# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE Valsartan N-Nitrosodimethylamine Products Liability Litigation | Civil Action No. 1:19-MD-02875-RBK-JS |

## SCHEDULE OF ACTIONS PENDING IN THE DISTRICT OF NEW JERSEY

| Case Caption | Civil Action No. | Pending Before | JPML Dkt. No. |
|---|---|---|---|
| Neal v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 3:18-cv-16071 | Judge Wolfson | 65 |
| Kaplan v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 3:18-cv-16067 | Judge Wolfson | 65 |
| Roberts v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 3:18-cv-16075 | Judge Wolfson | 65 |
| Silberman v. Solco Healthcare U.S., LLC, et al. | 3:19-cv-01612 | Judge Wolfson | 206 |
| Harper v. Zhejiang Huahai Pharmaceutical Co., Ltd. | 3:19-cv-01618 | Judge Wolfson | 207 |
| Maine Automobile Dealers Association, Inc. Insurance Trust v. A-S Medication Solutions LLC, et al. | 3:19-cv-02431 | Judge Martinotti | 215 |