## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| IN RE Valsartan N-Nitrosodimethylamine Products Liability Litigation | : : : : : | Civil Action No. 1:19-MD-02875-RBK-JS |

### PROPOSED ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the ZHP Defendants' Motion to Stay Proceedings Pending Entry of a Case Management Order, it is hereby ORDERED:

1. The motion for a stay is GRANTED;

2. All deadlines in the actions currently pending in, or later transferred to, the above-captioned multidistrict litigation are SUSPENDED and VACATED pending the initial case management conference, and until further order of the Court; and

3. All actions currently pending in, or later transferred to, the above-captioned multidistrict litigation are STAYED pending the initial case management conference, and until further order of the Court.

Dated: _____, 2019

                                                                                            **Honorable Robert B. Kugler**
                                                                                            **U.S. District Judge**