UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE Valsartan N-Nitrosodimethylamine Products Liability Litigation | Civil Action No. 1:19-MD-02875-RBK-JS |

## PROPOSED ORDER

AND NOW, this 26 day of February, 2019, upon consideration of the ZHP Defendants' Motion to Stay Proceedings Pending Entry of a Case Management Order, it is hereby ORDERED:

1. The motion for a stay is GRANTED;

2. All deadlines in the actions currently pending in, or later transferred to, the above-captioned multidistrict litigation are SUSPENDED and VACATED pending the initial case management conference, and until further order of the Court; and

3. All actions currently pending in, or later transferred to, the above-captioned multidistrict litigation are STAYED pending the initial case management conference, and until further order of the Court.

Dated: February 26, 2019

_____
**Honorable Robert B. Kugler**
**U.S. District Judge**