# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | : : : : : | CIVIL NO.: 19-2875 (RBK/JS) |
| THIS DOCUMENT RELATES TO: | | 3:18-cv-14318-FLW-LHG |
| DOMINIC STIMMA, MARGOTH STRAND, and JYNONA GAIL LEE, on behalf of themselves and all others similarly situated, | : : : : : | |
| Plaintiffs, | : : | |
| vs. | : : | |
| TORRENT PHARMA, INC., HETERO USA INC., CAMBER PHARMACEUTICALS INC., THE KROGER CO., QUALITY FOOD CENTERS, INC., CVS HEALTH CO. f/k/a CVS CAREMARK, and WAL-MART STORES, INC., | : : : : : : : : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant Connecticut CVS Pharmacy L.L.C., *improperly identified as* CVS Health Co. f/k/a CVS Caremark, in connection with the above-referenced matter.

Respectfully submitted,

**CIPRIANI & WERNER, P.C.**

By:   /s/ Jessica M. Heinz_____
      Jessica M. Heinz, Esquire
      450 Sentry Parkway East, Suite 200
      Blue Bell, PA  19422
      Telephone:   (610) 567-0700
      Facsimile:   (610) 567-0712
      E-Mail:   jheinz@c-wlaw.com
      *Attorney for Defendant*
      *Connecticut CVS Pharmacy L.L.C.,*
      *improperly identified as CVS Health Co.*
      *f/k/a CVS Caremark*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February, 2019, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

      /s/ Jessica M. Heinz
      Jessica M. Heinz, Esq.