# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION** | : : : : | Civil Action No. 1:19-md-02875-RBK-JS |
| THIS DOCUMENT RELATES TO: | : : | |
| DOMINIC STIMMA, MARGOTH STRAND, and JYNONA GAIL LEE, on behalf of themselves and all others similarly situated, | : : : : | 3:18-cv-14318-FLW-LHG |
| Plaintiffs, | : : | |
| vs. | : : | |
| TORRENT PHARMA, INC., HETERO USA, INC., CAMBER PHARMACEUTICALS INC., THE KROGER CO., QUALITY FOOD CENTERS, INC., CVS HEALTH CO. f/k/a CVS CAREMARK, and WAL-MART STORES, INC., | : : : : : : | |
| Defendants. | : | |

## **NOTICE OF APPEARANCE**

Please take notice that Mary Wu Tullis, Esq. of Baker Donelson Bearman Caldwell & Berkowitz, P.C., hereby enters an appearance on behalf of Defendants The Kroger Co. and Quality Food Centers, Inc., in connection with the above-referenced matter.

Dated: February 28, 2019

1

2

Respectfully submitted,

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.

s/ Mary Wu Tullis
Mary Wu Tullis (TN Bar No. 31339)
165 Madison Ave., Ste. 2000
Memphis, Tennessee 38103
Telephone: (901) 577-8180
Facsimile: (901) 577-0746
E-Mail: mtullis@bakerdonelson.com

*Attorney for Defendants The Kroger Co. and Quality Food Centers, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of February, 2019, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

s/ Mary Wu Tullis
Mary Wu Tullis
