UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Civil No. 1:19-md-02875-RBK-JS<br><br>Hon. Robert B. Kugler<br><br>MDL 2875 |

THIS DOCUMENT RELATES TO:

*Robert Kruk v. Zhejiang Huahai, et al.*: 1:19-cv-06211

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that JOHN SAWIN of SAWIN LAW LTD. located at 55 West Wacker Drive, Suite 900, Chicago, Illinois 60601, telephone 312.853.2490, facsimile 312.327.7072, hereby enters an appearance in this MDL on behalf of Plaintiff Robert Kruk (*Robert Kruk v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.*, Civil No. 1:19-cv-06211), and requests to be added to the CM/ECF system list in this matter at the following email address: jsawin@sawinlawyers.com. I have been admitted *pro hac vice* in this Court for this matter pursuant to MDL Case Management Order No. 1 [Dkt. 5].

By:  */s/ John Sawin*
John Sawin
SAWIN LAW LTD.
55 West Wacker Drive, Suite 900
Chicago, Illinois 60601
Tel. 312.853.2490
Facsimile 312.327.7072
jsawin@sawinlawyers.com
*Attorney for Plaintiff Robert Kruk*
*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I, John Sawin, an attorney, hereby certify that on March 4, 2019 I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record through the Court's CM/ECF system.

*/s/ John Sawin*
John Sawin