IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Maine Automobile Dealers Association, Inc. Insurance Trust v. A-S Medication Solutions LLC, et al.*,<br>No. 1:19-cv-2431 | No. 1:19-md-002875-RBK-JS<br><br>MDL 2875 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff MAINE AUTOMOBILE DEALERS ASSOCIATION, INC. INSURANCE TRUST in this action. I certify that I am admitted to practice in this Court.

Dated: March 5, 2019

        LOWEY DANNENBERG, P.C.

        Respectfully submitted,

        /s Uriel Rabinovitz
        Uriel Rabinovitz
        44 South Broadway, Suite 1100
        White Plains, NY  10601
        Telephone:  914-733-7220
        Facsimile:  914-997-0035
        Email: urabinovitz@lowey.com

        *Attorney for Plaintiff Maine Automobile Dealers Association, Inc. Insurance Trust*