IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Maine Automobile Dealers Association, Inc. Insurance Trust v. A-S Medication Solutions LLC, et al.*, No. 1:19-cv-2431 | No. 1:19-md-002875-RBK-JS<br><br>MDL 2875 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff MAINE AUTOMOBILE DEALERS ASSOCIATION, INC. INSURANCE TRUST in this action.  I certify that I am admitted to practice in this Court.

Dated:  March 5, 2019

                                      LOWEY DANNENBERG, P.C.

                                      Respectfully submitted,

                                      /s Peter D. St. Phillip, Jr.
                                      Peter D. St. Phillip, Jr.
                                      44 South Broadway, Suite 1100
                                      White Plains, NY  10601
                                      Telephone:  914-733-7220
                                      Facsimile:  914-997-0035
                                      Email: pstphillip@lowey.com

                                      *Attorney for Plaintiff Maine Automobile Dealers Association, Inc. Insurance Trust*