**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

IN RE: VALSARTAN N-
NITROSODIMETHYLAMINE
(NDMA) PRODUCTS LIABILITY LITIGATION

Case No. 1:19-md-02875-RBK-JS

MDL No. 2875

THIS DOCUMENT RELATES TO:

*MSP Recovery Claims, Series LLC v. Huahai US, Inc., et al.*,
Case No. 1:19-cv-06830

**NOTICE OF APPEARANCE**

Please take notice that Andrés Rivero of the law firm Rivero Mestre LLP

enters his appearance on behalf of Plaintiff MSP Recovery Claims, Series LLC.

Dated: March 5, 2019                    Respectfully submitted,

**RIVERO MESTRE LLP**
*Attorneys for MSP Recovery Claims, Series LLC*
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
Telephone:  (305) 445-2500
Facsimile:   (305) 445-2505
E-mail: arivero@riveromestre.com
Secondary: rsanchez@riveromestre.com

By:    /s/ Andrés Rivero
          Andrés Rivero
          Florida Bar No. 613819