IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| **IN RE Valsartan N-Nitrosodimethylamine (NDMA) Products Liability Litigation**<br><br>*This Document Relates to All Actions* | MDL No. 2875<br>Case No.: 1:19-md-02875-RBK-JS |

## NOTICE OF APPEARANCE OF ANDREW L. REISSAUS

To the Clerk:

Please enter the appearance of Andrew L. Reissaus on behalf of Defendant Sandoz, Inc. on this Court's MDL master docket. The above-referenced counsel has complied with the ECF requirements for this Court and has received a personal ID and password.

By entering an appearance, the Defendant does not waive any defenses and, in fact, specifically preserve all defenses, including but not limited to, defenses related to service and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: March 7, 2019

                                          Respectfully Submitted,

                                          /s/ Andrew L. Reissaus_____
                                          Andrew L. Reissaus, Esq.
                                          (areissaus@hollingsworthllp.com)
                                          Hollingsworth LLP
                                          1350 I Street N.W.
                                          Washington, D.C. 20005
                                          Phone: (202) 898-5800
                                          Fax: (202) 682-1639

                                          *Attorney for Defendant Sandoz, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2019, I electronically filed the foregoing Notice of Appearance of Andrew L. Reissaus with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Andrew L. Reissaus\
Andrew L. Reissaus