### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### CAMDEN DIVISION

| | |
|---|---|
| **IN RE Valsartan N-Nitrosodimethylamine (NDMA) Products Liability Litigation**<br><br>*This Document Relates to All Actions* | **MDL No. 2875**<br>**Case No.: 1:19-md-02875-RBK-JS** |

### NOTICE OF APPEARANCE OF HEATHER A. PIGMAN

To the Clerk:

Please enter the appearance of Heather A. Pigman on behalf of Defendant Sandoz, Inc. on this Court's MDL master docket. The above-referenced counsel has complied with the ECF requirements for this Court and has received a personal ID and password.

By entering an appearance, the Defendant does not waive any defenses and, in fact, specifically preserve all defenses, including but not limited to, defenses related to service and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: March 8, 2019

Respectfully Submitted,

/s/ Heather A. Pigman
Heather A. Pigman, Esq.
(hpigman@hollingsworthllp.com)
Hollingsworth LLP
1350 I Street N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorney for Defendant Sandoz, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 8, 2019, I electronically filed the foregoing Notice of

Appearance of Heather A. Pigman with the Clerk of Court by using the CM/ECF system, which

will send a notice of electronic filing to all CM/ECF participants.


/s/ Heather A. Pigman_____
Heather A. Pigman