# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL NO.: 19-2875 (RBK/JS) |
| ------------------------------------------------------- | | |
| THIS DOCUMENT RELATES TO | : : | CIVIL NO.: 3:19-CV-02431-BRM-TJB |
| MAINE AUTOMOBILE DEALERS ASSOCIATION, INC. INSURANCE TRUST, | : : : : | |
| Plaintiff, | : : | |
| vs. | : : | |
| A-S MEDICATION SOLUTIONS LLC, ET AL., | : : : | |
| Defendants | : | |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant Aurobindo Pharma USA, Inc., in connection with the above-referenced matter.

Respectfully submitted,

**CIPRIANI & WERNER, P.C.**

By: /s/ Ernest F. Koschineg_____
Ernest F. Koschineg, Esquire
450 Sentry Parkway East, Suite 200
Blue Bell, PA 19422
Telephone: (610) 567-0700
Facsimile: (610) 567-0712
E-Mail: ekoschineg@c-wlaw.com
*Attorney for Defendant*
Aurobindo Pharma USA, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of March, 2019, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

/s/ Ernest F. Koschineg
Ernest F. Koschineg, Esq.