Seth A. Goldberg
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: +1 215 979 1175
Fax: + 1215 689 2198

*Attorneys for Defendant*
*Zhejiang Huahai Pharmaceutical Co., Ltd.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **IN RE: Valsartan Products Liability Litigation** | : Civil Action No. 1:19-MD-02875-RBL-JS :<br>: **NOTICE OF MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT UPON DEFENDANT**<br>: **PURSUANT TO FED. R. CIV. P. 12(b)(5)** |

**TO**:   **Adam M. Slater**
MAZIE SLATER KATZ & FREEMAN
103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973)228-9898
Fax: (973)228-0303
Email: aslater@mskf.net

**Christopher T Hellums**
PITTMAN DUTTON & HELLUMS, P.C.
2001 Park Place Tower
Birmingham, AL 35203
205-322-8880
Fax: 205-278-2711
Email: PDH-efiling@pittmandutton.com

**Jonathan S Mann**
PITTMAN DUTTON & HELLUMS, P.C.
2001 Park Place North
Birmingham, AL 35203
205-322-8880
Fax: 205-328-2711
Email: jonm@pittmandutton.com

**Michael C Bradley**
PITTMAN DUTTON & HELLUMS, P.C.
2001 Park Place Tower, Ste. 1100
Birmingham, AL 35203
205-322-8880
Fax: 205-328-2711
Email: mikeb@pittmandutton.com

**PLEASE TAKE NOTICE** that on March 12, 2019, or as soon thereafter, defendant Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP"), appearing specially through its undersigned attorneys, will move before this Court for an Order quashing the attempted service of process upon ZHP pursuant to Fed. R. Civ. Rule 12(b)(5), in the *Sen v. ZHP, et al.*, *Silberman v. Solco Healthcare U.S., LLC et al.*, and *Harper v. ZHP, et al.* actions.

**PLEASE TAKE FURTHER NOTICE** that ZHP will rely upon the Memorandum of Law, and the Declaration of Minfa Wang and Exhibits attached thereto and submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Form of Order is submitted herewith for the Court's consideration.

Dated: March 12, 2019                                    Respectfully submitted,

/s/ *Seth A. Goldberg*
Seth A. Goldberg
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: +1 215 979 1175
Fax: + 1215 689 2198

*Attorneys for Defendant*
*Zhejiang Huahai Pharmaceutical Co., Ltd.*