Seth A. Goldberg
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: +1 215 979 1175
Fax: + 1215 689 2198

*Attorneys for Defendant*
*Zhejiang Huahai Pharmaceutical Co., Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
|  | Civil Action No. |
|  | 1:19-MD-02875-RBL-JS |
| **IN RE: Valsartan Products Liability Litigation** | **ORDER GRANTING MOTION TO QUASH SERVICE OF PROCESS** |

**THIS MATTER** having been opened to the Court on a Motion by Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP") for an Order quashing the attempted service of process in the *Sen v. ZHP, et al.*, *Silberman v. Solco Healthcare U.S., LLC et al.*, and *Harper v. ZHP, et al.* actions pursuant to Fed. R. Civ. P. 12(b)(5); the Court having considered the papers submitted, and finding that the attempted service upon ZHP was insufficient and that service upon ZHP must be effected under the Hague Convention; and, therefore, it appearing that service upon ZHP has not been effective:

**IT IS** on this ____ day of _____, 2019;

**ORDERED** that service of process upon ZHP in the *Sen v. ZHP, et al.*, *Silberman v. Solco Healthcare U.S., LLC et al.*, and *Harper v. ZHP, et al.* actions is hereby **QUASHED.**

**SO ORDERED.**

/s/ Robert B. Kugler
Honorable Robert B. Kugler
United States District Judge