Seth A. Goldberg
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: +1 215 979 1175
Fax: + 1215 689 2198

*Attorneys for Defendant*
*Zhejiang Huahai Pharmaceutical Co., Ltd.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: Valsartan Products Liability Litigation** | : Civil Action No.<br>: 1:19-MD-02875-RBL-JS<br>:<br>: **CERTIFICATION OF SERVICE** |

I, Seth A. Goldberg, upon my oath and according to law, do hereby certify as follows:

1. On the date hereof, the undersigned electronically filed one (1) copy of Defendant's Motion to Quash Service and the Declaration of Minfa Wang and Exhibits attached thereto, Defendant's Notice of Motion to Quash Service, Defendant's Proposed Form of Order, and this Certification of Service through the District Court's electronic case filing system (ECF), thereby effecting service upon the following:

**Adam M. Slater**
MAZIE SLATER KATZ & FREEMAN
103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973)228-9898
Fax: (973)228-0303
Email: aslater@mskf.net

**Christopher T Hellums**
PITTMAN DUTTON & HELLUMS, P.C.
2001 Park Place Tower
Birmingham, AL 35203
205-322-8880
Fax: 205-278-2711
Email: PDH-efiling@pittmandutton.com

**Jonathan S Mann**
PITTMAN DUTTON & HELLUMS, P.C.
2001 Park Place North
Birmingham, AL 35203
205-322-8880
Fax: 205-328-2711
Email: jonm@pittmandutton.com

**Michael C Bradley**
PITTMAN DUTTON & HELLUMS, P.C.
2001 Park Place Tower, Ste. 1100
Birmingham, AL 35203
205-322-8880
Fax: 205-328-2711
Email: mikeb@pittmandutton.com

2. In addition, courtesy copies of the aforementioned documents have been forwarded via FedEx to the Honorable Robert B. Kugler, United States District Judge, at:

Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Dated: March 12, 2019                               Respectfully submitted,

/s/ *Seth A. Goldberg*
Seth A. Goldberg
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: +1 215 979 1175
Fax: + 1215 689 2198

*Attorneys for Defendant*
*Zhejiang Huahai Pharmaceutical Co., Ltd.*

2