# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Ranjit Sen and Sarmistha Sen<br><br>Plaintiff,<br><br>v.<br><br>Zhejiang Huahai Pharmaceutical Co., Ltd., et al.<br>Defendant. | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br>CIVIL ACTION CASE NUMBER: 5:19-cv-00150-AKK |

### Summons in a Civil Action

To: (*Defendant's name and address*)   Zhejiang Huahai Pharmaceutical Co., Ltd.
2009 Eastpark Blvd.
Cranbury, NJ 08512

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Chris Hellums, Esquire
Pittman, Dutton & Hellums, P.C.
2001 Park Place North, Suite 1100
Birmingham, Alabama 35203
(205) 322-8880

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 1/30/2019

SEE REVERSE SIDE FOR RETURN

SHARON N. HARRIS, CLERK

By *Andra Southern*
Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203