# EXHIBIT F

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**APRIL HARPER,**
*Plaintiff*

V.                              **SUMMONS IN A CIVIL CASE**

**ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD, ET AL.,**
*Defendant*

CASE NUMBER: **3:19-CV-01618-FLW-LHG**

TO: *(Name and address of Defendant):*

```
Zhejing Huahai Pharmaceutical Co., Ltd.
2009 Eastpark Boulevard
Cranbury, NJ  08512
```

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
CLERK



ISSUED ON 2019-01-30 10:03:13, Clerk
USDC NJD