UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>MAINE AUTOMOBILE DEALERS ASSOCIATION, INC. INSURANCE TRUST,<br><br>      Plaintiff,<br><br>v.<br><br>A-S MEDICATION SOLUTIONS LLC; ACTAVIS PHARMA, INC.; AUROBINDO PHARMA USA, INC.; AVKARE, INC.; BRYANT RANCH PREPACK, INC.; CAMBER PHARMACEUTICALS, INC.; H.J. HARKINS COMPANY, INC.; HETERO LABS LTD.; HUAHAI U.S. INC.; MYLAN PHARMACEUTICALS INC.; NORTHWIND PHARMACEUTICALS, LLC; NUCARE PHARMACEUTICALS, INC.; PREFERRED PHARMACEUTICALS, INC.; PRINSTON PHARMACEUTICALS INC.; REMEDYREPACK INC.; SANDOZ, INC.; SCIEGEN PHARMACEUTICALS; SOLCO HEATHCARE US, LLC; TEVA PHARMACEUTICALS USA, INC.; THE HARVARD DRUG GROUP, LLC; TORRENT PHARMACEUTICALS LTD.; and ZHEJIAN HUAHAI PHARMACEUTICAL CO., LTD.,<br><br>      Defendants. | Civil Action No. 19-2875-RBK-JS<br><br>Honorable Robert B. Kluger<br><br><br><br>Civil Action No.: 19-02431-RBK-JS<br><br>*Document Electronically Filed* |

## NOTICE OF APPEARANCE

    Kindly enter my appearance on behalf of Defendant NuCare Pharmaceuticals, Inc., in connection with the above-referenced matter.

- 2 -

                              **SILLS CUMMIS & GROSS P.C.**
                              The Legal Center
                              One Riverfront Plaza
                              Newark, NJ  07102
                              T: (973) 643-7000
                              F: (973) 643-6500
                              brose@sillscummis.com

                              Attorneys for Defendant
                              NuCare Pharmaceuticals, Inc.


                            By:   *s/Beth S. Rose*
                                    BETH S. ROSE

Dated:  March 14, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2019, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

                                                *s/ Beth S. Rose*
                                                BETH S. ROSE