# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Civil Action No.: 19-2875-RBK-JS <br><br> Honorable Robert B. Kluger |
| ***THIS DOCUMENT RELATES TO:*** | |
| MAINE AUTOMOBILE DEALERS ASSOCIATION, INC. INSURANCE TRUST, <br><br>           Plaintiff, <br><br> v. <br><br> A-S MEDICATION SOLUTIONS LLC; ACTAVIS PHARMA, INC.; AUROBINDO PHARMA USA, INC.; AVKARE, INC.; BRYANT RANCH PREPACK, INC.; CAMBER PHARMACEUTICALS, INC.; H.J. HARKINS COMPANY, INC.; HETERO LABS LTD.; HUAHAI U.S. INC.; MYLAN PHARMACEUTICALS INC.; NORTHWIND PHARMACEUTICALS, LLC; NUCARE PHARMACEUTICALS, INC.; PREFERRED PHARMACEUTICALS, INC.; PRINSTON PHARMACEUTICALS INC.; REMEDYREPACK INC.; SANDOZ, INC.; SCIEGEN PHARMACEUTICALS; SOLCO HEATHCARE US, LLC; TEVA PHARMACEUTICALS USA, INC.; THE HARVARD DRUG GROUP, LLC; TORRENT PHARMACEUTICALS LTD.; and ZHEJIAN HUAHAI PHARMACEUTICAL CO., LTD., <br><br>           Defendants. | Civil Action No.:  19-02431-RBK-JS <br><br> *Document Electronically Filed* |

## **NOTICE OF APPEARANCE**

Kindly enter my appearance on behalf of Defendant NuCare Pharmaceuticals, Inc., in connection with the above-referenced matter.

- 2 -

                            **SILLS CUMMIS & GROSS P.C.**
                            The Legal Center
                            One Riverfront Plaza
                            Newark, New Jersey 07102
                            T: (973) 643-7000
                            F: (973) 643-6500
                            bspadora@sillscummis.com

                            Attorneys for Defendant
                            NuCare Pharmaceuticals, Inc.


                            By:   *s/ Brian L. Spadora*
                                    BRIAN L. SPADORA

Dated: March 14, 2019

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of March, 2019, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

                                              *s/ Brian L. Spadora*
                                              BRIAN L. SPADORA