# Glassman, Wyatt, Tuttle & Cox, P. C.

RICHARD GLASSMAN ¤, ♦, 1, 3
CARL K. WYATT [1]
ROBERT A. COX [1, 3]
JAMES F. HORNER, JR.
TODD B. MURRAH [*, 1, 2, 3]
DAVID C. RILEY
EDWIN E. WALLIS, III [3, 5]
KYLE I. CANNON

THOMAS E. CLARY, III
LEWIS W. LYONS
DONALD R. BABINEAUX [2]
RONNA D. KINSELLA [1, 3]
LAURAN G. STIMAC [1, 4]
JONATHAN S. STOKES
EDWARD L. BRUNDICK, III [3]
CHRISTOPHER M. LEWIS
KARA G. BIDSTRUP

DALE H. TUTTLE [3]
LORI J. KEEN ◊ [3, 5]
*Of Counsel*

**Attorneys at Law**
A PROFESSIONAL CORPORATION
26 NORTH SECOND STREET BUILDING
MEMPHIS, TENNESSEE 38103-2602
TEL - 901-527-4673
FAX - 901-521-0940

website: www.gwtclaw.com

LEGAL ASSISTANTS
KRISTEN WILLIAMS
CHRISTIE BUSBY
CARLA BICKERS

OFFICE ADMINISTRATOR
SUSAN B. STEPHENSON

[¤] CERTIFIED CIVIL TRIAL SPECIALIST -
NATIONAL BOARD OF TRIAL ADVOCACY
(ABA accredited organization)

[♦] CERTIFIED CIVIL PRETRIAL PRACTICE ADVOCATE -
NATIONAL BOARD OF TRIAL ADVOCACY
(ABA accredited organization)

[*] LICENSED U.S. PATENT & TRADEMARK OFFICE
[◊] RULE 31 GENERAL CIVIL MEDIATOR

[1] ALSO LICENSED IN MISSISSIPPI
[2] ALSO LICENSED IN ALABAMA
[3] ALSO LICENSED IN ARKANSAS
[4] ALSO LICENSED IN VIRGINIA
[5] ALSO LICENSED IN KENTUCKY

March 18, 2019

Hon. Robert B. Kugler
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

  **RE:**  *Valsartan N-Nitrosodimethylamine (NDMA) Contamination Products Liability Litigation*
     Initial Conference: March 27, 2019
     Loren Lewis, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., *et al.*
     District of New Jersey; Civil No. 19-2875 (RBK/JS)
     GWTC File No.: 18-363RN

Dear Judge Kugler:

  I represent Plaintiff Loren Lewis, et al. in the above referenced matter. This letter is to inform you that I will not be in attendance for the Initial Conference on March 27, 2019 at 2:00 p.m. In accordance with the MDL Case Management Order No. 1, I hereby give notice that John Sawin, Esq., counsel for Plaintiff Robert Kruk, will represent my client's interest at the conference.

  If you should have any questions, please let me know.

              Sincerely,

              *Ed Wallis*

              EDWIN E. WALLIS III
EEW:ac              ewallis@gwtclaw.com