## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Hon. Robert B. Kugler<br><br>Civil Action No.<br>1:19-md-02875-RBK-JS |
| THIS DOCUMENT RELATES TO | |
| RICHARD O'NEILL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLCO HEALTHCARE U.S., LLC, and, PRINSTON PHARMACEUTICAL, INC.,<br><br>Defendants. | 1:18-cv-14840-RBK-JS |

### NOTICE OF APPEARANCE

COMES NOW George A. Barton of the Law Offices of George A. Barton, P.C. and hereby enters his appearance on behalf of Plaintiff Richard O'Neill in connection with the above-referenced matter.

Dated: March 19, 2019         LAW OFFICES OF GEORGE A. BARTON, P.C.

By: /s/ George A. Barton
George A. Barton Mo. Bar No. 26249
7227 Metcalf Avenue, Suite 301
Overland Park, KS 66204
(913) 563-6250
gab@georgebartonlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 19th day of March, 2019, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

                                                                    /s/ George A. Barton