

darrfirm.com

March 19, 2019

Hon. Robert B. Kugler
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

> RE: *Valsartan N-Nitrosodimethylamine (NDMA) Contamination Products Liability Litigation*
> Initial Conference: March 27, 2019
> *James Jones, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.*
> District of New Jersey; Civil No. 1:19-md-02875-RBK-JS

Dear Judge Kugler:

I represent Plaintiff James Jones, et al. in the above referenced matter. This letter is to inform you that I will not be in attendance for the Initial Conference on March 27, 2019 at 2:00 p.m. In accordance with the MDL Case Management Order No. 1, I hereby give notice that John Sawin, Esq., counsel for Plaintiff Robert Kruk, will represent my client's interest at the conference.

If you should have any questions, please let me know.

Best Regards,

/s/Lanny Darr

Lanny Darr
darr@darrfirm.com

LHD/ked

307 Henry Street, Suite 406 • Alton, Illinois 62002 • 618.208.6828