UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Civil No.: 1:19-md-02875-RBK-JS<br><br>MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br><br>Elizabeth Gremillion, et al v. Zhejiang Huahai, et al., Case No. 1:18-cv-1497 | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff, Elizabeth E. Gremillion, individually and as the surviving spouse of Cecil B. Gremillion, and on behalf of Cecil B. Gremillion and/or the Estate of Cecil B. Gremillion.

Dated: March 20, 2019

                                        Respectfully submitted:

                                        LAW OFFICES OF KENNETH W. DEJEAN

                                        /s/ Natalie M. DeJean
                                        Natalie M. DeJean (La. Bar Roll No. 32423)
                                        417 W. University Ave. (70506)
                                        Post Office Box 4325
                                        Lafayette, LA 70502
                                        Telephone:    (337) 235-5294
                                        Facsimile:     (337) 235-1095
                                        natalie@kwdejean.com

                                        *Attorney for Plaintiff Elizabeth E. Gremillion, individually and as the surviving spouse of Cecil B. Gremillion, and on behalf of Cecil B. Gremillion and/or the Estate of Cecil B. Gremillion*

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 20, 2019, the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be electronically transmitted to all counsel of record by operation of the court's electronic filing system.

                                                  /s/ Natalie M. DeJean