UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | CASE NO.: 1:19-md-02875-RBK-JS<br><br>MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br><br>Elizabeth Gremillion, et al v. Zhejiang Huahai, et al., Case No. 1:18-cv-1497 | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff, Elizabeth E. Gremillion, individually and as the surviving spouse of Cecil B. Gremillion, and on behalf of Cecil B. Gremillion and/or the Estate of Cecil B. Gremillion.

Dated: March 20, 2019

    Respectfully submitted:

    LAW OFFICES OF KENNETH W. DEJEAN

    /s/ Kenneth W. DeJean
    Kenneth W. DeJean (La Bar Roll No. 4817)
    417 W. University Ave. (70506)
    Post Office Box 4325
    Lafayette, LA 70502
    Telephone:   (337) 235-5294
    Facsimile:   (337) 235-1095
    kwdejean@kwdejean.com

    *Attorney for Plaintiff Elizabeth E. Gremillion, individually and as the surviving spouse of Cecil B. Gremillion, and on behalf of Cecil B. Gremillion and/or the Estate of Cecil B. Gremillion*

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 20, 2019, the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be electronically transmitted to all counsel of record by operation of the court's electronic filing system.

                                                      /s/ Kenneth W. DeJean