UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | CASE NO.: 1:19-md-02875-RBK-JS<br><br>MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br><br>Elizabeth Gremillion, et al v. Zhejiang Huahai, et al., Case No. 1:18-cv-1497 | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff, Elizabeth E. Gremillion, individually and as the surviving spouse of Cecil B. Gremillion, and on behalf of Cecil B. Gremillion and/or the Estate of Cecil B. Gremillion.

Dated: March 20, 2019

                                                Respectfully submitted:

                                                LAW OFFICES OF KENNETH W. DEJEAN

                                                /s/ Adam R. Credeur
                                                Adam R. Credeur (La. Bar Roll No. 35095)
                                                417 W. University Ave. (70506)
                                                Post Office Box 4325
                                                Lafayette, LA 70502
                                                Telephone:    (337) 235-5294
                                                Facsimile:    (337) 235-1095
                                                adam@kwdejean.com

                                                *Attorney for Plaintiff Elizabeth E. Gremillion, individually and as the surviving spouse of Cecil B. Gremillion, and on behalf of Cecil B. Gremillion and/or the Estate of Cecil B. Gremillion*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 20, 2019, the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be electronically transmitted to all counsel of record by operation of the court's electronic filing system.

                                              /s/ Adam R. Credeur