IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION** | Civil Action No. 1:19-md-02875-RBK-JS |
| -------------------------------------------------------- | |
| THIS DOCUMENT RELATES TO: | |
| MAINE AUTOMOBILE DEALERS ASSOCIATION, INC. INSURANCE TRUST, On Behalf of Itself and All Others Similarly Situated, | Civil Action No. 1:19-cv-02431-RBK-JS |
| Plaintiff, | |
| v. | |
| A-S MEDICATION SOLUTIONS LLC; ACTA VIS PHARMA, INC.; AUROBINDO PHARMA USA, INC.; A VKARE, INC.; BRYANT RANCH PREPACK, INC.; CAMBER PHARMACEUTICALS, INC.; H. J. HARKINS COMPANY, INC.; HETERO LABS LTD.; HUAHAI U.S. INC.; MYLAN PHARMACEUTICALS INC.; NORTHWIND PHARMACEUTICALS, LLC; NUCARE PHARMACEUTICALS, INC.; PREFERRED PHARMACEUTICALS, INC.; PRINSTON PHARMACEUTICALS INC.; REMEDYREPACK INC.; SANDOZ, INC.; SCIEGEN PHARMACEUTICALS; SOLCO HEAL TH CARE US, LLC; TEVA PHARMACEUTICALS USA, INC.; THE HARV ARD DRUG GROUP, LLC; TORRENT PHARMACEUTICALS LTD.; and ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., | |
| Defendants. | |

**NOTICE OF APPEARANCE OF NICOLE D. GALLI**

-2-

To the Clerk:

Please enter the appearance of Nicole D. Galli on behalf of Defendant, Northwind Pharmaceuticals, LLC, on this Court's MDL master docket. By entering an appearance, Defendant, Northwind Pharmaceuticals, LLC, does not waive any defenses and, in fact, specifically preserve all defenses, including but not limited to, defenses related to service and personal jurisdiction in any individual case that is currently pending in MDL 1:19-md-02875-RBK-JS or that subsequently may be transferred to or consolidated with MDL 1:19-md-02875-RBK-JS.

Dated: March 20, 2019                                   Respectfully submitted,


*/s/ Nicole D. Galli*
Nicole D. Galli, Esquire
Law Offices of N.D. Galli LLC
2 Penn Center Plaza, Suite 910
1500 JFK Blvd.
Philadelphia, PA 19102
Telephone:   215-525-9580
Facsimile:    215-525-9585
Email:          ndgalli@ndgallilaw.com

*Attorney for Defendant*
*Northwind Pharmaceuticals, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2019, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

*/s/ Nicole D. Galli*
Nicole D. Galli