*In Re: Valsartan Products Liability Litigation*, Civil Action No. 1:19-MS-02875-RBK-JC

**APPENDIX TO CASE MANAGEMENT PROPOSAL OF MAINE AUTOMOBILE DEALERS ASSOCIATION INC. INSURANCE TRUST ON BEHALF OF PROPOSED CLASS OF THIRD-PARTY PAYERS AND MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL FOR THIRD-PARTY PAYERS**

**TABLE OF EXHIBITS**

| Exhibit | Document |
|---|---|
| **Exhibit A** | Proposed Order |
| **Exhibit B** | Order denying Motion for Leave to File MSP Plaintiffs Motion for Appointment to a Position on The Plaintiffs' Executive Committee in *In Re: National Prescription Opiate Litigation*, MDL 2804 (N.D. Ohio.) |
| **Exhibit C** | Motion for Leave to File MSP Plaintiffs Motion for Appointment to a Position on The Plaintiffs' Executive Committee, in *In Re: National Prescription Opiate Litigation*, MDL 2804 (N.D. Ohio.) |
| **Exhibit D** | Corporate Disclosure Statement, *MAO-MSO Recovery II, LLC et al. v. State Farm Mutual Automobile Insurance Co.*, No. 3:17-cv-321 (S.D. Ill, March 28, 2017), ECF No. 2 |
| **Exhibit E** | Corporate Disclosure Statement, *MAO-MSO Recovery II, LLC et al. v. The Farmers Insurance Exchange et al.*, No. 2:17-cv-02559 (C.D. Cal. April 3, 2017), ECF No. 5 |
| **Exhibit F** | Corporate Disclosure Statement, *MAO-MSO Recovery II, LLC v. State Farm Mutual Auto Insurance Company*, Nos. 18-2377 and 18-2463 (7th Cir. Dec. 17, 2018) |
| **Exhibit G** | Corporate Disclosure Statement, *MAO-MSO Recovery II, LLC et al. v. American Family Mutual Insurance Co. et al.*, No. 17-cv-175 (W.D. Wisc. March 8, 2017), ECF No. 3 |
| **Exhibit H** | Florida Division of Corporations filing by Plaintiff filed June 21, 2018 (Plaintiff's "Application by Foreign Limited Liability Company for Authorization to Transact Business in Florida") |

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION | Civil Action No. 1:19-MD-02875-RBK-JS |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

**PROPOSED ORDER APPOINTING LOWEY DANNENBERG, P.C. AND
PRETI FLAHERTY BELIVEAU & PACHIOS, LLP, AS INTERIM CLASS COUNSEL
FOR THE PROPOSED CLASS OF THIRD-PARTY PAYERS**

The Court finds that the different plaintiff groups in this litigation have, in addition to their common interests, certain conflicting interests.  For that reason, and for the reasons given in the Case Management Proposal and Motion to Appoint Interim Co-Lead Counsel for Third-Party Payers filed by Plaintiff Maine Automobile Dealers Association, Inc. Insurance Trust, third-party payer plaintiffs require separate representation and separate leadership.  The Court therefore appoints Lowey Dannenberg, P.C. and Preti Flaherty Beliveau & Pachios, LLP, under Rule 23(g), as interim class counsel for the proposed class of third-party payers.

_____
Honorable Robert B. Kugler
U.S. District Judge

13894564.8
13944664.1

**EXHIBIT B**

Motion DENIED
IT IS SO ORDERED.
s/ Dan A. Polster
U.S. District Judge
7/31/2018

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
|  | ) | **MDL 2804** |
| **IN RE: NATIONAL PRESCRIPTION** | ) |  |
| **OPIATE LITIGATION** | ) | **CASE NO.: 1:17-MD-2804** |
|  | ) |  |
| THIS DOCUMENT RELATES TO: | ) | **JUDGE DAN A. POLSTER** |
|  | ) |  |
| ALL CASES | ) |  |
|  | ) |  |

## MOTION FOR LEAVE TO FILE MSP PLAINTIFFS' MOTION FOR APPOINTMENT TO A POSITION ON THE PLAINTIFFS' EXECUTIVE COMMITTEE

Plaintiffs, MSP Recovery Claims, Series LLC, MSPA Claims 1, LLC and MAO-MSO Recovery II, LLC (collectively, "the MSP Plaintiffs"), on behalf of themselves and a class of similarly-situated entities and their assignees, by and through undersigned counsel, respectfully move for leave to file a Motion for Appointment to a Position on the Plaintiffs' Executive Committee. In support, the MSP Plaintiffs state as follows:

1.     The MSP Plaintiffs filed two separate, but similar, class action complaints that are now pending before this Court: *MSP Recovery Claims, Series LLC v. Purdue Pharma, L.P., et al.*, Case No.: 1:18-OP-45091 (N.D. Ohio); and *MSPA Claims 1, LLC, et al. v. Anda, Inc., et al.*, Case No.: 1:18-OP-45526 (N.D. Ohio). The MSP Plaintiffs and putative class members have the unique position of being "**payors of last resort**" in that they stand in the same shoes as their respective state Medicaid agencies ("PLR Class"). [1] This class of Plaintiffs may be the largest in the litigation,

---

[1] Medicaid, as used herein, means the joint federal-state medical assistance program authorized by Title XIX of the Social Security Act, 42 U.S.C. § 1396, et seq. Under the federal scheme, Medicaid is intended to be the "payor of last resort." *See* Federal Register, Vol. 81, No. 88, 27498 through 27901, 27769 (May 6, 2016). Title XIX of the Act requires state Medicaid agencies to identify and seek payment from liable third parties, before billing Medicaid.

**EXHIBIT C**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | **MDL 2804** |
|  | **CASE NO.: 1:17-MD-2804** |
| THIS DOCUMENT RELATES TO: | **JUDGE DAN A. POLSTER** |
| ALL CASES |  |

## MOTION FOR LEAVE TO FILE MSP PLAINTIFFS' MOTION FOR APPOINTMENT TO A POSITION ON THE PLAINTIFFS' EXECUTIVE COMMITTEE

Plaintiffs, MSP Recovery Claims, Series LLC, MSPA Claims 1, LLC and MAO-MSO Recovery II, LLC (collectively, "the MSP Plaintiffs"), on behalf of themselves and a class of similarly-situated entities and their assignees, by and through undersigned counsel, respectfully move for leave to file a Motion for Appointment to a Position on the Plaintiffs' Executive Committee. In support, the MSP Plaintiffs state as follows:

1.  The MSP Plaintiffs filed two separate, but similar, class action complaints that are now pending before this Court: *MSP Recovery Claims, Series LLC v. Purdue Pharma, L.P., et al.*, Case No.: 1:18-OP-45091 (N.D. Ohio); and *MSPA Claims 1, LLC, et al. v. Anda, Inc., et al.*, Case No.: 1:18-OP-45526 (N.D. Ohio). The MSP Plaintiffs and putative class members have the unique position of being "**payors of last resort**" in that they stand in the same shoes as their respective state Medicaid agencies ("PLR Class"). [1] This class of Plaintiffs may be the largest in the litigation,

---

[1] Medicaid, as used herein, means the joint federal-state medical assistance program authorized by Title XIX of the Social Security Act, 42 U.S.C. § 1396, et seq. Under the federal scheme, Medicaid is intended to be the "payor of last resort." *See* Federal Register, Vol. 81, No. 88, 27498 through 27901, 27769 (May 6, 2016). Title XIX of the Act requires state Medicaid agencies to identify and seek payment from liable third parties, before billing Medicaid.

will have a profound effect on many other cases in the litigation, and has absolutely no adequate representation whatsoever on the Plaintiffs' Executive Committee.

2.      As "payors of last resort," the MSP Plaintiffs and PLR Class are in a separate class of plaintiffs with significantly distinct rights of recovery from the Third-Party Payors, Hospital, and Governmental Entity plaintiffs, that are currently represented by the Plaintiffs' Co-Leads, Co-Liaisons, and Plaintiffs' Executive Committee. Based on the current composition of the Plaintiffs' leadership structure, however, the MSP Plaintiffs and PLR Class are not being adequately and appropriately represented on the Plaintiffs' Executive Committee and/or on the Plaintiffs' settlement negotiating team approved by this Court. *See* January 4, 2018 Order (docket no. 37), granting Plaintiffs' Renewed Motion to Approve Co-Leads, Co-Liaisons and Executive Committee (docket no. 34).

3.      Moreover, the MSP Plaintiffs and PLR Class's claims for damages are potentially adverse to some of the claims for damages being asserted by the State Attorneys General and other Governmental Entity plaintiffs to the extent they are seeking reimbursement for opioid-related health care and services paid on behalf of Medicaid beneficiaries that were actually paid for by the MSP Plaintiffs and PLR Class. The sheer size of the MSP Plaintiffs PLR Class and their extensive rights of recovery under the mandatory Medicaid managed care systems implemented by many states, could potentially encompass and override a substantial portion of the damages being sought by the State Attorneys General and Governmental Entity plaintiffs.

4.      As set forth in greater detail in the proposed Motion for Appointment to a Position on the Plaintiffs' Executive Committee, the MSP Plaintiffs and PLR Class are an indispensable and critically important stakeholder in this litigation and will play a pivotal role in any potential global resolution of this matter.

5.      The MSP Plaintiffs, by and through undersigned counsel, directly raised these concerns with the Plaintiffs' leadership and Special Masters.  Having received no formal response, the MSP Plaintiffs and PLR Class are left with no choice but to file the proposed Motion and seek the Court's intervention.

6.      Pursuant to ¶ 6(g) of CMO-1 (docket no. 232), the MSP Plaintiffs and PLR Class respectfully request that this Court enter an Order granting leave to file the proposed Motion for Appointment to a Position on the Plaintiffs' Executive Committee.

7.      A  proposed  Order  is  attached  as  **Exhibit A**  and  the  proposed  Motion  for Appointment to a Position on the Plaintiffs' Executive Committee is attached as **Exhibit B**.

DATED this 1st day of June, 2018.

Respectfully submitted,

*Attorney for Plaintiffs, MSP Recovery Claims, Series LLC, MSPA Claims 1, LLC and MAO-MSO Recovery II, LLC*

By: */s/ James L. Ferraro*
    James L. Ferraro, Esq.
    Florida Bar No.: 381659
    Ohio Bar No.: 0076089
    Janpaul Portal, Esq.
    Florida Bar No.: 0567264
    James L. Ferraro, Jr., Esq.
    Florida Bar No.: 107494
    **THE FERRARO LAW FIRM, P.A.**
    Brickell World Plaza
    600 Brickell Avenue
    38th Floor
    Miami, Florida 33131
    Telephone: (305) 375-0111
    Facsimile: (305) 379-6222
    Email:       jlf@ferrarolaw.com
                 jpp@ferrarolaw.com
                 jjr@ferrarolaw.com

**AND**

3

John H. Ruiz, Esq.
Florida Bar No.: 928150
Frank C. Quesada, Esq.
Florida Bar No.: 29411
**MSP Recovery Law Firm**
5000 S.W. 75th Avenue, Suite 300
Miami, Florida 33155
Telephone: (305) 614-2239
Email:      jruiz@msprecovery.com
            fquesada@msprecovery.com
            serve@msprecovery.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 1, 2018, I electronically filed the foregoing document with the Clerk for the United States District Court, Northern District of Ohio. The electronic case filing system (CM/ECF) will send a Notice of Electronic Filing (NEF) to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ James L. Ferraro*
James L. Ferraro, Esq.

# EXHIBIT D

Case 1:19-md-02875-RMB-SAK   Document 34-1   Filed 03/20/19   Page 13 of 29 PageID:
275
Case 3:17-cv-00321-SMY-SCW   Document 34-1   Filed 03/28/17   Page 1 of 3   Page ID #27

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MAO-MSO RECOVERY II, LLC, a Delaware entity; MSP RECOVERY, LLC, a Florida entity; MSPA CLAIMS 1, LLC, a Florida entity, | Case No.   3:17-cv-321 |
| Plaintiffs, | CLASS ACTION COMPLAINT |
| | DEMAND FOR JURY TRIAL |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Company, | |
| Defendant. | |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Plaintiffs, MAO-MSO Recovery II, LLC, MSP Recovery, LLC, and MSPA Claims 1, LLC, through undersigned counsel, file their Corporate Disclosure Statement, pursuant to Federal Rule of Civil Procedure 7.1, and, in support thereof, state as follows:

1. MAO-MSO Recovery II, LLC, is owned by RD Legal Finance, LLC, and MSP Recovery, LLC.

2. MSP Recovery, LLC, has no parent corporation.

3. MSPA Claims 1, LLC, is owned by MSP Recovery Services, LLC.

4. There is no publicly held corporation that owns 10% or more of its stock for any of the three entities listed above.

Dated:  March 28, 2017

Respectfully submitted by,

/s/ David M. Hundley
David M. Hundley, Of Counsel
PENDLEY, BAUDIN & COFFIN, LLP
1620 W. Chicago Avenue, Suite 307

Case: 1:19-md-02875-RMBY-SAK  Document: 34-1  Filed: 03/20/19  Page: 14 of 29 PageID:
Case 3:17-cv-00321-SMY-SCW  Document 34-1  Filed 03/28/17  Page 2 of 4  Page ID #283
276

Chicago, IL 60622
Phone: (312) 212-3343
dhundley@pbclawfirm.com

Christopher L. Coffin (to be moved *pro hac vice*)
Courtney L. Stidham (to be moved *pro hac vice*)
PENDLEY, BAUDIN & COFFIN, LLP
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com
cstidham@pbclawfirm.com

Michael L. Baum (to be moved *pro hac vice*)
R. Brent Wisner (to be moved *pro hac vice*)
Pedram Esfandiary (to be moved *pro hac vice*)
BAUM, HEDLUND, ARISTEI &
GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA  90025
Tel: (310) 207-3233
Fax: (310) 820-7444
mbaum@baumhedlundlaw.com
rbwisner@baumhedlundlaw.com
pesfandiary@baumhedlundlaw.com

*Counsel for Plaintiffs*

**EXHIBIT E**

Michael L. Baum, Esq., CA Bar No. 119511
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq., CA Bar No. 276023
rbwisner@baumhedlundlaw.com
Pedram Esfandiary, Esq., CA Bar No. 312569
pesfandiary@baumhedlundlaw.com
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel:  (310) 207-3233 / Fax:  (310) 820-7444

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAO-MSO RECOVERY II, LLC, a Delaware entity; MSP RECOVERY, LLC, a Florida entity; MSPA CLAIMS 1, LLC, a Florida entity, | Case No.: 2:17-cv-2559 |
| Plaintiffs, | **PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| THE FARMERS INSURANCE EXCHANGE, and its subsidiaries and affiliates; and THE FARMERS GROUP INC. d/b/a FARMERS UNDERWRITER'S ASS'N, and its subsidiaries and affiliates, | |
| Defendants. | |

Plaintiffs, MAO-MSO Recovery II, LLC, MSP Recovery, LLC, and MSPA Claims 1, LLC, through undersigned counsel, file their Corporate Disclosure Statement, pursuant to Federal Rule of Civil Procedure 7.1, and, in support thereof, state as follows:

1.    MAO-MSO Recovery II, LLC, is owned by RD Legal Finance, LLC, and MSP Recovery, LLC.

2.    MSP Recovery, LLC, has no parent corporation.

1

3.    MSPA Claims 1, LLC, is owned by MSP Recovery Services, LLC. There is no publicly held corporation that owns 10% or more of its stock for any of the three entities listed above.

Dated:  April 3, 2017              **BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

                                    _/s/ R. Brent Wisner____
                                   R. Brent Wisner, Esq. (SBN 276023)
                                   rbwisner@baumhedlundlaw.com
                                   Michael L. Baum, Esq. (SBN 119511)
                                   mbaum@baumhedlundlaw.com
                                   Pedram Esfandiary, Esq., (SBN 312569)
                                   pesfandiary@baumhedlundlaw.com
                                   12100 Wilshire Blvd., Suite 950
                                   Los Angeles, CA 90025
                                   Tel:  (310) 207-3233
                                   Fax:  (310) 820-7444

                                   **PENDLEY, BAUDIN & COFFIN, LLP**
                                   Christopher L. Coffin (to be moved *pro hac vice*)
                                   Tracy L. Turner (to be moved *pro hac vice*)
                                   Courtney L. Stidham (to be moved *pro hac vice*)
                                   1515 Poydras Street, Suite 1400
                                   New Orleans, LA 70112
                                   Phone: (504) 355-0086
                                   ccoffin@pbclawfirm.com
                                   tturner@pbclawfirm.com
                                   cstidham@pbclawfirm.com

                                   *Attorneys for Plaintiffs*

**PLAINTIFFS' DISCLOSURE STATEMENT**

# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| MAO-MSO RECOVERY II, LLC, a Delaware entity; MSP RECOVERY, LLC, a Florida entity; MSPA CLAIMS 1, LLC, a Florida entity, | Case No. 3:17-cv-321 |
| Plaintiffs, | CLASS ACTION COMPLAINT |
| | DEMAND FOR JURY TRIAL |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Company, | |
| Defendant. | |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Plaintiffs, MAO-MSO Recovery II, LLC, MSP Recovery, LLC, and MSPA Claims 1, LLC, through undersigned counsel, file their Corporate Disclosure Statement, pursuant to Federal Rule of Civil Procedure 7.1, and, in support thereof, state as follows:

1.      MAO-MSO Recovery II, LLC, is owned by RD Legal Finance, LLC, and MSP Recovery, LLC.

2.      MSP Recovery, LLC, has no parent corporation.

3.      MSPA Claims 1, LLC, is owned by MSP Recovery Services, LLC.

4.      There is no publicly held corporation that owns 10% or more of its stock for any of the three entities listed above.

Dated: March 28, 2017

Respectfully submitted by,

/s/ David M. Hundley
David M. Hundley, Of Counsel
PENDLEY, BAUDIN & COFFIN, LLP
1620 W. Chicago Avenue, Suite 307

1

Chicago, IL 60622
Phone: (312) 212-3343
dhundley@pbclawfirm.com

Christopher L. Coffin (to be moved *pro hac vice*)
Courtney L. Stidham (to be moved *pro hac vice*)
PENDLEY, BAUDIN & COFFIN, LLP
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: (504) 355-0086
Fax: (504) 523-0699
ccoffin@pbclawfirm.com
cstidham@pbclawfirm.com

Michael L. Baum (to be moved *pro hac vice*)
R. Brent Wisner (to be moved *pro hac vice*)
Pedram Esfandiary (to be moved *pro hac vice*)
BAUM, HEDLUND, ARISTEI &
GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444
mbaum@baumhedlundlaw.com
rbwisner@baumhedlundlaw.com
pesfandiary@baumhedlundlaw.com

***Counsel for Plaintiffs***

**EXHIBIT G**

.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MAO-MSO RECOVERY II, LLC, a Delaware entity; MSP RECOVERY, LLC, a Florida entity; MSPA CLAIMS 1, LLC, a Florida entity, | Case No. 17-cv-175 |
| Plaintiffs, | CLASS ACTION COMPLAINT |
| | DEMAND FOR JURY TRIAL |
| vs. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin company; and AMERICAN FAMILY INSURANCE COMPANY, a Wisconsin company, | |
| Defendants. | |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Plaintiffs, MAO-MSO Recovery II, LLC, MSP Recovery, LLC, and MSPA Claims 1, LLC, through undersigned counsel, file their Corporate Disclosure Statement, pursuant to Federal Rule of Civil Procedure 7.1, and, in support thereof, state as follows:

1. MAO-MSO Recovery II, LLC, is owned by RD Legal Finance, LLC, and MSP Recovery, LLC.

2. MSP Recovery, LLC, has no parent corporation.

3. MSPA Claims 1, LLC, is owned by MSP Recovery Services, LLC.

4. There is no publicly held corporation that owns 10% or more of its stock for any of the three entities listed above.

Dated:  March 8, 2017

Respectfully submitted by,

/s/R. Brent Wisner
R. Brent Wisner
Michael L. Baum (to be moved *pro hac vice*)
Pedram Esfandiary (to be moved *pro hac vice*)
BAUM, HEDLUND, ARISTEI &
GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA  90025
Tel: (310) 207-3233
Fax: (310) 820-7444
rbwisner@baumhedlundlaw.com
mbaum@baumhedlundlaw.com
pesfandiary@baumhedlundlaw.com

Christopher L. Coffin (to be moved *pro hac vice*)
Tracy L. Turner (to be moved *pro hac vice*)
Nicholas R. Rockforte (to be moved *pro hac vice*)
Courtney L. Stidham (to be moved *pro hac vice*)
PENDLEY, BAUDIN & COFFIN, LLP
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: (504) 355-0086
ccoffin@pbclawfirm.com
tturner@pbclawfirm.com
nrockforte@pbclawfirm.com
cstidham@pbclawfirm.com

***Counsel for Plaintiffs***

# EXHIBIT H

# M1800000006037

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

W18-33015 Penalty

Office Use Only



400311355164

06/21/18--01001--018  **638.75

04/05/18--01011--030  **11.75

FILED
18 JUN 21 PM 3:10
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

K SALY
JUN 28 2018





### FLORIDA DEPARTMENT OF STATE
Division of Corporations

April 6, 2018

NAISLETH RODRIGUEZ
MSP RECOVERY LLC
5000 SW 75 AVE, STE. 400
MIAMI, FL 33155

SUBJECT: MSP RECOVERY CLAIMS, SERIES LLC
Ref. Number: W18000033015

We have received your document for MSP RECOVERY CLAIMS, SERIES LLC and your check(s) totaling $160.00. However, the enclosed document has not been filed and is being returned for the following correction(s):

Pursuant to section 607.1502(4), 617.1502(4) or 605.0904(7), Florida Statutes, this entity is liable for a civil penalty of at least $500 but not more than $1000 for each year this entity transacted business or conducted its affairs in Florida prior to qualification. In addition to this civil penalty, the appropriate annual report fees that would have been due this office had the entity qualified the year it began operations in this state are also due. The amount due this office to cover both annual report(s) and penalty fees is $638.75.    2017/2018

There is a balance due of $638.75.

Please return your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 245-6051.

Karen A Saly
Regulatory Specialist II

Letter Number: 818A00007024

## COVER LETTER

TO:    **Registration Section**
       **Division of Corporations**

MSP Recovery Claims, Series LLC

SUBJECT: _____
                    Name of Limited Liability Company

The enclosed "Application by Foreign Limited Liability Company for Authorization to Transact Business in Florida," Certificate of Existence, and check are submitted to register the above referenced foreign limited liability company to transact business in Florida.

Please return all correspondence concerning this matter to the following:

Naisleth Rodriguez

_____
                    Name of Person

MSP Recovery LLC

_____
                    Firm/Company

5000 SW 75 Ave. Suite 400

_____
                    Address

Miami, Florida 33155

_____
                 City/State and Zip Code

NRodriguez@msprecovery.com

_____
      E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Naisleth Rodriguez                          305        614-2222
                                    at (_____)  _____
        Name of Contact Person           Area Code   Daytime Telephone Number

**MAILING ADDRESS:**                    **STREET ADDRESS:**
Division of Corporations                 Division of Corporations
Registration Section                     Registration Section
P.O. Box 6327                            Clifton Building
Tallahassee, FL 32314                    2661 Executive Center Circle
                                         Tallahassee, FL 32301

Enclosed is a check for the following amount:

☐ $125.00 Filing Fee    ☐ $130.00 Filing Fee &    ☐ $155.00 Filing Fee &    ☑ $160.00 Filing Fee, Certificate
                           Certificate of Status      Certified Copy            of Status & Certified Copy

**APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA**

*IN COMPLIANCE WITH SECTION 605.0902, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN LIMITED LIABILITY COMPANY TO TRANSACT BUSINESS IN THE STATE OF FLORIDA:*

1. MSP Recovery Claims, Series LLC
   _____
   (Name of Foreign Limited Liability Company; must include "Limited Liability Company," "L.L.C.," or "L.L.C.")

(If name unavailable, enter alternate name adopted for the purpose of transacting business in Florida. The alternate name must include "Limited Liability Company," "L.L.C," or "LLC.")

2. The State of Delaware
   (Jurisdiction under the law of which foreign limited liability company is organized)

3. 82-5013004
   (FEI number, if applicable)

4. February 14, 2017
   (Date first transacted business in Florida, if prior to registration.)
   (See sections 605.0904 & 605.0905, F.S. to determine penalty liability)

5. 5000 SW 75 Ave. Suite 400
   (Street Address of Principal Office)
   Miami, Florida 33155

6. 5000 SW 75 Ave. Suite 400
   (Mailing Address)
   Miami, Florida 33155

7. Name and street address of Florida registered agent: (P.O. Box **NOT** acceptable)

   Name:          La Ley con John H Ruiz P.A.

   Office Address:  5000 SW 75 Ave. Suite 400

   Miami          , Florida 33155
   (City)                        (Zip Code)

**Registered agent's acceptance:**
*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

_____
(Registered agent's signature)

8. The name, title or capacity and address of the person(s) who has/have authority to manage is/are:

| Title or Capacity: | Name and Address: | Title or Capacity: | Name and Address: |
|---|---|---|---|
| Director | John H Ruiz | | |
| | 5000 SW 75 Ave. Suite 400 | | |
| | Miami, Florida 33155 | | |

(Use attachments if necessary)

9. Attached is a certificate of existence, no more than 90 days old, duly authenticated by the official having custody of records in the jurisdiction under the law of which it is organized. (If the certificate is in a foreign language, a translation of the certificate under oath of the translator must be submitted)

10. This document is executed in accordance with section 605.0203 (1)(b), Florida Statutes. I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

_____
Signature of an authorized person

John H Ruiz
_____
(Typed or printed name of signee)

# Delaware

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY "MSP RECOVERY CLAIMS, SERIES LLC" IS
DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD
STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS
OFFICE SHOW, AS OF THE THIRTIETH DAY OF MARCH, A.D. 2018.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID "MSP
RECOVERY CLAIMS, SERIES LLC" IS A SERIES LIMITED LIABILITY COMPANY.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "MSP RECOVERY
CLAIMS, SERIES LLC" WAS FORMED ON THE FOURTEENTH DAY OF FEBRUARY,
A.D. 2017.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN
ASSESSED TO DATE.

FILED 18 JUN 21 PM 3:10

Jeffrey W. Bullock, Secretary of State

6316101  8300E

SR# 20182322304

Authentication: 202424966

Date: 03-30-18

You may verify this certificate online at corp.delaware.gov/authver.shtml