| Short Case Caption | Civil Action No. | Court | Defendants | Status | Counsel for Plaintiffs | Counsel for Defendants |
|---|---|---|---|---|---|---|
| Collins v. Prinston Pharmaceutical Inc. | 3:19-cv-00415 (formerly 37-02018-00063224-CU-BT-CTL) | S.D. Cal. (formerly Superior Court of Cal.) | Prinston Pharmaceutical Inc. Solco Healthcare U.S., LLC Does 1-10 | Not in MDL Notice of removal filed 3/1/19 Motion to remand due 4/2/2019 | Joshua H. Haffner (Haffner Law PC) | Courtney L. Baird (Duane Morris) |
| Shanov v. Walgreens Co. | 2018-CH-15872 | Circuit Court of Cook County, Illinois | Walgreen Co. Walgreens Boots Alliance | Not in MDL | Thomas A. Zimmerman, Jr. (Zimmerman Law Offices, P.C.) Boris Parad (Parad Law Offices, P.C.) | Paul E. Chronis (Duane Morris) |
| Runo v. Prinston Pharmaceutical Inc. | MID-L-000856-19 | Superior Court of New Jersey | Prinston Pharmaceutical Inc. Solco Healthcare U.S., LLC Huahai U.S., Inc. | Not in MDL | Roger W. Orlando (Javerbaum, Wurgaft, Hicks, Kahn, Wikstrom & Sinins, P.C.) | Seth A. Goldberg (Duane Morris) |

Schedule 1: List of of All Related Actions in State Courts