| | | | **Schedule 2: List of Pending Motions** | |
|---|---|---|---|---|
| **Short Case Caption** | **Civil Action No.** | **Court** | **Motion** | **Status** |
| Gremillion v. Zhejiang Hauhai Pharmaceutical Co., Ltd. | 6:18-cv-01497 | W.D. La. | Motion to dismiss filed 1/25/19 | Stayed/No response filed |
| Collins v. Prinston Pharmaceutical Inc. | 3:19-cv-0415 (formerly 37-2018-00063224-CU-BT-CTL) | S.D. Cal. (formerly Superior Court of Cal.) | Notice of removal filed 3/1/19 | Motion to remand due 4/2/19 |
| MSP Recovery Claims, Series LLC v. Huahai U.S., Inc. | 1:18-cv-25260 | S.D. Fla. | Motion to dismiss filed 1/9/19 | Motion denied without prejudice, case administratively closed, 1/10/2019 |
| Harper v. Zhejiang Huahai Pharmaceutical Co., Ltd. | 3:19-cv-01618 | D. N.J. | Motion to quash service on ZHP filed 3/12/19 | Stayed/No response filed |
| Sen v. Zhejiang Huahai Pharmaceutical Co., Ltd. | 5:19-cv-00150 | N.D. Ala. | Motion to quash service on ZHP filed 3/12/19 | Stayed/No response filed |
| Silberman v. Solco Healthcare U.S., LLC | 3:19-cv-01612 | D. N.J. | Motion to quash service on ZHP filed 3/12/19 | Stayed/No response filed |
| Duffy v. Aurobindo Pharma USA, Inc. | 1:19-cv-00088 | S.D.N.Y. | Motion to dismiss by Throggs Neck Pharmacy filed 3/5/19 | Stayed/No response filed |
| Runo v. Prinston Pharmaceutical Inc. | MID-L-000856-19 | Superior Court of New Jersey | Motion to dismiss by Prinston, Solco, and Huahai filed 3/20/19 | No response filed |