# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | : : : : : | Hon. Robert B. Kugler<br><br>Civil Action No.<br>1:19-md-02875-RBK-JS |
| ---------------------------------------------------------------<br>THIS DOCUMENT RELATES TO<br><br>RICHARD O'NEILL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SOLCO HEALTHCARE U.S., LLC, and, PRINSTON PHARMACEUTICAL, INC.,<br><br>    Defendants. | : : : : : : : : : : : : : : : : | 1:18-cv-14840-RBK-JS |

## NOTICE OF APPEARANCE

COMES NOW Stacy A. Burrows of the Law Offices of George A. Barton, P.C. and hereby enters her appearance on behalf of Plaintiff Richard O'Neill in connection with the above-referenced matter.

Dated: March 21, 2019          LAW OFFICES OF GEORGE A. BARTON, P.C.

                               By: /s/ Stacy A. Burrows_____
                               George A. Barton Mo. Bar No. 26249
                               Stacy A. Burrows Co. Bar No. 49199
                               7227 Metcalf Avenue, Suite 301
                               Overland Park, KS 66204
                               (913) 563-6250
                               gab@georgebartonlaw.com
                               stacy@georgebartonlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 21th day of March, 2019, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

                                                                         /s/ Stacy A. Burrows_____