UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION | : : : : : | HON. ROBERT B. KUGLER<br><br>Civil No. 1:19-md-2875 (RBK/JS) |

**NOTICE OF EX PARTE SUBMISSION OF DEFENDANTS' POSITION STATEMENT**

Pursuant to Case Management Order No. 1, Defendants, through the undersigned counsel, on March 20, 2019, jointly submitted the Ex Parte Position Statement of Defendants, which was delivered to the Court via hand delivery.

Dated: March 21, 2019

Submitted,

| | |
|---|---|
| */s/ Seth A. Goldberg*<br>Seth A. Goldberg<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>Phone: (215) 979-1175<br>sagoldberg@duanemorris.com | */s/ Lori G. Cohen*<br>Lori G. Cohen<br>GREENBERG TRAURIG LLP<br>Terminus 200<br>3333 Piedmont Road, NE, Suite 2500<br>Atlanta, GA 30305<br>Phone: (678) 553-2385<br>cohenl@gtlaw. |
| */s/ Clem C. Trischler*<br>Clem C. Trischler<br>PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP<br>38th Floor, One Oxford Centre<br>301 Grant Street<br>Pittsburgh, PA 15219<br>Phone: (412) 263-1816<br>cct@pietragallo.com | */s/ Richard W. Smith*<br>Richard W. Smith<br>WILEY REIN LLP<br>1776 K Street N.W.<br>Washington, DC 20006<br>Phone: (202) 719-7468<br>rwsmith@wileyrein.com |

## CERTIFICATE OF SERVICE

I, Seth A. Goldberg, certify that a true and correct copy of the foregoing was served this 21st day of March, 2019, on all counsel of record via the CM/ECF system of the United States District Court for the District of New Jersey.

*/s/ Seth A. Goldberg*
