# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

## CAMDEN DIVISION

| | |
|---|---|
| *In Re Valsartan N-Nitrosodimethylamine (NDMA) Contamination Products Liability Litigation* | Hon. Robert B. Kugler |
| THIS DOCUMENT RELATES TO: | Case No.: 1:19-md-02875-RBK-JS |
| *Rodich-Annese, et al. v. Solco, et al.*, 2:19-cv-00046 | Motion Day: March 27, 2019 |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that I, the undersigned, hereby enter an appearance on behalf of Plaintiff Valerie Rodich-Annese in *Rodich-Annese, et al. v. Solco, et al.,* 2:19-cv-00046. I have been admitted *pro hac vice* pursuant to the Court's MDL Case Management Order No. 1. (Dkt. 5).

Dated: March 22, 2019                 Respectfully submitted,

                                             */s/ Jason S. Rathod*
                                             Jason S. Rathod
                                             **MIGLIACCIO & RATHOD LLP**
                                             412 H Street Northeast, Suite 302

Washington, D.C. 20002<br>
Telephone: (202) 470-3520<br>
Facsimile: (202) 800-2730<br>
jrathod@classlawdc.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically via the Court's ECF system, on March 22, 2019. Notice of electronic filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Jason S. Rathod*
Jason S. Rathod