# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABIILITY LITIGATION | Civil No. 1:19-md-02875-RBK-JS<br><br>MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br><br>1. Duffy et al. v. Solco Healthcare US, LLC, et al., Case No. 1:18-cv-15076-RBK-JS<br><br>2. Stimma et al. v. Torrent Pharma, Inc., et al., Case No. 1:18-cv-14318-RBK-JS | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for all Plaintiffs in the above-mentioned actions.

Dated: March 25, 2019

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: _/s/ Andrew J. Obergfell_
　　　Andrew J. Obergfell

Joseph I. Marchese
Andrew J. Obergfell
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 837-7150
Facsimile:  (212) 989-9163
Email: jmarchese@bursor.com
　　　　aobergfell@bursor.com

2

## **CERITFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 25, 2019, the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be electronically transmitted to all counsel of record by operation of the court's electronic filing system.

                                                            /s/ Andrew J. Obergfell_____