UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABIILITY LITIGATION | Civil No. 1:19-md-02875-RBK-JS<br><br>MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br><br>1. Nelson v. Teva Pharmaceutical Industries, LTD., et al., Case No. 1:19-cv-06847-RBK-JS<br><br>2. Duffy v. Aurobindo Pharma USA, Inc., et al., Case No. 1:19-cv-08591-RBK-JS<br><br>3. Cacaccio v. Mylan Pharmaceuticals, Inc., et al., Case No. 1:19-cv-06841-RBK-JS | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for all Plaintiffs in the above-mentioned actions.

Dated:  March 25, 2019

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Joseph I. Marchese*
         Joseph I. Marchese

Joseph I. Marchese
Andrew J. Obergfell
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 837-7150
Facsimile:  (212) 989-9163
Email: jmarchese@bursor.com
           aobergfell@bursor.com

## **CERITFICATE OF SERVICE**

I HEREBY CERTIFY that on March 25, 2019, the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be electronically transmitted to all counsel of record by operation of the court's electronic filing system.

    /s/ Joseph I. Marchese_____