# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | : <br> : <br> : HON. ROBERT B. KUGLER <br> : <br> : <br> : Civil No. 19-2875 (RBK/JS) <br> : <br> : |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Teva Pharmaceuticals USA, Inc.

Date:  March 25, 2019

**GREENBERG TRAURIG, LLP**

/s/ *Brian H. Rubenstein*

Brian H. Rubenstein
1717 Arch Street
Suite 400
Philadelphia, PA 19103
Tel: (215) 988-7864
Fax: (215) 689-4419
rubensteinb@gtlaw.com

*Attorney for Teva Pharmaceuticals USA, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 25, 2019, I served the foregoing Appearance of Counsel on all counsel of record via filing in the CM/ECF system.

<u>/s/ Brian H. Rubenstein</u>

*ACTIVE 41757680v1*