UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re VALSARTAN<br>N-NITROSODIMETHYLAMINE (NDMA)<br>PRODUCTS LIABILITY LITIGATION | )<br>)<br>)   Civ. No. 19-2875 (RBK/JS)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

NOW COMES the undersigned, a member of the firm of Preti, Flaherty, Beliveau & Pachios, LLP and hereby enters his appearance on behalf of plaintiff Maine Automobile Dealers Association, Inc. Insurance Trust in the above-captioned matter.

Respectfully submitted,

March 25, 2019

/s/ Sigmund D. Schutz
Sigmund D. Schutz
Preti Flaherty Beliveau & Pachios LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000
sschutz@preti.com

Counsel for Maine Automobile Dealers Association, Inc. Insurance Trust

2

## CERTIFICATE OF SERVICE

I hereby certify that this document, through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 25th day of March, 2019.

*/s/ Sigmund D. Schutz*
Sigmund D. Schutz
