SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
*Attorneys at Law*

475 White Horse Pike ■ Collingswood, NJ 08107
Telephone: 856-858-1770 ■ Fax: 856-858-7012
www.sfmslaw.com



JAMES C. SHAH‡
jshah@sfmslaw.com

March 25, 2019

**Via CM/ECF**
Hon. Robert B. Kugler
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

    RE:    *Valsartan N-Nitrosodimethylamine (NDMA) Contamination Products Liability Litigation,* 1:19-md-02875-RBK-JS

Dear Judge Kugler:

I represent Plaintiff Richard Gonteski in *Gonteski v. Huahai US, Inc., et al.*, 3:18-cv-14858 (D. N.J.). Pursuant to paragraph 5 of the Court's February 25, 2019 MDL Case Management Order No. 1, (Dkt. 5), I am designating Paul Geske of McGuire Law, P.C., counsel for Plaintiff Robert Kruk in *Kruk v. Zhejiang Huahai Pharm. Co., Ltd., et al.*, 1:19-cv-06211, to appear on my behalf at the upcoming initial case management hearing on March 27, 2019 and to represent Mr. Gonteski's interests at the hearing.

Please feel free to contact me if you have any questions or need any additional information.

Respectfully submitted,

/s/James C. Shah

James C. Shah

JCS/sm

cc:  Counsel of Record (Via CM/ECF)

---

‡ Admitted to practice law in CA, NJ, NY, PA and WI

CALIFORNIA ■ CONNECTICUT ■ FLORIDA ■ NEW JERSEY ■ NEW YORK ■ PENNSYLVANIA ■ WISCONSIN

