## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2019, I filed the foregoing with the Clerk of Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

/s/James C. Shah
James C. Shah