# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | HON. ROBERT B. KUGLER<br><br>Civil No. 19-2875 (RBK/JS) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Teva Pharmaceuticals USA, Inc.

Date: March 26, 2019

**GREENBERG TRAURIG, LLP**

*/s/ Victoria D. Lockard*
Victoria D. Lockard
Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
lockardv@gtlaw.com

*Attorney for Teva Pharmaceuticals USA, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 26, 2019, I served the foregoing Appearance of Counsel on all counsel of record via filing in the CM/ECF system.

                                                    */s/ Victoria D. Lockard*

ACTIVE 41757680v1