# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In Re**<br>**Valsartan N-Nitrosodimethylamine (NDMA) Products Liability Litigation** | Case No. 1:19-md-02875-RBK-JS |
| ***THIS DOCUMENT RELATES TO:***<br>**Maine Automobile Dealers Association, Inc. Insurance Trust**<br>　　　　　　**Plaintiff,**<br>**Vs.**<br>**A-S Medication Solutions LLC, et al.,**<br>　　　　　　**Defendants.** | Case No. 3:19-cv-02431-BRM-TJB |

## NOTICE OF APPEARANCE

Please take notice that Michael S. Catlett of the law firm Quarles & Brady LLP enters his appearance on behalf of Defendant A-S Medication Solutions LLC, and requests that all papers and pleadings in this cause be directed to him at the address below.

> Michael S. Catlett
> QUARLES & BRADY LLP
> One Renaissance Square
> Two North Central Avenue
> Phoenix, AZ 85004-2931
> Telephone: 602-229-5200
> Facsimile: 602-229-5690
> Michael.catlett@quarles.com

Respectfully submitted this 26th day of March, 2019.

　　　　　　　　　　　　　**QUARLES & BRADY LLP**


　　　　　　　　　　　　　By: */s/ Michael S. Catlett*
　　　　　　　　　　　　　　　Michael S. Catlett (AZ Bar #025238)
　　　　　　　　　　　　　　　Renaissance One
　　　　　　　　　　　　　　　Two North Central Avenue
　　　　　　　　　　　　　　　Phoenix, AZ 85004

Telephone: (602) 229-5279
Facsimile: (602) 229-5690
Email: Michael.catlett@quarles.com
*Attorney for Defendant A-S Medication Solutions LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2019, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

*/s/ Michael S. Catlett*
Michael S. Catlett