# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re<br>Valsartan N-Nitrosodimethylamine (NDMA) Products Liability Litigation | Case No. 1:19-md-02875-RBK-JS |
| *THIS DOCUMENT RELATES TO:*<br>**Maine Automobile Dealers Association, Inc. Insurance Trust**<br>         **Plaintiff,**<br>Vs.<br>**A-S Medication Solutions LLC, et al.,**<br>         **Defendants.** | Case No. 3:19-cv-02431-BRM-TJB |

## NOTICE OF APPEARANCE

Please take notice that Lauren Elliott Stine of the law firm Quarles & Brady LLP enters her appearance on behalf of Defendant A-S Medication Solutions LLC, and requests that all papers and pleadings in this cause be directed to her at the address below.

Lauren Elliott Stine<br>
QUARLES & BRADY LLP<br>
One Renaissance Square<br>
Two North Central Avenue<br>
Phoenix, AZ 85004-2931<br>
Telephone: 602-229-5200<br>
Facsimile: 602-229-5690<br>
Michael.catlett@quarles.com

Respectfully submitted this 26th day of March, 2019.

**QUARLES & BRADY LLP**

By: */s/ Lauren Elliott Stine*
    Lauren Elliott Stine (AZ Bar #025083)
    Renaissance One
    Two North Central Avenue

Phoenix, AZ 85004<br>
Telephone: (602) 229-5474<br>
Facsimile: (602) 229-5690<br>
Email: lauren.stine@quarles.com<br>
*Attorney for Defendant A-S Medication Solutions LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2019, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

*/s/ Lauren Elliott Stine*
Lauren Elliott Stine