# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re<br>Valsartan N-Nitrosodimethylamine (NDMA) Products Liability Litigation | Case No. 1:19-md-02875-RBK-JS |
| *THIS DOCUMENT RELATES TO:*<br>**Maine Automobile Dealers Association, Inc. Insurance Trust**<br>    **Plaintiff,**<br>Vs.<br>**A-S Medication Solutions LLC, et al.,**<br>    **Defendants.** | Case No. 3:19-cv-02431-BRM-TJB |

## NOTICE OF APPEARANCE

Please take notice that Julia K. Wittman of the law firm Quarles & Brady LLP enters her appearance on behalf of Defendant A-S Medication Solutions LLC, and requests that all papers and pleadings in this cause be directed to her at the address below.

Julia K. Wittman
QUARLES & BRADY LLP
411 East Milwaukee Ave., Suite 2350
Wisconsin, WI 53202-4426
Telephone: 414-277-5000
Facsimile: 414-271-3552
Julia.wittman@quarles.com

Respectfully submitted this 26th day of March, 2019.

**QUARLES & BRADY LLP**

By: */s/ Julia K. Wittman*
    Julia K. Wittman (WI Bar #1115063)
    411 East Milwaukee Ave., Suite 2350
    Wisconsin, WI 53202-4426
    Telephone: 414-277-5000

        Facsimile: 414-271-3552
        Email: julia.wittman@quarles.com
        *Attorney for Defendant A-S Medication Solutions LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2019, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

        */s/ Julia K. Wittman*
        Julia K. Wittman