**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION | Hon. Robert B. Kugler |
| This Document Relates to: *Baker v. Mylan Inc., et al.*, No. 1:19-cv-7159-RBK-JS | Civil No. 1:19-md-2875-RBK-JS |

**NOTICE OF APPEARANCE**

TO:    CLERK, UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW JERSEY

Kindly enter the appearance of Jason M. Reefer of Pietragallo Gordon Alfano Bosick & Raspanti, LLP, for Defendant Mylan Pharmaceuticals Inc. in the above-captioned matter.

Dated: March 26, 2019         Respectfully submitted,

                                          *s/ Jason M. Reefer*
                                          Jason M. Reefer
                                          PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
                                          One Oxford Centre, 38th Floor
                                          Pittsburgh, PA 15219
                                          412-263-1840 Telephone
                                          412-263-4235 Facsimile
                                          jmr@pietragallo.com

                                          *Attorney for Mylan Pharmaceuticals Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on March 26, 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court and forwarded electronically to all counsel of record via the CM/ECF system.

*s/ Jason M. Reefer*
Jason M. Reefer
