## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | CASE NO.: 1:19-cv-2875-RBK-JS<br><br>MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br><br>1. Avedikian v. Zhejiang Huahai Pharmaceutical Co., Ltd et al; Case No. 1:19-cv-06822-RBK-JS<br>2. Barber v. Zhejiang Huahai Pharmaceutical Co., Ltd et al; Case No. 1:19-cv-07802-RBK-JS<br>3. Bradshaw v. Zhejiang Huahai Pharmaceutical Co., Ltd et al; Case No. 6:19-cv-01070-JWB-KGG<br>4. Guillory v. Zhejiang Huahai Pharmaceutical Co., Ltd et al; Case No. 2:19-cv-00368-EEF-KK<br>5. Martey v. Zhejiang Huahai Pharmaceutical Co., Ltd et al; Case No. 1:19-cv-06836-RBK-JS<br>6. Pollock v. Zhejiang Huahai Pharmaceutical Co., Ltd et al; Case No. 1:19-cv-06833-RBK-JS<br>7. Ridley v. Zhejiang Huahai Pharmaceutical Co., Ltd et al; Case No. 4:19-cv-00054-HLM<br>8. Sen et al v. Zhejiang Huahai Pharmaceutical Co., Ltd et al; Case No. 1:19-cv-07143-RBK-JS<br>9. Watts v. Zhejiang Huahai Pharmaceutical Co., Ltd et al; Case No. 1:19-cv-08718-RBK-JS<br>10. Williams v. Zhejiang Huahai Pharmaceutical Co., Ltd et al; Case No. 1:19-cv-07632-RBK-JS<br>11. Williams v. Zhejiang Huahai Pharmaceutical Co., Ltd et al; Case No. 1:19-cv-06849-RBK-JS<br>12. Winiecki v. Zhejiang Huahai Pharmaceutical Co., Ltd et al; Case No. 1:19-cv-07153-RBK-JS | |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Daniel A. Nigh of the law firm Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. hereby enters his appearance as counsel on behalf of all Plaintiffs in the above-referenced actions.

1

Dated: March 26, 2019

                                            Respectfully submitted:

                                            /s/*Daniel A. Nigh*
                                            Daniel A. Nigh
                                            **Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.**
                                            316 S. Baylen Street, Suite 600
                                            Pensacola, FL 32502
                                            Phone: (850) 435-7013
                                            Fax: (850) 436-6013
                                            Email: dnigh@levinlaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2019, the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be electronically transmitted to all counsel of record by operation of the court's electronic filing system.

/s/*Daniel A. Nigh*
Daniel A. Nigh
**Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7013
Fax: (850) 436-6013
Email: dnigh@levinlaw.com