# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION**<br><br>*This Document Relates to:*<br>*Stimma v. Torrent Pharma, Inc., et al.*, Case No. 1:18-cv-14318;<br>*Roberts v. Torrent Pharma, Inc., et al.*, Case No. 1:18-cv-16075;<br>*Sanders v. Torrent Pharma, Inc., et al.*, Case No. 1:19-cv-01017 | Hon. Robert B. Kugler<br><br>Civil Action No. 1:19-md-02875 |

## APPEARANCE OF COUNSEL

To the Clerk of Court:

Please enter the appearance of Richard W. Smith on behalf of Defendant Torrent Pharma, Inc. ("Torrent") on this Court's MDL master docket. The above-referenced counsel has complied with the ECF requirements for this Court and has received a personal ID and password.

By entering an appearance, Torrent does not waive any defenses, and specifically preserves all defenses related to service and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875

Dated:  March 26, 2019

Respectfully submitted,

s/ Richard W. Smith
Richard W. Smith
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Tel:   202.719.7000
Fax:   202.719.7049
rwsmith@wileyrein.com

*Attorney for Torrent Pharma, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2019, I electronically filed the foregoing Appearance of Counsel with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

s/ Richard W. Smith
Richard W. Smith
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Tel: 202.719.7000
Fax: 202.719.7049
rwsmith@wileyrein.com

*Attorney for Torrent Pharma, Inc.*