**Meshbesher & Spence**
LAWYERS

1616 Park Avenue, Minneapolis, MN 55404 | P: 612-339-9121 | F: 612-339-9188 | meshbesher.com

March 26, 2019

**VIA CM/ECF**

Hon. Robert B. Kuglar

United States District Court, District of New Jersey

Mitchell H. Cohen Building & U.S. Courthouse

4th & Cooper St., Room 1050

Camden, NJ 08101

    Re:    *Valsartan N-Nitrosodimethylamine (NDMA) Contamination Products Liability Litigation, 1:19-md-02875-RBK-JS*

Dear Judge Kugler:

I regretfully am unable to attend the Initial Case Management Hearing on March 27, 2019. I represent Larry Tack in *Tack et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.*, Civil No. 1:19-cv-07460 (D. N.J.). Pursuant to paragraph 5 of the Court's February 25, 2019m MDL Case Management Order No. 1, [dkt. 5], I am designating Marlene Goldenberg of Goldenberg Law to appear on my behalf.

Please feel free to contact me with any questions or concerns.

    Respectfully,

    By:    */s/ Ashleigh E. Raso*
    Ashleigh E. Raso
    Meshbesher & Spence, Ltd.
    1616 Park Avenue
    Minneapolis, MN 55404
    Tel 612-339-9121
    Facsimile 612-339-9188
    araso@meshbesher.com
    *Attorney for Plaintiff*
    *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, Ashleigh Raso, an attorney, hereby certify that on March 26, 2019, I electronically filed the attached letter with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record through the Court's CM/ECF system.

*/s/ Ashleigh E. Raso*
Ashleigh E. Raso