UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: March 27, 2019

**JUDGE ROBERT B. KUGLER**
**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:**   CARL NAMI, JR.

**TITLE OF CASE:**        **DOCKET NO.:** 19-md-2875 (RBK)(JS)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
Conlee Whitely, Esq.
Layne Hilton, Esq.
Ruben Honik, Esq.
John Davis, Esq.
David Stanoch, Esq.
Andrew Obergfell, Esq.
Stacey Burrows, Esq.
Paul Geske, Esq.
Adam Slater, Esq.
Chris Geddis, Esq.
Gregory Hansel, Esq.
Peter St. Phillip, Esq.
John Sawin, Esq.
Behram Parekh, Esq.
Natalie DeJean, Esq.
Chris Coffin, Esq.
Yesenia Lara, Esq.
Andres Rivero, Esq.
Steven Babin, Esq.
Rosemarie Bogdan, Esq.
Joseph Marchese, Esq.
Harold McCall, Esq.
Jon Mann, Esq.
Paige Boldt, Esq.
George Williamson, Esq.
Nicholas Migliaccio, Esq.
Daniel Levin, Esq.
Marlene Goldenberg, Esq.
Alyson Oliver, Esq.
Jeff Gibson, Esq.
Sejal Brahmbhatt, Esq.
John Boundas, Esq.
Jessica Reynolds, Esq.

Stan Baudin, Esq.
Emily Jeffcott, Esq.
C. Brett Vaughn, Esq.
Matthew Marotta, Esq.
Lori Cohen, Esq.
Victoria Lockard, Esq.
Brian Rubenstein, Esq.
Jessica Heinz, Esq.
Larry B. Childs, Esq.
Bruce McMullen, Esq.
Howard Mankoff, Esq.
Andrew Reissaus, Esq.
Geoffrey Coen, Esq.
Seth Goldberg, Esq.
Jessia Priselac, Esq.
James Brown, Esq.
Megan Grossman, Esq.
Adrianna Yanez, Esq.
Hilary Johnson, Esq.
Janet Poletto, Esq.
Clem Trischler, Esq.
Jason Reefer, Esq.
Linda Alle-Murphy, Esq.
Charles J. Falletta, Esq.
Richard Smith, Esq.
David Sellinger, Esq.


**NATURE OF PROCEEDINGS**:    INITIAL DISCOVERY SCHEDULING CONFERENCE

**DISPOSITION:**
Discovery conference held on the record.
Ordered status conference set for April 24, 2019 at 1:30PM.
Order to be entered.

                                            s/Lawrence MacStravic
                                            Deputy Clerk


Time Commenced: 2:10p.m.     Time Adjourned:  3:20p.m.     Total Time in Court: 1:10