# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

## CAMDEN DIVISION

| | |
|---|---|
| *In Re Valsartan N-Nitrosodimethylamine (NDMA) Contamination Products Liability Litigation* | Hon. Robert B. Kugler |
| THIS DOCUMENT RELATES TO: *Rodich-Annese, et al. v. Solco, et al.*, 2:19-cv-00046 | Case No.: 1:19-md-02875-RBK-JS |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, the undersigned, hereby enter an appearance on behalf of Plaintiff Valerie Rodich-Annese in *Rodich-Annese, et al. v. Solco, et al.,* 2:19-cv-00046.

Dated: March 28, 2019                Respectfully submitted,

  /s/ Daniel C. Levin
Daniel C. Levin, Esquire (PA Bar No. 80013)
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
dlevin@LFSBlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically via the Court's ECF system, on March 28, 2019. Notice of electronic filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Daniel C. Levin*
Daniel C. Levin