# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION | Hon. Robert B. Kugler |
| This Document Relates to: *Baker v. Mylan Inc., et al.*, No. 1:19-cv-7159-RBK-JS | Civil No. 1:19-md-2875-RBK-JS |

## NOTICE OF APPEARANCE

TO:   CLERK, UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF NEW JERSEY

Kindly enter the appearance of Clem C. Trischler of Pietragallo Gordon Alfano Bosick & Raspanti, LLP, for Defendant Mylan Pharmaceuticals Inc. in the above-captioned matter.

Dated: March 26, 2019                Respectfully submitted,

                                                                *s/ Clem C. Trischler*
                                                                Clem C. Trischler
                                                                PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
                                                                One Oxford Centre, 38th Floor
                                                                Pittsburgh, PA 15219
                                                                412-263-1816 Telephone
                                                                412-263-2001 Facsimile
                                                                cct@pietragallo.com

                                                                *Attorney for Mylan Pharmaceuticals Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on March 26, 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court and forwarded electronically to all counsel of record via the CM/ECF system.

*s/ Clem C. Trischler*
Clem C. Trischler
