IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| IN RE Valsartan N-Nitrosodimethylamine (NDMA) Products Liability Litigation <br><br> This Document Relates to All Actions | MDL No. 2875 <br> Case No.: 1:19-md-02875-RBK-JS |
|---|---|

**NOTICE OF APPEARANCE OF JESSICA PRISELAC**

To the Clerk:

Please enter the appearance of Jessica Priselac on behalf of Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, on Huahai U.S., Inc. on this Court's MDL master docket. Counsel has complied with the ECF requirements for this Court and received a login ID and password.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to, defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: March 28, 2019

/s/ *Jessica Priselac*
Jessica Priselac (PA Bar ID No. 208524)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1159
Fax: (215) 979-5486
Email: jpriselac@duanemorris.com

*Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 28, 2019, I electronically filed the foregoing Notice of Appearance of Jessica Priselac with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                                  /s/ *Jessica Priselac*
                                                  Jessica Priselac