# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: Valsartan N-Nitrosodimethylamine (NDMA) Contamination Product Liability Litigation** | **CASE NO. 1:19-cv-2875-RBK-JS**<br>**MDL No. 2875** |
| **This document relates to:**<br>*Pollock v. Zhejiang Huahai*, et. al,<br>**Case No. 3:19-cv-6833** | **JUDGE ROBERT B. KUGLER** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the Steven C. Babin, Jr. hereby enters his appearance as counsel of record for the Plaintiff in the above mentioned action.

Respectfully submitted,

/s/ Steven C. Babin, Jr.
Steven C. Babin, Jr.   (Ohio Lic. # 0093584)
Babin Law, LLC
1320 Dublin Road, #100,
Columbus, Ohio  43215
Telephone:     614.384.7035
E-mail:          steven.babin@babinlaws.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that this document, through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 25th day of March, 2019.

/s/ Steven C. Babin, Jr.
Steven C. Babin, Jr.