# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLMANINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Case No. 1:19-md-02875 <br><br> Honorable Robert B. Kugler |
| ***THIS DOCUMENT RELATES TO***: | |
| MAINE AUTOMOBILE DEALERS ASSOCIATION, INC. INSURANCE TRUST, On Behalf of Itself and All Others Similarly Situated | Case No. 1:19-cv-02431 |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| A-S MEDICATION SOLUTIONS LLC; et al., | |
| Defendants | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Robbie F. Rogart of Crowell & Moring LLP, located at 1001 Pennsylvania Avenue, NW, Washington, DC, 20004 in this matter on behalf of Defendant The Harvard Drug Group, L.L.C. d/b/a Major Pharmaceuticals and requests to be added to the CM/ECF system list in this case at **rrogart@crowell.com**.

By entering this appearance, Defendant The Harvard Drug Group, L.L.C. d/b/a Major Pharmaceuticals specifically preserves all defenses, including but not limited to service and personal jurisdiction, in any individual case in which it is named that is currently pending in this MDL.

Dated: March 29, 2019						Respectfully submitted,

						<u>/s/ Robbie F. Rogart</u>
						Robbie F. Rogart
						Crowell & Moring LLP
						1001 Pennsylvania Avenue, NW
						Washington, DC, 20004
						(202) 624-2556 (tel.)
						(202) 628-5116 (fax)
						rrogart@crowell.com

						Counsel for Defendant The Harvard Drug
						Group, L.L.C. d/b/a Major Pharmaceuticals

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of March, 2019, I filed the foregoing Notice of Appearance electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as reflected on the Notice of Electronic Filing.

*/s/ Robbie F. Rogart*
Robbie F. Rogart
