Kenneth M. Klemm, Esq., (NJ Bar No. 033451990)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504)-566-5258
Facsimile:   (504) 636-3958
Email:        kklemm@bakerdonelson.com
*Attorney for Defendants The Kroger Co. and Quality Food Centers, Inc.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION**

| | |
|---|---|
| IN RE Valsartan N-Nitrosodimethylamine (NDMA) Products Liability Litigation<br><br>Defendants. | MDL No. 2875<br><br>Case No.: 1:19-md-02875-RBK-JS |

**REQUEST BY ATTORNEY TO
WITHDRAW FROM ELECTRONIC NOTIFICATION**

Request is hereby made by Kenneth M. Klemm, Esq., shareholder with the law firm of Baker Donelson Bearman Caldwell & Berkowitz, P.C., counsel for Defendants, The Kroger Co. and Quality Food Centers, Inc., in the above-captioned matter, to withdraw from electronic notification in the within case, and it is represented that:

1.     Defendants, The Kroger Co. and Quality Food Centers, Inc. have been represented continuously by local counsel Daniel C. Fleming and Linda Wong of Wong Fleming together with Baker Donelson Bearman Caldwell & Berkowitz, P.C. ("Baker Donelson") attorneys Bruce A. McMullen and Mary Wu Tullis, admitted *pro hac vice* in this proceeding.

Case 1:19-md-02875-RMB-SAK    Document 66    Filed 03/29/19    Page 2 of 2 PageID: 387

2. My withdrawal will have no impact on these proceedings as Wong Fleming and Baker Donelson continues to serve as counsel for Defendants, The Kroger Co. and Quality Food Center, Inc.

*/s/ Kenneth M. Klemm*
Kenneth M. Klemm
kklemm@bakerdonelson.com
