03125.01293
**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**
Howard B. Mankoff, Esq. - ☎973-618-4118
Attorney I.D. No. 021971981
✉ hbmankoff@mdwcg.com
Pauline F. Tutelo, Esq. - ☎973-618-4146
Attorney I.D. No. 025961996
✉ pftutelo@mdwcg.com
Michelle N. Michael, Esq. - ☎973-618-4179
Attorney I.D. No. 240262018
✉ mnmichael@mdwcg.com
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
🖷973-618-0685
ATTORNEYS FOR DEFENDANT Remedy Repack, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | CIVIL ACTION NO. 1:19-md-02875-RBK/JS<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE ABOVE-NAMED COURT:

PLEASE TAKE NOTICE that Pauline F. Tutelo, Esq., of Marshall Dennehey Warner

Coleman & Goggin, hereby enters her appearance in the above-captioned action as counsel for

defendant, Remedy Repack, Inc., for purposes of receiving notices/copies of all papers,

including, but not limited to, pleadings, motions, answering or reply papers and discovery.

I hereby certify that I am admitted to practice in this Court.

**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**
Counsel for Defendant Remedy Repack Inc.

*/s/ Pauline F. Tutelo*

BY:_____
    PAULINE F. TUTELO, ESQ.

Dated: March 29, 2019

LEGAL/121822487.v1