UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Hon. Robert B. Kugler<br><br>Civil No. 1:19-md-02875-RBK-JS |
| THIS DOCUMENT RELATES TO:<br><br>*HURENS v. AUROBINDO PHARMA U.S.A., INC., et al.*<br>Case No. 1:19-cv-09165 | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, the undersigned, hereby enter an appearance on behalf of Plaintiff, Walter Hurens (*HURENS v. AUROBINDO PHARMA U.S.A., INC., et al.,* Case No. 1:19-cv-09165). I have been admitted *pro hac vice* pursuant to the Court's MDL Case Management Order No. 1 (Docket No. 5).

                                                Respectfully Submitted,

                                                OLIVER LAW GROUP P.C.

Date: April 2, 2019                     By: /s/ Alyson Oliver
                                                  Alyson Oliver, Esq. (MI State Bar No. P55020)
                                                  1647 W. Big Beaver Rd.
                                                  Troy, MI 48084
                                                  T: (248) 327-6556
                                                  F: (248) 436-3385
                                                  E: notifications@oliverlawgroup.com

                                                  *COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 2, 2019, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

        Respectfully Submitted,

        OLIVER LAW GROUP P.C.

        By: /s/ Alyson Oliver
        Alyson Oliver, Esq. (MI State Bar No. P55020)
        1647 W. Big Beaver Rd.
        Troy, MI 48084
        T: (248) 327-6556
        F: (248) 436-3385
        E: notifications@oliverlawgroup.com