# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE Valsartan N-Nitrosodimethylamine (NDMA) Products Liability Litigation | MDL No. 2875<br>Case No.: 1:19-md-02875-RBK-JS |
| This Document Relates to All Actions | |

## NOTICE OF APPEARANCE OF ALAN KLEIN

To the Clerk:

Please enter the appearance of Alan Klein on behalf of Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, Huahai U.S., Inc., Walmart Stores, Inc., Walgreen Co., Rite Aid Corporation and Throggs Neck Pharmacy, on this Court's MDL master docket. Counsel has complied with the ECF requirements for this Court and received a login ID and password.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to, defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: April 3, 2019

/s/ *Alan Klein*
Alan Klein (PA Bar ID No. 09206)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1150
Fax: (215) 689-2741
Email: aklein@duanemorris.com

2

*Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, Huahai U.S., Inc., Walmart Stores, Inc., Walgreen Co., Rite Aid Corporation and Throggs Neck Pharmacy*

DM1\9495283.1

## CERTIFICATE OF SERVICE

      I hereby certify that on April 3, 2019, I electronically filed the foregoing Notice of Appearance of Alan Klein with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.


                                              /s/ *Alan Klein*
                                              Alan Klein