## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Hon. Robert B. Kugler<br><br>Civil No. 1:19-md-02875-RBK-JS |
| THIS DOCUMENT RELATES TO:<br><br>*PRISCILLA KLEINMAN v. Zhejiang Huahai Pharmaceutical Co., LTD, et al.;* 1:19-cv-07152 | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paige Boldt, of Watts Guerra LLP, hereby submits to this Court her Notice of Appearance on behalf of Plaintiff as lead counsel in the above-styled cause and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon to the undersigned at the contact information listed below and/or through the Court ECF filing system, as registered.

Dated: April 4, 2019
　　　　　　　　　　　　　　　　　　**RESPECTFULLY SUBMITTED,**

　　　　　　　　　　　　　　　　　　*/s/ Paige Boldt*＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Paige Boldt
　　　　　　　　　　　　　　　　　　NJ State Bar No. 52242013
　　　　　　　　　　　　　　　　　　**WATTS GUERRA LLP**
　　　　　　　　　　　　　　　　　　5726 Hausman Rd. W., Ste. 119
　　　　　　　　　　　　　　　　　　San Antonio, Texas 78249
　　　　　　　　　　　　　　　　　　Telephone: 210.448.0500
　　　　　　　　　　　　　　　　　　Fax: 210.448.0501
　　　　　　　　　　　　　　　　　　Email: pboldt@wattsguerra.com

　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The hereby certify that on April 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                     /s/ *Paige Boldt*
                                                   Paige Boldt