**MAZIE SLATER KATZ & FREEMAN, LLC**
COUNSELLORS AT LAW
103 Eisenhower Parkway
Roseland, NJ  07068
(973) 228-9898
Fax (973) 228-0303
www.mskf.net

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger°
Matthew R. Mendelsohn°

Karen G. Kelsen°
Cheryll A. Calderon
David M. Estes
Adam M. Epstein°
Michael Griffith
Matthew Tonzola
Christopher J. Geddis

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

°Member of N.J. & N.Y. Bars

April 5, 2019

**<u>VIA ECF</u>**
Honorable Robert B. Kugler
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey  08101

    Re:    IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) PRODUCTS LIABILITY LITIGATION
            Civil No. 19-2875 (RBK/JS)

Dear Judge Kugler:

    Attached is the proposed Direct Filing Order, which is agreed to by the Defendants and Plaintiffs' proposed leadership.  If acceptable, please enter the Order at your earliest opportunity.

    Thank you for your courtesies and consideration.

                  Respectfully,

                  ADAM M. SLATER

cc: All Counsel (via ECF)