# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN  **DATE:** April 10, 2019

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**  **DOCKET NO.  19-md-2875 (RBK)**
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**
Adam Slater, Ruben Honik, George Barton, Greg Hansel, Daniel Nigh and Peter St. Phillip, Esqs. for Plaintiffs
Seth Goldberg, Jessica Priselac, Lori Cohen, Clem Trischler, Richard Smith, Jason Reefer, Tori Lockard and Brian Rubenstein, Esqs. for Defendants

**NATURE OF PROCEEDINGS:**   Status Conference
Telephone Status Conference held on the record.
Order to be entered.

> *s/Sarah Eckert*
> **DEPUTY CLERK**

**TIME COMMENCED:** 4:05 p.m.
**TIME ADJOURNED:**  5:05 p.m.
**TOTAL TIME:**  1 hour