# EXHIBIT A

| Status of Service on Foreign Defendants | | |
|---|---|---|
| **Defendant** | **Country** | **Service** |
| Zhejiang Huahai Pharmaceutical Co., Ltd. | China | One consumer class action & one personal injury complaint served in NJ. |
| Teva Pharmaceutical Industries Ltd. | Israel | One third-party payor complaint served in Israel. |
| Torrent Pharmaceuticals, Ltd. | India | |
| Mylan N.V. | Netherlands | Waived service in one consumer class action before transfer to MDL; does not plan to insist on Hague service. |
| Mylan Laboratories, Ltd. | India | No service in any case. |
| Hetero Labs, Ltd. | India | Unknown; not represented by counsel. |
| Hetero Drugs, Ltd. | India | Unknown; not represented by counsel. |
| Aurobindo Pharma Ltd. | India | Unknown; not represented by counsel. |
| Arrow Pharm (Malta) Ltd. | Malta | No service in any case. |