# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                      **DATE:** April 24, 2019

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**                                      **DOCKET NO. 19-md-2875 (RBK-JS)**
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Daniel Nigh, Esq. | Jessica Prisleac, Esq. |
| Ruben Honik, Esq. | Lori Cohen, Esq. |
| Conlee Whitely, Esq. | Richard Smith, Esq. |
| John Davis, Esq. | Clem Trischler, Esq. |
| David Stanoch, Esq. | Jessica Heinz, Esq. |
| Andrew Obergfell, Esq. | Jenny Perkins, Esq. |
| Stacy Burrows, Esq. | Jason Reefer, Esq. |
| Gregory Hausel, Esq. | Andrew Reissaus, Esq. |
| Jennifer Risener, Esq. | Steven Harkins, Esq. |
| John Sawin, Esq. | David Sellinger, Esq. |
| Behram Parekh, Esq. | Janet Poletto, Esq. |
| John Mann, Esq. | Andrew Kaplar, Esq. |
| Paige Boldt, Esq. | Nicole D. Galli, Esq. |
| Mikal Watts, Esq. | |
| Marlene Goldenberg, Esq. | |
| Alyson Oliver, Esq. | |
| C. Brett Vaughn, Esq. | |
| Christopher Coffin, Esq. | |
| Yesenia Lara, Esq. | |
| Nicholas Migliaccio, Esq. | |

**NATURE OF PROCEEDINGS:**   Status Conference
In-Person Status Conference held on the record.
Order to be entered.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

*s/Sarah Eckert*
**DEPUTY CLERK**

**TIME COMMENCED:** 10:15 a.m.
**TIME ADJOURNED:** 12:05 p.m.
**TO TAL TIME:** 1 hour 50 minutes