UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: April 24, 2019

**JUDGE ROBERT B. KUGLER**
**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:**    CARL NAMI, JR.

**TITLE OF CASE:**                                    **DOCKET NO.:** 19-md-2875 (RBK)(JS)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
Conlee Whitely, Esq.
Ruben Honik, Esq.
John Davis, Esq.
David Stanoch, Esq.
Andrew Obergfell, Esq.
Stacey Burrows, Esq.
Adam Slater, Esq.
Gregory Hansel, Esq.
John Sawin, Esq.
Behram Parekh, Esq.
Chris Coffin, Esq.
Yesenia Lara, Esq.
Andres Rivero, Esq.
Jon Mann, Esq.
Paige Boldt, Esq.
Nicholas Migliaccio, Esq.
Marlene Goldenberg, Esq.
Alyson Oliver, Esq.
Jeff Gibson, Esq.
Sejal Brahmbhatt, Esq.
C. Brett Vaughn, Esq.
Mark Zamora, Esq.
Charles Whorton, Esq.
Jennifer Risener, Esq.
Daniel Nigh, Esq.
Stefanie Colella-Walsh, Esq.
Mikal Watts, Esq.
Lori Cohen, Esq.
Jessica Heinz, Esq.
Larry B. Childs, Esq.
Andrew Reissaus, Esq.
Geoffrey Coen, Esq.
Seth Goldberg, Esq.

Jessica Priselac, Esq.
Adrianna Yanez, Esq.
Janet Poletto, Esq.
Clem Trischler, Esq.
David Sellinger, Esq.
Andrew Kaplan, Esq.
Richard Smitz, Esq.
Berl Rose, Esq.
Nicole DiGalli, Esq.


**NATURE OF PROCEEDINGS**:    STATUS CONFERENCE

**DISPOSITION:**
Status conference held on the record.
Ordered status conference set for May 29, 2019 at 2:00PM.
Order to be entered.




                                        s/Lawrence MacStravic
                                        Deputy Clerk


Time Commenced:   1:35p.m.      Time Adjourned: 2:15p.m.      Total Time in Court: 0:40