THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

IN RE: VALSARTAN NDMA  
PRODUCTS LIABILITY LITIGATION

Master Docket No. 19-md-2875(RBK-JS)

This Document Applies to All Actions

ORDER

## CASE MANAGEMENT ORDER NO. 5

**THIS MATTER HAVING** come before the Court during the Status Conference on April 24, 2019, (See Agenda for April 24, 2019, Case Management Conference, Paragraph 2), and the court having reviewed the Agenda and having heard the argument of counsel in court on that date,

**IT IS ON THIS** ___1st___ day of May, 2019, **ORDERED** that interested parties shall submit by the close of business on May 2, 2019, briefs not exceeding five (5) pages describing:

1. Whether Mylan Laboratories Limited has been successfully served with process; and

2. Whether the plaintiffs must serve each of the three Master Complaints upon non U.S. defendants pursuant to the Hague Convention.

s/Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge