

1835 Market Street
Suite 2900
Philadelphia, PA  19103
Phone:  215-985-9177
Fax:  215-985-4169
www.golombhonik.com

**Ruben Honik**
rhonik@golombhonik.com

May 1, 2019

VIA ECF ONLY

Hon. Robert B. Kugler                          Hon. Joel Schneider
United States District Court                   United States District Court
  for the District of New Jersey                 for the District of New Jersey
U.S. Courthouse                                U.S. Courthouse
4th & Cooper Streets                           4th & Cooper Streets
Camden, NJ 08101                               Camden, NJ 08101

Re:   *In re Valsartan Products Liability Litigation*, No. 1:19-md-02875-RBK-JS (D.N.J.)

Dear Judge Kugler and Magistrate Judge Schneider:

I write to inform your Honors that Plaintiffs and the Mylan defendants have reached agreement on the issue of service on Mylan Laboratories, Ltd. in India.

The parties agree that Plaintiffs will formally serve Mylan Laboratories, Ltd. through the Hague Convention with one complaint of any kind, or one of each type of complaint if the Court so decides.  The parties will be submitting briefing today on this other issue.  *See* 4/24/19 Hr'g Tr. at 26-27.  The Mylan defendants, including Mylan Laboratories, Ltd. in India, will participate in core discovery as directed by the Court without waiting for Hague service to be completed, and without waiver of any objections or defenses including but not limited to jurisdiction.

Accordingly, the parties will not be submitting any briefing today on the issue of service on the Mylan defendants.  *See* 4/24/19 Hr'g Tr. at 27.

Respectfully,

Ruben Honik
***GOLOMB & HONIK***

cc:   All Counsel (via ECF)