UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |

CASE MANAGEMENT ORDER NO. _____ APPROVING
PLAINTIFFS' AND DEFENDANTS' LEADERSHIP STRUCTURE

**THIS MATTER** having come before the Court at a Case Management Conference on April 24, 2019, and the Court having considered the submissions of the parties, and having heard no objections, and for good cause shown;

**IT IS** on this _____ day of _____, 2019;

**ORDERED** that Plaintiffs' Leadership Structure is approved as follows:

Plaintiffs' Co-Lead Counsel:

Ruben Honik, Golomb & Honik, P.C.
Daniel Nigh, Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor, P.A.
Adam Slater, Mazie Slater Katz & Freeman, LLC
Conlee Whiteley, Kanner & Whiteley, LLC

Plaintiffs' Liaison Counsel:
Adam Slater, Mazie Slater Katz & Freeman, LLC (to Court, State Courts, and to defense side)
David J. Stanoch, Golomb & Honik, P.C. (to plaintiff side)

Plaintiffs' Executive Committee:

Ruben Honik, Golomb & Honik, P.C.
Daniel Nigh, Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor, P.A.

1

Adam Slater, Mazie Slater Katz & Freeman, LLC
Conlee Whiteley, Kanner & Whiteley, LLC
John Davis, Slack Davis Sanger, LLP.
Marlene Goldenberg, Goldenberg Law
Behram Parekh, Kirtland & Packard, LLP
Andres Rivero, Rivero Mestre LLP
Mikal Watts, Watts, Guerra LLP
George Williamson, Farr Law Firm
Brett Vaughn, Hollis Law Firm

Plaintiffs' Economic Reimbursement PSC:

Joseph Marchese, Bursor & Fisher, P.A.
Scott Morgan, Morgan Law Firm
John Sawin, Sawin Law Firm, Ltd.
Paul Geske, McGuire Law, P.C.
Stacy A. Burrows, George A. Barton, P.C.
Stefanie Colella-Walsh, Stark & Stark, P.C.
Rachel Geman, Lieff, Cabraser, Heinman & Berstein, LLP
Nicholas A. Migliaccio, Migliaccio & Rathod LLP
Gregory P. Hansel, Preti Flaherty
Peter S. St. Philip, Lowey Dannenberg

Plaintiffs' Personal Injury PSC:

Jeff Gibson, Wagner Reese, LLP
Rosemarie Bogdan, Martin, Harding & Mazzotti, LLP
Steve Babin, Babin Law, LLC
Ashleigh Raso, Meshbesher & Spence
Samuel Anyan, Jr., The Cochran Firm
Annesley DeGaris, DeGaris and Rogers, LLC
Emily Jeffcott, Morgan & Morgan
Harold McCall, Wayne Wright LLP
John Boundas, Williams Kherkher
Jessica Perez, Pendley, Baudin & Coffin
Alyson Oliver, Oliver Law Group
Jon Mann, Pittman, Dutton & Hellums
David Hobbs, Fleming Nolen Jez, L.L.P.
Samuel Fisher, Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC
Roger Orlando, Orlando Law Firm
J. Scott Nabers, Nabers Law Firm

Plaintiffs' PSC Committees:

Plaintiffs may establish PEC/PSC Committees to focus on particular areas of the litigation, including for example the TPP Committee comprised of co-chairs Andres

2

Rivero, (Rivero Mestre), Gregory Hansel (Preti Flaherty), and Peter St. Phillip (Lowey Dannenberg), and a Discovery Committee, Science Committee, Law and Briefing Committee, Time and Expense Committee, and potentially others.

**ORDERED** that Defendants' Leadership Structure is approved as follows:

<u>Defendants' Executive Committee:</u>
Seth A. Goldberg, Duane Morris LLP
Lori G. Cohen, Greenberg Traurig LLP
Clem C. Trischler, Pietragallo Gordon Alfano Bosick & Raspanti, LLP
Richard W. Smith, Wiley Rein LLP

<u>Defendants' Liaison Counsel:</u>
Seth A. Goldberg, Duane Morris LLP
Jessica Priselac, Duane Morris LLP

**ORDERED** that Defendants may establish additional committees or leadership structures to focus on particular areas of the litigation as may be appropriate.

**SO ORDERED** this ____ day of _____, 2019.

_____
**HONORABLE ROBERT B. KUGLER**
**UNITED STATES DISTRICT JUDGE**

3