UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

**ORDER**

The Court having held a conference with the parties on April 24, 2019; and this Order intending to confirm the Court's directions; and this Order supplementing the Court's April 29, 2019 Order [Doc. No. 88]; and accordingly,

**IT IS HEREBY ORDERED** this 6th day of May, 2019, as follows:

1. By May 29, 2019, the API Manufacturer and Supplier defendants and the Finished Product/Dose Manufacturing defendants, shall serve plaintiffs with the insurance information required to be produced pursuant to Fed.R.Civ.P. 26(a)(1)(A)(iv).

2. Promptly after receipt of same, plaintiffs shall serve defendants with a copy of the responses they receive to their FOIA requests.

3. The next in-person conference will be held on May 29, 2019 at 10:00 a.m. before Magistrate Judge Joel Schneider in Courtroom 3C and at 1:30 p.m. before Judge Robert B. Kugler in Courtroom 4D.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge