## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                               **DATE:** May 8, 2019

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**                                               **DOCKET NO.** 19-md-2875 (RBK)
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Ruben Honik, Esq. | Seth Goldberg, Esq. |
| Adam Slater, Esq. | Clem Trischler, Esq. |
| Daniel Nigh, Esq. | Jessica Priseleac, Esq. |
| Conlee Whitely, Esq. | Richard Smith, Esq. |
| Behram Parekh, Esq. | Brian Rubenstein, Esq. |
| Marlene Goldenberg, Esq. | Lori Cohen, Esq. |
| Mikal Watts, Esq. | |
| David Stanoch, Esq. | |

**NATURE OF PROCEEDINGS:**   Status Conference
Telephone Status Conference held on the record.
Order to be entered.

                                                    *s/Sarah Eckert*
                                                    **DEPUTY CLERK**

**TIME COMMENCED:** 3:30 p.m.
**TIME ADJOURNED:** 4:20 p.m.
**TOTAL TIME:** 50 minutes