```
            UNITED STATES DISTRICT COURT
               DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

**ORDER**

The Court having held a telephone status conference with the parties on May 8, 2019; and this Order intending to confirm the directions from the Court; and accordingly,

**IT IS HEREBY ORDERED** this 9th day of May, 2019, as follows:

1. Plaintiffs' Master Complaints shall be filed by June 17, 2019.

2. In order to meaningfully address the coordination of the State and Federal related cases, Roger W. Orlando, Esquire, plaintiffs' counsel in the pending New Jersey State Court cases, shall appear in person at the scheduled conferences on May 29, 2019.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge