# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION**<br><br>*This Document Relates to:*<br>*Stimma v. Torrent Pharma, Inc. et al.*, Case No. 1:18-cv-14318;<br>*Roberts v. Torrent Pharma, Inc., et al.*, Case No. 1:18-cv-16075;<br>*Sanders v. Torrent Pharma, Inc., et al.*, Case No. 1:19-cv-01017 | Hon. Robert B. Kugler<br><br>Civil Action No. 1:19-md-02875 |

## APPEARANCE OF COUNSEL

To the Clerk of Court:

Please enter the appearance of Enbar Toledano on behalf of Defendant Torrent Pharma, Inc. ("Torrent") on this Court's MDL master docket. The above-referenced counsel has complied with the ECF requirements for this Court and has received a personal ID and password.

By entering an appearance, Torrent does not waive any defenses, and specifically preserves all defenses related to service and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: May 14, 2019				Respectfully submitted,


						/s/ Enbar Toledano
						Enbar Toledano
						WILEY REIN LLP
						1776 K Street NW
						Washington, DC 20006
						Tel: 202.719.7000
						Fax: 202.719.7049
						etoledano@wileyrein.com
						*Attorney for Torrent Pharma, Inc.*

2