# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION : : : : : : | CIVIL NO.: 1:19-md-02875-RBK-JS |
| ------------------------------------------------------- | |
| THIS DOCUMENT RELATES TO : : FRANCES BRYANT, : : Plaintiff, : : vs. : : ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD. HUAHAI U.S., INC., PRINSTON PHARMACEUTICAL, INC. dba SOLCO HEALTHCARE US, LLC, SOLCO HEALTHCARE US, LLC, AUROBINDO PHARMA, LTD., AUROLIFE PHARMA, LLC, & AUROBINDO PHARMA USA, INC., : : : : : : : : : : Defendants : | |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendants Aurolife Pharma, LLC and Aurobindo Pharma USA, Inc., in connection with the above-referenced matter.

Respectfully submitted,

**CIPRIANI & WERNER, P.C.**

By: /s/ Jessica M. Heinz
       Jessica M. Heinz, Esquire
       450 Sentry Parkway East, Suite 200
       Blue Bell, PA 19422

Telephone: (610) 567-0700
Facsimile: (610) 567-0712
E-Mail: jheinz@c-wlaw.com
*Attorney for Defendants*
Aurolife Pharma, LLC
Aurobindo Pharma USA, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of May, 2019, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

/s/ Jessica M. Heinz
Jessica M. Heinz, Esq.