## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | : : : : : : | CIVIL NO.: 1:19-md-02875-RBK-JS |
| ------------------------------------------------------ | | |
| THIS DOCUMENT RELATES TO | : : | |
| FRANCES BRYANT, | : : | |
| Plaintiff, | : : | |
| vs. | : : | |
| ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD. HUAHAI U.S., INC., PRINSTON PHARMACEUTICAL, INC. dba SOLCO HEALTHCARE US, LLC, SOLCO HEALTHCARE US, LLC, AUROBINDO PHARMA, LTD., AUROLIFE PHARMA, LLC, & AUROBINDO PHARMA USA, INC., | : : : : : : : : : : | |
| Defendants | : | |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendants Aurolife Pharma, LLC and Aurobindo Pharma USA, Inc., in connection with the above-referenced matter.

Respectfully submitted,

**CIPRIANI & WERNER, P.C.**

By: /s/ Ernest F. Koschineg
    Ernest F. Koschineg, Esquire
    450 Sentry Parkway East, Suite 200
    Blue Bell, PA 19422

Telephone: (610) 567-0700
Facsimile: (610) 567-0712
E-Mail: ekoschineg@c-wlaw.com
*Attorney for Defendants*
Aurolife Pharma, LLC
Aurobindo Pharma USA, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of May, 2019, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

/s/ Ernest F. Koschineg<br>
Ernest F. Koschineg, Esq.