**Exhibit A – Contact Information for Judges Presiding over Related Actions**

| Action | Judge | Contact Information |
| --- | --- | --- |
| *Runo v. Prinston Pharmaceutical Inc.*, No. MID-L-000856-19 (N.J. Super.) | Honorable Michael V. Cresitello, Jr. | Middlesex County Courthouse<br>56 Paterson Street, PO Box 964, 3rd Floor<br>New Brunswick, NJ 08903-0964<br>(732) 645-4300 ext. 88310 |
| *Orlowsky v. Solco Healthcare U.S., LLC*, No. MID-L-0002554-19 (N.J. Super.) | Honorable J.R. Corman | Middlesex County Courthouse<br>56 Paterson Street, PO Box 964, 2nd Floor<br>New Brunswick, NJ 08903-0964<br>(732) 645-4300 ext. 88260 |
| *Shanov v. Walgreens Co.*, No. 2018-CH-15872 (Cook Co. Cir. Ct., Illinois) | Honorable Eve Reilly | Courtroom 2405 – Daley Center<br>50 W. Washington Street<br>Chicago, IL 60602<br>(312) 603-3343 |
| *Collins v. Prinston Pharmaceutical Inc.*, No. 3:19-cv-00415 (S.D. Cal.) | Honorable Larry Alan Burns | James M. Carter and Judith N. Keep U.S. Courthouse<br>333 West Broadway, Suite 1410<br>San Diego, CA 92101<br>(619) 557-5874 |
| *Collins v. Aurobindo Pharma USA, Inc.*, No. 3:19-cv-0688 (S.D. Cal.) | Honorable Michael M. Anello | Edward J. Schwartz<br>United States Courthouse, Suite 3195<br>221 West Broadway<br>San Diego, CA 92101<br>(619) 557-5960 |