

Lori G. Cohen
Tel 678.553.2385
Fax 678.553.2386
cohenl@gtlaw.com

May 28, 2019

**VIA CM/ECF AND ELECTRONIC MAIL**

The Honorable Joel Schneider
United States Magistrate Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101
856-757-5446
856-757-5355 (fax)

      Re:    *In re Valsartan Products Liability Litigation,* U.S. District Court for the District of New Jersey; Case No. 1:19-md-02875-RBK-JS

Dear Judge Schneider:

    Enclosed is the current redlined draft of the proposed Confidentiality and Protective Order prepared by the parties. Following several meet and confers, the parties have made significant progress and only a few disputed areas remain for the Court's resolution. Plaintiffs' proposed edits that Defendants have rejected are indicated on the draft in blue line. The parties have flagged paragraphs 21 and 31 with comments for further discussion, as well.

    Major areas of disagreement are addressed in the joint agenda submitted on May 24, 2019. (Doc. 107). The parties are prepared to address each of these items further, and look forward to discussing these issues with the Court during the May 29, 2019, in-person Case Management Conference.

    Respectfully,

    */s Lori G. Cohen*
    Lori G. Cohen, Esq.
    *Attorney for Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

Enclosures

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
Terminus 200 Building, 3333 Piedmont Road NE, 25th Floor ■ Atlanta, Georgia 30305 ■ Tel 678.553.2100 ■ Fax 78.553.2212

The Honorable Joel Schneider
May 28, 2019
Page 2

cc:    Victoria Lockard, Esq. (*via email*)
       Brian Rubenstein, Esq. (*via email*)
       Adam Slater, Esq. (*via email, for distribution to Plaintiffs' Counsel*)
       Daniel A. Nigh (*via email*)
       Seth A. Goldberg, Esq. (*via email, for distribution to Defendants' Counsel*)
       Richard Smith, Esq. (*via email*)
       Clem C. Trischler, Esq. (*via email*)