# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION | : : : : : : | HON. ROBERT B. KUGLER |
| THIS DOCUMENT RELATES TO: Gerald Nelson v. Teva Pharmaceutical Industries, Ltd, et al. | : : : | Civil No. 19-2875 (RBK/JS) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.

Date:  May 29, 2019

**GREENBERG TRAURIG, LLP**

*/s/ Steven M. Harkins*
Steven M. Harkins
Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2312
Fax: (678) 553-2441
harkinss@gtlaw.com

*Attorney for Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2019, I served the foregoing Appearance of Counsel on all counsel of record via filing in the CM/ECF system.

                                                                        */s/ Steven M. Harkins*