# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                                           **DATE:** May 29, 2019

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Carl Nami

**TITLE OF CASE:**                                              **DOCKET NO.  19-md-2875 (RBK-JS)**
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Chris Geddis, Esq. | Jessica Prisleac, Esq. |
| Ruben Honik, Esq. | Lori Cohen, Esq. |
| Conlee Whitely, Esq. | Brian Robenstein |
| John Davis, Esq. | Richard Smith, Esq. |
| Layne Hilton | Emsar Toledano, Esq. |
| David Stanoch, Esq. | Clem Trischler, Esq. |
| Andrew Obergfell, Esq. | Jessica Heinz, Esq. |
| Jennifer Risener, Esq. | Jason Reefer, Esq. |
| Sigmund Schutz, Esq. | Andrew Reissaus, Esq. |
| John Sawin, Esq. | Steven Harkins, Esq. |
| Scott Morgan, Esq. | Nicole D. Galli, Esq. |
| Behram Parekh, Esq. | Megan Grossman, Esq. |
| John Mann, Esq. | Adrianna Yanez, Esq. |
| Paige Boldt, Esq. | Geoffrey Coan, Esq. |
| Mikal Watts, Esq. | Robbie Rogart, Esq. |
| Marlene Goldenberg, Esq. | Robert Blanton, Esq. |
| Ashley Raso, Esq. | Beth Rose, Esq. |
| Alyson Oliver, Esq. | Michelle Michael, Esq. |
| C. Brett Vaughn, Esq. | |
| Nicholas Migliaccio, Esq. | |
| Jorge A. Mestre, Esq. | |
| Steven Babin, Esq. | |
| George Williamson, Esq. | |
| Jessica Perez Reynolds, Esq. | |
| Harold McCall, Esq. | |
| A DeGaris, Esq. | |
| Emily Jeffrey, Esq. | |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**NATURE OF PROCEEDINGS:**    Status Conference

In-Person Status Conference held on the record.
Order to be entered.

*s/Sarah Eckert*
**DEPUTY CLERK**

**TIME COMMENCED:** 10:15 a.m.
**TIME ADJOURNED:**   12:50 p.m.
**TO TAL TIME:** __2 hours 35 minutes