UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**  **DATE OF PROCEEDINGS:** 06/12/2019

**JUDGE:** JOEL SCHNEIDER

**COURT REPORTER:** Electronic Court Recorder

**DOCKET #** CIVIL 19-md-2875 (RBK)

**TITLE OF CASE:**
IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Daniel Nigh, Esq. | Lori Cohen, Esq. |
| Ruben Honik, Esq. | |

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE
Telephone Status Conference held on the record.

Time commenced: 3:04 PM          Time Adjourned: 3:44 PM

Total time: 40 minutes

s/ *David Bruey*
**DEPUTY CLERK**