UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

**ORDER**

The Court having held a conference call with the parties on June 12, 2019; and this Order intending to confirm the Court's rulings; and for all the reasons stated by the Court on the record,

**IT IS HEREBY ORDERED** this 14th day of June, 2019, as follows:

1. By July 15, 2019, and to the extent not already done, all API Manufacturer and Supplier defendants, and the finished Product/Dose Manufacturing defendants (hereinafter "covered defendants"), shall supplement in writing their insurance disclosures to identify all applicable primary and excess/umbrella insurance policies responsive to Fed. R. Civ. P. 26 (a)(1)(A)(iv). The identification shall include all named and additional insureds, dates of policy, and policy limits. Defendants shall produce the Declaration page of each policy and, if requested, a copy of the complete policy.

2. The covered defendants shall also produce all Reservation of Rights and declination letters regarding their coverage demands.

3. The coverage defendants have a continuing obligation to supplement their insurance disclosure without the necessity of a formal request to produce.

4. By no later than June 25, 2019, plaintiffs shall provide defendants with a list of all covered defendants they assert are required to produce an insurance disclosure pursuant to the Court's May 6, 2019 Order [Doc. No. 98], with an identification of all alleged inadequacies in the disclosures to date.

5. By June 26, 2019, the Court expects the parties to finalize the Discovery Confidentiality Order to be entered, the Short Form Complaint, the Streamlined Service Protocol, and the Stipulation for Dismissal of Peripheral and Minor Defendants.

6. All disputes regarding plaintiff's proposed Fact Sheets shall be raised in a timely fashion so they can be addressed at the June 26, 2019 conference.

7. Plaintiffs shall serve defendants with defendants' proposed "Fact Sheets" no later than June 28, 2019.

8. All disputes regarding defendants' production of "Core Discovery" shall be raised by plaintiffs in a comprehensive summary after July 19, 2019.

                                         s/Joel Schneider
                                         JOEL SCHNEIDER
                                         United States Magistrate Judge