# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                    **DATE:** June 20, 2019

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**                                    **DOCKET NO. 19-md-2875 (RBK-JS)**
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**
Adam M. Slater, Esq. for Plaintiff
Victoria Davis Lockard, Clem C. Trischler & Enbar Toledano, Esqs. for Defendant

**NATURE OF PROCEEDINGS:**   Telephone Status Conference
Telephone Status Conference held on the record.

*s/Taryn Franchetti*
**DEPUTY CLERK**

**TIME COMMENCED:** 1:04 p.m.
**TIME ADJOURNED:**  1:23 p.m.
**TOTAL TIME:**  19 minutes