UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |

## AGENDA FOR JUNE 26, 2019 CASE MANAGEMENT CONFERENCE

The parties hereby submit this joint agenda in advance of the June 26, 2019 Case Management Conference.

1. Discovery Confidentiality Order
2. Status of Short Form Complaint
3. Status of Plaintiff Fact Sheets
4. Status of Stipulated Dismissal Process
5. Coordination of Non-MDL Matters
6. Inclusion of Losartan/Irbesartan in MDL
7. Master Complaints/Process for Motions to Dismiss

Dated: June 21, 2019

| | |
|---|---|
| /s/*Adam M. Slater* | /s/ *Seth A. Goldberg* |
| Adam M. Slater, Esquire | Seth A. Goldberg |
| Mazie Slater Katz & Freeman, LLC | Duane Morris LLP |
| 103 Eisenhower Parkway | 30 S. 17th Street |
| Roseland, NJ 07068 | Philadelphia, PA 19103 |
| Tel: 973-228-9898 | Tel: 215-979-1175 |
| Fax: 973-228-0303 | Fax: 215-689-2198 |
| Email: aslater@mazieslater.com | Email: sagoldberg@duanemorris.com |