# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION** | Case No.: 1:19-md-02875-RBK-JS<br><br>Hon. Robert B. Kugler<br>Hon. Joel Schneider |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, the undersigned, hereby enter an appearance on behalf of Plaintiff Valerie Rodich-Annese in the above captioned case.

Dated: June 24, 2019

Respectfully submitted,

*/s/ Rachel J. Geman*

Rachel J. Geman (RG 0998)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson St, 8th Floor
New York, NY 10013
Telephone:  212.355.9500
Facsimile:  212.355.9592
rgeman@lchb.com

1738395.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th of June, 2019, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record who has consented to electronic notification.

*/s/ Rachel Geman*
Rachel Geman

1738395.1