

Lori G. Cohen
Tel 678.553.2385
Fax 678.553.2386
cohenl@gtlaw.com

June 25, 2019

**VIA ELECTRONIC MAIL AND CM/ECF**

The Honorable Robert B. Kugler
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    Re:   *In re Valsartan Products Liability Litigation,* U.S. District Court for the District of New Jersey; Case No. 1:19-md-02875-RBK-JS

Dear Judge Kugler:

    Enclosed for the Court's review and execution is the parties' finalized proposed Discovery Confidentiality Order.

    Thank you for the Court's time and careful consideration of this matter.

                            Respectfully,

                            /s/ Lori G. Cohen
                          Lori G. Cohen, Esq.
                          *Attorney for Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

Enclosures

cc:    The Honorable Joel Schneider, United States Magistrate Judge (*via email*)
       Adam Slater, Esq. (*via email, for distribution to Plaintiffs' Counsel*)
       Daniel A. Nigh (*via email*)
       Jessica Priselac (*via email, for distribution to Defendants' Counsel*)
       Seth A. Goldberg, Esq. (*via email*)
       Richard Smith, Esq. (*via email*)
       Clem C. Trischler, Esq. (*via email*)