# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re VALSARTAN<br>N-NITROSODIMETHYLAMINE (NDMA)<br>PRODUCTS LIABILITY LITIGATION | )<br>)<br>)  Civ. No. 19-2875 (RBK/JS)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

NOW COMES the undersigned, a member of the firm of Preti, Flaherty, Beliveau & Pachios, LLP and hereby enters his appearance on behalf of plaintiff Maine Automobile Dealers Association, Inc. Insurance Trust in the above-captioned matter.

Respectfully submitted,

June 25, 2019

*/s/ John J. Cronan*
John J. Cronan
Preti Flaherty Beliveau & Pachios LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000
jcronan@preti.com

Counsel for Maine Automobile Dealers Association, Inc. Insurance Trust

1

14423557.1

## CERTIFICATE OF SERVICE

     I, John J. Cronan, hereby certify that I caused the above Notice of Appearance to be mailed to the Clerk of the Court of the United States District Court for the District of New Jersey in Camden for electronic filing on this 25th day of June, 2019. Once filed by the Clerk of the Court, notice will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                             */s/ John J. Cronan*
                             John J. Cronan

14423557.1