# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** June 26, 2019

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Karen Friedlander

**TITLE OF CASE:**
IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**DOCKET NO. 19-md-2875 (RBK-JS)**

**APPEARANCES:**

FOR PLAINTIFFS:
Daniel A. Nigh, Esq.
Ruben Honik, Esq.
Conlee Whitely, Esq.
Layne Hilton, Esq.
David Stanoch, Esq.
Chris Geddis, Esq.
Behram Parekh, Esq.
George T. Williamson, Esq.
Marlene Goldenberg, Esq.

FOR DEFENDANTS:
Seth Goldberg, Esq.
Lori Cohen, Esq.
Richard Smith, Esq.
Clem Trischler, Esq.
Jessica Heinz, Esq.
Adrianna Yanez, Esq.
Geoffrey Coan, Esq.
Janet Poletto, Esq.
Jessica Prisleac, Esq.
Beth Rose, Esq.
Michelle Michael, Esq.
Andrew Reissaus, Esq.
Matthew F. Bruno, Esq.

**NATURE OF PROCEEDINGS:** Status Conference
In-Person Status Conference held on the record.
Order to be entered.

*s/Taryn Franchetti*
**DEPUTY CLERK**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**TIME COMMENCED:** 10:04 a.m.
**TIME ADJOURNED:** 11:11 a.m.
**TOTAL TIME:** 1 hour and 7 minutes