UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In Re: Valsartan N-Nitrosodimethylamine (NDMA) Products Liability Litigation

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:19-md-02875 RBK-JS

Notice is hereby given that, subject to approval by the court, <u>Kroger Co. & Quality Food Centers</u> substitutes <u>Walter H. Swayze, III</u>, State Bar No. <u>026221990</u> as counsel of record in place of <u>Bruce Anthony McMullen, Daniel C. Fleming, Linda Wong, Mary Wu Tullis.</u>

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Lewis, Brisbois, Bisgaard & Smith, LLP |
| Address: | 550 E. Swedesford Road, Suite 270, Wayne, PA 19087 |
| Telephone: | 215-977-4086   Facsimile:   215-977-4101 |
| E-Mail (Optional): | Pete.Swayze@lewisbrisbois.com |

I consent to the above substitution.

Date: June 25, 2019

_(Signature of Party(s))_
Bruce Anthony McMullen

I consent to being substituted.

Date: July 3, 2019

s/ Bruce Anthony McMullen
(Signature of Former Attorney(s))

Daniel C. Fleming

Date: July 3, 2019

s/ Daniel C. Fleming
(Signature of Former Attorney(s))

Linda Wong

Date: July 3, 2019      s/ Linda Wong
                        (Signature of Former Attorney(s))

Mary Wu Tullis

Date: July 3, 2019      s/ Mary Wu Tullis
                        (Signature of Former Attorney(s))

I consent to the above substitution.

Date: July 3, 2019      s/ Walter H. Swayze, III
                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so **ORDERED**.

Date: _____      _____
                                Judge

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In Re: Valsartan N-Nitrosodimethylamine (NDMA)   **CONSENT ORDER GRANTING**
Products Liability Litigation                    **SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:19-md-02875 RBK-JS

Notice is hereby given that, subject to approval by the court, <u>Kroger Co. & Quality Food Centers</u> substitutes <u>Megan E. Grossman</u>, State Bar No. <u>034532003</u> as counsel of record in place of <u>Bruce Anthony McMullen, Daniel C. Fleming, Linda Wong, Mary Wu Tullis.</u>

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Lewis, Brisbois, Bisgaard & Smith, LLP |
| Address: | 550 E. Swedesford Road, Suite 270, Wayne, PA 19087 |
| Telephone: | 215-977-4087    Facsimile:  215-977-4101 |
| E-Mail (Optional): | Megan.Grossman@lewisbrisbois.com |

I consent to the above substitution.

Date: June 25, 2019

_____
(Signature of Party(s))

I consent to being substituted.

Date: July 3, 2019

Bruce Anthony McMullen
s/ Bruce Anthony McMullen
(Signature of Former Attorney(s))

Daniel C. Fleming

Date: July 3, 2019

s/ Daniel C. Fleming
(Signature of Former Attorney(s))

Linda Wong

Date: July 3, 2019

s/ Linda Wong
(Signature of Former Attorney(s))

Mary Wu Tullis

Date: July 3, 2019

s/ Mary Wu Tullis
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: July 3, 2019

s/ Megan E. Grossman
(Signature of New Attorney)

The substitution of attorney is hereby approved and so **ORDERED**.

Date: _____

_____
Judge

4819-6937-1799.1

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In Re: Valsartan N-Nitrosodimethylamine (NDMA) Products Liability Litigation

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: <u>1:19-md-02875 RBK-JS</u>

Notice is hereby given that, subject to approval by the court, <u>Kroger Co. & Quality Food Centers</u> substitutes <u>Adrianna Yanez</u>, State Bar No. <u>027982010</u> as counsel of record in place of <u>Bruce Anthony McMullen, Daniel C. Fleming, Linda Wong, Mary Wu Tullis.</u>

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Lewis, Brisbois, Bisgaard & Smith, LLP |
| Address: | 550 E. Swedesford Road, Suite 270, Wayne, PA 19087 |
| Telephone: | 215-977-4093    Facsimile: 215-977-4101 |
| E-Mail (Optional): | Adrianna.Yanez@lewisbrisbois.com |

I consent to the above substitution.

Date: *June 25, 2019*

_____
(Signature of Party(s))

I consent to being substituted.

Date: July 3, 2019

Bruce Anthony McMullen
_____
s/ Bruce Anthony McMullen
(Signature of Former Attorney(s))

Daniel C. Fleming

Date: July 3, 2019

s/ Daniel C. Fleming
(Signature of Former Attorney(s))

4838-6447-6311.1

1

Linda Wong

Date: July 3, 2019

s/ Linda Wong
(Signature of Former Attorney(s))

Mary Wu Tullis

Date: July 3, 2019

s/ Mary Wu Tullis
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: July 3, 2019

s/ Adrianna M. Yanez
(Signature of New Attorney)

The substitution of attorney is hereby approved and so **ORDERED**.

Date: _____

_____
Judge

4838-6447-6311.1

2