UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN**<br>**PRODUCTS LIABILITY LITIGATION**<br><br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge<br><br>Honorable Joel Schneider,<br>Magistrate Judge |

### AGENDA FOR JULY 10, 2019 STATUS CONFERENCE

The parties hereby submit this joint agenda in advance of the July 10, 2019 Telephonic Status Conference.

1. Short Form Complaint
2. Plaintiff Fact Sheets
3. Dismissal of Peripheral Defendants

Respectfully submitted,

/s/*Adam M. Slater*
Adam M. Slater, Esquire
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ  07068
Tel: 973-228-9898
Fax: 973-228-0303
Email: aslater@mazieslater.com

/s/*Seth A. Goldberg*
Seth A. Goldberg
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
Tel: 215-979-1175
Fax: 215-689-2198
Email: sagoldberg@duanemorris.com

Dated: July 8, 2019