**MAZIE SLATER KATZ & FREEMAN, LLC**
COUNSELLORS AT LAW
103 Eisenhower Parkway
Roseland, NJ  07068
(973) 228-9898
Fax (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn°

Karen G. Kelsen°
Cheryll A. Calderon
David M. Estes
Adam M. Epstein°
Michael R. Griffith°
Matthew Tonzola
Christopher J. Geddis

\*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

°Member of N.J. & N.Y. Bars

July 9, 2019

**<u>VIA ECF</u>**
Honorable Joel Schneider
United States Magistrate Judge
U.S. District Court - District of New Jersey
Mitchell S. Cohen Building & US Courthouse
1 John F. Gerry Plaza, Courtroom 3C
4th and Cooper Streets
Camden, NJ  08101

   Re: IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) PRODUCTS LIABILITY LITIGATION
      Civil No. 19-2875 (RBK/JS)

Dear Judge Schneider:

  Please accept this letter on behalf of the Plaintiffs in advance of the July 10, 2019 discovery status conference.  The parties are continuing to meet and confer about the following issues:

1. Short Form Complaint,
2. Plaintiff Fact Sheets, and
3. Dismissal of Peripheral Defendants.

We will be prepared to discuss our unresolved disputes during Wednesday's conference.

Honorable Joel Schneider
United States Magistrate Judge
U.S. District Court - District of New Jersey
July 9, 2019
Page 2

    Thank you for Your Honor's courtesies and consideration.

        Respectfully,

        ADAM M. SLATER