# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                            **DATE:** July 10, 2019

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**                                            **DOCKET NO. 19-md-2875 (RBK)**
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**
Ruben Honik, Adam Slater, Conlee Whitely, Marlene Goldenberg & David Stanoch, Esqs. for Plaintiffs
Seth Goldberg, Richard Smith & Victoria Lockard, Esqs. for Defendants

**NATURE OF PROCEEDINGS:**   Status Conference
Telephone Status Conference held on the record.
Order to be entered.

                                                    *s/Taryn Franchetti*
                                                    **DEPUTY CLERK**

**TIME COMMENCED:** 4:04 p.m.
**TIME ADJOURNED:** 4:56 p.m.
**TOTAL TIME:** 52 minutes