UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: VALSARTAN N-
NITROSODIMETHYLAMINE (NDMA)          Civil No. 19-2875 (RBK/JS)
CONTAMINATION PRODUCTS
LIABILITY LITIGATION

## ORDER

The Court having held a conference call with the parties on July 10, 2019; and this Order intending to confirm the Court's rulings; and accordingly,

**IT IS HEREBY ORDERED** this 11th day of July, 2019, as follows:

1. All disputes regarding plaintiffs' proposed Fact Sheet shall be raised in a timely manner so they may be addressed at the July 24, 2019 in-person status conference. To the extent ripe for discussion, the Court can also address disputes regarding defendants' proposed Fact Sheet.

2. Prior to the July 24, 2019 conference the parties shall serve the latest version of the short from complaint incorporating the Court's directions made during the July 10, 2019 conference call. The Court expects to finalize the form to be used at the July 24, 2019 conference.

3.  The next in-person discovery conference will be held on **July 24, 2019 at 10:00 a.m.** in Courtroom 3C before Magistrate Judge Joel Schneider.   Thereafter, a general status conference will be held before the Honorable Robert B. Kugler.

<u>s/Joel Schneider</u>
JOEL SCHNEIDER
United States Magistrate Judge