UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) PRODUCTS LIABILITY LITIGATION | Hon. Robert B. Kugler<br>Hon. Joel Schneider |
| THIS DOCUMENT RELATES TO:<br><br>*Kruk v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.*, 1:19-cv-06211 | Civil No. 1:19-md-02875-RBK-JS<br><br>MDL No. 2875 |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, the undersigned, hereby enter an appearance on behalf of Plaintiff Robert Kruk (*Kruk v. Zhejiang Huahai Pharm. Co., Ltd., et al.*, No. 1:19-cv-06211). I have been admitted *pro hac vice* in this Court for this matter pursuant to MDL Case Management Order No. 1 [Dkt. 5].

Dated: July 17, 2019

Respectfully submitted,

By: /s/ *Myles McGuire*

Myles McGuire
Paul T. Geske
Timothy Kingsbury
MCGUIRE LAW, P.C.
55 West Wacker Drive, 9th Fl.
Chicago, Illinois 60601
Tel.: (312) 893-7002
Fax: (312) 275-7895
mmcguire@mcgpc.com
pgeske@mcgpc.com
tkingsbury@mcgpc.com

*Counsel for Plaintiff Robert Kruk and the putative class members*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 17, 2019, the foregoing *Notice of Appearance* was electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ *Myles McGuire*