# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION**<br><br>*This Document Relates to:*<br>*Herrin v. Humana Inc. et al.*<br>Case No 1:19-cv-14738 | Hon. Robert B. Kugler<br><br>Civil Action No. 1:19-md-02875 |

## APPEARANCE OF COUNSEL

To the Clerk of Court:

Please enter the appearance of Megan A. Zmick on behalf of Defendants Humana Pharmacy, Inc. and Humana Inc. (collectively "Humana") on this Court's MDL master docket. The above-referenced counsel has complied with the ECF requirements for this Court and has received a personal ID and password.

By entering an appearance, Humana does not waive any defenses, and specifically preserves all defenses related to service and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: July 18, 2019

Respectfully Submitted,

*/s/ Megan A. Zmick*
Megan A. Zmick
Falkenberg Ives LLP
30 N LaSalle Street, Suite 4020
Chicago, Illinois 60602
312-566-4808
maz@falkenbergives.com

*Attorney for Humana Pharmacy, Inc.*
*And Humana Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2019, I electronically filed the foregoing Appearance of Counsel with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                             */s/ Megan A. Zmick*
                                             Megan A. Zmick
                                             Falkenberg Ives LLP
                                             30 N LaSalle Street, Suite 4020
                                             Chicago, Illinois 60602
                                             312-566-4808
                                             maz@falkenbergives.com