# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Actions* | Hon. Robert B. Kugler<br><br>Civil Action No. 1:19-md-02875 |

## APPEARANCE OF COUNSEL

To the Clerk of Court:

Please enter the appearance of Tiffany H. Riffer on behalf of Defendant Sandoz Inc. on this Court's MDL master docket. The above-referenced counsel has complied with the ECF requirements for this Court and has received a personal ID and password.

By entering an appearance, the Defendant does not waive any defenses and, in fact, specifically preserve all defenses, including but not limited to, defenses related to service and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: July 24, 2019

Respectfully Submitted,

/s/ Tiffany H. Riffer
Tiffany H. Riffer, Esq.
(triffer@hollingsworthllp.com)
Hollingsworth LLP
1350 I Street N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorney for Defendant Sandoz Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2019, I electronically filed the foregoing Appearance of Counsel with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Tiffany H. Riffer*
Tiffany H. Riffer