UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: July 24, 2019

**JUDGE ROBERT B. KUGLER**
**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:**   KAREN FRIEDLANDER

**TITLE OF CASE:**               **DOCKET NO.:** 19-md-2875 (RBK)(JS)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

| | |
|---|---|
| Conlee Whitely, Esq. | Michelle Michael, Esq. |
| David Stanoch, Esq. | Adrianna Yanez, Esq. |
| Adam Slater, Esq. | Nicole Galli, Esq. |
| Behram Parekh, Esq. | Lori Cohen, Esq. |
| Marlene Goldenberg, Esq. | Victoria Lockard, Esq. |
| Daniel Nigh, Esq. | Steven Harkins, Esq. |
| George Williamson, Esq. | Kirstin Ives, Esq. |
| Andrew Kaplan, Esq. | Seth Goldberg, Esq. |
| Berl Rose, Esq. | Jessica Priselac, Esq. |
| Jessica Heinz, Esq. | Jason Reefer, Esq. |
| Tiffany Riffer, Esq. | Janet Poletto, Esq. |

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

**DISPOSITION:**
Status conference held on the record.
Ordered status conference set for September 25, 2019.
Order to be entered.


                                          s/Lawrence MacStravic
                                          Deputy Clerk


Time Commenced: 1:40p.m.   Time Adjourned: 1:55p.m.   Total Time in Court:  0:15