# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** July 24, 2019

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Karen Friedlander

**TITLE OF CASE:**
IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**DOCKET NO.** 19-md-2875 (RBK)

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Daniel A. Nigh, Esq. | Seth Goldberg, Esq. |
| Adam Slater, Esq. | Lori Cohen, Esq. |
| Conlee Whitely, Esq. | Victoria Lockhart, Esq |
| Behram Parekh, Esq. | Steven Harkins, Esq. |
| Marlene Goldenberg, Esq. | Jessica Heinz Esq. |
| | Adrianna Yanez, Esq. |
| | Geoffrey Coan, Esq. |
| | Andrew Kaplan, Esq. |
| | Janet Poletto, Esq. |
| | Jason Reffer, Esq. |
| | Beth Rose, Esq. |
| | Michelle Michael, Esq. |
| | Jessica Priselac, Esq. |
| | Kristin Ives, Esq. |

**NATURE OF PROCEEDINGS:**   Status Conference
In-Person Status Conference held on the record.
Order to be entered.

*s/Taryn Franchetti*
**DEPUTY CLERK**

**TIME COMMENCED:** 10:07 a.m.
**TIME ADJOURNED:** 11:40 a.m.
**TOTAL TIME:** 1 hour and 33 minutes