UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: VALSARTAN N-
NITROSODIMETHYLAMINE (NDMA)
CONTAMINATION PRODUCTS
LIABILITY LITIGATION

Civil No. 19-2875 (RBK/JS)

## CASE MANAGEMENT ORDER NO. 10

The Court having held a conference with the parties on July 24, 2019; and this Order intending to confirm the Court's rulings; and for all the reasons stated by the Court on the record,

**IT IS HEREBY ORDERED** this 26th day of July, 2019, as follows:

1.  The in-person conferences scheduled on August 28, 2019 are POSTPONED. The next scheduled in-person conference with Magistrate Judge Schneider is scheduled on **August 14, 2019 at 2:00 p.m.** The Court will address all core discovery and insurance disclosure disputes at the conference.

2.  By **July 31, 2019**, defendants may serve a letter brief regarding issues they request be the subject of defendants' Motion to Dismiss.  Plaintiffs may respond by **August 7, 2019.**

3. By **August 21, 2019**, the parties shall serve simultaneous letter briefs not to exceed five (5) pages regarding whether litigation funding is a proper subject of discovery.

4. The target date to finalize and enter the Court-approved Short Form Complaint is **August 14, 2019.**

5.  The  target  date  to  finalize  and  enter  the  Court-approved plaintiff Fact Sheet for personal injury cases is **August 28, 2019.**

6.  The  target  date  to  finalize  and  enter  defendants' Court-approved  Fact  Sheets  and  the  named  class  representative plaintiffs' Fact Sheets is **September 25, 2019**.

<u>s/Joel Schneider</u>
JOEL SCHNEIDER
United States Magistrate Judge

2