DANIEL V. KOHLS (State Bar No. 167987)
DANIEL W. ROBERTSON (State Bar No. 282532)
HANSEN, KOHLS, SOMMER & JACOB, LLP
1520 EUREKA ROAD, SUITE 100
ROSEVILLE, CALIFORNIA 95661
TELEPHONE: (916) 781-2550
FACSIMILE: (916) 781-5339
dkohls@hansenkohls.com
drobertson@hansenkohls.com

Attorneys for Plaintiff
RONALD DILBECK, individually
and on behalf of THE ESTATE OF WALTER T. DILBECK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DILBECK, individually and on behalf of THE ESTATE OF WALTER T. DILBECK,<br><br>    Plaintiff,<br><br>vs.<br><br>PRINSTON PHARMACEUTICAL INC. d/b/a SOLCO HEALTHCARE U.S., LLC;<br><br>and SOLCO HEALTHCARE U.S., LLC;<br><br>and ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.;<br><br>and HUAHAI US INC.;<br><br>and TEVA PHARMACEUTICAL INDUSTRIES, LTD.;<br><br>and TEVA PHARMACEUTICALS USA, INC., a Delaware corporation;<br><br>and EDNA DILBECK;<br><br>and CORDELIA MORRIS,<br><br>    Defendants. | Case No. 4:19-cv-03344-DMR<br><br>MDL Case No. 1:19-md-02875-RBK-JS<br><br>**STIPULATION FOR ENTRY OF DEFAULT** |

///

1  It is hereby stipulated by and between the plaintiff RONALD DILBECK, individually and
2  on behalf of THE ESTATE OF WALTER T. DILBECK, and defendant CORDELIA MORRIS:
3    1.  Whereas, CORDELIA MORRIS was properly served on June 21, 2019, with a
4        Summons and Complaint in the above-entitled action as set forth in the Proof of
5        Service filed with this Court;
6    2.  Whereas, the time to serve a responsive pleading expired on July 11, 2019,
7        pursuant to Federal Rule of Civil Procedure 12;
8    3.  Now, therefore, the parties stipulate to the entry of a default as to the defendant
9        CORDELIA MORRIS.
10 SO STIPULATED:

12 Dated: 7/16/2019

*[signature]*
CORDELIA MORRIS, Defendant

14 HANSEN KOHLS SOMMER & JACOB, LLP

15 Dated: 7/24/2019

*[signature]*
DANIEL W. ROBERTSON
Attorney for Plaintiff RONALD DILBECK