IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN<br>N-NITROSODIMETHYLAMINE (NDMA)<br>PRODUCTS LIABILITY LITIGATION | No. 1:19-md-002875-RBK-JS |
| THIS DOCUMENT RELATES TO:<br><br>*Maine Automobile Dealers Association, Inc. Insurance Trust v. A-S Medication Solutions LLC, et al.*,<br>No. 1:19-cv-2431 | MDL 2875 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff MAINE AUTOMOBILE DEALERS ASSOCIATION, INC. INSURANCE TRUST in this action. I certify that I am admitted to practice in this Court.

Dated: July 26, 2019

                                              **LOWEY DANNENBERG, P.C.**

                                              Respectfully submitted,

                                              /s Anthony M. Christina
                                              Anthony M. Christina (NJ ID# 196262016)
                                              One Tower Bridge
                                              100 Front Street, Suite 520
                                              Telephone: 215-399-4770
                                              Facsimile: 914-997-0035
                                              Email: achristina@lowey.com

                                              *Attorney for Plaintiff Maine Automobile Dealers Association, Inc. Insurance Trust*