## CERTIFICATE OF SERVICE

    I, Anthony M. Christina, hereby certify that on July 26, 2019, I filed and served through the Court's ECF system a true and correct copy of the foregoing documents. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of this Court's electronic filing system.

*/s/ Anthony M. Christina*
Anthony M. Christina