DANIEL V. KOHLS (State Bar No. 167987)
DANIEL W. ROBERTSON (State Bar No. 282532)
HANSEN, KOHLS, SOMMER & JACOB, LLP
1520 EUREKA ROAD, SUITE 100
ROSEVILLE, CALIFORNIA 95661
TELEPHONE: (916) 781-2550
FACSIMILE:  (916) 781-5339
dkohls@hansenkohls.com
drobertson@hansenkohls.com

Attorneys for Plaintiff
RONALD DILBECK, individually
and on behalf of THE ESTATE OF WALTER T. DILBECK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD DILBECK, individually and on behalf of THE ESTATE OF WALTER T. DILBECK,<br><br>Plaintiff,<br><br>vs.<br><br>PRINSTON PHARMACEUTICAL INC. d/b/a SOLCO HEALTHCARE U.S., LLC;<br><br>and SOLCO HEALTHCARE U.S., LLC;<br><br>and ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.;<br><br>and HUAHAI US INC.;<br><br>and TEVA PHARMACEUTICAL INDUSTRIES, LTD.;<br><br>and TEVA PHARMACEUTICALS USA, INC., a Delaware corporation;<br><br>and EDNA DILBECK;<br><br>and CORDELIA MORRIS,<br><br>Defendants.<br>_____/ | Case No. 4:19-cv-03344-DMR<br><br>MDL Case No. 1:19-md-02875-RBK-JS<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT EDNA DILBECK PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

///

To the Clerk of the United States District Court for the District of New Jersey:

Plaintiff, RONALD DILBECK, individually and on behalf of THE ESTATE OF WALTER T. DILBECK, hereby requests pursuant to Rule 55(a) of the Federal Rules of Civil Procedure that the Clerk enter the default of the following Defendant EDNA DILBECK for the failure to plead or otherwise defend against this action in a timely manner.

Defendant RONALD DILBECK, individually and on behalf of THE ESTATE OF WALTER T. DILBECK:

(1) As shown by the proof of service previously filed with this court, the above-named Defendant was properly served pursuant to Rule 4 of the Federal Rules of Civil Procedure on June 21, 2019.

(2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action under Rule 12 Federal Rules of Civil Procedure expired on July 12, 2019.

The above-named Defendant has failed to plead or otherwise respond to the Complaint.

This request is based on the attached Declaration of attorney for Plaintiff.

DATED: July 26, 2019                     HANSEN, KOHLS, SOMMER & JACOB, LLP

By: *[signature]*
DANIEL V. KOHLS
DANIEL W. ROBERTSON
Attorneys for Plaintiff
RONALD DILBECK, individually and on behalf of
THE ESTATE OF WALTER T. DILBECK

---

-2-

199491   Application for Entry of Default Against Defendant Edna Dilbeck Pursuant to FRCP 55(a)

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF PLACER      )

I am a citizen of the United States and am employed within the county aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is Hansen, Kohls, Sommer & Jacob, LLP, 1520 Eureka Road, Suite 100, Roseville, California 95661.

On the date mentioned below, I served the following document(s):

**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT EDNA DILBECK PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

on the interested parties in said action addressed as follows:

Edna Lucinda Dilbeck
14358 Sinclair Circle
Magalia, CA 95954

- **( X ) BY MAIL** -- by placing a true copy thereof enclosed in an envelope addressed as set forth above. I am readily familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

- **(   ) BY OVERNIGHT DELIVERY** -- by placing a true copy thereof enclosed in a Federal Express or Express Mail envelope addressed as set forth above. I am readily familiar with this office's practice whereby the package is sealed, with fees prepaid, and placed in a designated Federal Express or U.S. Mail depository on the same business day.

- **(   ) BY FACSIMILE TRANSMISSION** -- by causing a true copy to be transmitted by facsimile transmission to the parties at the facsimile number indicated and the transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 26, 2019, at Roseville, California.

_____
Susie Schiele