DANIEL V. KOHLS (State Bar No. 167987)
DANIEL W. ROBERTSON (State Bar No. 282532)
HANSEN, KOHLS, SOMMER & JACOB, LLP
1520 EUREKA ROAD, SUITE 100
ROSEVILLE, CALIFORNIA 95661
TELEPHONE: (916) 781-2550
FACSIMILE:  (916) 781-5339
dkohls@hansenkohls.com
drobertson@hansenkohls.com

Attorneys for Plaintiff
RONALD DILBECK, individually
and on behalf of THE ESTATE OF WALTER T. DILBECK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD DILBECK, individually and on behalf of THE ESTATE OF WALTER T. DILBECK,<br><br>Plaintiff,<br><br>vs.<br><br>PRINSTON PHARMACEUTICAL INC. d/b/a SOLCO HEALTHCARE U.S., LLC;<br><br>and SOLCO HEALTHCARE U.S., LLC;<br><br>and ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.;<br><br>and HUAHAI US INC.;<br><br>and TEVA PHARMACEUTICAL INDUSTRIES, LTD.;<br><br>and TEVA PHARMACEUTICALS USA, INC., a Delaware corporation;<br><br>and EDNA DILBECK;<br><br>and CORDELIA MORRIS,<br><br>Defendants.<br>_____/ | Case No. 4:19-cv-03344-DMR<br><br>MDL Case No. 1:19-md-02875-RBK-JS<br><br>**DECLARATION OF DANIEL W. ROBERTSON IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT EDNA DILBECK PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

///

I, Daniel W. Robertson, declare:

1. I am an attorney licensed to practice law in the courts of the State of California, and am an associate with Hansen, Kohls, Sommer & Jacob, LLP, counsel of record for Plaintiff RONALD DILBECK, individually and on behalf of THE ESTATE OF WALTER T. DILBECK. The following is true of my on personal knowledge and if called as a witness I could and would competently testify to the truth of these matters.

2. Defendant EDNA DILBECK was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on June 21, 2019, as shown by the proof of service filed with the court on July 10, 2019, a true and correct copy of which is attached here to as Exhibit "A" and incorporated herein by reference.

3. Under Rule 12 of the Federal Rules of Civil Procedure, Defendant EDNA DILBECK was required to plead or otherwise respond to the Complaint by July 12, 2019. The time to plead or otherwise respond to the Complaint has not been extended by any agreement of the parties or any order of the Court.

4. Defendant EDNA DILBECK has failed to serve or file a pleading or otherwise respond to the Complaint. The applicable time limit for responding to the Complaint has expired.

5. Defendant EDNA DILBECK is not a minor or an incompetent person.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, and that this declaration was executed on July 26, 2019, at Roseville, California.

_____
DANIEL W. ROBERTSON

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                                       ) ss.
COUNTY OF PLACER       )

      I am a citizen of the United States and am employed within the county aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is Hansen, Kohls, Sommer & Jacob, LLP, 1520 Eureka Road, Suite 100, Roseville, California 95661.

      On the date mentioned below, I served the following document(s):

**DECLARATION OF DANIEL W. ROBERTSON IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT EDNA DILBECK PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

on the interested parties in said action addressed as follows:

Edna Lucinda Dilbeck
14358 Sinclair Circle
Magalia, CA 95954

- ( X ) **BY MAIL** -- by placing a true copy thereof enclosed in an envelope addressed as set forth above. I am readily familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

- (   ) **BY OVERNIGHT DELIVERY** -- by placing a true copy thereof enclosed in a Federal Express or Express Mail envelope addressed as set forth above. I am readily familiar with this office's practice whereby the package is sealed, with fees prepaid, and placed in a designated Federal Express or U.S. Mail depository on the same business day.

- (   ) **BY FACSIMILE TRANSMISSION** -- by causing a true copy to be transmitted by facsimile transmission to the parties at the facsimile number indicated and the transmission was reported as complete and without error.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 26, 2019, at Roseville, California.

*Susie Schiele*
Susie Schiele

# EXHIBIT A

Case 1:19-md-02875-RMB-SAK   Document 170-1   Filed 07/26/19   Page 5 of 5 PageID: 2074
Case 3:19-cv-03344-SI   Document 12-1   Filed 07/10/19   Page 1 of 1
Case 4:19-cv-03344   Document 3-3   Filed 06/13/19   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-CV-3344

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Edna Dilbeck

was received by me on *(date)*   06/21/2019

☑ I personally served the summons on the individual at *(place)*   14358 Sinclair Circle, Magalia, CA 95954

on *(date)*   06/21/2019   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*   , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*   ; or

☐ I returned the summons unexecuted because   ; or

☐ Other *(specify):*

My fees are $   75.00   for travel and $   for services, for a total of $   75.00

I declare under penalty of perjury that this information is true.

Date:   06/22/2019

*Server's signature*

Michael Jenkins, process server
*Printed name and title*

2767 Swallowtail Way
Chico, CA 95973

*Server's address*

Additional information regarding attempted service, etc: