# CERTIFICATE OF SERVICE

    I hereby certify that on the 29th day of July, 2019, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

                                                       */s/ Louis F. Tumolo*_____
                                                       Louis F. Tumolo, Esquire

**THE BEASLEY FIRM, LLC**
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
**WWW.BEASLEYFIRM.COM**

_____
**IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION**
CERTIFICATE OF SERVICE