**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION**<br><br>*This Document Relates to:*<br>*Stevens v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.*<br>Case No. 1:19-cv-15711 | Hon. Robert B. Kugler<br><br>Civil Action No. 1:19-md-02875 |

## NOTICE OF APPEARANCE

To the Clerk of Court:

    Please enter the appearance of Louis F. Tumolo, Esquire on behalf of Plaintiff Joycelyn Stevens in connection with the above-referenced matter.

                                   Respectfully submitted,

                                   */s/ Louis F. Tumolo*_____
                                   Louis F. Tumolo, Esquire
                                   The Beasley Firm, LLC
                                   1125 Walnut Street
                                   Philadelphia, PA 19107
                                   Tel: 2015-592-1000
                                   Fax: 215-592-8360
                                   Louis.Tumolo@Beasleyfirm.com

**THE BEASLEY FIRM, LLC**
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
**WWW.BEASLEYFIRM.COM**

_____
**IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION
PRODUCTS LIABILITY LITIGATION**
ENTRY OF APPEARANCE - LOUIS F. TUMOLO, ESQUIRE