Eric I. Abraham (eabraham@hillwallack.com)
Christina Saveriano (csaveriano@hillwallack.com)
**HILL WALLACK LLP**
21 Roszel Road
Princeton, New Jersey 08540
Telephone:     609-924-0808
Facsimile:     609-452-1888

*Attorneys for Defendant Torrent Pharma, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) PRODUCTS LIABILITY LITIGATION, | Civil Action No. 1:19-md-02875-RBK-JS |

## WITHDRAWAL OF APPEARANCE

The undersigned hereby withdraws her appearance in the above matter on behalf of defendant Torrent Pharma, Inc.

                                                         Respectfully submitted,
                                                         HILL WALLACK LLP

Dated: August 9, 2019                By:___/s/ Christina Saveriano_____
                                                         Christina Saveriano
                                                         21 Roszel Road
                                                         Princeton, New Jersey 08540
                                                         (609) 924-0808

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing

### WITHDRAWAL OF APPEARANCE

is to be electronically filed.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

August 9, 2019                                                  /s/Christina Saveriano_____
Date                                                                    Christina Saveriano