# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ROBERT B. KUGLER**<br>DISTRICT JUDGE | UNITED STATES DISTRICT COURT<br>POST OFFICE BOX 2797<br>CAMDEN, NJ 08101 |

14 August 2019

*Via ECF*

Mr. Seth Goldberg
DUANE MORRIS LLP
30 South 17 Street
Philadelphia, PA 19103-4196

Mr. Adam M. Slater
MAZIE SLATER
KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, NJ 07068

Re:   *In re:* Valsartan Products Liability Litigation    Civil Action No:   1:19-md-2875
        *This Letter Applies to All Actions*

Su:   Request to Brief Motions to Dismiss to Narrow the Scope of the Case and Discovery

Dear Counsel:

Thank you for your well thought out letters of July 31, 2019 and August 8, 2019.

I deny defendants' request for leave to file motions to dismiss. Of course this is without prejudice to consider these matters at a later and more appropriate time.

Even were the outcome of the proposed motions favorable to defendants, it is not likely the scope of discovery would change. We all need to focus on the current important issues: how and why the contamination occurred and what the defendants knew about it.

We won't get sidetracked by extraneous issues. And we aren't going to trial on any unsupportable claims. Thank you.

Very truly yours,

s/ Robert B. Kugler
Robert B. Kugler
United States District Judge