UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                   Proceeding Date:  August 14, 2019

JUDGE JOEL SCHNEIDER, USMJ

Court Reporter: Carol Farrell

**Title of Case:**                                   Docket:     19-md-2875(RBK/JS)
IN RE: VALSARTAN PRODUCT LIABILITY
LITIGATION

**Appearances:**
Adam Slater, Ruben Honik, Conlee S. Whiteley, Behram Parekh, Marlene Goldenberg, Esqs. for plaintiff
Seth Goldberg, Barbara Schwartz, Clem Trischler, Victoria Lockard, Janet Poletto, Jessica Heinz, Alexia Brancato, Megan Zmick, Esq. for defts.

**Nature of Proceedings:**     **STATUS CONFERENCE**

In Person Status Conference held on the record
Order to be entered.

Time Commenced: 2:10 pm   Time Adjourned:  3:10 pm Total Time:   2 Hours
Time Commenced: 3:45 pm   Time Adjourned: 4:45 pm

                              s/  Marnie Maccariella
                              DEPUTY CLERK

Cc: Chambers