**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

In Re: Valsartan N-Nitrosodimethylamine (NDMA)
Products Liability Litigation

CASE NUMBER: <u>1:19-md-02875 RBK-JS</u>

<u>**WITHDRAWAL OF APPEARANCE**</u>

Kindly withdrawal my appearance as counsel on behalf of Defendants, Camber Pharmaceuticals, Inc., The Kroger Co., and AVKARE, Inc., in the above-titled action.

**Lewis, Brisbois, Bisgaard & Smith, LLP**

<u>  /s/ Adrianna M. Yanez    </u>
Adrianna Yanez, Esquire

Dated:  August 19, 2019

## CERTIFICATE OF SERVICE

    I, Adrianna M. Yanez, Esquire hereby certify that I electronically filed the foregoing Withdrawal of Appearance with the Clerk of Court using the CM/ECF system which automatically sends notification to all counsel of record. The document so filed is available for view and downloading on the ECF system.

                                                              **Lewis, Brisbois, Bisgaard & Smith, LLP**

                                                              */s/ Adrianna M. Yanez*
                                                              Adrianna Yanez, Esquire

Dated: August 19, 2019