## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### CAMDEN DIVISION

| | |
|---|---|
| **IN RE Valsartan N-Nitrosodimethylamine (NDMA) Products Liability Litigation**<br><br>This Document Relates to All Actions | **MDL No. 2875**<br>**Case No.: 1:19-md-02875-RBK-JS** |

### NOTICE OF APPEARANCE OF JESSICA M. HEINZ

To the Clerk:

Please enter the appearance of Jessica M. Heinz on behalf of Defendants Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC on this Court's MDL master docket. Counsel has complied with the ECF requirements for this Court and received a login ID and password.

By entering an appearance, the undersigned Defendants do not waive any defenses in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: September 3, 2019

/s/ Jessica M. Heinz_____
Jessica M. Heinz (NJ Bar ID: 021732007)
CIPRIANI & WERNER, P.C.
450 Sentry Parkway East, Suite 200
Blue Bell, PA 19422
Tel: (610) 567-0700
Fax: (610) 567-0712
jheinz@c-wlaw.com

*Attorney for Defendants*
*Aurobindo Pharma USA, Inc. and*
*Aurolife Pharma LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on September 3, 2019, the foregoing Notice of Appearance

was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing

will be electronically transmitted to all counsel of record by operation of the court's electronic

filing system.

 /s/  *Jessica M. Heinz*
Jessica M. Heinz