**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION**

| | |
|---|---|
| **IN RE Valsartan N-Nitrosodimethylamine (NDMA) Products Liability Litigation**<br><br>This Document Relates to All Actions | **MDL No. 2875**<br>**Case No.: 1:19-md-02875-RBK-JS** |

**NOTICE OF APPEARANCE OF JESSICA M. HEINZ**

To the Clerk:

Please enter the appearance of Ernest F. Koschineg on behalf of Defendants Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC on this Court's MDL master docket. Counsel has complied with the ECF requirements for this Court and received a login ID and password.

By entering an appearance, the undersigned Defendants do not waive any defenses in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: September 3, 2019

> */s/ Ernest F. Koschineg*_____
> Ernest F. Koschineg
> (NJ Bar ID: 014381998)
> CIPRIANI & WERNER, P.C.
> 450 Sentry Parkway East, Suite 200
> Blue Bell, PA 19422
> Tel: (610) 567-0700
> Fax: (610) 567-0712
> ekoschineg@c-wlaw.com
>
> *Attorney for Defendants*
> *Aurobindo Pharma USA, Inc. and*
> *Aurolife Pharma LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 3, 2019, the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be electronically transmitted to all counsel of record by operation of the court's electronic filing system.

                                                      /s/ Ernest F. Koschineg
                                                     Ernest F. Koschineg