**Attachment**

Violation of California Consumer Legal Remedies Act (Cal. Civ. Code §§ 1750, et seq.)
Violation of California Civil Code §§ 1709, 1710 (Deceit by Concealment)
Violation of Song-Beverly Consumer Warranty Act for Breach of Implied Warranty of Merchantability, Cal. Civ. Code §§ 1792 & 1791.1(a)
Violation of Song-Beverly Consumer Warranty Act for Breach of Implied Warranty of Fitness, Cal. Civ. Code §§ 1792.1 & 1791.1(b)
Violation of California Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, et seq. ("Unfair" and "Fraudulent" Prongs)
Violation of California Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, et seq. ("Unlawful" Prong)