# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: *All Actions* | No. 1:19-md-2875-RBK/JS |

## REQUEST FOR WRITS OF SUMMONS

Plaintiffs respectfully request the Clerk's Office issue writs of summons for the following defendants who were added as parties upon the filing of the Consolidated Amended Economic Loss Class Action Complaint (ECF 121) and Consolidated Amended Medical Monitoring Class Action Complaint (ECF 123):

- Acteris, LLC
- Actavis Pharma, Inc.
- Actavis, LLC
- Albertsons Companies LLC
- AmerisourceBergen Corporation
- Arrow Pharm (Malta) Ltd.
- Bryant Ranch Prepack, Inc.
- Cardinal Health, Inc.
- Cigna Corporation
- Express Scripts Holding Company
- Express Scripts, Inc.
- H.J. Harkins Co., Inc.
- McKesson Corporation
- Mylan N.V.
- Optum, Inc.
- OptumRx
- Preferred Pharmaceuticals, Inc.
- Red Oak Sourcing
- Walgreens Boots Alliance, Inc.

Respectfully submitted, this 5th day of September 2019,

| | |
|---|---|
| */s/ Ruben Honik* | */s/ Daniel Nigh* |
| Ruben Honik | Daniel Nigh |
| GOLOMB & HONIK, P.C. | LEVIN, PAPANTONIO, THOMAS, MITCHELL RAFFERTY & PROCTOR, P.A. |
| 1835 Market Street, Ste. 2900 | 316 South Baylen Street |
| Philadelphia, PA 19103 | Pensacola, FL 32502 |
| Phone (215) 985-9177 | Phone: (850) 435-7013 |
| rhonik@golombhonik.com | dnigh@levinlaw.com |
| | |
| */s/ Adam Slater* | */s/ Conlee Whiteley* |
| Adam Slater | Conlee Whiteley |
| MAZIE, SLATER, KATZ & FREEMAN, LLC | KANNER & WHITELEY, LLC |
| 103 Eisenhower Pkwy, 2nd Flr. | 701 Camp Street |
| Roseland, NJ 07068 | New Orleans, LA 70130 |
| Phone (973) 228-9898 | Phone: (504)-524-5777 |
| aslater@mazieslater.com | c.whiteley@kanner-law.com |

*MDL No. 2875 Plaintiffs' Co-Lead Counsel*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September 2019, a true and correct copy of the foregoing was filed and served upon all counsel of record via the CM/ECF system of the United States District for the District of New Jersey.

<u>/s/ David J. Stanoch</u><br>
David J. Stanoch