# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Hon. Robert B. Kugler<br><br>Civil Action No. 1:19-md-02875 |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk of Court:

PLEASE TAKE NOTICE that the mailing address for Kirstin B. Ives, Tyler Johannes, and Megan A. Zmick of the law firm Falkenberg Ives LLP, attorneys for Defendants Humana Pharmacy, Inc. and Humana Inc., has changed effective September 1, 2019 to:

Falkenberg Ives LLP
230 W. Monroe Street, Suite 2220
Chicago, Illinois 60606

It is hereby requested that the Court and all parties send all notices, orders, pleadings and other correspondence regarding the captioned matter to the updated address.

Dated: September 6, 2019                                 Respectfully Submitted,

                                                  */s/ Kirstin B. Ives*
                                                  Kirstin B. Ives
                                                  Falkenberg Ives LLP
                                                  230 W. Monroe St., Suite 2220
                                                  Chicago, IL 60606
                                                  312-566-4803
                                                  kbi@falkenbergives.com

                                                  *Attorney for Humana Pharmacy, Inc.*
                                                  *And Humana Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019, I electronically filed the foregoing Notice of Change of Address with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                    */s/ Kirstin B. Ives*
                                    Kirstin B. Ives
                                    Falkenberg Ives LLP
                                    230 W. Monroe St., Suite 2220
                                    Chicago, IL 60606
                                    312-566-4803
                                    kbi@falkenbergives.com