# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **In re: Valsartan Products Liability Litigation** | MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge<br><br>Honorable Joel Schneider,<br>Magistrate Judge |

## WITHDRAWAL OF APPEARANCE

The undersigned hereby withdraws his appearance in the above-captioned matter on behalf of defendant Torrent Pharma, Inc.

                        Respectfully submitted,

Dated:    September 10, 2019    /s/ Richard W. Smith
Richard W. Smith
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
(202) 719-7000
rwsmith@wileyrein.com

## **CERTIFICATE OF SERVICE**

      A copy of the foregoing Withdrawal of Appearance has been served on all parties of record by operation of the Court's electronic filing system.

Dated:      September 10, 2019      <u>/s/ Richard W. Smith</u>
                                                            Richard W. Smith