# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **In re: Valsartan Products Liability Litigation** | MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge<br><br>Honorable Joel Schneider,<br>Magistrate Judge |

## WITHDRAWAL OF APPEARANCE

The undersigned hereby withdraws her appearance in the above-captioned matter on behalf of defendant Torrent Pharma, Inc.

                                                        Respectfully submitted,

Dated:      September 10, 2019        /s/ Enbar Toledano
                                                    Enbar Toledano
                                                    WILEY REIN LLP
                                                    1776 K Street NW
                                                    Washington, DC 20006
                                                    (202) 719-7000
                                                    etoledano@wileyrein.com

## **CERTIFICATE OF SERVICE**

      A copy of the foregoing Withdrawal of Appearance has been served on all parties of record by operation of the Court's electronic filing system.


Dated:     September 10, 2019     /s/ Enbar Toledano
                                                     Enbar Toledano