# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **In re: Valsartan Products Liability Litigation** | MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge<br><br>Honorable Joel Schneider,<br>Magistrate Judge |

## WITHDRAWAL OF APPEARANCE

The undersigned hereby withdraws her appearance in the above-captioned matter on behalf of defendant Torrent Pharma, Inc.

                                                          Respectfully submitted,

Dated:     September 10, 2019         /s/ Rebecca J. Fiebig
                                                                 Rebecca J. Fiebig
                                                                  WILEY REIN LLP
                                                                  1776 K Street NW
                                                                  Washington, DC 20006
                                                                  (202) 719-7000
                                                                  rfiebig@wileyrein.com

## **CERTIFICATE OF SERVICE**

      A copy of the foregoing Withdrawal of Appearance has been served on all parties of record by operation of the Court's electronic filing system.

Dated:      September 10, 2019      /s/ Rebecca J. Fiebig
                                                              Rebecca J. Fiebig