UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN**<br>**PRODUCTS LIABILITY LITIGATION**<br><br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge<br><br>Honorable Joel Schneider,<br>Magistrate Judge |

### AGENDA FOR SEPTEMBER 12, 2019 STATUS CONFERENCE

The parties hereby submit this joint agenda in advance of the September 12, 2019 Telephonic Status Conference.

1. Plaintiff Fact Sheets
2. Dismissal of Peripheral Defendants
3. ANDA Productions
4. JPML Petition to Expand the MDL
5. Defendant Fact Sheets
6. Service of Process Update
7. Addition of Mylan, NV to Short Form Complaint

Respectfully submitted,

| | |
|---|---|
| /s/*Adam M. Slater* | /s/*Seth A. Goldberg* |
| Adam M. Slater, Esquire | Seth A. Goldberg |
| Mazie Slater Katz & Freeman, LLC | Duane Morris LLP |
| 103 Eisenhower Parkway | 30 S. 17th Street |
| Roseland, NJ 07068 | Philadelphia, PA 19103 |
| Tel: 973-228-9898 | Tel: 215-979-1175 |
| Fax: 973-228-0303 | Fax: 215-689-2198 |
| Email: aslater@mazieslater.com | Email: sagoldberg@duanemorris.com |

Dated: September 10, 2019