# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                              **DATE:** September 12, 2019

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** E.C.R

**TITLE OF CASE:**                                              **DOCKET NO. 19-md-2875 (RBK)**
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**
**FOR PLAINTIFFS:**                          **FOR DEFENDANTS:**
Daniel A. Nigh, Esq.                          Seth Goldberg, Esq.
Adam Slater, Esq.                             Victoria Lockhart, Esq
Conlee Whitely, Esq.                          Jason Reffer, Esq.

**NATURE OF PROCEEDINGS:**   Status Conference / Discovery Conference
Status Conference and Discovery Conference held on the record.
Order to be entered.

                                                        *s/Sarah Eckert*
                                                        **DEPUTY CLERK**

**TIME COMMENCED:** 4:03 p.m.
**TIME ADJOURNED:** 5:03 p.m.
**TOTAL TIME:** 1 hour