IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to:*<br>*Stimma v. Torrent Pharma, Inc., et al.*,<br>Case No. 1:18-cv-14318;<br>*Roberts v. Torrent Pharma, Inc., et al.*,<br>Case No. 1:18-cv-16075<br>*Bettinger v. Zhejiang Huahai Pharmaceuticals Co., Ltd., et al.*,<br>Case No. 19-cv-15180 | Hon. Robert B. Kugler<br><br>Civil Action No. 1:19-md-02875 |

## NOTICE OF APPEARANCE

To the Clerk of Court:

Alexia Renee Brancato hereby enters an appearance in this MDL on behalf of Defendants Torrent Pharma, Inc. and Torrent Pharmaceuticals, Ltd. ("Torrent") on this Court's MDL master docket, and requests to be added to the CM/ECF system list in this matter at the following email address: alexia.brancato@kirkland.com. I have been admitted *pro hac vice* in this Court for this matter pursuant to MDL Case Management Order No. 1 [Dkt. 5].

By entering an appearance, Torrent does not waive any defenses, and specifically preserves all defenses related to service and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 287.

Dated: September 18, 2019　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Alexia R. Brancato
　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――

　　　　　　　　　　　　　　　　　　　　　　Alexia R. Brancato
　　　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　　　601 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　　Tel:　　212-446-4800
　　　　　　　　　　　　　　　　　　　　　　Fax:　　212-446-4900
　　　　　　　　　　　　　　　　　　　　　　alexia.brancato@kirkland.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Torrent Pharma, Inc. and Torrent Pharmaceuticals, Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

      */s/ Alexia R. Brancato*

      Alexia R. Brancato
      KIRKLAND & ELLIS LLP
      601 Lexington Avenue
      New York, NY 10022
      Tel:    212-446-4800
      Fax:    212-446-4900
      alexia.brancato@kirkland.com

      *Attorney for Torrent Pharma, Inc.*
      *and Torrent Pharmaceuticals, Ltd.*