# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLMANINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Case No. 1:19-md-02875<br><br>Honorable Robert B. Kugler |
| *This Document Relates to All Actions* | **NOTICE OF APPEARANCE OF COUNSEL** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Robbie F. Rogart of Crowell & Moring LLP on this Court's MDL master docket on behalf of Defendants Cardinal Health, Inc. and The Harvard Drug Group, L.L.C. d/b/a Major Pharmaceuticals. Counsel has complied with the ECF requirements for this Court, has received a personal ID and password, and has previously entered her appearance in certain individual cases.

By entering this appearance, Defendants Cardinal Health, Inc. and The Harvard Drug Group, L.L.C. d/b/a Major Pharmaceuticals specifically preserve all defenses, including but not limited to service and personal jurisdiction, in any individual case in which any are named that is currently pending in this MDL or that may subsequently transferred to or consolidated with MDL 2875.

Dated: September 18, 2019                             Respectfully submitted,

                                                                         */s/ Robbie F. Rogart*
Robbie F. Rogart
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC, 20004
(202) 624-2556 (tel.)
(202) 628-5116 (fax)
rrogart@crowell.com

Counsel for Defendants Cardinal Health, Inc. and The Harvard Drug Group, L.L.C. d/b/a Major Pharmaceuticals

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2019, I filed the foregoing Notice of Appearance electronically through the CM/ECF system, which will send notice of filing to all CM/ECF participants.

                                                                         */s/ Robbie F. Rogart*
                                                                          Robbie F. Rogart