UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN**<br>**PRODUCTS LIABILITY LITIGATION**<br><br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge<br><br>Honorable Joel Schneider,<br>Magistrate Judge |

**AGENDA FOR SEPTEMBER 25, 2019 CASE MANAGEMENT CONFERENCE**

The parties hereby submit this joint agenda in advance of the September 25, 2019 Case Management Conference:

1. Plaintiff Fact Sheets
2. Defendant Fact Sheet
3. Dismissal of Peripheral Defendants
4. Search Terms and Custodians
5. Document Requests
6. Request for Definitive Lot/Batch Identification
7. Updates to Core Discovery Productions Regarding Ongoing Communications with FDA
8. Request for Informal Meetings for Custodial Discovery
9. Hetero and Aurobindo Corporate Representative Depositions
10. Potential Rescheduling of October, November, and December Conferences
11. JPML Motion to Expand the MDL

Dated: September 23, 2019

 /s/ Adam M. Slater                          /s/ Seth A. Goldberg
Adam M. Slater, Esquire                  Seth A. Goldberg
Mazie Slater Katz & Freeman, LLC   Duane Morris LLP
103 Eisenhower Parkway                  30 S. 17th Street
Roseland, NJ 07068                          Philadelphia, PA 19103
Tel: 973-228-9898                             Tel: 215-979-1175
Fax: 973-228-0303                            Fax: 215-689-2198
Email: aslater@mazieslater.com      Email: sagoldberg@duanemorris.com