# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                              **DATE:** September 25, 2019

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**                                              **DOCKET NO. 19-md-2875 (RBK-JS)**
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Daniel Nigh, Esq. | Lori Cohen, Esq. |
| Ruben Honik, Esq. | Brian Rubenstein, Esq. |
| Conlee Whitely, Esq. | Clem Trischler, Esq. |
| Jorge Mestre, Esq. | Jessica Heinz, Esq. |
| David Stanoch, Esq. | Jason Reefer, Esq. |
| Behram Parekh, Esq. | Janet Poletto, Esq. |
| Mikal Watts, Esq. | Nicole D. Galli, Esq. |
| George T. Williamson, Esq. | Charles J. Falletta, Esq. |
| Marlene Goldenberg, Esq. | Michelle Michael, Esq. |
| C. Brett Vaughn, Esq. | Nathalie Dressie, Esq. |
| | Brittney Nagle, Esq. |
| | Kirstin Ives, Esq. |
| | Matthew Bruno, Esq. |

**NATURE OF PROCEEDINGS:** Status Conference
In-Person Status Conference held on the record.
Order to be entered.

                                                                *s/Sarah Eckert*
                                                                **DEPUTY CLERK**

**TIME COMMENCED:** 10:10 a.m.                                  **TIME ADJOURNED:** 11:40 a.m.
**TO TAL TIME:** 1 hour 30 minutes