UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: September 25, 2019

**JUDGE ROBERT B. KUGLER**
**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** CARL NAMI, JR.

**TITLE OF CASE:**     **DOCKET NO.:** 19-md-2875 (RBK)(JS)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Daniel Nigh, Esq. | Lori Cohen, Esq. |
| Ruben Honik, Esq. | Brian Rubenstein, Esq. |
| Conlee Whitely, Esq. | Clem Trischler, Esq. |
| Jorge Mestre, Esq. | Jessica Heinz, Esq. |
| David Stanoch, Esq. | Jason Reefer, Esq. |
| Behram Parekh, Esq. | Janet Poletto, Esq. |
| Mikal Watts, Esq. | Nicole D. Galli, Esq. |
| George T. Williamson, Esq. | Charles J. Falletta, Esq. |
| Marlene Goldenberg, Esq. | Michelle Michael, Esq. |
| C. Brett Vaughn, Esq. | Nathalie Dressie, Esq. |
| | Brittney Nagle, Esq. |
| | Kirstin Ives, Esq. |
| | Matthew Bruno, Esq. |

**NATURE OF PROCEEDINGS**: STATUS CONFERENCE

**DISPOSITION:**
Status conference held on the record.
Ordered status conference set for November 20, 2019 at 2:00PM.
Order to be entered.

                                                 s/Lawrence MacStravic
                                                 Deputy Clerk

Time Commenced: 2:35p.m.     Time Adjourned: 3:05p.m.     Total Time in Court: 0:30