UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

CASE MANAGEMENT ORDER NO. 14

The Court having held a conference with the parties on September 25, 2019; and this Order intending to confirm the Court's rulings and schedule; and for all the reasons stated by the Court on the record,

IT IS HEREBY ORDERED this 30th day of September, 2019 as follows:

1. By October 2, 2019, the parties shall serve their finalized Fact Sheets with a proposed Order that mirrors the procedure adopted in the Benicar litigation.

2. The Fact Sheet for the third-party class plaintiffs shall be finalized by the next scheduled conference call on October 10, 2019.

3. Plaintiffs shall promptly respond to defendants' version of the proposed Fact Sheet to be answered by defendants. The target date to finalize this Fact Sheet is October 16, 2019.

4. The parties are reminded of the obligation to timely produce communications with the FDA (Doc. No. 88 ¶7) and to produce copies of the responses to their FOIA requests. The FOIA Order (Doc. No. 98 ¶2) is amended to also require defendants to promptly serve plaintiffs with a copy of the responses they receive to their FOIA requests.

5. The parties are reminded that the scheduled December 11, 2019 conference to address all discovery, document and ESI disputes is a firm date and will not be extended except to prevent manifest injustice.

6. Plaintiffs and defendants shall promptly meet and confer regarding their proposed lists of custodians and search terms. An agenda item for the October 10, 2019 conference call is whether an informal meeting is necessary between plaintiffs and a knowledgeable representative of each defendant.

7. By the October 10, 2019 conference call, the parties shall be prepared to identify "macro" discovery issues that should be decided before the December 11, 2019 conference.

8. The next scheduled conference call with Magistrate Judge Schneider is scheduled on **October 10, 2019 at 4:00 p.m.** The next scheduled in-person status conference is scheduled on **October 16, 2019 at 10:00 a.m. in Courtroom 3C.**

9. The November conference call is scheduled on **November 6, 2019 at 4:00 p.m.** The monthly in-person status conference is scheduled on **November 20, 2019 at 10:00 a.m. and 2:00 p.m.**

10. The **December 11, 2019** discovery conference will remain as scheduled. The monthly in-person status conference will be held on **December 18, 2019** at **10:00 a.m.** and **2:00 p.m.**

<u>s/ Joel Schneider</u>
JOEL SCHNEIDER
United States Magistrate Judge
