## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*All Actions* | Hon. Robert. B. Kugler<br><br>Civ. No. 19-2875 (RBK/JS) |

### NOTICE OF VOLUNTARY DISMISSAL AS AGAINST DEFENDANT ACETRIS HEALTH, LLC ONLY

Plaintiffs hereby give notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that any and all claims asserted against Defendant Acetris Health, LLC (n/k/a Kavris Health LLC) are hereby dismissed without prejudice and without costs or attorney'' fees to any party. Plaintiffs' claims against all other Defendants in the above-styled and numbered action remain pending, and in full force and effect.

Respectfully submitted, this 1st day of October, 2019,

| | |
|---|---|
| */s/ Ruben Honik* | */s/ Daniel Nigh* |
| Ruben Honik | Daniel Nigh |
| GOLOMB & HONIK, P.C. | LEVIN, PAPANTONIO, THOMAS, MITCHELL |
| 1835 Market Street, Ste. 2900 | RAFFERTY & PROCTOR, P.A. |
| Philadelphia, PA 19103 | 316 South Baylen Street |
| Phone (215) 985-9177 | Pensacola, FL 32502 |
| rhonik@golombhonik.com | Phone: (850) 435-7013 |
| | dnigh@levinlaw.com |
| | |
| */s/ Adam Slater* | */s/ Conlee Whiteley* |
| Adam Slater | Conlee Whiteley |
| MAZIE, SLATER, KATZ & FREEMAN, LLC | KANNER & WHITELEY, LLC |
| 103 Eisenhower Pkwy, 2nd Flr. | 701 Camp Street |
| Roseland, NJ 07068 | New Orleans, LA 70130 |
| Phone (973) 228-9898 | Phone: (504)-524-5777 |
| aslater@mazieslater.com | c.whiteley@kanner-law.com |

*MDL No. 2875 Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served this 1st day of October 2019 on all counsel of record via the CM/ECF system of the United States District Court for the District of New Jersey.

*/s/ David J. Stanoch*
David J. Stanoch
