**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>ALL CASES | MDL No. 2875<br><br>Civil No. 19-2875 (RBK/JS) |

**CASE MANAGEMENT ORDER NO. 15**
**PROTOCOL FOR DISMISSALS OF CERTAIN DEFENDANTS WITHOUT PREJUDICE**

**WHEREAS** in Case Management Order No. 3, the Court Ordered the direct filing of complaints, and further ordered that all plaintiffs with previously filed personal injury cases must file a Short Form Complaint within 30 days of approval of the Short Form Complaint;

**WHEREAS** in Case Management Order No. 9, the Court Ordered the streamlined electronic service of various documents using the MDL Centrality System, including the Short Form Complaint;

**WHEREAS** in Case Management Order No. 13, the Court approved the Short Form Complaint and ordered that all future personal injury direct filed cases in this MDL are Ordered to use the Short Form Complaint; and

**WHEREAS** the Parties have stipulated to the dismissal of certain defendants without prejudice, as outlined in greater detail in the attached Stipulated Conditional Order of Dismissal Without Prejudice and Commensurate Tolling of Statute of Limitations ("Stipulated Dismissal Order");

**IT IS HEREBY ORDERED** that pursuant to Case Management Order No. 13, Section II (1.), as to each defendant that is dismissed pursuant to the Stipulated Dismissal Order, Brown Greer is ordered to place an asterisk after the name of each dismissed defendant; and

**IT IS FURTHER ORDERED** that any defendant other than those defendants specifically identified in the Stipulated Dismissal Order who seeks a dismissal without prejudice may meet and confer with Plaintiffs Executive Committee.

**ORDERED** this 3rd day of October, 2019.

_____
HON. JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE