# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLMANINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Case No. 1:19-md-02875<br><br>Honorable Robert B. Kugler |
| *This Document Relates to All Actions* | **NOTICE OF APPEARANCE OF COUNSEL** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Kristen Richer of Barnes & Thornburg LLP on this Court's MDL master docket on behalf of Defendant CVS Pharmacy, Inc., improperly named as CVS Health Co. ("CVS"). Counsel has complied with the ECF requirements for this Court and has received a personal ID and password.

By entering this appearance, Defendant CVS Pharmacy, Inc. preserves all defenses, including but not limited to service and personal jurisdiction, in any individual case in which CVS is named that is currently pending in this MDL or that may subsequently be transferred to or consolidated with MDL 2875.

Dated:  October 3, 2019

Respectfully submitted,

*/s/  Kristen Richer*
Kristen Richer, Esq.
BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Tel:     (310) 284-3896
Fax:    (310) 284-3894
Email: kristen.richer@btlaw.com

*Counsel for Defendant CVS Pharmacy, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2019, I filed the foregoing Notice of Appearance electronically through the CM/ECF system, which will send notice of filing to all CM/ECF participants.

*/s/ Kristen Richer*
Kristen Richer, Esq.