# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to the actions listed below** | MDL No. 2875<br><br>Case No. 1:19-md-02875-RBK-JS<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |

## NOTICE OF APPEARANCE

To the Clerk:

Geoffrey M. Coan hereby enters an appearance in this MDL on behalf of Defendant H.J. Harkins Company, Inc. d/b/a Pharma Pac on this Court's MDL master docket, and requests to be added to the CM/ECF system list in this matter at the following email address: gcoan@hinshawlaw.com. I have been admitted *pro hac vice* in this Court for this matter pursuant to MDL Case Management Order No. 1.

| Case Name | Case No. |
|---|---|
| Baker v. Mylan Inc. et al. | 1:19-cv-07159 |
| Bauer v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-14865 |
| Bays v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-14869 |
| Buckley v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-14884 |
| Burns v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-14886 |
| Butcher v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-14888 |
| Caudill v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-14900 |
| Cole v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-14948 |
| Cornett v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-14950 |
| Davidson v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-14952 |

1018657\304316501.v1

| Case Name | Case No. |
|---|---|
| Debord v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-14960 |
| Dufrene v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-15633 |
| Durbin v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-15183 |
| Ernst v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-14974 |
| Erwin v. Prinston Pharmaceuticals Inc., et al. | 1:18-cv-13447 |
| Gibson v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-14986 |
| Griffitt v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-14990 |
| Halsey v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-14995 |
| Hayes v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-15021 |
| Holcomb v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-15022 |
| Howard v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-15024 |
| Huey v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-15637 |
| Justice v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-15025 |
| King v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-15648 |
| Love v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-15030 |
| Maine Automobile Dealers Association Inc., Insurance Trust v. A-S Medication Solutions LLC et al. | 1:19-cv-02431 |
| Mullins v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-15043 |
| Needy v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-15051 |
| Reber v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-15101 |
| Robin O'Daniel, Administratrix v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-15087 |
| Stevens v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-15711 |
| Thompson v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-15135 |

1018657\304316501.v1

| Case Name | Case No. |
|---|---|
| Wilkerson v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-15140 |
| Wiseman v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 1:19-cv-15548 |

By entering an appearance, the undersigned Defendant does not waive any defenses, and specifically preserves all defenses related to service and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: October 10, 2019

Respectfully submitted,

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
HINSHAW & CULBERTSON, LLP
53 State Street, 27th Floor
Boston, MA 02109
617-213-7000; 617-213-7001 fax
gcoan@hinshawlaw.com

*Attorneys for Defendant*
*H.J. Harkins Company, Inc.*
*d/b/a Pharma Pac*

## CERTIFICATE OF SERVICE

I, Geoffrey M. Coan, hereby certify that on October 10, 2019, the foregoing **Notice of Appearance** was filed through the ECF system and will be transmitted electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan

1018657\304316501.v1