# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

IN RE: VALSARTAN

*Plaintiff*

v.

*Defendant*

Civil Action No. 1:19-md-02875-RBK-JS

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __H.J. Harkins dba Pharma Pac__, certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____

_____

_____

## OR

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/ Geoffrey M. Coan
Signature of Attorney

53 State Street, 27th Floor
Address

Boston, MA 02109
City/State/Zip

10/10/2019
Date

DNJ-CMECF-005 (10/2018)

## CERTIFICATE OF SERVICE

I, Geoffrey M. Coan, hereby certify that on October 10, 2019, the foregoing **Corporate Disclosure Statement** was filed through the ECF system and will be transmitted electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Geoffrey M. Coan*
_____
Geoffrey M. Coan