# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN  **DATE:** October 10, 2019

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**  **DOCKET NO. 19-md-2875 (RBK-JS)**
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Ruben Honik, Esq. | Brian Rubenstein, Esq. |
| Daniel Nigh, Esq. | Clem Trischler, Esq. |
| Conlee Whitely, Esq. | Janet Poletto, Esq. |

**NATURE OF PROCEEDINGS:**   Status Conference
Telephone Status Conference held on the record.
Order to be entered.

*s/Sarah Eckert*
**DEPUTY CLERK**

**TIME COMMENCED:** 2:00 p.m.
**TIME ADJOURNED:**  2:30 p.m.
**TO TAL TIME:**  30 minutes