## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re: Valsartan Products Liability Litigation** | MDL No.: 2875 |
| | Civil Action No. 19-2875-RBK-JS |
| | Honorable Robert B. Kluger, District Court Judge |
| This document relates to: *all cases* | Honorable Joel Schneider, Magistrate Judge |

*Document Electronically Filed*

### NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant Bryant Ranch Prepack, Inc., in connection with the above-referenced matter.

**SILLS CUMMIS & GROSS P.C.**
*The Legal Center*
*One Riverfront Plaza*
*Newark, NJ  07102*
*T: (973) 643-7000*
*F: (973) 643-6500*
*brose@sillscummis.com*

*Attorneys for Defendant*
*Bryant Ranch Prepack, Inc.*

By: *s/ Beth S. Rose*
    BETH S. ROSE

Dated: October 10, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of October, 2019, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

*s/ Beth S. Rose*
BETH S. ROSE