# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION § § § § § THIS DOCUMENT RELATES TO ALL ACTIONS § § § | Civil No. 1:19-md-2875 (RBK/JS) |

## NOTICE OF APPEARANCE

Please enter the appearance of Carlos F. Ortiz of Norton Rose Fulbright US LLP in the Court's MDL master docket on behalf of the McKesson Corporation ("McKesson"). Counsel has complied with the Court's ECF registration requirements.

By entering this appearance, McKesson preserves all defenses, including, but not limited to, venue, service, and personal jurisdiction in any individual case in which McKesson is named that is currently pending in this MDL or that may subsequently be transferred or consolidated with this MDL.

Dated: October 11, 2019

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Carlos F. Ortiz*
    Carlos F. Ortiz
    Attorney to be Noticed
    1301 Avenue of the Americas
    New York, NY 10019-6022
    Telephone: (212) 318-3000
    Facsimile: (212) 408-5100
    carlos.ortiz@nortonrosefulbright.com

*Counsel for Defendant McKesson Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served through the Court's CM/ECF system on all users registered with that system on October 11, 2019.

      */s/ Carlos F. Ortiz*
      Carlos F. Ortiz