UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In Re: Valsartan

*Plaintiff*

v.

*Defendant*

Civil Action No. 1:19-md-02875 RBK-JS

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____Aurolife Pharma LLC_____,
certifies that this party is a non-governmental corporate party and that:

[✓] This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

Aurobindo Pharma USA, Inc.

### OR

[ ] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____
Signature of Attorney

450 Sentry Parkway, Suite 200
Address

Blue Bell, PA  19422
City/State/Zip

10/15/2019
Date

## CERTIFICATE OF SERVICE

I, Jessica M. Heinz, Esquire, hereby certify that on October 15, 2019, the foregoing **Corporate Disclosure Statement** was filed through the ECF system and will be transmitted electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Jessica M. Heinz
      Jessica M. Heinz