UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re: Valsartan Products Liability Litigation** | MDL No.: 2875 |
| | Civil Action No. 19-2875-RBK-JS |
| | Honorable Robert B. Kluger, District Court Judge |
| This document relates to: *all cases* | Honorable Joel Schneider, Magistrate Judge |

*Document Electronically Filed*

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant Bryant Ranch Prepack, Inc., in connection with the above-referenced matter.

           **SILLS CUMMIS & GROSS P.C.**
           *The Legal Center*
           *One Riverfront Plaza*
           *Newark, NJ 07102*
           *T: (973) 643-7000*
           *F: (973) 643-6500*
           *ncolao@sillscummis.com*

           *Attorneys for Defendant*
           *Bryant Ranch Prepack, Inc.*

By:   *s/ Natalie R. Colao*
       NATALIE R. COLAO

Dated: October 16, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of October, 2019, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

*s/ Natalie R. Colao*
NATALIE R. COLAO