UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: October 16, 2019

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:**   ECR

**TITLE OF CASE:**    **DOCKET NO.:** 19-md-2875 (RBK)(JS)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Daniel Nigh, Esq. | Victoria Lockard, Esq. |
| Ruben Honik, Esq. | Brian Rubenstein, Esq. |
| Conlee Whiteley, Esq. | Jessica Heinz, Esq. |
| David Stanoch, Esq. | Jason Reefer, Esq. |
| Behram Parekh, Esq. | Michelle Michael, Esq. |
| George T. Williamson, Esq. | Brittney Nagle, Esq. |
| Marlene Goldenberg, Esq. | Kirstin Ives, Esq. |
| Layne Hilton, Esq. | Matthew Bruno, Esq. |
| | Steven Harkins, Esq. |
| | Geoff Coan, Esq. |
| | Robert Blanton, Esq. |
| | David Sellinger, Esq. |
| | D'Lesli Davis, Esq. |
| | Carlos Ortiz, Esq. |
| | Michael Zogby, Esq. |
| | Sarah Johnston, Esq. |

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

**DISPOSITION:**
In-Person status conference held on the record.
Order to be entered.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced:   10:45a.m.    Time Adjourned: 11:30a.m.    Total Time in Court:   0:45