IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

### ORDER

The Court having conducted a status conference with the parties on October 16, 2019; and this Order intending to confirm the Court's rulings,

IT IS HEREBY ORDERED this 18th day of October, 2019, that by October 21, 2019, the parties shall serve their lists of "macro" discovery issues to brief and decide before the December 11, 2019 conference. To the extent feasible, the Court prefers to receive an agreed upon joint list from the parties; and it is further

ORDERED that by October 23, 2019, defendants shall provide their comments on the latest version of the defendants' Fact Sheet. The Fact Sheet shall be finalized no later than November 20, 2019; and it is further

ORDERED the Court incorporates by reference its rulings as to the TPP Fact Sheet that are contained in the transcript of proceedings; and it is further

ORDERED that in addition to meeting and conferring about records custodians and search terms, the parties shall address issues regarding the translation of defendants' documents.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge