IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Civil Action No.: 1:19-md-2875 (RBK/JS) |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Jonathan D. Janow of Buchanan Ingersoll & Rooney PC as additional counsel on behalf of Defendant Albertsons Companies LLC ("Albertsons"), in the above-captioned action. Albertsons preserves all defenses including, but not limited to, venue, propriety of service, and personal jurisdiction in any individual case Albertsons is named that is currently pending in the MDL or that may be subsequently transferred or consolidated with this MDL.

Dated:  October 21, 2019                Respectfully submitted,


                                         /s/ *Jonathan D. Janow*
                                        Jonathan D. Janow
                                        **BUCHANAN INGERSOLL & ROONEY PC**
                                        1700 K Street, NW, Suite 300
                                        Washington, DC 20006
                                        Tel:   (202) 452-6057
                                        Fax:   (202) 452-7989
                                        Email: jonathan.janow@bipc.com

                                        *Counsel for Defendant Albertsons Companies LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing document be electronically served through the Court's CM/ECF system on all users registered with that system on October 21, 2019.

/s/ *Jonathan D. Janow*
Jonathan D. Janow
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW, Suite 300
Washington, DC 20006
Tel:   (202) 452-6057
Fax:   (202) 452-7989
Email: jonathan.janow@bipc.com

*Counsel for Defendant Albertsons Companies LLC*