## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

Civil Action No.: 1:19-md-2875 (RBK/JS)

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Christopher J. Dalton of Buchanan Ingersoll & Rooney PC as additional counsel on behalf of Defendant Albertsons Companies LLC ("Albertsons"), in the above-captioned action. Albertsons preserves all defenses including, but not limited to, venue, propriety of service, and personal jurisdiction in any individual case Albertsons is named that is currently pending in the MDL or that may be subsequently transferred or consolidated with this MDL.

Dated:  October 21, 2019

Respectfully submitted,

/s/ *Christopher J. Dalton*

Christopher J. Dalton
**BUCHANAN INGERSOLL & ROONEY PC**
550 Broad Street, Suite 810
Newark, NJ  07102
Tel:    (973) 424-5614
Fax:    (973) 273-9340
Email: christopher.dalton@bipc.com

*Counsel for Defendant Albertsons Companies LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing document be electronically served through the Court's CM/ECF system on all users registered with that system on October 21, 2019.

/s/ *Christopher J. Dalton*
Christopher J. Dalton
**BUCHANAN INGERSOLL & ROONEY PC**
550 Broad Street, Suite 810
Newark, NJ  07102
Tel:    (973) 424-5614
Fax:    (973) 273-9340
Email:  christopher.dalton@bipc.com

*Counsel for Defendant Albertsons Companies LLC*