IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

ORDER

The Court having Ordered the parties to identify relevant "macro" discovery issues to address before the scheduled December 11, 2019 conference in order to assist the parties in their effort to identify relevant document/ESI custodians and search terms [Doc. No. 273]; and the Court having received the parties' October 21, 2019 submissions [Doc. Nos. 278, 279]; and this Order intending to identify the issues the parties shall address in letter briefs; and accordingly,

IT IS HEREBY ORDERED this 22nd day of October, 2019, that by November 5, 2019, defendants shall serve a letter brief(s) regarding their position on the "macro" discovery issues listed below.  Plaintiffs shall respond by November 18, 2019:

1. The extent of discovery regarding foreign regulatory materials and communications.

2. The extent of discovery regarding foreign sales, marketing and agreements.

3. The extent of discovery regarding each applicable defendants' finished dose manufacturing process.

4. The extent of discovery regarding valsartan testing.

5. Whether health risk discovery should be limited to the injuries alleged in the master and other complaints.

6. The relevant time period for the custodial search and production of responsive documents as to each defendant.

7. The type, nature, scope and time frame of the privilege logs to be produced.

8. The cost and mechanics of the translation of defendants' foreign documents; and it is further

ORDERED that plaintiffs shall serve a letter brief(s) regarding their position on the "macro" discovery issues listed below. Defendants shall respond by November 18, 2019:

1. Whether defendants' alleged "boilerplate" objections should be summarily overruled and deemed waived.

2. Defendants' entities and/or manufacturing facilities that must respond to plaintiffs' discovery.

3. Whether defendants should be required to identify and produce discovery regarding other products using the same manufacturing processes, solvents, and/or testing as those for valsartan API.

4. The extent of discovery regarding defendants' litigation holds; and it is further

ORDERED that plaintiffs and defendants shall serve with their letter briefs a Certification or Affidavit pursuant to L. Civ. R. 37.1(b) that as to each issue raised in their opening letter brief(s) they met and conferred with opposing counsel in-person or

2

via phone in a good faith effort to resolve by agreement the issues raised without the intervention of the Court; and it is further

ORDERED oral argument on all discovery disputes raised in the parties' letter briefs will be held in Courtroom 3C on November 20, 2019 at 10:00 a.m.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge
