# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ERIC ERWIN, ET AL.,
*Plaintiff*

V.

**SUMMONS ON AMENDED COMPLAINT**

PRINSTON PHARMACEUTICALS INC., ET AL.,
*Defendant*

CASE NUMBER: **1:19–MD–02875–RBK–JS**

TO: *(Name and address of Defendant):*

Actavis Pharma, Inc.
d/b/a Teva Pharmaceuticals USA, Inc.
400 INTERPACE PKWY
PARSIPPANY, NJ, 07054

A lawsuit has been filed against you.

Unless otherwise prescribed by rule, within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David J. Stanoch

Golomb & Honik, P.C.

1835 Market Street, Suite 2900

Philadelphia, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

s/ **WILLIAM T. WALSH**
CLERK



ISSUED ON 2019–09–06 08:45:51, Clerk
USDC NJD

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-MD-02875-RBK-JS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Actavis Pharma, Inc. d/b/a Teva Pharmaceuticals USA Inc
was received by me on *(date)* 09/23/2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Arona Samb, person in charge, who is designated by law to accept service of process on behalf of *(name of organization)* Actavis Pharma, Inc. d/b/a Teva Pharmaceuticals USA, Inc. on *(date)* 09/26/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 09/30/2019

*Server's signature*

Thomas J. Crean, Jr., Process Server
*Printed name and title*

Dennis Richman's Services
1500 JFK Blvd., Suite 1315
Philadelphia, PA 19102
*Server's address*

Additional information regarding attempted service, etc:

172625