# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

ERIC ERWIN, ET AL.,
*Plaintiff*

V.

**SUMMONS ON AMENDED COMPLAINT**

PRINSTON PHARMACEUTICALS INC., ET AL.,
*Defendant*

CASE NUMBER: **1:19–MD–02875–RBK–JS**

TO: *(Name and address of Defendant):*

Albertsons Companies, LLC
250 E PARKCENTER BLVD
BOISE, ID, 83706-3940

Albertsons Companies
c/o CT Corporation System
921 S Orchard St., Ste. G
Boise, ID 83705

A lawsuit has been filed against you.

Unless otherwise prescribed by rule, within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David J. Stanoch

Golomb & Honik, P.C.

1835 Market Street, Suite 2900

Philadelphia, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

s/ **WILLIAM T. WALSH**
CLERK



ISSUED ON 2019-09-06 08:45:51, Clerk
USDC NJD

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Eric Erwin, et al.    Plaintiff(s):

vs.

Prinston Pharmaceuticals, Inc., et al.    Defendant(s):

**DECLARATION OF SERVICE**

Case Number: 1:19-MD-02875-RBK-JS

For:
Dennis Richman's Services for the Professional, Inc.
1500 John F. Kennedy Blvd., Ste. 1706
Philadelphia, PA 19102

Received by Tri-County Process Serving LLC on September 19, 2019 to be served on **ALBERTSON'S COMPANIES, LLC**.

I, Jordan Johnson, declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

**On Monday, September 23, 2019, at 12:54 PM**, I served the within named **Albertson's Companies, LLC** by delivering a true copy of the **Summons on Amended Complaint, Consolidated Amended Medical Monitoring Class Action Complaint** to Nicole Fruh of CT Corporation System, on behalf of Albertson's Companies, LLC. Said service was effected at **921 S. Orchard St., Ste. G, Boise, ID 83705**.

Approximate description of Nicole Fruh
Female  30 years old,  5' 5" Tall,  170 lbs,  Brown Hair,  Brown eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action.

Our Reference Number: 178064
Client Reference: P172335

Thursday, September 26, 2019

TRI-COUNTY PROCESS SERVING LLC
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

**JORDAN JOHNSON**