# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ERIC ERWIN, ET AL.,
*Plaintiff*

V.

**SUMMONS ON AMENDED COMPLAINT**

PRINSTON PHARMACEUTICALS INC., ET AL.,
*Defendant*

CASE NUMBER: **1:19-MD-02875-RBK-JS**

TO: *(Name and address of Defendant):*

Express Scripts Holding Company
1 EXPRESS WAY
ST. LOUIS, MO, 63121-1824

A lawsuit has been filed against you.

Unless otherwise prescribed by rule, within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David J. Stanoch
Golomb & Honik, P.C.
1835 Market Street, Suite 2900
Philadelphia, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK

ISSUED ON 2019-09-06 08:45:51, Clerk
USDC NJD

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

172342

Civil Action No. 1:19-MD-02875-RBK-JS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Express Scripts Holding Company
was received by me on *(date)* 09/17/2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* GABRIELLE SHIELDS, HR ASSISTANT, who is
designated by law to accept service of process on behalf of *(name of organization)*
EXPRESS SCRIPTS HOLDING COMPANY on *(date)* SEPTEMBER 20, 2019 or @ 2:33 P.M.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: SEPTEMBER 20, 2019

Server's signature: K. Kahlberg

Dennis Dahlberg
Process Server, ps363

*Printed name and title*

c/o Dennis Richman's Services
1500 JFK Blvd., Ste. 1706
Philadelphia, PA 19102

*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

**COMES NOW**, Dennis Dahlberg and states that on September 20, 2019 he did serve a Summons On Amended Complaint; and Consolidated Amended Economic Loss Class Action Compliant in re: Cause Number 1:19-MD-02875-RBK-JS, United States District Court, District Of New Jersey on Gabrielle Shields, Human Resource Assistant (as authorized to accept service) at Express Scripts, 1 Express Way, St. Louis, Missouri 63121 at 2:33 p.m. o'clock on behalf of Express Scripts Holding Company via hand delivery.

_____
Dennis H. Dahlberg
Special Process Server, ps 363
22nd Judicial Circuit Court
City of St. Louis, Missouri

Listed and subscribed before me this Twenty-Third of September 2019.

_____
Notary Public

MARY D. HURLEY
Notary Public - Notary Seal
State of Missouri
County of St. Louis
My Commission Expires October 18, 2022
Commission #14955366