# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

ERIC ERWIN, ET AL.,
*Plaintiff*

V.

**SUMMONS ON AMENDED COMPLAINT**

PRINSTON PHARMACEUTICALS INC., ET AL.,
*Defendant*

CASE NUMBER: **1:19-MD-02875-RBK-JS**

TO: *(Name and address of Defendant):*

McKesson Corporation
1 POST ST
SAN FRANCISCO, CA 94104

McKresson Corporation
c/o CSC- Lawyers Incorporating Service
2710 Gateway Oaks Drive
Ste. 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Unless otherwise prescribed by rule, within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David J. Stanoch

Golomb & Honik, P.C.

1835 Market Street, Suite 2900

Philadelphia, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2019-09-06 08:45:51, Clerk
USDC NJD

Civil Action No. 1:19-MD-02875-RBK-JS

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*  **MCKESSON CORPORATION**
was received by me on September 17, 2019

☐ I personally served the Summons & Complaint on the individual at 2710 Gateway Oaks Dr Ste 150N, Sacramento, CA 95833-3502 on September 23, 2019 2:59 PM

☐ I left the Summons & Complaint at the individual's residence or usual place of abode with   , a person of suitable age and discretion who resides there, on   , and mailed a copy to the individual's last known address; or

☑ I served the Summons & Complaint to **BECKY DEGEORGE**, who is designated by law to accept service of process on behalf of CSC Lawyers, Inc., 2710 Gateway Oaks Drive, Suite 150 N, Sacramento, CA 95833 on September 23, 2019 @ 2:59 PM

☐ I returned the Summons & Complaint unexecuted because;

☐ other *(specify):*

My fees are $ .00 for travel and $ 0.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10/3/19

Server's signature

**KATRINA WILLIAMS**
*Printed name and title*

C/O Dennis Richman's Services
1500 JFK Blvd., Suite 1706
Philadelphia, PA 19102

*Server's Address*

A0440-ALS145561

172350