# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION** | Case No. 1:19-md-2875-RBK-JS<br><br>HON. ROBERT B. KUGLER<br>HON. JOEL SCHNEIDER |
| ***THIS DOCUMENT RELATES TO***:<br><br>MAINE AUTOMOBILE DEALERS ASSOCIATION, INC. INSURANCE TRUST, on Behalf of Itself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>A-S MEDICATION SOLUTIONS LLC; et al.,<br><br>    Defendants. | Case No. 1:19-cv-02431 |

### NOTICE OF VOLUNTARY DISMISSAL AS AGAINST DEFENDANT SANDOZ INC. ONLY

Plaintiff Maine Automobile Dealers Association, Inc. Insurance Trust ("MADA") hereby gives notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that any and all claims asserted against Defendant Sandoz, Inc. are hereby dismissed without prejudice and without costs. MADA's

1

claims against all other Defendants in the above-styled and numbered action remain pending, and in full force and effect.

Respectfully submitted, this 23rd day of October 2019.

| /s/ Sigmund D. Schutz | /s/ Peter St. Phillip |
|---|---|
| Sigmund D. Schutz (admitted *pro hac vice*)<br>**PRETI FLAHERTY BELIVEAU & PACHIOS LLP**<br>One City Center<br>P.O. Box 9546<br>Portland, ME  04112<br>Tel: 207.791.3000<br>E-mail: sschutz@preti.com | Peter St. Phillip (NJ ID# 025031993)<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Tel: 914.733.7245<br>E-mail: pstphillip@lowey.com |

*Counsel for Plaintiff Maine Automobile Dealers Association, Inc. Insurance Trust*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served on this 23rd day of October 2019 on all counsel of record via the CM/ECF system of the United States District Court for the District of New Jersey

                                  */s/ Anthony M. Christina*
                                  Anthony M. Christina (NJ ID No. 196262016)