UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re: Valsartan Products Liability Litigation** | MDL No.: 2875 |
| | Civil Action: 19-2875-RBK-JS |
| | Honorable Joel Schneider, Magistrate Judge |
| This document relates to: *all cases* | |

*Document Electronically Filed*

### NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant, Preferred Pharmaceuticals, Inc., in connection with the above-referenced matter.

                                                **WOOD SMITH HENNING BERMAN, LLP**
                                                400 Connell Drive, Suite 1100
                                                Berkeley Heights, NJ 07922
                                                T: (973) 265-9901
                                                F: (973) 265-9925
                                                E: kwaters@wshblaw.com

                                                *Attorneys for Defendant,*
                                                *Preferred Pharmaceuticals Inc.*

                                        By:  *s/ Kelly A. Waters*_____
                                                        KELLY A. WATERS

October 30, 2019

## CERTIFICATION OF SERVICE

I hereby certify that on the 30th day of October, 2019, a true and correct copy of the foregoing Notice of Appearance was electrically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

By: _س/ Kelly A. Waters_____
KELLY A. WATERS