# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | : Civil No. 19-2875 (RBK/JS)<br>:<br>: HON. ROBERT B. KUGLER<br>:<br>: HON. JOEL SCHNEIDER<br>: |

## LOCAL CIVIL RULE 37.1(B) CERTIFICATION

I certify under penalty of perjury that the foregoing is true and correct. On October 15, 2019, and November 4, 2019, as to each issue raised in Plaintiffs' opening letter brief regarding the "macro" discovery issues, Plaintiffs met and conferred with opposing counsel via phone in a good faith effort to resolve by agreement the issues raised without the intervention of the Court, and the parties have been unable to reach agreement on them.

Executed on November 5, 2019           RESPECTFULLY SUBMITTED,

Adam M. Slater (NJ Bar 046211993)

MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, 2nd Floor

Roseland, New Jersey 07068

Tel.: 973-228-9898

Fax: 973-228-0303

aslater@mazieslater.com

*Counsel for Plaintiffs*