# Exhibit 10

| | |
|---|---|
| From: | Herbert, Dellarese L <Dellarese.Herbert@fda.hhs.gov> |
| Sent: | Tuesday, February 19, 2019 7:23 AM |
| To: | Megha Shah; ORA PHARM1 RECALLS |
| Cc: | Jeffrey Jackowski; Dan Burns; Jasleen Gupta; Global Complaints; Bushra Khan; US Pharmacovigilance |
| Subject: | Nitrosamine Testing Discrepancies- AUROBINDO |
| Importance: | High |

Good morning Megha,

The agency found discrepancies with the nitrosamine testing for API and FDP. The agency would like Aurobindo to test both the API and FDP at the same time, using the same analyst/method/equipment to eliminate any testing variance and provide those results to the FDA as soon as possible.

**Aurobindo Valsartan - NDEA**

| Lab | Drug | NDMA | NDEA |
|---|---|---|---|
| OTR | Valsartan API (DMF 24544) | N.D. | N.D. |
| OTR | Valsartan FDP | N.D. | N.D.-0.592 |
| Aurobindo | Valsartan FDP | N.D. | N.D.-0.686 |

- API tested negative, but FDP tested positive for NDEA
- Aurobindo recalled 80 lots of FDP

**Aurobindo Losartan FDP - NDMA**
- Test results for Aurobindo losartan API and FDP

| Lab | Firm | NDMA | NDEA |
|---|---|---|---|
| OTR | ZTP Losartan API (MF 028346) | N.D. | N.D. |
| OTR | Aurobindo API (MF 019671) | N.D. | N.D. |
| OTR | Aurobindo FDP | Up to 0.233 | N.D. |
| Aurobindo | Aurobindo FDP | N.D. | N.D. |

- Losartan FDPs

| Drug Name | ANDA | DMF | Notes |
|---|---|---|---|
| Losartan Tablets | 090083 | 019671 | OTR testing shows FDP associated with Aurobindo's API |
| | | 028346 | Appears that firm is claiming API from ZTP |
| Losartan/HCTZ Tablets | 091629 | 019671 | OTR testing shows FDP associated with Aurobindo's API |
| | | 028346 | Appears that firm is claiming API from ZTP |
| | | 017728 | DMF for HCTZ |

Thanks, your response is appreciated.

1

Auro-MDL 2875-0020661

*Dellarese Herbert, R.N., B.S.N.*
*Lieutenant Commander, U.S. Public Health Service*
*U.S. Food & Drug Administration*
*Division Recall Coordinator/Compliance Officer*
*Division of Pharmaceutical Quality Operations I & IV*
*(CT, DC, DE, MA, MD, ME, NH, NJ, NY, PA, RI, VA, VT, WV, AK, AZ, CA, CO, HI, ID, MT, NM, NV, OR, UT, WA, WY)*
*900 U.S. Custom House, suite 904*
*200 Chestnut Street*
*Philadelphia, PA 19106*

*Phone: 215-717-3747*
*Blackberry 215-906-5589*
*Fax: 215-517-6649*
*email: dellarese.herbert@fda.hhs.gov*

Orapharm1recalls@fda.hhs.gov, Serving CT, DC, DE, MA, MD, ME, NH, NJ, NY, PA, RI, VA, VT, WV
Orapharm4recalls@fda.hhs.gov, Serving AK, AR, AZ, CA, CO, HI, ID, MT, NM, NV, OR, UT, WA, WY


*"It takes many good deeds to build a good reputation, and only one bad one to lose it"*

2

Auro-MDL 2875-0020662