# Exhibit 15

# (Intentionally Omitted)