# Exhibit 17



Teva Worldwide · Stock · Contact Us · Hebrew

About · Products · Research · Responsibility · Media · Investors · Career

Home page › About › Actavis Integration

# Actavis Integration

- Company Profile
- Corporate Officers
- Corporate Governance
- Our History

## Teva Acquires Actavis Generics

Joining forces to build our new future

Share on Facebook   Share on LinkedIn   Share on Twitter

At Teva, we continually evaluate and pursue growth opportunities that advance our goal of being a stronger, more diversified organization with the scale and resources to drive value across our business today and in the future.

The acquisition delivers on these objectives, while enabling us to take a leading position in our transforming industry.

This strategic acquisition brings together two leading generics businesses with complementary strengths, brands and cultures, providing patients with more affordable access to quality medicines, and creating significant financial benefits for Teva stockholders.

Our newly combined company offers the richest product pipeline in the generic industry and will continue to lead the way with complementary technologies and product portfolios, offering more differentiated and durable products than any other generic company of this scale.

Read more in the press release

### Actavis Regional Contacts

Teva welcomes our Actavis Generics local markets. We want to ensure that each region continues to receive the support it needs during this time of

---

This site uses cookies to give you a better browsing experience. By continuing to use this website, you accept our use of these cookies. For more information, see our **Privacy and Cookie Notice**.

OK

| | | |
|---|---|---|
| General inquiries<br>Medical Affairs<br>Actavis site<br>Teva site | General inquiries<br>Medical Affairs<br>Actavis site<br>Teva site | General inquiries<br>Medical Affairs<br>Actavis site<br>Teva site |
| **BOSNIA AND HERZEGOVINA**<br>General inquiries<br>Medical Affairs<br>Actavis site<br>Teva site | **BRAZIL**<br>General inquiries<br>Medical Affairs<br>Actavis site<br>Teva site | **BULGARIA**<br>General inquiries<br>Medical Affairs<br>Actavis site<br>Teva site |
| **CANADA**<br>Medical Affairs<br>Tel: 1-855-892-8766<br>Side Effects and Lack-of-Efficacy Complaints: 1-800-268-4127 ext. 1255005<br>Product Inquiries: 1-800-268-4129, 1-416-291-9595<br>Customer care, product availability, returns and product quality complaints: costumer.service@tevacanada.com<br>Teva Canada Ltd. site<br>Teva Canada Innovation (Specialty Branded products) All Inquiries: 1- | **CZECH REPUBLIC**<br>General inquiries and Medical Affairs<br>Actavis site<br>Teva site<br><br>**HONG KONG**<br>General inquiries<br><br>**ICELAND**<br>General inquiries<br>Medical Affairs<br>Tel: +(354) 550 3300<br>Actavis site<br><br>**IRELAND**<br>General inquiries<br>Tel.1800 - 201 700<br>Drug safety<br>Tel.+353(51) | **FINLAND**<br>General inquiries and Medical Affairs<br>Tel: +358 20 180 5900<br>Drug Safety<br>Actavis site<br>Teva site<br><br>**HUNGARY**<br>General inquiries<br>Medical Affairs<br>Actavis site<br>Teva site<br><br>**INDONESIA**<br>General inquiries<br>Actavis site<br><br>**JAPAN**<br>General inquiries<br>Medical Affairs |
| **MALTA**<br>General inquiries | | |

This site uses cookies to give you a better browsing experience. By continuing to use this website, you accept our use of these cookies. For more information, see our **Privacy and Cookie Notice**.

OK

**POLAND**

General inquiries
Medical Affairs
Actavis site
Teva site

**RUSSIA**

General inquiries
Medical Affairs
Actavis site
Teva site

**SLOVENIA**

General inquiries
Medical Affairs
Actavis site
Teva site

**TURKEY**

General inquiries

Tel: +90 216 656 67 00
Medical Affairs
Actavis site
Teva site

**US**

General inquiries
Tel: 888-TEVA-USA (888-838-2872)
Medical Affairs
Actavis site
Teva site

Iris Bock Godner   +972 3

---

General inquiries
Medical Affairs
Actavis site

**ROMANIA**

General inquiries
Medical Affairs
Actavis site
Teva site

**SINGAPORE**

General inquiries
Tel: (65) 65090403
Actavis site

**SWITZERLAND**

General inquiries
Medical Affairs
Actavis site
Teva site

**UKRAINE**

General inquiries
Tel: +380 44 594 70 80
Medical Affairs
Drug Safety

Tel: +38 044 594 70 80
Quality Complaints

Tel: +38 044 594 70 80
Actavis site
Teva site

---

General inquiries and Medical Affairs
Tel: +47 66775590
(Press 1 for medical questions)
Actavis site

**SERBIA**

General inquiries
Medical Affairs
Actavis site
Teva site

**SWEDEN**

General inquiries and Medical Affairs
Tel: +46 42121100
(Press 1 for medical questions)
Actavis site

**UK**

General inquiries
Tel: 01977 628500
Medical Affairs
Actavis site
Teva site

**MEDIS (Company)**

General inquiries
Actavis/Medis site

---

This site uses cookies to give you a better browsing experience. By continuing to use this website, you accept our use of these cookies. For more information, see our **Privacy and Cookie Notice**.

OK

Tomer Amitai, 972 (3) 926-7656 (Israel)

About
- Company Profile
- Corporate Officers
- Corporate Governance
- Our History

Products
- Specialty
- Generic Products
- Generic FAQ
- Over the Counter (OTC)
- API
- Quality

Research
- Our Philosophy
- Patient Promise
- Pipeline
- Clinical Trials
- Biopharmaceuticals

Responsibility
- Social Impact
- Positions & Policies
- Patient Advocacy

Media
- Latest News
- Featured Stories
- Social Media

Investors
- Press Releases
- Events & Presentations
- Financial Information
- Debt Information
- Stock Information
- Corporate Governance
- Investor Resources

Careers
- Dare to be different
- Our Guiding Values
- Leadership Development
- Working at Teva
- Meet the [Experts]

Follow Teva:

Legal Notes     Data Privacy     PhV Privacy Notice     TAPI     Teva Supplier Code of Conduct     Sitemap
Supplier FAQ's                                                                                 © 2018 Teva Pharmaceutical Industries Ltd.

This site uses cookies to give you a better browsing experience. By continuing to use this website, you accept our use of these cookies. For more information, see our **Privacy and Cookie Notice**.

OK