# Exhibit 18

| | |
|---|---|
| **From:** | Constance Truemper |
| **Sent:** | Monday, November 12, 2018 9:05 PM |
| **To:** | Herbert, Dellarese L (Dellarese.Herbert@fda.hhs.gov); 'orapharm1recalls@fda.hhs.gov' |
| **Subject:** | Valsartan and Valsartan/HCTZ direct ships from Malta |
| **Attachments:** | FDA Copy - Arrow Malta Valsartan and Valsartan HCTZ received in Gurnee 12 NOV 2018.xlsx |

Good Day Ms. Herbert:
At the request of FDA (08/21/2018 – Lisa Mathew), concerning the NDMA problem for Valsartan API manufactured by Zhejiang Huahai Pharmaceutical Co. Ltd. (ZHP), Teva previously provided an excel listing of finished product lots of Valsartan and Valsartan/HCTZ tablets distributed in US versus the ZHP Valsartan API lots (which included other information per this request). These finished products were bulk manufactured in Teva's Arrow Malta plant (Arrow) and package in Teva's Actavis Florida plant (AFL) for US commercial distribution from its Gurnee, IL warehouse.

Teva has since discovered additional finished products lots, previously or already expired, of Valsartan and Valsartan/HCTZ tablets that used ZHP's Valsartan API. These finished products were manufactured and packaged at Arrow and directly shipped to Gurnee warehouse for US commercial distribution. Attached is an excel listing of these finished products lots versus the ZHP lot numbers (including similar information per the request from 08/21/2018 – Lisa Mathew) . These lots do not impact the recall executed by Teva in 07/2018. The Last lot expired on September 2016.

Respectfully,



**Connie T Truemper**
**Mgr Quality Professional**
**Tel:** 1-973-658-1839    **Cell:** 1-908-303-4319
Constance.Truemper@actavis.com    www.tevapharm.com

TEVA-MDL2875-00004051