# Exhibit 20

Document produced natively
TEVA-MDL2875-00001350
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
pdr-ele-impu-risk.pdf
ANDA\091519 Submissions\Submissions\eCTD\091519\0042\m3\32-body-data\32p-drug-prod\valsartan-and-hydrochlorothiazide-tablets-all-strengths\32p2-pharm-dev\
4202596B0BEE4761C41A1ECAFA898190



**QUALITY RISK ASSESSMENT OF ELEMENTAL IMPURITIES IN THE FINISHED DOSAGE FORM FOR VALSARTAN HYDROCHLOROTHIAZIDE TABLETS.**

Arrow Pharm (Malta) Ltd.

| | |
|---|---|
| Title: | Quality Risk Assessment of Elemental Impurities in the finished dosage form for Valsartan Hydrochlorothiazide Tablets. |

# RISK ASSESSMENT STUDY (RM-079)

*Quality Risk Assessment of Elemental Impurities (ICH Q 3D) in the finished dosage form for Valsartan Hydrochlorothiazide Tablets.*

## 3.2.P.2 ELEMENTAL IMPURITIES INITIAL RISK ASSESSMENT REPORT

| TEVA Actavis GENERICS | Valsartan Hydrochlorothiazide Tablets, 80/12.5mg, 160/12.5mg, 160/25mg, 320/12.5mg and 320/25mg |
|---|---|
| | Risk Assessment Report: RM-079 |

Prepared By: ▓▓▓▓▓▓▓▓▓▓      Date: 25 July 17
Senior Quality Control Analyst

Reviewed ▓▓▓▓▓▓▓▓▓▓      Date: 25th July 2017
Quality Control Supervisor

Approv ▓▓▓▓▓▓▓▓▓▓      Date: 27 JUL 2017
Quality Systems Manager

Approved ▓▓▓▓▓▓▓▓▓▓      Date: 2-Avy-2012
Production and Process Validation Manager

Approved ▓▓▓▓▓▓▓▓▓▓      Date: 03 Aug 2017
Quality Assurance Manager/QP