# Exhibit 21

Aurobindo Toxicology Health Hazard Assessment

Valsartan and Valsartan/Amlodipine Tablets, Film Coated

Complaint No. N/A

January 2019

Prepared by

William Fiedelman, MD

Richard Murphy, PharmD

The Medical Affairs Company

Auro-MDL 2875-0020989

This document was prepared by the afore-mentioned staff at The Medical Affairs Company.

The Medical Affairs Company
125 TownPark Drive, Suite 450
Kennesaw, GA 30144
678-581-4400


Rich Murphy, PharmD
Director, Medical Communications

This is for information purposes only and is not to be construed as a recommendation for the intentional or unintentional administration of valsartan and valsartan + amlodipine tablets in a manner inconsistent to approved product labeling. This information has been provided to assist in efforts to form independent conclusions regarding the use and expectations of the above-mentioned products when dispensed.

2

Auro-MDL 2875-0020990

**Overview**
Aurobindo has requested a Toxicology Health Hazard Assessment because an impurity — N-nitrosoethylamine (NDEA) — was determined to be present at >0.0883 ppm (88.3 ng/mL in Valsartan Tablets and Valsartan/Amlodipine Tablets, Film-Coated. This concentration is out of specification and exceeds the maximum acceptable concentration as determined by the FDA. NDEA is classified as a known animal carcinogen and a suspected human carcinogen. Valsartan and other drugs classified as sartans (e.g., irbesartan, losartan) are angiotensin II receptor blockers (ARBs) alone or in combination with other antihypertensive agents are maintenance drugs for hypertension.

**Background**
In July 2018, N-nitrosomethylamine (NDMA) was found in the active pharmaceutical ingredient (API) used to manufacture valsartan by Zhejiang Huahai Pharmaceutical Company in Linhai, China, and a number of generic products using this API subsequently were recalled by the European Medicines Agency (EMA) and the Food and Drug Administration (FDA). According to records from Zhejiang Huahai, the FDA indicated that some levels of this carcinogenic impurity may have been in the valsartan-containing products for as long as 4 years. On July 13, 2018 the FDA issued a recall of particular batches of NDMA-containing valsartan tablets.

Subsequently, on or about September 15, 2018, NDEA was found in one batch of losartan manufactured in India by Hetero Labs, and Zhejiang Huahai also detected NDEA in some lots of its valsartan API. Testing by the FDA confirmed the presence of NDEA in several lots of valsartan API and in three lots of valsartan distributed by Torrent Pharmaceuticals, which used the Zhejiang Huahai API. As a precaution and to ensure that manufacturing process changes or other factors have not resulted in systemic contamination of sartan drugs already on the market, the EMA on September 21, 2018 expanded its review of nitrosamine impurities to include irbesartan, candesartan, losartan and olmesartan in addition to valsartan. Like valsartan, these active substances have a specific ring structure (tetrazole) whose synthesis could potentially lead to the formation of impurities such as NDEA.

On September 28, 2018 the FDA placed Zhejiang Huahai on import alert, banning all API made by Zhejiang Huahai and all finished drug products produced with Zhejiang Huahai's API from legally entering the United States, "to protect U.S. patients while the API manufacturer fully determines how impurities were introduced into its API and remediates its quality systems." During October and November 2018, the FDA developed and validated an accurate method for measuring the concentration of NDEA in sartans and identified out of specification concentrations of NDEA in a number of generic lots marketed by Sandoz, Mylan, and Teva, which were recalled voluntarily. On December 19, 2018 the FDA published interim acceptable intake levels for NDEA and NDMA in the ARB class [Table 1 in Appendix].

This is for information purposes only and is not to be construed as a recommendation for the intentional or unintentional administration of valsartan and valsartan + amlodipine tablets in a manner inconsistent to approved product labeling. This information has been provided to assist in efforts to form independent conclusions regarding the use and expectations of the above-mentioned products when dispensed.

3

Auro-MDL 2875-0020991

On December 20, 2018, the FDA reported a voluntary recall of losartan tablets by Torrent Pharmaceuticals because of out of specification concentrations of NDEA.

**Valsartan Recall by Aurobindo**
On December 31, 2018, Aurobindo voluntarily recalled 80 lots of Valsartan/Hydrochlorothiazide, Valsartan/Amlodipine and Valsartan 320 mg tablets due to trace amounts NDEA found in the finished drug product. These voluntarily recalled lots are listed in the Table 2 in the Appendix.

**Toxicology of NDEA**
The health risk of most concern for nitrosamines generally is carcinogenicity. Exposure to nitrosamines has been shown to produce tumors in laboratory animals and has been linked in epidemiologic studies to human cancer including pancreatic cancer and brain tumors in children. Nitrosamines generally are classified by a number of international organizations and regulatory authorities based on potential carcinogenicity. In contrast to NDMA, which has been determined to increase the risk of cancer in humans over a prolonged period of exposure, the potential human carcinogenicity to NDEA is not as well documented. Under the International Agency for Research on Cancer (IARC), which is part of the World Health Organization, NDEA is classified as a group 2A substance (probably carcinogenic in humans). The EU classifies NDEA as Category 1B (presumed to have carcinogenic potential in humans, based largely on animal evidence). In the U.S., the EPA classifies NDEA as Category B2 (probable human carcinogen) under its 1986 carcinogen assessment guidelines, which means that animal data providing a causal relationship of carcinogenicity are available, but human data are limited.

It has been demonstrated that liver cancer can be induced in rats by the oral administration of NDEA at a concentration of 0.02% over time. Nitroso compounds such as NDEA are known to cause hepatoportal sclerosis, hepatolobular dilation, hepatic fibrosis and necrosis, liver enlargement, pre-neoplastic lesions, and cirrhosis in rats. NDEA is degraded by the action of the cytochrome P450-dependent monooxygenase system to form its active ethyl radicals ($CH_3CH^{2+}$). These ethyl radicals and other reactive products interact with DNA, leading to mutations and elevations in blood serum enzyme markers such as aspartate-transaminase (AST), alanine-aminotransferase (ALT), alkaline-phosphatase (ALP), gamma-glutamyl transferase (GGT), lactate-dehydrogenase (LDH), and total bilirubin. Ethyl radicals formed by the degradation of NDEA also produce an increase in oxidative stress markers such as lipid peroxidation, protein carbonyl content, superoxide dismutase, and catalase, and can cause neoplastic transformation in liver tissues.

This is for information purposes only and is not to be construed as a recommendation for the intentional or unintentional administration of valsartan and valsartan + amlodipine tablets in a manner inconsistent to approved product labeling. This information has been provided to assist in efforts to form independent conclusions regarding the use and expectations of the above-mentioned products when dispensed.

There is also some experimental evidence that NDEA may contribute to the atherosclerotic process, at least in rabbits. Oral administration of NDEA at a dose of 50 mg/day together with a hypercholesterolemic diet to rabbits resulted in a significant increase in osmotic fragility of erythrocytes as well as increased *in vitro* lipid peroxidation (LPO) of erythrocytes. The plasma total lipids, cholesterol and glycerides continued to increase during the feeding of the hypercholesterolemic diet with or without NDEA. However, after the cessation of the hypercholesterolemic diet, the decrease in the lipid fractions was relatively less in the experimental group receiving NDEA. Administration of NDEA in the hypercholesterolemic diet did not affect the total lipid content in the liver, although it marginally increased the hepatic cholesterol levels. Histopathologic changes in different tissues (heart, aorta and liver) were relatively more severe in experimental rabbits receiving NDEA compared with controls. This study suggests that oral administration of NDEA results in increased LPO of blood and decreased lipid clearance, which may in turn result in an increased degree of atherosclerosis.

Exogenous sources (mainly, drinking water and food) account for most of the exposure to N-nitrosamines such as NDEA. Different risk assessments have calculated drinking water concentrations of nitrosamines generally that are associated with carcinogenic risk to range from 0.7-100 ng/L. A literature search revealed only one publication, which addressed hepatocellular carcinoma induction by NDEA in a rat model of primary liver cancer. Besides being present in food items like cheese, smoked, salted, and dried fish, cured meat, and alcoholic beverages, it is also found in the effluents and smoke released from rubber, dye, metal industries, and cigarettes. Specific NDEA content of certain foods includes:
- Pork liver: Not detected
- Pork belly: Not detected
- Pork meat in salt: 0.06-0.07 µg/kg
- Smoked pork brisket: 0.06-9.5 µg/kg

Material Safety Data list the acute oral $LD_{50}$ of NDEA to be 220 mg/kg in rats, 200 mg/kg in mice, and 250 mg/kg in Guinea pigs.

**Summary**
The potential/probable human carcinogen NDEA has been determined to be present at >0.0883 ppm in Aurobindo's Valsartan Tablets, Valsartan/Hydrochlorothiazide Tablets, and Valsartan/Amlodipine Tablets, Film-Coated. These concentrations are out of specification and exceed the FDA's maximum acceptable concentration. However, in contrast to NDMA, which has been determined to increase the risk of cancer in humans over a prolonged period of exposure, the potential human carcinogenicity to NDEA is not as well documented. Based on a relative risk assessment by the FDA, short-term exposure to what appear to be low levels of NDEA should not result in any significantly increased risk of carcinogenesis. In addition, the EMA has determined that, based on the trace amounts of NDEA seen so

This is for information purposes only and is not to be construed as a recommendation for the intentional or unintentional administration of valsartan and valsartan + amlodipine tablets in a manner inconsistent to approved product labeling. This information has been provided to assist in efforts to form independent conclusions regarding the use and expectations of the above-mentioned products when dispensed.

Auro-MDL 2875-0020993

far in one batch of losartan from Hetero Labs, there is no immediate risk to patients. Patients are therefore advised not to stop taking losartan or other sartan medicines without speaking to their doctor. Nevertheless, since the FDA has recalled some valsartan-containing products because of the presence of NDEA impurities, it cannot be stated with absolute certainty that there is no long-term risk.

## Conclusion

Short-term exposure to what appear to be relatively low levels of NDEA in Aurobindo's Valsartan Tablets, Valsartan/Hydrochlorothiazide Tablets, and Valsartan/Amlodipine Tablets, Film-Coated should not result in any acute toxicity or significantly increased risk of carcinogenesis. However, since the FDA has recalled some valsartan-containing products because of NDEA impurities, it cannot be stated with absolute certainty that there is no long-term risk of carcinogenesis. Accordingly, lots of Aurobindo's Valsartan Tablets, Valsartan/Hydrochlorothiazide Tablets, and Valsartan/Amlodipine Tablets, Film-Coated have been recalled voluntarily.

## References

Shanley A. PharmTech. September 26, 2018. Available at: http://www.pharmtech.com/after-valsartan-recalls-regulators-grapple-nitrosamine-contamination-apis

Food and Drug Administration. FDA updates on valsartan recalls. Available at: https://www.fda.gov/drugs/drugsafety/ucm613916.htm

Selin LE. Environmental Guidelines and Regulations for Nitrosoamines: A Policy Summary. Available at: http://www.tcmda.com/Global/Aminrapporter/MIT%20nitrosamines%20report%20final.pdf

Ni Y, Marchal G, van Damme B, et al. Magnetic resonance imaging, microangiography, and histology in a rat model of primary liver cancer. *Invest Radiol.* 1992;27:689-697.

Mittal G, Brar AP, Soni G. N-nitrosodiethylamine-induced toxicity in relation to oxidative stress and development of atherosclerosis in hypercholesterolemic diet-fed rabbits. *Exp Toxicol Pathol. 2007;59:409-414.*

This is for information purposes only and is not to be construed as a recommendation for the intentional or unintentional administration of valsartan and valsartan + amlodipine tablets in a manner inconsistent to approved product labeling. This information has been provided to assist in efforts to form independent conclusions regarding the use and expectations of the above-mentioned products when dispensed.

# APPENDIX

## Table 1.

### Interim Limits for NDMA and NDEA in Angiotensin II Receptor Blockers (ARBs)

| Drug | Maximum Daily Dose (mg/day) | Acceptable Intake NDMA (ng/day)* | Acceptable Intake NDMA (ppm)** | Acceptable Intake NDEA (ng/day)* | Acceptable Intake NDEA (ppm)** |
|---|---|---|---|---|---|
| Valsartan | 320 | 96 | 0.3 | 26.5 | 0.083 |
| Losartan | 100 | 96 | 0.96 | 26.5 | 0.27 |
| Irbesartan | 300 | 96 | 0.32 | 26.5 | 0.088 |
| Azilsartan | 80 | 96 | 1.2 | 26.5 | 0.33 |
| Olmesartan | 40 | 96 | 2.4 | 26.5 | 0.66 |
| Eprosartan | 800 | 96 | 0.12 | 26.5 | 0.033 |
| Candesartan | 32 | 96 | 3.0 | 26.5 | 0.83 |
| Telmisartan | 80 | 96 | 1.2 | 26.5 | 0.33 |

\* The acceptable intake is a daily exposure to a compound such as NDMA or NDEA that results in a 1:100,000 cancer risk after 70 years exposure
\** These values are based on a drug's maximum daily dose as reflected in the drug label

This is for information purposes only and is not to be construed as a recommendation for the intentional or unintentional administration of valsartan and valsartan + amlodipine tablets in a manner inconsistent to approved product labeling. This information has been provided to assist in efforts to form independent conclusions regarding the use and expectations of the above-mentioned products when dispensed.

Auro-MDL 2875-0020995

Table 2

Table 2. Analytical Results for the Batches Having NDEA Content Exceeding the Specified Limit

| S. No. | ANDA | Generic Name of Drug Product | Dosage Strength | Package Size | NDC Number | Lot Number(s) and Expiration Date(s) | NDMA | NDEA (ppm) |
|---|---|---|---|---|---|---|---|---|
| 43 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320mg/25mg | 90's HDPE Container | 65862-551-90 | HTSB17056-A; 10/2020 | Not Detected | 0.121 |
| 44 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320mg/25mg | 90's HDPE Container | 65862-551-90 | HTSB17057-A; 10/2020 | Not Detected | 0.095 |
| 45 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320mg/25mg | 90's HDPE Container | 65862-551-90 | HTSB17058-A; 10/2020 | Not Detected | 0.101 |
| 46 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320mg/25mg | 90's HDPE Container | 65862-551-90 | HTSB17059-A; 10/2020 | Not Detected | 0.119 |
| 47 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320mg/25mg | 90's HDPE Container | 65862-551-90 | HTSB17060-A; 10/2020 | Not Detected | 0.103 |
| 48 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320mg/25mg | 90's HDPE Container | 65862-551-90 | HTSB17062-A; 10/2020 | Not Detected | 0.083 |
| 49 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320mg/25mg | 90's HDPE Container | 65862-551-90 | HTSB17066-A; 10/2020 | Not Detected | 0.121 |
| 50 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320mg/25mg | 90's HDPE Container | 65862-551-90 | HTSB17067-A; 11/2020 | Not Detected | 0.191 |

Valsartan and Valsartan + Amlodipine Tablets                                                                 January 2019

| 51 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320mg/25mg | 90's HOPE Container | 65862-551-90 | HTSB17068-A; 11/2020 | Not Detected | 0.098 |
| 52 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320mg/25mg | 90's HDPE Container | 65862-551-90 | HTSB17069-A; 11/2020 | Not Detected | 0.167 |
| 53 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320mg/25mg | 90's HDPE Container | 65862-551-90 | HTSB18001-A; 12/2020 | Not Detected | 0.196 |
| 54 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320mg/25mg | 90's HDPE Container | 65862-551-90 | HTSB18002-A; 12/2020 | Not Detected | 0.201 |
| 55 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320mg/25mg | 901s HDPE Container | 65862-551-90 | HTSB18003-A; 12/2020 | Not Detected | 0.141 |
| 56 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320mg/25mg | 90's HDPE Container | 65862-551-90 | HTSB18004-A; 12/2020 | Not Detected | 0.206 |
| 57 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320mg/25mg | 90's HDPE Container | 65862-551-90 | HTSB18005-A; 12/2020 | Not Detected | 0.135 |
| 58 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320mg/25mg | 90's HDPE Container | 65862-551-90 | HTSB18006-A; 12/2020 | Not Detected | 0.146 |
| 59 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320mg/25mg | 90's HDPE Container | 65862-551-90 | HTSB18007-A; 12/2020 | Not Detected | 0.113 |

This is for information purposes only and is not to be construed as a recommendation for the intentional or unintentional administration of valsartan and valsartan + amlodipine tablets in a manner inconsistent to approved product labeling. This information has been provided to assist in efforts to form independent conclusions regarding the use and expectations of the above-mentioned products when dispensed.

Auro-MDL 2875-0020997

Valsartan and Valsartan + Amlodipine Tablets                                                      January 2019

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 60 | 202519 | Valsartan and Hydrochlorothiazide tablets USP | 80mg/12.5mg | 90's HDPE Container | 65862-547-90 | HVSA17011-A; 11/2020 | Not Detected | 0.109 |
| 61 | 202519 | Valsartan and Hydrochlorothiazide tablets USP | 80mg/12.5mg | 90's HDPE Container | 65862-547-90 | HVSA17012-A; 11/2020 | Not Detected | 0.107 |
| 62 | 202519 | Valsartan and Hydrochlorothiazide tablets USP | 80mg/12.5mg | 90's HDPE Container | 65862-547-90 | HVSA18001-A; 12/2020 | Not Detected | 0.090 |
| 63 | 202519 | Valsartan and Hydrochlorothiazide tablets USP | 160mg/25mg | 90's HDPE Container | 65862-549-90 | HVSB17023-A; 08/2020 | Not Detected | 0.087 |
| 64 | 202519 | Valsartan and Hydrochlorothiazide tablets USP | 160mg/25mg | 90's HDPE Container | 65862-549-90 | HVSB17036-A; 11/2020 | Not Detected | 0.143 |
| 65 | 202519 | Valsartan and Hydrochlorothiazide tablets USP | 160mg/25mg | 90's HDPE Container | 65862-549-90 | HVSB17037-A; 11/2020 | Not Detected | 0.162 |
| 66 | 202519 | Valsartan and Hydrochlorothiazide tablets USP | 160mg/25 mg | 90's HDPE Container | 65862-549-90 | HVSB17038-A; 11/2020 | Not Detected | 0.125 |
| 67 | 202519 | Valsartan and Hydrochlorothiazide tablets USP | 160mg/25mg | 90's HDPE Container | 65862-549-90 | HVSB17039-A; 11/2020 | Not Detected | 0.173 |
| 68 | 202519 | Valsartan and Hydrochlorothiazide tablets USP | 160mg/25mg | 90's HDPE Container | 65862-549-90 | HVSB17040-B; 11/2020 | Not Detected | 0.119 |

This is for information purposes only and is not to be construed as a recommendation for the intentional or unintentional administration of valsartan and valsartan + amlodipine tablets in a manner inconsistent to approved product labeling. This information has been provided to assist in efforts to form independent conclusions regarding the use and expectations of the above-mentioned products when dispensed.

10

Auro-MDL 2875-0020998

Valsartan and Valsartan + Amlodipine Tablets                                                                                          January 2019

| 69 | 202519 | Valsartan and Hydrochlorothiazide tablets USP | 160mg/25mg | 90's HDPE Contain | 65862-549-90 | HVSB18001-A; 12/2020 | Not Detected | 0.150 |
|---|---|---|---|---|---|---|---|---|
| 70 | 202519 | Valsartan and Hydrochlorothiazide tablets USP | 160mg/25mg | 90's HDPE Container | 65862-549-90 | HVSB18002-A; 12/2020 | Not Detected | 0.154 |
| 71 | 202519 | Valsartan and Hydrochlorothiazide tablets USP | 160mg/25mg | 90's HDPE Container | 65862-549-90 | HVSB18003-A; 12/2020 | Not Detected | 0.142 |
| 72 | 202519 | Valsartan and Hydrochlorothiazide tablets USP | 160mg/25mg | 90's HDPE Container | 65862-549-90 | HVSB18004-A; 12/2020 | Not Detected | 0.138 |
| 73 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 160mg/12.5mg | 90's HDPE Container | 65862-548-90 | HTSA17037-A; 10/2020 | Not Detected | 0.097 |
| 74 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 160mg/12.5mg | 90's HDPE Container | 65862-548-90 | HTSA17039-A; 10/2020 | Not Detected | 0.095 |
| 75 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320mg/25mg | 90's HDPE Container | 65862-551-90 | HTSB17063-A; 10/2020 | Not Detected | 0.155 |
| 76 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320mg/25mg | 90's I-IDPE Container | 65862-551-90 | HTSB17064-A; 10/2020 | Not Detected | 0.154 |
| 77 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320mg/25mg | 90's HDPE Container | 65862-551-90 | HTSB17065-A; 10/2020 | Not Detected | 0.138 |

This is for information purposes only and is not to be construed as a recommendation for the intentional or unintentional administration of valsartan and valsartan + amlodipine tablets in a manner inconsistent to approved product labeling. This information has been provided to assist in efforts to form independent conclusions regarding the use and expectations of the above-mentioned products when dispensed.

11

Valsartan and Valsartan + Amlodipine Tablets                              January 2019

| S. No. | ANDA | Generic Name of Drug Product | Dosage Strength | Package Size | NDC Number | Lot Number(s) and Expiration Date(s) | NDMA | NDEA (ppm) |
|---|---|---|---|---|---|---|---|---|
| 78 | 202519 | Valsartan and Hydrochlorothiazide Tablets USP | 320/25mg | 90's HDPE Container | 65862-551-90 | HTSB18029A;03/2021 | Not Detected | Not detected* |

**Valsartan Tablets USP**

| S. No. | ANDA | Generic Name of Drug Product | Dosage Strength | Package Size | NDC Number | Lot Number(s) and Expiration Date(s) | NDMA | NDEA (ppm) |
|---|---|---|---|---|---|---|---|---|
| 79 | 202223 | Valsartan Tablets USP | 320mg | 90 | 65862-573-90 | VUSD17008-A; 07/2019 | Not Detected | Not detected* |
| 80 | 202223 | Valsartan Tablets USP | 320mg | 90 | 65862-573-90 | VUSD17009-A; 09/2019 | Not Detected | 0.052* |

*These batches have been tested by US FDA and found NDEA impurity more than specified limit hence considered for recall.

This is for information purposes only and is not to be construed as a recommendation for the intentional or unintentional administration of valsartan and valsartan + amlodipine tablets in a manner inconsistent to approved product labeling. This information has been provided to assist in efforts to form independent conclusions regarding the use and expectations of the above-mentioned products when dispensed.

12