# Exhibit 27

**Establishment Inspection Report**  FEI: **3003885745**
Zhejiang Huahai Pharmaceutical Co., Ltd.  EI Start: 05/15/2017
Linhai Zhejiang 317016 China  EI End: 05/19/2017



Further, due to this repeat testing as a result of discrepancies in replicate assay values, I reviewed repeat analytical testing for Valsartan, ▓▓▓ and ▓▓▓. Valsartan and ▓▓▓ exhibited an increased rate of repeat testing. The replicate samples from repeat testing conducted between September 2016 and March 2017 for Valsartan exhibited an average differential in assay results of approximately ▓▓▓ ▓▓▓ ▓▓▓. The replicate samples from repeat testing conducted between September 2016 and March 2017 for ▓▓▓ exhibited an average differential in assay results



2. Impurities occurring during analytical testing are not consistently documented/ quantitated.

   (a) Testing of ▓▓▓ content of ▓▓▓ by Liquid Chromatography-Mass Spectrometry yielded an unidentified peak at an approximate retention time of 1 minute. ▓▓▓ ▓▓▓ ▓▓▓. This peak was substantially larger than that of ▓▓▓ the subject of the testing. No investigation was conducted.

RESTRICTED CONFIDENTIAL INFORMATION   PRINSTON0074160