# Exhibit 28

| | |
|---|---|
| **From:** | Goldberg, Seth A. |
| **To:** | Behram Parekh |
| **Cc:** | "valpec@kirtlandpackard.com"; "CohenL@gtlaw.com"; "CCT@pietragallo.com" |
| **Subject:** | Valsartan MDL - Defendants" Objections to Plaintiffs" Document Requests |
| **Date:** | Tuesday, November 5, 2019 11:13:46 AM |

Behram:

During our meet and confer yesterday regarding the macro discovery issues, Plaintiffs proposed that the Manufacturing Defendants should agree to amend their objections to Plaintiffs' document requests in light of Plaintiffs' assertion that the Manufacturing Defendants have asserted "boilerplate" objections in response to each document request. The Manufacturing Defendants disagree with that characterization, as many of their objections are explicitly tied to the drug at issue and the alleged impurities, manufacturing processes, and injuries at issue, and because many of the objections are subject to the resolution of macro discovery issues. Nevertheless, the Manufacturing Defendants will be amending their objections to the document requests, and intend to provide Plaintiffs with an amended set of objections on or before November 13.

Regards,
Seth



For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.