# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN  **DATE:** November 6, 2019

JUDGE JOEL SCHNEIDER

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**  **DOCKET NO. 19-md-2875 (RBK-JS)**
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**

FOR PLAINTIFFS**:**
Adam Slater, Esq.
Ruben Honik, Esq.
Daniel Nigh, Esq.
Conlee Whitely, Esq.
Behram Parekh, Esq.
David Stanoch, Esq.
Marlene Goldenberg, Esq.

FOR DEFENDANTS:
Seth Goldberg, Esq.
Brian Rubenstein, Esq.
Jason Reefer, Esq.

**NATURE OF PROCEEDINGS:**   Status Conference
Telephone Status Conference held on the record.
Telephone Discovery Conference held on the record.
Order to be entered.

s/Sarah Eckert
**DEPUTY CLERK**

**TIME COMMENCED:** 4:15 p.m.
**TIME ADJOURNED:** 5:00 p.m.
**TO TAL TIME:** 45 minutes