# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **In re: Valsartan Products Liability Litigation** | MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge<br><br>Honorable Joel Schneider,<br>Magistrate Judge |

## WITHDRAWAL OF APPEARANCE

The undersigned hereby withdraws her appearance in the above-captioned matter on behalf of Sandoz Inc.

Respectfully submitted,

Dated: November 8, 2019

/s/ Tiffany H. Riffer
Tiffany H. Riffer
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
(202) 898-5810
triffer@Hollingsworthllp.com

## **CERTIFICATE OF SERVICE**

A copy of the foregoing Withdrawal of Appearance has been served on all parties of record by operation of the Court's electronic filing system.

Dated:	November 8, 2019	/s/ Tiffany H. Riffer
	Tiffany H Riffer