**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Master Docket No. 1:19-md-2875-RBK-JS<br><br>MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br><br>Daniel Winiecki v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.,<br>Case No.: 1:19-cv-07153-RBK-JS | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that the law firm of Kiesel Law LLP, and its attorneys of record, Paul R. Kiesel, Jeffrey A. Koncius and Cherisse Heidi A. Cleofe, hereby withdraw as counsel on behalf of Plaintiff in the above-captioned action. Counsel respectfully requests removal from all service lists. Plaintiff consents to this withdrawal.

PLEASE TAKE FURTHER NOTICE that Plaintiff will continue to be represented by Daniel A. Nigh of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. in this action.

Dated: November 15, 2019         Respectfully Submitted,

**KIESEL LAW LLP**

By:     /s/ Cherisse Heidi A. Cleofe
Cherisse Heidi A. Cleofe, CA SBN 290152
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel: 310-854-4444
Fax: 310-854-0812
Email: cleofe@kiesel.law

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2019, I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record. Parties may access the filing through the Court's system.

By:    /s/ Cherisse Heidi A. Cleofe
Cherisse Heidi A. Cleofe, CA SBN 290152
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel: 310-854-4444
Fax: 310-854-0812
Email: cleofe@kiesel.law