# Exhibit 9

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
31 December 2008 (31.12.2008)



(10) International Publication Number
**WO 2009/001375 A3**

| | | |
|---|---|---|
| (51) | International Patent Classification: *C07D 257/04* (2006.01) | |
| (21) | International Application Number: PCT/IN2008/000411 | |
| (22) | International Filing Date: 26 June 2008 (26.06.2008) | |
| (25) | Filing Language: | English |
| (26) | Publication Language: | English |
| (30) | Priority Data: 1383/CHE/2007   27 June 2007 (27.06.2007)   IN | |

(71) **Applicant** *(for all designated States except US)*: **MATRIX LABORATORIES LTD** [IN/IN]; 1-1-151/1, IV Floor, Sairam Towers, Alexander Road, Secunderabad 500 003, Andhra Pradesh (IN).

(72) **Inventors; and**
(75) **Inventors/Applicants** *(for US only)*: **TYAGI, Om, Dutt** [IN/IN]; Plot No 34A, Anrich Industrial Estate, Bollaram, Jinnaram Mandal, Medak Dist., Hyderabad 500 055, Andhra Pradesh (IN). **RAO, Jakka, Devendra** [IN/IN]; Plot No 34A, Anrich Industrial Estate, Bollaram, Jinnaram Mandal, Medak Dist., Hyderabad 500 055, Andhra Pradesh (IN). **KUMAR, Katukuri, Aravind** [IN/IN]; Plot No 34A, Anrich Industrial Estate, Bollaram, Jinnaram Mandal, Medak Dist., Hyderabad 500 055, Andhra Pradesh (IN). **RAO, Dammalapati, Ventaka, Lakshmi, Narasimha**; Plot No 34A, Anrich Industrial Estate, Bollaram, Jinnaram Mandal, Medak Dist., Hyderabad 500 055, Andhra Pradesh (IN).

(74) **Agent**: **AMBATI, Narahari, Babu**; Plot No 34A, Anrich Industrial Estate, Bollaram, Jinnaram Mandal, Medak Dist., Hyderabad 500 055, Andhra Pradesh (IN).

(81) **Designated States** *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP, KR, KZ, LA, LC, LK, LR, LS, LT, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RS, RU, SC, SD, SE, SG, SK, SL, SM, SV, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) **Designated States** *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MT, NL, NO, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Declarations under Rule 4.17**:

— *as to applicant's entitlement to apply for and be granted a patent (Rule 4.17(ii))*

— *as to the applicant's entitlement to claim the priority of the earlier application (Rule 4.17(iii))*

— *of inventorship (Rule 4.17(iv))*

**Published**:

— *with international search report (Art. 21(3))*

— *before the expiration of the time limit for amending the claims and to be republished in the event of receipt of amendments (Rule 48.2(h))*

(88) **Date of publication of the international search report**:
20 January 2011

---

(54) **Title**: IMPROVED PROCESS FOR PREPARING PURE VALSARTAN

(57) **Abstract**: An improved process for the preparation of substantially pure valsartan employing suitable reagents such as chelating agent and reaction conditions.

| A. CLASSIFICATION OF SUBJECT MATTER |
|---|
| IPC[8]: **C07D 257/04** (2006.01) |
| According to International Patent Classification (IPC) or to both national classification and IPC |

| B. FIELDS SEARCHED |
|---|
| Minimum documentation searched (classification system followed by classification symbols) <br> IPC[8]: C07D |
| Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched |
| Electronic data base consulted during the international search (name of data base and, where practicable, search terms used) <br> STN-Database, EPOQUE, PubMed |

C. DOCUMENTS CONSIDERED TO BE RELEVANT

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | EP 1714963 A1 (IPCA LABORATORIES LIMITED) 25 October 2006 (25.10.2006) <br> *claim 24* | 1 |
| A | WO 2007/054965 A2 (ALEMBIC LIMITED) 18 May 2007 (18.05.2007) <br> *whole document* | 2-9 |
| A | WO 2005/051929 A1 (RANBAXY LABORATORIES LIMITED) 9 June 2005 (09.06.2005) <br> *whole document* | 2-9 |

☒ Further documents are listed in the continuation of Box C.   ☒ See patent family annex.

* Special categories of cited documents:
"A" document defining the general state of the art which is not considered to be of particular relevance
"E" earlier application or patent but published on or after the international filing date
"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)
"O" document referring to an oral disclosure, use, exhibition or other means
"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention
"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone
"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art
"&" document member of the same patent family

| Date of the actual completion of the international search <br> 3 November 2010 (03.11.2010) | Date of mailing of the international search report <br> 29 November 2010 (29.11.2010) |
|---|---|
| Name and mailing address of the ISA/ AT <br> **Austrian Patent Office** <br> Dresdner Straße 87, A-1200 Vienna | Authorized officer <br> MIKLO K. |
| Facsimile No. +43 / 1 / 534 24 / 535 | Telephone No. +36 / 1 / 474 / 5894 |

Form PCT/ISA/210 (second sheet) (January 2004)

C (Continuation). DOCUMENTS CONSIDERED TO BE RELEVANT

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | EP 443983 A1 (CIBA-GEIGY AG)   28 August 1991 (28.08.1991)<br>*whole document*<br>---- | 2-9 |
| A | EP 443983 A1 (CIBA-GEIGY AG)   28 August 1991 (28.08.1991)<br>*whole document* | 2-9 |

# INTERNATIONAL SEARCH REPORT

International application No. PCT/IN 2008/000411

Information on patent family members

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| EP A 1714963 | | US A1 2006281801 | 2006-12-14 |
| | | EP A1 1714963 | 2006-10-25 |
| WO A 2007054965 | | WO A2 2007054965 | 2007-05-18 |
| WO A 2005051929 | | WO A1 2005051929 | 2005-06-09 |
| EP A 443983 | | LU A9 91676 | 2010-06-07 |
| | | DE I1 122010000024I | 2010-07-08 |
| | | NO I1 2010008I | 2010-05-03 |
| | | LU A9 91347 | 2009-01-14 |
| | | NL I1 300285I | 2007-10-01 |
| | | LU A9 90362 | 1999-05-10 |

Form PCT/ISA/210 (patent family annex) (July 1998; reprint January 2004)