# Exhibit 12

| | |
|---|---|
| From: | David Bonilla |
| Sent: | Monday, November 19, 2018 1:00 PM |
| To: | ORA PHARM1 RECALLS |
| Cc: | Constance Truemper; Christopher Unger |
| Subject: | Re: Request for Conference Call to discuss NDEA |

LCDR Dellarese Herbert,

Thanks for the communication. As indicated on our call last week Teva is prepared to Recall the product and we are finalizing the details to do so. As indicated we where preparing to send an updated Field Alert Report today.

Sincerely,
David

**David Bonilla**
**Assoc Director Commercial Quality & Compliance**
**Tel: +1-215-293-7231**
**Cell: +1-215-601-9647**

Sent from my IPhone

On Nov 19, 2018, at 7:48 AM, ORA PHARM1 RECALLS <orapharm1recalls@fda.hhs.gov> wrote:

Good Morning Connie,

Based on the agency's testing of Teva's valsartan finished drug products to-date, we recommend Teva conduct a voluntary recall of the valsartan products containing NDEA listed below:

| Product Description | NDC | Lot Number | NDEA |
|---|---|---|---|
| Amlodipine and Valsartan 320mg/10mg | 0093-7693-56 | 26X053 | 0.085 ppm |
| Amlodipine, Valsartan and Hydrochlorothiazide 10mg/320mg/25mg | 0093-7809-56 | 22X045 | 0.094 ppm |

As discussed during the meeting, this requires press and CDER would like an opportunity to review your public notification prior to its issuance on Monday, November 19, 2018. Please send me the draft copies of the Press Release and Customer Notification Letter and Stock Response Form.

Thanks!

LCDR Dellarese Herbert, Recall Coordinator Pharma Division I & IV
215-717-3747

TEVA-MDL2875-00004075

**From:** Constance Truemper [mailto:Constance.Truemper@actavis.com]
**Sent:** Thursday, November 15, 2018 10:28 AM
**To:** Herbert, Dellarese L <Dellarese.Herbert@fda.hhs.gov>; Christopher Unger <Christopher.Unger@tevapharm.com>; David Bonilla <David.Bonilla@tevapharm.com>; ORA PHARM1 RECALLS <orapharm1recalls@fda.hhs.gov>
**Subject:** RE: Request for Conference Call to discuss NDEA

Hello Della
I am on a conference call with the team and we will respond soon.

<image003.png>
**Connie T Truemper**
**Mgr Quality Professional**
**Tel:** 1-973-658-1839   **Cell:** 1-908-303-4319
Constance.Truemper@actavis.com   www.tevapharm.com

<image005.jpg>

**From:** Herbert, Dellarese L [mailto:Dellarese.Herbert@fda.hhs.gov]
**Sent:** Thursday, November 15, 2018 10:10 AM
**To:** Constance Truemper; Christopher Unger; David Bonilla; ORA PHARM1 RECALLS
**Subject:** Request for Conference Call to discuss NDEA

Good Morning Connie,

CDER is requesting a conference call (after 1:00 pm today) to discuss positive findings of NDEA in Mylan Valsartan API. Can you please respond and let me know Teva's availability for today?

Thanks!


*Dellarese Herbert, R.N., B.S.N.*
*Lieutenant Commander, U.S. Public Health Service*
*U.S. Food & Drug Administration*
*Division Recall Coordinator/Compliance Officer*
*Division of Pharmaceutical Quality Operations I & IV*
*(CT, DC, DE, MA, MD, ME, NH, NJ, NY, PA, RI, VA, VT, WV, AK, AZ, CA, CO, HI, ID, MT, NM, NV, OR, UT, WA, WY)*
*900 U.S. Custom House, suite 904*
*200 Chestnut Street*
*Philadelphia, PA 19106*

*Phone: 215-717-3747*
*Blackberry 215-906-5589*
*Fax: 215-517-6649*
*email: dellarese.herbert@fda.hhs.gov*

Orapharm1recalls@fda.hhs.gov, Serving CT, DC, DE, MA, MD, ME, NH, NJ, NY, PA, RI, VA, VT, WV
Orapharm4recalls@fda.hhs.gov, Serving AK, AR, AZ, CA, CO, HI, ID, MT, NM, NV, OR, UT, WA, WY


*"It takes many good deeds to build a good reputation, and only one bad one to lose it"*

2