UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: November 20, 2019

**JUDGE ROBERT B. KUGLER**
**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** CARL NAMI, JR.

**TITLE OF CASE:**  **DOCKET NO.:** 19-md-2875 (RBK)(JS)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

FOR PLAINTIFFS:
Adam Slater, Esq.
Daniel Nigh, Esq.
Ruben Honik, Esq.
Conlee Whitely, Esq.
Layne Hilton, Esq.
John Davis, Esq.
Jorge Mestre, Esq.
David Stanoch, Esq.
Behram Parekh, Esq.
George T. Williamson, Esq.
Marlene Goldenberg, Esq.

FOR DEFENDANTS:
Seth Goldberg, Esq.
Brian Rubenstein, Esq.
Steve Harkins, Esq.
Jessica Heinz, Esq.
Jason Reefer, Esq.
Janet Poletto, Esq.
Brittney Nagle, Esq.
Kirstin Ives, Esq.
Andrew Albero, Esq.
Natalie Colao, Esq.
Sarah Johnston, Esq.
Kathleen Kelly, Esq.
Alan Klein, Esq.
David Sellinger, Esq.
Jonathan Janow, Esq.
Carlos F. Ortiz, Esq.
Michael Zogby, Esq.

**NATURE OF PROCEEDINGS**: STATUS CONFERENCE

**DISPOSITION:**
Status conference held on the record.
Ordered status conference set for January 28, 2020 at 2:00PM.
Order to be entered.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced:  3:10p.m.   Time Adjourned: 3:20p.m.   Total Time in Court: 0:10