# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN  **DATE:** November 20, 2019

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Karen Friedlander

**TITLE OF CASE:**  **DOCKET NO.  19-md-2875 (RBK-JS)**
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Daniel Nigh, Esq. | Brian Rubenstein, Esq. |
| Ruben Honik, Esq. | Steve Harkins, Esq. |
| Conlee Whitely, Esq. | Jessica Heinz, Esq. |
| Layne Hilton, Esq. | Jason Reefer, Esq. |
| John Davis, Esq. | Janet Poletto, Esq. |
| Jorge Mestre, Esq. | Brittney Nagle, Esq. |
| David Stanoch, Esq. | Kirstin Ives, Esq. |
| Behram Parekh, Esq. | Andrew Albero, Esq. |
| George T. Williamson, Esq. | Natalie Colao, Esq. |
| Marlene Goldenberg, Esq. | Sarah Johnston, Esq. |
| | Kathleen Kelly, Esq. |
| | Alan Klein, Esq. |
| | David Sellinger, Esq. |
| | Jonathan Janow, Esq. |
| | Carlos F. Ortiz, Esq. |
| | Michael Zogby, Esq. |

**NATURE OF PROCEEDINGS:**   Status and Discovery Conference
In-Person Status Conference held on the record.
Discovery Conference held on the record.
Opinion of the Court read into the record.
Order to be entered.

*s/Sarah Eckert*
**DEPUTY CLERK**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**TIME COMMENCED:** 10:00 a.m.  **TIME ADJOURNED:** 1:00 p.m.
**TIME COMMENCED:** 2:15 p.m.  **TIME ADJOURNED:** 3:00 a.m.
**TOTAL TIME:** 3 hours 45 minutes