# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: VALSARATAN | : | MDL NO. 2875 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | Honorable Robert B. Kugler, |
| THIS DOCUMENT RELATES TO: | : | District Court Judge |
| Clyde Rollins v. Mylan Laboratories, Ltd., et al. | : | |
| *Civil Action No. 1:19-cv-15708-RBK-JS* | : | |
| | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

Plaintiff and Defendants hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated this 26th day of November, 2019.

s/ *Michael P. McGartland*
TN Bar No. 024038
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:     (817) 332-9300
Facsimile:     (817) 332-9301
mike@mcgartland.com

*Attorneys for Plaintiff*

s/ *Seth Goldberg*
Seth Goldberg
Jessica Priselac
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone:     (215) 979-1175
Facsimile:     (215) 689-2198
sagoldberg@duanemorris.com
jpriselac@duanemorris.com

*Defendants Liaison Counsel*

## **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated this ___ of November, 2019.

_____
HONORABLE ROBERT B. KUGLER
UNITED STATES DISTRICT JUDGE