# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION<br><br>***THIS DOCUMENT RELATES TO ALL ACTIONS*** | Hon. Robert B. Kugler<br>Hon. Joel Schneider<br><br>Civil No. 1:19-md-02875-RBK-JS<br><br>MDL No. 2875 |

## NOTICE OF APPEARANCE

To the Clerk of Court:

Please enter the appearance of Shevon D.B. Rockett of Dorsey & Whitney LLP on behalf of OptumRx, Optum Inc., and UnitedHealth Group on this Court's MDL master docket. The above-referenced counsel has complied with the ECF requirements for this Court and has received a personal ID and password.

OptumRx, Optum Inc., and UnitedHealth Group preserve all defenses, including, but not limited to, venue, propriety of service, and personal jurisdiction in any individual case in which OptumRx, Optum Inc., and/or UnitedHealth Group is/are named that is currently pending in this MDL or that may subsequently be transferred or consolidated with this MDL.

Dated: December 3, 2019

 s/ Shevon D.B. Rockett
Shevon D.B. Rockett
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
P: 212.415.9357
F: 212.937.3497
Rockett.Shevon@Dorsey.com

*Attorney for OptumRx, Optum Inc., and UnitedHealth Group*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing document to be electronically served through the Court's CM/ECF system on all users registered with that system on December 3, 2019.

 /s/ Shevon D.B. Rockett
Shevon D.B. Rockett