# Exhibit 10

ontinuing to use this site you consent to the use of cookies on your device as described in our **Cookie Policy** unless you have disabled them. You can change your **Cookie Settings** at any time but parts of our site will not function correctly without them.

BS APPS   BS PRODUCTS   BS E-PAPER   BS LEARNING                                      SIGN IN   SUBSCRIBE



# Business Standard

**JUST IN**   Bharti Airtel rings up lenders for $3-billion funding to clear AGR dues

Search News,Stock Quotes or Companie

You are here:  Home » Companies » News

# Teva exec's remark creates furore in Indian pharma

Joe C Mathew  |  New Delhi
Last Updated at January 20, 2013 00:57 IST

   

**ALSO READ**

Should pharma firms sell out?

Domestic, foreign pharma companies lock horns over patents

Drug-trial data issue invites pharma fire

Not the right medicine

Pharma club seeks protection from foreign

Domestic drugmakers — used to frequent India bashing by research-driven global pharmaceutical majors for alleged infringement of patent rights or quality issues — were in for a shock last week when the world's largest generic company, Israel's Teva, made allegations against the industry practices in India and China.

Teva Europe's President and CEO, Gerald Van Odijk, said the analyses of prices of Indian and Chinese drug companies showed they were cutting corners and wanted European drug regulator's to conduct dawn raids on facilities in these countries.

Subscribe to insights at just Rs 149 per month    Subscribe Now >



of the European Association of Pharmaceutical Full-line Wholesalers (GIRP) in Cannes.

Scrip reported that Odijk, citing recalls, asserted generic pricing had taken its toll on quality and stated Teva did not have presence in India or China as "you would never sit on a plane if you thought that the parts were coming from a dodgy factory somewhere that you didn't know. So, why do we accept this for medicines?" Contradicting his company was not present in India, industry officials said it did outsource lot of material from the country.

"Teva has a significant presence in India. It acquired Regent Drugs in 2003 from the JK Group. Substantial investment has gone into the active pharmaceutical ingredient (API) or raw material facility, including the setting up of an research and development facility that was inaugurated in December 2005," D G Shah, secretary general of the domestic drug industry lobby group Indian Pharmaceutical Alliance (IPA), said.

In 2008, Teva had acquired over 100 acres of land near Gwalior to build an API manufacturing facility. Teva had said that it considered India an interesting geographical region and was looking to broaden its activities in the country.



AD                                                                 SKIP AD ›

Industry officials said Teva was sourcing raw materials from several leading Indian companies, including Cipla, Dr Reddy's and Glenmark and finished formulations from companies such as Emcure, Micro Labs and IPCA.

The alleged quality and pricing concerns expressed by Teva has not deterred any of the foreign multinational companies from sourcing raw materials and ready-to-use medicines from India.

Subscribe to insights at just Rs 149 per month    Subscribe Now ›

ost all foreign drugmakers, including GSK, Pfizer and Daiichi, have alliances and investments in India to source medicines for their global supplies.

First Published: Tue, June 22 2010. 00:57 IST

READ MORE ON   COMPANIES   NEWS

PREVIOUS STORY                                        NEXT STORY

Blackstone invests Rs 1,750 cr in Kishore Biyani's Future Lifestyle Fashion

RCom loss zooms to Rs 30,147 crore in Q2 on provisioning for liabilities

Bharti Airt $3-billion dues

## RECOMMENDED FOR YOU

**Camping With A Firearm?**
Ad  USCCA

**PMO called me to ask, 'why…**
business-standard.com

**The Worst Movies Of 2019**
Ad  CBS News

**Modi's w spends** business-standard.com

## Promoted Stories

**Amazon Prices Change Every 10 Minutes—Here's How to Save the Most**
Honey

**Stock Trading Strategies With Two Legendary Traders**
WealthPress

**Widen your horizons! Take a break and get a taste for travel**
Air France



Diabetics: Here's How To Lower Blood Sugar (It's Genius!)
Blood Sugar Ultra

[Gallery] 33 Of Ivanka Trump's Fiercest Fashion Moments
History A2Z

The Early Signs of Psoriatic Arthritis
Yahoo Search

Recommended by

Companies Overview  GO

**LATEST NEWS**

IN THIS SECTION

**ALL**



Blackstone invests Rs 1,750 cr in Kishore Biyani's Future Lifestyle Fashion



RCom loss zooms to Rs 30,147 crore in Q2 on provisioning for liabilities


 SC sets aside NCLAT order, paves way for Arcelor to acquire Essar Steel

 🔑 Page Industries stock gets no comfort from Sep-quarter top line growth

More >

## MOST POPULAR

| READ | SHARE | COMMENTED |
|---|---|---|

 Govt determined to see 3 pvt players in telecom sector: Vodafone Idea CEO

 Essar Steel case: SC clears way for ArcelorMittal to complete $5.8 bn deal

 Bajaj Finance, Symphony: 10 stocks that have zoomed over 5,000% in 10 years

 SSC CGL 2017 result declared on ssc.nic.in, get direct link to download

 SC holds Malvinder, Shivinder guilty of contempt in Daiichi Sankyo case

## FINANCIAL X-RAY

 🔑 High-flying SpiceJet loses some of its speed as costs rise, yields weaken

 🔑 Growth trajectory for ABFRL to remain strong; Lifestyle, Pantaloons to lead

🔑 Business transition

 

ABB India, stock up over 2%

More >

Business Standard
435,274 likes

Like Page
Sign Up

Be the first of your friends to like this

Business Standard
8 hours ago

Citizenship Bill passage top govt priority in winter session of Parliament

Govt has listed the bill in its items of business for the session, say sources

## MORE ON MARKETS:

Subscribe to insights at just Rs 149 per month
Subscribe Now ›

| STOCK MARKET LIVE | STOCK MARKET NEWS | A \| B \| C \| D \| E \| F \| G \| H \| I \| J \| K \| L \| M \| N \| O \| P \| Q \| R \| S \| T \| U \| V \| W \| X \| Y \| Z |
| PORTFOLIO | DERIVATIVES | 1 \| 2 \| 3 \| 4 \| 5 \| 6 \| 7 \| 8 \| 9 |
| COMMODITY MARKET | MUTUAL FUNDS | **BROWSE MUTUAL FUNDS** |
| UPCOMING IPO | GOLD PRICE | A \| B \| C \| D \| E \| F \| G \| H \| I \| J \| K \| L \| M \| N \| O \| P \| Q \| R \| S \| T \| U \| V \| W \| X \| Y \| Z |
| PERSONAL FINANCE | SENSEX | |

**INDEX STOCKS**

Adani Ports | Asian Paints | Axis Bank | B P C L | Bajaj Auto | Bajaj Finance Ltd | Bajaj Finserv | Bharti Airtel | Bharti Infra. | Cipla | Coal India | Dr Reddy's Labs | Eicher Motors | GAIL (India) | Grasim Inds | H D F C | HCL Technologies | HDFC Bank | Hero Motocorp | Hind. Unilever | Hindalco Inds. | Hindustan Petroleum Corporation Ltd | ICICI Bank | Indian Oil Corporation Ltd. | IndusInd Bank | Infosys | ITC | JSW Steel | Kotak Mah. Bank | Larsen & Toubro | M & M | Maruti Suzuki | Nestle India Ltd. | NTPC | O N G C | Power Grid Corpn | Reliance Inds. | St Bk of India | Sun Pharma. Inds. | Tata Motors | Tata Motors-DVR | Tata Steel | TCS | Tech Mahindra | Titan Company | UltraTech Cement Ltd | UPL Ltd | Vedanta | Wipro | Yes Bank | Zee Entertainment

**TRENDING ON BS**   GST   #BSSpecial   #Markets   #BSWeekend   #BSTech

### FROM BS WEBSITE
Home
Companies
Markets
Opinion
Politics
Technology
Specials
Personal Finance
Latest News
Today's Paper
RBI Policy
General News
General Videos
General Photo Gallery
Events
Authors
Education

### ABOUT US
About Us
Code of Conduct
Terms & Conditions
Privacy Policy
Cookie Policy
Disclaimer
Investor Communication
List of our GST registration number

### SUPPORT & CONTACT
Partner with Us
Careers
Advertise with Us
Contact Us

### READER CENTRE
Assistance
E-Paper
Manage My Account
My Page
Portfolio
Register
Subscribe

### BS PRODUCTS
Smart Investor
BS Hindi
BS Motoring
BS Books
B2B Connect
iPhone
iPad
android

**BUDGET 2019**

**ELECTIONS 2019**

Lok Sabha Elections 2019

**SPORTS**

**CRICKET**

**FOOTBALL**

Indian Super League 2018-19

**CONNECT WITH BS**

Facebook
Linkedin
Twitter
Youtube

Subscribe to insights at just Rs 149 per month   Subscribe Now ›

Sitemap

FundCafe 2019

Insurance Round Table 2019

BS Awards 2019

BS Banking Forum 2019