# Exhibit 14

# DuaneMorris®

| | |
|---|---|
| NEW YORK | SHANGHAI |
| LONDON | ATLANTA |
| SINGAPORE | BALTIMORE |
| PHILADELPHIA | WILMINGTON |
| CHICAGO | MIAMI |
| WASHINGTON, DC | BOCA RATON |
| SAN FRANCISCO | PITTSBURGH |
| SILICON VALLEY | NEWARK |
| SAN DIEGO | LAS VEGAS |
| LOS ANGELES | CHERRY HILL |
| TAIWAN | LAKE TAHOE |
| BOSTON | MYANMAR |
| HOUSTON | OMAN |
| AUSTIN | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | *OF DUANE MORRIS* |
| HO CHI MINH CITY | |
| | ALLIANCES IN MEXICO |
| | AND SRI LANKA |

*FIRM and AFFILIATE OFFICES*

ALEXANDRA WALEKO
DIRECT DIAL: +1 215 979 1928
PERSONAL FAX: +1 215 689 2793
*E-MAIL:* AWaleko@duanemorris.com

*www.duanemorris.com*

December 2, 2019

VIA EMAIL TO VALPEC@KIRTLANDPACKARD.COM

| | |
|---|---|
| Ruben Honik, Esq. | Daniel Nigh, Esq. |
| David Stanoch, Esq. | Levin Papantonio Thomas Mitchell |
| Golomb & Honik, P.C. | Rafferty & Proctor, P.A. |
| | |
| Adam Slater, Esq. | Conlee Whiteley, Esq. |
| Mazie Slater Katz & Freeman, LLC | Kanner & Whiteley, LLC |

Re: **_In re Valsartan Products Liability Litigation_, Civ. No. 19-md-2875 (D.N.J.) Xunqiao Organizational Charts**

Counsel:

In light of the Court's recent ruling on the discoverability of certain information related to the finished dose manufacturing process, Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP") is producing additional organizational charts, Bates stamped ZHP00000009–ZHP00000012. Because ZHP does not keep English versions of these charts during the ordinary course of business, ZHP will not be providing English translations. *See* Dkt. 303 ¶ 11. In producing these documents, ZHP expressly reserves all objections to discoverability and admissibility, as well as all defenses, jurisdictional or otherwise.

Sincerely,

*/s/ Alexandra Waleko*

Alexandra Waleko

cc:    Jessica Priselac (jpriselac@duanemorris.com)
Lori G. Cohen (cohenl@gtlaw.com)
Clem C. Trischler (cct@pietragallo.com)
Jessica M. Heinz (Jheinz@c-wlaw.com)
Janet L. Poletto (jpoletto@hkmpp.com)
Alexia Brancato (alexia.brancato@kirkland.com)

浙江华海药业股份有限公司
ZHEJIANG HUAHAI PHARMACEUTIAL CO.,LTD

# 浙江华海药业股份有限公司组织结构图
## 制剂分厂分析中心（2019年11月）



# 浙江华海药业股份有限公司组织结构图
## 制剂分厂质量管理部（2019年11月）





浙江华海药业股份有限公司组织结构图

制剂分厂技术中心（2019年11月）



CONFIDENTIAL INFORMATION

ZHP00000011

浙江华海药业股份有限公司
ZHEJIANG HUAHAI PHARMACEUTIAL CO.,LTD

# 浙江华海药业股份有限公司组织结构图
## 制剂分厂非无菌生产板块（2019年11月）



ZHP00000012