# Exhibit 18

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

**Duane Morris®**

*FIRM and AFFILIATE OFFICES*

SETH A. GOLDBERG
DIRECT DIAL: +1 215 979 1175
PERSONAL FAX: +1 215 689 2198
*E-MAIL:* SAGoldberg@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

September 23, 2019

VIA EMAIL

Ruben Honik, Esq.
Golomb & Honik, P.C.
rhonik@golombhonik.com

David Stanoch, Esq.
Golomb & Honik, P.C.
dstanoch@golombhonik.com

Adam Slater, Esq.
Mazie Slater Katz & Freeman, LLC
aslater@mazieslater.com

Daniel Nigh, Esq.
Levin Papantonio Thomas Mitchell
Rafferty & Proctor, P.A.
dnigh@levinlaw.com

Conlee Whiteley, Esq.
Kanner & Whiteley, LLC
c.whiteley@kanner-law.com

   Re: **In re Valsartan Products Liability Litigation**, Civ. No. 19-md-2875 (D.N.J.)

Counsel:

  Defendant Zhejiang Huahai Pharmaceutical Co., Ltd. proposes the following list of custodians for electronic discovery:

DUANE MORRIS LLP
30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196   PHONE: +1 215 979 1000   FAX: +1 215 979 1020

DuaneMorris

Ruben Honik, Esq.
David Stanoch, Esq.
Adam Slater, Esq.
Daniel Nigh, Esq.
Conlee Whiteley, Esq.
September 23, 2019
Page 2

| Last Name | First Name | Title |
| --- | --- | --- |
| Lin | Linhong (Linda) | Head of Regulatory Affairs |
| Peng | Wang | Senior Director, Manufacturing, Chuannan API |
| Peng | Dong | Associate Director, Manufacturing Technology, Chuannan API |
| Ge | Jucai | Director, Quality Assurance, API Division |
| Li | Qianming | Director, API Quality Control, Chuannan |
| Min | Li | VP, Analytical Operation |
| Wang | Jie | VP, Business Development/API Sales |

Sincerely,

*/s/ Seth A. Goldberg*

Seth A. Goldberg

cc:    Jessica Priselac (jpriselac@duanemorris.com)