# Exhibit 21

| | |
|---|---|
| From: | Layne Hilton |
| To: | "Goldberg, Seth A."; JPriselac@duanemorris.com |
| Cc: | Conlee Whiteley; Adam Slater; Honik, Ruben; Daniel Nigh; Stanoch, David; Christopher Geddis; Behram V. Parekh; George T. Williamson; Marlene Goldenberg (mjgoldenberg@goldenberglaw.com); Priselac, Jessica; CohenL@gtlaw.com; harkinss@gtlaw.com; cct@pietragallo.com; Jason M. Reefer; Jessica Heinz; "Blanton, Robert E."; JPoletto@hkmpp.com; alexia.brancato@kirkland.com; lockardv@gtlaw.com; rubensteinb@gtlaw.com; Klein, Alan; Schwartz, Barbara; Waleko, Alexandra; Rapone, Donna M. |
| Subject: | In re Valsartan -- ZHP Custodians |
| Date: | Tuesday, October 8, 2019 7:00:14 PM |
| Attachments: | 2019.10.08 Additional Custodians (ZHP).pdf |

Seth:

I write further to the parties' meet and confer on October 7, 2019.

At your request, I am providing you with the preliminary list of employees at ZHP, Prinston, Solco and Huahai US who Plaintiffs have identified as being potential custodians, but who were not identified in ZHP's September 23, 2019, custodian list.

To help you in identifying these persons who work for your client(s), I have included what I believe to be their first and last name, the company they work for, and their job title/department, if known. I have also included, at your request, sample and demonstrative bates ranges in ZHP's core discovery production from which Plaintiffs gathered the information regarding these individuals.

Plaintiffs provide this information simply for the purposes of further conferring with ZHP regarding additional sources of custodial documents. Indeed, this list is by no means exhaustive, encompassing or definitive. This list simply represents persons known to Plaintiffs at this moment in time, as a result of an initial review of ZHP's limited core discovery production. Given the limited focus of core discovery, it is without question that this list will grow to include (among many other things): custodians who work for Prinston (which were not included in ZHP's initial list), custodians who work for Solco (which were not included in ZHP's initial list), custodians who work for Huahai US (which were not included in ZHP's initial list), and custodians related to the economic loss claims (which were not included in ZHP's initial list).

As such, Plaintiffs provide the attached information subject to, and without waiving their rights, including their right to supplement any requests as more information becomes known.

Best,

Layne


Layne Hilton
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
(504) 524-5777 voice
(504) 524-5763 fax
www.kanner-law.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## ZHP Defendants
### *Additional Custodians Identified by Plaintiffs*

| Name | Company | Job Title | Bates Number (Examples) |
|---|---|---|---|
| Chaojun, Xie | ZHP | Analyst | PRINSTON00072610-70 |
| Chen, Zhi | Huahai US | | PRINSTON00072295 |
| Du, Jun | ZHP/Prinston | CEO – Prinston Pharmaceuticals | PRINSTON00000492-95; PRINSTON0074758-59; PRINSTON0073198; PRINSTON00070460-61; PRINSTON00000533-37; PRINSTON00000232-35; PRINSTON00000565-66 |
| Fei, Xiong | ZHP | Analyst | PRINSTON00072610-70 |
| Gergis, Remonda | Prinston | Quality Assurance | PRINSTON00000492-95; PRINSTON0073192-96; PRINSTON00078983-87; PRINSTON00000232-35 |
| Gu, Eric | Syncores (Huahai Research and Development Center) | | PRINSTON0073192-96; PRINSTON00078983-87; PRINSTON00078995-89 |
| Gu, Ziqiang | ZHP and Prinston | | PRINSTON0073192-96; PRINSTON00078983-87; PRINSTON00078995-89 |
| Guangping, Hu | ZHP | Director, QC | PRINSTON00072610-70; PRINSTON00071581-46; PRINSTON00078435-47 |
| Guo, Xiaodi | Prinston/Huahai US | Executive Vice President | PRINSTON00000492-95; PRINSTON00019189; PRINSTON00077835; PRINSTON00077823; PRINSTON00072295; PRINSTON00073120; PRINSTON00072212 |
| Rui, Huang | ZHP | Director, QC | PRINSTON00042049-19; PRINSTON00041418-85; PRINSTON00023086-44; PRINSTON00071581-46; PRINSTON00071299-43; PRINSTON00071434-14; PRINSTON00078059-93; PRINSTON00009904-47 |
| Wang, Hai | Solco | President | PRINSTON00000492-95; PRINSTON00000533-37; PRINSTON00000232-35; PRINSTON00000579-83; PRINSTON00000538-41; PRINSTON00000565-66 |

## ZHP Defendants
*Additional Custodians Identified by Plaintiffs*

| Name | Company | Job Title | Bates Number (Examples) |
|---|---|---|---|
| Wang, Lilje | Prinston | VP, Head of Regulatory Affairs | PRINSTON00000492-95; PRINSTON00000533-37; PRINSTON00073192-96; PRINSTON00068560-53 PRINSTON00000521-29 |
| Wang, Minfa | Prinston | VP, Analytical Operations | PRINSTON00000492-95; PRINSTON00000232-35; PRINSTON00000050-53; PRINSTON00068560-53 |
| Youqing, Zheng | ZHP | Deputy Manager, Quality Assurance | PRINSTON00030683-84; PRINSTON00039193-09; PRINSTON00038180-84; PRINSTON00019811-36; PRINSTON00038956-92; PRINSTON00020585-03 |
| Zhang, Quo (Kathy) | Huahai, US | Senior Manager, Regulatory Affairs | PRINSTON00066953-54; PRINSTON00073120; PRINSTON00072212 |
| Zhao, Xiaohong | ZHP | Director, Quality Assurance | PRINSTON0073192-96; PRINSTON00031555-87; PRINSTON00078983-87; PRINSTON00078995-99; PRINSTON0076711-69; PRINSTON0076470-10 |
| Zhu, Lesley | Prinston | Senior Vice President, Business Development | PRINSTON0073198; PRINSTON00079000; PRINSTON00070470-71; PRINSTON0073192-96; PRINSTON00079001-02; PRINSTON00037393-94; PRINSTON00078983-87; PRINSTON00078995-99 |