# Exhibit 23



NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

SETH A. GOLDBERG
DIRECT DIAL: +1 215 979 1175
PERSONAL FAX: +1 215 689 2198
*E-MAIL:* SAGoldberg@duanemorris.com

www.duanemorris.com

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

October 22, 2019

VIA EMAIL

Ruben Honik, Esq.
Golomb & Honik, P.C.
rhonik@golombhonik.com

David Stanoch, Esq.
Golomb & Honik, P.C.
dstanoch@golombhonik.com

Adam Slater, Esq.
Mazie Slater Katz & Freeman, LLC
aslater@mazieslater.com

Daniel Nigh, Esq.
Levin Papantonio Thomas Mitchell
Rafferty & Proctor, P.A.
dnigh@levinlaw.com

Conlee Whiteley, Esq.
Kanner & Whiteley, LLC
c.whiteley@kanner-law.com

      Re:    **In re Valsartan Products Liability Litigation**, Civ. No. 19-md-2875 (D.N.J.)

Counsel:

      Pursuant to the Court's Order entered on October 21, 2019 (ECF 274) in the above-referenced matter, Zhejiang Huahai Pharmaceutical Co. ("ZHP") is producing organizational charts for its Regulatory Affairs, API Production, API Quality Assurance, and API Quality Research departments, Bates stamped ZHP00000001–ZHP00000005. In addition, Prinston Pharmaceutical Inc. is producing an organizational chart showing the corporate relationship

DuaneMorris

Ruben Honik, Esq.
David Stanoch, Esq.
Adam Slater, Esq.
Daniel Nigh, Esq.
Conlee Whiteley, Esq.
October 22, 2019
Page 2

between the Prinston Defendants, Bates stamped PRINSTON00079003. We hope to supplement this production with additional organizational charts at tomorrow's meeting. In serving this production, ZHP expressly reserves all objections to discoverability and admissibility, as well as all defenses, jurisdictional or otherwise.

In addition, set forth below are the custodians ZHP has proposed in its original letter dated September 23, 2019 and during the meet-and-confer sessions on October 7 and October 16.

**Proposed on September 23, 2019:**

1. LIN, Lihong (Linda) – Director of ZHP's Regulatory Affairs department
2. WANG, Peng – Senior Director of ZHP's API Manufacturing department
3. DONG, Peng – Director of ZHP's Technical department
4. GE Jucai – Director of ZHP's API Division Quality Assurance department
5. LI Qiangming – Director of ZHP's API Quality Control department
6. LI Min – Vice President of ZHP's Analytical Operations department
7. Wang Jie – Vice President of ZHP's Business Development department

**Proposed on October 7:**

8. LIU, Yanfeng (Lucy) – Deputy Director/Manager in ZHP's Regulatory Affairs department
9. ZHOU, Ting (Ada) – Assistant Director in ZHP's Regulatory Affairs department
10. HU, Yuelin – Assistant Director in ZHP's API Division Quality Assurance department

**Proposed on October 16:**

11. XIONG, Ying – Supervisor in ZHP's Regulatory Affairs department
12. LIU, Xiamong – Head of Technical department for finished dose
13. CHENG, Wei – Employee in ZHP's API Quality Assurance department
14. ZHU, Wenquan – Director of ZHP's API Quality Research department



Ruben Honik, Esq.
David Stanoch, Esq.
Adam Slater, Esq.
Daniel Nigh, Esq.
Conlee Whiteley, Esq.
October 22, 2019
Page 3

    15. ZHANG, Minli – Director of ZHP's Finished Dose Quality Assurance & Finished Dose Quality Control departments

    16. XU, Weiwei – Employee in ZHP's Purchasing department

    17. XU, Min – Employee in ZHP's Purchasing department

    18. HU, Min – Employee in ZHP's Purchasing department

    19. ZHENG, Gaozhe – Employee in ZHP's Purchasing department

    20. CAI, Minda – Former Vice President of ZHP's API Sales department

    21. XU, Mi – Senior Director in ZHP's Business Development department

    22. ZHONG, Sheng – Director in ZHP'S Business Development department

    23. LI, Hungchao – Manager in ZHP's Business Development department

In advance of tomorrow's meeting, we can confirm that Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC do not maintain organizational charts in the ordinary course of business. Prinston and Solco propose the following custodians. As we have previously discussed, Huahai U.S. has not sold valsartan API for commercial purposes in the United States.

**Prinston Pharmaceutical Inc.**

    1. Xiaodi Guo, Senior Vice President of Research & Development

    2. Remonda Gergis, Vice President of Quality Assurance

    3. Lijie Wang, Vice President of Regulatory Affairs

**Solco Healthcare U.S., LLC**

    1. Hai Wang, President

    2. Chris Keith, Senior Vice President of Marketing & Business Development

                                                     Sincerely,

                                                     */s/ Seth A. Goldberg*

DuaneMorris

Ruben Honik, Esq.
David Stanoch, Esq.
Adam Slater, Esq.
Daniel Nigh, Esq.
Conlee Whiteley, Esq.
October 22, 2019
Page 4

                                            Seth A. Goldberg

cc:    Jessica Priselac (jpriselac@duanemorris.com)
       Lori G. Cohen (cohenl@gtlaw.com)
       Clem C. Trischler (cct@pietragallo.com)
       Jessica M. Heinz (Jheinz@c-wlaw.com)
       Janet L. Poletto (jpoletto@hkmpp.com)
       Alexia Brancato (alexia.brancato@kirkland.com).


浙江华海药业股份有限公司组织结构图
川南公司生产运营中心（2019年10月）



CONFIDENTIAL INFORMATION    ZHP00000001

浙江华海药业股份有限公司组织结构图
原料药质量研究部（2018年12月）



CONFIDENTIAL INFORMATION ZHP00000002

# 浙江华海药业股份有限公司组织结构图
## 原料药质量研究部（2019年10月）



CONFIDENTIAL INFORMATION    ZHP00000003

# 浙江华海药业股份有限公司组织结构图
## 注册中心(2019年08月)



CONFIDENTIAL INFORMATION ZHP00000004



CONFIDENTIAL INFORMATION



CONFIDENTIAL INFORMATION