# Exhibit 25

# Duane Morris

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

ALEXANDRA WALEKO
DIRECT DIAL: +1 215 979 1928
PERSONAL FAX: +1 215 689 2793
*E-MAIL*: AWaleko@duanemorris.com

www.duanemorris.com

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

November 13, 2019

VIA EMAIL TO VALPEC@KIRTLANDPACKARD.COM

| | |
|---|---|
| Ruben Honik, Esq. | Daniel Nigh, Esq. |
| David Stanoch, Esq. | Levin Papantonio Thomas Mitchell |
| Golomb & Honik, P.C. | Rafferty & Proctor, P.A. |
| | |
| Adam Slater, Esq. | Conlee Whiteley, Esq. |
| Mazie Slater Katz & Freeman, LLC | Kanner & Whiteley, LLC |

Re: *In re Valsartan Products Liability Litigation*, Civ. No. 19-md-2875 (D.N.J.)
    Organizational Charts

Counsel:

Enclosed are English translations of the organizational charts previously produced by Zhejiang Huahai Pharmaceutical Co. ("ZHP") as documents Bates stamped ZHP0000001–ZHP00000008. In providing these translations, ZHP expressly reserves all objections to discoverability and admissibility, as well as all defenses, jurisdictional or otherwise. In addition, ZHP's agreement to provide translations for this limited set of documents should not be interpreted as an agreement to translate any other documents produced in this matter.

Sincerely,

*/s/ Alexandra Waleko*

Alexandra Waleko

cc:   Jessica Priselac (jpriselac@duanemorris.com)
      Lori G. Cohen (cohenl@gtlaw.com)
      Clem C. Trischler (cct@pietragallo.com)
      Jessica M. Heinz (Jheinz@c-wlaw.com)
      Janet L. Poletto (jpoletto@hkmpp.com)
      Alexia Brancato (alexia.brancato@kirkland.com)

# Zhejiang Huahai Pharmaceutical Co., LTD Organization Chart
## Chuannan Branch Manufacturing & Operating Center (2019 Oct.)



**Zhejiang Huahai Pharmaceutical Co., LTD Organization Chart**
**API Quality Study/Research Department (2018 Dec.)**



**Zhejiang Huahai Pharmaceutical Co., LTD Organization Chart**
**API Quality Research Department (2019 Oct.)**



CONFIDENTIAL INFORMATION    ZHP00000003

# Zhejiang Huahai Pharmaceutical Co., LTD Organization Chart
## Regulation Affairs (2019 Aug.)



CONFIDENTIAL INFORMATION                                                                                                                                 ZHP00000004

# Zhejiang Huahai Pharmaceutical Co., LTD Organization Chart
## Chuannan Branch Quality Assurance/Control Management Center (2019 Oct.)



CONFIDENTIAL INFORMATION                                                                                                          ZHP00000005

# Zhejiang Huahai Pharmaceutical Co., LTD Organization Chart
## Sales (2019 Oct.)



CONFIDENTIAL INFORMATION                    ZHP00000006

# Zhejiang Huahai Pharmaceutical Co., LTD Organization Chart
## Chuannan Product Technical Center (2019 Oct.)



# Zhejiang Huahai Pharmaceutical Co., LTD Organization Chart
## Chuannan Branch Analytical Center (2019 Oct.)



CONFIDENTIAL INFORMATION                    ZHP00000008