# Exhibit 30

| |
|---|
| *Valsartan* |
| amlodipine* |
| Diovan* |
| Exforg* |
| HCT or HCTZ |
| sartan or sartans |

**\<drug names modifiers\>**

| |
|---|
| *azide* |
| *formaldehyde* |
| *-N3* |
| *xylene* |
| acid* |
| aqueous* |
| chloramin* |
| HNO2 |
| hydrochlor* |
| N-3* |
| NaNO* |
| tolue* |
| Tributyl* or TIN |
| Triethyl* or TEA |
| zinc /3 chloride |
| ZnCl* |

**\<solvents modifiers\>**

| |
|---|
| "Abbreviated New Drug Application" or ANDA |
| CDC or "Centers for Disease Control" |
| CDER or "Center for Drug Evaluation and Research" |
| DEA or "Drug Enforcement Administration" or "Drug Enforcement Agency" |
| "Environmental Protection Agency" or EPA or USEPA or "US-EPA" or "1200 Pennsylvania Avenue" |
| "Food and Drug Administration" or FDA or USFDA or "US-FDA" or "College Park" |
| NIH or "National Institutes of Health" |
| |

**\<regulatory modifiers\>**

| Agency |
| --- |
| inspect* |
| regulat* |

**\<inspect modifiers\>**

| |
|---|
| backup /3 data |
| impurit* and degradant* |
| recall* |
| residu* |
| solvent* |
| spike* |
| test* |
| unknown /3 peak or unknown /3 spike or unknown /3 impurit* or unknown /3 contamin* |

**\<manufacturing modifiers\>**

| |
|---|
| "adverse event*" or AER* |
| bladder* |
| blood* |
| cancer* or precancer* or pre-cancer* |
| colon* |
| death* or dead or fatal |
| esophag* |
| gastro* |
| intestin* |
| kidn* or renal* |
| laten* |
| leukemia* |
| liver* |
| lymphoma* |
| MedWatch* or "Safety Information and Adverse Event Reporting" |
| muta* |
| myeloma* |
| NHL or non-hodgkin* |
| toxicolog* |
| onset* |
| oncolog* |
| ovar* |
| PADER* |
| pancrea* |
| prostate* |
| stomach* |

**<medical conditions modifiers>**

| |
|---|
| analys* |
| AWP |
| cost* |
| decreas* |
| distrib* |
| expect* |
| gross |
| impairm* |
| increas* |
| indem* |
| list* |
| loss* |
| margin* |
| market* |
| net |
| PBM |
| plan |
| pric* |
| profit* |
| project* |
| recall* |
| revenue* |
| share* |
| stock* |
| strat* |
| WAC |
| write* |

**\<economic modifiers\>**

Facility Names

| TO BE DETERMINED |
| --- |
| |
| Plaintiffs have just received the lists provided by Defendants and are still determining how to best search for facility names, as many facilities appear to be just referred to by the city name. |

**\<facility names modifiers\>**

| |
|---|
| ABPI |
| AEMPS |
| Agency /3 Therapeutic |
| AIFA |
| ALIMS |
| ANMAT |
| BDA |
| BfArM |
| "British Pharmaceutical Industry" |
| "Bulgarian Drug Agency" |
| Canad* /3 Health |
| "Central drugs standard control" |
| CEP |
| DKMA |
| EMA |
| European /3 medic* |
| "European Medical" |
| Fimea |
| "Health Canada" |
| Health* /5 Agency |
| Hong Kong /7 "Drug Office" |
| HPRA |
| IMA |
| MEB |
| Medical /4 agency |
| "Medical Products Agency" |
| MFDS |
| MHRA |
| Ministry /3 Health |
| Ministry /5 drug |
| MPA |
| NAMMD |
| NHS |
| NIHS |
| NoMA |
| NPRA |
| OGYEI |
| PHARMAC |
| SAMLV |
| SAMR |
| SCMA |
| SIDC |
| "State Administration for Market" |
| SUKL |

**<foreign regulatory agency modifiers>**

| |
|---|
| Swissmedic |
| TGA |
| "Therapeutic Goods Administration" |