# Exhibit 32

# Intentionally Left Blank