# Exhibit 33

Intentionally Left Blank