# EXHIBIT A

# DuaneMorris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

*FIRM and AFFILIATE OFFICES*

SETH A. GOLDBERG
DIRECT DIAL: +1 215 979 1175
PERSONAL FAX: +1 215 689 2198
*E-MAIL:* SAGoldberg@duanemorris.com

*www.duanemorris.com*

September 23, 2019

VIA EMAIL

Ruben Honik, Esq.
Golomb & Honik, P.C.
rhonik@golombhonik.com

David Stanoch, Esq.
Golomb & Honik, P.C.
dstanoch@golombhonik.com

Adam Slater, Esq.
Mazie Slater Katz & Freeman, LLC
aslater@mazieslater.com

Daniel Nigh, Esq.
Levin Papantonio Thomas Mitchell
Rafferty & Proctor, P.A.
dnigh@levinlaw.com

Conlee Whiteley, Esq.
Kanner & Whiteley, LLC
c.whiteley@kanner-law.com

Re:     **In re Valsartan Products Liability Litigation**, Civ. No. 19-md-2875 (D.N.J.)

Counsel:

Defendant Zhejiang Huahai Pharmaceutical Co., Ltd. proposes the following list of custodians for electronic discovery:

DuaneMorris

Ruben Honik, Esq.
David Stanoch, Esq.
Adam Slater, Esq.
Daniel Nigh, Esq.
Conlee Whiteley, Esq.
September 23, 2019
Page 2

| **Last Name** | **First Name** | **Title** |
| --- | --- | --- |
| Lin | Linhong (Linda) | Head of Regulatory Affairs |
| Peng | Wang | Senior Director, Manufacturing, Chuannan API |
| Peng | Dong | Associate Director, Manufacturing Technology, Chuannan API |
| Ge | Jucai | Director, Quality Assurance, API Division |
| Li | Qianming | Director, API Quality Control, Chuannan |
| Min | Li | VP, Analytical Operation |
| Wang | Jie | VP, Business Development/API Sales |

Sincerely,

*/s/ Seth A. Goldberg*

Seth A. Goldberg

cc:    Jessica Priselac (jpriselac@duanemorris.com)