# EXHIBIT D

**MAZIE SLATER KATZ & FREEMAN, LLC**
COUNSELLORS AT LAW
103 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-9898
Fax (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn°

Karen G. Kelsen°
Cheryll A. Calderon
David M. Estes
Adam M. Epstein°
Michael R. Griffith°
Matthew Tonzola
Christopher J. Geddis

_____

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

°Member of N.J. & N.Y. Bars

November 12, 2019

**_VIA EMAIL_**
SAGoldberg@duanemorris.com
Seth A. Goldberg, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103-4196

      RE:    *In re Valsartan Products Liability Litigation,* No. 1:19-md-02875
                **Plaintiffs' Preliminary Custodian List**

Dear Counsel:

      Pursuant to the Court's November 7, 2019 order, Plaintiffs have enclosed their preliminary custodian list for ZHP and its subsidiaries. Nevertheless, Plaintiffs reserve their right to add additional custodians based on further information, including, but not limited to, ZHP's translated organization charts, the continuation of the meet and confer process, and further discovery from ZHP and other defendants. Subject to the court's decisions on the "macro" discovery issues, Plaintiffs maintain that they are entitled to discovery of the finished dose manufacturing practices and the finished dose manufacturing facilities' compliance with cGMPs.

      As you will see, Plaintiffs have provided the first and last name of each custodian. Please confirm that this information is correct. Because of the different order that the parties may list their names, Plaintiffs may have the first and last names switched. Additionally, please inform Plaintiffs of any custodian's "Chinese" name, if not in the list, or "Western" name, if they have adopted one and it is not listed. Plaintiffs also request the confirmation of the custodian's title, department, and employer, which should include ZHP or any of its subsidiaries that have employed the custodian at any time. If the custodian has been previously accepted, Plaintiffs have noted the proffering party and date of proposal. To the extent feasible, Plaintiffs have included a short explanation of new additions to this list. However, the explanation is simply intended to assist ZHP or its

Seth A. Goldberg, Esq.
Duane Morris LLP
November 12, 2019
Page 2

subsidiaries in identifying the custodian. If the custodian is rejected, Plaintiffs reserve their right to more robustly explain their need for the custodian.

Very truly yours,

ADAM M. SLATER

Cc:     Jessica Priselac, Esq.

| **Plaintiffs' Preliminary List of Custodians for ZHP and Its Subsidiaries as of 11/12/2019** | | | | | | |
|---|---|---|---|---|---|---|
| First name | Last name | Title | Department | Co. | Proffered by | Explanation if a new proposal |
| **Senior Management** | | | | | | |
| Jun | Du | Vice President of ZHP, CEO of Huahai US, Prinston, Solco, and PrinJohnson | | See Title Cell | P - 10.8.19 | PrinJohnson's Facebook Identifies Du as its CEO |
| Baohua | Chen | Chairman and General Manager | | ZHP and PrinJohnson | New | His senior role in the investigation of the Valsartan contamination. PrinJohnson's Facebook identifies him as its CEO. |
| **Analytical** | | | | | | |
| Xie | Chaojun | | Analyst | ZHP | P - 10.8.19 | |
| Min | Li | VP | Analytical Operations | ZHP | D - 9.23.19 | |
| Minfa | Wang | VP | Analytical Operations | ZHP/Prinston | P - 10.8.19 | |
| Qing | Wang | | | ZHP | P - 10.8.19 | |
| Dachuan | Zhao | VP | Analytical, Shanghai R&D Center | ZHP | New | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Xin | Geng | Post Doctoral Fellow and Research Scientist | | Hauahai US | New | Linkedin |
| Jack | Guan | Senior Director Analytical Operations | | Prinston | New | Linkedin |
| **Quality** | | | | | | |
| Wei | Cheng | VP | API Quality Assurance | ZHP | P - 10.8.19 | |
| Remonda | Gergis | VP | Quality Assurance | Prinston | P - 10.8.19 | |
| Zheng | Youqing | Deputy Manager | Quality Assurance | ZHP | P - 10.8.19 | |
| Jucai | Ge | Director | Quality Assurance (API Division) | ZHP | D - 9.23.19 | |
| Yuelin | Hu | Assistant Director | Quality Assurance (API Division) | ZHP | D - 10.7.19 | |
| Ziqiang | Gu | Independent Consultant | | ZHP and Prinston | P - 10.8.19 | |
| Xiaohong | Zhao | Director | Quality Assurance (Chuannan Site) | ZHP | P - 10.8.19 | |

| First | Last | Title | Department | Company | Status | Notes |
|---|---|---|---|---|---|---|
| Hongliang | Wang | | Quality | ZHP | New | Prepared Method Validation Report of Valsartan PRINSTON00031401 |
| Zhen | Ye | | Quality | ZHP | New | Reviewed part of Method Validation Report of Valsartan PRINSTON00031402 |
| Baozhen | Chen | Director | Corporate Quality Assurance | ZHP | New | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Cunxiao | Ye | Vice President | Quality Assurance, Headquarters | ZHP | New | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Juan | Tao | Director Assistant | Quality Assurance | ZHP | New | Approve compliance with cGMP in Hydrochlorothiazide USP Organic Impurities Method Verification Report PRINSTON00041307 |
| Caifeng | Zhao | Manager | Quality Assurance | ZHP | New | Prepared Deviation Investigation Report of Valsartan TEA Process V1, 2, & 3 PRINSTON0073443, 0075797, 0076100 |
| Dongqin | Wang | Assistant Director | Quality Assurance at Chuannan Site East Zone | ZHP | New | Reviewed and signed off on Deviation Investigation Report of Valsartan TEA Process V1, 2, & 3 PRINSTON0073443, 0075797, 0076100; attended 5.19.17 meeting after the FDA inspection PRINSTON0074159 |
| Zhizhang | Ding | Assistant Manager | Formulation Quality Assurance | ZHP | New | Reviewed and approved Elemental Impurity Risk Assessment Report for Valsartan Tablets PRINSTON00036384 |
| Y.F. | Chen | Senior Supervisor | API Quality Assurance | ZHP | New | Reviewed and approved Validation Report of LC-MS Method for NDBA in Losartan Potassium PRINSTON0074642; ; reviewed and approved the Validation Report of LC-MS Method for NMBA in Irbesartan PRINSTON0074712 |
| Xiong | Fei | Analyst | Quality Control | ZHP | P - 10.8.19 | |
| Hu | Guangping | Director | Quality Control | ZHP | P - 10.8.19 | |
| Huang | Rui | Director | Quality Control | ZHP | P - 10.8.19 | |
| Minli | Zhang | Director | Finished Dose Quality Assurance and Quality Control | ZHP | D - 10.16.19 | |

| First Name | Last Name | Title | Department | Company | Status | Notes |
|---|---|---|---|---|---|---|
| Qiangming | Li | Director | Quality Control (API Division) | ZHP | D - 9.23.19 | |
| Zie | Chaojun | Analyst | Quality Control | ZHP | P - 10.8.19 | |
| Quang | Zhou | Analyst | Quality Research | ZHP | D - 10.23.19 | |
| Ying | Xiong | Supervisor | Quality Research | ZHP | D - 10.23.19 | |
| Fong E. | Zhuong | Associate Manager | Quality Research | ZHP | Discussed but not agreed to on 10.23.19 | Org Chart |
| Dan Ping | Cai | Technical Assistant Director | Quality Research | ZHP | Discussed but not agreed to on 10.23.19 | Org Chart |
| Yuanyan | Chen | Supervisor | Quality Research | ZHP | Discussed but not agreed to on 10.23.19 | Org Chart |
| Yinhua | Tang | Assistant Director/Manager | Quality Control | ZHP | New | Reviewed and signed off on Deviation Investigation Reports of Valsartan TEA Process PRINSTON0073443, etc.; attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Fei | Shang | QP | Quality VP | ZHP | New | Reviewed and approved the third version of the Deviation Investigation into the TEA process PRINSTON0076100 |
| Yun | Jin | Supervisor | Chuannan Quality Control | ZHP | New | Drafted Assay Method Validation Report for Valsartan (Supplement) PRINSTON00009948; draft Chiral Purity Analytical Method Validation Protocol for TDCI Compound PRINSTON00077405 |
| Tian | Zhang | Analyst | Chuannan Q Control | ZHP | New | Reviewed and signed off on Assay Method Validation Report for Valsartan (Supplement) PRINSTON00009948; reviewed and signed off on Chiral Purity Analytical Method Validation Protocal for TDCI Compound PRINSTON00077405 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Xianhua | Zhang | Deputy Director | Chuannan Quality Control | ZHP | New | Reviewed and signed off on Assay Method Validation Report for Valsartan (Supplement) PRINSTON00009948; reviewed and signed off on Chiral Purity Analytical Method Validation Protocal for TDCI Compound PRINSTON00077405 |
| Xiaofen | Zhu | Analyst | Quality Control | ZHP | New | Author of Hydrochlorothiazide USP Organic Impurities Method Verification Report PRINSTON00041307 |
| Hui | Dai | Analyst | Quality Control | ZHP | New | Data review of Hydrochlorothiazide USP Organic Impurities Method Verification Report PRINSTON00041307 |
| Jing | Jing | Deputy Manager | Quality Control | ZHP | New | Managerial review of Hydrochlorothiazide USP Organic Impurities Method Verification Report PRINSTON00041307 |
| J. Y. | Li | Analyst | Quality Control | ZHP | New | Drafted Method Validation Protocol of Residual Solvent (Acetonitrile) in TDCI Compound PRINSTON00077346; approved cGMP compliance of Chiral Purity Analytical Method Validation Protocal for TDCI Compound PRINSTON00077405 |
| J. | Wang | Analyst | Quality Control | ZHP | New | Reviewed and signed off on Method Validation Protocol of Residual Solvent (Acetonitrile) in TDCI Compound PRINSTON00077346 |
| Yingzhi | Chen | Analyst | Quality Control | ZHP | New | Author of Method validation for determining particle size distribution of hydrochlorothiazide PRINSTON00064277 |
| Yuping | Chen | Deputy Manager | Formulation Quality Control | ZHP | New | Author of Elemental Impurity Risk Assessment Report for Valsartan Tablets PRINSTON00036384 |
| Xiaoling | Li | Manager | Formulation Quality Control | ZHP | New | Reviewed and signed off on Elemental Impurity Risk Assessment Report for Valsartan Tablets PRINSTON00036384 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Qiang | Zhuo | Analyst | API Quality Research | ZHP | New | Drafted Validation Report of GC-MS Method for Detection of NDMA in Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326 |
| Tong | Wu | Analyst | API Quality Research | ZHP | New | Drafted Validation Report of GC-MS Method for Detection of NDMA in Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326 |
| Tan | Xiao | Senior Supervisor | API Quality Research | ZHP | New | Drafted Validation Report of GC-MS Method for Detection of NDMA in Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326; reviewed and approved Validation report of the LC-MS method for NDBA in Losartan Potassium PRINSTON0074642; reviewed and approved the Validation Report of LC-MS Method for NMBA in Irbesartan PRINSTON0074712 |
| Wenbin | Chen | Analysis Director | API Quality Research | ZHP | New | Reviewed and signed off on Report of GC-MS Method for Detection of NDMA in Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326; ; reviewed and approved the Validation Report of LC-MS Method for NMBA in Irbesartan PRINSTON0074712 |
| Nan | Tong | Senior Supervisor | API Quality Research | ZHP | New | Approved the cGMP compliance for its intended use of Report of GC-MS Method for Detection of NDMA in Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326 |
| Chongjun | Xie | Analyst | Quality Research | ZHP | New | Authored Hydrochlorothiazide Residual Solvent Method Validation Report PRINSTON00064288 |
| Wenping | Hu | Team Leader | Quality Research | ZHP | New | Reviewed data in Hydrochlorothiazide Residual Solvent Method Validation Report PRINSTON00064288 |
| Wenquan | Zhu | Director | API Quality Research | ZHP | D- 10.16.19 | |
| X. G. | Liu | Quality Researcher | API Quality Research | ZHP | New | Drafted Validation report of the LC-MS method for NDBA in Losartan Potassium PRINSTON0074642 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Y.Y. | He | Quality Researcher | API Quality Research | ZHP | New | Drafted Validation Report of LC-MS Method for NMBA in Irbesartan PRINSTON0074712 |
| Ye | Jenson | | QP | ZHP | New | Approved the Deviation Investigation Reports of Valsartan TEA Process PRINSTON0073443, etc. |
| Yuding | Zhao | Director | Finished Dose RA | ZHP | D - 10.23.19 | |
| **Manufacturing** | | | | | | |
| Xiamong | Liu | Head | Technical for Finished Dose | ZHP | D - 10.16.19 | |
| Congsheng | Jin | Valsartan Workshop Director | | ZHP | New | Identified as the person "responsible for production of Valsartan" |
| Yongjun | Jin | Factor Assistant Director | Manufacturing | ZHP | New | Described as a "professional engineer," and "has a wide experience at production technology management and is responsible for the technological development of all bulk drugs" |
| Dong | Peng | Director | Technical Department | ZHP | D - 9.23.19 | |
| Peng | Wang | Senior Director | API Manufacturing | ZHP | D - 9.23.19 | |
| Youhu | Wang | Technology Leader | | ZHP | New | "Is responsible for Valsartan" |
| Jiangzhong | Yu | API and Intermediate Plant Manager | Manufacturing | ZHP | New | Responsible for all bulk drugs (including intermediates) at ZHP |
| Wenling | Zhang | Director Assistant | Technical, API Chuannan site West Zone (counterpart to Peng Dong) | ZHP | New | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Lijin | Jiang | VP | API Operation/Facility Director, API Chuannan Site | ZHP | New | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Zhengjun | Jia | Deputy Plant Director | Engineering and Maintenance, API Chuannan site East Zone | ZHP | New | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Junhui | Zuo | Deputy Plant Director | Engineering and Maintenance, API Chuannan site West Zone | ZHP | New | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Wei | Chen | Deputy Director | Production Department | ZHP | New | Reviewed and approved Deviation Investigation Reports regarding the TEA Process PRINSTON0073443, 0075797, 0076100 |
| Lina | Wu | Senior Supervisor | **Formulation Technology at ZHP** | ZHP | New | Author of Elemental Impurity Risk Assessment Report for Valsartan Tablets PRINSTON00036384 |
| Xiaoming | Liu | Director | **Formulation Technology at ZHP** | ZHP | New | Reviewed and signed off on Elemental Impurity Risk Assessment Report for Valsartan Tablets PRINSTON00036384 |
| Jon M. | Bill, Jr. | VP & General Manager | | Prinston Laboratories | New | "With 30 years of experience in pharmaceutical & high purity chemicals industry, Jon manages day-to-day activities at Prinston Laboratories, Prinston's Contract Manufacturing division." • "Prior joining Prinston, he spent 12 years at Dynamic Engineering culminating as VP of Engineering &Technology. Prior to that Jon was with Bayer Corp. for 12 years at various sites and positions. Jon graduated from Purdue University & has a Master of Science in Chemical Engineering." -Prinston Website |

| First | Last | Title | Department | Company | Served | Notes |
|---|---|---|---|---|---|---|
| Eric Wen-Chien | Tsai, PhD | General Manager | | Prinston and Prinbury BioPharm | New | Authorized signatory and sponsor or Quality Assurance Authentification of Valsartan. PRINSTON00029811. "Eric joined Prinbury BioPharm as General Manager in 2009, wholly owned subsidiary of Prinston, a Research and Development center located in Shanghai China. In this role he leads the R&D efforts has been making significant contribution to Prinston pipeline growth. Eric came to the company with strong technical expertise and management skills." -Prinston Website |
| Shuxi | Li | Technician | Formulation Technology at ZHP | ZHP | New | Drafted Master Packaging Batch Record PRINSTON00038702 |
| Pijie | Xu | Assistant Director | Formulation Manufacture | ZHP | New | Reviewed Master Packaging Batch Record PRINSTON00038702 |
| Weilding | Bian | Director | Forumulation Manufacture | ZHP | New | Reviewed Master Packaging Batch Record PRINSTON00038702 |
| Pieter | Groenewoud | Executive Director | Technology | ZHP | New | Reviewed Master Packaging Record Approval PRINSTON00021688 |
| Xiaojun | Gao | Technician | Technology | ZHP | New | Drafted Master Production Batch Record Approval PRINSTON00064070 |
| **Regulatory** | | | | | | |
| Linhong (Linda) | Lin | Director | Regulatory Affairs Department | ZHP | D - 9.23.19 | |
| Wei | Chen | Translator | | ZHP | New | Translatered 08/26/2018 Ltr to the FDA |
| Zhi | Chen | | | Huahai US | P - 10.8.19 | |
| Yanfeng (Lucy) | Liu | Deputy Director / Manager | Regulatory Affairs | ZHP | D - 10.7.19 | |
| Lije | Wang | VP | Head of Regulatory Affairs | Prinston | P - 10.8.19 | |
| Ying | Xiong | Supervisor | Regulatory Affairs | ZHP | D 10.16.19 | |
| Quo (Kathy) | Zhang | Senior Manager | Regulatory Affairs | Huahai US | P – 10.8.19 | |
| Xiaodi | Guo | Vice President | | Huahai US (linkedin), Prinston (website), and Solco (affidavits of service) | P for Prinston/Huahai US - 10.8.19 / New for Solco | He has accepted service as Solco's VP. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Wei (Helen) | Tong | Director | Regulatory Affairs | ZHP and Prinston? | New | Listed on ANDA Documents |
| Ting (Ada) | Zhou | Assistant Director | Regulatory Affairs | ZHP | D - 10.7.19 | |
| Louis | Zhao | | Regulatory Affairs | Prinston | New | Linkedin |
| Guangyu | Luo | Associate (2013-2015), Senior Associate (2015-2016), Specialist (2016-2017), Manager (2017-Present) | | Prinston | New | Linkedin |
| Jenny | Lu | Senior Associate | Regulatory Affairs | Prinston | New | Linkedin |
| **Procurement** | | | | | | |
| Min | Hu | | Purchasing | ZHP | D -10.16.19 | |
| Weiwei | Xu | | Purchasing | ZHP | D - 10.16.19 | |
| Min | Xu | | Purchasing | ZHP | D -10.16.19 | |
| Min | Xang | | Procurement | ZHP | D - 10.16.19 | |
| Zheng | Gaozhe | | Purchasing | ZHP | D - 10.16.19 | Was a person who was responsible for procuring solvents |
| **API Sales** | | | | | | |
| Minda | Cai | Former VP | API Sales | ZHP | D - 10.16.19 | |
| Jie | Wang | VP | Business Development | ZHP | D - 9.23.19 | |
| Sheng | Zhong | Director | Business Development | ZHP | D - 10.16.19 | |
| Zho | Cheng | | Business Development | ZHP | New | Sells API to India |
| Wei | Chang | Translator | Business Development, API Sales | ZHP | D - 10.23.19 | |
| Hongchao | Li | Manager | Business Development | ZHP | D - 10.16.19 | |
| Xu | Mi | | Business Development, API Sales | ZHP | D - 10.16.19 | |
| **Other Sales** | | | | | | |
| John | Iozzia | Director | Sales | Huahai US | D - 10.16.19 | |
| Chris | Keith | Director | Sales | Solco/Prinston at some point as VP | D - 10.22.19 for Solco / New for Prinston | Solco's Website |
| Lesley | Zhu | SVP, Business Development & Portfolio | Sales | Prinston | P - 10.8.19 | |

| First | Last | Title | | Company | Status | Source |
|---|---|---|---|---|---|---|
| Hai | Wang | VP, President, President | | Huahai US (linkedin), Prinston (website), & Solco (website), respectively | P for Solco - 10.8.19 | |
| Frank | Chen | Chief Investment Officer of Huahai US and CFO of PrinJohnson (according to PrinJohnson's Facebook) | | Huahai US and PrinJohnson | New | Linkedin |
| Ping | Jiang | CFO (2015-2016) | | PrinJohnson | New | Linkedin |
| Min | Hu | Manager of Business Development and Senior Director of Business Development | | Huahai US (2007-2012) and Prinston (2012-Present), respectively | New | Linkedin |
| David | Ayres | Vice President | Sales | Solco | New | Solco's Website |
| Xin (Will) | He | Scientist (2012-2016), Manager (2019-Present) | | Prinston | New | Linkedin |
| Peng | Shang | Senior Associate of Business Development/ Supply Chain | | Prinston | New | Linkedin |
| Jane Qiu | X. | Senior Manager, Strategic Sourcing & Project Management | | Prinston | New | Linkedin |
| Mark | Pierce | National Account Manager as of September 2019 | | Solco | New | Linkedin |
| Matthew | Arnold | National Account Manager from 2016-2019 | | Solco | New | Linkedin and Author of Only Solco-stamped document |
| **Syncores** | | | | | | |
| Eric | Gu | Manager | | Shanghai Syncores | P - 10.8.19 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| James (Jun) | Wen | President | | Shanhai Syncores | New | Linkedin |
| Frank | Zhao | VP | | Shanghai Syncores | New | Linkedin |
| Alan Huasheng | Ding | Director | Business Development | Shanghai Syncores | New | Linkedin |
| Luping | Liu | Vice President | | Shanghai Syncores | New | Linkedin |
| **Prinbury BioPharm Ltd.** | | | | | | |
| Wenjian | Cai | General Manager | | Prinbury | New | Prinbury website |
| Dachuan | Zhao | Executive Deputy General Manager | | Prinbury | New | Prinbury website |
| Ping | Wen | Executive Director | | Prinbury | New | Prinbury website |
| Yuanyuan | Xie | Director | Pharmaceutical Affairs | Prinbury | New | Prinbury website |
| Li | Tan | Director | Project Management | Prinbury | New | Prinbury website |
| Wei | Tian | Deputy General Manager of Analysis and Research | | Prinbury | New | Prinbury website |
| Hongchun | Qiu | Deputy General Manager of Pharmaceutical Preparation Product Development | | Prinbury | New | Prinbury website |
| Shine | Chen | Scientist | | Prinbury | New | Prepared Method Verification Report for Valsartan PRINSTON00039715 |
| Tina | Liu | Senior Scientist | | Prinbury | New | Reviewed Method Verification Report for Valsartan PRINSTON00039715 |
| Yun | Tian | Senior Director | | Prinbury | New | Approved Method Verification Report for Valsartan PRINSTON00039715 |
| Lily | Tan | QA Manager | | Prinbury | New | Approved Method Verification Report for Valsartan PRINSTON00039715 |
| Alex | Liu | Scientist | | Prinbury | New | Prepared Dissolution Comparison Study Report of Valsartan PRINSTON00050114 |
| Ashley | Lin | Associate Scientist | | Prinbury | New | Prepared Method Robustness Study Report for Valsartan PRINSTON0039541 |
| Luke | Wang | | | Prinbury | New | Reviewed and Approved Master Packaging Batch Record PRINSTON00038702 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jihui | Wang | Technician | | Prinbury | New | Drafted Master Batch Packaging Record Approval PRINSTON00021688 |
| Yula | Wang | Executive Director | | Prinbury | New | Reviewed and approved Master Production Batch Record Approval PRINSTON00064070 |