# EXHIBIT F

## MAZIE SLATER KATZ & FREEMAN, LLC

COUNSELLORS AT LAW
103 Eisenhower Parkway
Roseland, NJ  07068
(973) 228-9898
Fax (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn°

Karen G. Kelsen°
Cheryll A. Calderon
David M. Estes
Adam M. Epstein°
Michael R. Griffith°
Matthew Tonzola
Christopher J. Geddis

_____

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

_____

°Member of N.J. & N.Y. Bars

November 22, 2019

*VIA EMAIL*
SAGoldberg@duanemorris.com
Seth A. Goldberg, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania  19103-4196

> RE:  *In re Valsartan Products Liability Litigation,* No. 1:19-md-02875
> Plaintiffs' Preliminary Custodian List

Dear Counsel:

Plaintiffs are in receipt of your November 14, 2019, letter. As a preliminary matter, Plaintiffs disagree with most of Defendant ZHP's characterizations and objections.

First, in terms of temporal scope, Plaintiffs disagree that custodians should be limited to *only* those employed by the company before the recall. ZHP's investigation into the nitrosamine contamination only started at that time, and Plaintiffs are entitled to the documents stemming from that investigation, as the core discovery productions clearly demonstrate. Additionally, the investigation is ongoing. Plaintiffs cannot be prejudiced by ZHP's arbitrary cut-off of June 2018 for discovery, when employees at ZHP continue investigating the root-cause of this contamination.

Plaintiffs also disagree that subordinates are presumptively duplicative. If ZHP investigates certain custodians and their roles and finds that a superior should have received every relevant document produced or received by their subordinate, then Plaintiffs will consider the plausibility of that claim and consider removing the subordinate. Until then, Plaintiffs believe that subordinates could play an important role in this case, as subordinates very likely had more direct and detailed knowledge of the facts underlying Plaintiffs' claims.

Seth A. Goldberg, Esq.
Duane Morris LLP
November 22, 2019
Page 2


Furthermore, translators are also important custodians. Not only are ZHP's translators the authors of the English language translated documents provided to regulatory agencies, they also appear to be *key factual witnesses*. For example, ZHP Translator Wei Cheng as "present for the entirety" of the FDA's May 2017 inspection and "provided all necessary translation contained within" the FDA's Report *See* PRINSTON0074146. Even more critically important, Mr. Cheng appeared to be provided his own information and observations to the FDA. *Id.* at 7 ("Mr. Cheng stated that the firm has not reworked or rejected US API since the previous US FDA inspection…"), *id.* at 21 ("Mr. Cheng explained that an SOP does not define the maintenance of that gasket"), *id.* at 22 ("Mr. Cheng had explained this change control as requiring the facilities to be updated due to production demands…").

Nevertheless, and in the spirit of continuing to meet-and-confer on these custodians, Plaintiffs have withdrawn twenty-two formerly proposed custodians, which are listed in a separate enclosed document for your reference. Plaintiffs have also included some additional custodians, which became known to Plaintiffs only upon receipt of ZHP's partially translated organizational charts.[1] Plaintiffs' requests, qualifications, and reservations from their November 12, 2019 letter also apply to this amended list.

In order to streamline the meet-and-confer process, Plaintiffs ask ZHP to provide Plaintiffs, in writing, with a full and complete list of those custodians ZHP will agree to provide, and those custodians for which there is still dispute.[2] Plaintiffs also request that ZHP provide explanation as to why certain custodians are improper and why. Indeed, this is precisely what other Defendants have done in the course of their respective meet-and-confer processes. After receiving some affirmative explanation, Plaintiffs will consider removing additional custodians.


Very truly yours,


ADAM M. SLATER


Cc:    Jessica Priselac, Esq.


---

[1] Plaintiffs expect to receive a complete translation of the organization charts in time to meaningfully discuss them during the Parties' November 22, 2019 teleconference.
[2] Plaintiffs also reiterate their email of November 21, 2019, asking for proposed custodians related to finished dose quality assurance and testing functions at their Xunqiao facility,

| First name | Last name | Title | Department | Co. | Proffered by |
|---|---|---|---|---|---|
| | | | Plaintiffs' Preliminary List of Custodians for ZHP and Its Subsidiaries a | | |
| | | | **Senior Management** | | |
| Jun | Du | Vice President of ZHP, CEO of Huahai US, Prinston, Solco, and PrinJohnson | | See Title Cell | P - 10.8.19 |
| Baohua | Chen | Chairman and General Manager | | ZHP and PrinJohnson | P - 11.12.19 |
| | | | **Analytical** | | |
| Xie | Chaojun | | Analyst | ZHP | P - 10.8.19 |
| Min | Li | VP | Analytical Operations | ZHP | D - 9.23.19 |
| Minfa | Wang | VP | Analytical Operations | ZHP/Prinston | P - 10.8.19 |
| Qing | Wang | | | ZHP | P - 10.8.19 |
| Dachuan | Zhao | VP | Analytical, Shanghai R&D Center | ZHP | P - 11.12.19 |
| Xin | Geng | Post Doctoral Fellow and Research Scientist | | Hauahai US | P - 11.12.19 |
| Jack | Guan | Senior Director Analytical Operations | | Prinston | P - 11.12.19 |

| | | Analytical and | Chuannan | | |
|---|---|---|---|---|---|
| | | Testing | Branch | | |
| | | Department | Analytical | | |
| XiaXia | Zhang | Manager | Center | ZHP | New |
| | | | Chuannan | | |
| | | Finished Dose | Branch | | |
| | | Gase Stage | Analytical | | |
| Jun | Wang | Team | Center | ZHP | New |
| | | | Chuannan | | |
| | | Finished Dose | Branch | | |
| | | Liquid Phase | Analytical | | |
| Chun | Yang | Team | Center | ZHP | New |
| | | Raw Material | | | |
| | | Central | Chuannan | | |
| | | Control | Branch | | |
| | | Instrument | Analytical | | |
| Guang | Zheng | Team | Center | ZHP | New |
| | | Raw Material | | | |
| | | Central | | | |
| | | Control | Chuannan | | |
| | | Physico- | Branch | | |
| | | Chemical | Analytical | | |
| XianLiang | Zhang | Team | Center | ZHP | New |
| | | | Chuannan | | |
| | | | Branch | | |
| | | | Analytical | | |
| Yun | Jin | | Center | ZHP | New |
| **Quality** | | | | | |
| | | | API Quality | | |
| Wei | Cheng | VP | Assurance | ZHP | P - 10.8.19 |
| | | | Quality | | |
| Remonda | Gergis | VP | Assurance | Prinston | P - 10.8.19 |
| | | Deputy | Quality | | |
| Zheng | Youqing | Manager | Assurance | ZHP | P - 10.8.19 |
| | | | Quality | | |
| | | | Assurance (API | | |
| Jucai | Ge | Director | Division) | ZHP | D - 9.23.19 |
| | | | Quality | | |
| | | Assistant | Assurance (API | | |
| Yuelin | Hu | Director | Division) | ZHP | D - 10.7.19 |
| | | | | | |
| | | Independent | | ZHP and | |
| Ziqiang | Gu | Consultant | | Prinston | P - 10.8.19 |

| | | | | | |
|---|---|---|---|---|---|
| Xiaohong | Zhao | Director | Quality Assurance (Chuannan Site) | ZHP | P - 10.8.19 |
| Hongliang | Wang | | Quality | ZHP | P - 11.12.19 |
| Zhen | Ye | | Quality | ZHP | P - 11.12.19 |
| Baozhen | Chen | Director | Corporate Quality Assurance | ZHP | P - 11.12.19 |
| Cunxiao | Ye | Vice President | Quality Assurance, Headquarters | ZHP | P - 11.12.19 |
| Caifeng | Zhao | Manager | Quality Assurance | ZHP | P - 11.12.19 |
| Dongqin | Wang | Assistant Director | Quality Assurance at Chuannan Site East Zone | ZHP | P - 11.12.19 |
| Zhizhang | Ding | Assistant Manager | Formulation Quality Assurance | ZHP | P - 11.12.19 |
| Y.F. | Chen | Senior Supervisor | API Quality Assurance | ZHP | P - 11.12.19 |
| Xiong | Fei | Analyst | Quality Control | ZHP | P - 10.8.19 |
| Hu | Guangping | Director | Quality Control | ZHP | P - 10.8.19 |

| Huang | Rui | Director | Quality Control | ZHP | P - 10.8.19 |
|---|---|---|---|---|---|
| Minli | Zhang | Director | Finished Dose Quality Assurance and Quality Control | ZHP | D - 10.16.19 |
| Qiangming | Li | Director | Quality Control (API Division) | ZHP | D - 9.23.19 |
| Zie | Chaojun | Analyst | Quality Control | ZHP | P - 10.8.19 |
| Quang | Zhou | Analyst | Quality Research | ZHP | D - 10.23.19 |
| Ying | Xiong | Supervisor | Quality Research | ZHP | D - 10.23.19 |
| Fong E. | Zhuong | Associate Manager | Quality Research | ZHP | Discussed but not agreed to on 10.23.19 |
| Dan Ping | Cai | Technical Assistant Director | Quality Research | ZHP | Discussed but not agreed to on 10.23.19 |
| Yuanyan | Chen | Supervisor | Quality Research | ZHP | Discussed but not agreed to on 10.23.19 |
| Yinhua | Tang | Assistant Director/Manager | Quality Control | ZHP | P - 11.12.19 |
| Fei | Shang | QP | Quality VP | ZHP | P - 11.12.19 |
| Yun | Jin | Supervisor | Chuannan Quality Control | ZHP | P - 11.12.19 |

| | | | | | |
|---|---|---|---|---|---|
| Tian | Zhang | Analyst | Chuannan Q Control | ZHP | P - 11.12.19 |
| Xianhua | Zhang | Deputy Director | Chuannan Quality Control | ZHP | P - 11.12.19 |
| Yuping | Chen | Deputy Manager | Formulation Quality Control | ZHP | P - 11.12.19 |
| Xiaoling | Li | Manager | Formulation Quality Control | ZHP | P - 11.12.19 |
| Qiang | Zhuo | Analyst | API Quality Research | ZHP | P - 11.12.19 |
| Tong | Wu | Analyst | API Quality Research | ZHP | P - 11.12.19 |

| | | | | | |
|---|---|---|---|---|---|
| Tan | Xiao | Senior Supervisor | API Quality Research | ZHP | P - 11.12.19 |
| Wenbin | Chen | Analysis Director | API Quality Research | ZHP | P - 11.12.19 |
| Nan | Tong | Senior Supervisor | API Quality Research | ZHP | P - 11.12.19 |
| Wenping | Hu | Team Leader | Quality Research | ZHP | P - 11.12.19 |
| Wenquan | Zhu | Director | API Quality Research | ZHP | D- 10.16.19 |

| | | | | | |
|---|---|---|---|---|---|
| X. G. | Liu | Quality Researcher | API Quality Research | ZHP | P - 11.12.19 |
| Y.Y. | He | Quality Researcher | API Quality Research | ZHP | P - 11.12.19 |
| Ye | Jenson | | QP | ZHP | P - 11.12.19 |
| Jieyun | Wang | Director | Quality Assurance | ZHP | New |
| Ting | Sung | Manager | Quality Control | ZHP | New |
| Jian | Ye | Deputy Manager, Group I | Quality Control | ZHP | New |
| Houming | Zhou | General Detection, Tachnical Deputy Director | API Quality Study/Research Department | ZHP | New |
| Xiao | Yu | Associate Director | API Quality Study/Research Department | ZHP | New |
| Yang | Han | Supervisor | Quality Research | ZHP | New |
| Chaohua | Bao | Supervisor | API QR | ZHP | New |
| **Manufacturing** | | | | | |
| Xiamong | Liu | Head | Technical for Finished Dose | ZHP | D - 10.16.19 |
| Congsheng | Jin | Valsartan Workshop Director | | ZHP | P - 11.12.19 |
| Yongjun | Jin | Factor Assistant Director | Manufacturing | ZHP | P - 11.12.19 |

| Dong | Peng | Director | Technical Department | ZHP | D - 9.23.19 |
|---|---|---|---|---|---|
| Peng | Wang | Senior Director | API Manufacturing | ZHP | D - 9.23.19 |
| Youhu | Wang | Technology Leader | | ZHP | P - 11.12.19 |
| Jiangzhong | Yu | API and Intermediate Plant Manager | Manufacturing | ZHP | P - 11.12.19 |
| Wenling | Zhang | Director Assistant | Technical, API Chuannan site West Zone (counterpart to Peng Dong) | ZHP | P - 11.12.19 |
| Lijin | Jiang | VP | API Operation/Facility Director, API Chuannan Site | ZHP | P - 11.12.19 |
| Zhengjun | Jia | Deputy Plant Director | Engineering and Maintenance, API Chuannan site East Zone | ZHP | P - 11.12.19 |
| Junhui | Zuo | Deputy Plant Director | Engineering and Maintenance, API Chuannan site West Zone | ZHP | P - 11.12.19 |
| Wei | Chen | Deputy Director | Production Department | ZHP | P - 11.12.19 |
| Lina | Wu | Senior Supervisor | Formulation Technology at ZHP | ZHP | P - 11.12.19 |
| Xiaoming | Liu | Director | Formulation Technology at ZHP | ZHP | P - 11.12.19 |

| | | | | | |
|---|---|---|---|---|---|
| Eric Wen-Chien | Tsai, PhD | General Manager | | Prinston and Prinbury BioPharm | P - 11.12.19 |
| Pieter | Groenewoud | Executive Director | Technology | ZHP | P - 11.12.19 |
| Chunmin | Xu | Vice President | | ZHP | New |
| Hu | Zhou | Factory Director | | ZHP | New |
| Ruqi | Zhou | Factory Assistant Director | | ZHP | New |
| Kaai | Yang | Technical Manager | | ZHP | New |
| Ruping | Ren | Auxiliary Workshop Director | | ZHP | New |
| Yanhua | Meng | General Manager | Chuannan Product Technical Center | ZHP | New |
| Fengfeng | Yan | Director of Tech | Chuannan Product Technical Center | ZHP | New |
| Zunjun | Liang | Associate Director | Chuannan Product Technical Center | ZHP | New |

| | | | | | |
|---|---|---|---|---|---|
| Zhichen | Hu | Manager | Chuannan Product Technical Center | ZHP | New |
| Xiauhui | Zhan | "(Valsartan)" | Chuannan Product Technical Center | ZHP | New |
| Mengmeng | Xie | General Supporting Group | Chuannan Product Technical Center | ZHP | New |
| **Regulatory** | | | | | |
| Linhong (Linda) | Lin | Director | Regulatory Affairs Department | ZHP | D - 9.23.19 |
| Wei | Chen | Translator | | ZHP | P - 11.12.19 |
| Zhi | Chen | | | Huahai US | P - 10.8.19 |
| Yanfeng (Lucy) | Liu | Deputy Director / Manager | Regulatory Affairs | ZHP | D - 10.7.19 |
| Lije | Wang | VP | Head of Regulatory Affairs | Prinston | P - 10.8.19 |
| Ying | Xiong | Supervisor | Regulatory Affairs | ZHP | D 10.16.19 |
| Quo (Kathy) | Zhang | Senior Manager | Regulatory Affairs | Huahai US | P – 10.8.19 |
| Xiaodi | Guo | Vice President | | Huahai US (linkedin), Prinston (website), and Solco (affidavits of service) | P for Prinston/Huahai US - 10.8.19 / Solco - 11.12.19 |
| Wei (Helen) | Tong | Director | Regulatory Affairs | ZHP and Prinston? | P - 11.12.19 |
| Ting (Ada) | Zhou | Assistant Director | Regulatory Affairs | ZHP | D - 10.7.19 |
| Louis | Zhao | | Regulatory Affairs | Prinston | P - 11.12.19 |

| | | | | | |
|---|---|---|---|---|---|
| Guangyu | Luo | Associate (2013-2015), Senior Associate (2015-2016), Specialist (2016-2017), Manager (2017-Present) | | Prinston | P - 11.12.19 |
| Jenny | Lu | Senior Associate | Regulatory Affairs | Prinston | P - 11.12.19 |
| Yuding | Zhao | Director | Finished Dose RA | ZHP | D - 10.23.19 |
| Yiming | Tang | | | | New |
| Deng Xue | Sung | Manager | API R&D, Regulation Affairs | ZHP | New |
| Jie | Lin | Deputy Manager | API Patent, Regulation Affairs | ZHP | New |
| **Procurement** | | | | | |
| Min | Hu | | Purchasing | ZHP | D -10.16.19 |
| Weiwei | Xu | | Purchasing | ZHP | D - 10.16.19 |
| Min | Xu | | Purchasing | ZHP | D -10.16.19 |
| Min | Xang | | Procurement | ZHP | D - 10.16.19 |
| Zheng | Gaozhe | | Purchasing | ZHP | D - 10.16.19 |
| **API Sales** | | | | | |
| Minda | Cai | Former VP | API Sales | ZHP | D - 10.16.19 |
| Jie | Wang | VP | Business Development | ZHP | D - 9.23.19 |
| Sheng | Zhong | Director | Business Development | ZHP | D - 10.16.19 |
| Wei | Chang | Translator | Business Development, API Sales | ZHP | D - 10.23.19 |
| Hongchao | Li | Manager | Business Development | ZHP | D - 10.16.19 |
| Xu | Mi | | Business Development, API Sales | ZHP | D - 10.16.19 |

| Weihua Wang | Wang | Vice President | Sales | ZHP | New |
|---|---|---|---|---|---|
| Lei | Li | "Brand Customer" | Sales | ZHP | New |
| Zengyuan (sp?) | | "Customer Service" | Sales | ZHP | New |
| **Other Sales** | | | | | |
| John | Iozzia | Director | Sales | Huahai US | D - 10.16.19 |
| Chris | Keith | Director | Sales | Solco/Prinston at some point as VP | D - 10.22.19 for Solco / Prinston - 11.12.19 |
| Lesley | Zhu | SVP, Business Development & Portfolio | Sales | Prinston | P - 10.8.19 |
| Hai | Wang | VP, President, President | | Huahai US (linkedin), Prinston (website), & Solco (website), respectively | P for Solco - 10.8.19 |
| Min | Hu | Manager of Business Development and Senior Director of Business Development | | Huahai US (2007-2012) and Prinston (2012-Present), respectively | P - 11.12.19 |
| David | Ayres | Vice President | Sales | Solco | P - 11.12.19 |
| Xin (Will) | He | Scientist (2012-2016), Manager (2019-Present) | | Prinston | P - 11.12.19 |
| Peng | Shang | Senior Associate of Business Development/ Supply Chain | | Prinston | P - 11.12.19 |

| | | | | | |
|---|---|---|---|---|---|
| Matthew | Arnold | National Account Manager from 2016-2019 | | Solco | P - 11.12.19 |
| **Syncores** | | | | | |
| Eric | Gu | Manager | | Shanghai Syncores | P - 10.8.19 |
| James (Jun) | Wen | President | | Shanhai Syncores | P - 11.12.19 |
| Frank | Zhao | VP | | Shanghai Syncores | P - 11.12.19 |
| **Prinbury BioPharm Ltd.** | | | | | |
| Wenjian | Cai | General Manager | | Prinbury | P - 11.12.19 |
| Dachuan | Zhao | Executive Deputy General Manager | | Prinbury | P - 11.12.19 |
| Ping | Wen | Executive Director | | Prinbury | P - 11.12.19 |
| Yuanyuan | Xie | Director | Pharmaceutical Affairs | Prinbury | P - 11.12.19 |
| Li | Tan | Director | Project Management | Prinbury | P - 11.12.19 |
| Wei | Tian | Deputy General Manager of Analysis and Research | | Prinbury | P - 11.12.19 |
| Hongchun | Qiu | Deputy General Manager of Pharmaceutica l Preparation Product Development | | Prinbury | P - 11.12.19 |
| Shine | Chen | Scientist | | Prinbury | P - 11.12.19 |
| Tina | Liu | Senior Scientist | | Prinbury | P - 11.12.19 |

| | | | | | |
|---|---|---|---|---|---|
| Yun | Tian | Senior Director | | Prinbury | P - 11.12.19 |
| Lily | Tan | QA Manager | | Prinbury | P - 11.12.19 |
| Alex | Liu | Scientist | | Prinbury | P - 11.12.19 |
| Ashley | Lin | Associate Scientist | | Prinbury | P - 11.12.19 |
| Yula | Wang | Executive Director | | Prinbury | P - 11.12.19 |
| **Consultants** | | | | | |
| Derek | Zhang, PhD | | | Alavanda Regulatory & Drug Development Consulting, Inc. (Regulatory Consultant for Prinston Pharmaceutical Inc.) | D - 10.23.19 |
| Dylan | Yao, Ph.D. | Chief Scientific Officer & Senior Vice President | | Jonn Laboratories Inc. (Consultant for Prinston Pharmaceutical Inc.) | D - 10.23.19 |
| Charles | Wang | VP of Drug Safety and DMPK | | Consultant from InnoCare Pharma, Inc. for ZHP | D 10.23.19 |
| Douglas | Campbell | Consultant | | ZHP | New |

| s of 11/22/2019 |
| --- |
| Explanation |
| |
| PrinJohnson's Facebook Identifies Du as its CEO |
| His senior role in the investigation of the Valsartan contamination. PrinJohnson's Facebook identifies him as its CEO. |
| |
| |
| |
| Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| "Expertise in various purification techniques including chromatography, recrystallization, and distillation" -Linkedin |
| "A pharmaceutical professional with strong expertise in analytical R&D, Quality Control, Pre-formulation, Quality Assurance, Compliance and Regulatory Affairs. Proven track records of leading operations and activities in analytical R&D, quality units, health authority inspections, and project management." -Linkedin |

Org Chart

Org Chart

Org Chart

Org Chart

Org Chart

Org Chart

| |
|---|
| Prepared Method Validation Report of Valsartan PRINSTON00031401 |
| Reviewed part of Method Validation Report of Valsartan PRINSTON00031402 |
| Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Prepared Deviation Investigation Report of Valsartan TEA Process V1, 2, & 3 PRINSTON0073443, 0075797, 0076100 |
| Reviewed and signed off on Deviation Investigation Report of Valsartan TEA Process V1, 2, & 3 PRINSTON0073443, 0075797, 0076100; attended 5.19.17 meeting after the FDA inspection PRINSTON0074159 |
| Reviewed and approved Elemental Impurity Risk Assessment Report for Valsartan Tablets PRINSTON00036384 |
| Reviewed and approved Validation Report of LC-MS Method for NDBA in Losartan Potassium PRINSTON0074642; ; reviewed and approved the Validation Report of LC-MS Method for NMBA in Irbesartan PRINSTON0074712 |
| |
| |

| |
|---|
| |
| |
| |
| |
| |
| Org Chart |
| Org Chart |
| Org Chart |
| Reviewed and signed off on Deviation Investigation Reports of Valsartan TEA Process PRINSTON0073443, etc.; attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Reviewed and approved the third version of the Deviation Investigation into the TEA process PRINSTON0076100 |
| Drafted Assay Method Validation Report for Valsartan (Supplement) PRINSTON00009948; draft Chiral Purity Analytical Method Validation Protocol for TDCI Compound PRINSTON00077405 |

Reviewed and signed off on Assay
Method Validation Report for
Valsartan (Supplement)
PRINSTON00009948; reviewed
and signed off on Chiral Purity
Analytical Method Validation
Protocal for TDCI Compound
PRINSTON00077405

Reviewed and signed off on Assay
Method Validation Report for
Valsartan (Supplement)
PRINSTON00009948; reviewed
and signed off on Chiral Purity
Analytical Method Validation
Protocal for TDCI Compound
PRINSTON00077405

Author of Elemental Impurity Risk
Assessment Report for Valsartan
Tablets PRINSTON00036384

Reviewed and signed off on
Elemental Impurity Risk
Assessment Report for Valsartan
Tablets PRINSTON00036384

Drafted Validation Report of GC-
MS Method for Detection of
NDMA in Valsartan and
Hydrochlorothiazide Tablets
PRINSTON00000326

Drafted Validation Report of GC-
MS Method for Detection of
NDMA in Valsartan and
Hydrochlorothiazide Tablets
PRINSTON00000326

Drafted Validation Report of GC-MS Method for Detection of NDMA in Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326; reviewed and approved Validation report of the LC-MS method for NDBA in Losartan Potassium PRINSTON0074642; reviewed and approved the Validation Report of LC-MS Method for NMBA in Irbesartan PRINSTON0074712

Reviewed and signed off on Report of GC-MS Method for Detection of NDMA in Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326; ; reviewed and approved the Validation Report of LC-MS Method for NMBA in Irbesartan PRINSTON0074712

Approved the cGMP compliance for its intended use of Report of GC-MS Method for Detection of NDMA in Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326

Reviewed data in Hydrochlorothiazide Residual Solvent Method Validation Report PRINSTON00064288; Reviewed Comparison of Valsartan USP Method and In-house Method for Integrity and Correctness PRINSTON00064389

| |
|---|
| Drafted Validation report of the LC-MS method for NDBA in Losartan Potassium PRINSTON0074642 |
| Drafted Validation Report of LC-MS Method for NMBA in Irbesartan PRINSTON0074712 |
| Approved the Deviation Investigation Reports of Valsartan TEA Process PRINSTON0073443, etc. |
| PRINSTON00077850 |
| Org Chart |
| Org Chart |
| Org Chart |
| Org Chart |
| Org Chart |
| Prepared Comparison of Valsartan USP Method and In-house Method PRINSTON00064389 |
| |
| |
| Identified as the person "responsible for production of Valsartan" |
| Described as a "professional engineer," and "has a wide experience at production technology management and is responsible for the technological development of all bulk drugs" |

| |
|---|
| |
| |
| "Is responsible for Valsartan" |
| Responsible for all bulk drugs (including intermediates) at ZHP |
| Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Reviewed and approved Deviation Investigation Reports regarding the TEA Process PRINSTON0073443, 0075797, 0076100 |
| Author of Elemental Impurity Risk Assessment Report for Valsartan Tablets PRINSTON00036384 |
| Reviewed and signed off on Elemental Impurity Risk Assessment Report for Valsartan Tablets PRINSTON00036384 |

| |
|---|
| Authorized signatory and sponsor or Quality Assurance Authentification of Valsartan. PRINSTON00029811. "Eric joined Prinbury BioPharm as General Manager in 2009, wholly owned subsidiary of Prinston, a Research and Development center located in Shanghai China. In this role he leads the R&D efforts has been making significant contribution to Prinston pipeline growth. Eric came to the company with strong technical expertise and management skills." -Prinston Website |
| Reviewed Master Packaging Record Approval PRINSTON00021688 |
| PRINSTON00070584, 79392 |
| PRINSTON00070586 |
| PRINSTON00070587, 79392 |
| PRINSTON00070587, 79392 |
| PRINSTON00077851 |
| Org Chart |
| Org Chart |
| Org Chart |

Org Chart

Org Chart

Org Chart

Translatered 08/26/2018 Ltr to the
FDA

He has accepted service as Solco's
VP.

Listed on ANDA Documents

Linkedin

"Regulatory Affairs, mainly on regulatory submissions (from draft to e-CTD compilation), pharmacovigilance (AE handling and submission) and generic labeling (content, artwork and SPL)." -Linkedin

Linkedin

Contact Person for ZHP's U.S. Agent PRINSTON0076915

Org Chart

Org Chart

Was a person who was responsible for procuring solvents

| |
|---|
| Org Chart |
| Org Chart |
| Org Chart |
| |
| |
| Solco's Website |
| |
| |
| Linkedin |
| Solco's Website |
| "Working at formulation position of Product Development Department." -Linkedin |
| Linkedin |

| |
|---|
| Linkedin and Author of Only Solco-stamped document |
| |
| |
| Linkedin |
| Linkedin |
| |
| Prinbury website |
| Prinbury website |
| Prinbury website |
| Prinbury website |
| Prinbury website |
| Prinbury website |
| Prinbury website |
| Prepared Method Verification Report for Valsartan PRINSTON00039715 |
| Reviewed Method Verification Report for Valsartan PRINSTON00039715 |

| |
|---|
| Approved Method Verification Report for Valsartan PRINSTON00039715 |
| Approved Method Verification Report for Valsartan PRINSTON00039715 |
| Prepared Dissolution Comparison Study Report of Valsartan PRINSTON00050114 |
| Prepared Method Robustness Study Report for Valsartan PRINSTON0039541 |
| Reviewed and approved Master Production Batch Record Approval PRINSTON00064070 |
| |
| |
| |
| |
| Email PRINSTON00070408 |

| First name | Last name | Title | Department | Co. |
|---|---|---|---|---|
| colspan=5: **Plaintiffs' List of Withdrawn Custodians for ZHP and Its Subsidiaries as of 11/22/2019** |
| Juan | Tao | Director Assistant | Quality Assurance | ZHP |
| Xiaofen | Zhu | Analyst | Quality Control | ZHP |
| Hui | Dai | Analyst | Quality Control | ZHP |
| Jing | Jin | Deputy Manager | Quality Control | ZHP |
| J. Y. | Li | Analyst | Quality Control | ZHP |
| J. | Wang | Analyst | Quality Control | ZHP |
| Yingzhi | Chen | Analyst | Quality Control | ZHP |
| Chongjun | Xie | Analyst | Quality Research | ZHP |
| Jon M. | Bill, Jr. | VP & General Manager | | Prinston Laboratories |
| Shuxi | Li | Technician | Formulation Technology at ZHP | ZHP |
| Pijie | Xu | Assistant Director | Formulation Manufacture | ZHP |
| Weilding | Bian | Director | Forumulation Manufacture | ZHP |
| Xiaojun | Gao | Technician | Technology | ZHP |
| Zho | Cheng | | Business Development | ZHP |
| Frank | Chen | Chief Investment Officer of Huahai US and CFO of PrinJohnson (according to PrinJohnson's Facebook) | | Huahai US and PrinJohnson |
| Ping | Jiang | CFO (2015-2016) | | PrinJohnson |

| | | | | |
|---|---|---|---|---|
| Jane Qiu | X. | Senior Manager, Strategic Sourcing & Project Management | | Prinston |
| Mark | Pierce | National Account Manager as of September 2019 | | Solco |
| Alan Huasheng | Ding | Director | Business Development | Shanghai Syncores |
| Luping | Liu | Vice President | | Shanghai Syncores |
| Luke | Wang | | | Prinbury |
| Jihui | Wang | Technician | | Prinbury |