# EXHIBIT G

| Plaintiffs' Preliminary List of Custodians for ZHP and Its Subsidiaries as of 11/25/2019 | | | | | | |
|---|---|---|---|---|---|---|
| First name | Last name | Title | Department | Co. | Proffered by | Explanation |
| **Senior Management** | | | | | | |
| Jun | Du | Vice President of ZHP, CEO of Huahai US, Prinston, Solco, and PrinJohnson | | See Title Cell | P - 10.8.19 | PrinJohnson's Facebook Identifies Du as its CEO |
| Baohua | Chen | Chairman and General Manager | | ZHP and PrinJohnson | P - 11.12.19 | His senior role in the investigation of the Valsartan contamination. PrinJohnson's Facebook identifies him as its CEO. |
| **Analytical** | | | | | | |
| Xie | Chaojun | | Analyst | ZHP | P - 10.8.19 | |
| Min | Li | VP | Analytical Operations | ZHP | D - 9.23.19 | |
| Minfa | Wang | VP | Analytical Operations | ZHP/Prinston | P - 10.8.19 | |
| Qing | Wang | | | ZHP | P - 10.8.19 | |
| Dachuan | Zhao | VP | Analytical, Shanghai R&D Center | ZHP | P - 11.12.19 | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Xin | Geng | Post Doctoral Fellow and Research Scientist | | Hauahai US | P - 11.12.19 | "Expertise in various purification techniques including chromatography, recrystallization, and distillation" -Linkedin |
| Jack | Guan | Senior Director Analytical Operations | | Prinston | P - 11.12.19 | "A pharmaceutical professional with strong expertise in analytical R&D, Quality Control, Pre-formulation, Quality Assurance, Compliance and Regulatory Affairs. Proven track records of leading operations and activities in analytical R&D, quality units, health authority inspections, and project management." -Linkedin |
| XiaXia | Zhang | Analytical and Testing Department Manager | Chuannan Branch Analytical Center | ZHP | P - 11.22.19 | Org Chart |
| Jun | Wang | Finished Dose Gase Stage Team | Chuannan Branch Analytical Center | ZHP | P - 11.22.19 | Org Chart |
| Chun | Yang | Finished Dose Liquid Phase Team | Chuannan Branch Analytical Center | ZHP | P - 11.22.19 | Org Chart |

| | | | | | | |
|---|---|---|---|---|---|---|
| Guang | Zheng | Raw Material Central Control Instrument Team | Chuannan Branch Analytical Center | ZHP | P - 11.22.19 | Org Chart |
| XianLiang | Zhang | Raw Material Central Control Physico-Chemical Team | Chuannan Branch Analytical Center | ZHP | P - 11.22.19 | Org Chart |
| Yun | Jin | | Chuannan Branch Analytical Center | ZHP | P - 11.22.19 | Org Chart |
| **Quality** | | | | | | |
| Wei | Cheng | VP | API Quality Assurance | ZHP | P - 10.8.19 | |
| Remonda | Gergis | VP | Quality Assurance | Prinston | P - 10.8.19 | |
| Zheng | Youqing | Deputy Manager | Quality Assurance | ZHP | P - 10.8.19 | |
| Jucai | Ge | Director | Quality Assurance (API Division) | ZHP | D - 9.23.19 | |
| Yuelin | Hu | Assistant Director | Quality Assurance (API Division) | ZHP | D - 10.7.19 | |
| Ziqiang | Gu | Independent Consultant | | ZHP and Prinston | P - 10.8.19 | |
| Xiaohong | Zhao | Director | Quality Assurance (Chuannan Site) | ZHP | P - 10.8.19 | |
| Hongliang | Wang | | Quality | ZHP | P - 11.12.19 | Prepared Method Validation Report of Valsartan PRINSTON00031401 |
| Zhen | Ye | | Quality | ZHP | P - 11.12.19 | Reviewed part of Method Validation Report of Valsartan PRINSTON00031402 |
| Baozhen | Chen | Director | Corporate Quality Assurance | ZHP | P - 11.12.19 | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Cunxiao | Ye | Vice President | Quality Assurance, Headquarters | ZHP | P - 11.12.19 | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Caifeng | Zhao | Manager | Quality Assurance | ZHP | P - 11.12.19 | Prepared Deviation Investigation Report of Valsartan TEA Process V1, 2, & 3 PRINSTON0073443, 0075797, 0076100 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Dongqin | Wang | Assistant Director | Quality Assurance at Chuannan Site East Zone | ZHP | P - 11.12.19 | Reviewed and signed off on Deviation Investigation Report of Valsartan TEA Process V1, 2, & 3 PRINSTON0073443, 0075797, 0076100; attended 5.19.17 meeting after the FDA inspection PRINSTON0074159 |
| Zhizhang | Ding | Assistant Manager | Formulation Quality Assurance | ZHP | P - 11.12.19 | Reviewed and approved Elemental Impurity Risk Assessment Report for Valsartan Tablets PRINSTON00036384 |
| Y.F. | Chen | Senior Supervisor | API Quality Assurance | ZHP | P - 11.12.19 | Reviewed and approved Validation Report of LC-MS Method for NDBA in Losartan Potassium PRINSTON0074642; ; reviewed and approved the Validation Report of LC-MS Method for NMBA in Irbesartan PRINSTON0074712 |
| Xiong | Fei | Analyst | Quality Control | ZHP | P - 10.8.19 | |
| Hu | Guangping | Director | Quality Control | ZHP | P - 10.8.19 | |
| Huang | Rui | Director | Quality Control | ZHP | P - 10.8.19 | |
| Minli | Zhang | Director | Finished Dose Quality Assurance and Quality Control | ZHP | D - 10.16.19 | |
| Qiangming | Li | Director | Quality Control (API Division) | ZHP | D - 9.23.19 | |
| Zie | Chaojun | Analyst | Quality Control | ZHP | P - 10.8.19 | |
| Quang | Zhou | Analyst | Quality Research | ZHP | D - 10.23.19 | |
| Ying | Xiong | Supervisor | Quality Research | ZHP | D - 10.23.19 | |
| Fong E. | Zhuong | Associate Manager | Quality Research | ZHP | Discussed but not agreed to on 10.23.19 | Org Chart |
| Dan Ping | Cai | Technical Assistant Director | Quality Research | ZHP | Discussed but not agreed to on 10.23.19 | Org Chart |
| Yuanyan | Chen | Supervisor | Quality Research | ZHP | Discussed but not agreed to on 10.23.19 | Org Chart |
| Yinhua | Tang | Assistant Director/Manager | Quality Control | ZHP | P - 11.12.19 | Reviewed and signed off on Deviation Investigation Reports of Valsartan TEA Process PRINSTON0073443, etc.; attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Fei | Shang | QP | Quality VP | ZHP | P - 11.12.19 | Reviewed and approved the third version of the Deviation Investigation into the TEA process PRINSTON0076100 |

| Yun | Jin | Supervisor | Chuannan Quality Control | ZHP | P - 11.12.19 | Drafted Assay Method Validation Report for Valsartan (Supplement) PRINSTON00009948; draft Chiral Purity Analytical Method Validation Protocol for TDCI Compound PRINSTON00077405 |
|---|---|---|---|---|---|---|
| Tian | Zhang | Analyst | Chuannan Q Control | ZHP | P - 11.12.19 | Reviewed and signed off on Assay Method Validation Report for Valsartan (Supplement) PRINSTON00009948; reviewed and signed off on Chiral Purity Analytical Method Validation Protocal for TDCI Compound PRINSTON00077405 |
| Xianhua | Zhang | Deputy Director | Chuannan Quality Control | ZHP | P - 11.12.19 | Reviewed and signed off on Assay Method Validation Report for Valsartan (Supplement) PRINSTON00009948; reviewed and signed off on Chiral Purity Analytical Method Validation Protocal for TDCI Compound PRINSTON00077405 |
| Yuping | Chen | Deputy Manager | Formulation Quality Control | ZHP | P - 11.12.19 | Author of Elemental Impurity Risk Assessment Report for Valsartan Tablets PRINSTON00036384 |
| Xiaoling | Li | Manager | Formulation Quality Control | ZHP | P - 11.12.19 | Reviewed and signed off on Elemental Impurity Risk Assessment Report for Valsartan Tablets PRINSTON00036384 |
| Qiang | Zhuo | Analyst | API Quality Research | ZHP | P - 11.12.19 | Drafted Validation Report of GC-MS Method for Detection of NDMA in Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326 |
| Tong | Wu | Analyst | API Quality Research | ZHP | P - 11.12.19 | Drafted Validation Report of GC-MS Method for Detection of NDMA in Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tan | Xiao | Senior Supervisor | API Quality Research | ZHP | P - 11.12.19 | Drafted Validation Report of GC-MS Method for Detection of NDMA in Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326; reviewed and approved Validation report of the LC-MS method for NDBA in Losartan Potassium PRINSTON0074642; reviewed and approved the Validation Report of LC-MS Method for NMBA in Irbesartan PRINSTON0074712 |
| Wenbin | Chen | Analysis Director | API Quality Research | ZHP | P - 11.12.19 | Reviewed and signed off on Report of GC-MS Method for Detection of NDMA in Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326; ; reviewed and approved the Validation Report of LC-MS Method for NMBA in Irbesartan PRINSTON0074712 |
| Nan | Tong | Senior Supervisor | API Quality Research | ZHP | P - 11.12.19 | Approved the cGMP compliance for its intended use of Report of GC-MS Method for Detection of NDMA in Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326 |
| Wenping | Hu | Team Leader | Quality Research | ZHP | P - 11.12.19 | Reviewed data in Hydrochlorothiazide Residual Solvent Method Validation Report PRINSTON00064288; Reviewed Comparison of Valsartan USP Method and In-house Method for Integrity and Correctness PRINSTON00064389 |
| Wenquan | Zhu | Director | API Quality Research | ZHP | D- 10.16.19 | |
| X. G. | Liu | Quality Researcher | API Quality Research | ZHP | P - 11.12.19 | Drafted Validation report of the LC-MS method for NDBA in Losartan Potassium PRINSTON0074642 |
| Y.Y. | He | Quality Researcher | API Quality Research | ZHP | P - 11.12.19 | Drafted Validation Report of LC-MS Method for NMBA in Irbesartan PRINSTON0074712 |
| Ye | Jenson | | QP | ZHP | P - 11.12.19 | Approved the Deviation Investigation Reports of Valsartan TEA Process PRINSTON0073443, etc. |
| Jieyun | Wang | Director | Quality Assurance | ZHP | P - 11.22.19 | PRINSTON00077850 |
| Ting | Sung | Manager | Quality Control | ZHP | P - 11.22.19 | Org Chart |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jian | Ye | Deputy Manager, Group I | Quality Control | ZHP | P - 11.22.19 | Org Chart |
| Houming | Zhou | General Detection, Tachnical Deputy Director | API Quality Study/Research Department | ZHP | P - 11.22.19 | Org Chart |
| Xiao | Yu | Associate Director | API Quality Study/Research Department | ZHP | P - 11.22.19 | Org Chart |
| Yang | Han | Supervisor | Quality Research | ZHP | P - 11.22.19 | Org Chart |
| Chaohua | Bao | Supervisor | API QR | ZHP | P - 11.22.19 | Prepared Comparison of Valsartan USP Method and In-house Method PRINSTON00064389 |
| **Manufacturing** | | | | | | |
| Xiamong | Liu | Head | Technical for Finished Dose | ZHP | D - 10.16.19 | |
| Congsheng | Jin | Valsartan Workshop Director | | ZHP | P - 11.12.19 | Identified as the person "responsible for production of Valsartan" |
| Yongjun | Jin | Factor Assistant Director | Manufacturing | ZHP | P - 11.12.19 | Described as a "professional engineer," and "has a wide experience at production technology management and is responsible for the technological development of all bulk drugs" |
| Dong | Peng | Director | Technical Department | ZHP | D - 9.23.19 | |
| Peng | Wang | Senior Director | API Manufacturing | ZHP | D - 9.23.19 | |
| Youhu | Wang | Technology Leader | | ZHP | P - 11.12.19 | "Is responsible for Valsartan" |
| Jiangzhong | Yu | API and Intermediate Plant Manager | Manufacturing | ZHP | P - 11.12.19 | Responsible for all bulk drugs (including intermediates) at ZHP |
| Wenling | Zhang | Director Assistant | Technical, API Chuannan site West Zone (counterpart to Peng Dong) | ZHP | P - 11.12.19 | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Lijin | Jiang | VP | API Operation/Facility Director, API Chuannan Site | ZHP | P - 11.12.19 | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Zhengjun | Jia | Deputy Plant Director | Engineering and Maintenance, API Chuannan site East Zone | ZHP | P - 11.12.19 | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Junhui | Zuo | Deputy Plant Director | Engineering and Maintenance, API Chuannan site West Zone | ZHP | P - 11.12.19 | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Wei | Chen | Deputy Director | Production Department | ZHP | P - 11.12.19 | Reviewed and approved Deviation Investigation Reports regarding the TEA Process PRINSTON0073443, 0075797, 0076100 |
| Lina | Wu | Senior Supervisor | Formulation Technology at ZHP | ZHP | P - 11.12.19 | Author of Elemental Impurity Risk Assessment Report for Valsartan Tablets PRINSTON00036384 |
| Xiaoming | Liu | Director | Formulation Technology at ZHP | ZHP | P - 11.12.19 | Reviewed and signed off on Elemental Impurity Risk Assessment Report for Valsartan Tablets PRINSTON00036384 |
| Eric Wen-Chien | Tsai, PhD | General Manager | | Prinston and Prinbury BioPharm | P - 11.12.19 | Authorized signatory and sponsor or Quality Assurance Authentification of Valsartan. PRINSTON00029811. "Eric joined Prinbury BioPharm as General Manager in 2009, wholly owned subsidiary of Prinston, a Research and Development center located in Shanghai China. In this role he leads the R&D efforts has been making significant contribution to Prinston pipeline growth. Eric came to the company with strong technical expertise and management skills." -Prinston Website |
| Pieter | Groenewoud | Executive Director | Technology | ZHP | P - 11.12.19 | Reviewed Master Packaging Record Approval PRINSTON00021688 |
| Chunmin | Xu | Vice President | | ZHP | P - 11.22.19 | PRINSTON00070584, 79392 |
| Hu | Zhou | Factory Director | | ZHP | P - 11.22.19 | PRINSTON00070586 |
| Ruqi | Zhou | Factory Assistant Director | | ZHP | P - 11.22.19 | PRINSTON00070587, 79392 |
| Kaai | Yang | Technical Manager | | ZHP | P - 11.22.19 | PRINSTON00070587, 79392 |
| Ruping | Ren | Auxiliary Workshop Director | | ZHP | P - 11.22.19 | PRINSTON00077851 |
| Meng | Yanhua | General Manager | Chuannan Product Technical Center | ZHP | P - 11.22.19 | Org Chart |

| | | | | | | |
|---|---|---|---|---|---|---|
| Yan | Fengfeng | Director of Tech | Chuannan Product Technical Center | ZHP | P - 11.22.19 | Org Chart |
| Liang | Zunjun | Associate Director | Chuannan Product Technical Center | ZHP | P - 11.22.19 | Org Chart |
| Hu | Zhichen | Manager | Chuannan Product Technical Center | ZHP | P - 11.22.19 | Org Chart |
| Zhan | Xiauhui | "(Valsartan)" | Chuannan Product Technical Center | ZHP | P - 11.22.19 | Org Chart |
| Xie | Mengmeng | General Supporting Group | Chuannan Product Technical Center | ZHP | P - 11.22.19 | Org Chart |
| **Regulatory** | | | | | | |
| Linhong (Linda) | Lin | Director | Regulatory Affairs Department | ZHP | D - 9.23.19 | |
| Wei | Chen | Translator | | ZHP | P - 11.12.19 | Translatered 08/26/2018 Ltr to the FDA |
| Zhi | Chen | | | Huahai US | P - 10.8.19 | |
| Yanfeng (Lucy) | Liu | Deputy Director / Manager | Regulatory Affairs | ZHP | D - 10.7.19 | |
| Lije | Wang | VP | Head of Regulatory Affairs | Prinston | P - 10.8.19 | |
| Ying | Xiong | Supervisor | Regulatory Affairs | ZHP | D 10.16.19 | |
| Quo (Kathy) | Zhang | Senior Manager | Regulatory Affairs | Huahai US | P – 10.8.19 | |
| Xiaodi | Guo | Vice President | | Huahai US (linkedin), Prinston (website), and Solco (affidavits of service) | P for Prinston/Huahai US - 10.8.19 / Solco - 11.12.19 | He has accepted service as Solco's VP. |
| Wei (Helen) | Tong | Director | Regulatory Affairs | ZHP and Prinston? | P - 11.12.19 | Listed on ANDA Documents |
| Ting (Ada) | Zhou | Assistant Director | Regulatory Affairs | ZHP | D - 10.7.19 | |
| Louis | Zhao | | Regulatory Affairs | Prinston | P - 11.12.19 | Linkedin |

| | | | | | | |
|---|---|---|---|---|---|---|
| Guangyu | Luo | Associate (2013-2015), Senior Associate (2015-2016), Specialist (2016-2017), Manager (2017-Present) | | Prinston | P - 11.12.19 | "Regulatory Affairs, mainly on regulatory submissions (from draft to e-CTD compilation), pharmacovigilance (AE handling and submission) and generic labeling (content, artwork and SPL)." -Linkedin |
| Jenny | Lu | Senior Associate | Regulatory Affairs | Prinston | P - 11.12.19 | Linkedin |
| Yuding | Zhao | Director | Finished Dose RA | ZHP | D - 10.23.19 | |
| Yiming | Tang | | | | P - 11.22.19 | Contact Person for ZHP's U.S. Agent PRINSTON0076915 |
| Sun | Dengxue | Manager | API R&D, Regulation Affairs | ZHP | P - 11.22.19 | Org Chart |
| Lin | Jie | Deputy Manager | API Patent, Regulation Affairs | ZHP | P - 11.22.19 | Org Chart |
| **Procurement** | | | | | | |
| Min | Hu | | Purchasing | ZHP | D -10.16.19 | |
| Weiwei | Xu | | Purchasing | ZHP | D - 10.16.19 | |
| Min | Xu | | Purchasing | ZHP | D -10.16.19 | |
| Min | Xang | | Procurement | ZHP | D - 10.16.19 | |
| Zheng | Gaozhe | | Purchasing | ZHP | D - 10.16.19 | Was a person who was responsible for procuring solvents |
| **API Sales** | | | | | | |
| Minda | Cai | Former VP | API Sales | ZHP | D - 10.16.19 | |
| Jie | Wang | VP | Business Development | ZHP | D - 9.23.19 | |
| Sheng | Zhong | Director | Business Development | ZHP | D - 10.16.19 | |
| Wei | Chang | Translator | Business Development, API Sales | ZHP | D - 10.23.19 | |
| Hongchao | Li | Manager | Business Development | ZHP | D - 10.16.19 | |
| Xu | Mi | | Business Development, API Sales | ZHP | D - 10.16.19 | |
| Wang | Yihua | Vice President | Sales | ZHP | P - 11.22.19 | Org Chart |
| Ki | Qing | "Brand Customer" | Sales | ZHP | P - 11.22.19 | Org Chart |
| Tong | Zengyuan | "Customer Service" | Sales | ZHP | P - 11.22.19 | Org Chart |
| Tang | Fengyang | Manager Assistant | Sales | ZHP | P - 11.25.19 | Org Chart |
| Wang | Lina | Manager Assistant | Sales | ZHP | P - 11.25.19 | Org Chart |

| | | | | | | |
|---|---|---|---|---|---|---|
| Li | Qing | Director of Original Drug, Key Account Business Department | Sales | ZHP | P - 11.25.19 | Org Chart |
| Xu | Baoxi | Director Assistant | Sales | ZHP | P - 11.25.19 | Org Chart |
| Wu | Yuehua | Manager of Document Group | Sales | ZHP | P - 11.25.19 | Org Chart |
| Wang | Haiqun | Assistant Manager of Office Work Group | Sales | ZHP | P - 11.25.19 | Org Chart |
| **Other Sales** | | | | | | |
| John | Iozzia | Director | Sales | Huahai US | D - 10.16.19 | |
| Chris | Keith | Director | Sales | Solco/Prinston at some point as VP | D - 10.22.19 for Solco / Prinston - 11.12.19 | Solco's Website |
| Lesley | Zhu | SVP, Business Development & Portfolio | Sales | Prinston | P - 10.8.19 | |
| Hai | Wang | VP, President, President | | Huahai US (linkedin), Prinston (website), & Solco (website), respectively | P for Solco - 10.8.19 | |
| Min | Hu | Manager of Business Development and Senior Director of Business Development | | Huahai US (2007-2012) and Prinston (2012-Present), respectively | P - 11.12.19 | Linkedin |
| David | Ayres | Vice President | Sales | Solco | P - 11.12.19 | Solco's Website |
| Xin (Will) | He | Scientist (2012-2016), Manager (2019-Present) | | Prinston | P - 11.12.19 | "Working at formulation position of Product Development Department." -Linkedin |
| Peng | Shang | Senior Associate of Business Development/ Supply Chain | | Prinston | P - 11.12.19 | Linkedin |
| Matthew | Arnold | National Account Manager from 2016-2019 | | Solco | P - 11.12.19 | Linkedin and Author of Only Solco-stamped document |
| **Syncores** | | | | | | |
| Eric | Gu | Manager | | Shanghai Syncores | P - 10.8.19 | |

| James (Jun) | Wen | President | | Shanhai Syncores | P - 11.12.19 | Linkedin |
|---|---|---|---|---|---|---|
| Frank | Zhao | VP | | Shanghai Syncores | P - 11.12.19 | Linkedin |
| **Prinbury BioPharm Ltd.** | | | | | | |
| Wenjian | Cai | General Manager | | Prinbury | P - 11.12.19 | Prinbury website |
| Dachuan | Zhao | Executive Deputy General Manager | | Prinbury | P - 11.12.19 | Prinbury website |
| Ping | Wen | Executive Director | | Prinbury | P - 11.12.19 | Prinbury website |
| Yuanyuan | Xie | Director | Pharmaceutical Affairs | Prinbury | P - 11.12.19 | Prinbury website |
| Li | Tan | Director | Project Management | Prinbury | P - 11.12.19 | Prinbury website |
| Wei | Tian | Deputy General Manager of Analysis and Research | | Prinbury | P - 11.12.19 | Prinbury website |
| Hongchun | Qiu | Deputy General Manager of Pharmaceutical Preparation Product Development | | Prinbury | P - 11.12.19 | Prinbury website |
| Shine | Chen | Scientist | | Prinbury | P - 11.12.19 | Prepared Method Verification Report for Valsartan PRINSTON00039715 |
| Tina | Liu | Senior Scientist | | Prinbury | P - 11.12.19 | Reviewed Method Verification Report for Valsartan PRINSTON00039715 |
| Yun | Tian | Senior Director | | Prinbury | P - 11.12.19 | Approved Method Verification Report for Valsartan PRINSTON00039715 |
| Lily | Tan | QA Manager | | Prinbury | P - 11.12.19 | Approved Method Verification Report for Valsartan PRINSTON00039715 |
| Alex | Liu | Scientist | | Prinbury | P - 11.12.19 | Prepared Dissolution Comparison Study Report of Valsartan PRINSTON00050114 |
| Ashley | Lin | Associate Scientist | | Prinbury | P - 11.12.19 | Prepared Method Robustness Study Report for Valsartan PRINSTON0039541 |
| Yula | Wang | Executive Director | | Prinbury | P - 11.12.19 | Reviewed and approved Master Production Batch Record Approval PRINSTON00064070 |
| **Consultants** | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Derek | Zhang, PhD | | | Alavanda Regulatory & Drug Development Consulting, Inc. (Regulatory Consultant for Prinston Pharmaceutical Inc.) | D - 10.23.19 | |
| Dylan | Yao, Ph.D. | Chief Scientific Officer & Senior Vice President | | Jonn Laboratories Inc. (Consultant for Prinston Pharmaceutical Inc.) | D - 10.23.19 | |
| Charles | Wang | VP of Drug Safety and DMPK | | Consultant from InnoCare Pharma, Inc. for ZHP | D 10.23.19 | |
| Douglas | Campbell | Consultant | | ZHP | P - 11.22.19 | Email PRINSTON00070408 |