# EXHIBIT I

# MAZIE SLATER KATZ & FREEMAN, LLC
COUNSELLORS AT LAW
103 Eisenhower Parkway
Roseland, NJ  07068
(973) 228-9898
Fax (973) 228-0303
www.mazieslater.com

| | |
|---|---|
| David A. Mazie* | Karen G. Kelsen° |
| Adam M. Slater*° | Cheryll A. Calderon |
| Eric D. Katz*° | David M. Estes |
| David M. Freeman | Adam M. Epstein° |
| Beth G. Baldinger | Michael R. Griffith° |
| Matthew R. Mendelsohn° | Matthew Tonzola |
| | Christopher J. Geddis |

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

°Member of N.J. & N.Y. Bars

December 2, 2019

**VIA EMAIL**
SAGoldberg@duanemorris.com
Seth A. Goldberg, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania  19103-4196

> RE:   *In re Valsartan Products Liability Litigation,* No. 1:19-md-02875
>        Plaintiffs' Preliminary Custodian List

Dear Counsel:

Plaintiffs are in receipt of your November 27, 2019 letter. As that letter recognizes, you represent four defendants in this case, and those defendants own either the entirety or the majority of two other significant non-parties.  Moreover, your clients have hired numerous consultants to address the manufacturing and contamination issues in this case.  Your primary position appears to be that Plaintiffs should be confined to an arbitrarily established number of custodians.  Plaintiffs cannot agree to an arbitrary number of custodians.  The question is which custodians should be searched to ensure the identification and production of the relevant, probative documents. Moreover, Plaintiffs have very limited knowledge about the proposed custodians with the exception of the basic information provided by the Defendants to date, which is far too limited for

Seth A. Goldberg, Esq.
Duane Morris LLP
December 2, 2019
Page 2

Plaintiffs to make knowledgeable selections as between custodians who appear to be relevant based on our limited information.

Notwithstanding, Plaintiffs have considered your November 27, 2019 letter and have revised the proposed list of custodians based on our continued analysis, which is enclosed. As you will see, Plaintiffs removed fourteen additional custodians, which are listed in a second enclosed document, and added four other custodians, who were determined to be necessary based on the continued analysis. Plaintiffs' amended list is subject to the same requests, qualifications, and reservations as the previously served ones.

In response to your requests for additional information regarding three custodians: (1) Plaintiffs note that Qing Wang may go by Wangqing, and that person is listed as a user on the chromatograms on the December 2013 solvent change submission to the FDA. PRINSTON00073055; (2) Plaintiffs believe that Min Xang is duplicative of either Min Lu or Min Xu (both in the same department);[1] and (3) Wei Tian was previously identified on the Prinbury website, but no longer is (please advise as to the reason for removal of this name from the website). Nevertheless, Wei Tian's title and Prinbury's work on Valsartan establish that Wei Tian is likely to have worked on Valsartan related issues and potentially had involvement in and/or is knowledgeable as to how it was tested, among other things. We would appreciate more detailed information to evaluate this potential custodian (as with the others you are objecting to).

---

[1] Plaintiffs removed "Min Xang" and all other duplicative custodians from the list without counting them as withdrawals, but we need your confirmation that our assumption is correct. As you probably know, the difficult pronunciations and different spellings of the names in this case has made duplications more difficult to identify. Plaintiffs appreciate your help in this regard.

Seth A. Goldberg, Esq.
Duane Morris LLP
December 2, 2019
Page 3

Plaintiffs believe that an additional telephonic meet and confer would be helpful, and we continue to request that you produce clearly relevant documents identifying the authors, recipients, language and terminology therein, to aid Plaintiffs in this ongoing effort to establish custodian and search term lists. Plaintiffs are available Wednesday after 2:30 p.m. EST. Please advise when you are available.

        Very truly yours,

        ADAM M. SLATER

Encls.
Cc:    Jessica Priselac, Esq.

**Plaintiffs' Preliminary List of Custodians for ZHP and Its Subsidiaries as of 12/2/2019**

| First name | Last name | Title | Department | Co. | Status | Explanation |
|---|---|---|---|---|---|---|
|  | | | | | | **Senior Management** |
| Jun | Du | Executive Vice President of ZHP, CEO of Huahai US, Prinston, Solco, and PrinJohnson | | See Title Cell | Disputed | Identified in Prinston's core document production more times than we can reference. Most senior manager involved in the day-to-day aspects of management for ZHP, Prinston, & Huahai US. Fully involved in valsartan contamination issues from initial reporting to FDA to present. Identified as a planned attendee in Prinston's 6.18.18 Email Meeting Request to FDA initially advising the FDA of Valsartan's contamination (PRINSTON00000050). Led ZHP's investigation & response to the FDA's 483 observations made during the FDA inspection of Chuannan site 7.23.18 to 8.3.18 (PRINSTON0075644) |
| Baohua | Chen | Chairman and General Manager | | ZHP and PrinJohnson | Disputed | He is the most senior officer in ZHP, and was the chairman of the board of directors. He was involved in a high level into the valsartan contamination investigation. Jun Du reports directly to him. |
|  | | | | | | **Analytical** |
| Min | Li | VP | Analytical Operations | ZHP | Agreed | |
| Minfa | Wang | VP | Analytical Operations and Quality Control | ZHP/Prinston | Disputed | She is a senior officer of Prinston, in charge of Analytical Operations and Quality Control. Identified as a planned attendee in Prinston's 6.18.18 Email Meeting Request to FDA initially advising the FDA of Valsartan's contamination (PRINSTON00000050). |
| Qing | Wang or possibly just Wangqing | | | ZHP | P - 10.8.19 | Is listed as a user on the chromatograms on the December 2013 solvent change submission to the FDA PRINSTON00073055 |
| Dachuan | Zhao | VP of ZHP, Executive Deputy General Manager of Prinbury | Analytical, Shanghai R&D Center | ZHP | P - 11.12.19 | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158; "Dr. Zhao has comprehensive and in-depth understanding and rich experience in key areas such as product development (QbD), analysis, product declaration, quality control, quality assurance, FDA regulations, and FDA audits." -Prinbury website (via Google Translate). Identified in core discovery as Vice President. Analytical, Shanghai R&D Center PRINSTON0076915 |
| XiaXia | Zhang (alternatively, it may be Kuang) | Analytical and Testing Department Manager | Chuannan Branch Analytical Center | ZHP | P - 11.22.19 | Org Chart. Also referenced in the text version of PRINSTON0076941. |
| Jun | Wang | Finished Dose Gase Stage Team | Chuannan Branch Analytical Center | ZHP | P - 11.22.19 | Org Chart; involved in testing tetrazole reaction in Valsartan PRINSTON0074146 |
| Chun | Yang | Finished Dose Liquid Phase Team | Chuannan Branch Analytical Center | ZHP | P - 11.22.19 | Org Chart. |
| Guang | Zheng | Raw Material Central Control Instrument Team | Chuannan Branch Analytical Center | ZHP | P - 11.22.19 | Org Chart. |
| XianLiang | Zhang | Raw Material Central Control Physico-Chemical Team | Chuannan Branch Analytical Center | ZHP | P - 11.22.19 | Org Chart. |
|  | | | | | | **Quality** |
| Wei | Cheng | VP | API Quality Assurance | ZHP | Agreed | |
| Remonda | Gergis | VP | Quality Assurance | Prinston | Agreed | |
| Zheng | Youqing | Deputy Manager | Quality Assurance | ZHP | P - 10.8.19 | Executed numerous CGMP certifications re Valsartan. See, e.g. PRINSTON00038190 |
| Jucai | Ge | Director | Quality Assurance (API Division-Chuannan Site) | ZHP | Agreed | |
| Yuelin | Hu | Assistant Director | Quality Assurance Manager (API Division-Chuannan Site, East Zone) | ZHP | Agreed | |
| Ziqiang | Gu | Independent Consultant | | ZHP and Prinston | P - 10.8.19 | Ind. consultant & former FDA inspector retained by ZHP to assess ZHP's quality management systems (See PRINSTON0073197 & 0073199 & 70478); zgu@comcast.net |
| Xiaohong | Zhao | Director | Quality Assurance (Chuannan Site) | ZHP | Disputed | Part of core ZHP group identified as meeting attendees in Duane Morris 6.21.19 corr to FDA (PRINSTON00073192) |
| Hongliang | Wang | | Quality | ZHP | Disputed | Prepared Method Validation Report of Valsartan PRINSTON00031401; Check significant tests for Valsartan impurities See, e.g., PRINSTON00023107; reviewed Method Validation Report of Valsartion for correctness and integrity PRINSTON00022665 |
| Baozhen | Chen | Director | Corporate Quality Assurance | ZHP | Agreed | |
| Cunxiao (Jenson) | Ye | Vice President | Quality Assurance, Headquarters | ZHP | Disputed | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158; Approved the Deviation Investigation Reports of Valsartan TEA Process PRINSTON0073443, etc. |
| Caifeng | Zhao | Manager | Quality Assurance | ZHP | Disputed | Principal Author of ZHP's 11.5.18 Deviation Investigation Report of Valsartan TEA Process V1, 2, & 3 PRINSTON0073443, 0075797, 0076100 |
| Dongqin | Wang | Assistant Director | Quality Assurance at Chuannan Site East Zone | ZHP | Agreed | |
| Zhizhang | Ding | Assistant Manager | Formulation Quality Assurance | ZHP | P - 11.12.19 | Reviewed and approved Elemental Impurity Risk Assessment Report for Valsartan Tablets PRINSTON00036384; Signed off on corrected Valsartan Manufacturing Process PRINSTON00000471 |

| First | Last | Title | Department | Company | Status | Notes |
|---|---|---|---|---|---|---|
| Y.F. | Chen | Senior Supervisor | API Quality Assurance | ZHP | Disputed | Reviewed Validation Report of Analytical Method for Azide in Valsartan for correctnesss and integrity PRINSTON00018712; Reviewed and approved Validation Report of LC-MS Method for NDBA in Losartan Potassium PRINSTON0074642; reviewed and approved the Validation Report of LC-MS Method for NMBA in Irbesartan PRINSTON0074712 |
| Xiong | Fei | Analyst | Quality Control | ZHP | P - 10.8.19 | Analyst of Valsartan tests related to sodium nitrite PRINSTON00080367; 71698; 72721 |
| Hu | Guangping | Director | Quality Control | ZHP | Disputed | QC Director regarding Valsartan tests related to sodium nitrite PRINSTON00072721 |
| Huang | Rui | Director | Quality Control | ZHP | Disputed | Referenced in 35 separate documents in core document production, some regarding significant tests for impurities. See, e.g., PRINSTON00023107 |
| Minli | Zhang | Director | Finished Dose Quality Assurance and Quality Control | ZHP | Agreed | |
| Qiangming | Li | Director | Quality Control (API Division-Chuannan Site) | ZHP | Agreed | |
| Xie | Chaojun | Analyst | Quality Control | ZHP | Disputed | QC Analyst referenced in several documents: PRINSTON00072692, 72743, and 00080383 |
| Qiang | Zhou | Analyst | Quality Research | ZHP | Disputed | Drafted Validation Report of GC-MS Method for Detection of NDMA in Valsartan Tablets and Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326, 36625 |
| Yinhua | Tang | Assistant Director/Manager | Quality Control (API Division-Chuannan Site) | ZHP | P - 11.12.19 | Reviewed and signed off on Deviation Investigation Reports of Valsartan TEA Process PRINSTON0073443, etc.; attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Shang | Fei | QP | Quality VP | ZHP | Disputed | Reviewed and approved the third version of the Deviation Investigation into the Valsartan TEA process PRINSTON0076100 |
| Yun | Jin | Supervisor | Chuannan Quality Control | ZHP | P - 11.12.19 | Drafted Assay Method Validation Report for Valsartan (Supplement) PRINSTON00009948; draft Chiral Purity Analytical Method Validation Protocol for TDCI Compound PRINSTON00077405 |
| Tian | Zhang | Analyst | Chuannan Quality Control | ZHP | P - 11.12.19 | Reviewed and signed off on Assay Method Validation Report for Valsartan (Supplement) PRINSTON00009948; reviewed and signed off on Chiral Purity Analytical Method Validation Protocal for TDCI Compound PRINSTON00077405 |
| Xianhua | Zhang | Deputy Director | Chuannan Quality Control | ZHP | P - 11.12.19 | Reviewed and signed off on Assay Method Validation Report for Valsartan (Supplement) PRINSTON00009948; reviewed and signed off on Chiral Purity Analytical Method Validation Protocal for TDCI Compound PRINSTON00077405 |
| Yuping | Chen | Deputy Manager | Formulation Quality Control | ZHP | P - 11.12.19 | Author of Elemental Impurity Risk Assessment Report for Valsartan Tablets PRINSTON00036384 |
| Xiaoling | Li | Manager | Formulation Quality Control | ZHP | P - 11.12.19 | Reviewed and signed off on Elemental Impurity Risk Assessment Report for Valsartan Tablets PRINSTON00036384 |
| Tong | Wu | Analyst | API Quality Research | ZHP | Disputed | Drafted Validation Report of GC-MS Method for Detection of NDMA in Valsartan Tablets and Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326, 93 |
| Tan | Xiao | Senior Supervisor | API Quality Research | ZHP | P - 11.12.19 | Drafted Validation Report of GC-MS Method for Detection of NDMA in Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326; reviewed and approved Validation report of the LC-MS method for NDBA in Losartan Potassium PRINSTON0074642; reviewed and approved the Validation Report of LC-MS Method for NMBA in Irbesartan PRINSTON0074712 |
| Wenbin | Chen | Analysis Director | API Quality Research | ZHP | Agreed | |
| Nan | Tong | Senior Supervisor | API Quality Research | ZHP | P - 11.12.19 | Approved the cGMP compliance for its intended use of Report of GC-MS Method for Detection of NDMA in Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326 |

| First | Last | Title | Department | Company | Status | Notes |
|---|---|---|---|---|---|---|
| Wenping | Hu | Team Leader | Quality Research | ZHP | Disputed | Reviewed data in Hydrochlorothiazide Residual Solvent Method Validation Report PRINSTON00064288; Reviewed Comparison of Valsartan USP Method and In-house Method for Integrity and Correctness PRINSTON00064389 |
| Wenquan | Zhu | Director | API Quality Research | ZHP | Agreed | |
| X. G. | Liu | Quality Researcher | API Quality Research | ZHP | P - 11.12.19 | Drafted Validation report of the LC-MS method for NDBA in Losartan Potassium PRINSTON0074642 |
| Y.Y. | He | Quality Researcher | API Quality Research | ZHP | P - 11.12.19 | Drafted Validation Report of LC-MS Method for NMBA in Irbesartan PRINSTON0074712 |
| Jieyun | Wang | Director | Quality Assurance | ZHP | P - 11.22.19 | According to the Valsartan DMF, "[s]he is responsible for QA/GMP auditing and the QC/GMP file management for all products" PRINSTON00077850; signed Valsartan cGMP Certification PRINSTON00077832 |
| Jian | Ye | Deputy Manager, Group I | Quality Control | ZHP | P - 11.22.19 | Org Chart; put into effect the Method Validation for Valsartan PRINSTON00070930 |
| Houming | Zhou | General Detection, Technical Deputy Director | API Quality Study/Research Department | ZHP | P - 11.22.19 | Org Chart |
| Xiao | Yu | Associate Director | API Quality Study/Research Department | ZHP | P - 11.22.19 | Org Chart |
| Yang | Han | Supervisor | Quality Research | ZHP | P - 11.22.19 | Org Chart |
| Chaohua | Bao | Supervisor | API QR | ZHP | P - 11.22.19 | Prepared Comparison of Valsartan USP Method and In-house Method PRINSTON00064389; put into effect the Method Validation for Valsartan PRINSTON00022665 |
| Jianzhi | Zhao | | QA | ZHP | New | Audit consistency of document and GMP compliance in many documents See, e.g., throughout PRINSTON00022331-23004; PRINSTON00010056 |
| Meng | Zheng | Manager | QA | ZHP | New | Signed cGMP Certification for Valsartan PRINSTON00022284 |
| | | | | **Manufacturing** | | |
| Xiaoming | Liu | Head | Technical for Finished Dose | ZHP | Agreed | |
| Yongjun | Jin | Factor Assistant Director | Manufacturing | ZHP | Disputed | Identified in Valsartan DMF as a "professional engineer," and "has a wide experience at production technology management and is responsible for the technological development of all bulk drugs" PRINSTON00077836 |
| Peng | Dong | Deputy Director | Technical Department | ZHP | Agreed | |
| Peng | Wang | Senior Director | ZHP Facility Director API Manufacturing Chuannan Site, West Zone | ZHP | Agreed | |
| Youhu | Wang | Deputy Director of Production and Operation | | ZHP | Disputed | Identified in Valsartan DMF as "responsible for Valsartan" PRINSTON00077836; appears in the text of later documents, such as ZHP's Response to the FDA's August 2018 inspection PRINSTON0074892 |
| Jiangzhong | Yu | API and Intermediate Plant Manager | Manufacturing | ZHP | Disputed | Identified in Valsartan DMF as responsible for all bulk drugs (including intermediates) at ZHP PRINSTON00077836 |
| Wenling | Zhang | Director Assistant | Technical, API Chuannan site West Zone (counterpart to Peng Dong) | ZHP | Agreed | |
| Lijin | Jiang | VP | API Operations/Facility Director, API Chuannan Site, East Zone | ZHP | Disputed | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Zhengjun | Jia | Deputy Plant Director | Engineering and Maintenance, API Chuannan site East Zone | ZHP | Disputed | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Junhui | Zuo | Deputy Plant Director | Engineering and Maintenance, API Chuannan site West Zone | ZHP | Disputed | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Wei | Chen | Deputy Director | Production Department | ZHP | Agreed | |
| Lina | Wu | Senior Supervisor | Formulation Technology at ZHP | ZHP | P - 11.12.19 | Author of Elemental Impurity Risk Assessment Report for Valsartan Tablets and Valsartan and Hydrochlorothiazide Tablets PRINSTON00036384, 70161 |
| Eric Wen-Chien | Tsai, PhD | General Manager | | Prinbury BioPharm | P - 11.12.19 | Authorized signatory and sponsor or Quality Assurance Authentification of Valsartan. PRINSTON00029811. Also Approved Method Validation Report on Identification, Assay, and Content Uniformity Determination of Valsartan PRINSTON00020808. "Eric joined Prinbury BioPharm as General Manager in 2009, wholly owned subsidiary of Prinston, a Research and Development center located in Shanghai China. In this role he leads the R&D efforts has been making significant contribution to Prinston pipeline growth. Eric came to the company with strong technical expertise and management skills." -Prinston Website |
| Chunmin | Xu | Vice President | | ZHP | P - 11.22.19 | Identified as Valsartan personnel in DMF PRINSTON00070584, 79392 |
| Hu | Zhou | Factory Director | | ZHP | P - 11.22.19 | Identified as Valsartan personnel in DMF PRINSTON00070586 |
| Ruqi | Yao | Factory Assistant Director | | ZHP | P - 11.22.19 | Identified as Valsartan personnel in DMF PRINSTON00070587, 79392 |
| Kai | Yang | Technical Manager | | ZHP | P - 11.22.19 | Identified as Valsartan personnel in DMF PRINSTON00070587, 79392 |
| Meng | Yanhua | General Manager | Chuannan Product Technical Center | ZHP | P - 11.22.19 | Org Chart |
| Yan | Fengfeng | Director of Tech | Chuannan Product Technical Center | ZHP | Disputed | Org Chart |
| Liang | Zunjun | Associate Director | Chuannan Product Technical Center | ZHP | P - 11.22.19 | Org Chart |

| First Name | Last Name | Title | Department | Entity | Status | Notes |
|---|---|---|---|---|---|---|
| Hu | Zhichen | Manager | Chuannan Product Technical Center | ZHP | P - 11.22.19 | Org Chart |
| Zhan | Xiauhui | "(Valsartan)" | Chuannan Product Technical Center | ZHP | P - 11.22.19 | Org Chart |
| Xie | Mengmeng | General Supporting Group | Chuannan Product Technical Center | ZHP | P - 11.22.19 | Org Chart |
| **Regulatory** | | | | | | |
| Lihong (Linda) | Lin | Director | Regulatory Affairs Department | ZHP | Agreed | |
| Zhi | Chen | | | Huahai US | Disputed | Listed as contact for ZHP's US Agent, Huahai US PRINSTON00072295 |
| Yanfeng (Lucy) | Liu | Deputy Director / Manager | Regulatory Affairs | ZHP | Agreed | |
| Lijie | Wang | VP | Head of Regulatory Affairs | Prinston | Agreed | |
| Ying | Xiong | Supervisor | Regulatory Affairs | ZHP | Agreed | |
| Qun (Kathy) | Zhang | Senior Manager | Regulatory Affairs | Huahai US | Disputed | Author of Cover Letter re: Valsartan ANDA PRINSTON00066953-54; Listed as contact for the US Agent, Huahai US PRINSTON00073120; Same PRINSTON00072212 |
| Xiaodi | Guo | Executive Vice President and Chief Scientific Officer for Prinston & Huahai US | | Huahai US (linkedin), Prinston (website), and Solco (affidavits of service) | Agreed | |
| Wei (Helena) | Tong | Director | Regulatory Affairs | ZHP and Prinston? | Disputed | Listed on ANDA Documents, Signed ANDA, and routinely corresponded with the FDA. For example, PRINSTON00037372, PRINSTON00054685, PRINSTON00037385, PRINSTON00031790. Her full name appears in 106 documents from Core Discovery. |
| Ting (Ada) | Zhou | Assistant Director | Regulatory Affairs | ZHP | Agreed | |
| Guangyu | Luo | Associate (2013-2015), Senior Associate (2015-2016), Specialist (2016-2017), Manager (2017-Present) | | Prinston | Disputed | Signed ANDA for Valsartan PRINSTON00066560, PRINSTON00033715, PRINSTON00034648, PRINSTON00066787, PRINSTON00066707, PRINSTON00066848; "Regulatory Affairs, mainly on regulatory submissions (from draft to e-CTD compilation), pharmacovigilance (AE handling and submission) and generic labeling (content, artwork and SPL)." -Linkedin |
| Yiming | Tang | | | | P - 11.22.19 | Contact Person for ZHP's U.S. Agent PRINSTON0076915 and many other documents regarding Huahai US as ZHP's U.S. agent PRINSTON00010626, PRINSTON00008984, PRINSTON00078888, etc. |
| Sun | Dengxue | Manager | API R&D, Regulation Affairs | ZHP | P - 11.22.19 | Org Chart |
| Jie | Lin | Deputy Manager | API Patent, Regulation Affairs | ZHP | P - 11.22.19 | Org Chart |
| Ning | Zhang | Specialist | Regulatory Affairs | Prinston | New | Regulatory Affairs Approval for Corrected Valsartan Manufacturing Process PRINSTON00000479 |
| **Procurement** | | | | | | |
| Min | Hu | | Purchasing | ZHP | Agreed | |
| Weiwei | Xu | | Purchasing | ZHP | Agreed | |
| Min | Xu | | Purchasing | ZHP | Agreed | |
| Zheng | Gaozhe | | Purchasing | ZHP | Agreed | Was a person who was responsible for procuring solvents |
| **API Sales** | | | | | | |
| Minda | Cai | Former VP | API Sales | ZHP | Agreed | |
| Jie | Wang | VP | Business Development | ZHP | Agreed | |
| Sheng | Zhong | Director | Business Development | ZHP | Agreed | |
| Hongchao | Li | Manager | Business Development | ZHP | Agreed | |
| Mi | Xu | | Business Development, API Sales | ZHP | Agreed | |
| Yihua | Wang | Vice President | Sales | ZHP | Disputed | Org Chart |
| Tong | Zengyuan | Director of Customer Service Department | Sales | ZHP | P - 11.22.19 | Org Chart |
| Fengyang | Tang | Manager Assistant | Sales | ZHP | Disputed | Org Chart |
| Lina | Wang | Manager Assistant | Sales | ZHP | Disputed | Org Chart |
| Li | Qing | Director of Original Drug, Key Account Business Department | Sales | ZHP | P - 11.25.19 | Org Chart |
| Xu | Baoxi | Director Assistant | Sales | ZHP | P - 11.25.19 | Org Chart |
| Wu | Yuehua | Manager of Document Group | Sales | ZHP | P - 11.25.19 | Org Chart |
| Wang | Haiqun | Assistant Manager of Office Work Group | Sales | ZHP | P - 11.25.19 | Org Chart |
| **Other Sales** | | | | | | |
| John | Iozzia | Director | Sales | Huahai US | Agreed | |
| Chris | Keith | Senior Vice President / VP | Sales | Solco/Prinston at some point as | Agreed | |
| Lesley | Zhu | SVP, Business Development & Portfolio | Sales | Prinston | Disputed | Received email from Frederick Ball re: FDA correspondence along with Jun Du; Same PRINSTON0073198; Cc'd on letter to FDA with Jun Du PRINSTON00079000; Sent letter to FDA re: authorizing the FDA to share information with the EMA PRINSTON00070470-71; PRINSTON0073192-96; Cc'd on letter to FDA with Jun Du PRINSTON00079001-02 |
| Hai | Wang | President since 2005 | | Huahai US (linkedin), | Agreed | |

| First Name | Last Name | Title | Department | Company | Status | Notes |
|---|---|---|---|---|---|---|
| Min (Michelle) | Hu | Manager of Business | | Huahai US (2007-2012) and | Disputed | Linkedin |
| David | Ayres | Vice President (2018-Present); | Sales | Solco | Agreed | |
| Peng | Shang | Senior Associate of Business | | Prinston | Disputed | Linkedin |
| Matthew | Arnold | National Account Manager from | | Solco | Disputed | Linkedin and Author of Only Solco-stamped document, a list of Valsartan customers |
| **Syncores** | | | | | | |
| Eric | Gu | Manager | | Shanghai Syncores | P - 10.8.19 | On list of planned attendees for meeting with FDA re: the contamination PRINSTON0073192-96 |
| James (Jun) | Wen | President since 2005 | | Shanhai Syncores | P - 11.12.19 | Linkedin. Jun Du said this company developed ZnCl2 process, which was used to produce the more recently contaminated Valsartan |
| Frank | Zhao | VP | | Shanghai Syncores | P - 11.12.19 | Linkedin. Jun Du said this company developed ZnCl2 process, which was used to produce the more recently contaminated Valsartan |
| **Prinbury BioPharm Ltd.** | | | | | | |
| Ping | Wen | Executive Director | | Prinbury | P - 11.12.19 | "[L]ead[s] the R & D team consisting of doctors, senior scientists and chief scientists, developing high-throughput evaluation systems, hosting and participating in the development of multiple natural actives, OTC, 510K and macromolecular transdermal conduction assessment methods, products in Europe and the United States." -Prinbury Website (via Google Translate) |
| Yuanyuan | Xie | Director | Pharmaceutical Affairs | Prinbury | P - 11.12.19 | "[Sh]e has nearly 10 years of experience in drug formulation development and product application approval. [Sh]e has insights and insights from prescription research of new and generic drugs to commercial production of drugs. Unique, especially good at first-dose exploration and development of new drugs for humans, proficient in pharmaceutical regulations and the entire process of R & D and production of generic drugs." -Prinbury website (via Google Translate) |
| Li or Lily | Tan | Director | Project Management | Prinbury | P - 11.12.19 | Reviewed and Signed Off on Method Validation Report on Identification, Assay and Content Uniformity Determination of Valsartan PRINSTON00020805; Reviewed and Approved Method Verification Report for Valsartan PRINSTON00039715; Reviewed and signed off on Dissolution Comparison Study Report of Valsartan PRINSTON00029309; Approved Method Validation Report re: Dissolution Test of Valsartan and Hydrochlorothiazide PRINSTON 00039663; Approved Method Verification Report re: Identification and Assay Determination of Valsartan and Hyrdochlorothiazide PRINSTON00039439; Reviewed and Signed Off on Method Robustness Study Report re: Content Uniformity Determination of Valsartan and Hyrdochlorothiazide PRINSTON00039541; Approved Method Verification Report re: Organic Impurities Determination for Valsartan and Hyrdochlorothiazide PRINSTON00039715; Approved USP Method Equivalence Study Report re: Content Uniformity Determination of Valsartan and Hyrdochlorothiazide PRINSTON00039499; Approved Submission Batch Stability Study Report for Valsartan and Hyrdochlorothiazide PRINSTON00064193; Reviewed and Signed Off on Method Robustness Study Report re: Dissolution Determination of Valsartan and Hyrdochlorothiazide PRINSTON00039645; Approved Method Verification Report re: Dissolution Test of Valsartan and Hyrdochlorothiazide PRINSTON00039800; "12 years of experience in drug development, analysis, quality management and project management. Good at the establishment and management of quality system and project management system. Familiar with US FDA policies, regulations, cGMP specifications and ICH guidelines, and proficient in FDA registration requirements. Participated and successfully passed GMP audits of FDA, EMEA and CFDA." -Prinbury website (via Google Translate) |
| Wei | Tian | Deputy General Manager of Analysis and Research | | Prinbury | P - 11.12.19 | This person was previously on the Prinbury website, but no longer is. Wei Tian's title and Prinbury's work on Valsartan establish that Wei Tian is likely to have worked on Valsartan related issues and potentially had involvement in and/or is knowledgeable as to how it was tested, among other things. |
| Hongchun | Qiu | Deputy General Manager of Pharmaceutical Preparation Product Development | | Prinbury | P - 11.12.19 | "The team led by Dr. Qiu includes formulation formulation and formulation process research and development, commercial production, analytical research and development, new technology platform research and development and intellectual property layout, CDMO research and development and production services." -Prinbury website (via Google Translate) |
| Shine | Chen | Scientist | | Prinbury | P - 11.12.19 | Prepared Method Verification Report re: Identification and Assay Determination of Valsartan and Hyrdochlorothiazide PRINSTON00039439; Prepared Method Verification Report re: Organic Impurities Determination for Valsartan and Hyrdochlorothiazide PRINSTON00039715; Prepared Submission Batch Stability Study Report re: Valsartan and Hydrochlorothiazide PRINSTON00064193; Prepared USP Method Equivalence Study Report re: Content Uniformity Determination of Valsartan and Hydrochlorothiazide PRINSTON00039499; Prepared Method Validation Report re: Content Uniformity Determination of Valsartan and Hydrochlorothiazide PRINSTON00039560; Prepared Dissolution Comparison Study Report re: Valsartan PRINSTON00029309; Prepared USP Method Equivalence Study Report re: Dissolution Test of Valsartan and Hydrochlorothiazide PRINSTON00039603; Prepared Method Robustness Study Report reL Dissolution Determination for Valsartan and Hyrdochlorothiazide PRINSTON00039645; |
| Tina | Liu | Senior Scientist | | Prinbury | P - 11.12.19 | Reviewed and Signed Off on Method Verification Report re: Identification and Assay Determination of Valsartan and Hyrdochlorothiazide PRINSTON00039439; Reviewed Method Verification Report re: Organic Impurities Determination for Valsartan and Hyrdochlorothiazide PRINSTON00039715; Prepared USP Method Equivalence Study Report re: Assay Determination of Valsartan PRINSTON00020861; Reviewed and Signed Off on Method Validation Report re: Dissolution Test of Valsartan and Hydrochlorothiazide PRINSTON00039663; Prepared Method Validation Report re: Organic Impurities Determination for Valsartan PRINSTON00020905; Reviewed and Signed Off on Dissolution Comparision Study Report for Valsartan and Hyrdochlorothiazide PRINSTON00050114; Reviewed and Signed Off on Submission Batch Stability Study Report re: Valsartan and Hyrdochlorothiazide PRINSTON00064193; Reviewed and Signed Off on USP Method Equivalence Study Report re: Dissolution Test of Valsartan and Hydrochlorothiazide PRINSTON00039603; Reviewed and Signed off on USP Method Equivalence Study Report re: Content Uniformity Determination of Valsartan and Hydrochlorothiazide PRINSTON00039499; Reviewed and Signed Off on Method Verification Report re: Dissolution Test of Valsartan and Hyrdochlorothiazide PRINSTON00039800 |

| First | Last | Title | | Company | Date | Description |
|---|---|---|---|---|---|---|
| Yun | Tian | Senior Director | | Prinbury | P - 11.12.19 | Approved Method Validation Report on Identification, Assay and Content Uniformity Determination of Valsartan PRINSTON00020805; Approved Method Verification Report re: Identification and Assay Determination of Valsartan and Hyrdochlorothiazide PRINSTON00039439; Approved Method Robustness Study Report re: Content Uniformity Determination of Valsartan and Hyrdochlorothiazide PRINSTON00039541; Approved Method Verification Report re: Organic Impurities Determination of Valsartan and Hyrdochlorothiazide PRINSTON00039715; Approved Dissolution Comparison Study re: Valsartan PRINSTON00029309; Approved Dissolution Comparison Study Report re: Valsartan and Hyrdochlorothiazide PRINSTON00050114; Approved Method Validation Report re: Dissolution Test of Valsartan and Hyrdochlorothiazide PRINSTON00039663; Approved USP Method Equivalence Study Report re: Dissolution Test of Valsartan and Hyrdochlorothiazide PRINSTON00039603; Approved USP Method Equivalence Study Report re: Content Uniformity Determination of Valsartan and Hyrdochlorothiazide PRINSTON00039499; Approved Method Validation Report re: Content Uniformity Determination of Valsartan PRINSTON000395560; Approved Submission Batch Stability Study Report for Valsartan and Hyrdochlorothiazide PRINSTON00064193; Approved Method Robustness Study Report re: Dissolution Determination for Valsartan and Hyrdochlorothiazide PRINSTON00039645; Approved Method Verification Report re: Dissolution Test of Valsartan and Hyrdochlorothiazide PRINSTON00039800; She "is responsible for the development and validation of analytical methods for pharmaceutical products. 11 years of experience in the analysis, development and quality control of APIs and pharmaceutical preparations. He is good at quality research and control in the drug development process of IND and NDA, including the relevant stability tests. Rich cGMP analysis laboratory team construction and management experience, familiar with FDA / EMEA cGMP regulations, and participated in multiple FDA, EMEA cGMP audits." -Prinbury website (via Google Translate) |
| Alex | Liu | Scientist | | Prinbury | P - 11.12.19 | Prepared Dissolution Comparison Study Report of Valsartan PRINSTON00050114; Worked extensively on USP Method Equivalence Study Report on Assay Determination of Valsartan PRINSTON00020861 |
| Ashley | Lin | Associate Scientist | | Prinbury | P - 11.12.19 | Prepared Method Robustness Study Report for Content Uniformity Determination of Valsartan PRINSTON0039541; Prepared Method Validation Report for Dissolution Test of Valsartan and Hydrochlorothiazide PRINSTON00039663; Prepared USP Method Equivalence Study Report re: Dissolution Test of Valartan PRINSTON00021157 |
| Yulu (Luke) | Wang | Executive Director | | Prinbury | P - 11.12.19 | Reviewed and approved many Master Production Batch Record Approval See, e.g., PRINSTON00064070, PRINSTON00063906, PRINSTON00063742, PRINSTON00038525 |
| Angela | An | Scientist | | Prinbury | New | Prepared Method Validation Report on Identification, Assay and Content Uniformity Determination of Valsartan PRINSTON00020805 |
| **Consultants** | | | | | | |
| Derek | Zhang, PhD | | | Alavanda Regulatory & Drug Development Consulting, Inc. (Regulatory Consultant for | D - 10.23.19 | Attended July 9, 2018 meeting with FDA re: Valsartan Contamination PRINSTON00000492 |
| Dylan | Yao, Ph.D. | Chief Scientific Officer & Senior Vice President | | Jonn Laboratories Inc. (Consultant for Prinston Pharmaceutical Inc.) | D - 10.23.19 | Attended July 9, 2018 meeting with FDA re: Valsartan Contamination PRINSTON00000492 |
| Charles | Wang | VP of Drug Safety and DMPK | | Consultant from InnoCare Pharma, Inc. for ZHP | D 10.23.19 | According to Jun Du, he is a toxicology expert who conducted studies or analyses of the implication of the adulterations. |
| Douglas | Campbell | Independent Consultant | | ZHP | P - 11.22.19 | Email regarding cGMP consulting in response to 11/2018 Warning Letter PRINSTON00070408 |

| First name | Last name | Title | Department | Co. |
|---|---|---|---|---|
| **Plaintiffs' List of Withdrawn Custodians for ZHP and Its Subsidiaries as of 12/2/2019** | | | | |
| Juan | Tao | Director Assistant | Quality Assurance | ZHP |
| Xiaofen | Zhu | Analyst | Quality Control | ZHP |
| Hui | Dai | Analyst | Quality Control | ZHP |
| Jing | Jin | Deputy Manager | Quality Control | ZHP |
| J. Y. | Li | Analyst | Quality Control | ZHP |
| J. | Wang | Analyst | Quality Control | ZHP |
| Yingzhi | Chen | Analyst | Quality Control | ZHP |
| Chongjun | Xie | Analyst | Quality Research | ZHP |
| Jon M. | Bill, Jr. | VP & General Manager | | Prinston Laboratories |
| Shuxi | Li | Technician | Formulation Technology at ZHP | ZHP |
| Pijie | Xu | Assistant Director | Formulation Manufacture | ZHP |
| Weilding | Bian | Director | Forumulation Manufacture | ZHP |
| Xiaojun | Gao | Technician | Technology | ZHP |
| Zho | Cheng | | Business Development | ZHP |
| Frank | Chen | Chief Investment Officer of Huahai US and CFO of PrinJohnson (according to PrinJohnson's Facebook) | | Huahai US and PrinJohnson |
| Ping | Jiang | CFO (2015-2016) | | PrinJohnson |

| | | | | |
|---|---|---|---|---|
| Jane Qiu | X. | Senior Manager, Strategic Sourcing & Project Management | | Prinston |
| Mark | Pierce | National Account Manager as of September 2019 | | Solco |
| Alan Huasheng | Ding | Director | Business Development | Shanghai Syncores |
| Luping | Liu | Vice President | | Shanghai Syncores |
| Luke | Wang | | | Prinbury |
| Jihui | Wang | Technician | | Prinbury |
| Fong E. | Zhuong | Associate Manager | Regulatory Affairs | ZHP |
| Dan Ping | Cai | Technical Assistant Director | Regulatory Affairs | ZHP |
| Yuanyan | Chen | Supervisor | Regulatory Affairs | ZHP |
| Yuding | Zhao | Director | Finished Dose RA | ZHP |
| Jack | Guan | Senior Director Analytical Operations | Unknown | Prinston |
| Louis | Zhao | | Regulatory Affairs | Prinston |
| Xin (Will) | He | Scientist (2012-2016), Manager (2019-Present) | | Prinston |
| Xin | Geng | Post Doctoral Fellow and Research Scientist | Unknown | Hauahai US |
| Zhen | Ye | | Quality | ZHP |
| Ying | Sung | Manager | Quality Control | ZHP |
| Congsheng | Jin | Valsartan Workshop Director | | ZHP |
| Pieter | Groenewoud | Executive Director | Technology | ZHP |

| Ruping | Ren | Auxiliary Workshop Director | | ZHP |
|--------|-----|------------------------------|--|-----|
| Jenny | Lu | Senior Associate | Regulatory Affairs | Prinston |