# EXHIBIT J

## Standalone

| Term | |
|---|---|
| (*11025* or *18253* or *202223* or *203311* or *203820* or *20473* or *205347* or *20939* or *23491* or *24544* or *24873* or *29392* or *77530* or *78030* or *90483* or *90642* or *90866* or *91235*) | **\<term\> (no modifiers)** |
| EIR or "establishment inspection report" | |
| OAI or "official action indicated" | *Color Key:* |
| "voluntary action indicated" | Agreed-Upon |
| *diethylamine or "*diethyl amine" | Curable With Required "Drug Names" Modifier |
| *dimethylamine or "*dimethyl amine" | |
| *dimethylformamide or DMF | |
| *dimethylmethanamide | |
| *formaldehyde* | |
| *ghost* | |
| *NDEA* | |
| *NDMA* | |
| *nitra* | |
| *nitrite* | |
| *nitrosa* | |
| *nitroso* | |
| *NMBA* | |
| *trosomine* | |
| (Form483) or (Form /3 483) or (483 /3 letter) or (483 /3 warn*) or (704 pre/3 b) | |
| C2H6N2O or "(CH3)2NN=O" or "CH32NN=O" or "(CH3)2NC(O)H" or CH32NCOH or C3H7NO or "(CH3CH2)2NH" or CH3CH22NH or C4H11N or "(CH3)2NH" or CH32NH or C2H7N or "(C2H5)2NNO" or C2H52NNO or C4H10N2O | |
| carcin* | |
| deviat* /5 cancer* or deviat* /5 toxic or or deviat* /5 hazard* or deviat* /5 fatal | |
| diastereo* | |
| FDA /10 warning | |
| gene* /3 mutat* | |
| genotoxic* | |
| moiety or moieties | |

## Standalone

| |
|---|
| solvent /5 cancer* or solvent /5 toxic or or solvent /5 hazard* or solvent /5 fatal |
| solvent* /5 contamin* |
| test* /5 canc* |
| tetrazol* |
| Valisure* |

## Authors or Inspectors

| Last Name | First Name |
|---|---|
| Agrawal | Atul |
| Akhtar | Saleem |
| Amin | Pankaj |
| Arasu | |
| Arista | |
| Arroyo | |
| Baker | Peter |
| Barreto | |
| Barrowcliff | |
| Bellamy | |
| Bernard | Tonia |
| Bizjak | |
| Boyd | Justin |
| Bretz | Paula |
| Brown | Darren |
| Cartwright | |
| Casale | |
| Chapman | Johnathan |
| Charity | Antony |
| Chester | Bonita |
| Clausen | |
| Cosgrove | |
| Cruz | |
| Dezan | |
| Dickinson | Gwyn |
| Dobbin | |
| Dombrowski | |
| Donald | Steven |
| Dong | Eric |
| Eban | |
| Ernst | |
| Estrella | Maria |

**Last Name Standalone UNLESS IF First Name Exists, THEN (Last Name /3 First Name) OR (Last Name AND <Regulatory Modifiers>)**

*Color Key:*

| Agreed-Upon |
|---|

## Authors or Inspectors

| | |
|---|---|
| Etminan | |
| Ford | Susanna |
| Frazier | Laurie |
| Gavini | |
| George | Jogy |
| Ghoshal | Rabin |
| Gidado | |
| Goga | |
| Goga | Michael |
| Hall | Patrice |
| Hallas | |
| Harouaka | |
| Hebert or Della or Dellareese | |
| Hicks | Kellia |
| Higgins | Brooke |
| Huaren | |
| Hustedt | |
| Johansen | |
| Jones | Latoria |
| Karapetyan* | |
| Khan | Farhana |
| Khurana | Sangeeta |
| Kristensen | |
| Lopez Rubet | |
| Maldonado | |
| Mankind | |
| Mansournia | |
| Marcsisin | |
| Martinez | Miguel |
| Mason | James |
| Mathew or Mathews | Lata |
| Mayasandra | Pal |
| Melende | |
| Min | Ko |

## Authors or Inspectors

| | |
|---|---|
| Mistler | |
| Motamed | |
| Motta | |
| Mueller | |
| Narula | |
| Navas | |
| Nguyen | Truong |
| Oladimeji | |
| Panicker | |
| Patel | Nayan |
| Philopoulos | |
| Pitts | Simone |
| Podaralla | Satheesk |
| Pottegard | |
| Priester | |
| Pyramides | |
| Quartarolo | |
| Ray | Marcus |
| Razzaghi | Frederick |
| Roberts | Daniel |
| Roy | Melissa |
| Schwartz | [TBD] |
| Shah | Dipesh |
| Skanchy | |
| Srivasta | |
| Srivastava | Rajiv |
| Stieg | |
| Sweeney | |
| Szestypalow | |
| Tomasso | |
| Ulysse | |
| Upadhyay | Pratik |
| Verdel | |
| Wakijira | Chaltu |

## Authors or Inspectors

| | |
|---|---|
| Wang | Zhao |
| Warnick | |
| Xu | Atul |
| Young | Rochelle |
| Yuscius | |
| Zaklady | |
| Zamil | |
| Zamperini | |
| Zhen Zhou | |

# Regulatory

| Term | |
|---|---|
| ("adverse event*" or AER) and (<drug name> or <solvents> or <facility names>) | |
| "changes being effected" | |
| "prior approval supplement" | |
| adulterat* | |
| alert* | |
| CAPA or corrective pre/3 "preventive action" | |
| CFR or eCFR or "code of federal regulations" or USC or "United States Code" or "Title 21" | |
| Citizen* pre/3 Petition | |
| (Establishment pre/3 Inspection) | |
| import* /3 (ban or alert or restrict*) | |
| inadequat* | |
| inspect* | |
| investigat* | |
| major /3 change | |
| (master /3 file) and (<drug name> or <solvents>) | |
| minor /3 change | |
| moderate /3 change | |
| Monthly /3 update | |
| (official pre/3 action* /4 indicat* ) | |
| observation* | |
| OOS or "out of spec*" or "out-of-spec*" | |
| OOT or "out-of-trend" or "out of trend" | |
| PADER* and (<drug name> or <solvents> or <facility names>) | |
| VAI or (voluntary pre/3 action* /4 indicat*) | |
| violat* | |
| warn* | |

**<term> AND (<drug name> or <solvents> or <regulatory modifiers> or <facility names>)**

*Color Key:*

| |
|---|
| Overly Generic |
| Overly Generic Because Defendants are Drug Manufacturers |
| Curable With Required "Drug Names" Modifier |

## cGMP

| | |
|---|---|
| (bottle pre/2 lies) or Eban | |
| bury or burie* or conceal* | |
| cGMP* or (current pre/5 manufacturing) or GMP* | |
| "cover up*" or coverup* or "cover-up*" | |
| crash* or disaster* | |
| data /4 integrity or data /4 reliabl* | |
| delet* or destroy* or remov* or trash* or shred* | |
| hide* or suppress* | |
| whistleblow* | |

**\<term\> AND (\<regulatory modifiers\> OR \<inspect\> OR \<drug names\> OR \<solvents\> OR \<manufacturing modifiers\> OR \<medical modifiers\> OR \<facility names\>)**

*Color Key:*

| |
|---|
| Spoliation Term |
| Curable With Required "Drug Names" Modifier |

## QA-Testing

| | |
|---|---|
| "anion-exchange" or anionexchange or "anion exchange" | |
| "ion-exchange" or ionexchange or "ion exchange" | |
| *PCRC* | |
| aberran* | |
| abnorm* | |
| ALS | |
| bioequiv* | |
| CAPA or corrective pre/5 action | |
| Chromato* | |
| complain* | |
| contami* | |
| degradant* or impurit* | |
| detect* | |
| EI-MS or EL-MS or "electron ionization" | |
| elude* | |
| fail* | |
| fatal* | |
| GC or "GC-FID" or GCMS or "GC-MS" | |
| hazard* | |
| headspace | |
| heat | |
| HPLC-UV | |
| HS | |
| incomplet* /5 data* | |
| LCMS | |
| mass spectro* | |
| method /5 qualification | |
| noise* | |
| noti* w/5 pharm* | |
| obscure* | |
| observation* | |
| peak* | |
| press /4 release | |

**\<term\> AND (\<drug name\> OR \<solvents\> OR \<manufacturing modifiers\>)**

*Color Key:*

| |
|---|
| Overly Generic |
| Overly Generic Because Defendants are Drug Manufacturers |
| Curable With Required "Drug Names" Modifier |

## QA-Testing

| |
|---|
| preventative /5 action |
| problem* |
| puri* |
| quality |
| recall* |
| repe* /4 error* |
| residu* |
| retrospec* |
| risk* |
| signal* |
| spectro* |
| spike* |
| suitab* |
| toxic* |
| unknown* or unk or unks |
| validat* |

## Manufacturing

<term> AND (<drug name> OR <solvents>)

*Color Key:*

| |
|---|
| Overly Generic Because Defendants are Drug Manufacturers |
| Curable With Required "Drug Names" Modifier |

| |
|---|
| "PROCESS I" or "PROCESS II" |
| assay* |
| assessment* |
| batch /5 records |
| biocompat* |
| byproduct* |
| CAPA or corrective pre/3 "preventive action" |
| certificat* |
| change* /3 control* |
| change* /5 process* |
| COA or certificat* pre/3 analys* |
| concentra* |
| condensa* |
| conversion* |
| critical /4 change |
| crude* |
| deviat* |
| discrepanc* |
| error* |
| esterficat* |
| expir* |
| malfunct* |
| material* /3 loss* |
| process /5 change |
| quench* |
| reagent* |
| reclaim* |
| recover* |
| recycl* |
| repack* or "re-pack*" |
| resal* |
| resell* |
| reuse* |
| ring* |

## Manufacturing

| |
|---|
| solvent* |
| suppress* |
| TEA or Triethyl* |
| temperature |
| TIN or Tributyl* |
| yield* |

# Medical Conditions

| |
|---|
| bladder* |
| blood* |
| cancer* or precancer* or pre-cancer* |
| colon* |
| death* or dead or fatal |
| esophag* |
| gastro* |
| intestin* |
| kidn* or renal* |
| laten* |
| leukemia* |
| liver* |
| lymphoma* |
| muta* |
| myeloma* |
| NHL or non-hodgkin* |
| toxicolog* |
| onset* |
| oncolog* |
| ovar* |
| pancrea* |
| prostate* |
| stomach* |

## &lt;term&gt; AND (&lt;drug name&gt; OR &lt;solvents&gt;)

*Color Key:*

| |
|---|
| Overly Generic Because Defendants are Drug Manufacturers |
| Curable With Required "Drug Names" Modifier |

# Economic Terms

| |
|---|
| AWP or "average wholesale price" or WAC or "wholesale acquisition cost" |
| best /3 pric* |
| bulk /3 suppl* |
| impairment |
| IRR |
| manufactur* /3 cost* |
| marginal /5 cost* |
| market* /5 share* |
| net /5 profit* |
| net /5 valu* |
| NPA |
| NPV |
| rate /10 return |
| rebate* |
| sourc* w/5 agree* or sourc* w/5 anal* or sourc* w/5 contract* or sourc* w/5 forecast* or sourc* w/5 plan* or sourc* w/5 strat* |
| suppl* w/5 agree* or suppl* w/5 anal* or suppl* w/5 contract* or suppl* w/5 forecast* or suppl* w/5 plan* or suppl* w/5 strat* |
| SWOT or (strength pre/7 threat*) |
| writ* pre/5 off |
| (ABDC or Amerisource* or "American Health Packaging" or AHP) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (AG) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or gross or gross or loss) |
| (amerisource* ) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |

**<term> AND (<drug name> OR <solvents>)**

*Color Key:*

| |
|---|
| Curable With Required "Drug Names" Modifier |

# Economic Terms

| |
|---|
| (ANDA) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (ASB) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (Authorized /4 generic) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share) |
| (average or avg) AND (pric* or cost* or margin* or profit* or revenue*) |
| (avg ) AND (pric* or cost* or margin* or profit* or revenue*) |
| (boehringer ingelheim) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (cardinal) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (contract ) AND (distrib* or PBM) |
| (cost* ) AND (analy* or forecast* or plan* or strat*) |
| (CVS*) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (Epic) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (ESI) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |

## Economic Terms

| |
|---|
| (Express*) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (IMS) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or loss) |
| (IQVIA) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or loss) |
| (Kroger) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss) |
| (mckesson) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss) |
| (operat* w/5 margin*) AND (margin* or profit*) |
| (Optum*) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss) |
| (pric*) AND (decreas* or increas* or list* or strat* or expect* or project*) |
| (recall) AND (loss or impairm* or write* or reimburs* or indemn* or charg* or replace*) |
| (Redoak) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss) |
| (retail) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or loss) |
| (Rite*) AND (pric*) |
| (sales ) /5 (expect* or project*) |
| (var* ) /5 (cost*) |
| (variable ) /5 (cost*) |

## Economic Terms

| |
|---|
| (Walgreen* or WBDA) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (Walmart) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |

# Entities

| |
|---|
| Alembic |
| ABDC or Amerisource* or "American Health Packaging" or AHP |
| Amerigen |
| ANDA |
| Auro* or APL or APUSA |
| boehringer ingelheim |
| Bristol |
| Camber |
| Cobalt |
| distribut* |
| Forest |
| Hetero |
| Huahai |
| Indoco |
| Ivax |
| Jubilant |
| Lantech* |
| Macleod* |
| Matrix |
| Mylan |
| Novartis |
| Par |
| Prinston |
| Qualanex |
| Ranbaxy |
| Sandoz |
| Syncore |
| Synthon |
| Teva |
| Torrent |
| Unichem |
| Watson |
| Zhejian* |

## \<term\> AND (\<drug name\> OR \<solvents\>)

*Color Key:*

| |
|---|
| Overly Generic Because Defendants are Drug Manufacturers |
| Curable With Required "Drug Names" Modifier |

## Entities

ZHP