# EXHIBIT K

# Drug Names

| |
|---|
| *Valsartan* |
| amlodipine* |
| Diovan* |
| Exforg* |
| HCT or HCTZ |
| sartan or sartans |

**<drug name list>**

## Solvents

**&lt;solvents list&gt;**

| |
|---|
| *azide* |
| *formaldehyde* |
| *-N3* |
| *xylene* |
| acid* |
| aqueous* |
| chloramin* |
| HNO2 |
| hydrochlor* |
| N-3* |
| NaNO* |
| tolue* |
| Tributyl* or TIN |
| Triethyl* or TEA |
| zinc /3 chloride |
| ZnCl* |

## Regulatory

| |
|---|
| "Abbreviated New Drug Application" or ANDA |
| CDC or "Centers for Disease Control" |
| CDER or "Center for Drug Evaluation and Research" |
| DEA or "Drug Enforcement Administration" or "Drug Enforcement Agency" |
| "Environmental Protection Agency" or EPA or USEPA or "US-EPA" or "1200 Pennsylvania Avenue" |
| "Food and Drug Administration" or FDA or USFDA or "US-FDA" or "College Park" |
| NIH or "National Institutes of Health" |

**\<regulatory modifiers\>**

## Inspect

| Agency |
|---|
| inspect* |
| regulat* |

***Color Key:***

Overly Generic Because Defendants are Drug Manufacturers

# Manufacturing

| |
|---|
| backup /3 data |
| impurit* and degradant* |
| recall* |
| residu* |
| solvent* |
| spike* |
| test* |
| unknown /3 peak or unknown /3 spike or unknown /3 impurit* or unknown /3 contamin* |

### \<manufacturing modifiers\>

*Color Key:*

| |
|---|
| Overly Generic Because Defendants are Drug Manufacturers |

## Medical Conditions

| |
|---|
| "adverse event*" or AER* |
| bladder* |
| blood* |
| cancer* or precancer* or pre-cancer* |
| colon* |
| death* or dead or fatal |
| esophag* |
| gastro* |
| intestin* |
| kidn* or renal* |
| laten* |
| leukemia* |
| liver* |
| lymphoma* |
| MedWatch* or "Safety Information and Adverse Event Reporting" |
| muta* |
| myeloma* |
| NHL or non-hodgkin* |
| toxicolog* |
| onset* |
| oncolog* |
| ovar* |
| PADER* |
| pancrea* |
| prostate* |
| stomach* |

**\<medical modifiers\>**

## Economic Terms

**&lt;economic modifiers&gt;**

| |
|---|
| analys* |
| AWP |
| cost* |
| decreas* |
| distrib* |
| expect* |
| gross |
| impairm* |
| increas* |
| indem* |
| list* |
| loss* |
| margin* |
| market* |
| net |
| PBM |
| plan |
| pric* |
| profit* |
| project* |
| recall* |
| revenue* |
| share* |
| stock* |
| strat* |
| WAC |
| write* |

## Foreign Regulatory Agencies

<foreign regulatory agency modifiers>

| |
|---|
| ABPI |
| AEMPS |
| Agency /3 Therapeutic |
| AIFA |
| ALIMS |
| ANMAT |
| BDA |
| BfArM |
| "British Pharmaceutical Industry" |
| "Bulgarian Drug Agency" |
| Canad* /3 Health |
| "Central drugs standard control" |
| CEP |
| DKMA |
| EMA |
| European /3 medic* |
| "European Medical" |
| Fimea |
| "Health Canada" |
| Health* /5 Agency |
| Hong Kong /7 "Drug Office" |
| HPRA |
| IMA |
| MEB |
| Medical /4 agency |
| "Medical Products Agency" |
| MFDS |
| MHRA |
| Ministry /3 Health |
| Ministry /5 drug |
| MPA |
| NAMMD |
| NHS |

# Foreign Regulatory Agencies

| |
|---|
| NIHS |
| NoMA |
| NPRA |
| OGYEI |
| PHARMAC |
| SAMLV |
| SAMR |
| SCMA |
| SIDC |
| "State Administration for Market" |
| SUKL |
| Swissmedic |
| TGA |
| "Therapeutic Goods Administration" |