[Doc. No. 308]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICANAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | MASTER DOCKET NUMBER<br><br>Civil No. 19-2875 (RBK/JS)<br><br>ORDER |

## CASE MANAGEMENT ORDER NO. 18

The Court having received defense counsel's December 3, 2019 letter application [Doc. No. 308); and there being no objection to counsel's request; and good cause existing for the entry of this Order,

IT IS ON THIS 5th day of December, 2019, that Sarah E. Johnston, Esquire, Barnes & Thornburg, LLP, is hereby appointed to the Defense Executive Committee.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge