UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION** : : : : | **HON. ROBERT B. KUGLER** <br><br> **MASTER DOCKET NUMBER** <br> Civil No. 1:19-md-02875-RBK-JS |
| **This Document Relates to All Actions** : : | |

## NOTICE OF APPEARANCE OF JEFFREY D. GEOPPINGER FOR DEFENDANT AMERISOURCEBERGEN CORPORATION

To the Clerk:

Kindly enter the appearance of the following attorney for Defendant AmerisourceBergen Corporation on this Court's MDL master docket:

> Jeffrey D. Geoppinger
> Ulmer & Berne LLP
> 600 Vine Street, Suite 2800
> Cincinnati, Ohio 45202
> Telephone: 513-698-5000
> Facsimile: 513-698-5001
> jgeoppinger@ulmer.com

The above-referenced counsel has complied with the ECF requirements for this Court and has received a personal ID and password.

By entering an appearance on the master MDL docket, Defendant does not waive and specifically preserves all defenses, including, but not limited to, defenses related to venue, service, and personal jurisdiction in any individual case that is currently pending in this MDL or that subsequently may be transferred to or consolidated in this MDL.

|  |  |
|---|---|
| Dated: December 10, 2019 | */s/ Jeffrey D. Geoppinger*<br>Jeffrey D. Geoppinger<br>**ULMER & BERNE LLP**<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202<br>Phone: (513) 698-5000<br>Fax: (513) 698-5001<br>Email:  jgeoppinger@ulmer.com<br><br>***Counsel for AmerisourceBergen Corporation*** |

## CERTIFICATE OF SERVICE

      I hereby certify that on December 10, 2019, I electronically filed the foregoing Notice of Appearance of Jeffrey D. Geoppinger for Defendant AmerisourceBergen Corporation with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ECF participants.

                                                  */s/ Jeffrey D. Geoppinger*
                                                  Jeffrey D. Geoppinger