# Exhibit 3

Case 1:19-md-02875-RMB-SAK   Document 316-3   Filed 12/10/19   Page 2 of 6 PageID:
Case 1:15-md-02606-RBK-JS   Document 208   Filed 12/22/15   Page 1 of 5 PageID: 5716
Case 1:15-md-02606-RBK-JS   Document 4897   Filed 12/21/15   Page 1 of 1 PageID: 5651

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION | * | CIVIL NO. 15-2606 (RBK)(JS) |
| | * | HON. ROBERT B. KUGLER |
| THIS DOCUMENT RELATES TO ALL ACTIONS | * | HON. JOEL SCHNEIDER |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CASE MANAGEMENT ORDER NO. 17

This matter having been the subject of extensive conferences between the parties and the Court, and for good cause shown,

IT IS HEREBY ORDERED, with consent of all Parties:

<u>Daiichi Sankyo Company, Limited Custodians</u>

1. Defendant Daiichi Sankyo Company, Limited's custodians whose documents will be the subject of collection, review and production are listed in Exhibit A, which represents a combination of individuals requested by the plaintiffs and individuals selected by the defendants.

2. No further additions may be made to the list of custodians on Exhibit A absent a showing of good cause.

Camden, New Jersey, this 22nd day of December, 2015.

Hon. Joel Schneider
United States Magistrate Judge

83522754.1
209410/510357

Case 1:19-md-02875-RMB-SAK   Document 316-3   Filed 12/10/19   Page 3 of 6 PageID:
Case 1:15-md-02606-RBK-JS   Document 208-1   Filed 12/21/15   Page 2 of 5 PageID: 5717
Case 1:15-md-02606-RBK-JS   Document 189-2   Filed 12/21/15   Page 1 of 4 PageID: 5652

In re Benicar (Olmesartan) Products Liability Litigation
MDL No. 2606

# Exhibit A

### Daiichi Sankyo Company, Limited Custodians

| Name |
|---|
| Abe, Kazuhiro |
| Amemiya, Yoshiya |
| Arai, Miyuki |
| Beer, Graham |
| Chiba, Katsuyoshi |
| Emura, Yoshihiro |
| Fukuma, Akiko |
| Furukawa, Tadashi |
| Hamaura, Takeshi |
| Harada, Atsushi |
| Hasebe, Yasushi |
| Hattori, Yoko |
| Hinman, Donald |
| Hirota, Takuji |
| Homma, Hiroshi |
| Honda, Hiroshi |
| Hyogo, Atsushi |
| Ikeda, Nobuya |
| Ikeya, Takanobu |

**In re Benicar (Olmesartan) Products Liability Litigation**
**MDL No. 2606**

| Name |
|---|
| Ishizuka, Tomoko |
| Iwashita, Mikio |
| Kaku, Takahiko |
| Kanayama, Chinami |
| Kawase, Masashi |
| Kawasugi, Kaname |
| Kitaura, Makoto |
| Kondo, Shigemichi |
| Kondo, Toshiya |
| Kubo, Yukiko |
| Kubota, Haruhisa |
| Kuroda, Takeshi |
| Kuroda, Yasufumi |
| Manabe, Sunao |
| Masumura, Hidemi |
| Matsuki, Miho |
| Miyaji, Akihiko |
| Miyano, Hideto |
| Mizuno, Daikichi |
| Mizuno, Makoto |
| Mori, Yoshihiro |
| Moriyama, Yuji |

2

**In re Benicar (Olmesartan) Products Liability Litigation**
**MDL No. 2606**

| Name |
|---|
| Nakagaki, Hisashi |
| Nishio, Hisayoshi |
| Nishiwaki, Akinori |
| Oda, Shinichi |
| Okumura, Takashi |
| Otsubo, Atsushi |
| Sada, Toshio |
| Saito, Hanako |
| Saito, Hironobu |
| Sanbuissho, Atsushi |
| Sano, Tatsuya |
| Sata, Kuniko |
| Sehata, Shinya |
| Shamoto, Atsushi |
| Suzuki, Mizue |
| Tagawa, Hideki |
| Takaoka, Masaya |
| Takasaki, Wataru |
| Takasuna, Kiyoshi |
| Teranishi, Munehiro |
| Tsukamoto, Atsushi |
| Uehara, Hideya |

3

**In re Benicar (Olmesartan) Products Liability Litigation**
**MDL No. 2606**

| Name |
|---|
| Wada, Kento |
| Yagishita, Masanori |
| Yamabe, Masahide |
| Yasuda, Mitsuya |
| Yoshigae, Yasushi |