# Exhibit 4

# Duane Morris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

ALEXANDRA WALEKO
DIRECT DIAL: +1 215 979 1928
PERSONAL FAX: +1 215 689 2793
*E-MAIL*: AWaleko@duanemorris.com

*www.duanemorris.com*

December 8, 2019

VIA EMAIL TO VALPEC@KIRTLANDPACKARD.COM

| | |
|---|---|
| Ruben Honik, Esq. | Daniel Nigh, Esq. |
| David Stanoch, Esq. | Levin Papantonio Thomas Mitchell |
| Golomb & Honik, P.C. | Rafferty & Proctor, P.A. |
| | |
| Adam Slater, Esq. | Conlee Whiteley, Esq. |
| Mazie Slater Katz & Freeman, LLC | Kanner & Whiteley, LLC |

Re: *In re Valsartan Products Liability Litigation*, Civ. No. 19-md-2875 (D.N.J.)
    Xunqiao Organizational Charts

Counsel:

It was our understanding that the parties' recent agreement to each bear their own translation costs applied to the organizational charts. In light of Plaintiffs' recent request that the Court order ZHP to translate the organizational charts related to the Xunqiao finished dose facility, enclosed please find English versions of the charts previously produced as ZHP00000009–ZHP00000012. In producing these documents, ZHP expressly reserves all objections to discoverability and admissibility, as well as all defenses, jurisdictional or otherwise. In addition, ZHP's agreement to produce this limited set of documents as a courtesy to Plaintiffs should not be interpreted as an agreement to translate any other documents in this matter.

Sincerely,

*/s/ Alexandra Waleko*

Alexandra Waleko

cc:   Jessica Priselac (jpriselac@duanemorris.com)
      Lori G. Cohen (cohenl@gtlaw.com)
      Clem C. Trischler (cct@pietragallo.com)
      Jessica M. Heinz (Jheinz@c-wlaw.com)
      Janet L. Poletto (jpoletto@hkmpp.com)
      Alexia Brancato (alexia.brancato@kirkland.com)

DUANE MORRIS LLP
30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196        PHONE: +1 215 979 1000   FAX: +1 215 979 1020

浙江华海药业股份有限公司
ZHEJIANG HUAHAI PHARMACEUTIAL CO., LTD

# Organization Chart of Zhejiang Huahai Pharmaceutical Co., Ltd. Finished Dose Plant Analytics Center (November 2019)





浙江华海药业股份有限公司
ZHEJIANG HUAHAI PHARMACEUTICAL CO.,LTD.

# Organization Chart of Zhejiang Huahai Pharmaceutical Co., Ltd. Finished Dose Plant Quality Management Department (November 2019)





浙江华海药业股份有限公司
ZHEJIANG HUAHAI PHARMACEUTICAL CO.,LTD.

# Organization Chart of Zhejiang Huahai Pharmaceutical Co., Ltd. Finished Dose Plant Technology Center (November 2019)





浙江华海药业股份有限公司
ZHEJIANG HUAHAI PHARMACEUTIAL CO., LTD

# Organization Chart of Zhejiang Huahai Pharmaceutical Co., Ltd.
# Finished Dose Non-sterile Production Division (November 2019)