# Exhibit 5

| | | | | | | |
|---|---|---|---|---|---|---|
|  | Plaintiffs' List of Custodians for ZHP and Its Subsidiaries as of 12/10/2019 |||||||
| First Name | Last name | Title | Department | Co. | Status | Explanation |
| **Senior Management** |||||||
| Jun | Du | Executive Vice President of ZHP, CEO of Huahai US, Prinston, Solco, and PrinJohnson; Legal Representative of Shaghai Syncores and Prinbury | | ZHP, Huahai US, Prinston, Solco, Syncores, and Prinbury | Disputed | Identified in Prinston's core document production more times than we can reference. Most senior manager involved in the day to-day aspects of management for ZHP, Prinston, & Huahai US. Fully involved in valsartan contamination issues from initial reporting to FDA to present. Identified as a planned attendee in Prinston's 6.18.18 Email Meeting Request to FDA initially advising the FDA of Valsartan's contamination (PRINSTON00000050). Led ZHP's investigation & response to the FDA's 483 observations made during the FDA inspection of Chuannan site 7.23.18 to 8.3.18 (PRINSTON0075644) |
| Baohua | Chen | Chairman and General Manager | | ZHP and PrinJohnson | Disputed | He is the most senior officer in ZHP, and was the chairman of the board of directors. He was involved in a high level into the valsartan contamination investigation. Jun Du reports directly to him. |
| **Analytical Department or "Analysis and Testing Center"** |||||||
| Min | Li | VP | Analytical Operations | ZHP | Agreed | |
| Jun | Wang | Finished Dose Gase Stage Team | Chuannan Branch Analytical Center | ZHP | Disputed | Org Chart; involved in testing tetrazole reaction in Valsartan, which is a crucual part of the manufacturing process resulting in the contamination PRINSTON0074146. On 12/4/19, ZHP would not tell Plaintiffs the extent to which this person was involved in Valsartan. |
| Qing | Wang or possibly just Wangqing | | | ZHP | P - 10.8.19 | Is listed as a user on the chromatograms, which can detect nitrosamines, on the December 2013 solvent change submission to the FDA PRINSTON00073055. As of 12/4/19, ZHP could not identify this person, despite the provision of the referenced document from Core Discovery. |
| XiaXia | Kuang | Analytical and Testing Department Manager | Chuannan Branch Analytical Center | ZHP | P - 11.22.19 | Org Chart. Also referenced in the text version of PRINSTON0076941, where he is designated as a member of the Quality Control Team, which conducted the testing of Valsartan for impurities. As of 12/4/19, ZHP could not identify this person, despite the provision of the referenced document from Core Discovery and the person's presence on its organization chart. |
| Chun | Yang | Finished Dose Liquid Phase Team | Chuannan Branch Analytical Center | ZHP | P - 11.22.19 | The org chart shows that this person had a significant role in ZHP's Analysis and Testing Department. ZHP has not provided Plaintiffs any additional information on this individual. On 12/4/19, ZHP refused to discuss the extent of this custodian's involvement in Valsartan. |
| Guang | Zheng | Raw Material Central Control Instrument Team | Chuannan Branch Analytical Center | ZHP | P - 11.22.19 | The org chart shows that this person had a significant role in ZHP's Analysis and Testing Department. ZHP has not provided Plaintiffs any additional information on this individual. |
| XianLiang | Zhang | Raw Material Central Control Physico-Chemical Team | Chuannan Branch Analytical Center | ZHP | P - 11.22.19 | The org chart shows that this person had a significant role in ZHP's Analysis and Testing Department. ZHP has not provided Plaintiffs any additional information on this individual. |
| **Quality** |||||||
| Wei | Cheng | VP | API Quality Assurance | ZHP | Agreed | |
| Jucai | Ge | Director | Quality Assurance (API Division-Chuannan Site) | ZHP | Agreed | |
| Yuelin | Hu | Assistant Director | Quality Assurance Manager (API Division-Chuannan Site, East Zone) | ZHP | Agreed | |
| Baozhen | Chen | Director | Corporate Quality Assurance | ZHP | Agreed | |
| Dongqin | Wang | Assistant Director | Quality Assurance at Chuannan Site East Zone | ZHP | Agreed | |
| Minli | Zhang | Director | Finished Dose Quality Assurance and Quality Control | ZHP | Agreed | |
| Qiangming | Li | Director | Quality Control (API Division-Chuannan Site) | ZHP | Agreed | |

| First Name | Last Name | Title | Department | Company | Status | Notes |
|---|---|---|---|---|---|---|
| Wenbin | Chen | Analysis Director | API Quality Research | ZHP | Agreed | |
| Wenquan | Zhu | Director | API Quality Research | ZHP | Agreed | |
| Xiaohong | Zhao | Director | Quality Assurance (Chuannan Site) | ZHP | Disputed | Part of core ZHP group identified as meeting attendees regarding the contamination in Duane Morris 6.21.19 correspondence to FDA (PRINSTON00073192) |
| Hongliang | Wang | | Quality | ZHP | Disputed | Prepared Method Validation Report of Valsartan PRINSTON00031401 (According to published literature, "[f]or the pharmaceutical industry, method validation is crucial to ensure the product quality as regards both therapeutic efficacy and patient safety. The most critical step in validating a method is to establish a protocol containing well-defined procedures and criteria. A well planned and organized protocol, such as the one proposed in this paper, results in a rapid and concise method validation procedure for quantitative high performance liquid chromatography (HPLC) analysis."*See* https://conservancy.umn.edu/bitstream/handle/11299/172043/cop_article_496630.pdf?sequence=1&isAllowed=y; Checked significant tests for Valsartan impurities See, e.g., PRINSTON00023107; reviewed Method Validation Report of Valsartion for correctness and integrity PRINSTON00022665 |
| Cunxiao (Jenson) | Ye | Vice President | Quality Assurance, Headquarters | ZHP | Disputed | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158; Approved the Deviation Investigation Reports (root-cause analysis of the contamination) of Valsartan TEA Process PRINSTON0073443, etc. |
| Caifeng | Zhao | Manager | Quality Assurance | ZHP | Disputed | Principal Author of ZHP's 11.5.18 Deviation Investigation Report (root-cause analysis of the contamination) of Valsartan TEA Process V1, 2, & 3 PRINSTON0073443, 0075797, 0076100 |
| Y.F. | Chen | Senior Supervisor | API Quality Assurance | ZHP | Disputed | Reviewed Validation Report of Analytical Method for Azide in Valsartan for correctnesss and integrity PRINSTON00018712 (the removal of azide during the manufacturing process is suspected to contribute to the contamination); Reviewed and approved Validation Report of LC-MS Method for NDBA, another nitrosamine, in Losartan Potassium PRINSTON0074642; reviewed and approved the Validation Report of LC-MS Method for NMBA, another nitrosamine, in Irbesartan PRINSTON0074712 |
| Hu | Guangping | Director | Quality Control | ZHP | Disputed | QC Director regarding Valsartan tests related to sodium nitrite, which is suspected to contrbute to the contamination PRINSTON00072721 |
| Huang | Rui | Director | Quality Control | ZHP | Disputed | Referenced in 35 separate documents in core document production, some regarding significant tests for impurities in Valsartan. See, e.g., PRINSTON00023107 |
| Xie | Chaojun | Analyst | Quality Control | ZHP | Disputed | QC Analyst who conducted tests regarding zinc chloride and DMF, both substances suspected of contributing to the contamination: PRINSTON00072692, 72743, and 00080383 |
| Qiang | Zhou | Analyst | Quality Research | ZHP | Disputed | Drafted Validation Report of GC-MS Method for Detection of NDMA in Valsartan Tablets and Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326, 36625 |
| Shang | Fei | QP | Quality VP | ZHP | Disputed | Reviewed and approved the third version of the Deviation Investigation (root-cause analysis) into the Valsartan TEA process PRINSTON0076100 |
| Tong | Wu | Analyst | API Quality Research | ZHP | Disputed | Drafted Validation Report of GC-MS Method for Detection of NDMA in Valsartan Tablets and Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326, 93 |
| Wenping | Hu | Team Leader | Quality Research | ZHP | Disputed | Reviewed Comparison of Valsartan USP Method and In-house Method for Integrity and Correctness PRINSTON00064389 (This document compares the impurities found in USP standard Valsartan with those found in ZHP's Valsartan); Reviewed data in Hydrochlorothiazide Residual Solvent Method Validation Report PRINSTON00064288 |
| Jieyun | Wang | Director | Quality Assurance | ZHP | Disputed | According to the Valsartan DMF, "[s]he is responsible for QA/GMP auditing and the QC/GMP file management for all products" PRINSTON00077850; signed Valsartan cGMP Certification PRINSTON00077832. On 12/4/19, ZHP said this person left ZHP in 2008, and ZHP does not have any of their emails. ZHP could not confirm whether ZHP had any other electronic or physical documents from this person. |
| Xiaoling | Li | Manager | Formulation Quality Control | ZHP | Disputed | Reviewed and signed off on Elemental Impurity Risk Assessment Report for Valsartan Tablets PRINSTON00036384; ZHP admits that this person worked on Deviatio Investigation Report and Out-of-Specification Report of Valsartan. |
| Zheng | Youqing | Deputy Manager | Quality Assurance | ZHP | P - 10.8.19 | Executed numerous cGMP certifications, and many of Plaintiffs claims are based on violations of cGMPs re Valsartan. See, e.g. PRINSTON00038190 |
| Zhizhang | Ding | Assistant Manager | Formulation Quality Assurance | ZHP | P - 11.12.19 | Reviewed and approved Elemental Impurity Risk Assessment Report for Valsartan Tablets PRINSTON00036384; Signed off on correction of the valsartan manufacturing process intended to prevent future contamination PRINSTON00000471 |
| Xiong | Fei | Analyst | Quality Control | ZHP | P - 10.8.19 | Analyst of Valsartan tests related to sodium nitrite, which is suspected to contribute to the contamination PRINSTON00080367; 71698; 72721 |
| Yinhua | Tang | Assistant Director/Manager | Quality Control (API Division-Chuannan Site) | ZHP | P - 11.12.19 | Reviewed and signed off on Deviation Investigation Reports (root-cause analysis of the contaminat) of Valsartan TEA Process PRINSTON0073443, etc.; attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Yun | Jin | Supervisor | Chuannan Quality Control | ZHP | P - 11.12.19 | Drafted Assay Method Validation Report for Valsartan (Supplement) PRINSTON00009948 (An assay method validation is the process of determining whether the tests, or assays, are accurate and sufficient; it includes chromatograms); draft Chiral Purity Analytical Method Validation Protocol for TDCI Compound PRINSTON00077405 |

| First Name | Last Name | Title | Department | Company | Date | Description |
|---|---|---|---|---|---|---|
| Tian | Zhang | Analyst | Chuannan Quality Control | ZHP | P - 11.12.19 | Reviewed and signed off on Assay Method Validation Report for Valsartan (Supplement) PRINSTON00009948 (An assay method validation is the process of determining whether the tests, or assays, are accurate and sufficient; it includes chromatograms); reviewed and signed off on Chiral Purity Analytical Method Validation Protocol for TDCI Compound PRINSTON00077405 |
| Xianhua | Zhang | Deputy Director | Chuannan Quality Control | ZHP | P - 11.12.19 | Reviewed and signed off on Assay Method Validation Report for Valsartan (Supplement) PRINSTON00009948 (An assay method validation is the process of determining whether the tests, or assays, are accurate and sufficient; it includes chromatograms); reviewed and signed off on Chiral Purity Analytical Method Validation Protocol for TDCI Compound PRINSTON00077405 |
| Yuping | Chen | Deputy Manager | Formulation Quality Control | ZHP | P - 11.12.19 | Author of Elemental Impurity Risk Assessment Report for Valsartan Tablets and Valsartan Hyrdochlorathiazide Tablets PRINSTON00036384, PRINSTON00070161; ZHP admits that this person worked on Deviatio Investigation Report and Out-of-Specification Report of Valsartan. |
| Tan | Xiao | Senior Supervisor | API Quality Research | ZHP | P - 11.12.19 | Drafted Validation Report of GC-MS Method for Detection of NDMA in Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326; reviewed and approved Validation report of the LC-MS method for NDBA in Losartan Potassium PRINSTON0074642; reviewed and approved the Validation Report of LC-MS Method for NMBA in Irbesartan PRINSTON0074712 |
| Nan | Tong | Senior Supervisor | API Quality Research | ZHP | P - 11.12.19 | Approved the cGMP compliance for its intended use of Report of GC-MS Method for Detection of NDMA in Valsartan and Hydrochlorothiazide Tablets PRINSTON00000326 |
| X. G., possibly Xingge | Liu | Quality Researcher | API Quality Research | ZHP | P - 11.12.19 | Drafted Validation report of the LC-MS method for NDBA, a nitrosamine, in Losartan Potassium and Irbesartan PRINSTON0074177. ZHP has not told Plaintiffs that this person was not also involved in detecting nitrosamines in Valsartan. |
| Y.Y. possibly Yangyang | He | Quality Researcher | API Quality Research | ZHP | P - 11.12.19 | Drafted Validation Report of LC-MS Method for NMBA, a nitrosamine, in Irbesartan and NMSA in Irbesartan PRINSTON0074712, 75156. ZHP has not told Plaintiffs that this person was not also involved in detecting nitrosamines in Valsartan. |
| Jian | Ye | Deputy Manager, Group I | Quality Control | ZHP | P - 11.22.19 | Put into effect the Method Validation, Report for Assay for Valsartan, which is the process of ensuring that the tests were accurate and adequate PRINSTON00070930 |
| Houming | Zhou | General Detection, Technical Deputy Director | API Quality Study/Research Department | ZHP | P - 11.22.19 | ZHP's organization chart shows that this person had a signficant role in ensuring the quality of ZHP's API. ZHP has not provided any additional information regarding this person. |
| Xiao | Yu | Associate Director | API Quality Study/Research Department | ZHP | P - 11.22.19 | ZHP's organization chart shows that this person had a signficant role in ensuring the quality of ZHP's API. ZHP has not provided any additional information regarding this person. |
| Yang | Han | Supervisor | Quality Research | ZHP | P - 11.22.19 | ZHP's organization chart shows that this person had a signficant role in ensuring the quality of ZHP's API. ZHP has not provided any additional information regarding this person. |
| Chaohua | Bao | Supervisor | API QR | ZHP | P - 11.22.19 | Prepared Comparison of Valsartan USP Method and In-house Method PRINSTON00064389; put into effect the Method Validation for Valsartan PRINSTON00022665 |
| Jianzhi | Zhao | | QA | ZHP | P - 12.2.19 | Audit consistency of document and cGMP compliance in many documents See, e.g., throughout PRINSTON00022331-23004; PRINSTON00010056. Many of Plaintiffs' claims are based on violations of cGMPs. |
| Meng | Zheng | Manager | QA | ZHP | P - 12.2.19 | Signed cGMP Certification for Valsartan PRINSTON00022284. Many of Plaintiffs' claims are based on violations of cGMPs. |
| Yong | Chen | Assistant Director of Commercial Material Team | Finished Dose Plant Analytics Center | ZHP | P - 12.10.19 | Worked extensively on Method Validation Report for Valsartan Residual Solvent Method Cross-Validation Report, which included chromatograms, which can detect nitrosamines PRINSTON00064537. Plaintiffs believe solvent played a critical role in the contamination. ZHP admits that this person worked on Deviatio Investigation Report and Out-of-Specification Report of Valsartan. |
| Shuli | Du | Supervisor of Project Material Team | Finished Dose Plant Analytics Center | ZHP | P - 12.10.19 | Reports to Chen Yuping, who ZHP admits worked on Deviation and Out-of-Specitivation reports related to Valsartan. ZHP has not been able to provide any additional information. |
| Danyang | Zhang | Supervisor of Sterile Material Team | Finished Dose Plant Analytics Center | ZHP | P - 12.10.19 | Reports to Chen Yuping, who ZHP admits worked on Deviation and Out-of-Specitivation reports related to Valsartan. ZHP has not been able to provide any additional information. |
| Na | Li | Senior Supervisor of Material Review Team | Finished Dose Plant Analytics Center | ZHP | P - 12.10.19 | Reports to Chen Yuping, who ZHP admits worked on Deviation and Out-of-Specitivation reports related to Valsartan. ZHP has not been able to provide any additional information. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pang | Hu | Director of Analytics Integrated Room | Finished Dose Plant Analytics Center | ZHP | P - 12.10.19 | Supervises Chen Yuping, who ZHP admits worked on Deviation and Out-of-Specitivation reports related to Valsartan. ZHP has not been able to provide any additional information. |
| Fuyu | Zhang | Technical Manager of Quality Research Team | Finished Dose Plant Analytics Center | ZHP | P - 12.10.19 | ZHP has not been able to provide any additional information about this person, but their title and place in the organization chart show that they very likely worked on Valsartan and would have relevant, probative documents in this case. |
| Ling | Lin | Senior Supervisor of Stability Team | Finished Dose Plant Analytics Center | ZHP | P - 12.10.19 | ZHP has not been able to provide any additional information about this person, but their title and place in the organization chart show that they very likely worked on Valsartan and would have relevant, probative documents in this case, especially because stability testing could have provided notice of the nitrosamine contamination. |
| Zeqi | Min | Deputy Director of Sterile Finished Product Test Room | Finished Dose Plant Analytics Center | ZHP | P - 12.10.19 | ZHP has not been able to provide any additional information about this person, but their title and place in the organization chart show that they very likely worked on Valsartan and would have relevant, probative documents in this case. |
| Kaiwei | Zhu | Deputy Manager of Compliance | Finished Dose Plant Quality Management Department | ZHP | P - 12.10.19 | ZHP has not been able to provide any additional information about this person, but their title and place in the organization chart show that they very likely worked on Valsartan and would have relevant, probative documents in this case, especially because of the person's presence in ~32 Valsartan Batch Records, which document the entire manufacturing process of Valsartan. |
| Yang | Yang | Validation Manager | Finished Dose Plant Quality Management Department | ZHP | P - 12.10.19 | ZHP has not been able to provide any additional information about this person, but their title and place in the organization chart show that they very likely worked on Valsartan and would have relevant, probative documents in this case. |
| **Manufacturing** | | | | | | |
| Xiaoming | Liu | Head | Technical for Finished Dose | ZHP | Agreed | |
| Peng | Dong | Deputy Director | Technical Department | ZHP | Agreed | |
| Peng | Wang | Senior Director | ZHP Facility Director API Manufacturing Chuannan Site, West Zone | ZHP | Agreed | |
| Wenling | Zhang | Director Assistant | Technical, API Chuannan site West Zone (counterpart to Peng Dong) | ZHP | Agreed | |
| Wei | Chen | Deputy Director | Production Department | ZHP | Agreed | |
| Yongjun | Jin | Factor Assistant Director | Manufacturing | ZHP | Disputed | Identified in Valsartan DMF as a "professional engineer," and "has a wide experience at production technology management and is responsible for the technological development of all bulk drugs" PRINSTON00077836 |
| Youhu | Wang | Deputy Director of Production and Operation | | ZHP | Disputed | Identified in Valsartan DMF as "responsible for Valsartan" PRINSTON00077836; appears in the text of later documents, such as ZHP's Response to the FDA's August 2018 inspection PRINSTON0074892 |
| Jiangzhong | Yu | API and Intermediate Plant Manager | Manufacturing | ZHP | Disputed | Identified in Valsartan DMF as responsible for all bulk drugs (including intermediates) at ZHP PRINSTON00077836 |
| Lijin | Jiang | VP | API Operations/Facility Director, API Chuannan Site, East Zone | ZHP | Disputed | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Zhengjun | Jia | Deputy Plant Director | Engineering and Maintenance, API Chuannan site East Zone | ZHP | Disputed | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |

Page 4

| First Name | Last Name | Title | Department | Company | Status | Notes |
|---|---|---|---|---|---|---|
| Junhui | Zuo | Deputy Plant Director | Engineering and Maintenance, API Chuannan site West Zone | ZHP | Disputed | Attended close out meeting on 5.19.17 regarding FDA inspection PRINSTON0074158 |
| Chunmin | Xu | Vice President | | ZHP | Disputed | Identified as Valsartan personnel in DMF PRINSTON00070584, 79392. On 12/4/19, ZHP said this person left ZHP in 2015, and ZHP does not have any of their emails. ZHP could not confirm whether ZHP had any other electronic or physical documents from this person. |
| Ruqi | Yao | Factory Assistant Director | | ZHP | Disputed | Identified as Valsartan personnel in DMF PRINSTON00070587, 79392. On 12/4/19, ZHP said this person left ZHP in 2012, and ZHP does not have any of their emails. ZHP could not confirm whether ZHP had any other electronic or physical documents from this person. |
| Kai | Yang | Technical Manager | | ZHP | Disputed | Identified as Valsartan personnel in DMF PRINSTON00070587, 79392. On 12/4/19, ZHP said this person left ZHP in 2014, and ZHP does not have any of their emails. ZHP could not confirm whether ZHP had any other electronic or physical documents from this person. |
| Meng | Yanhua | General Manager | Chuannan Product Technical Center | ZHP | Disputed | The head of ZHP's manufacturing department at the facility that manufactured Valsartan, presumably communicated between her subordinates, other departments, and senior management regarding Valsartan manufacturing. |
| Lina | Wu | Senior Supervisor | Formulation Technology at ZHP | ZHP | P - 11.12.19 | Author of Elemental Impurity Risk Assessment Report for Valsartan Tablets and Valsartan and Hydrochlorothiazide Tablets PRINSTON00036384, 70161 |
| Hu | Zhou | Factory Director | | ZHP | P - 11.22.19 | Identified as Valsartan personnel responsible for production and technology in DMF PRINSTON00070586 |
| Yan | Fengfeng | Director of Tech | Chuannan Product Technical Center | ZHP | P - 11.22.19 | As the second in command at ZHP's Technical Department in the facility manufacturing Valsartan API, this person was responsible for developing the manufacturing process for Valsartan. |
| Liang | Zunjun | Associate Director | Chuannan Product Technical Center | ZHP | P - 11.22.19 | The assistant to Dong Peng, who ZHP admits is a proper custodian. ZHP has not given Plaintiffs any additional information regarding this person. |
| Hu | Zhichen | Manager | Chuannan Product Technical Center | ZHP | P - 11.22.19 | Manager in the department that developed the manufacturing process for Valsartan. ZHP has not given Plaintiffs any additional information regarding this person. |
| Zhan | Xiaohui | "(Valsartan)" | Chuannan Product Technical Center | ZHP | P - 11.22.19 | This person's title is Valsartan. They are in the department that developed the manufacturing process for Valsartan. ZHP has not given Plaintiffs any additional information regarding this person. |
| Lingfang | Wang | Deputy Head of Technology Guarantee Unit | Finished Dose Plant Technology Center | ZHP | P - 12.10.19 | Reviewed and signed off on numerous Batch Reocrds, which document th entire manufacturing process *See, ie.*, PRINSTON00068034; also supervised Lina Wu, who authored Author of Elemental Impurity Risk Assessment Report for Valsartan Tablets and Valsartan and Hydrochlorothiazide Tablets PRINSTON00036384, 70161 |
| Hui | Wang | Director | Quality Control | ZHP | P - 12.10.19 | Worked on Valsartan's solvent testing that likely contributed to contamination PRINSTON00078435 |
| Jie | Cheng | | Finished Dose Plant Technology Center | ZHP | P - 12.10.19 | ZHP has not been able to provide any additional information about this person, but their title and place in the organization chart show that they very likely worked on Valsartan and would have relevant, probative documents in this case. |
| Juan | Tao | Deputy Plant Manager of Production | Finished Dose Non-Sterile Production Division | ZHP | P - 12.10.19 | ZHP has not been able to provide any additional information about this person, but their title and place in the organization chart show that they very likely worked on Valsartan and would have relevant, probative documents in this case, especially because they worked on numerous Batch Records for Valsartan, which document the manufacturing process, including its testing. |
| **Regulatory** | | | | | | |
| Lihong (Linda) | Lin | Director | Regulatory Affairs Department | ZHP | Agreed | |
| Yanfeng (Lucy) | Liu | Deputy Director / Manager | Regulatory Affairs | ZHP | Agreed | |
| Ying | Xiong | Supervisor | Regulatory Affairs | ZHP | Agreed | |
| Ting (Ada) | Zhou | Assistant Director | Regulatory Affairs | ZHP | Agreed | |

| First | Last | Title | Department | Company | Status | Notes |
|---|---|---|---|---|---|---|
| Jie | Lin | Deputy Manager | API Patent, Regulation Affairs | ZHP | Disputed | Head of patents at ZHP, which has patents regarding Valsartan, one of which is for the manufacturing process that led to the contamination. |
| Sun | Dengxue | Manager | API R&D, Regulation Affairs | ZHP | P - 11.22.19 | Manager of API Research and Development in the Regulatory Department that handled Valsartan. ZHP has not given Plaintiffs any additional information regarding this person. |
| **Procurement** | | | | | | |
| Min | Hu | | Purchasing | ZHP | Agreed | |
| Weiwei | Xu | | Purchasing | ZHP | Agreed | |
| Min | Xu | | Purchasing | ZHP | Agreed | |
| Zheng | Gaozhe | | Purchasing | ZHP | Agreed | |
| **API Sales** | | | | | | |
| Minda | Cai | Former VP | API Sales | ZHP | Agreed | |
| Jie | Wang | VP | Business Development | ZHP | Agreed | |
| Sheng | Zhong | Director | Business Development | ZHP | Agreed | |
| Hongchao | Li | Manager | Business Development | ZHP | Agreed | |
| Mi | Xu | | Business Development, API Sales | ZHP | Agreed | |
| Yihua | Wang | Vice President | Sales | ZHP | Disputed | Co-head of ZHP's Sales Department, which handled Valsartan. ZHP has said that she is a recent hire, but has not said how recent. ZHP also admits that she has knowledge of the Valsartan recall. |
| Fengyang | Tang | Manager Assistant, Business Group I | Sales | ZHP | Disputed | Manager in the Sales Department who handled Key Accounts for Valsartan. ZHP has not told Plaintiffs that Fengyang Tang and Lina Wang did not both work on Valsartan. |
| Lina | Wang | Manager Assistant, Business Group II | Sales | ZHP | Disputed | Manager in the Sales Department who handled Key Accounts for Valsartan. ZHP has not told Plaintiffs that Fengyang Tang and Lina Wang did not both work on Valsartan. |
| Tong | Zengyuan | Director of Customer Service Department | Sales | ZHP | P - 11.22.19 | As the Director of Customer Service, this person very likely dealt with customer complaints regarding Valsartan. ZHP has not provided any additional information regarding this person. |
| Wu | Yuehua | Manager of Document Group | Sales | ZHP | P - 11.25.19 | As the manager of the Document Group in the Customer Service Department, this person is a critical cutodian. ZHP has not given Plaintiffs any additional information regarding this custodian. |
| Wang | Haiqun | Assistant Manager of Office Work Group | Sales | ZHP | P - 11.25.19 | The Assistant Manager in the Customer Service Department. ZHP has not given Plaintiffs any additional information regarding this custodian. |
| **Hauhai US** | | | | | | |
| Xiaodi | Guo | Executive Vice President and Chief Scientific Officer for Prinston & Huahai US | | Huahai US (linkedin), Prinston (website), and Solco (affidavits of service) | Agreed | |
| Hai | Wang | President since 2005 | | Vice President at Huahai US since 2005 (Linkedin), Sr. Vice President at Prinston (Linkedin), & President at Solco (Prinston's website) | Agreed | |
| John | Iozzia | Director | Sales | Huahai US | Agreed | |
| Zhi | Chen | | | Huahai US | Disputed | Listed as contact for ZHP's US Agent to the FDA for Valsartan, Huahai US PRINSTON00072295 |
| Qun (Kathy) | Zhang | Senior Manager | Regulatory Affairs | Huahai US | Disputed | Author of Cover Letter re: Valsartan ANDA PRINSTON00066953-54; Listed as contact for the US Agent, Huahai US, for Valsartan PRINSTON00073120; Same PRINSTON00072212 |

| First | Last | Title | Role | Company | Status | Notes |
|---|---|---|---|---|---|---|
| Min (Michelle) | Hu | Manager of Business Development and Senior Director of Business Development | | Huahai US (2007-2012) and Prinston (2012-Present), respectively | Disputed | Given her title and Huahai US's and Prinston's significant role in bringing ZHP's Valsartan to the United States, Plaintiffs believe that she has important, relevant, and probative documents in this case. The ZHP defendants do not dispute this. They simply say that other custodians "have superior information related to Valsartan." |
| Yiming | Tang | | | | P - 11.22.19 | Contact Person for ZHP's U.S. Agent to FDA for Valsartan PRINSTON0076915 and many other documents regarding Huahai US as ZHP's U.S. agent to the FDA for Valsartan PRINSTON00010626, PRINSTON00008984, PRINSTON00078888, etc. |
| **Prinston** | | | | | | |
| Xiaodi | Guo | Executive Vice President and Chief Scientific Officer for Prinston & Huahai US | | Huahai US (linkedin), Prinston (website), and Solco (affidavits of service) | Agreed | |
| Hai | Wang | | | Vice President at Huahai US since 2005 (Linkedin), Sr. Vice President at Prinston (Linkedin), & President at Solco (Prinston's website) | Agreed | |
| Chris | Keith | Senior Vice President / VP | Sales | Solco/Prinston at some point as VP | Agreed | |
| Remonda | Gergis | VP | Quality Assurance | Prinston | Agreed | |
| Lijie | Wang | VP | Head of Regulatory Affairs | Prinston | Agreed | |
| Minfa | Wang | VP | Analytical Operations and Quality Control | Prinston | Disputed | She is a senior officer of Prinston, in charge of Analytical Operations and Quality Control. Identified as a planned attendee in Prinston's 6.18.18 Email Meeting Request to FDA initially advising the FDA of Valsartan's contamination (PRINSTON00000050). |
| Wei (Helena) | Tong | Director | Regulatory Affairs | Prinston | Disputed | Listed on ANDA Documents, Signed ANDA, and routinely corresponded with the FDA. For example, PRINSTON00037372, PRINSTON00054685, , PRINSTON00031790. Her full name appears in 106 documents from Core Discovery. |
| Guangyu | Luo | Associate (2013-2015), Senior Associate (2015-2016), Specialist (2016-2017), Manager (2017-Present) | | Prinston | Disputed | Signed ANDA for Valsartan PRINSTON00066560, PRINSTON00033715, PRINSTON00034648, PRINSTON00066787, PRINSTON00066707, PRINSTON00066848; "Regulatory Affairs, mainly on regulatory submissions (from draft to e-CTD compilation), pharmacovigilance (AE handling and submission) and generic labeling (content, artwork and SPL)." -Linkedin |
| Lesley | Zhu | SVP, Business Development & Portfolio | Sales | Prinston | Disputed | Received email from Frederick Ball re: FDA correspondence along with Jun Du; Same PRINSTON0073198; Cc'd on letter to FDA with Jun Du PRINSTON00079000; Sent letter to FDA re: authorizing the FDA to share information with the EMA PRINSTON00070470-71; PRINSTON0073192-96; Cc'd on letter to FDA with Jun Du PRINSTON00079001-02 |
| Min (Michelle) | Hu | Manager of Business Development and Senior Director of Business Development | | Huahai US (2007-2012) and Prinston (2012-Present), respectively | Disputed | Given her title and Huahai US's and Prinston's significant role in bringing ZHP's Valsartan to the United States, Plaintiffs believe that she has important, relevant, and probative documents in this case. The ZHP defendants do not dispute this. They simply say that other custodians "have superior information related to Valsartan." |

Page 7

| First | Last | Title | Department | Employer | Status | Notes |
|---|---|---|---|---|---|---|
| Peng | Shang | Senior Associate of Business Development/Supply Chain (2016-Present) | | Prinston | Disputed | Given this person's title and Prinston's significant role in bringing ZHP's Valsartan to the United States, Plaintiffs believe that she has important, relevant, and probative documents in this case. The ZHP defendants do not dispute this. They simply say that other custodians "have superior information related to Valsartan." |
| Ning | Zhang | Specialist | Regulatory Affairs | Prinston | P - 12.2.19 | Regulatory Affairs Approval for Corrected Valsartan Manufacturing Process PRINSTON00000479 |
| **Solco** | | | | | | |
| Xiaodi | Guo | Executive Vice President and Chief Scientific Officer for Prinston & Huahai US | | Huahai US (linkedin), Prinston (website), and Solco (affidavits of service) | Agreed | |
| Hai | Wang | | | Vice President at Huahai US since 2005 (Linkedin), Sr. Vice President at Prinston (Linkedin), & President at Solco (Prinston's website) | Agreed | |
| Chris | Keith | Senior Vice President / VP | Sales | Solco/Prinston at some point as VP | Agreed | |
| David | Ayres | Vice President (2018-Present); Executive Director, Sales (2016-2018); Senior Director of National Accounts (2014-2016); Director of National Accounts (2012-2013); National Account Manager (2010-2012) | Sales | Solco | Agreed | |
| Matthew | Arnold | National Account Manager from 2016-2019 | | Solco | Disputed | Author of Only Solco-stamped document, a list of Valsartan customers. He must have have many other documents regarding these customers.  Solco has not said otherwise. |
| **Shanghai Syncores Technologies, Inc.** | | | | | | |
| Eric | Gu | Manager | | Shanghai Syncores | Agreed | |
| An | Jianguo | Vice President | Process Research and Development | Shanghai Syncores | Agreed | |
| Huang | Luning | Vice President | Process Research and Development | Shanghai Syncores | Agreed | |
| **Prinbury BioPharm Ltd.** | | | | | | |
| Eric Wen-Chien | Tsai | General Manager | | Prinbury | Agreed | |
| Tiyun (Tina) | Liu | Senior Scientist | | Prinbury | Agreed | |
| Yun (Sophie) | Tian | Senior Director | | Prinbury | Agreed | |
| Taufaung (Alex) | Liu | Scientist | | Prinbury | Agreed | |

Page 8

| First Name | Last Name | Title | Department | Company | Date | Description |
|---|---|---|---|---|---|---|
| Dachuan | Zhao | Executive Deputy General Manager of Prinbury | | Prinbury | P - 11.12.19 | Attended close out meeting on 5.19.17 regarding FDA inspection, identified as Vice President of Analytical Shanghai R&D Center PRINSTON0074158; "Dr. Zhao has comprehensive and in-depth understanding and rich experience in key areas such as product development (QbD), analysis, product declaration, quality control, quality assurance, FDA regulations, and FDA audits." -Prinbury website (via Google Translate). Identified in core discovery as Vice President. Analytical, Shanghai R&D Center PRINSTON0076915. Prinbury developed the finished dose manufacturing process for Valsartan, including many of the tests conducted during that process, as shown below. |
| Li or Lily | Tan | Director | Project Management | Prinbury | P - 11.12.19 | Worked on numerous important Valsartan documents, many of which involed chromatography, which can detect nitrosamines: Reviewed and Signed Off on Method Robustness Study Report re: Content Uniformity Determination of Valsartan and Hyrdochlorothiazide PRINSTON00039541; Reviewed and Signed Off on Method Validation Report on Identification, Assay and Content Uniformity Determination of Valsartan PRINSTON00020805; Approved Method Verification Report for Valsartan PRINSTON00039715; Reviewed and signed off on Dissolution Comparison Study Report of Valsartan PRINSTON00029309; Approved Method Validation Report re: Dissolution Test of Valsartan and Hydrochlorothiazide PRINSTON 00039663; Approved Method Verification Report re: Identification and Assay Determination of Valsartan and Hyrdochlorothiazide PRINSTON00039439; Approved Method Verification Report re: Organic Impurities Determination for Valsartan and Hyrdochlorothiazide PRINSTON00039715; Approved USP Method Equivalence Study Report re: Content Uniformity Determination of Valsartan and Hyrdochlorothiazide PRINSTON00039499; Approved Submission Batch Stability Study Report for Valsartan and Hyrdochlorothiazide PRINSTON00064193; Reviewed and Signed Off on Method Robustness Study Report re: Dissolution Determination of Valsartan and Hyrdochlorothiazide PRINSTON00039645; Approved Method Verification Report re: Dissolution Test of Valsartan and Hyrdochlorothiazide PRINSTON00039800; "12 years of experience in drug development, analysis, quality management and project management. Good at the establishment and management of quality system and project managemen system. Familiar with US FDA policies, regulations, cGMP specifications and ICH guidelines, and proficient in FDA registration requirements. Participated and successfully passed GMP audits of FDA, EMEA and CFDA." -Prinbury website (via Google Translate). |
| Wei | Tian | Deputy General Manager of Analysis and Research | | Prinbury | P - 11.12.19 | This person was previously on the Prinbury website, but no longer is. Wei Tian's title and Prinbury's work on Valsartan establish that Wei Tian is likely to have worked on Valsartan related issues and potentially had involvement in and/or is knowledgeable as to how it was tested, among other things. |
| Shine | Chen | Scientist | | Prinbury | P - 11.12.19 | Worked on numerous important Valsartan documents, many of which involed chromatography, which can detect nitrosamines: Prepared Method Verification Report re: Identification and Assay Determination of Valsartan and Hyrdochlorothiazide PRINSTON00039439; Prepared Method Verification Report re: Organic Impurities Determination for Valsartan and Hyrdochlorothiazide PRINSTON00039715; Prepared Submission Batch Stability Study Report re: Valsartan and Hyrdochlorothiazide PRINSTON00064193; Prepared USP Method Equivalence Study Report re: Content Uniformity Determination of Valsartan and Hydrochlorothiazide PRINSTON00039499; Prepared Method Validation Report re: Content Uniformity Determination of Valsartan and Hyrdochlorothiazide PRINSTON00039560; Prepared Dissolution Comparison Study Report re: Valsartan PRINSTON00029309; Prepared USP Method Equivalence Study Report re: Dissolution Test of Valsartan and Hyrdochlorothiazide PRINSTON00039603; Prepared Method Robustness Study Report re: Dissolution Determination for Valsartan and Hyrdochlorothiazide PRINSTON00039645 |
| Ashley | Lin | Associate Scientist | | Prinbury | P - 11.12.19 | Prepared Method Robustness Study Report for Content Uniformity Determination, using Chromatography, which can detect nitrosamines, of Valsartan PRINSTON00039541; Prepared USP Method Equivalence Study Report, using Chromatography, which can detect nitrosamines, re: Dissolution Test of Valartan PRINSTON00021157; Prepared Method Validation Report for Dissolution Test, using Chromatography, which can detect nitrosamines, of Valsartan and Hydrochlorothiazide PRINSTON00039663 |
| Yulu (Luke) | Wang | Executive Director | | Prinbury | P - 11.12.19 | Reviewed and approved many Master Production Batch Record Approval See, e.g., PRINSTON00064070, PRINSTON00063906, PRINSTON00063742, PRINSTON00038525. Batch Records contain actual data and step by step process for manufacturing each batch. Batch manufacturing record is like a proof that batches were properly made and checked by quality control personnel. *See* https://process-xe.sarjen.com/batch-manufacturing-records-important-according-gmp/. |
| Angela | An | Scientist | | Prinbury | P - 12.2.19 | Prepared Method Validation Report on Identification, Assay and Content Uniformity Determination of Valsartan, using Chromatography, which can detect nitrosamines PRINSTON00020805 |