# Exhibit 6



# PRODUCT CATALOGUE

**v1** 2015

www.tapi.com

**TEVA tapi PRODUCT CATALOGUE**  v1 2015

| Product Name | US DMF | CEP | EU DMF | Japan DMF | Korea DMF |
|---|---|---|---|---|---|
| **a** | | | | | |
| ABIRATERONE | ● | | | | |
| ACYCLOVIR | ● | ● | ● | ● | ● |
| AFATINIB | | | | | |
| ALCLOMETASONE DIPROPIONATE | ● | | | ● | |
| ALENDRONATE SODIUM | ● | | ● | ● | |
| ALLOPURINOL | ● | ● | ● | ● | |
| AMCINONIDE | ● | | ● | ● | |
| AMITRIPTYLINE HCL | ● | ● | ● | ● | ● |
| AMLODIPINE BESYLATE | ● | | ● | ● | ● |
| ANASTROZOLE | ● | | ● | ● | |
| ANIDULAFUNGIN | | | | | |
| APIXABAN | | | | | |
| APREMILAST | | | | | |
| ARIPIPRAZOLE | ● | ● | ● | | ● |
| ARIPIPRAZOLE LAUROXIL | | | | | |
| ATORVASTATIN CALCIUM* | ● | | ● | ● | ● |
| ATOSIBAN ACETATE | | | ● | | |
| ATRACURIUM BESYLATE | ● | ● | ● | | |
| AZACITIDINE | ● | | ● | | |
| AZITHROMYCIN | ● | ● | ● | ● | |
| AZTREONAM | ● | | | | |
| **b** | | | | | |
| BECLOMETHASONE DIPROPIONATE | ● | ● | ● | ● | |
| BETAMETHASONE ACETATE | ● | | ● | ● | |
| BETAMETHASONE BASE | | | ● | ● | |
| BETAMETHASONE DIPROPIONATE | ● | ● | ● | | |
| BETAMETHASONE VALERATE | ● | ● | ● | ● | |
| BICALUTAMIDE | ● | | ● | | |
| BIMATOPROST | ● | | ● | | |
| BIVALIRUDIN | ● | | ● | | |
| BLEOMYCIN SULFATE | ● | | ● | | |
| BORTEZOMIB | ● | | ● | | ● |

\* TAPI can provide several different polymorphs or processes of this product.
To obtain complete DMF files of a specific product's polymorph or process, please contact your account manager.

For the most updated product list please go to "Products" at www.tapi.com
Additional DMFs or Tech Files are available upon request

All subject to the disclaimer on page 15



**PRODUCT CATALOGUE**  v1 2015

| | Product Name | US DMF | CEP | EU DMF | Japan DMF | Korea DMF |
|---|---|---|---|---|---|---|
| **b** | BROMOCRIPTINE MESYLATE | | ● | | ● | |
| | BUDESONIDE | ● | ● | ● | ● | |
| | BUPRENORPHINE BASE | ● | ● | | | |
| | BUPRENORPHINE HCL | ● | ● | ● | | |
| | BUTORPHANOL TARTRATE | ● | | ● | | |
| | CABAZITAXEL | ● | | | | |
| **c** | CABERGOLINE | ● | ● | ● | ● | |
| | CALCIPOTRIENE (CALCIPOTRIOL)* | ● | ● | ● | | |
| | CALCITRIOL | ● | ● | ● | | |
| | CANDESARTAN CILEXETIL | | | | ● | |
| | CAPECITABINE | ● | | ● | | |
| | CARBIDOPA | ● | ● | ● | ● | |
| | CARBOPLATIN | ● | ● | ● | ● | |
| | CARFILZOMIB | | | | | |
| | CARVEDILOL BASE | ● | ● | ● | ● | ● |
| | CARVEDILOL PHOSPHATE | ● | | | | |
| | CASPOFUNGIN ACETATE | ● | | ● | | |
| | CERITINIB | | | | | |
| | CHLORMADINONE ACETATE | | | ● | ● | |
| | CICLOSPORIN | ● | ● | ● | ● | ● |
| | CILOSTAZOL | ● | | ● | ● | ● |
| | CINACALCET HCL | ● | | ● | | |
| | CISATRACURIUM BESYLATE | ● | | ● | | |
| | CISPLATIN | | ● | ● | ● | |
| | CLARITHROMYCIN | ● | ● | ● | ● | ● |
| | CLOBETASOL PROPIONATE | ● | ● | ● | ● | ● |
| | CLONAZEPAM | ● | | | | |
| | CLOPIDOGREL BISULFATE | ● | ● | ● | | ● |
| | CYPROTERONE ACETATE | ● | ● | ● | | |
| **d** | DABIGATRAN ETEXILATE | ● | | ● | | |
| | DARIFENACIN HBR | ● | | ● | | |

\* TAPI can provide several different polymorphs or processes of this product.
To obtain complete DMF files of a specific product's polymorph or process, please contact your account manager.

For the most updated product list please go to "Products" at www.tapi.com
Additional DMFs or Tech Files are available upon request        All subject to the disclaimer on page 15



# PRODUCT CATALOGUE

v1 2015

| | Product Name | US DMF | CEP | EU DMF | Japan DMF | Korea DMF |
|---|---|---|---|---|---|---|
| **d** | DASATINIB | | | ● | | |
| | DAUNORUBICIN HCL | ● | ● | ● | | |
| | DEFERASIROX | ● | | ● | | |
| | DEFEROXAMINE MESYLATE | ● | ● | ● | | |
| | DESLORATADINE | ● | | ● | | |
| | DESMOPRESSIN ACETATE | ● | ● | ● | ● | |
| | DESONIDE | ● | | ● | | |
| | DESOXYCORTICOSTERONE (DESOXYCORTONE) PIVALATE | | | ● | | |
| | DESVENLAFAXINE BASE | ● | | ● | | |
| | DESVENLAFAXINE FUMARATE | ● | | ● | | |
| | DESVENLAFAXINE SUCCINATE | ● | | | | |
| | DEXAMETHASONE -17 VALERATE | ● | | ● | | |
| | DIFLORASONE DIACETATE | ● | | ● | ● | |
| | DIFLUPREDNATE | ● | | ● | ● | |
| | DIHYDRO-ALPHA-ERGOCRYPTINE MESILATE | | | | | |
| | DIHYDROERGOCRISTINE MESILATE | | ● | ● | | |
| | DIHYDROERGOTAMINE MESILATE | ● | ● | ● | | |
| | DIHYDROERGOTOXINE MESILATE | ● | ● | ● | ● | |
| | DILTIAZEM HCL | ● | ● | ● | ● | ● |
| | DIMETHYL FUMARATE | | | | | |
| | DOCETAXEL | ● | | ● | ● | |
| | DOLUTEGRAVIR | | | | | |
| | DONEPEZIL HCL | ● | | ● | ● | |
| | DORZOLAMIDE HCL | ● | ● | ● | | |
| | DOXEPIN HCL | ● | ● | ● | | |
| | DOXERCALCIFEROL | ● | | | | |
| | DOXORUBICIN HCL | ● | ● | ● | ● | |
| | DROSPIRENONE | ● | ● | ● | | ● |
| | DULOXETINE HCL | ● | | ● | | ● |
| **e** | EDOXABAN | | | | | |
| | ELDECALCITOL | | | | | |

\* TAPI can provide several different polymorphs or processes of this product.
To obtain complete DMF files of a specific product's polymorph or process, please contact your account manager.

For the most updated product list please go to "Products" at www.tapi.com
Additional DMFs or Tech Files are available upon request

All subject to the disclaimer on page 15

# TEVA tapi PRODUCT CATALOGUE — v1 2015

| Product Name | US DMF | CEP | EU DMF | Japan DMF | Korea DMF |
|---|---|---|---|---|---|
| **e** | | | | | |
| ELETRIPTAN HBR | ● | | ● | | |
| EMPAGLIFLOZIN | ● | | ● | | |
| EPIRUBICIN HCL | ● | ● | ● | ● | ● |
| EPTIFIBATIDE | ● | | ● | | |
| ERGOMETRINE (ERGONOVINE) MALEATE | ● | ● | ● | ● | |
| ERGOTAMINE TARTRATE | ● | ● | ● | ● | |
| ERLOTINIB HCL | ● | | ● | | ● |
| ESZOPICLONE | ● | | | | |
| ETODOLAC | ● | ● | ● | ● | |
| ETOPOSIDE | ● | ● | ● | ● | |
| **f** | | | | | |
| EXENATIDE | ● | | ● | | ● |
| EZETIMIBE | ● | | ● | | ● |
| FAMCICLOVIR | ● | | ● | | ● |
| FEBUXOSTAT | ● | | ● | | |
| FIDAXOMICIN | | | | | |
| FINGOLIMOD | | | | | |
| FLUDARABINE PHOSPHATE | ● | ● | ● | | |
| FLUDROCORTISONE ACETATE | ● | | ● | | |
| FLUNISOLIDE | ● | | ● | | |
| FLUOCINOLONE ACETONIDE | ● | | ● | ● | |
| FLUOCINONIDE | ● | | ● | ● | |
| FLUOROMETHOLONE ACETATE | ● | | ● | | |
| FLUOROMETHOLONE BASE | | | ● | ● | |
| FLUOROURACIL | ● | ● | ● | ● | |
| FLUOXETINE HCL | ● | ● | ● | | ● |
| FLUTICASONE FUROATE | | | | | |
| FLUTICASONE PROPIONATE | ● | ● | ● | ● | |
| FLUVASTATIN SODIUM | ● | ● | ● | | |
| FLUVOXAMINE MALEATE | ● | | | ● | |
| FORMOTEROL FUMARATE | ● | ● | | | |
| FULVESTRANT | ● | | ● | | |

\* TAPI can provide several different polymorphs or processes of this product.
To obtain complete DMF files of a specific product's polymorph or process, please contact your account manager.

For the most updated product list please go to "Products" at www.tapi.com
Additional DMFs or Tech Files are available upon request

All subject to the disclaimer on page 15



**TEVA tapi PRODUCT CATALOGUE** — v1 2015

| | Product Name | US DMF | CEP | EU DMF | Japan DMF | Korea DMF |
|---|---|---|---|---|---|---|
| **f** | FUROSEMIDE | ● | ● | | ● | |
| | GABAPENTIN* | ● | ● | ● | ● | ● |
| **g** | GALANTAMINE HBR | ● | | ● | | |
| | GEMCITABINE HCL* | ● | ● | ● | ● | |
| | GEMFIBROZIL | ● | ● | ● | | |
| | HALOPERIDOL | ● | | ● | ● | |
| **h** | HALOPERIDOL DECANOATE | ● | | ● | | |
| | HYDROCHLOROTHIAZIDE | ● | ● | ● | | |
| | IBANDRONATE SODIUM | ● | | ● | | ● |
| | IBRUTINIB | | | | | |
| | ICATIBANT | | | | | |
| **i** | IDARUBICIN HCL | ● | | ● | | |
| | IMATINIB MESYLATE | ● | | ● | ● | ● |
| | IMIPRAMINE HCL | ● | ● | ● | | |
| | IMIQUIMOD | ● | | ● | ● | |
| | INGENOL | | | | | |
| | IRBESARTAN* | ● | ● | ● | | ● |
| | IRINOTECAN HCL | ● | | ● | ● | |
| | LAMOTRIGINE | ● | ● | ● | | |
| **l** | LANSOPRAZOLE | ● | ● | ● | ● | ● |
| | LATANOPROST | ● | | ● | | |
| | LEDIPASVIR | | | | | |
| | LEFLUNOMIDE | ● | | ● | | |
| | LETROZOLE | ● | | ● | | |
| | LEUPROLIDE (LEUPRORELIN ACETATE) | | ● | | | |
| | LEVETIRACETAM | ● | ● | ● | | ● |
| | LEVODOPA* | ● | ● | ● | | |
| | LEVOFLOXACIN | ● | | ● | ● | |
| | LEVOSALBUTAMOL HCL (LEVALBUTEROL) | ● | | ● | | |
| | LINACLOTIDE | | | | | |
| | LINAGLIPTIN | ● | | | | |

\* TAPI can provide several different polymorphs or processes of this product.
To obtain complete DMF files of a specific product's polymorph or process, please contact your account manager.

For the most updated product list please go to "Products" at www.tapi.com
Additional DMFs or Tech Files are available upon request

All subject to the disclaimer on page 15



**PRODUCT CATALOGUE**  v1 2015

| | Product Name | US DMF | CEP | EU DMF | Japan DMF | Korea DMF |
|---|---|---|---|---|---|---|
| **l** | LINEZOLID | ● | | | | |
| | LIRAGLUTIDE | | | | | |
| | LIXISENATIDE | | | | | |
| | LOPERAMIDE HCL | ● | ● | ● | | |
| | LOSARTAN POTASSIUM* | ● | ● | ● | ● | ● |
| | LOVASTATIN | ● | ● | ● | | |
| | LURASIDONE | ● | | | | |
| **m** | MACITENTAN | | | | | |
| | MAXACALCITOL | | | | ● | |
| | MEDROXYPROGESTERONE ACETATE | ● | ● | ● | | ● |
| | MEGESTROL ACETATE | ● | ● | ● | | |
| | MEMANTINE HCL | ● | | ● | | |
| | METHYLDOPA* | ● | ● | ● | ● | |
| | METHYLERGONOVINE MALEATE | ● | ● | | | |
| | METHYLPREDNISOLONE HEMISUCCINATE | ● | | ● | | |
| | METHYLPREDNISOLONE SODIUM SUCCINATE | | | ● | ● | |
| | METOPROLOL SUCCINATE | ● | ● | ● | | |
| | METOPROLOL TARTRATE | ● | ● | ● | | |
| | MIRTAZAPINE | ● | ● | ● | | |
| | MITOMYCIN | ● | ● | ● | | |
| | MOMETASONE FUROATE | ● | | ● | ● | |
| | MONTELUKAST SODIUM | ● | ● | ● | | ● |
| | MUPIROCIN | ● | ● | ● | | |
| | MUPIROCIN CALCIUM | ● | ● | ● | | |
| | MYCOPHENOLATE MOFETIL | ● | ● | | ● | |
| | MYCOPHENOLATE SODIUM | ● | | | | |
| | NAPROXEN | ● | ● | ● | ● | |
| | NAPROXEN SODIUM | ● | ● | ● | | |
| **n** | NATEGLINIDE | ● | | ● | ● | ● |
| | NEFAZODONE HCL | ● | | | | |
| | NICERGOLINE | | ● | ● | ● | |

\* TAPI can provide several different polymorphs or processes of this product.
To obtain complete DMF files of a specific product's polymorph or process, please contact your account manager.

For the most updated product list please go to "Products" at www.tapi.com
Additional DMFs or Tech Files are available upon request

All subject to the disclaimer on page 15

# TEVA tapi PRODUCT CATALOGUE — v1 2015

| Product Name | US DMF | CEP | EU DMF | Japan DMF | Korea DMF |
|---|---|---|---|---|---|
| **n** | | | | | |
| NIFEDIPINE | ● | ● | ● | ● | |
| NILOTINIB HCL | ● | | | | |
| NORGESTIMATE | ● | | ● | | |
| **o** | | | | | |
| OCTREOTIDE ACETATE | ● | ● | ● | ● | |
| OLANZAPINE | ● | ● | ● | | |
| OLMESARTAN MEDOXOMIL | ● | | ● | | ● |
| OMEPRAZOLE | ● | ● | ● | ● | |
| ONDANSETRON BASE | ● | | ● | | |
| ONDANSETRON HCL | ● | ● | ● | ● | ● |
| OXALIPLATIN | ● | ● | ● | ● | |
| **p** | | | | | |
| PACLITAXEL | ● | ● | ● | ● | ● |
| PALIPERIDONE | ● | | ● | | |
| PALONOSETRON HCL* | ● | | | | ● |
| PAMIDRONIC ACID | ● | | ● | ● | |
| PANCURONIUM BROMIDE | ● | ● | ● | | |
| PANTOPRAZOLE SODIUM | ● | ● | ● | | |
| PARICALCITOL | ● | | ● | | ● |
| PAROXETINE HCL | ● | | ● | ● | |
| PEMETREXED* | ● | | ● | ● | ● |
| PENTOXIFYLLINE | ● | | ● | | ● |
| PERAMPANEL | ● | | ● | | |
| PERGOLIDE MESYLATE | ● | ● | ● | ● | |
| PIOGLITAZONE HCL | ● | | ● | ● | |
| PRAMLINTIDE ACETATE | | | | | |
| PRAVASTATIN SODIUM | ● | ● | ● | ● | ● |
| PREGABALIN | ● | | ● | | ● |
| PROBENECID | ● | ● | ● | | |
| **q** | | | | | |
| QUETIAPINE FUMARATE | ● | | ● | ● | ● |
| **r** | | | | | |
| RALOXIFENE HCL | ● | | ● | | ● |
| RALTEGRAVIR FREE ACID | | | | | |
| RALTEGRAVIR POTASSIUM | | | | | |

\* TAPI can provide several different polymorphs or processes of this product.
To obtain complete DMF files of a specific product's polymorph or process, please contact your account manager.

For the most updated product list please go to "Products" at www.tapi.com
Additional DMFs or Tech Files are available upon request

All subject to the disclaimer on page 15



**PRODUCT CATALOGUE** — v1 2015

| | Product Name | US DMF | CEP | EU DMF | Japan DMF | Korea DMF |
|---|---|---|---|---|---|---|
| **r** | RAMELTEON | ● | | | | |
| | REGORAFENIB | | | | | |
| | RILPIVIRINE | ● | | | | |
| | RISEDRONATE SODIUM | ● | | ● | | ● |
| | RISPERIDONE | ● | ● | | ● | ● |
| | RIVAROXABAN | | | | | |
| | ROCURONIUM BROMIDE | ● | ● | ● | | |
| | ROMIDEPSIN | ● | | | | |
| | ROSUVASTATIN CALCIUM* | ● | | ● | | |
| | ROTIGOTINE | | | | | |
| **s** | SALBUTAMOL (ALBUTEROL) | ● | | ● | | |
| | SALBUTAMOL (ALBUTEROL) SULFATE | ● | | ● | ● | |
| | SAXAGLIPTIN | ● | | | | |
| | SILDENAFIL CITRATE | ● | | ● | | |
| | SILVER SULFADIAZINE | ● | | ● | | |
| | SILYMARIN | | ● | ● | | |
| | SIMVASTATIN | ● | ● | ● | ● | ● |
| | SITAGLIPTIN MALATE | | | ● | | |
| | SITAGLIPTIN PHOSPHATE | ● | | | | |
| | SOFOSBUVIR | | | | | |
| | SOLIFENACIN SUCCINATE | ● | | ● | | ● |
| | SORAFENIB BESYLATE | | | | | |
| | SUNITINIB | ● | | | | |
| **t** | TACROLIMUS | ● | | ● | ● | ● |
| | TADALAFIL | ● | | ● | | ● |
| | TAMOXIFEN CITRATE | ● | ● | ● | | |
| | TELMISARTAN | ● | ● | ● | | |
| | TERAZOSIN HCL | ● | ● | | | ● |
| | TERGURIDE | | | ● | | |
| | TERIPARATIDE ACETATE | ● | | ● | | |
| | TICAGRELOR | ● | | | | |

\* TAPI can provide several different polymorphs or processes of this product.
To obtain complete DMF files of a specific product's polymorph or process, please contact your account manager.

For the most updated product list please go to "Products" at www.tapi.com
Additional DMFs or Tech Files are available upon request

All subject to the disclaimer on page 15



**tapi PRODUCT CATALOGUE**            v1 2015

| | Product Name | US DMF | CEP | EU DMF | Japan DMF | Korea DMF |
|---|---|---|---|---|---|---|
| **t** | TICLOPIDINE HCL | ● | ● | ● | ● | |
| | TIGECYCLINE | ● | | ● | | |
| | TIMOLOL MALEATE | ● | ● | ● | ● | ● |
| | TIOTROPIUM BROMIDE | ● | | ● | | ● |
| | TOBRAMYCIN | ● | ● | ● | ● | |
| | TOLTERODINE TARTRATE | ● | | ● | | ● |
| | TORASEMIDE | ● | | ● | | |
| | TRAVOPROST | ● | | ● | | |
| | TRAZODONE HCL | ● | | | | |
| | TRIAMCINOLONE | | | ● | | ● |
| | TRIAMCINOLONE ACETONIDE | ● | ● | ● | ● | ● |
| | TRIPTORELIN PAMOATE | | | | | |
| **u** | ULIPRISTAL ACETATE | ● | | | | |
| | UMECLIDINIUM BROMIDE | | | | | |
| **v** | VALACICLOVIR HCL | ● | | ● | ● | |
| | VALSARTAN* | ● | ● | ● | ● | ● |
| | VECURONIUM BROMIDE | ● | | ● | | |
| | VENLAFAXINE HCL | ● | ● | ● | | |
| | VILANTEROL TRIFENATE | | | | | |
| **w** | VILAZODONE | | | | | |
| | WARFARIN SODIUM CLATHRATE | ● | | | | |
| **z** | ZALEPLON | ● | | ● | | |
| | ZOLEDRONIC ACID | ● | | ● | ● | |
| | ZOLMITRIPTAN | ● | | ● | | |
| | ZOLPIDEM TARTRATE | ● | ● | ● | ● | |

\* TAPI can provide several different polymorphs or processes of this product.
To obtain complete DMF files of a specific product's polymorph or process, please contact your account manager.

For the most updated product list please go to "Products" at www.tapi.com
Additional DMFs or Tech Files are available upon request

All subject to the disclaimer on page 15



PRODUCT CATALOGUE

v1 2015

# Portfolio for Injectables

- Anidulafungin
- Atosiban Acetate
- Atracurium Besylate
- Azacitidine
- Azithromycin
- Aztreonam
- Betamethasone Acetate
- Bivalirudin
- Bleomycin Sulfate
- Bortezomib
- Buprenorphine HCl
- Butorphanol Tartrate
- Cabazitaxel
- Calcitriol
- Carboplatin
- Carfilzomib
- Caspofungin Acetate
- Ciclosporin
- Cisatracurium Besylate
- Cisplatin
- Cyclosporine
- Daunorubicin HCl
- Deferoxamine Mesylate
- Desmopressin Acetate
- Dihydroergotamine Mesilate
- Docetaxel
- Doxercalciferol
- Doxorubicin HCl
- Epirubicin HCl
- Eptifibatide
- Ergometrine Maleate
- Etoposide
- Exenatide
- Fludarabine Phosphate
- Fluorouracil-(5FU)
- Fulvestrant
- Gemcitabine HCl
- Haloperidol Decanoate
- Icatibant
- Idarubicin HCl
- Irinotecan HCl
- Lanreotide
- Leuprolide Acetate
- Levofloxacin
- Linezolid
- Liraglutide
- Maxacalcitol
- Medroxyprogesterone Acetate
- Methylergonovine Maleate
- Methylprednisolone Sodium
- Succinate
- Mitomycin
- Mycophenolate Mofetil
- Octreotide Acetate
- Ondansetron HCl
- Oxaliplatin
- Paclitaxel
- Paliperidone Palmitate
- Palonosetron HCl
- Pamidronic Acid Disodium
- Pancuronium Bromide
- Pantoprazole Sodium
- Paricalcitol
- Pemetrexed
- Pramlintide Acetate
- Risperidone
- Rocuronium Bromide
- Romidepsin
- Tacrolimus
- Teriparatide Acetate
- Tigecycline
- Triptorelin Pamoate
- Vecuronium Bromide
- Warfarin Sodium Clathrate
- Zoledronic Acid

# Peptides Portfolio

- Atosiban Acetate
- Bivalirudin
- Desmopressin Acetate
- Eptifibatide
- Exenatide
- Icatibant
- Lanreotide Acetate
- Leuprolide (Leuprorelin Acetate)
- Linaclotide Acetate
- Liraglutide
- Octreotide Acetate
- Teriparatide Acetate
- Triptorelin Acetate



PRODUCT CATALOGUE    v1 2015

# Speciality Portfolio

**Inhalation**
Beclomethasone Dip
Budesonide
Ergotamine Tartrate
Flunisolide
Fluticasone Furoate
Fluticasone Propionate
Formoterol Fumarate
Levosalbutamol HCl (Levalbuterol)
Mometasone Furoate
Salbutamol (Albuterol) Sulfate
Tiotropium Bromide
Tobramycin
Triamcinolone Acetonide
Umeclidinum Bromide
Vilanterol Trifenate

**Ophthalmic**
Azithromycin
Betamethasone Disodium Phosphate
Bimatoprost
Ciclosporin
Dexamethasone -17 Valerate
Difluprednate
Dorzolamide HCl
Fluocinolone Acetonide
Fluorometholone
Fluorometholone Acetate
Latanoprost
Levofloxacin
Tacrolimus
Timolol Maleate
Tobramycin
Travoprost

**Otic**
Fluocinolone Acetonide
Dexamethasone

**Nasal**
Beclomethasone Dip
Budesonide
Butorphanol Tartrate
Desmopressin Acetate
Dihydroergotamine Mesilate
Flunisolide
Fluticasone Propionate
Mometasone Furoate
Mupirocin Calcium
Triamcinolone Acetonide
Zolmitriptan

**Topical**
Acyclovir
Alclometasone Dipropionate
Amcinonide
Betamethasone Dipropionate
Betamethasone Valerate
Calcipotriol (Calcipotriene)
Calcitriol
Ciclosporin
Clobetasone Butyrate
Clobetasol Propionate
Desonide
Diflorasone Diacetate
Difluprednate
Doxepin HCl
Fluocinolone Acetonide
Fluocinonide
Fluorouracil - (5FU)
Fluticasone Propionate
Imiquimod
Ingenol Mebutate
Maxacalcitol
Mometasone Furoate
Mupirocin
Mupirocin Calcium
Silver Sulfadiazine
Silymarin
Tacrolimus
Triamcinolone Acetonide

  PRODUCT CATALOGUE    v1 2015

## Regional Sales Offices

**North America**
Teva API Inc.
400 Chestnut Ridge Road
Woodcliff Lake, New Jersey 07677
Tel: +1 201 307 6900
Fax: +1 201 307 6909

**Western Europe**
Teva API B.V.,
Piet Hein Building,
Piet Heinkade 107, 1019 GM
Amsterdam, The Netherlands
Tel: +31 20 2193 222
Fax: +31 20 2193 297

**CEE, Asia & Africa**
TAPI International S.A.
Calle Pau Claris 172, 1-1B
08037 Barcelona, Spain
Tel: +34 93 467 7161
Fax: +34 93 216 0314

**Russia**
Teva API Russia
Business Center "Concord"
10 Shabolovka Str., Bld. 2
Moscow 119049, Russia
Tel: +7 495 234 97 12
Fax: +7 495 234 97 12

**Latin America**
TAPI International
Rua James Joule, 92-15o andar
CEP 04576-080 - São Paulo - SP - Brazil
Tel./Fax. +55 11 5506 8670

**Japan**
Teva API Japan, Ltd.
Metro City Kamiyacho Bldg. 7F
5-1-5, Toranomon, Minato-ku
Tokyo 105-0001 JAPAN
Tel: +81-3-5404-8441
Fax: +81-3-5404-8442

**China**
TAPI International
Room 1209, North Ring Center
18th Yumin Road
Xicheng District
Beijing 100029, China
Tel: +86 10 83162606
Fax: +86 10 51410728

**Australia & New Zealand**
TAPI International
602/23 Queens Road
Melbourne, Vic. 3004, Australia
Tel: +61 3 9867 2475
Fax: +61 3 8669 4186

**Indian Subcontinent**
Teva Pharmaceutical & Chemical
Industries India Pvt. Ltd.
601, Omega, Hiranandani Gardens
Main Street Powai,
Mumbai 400 076, India
Tel: +91 22 2570 5681/82
Fax: +91 22 2570 5684

  **PRODUCT CATALOGUE**   **v1** 2015

## Manufacturing & R&D Sites  *\* Formal legal entity*

**Israel**
**Assia Chemical Industries Ltd.***
**Manufacturing site: Teva Tech**
Neot-Hovav Eco-Industrial Park, Emek Sara
P.O. Box 2049
Beer Sheva, 8412316, Israel

**Plantex Ltd.**
1 Hakadar st., Industrial Zone
P.O.Box 160
Netanya, 4210101, Israel

**Abic Ltd.**
Kiryat Sapir Industrial Zone
P.O.Box 8077
Netanya, 4250483, Israel

**North America**
**TAPI Puerto Rico Inc.***
**Guayama site**
State road # 3, km 143.0
Guayama, Puerto Rico 00784, USA

**Humacao site**
Industrial Park Hwy 3
Km. 76.3
Humacao, Puerto Rico 00741, USA

**Teva Pharmaceuticals USA, Inc.***
**Missouri site**
5000 Snyder Drive
Mexico, Missouri 65265, USA

**Sicor de México S.A. de C.V.**
Av. San Rafael no. 35
Parque Industrial Lerma
52000, Lerma Estado de Mexico, Mexico

**Asia**
**Teva API India Limited***
**Gajraula site**
Plot Nos. A-2, A-2/1 & A-2/2
UPSIDC Industrial Area
Bijnor Road, Distt. J.P. Nagar
Gajraula-244 235 (Uttar Pradesh), India

**Malanpur site**
Q1 to Q4 Industrial Area, Ghirongi
Malanpur, Distt: Bhind (Madhya Pradesh), India

**Teva Pharmaceutical & Chemical (Hangzhou) Co. Ltd.**
Weiba Road, Linjiang Industrial Zone,
Hangzhou, PR Postal Code:311224
P.R. of China

**Europe**
**Teva Czech Industries s.r.o**
Ostravska 29/305,
747 70 Opava – Komarov
Czech Republic

**Sicor - Società Italiana Corticosteroidi S.r.l***
**Bulciago site**
Via Briantea km 36 n. 83
23892, Bulciago (LC), Italy
**Villanterio site**
Via Statale no. 235, km 16,880
27019, Villanterio (PV), Italy
**Caronno site**
Via Enrico. Fermi 520
21042 Caronno Pertusella (VA), Italy
**Rho site**
Via Terazzano 77
20017, Rho (MI), Italy
**Santhià site**
Tenuta S. Alesandro
13048, Santhià (VC), Italy

**Teva Pharmaceutical Works Ltd.***
**Debrecen site**
13 Pallagi St.
Debrecen, H-4042, Hungary

**Sajobabony site**
Vegyipari Park (Industrial Area)
Sajobabony, H-3792,
P.O.Box 6, Hungary

**PLIVA Hrvatska d.o.o.***
**Savski Marof (SM) site**
Prudnicka Cesta 54
10291 Prigorje Brdovecko, Croatia

**PbF site**
Prilaz Baruna Filipovica 25
10000 Zagreb, Croatia

  PRODUCT CATALOGUE

**v1** 2015

# Disclaimer

*The information contained herein is the confidential and proprietary information of TEVA PHARMACEUTICAL INDUSTRIES LTD. and its affiliates. This information is provided to you solely for your evaluation, to determine your interest in a potential business relationship (the "Business Purpose") with TEVA PHARMACEUTICAL INDUSTRIES LTD and/or its affiliates. As a condition of receiving this information, including, but not limited to verbal information, you are obligated to maintain confidentiality about the information and not use it beyond the Business Purpose. No representations or guarantees whatsoever are intended to be given by TEVA PHARMACEUTICAL INDUSTRIES LTD.*

*Furthermore, no information in this catalog - including any reference to any product or service - constitutes an offer for sale, or be construed as representing an offer for sale. In particular, nothing in this catalog should be construed as a promotion or advertisement for any product, or for the use of any product, that infringes valid patents and/or is not authorized by the laws and regulations of your country of residence.*

