Exhibit 7

**Central Drugs Standard Control Organisation**
**Directorate General of Health Services**
**Ministry of Health & Family Welfare**

**Food and Drug Administration Bhawan**
**Kotla Road, New Delhi-110002**
Dated

**12 JUL 2016**

No.: 7-5/2013/EU/WC-0002

To

**M/s. Teva API India Ltd.,**
**A-2, A-2/1, A-2/2, UPSIDC Industrial Area-II,**
**Gajraula- 244 235, Distt. J.P. Nagar (U.P.)**

**SUB:- Written Confirmation of M/s. Teva API India Ltd., A-2, A-2/1, A-2/2, UPSIDC Industrial Area-II, Gajraula- 244 235, Distt. J.P. Nagar (U.P.) as per requirement of EU for import of active substances imported into the European Union (EU) for medicinal products for human use, in accordance with Article 46b(2)(b) of Directive 2001/83/EC from India-Reg.**

Sir,

Please refer to your application submitted to CDSCO, North Zone office and the recommendation received from DDC(I), North Zone, Ghaziabad, on the above noted subject.

Written Confirmation as required for active substances imported into the European Union (EU) for medicinal products for human use, in accordance with Article 46b(2)(b) of Directive 2001/83/EC from India is herewith granted subject to the following conditions:-

1. The Active Pharmaceutical Ingredients shall confirm to Good Manufacturing Practices mentioned in the EU directives or other equivalent (GMP of WHO/ICH Q7).

2. The manufacturer is subject to regular, strict and transparent controls and to the effective enforcement of Good Manufacturing Practice, including repeated and unannounced inspections, so as to ensure a protection of public health equivalent to that in the EU.

3. The manufacturer is required to follow the Guidance document for Issue of Written Confirmation as issued by CDSCO.

4. Written Confirmation shall be produced by the Authorized Exporter as and when required by the Drug Regulatory Authority.

5. The Written Confirmation will be withdrawn in the events of non compliance of Standards.

6. This Written Confirmation, unless it is sooner suspended or cancelled, shall be valid for a period of three years.

7. In the event of any Non Compliance observed during inspections conducted by Local or International Drug Authorities, the same shall be forwarded to this office within 7 days of receipt of report.

8. In the event of any drug found not of standard quality, the same shall be reported to this office within 7 days of receipt of report.

Please note that Written Confirmation issued is liable to be suspended / cancelled, if any of the conditions stipulated above are not complied with or in case of violation of the provisions of the Drugs & Cosmetics Act, 1940 and the Rules thereunder as the case may be.

Please acknowledge the receipt.

| Annexure No. | No. of Products | Date of issue | Valid up to |
|---|---|---|---|
| 1. | 16 | 12 JUL 2016 | 27/05/2019 |

Yours faithfully,

(Dr. G. N Singh)
**Drugs Controller General (India)**

**GOVERNMENT OF INDIA**
**MINISTRY OF HEALTH & FAMILY WELFARE**
**Central Drugs Standard Control Organization**

**CERTIFICATE NO. :**    **WC-0002**

**Written confirmation for active  substances imported into the European Union (EU) for medicinal products for human use, in accordance with Article 46b(2)(b) of Directive 2001/83/EC**

**1. Name and address of site:**    M/s. Teva API India Ltd.,
A-2, A-2/1, A-2/2, UPSIDC Industrial Area -II,
Gajraula-244 235,Dist.J.P.Nagar(U.P)

**2. Manufacturer's licence number**: 21 of 1994 & 11 SC/P of 1998

Regarding the manufacturing plant under (1) of the following Active substance(s) exported to the EU for medicinal products for human use

### As per List enclosed as Annexure-1

The issuing Regulatory Authority hereby confirms that:

The standards of good manufacturing practice applicable to this manufacturing plant are at least equivalent to those laid down in the EU(= GMP of WHO/ICH Q7);

The manufacturing plant is subject to regular, strict and transparent controls and to the effective enforcement of good manufacturing practice, including repeated and unannounced inspections, so as to ensure a protection of public health at least equivalent to that in the EU; and

In the event of findings relating to non-compliance, information on such findings is supplied by the exporting third country without delay to the EU.

**Date of Inspection of the plant**:    30th & 31st May, 2016

**The Written Confirmation remains valid until: 27th May, 2019**

The authenticity of this written confirmation may be verified with the issuing regulatory authority.

This written confirmation is without prejudice to the responsibilities of the manufacturer to ensure the quality of the medicinal product in accordance with Directive 2001/83/EC.

*Address of the issuing regulatory authority*: **Central Drugs Standard Control Organisation**
FDA Bhawan, Kotla Road,
New Delhi- 110 002, India

*Name and function of responsible person:*    Dr. G.N. Singh,
Drugs Controller General (India)

*E-mail:*    dci@nic.in,
*Telephone no.:*    +91-11-23236965
*Fax no.:*    +91-11-23236973

*Signature*

*Stamp of the authority and date*

1 2 JUL 2016



**GOVERNMENT OF INDIA**
**MINISTRY OF HEALTH & FAMILY WELFARE**
**Central Drugs Standard Control Organization**

**CERTIFICATE NO. :**

**Annexure-1**

**WC-0002**

**Written confirmation for active substances imported into the European Union (EU) for medicinal products for human use, in accordance with Article 46b(2)(b) of Directive 2001/83/EC**

**1. Name and address of site:**

M/s. Teva API India Ltd.,
A-2, A-2/1, A-2/2, UPSIDC Industrial Area -II,
Gajraula-244 235, Dist.J.P.Nagar(U.P)

**List of APIs:**

| S. No. | Active substance(s) | Activity(ies) |
|--------|---------------------|---------------|
| 1 | Famciclovir( IH) | Manufacturing & Packing |
| 2 | Fluvastatin Sodium (IH/USP) | Manufacturing & Packing |
| 3 | Olanzapine(IH/ USP) | Manufacturing & Packing |
| 4 | Irbesartan( IH/USP/EP) | Manufacturing & Packing |
| 5 | Montelukast Sodium(( IH) | Manufacturing & Packing |
| 6 | Quetiapine Fumarate( IH/USP) | Manufacturing & Packing |
| 7 | Diltiazem Hydrochloride(IH/USP/EP) | Manufacturing & Packing |
| 8 | Ezetimibe(IH) | Manufacturing & Packing |
| 9 | Sertraline Hydrochloride(IH/USP) | Manufacturing & Packing |
| 10 | Pioglitazone Hydrochloride(IH/USP) | Manufacturing & Packing |
| 11 | Valsartan(IH/USP/EP) | Manufacturing & Packing |
| 12 | Losartan Potassium(IH/USP) | Manufacturing & Packing |
| 13 | Pregabalin(IH/USP/EP) | Manufacturing & Packing |
| 14 | Atorvastatin Calcium(IH/USP) | Manufacturing & Packing |
| 15 | Caspofungin Acetate(IH) | Manufacturing & Packing |
| 16 | Eletriptan Hydrobromide (IH) | Manufacturing & Packing |

**ITEM(S) Sixteen (16) ONLY**

The Written Confirmation remains valid until: **27th May, 2019**

Signature

Stamp of the authority and the name

**12 JUL 2016**