## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                 **DATE:** December 11, 2019

JUDGE JOEL SCHNEIDER

**COURT REPORTER:** Carol Farrell

**TITLE OF CASE:**                                 **DOCKET NO. 19-md-2875 (RBK-JS)**
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Daniel Nigh, Esq. | Brian Rubenstein, Esq. |
| Ruben Honik, Esq. | Victoria Lockard, Esq. |
| Conlee Whitely, Esq. | Steve Harkins, Esq. |
| Layne Hilton, Esq. | Jessica Heinz, Esq. |
| Jorge Mestre, Esq. | Clem Treschler, Esq. |
| David Stanoch, Esq. | Frank Stoy, Esq. |
| Behram Parekh, Esq. | Joe Feretti, Esq. |
| George T. Williamson, Esq. | Rebecca Bazan, Esq. |
| | Janet Poletto, Esq. |
| | Brittney Nagle, Esq. |
| | Kirstin Ives, Esq. |
| | Sarah Johnston, Esq. |
| | David Sellinger, Esq. |
| | Jeffrey Geoppinger, Esq. |
| | Dlesci Davis, Esq. |
| | Ellie Norris, Esq. |
| | Michael Zogby, Esq. |

**NATURE OF PROCEEDINGS:**    Status Conference and Discovery Conference
In-Person Status Conference held on the record.
Oral Argument on discovery dispute (Doc. No. 310) held on the record.
Opinion of the Court read into the record.
Court orders removal of all but FDA redactions on "core" document and grants defendant's leave to redact irrelevant materials on other documents.
Order to be entered.
Oral Argument on discovery disputes (Doc. Nos. 306, 310, 311, 312) held on the record.

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
**Minutes of Proceedings**

Ordered applications granted in part and denied in part.
Order to be entered.

<u>s/Sarah Eckert</u>
**DEPUTY CLERK**

**TIME COMMENCED:** 10:05 a.m.          **TIME ADJOURNED:** 11:50 a.m.
**TIME COMMENCED:** 12:05 p.m.          **TIME ADJOURNED:**  1:25 p.m.
**TOTAL TIME:**  2 hours 5 minutes