IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

ORDER

The Court having issued its Oral Opinion on December 11, 2019, regarding defendants'[1] redaction of "core" documents; and this Order intending to confirm the Court's rulings; and for all the reasons stated by the Court,

IT IS HEREBY ORDERED this 11th day of December, 2019, that by January 31, 2020, defendants shall produce unredacted copies of all "core" discovery documents.  FDA's redactions to the documents shall be removed if defendants have custody, control or possession of a complete copy of the redacted document.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge

---

[1] References to "defendants" shall refer to the API and finished dose manufacturer defendants.