## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| | Civil No. 19-2875 (RBK-JS) |
| THIS DOCUMENT RELATES TO *ALL CASES* | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO NORTHWIND PHARMACEUTICALS, LLC

**WHEREAS** the Court entered Case Management Order No. 15, which provides a mechanism for certain defendants to obtain a without prejudice dismissal from all cases pending in this MDL alleging claims in connection with allegedly contaminated valsartan-containing drugs ("VCDs");

**WHEREAS** Northwind Pharmaceuticals, LLC having provided the information and documents required by Case Management Order No. 15, and having agreed to the tolling provisions therein;

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiffs Executive Committee and Northwind Pharmaceuticals, LLC that all current cases pending and all future cases to be filed in this MDL alleging claims against Northwind Pharmaceuticals, LLC in connection with allegedly contaminated VCDs be and hereby are dismissed without prejudice.

/s/ Marlene J. Goldenberg
Marlene J. Goldenberg
Goldenberg Law, PLLC
800 LaSalle Avenue
Suite 2150
Minneapolis, MN 55402

On behalf of Plaintiffs' Executive Committee


Dated: December 13, 2019

/s/ Nicole D. Galli
Nicole D. Galli
Law Offices of N.D. Galli LLC
2 Penn Center Plaza, Suite 910
1500 JFK Blvd
Philadelphia, PA 19102

On behalf of Peripheral Defendant
Northwind Pharmaceuticals, LLC


Dated: December 13, 2019