In re Valsartan N-Nitrosodimethylamine (NDMA) Contamination
Products Liability Litigation
MDL No. 2875

Exhibit B

**ZHP, Huahai US, Prinston, Solco, Syncores, and Prinbury Custodians**

| Name |
| --- |
| Min Li |
| Qiangming Li |
| Wenquan Zhu |
| Wenbin Chen |
| Jucai Ge |
| Baozhen (Jennifer) Chen |
| Wei Cheng |
| Yuelin Hu |
| Dongqin Wang |
| Peng Wang |
| Wei Chen |
| Wenling Zhang |
| Peng Dong |
| Liohng (Linda) Lin |
| Yanfeng (Lucy) Liu |
| Ting (Ada) Zhou |
| Ying (Miya) Xiong |
| Jie Wang |
| Minda Cai |
| Mi Xu |
| Sheng Zhong |
| Hongchao Li |
| Minli Zhang |
| Xiaoming Liu |
| Weiwei Xu |
| Min Xu |
| Min Hu |
| Gaozhe Zheng |
| Xiaodi Guo |
| Hai Wang |
| John Iozzia |
| Chris Keith |
| Remonda Gergis |
| Lijie Wang |

In re Valsartan N-Nitrosodimethylamine (NDMA) Contamination
Products Liability Litigation
MDL No. 2875

| Name |
| --- |
| David Ayres |
| Eric Tsai |
| Yun (Sophie) Tian |
| Tiyun (Tina) Liu |
| Taufaung (Alex) Liu |
| Eric Gu |
| An Jianguo |
| Huang Luning |
| Xianhua Zhang |
| Jin Yun |
| Xiaxia Kuang |
| Wei (Helena) Tong |
| Tian Zhang |
| Xiong Fe |
| Hongliang Wang |
| Yinhua Tang |
| Jian Ye |
| Wenping Hu |
| Chaohua Bao |
| Xiao Tan |
| Qiang Zhou |
| Tong Wu |
| Cunxiao (Jenson) Ye |
| Xiaohong Zhao |
| Meng Zheng |
| Y.F. Chen |
| Caifeng Zhao |
| Lijin Jiang |
| Xiaohui Zhou |
| Minfa Wang |
| Guangyu (Erin) Luo |
| Lesley Zhu |
| Guanping Hu |
| Youqing Zheng |
| Yuping Chen |
| Xiaoling Li |
| Nan Tong |

**In re Valsartan N-Nitrosodimethylamine (NDMA) Contamination
Products Liability Litigation
MDL No. 2875**

| Name |
|---|
| Chunmin Xu |
| Jun Du |
| Baohua Chen |
| Yong Chen |
| Hu Wang |
| Yanhua Meng |
| Zhizhang Ding |
| Fengfeng Yan |
| Zunjun Liang |
| Lingfang Wang |