In re Valsartan N-Nitrosodimethylamine (NDMA) Contamination
Products Liability Litigation
MDL No. 2875

**Exhibit C - Mylan Custodians**

| Last Name | First Name |
|---|---|
| Akula | Satish |
| Akula | Pulleswarara Rao |
| Alturi | Muralikrishna |
| Anabathula | Venkata |
| Basade | Imtiyaz |
| Bhadane | Sachinkumar |
| Bird | Cassandra |
| Carson | Jennifer |
| Gandy | Brian |
| Gomas | Antony |
| Indukuri | Jayababu |
| Jyothibasu | Abbineni |
| Kasbekar | Uday |
| Khambete | Makarand |
| Kimble | Ambica |
| Kolla | Naveenkumar |
| Koski | Eddie |
| Krishna Reddy | G. Chinni |
| Kumar | K. Sarat |
| Kumar | N. Anjani |
| Kumar | K. Naveen |
| Kupec | Kim |
| Lakshmi | Marayana |
| Lynn | Steve |
| Mahanti | Satish |
| Malki | Reem |
| Mandada | Sharat Babu |
| Medikonduri | Suresh |
| Molnar | Lance |
| Murthy | GNVSN |
| Mutode | Valentine |
| Nampally | Chandu |
| Noe | Okey |
| Owens | Walter |
| Paten | Chetan |
| Patil | Durvas |
| Plastina | Michael |
| Rajagopal | I. |
| Rao | TRK Jagannadha |
| Rao | Srinivasa |
| Rawjee | Yasir |
| Reddy | G. Narender |

**In re Valsartan N-Nitrosodimethylamine (NDMA) Contamination**
**Products Liability Litigation**
**MDL No. 2875**

**Exhibit C - Mylan Custodians**

| Last Name | First Name |
|---|---|
| Sethi | Madhuresh |
| Smith | Jeffrey |
| Srivinas | Vasireddy |
| Subrahmanyam | MVRBS |
| Talton | Wayne |
| Tamalampudi | Satya Balaji |
| Vaidya | Pradeep |
| Vandzura | Valerie |
| Varma | SVSJ Rama |
| Workman | Dave |