In re Valsartan N-Nitrosodimethylamine (NDMA) Contamination
Products Liability Litigation
MDL No. 2875

Exhibit D

**Teva Custodians**

| Name |
| --- |
| Barreto, Dan |
| Binsol, Tony |
| Bonilla, David |
| Chandrasekar, Rajesh |
| Clark, Napoleon |
| De Notaristefani, Caro |
| Delguadio, Joyce Ann |
| Delicato, Tony |
| DeVito, Joseph |
| Falken, Marc |
| Fluch, Joerg |
| Galownia, Kevin |
| Gatt, Elton |
| Gray, Elisabeth |
| Hess, Brian |
| Hatt, David |
| Karlsson, Stefan |
| Koleto, Christina |
| Korcia, Avi |
| Lyons, Claire |
| McBryan, Danny |
| Nassall, Jens |
| Nudelman, Raphael |
| Osmian, Michelle |
| Pastore, Jill |
| Pavlov, Kiril |
| Redmond, Michael |
| Sawyer, Corey |
| Segura, Jose Luis |
| Shwartz, Orit |
| Singh, Usha |
| Sualhi, Rana |
| Tomsky, Scott |
| Truemper, Constance |

**In re Valsartan N-Nitrosodimethylamine (NDMA) Contamination**
**Products Liability Litigation**
**MDL No. 2875**

| Name |
| --- |
| Vadsola, Narendra |
| Wang, Lijie |