**In re Valsartan N-Nitrosodimethylamine (NDMA) Contamination**
**Products Liability Litigation**
**MDL No. 2875**

**Exhibit E - Hetero USA Custodians**

| Last Name | First Name |
|---|---|
| Akula | Seshu |
| Chelak | William |
| Chigurupati | Raghu |
| Indukuri | Somaraju |
| Kankula | Rajesh |