**In re Valsartan N-Nitrosodimethylamine (NDMA) Contamination**
**Products Liability Litigation**
**MDL No. 2875**

**Exhibit F - Aurolife and Aurobindo USA Custodians**

| Last Name | First Name |
|---|---|
| Ale | Srinivasulu |
| Bheeminemi | Sudhir |
| Burns | Daniel |
| Chada | Krishna Reddy |
| Doshi | Bhadresh |
| Gorijavolu | Prasad |
| Gupta | Jasleen |
| Jackowski | Jeffrey |
| John | Blessy |
| Kota | Venkata |
| Lucas | Steve |
| Martinez | Sandra |
| Palew | David |
| Patel | Arpit |
| Shirshikar | Milind |