**In re Valsartan N-Nitrosodimethylamine (NDMA) Contamination**
**Products Liability Litigation**
**MDL No. 2875**

**Exhibit G - Torrent Custodians**

| Last Name | First Name |
|---|---|
| Agrawal | Vineet |
| Attinger | Bernadette |
| Chitty | Dawn |
| Gegenheimer | Kelly |
| Gorontla | Saroja |
| Jaiswal | Sushil |
| Panwar | Swati |
| Patel | Brijesh |
| Patel | Kalpesh |
| Perry | Sue |
| Prajyat | K |
| Reddy | Neravelta |
| Rivera | Jocelyn |
| Shah | Dhrumit |
| Shah | Dilkesh |
| Sheth | Paras |
| Shubham | J |
| Siddhaye | Anupama |

1