# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                    **DATE:** December 18, 2019

JUDGE JOEL SCHNEIDER

**COURT REPORTER:** Carol Farrell

**TITLE OF CASE:**                           **DOCKET NO.  19-md-2875 (RBK-JS)**
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**
FOR PLAINTIFFS**:**                          FOR DEFENDANTS:
Adam Slater, Esq.                            Seth Goldberg, Esq.
Ruben Honik, Esq.                            Brian Rubenstein, Esq.
Conlee Whitely, Esq.                         Victoria Lockard, Esq.
Behram Parekh, Esq.                          Clem Treschler, Esq.
David Stanoch, Esq.                          Robert Blanton, Esq.
                                             Frank Stoy, Esq.
                                             Andrew Caplan, Esq.
                                             Jeffrey Daniel Geoppinger, Esq.
                                             Ellie Norris, Esq.

**NATURE OF PROCEEDINGS:**     Status Conference
Telephone Status Conference held on the record.
Telephone Discovery Conference held on the record.
Order to be entered.

s/Sarah Eckert
**DEPUTY CLERK**

**TIME COMMENCED:** 11:07 a.m.
**TIME ADJOURNED:**  12:07 p.m.
**TO TAL TIME:** 1 hour