IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, and IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

ORDER

At the request of counsel; and good cause having been shown,

IT IS HEREBY ORDERED this 23rd day of December, 2019, that the December 31, 2019 deadline [Doc. No. 303 at 2] to produce and/or make available for plaintiffs' inspection all documents produced and/or made available to the FDA for its inspection during the FDA's inspections of defendants' API and finished dose manufacturing facilities, or produced or made available for inspection by the FDA concerning the Valsartan recall, is extended to January 31, 2020.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge