# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION | Hon. Robert B. Kugler |
| THIS DOCUMENT RELATES TO: *BESSIE R. BAKER v. Zhejiang Huahai Pharmaceutical Co., Ltd, et al.*; 1:19-cv-07159 | Civil No. 1:19-md-02875-RBK-JS |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER OF DISMISSAL

Plaintiff and Defendants hereby stipulate under Fed. R. Civ. P. 41(a)(1)(ii), that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party to bear its own attorneys' fees and costs.

Dated this 3rd day of January, 2020.

**WATTS GUERRA LLP**

/s/ *Paige Boldt*
Paige Boldt
NJ State Bar No. 52242013
5726 Hausman Rd. W., Ste. 119
San Antonio, Texas 78249
Telephone: 210.448.0500
Fax: 210.448.0501
Email: pboldt@wattsguerra.com

*Attorney for Plaintiff*

**DUANE MORRIS LLP**

s/ *Seth Goldberg*
Seth Goldberg
Jessica Priselac
30 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1175
Facsimile: (215) 689-2198
sagoldberg@duanemorris.com
jpriselac@duanemorris.com

*Defendants Liaison Counsel*

2

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated this ___ of January, 2020.

_____
HONORABLE ROBERT B. KUGLER
UNITED STATES DISTRICT JUDGE