# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: Valsartan, Losartan and Irbesartan Products Liability Litigation | Case No. 1:19-md-02875 |
| **THIS DOCUMENT RELATES TO:** | Honorable Robert B. Kugler |
| GLENN RODDEY, HELEN JOHNSON, ALICIA DEGRASIA and WILLIAM KOLACEK, on behalf of themselves and all others similarly situated, | Case No. 1:19-cv-12763 |
| Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| CAMBER PHARMACEUTICALS INC., HETERO USA INC., and LEGACY PHARMACEUTICAL PACKAGING, LLC, | |
| Defendants. | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance *pro hac vice* of Frank T. Spano of Polsinelli PC, located at 600 Third Avenue, 42nd Floor, New York, N.Y. 10016, in this matter on behalf of Defendant Legacy Pharmaceutical Packaging, LLC, and requests to be added to the CM/ECF system list in this case at **fspano@polsinelli.com**.

By entering this appearance, Defendant Legacy Pharmaceutical Packaging, LLC specifically preserves all defenses, including but not limited to service and personal jurisdiction, in any individual case in which it is named that is currently pending in this MDL.

Dated: New York, New York
January 3, 2020

Respectfully submitted,

POLSINELLI PC

- 2 -

By: */s/Frank T. Spano*
    FRANK T. SPANO (*pro hac vice*)
    fspano@polsinelli.com
    600 Third Avenue, 42nd Floor
    New York, NY 10016
    Tel. 212.684.0199
    Fax 212.684.0197

*Attorneys for Defendant Legacy Pharmaceutical Packaging, LLC*

- 2 -

71726549