# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: Valsartan, Losartan and Irbesartan Products Liability Litigation | Case No. 1:19-md-02875 |
| ***THIS DOCUMENT RELATES TO:*** | Honorable Robert B. Kugler |
| GLENN RODDEY, HELEN JOHNSON, ALICIA DEGRASIA and WILLIAM KOLACEK, on behalf of themselves and all others similarly situated,, | Case No. 1:19-cv-12763 |
| Plaintiffs, | **NOTICE OF RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| v. | |
| CAMBER PHARMACEUTICALS INC., HETERO USA INC., and LEGACY PHARMACEUTICAL PACKAGING, LLC, | Motion Day: February 3, 2020 |
| Defendants. | ORAL ARGUMENT REQUESTED |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Defendant Legacy Pharmaceutical Packaging, LLC ("Legacy") will move before the Honorable Robert B. Kugler, United States District Judge, on February 3, 2020, for an Order dismissing all claims against Legacy in this action for lack of personal jurisdiction.

Legacy makes its motion under Rule 12(b)(2) of the Federal Rules of Civil Procedure. In support of its motion, Legacy will rely on its separately filed Brief in Support of its Motion to Dismiss for lack of personal jurisdiction. *See* Local Civ. Rule 7.1(d)(1). A proposed order granting the motion is attached.

Dated: New York, New York	Respectfully submitted,
       January 3, 2020
                                         POLSINELLI PC

*By: /s/Frank T. Spano*
    FRANK T. SPANO (*pro hac vice*)
    JASON A. NAGI
    fspano@polsinelli.com
    jnagi@polsinelli.com
    600 3rd Avenue, 42nd Floor
    New York, NY 10016
    Tel. 212.684.0199
    Fax 212.684.0197

    BRITTON L. ST. ONGE (*pro hac vice*)
    bstonge@polsinelli.com
    100 S. Fourth St., Suite 1000
    St. Louis, MO 63102
    Tel. 314.889.7024
    Fax 314.231.1776

*Attorneys for Defendant Legacy Pharmaceutical Packaging, LLC*