# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: Valsartan, Losartan and Irbesartan Products Liability Litigation | Case No. 1:19-md-02875 |
| **THIS DOCUMENT RELATES TO:** | Honorable Robert B. Kugler |
| GLENN RODDEY, HELEN JOHNSON, ALICIA DEGRASIA and WILLIAM KOLACEK, on behalf of themselves and all others similarly situated, | Case No. 1:19-cv-12763 |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT LEGACY PHARMACEUTICAL PACKAGING LLC'S RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| v. | |
| CAMBER PHARMACEUTICALS INC., HETERO USA INC., and LEGACY PHARMACEUTICAL PACKAGING, LLC | |
| Defendants. | |

The Court, having considered Defendant Legacy Pharmaceutical Packaging, LLC's ("Legacy") Renewed Motion to Dismiss the Complaint for Lack of Personal Jurisdiction, and all briefing in support of and in opposition thereto, finds the Motion has merit and hereby GRANTS the Motion. Plaintiffs' claims in this action against Legacy are therefore DISMISSED for lack of personal jurisdiction.

IT IS SO ORDERED, this _____ day of _____, 2020.

_____
ROBERT B. KUGLER
United States District Judge