UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS
LIABILITY LITIGATION                                             MDL No. 2750

IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN
PRODUCTS LIABILITY LITIGATION
   Righteous, et al v. Mylan Pharmaceuticals, Inc., et al.,    )
      M.D. Louisiana, C.A. No. 3:19-00879                     )     MDL No. 2875

MDL No. 2750 CONDITIONAL TRANSFER ORDER (CTO-38)
WITH SEPARATION, REMAND AND
MDL No. 2875 CONDITIONAL TRANSFER ORDER (CTO-17)

On December 7, 2016, the Panel transferred 55 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See In re Invokana (Canagliflozin) Prods. Liab. Litig.*, 223 F. Supp. 3d 1345 (J.P.M.L. 2016). Since that time, 134 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Brian R. Martinotti.

On February 14, 2019, the Panel transferred 10 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See In re: Valsartan N-Nitrosodimethylamine (NDMA) Contamination Prods. Liab, Litig.*, 363 F.Supp.3d 1378 (J.P.M.L. 2019); *see also In re: Valsartan, Losartan, and Irbesartan Prods. Liab. Litig.*, MDL No1 2875, Doc. No. 401, Transfer Order, at 4 (renaming MDL No. 2875). Since that time, 50 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Robert B. Kugler.

It appears that the action on this conditional transfer order comprises claims relating to: (1) allegations of defects in Invokana, which are brought against defendants Janssen Pharmaceuticals, Johnson & Johnson Co., and Mitsubishi Tanabe Pharma Corp. and which involve common questions of fact with the previously transferred MDL No. 2750 actions; and (2) allegations of defects in generic valsartan, which are brought against defendants Mylan Pharmaceuticals, Inc., Mylan N.V., and Rite-Aid Headquarters Corporation, and which involve common questions of fact with the previously transferred MDL No. 2875 actions.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action is transferred under 28 U.S.C. §1407 to the District of New Jersey for the reasons stated in the order of December 7, 2016, and, with the consent of that court, assigned to the Honorable Brian R. Martinotti.

The claims in this action relating to alleged defects in generic valsartan brought against defendants Mylan Pharmaceuticals, Inc., Mylan N.V., and Rite-Aid Headquarters Corporation are hereby separated and simultaneously remanded under 28 U.S.C. § 1407(a), to the Middle District of Louisiana.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the resulting claims alleging defects in generic valsartan brought against defendants Mylan Pharmaceuticals, Inc., Mylan N.V., and Rite-Aid Headquarters Corporation are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of February 14, 2019, and, with the consent of that court, assigned to the Honorable Robert B. Kugler.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 13, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By _____
       Deputy Clerk