# EXHIBIT D

| Improperly-Filed Short Form Complaints | | |
|---|---|---|
| Plaintiff Name | Law Firm Name | Docket Number |
| WALTER DILBECK | Hansen, Kohls, Sommer & Jacob, LLP | 1:19-cv-15443 |
| DANIEL BAUER | Golden Law Office | 1:19-cv-14865 |
| GLENN BAYS | Golden Law Office | 1:19-cv-14869 |
| ANTHONY BROWNING | Golden Law Office | 1:19-cv-14872 |
| VIRGIE BUCKLEY | Golden Law Office | 1:19-cv-14884 |
| ALBERTA BURNS | Golden Law Office | 1:19-cv-14886 |
| STEVEN BUTCHER | Golden Law Office | 1:19-cv-14888 |
| MARCIA CANTRELL | Golden Law Office | 1:19-cv-14891 |
| CHERYL CAUDILL | Golden Law Office | 1:19-cv-14900 |
| SHERRI CLOYD | Golden Law Office | 1:19-cv-14906 |
| BOBBY COLE | Golden Law Office | 1:19-cv-14948 |
| ELIZABETH CORNETT | Golden Law Office | 1:19-cv-14950 |
| CHESTER DAVIDSON | Golden Law Office | 1:19-cv-14952 |
| LISA DEBORD | Golden Law Office | 1:19-cv-14960 |
| CAROL DUVALL | Golden Law Office | 1:19-cv-14971 |
| ALAN ERNEST | Golden Law Office | 1:19-cv-14974 |
| ROGER GIBSON | Golden Law Office | 1:19-cv-14986 |
| JUDY GRIFFITT | Golden Law Office | 1:19-cv-14990 |
| TALMADGE HALSEY | Golden Law Office | 1:19-cv-14995 |
| CLAYBORNE HAYES | Golden Law Office | 1:19-cv-15021 |
| LUCY HOLCOMB | Golden Law Office | 1:19-cv-15022 |
| PAUL HOWARD | Golden Law Office | 1:19-cv-15024 |

| Improperly-Filed Short Form Complaints |||
|---|---|---|
| **Plaintiff Name** | **Law Firm Name** | **Docket Number** |
| TONY JUSTICE | Golden Law Office | 1:19-cv-15025 |
| SUSAN MEFFORD | Golden Law Office | 1:19-cv-15039 |
| WILLIAM LOVE | Golden Law Office | 1:19-cv-15030 |
| JAMES MULLINS | Golden Law Office | 1:19-cv-15043 |
| LENNY NEEDY | Golden Law Office | 1:19-cv-15051 |
| MARION ODANIEL | Golden Law Office | 1:19-cv-15087 |
| DENNIS REBER | Golden Law Office | 1:19-cv-15101 |
| WILLIAM REYNOLDS | Golden Law Office | 1:19-cv-15132 |
| KIM THOMPSON | Golden Law Office | 1:19-cv-15135 |
| DARREN WILKERSON | Golden Law Office | 1:19-cv-15140 |
| JOE DURBIN | Golden Law Office | 1:19-cv-15183 |
| JOYCELYN STEVENS | THE BEASLEY FIRM, LLC | 1:19-cv-15711 |
| KEN WISEMAN | THE BEASLEY FIRM, LLC | 1:19-cv-15548 |
| CHRISTOPHER BREAUX | Capitelli & Wicker | 1:19-cv-19151 |
| JESSIE HAM | Hollis Law Firm, P.A. | 1:19-cv-19585 |
| HUNTER NEALY | The Cochran Firm- Dothan, PC | 1:19-cv-19609 |
| MELANIE BRODEN | Oliver Law Group P.C. | 1:19-cv-18121 |
| RACHAEL HOLLINGSHEAD | Barron & Budd PC | 1:19-cv-15336 |
| JAMES TOWNSEND | Gilman & Pastor, LLP | 1:19-cv-18407 |
| MIKHAIL LEIMBERG | Colson Hicks Edison | 1:19-cv-19967 |
| SUSAN GUITON | Kirtland & Packard LLP | 1:19-cv-07145 |
| ALBERT LEE | Golden Law Office | 1:19-cv-15027 |
| KAREN MEADE | Kirtland & Packard LLP | 1:19-cv-15351 |

| Improperly-Filed Short Form Complaints | | |
|---|---|---|
| **Plaintiff Name** | **Law Firm Name** | **Docket Number** |
| TERRI STINE | Axley Brynelson LLP | 1:19-cv-20214 |
| KATHY EDWARDS | The Corchran Firm | 1:19-cv-20842 |
| NATALIE CORTEZ | Powell & Roman, LLC | 1:19-cv-17454 |
| MICHAEL SVEBEK | Davis & Crump | 1:19-cv-20609 |
| DAVID LOOSE | Cohen Placitella & Roth, PC<br>Hendler Flores Law, PLLC | 1:19-cv-21327 |

| Plaintiffs Who Failed to File a Timely SFC | | | |
|---|---|---|---|
| **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **SFC Deadline** |
| CHARLESTON PITTMAN | John D. Sileo | 1:19-cv-15638 | 9/19/2019 |
| ROBERT BARBOZA | O'Donnell Law Firm | 1:19-cv-06838 | 9/19/2019 |
| BETTY HEBERT | Damon J. Baldone & Associates | 1:19-cv-14647 | 9/19/2019 |
| AMANDA LOU BABIN | Damon J. Baldone & Associates | 1:19-cv-14649 | 9/19/2019 |
| DAVID NUNNALLY | Law Offices of Kenneth W. DeJean | 1:19-cv-15764 | 9/19/2019 |
| BRYANT BROOKS | Law Offices of Kenneth W. DeJean | 1:19-cv-15768 | 9/19/2019 |
| THERESE FOUGERE | Law Offices of Pius A. Obioha & Associates | 1:19-cv-17597 | 10/4/2019 |
| BEVERLY PATTON | McGrail & Associates | 1:19-cv-17609 | 10/4/2019 |
| DAVID STANO | Gennusa Piacun & Ruli | 1:19-cv-18080 | 10/18/2019 |