# EXHIBIT E

**Duane Morris®**

| | | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | SETH A. GOLDBERG | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 215 979 1175 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 215 689 2198 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* SAGoldberg@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

December 2, 2019

VIA EMAIL TO VALPEC@KIRTLANDPACKARD.COM

| | |
|---|---|
| Ruben Honik, Esq. | Daniel Nigh, Esq. |
| David Stanoch, Esq. | Levin Papantonio Thomas Mitchell |
| Golomb & Honik, P.C. | Rafferty & Proctor, P.A. |
| | |
| Adam Slater, Esq. | Conlee Whiteley, Esq. |
| Mazie Slater Katz & Freeman, LLC | Kanner & Whiteley, LLC |

Re: *In re Valsartan Products Liability Litigation*, Civ. No. 19-md-2875 (D.N.J.)
     Facility and Testing Information

Counsel:

    Pursuant to the Court's November 25, 2019 Order (Dkt. 303), Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP") and Prinston Pharmaceutical Co. ("Prinston") provide the following information:

### I.    Identification of Facilities

    As disclosed in a letter to Plaintiffs dated September 16, 2019, ZHP manufactures valsartan API at its Chuannan facility, located at Coastal Industrial Zone, Duqiao, Linhai, Zhejiang, 317016, China; and valsartan finished dose products at its Xunqiao facility located at Linhai, Zhejiang, 317024, China. ZHP began manufacturing valsartan API at the Chuannan facility in 2007, and began manufacturing valsartan finished dose at the Xunqiao facility in 2015.

### II.    Identification of Testing

    The types of testing performed during the valsartan API and finished dose manufacturing processes are identified in Prinston's ANDAs and ZHP's DMF in the documents that begin with the following Bates numbers:

# DuaneMorris

December 2, 2019
Page 2

**ANDA 204821:**

PRINSTON00020754, PRINSTON00020496, PRINSTON00020500, PRINSTON00020504, PRINSTON00020717, PRINSTON00020722, PRINSTON00020726, PRINSTON00020730, PRINSTON00022317,  PRINSTON00033450.

**ANDA 206083:**

PRINSTON00039378, PRINSTON00079310, PRINSTON00079329, PRINSTON00039337, PRINSTON00039341, PRINSTON00039345, PRINSTON00039349, PRINSTON00039354, PRINSTON00039359,  PRINSTON00039362.

**DMF 023491:**

PRINSTON00009342, PRINSTON00017627, PRINSTON00018280, PRINSTON00009363, PRINSTON00010648, PRINSTON00010903, PRINSTON00009782, PRINSTON00011393, PRINSTON00018695, PRINSTON00010529.

**DMF 020939:**

PRINSTON00078435, PRINSTON00078548, PRINSTON00078700.

In providing this information, ZHP and Prinston expressly reserve all objections to discoverability and admissibility—including their objections to the scope of testing relevant to the issues in these actions—as well as all defenses, jurisdictional or otherwise.

Very truly yours,

*/s/ Seth A. Goldberg*

Seth A. Goldberg

cc: Jessica Priselac (jpriselac@duanemorris.com)
Lori G. Cohen (cohenl@gtlaw.com)
Clem C. Trischler (cct@pietragallo.com)
Jessica M. Heinz (Jheinz@c-wlaw.com)
Janet L. Poletto (jpoletto@hkmpp.com)
Alexia Brancato (alexia.brancato@kirkland.com)