# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| **In re: Valsartan NDMA Products Liability Litigation** | : : : : : : : : | **Civil Action No. 1:19-cv-15636-RBK-JS** |
| **This Document Applies to Barney Miller, Plaintiff** | | **MDL No. -02875 (RBK/JS)** |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

Plaintiff and Defendants hereby stipulate under Federal Rule of Civil Procedure 41(a)(l)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated this 14th day of January 2020.

/s/ *Ellen A. Presby*_____
Ellen A. Presby
Brady D. Williams
Van Wey, Presby & Williams, P.L.L.C.
12720 Hillcrest Road, Suite 600
Dallas, TX 75230
Telephone: (214) 329-1350
Facsimile: (800) 582-1042
Email: courtfilings@vanweylaw.com
*Attorneys for Plaintiff*


/s/ *Seth Goldberg*_____
Seth Goldberg
Jessica Priselac
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1175
Facsimile: (215) 689-2198
Email: sagoldberg@duanemorris.com
Email: jpriselac@duanemorris.com
*Attorneys for Defendant*

1

## **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(l)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated this 14th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE