[C.A. No. 19-14891, Doc. No. 4]
[C.A. No. 19-15043, Doc. No. 6]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, and IRBESARTAN PRODUCTS LIABILITY LITIGATION** | Master No. 19-2875 (RBK/JS)<br><br>Civil No. 19-14891(RBK/JS)<br><br>Civil No. 19-15043(RBK/JS) |

ORDER

This matter is before the Court on the Motions to Withdraw [C.A. No. 19-14891, Doc. No. 4; C.A. No. 19-15043, Doc. No. 6] filed by counsel for these plaintiffs, the Golden Law Office and its attorneys; and the Court noting that unless other counsel is substituted, withdrawal of counsel requires leave of court (McDaniel v. Daiichi Sankyo, Inc., 343 F. Supp. 3d 427, 430 (D.N.J.2018)); and the Court further noting that good cause must be shown in order to grant a motion to withdraw (id.); and the Court further nothing that pursuant to R.P.C. 1.16(b)(1) a lawyer may not withdraw unless "withdrawal can be accomplished without material adverse effect on the interests of the client"; and the Court further noting that counsel's bare- bones motion provides no facts or basis for the Court to determine whether counsel's motion should be granted; and accordingly,

IT IS HEREBY ORDERED this 16th day of January, 2020, that the Motions to Withdraw filed by the Golden Law Office and its attorneys are DENIED.

                                                          s/ Joel Schneider
                                                          JOEL SCHNEIDER
                                                          United States Magistrate Judge