IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

ORDER

The Court having conducted a conference call with the parties on January 15, 2020; and this Order intending to confirm the Court's rulings reflected in the transcript of the proceedings; and accordingly,

IT IS HEREBY ORDERED this 16th day of January, 2020, as follows:

1. All case management and discovery issues regarding the expansion of this MDL that now includes Losartan and Irbesartan will be addressed during the afternoon in-person conference on January 28, 2020.

2. Unless the Court is informed in writing by January 27, 2020 that the Court may terminate the multiple motions for extensions of time filed by the Golden Law Office, Laraclay Parker, Esquire, shall appear in-person at the January 28, 2020 conference to address the firm's motions.

3. The following topics will be addressed at the January 28, 2020 conference, amongst others: plaintiffs' requests for documents directed to the non-manufacturer defendants; Fact Sheets for the manufacturer defendants; and Mandarin translation issues; and it is further

ORDERED that by January 27, 2020, the law firms listed on Exhibit D to defendants' January 14, 2020 status letter [Doc. No. 338] shall file their Short Form Complaint with MDL Centrality.

If plaintiffs' counsel does not timely comply with this Order, Orders to Show Cause will be directed to plaintiffs' counsel; and it is further

ORDERED that by January 27, 2020, the law firms listed on Exhibit D to defendants' January 14, 2020 status letter [Doc. No. 338] shall file their Short Form Complaints. If the law firms do not timely comply with this Order, Orders to Show Cause will be directed to these law firms; and it is further

ORDERED that plaintiffs' counsel is granted leave to file with the Court an application to strike defendants' Confidentiality designations; and it is further

ORDERED that to the extent there is any ambiguity (the Court not believing there is any) regarding the Court's April 29, 2019 Order [Doc. No. 88] requiring defendants to produce to plaintiffs within seven (7) days after it sends to the FDA, or receives from the FDA, communications regarding the listed topics, the Court makes it clear that the Order is intended to cover communications sent to or received by defendants' agents and representatives, including defendants' consultants and law firms; and it is further

ORDERED the Court shall be notified if any defendant does not timely comply with the seven (7) day service requirement in the foregoing Order; and it is further

ORDERED that plaintiffs' request that defendants provide lists of all testing is DENIED.  The parties shall continue to meet and confer about the issue.

<u>s/ Joel Schneider</u>
JOEL SCHNEIDER
United States Magistrate Judge
