# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN AND IRBESARTAN | No. 1:19md2875-RBK<br>Hon. Robert Kugler<br>Hon. Joel Schneider |

**NOTICE OF COMPLETED SERVICE OF PROCESS
PURUSANT TO THE HAGUE CONVENTION ON
<u>DEFENDANT MYLAN LABS LIMITED AND HETERO DRUGS LIMITED</u>**

The undersigned hereby certify that service of process, pursuant to the Hague Convention, has been completed and perfected upon the following two foreign entities:

- Mylan Labs Limited (located in India) was formally served a copy of the *Tack* personal injury case (*Tack et al v. Zhejiang Huahai Pharmaceutical Co., Ltd. et al.*, Case No. 1:19-cv-07460) by the Indian judicial system on September 7, 2019. A copy of the certification of service from the Indian authorities is attached at Exhibit 1.

- Hetero Drugs (located in India) was served a copy of the *Longwell* economic loss consumer class action complaint (*Longwell v. Camber Pharmaceuticals, et al.,* Case No. 1:18-cv-12339) by the Indian judicial system on September 5, 2019. A copy of the certification of service from the Indian authorities is attached at Exhibit 2.

Dated: January 17, 2010                    Respectfully Submitted,

*/s/ Ruben Honik*                          /*s/ Adam Slater*
Ruben Honik                                Adam Slater
Golomb & Honik                             Mazie Slater
1835 Market Street, Ste. 2900              103 Eisenhower Pkwy, 2nd Flr.
Philadelphia, PA 19103                     Roseland, NJ 07068

1

Phone (215) 985-9177
rhonik@golombhonik.com

*/s/ Daniel Nigh*
Daniel Nigh
Levin, Papantonio
316 South Baylen Street
Pensacola, FL 32502
Phone: (850) 435-7013
dnigh@levinlaw.com

Phone (973) 228-9898
aslater@mazieslater.com

*/s/ Conlee Whiteley*
Conlee Whiteley
Kanner & Whiteley, LLC
701 Camp Street
New Orleans, LA 70130
Phone: (504)-524-5777
c.whiteley@kanner-law.com

*Proposed Co-Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing was served this 17th day of January, 2020, on all counsel of record via the CM/ECF system of the United States District Court for the District of New Jersey.

<em>/s/ Layne Hilton</em><br>Layne Hilton