# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☑ **1. that the document has been served*** served
que la demande a été exécutée*

| – the (date) / le (date): | 07th September, 2019 |
|---|---|
| – at (place, street, number):<br>à (localité, rue, numéro) : | at the given address |

– **in one of the following methods authorised by Article 5:**
dans une des formes suivantes prévues à l'article 5 :

☑ a) **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention***
selon les formes légales (article 5, alinéa premier, lettre *a)*)*

☐ b) **in accordance with the following particular method*:**
selon la forme particulière suivante* :

☐ c) **by delivery to the addressee, if he accepts it voluntarily***
par remise simple*

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:**<br>Identité et qualité de la personne : | Mr. B. Saibaba |
|---|---|
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | on behalf of company |

☐ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants* :

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

***Annexes** / Annexes*

| **Documents returned:**<br>Pièces renvoyées : | |
|---|---|
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| **Done at** / Fait à | **Signature and/or stamp**<br>Signature et / ou cachet  Central Authority<br>Ministry of Law & Justice<br>Govt. of India, New Delhi  07/1-19 |
|---|---|
| **The** / le | |

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

34 3864/2019

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Hage, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Indentité et adresse du requérant*<br><br>L. Celeste Ingalls**<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon 97205<br>USA<br>Email: Lci@foreignservices.com<br>Fax Number: 1-503-222-3950 | Address of receiving authority<br>*Adrese de l'autorité destinataire*<br><br>The Ministry of Law and Justice<br>4th Floor, A-Wing, Shastri Bhavan,<br>110 001 New Delhi<br>India<br>T + 91 (11) 23387557 F + 91 (11) 23384241 |
|---|---|

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savior: (identité et adresse)*

**Mylan Laboratories, Ltd.**
**Plot No, 564/A/22**
**Road No. 92**
**Jubilee Hills 500034**
**Hyderabad, India**

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
   ~~*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*~~

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
   ~~*c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Executed "Summary" (2 pages)
Summons in a Civil Action
First Amended Complaint

Done at Portland, Oregon, USA, the __29__ day of __May__, 2019.
*Fait à Portland, Oregon, USA, le...*

**Signature and/or stamp.**
*Signature et/ou cachet*


L. Celeste Ingalls


OFFICIAL STAMP
LYLE CELESTE INGALLS
NOTARY PUBLIC-OREGON
COMMISSION NO. 971979
MY COMMISSION EXPIRES MARCH 04, 2022

\* Delete if inappropriate
   *Rayer les mentions inutiles*
\*\* Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, Public Law 97-462

S. No. 2172/19
Name. Narsing Rao
Returnable Date. 13/9

(Sd)

SUPERINTENDENT
Central Nazarath
City Civil Court
Hyderabad

Recived notiny
With copeys on,
Hearoff Mylan lab ltd
Belchor

B. Saibaba
07/09/2019.
DHO. 30866666

**SERVED REPORT**

A Narsingrao Process Server City Civil Court, Hyderabad Solemnly, affirm State on oath as follows. That I have received the order / Notice / Summons / for service on 4/9 and proceeded on the address given here & served the order / Notices / Summons along with copies to the person concerned i.e. on 07/09/19 Hence served.

Received by Inward Clerk

PROCESS SERVED

Swarn and Signed before me

SUPERINTENDENT
Central Nazrath Section
City Civil Court, Hyderabad