| FORM – B/SERVICE REPORT | | Receipt No. 343872/2019 |
|---|---|---|
| |  | F. No. 12(409)/2019-Judl. |

**GOVERNMENT OF INDIA**
**MINISTRY OF LAW & JUSTICE**
**DEPARTMENT OF LEGAL AFFAIRS**
[Judicial Section]
**********

☎: 011-23384945
✉: judicial-dla@gov.in

Room No. 439- A,
4th Floor, A- Wing, Shastri Bhawan,
New Delhi, Dated 24th October, 2019

Sub.: <u>Request for legal assistance in Service of summon/notice/documents on the respondent: Hetero Drugs Limited</u>

The report from the concerned court has been received in the matter which states that the documents

| ☑ | have been served appropriately |
|---|---|
| ☐ | ~~have not been served~~ |

2. Accordingly the duly filled Certificate as specified in the Mandatory Form of the Hague Convention of 15th November, 1965 in Civil and Commercial matters is enclosed along with all the documents for information of the under mentioned foreign authority.

Enclosed: As above

<u>Assistant Legal Adviser</u>      <u>Section Officer</u>

07.11.19

24/10/19

05/XI

To,

Layne Hilton, Esq.
Kenner & Whiteley, LLC
701 Camp Street
New Orleans, LA 70130, U.S.A.

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR
# EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant<br>Layne Hilton, Esq., "Counsel of Record"<br>Kenner & Whiteley, LLC<br>701 Camp Street<br>New Orleans, LA 70130<br>USA<br>tel: + 1(504)-524-5777<br><br>"Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, Public Law 97-462" | Address of receiving authority<br>Adresse de l'autorité destinataire<br>Central Authority<br>The Ministry of Law and Justice<br>Department of Legal Affairs<br>Room No. 439-A, 4th Floor A-Wing, Shastri Bhavan<br>New Delhi, 110 001 India<br>Tel: +91 (11) 2338 7557 |
|---|---|

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)
Hetero Drugs Limited
7-2-A2, Hetero Corporate Industrial Estates,
Sanath Nagar, Hyderabad -500 018
Teleganga, India

| ☒ | a) | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre *a*))* |
|---|---|---|
| ☐ | b) | **in accordance with the following particular method (sub-paragraph *b*) of the first paragraph of Article 5)\*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre *b*)\* :<br>_____ |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\***<br>le cas échéant, par remise simple (article 5, alinéa 2)\* |

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

*List of documents* / *Énumération des pièces*

- Executed " Request" in duplicate; Executed " Summary" in duplicate; Un-executed "Certificate" in duplicate
- "Summons" in duplicate; "Class Action Complaint" in duplicate

\* if appropriate / s'il y a lieu

| **Done at** / Fait à New Orleans, LA,<br><br>**The** / le  30th  day of May, 2019<br>"Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, Public Law 97-462" | **Signature and/or stamp**<br>Signature et / ou cachet<br><br>*[signature]* |
|---|---|

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☑ 1. that the document has been served*
que la demande a été exécutée*

| — the (date) / le (date): | 5th September, 2019 |
|---|---|
| — at (place, street, number):<br>à (localité, rue, numéro) : | at the given address |

— in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☑ a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a))*

☐ b) in accordance with the following particular method*:
selon la forme particulière suivante* :

☐ c) by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person:<br>Identité et qualité de la personne : | M.V. Rupani |
|---|---|
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | Clerk of the said company |

☐ 2. that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants*:

5. Insert facts/reasons why the document has not been served

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes* / Annexes

| Documents returned:<br>Pièces renvoyées : | Insert a list of the documents that are being returned |
|---|---|
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | Insert a list of the documents that establish that service has been effected |

* if appropriate / s'il y a lieu

| Done at / Fait à  Insert the location where you signed the Certificate<br><br>The / le  Insert the date on which you signed the Request (spelt out in full) | Signature and/or stamp<br>Signature et / ou cachet  02·11·19<br>Central Authority<br>Ministry of Law & Justice<br>Govt. of India, New Delhi |
|---|---|

Permanent Bureau July 2017

S. No. 2170/19
Name: H.P. Reddy PS
Returnable Date: 6/9

SUPERINTENDENT
Central Nazarath
City Civil Court
Hyderabad

Received Notice/Summons with Copies

M.V. Rupan
05/09/19

040-[stamp: Hetero Corporate Hyderabad-18]-23/24/25
040-23704923/24/25

Report

I H.P. Reddy PS ccc Hyd Solminlly Affrim State oath as follows that I went to the given office on 5/9/19 at the time I went to the Given office the said office inward clerk present and Received the Notice/Summons.

Hence Endorsment given by the said office Inward clerk. Hence Notice Served.

H.P. Reddy PS

Sworn and Signed before me
SUPERINTENDENT
Central Nazrath Section
City Civil Court, Hyderabad

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
Hetero Drugs Limited
7-2-A2, Hetero Corporate Industrial Estates,
Sanath Nagar, Hyderabad -500 018
Teleganga, India

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Please see Summons page for that important information: In the United States District Court for the District of Massachusetts.

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965
(article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Layne Hilton, Esq., "Counsel of Record"<br>Kenner & Whiteley, LLC<br>701 Camp Street<br>New Orleans, LA 70130<br>USA<br>tel: + 1(504)-524-5777<br><br>"Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, Public Law 97-462" |
| **Particulars of the parties*:**<br>Identité des parties* : | Plaintiff: VERONICA LONGWELL, Individually and on behalf of all others similarly situated<br><br>Vs.<br><br>Defendants: CAMBER PHARMACEUTICALS, INC., ET AL.<br><br>Civil Action No: 1:18-CV-12339-FDS |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

| | |
|---|---|
| ☒ **JUDICIAL DOCUMENT**\*\*<br>ACTE JUDICIAIRE\*\* | |

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | The Legal Classification of the documents are a Summons and Civil Action Complaint and its purpose is to notify the Defendants that a legal action is being commenced in the United States District Court for the District of Massachusetts |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | The nature and purpose of the proceedings are in order to demand judgment against the Defendants as indicated within the Civil Action Complaint. |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | Please see Summons for details. You are required to answer this action or If you dispute this action, you or your attorney must file a written answer or motion and proof of service with the clerk of the court listed above within 21 days from the date you received this Summons, not counting the date you received it. See Summons for details |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | \*\*\*\*Deleted\*\*\*\* |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | \*\*\*\*Deleted\*\*\*\* |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | Please see Summons for details. You are required to answer this action or If you dispute this action, you or your attorney must file a written answer or motion and proof of service with the clerk of the court listed above within 21 days from the date you received this Summons, not counting the date you received it. See Summons for details |

Permanent Bureau July 2017

** if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT****
ACTE EXTRAJUDICIAIRE**

| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | ****Deleted**** |
|---|---|
| **Time-limits stated in the document**:**<br>Indication des délais figurant dans l'acte** : | ****Deleted**** |

** if appropriate / s'il y a lieu

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VERONICA LONGWELL<br>*Plaintiff*<br>v.<br>CAMBER PHARMACEUTICALS, INC., ET AL.<br>*Defendant* | Civil Action No.: 1:18–CV–12339–FDS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Hetero Drugs Limited
7-2-A2, Hetero Corporate
Industrial Estates, Sanath Nagar
Hyderabad - 500 018.
Teleganga, INDIA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Layne Hilton
Kanner & Whiteley, LLC
701 Camp Street
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT M. FARRELL
*CLERK OF COURT*

/s/ – Taylor Halley
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2018–12–07 11:46:43.0, Clerk USDC DMA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VERONICA LONGWELL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMBER PHARMACEUTICALS, INC.<br>-and-<br>HETERO USA INC.<br>-and-<br>HETERO DRUGS, LIMITED.<br><br>Defendants. | Civil Action No.: 1:18-CV-12339<br><br>**Jury Trial Demanded**<br><br>**Complaint-Class Action** |

## CLASS ACTION COMPLAINT

Plaintiff Veronica Longwell ("Plaintiff"), individually and on behalf of all others similarly situated, brings this action against Camber Pharmaceuticals, Inc. ("Camber"), Hetero USA Inc. ("Hetero USA"), and Hetero Drugs, Limited. ("Hetero") (collectively, "Defendants"). Plaintiff's allegations are based upon personal knowledge, the investigation of counsel, and information and belief.

### I.  INTRODUCTION

1.   Plaintiff brings this action on behalf of herself and hundreds of thousands of other Valsartan consumers who paid for Defendants' generic Valsartan that was adulterated through its contamination with an IARC- and EPA-listed probable human carcinogen known as N-nitrosodimethylamine ("NDMA").

2.   At all times during the period alleged herein, Defendants represented and warranted to consumers that their generic Valsartan products were therapeutically equivalent to and otherwise the same as brand DIOVAN®, were otherwise fit for their ordinary uses, and were otherwise manufactured and distributed in accordance with applicable laws and regulations.