# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN            **DATE:** January 15, 2020

JUDGE JOEL SCHNEIDER

**COURT REPORTER:** E.C.R.

**TITLE OF CASE:**            **DOCKET NO.** 19-md-2875 (RBK-JS)
IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Daniel Nigh, Esq. | Brian Rubenstein, Esq. |
| Conlee Whitely, Esq. | Victoria Lockard, Esq. |
| Layne Hilton, Esq. | Jessica Heinz, Esq. |
| David Stanoch, Esq. | Clem Treschler, Esq. |
| Behram Parekh, Esq. | Sarah Johnston, Esq. |
| George T. Williamson, Esq. | David Sellinger, Esq. |
|  | Jeffrey Geoppinger, Esq. |
|  | Britton St. Onge, Esq. |
|  | Ellie Norris, Esq. |
|  | Andrew Kaplan, Esq. |
|  | Jonathan D. Janow, Esq. |
|  | Matthew Knepper, Esq. |
|  | Kristen Richer, Esq. |

**NATURE OF PROCEEDINGS:** Telephone Discovery Conference
Oral Argument on letters re: discovery disputes (Doc. Nos. 338 and 339) held on the record.
Ordered applications granted in part and denied in part.
Order to be entered.

                                        s/Sarah Eckert
                                        **DEPUTY CLERK**

**TIME COMMENCED:** 4:03 p.m.
**TIME ADJOURNED:** 5:19 p.m.
**TOTAL TIME:** 1 hour 16 minutes