

# GOLOMB & HONIK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

1835 Market Street
Suite 2900
Philadelphia, PA 19103
Phone: 215-985-9177
Fax: 215-985-4169
www.golombhonik.com

**David J. Stanoch**
dstanoch@golombhonik.com

January 22, 2020

**VIA EMAIL**

Hon. Joel Schneider
United States District Court
 for the District of New Jersey
U.S. Courthouse, 4th & Cooper Streets
Camden, NJ 08101

      Re:    MDL No. 2875 (Valsartan, Losartan, and Irbesartan Products Liability Litigation)

Dear Judge Schneider:

      Your Honor's January 16, 2020 Order (ECF 342) asked that the Court be informed by January 27, 2020 whether it may terminate the multiple motions for extensions of time filed by the Golden Law Office in various individual valsartan personal injury actions. The undersigned, in his capacity as liaison counsel to plaintiffs' counsel, has conferred with Attorney Laraclay Parker at the Golden Law Office. Ms. Parker reports that the various motions for extension of time were filed prior to several Defendants entering an appearance in the records and full operation of the Centrality portal for service of short-form complaints. Ms. Parker further reports that her office has since filed short-form complaints in each individual case number, and that her office is properly uploading those short-form complaints through Centrality this week to properly accomplish service. Accordingly, both Ms. Parker and Plaintiffs' Leadership believe the Court may terminate the multiple motions for extension of time in the individual matters filed by the Golden Law Office. Ms. Parker respectfully requests that the motions be terminated without prejudice.

      In light of the foregoing, it does not appear that Ms. Parker's presence should be necessary at the January 28, 2020 case management conference. However, Ms. Parker is available to attend in-person if the Court still so requires.

Respectfully,

David J. Stanoch
***GOLOMB & HONIK***

cc:    Lead Plaintiffs' Counsel (via email)
       Lead Defense Counsel (via email)
       Laraclay Parker, Esq. (via email)

So Ordered this 22nd day of January, 2020
/s/ Joel Schneider
JOEL SCHNEIDER, USMJ

→ Ms. Parker is hereby excused from the Court Order requiring her Appearance at the January 28, 2020 Conference.