**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |

### AGENDA FOR JANUARY 28, 2020 CASE MANAGEMENT CONFERENCE

The parties hereby submit this joint agenda in advance of the January 28, 2020 Case Management Conference:

1. Expansion of the MDL & MDL Management
2. Direct Filing Order
3. Legacy Pharmaceuticals Motion to Dismiss
4. Downstream Defendant Discovery
    a. Document Requests
    b. Defendant Fact Sheets
5. Defendant Fact Sheets for Manufacturers
6. Show Cause Process for Delinquent Plaintiffs
7. Defendants' Leadership Structure
8. Challenges to Confidentiality Designations
9. Product Preservation
10. Core Discovery
11. ESI Update
12. Status of Service on Hetero Drugs, Ltd., Hetero Labs, Ltd., and Aurobindo Pharma, Ltd.

Dated: January 24, 2020

/s/ *Adam M. Slater*
Adam M. Slater, Esquire
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ 07068
Tel: 973-228-9898
Fax: 973-228-0303
Email: aslater@mazieslater.com

/s/ *Seth A. Goldberg*
Seth A. Goldberg
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
Tel: 215-979-1175
Fax: 215-689-2198
Email: sagoldberg@duanemorris.com