**Layne Hilton**

| | |
|---|---|
| **From:** | Jessica Heinz <JHeinz@c-wlaw.com> |
| **Sent:** | Friday, January 24, 2020 9:56 AM |
| **To:** | Layne Hilton |
| **Cc:** | 'valpec@kirtlandpackard.com'; 'Goldberg, Seth A.'; 'Waleko, Alexandra'; 'JPriselac@duanemorris.com'; 'CohenL@gtlaw.com'; 'rubensteinb@gtlaw.com'; 'harkinss@gtlaw.com'; 'CCT@pietragallo.com'; 'JMR@pietragallo.com'; 'Nagle, Brittney <bee.nagle@kirkland.com> (bee.nagle@kirkland.com)'; 'alexia.brancato@kirkland.com'; 'BASchwartz@duanemorris.com'; 'rblanton@hkmpp.com'; 'Poletto, Janet L.'; 'Megan.Grossman@lewisbrisbois.com'; 'Andy Albero (Andrew.Albero@lewisbrisbois.com)'; 'Frank H. Stoy'; 'dlesli.davis@nortonrosefulbright.com'; 'AKaplan@crowell.com'; 'Johnston, Sarah'; 'Knepper, Matt <Matt.Knepper@huschblackwell.com> (Matt.Knepper@huschblackwell.com)' |
| **Subject:** | RE: In re Valsartan (Aurobindo Pill Preservation) |

Layne,

I have confirmed with my clients that no recalled products have been destroyed.

Sincerely,
Jessica

**JESSICA M. HEINZ** | Partner

**CIPRIANI & WERNER PC**

450 SENTRY PARKWAY, SUITE 200 | BLUE BELL, PA 19422
(610) 567-0700 (MAIN)    |    www.c-wlaw.com
(610) 862-1929 (DIRECT) |    jheinz@c-wlaw.com

PENNSYLVANIA   •   NEW JERSEY   •   WEST VIRGINIA   •   DELAWARE   •   MARYLAND   •   WASHINGTON DC   •   NEW YORK   •   VIRGINIA

\* CONFIDENTIALITY NOTICE \*

This message is intended for the use of the individual or entity to whom and/or which it is addressed, and may contain information that is privileged, confidential, and prohibited from disclosure under either federal or state law, or court order. If you are not the intended recipient, or authorized agent of the intended recipient, of this electronic communication is strictly prohibited. If you have received this communication in error, please immediately delete this message and all its attachments and notify the sender of your receipt by reply email.

---

**From:** Layne Hilton <l.hilton@kanner-law.com>
**Sent:** Thursday, January 23, 2020 7:59 PM
**To:** Jessica Heinz <JHeinz@c-wlaw.com>
**Cc:** 'valpec@kirtlandpackard.com' <valpec@kirtlandpackard.com>; 'Goldberg, Seth A.' <SAGoldberg@duanemorris.com>; 'Waleko, Alexandra' <AWaleko@duanemorris.com>; 'JPriselac@duanemorris.com' <JPriselac@duanemorris.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>; 'rubensteinb@gtlaw.com' <rubensteinb@gtlaw.com>; 'harkinss@gtlaw.com' <harkinss@gtlaw.com>; 'CCT@pietragallo.com' <CCT@pietragallo.com>; 'JMR@pietragallo.com' <JMR@pietragallo.com>; 'Nagle, Brittney <bee.nagle@kirkland.com> (bee.nagle@kirkland.com)' <bee.nagle@kirkland.com>; 'alexia.brancato@kirkland.com' <alexia.brancato@kirkland.com>; 'BASchwartz@duanemorris.com' <BASchwartz@duanemorris.com>;

'rblanton@hkmpp.com' <rblanton@hkmpp.com>; 'Poletto, Janet L.' <JPoletto@hkmpp.com>; Jessica Heinz <JHeinz@c-wlaw.com>; 'Megan.Grossman@lewisbrisbois.com' <Megan.Grossman@lewisbrisbois.com>; 'Andy Albero (Andrew.Albero@lewisbrisbois.com)' <Andrew.Albero@lewisbrisbois.com>; 'Frank H. Stoy' <FHS@Pietragallo.com>; 'dlesli.davis@nortonrosefulbright.com' <dlesli.davis@nortonrosefulbright.com>; 'AKaplan@crowell.com' <AKaplan@crowell.com>; 'Johnston, Sarah' <Sarah.Johnston@btlaw.com>; 'Knepper, Matt <Matt.Knepper@huschblackwell.com> (Matt.Knepper@huschblackwell.com)' <Matt.Knepper@huschblackwell.com>
**Subject:** In re Valsartan (Aurobindo Pill Preservation)

Counsel:

We write further to Plaintiffs' request for recalled pill preservation.

Plaintiffs seek confirmation about whether Aurobindo has destroyed any recalled product that was returned to it by its consignees pursuant to the FDA recall, or already located in Aurobindo's possession at the time of the recall.

As of January 3, 2020, Aurobindo stated it has received 87,135 units of recalled product from consignees. *See* Auro-MDL 2875-0079242. It remains unclear whether any of these recalled units have been destroyed. Aurobindo indicated on March 12, 2019, that it intended to destroy product "after obtaining confirmation from the FDA." *See* Auro-MDL 2875-0021308. However, no such confirmation was produced in core discovery.

Consequently, Plaintiffs request confirmation that either a) no recalled products have been destroyed as of today, January 23, 2020, or b) Aurobindo has destroyed some quantity of recalled product in its possession, custody or control.

If Aurobindo did, indeed, destroy any number of the recalled bottles in Aurobindo's possession, custody or control, Plaintiffs further request a date certain by which Aurobindo will produce documents sufficient to identify the following: lot, batch, NDC number, destruction date and witnesses to that destruction for all destroyed product, as well as documents sufficient to show the lot, batch, and NDC code of the undestroyed product currently in Aurobindo's possession, or in the possession of consignees such as, but not limited to, Defendants McKesson, AmerisourceBergen and Cardinal and others.

Please provide the above information by close of business on Monday, January 27, 2020.

Best,

Layne

Layne Hilton
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
(504) 524-5777 voice
(504) 524-5763 fax
www.kanner-law.com

_____
THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE. _____

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.