| | |
|---|---|
| **From:** | remonda.gergis@huahaipharmus.com |
| **Sent:** | Wednesday, November 20, 2019 4:03 AM |
| **To:** | 'Moore, Maggie' <Maggie.moore@STERICYCLE.com> |
| **Cc:** | 'Hai Wang' <hai.wang@solcohealthcare.com>; 'David Ayres' <david.ayres@solcohealthcare.com> |
| **Subject:** | FW: 2768 Valsartan/8282 Irbesartan - Destruction Schedule |

Per FDA, please move forward.  See below
Thanks,
Remonda

**From:** ORA PHARM1 RECALLS <orapharm1recalls@fda.hhs.gov>
**Sent:** Wednesday, November 20, 2019 9:15 AM
**To:** remonda.gergis@huahaipharmus.com; ORA PHARM1 RECALLS <orapharm1recalls@fda.hhs.gov>
**Subject:** RE: 2768 Valsartan/8282 Irbesartan - Destruction Schedule

Hello Remonda,

Please move forward.

Please be sure to provide destruction information and a close out report once the action is completed.

Thank you for your patience.

Regards


**Lisa Mathew**
*Recall Coordinator*

**Division of Pharmaceutical Quality Operations I**
**Office of Regulatory Affairs**
**U.S. Food and Drug Administration**
T: 973-331-4917
F: 973-331-4969

*Division of Pharmaceutical Quality Operations I: CT; DC; DE; MA; MD; ME; NH; NJ; NY; PA; RI; VA; VT; WV*

orapharm1recalls@fda.hhs.gov

