**Layne Hilton**

| | |
|---|---|
| **From:** | Layne Hilton |
| **Sent:** | Friday, January 17, 2020 3:35 PM |
| **To:** | 'sgoldberg@duanemorris.com'; JPriselac@duanemorris.com |
| **Cc:** | Valsartan ESI-Discovery Committee (ValESI-Disc@kirtlandpackard.com); 'Goldberg, Seth A.'; 'Waleko, Alexandra'; 'JPriselac@duanemorris.com'; 'CohenL@gtlaw.com'; 'rubensteinb@gtlaw.com'; 'harkinss@gtlaw.com'; 'CCT@pietragallo.com'; 'JMR@pietragallo.com'; 'Nagle, Brittney <bee.nagle@kirkland.com> (bee.nagle@kirkland.com)'; 'alexia.brancato@kirkland.com'; 'BASchwartz@duanemorris.com'; 'rblanton@hkmpp.com'; 'Poletto, Janet L.'; 'JHeinz@c-wlaw.com'; 'Megan.Grossman@lewisbrisbois.com'; 'Andy Albero (Andrew.Albero@lewisbrisbois.com)'; 'Frank H. Stoy'; 'dlesli.davis@nortonrosefulbright.com'; 'AKaplan@crowell.com'; 'Johnston, Sarah'; Knepper, Matt <Matt.Knepper@huschblackwell.com> (Matt.Knepper@huschblackwell.com) |
| **Subject:** | In re Valsartan (ZHP Correspondence with the FDA) |

Counsel:

Plaintiffs write regarding Defendants' ongoing compliance with the Core Discovery Order (D.E. 88).

The last piece of correspondence with the FDA produced by Defendant ZHP is a September 4, 2019, letter from the FDA regarding ████████████████████████████████████████████████████████ *See* PRINSTON0079006.  The letter indicated that ZHP was to "reply to this letter in writing by September 25, 2019." *Id*. However, no such reply was ever produced.

Plaintiffs request that Defendant ZHP either 1) certify that this September 4, 2019 letter is the last piece of correspondence exchanged with the FDA as of today, or 2) immediately produce all subsequent correspondence by Wednesday, January 22, 2020, allowing Plaintiffs sufficient opportunity to review the production prior to the January Case Management Conference.

Should no production (or certification of completeness) be provided, Plaintiffs will have no choice but to inform the Court about Defendant ZHP's noncompliance with D.E. 88, as Plaintiffs were ordered to do.  *See* D.E. 342 ("…the Court shall be notified if any defendant does not timely comply with the seven (7) day service requirement in the [core discovery order]").

Best,

Layne

Layne Hilton
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA  70130
(504) 524-5777 voice
(504) 524-5763  fax
www.kanner-law.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY

ALL COPIES OF THE ORIGINAL MESSAGE. _____