## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: Valsartan, Losartan and Irbesartan Products Liability Litigation | Case No. 1:19-md-02875 |
| ***THIS DOCUMENT RELATES TO:*** | Honorable Robert B. Kugler |
| GLENN RODDEY, HELEN JOHNSON, ALICIA DEGRASIA and WILLIAM KOLACEK, on behalf of themselves and all others similarly situated, | Case No. 1:19-cv-12763 |
| Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| CAMBER PHARMACEUTICALS INC., HETERO USA INC., and LEGACY PHARMACEUTICAL PACKAGING, LLC, | |
| Defendants. | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance *pro hac vice* of Britton St. St. Onge of Polsinelli PC, located at 100 S. Fourth St., Suite 1000, St. Louis, MO 63102, in this matter on behalf of Defendant Legacy Pharmaceutical Packaging, LLC, and requests to be added to the CM/ECF system list in this case at **bstonge@polsinelli.com**.

By entering this appearance, Defendant Legacy Pharmaceutical Packaging, LLC specifically preserves all defenses, including but not limited to service and personal jurisdiction, in any individual case in which it is named that is currently pending in this MDL.

Dated:      St. Louis, Missouri      Respectfully submitted,
               January 27, 2020

                                      POLSINELLI PC

*By: /s/Britton St. Onge*
    BRITTON L. ST. ONGE (*pro hac vice*)
    bstonge@polsinelli.com
    100 S. Fourth St., Suite 1000
    St. Louis, MO 63102
    Tel. 314.889.7024
    Fax 314.231.1776

*Attorneys for Defendant Legacy Pharmaceutical Packaging, LLC*

71767435