# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION | Hon. Robert B. Kugler |
| THIS DOCUMENT RELATES TO:<br><br>*MICHAEL SLAVICH v. Zhejiang Huahai Pharmaceutical Co., Ltd, et al.;* 1:19-cv-07148 | Civil No. 1:19-md-02875-RBK-JS |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## AND ORDER OF DISMISSAL

Plaintiff and Defendants hereby stipulate under Fed. R. Civ. P. 41(a)(1)(ii), that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party to bear its own attorneys' fees and costs.

Dated this 27th day of January, 2020.

| | |
|---|---|
| **WATTS GUERRA LLP** | **DUANE MORRIS LLP** |
| /s/ *Paige Boldt* | /s/ *Seth Goldberg* |
| Paige Boldt | Seth Goldberg |
| NJ State Bar No. 52242013 | Jessica Priselac |
| 5726 Hausman Rd. W., Ste. 119 | 30 South 17th Street |
| San Antonio, Texas 78249 | Philadelphia, PA 19103 |
| Telephone: 210.448.0500 | Telephone: (215) 979-1175 |
| Fax: 210.448.0501 | Facsimile: (215) 689-2198 |
| Email: pboldt@wattsguerra.com | sagoldberg@duanemorris.com |
| | jpriselac@duanemorris.com |
| *Attorney for Plaintiff* | *Defendants Liaison Counsel* |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated this __ of January, 2020.

                                                                                                         _____
                                                                                                          HONORABLE ROBERT B. KUGLER
                                                                                                         UNITED STATES DISTRICT JUDGE