# EXHIBIT P

| Improperly-Filed Short Form Complaints | | |
|---|---|---|
| **Plaintiff Name** | **Law Firm Name** | **Docket Number** |
| JOYCELYN STEVENS | THE BEASLEY FIRM, LLC | 1:19-cv-15711 |
| KEN WISEMAN | THE BEASLEY FIRM, LLC | 1:19-cv-15548 |
| CHRISTOPHER BREAUX | Capitelli & Wicker | 1:19-cv-19151 |
| JESSIE HAM | Hollis Law Firm, P.A. | 1:19-cv-19585 |
| HUNTER NEALY | The Cochran Firm- Dothan, PC | 1:19-cv-19609 |
| MELANIE BRODEN | Oliver Law Group P.C. | 1:19-cv-18121 |
| JAMES TOWNSEND | Gilman & Pastor, LLP | 1:19-cv-18407 |

| Plaintiffs Who Failed to File a Timely SFC | | | |
|---|---|---|---|
| **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **SFC Deadline** |
| CHARLESTON PITTMAN | John D. Sileo | 1:19-cv-15638 | 9/19/2019 |
| BETTY HEBERT | Damon J. Baldone & Associates | 1:19-cv-14647 | 9/19/2019 |
| AMANDA LOU BABIN | Damon J. Baldone & Associates | 1:19-cv-14649 | 9/19/2019 |
| THERESE FOUGERE | Law Offices of Pius A. Obioha & Associates | 1:19-cv-17597 | 10/4/2019 |
| BEVERLY PATTON | McGrail & Associates | 1:19-cv-17609 | 10/4/2019 |
| DAVID STANO | Gennusa Piacun & Ruli | 1:19-cv-18080 | 10/18/2019 |