# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** January 28, 2020

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** E.C.R.

**TITLE OF CASE:**

**DOCKET NO. 19-md-2875 (RBK-JS)**

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Daniel Nigh, Esq. | Barbara Schwartz, Esq. |
| Rubin Honik, Esq. | Brian Rubenstein, Esq. |
| Conlee Whitely, Esq. | Steve Harkins, Esq. |
| Layne Hilton, Esq. | Jessica Heinz, Esq. |
| David Stanoch, Esq. | Andrew Albero, Esq. |
| Behram Parekh, Esq. | Beth Rose Esq. |
| | Sarah Johnston, Esq. |
| | Kristen Richer, Esq. |
| | Geoffrey Coan, Esq. |
| | Andrew Kaplan, Esq. |
| | Janet Poletto, Esq. |
| | Clem Treschler, Esq. |
| | Jason Reefer, Esq. |
| | Brittney Nagle, Esq. |
| | Kristen Ives, Esq. |
| | Ellie Norris, Esq. |
| | D'Lesi Davis, Esq. |
| | Jeffrey Geoppinger, Esq. |
| | Matthew Knepper, Esq. |
| | Michael Zogby, Esq. |
| | Britton St. Onge, Esq. |
| | Jonathan D. Janow, Esq. |

**NATURE OF PROCEEDINGS:** Status Conference
In-Person Status Conference held on the record.
Order to be entered.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**Minutes of Proceedings**

s/Sarah Eckert
**DEPUTY CLERK**

**TIME COMMENCED:** 10:04 a.m.
**TIME ADJOURNED:** 12:27 p.m.
**TOTAL TIME:** 2 hours 23 minutes