# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICANAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>RICHARD O'NEILL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SOLCO HEALTHCARE U.S., LLC, ET AL.,<br><br>    Defendants. | Civil Action No. 1:19-md-2875 (RBK/JS)<br><br><br><br><br><br><br><br>Civil Action No. 1:18-cv-14840-RBK-JS |

## NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES

Please take notice that, effective January 02, 2020, Rex A. Sharp P.A. and the Law Offices of George A. Barton, P.C. merged into Sharp Barton, LLP. Please update your records to reflect the new firm name and email addresses for Plaintiffs' counsel as shown in the signature block below. The mailing address and phone numbers remain the same.

    Respectfully submitted,

    /s/ *George A. Barton*
    Stacy A. Burrows, Co. Bar No. 49199
    George A. Barton, Mo. Bar No. 26249
    Sharp Barton, LLP
    7227 Metcalf Avenue, Suite 301
    Overland Park, KS 66204
    (913) 563-6250

Fax: (913) 563-6259
stacy@sharpbarton.com
george@sharpbarton.com

**ATTORNEYS FOR THE PLAINTIFF RICHARD O'NEILL**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 29, 2020 the foregoing was e-filed with by using the Court's CM/ECF System, which sent notification of such filing to all counsel of record.

*/s/ George A. Barton*_____
George A. Barton