UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THE ESTATE OF LARRY BROCK<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD.; TEVA PHARMACEUTICALS USA, INC.; GOLDEN STATE MEDICAL SUPPLY, INC.; and DOES 1 THROUGH 100 | United States District Court for the Eastern District of Arkansas<br><br>Case No. 4:19-CV-00538-JM |

## **NOTICE OF APPEARANCE**

Comes now James M. Simpson and the firm of Friday, Eldredge & Clark and hereby enter their Notice of Appearance as attorney for separate Defendants Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.

    Respectfully submitted,

    James M. Simpson, Ark. Bar No. 77125
    FRIDAY, ELDREDGE & CLARK, LLP
    400 West Capitol, Suite 2000
    Little Rock, AR 72201-3522
    501-370-1520 - Telephone
    501-376-2147 - Facsimile
    simpson@fridayfirm.com - Email

    By:   /s/ James M. Simpson
           James M. Simpson