IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, and IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

ORDER

The Court having held a status and discovery conference with the parties on January 28, 2020; and this Order intending to confirm the Court's rulings; and for all the reasons stated by the Court on the record,

IT IS HEREBY ORDERED this 30th day of January, 2020 as follows:

1. By no later than February 18, 2020, plaintiffs shall advise the Court of the date responses are due to the pleading(s) served pursuant to the Hague Convention and if timely responses have been served.

2. After consulting with the objecting parties, by no later than February 18, 2020, plaintiffs shall serve the Court with a proposed Amended Direct Filing Order referencing the Losartan and Irbesartan cases.  It is not necessary to include the objecting parties' proposed WHEREAS clauses.  It is understood and agreed the Order will be entered without prejudice to defendants' right to assert all appropriate defenses, including but not limited to, personal jurisdiction and venue.

3. To the extent not already done, Sarah Johnston, Esquire is appointed as liaison counsel for the retailer/pharmacy-dispenser defendants.  Jeffrey D. Geoppinger, Esquire is appointed as liaison counsel for the wholesaler/distributor defendants.  These defense groups

    shall meet and confer regarding a cost-sharing arrangement to appropriately compensate counsel for their Court-appointed liaison work. Counsel shall inform the Court if they cannot agree on an equitable arrangement.

4. By the next in-person conference set on February 26, 2020, the Court expects to finalize the non-manufacturing defendants' Fact Sheets and plaintiffs' requests for production.

5. With reference to the dispute concerning plaintiffs' proposed Fact Sheets directed to defendants, defendants shall answer questions directed to the product identification issue. At this time, answers only have to be provided for the named class action plaintiffs and twenty (20) representative individual personal injury plaintiffs. Plaintiffs shall identify the twenty (20) representative plaintiffs. Prior to answering plaintiffs' questions, plaintiffs shall produce to defendants all relevant product identification information within their possession, custody and control. The parties shall continue to meet and confer regarding the wording of the questions to be answered.

6. The law firms listed in Exhibit P to defendants' January 27, 2020 letter [Doc. No. 353] shall file Short Form complaints in accordance with the Court's Order and all applicable procedural requirements.

7. By February 10, 2020, defendants shall file their letter brief regarding the parties' dispute as to defendants' confidentiality designations. Plaintiffs shall respond by February 17, 2020.

8. At defendants' request, the deadline for defendants to produce communications with the FDA set forth in the Court's April 29, 2019 Order at ¶7 [Doc. No. 88] is extended to fourteen (14) days from the date of the communication rather than seven (7) days.

9. All Mandarin translation issues and ESI disputes shall be raised with the Court in time to be addressed at the February 26, 2020 conference.

10. Due to the Court holiday on February 12, 2020, the next scheduled conference call with Magistrate Judge Schneider is set on February 13, 2020 at 4:00 p.m.  The next scheduled in person conference is set on February 26, 2020 at 10:00 a.m. in Courtroom 3C.  The March phone and in-person conferences are scheduled on March 11 and 25, 2020, respectively.

                              s/ Joel Schneider
                              JOEL SCHNEIDER
                              United States Magistrate Judge