Eric I. Abraham (eabraham@hillwallack.com)
HILL WALLACK LLP
21 Roszel Road
Princeton, New Jersey 08540
Telephone: (609) 924-0808

*Attorneys for Defendants Hetero Labs Limited and Hetero Drugs Limited*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Cases | MDL NO.: 2875<br><br>Civil Action No.: 19-2875-RBK-JS |

## ENTRY OF APPEARANCE

The undersigned hereby enters an appearance in the above matter on behalf of defendants Hetero Labs Limited and Hetero Drugs Limited.

Respectfully submitted,<br>
**HILL WALLACK LLP**<br><br>
By:   */s/ Eric I. Abraham*<br>
     ERIC I. ABRAHAM<br>
     21 Roszel Road<br>
     Princeton, New Jersey 08540<br>
     (609) 924-0808

Dated: February 6, 2020

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Entry of Appearance was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

February 6, 2020                          */s/ Eric I. Abraham*
Date                                       ERIC I. ABRAHAM