# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Hon. Robert B. Kugler |
| This Document Relates to: *All Actions* | Civil No. 1:19-md-2875-RBK-JS |

## NOTICE OF APPEARANCE

TO:   CLERK, UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF NEW JERSEY

Kindly enter the appearance of Clem C. Trischler of Pietragallo Gordon Alfano Bosick & Raspanti, LLP, for Defendant Mylan Laboratories Ltd. By entering an appearance on the Master Docket, this Defendant does not waive and specifically preserves all defenses, including, but not limited to, venue, service, and personal jurisdiction in any individual case that is currently pending in this MDL or that subsequently may become part of this MDL.

Dated: February 10, 2020

Respectfully submitted,

*s/ Clem C. Trischler*
Clem C. Trischler
PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816 Telephone
412-263-2001 Facsimile
cct@pietragallo.com

*Attorney for Mylan Laboratories Ltd.*

## CERTIFICATE OF SERVICE

I certify that on February 10, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court and forwarded electronically to all counsel of record via the CM/ECF system.

*s/ Clem C. Trischler*
Clem C. Trischler
