**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Hon. Robert B. Kugler<br><br>Civil No. 1:19-md-2875-RBK-JS |

## AFFIDAVIT

TO:   CLERK, UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF NEW JERSEY

Due to the Court's acknowledged technical difficulties and ongoing outage with respect to the CM/ECF system, and after numerous attempts over multiple days, I have been unable to electronically file the attached Notice of Appearance. Therefore, I would ask that you kindly file the attached Notice of Appearance of Clem C. Trischler of Pietragallo Gordon Alfano Bosick & Raspanti, LLP, on behalf of Defendant *Mylan Laboratories Ltd.* only.

Dated: February 10, 2020

Respectfully submitted,

*s/ Clem C. Trischler*
Clem C. Trischler
PIETRAGALLO GORDON ALFANO BOSICK &
    RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-1816 Telephone
412-263-2001 Facsimile
cct@pietragallo.com

*Attorney for Mylan Laboratories Ltd.*