THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| In re: Valsartan NDMA Products Liability Litigation : | Civil Action No. 1:19-cv-06838-RBK-JS |
| This Document Applies to Robert P. Barboza, et al, : Plaintiffs | MDL No. 02875 (RBK/JS) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER OF DISMISSAL**

Plaintiffs and Defendants hereby stipulate under Federal Rule of Civil Procedure 41(a)(l)(ii) that this action be dismissed **WITHOUT PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs, as the Plaintiffs will proceed under the action that has been commenced under Case Number 1:20-cv-00709-RBK-JS.

Dated this 11th day of February, 2020.

/s/*Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
Martin, Harding & Mazzotti
1222 Troy-Schenectady Road, PO Box 15141
Albany, NY  12212
Tel: (518) 862-1200
Fax: (518) 389-6679
Email:rrbvalsartan@1800law1010.com


*/s/Kathleen M. O'Donnell*
Kathleen M. O'Donnell
O'Donnell Law Firm
327 Gorham Street
Lowell, MA  01852
Tel: 978-221-5333
Fax: 978-221-5320
Email: kathy@kmodlaw.com
*Attorneys for Plaintiff*

*/s/ Seth Goldberg*
Seth Goldberg
Jessica Priselac
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1175
Facsimile: (215) 689-2198
Email: sagoldberg@duanemorris.com
Email: jpriselac@duanemorris.com
*Defendants' Liaison Counsel*

1

## **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(l)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs as the Plaintiffs will proceed under the action that has been commenced under Case Number 1:20-cv-00709-RBK-JS. The Clerk is directed to close this file.

Dated this ___ day of February, 2020.

_____
JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE