UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: February 13, 2020

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:**   ECR

**TITLE OF CASE:**           **DOCKET NO.:** 19-md-2875 (RBK)(JS)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
FOR PLAINTIFFS**:**                     FOR DEFENDANTS:
Adam Slater, Esq.                     Seth Goldberg, Esq.
Daniel Nigh, Esq.                     Brian Rubenstein, Esq.
Ruben Honik, Esq.                    Jessica Heinz, Esq.
Conlee Whiteley, Esq.               Jeffrey Geoppinger, Esq.
George T. Williamson, Esq.      Jonathan Janow, Esq.
                                                    Kristen Richer, Esq.
                                                    Eric Abraham, Esq.

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

**DISPOSITION:**
Telephone status conference held on the record.
Order to be entered.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced:   3:58p.m.     Time Adjourned: 4:30p.m.     Total Time in Court: 0:32