**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**ROBERT B. KUGLER**
UNITED STATES DISTRICT JUDGE

MITCHELL H. COHEN U.S. COURTHOUSE
1 JOHN F. GERRY PLAZA, ROOM 6040
CAMDEN, NJ 08101
856.757.5019

*Via ECF*                                                                                        19 February 2020

J. Alex Watkins, Esq.
Capitelli & Wicker
1100 Polydras Street, Suite 2950
New Orleans, LA 70163

Re:

| **Valsartan N-Nitrosodimethylamine Products Liability Litigation** | **Master Case MDL No. 2875** |
|---|---|
| **Breaux et al. v. Torrent Pharma, Inc. et al.** | **Docket No. 19-cv-19151** |
| | Hon. Robert B. Kugler, U.S.D.J. |
| | Hon. Joel Schneider, U.S.M.J. |

Dear Mr. Watkins:

   Your motion to dismiss Docket No. 19-cv-19151 (ECF Doc. 3) is procedurally deficient. Please file **EITHER** one of the following two submissions:

1.  A <u>stipulation of dismissal</u> under Fed. R. Civ. P. 41(a)(1(ii), which states:

    *"Plaintiffs and Defendants hereby stipulate under Fed. R. Civ. P. 41(a)(1(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party to bear its own attorneys' fees and costs.*
    *Dated:*

    *Plaintiffs' Attorneys Firm Name*                          *Defendants' Attorneys Firm Name*
    _____ (Signature)                         _____ (Signature)
    *Address and Telephone*                                    *Address and Telephone*
    *Attorney for Plaintiff*                                   *Attorney for Defendant*

   **OR**

2.  File a <u>motion for a court order</u> under Fed. R. Civ. Pr. 41(a) (2).

                                                                                        Very truly yours,

                                                                                        s/ Robert B. Kugler
                                                                                        Robert B. Kugler
                                                                                        United States District Judge