# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION** | Hon. Robert B. Kugler<br><br>Civil Action No. 1:19-md-02875 |
| *This Document Relates to:*<br>*Stimma v. Torrent Pharma, Inc., et al.*, Case No. 1:18-cv-14318;<br>*Roberts v. Torrent Pharma, Inc., et al.*, Case No. 1:18-cv-16075;<br>*Sanders v. Torrent Pharma, Inc., et al.*, Case No. 1:19-cv-01017 | |

## NOTICE OF APPEARANCE

To the Clerk of Court:

Brittney Nagle hereby enters an appearance in this MDL on behalf of Defendants Torrent Pharma, Inc., Torrent Private Limited and Torrent Pharmaceuticals, Ltd. ("Torrent") on this Court's MDL master docket, and requests to be added to the CM/ECF system list in this matter at the following email address: bee.nagle@kirkland.com.  I have been admitted *pro hac vice* in this Court for this matter pursuant to MDL Case Management Order No. 1 [Dkt. 5].

By entering an appearance, Torrent does not waive any defenses, and specifically preserves all defenses related to service and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: February 19, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Brittney Nagle*
　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――――

Brittney Nagle
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel:　212-446-4800
Fax:　212-446-4900
bee.nagle@kirkland.com

*Attorney for Torrent Pharma, Inc. and Torrent Pharmaceuticals, Ltd.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2020, I electronically filed the foregoing Notice of Appearance with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Brittney Nagle*

Brittney Nagle
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel:   212-446-4800
Fax:   212-446-4900
bee.nagle@kirkland.com

*Attorney for Torrent Pharma, Inc. and Torrent Pharmaceuticals, Ltd.*