IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | CIVIL NO. 19-2875 (RBK/JS) |
| | Honorable Robert B. Kugler District Court Judge |
| *This Document relates to*: | |
| PATRICIA ANN WITTE, et al. | Honorable Joe Schneider Magistrate Judge |
| vs. | NOTICE OF DISMISSAL |
| ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., et al. | Civil Action No.: 1:19-cv-16971 |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, PATRICIA ANN WITTE, *individually and as representative of the* ESTATE

OF LAURENCE JOSEPH WITTE JR., *deceased*, TREY WITTE and KERRIE KATHLEEN

STEGER, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give

notice of their voluntary dismissal of all claims asserted against Aurobindo Pharma USA, Inc. and

Aurolife Pharma LLC, without prejudice, in the above-entitled matter.

Specifically, Rule 41 (a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its

claims without prejudice and without a Court Order by notice at any time prior to the Defendants

filing an Answer or moving for summary judgment. As of the filing of this Notice, no Defendant

has filed an Answer in this action. In light thereof, Plaintiffs assert that voluntary dismissal by

notice alone is appropriate under Rule 41 (a)(1)(A)(i).

Respectfully submitted,

**MATÍAS J. ADROGUÉ,**
PROFESSIONAL LIMITED LIABILITY COMPANY

By:    /s/ Matías J. Adrogué

Matías J. Adrogué
**Attorney-In-Charge**
State Bar No. 24012192
Southern District ID. 30647
1629 West Alabama St.
Houston, TX 77006
Telephone: (713) 425-7270
Fax: (713) 425-7271
service@mjalawyer.com

**ATTORNEY-IN-CHARGE**


**OF COUNSEL:**

Leila M. El-Hakam
State Bar No.24007147
Southern District ID. 665005
**Matías J. Adrogué, PLLC**
1629 West Alabama St.
Houston, TX 77006
Telephone: (713) 425-7270
Fax: (713) 425-7271
Email:  lme@mjalawyer.com

Zeinab K. Zahid
State Bar No.24105648
Southern District ID. 3182117
**Matías J. Adrogué, PLLC**
1629 West Alabama St.
Houston, TX 77006
Telephone: (713) 425-7270
Fax: (713) 425-7271
Email:  service/@mjalawyer.com