IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, and IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

ORDER

The Court having held a status conference call with the parties on February 13, 2020; and this Order intending to confirm the Court's rulings; and for all the reasons stated by the Court on the record,

IT IS HEREBY ORDERED this 19th day of February, 2020 as follows:

1. The deadline for the parties to meet and confer regarding disputes concerning defendants' Confidentiality designations is extended to March 13, 2020. To the extent disputes remain, defendants may supplement their moving papers by this deadline. All Confidentiality designations shall be supported by an affidavit of an individual with personal knowledge that satisfies the criteria in L. Civ. R. 7.2(a). Plaintiffs shall respond by March 27, 2020.

2. No earlier than February 26, 2020, plaintiffs are granted leave to file for a default as to any properly served foreign defendant who has not entered an appearance. Leave is granted to file motions for a default judgment.

3. The "macro" discovery disputes involving the non-manufacturing defendants shall be listed in the status letters to be submitted in connection with the February 26, 2020 in-person conference.

4. The parties shall continue to meet and confer regarding the list of improperly filed Short Form Complaints attached

    to defendants' February 12, 2020 letter [Doc. No. 368]. Defendants' future lists shall include the name of the named plaintiff's law firm.

5. By March 13, 2020, the plaintiffs listed in Exhibit C to defendants' February 12, 2020 letter ("Overidentification of Defendants") are granted leave to file Amended Short Form Complaints ("SFC's") with an updated identification of defendants they intend to name. The SFC's shall comply with Fed. R. Civ. P. 11. To the extent amendments are not timely filed, plaintiff's counsel in the cases listed on Exhibit C shall appear in person at the March 2020 in-person status conference to explain their failure to comply with this Order. Future lists prepared by defendants shall include the names of plaintiff's law firms.

6. The plaintiffs are reminded that only the medical monitoring named class plaintiffs are required to respond to the Medical Monitoring Fact Sheets.

7. All objections to the Court-approved Fact Sheets are OVERRULED. To the extent objections were asserted, plaintiffs shall supplement their responses by no later than March 31, 2020.

8. By March 13, 2020, plaintiffs are granted leave to file a Motion to Amend their Master Economic Loss Complaint.

9. The parties shall continue to meet and confer regarding the identification of third-parties and/or consultants who have authority to communicate with the FDA on behalf of defendants. To the extent disputes remain, the issue will be addressed at the February 26, 2020 status conference; and it is further,

ORDERED the next general in-person status meeting will be held in Courtroom 3C on February 26, 2020 at 2:00 p.m. The Court will meet informally with a limited group of the parties' representatives on February 26, 2020 at 9:30 a.m. in Courtroom 3C, jury room; and it is further,

2

ORDERED that all motions to amend shall comply with L. Civ. R. 15.1(a) which requires that a blacklined version of the proposed amendment be attached to the motion and a statement be included with the motion stating whether the motion is opposed.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge
