**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | : : : | Hon. Robert B. Kugler |
| _____ | : : | Civil No. 1:19-md-2875-RBK-JS |
| This Document Relates to: | : : | |
| *All Actions* | : | |
| _____ | : | |

**NOTICE OF APPEARANCE**

TO:    CLERK, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Kindly enter the appearance of Jessica M. Heinz, Esquire of Cipriani & Werner, P.C., for

Defendant, Aurobindo Pharma, Ltd.  By entering on the Master Docket, this Defendant does not

waive and specifically preserves all defenses, including, but not limited to, venue, service, and

personal jurisdiction in any individual case that is currently pending in this MDL or that

subsequently may become part of this MDL.

Dated:  February 25, 2020                          Respectfully submitted,


 /s/  Jessica M. Heinz
Jessica M. Heinz, Esq.
CIPRIANI & WERNER, P.C.
450 Sentry Parkway, Suite 200
Blue Bell, PA  19422
Tel:  (610) 567-0700
Fax: (610) 567-0712
jheinz@c-wlaw.com

Attorney for Aurobindo Pharma USA, Inc.,
Aurolife Pharma, LLC and Aurobindo
Pharma, Ltd.

**CERTIFICATE OF SERVICE**

I certify that on February 25, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court and forwarded electronically to all counsel of record *via* the CM/ECF system.


　　　　　　　　　　　　　　　　 /s/  Jessica M. Heinz
　　　　　　　　　　　　　　　　Jessica M. Heinz