# EXHIBIT A

**IMPROVIDENTLY FILED SHORT FORM COMPLAINTS**

| Table A: Plaintiffs Listed on Prior CMC Filings | | | | |
|---|---|---|---|---|
| **Plaintiff** | **Civil Action No.** | **Law Firm** | **Deficiency** | **Prior Deficiency Notice(s)** |
| Breaux, Christopher | 19-19151 | Capitelli & Wicker | No SFC filed or served. | 1/14/20, Dkt. 338-4<br><br>1/27/20, Dkt. 353-16<br><br>2/12/20, Dkt. 368 |
| Ham, Jessie | | Hollis Law Firm | SFC improperly uploaded to MDL Centrality such that data does not appear in reports. | 1/14/20, Dkt. 338-4<br><br>1/27/20, Dkt. 353-16 |
| Hewitt, Estate of Judy | 20-00335 | Benkie & Crawford | SFC not served through MDL Centrality. | 2/12/20, Dkt. 368 |
| Walters, Malcolm James | 20-00048 | Morris Bart & Associates | SFC not served through MDL Centrality. | 2/12/20, Dkt. 368 |

| Table B: Plaintiffs Not Previously Listed on CMC Filings | | | |
|---|---|---|---|
| **Plaintiff** | **Civil Action No.** | **Law Firm** | **Deficiency** |
| Fontenot, Patrick | 20-00050 | Morris Bart & Associates | SFC not served through MDL Centrality. |
| Gehefer, Margeret | 20-01305 | Goldenberg Law | No SFC filed or served. |
| Muncy, Kimberly | N/A | Parafinczuk Wolf Susen | SFC not file stamped. SFC does not identify any Defendants. |
| Righteous, Worikeena | 20-00414 | Pleasant, Williams, & Banks-Miley Law Group | No SFC filed or served. |
| Snider, Darren | 20-01660 | Higdon Lawyers | SFC not served through MDL Centrality. |
| Stano, David | 19-18080 | Gennusa Piacun & Ruli | SFC not filed in individual action. |
| Wilson, Winnifred | 20-cv-00458 | Moore Law Group | SFC not served through MDL Centrality. |

| Table B: Plaintiffs Not Previously Listed on CMC Filings | | | |
|---|---|---|---|
| **Plaintiff** | **Civil Action No.** | **Law Firm** | **Deficiency** |
| Zuckerman, Sheila  Zuckerman, Joseph | 20-01883 | Gary F. Franke Co., LPA | SFC not served through MDL Centrality. |