# EXHIBIT B

**OVER-IDENTIFICATION OF DEFENDANTS IN SHORT FORM COMPLAINTS**

| Table A: Plaintiffs Listed on Prior CMC Filings | | | | |
|---|---|---|---|---|
| Plaintiff | Civil Action No. | Law Firm | Over-Identification | Prior Notice(s) |
| Bauer, Daniel | 19-14865 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Bays, Glenn | 19-14869 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Bell, Sandy | 19-19171 | Ron Austin Law | Names every Defendant at every level. | 2/12/20, Dkt. 368 |
| Bell, Ricky | 19-19135 | Ron Austin Law | Names every Defendant at every level. | 2/12/20, Dkt. 368 |
| Buckley, Virgie | 19-14884 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Burns, Alberta | 19-14886 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Cloyd, Sherri | 19-14906 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Cole, Bobby | 19-14948 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Cornett, Elizabeth | 19-14950 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Davidson, Chester | 19-14952 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Debord, Lisa | 19-14960 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Durbin, Joe | 19-15183 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |

| Table A: Plaintiffs Listed on Prior CMC Filings ||||| 
|---|---|---|---|---|
| **Plaintiff** | **Civil Action No.** | **Law Firm** | **Over-Identification** | **Prior Notice(s)** |
| Ernest, Alan | 19-14974 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Guiton, Susan | 19-02875 | Kirtland & Packard | Names every Defendant at every level. | 2/12/20, Dkt. 368 |
| Halsey, Talmadge | 19-14995 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Hayes, Clayborne | 19-15021 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Hebert, Betty | 19-14647 | Damon J. Baldone & Associates | Names every Defendant at every level. | 2/12/20, Dkt. 368 |
| Hewitt, Estate of Judy | 20-00335 | Benkie & Crawford | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Holcomb, Lucy | 19-15022 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Howard, Paul | 19-15024 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Justice, Tony | 19-15025 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Lee, Albert | 19-15027 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Loose, David | 19-21327 | Cohen, Placitella & Roth<br><br>Hendler Flores Law | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Love, William | 19-15030 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |

| Table A: Plaintiffs Listed on Prior CMC Filings ||||| 
|---|---|---|---|---|
| **Plaintiff** | **Civil Action No.** | **Law Firm** | **Over-Identification** | **Prior Notice(s)** |
| Mullins, James | 19-15043 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Needy, Lenny | 19-15051 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| O'Daniel, Robyn (Marion) | 19-15087 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Pittman, Charleston | 19-15638 | Law Offices of John D. Sileo | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Reber, Dennis | 19-15101 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Stevens, Joycelyn | 19-15711 | The Beasley Firm | Names every Defendant at every level. | 2/12/20, Dkt. 368 |
| Wilkerson, Darren | 19-15140 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368 |
| Wiseman, Ken | 19-15548 | The Beasley Firm | Names every Defendant at every level. | 2/12/20, Dkt. 368 |

| Table B: Plaintiffs Not Previously Listed on CMC Filings ||||
|---|---|---|---|
| **Plaintiff** | **Civil Action No.** | **Law Firm** | **Overidentification** |
| Babin, Amanda | 19-14649 | Damon J. Baldone and Associates | Names every Defendant at every level. |
| Dannheim, Bonnie | 20-01832 | Cellino & Barnes | Sued only John Doe defendants. |
| Santora, George | 20-01538 | Cellino & Barnes | Sued only John Doe defendants. |
| Snider, Darren | 20-01660 | Higdon Lawyers | Names every Defendant at every level. |

| Table B: Plaintiffs Not Previously Listed on CMC Filings ||||
|---|---|---|---|
| **Plaintiff** | **Civil Action No.** | **Law Firm** | **Overidentification** |
| Zuckerman, Sheila<br><br>Zuckerman, Joseph | 20-01883 | Gary F. Franke Co., LPA | Names every Defendant at every level above retailer/pharmacy. |