# EXHIBIT C

## PLAINTIFFS NOT AMENDING/SUPPLEMENTING FACT SHEETS FOLLOWING DEFICIENCY NOTICE

| Plaintiff | Civil Action No. | Law Firm |
|---|---|---|
| Bauer | 19-14865 | Golden Law Office |
| Browning | 19-14872 | Golden Law Office |
| Buckley | 19-14884 | Golden Law Office |
| Chester | 19-17725 | The Cochran Firm - Dothan |
| Cole | 19-14948 | Golden Law Office |
| Cornett | 19-14950 | Golden Law Office |
| Debord | 19-14960 | Golden Law Office |
| Durbin | 19-15183 | Golden Law Office |
| Duvall | 19-14971 | Golden Law Office |
| Ernest | 19-14974 | Golden Law Office |
| Graham | 19-15429 | Pendley, Baudin & Coffin, L.L.P. |
| Griffitt | 19-14990 | Golden Law Office |
| Hayes | 19-15021 | Golden Law Office |
| Holcomb | 19-15022 | Golden Law Office |
| Howard | 19-15024 | Golden Law Office |
| Justice | 19-15025 | Golden Law Office |
| Mefford | 19-15039 | Golden Law Office |
| Reynolds | 19-15132 | Golden Law Office |
| Richissin | 19-20407 | Gainsburgh Benjamin |
| Slavich | 19-07148 | Watts Guerra, LLP |
| Stano | 19-12402 | Gennusa, Piacun & Ruli |
| Stevens, J. | 19-15711 | The Beasley Firm, LLC |
| Tack | 19-07460 | GoldenbergLaw, PLLC |

| Plaintiff | Civil Action No. | Law Firm |
|---|---|---|
| Townsend | 19-18407 | Gilman Law, LLP and Marc L. Shapiro, P.A. |
| Thompson | 19-15135 | Golden Law Office |
| Wilkerson | 19-15140 | Golden Law Office |
| Wiseman | 191-15548 | The Beasley Firm, LLC |
| Witte | 19 -CV- 16971 | Matías J. Adrogué, PLLC |

## PLAINTIFFS AMENDING/SUPPLEMENTING FACT SHEETS MORE THAN TWO WEEKS AFTER DEFICIENCY NOTICE WAS SERVED

| Plaintiff | Civil Action No. | Law Firm |
|---|---|---|
| Doss | 19-17654 | The Cochran Firm - Dothan |
| Leimberg | 19-19967 | Colson Hicks Eidson |
| Svebek | 19-20609 | Davis & Crump, P.C. |

## PLAINTIFFS WHO HAVE AMENDED/SUPPLEMENTED FACT SHEETS WITH WHOM DISPUTES REMAIN

| Plaintiff | Civil Action No. | Law Firm |
|---|---|---|
| Allen | 19-00011 | Jones Ward, P.C. |
| Alrashid | 19-12549 | Levin Papantonio |
| Axinn | 19-16205 | Levin Papantonio |
| Bays | 19-15039 | Golden Law Office |
| Brackman | 19-12085 | Levin Papantonio |
| Brown, J. | 19-17394 | Levin Papantonio |
| Burns | 19-14886 | Golden Law Office |
| Butcher | 19-14888 | Golden Law Office |
| Caudill | 19-14900 | Golden Law Office |
| Cloyd | 19-14906 | Golden Law Office |

| Dilbeck | 19-15443 | Hansen, Kohls, Sommer & Jacob, LLP |
| Edwards | 19-20842 | The Cochran Firm |
| Farmer | 19-18582 | Moore Law Group PLLC |
| Gremillion | 19-06826 | The Law Offices of Kenneth W. DeJean |
| Halsey | 19-14995 | Golden Law Office |
| Harper | 19-01618 | Mazie Slater Slater Katz & Freeman, LLC |
| Jackson | 19-16207 | Levin Papantonio |
| Johnson | 19-16586 | Farris, Riley & Pitt |
| Lamhut | 19-13772 | Bernstein Liebhard LLP |
| Lee, A. | 19-15027 | Golden Law Office |
| Lollar | 19-18471 | Farris, Riley & Pitt |
| Love | 19-15030 | Golden Law Office |
| Martey | 19-06836 | Levin Papantonio |
| Mefford | 19-15039 | Golden Law Office |
| O'Daniel | 19-15087 | Golden Law Office |
| Pollock | 19-06833 | Levin Papantonio |
| Reber | 19-15101 | Golden Law Office |
| Ridley | 19-00054 | Levin Papantonio |
| Selph | 19-02017 | Levin Papantonio |
| Sen | 19-07143 | Levin Papantonio |
| Stine | 19-20214 | Axley Brynelson, LLP |
| Watts | 19-08718 | Levin Papantonio |
| Winiecki | 19-07153 | Levin Papantonio |
| Zehr | 19-12935 | Levin Papantonio |