# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                              **DATE:** February 26, 2020

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Karen Friedlander

**TITLE OF CASE:**                                              **DOCKET NO. 19-md-2875 (RBK-JS)**
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Rubin Honik, Esq. | Barbara Schwartz, Esq. |
| Conlee Whitely, Esq. | Alex Waleko, Esq. |
| Layne Hilton, Esq. | Brian Rubenstein, Esq. |
| David Stanoch, Esq. | Lori Cohen, Esq. |
| John Davis, Esq. | Steve Harkins, Esq. |
| | Jessica Heinz, Esq. |
| | Megan Grossman, Esq. |
| | Beth Rose, Esq. |
| | Sarah Johnston, Esq. |
| | Kristen Richer, Esq. |
| | Geoffrey Coan, Esq. |
| | Janet Poletto, Esq. |
| | Clem Treschler, Esq. |
| | Jason Reefer, Esq. |
| | Brittney Nagle, Esq. |
| | Kristen Ives, Esq. |
| | Ellie Norris, Esq. |
| | D'Lesi Davis, Esq. |
| | Matthew Knepper, Esq. |
| | Luke Bresnahan, Esq. |
| | Eric Abraham, Esq. |
| | Jason Parish, Esq. |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**NATURE OF PROCEEDINGS:**   Status Conference

In-Person Status Conference held on the record.
Order to be entered.

s/Sarah Eckert
**DEPUTY CLERK**

**TIME COMMENCED:** 2:30 p.m.
**TIME ADJOURNED:**  3:10 p.m.
**TOTAL TIME:** 40 minutes