```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
                    CAMDEN VICINAGE
```

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, and IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

ORDER

The Court having held a conference with the parties on February 26, 2020; and this Order intending to confirm the Court's rulings reflected in the transcript of proceedings; and for all the reasons stated by the Court on the record,

IT IS HEREBY ORDERED this 3rd day of March, 2020 as follows:

1. By March 13, 2020, plaintiffs shall serve their letter brief addressing the "macro" discovery disputes listed in defendants' February 25, 2009 letter [Doc. No. 383]. Defendants shall respond by March 20, 2020. Plaintiffs may reply as to newly produced documents by March 24, 2020. All disputes will be addressed at the March 25, 2020 conference.

2. Over defendants' objection, by March 13, 2020, plaintiffs are granted leave to file an Amended Economic Loss Master Complaint without prejudice to defendants' right to assert all appropriate objections. No responses to the amended pleading shall be filed without leave of court.

3. By March 9, 2020, plaintiffs and defendants shall serve simultaneous letter briefs on how they propose the case be managed and tried, including Fed. R. Civ. P. 12(b), class certification and Daubert issues.

4. The final deadline for the foreign Hetero and Aurobindo defendants to produce their "core" discovery will be set no later than the March 25, 2020 conference, as well as

the setting of the relevant time period for their ESI and documents to be produced; and it is further,

ORDERED that the law firms listed on Tables A and B of Exhibit A to defendants' February 25, 2020 letter [Doc. No. 383] are given one last opportunity to comply with all applicable requirements for the filing of plaintiffs' Short Form Complaints before an Order to Show Cause is issued; and it is further,

ORDERED that the Court reluctantly directs that a lawyer from each of the law firms listed on Tables A and B to Exhibit B to defendants' February 25, 2020 letter shall appear in person in Courtroom 3C on March 25, 2020 at 10:00 a.m. to explain why his or her client did not file an Amended Short Form Complaint ("SFC") by March 13, 2020 in accordance with the February 19, 2020 Order ¶5, Doc. No. 377. (The Court hopes and expects that an attorney's personal appearance will not be necessary). The plaintiffs listed in the above-mentioned tables are granted leave to file amended SFC's by March 23, 2020 with an updated identification of the defendants named in their SFC. If an amended SFC is filed by March 23, 2020, an attorney's personal appearance on March 25, 2020, on behalf of that plaintiff is excused; and it is further,

ORDERED that plaintiffs' liaison counsel shall assure that all plaintiffs' attorneys subject to the foregoing paragraph receive actual notice of this Order; and it is further,

2

ORDERED the next scheduled conference call is March 11, 2020 at 4:00 p.m.  The next scheduled in-person conference is set on March 25, 2020 at 10:00 a.m. and 2:00 p.m.  The Court expects to finalize the plaintiffs' request for production of documents directed to the API and non-manufacturing defendants by no later than March 25, 2020.

                                              s/ Joel Schneider
                                              JOEL SCHNEIDER
                                              United States Magistrate Judge