[Doc. No. 5]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| In re: Valsartan Products Liability Litigation <br><br> This document relates to: <br><br> *Douglas V. Farmer, et al. v. Aurobindo Pharma, Ltd., et al.*, 1:19-cv-18582-RBK-JS | MDL No. 2875 <br><br> Honorable Robert B. Kugler, District Court Judge <br><br> Honorable Joel Schneider, Magistrate Judge |

## [PROPOSED] ORDER

Motion having been made by Plaintiffs, Douglas V. Farmer and Nancy L. Farmer, by counsel, and the Court being otherwise sufficiently advised, and plaintiffs representing there is no opposition to their motion,

IT IS ORDERED that the Motion is **GRANTED** and Plaintiffs are granted leave to file Plaintiffs' First Amended Short Form Complaint attached to their motion [Doc. No. 5-1] by March 12, 2020.

~~IT IS ORDERED that the Motion is **GRANTED**.~~

Signed on this 5th day of March, 2020.

_____
U~~NITED STATES DISTRICT JUDGE~~
MAGISTRATE JUDGE
Joel Schneider