**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>ALL CASES | MDL No. 2875<br><br>Civil No. 19-2875 (RBK/JS) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PERIPHERAL DEFENDANT BRYANT RANCH PRE-PACK, INC.**

**WHEREAS** the Court entered Case Management Order No. 15, which provides a mechanism for certain defendants to obtain a without prejudice dismissal from all cases pending in this MDL alleging claims in connection with allegedly contaminated valsartan-containing drugs ("VCDs");

**WHEREAS**, Peripheral Defendant Bryant Ranch Pre-pack, Inc. ("BRP") having provided the information and documents required by Case Management Order No. 15, and having agreed to the tolling provisions therein;

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiffs Executive Committee and BRP that all current cases pending and all future cases to be filed in this MDL alleging claims against BRP in connection with allegedly contaminated VCDs be and hereby are dismissed without prejudice.

*s/George T. Williamson*
George T. Williamson, Esq.
On behalf of Plaintiffs' Executive Committee

*/s/ Beth S. Rose*
Beth S. Rose, Esq.
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000
brose@sillscummis.com

Attorneys for Peripheral Defendant
Bryant Ranch Pre-pack, Inc.

Dated: March 6, 2020

Dated: February 27, 2020