# Appendix A

# ZHP API Trial Track

**API Manufacturer**
- Defendant ZHP who manufactured API ("ZHP API") used in Valsartan Containing Drugs ("VCDs")

**Finished Dose Manufacturer**
- Defendant ZHP (and Defendants Solco, Huahai US and Prinston affiliated with ZHP) who sold VCDs manufactured with ZHP API
- Defendant Teva who sold VCDs manufactured with ZHP API
- Defendant Torrent who sold VCDs manufactured with ZHP API

**Wholesaler**
- Wholesaler Defendants that purchased and resold any VCDs that contained ZHP API

**Retail Pharmacy**
- Retail Pharmacy Defendants who sold VCDs that contained ZHP API to Putative Economic Loss Consumer Class Members

# Appendix B

# Mylan API Trial Track



**API Manufacturer**
- Defendant Mylan who manufactured API ("Mylan API") used in Valsartan Containing Drugs ("VCDs")

**Finished Dose Manufacturer**
- Defendant Mylan sold VCDs manufactured with Mylan API
- Defendant Teva who sold VCDs manufactured with Mylan API

**Wholesaler**
- Wholesaler Defendants that purchased and resold any VCDs that contained Mylan API

**Retail Pharmacy**
- Retail Pharmacy Defendants who sold VCDs that contained Mylan API to Putative Economic Loss Consumer Class Members

# Appendix C

## Hetero API Trial Track



- **API Manufacturer:** Defendant Hetero who manufactured API ("Hetero API") used in Valsartan Containing Drugs ("VCDs")
- **Finished Dose Manufacturer:** Defendant Hetero (and Defendants Camber and Hetero USA) who sold VCDs manufactured with Hetero API
- **Wholesaler:** Wholesaler Defendants that purchased and resold any VCDs that contained Hetero API
- **Retail Pharmacy:** Retail Pharmacy Defendants who sold VCDs that contained Hetero API to Putative Economic Loss Consumer Class Members

# Appendix D

# Aurobindo API Trial Track

