# EXHIBIT A

# MDL No. 2875

# SCHEDULE FOR VALSARTAN PROCEEDINGS

| EVENT |
|---|
| Omnibus Rule 12(b) Motion Briefs and Hearing |
| Omnibus Class Certification Motion and Hearing |
| *Daubert* Hearing on General Causation |
| Summary Judgment Motion |
| Trial |