# EXHIBIT A

## OVER-IDENTIFICATION OF DEFENDANTS IN SHORT FORM COMPLAINTS

| Short Form Complaints Filed Since February 26, 2020 CMC | | | |
|---|---|---|---|
| **Plaintiff** | **Civil Action No.** | **Law Firm** | **Over-Identification** |
| Espada, Myriam | 20-cv-2196 | Borgess Law, LLC | Names every Defendant at all levels above retailer/pharmacy. |
| Dannheim, Bonnie | 20-cv-01836 | Cellino & Barnes, PC | Sues only John Doe defendants at all levels above retailer/pharmacy. |
| Reilly, Eugene | 20-cv-02216 | Watts Guerra LLP | Sues only John Doe defendants at all levels above retailer/pharmacy. |
| Santora, George | 20-cv-01538 | Cellino & Barnes, PC | Sues only John Doe defendants at all levels above retailer/pharmacy. |