**MAZIE SLATER KATZ & FREEMAN, LLC**
COUNSELLORS AT LAW
103 Eisenhower Parkway
Roseland, NJ  07068
(973) 228-9898
Fax (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn°

Karen G. Kelsen°
Cheryll A. Calderon
David M. Estes
Adam M. Epstein°
Michael R. Griffith°
Matthew Tonzola
Christopher J. Geddis

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

°Member of N.J. & N.Y. Bars

March 10, 2020

**VIA ECF**
Honorable Joel Schneider
United States Magistrate Judge
U.S. District Court - District of New Jersey
Mitchell S. Cohen Building & US Courthouse
1 John F. Gerry Plaza, Courtroom 3C
4th and Cooper Streets
Camden, New Jersey  08101

  Re: IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION
    Civil No. 19-2875 (RBK/JS)

Dear Judge Schneider:

Please accept this letter on behalf of Plaintiffs addressing the issues to be discussed during the March 11, 2020 status conference.

  **1. Downstream Defendant Discovery**

Plaintiffs have been conferring with Retail Pharmacy and Wholesaler Defendants regarding downstream discovery for nearly four months.  After multiple versions exchanged of significantly narrowed requests, and multiple telephone conferences, Plaintiffs sent their latest iteration of proposed document requests to Retail Pharmacy Defendants on February 24, 2020.  Retail Pharmacy Defendants have not responded to that last draft. They claim they will only

Honorable Joel Schneider, U.S.M.J.
March 10, 2020
Page 2

do so if they can simultaneously negotiate the proposed Defendant Fact Sheet ("DFS"). Plaintiffs do not believe the two documents are linked and believe the Court's guidance on the document requests will be informative as to the DFS.

Plaintiffs also received Wholesaler Defendants' last round of edits to the document requests to Wholesaler Defendants on March 4, 2020 and sent redlines back on March 10, 2020.

Plaintiffs will file their briefs regarding "macro discovery" issues as ordered.

2. **Overidentification of Defendants in Short Form Complaints**

Plaintiffs' leadership has notified all plaintiffs' counsel of the Court's statements and order on this issue, and hopes to resolve this issue before the next Case Management Conference.

3. **Plaintiff Fact Sheets**

In accordance with the Court's October 3, 2019 order, Plaintiffs continue to address any valid issues that Defendants raise regarding their PFSs. Defendants have told Plaintiffs that there are "on-going issues" with the PFSs, but Defendants have not described those issues with any greater specificity. This should be handled through a good-faith discussion process, to the extent possible.

4. **Update on Stipulations of Dismissal**

The Parties continue to follow the Court's approved process for dismissing peripheral defendants. Plaintiffs are not aware of any issues with the process at this time.

Thank you for your courtesies and consideration.

Respectfully,

Adam M. Slater