**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**Minutes of Proceedings**

**OFFICE:** CAMDEN                                      **DATE:** March 11, 2020

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** E.C.R.

**TITLE OF CASE:**                                      **DOCKET NO.  19-md-2875 (RBK-JS)**

IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**
**FOR PLAINTIFFS:**                                     **FOR DEFENDANTS:**
Adam Slater, Esq.                                       Seth Goldberg, Esq.
Daniel Nigh, Esq.                                       Barbara Schwartz, Esq.
Conlee Whitely, Esq.                                    Sarah Johnston, Esq.
Behram Parekh, Esq.                                     Jeffrey Geoppinger, Esq.


**NATURE OF PROCEEDINGS:**     Telephone Status Conference / Discovery Conference
Telephone Status Conference and Discovery Conference held on the record.
Order to be entered.




                                                        s/Sarah Eckert
                                                        **DEPUTY CLERK**




**TIME COMMENCED:** 4:00 p.m.
**TIME ADJOURNED:**  4:30 p.m.
**TOTAL TIME:**  30 minutes