IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>*This Document relates to*:<br><br>PATRICIA ANN WITTE, et al.<br><br>vs.<br><br>ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., et al. | CIVIL NO. 19-2875 (RBK/JS)<br><br>Honorable Robert B. Kugler<br>District Court Judge<br><br>Honorable Joe Schneider<br>Magistrate Judge<br><br>NOTICE OF DISMISSAL<br><br>Civil Action No.: 1:19-cv-16971 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, PATRICIA ANN WITTE, *individually and as representative of the* ESTATE OF LAURENCE JOSEPH WITTE JR., *deceased*, TREY WITTE and KERRIE KATHLEEN STEGER, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal of all claims asserted against Aurobindo Pharma Ltd., without prejudice, in the above-entitled matter.

Specifically, Rule 41 (a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its claims without prejudice and without a Court Order by notice at any time prior to the Defendants filing an Answer or moving for summary judgment. As of the filing of this Notice, no Defendant has filed an Answer in this action. In light thereof, Plaintiff asserts that voluntary dismissal by notice alone is appropriate under Rule 41 (a)(1)(A)(i).

DATE:     By: _____
Matías J. Adrogué, Esq.
Leila M. El-Hakam, Esq.
Zeinab K. Zahid, Esq.
MATÍAS J. ADROGUÉ
1629 West Alabama St.
Houston, TX 77006
(713) 425-7270
service@mjalawyer.com
lme@mjalawyer.com