**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION _____ This Document Relates to: *All Actions* _____ | : : : : Hon. Robert B. Kugler : : Civil No. 1:19-md-2875-RBK-JS : : : : |

**CORPORATE DISCLOSURE**

The undersigned counsel for Aurobindo Pharma Ltd. certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed below:

_____

_____

**OR**

■ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

    /s/ Jessica M. Heinz
Jessica M. Heinz, Esq.
CIPRIANI & WERNER, P.C.
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
Tel: (610) 567-0700
Fax: (610) 567-0712
jheinz@c-wlaw.com

Attorney for Aurobindo Pharma USA, Inc., Aurolife Pharma, LLC and Aurobindo Pharma, Ltd.

## **CERTIFICATE OF SERVICE**

I certify that on March 16, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court and forwarded electronically to all counsel of record *via* the CM/ECF system.

      /s/  Jessica M. Heinz
      Jessica M. Heinz