Nakul Y. Shah, Esq. (nshah@hillwallack.com)
HILL WALLACK LLP
21 Roszel Road
Princeton, New Jersey 08540
Telephone:  (609) 924-0808

*Attorneys for Defendant, Hetero Drugs Limited*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  VALSARTAIN PRODUCTS LIABILITY LIGITATION<br><br>This Document Relates To All Cases | MDL. NO.:  2875<br><br>Civil Action No.: 19-2875-RBK-JS |

### ENTRY OF APPEARANCE

The undersigned hereby enters an appearance in the above matter on behalf of defendant, Hetero Drugs Limited.

        Respectfully submitted,
        **HILL WALLACK LLP**

        By:    */s/ Nakul Y. Shah*
                NAKUL Y. SHAH
                21 Roszel Road
                Princeton, New Jersey 08540
                (609) 924-0808

Dated:  March 20, 2020

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Entry of Appearance was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| March 20, 2020 | /s/ *Nakul Y. Shah* |
| Date | NAKUL Y. SHAH |