# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | : : : : Hon. Robert B. Kugler : : Civil No. 1:19-md-2875-RBK-JS |
| This Document Relates to: *All Actions* | : : : : |

## NOTICE OF APPEARANCE

TO:   CLERK, UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF NEW JERSEY

Kindly enter the appearance of Ernest F. Koschineg, Esquire of Cipriani & Werner, P.C., for Defendant, Aurobindo Pharma, Ltd. By entering on the Master Docket, this Defendant does not waive and specifically preserves all defenses, including, but not limited to, venue, service, and personal jurisdiction in any individual case that is currently pending in this MDL or that subsequently may become part of this MDL.

Dated:  March 20, 2020               Respectfully submitted,

                                      /s/ Ernest F. Koschineg
                                      Ernest F. Koschineg, Esq.
                                      CIPRIANI & WERNER, P.C.
                                      450 Sentry Parkway, Suite 200
                                      Blue Bell, PA  19422
                                      Tel: (610) 567-0700
                                      Fax: (610) 567-0712
                                      ekoschineg@c-wlaw.com

                                      Attorney for Aurobindo Pharma USA, Inc., Aurolife Pharma, LLC and Aurobindo Pharma, Ltd.

## CERTIFICATE OF SERVICE

I certify that on March 20, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court and forwarded electronically to all counsel of record *via* the CM/ECF system.

    /s/  Ernest F. Koschineg
Ernest F. Koschineg