UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re: Valsartan Products Liability Litigation**<br><br>This document relates to: *all cases* | MDL No.: 2875<br><br>Civil Action No. 19-2875-RBK-JS<br><br>Honorable Robert B. Kluger, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |

*Document Electronically Filed*

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Natalie Colao is no longer associated with Sills Cummis & Gross P.C., counsel for Defendant Bryant Ranch Pre-Pack, which has been dismissed without prejudice in the above-captioned action. I therefore request that the Court withdraw Natalie Colao's appearance as counsel and discontinue electronic notifications to her.

Dated: April __, 2020

SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000
brose@sillscummis.com

BY: _____
BETH S. ROSE