# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re<br>Valsartan N-Nitrosodimethylamine (NDMA) Products Liability Litigation | Case No. 1:19-md-02875-RBK-JS |
| *THIS DOCUMENT RELATES TO:*<br>**Maine Automobile Dealers Association, Inc. Insurance Trust**<br>Plaintiff,<br>Vs.<br>**A-S Medication Solutions LLC, et al.,**<br>Defendants. | Case No. 3:19-cv-02431-BRM-TJB |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT A-S MEDICATION SOLUTIONS LLC**

**WHEREAS** the Court entered Case Management Order No. 15, which provides a mechanism for certain defendants to obtain a without prejudice dismissal from all cases pending in this MDL alleging claims in connection with allegedly contaminated valsartan-containing drugs ("VCDs");

WHEREAS Defendant A-S Medication Solutions LLC having provided the information and documents required by Case Management Order No. 15, and having agreed to the tolling provisions therein;

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Executive Committee and A-S Medication Solutions LLC that all current cases pending and all future cases to be filed in this MDL alleging claims against A-S Medication Solutions LLC in connection with allegedly contaminated VCDs be and hereby are dismissed without prejudice.

| | |
|---|---|
| */s/ Marlene Goldenberg* | */s/ Michael S. Catlett* |
| On behalf of Plaintiffs' Executive Committee | Michael S. Catlett (AZ Bar #025238) |
| | QUARLES & BRADY LLP |
| | Renaissance One |
| | Two North Central Avenue |
| | Phoenix, AZ 85004 |
| | Telephone: (602) 229-5279 |
| | Facsimile: (602) 229-5690 |
| | Email: Michael.catlett@quarles.com |
| | |
| | *Attorney for Defendant A-S Medication Solutions LLC* |
| Dated this 6th day of April, 2020. | Dated this 6th day of April, 2020. |