UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** CAMDEN                                **DATE:** April 15, 2020

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Carol Farrell

**TITLE OF CASE:**                                **DOCKET NO.** 19-md-2875 (RBK-JS)
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Rubin Honik, Esq. | Lori Cohen, Esq. |
| Conlee Whitely, Esq. | Sarah Johnston, Esq. |
| Daniel Nigh, Esq. | Clem Treschler, Esq. |
| | Jeffrey Geoppinger, Esq. |
| | Victoria Lockard, Esq. |

**NATURE OF PROCEEDINGS:**   Status / Discovery Conference
Telephone Status Conference held on the record.
Discovery Conference held on the record.
Order to be entered.

                                                    s/Sarah Eckert
                                                    **DEPUTY CLERK**

**TIME COMMENCED:** 4:00 p.m.
**TIME ADJOURNED:** 5:00 p.m.
**TOTAL TIME:** 1 hour