UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: April 29, 2020

**JUDGE ROBERT B. KUGLER**
**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:**   CARL NAMI, JR.

**TITLE OF CASE:**       **DOCKET NO.:** 19-md-2875 (RBK)(JS)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| | Lori Cohen, Esq. |
| | Jessica Heinz, Esq. |
| | Sarah Johnston, Esq. |
| | Grant Wright, Esq. |
| | Deborah Allen, Esq. |
| | Clem Trischler, Esq. |

**NATURE OF PROCEEDINGS**:    STATUS CONFERENCE

**DISPOSITION:**
Status conference held on the record.
Telephone status conference set for May 13, 2020.
General status conference set for May 27, 2020.
Order to be entered.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced:   11:00a.m.     Time Adjourned: 12:00p.m.     Total Time in Court: 1:00