IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **In re:: Valsartan Products Liability Litigation** | MDL No. 2875 |
| | Honorable Robert B. Kugler, District Court Judge |
| This Document Relates to Plaintiff: | Honorable Joel Schneider, Magistrate Judge |
| Rachael Hollingshead  1:19-cv-15336 | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

To:   The Clerk of Court and all parties of record:

Plaintiff and Defendants hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party to bear its own attorneys' fees and costs.

Respectfully submitted:

**DUANE MORRIS LLP**

*/s/ Seth Goldberg*
Seth Goldberg
Jessica Priselac
30 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000
Facsimile: (215) 979-1020
Email: sagoldberg@duanemorris.com
Email: jpriselac@duanemorris.com
***Defendants' Liaison Counsel***

**BARON & BUDD, P.C.**

*/s/ Sindhu S. Daniel*
Sindhu S. Daniel, NJ Bar No. 010711996
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
Email: sdaniel@baronbudd.com

***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Sindhu S. Daniel*
Sindhu S. Daniel