**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION<br><br>　　　　　Defendants. | MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge<br><br>Honorable Joel Schneider,<br>Magistrate Judge |

## WITHDRAWAL OF APPEARANCE

The undersigned hereby withdraws his appearance in the above-captioned matter on behalf of Beverly Patton, individually and as Administratrix of the Estate of Joseph R. Patton and Jeffrey Patton.

Respectfully submitted,

Dated:　May 9, 2020

*/s/Jeffrey D. Ries*
Jeffrey D. Ries, Esq.
Pa. I.D. #311901
Law Firm of Jeffrey Dallas Ries
381 Daily Drive
North Huntingdon, PA 15642
412-404-6348
jeff@jdrfirm.com

## **CERTIFICATE OF SERVICE**

    A copy of the foregoing Withdrawal of Appearance has been served on all parties of record by this Court's CM/ECF electronic filing system.

Dated:    May 9, 2020    */s/Jeffrey D. Ries*
    Jeffrey D. Ries, Esq.