UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY (Camden)

| | |
|---|---|
| In Re | ) |
| | ) |
| VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | ) Civ. No. 1:19-md-02875-RBK-JS ) ) JUDGE ROBERT B. KUGLER ) ) |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT HY-VEE, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure defendant Hy-Vee, Inc. discloses that it has no parent, subsidiary or affiliate corporation and no publicly held corporation owns more than 10% of its stock.

Kansas City, Missouri
May 11, 2020

Respectfully submitted,

_____
Cameron E. Grant (MO Bar No. 72225)
SCHARNHORST AST KENNARD GRIFFIN PC
1100 Walnut Street, Ste 1950
Kansas City, MO 64106
Tel: (816) 268-9400
Fax: (816) 268-9409
cgrant@sakg.com

*Counsel for Defendant Hy-Vee, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify a copy of the foregoing Notice of Appearance was sent by the Court's electronic case filing system on May 11, 2020, and served upon all those participating therein.

                                           /s/ Cameron E. Grant
                                           Cameron E. Grant (MO Bar No. 72225)