# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY (Camden)

| | |
|---|---|
| In Re | ) |
| | ) |
| VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | ) Civ. No. 1:19-md-02875-RBK-JS ) ) JUDGE ROBERT B. KUGLER ) ) |

## NOTICE OF APPEARANCE

Please take notice that Cameron E. Grant of Scharnhorst Ast Kennard Griffin PC, 1100 Walnut Street, Suite 1950, Kansas City, Mo 64106 hereby enters his appearance as counsel of record for defendant Hy-Vee, Inc. in the above-captioned action.[1]

Kansas City, Missouri
May 11, 2020

Respectfully submitted,

_____
Cameron E. Grant (MO Bar No. 72225)
SCHARNHORST AST KENNARD GRIFFIN PC
1100 Walnut Street, Ste 1950
Kansas City, MO 64106
Tel: (816) 268-9400
Fax: (816) 268-9409
cgrant@sakg.com

*Counsel for Defendant Hy-Vee, Inc.*

---

[1] Hy-Vee, Inc., preserves any argument that the Court lacks jurisdiction.

**CERTIFICATE OF SERVICE**

    I hereby certify a copy of the foregoing Notice of Appearance was sent by the Court's electronic case filing system on May 11, 2020, and served upon all those participating therein.

                                      /s/ Cameron E. Grant
                                      Cameron E. Grant (MO Bar No. 72225)