UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** CAMDEN　　　　　　　　　　　　　　**DATE:** May 13, 2020

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Karen Friedlander

**TITLE OF CASE:**　　　　　　　　　　　　　　**DOCKET NO. 19-md-2875 (RBK-JS)**
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**
**FOR PLAINTIFFS:**　　　　　　　　　　　　　**FOR DEFENDANTS:**
Adam Slater, Esq.　　　　　　　　　　　　　　Seth Goldberg, Esq.
Rubin Honik, Esq.　　　　　　　　　　　　　　Brian Rubenstein, Esq.
Conlee Whitely, Esq.　　　　　　　　　　　　 Sarah Johnston, Esq.
Behram Parekh, Esq.　　　　　　　　　　　　　Clem Treschler, Esq.
George T. Williamson, Esq.　　　　　　　　　　Jeffrey Geoppinger, Esq.
Marlene Goldenberg, Esq.　　　　　　　　　　　Nakul Shah, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Grant Wright, Esq.

**NATURE OF PROCEEDINGS:**　　Status Conference
Telephone Status Conference held on the record.
Order to be entered.

　　　　　　　　　　　　　　　　　　　　　　　s/Sarah Eckert
　　　　　　　　　　　　　　　　　　　　　　　**DEPUTY CLERK**

**TIME COMMENCED:** 4:00 p.m.
**TIME ADJOURNED:** 5:05 p.m.
**TOTAL TIME:** 1 hour 5 minutes