```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                           CAMDEN VICINAGE
```

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

## **O R D E R**

The Court having held a conference call with the parties on May 13, 2020; and this Order intending to confirm the Court's rulings; and accordingly,

**IT IS HEREBY ORDERED**, this 18th day of May 2020, as follows:

1) The Court approves the schedule agreed to by the parties for the three (3) motions to dismiss to be filed. The motions shall be filed by July 17, 2020; Opposition Briefs by September 18, 2020; and Reply Briefs by October 16, 2020. The three (3) Opening and Opposition Briefs are limited to a total of 120 pages. One Opening and Opposition Brief shall not exceed 60 pages. A second Opening and Opposition Brief shall not exceed 40 pages. Reply Briefs are limited to a total of 80 pages.

2) The Court approves the parties' proposed change to the briefing schedule for the downstream defendants' "macro" discovery disputes. Defendants' briefs to be served by June 22, 2020. Oral

argument will be held on June 24, 2020.

    3)   Defendants are granted leave to file a motion addressed to the agreed upon search terms by May 20, 2020. Plaintiffs shall respond by June 10, 2020. Defendants may reply by June 15, 2020. The Court expects to conduct oral argument during the scheduled June 17, 2020 conference call. The Court has already made it clear that defendants' motion does not stay the July 15, 2020 deadline for defendants to start their rolling ESI/document production. See Doc. No. 416.

    4)   At a minimum, the following issues will be addressed during the May 27, 2020 status conference: (1) firm dates for Hetero and Aurobindo to produce all core discovery and Ordering the relevant dates for their responsive discovery; (2) finalize manufacturing defendants' Fact Sheets; (3) disputes regarding plaintiffs' prioritization of ESI/document production; (4) proposed change to plaintiffs' leadership structure; and (5) oral argument regarding defendants' search term motion.

    5)   The scheduled May 27, 2020 monthly status conference is changed to a phone conference. The conference with Magistrate Judge Schneider will start at 11:00 a.m. (ETD). The general status conference will start at 2:00 p.m. (ETD). The call-in and access numbers are 1-888-684-8852, access number 3436790#.

    6)   The Court will hold a phone status conference with the parties on June 17, 2020 at 4:00 p.m. (ETD). The parties should

use the same call-in and access number stated in Paragraph 5. The monthly in-person conference is scheduled on June 24, 2020 at 10:00 a.m. and 2:00 p.m. (ETD).

s/ Joel Schneider  
JOEL SCHNEIDER  
United States Magistrate Judge