# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*All Economic Loss Actions* | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler<br>Hon. Joel Schneider |

## PLAINTIFFS' MOTION TO EXPAND PLAINTIFFS' STEERING COMMITTEE

Co-Lead Plaintiffs' Counsel, on behalf of consolidated plaintiffs, respectfully moves the Court for an order appointing additional counsel to the current Plaintiffs' Steering Committee ("PSC") to comport with the expansion of this MDL to include losartan and irbesartan. In support of this motion, Co-Lead Plaintiffs' Counsel state as follows:

1. This Court appointed Plaintiffs' leadership including PSC counsel, and approved the PSC structure, by order dated May 6, 2019 (ECF 96, CMO No. 6).

2. On December 18, 2019, the Joint Panel on Multidistrict Litigation ("JPML") granted in part Plaintiffs' motion to expand this MDL to include claims involving losartan and irbesartan, in addition to claims involving valsartan.

3. Co-Lead Counsel intends to establish two new PSC committees – one to focus on losartan issues, and another to focus on irbesartan issues. *See* CMO No. 6 ("Plaintiffs may establish PEC/PSC Committees to focus on particular areas of the litigation.").

4. Co-Lead Counsel has communicated with any identifiable counsel representing clients' losartan or irbesartan claims. Co-Lead Counsel solicited counsel interested in potentially joining the PSC to focus on losartan or irbesartan issues.

5. After a series of individual and group communications, Co-Lead Counsel envisions the following structure for the new losartan and irbesartan PSC committees. For continuity, each new committee would be co-chaired by a new and an existing PSC member. Further, each new committee would be comprised of a mix of counsel representing economic loss, medical monitoring, and personal injury claims.

    a. <u>Losartan PSC Committee</u>

        i. Co-Chairs: (i) Rosalee B.C. Thomas, Finkelstein Thompson LLP (new appointee) and (ii) Andrew Obergfell, Bursor & Fisher, P.A (firm is existing PSC member)

    b. <u>Irbesartan PSC Committee</u>

        i. Co-Chairs: (i) Paul S. Rothstein, Attorney Paul S. Rothstein, P.A. (new appointee), and (ii) Ashleigh Raso, Meshbesher & Spence (firm is existing PSC member)

        ii. Additional new PSC members: (i) Zona Jones, Harrison, Davis, Steakley, Morrison and Jones

6. Additionally, a number of existing PSC firms have expressed interest in working on the new losartan and irbesartan PSC committees as well. Co-Lead Counsel anticipate these firms will work along with the new appointees listed above.

7. Accordingly, Co-Lead Counsel respectfully ask the Court for an order appointing the new firms to the PSC. A proposed order is attached.

Dated: May 20, 2020                                  Respectfully Submitted,

*/s/ Ruben Honik*                                    */s/ Daniel Nigh*
Ruben Honik                                          Daniel Nigh

-3-

| | |
|---|---|
| GOLOMB & HONIK, P.C.<br>1835 Market Street, Ste. 2900<br>Philadelphia, PA 19103<br>Phone (215) 985-9177<br>rhonik@golombhonik.com | LEVIN, PAPANTONIO, THOMAS, MITCHELL<br> RAFFERTY & PROCTOR, P.A.<br>316 South Baylen Street<br>Pensacola, FL 32502<br>Phone: (850) 435-7013<br>dnigh@levinlaw.com |
| /s/ Adam Slater | /s/ Conlee S. Whiteley |
| Adam Slater<br>MAZIE, SLATER, KATZ & FREEMAN, LLC<br>103 Eisenhower Pkwy, 2nd Flr.<br>Roseland, NJ 07068<br>Phone (973) 228-9898<br>aslater@mazieslater.com | Conlee S. Whiteley<br>KANNER & WHITELEY, LLC<br>701 Camp Street<br>New Orleans, LA 70130<br>Phone: (504)-524-5777<br>c.whiteley@kanner-law.com |

*MDL Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May 2020, a true and correct copy of the foregoing was filed and served upon all counsel via operation of the CM/ECF system for the United States District Court for the District of New Jersey.

*/s/ David J. Stanoch*
David J. Stanoch
