# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*All Economic Loss Actions* | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler<br>Hon. Joel Schneider |

## [PROPOSED] ORDER

And now, this ___ day of _____, 2020, upon Plaintiffs' Motion to Expand Plaintiffs' Steering Committee, it is hereby order that the motion is GRANTED. The following are appointed to the Plaintiffs' Steering Committee, to be assigned to a committee(s) as appropriate by appointed Co-Lead Plaintiffs' Counsel:

    i.  Rosalee B.C. Thomas, Finkelstein Thompson

    ii.  Paul S. Rothstein, Attorney Paul S. Rothstein, P.A.

    iii.  Zona Jones, Harrison, Davis, Steakley, Morrison and Jones

SO ORDERED,

_____