UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------------X

IN RE: VALSARTAN N-
NITROSODIMETHYLAMINE (NDMA)
CONTAMINATION PRODUCTS LIABILITY
LITIGATION

Case No.:
1:19-md-02875-RBK-JS
MDL No. 2875
Hon. Robert B. Kugler

THIS DOCUMENT RELATES TO:

*Napolitano v. Prinston Pharmaceutical, Inc., et al.*
*Case No.:* 1:20-cv-05174-RBK-JS;
*Lomax v. Prinston Pharmaceutical, Inc., et al.*
*Case No.:* 1:20-cv-05176-RBK-JS;
*Aikens v. Prinston Pharmaceutical, Inc., et al.*
*Case No.:* 1:20-cv-05187-RBK-JS;

----------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to paragraph 9 of the Court's MDL Case Management Order No. 1 (Dkt. 5), I am admitted, in good standing, with the United States District Court, Eastern District of New York (Registration No.: 2416170), and as such, considered admitted *pro hac vice* in this litigation. I appear in this MDL as counsel for Plaintiff JOHN NAPOLITANO (Case No.: 1:20-cv-05174-RBK-JS), Plaintiff SHARON LOMAX (Case No.: 1:20-cv-05176-RBK-JS) and Plaintiff THOMAS AIKENS (Case No. 1:20-cv-5187-RBK-JS). These actions were originally brought in United States District Court, Eastern District of New York and subsequently transferred to United States District Court, District of New Jersey as "Tag-Along" actions to MDL No. 2875.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that all notices given or required to be given in this case be served upon the undersigned counsel.

Dated:  New York, New York
        May 22, 2020

1

Yours, etc.,

**LAW OFFICES OF HENRY SCHWARTZ**

_____
By:   Henry Schwartz, Esq.
Attorneys for
Plaintiff JOHN NAPOLITANO
(Case No.: 1:20-cv-05174-RBK-JS)
Plaintiff SHARON LOMAX
(Case No.: 1:20-cv-05176-RBK-JS)
Plaintiff THOMAS AIKENS
(Case No. 1:20-cv-5187-RBK-JS)
32 Court Street, Suite 908
Brooklyn, NY 11201
(718) 222-3118

**CERTIFCATE OF SERVICE**

**I HEREBY CERTIFY** that on May 22, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends and electronic notification to all counsel of record and other CM/ECF participants

_____
Henry Schwartz, Esq.