# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION | Hon. Robert B. Kugler |
| THIS DOCUMENT RELATES TO: *HARVEY LITTLEJOHN v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.;* 1:20-cv-04401 | Civil No. 1:19-md-02875-RBK-JS |

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Harvey Littlejohn, files this Suggestion of Death upon the Record. Plaintiff Harvey Littlejohn departed this world on or about May 15, 2020 during the pendency of this civil action.

Dated: May 22, 2020

Respectfully submitted,

**WATTS GUERRA LLP**

*/s/ Paige Boldt*
Paige Boldt
NJ State Bar No. 52242013
5726 Hausman Rd. W., Ste. 119
San Antonio, Texas 78249
Telephone: 210.448.0500
Fax: 210.448.0501
Email: pboldt@wattsguerra.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The hereby certify that on May 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Paige Boldt*
Paige Boldt