# Exhibit "A"

**OVER-IDENTIFICATION OF DEFENDANTS**

*as of 5/26/20*

| Plaintiff | Civil Action No. | Law Firm | Over-Identification | Prior Notice(s) |
|---|---|---|---|---|
| Babin, Amanda | 19-14649 | Damon J. Baldone and Associates | Names every Defendant at every level. | 2/25/20, Dkt. 383-2 |
| Bell, Sandy | 19-19171 | Ron Austin Law | Names every Defendant at every level. | 2/12/20, Dkt. 368<br><br>2/25/20, Dkt. 383-2 |
| Bell, Ricky | 19-19135 | Ron Austin Law | Names every Defendant at every level. | 2/12/20, Dkt. 368<br><br>2/25/20, Dkt. 383-2 |
| Hebert, Betty | 19-14647 | Damon J. Baldone & Associates | Names every Defendant at every level. | 2/12/20, Dkt. 368<br><br>2/25/20, Dkt. 383-2 |
| Mullins, James | 19-15043 | Golden Law Office | Names every Defendant at all levels above retailer/pharmacy. | 2/12/20, Dkt. 368<br><br>2/25/20, Dkt. 383-2 |