IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | CIVIL NO. 19-2875 (RBK/JS) |
| | Honorable Robert B. Kugler |
| This Document relates to: | District Court Judge |
| | |
| JAMES TOWNSEND, and | Honorable Joe Schneider |
| EARLENE TOWNSEND | Magistrate Judge |
| | |
| vs. | NOTICE OF DISMISSAL |
| | |
| AUROBINDO PHARMA, LTD, et al. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, JAMES TOWNSEND and EARLENE TOWNSEND, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of their voluntary dismissal of all claims asserted against Aurobindo Pharma, LTD., Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC, without prejudice, in the above-entitled matter.

Specifically, Rule 41 (a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its claims without prejudice and without a Court Order by notice at any time prior to the Defendants filing an Answer or moving for summary judgment. As of the filing of this Notice, no Defendant has filed an Answer in this action. In light thereof, Plaintiff asserts that voluntary dismissal by notice alone is appropriate under Rule 41 (a)(1)(A)(i).

DATE:                                          By: _____

8951 Bonita Beach Road, S.E.
Suite 525
Bonita Springs, FL 34135
781-307-2526
kgilman@gilmanlawllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

                              CIPRIANI & WERNER, P.C.

By: _____
       Jessica M. Heinz, Esq.
       jheinz@c-wlaw.com
       450 Sentry Parkway, Ste. 200
       Blue Bell, PA  19422
       Tel:  (610) 567-0700
       Fax: (610) 567-0712