UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: May 27, 2020

**JUDGE ROBERT B. KUGLER**
**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:**   ECR

**TITLE OF CASE:**                    **DOCKET NO.:** 19-md-2875 (RBK)(JS)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
Adam Slater, Esq., for Plaintiffs
Seth Goldberg, Esq. for Defendants

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE
Status conference held on the record.
Order to be entered.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced:   2:00p.m.     Time Adjourned: 2:10p.m.     Total Time in Court: 0:10