# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn°
David M. Estes

Karen G. Kelsen°
Cheryll A. Calderon
Adam M. Epstein°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis

*Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney

°Member of N.J. & N.Y. Bars

May 27, 2020

**VIA ECF**

Honorable Robert Kugler, U.S.D.J.
U.S. District Court - District of New Jersey
Mitchell S. Cohen Building & US Courthouse
1 John F. Gerry Plaza, Courtroom 4D
4th and Cooper Streets
Camden, NJ  08101

Honorable Joel Schneider, U.S.M.J.
U.S. District Court - District of New Jersey
Mitchell S. Cohen Building & US Courthouse
1 John F. Gerry Plaza, Courtroom 3C
4th and Cooper Streets
Camden, NJ  08101

Re:   IN RE: VALSARTAN, LOSARTAN, & IRBESARTAN PRODUCTS LIABILITY LITIGATION
       Civil No. 19-2875 (RBK/JS)

Dear Judge Kugler and Judge Schneider:

Please accept this brief on behalf of the Plaintiffs' Executive Committee and Steering Committee, to supplement the pending motion to permit additional members of the PSC.  We also request the addition of Daniel C. Levin, of Levin Sedran & Berman.  Daniel C. Levin is counsel in Employers & Laborers Locals 100 and 397 Health & Welfare Fund and Steamfitters Local 439 v. Zhejiang Huahai Pharmaceuticals Company, Ltd., et al, No. 3:20-cv-00125.  This action is filed on behalf of a third party payor.  Plaintiffs are an employee welfare benefit plan and employee benefit plan maintained pursuant ¶302(c)(5) of the Labor Management Relations Act, 29 USC ¶186(c)(5).  This action is brought on behalf of a class of similarly situated class members who seek reimbursement for costs associated with the purchase of Valsartan.  A short summary of Mr. Levin's background is attached hereto.

Honorable Robert Kugler, U.S.D.J.
Honorable Joel Schneider, U.S.M.J.
May 27, 2020
Page 2

Thank you for your consideration.

Respectfully,

ADAM M. SLATER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

IN RE: VALSARTAN LOSARTAN AND       :
IRBESARTAN PRODUCTS LIABILITY       :          1:19-md-02875-RBK-JS
LITIGATION                                          :
                                                              :
                                                              :
: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

THIS DOCUMENT RELATES TO:
ALL ACTIONS

**APPLICATION FOR APPOINTMENT OF DANIEL C. LEVIN**
**TO THE PLAINTIFF'S STEERING COMMITTEE**

Daniel C. Levin makes this application for appointment to serve in a leadership position on the proposed Plaintiff's Steering Committee.

Mr. Levin is a member of the firm of Levin Sedran & Berman ("LSB"). He is a graduate of University of Pittsburgh (B.A. 1994) and Oklahoma City University School of Law (J.D. 1997). He is admitted to practice before the Supreme Court of Pennsylvania, United States District Court for the Eastern District of Pennsylvania, United States District Court for the Western District of Pennsylvania and the United States Court of Appeals for the Third Circuit. He is a member of the American, Pennsylvania and Philadelphia County Bar Associations, as well as the American and Pennsylvania Association for Justice. He is Vice President of the Philadelphia Trial Lawyers Association.

Mr. Levin holds an "av" rating from Martindale Hubbell and his peers recognize him as a SuperLawyer. In addition, US News and World Report Best Law Firms ranks LSB National First Tier for mass tort law firms. It also ranked LSB First Tier in Philadelphia for personal injury and mass tort law firms. LSB was also named to THE NATIONAL LAW JOURNAL's

1

inaugural list of *America's Elite Trial Lawyers* in 2014. Partners in the firm are listed in the LEGAL 500, LAW DRAGON 500, Martindale Hubbell's *Directory of Preeminent Attorneys*, as well as in "Best Lawyers in America."

Daniel Levin is appointed to the Steering Committee in *Troyan v. Samsung Electronics America, Inc. et al*; No. 5:17-cv-01096 (W.D. Ok); and *Delaware County, Pennsylvania et al v. Purdue Pharma L.P. et al*, No. CV-2017-008095 (CCP Del. Cty).

Daniel Levin has been part of the litigation team in *In re Orthopedic Bone Screw Products Liability Litigation*, MDL No. 1014 (E.D. Pa.); *In re Diet Drug Litigation*, MDL No. 1203 (E.D. Pa.); *Galanti v. The Goodyear Tire and Rubber Co.*, Civil Action No: 03-209 (D.N.J.); *In re Vioxx Products Liability Litigation*, MDL No. 1657 (E.D. La. 2011); *Cobb v. BSH Home Appliance Corporation, et al*, C.D.Ca. Case No. SACV10-711 DOC (C.D.Cal.); *In Re Human Tissue Products Liability Litigation*, MDL No. 1763 (D.N.J.); *In Re: Chinese Drywall Products Liability Litigation*, MDL 2047 (E.D.La.); *National Football League Players' Concussion Injury Litigation;* No. 2:12-md-02323-AB (E.D.Pa.)*; In Re: Rezulin Products Liability Litigation*, 00 Civ. 2843 (S.D.N.Y.); *In Re: Apple Inc. Device Performance Litigation*; No. 5:18-md-02827 (N.D.Cal.); *In Re: Intel Corp. CPU Marketing, Sales Practices And Products Liability Litigation*; No. 3:18-md-2828 (D.Or); and *In Re: Aqueous Film-Forming Foams (AFFF) Products Liability Litigation*; MDL No. 2:18-mn-2873-RMG.

Daniel Levin has served as Class Counsel in the following automobile defect cases: *Henderson, et al v. Volvo Cars of North America, LLC, et al,* No. 09-cv-4146 (D.N.J)(class action brought on behalf of individuals who purchased Volvo vehicles with defective transmissions) and *Grant, et al v. Bridgestone/Firestone, Inc. and Ford Motor Company*,

September Term, 2000, No. 003668 (C.C.P. Phila.)(involving the Ford Explorer debate). Mr. Levin has also served as class counsel in the following cases: *Kowa v. The Auto Club Group*, No. 11-7476 (N.D.Ill.); *Kurian v. County of Lancaster*, 2:07-cv-03482 (E.D.Pa.); *Gwaizdowski v. County of Chester,* Civil Action No. 08-CV-4463 (E.D. Pa. 2012); *Meneghin, The Exxon Mobile Corporation, et al.*, Civil Action No. OCN-002697-07 (Superior Court, Ocean County, NJ 2012); *Johnson, et al v. Walsh, et al*, April Term 2008, No. 2012 (C.P.Phila); *Muscara v. Nationwide,* October Term 2000, Civil Action No.: 001557 (C.P.Phila); and *Wong v. First Union*, May Term 2003, Civil Action No. 001173 (C.P.Phila); *Harry Delandro, et al v. County of Allegheny, et al*, Civil Action No. 2:06-CV-927 (W.D.Pa.); *Nakisha Boone, et al v. City of Philadelphia, et al*, Civil Action No. 05-CV-1851 (E.D.Pa.); *Helmer, et al v. the Goodyear Tire & Rubber Co.,* D.Co. Civil Action No. 1:12-00685-RBJ (D.Colo.); *Schappell v. State Farm Mutual Automobile Insurance Company,* No. 1331 S2001 (C.P. Dauphin); *Ortiz v. Complete Healthcare Resources, Inc., et al,* Montgomery CCP No. 12-12609; *Butterline, et al v. the Bank of New York Mellon Trust Company, National Association, et al*, No. 15-01429 (E.D.Pa.); *Martinez v. Capstone Restaurant Group, LLC et al*, No. 1:20-cv-01017 (D.Col.); *Mullins v. Kroger, et al*, No. 1:19-cv-00964 (S.D. Ohio); *Gallagher v. Charter Foods, Inc.*, No. 2:20-cv-00049 (W.D.Pa.); and *McGhee et al v. Toms King, LLC*, No. 2:19-cv-01470 (W.D.Pa.).

Along with Daniel Levin's class action and mass tort experience, Mr. Levin also has extensive experience in individual litigation where he handles and prosecutes claims on behalf of railroad workers involved in workplace accidents. Daniel Levin has also successfully prosecuted and hired complex individual actions on behalf of individuals involved in products liability, medical malpractice, automobile accidents, drug and medical device actions. This

3

experience will inform and assist Mr. Levin to better the Plaintiffs' Steering Committee if approved.

Given Daniel Levin and his firm's experience in complex litigation of this nature, has proven abilities to perform complicated administrative tasks, ability to work well with other counsel and commitment to this litigation, he respectfully requests appointment to the Plaintiffs Steering Committee.   Daniel Levin dedicates his resources, as well as that of his firm, to working with and serving Your Honor in any capacity that the Court deems appropriate.

                      Respectfully submitted,

Dated:

         */s/ Daniel C. Levin*
Daniel C. Levin, Esquire (PA Bar No. 80013)
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
dlevin@lfsblaw.com

4

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on _____ a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Daniel C. Levin*
Daniel C. Levin