# EXHIBIT B

Wednesday, May 20, 2020 at 12:17:21 PM Eastern Daylight Time

**Subject:**     Re: Valsartan: Search Term Discussion
**Date:**        Monday, January 20, 2020 at 10:17:43 AM Eastern Standard Time
**From:**        Frank H. Stoy
**To:**          Behram V. Parekh
**Attachments:** image503496.png, image001.png, image195503.png, image854160.png

Behram,

I am just following up on my prior message. Please let me know when you have time to discuss. I do not want to delay, as our custodial document collection and review is on hold pending the resolution of several threshold issues related to search terms.  I anticipate that you and I will be able to work through these issues expeditiously, and I look forward to speaking with you.

Thanks,
Frank

---

**Frank H. Stoy, Esquire**
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
38th Floor, One Oxford Centre
Pittsburgh, PA 15219
Office: 412-263-4397 | Fax: 412-263-4258
FHS@Pietragallo.com| BIO|vCard
Connect with me on LinkedIn: 


PIETRAGALLO
PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP

This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s).  If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited.  If you have received this e-mail in error, please immediately notify Pietragallo Gordon Alfano Bosick & Raspanti, LLP by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.
**From:** Frank H. Stoy <FHS@Pietragallo.com>
**Sent:** Thursday, January 16, 2020 11:59 AM
**To:** Behram V. Parekh
**Subject:** Valsartan: Search Term Discussion

Behram,

Mylan has identified a few discrete issues related to the plaintiffs' custodial search terms that have arisen during the document collection process. I would like to discuss these issues with you.  Please let me know if you have some availability for a call with me early next week.

Thank you.
Frank


**Frank H. Stoy, Esquire**
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
38th Floor, One Oxford Centre
Pittsburgh, PA 15219
Office: 412-263-4397 | Fax: 412-263-4258
FHS@Pietragallo.com| BIO|vCard
Connect with me on LinkedIn:



This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s).  If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited.  If you have received this e-mail in error, please immediately notify Pietragallo Gordon Alfano Bosick & Raspanti, LLP by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.