# EXHIBIT D

Drug Names

| |
|---|
| *Valsartan* |
| amlodipine* |
| Diovan* |
| Exforg* |
| sartan or sartans |

**&lt;drug names modifiers&gt;**

NOTE:
Removed:
HCT or HCTZ

Solvents

| | |
|---|---|
| *azide* | |
| *formaldehyde* | |
| *-N3* | |
| *xylene* | |
| aqueous* | |
| chloramin* | |
| HNO2 | |
| hydrochlor* | |
| N-3* | |
| NaNO* | |
| tolue* | |
| Tributyl* or TIN | |
| Triethyl* or TEA | |
| zinc /3 chloride | |
| ZnCl* | |

**<solvents modifiers>**

NOTE:

Removed:

acid

Medical Conditions

| |
|---|
| bladder* |
| cancer* or precancer* or pre-cancer* |
| colon* |
| death* or dead or fatal |
| esophag* |
| gastro* |
| intestin* |
| kidn* or renal* |
| laten* |
| leukemia* |
| liver* |
| lymphoma* |
| MedWatch* or "Safety Information and Adverse Event Reporting" |
| muta* |
| myeloma* |
| NHL or non-hodgkin* |
| toxicolog* |
| oncolog* |
| ovar* |
| pancrea* |
| prostate* |
| stomach* |

NOTES:

Removed:

"adverse event*" or AER*

blood*

PADER

onset

Facility Names

Manufacturer Defendant Specific

# &lt;facility names modifiers&gt;

| |
|---|
| (*90483* OR *90866* OR *78020*) |
| (EIR OR "establishment inspection report") AND <facility name> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) |
| (OAI or "official action indicated") AND <facility name> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) |
| ("voluntary action indicated") AND <facility name> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) |
| *diethylamine or "*diethyl amine" |
| *dimethylamine or "*dimethyl amine" |
| *dimethylformamide |
| *dimethylmethanamide |
| *ghost* |
| *NDEA* |
| *NDMA* |
| *nitra* |
| *nitrite* |
| *nitrosa* |
| *nitroso* |
| *NMBA* (deferred to after JPML decision) |
| *trosomine* |
| ((Form483) or (Form /3 483) or (483 /3 letter) or (483 /3 warn*) or (704 pre/3 b)) AND <facility name> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) |
| C2H6N2O or "(CH3)2NN=O" or "CH32NN=O" or "(CH3)2NC(O)H" or CH32NCOH or C3H7NO or "(CH3CH2)2NH" or CH3CH22NH or C4H11N or "(CH3)2NH" or CH32NH or C2H7N or "(C2H5)2NNO" or C2H52NNO or C4H10N2O |
| carcin* AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) |
| deviat* /5 cancer* or deviat* /5 toxic or or deviat* /5 hazard* or deviat* /5 fatal |
| (FDA /10 warning) AND <facility name> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) |
| gene* /3 mutat* |
| genotoxic* AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) |
| solvent /5 cancer* or solvent /5 toxic or or solvent /5 hazard* or solvent /5 fatal |
| solvent* /5 contamin* |

Standalone

| |
|---|
| (test* /5 canc*) AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) |
| Valisure* |

Regulatory

| |
|---|
| ("adverse event*" or AER) /50 <drug name> /50 <medical conditions> |
| "prior approval supplement" /50 (<drug name> OR (ANDA Numbers)) |
| adulterat* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR <facility names>) |
| alert* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR <facility names>) |
| Citizen* pre/3 Petition /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR <facility names>) |
| import* /3 (ban or alert or restrict*) /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) |
| inadequat* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR <facility names>) |
| inspect* /50 <drug name> |
| investigat* /50 <drug name> |
| major /3 change /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR (*78020* OR *90866* OR *90483*)) |
| minor /3 change /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR (*78020* OR *90866* OR *90483*)) |
| moderate /3 change /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR (*78020* OR *90866* OR *90483*)) |
| Monthly /3 update /50 (<drug name> or (<Solvents> AND NOT <other drug names>))) |
| (official pre/3 action* /4 indicat* ) /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR <facility names>) |
| observation* /50 (<drug name> OR <facility name>) |
| (OOS or "out of spec*" or "out-of-spec*") /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR <facility names>) |
| (OOT or "out-of-trend" or "out of trend") /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR <facility names>) |
| PADER* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR <facility names>) |
| VAI or (voluntary pre/3 action* /4 indicat*) /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR <facility names>) |
| violat* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR <facility names>) |

NOTES:
REMOVED:
"changes being effected"
CFR or eCFR or "code of federal regulations" or USC or "United States Code" or "Title 21"
(Establishment pre/3 Inspection)
warn*
(master /3 file) /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)))

MOVED:
CAPA or corrective pre/3 "preventive action" to QA-Testing tab

| |
|---|
| ((bottle pre/2 lies) or Eban) /50 ("inspect*" OR "FDA" OR "Food /50 Drug Administration" OR FDA OR USFDA OR "US-FDA" OR "Agency" OR "recall" OR <medical conditions> OR <drug name> OR (<Solvents> AND NOT <other drug names>)) OR test OR chromatog* OR peak) |
| (bury OR burie* OR conceal*) /50 ("inspect*" OR "FDA" OR "Food /50 Drug Administration" OR FDA OR USFDA OR "US-FDA" OR "Agency" OR "recall" OR <medical conditions> OR <drug name> OR (<Solvents> AND NOT <other drug names>)) OR test OR chromatog* OR peak) |
| (cGMP* or (current pre/5 manufacturing) or GMP*) /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR inspect* OR violat* |
| ("cover up*" or coverup* or "cover-up*") /50 ("inspect*" OR "FDA" OR "Food /50 Drug Administration" OR FDA OR USFDA OR "US-FDA" OR "Agency" OR "recall" OR <medical condictions> OR <drug name> OR (<Solvents> AND NOT <other drug names>)) OR test OR chromatog* OR peak) |
| (crash* or disaster*) /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR "backup /3 data" OR "test") |
| (data /4 integrity or data /4 reliabl*) /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR "backup /3 data" OR "test" or chromatog*) |
| (destroy* NOT "immediately destroy all electronic") /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR facilities names OR test OR chromatog* OR backup /3 data) |
| delet* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR facilities names OR test OR chromatog* OR backup /3 data) |
| destroy* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR facilities names OR test OR chromatog* OR backup /3 data) |
| trash* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR facilities names OR test OR chromatog* OR backup /3 data) |
| shred* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR facilities names OR test OR chromatog* OR backup /3 data) |
| (hide* OR suppress*) /50 ("inspect*" OR "FDA" OR "Food /50 Drug Administration" OR FDA OR USFDA OR "US-FDA" OR "Agency" OR "recall" OR <medical conditions> OR <drug name> OR (<Solvents> AND NOT <other drug names>)) OR test OR chromatog* OR peak) |
| whistleblow* /50 ("inspect*" OR "FDA" OR "Food /50 Drug Administration" OR FDA OR USFDA OR "US-FDA" OR "Agency" OR "recall" OR <medical conditions> OR <drug name> OR (<Solvents> AND NOT <other drug names>)) OR test OR chromatog* OR peak) |

NOTES:
Removed:

remov*

| |
|---|
| ("anion-exchange" OR anionexchange OR "anion exchange") /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) |
| ("ion-exchange" OR ionexchange OR "ion exchange") /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) |
| *PCRC* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) |
| ALS /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) |
| bioequiv* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) |
| (CAPA or corrective pre/3 "preventive action") /50 <facility name> /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR QA OR "quality assurance" OR QC OR "quality control" OR Chromato* OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") |
| Chromato* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") |
| contami* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*") |
| degradant* or impurit* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") |
| detect* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") |
| EI-MS or EL-MS or "electron ionization" /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) |
| elude* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") |
| fatal* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) |
| GC or "GC-FID" or GCMS or "GC-MS" /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) |
| hazard* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") |
| heat /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") |
| HPLC-UV /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) |
| HS /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) |
| incomplet* /5 data* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR facilities names OR test OR chromatog* OR peak) |
| LCMS (<drug name> OR (<Solvents> AND NOT <other drug names>))) |
| mass spectro* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") |
| "method /5 qualification" /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) |

| |
|---|
| noise* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") |
| "noti* w/5 pharm*" /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) |
| obscure* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") |
| "press /4 release" /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) |
| "preventative /5 action" /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) |
| puri* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") |
| recall* /50 <drug name> |
| "repe* /4 error*" /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") |
| residu* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") |
| retrospec* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) |
| risk* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") |
| signal*  /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 impurit*" OR "unknown /3 contamin*") |
| spectro*  /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 impurit*" OR "unknown /3 contamin*") |
| spike* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 impurit*" OR "unknown /3 contamin*") |
| suitab* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 impurit*" OR "unknown /3 contamin*") |
| toxic* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 impurit*" OR "unknown /3 contamin*") |

NOTES:
REMOVED:
fail*
observation
problem
quality
headspace
unknown* or unk or unks

validat*

aberran* /50 abnorm* /50 complain* /50 peak* used as modifiers rather than search terms

| | |
|---|---|
| "PROCESS I" or "PROCESS II" | |
| assay* | |
| assessment* | |
| batch /5 records | |
| biocompat* | |
| byproduct* | |
| certificat* | |
| change* /3 control* | |
| change* /5 process* | |
| COA or certificat* pre/3 analys* | |
| concentra* | |
| condensa* | |
| conversion* | |
| critical /4 change | |
| crude* | |
| deviat* | |
| diastereo* | |
| discrepanc* | |
| esterficat* | |
| *formaldehyde* | |
| malfunct* | |
| material* /3 loss* | |
| moiety or moieties | |
| process /5 change | |
| quench* | |
| reagent* | |
| reclaim* | |
| recover* | |
| recycl* /2 solvent AND <drug name> | |
| repack* or "re-pack*" | |
| resal* | |
| resell* | |
| reuse* | |
| ring* | |
| suppress* | |
| TEA or Triethyl* | |
| temperature | |
| TIN or Tributyl* | |
| yield* | |

**\<Term\> /50 (\<Drug Name\> OR (\<Solvents\> AND NOT \<other drug names\>))**

NOTES:

Removed:
error*
expir*
solvent*

Moved:
CAPA or corrective pre/3 "preventive action" to QA-Testing tab

Medical Conditions

| | |
|---|---|
| bladder* | |
| cancer* or precancer* or pre-cancer* | |
| colon* | |
| death* or dead or fatal | |
| esophag* | |
| gastro* | |
| intestin* | |
| kidn* or renal* | |
| laten* | |
| leukemia* | |
| liver* | |
| lymphoma* | |
| muta* | |
| myeloma* | |
| NHL or non-hodgkin* | |
| toxicolog* | |
| onset* | |
| oncolog* | |
| ovar* | |
| pancrea* | |
| prostate* | |
| stomach* | |

**\<Term\> /50 (\<Drug Name\> OR (\<Solvents\> AND NOT \<other drug names\>))**

NOTES:

Removed:

blood*

| Entities |
|---|
| Alembic |
| ABDC or Amerisource* or "American Health Packaging" or AHP |
| Amerigen |
| ANDA /3 Inc* |
| Auro* or APL or APUSA |
| boehringer ingelheim |
| Bristol |
| Camber |
| Cobalt |
| Forest |
| Hetero |
| Huahai |
| Indoco |
| Ivax |
| Jubilant |
| Lantech* |
| Matrix |
| Macleod* |
| Mylan |
| Novartis |
| Par |
| Prinston |
| Qualanex |
| Ranbaxy |
| Sandoz |
| Syncore |
| Synthon |
| Teva |
| Torrent |
| Unichem |
| Watson |
| Zhejian* |
| ZHP |

**<Term> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>))**