# EXHIBIT F

|  | Hits | Gigabytes |
|---|---:|---:|
| (*90483* OR *90866* OR *78020*) | 2,887 | 8.56 |
| (EIR OR "establishment inspection report") AND <facility name> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) | 26,264 | 155.09 |
| (OAI or "official action indicated") AND <facility name> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) | 3,241 | 14.27 |
| ("voluntary action indicated") AND <facility name> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) | 374 | 0.90 |
| *diethylamine or "*diethyl amine" | 33,436 | 117.05 |
| *dimethylamine or "*dimethyl amine" | 41,618 | 81.72 |
| *dimethylformamide | 41,261 | 96.33 |
| *dimethylmethanamide | 37 | 0.23 |
| *ghost* | 7,475 | 11.61 |
| *NDEA* | 69,935 | 226.70 |
| *NDMA* | 80,542 | 269.98 |
| *nitra* | 73,475 | 176.48 |
| *nitrite* | 51,400 | 120.44 |
| *nitrosa* | 59,164 | 196.53 |
| *nitroso* | 52,097 | 134.84 |
| *NMBA* (deferred to after JPML decision) | 10,340 | 17.13 |
| *trosomine* | 0 | 0.00 |
| ((Form483) or (Form /3 483) or (483 /3 letter) or (483 /3 warn*) or (704 pre/3 b)) AND <facility name> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) | 10,289 | 23.63 |
| C2H6N2O or "(CH3)2NN=O" or "CH32NN=O" or "(CH3)2NC(O)H" or CH32NCOH or C3H7NO or "(CH3CH2)2NH" or CH3CH22NH or C4H11N or "(CH3)2NH" or CH32NH or C2H7N or "(C2H5)2NNO" or C2H52NNO or C4H10N2O | 607 | 3.93 |
| carcin*  AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) | 58,960 | 144.91 |
| deviat* /5 cancer* or deviat* /5 toxic or or deviat* /5 hazard* or deviat* /5 fatal | 430 | 1.09 |
| (FDA /10 warning)  AND <facility name> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) | 15,180 | 172.98 |
| gene* /3 mutat* | 18,649 | 33.79 |
| genotoxic* AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) | 83,605 | 207.48 |
| solvent /5 cancer* or solvent /5 toxic or or solvent /5 hazard* or solvent /5 fatal | 3,883 | 11.79 |
| solvent* /5 contamin* | 14,214 | 25.17 |

| | | |
|---|---:|---:|
| (test* /5 canc*) AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) | 9,632 | 22.36 |
| Valisure* | 1,704 | 5.52 |

Regulatory   Page 3

| | Hits | Gigabytes |
|---|---:|---:|
| ("adverse event*" or AER) /50 <drug name>  /50 <medical conditions> | 773 | 0.75 |
| "prior approval supplement" /50 (<drug name> OR (*78020* OR *90866* OR *90483*)) | 633 | 0.47 |
| adulterat* /50 (<drug name> OR <solvents> OR <facility names>) | 740 | 0.94 |
| alert* /50 (<drug name> OR <solvents> OR <facility names>) | 68,166 | 212.93 |
| Citizen* pre/3 Petition /50 (<drug name> OR <solvents> OR <facility names>) | 4,752 | 10.22 |
| import* /3 (ban or alert or restrict*) /50 (<drug name> OR <solvents>) | 4,484 | 60.49 |
| inadequat* /50 (<drug name> OR <solvents> OR <facility names>) | 18,212 | 36.23 |
| inspect* /50 <drug name> | 51,954 | 157.43 |
| investigat* /50 <drug name> | 111,434 | 332.94 |
| major /3 change /50 (<drug name> OR <solvents> OR (*78020* OR *90866* OR *90483*)) | 4,372 | 10.47 |
| minor /3 change /50 (<drug name> OR <solvents> OR (*78020* OR *90866* OR *90483*)) | 6,024 | 32.81 |
| moderate /3 change /50 (<drug name> OR <solvents> OR (*78020* OR *90866* OR *90483*)) | 69 | 0.12 |
| Monthly /3 update /50 (<drug name> or <solvents>) | 430 | 0.33 |
| (official pre/3 action* /4 indicat* ) /50 (<drug name> OR <solvents> OR <facility names>) | 219 | 1.00 |
| observation* /50 (<drug name>  OR <facility name>) | 133,771 | 381.93 |
| (OOS or "out of spec*" or "out-of-spec*") /50 (<drug name> OR <solvents> OR <facility names>) | 325,512 | 627.58 |
| (OOT or "out-of-trend" or "out of trend") /50 (<drug name> OR <solvents> OR <facility names>) | 128,512 | 239.24 |
| PADER* /50 (<drug name> OR <solvents> OR <facility names>) | 1,305 | 1.24 |
| (VAI or (voluntary pre/3 action* /4 indicat*)) /50 (<drug name> OR <solvents> OR <facility names>) | 7,197 | 97.52 |
| violat* /50 (<drug name> OR <solvents> OR <facility names>) | 8,634 | 41.70 |

NOTES:
REMOVED:
"changes being effected"
CFR or eCFR or "code of federal regulations" or USC or "United States Code" or "Title 21"
(Establishment pre/3 Inspection)
warn*
(master /3 file) /50 (<drug name> OR <solvents>)

MOVED:
CAPA or corrective pre/3 "preventive action" to QA-Testing tab

| | Hits | Gigabytes |
|---|---|---|
| ((bottle pre/2 lies) or Eban) /50 ("inspect*" OR "FDA" OR "Food /50 Drug Administration" OR FDA OR USFDA OR "US-FDA" OR "Agency" OR "recall" OR <medical conditions> OR <drug name> OR <solvents> OR test OR chromatog* OR peak) | 489 | 0.40 |
| (bury OR burie* OR conceal*) /50 ("inspect*" OR "FDA" OR "Food /50 Drug Administration" OR FDA OR USFDA OR "US-FDA" OR "Agency" OR "recall" OR <medical conditions> OR <drug name> OR <solvents> OR test OR chromatog* OR peak) | 4,070 | 9.19 |
| (cGMP* or (current pre/5 manufacturing) or GMP*) /50 (<drug name> OR <solvents> OR inspect* OR violat* | 319,273 | 693.10 |
| ("cover up*" or coverup* or "cover-up*") /50 ("inspect*" OR "FDA" OR "Food /50 Drug Administration" OR FDA OR USFDA OR "US-FDA" OR "Agency" OR "recall" OR <medical condictions> OR <drug name> OR <solvents> OR test OR chromatog* OR peak) | 635 | 1.16 |
| (crash* or disaster*) /50 (<drug name> OR <solvents> OR "backup /3 data" OR "test") | 5,640 | 14.62 |
| (data /4 integrity or data /4 reliabl*) /50 (<drug name> OR <solvents> OR "backup /3 data" OR "test" or chromatog*) | 33,744 | 88.84 |
| (destroy* NOT "immediately destroy all electronic") /50 (<drug name> OR <solvents> OR facilities names OR test OR chromatog* OR backup /3 data) | 32,795 | 101.82 |
| delet* /50 (<drug name> OR <solvents> OR facilities names OR test OR chromatog* OR backup /3 data) | 201,855 | 266.35 |
| destroy* /50 (<drug name> OR <solvents> OR facilities names OR test OR chromatog* OR backup /3 data) | 47,209 | 127.38 |
| trash* /50 (<drug name> OR <solvents> OR facilities names OR test OR chromatog* OR backup /3 data) | 1,210 | 4.41 |
| shred* /50 (<drug name> OR <solvents> OR facilities names OR test OR chromatog* OR backup /3 data) | 6,243 | 22.79 |
| (hide* OR suppress*) /50 ("inspect*" OR "FDA" OR "Food /50 Drug Administration" OR FDA OR USFDA OR "US-FDA" OR "Agency" OR "recall" OR <medical conditions> OR <drug name> OR <solvents> OR test OR chromatog* OR peak) | 87,076 | 84.07 |
| whistleblow* /50 ("inspect*" OR "FDA" OR "Food /50 Drug Administration" OR FDA OR USFDA OR "US-FDA" OR "Agency" OR "recall" OR <medical conditions> OR <drug name> OR <solvents> OR test OR chromatog* OR peak) | 2,504 | 1.82 |

NOTES:

Removed:

remov*

| | Hits | Gigabytes |
|---|---|---|
| ("anion-exchange" OR anionexchange OR "anion exchange") /50 (<drug name> OR <solvents>) | 1,003 | 2.52 |
| ("ion-exchange" OR ionexchange OR "ion exchange") /50 (<drug name> OR <solvents>) | 1,838 | 5.42 |
| *PCRC* /50 (<drug name> OR <solvents>) | 76 | 0.57 |
| ALS /50 (<drug name> OR <solvents>) | 2,285 | 7.31 |
| bioequiv* /50 (<drug name> OR <solvents>) | 17,221 | 26.12 |
| (CAPA or corrective pre/3 "preventive action") /50 <facility name> /50 (<drug name> OR <solvents> OR QA OR "quality assurance" OR QC OR "quality control" OR Chromato* OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 82,069 | 304.06 |
| Chromato* /50 (<drug name> OR <solvents> OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 191,390 | 501.35 |
| contami* /50 (<drug name> OR <solvents> OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*") | 98,309 | 414.03 |
| degradant* or impurit* /50 (<drug name> OR <solvents> OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 513,437 | 1,020.00 |
| detect* /50 (<drug name> OR <solvents> OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 180,412 | 595.55 |
| EI-MS or EL-MS or "electron ionization" /50 (<drug name> OR <solvents>) | 17 | 0.02 |
| elude* /50 (<drug name> OR <solvents> OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 286 | 0.07 |
| fatal* /50 (<drug name> OR <solvents>) | 3,395 | 7.26 |
| GC or "GC-FID" or GCMS or "GC-MS" /50 (<drug name> OR <solvents>) | 145,607 | 286.75 |
| hazard* /50 (<drug name> OR <solvents> OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 26,688 | 143.63 |
| heat /50 (<drug name> OR <solvents> OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 49,940 | 121.79 |
| HPLC-UV /50 (<drug name> OR <solvents>) | 0 | 0.00 |
| HS /50 (<drug name> OR <solvents>) | 13,881 | 36.59 |
| incomplet* /5 data* /50 (<drug name> OR <solvents> OR facilities names OR test OR chromatog* OR peak) | 10,686 | 38.72 |
| LCMS (<drug name> OR <solvents>) | 13,514 | 16.24 |
| mass spectro* /50 (<drug name> OR <solvents> OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 7,746 | 27.41 |
| "method /5 qualification" /50 (<drug name> OR <solvents>) | 1,502 | 2.15 |
| noise* /50 (<drug name> OR <solvents> OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 18,527 | 42.78 |
| "noti* w/5 pharm*" /50 (<drug name> OR <solvents>) | 5,532 | 4.57 |
| obscure* /50 (<drug name> OR <solvents> OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 740 | 2.16 |
| "press /4 release" /50 (<drug name> OR <solvents>) | 6,627 | 48.28 |
| "preventative /5 action" /50 (<drug name> OR <solvents>) | 1,025 | 1.71 |
| puri* /50 (<drug name> OR <solvents> OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 226,078 | 554.80 |
| recall* /50 <drug name> | 39,471 | 252.16 |
| "repe* /4 error*" /50 (<drug name> OR <solvents> OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 1,125 | 4.31 |

| | | |
|---|---:|---:|
| residu* /50 (<drug name> OR <solvents> OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 199,202 | 566.57 |
| retrospec* /50 (<drug name> OR <solvents>) | 6,054 | 12.28 |
| risk* /50 (<drug name> OR <solvents> OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 210,727 | 664.78 |
| signal* /50 (<drug name> OR <solvents> OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 20,007 | 54.34 |
| spectro* /50 (<drug name> OR <solvents> OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 40,174 | 236.21 |
| spike* /50 (<drug name> OR <solvents> OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 25,380 | 84.60 |
| suitab* /50 (<drug name> OR <solvents> OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 134,529 | 387.07 |
| toxic* /50 (<drug name> OR <solvents> OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 44,403 | 155.75 |

NOTES:
REMOVED:
fail*
observation
problem
quality
headspace
unknown* or unk or unks
validat*
aberran* /50 abnorm* /50 complain* /50 peak* used as modifiers rather than search terms

Manufacturing

Page 7

|  | Hits | Gigabytes |
|---|---:|---:|
| "PROCESS I" or "PROCESS II" | 5,821 | 26.29 |
| assay* | 194,227 | 535.75 |
| assessment* | 128,558 | 448.50 |
| batch /5 records | 24,068 | 65.07 |
| biocompat* | 786 | 2.01 |
| byproduct* | 4,098 | 8.83 |
| certificat* | 63,350 | 176.71 |
| change* /3 control* | 73,130 | 194.17 |
| change* /5 process* | 56,936 | 166.85 |
| COA or certificat* pre/3 analys* | 133,379 | 330.26 |
| concentra* | 88,002 | 296.94 |
| condensa* | 12,937 | 31.59 |
| conversion* | 24,023 | 94.85 |
| critical /4 change | 543 | 0.59 |
| crude* | 54,381 | 101.16 |
| deviat* | 60,059 | 176.50 |
| diastereo* | 5,068 | 13.34 |
| discrepanc* | 17,587 | 25.95 |
| esterficat* | 26 | 0.03 |
| *formaldehyde* | 42,000 | 84.00 |
| malfunct* | 5,964 | 15.12 |
| material* /3 loss* | 1,404 | 2.37 |
| moiety or moieties | 6,097 | 22.14 |
| process /5 change | 41,199 | 143.67 |
| quench* | 11,222 | 25.55 |
| reagent* | 76,034 | 200.59 |
| reclaim* | 146 | 0.16 |
| recover* | 139,542 | 377.30 |
| recycl* /2 solvent AND <drug name> | 1,026 | 669.56 |
| repack* or "re-pack*" | 12,829 | 131.06 |
| resal* | 120 | 1.05 |
| resell* | 72 | 0.57 |
| reuse* | 4,601 | 8.49 |
| ring* | 19,039 | 66.54 |
| suppress* | 3,538 | 9.56 |
| TEA or Triethyl* | 232,891 | 395.20 |
| temperature | 122,825 | 306.32 |
| TIN or Tributyl* | 102,102 | 274.95 |
| yield* | 107,458 | 258.39 |

**\<Term\> /50 (\<Drug Name\> OR (\<Solvents\> AND NOT \<other drug names\>))**

NOTES:
Removed:
error*
expir*
solvent*

Moved:
CAPA or corrective pre/3 "preventive action" to QA-Testing tab

Medical Conditions

Page 8

|  | Hits | Gigabytes |
|---|---|---|
| bladder* | 2,013 | 4.84 |
| cancer* or precancer* or pre-cancer* | 18,558 | 25.98 |
| colon* | 3,810 | 10.52 |
| death* or dead or fatal | 9,588 | 33.05 |
| esophag* | 1,033 | 2.02 |
| gastro* | 13,874 | 42.66 |
| intestin* | 3,552 | 9.14 |
| kidn* or renal* | 8,936 | 22.22 |
| laten* | 435 | 1.00 |
| leukemia* | 2,663 | 7.17 |
| liver* | 7,627 | 17.68 |
| lymphoma* | 2,793 | 9.66 |
| muta* | 11,286 | 26.72 |
| myeloma* | 738 | 2.25 |
| NHL or non-hodgkin* | 703 | 1.51 |
| toxicolog* | 14,342 | 72.88 |
| onset* | 4,457 | 13.53 |
| oncolog* | 7,244 | 13.93 |
| ovar* | 2,510 | 6.13 |
| pancrea* | 5,236 | 12.16 |
| prostate* | 1,502 | 3.61 |
| stomach* | 3,958 | 9.12 |

**&lt;Term&gt; /50 (&lt;Drug Name&gt; OR (&lt;Solvents&gt; AND NOT &lt;other drug names&gt;))**

NOTES:

Removed:

blood*

|  | Hits | Gigabytes |
|---|---:|---:|
| Alembic | 20,176 | 83.89 |
| ABDC or Amerisource* or "American Health Packaging" or AHP | 33,542 | 65.58 |
| Amerigen | 1,596 | 4.04 |
| ANDA /3 Inc* | 23,300 | 84.28 |
| Auro* or APL or APUSA | 106,913 | 418.46 |
| boehringer ingelheim | 27,301 | 67.32 |
| Bristol | 34,387 | 86.59 |
| Camber | 3,519 | 8.38 |
| Cobalt | 16,198 | 47.01 |
| Forest | 19,874 | 96.24 |
| Hetero | 61,501 | 271.60 |
| Huahai | 40,432 | 138.15 |
| Indoco | 4,318 | 20.33 |
| Ivax | 5,564 | 12.38 |
| Jubilant | 37,872 | 74.63 |
| Lantech* | 26,910 | 46.88 |
| Macleod* | 10,622 | 36.41 |
| Novartis | 68,256 | 213.80 |
| Par | 61,255 | 238.45 |
| Prinston | 1,777 | 2.41 |
| Qualanex | 39 | 0.10 |
| Ranbaxy | 39,513 | 72.14 |
| Sandoz | 86,690 | 404.67 |
| Syncore | 182 | 0.22 |
| Synthon | 22,884 | 195.29 |
| Teva | 171,183 | 526.46 |
| Torrent | 74,777 | 219.07 |
| Unichem | 51,211 | 198.26 |
| Watson | 30,491 | 76.18 |
| Zhejian* | 89,398 | 313.60 |
| ZHP | 689 | 1.47 |

**<Term> AND (<Drug Name> OR (<Solvents> AND NOT**