# EXHIBIT G

| Term | Item Count | GB volume |
|---|---|---|
| (*11025* OR *18253* OR *202223* OR *203311* OR *203820* OR *20473* OR *205347* OR *20939* OR *23491* OR *24544* OR *24873* OR *29392* OR *77530* OR *78030* OR *90483* OR *90642* OR *90866* OR *91235*) | 23,803 | 59.38 |
| EIR OR "establishment inspection report" | 71,224 | 198.39 |
| OAI OR "official action indicated" | 9,470 | 20.43 |
| "voluntary action indicated" | 2,110 | 2.41 |
| *diethylamine OR "*diethyl amine" | 32,013 | 112.22 |
| *dimethylamine OR "*dimethyl amine" | 38,470 | 72.03 |
| *dimethylformamide OR DMF | 791,959 | 974.17 |
| *dimethylmethanamide | 36 | 0.21 |
| *ghost* | 7,269 | 11.12 |
| *NDEA* | 64,108 | 209.28 |
| *NDMA* | 71,375 | 232.14 |
| *nitra* | 70,133 | 164.86 |
| *nitrite* | 47,102 | 109.99 |
| *nitrosa* | 44,691 | 172.46 |
| *nitroso* | 45,467 | 120.45 |
| *NMBA* (deferred to after JPML decision) | 7,862 | 9.89 |
| *trosomine* | 0 | 0.00 |
| (Form483) OR (Form /3 483) OR (483 /3 letter) OR (483 /3 warn*) OR (704 pre/3 b) | 51,574 | 59.49 |
| C2H6N2O OR "(CH3)2NN=O" OR "CH32NN=O" OR "(CH3)2NC(O)H" OR CH32NCOH OR C3H7NO OR "(CH3CH2)2NH" OR CH3CH22NH OR C4H11N OR "(CH3)2NH" OR CH32NH OR C2H7N OR "(C2H5)2NNO" OR C2H52NNO OR C4H10N2O | 591 | 3.82 |
| carcin* | 89,277 | 169.54 |
| deviat* /5 cancer* OR deviat* /5 toxic OR or deviat* /5 hazard* OR deviat* /5 fatal | 424 | 1.11 |
| FDA /10 warning | 73,989 | 204.97 |
| gene* /3 mutat* | 18,239 | 32.64 |
| genotoxic* | 134,084 | 237.75 |
| solvent /5 cancer* OR solvent /5 toxic OR or solvent /5 hazard* OR solvent /5 fatal | 3,656 | 11.15 |
| solvent* /5 contamin* | 12,074 | 19.71 |
| (test* /5 canc*) AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) | 11,226 | 24.85 |
| tetrazol* | 26,142 | 73.93 |
| Valisure* | 554 | 0.50 |
| **Search total** | **1,172,308** | **1,443.84** |
| **Search total without "DMF"** | **582,382** | **1,044.48** |

# <term> (no modifiers)^

^Except if run against custodians in management over more than one facility, in which case to be run as indicated in agreed to procedure.

| Last Name | First Name | Item Count | GB volume |
|---|---|---:|---:|
| Agrawal | Atul | 18,058 | 20.19 |
| Akhtar | Saleem | 911 | 1.49 |
| Amin | Pankaj | 55,177 | 34.34 |
| Arasu | | 71,305 | 245.28 |
| Arista | | 2,118 | 3.18 |
| Arroyo | | 5,575 | 5.37 |
| Baker | Peter | 31,828 | 79.13 |
| Barreto | | 1,995 | 4.80 |
| Barrowcliff | | 154 | 0.08 |
| Bellamy | | 251 | 0.74 |
| Bernard | Tonia | 9,627 | 16.57 |
| Bizjak | | 915 | 0.94 |
| Boyd | Justin | 10,657 | 13.12 |
| Bretz | Paula | 215 | 0.20 |
| Brown | Darren | 106,037 | 429.63 |
| Cartwright | | 50,560 | 69.10 |
| Casale | | 298 | 0.77 |
| Chapman | Johnathan | 8,870 | 12.16 |
| Charity | Antony | 4,678 | 5.01 |
| Chester | Bonita | 3,362 | 7.63 |
| Clausen | | 464 | 2.28 |
| Cosgrove | | 17,576 | 21.80 |
| Cruz | | 20,968 | 36.28 |
| Dezan | | 604 | 516.31 |
| Dickinson | Gwyn | 7,592 | 16.59 |
| Dobbin | | 618 | 0.30 |
| Dombrowski | | 2,395 | 2.71 |
| Donald | Steven | 64,811 | 76.92 |
| Dong | Eric | 18,940 | 32.47 |
| Eban | | 579 | 0.45 |
| Ernst | | 8,280 | 12.27 |
| Estrella | Maria | 991 | 2.07 |
| Etminan | | 18 | 0.05 |
| Ford | Susanna | 12,460 | 33.88 |
| Frazier | Laurie | 1,719 | 2.26 |
| Gavini | | 1,394 | 1.43 |
| George | Jogy | 110,253 | 388.93 |
| Ghoshal | Rabin | 143 | 0.17 |
| Gidado | | 29 | 0.16 |
| Goga | Michael | 112 | 0.15 |
| Goga | | 181 | 0.19 |
| Hall | Patrice | 104,651 | 287.70 |
| Hallas | | 122 | 0.29 |
| Harouaka | | 26 | 0.06 |
| Hebert or Della or Dellareese | | 6,250 | 11.72 |

| | | | |
|---|---|---|---|
| Hicks | Kellia | 2,497 | 6.04 |
| Higgins | Brooke | 4,549 | 7.17 |
| Huaren | | 16,220 | 14.54 |
| Hustedt | | 50 | 0.11 |
| Johansen | | 5,275 | 90.33 |
| Jones | Latoria | 57,193 | 192.55 |
| Karapetyan* | | 150 | 0.11 |
| Khan | Farhana | 24,664 | 49.42 |
| Khurana | Sangeeta | 1,723 | 16.44 |
| Kristensen | | 3,714 | 4.89 |
| Lopez Rubet | | 192 | 0.11 |
| Maldonado | | 5,101 | 12.59 |
| Mankind | | 3,876 | 5.26 |
| Mansournia | | 0 | 0.00 |
| Marcsisin | | 425 | 0.43 |
| Martinez | Miguel | 7,550 | 24.29 |
| Mason | James | 8,701 | 17.65 |
| Mathew or Mathews | Lata | 28,257 | 33.83 |
| Mayasandra | Pal | 3 | 0.08 |
| Melende | | 12 | 0.04 |
| Min | Ko | 144,217 | 599.84 |
| Mistler | | 327 | 0.44 |
| Motamed | | 2,368 | 3.16 |
| Motta | | 612 | 1.41 |
| Mueller | | 17,810 | 33.63 |
| Narula | | 601 | 0.36 |
| Navas | | 267 | 0.79 |
| Nguyen | Truong | 10,612 | 22.60 |
| Oladimeji | | 271 | 0.11 |
| Panicker | | 6,720 | 5.33 |
| Patel | Nayan | 135,927 | 400.67 |
| Philopoulos | | 515 | 0.54 |
| Pitts | Simone | 2,229 | 10.57 |
| Podaralla | Satheesk | 6,080 | 6.68 |
| Pottegard | | 416 | 0.65 |
| Priester | | 997 | 0.50 |
| Pyramides | | 6 | 0.02 |
| Quartarolo | | 0 | 0.00 |
| Ray | Marcus | 51,015 | 195.36 |
| Razzaghi | Frederick | 41 | 0.09 |
| Roberts | Daniel | 43,771 | 82.85 |
| Roy | Melissa | 72,802 | 132.94 |
| Schwartz | Paul | 9,376 | 15.41 |
| Shah | Dipesh | 240,952 | 511.06 |
| Skanchy | | 5,956 | 9.88 |
| Srivasta | | 184 | 0.12 |
| Srivastava | Rajiv | 22,015 | 50.11 |

Authors Inspectors

| | | | |
|---|---|---|---|
| Stieg | | 971 | 2.04 |
| Sweeney | | 4,926 | 7.26 |
| Szestypalow | | 6 | 0.07 |
| Tomasso | | 58 | 0.15 |
| Ulysse | | 1,535 | 1.00 |
| Upadhyay | Pratik | 6,845 | 28.79 |
| Verdel | | 93 | 0.06 |
| Wakijira | Chaltu | 0 | 0.00 |
| Wang | Zhao | 33,113 | 64.31 |
| Warnick | | 534 | 1.01 |
| Xu | Atul | 6,518 | 19.64 |
| Young | Rochelle | 56,884 | 86.08 |
| Yuscius | | 12 | 0.02 |
| Zaklady | | 4,740 | 5.68 |
| Zamil | | 166 | 0.27 |
| Zamperini | | 92 | 0.01 |
| Zhen Zhou | | 5 | 0.04 |
| **Search Total** | | **997,208** | **1,392.64** |

**Last Name Standalone
UNLESS IF First Name
Exists, THEN  (Last Name /3
First Name) OR (Last Name
AND <Regulatory
Modifiers>)**

| Term | Item Count | GB volume |
|---|---|---|
| ("adverse event*" OR AER) and (<drug name> OR <solvents> OR <facility names>) | 63,631 | 255.28 |
| "changes being effected" | 20,954 | 14.13 |
| "prior approval supplement" | 25,369 | 34.87 |
| adulterat* | 17,577 | 19.96 |
| alert* | 261,010 | 519.49 |
| CAPA OR corrective pre/3 "preventive action" | 46,878 | 82.29 |
| CFR OR eCFR OR "code of federal regulations" OR USC OR "United States Code" OR "Title 21" | 176,900 | 270.11 |
| Citizen* pre/3 Petition | 23,692 | 41.29 |
| (Establishment pre/3 Inspection) | 9,974 | 13.91 |
| import* /3 (ban OR alert OR restrict*) | 34,456 | 143.65 |
| inadequat* | 103,934 | 292.44 |
| inspect* | 682,542 | 1,157.12 |
| investigat* | 780,241 | 1,331.20 |
| major /3 change | 29,564 | 90.51 |
| (master /3 file) and (<drug name> OR <solvents>) | 66,826 | 184.47 |
| minor /3 change | 39,404 | 106.88 |
| moderate /3 change | 1,540 | 2.39 |
| Monthly /3 update | 10,162 | 74.73 |
| (official pre/3 action* /4 indicat* ) | 1,941 | 2.90 |
| observation* | 435,967 | 1,064.96 |
| OOS OR "out of spec*" OR "out-of-spec*" | 453,606 | 923.33 |
| OOT OR "out-of-trend" OR "out of trend" | 212,845 | 621.07 |
| PADER* and (<drug name> OR <solvents> OR <facility names>) | 2,389 | 4.31 |
| VAI OR (voluntary pre/3 action* /4 indicat*) | 13,543 | 118.69 |
| violat* | 119,204 | 170.41 |
| warn* | 252,826 | 468.82 |
| **Search total (estimate)** | **1,646,126** | **2,099.20** |
| **Search total (without highlighted terms)** | **1,003,948** | **1,495.04** |

## <Term> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>) OR <regulatory modifiers> OR <facility names>)

| Term | Item Count | GB volume |
|---|---:|---:|
| (bottle pre/2 lies) or Eban | 688 | 0.60 |
| bury or burie* or conceal* | 13,540 | 26.50 |
| cGMP* or (current pre/5 manufacturing) or GMP* | 784,289 | 1,228.80 |
| "cover up*" or coverup* or "cover-up*" | 4,877 | 9.99 |
| crash* or disaster* | 35,506 | 53.99 |
| data /4 integrity or data /4 reliabl* | 123,374 | 258.58 |
| delet* or destroy* or remov* or trash* or shred* | 3,252,000 | 2,713.60 |
| delet* or remov* or trash* or shred* | 1,308,948 | 1,679.36 |
| hide* or suppress* | 270,225 | 258.00 |
| whistleblow* | 6,857 | 3.88 |
| **Search total** | **3,643,383** | **2,949.12** |
| **Search total (without "acid" and "test" modifiers)** | **2,623,709** | **2,570.24** |
| **Search total without "destroy*"** | **1,926,187** | **2,129.92** |
| **Search total without "destroy*" AND (without highlighted modifiers)** | **1,481,765** | **1,935.36** |

**&lt;Term&gt; AND (&lt;Drug Name&gt; OR (&lt;Solvents&gt; AND NOT &lt;other drug names&gt;) OR &lt;regulatory modifiers&gt; OR &lt;inspect&gt;  OR &lt;manufacturing modifiers&gt; OR &lt;medical modifiers&gt; OR <span style="color:red">&lt;facility names&gt;</span>)**

| Term | Item Count | GB volume |
|---|---|---|
| "anion-exchange" or anionexchange or "anion exchange" | 4,060 | 13.93 |
| "ion-exchange" or ionexchange or "ion exchange" | 11,906 | 37.99 |
| *PCRC* | 566 | 4.04 |
| aberran* | 70,915 | 300.59 |
| abnorm* | 182,813 | 393.43 |
| ALS | 20,164 | 130.31 |
| bioequiv* | 128,416 | 402.04 |
| CAPA or corrective pre/5 action | 194,552 | 528.25 |
| Chromato* | 522,652 | 1,054.72 |
| complain* | 380,284 | 771.89 |
| contami* | 279,230 | 725.91 |
| degradant* or impurit* | 1,061,826 | 1,556.48 |
| detect* | 517,464 | 1,146.88 |
| EI-MS or EL-MS or "electron ionization" | 271 | 1.23 |
| elude* | 1,517 | 1.82 |
| fail* | 782,683 | 1,290.24 |
| fatal* | 46,698 | 122.58 |
| GC or "GC-FID" or GCMS or "GC-MS" | 396,263 | 741.72 |
| hazard* | 136,960 | 356.71 |
| headspace | 60,871 | 259.68 |
| heat | 187,544 | 550.89 |
| HPLC-UV | 6 | 0.04 |
| HS | 72,926 | 230.31 |
| incomplet* /5 data* | 16,666 | 58.84 |
| LCMS | 60,330 | 137.75 |
| mass spectro* | 46,547 | 128.00 |
| method /5 qualification | 19,364 | 59.08 |
| noise* | 69,780 | 184.76 |
| noti* w/5 pharm* | 48,331 | 224.12 |
| obscure* | 8,112 | 19.81 |
| observation* | 533,343 | 1,157.12 |
| peak* | 466,662 | 1,116.16 |
| press /4 release | 54,044 | 105.24 |
| preventative /5 action | 26,038 | 92.84 |
| problem* | 461,156 | 762.61 |
| puri* | 647,728 | 1,228.80 |
| quality | 1,959,713 | 2,211.84 |
| recall* | 446,776 | 608.17 |
| repe* /4 error* | 10,122 | 78.69 |
| residu* | 577,434 | 1,075.20 |
| retrospec* | 72,264 | 195.03 |
| risk* | 795,145 | 1,361.92 |
| signal* | 109,350 | 293.18 |
| spectro* | 161,773 | 511.86 |
| spike* | 131,248 | 364.61 |
| suitab* | 589,817 | 1,198.08 |

| | | |
|---|---|---|
| toxic* | 209,330 | 461.70 |
| unknown* or unk or unks | 450,168 | 1,024.00 |
| validat* | 1,290,415 | 1,873.92 |
| **Search total** | **3,244,942** | **3,051.52** |
| **Search total (without highlighted terms and modifiers "acid" and "test")** | **2,034,846** | **2,396.16** |

**\<Term\> AND (\<Drug Name\> OR (\<Solvents\> AND NOT \<other drug names\>) OR \<manufacturing modifiers\>)**

| Term | Item Count | GB volume |
|---|---|---|
| "PROCESS I" OR "PROCESS II" | 28,241 | 101.39 |
| assay* | 496,740 | 1,146.88 |
| assessment* | 431,211 | 1,044.48 |
| batch /5 records | 109,186 | 331.80 |
| biocompat* | 3,501 | 10.13 |
| byproduct* | 11,894 | 30.34 |
| CAPA OR corrective pre/3 "preventive action" | 33,328 | 67.15 |
| certificat* | 304,270 | 725.98 |
| change* /3 control* | 298,697 | 793.21 |
| change* /5 process* | 238,729 | 708.13 |
| COA OR certificat* pre/3 analys* | 123,488 | 296.24 |
| concentra* | 250,407 | 762.02 |
| condensa* | 34,015 | 91.92 |
| conversion* | 123,290 | 423.83 |
| critical /4 change | 8,814 | 23.71 |
| crude* | 104,539 | 189.97 |
| deviat* | 304,592 | 951.89 |
| diastereo* | 35,814 | 77.85 |
| discrepanc* | 118,165 | 390.22 |
| error* | 1,051,498 | 1,515.52 |
| esterficat* | 73 | 0.18 |
| expir* | 330,575 | 933.63 |
| *formaldehyde* | 40,319 | 78.44 |
| malfunct* | 37,998 | 141.60 |
| material* /3 loss* | 11,213 | 24.24 |
| moiety OR moieties | 24,538 | 66.68 |
| process /5 change | 166,765 | 569.37 |
| quench* | 24,073 | 55.60 |
| reagent* | 198,474 | 497.42 |
| reclaim* | 1,105 | 3.61 |
| recover* | 331,683 | 833.41 |
| recycl* | 890,501 | 1,095.68 |
| repack* OR "re-pack*" | 62,166 | 309.98 |
| resal* | 2,070 | 12.06 |
| resell* | 1,621 | 4.55 |
| reuse* | 18,435 | 53.68 |
| ring* | 103,563 | 317.97 |
| solvent* | 554,795 | 1,167.36 |
| suppress* | 34,474 | 147.20 |
| TEA OR Triethyl* | 221,849 | 370.90 |
| temperature | 369,499 | 940.44 |
| TIN OR Tributyl* | 94,991 | 253.95 |
| yield* | 302,683 | 797.43 |
| **Search total** | **1,666,705** | **2,181.12** |
| **Search total (without highlighted terms)** | **1,646,084** | **2,170.88** |

**<Term> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>))**

| Term | Item Count | GB volume |
|---|---|---|
| bladder* | 18,332 | 64.42 |
| blood* | 108,332 | 373.81 |
| cancer* or precancer* or pre-cancer* | 85,387 | 148.03 |
| colon* | 40,380 | 152.67 |
| death* or dead or fatal | 83,491 | 206.61 |
| esophag* | 9,499 | 25.77 |
| gastro* | 73,771 | 174.15 |
| intestin* | 29,573 | 70.99 |
| kidn* or renal* | 60,512 | 157.42 |
| laten* | 7,077 | 20.52 |
| leukemia* | 15,425 | 33.14 |
| liver* | 59,062 | 157.39 |
| lymphoma* | 22,591 | 54.55 |
| muta* | 62,600 | 135.60 |
| myeloma* | 9,142 | 20.53 |
| NHL or non-hodgkin* | 5,583 | 25.19 |
| toxicolog* | 88,050 | 272.68 |
| onset* | 36,463 | 104.57 |
| oncolog* | 41,635 | 109.11 |
| ovar* | 22,807 | 62.21 |
| pancrea* | 35,491 | 94.71 |
| prostate* | 16,246 | 36.55 |
| stomach* | 29,498 | 83.72 |
| **Search total** | **288,911** | **764.53** |
| **Search total (without highlighted terms)** | **286,037** | **758.16** |

**<Term> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>))**

| Term | Item Count | GB volume |
|---|---|---|
| Alembic | 20,500 | 83.63 |
| ABDC or Amerisource* or "American Health Packaging" or AHP | 32,842 | 57.91 |
| Amerigen | 1,612 | 3.89 |
| ANDA | 232,819 | 545.89 |
| Auro* or APL or APUSA | 108,001 | 401.50 |
| boehringer ingelheim | 28,665 | 67.07 |
| Bristol | 36,897 | 89.98 |
| Camber | 3,654 | 8.25 |
| Cobalt | 16,077 | 44.30 |
| distribut* | 1,147,060 | 1,689.60 |
| Forest | 20,710 | 92.52 |
| Hetero | 63,687 | 267.95 |
| Huahai | 40,639 | 134.61 |
| Indoco | 4,526 | 19.84 |
| Ivax | 5,784 | 12.62 |
| Jubilant | 39,596 | 73.27 |
| Lantech* | 26,865 | 45.14 |
| Macleod* | 11,064 | 37.42 |
| Matrix | 189,741 | 533.61 |
| Mylan | 2,012,821 | 2,273.28 |
| Novartis | 73,385 | 214.47 |
| Par | 67,482 | 242.76 |
| Prinston | 1,747 | 2.40 |
| Qualanex | 61 | 0.16 |
| Ranbaxy | 42,074 | 72.34 |
| Sandoz | 92,632 | 405.79 |
| Syncore | 214 | 0.48 |
| Synthon | 23,420 | 189.15 |
| Teva | 183,201 | 536.62 |
| Torrent | 73,868 | 208.16 |
| Unichem | 52,421 | 198.32 |
| Watson | 32,351 | 78.85 |
| Zhejian* | 100,840 | 313.47 |
| ZHP | 700 | 1.46 |
| Search total | 2,030,983 | 2,283.52 |
| Search total (without highlighted terms) | 629,220 | 1,228.80 |

**<Term> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>))**