**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
Minutes of Proceedings

**OFFICE:** CAMDEN                                **DATE:** May 27, 2020

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Karen Friedlander

**TITLE OF CASE:**                                **DOCKET NO. 19-md-2875 (RBK-JS)**
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**
**FOR PLAINTIFFS:**                               **FOR DEFENDANTS:**
Adam Slater, Esq.                                 Seth Goldberg, Esq.
Rubin Honik, Esq.                                 Alex Waleko, Esq.
Conlee Whitely, Esq.                              Lori Cohen, Esq.
Layne Hilton, Esq.                                Sarah Johnston, Esq.
Daniel Nigh, Esq.                                 Clem Treschler, Esq.
Marlene Goldenberg, Esq.                          Jeffrey Goeppinger, Esq.
                                                  Victoria Lockard, Esq.

**NATURE OF PROCEEDINGS:**   Discovery Conference / Status Conference
Telephone Discovery Conference held on the record via telephone.
Order to be entered.

                                                  s/Sarah Eckert
                                                  **DEPUTY CLERK**

**TIME COMMENCED:** 11:00 a.m.
**TIME ADJOURNED:**   1:00 p.m.
**TOTAL TIME:** 2 hours