IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | CIVIL NO. 19-2875 (RBK/JS) |
| | Honorable Robert B. Kugler |
| | District Court Judge |
| *This Document relates to*: | |
| | Honorable Joe Schneider |
| CHARLESTON PITTMAN, | Magistrate Judge |
| vs. | |
| | NOTICE OF DISMISSAL |
| AUROBINDO PHARMA, LTD, et al. | |
| | Civil Action No.: 1:19-cv-15638 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, CHARLESTON PITTMAN, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of his voluntary dismissal of all claims asserted against Aurobindo Pharma, LTD, Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC, without prejudice, in the above-entitled matter.

Specifically, Rule 41 (a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its claims without prejudice and without a Court Order by notice at any time prior to the Defendants filing an Answer or moving for summary judgment. As of the filing of this Notice, no Defendant has filed an Answer in this action. In light thereof, Plaintiff asserts that voluntary dismissal by notice alone is appropriate under Rule 41 (a)(1)(A)(i).

DATE: May 28, 2020            By:
                              */s/John D. Sileo*
                              John D. Sileo
                              LAW OFFICES OF JOHN D. SILEO, LLC

320 N. Carrollton Avenue
Suite 101
New Orleans, LA 70119

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

CIPRIANI & WERNER, P.C.

By: _____
Jessica M. Heinz, Esq.
jheinz@c-wlaw.com
450 Sentry Parkway, Ste. 200
Blue Bell, PA  19422
Tel:  (610) 567-0700
Fax: (610) 567-0712