IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | CIVIL NO. 19-2875 (RBK/JS) |
| | Honorable Robert B. Kugler |
| | District Court Judge |
| *This Document relates to*: | |
| FRED RICHISSIN, | Honorable Joe Schneider |
| | Magistrate Judge |
| vs. | |
| | NOTICE OF PARTIAL DISMISSAL |
| MYLAN LABORATORIES, Ltd., et al. | |
| | Civil Action No.: 1:19-cv-20407 |

**PLAINTIFF'S NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, FRED RICHISSIN, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of his voluntary dismissal of all claims asserted against Aurobindo Pharma, Ltd., Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC, without prejudice, in the above-entitled matter.

Specifically, Rule 41 (a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its claims without prejudice and without a Court Order by notice at any time prior to the Defendants filing an Answer or moving for summary judgment. As of the filing of this Notice, no Defendant has filed an Answer in this action. In light thereof, Plaintiff asserts that voluntary dismissal by notice alone is appropriate under Rule 41 (a)(1)(A)(i).

Plaintiff's claims against all other Defendants are not affected by this partial dismissal.

Dated: May 29, 2020                By: */s/ M. Palmer Lambert*
M. Palmer Lambert (#33228)
Gainsburgh, Benjamin, David, Meunier, & Warshauer
100 Poydras Street #2800
New Orleans, LA 70163
504-522-2304
504-528-9973
plambert@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2020, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)