IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS)<br><br>**ORDER** |

The Court having held a conference call with the parties on May 27, 2020; and this Order intending to confirm the Court's rulings set forth in the transcript of the proceedings; and for all the reasons stated by the Court,

**IT IS HEREBY ORDERED**, this 29th day of May 2020, as follows:

1) The relevant time period for general custodial discovery as to Hetero Labs Ltd. ("Hetero") is January 1, 2011 to present, and for Aurobindo Pharma Ltd. ("Aurobindo") January 1, 2012 to present.

2. Hetero shall complete its production of "core discovery" (see April 29, 2019 Order, Doc. No 88) by July 31, 2020 and shall produce the discovery in accordance with the dates agreed to with plaintiffs. Aurobindo shall complete its production of "core discovery" by July 31, 2020 and shall serve substantial rolling productions by no later than June 30, 2020 and July 15, 2020.

3) As to defendants' Fact Sheets, the Court incorporates by

reference the rulings reflected in the transcript of the May 27, 2020 proceedings.

4) The responses of the retailer and wholesaler defendants to Fact Sheets shall be due 60 days after the Court enters an Order approving the Fact Sheets. Thereafter, 60 days after the foregoing response deadline, the responses of the Finished Dose Manufacturers ("FDM") to the Court approved Fact Sheets shall be served. Thereafter, 60 days after the FDM response deadline, the responses of the API manufacturer defendants to their Fact Sheets shall be served.

5) The parties' dispute regarding sales and pricing documents shall be addressed in a conference call to be held on June 3, 2020 at 4:30 p.m. (EDT).

6) The manufacturer defendants shall exercise reasonable good faith efforts to prioritize their document production in accordance with Layne C. Hilton's May 7, 2020 letter, as clarified and supplemented by plaintiffs' May 21, 2020 letter.

7) Plaintiffs' counsel for the five (5) cases listed on Exhibit A to defendants' May 26, 2020 letter ("Over-Identification of Defendants [on Short Form Complaints]") [Doc. No. 439] shall participate on the scheduled June 17, 2020 (4:00 p.m. (EDT)) conference call to explain why counsel has not amended plaintiffs' complaints to remove the over identification of defendants. Counsel's participation is not required if appropriate amended

Short Form Complaints are filed before June 17, 2020. Liaison counsel shall assure that counsel subject to this Order are appropriately notified that their appearance is required.

8) In accordance with the language in the Court approved Fact Sheets, plaintiffs shall timely execute individual records authorizations at defendants' request.

9) Plaintiffs shall timely list in their answers to Fact Sheets the medical bills for which they are seeking compensation in this litigation.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge