AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| Judith Hewitt, The Estate of Judith Hewitt )<br>*Plaintiff* )<br>v. )<br>Valsartan NDMA Products Liability Litigation )<br>*Defendant* ) | Case No.  MDL 2875 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Judith Hewitt, The Estate of Judith Hewitt

Date:  06/02/2020

_____
*Attorney's signature*

Rodney V. Taylor
*Printed name and bar number*

CHRISTOPHER & TAYLOR
1219 N. Delaware Street
Indianapolis, IN 46202

*Address*

rodtaylor@abatelegal.com
*E-mail address*

(317) 635-9000
*Telephone number*

(317) 686-2200
*FAX number*