THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation | : : : : : : : : : | Master Docket No. 19-2875 (RBK/JS) |
| *This Document Applies to All Actions* | | **ORDER** |

**KUGLER**, United States District Judge:

**THIS MATTER HAVING** come before the Court on plaintiffs' motion (ECF Doc. 435) and plaintiffs' supplemental memorandum (ECF Doc. 444) seeking to appoint the following attorneys to the Plaintiffs' Steering Committee ["PSC"]:

| | |
|---|---|
| Rosalee B.C. Thomas, of | Finkelstein Thompson; |
| Paul S. Rothstein, of | Attorney Paul S. Rothstein; |
| Zona Jones, of | Harrison, Davis, Steakley, Morrison and Jones; and |
| Daniel C. Levin, of | Levin Sedran & Berman; and |

**THE COURT HAVING REVIEWED** the reasons for the requests, which concern the addition to this MDL of cases seeking damages for the economic loss due to the sale, and the personal injury due to the ingestion, of Losartan and Irbesartan,

**THE COURT GRANTS** the addition of these attorneys to the PSC for their appointment to relevant PSC subcommittees by Plaintiffs' Co-Lead Counsel.

Dated: 2 June 2020

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge