# EXHIBIT A

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

Alexia R. Brancato
To Call Writer Directly:
+1 212 909 3344
alexia.brancato@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

June 9, 2020

**Via E-mail**

Behram Parekh
Kirtlan & Packard LLP
1638 South Pacific Coast Highway
Redondo Beach, CA 90277
bvp@kirtlandpackard.com

Re: *In re Valsartan Products Liability Litigation*, MDL No. 2875 (RBK/JS)

Dear Counsel:

I write regarding the impact of the ESI search terms incorporated in the Court's December 23, 2019 Order (the "Original Search Terms"), Dkt. 328, on Defendants Torrent Pharmaceuticals, Ltd. and Torrent Pharma, Inc. (collectively, "Torrent").

As the Manufacturing Defendants' May 27, 2020 letter to the Court explained, Dkt. 445, the Original Search Terms are overbroad and will create an undue burden for Torrent absent modification.

Torrent's custodial file collection from its nine U.S.-based custodians results in 1,205,488 documents, or about 450 GB of data, in the potential review population.[1] When run against this population, the Original Search Terms yielded 289,349 hits (437,267 with families), or about 303.54 GB of data. This is over 36% of the total review population, and two-thirds of the total data hosted in the workspace. By contrast, the Manufacturer Defendant's counter proposal terms (the "Revised Search Terms") yielded 90,907 hits (203,834 with families), or about 201.81 GB of data. Torrent has attached summaries of hit count reports for the Original Search Terms and Revised Search terms as Exhibits A and B respectively. Torrent anticipates that these numbers

---

[1]    Due to the COVID-19 pandemic and the resulting shutdown in India, Torrent has been unable to collect documents from its nine India-based custodians.

Beijing    Boston    Chicago    Dallas    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    Paris    San Francisco    Shanghai    Washington, D.C.

# KIRKLAND & ELLIS LLP

Behram Parekh
June 9, 2020
Page 2

will at least double once custodial files are collected from the remaining nine custodians located in India. Indeed, the Indian custodians are more involved in the key issues of manufacturing and quality control, and thus hit counts for terms related to these issues will increase significantly once those custodial files are introduced to the potential review pool.

Additionally, the Original Search Terms result in a significant increase in cost compared to the Revised Search Terms. Torrent's e-discovery vendor estimates that, for the nine U.S.-based custodians alone, the cost of hosting, reviewing, and producing the documents responsive to the Original Search Terms will be over $450,000. In comparison, the estimated cost associated with the Revised Search Terms is less than half of that, or approximately $213,000. Once collection from the nine India-based custodians is complete, Torrent's costs could approach $1 million if the Original Search Terms remain in place.

Torrent is actively working with its e-discovery vendor to identify problematic terms and potential solutions. In particular, Torrent has identified certain Original Search Terms as overbroad and unlikely to result in meaningful hits. For example, one of the groups of search terms involves searching "Patel" in combination with "FDA" and "ANDA." Due to the prevalence of the name Patel in India, these terms generated 25,200 and 22,708 hits each. Including families would bring these results to over 70,000 each. A full list of problematic search strings from the Original Search Terms is attached as Exhibit C.

Please let us know when Plaintiffs are available to meet and confer on this issue.

Sincerely,

*/s/ Alexia R. Brancato*

Alexia R. Brancato

**EXHIBIT A**
**Original Search Terms**

| Group | String | Total | Total (Family-Complete) |
|---|---|---|---|
| Standalone | (*11025* OR *18253* OR *202223* OR *203311* OR *203820* OR *20473* OR *205347* OR *20939* OR *23491* OR *24544* OR *24873* OR *29392* OR *77530* OR *78030* OR *90483* OR *90642* OR *90866* OR *91235*) | 5,609 | 20,312 |
| Standalone | EIR OR "establishment inspection report" | 3,485 | 10,316 |
| Standalone | OAI OR "official action indicated" | 740 | 3,044 |
| Standalone | voluntary action indicated | 81 | 311 |
| Standalone | *diethylamine OR "*diethyl amine" | 1,085 | 4,215 |
| Standalone | *dimethylamine OR "*dimethyl amine" | 962 | 3,063 |
| Standalone | *dimethylformamide OR DMF | 30,051 | 90,742 |
| Standalone | *dimethylmethanamide | - | - |
| Standalone | *ghost* | 1,077 | 2,132 |
| Standalone | *NDEA* | 9,113 | 31,187 |
| Standalone | *NDMA* | 5,018 | 13,150 |
| Standalone | *nitra* | 11,938 | 32,602 |
| Standalone | *nitrite* | 1,146 | 5,429 |
| Standalone | *nitrosa* | 1,029 | 2,975 |
| Standalone | *nitroso* | 2,981 | 8,544 |
| Standalone | *NMBA* | 1,955 | 3,835 |
| Standalone | *trosomine* | 2 | 2 |
| Standalone | (Form483) OR (Form W/3 483) OR (483 W/3 letter) OR (483 W/3 warn*) OR (704 PRE/3 b) | 3,771 | 7,353 |
| Standalone | C2H6N2O OR "(CH3)2NN O" OR "CH32NN O" OR "(CH3)2NC(O)H" OR CH32NCOH OR C3H7NO OR "(CH3CH2)2NH" OR CH3CH22NH OR C4H11N OR "(CH3)2NH" OR CH32NH OR C2H7N OR "(C2H5)2NNO" OR C2H52NNO OR C4H10N2O | 19 | 88 |
| Standalone | carcin* | 20,176 | 75,765 |
| Standalone | FDA W/10 warning | 4,426 | 7,962 |
| Standalone | gene* W/3 mutat* | 3,062 | 14,036 |
| Standalone | genotoxic* | 5,466 | 49,819 |
| Standalone | (solvent W/5 cancer*) OR (solvent W/5 toxic) OR (solvent W/5 hazard*) OR (solvent W/5 fatal) | 31 | 142 |
| Standalone | solvent* W/5 contamin* | 140 | 1,133 |
| Standalone | (test* W/5 canc*) AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) | 165 | 249 |
| Standalone | tetrazol* | 1,605 | 8,139 |
| Standalone | Valisure* | 23 | 39 |
| Standalone | (deviat* W/5 cancer*) OR (deviat* W/5 toxic) OR (deviat* W/5 hazard*) OR (deviat* W/5 fatal) | 4 | 5 |
| Authors or Inspectors | Agrawal | 5,058 | 12,646 |
| Authors or Inspectors | Agrawal W/3 Atul | 17 | 27 |
| Authors or Inspectors | Akhtar | 23 | 69 |
| Authors or Inspectors | Akhtar W/3 Saleem | - | - |
| Authors or Inspectors | Amin | 606 | 2,703 |
| Authors or Inspectors | Amin W/3 Pankaj | 3 | 12 |
| Authors or Inspectors | Arasu | 3 | 7 |
| Authors or Inspectors | Arista | 37 | 86 |
| Authors or Inspectors | Arroyo | 681 | 2,037 |
| Authors or Inspectors | Baker | 2,375 | 6,159 |
| Authors or Inspectors | Baker W/3 Peter | 18 | 29 |
| Authors or Inspectors | Barreto | 65 | 187 |
| Authors or Inspectors | Barrowcliff | 2 | 4 |
| Authors or Inspectors | Bellamy | 73 | 152 |
| Authors or Inspectors | Bernard | 515 | 1,380 |
| Authors or Inspectors | Bernard W/3 Tonia | - | - |
| Authors or Inspectors | Bizjak | 12 | 18 |
| Authors or Inspectors | Boyd | 412 | 964 |
| Authors or Inspectors | Boyd W/3 Justin | 23 | 43 |

| Group | String | Total | Total (Family-Complete) |
|---|---|---|---|
| Authors or Inspectors | Bretz | 30 | 51 |
| Authors or Inspectors | Bretz W/3 Paula | 24 | 46 |
| Authors or Inspectors | Brown | 5,750 | 21,737 |
| Authors or Inspectors | Brown W/3 Darren | 1 | 1 |
| Authors or Inspectors | Cartwright | 1,000 | 2,407 |
| Authors or Inspectors | Casale | 68 | 179 |
| Authors or Inspectors | Chapman | 814 | 2,422 |
| Authors or Inspectors | Chapman W/3 Johnathan | - | - |
| Authors or Inspectors | Charity | 832 | 1,651 |
| Authors or Inspectors | Charity W/3 Antony | - | - |
| Authors or Inspectors | Chester | 1,390 | 4,285 |
| Authors or Inspectors | Chester W/3 Bonita | 1 | 1 |
| Authors or Inspectors | Clausen | 48 | 77 |
| Authors or Inspectors | Cosgrove | 165 | 280 |
| Authors or Inspectors | Cruz | 4,977 | 9,642 |
| Authors or Inspectors | Della | 1,586 | 4,295 |
| Authors or Inspectors | Dellareese | 1 | 1 |
| Authors or Inspectors | Dezan | 2 | 12 |
| Authors or Inspectors | Dickinson | 1,006 | 2,791 |
| Authors or Inspectors | Dickinson W/3 Gwyn | 10 | 34 |
| Authors or Inspectors | Dobbin | 84 | 177 |
| Authors or Inspectors | Dombrowski | 16 | 21 |
| Authors or Inspectors | Donald | 1,194 | 2,982 |
| Authors or Inspectors | Donald W/3 Steven | 4 | 4 |
| Authors or Inspectors | Dong | 320 | 1,041 |
| Authors or Inspectors | Dong W/3 Eric | 1 | 6 |
| Authors or Inspectors | Eban | 7 | 89 |
| Authors or Inspectors | Ernst | 626 | 1,908 |
| Authors or Inspectors | Estrella | 243 | 592 |
| Authors or Inspectors | Estrella W/3 Maria | 1 | 1 |
| Authors or Inspectors | Etminan | 13 | 66 |
| Authors or Inspectors | Ford | 1,348 | 4,301 |
| Authors or Inspectors | Ford W/3 Susanna | - | - |
| Authors or Inspectors | Frazier | 498 | 1,224 |
| Authors or Inspectors | Frazier W/3 Laurie | - | - |
| Authors or Inspectors | Gavini | 31 | 154 |
| Authors or Inspectors | George | 2,760 | 7,992 |
| Authors or Inspectors | George W/3 Jogy | 98 | 352 |
| Authors or Inspectors | Ghoshal | 1 | 1 |
| Authors or Inspectors | Ghoshal W/3 Rabin | - | - |
| Authors or Inspectors | Gidado | 1 | 2 |
| Authors or Inspectors | Goga | 287 | 540 |
| Authors or Inspectors | Goga | 263 | 506 |
| Authors or Inspectors | Goga W/3 Michael | 46 | 111 |
| Authors or Inspectors | Hall | 2,409 | 7,142 |
| Authors or Inspectors | Hall W/3 Patrice | 23 | 46 |
| Authors or Inspectors | Hallas | 20 | 692 |
| Authors or Inspectors | Harouaka | 8 | 12 |
| Authors or Inspectors | Hebert | 172 | 492 |
| Authors or Inspectors | Hicks | 346 | 847 |
| Authors or Inspectors | Hicks W/3 Kellia | 7 | 36 |
| Authors or Inspectors | Higgins | 426 | 1,254 |
| Authors or Inspectors | Higgins W/3 Brooke | 1 | 1 |
| Authors or Inspectors | Huaren | 17 | 38 |
| Authors or Inspectors | Hustedt | 2 | 3 |
| Authors or Inspectors | Johansen | 61 | 126 |
| Authors or Inspectors | Jones | 2,990 | 9,326 |

| Group | String | Total | Total (Family-Complete) |
|---|---|---|---|
| Authors or Inspectors | Jones W/3 Latoria | - | - |
| Authors or Inspectors | Karapetyan* | 47 | 101 |
| Authors or Inspectors | Khan | 839 | 2,786 |
| Authors or Inspectors | Khan W/3 Farhana | 7 | 24 |
| Authors or Inspectors | Khurana | 59 | 131 |
| Authors or Inspectors | Khurana W/3 Sangeeta | 2 | 3 |
| Authors or Inspectors | Kristensen | 17 | 83 |
| Authors or Inspectors | Lopez | 1,236 | 3,219 |
| Authors or Inspectors | Lopez W/3 Rubet | 39 | 73 |
| Authors or Inspectors | Maldonado | 217 | 461 |
| Authors or Inspectors | Mankind | 204 | 575 |
| Authors or Inspectors | Mansournia | - | - |
| Authors or Inspectors | Marcsisin | 1 | 3 |
| Authors or Inspectors | Martinez | 1,036 | 3,157 |
| Authors or Inspectors | Martinez W/3 Miguel | 3 | 13 |
| Authors or Inspectors | Mason | 1,944 | 4,464 |
| Authors or Inspectors | Mason W/3 James | 34 | 60 |
| Authors or Inspectors | Mathew | 810 | 3,515 |
| Authors or Inspectors | Mathew W/3 Lata | 96 | 350 |
| Authors or Inspectors | Mathews | 330 | 890 |
| Authors or Inspectors | Mathews W/3 Lata | - | - |
| Authors or Inspectors | Mayasandra | - | - |
| Authors or Inspectors | Mayasandra W/3 Pal | - | - |
| Authors or Inspectors | Melende | - | - |
| Authors or Inspectors | Min | 16,475 | 59,152 |
| Authors or Inspectors | Min W/3 Ko | 16 | 29 |
| Authors or Inspectors | Mistler | 1 | 1 |
| Authors or Inspectors | Motamed | 39 | 46 |
| Authors or Inspectors | Motta | 177 | 1,121 |
| Authors or Inspectors | Mueller | 844 | 2,140 |
| Authors or Inspectors | Narula | 92 | 190 |
| Authors or Inspectors | Navas | 11 | 51 |
| Authors or Inspectors | Nguyen | 1,544 | 5,127 |
| Authors or Inspectors | Nguyen W/3 Truong | 1 | 1 |
| Authors or Inspectors | Oladimeji | 7 | 17 |
| Authors or Inspectors | Panicker | 98 | 247 |
| Authors or Inspectors | Patel | 51,524 | 147,034 |
| Authors or Inspectors | Patel W/3 Nayan | 3 | 5 |
| Authors or Inspectors | Philopoulos | 16 | 23 |
| Authors or Inspectors | Pitts | 285 | 711 |
| Authors or Inspectors | Pitts W/3 Simone | 1 | 2 |
| Authors or Inspectors | Podaralla | 25 | 143 |
| Authors or Inspectors | Podaralla W/3 Satheesk | - | - |
| Authors or Inspectors | Pottegard | 13 | 29 |
| Authors or Inspectors | Priester | 187 | 804 |
| Authors or Inspectors | Pyramides | - | - |
| Authors or Inspectors | Quartarolo | - | - |
| Authors or Inspectors | Ray | 4,029 | 20,367 |
| Authors or Inspectors | Ray W/3 Marcus | 3 | 5 |
| Authors or Inspectors | Razzaghi | 1 | 2 |
| Authors or Inspectors | Razzaghi W/3 Frederick | - | - |
| Authors or Inspectors | Roberts | 910 | 2,504 |
| Authors or Inspectors | Roberts W/3 Daniel | 9 | 14 |
| Authors or Inspectors | Roy | 1,019 | 3,208 |
| Authors or Inspectors | Roy W/3 Melissa | 6 | 9 |
| Authors or Inspectors | Schwartz | 961 | 2,834 |
| Authors or Inspectors | Schwartz W/3 Pau | - | - |

| Group | String | Total | Total (Family-Complete) |
|---|---|---|---|
| Authors or Inspectors | Shah | 32,605 | 76,691 |
| Authors or Inspectors | Shah W/3 Dipesh | 24 | 50 |
| Authors or Inspectors | Skanchy | 259 | 809 |
| Authors or Inspectors | Srivasta | 3 | 14 |
| Authors or Inspectors | Srivastava | 790 | 2,238 |
| Authors or Inspectors | Srivastava W/3 Rajiv | - | - |
| Authors or Inspectors | Stieg | 3 | 5 |
| Authors or Inspectors | Sweeney | 445 | 1,322 |
| Authors or Inspectors | Szestypalow | 2 | 3 |
| Authors or Inspectors | Tomasso | 4 | 4 |
| Authors or Inspectors | Ulysse | 84 | 381 |
| Authors or Inspectors | Upadhyay | 39 | 292 |
| Authors or Inspectors | Upadhyay W/3 Pratik | - | - |
| Authors or Inspectors | Verdel | - | - |
| Authors or Inspectors | Wakijira | - | - |
| Authors or Inspectors | Wakijira W/3 Chaltu | - | - |
| Authors or Inspectors | Wang | 1,449 | 4,421 |
| Authors or Inspectors | Wang W/3 Zhao | 115 | 420 |
| Authors or Inspectors | Warnick | 36 | 117 |
| Authors or Inspectors | Xu | 1,230 | 5,109 |
| Authors or Inspectors | Xu W/3 Atul | - | - |
| Authors or Inspectors | Young | 8,193 | 29,029 |
| Authors or Inspectors | Young W/3 Rochelle | 1 | 1 |
| Authors or Inspectors | Yuscius | - | - |
| Authors or Inspectors | Zaklady | 57 | 201 |
| Authors or Inspectors | Zamil | 6 | 10 |
| Authors or Inspectors | Zamperini | - | - |
| Authors or Inspectors | Zhen | 86 | 145 |
| Authors or Inspectors | Zhen W/3 Zhou | - | - |
| Regulatory | ("adverse event*" OR AER) and (<drug name> OR <solvents> OR <facility names>) | 12,235 | 52,877 |
| Regulatory | changes being effected | 2,641 | 11,209 |
| Regulatory | prior approval supplement | 2,018 | 6,176 |
| Regulatory | adulterat* | 1,930 | 5,389 |
| Regulatory | alert* | 22,376 | 79,411 |
| Regulatory | CAPA OR (corrective PRE/3 "preventive action") | 7,645 | 17,339 |
| Regulatory | CFR OR eCFR OR "code of federal regulations" OR USC OR "United States Code" OR "Title 21" | 32,421 | 103,390 |
| Regulatory | Citizen* PRE/3 Petition | 736 | 1,358 |
| Regulatory | (Establishment PRE/3 Inspection) | 804 | 2,852 |
| Regulatory | import* W/3 (ban OR alert OR restrict*) | 810 | 1,579 |
| Regulatory | inadequat* | 6,664 | 25,678 |
| Regulatory | inspect* | 38,761 | 116,717 |
| Regulatory | investigat* | 39,227 | 112,156 |
| Regulatory | major W/3 change | 1,078 | 4,395 |
| Regulatory | (master W/3 file) and (<drug name> OR <solvents>) | 2,482 | 19,882 |
| Regulatory | minor W/3 change | 1,659 | 5,691 |
| Regulatory | moderate W/3 change | 169 | 1,229 |
| Regulatory | Monthly W/3 update | 515 | 1,016 |
| Regulatory | observation* | 19,074 | 59,014 |
| Regulatory | OOS OR "out of spec*" OR "out-of-spec*" | 8,030 | 20,091 |
| Regulatory | OOT OR "out-of-trend" OR "out of trend" | 3,027 | 9,463 |
| Regulatory | PADER* and (<drug name> OR <solvents> OR <facility names>) | 8,580 | 26,072 |
| Regulatory | violat* | 10,694 | 29,605 |
| Regulatory | warn* | 40,003 | 111,163 |
| Regulatory | ((official PRE/3 action*) W/4 indicat* ) | 97 | 371 |
| Regulatory | VAI OR ((voluntary PRE/3 action*) W/4 indicat*) | 553 | 1,620 |

| Group | String | Total | Total (Family-Complete) |
|---|---|---|---|
| cGMP | (bottle PRE/2 lies) OR Eban | 6 | 88 |
| cGMP | bury OR burie* OR conceal* | 1,749 | 5,193 |
| cGMP | cGMP* OR (current PRE/5 manufacturing) OR GMP* | 23,292 | 52,630 |
| cGMP | "cover up*" OR coverup* OR "cover-up*" | 194 | 377 |
| cGMP | crash* OR disaster* | 2,938 | 6,538 |
| cGMP | (data W/4 integrity) OR (data W/4 reliabl*) | 4,370 | 9,397 |
| cGMP | delet* OR destroy* OR remov* OR trash* OR shred* | 125,709 | 268,769 |
| cGMP | hide* OR suppress* | 11,160 | 62,628 |
| cGMP | whistleblow* | 687 | 1,280 |
| QA Testing | anion-exchange OR anionexchange OR "anion exchange" | 140 | 401 |
| QA Testing | ion-exchange OR ionexchange OR "ion exchange" | 350 | 1,835 |
| QA Testing | *PCRC* | 99 | 648 |
| QA Testing | aberran* | 773 | 2,793 |
| QA Testing | abnorm* | 12,284 | 52,964 |
| QA Testing | ALS | 1,857 | 6,522 |
| QA Testing | bioequiv* | 11,901 | 61,953 |
| QA Testing | CAPA OR (corrective PRE/5 action) | 11,970 | 42,027 |
| QA Testing | Chromato* | 12,810 | 38,511 |
| QA Testing | complain* | 15,161 | 38,651 |
| QA Testing | contami* | 12,274 | 31,709 |
| QA Testing | degradant* OR impurit* | 29,276 | 87,804 |
| QA Testing | detect* | 31,916 | 110,580 |
| QA Testing | EI-MS OR EL-MS OR "electron ionization" | 42 | 116 |
| QA Testing | elude* | 61 | 171 |
| QA Testing | fail* | 40,344 | 120,249 |
| QA Testing | fatal* | 9,407 | 39,824 |
| QA Testing | GC OR "GC-FID" OR GCMS OR "GC-MS" | 10,598 | 38,323 |
| QA Testing | hazard* | 11,817 | 36,771 |
| QA Testing | headspace | 849 | 4,943 |
| QA Testing | heat | 11,334 | 38,224 |
| QA Testing | HPLC-UV | 390 | 1,424 |
| QA Testing | HS | 5,298 | 26,794 |
| QA Testing | incomplet* W/5 data* | 282 | 1,496 |
| QA Testing | LCMS | 439 | 1,357 |
| QA Testing | mass spectro* | 1,655 | 6,729 |
| QA Testing | method W/5 qualification | 514 | 1,551 |
| QA Testing | noise* | 1,888 | 8,162 |
| QA Testing | noti* w/5 pharm* | 4,676 | 16,480 |
| QA Testing | obscure* | 589 | 1,968 |
| QA Testing | observation* | 18,537 | 59,003 |
| QA Testing | peak* | 18,450 | 61,738 |
| QA Testing | press W/4 release | 2,409 | 5,886 |
| QA Testing | preventative W/5 action | 432 | 1,638 |
| QA Testing | problem* | 27,134 | 92,821 |
| QA Testing | puri* | 21,776 | 62,139 |
| QA Testing | quality | 87,073 | 194,566 |
| QA Testing | recall* | 33,193 | 60,255 |
| QA Testing | repe* W/4 error* | 243 | 793 |
| QA Testing | residu* | 19,353 | 58,644 |
| QA Testing | retrospec* | 3,023 | 14,636 |
| QA Testing | risk* | 40,074 | 120,561 |
| QA Testing | signal* | 7,194 | 34,332 |
| QA Testing | spectro* | 4,547 | 21,107 |
| QA Testing | spike* | 4,604 | 15,585 |
| QA Testing | suitab* | 15,519 | 48,658 |
| QA Testing | toxic* | 24,956 | 92,947 |
| QA Testing | unknown* OR unk OR unks | 27,858 | 103,895 |

| Group | String | Total | Total (Family-Complete) |
|---|---|---|---|
| QA Testing | validat* | 54,786 | 136,253 |
| Manufacturing | (backup W/3 data) | 533 | 1,601 |
| Manufacturing | (impurit* AND degradant*) | 1,592 | 6,101 |
| Manufacturing | recall* | 33,193 | 60,255 |
| Manufacturing | residu* | 19,353 | 58,644 |
| Manufacturing | solvent* | 16,576 | 47,849 |
| Manufacturing | spike* | 4,604 | 15,585 |
| Manufacturing | test* | 121,951 | 248,111 |
| Manufacturing | (unknown W/3 peak) | 396 | 1,864 |
| Manufacturing | (unknown W/3 spike) | 1 | 1 |
| Manufacturing | (unknown W/3 impurit*) | 7,119 | 21,275 |
| Manufacturing | (unknown W/3 contamin*) | 17 | 132 |
| Medical Conditions | bladder* | 1,536 | 9,874 |
| Medical Conditions | blood* | 11,922 | 44,911 |
| Medical Conditions | cancer* OR precancer* OR pre-cancer* | 4,430 | 17,176 |
| Medical Conditions | colon* | 4,109 | 22,341 |
| Medical Conditions | death* OR dead OR fatal | 7,083 | 28,132 |
| Medical Conditions | esophag* | 1,085 | 7,484 |
| Medical Conditions | gastro* | 5,232 | 24,372 |
| Medical Conditions | intestin* | 2,075 | 12,075 |
| Medical Conditions | kidn* OR renal* | 6,039 | 25,326 |
| Medical Conditions | laten* | 729 | 4,635 |
| Medical Conditions | leukemia* | 922 | 4,152 |
| Medical Conditions | liver* | 5,657 | 22,861 |
| Medical Conditions | lymphoma* | 1,747 | 10,078 |
| Medical Conditions | muta* | 4,106 | 19,245 |
| Medical Conditions | myeloma* | 546 | 2,494 |
| Medical Conditions | NHL OR non-hodgkin* | 324 | 1,571 |
| Medical Conditions | toxicolog* | 6,234 | 31,422 |
| Medical Conditions | onset* | 3,508 | 16,864 |
| Medical Conditions | oncolog* | 1,985 | 6,624 |
| Medical Conditions | ovar* | 1,412 | 7,082 |
| Medical Conditions | pancrea* | 2,601 | 13,656 |
| Medical Conditions | prostate* | 1,739 | 9,148 |
| Medical Conditions | stomach* | 2,682 | 14,332 |
| Economic Terms | AWP OR "average wholesale price" OR WAC OR "wholesale acquisition cost" | 7,312 | 14,675 |
| Economic Terms | best W/3 pric* | 698 | 2,487 |
| Economic Terms | bulk W/3 suppl* | 161 | 599 |
| Economic Terms | impairment | 3,857 | 18,509 |
| Economic Terms | IRR | 347 | 1,794 |
| Economic Terms | manufactur* W/3 cost* | 530 | 1,838 |
| Economic Terms | marginal W/5 cost* | 10 | 122 |
| Economic Terms | market* W/5 share* | 3,528 | 9,044 |
| Economic Terms | net W/5 profit* | 575 | 1,634 |
| Economic Terms | net W/5 valu* | 644 | 2,509 |
| Economic Terms | NPA | 1,676 | 3,432 |
| Economic Terms | NPV | 671 | 2,277 |
| Economic Terms | rate W/10 return | 211 | 726 |
| Economic Terms | rebate* | 4,597 | 10,560 |
| Economic Terms | (sourc* w/5 agree*) OR (sourc* w/5 anal*) OR (sourc* w/5 contract*) OR (sourc* w/5 forecast*) OR (sourc* w/5 plan*) OR (sourc* w/5 strat*) | 2,615 | 8,625 |
| Economic Terms | (suppl* w/5 agree*) OR (suppl* w/5 anal*) OR (suppl* w/5 contract*) OR (suppl* w/5 forecast*) OR (suppl* w/5 plan*) OR (suppl* w/5 strat*) | 4,221 | 15,700 |
| Economic Terms | SWOT OR (strength PRE/7 threat*) | 36 | 137 |
| Economic Terms | writ* PRE/5 off | 563 | 1,885 |

| Group | String | Total | Total (Family-Complete) |
|---|---|---|---|
| Economic Terms | (ABDC OR Amerisource* OR "American Health Packaging" OR AHP) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share OR indemn* OR indemn* OR loss) | 3,601 | 9,457 |
| Economic Terms | (AG) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share OR gross OR gross OR loss) | 3,153 | 11,795 |
| Economic Terms | (amerisource*) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share OR indemn* OR indemn* OR loss) | 3,294 | 8,677 |
| Economic Terms | (ANDA) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share OR indemn* OR indemn* OR loss) | 18,217 | 54,882 |
| Economic Terms | (ASB) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share OR indemn* OR indemn* OR loss) | 97 | 187 |
| Economic Terms | (Authorized W/4 generic) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share) | 540 | 1,677 |
| Economic Terms | (average OR avg) AND (pric* OR cost* OR margin* OR profit* OR revenue*) | 4,713 | 15,363 |
| Economic Terms | (avg) AND (pric* OR cost* OR margin* OR profit* OR revenue*) | 2,069 | 4,873 |
| Economic Terms | (boehringer ingelheim) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share OR indemn* OR indemn* OR loss) | 1,180 | 3,732 |
| Economic Terms | (cardinal) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share OR indemn* OR indemn* OR loss) | 4,956 | 13,173 |
| Economic Terms | (contract) AND (distrib* OR PBM) | 5,848 | 16,209 |
| Economic Terms | (cost*) AND (analy* OR forecast* OR plan* OR strat*) | 7,736 | 22,323 |
| Economic Terms | (CVS*) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share OR indemn* OR indemn* OR loss) | 5,259 | 13,206 |
| Economic Terms | (Epic) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share OR indemn* OR indemn* OR loss) | 1,289 | 3,114 |
| Economic Terms | (ESI) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share OR indemn* OR indemn* OR loss) | 1,342 | 4,259 |
| Economic Terms | (Express*) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share OR indemn* OR indemn* OR loss) | 7,219 | 27,062 |
| Economic Terms | (IMS) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share) | 3,398 | 9,877 |
| Economic Terms | (IQVIA) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share) | 860 | 1,936 |
| Economic Terms | (Kroger) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share OR indemn* OR indemn* OR loss) | 2,427 | 6,523 |
| Economic Terms | (mckesson) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share OR indemn* OR indemn* OR loss) | 6,173 | 15,175 |
| Economic Terms | (operat* w/5 margin*) AND (margin* OR profit*) | 199 | 599 |
| Economic Terms | (Optum*) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share OR indemn* OR indemn* OR loss) | 2,335 | 6,354 |
| Economic Terms | (pric*) AND (decreas* OR increas* OR list* OR strat* OR expect* OR project*) | 13,332 | 28,800 |
| Economic Terms | (recall) AND (loss OR impairm* OR write* OR reimburs* OR indemn* OR charg* OR replace*) | 2,610 | 11,006 |
| Economic Terms | (Redoak) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share OR indemn* OR indemn* OR loss) | 227 | 874 |
| Economic Terms | (retail) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share) | 4,785 | 14,001 |
| Economic Terms | (Rite*) AND (pric*) | 2,412 | 6,605 |
| Economic Terms | (sales) W/5 (expect* OR project*) | 1,366 | 4,899 |
| Economic Terms | (var*) W/5 (cost*) | 373 | 1,301 |
| Economic Terms | (variable) W/5 (cost*) | 62 | 307 |
| Economic Terms | (Walgreen* OR WBDA) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share OR indemn* OR indemn* OR loss) | 4,724 | 10,808 |
| Economic Terms | (Walmart) AND (pric* OR cost OR market* OR AWP OR WAC OR profit OR margin* OR stock OR share OR indemn* OR indemn* OR loss) | 2,962 | 6,998 |
| Entities | Alembic | 1,783 | 5,167 |

| Group | String | Total | Total (Family-Complete) |
|---|---|---|---|
| Entities | ABDC OR Amerisource* OR "American Health Packaging" OR AHP | 4,620 | 12,302 |
| Entities | Amerigen | 682 | 1,719 |
| Entities | ANDA | 28,262 | 65,833 |
| Entities | Auro* OR APL OR APUSA | 5,523 | 14,817 |
| Entities | boehringer ingelheim | 1,446 | 4,315 |
| Entities | Bristol | 2,425 | 7,829 |
| Entities | Camber | 2,243 | 5,931 |
| Entities | Cobalt | 762 | 2,407 |
| Entities | distribut* | 28,730 | 78,197 |
| Entities | Forest | 2,158 | 6,116 |
| Entities | Hetero | 4,469 | 12,398 |
| Entities | Huahai | 2,000 | 5,674 |
| Entities | Indoco | 1 | 3 |
| Entities | Ivax | 449 | 1,284 |
| Entities | Jubilant | 1,559 | 5,330 |
| Entities | Lantech* | 13 | 19 |
| Entities | Macleod* | 1,398 | 3,887 |
| Entities | Matrix | 3,690 | 12,382 |
| Entities | Mylan | 6,842 | 19,497 |
| Entities | Novartis | 4,335 | 11,610 |
| Entities | Par | 4,770 | 14,611 |
| Entities | Prinston | 364 | 904 |
| Entities | Qualanex | 2,657 | 5,187 |
| Entities | Ranbaxy | 4,264 | 10,148 |
| Entities | Sandoz | 3,931 | 9,251 |
| Entities | Syncore | 11 | 18 |
| Entities | Synthon | 1,105 | 2,125 |
| Entities | Teva | 6,310 | 14,927 |
| Entities | Torrent | 69,343 | 111,799 |
| Entities | Unichem | 2,549 | 9,196 |
| Entities | Watson | 2,235 | 5,782 |
| Entities | Zhejian* | 2,034 | 6,123 |
| Entities | ZHP | 123 | 364 |

A-8

EXHIBIT B

**Revised Search Terms**

| Group | Provided String | String Total | String Total (Family-Complete) |
|---|---|---|---|
| Standalone | (*90483* OR *90866* OR *78020*) | 4,103 | 13,956 |
| Standalone | (EIR OR "establishment inspection report") AND <facility name> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) | 725 | 4,185 |
| Standalone | (OAI or "official action indicated") AND <facility name> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) | 295 | 1,056 |
| Standalone | ("voluntary action indicated") AND <facility name> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) | 3 | 5 |
| Standalone | *diethylamine or "*diethyl amine" | 1,125 | 4,489 |
| Standalone | *dimethylamine or "*dimethyl amine" | 996 | 3,458 |
| Standalone | *dimethylformamide | 1,194 | 5,556 |
| Standalone | *dimethylmethanamide | - | - |
| Standalone | *ghost* | 1,077 | 2,132 |
| Standalone | *NDEA* | 9,113 | 31,187 |
| Standalone | *NDMA* | 5,018 | 13,150 |
| Standalone | *nitra* | 11,938 | 32,602 |
| Standalone | *nitrite* | 1,146 | 5,429 |
| Standalone | *nitrosa* | 1,029 | 2,975 |
| Standalone | *nitroso* | 2,981 | 8,544 |
| Standalone | *NMBA* (deferred to after JPML decision) | 1,955 | 3,835 |
| Standalone | *trosomine* | 2 | 2 |
| Standalone | ((Form483) or (Form /3 483) or (483 /3 letter) or (483 /3 warn*) or (704 pre/3 b)) AND <facility name> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) | 351 | 1,139 |
| Standalone | C2H6N2O or "(CH3)2NN=O" or "CH32NN=O" or "(CH3)2NC(O)H" or CH32NCOH or C3H7NO or "(CH3CH2)2NH" or CH3CH22NH or C4H11N or "(CH3)2NH" or CH32NH or C2H7N or "(C2H5)2NNO" or C2H52NNO or C4H10N2O | 28 | 110 |
| Standalone | carcin*  AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) | 6,453 | 23,875 |
| Standalone | deviat* /5 cancer* or deviat* /5 toxic or or deviat* /5 hazard* or deviat* /5 fatal | 4 | 5 |
| Standalone | (FDA /10 warning)  AND <facility name> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) | 336 | 807 |
| Standalone | gene* /3 mutat* | 3,062 | 14,036 |
| Standalone | genotoxic* AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) | 1,567 | 8,389 |
| Standalone | solvent /5 cancer* or solvent /5 toxic or or solvent /5 hazard* or solvent /5 fatal | 32 | 143 |

| Group | Provided String | String Total | String Total (Family-Complete) |
|---|---|---|---|
| Standalone | solvent* /5 contamin* | 140 | 1,133 |
| Standalone | (test* /5 canc*) AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) | 208 | 631 |
| Standalone | Valisure* | 23 | 39 |
| Regulatory | ("adverse event*" or AER) /50 <drug name>  /50 <medical conditions> | 231 | 1,691 |
| Regulatory | "prior approval supplement" /50 (<drug name> OR (ANDA Numbers)) | 79 | 160 |
| Regulatory | adulterat* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR <facility names>) | 83 | 432 |
| Regulatory | alert* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR <facility names>) | 1,495 | 4,851 |
| Regulatory | Citizen* pre/3 Petition /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR <facility names>) | 64 | 115 |
| Regulatory | import* /3 (ban or alert or restrict*) /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) | 57 | 86 |
| Regulatory | inadequat* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR <facility names>) | 502 | 3,387 |
| Regulatory | inspect* /50 <drug name> | 645 | 2,774 |
| Regulatory | investigat* /50 <drug name> | 722 | 3,416 |
| Regulatory | major /3 change /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR (*78020* OR *90866* OR *90483*)) | 24 | 111 |
| Regulatory | minor /3 change /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR (*78020* OR *90866* OR *90483*)) | 103 | 387 |
| Regulatory | moderate /3 change /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR (*78020* OR *90866* OR *90483*)) | 6 | 18 |
| Regulatory | Monthly /3 update /50 (<drug name> or (<Solvents> AND NOT <other drug names>))) | 61 | 145 |
| Regulatory | (official pre/3 action* /4 indicat* ) /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR <facility names>) | 15 | 141 |
| Regulatory | observation* /50 (<drug name>  OR <facility name>) | 1,950 | 6,483 |
| Regulatory | (OOS or "out of spec*" or "out-of-spec*") /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR <facility names>) | 1,291 | 5,482 |

| Group | Provided String | String Total | String Total (Family-Complete) |
|---|---|---|---|
| Regulatory | (OOT or "out-of-trend" or "out of trend") /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR <facility names>) | 361 | 1,745 |
| Regulatory | PADER* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR <facility names>) | 2,538 | 14,011 |
| Regulatory | VAI or (voluntary pre/3 action* /4 indicat*) /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR <facility names>) | 61 | 165 |
| Regulatory | violat* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR <facility names>) | 283 | 837 |
| QA Testing | ("anion-exchange" OR anionexchange OR "anion exchange") /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) | 11 | 12 |
| QA Testing | ("ion-exchange" OR ionexchange OR "ion exchange") /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) | 162 | 1,548 |
| QA Testing | *PCRC* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) | - | - |
| QA Testing | ALS /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) | 54 | 281 |
| QA Testing | bioequiv* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) | 904 | 2,866 |
| QA Testing | (CAPA or corrective pre/3 "preventive action") /50 <facility name> /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR QA OR "quality assurance" OR QC OR "quality control" OR Chromato* OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 456 | 1,970 |
| QA Testing | Chromato* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 2,925 | 14,458 |

| Group | Provided String | String Total | String Total (Family-Complete) |
|-------|-----------------|--------------|-------------------------------|
| QA Testing | contami* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*") | 2,276 | 7,496 |
| QA Testing | degradant* or impurit* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 14,327 | 43,664 |
| QA Testing | detect* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 7,749 | 31,338 |
| QA Testing | EI-MS or EL-MS or "electron ionization" /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) | 15 | 42 |
| QA Testing | elude* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 2 | 2 |
| QA Testing | fatal* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) | 838 | 5,282 |
| QA Testing | GC or "GC-FID" or GCMS or "GC-MS" /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) | 1,250 | 5,289 |
| QA Testing | hazard* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 1,893 | 6,962 |
| QA Testing | heat /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 889 | 3,771 |
| QA Testing | HPLC-UV /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) | 40 | 127 |

| Group | Provided String | String Total | String Total (Family-Complete) |
|---|---|---|---|
| QA Testing | HS /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) | 383 | 1,367 |
| QA Testing | incomplet* /5 data* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR facilities names OR test OR chromatog* OR peak) | 38 | 203 |
| QA Testing | LCMS (<drug name> OR (<Solvents> AND NOT <other drug names>))) | 30 | 83 |
| QA Testing | mass spectro* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 192 | 1,098 |
| QA Testing | "method /5 qualification" /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) | 5 | 14 |
| QA Testing | noise* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 315 | 1,336 |
| QA Testing | "noti* w/5 pharm*" /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) | 591 | 2,167 |
| QA Testing | obscure* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 70 | 243 |
| QA Testing | "press /4 release" /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) | 560 | 2,119 |
| QA Testing | "preventative /5 action" /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) | 24 | 185 |
| QA Testing | puri* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 3,560 | 16,424 |
| QA Testing | recall* /50 <drug name> | 3,413 | 8,047 |

B-5

| Group | Provided String | String Total | String Total (Family-Complete) |
|---|---|---|---|
| QA Testing | "repe* /4 error*" /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 6 | 47 |
| QA Testing | residu* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 3,991 | 17,441 |
| QA Testing | retrospec* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>))) | 76 | 430 |
| QA Testing | risk* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 8,857 | 36,739 |
| QA Testing | signal* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 spike" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 1,126 | 5,303 |
| QA Testing | spectro* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 522 | 2,463 |
| QA Testing | spike* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 483 | 2,350 |
| QA Testing | suitab* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 2,207 | 9,918 |

| Group | Provided String | String Total | String Total (Family-Complete) |
|---|---|---|---|
| QA Testing | toxic* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR aberran /3 peak* OR abnorm* OR complain* OR "unknown /3 peak" OR "unknown /3 impurit*" OR "unknown /3 contamin*") | 4,425 | 25,401 |
| Medical Conditions | bladder* | 234 | 1,542 |
| Medical Conditions | cancer* or precancer* or pre-cancer* | 1,072 | 4,054 |
| Medical Conditions | colon* | 522 | 3,213 |
| Medical Conditions | death* or dead or fatal | 2,362 | 13,659 |
| Medical Conditions | esophag* | 502 | 2,068 |
| Medical Conditions | gastro* | 816 | 6,030 |
| Medical Conditions | intestin* | 304 | 1,876 |
| Medical Conditions | kidn* or renal* | 2,898 | 17,355 |
| Medical Conditions | laten* | 27 | 188 |
| Medical Conditions | leukemia* | 59 | 194 |
| Medical Conditions | liver* | 1,461 | 6,887 |
| Medical Conditions | lymphoma* | 328 | 1,926 |
| Medical Conditions | muta* | 915 | 5,378 |
| Medical Conditions | myeloma* | 43 | 79 |
| Medical Conditions | NHL or non-hodgkin* | 46 | 126 |
| Medical Conditions | toxicolog* | 974 | 5,933 |
| Medical Conditions | onset* | 716 | 5,738 |
| Medical Conditions | oncolog* | 117 | 248 |
| Medical Conditions | ovar* | 215 | 1,304 |
| Medical Conditions | pancrea* | 174 | 1,165 |
| Medical Conditions | prostate* | 159 | 683 |
| Medical Conditions | stomach* | 830 | 4,154 |
| Manufacturing | "PROCESS I" or "PROCESS II" | 260 | 795 |
| Manufacturing | assay* | 9,267 | 40,092 |
| Manufacturing | assessment* | 3,773 | 21,251 |
| Manufacturing | batch /5 records | 653 | 3,108 |
| Manufacturing | biocompat* | 30 | 81 |
| Manufacturing | byproduct* | 37 | 314 |
| Manufacturing | certificat* | 4,170 | 14,651 |
| Manufacturing | change* /3 control* | 734 | 4,733 |
| Manufacturing | change* /5 process* | 923 | 4,194 |
| Manufacturing | COA or certificat* pre/3 analys* | 2,330 | 10,392 |
| Manufacturing | concentra* | 8,321 | 37,142 |
| Manufacturing | condensa* | 239 | 3,023 |
| Manufacturing | conversion* | 898 | 5,182 |
| Manufacturing | critical /4 change | 6 | 47 |
| Manufacturing | crude* | 754 | 5,093 |
| Manufacturing | deviat* | 1,919 | 10,757 |
| Manufacturing | diastereo* | 71 | 398 |
| Manufacturing | discrepanc* | 367 | 1,550 |

| Group | Provided String | String Total | String Total (Family-Complete) |
|---|---|---:|---:|
| Manufacturing | esterficat* | - | - |
| Manufacturing | *formaldehyde* | 645 | 3,588 |
| Manufacturing | malfunct* | 32 | 123 |
| Manufacturing | material* /3 loss* | 12 | 106 |
| Manufacturing | moiety or moieties | 308 | 1,285 |
| Manufacturing | process /5 change | 666 | 2,539 |
| Manufacturing | quench* | 277 | 1,315 |
| Manufacturing | reagent* | 2,313 | 15,266 |
| Manufacturing | reclaim* | 3 | 7 |
| Manufacturing | recover* | 4,736 | 31,764 |
| Manufacturing | recycl* /2 solvent AND <drug name> | 8 | 16 |
| Manufacturing | repack* or "re-pack*" | 2,669 | 9,352 |
| Manufacturing | resal* | 10 | 39 |
| Manufacturing | resell* | - | - |
| Manufacturing | reuse* | 29 | 68 |
| Manufacturing | ring* | 1,183 | 6,209 |
| Manufacturing | suppress* | 526 | 3,407 |
| Manufacturing | TEA or Triethyl* | 6,331 | 26,896 |
| Manufacturing | temperature | 8,565 | 38,052 |
| Manufacturing | TIN or Tributyl* | 2,863 | 10,188 |
| Manufacturing | yield* | 1,009 | 6,882 |
| Entities | Alembic | 753 | 2,658 |
| Entities | ABDC or Amerisource* or "American Health Packaging" or AHP | 1,814 | 4,577 |
| Entities | Amerigen | 14 | 56 |
| Entities | ANDA /3 Inc* | 1,120 | 3,206 |
| Entities | Auro* or APL or APUSA | 1,565 | 5,065 |
| Entities | boehringer ingelheim | 441 | 1,350 |
| Entities | Bristol | 234 | 787 |
| Entities | Camber | 767 | 2,716 |
| Entities | Cobalt | 229 | 701 |
| Entities | Forest | 181 | 441 |
| Entities | Hetero | 2,547 | 8,007 |
| Entities | Huahai | 2,777 | 9,047 |
| Entities | Indoco | 16 | 84 |
| Entities | Ivax | 57 | 125 |
| Entities | Jubilant | 539 | 1,687 |
| Entities | Lantech* | - | - |
| Entities | Macleod* | 730 | 2,066 |
| Entities | Matrix | 1,415 | 3,498 |
| Entities | Mylan | 4,026 | 15,260 |
| Entities | Novartis | 3,859 | 12,142 |
| Entities | Par | 1,345 | 4,810 |
| Entities | Prinston | 243 | 701 |
| Entities | Qualanex | 1,172 | 3,264 |

| Group | Provided String | String Total | String Total (Family-Complete) |
|---|---|---:|---:|
| Entities | Ranbaxy | 2,222 | 6,234 |
| Entities | Sandoz | 1,288 | 4,669 |
| Entities | Syncore | - | - |
| Entities | Synthon | 242 | 542 |
| Entities | Teva | 2,629 | 7,428 |
| Entities | Torrent | 28,236 | 70,124 |
| Entities | Unichem | 2,022 | 7,587 |
| Entities | Watson | 438 | 1,599 |
| Entities | Zhejian* | 2,529 | 8,352 |
| Entities | ZHP | 70 | 333 |
| cGMP | ((bottle pre/2 lies) or Eban) /50 ("inspect*" OR "FDA" OR "Food /50 Drug Administration" OR FDA OR USFDA OR "US-FDA" OR "Agency" OR "recall" OR <medical conditions> OR <drug name> OR (<Solvents> AND NOT <other drug names>)) OR test OR chromatog* OR peak) | 4 | 150 |
| cGMP | (bury OR burie* OR conceal*) /50 ("inspect*" OR "FDA" OR "Food /50 Drug Administration" OR FDA OR USFDA OR "US-FDA" OR "Agency" OR "recall" OR <medical conditions> OR <drug name> OR (<Solvents> AND NOT <other drug names>)) OR test OR chromatog* OR peak) | 482 | 1,738 |
| cGMP | (cGMP* or (current pre/5 manufacturing) or GMP*) /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR inspect* OR violat* | 9,491 | 26,281 |
| cGMP | ("cover up*" or coverup* or "cover-up*") /50 ("inspect*" OR "FDA" OR "Food /50 Drug Administration" OR FDA OR USFDA OR "US-FDA" OR "Agency" OR "recall" OR <medical condictions> OR <drug name> OR (<Solvents> AND NOT <other drug names>)) OR test OR chromatog* OR peak) | 94 | 136 |
| cGMP | (crash* or disaster*) /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR "backup /3 data" OR "test") | 312 | 948 |
| cGMP | (data /4 integrity or data /4 reliabl*) /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR "backup /3 data" OR "test" or chromatog*) | 473 | 1,084 |

| Group | Provided String | String Total | String Total (Family-Complete) |
|---|---|---|---|
| cGMP | (destroy* NOT "immediately destroy all electronic") /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR facilities names OR test OR chromatog* OR backup /3 data) | 1,889 | 4,937 |
| cGMP | delet* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR facilities names OR test OR chromatog* OR backup /3 data) | 6,735 | 22,897 |
| cGMP | destroy* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR facilities names OR test OR chromatog* OR backup /3 data) | 1,919 | 4,938 |
| cGMP | trash* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR facilities names OR test OR chromatog* OR backup /3 data) | 32 | 74 |
| cGMP | shred* /50 (<drug name> OR (<Solvents> AND NOT <other drug names>)) OR facilities names OR test OR chromatog* OR backup /3 data) | 192 | 363 |
| cGMP | (hide* OR suppress*) /50 ("inspect*" OR "FDA" OR "Food /50 Drug Administration" OR FDA OR USFDA OR "USFDA" OR "Agency" OR "recall" OR <medical conditions> OR <drug name> OR (<Solvents> AND NOT <other drug names>)) OR test OR chromatog* OR peak) | 5,227 | 43,694 |
| cGMP | whistleblow* /50 ("inspect*" OR "FDA" OR "Food /50 Drug Administration" OR FDA OR USFDA OR "US-FDA" OR "Agency" OR "recall" OR <medical conditions> OR <drug name> OR (<Solvents> AND NOT <other drug names>)) OR test OR chromatog* OR peak) | 357 | 462 |

**Exhibit C- Original Search Terms- High Hit Counts**

| Search Terms Report | Name | Hit | Hit W/ Fam |
|---|---|---|---|
| ANX.KEY.20200404.AuthorsInspectors.v1 | Patel AND FDA | 25,200 | 73,001 |
| ANX.KEY.20200404.AuthorsInspectors.v1 | Patel AND ANDA | 22,708 | 70,631 |
| ANX.KEY.20200404.AuthorsInspectors.v1 | Min AND FDA | 10,769 | 42,107 |
| ANX.KEY.20200404.AuthorsInspectors.v1 | Shah AND FDA | 17,652 | 41,130 |
| ANX.KEY.20200404.AuthorsInspectors.v1 | Shah AND ANDA | 11,331 | 28,216 |
| ANX.KEY.20200404.AuthorsInspectors.v1 | Min AND ANDA | 5,372 | 26,958 |
| ANX.KEY.20200404.AuthorsInspectors.v1 | Young AND FDA | 6,548 | 24,045 |
| ANX.KEY.20200404.AuthorsInspectors.v1 | Patel AND "Food and Drug Administration" | 4,440 | 19,551 |
| ANX.KEY.20200404.AuthorsInspectors.v1 | Min AND "Food and Drug Administration" | 3,933 | 18,692 |
| ANX.KEY.20200404.AuthorsInspectors.v1 | Young AND "Food and Drug Administration" | 3,462 | 13,738 |
| ANX.KEY.20200404.cGMP.v1 | remov* AND test* | 35,101 | 125,180 |
| ANX.KEY.20200404.cGMP.v1 | remov* AND FDA | 29,103 | 100,733 |
| ANX.KEY.20200404.cGMP.v1 | delet* AND regulat* | 30,218 | 99,842 |
| ANX.KEY.20200404.cGMP.v1 | remov* AND regulat* | 25,389 | 97,508 |
| ANX.KEY.20200404.cGMP.v1 | delet* AND FDA | 25,779 | 83,819 |
| ANX.KEY.20200404.cGMP.v1 | remov* AND inspect* | 17,264 | 79,218 |
| ANX.KEY.20200404.cGMP.v1 | remov* AND ANDA | 17,629 | 77,052 |
| ANX.KEY.20200404.cGMP.v1 | delet* AND ANDA | 20,124 | 71,275 |
| ANX.KEY.20200404.cGMP.v1 | remov* AND blood* | 13,527 | 69,354 |
| ANX.KEY.20200404.cGMP.v1 | remov* AND Agency | 13,728 | 68,801 |
| ANX.KEY.20200404.Entities.v1 | Torrent AND HCTZ | 20,705 | 47,344 |
| ANX.KEY.20200404.Entities.v1 | Torrent AND amlodipine* | 15,808 | 39,970 |
| ANX.KEY.20200404.Entities.v1 | Torrent AND *Valsartan* | 11,745 | 27,341 |
| ANX.KEY.20200404.MedicalConditions.v1 | blood* AND amlodipine* | 4,048 | 19,969 |
| ANX.KEY.20200404.MedicalConditions.v1 | blood* AND HCTZ | 3,201 | 12,723 |
| ANX.KEY.20200404.MedicalConditions.v1 | blood* AND *Valsartan* | 2,726 | 11,890 |

| Search Terms Report | Name | Hit | Hit W/ Fam |
|---|---|---|---|
| ANX.KEY.20200404.QA-Testing.v1 | quality AND test* | 52,102 | 142,112 |
| ANX.KEY.20200404.QA-Testing.v1 | validat* AND test* | 41,254 | 118,676 |
| ANX.KEY.20200404.QA-Testing.v1 | fail* AND test* | 32,250 | 99,931 |
| ANX.KEY.20200404.QA-Testing.v1 | toxic* AND test* | 20,120 | 86,304 |
| ANX.KEY.20200404.QA-Testing.v1 | detect* AND test* | 25,262 | 85,357 |
| ANX.KEY.20200404.QA-Testing.v1 | risk* AND test* | 27,507 | 80,950 |
| ANX.KEY.20200404.QA-Testing.v1 | unknown* AND test* | 21,902 | 78,008 |
| ANX.KEY.20200404.QA-Testing.v1 | problem* AND test* | 19,918 | 74,113 |
| ANX.KEY.20200404.QA-Testing.v1 | recall* AND recall* | 33,193 | 60,255 |
| ANX.KEY.20200404.QA-Testing.v1 | peak* AND test* | 16,992 | 58,776 |
| ANX.KEY.20200404.Regulatory.v1 | inspect* AND FDA | 29,749 | 96,678 |
| ANX.KEY.20200404.Regulatory.v1 | investigat* AND FDA | 28,706 | 93,757 |
| ANX.KEY.20200404.Regulatory.v1 | warn* AND FDA | 27,349 | 92,729 |
| ANX.KEY.20200404.Regulatory.v1 | CFR AND FDA | 22,624 | 84,186 |
| ANX.KEY.20200404.Regulatory.v1 | CFR AND ANDA | 20,970 | 76,889 |
| ANX.KEY.20200404.Regulatory.v1 | warn* AND ANDA | 17,304 | 74,152 |
| ANX.KEY.20200404.Regulatory.v1 | inspect* AND ANDA | 15,189 | 70,113 |
| ANX.KEY.20200404.Regulatory.v1 | alert* AND FDA | 18,861 | 68,796 |
| ANX.KEY.20200404.Regulatory.v1 | warn* AND "Food and Drug Administration" | 12,577 | 66,516 |
| ANX.KEY.20200404.Regulatory.v1 | CFR AND "Food and Drug Administration" | 13,699 | 64,650 |
| ANX.KEY.20200404.Standalone.v1 | DMF | 29,263 | 88,223 |
| ANX.KEY.20200404.Standalone.v1 | carcin* | 20,176 | 75,765 |
| ANX.KEY.20200404.Standalone.v1 | genotoxic* | 5,466 | 49,819 |
| ANX.KEY.20200404.Standalone.v1 | *nitra* | 11,938 | 32,602 |
| ANX.KEY.20200404.Standalone.v1 | *23491* | 2,086 | 8,295 |
| ANX.KEY.20200529.cGMP.ExcldOtherDrugNames.v1 | remov* AND acid* | 3,845 | 14,923 |
| ANX.KEY.20200529.cGMP.ExcldOtherDrugNames.v1 | remov* AND hydrochlor* | 2,647 | 11,635 |
| ANX.KEY.20200529.cGMP.ExcldOtherDrugNames.v1 | delet* AND hydrochlor* | 1,775 | 6,397 |

KE 69278317.2

| Search Terms Report | Name | Hit | Hit W/ Fam |
|---|---|---|---|
| ANX.KEY.20200529.cGMP.ExcldOtherDrugNames.v1 | delet* AND acid* | 1,608 | 5,831 |
| ANX.KEY.20200529.cGMP.ExcldOtherDrugNames.v1 | remov* AND N3* | 1,089 | 2,231 |
| ANX.KEY.20200529.EconomicTerms.ExcldOtherDrugNames.v1 | (ANDA AND market*) AND hydrochlor* | 1,949 | 8,012 |
| ANX.KEY.20200529.EconomicTerms.ExcldOtherDrugNames.v1 | (ANDA AND market*) AND acid* | 1,249 | 5,735 |
| ANX.KEY.20200529.Entities.ExcldOtherDrugNames.v1 | Torrent AND hydrochlor* | 7,538 | 17,938 |
| ANX.KEY.20200529.Entities.ExcldOtherDrugNames.v1 | Torrent AND acid* | 5,358 | 15,231 |
| ANX.KEY.20200529.Entities.ExcldOtherDrugNames.v1 | distribut* AND acid* | 4,126 | 12,126 |
| ANX.KEY.20200529.Entities.ExcldOtherDrugNames.v1 | ANDA AND hydrochlor* | 3,866 | 11,635 |
| ANX.KEY.20200529.Entities.ExcldOtherDrugNames.v1 | ANDA AND acid* | 2,756 | 9,639 |
| ANX.KEY.20200529.Entities.ExcldOtherDrugNames.v1 | distribut* AND hydrochlor* | 2,751 | 9,110 |
| ANX.KEY.20200529.Entities.ExcldOtherDrugNames.v1 | Torrent AND *azide* | 3,248 | 6,592 |
| ANX.KEY.20200529.Entities.ExcldOtherDrugNames.v1 | distribut* AND *azide* | 1,075 | 3,131 |

KE 69278317.2