**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE:  VALSARTAN,                    CIVIL ACTION NUMBER:

19-2875

STATUS CONFERENCE

        Mitchell H. Cohen Building & U.S. Courthouse
        4th & Cooper Streets
        Camden, New Jersey  08101
        September 25, 2019

B E F O R E:                    THE HONORABLE ROBERT B. KUGLER,
                                UNITED STATES DISTRICT JUDGE
                                MAGISTRATE JUDGE JOEL SCHNEIDER

A P P E A R A N C E S:

        ADAM SLATER, ESQUIRE
        FOR THE PLAINTIFF

        DANIEL NIGH, ESQUIRE
        FOR THE PLAINTIFF

        RUBIN HONIK, ESQUIRE
        FOR THE PLAINTIFF

        CONLEE WHITELY, ESQUIRE
        FOR THE PLAINTIFF

        JORGE MESTRE, ESQUIRE
        FOR THE PLAINTIFF

        DAVID STANOCH, ESQUIRE
        FOR THE PLAINTIFF

        BEHRAM PAREKH, ESQUIRE
        FOR THE PLAINTIFF

        MIKAL WATTS, ESQUIRE
        FOR THE PLAINTIFF

1       GEORGE WILLIAMSON, ESQUIRE
        FOR THE PLAINTIFF
2
        MARLENE GOLDENBURG, ESQUIRE
3       FOR THE PLAINTIFF

4       C. BRETT VAUGHN, ESQUIRE
        FOR THE PLAINTIFF
5
        SETH GOLDBERG, ESQUIRE
6       FOR THE DEFENDANT

7       LORI COHEN, ESQUIRE
        FOR THE DEFENDANT
8
        BRIAN RUBENSTEIN, ESQUIRE
9       FOR THE DEFENDANT

10      CLEM TRISCHLER, ESQUIRE
        FOR THE DEFENDANT
11
        JESSICA HEINZ, ESQUIRE
12      FOR THE DEFENDANT

13      JASON REEFER, ESQUIRE
        FOR THE DEFENDANT
14
        JANET POLETTA, ESQUIRE
15      FOR THE DEFENDANT

16      NICOLE D. GALLI, ESQUIRE
        FOR THE DEFENDANT
17
        CHARLES J. FALLETTA, ESQUIRE
18      FOR THE DEFENDANT

19      MICHELLE MICHAEL, ESQUIRE
        FOR THE DEFENDANT
20
        NATHALIE, DRESSIE, ESQUIRE
21      FOR THE DEFENDANT

22

23

24

25

*United States District Court*
*Camden, New Jersey*

1        BRITTNEY NAGLE, ESQUIRE
         FOR THE DEFENDANT
2
         KIRSTIN IVES, ESQUIRE
3        FOR THE DEFENDANT

4        MATTHEW BRUNO, ESQUIRE
         FOR THE DEFENDANT
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22
                    Carl J. Nami, Official Court Reporter
23                     Carl_Nami@NJD.USCOURTS.GOV
                            609-439-5420
24
         Proceedings recorded by mechanical stenography; transcript
25            produced by computer-aided transcription.

*United States District Court*
*Camden, New Jersey*

```
 1              (The following took place in open court)
 2         THE DEPUTY COURT CLERK:  All rise.
 3         THE COURT:  Good afternoon.  Have a seat.  Welcome
 4   back.  And, yes, it's been a bad year for the Phillies and
 5   Eagles fans.
 6         All right, we'll get that out of the way because I know
 7   my colleague has something to say about this.
 8         All right.  I don't know if there's anything that you
 9   want to put on the record formally or not.  I mean we have the
10   option, if you want to just meet informally off the record.
11   Would you rather do that, or if you have anything you want to
12   put on the record.  It's entirely up to you at this point.
13   Mr. Goldberg?
14         MR. GOLDBERG:  Well, your Honor, I think there was
15   one issue that came out of the morning session that we wanted
16   to raise with your Honor.  It does pay to have it put on the
17   record.
18         THE COURT:  That's fine.
19         MR. GOLDBERG:  We had a discussion on the record and
20   Mr. Trischler, if you want to weigh in, too, but at least get
21   started about the idea that there would be whether it being
22   referred to as informal interviews of witnesses or
23   representatives of our client for the purpose of focusing on
24   the ESI.
25         THE COURT:  Not just the ESI but the deposition to
```

00:07 (line 5)
00:08 (line 10)
00:08 (line 15)
00:08 (line 20)
00:08 (line 25)

1    depose --

2         MR. GOLDBERG:  Right.  To identify the custodians and

3    identify the search terms.  And in our view, we feel strongly

4    that that kind of a process isn't warranted at this point in

00:09   5    time.  We have served two hundred thousand pages of discovery,

6    core discovery, the Andos, the drug master files, all of the

7    correspondence with the FDA on the recall issue.  Everything

8    about the manufacturing process, which is at issue.  Right.

9    This is a narrow issue in this case about a specific chemical

00:09  10    reaction and it's not, it's not about anything else.  And so

11    --

12         THE COURT:  At this point.

13         MR. GOLDBERG:  And, so, what we -- right.  And that's

14    the point, is at this point, it is and it will always be,

00:09  15    unless there are rabbit holes going down about this chemical

16    reaction.  We have provided a list of search terms based on

17    our work with our clients or a list of custodians, I'm sorry.

18    They have provided a list of search terms, 433 search terms

19    and we have yet to have a meet and confer about either of

00:10  20    those things.  But it seems we've already concluded that

21    informal interviews are necessary and the conclusion seems to

22    be based on the fact that it was done in the Benicar case.

23    But this case is vastly different than that as we've

24    discussed.  There were two defendants.  There was a year of

00:10  25    litigation before they got to this Court.  Here we have 43

1    more defendants.  We have -- we're at the beginning of the

2    litigation in terms of discovery, and we haven't met and

3    conferred on this issue.  And we think the right process and

4    the process that certainly is envisioned by the rules is a

00:10    5    meet and confer process to see what the issues are, if there

6    are any that might be warranted, that might warrant that kind

7    of an interview.

8            THE COURT:  Well, I think you misunderstand the

9    process.  You keep calling it an interview and it's really not

00:11    10   that formal, the way I perceive that it's going to work.  It's

11   just an opportunity to discuss, both sides to discuss who it

12   is that has the relevant knowledge so that person can be then

13   deposed about that relevant knowledge and it saves a lot of

14   time because they don't have to go down the whole list of your

00:11    15   witnesses to find out who really knows what they need to know.

16   And I understand and your reluctance to do this.  I'm not

17   criticizing your reluctance to do this, but I think you will

18   find that it's a very efficient and informal process

19   completely without prejudice and the point is not to interview

00:12    20   anyone about what they know, the point is to find out who

21   knows what.  All we're trying to find out who knows what so

22   they can then identify those people as the ones who should be

23   giving the deposition testimony.  That's all that's about.

24            MR. GOLDBERG:  Your Honor, respectfully, I think that

00:12    25   was why we provided the custodian list and at least for my

1 client we produced heads of manufacturing, regulatory affairs,

2 people involved in the process.

3          THE COURT:  Well, that's great.

4          MR. GOLDBERG:  And --

00:12  5          THE COURT:  And we appreciate it, but the problem is,

6 we then get to the depositions and we get answers like, well,

7 I'm not really sure, I'm not really the person, the right

8 person to ask that question.  You have to ask Sussie Smith or

9 whoever it is.  So let's, let's get out front right now and

00:12  10 find out who is Sussie Smith, who we need to talk to first.

11 That's all we're trying to do.

12          MR. GOLDBERG:  That was the purpose of the core

13 discovery is our understanding was to, to put before

14 plaintiffs key documents that have key witnesses who wrote

00:13  15 those documents, who are identified in those documents.  We

16 have provided names of individuals in those documents.  We

17 expect them to provide names of additional individuals we

18 expect to meet and confer on that.  And that's the process

19 that is envisioned under the Rules and to sort of have it a

00:13  20 fait accompli, have it be concluded already that individuals

21 in China, in India and other places are going to need to be

22 brought to Camden to have an interview.

23          THE COURT:  Well, no, no, no, no, no, no.  That's not

24 what we're talking about.  We're not talking about dragging

00:13  25 people, you know, 12 time zones away for an interview.  That's

1    not what it is.  I mean you may be able to answer the

2    questions or you may have another representative in the United

3    States who can answer the questions as to who it is we need to

4    talk to to find out about the manufacturing process and what

5    happened.

6         MR. GOLDBERG:  Right.  And I think we, we feel that

7    as officers of the court, we are in a position to answer those

8    questions.  We haven't had the opportunity to do it.  And to

9    get to the point of being asked to be scheduling interviews

10   already.

11        THE COURT:  Well, you keep calling them interviews

12   and that's really not the process.  It's not really an

13   interview.  It is an entirely informal discussion between the

14   two sides at which, you know, one of us will be there if you

15   want to referee as it were if it's necessary and that happened

16   in the Benicar case where some of the questions I thought were

17   over the line.  So I, I told the Benicar representatives you

18   can't answer that because that's more of a deposition

19   question.  If you're, if you are confident that the person

20   able or not just you, but one of the lawyers are the people

21   who have the ability to identify the key players in this, the

22   key people who have to be deposed to answer those questions,

23   then let's start out doing that.

24        MR. GOLDBERG:  That seems to be the basis of what the

25   Rules envision, and that's why we're -- that's why we do it

00:13

00:14

00:14

00:14

00:15

1    and to presume otherwise at this stage when there's no basis

2    to do it and to potentially open the door for the interviews

3    seems to be premature.  There may be issues, and we grant

4    this, we may get to issues through a meet and confer process

00:15    5    resolving disputes on December 11th and there may yet be an

6    issue that requires some kind of written interrogatory,

7    something less burdensome on informal meetings.  But we're not

8    at that point yet.

9            THE COURT:  Why is an informal meeting burdensome?  I

00:15    10    don't understand what the fear is.  What you think the burden

11    of this is.  This is going to save you and your client an

12    enormous amount of time.

13            MR. GOLDBERG:  And, and the way your Honor has

14    positioned it, that may be true because earlier we were

00:16    15    talking about corporate representatives and that does entail

16    12 time zones.

17            THE COURT:  Well, I don't know.  Like I said, if

18    there's somebody in the United States who is able to identify

19    the key people who need to testify, that's fine.

00:16    20            MR. GOLDBERG:  But the fear, your Honor, quite

21    frankly, is we don't believe that this will result in, it

22    might be intended to in narrowing discovery.  The custodial

23    list we believe will grow.  The document search terms we

24    believe will grow and as well the document request.  And, so

00:16    25    that is our concern, and we think it's a legitimate one

1    because that's generally how these things go.

2            THE COURT:  Well, I disagree that's generally how

3    these things go.  But this process eliminates a number of

4    steps on that trip by identifying immediately who it is we

00:16   5    want to hear from as to the process involved.  And, you know,

6    the sooner we can get together and talk about this, the

7    better.

8            MR. GOLDBERG:  And that was the purpose of core

9    discovery.  We've now provided a custodian list.

00:17  10            THE COURT:  How many people are on the custodian

11   list?

12            MR. GOLDBERG:  We have provided on my client's list,

13   I think we provided nine people.

14            THE COURT:  You don't need to depose nine people.

00:17  15            MR. GOLDBERG:  I don't think.

16            THE COURT:  Who do we need to depose of those nine

17   people?

18            MR. GOLDBERG:  That's up to them, but I would think

19   the person who is involved in the manufacturing process, and

00:17  20   we identified that person.

21            THE COURT:  How do they know who that is until you

22   tell them.

23            MR. GOLDBERG:  We can have that discussion.  We can

24   have that discussion.

00:17  25            THE COURT:  Okay.

1      MR. GOLDBERG:  We're not saying we don't want to have

2  a meet and confer.  We were happy to meet and confer.  What we

3  don't want is to jump to the place automatically,

4  predetermined that a corporate representative is going to have

00:17    5  to sit down with plaintiffs' lawyers informally or formally to

6  talk about these kinds of issues.  We're not -- that, that

7  doesn't -- it's certainly not what the rules require.  And

8  it's not where this case is at this point because we've yet to

9  have that conversation.

00:18   10      THE COURT:  Well, when are you going to have the

11  conversation?

12      MR. GOLDBERG:  We can -- we've already talked about

13  having one meeting at least before October 15th.  But we, we

14  have until December 11th to try to resolve these kinds of

00:18   15  issues.

16      THE COURT:  No we don't.  That's a different issue,

17  December 11th.

18      MR. GOLDBERG:  Right.

19      THE COURT:  I want this done, we want these people

00:18   20  identified long before December 11th.

21      MR. GOLDBERG:  Well, the custodians have been

22  identified.  We haven't heard back from them.

23      THE COURT:  We don't know what they know.  How would

24  they know --

00:18   25      MR. GOLDBERG:  Because we gave them, that was the

1    purpose of core discovery.

2            THE COURT:  Look, we're just going around in circles

3    here.  If you are confident that you can answer their pointed

4    questions about who knows what, fine.  Sit down with them

00:18    5    before October, the next October meeting and get it done.

6    Skeptical?  Because what I think we're going to hear from the

7    plaintiffs' side is we don't know still.  We asked a lot of

8    questions.  We don't get straight answers.  We say, well,

9    there's nine custodians.  There's 12 custodians.  There's 20

00:19    10    custodians.  You figure it out, plaintiffs.  We move on.

11    We've eliminated that problem.  That, that goes to you figure

12    it out.  Is they start demanding depositions of all nine of

13    them, and that's just a waste of everybody's time.  We're not

14    going to waste time.

00:19    15        So you sit down with them, sit down with them, you tell

16    them what they need to know about who the right people are

17    that they can start taking depositions of and then we'll see

18    how that goes.  Okay?

19            MR. GOLDBERG:  Okay.

00:19    20            MR. TRISCHLER:  That's fair.

21            MR. GOLDBERG:  Thank you, your Honor.

22            THE COURT:  All right.  Everything else I understand

23    has been sort of resolved?  Do we need to put any of it on the

24    record?  And that's entirely up to you.

00:19    25            MR. HONIK:  Not from our side, your Honor.

1        THE COURT:  Anything else you want to put on the

2    record about this?

3        MR. GOLDBERG:  No, your Honor.

4        THE COURT:  I think the only issue then is

00:20    5    rescheduling?  We have holidays in November and December.

6        MR. GOLDBERG:  Correct.

7        THE COURT:  Seems to happen every year.

8                (Laughter)

9        THE COURT:  That's not a problem.  You want to do it

00:20    10    -- we currently have it -- so we want like the November

11    meeting on the 20th?  Is that correct?  November 20th?  Is

12    that what you're proposing.

13        MR. SLATER:  Yes, your Honor.

14        THE COURT:  Okay.

00:20    15        MR. SLATER:  That is the day before Thanksgiving.  A

16    week before.

17        THE COURT:  A week before.  Thanksgiving is really

18    late this year.  I can move some things around.  Let's do it

19    on the 20th of November for that meeting and then --

00:21    20        MR. HONIK:  We'll keep the call on for November 6th.

21        THE COURT:  December, you want to do it the 18th?  Is

22    that your proposal?  The 18th?

23        MR. SLATER:  If that's convenient for everyone.

24        MR. NIGH:  That's convenient, your Honor.

00:21    25        THE COURT:  Well, we'll make it convenient.

1        MR. SLATER:  Thank you.

2        THE COURT:  All right.  Now October.

3        MAGISTRATE JUDGE SCHNEIDER:  Just for calendar

4  purposes, we won't have a phone call in December, but we'll

00:21    5  have the December meeting on the eleventh.

6        MR. SLATER:  And that will be in court.

7        THE COURT:  That will be in person.

8        MR. SLATER:  Thank you.

9        THE COURT:  Well, there's going to be a morning

00:21   10  session with Judge Schneider on those days.  Right?

11        MAGISTRATE JUDGE SCHNEIDER:  On the 18th and on, on

12  December 18th there's a morning session and November 20th is a

13  morning session.

14        THE COURT:  Then there will be an afternoon session

00:22   15  here at two o'clock.  Now October everybody is going to be at

16  some seminar or something?  Is that what I read?  How do you

17  get that gig?  Do the defendants do that kind of --

18        MR. GOLDBERG:  No.

19        THE COURT:  Well maybe you should.

00:22   20        MR. GOLDBERG:  We don't do those kinds of things, but

21  we don't do them in Las Vegas.

22                (Laughter)

23        MS. COHEN:  I've haven't been invited but I'll be

24  there.  So I'll be there.

00:22   25        THE COURT:  All right.  Are you all right?

1      MAGISTRATE JUDGE SCHNEIDER:  Yes.  I slipped.  Let
2  the record reflect I fell off my chair.
3      THE COURT:  Well, what's the date of your conference?
4  October.
5      MS. COHEN:  Twenty-second and twenty-third.
6      THE COURT:  Yeah, the 23rd is the date currently.
7      MR. NIGH:  It's the 22d and the 24th is the dates of
8  the conference.
9      THE COURT:  Yeah.  You want to move it to the
10  previous week.  Do you have any problem with the sixteenth,
11  Judge Schneider?
12      MAGISTRATE JUDGE SCHNEIDER:  Well, I don't, no.
13      THE COURT:  I will not be here on the sixteenth.
14  None of those weeks are good for me.  I won't be here on the
15  23rd either.  So you'll have to meet with Judge Schneider.
16  I'm sorry, but -- so we'll move that to the sixteenth then and
17  we have the call on October 9th.
18      MAGISTRATE JUDGE SCHNEIDER:  That's the next time
19  we'll talk.  We have the call on October 9th.
20      THE COURT:  You need to get together before then so
21  you, you can and they can report back to Judge Schneider how
22  this informal meeting among counsel went.  Okay?
23      MR. HONIK:  October 9th is Yom Kippur.
24      THE COURT:  Oh, okay.  Yeah, let's change it then.
25      MR. HONIK:  It's Miss Whitely's birthday.

1            THE COURT:  All right.

2            MAGISTRATE JUDGE SCHNEIDER:  Do you think we'll get

3    her to talk on her birthday?

4            MR. HONIK:  Yes.

00:24    5    MAGISTRATE JUDGE SCHNEIDER:  I promise before they

6    put dirt on me to get Miss Whitely to talk at one of those

7    conferences.

8            MR. HONIK:  We're going to work on that.

9            MAGISTRATE JUDGE SCHNEIDER:  All right.

00:24   10    THE COURT:  Well, what are we planning for the

11   celebration?

12           MR. HONIK:  It's in the planning stages.

13           THE COURT:  Cake?

14           MR. HONIK:  Definitely cake.

00:24   15    THE COURT:  You want beverages maybe?

16           MR. HONIK:  New Orleans music likely.

17           MAGISTRATE JUDGE SCHNEIDER:  You want to move our

18   conference to 10/17?  Would that be okay?  In person.

19           MR. SLATER:  The sixteenth is fine for us.

00:24   20    MAGISTRATE JUDGE SCHNEIDER:  But that's Yom Kippur I

21   thought.

22           MR. SLATER:  No, that's the 9th.

23           MAGISTRATRE JUDGE SCHNEIDER:  No, the 16th is

24   perfectly fine with me.

00:24   25    MR. SLATER:  Are you talking about the conference

1    with your Honor, the phone conference?

2           MAGISTRATE JUDGE SCHNEIDER:  Yes.  Oh, October 9th,

3    that's the bad date?

4           MR. SLATER:  Yes.

00:25    5           MAGISTRATE JUDGE SCHNEIDER:  We can move it to -- you

6    want to do it the tenth?

7           MR. HONIK:  That works.

8           MAGISTRATE JUDGE SCHNEIDER:  Okay.

9           MS. COHEN:  What date, your Honor?

00:25    10          THE COURT:  October 10th.

11          MAGISTRATE JUDGE SCHNEIDER:  October 10th is the

12   call.

13          MR. HONIK:  And 10/16 will be in person.

14          MR. SLATER:  And our understanding is consistent with

00:25    15   what your Honor said, talk to the defendants, setup all those

16   calls with counsel before that time.

17          THE COURT:  Before the tenth.

18          MR. SLATER:  Right.

19          THE COURT:  We want a report on the tenth as to how

00:25    20   that meeting went.

21          MR. SLATER:  You'll have it.

22          THE COURT:  I'm confident we will.

23          MR. TRISCHLER:  I hate to be a fly on the wall of a

24   wonderful plan, but I cannot make October 16th.  Is there any

00:25    25   chance we could do it on the 30th, which is a Wednesday after

1  the scheduled meeting?

2          THE COURT:  I can't make it that day either.  It's up

3  to Judge Schneider.

4          MR. SLATER:  I won't be available that week, to the

00:26    5  extent it matters.

6          MR. TRISCHLER:  I guess that's going to be the

7  problem.

8          THE COURT:  Well, you'll always have conflicts.  Just

9  means you're all busy.  Thank goodness.

00:26   10          MR. TRISCHLER:  Right.  Well -- I would say, I would

11  say Judge Schneider leave it.

12          MAGISTRATE JUDGE SCHNEIDER:  I'm available on both

13  days.  It just depends which of you is least indispensable.

14          MR. TRISCHLER:  What I was wondering --

00:26   15          MAGISTRATE JUDGE SCHNEIDER:  No, flip a coin.

16          MR. TRISCHLER:  What I was wondering for October if

17  we're not having that second session with Judge Kugler and the

18  eleventh works for everybody, can we just do everything in

19  person on the eleventh, as opposed to having the telephone

00:26   20  conference and then meeting five days later.

21          MAGISTRATE JUDGE SCHNEIDER:  No.  I'm going to be in

22  Newark.  But if you want to do it --

23          MR. TRISCHLER:  Okay.

24          MAGISTRATE JUDGE SCHNEIDER:  If you want to do it,

00:26   25  everything on the tenth, that would be okay with me.

1          MS. GOLDENBURG:  Your Honor, we can't do it on the

2    tenth.

3          MAGISTRATE JUDGE SCHNEIDER:  No, we're not going to

4    interfere --

00:27    5          MS. GOLDENBURG:  We have to travel the day before.

6          MAGISTRATE JUDGE SCHNEIDER:  Right now we have 10/10

7    is the call.  That's not a problem.  Late in the afternoon.

8    It's up to you two to decide, like I said.

9          MR. SLATER:  As you know, I will always -- I would

00:27   10    never say hold a conference for me.  So that would be the

11    basis -- I would just be concerned about pushing it to the end

12    of October because I think that the meeting that we have to

13    have and what we have to do, I'd be uncomfortable having that

14    go to the end of October.  That's my only concern.

00:27   15          MAGISTRATE JUDGE SCHNEIDER:  Let's keep the tenth.

16          MR. HONIK:  Can we do everything on the 16th and

17    forego a separate date for a call.

18          MR. TRISCHLER:  The 16th is the day that's bad for

19    me, the 16th.  So I will have to live with whatever the Court

00:28   20    orders.  I just -- since we're off the record, I thought I

21    would --

22          THE COURT:  Off the record, Carl.

23          (Off the discussion then took place about the

24    scheduling)

00:29   25          THE COURT:  You want this on the record?

1            MAGISTRATE JUDGE SCHNEIDER:  No, it doesn't have to

2  be.

3            (Continued off the record discussion took place)

4            THE COURT:  All right, thank you.

00:30    5            (The matter was then concluded)

1    I certify that the foregoing is a correct transcript from the

2    record of proceedings in the above-entitled matter.

3

4    /S/ Carl Nami, Official Court Reporter

5

6    Court Reporter/Transcriber

7    June 12, 2020

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## /

*/S* [1] - 21:4

## 0

*08101* [1] - 1:8

## 1

*10/10* [1] - 20:1
*10/16* [1] - 18:8
*10/17* [1] - 17:13
*10th* [2] - 18:5, 18:6
*11th* [4] - 9:25, 12:9, 12:12, 12:15
*12* [4] - 8:20, 10:11, 13:4, 21:7
*15th* [1] - 12:8
*16th* [5] - 17:18, 18:19, 20:11, 20:13, 20:14
*18th* [4] - 14:16, 14:17, 15:6, 15:7
*19-2875* [1] - 1:4

## 2

*20* [1] - 13:4
*2019* [1] - 1:9
*2020* [1] - 21:7
*20th* [4] - 14:6, 14:14, 15:7
*22d* [1] - 16:2
*23rd* [2] - 16:1, 16:10
*24th* [1] - 16:2
*25* [1] - 1:9

## 3

*30th* [1] - 18:20

## 4

*43* [1] - 6:20
*433* [1] - 6:13
*4th* [1] - 1:8

## 6

*609-439-5420* [1] - 2:23
*6th* [1] - 14:15

## 9

*9th* [5] - 16:12, 16:14, 16:18, 17:17, 17:22

## A

*ability* [1] - 9:16
*able* [3] - 8:21, 9:15, 10:13
*above-entitled* [1] - 21:2
*accompli* [1] - 8:15
*ACTION* [1] - 1:3
*ADAM* [1] - 1:13
*additional* [1] - 8:12
*affairs* [1] - 7:21
*afternoon* [3] - 4:23, 15:9, 20:2
*aided* [1] - 2:25
*amount* [1] - 10:7
*Andos* [1] - 6:1
*answer* [6] - 8:21, 8:23, 9:2, 9:13, 9:17, 12:23
*answers* [2] - 8:1, 13:3
*appreciate* [1] - 7:25
*automatically* [1] - 11:23
*available* [2] - 18:24, 19:7

## B

*bad* [3] - 4:24, 17:23, 20:13
*based* [2] - 6:11, 6:17
*basis* [3] - 9:19, 9:21, 20:6
*beginning* [1] - 6:21
*BEHRAM* [1] - 1:22
*Benicar* [3] - 6:17, 9:11, 9:12
*better* [1] - 11:2
*between* [1] - 9:8
*beverages* [1] - 17:10
*birthday* [2] - 16:20, 16:23
*BRETT* [1] - 2:4
*BRIAN* [1] - 2:8
*brought* [1] - 8:17
*Building* [1] - 1:7
*burden* [1] - 10:5
*burdensome* [2] -

10:2, 10:4
*busy* [1] - 19:4

## C

*cake* [2] - 17:8, 17:9
*calendar* [1] - 14:23
*Camden* [2] - 1:8, 8:17
*cannot* [1] - 18:19
*Carl* [3] - 2:22, 20:17, 21:4
*Carl_Nami@NJD. USCOURTS.GOV* [1] - 2:23
*case* [5] - 6:4, 6:17, 6:18, 9:11, 12:3
*celebration* [1] - 17:6
*certainly* [1] - 6:24, 12:2
*certify* [1] - 21:1
*chair* [1] - 15:22
*chance* [1] - 18:20
*change* [1] - 16:19
*CHARLES* [1] - 2:17
*chemical* [2] - 6:4, 6:10
*China* [1] - 8:16
*circles* [1] - 12:22
*CIVIL* [1] - 1:3
*CLEM* [1] - 2:10
*Clem* [1] - 4:10
*CLERK* [1] - 4:22
*client* [3] - 5:18, 7:21, 10:6
*client's* [1] - 11:7
*clients* [1] - 6:12
*Cohen* [2] - 1:7, 4:10
*COHEN* [5] - 2:7, 4:20, 15:18, 15:25, 18:4
*coin* [1] - 19:10
*colleague* [1] - 5:2
*completely* [1] - 7:14
*computer* [1] - 2:25
*computer-aided* [1] - 2:25
*concern* [2] - 10:20, 20:9
*concerned* [1] - 20:6
*concluded* [3] - 6:15, 8:15, 20:25
*conclusion* [1] - 6:16
*confer* [6] - 6:14, 6:25, 8:13, 9:24, 11:22
*conference* [7] - 15:23, 16:3, 17:13, 17:20, 17:21, 19:15,

20:5
*CONFERENCE* [1] - 1:5
*conferences* [1] - 17:2
*conferred* [1] - 6:23
*confident* [3] - 9:14, 12:23, 18:17
*conflicts* [1] - 19:3
*CONLEE* [1] - 1:18
*Connecticut* [1] - 4:11
*consistent* [1] - 18:9
*Continued* [1] - 20:23
*convenient* [3] - 14:18, 14:19, 14:20
*conversation* [2] - 12:4, 12:6
*Cooper* [1] - 1:8
*copy* [2] - 4:11
*core* [4] - 6:1, 8:7, 11:3, 12:21
*corporate* [1] - 10:10, 11:24
*correct* [3] - 14:1, 14:6, 21:1
*correspondence* [1] - 6:2
*counsel* [2] - 16:17, 18:11
*COURT* [58] - 1:1, 4:22, 4:23, 5:13, 5:20, 6:7, 7:3, 7:23, 7:25, 8:18, 9:6, 10:4, 10:12, 10:22, 11:5, 11:9, 11:11, 11:16, 11:20, 12:5, 12:11, 12:14, 12:18, 12:22, 13:17, 13:21, 13:24, 14:2, 14:4, 14:9, 14:12, 14:16, 14:20, 14:22, 15:2, 15:4, 15:9, 15:14, 15:20, 15:23, 16:1, 16:4, 16:8, 16:15, 16:19, 16:21, 17:5, 17:8, 17:10, 18:5, 18:12, 18:14, 18:17, 18:22, 19:3, 20:17, 20:20, 20:24
*Court* [5] - 2:22, 6:20, 20:14, 21:4, 21:5
*court* [3] - 4:21, 9:2, 15:1
*Courthouse* [1] - 1:7
*criticizing* [1] - 7:12
*custodial* [1] - 10:17
*custodian* [3] - 7:20, 11:4, 11:5

*custodians* [6] - 5:22, 6:12, 12:16, 13:4, 13:5

## D

*Daniel* [1] - 4:6
*DANIEL* [1] - 1:15
*date* [5] - 15:23, 16:1, 17:23, 18:4, 20:12
*dates* [1] - 16:2
*DAVID* [1] - 1:21
*days* [3] - 15:5, 19:8, 19:15
*December* [9] - 9:25, 12:9, 12:12, 12:15, 13:25, 14:16, 14:24, 14:25, 15:7
*decide* [1] - 20:3
*DEFENDANT* [10] - 2:6, 2:7, 2:9, 2:10, 2:12, 2:13, 2:15, 2:16, 2:18, 2:19
*defendants* [4] - 6:19, 6:21, 15:12, 18:10
*definitely* [1] - 17:9
*demanding* [1] - 13:7
*depose* [3] - 5:21, 11:9, 11:11
*deposed* [2] - 7:8, 9:17
*deposition* [3] - 5:20, 7:18, 9:13
*depositions* [3] - 8:1, 13:7, 13:12
*DEPUTY* [1] - 4:22
*different* [2] - 6:18, 12:11
*dirt* [1] - 17:1
*disagree* [1] - 10:22
*discovery* [7] - 5:25, 6:1, 6:22, 8:8, 10:17, 11:4, 12:21
*discuss* [2] - 7:6
*discussed* [1] - 6:19
*discussion* [6] - 5:14, 9:8, 11:18, 11:19, 20:18, 20:23
*disputes* [1] - 9:25
*DISTRICT* [3] - 1:1, 1:1, 1:11
*document* [2] - 10:18, 10:19
*documents* [4] - 8:9, 8:10, 8:11
*done* [3] - 6:17, 12:14, 12:25
*door* [1] - 9:22

down [6] - 6:10, 7:9, 11:25, 12:24, 13:10
dragging [1] - 8:19
drug [1] - 6:1

**E**

Eagles [1] - 4:25
efficient [1] - 7:13
either [3] - 6:14, 16:10, 18:22
eleventh [3] - 14:25, 19:13, 19:14
eliminated [1] - 13:6
eliminates [1] - 10:23
end [2] - 20:6, 20:9
enormous [1] - 10:7
entail [1] - 10:10
entirely [3] - 5:7, 9:8, 13:19
entitled [1] - 21:2
envision [1] - 9:20
envisioned [2] - 6:24, 8:14
ESI [2] - 5:19, 5:20
ESQUIRE [21] - 1:13, 1:15, 1:16, 1:18, 1:19, 1:21, 1:22, 1:24, 2:1, 2:2, 2:4, 2:5, 2:7, 2:8, 2:10, 2:11, 2:13, 2:14, 2:16, 2:17, 2:19
expect [2] - 8:12, 8:13
extent [1] - 18:25

**F**

fact [1] - 6:17
fair [1] - 13:15
fait [1] - 8:15
FALLETTA [1] - 2:17
fans [1] - 4:25
FDA [1] - 6:2
fear [2] - 10:5, 10:15
fell [1] - 15:22
figure [2] - 13:5, 13:6
files [1] - 6:1
fine [5] - 5:13, 10:14, 12:24, 17:14, 17:19
first [1] - 8:5
five [1] - 19:15
flip [1] - 19:10
fly [1] - 18:18
focusing [1] - 5:18
following [1] - 4:21
FOR [22] - 1:1, 1:14, 1:15, 1:17, 1:18, 1:20, 1:21, 1:23, 1:24, 2:1,

2:3, 2:4, 2:6, 2:7, 2:9, 2:10, 2:12, 2:13, 2:15, 2:16, 2:18, 2:19
forego [1] - 20:12
foregoing [1] - 21:1
formal [1] - 7:5
formally [2] - 5:4, 11:25
frankly [1] - 10:16
front [1] - 8:4

**G**

GALLI [1] - 2:16
generally [2] - 10:21, 10:22
GEORGE [1] - 2:1
gig [1] - 15:12
GOLDBERG [32] - 2:5, 4:3, 4:5, 4:9, 4:17, 5:9, 5:14, 5:22, 6:8, 7:19, 7:24, 8:7, 9:1, 9:19, 10:8, 10:15, 11:3, 11:7, 11:10, 11:13, 11:18, 11:21, 12:7, 12:13, 12:16, 12:20, 13:14, 13:16, 13:23, 14:1, 15:13, 15:15
Goldberg [3] - 4:9, 4:17, 5:8
GOLDBERG: [1] - 4:18
GOLDENBURG [3] - 2:2, 19:21, 19:25
goodness [1] - 19:4
grant [1] - 9:23
great [1] - 7:23
grow [2] - 10:18, 10:19
guess [1] - 19:1

**H**

happy [1] - 11:22
hate [1] - 18:18
heads [1] - 7:21
hear [2] - 10:25, 13:1
heard [1] - 12:17
HEINZ [1] - 2:11
hold [1] - 20:5
holes [1] - 6:10
holidays [1] - 13:25
HONIG [1] - 4:2
HONIK [16] - 1:16, 4:6, 4:7, 4:14, 13:20, 14:15, 16:18, 16:20, 16:24, 17:3, 17:7, 17:9, 17:11, 18:2,

18:8, 20:11
Honik [2] - 4:7, 4:13
Honor [14] - 5:9, 5:11, 7:19, 10:8, 10:15, 13:16, 13:20, 13:23, 14:8, 14:19, 17:21, 18:4, 18:10, 19:21
HONORABLE [1] - 1:10
hundred [1] - 5:25

**I**

idea [1] - 5:16
identified [4] - 8:10, 11:15, 12:15, 12:17
identify [5] - 5:22, 5:23, 7:17, 9:16, 10:13
identifying [1] - 10:24
immediately [1] - 10:24
IN [1] - 1:3
India [1] - 8:16
indispensable [1] - 19:8
individuals [3] - 8:11, 8:12, 8:15
informal [7] - 5:17, 6:16, 7:13, 9:8, 10:2, 10:4, 16:17
informally [2] - 5:5, 11:25
intended [1] - 10:17
interfere [1] - 19:24
interrogatory [1] - 10:1
interview [6] - 7:2, 7:4, 7:14, 8:17, 8:20, 9:8
interviews [5] - 5:17, 6:16, 9:4, 9:6, 9:22
invited [1] - 15:18
involved [3] - 7:22, 10:25, 11:14
issue [8] - 5:10, 6:2, 6:3, 6:4, 6:23, 10:1, 12:11, 13:24
issues [5] - 6:25, 9:23, 9:24, 12:1, 12:10

**J**

JANET [1] - 2:14
JASON [1] - 2:13
JERSEY [1] - 1:1

Jersey [1] - 1:8
JESSICA [1] - 2:11
JOEL [1] - 1:11
JORGE [1] - 1:19
Judge [7] - 15:5, 16:6, 16:10, 16:16, 18:23, 19:6, 19:12
JUDGE [25] - 1:11, 1:11, 14:23, 15:6, 15:21, 16:7, 16:13, 16:22, 16:25, 17:4, 17:12, 17:15, 17:18, 17:22, 17:25, 18:3, 18:6, 18:7, 19:7, 19:10, 19:16, 19:19, 19:23, 20:1, 20:10, 20:21
jump [1] - 11:23
June [1] - 21:7

**K**

keep [4] - 7:4, 9:6, 14:15, 20:10
key [5] - 8:9, 9:16, 9:17, 10:14
kind [4] - 5:24, 7:1, 10:1, 15:12
kinds [3] - 12:1, 12:9, 15:15
Kippur [2] - 16:18, 17:15
knowledge [2] - 7:7, 7:8
knows [4] - 7:10, 7:16, 12:24
Kugler [1] - 19:12
KUGLER [1] - 1:10

**L**

Las [1] - 15:16
late [2] - 14:13, 20:2
Laughter [2] - 14:3, 15:17
lawyers [2] - 9:15, 11:25
least [4] - 5:15, 7:20, 12:8, 19:8
leave [1] - 19:6
legitimate [1] - 10:20
less [1] - 10:2
likely [1] - 17:11
line [1] - 9:12
list [9] - 6:11, 6:12, 6:13, 7:9, 7:20, 10:18, 11:4, 11:6, 11:7
litigation [2] - 6:20, 6:22
live [1] - 20:14

look [1] - 12:22
LORI [1] - 2:7
Lori [1] - 4:10

**M**

MAGISTRATE [23] - 1:11, 14:23, 15:6, 15:21, 16:7, 16:13, 16:22, 16:25, 17:4, 17:12, 17:15, 17:22, 17:25, 18:3, 18:6, 18:7, 19:10, 19:16, 19:19, 19:23, 20:1, 20:10, 20:21
MAGISTRATRE [1] - 17:18
manufacturing [4] - 6:3, 7:21, 8:24, 11:14
MARLENE [1] - 2:2
master [1] - 6:1
matter [2] - 20:25, 21:2
matters [1] - 18:25
mean [2] - 5:4, 8:21
means [1] - 19:4
mechanical [1] - 2:24
meet [4] - 5:5, 6:14, 6:25, 8:13, 9:24, 11:22, 16:10
meeting [11] - 10:4, 12:8, 12:25, 14:6, 14:14, 14:25, 16:17, 18:15, 18:21, 19:15, 20:7
meetings [1] - 10:2
MESTRE [1] - 1:19
met [1] - 6:22
MICHAEL [1] - 2:19
MICHELLE [1] - 2:19
might [3] - 7:1, 10:17
MIKAL [1] - 1:24
Miss [2] - 16:20, 17:1
misunderstand [1] - 7:3
Mitchell [1] - 1:7
morning [4] - 5:10, 15:4, 15:7, 15:8
move [6] - 13:5, 14:13, 16:4, 16:11, 17:12, 17:25
MR [81] - 4:1, 4:2, 4:3, 4:4, 4:5, 4:6, 4:7, 4:8, 4:9, 4:10, 4:12, 4:13, 4:14, 4:15, 4:17, 4:18, 4:19, 5:9, 5:14, 5:22, 6:8, 7:19, 7:24, 8:7, 9:1, 9:19, 10:8, 10:15, 11:3, 11:7,

11:10, 11:13, 11:18, 11:21, 12:7, 12:13, 12:16, 12:20, 13:14, 13:15, 13:16, 13:20, 13:23, 14:1, 14:8, 14:10, 14:15, 14:18, 14:19, 14:21, 15:1, 15:3, 15:13, 15:15, 16:2, 16:18, 16:20, 16:24, 17:3, 17:7, 17:9, 17:11, 17:14, 17:17, 17:20, 17:24, 18:2, 18:8, 18:9, 18:13, 18:16, 18:18, 18:24, 19:1, 19:5, 19:9, 19:11, 19:18, 20:4, 20:11, 20:13
*MS* [7] - 4:16, 4:20, 15:18, 15:25, 18:4, 19:21, 19:25
*music* [1] - 17:11

## N

*names* [2] - 8:11, 8:12
*Nami* [2] - 2:22, 21:4
*narrow* [1] - 6:4
*narrowing* [1] - 10:17
*necessary* [2] - 6:16, 9:10
*need* [10] - 7:10, 8:5, 8:16, 8:23, 10:14, 11:9, 11:11, 13:11, 13:18, 16:15
*never* [1] - 20:5
*NEW* [1] - 1:1
*New* [2] - 1:8, 17:11
*Newark* [1] - 19:17
*next* [2] - 12:25, 16:13
*NICOLE* [1] - 2:16
*NIGH* [6] - 1:15, 4:1, 4:12, 4:13, 14:19, 16:2
*Nigh* [2] - 4:6, 4:12
*nine* [5] - 11:8, 11:9, 11:11, 13:4, 13:7
*none* [1] - 16:9
*November* [6] - 13:25, 14:5, 14:6, 14:14, 14:15, 15:7
*NUMBER* [1] - 1:3
*number* [1] - 10:23

## O

*o'clock* [1] - 15:10

*October* [16] - 12:8, 12:25, 14:22, 15:10, 15:24, 16:12, 16:14, 16:18, 17:22, 18:5, 18:6, 18:19, 19:11, 20:7, 20:9
*OF* [1] - 1:1
*officers* [1] - 9:2
*Official* [2] - 2:22, 21:4
*one* [6] - 5:10, 9:9, 9:15, 10:20, 12:8, 17:1
*ones* [1] - 7:17
*open* [2] - 4:21, 9:22
*opportunity* [2] - 7:6, 9:3
*opposed* [1] - 19:14
*option* [1] - 5:5
*orders* [1] - 20:15
*Orleans* [1] - 17:11
*otherwise* [1] - 9:21

## P

*pages* [1] - 5:25
*PAREKH* [1] - 1:22
*pay* [1] - 5:11
*people* [12] - 7:17, 7:22, 8:20, 9:15, 9:17, 10:14, 11:5, 11:8, 11:9, 11:12, 12:14, 13:11
*perceive* [1] - 7:5
*perfectly* [1] - 17:19
*person* [10] - 7:7, 8:2, 8:3, 9:14, 11:14, 11:15, 15:2, 17:13, 18:8, 19:14
*Phillies* [1] - 4:24
*phone* [2] - 14:24, 17:21
*place* [4] - 4:21, 11:23, 20:18, 20:23
*places* [1] - 8:16
*plaintiff* [1] - 4:6
*PLAINTIFF* [11] - 1:14, 1:15, 1:17, 1:18, 1:20, 1:21, 1:23, 1:24, 2:1, 2:3, 2:4
*plaintiffs* [2] - 8:9, 13:5
*plaintiffs'* [2] - 11:25, 13:2
*plan* [1] - 18:19
*planning* [2] - 17:5, 17:7
*players* [1] - 9:16
*point* [10] - 5:7, 5:24, 6:7, 6:9, 7:14, 7:15,

9:4, 10:3, 12:3
*pointed* [1] - 12:23
*POLETTA* [1] - 2:14
*position* [1] - 9:2
*positioned* [1] - 10:9
*potentially* [1] - 9:22
*predetermined* [1] - 11:24
*prejudice* [1] - 7:14
*premature* [1] - 9:23
*presume* [1] - 9:21
*previous* [1] - 16:5
*problem* [6] - 7:25, 13:6, 14:4, 16:5, 19:2, 20:2
*Proceedings* [1] - 2:24
*proceedings* [1] - 21:2
*process* [15] - 5:24, 6:3, 6:23, 6:24, 6:25, 7:4, 7:13, 7:22, 8:13, 8:24, 9:7, 9:24, 10:23, 10:25, 11:14
*produced* [2] - 2:25, 7:21
*promise* [1] - 16:25
*proposal* [1] - 14:17
*proposing* [1] - 14:7
*provide* [1] - 8:12
*provided* [7] - 6:11, 6:13, 7:20, 8:11, 11:4, 11:7, 11:8
*purpose* [4] - 5:18, 8:7, 11:3, 12:21
*purposes* [1] - 14:24
*pushing* [1] - 20:6
*put* [7] - 5:4, 5:7, 5:11, 8:8, 13:18, 13:21, 17:1

## Q

*questions* [7] - 8:22, 8:23, 9:3, 9:11, 9:17, 12:24, 13:3
*quite* [1] - 10:15

## R

*rabbit* [1] - 6:10
*raise* [1] - 5:11
*rather* [1] - 5:6
*RE* [1] - 1:3
*reaction* [2] - 6:5, 6:11
*read* [1] - 15:11
*really* [7] - 7:4, 7:10, 8:2, 9:7, 14:12

*record* [13] - 5:4, 5:5, 5:7, 5:12, 5:14, 13:19, 13:22, 15:22, 20:15, 20:17, 20:20, 20:23, 21:2
*recorded* [1] - 2:24
*REEFER* [1] - 2:13
*referee* [1] - 9:10
*referred* [1] - 5:17
*reflect* [1] - 15:22
*regulatory* [1] - 7:21
*relevant* [2] - 7:7, 7:8
*reluctance* [2] - 7:11, 7:12
*report* [2] - 16:16, 18:14
*Reporter* [2] - 2:22, 21:4
*Reporter/*
*Transcriber* [1] - 21:5
*representative* [2] - 8:22, 11:24
*representatives* [3] - 5:18, 9:12, 10:10
*request* [1] - 10:19
*require* [1] - 12:2
*requires* [1] - 10:1
*rescheduling* [1] - 13:25
*resolve* [1] - 12:9
*resolved* [1] - 13:18
*resolving* [1] - 9:25
*respectfully* [1] - 7:19
*result* [1] - 10:16
*rise* [1] - 4:22
*ROBERT* [1] - 1:10
*RUBENSTEIN* [1] - 2:8
*RUBIN* [1] - 1:9
*Rubin* [1] - 4:7
*Rules* [2] - 8:14, 9:20
*rules* [2] - 6:24, 12:2

## S

*save* [1] - 10:6
*saves* [1] - 7:8
*scheduled* [1] - 18:21
*scheduling* [2] - 9:4, 20:19
*Schneider* [6] - 15:5, 16:6, 16:10, 16:16, 18:23, 19:6
*SCHNEIDER* [24] - 4:11, 14:23, 15:6, 15:21, 16:7, 16:13, 16:22, 16:25, 17:4,

17:12, 17:15, 17:18, 17:22, 17:25, 18:3, 18:6, 19:7, 19:10, 19:16, 19:19, 19:23, 20:1, 20:10, 20:21
*search* [5] - 5:23, 6:11, 6:13, 10:18
*seat* [1] - 4:23
*second* [2] - 15:25, 19:12
*see* [2] - 6:25, 13:12
*seminar* [1] - 15:11
*separate* [1] - 20:12
*September* [1] - 1:9
*served* [1] - 5:25
*session* [6] - 5:10, 15:5, 15:7, 15:8, 15:9, 19:12
*SETH* [1] - 2:5
*Seth* [2] - 4:9, 4:17
*setup* [1] - 18:10
*side* [2] - 13:2, 13:20
*sides* [2] - 7:6, 9:9
*sit* [4] - 11:25, 12:24, 13:10
*sixteenth* [4] - 16:5, 16:8, 16:11, 17:14
*skeptical* [1] - 13:1
*SLATER* [18] - 1:13, 4:8, 4:15, 14:8, 14:10, 14:18, 14:21, 15:1, 15:3, 17:14, 17:17, 17:20, 17:24, 18:9, 18:13, 18:16, 18:24, 20:4
*Slater* [3] - 4:8, 4:14
*slipped* [1] - 15:21
*Smith* [2] - 8:3, 8:5
*sooner* [1] - 11:1
*sorry* [2] - 6:12, 16:11
*sort* [2] - 8:14, 13:18
*specific* [1] - 6:4
*stage* [1] - 9:21
*stages* [1] - 17:7
*STANOCH* [1] - 1:21
*start* [3] - 9:18, 13:7, 13:12
*started* [1] - 5:16
*STATES* [2] - 1:1, 1:11
*States* [2] - 8:23, 10:13
*STATUS* [1] - 1:5
*stenography* [1] - 2:24
*steps* [1] - 10:24
*still* [1] - 13:2
*straight* [1] - 13:3
*Streets* [1] - 1:8

**strongly** [1] - 5:23
**Sussie** [2] - 8:3, 8:5

## T

**telephone** [1] - 19:14
**tenth** [6] - 18:1, 18:12, 18:14, 19:20, 19:22, 20:10
**terms** [6] - 5:23, 6:11, 6:13, 6:22, 10:18
**testify** [1] - 10:14
**testimony** [1] - 7:18
**Thanksgiving** [2] - 14:10, 14:12
**THE** [80] - 1:1, 1:10, 1:14, 1:15, 1:17, 1:18, 1:20, 1:21, 1:23, 1:24, 2:1, 2:3, 2:4, 2:6, 2:7, 2:9, 2:10, 2:12, 2:13, 2:15, 2:16, 2:18, 2:19, 4:22, 4:23, 5:13, 5:20, 6:7, 7:3, 7:23, 7:25, 8:18, 9:6, 10:4, 10:12, 10:22, 11:5, 11:9, 11:11, 11:16, 11:20, 12:5, 12:11, 12:14, 12:18, 12:22, 13:17, 13:21, 13:24, 14:2, 14:4, 14:9, 14:12, 14:16, 14:20, 14:22, 15:2, 15:4, 15:9, 15:14, 15:20, 15:23, 16:1, 16:4, 16:8, 16:15, 16:19, 16:21, 17:5, 17:8, 17:10, 18:5, 18:12, 18:14, 18:17, 18:22, 19:3, 20:17, 20:20, 20:24
**third** [1] - 15:25
**thousand** [1] - 5:25
**together** [2] - 11:1, 16:15
**took** [3] - 4:21, 20:18, 20:23
**transcript** [2] - 2:24, 21:1
**transcription** [1] - 2:25
**travel** [1] - 19:25
**trip** [1] - 10:24
**TRISCHLER** [12] - 2:10, 4:4, 4:10, 4:19, 13:15, 18:18, 19:1, 19:5, 19:9, 19:11, 19:18, 20:13
**Trischler** [3] - 4:10, 4:18, 5:15
**true** [1] - 10:9

**try** [1] - 12:9
**trying** [2] - 7:16, 8:6
**twenty** [2] - 15:25
**twenty-second** [1] - 15:25
**twenty-third** [1] - 15:25
**two** [5] - 5:25, 6:19, 9:9, 15:10, 20:3

## U

**U.S** [1] - 1:7
**uncomfortable** [1] - 20:8
**under** [1] - 8:14
**UNITED** [2] - 1:1, 1:11
**United** [2] - 8:22, 10:13
**unless** [1] - 6:10
**up** [5] - 5:7, 11:13, 13:19, 18:22, 20:3

## V

**VALSARTAN** [1] - 1:3
**vastly** [1] - 6:18
**VAUGHN** [1] - 2:4
**Vegas** [1] - 15:16
**view** [1] - 5:23

## W

**wall** [1] - 18:18
**warrant** [1] - 7:1
**warranted** [2] - 5:24, 7:1
**waste** [2] - 13:8, 13:9
**WATTS** [1] - 1:24
**Wednesday** [1] - 18:20
**week** [4] - 14:11, 14:12, 16:5, 18:24
**weeks** [1] - 16:9
**weigh** [1] - 5:15
**welcome** [1] - 4:23
**WHITELEY** [1] - 4:16
**WHITELY** [1] - 1:18
**Whitely** [1] - 17:1
**Whitely's** [1] - 16:20
**whitesly** [1] - 4:11
**whole** [1] - 7:9
**WILLIAMSON** [1] - 2:1
**witnesses** [3] - 5:17, 7:10, 8:9

**wonderful** [1] - 18:19
**wondering** [2] - 19:9, 19:11
**works** [2] - 18:2, 19:13
**written** [1] - 10:1
**wrote** [1] - 8:9

## Y

**year** [4] - 4:24, 6:19, 14:2, 14:13
**Yom** [2] - 16:18, 17:15

## Z

**zones** [2] - 8:20, 10:11