**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|   |   |   |
|---|---|---|
| In Re Valsartan, Losartan, and Irbesartan Products Liability Litigation | : : : : : | Civil Action No. 1:19-md-02875-RBK-JS |

**SCHEDULE OF ACTIONS PENDING IN THE DISTRICT OF NEW JERSEY**

| Case Caption | Civil Action No. | Pending Before |
|---|---|---|
| Suits, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 3:20-cv-06547 | Judge Wolfson |
| Laprairie, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. | 3:20-cv-06574 | Judge Thompson |