# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In Re: Valsartan, Losartan, and Irbesartan Products Liability Litigation | : : : : : : | Civil Action No. 1:19-md-02875-RBK-JS |

## PROPOSED ORDER

AND NOW, this _____ day of _____, 2020, it is hereby ORDERED:

The following actions are hereby reassigned to the above-captioned case as part of the Valsartan, Losartan, and Irbesartan Products Liability Litigation MDL:

    a.    *Suits, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.*, C.A. No. 3:20-cv-06547; and

    b.    *Laprairie, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.*, C.A. No. 3:20-cv-06574.

Dated: _____, 2020

                                                              **Honorable Robert B. Kugler**
                                                              **U.S. District Judge**