**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2020, I served the foregoing Letter, Schedule of Actions, and corresponding Proposed Order on all counsel of record via the CM/ECF system.

<i>/s/ Seth A. Goldberg</i>