# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No.: 19-02875 (RBK/JS) |

## NOTICE OF APPEARANCE OF REBECCA BAZAN

To the Clerk:

Please enter the appearance of Rebecca Bazan on behalf of Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, Huahai U.S., Inc., Walmart Stores, Inc., and Walgreen Co., on this Court's MDL master docket. Counsel has complied with the ECF requirements for this Court and received a login ID and password.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to, defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: June 16, 2020

                                                                                 */s/ Rebecca Bazan*
                                                                                 Rebecca Bazan (D.C. Bar No. 994246)
DUANE MORRIS LLP
505 9th Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 776-5253
Fax: (202) 330-5547
Email: REBazan@duanemorris.com

*Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, Huahai U.S., Inc., Walmart Stores, Inc., and Walgreen Co.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2020, I electronically filed the foregoing Notice of Appearance of Rebecca Bazan with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Rebecca Bazan*
Rebecca Bazan

DM1\10884248.1