# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN  **DATE:** June 17, 2020

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Carol Farrell

**TITLE OF CASE:**  **DOCKET NO. 19-md-2875 (RBK-JS)**
IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Rubin Honik, Esq. | Joseph Ferretti, Esq. |
| Conlee Whitely, Esq. | Rebecca Bazan, Esq. |
| Behram Parekh, Esq. | Brian Rubenstein, Esq. |
| Layne Hilton, Esq. | Sarah Johnston, Esq. |
| Daniel Nigh, Esq. | Clem Treschler, Esq. |
| | Jeffrey Geoppinger, Esq. |
| | Nakul Shah, Esq. |
| | Grant Wright, Esq. |
| | Victoria Lockard, Esq. |
| | Alexia Brancato, Esq. |
| | Janet Polletto, Esq. |
| | Jessica Heinz, Esq. |

**NATURE OF PROCEEDINGS:**  Status Conference
Telephone Status Conference held on the record.
Order to be entered.

s/Sarah Eckert
**DEPUTY CLERK**

**TIME COMMENCED:** 4:00 p.m.
**TIME ADJOURNED:** 5:30 p.m.
**TOTAL TIME:** 1 hour 30 minutes