IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

**ORDER**

The Court having held a conference call with the parties on June 17, 2020; and this Order intending to confirm the Court's instructions set forth on the record; and good cause existing for the entry of this Order; and for all the reasons stated by the Court,

**IT IS HEREBY ORDERED** this 18th day of June 2020, as follows:

1) The final deadline for the parties to resolve all disputes regarding search terms is June 22, 2020. The Court will require that within a reasonable time after June 22, 2020, that all agreements be reduced to writing which will then be incorporated in an Order to be entered. To the extent any disputes regarding search terms remain, they will be decided during the conference call scheduled on June 22, 2020 at 4:00 p.m. The parties should use the same call-in and access numbers previously provided.

2) Plaintiffs are granted an extension of time until June 29, 2020 to serve their reply to the downstream defendants' letter briefs regarding "macro" discovery disputes.

3) Oral argument on the outstanding "macro" discovery disputes will be held via conference call on July 6, 2020 at 1:30 p.m. The call-in and access numbers have already been provided.

4) The monthly status meetings on June 24, 2020 will be held via conference call. A general discussion of sales and pricing document issues shall be on the agenda for the morning call to start at 10:00 a.m.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge
