UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |
| This Document Relates to: *All Actions* | |

**STIPULATED ORDER EFFECTUATING AGREEMENT
REGARDING ESI SEARCH TERMS PERTAINING TO THE MYLAN DEFENDANTS**

**THIS MATTER HAVING COME** before the Court on Defendants' Motion to Modify the ESI Search Terms (Dkt. 445); and

**THIS COURT HAVING CONSIDERED** the parties' submissions in support of and in opposition to said Motion, as well as the argument and representations of counsel made during the telephonic status conference on June 17, 2020,

**IT IS HEREBY ORDERED**, this the 22nd day of June 2020, as follows:

1) Based on affirmations from counsel that an agreement has been reached to resolve the parties' current dispute concerning ESI search terms, the Defendants' Motion to Modify the ESI Search Terms is **DENIED AS MOOT** only with respect to Mylan Pharmaceuticals Inc. and Mylan Laboratories Ltd. (collectively, "Mylan").

2) For purposes of effectuating and memorializing the agreement reached between Plaintiffs and Mylan, the Court **STATES FURTHER**:

    a. Mylan will run the revised set of ESI search terms attached hereto as Exhibit A with respect to Mylan's nineteen (19) finished-dose custodians;

  b. Mylan will run the revised set of ESI search terms attached hereto as Exhibit B with respect to all remaining custodians identified in Exhibit D of the Court's December 23, 2020 Order (Dkt. 328); and

  c. The parties will confer in accordance with the ESI Protocol (Dkt. 125), as well as their representations and the Court's instructions made during the June 17, 2020 status conference, to resolve issues, if any, that might arise during the processing, review, and production of Mylan's ESI.

**SO ORDERED.**

              _____
              JOEL SCHNEIDER
              United States Magistrate Judge