# EXHIBIT A

| |
|---|
| *ghost* |
| *NDEA* |
| *NDMA* |
| nitra* AND (<DRUG NAME> OR <Manufacturing Modifiers>) |
| *nitrite* |
| *nitrosa* |
| *nitroso* |
| *NMBA* |
| *trosomine* |
| C2H6N2O or "(CH3)2NN=O" or "CH32NN=O" or "(CH3)2NC(O)H" or CH32NCOH or C3H7NO or "(CH3CH2)2NH" or CH3CH22NH or C4H11N or "(CH3)2NH" or CH32NH or C2H7N or "(C2H5)2NNO" or C2H52NNO or C4H10N2O |
| deviat* /5 cancer* or deviat* /5 toxic or or deviat* /5 hazard* or deviat* /5 fatal |
| gene* /3 mutat* |
| solvent /5 cancer* or solvent /5 toxic or or solvent /5 hazard* or solvent /5 fatal |
| solvent* /5 contamin* |
| (test* /5 canc*) AND <Drug Name> |
| tetrazol* |
| Valisure* |

Standalone

Page 2

# \<term\> (no modifiers)^

^Except as indicated

| Last Name | First Name | Facility |
|---|---|---|
| Agrawal | Atul | Nashik |
| Ford | Susanna | Nashik |
| Pitts | Simone | Nashik |
| Arroyo | Rafael | Nashik |
| Mueller | Eric | Nashik |
| Motemed | Massoud | Nashik |
| Melendez | Jose | Nashik |
| Shah | Dipesh | Nashik |
| Hicks | Kellia | Nashik |
| Warnick | William | Aurangabad |
| Verdel | Helen | Aurangabad |
| Cruz | Concepcion | Aurangabad |
| Dong | Eric | Aurangabad |
| Nguyen, | Truong | Aurangabad |
| Podaralla, | Satheesh | Aurangabad |
| Bretz | Paula | Morgantown |
| Warnick | William | Morgantown |
| Bizjak | Ernest | Morgantown |
| Ghoshal | Rabin | Morgantown |
| Chapman | Jonathan | Morgantown |
| Higgins | Brooke | Morgantown |
| Oladimeji, | Toyin | Morgantown |
| Xu | Qin | Morgantown |
| Agrawal | Atul | Morgantown |
| Motemed | Massoud | Morgantown |
| Upadhyay | Pratik | Morgantown |
| Wakijira | Chaltu | Morgantown |
| Rebecca | Dombrowski | Morgantown |
| Espinal | Nancy | Morgantown |
| Patel | Sneha | Morgantown |
| Patkar | Kshitij | Morgantown |
| Ileana | Barreto-Pettit | Morgantown |
| Mason | James | Morgantown |
| Min | Ko | Morgantown |
| Ray | Marcus | Morgantown |
| Roy | Melissa | Morgantown |
| Steig | Alison | Morgantown |
| Arasu | Tamil | Morgantown |
| Arista | Thomas | Morgantown |
| Marcsisin | Sean | Morgantown |
| Mistler | John | Morgantown |
| Ulysse | Guerlain | Morgantown |
| Staub-Zamperini | Katelyn | Morgantown |

| Inspection Date |
|---|
| 5.27.11 |
| 8.30.12 |
| 8.30.12 |
| 3.25.15 |
| 3.25.15 |
| 9.14.16 |
| 4.12.18 |
| 1.18.19 |
| 1.18.19; 2.3.20 |
| 3.9.12 |
| 5.16.14 |
| 5.26.17 |
| 5.26.17 |
| 4.26.19 |
| 4.26.19 |
| 2.19.10; 7.28.11; 2.2.12; 3.21.14 |
| 12.9.10; 2.2.12 |
| 2.2.12 |
| 2.2.12 |
| 3.21.14; 4.24.15 |
| 3.21.14 |
| 4.24.15 |
| 4.24.15 |
| 11.18.16; 4.12.18 |
| 11.18.16 |
| 11.18.16 |
| 11.18.16 |
| 8.25.17; 4.12.18 |
| 8.25.17 |
| 8.25.17 |
| 8.25.17 |
| 4.12.18 |
| 4.12.18 |
| 4.12.18 |
| 4.12.18 |
| 4.12.18 |
| 4.12.18 |
| 7.25.19 |
| 7.25.19 |
| 7.25.19 |
| 7.25.19 |
| 7.25.19 |
| 8.15.19 |

Regulatory

| |
|---|
| "changes being effected" |
| "prior approval supplement" |
| adulterat* |
| alert* /5 safe* |
| CAPA or corrective pre/3 "preventive action" |
| Citizen* pre/3 Petition |
| (Establishment pre/3 Inspection) |
| import* /3 (ban or alert or restrict*) |
| Inspect* /500 <DRUG NAME> |
| Investig* /500 <DRUG NAME> |
| (official pre/3 action* /4 indicat* ) |
| (observation or observations) /500 <DRUG NAME> or <FACILITY NAME> (excluding |
| (OOS or "out of spec*" or "out-of-spec*") /500 <DRUG NAME> or <FACILITY NAME> (excluding "Morgantown") |
| (OOT or "out-of-trend" or "out of trend") /500 <DRUG NAME> |
| PADER* |
| VAI or (voluntary pre/3 action* /4 indicat*) |
| violat* /500 <drug name> or <facility name> |
| warn* /500 <drug name > or <facility name> |
| OAI or "official action indicated" |
| "voluntary action indicated" |
| (Form483) or (Form /3 483) or (483 /3 letter) or (483 /3 warn*) or (704 pre/3 b) |
| EIR or "establishment inspection report" |

**Except where indicated in red, <Term> AND (<Drug Name> OR <facility name>**

| |
|---|
| ((bottle pre/2 lies) or Eban) /200 ("inspect*" OR "FDA" OR "Food /300 Drug Administration" OR FDA OR USFDA OR "US-FDA" OR "Agency" OR "recall" OR <medical conditions> OR <drug name>  OR test OR chromatog* OR peak) |
| (bury OR burie* OR conceal*) /200 ("inspect*" OR "FDA" OR "Food /300 Drug Administration" OR FDA OR USFDA OR "US-FDA"  OR "recall" OR <drug name>  OR test OR chromatog* OR peak OR EMPOWER) |
| (cGMP* or (current pre/5 manufacturing) or GMP*) /200 <DRUG NAME> |
| ("cover up*" or coverup* or "cover-up*") /200 ("inspect*" OR "FDA" OR "Food /300 Drug Administration" OR FDA OR USFDA OR "US-FDA"  OR "recall" OR EMPOWER OR <drug name>  OR test OR chromatog* OR peak) |
| suppress* /200 ("inspect*" OR "FDA" OR "Food /300 Drug Administration" OR FDA OR USFDA OR "US-FDA"  OR "recall" OR EMPOWER OR <drug name> OR test OR chromatog* OR peak) |
| malfunct* /200 (<drug name>  OR "test" OR "chromatog*" or "Empower") |
| (crash* or disaster*) /200 (<drug name>  OR "test" OR "chromatog*" or "Empower") |
| (data /4 integrity or data /4 reliabl*) /200 (<drug name>  OR "test" OR "chromatog*" or "Empower") |
| (destroy* NOT "immediately destroy all electronic") /200 (<drug name>  OR "test" OR "chromatog*" or "Empower")^ |
| delet* /200 (<drug name>  OR "test" OR "chromatog*" or "Empower") |
| trash* /200 (<drug name>  OR "test" OR "chromatog*" or "Empower") |
| shred* /200 (<drug name>  OR "test" OR "chromatog*" or "Empower") |
| (hide* OR suppress*) /200 "inspect*" OR "FDA" OR "Food /300 Drug Administration" OR FDA OR USFDA OR "US-FDA"  OR "recall" OR <drug name>  OR test OR chromatog* OR peak OR EMPOWER) |
| whistleblow* /200 "inspect*" OR "FDA" OR "Food /300 Drug Administration" OR FDA OR USFDA OR "US-FDA"  OR "recall" OR <drug name>  OR test OR chromatog* OR peak OR EMPOWER) |

^Will not exclude responsive documents

| |
|---|
| "anion-exchange" or anionexchange or "anion exchange" |
| "ion-exchange" or ionexchange or "ion exchange" |
| *PCRC* |
| aberran* AND <DRUG NAME> |
| abnorm* |
| bioequiv* |
| CAPA or (corrective /3 action) or (preventative /5 action) |
| Chromato* /500 (<DRUG NAME> OR (unk* /3 peak*) or (unk* /3 spike*) OR (unk* /3 impurit*) or (unk* /3 contamin*)) |
| contami* /500 (<DRUG NAME> OR <Manufacturing Modifiers>) |
| detect* /500 (<DRUG NAME> OR <Manufacturing Modifiers>) |
| EI-MS or EL-MS or "electron ionization" |
| elude* |
| fail* /500 <DRUG NAME> |
| GC or "GC-FID" or GCMS or "GC-MS" |
| ("HS" or headspace) |
| HPLC-UV |
| incomplet* /5 data* |
| LCMS |
| method /5 qualification |
| noise* |
| obscure* |
| (peak* or impurit* or degradant*) AND (<DRUG NAME> OR (unk* /3 spike) or (unk* /3 contamin*)) |
| problem* /200 <drug name> |
| puri* /200 <drug name> |
| recall* /200 <drug name> |
| repe* /4 error* |
| risk* /200 <drug name> |
| signal* AND (<DRUG NAME> OR (unk* /3 spike) or (unk* /3 contamin*)) |
| (spectro* OR mass spec*) AND <drug name> |
| spike* /200 <drug name> |
| toxic* /200 <drug name> |
| validat* /200 <drug name> |

**Except where indicated in red,**
&lt;Term&gt; AND (&lt;Drug Name&gt; OR &lt;manufacturing modifiers&gt;)

| |
|---|
| (empower or chromatograph*) /200 assay* AND <DRUG NAME> |
| assessment* AND <DRUG NAME> |
| batch /3 records AND <DRUG NAME> |
| biocompat*AND <DRUG NAME> |
| (certificat* OR" COA") /300 <drug name> |
| critical /4 change  AND <DRUG NAME> |
| deviat* /300 (<drug names> OR <manufacturing modifiers>) |
| discrepanc* /300 (<drug names> OR <manufacturing modifiers>) |
| (error* NOT "received this email in error ") /200 (<drug names> OR <manufacturing modifiers>)^ |
| esterficat* AND <DRUG NAME> |
| material* /3 loss* AND <DRUG NAME> |
| reclaim* AND <DRUG NAME> |
| repack* or "re-pack*" AND <DRUG NAME> |
| resal* AND <DRUG NAME> |
| resell* AND <DRUG NAME> |
| moiety or moieties AND <DRUG NAME> |
| ring* AND (<drug names> OR <manufacturing modifiers>) |

^Will not exclude responsive documents

| |
|---|
| bladder* |
| cancer* or precancer* or pre-cancer* |
| colon* |
| death or deaths or dead or deadly or fatal |
| esophag* |
| gastro* |
| intestin* |
| kidn* or renal* |
| laten* |
| leukemia* |
| liver* |
| lymphoma* |
| mutagen* |
| myeloma* |
| NHL or non-hodgkin* |
| toxicolog* |
| onset* |
| oncolog* |
| ovar* |
| pancrea* |
| prostate* |
| stomach* |
| ("adverse event*" or AER) |

**<Term> /200 (<Drug Name>**

| |
|---|
| ABDC or Amerisource* or "American Health Packaging" or AHP |
| ANDA AND NOT ((abbreviated w/3 application) OR FDA) |
| Aurobindo |
| Hetero |
| Lantech* |
| Prinston |
| Teva |
| Torrent |
| Zhejian* |
| Camber |
| ZHP |

**<Term> /300 (<Drug Name>**

Entities

Drug Name Modifiers

| |
|---|
| *Valsartan* |
| Diovan* |
| Exforg* |
| sartan or sartans |

### &lt;drug names modifiers&gt;

Regulatory Modifiers

## &lt;regulatory modifiers&gt;

| |
|---|
| CDER or "Center for Drug Evaluation and Research" |
| "Food and Drug Administration" or FDA or USFDA or "US-FDA" or "College Park" |
| "GDUFA" |

Manufacturing Modifiers

| | |
|---|---|
| recall* | |
| spike* | |
| ((unknown or unk) /3 peak) or ((unknown or unk) /3 spike) or ((unknown or unk) /3 impurit*) or ((unknown) or unk /3 contamin*) or ((unknown or unk) /3 degradant*) | |

**<manufacturing modifiers>**

| |
|---|
| "adverse event*" or AER* |
| bladder* |
| cancer* or precancer* or pre-cancer* |
| colon* |
| death* or dead or fatal |
| esophag* |
| gastro* |
| intestin* |
| kidn* or renal* |
| laten* |
| leukemia* |
| liver* |
| lymphoma* |
| MedWatch* or "Safety Information and Adverse Event Reporting" |
| muta* |
| myeloma* |
| NHL or non-hodgkin* |
| toxicolog* |
| onset* |
| oncolog* |
| ovar* |
| PADER* |
| pancrea* |
| prostate* |
| stomach* |

**<medical conditions modifiers>**

Facility Names Modifiers

| |
|---|
| 3003937580 or Unit 3 |
| 3002785310 or Unit 8 |
| 3008316970 or Aurangabad |
| 3005587313 or Nashik |
| 1110315 or Morgantown or Chestnut Ridge |

**<facility names modifiers>**