# EXHIBIT B

| (*90483* OR *90866* OR *78020*) |
| OAI or "official action indicated" |
| "voluntary action indicated" |
| *diethylamine or "*diethyl amine" |
| *dimethylamine or "*dimethyl amine" |
| *dimethylformamide |
| *dimethylmethanamide |
| *ghost* |
| *NDEA* |
| *NDMA* |
| *nitra* |
| *nitrite* |
| *nitrosa* |
| *nitroso* |
| *NMBA* |
| *trosomine* |
| (Form483) or (Form /3 483) or (483 /3 letter) or (483 /3 warn*) or (704 pre/3 b) |
| C2H6N2O or "(CH3)2NN=O" or "CH32NN=O" or "(CH3)2NC(O)H" or CH32NCOH or C3H7NO or "(CH3CH2)2NH" or CH3CH22NH or C4H11N or "(CH3)2NH" or CH32NH or C2H7N or "(C2H5)2NNO" or C2H52NNO or C4H10N2O |
| carcin* |
| deviat* /5 cancer* or deviat* /5 toxic or or deviat* /5 hazard* or deviat* /5 fatal |
| FDA /10 warning |
| gene* /3 mutat* |
| solvent /5 cancer* or solvent /5 toxic or or solvent /5 hazard* or solvent /5 fatal |
| solvent* /5 contamin* |
| (test* /5 canc*) AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>)) |
| tetrazol* |
| Valisure* |

# &lt;term&gt; (no modifiers)^

^Except if run against custodians in management over more than one facility, in which case to be run as indicated in agreed to procedure.

Authors or Inspectors

| Last Name | First Name | Facility | Inspection Date |
|---|---|---|---|
| Philopoulos | Constantin | Unit 8 | 8.2.12 |
| Bonita | Chester | Unit 8 | 4.17.12 |
| George | Jogy | Unit 8 | 8.10.17 |
| Bernard | Tonia | Unit 8 | 4.13.18 |
| Akhtar | Saleem | Unit 8 | 12.10.18 |
| Brown | Darren | Unit 8 | 12.10.18 |
| Patel | Nayan | Unit 8 | 12.10.18 |
| Martinez | Miguel | Unit 8 | 6.5.19 |
| Srivastava, | Rajiv | Unit 8 | 6.5.19 |
| Matthews | Sony | Unit 3 | 2.3.14 |

Regulatory

| |
| --- |
| ("adverse event*" or AER) and (<drug name> or <solvents> or <facility names>) |
| "changes being effected" |
| "prior approval supplement" |
| adulterat* |
| (alert or alerts) w/500 (drug name or (solvents and NOT other drug names) or facility names or regulatory modifiers) |
| CAPA or corrective pre/3 "preventive action" |
| CFR or eCFR or "code of federal regulations" or USC or "United States Code" or "Title 21" |
| Citizen* pre/3 Petition |
| (Establishment pre/3 Inspection) |
| import* /3 (ban or alert or restrict*) |
| inadequat* |
| inspect* /200 (drug name or (solvents and NOT other drug names) or facility names or regulatory modifiers) |
| investigat* /200  (drug name or (solvents and NOT other drug names) or facility names or regulatory modifiers) |
| major /3 change |
| (master /3 file) and (<drug name> or <solvents>) |
| minor /3 change |
| moderate /3 change |
| Monthly /3 update |
| (official pre/3 action* /4 indicat* ) |
| (observation or observations) /500 (drug name or (solvents and NOT other drug names) or facility names or regulatory modifiers) |

Regulatory

| |
|---|
| (OOS or "out of spec*" or "out-of-spec*") /500 (drug name or (solvents and NOT other drug names) or facility names or regulatory modifiers) |
| OOT or "out-of-trend" or "out of trend" |
| PADER* and (<drug name> or <solvents> or <facility names>) |
| VAI or (voluntary pre/3 action* /4 indicat*) |
| violat* |
| warn* |
| EIR or "establishment inspection report" |
| genotoxic* |

**Except where indicated in red**, <Term> AND (<Drug Name> OR (<Solvents> AND NOT <other drug names>) OR <regulatory modifiers> OR <facility names>)

| |
|---|
| ((bottle pre/2 lies) or Eban) /200 ("inspect*" OR "FDA" or "Food /300 Drug Administration" OR FDA OR USFDA OR "US-FDA" OR "Agency" OR "recall" OR <medical conditions> OR <drug name> OR <solvents> OR test OR chromatog* OR peak) |
| (bury OR burie* OR conceal*) /200 ("inspect*" OR "FDA" or "Food /300 Drug Administration" OR FDA OR USFDA OR "US-FDA" OR "Agency" OR "recall" OR <medical conditions> OR <drug name> OR <solvents> OR test OR chromatog* OR peak) |
| (cGMP* or (current pre/5 manufacturing) or GMP*) /200 (<drug name> OR <solvents> OR inspect* OR violat* |
| ("cover up*" or coverup* or "cover-up*") /200 ("inspect*" OR "FDA" or "Food /300 Drug Administration" OR FDA OR USFDA OR "US-FDA" OR "Agency" OR "recall" OR <medical conditions> OR <drug name> OR <solvents> OR test OR chromatog* OR peak) |
| (crash* or disaster*) /200 (<drug name> OR <solvents> OR "backup /3 data" OR "test") |
| (data /4 integrity or data /4 reliabl*) /200 (<drug name> OR <solvents> OR "backup /3 data" OR "test" or chromatog*) |
| (destroy* NOT "immediately destroy all electronic") /200 (<drug name> OR <solvents> OR facilities names OR test OR chromatog* OR backup /3 data)^ |
| delet* /200 (<drug name> OR <solvents> OR facilities names OR test OR chromatog* OR backup /3 data) |
| trash* /200 (<drug name> OR <solvents> OR facilities names OR test OR chromatog* OR backup /3 data) |
| shred* /200 (<drug name> OR <solvents> OR facilities names OR test OR chromatog* OR backup /3 data) |
| (hide* OR suppress*) /200 ("inspect*" OR "FDA" or "Food /300 Drug Administration" OR FDA OR USFDA OR "US-FDA" OR "Agency" OR "recall" OR <medical conditions> OR <drug name> OR <solvents> OR test OR chromatog* OR peak) |
| whistleblow* /200 ("inspect*" OR "FDA" or "Food /300 Drug Administration" OR FDA OR USFDA OR "US-FDA" OR "Agency" OR "recall" OR <medical conditions> OR <drug name> OR <solvents> OR test OR chromatog* OR peak) |

^Will not exclude responsive documents

| |
|---|
| "anion-exchange" or anionexchange or "anion exchange" |
| "ion-exchange" or ionexchange or "ion exchange" |
| *PCRC* |
| aberran* |
| abnorm* |
| ALS |
| bioequiv* |
| CAPA or corrective pre/5 action |
| <span style="color:red">Chromato* /500 (drug name OR (solvents AND NOT other drug names) OR manufacturing modifiers)</span> |
| contami* |
| degradant* |
| detect* /200 (drug name OR (solvents AND NOT other drug names) OR manufacturing modifiers) |
| EI-MS or EL-MS or "electron ionization" |
| elude* |
| <span style="color:red">fail* /500 (drug name OR (solvents AND NOT other drug names))</span> |
| fatal* |
| GC or "GC-FID" or GCMS or "GC-MS" |
| hazard* |
| headspace |
| heat |
| HPLC-UV |
| HS |
| incomplet* /5 data* |
| LCMS |
| mass spectro* |
| method /5 qualification |
| noise* |
| noti* w/5 pharm* |
| obscure* |
| peak* |
| press /4 release |
| preventative /5 action |
| problem* /200 (drug name OR (solvents AND NOT other drug names) OR manufacturing modifiers) |

| |
|---|
| puri* /200 (drug name OR (solvents AND NOT other drug names) OR manufacturing modifiers) |
| recall* |
| repe* /4 error* |
| residu* - residu* /200 (drug name OR (solvents AND NOT other drug names) OR manufacturing modifiers) |
| retrospec* |
| <span style="color:red">risk*  /200 (drug name OR (solvents AND NOT other drug names) OR manufacturing modifiers)</span> |
| signal* |
| spectro* |
| spike* |
| toxic* |
| unknown* or unk or unks |
| <span style="color:red">validat* /200 (drug name OR (solvents AND NOT other drug names) OR manufacturing modifiers)</span> |
| genotoxic* |

**<span style="color:red">Except where indicated in red,</span> &lt;Term&gt; AND (&lt;Drug Name&gt; OR (&lt;Solvents&gt; AND NOT &lt;other drug names&gt;) OR &lt;manufacturing modifiers&gt;)**

| "PROCESS I" or "PROCESS II" |
| --- |
| assay* |
| assessment* /200 (drug name OR (solvents AND NOT other drug names) OR manufacturing modifiers) |
| batch /5 records |
| biocompat* |
| byproduct* |
| CAPA or corrective pre/3 "preventive action" |
| certificat* |
| change* /3 control* |
| change* /5 process* |
| COA or certificat* pre/3 analys* |
| concentra* |
| condensa* |
| conversion* |
| critical /4 change |
| crude* |
| deviat* |
| diastereo* |
| discrepanc* |
| <span style="color:red">(error* NOT "received this email in error ") /200 (drug name OR (solvents AND NOT other drug names) OR manufacturing modifiers)^</span> |
| esterficat* |
| expir* |
| *formaldehyde* |
| malfunct* |
| material* /3 loss* |
| moiety or moieties |
| process /5 change |
| quench* |
| reagent* |
| reclaim* |
| recover* /200 (drug name OR (solvents AND NOT other drug names) OR manufacturing modifiers) |
| <span style="color:red">recycl* /200 (drug name OR (solvents AND NOT other drug names) OR manufacturing modifiers)</span> |
| repack* or "re-pack*" |
| resal* |
| resell* |

| |
|---|
| reuse* |
| ring* |
| solvent /200 (drug name OR (solvents AND NOT other drug names) OR manufacturing modifiers) |
| suppress* |
| TEA or Triethyl* |
| TIN or Tributyl* |
| yield* /200 (drug name OR (solvents AND NOT other drug names) OR manufacturing modifiers) |

^Will not exclude responsive documents

**<span style="color:red">Except where indicated in red,</span> \<Term> AND (\<Drug Name> OR (\<Solvents> AND NOT \<other drug names>))**

| |
|---|
| bladder* |
| cancer* or precancer* or pre-cancer* |
| colon* |
| <span style="color:red">(death or deaths or dead or deadly or fatal) w/200 (drug name OR (solvents AND NOT other drug names) OR medical term modifiers)</span> |
| esophag* |
| gastro* |
| intestin* |
| kidn* or renal* |
| laten* |
| leukemia* |
| liver* |
| lymphoma* |
| muta* |
| myeloma* |
| NHL or non-hodgkin* |
| toxicolog* |
| onset* |
| oncolog* |
| ovar* |
| pancrea* |
| prostate* |
| stomach* |

**<span style="color:red">Except where indicated in red,</span> &lt;Term&gt; AND (&lt;Drug Name&gt; OR (&lt;Solvents&gt; AND NOT &lt;other drug names&gt;))**

| |
|---|
| AWP or "average wholesale price" or WAC or "wholesale acquisition cost" |
| best /3 pric* |
| bulk /3 suppl* |
| impairment |
| IRR |
| manufactur* /3 cost* |
| marginal /5 cost* |
| market* /5 share* |
| net /5 profit* |
| net /5 valu* |
| NPA |
| NPV |
| rate /10 return |
| rebate* |
| sourc* w/5 agree* or sourc* w/5 anal* or sourc* w/5 contract* or sourc* w/5 forecast* or sourc* w/5 plan* or sourc* w/5 strat* |
| suppl* w/5 agree* or suppl* w/5 anal* or suppl* w/5 contract* or suppl* w/5 forecast* or suppl* w/5 plan* or suppl* w/5 strat* |
| SWOT or (strength pre/7 threat*) |
| writ* pre/5 off |
| (ABDC or Amerisource* or "American Health Packaging" or AHP) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (AG) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or gross  or gross  or loss) |
| (amerisource* ) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (ANDA) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |

**&lt;Term&gt; AND (&lt;Drug Name&gt; OR (&lt;Solvents&gt; AND NOT &lt;other drug names&gt;))^**

**^To be run against economic custodian(s) only**

| |
|---|
| (ASB) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (Authorized /4 generic) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share) |
| (average or avg) AND (pric* or cost* or margin* or profit* or revenue*) |
| (avg ) AND (pric* or cost* or margin* or profit* or revenue*) |
| (boehringer ingelheim) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (cardinal) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (contract ) AND (distrib* or PBM) |
| (cost* ) AND (analy* or forecast* or plan* or strat*) |
| (CVS*) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (Epic) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (ESI) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (Express*) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (IMS) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or loss) |
| (IQVIA) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or loss) |
| (Kroger) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss) |
| (mckesson) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss) |
| (operat* w/5 margin*) AND (margin* or profit*) |

| |
|---|
| (Optum*) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss) |
| (pric*) AND (decreas* or increas* or list* or strat* or expect* or project*) |
| (recall) AND (loss or impairm* or write* or reimburs* or indemn* or charg* or replace*) |
| (Redoak) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or loss) |
| (retail) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or loss) |
| (Rite*) AND (pric*) |
| (sales ) /5 (expect* or project*) |
| (var* ) /5 (cost*) |
| (variable ) /5 (cost*) |
| (Walgreen* or WBDA) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |
| (Walmart) AND (pric* or cost or market* or AWP or WAC or profit or margin* or stock or share or indemn* or indemn* or loss) |

| |
|---|
| Alembic |
| ABDC or Amerisource* or "American Health Packaging" or AHP |
| Amerigen |
| ANDA AND NOT ((abbreviated w/3 application) OR FDA) |
| Auro* or APL or APUSA |
| boehringer ingelheim |
| Bristol |
| Camber |
| Cobalt |
| Forest |
| Hetero |
| Huahai |
| Indoco |
| Ivax |
| Jubilant |
| Lantech* |
| Macleod* |
| Novartis |
| Par |
| Prinston |
| Qualanex |
| Ranbaxy |
| Sandoz |
| Syncore |
| Synthon |
| Teva |
| Torrent |
| Unichem |
| Watson |
| Zhejian* |
| ZHP |

**\<Term\> AND (\<Drug Name\> OR (\<Solvents\> AND NOT \<other drug names\>))**

| |
|---|
| *Valsartan* |
| Diovan* |
| Exforg* |
| |
| sartan or sartans |

**<drug names modifiers>**

Solvents modifiers

| |
|---|
| *azide* |
| *formaldehyde* |
| *-N3* |
| *xylene* |
| aqueous* |
| chloramin* |
| HNO2 |
| hydrochlor* |
| N-3* |
| NaNO* |
| tolue* |
| Tributyl* or TIN |
| Triethyl* or TEA |
| zinc /3 chloride |
| Amlodipine |
| HCT or HCTZ |
| ZnCl* |

**<solvents modifiers>**

| |
|---|
| "Abbreviated New Drug Application" or ANDA |
| CDC or "Centers for Disease Control" |
| CDER or "Center for Drug Evaluation and Research" |
| DEA or "Drug Enforcement Administration" or "Drug Enforcement Agency" |
| "Environmental Protection Agency" or EPA or USEPA or "US-EPA" or "1200 Pennsylvania Avenue" |
| "Food and Drug Administration" or FDA or USFDA or "US-FDA" or "College Park" |
| NIH or "National Institutes of Health" |

**<regulatory modifiers>**

Medical Conditions Modifiers

| |
|---|
| "adverse event*" or AER* |
| bladder* |
| cancer* or precancer* or pre-cancer* |
| colon* |
| death* or dead or fatal |
| esophag* |
| gastro* |
| intestin* |
| kidn* or renal* |
| laten* |
| leukemia* |
| liver* |
| lymphoma* |
| MedWatch* or "Safety Information and Adverse Event Reporting" |
| muta* |
| myeloma* |
| NHL or non-hodgkin* |
| toxicolog* |
| onset* |
| oncolog* |
| ovar* |
| PADER* |
| pancrea* |
| prostate* |
| stomach* |

**\<medical conditions modifiers\>**

| |
|---|
| 3003937580 or Unit 3 |
| 3002785310 or Unit 8 |
| 3008316970 or Aurangabad |
| 3005587313 or Nashik |
| 1110315 or Morgantown or Chestnut Ridge |

**\<facility names modifiers\>**

| |
|---|
| analys* |
| AWP |
| cost* |
| decreas* |
| distrib* |
| expect* |
| gross |
| impairm* |
| increas* |
| indem* |
| list* |
| loss* |
| margin* |
| market* |
| net |
| PBM |
| plan |
| pric* |
| profit* |
| project* |
| recall* |
| revenue* |
| share* |
| stock* |
| strat* |
| WAC |
| write* |

**\<economic modifiers\>**

Manufacturing Modifiers

| |
|---|
| backup /3 data |
| impurit* and degradant* |
| recall* |
| residu* |
| solvent* |
| spike* |
| test* |
| unknown /3 peak or unknown /3 spike or unknown /3 impurit* or unknown /3 contamin* |
| acid* |
| Complain* |

**<manufacturing modifiers>**