UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** June 22, 2020

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Carol Farrell

**TITLE OF CASE:**
IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**DOCKET NO. 19-md-2875 (RBK-JS)**

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Rubin Honik, Esq. | Clem Trischler |
| Conlee Whitely, Esq. | Jessica Heinz |
| Daniel Nigh, Esq. | |

**NATURE OF PROCEEDINGS:**   Telephone Status Conference.
(On the Record)

s/ Marnie Maccariella
**DEPUTY CLERK**

**TIME COMMENCED:** 4:00 p.m.
**TIME ADJOURNED:** 5:00 p.m.
**TOTAL TIME:** 1 hour