# EXHIBIT A

**TABLE A:**
**SHOW CAUSE ORDER REQUESTED**
**PLAINTIFFS WHO HAVE AMENDED/SUPPLEMENTED FACT SHEETS**
**WITH WHOM DISPUTES REMAIN (THIRD LISTING)**

| | Plaintiff | Civil Action No. | Law Firm | Core Deficiencies | Deficiency Notice Sent |
|---|---|---|---|---|---|
| 1. | Butcher, Steven | 1:19-cv-14888 | Golden Law Office | II.D.2 Plaintiff uses unknown abbreviation "NCS" to refer to previous employer.<br><br>III.E.2 Failure to provide name of diagnosing healthcare providers or treating healthcare providers; failure to provide address(es) of healthcare providers; failure to provide conditions treated; failure to provide dates of treatment; failure to provide medications prescribed.<br><br>III.F.3 Failure to provide gross annual income for 2019.<br><br>V.F.49 Failure to specific whether Plaintiff has had ulcerative colitis.<br><br>V.G.2 Failure to provide name, address, and other required information about providers.<br><br>V.G.3 Failure to provide dates of onset for any conditions listed.<br><br>V.G.4 Failure to provide treatment or outcome for "kidney problems" | 2/4/20 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | XI.A.1, 2, 3, 6 Failure to provide completed authorizations. | |
| 2. | Caudill, Cheryl | 1:19-cv-14900 | Golden Law Office | II.D.4.c Failed to respond. Provide dates of exposure for red and/or processed meats.<br><br>III.C.1 Failed to provide complete information.<br><br>III.C.2 Failed to provide complete information in entire section.<br><br>III.E.2.a, b. Failed to respond. If Plaintiff claims a medically diagnosed condition, provide the name of the diagnosing and treating healthcare provider and all other treating healthcare providers.<br><br>XI.A.1 Plaintiff provides a single, generalized authorization and not one specific to "each health care provider, specialist," etc. Plaintiff's authorization is dated, but the instructions ask for an undated form.<br><br>XI.A.6 Failed to provide properly signed and/or completed authorization. Collateral source rule applies to admissibility of evidence at trial and not the relevance of evidence for the purposes of discovery. Discoverable information includes evidence that may not be admissible at trial. | 2/4/20 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Additionally, Plaintiff waived her objection by consenting to the court-approved form of the PFS.<br><br>XI.A.7 Failed to provide properly signed and/or completed authorization. Plaintiff's form does not contain any provider information.<br>Plaintiff's authorization is dated, but the instructions ask for an undated form. | |
| 3. | Farmer, Douglas | 1:19-cv-18582 | Moore Law Group PLLC | III.G Failed to respond to questions in this section III.G | 2/5/20 |
| 4. | Lamhut, Jerold | 1:19-cv-13772 | Bernstein Liebhard LLP | III.G.a Failure to respond.<br><br>V.D Failed to provide dates when tobacco use started. | 2/5/20 |

**TABLE B:**
**SHOW CAUSE ORDER REQUESTED**
**PLAINTIFFS WHO HAVE AMENDED/SUPPLEMENTED FACT SHEETS**
**WITH WHOM DISPUTES REMAIN (SECOND LISTING)**

| | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Notice Sent |
|---|---|---|---|---|---|
| 1. | Bell, Ricky | 1:19-cv-19135 | Ron Austin Law | **NUMEROUS CORE AND MINOR DEFICIENCIES OR SUBSTANTIALLY INCOMPLETE:**<br><br>I.C.2 - Failed to attach records.<br><br>I.D.1 - Failed to attach records. | 2/21/20 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | I.D.2 - Failed to respond.<br><br>I.D.3 - Failed to respond.<br><br>I.D.4 - Failed to respond.<br><br>I.D.5 - Failed to respond.<br><br>I.D.6 - Failed to respond.<br><br>I.D.7 - Failed to respond.<br><br>I.D.8 - Failed to respond.<br><br>II.D.2.d - Failed to provide complete information. - Dates of Employment - Did not list all employers in the past ten years.<br><br>II.D.4.a - Failed to respond.<br><br>II.D.4.b - Failed to respond.<br><br>II.D.4.c - Failed to respond.<br><br>II.D.4.d - Failed to respond.<br><br>II.D.4.e - Failed to respond.<br><br>II.D.4.f - Failed to respond.<br><br>II.D.4.g - Failed to respond.<br><br>II.D.4.h - Failed to respond.<br><br>II.D.4.i - Failed to respond.<br><br>II.D.4.j - Failed to respond.<br><br>III.C.2.a.i - Failed to respond.<br><br>III.C.2.a.ii - Failed to respond.<br><br>III.C.3.a.i - Failed to provide complete information. - Failure to provide information for response 2 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | III.C.3.a.ii - Failed to respond.<br><br>III.C.5 - Failed to provide complete information. - Please specify medication.<br><br>III.D.2 - Failed to respond.<br><br>III.G.b - Failed to respond.<br><br>III.H. - Failed to respond.<br><br>V.A. - Failed to respond.<br><br>V.G.4 - Failed to provide complete information. - Please specify medication and outcome.<br><br>XI.A.1 - Failed to provide properly signed, dated, and completed authorization.<br><br>XI.A.3 - Failed to provide properly signed, dated, and completed authorization.<br><br>XI.A.6 - Failed to provide properly signed, dated, and completed authorization.<br><br>XI.B.1 - Failed to provide records requested.<br><br>XI.B.2 - Failed to provide records requested.<br><br>XI.B.9 - Failed to provide records requested.<br><br>XI.B.10 - Failed to provide records requested.<br><br>XI.B.18 - Failed to provide records requested. | |
| 2. | Bell, Sandy | 1:19-cv-19171 | Ron Austin Law | **NUMEROUS CORE AND MINOR DEFICIENCIES** | 2/21/14 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | **FOR SUBSTANTIALLY INCOMPLETE:**<br><br>I.C.2 - Failed to attach records.<br><br>I.D.1 - Failed to attach records.<br><br>I.D.2 - Failed to respond.<br><br>I.D.3 - Failed to respond. - Listed "Other."<br><br>I.D.5 - Failed to respond.<br><br>I.D.6 - Failed to respond.<br><br>I.D.7 - Failed to respond.<br><br>I.D.8 - Failed to respond.<br><br>II.D.2.a - Failed to provide complete information. - Failed to provide information regarding current employment at Lowe's. Please clarify<br><br>II.D.2.b - Failed to provide complete information. - Failed to provide information regarding current employment at Lowe's. Please clarify<br><br>II.D.2.c - Failed to provide complete information. - Failed to provide information regarding current employment at Lowe's. Please clarify<br><br>II.D.2.d - Failed to provide complete information. - Failed to provide information regarding current employment at Lowe's. Please clarify<br><br>II.D.2.e - Failed to provide complete information. - Failed | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | to provide information regarding current employment at Lowe's. Please clarify<br><br>II.D.4.a - Failed to respond.<br><br>II.D.4.b - Failed to respond.<br><br>II.D.4.c - Failed to respond. - Failed to indicate dates of exposure. Please clarify<br><br>II.D.4.d - Failed to respond. - Failed to indicate dates of exposure. Please clarify<br><br>II.D.4.e - Failed to respond.<br><br>II.D.4.f - Failed to respond.<br><br>II.D.4.g - Failed to respond.<br><br>II.D.4.h - Failed to respond.<br><br>II.D.4.i - Failed to respond.<br><br>II.D.4.j - Failed to respond.<br><br>II.E.2 - Failed to respond.<br><br>III.C.2 - Failed to provide complete information. - Only provided year as to when the physical injury first occurred. Please clarify<br><br>III.C.2.a - Failed to respond.<br><br>III.C.2.a.i - Failed to respond.<br><br>III.C.2.a.ii - Failed to respond.<br><br>III.C.2.a.iii - Failed to provide complete information. - Failed to provide hospital name. Please clarify<br><br>III.C.3.a.i - Failed to respond. | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | III.C.3.a.ii - Failed to provide complete information. - Responded "Yes," but did not describe the type of treatment received. Please clarify<br><br>III.C.3.b.ii - Failed to respond.<br><br>III.C.3.b.iii - Failed to provide complete information. - Only listed the year for the procedure. Please clarify<br><br>III.C.3.b.iii - Failed to provide complete information. - Only listed the year for the procedure. Please clarify<br><br>III.C.5 - Failed to respond.<br><br>III.D. - Failed to respond.<br><br>III.E. - Failed to respond.<br><br>III.G.a - Failed to respond.<br><br>III.G.b - Failed to respond.<br><br>III.G.c - Failed to respond.<br><br>III.G.1.c - Failed to provide complete information. - Only provided year for date of discussion. Please clarify<br><br>III.G.2 - Failed to provide complete information. - Only indicated that "Dr. changed medication." This is ambiguous, as it does not specify the content of the conversation. Please clarify<br><br>III.H. - Failed to respond.<br><br>IV.C.3 - Failed to provide complete information. - Failed to provide approximate start | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | dates for either of the two pharmacies listed. Please clarify<br><br>V.A. - Failed to provide complete information. - Has not identified a cancer diagnosis. Please clarify the time of these measurements.<br><br>V.G.1 - Failed to provide complete information. - Failed to include "stomach ulcers/peptic ulcers" as a condition in this section despite listing it as a condition she was diagnosed with in the past ten years in the previous section.<br><br>V.G.4 - Failed to provide complete information. - Ambiguous response for all three listed conditions. Please identify the treatment for colon polyps and stomach polyps, and identify the outcome for hypertension. Please also specify the medication for hypertension.<br><br>XI.A.1 - Failed to provide properly signed, dated, and completed authorization.<br><br>XI.A.6 - Failed to provide properly signed, dated, and completed authorization.<br><br>XI.B.1 - Failed to provide records requested.<br><br>XI.B.2 - Failed to provide records requested.<br><br>XI.B.6 - Failed to provide records requested. | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | XI.B.9 - Failed to provide records requested.<br><br>XI.B.10 - Failed to provide records requested.<br><br>XI.B.19 - Failed to provide records requested. | |
| 3. | Colin, Kathryn | 20-01290 | WATTS GUERRA, LLP | I.C. Failed to attach pharmacy records. | 4/28/20 |
| 4. | De Los Santos, Delia | 19-00406 | Farr, Farr, Emerich, Hackett, Carr & Holmes P.A. | I.C.2. Failed to attach records demonstrating product ID<br><br>I.D.I. Failed to attach records demonstrating alleged injury (colon cancer)<br><br>III.G.a. thru c. Failed to respond (Medical Expenses chart). Responded: "N/A" to Provider and Expense columns. Date column left blank.<br><br>V.F.25. Failed to provide complete information. Checked "yes" (re: hypotension), but provided no further information.<br><br>V.G.4. Failed to provide complete information. Did not provide outcome for each condition.<br><br>XI.A.1. Failed to provide health care authorization<br><br>XI.A.6. Failed to provide tax authorization<br><br>XI.B.1. Checked box indicating documents attached, but there are no documents in MDL Centrality. | 3/19/20 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | XI.B.2. Checked box indicating documents attached, but there are no documents in MDL Centrality.<br><br>XI.B.4. Checked box indicating documents attached, but there are no documents in MDL Centrality.<br><br>XI.B.10. Checked box indicating documents attached, but there are no documents in MDL Centrality.<br><br>XII. Declaration not signed. | |
| 5. | Holland, Jerry | 1:19-cv-07154 | Farr, Farr, Emerich, Hackett, Carr & Holmes P.A. | I.C- Failed to attach medical records<br><br>I.C.2 - Failed to attach records. - Failure to provide prescription and/or pharmacy records.<br><br>XI.A.1 - Failed to provide properly signed, dated, and completed authorization.<br><br>XI.B.1 - Failed to provide records requested.<br><br>XI.B.2 - Failed to provide records requested.<br><br>XI.B.4 - Failed to provide records requested.<br><br>XI.B.10 - Failed to provide records requested. | 2/24/20 |
| 6. | Holoway, Jeanetta | 1:19-cv-01235 | Watts Guerra | I.D - Failed to respond and/or provide complete information. Plaintiff fails to give remission date, but her response is internally inconsistent with her answers to III.D (asking her whether any valsartan-related illness persists today) | 4/24/20 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | and V.B (asking her remission weight). Please clarify.<br><br>III.D - Failed to provide complete information. Plaintiff fails to give remission date at I.D, but her response is internally inconsistent with her answers to III.D (asking her whether any valsartan-related illness persists today) and V.B (asking her remission weight).<br><br>To the extent Plaintiff still experiences symptoms related to her alleged valsartan-related illness, she must provide the requested information. | |
| 7. | Hutchison, Kathy | 20-01503 | Cellino & Barnes, PC | I.D. Failed to provide date of cancer diagnosis and omitted whether a remission date is applicable.<br><br>II.D.4 Omitted dates of exposure for red/processed meats and smoked fish.<br><br>III.C.3. Omitted procedures and treatments.<br><br>V.G. Omitted physician information regarding, and failed to provide dates of onset for all conditions. | 4/30/20 |
| 8. | Kaplan, Dennis | 1:19-cv-16067 | Golomb & Honik, P.C. | VI.A.1-2 Failed to provide properly signed, undated, and completed authorization. | 2/24/20 |

| | | | | | |
|---|---|---|---|---|---|
| 9. | Kleinman, Priscilla | 1:19-cv-07152 | Watts Guerra, LLP | XI.B.2 - Failed to provide records requested. - Failed to provide responsive documents<br><br>XI.B.12 - Failed to provide records requested. - Failed to provide responsive documents<br><br>XI.B.13 - Failed to provide records requested. - Failed to provide responsive documents<br><br>XI.B.14 - Failed to provide records requested. - Failed to provide responsive documents | 2/5/20 |
| 10. | Kruk, Robert | 1:19-cv-06211 | Morgan Law Firm | I.C Failure to attach pharmacy and medical records; failure to provide complete address of prescribing doctor.<br><br>VI.A Failure to attached completed authorizations in the form approved by the Court.<br><br>VI.B.1 Failure to attach responsive documents.<br><br>VI.B.2 Failure to attaching medical records relating to product use.<br><br>VI.B.4 Failure to attach documents relating to product use instructions.<br><br>VI.B.6 Failure to attach documents relating to packaging/label.<br><br>VI.B.7 Failure to attach documents relating to product purchase.<br><br>VI.B.8 Failure to attach responsive documents. | 2/24/20 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | VI.B.10 Failure to attach documents relating to communications between Plaintiff and Defendants relating to the product recall. | |
| 11. | Moss, James | 1:19-cv-14056 | Hollis Law Firm, P.A. | III.G Failed to respond.<br><br>V.G.3 Failed to provide outcome of hypertension treatment.<br><br>XI.A.1, 6 Failed to provide properly signed, undated, and completed authorization. | 2/19/20 |
| 12. | Needy, Lenny | 1:19-cv-15051 | Golden Law Office | II.D.2.d - Failed to provide complete information. Objections to Collateral Source Rule are not permissible.<br><br>II.D.2.e - Failed to provide complete information. Objections to Collateral Source Rule are not permissible.<br><br>V.E.3 - Failed to provide complete information re Alcohol Use history.<br><br>V.G.3 - Failed to provide complete information.<br><br>XI.A.1 - Failed to provide properly signed, undated, and completed authorization. Failed to complete provider information and undated authorization.<br><br>XI.A.4 - Failed to provide properly signed, undated, and completed authorization. - | 2/5/20 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Failed to complete provider information and undated authorization.<br><br>XI.A.5 - Failed to provide properly signed, undated, and completed authorization. - Relevance objections are inadequate and improper response to court-approved fact sheet<br><br>XI.A.6 - Failed to provide properly signed, undated, and completed authorization. - Objections are an inadequate and improper response to court-approved fact sheet<br><br>XI.A.7 - Failed to provide properly signed, dated, and completed authorization. - Failed to complete provider information and undated authorization. | |
| 13. | Pate, Eugene | 1:20-cv-01248 | Watts Guerra | III.G.a Failed to list medical expenses.<br><br>V.G.4 Failed to provide complete information.<br><br>- Medication used to treat diabetes and outcome - please clarify and explain the term "ongoing."<br><br>- Medication used to treat hypertension in 2013 and the outcome - please clarify and explain the term "ongoing."<br><br>- Medication used to treat hypertension in 2014 and the | 4/24/20 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | outcome - please clarify and explain the term "ongoing." | |
| 14. | Piccolo, Salvatore | 1:20-cv-01624 | Cellino and Barnes | V.G.4 Failed to provide complete information - Failed to list specific treatment for hypertension and outcome.<br><br>XI.A.1 - Failed to provide completed and undated authorization.<br><br>XI.A.6 - Failed to provide completed and undated authorization. | 5/4/20 |
| 15. | Rich, Earline | 1:19-cv-20643 | Watts Guerra, LLP | V.D1.b Failed to provide the date that decedent's tobacco use started.<br><br>V.D1.d.i-iii Failed to state the amount of tobacco decedent used, on average, per day, and for how many years.<br><br>V.G.3 Failed to provide the onset dates for decedent's Hypertension, Nausea, Vomiting and Diabetes.<br><br>V.G.3 Failed to state the specific medication decedent received for Hypertension, Nausea, Vomiting and Diabetes.<br><br>XI.A.1, 6 Failed to provide properly signed, undated, and completed authorization. | 2/11/20 |

| | | | | | |
|---|---|---|---|---|---|
| 16. | Richissin, Fred | 1:19-cv-20407 | Gainsburgh Benjamin | I.D Failure to respond and to attach pharmacy and medical records showing injury.<br><br>III.D Failure to respond.<br><br>III.G.a Failure to provide list of medical expenses.<br><br>V.G.4 Failure to provide treatment received and outcome.<br><br>XI.A.1, 6 Failure to provide proper authorization.<br><br>XI.B.17, 18, 21-23 Failure to respond.<br><br>XI.B.9, 11, 12, 16 Failure to provide requested records.<br><br>XII Failure to provide signed and dated declaration. | 2/5/20 |
| 17. | Stano, David | 1:19-cv-18080 | Gennusa Piacun & Ruli | I.C.2 - Failed to attach records.<br><br>I.D.1 - Failed to attach records.<br><br>I.D.2 - Failed to respond.<br><br>I.D.3 - Failed to respond.<br><br>I.D.4 - Failed to respond.<br><br>I.D.5 - Failed to respond.<br><br>I.D.6 - Failed to respond.<br><br>I.D.7 - Failed to respond.<br><br>I.D.8 - Failed to respond.<br><br>III.C.1 - Failed to respond. | 2/5/20 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | III.C.2.a - Failed to respond.<br><br>III.C.3 - Failed to respond.<br><br>III.C.3 - Failed to respond.<br><br>III.C.3.a.i - Failed to respond.<br><br>III.C.3.a.ii - Failed to respond.<br><br>III.C.3.b - Failed to respond.<br><br>III.C.3.c.i - Failed to respond.<br><br>III.D.3 - Failed to respond.<br><br>III.G.a - Failed to respond.<br><br>III.G.b - Failed to respond.<br><br>III.G.c - Failed to respond.<br><br>III.H. - Failed to respond.<br><br>IV.C.2 - Failed to provide address and telephone number for Humana Pharmacy and failed to provide telephone number for All Saints Pharmacy. Please clarify<br><br>IV.C.3 - Failed to provide approximate begin dates for Humana Pharmacy and All Saints Pharmacy. Please clarify<br><br>V.D1.a - Failed to respond.<br><br>V.D1.b - Failed to respond.<br><br>V.D1.d - Failed to provide complete information. - Amount used is ambiguous. Please clarify<br><br>V.D1.d.i - Failed to provide complete information. - On | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | average is ambiguous. Please clarify<br><br>V.D1.d.(iii) - Failed to respond.<br><br>V.E.1 - Failed to respond.<br><br>V.F.27 - Failed to respond.<br><br>V.F.45 - Failed to respond.<br><br>V.F.46 - Failed to respond.<br><br>V.F.47 - Failed to respond.<br><br>V.F.49 - Failed to respond.<br><br>V.F.50 - Failed to respond.<br><br>V.F.51 - Failed to respond.<br><br>XI.A.1 - Failed to provide properly signed, dated, and completed authorization. - Failed to provide requisite number of health care authorizations. Please supplement<br><br>XI.A.1 - Failed to provide properly signed, dated, and completed authorization. - Failed to provide requisite number of health care authorizations. Please supplement<br><br>XI.A.6 - Failed to provide properly signed, dated, and completed authorization.<br><br>XI.A.7 - Failed to provide properly signed, dated, and completed authorization. | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | XI.B.10 - Failed to provide records requested.<br><br>XI.B.18 - Failed to provide records requested. - Also inconsistent with Section III.G where no medical expenses were listed. Please clarify | |
| 18. | Strozewski, Terence | 1:20-cv-01423 | Cellino and Barnes | I. D Incomplete date of diagnosis.<br><br>XI. A. 1 Failure to attach completed Health Care Authorization.<br><br>XI. A. 4 Failure to attach Workers' Compensation Authorization.<br><br>XI. A. 5 Failure to attach completed Release of Disability Records Authorization.<br><br>XI. A. 6 Failure to attach completed Insurance Records Authorization. | 4/30/20 |
| 19. | Witte, Laurence | 1:19-cv-16971 | Matías J. Adrogué, PLLC | IV.C.2 - Failed to provide address and phone number for CVS Pharmacy. Please clarify<br><br>IV.C.3 - Failed to provide approximate dates for CVS Pharmacy. Please clarify<br><br>V.G.2 - Failed to identify name, address, and phone number of treating health care provider for pulmonary embolism/blood clot in lung. Please clarify<br><br>V.G.3 - Failed to identify any approximate dates of onset. Please clarify | 2/4/20 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | VII.A.4.b - Failed to identify primary oncologist or physician and dates of treatment for basal cell carcinoma. Failed to identify primary oncologist or physician and dates of treatment for skin cancer. Please clarify<br><br>XI.A.1 - Failed to provide properly signed, dated, and completed authorization.<br><br>XI.A.6 - Failed to provide properly signed, dated, and completed authorization. | |
| 20. | Young, Lester | 1:20-cv-01507 | Cellino and Barnes | III. D. 1. Failure to respond. No symptom provided for prostate cancer.<br><br>V. G Failure to provide name of medication and outcome.<br><br>XI. A. 1, 6 Failure to attach completed Authorization.<br><br>XI. B. 23 Failure to attach bankruptcy documents. | 4/30/20 |
| 21. | Zuckerman, Sheila | 20-01883 | GARY F. FRANKE CO., L.P.A. | III.G. Did not provide itemized medical expenses by provider as indicated would be produced. | 5/6/20 |

**TABLE C:**
**PLAINTIFFS WHO HAVE NOT AMENDED/SUPPLEMENTED FACT SHEETS FOLLOWING DEFICIENCY NOTICE (FIRST LISTING)**

| | Plaintiff | Civil Action No. | Law Firm | Deficiencies | Deficiency Notice Sent |
|---|---|---|---|---|---|
| 1. | Byrd, Nita Lacey | 20-cv-01081 | Oliver Law Group P.C. | *See Deficiency Notice* | 2/24/20 |
| 2. | Estate of Hewitt | 20-00335 | Benkie & Crawford | *See Deficiency Notice* | 2/18/20 |
| 3. | Herrin, Clinton | 19-cv-14738 | Hollis Law Firm, P.A. | *See Deficiency Notice* | 2/18/20 |
| 4. | Huey, James | 19-cv-15637 | Gainsburgh Benjamin | *See Deficiency Notice* | 3/4/20 |
| 5. | King, Jon | 19-15648 | Gainsburgh, Benjamin, David, Meunier & Warhauer L.L.C. | *See Deficiency Notice* | 3/5/20 |
| 6. | Leboeuf, Curtis | 19-12208 | Hollis Law Firm, P.A. | *See Deficiency Notice* | 2/19/20 |
| 7. | Lewis, Linda | 1:20-cv-00629 | Law Offices of John D. Sileo LLC | *See Deficiency Notice* | 4/24/20 |

**TABLE D:**
**PLAINTIFFS WHO HAVE AMENDED/SUPPLEMENTED FACT SHEETS WITH WHOM DISPUTES REMAIN (FIRST LISTING)**

| | Plaintiff | Civil Action No. | Law Firm | Core Deficiencies | Deficiency Notice Sent |
|---|---|---|---|---|---|
| 1. | Brock, Deloris | 2020-CV-00224 | Oliver Law Group, P.C. | XI.B.3 - Failed to provide records requested - Plaintiff attached radiology reports, but failed to provide any x-rays, CT scans, MRIs or | 4/27/20 |



H:\Exhibit A.docx

| | | | | | |
|---|---|---|---|---|---|
| | | | | radiographic images (Failure to attach records identified in Section XI, to the extent Plaintiff indicates that they are in possession of such records)<br><br>XI.B.21 - Failed to provide records requested – Letters of testamentary. (Failure to attach records identified in Section XI, to the extent Plaintiff indicates that they are in possession of such records) | |
| 2. | Crawford, Rita | 1:20-cv-00763 | Goldenberg Law, PLLC | III.G.a Only pharmacy bills produced. Please confirm that these are the only medical expenses for which plaintiff seeks recovery in the action which plaintiff has filed. If there are additional expenses, please provide an answer to this question.<br><br>V.G.3 Failed to provide complete information. Failed to state outcome from hypertension treatment. | 4/13/20 |
| 3. | Dawson, Nellie | 2020-CV-01493 | Watts Guerra, LLP | III.G.b - Failed to respond. No dates. (Failure to complete any subsection associated with a specific damages claim, to the extent claimed)<br><br>V.G.3 - Failed to respond. No onset date for constipation. (Failure to complete medical conditions table and provide information on medical providers for identified conditions)<br><br>V.G.3 - Failed to respond. No onset date for kidney disease. | 4/30/20 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | (Failure to complete medical conditions table and provide information on medical providers for identified conditions)<br><br>V.G.3 - Failed to respond. No onset date for colitis. (Failure to complete medical conditions table and provide information on medical providers for identified conditions)<br><br>XI.A.6 - Failed to provide properly signed, dated, and completed authorization - no address listed for insurance company. (Failure to provide complete and properly executed authorizations) | |
| 4. | Duello, Denis | 2020-CV-01758 | Levin Papantonio | I.D.5- Failed to provide complete information – wrote unknown highest stage cancer diagnosis. (Failure to indicate type of cancer and date of diagnosis) | 5/5/20 |
| 5. | Fields, Tivis | 1:20-cv-00683 | Williams Hart Boundas Easterby, LLP | III.G.a Failed to respond. | 5/12/20 |
| 6. | Freeman, Timothy | 19-cv-22181 | Goldenberg Law, PLLC | III.G.b - Failed to respond. – Response is "see billing" (Failure to complete any subsection associated with a specific damages claim, to the extent claimed) | 3/20/20 |
| 7. | Hall, Travis | 1:20-cv-03534 | Farris, Riley & Pitt, LLP | X.A Failed to provide complete information - Plaintiff clams to be personal representative in section I.E | 5/26/20 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | but fails to attach letters of administration demonstrating she is decedent's personal representative.<br><br>XI.A.1 Failed to provide properly signed, dated, and/or completed authorization - Plaintiff does not attach documents demonstrating power of attorney to release Decedent's medical records.<br><br>XI.A.6 Failed to provide properly signed, dated, and/or completed authorizations.<br><br>Further, Plaintiff does not demonstrate power of attorney to release decedent's health insurance records. | |
| 8. | Ham, Jessie | 19-cv-19585 | Hollis Law Firm, P.A. | I.C Failed to attach copies or photographs of prescription bottles referenced in Section III.B.5 - Failure to provide medical records referenced in PFS or to indicate responsive records have been requested<br><br>XI.A(6) Health Insurance Records Authorization - Failure to provide complete and properly executed authorizations | 1/15/20 |
| 9. | Kinkela, Silvano | 1:20-cv-02880 | Davis & Crump, PC | III. G Failure to respond.<br><br>III. H Failure to respond. | 5/22/20 |
| 10. | Mabie, Lucille | 19-cv-18563 | Hollis Law Firm, P.A. | XI.A.1 - Failed to provide properly signed, dated, and completed authorization - Incorrectly labeled as Ex. C. It is dated. (Failure to provide complete and properly executed authorizations) | 2/18/20 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | XI.A.2 - Failed to provide properly signed, dated, and completed authorization - included, but no claim made in PFS under III.F. (Failure to provide complete and properly executed authorizations)<br><br>XI.A.3 - Failed to provide properly signed, dated, and completed authorization- Incorrectly labeled as Ex. A. included, but no claim made in PFS under III.F. It is dated. (Failure to provide complete and properly executed authorizations)<br><br>XI.A.4 - Failed to provide properly signed, dated, and completed authorization - included, but no claim made in PFS under II.F. (Failure to provide complete and properly executed authorizations)<br><br>XI.A.5 - Failed to provide properly signed, dated, and completed authorization - included, but no claim made in PFS under II.F. (Failure to provide complete and properly executed authorizations)<br><br>XI.A.6 - Failed to provide properly signed, dated, and completed authorization - it is dated. (Failure to provide complete and properly executed authorizations)<br><br>XI.A.7 - Failed to provide properly signed, dated, and completed authorization - | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | included, but no claim made in PFS under III.F. (Failure to provide complete and properly executed authorizations) | |
| 11. | Nealy, Hunter | 19-cv-19609 | The Cochran Firm | III.G -Medical expenses "to be supplemented" (Failure to complete any subsection associated with a specific damages claim, to the extent claimed (lost wages, emotional injury, etc.)) | 1/29/20 |
| 12. | Nelson, Gerald | 19-cv-332 | Golomb & Honik, P.C. | VI.A.1. - Failed to provide properly signed, dated, and completed authorization - Please provide an undated authorization per the instructions in Section VI.A.1. (Failure to provide complete and properly executed authorizations)<br><br>VI.A.2. - Failed to provide properly signed, dated, and completed authorization - Please provide an undated authorization per the instructions in Section VI.A.2 (Failure to provide complete and properly executed authorizations) | 2/24/20 |
| 13. | Reilly, Eugene | 1:20-cv-02216 | Watts Guerra LLP | I. C. 3-19 Failure to respond.<br><br>III. G. a-c Failure to respond.<br><br>XI. B. 14 Failure to attach responsive documents. | 5/11/20 |
| 14. | Rodich-Annese, Valerie | 1:19-cv-07161 | Migliaccio & Rathod | VI.A - Failed to provide completed and undated authorizations. | 2/21/20 |
| 15. | Stine, Terry | 2019-CV- | Axley Brynelson, LLP | V.G.2 – Failed to provide information for diagnosed obesity. (Failure to complete | 2/3/20 |

| | | | | | |
|---|---|---|---|---|---|
| | | 2021<br>4 | | medical conditions table and provide information on medical providers for identified conditions.)<br><br>V.G.3 – Failed to provide information for diagnosed obesity. (Failure to complete medical conditions table and provide information on medical providers for identified conditions.)<br><br>V.G.4 – Failed to provide information for diagnosed obesity. (Failure to complete medical conditions table and provide information on medical providers for identified conditions.)<br><br>X.I.B.3 – Failed to attach records. (Failure to attach records identified in Section XI, to the extent Plaintiff indicates that they are in possession of such records.)<br><br>X.I.B.4 – Failed to attach records. (Failure to attach records identified in Section XI, to the extent Plaintiff indicates that they are in possession of such records.) | |
| 16. | Taylor, Cynthia | 2020-CV-0151<br>0 | Cellino & Barnes, PC | XI.A.1 - Failed to provide properly signed, dated, and completed authorization. (Failure to provide complete and properly executed authorizations)<br><br>XI.A.4 - Failed to provide properly signed, dated, and completed authorization. (Failure to provide complete | 4/30/20 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | and properly executed authorizations.)<br><br>XI.A.5 - Failed to provide properly signed, dated, and completed authorization. (Failure to provide complete and properly executed authorizations)<br><br>XI.A.6 - Failed to provide properly signed, dated, and completed authorization. (Failure to provide complete and properly executed authorizations)<br><br>XI.A.7 - Failed to provide properly signed, dated, and completed authorization. (Failure to provide complete and properly executed authorizations) | |
| 17. | Tucker, Kattie | 19-cv-18331 | The Cochran Firm - Dothan | I. Remission Date - Provide date or indicate "N/A" as applicable. (Failure to indicate type of cancer and date of diagnosis)<br><br>XI Health Care Authorization- Please provide an undated authorization per the instructions in Section VI.A.1. (Failure to provide complete and properly executed authorizations)<br><br>XI Insurance Records Authorizations – Please provide an undated authorization per the instructions in Section VI.A.1. (Failure to provide complete and properly executed authorizations) | 1/30/20 |

| | | | | | |
|---|---|---|---|---|---|
| 18. | Wester, Selena | 1:20-cv-01123 | Oliver Law Group PC | I.D.6 - Failed to provide complete information. Plaintiff does not provide a remission date. Plaintiff's answer is inconsistent with her answer at III.D, where she states that her valsartan-related injury/illness does not persist today. Please clarify.<br><br>II.D.4 Failed to respond to this section.<br><br>III.C.2 Incomplete dates related to non-cancer physical injury claimed<br><br>III.C.3.a-c Failed to provide complete information. Plaintiff fails to provide full names of treating physicians and medications prescribed.<br><br>Plaintiff fails to provide date of knee replacement.<br><br>Please confirm that plaintiff received "radiation treatment" for knee replacement.<br><br>III.D Plaintiff's answer to III.D is inconsistent with her answers to I.D.6. Plaintiff states her illness does not persist today but does not state a remission date.<br><br>XI.A.1, 5, 6 Failed to provide properly signed, undated, and/or completed authorizations. | 5/21/20 |
| 19. | Weygandt, Robert | 19-cv-20970 | Williams, Hart, Boundas, | XI.B.23 - Failed to provide records requested – No bankruptcy petition provided, only discharge order | 3/24/20 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Easterby LLP | provided. (Failure to attach records identified in Section XI, to the extent Plaintiff indicates that they are in possession of such records.) | |
| 20. | Wilson, Winnifried | 20-cv-00458 | Moore Law Group PLLC | III.G.a - Failed to respond – response is "will supplement" (Failure to complete any subsection associated with a specific damages claim, to the extent claimed)<br><br>III.G.b - Failed to respond – response is "will supplement" (Failure to complete any subsection associated with a specific damages claim, to the extent claimed)<br><br>III.G.c - Failed to respond – response is "will supplement" (Failure to complete any subsection associated with a specific damages claim, to the extent claimed) | 3/25/20 |
| 21. | Wineinger, Brian | 1:19-cv-01070 | Bursor & Fisher PA | IV Failed to provide complete dates when Losartan.<br>Failed to provide frequency of use for all medications listed.<br><br>VI.A.1, 6 Failed to provide properly signed, undated, and completed authorization. Authorizations incomplete. | 2/24/20 |

**TABLE E:**
**CONSUMER PUTATIVE ECONOMIC LOSS CLASS REPRESENTATIVES WHO HAVE AMENDED/SUPPLEMENTED FACT SHEETS WITH WHOM DISPUTES REMAIN (FIRST LISTING)**

| | Plaintiff | Civil Action No. | Law Firm | Remaining Substantial Deficiencies | Deficiency Notice Sent |
|---|---|---|---|---|---|
| 1. | Byrd, Cecil | 19-08591, *Duffy, et al.* | Bursor & Fisher, P.A. | Refuses to produce unredacted pharmacy records. | 2/24/20 |
| 2. | Erwin, Eric | 18-cv-13347 | Golomb & Honik, P.C. | VI.B.1. - Failed to provide records requested – (Authorization is a template, not filled out to anyone in particular)<br><br>VI.B.2. - Failed to provide records requested (Health records authorization is a template, not filled out to anyone in particular) | 2/24/20 |
| 3. | Hamel, Jo | 18-01405, *Judson, et al.* | Golomb & Honik, PC | I.C.2. Failed to provide complete information. Records are redacted. Please re-produce without redactions.<br><br>III.B.4.a. Failed to provide complete information. Failed to describe oral instructions from pharmacist.<br><br>VI.B.8. Failed to attach records. | 3/5/20 |
| 4. | O'Neill, Richard | 18-14840 | Sharp Barton, LLP | II.A.1. – Failed to respond. Please respond "N/A" if this does not apply.<br><br>VI.A.I. – Health Care Auth. should not be dated.<br><br>VI.B.6. – Failed to respond. (Doc Request for copies of packaging) | 2/24/20 |

| 5. | Roberts, Robin | 18-cv-16075 | Golomb & Honik, P.C. | VI.B.1. - Failed to provide records requested – (Authorization is a template, not filled out to anyone in particular)<br><br>VI.B.2. - Failed to provide records requested (Health records authorization is a template, not filled out to anyone in particular) | 2/24/20 |
|---|---|---|---|---|---|

**TABLE F:**
**PLAINTIFFS WHO HAVE NOT FILED PFS BY DEADLINE (FIRST LISTING)**

| | Plaintiff | Civil Action No. | Law Firm | Deficiencies | PFS Due (60 days + SFC) |
|---|---|---|---|---|---|
| 1. | Avedikian, Kevork | 2019 -CV-06822 | Levin Papantonio | Failed to File PFS | SFC: 9/19/19<br><br>PFS Due: 11/18/19 |
| 2. | Babin, Amanda | 19-14649 | Damon J. Baldone and Associates, APLC | Failed to File PFS | Original SFC- 1/24/20, 1st Am. SFC – 6/2/20<br><br>PFS Due: 3/24/20 |
| 3. | Branham, Norma | 19-cv-21816 | Goldenberg Law, PLLC | Failed to File PFS | SFC: 1/21/20<br><br>PFS Due: 3/21/20 |
| 4. | Cantrell, Marcia | 2019-cv-14891 | Golden Law Office | Failed to File PFS | SFC: 9/11/19<br><br>PFS Due: 11/10/19 |
| 5. | Cave, Robert | 2020 -CV-01627 | Levin Papantonio | Failed to File PFS | SFC: 2/14/20 |

| | Plaintiff | Civil Action No. | Law Firm | Deficiencies | PFS Due (60 days + SFC) |
|---|---|---|---|---|---|
| | | | | | PFS Due: 4/15/20 |
| 6. | Daring | Medical Monitoring Class Rep. | THE HOLLIS LAW FIRM P.A. | Failed to File PFS | |
| 7. | DeShields, Nettie | 20-01030 | Douglas & London | Failed to File PFS | SFC: 1/30/20<br><br>PFS: 3/30/20 |
| 8. | Dufrene, Lana | 2019 - CV- 15633 | Gainsburgh Benjamin | Failed to File PFS | SFC: 9/20/19<br><br>PFS Due: 11/19/19 |
| 9. | Estate of Margaret Cicciarelli | 20-02821 | Levin Papantonio | Failed to File PFS | SFC: 3/14/20<br><br>PFS Due: 4/15/20 |
| 10. | Fougere, Therese | 19-17597 | Law Offices of Pius A. Obioha & Associates, LLC | Failed to File PFS | SFC: 1/29/20<br><br>PFS Due: 3/29/20 |
| 11. | Guiton, Susan | 2019 -CV-07145 | Kirtland & Packard | Failed to File PFS | SFC: 1/24/20<br><br>PFS Due: 3/24/20 |
| 12. | Hebert, Betty | 19-14647 | Damon J. Baldone and Associates, APLC | Failed to File PFS | SFC: 1/24/20<br><br>PFS Due: 3/24/20 |
| 13. | Jones, Philip | 20-cv-2795 | Douglas & London | Failed to File PFS | SFC: 3/13/20<br><br>PFS Due: 4/14/20 |
| 14. | Lasseigne, Beverly | 2020 -CV-03611 | Law Offices of John D. Sileo LLC | Failed to File PFS | SFC: 4/3/20<br><br>PFS Due: 6/2/20 |

| | Plaintiff | Civil Action No. | Law Firm | Deficiencies | PFS Due (60 days + SFC) |
|---|---|---|---|---|---|
| 15. | Lide, Bobby | 2020 -CV-02819 | Levin Papantonio | Failed to File PFS | SFC: 3/14/20<br><br>PFS Due: 4/15/20 |
| 16. | Littlejohn, Harvey | 20-cv-4401 | Watts Guerra, LLP | Failed to File PFS | SFC : 4/17/20<br><br>PFS Due: 6/16/20 |
| 17. | Long, Nellie | 2020 -CV-2875 | Golden Law Office | Failed to File PFS | SFC :3/12/20<br><br>PFS Due: 4/13/20 |
| 18. | Lucas, Larry | 2020 -CV-4410 | Hollis Law Firm, P.A. | Failed to File PFS | SFC: 4/17/20<br><br>PFS Due: 6/16/20 |
| 19. | Maxine, Guillory | 2019 -CV- 10044 | Levin Papantonio | Failed to File PFS | SFC: 9/19/20<br><br>PFS Due: 11/18/20 |
| 20. | Meade, Karen | 19-15351 | Kirtland & Packard | Failed to File PFS | SFC: 1/24/20<br><br>PFS Due: 3/24/20 |
| 21. | Mullins, James | 19-15043 | Golden Law Office | Failed to File PFS | SFC Original – 9/11/19, SFC 1st Am. – 6/8/20<br><br>PFS Due: 11/10/19 |
| 22. | Murray, Brian | 2020 -CV-01055 | Levin Papantonio | Failed to File PFS | SFC :1/30/20<br><br>PFS Due: 3/30/20 |
| 23. | Patton, Beverly | 19-17609 | McGrail & Associates, LLC | Failed to File PFS | SFC: 2/21/20<br><br>PFS Due: 4/21/20 |
| 24. | Pittman, Charleston | 2019 -CV-15638 | Law Offices of John D. Sileo LLC | Failed to File PFS | SFC: 4/3/20<br><br>PFS Due: 6/2/20 |

| | Plaintiff | Civil Action No. | Law Firm | Deficiencies | PFS Due (60 days + SFC) |
|---|---|---|---|---|---|
| 25. | Pizzolato, Brad | 2020 -CV-02820 | Levin Papantonio | Failed to File PFS | SFC: 3/14/20<br><br>PFS Due: 5/13/20 |
| 26. | Rives | Medical Monitoring Class Rep. | THE HOLLIS LAW FIRM P.A. | Failed to File PFS | |
| 27. | Roberts, Gaston | 2020 -CV-00946 | Hare Wynn Newell & Newton | Failed to File PFS | SFC: 1/29/20<br><br>PFS Due: 3/29/20 |
| 28. | Williamson, Russell | 20-02356 | GREEN SCHAFLE & GIBBS | Failed to File PFS | SFC Original 3/12/20<br><br>SFC 1st Am. – 4/6/20,<br><br>SFC 2nd Am. -6/16/20<br><br>PFS Due: 5/11/20 |
| 29. | Shittu, Beecroft | 2020 -CV-03179 | Levin Papantonio | Failed to File PFS | SFC: 3/24/20<br><br>PFS Due: 5/23/20 |
| 30. | Somogyi, Paul | 2020 -CV-02822 | Levin Papantonio | Failed to File PFS | SFC: 3/14/20<br><br>PFS Due: 5/13/20 |
| 31. | Stewart, Donald | 19-21475 | Stark & Stark, P.C. | Failed to File PFS | SFC : 1/27/20<br><br>PFS Due: 3/27/20 |
| 32. | Troiano, Diane | 2020 -CV-02341 | Green & Schafle LLC | Failed to File PFS | SFC Original-3/13/20<br>SFC 1st Am – 4/27/20<br>SFC 2nd Am – 6/16/20<br><br>PFS Due: 5/12/20 |
| 33. | Williams, Charles | 2019 - CV- 07632 | Levin Papantonio | Failed to File PFS | SFC: 9/20/19<br><br>PFS Due: 11/19/19 |