| Term / Name | Agreed Modifications for The Aurobindo Parties |
|---|---|
| ("PROCESS I" or "PROCESS II") AND (acid*) | Remove |
| ("PROCESS I" or "PROCESS II") AND (amlodipine*) | Remove |
| ("PROCESS I" or "PROCESS II") AND (aqueous*) | Remove |
| ("PROCESS I" or "PROCESS II") AND (HCT or HCTZ) | Remove |
| ("PROCESS I" or "PROCESS II") AND (hydrochlor*) | Remove |
| (ANDA) AND (amlodipine*) | Remove |
| (ANDA) AND (HCT or HCTZ) | Remove |
| (ANDA) AND (hydrochlor*) | Remove |
| (distribut*) AND (acid*) | Remove |
| (distribut*) AND (amlodipine*) | Remove |
| (distribut*) AND (HCT or HCTZ) | Remove |
| (distribut*) AND (hydrochlor*) | Remove |
| (delet* or destroy* or remov* or trash* or shred*) AND (Agency ) | Remove |
| (delet* or destroy* or remov* or trash* or shred*) AND (blood*) | Remove |
| (delet* or destroy* or remov* or trash* or shred*) AND (HCTZ) | Remove |
| (delet* or destroy* or remov* or trash* or shred*) AND (hyrdochloro*) | Remove |
| (Patel) AND ("Abbreviated New Drug Application" or ANDA) | Remove |

| | |
|---|---|
| (Patel) AND ("Food and Drug Administration" or FDA or USFDA or "US-FDA" or "College Park") | Remove |
| (Patel) AND (CDER or "Center for Drug Evaluation and Research") | Remove |
| (Patel) AND (DEA or "Drug Enforcement Administration" or "Drug Enforcement Agency") | Remove |
| (quality) AND (test*) | Change to quality w/10 test* |
| (investigat*) AND ("Abbreviated New Drug Application" or ANDA) | Change to (investigator* or investigation*) |
| (investigat*) AND ("Food and Drug Administration" or FDA or USFDA or "US-FDA" or "College Park") | Change to (investigator* or investigation*) |
| (delet* or destroy* or remov* or trash* or shred*) AND (regulat*) | Change to (delet* or destroy* or remov* or trash* or shred*) w/300 (regulat*) |
| (delet* or destroy* or remov* or trash* or shred*) AND (test*) | Change to (delet* or destroy* or remov* or trash* or shred*) w/500 (test*) |
| (delet* or destroy* or remov* or trash* or shred*) AND (CDER or "Center for Drug Evaluation and Research") | Change to (delet* or destroy* or remov* or trash* or shred*) w/500 (CDER or "Center for Drug Evaluation and Research") |
| (delet* or destroy* or remov* or trash* or shred*) AND (DEA or "Drug Enforcement Administration" or "Drug Enforcement Agency") | Change to (delet* or destroy* or remov* or trash* or shred*) w/500 (DEA or "Drug Enforcement Administration" or "Drug Enforcement Agency") |
| (delet* or destroy* or remov* or trash* or shred*) AND ("Food and Drug Administration" or FDA or USFDA or "US-FDA" or "College Park") | Change to (delet* or destroy* or remov* or trash* or shred*) w/500 ("Food and Drug Administration" or FDA or USFDA or "US-FDA" or "College Park") |
| (delet* or destroy* or remov* or trash* or shred*) AND ("Abbreviated New Drug Application" or ANDA) | Change to (delet* or destroy* or remov* or trash* or shred*) w/500 ("Abbreviated New Drug Application" or ANDA) |