**Standalone**

| Primary Search Term (this is meant to refer to a primary term with any applicable modifiers) | Agreed Primary Search Term Modifications for Torrent Custodians |
|---|---|
| (*11025* or *18253* or *202223* or *203311* or *203820* or *20473* or *205347* or *20939* or *23491* or *24544* or *24873* or *29392* or *77530* or *78030* or *90483* or *90642* or *90866* or *91235*) | Change to: (*202377* or *201593* or *202728*) |
| EIR or "establishment inspection report" | Move to regulatory terms |

**Authors or Inspectors**

| Primary Search Term (this is meant to refer to a primary term with any applicable modifiers) | | Agreed Primary Search Term Modifications for Torrent Custodians |
|---|---|---|
| Agrawal | Atul | Remove term |
| Akhtar | Saleem | Remove term |
| Amin | Pankaj | Remove term |
| Arasu | | Remove term |
| Arista | | Remove term |
| Arroyo | | Remove term |
| Baker | Peter | Remove term |
| Barreto | | Remove term |
| Barrowcliff | | Remove term |
| Bellamy | | Remove term |
| Bernard | Tonia | Remove term |
| Bizjak | | Remove term |
| Boyd | Justin | Remove term |
| Bretz | Paula | Remove term |
| Brown | Darren | Remove term |
| Casale | | Remove term |
| Chapman | Johnathan | Remove term |
| Charity | Antony | Remove term |
| Chester | Bonita | Remove term |
| Cosgrove | | Remove term |
| Cruz | | Remove term |
| Dezan | | Remove term |
| Dobbin | | Remove term |
| Dombrowski | | Remove term |
| Donald | Steven | Remove term |
| Dong | Eric | Remove term |
| Eban | | Remove term |
| Ernst | | Remove term |
| Estrella | Maria | Remove term |
| Etminan | | Remove term |
| Ford | Susanna | Remove term |
| Frazier | Laurie | Remove term |
| Gavini | | Remove term |

| Primary Search Term (this is meant to refer to a primary term with any applicable modifiers) | | Agreed Primary Search Term Modifications for Torrent Custodians |
|---|---|---|
| George | Jogy | (George w/3 Jogy) OR (Jogy AND <regulatory modifiers>) |
| Ghoshal | Rabin | Remove term |
| Gidado | | Remove term |
| Hall | Patrice | Remove term |
| Hallas | | Remove term |
| Hebert or Della or Dellareese | | Remove term |
| Hicks | Kellia | Remove term |
| Higgins | Brooke | Remove term |
| Huaren | | Remove term |
| Hustedt | | Remove term |
| Johansen | | Remove term |
| Jones | Latoria | Remove term |
| Karapetyan* | | Remove term |
| Khan | Farhana | Remove term |
| Khurana | Sangeeta | Remove term |
| Kristensen | | Remove term |
| Mankind | | Remove term |
| Mansournia | | Remove term |
| Marcsisin | | Remove term |
| Martinez | Miguel | Remove term |
| Mason | James | Remove term |
| Mayasandra | Pal | Remove term |
| Melende | | Remove term |
| Min | Ko | Remove term |
| Mistler | | Remove term |
| Motamed | | Remove term |
| Motta | | Remove term |
| Mueller | | Remove term |
| Navas | | Remove term |
| Nguyen | Truong | Remove term |
| Oladimeji | | Remove term |
| Panicker | | Remove term |
| Patel | Nayan | Remove term |
| Philopoulos | | Remove term |
| Pitts | Simone | Remove term |
| Podaralla | Satheesk | Remove term |
| Pottegard | | Remove term |
| Priester | | Remove term |
| Pyramides | | Remove term |
| Quartarolo | | Remove term |
| Ray | Marcus | Remove term |
| Razzaghi | Frederick | Remove term |
| Roberts | Daniel | Remove term |

| Primary Search Term (this is meant to refer to a primary term with any applicable modifiers) | | Agreed Primary Search Term Modifications for Torrent Custodians |
|---|---|---|
| Roy | Melissa | Remove term |
| Schwartz | Paul | Remove term |
| Shah | Dipesh | Remove term |
| Skanchy | | Remove term |
| Srivasta | | Remove term |
| Srivastava | Rajiv | Remove term |
| Stieg | | Remove term |
| Sweeney | | Remove term |
| Szestypalow | | Remove term |
| Tomasso | | Remove term |
| Ulysse | | Remove term |
| Upadhyay | Pratik | Remove term |
| Verdel | | Remove term |
| Wakijira | Chaltu | Remove term |
| Warnick | | Remove term |
| Xu | Atul | Remove term |
| Young | Rochelle | Remove term |
| Yuscius | | Remove term |
| Zaklady | | Remove term |
| Zamperini | | Remove term |
| Zhen Zhou | | Remove term |

## Regulatory

| Primary Search Term (this is meant to refer to a primary term with any applicable modifiers) | Agreed Primary Search Term Modifications for Torrent Custodians |
|---|---|
| ("adverse event*" or AER) and (<drug name> or <solvents> or <facility names>) | Change AND to w/200 |
| CFR or eCFR or "code of federal regulations" or USC or "United States Code" or "Title 21" | Change AND to w/200 |
| inspect* | Change AND to w/250 |
| investigat* | Change AND to w/250 |
| warn* | Change AND to w/250 |

## cGMP

| Primary Search Term (this is meant to refer to a primary term with any applicable modifiers) | Agreed Primary Search Term Modifications for Torrent Custodians |
|---|---|
| bury or burie* or conceal* | Change AND to w/200 |
| cGMP* or (current pre/5 manufacturing) or GMP* | Change AND to w/200 and omit amlodipine, HCT, and HCTZ from the modifier list. |
| "cover up*" or coverup* or "cover-up*" | Change AND to w/200 |
| crash* or disaster* | Change AND to w/200 |
| data /4 integrity or data /4 reliabl* | Change AND to w/200 |

3

| Primary Search Term (this is meant to refer to a primary term with any applicable modifiers) | Agreed Primary Search Term Modifications for Torrent Custodians |
|---|---|
| delet* or destroy* or remov* or trash* or shred* | Change AND to w/200; apply addition exclusionary terms to exclude hits from email footers, exclude this term from being run against file path names. |
| hide* or suppress* | Change AND to w/200 |
| whistleblow* | Change AND to w/200 |

## QA-Testing

| Primary Search Term (this is meant to refer to a primary term with any applicable modifiers) | Agreed Primary Search Term Modifications for Torrent Custodians |
|---|---|
| chromato* | Change to (chromato* OR empower*) w/500 |
| complain* | Move to modifiers list |
| degradant* or impurit* | Break into 2 different terms; for impurity* change AND to w/200. |
| fail* | Change AND to w/200 |
| observation* | Remove |
| quality | Remove |
| residu* | Change AND to w/200 |
| risk* | Change AND to w/200 |
| suitab* | Remove |
| toxic* | Change AND to w/200 |
| unknown* or unk or unks | Change AND to w/500 |
| validat* | Change AND to w/200 |

## Manufacturing

| Primary Search Term (this is meant to refer to a primary term with any applicable modifiers) | Agreed Primary Search Term Modifications for Torrent Custodians |
|---|---|
| error* | Change AND to w/100 |
| recycl* | Change AND to w/200 |
| solvent* | Change AND to w/100 |

## Medical Conditions

| Primary Search Term (this is meant to refer to a primary term with any applicable modifiers) | Agreed Primary Search Term Modifications for Torrent Custodians |
|---|---|
| blood* | Remove |
| death* or dead or fatal | Change AND to w/200; break out each term |

## Entities

| Primary Search Term (this is meant to refer to a primary term with any applicable modifiers) | Agreed Primary Search Term Modifications for Torrent Custodians |
|---|---|
| ANDA | Replace with ANDA AND NOT ((abbreviated w/3 application) OR FDA) |
| distribut* | Remove |

**Drug Names**

| Primary Search Term (this is meant to refer to a primary term with any applicable modifiers) | Agreed Primary Search Term Modifications for Torrent Custodians |
|---|---|
| amlodipine | Move to solvents list |
| HCT or HCTZ | Move to solvents list |

**Solvents Modifiers**

| Primary Search Term (this is meant to refer to a primary term with any applicable modifiers) | Agreed Primary Search Term Modifications for Torrent Custodians |
|---|---|
| acid* | Remove |

**Inspect Modifiers**

| Primary Search Term (this is meant to refer to a primary term with any applicable modifiers) | Agreed Primary Search Term Modifications for Torrent Custodians |
|---|---|
| inspect* | Change to (inspector or inspectors or inspection or inspections) |
| regulat* | Change to (regulator or regulators or regulatory) |

**Medical Conditions Modifiers**

| Primary Search Term (this is meant to refer to a primary term with any applicable modifiers) | Agreed Primary Search Term Modifications for Torrent Custodians |
|---|---|
| blood* | Remove |

**Facility Names**

| Primary Search Term (this is meant to refer to a primary term with any applicable modifiers) | Agreed Primary Search Term Modifications for Torrent Custodians |
|---|---|
| Plaintiffs have just received the lists provided by Defendants and are still determining how to best search for facility names, as many facilities appear to be just referred to by the city name. | Indrad OR #3005029956 OR FEI3005029956 |