IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Economic Loss Actions* | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler<br>Hon. Joel Schneider |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mila F. Bartos, of Finkelstein Thompson LLP, hereby submits to this Court her Notice of Appearance on behalf of Plaintiff Argyre Patras (*Patras v. Torrent Pharmaceuticals, Ltd.*, 19-cv-11497 (D.N.J.)) in the above-styled cause and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon to the undersigned at the contact information listed below and/or through the Court ECF filing system, as registered.

Respectfully submitted,

Date: June 24, 2020    By:   /s/ Mila F. Bartos
Mila F. Bartos
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue, NW, Suite 395
Washington, DC 20016
Telephone: (202) 337-8000
Facsimile: (202) 337-8090 (fax)
mbartos@finkelsteinthompson.com

Attorney for Individual and Representative
Plaintiff Argyre Patras

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24nd day of June 2020, a true and correct copy of the foregoing was filed and served upon all counsel via operation of the CM/ECF system for the United States District Court for the District of New Jersey.

/s/ *Mila F. Bartos*

Mila F. Bartos
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue, NW
Suite 395
Washington, DC  20016
Telephone: (202) 337-8000
Facsimile: (202) 337-8090 (fax)
mbartos@finkelsteinthompson.com