UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** June 24, 2020

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Karen Friedlander

**TITLE OF CASE:**
IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**DOCKET NO. 19-md-2875 (RBK-JS)**

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Rubin Honik, Esq. | Alex Waleko, Esq. |
| Conlee Whitely, Esq. | Lori Cohen, Esq. |
| Layne Hilton, Esq. | Sarah Johnston, Esq. |
| Daniel Nigh, Esq. | Clem Treschler, Esq. |
| Marlene Goldenberg, Esq. | Jeffrey Goeppinger, Esq. |
| | Victoria Lockard, Esq. |

**NATURE OF PROCEEDINGS:**   Discovery Conference / Status Conference
Telephone Discovery Conference held on the record via telephone.
Order to be entered.

s/ Marnie Maccariella
**DEPUTY CLERK**

**TIME COMMENCED:** 10:00 a.m.
**TIME ADJOURNED:** 11:15 p.m.
**TOTAL TIME:** 1 hour 15 minutes