# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Economic Loss Actions* | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler<br>Hon. Joel Schneider |

## NOTICE OF WITHDRAWAL OF ROSALEE B.C. THOMAS FROM THE PLAINTIFFS' STEERING COMMITTEE

Plaintiffs' Steering Committee ("PSC") appointee Rosalee B.C. Thomas of Finkelstein Thompson LLP hereby provides notice of her withdrawal from the committee. In support thereof, Ms. Thomas states as follows:

1. On June 2, 2020, the Court entered an order extending PSC appointment to relevant PSC members to represent the interests of the cases seeking damages for the economic loss due to the sale, and the personal injury due to the ingestion of Losartan and Irbesartan in this multi-district litigation ("MDL"). (Dkt. 455.) Among those appointed to the PSC was Rosalee B.C. Thomas of Finkelstein Thompson LLP.

2. After June 30, 2020, Ms. Thomas will no longer be associated with Finkelstein Thompson LLP and will no longer be able to commit to being a PSC member.

3. No prejudice or delay will occur as a result of Ms. Thomas' withdrawal from the PSC as the Losartan litigation is in its early stages, and appointment of a substitute PSC member for the Losartan Co-Lead position is feasible.

4. Notwithstanding Ms. Thomas' withdrawal from the PSC, the plaintiffs remain committed to consulting and coordinating with each other in the litigation, with an eye toward advancing the litigation as efficiently as possible.

For the above reasons, Rosalee B.C. Thomas of Finkelstein Thompson LLP respectfully submits the instant notice of withdrawal from the Plaintiffs' Steering Committee.

          Respectfully submitted,

Date:  June 25, 2020        By:    s/ Rosalee B.C. Thomas

          Rosalee B.C. Thomas
          **FINKELSTEIN THOMPSON LLP**
          3201 New Mexico Ave. NW, Suite 395
          Washington, DC 20016
          Telephone: (202) 337-8000
          Facsimile:  (202) 337-8090(fax)
          rbcthomas@finkelsteinthompson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June 2020, a true and correct copy of the foregoing was filed and served upon all counsel via operation of the CM/ECF system for the United States District Court for the District of New Jersey.

*s/ Rosalee Thomas*

Rosalee Thomas
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue, NW
Suite 395
Washington, DC  20016
Telephone: (202) 337-8000
Facsimile: (202) 337-8090 (fax)
rbcthomas@finkelsteinthompson.com