IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

### ORDER

The Court having held a conference call with the parties on June 24, 2020; and this Order intending to confirm the Court's instructions set forth on the record; and good cause existing for the entry of this Order; and for all the reasons stated by the Court,

**IT IS HEREBY ORDERED** this 25th day of June 2020, as follows:

1. The next regularly scheduled status conference call with the Court will be held on July 15, 2020 at 4:00 p.m. The parties should use the call in and access numbers previously provided.

2. The next regularly scheduled monthly status meetings with the Court will be held via conference call on July 29, 2020 at 10:00 a.m. and 2:00 p.m. To the extent any exist, all disputes regarding the production of sales and pricing documents will be addressed during the 10:00 a.m. call. To the extent not already done, the parties are encouraged to

    meet and confer in good faith to reach an agreement on the early disclosure of exemplar sales and pricing documents in order to assist plaintiffs to focus their document requests.

3. Defendants shall identify in their deficiency letters regarding plaintiffs' Fact Sheets the person to contact regarding plaintiffs' responses. Plaintiffs' counsel shall respond to these letters within the time period specified in the applicable Order. If plaintiffs' counsel does not timely respond, this shall be deemed to be a core deficiency. Plaintiffs' counsel shall separately notify defendants' designee when a supplemental or amended response is filed with Centrality. If defendants deem the filed response to be inadequate or incomplete, counsel shall meet and confer in person or by phone (and not merely by exchanging emails or letters) before defendants request that the case be listed as a core deficiency. The Court will address disputes regarding whether an alleged inadequate or incomplete response is a core deficiency at the monthly status conference, but the parties must first meet and confer in person or by phone.

4. All present scheduling deadlines shall remain in place.

                                              <u>s/ Joel Schneider</u>
                                              JOEL SCHNEIDER
                                              United States Magistrate Judge