**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

_____  :
:
:
**In re:  Valsartan,  Losartan, and Irbesartan**   :
**Products Liability Litigation**                         :        Master Docket No. 19-2875 (RBK/JS)
:
:                 **ORDER**
_This Document Applies to All Actions_              :
:
:
_____  :

**KUGLER**, United States District Judge:


    **THIS MATTER HAVING** come before the Court on Plaintiffs' Notice (ECF Doc. 474) that Rosalee B.C. Thomas, Esq. of Finkelstein Thompson, appointed to the Plaintiffs Steering Committee by this Court on 2 Jun 2020, will be unable to commit to the duties of that Committee after 30 Jun 2020;

    **THE COURT hereby Discharges** Ms. Thomas from the PSC and any relevant PSC subcommittees to which she may have been appointed; and thanks her for her service.


  Dated:  29 June 2020                       s/Robert B. Kugler
                                        ROBERT B. KUGLER
                                        United States District Judge