Rosalee B. C. Thomas
**FINKELSTEIN THOMPSON LLP**
3201 New Mexico Ave. NW, Suite 395
Washington, D.C. 20016
Tel.: (202) 337-8000
Fax: (202) 337-8090
rbcthomas@finkelsteinthompson.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Economic Loss Actions* | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler<br>Hon. Joel Schneider |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that Rosalee B.C. Thomas, of the law firm Finkelstein Thompson LLP, hereby withdraws her appearance as counsel in the above-mentioned matters, as she will no longer be associated with Finkelstein Thompson LLP after June 30, 2020, and will no longer be working in the above-captioned matters.

Dated: June 30, 2020                                Respectfully submitted,

                                                                /s/ Rosalee B.C. Thomas
                                                                Rosalee B.C. Thomas
                                                                rbcthomas@finkelsteinthompson.com
                                                                **FINKELSTEIN THOMPSON LLP**
                                                                3201 New Mexico Street, N.W., Suite 395
                                                                Washington, DC  20016
                                                                Tel: (202) 337-8000
                                                                Fax: (202) 337-8090

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2020, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic means if said attorney is a CM/ECF participant as may be appropriate.

        Respectfully submitted,

        /s/ Rosalee B.C. Thomas_____
        Rosalee B.C. Thomas
        rbcthomas@finkelsteinthompson.com
        **FINKELSTEIN THOMPSON LLP**
        3201 New Mexico Street, N.W., Suite 395
        Washington, DC  20016
        Tel: (202) 337-8000
        Fax: (202) 337-8090