# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** July 6, 2020

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Carol Farrell

**TITLE OF CASE:**
IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**DOCKET NO.** 19-md-2875 (RBK-JS)

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Rubin Honik, Esq. | Sarah Johnston, Esq. |
| Conlee Whitely, Esq. | D'Lesli Davis |
| David Stanoch, Esq. | Kristen Richter, Esq. |
| | Jeffrey Geoppinger, Esq. |

**NATURE OF PROCEEDINGS:** Discovery Conference

Discovery Hearing held by telephone re: defendant's macro discovery disputes held on the record.
Ordered Defendant's application is GRANTED IN PART, DENIED IN PART.
Order to be entered.

s/Sarah Eckert
**DEPUTY CLERK**

**TIME COMMENCED:** 1:30 p.m.
**TIME ADJOURNED:** 4:45 p.m.
**TOTAL TIME:** 3 hours 15 minutes