# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn°
David M. Estes

*Certified by the Supreme Court of
 New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cheryll A. Calderon
Adam M. Epstein°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis

°Member of N.J. & N.Y. Bars

July 9, 2020

**VIA ECF**
Honorable Joel Schneider
United States Magistrate Judge
U.S. District Court - District of New Jersey
Mitchell S. Cohen Building & US Courthouse
1 John F. Gerry Plaza, Courtroom 3C
4th and Cooper Streets
Camden, New Jersey  08101

   Re: IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION
      Civil No. 19-2875 (RBK/JS)

Dear Judge Schneider:

  Pursuant to the Court's July 8, 2020 order, I have attached the parties' final versions of the Court-Approved Requests for Production ("RFPs") to be answered by the Retailer/Pharmacy defendants as Exhibit A and the RFPs to be answered by the Wholesaler defendants as Exhibit B to this letter.  We apologize for the late hour of this submission, the parties have been working to iron out differences on the language of the RFPs.

                Respectfully,

                Adam M. Slater