# Exhibit C

# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn°
David M. Estes

_____

*Certified by the Supreme Court of
 New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cheryll A. Calderon
Adam M. Epstein°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis

_____

°Member of N.J. & N.Y. Bars

July 14, 2020

**_VIA EMAIL_**
sjohnston@btlaw.com
Sarah E. Johnston, Esq.
2029 Century Park East
Suite 300
Los Angeles, CA 90067

SAGoldberg@duanemorris.com
Seth A. Goldberg, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103-4196

> **RE:** ***In re Valsartan, Losartan, and Irbesartan Products Liability Litigation,* No. 1:19-md-02875**

Dear Sarah and Seth:

We are writing to you both in your capacity as counsel for various Retail Pharmacy Defendants, and as Liaison Counsel, with regard to our recent discussions. First, we do not believe that an extension of the 30-day deadline set by the Court is appropriate. Judge Schneider was very clear on this issue in his ruling and again in his response to Ms. Davis' suggested 60-day delay which he declined. As set forth below, we will work with you as reasonably necessary to help ensure your clients' compliance with the Order.

Sarah E. Johnston, Esq.
Seth A. Goldberg, Esq.
July 14, 2020
Page 2

With regard to the many inquiries we have received so far, we will endeavor to provide responses to the extent we can do so in this short time frame, by the end of the week. One of the requests we received from Walmart was for a list of all the applicable NDC codes. We will provide a list of those known to Plaintiffs, and in light of the inability of defense liaison counsel to provide a list that is confirmed as accurate, we request that all Defendants review the Plaintiffs' list and add any missing NDC Codes, so that all of the parties will know that we have collectively arrived at a confirmed accurate list of the NDC codes, which can be stipulated to. Please confirm your agreement to do so.

Finally, in order to provide for the most efficient handling of the inquiries that may emanate from the various Retail Pharmacy Defendants, we think the best way to proceed is for the Retailers to collectively meet and confer among themselves to determine what information or clarifications may collectively be needed from Plaintiffs, and then to present those inquiries on a collective, organized basis, in order to streamline the process and allow for a focused meet and confer to the extent needed, led by the Retailers' liaison counsel. We are of course willing to discuss any material issues, but we also believe that these issues should have been raised many months ago, so the back and forth should be as streamlined as possible at this point.

Thank you for your attention to this matter.

Very truly yours,

ADAM M. SLATER