# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | HON. ROBERT B. KUGLER<br><br>Civil No. 19-2875 (RBK/JS) |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, Actavis Pharma, Inc., and Arrow Pharm (Malta) Ltd.

Date:  July 14, 2020

**GREENBERG TRAURIG, LLP**

/s/ Jeffrey W. Greene
Jeffrey W. Greene
One International Place
Suite 2000
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001
greenej@gtlaw.com

*Attorney for Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, Actavis Pharma, Inc., and Arrow Pharm (Malta) Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2020, I served the foregoing Appearance of Counsel on all counsel of record via filing in the CM/ECF system.

/s/ Jeffrey W. Greene