| | |
|---|---|
| **From:** | BVP |
| **To:** | Harkins, Steven M. (Assoc-ATL-LT) |
| **Cc:** | Rubenstein, Brian (Shld-PHIL-LT); Cohen, Lori (Shld-Atl-LT); Lockard, Victoria D. (Shld-Atl-LT); SAGoldberg@duanemorris.com; CCT@pietragallo.com; sarah.johnston@btlaw.com; JPriselac@duanemorris.com; valpec@kirtlandpackard.com |
| **Subject:** | RE: Valsartan - 2020.07.01 BHR Correspondence to Pltfs Regarding CMML |
| **Date:** | Thursday, July 2, 2020 4:13:11 PM |
| **Attachments:** | image001.png |

**\*EXTERNAL TO GT\***

Steven,

We are in receipt of your letter. We have done some research into the platform Teva proposes to use and Plaintiffs do not agree to Teva's proposal to use CMML for review and production of documents to Plaintiffs at this time, but are willing to meet and confer regarding Teva's proposal in order to better understand how Teva proposes to use the platform.  Please let me know when you are available next week to meet & confer.

Best regards,

Behram

**From:** harkinss@gtlaw.com <harkinss@gtlaw.com>
**Sent:** Wednesday, July 1, 2020 4:38 PM
**To:** valpec@kirtlandpackard.com; ASlater@mazieslater.com; RHonik@golombhonik.com; DStanoch@GolombHonik.Com; c.whiteley@kanner-law.com; dnigh@levinlaw.com; bvp@kirtlandpackard.com
**Cc:** rubensteinb@gtlaw.com; CohenL@gtlaw.com; lockardv@gtlaw.com; SAGoldberg@duanemorris.com; CCT@pietragallo.com; sarah.johnston@btlaw.com; JPriselac@duanemorris.com
**Subject:** Valsartan - 2020.07.01 BHR Correspondence to Pltfs Regarding CMML

Counsel,

On behalf of Brian Rubenstein, please see the attached correspondence.

Best,

**Steven M. Harkins**
Associate

Greenberg Traurig, LLP
Terminus 200 | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T +1 678.553.2312  |  F +1 678.553.2441
harkinss@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.