| | |
|---|---|
| **From:** | Lockard, Victoria D. (Shld-Atl-LT) |
| **To:** | BVP; Harkins, Steven M. (Assoc-ATL-LT) |
| **Cc:** | Rubenstein, Brian (Shld-PHIL-LT); Cohen, Lori (Shld-Atl-LT); SAGoldberg@duanemorris.com; CCT@pietragallo.com; sarah.johnston@btlaw.com; JPriselac@duanemorris.com; valpec@kirtlandpackard.com; Greene, Jeffrey (Shld-Bos-LT) |
| **Subject:** | RE: Valsartan - 2020.07.01 BHR Correspondence to Pltfs Regarding CMML |
| **Date:** | Saturday, July 4, 2020 10:55:14 AM |
| **Attachments:** | image003.png |

Behram,

We will be responding further on Monday to the points below, but let us know what time Tuesday would work for a call.

**Victoria Davis Lockard**
Shareholder
Vice-Chair, Pharmaceutical, Medical Device & Health Care Litigation
Products Liability & Mass Torts
Greenberg Traurig, LLP | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
Tel 678.553.2103 | Fax 678-553-2104
lockardv@gtlaw.com | www.gtlaw.com



---

**From:** BVP [mailto:bvp@kirtlandpackard.com]
**Sent:** Thursday, July 2, 2020 4:13 PM
**To:** Harkins, Steven M. (Assoc-ATL-LT) <harkinss@gtlaw.com>
**Cc:** Rubenstein, Brian (Shld-PHIL-LT) <rubensteinb@gtlaw.com>; Cohen, Lori (Shld-Atl-LT) <CohenL@gtlaw.com>; Lockard, Victoria D. (Shld-Atl-LT) <lockardv@gtlaw.com>; SAGoldberg@duanemorris.com; CCT@pietragallo.com; sarah.johnston@btlaw.com; JPriselac@duanemorris.com; valpec@kirtlandpackard.com
**Subject:** RE: Valsartan - 2020.07.01 BHR Correspondence to Pltfs Regarding CMML

**\*EXTERNAL TO GT\***

Steven,

We are in receipt of your letter. We have done some research into the platform Teva proposes to use and Plaintiffs do not agree to Teva's proposal to use CMML for review and production of documents to Plaintiffs at this time, but are willing to meet and confer regarding Teva's proposal in order to better understand how Teva proposes to use the platform.  Please let me know when you are available next week to meet & confer.

Best regards,

Behram

**From:** harkinss@gtlaw.com <harkinss@gtlaw.com>
**Sent:** Wednesday, July 1, 2020 4:38 PM
**To:** valpec@kirtlandpackard.com; ASlater@mazieslater.com; RHonik@golombhonik.com; DStanoch@GolombHonik.Com; c.whiteley@kanner-law.com; dnigh@levinlaw.com; bvp@kirtlandpackard.com
**Cc:** rubensteinb@gtlaw.com; CohenL@gtlaw.com; lockardv@gtlaw.com; SAGoldberg@duanemorris.com; CCT@pietragallo.com; sarah.johnston@btlaw.com; JPriselac@duanemorris.com
**Subject:** Valsartan - 2020.07.01 BHR Correspondence to Pltfs Regarding CMML

Counsel,

On behalf of Brian Rubenstein, please see the attached correspondence.

Best,

**Steven M. Harkins**
Associate

Greenberg Traurig, LLP
Terminus 200 | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T +1 678.553.2312 | F +1 678.553.2441
harkinss@gtlaw.com | www.gtlaw.com | View GT Biography



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.