| | |
|---|---|
| **From:** | Adam Slater |
| **To:** | Harkins, Steven M. (Assoc-ATL-LT) |
| **Cc:** | valpec@kirtlandpackard.com; Cohen, Lori (Shld-Atl-LT); Rubenstein, Brian (Shld-PHIL-LT); Lockard, Victoria D. (Shld-Atl-LT); JPriselac@duanemorris.com; SAGoldberg@duanemorris.com; CCT@pietragallo.com; sarah.johnston@btlaw.com |
| **Subject:** | Re: Valsartan - 2020.07.10 BHR Ltr to Pltfs Following CMML M&C |
| **Date:** | Monday, July 13, 2020 6:22:14 AM |
| **Attachments:** | image001.png |

Mr. Rubinstein:

Thank you for your latest letter. Plaintiffs object to Teva's proposed use of CMML. We will be placing this on the agenda for the Wednesday July 15, 2020 conference with the Court.

Adam M. Slater
Mazie Slater Katz & Freeman

Sent from my iPhone

> On Jul 12, 2020, at 9:32 PM, "harkinss@gtlaw.com" <harkinss@gtlaw.com> wrote:
>
> Counsel,
>
> Please see the attached.
>
> Best,
>
> **Steven M. Harkins**
> Associate
>
> Greenberg Traurig, LLP
> Terminus 200 | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
> T +1 678.553.2312  |  F +1 678.553.2441
> harkinss@gtlaw.com   |   www.gtlaw.com   |   View GT Biography
>
> <image001.png>
>
> ---
>
> **From:** Adam Slater [mailto:ASlater@mazieslater.com]
> **Sent:** Friday, July 10, 2020 5:10 PM
> **To:** Harkins, Steven M. (Assoc-ATL-LT) <harkinss@gtlaw.com>; valpec@kirtlandpackard.com
> **Cc:** Cohen, Lori (Shld-Atl-LT) <CohenL@gtlaw.com>; Rubenstein, Brian (Shld-PHIL-LT) <rubensteinb@gtlaw.com>; Lockard, Victoria D. (Shld-Atl-LT) <lockardv@gtlaw.com>; JPriselac@duanemorris.com; SAGoldberg@duanemorris.com; CCT@pietragallo.com; sarah.johnston@btlaw.com
> **Subject:** Re: Valsartan - 2020.07.10 BHR Ltr to Pltfs Following CMML M&C