

January 08, 2019

Via Email: orapharm1recalls@fda.hhs.gov

LCDR Dellarese Herbert
Div. of Pharmaceutical Quality Operations
US Food and Drug Administration
Philadelphia District Office
900 US Customhouse, Suite 904
200 Chestnut Street
Philadelphia, PA 19106

Subject:   Voluntary Recall of Fluocinolone Acetonide Topical Solution, USP 0.01%, NDC 0591-2990-60

Recall #:  D-0909-2018

| Lot Number | Exp. Date | Strength | Bottle Size |
|---|---|---|---|
| 1164898 | 10/2018 | 0.01% | 60 mL |
| 1164904 | 11/2018 | 0.01% | 60 mL |
| 1164909 | 11/2018 | 0.01% | 60 mL |
| 1211396 | 07/2019 | 0.01% | 60 mL |
| 1230808 | 01/2020 | 0.01% | 60 mL |
| 1231127 | 01/2020 | 0.01% | 60 mL |

Dear LCDR Herbert,

As of January 08, 2018, Teva Pharmaceuticals USA, Inc. is formally requesting the closure of the above referenced voluntary recall which was initiated July 05, 2018. We have evaluated our recall for termination and determined that all possible customer responses have been received. We have determined that it is reasonable to assume that the recalled product has been satisfactorily removed, and all returned product has been destroyed. As such, the recall is effective in accordance with the criteria set forth in 21 CFR 7.55 paragraph (a). Corrective/Preventive Action(s) was (were) implemented to address root cause.  See attached Final Field Alert report attached.

Should you require additional information or have any questions concerning this report, please contact me at 973-658-1839 or at constance.truemper@actavis.com.

Please address Recall Closure to:

| **Most responsible individual of recalling firm:** | Carlo De Notaristefani<br>Executive Vice President, Global Operations, Global Operations<br>Teva Pharmaceuticals USA, Inc.<br>Morris Corporate Center III<br>400 Interpace Parkway<br>Parsippany, NJ 07054 | **Copy to:** | Connie T. Truemper<br>Manger, Regulatory Compliance<br>Teva Pharmaceuticals USA, Inc.<br>Morris Corporate Center III<br>400 Interpace Parkway<br>constance.truemper@actavis.com |
|---|---|---|---|

Sincerely,

01/08/2019

CONNIE T TRUEMPER, Manager, Regulatory Compliance, Teva Pharmaceuticals USA, Inc.

Copy to: David Bonilla, Associate Director, Quality & Compliance, Teva Pharmaceuticals USA, Inc.

/Enclosures:
Recall Status Summary
Certificate (s) of Destruction
Final Field Alert

Teva Pharmaceuticals
1090 Horsham Road, North Wales, PA 19454, USA  |  T: 215.591.3000  |  www.tevausa.com



# Fluocinolone Acetonide Topical Solution, USP 0.01%, NDC 0591-2990-60
## Recall Status through January 7, 2019

| | | |
|---|---|---|
| 1. | Number of Direct Consignees notified of the recall by Federal Express mail | 57 |
| 2. | Number of Direct Consignees responding: | |
| | Number with Stock to return | 29 |
| | Number with No stock to return | 13 |
| 3. | Number of Direct Consignees not responding (after conducting effectiveness checks) | 15 |
| 4. | Amount of returned product from all Direct and Indirect consignees (Bottles)[1] | 6,243 |
| | Amount of returned product from all Direct and Indirect consignees destroyed (Bottles)[1] | 6,233 |
| 5. | Amount of undistributed product remaining in Teva warehouse at time of recall. (Bottles) | 11,240 |
| | Amount of undistributed product remaining in Teva warehouse at time of recall destroyed. (Bottles) | 11,240 |
| 6. | Total Amount of product destroyed (Bottles) | 17,473 |
| 7. | Effectiveness Checks [2] | |
| | Number contacted | 24 |
| | Received original recall notice | 24 |
| | Stock to return | 9 |
| | No stock to return | 15 |

**Notes:**
1. The remaining merchandise and any subsequent returned goods will be destroyed via incineration in subsequent on-going destruction events.
2. 100% of all direct consignees who did not respond via the Stock Response Form (SRF) were contacted for effectiveness checks. As of 11/29/2018, there were 34 that had not responded. Of these consignees, 10 were unreachable; however, FedEx proof of delivery is shown for all except 1 consignee (McKesson, Delran, NJ).

Teva Pharmaceuticals
1090 Horsham Road, North Wales, PA 19454, USA | T: 215.591.3000 | www.tevausa.com