# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** July 15, 2020

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Karen Friedlander

**TITLE OF CASE:**
IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**DOCKET NO.** 19-md-2875 (RBK-JS)

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
| --- | --- |
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Rubin Honik, Esq. | Victoria Lockard, Esq. |
| Daniel Nigh, Esq. | Clem Trischler, Esq. |
| Conlee Whitely, Esq. | Sarah Johnston, Esq. |
| David Stanoch, Esq. | Jeffrey Geoppinger, Esq. |
| Behram Parekh, Esq. | Nakul Shah, Esq. |
| | Jeffrey Green, Esq. |

**NATURE OF PROCEEDINGS:** Status Conference

Telephone Status Conference held on the record.
Order to be entered.

s/Sarah Eckert
**DEPUTY CLERK**

**TIME COMMENCED:** 4:00 p.m.
**TIME ADJOURNED:** 6:00 p.m.
**TOTAL TIME:** 2 hours