IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

**ORDER**

The Court having held a conference call and oral argument with the parties on July 15, 2020; and this Order intending to confirm the Court's rulings; and good cause existing for the entry of this Order; and for all the reasons stated by the Court on the record,

**IT IS HEREBY ORDERED** this 16th day of July 2020, as follows:

1. The request of the downstream defendants (Wholesalers and Retailers/Pharmacies) for an extension of time to respond to plaintiffs' Requests for Documents is GRANTED. These defendants shall complete their production no later than October 13, 2020 and shall serve fulsome rolling productions by August 14, 2020 and September 14, 2020. These defendants shall use reasonable good faith efforts to produce the documents according to plaintiffs' prioritization requests.

2. Until the Court rules on the TAR dispute raised in the parties' July 14 and 15, 2020 letters [Doc. Nos. 513, 515 and 516], no party may use TAR to remove a document or ESI from a responsiveness review that would otherwise be reviewed. The intent of this Order is to preserve the status quo until the Court rules on the parties' dispute. This Order does not bar a party from using TAR to prioritize its document and ESI production.

3. All further submissions regarding the TAR issue in dispute shall be served by July 23, 2020.

4. To the extent any further oral argument is needed on the parties' TAR dispute, it will be held during the conference call scheduled on July 29, 2020 at 10:00 a.m.

                                               s/ Joel Schneider
                                               JOEL SCHNEIDER
                                               United States Magistrate Judge