IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>EMPLOYERS AND LABORERS LOCALS 100 AND 397 HEALTH AND WELFARE FUND and STEAMFITTERS LOCAL 439, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.; HUAHAI US INC.; PRINSTON PHARMACEUTICAL INC. d/b/a SOLCO HEALTHCARE LLC; SOLCO HEALTHCARE US, LLC; HETERO LABS, LTD.; HETERO DRUGS, LIMITED; HETERO USA INC.; CAMBER PHARMACEUTICALS, INC.; MYLAN LABORATORIES, LTD.; MYLAN N.V.; MYLAN PHARMACEUTICALS, INC.; AUROBINDO PHARMA, LTD.; AUROBINDO PHARMA USA, INC.; AUROLIFE PHARMA, LLC; TEVA PHARMACEUTICALS LTD.; TEVA PHARMACEUTICALS USA, INC.; ARROW PHARM MALTA LTD.; ACTAVIS PHARMA, INC.; ACTAVIS, LLC; TORRENT PRIVATE LIMITED; TORRENT PHARMACEUTICALS, LTD.; TORRENT PHARMA, INC.; "JOHN DOE" WHOLESALERS; A-S MEDICATION SOLUTIONS, LLC; BRYANT RANCH PREPACK, INC.; H J HARKINS CO., INC. d/b/a PHARMA PAC; MAJOR PHARMACEUTICALS, INC.; REMEDYREPACK, INC.; NORTHWIND PHARMACEUTICALS; NUCARE | LEAD CASE: 1:19-md-02875-RBK-JS<br><br>Honorable Robert B. Kugler<br><br>CIVIL ACTION NO.: 1:20-cv-07285-RBK-JS<br><br>**NOTICE OF APPEARANCE** |

1

| |
|---|
| PHARMACEUTICALS, INC.; PREFERRED PHARMACEUTICALS, INC.; AVKARE, INC.; WALGREENS BOOTS ALLIANCE, INC.; CVS HEALTH CORPORATION; WALMART INC.; RITE AID CORPORATION; THE KROGER, CO.; MEDICINE SHOPPE INTERNATIONAL, INC.; EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS HOLDING COMPANY; PRAXIS SPECIALTY PHARMACY, LLC; and "JOHN DOE" PHARMACIES, Defendants. |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant, Praxis Specialty Pharmacy, LLC, in connection with the above-captioned matter.

Date: July 16, 2020

Respectfully submitted,

**MICHELMAN & ROBINSON, LLP**

By: */s/ Jennifer A. Mauri*_____
Jennifer A. Mauri (CASBN 276522)
17901 Von Karman Ave, Ste. 1000
Irvine, CA 92614
T: 714-557-7990/F: 714-557-7991
Email: jmauri@mrllp.com

*Attorney for Defendant*
Praxis Specialty Pharmacy, LLC

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2020, I served the foregoing Appearance of Counsel on all counsel of record via filing in the CM/ECF system.


By:   */s/ Jennifer A. Mauri*

Jennifer A. Mauri