## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |
| **This Document Relates to All Actions** | **NOTICE OF MANUFACTURER DEFENDANTS' MOTION TO DISMISS** |

TO:  Adam M. Slater, Esq.
     Plaintiffs' Liaison Counsel
     Mazie Slater Katz & Freeman, LLC
     103 Eisenhower Parkway
     Roseland, NJ 07068

**PLEASE TAKE NOTICE** that on November 2, 2020, or a date to be determined by the Court after October 16, 2020, Arrow Pharm Malta Ltd., Aurobindo Pharma, Ltd., Aurolife Pharma, LLC, Hetero Drugs, Limited, Hetero Labs, Ltd., Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., Teva Pharmaceuticals Industries Ltd., Torrent Pharmaceuticals Ltd., and Zhejiang Huahai Pharmaceutical Co., Ltd. (collectively, "Manufacturing Defendants"), and Aurobindo Pharma USA, Inc., Hetero USA, Inc., and Prinston Pharmaceutical Inc. (collectively, "FDA Liaison Defendants"), by and through lead counsel for all

1

Defendants in the above-captioned action, Duane Morris LLP, Greenberg Traurig, and Pietragallo Gordon Alfano Bosick & Raspanti, LLP, shall move before the Honorable Robert B. Kugler, United States District Judge of the United States District Court for the District of New Jersey, for entry of an Order dismissing the Master Personal Injury Complaint (ECF No. 122), the Consolidated Second Amended Economic Class Action Complaint (ECF No. 398), and the Consolidated Amended Medical Monitoring Class Action Complaint (ECF No. 123) pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Manufacturing Defendants and FDA Liaison Defendants shall rely on the accompanying Memorandum of Law (and the Compendiums of Charts and Unpublished and Unreported Authorities appended thereto) and all papers later submitted with Manufacturing Defendants and FDA Liaison Defendants' reply in further support of their motion to dismiss.

**PLEASE TAKE FURTHER NOTICE** that, for the Court's convenience, two proposed forms of Order are submitted herewith, one proposing the dismissal of the Complaints in full and one proposing the dismissal of the Complaints in part.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys for Defendants request oral argument on this motion.

Respectfully submitted,

/s/ *Seth A. Goldberg*

    Seth A. Goldberg, Esq.
    *Lead Counsel and Liaison*
    *Counsel for Defendants*

DUANE MORRIS LLP

Seth A. Goldberg, *Lead Counsel and Liaison Counsel for Defendants*
Barbara A. Schwartz
Coleen W. Hill (DE #6287)
Nathan B. Reeder
30 South 17th Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com
BASchwartz@duanemorris.com
NBReeder@duanemorris.com

    *Attorneys for Zhejiang Huahai*
    *Pharmaceutical Co, Ltd., Prinston*
    *Pharmaceutical Inc., and Solco*
    *Healthcare US, LLC*

PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP

Clem C. Trischler, *Lead Counsel for Defendants*
Jason M. Reefer
38th Floor, One Oxford Centre Pittsburgh, Pennsylvania 15219
Tel: (412) 263-2000
Fax: (412) 263-2001
CCT@PIETRAGALLO.com
JMR@PIETRAGALLO.com

*Attorneys for Mylan Laboratories, Ltd. and Mylan Pharmaceuticals, Inc.*

GREENBERG TRAURIG

Lori G. Cohen, *Lead Counsel for Defendants*
Victoria D. Lockard
Steven M. Harkins
Terminus 200
3333 Piedmont Rd., NE,
Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
cohenl@gtlaw.com
lockardv@gtlaw.com
harkinss@gtlaw.com

Gregory E. Ostfeld
77 West Wacker Drive,
Suite 3100
Chicago, Illinois 60601
Tel: (312) 476-5056
ostfeldg@gtlaw.com

Brian H. Rubenstein
1717 Arch Street
Suite 400
Philadelphia, Pennsylvania
Tel: (215) 988-7864
Fax: (214) 689-4419
rubensteinb@gtlaw.com

*Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

Dated:  July 17, 2020