# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |
| **This Document Relates to All Actions** | **ORDER GRANTING MANUFACTURER DEFENDANTS' MOTION TO DISMISS IN FULL** |

**THIS MATTER** having come before the Court upon Manufacturer Defendants' Motion to Dismiss, joined by FDA Liaison Defendants, on notice to liaison counsel for Plaintiffs, and the Court having reviewed the submissions of the parties, any replies thereto, and having heard argument, and for good cause appearing:

It is, on this _____ day of _____ 2020,

**ORDERED AND ADJUDGED** that Manufacturer Defendants' Motion to Dismiss the Complaints is **GRANTED IN FULL**.

**IT IS FURTHER ORDERED** that the Consolidated Second Amended Economic Class Action Complaint, ECF No. 398, Consolidated Amended Medical

Monitoring Class Action Complaint, ECF No. 123, and Master Personal Injury Complaint, ECF No. 122, are hereby **DISMISSED** as to all Defendants.

      **IT IS FURTHER ORDERED** that a copy of this Order shall be served on all counsel of record within \_\_\_\_ days of Defendants' liaison counsel's receipt of this Order.

Dated:_____

                                          _____
                                          Hon. Robert B. Kugler, U.S.D.J.

Motion Opposed _____
Motion Unopposed _____