# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |
| **This Document Relates to All Actions** | **CERTIFICATION OF SETH A. GOLDBERG, ESQ.** |

SETH A. GOLDBERG, ESQ., being of full age, certifies as follows:

1. I am a Partner at Duane Morris LLP, attorneys for Defendants Zhejiang Huahai Pharmaceutical Co, Ltd., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC. I make this Certification based on personal knowledge and in support of the Manufacturer Defendants' Motion to Dismiss.

2. Attached hereto is a true and accurate copy of the Compendium of Charts drafted by counsel for Defendants, which includes a table of contents listing all charts included.

1

Respectfully submitted,

/s/ *Seth A. Goldberg*
Seth A. Goldberg
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Tel.: (215) 979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com

*Lead Counsel for Defendants and Attorney for Zhejiang Huahai Pharmaceutical Co, Ltd., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*

Dated:  July 17, 2020