# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |

## CERTIFICATE OF SERVICE

I, Seth A. Goldberg, hereby certify that on July 17, 2020, a copy of the foregoing Notice of Motion; Manufacturer Defendants' Memorandum of Law in Support of Their Motion to Dismiss; Certification of Seth A. Goldberg and Compendium of Charts Referenced in Manufacturer Defendants' Memorandum of Law in Support of Their Motion to Dismiss; Proposed Order Granting Motion in Full; Proposed Order Granting Motion in Part; Compendium of Unreported or Unpublished Authorities Cited in Manufacturer Defendants' Memorandum of Law in Support of Their Motion to Dismiss; and Compendium of Unreported or Unpublished Authorities Cited in the Manufacturer Defendants' Compendium of Charts has been served via ECF upon Counsel for Plaintiffs and all counsel of record in the Court's electronic filing system.

/s/ Seth A. Goldberg
Seth A. Goldberg