# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge<br><br>**NOTICE OF WHOLESALER DEFENDANTS' MOTION TO DISMISS** |

TO:  Adam M. Slater, Esq.
 Plaintiffs' Liaison Counsel
 Mazie Slater Katz & Freeman, LLC
 103 Eisenhower Parkway
 Roseland, NJ 07068

**PLEASE TAKE NOTICE** that on a date to be determined after October 16, 2020, AmeriSourceBergen, Cardinal Health, Inc., and McKesson Corporation (collectively, "Wholesaler Defendants"), by and through counsel for Wholesaler Defendants in the above-captioned action, shall move before the Honorable Robert B. Kugler, United States District Judge of the United States District Court for the District of New Jersey, for entry of an Order dismissing the Master Personal Injury Complaint (ECF No. 122), the Consolidated Second Amended Economic Class Action Complaint (ECF No. 398), and the Consolidated Amended Medical

Monitoring Class Action Complaint (ECF No. 123) pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that all Distributor and Re-packager Defendants in MDL No. 2875 shall join in Wholesaler Defendants' Motion by adopting certain arguments by reference.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Wholesaler Defendants shall rely on the accompanying Memorandum of Law (and the Compendiums of Charts and Unpublished and Unreported Authorities appended thereto), as well as Manufacturing Defendants' Memorandum of Law (and the Compendiums of Charts and Unpublished and Unreported Authorities appended thereto); Pharmacy Defendants' Memorandum of Law (and the Compendiums of Charts and Unpublished and Unreported Authorities appended thereto) and all papers later submitted with any Defendants' reply in further support of their motions to dismiss.

**PLEASE TAKE FURTHER NOTICE** that, for the Court's convenience, a proposed Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys for Defendants request oral argument on this motion.

Dated: July 17, 2020                                        Respectfully submitted,

/s/     Jeffrey D. Geoppinger
    Jeffrey D. Geoppinger, Esq.
    *Liaison Counsel for Wholesaler Defendants*

Jeffrey D. Geoppinger, *Liaison Counsel for Wholesaler Defendants*
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409
Tel.: (513) 698-5038
Fax: (513) 698-5039
Email: jgeoppinger@ulmer.com

*Counsel for Amerisource Bergen*


Andrew D. Kaplan
CROWELL & MORING LLP
1000 Pennsylvania Avenue NW
Washington., D.C. 20004
Tel.: (202)624-1000
Fax: (202) 628-5116
Email: akaplan@crowell.com

*Counsel for Cardinal Health Inc.*

D'Lesli M. Davis
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX  75201-7932
Tel: (214) 855-8221
Fax: (214) 855-8200
Email:dlesli.davis@nortonrosefulbright.com

 *Counsel for McKesson Corporation*