THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge<br><br>**ORDER GRANTING WHOLESALER DEFENDANTS' MOTION TO DISMISS IN FULL** |

**THIS MATTER** having come before the Court upon Wholesaler Defendants' Motion to Dismiss, joined by Distributor and Re-packager Defendants, on notice to liaison counsel for Plaintiffs, and the Court having reviewed the submissions of the parties, any replies thereto, and having heard argument, and for good cause appearing:

It is, on this _____ day of _____ 2020,

**ORDERED AND ADJUDGED** that Wholesaler Defendants' Motion to Dismiss the Complaints is **GRANTED IN FULL**.

**IT IS FURTHER ORDERED** that the Master Personal Injury Complaint (ECF No. 122), the Consolidated Second Amended Economic Class Action Complaint (ECF No. 398), and the Consolidated Amended Medical Monitoring

Class Action Complaint (ECF No. 123) are hereby **DISMISSED** as to all Wholesaler Defendants, Distributor Defendants, and Re-packager Defendants.

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on all counsel of record within \_\_\_\_ days of Wholesaler Defendants' liaison counsel's receipt of this Order.

Dated:_____

_____
Hon. Robert B. Kugler, U.S.D.J.

Motion Opposed _____
Motion Unopposed _____