# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2020, I filed the foregoing Notice of Wholesaler Defendants' Motion to Dismiss; Wholesaler Defendants' Memorandum of Law in Support of Their Motion to Dismiss; Compendium of Charts Referenced in the Wholesaler Defendants' Memorandum of Law in Support of Their Motion to Dismiss; and Compendium of Unreported Cases Cited in the Wholesaler Defendants' Memorandum of Law in Support of their Motion to Dismiss electronically through the CM/ECF system, which will send notice of filing to all CM/ECF participants.

/s/  Andrew D. Kaplan