# Exhibit A: Claim-by-Claim Argument Reference Chart

Plaintiffs' specific claims against the Pharmacies should be dismissed for the reasons as set forth in the various briefs and supporting exhibits, as follows:

| Personal Injury Master Complaint, Dkt. 122 (and all PI complaints with the same or similar allegations) | | |
|---|---|---|
| **Counts 1-3: Strict Liability** | No pharmacy strict liability | Pharmacy Br. at 10-14 (II.A.1) and Ex. B |
| | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
| | Innocent seller protections | Pharmacy Br. at 29-30 (III) and Ex. B; Wholesaler Br. at 5-7 (I.A) and related Chart 1 |
| | FDCA implied preemption | Manufacturer Br. at 23-24 (III.A) |
| | No failure to warn (Count 2) | Manufacturer Br. at 41-43 (V.B.2); Manufacturer Charts at 28 |
| | No design defect (Count 3) | Manufacturer Br. at 39-41 (V.B.1) |
| **Counts 4-5: Negligence** | Not adequately pleaded as to pharmacies | Pharmacy Br. at 19-24 (II.B.1, II.B.2) and Ex. B |
| | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
| | Innocent seller protections | Pharmacy Br. at 29-30 (III) and Ex. B; Wholesaler Br. at 5-7 (I.A) and related Chart 1 |
| | FDCA implied preemption (Count 5) | Manufacturer Br. at 17-27 (III.A) |
| | No negligence per se (Count 5) | Manufacturer Br. at 43-44 (V.C); Manufacturer Charts at 29-31 |
| **Count 6: Breach of Express Warranty** | No pharmacy warranties | Pharmacy Br. at 15-19 (II.A.2) and Ex. B |
| | Not basis of bargain | Pharmacy Br. at 15-19 (II.A.2) and Ex. B; Manufacturer Br. at 47-48 |

A1

| | | |
|---|---|---|
| | | (V.E.3.a); Manufacturer Charts at 39-41 |
| | No specific language | Pharmacy Br. at 15-19 (II.A.2) and Ex. B; Manufacturer Br. at 48 (V.E.3.b); Manufacturer Charts at 42 |
| | No guarantees | Manufacturer Br. at 49 (V.E.3.c) |
| | No pre-suit notice | Manufacturer Br. at 49 (V.E.4); Manufacturer Charts at 43-48 |
| | Lack of reliance | Wholesaler Br. at 20 (III.D.3) |
| | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
| | FDCA implied preemption | Manufacturer Br. at 24-26 (III.A.2) |
| | Innocent seller protections | Pharmacy Br. at 29-30 (III) and Ex. B; Wholesaler Br. at 5-7 (I.A) and related Chart 1 |
| **Count 7: Breach of Implied Warranty** | Pharmacies do not imply warranties. | Pharmacy Br. at 15-18 (II.A.2) and Ex. B |
| | FDCA implied preemption | Manufacturer Br. at 24-26 (III.A) |
| | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
| | Innocent seller protections | Pharmacy Br. at 29-30 (III) and Ex. B; Wholesaler Br. at 5-7 (I.A) and related Chart 1 |
| **Count 8: Fraud** | Inadequately pleaded | Pharmacy Br. at 24-25 (II.B.3); Manufacturer Br. at 35-38 (V.A); Manufacturer Charts at 22 |
| | FDCA implied preemption | Manufacturer Br. at 24-26 (III.A) |
| | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |

A2

| | | |
|---|---|---|
| **Count 9: Negligent Misrepresentation** | Inadequately pleaded | Pharmacy Br. at 24-25 (II.B.3); Manufacturer Br. at 35-38 (V.A); Manufacturer Charts at 22 |
| | FDCA implied preemption | Manufacturer Br. at 24-26 (III.A) |
| | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
| **Count 10: Breach of Consumer Protection Statutes** | Inadequately pleaded | Pharmacy Br. at 26-29 (II.B.4) |
| | FDCA implied preemption | Manufacturer Br. at 27 (III.A) |
| | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
| **Counts 11-13: Derivative Claims** | Claims are derivative and therefore barred to the extent underlying claim is barred | Manufacturer Br. at 54 (V.H.1) |
| **Count 14: Punitive Damages** | No allegations against pharmacies | Pharmacy Br. at 20-24, 28-29 |
| | Inadequately pleaded | Manufacturer Br. at 54-57 (V.H.2); Manufacturer Charts at 61-67 |

| Economic Loss Master Complaint, Dkt. 398 (an operative complaint) | | |
|---|---|---|
| **Count 1: Breach of Express Warranty** | No pharmacy warranties | Pharmacy Br. at 15-19 (II.A.2) and Ex. B |
| | Not basis of bargain | Pharmacy Br. at 15-19 (II.A.2) and Ex. B; Manufacturer Br. at 47-48 (V.E.3.a); Manufacturer Charts at 39-41 |
| | No specific language | Pharmacy Br. at 15-19 (II.A.2) and Ex. B; Manufacturer Br. at 48 (V.E.3.b); Manufacturer Charts at 42 |
| | No guarantees | Manufacturer Br. at 49 (V.E.3.c) |

A3

| | | |
|---|---|---|
| | No pre-suit notice | Manufacturer Br. at 49 (V.E.4); Manufacturer Charts at 43-48 |
| | Lack of reliance | Wholesaler Br. at 20 (III.D.3) |
| | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
| | FDCA implied preemption | Manufacturer Br. at 24-26 (III.A) |
| | Innocent seller protections | Pharmacy Br. at 29-30 (III) and Ex. B; Wholesaler Br. at 5-7 (I.A) and related Chart 1 |
| | Claims subsumed by product liability acts | Manufacturer Br. at 33-35 (IV.B); Manufacturer Charts at 16-19 |
| | No standing or injury-in-fact | Manufacturer Br. at 8-17 (II) |
| **Count 2: Not pleaded against pharmacies** | | |
| **Count 3: Breach of Implied Warranty** | Pharmacies do not imply warranties | Pharmacy Br. at 15-19 (II.A.2) and Ex. B |
| | FDCA implied preemption | Manufacturer Br. at 24-26 (III.A) |
| | Lack of injury or loss of functionality | Manufacturer Br. at 46-47 (V.E.2) |
| | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
| | Claims subsumed by product liability acts | Manufacturer Br. at 33-35 (IV.B); Manufacturer Charts at 16-19 |
| | No standing or injury-in-fact | Manufacturer Br. at 8-17 (II) |
| | Innocent seller protections | Pharmacy Br. at 29-30 (III) and Ex. B; Wholesaler Br. at 5-7 (I.A) and related Chart 1 |
| **Count 4: Not pleaded against pharmacies** | | |
| **Count 5: Magnuson-Moss Warranty Act** | No pharmacy warranties, express or implied | Pharmacy Br. at 15-19 (II.A.2) and Ex. B |
| | FDCA implied preemption | Manufacturer Br. at 24-26 (III.A) |

|  | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
|---|---|---|
|  | Claims subsumed by product liability acts | Manufacturer Br. at 33-35 (IV.B); Manufacturer Charts at 19-23 |
|  | No standing or injury-in-fact | Manufacturer Br. at 8-17 (II) |
|  | Innocent seller protections | Pharmacy Br. at 29-30 (III) and Ex. B; Wholesaler Br. at 5-7 (I.A) and related Chart 1 |
| **Count 6: Not pleaded against pharmacies** | | |
| **Count 7: Fraud** | Inadequately pleaded | Pharmacy Br. at 24-25 (II.B.3); Manufacturer Br. at 35-38 (V.A); Manufacturer Charts at 22 |
|  | FDCA implied preemption | Manufacturer Br. at 24-26 (III.A) |
|  | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
|  | Claims subsumed by product liability acts | Manufacturer Br. at 33-35 (IV.B); Manufacturer Charts at 16-19 |
|  | No standing or injury-in-fact | Manufacturer Br. at 8-17 (II) |
| **Count 8: Not pleaded against pharmacies** | | |
| **Count 9: Negligent Misrepresentation** | Inadequately pleaded | Pharmacy Br. at 24-25 (II.B.3); Manufacturer Br. at 35-38 (V.A); Manufacturer Charts at 22 |
|  | FDCA implied preemption | Manufacturer Br. at 24-26 (III.A) |
|  | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
|  | Claims subsumed by product liability acts | Manufacturer Br. at 33-35 (IV.B); Manufacturer Charts at 16-19 |
|  | No standing or injury-in-fact | Manufacturer Br. at 8-17 (II) |
| **Count 10: Not pleaded against pharmacies** | | |
| **Count 11:** | Inadequately pleaded | Pharmacy Br. at 26-29 (II.B.4) |

| | | |
|---|---|---|
| **Breach of Consumer Protection Statutes** | FDCA implied preemption | Manufacturer Br. at 27 (III.A) |
| | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
| | Claims subsumed by product liability acts | Manufacturer Br. at 33-35 (IV.B); Manufacturer Charts at 16-19 |
| | No standing or injury-in-fact | Manufacturer Br. at 8-17 (II) |
| **Count 12: Not pleaded against pharmacies** | | |
| **Count 13: Unjust Enrichment** | Inadequately pleaded | Pharmacy Br. at 26-29 (II.B.4); Wholesaler Br. at 14-17 (III.A, III.B); Manufacturer Br. at 50-53 (V.F); Manufacturer Charts at 50-51 |
| | Adequate remedy at law | Manufacturer Br. at 51-53 (V.F), Manufacturer Charts at 50-56 |
| | Contract between Plaintiffs and Pharmacies precludes unjust enrichment | Pharmacy Br. at 26 (II.B.4) and Ex. C |
| | No conscious wrongdoing | Pharmacy Br. at 27-28 (II.B.4); Wholesaler Br. at 14-16, 17-18 (III.A, III.C) |
| | Failure of renumeration | Wholesaler Br. at 14-16 (III.A) |
| | FDCA implied preemption | Manufacturer Br. at 24-26 (III.A) |
| | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
| | Claims subsumed by product liability acts | Manufacturer Br. at 33-35 (IV.B); Manufacturer Charts at 16-19 |
| | No standing or injury-in-fact | Manufacturer Br. at 8-17 (II) |
| **Count 14: Not pleaded against pharmacies** | | |

A6

| **Count 15: Negligence** | Not adequately pleaded as to pharmacies | Pharmacy Br. at 19-24 (II.B.1, II.B.2) and Ex. B |
|---|---|---|
| | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
| | Innocent seller protections | Pharmacy Br. at 29-30 (III) and Ex. B; Wholesaler Br. at 5-7 (I.A) and related Chart 1 |
| | FDCA implied preemption | Manufacturer Br. at 17-27 (III.A) |
| | Claims subsumed by product liability acts | Manufacturer Br. at 33-35 (IV.B); Manufacturer Charts at 16-19 |
| | No standing or injury-in-fact | Manufacturer Br. at 8-17 (II) |
| **Count 16: Not pleaded against pharmacies** | | |
| **Count 17: Negligence *Per Se*** | Not adequately pleaded as to pharmacies | Pharmacy Br. at 19-24 (II.B.1, II.B.2) and Ex. B |
| | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
| | Innocent seller protections | Pharmacy Br. at 29-30 (III) and Ex. B; Wholesaler Br. at 5-7 (I.A) and related Chart 1 |
| | FDCA implied preemption | Manufacturer Br. at 17-27 (III.A) |
| | No negligence per se | Manufacturer Br. at 43-44 (V.C); Manufacturer Charts at 29-31 |
| | Claims subsumed by product liability acts | Manufacturer Br. at 33-35 (IV.B); Manufacturer Charts at 16-19 |
| | No standing or injury-in-fact | Manufacturer Br. at 8-17 (II) |

| **Medical Monitoring Master Complaint, Dkt. 123** <br> **(an operative complaint)** | | |
|---|---|---|
| **Counts 1-2: Negligence** | Not adequately pleaded as to pharmacies | Pharmacy Br. at 19-24 (II.B.1, II.B.2) and Ex. B |
| | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |

A7

| | | |
|---|---|---|
| | Innocent seller protections | Pharmacy Br. at 29-30 (III) and Ex. B; Wholesaler Br. at 5-7 (I.A) and related Chart 1 |
| | FDCA implied preemption | Manufacturer Br. at 17-27 (III.A) |
| | No negligence per se (Count 2) | Manufacturer Br. at 43-44 (V.C); Manufacturer Charts at 29-31 |
| | No standing or traceability | Manufacturer Br. at 15-16 (II.B, II.C) |
| **Count 3: Medical Monitoring** | Not recognized as a remedy or independent cause of action | Manufacturer Br. at 53-54 (V.G); Manufacturer Charts at 57-59 |
| **Count 4: Strict Liability** | No pharmacy strict liability | Pharmacy Br. at 10-14 (II.A.1) and Ex. B |
| | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
| | Innocent seller protections | Pharmacy Br. at 29-30 (III) and Ex. B; Wholesaler Br. at 5-7 (I.A) and related Chart 1 |
| | FDCA implied preemption | Manufacturer Br. at 23-24 (III.A) |
| | No standing or traceability | Manufacturer Br. at 15-17 (II.B, II.C) |
| **Count 5: Failure to Warn** | No pharmacy strict liability | Pharmacy Br. at 10-14 (II.A.1) and Ex. B |
| | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
| | Innocent seller protections | Pharmacy Br. at 29-30 (III) and Ex. B; Wholesaler Br. at 5-7 (I.A) and related Chart 1 |
| | FDCA implied preemption | Manufacturer Br. at 23-24 (III.A) |
| | No standing or traceability | Manufacturer Br. at 15-17 (II.B, II.C) |
| **Count 6: Magnusson-Moss Warranty Act** | No pharmacy warranties, express or implied | Pharmacy Br. at 15-19 (II.A.2) and Ex. B |
| | FDCA implied preemption | Manufacturer Br. at 24-26 (III.A) |

| | | |
|---|---|---|
| | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
| | No standing or traceability | Manufacturer Br. at 15-17 (II.B, II.C) |
| | Innocent seller protections | Pharmacy Br. at 29-30 (III) and Ex. B; Wholesaler Br. at 5-7 (I.A) and related Chart 1 |
| **Count 7: Breach of Implied Warranty** | Pharmacies do not imply warranties. | Pharmacy Br. at 15-18 (II.A.2) and Ex. B |
| | FDCA implied preemption | Manufacturer Br. at 24-26 (III.A) |
| | Lack of injury or loss of functionality | Manufacturer Br. at 46-47 (V.E.2) |
| | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
| | No standing or traceability | Manufacturer Br. at 15-17 (II.B, II.C) |
| | Innocent seller protections | Pharmacy Br. at 29-30 (III) and Ex. B; Wholesaler Br. at 5-7 (I.A) and related Chart 1 |
| **Count 8: Breach of Express Warranty** | No pharmacy warranties | Pharmacy Br. at 15-19 (II.A.2) and Ex. B |
| | Not basis of bargain | Pharmacy Br. at 15-19 (II.A.2) and Ex. B; Manufacturer Br. at 47-48 (V.E.3.a); Manufacturer Charts at 39-41 |
| | No specific language | Pharmacy Br. at 15-19 (II.A.2) and Ex. B; Manufacturer Br. at 48 (V.E.3.b); Manufacturer Charts at 42 |
| | No guarantees | Manufacturer Br. at 49 (V.E.3.c) |
| | No pre-suit notice | Manufacturer Br. at 49 (V.E.4); Manufacturer Charts at 43-48 |
| | Lack of reliance | Wholesaler Br. at 20 (III.C.3) |

|  |  |  |
|---|---|---|
|  | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
|  | FDCA implied preemption | Manufacturer Br. at 24-26 (III.A) |
|  | Innocent seller protections | Pharmacy Br. at 29-30 (III) and Ex. B; Wholesaler Br. at 5-7 (I.A) and related Chart 1 |
|  | No standing or traceability | Manufacturer Br. at 15-17 (II.B, II.C) |
| **Count 9: Fraud** | Inadequately pleaded | Pharmacy Br. at 24-25 (II.B.3); Manufacturer Br. at 35-38 (V.A); Manufacturer Charts at 22 |
|  | FDCA implied preemption | Manufacturer Br. at 24-26 (III.A) |
|  | Drug Security Act preemption | Pharmacy Br. at 5-10 (I) |
|  | No standing or traceability | Manufacturer Br. at 15-17 (II.B, II.C) |