# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge<br><br>**ORDER GRANTING PHARMACY DEFENDANTS' MOTION TO DISMISS** |

**THIS MATTER** having come before the Court upon Pharmacy Defendants' Motion to Dismiss, on notice to liaison counsel for Plaintiffs, and the Court having reviewed the submissions of the parties, any replies thereto, and having heard argument, and for good cause appearing:

It is, on this _____ day of _____ 2020,

**ORDERED AND ADJUDGED** that the Pharmacy Defendants' Motion to Dismiss the Complaints is **GRANTED IN FULL**.

**IT IS FURTHER ORDERED** that the Master Personal Injury Complaint, ECF No. 122, Consolidated Second Amended Economic Class Action Complaint, ECF No. 398, and Consolidated Amended Medical Monitoring Class Action Complaint, ECF No. 123, are hereby **DISMISSED** as to all Pharmacy Defendants.

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on all counsel of record within ____ days of Defendants' liaison counsel's receipt of this Order.

Dated:_____

_____
Hon. Robert B. Kugler, U.S.D.J.

Motion Opposed _____
Motion Unopposed _____