**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |
| **This Document Relates to All Actions** | **CERTIFICATION OF SARAH E. JOHNSTON** |

SARAH E. JOHNSTON, being of full age, certifies as follows:

1. I am a Partner at Barnes & Thornburg LLP, attorneys for Defendant CVS Pharmacy, Inc. (incorrectly named as CVS Health Corporation). I make this Certification based on personal knowledge and in support of the Pharmacy Defendants' Motion to Dismiss.

2. Filed herewith are the following Exhibits:

- Exhibit A: a chart prepared by counsel for the Pharmacy Defendants entitled "Claim-by-Claim Argument Reference Chart";
- Exhibit B: a chart prepared by counsel for the Pharmacy Defendants entitled "Pharmacy-Specific State-by-State Summary Chart";
- Exhibit C: a chart prepared by counsel for the Pharmacy Defendants entitled "Unjust Enrichment Claims Fail When There is An Adequate Remedy at Law Through Contract";
- Exhibit D: True and accurate copies of websites referenced in the Pharmacy Defendants' Memorandum of Law;

- Exhibit E: True and accurate copies of unpublished judicial opinions referenced in the Pharmacy Defendants' Memorandum of Law; and

- Exhibit F: True and accurate copies of unpublished judicial opinions referenced in Exhibits B and C to the Pharmacy Defendants' Memorandum of Law.

3. A Table of Authorities for the cases and statutes cited in Exhibits B and C is provided after my signature block below.

4. I further certify that on this 17th day of July, 2020, I caused the foregoing Certification, and the exhibits referenced therein, to be filed electronically through the CM/ECF system, which will send notice of filing to all CM/ECF participants.

Dated: July 17, 2020

Respectfully submitted,

/s/ *Sarah E. Johnston*

Sarah E. Johnston
Kara Kapke
Kristen L. Richer
BARNES & THORNBURG LLP
2029 Century Park East
Suite 300
Los Angeles, CA 90067
(310) 284-3798
(310) 284-3894

*Counsel for CVS Pharmacy, Inc.*
(incorrectly named as CVS Health Corporation)

**TABLE OF AUTHORITIES REFERENCED IN EXHIBITS B AND C**

**Cases** **Page(s)**

*Abrams v. Bute*,
27 N.Y.S.3d 58 (App. Div. 2016) .......... B16

*Adkins v. Mong*,
425 N.W.2d 151 (Mich. Ct. App. 1988) .......... B12

*Allberry v. Parkmor Drug, Inc.*,
834 N.E.2d 199 (Ind. Ct. App. 2005) .......... B8

*Altieri v. CVS Pharm.*,
No. X06CV020171626S, 2002 WL 31898323 (Conn. Super. Ct. Dec. 13, 2002) .......... B4

*Am. Furniture Co. of Denver v. Veazie*,
281 P.2d 803 (Colo. 1955) .......... B3

*Ambriz v. CVS Pharmacy, Inc.*,
No. 1:19-cv-01391, 2020 WL 1660018 (E.D. Cal. Apr. 3, 2020) .......... B3

*Aranda v. Walgreen Co.*,
No. 12-cv-337, 2012 WL 1884737 (S.D. Ill. May 23, 2012) .......... B7

*In re Asbestos Litig.*,
C.A. No. 04C-07-099, 2007 WL 4571196 (Del. Super. Ct. 2007) .......... B5

*Ashworth v. Albers Med., Inc.*,
395 F. Supp. 2d 395 (S.D. W. Va. 2005) .......... B23

*Estate of Baker v. Univ. of Vt.*,
No. 233-10-03, 2005 WL 6280644 (Vt. Super. May 4, 2005) .......... B21

*Batiste v. Am. Home Prods. Corp.*,
231 S.E.2d 269 (N.C. Ct. App. 1977) .......... B16

*In re Baycol Prods. Litig.*,
No. 1431, Civ. 03-4954, 2004 WL 1118642 (D. Minn. May 17, 2004) .......... B13

*Baymiller v. Ranbaxy Pharms. Inc.*,
No. 3:11-cv-858, 2012 WL 2727874 (D. Nev. July 9, 2012)..........................B14

*Bickler v. Willing*,
397 N.Y.S.2d 57 (App. Div. 1977)...............................................................B16

*Birmingham v. Fodor's Travel Publ'ns, Inc.*,
833 P.2d 70 (Haw. 1992)..............................................................................B6

*Block v. Toyota Motor Corp.*,
665 F.3d 944 (8th Cir. 2011) .......................................................................B12

*Bobay v. Walgreen Co.*,
No. 1:07-CV-119, 2009 WL 1940727 (N.D. Ind. June 30, 2009).....................B8

*Bornsen v. Pragotrade, LLC*,
804 N.W.2d (N.D. 2011) ...............................................................................B17

*Brandenburger v. Toyota Motor Sales, U.S.A., Inc.*,
513 P.2d 268 (Mont. 1973)...........................................................................B13

*Brock v. Simpson*,
120 S.E.2d 885 (Ga. Ct. App. 1961)..............................................................B6

*Bullock v. Daimler Trucks N. Am., LLC*,
No. 08–cv–00491, 2010 WL 1380724 (D. Colo. Mar. 30, 2010) .....................B3

*Burnett v. Covell*,
191 P.3d 985 (Alaska 2008) ..........................................................................B2

*Carrozza v. CVS Pharmacy*,
391 F. Supp. 3d 136 (D. Mass. 2019)...........................................................B11

*Chamblin v. K-Mart Corp.*,
612 S.E.2d 25 (Ga. Ct. App. 2005)...............................................................B6

*Cline v. Prowler Industries of Maryland, Inc.*,
418 A.2d 968 (Del. 1980).............................................................................B5

*Continental Ins. v. Page Eng'g Co.*,
783 P.2d 641 (Wyo. 1989)............................................................................B24

*Cottam v. CVS Pharmacy*,
764 N.E.2d 814 (Mass. 2002) ........................................................................ B11

*Coyle v. Richardson-Merrell, Inc.*,
526 Pa. 208 (1991) .................................................................................... B18

*Dakota, Mo. Valley & W. R.R. v. JMA Rail Prods. Co.*,
No. A3-00-171, 2006 WL 2349976 (D.N.D. 2006) ........................................ B17

*Daniels v. Keffee Food Co.*,
No. CV 16-659, 2018 WL 4217066 (D. Del. Sept. 5, 2018) ............................. B5

*Deed v. Walgreen Co.*,
927 A.2d 1001 (Conn. Super. Ct. 2007) ......................................................... B4

*In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Prods. Liab. Litig.*,
Nos. MDL 1203, Civ. A. 99-20186, 2000 WL 1886594 (E.D. Pa. Dec. 7, 2000) ........................................................................................... B9

*In re Diet Drugs Prods. Liab. Litig.*,
220 F. Supp.2d 414 (E.D. Pa. 2002) ............................................................ B13

*Docken v. Ciba-Geigy*,
790 P.2d 45 (Ore. Ct. App. 1990) ................................................................. B18

*Duckett v. SCP 2006-C23-202, LLC*,
225 F. Supp. 3d 432 (D.S.C. 2015) .............................................................. B19

*Ealy v. Richardson-Merrell, Inc.*,
No. 83–3504, 1987 WL 159970 (D.D.C. Jan. 12, 1987) .................................. B4

*Erickson v. Monarch Indus. Inc.*,
347 N.W.2d 99 (Neb. 1984) ........................................................................ B14

*Evans v. NACCO Materials Handling Grp., Inc.*,
810 S.E.2d 462 (Va. 2018) ........................................................................... B22

*Feldman v. Lederle Labs.*,
479 A.2d 374 (N.J. 1984) ............................................................................ B15

*Flint v. Target Corp.*,
No. 3:07CV-00600, 2009 WL 87469 (W.D. Ky. Jan. 13, 2009) ...................... B9

*Freeman v. Hoffman-La Roche, Inc.*,
618 N.W.2d 827 (Neb. 2000) .......... B14

*Garcia v. Nissan Motor Co.*,
No. Civ. A. M-05-059, 2006 WL 869944 (S.D. Tex. Mar. 30, 2006) .......... B21

*Gardner v. Aloha Ins. Servs.*,
No. 2:11–CV–3450, 2013 WL 839884 (N.D. Ala. Mar. 4, 2013) .......... B1

*Garza v. Endo Pharm.*,
No. CV 12–1585, 2012 WL 5267897 (C.D. Cal. Oct. 24, 2012) .......... B3

*Gorath v. Rockwell Intern., Inc.*,
441 N.W. 2d 128 (Minn. Ct. App. 1989) .......... B12

*Gressman v. Peoples Serv. Drug Stores*,
9 U.C.C. Rep. Serv. 2d 842 (Va. Cir. 1988) .......... B22

*Grimmer v. Schmitz*,
No. 84 C. 3544, 1985 WL 3031 (N.D. Ill. Oct. 3, 1985) .......... B7

*Hale v. Bayer Corp.*,
No. 15-cv-00745, 2015 WL 5474298 (S.D. Ill. Sept. 16, 2015) .......... B7

*Harrell v. Wyeth-Ayerst Labs.*,
No. Civ.A. 98–1194, 1999 WL 33548540 (S.D. Ala. Feb. 1, 1999) .......... B1

*Hawks v. EPI Products USA, Inc.*,
923 P.2d 988 (Idaho 1996) .......... B7

*Heaton v. Mathes*,
No. E2019-00493-COA-R9-CV, 2020 WL 1652571 (Tenn. Ct. App. Apr. 3, 2020) .......... B20

*Heredia v. Johnson*,
827 F. Supp. 1522 (D. Nev. 1993) .......... B14

*Herzog v. Arthrocare Corp.*,
No. Civ. 02-76-P-C, 2003 WL 1785795 (D. Me. Mar. 21, 2003) .......... B10

*Holifield v. City Salvage, Inc.*,
230 So. 3d 736 (Miss. Ct. App. 2017) .......... B13

*Holtshouser v. United States*,
No. CV 11-114, 2013 WL 1855775 (D. Mont. May 1, 2013)........................B13

*Horner v. Spalitto*,
1 S.W.3d 519 (Mo. Ct. App. 1999) .............................................................B13

*Indus. Risk Insurers v. Creole Prod. Servs., Inc.*,
568 F. Supp. 1323 (D. Alaska 1983) ............................................................B2

*Ingram v. Hook's Drugs, Inc.*,
476 N.E.2d 881 (Ind. Ct. App. 1985) ...........................................................B8

*Isham v. Padi Worldwide Corp.*,
Nos. 06-00382, 06-00386, 2007 WL 2460776 (D. Haw. Aug. 23, 2007) ...........................................................................................B6

*Johnson v. Walgreen Co.*,
675 So.2d 1036 (Fla. 1st DCA 1996) ...........................................................B5

*Jones v. Irvin*,
602 F. Supp. 399 (S.D. Ill. 1985)....................................................................B7

*Keffer v. Lorenz*,
No. 2012 CA 1563 M, 2012 WL 2951228 (D.C. Super. July 5, 2012) ...........................................................................................B4

*Kennedy v. Guess, Inc.*,
806 N.E.2d 776 (Ind. 2004) ..........................................................................B8

*Kerns v. Hoppe*,
No. 55615, 2012 WL 991651 (D. Nev. Mar. 21, 2012) ................................B14

*Kintigh v. Abbott Pharmacy*,
503 N.W.2d 657 (Mich. Ct. App. 1993)......................................................B12

*Klasch v. Walgreen Co.*,
264 P.3d 1155 (Nev. 2011)........................................................... B13, B14

*Kohl v. Am. Home Prods. Corp.*,
78 F. Supp. 2d 885 (W.D. Ark. 1999) ...........................................................B3

*Kowalski v. Rose Drugs of Dardanelle, Inc.*,
378 S.W.3d 109 (Ark. 2011) ........................................................................B3

*Levis v. Zapolitz*,
178 A.2d 44 (N.J. Super. Ct. App. Div. 1962) .............................................. B15

*A.L. ex rel. Limkemann v. Jake's Fireworks, Inc.*,
No. 3:18-cv-00028, 2020 WL 3399912 (S.D. Iowa Apr. 2, 2020) .................. B8

*Long v. Tokai Bank of Cal.*,
682 N.E.2d 1052 (Ohio Ct. App. 1996)......................................................... B17

*Luke v. Family Care & Urgent Med. Clinics*,
246 F. App'x 421 (9th Cir. 2007) ................................................................. B22

*Madison v. Am. Home Prods. Corp.*,
595 S.E.2d 493 (S.C. 2004) ......................................................................... B19

*Magrine v. Krasnica*,
227 A.2d 539 (N.J. Cty. Ct 1967), *aff'd*, 241 A.2d 637 (N.J. Sup. Ct. App. Div. 1968), *aff'd per curiam*, 250 A.2d 129 (N.J. 1969).................. B15

*Maloney v. Badman*,
938 A.2d 883 (2007)...................................................................................... B15

*Marchant v. Mitchell Distributing Co.*,
240 S.E.2d 511 (S.C. 1977) ......................................................................... B19

*Mavilia v. Stoeger Indus.*,
574 F.Supp. 107 (D. Mass. 1983) ................................................................. B11

*MCC Millwork Inc. v. Slocum Adhesives Corp.*,
No. 290, 2017 WL 3276370 (Md. Ct. Spec.App. Aug. 2, 2017) .................... B11

*McKee v. Am. Home Prods., Corp.*,
782 P.2d 1045 (Wash. 1989) ........................................................................ B22

*McKenna v. Harrison Mem'l Hosp.*,
960 P.2d 486 (Wash. Ct. App. 1998)............................................................ B22

*McLeod v. W. S. Merrell Co.*,
174 So. 2d 736 (Fla. 1965) ........................................................................... B5

*Merfeld v. Domestic Corp.*,
306 F. Supp. 3d 1070 (N.D. Iowa 2018), *aff'd*, 940 F.3d 1017 (8th Cir. 2019) ................................................................................................... B8

*Mills v. Bristol-Myers Squibb Co.*,
No. CV 11–00968, 2011 WL 4708850 (D. Ariz. Oct. 7, 2011) ........................ B2

*Moore v. Mem'l Hosp. of Gulfport*,
825 So.2d 658 (Miss. 2002) ........................ B13

*Morgan v. Wal-Mart Stores, Inc.*,
30 S.W.3d 455 (Tex. Ct. App. 2000) ........................ B21

*Mott's Inc. of Miss. v. Coco's Family Rest.*,
762 P.2d 637 (Ariz. Ct. App. 1988) ........................ B2

*Mugavero v. A-1 Auto Sales, Inc.*,
944 P.2d 151 (Idaho Ct. App. 1997) ........................ B7

*Murphy v. E.R. Squibb & Sons, Inc.*,
710 P.2d 247 (Cal. 1985) ........................ B3

*Nev. State Bd. of Pharmacy v. Garrigus*,
496 P.2d 748 (Nev. 1972) ........................ B14

*In re New England Compounding Pharmacy, Inc. Prods. Liab. Litig.*,
No. 13-02419, 2016 WL 11045600 (D. Mass. Feb. 29, 2016) ........................ B20

*Nichols v. Central Merch., Inc.*,
817 P.2d 1131 (Kan. Ct. App. 1991) ........................ B9

*Ogle v. Caterpillar Tractor Co.*,
716 P.2d 334 (Wyo. 1986) ........................ B24

*Orr v. Wyeth-Ayerst Labs.*,
No. CV-98-3000, 1999 WL 33548162 (Ala. Cir. Ct. Aug. 2, 1999) ........................ B1

*Oshima v. Kia Motors Corp.*,
No. 11–cv–03349, 2012 WL 1578397 (D. Colo. May 4, 2012) ........................ B3

*Paracelsus Healthcare Corp. v. Philips Elecs. N. Am. & Diagnostic Med. Sys.*,
No. A3-00-171, 2001 WL 627428 (D.N.D. May 7, 2001) ........................ B17

*People's Serv. Drug Stores v. Somerville*,
158 A. 12 (Md. 1932) ........................ B11

*Peterson v. Safway Steel Scaffolds Co.*,
400 N.W.2d 909 (S.D. 1987) .......... B20

*Presto v. Sandoz Pharms. Corp.*,
487 S.E.2d 70 (Ga. Ct. App. 1997) .......... B6

*Ramirez v. Richardson-Merrell, Inc.*,
628 F. Supp. 85 (E.D. Pa. 1986) .......... B18

*Ramsey v. Del Monte Corp.*,
458 N.E.2d 455 (Ohio Ct. App. 1983) .......... B17

*Raynor v. Richardson-Merrell, Inc.*,
643 F.Supp. 238 (D.D.C. 1986) .......... B4

*Reed v. Sears Roebuck & Co.*,
934 F. Supp. 713 (D. Md. 1996) .......... B11

*In re Reinforced Earth Co.*,
889 F. Supp. 530 (D.P.R. 1995) .......... B19

*In re Rezulin Prods. Liab. Litig.*,
133 F.Supp.2d 272 (S.D.N.Y. 2001) .......... B13

*Rite-Aid Corp. v. Levy-Gray*,
894 A.2d 563 (Md. 2006) .......... B11

*Robinson v. Williamson*,
537 S.E.2d 159 (Ga. Ct. App. 2000) .......... B6

*Rostvet v. Lock City Transp. Co.*,
No. 2:11-cv-21, 2013 WL 11941563 (D.N.D. Nov. 7, 2013) .......... B17

*Royer v. Catholic Med. Ctr.*,
741 A.2d 74 (1999) .......... B15

*Ruiz v. S. Pac. Transp. Co.*,
638 P.2d 406 (N.M. Ct. App. 1981) .......... B16

*Salisbury v. Purdue Pharma, L.P.*,
166 F. Supp. 2d 546 (E.D. Ky. 2001) .......... B9

*Sanchez v. Wal-Mart Stores, Inc.*,
221 P.3d 1276 (Nev. 2009) ........................................................................ B14

*Sanks v. Parke-Davis*,
No. 00–S–1122–E, 2000 WL 33910097 (M.D. Ala. Oct. 30, 2000)................. B1

*Schneider Nat'l, Inc. v. Holland Hitch Co.*,
843 P.2d 561 (Wyo. 1992)........................................................................ B24

*Shaerrer v. Stewart's Plaza Pharmacy, Inc.*,
79 P.3d 922 (Utah 2003)........................................................................ B21

*Shelton v. Young's Welding & Mach. Shop, LLC*,
No. 8:14CV165, 2015 WL 247834 (D. Neb. Jan. 20, 2015)........................... B14

*Siciliano v. Capitol City Shows, Inc.*,
475 A.2d 19 (N.H. 1984) ........................................................................ B15

*Simmons v. Richardson Variety Stores*,
137 A. 2d 747 (Del. Super. Ct. 1957)........................................................ B5

*Smith v. Wyeth Inc.*,
488 F. Supp. 2d 625 (W.D. Ky. 2007)........................................................ B9

*Sparks v. Kroger Co.*,
407 S.E.2d 105 (Ga. Ct. App. 1991).......................................................... B6

*St. Clare Hospital v. Schmidt, Garden, Erickson, Inc.*,
437 N.W.2d 228 (Wis. Ct. App. 1989)........................................................ B23

*Strong v. Merck & Co*,
No. CV 2005-053195, 2009 WL 7233281 (Ariz. Super. Nov. 09,
2009) ........................................................................................................ B2

*Thomas v. Wyeth*,
No. Civ. A. 5:05-0094, 2005 WL 3754203 (S.D. W. Va. June 16,
2005) ........................................................................................................ B23

*Thompson v. Hirano Tecseed Co., Ltd.*,
456 F.3d 805 (8th Cir. 2006) .................................................................... B12

*Thompson v. Potter*,
268 P.3d 57 (N.M. Ct. App. 2011) ............................................................ B16

*Torpey v. Red Owl Stores*,
228 F.2d 117 (8th Cir. 1955) .......... B12

*Ullman v. Grant*,
450 N.Y.S.2d 955 (Sup. Ct. 1982).......... B16

*Urbaniak v. Am. Drug Stores LLC*,
126 N.E.3d 561 (Ill. App. Ct. 2019) .......... B7

*Van Dyke v. United States*,
388 F. App'x 786 (10th Cir. 2010) .......... B24

*Walker v. Jack Eckerd Corp.*,
434 S.E.2d 63 (Ga. Ct. App. 1993).......... B6

*Weigle v. SPX Corp.*,
729 F.3d 724 (7th Cir. 2013) .......... B8

*White v. Mylan, Inc.*,
No. CIV-12-402-D, 2012 WL 6726593 (W.D. Okla. Dec. 27, 2012) .......... B18

*White v. SmithKline Beecham Corp.*,
538 F. Supp. 2d 1023 (W.D. Mich. 2008) .......... B12

*Winters v. Alza Corp.*,
690 F. Supp. 2d 350 (S.D.N.Y. 2010) .......... B16

*In re Yasmin & Yaz (Drospirenone) Mktg., Sales Practices & Prod. Liab. Litig.*,
692 F. Supp. 2d 1012 (S.D. Ill. 2010).......... B7

*In re Yasmin & Yaz (Drospirenone) Mktg., Sales Practices & Prods. Liab. Litig.*,
No. 3:11–cv–20153, 2012 WL 1831789 (S.D. Ill. May 18, 2012) .......... B1

*Zehner v. Nordskog Indus., Inc.*,
No. 92-2508, 1992 WL 233984 (E.D. La. Sept. 2, 1992) .......... B10

*Blue Frog Mobile NV Inc. v. Navicomm LLC*,
No. 1:06-CV-1215, 2007 WL 3334793 (S.D. Ind. Nov. 8, 2007).......... C1

*CGI Fed. Inc. v. FCI Fed., Inc.*,
814 S.E.2d 183 (Va. 2018) .......... C3

*Downey v. Adloox Inc.*,
238 F. Supp. 3d 514 (S.D.N.Y. 2017) .......... C2

*Ice Corp. v. Hamilton Sundstrand, Inc.*,
444 F. Supp. 2d 1165 (D. Kan. 2006) .......... C2

*Multiplan, Inc. v. Holland*,
No. 1:14CV315, 2016 WL 3983669 (S.D. Miss. July 25, 2016) .......... C2

*Resnick v. Hyundai Motor Am. Inc.*,
No. CV 16–00593, 2017 WL 1531192 (C.D. Cal. Apr. 13, 2017) ......C1, C2, C3

*Richard Parks Corrosion Tech., Inc. v. Plas-Pak Indus., Inc.*,
No. 3:10-cv-437, 2015 WL 5708539 (D. Conn. Sept. 29, 2015) .......... C1

*Sheinman Provisions, Inc. v. Nat'l Deli, LLC*,
No. 08-cv-453, 2008 WL 2758029 (E.D. Pa. July 15, 2008) .......... C3

*Steadfast Ins. Co. v. Legacy Safety & Consulting, LLC*,
CV 15-00218, 2015 WL 12803775 (D.N.M. June 25, 2015) .......... C2

*Van Orman v. Am. Ins. Co.*,
680 F.2d 301 (3d Cir. 1982) .......... C2

*Wuliger v. Mfrs. Life Ins. Co. (USA)*,
567 F.3d 787 (6th Cir. 2009) .......... C3

**Statutes**

Ala. Code § 6-5-521(b) .......... B1

Cal. Civ. Pro. § 364 .......... B3

C.R.S. § 13-21-402 .......... B3

Del. Code Ann. § 7001 .......... B5

Idaho Code, § 6-1407 .......... B7

Ill. Comp. Stat. 5/2-621(a) .......... B7

Ind. Code §34-20-2-1 .......... B8

Ind. Code § 34-20-2-2 .......... B8

Iowa Code § 613.18(1)(a) .......... B8

Kan. Stat. Ann. § 60-3306 .......... B9

Ky. Rev. Stat. §411.340 .......... B9

Md. Code Ann., Cts. & Jud. Proc. §5-405 .......... B11

Mich. Comp. Laws § 600.2945(i) .......... B12

Minn. Stat. § 544.41 .......... B12

Miss. Code Ann. § 11-1-63(h) .......... B13

Mo. Rev. Stat. § 338.010 .......... B13

Mo. Rev. Stat. § 537.762 .......... B13

N.C. Gen. Stat. §§ 99B-1.1 .......... B16

N.C. Gen. Stat. § 99B-2 .......... B16

N.D. Cent. Code § 28-01.3-04(2) .......... B17

N.J. Stat. § 2A:58C-9 .......... B15

N.J. Stat. § 2A:58C-1(b)(3) .......... B15

Neb. Rev. Stat. § 25-21,181 .......... B14

OCGA § 9-11-9.1 .......... B6

Ohio Rev. Code Ann. 2307.78 .......... B17

Ore. Rev. Stat. 30.920(3) .......... B18

S.C. Code Ann. § 15-79-125 .......... B19

Tenn. Code Ann. 29-26-101 .......... B20

Tenn. Code Ann. 29-26-101(a)(5)(b) .......... B20

Tenn. Code Ann. 29-26-121 .......... B20

Tex. Civ. Prac. & Rem. Code § 82.003 .......... B21

W.Va. Code § 30-5-12 .......... B23

W.Va. Code § 30-5-21 .......... B23

Wash. Rev. Code § 7.72.010(1)(e) .......... B22

Wis. Stat. § 895.047(2)(a) .......... B23

**Other Authorities**

Restatement (Second) of Torts § 402A .......... B18