

38TH FLOOR   ONE OXFORD CENTRE   PITTSBURGH, PA 15219<br>
412.263.2000   FAX: 412.263.2001<br>
WWW.PIETRAGALLO.COM

DIRECT DIAL NO.: 412.263.1816<br>
DIRECT FAX NO: 412.263.4246<br>
FILE NO.: MYLAN-112578<br>
EMAIL: cct@pietragallo.com

July 24, 2020

**Via ECF**

The Honorable Joel Schneider
United States Magistrate Judge
USDC, DISTRICT OF NEW JERSEY
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      Re:    *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*
             USDC, District of New Jersey, No. 1:19-md-2875-RBK-JS

Dear Judge Schneider:

      As confirmed on the record during the July 15, 2020 Case Management Conference, Mylan intends to use a continuous multi-modal learning ("CMML") platform to assist with the review and production of Mylan's electronically stored information ("ESI"). At this stage of its custodial ESI review, Mylan will not be limiting the pool of documents to be reviewed based on CMML. Nevertheless, to the extent that the CMML platform ultimately identifies a set of documents that are unlikely to be responsive, Mylan reserves its right to meet-and-confer with Plaintiffs in order to limit the manual review of such documents. Plaintiffs may at that time elect to have Mylan continue the review at Plaintiffs' sole expense.

      Mylan recognizes that not all Defendants' data is the same. As a result, a one-size-fits-all approach to the use of analytics may not be feasible. Accordingly, Mylan is willing to work with Plaintiffs and the Court to craft an approach that is both reasonable and appropriate based upon Mylan's circumstances.

Respectfully submitted,

*Clem C. Trischler*

Clem C. Trischler

c:     All Counsel of Record (via ECF service)