# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler<br>Hon. Joel Schneider<br><br>**FINISHED DOSE MANUFACTURER DEFENDANTS' FACT SHEET** |

In accordance with Case Management Order No. ___, within 60 days of completion of a Defendants' Fact Sheet by all Distributor, Repackager, Relabeler, and Wholesaler Defendants, each finished dose manufacturer Defendant ("Finished Dose Manufacturer Defendant") identified in the applicable Plaintiff Fact Sheet ("PFS") must complete and serve this Defendant Fact Sheet ("DFS") on each Plaintiff's counsel identified in the PFS and on the Plaintiffs' Executive Committee through MDL Centrality. Further, no Defendant will be required to serve a DFS until Plaintiff supplies a substantially completed and verified PFS which must provide all of the information requested in section one of the PFS , including but not limited to copies of prescription and/or pharmacy records demonstrating use of a Valsartan-containing drug, and for personal injury Plaintiffs, including a signed HIPAA authorization form and medical records and/or a certification under oath demonstrating that he or she has been diagnosed with the injury claimed in the PFS.

Each response must provide the substantive information requested to the extent the information is reasonably accessible to the responding Defendant as maintained in the ordinary course of business, or, if applicable, the responding Defendant may produce or cite to produced documents or business records by Bates number in accordance with Federal Rule of Civil Procedure 33(d).

In filling out this form, Defendants must respond on the basis of information and/or documents that are reasonably available to the Defendant and use the following definitions:

**"AFFECTED DRUGS":** The Valsartan-containing drugs identified in the PFS and confirmed by attached pharmacy records, to the extent lot, batch, NDC codes or other identifiers allow confirmation of drug source. If a Finished Dose Manufacturer Defendant cannot conclude that they manufactured the Valsartan-containing drug, they shall so state herein.

**"AFFECTED API":** The Valsartan API for any Affected Drug(s).

**"DOCUMENTS":** "Documents" as used in this request is coextensive with the meaning of the terms "documents," "electronically stored information" and "tangible things" as used in the Federal Rules of Civil Procedure, and shall have the broadest possible meaning and interpretation ascribed to those terms. To the extent "Documents" refers to electronically stored information,

the scope shall be interpreted as consistent with the scope of communications contemplated by the Electronic Discovery Protocol (Dkt. 127) agreed to by the parties.

**"PLAINTIFF":** Means the Plaintiff who took valsartan-containing drugs in the individual action to which this DFS relates.

**"YOU," "YOUR," or "YOURS":** Means the responding Defendant.

I.   CASE INFORMATION

This DFS pertains to the following case: _____

                                                                    Case Name and Docket Number

Date that this DFS was completed: _____

Defendant completing this DFS: _____

II.   FINISHED DOSE MANUFACTURERS

A.   Based on the information provided by Plaintiff through the PFS and by other Defendants through their responses to the DFS, can you determine that you manufactured any Affected Drug(s)?

Yes _____ No _____

If yes, identify the Affected Drug(s) you have determined that you manufactured by NDC Code:

B.   If you answered yes to II.A, with the information provided by Plaintiff through the PFS and by other Defendants through their responses to the DFS, can you identify the batch or lot number for any Affected Drug(s) that you manufactured?

Yes _____ No _____

If yes, provide (i) the batch or lot number for the Affected Drug(s) that you manufactured, (ii) identify and provide the results of all nitrosamine testing you performed on the Affected API and/or Affected Drugs, and (iii) state whether or not the Affected API and/or Affected Drugs were recalled and the date of the recall.

C.   For each Affected Drug identified in response to Question II.A or II.B, identify the manufacturer of the Affected API.

D.   For each Affected Drug listed in response to Question II.B, provide the date the finished dose drug was manufactured, the place of manufacture (by facility, city, state/province, and country), and the date of expiry or retest period for the Affected Drug(s).

DM1\11252291.1

E.      Identify the entity or entities from which you purchased the Affected API used in the Affected Drug(s) listed in response to Question II.A and II.B and the date on which each purchase occurred.

F.      Identify the entity or entities to which you sold or distributed each Affected Drug listed in response to Question II.B and the date on which each sale or distribution occurred.

G.      State whether you supplied each test result identified in response to Question II.B to the FDA, your actual customers, or other Defendants, and, if so, identify the test result, and provide the recipient of the test result, date of communication and content of the communication.

H.      Provide the date(s) on which you sent any recall notice to any Defendants or pharmacies identified in the PFS, or any of your actual or prospective customers of the Affected Drugs listed in response to Question II.A, including, but not limited to, pharmacy benefits managers, and attach the recall notice(s).

I.      Were any Affected Drugs listed in response to Question II.A or II.B returned to you or retained by you for any reason, and do any Affected Drugs listed in response to Question II. A or II.B still exist?

        Yes_____        No_____

                If yes, please identify and produce:

        a.      The date you regained possession or control of the drugs, if returned to you;

        b.      The current location of the drugs;

        c.      If any, the date and result of any nitrosamine-related testing done on the returned or retained drugs, as by the Court's Order on macro discovery (Dkt. 303, ¶ 8). and

        d.      If not returned to you, but you have knowledge of the location of the drugs, provide the location:

J.      *Answer only if Plaintiffs answered "yes" to question III.B.7 in the PFS:* Have you ever been contacted through the customer call or contact centers by Plaintiff or by anyone acting on behalf of Plaintiff (other than Plaintiff's counsel) at any time from the date Plaintiff began taking valsartan-containing drugs through the present?

        Yes_____ No_____ Don't know _____

        If yes, produce all Documents evidencing that contact including video or audio recording of such contacts.

## **VERIFICATION**

I am Legal Counsel for _____, a Defendant named in this litigation. I am authorized by this Defendant to execute this certification on each corporation's behalf. I hereby certify that the information provided in the accompanying Response to Defendants' Fact Sheet is not within my personal knowledge, but the facts state therein have been assembled by authorized employees and counsel, upon which I relied. I hereby certify, in my authorized capacity, that the responses to the aforementioned Defendants' Fact Sheet are true and complete to the best of my knowledge on information and belief.

Date:_____          _____
                                                            Signature

Name:_____

Employer: _____

Title: _____

DM1\11252291.1