IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | CIVIL NO. 19-2875 (RBK/JS) |
| | Honorable Robert B. Kugler |
| *This Document relates to*: | District Court Judge |
| BUDDY LONG, | Honorable Joe Schneider |
| | Magistrate Judge |
| vs. | |
| | NOTICE OF DISMISSAL |
| SOLCO HEALTHCARE, LLC, et al. | |
| | Civil Action No.: 1:19-cv-15844 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, BUDDY LONG, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of his voluntary dismissal of all claims asserted against Aurobindo Pharma, LTD., Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC, without prejudice, in the above-entitled matter.

Specifically, Rule 41 (a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its claims without prejudice and without a Court Order by notice at any time prior to the Defendants filing an Answer or moving for summary judgment. As of the filing of this Notice, no Defendant has filed an Answer in this action. In light thereof, Plaintiff asserts that voluntary dismissal by notice alone is appropriate under Rule 41 (a)(1)(A)(i).

DATE:             By: _____
                                        Joseph D. Lane
                                        The Cochran Firm – Dothan
                                        111 E. Main Street

Dothan, AL 36301
334-673-1555
3346997229
Jlane@cochranfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

CIPRIANI & WERNER, P.C.

By: _____
Jessica M. Heinz, Esq.
jheinz@c-wlaw.com
450 Sentry Parkway, Ste. 200
Blue Bell, PA  19422
Tel:  (610) 567-0700
Fax: (610) 567-0712