# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN               **DATE:** July 29, 2020

**HON. ROBERT B. KUGLER, U.S.D.J.**
**HON. JOEL SCHNEIDER, U.S.M.J.**

**COURT REPORTER:** Carol Farrell

**TITLE OF CASE:**                **DOCKET NO. 19-md-2875 (RBK-JS)**
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Rubin Honik, Esq. | Lori Cohen, Esq. |
| Daniel Nigh, Esq. | Victoria Lockard, Esq. |
| Conlee Whitely, Esq. | Jeffrey Greene, Esq. |
| Marlene Goldenberg, Esq. | Sarah Johnston, Esq. |
| | D'Lesli Davis |
| | Kristen Richter, Esq. |
| | Jeffrey Geoppinger, Esq. |
| | Megan Grossman, Esq. |
| | Barbara Schwartz, Esq. |

**NATURE OF PROCEEDINGS:**   Status Conference
Telephone Status Conference held on the record.
Order to be entered.

                                            s/Sarah Eckert
                                            **DEPUTY CLERK**

**TIME COMMENCED:** 10:20 a.m.
**TIME ADJOURNED:**   11:40 a.m.
**TOTAL TIME:** 1 hour 20 minutes