# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler<br>Hon. Joel Schneider |

## PLAINTIFFS' MOTION TO APPOINT REPLACEMENT TO PLAINTIFFS' STEERING COMMITTEE

Co-Lead Plaintiffs' Counsel, on behalf of the Plaintiffs' Steering Committee ("PSC"), respectfully moves the Court for an order appointing Mila Bartos, Esq., of Finkelstein Thompson LLP as a member of the PSC in place of her former colleague, Rosalee B.C. Thomas, who was appointed to the PSC, and then withdrew due to an unforeseen change in employment. In support of this motion, Co-Lead Plaintiffs' Counsel state as follows:

1. On May 20, 2020, Plaintiffs filed a motion to expand the PSC due to the need to establish two new PSC committees to focus on losartan and irbesartan claims and issues. *See* ECF 435.

2. On June 3, 2020, the Court granted Plaintiffs' motion. Among the new PSC members appointed by the Court at that time was Rosalee B.C. Thomas, of Finkelstein Thompson LLP. *See* ECF 455. Ms. Thompson was to be appointed as a PSC member, and was going to contribute as part of the newly-formed Losartan PSC Committee. *Id.*

3. Shortly after Ms. Thompson's appointment, Ms. Thompson advised that she would no longer be associated with Finkelstein Thompson LLP after June 30, 2020 because she

was accepting a government position, and would no longer be able to continue as a PSC member.

4. Ms. Thompson accordingly filed a notice of withdrawal from the PSC. *See* ECF 494. The Court discharged Ms. Thomas from service on the PSC by order dated June 29, 2020. *See* ECF 500.

5. Finkelstein Thompson LLP advises that it remains committed to this MDL, particularly the claims and issues concerning losartan. Mila Bartos, Esq. of Finkelstein Thompson LLP has advised that she is prepared to assume the PSC position to which Ms. Thompson had been appointed previously. Co-Lead Counsel believe Ms. Bartos will be a valuable addition to the PSC, based on her background and experience.

6. Plaintiffs, therefore, respectfully ask the Court to appoint Mila Bartos, Esq. of Finkelstein Thompson LLP, to the PSC pursuant to the Court's original appointment order. A proposed order is attached.

Dated: August 3, 2020                                          Respectfully Submitted,

*/s/ Ruben Honik*                                              */s/ Daniel Nigh*
Ruben Honik                                                    Daniel Nigh
GOLOMB & HONIK, P.C.                                           LEVIN, PAPANTONIO, THOMAS, MITCHELL
1835 Market Street, Ste. 2900                                    RAFFERTY & PROCTOR, P.A.
Philadelphia, PA 19103                                         316 South Baylen Street
Phone (215) 985-9177                                           Pensacola, FL 32502
rhonik@golombhonik.com                                         Phone: (850) 435-7013
                                                               dnigh@levinlaw.com

*/s/ Adam Slater*                                              */s/ Conlee S. Whiteley*

Adam Slater                                                    Conlee S. Whiteley
MAZIE, SLATER, KATZ & FREEMAN, LLC                             KANNER & WHITELEY, LLC

-2-

-3-

| | |
|---|---|
| 103 Eisenhower Pkwy, 2nd Flr. | 701 Camp Street |
| Roseland, NJ 07068 | New Orleans, LA 70130 |
| Phone (973) 228-9898 | Phone: (504)-524-5777 |
| aslater@mazieslater.com | c.whiteley@kanner-law.com |

*MDL Plaintiffs' Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3 2020, a true and correct copy of the foregoing was filed and served upon all counsel via operation of the CM/ECF system for the United States District Court for the District of New Jersey.

*/s/ David J. Stanoch*
David J. Stanoch

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler<br>Hon. Joel Schneider |

## [PROPOSED] ORDER

And now, this ___ day of _____, 2020, upon Plaintiffs' Motion to Appoint Replacement to Plaintiffs' Steering Committee, it is hereby order that the motion is GRANTED. The following are appointed to the Plaintiffs' Steering Committee, to be assigned to a committee(s) as appropriate by appointed Co-Lead Plaintiffs' Counsel: Mila Bartos of Finkelstein Thompson LLP.

SO ORDERED,

_____