IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re: VALSARTAN PRODUCTS LIABILITY LITIGATION** | Civil Action No. 1:19-md-02875-RBK-JS<br>MDL No. 2875 |

This Document Relates to Plaintiff:

    Rachael Hollingshead
    1:19-cv-15336

## WITHDRAWAL OF APPEARANCE

To:    The Clerk of Court and all parties of record:

PLEASE TAKE NOTICE that on May 4, 2020, the parties filed a Stipulation of Dismissal without Prejudice in the above-referenced matter. (See Dkt 424 filed in the MDL No. 2875.)

The undersigned hereby withdraws her appearance in the above-referenced matter on behalf of the Plaintiff, and requests that she be removed from the Notice of Electronic Filing listserv for this Multi-District Litigation.

    Respectfully submitted:

    **BARON & BUDD, P.C.**

    */s/ Sindhu S. Daniel*
    Sindhu S. Daniel, NJ Bar No. 010711996
    3102 Oak Lawn Avenue, Suite 1100
    Dallas, TX 75219
    Telephone: (214) 521-3605
    Facsimile: (214) 520-1181
    Email: sdaniel@baronbudd.com

    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Sindhu S. Daniel*
Sindhu S. Daniel