THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation | : : : : : : : : : : | Master Docket No. 19-2875 (RBK/JS)  **ORDER** |
| *This Document Applies to All Actions* | | |

**KUGLER**, United States District Judge:

**THIS MATTER HAVING** come before the Court on plaintiffs' motion (ECF Doc. 537) seeking to replace Rosalee B.C. Thomas, Esq., of Finkelstein Thompson LLP with Mila Bartos, Esq., also of Finkelstein Thompson LLP, on the Plaintiffs' Steering Committee ["PSC"],

**THE COURT HAVING REVIEWED** the reasons for the replacement appointment, which concern Ms. Thomas's departure from Finkelstein Thompson LLP and thereby the PSC, Finkelstein Thompson's commitment to the issues in this MDL, and Ms. Bartos's experience,

**THE COURT GRANTS** the addition of Ms. Bartos to the PSC for her appointment to relevant PSC subcommittee(s) by Plaintiffs' Co-Lead Counsel.

Dated: 4 August 2020

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge