UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge<br><br>Honorable Joel Schneider,<br>Magistrate Judge |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT H.J. HARKINS COMPANY, INC. D/B/A PHARMA PAC

**WHEREAS** the Court entered Case Management Order No. 15, which provides a mechanism for certain defendants to obtain a without prejudice dismissal from all cases pending in this MDL alleging claims in connection with allegedly contaminated valsartan-containing drugs ("VCDs");

**WHEREAS** Defendant H.J. Harkins Company, Inc. d/b/a Pharma Pac ("Pharma Pac") having provided the information and documents required by Case Management Order No. 15, and having agreed to the tolling provisions therein;

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiffs Executive Committee and Pharma Pac that all current cases pending and all future cases to be filed in this MDL alleging claims against Pharma Pac in connection with allegedly contaminated VCDs be and hereby are dismissed without prejudice.

1018655\306174545.v1

| | |
|---|---|
| */s/ Marlene J. Goldenberg* | */s/ Geoffrey M. Coan* |
| Marlene J. Goldenberg (MN Bar ID: 0394943) | Geoffrey M. Coan (MA Bar No. 641998) |
| GOLDENBERGLAW, PLLC | Hinshaw & Culbertson LLP |
| mjgoldenberg@goldenberglaw.com | 53 State Street, 27th Floor |
| 800 LaSalle Avenue, Suite 2150 | Boston, MA  02109 |
| Minneapolis, MN 55402 | Tel: (617) 213-7000 |
| Tel.: (612) 333-4662 | Fax: (617) 213-7001 |
| Fax: (612) 367-8107 | gcoan@hinshawlaw.com |
| | |
| On behalf of Plaintiffs' Executive Committee | On behalf of Defendant H.J. Harkins Company, Inc. d/b/a Pharma Pac |
| | |
| Dated: August 5, 2020 | Dated:  August 5, 2020 |

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2020, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
