# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*  
Adam M. Slater*°  
Eric D. Katz*°  
David M. Freeman  
Beth G. Baldinger  
Matthew R. Mendelsohn°  
David M. Estes  
_____

*Certified by the Supreme Court of
 New Jersey as a Civil Trial Attorney

Karen G. Kelsen°  
Cheryll A. Calderon  
Adam M. Epstein°  
Cory J. Rothbort*°  
Michael R. Griffith°  
Christopher J. Geddis  
_____

°Member of N.J. & N.Y. Bars

August 8, 2020

**VIA ECF**
Honorable Joel Schneider
United States Magistrate Judge
U.S. District Court - District of New Jersey
Mitchell S. Cohen Building & US Courthouse
1 John F. Gerry Plaza, Courtroom 3C
4th and Cooper Streets
Camden, New Jersey  08101

>   Re:   IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION
> Civil No. 19-2875 (RBK/JS)

Dear Judge Schneider:

We write to correct the record in reply to Teva's letter responding to Plaintiff's letter with regard to Teva's proposed withdrawal of its ESI motion in order to avoid the Court's decision on the application.

Teva represents that it could not agree to Plaintiffs' position that Teva should provide Plaintiffs with the 5000 document audit sample proposed by Teva to evaluate the large number of documents Teva would label as likely unresponsive and not requiring review.  That is inaccurate.  Teva did agree to providing the 5000 document audit sample to Plaintiffs, but did not want the stipulation containing that provision to be filed on the ECF docket.  Plaintiffs did not agree, and

Honorable Joel Schneider, U.S.M.J.
August 8, 2020
Page 2

Teva withdrew its application rather than allowing this agreement to be memorialized on the docket.

    Plaintiffs do not agree to other aspects of Teva's rendition, but trust that enough has been said on this distracting endeavor at this point.

    Thank you for your courtesies and consideration.

                                         Respectfully,
                                         */s/Adam M. Slater*
                                         Adam M. Slater