IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| IN RE Valsartan N-Nitrosodimethylamine (NDMA) Products Liability Litigation | MDL No. 2875<br>Case No.: 1:19-md-02875-RBK-JS |
| This Document Relates to All Actions | |

**NOTICE OF APPEARANCES OF RICHARD J. SEXTON AND MAUREEN E. DALEY**

To the Clerk:

Please enter the appearances of Richard J. Sexton and Maureen E. Daley on behalf of Defendant, Weis Markets, Inc. on this Court's MDL master docket. Counsel has complied with the ECF requirements for this Court and received a login ID and password.

By entering an appearance, the undersigned Defendant does not waive any defenses, including but not limited to, defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Richard J. Sexton
(NJ Bar ID No. 027011990)

Maureen E. Daley
(PA Bar ID No. 75000)
RAWLE & HENDERSON LLP
One South Penn Square
Philadelphia, PA 19107
Tel: (215) 575 4200/Fax: (215) 563-2583
rsexton@rawle.com
mdaley@rawle.com

13958889-1