# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | CASE NO.: 1:19-md-02875-RBK-JS<br><br>MDL No. 2875 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Defendant Rite Aid Corporation.

Dated: August 14, 2020

Respectfully submitted,

**BARNES & THORNBURG LLP**

By: /s/ *Sarah E. Johnston*
Sarah E. Johnston
2029 Century Park East
Suite 300
Los Angeles, CA 90067
310-284-3798 (phone)
F 310-284-3894 (fax)
sjohnston@btlaw.com
*Attorney for Defendant Rite Aid Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2020, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

/s/ *Sarah E. Johnston*
Sarah E. Johnston