**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | CASE NO.: 1:19-md-02875-RBK-JS<br><br>MDL No. 2875 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Defendant Rite Aid Corporation.

Dated: August 14, 2020                                  Respectfully submitted,

                                                      **BARNES & THORNBURG LLP**

                                                      By:   /s/ *Kristen L. Richer*
                                                                 Kristen L. Richer
                                                                 2029 Century Park East
                                                                 Suite 300
                                                                 Los Angeles, CA 90067
                                                                 310-284-3896 (phone)
                                                                 F 310-284-3894 (fax)
                                                                 Kristen.Richer@btlaw.com
                                                                *Attorney for Defendant Rite Aid Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2020, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

/s/ *Kristen L. Richer*
Kristen L. Richer