# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re: Valsartan Products Liability Litigation** | MDL No. 2875 |
| This document relates to: | Hon. Robert B. Kugler, District Court Judge |
| *Martha Jean Pendley, Personal Representative of Marvin E. Pendley, Deceased v. Aurobindo Pharma, Ltd., et al.;* 1:20-cv-08781-RBK-JS | Hon. Joel Schneider, Magistrate Judge |

## ORDER

This Court, having considered Plaintiff's Motion for Leave to File an Amended Short Form Complaint, is of the opinion that the Motion should be granted. It is, therefore,

ORDERED that Plaintiff is granted leave to file Plaintiff's First Amended Short Form Complaint.

SIGNED this _____ day of _____, 2020.

_____
Hon. Joel Schneider
Magistrate Judge