UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: VALSARTAN NDMA
PRODUCTS LIABILITY LITIGATION

MDL No. 2875

THIS DOCUMENT RELATES TO
ALL CASES

## CASE MANAGEMENT ORDER NO. 13
## APPROVING AND ORDERING USE OF SHORT FORM COMPLAINT

In Case Management Order No. 3, the Court Ordered the direct filing of complaints, and further ordered that all plaintiffs with previously filed personal injury cases must file a Short Form Complaint within 30 days of approval of the Short Form Complaint. In Case Management Order No. 9, the Court Ordered the streamlined electronic service of various documents using the MDL Centrality System, including the Short Form Complaint. The Court hereby approves the Short Form Complaint in the form attached hereto as Exhibit A and Orders that all plaintiffs with currently filed personal injury cases shall file a Short Form Complaint within 30 days of the entry of this Order. All future personal injury direct filed cases in this MDL are Ordered to use the Short Form Complaint. All future cases personal injury transferred to this MDL are Ordered to file a Short Form Complaint within 30 days of transfer. All parties are directed to review and comply with the provisions of Case Management Orders 3 and 9 with regard to the filing and service of the Short Form Complaint.

Counsel for all Defendants are Ordered to register with the MDL Centrality System, as provided in Case Management Order No. 9, within seven (7) days of the entry of this Order.

ORDERED this 20th day of August, 2019.

HON. JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE