# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*All Actions* | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler<br>Hon. Joel Schneider |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the firm and email addresses for David J. Stanoch, Esq., plaintiffs' liaison counsel to plaintiffs' side and counsel of record for certain plaintiffs, should be updated to reflect those below.

Dated: August 20, 2020

*/s/ David J. Stanoch*
David J. Stanoch
KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, LA 70130
Tel: (504) 524-5777
d.stanoch@kanner-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of August, 2020, a true and correct copy of the foregoing was electronically served via the CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                                   */s/ David J. Stanoch*
                                                                   David J. Stanoch

Case 1:19-md-02875-RMB-SAK   Document 558   Filed 08/20/20   Page 3 of 3 PageID: 11012