# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN  **DATE:** August 26, 2020

**JUDGE ROBERT B. KUGLER, U.S.D.J.**
**JUDGE JOEL SCHNEIDER, U.S.M.J.**

**COURT REPORTER:** Karen Friedlander

**TITLE OF CASE:**  **DOCKET NO. 19-md-2875 (RBK-JS)**
IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Rubin Honik, Esq. | Victoria Lockard, Esq. |
| Daniel Nigh, Esq. | Clem Trischler, Esq. |
| Conlee Whitely, Esq. | Sarah Johnston, Esq. |
| Marlene Goldenberg, Esq. | Jeffrey Geoppinger, Esq. |
| Irene McLafferty, Esq. | Stephen Harkins, Esq. |
| Kristen Padden, Esq. | |

**NATURE OF PROCEEDINGS:**   Status Conference
Telephone Status Conference held on the record.
Order to be entered.

　　　　　　　　　　　　　　　　　　　　　　　s/Sarah Eckert
　　　　　　　　　　　　　　　　　　　　　　**DEPUTY CLERK**

**TIME COMMENCED:** 10:00 a.m.   **TIME ADJOURNED:** 10:50 a.m.
**TIME COMMENCED:** 11:00 a.m.   **TIME ADJOURNED:** 11:20 a.m.
**TOTAL TIME:** 1 hour 10 minutes