IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, and IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

ORDER

The Court having held a status conference call with the parties on August 26, 2020; and this Order intending to confirm the Court's rulings, it is hereby

ORDERED this 27th day of August 2020, as follows:

1) All parties shall affirmatively indicate with their rolling productions of documents whether any responsive documents are being withheld on the grounds of privilege or work-product.

2) Notwithstanding any contrary provision that may be contained in the Electronic Discovery Protocol, privilege logs shall be served thirty (30) days after a party withholds responsive documents from a document production.

3) Defendants shall continue to use reasonable good faith efforts to prioritize their document productions according to plaintiffs' requests. To the extent feasible, defendants shall attempt to substantially complete their production of NDMA and chromatograph testing documents by October 1, 2020.

4) By September 2, 2020, defendants shall respond to plaintiffs' proposed deposition protocol.

5) The next scheduled conference call with Magistrate Judge Schneider will be held on September 16, 2020 at 4:00 p.m. The call in and access numbers have already been provided. The parties' deposition protocol shall be placed on the agenda along with the status of the parties' discussions regarding the names, timing, location, number, length, etc. of the depositions to be taken of plaintiffs and defendants.

6) Subject to change to a phone conference, the next monthly in-person status conferences to be held at the U.S. Courthouse, Camden, N.J. will be held on September 30, 2020 at 10:00 a.m. and 2:00 p.m.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge
