**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE:  VALSARTAN PRODUCTS
LIABILITY LITIGATION

CIVIL ACTION NUMBER:

1:19-md-02875-RBK-JS

STATUS CONFERENCES
(Via telephone)

Wednesday, August 26, 2020
Commencing at 10 a.m.

B E F O R E:              THE HONORABLE JOEL SCHNEIDER,
                          UNITED STATES MAGISTRATE JUDGE
                          THE HONORABLE ROBERT B. KUGLER,
                          UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

MAZIE SLATER KATZ & FREEMAN, LLC
BY:  ADAM M. SLATER, ESQUIRE
103 Eisenhower Parkway
Roseland, New Jersey 07068
For the Plaintiff

LEVIN PAPANTONIO
BY:  DANIEL A. NIGH, ESQUIRE
316 S. Baylen, Suite 600
Pensacola, Florida 32502
For the Plaintiff

GOLOMB & HONIK PC
BY:  RUBEN HONIK, ESQUIRE
1835 Market Street, Suite 2900
Philadelphia, Pennsylvania 19103
For the Plaintiff

KANNER & WHITELEY LLC
BY:  CONLEE S. WHITELEY, ESQUIRE
701 Camp Street
New Orleans, Louisiana 70130
For the Plaintiff

Karen Friedlander, Official Court Reporter
friedlanderreporter@gmail.com
(856) 756-0160

Proceedings recorded by mechanical stenography;
transcript produced by computer-aided transcription.

```
 1   A P P E A R A N C E S: - CONTINUED

 2

 3       GOLDENBERG LAW PLLC
         BY:  MARLENE J. GOLDENBERG, ESQUIRE
 4       800 Lasalle Avenue
         Suite 2150
 5       Minneapolis, Minnesota 55402
         For the Plaintiff
 6
         KIRTLAND & PACKARD LLP
 7       BY:  BEHRAM PAREKH, ESQUIRE
         1638 South Pacific Coast Highway
 8       Redondo Beach, California 90277
         For the Plaintiff
 9
         DUANE MORRIS LLP
10       BY:  SETH A. GOLDBERG, ESQUIRE
         30 S. 17th Street
11       Philadelphia, Pennsylvania 19103
         For the Defendant ZHP and the Joint Defense Group
12
         GREENBERG TRAURIG LLP
13       BY:  VICTORIA DAVIS LOCKARD, ESQUIRE
              STEVEN HARKINS, ESQUIRE
14       3333 Piedmont Road, NE, Suite 2500
         Atlanta, Georgia 30305
15       For the Defendants, Teva Pharmaceutical Industries Ltd.,
         Teva Pharmaceuticals USA, Inc., Actavis LLC, and Actavis
16       Pharma, Inc.

17       BARNES & THORNBURG LLP
         BY:  SARAH E. JOHNSTON, ESQUIRE
18       2029 Century Park East, Suite 300
         Los Angeles, CA 90067-2904
19       For the Defendant, CVS Health Co.

20       ULMER & BERNE LLP
         BY:  JEFFREY DANIEL GEOPPINGER, ESQUIRE
21       600 Vine Street
         Suite 2800
22       Cincinnati, OH 45202
         For the Defendant, AmerisourceBergen
23
         PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP
24       BY:  CLEM C. TRISCHLER, ESQUIRE
         One Oxford Centre, 38th Floor
25       Pittsburgh, Pennsylvania 15219
         For the Defendant Mylan and the Joint Defense Group
```

```
 1          ALL PARTIES VIA TELEPHONE, August 26, 2020,

 2  9:58 a.m.)

 3          JUDGE SCHNEIDER:  This is Judge Schneider.  We're on

 4  a phone call.  When I called in, there was a message that

 5  there are 51 people on this call.  I think that's a record.

 6          We're here on the Valsartan MDL litigation, Docket

 7  No. 19-2875.  I don't think we need everyone's entry of

 8  appearance on the phone, unless someone has a particular need

 9  to enter their appearance.  But why don't we just hear from

10  the lead counsel for the plaintiffs and defendants and those

11  who expect to talk during this call.

12          Start with plaintiffs.

13          MR. SLATER:  Good morning, Your Honor, Adam Slater on

14  behalf of the plaintiffs.

15          MR. HONIK:  Good morning, Your Honor, Ruben Honik for

16  the plaintiffs.

17          MR. NIGH:  Good morning, Your Honor, Daniel Nigh for

18  the plaintiffs.

19          MS. WHITELY:  Good morning, Your Honor, Conlee

20  Whitely for plaintiffs.

21          JUDGE SCHNEIDER:  And how about the defendants?

22          MR. GOLDBERG:  Good morning, Your Honor, this is Seth

23  Goldberg for the ZHP parties and defendants.

24          MS. LOCKARD:  Good morning, it's Victoria Lockard for

25  the Teva defendants and defense executive committee.
```

```
 1          MR. TRISCHLER:  Good morning, Your Honor, Clem
 2   Trischler for the Mylan entities.
 3          MR. GEOPPINGER:  Good morning, Your Honor, Jeffrey
 4   Geoppinger for AmerisourceBergen and wholesaler defendants.
 5          MS. JOHNSTON:  And good morning, Your Honor, this is
 6   Sarah Johnston for the retailer defendants and CVS.
 7          JUDGE SCHNEIDER:  I received the letters from
 8   counsel.  Thank you very much.  Judge Kugler has the letters
 9   as well.  After we're done with our issues that we need to
10   address, he's on notice that he'll join us for any issues that
11   he needs to address.
12          Before we get to the agenda, are the parties --
13   there's just one issue I'd like to address with the parties.
14   There's been a number of recent motions to amend that have
15   been filed.  I know the local rule provides that you have to
16   indicate whether there's any objection to the motion.  It's a
17   little awkward with so many parties in this case, but do any
18   of the defendants have any objection to the motions to amend
19   that have been filed?
20          I just wonder if we can just routinely grant those
21   without waiting for the return date to see if there's an
22   objection or not.
23          Defendants, what do you think?
24          MR. GOLDBERG:  Your Honor, this is Seth Goldberg.  I
25   have to say, I'm not familiar -- I haven't noticed those
```

1    motions.  What I suggest is, why don't I confer with the

2    entire defense group after this call and just confirm that we

3    don't have an objection, and then we can let Mr. Slater know

4    and we can send Your Honor a short note letting you know.

5            JUDGE SCHNEIDER:  Fair enough.  Very reasonable.  No

6    problem.  Okay.

7            Why don't we get to the agendas of the issues the

8    parties want to address.  Let me just -- bear with me one

9    moment.

10           Plaintiff, why don't we start with you, any issues

11   you want to address and then we'll go to defendants, and if

12   you can just say your name before you talk so that the court

13   reporter knows who's talking.  And whoever is not talking, can

14   you please put your phone on mute so that the transcript will

15   be clear.

16           Plaintiffs, the floor is yours.

17           MR. SLATER:  Thank you, Your Honor, it's Adam Slater

18   for the record.  Just following the order of the letter we

19   submitted to Your Honor, the first thing that we raised to the

20   Court is the issue of the status of the rolling productions.

21   We also attached our letter to the defense from about a week

22   or two ago, about two weeks ago.  That's Exhibit A.

23           So Your Honor has exactly what issues we had

24   identified, and what we've tried to do is identify what we

25   think are some glaring clear examples of things that we would

1  have hoped would not have been issues to start off this

2  discussion and hopefully maybe head off some other issues

3  going forward.

4        So, you know, in no particular order of importance,

5  it's now been established that I don't believe we have

6  up-to-date privilege logs.  We don't have up-to-date compliant

7  production logs, although I think that issue is being somewhat

8  fixed.  There is one column of information.  I think an

9  agreement has been reached with at least ZHP and Aurobindo as

10 to what is going to be populated in that column in terms of

11 the source of documents that are on the production log.  But,

12 you know, those are basic things that we really would need to

13 have in any case and we really feel like that should be

14 brought current right away.

15       And then the other major area in the productions, is

16 that the prioritization, which was put in place months and

17 months ago and everybody was clear that that was something

18 that was supposed to be given a focus.  It has not been

19 accomplished yet and we don't have -- we don't even have

20 certainty from defendants at this point as to when that will

21 be accomplished.  And you know, we asked for previously, I

22 understood why the Court said, you know, we're not going to

23 have the defendants give you a timeline for production in

24 advance, but we're now, you know, approaching 45 days that

25 this production has been ongoing and we don't have, for

1    example, from ZHP as we pointed out, all of the documents,

2    including the ESI with the e-mails and all the metadata on the

3    e-mails and all attachments were sent between Novartis and

4    ZHP, which is obviously a watershed moment in this entire

5    saga, because that's when the issue was brought to the

6    attention of ZHP and then to the regulators.

7         So the fact that we don't have that done and we're

8    told in the letter, well, we're going to be continuing to get

9    documents to you over the next few weeks, that tells us, is

10   very concerning because if something that clear has not been

11   taken care of yet, it raises a whole host of questions.

12        The second really glaring area that we thought was an

13   easy area to present at this first step is the testing, both

14   the testing for NDMA when they went back to the pills to test

15   and the chromatography testing by the API manufacturers who

16   were testing the batches to make sure that the peaks matched

17   up to the ingredients which we believe, once we have those

18   complete records, we'll be able to show that the defendants

19   have all the information they need to identify the NDMA back

20   at the start and when they were in production.

21        So those were a couple of very, you know, clear

22   examples to us and nobody has said they've completed

23   production of any of the testing, and we just -- we really

24   feel like we need at this point certainty on that, so that --

25   and really hopefully, you know, cemented this for the

1    defendants to start to really work with us on the

2    prioritization and exchange information and tell us what

3    they're doing and give the Court some certainty that this is

4    happening.

5            I'll put aside the additional custodians as a

6    separate subject.

7            JUDGE SCHNEIDER:  Well, I did read the defendants'

8    letter that was attached to Mr. Goldberg's letter and as I

9    read those letters, they appear to indicate that -- I think

10   there was only one of the parties, this might have been Teva,

11   I'm not sure, I'm not a hundred percent sure, but only one of

12   the parties was asserting privilege objections.  Everybody

13   else represented that there's nothing to put on a privilege

14   log, but at least to date, they're not asserting any privilege

15   objections, and if I remember correctly, I don't have the

16   letter in front of me, what Teva defendants said that they

17   were withholding documents on privilege grounds.  I think they

18   said the privilege log is in the works.

19           Am I wrong about that, Mr. Slater?

20           MR. SLATER:  I think that's generally what was

21   stated.  It's just that, for example, it really at this point,

22   we don't want to have to keep checking on issues that are that

23   simple, obviously.  So if it's in the works, from our

24   perspective, the ESI protocol said it should be served with

25   each production and if a defendant has no privilege redactions

1    and those documents would help, it's very easy for them to

2    just say that their production -- there's no production,

3    there's still no privilege log, because we have not withheld

4    or redacted anything.  I mean, at least then we'll be up to

5    date and we won't have to keep asking and they're supposed to

6    under the protocol just tell us.  So if that's the case and

7    they never withhold the document, that makes it easy, but they

8    should tell us.

9            JUDGE SCHNEIDER:  Mr. Goldberg, let me just butt in

10   here.  I think that's a good idea, rather than plaintiff

11   assuming that if there's no privilege log, then nothing is

12   withheld.  I think the better course of action would be with

13   the defendants' additions, if they indicate that the reason no

14   privilege log is being produced is because no documents were

15   withheld, and if the ESI protocol has a deadline for producing

16   the logs, then defendants have to comply with that.

17           MS. LOCKARD:  Your Honor, it's Victoria Lockard from

18   Teva.  If I may, because we are the party who addressed this.

19   We have produced documents that have some redactions,

20   privilege, and potentially have been withheld for privilege

21   and we are preparing a privilege log, you know, the ESI

22   protocol itself does not state that privilege log has to be

23   provided simultaneously with every interim production.

24           You know, we don't agree that it's that clear, you

25   know.  We do agree, we have an obligation to provide one and

```
 1    we intend to provide one, but if we are to provide privilege

 2    logs on the day of the production, I can tell you, it is going

 3    to significantly slow down the process and, you know, we'd

 4    like to avoid the scenario where we're bottlenecking, actually

 5    giving the records -- the documents over to plaintiffs,

 6    because we have to send them, you know, through a privilege

 7    review of our privilege set, get the log created so that we

 8    can get that submitted.

 9            So, you know, what we had proposed in the letter is

10    that we meet and confer with counsel to actually agree to some

11    sort of timeline for how quickly these need to be produced on

12    a trailing basis after the rolling interim productions are

13    made.  That, to me, seems much more efficient and will ensure

14    that plaintiffs are getting the documents they need, you know,

15    and we certainly intend to provide the privilege log.  You

16    know, there's no prejudice to them if it takes, you know, 60

17    days to get the privilege log submitted after a production.

18            JUDGE SCHNEIDER:  I think your comment that it's more

19    important to produce the documents than the logs is correct.

20    Rather than meeting and conferring, let's just agree on a date

21    now, if it's not clear in the protocol how long after a

22    rolling production a privilege log has to be produced, you

23    mentioned 60 days.

24            Any objection, Mr. Slater?

25            MR. SLATER:  Yes, Your Honor.  The protocol is clear.
```

1   They're supposed to update these logs with each production.

2   I've never had a defendant ever say they couldn't comply with

3   that.  I'm not really sure what this bottleneck issue is.

4   It's just a log.  You know, frankly, I would prefer not to

5   change the protocol at this point, because it says that

6   they're supposed to do it as it rolled out.  I'm not sure how

7   there could be a different reading.

8          But I mean, if they want to have, you know, two days

9   or something after, that's fine, but this has to be -- it's a

10  rolling process, so if they're talking 60 days, we're going to

11  talk about getting our last privilege log in January or so?  I

12  mean, we really can't agree to push this out.  It's a basic

13  thing that was -- that's in the protocol already.  So if they

14  need a couple days after the production, that's not the end of

15  the world, but to update, but it's never been an issue.  I've

16  never had a defendant say they couldn't do it.  So I'm not

17  really sure what this issue is.

18         JUDGE SCHNEIDER:  I'm looking at the ESI protocol

19  now.  I agree, if it's clear in the protocol, I'm not going to

20  change the order, but do you -- can you point to a specific

21  page or paragraph that --

22         MR. PAREKH:  This is Behram Parekh.  It's at

23  Paragraph A on Page 16.

24         JUDGE SCHNEIDER:  Page 16.

25         MS. LOCKARD:  It does not say anything about the

1  rolling production, Your Honor, because when this was

2  negotiated, there was no schedule for rolling or interim

3  production.  Our production in response to the RFPs, and the

4  ESI effort is due on November 2nd.

5       Now, there are interim milestones for production

6  throughout that time, but there's nothing in the ESI that says

7  it has to be made with every interim rolling production.

8  That's not how we read it.  And, you know, if that's just a

9  different interpretation, so be it.  But the practical matter

10 is, it is going to slow down the process of getting the

11 documents out, because we will have to divert resources to

12 that effort, and there's no reason that plaintiffs need the

13 privilege log immediately on the day that production is made.

14 There's just no -- there's no reason for it.  It's not

15 efficient.

16      JUDGE SCHNEIDER:  Okay.  Let's move on.  I see

17 Paragraph A.  It could be read to say -- it says, quote

18 unquote, each production.  It doesn't say rolling production.

19 It says, "Each production" which, in my view, anticipates more

20 than one.

21      But be that as it may, the most important point is to

22 get the documents in plaintiffs' hands.  So let's say within

23 30 days of the rolling production, a privilege log has to be

24 produced and I assume that when the production is made, it

25 will be made clear, yes or no, whether any documents are being

 1   withheld on the grounds of privilege.

 2          So that's the privilege issue.

 3          On the prioritization issue, Mr. Slater, you know, I

 4   have this comment, that we've been through this issue many,

 5   many, many times before.  If you talk with defendants and you

 6   can't work it out about these prioritization issues, send me a

 7   letter and be as specific as possible what documents you want

 8   to move to the forefront, and I'll order that they have to be

 9   included in the next production, unless there's good cause to

10   excuse their production.

11          The testing documents, we've been talking about this

12   since the fall.  So I don't disagree that they should be at

13   the top of the list.  E-mail is a little bit different, that's

14   a lot broader category, but certainly the testing documents,

15   we've been talking about those for months and months and

16   months, and I would anticipate that they would be at the top

17   of your prioritization list as well as the defendants' efforts

18   to produce those documents.

19          So if you can't work it out with defense counsel,

20   send me a letter, tell me what you want prioritized and I'll

21   just order it, okay?

22          MR. SLATER:  Yeah, I mean, I can tell Your Honor for

23   purposes of this call, the testing, both for NDMA and for

24   chromatography of the API, et cetera, the quality testing that

25   was done during the production processes.  That stuff, you

 1   know, we want that as soon as we can get it.  We thought it

 2   was going to be all produced to us in the initial productions,

 3   it's noncustodial, that's what we were told.  So the idea that

 4   it's still going to come -- so that's one thing that we could

 5   ask for.  I don't see how there could be an objection to a

 6   date certain in near future.

 7          The second area again that we touched on in our

 8   letters, Novartis documents with ZHP.  There's -- they know

 9   exactly who was involved in that.  It was the major -- it was

10   the major point on which the contamination became known and it

11   was obviously the thing that triggered the notification to the

12   FDA and the recall.

13          So we're at August 26, and don't have that, when the

14   production started six weeks ago, that's another area that

15   they should be able to, if they -- I mean, I can't imagine

16   they haven't already done it, pulled all those documents

17   together and get them to us as soon as possible because our

18   experts certainly really need all the testing and all the

19   Novartis documents.

20          JUDGE SCHNEIDER:  When is the next rolling

21   production?

22          MR. GOLDBERG:  September 1st.

23          (Crosstalk)

24          MR. GOLDBERG:  Your Honor, this is Seth Goldberg.

25   I'll just respond briefly on these points about -- based from

1    ZHP's standpoint, testing and Novartis, which are

2    ZHP-specific, and I can assure you that my colleague, Joe

3    Ferretti has been meeting and conferring with Mr. Slater's

4    colleague, Behram Parekh.  They have reached some agreements

5    as to the production of batch records which we'll be producing

6    on Friday.  We will be producing nitrosamine testing records

7    this Friday, as well as documents from the priority

8    custodians, a lot of Novartis documents, documents relating to

9    Novartis have been produced in core discovery and already, you

10   know, there are likely documents relating to Novartis within

11   the e-mail of custodians.

12          Your Honor may recall the first custodial production,

13   at least for ZHP, is to begin on September 1st, and so Friday,

14   plaintiffs will be getting a lot of the information you're

15   looking for and, of course, this is a rolling production, not

16   everything that they want is going to be produced on Friday,

17   but we are most certainly doing what Your Honor asked us to

18   do, which is to adhere to their prioritization in good faith,

19   which we are doing, and we'll continue to do and we'll

20   continue to meet and confer on these issues.

21          JUDGE SCHNEIDER:  Mr. Slater, it sounds like you're

22   going to get a good deal of what you want by September 1st,

23   and I would anticipate no later than October 1st you should

24   have the bulk of what you want from the defendants in terms of

25   the priority documents.

1          MR. SLATER:  I hope so, Your Honor, but I -- you

2    know, hearing that the documents are going to be produced and

3    that they're in process is wonderful.  A deadline by which

4    these key documents have to be produced, I think without that,

5    we're going to be having this conversation in October again.

6    It's just going to keep going, because until there's a firm

7    deadline on these points, I have no confidence that we'll be

8    able to get to finality on them, and it could be very

9    important documents that are the straggler documents.  You

10   know, it could just be, oh, well, with these couple of

11   preproduction ramp-up documents on some API testing, we just,

12   you know, pulled those together for you the end of November

13   when there are potentially in other key documents showing the

14   peaks.

15         Again, I'm making up that scenario because I don't

16   have the documents, but that's the type of thing we're looking

17   for.

18         And just leaving it open like this, to me, tells me

19   we're going to be arguing over key documents until the end.

20         JUDGE SCHNEIDER:  I got it.  I'll take care of it in

21   the next order to be entered, something to the effect that by

22   October 1st -- I'm not quite sure of the language yet, but

23   something to the effect, the bulk of the documents or -- I'm

24   not quite sure, but there will be something in the next order

25   that takes care of that.

1          MR. GOLDBERG:  Your Honor, this is Seth Goldberg.

2          JUDGE SCHNEIDER:  Hold on.  I was just going to add,

3   Mr. Goldberg, there has to be a safety valve for the

4   defendants that -- well, it just might be the case that --

5   undue difficulty getting all of these documents.

6          So there will have to be some safety valve.

7          MR. GOLDBERG:  Your Honor, I will just -- I would

8   just like to respond, because this is -- this is -- what just

9   occurred is really a relitigation of the prioritization issue,

10  which Your Honor decided a few months ago, in conjunction with

11  setting a rolling production, and said to prioritize

12  custodians, prioritize certain kinds of documents, and

13  instructed the parties to act in good faith to do that.

14         And the parties are doing that, and the concern I

15  have with Your Honor changing that order now, as we have set

16  up our workloads and adhered to the prioritization and now are

17  being asked to advance the rolling production to October 1st,

18  is going to put a burden on the defendants when this issue is

19  already litigated and decided, and if every time we have a

20  court -- a conference, plaintiffs can raise an issue that has

21  already been decided and relitigate that issue, we cannot have

22  -- we cannot meet the Court's deadlines, we cannot satisfy our

23  clients and work with our clients in an efficient way to get

24  the information to plaintiffs.

25         There is no -- there are no defendants that are not

1  attempting to meet the prioritization.  They've identified the

2  key custodians they want.  My understanding is all of the

3  defendants are front-loading those custodians and plaintiffs

4  are getting that information.  Whatever documents they had

5  prioritized, they are getting that.

6      And to change the orders that Your Honor has issued

7  months ago is going to really create a problem for defendants,

8  and it seems that that is what is happening on every one of

9  these case management conferences, and of course, we're going

10 to have three more months of rolling productions and every

11 month, or every two weeks, plaintiffs are going to say there

12 are deficiencies, there are problems, things aren't yet

13 produced.  But that is the nature of a rolling production, and

14 Your Honor has been very clear with defendants that what Your

15 Honor doesn't want is a document dump in December, and that's

16 very clear -- or November, and that's very clear to

17 defendants.

18      I would say that while Mr. Slater is saying to Your

19 Honor that there are things that are missing, that Your Honor

20 adhere to the order that you previously entered, which is a

21 rolling production, prioritize based on plaintiffs'

22 prioritization without any changes, let us produce our

23 documents, let's deal with real issues on a biweekly basis and

24 we'll get to the end of this production in a way that's

25 satisfactory to plaintiffs and the Court.

1          JUDGE SCHNEIDER:  Okay.  Mr. Slater, we dealt with

2    the privilege log issue, they're working out the compliant

3    production log issue.  We touched on the prioritization issue.

4          What's the next issue you want to address?

5          MR. SLATER:  This is an issue that I think it's the

6    right time to start the discussion, which is this:  In

7    reviewing the documents, the few documents that have been

8    produced so far, we gave some examples in the letter of a few

9    people that it became clear to us were people that should have

10   been identified as custodians upfront by the manufacturers

11   that were not, and this is based on what we're reviewing, and

12   we gave the information in the letter, and these are cut-down

13   lists.  These are just a few people.  We didn't -- there's a

14   lot of people we're learning about that we probably should

15   have been told about, but we're trying to be very narrow and

16   make these, you know, easy ones.

17         So we don't expect Your Honor today to say these

18   additional custodians need to be searched, but, you know,

19   there's only a few.  We've given some background on them.  The

20   defense was, no, no way.  So that seemed to us something that

21   we needed to alert the Court to, that we know that we need to

22   talk to the defense, but we don't want to leave this until the

23   end.

24         We'd like to, as we identify people that matter, be

25   able to talk to them and bring that to the Court just because

 1    we don't want to have to do a whole new set of work at the

 2    end.  I was going to -- yeah, we hope there's not going to be

 3    a lot of new people, and again, for ZHP, we listed three and

 4    it turned out one of them is just known by another name, so we

 5    already had the person under a different name, so that was

 6    fine.  But it's two people.

 7         We just -- I think we need to be able to talk and I

 8    think we need to get this keyed up for the next conference but

 9    we wanted to put it before Your Honor because we got the sense

10    from the defense's response that there's no understanding on

11    that side that custodians can be added under certain

12    circumstances.

13         MR. GOLDBERG:  Your Honor -- go ahead, I'm sorry.

14         JUDGE SCHNEIDER:  Let me just add before we hear from

15    you, Mr. Goldberg.  I'm not going to make a ruling on this

16    issue today, because we don't have a record.

17         The Court has said there has to be established good

18    cause.  I haven't heard really why there's good cause yet and

19    I haven't heard ZHP's response, but, you know, one thought I

20    had was, it just is not productive to do this on a piecemeal

21    basis that every phone call we're going to deal with one or

22    two or three custodians.  I mean, I would hope there would

23    come a time when there would be one omnibus request and we'll

24    deal with it, rather than dealing with piecemeal requests.

25         If you think you're ready to tee up these issues,

 1   these custodians, and they're that important, you know, submit

 2   a letter brief in a week, defendants respond in a week and

 3   we'll tee up the issue for the next phone call, but certainly,

 4   we can't decide the issue today.

 5          Mr. Goldberg?

 6          MR. SLATER:  No, we're not asking you to, Your Honor,

 7   and we'll try to talk to the defendants and maybe we can reach

 8   some common ground.

 9          MR. GOLDBERG:  Your Honor, I don't want to belabor

10   the point since we're going to talk about the issue, but I

11   just -- I do want to comment on Mr. Slater's point, the

12   defendants seem to be rejecting these out of hand and don't

13   appreciate that plaintiffs may want to add custodians.  It's

14   just that the three custodians they've identified at least for

15   ZHP were objectionable on the face of their request.  One of

16   them is already a custodian.  The second one is a custodian

17   they originally proposed, but did not in their list of 140,

18   but when Your Honor asked them to pare down to 81, did not

19   select that person, and of the two documents that that person

20   is on, there are at least five other custodians that are

21   already -- that are on that document, too, and the third

22   custodian is also on documents with other custodians, and that

23   person is a business development manager in Spain, and, of

24   course, the sale of Valsartan in Spain and Europe is not at

25   issue here.

1          And these things were all obvious on the face of the

2    documents that plaintiffs provided.  And, you know, Your Honor

3    may recall, this was a painstaking process to get to a list

4    for ZHP of 81 custodians, far more than any other defendant,

5    that included the interview of Jun Du, J-U-N D-U, with Your

6    Honor present, and included the benefit of core discovery, and

7    so, you know, we understand the standard to -- for cause here

8    to be fairly high, and on the face of these documents, these

9    custodians or proposed custodians certainly would not satisfy

10    that standard.

11          But we're happy to work with plaintiffs on this

12    issue.  I'm sure all defendants will be happy to meet and

13    confer on these issues and agree, Your Honor, that doing this

14    piecemeal may end up to be fairly inefficient.

15          JUDGE SCHNEIDER:  We should move on, but the comfort

16    that the defendants can take is that as the Court has said

17    time and time again, there has to be a showing of good cause

18    to add or remove custodians, and we'll just leave it at that.

19          Any other issues, Mr. Slater?

20          MR. SLATER:  I think the other issue that we raised

21    that had some significance is the deposition protocol.  Your

22    Honor had brought that up and we submitted to Your Honor what

23    we had sent to the defense over a month ago and we're just

24    waiting to hear from them.  So, you know, we're ready to move

25    forward with that process.  We just need the defense to let us

1    know if that protocol works for them and, you know, hopefully,

2    we will get it entered soon.

3            JUDGE SCHNEIDER:  Agreed.  We ought to also talk

4    about, if not today, soon, Mr. Slater, I think we need to hear

5    from plaintiffs about their plan for these depositions, the

6    protocol will take care of itself, the mechanics of the deps

7    but, you know, is plaintiff going to start with -- with the

8    API people, the finished dose people, individuals, 30(b)(6),

9    start a discussion of how many and where, issues like that.

10           Is it too early, have the plaintiffs formulated a

11   general plan about how they attempt to proceed with the

12   deposition?

13           MR. SLATER:  I think we probably need to come back to

14   Your Honor with a plan.  We are obviously talking about it on

15   our end, and most of it is geared towards, you know, the

16   production, getting the defendants' productions done, and I

17   guess this harkens back to the -- the plans of litigation in

18   terms of, you know, which defendants are going to be the

19   likely -- likely defendant to trial, so we can focus on those

20   defendants I think first.

21           I think, you know, that would be very helpful to us

22   to have an understanding of just, for example, ZHP would be

23   the first defendant along potentially with the finished dose

24   manufacturers, you know, we would want to focus the

25   depositions towards those defendants early on, just because it

```
 1   would be more efficient and, you know, if that's also the plan
 2   for the class cert process, then that also helps us to know
 3   who we have to depose and what proofs we need for that
 4   briefing.
 5          So I think it's a little bit -- we're going to have
 6   some understanding of, you know, how we're going to proceed,
 7   but, you know, and I think that will then trigger dates and
 8   trigger the order in which we would take depositions.
 9          JUDGE SCHNEIDER:  Well, I think you've got to get
10   started on a plan before you get rulings on that issue,
11   because if I recollect correctly, I think Judge Kugler said
12   the motions -- after the motions are going to be decided, then
13   I think it will clarify a little bit, you know, the trial
14   plan.
15          But, what, your briefing is going to be done when,
16   October, November?
17          MR. GOLDBERG:  I was going to say, Your Honor, the
18   motion to dismiss briefing is supposed to be completed around
19   the third week of October, I believe.
20          JUDGE SCHNEIDER:  Yes, and I don't know when those --
21          MR. SLATER:  I think, Judge --
22          JUDGE SCHNEIDER:  -- decided, so we have to get a
23   plan in motion before there's going to be a ruling on those
24   motions.
25          MR. SLATER:  Well, we'll present to Your Honor, you
```

 1   know, maybe for the next conference, you know, an outline of

 2   the plan.

 3              JUDGE SCHNEIDER:  Okay, great.

 4              MR. SLATER:  I think in either case, it makes sense

 5   to start with the API manufacturers anyway, just to give you a

 6   little bit of, you know, a sense of where our thinking is,

 7   because that's obviously where it starts from.

 8              JUDGE SCHNEIDER:  Great.  Mr. Goldberg, I think the

 9   point is well-taken.  Can we have a definite date when the

10   defendants are going to respond to the dep protocol that the

11   plaintiffs served?

12              MR. GOLDBERG:  Yeah, Your Honor, we -- and we put it

13   in our letter, and then we're hoping to get it to them next

14   Wednesday, September 2nd.  I believe we -- as I said in the

15   letter, we do think the Benicar protocol, you know, provides a

16   good framework.  There are -- there are obviously different

17   circumstances here, we've got a number of defendants, you

18   know, 50 or so defendants here.  I think there were three in

19   Benicar.

20              We have many more foreign national deponents from a

21   number of different countries, some of which are going to

22   require depositions in different locations, some of which

23   there may be jurisdictional issues, and you know, Hague

24   Convention protocols would apply, and what we're trying to do

25   is collect comments from the defense group as to those issues

1    to make sure that we're, you know, we're incorporating them

2    into our revisions to the protocol, and also as meet and

3    confer discussions with plaintiffs on these issues.

4         It just may be that this is going to end up a little

5    bit more complicated than just adopting the Benicar proposal

6    outright, and, you know, COVID-19 obviously presents different

7    issues, plaintiffs have proposed some language around that

8    which, you know, we have to think through.  So, you know,

9    hopefully, next Wednesday, we'll have something to plaintiffs

10   and that will be the start of some productive discussions

11   about the protocol.

12        JUDGE SCHNEIDER:  Yes, I think you're right,

13   Mr. Goldberg, I don't think there's really any disagreement

14   about the fact that the protocol is going to be a lot more

15   complicated in this case than Benicar was.  That's why it's

16   good to start tackling these issues now starting in September,

17   so we can have it all wrapped up so you can start taking

18   depositions in the December or January time period.

19        We also have to -- I think the defendants should get

20   together and talk about their plan for taking the -- at least

21   the class reps' depositions.  I would assume they want to take

22   all of those depositions.  Your group --

23        MR. GOLDBERG:  Yep.

24        JUDGE SCHNEIDER:  -- or all the defendant groups

25   might want to start formulating some sort of a plan about how

 1   they want to proceed with that.  That's going to be a lot

 2   easier, I think, than the defendants' deps, and get some sort

 3   of, you know, summary to the plaintiffs and start chewing on

 4   it.

 5           If you get -- if the plaintiffs get your comments by

 6   September 2nd, we can start talking about these issues during

 7   our mid-September phone call.  I don't anticipate it's going

 8   to be finalized by then, but it's good to get a head start,

 9   which will give us plenty of time to have things finalized

10   sometime in the fall.  And so you're going to get that,

11   plaintiffs.

12           Any other issues for the plaintiffs -- some of the

13   issues overlap, but when we get to defendants' issues, we can

14   talk about the fact sheets, order to show causes, et cetera.

15           MS. GOLDENBERG:  This is Marlene Goldenberg for

16   plaintiffs.  I just wanted to chime in that on the fact sheet

17   issue.  We actually were able to work through a few of these

18   issues last evening after the agenda letters had been

19   submitted.  So I just wanted to flag that as far as the cases

20   are listed on -- I believe it's the second listing, it's the

21   second table that's included in the defendants' agenda letter,

22   there are -- my understanding from Golden law office is that

23   the Needy case is going to be dismissed by the Golden law

24   office.  That's No. 1 on the second table that was provided by

25   the defendants, and the Kim Thompson case also represented by

1   Golden law office.  My understanding from speaking with them,

2   that case is also going to be dismissed, and so I don't think

3   we need any rulings from the Court on that case.  And then the

4   Wilson case, which is No. 4 on the second table, the attorney

5   and defense counsel were able to come to an agreement last

6   evening as well.

7            So of those four cases, the only one remaining is the

8   second case on the table, which is David Stano's case.

9            JUDGE SCHNEIDER:  I'd like to address that when we

10  get to the defendants' issues, so we have it in chronological

11  order.  But it's heartening to see the parties are meeting and

12  conferring on these issues.

13           Anything else for the plaintiffs?

14           MR. SLATER:  I don't think we had anything that was

15  pressing unless anybody else sees something else that they

16  think that they need to raise, I don't think there was

17  anything else from our perspective.  This is Adam Slater for

18  the record.

19           JUDGE SCHNEIDER:  Mr. Goldberg, let's deal with your

20  issues.

21           MR. GOLDBERG:  Your Honor, I don't know that

22  defendants have issues except for the plaintiff fact sheets.

23           JUDGE SCHNEIDER:  Okay.  Is there a request for

24  orders to show causes?

25           MS. LOCKARD:  Yes, Your Honor.  It's Victoria

 1    Lockard.  We do have a request to show cause on --

 2         JUDGE SCHNEIDER:  Okay.  Let's save that for Judge

 3    Kugler.  But I mean, are there any disputes about the cases

 4    you want orders to show cause issued on?

 5         MS.  LOCKARD:  I think the only thing that I would

 6    add is that, you know, plaintiffs are stating that for two of

 7    these cases that, you know, they had heard that there will be

 8    a dismissal forthcoming at some point from plaintiffs'

 9    counsel, and we don't think that should derail our process in

10    seeking to show cause order.

11         We intend to seek a show cause order.  If the show

12    cause order is resolved in our favor, then we get a dismissal

13    with prejudice and, you know, within that period of time, if

14    plaintiffs dismiss the case, and that's fine, but just that

15    oh, well some point, you know, need to go ahead and dismiss

16    the cases or the Court needs to issue a show cause order on

17    this.  So we do not agree that, you know, the Court can just

18    back down from those and take those off the list.

19         I will say as to the Wilson case, we have agreed.

20    This is one where we did get a resolution yesterday and have

21    agreed to take it off the list for this cycle in order to get

22    the deficiencies resolved, which had been promised.

23         MS. McLAFFERTY:  Your Honor, if I can jump in.  This

24    is Irene McLafferty from Messa Associates representing Raymond

25    Betz.

1      Our case was one on the final list as the first

2  listing of not having filed the PFS but we have filed the PFS.

3  I'm not sure why we're on the list because it was uploaded to

4  MDL Centrality on July 28.  So I have instructed my office to

5  directly send a copy to Mr. Goldberg and to refile it, but I'm

6  not really sure, so I would object to an order to show cause

7  being issued in that case.

8      JUDGE SCHNEIDER:  Is that an issue that is -- there

9  is a person that is the focal point to coordinate these

10  discussions, right?  Is that you, Ms. Lockard?

11      MS. LOCKARD:  I am involved in that, yes.  I'm one of

12  the points for this issue.

13      JUDGE SCHNEIDER:  So the counsel who just spoke,

14  should she be talking with whoever your designee is?

15      MS. LOCKARD:  Yes, she should, and we had a -- we

16  have meet and confer calls scheduled periodically on these,

17  and I don't believe this was addressed on that meet and confer

18  call, but we'll be glad to talk.  This particular case is a

19  first listing, so we're not requesting a show cause.

20      JUDGE SCHNEIDER:  Okay, good.

21      MS. LOCKARD:  So there will be a meet and confer

22  opportunity to try to resolve this, and if this is true that

23  it's been submitted and it's complete, then we should be able

24  to take it off the list before the second listing.

25      JUDGE SCHNEIDER:  Okay.  Great.  Okay.  So you're not

```
 1  going to request -- you're not going to ask Judge Kugler to
 2  issue an order to show cause on that one, right?
 3          MS. LOCKARD:  Correct.
 4          JUDGE SCHNEIDER:  Okay.  Great.  All right.  Anything
 5  else we need to address on this call?
 6          MR. GOLDBERG:  Nothing from defendants, Your Honor.
 7          JUDGE SCHNEIDER:  Okay.  Let me make a suggestion,
 8  just to make it easier.  I'll hang up from this call, let
 9  Judge Kugler know, you know, we're ready to proceed, and I
10  would anticipate that he'll get on the line no later than
11  11 o'clock.  So if you can -- if you want to hang up and call
12  back in, or better yet, just hang on the phone and maybe just
13  start talking about whatever you have to talk about, I'll just
14  alert Judge Kugler to what we talked about, and whatever
15  issues you want to raise with him are fine.  I know the order
16  to show cause issue is going to be raised.
17          I hope when I hang up, or at least put the phone on
18  hold, it doesn't disconnect everybody.  If it does, call back
19  in at 11, okay?
20          MR. SLATER:  We will.
21          JUDGE SCHNEIDER:  Okay.  Thanks, everybody.
22          RESPONSE:  Thank you, Judge.
23          (Recess 10:50 to 10:59 a.m.)
24          JUDGE KUGLER:  You want to talk about these listings
25  and orders to show cause?
```

```
 1           MR. SLATER:  That's fine.  Go ahead, Victoria.

 2           MS. LOCKARD:  Your Honor, Victoria Lockard, I'm going

 3   to address this part for -- on behalf of the defendant.  So,

 4   yes, we have -- you have before you the defendants' position

 5   statement.  We have two categories of cases.

 6           The first are cases where the Court agreed to issue

 7   show cause orders at the last date -- last month, and we

 8   originally started with 12 of those cases.  Judge Schneider

 9   indicated that show cause orders were issued on those,

10   although I know we did not see the show cause orders come

11   across, but be that as it may, we have, out of those 12 cases,

12   we have resolved six of them or at least six of them have

13   provided plaintiffs' fact sheets in the interim period and so

14   today, we're seeking dismissals for the remaining six where no

15   plaintiff fact sheet has yet to be filed.

16           JUDGE KUGLER:  Let's go through them.  Give me the

17   captions on one through six, please.

18           MS. LOCKARD:  Okay.  So we have -- the first is

19   Marcia Cantrell.  You just want the last name?

20           JUDGE KUGLER:  Last name and the docket number.  If

21   you've got the individual docket number, that would be

22   helpful.

23           MS. LOCKARD:  I do.  It's Cantrell, the docket number

24   is 2019-cv-14891.

25           JUDGE KUGLER:  That's Cantrell, and it's 19-14891.
```

 1          What's the next one?

 2          MS. LOCKARD:  DeShields, and the number is 20-01030.

 3          The next one is -- I'll spell it, F-O-U-G-E-R-E,

 4  first name Therese and that is No. 19-17597, and the fourth

 5  one is Jones, Philip, the number is 20-cv-2795.

 6          The next one is Pittman, Charleston, No.

 7  2019-cv-15638.  And the sixth one is William, Charles,

 8  2019-cv-07632.

 9          JUDGE KUGLER:  All right.  Anybody want to be heard

10  on behalf of the plaintiffs on these matters?

11          MS. PADDEN:  Kristin Padden from Douglas and London.

12  Kristin Padden, P-A-D-D-E-N, is the last name, and we

13  represent Plaintiffs DeShields and Jones.  I'll address Jones

14  first.  We served a plaintiff fact sheet last evening on --

15  through MDL and Centrality, we also sent a courtesy copy to

16  Seth Goldberg last night.  We believe the fact sheet is

17  materially complete.  It's been signed by the plaintiffs and

18  it should meet all of the requirements, so we believe he

19  should be removed from this list.  I apologize for the

20  lateness, we just received it yesterday and managed to upload

21  it last night.

22          JUDGE KUGLER:  Okay.

23          MS. PADDEN:  For Ms. DeShields, we have unfortunately

24  been unable to speak with her for quite some time.  The last

25  time we spoke with her was several months ago and she had

1    advised us that due to the length of the fact sheets, she no

2    longer wanted to proceed with her case.  We have been trying

3    to memorialize that in writing from her, so that we can either

4    secure a stipulation to dismiss her case or produce the

5    plaintiff fact sheet.

6         At this time, we would respectfully request an

7    additional 30 days to try and get her to sign off on

8    dismissing her case, or if it needs to be dismissed at this

9    point, we would ask that it be done without prejudice as we

10   haven't been able to reach her.  We've also been trying to

11   reach family members of her to -- that were initially

12   responsive and are no longer responsive and we're just trying

13   to basically get her consent to dismiss the case at this

14   point.

15        JUDGE KUGLER:  Ms. Padden, I appreciate all of your

16   efforts to try to come to a resolution on the DeShields

17   matter, but I'm going to deny your request and we're going to

18   grant the defendants' motions to dismiss Cantrell, DeShields

19   and I guess you pronounce this Fougere, F-O-U-G-E-R-E,

20   Pittman, and Williams.

21        As to Jones, anybody on the defense side want to

22   comment?  Ms. Padden says they submitted that last night.

23        MR. GOLDBERG:  Your Honor, this is Seth Goldberg, and

24   I am going back to my e-mail from last night and I do see an

25   e-mail from Ms. Padden at 7:06.  I did not see that last

1  night.  I think last month or maybe two months ago during our

2  conference with Judge Schneider, we tried to clarify for

3  plaintiffs who on our defense team should receive these kinds

4  of e-mail, because others are really focused on these issues.

5  So I'm going to forward this to our colleagues and they can

6  get in touch with Ms. Padden and talk about Jones.  But I'd

7  say it doesn't need to be dismissed today.

8        JUDGE KUGLER:  We'll carry this for another listing

9  then, this Jones matter, and we'll clean it up next time.

10        Would you give me the second listing on Page 3 of

11  your letter?  I can't follow this, because in the body of your

12  first paragraph, you say there are six cases but you only list

13  four, and you asked for an order to show cause, but there

14  seems to be a second listing.  So what is it you want me to do

15  with these four or six cases or whatever it is?

16        MS. GOLDENBERG:  Your Honor, this is Marlene

17  Goldenberg.  Before we go off of the last list, I've been

18  serving as liaison counsel for all of the plaintiffs who have

19  cases on this list.  And the attorneys from the Law Offices of

20  John D. Sileo on No. 5 on the first table have told me that

21  late last night, they submitted the PFS for Charleston Pittman

22  as well.

23        MS. LOCKARD:  And, Your Honor, we did review the

24  Pittman.  This is Victoria Lockard.  We did see that one and

25  we refused that one and it still is woefully deficient and we

1   do believe there are significant core deficiencies throughout

2   that plaintiff's fact sheet and at this late date, to serve

3   it, you know, the evening before show cause order of dismissal

4   is set to be imposed and we just don't think that's

5   sufficient.

6         Now, my colleague, Steve Harkins can address the

7   specific deficiencies within that plaintiff's fact sheet if

8   Your Honor desires, but we still think that should be

9   dismissed.

10        JUDGE KUGLER:  Well, I don't have it before me, so

11   it's kind of tough for me to make a decision on whether it

12   complies with the requirements without seeing it.

13        MS. LOCKARD:  Right.  Unfortunately, we just -- it

14   was just served on us late last night, so we were not -- so

15   you do not have that before you.

16        JUDGE KUGLER:  Well, is it signed by the plaintiff?

17   Let's start with that.

18        MS. LOCKARD:  I'm going to refer to Steve Harkins so

19   he can address the specific questions about the Pittman fact

20   sheet.

21        MR. HARKINS:  Hi, Your Honor, this is Steve Harkins

22   from Greenberg Traurig for the Teva defendants in the defense

23   group.  We did receive a plaintiff fact sheet from Ms. Pittman

24   at 9:53 last night.  The plaintiff fact sheet is signed.

25   However, it does not indicate use of Valsartan, it does not

1    claim an injury, cancer or otherwise.  It does not claim any

2    damages with respect to the case.

3         Large portions of it that we think are basic and core

4    case information have been left entirely blank, and we're

5    perfectly willing to work with the plaintiff's individual

6    counsel on resolving those types of deficiencies, but other

7    than indicating Valsartan use with no specificity and not

8    providing any records actually demonstrating Valsartan use,

9    you know, there's nothing at all for us to even evaluate on

10    this plaintiff fact sheet, so we would still ask for dismissal

11    with respect to this case.

12         I would note that this was originally filed in

13    January.  The first plaintiff fact sheet should have been due

14    in March.  This case is now five months overdue and this is

15    the third time it has been present on the Court's agenda list.

16         MR. NIGH:  Daniel Nigh for the plaintiffs.  I want to

17    reiterate that in Benicar, we did exactly what Your Honor

18    stated initially, which is if it's a verified PFS that's

19    submitted, as soon as that occurred, then it goes through the

20    deficiency stage.  So here, we would just ask and request

21    that, you know, now that there's a verified PFS that's been

22    submitted, you know, the deficiency stage rolls through, that

23    this plaintiff had time to cure the deficiencies that they had

24    with the evidence.

25         JUDGE KUGLER:  All right.  Well, we'll transfer this

1    one to next month, the Pittman matter.  Try to work out your

2    deficiencies.  If you can't work out your deficiencies, you

3    can tee it up with the next conference and I'll make a

4    decision if there's still a contest over whether that case

5    should be dismissed.

6         MS. LOCKARD:  Thank you, Judge.

7         So that brings us to the new listing, and I believe

8    there are just four that are on the chart.  I think our letter

9    said six, but this has been a rolling process with working out

10   some of these issues and trying to whittle this down to the

11   final list.  So I can go through those.

12        We have the Needy case, which is 19-cv-15051, the

13   second is Stano, David, 19-cv-18080.  The third is the

14   Thompson, Kim case, 19-cv-15135, and the last on the list --

15   actually, it's the last on the list is the Wilson Winifried

16   case, and we have agreed to take that off of the show cause

17   list as of late yesterday.  So if I may correct my statement,

18   we're just seeking show cause on the first three.

19        Now, there has been an indication that plaintiffs'

20   counsel intends to dismiss two of these cases, I believe the

21   Needy and the Stano case, however, they haven't been dismissed

22   yet and we don't think that should interrupt the process that

23   the Court has in place for any show cause orders.  We would

24   like to get a show cause order entered, and if plaintiffs'

25   counsel seeks to dismiss voluntarily in the interim before the

 1    next CMC, you know, certainly that's their prerogative.

 2            JUDGE KUGLER:  For the plaintiffs, any objection to

 3    issuing an order to show cause, why these shouldn't be

 4    dismissed for the three remaining plaintiffs, which are Needy

 5    and Stano and Thompson?

 6            MS. GOLDENBERG:  Your Honor, this is Marlene

 7    Goldenberg for the plaintiffs.  I did just want to correct one

 8    statement.  My understanding is that the two cases that are

 9    going to be dismissed are Nos. 1 and 3 on the table and that's

10    Needy and Thompson.

11            We are not going to object to the show cause orders

12    because these cases -- because plaintiffs' counsel for those

13    clients have indicated that they want to dismiss those cases

14    anyway.  I will point out that there are some reasons here

15    that the defendants have listed that we don't believe are core

16    but because the cases are going away anyway, we don't feel

17    it's necessary to use the Court's time to argue those today.

18            JUDGE KUGLER:  Okay.  Those three will be listed for

19    an order to show cause why they shouldn't be dismissed at the

20    next meeting.

21            And then that leaves a whole bunch of first listings.

22            MS. LOCKARD:  Yes, and, Your Honor, we have now

23    worked out what I think everyone agrees is a pretty good

24    process for the back and forth on this with periodic meet and

25    confers which our firm and Ms. Goldenberg's firm are leading,

 1   and so that has been a good process for getting these whittled

 2   down.  So I imagine this will be limited and reduced by the

 3   next time of the CMC, but we will just continue that process

 4   and then list whatever -- whichever cases we believe are for

 5   this process at that time if that suits Your Honor.

 6           JUDGE KUGLER:  Well, you have 19 listed up to

 7   Page 17, so we will relist them again for next month, see what

 8   happens.  And then you have three more cases at Page 18 of

 9   your letter, where you say that fact sheets are overdue,

10   correct?

11           MS. LOCKARD:  Correct.  Those are cases where no fact

12   sheets have been submitted whatsoever, but it is the first

13   listing on the Court's agenda.

14           MS. McLAFFERTY:  Your Honor, if I could address No. 2

15   on that list, Raymond Betz -- this is Irene McLafferty from

16   Messa & Associates.  We did file a plaintiff's fact sheet

17   July 28th, so I'm not sure why that is going up on the list.

18   My office checked this morning.  It's listed as having been

19   filed on July 20th on MDL Centrality.  So that is something

20   that needs to be taken off the list.

21           JUDGE KUGLER:  Defendants have any knowledge of that

22   on the Betz matter, B-E-T-Z?

23           MS. LOCKARD:  Yes, Your Honor, we are aware of that

24   case and have reviewed what has been submitted and provided

25   that it is complete and not deficient on the core issues, we

```
 1   will be taking it off of the list.

 2           JUDGE KUGLER:  All right.  Let's take Betz off the

 3   list for the time being.  We can always renew your application

 4   at the next case management conference.

 5           MS. LOCKARD:  Thank you, Your Honor.

 6           JUDGE KUGLER:  So Virginia Bowden or Bowden matters

 7   will be listed again for next meeting.

 8           Anything else on these orders to show cause or

 9   listings that we want to talk about?

10           MS. LOCKARD:  Not from the defendants, Your Honor.

11           JUDGE KUGLER:  Any other issues for the plaintiffs on

12   these listings?

13           MS. GOLDENBERG:  No, Your Honor.

14           JUDGE KUGLER:  Okay.  Great.  Anything else you need

15   to talk -- I understand you had a conference, a productive

16   conference with Judge Schneider.  Anything else that we need

17   to discuss with me at this point?

18           MR. SLATER:  From the plaintiffs' perspective,

19   nothing, Your Honor.  I think we covered plenty of ground with

20   Judge Schneider.

21           JUDGE KUGLER:  Good.

22           MR. GOLDBERG:  Same with the defense, Your Honor.

23           JUDGE KUGLER:  Okay.  Then let's -- they keep telling

24   me I want to get you into a courtroom at the courthouse and

25   things conspire against that.  But I'm still trying to do
```

1   that.  We do have a courtroom open.  The biggest impediment,

2   actually I see that meeting in the courthouse are the

3   quarantine orders in effect in New Jersey.  The governor took

4   a bunch of states off yesterday but we still have 31 states

5   and territories on our quarantine order in New Jersey.

6        So if you wanted to attend one of these meetings from

7   out of state and you're on one of those states, you'd have to

8   quarantine in New Jersey for 14 days, which I don't wish on

9   anybody.

10        So let's -- let's tentatively plan on coming to the

11   courthouse for our September meeting.

12        Now, I'll be in touch with you and I know you need

13   some lead time if you're coming from out of state and,

14   obviously, if these quarantine orders remain in effect at the

15   end of September, I'm not going to make anybody come for that,

16   but we're going to have to limit the number of people who come

17   into the courtroom, because we need to keep the social

18   distancing.  So we're going to have to limit the numbers who

19   come in.  You're going to have to wear masks.  We do have

20   Plexiglass barriers up everywhere, by counsel tables, between

21   the seats and all those kinds of things.

22        I'll be in touch with you, the Court will be in touch

23   with you a couple of weeks in advance of that date and tell

24   you where we stand and to give you more of the rules and

25   regulations about coming into the courthouse at that time.

1     But I've done some things in the courtroom already, I

2  mean, it's doable, but the biggest thing is the quarantine and

3  limit the numbers of people who are coming.  So you may have

4  to choose among yourselves as to who is going to actually

5  attend in person at these things.

6     All right.  Anything else today, everybody?  I hope

7  everybody is well.

8     MR. SLATER:  No, that's it, Your Honor.  Thank you.

9  Hopefully, we'll see you in person.

10    JUDGE KUGLER:  I hope so.  Talk to everybody soon.

11 Stay well, stay healthy.  Thank you very much.

12    RESPONSE:  Thank you, Your Honor.

13    (11:22 a.m.)

14    - - - - - - - - - - - - - - - -

15

16    I certify that the foregoing is a correct transcript

17 from the record of proceedings in the above-entitled matter.

18

19 */S/ Karen Friedlander, CRR, RMR*
   *Court Reporter/Transcriber*

20

21 *August 26, 2020*
   *Date*

22

23

24

25

## /

/S *[1]* - 43:19

## 0

07068 *[1]* - 1:12

## 1

1 *[2]* - 27:24, 39:9
10 *[1]* - 1:7
103 *[1]* - 1:12
10:50 *[1]* - 31:23
10:59 *[1]* - 31:23
11 *[2]* - 31:11, 31:19
11:22 *[1]* - 43:13
12 *[2]* - 32:8, 32:11
14 *[1]* - 42:8
140 *[1]* - 21:17
15219 *[1]* - 2:24
16 *[2]* - 11:23, 11:24
1638 *[1]* - 2:7
17 *[1]* - 40:7
17th *[1]* - 2:10
18 *[1]* - 40:8
1835 *[1]* - 1:18
19 *[1]* - 40:6
19-14891 *[1]* - 32:25
19-17597 *[1]* - 33:4
19-2875 *[1]* - 3:7
19-cv-15051 *[1]* - 38:12
19-cv-15135 *[1]* - 38:14
19-cv-18080 *[1]* - 38:13
19103 *[2]* - 1:18, 2:10
1:19-md-02875-RBK-JS *[1]* - 1:4
1st *[6]* - 14:22, 15:13, 15:22, 15:23, 16:22, 17:17

## 2

2 *[1]* - 40:14
20-01030 *[1]* - 33:2
20-cv-2795 *[1]* - 33:5
2019-cv-07632 *[1]* - 33:8
2019-cv-14891 *[1]* - 32:24
2019-cv-15638 *[1]* - 33:7
2020 *[3]* - 1:6, 3:1, 43:21
2029 *[1]* - 2:17
20th *[1]* - 40:19
2150 *[1]* - 2:4

## 2500

2500 *[1]* - 2:13
26 *[4]* - 1:6, 3:1, 14:13, 43:21
28 *[1]* - 30:4
2800 *[1]* - 2:21
28th *[1]* - 40:17
2900 *[1]* - 1:18
2nd *[3]* - 12:4, 25:14, 27:6

## 3

3 *[2]* - 35:10, 39:9
30 *[3]* - 2:10, 12:23, 34:7
30(b)(6 *[1]* - 23:8
300 *[1]* - 2:17
30305 *[1]* - 2:14
31 *[1]* - 42:4
316 *[1]* - 1:15
32502 *[1]* - 1:15
3333 *[1]* - 2:13
38th *[1]* - 2:24

## 4

4 *[1]* - 28:4
45 *[1]* - 6:24
45202 *[1]* - 2:21

## 5

5 *[1]* - 35:20
50 *[1]* - 25:18
51 *[1]* - 3:5
55402 *[1]* - 2:4

## 6

60 *[3]* - 10:16, 10:23, 11:10
600 *[2]* - 1:15, 2:20

## 7

701 *[1]* - 1:21
70130 *[1]* - 1:21
756-0160 *[1]* - 1:24
7:06 *[1]* - 34:25

## 8

800 *[1]* - 2:3
81 *[2]* - 21:18, 22:4
856 *[1]* - 1:24

## 9

90067-2904 *[1]* - 2:18
90277 *[1]* - 2:7
9:53 *[1]* - 36:24

## 9:58

9:58 *[1]* - 3:2

## A

a.m *[4]* - 1:7, 3:2, 31:23, 43:13
able *[9]* - 7:18, 14:15, 16:8, 19:25, 20:7, 27:17, 28:5, 30:23, 34:10
above-entitled *[1]* - 43:17
accomplished *[2]* - 6:19, 6:21
act *[1]* - 17:13
Actavis *[2]* - 2:15
action *[1]* - 9:12
ACTION *[1]* - 1:3
Adam *[3]* - 3:13, 5:17, 28:17
ADAM *[1]* - 1:11
add *[5]* - 17:2, 20:14, 21:13, 22:18, 29:6
added *[1]* - 20:11
additional *[3]* - 8:5, 19:18, 34:7
additions *[1]* - 9:13
address *[13]* - 4:10, 4:11, 4:13, 5:8, 5:11, 19:4, 28:9, 31:5, 32:3, 33:13, 36:6, 36:19, 40:14
addressed *[2]* - 9:18, 30:17
adhere *[2]* - 15:18, 18:20
adhered *[1]* - 17:16
adopting *[1]* - 26:5
advance *[3]* - 6:24, 17:17, 42:20
advised *[1]* - 34:1
agenda *[5]* - 4:12, 27:18, 27:21, 37:15, 40:13
agendas *[1]* - 5:7
ago *[9]* - 5:22, 6:17, 14:14, 17:10, 18:7, 22:23, 33:25, 35:1
agree *[8]* - 9:24, 9:25, 10:10, 10:20, 11:12, 11:19, 22:13, 29:17
agreed *[5]* - 23:3, 29:19, 29:21, 32:6, 38:16
agreement *[2]* - 6:9, 28:5
agreements *[1]* - 15:4
agrees *[1]* - 39:23
ahead *[3]* - 20:13, 29:15, 32:1

## A (cont.)

aided *[1]* - 1:25
alert *[2]* - 19:21, 31:14
ALFANO *[1]* - 2:23
ALL *[1]* - 3:1
amend *[2]* - 4:14, 4:18
AmerisourceBergen *[2]* - 2:22, 4:4
Angeles *[1]* - 2:18
anticipate *[4]* - 13:16, 15:23, 27:7, 31:10
anticipates *[1]* - 12:19
anyway *[3]* - 25:5, 39:14, 39:16
API *[5]* - 7:15, 13:24, 16:11, 23:8, 25:5
apologize *[1]* - 33:19
appear *[1]* - 8:9
appearance *[2]* - 3:8, 3:9
application *[1]* - 41:3
apply *[1]* - 25:24
appreciate *[2]* - 21:13, 34:15
approaching *[1]* - 6:24
area *[5]* - 6:15, 7:12, 7:13, 14:7, 14:14
argue *[1]* - 39:17
arguing *[1]* - 16:19
aside *[1]* - 8:5
asserting *[2]* - 8:12, 8:14
Associates *[2]* - 29:24, 40:16
assume *[2]* - 12:24, 26:21
assuming *[1]* - 9:11
assure *[1]* - 15:2
Atlanta *[1]* - 2:14
attached *[2]* - 5:21, 8:8
attachments *[1]* - 7:3
attempt *[1]* - 23:11
attempting *[1]* - 18:1
attend *[2]* - 42:6, 43:5
attention *[1]* - 7:6
attorney *[1]* - 28:4
attorneys *[1]* - 35:19
August *[4]* - 1:6, 3:1, 14:13, 43:21
Aurobindo *[1]* - 6:9
Avenue *[1]* - 2:3
avoid *[1]* - 10:4
aware *[1]* - 40:23
awkward *[1]* - 4:17

## B

background *[1]* - 19:19

## B (cont.)

BARNES *[1]* - 2:16
barriers *[1]* - 42:20
based *[3]* - 14:25, 18:21, 19:11
basic *[3]* - 6:12, 11:12, 37:3
basis *[3]* - 10:12, 18:23, 20:21
batch *[1]* - 15:5
batches *[1]* - 7:16
Baylen *[1]* - 1:15
Beach *[1]* - 2:7
bear *[1]* - 5:8
became *[2]* - 14:10, 19:9
begin *[1]* - 15:13
behalf *[3]* - 3:14, 32:3, 33:10
Behram *[2]* - 11:22, 15:4
BEHRAM *[1]* - 2:6
belabor *[1]* - 21:9
benefit *[1]* - 22:6
Benicar *[5]* - 25:15, 25:19, 26:5, 26:15, 37:17
BERNE *[1]* - 2:19
better *[2]* - 9:12, 31:12
between *[2]* - 7:3, 42:20
Betz *[4]* - 29:25, 40:15, 40:22, 41:2
BETZ *[1]* - 40:22
biggest *[2]* - 42:1, 43:2
bit *[5]* - 13:13, 24:5, 24:13, 25:6, 26:5
biweekly *[1]* - 18:23
blank *[1]* - 37:4
body *[1]* - 35:11
BOSICK *[1]* - 2:23
bottleneck *[1]* - 11:3
bottlenecking *[1]* - 10:4
Bowden *[2]* - 41:6
brief *[1]* - 21:2
briefing *[3]* - 24:4, 24:15, 24:18
briefly *[1]* - 14:25
bring *[1]* - 19:25
brings *[1]* - 38:7
broader *[1]* - 13:14
brought *[3]* - 6:14, 7:5, 22:22
bulk *[2]* - 15:24, 16:23
bunch *[2]* - 39:21, 42:4
burden *[1]* - 17:18
business *[1]* - 21:23
butt *[1]* - 9:9

**BY** [11] - 1:11, 1:14, 1:17, 1:20, 2:3, 2:6, 2:9, 2:12, 2:17, 2:20, 2:23

**C**

**CA** [1] - 2:18
**California** [1] - 2:7
**Camp** [1] - 1:21
**cancer** [1] - 37:1
**cannot** [3] - 17:21, 17:22
**Cantrell** [4] - 32:19, 32:23, 32:25, 34:18
**captions** [1] - 32:17
**care** [4] - 7:11, 16:20, 16:25, 23:6
**carry** [1] - 35:8
**case** [34] - 4:17, 6:13, 9:6, 17:4, 18:9, 25:4, 26:15, 27:23, 27:25, 28:2, 28:3, 28:4, 28:8, 29:14, 29:19, 30:1, 30:7, 30:18, 34:2, 34:4, 34:8, 34:13, 37:2, 37:4, 37:11, 37:14, 38:4, 38:12, 38:14, 38:16, 38:21, 40:24, 41:4
**cases** [20] - 27:19, 28:7, 29:3, 29:7, 29:16, 32:5, 32:6, 32:8, 32:11, 35:12, 35:15, 35:19, 38:20, 39:8, 39:12, 39:13, 39:16, 40:4, 40:8, 40:11
**categories** [1] - 32:5
**category** [1] - 13:14
**causes** [2] - 27:14, 28:24
**cemented** [1] - 7:25
**Centrality** [3] - 30:4, 33:15, 40:19
**Centre** [1] - 2:24
**Century** [1] - 2:17
**cert** [1] - 24:2
**certain** [3] - 14:6, 17:12, 20:11
**certainly** [7] - 10:15, 13:14, 14:18, 15:17, 21:3, 22:9, 39:1
**certainty** [3] - 6:20, 7:24, 8:3
**certify** [1] - 43:16
**cetera** [1] - 13:24, 27:14
**change** [3] - 11:5, 11:20, 18:6

**changes** [1] - 18:22
**changing** [1] - 17:15
**Charles** [1] - 33:7
**Charleston** [2] - 33:6, 35:21
**chart** [1] - 38:8
**checked** [1] - 40:18
**checking** [1] - 8:22
**chewing** [1] - 27:3
**chime** [1] - 27:16
**choose** [1] - 43:4
**chromatography** [2] - 7:15, 13:24
**chronological** [1] - 28:10
**cincinnati** [1] - 2:21
**CIVIL** [1] - 1:3
**claim** [1] - 37:1
**clarify** [2] - 24:13, 35:2
**class** [2] - 24:2, 26:21
**clean** [1] - 35:9
**clear** [14] - 5:15, 5:25, 6:17, 7:10, 7:21, 9:24, 10:21, 10:25, 11:19, 12:25, 18:14, 18:16, 19:9
**CLEM** [1] - 2:23
**Clem** [1] - 4:1
**clients** [3] - 17:23, 39:13
**CMC** [2] - 39:1, 40:3
**Co** [1] - 2:18
**Coast** [1] - 2:7
**colleague** [3] - 15:2, 15:4, 36:6
**colleagues** [1] - 35:5
**collect** [1] - 25:25
**column** [2] - 6:8, 6:10
**comfort** [1] - 22:15
**coming** [4] - 42:10, 42:13, 42:25, 43:3
**Commencing** [1] - 1:7
**comment** [4] - 10:18, 13:4, 21:11, 34:22
**comments** [2] - 25:25, 27:5
**committee** [1] - 3:25
**common** [1] - 21:8
**complete** [4] - 7:18, 30:23, 33:17, 40:25
**completed** [1] - 7:22, 24:18
**compliant** [2] - 6:6, 19:2
**complicated** [2] - 26:5, 26:15
**complies** [1] - 36:12

**comply** [2] - 9:16, 11:2
**computer** [1] - 1:25
**computer-aided** [1] - 1:25
**concern** [1] - 17:14
**concerning** [1] - 7:10
**confer** [8] - 5:1, 10:10, 15:20, 22:13, 26:3, 30:16, 30:17, 30:21
**conference** [8] - 17:20, 20:8, 25:1, 35:2, 38:3, 41:4, 41:15, 41:16
**CONFERENCES** [1] - 1:5
**conferences** [1] - 18:9
**conferring** [3] - 10:20, 15:3, 28:12
**confers** [1] - 39:25
**confidence** [1] - 16:7
**confirm** [1] - 5:2
**conjunction** [1] - 17:10
**CONLEE** [1] - 1:20
**Conlee** [1] - 3:19
**consent** [1] - 34:13
**conspire** [1] - 41:25
**contamination** [1] - 14:10
**contest** [1] - 38:4
**continue** [3] - 15:19, 15:20, 40:3
**CONTINUED** [1] - 2:1
**continuing** [1] - 7:8
**Convention** [1] - 25:24
**conversation** [1] - 16:5
**coordinate** [1] - 30:9
**copy** [2] - 30:5, 33:15
**core** [6] - 15:9, 22:6, 36:1, 37:3, 39:15, 40:25
**correct** [7] - 10:19, 31:3, 38:17, 39:7, 40:10, 40:11, 43:16
**correctly** [2] - 8:15, 24:11
**counsel** [13] - 3:10, 4:8, 10:10, 13:19, 28:5, 29:9, 30:13, 35:18, 37:6, 38:20, 38:25, 39:12, 42:20
**countries** [1] - 25:21
**couple** [4] - 7:21, 11:14, 16:10, 42:23
**course** [4] - 9:12, 15:15, 18:9, 21:24
**court** [1] - 17:20

**Court** [2] - 1:23, 43:19
**COURT** [1] - 1:1
**Court's** [4] - 17:22, 37:15, 39:17, 40:13
**courtesy** [1] - 33:15
**courthouse** [4] - 41:24, 42:2, 42:11, 42:25
**courtroom** [4] - 41:24, 42:1, 42:17, 43:1
**covered** [1] - 41:4
**COVID-19** [1] - 26:6
**create** [1] - 18:7
**created** [1] - 10:7
**crosstalk** [1] - 14:23
**CRR** [1] - 43:19
**cure** [1] - 37:23
**current** [1] - 6:14
**custodial** [1] - 15:12
**custodian** [3] - 21:16, 21:22
**custodians** [19] - 8:5, 15:8, 15:11, 17:12, 18:2, 18:3, 19:10, 19:18, 20:11, 20:22, 21:1, 21:13, 21:14, 21:20, 21:22, 22:4, 22:9, 22:18
**cut** [1] - 19:12
**cut-down** [1] - 19:12
**CVS** [2] - 2:18, 4:6
**cycle** [1] - 29:21

**D**

**damages** [1] - 37:2
**DANIEL** [2] - 1:14, 2:20
**Daniel** [2] - 3:17, 37:16
**date** [11] - 4:21, 6:6, 8:14, 9:5, 10:20, 14:6, 25:9, 32:7, 36:2, 42:23
**Date** [1] - 43:21
**dates** [1] - 24:7
**David** [2] - 28:8, 38:13
**DAVIS** [1] - 2:12
**days** [9] - 6:24, 10:17, 10:23, 11:8, 11:10, 11:14, 12:23, 34:7, 42:8
**deadline** [3] - 9:15, 16:3, 16:7
**deadlines** [1] - 17:22
**deal** [5] - 15:22, 18:23, 20:21, 20:24, 28:19
**dealing** [1] - 20:24
**dealt** [1] - 19:1
**December** [2] - 18:15,

26:18
**decide** [1] - 21:4
**decided** [5] - 17:10, 17:19, 17:21, 24:12, 24:22
**decision** [2] - 36:11, 38:4
**defendant** [8] - 8:25, 11:2, 11:16, 22:4, 23:19, 23:23, 26:24, 32:3
**Defendant** [4] - 2:11, 2:18, 2:22, 2:25
**defendants** [43] - 3:10, 3:21, 3:23, 3:25, 4:4, 4:6, 4:18, 4:23, 5:11, 6:20, 6:23, 7:18, 8:1, 8:16, 9:16, 13:5, 15:24, 17:4, 17:18, 17:25, 18:3, 18:7, 18:14, 18:17, 21:2, 21:7, 21:12, 22:12, 22:16, 23:18, 23:20, 23:25, 25:10, 25:17, 25:18, 26:19, 27:25, 28:22, 31:6, 36:22, 39:15, 40:21, 41:10
**Defendants** [1] - 2:14
**defendants'** [8] - 8:7, 9:13, 13:17, 23:16, 27:2, 27:13, 27:21, 28:10, 32:4, 34:18
**defense** [14] - 3:25, 5:2, 5:21, 13:19, 19:20, 19:22, 22:23, 22:25, 25:25, 28:5, 34:21, 35:3, 36:22, 41:22
**Defense** [2] - 2:11, 2:25
**defense's** [1] - 20:10
**deficiencies** [8] - 18:12, 29:22, 36:1, 36:7, 37:6, 37:23, 38:2
**deficiency** [2] - 37:20, 37:22
**deficient** [2] - 35:25, 40:25
**definite** [1] - 25:9
**demonstrating** [1] - 37:8
**deny** [1] - 34:17
**dep** [1] - 25:10
**deponents** [1] - 25:20
**depose** [1] - 24:3
**deposition** [2] - 22:21, 23:12
**depositions** [7] - 23:5,

23:25, 24:8, 25:22, 26:18, 26:21, 26:22
**deps** [2] - 23:6, 27:2
**derail** [1] - 29:9
**DeShields** [5] - 33:2, 33:13, 33:23, 34:16, 34:18
**designee** [1] - 30:14
**desires** [1] - 36:8
**development** [1] - 21:23
**different** [8] - 11:7, 12:9, 13:13, 20:5, 25:16, 25:21, 25:22, 26:6
**difficulty** [1] - 17:5
**directly** [1] - 30:5
**disagree** [1] - 13:12
**disagreement** [1] - 26:13
**disconnect** [1] - 31:18
**discovery** [2] - 15:9, 22:6
**discuss** [1] - 41:17
**discussion** [3] - 6:2, 19:6, 23:9
**discussions** [3] - 26:3, 26:10, 30:10
**dismiss** [9] - 24:18, 29:14, 29:15, 34:4, 34:13, 34:18, 38:20, 38:25, 39:13
**dismissal** [4] - 29:8, 29:12, 36:3, 37:10
**dismissals** [1] - 32:14
**dismissed** [10] - 27:23, 28:2, 34:8, 35:7, 36:9, 38:5, 38:21, 39:4, 39:9, 39:19
**dismissing** [1] - 34:8
**disputes** [1] - 29:3
**distancing** [1] - 42:18
**DISTRICT** [3] - 1:1, 1:1, 1:9
**divert** [1] - 12:11
**doable** [1] - 43:2
**Docket** [1] - 3:6
**docket** [3] - 32:20, 32:21, 32:23
**document** [3] - 9:7, 18:15, 21:21
**documents** [44] - 6:11, 7:1, 7:9, 8:17, 9:1, 9:14, 9:19, 10:5, 10:14, 10:19, 12:11, 12:22, 12:25, 13:7, 13:11, 13:14, 13:18, 14:8, 14:16, 14:19, 15:7, 15:8, 15:10,

15:25, 16:2, 16:4, 16:9, 16:11, 16:13, 16:16, 16:19, 16:23, 17:5, 17:12, 18:4, 18:23, 19:7, 21:19, 21:22, 22:2, 22:8
**done** [8] - 4:9, 7:7, 13:25, 14:16, 23:16, 24:15, 34:9, 43:1
**dose** [2] - 23:8, 23:23
**Douglas** [1] - 33:11
**down** [7] - 10:3, 12:10, 19:12, 21:18, 29:18, 38:10, 40:2
**Du** [1] - 22:5
**DU** [1] - 22:5
**DUANE** [1] - 2:9
**due** [3] - 12:4, 34:1, 37:13
**dump** [1] - 18:15
**during** [4] - 3:11, 13:25, 27:6, 35:1

## E

**e-mail** [5] - 13:13, 15:11, 34:24, 34:25, 35:4
**e-mails** [2] - 7:2, 7:3
**early** [2] - 23:10, 23:25
**easier** [2] - 27:2, 31:8
**East** [1] - 2:17
**easy** [4] - 7:13, 9:1, 9:7, 19:16
**effect** [4] - 16:21, 16:23, 42:3, 42:14
**efficient** [4] - 10:13, 12:15, 17:23, 24:1
**effort** [2] - 12:4, 12:12
**efforts** [2] - 13:17, 34:16
**Eisenhower** [1] - 1:12
**either** [2] - 25:4, 34:3
**end** [10] - 11:14, 16:12, 16:19, 18:24, 19:23, 20:2, 22:14, 23:15, 26:4, 42:15
**ensure** [1] - 19:3
**enter** [1] - 3:9
**entered** [4] - 16:21, 18:20, 23:2, 38:24
**entire** [2] - 5:2, 7:4
**entirely** [1] - 37:4
**entities** [1] - 4:2
**entitled** [1] - 43:17
**entry** [1] - 3:7
**ESI** [7] - 7:2, 8:24, 10:5, 9:21, 11:18, 12:4, 12:6
**ESQUIRE** [12] - 1:11,

1:14, 1:17, 1:20, 2:3, 2:6, 2:9, 2:12, 2:13, 2:17, 2:20, 2:23
**established** [2] - 6:5, 20:17
**et** [2] - 13:24, 27:14
**Europe** [1] - 21:24
**evaluate** [1] - 37:9
**evening** [4] - 27:18, 28:6, 33:14, 36:3
**everywhere** [1] - 42:20
**evidence** [1] - 37:24
**exactly** [3] - 5:23, 14:9, 37:17
**example** [3] - 7:1, 8:21, 23:22
**examples** [4] - 5:25, 7:22, 19:8
**except** [1] - 28:22
**exchange** [1] - 8:2
**excuse** [1] - 13:10
**executive** [1] - 3:25
**Exhibit** [1] - 5:22
**expect** [2] - 3:11, 19:17
**experts** [1] - 14:18

## F

**face** [3] - 21:15, 22:1, 22:8
**fact** [21] - 7:7, 26:14, 27:14, 27:16, 28:22, 32:13, 32:15, 33:14, 33:16, 34:1, 34:5, 36:2, 36:7, 36:19, 36:23, 36:24, 37:10, 37:13, 40:9, 40:11, 40:16
**fair** [1] - 5:5
**fairly** [2] - 22:8, 22:14
**either** [1] - 15:18, 17:13
**fall** [2] - 13:12, 27:10
**familiar** [1] - 4:25
**family** [1] - 34:11
**far** [3] - 19:8, 22:4, 27:19
**favor** [1] - 29:12
**FDA** [1] - 14:12
**Ferretti** [1] - 15:3
**few** [7] - 7:9, 17:10, 19:7, 19:8, 19:13, 19:19, 27:17
**file** [1] - 40:16
**filed** [7] - 4:15, 4:19, 30:2, 32:15, 37:12, 40:19
**final** [2] - 30:1, 38:11
**finality** [1] - 16:8

**finalized** [2] - 27:8, 27:9
**fine** [5] - 11:9, 20:6, 29:14, 31:15, 32:1
**finished** [2] - 23:8, 23:23
**firm** [3] - 16:6, 39:25
**first** [17] - 5:19, 7:13, 15:12, 23:20, 23:23, 30:1, 30:19, 32:6, 32:18, 33:4, 33:14, 35:12, 35:20, 37:13, 38:18, 39:21, 40:12
**five** [1] - 21:20, 37:14
**fixed** [1] - 6:8
**flag** [1] - 27:19
**Floor** [1] - 2:24
**floor** [1] - 5:16
**Florida** [1] - 1:15
**focal** [1] - 30:9
**focus** [3] - 6:18, 23:19, 23:24
**focused** [1] - 35:4
**follow** [1] - 35:11
**following** [1] - 5:18
**FOR** [1] - 1:1
**forefront** [1] - 13:8
**foregoing** [1] - 43:16
**foreign** [1] - 25:20
**formulated** [1] - 23:10
**formulating** [1] - 26:25
**forth** [1] - 39:24
**forthcoming** [1] - 29:8
**forward** [3] - 6:3, 22:25, 35:5
**FOUGERE** [2] - 33:3, 34:19
**Fougere** [1] - 34:19
**four** [4] - 28:7, 35:13, 35:15, 38:8
**fourth** [1] - 33:4
**framework** [1] - 25:16
**frankly** [1] - 11:4
**FREEMAN** [1] - 1:11
**Friday** [4] - 15:6, 15:7, 15:13, 15:16
**Friedlander** [2] - 1:23, 43:19
**friedlanderreporter @gmail.com** [1] - 1:23
**front** [2] - 8:16, 18:3
**front-loading** [1] - 18:3
**future** [1] - 14:6

## G

**geared** [1] - 23:15

**general** [1] - 23:11
**generally** [1] - 8:20
**Geoppinger** [1] - 4:4
**GEOPPINGER** [2] - 2:20, 4:3
**Georgia** [1] - 2:14
**given** [2] - 6:18, 19:19
**glad** [1] - 30:18
**glaring** [1] - 5:25, 7:12
**GOLDBERG** [16] - 2:9, 3:22, 4:24, 14:22, 14:24, 17:1, 17:7, 20:13, 21:9, 24:17, 25:12, 26:23, 28:21, 31:6, 34:23, 41:22
**Goldberg** [14] - 3:23, 4:24, 9:9, 14:24, 17:1, 17:3, 20:15, 21:5, 25:8, 26:13, 28:19, 30:5, 33:16, 34:23
**Goldberg's** [1] - 8:8
**Golden** [3] - 27:22, 27:23, 28:1
**GOLDENBERG** [6] - 2:2, 2:3, 27:15, 35:16, 39:6, 41:13
**Goldenberg** [3] - 27:15, 35:17, 39:7
**Goldenberg's** [1] - 39:25
**GOLOMB** [1] - 1:17
**GORDON** [1] - 2:23
**governor** [1] - 42:3
**grant** [2] - 3:24, 34:18
**great** [5] - 25:3, 25:8, 30:25, 31:4, 41:14
**Greenberg** [1] - 36:22
**GREENBERG** [1] - 2:12
**ground** [2] - 21:8, 41:19
**grounds** [2] - 8:17, 13:1
**group** [4] - 5:2, 25:25, 26:22, 36:23
**Group** [2] - 2:11, 2:25
**groups** [1] - 26:24
**guess** [2] - 23:17, 34:19

## H

**Hague** [1] - 25:23
**hand** [1] - 21:12
**hands** [1] - 12:22
**hang** [4] - 31:8, 31:11, 31:12, 31:17
**happy** [2] - 22:11, 22:12

**harkens** [1] - 23:17
**HARKINS** [2] - 2:13, 36:21
**Harkins** [3] - 36:6, 36:18, 36:21
**head** [2] - 6:2, 27:8
**Health** [1] - 2:18
**healthy** [1] - 43:11
**hear** [4] - 3:9, 20:14, 22:24, 23:4
**heard** [4] - 20:18, 20:19, 29:7, 33:9
**hearing** [1] - 16:2
**heartening** [1] - 28:11
**help** [1] - 9:1
**helpful** [2] - 23:21, 32:22
**helps** [1] - 24:2
**hi** [1] - 36:21
**high** [1] - 22:8
**Highway** [1] - 2:7
**hold** [2] - 17:2, 31:18
**Honik** [1] - 3:15
**HONIK** [3] - 1:17, 1:17, 3:15
**Honor** [68] - 3:13, 3:15, 3:17, 3:19, 3:22, 4:1, 4:3, 4:5, 4:24, 5:4, 5:17, 5:19, 5:23, 9:17, 10:25, 12:1, 13:22, 14:24, 15:12, 15:17, 16:1, 17:1, 17:7, 17:10, 17:15, 18:6, 18:14, 18:15, 18:19, 19:17, 20:9, 20:13, 21:6, 21:9, 21:18, 22:2, 22:6, 22:13, 22:22, 23:14, 24:17, 24:25, 25:12, 28:21, 28:25, 29:23, 31:6, 32:2, 34:23, 35:16, 35:23, 36:8, 36:21, 37:17, 39:6, 39:22, 40:5, 40:14, 40:23, 41:5, 41:10, 41:13, 41:19, 41:22, 43:8, 43:12
**HONORABLE** [2] - 1:8, 1:9
**hope** [6] - 16:1, 20:2, 20:22, 31:17, 43:6, 43:10
**hoped** [1] - 6:1
**Hopefully** [1] - 43:9
**hopefully** [4] - 6:2, 7:25, 23:1, 26:9
**hoping** [1] - 25:13
**host** [1] - 7:11
**hundred** [1] - 8:11

**I**

**idea** [2] - 9:10, 14:3
**identified** [4] - 5:24, 18:1, 19:10, 21:14
**identify** [3] - 5:24, 7:19, 19:24
**imagine** [2] - 14:15, 40:2
**immediately** [1] - 12:13
**impediment** [1] - 42:1
**importance** [1] - 4:6
**important** [4] - 10:19, 12:21, 16:9, 21:1
**imposed** [1] - 36:4
**IN** [1] - 1:3
**Inc** [2] - 2:15, 2:15
**included** [4] - 13:9, 22:5, 22:6, 27:21
**including** [1] - 7:2
**incorporating** [1] - 26:1
**indicate** [4] - 4:16, 8:9, 9:13, 36:25
**indicated** [2] - 32:9, 39:13
**indicating** [1] - 37:7
**indication** [1] - 38:19
**individual** [2] - 32:21, 37:5
**individuals** [1] - 23:8
**Industries** [1] - 2:14
**inefficient** [1] - 22:14
**information** [8] - 6:8, 7:19, 8:2, 15:14, 17:24, 18:4, 19:12, 37:4
**ingredients** [1] - 7:17
**initial** [1] - 14:2
**injury** [1] - 37:1
**instructed** [2] - 17:13, 30:4
**intend** [3] - 10:1, 10:15, 29:11
**intends** [1] - 38:20
**interim** [7] - 9:23, 10:12, 12:2, 12:5, 12:7, 32:13, 38:25
**interpretation** [1] - 12:9
**interrupt** [1] - 38:22
**interview** [1] - 22:5
**involved** [2] - 14:9, 30:11
**Irene** [2] - 29:24, 40:15
**issue** [34] - 4:13, 5:20, 6:7, 7:5, 11:3, 11:15, 11:17, 13:2, 13:3, 13:4, 17:9, 17:18, 17:20, 17:21, 19:2, 19:3, 19:4, 19:5, 20:16, 21:3, 21:4, 21:10, 21:25, 22:12, 22:20, 24:10, 27:17, 29:16, 30:8, 30:12, 31:2, 31:16, 32:6
**issued** [4] - 18:6, 29:4, 30:7, 32:9
**issues** [14] - 4:9, 4:10, 5:7, 5:10, 5:23, 6:1, 6:2, 8:22, 13:6, 15:20, 18:23, 20:25, 22:13, 22:19, 23:9, 25:23, 25:25, 26:3, 26:7, 26:16, 27:6, 27:12, 27:13, 27:18, 28:10, 28:12, 28:20, 28:22, 31:15, 35:4, 38:10, 40:25, 41:11
**issuing** [1] - 39:3
**itself** [2] - 9:22, 23:6

**J**

**January** [3] - 11:11, 26:18, 37:13
**Jeffrey** [1] - 4:3
**JEFFREY** [1] - 2:20
**JERSEY** [1] - 1:1
**Jersey** [4] - 1:12, 42:3, 42:5, 42:8
**Joe** [1] - 15:2
**JOEL** [1] - 1:8
**John** [1] - 35:20
**Johnston** [1] - 4:6
**JOHNSTON** [2] - 2:17, 4:5
**join** [1] - 4:10
**Joint** [2] - 2:11, 2:25
**Jones** [6] - 33:5, 33:13, 34:21, 35:6, 35:9
**Judge** [14] - 3:3, 4:8, 24:11, 24:21, 29:2, 31:1, 31:9, 31:14, 31:22, 32:8, 35:2, 38:6, 41:16, 41:20
**JUDGE** [60] - 1:8, 1:9, 3:3, 3:21, 4:7, 5:5, 8:7, 9:9, 10:18, 11:18, 11:24, 12:16, 14:20, 15:21, 16:20, 17:2, 19:1, 20:14, 22:15, 23:3, 24:9, 24:20, 24:22, 25:3, 25:8, 26:12, 26:24, 28:9, 28:19, 28:23, 29:2, 30:8, 30:13,

30:20, 30:25, 31:4, 31:7, 31:21, 31:24, 32:16, 32:20, 32:25, 33:9, 33:22, 34:15, 35:8, 36:10, 36:16, 37:25, 39:2, 39:18, 40:6, 40:21, 41:2, 41:6, 41:11, 41:14, 41:21, 41:23, 43:10
**July** [3] - 30:4, 40:17, 40:19
**jump** [1] - 29:23
**Jun** [1] - 22:5
**JUN** [1] - 22:5
**jurisdictional** [1] - 25:23

**K**

**KANNER** [1] - 1:20
**Karen** [2] - 1:23, 43:19
**KATZ** [1] - 1:11
**keep** [5] - 8:22, 9:5, 16:6, 41:23, 42:17
**key** [4] - 16:4, 16:13, 16:19, 18:2
**keyed** [1] - 20:8
**Kim** [2] - 27:25, 38:14
**kind** [1] - 36:11
**kinds** [3] - 17:12, 35:3, 42:21
**KIRTLAND** [1] - 2:6
**knowledge** [1] - 40:21
**known** [2] - 14:10, 20:4
**knows** [1] - 5:13
**Kristin** [2] - 33:11, 33:12
**KUGLER** [23] - 1:9, 31:24, 32:16, 32:20, 32:25, 33:9, 33:22, 34:15, 35:8, 36:10, 36:16, 37:25, 39:2, 39:18, 40:6, 40:21, 41:2, 41:6, 41:11, 41:14, 41:21, 41:23, 43:10
**Kugler** [6] - 4:8, 24:11, 29:3, 31:1, 31:9, 31:14

**L**

**language** [2] - 16:22, 26:7
**large** [1] - 37:3
**Lasalle** [1] - 2:3
**last** [22] - 11:11, 27:18, 28:5, 32:7, 32:19, 32:20, 33:12,

33:14, 33:16, 33:21, 33:24, 34:22, 34:24, 34:25, 35:1, 35:17, 35:21, 36:14, 36:24, 38:14, 38:15
**late** [4] - 35:21, 36:2, 36:14, 38:17
**lateness** [1] - 33:20
**LAW** [1] - 2:2
**law** [3] - 27:22, 27:23, 28:1
**Law** [1] - 35:19
**lead** [2] - 3:10, 42:13
**leading** [1] - 39:25
**learning** [1] - 19:14
**least** [9] - 6:9, 8:14, 9:4, 15:13, 21:14, 21:20, 26:20, 31:17, 32:12
**leave** [2] - 19:22, 22:18
**leaves** [1] - 39:21
**leaving** [1] - 16:18
**left** [1] - 37:4
**length** [1] - 34:1
**letter** [18] - 5:18, 5:21, 7:8, 8:8, 8:16, 10:9, 13:7, 13:20, 19:8, 19:12, 21:2, 25:13, 25:15, 27:21, 35:11, 38:8, 40:9
**letters** [5] - 4:7, 4:8, 8:9, 14:8, 27:18
**letting** [1] - 5:4
**LEVIN** [1] - 1:14
**LIABILITY** [1] - 1:4
**liaison** [1] - 35:18
**likely** [3] - 15:10, 23:19
**limit** [3] - 42:16, 42:18, 43:3
**limited** [1] - 40:2
**line** [1] - 31:10
**list** [24] - 13:13, 13:17, 21:17, 22:3, 29:18, 29:21, 30:1, 30:3, 30:24, 33:19, 35:12, 35:17, 35:19, 37:15, 38:11, 38:14, 38:15, 38:17, 40:4, 40:15, 40:17, 40:20, 41:1, 41:3
**listed** [7] - 20:3, 27:20, 39:15, 39:18, 40:6, 40:18, 41:7
**listing** [9] - 27:20, 30:2, 30:19, 30:24, 35:8, 35:10, 35:14, 38:7, 40:13
**listings** [4] - 31:24,

*39*:21, *41*:9, *41*:12
**lists** [1] - *19*:13
**litigated** [1] - *17*:19
**litigation** [2] - *3*:6, *23*:17
**LITIGATION** [1] - *1*:4
**LLC** [3] - *1*:11, *1*:20, *2*:15
**LLP** [6] - *2*:6, *2*:9, *2*:12, *2*:16, *2*:19, *2*:23
**loading** [1] - *18*:3
**local** [1] - *4*:15
**locations** [1] - *25*:22
**LOCKARD** [23] - *2*:12, *3*:24, *9*:17, *11*:25, *28*:25, *29*:5, *30*:11, *30*:15, *30*:21, *31*:3, *32*:2, *32*:18, *32*:23, *33*:2, *35*:23, *36*:13, *36*:18, *38*:6, *39*:22, *40*:11, *40*:23, *41*:5, *41*:10
**Lockard** [6] - *3*:24, *9*:17, *29*:1, *30*:10, *32*:2, *35*:24
**log** [18] - *6*:11, *8*:14, *8*:18, *9*:3, *9*:11, *9*:14, *9*:21, *9*:22, *10*:7, *10*:15, *10*:17, *10*:22, *11*:4, *11*:11, *12*:13, *12*:23, *19*:2, *19*:3
**logs** [6] - *6*:6, *6*:7, *9*:16, *10*:2, *10*:19, *11*:1
**London** [1] - *33*:11
**looking** [3] - *11*:18, *15*:15, *16*:16
**Los** [1] - *2*:18
**Louisiana** [1] - *1*:21
**Ltd** [1] - *2*:14

### M

**MAGISTRATE** [1] - *1*:8
**mail** [5] - *13*:13, *15*:11, *34*:24, *34*:25, *35*:4
**mails** [2] - *7*:2, *7*:3
**major** [3] - *6*:15, *14*:9, *14*:10
**managed** [1] - *33*:20
**management** [2] - *18*:9, *41*:4
**manager** [1] - *21*:23
**manufacturers** [4] - *7*:15, *19*:10, *23*:24, *25*:5
**March** [1] - *37*:14
**Marcia** [1] - *32*:19

**Market** [1] - *1*:18
**Marlene** [3] - *27*:15, *35*:16, *39*:6
**MARLENE** [1] - *2*:3
**masks** [1] - *42*:19
**matched** [1] - *7*:16
**materially** [1] - *33*:17
**matter** [7] - *12*:9, *19*:24, *34*:17, *35*:9, *38*:1, *40*:22, *43*:17
**matters** [2] - *33*:10, *41*:6
**MAZIE** [1] - *1*:11
**McLafferty** [4] - *29*:23, *29*:24, *40*:14, *40*:15
**MDL** [4] - *3*:6, *30*:4, *33*:15, *40*:19
**mean** [8] - *9*:4, *11*:8, *11*:12, *13*:22, *14*:15, *20*:22, *29*:3, *43*:2
**mechanical** [1] - *1*:25
**mechanics** [1] - *23*:6
**meet** [11] - *10*:10, *15*:20, *17*:22, *18*:1, *22*:12, *26*:2, *30*:16, *30*:17, *30*:21, *33*:18, *39*:24
**meeting** [7] - *10*:20, *15*:3, *28*:11, *39*:20, *41*:7, *42*:2, *42*:11
**meetings** [1] - *42*:6
**members** [1] - *34*:11
**memorialize** [1] - *34*:3
**mentioned** [1] - *10*:23
**Messa** [2] - *29*:24, *40*:16
**message** [1] - *3*:4
**metadata** [1] - *7*:2
**mid** [1] - *27*:7
**mid-September** [1] - *27*:7
**might** [3] - *8*:10, *17*:4, *26*:25
**milestones** [1] - *12*:5
**Minneapolis** [1] - *2*:4
**Minnesota** [1] - *2*:4
**missing** [1] - *18*:19
**moment** [2] - *5*:9, *7*:4
**month** [6] - *18*:11, *22*:23, *32*:7, *35*:1, *38*:1, *40*:7
**months** [11] - *6*:16, *6*:17, *13*:15, *13*:16, *17*:10, *18*:7, *18*:10, *33*:25, *35*:1, *37*:14
**morning** [10] - *3*:13, *3*:15, *3*:17, *3*:19, *3*:22, *3*:24, *4*:1, *4*:3, *4*:5, *40*:18
**MORRIS** [1] - *2*:9

**most** [3] - *12*:21, *15*:17, *23*:15
**motion** [3] - *4*:16, *24*:18, *24*:23
**motions** [7] - *4*:14, *4*:18, *5*:1, *24*:12, *24*:24, *34*:18
**move** [4] - *12*:16, *13*:8, *22*:15, *22*:24
**MR** [40] - *3*:13, *3*:15, *3*:17, *3*:22, *4*:1, *4*:3, *4*:24, *5*:17, *8*:20, *10*:25, *11*:22, *13*:22, *14*:22, *14*:24, *16*:1, *17*:1, *17*:7, *19*:5, *20*:13, *21*:6, *21*:9, *22*:20, *23*:13, *24*:17, *24*:21, *24*:25, *25*:4, *25*:12, *26*:23, *28*:14, *28*:21, *31*:6, *31*:20, *32*:1, *34*:23, *36*:21, *37*:16, *41*:18, *41*:22, *43*:8
**MS** [32] - *3*:19, *3*:24, *4*:5, *9*:17, *11*:25, *27*:15, *28*:25, *29*:5, *29*:23, *30*:11, *30*:15, *30*:21, *31*:3, *32*:2, *32*:18, *32*:23, *33*:2, *33*:11, *33*:23, *35*:16, *35*:23, *36*:13, *36*:18, *38*:6, *39*:6, *39*:22, *40*:11, *40*:14, *40*:23, *41*:5, *41*:10, *41*:13
**mute** [1] - *5*:14
**Mylan** [2] - *2*:25, *4*:2

### N

**name** [7] - *5*:12, *20*:4, *20*:5, *32*:19, *32*:20, *33*:4, *33*:12
**narrow** [1] - *19*:15
**national** [1] - *25*:20
**nature** [1] - *18*:13
**NDMA** [3] - *7*:14, *7*:19, *13*:23
**NE** [1] - *2*:13
**near** [1] - *14*:6
**necessary** [1] - *39*:17
**need** [28] - *3*:7, *3*:8, *4*:9, *6*:12, *7*:19, *7*:24, *10*:11, *10*:14, *11*:14, *12*:12, *14*:18, *19*:18, *19*:21, *20*:7, *20*:8, *22*:25, *23*:4, *23*:13, *24*:3, *28*:3, *28*:16, *29*:15, *31*:5, *35*:7, *41*:14, *41*:16, *42*:12, *42*:17

**needed** [1] - *19*:21
**needs** [4] - *4*:11, *29*:16, *34*:8, *40*:20
**Needy** [5] - *27*:23, *38*:12, *38*:21, *39*:4, *39*:10
**negotiated** [1] - *12*:2
**never** [4] - *9*:7, *11*:2, *11*:15, *11*:16
**new** [3] - *20*:1, *20*:3, *38*:7
**NEW** [1] - *1*:1
**New** [5] - *1*:12, *1*:21, *42*:3, *42*:5, *42*:8
**next** [23] - *7*:9, *13*:9, *14*:20, *16*:21, *16*:24, *19*:4, *20*:8, *21*:3, *25*:1, *25*:13, *26*:9, *33*:1, *33*:3, *33*:6, *35*:9, *38*:1, *38*:3, *39*:1, *39*:20, *40*:3, *40*:7, *41*:4, *41*:7
**NIGH** [1] - *1*:14, *3*:17, *37*:16
**Nigh** [2] - *3*:17, *37*:16
**night** [8] - *33*:16, *33*:21, *34*:22, *34*:24, *35*:1, *35*:21, *36*:14, *36*:24
**nitrosamine** [1] - *15*:6
**nobody** [1] - *7*:22
**noncustodial** [1] - *14*:3
**Nos** [1] - *39*:9
**note** [2] - *5*:4, *37*:12
**nothing** [6] - *8*:13, *9*:11, *12*:6, *31*:6, *37*:9, *41*:19
**notice** [1] - *4*:10
**noticed** [1] - *4*:25
**notification** [1] - *14*:11
**Novartis** [7] - *7*:3, *14*:8, *14*:19, *15*:1, *15*:8, *15*:9, *15*:10
**November** [4] - *12*:4, *16*:12, *18*:16, *24*:16
**number** [9] - *4*:14, *25*:17, *25*:21, *32*:20, *32*:21, *32*:23, *33*:2, *33*:5, *42*:16
**NUMBER** [1] - *1*:3
**numbers** [2] - *42*:18, *43*:3

### O

**o'clock** [1] - *31*:11
**object** [2] - *30*:6, *39*:11
**objection** [7] - *4*:16,

*4*:18, *4*:22, *5*:3, *10*:24, *14*:5, *39*:2
**objectionable** [1] - *21*:15
**objections** [2] - *8*:12, *8*:15
**obligation** [1] - *9*:25
**obvious** [1] - *7*:4
**obviously** [8] - *7*:4, *8*:23, *14*:11, *23*:14, *25*:7, *25*:16, *26*:6, *42*:14
**occurred** [2] - *17*:9, *37*:19
**October** [6] - *15*:23, *16*:5, *16*:22, *17*:17, *24*:16, *24*:19
**OF** [1] - *1*:1
**office** [5] - *27*:22, *27*:24, *28*:1, *30*:4, *40*:18
**Offices** [1] - *35*:19
**Official** [1] - *1*:23
**OH** [1] - *2*:21
**omnibus** [1] - *20*:23
**once** [1] - *7*:17
**One** [1] - *2*:24
**one** [33] - *4*:13, *5*:8, *6*:8, *8*:10, *8*:11, *9*:25, *10*:1, *12*:20, *14*:4, *18*:8, *20*:4, *20*:19, *20*:21, *20*:23, *21*:15, *21*:16, *28*:7, *29*:20, *30*:1, *30*:11, *31*:2, *32*:17, *33*:1, *33*:3, *33*:5, *33*:6, *33*:7, *35*:24, *35*:25, *38*:1, *39*:7, *42*:6, *42*:7
**ones** [1] - *19*:16
**ongoing** [1] - *6*:25
**open** [2] - *16*:18, *42*:1
**opportunity** [1] - *30*:22
**order** [26] - *5*:18, *6*:4, *11*:20, *13*:8, *13*:21, *16*:21, *16*:24, *17*:15, *18*:20, *24*:8, *27*:14, *28*:11, *29*:10, *29*:11, *29*:12, *29*:16, *29*:21, *30*:6, *31*:2, *31*:15, *35*:13, *36*:3, *38*:24, *39*:3, *39*:19, *42*:5
**orders** [18] - *18*:6, *28*:24, *29*:4, *31*:25, *32*:7, *32*:9, *32*:10, *38*:23, *39*:11, *41*:8, *42*:3, *42*:14
**originally** [3] - *21*:17, *32*:8, *37*:12
**Orleans** [1] - *1*:21

*otherwise* [1] - 37:1
*ought* [1] - 23:3
*outline* [1] - 25:1
*outright* [1] - 26:6
*overdue* [2] - 37:14, 40:9
*overlap* [1] - 27:13
*Oxford* [1] - 2:24

## P

*Pacific* [1] - 2:7
*PACKARD* [1] - 2:6
*Padden* [6] - 33:11, 33:12, 34:15, 34:22, 34:25, 35:6
*PADDEN* [3] - 33:11, 33:12, 33:23
*page* [1] - 11:21
*Page* [5] - 11:23, 11:24, 35:10, 40:7, 40:8
*painstaking* [1] - 22:3
*PAPANTONIO* [1] - 1:14
*paragraph* [2] - 11:21, 35:12
*Paragraph* [2] - 11:23, 12:17
*pare* [1] - 21:18
*PAREKH* [2] - 2:6, 11:22
*Parekh* [2] - 11:22, 15:4
*Park* [1] - 2:17
*Parkway* [1] - 1:12
*part* [1] - 32:3
*particular* [3] - 3:8, 6:4, 30:18
*PARTIES* [1] - 3:1
*parties* [10] - 3:23, 4:12, 4:13, 4:17, 5:8, 8:10, 8:12, 17:13, 17:14, 28:11
*party* [1] - 9:18
*PC* [1] - 1:17
*peaks* [2] - 7:16, 16:14
*Pennsylvania* [3] - 1:18, 2:10, 2:24
*Pensacola* [1] - 1:15
*people* [12] - 3:5, 19:9, 19:13, 19:14, 19:24, 20:3, 20:6, 23:8, 42:16, 43:3
*percent* [1] - 8:11
*perfectly* [1] - 37:5
*period* [3] - 26:18, 29:13, 32:13
*periodic* [1] - 39:24
*periodically* [1] -

30:16
*person* [7] - 20:5, 21:19, 21:23, 30:9, 43:5, 43:9
*perspective* [3] - 8:24, 28:17, 41:18
*PFS* [5] - 30:2, 35:21, 37:18, 37:21
*Pharma* [1] - 2:15
*Pharmaceutical* [1] - 2:14
*Pharmaceuticals* [1] - 2:15
*Philadelphia* [2] - 1:18, 2:10
*Philip* [1] - 33:5
*phone* [8] - 3:4, 3:8, 5:14, 20:21, 21:3, 27:7, 31:12, 31:17
*piecemeal* [3] - 20:20, 20:24, 22:14
*Piedmont* [1] - 2:13
*PIETRAGALLO* [1] - 2:23
*pills* [1] - 7:14
*Pittman* [7] - 33:6, 34:20, 35:21, 35:24, 36:19, 36:23, 38:1
*Pittsburgh* [1] - 2:24
*place* [2] - 6:16, 38:23
*Plaintiff* [6] - 1:13, 1:16, 1:19, 1:22, 2:5, 2:8
*plaintiff* [13] - 5:10, 9:10, 23:7, 28:22, 32:15, 33:14, 34:5, 36:16, 36:23, 36:24, 37:10, 37:13, 37:23
*plaintiff's* [4] - 36:2, 36:7, 37:5, 40:16
*plaintiffs* [42] - 3:10, 3:12, 3:14, 3:16, 3:18, 3:20, 5:16, 10:5, 10:14, 12:12, 15:14, 17:20, 17:24, 18:3, 18:11, 18:25, 21:13, 22:2, 22:11, 23:5, 23:10, 25:11, 26:3, 26:7, 26:9, 27:3, 27:5, 27:11, 27:12, 27:16, 28:13, 29:6, 29:14, 33:10, 33:17, 35:3, 35:18, 37:16, 39:2, 39:4, 39:7, 41:11
*Plaintiffs* [1] - 33:13
*plaintiffs'* [8] - 12:22, 18:21, 29:8, 32:13, 38:19, 38:24, 39:12, 41:18

*plan* [11] - 23:5, 23:11, 23:14, 24:1, 24:10, 24:14, 24:23, 25:2, 26:20, 26:25, 42:10
*plans* [1] - 23:17
*plenty* [2] - 27:9, 41:19
*Plexiglass* [1] - 42:20
*PLLC* [1] - 2:2
*point* [17] - 6:20, 7:24, 8:21, 11:5, 11:20, 12:21, 14:10, 21:10, 21:11, 25:9, 29:8, 29:15, 30:9, 34:9, 34:14, 39:14, 41:17
*pointed* [1] - 7:1
*points* [3] - 14:25, 16:7, 30:12
*populated* [1] - 6:10
*portions* [1] - 37:3
*position* [1] - 32:4
*possible* [2] - 13:7, 14:17
*potentially* [3] - 9:20, 16:13, 23:23
*practical* [1] - 12:9
*prefer* [1] - 11:4
*prejudice* [3] - 10:16, 29:13, 34:9
*preparing* [1] - 9:21
*preproduction* [1] - 16:11
*prerogative* [1] - 39:1
*present* [4] - 7:13, 22:6, 24:25, 37:15
*presents* [1] - 26:6
*pressing* [1] - 28:15
*pretty* [1] - 39:23
*previously* [2] - 6:21, 18:20
*prioritization* [11] - 6:16, 8:2, 13:3, 13:6, 13:17, 15:18, 17:9, 17:16, 18:1, 18:22, 19:3
*prioritize* [3] - 17:11, 17:12, 18:21
*prioritized* [2] - 13:20, 18:5
*priority* [2] - 15:7, 15:25
*privilege* [26] - 6:6, 8:12, 8:13, 8:14, 8:17, 8:18, 8:25, 9:3, 9:11, 9:14, 9:20, 9:21, 9:22, 10:1, 10:6, 10:7, 10:15, 10:17, 10:22, 11:11, 12:13, 12:23, 13:1, 13:2, 19:2

*problem* [2] - 5:6, 18:7
*problems* [1] - 18:12
*proceed* [5] - 23:11, 24:6, 27:1, 31:9, 34:2
*proceedings* [1] - 43:17
*Proceedings* [1] - 1:25
*process* [14] - 10:3, 11:10, 12:10, 16:3, 22:3, 22:25, 24:2, 29:9, 38:9, 38:22, 39:24, 40:1, 40:3, 40:5
*processes* [1] - 13:25
*produce* [4] - 10:19, 13:18, 18:22, 34:4
*produced* [13] - 1:25, 9:14, 9:19, 10:11, 10:22, 12:24, 14:2, 15:9, 15:16, 16:2, 16:4, 18:13, 19:8
*producing* [3] - 9:15, 15:5, 15:6
*production* [41] - 6:7, 6:11, 6:23, 6:25, 7:20, 7:23, 8:25, 9:2, 9:23, 10:2, 10:17, 10:22, 11:1, 11:14, 12:1, 12:3, 12:5, 12:7, 12:13, 12:18, 12:19, 12:23, 12:24, 13:9, 13:10, 13:25, 14:14, 14:21, 15:5, 15:12, 15:15, 17:11, 17:17, 18:13, 18:21, 18:24, 19:3, 23:16
*productions* [6] - 5:20, 6:15, 10:12, 14:2, 18:10, 23:16
*productive* [3] - 20:20, 26:10, 41:15
*PRODUCTS* [1] - 1:3
*promised* [1] - 29:22
*pronounce* [1] - 34:19
*proofs* [1] - 24:3
*proposal* [1] - 26:5
*proposed* [4] - 10:9, 21:17, 22:9, 26:7
*protocol* [18] - 8:24, 9:6, 9:15, 9:22, 10:21, 10:25, 11:5, 11:13, 11:18, 11:19, 22:21, 23:1, 23:6, 25:10, 25:15, 26:2, 26:11, 26:14
*protocols* [1] - 25:24
*provide* [4] - 9:25, 10:1, 10:15

*provided* [5] - 9:23, 22:2, 27:24, 32:13, 40:24
*provides* [2] - 4:15, 25:15
*providing* [1] - 37:8
*pulled* [2] - 14:16, 16:12
*purposes* [1] - 13:23
*push* [1] - 11:12
*put* [8] - 5:14, 6:16, 8:5, 8:13, 17:18, 20:9, 25:12, 31:17

## Q

*quality* [1] - 13:24
*quarantine* [5] - 42:3, 42:5, 42:8, 42:14, 43:2
*questions* [2] - 7:11, 36:19
*quickly* [1] - 10:11
*quite* [3] - 16:22, 16:24, 33:24
*quote* [1] - 12:17

## R

*raise* [3] - 17:20, 28:16, 31:15
*raised* [3] - 5:19, 22:20, 31:16
*raises* [1] - 7:11
*ramp* [1] - 16:11
*ramp-up* [1] - 16:11
*RASPANTI* [1] - 2:23
*rather* [3] - 9:10, 10:20, 20:24
*Raymond* [2] - 29:24, 40:15
*RE* [1] - 1:3
*reach* [3] - 21:7, 34:10, 34:11
*reached* [2] - 6:9, 15:4
*read* [4] - 8:7, 8:9, 12:8, 12:17
*reading* [1] - 11:7
*ready* [3] - 20:25, 22:24, 31:9
*real* [1] - 18:23
*really* [17] - 6:12, 6:13, 7:12, 7:23, 7:25, 8:1, 8:21, 11:3, 11:12, 11:17, 14:18, 17:9, 18:7, 20:18, 26:13, 30:6, 35:4
*reason* [3] - 9:13, 12:12, 12:14
*reasonable* [1] - 5:5

**reasons** [1] - 39:14
**receive** [2] - 35:3, 36:23
**received** [2] - 4:7, 33:20
**recent** [1] - 4:14
**Recess** [1] - 31:23
**recollect** [1] - 24:11
**record** [5] - 3:5, 5:18, 20:16, 28:18, 43:17
**recorded** [1] - 1:25
**records** [5] - 7:18, 10:5, 15:5, 15:6, 37:8
**redacted** [1] - 9:4
**redactions** [2] - 8:25, 9:19
**Redondo** [1] - 2:7
**reduced** [1] - 40:2
**refer** [1] - 36:18
**refile** [1] - 30:5
**refused** [1] - 35:25
**regulations** [1] - 42:25
**regulators** [1] - 7:6
**reiterate** [1] - 37:17
**rejecting** [1] - 21:12
**relating** [2] - 15:8, 15:10
**relist** [1] - 40:7
**relitigate** [1] - 17:21
**relitigation** [1] - 17:9
**remain** [1] - 42:14
**remaining** [3] - 28:7, 32:14, 39:4
**remember** [1] - 8:15
**remove** [1] - 22:18
**removed** [1] - 33:19
**renew** [1] - 41:3
**Reporter** [1] - 1:23
**reporter** [1] - 5:13
**Reporter/ Transcriber** [1] - 43:19
**represent** [1] - 33:13
**represented** [2] - 8:13, 27:25
**representing** [1] - 29:24
**reps'** [1] - 26:21
**request** [8] - 20:23, 21:15, 28:23, 29:1, 31:1, 34:6, 34:17, 37:20
**requesting** [1] - 30:19
**requests** [1] - 20:24
**require** [1] - 25:22
**requirements** [2] - 33:18, 36:12
**resolution** [2] - 29:20, 34:16

**resolve** [1] - 30:22
**resolved** [3] - 29:12, 29:22, 32:12
**resolving** [1] - 37:6
**resources** [1] - 12:11
**respect** [2] - 37:2, 37:11
**respectfully** [1] - 34:6
**respond** [4] - 14:25, 17:8, 21:2, 25:10
**response** [3] - 12:3, 20:10, 20:19
**RESPONSE** [1] - 31:22, 43:12
**responsive** [2] - 34:12
**retailer** [1] - 4:6
**return** [1] - 4:21
**review** [2] - 10:7, 35:23
**reviewed** [1] - 40:24
**reviewing** [2] - 19:7, 19:11
**revisions** [1] - 26:2
**RFPs** [1] - 12:3
**RMR** [1] - 43:19
**Road** [1] - 2:13
**ROBERT** [1] - 1:9
**rolled** [1] - 11:6
**rolling** [17] - 5:20, 10:12, 10:22, 11:10, 12:1, 12:2, 12:7, 12:18, 12:23, 14:20, 15:15, 17:11, 17:17, 18:10, 18:13, 18:21, 38:9
**rolls** [1] - 37:22
**Roseland** [1] - 1:12
**routinely** [1] - 4:20
**RUBEN** [1] - 1:17
**Ruben** [1] - 3:15
**rule** [1] - 4:15
**rules** [1] - 42:24
**ruling** [2] - 20:15, 24:23
**rulings** [2] - 24:10, 28:3

# S

**safety** [2] - 17:3, 17:6
**saga** [1] - 7:5
**sale** [1] - 21:24
**Sarah** [1] - 4:6
**SARAH** [1] - 2:17
**satisfactory** [1] - 18:25
**satisfy** [1] - 17:22, 22:9
**save** [1] - 29:2
**scenario** [2] - 10:4,

16:15
**schedule** [1] - 12:2
**scheduled** [1] - 30:16
**Schneider** [5] - 3:3, 32:8, 35:2, 41:16, 41:20
**SCHNEIDER** [37] - 1:8, 3:3, 3:21, 4:7, 5:5, 8:7, 9:9, 10:18, 11:18, 11:24, 12:16, 14:20, 15:21, 16:20, 17:2, 19:1, 20:14, 22:15, 23:3, 24:9, 24:20, 24:22, 25:3, 25:8, 26:12, 26:24, 28:9, 28:19, 28:23, 29:2, 30:8, 30:13, 30:20, 30:25, 31:4, 31:7, 31:21
**searched** [1] - 19:18
**seats** [1] - 42:21
**second** [12] - 7:12, 14:7, 21:16, 27:20, 27:21, 27:24, 28:4, 28:8, 30:24, 35:10, 35:14, 38:13
**secure** [1] - 34:4
**see** [11] - 4:21, 12:16, 14:5, 28:11, 32:10, 34:24, 34:25, 35:24, 40:7, 42:2, 43:9
**seeing** [1] - 36:12
**seek** [1] - 29:11
**seeking** [3] - 29:10, 32:14, 38:18
**seeks** [1] - 38:25
**seem** [1] - 21:12
**sees** [1] - 28:15
**select** [1] - 21:19
**send** [5] - 5:4, 10:6, 13:6, 13:20, 30:5
**sense** [3] - 20:9, 25:4, 25:6
**sent** [3] - 7:3, 22:23, 33:15
**separate** [1] - 8:6
**September** [9] - 14:22, 15:13, 15:22, 25:14, 26:16, 27:6, 27:7, 42:11, 42:15
**serve** [1] - 36:2
**served** [4] - 8:24, 25:11, 33:14, 36:14
**serving** [1] - 35:18
**set** [4] - 10:7, 17:15, 20:1, 36:4
**Seth** [6] - 3:22, 4:24, 14:24, 17:1, 33:16, 34:23
**SETH** [1] - 2:9

**setting** [1] - 17:11
**several** [1] - 33:25
**sheet** [13] - 27:16, 32:15, 33:14, 33:16, 34:5, 36:2, 36:7, 36:20, 36:23, 36:24, 37:10, 37:13, 40:16
**sheets** [6] - 27:14, 28:22, 32:13, 34:1, 40:9, 40:12
**short** [1] - 5:4
**show** [27] - 7:18, 27:14, 28:24, 29:1, 29:4, 29:10, 29:11, 29:16, 30:6, 30:19, 31:2, 31:16, 31:25, 32:7, 32:9, 32:10, 35:13, 36:3, 38:16, 38:18, 38:23, 38:24, 39:3, 39:11, 39:19, 41:8
**showing** [2] - 16:13, 22:17
**side** [2] - 20:11, 34:21
**sign** [1] - 34:7
**signed** [3] - 33:17, 36:16, 36:24
**significance** [1] - 22:21
**significant** [1] - 36:1
**significantly** [1] - 10:3
**Sileo** [1] - 35:20
**simple** [1] - 8:23
**simultaneously** [1] - 9:23
**six** [8] - 14:14, 32:12, 32:14, 32:17, 35:12, 35:15, 38:9
**sixth** [1] - 33:7
**Slater** [12] - 3:13, 5:3, 5:17, 8:19, 10:24, 13:3, 15:21, 18:18, 19:1, 22:19, 23:4, 28:17
**SLATER** [20] - 1:11, 1:11, 3:13, 5:17, 8:20, 10:25, 13:22, 16:1, 19:5, 21:6, 22:20, 23:13, 24:21, 24:25, 25:4, 28:14, 31:20, 32:1, 41:18, 43:8
**Slater's** [2] - 15:3, 21:11
**slow** [2] - 10:3, 12:10
**social** [1] - 42:17
**someone** [1] - 3:8
**sometime** [1] - 27:10
**somewhat** [1] - 6:7
**soon** [2] - 14:1, 14:17,

23:2, 23:4, 37:19, 43:10
**sorry** [1] - 20:13
**sort** [3] - 10:11, 26:25, 27:2
**sounds** [1] - 15:21
**source** [1] - 6:11
**South** [1] - 2:7
**Spain** [2] - 21:23, 21:24
**speaking** [1] - 28:1
**specific** [5] - 11:20, 13:7, 15:2, 36:7, 36:19
**specificity** [1] - 37:7
**spell** [1] - 33:3
**stage** [2] - 37:20, 37:22
**stand** [1] - 42:24
**standard** [2] - 22:7, 22:10
**standpoint** [1] - 15:1
**Stano** [3] - 38:13, 38:21, 39:5
**Stano's** [1] - 28:8
**start** [18] - 3:12, 5:10, 6:1, 7:20, 8:1, 19:6, 23:7, 23:9, 25:5, 26:10, 26:16, 26:17, 26:25, 27:3, 27:6, 27:8, 31:13, 36:17
**started** [3] - 14:14, 24:10, 32:8
**starting** [1] - 26:16
**starts** [1] - 25:7
**state** [3] - 9:22, 42:7, 42:13
**statement** [3] - 32:5, 38:17, 39:8
**STATES** [3] - 1:1, 1:8, 1:9
**states** [3] - 42:4, 42:7
**stating** [1] - 29:6
**status** [1] - 5:20
**STATUS** [1] - 1:5
**stay** [1] - 43:11
**stenography** [1] - 1:25
**step** [1] - 7:13
**Steve** [3] - 36:6, 36:18, 36:21
**STEVEN** [1] - 2:13
**still** [8] - 9:3, 14:4, 35:25, 36:8, 37:10, 38:4, 41:25, 42:4
**stipulation** [1] - 34:4
**straggler** [1] - 16:9
**Street** [4] - 1:18, 1:21, 2:10, 2:20
**stuff** [1] - 13:25

**subject** [1] - 8:6
**submit** [1] - 21:1
**submitted** [12] - 5:19, 10:8, 10:17, 22:22, 27:19, 30:23, 34:22, 35:21, 37:19, 37:22, 40:12, 40:24
**sufficient** [1] - 36:5
**suggest** [1] - 5:1
**suggestion** [1] - 31:7
**Suite** [5] - 1:15, 1:18, 2:4, 2:13, 2:17
**suite** [1] - 2:21
**suits** [1] - 40:5
**summary** [1] - 27:3
**supposed** [5] - 6:18, 9:5, 11:1, 11:6, 24:18

### T

**table** [6] - 27:21, 27:24, 28:4, 28:8, 35:20, 39:9
**tables** [1] - 42:20
**tackling** [1] - 26:16
**team** [1] - 35:3
**tee** [3] - 20:25, 21:3, 38:3
**telephone** [1] - 1:5
**TELEPHONE** [1] - 3:1
**tentatively** [1] - 42:10
**terms** [3] - 6:10, 15:24, 23:18
**territories** [1] - 42:5
**test** [1] - 7:14
**testing** [13] - 7:13, 7:14, 7:15, 7:16, 7:23, 13:11, 13:14, 13:23, 13:24, 14:18, 15:1, 15:6, 16:11
**Teva** [7] - 2:14, 2:15, 3:25, 8:10, 8:16, 9:18, 36:22
**THE** [3] - 1:1, 1:8, 1:9
**the court** [15] - 5:12, 5:19, 6:22, 8:3, 18:25, 19:21, 19:25, 20:17, 22:16, 28:3, 29:16, 29:17, 32:6, 38:23, 42:22
**Therese** [1] - 33:4
**they've** [3] - 7:22, 18:1, 21:14
**thinking** [1] - 25:6
**third** [4] - 21:21, 24:19, 37:15, 38:13
**Thompson** [4] - 27:25, 38:14, 39:5, 39:10
**THORNBURG** [1] -

2:16
**three** [9] - 18:10, 20:3, 20:22, 21:14, 25:18, 38:18, 39:4, 39:18, 40:8
**throughout** [2] - 12:6, 36:1
**timeline** [2] - 6:23, 10:11
**today** [8] - 19:17, 20:16, 21:4, 23:4, 32:14, 35:7, 39:17, 43:6
**together** [3] - 14:17, 16:12, 26:20
**took** [1] - 42:3
**top** [2] - 13:13, 13:16
**touch** [4] - 35:6, 42:12, 42:22
**touched** [2] - 14:7, 19:3
**tough** [1] - 36:11
**towards** [2] - 23:15, 23:25
**trailing** [1] - 10:12
**transcript** [3] - 1:25, 5:14, 43:16
**transcription** [1] - 1:25
**transfer** [1] - 37:25
**TRAURIG** [1] - 2:12
**Traurig** [1] - 36:22
**trial** [2] - 23:19, 24:13
**tried** [2] - 5:24, 35:2
**trigger** [2] - 24:7, 24:8
**triggered** [1] - 14:11
**Trischler** [1] - 4:2
**TRISCHLER** [2] - 2:23, 4:1
**true** [1] - 30:22
**try** [5] - 21:7, 30:22, 34:7, 34:16, 38:1
**trying** [7] - 19:15, 25:24, 34:2, 34:10, 34:12, 38:10, 41:25
**turned** [1] - 20:4
**two** [12] - 5:22, 11:8, 18:11, 20:6, 20:22, 21:19, 29:6, 32:5, 35:1, 38:20, 39:8
**type** [1] - 16:16
**types** [1] - 37:6

### U

**ULMER** [1] - 2:19
**unable** [1] - 33:24
**under** [3] - 9:6, 20:5, 20:11
**understood** [1] - 6:22

**undue** [1] - 17:5
**unfortunately** [2] - 33:23, 36:13
**UNITED** [3] - 1:1, 1:8, 1:9
**unless** [3] - 3:8, 13:9, 28:15
**unquote** [1] - 12:18
**up** [22] - 6:6, 7:17, 9:4, 16:11, 16:15, 17:16, 20:8, 20:25, 21:3, 22:14, 22:22, 26:4, 26:17, 31:8, 31:11, 31:17, 35:9, 38:3, 40:6, 40:17, 42:20
**up-to-date** [2] - 6:6, 6:8
**update** [2] - 11:1, 11:15
**upfront** [1] - 19:10
**upload** [1] - 33:20
**uploaded** [1] - 30:3
**USA** [1] - 2:15

### V

**VALSARTAN** [1] - 1:3
**Valsartan** [5] - 3:6, 21:24, 36:25, 37:7, 37:8
**valve** [2] - 17:3, 17:6
**verified** [2] - 37:18, 37:21
**VIA** [1] - 3:1
**Via** [1] - 1:5
**VICTORIA** [1] - 2:12
**Victoria** [6] - 3:24, 9:17, 28:25, 32:1, 32:2, 35:24
**view** [1] - 12:19
**Vine** [1] - 2:20
**Virginia** [1] - 41:6
**voluntarily** [1] - 38:25

### W

**waiting** [2] - 4:21, 22:24
**watershed** [1] - 7:4
**wear** [1] - 42:19
**Wednesday** [3] - 1:6, 25:14, 26:9
**week** [4] - 5:21, 21:2, 24:19
**weeks** [5] - 5:22, 7:9, 14:14, 18:11, 42:23
**well-taken** [1] - 25:9
**whatsoever** [1] - 40:12
**whichever** [1] - 40:4
**WHITELEY** [2] - 1:20,

1:20
**WHITELY** [1] - 3:19
**Whitely** [1] - 3:20
**whittle** [1] - 38:10
**whittled** [1] - 40:1
**whole** [3] - 7:11, 20:1, 39:21
**wholesaler** [1] - 4:4
**William** [1] - 33:7
**Williams** [1] - 34:20
**willing** [1] - 37:5
**Wilson** [3] - 28:4, 29:19, 38:15
**Winifried** [1] - 38:15
**wish** [1] - 42:8
**withheld** [5] - 9:3, 9:12, 9:15, 9:20, 13:1
**withhold** [1] - 9:7
**withholding** [1] - 8:17
**woefully** [1] - 35:25
**wonder** [1] - 4:20
**wonderful** [1] - 16:3
**workloads** [1] - 17:16
**works** [3] - 8:18, 8:23, 23:1
**world** [1] - 11:15
**wrapped** [1] - 26:17
**writing** [1] - 34:3

### Y

**yesterday** [4] - 29:20, 33:20, 38:17, 42:4
**yourselves** [1] - 43:4

### Z

**ZHP** [13] - 2:11, 3:23, 6:9, 7:1, 7:4, 7:6, 14:8, 15:2, 15:13, 20:3, 21:15, 22:4, 23:22
**ZHP's** [2] - 15:1, 20:19
**ZHP-specific** [1] - 15:2