AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| In Re: Valsartan Products Liability Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-2875 (RBK/JS) / MDL 2875 |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Humana Inc.

Date:    9/1/2020                                                                       /s/ Benjamin E Waldin
                                                                                                    *Attorney's signature*

                                                                                        Benjamin E. Waldin (IL6317991)
                                                                                           *Printed name and bar number*
                                                                                        224 South Michigan Avenue
                                                                                        Suite 1100
                                                                                        Chicago, Illinois  60604

                                                                                                    *Address*

                                                                                        bwaldin@eimerstahl.com
                                                                                                *E-mail address*

                                                                                                312.660.7600
                                                                                            *Telephone number*

                                                                                                312.692.1718
                                                                                                *FAX number*