AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| In Re: Valsartan Products Liability Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  19-2875 (RBK/JS) / MDL 2875 |
|  | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Humana Inc.

Date:    9/1/2020

/s/ Sarah H. Catalano
*Attorney's signature*

Sarah H. Catalano (IL6320731)
*Printed name and bar number*

224 South Michigan Avenue
Suite 1100
Chicago, Illinois  60604

*Address*

scatalano@eimerstahl.com
*E-mail address*

312.660.7600
*Telephone number*

312.692.1718
*FAX number*