**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICARAGE**

_____

|

IN RE: VALSARTAN PRODUCTS |     MDL No. 2875
LIABILITY LITIGATION     |     Honorable Robert B. Kugler,
|     District Court Judge
_____ |

This Document Relates To:     |     Judge Joel Schneider
|     Magistrate Judge
Gaston J. Roberts, Jr. and wife |
Jan Roberts     |
Case No. 1:20-cv-00946-RBK-JS |
_____|

## STATEMENT NOTING A PARTY'S DEATH

In accordance with Federal Rule of Civil Procedure 25(a), Jan Roberts who

is a party to this action, wife of Gaston Roberts, Jr. and the Personal Representative

of the Estate of Gaston Roberts, Jr., notes the death during the pendency of this

action of Gaston Roberts, Jr. Plaintiff.

Date: September 1, 2020     Respectfully submitted,

    BY:  /s/ Don McKenna
    Don McKenna
    ASB-6494-C66D
    HARE, WYNN, NEWELL & NEWTON, LLP.
    2025 Third Avenue North, Suite 800
    Birmingham, Alabama 35203
    Ph: (205) 328-5330
    Fax: (205) 324-2165
    Email: Don@hwnn.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 1st day of September 2020, a true and correct copy of the foregoing was filed and served upon all counsel via operation of the CM/ECF system for the United States District Court for the District of New Jersey.

<u>/s/Don McKenna</u>
Attorney for Plaintiffs