# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** September 16, 2020

**JUDGE JOEL SCHNEIDER, U.S.M.J.**

**COURT REPORTER:** Karen Friedlander

**TITLE OF CASE:**
IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**DOCKET NO.** 19-md-2875 (RBK-JS)

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Rubin Honik, Esq. | Victoria Lockard, Esq. |
| Conlee Whitely, Esq. | Clem Trischler, Esq. |
| | Sarah Johnston, Esq. |
| | Jeffrey Geoppinger, Esq. |

**NATURE OF PROCEEDINGS:** Status Conference
Telephone Status Conference held on the record.
Order to be entered.

s/Sarah Eckert
**DEPUTY CLERK**

**TIME COMMENCED:** 4:05 p.m.
**TIME ADJOURNED:** 4:53 p.m.
**TOTAL TIME:** 53 minutes