**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| **In re: Valsartan Products Liability Litigation** | MDL No. 2875 |
| | 1:19-cv-21327-RBK-JS |
| This document relates to: | |
| **DAVID LOOSE, Individually and as Personal Representative of the Estate of Mary Beth Maddox** | Honorable Robert B. Kugler, District Court Judge |
| | Honorable Joel Schneider, Magistrate Judge |

**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC FILING NOTIFICATIONS**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An Order of the Court granting an application to appear pro hac vice within this matter has been entered (ECF No. 7).

2. The admission fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: September 21, 2020    By: /s/Dennis M. Geier
      Dennis M. Geier
      Cohen Placitella & Roth
      127 Maple Avenue
      Red Bank, New Jersey 07701
      Phone: (732) 747-9003
      dgeier@cprlaw.com

      *Attorneys for Plaintiffs*

Pro Hac Attorney Information:

| | |
|---|---|
| Scott Hendler, Esq.<br>Hendler Flores Law, PLLC<br>1301 West 25th Street, Suite 400<br>Austin, TX 78705 | shendler@hendlerlaw.com<br><br>(512) 439-3200 |

1