IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>All Actions | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler<br>Hon. Joel Schneider |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

Please take notice that the firm and addresses for Behram V. Parekh, Esq., member of the plaintiffs' executive committee and counsel of record for certain plaintiffs, should be updated to reflect those below.

Dated: September 26, 2020

/s/ Behram V. Parekh
Behram V. Parekh
**DALIMONTE RUEB STOLLER LLP**
515 S. Figueroa St., Suite 1550
Los Angeles, California 90071
P: 833.443.7529
E: behram.parekh@drlawllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2020, a true and correct copy of the foregoing was electronically served via the CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Behram V Parekh
Behram V. Parekh

Case 1:19-md-02875-RMB-SAK   Document 581   Filed 09/26/20   Page 2 of 2 PageID: 12271