# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                      **DATE:** September 30, 2020

**JUDGE JOEL SCHNEIDER, U.S.M.J.**

**COURT REPORTER:** Karen Friedlander

**TITLE OF CASE:**                          **DOCKET NO.  19-md-2875 (RBK-JS)**
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**
**FOR PLAINTIFFS:**                          **FOR DEFENDANTS:**
Adam Slater, Esq.                            Seth Goldberg, Esq.
Rubin Honik, Esq.                            Lori Cohen, Esq.
Daniel Nigh, Esq.                            Sarah Johnston, Esq.
Conlee Whitely, Esq.                         Jeffrey Geoppinger, Esq.

**NATURE OF PROCEEDINGS:**    Status Conference
Telephone Status Conference held on the record.
Order to be entered.



                                             s/Sarah Eckert
                                             **DEPUTY CLERK**




**TIME COMMENCED:** 10:15 a.m.
**TIME ADJOURNED:**   11:47 a.m.
**TOTAL TIME:**  1 hour 32 minutes