# EXHIBIT A

| | |
|---|---|
| THE STATE OF ALABAMA | COURT OF PROBATE |
| COUNTY OF BALDWIN | CASE NO. 38192 |

## LETTERS TESTAMENTARY

The Will of **GASTON JAMES ROBERTS, JR.** having been duly admitted to record in said county, **Letters Testamentary** are hereby granted to **JAN BOUTWELL ROBERTS**, the Personal Representative named in said Will, who has complied with the requisitions of the law and is authorized to administer the estate. Subject to the priorities stated in Code of Alabama (1975, as amended) § 43-8-76, the said Personal Representative, acting prudently for the benefit of interested persons, has all the powers, without limitation, authorized in transactions under Code of Alabama (1975, as amended) § 43-2-843.

**WITNESS** my hand, and dated this 10th day of June, 2020.

/s/ Harry D'Olive, Jr.
JUDGE OF PROBATE

THE STATE OF ALABAMA      }
                          }
BALDWIN COUNTY            }

I, **HARRY D'OLIVE, JR.**, Judge of Probate in and for said County and State, hereby certify that the within and foregoing is a true, correct and complete copy of the **Letters Testamentary** issued to **JAN BOUTWELL ROBERTS** as Personal Representative of the Will of **GASTON JAMES ROBERTS, JR.**, Deceased, as the same appears of record in my office, and are still in full force and effect.

Given under my hand and seal of office, this the 10th day of June, 2020.

Harry D'Olive, Jr.
JUDGE OF PROBATE

IN THE PROBATE COURT OF BALDWIN COUNTY, ALABAMA

IN RE: ESTATE OF

**GASTON JAMES ROBERTS, JR.,**　　　　　　CASE NO. 38192

DECEASED

### DECREE ADMITTING WILL TO PROBATE AND GRANTING LETTERS TESTAMENTARY

This matter came on to be heard on the petition of **JAN BOUTWELL ROBERTS** to have admitted to Probate and Record an instrument which purports to be the Will of **GASTON JAMES ROBERTS, JR.,** Deceased, service of notice having been accepted by those who are over the age of nineteen years and of sound mind, and the Court having heard the evidence offered and the Court being satisfied from the said evidence that the instrument, which purports to be the Will of the said decedent is the legal Will of the said decedent.

**IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED** by this Court that the said instrument which purports to be the Will of the said decedent was duly and legally executed by **GASTON JAMES ROBERTS, JR.**; that the said instrument is the legal Will of the said decedent; that the said Will is hereby admitted to Probate and Record in this Court; that the said self-proved Will be recorded in the Probate Records of Baldwin County, Alabama, as provided by law; and that pursuant to Code of Alabama § 43-2-21 (1975), Letters Testamentary be granted to **JAN BOUTWELL ROBERTS** as Personal Representative under said Will.

It is further **ORDERED** by this Court that the said Personal Representative shall have all the powers and duties provided in the Will and all the general powers authorized for transactions enumerated in Code of Alabama § 43-2-843 (1975, as amended).

It is further **ORDERED** that the said Personal Representative proceed without delay to collect and take possession or control of the personal property and evidences of debt of the said decedent, except the personal property exempted under Alabama Code § 43-8-111 (1975, as amended), in favor of the surviving spouse and make due return under oath, to this Court, of a full and complete inventory thereof within two (2) months.

**WITNESS** my hand this 10th day of June, 2020.

_____
Judge of Probate