**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICARAGE**

| | |
|---|---|
| In Re: Valsartan, Losartan, And Irbesartan Products Liability Litigation | MDL No. 2875<br>Honorable Robert B. Kugler, District Court Judge |
| This Document Relates To:<br><br>Gatson J. Roberts, Jr. and wife Jan Roberts<br>Case No. 1:20-cv-00946-RBK-JS | Judge Joel Schneider<br>Magistrate Judge |

**[PROPOSED] ORDER**

The Court has reviewed the Motion to Substitute Jan Roberts, Personal Representative of the Estate of the decedent Gaston Roberts, Jr for Plaintiff Gaston Roberts, Jr. and finds the motion to be well taken.

Therefore it is **ORDERED** that Jan Roberts, Personal Representative of the Estate of Gaston Roberts, Jr. shall be substituted for Plaintiff decedent Gaston Roberts, Jr.

Done this _____ day of _____, 2020.

                                                                                             _____
                                                                                              United States District Judge