# UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

DONALD GRAY, ET AL.,

        Plaintiff(s),

vs.

HETERO DRUGS, LTD., ET AL.,

        Defendant(s).

Case No.: 1:20-CV-09052-RBK-JS
Filed Date: 07/17/2020

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE
COUNTY OF __New Castle__ SS.:

__Danielle Stevens__, the undersigned, being duly sworn, deposes and says that I was at the time of attempting service over the age of eighteen and not a party to this action. I reside in the State of Delaware.

On September 30, 2020 at __2:24__ AM /**PM** I served the within SUMMONS IN A CIVIL CASE, RETURN OF SERVICE, SHORT FORM COMPLAINT, CIVIL COVER SHEET AND INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44 on CVS HEALTH CORPORATION B/S/U CT CORPORATION SYSTEM AS REGISTERED AGENT, Defendant.

Said service was effected at 1209 Orange Street, Wilmington, DE 19801 in the following manner:

[X] **Registered Agent:** By leaving a true copy of the above stated documents with __Amy McLaren, Managing Agent authorized to accept__, the registered agent of CVS HEALTH CORPORATION B/S/U CT CORPORATION SYSTEM AS REGISTERED AGENT.

[ ] **Officer/Agent:** By leaving a true copy of the above stated documents with:
(name)_____
(title)_____, who is a corporate officer or manager of CVS HEALTH CORPORATION B/S/U CT CORPORATION SYSTEM AS REGISTERED AGENT.

[ ] **Other:** By leaving a true copy of the above stated documents with:
(name)_____
(title)_____.

Description of person process was left with:

Sex: __Female__ Skin Color / Race: __Caucasian__ Hair Color: __Brown__ Approx. Age: __35__ Height: __5'7__ Weight: __140__

Signed and sworn to before me on this __1st__ day of __October__, 20__20__.

_[signature]_
NOTARY PUBLIC

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2024

X _[signature]_  10/1/2020
Danielle Stevens
(Print Name)
Lightning Legal Services, LLC
P. O. Box 9132
Albany, NY 12209
518.463.1049
ClienRef#:

*146913*