IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | CIVIL NO. 19-2875 (RBK/JS)<br><br>Honorable Robert B. Kugler<br>District Court Judge<br><br>Honorable Joel Schneider<br>Magistrate Judge<br><br>DECLARATION IN SUPPORT OF THE MOTION TO BE ADMITTED *PRO HAC VICE* |

**ORDER**

AND NOW, this _____ day of _____, 20___, after consideration of the Motion for Admission *pro hac vice* of Ethan R. Feldman, Esq., and any response in opposition thereto, it is hereby ORDERED that said motion is granted. It is further ORDERED that:

1. Ethan R. Feldman, Esquire, is permitted to appear *pro hac vice* in the above captioned matter; and

2. Ethan R. Feldman, Esquire, shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) within 20 days of the date of the entry of this Order; and

3. Ethan R. Feldman, Esquire. shall make payment of $150.00 to the Clerk of the U.S. District Court in accordance with L.Civ.R. 101.1(c)(3) within 20 days of the date of entry of this Order; and

4. Ethan R. Feldman, Esquire. shall be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to, the provisions of

L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1 Discipline of Attorneys.

_____

SCHNEIDER, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | CIVIL NO. 19-2875 (RBK/JS)<br><br>Honorable Robert B. Kugler<br><br>District Court Judge<br><br>Honorable Joe Schneider<br><br>Magistrate Judge<br><br>MOTION TO BE ADMITTED *PRO HAC VICE* |

## **MOTION OF DEFENDANTS, AUROBINDO PHARMA, LTD., AUROBINDO PHARMA USA, INC. AND AUROLIFE PHARMA LLC, FOR ADMISSION OF ETHAN R. FELDMAN, ESQ.** *PRO HAC VICE*

In accordance with Local Rule 101.1, Defedants, Aurobindo Pharma., LTD., Aurobindo Pharma, USA, Inc., and Aurolife Pharma, LLC ("Aurobindo entities"), respectfully move this Honorable Court to permit Attorney, Ethan R. Feldman, Esquire, Cipriani & Werner, P.C., to be admitted pro hac vice, to appear as co-counsel and practice in this Court in the defense of the Aurobindo entities in the above captioned civil action. In support of this Motion, Defendant submits the following:

1. Ethan R. Feldman, Esquire, is a member, in good standing, of the bar of the Commonwealth of Pennsylvania.

2. The appearance and active participation of Ethan R. Feldman, Esquire, is requested for the thorough and effective representation of the Aurobindo entities in this matter.

3. Pursuant to Local Rule 101.1, Ethan R. Feldman designates Jessica M. Heinz, Esquire, member of the Bar of this Court, as an attorney that the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served.

**MEMORANDUM OF LAW**

4. Rule 101.1(c) of the Local Rules of this Court provides for the appearance of an attorney *pro hac vice* who is a "member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any court and is ineligible for admission to the bar of this Court under L.Civ.R. 101.1(b).

5. The attached declaration indicates that Ethan R. Feldman is in compliance with this rule.

WHEREFORE, Defendants, Aurobindo Pharma., LTD., Aurobindo Pharma, USA, Inc., and Aurolife Pharma, LLC, respectfully request this Honorable Court grant the Order permitting Ethan R. Feldman, Esquire, to appear *pro hac vice* in this matter.

DATE: October 6, 2020

By: /s/ Ethan R. Feldman
Ethan R. Feldman, Esquire
CIPRIANI & WERNER, P.C.
450 Sentry Parkway
Blue Bell, PA 19422
efeldman@c-wlaw.com

By: /s/ Jessica M. Heinz
Jessica M. Heinz, Esquire
CIPRIANI & WERNER, P.C.
450 Sentry Parkway
Blue Bell, PA 19422
jheinz@c-wlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this Motion for Admission *pro hac vice*, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 6th of October, 2020.

/s/ *Ethan Feldman*
Ethan R. Feldman, Esquire