# CIPRIANI & WERNER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

| | | |
|---|---|---|
| JESSICA M. HEINZ, ESQ.<br>jheinz@c-wlaw.com | 450 Sentry Parkway, Suite 200<br>Blue Bell, PA 19422<br><br>Phone: (610) 567-0700<br>Fax: (610) 567-0712 | Visit us online at<br>www.C-WLAW.com |

October 9, 2020

**VIA ECF**
The Honorable Robert B. Kugler
Senior United States District Court Judge
District of New Jersey

    **Re: In Re: Valsartan Products Liability Litigation,**
       **MDL Docket # 1:19-md-02875-RBK-JS**

       **Karen Meade v. Aurobindo Pharma Ltd., et al.**
       **No.: 1:19-cv-15351**

Dear Judge Kugler:

   Defendants' Position Statement for the September 30, 2020 Case Management Conference requested an Order to Show Cause for Plaintiff, Karen Meade, due to outstanding deficiencies with her Plaintiff Fact Sheet. However, on the day of the Case Management Conference, Ms. Meade cured all outstanding deficiencies, but, defendants were unable to remove her case from the Position Statement due to the fact it was filed the day prior. Defendants did request that her case be removed from the list during the Case Management Conference. However, it appears and Order to Show Cause was entered against Ms. Meade.

   We are writing on behalf of all parties to request that the Order to Show Cause against Ms. Meade be vacated. We are available at the Court's convenience should Your Honor wish to discuss this matter.

           Respectfully,

           **CIPRIANI & WERNER**

           /s/*Jessica Heinz*_____
           Jessica M. Heinz

cc: Plaintiffs' Executive Committee, via email, valpec@kirtlandpackard.com