| | |
|---|---|
| **From:** | Adam Slater |
| **To:** | Valsartan PEC |
| **Cc:** | sgoldberg@duanemorris.com; Poletto, Janet L.; Priselac, Jessica; Brancato, Alexia Renee; Clem C. Trischler; CohenL@gtlaw.com; valsartan@csdisco.com |
| **Subject:** | RE: In re Valsartan, Losartan, and Irbesartan Prod. Liab. Litigation - MDL No. 2875 |
| **Date:** | Friday, October 2, 2020 3:37:56 PM |

Hi Jessica:

I am writing with regard to the Aurobindo Privilege Log produced on October 1, 2020. There appear to be some issues with the log that we would like to remedy, and with other defense counsel on this email, our understanding and expectations is being shared with them as well. The issues include: (1) the from and to columns only reference one sender and one recipient, we want to make sure that all people who sent or received an email are listed by name, with attorneys specifically identified, and this includes those cc'd, who should be indicated and named in a separate column so that we can tell who is the attorney at issue, and was this person a sender, recipient, or just a cc. In addition, the subject section provides cursory headings as to the subject, which are not sufficient to allow Plaintiffs to fairly assess whether a privilege has been properly invoked.

Please let us know if you agree to provide a more detailed privilege log. If not, we reserve the right to present this issue to the Court. If you want to discuss please let us know.

Thank you,

Adam Slater

---

**From:** Jessica Heinz <JHeinz@c-wlaw.com>
**Sent:** Thursday, October 01, 2020 4:19 PM
**To:** valpec@kirtlandpackard.com
**Cc:** sgoldberg@duanemorris.com; Poletto, Janet L. <JPoletto@hkmpp.com>; Priselac, Jessica <JPriselac@duanemorris.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>; Clem C. Trischler <CCT@Pietragallo.com>; CohenL@gtlaw.com; valsartan@csdisco.com
**Subject:** In re Valsartan, Losartan, and Irbesartan Prod. Liab. Litigation - MDL No. 2875

Counsel,

Please see the attached correspondence with enclosures.

Sincerely,
Jessica

**JESSICA M. HEINZ** | Partner
**CIPRIANI & WERNER PC**
450 SENTRY PARKWAY, SUITE 200 | BLUE BELL, PA 19422

(610) 567-0700 (MAIN)     | [www.c-wlaw.com](www.c-wlaw.com)
(610) 862-1929 (DIRECT) | [jheinz@c-wlaw.com](mailto:jheinz@c-wlaw.com)

PENNSYLVANIA  •  NEW JERSEY  •  WEST VIRGINIA  •  DELAWARE  •  MARYLAND  •
WASHINGTON DC  •  NEW YORK  •  VIRGINIA  •  GEORGIA

Cipriani & Werner, P.C. has implemented a full-spectrum approach to the COVID-19 situation. Please click on one of the red "COVID-19 Resource Center" hot links on the home page of our website for complete access to our multi-disciplinary articles and updates in order to stay current on the changing legal landscape as it responds to COVID-19.  To go directly to the COVID-19 Resource Center click  [https://www.c-wlaw.com/](https://www.c-wlaw.com/)

\* CONFIDENTIALITY NOTICE \*

This message is intended for the use of the individual or entity to whom and/or which it is addressed, and may contain information that is privileged, confidential, and prohibited from disclosure under either federal or state law, or court order. If you are not the intended recipient, or authorized agent of the intended recipient, of this electronic communication is strictly prohibited. If you have received this communication in error, please immediately delete this message and all its attachments and notify the sender of your receipt by reply email.

# PRIVILEGE LOG
(Updated 10/1/20)
## By Defendants Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC
*In re Valsartan, Losartan, and Irbesartan Products Liability, No. 19-md-2875*

| DATE | TYPE | FROM | TO | SUBJECT | PRIVILEGE(S) | BATES |
|---|---|---|---|---|---|---|
| March 5, 2020 | .PDF | Steve Lucas | NJ District Recall Coordinator | Recall Update | Withheld – Other Products | Auro-MDL 2875-0080271 |
| April 20, 2020 | Email | Steve Lucas | In-house counsel | Recall Update | Attorney-client privilege | Auro-MDL 2875-0080278 |
| N/A | Excel | N/A | N/A | Sales and Pricing data | Withheld – Other Product | Auro-MDL 2875-0080292 |
| January 21, 2020 | Emails | Counsel | In-house counsel | MDL 2875 | Attorney-client privilege | Auro-MDL 2875-0084557 |
| January 20, 2020 | Emails | Counsel | In-house counsel | MDL 2875 | Attorney-client privilege | Auro-MDL 2875-0084558 |
| December 28, 2018 | Email | Jeff Jackowski | In-house counsel | Valsartan recall | Attorney-client privilege | Auro-MDL 2875-0084615 |
| May 13, 2019 | Email with attachments | Daniel Burns | In-house counsel | MDL 2875 | Attorney-client privilege and work product | Auro-MDL 2875-0086439 to Auro-MDL 2875-0086490 |
| August 23, 2019 | Email with attachment | Pharmacovigilance (Steve Lucas' custodial file) | In-house counsel | MDL 2875 | Attorney-client privilege and work product | Auro-MDL 2875-0087311 to Auro-MDL 2875-0087312 |
| August 23, 2019 | Emails with attachment | Pharmacovigilance (Steve Lucas' custodial file) | In-house counsel | MDL 2875 | Attorney-client privilege and work product | Auro-MDL 2875-0087369 to Auro-MDL 2875-0087370 |
| November 12, 2019 | Email with attachment | Pharmacovigilance (Jeff Jackowski's custodial file) | In-house counsel | MDL 2875 | Attorney-client privilege and work product | Auro-MDL 2875-0088700 to Auro-MDL 2875-0088701 |
| November 6, 2019 | Email with attachment | Pharmacovigilance (Jeff Jackowski's custodial file) | Jasleen Gupta | MDL 2875 | Work product | Auro-MDL 2875-0088940 to Auro-MDL 2875-0088941 |