## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** October 14, 2020

**JUDGE JOEL SCHNEIDER, U.S.M.J.**

**COURT REPORTER:** Karen Friedlander

**TITLE OF CASE:**
IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**DOCKET NO.** 19-md-2875 (RBK-JS)

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Rubin Honik, Esq. | Victoria Lockhard and Jeff Greene, Esq. |
| Daniel Nigh, Esq. | Sarah Johnston, Esq. |
| Conlee Whiteley, Esq. | Jeffrey Geoppinger, Esq. |
| David Stanoch, Esq. | Clem Trischler, Esq. |
|  | Rebecca Bazan, Esq. |
|  | Andres Rivero, Esq. |

**NATURE OF PROCEEDINGS:** Status Conference

Telephone Status Conference held on the record.
Order to be entered.

                                                            <u>s/Sarah Eckert</u>
                                                            **DEPUTY CLERK**

**TIME COMMENCED:** 4:03 p.m.
**TIME ADJOURNED:** 5:14 p.m.
**TOTAL TIME:** 1 hour 11 minutes