IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

### ORDER

The Court having held a conference call with the parties on October 14, 2020; and this Order intending to confirm the Court's rulings; and good cause existing for the entry of this Order; and for all the reasons stated by the Court on the record,

**IT IS HEREBY ORDERED** this 16th day of October 2020, as follows:

1. By October 30, 2020, plaintiffs shall respond to Teva's October 13, 2020 letter brief [Doc. No. 594]. Teva may reply by November 6, 2020. The discovery dispute will be addressed during the November 11, 2020 conference call.

2. Until the Court rules on Teva's October 13, 2020 discovery application [Doc. No. 594], Teva is granted leave, if it so chooses, to not review documents that are predicted by CMML to be non-responsive. However, Teva is on notice that if the Court denies its application, the Court may Order Teva to review the alleged non-responsive documents.

3. Defendants request to extend the current scheduling deadlines regarding the depositions of the class action plaintiffs is DENIED. Each deponent shall produce a substantially complete Fact Sheet at least twenty-one (21) days before his/her first scheduled deposition.

4. The Court has made it clear that deposition scheduling should not await the production of every last piece of responsive ESI or documents. If relevant and material discovery is produced after a deposition that should have been produced before the deposition, the Court will entertain a request to re-depose the witness and a request for fees and costs.

5. The parties' discovery dispute letters regarding defendants' Rule 34 documents requests directed to the economic class plaintiffs shall be served by October 26, 2020.

6. The parties' letters regarding the issues to discuss during the October 28, 2020 conference shall be served by October 26, 2020. The issues to be addressed include, but are not limited to, the parties' deposition protocol and the dispute regarding plaintiffs' Rule 34 document requests directed to the economic class action plaintiffs.

7. All present scheduling deadlines shall remain in place.

8. The upcoming schedule for conferences with the Court is as follows:

- October 28, 2020 – 10:00 a.m./2:00 p.m.
- November 11, 2020 – 4:00 p.m.
- November 24, 2020 – 10:00 a.m./2:00 p.m.
- December 9, 2020 – 4:00 p.m.
- December 22, 2020 – 10:00 a.m./2:00 p.m.
- January 13, 2021 – 4:00 p.m.

Unless otherwise indicated, all conferences will be held by phone. The call-in and access numbers have already been provided.

s/ Joel Schneider<br>
JOEL SCHNEIDER<br>
United States Magistrate Judge