# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |

## CERTIFICATE OF SERVICE

I, Seth A. Goldberg, hereby certify that on October 16, 2020, copies of the foregoing Manufacturer Defendants' Reply Brief in Support of Their Motion to Dismiss; Compendium of Charts Referenced in the Manufacturer Defendants' Reply Brief; Compendium of Unreported or Unpublished Authorities Cited in Manufacturer Defendants' Reply Brief; Compendium of Unreported or Unpublished Authorities Cited in the Manufacturer Defendants' Compendium of Charts; and, Certification of Seth A. Goldberg of the Compendium of Charts Referenced in Manufacturer Defendants' Reply Brief have been served via ECF upon Counsel for Plaintiffs and all counsel of record in the Court's electronic filing system.

*/s/ Seth A. Goldberg*

Dated: October 16, 2020