# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2020, I filed the foregoing Wholesaler Defendants' Reply in Support of Their Motion to Dismiss; and Compendium of Unreported Cases Cited in the Wholesaler Defendants' Reply in Support of Their Motion to Dismiss electronically through the CM/ECF system, which will send notice of filing to all CM/ECF participants.

/s/ *Andrew D. Kaplan*
Andrew D. Kaplan