# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** October 28, 2020

**JUDGE JOEL SCHNEIDER, U.S.M.J.**

**COURT REPORTER:** Karen Friedlander

**TITLE OF CASE:**
IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**DOCKET NO.** 19-md-2875 (RBK-JS)

**APPEARANCES:**

**FOR PLAINTIFFS:**
Adam Slater, Esq.
David Stanoch, Esq.
Conlee Whiteley, Esq.

**FOR DEFENDANTS:**
Seth Goldberg, Esq.
Victoria Lockhard, Esq.
Steven Harkins, Esq.
Sarah Johnston, Esq.
Jeffrey Geoppinger, Esq.
Clem Trischler, Esq.
Andres Rivero, Esq.

**NATURE OF PROCEEDINGS:** Status Conference
Telephone Status Conference held on the record.
Order to be entered.

s/Sarah Eckert
**DEPUTY CLERK**

**TIME COMMENCED:** 10:02 a.m.
**TIME ADJOURNED:** 11:55 a.m.
**TOTAL TIME:** 1 hour 53 minutes