# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler<br>Hon. Joel Schneider |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORTIY

Plaintiffs respectfully submit this Notice of Supplemental Authority in connection with Defendants' motions to dismiss (ECF 520-523), and Plaintiffs' omnibus opposition thereto (ECF 577).

On October 28, 2020, the Eleventh Circuit issued its *en banc* decision in *Muransky v. Godiva*, No. 16-16486 (attached as Ex. A hereto). While the opinion principally focuses on an issue unrelated to the motions to dismiss here – namely, a post-*Spokeo* challenge to the class settlement of a FACTA class action – the Eleventh Circuit re-affirmed its earlier ruling in *Debernardis v. IQ Formulations, LLC*, 942 F.3d. 1076 (11th Cir. 2019). The parties here cited and discussed *Debernardis* in their motions to dismiss briefing. The *en banc* opinion in *Muransky* stated:

> We have also relied on the judgment of Congress to discern concrete injuries. In *Debernardis v. IQ Formulations, LLC*, for instance, we considered the plaintiffs' claim that they were sold an adulterated dietary supplement as defined by the Food, Drug, and Cosmetic Act because the manufacturer failed to provide notice to the Food and Drug Administration that a new dietary ingredient was safe. 942 F.3d at 1080–82. Although the plaintiffs suffered no physical harm from the supplement, we concluded that they were sold a worthless product "that Congress judged insufficiently safe for human ingestion." *Id.* at 1085. That deprived the plaintiffs of the benefit of their bargain and amounted to a direct economic loss that supported

1

standing. *Id.* at 1085–86. In short, a variety of approaches can demonstrate direct harm to a plaintiff.

Ex. A at 15.  Similar to the *Debernardis* plaintiffs who suffered cognizable harm by purchasing worthless, adulterated dietary supplements, the economic loss and medical monitoring plaintiffs here suffered cognizable harm resulting from the purchase of worthless, adulterated valsartan-containing drugs.  The *Debernardis* holding, as re-affirmed *en banc* by *Muransky*, further demonstrates Plaintiffs' standing to assert their claims in this action.

Dated: October 29, 2020                                                                  Respectfully Submitted,


*/s/ Ruben Honik*                                                    */s/ Daniel Nigh*
Ruben Honik                                                           Daniel Nigh
GOLOMB & HONIK, P.C.                                      LEVIN, PAPANTONIO, THOMAS, MITCHELL
1835 Market Street, Ste. 2900                                  RAFFERTY & PROCTOR, P.A.
Philadelphia, PA 19103                                            316 South Baylen Street
Phone (215) 985-9177                                             Pensacola, FL 32502
rhonik@golombhonik.com                                   Phone: (850) 435-7013
                                                                                dnigh@levinlaw.com


*/s/ Adam Slater*                                                    */s/ Conlee S. Whiteley*

Adam Slater                                                            Conlee S. Whiteley
MAZIE, SLATER, KATZ & FREEMAN, LLC            KANNER & WHITELEY, LLC
103 Eisenhower Pkwy, 2nd Flr.                               701 Camp Street
Roseland, NJ 07068                                                New Orleans, LA 70130
Phone (973) 228-9898                                           Phone: (504)-524-5777
aslater@mazieslater.com                                      c.whiteley@kanner-law.com

**MDL Plaintiffs' Co-Lead Counsel, on behalf of the Plaintiffs' Executive Committee and all Plaintiffs**

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 29, 2020, a true and correct copy of the foregoing was filed and served upon all counsel via operation of the CM/ECF system for the United States District Court for the District of New Jersey.

                                                      */s/ David J. Stanoch*
                                                      David J. Stanoch