# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | : : : : : | HON. ROBERT B. KUGLER<br>Civil No. 19-2875 (RBK/JS) |

### NOTICE OF THE MOTION BY THE AUROBINDO AND TORRENT DEFENDANTS TO QUASH PLAINTIFFS' SUBPOENAS AND FOR A PROTECTIVE ORDER REGARDING SUBPOENAS ISSUED TO ALCAME CORPORATION, AXIS CLINICALS, CATALENT, GIBRALTER LABORATORIES, INC., MEDICAL AFFAIRS COMPANY, MERIDIAN CONSULTING, NOVARTIS PHARMACEUTICAL , PERITT LABORATORIES, RISING PHARMACEUTICALS, SDS ENVIRONMENTAL SERVICES, TOXROX CONSULTING, LLC

To: Marlene J. Goldenberg, Esquire
Goldenberg Law, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55401

**PLEASE TAKE NOTICE** that on a date to be decided after October 29, 2020, the Aurobindo defendants and Torrent defendants, by and through their undersigned counsel, shall move before the Honorable Robert B. Kugler and the Honorable Joel Schneider for an ORDER quashing the subpoenas served upon:

1. Alcame Corporation
2. AXIS Clinicals
3. Catalent
4. Gibralter Laboratories, Inc.
5. Medical Affairs Company
6. Meridian Consulting
7. Novartis Pharmaceutical
8. Peritt Laboratories
9. Rising Pharmaceuticals
10. SDS Environmental Services
11. Sipra Labs Limited
12. ToxRox Consulting, LLC

Dated: October 29, 2020

Respectfully submitted,

 s/ Jessica M. Heinz
Ernest F. Koschineg, III
Jessica M. Heinz
CIPRIANI & WERNER, P.C.
450 Sentry Parkway East, Suite 200
Blue Bell, PA 19422
610-567-0700 Telephone
610-862-1929 Facsimile
ekoschineg@c-wlaw.com
jheinz@c-wlaw.com

*Attorneys for Aurobindo Pharma, Ltd., Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC*

 /s/ Alexia R. Brancato
Devora W. Allon
Alexia R. Brancato
KIRKLAND & ELLIS LLP
601 Lexington Avenue New York, NY 10022
T: (212) 446-4800
F: (212) 446-4900

*Counsel for Torrent Pharmaceuticals, Ltd. and Torrent Pharma, Inc.*