# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | : : : : : | HON. ROBERT B. KUGLER<br>Civil No. 19-2875 (RBK/JS) |

## ORDER

AND NOW, this _____ day of _____, _____20 / 21, after consideration of the Aurobindo Defendants' and Torrent Defendants' Motion to Quash the Subpoenas directed to Alcame Corporation, AXIS Clinicals, Catalent, Gibralter Laboratories, Inc., Medical Affairs Company, Meridian Consulting, Novartis Pharmaceutical, Peritt Laboratories, Rising Pharmaceuticals, SDS Environmental Services, Sipra Labs Limited, ToxRox Consulting, LLC, and any response in opposition thereto, it is hereby **ORDERED** and **DECREED** that said Motion is granted. It is further **ORDERED** that all subpoenas served upon entities referenced in this **ORDER** are **QUASHED**.

_____

J. Schneider