**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | : : : : : : : | HON. ROBERT B. KUGLER<br><br>Civil No. 19-2875 (RBK/JS) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of October, 2020, I filed the forgoing Notice of the Aurobindo and Torrent Defendants' Motion to Quash/Motion for Protective Order, and the Aurobindo and Torrent Defendants' Memorandum of Law in Support thereof electronically through the CM/ECF system, which will send notice of filing to all CM/ECF participants.

*/s/Jessica Heinz*