UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | HON. ROBERT B. KUGLER<br><br>Civil No. 19-2875 (RBK/JS) |

**NOTICE OF THE TEVA DEFENDANTS' MOTION TO QUASH PLAINTIFFS' THIRD-PARTY SUBPOENAS AND FOR PROTECTIVE ORDER TO ENJOIN OR LIMIT COLLECTION OF IRRELEVANT INFORMATION BY THIRD-PARTY SUBPOENA**

To:   Marlene J. Goldenberg, Esquire
      Goldenberg Law, PLLC
      800 LaSalle Avenue, Suite 2150
      Minneapolis, MN 55401

**PLEASE TAKE NOTICE** that on a date to be decided after October 29, 2020, the Aurobindo defendants, by and through their undersigned counsel, shall move before the Honorable Robert B. Kugler and the Honorable Joel Schneider for an ORDER quashing the subpoenas served upon:

1. to aaiPharma Inc.
2. Cobalt Pharmaceuticals Inc.
3. Catalent Inc.
4. Chemir Pharma Services, Envoy Health Care LLC
5. Gibralter Laboratories, Inc.
6. Integrated Analytical Laboratories, LLC
7. International Trading Pharmaceuticals Laboratories, Inc.
8. Jost Chemical Co.
9. Jubilant Generics
10. MSN Laboratories Private Ltd.
11. Prevalere Life Sciences Inc.
12. Ratiopharm
13. SGS US Testing Co. Inc.
14. Southern Testing & Research Laboratories
15. Spectral Data Services Inc.
16. WRB Corp.
17. Zhejiang Menovo Pharmaceutical Co., Ltd.

Dated: October 29, 2020

Respectfully submitted,

*/s/ Victoria Davis Lockard*
Lori G. Cohen
Victoria D. Lockard
Steven M. Harkins
Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
cohenl@gtlaw.com
lockardv@gtlaw.com
harkinss@gtlaw.com


Brian H. Rubenstein
1717 Arch Street
Suite 400
Philadelphia, PA 19103
Tel: (215) 988-7864
Fax: (215) 689-4419
rubensteinb@gtlaw.com

*Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*