UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | : : : : : : : | HON. ROBERT B. KUGLER<br><br>Civil No. 19-2875 (RBK/JS) |

**ORDER**

AND NOW, this _____ day of _____, _____20 / 21, after consideration of the Teva Defendants' Motion to Quash the Subpoenas directed to to aaiPharma Inc., Cobalt Pharmaceuticals Inc., MSN Laboratories Private Ltd., Ratiopharm, Zhejiang Menovo Pharmaceutical Co., Ltd., Catalent Inc., Chemir Pharma Services, Envoy Health Care LLC, Gibralter Laboratories, Inc., Integrated Analytical Laboratories, LLC, International Trading Pharmaceuticals Laboratories, Inc., Jost Chemical Co., Jubilant Generics, Prevalere Life Sciences Inc., SGS US Testing Co. Inc., Southern Testing & Research Laboratories, Spectral Data Services Inc., and WRB Corp. any response in opposition thereto, it is hereby **ORDERED** and **DECREED** that said Motion is granted. It if further **ORDERED** that all subpoenas served upon entities referenced in this **ORDER** are **QUASHED**.

_____

J. Schneider