# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | HON. ROBERT B. KUGLER<br><br>Civil No. 19-2875 (RBK/JS) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2020, the foregoing motion, memorandum of law, notice, proposed order, and accompanying exhibits to the Court was served on all counsel of record via filing in the CM/ECF system.

*/s/ Steven M. Harkins*