# Exhibit B

(Intentionally Omitted on ECF, but Emailed to the Court)