# Exhibit C

```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
 _____
                                 CIVIL ACTION NUMBER:

 IN RE:  VALSARTAN PRODUCTS       19-md-02875-RBK-JS
 LIABILITY LITIGATION
                                  TELEPHONIC STATUS
                                  CONFERENCE WITH ORAL
 _____      ARGUMENT AND RULINGS ON
                                  DEFENDANTS' FACT SHEETS

        Mitchell H. Cohen Building & U.S. Courthouse
        4th & Cooper Streets
        Camden, New Jersey  08101
        July 29, 2020
        Commencing at 10:20 a.m.

 B E F O R E:              THE HONORABLE JOEL SCHNEIDER,
                           UNITED STATES MAGISTRATE JUDGE
                           AND
                           THE HONORABLE ROBERT B. KUGLER,
                           UNITED STATES DISTRICT JUDGE

 A P P E A R A N C E S:

        MAZIE SLATER KATZ & FREEMAN, LLC
        BY:  ADAM M. SLATER, ESQUIRE
        103 EISENHOWER PARKWAY
        ROSELAND, NEW JERSEY  07068
        For the Plaintiffs

        GOLOMB & HONIK, P.C.
        BY:  RUBEN HONIK, ESQUIRE
        1835 MARKET STREET, SUITE 2900
        PHILADELPHIA, PENNSYLVANIA  19103
        For the Plaintiffs


        LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY PROCTOR P.A.
        BY:  DANIEL A. NIGH, ESQUIRE
        316 S. BAYLEN, SUITE 600
        PENSACOLA, FL 32502
        For the Plaintiffs

              Carol Farrell, Official Court Reporter
                     cfarrell.crr@gmail.com
                          856-318-6100

    Proceedings recorded by mechanical stenography; transcript
            produced by computer-aided transcription.
```

1  this and that.  The Court is very, very seriously considering
2  requiring Teva to produce all nonresponsive documents to the
3  plaintiffs.  Now, if I was the plaintiffs and if I was a
4  rational person, I'm not sure I would want that, because if
5  this CAL or CMML is as good as everybody says it supposedly
6  is, they're wasting enormous amounts of time.  But if that's
7  what the plaintiffs want, given the fact that we negotiated
8  nine months or so over search terms, and on July 1st, they
9  find out for the first time that TAR is going to be used, if
10 that's what the plaintiffs want, the Court is very seriously
11 considering giving it to them.  That being said, if I was the
12 plaintiffs, I wouldn't do that because it's just an
13 incredible, it sounds like just an incredible -- I don't want
14 to say waste -- devotion of resources.  So I agree with
15 Mr. Slater that, hopefully, the proposal as to plaintiffs that
16 Teva is going to make is like *The Godfather*.  Here's an offer
17 you can't refuse.  Right?  I think it's in everyone's best
18 interests to make as full a disclosure to plaintiffs as
19 possible.  And, frankly, I'm not the expert in this area, you
20 are, but if Teva is saying that this program is so good and
21 it's better than humans, and we can identify nonresponsive
22 documents, frankly, I don't understand why they have to review
23 them in person by a human before they produce them to
24 plaintiffs.  Because if they're so confident that this system
25 works, just give plaintiffs the documents.  There will be a