# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2875 <br><br> **Honorable Robert B. Kugler,** <br> **District Court Judge** <br><br> **Honorable Joel Schneider,** <br> **Magistrate Judge** |

**This Document Relates to:**

*Pearleatha Gatewood v. Prinston Pharmaceutical, Inc., et al.*

*Case No.: 1:20-cv-06879-RBK-JS*

## NOTICE AND STATEMENT NOTING DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Pearleatha Gatewood.

Dated: November 2, 2020

        Respectfully Submitted,

        */s/ Rosemarie Bogdan*
        Rosemarie Bogdan
        NDNY Bar Roll Number: 506409
        NYS Bar Roll Number: 380552
        MARTIN, HARDING & MAZZOTTI, LLP
        Attorneys for Plaintiff
        1222 Troy-Schenectady Road
        P.O. Box 15141
        Albany, New York 12212-5141
        Telephone: (518) 862-1200
        rrbvalsartan@1800law1010.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2020, I electronically filed the foregoing Notice and Statement Noting Death with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/Rosemarie Bogdan

Rosemarie Bogdan

`