# EXHIBIT I



**From:** Ben Stellpflug
**Sent:** Thursday, October 15, 2020 7:11 PM
**To:** Goldberg, Seth A. ; Ferretti, Joseph S. ; jheinz@c-wlaw.com; CCT@Pietragallo.com; eabraham@hillwallack.com; gwright@hillwallack.com; cohenl@gtlaw.com; lockardv@gtlaw.com; lefkowitz@kirkland.com
**Cc:** Marlene Goldenberg ; Valsartan PEC
**Subject:** Service of Valsartan Third Party Subpoenas

Counsel:

Please note that we have sent all subpoenas for domestic third party entities out for service of process today.

Please also note that the attached subpoenas are being served on you via this email. If you are not agreeable to accepting service for the subpoenas that are attached to this email, please let us know immediately and we can schedule the appropriate meet and confers. Much appreciated.

Best,

-Ben

> **Benjamin C. Stellpflug • Associate Attorney**
> **GoldenbergLaw, PLLC**
> 800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402
> Direct: (612) 436-5039 • Toll-Free: (855) 333-4662 X939 • Fax: (612) 367-8107
> email • website • bio

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you receive this e-mail in error, please notify the sender at 612-333-4662 or by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.

**From:** Ben Stellpflug
**Sent:** Friday, October 16, 2020 2:13 PM
**To:** Goldberg, Seth A. ; Ferretti, Joseph S. ; jheinz@c-wlaw.com; CCT@Pietragallo.com; eabraham@hillwallack.com; gwright@hillwallack.com; cohenl@gtlaw.com; lockardv@gtlaw.com; lefkowitz@kirkland.com
**Cc:** Marlene Goldenberg ; Valsartan PEC
**Subject:** Re: Service of Valsartan Third Party Subpoenas

[Attachments: Aurobindo Domestic Third Party Subpoenas.zip 394 KB; Hetero Domestic Third Party Subpoenas.zip 140 KB; Mylan Domestic Third Party Subpoenas.zip 217 KB; Qualanex. Torrent Third Party Subpoena Subpoena.docx 36 KB; Teva Domestic Third Party Subpoenas.zip 562 KB]

Good Afternoon Counsel:

Attached, please find copies of the third party subpoenas for entities connected to Aurobindo, Hetero, Mylan, Teva, and Torrent, which are in the process of being served on the parties identified therein. Please note that I will follow up shortly with copies of the subpoenas for ZHP-related third parties. Thank you.

**Benjamin C. Stellpflug • Associate Attorney**

**GoldenbergLaw, PLLC**

800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402

Direct: (612) 436-5039 • Toll-Free: (855) 333-4662 X939 • Fax: (612) 367-8107

email • website • bio

---

**From:** Ben Stellpflug
**Sent:** Thursday, October 15, 2020 6:10 PM
**To:** sagoldberg@duanemorris.com <sagoldberg@duanemorris.com>; jsferretti@duanemorris.com <jsferretti@duanemorris.com>; jheinz@c-wlaw.com <jheinz@c-wlaw.com>; CCT@Pietragallo.com <CCT@Pietragallo.com>; eabraham@hillwallack.com <eabraham@hillwallack.com>; gwright@hillwallack.com <gwright@hillwallack.com>; cohenl@gtlaw.com <cohenl@gtlaw.com>; lockardv@gtlaw.com <lockardv@gtlaw.com>; lefkowitz@kirkland.com <lefkowitz@kirkland.com>
**Cc:** Marlene Goldenberg <mjgoldenberg@goldenberglaw.com>; Valsartan PEC <valpec@kirtlandpackard.com>
**Subject:** Service of Valsartan Third Party Subpoenas

Counsel:

Please note that we have sent all subpoenas for domestic third party entities out for service of process today.

Please also note that the attached subpoenas are being served on you via this email. If you are not agreeable to accepting service for the subpoenas that are attached to this email, please let us know immediately and we can schedule the appropriate meet and confers. Much appreciated.

Best,

-Ben

**Benjamin C. Stellpflug • Associate Attorney**

**GoldenbergLaw, PLLC**

800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402

Direct: (612) 436-5039 • Toll-Free: (855) 333-4662 X939 • Fax: (612) 367-8107

email • website • bio

**From:** Ben Stellpflug
**Sent:** Friday, October 16, 2020 3:55 PM
**To:** Priselac, Jessica ; Marlene Goldenberg
**Cc:** Goldberg, Seth A. ; Ferretti, Joseph S. ; Valsartan PEC
**Subject:** Re: Service of Valsartan Third Party Subpoenas



ZHP Third Party Subpoenas.zip
914 KB

Hi Jessica:

Attached, please find a Zip folder containing all ZHP third party subpoenas. Please note that the following are out for service of process (copies of which are included in the attached folder):

- Azbil Telstar
- Charles Wang/Innocare
- Dohmen Life Science Services
- Douglas Campbell
- Frederick Ball c/o Duane Morris
- Eversana
- Novartis
- Return Logistics Intl.
- Saxon International Associates
- Solvias
- Stericycle Expert Solutions

Further, it is my understanding that your office is accepting service for the following entities (subpoenas for which are also included in the attached folder):

- CABB AG
- Catalent Micron Tech.
- Chemo Group India
- Linhai Huanan Chemical Co., Ltd.
- Malvern Instruments

- Prinbury Biopharm
- ProPharma Group
- Shiva Pharmachem
- Tiefenbacher
- VXL Life Sciences
- Zi Qiang Gu

Can you please confirm that you are accepting service for these third parties? If not, we can get a meet and confer scheduled to address. Thank you.

**Benjamin C. Stellpflug • Associate Attorney**

**GoldenbergLaw, PLLC**

800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402

Direct: (612) 436-5039 • Toll-Free: (855) 333-4662 X939 • Fax: (612) 367-8107

email • website • bio

---

**From:** Priselac, Jessica <JPriselac@duanemorris.com>
**Sent:** Friday, October 16, 2020 10:06 AM
**To:** Ben Stellpflug <bstellpflug@goldenberglaw.com>; Marlene Goldenberg <mjgoldenberg@goldenberglaw.com>
**Cc:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Ferretti, Joseph S. <JSFerretti@duanemorris.com>
**Subject:** RE: Service of Valsartan Third Party Subpoenas

Ben and Marlene,

Can you please provide us with copies of any subpoenas served on any individuals/entities you previously identified as purportedly having a connection to the ZHP parties as required by the FRCP?

Thank you,

Jessica

**Jessica Priselac**
Attorney at Law

2

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
**P:** +1 215 979 1159
**F:** +1 215 827 5486
**C:** +1 650 224 9097

JPriselac@duanemorris.com
www.duanemorris.com


Begin forwarded message:

**From:** Ben Stellpflug <bstellpflug@goldenberglaw.com>
**Date:** October 15, 2020 at 7:15:07 PM EDT
**To:** "Goldberg, Seth A." <SAGoldberg@duanemorris.com>, "Ferretti, Joseph S." <JSFerretti@duanemorris.com>, "jheinz@c-wlaw.com" <jheinz@c-wlaw.com>, "CCT@Pietragallo.com" <CCT@Pietragallo.com>, "eabraham@hillwallack.com" <eabraham@hillwallack.com>, "gwright@hillwallack.com" <gwright@hillwallack.com>, "cohenl@gtlaw.com" <cohenl@gtlaw.com>, "lockardv@gtlaw.com" <lockardv@gtlaw.com>, "lefkowitz@kirkland.com" <lefkowitz@kirkland.com>
**Cc:** Marlene Goldenberg <mjgoldenberg@goldenberglaw.com>, Valsartan PEC <valpec@kirtlandpackard.com>
**Subject: Service of Valsartan Third Party Subpoenas**

Counsel:

Please note that we have sent all subpoenas for domestic third party entities out for service of process today.

Please also note that the attached subpoenas are being served on you via this email. If you are not agreeable to accepting service for the subpoenas that are attached to this email, please let us know immediately and we can schedule the appropriate meet and confers. Much appreciated.

Best,

-Ben

**Benjamin C. Stellpflug • Associate Attorney**

**GoldenbergLaw, PLLC**

800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402

Direct: (612) 436-5039 • Toll-Free: (855) 333-4662 X939 • Fax: (612) 367-8107

3

email • website • bio

Case 1:19-md-02875-RMB-SAK   Document 620-9   Filed 11/09/20   Page 8 of 8 PageID: 14512