# EXHIBIT M

# LIST OF ZHP-RELATED THIRD-PARTY SUBPOENAS TO BE QUASHED IN THEIR ENTIRETY

1. Azbil Telstar Technologies
2. CABB AG
3. Chemo Group India
4. Linhai Huanan Chemical Co., Ltd.
5. Malvern Instruments
6. Shiva Pharmachen Pvt. Ltd.
7. Tiefenbacher API + Ingredients
8. VXL Life Sciences