# EXHIBIT N

# LIST OF ZHP-RELATED THIRD-PARTY SUBPOENAS TO BE MODIFIED IN SCOPE

1. Catalent
2. Dr. Charles Wang/Innocare
3. Dohmen Life Science Services
4. Doug Campbell
5. Eversana Life Science Services, LLC
6. Novartis
7. Prinbury Biopharm Co., Ltd
8. ProPharma Group, Inc.
9. Return Logistics International Corporation
10. Saxon International Associates
11. Solvias Inc.
12. Stericycle Expert Solutions
13. Dr. Zi-Qiang Gu