## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

                      CIPRIANI & WERNER, P.C.

By: *[signature]*

                      Jessica M. Heinz, Esq.
                      jheinz@c-wlaw.com
                      450 Sentry Parkway, Ste. 200
                      Blue Bell, PA  19422
                      Tel:  (610) 567-0700
                      Fax: (610) 567-0712