# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | : : : : : : | HON. ROBERT B. KUGLER<br>HON. JOEL SCHNEIDER<br>MDL No. 19-2875 (RBK/JS) |

## AFFIDAVIT PURSUANT TO THE DISTRICT OF NEW JERSEY
## LOCAL RULE 37.1(b)(1)

I, Brittney M. Nagle, Esq. on behalf of the Torrent entities, state that on November 6, 2020, I met and conferred with plaintiffs' counsel, Ben Stellpflug, Esq. of GoldenbergLaw, PLLC via telephone in an effort to resolve the issues presented in the Aurobindo and Torrent entities' discovery motion filed on October 29, 2020. The parties were unable to reach an agreement as to any issues presented therein.

I further certify that this statement complies with 28 USC § 1746 relating to unsworn falsifications to authorities and that this statement is true and correct to the best of my knowledge under penalty of perjury.

                   */s/ Brittney M. Nagle*
                    Brittney M. Nagle