# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                               **DATE:** November 11, 2020

**JUDGE JOEL SCHNEIDER, U.S.M.J.**

**COURT REPORTER:** Karen Friedlander

**TITLE OF CASE:**                               **DOCKET NO.** 19-md-2875 (RBK-JS)
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Conlee Whiteley | Seth Goldberg, Esq. |
| Adam Slater, Esq. | Rebecca Bazan, Esq. |
| Daniel Nigh, Esq. | Victoria Lockhard, Esq. |
| Marlene Goldenberg, Esq. | Jeffrey Greene, Esq. |
| David Stanoch, Esq. | Sarah Johnston, Esq. |
| Behram Parekh, Esq. | Clem Trischler, Esq. |
| | Jessica Heinz, Esq. |
| | D'Lesli Davis, Esq. |

**NATURE OF PROCEEDINGS:**   Telephone Status Conference / Discovery Hearing

Telephone Status Conference held on the record.
Discovery Conference held on the record.
Order to be entered.

                                                          s/Sarah Eckert
                                                          **DEPUTY CLERK**

**TIME COMMENCED:** 2:00 p.m.
**TIME ADJOURNED:** 6:00 p.m.
**TOTAL TIME:** 4 hours