IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, and IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

ORDER

The Court having received Mylan's November 9, 2020 letter application [Doc. No. 619]; and the Court having heard argument via phone on November 11, 2020; and good cause having been shown,

IT IS HEREBY ORDERED this 12th day of November 2020, that Mylan's application is GRANTED and Mylan's deadline to produce responsive documents from its "non-responsive null set" is STAYED pending further Order of the Court. All other present scheduling deadlines shall remain in effect; and it is further,

ORDERED the Court will accept supplemental written submissions by November 18, 2020, not to exceed ten (10) pages, addressing the Teva TAR dispute.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge