IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, and IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

ORDER

The Court having held a conference call with the parties on November 11, 2020; and this Order intending to confirm the Court's rulings; and accordingly, it is hereby

ORDERED this 13th day of November 2020, as follows:

1) The completion date for defendants' document/ESI production is **November 30, 2020.**

2) The parties shall serve their final Deposition Protocol by **November 16, 2020.** The Addendums to the Protocol shall be finalized no later than **November 24, 2020.**

3) All disputes regarding objections to plaintiffs' Fed.R.Civ.P.30(b)(6) deposition notices will be addressed during the **November 24, 2020** conference call.

4) All motions for protective orders addressing plaintiffs' third-party subpoenas shall be filed no later than **December 4, 2020.** Defendants' shall file an omnibus motion that addresses issues and disputes common to all defendants. Defendants may file separate motions that address issues specific to them. Responses shall be filed by **December 31, 2020.** Replies may be served by **January 8, 2021**. Oral argument regarding the motions will be held during the **January 13, 2021** scheduled conference call. These scheduling deadlines apply to parties and non-parties. Plaintiffs' counsel shall notify and serve the third-parties with a copy of this Order.

5) Plaintiffs' counsel shall notify defendants of all responses to their third-party subpoenas. To the extent any documents from a third-party are produced before the Court rules on defendants' objections, plaintiffs shall not review the documents until the Court decides the outstanding motions for

protective orders or otherwise rules that review of the documents is permitted.

6) Disputes regarding plaintiffs' document requests directed to the class action medical monitoring plaintiffs is deferred until the November 24, 2020 conference.

7) McKesson shall complete its required document production by **November 25, 2020.**

8) All present scheduling deadlines other than those set forth in this Order shall remain in place.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge
