UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICANAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | MASTER DOCKET NUMBER<br><br>Civil No. 19-2875 (RBK/JS) |

### CASE MANAGEMENT ORDER NO. 21

IT IS HEREBY ORDERED this 17th day of November, 2020, that the following requests for production of documents ("RFP") are Court ORDERED and shall be responded to without objection:

1. RFP to Medical Monitoring Class Action Plaintiff Class Representatives (Exhibit A).

2. RFP to Economic Loss Class Action Plaintiff Consumer Class Representatives (Exhibit B).

3. RFP to Economic Loss Class Action Plaintiff Third-Party Payor Class Representative (Exhibit C)(MSPRC)

4. RFP to Economic Loss Class Action Plaintiff Third-Party Payor Class Representative (Exhibit D)(Maine Automobile Dealers Association, Inc. Insurance Trust)

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge
