# **EXHIBIT D**

Omitted from ECF but provided to the Court via email