# Exhibit C

2012 WL 1431215 (Va.Cir.Ct.) (Trial Order)
Circuit Court of Virginia.
Loudoun County

GLOBAL AEROSPACE INC., et al., Plaintiff,

v.

LANDOW AVIATION, L.P. d/b/a Dulles Jet Center, et al., Defendants;

No. CL 61040
April 23, 2012.

**Order Approving the USE of Predictive Coding for Discovery**

Jonathan M. Stern (VA Bar No. 41930), Gordon S. Woodward (VA Bar No. 42449), Counsel for Landow Aviation Limited Partnership and Landow Aviation I, Inc.

James H. Chamblin, Judge.

*Cases Affected*

Global Aerospace Inc., et al. v. Landow Aviation, L.P. d/b/a Dulles Jet Center, et al. (Case No. CL 61010)

BAE Systems Survivability Systems, LLC v. Landow Aviation, L.P, et al. (Case No. CL 61991)

La Réunion Aérienne v. Landow Aviation, L.P. d/b/a Dulles Jet Center, et al. (Case No. CL 64475)

United States Aviation Underwriters, Inc. v. Landow Aviation, L.P., et al. (Case No. CL 63795)

Chartis Aerospace Adjustment Services, Inc. v. Landow Builders Inc., et al. (Case No. CL 63190)

Factory Mutual Insurance Company v. Landow Builders Inc., et al. (Case No. CL 63575)

The Travelers Indemnity Company, as subrogee of Landow Aviation Limited Partnership v. Bascon, Inc., et al. (Case No. CL 61909)

Global Aerospace, Inc. v. J. H. Brandt and Associates, Inc., et al. (Case No. CL 61712)

M.I.C. Industries, Inc. v. Landow Aviation, L.P., et al. (Case No. 71633)

Having heard argument with regard to the Motion of Landow Aviation Limited Partnership, Landow Aviation I, Inc., and Landow & Company Builders, Inc., pursuant to Virginia Rules of Supreme Court 4:1(b) and (c) and 4:15, it is hereby ordered Defendants shall be allowed to proceed with the use of predictive coding for purposes of the processing and production of electronically stored information, with processing to be completed with 60 days and production to follow as soon as practicable and in no more than 60 days.

This is without prejudice to a receiving party raising with the court an issue as to completeness or the contents of the produdtion or the ongoing use of predictive coding.

Entered this 23rd day of April, 2012.

<<signature>>

James H. Chamblin

Loudoun County Circuit Judge

We ask for this:

<<signature>>

Jonathan M. Stern (VA Bar No. 41930)

Gordon S. Woodward (VA Bar No. 42449)

*Counsel for Landow Aviation Limited Partnership and Landow Aviation I, Inc.*

Endorsements waived pursuant to Rule 1:13

See and Objected to

<<signature>>

William G. Laxton Sr.

Counsel for M.I.C. Industries, Inc.

We ask for this:

<<signature>>

Danielle M. LaCoe (VSB #78715)

Attorney for Landow & Company Builders, Inc.

**End of Document**

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

 © 2020 Thomson Reuters. No claim to original U.S. Government Works.