# Exhibit 7

In accordance with Paragraph 31 of the Court's Confidentiality and Protective Order, Plaintiffs requested Defendant ZHP to de-designate ZHP00479762 in order to include the document in Plaintiffs' submission; however, ZHP declined to do so. Therefore, Plaintiffs will forward the relevant portion of the document to the Court directly via email for in camera review.