# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN

**DATE:** November 24, 2020

**HON. ROBERT B. KUGLER, U.S.D.J.**
**HON. JOEL SCHNEIDER, U.S.M.J.**

**COURT REPORTER:** Karen Friedlander

**TITLE OF CASE:**
IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**DOCKET NO.** 19-md-2875 (RBK-JS)

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| David Stanoch, Esq. | Barbara Schwartz, Esq. |
| Daniel Nigh, Esq. | Victoria Lockhard, Esq. |
| Layne Hilton, Esq. | Jeffrey Greene, Esq. |
| Behram Parekh, Esq. | Steve Harkins, Esq. |
| | Jessica Heinz, Esq. |
| | Nakul Shah, Esq. |
| | Alexia Brancato, Esq. |
| | Jason Reefer, Esq. |

**NATURE OF PROCEEDINGS:** Telephone Status Conference
Telephone Status Conference held on the record.
Order to be entered.

s/Sarah Eckert
**DEPUTY CLERK**

**TIME COMMENCED:** 10:00 a.m.   **TIME ADJOURNED:** 12:30 p.m.
**TIME COMMENCED:** 1:30 p.m.    **TIME ADJOURNED:** 3:30 p.m.
**TOTAL TIME:** 4 hours 30 minutes