IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, and IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

## CASE MANAGEMENT ORDER NO. 22

The Court having held a status conference via phone with counsel on November 24, 2020; and this Order intending to confirm the various rulings made by the Court; and accordingly,

It is hereby ORDERED this 25th day of November 2020, as follows:

1) No personal jurisdiction motions may be filed without leave of court.

2) No summary judgment motions may be filed without leave of court.

3) No amended complaints shall be filed without leave of court to be requested in a Motion to Amend.

4) All requests to vacate dismissals entered on account of the Order to Show Cause process shall be made via a formal motion.

5) The following scheduling deadlines shall be in effect:

- **April 1, 2021** – Deadline to complete fact discovery on all issues including general causation and class certification.

- **May 3, 2021** – Deadline for plaintiffs to serve their expert reports addressing general causation with dates the experts are available to be deposed.

- **June 1, 2021** – Deadline to complete depositions of plaintiffs' general causation experts.

- **July 1, 2021** – Deadline for defendants to serve their expert reports addressing general causation with dates the experts are available to be deposed.

- **August 2, 2021** – Deadline to complete depositions of defendants' general causation experts.

- **August 31, 2021** – Deadline to file Daubert motions.

- **October 1, 2021** – Deadline to file responses to Daubert motions.

- **November 1, 2021** – Deadline to file replies to responses to Daubert motions.

6) By **December 2, 2020,** plaintiffs shall serve the final versions of their Fed.R.Civ.P.30(b)(6) deposition notices (dates blank) which will be approved in a Court Order.

7) All disputes regarding the parties' Deposition Addendums shall be put on the agenda for the **December 9, 2020** conference call.

8) By **December 8, 2020** the parties shall complete fulsome discussions regarding the names, dates, and locations of depositions to be taken starting on January 19, 2021.

9) By **December 23, 2020,** defendants are granted leave to file a motion to compel/protective order regarding all deposition issues not resolved by that date.

10) By **December 31, 2020** plaintiffs' shall disclose the types of  cancer for which they will provide expert reports to proceed to the general causation Daubert hearing in the MDL; plaintiffs may amend these disclosures upon a showing of good cause. The parties shall meet and confer about the format of these disclosures.

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge

2