# UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

WALTER L. SHUMPERT, JR., ET AL.,

    Plaintiff(s),

vs.

ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., ET AL.,

    Defendant(s).

Index No.: 1:20-CV-15804-RBK-JS
Filed Date: 11/10/2020

AFFIDAVIT OF SERVICE

---

STATE OF DELAWARE
COUNTY OF NEW CASTLE    SS.:

Sharlene Brooks, the undersigned, being duly sworn, deposes and says that I was at the time of attempting service over the age of eighteen and not a party to this action. I reside in the State of New York.

On 11/18/2020 at 1:00 PM, I served the within SUMMONS IN A CIVIL CASE (Filed 11/12/2020), RETURN OF SERVICE, SHORT FORM COMPLAINT, CIVIL COVER SHEET AND INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44 on PRIME THERAPEUTICS LLC B/S/U CORPORATION SERVICE COMPANY AS REGISTERED AGENT, Defendant.

Said service was effected at 251 Little Falls Drive, Wilmington, DE 19808 in the following manner:

[X] **Registered Agent:** By leaving a true copy of the above stated documents with Lyanne Gares, Litigation Management Services leader for Corporation Service Company, the registered agent of PRIME THERAPEUTICS LLC.

[ ] **Officer/Agent:** By leaving a true copy of the above stated documents with:
(name)_____
(title)_____, who is a corporate officer or manager of PRIME THERAPEUTICS LLC B/S/U CORPORATION SERVICE COMPANY AS REGISTERED AGENT.

[ ] **Other:** By leaving a true copy of the above stated documents with:
(name)_____
(title)_____

Description of person process was left with:

Sex: Female  Skin Color / Race: White  Hair Color: Brown  Approx. Age: 35  Height: 5'6"  Weight: 135

---

Signed and sworn to before me on this 25 day of November, 2020.

_NOTARY PUBLIC_

X _Sharlene Brooks_  11/25/2020
Sharlene Brooks
(Print Name)
Lightning Legal Services, LLC
P.O. Box 9132
Albany, NY 12209
518.463.1049
ClienRef#:

*148388*

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2024