# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | HON. ROBERT B. KUGLER<br><br>Civil No. 19-2875 (RBK/JS) |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves the Court for leave to withdraw his appearance as counsel for McKesson Corporation. As of December 1, 2020, the undersigned will no longer be associated with McKesson Corporation. No substitution of counsel is necessary as McKesson Corporation continues to be represented by other attorneys of record with appearances on file. McKesson Corporation is aware of and consents to counsel's motion to withdraw. A proposed order is attached.

Respectfully submitted this 1st day of December, 2020.

By  s/Carlos F. Ortiz
Carlos F. Ortiz
Counsel for McKesson Corporation
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173
(212) 547-5400
cortiz@mwe.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2020, a true and correct copy of the foregoing Motion to Withdraw Appearance was filed with the CM/ECF system for the United States District Court for the District of New Jersey, which will send electronic notifications of the filing to all counsel of record.

s/Carlos F. Ortiz