**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) <br><br> [**PROPOSED**] ORDER |

**WHEREAS**, the Court has reviewed the motion of Carlos F. Ortiz seeking leave to withdraw as counsel of record in this matter, as well his declaration in support thereof;

**IT IS HEREBY ORDERED THAT**, the motion of Carlos F. Ortiz seeking approval to withdraw in this matter is granted;

**IT IS FURTHER ORDERED THAT**, the Clerk of the Court shall remove Mr. Ortiz from the docket sheet in this matter.

**IT IS ORDERED.**

Dated: _____, 2020
New Jersey

_____
Hon. Robert B. Kluger
United States District Judge