# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | REQUEST BY ATTORNEY TO WITHDRAW FROM ELECTRONIC NOTIFICATIONS |
| | Civil No. 19-2875 (RBK/JS) |

Request is hereby made by Carlos F. Ortiz, Esq., counsel for McKesson Corporation in the above-captioned matter, to withdraw from electronic notifications in the within case, and it is represented that:

1. The within civil complaint has been dismissed/settled as to my client;

2. The criminal defendant has been sentenced and there are no further proceedings which require notifications; OR

3. Other: The undersigned counsel is no longer at the firm which is representing McKesson Corporation.

NOTE: Your withdrawal from electronic notifications in this matter does not constitute your withdrawal as counsel for your client in this matter.

s/Carlos F. Ortiz
Signature of Attorney

Name: Carlos F. Ortiz

Address: McDermott Will & Emery
340 Madison Avenue
New York, New York

Email: cortiz@mwe.com