# EXHIBIT A

| Client Full Name | #members | #claims | paid_amount |
|---|---|---|---|
| Group Health Incorporated, and *Health Insurance Plan of Greater New York* (EmblemHealth Services Company, LLC) | 20,814 | 348,884 | $ 36,558,355.09 |
| ConnectiCare, Inc | 7,989 | 110,146 | $ 9,168,340.04 |
| Health First Health Plans, Inc. | 5,096 | 81,509 | $ 8,540,071.45 |
| Avmed, Inc. | 4,297 | 180,459 | $ 2,109,845.87 |
| Fallon Community Health Plan, Inc. | 3,319 | 179,002 | $ 3,709,117.33 |
| Network Health, Inc. | 3,191 | 98,435 | $ 3,903,321.92 |
| Blue Cross & Blue Shield of Rhode Island | 3,113 | 63,740 | $ 1,360,249.92 |
| Summacare, Inc. | 2,560 | 56,409 | $ 2,655,846.57 |
| University Health Care MSO, Inc. | 1,722 | 28,583 | $ 2,522,938.83 |
| Interamerican Medical Center Group, LLC | 1,230 | 20,221 | $ 1,343,396.78 |
| Family Physicians of Winter Park, Inc. d/b/a Family Physicians Group | 895 | 9,749 | $ 602,210.30 |
| Physician H.M.O. INC. | 892 | 12,536 | $ 821,283.80 |
| Alianza Profesional de Cuidado Medico Inc. | 815 | 11,657 | $ 627,420.84 |
| Primary Physicians Medical Service, LLC | 789 | 14,493 | $ 809,329.82 |
| Health Care Advisors Services, Inc. | 668 | 16,175 | $ 1,338,051.08 |
| Clinica Las Mercedes, Inc. | 667 | 5,788 | $ 198,532.95 |
| Preferred Medical Plan, Inc. | 663 | 5,053 | $ 155,423.65 |
| Professional Health Choice, Inc. | 492 | 11,316 | $ 1,036,217.01 |
| Ponce Advance Medical Group, P.S.C. | 487 | 5,609 | $ 332,693.07 |
| NeighborMD, Inc. (formerly Hygea Health Holdings, Inc.) | 447 | 15,892 | $ 1,582,620.62 |
| Aspire Health Plan | 353 | 3,844 | $ 38,875.46 |
| Verimed IPA, LLC | 328 | 2,407 | $ 314,944.52 |
| Physician Access Urgent Care Group, LLC | 240 | 6,044 | $ 276,515.15 |
| SE Primary Care Services, CSP | 172 | 1,916 | $ 38,946.41 |
| Medical Consultants Management, LLC | 154 | 1,736 | $ 116,778.51 |
| Grupo Cuidado Geriatrico Integral Inc. | 97 | 804 | $ 30,975.78 |
| Trinity Physicians, LLC | 90 | 372 | $ 50,637.30 |
| St Jude Medical Group Corp d/b/a Vidamax Medical Center | 65 | 684 | $ 21,586.00 |
| Choice One Medical Group, LLC | 60 | 461 | $ 40,053.12 |
| Community Health Providers, Inc | 53 | 443 | $ 12,059.26 |
| Premier Care Partners, LLC | 51 | 397 | $ 6,330.27 |
| Palm Beach Primary Care Associates, Inc. | 33 | 613 | $ 22,270.79 |
| Suncoast Medical Network 2, Inc. | 21 | 296 | $ 1,576.10 |
| 7th Avenue Medical Plaza, Inc. | 4 | 43 | $ 1,049.00 |
| Family Medicine Group, Inc. | 1 | 1 | $ 101.71 |
| Transatlantic Healthcare, LLC | 1 | 3 | $ 376.14 |

Color Code:
- Yellow: Three at-issue assignors
- Green: MAO assignors
- Blue: Proposed non-MAO assignors