IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

ORDER

IT IS HEREBY ORDERED this 4th day of December 2020, that the attached Fed.R.Civ.P. 30(b)(6) deposition notices are Court Ordered and no objections shall be permitted to the notices. The depositions shall be taken in accordance with the Court's scheduling and other Orders.

- Exhibit A – Aurobindo/Aurolife
- Exhibit B – Hetero
- Exhibit C – Mylan
- Exhibit D – Teva/Actavis
- Exhibit F – ZHP
- Exhibit G – Huabai
- Exhibit H - Prinston

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge