UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |

## MANUFACTURER DEFENDANTS' OMNIBUS MOTION TO QUASH AND FOR PROTECTIVE ORDER REGARDING PLAINTIFFS' SUBPOENAS DIRECTED TO THIRD PARTIES

Manufacturing Defendants ("Defendants"), pursuant this Court's November 13, 2020 Order (Dkt. 629), hereby file this Omnibus Motion to Quash Plaintiffs' Third-Party subpoenas (the "Subpoenas") attached at Exhibit A, and, in the alternative, to quash the Subpoenas identified at Exhibit B in their entirety and to narrow the scope of the Subpoenas identified at Exhibit C, and aver as follows:

1. In support of the instant motion, Defendants will rely on their accompanying Brief, exhibits, and proposed order, submitted herewith.

Dated: December 4, 2020

Respectfully submitted,
By: */s/ Seth A. Goldberg*
Seth A. Goldberg, Esq.

*Lead Counsel and Liaison Counsel for Defendants*
DUANE MORRIS LLP

30 South 17th Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com

*Attorneys for Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*

PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP

Clem C. Trischler,

Lead Counsel for Defendants

Jason M. Reefer

38th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219
Tel: (412) 263-2000
Fax: (412) 263-2001
CCT@PIETRAGALLO.com

*Attorneys for Mylan Laboratories,*

*Ltd. and Mylan Pharmaceuticals, Inc.*

GREENBERG TRAURIG
Lori G. Cohen,
*Lead Counsel for Defendants*
Victoria D. Lockard
Steven M. Harkins
Terminus 200
3333 Piedmont Rd., NE, Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
cohenl@gtlaw.com
lockardv@gtlaw.com
harkinss@gtlaw.com

Gregory E. Ostfeld
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: (312) 476-5056
ostfeldg@gtlaw.com

Brian H. Rubenstein
1717 Arch Street
Suite 400
Philadelphia, PA
Tel: (215) 988-7864