# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |

## NOTICE OF DEFENDANTS' MOTION TO QUASH
## PLAINTIFFS' THIRD- PARTY SUBPOENAS

To:    Marlene J. Goldenberg, Esquire
       Goldenberg Law, PLLC
       800 LaSalle Avenue, Suite 2150
       Minneapolis, MN 55401

**PLEASE TAKE NOTICE** that on a date to be decided after December 4, 2020, the Manufacturer Defendants, by and through their undersigned counsel, shall move before the Honorable Robert B. Kugler and the Honorable Joel Schneider for an ORDER quashing the subpoenas served upon:

1. aaiPharma Inc.
2. Alcame Corporation
3. Altus Formulation
4. Amsal Chem Pvt. Ltd.
5. Avantor
6. AXIS Clinicals Ltd.
7. Azbil Telstar Technologies
8. CABB AG
9. Cambrex
10. Catalent Micron Technologies, Inc.
11. Charles Wang

12. Chemir Pharma Services, Envoy Health Care LLC
13. Chemo Group India
14. Cobalt Pharmaceuticals Inc.
15. Cybernetik Technologies P Ltd.
16. Dohmen Life Science Services, LLC
17. Douglas Campbell
18. Envoy Health Care LLC
19. Eurofins Lancaster Laboratories, Inc.
20. Eversana Life Science Services, LLC
21. Galbraith Laboratories, Inc.
22. Gibralter Laboratories, Inc.
23. Gintegra Group International LLC, USA
24. ICON Laboratory Services, Inc.
25. Integrated Analytical Laboratories, LLC
26. International Trading Pharmaceuticals Laboratories, Inc.
27. Jost Chemical Co.
28. Jubilant Generics
29. Lantech Pharmaceutical Ltd.
30. Lantech Pharmaceuticals
31. Linhai Huanan Chemical Co., Ltd.
32. Malvern Instruments
33. Medical Affairs Company
34. Meridan Consulting
35. MSN Laboratories Private Ltd.
36. Novartis Pharmaceuticals Corporation
37. Novartis Registered Agent
38. Perritt Laboratories, Inc.
39. Prevalere Life Sciences Inc.
40. Prinbury Biopharm Co., Ltd.
41. ProPharma Group, Inc.
42. Qualanex
43. Ratiopharm
44. Return Logistics International Corporation
45. Rising Pharmaceuticals
46. Saxon International Associates

47. SDS Environmental Sciences
48. SGS US Testing Co. Inc.
49. Shiva Pharmachem Pvt, Ltd.
50. Sipra Labs Limited
51. Snehaa Solvents
52. Solvias, Inc.
53. Southern Testing & Research Laboratories
54. Spectral Data Services Inc.
55. Stericycle
56. Stericycle Experts Solutions
57. Tiefenbacher API+ Ingredients
58. ToxRox Consulting, LLC
59. Vega Lifesciences Pvt. Ltd.
60. Vigilate Biopharma Pvt. Ltd.
61. VXL Life Sciences
62. WRB Corp.
63. Zhejiang Menovo Pharmaceutical Co., Ltd.
64. Zi Qiang Gu

Respectfully submitted,

By: */s/ Seth A. Goldberg*
Seth A. Goldberg, Esq.
*Lead Counsel and Liaison
Counsel for Defendants*

DUANE MORRIS LLP
Seth A. Goldberg, *Lead Counsel and
Liaison Counsel for Defendants*
30 South 17th Street Philadelphia,
Pennsylvania 19103
Tel.: (215) 979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com

*Attorneys for Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*

PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
Clem C. Trischler, Lead Counsel for Defendants
Jason M. Reefer
38th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219

Tel: (412) 263-2000
Fax: (412) 263-2001
CCT@PIETRAGALLO.com

*Attorneys for Mylan Laboratories, Ltd. and Mylan Pharmaceuticals, Inc.*

GREENBERG TRAURIG

Lori G. Cohen, *Lead Counsel for Defendants*
Victoria D. Lockard
Steven M. Harkins
Terminus 200
3333 Piedmont Rd., NE,
Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
cohenl@gtlaw.com
lockardv@gtlaw.com
harkinss@gtlaw.com

Gregory E. Ostfeld
77 West Wacker Drive,
Suite 3100
Chicago, Illinois 60601
Tel: (312) 476-5056
ostfeldg@gtlaw.com

Brian H. Rubenstein
1717 Arch Street
Suite 400

Philadelphia, Pennsylvania
Tel: (215) 988-7864
Fax: (214) 689-4419
rubensteinb@gtlaw.com

*Attorneys for Teva
Pharmaceuticals USA,
Inc., Teva Pharmaceutical
Industries Ltd., Actavis
LC, and Actavis
Pharma, Inc.*