UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |

### ORDER

AND NOW, this _____ day of _____, _____2021, after consideration of the Manufacturer Defendants' Motion to Quash Plaintiffs' Third Party Subpoenas and any response in opposition thereto, it is hereby **ORDERED** and **DECREED** that said Motion is granted. It if further **ORDERED** that all subpoenas served upon the following entities **ORDER** are **QUASHED**:

1. aaiPharma Inc.
2. Alcame Corporation
3. Altus Formulation
4. Amsal Chem Pvt. Ltd.
5. Avantor
6. AXIS Clinicals Ltd.
7. Azbil Telstar Technologies
8. CABB AG
9. Cambrex
10. Catalent Micron Technologies, Inc.
11. Charles Wang
12. Chemir Pharma Services, Envoy Health Care LLC
13. Chemo Group India
14. Cobalt Pharmaceuticals Inc.

2

15. Cybernetik Technologies P Ltd.
16. Dohmen Life Science Services, LLC
17. Douglas Campbell
18. Envoy Health Care LLC
19. Eurofins Lancaster Laboratories, Inc.
20. Eversana Life Science Services, LLC
21. Galbraith Laboratories, Inc.
22. Gibralter Laboratories, Inc.
23. Gintegra Group International LLC, USA
24. ICON Laboratory Services, Inc.
25. Integrated Analytical Laboratories, LLC
26. International Trading Pharmaceuticals Laboratories, Inc.
27. Jost Chemical Co.
28. Jubilant Generics
29. Lantech Pharmaceutical Ltd.
30. Lantech Pharmaceuticals
31. Linhai Huanan Chemical Co., Ltd.
32. Malvern Instruments
33. Medical Affairs Company
34. Meridan Consulting
35. MSN Laboratories Private Ltd.
36. Novartis Pharmaceuticals Corporation
37. Novartis Registered Agent
38. Perritt Laboratories, Inc.
39. Prevalere Life Sciences Inc.
40. Prinbury Biopharm Co., Ltd.
41. ProPharma Group, Inc.
42. Qualanex
43. Ratiopharm
44. Return Logistics International Corporation
45. Rising Pharmaceuticals
46. Saxon International Associates
47. SDS Environmental Sciences
48. SGS US Testing Co. Inc.
49. Shiva Pharmachem Pvt, Ltd.
50. Sipra Labs Limited
51. Snehaa Solvents
52. Solvias, Inc.
53. Southern Testing & Research Laboratories
54. Spectral Data Services Inc.

55. Stericycle
56. Stericycle Experts Solutions
57. Tiefenbacher API+ Ingredients
58. ToxRox Consulting, LLC
59. Vega Lifesciences Pvt. Ltd.
60. Vigilate Biopharma Pvt. Ltd.
61. VXL Life Sciences
62. WRB Corp.
63. Zhejiang Menovo Pharmaceutical Co., Ltd.
64. Zi Qiang Gu

_____

HONORABLE JOEL SCHNEIDER,
United States Magistrate Judge