# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |

## CERTIFICATE OF SERVICE

I, Seth A. Goldberg, hereby certify that on December 4, 2020, copies of the foregoing Manufacturer Defendants' Motion to Quash Plaintiffs' Third Party Subpoenas and for Protective Order to Enjoin or Limit Collection of Irrelevant Information by Third Party Subpoena has been served via ECF upon Counsel for Plaintiffs and all counsel of record in the Court's electronic filing system.

*/s/ Seth A. Goldberg*

Dated: December 4, 2020