# EXHIBIT B

# SUBPOENAS TO BE QUASHED

1. aaiPharma Inc.
2. Azbil Telstar Technologies
3. CABB AG
4. Catalent
5. Chemir Pharma Services
6. Chemo Group India
7. Cobalt Pharmaceuticals Inc.
8. Envoy Health Care LLC
9. Gibralter Laboratories, Inc.
10. Integrated Analytical Laboratories, LLC
11. International Trading Pharmaceutical Laboratories, Inc.
12. Jost Chemical Co.
13. Jubilant Generics
14. Linhai Hunan Chemical Co., Ltd.
15. Malvern Instruments
16. MSN Laboratories Private Ltd.
17. Ratiopharm
18. Prevalere Life Sciences Inc.
19. SGS US Testing Co. Inc.
20. Southern Testing & Research Laboratories, Spectral Data Services Inc.
21. Shiva Pharmachen Pvt. Ltd.
22. Tiefenbacher API + Ingredients

23. VXL Life Sciences
24. WRB Corp.
25. Zhejiang Menovo Pharmaceutical Co., Ltd.
26. Meridian Consulting
27. ToxRox Consulting, LLC
28. AXIS Clinicals Foreign
29. Gintegra Group International, LLC
30. Vigilante Biopharm Pvt. Ltd.
31. Altus Formulation
32. Sipra Labs Ltd.