# EXHIBIT C

# SUBPOENAS TO BE MODIFIED

1. Catalent Micron Technologies, Inc.
2. Dohmen Life Science Services
3. Douglas Campbell
4. Eversana Life Science Services, LLC
5. Novartis Pharmaceuticals Corporation
6. Prinbury Biopharm Co., Ltd.
7. ProPharma Group, Inc.
8. Return Logistics International Corporation
9. Saxon International Associates
10. Solvias Inc.
11. Stericycle Expert Solutions
12. Medical Affairs Company
13. Alcame Corporation
14. Perritt Laboratories, Inc.
15. Rising Pharmaceuticals
16. AXIS Clinicals, Ltd.
17. SDS Environmental Services
18. Lantech Pharmaceutical, Ltd.
19. Cybernetik Technologies, Ltd.