# EXHIBIT D

**From:** Marlene Goldenberg
**Sent:** Wednesday, September 30, 2020 11:39 PM
**To:** Goldberg, Seth A. ; Ferretti, Joseph S. ; jheinz@c-wlaw.com; cct@pietragallo.com; jmr@pietragallo.com; eabraham@hillwallack.com; gwright@hillwallack.com; cohenl@gtlaw.com; lockardv@gtlaw.com; lefkowitz@kirkland.com
**Cc:** Valsartan PEC Listserv
**Subject:** List of Third Party Subpoenas

Counsel,

Attached please find the list of parties Plaintiffs intend to serve with third party subpoenas. If you would like to discuss any of these entities with us in advance of the subpoenas being served, please let us know immediately so we can begin the meet and confer process. Please note that this list is based upon the documents and information that we have now and may expand or contract as additional documents are produced and as we learn more.

Thank you,

Marlene

       **Marlene J. Goldenberg • Partner**

       **GoldenbergLaw, PLLC**

       800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402

       Direct: (612) 436-5028 • Toll-Free: (855) 333-4662 • Fax: (612) 367-8107

       email • website • bio

| Third Party |
|---|
| MSN Life Sciences Private Limited |
| Qualanex |
| Sipra Labs Limited |

| Third Party |
|---|
| AAI Pharma |
| Catalent |
| Chemir Pharma Services |
| Colbalt Pharmaceuticals |
| Envoy Health |
| Gibralter Laboratories, Inc. |
| Integrated Analytical Laboratories, LLC |
| International Trading Pharmaceuticals Laboratories, Inc. |
| Jost Chemical Co. |
| Jubilant Generics |
| Material Testing Laboratory |
| MSN Private Laboratories Ltd. |
| Prevalere Life Sciences, Inc |
| Ratiopharm |
| SGS U.S. Testint Company, Inc. |
| Southern Testing & Research Laboratories |
| Spectral Data Services, Inc. |
| WRB Corp |
| Zhejiang Menovo Pharmaceutical Co.,Ltd. |

| Third Party |
|---|
| Azbil Telstar Technologies |
| CABB AG |
| Catalent |
| Charles Wang/Innocare |
| Chemo Group India |
| Dohmen Life Science Services |
| Doug Campbell |
| Duane Morris |
| Eversana Life Science Services, LLC |
| Linhai Huanan Chemical Co., Ltd. |
| Malvern Instruments |
| Novartis |
| Prinbury Biopharm Co., Ltd |
| Prinbury Biopharm Co., Ltd. |
| ProPharma Group, Inc. |
| Corporation |
| Saxon International Associates |
| Shiva Pharmachen Pvt. Ltd. |
| Solvias Inc. |
| Stericycle Expert Solutions |
| Stericylce Expert Solutions |
| Tiefenbacher API + Ingredients |
| VXL Life Sciences |
| Zi-Qiang Gu |

| Third Party |
|---|
| Alcame Corporation (formerly AAIpharma Services Corp.) |
| Altus Formulation |
| AXIS Clinicals Ltd. |
| Catalent |
| Catalent |
| Cybernetik Technologies P Ltd. |
| Gibralter Laboratories, Inc. |
| Gintegra Group International LLC, USA |
| Lantech Pharmaceutical Ltd |
| Medical Affiars Company |
| Meridan Consulting |
| Novartis Pharmaceuticals, Corp. |
| Perritt Laboratories, Inc. |
| Rising Pharmaceuticals |
| SDS Environmental Services |
| Tejaswini |
| ToxRox Consulting, LLC |
| Vigilate Biopharma Pvt ltd |

| Third Party |
|---|
| Agilent |
| Analys Lab Private Limited (Unit-II) |
| Analys Lab Private Ltd. |
| Meridan Consulting |
| Pharmaq, Inc |
| PharmaQ, Inc. |
| Qualanex |
| Step Change Pharma, inc. |

Catalent

| Third Party |
|---|
| Amsal Chem Pvt. Ltd. |
| Avantor |
| Cambrex |
| Eurofins Lancaster Laboratories, Inc. |
| Galbraith Laboratories, Inc. |
| ICON Laboratory Services, Inc. |
| LANTECH PHARMACEUTICALS LTD. |
| Snehaa Solvents |
| Stericycle |
| Vega Lifesciences PVT. LTD. |
| Catalent |