# EXHIBIT G

| | |
|---|---|
| **From:** | Ben Stellpflug <bstellpflug@goldenberglaw.com> |
| **Sent:** | Thursday, December 3, 2020 11:50 AM |
| **To:** | Dedaj, Jovalin; Marlene Goldenberg; 'Layne Hilton' |
| **Cc:** | Goldberg, Seth A.; Herrold, Gregory D.; Schwartz, Barbara |
| **Subject:** | Re: In re Valsartan - Third Party Subpoenas |

Hi Jovy:

Yes, please see below for a list and breakdown of those third parties that have responded thus far. Let me know if you have any questions. Thank you.

- <u>Third Parties that have sent responses/objections (please note we continue to meet and confer with these four in the hopes of working through the objections):</u>
  - Avantor;
  - AXIS Clinical Trials;
  - Azbil Telstar; and
  - Solvias, Inc.
- <u>Third Parties that have sent responsive documents (which we have sequestered and have not reviewed):</u>
  - Medical Affairs Co.;
  - Return Logistics Intl. Corp; and
  - Spectral Data Services.
- <u>Third Parties that have responded by saying they searched and do not have any responsive materials:</u>
  - Catalent, Inc.;
  - ICON Laboratory Services;
  - Prevalere Life Sciences;
  - Saxon Intl. Associates; and
  - WRB Corp.
- <u>Third Parties that we are continuing to meet and confer with that likely have responsive documents to produce:</u>
  - Galbraith Laboratories;
  - Gibraltar Laboratories;
  - Jost Chemical Co. (has also served written objections);
  - Jubilant Generics;
  - Novartis (has also served written objections);
  - Qualanex;
  - SGS US Testing Co. (has also served written objections); and
  - Stericycle (has also served written objections).

**Benjamin C. Stellpflug • Associate Attorney**
**GoldenbergLaw, PLLC**
800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402
Direct: (612) 436-5039 • Toll-Free: (855) 333-4662 X939 • Fax: (612) 367-8107
email • website • bio

1

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you receive this e-mail in error, please notify the sender at 612-333-4662 or by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.

---

**From:** Dedaj, Jovalin <JDedaj@duanemorris.com>
**Sent:** Thursday, December 3, 2020 10:03 AM
**To:** Marlene Goldenberg <mjgoldenberg@goldenberglaw.com>; Ben Stellpflug <bstellpflug@goldenberglaw.com>; 'Layne Hilton' <l.hilton@kanner-law.com>
**Cc:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Herrold, Gregory D. <GDHerrold@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>
**Subject:** In re Valsartan - Third Party Subpoenas

Good morning,

In connection with the third-party subpoenas you have served or intend to serve, can you identify as to all of the third parties (1) which entities or individuals have served written responses or objections; and, (2) which entities or individuals, if any, have produced documents. This information is critical for the Court's consideration of the omnibus motion due tomorrow and we would appreciate your prompt response.

Thank you,

Jovy




*Check out our White Collar Criminal Blog*

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.