# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn°
David M. Estes
————
*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney
°Member of N.J. & N.Y. Bars

Karen G. Kelsen°
Cheryll A. Calderon
Adam M. Epstein°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Alexander Q. Reynoso
Samuel G. Wildman
Julia S. Slater°

December 8, 2020

**VIA ECF**
Honorable Joel Schneider
United States Magistrate Judge
U.S. District Court - District of New Jersey
Mitchell S. Cohen Building & US Courthouse
1 John F. Gerry Plaza, Courtroom 3C
4th and Cooper Streets
Camden, New Jersey 08101

> Re:    IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION
> Civil No. 19-2875 (RBK/JS)

Dear Judge Schneider:

Please accept this letter on behalf of the Plaintiffs in advance of the upcoming December 9, 2020 status conference.

1.    **API and Finished Dose Manufacturing Defendants' Insurance and Indemnification Disclosures**

On May 6, 2019, the Court ordered the API and Finished Dose Manufacturers ("Manufacturer Defendants") to produce all "insurance information required to be produced pursuant to Fed.R.Civ.P. 26(a)(1)(A)(iv)." ECF 98.  Under that Rule, Defendants are required to disclose "any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action **or to indemnify or reimburse** for payments made to

Honorable Joel Schneider, U.S.M.J.
December 8, 2020
Page 2

satisfy the judgment." Fed. R. Civ .P. 26(a)(1)(A)(iv). The Court also issued an Order, including the requirement that the Manufacturer Defendants must "identify all applicable primary and excess/umbrella insurance policies **responsive to Fed. R. Civ. P. 26 (a)(1)(A)(iv)**. The identification shall include all named and additional insureds, dates of policy, and policy limits. Defendants shall produce the Declaration page of each policy and, if requested, a copy of the complete policy." ECF 120. The Order required the Manufacturer Defendants to "produce all Reservation of Rights and declination letters regarding their coverage demands." *Id.* The Covered Defendants "have a continuing obligation to supplement their insurance disclosure without the necessity of a formal request to produce." *Id.*

Beyond the Orders specifically addressing production of insurance information, the failure to produce indemnification agreements would leave a big hole since we know that there are indemnification agreements in place between and among at least some of the parties. These agreements clearly come within the scope of Rule 34 RFP to the manufacturers, #6, which very broadly states: Produce all agreements, contracts, or licenses that the answering defendant is a party to, with regard to (1) the manufacturing process, (2) testing for bioequivalence, purity, or contamination, (3) quality assurance, (4) risk assessment, (5) medical and clinical assessments of bioequivalence, purity, or contamination, (6) regulatory activities, (7) communications with regulatory agencies, (8) production, (9) distribution, (10) packaging, (11) sale, (12) marketing, (13) communications with private individuals or entities, regarding safety, bioequivalence, purity, contamination, and pricing, and (14) procurement of components or ingredients, with regard to valsartan and/ or its ingredients.

Honorable Joel Schneider, U.S.M.J.
December 8, 2020
Page 3

On November 17, 2020, Plaintiffs informed the Manufacturer Defendants that they were requesting any indemnification agreements that they are party to, relevant to this litigation. On December 4, 2020, the Manufacturing Defendants agreed to check "as to whether there are any updates to our prior disclosures," and produce such documents. However, they claimed that they were not required to produce their indemnification agreements, and they have maintained this position.

Plaintiffs request an order explicitly requiring the Manufacturing Defendants to produce any indemnification agreements that they are party to, related to this litigation. The contractual arrangements for indemnification are clearly relevant and probative, and they will help to fill in the picture of what agreements exist between and among the defendants, and the scope and nature of their corporate relationships. The relevance of this information is not only established by the need for production of full insurance related information, and the terms of RFP #6 set forth above, but also by the 30 b 6 topic addressing indemnification payments in part (using Aurobindo as an example): "All credits, indemnification, refunds, and/or penalties paid or provided by or to Aurobindo (i.e. to/from customers, regulatory agencies) in connection with the nitrosamine contamination of Aurobindo's valsartan API and finished dose." Thus, the agreements and tracking of all the payments thereunder has been requested. Finally, the first round of document requests applicable to the retailers and wholesalers also includes a request (#21) for any such indemnification agreements. In order to provide complete information, the manufacturers should produce their indemnification agreements as well.

**2.    Torrent's Waiver of Designations**

Honorable Joel Schneider, U.S.M.J.
December 8, 2020
Page 4

On October 27, 2020, Plaintiffs wrote to Torrent's counsel challenging its designation of the following five documents as confidential or restricted confidential pursuant to Paragraph 20 of the Court's Confidentiality and Protective Order.

(1) TORRENT-MDL2875-00100153: An email chain between Torrent and one of its customers regarding the now public recall of Torrent's valsartan.

(2) TORRENT-MDL2875-00006097: An email chain between Torrent and AmerisourceBergen regarding the distribution of Torrent's products.

(3) TORRENT-MDL2875-00100222: ZHP's notification to Torrent as to what it should do with valsartan manufactured using the TEA process.

(4) TORRENT-MDL2875-00006126: An email chain concerning hyperlinks to public websites regarding Torrent's valsartan recalls.

(5) TORRENT-MDL2875-00072713: An email chain regarding the now public recall of Torrent's Valsartan.

(Ex. A hereto).[1]  On November 10, 2020, Torrent replied and advised that it was "standing on its confidentiality designations." Plaintiffs then replied and further explained that "[p]er the Confidentiality and Protective Order, after receiving Plaintiffs' objections, a Producing Party 'shall state with particularity the grounds for asserting that the document or information is CONFIDENTIAL or ATTORNEYS' EYES ONLY.'"

On November 11, 2020, Torrent gave the following justifications for its confidentiality designations:

---

[1] Exhibit A is replaced by a placeholder document in the ECF filing at Torrent's request, since Torrent continues to maintain that the documents are entitled to be maintained as confidential despite the expiration of the deadline to take definitive steps to maintain the designations per the terms of the Protective Order.  At Torrent's request the documents are not publicly filed, but are being provided directly to the Court.

Honorable Joel Schneider, U.S.M.J.
December 8, 2020
Page 5

> 1) TORRENT-MDL2875-00100153: Although the fact that there was a recall is public, Torrent's email communications with customers regarding that recall are not.
>
> 2) TORRENT-MDL2875-00006097: Communications with AmerisourceBergen notifying them of the FDA's decision are not public.
>
> 3) TORRENT-MDL2875-00100222: ZHP's notification to Torrent regarding the recall is not a public document.
>
> 4) TORRENT-MDL2875-00006126: Though the hyperlinks may lead to public websites, the communications containing those links are not public.
>
> 5) TORRENT-MDL2875-00072713: Communications concerning the recall are not public, even though the fact that there was a recall is public.

*Id.* During the parties' meet and confer on November 13, 2020, Torrent further explained that if a document was not publicly available, for example via "Google," then Torrent considered the document confidential. During the subsequent meet and confer on December 8, 2020, Torrent reiterated that the documents are non-public and "sensitive," and thus entitled to be designated as confidential. Plaintiffs explained on each occasion that Torrent's definition of documents entitled to confidentiality was incorrect, and that Plaintiffs maintained their challenge to these confidentiality designations.

On December 3, 2020, Plaintiffs emailed Torrent noting that "[p]ursuant to the Court's Confidentiality and Protective Order, the proponent of a 'designation being challenged shall present the dispute to the Court initially by telephone or letter, in accordance with Local Civil Rule 37.1 (a)(l), within twenty-one (21) days of the date when the Producing Party's written response is dated,'" and "[f]ailure to request said conference, or to file the motion shall operate

Honorable Joel Schneider, U.S.M.J.
December 8, 2020
Page 6

as a waiver of the disputed designation." Given Torrent's failure to notify the Court of an ongoing dispute regarding these confidentiality designations as provided by the Order, the above listed documents were automatically de-designated as of December 3, 2020. Plaintiffs consequently requested that Torrent utilize the five de-designated documents as examplars, and "to de-designate all documents similar to these now de-designated documents," and "advise when you are available to meet and confer on implementing a process to do so."

Four days later, Torrent sought to extend the process. Torrent's counsel indicated that it wanted time to reach out to its client to discuss "applicable Indian law." However, Torrent did not mention Indian law during the parties' meet and confer, and Indian law cannot be remotely relevant to the confidentiality of the documents at issue. On December 8, 2020 Torrent's counsel confirmed that they had not confirmed that there was an issue pursuant to Indian law, they just wanted additional time to determine if there was an issue. Plaintiffs also advised of their position that the "Confidentiality and Protective Order does not allow a designating party to unilaterally extend deadlines based on its own inability to confirm the propriety of its designations." Plaintiffs consequently ask the Court to confirm the de-designation of the five challenged documents and order Torrent to de-designate all similar documents.

On December 8, 2020, Torrent advised that it intends to defend the designations on the five documents as issue, despite the terms of the Protective Order. Torrent also advised that it will not agree to use the documents as exemplars to guide it in de-designating similar documents, claiming that it cannot feasibly do so, but rather insisted that Plaintiffs will have to challenge every document, one by one.

Honorable Joel Schneider, U.S.M.J.
December 8, 2020
Page 7

In addition to the fact that the documents have been de-designated per the terms of the Order, there is no substantive basis to maintain the documents as confidential. On their face, the documents do not fit the definition of documents entitled to confidentiality as they do not contain, "proprietary, trade secret and/or highly sensitive commercial information." (See Paragraph 9B). In addition, the documents that were communicated with other entities were not maintained as confidential. (See Paragraph 5, 10(d)).

This Court has addressed the standards to maintain confidentiality designations, making clear that the defendant's classification of documents as confidential is of no moment, nor is the size of the document production, or potential embarrassment or damage to the defendant's reputation. *In Re: Benicar*, 2016 WL 266353 at *3 (D.N.J. 2016). In that case the defendants were relying on the terms of the Stipulated Discovery Confidentiality Order, which is quite similar to the one at issue here. *Id*. This Court also emphasized the requirement under the Local Rules for the party seeking to maintain the designation to make a "particularized showing" to establish a "clearly defined and serious injury," which cannot be done here. *Id*. at *4, citing *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 786 (3rd Cir. 1994).

Most important here, with "matters of legitimate public concern," and more particularly with, "information important to public health and safety," confidentiality is disfavored. This is in fact the critical factor in these circumstances. *Id.* at *4-5, citations omitted. These documents address dangerous contamination of blood pressure medication intended for daily use on a global scale so the public interest in all of the details, including as to how such a disaster could occur is enormous. This paramount interest alone outweighs any argument Torrent might make with regard to the milk toast documents they are inexplicably attempting to maintain as confidential –

Honorable Joel Schneider, U.S.M.J.
December 8, 2020
Page 8

none of which even rise to the level where confidentiality is arguably appropriate in the first instance.

Torrent's refusal to concede that the five documents at issue should be de-designated, and refusal to de-designate other similar documents willingly, needs to be addressed. These documents are so obviously outside of the narrow band of documents arguably entitled to confidentiality that Plaintiffs request relief designed to avoid burdening Plaintiffs and the Court with a steady stream of challenges to facially inappropriate designations. Torrent should be required to go back and re-designate documents as confidential to the extent such designation is appropriate, educated by a decision directing that the over-designation to date be remedied. Based on the narrow criteria permitting designations, and the clear over-designation of documents, this should result in only a tiny part of the production being designated. The alternative is an Order directing Torrent to de-designate all documents that were designated similarly to the exemplars identified by Plaintiffs. In either case, this burden should be placed on Torrent now, before the burdens of confidentiality become a factor in the upcoming depositions, and on further motion practice.

**3.     Status of Meet and Confer Regarding Depositions**

The Court's November 25, 2020 Order directed that, "By December 8, 2021 the parties shall complete fulsome discussions regarding the names, dates, and locations of depositions to be taken starting on January 19, 2021." Unfortunately, those discussions have barely begun, and for some defendants have not even started. One thing Plaintiffs have heard is that the Defendants are still figuring out who to designate and on what topic, and that they have until December 23, 2020 to do so. Plaintiffs look forward to the opportunity to work through the many issues,

Honorable Joel Schneider, U.S.M.J.
December 8, 2020
Page 9

including the deponents, locations, logistics, length of time needed for witnesses (i.e. if translators needed, if a witness is addressing substantial 30 b 6 topics requiring multiple days to address), and others.

**4.     Defendant's Production Deficiencies and Document Dumps**

The Court Ordered rolling productions beginning in July 15, September 1, October 1, and November 1, 2020, with final production to be completed by November 30, 2020. See April. 20, 2020 Order [D.E.] 416.  Plaintiffs, at various CMCs, brought up their concerns that Defendants were not properly abiding by the requirement for rolling productions, and were concerned that they would get an inordinate number of documents produced at the end of the process.  The Court made clear multiple times that this would not occur and would not be tolerated.  In fact, Defendants acknowledged the Court's position during the August 26, 2020 Status Conference indicating that the Court "has been very clear with Defendants that what Your Honor doesn't want is a document dump in December, and that very clear – or November, and that's very clear to Defendants."  *See* Exhibit B, an excerpt of the August 26, 2020 Status Conference Transcript. Unfortunately, that is exactly what has happened.

Between July 15th and November 6th, ZHP produced approximately 500,000 bates numbers[2] of documents (of which approximately 200,000 were a set of batch manufacturing records).  After November 6th, 2020, ZHP produced approximately 2.3 million bates numbers of documents.  Thus, ZHP produced approximately *82 percent* of its non-core production after

---

[2] Due to the fact that many documents were produced as natives, Plaintiffs refer to bates numbers rather than page count, as some multi-page native documents were marked as a single bates number, thus it is not possible to accurately determine the actual number of pages produced.

Honorable Joel Schneider, U.S.M.J.
December 8, 2020
Page 10

November 6, 2020. As of the November 30, 2020, deadline, ZHP has produced a total of 244,061 documents since the beginning of this litigation.

Between July 15th and November 1st, 2020 Mylan produced approximately 91,000 bates numbers of documents. After November 1st, 2020, Mylan produced approximately 422,000 bates numbers of documents, of which approximately 320,000 were produced on November 30th, 2020. Thus, Mylan produced approximately *82 percent* of its non-core production after November 1, 2020. As of the November 30, 2020, deadline, Mylan had produced 234,566 total documents since the beginning of the litigation.

Between July 15th and November 2nd, 2020 Teva produced approximately 98,000 bates numbers of documents. After November 2nd, 2020, Teva produced approximately 355,000 bates numbers of documents. Thus, Torrent produced approximately *78 percent* of its non-core production after November 2, 2020. As of the November 30, 2020, deadline, Teva has produced a total of 157,575 documents since the beginning of this litigation.

Between July 15th and November 2nd, 2020 Hetero Labs Limited produced approximately 350,000 bates numbers of documents. After November 2nd, 2020, Hetero Labs produced approximately 880,000 bates numbers of documents. Thus, Hetero Labs produced approximately *71 percent* of its non-core production after November 2, 2020. As of the November 30, 2020, deadline, the Hetero Entities have produced a total of 193,098 documents since the beginning of this litigation.

Between July 15th and November 5th, 2020 Torrent produced approximately 155,000 bates numbers of documents. After November 5th, 2020, Torrent produced approximately 376,000 bates numbers of documents. Thus, Torrent produced approximately *70 percent* of its

Honorable Joel Schneider, U.S.M.J.
December 8, 2020
Page 11

non-core production after November 5, 2020. As of the November 30, 2020, deadline, Torrent produced a total of 118,102 documents since the beginning of this litigation.

Aurobindo has only produced approximately 109,000 bates numbers worth of documents total, and Auro Pharma Ltd. has only produced only approximately 31,000 bates numbers worth of documents total. That includes core discovery documents. As of the November 30, 2020, deadline, the Aurobindo Entities have produced a total of 13,059 documents since the beginning of this litigation. Plaintiffs are very concerned about this low volume of production.

**Additional Issues with Document Production**

***Improperly Withheld Emails and/or Attachments***
In the recent review of these recent document productions which Plaintiffs have received in the last month, Plaintiffs have observed that three Manufacturer Defendants (ZHP, Mylan and Teva) have withheld from production either the body of emails which withheld relevant and responsive documents that were subsequently produced, or attachments to relevant and responsive emails which were produced, on the basis of "Other Products." By Plaintiffs' calculation, productions for these three Defendants account for a total of 636,202 documents. Of those documents, Mylan, Teva and ZHP have withheld a staggering 145,208 of these documents, almost 25% of the Defendants total production.

Moreover, without having conducted an assessment of the metadata associated with all 145,208 documents, Plaintiffs have observed an alarmingly large number of documents which are either about a) Valsartan, b) Nitrosamine contamination of Valsartan or c) the facilities in which these Defendants manufactured Valsartan. Plaintiffs attach at Exhibit C a small sampling

Honorable Joel Schneider, U.S.M.J.
December 8, 2020
Page 12

of some of these documents withheld from production listed by filename which Defendants argue should be withheld from production on the basis that it is about "other products."

Because of the sheer volume of withheld documents (and how this volume of withheld documents impairs Plaintiffs' review of these custodial emails), Plaintiffs raised the issue with Mylan, Teva, and ZHP and asked that all withheld attachments or emails be produced in full. *See* Exhibits D, E, F (Pls' emails to Mylan, Teva, and ZHP). Thus far, Mylan and Teva have both substantively responded. *See* Exhibit G (Mylan's response to Plaintiffs), and Exhibit H (Teva's response to Plaintiffs).

As a threshold manner (and important to recognize), both Defendants conceded that a large portion of the documents identified by Plaintiffs should have been produced. Teva conceded 31 of the 80 examples Plaintiffs provided were responsive and should be produced, while Mylan conceded that of the 43 examples of withheld products Plaintiffs identified, Plaintiffs were correct that 14 of these withheld documents should have been produced. *Id.*

Despite clearly withholding documents which they now concede were responsive and should have been produced, both Defendants shift the burden of their own production onto Plaintiffs by arguing Plaintiffs were prejudiced by the improper withholding of emails because those attachments were produced in full in other locations in the production. *Id.* This position is nonsensical. Putting aside the evidentiary issues of trying to establish whether one is actually duplicative of a withheld document, it is not Plaintiffs' obligation to search through hundreds of thousands of documents to locate duplicative copies of documents in weeks leading up to a witness deposition. It is Defendants' obligation to ensure that all responsive and relevant

Honorable Joel Schneider, U.S.M.J.
December 8, 2020
Page 13

documents were properly produced in the custodial file of the agreed upon custodians in the first instance.

Mylan further argued that even if a document appeared to be about NDMA or NDEA by the name of the document, Plaintiffs may not necessarily be entitled to it (even though it is attached or included as part of document which Mylan has already deemed to be responsive and relevant), because Mylan represents it is about "other drugs" in Mylan's product portfolio and "not the valsartan at issue in this litigation." *See* Ex. F.

The Court's macro discovery order was clear that Plaintiffs are entitled to all documents about Nitrosamines as they relate to *all the sartans*, not only Valsartan. *See* D.E. 303 at 4 ("[D]efendants shall product all documents reflecting the presence of any nitrosamine in any sartan product. This includes not only Valsartan but Losartan, Irbesartan, Olmesartan and Candesartan"). Plaintiffs ask that the Court order any withheld documents regarding nitrosamines related to these other sartan drugs be produced in full. This is not only applicable to Mylan but relates to the ZHP and Teva productions as well.

Additionally, Plaintiffs ask that the Court require Defendants to conduct a thorough analysis of the 145,208 withheld documents to determine the universe of all documents which were "withheld in error" and to provide an overlay for these documents by the end of the year. Plaintiffs cannot be expected to individually review and challenge 145,000 documents when it is obvious there are large swathes of responsive and relevant documents which have been improperly withheld.

### *Use of Personal Email Addresses for Business Communications*

Honorable Joel Schneider, U.S.M.J.
December 8, 2020
Page 14

Plaintiffs have also raised with ZHP the issue of document collection of personal email addresses by ZHP custodians. In their review of the recently produced documents, Plaintiffs have identified at least 4 ZHP custodians who were communicating with personal gmail, hotmail, or yahoo email addresses. *See* Ex. E (Pls' Email to ZHP re Document Production – actual email addresses have been redacted). Furthermore, Jun Du, a ZHP custodian slated to be deposed in the coming months, appeared to be communicating using 6 different email accounts. *Id.* Because it appears as though ZHP was sanctioning use of personal email addresses for business communications, Plaintiffs have asked for a meet-and-confer regarding how this issue is being addressed by ZHP's custodial file collection and whether these documents will be produced by the December 31, 2020, deadline for Chinese Custodial documents. ZHP has responded that it is investigating Plaintiffs' issue, and the Parties will meet and confer this week.

**4.      Losartan Master Complaints**

On December 18, 2019, the Judicial Panel on Multidistrict Litigation expanded the scope of this MDL to include claims arising out of the purchase or ingestion of losartan and irbesartan. To date, a number of both personal injury and class cases have been filed, though no Long Form Complaints or Short Form Complaints exist. In order to begin to streamline these proceedings, Plaintiffs plan to file Long Form Complaints by January 31, 2021. Plaintiffs further intend to file a proposed, modified Amended Short Form Complaint that incorporates the Long Form Complaints as to all three drugs, as well as any new defendants. Plaintiffs believe this consolidated Amended Short Form Complaint is the most efficient vehicle, as there are already cases on file involving certain plaintiffs who ingested a combination of these drugs (valsartan,

Honorable Joel Schneider, U.S.M.J.
December 8, 2020
Page 15

losartan, and/or irbesartan).  Because Fed. R. Civ. P. 19(a), which requires the joinder of any "required party," the Short Form Complaint should be filed as a single action.

**5.      Wholesaler Discovery Update**

Plaintiffs met and conferred with Wholesaler Defendants on December 2 about Wholesaler Defendants' document productions and written discovery responses.  Wholesaler Defendants committed to getting back to Plaintiffs on several items.  Plaintiffs anticipate that any impasse between the parties will be raised at the next CMC.

**6.      State Court Litigation**

Plaintiffs continue to request the names of plaintiffs' counsel, and production of the filed pleadings in the state court cases that are pending outside New Jersey, and this has not been provided by Defendants.  This will allow Plaintiffs to know who to contact, and to understand the status of those litigations.  Plaintiffs hope this information can finally be provided before the status conference.

Thank you for your courtesies and consideration.

Respectfully,

Adam M. Slater

Exhibit A

# Document Placeholder

Exhibit A is replaced by a placeholder document in the ECF filing at Torrent's request, since Torrent continues to maintain that the documents are entitled to be maintained as confidential despite the expiration of the deadline to take definitive steps to maintain the designations per the terms of the Protective Order. Therefore the documents located at TORRENT-MDL2875-00100153, TORRENT-MDL2875-00006097, TORRENT-MDL2875-00100222, TORRENT-MDL2875-00006126, and TORRENT-MDL2875-00072713 have been withheld for public filing, but Plaintiffs will forward the relevant portion of the document to the Court directly via email for in camera review.

Exhibit B

```
 1                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
 2

 3   ━━━━━━━━━━━━━━━━━━━━━━━━━          CIVIL ACTION NUMBER:
     IN RE:  VALSARTAN PRODUCTS
 4   LIABILITY LITIGATION              1:19-md-02875-RBK-JS

 5   ━━━━━━━━━━━━━━━━━━━━━━━━━          STATUS CONFERENCES
                                       (Via telephone)
 6

 7         Wednesday, August 26, 2020
           Commencing at 10 a.m.

 8   B E F O R E:           THE HONORABLE JOEL SCHNEIDER,
                            UNITED STATES MAGISTRATE JUDGE
 9                          THE HONORABLE ROBERT B. KUGLER,
                            UNITED STATES DISTRICT JUDGE
10   A P P E A R A N C E S:

11       MAZIE SLATER KATZ & FREEMAN, LLC
         BY:  ADAM M. SLATER, ESQUIRE
12       103 Eisenhower Parkway
         Roseland, New Jersey 07068
13       For the Plaintiff

14       LEVIN PAPANTONIO
         BY:  DANIEL A. NIGH, ESQUIRE
15       316 S. Baylen, Suite 600
         Pensacola, Florida 32502
16       For the Plaintiff

17       GOLOMB & HONIK PC
         BY:  RUBEN HONIK, ESQUIRE
18       1835 Market Street, Suite 2900
         Philadelphia, Pennsylvania 19103
19       For the Plaintiff

20       KANNER & WHITELEY LLC
         BY:  CONLEE S. WHITELEY, ESQUIRE
21       701 Camp Street
         New Orleans, Louisiana 70130
22       For the Plaintiff

23           Karen Friedlander, Official Court Reporter
                   friedlanderreporter@gmail.com
24                     (856) 756-0160

25           Proceedings recorded by mechanical stenography;
         transcript produced by computer-aided transcription.
```

```
 1   A P P E A R A N C E S: - CONTINUED

 2

 3       GOLDENBERG LAW PLLC
         BY:  MARLENE J. GOLDENBERG, ESQUIRE
 4       800 Lasalle Avenue
         Suite 2150
 5       Minneapolis, Minnesota 55402
         For the Plaintiff

 6
         KIRTLAND & PACKARD LLP
 7       BY:  BEHRAM PAREKH, ESQUIRE
         1638 South Pacific Coast Highway
 8       Redondo Beach, California 90277
         For the Plaintiff

 9
         DUANE MORRIS LLP
10       BY:  SETH A. GOLDBERG, ESQUIRE
         30 S. 17th Street
11       Philadelphia, Pennsylvania 19103
         For the Defendant ZHP and the Joint Defense Group

12
         GREENBERG TRAURIG LLP
13       BY:  VICTORIA DAVIS LOCKARD, ESQUIRE
              STEVEN HARKINS, ESQUIRE
14       3333 Piedmont Road, NE, Suite 2500
         Atlanta, Georgia 30305
15       For the Defendants, Teva Pharmaceutical Industries Ltd.,
         Teva Pharmaceuticals USA, Inc., Actavis LLC, and Actavis
16       Pharma, Inc.

17       BARNES & THORNBURG LLP
         BY:  SARAH E. JOHNSTON, ESQUIRE
18       2029 Century Park East, Suite 300
         Los Angeles, CA 90067-2904
19       For the Defendant, CVS Health Co.

20       ULMER & BERNE LLP
         BY:  JEFFREY DANIEL GEOPPINGER, ESQUIRE
21       600 Vine Street
         Suite 2800
22       Cincinnati, OH 45202
         For the Defendant, AmerisourceBergen

23       PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP
         BY:  CLEM C. TRISCHLER, ESQUIRE
24       One Oxford Centre, 38th Floor
         Pittsburgh, Pennsylvania 15219
25       For the Defendant Mylan and the Joint Defense Group
```

1  attempting to meet the prioritization.  They've identified the

2  key custodians they want.  My understanding is all of the

3  defendants are front-loading those custodians and plaintiffs

4  are getting that information.  Whatever documents they had

5  prioritized, they are getting that.

6         And to change the orders that Your Honor has issued

7  months ago is going to really create a problem for defendants,

8  and it seems that that is what is happening on every one of

9  these case management conferences, and of course, we're going

10 to have three more months of rolling productions and every

11 month, or every two weeks, plaintiffs are going to say there

12 are deficiencies, there are problems, things aren't yet

13 produced.  But that is the nature of a rolling production, and

14 Your Honor has been very clear with defendants that what Your

15 Honor doesn't want is a document dump in December, and that's

16 very clear -- or November, and that's very clear to

17 defendants.

18        I would say that while Mr. Slater is saying to Your

19 Honor that there are things that are missing, that Your Honor

20 adhere to the order that you previously entered, which is a

21 rolling production, prioritize based on plaintiffs'

22 prioritization without any changes, let us produce our

23 documents, let's deal with real issues on a biweekly basis and

24 we'll get to the end of this production in a way that's

25 satisfactory to plaintiffs and the Court.

Exhibit C

**Sampling of Withheld Documents**

| Bates Number | Custodian | File Name | Justififaction for Withholding |
|---|---|---|---|
| MYLAN-MDL2875-00264658 | Gomas, Antonyraj | Valsartan VST COAs with PSD updated.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00264675 | Gomas, Antonyraj | Valsartan Samples NDMA/NDEA analysis. | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00264924 | Mahanti, Satish | Valsartan API batches- Requested by customers to check NDEA - revised ver 2_21.11.2 | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00264925 | Mahanti, Satish | RE: Valsartan API - NDEA content | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00265503 | Malki, Reem | Valsartan Tablets 80mg_ForeignSubstancePhoto.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00270209 | Abbineni, Jyothibasu | valsartan initial chromatography part 1 of 2.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00270210 | Abbineni, Jyothibasu | valsartan initial chromatography part 2 of 2.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00275540 | Anabathula, Venkata | Valsartan API Batches details 03.04.2019.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00276607 | Anabathula, Venkata | O-Xylene GC Chromatorrams.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00276719 | Anabathula, Venkata | Valsartan_Acknowledgement Letter.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00277240 | Basade, Imtiyaz | Valsartan_Query.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00277469 | Basade, Imtiyaz | Valsartan Ph Eur_Batch size enhancement_16032011.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00277522 | Basade, Imtiyaz | Valsartan.xls | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00277622 | Basade, Imtiyaz | Valsartan_2009-146_Amendment_March 2011.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00295990 | MVRBS, Subrahmanyam | Valsartan complaint Investigation report.doc | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00295993 | MVRBS, Subrahmanyam | Valsartan MOA.PDF | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00298847 | Nampally, Chandu | O-Xylene MSDS.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00300094 | Vasireddy, Srinivas | Valsartan (VST).xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00300139 | Vasireddy, Srinivas | Valsartan requirement as per mail dt 09th nov 11.xls | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00301231 | Gomas, Antonyraj | EMA_N_Nitrosodimethylamine.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00301339 | Gomas, Antonyraj | NDMA and NDEA content in Valsartan_AMT Protocol.docx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00344251 | MVRBS, Subrahmanyam | Valsartan NDMA & NDEA Validation Report.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00344253 | MVRBS, Subrahmanyam | Valsartan NDMA, NDEA, NEIA and NDIA Content by GC-MS AMV Report.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00346773 | Prerepa, Sreenivasarao | Valsartan_NDMA_NDEA content Results_AUS.PDF | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00347218 | Rawjee, Yasir | Valsartan VST VAA.XLSX | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00348085 | Vaidya, Pradeep | Valsartan Tablet 40 mg 3037498_ Analytical Report.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00348145 | Vaidya, Pradeep | Valsartan_LC_20180205121120.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00348172 | Vaidya, Pradeep | VALSARTAN_GCMS_20180205121402.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00350761 | Venkatasagi, Varma | Valsartan_Enantiomer by HPLC OOS 1237682_AVL.DOC | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00358255 | Venkatasagi, Varma | NDMA & NDEA Study Report - Addendum.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00358256 | Venkatasagi, Varma | NDMA & NDEA Study Report.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00368146 | Gomas, Antonyraj | RE: Very urgent inquiry for Valsartan from | Withheld - Non-responsive/other products |
| MYLAN-MDL2875-00369958 | Indukuri, Jayababu | Valsartan_NDMA_NDEA content ResultsEU.doc | Withheld - Non-responsive/other products |
| MYLAN-MDL2875-00376040 | Khambete, Makarand | Risk Assessment Report Zhejiang Huahai Pharm. Co. Ltd..pdf | Withheld - Non-responsive/other products |
| MYLAN-MDL2875-00396580 | Prerepa, Sreenivasarao | Valsartan VSD - Lantech Mylan -2018 S2.xlsx | Withheld - Non-responsive/other products |
| MYLAN-MDL2875-00396581 | Prerepa, Sreenivasarao | Valsartan VSD - Lantech Mylan -2015 S2.xlsx | Withheld - Non-responsive/other products |
| MYLAN-MDL2875-00404968 | Abbineni, Jyothibasu | Valsartan Quality Analysis.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00405987 | Abbineni, Jyothibasu | Valsartan # XRD-VSN-REP-146.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00412143 | Abbineni, Jyothibasu | RE: Valsartan drying - Documents required to send material for trials | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00412392 | Abbineni, Jyothibasu | Valsartan (VST) Cycle time (16MT) as on June15.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00412393 | Abbineni, Jyothibasu | Valsartan process bmr-ortin.doc | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00412394 | Abbineni, Jyothibasu | Valsartan-turbo drying-HPLC (purity).pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00412395 | Abbineni, Jyothibasu | Valsrtan analysis.docx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00414750 | Abbineni, Jyothibasu | Responses to Questions - EMEA-H-A31-1471 - Losartan.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00414751 | Abbineni, Jyothibasu | Responses to Questions - EMEA-H-A31-1471 - Olmesartan.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00414752 | Abbineni, Jyothibasu | Responses to Questions - EMEA-H-A31-1471 - Irbesartan.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00415008 | Abbineni, Jyothibasu | Valsaratn rec.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00415145 | Abbineni, Jyothibasu | Valsiure Citizen Petition 6.13.2019 (FDA-2019-P-2869-0001).pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00415158 | Abbineni, Jyothibasu | Valsartan Destruction Note.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00415246 | Akula, PulleswaraRao | Valsartan VSJ -optical Isomer OOS_CQA comments_26-05-16.doc | Withheld – Non-responsive/other products |

| Bates Number | Custodian | File Name | Justifiaction for Withholding |
|---|---|---|---|
| MYLAN-MDL2875-00415320 | Akula, PulleswaraRao | Valsartan(VSJ) Assay by HPLC_CQA_Review 30112016.doc | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00415522 | Akula, PulleswaraRao | Valsartan_Enantiomer by HPLC OOS 1237682_AVL.DOC | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00423479 | Anabathula, Venkata | FW: Valsartan - inclusion of Methanol and Toluene to CEP/DMF | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00424447 | Anabathula, Venkata | Valsartan Stage-I Protocol (VST-I).pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00424983 | Anabathula, Venkata | Valsartan Investigation report-Teva.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00425044 | Anabathula, Venkata | Valsartan - Analysis report from EMS.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00425961 | Anabathula, Venkata | Valsartan 100000706.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00428910 | Anabathula, Venkata | Valsartan_TSE-BSE_declaration.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00428914 | Anabathula, Venkata | Valsartan MSDS.PDF | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00447843 | Basade, Imtiyaz | Nitroso impurities-current status-16042019.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00447954 | Bhadane, Sachinkumar | Valsartan AMT Certificate.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00453143 | Bird, Cassandra | Valsartan Mylan Global Summary - Rev 01 _12NOV2018.pptx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00453550 | Bird, Cassandra | Valsartan Press Release 11.20.18 US Valsartan Recall_FINAL.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00468153 | Gangula, Narenderreddy | O-Xylene VAA-II.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00468154 | Gangula, Narenderreddy | O-Xylene VST-VLN-II.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00471064 | Gomas, Antonyraj | Valsartan Commercial Data 2013 - 2018-Batch numbers-Sent-US Mkt-Square.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00471109 | Gomas, Antonyraj | Valsartan_NDMA_NDEA content Results_AUS.PDF | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00471146 | Gomas, Antonyraj | Valsartan API Data nashik recovered solvents.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00471148 | Gomas, Antonyraj | valsartan Jadcherla - solvent details.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00471833 | Gomas, Antonyraj | Valsartan VSD - Lantech Mylan -2015 Final.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00471836 | Gomas, Antonyraj | Valsartan VSD - Lantech Mylan -2018 Final.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00471849 | Gomas, Antonyraj | Valsartan Recertified COA's.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00472144 | Gomas, Antonyraj | Valsartan HCTZ CBE 30 Supplement Status.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00472550 | Gomas, Antonyraj | Valsartan_Mylan Unit 8 Errata.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00472552 | Gomas, Antonyraj | Valsartan (VAA) assesment report for all six impurities (Declaration).pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00472625 | Gomas, Antonyraj | Nitrosamine Testing Requests.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00507240 | Mahanti, Satish | Valsartan API batches- Requested by customers to check NDEA - revised ver 2_21.11.2 | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00507251 | Mahanti, Satish | valsaratan_Response-NDEA-Hovid-29112018.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00507414 | Mahanti, Satish | Valsartan_182523_US_Teva_10112008.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00507415 | Mahanti, Satish | Valsartan_DMF 18253_LoA_Teva_031209.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00507416 | Mahanti, Satish | Valsartan_DMF_18253_LOA_Teva_15062010.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00507417 | Mahanti, Satish | Valsartan-DMF_18253_LOA_Teva_15062010.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00507419 | Mahanti, Satish | Valsartan USP-Reissued LOA-Square pharma.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00509408 | Malki, Reem | Valsartan HCTZ Investigation Report 543779 585169 29 04 15 AV.docx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00509576 | Malki, Reem | FW: VALSARTAN HCTZ Investigation report and HA communications | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00509590 | Malki, Reem | FW: VALSARTAN HCTZ Investigation report and HA communications | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00514900 | Malki, Reem | FW: Valsartan API / FP - data - Odor Complaint | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00515164 | Malki, Reem | Valsartan_EMA-Mylan_Response-30072018.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00521922 | Murthy, GNVSN | Valsartan --- Lantech.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00531238 | Nadendla, Anjanikumar | Valsartan Data.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00531477 | Nadendla, Anjanikumar | Valsartan (VAA-MI) PXRD OOS Investigation Report (PR#1668389).pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00531969 | Nadendla, Anjanikumar | Valsartan (VAA-MI) PXRD OOS Investigation Report (PR#1668389).pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00531987 | Nadendla, Anjanikumar | Valsartan.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00532175 | Nadendla, Anjanikumar | Valsart OOS Report for Amide Impurity (PR#1628577).pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00568472 | Venkatasagi, Varma | Valsartan XRD Complaint investigation Report.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00569024 | Venkatasagi, Varma | Valsartan (VST-CO) Ethyl acetate OOS (PR#1424235) - 15.03.18.docx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00570181 | Venkatasagi, Varma | Valsartan USP _ Specification.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00570791 | Venkatasagi, Varma | Valsartan (JP) NMDA Declaration.docx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00570797 | Venkatasagi, Varma | Valsartan (JP) NMDA Declaration.docx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00572053 | Venkatasagi, Varma | Valsartan recertified COA's.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00572115 | Venkatasagi, Varma | Valsartan-Response-Lab Alter-26.10.2018.pdf | Withheld – Non-responsive/other products |

Sampling of Withheld Documents

| Bates Number | Custodian | File Name | Justifiaction for Withholding |
|---|---|---|---|
| MYLAN-MDL2875-00572116 | Venkatasagi, Varma | Valsartan_communication to customers_Nov2018.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00572202 | Venkatasagi, Varma | Valsartan_ batch analysis data_1.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00572206 | Venkatasagi, Varma | VALSARTAN_BATCH DATA_20180810200123.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00572209 | Venkatasagi, Varma | VALSARTAN_ BATCH DATA1_20181116195325.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00572211 | Venkatasagi, Varma | VALSARTAN_BATCH DATA_20181116195155.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00572759 | Venkatasagi, Varma | Valsartan All Routes 121118.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00572778 | Venkatasagi, Varma | Valsartan VST COAs.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00572779 | Venkatasagi, Varma | Valsartan VAA COAs with PSD.PDF | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00572780 | Venkatasagi, Varma | Valsartan VAA COAs.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00572781 | Venkatasagi, Varma | Valsartan VST COAs with PSD.PDF | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00572991 | Venkatasagi, Varma | Valsartan - Batches Manufactrued from Mar-2017 (SS-1).xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00572998 | Venkatasagi, Varma | Valsartan - Batches Manufactrued from Mar-2017 (SS-1).xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00573263 | Venkatasagi, Varma | Sartan Detail Spreadsheet_11March2019_v3.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00573436 | Venkatasagi, Varma | Valsartan.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00573608 | Venkatasagi, Varma | Valsartan Compatability checking.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00573688 | Venkatasagi, Varma | Valsartan Dispatch Details.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00573815 | Venkatasagi, Varma | Valsartan supplement validation protocol.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00574290 | Workman, David | Valsartan Summary 09.27.2018.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00595315 | Basade, Imtiyaz | recovered o-Xylene-VST-VAA.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00595474 | Basade, Imtiyaz | Valsartan USP_Unit-8.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00595585 | Basade, Imtiyaz | Valsartan API | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00595593 | Basade, Imtiyaz | RE: Valsartan API | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00595594 | Basade, Imtiyaz | Valsartan CEP suspension notification_16Nov2018.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00597774 | Bird, Cassandra | Valsartan, Stericycle Consumer Product Return Jan 28 2019.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00632013 | Kasbekar, Uday | Valsartan API_Justification report for Nitrosamines.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00633292 | Khambete, Makarand | Valsartan tab_3022235_3022236_9M_canada_220115.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00633305 | Khambete, Makarand | Valsartan Tablets_160mg_8031419_18.01.15.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00637009 | Khambete, Makarand | RE: Valsartan 40 and 80mg Stability water content (Follow up) | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00640972 | Kolla, Naveenkumar | Valsartan0.6 RRT trend data-.xls | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00641038 | Kolla, Naveenkumar | Valsartant amino acid imp RRT details.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00641611 | Kolla, Naveenkumar | Valsartan batches data 06-05-15.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00641631 | Kolla, Naveenkumar | Valsartan_28-10-15.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00641654 | Kolla, Naveenkumar | Valsartan (VST) MIP batch data 08.11.15.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00642401 | Kolla, Naveenkumar | Valsartan VST Vs VAA advantages.pptx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00642440 | Kolla, Naveenkumar | Valsartan basic patent.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00652626 | Kupec, Kimberly | Valsartan_HCTZ Tabs 120512.xls | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00659611 | Kupec, Kimberly | Valsartan-Changes included in response to query- Nov 2018.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00661402 | Lotus | Valsartan-HCTZ Image Comparison.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00661511 | Lotus | Valsartan_Pending FDA_PO4500091061_01.11.12.xls | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00662119 | Lotus | Valsartan_US_Amendment_Additional site_May09_Coverletter.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00662255 | Lotus | Valsartan_25%.xls | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00662256 | Lotus | Valsartan Manufacturing Plan 25% - March 2012.xls | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00662262 | Lotus | Valsartan_25%.xls | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00662263 | Lotus | Valsartan Manufacturing Plan 25% - March 2012.xls | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00663619 | Lotus | Valsartan pending FDA release 17.xls | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00664547 | Lotus | Valsartan Mylan_Valsartan_DK_H_1613_001-003_IB_007_PVAR_IB_BIlf1b1_kvot_2012 | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00666114 | Lotus | VALSARTAN 160-25 mg 30 FILM COATED TABLETS 120021A ALEMBIC-MYLAN-FRA | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00668891 | Lotus | RE: Valsartan Proposals | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00668954 | Lotus | Valsartan/HCTZ Tablets "OK to Compress" | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00669833 | Mahanti, Satish | Valsartan-USP-Impurity details.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00669929 | Mahanti, Satish | Valsartan product details_V5 dt041114.pptx | Withheld – Non-responsive/other products |

| Bates Number | Custodian | File Name | Justifiaction for Withholding |
|---|---|---|---|
| MYLAN-MDL2875-00671058 | Mahanti, Satish | Valsartan YoY Data..xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671065 | Mahanti, Satish | Valsartan dispatches from Jan'13 to till date - All customers - Reg I.XLSX | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671089 | Mahanti, Satish | Valsartan Commercial Data 2013 - 2018.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671170 | Mahanti, Satish | Valsartan Commercial Data 2013 - 2018-Batch numbers-US Mkt -Teva.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671173 | Mahanti, Satish | Valsartan Commercial Data 2013 - 2018-Batch numbers-US Mkt -Teva.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671176 | Mahanti, Satish | Valsartan Commercial Data 2013 - 2018-Batch numbers-Sent v1-Other Mkt.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671367 | Mahanti, Satish | Valsartan.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671401 | Mahanti, Satish | Valsartan - official complaint | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671407 | Mahanti, Satish | RE: Valsartan_Pliva - Complaint intimation | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671411 | Mahanti, Satish | Valsartan_Pliva - Complaint intimation | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671467 | Mahanti, Satish | Valsartan_NDMA_NDEA_Polpharma.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671471 | Mahanti, Satish | VALSARTAN ROS.PDF | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671473 | Mahanti, Satish | Valsartan_NDMA_NDEA_Polpharma.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671476 | Mahanti, Satish | Valsartan Polpharma Declaration-19 Jul 2018.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671478 | Mahanti, Satish | VALSARTAN ROS- 17 Jul 2018.PDF | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671480 | Mahanti, Satish | Valsartan_NDMA_NDEA_Polpharma- 12 Dec 2018 (NDEA values of the API batches tha | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671481 | Mahanti, Satish | RE: Valsartan -Polpharma/ order no. 214909 | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671483 | Mahanti, Satish | Valsartan -Polpharma/ order no. 214909 | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671485 | Mahanti, Satish | RE: Valsartan -Polpharma/ order no. 217986 | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671493 | Mahanti, Satish | RE: Valsartan for Polpharma - PSD method for old and new products | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671497 | Mahanti, Satish | RE: Valsartan for Polpharma-PSD method for old and new products -(by dry method) - N | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671505 | Mahanti, Satish | RE: Valsartan order / PO 255488 - Polpharma | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671586 | Mahanti, Satish | Valsartan USP, USDMF#018253-Customer Notification-August 2018 | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671697 | Mahanti, Satish | Valsartan Nitrosamine results.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671698 | Mahanti, Satish | Valsartan Response 21.08.2018.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671704 | Mahanti, Satish | Valsartan 2016 batches declaration.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671705 | Mahanti, Satish | Valsartan 2017 batches declaration.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00671746 | Mahanti, Satish | Valsartan-DMF_18253_LOA_Teva_15062010.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00672227 | Mahanti, Satish | valsartan batch numbers.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00672262 | Mahanti, Satish | Valsartan_Flowchart_comparison VLN to VST.PDF | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00672286 | Mahanti, Satish | Valsartan-Response-Eurofarma-21.08.2018.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00672287 | Mahanti, Satish | Valsartan-Response-EMS-21.08.2018.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00672318 | Mahanti, Satish | Valsartan - Destruction certificate.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00675228 | Malki, Reem | RE: Valsartan : test of Api for non-distributed products | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00675230 | Malki, Reem | Valsartan_NDMA_NDEA content Results_BE.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00675485 | Malki, Reem | Valsartan_Recall Summary_by Market_010219.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00675515 | Malki, Reem | Valsartan Summary_17January2019.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00676311 | Medikonduri, Suresh | Recovered O-xylene spec.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00679126 | Muntode, Valentine | Valsartan Material Codes.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00679940 | Muntode, Valentine | Valsartan related CAPA.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00680181 | Murthy, GNVSN | VALSARATAN.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00680498 | Murthy, GNVSN | Valsartan COA.PDF | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00682239 | Murthy, GNVSN | Valsartan_USP_RMT_00.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00682397 | Murthy, GNVSN | Valsartan Chemo PL.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00684534 | MVRBS, Subrahmanyam | Valsartan Disodium equipment mapping 07.09.17.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00687782 | MVRBS, Subrahmanyam | Valsartan Elemental impurities declaration.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00690306 | Npatil, Durvas | Valsartan API hygroscopicity.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00692034 | Npatil, Durvas | FW: USFDA Notice of Inspection_Mylan Laboratories Limited-FEI # 3008316970 | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00693367 | Npatil, Durvas | Valsartan hCtZ Tablet 160-25 mg.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00694769 | Owens, Walter | valsaratan_EMA-Mylan_Response-27072018.doc | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00695250 | Patel, Chetan | Valsartan tabl USP 320mg_Skeleton (Modified VST process).doc | Withheld – Non-responsive/other products |

Sampling of Withheld Documents

| Bates Number | Custodian | File Name | Justifiaction for Withholding |
|---|---|---|---|
| MYLAN-MDL2875-00695670 | Plastina, Michael | Valsartan USP.jpg | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00698388 | Prerepa, Sreenivasarao | RE: Valsartan products with API manufactured by Mylan | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00698402 | Prerepa, Sreenivasarao | Valsartan-USDMF- Update details.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00698424 | Prerepa, Sreenivasarao | Valsartan-containing products (draft) press release | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00698486 | Prerepa, Sreenivasarao | Valsartan API Supplies - US Mkt -Teva.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00698750 | Prerepa, Sreenivasarao | Valsartan VSD - Lantech Mylan -2018.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00699439 | Prerepa, Sreenivasarao | Valsartan Tab (001).xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00699444 | Prerepa, Sreenivasarao | Valsartan NDMA, NDEA, NEIA and NDIA Content by GC-MS AMV Protocol.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00699632 | Prerepa, Sreenivasarao | Valsartan NDMA OOS investigation report Draft 16102019.docx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00702585 | Rawjee, Yasir | Valsartan Summary of ALL Recalls for Legal Jan 17 2019_v3.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00704933 | Talton, Wayne | Valsartan extrapolation.xls | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00705032 | Talton, Wayne | Valsartan_CEP 2009-346_Communication of 12Nov218.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00705033 | Talton, Wayne | Valsartan_CEP 2009-396_14Aug2018.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00708144 | Tamalampudi, Satyabalaji | RE: Valsartan - suppliers of intermediates | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00708146 | Tamalampudi, Satyabalaji | Fw: Valsartan Mylan source | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00710439 | Vaidya, Pradeep | Valsartan - Odor Taste - US.pptx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00712188 | Vaidya, Pradeep | Valsartan, Distribution Data Status of batches Jan 07 2019.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00712296 | Vaidya, Pradeep | Valsartan, Monthly Status Report 8 Product Return wholesale retail.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00712350 | Vaidya, Pradeep | Valsartan, Distribution Data Dec 30 2019.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00712434 | Vaidya, Pradeep | Valsartan, Monthly Status Report 10 ConsumerProductReturn.xls | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00712435 | Vaidya, Pradeep | Valsartan, Monthly Status Report 10 ConsumerProductReturn.xls | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00713885 | Vasireddy, Srinivas | valsartan costing updated.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00714917 | Venkatasagi, Varma | Valsartan Non moving stocks.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00716098 | Venkatasagi, Varma | Valsartan Report (Assay by Potentiometry).pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00717534 | Venkatasagi, Varma | Valsartan complaint Investigation Report_06.10.2017.doc | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00719055 | Venkatasagi, Varma | Valsartan SN for Biocon.xlsx | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00719461 | Venkatasagi, Varma | Valsartan_VAA.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00719463 | Venkatasagi, Varma | Valsartan.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00720422 | Venkatasagi, Varma | O-Xylene Process flow.doc | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00720655 | Venkatasagi, Varma | RE: Valsartan /Hydrochlorothiazide Tablets (80 mg/12.5 mg, 160 mg/12.5 mg & 160 mg/ | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00720688 | Venkatasagi, Varma | O-Xylene.pdf | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00720693 | Venkatasagi, Varma | VALSARTAN PROCESS FLOW (VST) INCLUDING O-XYLENE RECOVERY_02.12.18_ | Withheld – Non-responsive/other products |
| MYLAN-MDL2875-00720775 | Venkatasagi, Varma | Valsartan Agreemnt.pdf | Withheld – Non-responsive/other products |
| PRINSTON00086017 | Du, Jun | Re: Re: FDA 483 答复 | Withheld - Other Product(s) |
| PRINSTON00086096 | Du, Jun | Responses to FDA Observation 2(b)_Response Draft June 7.doc | Withheld - Other Product(s) |
| PRINSTON00119407 | Zhu, Lesley | Valsartan recall case log.xlsx | Withheld - Other Product(s) |
| PRINSTON00148756 | Wang, Minfa | Nitrosamines1.pdf.accreport.html | Withheld - Other Product(s) |
| PRINSTON00315491 | Wang, Minfa | Responses for Internal Audit Report for the year 2019 | Withheld - Other Product(s) |
| PRINSTON00341435 | Wang, Minfa | RE: RE: FDA PAI Planing Weekly meeting | Withheld - Other Product(s) |
| PRINSTON00344351 | Gergis, Remonda | Re: Harvard/Major Supplier Questionnaire | Withheld - Other Product(s) |
| PRINSTON00345061 | Gergis, Remonda | Re: Re: Huahai Xunqiao site FDA OAI | Withheld - Other Product(s) |
| TEVA-MDL2875-00039181 | Fluch, Joerg | Valsartan 31-12-2018 - Q4_21-1-2019 (update GF).xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00052119 | Nassall, Jens | Valsartan JP 16-1 monograph.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00073583 | Barreto, Dan | Sartan Bracket Testing Strategy DRAFT 09NOV20.docx | Withheld - Other Product(s) |
| TEVA-MDL2875-00074035 | Barreto, Dan | SARTAN API NDMAand other Nitosoamine Impurity (2).docx | Withheld - Other Product(s) |
| TEVA-MDL2875-00074834 | Barreto, Dan | Nitrosamines Steering Committee 13Dec19.doc | Withheld - Other Product(s) |
| TEVA-MDL2875-00082780 | Fluch, Joerg | RE: Valsartan return to Huahai - Instructions | Withheld - Other Product(s) |
| TEVA-MDL2875-00084395 | Lyons, Claire | Valsartan Declaration.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00086520 | Lyons, Claire | FW: Valsartan - updated risk assessment | Withheld - Other Product(s) |
| TEVA-MDL2875-00086855 | Lyons, Claire | Valsartan NDMA NDEA - All other.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00091188 | Nassall, Jens | RE: Valsartan 2019 standard price - Summary | Withheld - Other Product(s) |

| Bates Number | Custodian | File Name | Justifiaction for Withholding |
|---|---|---|---|
| TEVA-MDL2875-00096782 | Barreto, Dan | Valsartan Declaration - EMA 26-08-18.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00097005 | Barreto, Dan | Valsartan - Impurity batches for Aurobindo | Withheld - Other Product(s) |
| TEVA-MDL2875-00097181 | Barreto, Dan | RE: Standards for NDMA/ NDEA/ Other impurities | Withheld - Other Product(s) |
| TEVA-MDL2875-00097326 | Barreto, Dan | RE: Sartan assessments | Withheld - Other Product(s) |
| TEVA-MDL2875-00099046 | Barreto, Dan | Nitrosamines Update -Jan 13 2020.pptx | Withheld - Other Product(s) |
| TEVA-MDL2875-00101250 | Fluch, Joerg | Valsartan return to Huahai - Instructions | Withheld - Other Product(s) |
| TEVA-MDL2875-00103960 | Lyons, Claire | RE: Sartan API number of batches | Withheld - Other Product(s) |
| TEVA-MDL2875-00104154 | Lyons, Claire | Sartans Swissmedic publication | Withheld - Other Product(s) |
| TEVA-MDL2875-00104405 | Lyons, Claire | Valsartan EMA referral Dupnitsa.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00104480 | Lyons, Claire | RE: Sartan API - Request for Information | Withheld - Other Product(s) |
| TEVA-MDL2875-00104723 | Lyons, Claire | Nitrosoamine impurities in IRBESARTAN VR.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00104724 | Lyons, Claire | Nitrosoamine impurities in Losartan Potassium report.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00104999 | Lyons, Claire | Nitrosoamine impurities in Losartan Potassium report.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00105992 | Lyons, Claire | RE: Sartan APO Information | Withheld - Other Product(s) |
| TEVA-MDL2875-00106167 | Lyons, Claire | VALSARTAN 1.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00109965 | Nassall, Jens | RE: Valsartan return to Huahai - Instructions | Withheld - Other Product(s) |
| TEVA-MDL2875-00110433 | Nassall, Jens | RE: Valsartan - CEP Huahai - potential timeline | Withheld - Other Product(s) |
| TEVA-MDL2875-00112834 | Sawyer, Corey | Sartan_17.10.2018.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00113864 | Sawyer, Corey | RE: Valsartan API support testing for NDMA and NDEA | Withheld - Other Product(s) |
| TEVA-MDL2875-00118327 | Barreto, Dan | Valsartan - Formulation_Halfar_Dupnitsa_Goa_31.10.2018.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00121193 | Fluch, Joerg | NITROSAMINES ANALYTICAL METHOD VALIDATION SUMMARY REPORT METFOR| Withheld - Other Product(s) |
| TEVA-MDL2875-00121476 | Karlsson, Stefan | Risk evaluation for launches - 2019-2022.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00121577 | Lyons, Claire | Valsartan-Teva India.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00127071 | Sawyer, Corey | RE: Sartan Information | Withheld - Other Product(s) |
| TEVA-MDL2875-00129310 | Truemper, Constance | Valsartan HCTZ _FAR (MAL)_Follow Up 09 JUL 2018 e-copy.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00129311 | Truemper, Constance | Valsartan _FAR (MAL)_Follow Up 09 JUL 2018 e-copy.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00130145 | Binsol, Tony | Valsartan 320mg Lot 1263943A - verification of Hold Status 01 MAY 2019.docx | Withheld - Other Product(s) |
| TEVA-MDL2875-00130965 | Clark, Napoleon | Valsartan MPS.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00133628 | Delgaudio, Joyce | Valsartan Launch Plan 7 31 2014 v2.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00133747 | Delgaudio, Joyce | Valsartan HCTZ - 958966A_COC.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00133749 | Delgaudio, Joyce | Valsartan - 961646A_COC.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00133752 | Delgaudio, Joyce | Valsartan HCTZ - 958968A_COC.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00134364 | Delicato, Tony | Valsartan HCTZ 160mg-12.5mg Tablet Initial FAR Form 24_MAR_2015.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00135690 | Fluch, Joerg | Valsartan-VST Vs VAA-comparison.doc | Withheld - Other Product(s) |
| TEVA-MDL2875-00136028 | Fluch, Joerg | Valsartan_ Huahai_5000786_Incoterm pricing.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00137214 | Fluch, Joerg | Valsartan API particle size | Withheld - Other Product(s) |
| TEVA-MDL2875-00138177 | Fluch, Joerg | Valsartan 2015.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00138315 | Fluch, Joerg | Valsartan_ CEP & Annex_04.08.2016.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00139035 | Fluch, Joerg | Valsartan zaliha 03122018.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00139261 | Fluch, Joerg | Valsartan - more test results needed.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00139607 | Fluch, Joerg | Valsartan_offers_comparison.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00140088 | Fluch, Joerg | Valsartan COA (EP) 67819020614-15-16.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00140418 | Fluch, Joerg | Valsartan - Huahai.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00140989 | Fluch, Joerg | Valsartan ASMF Applicant Part Ver# 001 PLIVA Croatia Ltd. 28.11.2018.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00140994 | Fluch, Joerg | Valsartan brief description of process.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00141673 | Fluch, Joerg | Valsartan Assessment report.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00145974 | Galownia, Kevin | Valsartan Tablets SDS.PDF | Withheld - Other Product(s) |
| TEVA-MDL2875-00146633 | Gatt, Elton | Valsartan Hct 160 25mg 2005793 S63613 Dissolution Profile.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00146983 | Gatt, Elton | Valsartan B8086 0.1M HCl 1-6, 7-12.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00147278 | Gatt, Elton | Valsartan-Hct 320-12.5mg 2005798 S83271 Assay.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00148178 | Gatt, Elton | Valsartan API batches.xlsx | Withheld - Other Product(s) |

| Bates Number | Custodian | File Name | Justifiaction for Withholding |
|---|---|---|---|
| TEVA-MDL2875-00148942 | Gatt, Elton | RE: Valsartan Spirig HC / API Zhejiang Huahai / GMP non-compliance-statement | Withheld - Other Product(s) |
| TEVA-MDL2875-00150592 | Gray, Elisabeth | FW: Valsartan API - DMF updates | Withheld - Other Product(s) |
| TEVA-MDL2875-00150607 | Gray, Elisabeth | Valsartan_TP_20170330.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00151074 | Gray, Elisabeth | Valsartan HCT USA_Draft_Stability Protocol 20.10.2017-JD-SD_Dupnitsa com....docx | Withheld - Other Product(s) |
| TEVA-MDL2875-00151079 | Gray, Elisabeth | Valsartan HCT USA_Draft_Stability Protocol 20.10.2017-JD-SD.DOCX | Withheld - Other Product(s) |
| TEVA-MDL2875-00151878 | Gray, Elisabeth | RE: Valsartan / Valsartan/HCTZ | Withheld - Other Product(s) |
| TEVA-MDL2875-00152317 | Gray, Elisabeth | Valsartan +HCT FU Apri 11 2018 meeting minutes.doc | Withheld - Other Product(s) |
| TEVA-MDL2875-00156202 | Koleto, Christina | Valsartan HCTZ one time buy 20140224.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00157525 | McBryan, Danny | Valsartan_ update on review.docx | Withheld - Other Product(s) |
| TEVA-MDL2875-00159820 | Pastore, Jill | Valsartan and HCTZ Tabs.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00160889 | Pavlov, Kiril | Valsartan HTC 160_25mg 017211 25_60_48m BL VER2.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00161191 | Pavlov, Kiril | Valsartan CEP Information Copy.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00162535 | Pavlov, Kiril | Valsartans.pptx | Withheld - Other Product(s) |
| TEVA-MDL2875-00162976 | Pavlov, Kiril | Valsartan Quality declaration.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00163106 | Pavlov, Kiril | Nitrosamines_Questionnaire_2019-11-18_Actavis.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00163132 | Pavlov, Kiril | nitrosamines-emea-h-a53-1490-questions-answers-information-nitrosamines-....pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00163185 | Pavlov, Kiril | EMA sartan-medicines-companies-review-manuf-processes-01feb19.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00165756 | Segura, Jose Luis | Valsartan_Zhejiang Huahai GMP non-compliance.docx | Withheld - Other Product(s) |
| TEVA-MDL2875-00166267 | Segura, Jose Luis | Valsartan - Volume availability for 2020 by Market-SKU.XLSX | Withheld - Other Product(s) |
| TEVA-MDL2875-00166855 | Sualhi, Rana | Valsartan_Reddy_Lab_Request_060911.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00166864 | Sualhi, Rana | Valsartan_Reddy_Lab_Request_060911.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00166966 | Sualhi, Rana | VALSARTAN AZID | Withheld - Other Product(s) |
| TEVA-MDL2875-00167019 | Sualhi, Rana | valsartan.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00167752 | Sualhi, Rana | Valsartan (IL.JLM) reprasentative CoA for US, Jerusalem site in Israel.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00167799 | Sualhi, Rana | Valsartan_VST_Acc .pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00168771 | Tomsky, Scott | Valsartan FAR products list.xls | Withheld - Other Product(s) |
| TEVA-MDL2875-00168777 | Tomsky, Scott | Valsartan FAR products list.xlsx.xls | Withheld - Other Product(s) |
| TEVA-MDL2875-00171322 | Binsol, Tony | RE: Sartans - Temporary interim limits for NMBA, DIPNA and EIPNA impurities | Withheld - Other Product(s) |
| TEVA-MDL2875-00175037 | Clark, Napoleon | Red Carpet for Product Operations_01 03 2017.pptx | Withheld - Other Product(s) |
| TEVA-MDL2875-00183847 | De Vito, Joseph | Valsartan Timeline 10-23-12.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00187229 | De Vito, Joseph | Valsartan Risk Assessment GNTM- G2014-353.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00190055 | De Vito, Joseph | Nitrosamines1.pdf.accreport.html | Withheld - Other Product(s) |
| TEVA-MDL2875-00190554 | Delgaudio, Joyce | Valsartan initial stocking 111512.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00195709 | Delgaudio, Joyce | Nitrosamines in Pharmaceuticals_Canada.pptx | Withheld - Other Product(s) |
| TEVA-MDL2875-00198473 | Delicato, Tony | Risk Assessment-PAL.docx | Withheld - Other Product(s) |
| TEVA-MDL2875-00208366 | Fluch, Joerg | RE: Valsartan EP ex Jubilant/ 2016 price for the pharma and potential R&D project with T | Withheld - Other Product(s) |
| TEVA-MDL2875-00210536 | Fluch, Joerg | RE: Valsartan/Divi's - demand 2019 | Withheld - Other Product(s) |
| TEVA-MDL2875-00215020 | Galownia, Kevin | Valsartan Tablets_PPA HDMA.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00220161 | Galownia, Kevin | RE: Valsartan | Withheld - Other Product(s) |
| TEVA-MDL2875-00233474 | Gatt, Elton | Valsartan EMA Referral.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00242908 | Gray, Elisabeth | Valsartan +HCT FU May 23 2018 meeting minutes.doc | Withheld - Other Product(s) |
| TEVA-MDL2875-00244367 | Hatt, David | Valsartan Impurity D CofA.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00255894 | Korcia, Avi | VALSARTAN_Flow Chart.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00255896 | Korcia, Avi | Valsartan_MSDS_201504.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00256559 | Lyons, Claire | RE: VERY URGENT - NUMBER OF RECALLED BATCHES - VALSARTAN | Withheld - Other Product(s) |
| TEVA-MDL2875-00257662 | Nassall, Jens | Valsartan prism.xls | Withheld - Other Product(s) |
| TEVA-MDL2875-00259845 | Nudelman, Raphael | Sartan ROS.doc | Withheld - Other Product(s) |
| TEVA-MDL2875-00268048 | Pastore, Jill | Valsartan_Quality equivalence data.PDF | Withheld - Other Product(s) |
| TEVA-MDL2875-00268098 | Pastore, Jill | VALSARTAN USP Teva Tech.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00268102 | Pastore, Jill | Valsartan- TAPI-Cover letter Answer Sep2011.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00268358 | Pastore, Jill | Valsartan XRD Evaluation Report 0711.pdf | Withheld - Other Product(s) |

| Bates Number | Custodian | File Name | Justifiaction for Withholding |
|---|---|---|---|
| TEVA-MDL2875-00274694 | Pavlov, Kiril | Valsartan-Teva India-updated 20180727.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00277094 | Pavlov, Kiril | ema-advises-companies-steps-take-avoid-nitrosamines-human-medicines_en.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00277102 | Pavlov, Kiril | Valsartan Swissmedic cover letter.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00280418 | Schwartz, Orit | Valsartan_Testing_July12.pptx | Withheld - Other Product(s) |
| TEVA-MDL2875-00280493 | Schwartz, Orit | RE: Valsartan drug product formula | Withheld - Other Product(s) |
| TEVA-MDL2875-00280849 | Schwartz, Orit | Valsartan_Analytical Method_Timelines.pptx | Withheld - Other Product(s) |
| TEVA-MDL2875-00282890 | Schwartz, Orit | RE: Sartans Routine Testing Strategy_3 Dec 2018.pptx | Withheld - Other Product(s) |
| TEVA-MDL2875-00287990 | Segura, Jose Luis | Valsartan status | Withheld - Other Product(s) |
| TEVA-MDL2875-00289119 | Segura, Jose Luis | Valsartan_OLT update v3.pptx | Withheld - Other Product(s) |
| TEVA-MDL2875-00290906 | Segura, Jose Luis | Valsartan Update.pptx | Withheld - Other Product(s) |
| TEVA-MDL2875-00314184 | Sualhi, Rana | FW: Valsartan | Withheld - Other Product(s) |
| TEVA-MDL2875-00316643 | Tomsky, Scott | Valsartan Art 31 - CHMP rapporteurs 2nd preliminary joint assessment on risk_to MAHs.docx | Withheld - Other Product(s) |
| TEVA-MDL2875-00316644 | Tomsky, Scott | Valsartan Art 31 - CHMP rapporteurs preliminary joint assessment on risk_toMAHs.docx | Withheld - Other Product(s) |
| TEVA-MDL2875-00318489 | Vadsola, Narendra | Valsarta ROS_Triethylamine.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00318490 | Vadsola, Narendra | Valsartan ROS_ZnCl2.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00323856 | Barreto, Dan | Valsartan Art 31 - Letter of representation.doc | Withheld - Other Product(s) |
| TEVA-MDL2875-00323962 | Barreto, Dan | Valsartan Article 31 referral - Notification.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00324408 | Barreto, Dan | Valsartan Article 31 referral - Annex I.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00324731 | Barreto, Dan | Sartans Synthesis NDEA contamination _Communication.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00324733 | Barreto, Dan | EMA Update on medicines containing valsartan_NDEA_13sep18.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00324994 | Barreto, Dan | EMA review of impurities in sartan medicines 21sep19.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00324996 | Barreto, Dan | EMA Update Review extended to other sartans 21sep18.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00326008 | Barreto, Dan | Valsartan EMA Referral - Zagreb.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00326093 | Barreto, Dan | Valsartan Mylan list of SKus/ Markets | Withheld - Other Product(s) |
| TEVA-MDL2875-00328321 | Barreto, Dan | Valsartan_FG_Stocks_07.10.2019.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00329160 | Binsol, Tony | VALSARTAN AZIDE-DECLARATION FOR NIEA AND NDIA-23.03.2019.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00329254 | Binsol, Tony | Nitroso Status_06.04.2019.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00350834 | De Vito, Joseph | Valsartan Update Meeting | Withheld - Other Product(s) |
| TEVA-MDL2875-00367791 | Fluch, Joerg | Risk management.docx | Withheld - Other Product(s) |
| TEVA-MDL2875-00368778 | Fluch, Joerg | Valsartan CAC - Functional Update_Areas of Focus_Template.pptx | Withheld - Other Product(s) |
| TEVA-MDL2875-00369261 | Fluch, Joerg | Valsartan CEP suspension notification_16Nov2018.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00370219 | Fluch, Joerg | Valsartan - Settlement Agreement - Zydus 15 05 2019.docx | Withheld - Other Product(s) |
| TEVA-MDL2875-00370223 | Fluch, Joerg | Valsartan_RI-CEP 2009-396-Rev 04_May 24 2019_Reference Copy.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00370410 | Fluch, Joerg | valsartan, Irbesartan - PO/receipt data | Withheld - Other Product(s) |
| TEVA-MDL2875-00389826 | Gatt, Elton | Valsartan HCT.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00389827 | Gatt, Elton | Valsartan tbl.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00392067 | Gatt, Elton | Valsartan_12 July 2018.pptx | Withheld - Other Product(s) |
| TEVA-MDL2875-00392319 | Gatt, Elton | RE: Sartan APIs request from Health Canada | Withheld - Other Product(s) |
| TEVA-MDL2875-00395110 | Gray, Elisabeth | Valsartan Request 2.12.18.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00395165 | Gray, Elisabeth | Valsartan +HCT FU May 9 2018 meeting minutes.doc | Withheld - Other Product(s) |
| TEVA-MDL2875-00395484 | Gray, Elisabeth | Sartan-Response-TEVA.PDF | Withheld - Other Product(s) |
| TEVA-MDL2875-00396010 | Gray, Elisabeth | RE: Sartan Responses | Withheld - Other Product(s) |
| TEVA-MDL2875-00397150 | Gray, Elisabeth | Valsartan_Other Sartan Product CAC- EM Sponsor Update_16 AUG_2019_PS.PPTX | Withheld - Other Product(s) |
| TEVA-MDL2875-00407176 | Lyons, Claire | Valsartan Article 31 referral - CHMP list of questions to be addressed b....pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00407854 | Lyons, Claire | Valsartan API_UPDATED_6-29-18.docx | Withheld - Other Product(s) |
| TEVA-MDL2875-00408220 | Lyons, Claire | Valsartan CAC - Functional Update_Areas of Focus_Template.pptx | Withheld - Other Product(s) |
| TEVA-MDL2875-00408427 | Lyons, Claire | EMA Update Review extended to other sartans 21sep18.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00408862 | Lyons, Claire | RE: Valsartan - suppliers of intermediates | Withheld - Other Product(s) |
| TEVA-MDL2875-00411258 | Lyons, Claire | Sartans Testing implementation - Answer to Authoriteis | Withheld - Other Product(s) |
| TEVA-MDL2875-00411321 | Lyons, Claire | Valsartan investigation report redacted copy 26nov'18.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00411330 | Lyons, Claire | Sartans Testing implementation - Answer to Authoriteis | Withheld - Other Product(s) |

Sampling of Withheld Documents

| Bates Number | Custodian | File Name | Justifiaction for Withholding |
|---|---|---|---|
| TEVA-MDL2875-00411424 | Lyons, Claire | RE: Valsartan mono/combo - OP FILE - ASAP | Withheld - Other Product(s) |
| TEVA-MDL2875-00411425 | Lyons, Claire | Valsartan_HK_TCI_Opava_response to DL.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00413893 | Lyons, Claire | RE: Telmisartan NDMA/NDEA | Withheld - Other Product(s) |
| TEVA-MDL2875-00413932 | Lyons, Claire | RE: Sartans | Withheld - Other Product(s) |
| TEVA-MDL2875-00414476 | Lyons, Claire | Valsartan Ph.Eur-COAs.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00414478 | Lyons, Claire | Valsartan CEP suspension notification_16Nov2018.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00414481 | Lyons, Claire | valsaratan_NDEA Evaluation-28112018.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00414482 | Lyons, Claire | Valsartan_communication to customers_Nov2018.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00415546 | Lyons, Claire | Valsartan analytical method and method validaiton data for nitrosoimpuri....pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00416669 | McBryan, Danny | FW: Valsartan-containing products - Article 31 Referral response | Withheld - Other Product(s) |
| TEVA-MDL2875-00416773 | McBryan, Danny | RE: Valsartan in Russia: status update | Withheld - Other Product(s) |
| TEVA-MDL2875-00424689 | Nassall, Jens | Valsartan other cost penalty payments summary file Q3-19.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00424753 | Nassall, Jens | Valsartan_cashout_20190823.xlsm | Withheld - Other Product(s) |
| TEVA-MDL2875-00424755 | Nassall, Jens | Valsartan_Medis ehf credit invoices to customers 31.08.2019.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00424764 | Nassall, Jens | FW: Valsartan Huahai + Mylan - >>> updates 31/3/2019 | Withheld - Other Product(s) |
| TEVA-MDL2875-00430890 | Pastore, Jill | Valsartan - cutomers notification- Azid process Jan2010.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00431547 | Pastore, Jill | Valsartan Azide Demo COA.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00437873 | Pavlov, Kiril | Valsartan DMF version-.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00437877 | Pavlov, Kiril | Valsartan recall report Malta.htm | Withheld - Other Product(s) |
| TEVA-MDL2875-00438001 | Pavlov, Kiril | RE: Sartans - Temporary interim limits for NMBA, DIPNA and EIPNA impurities | Withheld - Other Product(s) |
| TEVA-MDL2875-00438331 | Pavlov, Kiril | Valsartan Micra specifications.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00438417 | Pavlov, Kiril | Vals_HCT_Testing results_Screening.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00438563 | Pavlov, Kiril | nitrosamines-emea-h-a53-1490-questions-answers-information-nitrosamines-marketing-a | Withheld - Other Product(s) |
| TEVA-MDL2875-00440721 | Sawyer, Corey | Valsartan API_ Statement -FINAL_6-28-18.docx | Withheld - Other Product(s) |
| TEVA-MDL2875-00441688 | Sawyer, Corey | Valsartan API Batches NDMA analysis for Switzerland | Withheld - Other Product(s) |
| TEVA-MDL2875-00441709 | Sawyer, Corey | VALSARTAN ,ZHEJIANG HUAHAI PHARM.CO LT �����, 01D_C5355-15-069 �� | Withheld - Other Product(s) |
| TEVA-MDL2875-00441718 | Sawyer, Corey | VALSARTAN TIN FREE ZHEJIANG HUAHAI China  01D_C5523 -17- 539  � 2538 - 24. | Withheld - Other Product(s) |
| TEVA-MDL2875-00441735 | Sawyer, Corey | VALSARTAN ZHEJIANG HUAHAI PHARM.CO LT �����  01D_C5523_15_135 � 2 | Withheld - Other Product(s) |
| TEVA-MDL2875-00441737 | Sawyer, Corey | VALSARTAN, ZHEJIANG HUAHAI PHARM.China, 01D_C5355-15-240 � 153-28.03.201 | Withheld - Other Product(s) |
| TEVA-MDL2875-00441742 | Sawyer, Corey | VALSARTAN, ZHEJIANG HUAHAI PHARM.China, 01D_C5523-16-052 � 0968-06.06.20 | Withheld - Other Product(s) |
| TEVA-MDL2875-00441836 | Sawyer, Corey | Risk from NDMA remains low, a related substance NDEA also being investigated.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00442166 | Sawyer, Corey | Valsartan Media and Scientific Surveillance.pptx | Withheld - Other Product(s) |
| TEVA-MDL2875-00443291 | Sawyer, Corey | Risk Assessment_Valsartan_NDMA_NDEA.PDF | Withheld - Other Product(s) |
| TEVA-MDL2875-00443395 | Sawyer, Corey | Valsartan rtp Mylan batch list AT.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00444762 | Sawyer, Corey | RE: Telmisartan Testing Requirements - Malta Impact | Withheld - Other Product(s) |
| TEVA-MDL2875-00445110 | Sawyer, Corey | Valsartan- Zhejiang Huahai blocked batches packaged at HBM.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00445114 | Sawyer, Corey | VALSARTAN-RTP C. 160/25 FT  Lifting of block batch U27653R | Withheld - Other Product(s) |
| TEVA-MDL2875-00445115 | Sawyer, Corey | VALSARTAN/ HCT160/25MG FT U27653 + BulK  1180455  API VLS1802044 + VLS180 | Withheld - Other Product(s) |
| TEVA-MDL2875-00445130 | Sawyer, Corey | Valsartan  - Lifting of block batches with API from Jubilant   561/18,VRS, | Withheld - Other Product(s) |
| TEVA-MDL2875-00445131 | Sawyer, Corey | RE: Valsartan API Jubilant intermediate Huahai _Meeting minutes TC 22. Nov. | Withheld - Other Product(s) |
| TEVA-MDL2875-00445132 | Sawyer, Corey | RE: Valsartan API Jubilant intermediate Huahai _Meeting minutes TC 22. Nov. | Withheld - Other Product(s) |
| TEVA-MDL2875-00446818 | Sawyer, Corey | Valsartan HCTZ - 864923A.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00446982 | Sawyer, Corey | Nitrosamines impurities CAC- EM Sponsor Update 08 JUN 2020.pptx | Withheld - Other Product(s) |
| TEVA-MDL2875-00449495 | Schwartz, Orit | RE: Sartans routine testing - weekly F/U | Withheld - Other Product(s) |
| TEVA-MDL2875-00457759 | Segura, Jose Luis | Valsartan impact on EU markets | Withheld - Other Product(s) |
| TEVA-MDL2875-00458364 | Segura, Jose Luis | Valsartan Status 180712 v2.pptx | Withheld - Other Product(s) |
| TEVA-MDL2875-00458556 | Segura, Jose Luis | Valsartan Art 31 - Start of procedure - letter to MAHs.doc | Withheld - Other Product(s) |
| TEVA-MDL2875-00458563 | Segura, Jose Luis | Valsartan Article 31 referral - Notification.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00458568 | Segura, Jose Luis | Valsartan Article 31 referral - Timetable for the procedure.pdf | Withheld - Other Product(s) |
| TEVA-MDL2875-00461504 | Segura, Jose Luis | Valsartan - MYLAN 31-12-2018 - Q4_11-2-2019_FINAL02.xlsx | Withheld - Other Product(s) |
| TEVA-MDL2875-00461505 | Segura, Jose Luis | Valsartan - HUAHAI 31-12-2018 - Q4_18-2-2019_FINAL02.xlsx | Withheld - Other Product(s) |

**Sampling of Withheld Documents**

| Bates Number | Custodian | File Name | Justifiaction for Withholding |
|---|---|---|---|
| TEVA-MDL2875-00480948 | Truemper, Constance | Valsartan Consumer Call Script 7.17_.docx | Withheld - Other Product(s) |
| ZHP00087944 | Wang, Lijie | valsartan job plan-2020.1.20 update.xlsx | Withheld - Other Products |
| ZHP00111547 | Gergis, Remonda | Valsartan 160mg Customers 12-7-2017.xlsx | Withheld - Other Products |
| ZHP01865900 | GE_Jucai | N-Nitrosodimethylamine in Drinking Water_Report 2.pdf | Withheld - Other Product(s) |
| ZHP01868097 | HU_Yuelin | N-Nitrosodimethylamine in Drinking-water.pdf | Withheld - Other Product(s) |
| ZHP01954008 | CHENG_Wei | Risk of contamination by nitrosamine - ZH Duqiao_20181210.docx | Withheld - Other Product(s) |
| ZHP01975420 | CHENG_Wei | sartans-declaration-control-strategy-template ESH0607-huahai.docx | Withheld - Other Product(s) |
| ZHP02022236 | XU_Mi | Recycled solvents questionnaire (supplier).docx | Withheld - Other Product(s) |
| ZHP02072261 | XU_Mi | Valsartan Krka-Huahai 2017 | Withheld - Other Product(s) |
| ZHP02081822 | ZHONG_Sheng | nitrosamines-emea-h-a53-1490-questions-answers-information-nitrosamines-....pdf | Withheld - Other Product(s) |
| ZHP02127925 | WANG_Dongqin | Recycled solvents questionnaire (supplier)-Irbesartan.docx | Withheld - Other Product(s) |
| ZHP02325942 | ZHANG_Minli | Risk of contamination by nitrosamine - ZH Duqiao_ Telmisartan.pdf | Withheld - Other Product(s) |
| ZHP02420733 | LIN_Lihong | Responses to FDA Audit Nov 14-18 (2016)-Final.pdf | Withheld - Other Product(s) |
| ZHP02464785 | CHENG_Wei | Responses to FDA Audit.pdf | Withheld - Other Product(s) |

Exhibit D

**Layne Hilton**

| | |
|---|---|
| **From:** | Layne Hilton |
| **Sent:** | Wednesday, December 02, 2020 4:39 PM |
| **To:** | CCT@pietragallo.com |
| **Cc:** | JMR@pietragallo.com; 'Frank H. Stoy'; Valsartan PEC; JPriselac@duanemorris.com; Conlee Whiteley; Adam Slater; Daniel Nigh; David J. Stanoch; rubhon@gmail.com; Behram Parekh |
| **Subject:** | In re Valsartan - Improperly Withheld Documents |

Clem –

I write regarding Mylan's document production

As of my review, Mylan has withheld a staggering 45,036 documents from production on the basis of "other drug/non-responsive."  These 45,036 documents are out of 163,597 total documents produced to date. More troubling than this, many of these documents appear to be ***highly relevant to the core issues in this case***.

To demonstrate the fallacy of Mylan's relevancy determinations, Plaintiffs have identified just a mere sampling of the documents (including the document's file name taken from the metadata) which Mylan deemed "non-responsive" and consequently withheld from production:

***Documents regarding NDMA and NDEA:***
- MYLAN-MDL2875-00573802 (withheld document titled NDMA & NDEA Study Protocol)
- MYLAN-MDL2875-00573800 (withheld document titled NDMA &  NDEA Study Report)
- MYLAN-MDL2875-00573801 (withheld document tiled NDMA & NDEA Study Analytical Reports)
- MYLAN-MDL2875-00358255 (withheld document titled NDMA & NDEA Study Report – Addendum)
- MYLAN-MDL2875-00301339 (withheld document titled NDMA and NDEA content in Valsartan_AMT Protocol.docx)
- MYLAN-MDL2875-00368316 (withheld document titled document titled NDMA Declaration.pdf)
- MYLAN-MDL2875-00368315 (withheld document titled NDEA Declaration.pdf)
- MYLAN-MDL2875-00275069 (withheld document titled NDEA, NDIA, NDMA Characterisation reports)
- MYLAN-MDL2875-00507589 (withheld document titled NDEA Impurity.pdf)
- MYLAN-MDL2875-00368106 (withheld document titled ndea_and_ndma_detection_in_sartan_containing_tablets_by_lc-ms-ms.pdf)
- MYLAN-MDL2875-00344253 (withheld document titled NDMA, NDEA, NEIA and NDIA Content by GC-MS AMV Report.pdf)
- MYLAN-MDL2875-00303186 (withheld document titled Nitrosamine Assessment Reports Summary Across MLL API Network _Final Copy (003).docx)
- MYLAN-MDL2875-00472554 (withheld document titled Nitrosamine Risk Assessment_Valsartan Tablets.docx)
- MYLAN-MDL2875-00447843 (withheld document titled Nitroso impurities-current status -16042019.xlxs)

***Documents regarding the EMA's investigation into the Valsartan Nitrosamine Contamination:***
- MYLAN-MDL2875-00471611 (withheld document titled Sartans Art 31 – CHMP opinion.doc)
- MYLAN-MDL2875-00507121 (withheld document titled Sartans Art 41 – CHMP timetable.doc)
- MYLAN-MDL2875-00311562 (withheld document titled sartans-article-31-referral-chmp-list-questions-be-addressed-api-manufacturers-valsartan-containing_en.pdf_
- MYLAN-MDL2875-00471276 (withheld document titled Sartans Art 31 – Appendix 2 to CHMP opinion – CHMP AR.docx)

***Documents regarding the Valsartan API manufacturing process:***
- MYLAN-MDL2875-00268231 (withheld document titled  VLN-2 BBS-B.doc)
- MYLAN-MDL2875-00268229 (withheld document titled VLN-2 B PB-10.doc)
- MYLAN-MDL2875-00268232 (withheld document titled VLN-2BBS—A.doc)
- MYLAN-MDL2875-00268252 (withheld document titled  VST Validation costing.pdf)
- MYLAN-MDL2875-00463841 (withheld document titled VST-1-INP.doc)

***Documents regarding the recovered solvents used in the manufacture of Valsartan which resulted in the production of NDEA and the vendors who supply Mylan with recovered solvents:***
- MYLAN-MDL2875-00301437-38 (email regarding "queries from FDA" which attaches a document describing the risks of NDEA formation in recovered o-xylene, and attaches 7 exemplar chromatograms (all withheld) for the recovered o-xylene).
- MYLAN-MDL2875-00431839 (withheld document titled O-Xylene GC Chromatorrams [sic])
- MYLAN-MDL2875-00523823 (withheld document titled O-Xylene Recover (VST)-Unit-8.pdf)
- MYLAN-MDL2875-00468154 (withheld document titled O-Xylene VST-VLS-II.pdf)
- MYLAN-MDL2875-00521922 (withheld document titled Valsartan – Lantech.pdf)
- MYLAN-MDL2875-00565036 (withheld document titled Lantech Valsatran status.xls[sic])
- MYLAN-MDL2875-00396840 (withheld document titled Lantech VLN & VST 2.pdf)
- MYLAN-MDL2875-00562623 (withheld document titled Lantech 2011-2019.xlsx)
- MYLAN-MDL2875-00530121 (withheld document titled Lantech Notification.pdf)
- MYLAN-MDL2875-00396866 (withheld document titled Lantech.Valsartan (VLN) II from Crude Valsartan (VLN) II RE.Rev.03.pdf)

***Documents regarding testing and/or data issues specific to Valsartan and/or recovered solvents used in Valsartan***
- MYLAN-MDL2875-00471146 (withheld document titled Valsartan API Data nashik recovered solvents.xlsx)
- MYLAN-MDL2875-00507240 (withheld document titled Valsartan API batches – requested by customers to check NDEA – revised)
- MYLAN-MDL2875-00531238 (withheld document titled Valsartan Data.xls)
- MYLAN-MDL2875-00383783 (withheld document titled Valsartan impuryties.pdf[sic])
- MYLAN-MDL2875-00270210 (withheld document titled valsartan initial chromatophraphy part 2 of 2.pdf[sic])
- MYLAN-MDL2875-00509570 (withheld document titled NOTIFICATION OOS_Valsartan HCTZ 2015.pdf)

***Documents regarding the facilities where Valsartan was manufactured:***
- MYLAN-MDL2875-00403234 (withheld document titled U-3 March Monthly Report 2011.doc)
- MYLAN-MDL2875-00558287 (withheld document titled Unit-3_MIS report-June 11.xls)
- MYLAN-MDL2875-00506150 (withheld document tiled USFDA EIR Report_2014 which appears to be about Unit III)
- MYLAN-MDL2875-00570994 (withheld document titled USFDA_EIR_2018.pdf which appears to be about Unit 8)
- MYLAN-MDL2875-00466782 (withheld document titled Unit-8.docx)

The above-list is merely demonstrative and in no way meant to be exhaustive of all improperly withheld documents.  Given the sheer volume of the universe of withheld documents (essentially 1 out of every 4 documents produced), Plaintiffs cannot (and should not) be required to go through and challenge each and every one of the 45,036 documents.

As such, Plaintiffs ask Mylan to re-produce all 45,036 documents withheld as "non-responsive" in full, and to do so immediately.

Plaintiffs are available to meet and confer with Mylan prior to next week's Case Management Conference, such that the Parties can raise any outstanding issues regarding Mylan's improper relevance review with the Court.

Best,

Layne


Layne Hilton
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA  70130
(504) 524-5777 voice
(504) 524-5763  fax
www.kanner-law.com

_____
THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED
 RECIPIENT(S) AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED
 INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT,
 PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY
 ALL COPIES OF THE ORIGINAL MESSAGE. _____

Exhibit E

**Layne Hilton**

| | |
|---|---|
| **From:** | Layne Hilton |
| **Sent:** | Thursday, December 03, 2020 11:49 AM |
| **To:** | lockardv@gtlaw.com |
| **Cc:** | harkinss@gtlaw.com; GreeneJ@gtlaw.com; JPriselac@duanemorris.com; Valsartan PEC; Adam Slater; Conlee Whiteley; rubhon@gmail.com; David J. Stanoch; Behram Parekh |
| **Subject:** | In re Valsartan, Losartan, Irbesartan (Improperly Withheld Documents) |

Victoria:

I write regarding Teva's document production.

As of Plaintiffs' review, Teva has withheld 34,259 documents on the basis of "Other Product(s). These 34,259 documents are out of 157,575 documents produced to date. More troubling than the volume, many of these documents appear to be highly relevant to the core issues in this case.

To demonstrate the fallacy of Teva's relevancy determination that these documents are about "other drugs" (and consequently not responsive), Plaintiffs identify a mere sampling of these withheld documents (including identifying the withheld document's file name taken from the metadata):

### *Documents about Nitrosamine Impurities*
- TEVA-MDL2875-00106924 (withheld document titled 01 Statement-Irbesartan ID5455 (TIG )-NNDMA NNDEA and other nitrosoamines to customers final.pdf)
- TEVA-MDL2875-00106927 (withheld document titled 02 Customer Statemen-NDMA-NDEA-NMBA-DIPNA-EIPNA Irbesartan-7411-TIM-EU Market.pdf)
- TEVA-MDL2875-00105237 (withheld document titled 04 Statment-Irbesartan ID7411 (TIG) NNDMA NNDEA and other nitrosoamines to customers final.pdf)
- TEVA-MDL2875-00190058 (withheld document titled 04_Exhibit-2A-IV_Nitrosamine solubility information.pdf)
- TEVA-MDL2875-00190059 (withheld document titled 05_Exhibit-2A-V_Nitrosamines IN-QA-SOP-037.pdf)
- TEVA-MDL2875-00190067 (withheld document titled 09_Exhibit-2A-IX_results of nitrosamine impurity.pdf)
- TEVA-MDL2875-00236765 (withheld document titled 1910 EMA information on nitrosamines_V0.1 .pdf)
- TEVA-MDL2875-00024590 (withheld document titled N-NITROSAMINE IMPURITY ASSESSMENT REPORT.PDF)
- TEVA-MDL2875-00096689 (withheld document titled N-NDMA Valsartan (7611) Result- TIG (Year-2018).docx)
- TEVA-MDL2875-00067875 (withheld document titled NDEA in Valsartan Mylan Sperrungen 06.11.2018.xlsx)
- TEVA-MDL2875-00113500 (withheld document titled NDEA Method Validation Report.pdf)
- TEVA-MDL2875-00120889 (withheld document titled NDEA results of sartans.pdf)
- TEVA-MDL2875-00153996 (withheld document titled NDMA)
- TEVA-MDL2875-00171808 (withheld document titled NDMA - FOLLOW UP TO MAY 11 MTG)
- TEVA-MDL2875-00120882 (withheld document titled NDMA results of Sartans_xlsx.pdf)
- TEVA-MDL2875-00040012 (withheld document titled NDMA Risk Assessment ME PTG.pdf)
- TEVA-MDL2875-00209262 (withheld document titled NDMA statement-TMS.pdf)
- TEVA-MDL2875-00110649 (withheld document titled Nitrosamine Questionnaire-Teva-Filled Questionnaire.pdf)
- TEVA-MDL2875-00074834 (withheld document titled Nitrosamines Steering Committee 13Dec19.doc)
- TEVA-MDL2875-00099046 (withheld document titled Nitrosamines Update -Jan 13 2020.pptx)
- TEVA-MDL2875-00163106 (withheld document titled Nitrosamines_Questionnaire_2019-11-18_Actavis.pdf)
- TEVA-MDL2875-00443291 (withheld document titled Risk Assessment_Valsartan_NDMA_NDEA.PDF)
- TEVA-MDL2875-00441836 (withheld document titled Risk from NDMA remains low, a related substance NDEA also being investigated.pdf)

- TEVA-MDL2875-00414483 (withheld document titled Toxicological Assessment for N-Nitrosodiethylamine (NDEA) in Valsartan 14Nov2018.pdf)
- TEVA-MDL2875-00414481 (withheld document titled valsaratan_NDEA Evaluation-28112018.pdf)

### *Documents about Valsartan*

- TEVA-MDL2875-00081768 (withheld document titled 02095_AmlodValsHCTZ_PiPPI_E7_15FPL.pdf)
- TEVA-MDL2875-00077404 (withheld document titled 02095_AmlodValsHCTZ_PiPPI_E7_15FPL.pdf)
- TEVA-MDL2875-00081769 (withheld document titled 02096_AmlodValsHCTZ_3PPI_D7_15FPL.pdf)
- TEVA-MDL2875-00103797 (withheld document titled 02 VALSARTAN STATMENT (ID-2895)-TIG.pdf)
- TEVA-MDL2875-00435185 (withheld document 066-CM-Valsartan hydrochlorotthiazide rev B - Controlled Copy.pdf)
- TEVA-MDL2875-00324536 (withheld document titled 081718- Teva Valsartan HCTZ Tablets - Wholesaler and Retailer Recall Notices.pdf)
- TEVA-MDL2875-00164902 (withheld document titled 12534_AMV_Valsartan _GCMS_Protocol v1 -new..pdf)
- TEVA-MDL2875-00170802 (withheld document titled 174k0034-VALSARTAN-7611002016-41E255700.pdf)
- TEVA-MDL2875-00133709 (withheld document titled 2012-11 205210-1 ValsartanTabs,USP 40mg30s(LBL)VendorProof.pdf)
- TEVA-MDL2875-00133710 (withheld document titled 2012-11 205215-1 ValsartanTabs,USP 80mg1000s(LBL)VendorProof.pdf)
- TEVA-MDL2875-00156216 (withheld document titled 2012-12 208800 ValsartanTablets(PI)VendorProof.pdf
- TEVA-MDL2875-00156215 (withheld document titled 2012-12 208801 ValsartanTablets(PatientInfo)VendorProof.pdf)
- TEVA-MDL2875-00399515 (withheld document titled 2017-05 Audit Report Request Valsartan.pdf)
- TEVA-MDL2875-00044997 (withheld document titled Vlasartan_Mylan_06.11.xlsx)
- TEVA-MDL2875-00138976 (withheld document titled VLN batches to Teva.pdf)
- TEVA-MDL2875-00135690 (withheld document titled Valsartan-VST Vs VAA-comparison.doc)
- TEVA-MDL2875-00441743 (withheld document titled VALSARTAN, ZHEJIANG HUAHAI PHARM.China, 01D_C5523-16-084   0969-08.06.2016.pdf)
- TEVA-MDL2875-00290906 (withheld document titled Valsartan Update.pptx)
- TEVA-MDL2875-00350872 (withheld document titled Valsartan Update Meeting)
- TEVA-MDL2875-00441713 (withheld document titled VALSARTAN TIN FREE  ZHEJIANG HUAHAI PHARM.China  01D_C5523-17-182   1311  21.07.2017.pdf)
- TEVA-MDL2875-00183847 (withheld document titled Valsartan Timeline 10-23-12.pdf)
- TEVA-MDL2875-00101250  (withheld document titled Valsartan return to Huahai – Instructions)
- TEVA-MDL2875-00141673 (withheld document titled Valsartan Assessment report.pdf)
- TEVA-MDL2875-00461505 (withheld document titled Valsartan - HUAHAI 31-12-2018 - Q4_18-2-2019_FINAL02.xlsx)
- TEVA-MDL2875-00140418 (withheld document titled Valsartan - Huahai.pdf)
- TEVA-MDL2875-00430890 (withheld document titled Valsartan - custumers notification- Azid process Jan2010.pdf)

### *Documents about of Teva's Valsartan API Suppliers*

- TEVA-MDL2875-00137878 (withheld document titled "#177267_Mylan Labs Ltd., Unit-VIII_12th Nov 2018_Audit Agenda.pdf")
- TEVA-MDL2875-00446731 (withheld document titled 186960 - Zhejiang Huahai_QTA-16 (Snezhana).pdf)
- TEVA-MDL2875-00268426 (withheld document titled 2012-07-16 Matrix name change to Mylan.pdf)
- TEVA-MDL2875-00112814 (withheld document titled 2018 -TSA-009 Site Risk Assessment Protocol - Zhejiang Hauhai Pharmaceutical.pdf)
- TEVA-MDL2875-00407196 (withheld document titled 2018-GQ-019-1_Zhejiang Huahai Pharmaceutical Co. Ltd _Risk Assessment Pr....pdf)

- TEVA-MDL2875-00247578 (withheld document titled 2018-GQ-019_Zhejiang Huahai Pharmaceutical Co. Ltd _Risk Assessment Prot....pdf)
- TEVA-MDL2875-00367996 (withheld document titled 2018-GQ-019_Zhejiang Huahai Pharmaceutical Co. Ltd _Risk Assessment Protocol_.pdf)
- TEVA-MDL2875-00367997 (withheld document titled 2018-GQ-019_Zhejiang Huahai Pharmaceutical Co. Ltd _Risk Assessment Protocol_.xls)
- TEVA-MDL2875-00407194 (withheld document titled 2018-GQ-019_Zhejiang Huahai Pharmaceutical Co. Ltd _Risk Assessment Protocol_CH.pdf)
- TEVA-MDL2875-00233488 (withheld document titled 2018-GQ-032_Zhejiang Huahai Pharmaceutical Co. Ltd-Chuannan _Risk Assessment Protocol_.pdf)
- TEVA-MDL2875-00442024 (withheld document titled 2018-GQ-032_Zhejiang Huahai Pharmaceutical Co. Ltd-Chuannan _Risk Assessment Protocol_.pdf)
- TEVA-MDL2875-00410075 (withheld document titled 2018-GQ-034_Mylan - Andhra Pradesh _Risk Assessment Protocol_.pdf)
- TEVA-MDL2875-00414575 (withheld document titled 2018-GQ-034_Mylan - Andhra Pradesh _Risk Assessment Protocol_.xls)
- TEVA-MDL2875-00279425 (withheld document titled 2018-GQ-034_Mylan - Andhra Pradesh _Risk Assessment Protocol_signed.pdf)
- TEVA-MDL2875-00063200 (withheld document titled 2019-GQ-033_ Zhejiang Huahai Pharmaceutical Co Ltd ( Xunqiao site)- Assessment Protocol.pdf)
- TEVA-MDL2875-00415620 (withheld document titled 2019-GQ-033_ Zhejiang Huahai Pharmaceutical Co Ltd ( Xunqiao site)- Assessment Protocol_.xls)
- TEVA-MDL2875-00398511 (withheld document titled Not acceptable suppliers - by Global QA (reviewed Igor 23.02.2015).xls)
- TEVA-MDL2875-00414647 (withheld document titled Note to File Mylan reaudit scheduled for July 1st 2019.docx)
- TEVA-MDL2875-00112717 (withheld document titled Zhejiang Huahai Pharmaceutical Co. Ltd-Chuannan _Risk Assess.pdf)
- TEVA-MDL2875-00084964 (withheld document titled Zhejiang Huahai Chuannan China Request for Enhanced Supervision - Actavis Group PTC ehf.)
- TEVA-MDL2875-00148917 (withheld document titled Zhejiang Huahai Pharmaceutical Co. Ltd., Linhai, China 8.3.18 483_FDA inspection.pdf**)**
- TEVA-MDL2875-00442002 (withheld document titled Zhejiang Huahai - NC letter with terms and conditions (Actavis).pdf)
- TEVA-MDL2875-00274899 (withheld document titled Zhejiang Huahai - NC letter with terms and conditions (Teva).pdf)

***Documents about inspections of Teva's Finished Dose Facilities where Valsartan was manufactured and/or tested:***
- TEVA-MDL2875-00446478 (withheld document titled 2012 Hal Far (Arrow) Malta FDA 483.pdf)
- TEVA-MDL2875-00446481 (withheld document titled 2010 Jerusalem OSD FDA 483 Response .pdf)
- TEVA-MDL2875-00446472 (withheld document titled 2011 Jerusalem FDA WL.pdf)
- TEVA-MDL2875-00171525 (withheld document titled 2015 Jerusalem OSD FDA 483 Response.pdf)
- TEVA-MDL2875-00400827 (withheld document titled 2015 Jerusalem OSD FDA 483 Response.pdf)
- TEVA-MDL2875-00171526 (withheld document titled 2015 Jerusalem OSD FDA 483.pdf)

The above-list is merely demonstrative and in no way meant to be exhaustive of all improperly withheld documents.  Given the sheer volume of the universe of documents withheld as "Other Product(s)" (essentially 1 out of every 5 documents produced), Plaintiffs cannot (and should not) be required to go through and challenge each and every one of the 34,259 documents.

As such, Plaintiffs as Teva to re-produce these 34,259 documents marked as "Withheld – Other Product(s)" in full, and to do so immediately.

Plaintiffs are available to meet and confer with Teva prior to next week's Case Management Conference, such that the Parties can raise any outstanding issues regarding Teva's improper relevance review with the Court.

Best,

Layne


Layne Hilton
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA  70130
(504) 524-5777 voice
(504) 524-5763  fax
www.kanner-law.com

_____
THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED
 RECIPIENT(S) AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED
 INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT,
 PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY
 ALL COPIES OF THE ORIGINAL MESSAGE. _____

Exhibit F

**Layne Hilton**

| | |
|---|---|
| **From:** | Layne Hilton |
| **Sent:** | Friday, December 04, 2020 11:48 AM |
| **To:** | 'Goldberg, Seth A. (SAGoldberg@duanemorris.com)'; 'JPriselac@duanemorris.com' |
| **Cc:** | 'Ferretti, Joseph S.'; Conlee Whiteley; 'Adam Slater'; rubhon@gmail.com; 'Daniel Nigh'; 'Valsartan PEC'; David J. Stanoch; 'Behram Parekh' |
| **Subject:** | RE: In re Valsartan, Losartan and Irbesartan (Jun Du Custodial File Production) |

Counsel:

I write following up on my email of December 3, 2020.   Plaintiffs have now discovered a fifth email address which appears to have been utilized by Mr. Du for responsive business communications related to the issues in this case: ▉▉▉▉@hotmail.com.

Plaintiffs' concerns about business communications occurring on personal email accounts have now expanded in scope.  Plaintiffs have subsequently confirmed that there are at least three other custodians (in addition to Mr. Du) who have responsive documents that were sent and/or received by private email accounts.

- Remonda Gergis appeared to be receiving emails at ▉▉▉▉@yahoo.com beginning as early as 2010, and continuing on until as recently as 2018 (when Remonda Gergis's yahoo email account appeared to be receiving emails related to the destruction of ZHP product).
- Min Li appeared to be receiving and/or sending emails at ▉▉▉▉@yahoo.com from 2015 until 2019, including communications with Charles Wang, a toxicologist (and subpoena target) employed by ZHP to conduct an analysis of the toxicological profile of NDMA.
- Eric Tsai appeared to be sending and/or receiving emails from ▉▉▉▉@hotmail.com from 2010 until 2020, including communications regarding the scale-up of the Valsartan API manufacturing process from as early as 2010.

Moreover, the practice of using personal email accounts appears to be commonplace amongst ZHP employees.  In some communications, ZHP employees direct API customers to their personal email addresses.  *See* TORRENT-MDL2875-00439144 (in an email discussing the purchase of Valsartan API, ZHP employee Liu Yao told a Torrent employee, "if any failure for email sending, pls kindly send your email to my personal email box ▉▉▉▉@hotmail.com").

In fact, many ZHP employees actually include their personal and/or private email addresses in their company email signature block:

**Rose Zhu**
**Zhejiang Huahai Pharmaceutical Co., Ltd.**

Shanghai Base: ▉▉▉▉
Linhai HQ Base ▉▉▉▉

Mobile: +86 18▉▉▉▉

Hotmail: ▉▉▉▉@hotmail.com

*See* TORRENT-MDL2875-00437928

*Sales Department*
*Zhejiang Huahai Pharmaceutical Co., Ltd*
*Xunqiao, Linhai, Zhejiang 317024 China*
*Tel:* ███████
*E-mail:* █████@huahaipharm.com
*MSN:* ██████@hotmail.com

*See* TEVA-MDL2875-00228280

Phone: ███████
Mobile: ███████
E-mail: █████@huahaipharm.com
If any failure for email sending, pls kindly send your email to my private email box:
█████@hotmail.com

*See* TORRENT-MDL2875-00439166.

At no point during the informal ESI discussions at the outset of this case were Plaintiffs informed that ZHP had a business practice of allowing employees to utilize personal email addresses to communicate with internal and external parties. However, it is now obvious that the company actually condoned employees' use of personal and/or private email accounts for business communications.

Plaintiffs must understand the implications of this widespread practice on ZHP's document collection, and how ZHP is collecting these responsive emails for custodial file production. More pressing, Plaintiffs must also know if ZHP employees were explicitly instructed to preserve emails maintained in these private email accounts pursuant to any litigation notices sent on behalf of Mr. Du from September 13, 2018 to December 21, 2019.

Please inform Plaintiffs when ZHP is available to meet-and-confer either on Monday or Tuesday of next week. Given the urgency of this issue and its ramifications on forthcoming productions expected from custodians in China by the end of the year, the Parties must resolve this issue related to private email accounts immediately.

Best,

Layne

---

**From:** Layne Hilton
**Sent:** Thursday, December 03, 2020 2:53 PM
**To:** Goldberg, Seth A. (SAGoldberg@duanemorris.com) <SAGoldberg@duanemorris.com>; JPriselac@duanemorris.com
**Cc:** Ferretti, Joseph S. <JSFerretti@duanemorris.com>; Conlee Whiteley <c.whiteley@kanner-law.com>; Adam Slater <ASlater@mazieslater.com>; rubhon@gmail.com; Daniel Nigh <dnigh@levinlaw.com>; Valsartan PEC <valpec@kirtlandpackard.com>; David J. Stanoch <d.stanoch@kanner-law.com>; Behram Parekh <behram.parekh@drlawllp.com>
**Subject:** In re Valsartan, Losartan and Irbesartan (Jun Du Custodial File Production)

Counsel:

I write regarding the custodial file production for Jun Du.

As ZHP is no doubt aware, Jun Du was identified by Plaintiffs as a priority custodian as early as this summer.  Given the fact Mr. Du is located in the United States, ZHP represented that Mr. Du's custodial file production would not be subject to the additional Chinese State Secret document review that would necessitate additional time for production.  In light of the ongoing discussions with Counsel regarding appropriate deponents, Plaintiffs initiated a review of Mr. Du's custodial production.

Plaintiffs have identified the following serious deficiencies with the custodial production for Mr. Du.  First, of Mr. Du's total custodial production of 1,391 documents, Plaintiffs could only locate a scant 366 emails (meant to cover the totality of Mr. Du's responsive emails from 2010 to present). In analyzing these emails, 87 (out of 366) of these emails were actually withheld in their entirety on the basis of "Other Product(s)," despite having responsive documents (which were subsequently produced) attached to it.  Plaintiffs identify the bates ranges for these documents in the attached.

Further, Mr. Du's emails only begin as of March 1, 2017, despite the fact that Mr. Du began at ZHP well before the relevant time period start date of 2010.  *See* ZHP00002144.

Potentially explaining the paucity of emails contained within Mr. Du's custodial file production, Plaintiffs noted that most (if not all) emails in Mr. Du's custodial file are from ███████@prinstonpharm.com.  However, in reviewing the custodial productions of other ZHP custodians, it is obvious that Jun Du has been utilizing a variety of email addresses to communicate about business matters.

These additional email addresses which appear to be associated with Mr. Du are as follows:
- ███████@gmail.com
  - There appear to be *over 2,000* relevant, responsive email communications that were produced in the custodial files of other custodians which sent emails to this email account.  None of these emails were produced as part of Mr. Du's custodial production. These include not only email communications internally with other ZHP employees, but also communications with the FDA, and with third-party consultants (such as Dr. Zi-Qiang Gu, the subject of a pending subpoena).
  - Only 50 of these emails appear in Mr. Du's custodial production, and only appear to have been captured because the email was forwarded to the above-referenced prinstonpharm email account
- ███████@gmail.com
  - There are approximately 6 emails sent to this email account address.  None of these emails appear in Mr. Du's custodial file production.
- ███████@huahaipharmus.com
  - There are two emails sent to this particular account, both from 2010. Neither of these emails appear in Mr. Du's custodial file production.
- ███████@huahaipharm.com
  - There are over 100 emails that were sent to this email account spanning 2014 to present, only 4 of which were produced in Mr. Du's custodial file (and appear there because it was ultimately forwarded to Mr. Du's prinstonpharm email account.

Plaintiffs request that ZHP explain the following:
- Were these additional email accounts associated with Mr. Du (and with which Mr. Du was clearly using for company purposes) searched for responsive documents?
- If these email accounts were searched and collected, why were the email communications not produced as part of Mr. Du's custodial production?
- If these email accounts were not searched and collected, when does ZHP anticipate searching and collecting these email accounts?
- For the 366 emails ZHP did produce as part of Mr. Du's custodial file production, why did ZHP withhold 88 of these emails, when they obviously contained attachments ZHP deemed were relevant?

Please let me know when ZHP is prepared to meet-and-confer regarding the above.

Best,

Layne


Layne Hilton
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA  70130
(504) 524-5777 voice
(504) 524-5763  fax
www.kanner-law.com

_____

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED
RECIPIENT(S) AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED
INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT,
PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY
ALL COPIES OF THE ORIGINAL MESSAGE. _____

Exhibit G

**Layne Hilton**

| | |
|---|---|
| **From:** | Frank H. Stoy <FHS@Pietragallo.com> |
| **Sent:** | Saturday, December 05, 2020 11:57 AM |
| **To:** | Layne Hilton |
| **Cc:** | Clem C. Trischler; Jason M. Reefer; Valsartan PEC; JPriselac@duanemorris.com; Conlee Whiteley; Adam Slater; Daniel Nigh; David J. Stanoch; rubhon@gmail.com; Behram Parekh |
| **Subject:** | Re: In re Valsartan - Improperly Withheld Documents |

Layne,

We are in receipt of your email correspondence alleging deficiencies in Mylan's custodial document production. As you are aware, the documents that Plaintiffs have identified are subject to the agreement between the parties that non-responsive family members of responsive documents may be withheld from production. This agreement was mutually beneficial as it allowed Defendants to avoid the time and expense of manually redacting non-responsive information, but also enabled Plaintiffs to avoid having to sift through thousands of irrelevant documents.

As a threshold matter, Plaintiffs cannot discern based solely on the title of a document that it was improperly withheld. By way of investigation, I have personally reviewed the 44 exemplars you identify below. Without delving into our work product, suffice to say that many of the exemplar documents Plaintiffs have identified as "highly relevant to the core issues in this case" were properly coded non-responsive. Specifically, many of these documents date from early 2019 to the present. As Plaintiffs are aware, subsequent to the global recall of sartan-containing medications in 2018 by various pharmaceutical manufacturers around the world, FDA and other regulatory agencies began to require widespread nitrosamine testing of medications and raw materials on an ongoing basis, and not limited to valsartan. As confirmed by FDA's most recent nitrosamine-related guidance, these requirements remain in effect. Mylan's product portfolio contains thousands of medications, many of which are now being routinely tested for nitrosamine impurities. Several of the documents Plaintiffs identify below as "highly relevant" fall into this category and were properly withheld because they do not relate to the valsartan at issue in this litigation.

Further, even to the extent some of the documents that Plaintiffs have identified below are arguably responsive, I can confirm that identical versions of these documents have also been produced in full, in most instances numerous times, elsewhere in Mylan's production. For example, you assert that MYLAN-MDL2875-00573802 was improperly withheld. I can confirm, however, that this document was produced in full at MYLAN-MDL2875-00037661. Thus, even to the extent the document was mistakenly withheld in one instance, there is no prejudice to Plaintiffs. The same applies to MYLAN-MDL2875-00301339 (*see* MYLAN-MDL2875-00212372), MYLAN-MDL2875-00275069 (*see* MYLAN-MDL2875-00242924), MYLAN-MDL2875-00344253 (*see* MYLAN-MDL2875-00244567), MYLAN-MDL2875-00396840 (*see* MYLAN-MDL2875-00562354),  MYLAN-MDL2875-00270210 (*see* MYLAN-MDL2875-00287887), and MYLAN-MDL2875-00506150 (*see* MYLAN-MDL2875-00506140). This is unsurprising given the high level of overlap in Mylan's document collection.

Only a small fraction of the documents identified by Plaintiffs (MYLAN-MDL2875-00301437, MYLAN-MDL2875-00523823, MYLAN-MDL2875-00468154, MYLAN-MDL2875-00521922, MYLAN-MDL2875-00530121, MYLAN-MDL2875-00396866, and MYLAN-MDL2875-00383783), appear to have been withheld in error and not otherwise produced. Mylan will agree to include these documents in a supplemental production.

Finally, one of the documents you identified below, MYLAN-MDL2875-00573800, was marked responsive and already produced in full.

To date, Mylan has conducted a good faith, eyes-on review of millions of documents in accordance with the ESI protocol and the Orders of Court. While we are confident that the review has been conducted appropriately, we will

independently undertake a secondary review of the document set you have identified, and we will make a supplemental production if warranted.

Thanks,
Frank

**Frank H. Stoy, Esquire**
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
38th Floor, One Oxford Centre
Pittsburgh, PA 15219
Office: 412-263-4397 | Fax: 412-263-4258
FHS@Pietragallo.com| BIO|vCard
Connect with me on LinkedIn: in



This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s). If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this e-mail in error, please immediately notify Pietragallo Gordon Alfano Bosick & Raspanti, LLP by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.

**From:** Layne Hilton <l.hilton@kanner-law.com>
**Date:** Wednesday, December 2, 2020 at 5:39 PM
**To:** "Clem C. Trischler" <CCT@Pietragallo.com>
**Cc:** "Jason M. Reefer" <JMR@Pietragallo.com>, Frank Stoy <FHS@Pietragallo.com>, Valsartan PEC <valpec@kirtlandpackard.com>, "JPriselac@duanemorris.com" <JPriselac@duanemorris.com>, Conlee Whiteley <c.whiteley@kanner-law.com>, Adam Slater <ASlater@mazieslater.com>, Daniel Nigh <dnigh@levinlaw.com>, "David J. Stanoch" <d.stanoch@kanner-law.com>, "rubhon@gmail.com" <rubhon@gmail.com>, Behram Parekh <behram.parekh@drlawllp.com>
**Subject:** In re Valsartan - Improperly Withheld Documents

Clem –

I write regarding Mylan's document production

As of my review, Mylan has withheld a staggering 45,036 documents from production on the basis of "other drug/non-responsive." These 45,036 documents are out of 163,597 total documents produced to date. More troubling than this, many of these documents appear to be ***highly relevant to the core issues in this case***.

To demonstrate the fallacy of Mylan's relevancy determinations, Plaintiffs have identified just a mere sampling of the documents (including the document's file name taken from the metadata) which Mylan deemed "non-responsive" and consequently withheld from production:

***Documents regarding NDMA and NDEA:***
- MYLAN-MDL2875-00573802 (withheld document titled NDMA & NDEA Study Protocol)
- MYLAN-MDL2875-00573800 (withheld document titled NDMA & NDEA Study Report)
- MYLAN-MDL2875-00573801 (withheld document tiled NDMA & NDEA Study Analytical Reports)
- MYLAN-MDL2875-00358255 (withheld document titled NDMA & NDEA Study Report – Addendum)

- MYLAN-MDL2875-00301339 (withheld document titled NDMA and NDEA content in Valsartan_AMT Protocol.docx)
- MYLAN-MDL2875-00368316 (withheld document titled document titled NDMA Declaration.pdf)
- MYLAN-MDL2875-00368315 (withheld document titled NDEA Declaration.pdf)
- MYLAN-MDL2875-00275069 (withheld document titled NDEA, NDIA, NDMA Characterisation reports)
- MYLAN-MDL2875-00507589 (withheld document titled NDEA Impurity.pdf)
- MYLAN-MDL2875-00368106 (withheld document titled ndea_and_ndma_detection_in_sartan_containing_tablets_by_lc-ms-ms.pdf)
- MYLAN-MDL2875-00344253 (withheld document titled NDMA, NDEA, NEIA and NDIA Content by GC-MS AMV Report.pdf)
- MYLAN-MDL2875-00303186 (withheld document titled Nitrosamine Assessment Reports Summary Across MLL API Network _Final Copy (003).docx)
- MYLAN-MDL2875-00472554 (withheld document titled Nitrosamine Risk Assessment_Valsartan Tablets.docx)
- MYLAN-MDL2875-00447843 (withheld document titled Nitroso impurities-current status -16042019.xlxs)

***Documents regarding the EMA's investigation into the Valsartan Nitrosamine Contamination:***
- MYLAN-MDL2875-00471611 (withheld document titled Sartans Art 31 – CHMP opinion.doc)
- MYLAN-MDL2875-00507121 (withheld document titled Sartans Art 41 – CHMP timetable.doc)
- MYLAN-MDL2875-00311562 (withheld document titled sartans-article-31-referral-chmp-list-questions-be-addressed-api-manufacturers-valsartan-containing_en.pdf_
- MYLAN-MDL2875-00471276 (withheld document titled Sartans Art 31 – Appendix 2 to CHMP opinion – CHMP AR.docx)

***Documents regarding the Valsartan API manufacturing process:***
- MYLAN-MDL2875-00268231 (withheld document titled  VLN-2 BBS-B.doc)
- MYLAN-MDL2875-00268229 (withheld document titled VLN-2 B PB-10.doc)
- MYLAN-MDL2875-00268232 (withheld document titled VLN-2BBS—A.doc)
- MYLAN-MDL2875-00268252 (withheld document titled  VST Validation costing.pdf)
- MYLAN-MDL2875-00463841 (withheld document titled VST-1-INP.doc)

***Documents regarding the recovered solvents used in the manufacture of Valsartan which resulted in the production of NDEA and the vendors who supply Mylan with recovered solvents***:
- MYLAN-MDL2875-00301437-38 (email regarding "queries from FDA" which attaches a document describing the risks of NDEA formation in recovered o-xylene, and attaches 7 exemplar chromatograms (all withheld) for the recovered o-xylene.
- MYLAN-MDL2875-00431839 (withheld document titled O-Xylene GC Chromatorrams [sic])
- MYLAN-MDL2875-00523823 (withheld document titled O-Xylene Recover (VST)-Unit-8.pdf)
- MYLAN-MDL2875-00468154 (withheld document titled O-Xylene VST-VLS-II.pdf)
- MYLAN-MDL2875-00521922 (withheld document titled Valsartan – Lantech.pdf)
- MYLAN-MDL2875-00565036 (withheld document titled Lantech Valsatran status.xls[sic])
- MYLAN-MDL2875-00396840 (withheld document titled Lantech VLN & VST 2.pdf)
- MYLAN-MDL2875-00562623 (withheld document titled Lantech 2011-2019.xlsx)
- MYLAN-MDL2875-00530121 (withheld document titled Lantech Notification.pdf)
- MYLAN-MDL2875-00396866 (withheld document titled Lantech.Valsartan (VLN) II from Crude Valsartan (VLN) II RE.Rev.03.pdf)

***Documents regarding testing and/or data issues specific to Valsartan and/or recovered solvents used in Valsartan***
- MYLAN-MDL2875-00471146 (withheld document titled Valsartan API Data nashik recovered solvents.xlsx)
- MYLAN-MDL2875-00507240 (withheld document titled Valsartan API batches – requested by customers to check NDEA – revised)
- MYLAN-MDL2875-00531238 (withheld document titled Valsartan Data.xls)

- MYLAN-MDL2875-00383783 (withheld document titled Valsartan impuryties.pdf[sic])
- MYLAN-MDL2875-00270210 (withheld document titled valsartan initial chromatophraphy part 2 of 2.pdf[sic])
- MYLAN-MDL2875-00509570 (withheld document titled NOTIFICATION OOS_Valsartan HCTZ 2015.pdf)

***Documents regarding the facilities where Valsartan was manufactured:***
- MYLAN-MDL2875-00403234 (withheld document titled U-3 March Monthly Report 2011.doc)
- MYLAN-MDL2875-00558287 (withheld document titled Unit-3_MIS report-June 11.xls)
- MYLAN-MDL2875-00506150 (withheld document tiled USFDA EIR Report_2014 which appears to be about Unit III)
- MYLAN-MDL2875-00570994 (withheld document titled USFDA_EIR_2018.pdf which appears to be about Unit 8)
- MYLAN-MDL2875-00466782 (withheld document titled Unit-8.docx)

The above-list is merely demonstrative and in no way meant to be exhaustive of all improperly withheld documents.  Given the sheer volume of the universe of withheld documents (essentially 1 out of every 4 documents produced), Plaintiffs cannot (and should not) be required to go through and challenge each and every one of the 45,036 documents.

As such, Plaintiffs ask Mylan to re-produce all 45,036 documents withheld as "non-responsive" in full, and to do so immediately.

Plaintiffs are available to meet and confer with Mylan prior to next week's Case Management Conference, such that the Parties can raise any outstanding issues regarding Mylan's improper relevance review with the Court.

Best,

Layne


Layne Hilton
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA  70130
(504) 524-5777 voice
(504) 524-5763  fax
www.kanner-law.com

_____
THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED
 RECIPIENT(S) AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED
 INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT,
 PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY
 ALL COPIES OF THE ORIGINAL MESSAGE. _____


Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Exhibit H

**Layne Hilton**

| | |
|---|---|
| **From:** | harkinss@gtlaw.com |
| **Sent:** | Tuesday, December 08, 2020 4:02 PM |
| **To:** | lockardv@gtlaw.com; Layne Hilton |
| **Cc:** | GreeneJ@gtlaw.com; JPriselac@duanemorris.com; valpec@kirtlandpackard.com; ASlater@mazieslater.com; Conlee Whiteley; rubhon@gmail.com; David J. Stanoch; behram.parekh@drlawllp.com |
| **Subject:** | RE: In re Valsartan, Losartan, Irbesartan (Improperly Withheld Documents) |

Layne,

We write in response to the below correspondence on alleged deficiencies in Teva's document production to date. As a preliminary matter, given that the ESI protocol requires review and production of full families and Teva is involved in the manufacture of hundreds of medications outside the scope of this litigation, it should not come as a surprise to any party that a substantial number of documents within families containing some responsive material relate solely to irrelevant "Other Products." Many of these documents were withheld based on the explicit agreement with Plaintiffs' counsel that Defendants may withhold irrelevant "Other Product" documents which would generate thousands of pages of material unrelated to Valsartan. It is also notable that file names which indicate "Valsartan" or "nitrosamines" do not necessarily correlate to responsive material, particularly with regard to Teva, which recalled all its US Valsartan product and discontinued its sale of Valsartan to the United States in 2018, including product not affected by nitrosamines due to commercial reasons.

With respect to the documents identified in your correspondence, Teva has conducted a second review of each of the 80 documents. Though Teva does not waive any claims of attorney work product in making this representation, the vast majority of unique documents identified in your correspondence – 49 of 80 – are non-responsive. Of the remaining 31 documents, 25 identified duplicate files which had in fact already been produced to Plaintiffs. For example, six documents – the entirety of the subheading "Documents about inspections of Teva's Finished Dose Facilities where Valsartan was manufactured and/or tested" – are duplicates of documents previously produced in connection with the non-custodial core discovery production. The nine responsive documents within the subheading "Documents about Teva's Valsartan API Suppliers" are all duplicates of documents produced at TEVA-MDL2875-00194315, 00437492, 00442747, and 00442748.

In addition, the ten other duplicative documents identified in the below chart are responsive and will be produced. Teva notes once again that all of these documents are duplicates of documents produced elsewhere (in many instances multiple times) at the location referenced below for your convenience. With respect to these documents and the above duplicates, there can obviously be no prejudice to Plaintiffs as this material was in fact timely produced.

## DOCUMENTS IDENTIFIED BY PLAINTIFFS AS IMPROPERLY WITHHELD

| | BATES LABEL | DESCRIPTION/FILE NAME | PLAINT |
|---|---|---|---|
| 1. | TEVA-MDL2875-00106924 | 01 Statement-Irbesartan ID5455 (TIG )-NNDMA NNDEA and other nitrosoamines to customers final.pdf | Documen Nitrosami |
| 2. | TEVA-MDL2875-00106927 | 02 Customer Statemen-NDMA-NDEA-NMBA-DIPNA-EIPNA Irbesartan-7411-TIM-EU Market.pdf | Documen Nitrosami |
| 3. | TEVA-MDL2875-00105237 | 04 Statment-Irbesartan ID7411 (TIG) NNDMA NNDEA and other nitrosoamines to customers final.pdf | Documen Nitrosami |

| | BATES LABEL | DESCRIPTION/FILE NAME | PLAIN[T] |
|---|---|---|---|
| 4. | TEVA-MDL2875-00190058 | 04_Exhibit-2A-IV_Nitrosamine solubility information.pdf | Documen<br>Nitrosami |
| 5. | TEVA-MDL2875-00190059 | 05_Exhibit-2A-V_Nitrosamines IN-QA-SOP-037.pdf | Documen<br>Nitrosami |
| 6. | TEVA-MDL2875-00190067 | 09_Exhibit-2A-IX_results of nitrosamine impurity.pdf | Documen<br>Nitrosami |
| 7. | TEVA-MDL2875-00236765 | 1910 EMA information on nitrosamines_V0.1 .pdf | Documen<br>Nitrosami |
| 8. | TEVA-MDL2875-00024590 | N-NITROSAMINE IMPURITY ASSESSMENT REPORT.PDF | Documen<br>Nitrosami |
| 9. | TEVA-MDL2875-00096689 | N-NDMA Valsartan (7611) Result- TIG (Year-2018).docx | Documen<br>Nitrosami |
| 10. | TEVA-MDL2875-00067875 | NDEA in Valsartan Mylan Sperrungen 06.11.2018.xlsx | Documen<br>Nitrosami |
| 11. | TEVA-MDL2875-00113500 | NDEA Method Validation Report.pdf | Documen<br>Nitrosami |
| 12. | TEVA-MDL2875-00120889 | NDEA results of sartans.pdf | Documen<br>Nitrosami |
| 13. | TEVA-MDL2875-00153996 | NDMA | Documen<br>Nitrosami |
| 14. | TEVA-MDL2875-00171808 | NDMA - FOLLOW UP TO MAY 11 MTG | Documen<br>Nitrosami |
| 15. | TEVA-MDL2875-00120882 | NDMA results of Sartans_xlsx.pdf | Documen<br>Nitrosami |
| 16. | TEVA-MDL2875-00040012 | NDMA Risk Assessment ME PTG.pdf | Documen<br>Nitrosami |
| 17. | TEVA-MDL2875-00209262 | NDMA statemenNitrosamine Questionnaire-Teva-Filled Questionnaire.pdft-TMS.pdf | Documen<br>Nitrosami |
| 18. | TEVA-MDL2875-00110649 | Nitrosamine Questionnaire-Teva-Filled Questionnaire.pdf | Documen<br>Nitrosami |
| 19. | TEVA-MDL2875-00074834 | Nitrosamines Steering Committee 13Dec19.doc | Documen<br>Nitrosami |
| 20. | TEVA-MDL2875-00099046 | Nitrosamines Update -Jan 13 2020.pptx | Documen<br>Nitrosami |
| 21. | TEVA-MDL2875-00163106 | Nitrosamines_Questionnaire_2019-11-18_Actavis.pdf | Documen<br>Nitrosami |
| 22. | TEVA-MDL2875-00443291 | Risk Assessment_Valsartan_NDMA_NDEA.PDF | Documen<br>Nitrosami |
| 23. | TEVA-MDL2875-00441836 | Risk from NDMA remains low, a related substance NDEA also being investigated.pdf | Documen<br>Nitrosami |
| 24. | TEVA-MDL2875-00414483 | Toxicological Assessment for N-Nitrosodiethylamine (NDEA) in Valsartan 14Nov2018.pdf | Documen<br>Nitrosami |
| 25. | TEVA-MDL2875-00414481 | valsaratan_NDEA Evaluation-28112018.pdf | Documen<br>Nitrosami |
| 26. | TEVA-MDL2875-00081768 | 02095_AmlodValsHCTZ_PiPPI_E7_15FPL.pdf | Documen |
| 27. | TEVA-MDL2875-00077404 | 02095_AmlodValsHCTZ_PiPPI_E7_15FPL.pdf | Documen |

| | BATES LABEL | DESCRIPTION/FILE NAME | PLAINT |
|---|---|---|---|
| 28. | TEVA-MDL2875-00081769 | 02096_AmlodValsHCTZ_3PPI_D7_15FPL.pdf | Documen |
| 29. | TEVA-MDL2875-00103797 | 02 VALSARTAN STATMENT (ID-2895)-TIG.pdf | Documen |
| 30. | TEVA-MDL2875-00435185 | 066-CM-Valsartan hydrochlorotthiazide rev B - Controlled Copy.pdf | Documen |
| 31. | TEVA-MDL2875-00324536 | 081718- Teva Valsartan HCTZ Tablets - Wholesaler and Retailer Recall Notices.pdf | Documen |
| 32. | TEVA-MDL2875-00164902 | 12534_AMV_Valsartan _GCMS_Protocol v1 -new..pdf | Documen |
| 33. | TEVA-MDL2875-00170802 | 174k0034-VALSARTAN-7611002016-41E255700.pdf | Documen |
| 34. | TEVA-MDL2875-00133709 | 2012-11 205210-1 ValasartanTabs,USP 40mg30s(LBL)VendorProof.pdf | Documen |
| 35. | TEVA-MDL2875-00133710 | 2012-11 205215-1 ValasartanTabs,USP 80mg1000s(LBL)VendorProof.pdf | Documen |
| 36. | TEVA-MDL2875-00156216 | 2012-12 208800 ValsartanTablets(PI)VendorProof.pdf | Documen |
| 37. | TEVA-MDL2875-00156215 | 2012-12 208801 ValsartanTablets(PatientInfo)VendorProof.pdf | Documen |
| 38. | TEVA-MDL2875-00399515 | 2017-05 Audit Report Request Valsartan.pdf | Documen |
| 39. | TEVA-MDL2875-00044997 | Vlasartan_Mylan_06.11.xlsx | Documen |
| 40. | TEVA-MDL2875-00138976 | VLN batches to Teva.pdf | Documen |
| 41. | TEVA-MDL2875-00135690 | Valsartan-VST Vs VAA-comparison.doc | Documen |
| 42. | TEVA-MDL2875-00441743 | VALSARTAN, ZHEJIANG HUAHAI PHARM.China, 01D_C5523-16-084  0969-08.06.2016.pdf | Documen |
| 43. | TEVA-MDL2875-00290906 | Valsartan Update.pptx | Documen |
| 44. | TEVA-MDL2875-00350872 | Valsartan Update Meeting | Documen |
| 45. | TEVA-MDL2875-00441713 | VALSARTAN TIN FREE  ZHEJIANG HUAHAI PHARM.China  01D_C5523-17-182    1311  21.07.2017.pdf | Documen |
| 46. | TEVA-MDL2875-00183847 | Valsartan Timeline 10-23-12.pdf | Documen |
| 47. | TEVA-MDL2875-00101250 | Valsartan return to Huahai – Instructions | Documen |
| 48. | TEVA-MDL2875-00141673 | Valsartan Assessment report.pdf | Documen |
| 49. | TEVA-MDL2875-00461505 | Valsartan - HUAHAI 31-12-2018 - Q4_18-2-2019_FINAL02.xlsx | Documen |
| 50. | TEVA-MDL2875-00140418 | Valsartan - Huahai.pdf | Documen |
| 51. | TEVA-MDL2875-00430890 | Valsartan - custumers notification- Azid process Jan2010.pdf | Documen |

| | BATES LABEL | DESCRIPTION/FILE NAME | PLAINT |
|---|---|---|---|
| 52. | TEVA-MDL2875-00137878 | #177267_Mylan Labs Ltd., Unit-VIII_12th Nov 2018_Audit Agenda.pdf | Documen Valsartan |
| 53. | TEVA-MDL2875-00446731 | 186960 - Zhejiang Huahai_QTA-16 (Snezhana).pdf | Documen Valsartan |
| 54. | TEVA-MDL2875-00268426 | 2012-07-16 Matrix name change to Mylan.pdf | Documen Valsartan |
| 55. | TEVA-MDL2875-00112814 | 2018 -TSA-009 Site Risk Assessment Protocol - Zhejiang Hauhai Pharmaceutical.pdf | Documen Valsartan |
| 56. | TEVA-MDL2875-00407196 | 2018-GQ-019-1_Zhejiang Huahai Pharmaceutical Co. Ltd _Risk Assessment Pr....pdf | Documen Valsartan |
| 57. | TEVA-MDL2875-00247578 | 2018-GQ-019_Zhejiang Huahai Pharmaceutical Co. Ltd _Risk Assessment Prot....pdf | Documen Valsartan |
| 58. | TEVA-MDL2875-00367996 | 2018-GQ-019_Zhejiang Huahai Pharmaceutical Co. Ltd _Risk Assessment Protocol_.pdf | Documen Valsartan |
| 59. | TEVA-MDL2875-00367997 | 2018-GQ-019_Zhejiang Huahai Pharmaceutical Co. Ltd _Risk Assessment Protocol_.xls | Documen Valsartan |
| 60. | TEVA-MDL2875-00407194 | 2018-GQ-019_Zhejiang Huahai Pharmaceutical Co. Ltd _Risk Assessment Protocol_CH.pdf | Documen Valsartan |
| 61. | TEVA-MDL2875-00233488 | 2018-GQ-032_Zhejiang Huahai Pharmaceutical Co. Ltd-Chuannan _Risk Assessment Protocol_.pdf | Documen Valsartan |
| 62. | TEVA-MDL2875-00442024 | 2018-GQ-032_Zhejiang Huahai Pharmaceutical Co. Ltd-Chuannan _Risk Assessment Protocol_.pdf | Documen Valsartan |
| 63. | TEVA-MDL2875-00410075 | 2018-GQ-034_Mylan - Andhra Pradesh _Risk Assessment Protocol_.pdf | Documen Valsartan |
| 64. | TEVA-MDL2875-00414575 | 2018-GQ-034_Mylan - Andhra Pradesh _Risk Assessment Protocol_.xls | Documen Valsartan |
| 65. | TEVA-MDL2875-00279425 | 2018 -GQ-034_Mylan - Andhra Pradesh _Risk Assessment Protocol_signed.pdf | Documen Valsartan |
| 66. | TEVA-MDL2875-00063200 | 2019-GQ-033_ Zhejiang Huahai Pharmaceutical Co Ltd ( Xunqiao site)-Assessment Protocol.pdf | Documen Valsartan |
| 67. | TEVA-MDL2875-00415620 | 2019-GQ-033_ Zhejiang Huahai Pharmaceutical Co Ltd ( Xunqiao site)-Assessment Protocol_.xls | Documen Valsartan |
| 68. | TEVA-MDL2875-00398511 | Not acceptable suppliers - by Global QA (reviewed Igor 23.02.2015).xls | Documen Valsartan |
| 69. | TEVA-MDL2875-00414647 | Note to File Mylan reaudit scheduled for July 1st 2019.docx | Documen Valsartan |
| 70. | TEVA-MDL2875-00112717 | Zhejiang Huahai Pharmaceutical Co. Ltd-Chuannan _Risk Assess.pdf | Documen Valsartan |
| 71. | TEVA-MDL2875-00084964 | Zhejiang Huahai Chuannan China Request for Enhanced Supervision - Actavis Group PTC ehf. | Documen Valsartan |
| 72. | TEVA-MDL2875-00148917 | Zhejiang Huahai Pharmaceutical Co. Ltd., Linhai, China 8.3.18 483_FDA inspection.pdf | Documen Valsartan |
| 73. | TEVA-MDL2875-00442002 | Zhejiang Huahai - NC letter with terms and conditions (Actavis).pdf | Documen Valsartan |
| 74. | TEVA-MDL2875-00274899 | Zhejiang Huahai - NC letter with terms and conditions (Teva).pdf | Documen Valsartan |

| | BATES LABEL | DESCRIPTION/FILE NAME | PLAINT |
|---|---|---|---|
| 75. | TEVA-MDL2875-00446478 | 2012 Hal Far (Arrow) Malta FDA 483.pdf | Documen of Teva's Facilities was manu tested |
| 76. | TEVA-MDL2875-00446481 | 2010 Jerusalem OSD FDA 483 Response .pdf | Documen of Teva's Facilities was manu tested |
| 77. | TEVA-MDL2875-00446472 | 2011 Jerusalem FDA WL.pdf | Documen of Teva's Facilities was manu tested |
| 78. | TEVA-MDL2875-00171525 | 2015 Jerusalem OSD FDA 483 Response.pdf | Documen of Teva's Facilities was manu tested |
| 79. | TEVA-MDL2875-00400827 | 2015 Jerusalem OSD FDA 483 Response.pdf | Documen of Teva's Facilities was manu tested |
| 80. | TEVA-MDL2875-00171526 | 2015 Jerusalem OSD FDA 483.pdf | Documen of Teva's Facilities was manu tested |

The documents identified at TEVA-MDL2875-00133709, TEVA-MDL2875-00133710, TEVA-MDL2875-00156216, and TEVA-MDL2875-00156215 were not previously produced and will be produced. We note that all four of these documents are marginally responsive drafts, substantively duplicative of labeling documents already produced. Finally, the two documents identified at TEVA-MDL2875-00067875 and TEVA-MDL2875-00183847 are marginally responsive and will be produced in the interest of resolving this issue.

In light of the above, we hope you will agree that Plaintiffs' request for Teva to produce over 34,000 documents is not an appropriate solution. To the extent there are further documents you feel necessitate a secondary review, Teva will, within reason, endeavor to do so. Please let us know if this response satisfies your concerns or if a meet and confer to discuss further is needed.

Best,

**Steven M. Harkins**
Associate

Greenberg Traurig, LLP
Terminus 200 | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T +1 678.553.2312  |  F +1 678.553.2441
harkinss@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



**From:** Lockard, Victoria D. (Shld-Atl-LT)
**Sent:** Thursday, December 3, 2020 1:02 PM
**To:** Layne Hilton <l.hilton@kanner-law.com>
**Cc:** Harkins, Steven M. (Assoc-ATL-LT) <harkinss@gtlaw.com>; Greene, Jeffrey (Shld-Bos-LT) <GreeneJ@gtlaw.com>; JPriselac@duanemorris.com; Valsartan PEC <valpec@kirtlandpackard.com>; Adam Slater <ASlater@mazieslater.com>; Conlee Whiteley <c.whiteley@kanner-law.com>; rubhon@gmail.com; David J. Stanoch <d.stanoch@kanner-law.com>; Behram Parekh <behram.parekh@drlawllp.com>
**Subject:** RE: In re Valsartan, Losartan, Irbesartan (Improperly Withheld Documents)

Hi Layne,

Without commenting on the legitimacy of what's stated below, I'm confirming receipt. We will take a look and get back to you with a time for a call to meet & confer.

Thanks, Victoria
Victoria Davis Lockard
Shareholder
Vice-Chair, Pharmaceutical, Medical Device & Health Care Litigation
Products Liability & Mass Torts
Greenberg Traurig, LLP | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
Tel 678.553.2103 | Fax 678-553-2104
lockardv@gtlaw.com | www.gtlaw.com



**From:** Layne Hilton <l.hilton@kanner-law.com>
**Sent:** Thursday, December 3, 2020 12:49 PM
**To:** Lockard, Victoria D. (Shld-Atl-LT) <lockardv@gtlaw.com>
**Cc:** Harkins, Steven M. (Assoc-ATL-LT) <harkinss@gtlaw.com>; Greene, Jeffrey (Shld-Bos-LT) <GreeneJ@gtlaw.com>; JPriselac@duanemorris.com; Valsartan PEC <valpec@kirtlandpackard.com>; Adam Slater <ASlater@mazieslater.com>; Conlee Whiteley <c.whiteley@kanner-law.com>; rubhon@gmail.com; David J. Stanoch <d.stanoch@kanner-law.com>; Behram Parekh <behram.parekh@drlawllp.com>
**Subject:** In re Valsartan, Losartan, Irbesartan (Improperly Withheld Documents)

**\*EXTERNAL TO GT\***

Victoria:

I write regarding Teva's document production.

As of Plaintiffs' review, Teva has withheld 34,259 documents on the basis of "Other Product(s). These 34,259 documents are out of 157,575 documents produced to date. More troubling than the volume, many of these documents appear to be highly relevant to the core issues in this case.

To demonstrate the fallacy of Teva's relevancy determination that these documents are about "other drugs" (and consequently not responsive), Plaintiffs identify a mere sampling of these withheld documents (including identifying the withheld document's file name taken from the metadata):

### *Documents about Nitrosamine Impurities*

- TEVA-MDL2875-00106924 (withheld document titled 01 Statement-Irbesartan ID5455 (TIG )-NNDMA NNDEA and other nitrosoamines to customers final.pdf)
- TEVA-MDL2875-00106927 (withheld document titled 02 Customer Statemen-NDMA-NDEA-NMBA-DIPNA-EIPNA Irbesartan-7411-TIM-EU Market.pdf)
- TEVA-MDL2875-00105237 (withheld document titled 04 Statment-Irbesartan ID7411 (TIG) NNDMA NNDEA and other nitrosoamines to customers final.pdf)
- TEVA-MDL2875-00190058 (withheld document titled 04_Exhibit-2A-IV_Nitrosamine solubility information.pdf)
- TEVA-MDL2875-00190059 (withheld document titled 05_Exhibit-2A-V_Nitrosamines IN-QA-SOP-037.pdf)
- TEVA-MDL2875-00190067 (withheld document titled 09_Exhibit-2A-IX_results of nitrosamine impurity.pdf)
- TEVA-MDL2875-00236765 (withheld document titled 1910 EMA information on nitrosamines_V0.1 .pdf)
- TEVA-MDL2875-00024590 (withheld document titled N-NITROSAMINE IMPURITY ASSESSMENT REPORT.PDF)
- TEVA-MDL2875-00096689 (withheld document titled N-NDMA Valsartan (7611) Result- TIG (Year-2018).docx)
- TEVA-MDL2875-00067875 (withheld document titled NDEA in Valsartan Mylan Sperrungen 06.11.2018.xlsx)
- TEVA-MDL2875-00113500 (withheld document titled NDEA Method Validation Report.pdf)
- TEVA-MDL2875-00120889 (withheld document titled NDEA results of sartans.pdf)
- TEVA-MDL2875-00153996 (withheld document titled NDMA)
- TEVA-MDL2875-00171808 (withheld document titled NDMA - FOLLOW UP TO MAY 11 MTG)
- TEVA-MDL2875-00120882 (withheld document titled NDMA results of Sartans_xlsx.pdf)
- TEVA-MDL2875-00040012 (withheld document titled NDMA Risk Assessment ME PTG.pdf)
- TEVA-MDL2875-00209262 (withheld document titled NDMA statement-TMS.pdf)
- TEVA-MDL2875-00110649 (withheld document titled Nitrosamine Questionnaire-Teva-Filled Questionnaire.pdf)
- TEVA-MDL2875-00074834 (withheld document titled Nitrosamines Steering Committee 13Dec19.doc)
- TEVA-MDL2875-00099046 (withheld document titled Nitrosamines Update -Jan 13 2020.pptx)
- TEVA-MDL2875-00163106 (withheld document titled Nitrosamines_Questionnaire_2019-11-18_Actavis.pdf)
- TEVA-MDL2875-00443291 (withheld document titled Risk Assessment_Valsartan_NDMA_NDEA.PDF)
- TEVA-MDL2875-00441836 (withheld document titled Risk from NDMA remains low, a related substance NDEA also being investigated.pdf)
- TEVA-MDL2875-00414483 (withheld document titled Toxicological Assessment for N-Nitrosodiethylamine (NDEA) in Valsartan 14Nov2018.pdf)
- TEVA-MDL2875-00414481 (withheld document titled valsaratan_NDEA Evaluation-28112018.pdf)

### *Documents about Valsartan*

- TEVA-MDL2875-00081768 (withheld document titled 02095_AmlodValsHCTZ_PiPPI_E7_15FPL.pdf)
- TEVA-MDL2875-00077404 (withheld document titled 02095_AmlodValsHCTZ_PiPPI_E7_15FPL.pdf)
- TEVA-MDL2875-00081769 (withheld document titled 02096_AmlodValsHCTZ_3PPI_D7_15FPL.pdf)
- TEVA-MDL2875-00103797 (withheld document titled 02 VALSARTAN STATMENT (ID-2895)-TIG.pdf)
- TEVA-MDL2875-00435185 (withheld document 066-CM-Valsartan hydrochlorotthiazide rev B - Controlled Copy.pdf)
- TEVA-MDL2875-00324536 (withheld document titled 081718- Teva Valsartan HCTZ Tablets - Wholesaler and Retailer Recall Notices.pdf)
- TEVA-MDL2875-00164902 (withheld document titled 12534_AMV_Valsartan _GCMS_Protocol v1 -new..pdf)
- TEVA-MDL2875-00170802 (withheld document titled 174k0034-VALSARTAN-7611002016-41E255700.pdf)
- TEVA-MDL2875-00133709 (withheld document titled 2012-11 205210-1 ValsartanTabs,USP 40mg30s(LBL)VendorProof.pdf)
- TEVA-MDL2875-00133710 (withheld document titled 2012-11 205215-1 ValsartanTabs,USP 80mg1000s(LBL)VendorProof.pdf)
- TEVA-MDL2875-00156216 (withheld document titled 2012-12 208800 ValsartanTablets(PI)VendorProof.pdf
- TEVA-MDL2875-00156215 (withheld document titled 2012-12 208801 ValsartanTablets(PatientInfo)VendorProof.pdf)

- TEVA-MDL2875-00399515 (withheld document titled 2017-05 Audit Report Request Valsartan.pdf)
- TEVA-MDL2875-00044997 (withheld document titled Vlasartan_Mylan_06.11.xlsx)
- TEVA-MDL2875-00138976 (withheld document titled VLN batches to Teva.pdf)
- TEVA-MDL2875-00135690 (withheld document titled Valsartan-VST Vs VAA-comparison.doc)
- TEVA-MDL2875-00441743 (withheld document titled VALSARTAN, ZHEJIANG HUAHAI PHARM.China, 01D_C5523-16-084  0969-08.06.2016.pdf)
- TEVA-MDL2875-00290906 (withheld document titled Valsartan Update.pptx)
- TEVA-MDL2875-00350872 (withheld document titled Valsartan Update Meeting)
- TEVA-MDL2875-00441713 (withheld document titled VALSARTAN TIN FREE  ZHEJIANG HUAHAI PHARM.China  01D_C5523-17-182   1311  21.07.2017.pdf)
- TEVA-MDL2875-00183847 (withheld document titled Valsartan Timeline 10-23-12.pdf)
- TEVA-MDL2875-00101250  (withheld document titled Valsartan return to Huahai – Instructions)
- TEVA-MDL2875-00141673 (withheld document titled Valsartan Assessment report.pdf)
- TEVA-MDL2875-00461505 (withheld document titled Valsartan - HUAHAI 31-12-2018 - Q4_18-2-2019_FINAL02.xlsx)
- TEVA-MDL2875-00140418 (withheld document titled Valsartan - Huahai.pdf)
- TEVA-MDL2875-00430890 (withheld document titled Valsartan - custumers notification- Azid process Jan2010.pdf)

### *Documents about of Teva's Valsartan API Suppliers*

- TEVA-MDL2875-00137878 (withheld document titled "#177267_Mylan Labs Ltd., Unit-VIII_12th Nov 2018_Audit Agenda.pdf")
- TEVA-MDL2875-00446731 (withheld document titled 186960 - Zhejiang Huahai_QTA-16 (Snezhana).pdf)
- TEVA-MDL2875-00268426 (withheld document titled 2012-07-16 Matrix name change to Mylan.pdf)
- TEVA-MDL2875-00112814 (withheld document titled 2018 -TSA-009 Site Risk Assessment Protocol - Zhejiang Hauhai Pharmaceutical.pdf)
- TEVA-MDL2875-00407196 (withheld document titled 2018-GQ-019-1_Zhejiang Huahai Pharmaceutical Co. Ltd _Risk Assessment Pr....pdf)
- TEVA-MDL2875-00247578 (withheld document titled 2018-GQ-019_Zhejiang Huahai Pharmaceutical Co. Ltd _Risk Assessment Prot....pdf)
- TEVA-MDL2875-00367996 (withheld document titled 2018-GQ-019_Zhejiang Huahai Pharmaceutical Co. Ltd _Risk Assessment Protocol_.pdf)
- TEVA-MDL2875-00367997 (withheld document titled 2018-GQ-019_Zhejiang Huahai Pharmaceutical Co. Ltd _Risk Assessment Protocol_.xls)
- TEVA-MDL2875-00407194 (withheld document titled 2018-GQ-019_Zhejiang Huahai Pharmaceutical Co. Ltd _Risk Assessment Protocol_CH.pdf)
- TEVA-MDL2875-00233488 (withheld document titled 2018-GQ-032_Zhejiang Huahai Pharmaceutical Co. Ltd-Chuannan _Risk Assessment Protocol_.pdf)
- TEVA-MDL2875-00442024 (withheld document titled 2018-GQ-032_Zhejiang Huahai Pharmaceutical Co. Ltd-Chuannan _Risk Assessment Protocol_.pdf)
- TEVA-MDL2875-00410075 (withheld document titled 2018-GQ-034_Mylan - Andhra Pradesh _Risk Assessment Protocol_.pdf)
- TEVA-MDL2875-00414575 (withheld document titled 2018-GQ-034_Mylan - Andhra Pradesh _Risk Assessment Protocol_.xls)
- TEVA-MDL2875-00279425 (withheld document titled 2018-GQ-034_Mylan - Andhra Pradesh _Risk Assessment Protocol_signed.pdf)
- TEVA-MDL2875-00063200 (withheld document titled 2019-GQ-033_ Zhejiang Huahai Pharmaceutical Co Ltd ( Xunqiao site)- Assessment Protocol.pdf)
- TEVA-MDL2875-00415620 (withheld document titled 2019-GQ-033_ Zhejiang Huahai Pharmaceutical Co Ltd ( Xunqiao site)- Assessment Protocol_.xls)

- TEVA-MDL2875-00398511 (withheld document titled Not acceptable suppliers - by Global QA (reviewed Igor 23.02.2015).xls)
- TEVA-MDL2875-00414647 (withheld document titled Note to File Mylan reaudit scheduled for July 1st 2019.docx)
- TEVA-MDL2875-00112717 (withheld document titled Zhejiang Huahai Pharmaceutical Co. Ltd-Chuannan _Risk Assess.pdf)
- TEVA-MDL2875-00084964 (withheld document titled Zhejiang Huahai Chuannan China Request for Enhanced Supervision - Actavis Group PTC ehf.)
- TEVA-MDL2875-00148917 (withheld document titled Zhejiang Huahai Pharmaceutical Co. Ltd., Linhai, China 8.3.18 483_FDA inspection.pdf**)**
- TEVA-MDL2875-00442002 (withheld document titled Zhejiang Huahai - NC letter with terms and conditions (Actavis).pdf)
- TEVA-MDL2875-00274899 (withheld document titled Zhejiang Huahai - NC letter with terms and conditions (Teva).pdf)

***Documents about inspections of Teva's Finished Dose Facilities where Valsartan was manufactured and/or tested:***
- TEVA-MDL2875-00446478 (withheld document titled 2012 Hal Far (Arrow) Malta FDA 483.pdf)
- TEVA-MDL2875-00446481 (withheld document titled 2010 Jerusalem OSD FDA 483 Response .pdf)
- TEVA-MDL2875-00446472 (withheld document titled 2011 Jerusalem FDA WL.pdf)
- TEVA-MDL2875-00171525 (withheld document titled 2015 Jerusalem OSD FDA 483 Response.pdf)
- TEVA-MDL2875-00400827 (withheld document titled 2015 Jerusalem OSD FDA 483 Response.pdf)
- TEVA-MDL2875-00171526 (withheld document titled 2015 Jerusalem OSD FDA 483.pdf)

The above-list is merely demonstrative and in no way meant to be exhaustive of all improperly withheld documents.  Given the sheer volume of the universe of documents withheld as "Other Product(s)" (essentially 1 out of every 5 documents produced), Plaintiffs cannot (and should not) be required to go through and challenge each and every one of the 34,259 documents.

As such, Plaintiffs as Teva to re-produce these 34,259 documents marked as "Withheld – Other Product(s)" in full, and to do so immediately.

Plaintiffs are available to meet and confer with Teva prior to next week's Case Management Conference, such that the Parties can raise any outstanding issues regarding Teva's improper relevance review with the Court.

Best,

Layne


Layne Hilton
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA  70130
(504) 524-5777 voice
(504) 524-5763  fax
www.kanner-law.com

_____
THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED
 RECIPIENT(S) AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED
 INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT,
 PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY
 ALL COPIES OF THE ORIGINAL MESSAGE. _____

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more <u>Click Here</u>.

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.