# EXHIBIT E

**From:** Priselac, Jessica
**Sent:** Friday, December 4, 2020 4:50 PM
**To:** 'Christopher Geddis' <CGeddis@mazieslater.com>
**Cc:** Valsartan PEC <valpec@kirtlandpackard.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>
**Subject:** RE: Valsartan - API Manufacturer and Finished Dose Manufacturer Defendants' Deficient Insurance Disclosures

Chris,

ZHP (and the other Manufacturer Defendants) are not required to produce indemnification agreements with any entity other than "an insurance business" as part of their insurance disclosures. As your November 17, 2020 letter acknowledges, Fed. R. Civ. P. 26(a)(1)(A)(iv) requires the production of "any insurance agreement under which ***an insurance business*** may be liable . . . to indemnify or reimburse for payments made to satisfy the judgment." Further, as your letter acknowledges, the Court's orders on this issue expressly incorporate Rule 26. *See* ECF 98; ECF 120.

We are checking as to whether there are any updates to our prior disclosures. To the extent there are any updates, they will be limited to the disclosures that are required under Rule 26 and the Court's prior order.

Best regards,

Jessica

**Jessica Priselac**
Attorney at Law

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
**P:** +1 215 979 1159
**F:** +1 215 827 5486
**C:** +1 650 224 9097

JPriselac@duanemorris.com
www.duanemorris.com

**From:** Christopher Geddis <CGeddis@mazieslater.com>
**Sent:** Thursday, December 3, 2020 8:14 PM
**To:** Priselac, Jessica <JPriselac@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>
**Cc:** Valsartan PEC <valpec@kirtlandpackard.com>
**Subject:** RE: Valsartan - API Manufacturer and Finished Dose Manufacturer Defendants' Deficient Insurance Disclosures

Jessica,

The ZHP entities have not produced any indemnification agreements relevant to this litigation. Per Plaintiffs' November 17, 2020 letter, please advise when the ZHP entities will produce these agreements.

Best,
Chris

**From:** Priselac, Jessica <JPriselac@duanemorris.com>
**Sent:** Wednesday, December 2, 2020 10:16 AM
**To:** Christopher Geddis <CGeddis@mazieslater.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>
**Cc:** Valsartan PEC <valpec@kirtlandpackard.com>
**Subject:** RE: Valsartan - API Manufacturer and Finished Dose Manufacturer Defendants' Deficient Insurance Disclosures

Chris,

We have asked the other manufacturer defendants to respond directly to you. For the ZHP entities, can you please tell us what, if any, deficiencies you have identified?

Thank you,

Jessica

**Jessica Priselac**
Attorney at Law

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
**P:** +1 215 979 1159
**F:** +1 215 827 5486
**C**: +1 650 224 9097

JPriselac@duanemorris.com
www.duanemorris.com

**From:** Christopher Geddis <CGeddis@mazieslater.com>
**Sent:** Tuesday, December 1, 2020 12:26 PM
**To:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>
**Cc:** Priselac, Jessica <JPriselac@duanemorris.com>; Valsartan PEC <valpec@kirtlandpackard.com>
**Subject:** RE: Valsartan - API Manufacturer and Finished Dose Manufacturer Defendants' Deficient Insurance Disclosures

Counsel,

We have not heard from you regarding Plaintiffs' November 17, 2020 letter. As a result, we will place API Manufacturer and Finished Dose Manufacturer Defendants' deficient insurance disclosures on the agenda for next week's Status Conference. Please let us know if you like to discuss this issue before then.

Best,
Chris

2

**From:** Christopher Geddis
**Sent:** Tuesday, November 17, 2020 12:28 PM
**To:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>
**Cc:** Priselac, Jessica <JPriselac@duanemorris.com>; Valsartan PEC <valpec@kirtlandpackard.com>
**Subject:** Valsartan - API Manufacturer and Finished Dose Manufacturer Defendants' Deficient Insurance Disclosures

Counsel,

Please see attached for Plaintiffs' letter regarding API Manufacturer and Finished Dose Manufacturer Defendants' deficient insurance disclosures.

Best,
Chris

Christopher J. Geddis
Associate Attorney
**Mazie Slater Katz & Freeman, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898
cgeddis@mazieslater.com
www.mazieslater.com



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Mazie Slater Katz & Freeman, LLC (Tel: 973-228-9898) immediately and delete this message, along with any attachments, from your computer. Thank you.

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.