**SAUL EWING ARNSTEIN & LEHR LLP**
*A Delaware LLP*
Anna María Tejada, Esq.
Bar No. 3226-1999
1037 Raymond Blvd., Suite 1520
Newark, New Jersey 07102
Phone:  (973) 286-6727
annamaria.tejada@saul.com
*Attorneys for Defendant*
*Prime Therapeutics LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:  VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION : PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 19-2875 (RBK/JS) |
| WALTER L. SHUMPERT, JR., MALINDA SHUMPERT<br><br>Plaintiffs,<br><br>vs.<br><br>PRIME THERAPEUTICS LLC, et al<br><br>Defendant. | CIVIL NO.: 20-15805 (RBK/JS)<br><br><br>**NOTICE OF APPEARANCE FOR ANNA MARIA TEJADA** |

**NOTICE OF APPEARANCE**

Kindly enter my appearance on behalf of Defendant Prime Therapeutics LLC, in connection with the above-referenced matter.  Kindly enter my appearance on behalf of Defendant Prime Therapeutics LLC, in connection with the above-referenced matter.  By entering this appearance, Prime Therapeutics LLC preserves all defenses, including but not

limited to service and personal jurisdiction, in any individual case in which Prime Therapeutics LLC is named that is currently pending in this MDL or that may subsequently be transferred to or consolidated with MDL 2875.

          **SAUL EWING ARNSTEIN & LEHR LLP**

          */s/ Anna María Tejada*
          Anna María Tejada, Esq.
          1037 Raymond Blvd.
          Suite 1520
          Newark, New Jersey 07102
          Phone:  (973) 286-6727
          Email:  annamaria.tejada@saul.com
          *Attorneys for Defendant*
          *Prime Therapeutics LLC*

Dated: December 9, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December, 2020, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

<i>/s/ Anna Maria Tejada</i><br>
Anna Maria Tejada