# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                      **DATE:** December 9, 2020

**HON. JOEL SCHNEIDER, U.S.M.J.**

**COURT REPORTER:** Karen Friedlander

**TITLE OF CASE:**                                      **DOCKET NO.  19-md-2875 (RBK-JS)**
IN RE: VALSARTAN, LOSARTAN AND
IRBESARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Rubin Honik, Esq. | Victoria Lockhard, Esq. |
| David Stanoch, Esq. | Lori Cohen, Esq. |
| Daniel Nigh, Esq. | Steve Harkins, Esq. |
| Conlee Whiteley, Esq. | Sarah Johnston, Esq. |
| Layne Hilton, Esq. | Kristen Richter, Esq. |
| Marlene Goldenberg, Esq. | Jeffrey Geoppinger, Esq. |
| | Clem Trichler, Esq. |
| | Alexia Brancato, Esq. |
| | Brittney Nagle, Esq. |
| | Nakul Shah, Esq. |
| | Jessica Heinz, Esq. |

**NATURE OF PROCEEDINGS:**   Telephone Status Conference
Telephone Status Conference held on the record.
Order to be entered.

                                                        s/Sarah Eckert
                                                        **DEPUTY CLERK**

**TIME COMMENCED:** 4:00 p.m.
**TIME ADJOURNED:** 6:00 p.m.
**TOTAL TIME:**  4 hours 30 minutes