NOT FOR PUBLICATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

_____ :
                                        :
In RE: Valsartan, Losartan, and         :   MDL 2875 (RBK/JS)
   Irbesartan Products Liability Litigation :
                                        :   **ORDER**
                                        :
_____ :

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court on the motion of Mr. Carlos Ortiz to withdraw as counsel of record in this matter ["the motion"] for defendant McKesson Corporation; and

**THE COURT,** having reviewed the motion and supporting declaration,

**GRANTS the motion** and

**ORDERS** the Clerk of the Court remove Mr. Carlos Ortiz as counsel of record in this matter for defendant McKesson Corporation.


Dated:  10 December  2020                    s/ Robert B. Kugler
                                             ROBERT B. KUGLER
                                             United States District Judge