IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | CIVIL NO. 19-2875 (RBK/JS) |
| *This Document relates to*: | |
| | Honorable Robert B. Kugler |
| | District Court Judge |
| BRINDA PETERS, | Honorable Joe Schneider |
| | Magistrate Judge |
| vs. | |
| | NOTICE OF DISMISSAL |
| JOHN DOE, et al | |
| | Civil Action No.: 1:20-cv-08854 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Brinda Peters, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of his voluntary dismissal of all claims asserted against ALL DEFENDANTS without prejudice, in the above-entitled matter.

Specifically, Rule 41 (a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its claims without prejudice and without a Court Order by notice at any time prior to the Defendants filing an Answer or moving for summary judgment. As of the filing of this Notice, no Defendant has filed an Answer in this action. In light thereof, Plaintiff asserts that voluntary dismissal by notice alone is appropriate under Rule 41 (a)(1)(A)(i).

DATE:  December 10, 2020        By: *Justin Parafinzuk*
_____
Justin Parafinczuk, Esquire.
Parafinczuk, Wolf, Susen
110 E. Broward Boulevard, #1630
Ft. Lauderdale, FL 33301
T: 954-462-6700
jparafinczuk@pwslawfirm.com