**SAUL EWING ARNSTEIN & LEHR LLP**
*A Delaware LLP*
David S. Waxman
Illinois Bar No. 619-1045
161 North Clark Street, Suite 4200
Chicago, IL 60601
Phone: (312) 876-7867
David.Waxman@saul.com
*Attorneys for Defendant Prime Therapeutics LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION : PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 19-2875 (RBK/JS) |
| WALTER L. SHUMPERT, JR., MALINDA SHUMPERT<br><br>Plaintiffs,<br><br>vs.<br><br>PRIME THERAPEUTICS LLC, et al<br><br>Defendant. | CIVIL NO.: 20-15805 (RBK/JS)<br><br><br>NOTICE OF APPEARANCE FOR DAVID S. WAXMAN |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant Prime Therapeutics LLC, in connection with the above-referenced matter and respectfully request to be added to the CM/ECF system list in this matter at the following email address: david.waxman@saul.com. By entering this appearance, Prime Therapeutics LLC preserves all defenses, including but not limited to

service and personal jurisdiction, in any individual case in which Prime Therapeutics LLC is named that is currently pending in this MDL or that may subsequently be transferred to or consolidated with MDL 2875.

                    **SAUL EWING ARNSTEIN & LEHR LLP**

                */s/ David S. Waxman*
                  David S. Waxman
                  161 North Clark Street
                  Suite 4200
                  Chicago, IL 60601
                  Phone: (312) 876-7867
                  David.Waxman@saul.com
                  *Attorneys for Defendant*
                  *Prime Therapeutics LLC*

Dated: December 9, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December, 2020, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

*/s/ David S. Waxman*
David S. Waxman
