IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | CIVIL NO. 19-2875 (RBK/JS) |
| | Honorable Robert B. Kugler |
| *This Document relates to*: | District Court Judge |
| GEORGE DOSS, | Honorable Joe Schneider |
| | Magistrate Judge |
| vs. | |
| | NOTICE OF DISMISSAL |
| HETERO DRUGS, LTD., et al. | |
| | Civil Action No.: 1:19-cv-17654 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, GEORGE DOSS, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of his voluntary dismissal of all claims asserted against Aurobindo Pharma, LTD., Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC, without prejudice, in the above-entitled matter.

Specifically, Rule 41 (a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its claims without prejudice and without a Court Order by notice at any time prior to the Defendants filing an Answer or moving for summary judgment. As of the filing of this Notice, no Defendant has filed an Answer in this action. In light thereof, Plaintiff asserts that voluntary dismissal by notice alone is appropriate under Rule 41 (a)(1)(A)(i).

DATE:                                                By: _____
                                                     Joseph D. Lane
                                                     The Cochran Firm
                                                     111 E. Main Street

Dothan, AL 36301  
334-673-1555  
334-699-7229  
jlane@cochranfirm.com