**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

CIPRIANI & WERNER, P.C.

By: _/s/ Jessica Heinz_

Jessica M. Heinz, Esq.
jheinz@c-wlaw.com
450 Sentry Parkway, Ste. 200
Blue Bell, PA  19422
Tel:  (610) 567-0700
Fax: (610) 567-0712