IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, and IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

### ORDER

The Court having raised this matter <u>sua sponte</u>; and the Court noting that for a lengthy time defendants have had notice of plaintiffs' proposed depositions topics; and the Court further noting that on December 4, 2020, it approved plaintiffs' Fed.R.Civ.P.30(b)(6) deposition topics [Doc. No. 651]; and the Court further noting the parties have been on notice for a lengthy time of the Court Ordered date to start plaintiffs' depositions; and the Court further noting it is becoming increasingly frustrated at the slow pace of deposition scheduling; and the Court further noting it intends to "move things along"; and accordingly,

IT IS HEREBY ORDERED this 11th day of December 2020, that to the extent not already done, by no later than December 22, 2020, defendants shall identify the witness(es) who will appear in response to plaintiffs' Rule 30(b)(6) deposition notices, the topics they will address, and the locations and dates when they are available to be deposed; and it is further

ORDERED that by no later than January 11, 2021, plaintiffs shall confirm the agreed upon dates and locations of their Rule 30(b)(6) depositions, as well as the identity of the attorney taking the depositions; and it is further

ORDERED the Court will Order the agreed upon dates and locations of plaintiffs' Rule 30(b)(6) depositions during the scheduled January 13, 2021 conference.  If the parties do not agree on dates the Court will set the dates; and it is further

ORDERED that if there are difficulties confirming dates of plaintiffs' depositions the Court shall be promptly notified.  If necessary and if requested by any party, the Court will Order the dates of plaintiffs' depositions.

s/ Joel Schneider  
JOEL SCHNEIDER  
United States Magistrate Judge