UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ROBERT B. KUGLER  
UNITED STATES DISTRICT JUDGE

MITCHELL H. COHEN U.S. COURTHOUSE  
1 John F. Gerry Plaza – Room 6040  
Camden, NJ  08101  
856-757-5019

December 11, 2020

TO: ALL COUNSEL

Re: IN RE: VALSARTAN, LOSARTAN & IRBESARTAN PRODUCTS LIABILITY LITIGATION
Civil No. MDL 19-2875(RBK-JS)

Dear Counsel:

The court will appoint Hon. Thomas I. Vanaskie (ret.) as the Special Master for Discovery. As you probably know, Judge Vanaskie retired from the United States Court of Appeals for the Third Circuit and served before that as Chief Judge of the United States District Court for The Middle District of Pennsylvania.  Currently he works with the law firm of Stevens and Lee based in Philadelphia, Pennsylvania.

In that regard, the law firm has represented Teva Pharmaceutical and Aurobinda Pharma, but not in this litigation and not in any products liability litigation.

The firm is creating a "Chinese Wall" between Judge Vanaskie and the lawyers who have represented those parties so there will be no communication about this case or the prior representation of those parties.

As we discussed previously, you have seven (7) calendar days to file any objections you may have under 18 U.S.C. §455 or The Code of Judicial Conduct.

Thank you.

Very truly yours,

*s/Robert B. Kugler*
ROBERT B. KUGLER
United States District Judge

RBK:mg