IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| In re: Valsartan Products Liability Litigation<br><br>1:19-md-02875-RBK-JS | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |
| This document relates to:<br>Jan Roberts, as personal representative and spouse of Gaston J. Roberts, Jr., Deceased | |

## FIRST AMENDED
## SHORT FORM COMPLAINT

Plaintiff(s) file(s) this *Short Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference the allegations contained in *Plaintiffs' Master Long Form Complaint and Jury Demand in In re: Valsartan Products Liability Litigation*, MDL 2875 in the United States District Court for the District of New Jersey, Camden Vicinage. Plaintiff(s) file this Short Form Complaint as permitted by Case Management Order Nos. 3, 9, and 13 of this Court.

In addition to those causes of action contained in *Plaintiffs' Master Long Form Complaint and Jury Demand*, where certain claims require specific pleadings and/or amendments, Plaintiff(s) shall add and include them herein.

## IDENTIFICATION OF PARTIES

I.  IDENTIFICATION OF PLAINTIFF(S)

  1. Name of individual who alleges injury due to use of a valsartan-containing drug: Gaston J. Roberts, Jr.

2. This claim is being brought on behalf of

☐ Myself
☒ Someone else

    a. If I checked, "someone else", this claim is being brought on behalf of: Gaston J. Roberts, Jr.

    b. My relationship to the person in 2(a) is: Spouse/Personal Representative

3. Consortium Claim(s): The following individual(s) allege damages for loss of consortium: Jan Roberts

4. County and state of residence of Plaintiff or place of death of Decedent: _____

   Baldwin County, Bay Minette, AL

5. If a survival and/or wrongful death claim is asserted:

   a. Name of the individual(s) bringing the claims on behalf of the decedent's estate, and status (i.e., personal representative, administrator, next of kin, successor in interest, etc.): _____
   N/A

II. IDENTIFICATION OF DEFENDANTS

1. Plaintiff(s) bring claims against the following Defendants:

   (*Defendants with asterisks next to their names have been dismissed pursuant to a dismissal and tolling stipulation entered by the Parties. By checking the box next to any asterisked Defendant(s), Plaintiff thereby represents that he or she would have brought an action against said Defendant(s) but for the dismissal and tolling stipulation.)

       i. *API Manufacturers*

|   | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | API Manufacturer | Aurobindo Pharma, Ltd. | Foreign |
| ☐ | API Manufacturer Parent Corporation | Hetero Drugs, Ltd. | Foreign |
| ☐ | API Manufacturer | Hetero Labs, Ltd. | Foreign |
| ☐ | API Manufacturer | Mylan Laboratories Ltd. | Foreign |
| ☐ | API Manufacturer Parent Corporation | Mylan N.V. | Foreign |
| ☒ | API Manufacturer | Zhejiang Huahai Pharmaceutical Co., Ltd. | Foreign |

| | | | |
|---|---|---|---|
| ☒ | API Manufacturer | John Doe | N/A |

### ii. Finished Dose Manufacturers

| | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | Finished Dose Manufacturer | Arrow Pharm (Malta) Ltd. | Foreign |
| ☐ | Finished Dose Manufacturer | Aurolife Pharma, LLC | NJ |
| ☐ | Finished Dose Manufacturer | Hetero Labs, Ltd. | Foreign |
| ☐ | Finished Dose Manufacturer | Mylan Pharmaceuticals Inc. | WV |
| ☐ | Finished Dose Manufacturer | Teva Pharmaceutical Industries Ltd. | Foreign |
| ☐ | Finished Dose Manufacturer | Torrent Pharmaceuticals, Ltd. | Foreign |
| ☒ | Finished Dose Manufacturer | Zhejiang Huahai Pharmaceutical Co., Ltd. | Foreign |
| ☒ | Finished Dose Manufacturer | John Doe | N/A |

### iii. Repackagers, Labelers, and Distributors

| | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | Labeler/ Distributor | Aceteris, LLC | NJ |
| ☐ | Finished Dose Distributor | Actavis LLC | NJ |
| ☐ | Finished Dose Distributor | Actavis Pharma, Inc. | NJ |
| ☐ | Repackager | A-S Medication Solutions, LLC | NE |
| ☐ | Finished Product Distributor | Aurobindo Pharma USA, Inc. | NJ |
| ☐ | Repackager | AvKARE, Inc. | TN |
| ☐ | Repackager | Bryant Ranch Prepack, Inc. | PA |
| ☐ | Labeler/Distributor | Camber Pharmaceuticals, Inc. | NJ |
| ☐ | Parent Company for The Harvard Drug Group, L.L.C. d/b/a Major Pharmaceuticals | Cardinal Health, Inc. | OH |
| ☐ | Repackager | The Harvard Drug Group, LLC d/b/a Major Pharmaceuticals | MI |

| | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | Repackager | H J Harkins Co., Inc. | CA |
| ☐ | API Distributor | Huahai U.S. Inc. | NJ |
| ☐ | Repackager | Northwind Pharmaceuticals | IN |
| ☐ | Repackager | NuCare Pharmaceuticals, Inc. | CA |
| ☐ | Repackager | Preferred Pharmaceuticals, Inc. | CA |
| ☐ | Repackager | RemedyRepack, Inc. | PA |
| ☒ | Finished Dose Distributor | Solco Healthcare U.S., LLC | NJ |
| ☐ | Finished Dose Distributor | Teva Pharmaceuticals USA, Inc. | PA |
| ☐ | Finished Dose Distributor | Torrent Pharma, Inc. | NJ |
| ☒ | Labeler/Distributor/Repackager | John Doe | N/A |

### iv. Wholesaler Defendants

| | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | Wholesaler | AmerisourceBergen Corporation | PA |
| ☐ | Wholesaler | Cardinal Health, Inc. | OH |
| ☐ | Wholesaler | McKesson Corporation | TX |
| ☒ | Wholesaler | John Doe | N/A |

### v. Pharmacies

| | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | Pharmacy | Albertsons Companies, LLC | ID |
| ☐ | Parent Corporation for Express Scripts, Inc. and Express Scripts Holding Co. | Cigna Corporation | CT |
| ☐ | Pharmacy | CVS Health | RI |
| ☐ | Parent Corporation for Express Scripts, Inc. | Express Scripts Holding Company | MO |
| ☐ | Pharmacy | Express Scripts, Inc. | MO |
| ☐ | Parent Corporation for Humana Pharmacy, Inc. | Humana Inc. | KY |
| ☐ | Pharmacy | Humana Pharmacy, Inc. | KY |
| ☐ | Pharmacy | The Kroger Co. | OH |

| | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | Pharmacy | OptumRx | CA |
| ☐ | Parent Corporation for OptumRx | Optum, Inc. | MN |
| ☐ | Pharmacy | Rite Aid Corp. | PA |
| ☐ | Parent Corporation for OptumRx and Optum, Inc. | UnitedHealth Group | MN |
| ☐ | Pharmacy | Walgreens Boots Alliance | IL |
| ☐ | Pharmacy | Walmart Inc. | AR |
| ☒ | Pharmacy | John Doe | N/A |

### vi. *FDA Liaisons*

| | Defendant Role | Defendant Name | HQ States |
|---|---|---|---|
| ☐ | FDA Liaison | Hetero USA, Inc. | NJ |
| ☒ | FDA Liaison | Prinston Pharmaceutical Inc. | NJ |
| ☒ | FDA Liaison | John Doe | N/A |

### III. JURISDICTION AND VENUE

7. Jurisdiction is based on:

   ☒ Diversity of Citizenship
   ☐ Other as set forth below: _____

8. Venue: District and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint, absent the Direct Filing Order entered by this Court: <u>U. S. District Court, SOUTHERN DISTRICT OF ALABAMA</u>

### IV. PLAINTIFF'S INJURIES

9. Injuries: Plaintiff was diagnosed with the following type of cancer:

| | | | |
|---|---|---|---|
| ☒ | Liver | ☐ | Kidney |
| ☐ | Stomach | ☐ | Colorectal |

| ☐ | Pancreatic | ☐ | Esophageal |
|---|---|---|---|
| ☐ | Small Intestine | ☐ | Other: |

## CAUSES OF ACTION

10. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *Master Long Form Complaint and Jury Demand* as if fully set forth herein.

11. The following claims and allegations asserted in the *Master Long Form Complaint and Jury Demand* are herein adopted by Plaintiff(s):

    ☒ Count I:        Strict Liability – Manufacturing Defect
    ☒ Count II        Strict Liability – Failure to Warn
    ☒ Count III:      Strict Liability – Design Defect
    ☒ Count IV:       Negligence
    ☒ Count V:        Negligence Per Se
    ☒ Count VI:       Breach of Express Warranty
    ☒ Count VII:      Breach of Implied Warranty
    ☒ Count VIII:     Fraud
    ☒ Count IX:       Negligent Misrepresentation
    ☒ Count X:        Breach of Consumer Protection Statutes of the state(s) of: __Alabama__
    ☒ Count XI:       Wrongful Death
    ☒ Count XII:      Survival Action
    ☒ Count XIII:     Loss of Consortium
    ☒ Count XIV:      Punitive Damages
    ☐                 Other State Law Causes of Action as Follows:
    _____
    _____
    _____
    _____

12. Fraud Count: Plaintiff adopts, incorporates and relies upon the allegations made in the Master Complaint. Any additional Plaintiff-specific allegations as to the Fraud Count must be set forth here: _____
    _____
    _____
    _____

13. Express Warranty Count: Plaintiff adopts, incorporates, and relies upon the allegations made in the Master Complaint. Any additional Plaintiff-specific allegations as to the Express Warranty Count must be set forth here: _____

_____

_____

14. Plaintiff(s) further bring claims against the following additional Defendants who are not listed above, and such claims are based upon the following grounds:

   Grounds: Defendant, North Baldwin Family Pharmacy sold adulterated and/or misbranded VCDs to Plaintiff. All other allegations in the Personal Injury Master Complaint are incorporated herein.

   North Baldwin Family Pharmacy, 2012 Hand Avenue, Bay Minette, AL 36507

**WHEREFORE,** Plaintiff(s) pray(s) for relief and demand(s) a trial by jury as set forth in the Plaintiffs' Master Long Form Complaint in MDL 2875 in the United States District Court for the District of New Jersey.

Dated: 12/15/2020

/s/ Don McKenna
Don McKenna
Hare, Wynn, Newell & Newton
2025 3rd Avenue N., Suite 800
Birmingham, AL 35203
205-328-5330 Phone
205-324-2165 Fax