# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler<br>Hon. Joel Schneider |

## ORDER

Before the Court is Plaintiffs' Motion for Leave to Amend certain underlying economic loss class action complaints as well a motion to amend the Master Complaint to file a Third Amended Economic Loss Master Complaint. Having reviewed the pleadings, and for good cause shown, it is hereby ORDERED that Plaintiffs' Motion is GRANTED. The Clerk of the Court is directed to file each of the five (5) attached proposed amended underlying complaints on the respective docket for that case, as well as to file the Third Amended Economic Loss Master Complaint on the main MDL docket in this matter.

DONE this ___ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE