# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No.: 19-02875 (RBK/JS) |

## NOTICE OF APPEARANCE OF JUSTIN M. L. STERN

To the Clerk:

Please enter the appearance of Justin M. L. Stern on behalf of Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc., on this Court's MDL master docket.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: December 17, 2020

*s/ Justin M. L. Stern*
Justin M. L. Stern (Fla. Bar No. 1010139)
DUANE MORRIS LLP
1875 NW Corporate Boulevard, Suite 300
Boca Raton, FL 33431
Tel: (561) 962-2107
Fax: (305) 675-3868
Email: JMLStern@duanemorris.com

DM1\11638611.1

*Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on December 17, 2020, I electronically filed the foregoing Notice of Appearance of Justin M. L. Stern with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

_s/ Justin M. L. Stern_  
Justin M. L. Stern
