# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICARAGE

| | |
|---|---|
| In Re: Valsartan, Losartan, And Irbesartan Products Liability Litigation | MDL No. 2875<br>Honorable Robert B. Kugler, District Court Judge |
| This Document Relates To: | Judge Joel Schneider<br>Magistrate Judge |
| *Jan Roberts, Personal Representative Of Gaston Roberts, Deceased v. Zhejiang Hauhai Pharmaceutical, Co. LTD, et al*<br>Case No. 1:20-cv-00946-RBK-JS | |

## ORDER

This Court, having considered Plaintiff's Motion to File an Amended Pleading, is of the opinion that the Motion should be granted. It is therefore,

ORDERED that Plaintiff is granted leave to file Plaintiff's Amended Complaint.

SIGNED this ____ day of _____, 2020.

_____
Hon. Joel Schneider
Magistrate Judge