UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT B. KUGLER<br>UNITED STATES DISTRICT JUDGE | MITCHELL H. COHEN U.S. COURTHOUSE<br>1 John F. Gerry Plaza – Room 6040<br>Camden, NJ  08101<br>856-757-5019 |

December 18, 2020

TO:   ALL COUNSEL

Re:   IN RE:   VALSARTAN, LOSARTAN & IRBESARTAN PRODUCTS LIABILITY LITIGATION
           Civil No. MDL 19-2875(RBK-JS)

Dear Counsel:

The court appoints Hon. Gregory M. Sleet (retired) and Hon. Lawrence F. Stengel (retired) as Special Masters for Settlement in this case.

Judge Sleet served as Chief Judge of the United States District Court for the District of Delaware and is currently with JAMS in Philadelphia.   Judge Stengel served as Chief Judge of the United States District Court for the Eastern District of Pennsylvania and is currently with Saxton & Stump in Lancaster, PA.   Neither Judge knows of any conflicts.

As before, counsel have seven (7) days to raise any objections pursuant to the Code of Judicial Conduct or 18 U.S.C. §455.

Thank you.

                                                  Very truly yours,

                                                  s/Robert B. Kugler
                                                  ROBERT B. KUGLER
                                                  United States District Judge

RBK:mg