# Exhibit A

## ZHP Defendant Depositions

| No. | Witness | Party | 30(b)(6)? | Available Dates | Locale |
|---|---|---|---|---|---|
| 1. | John Iozzia | Huahai US | No | January 20-22 | U.S. |
| 2. | Lijie Wang | Prinston | Yes | January 26, 28, 29 | U.S. |
| 3. | Remonda Gergis | Prinston | No | February 2-4 | U.S. |
| 4. | Hai Wang | Solco | Yes | February 16,17,18 | U.S. |
| 5. | Jun Du | ZHP/ Prinston/ Huahai US | No | March 18-19 | U.S. |
| 6. | Jay (Jie) Wang | ZHP | Yes | March 4-5 | Hong Kong |
| 7. | Linda (Lihong) Lin | ZHP | Yes | March 2-3 | Hong Kong |
| 8. | Peng Dong | ZHP | Yes | March 30-31 | Hong Kong |
| 9. | Eric Gu | SynCores | Yes | March 9-10 | Hong Kong |
| 10. | Minli Zhang | ZHP | Yes | March 16-17 | Hong Kong |
| 11. | Qiangming Li | ZHP | Yes | March 24-25 | Hong Kong |
| 12. | Min Li | ZHP | Yes | March 31-April 1 | Hong Kong |
| 13. | Jucai Ge | ZHP | Yes | March 11-12 | Hong Kong |
| 14. | Xiaodi Guo | Prinston | No | To be determined | |