# Exhibit C

**Schwartz, Barbara**

| | |
|---|---|
| **From:** | Goldberg, Seth A. |
| **Sent:** | Saturday, October 24, 2020 8:12 AM |
| **To:** | Adam Slater; Layne Hilton |
| **Cc:** | Priselac, Jessica; Schwartz, Barbara; Hill, Coleen W.; Hajavi, Yalda |
| **Subject:** | ZHP Party Depositions |

Adam and Layne,

It was not clear to us who is taking the lead for you in talking about the ZHP party depositions, including the 30(b)(6) notice. Layne let us know when we spoke with her on Tuesday that she would be following up to schedule another call. During our discussion about the deposition protocol the 30(b)(6) notice came up, and I mentioned to Adam the possibility of discussing depositions on Monday at 1:00 or 3:00. However, our team is not available Monday. If you would like to propose a few times for the upcoming week, please do.

Seth



**Seth A. Goldberg**
Partner

Duane Morris LLP          P: +1 215 979 1175
30 South 17th Street       F: +1 215 689 2198
Philadelphia, PA 19103-4196   C: +1 267 632 1620

E-MAIL | BIO | VCARD

1