```
                UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY


_____        CIVIL ACTION NUMBER:

                                   19-md-02875-RBK-JS
IN RE:   VALSARTAN PRODUCTS
LIABILITY LITIGATION               TELEPHONIC STATUS and
                                   DISCOVERY CONFERENCE
                                   WITH RULINGS ON PLAINTIFFS'
_____        CUSTODIAN LISTS AND
                                   DOCUMENT REQUESTS


        Mitchell H. Cohen Building & U.S. Courthouse
        4th & Cooper Streets
        Camden, New Jersey  08101
        December 18, 2019
        Commencing at 11:07 a.m.


B E F O R E:           THE HONORABLE JOEL SCHNEIDER,
                       UNITED STATES MAGISTRATE JUDGE


A P P E A R A N C E S (via telephone):


        MAZIE SLATER KATZ & FREEMAN, LLC
        BY:  ADAM M. SLATER, ESQUIRE
        103 Eisenhower Parkway
        Roseland, New Jersey  07068
        For the Plaintiff


        GOLOMB & HONIK, P.C.
        BY:  RUBEN HONIK, ESQUIRE
             DAVID J. STANOCH, ESQUIRE
        1835 Market Street, Suite 2900
        Philadelphia, Pennsylvania  19103
        For the Plaintiff



            Carol Farrell, Official Court Reporter
                   cfarrell.crr@gmail.com
                        856-318-6100

   Proceedings recorded by mechanical stenography; transcript
          produced by computer-aided transcription.
```

1  interest.  There is tremendous public interest in this case.
2  It has enormous public health consequences -- whether a very
3  popular drug supplied in the United States was contaminated or
4  not.  Given the public interest and the health and welfare
5  implications, when it comes to evaluating the burden to the
6  defendant in the case, the Court has to take that into
7  consideration.  It's not just a simple matter of dollars and
8  cents, but on this particular issue, it really isn't a dollar
9  and cents issue as far as the Court's concerned.
10         The Court's main concern is, again, whether or not,
11  if we add this person to a pretty hefty custodian list, it's
12  likely or probable that we're going to find something that is
13  not otherwise going to be produced.  I don't think that's the
14  case.  I could be proven wrong in the future.  If there is
15  evidence in that regard, so be it.
16         But in terms of a custodian search for documents, the
17  Court sustains Mr. Goldberg's objections and will remove
18  Mr. Chen from the list, and will approve the list absent his
19  name.
20         I'll make it clear.  The Court is not ruling at this
21  time whether or not Mr. Chen is an appropriate deponent.
22  That's a completely different evaluation that the Court has to
23  consider at the relevant time.  If defendant wants to depose
24  Mr. Chen, we'll deal with the issue at that point.  But in no
25  way, shape, or form should the Court's ruling as to whether or

1  not Mr. Chen is an appropriate custodian be deemed as a ruling
2  as to whether or not he may be deposed in the case.
3          So that's the Court's ruling as to Mr. Chen.  I'm
4  going to approve Exhibit B with the removal of his name from
5  the list.
6          MR. SLATER:  Your Honor, we need to substitute
7  somebody for him.
8          THE COURT:  Do you have a name?
9          MR. SLATER:  I would need a couple hours or an hour
10 or two just so I can talk to somebody, to some people, and
11 just figure out who to substitute.
12         THE COURT:  Okay.  Could you e-mail me that name,
13 Mr. Slater, and I'll add it to Exhibit B, so I can enter this
14 order?
15         MR. SLATER:  Of course.
16         THE COURT:  Thank you.
17         All right.  Is the only issue left the issues
18 regarding the document requests?
19         MR. SLATER:  Your Honor --
20         MR. RUBENSTEIN:  Your Honor, very quickly, this is --
21 sorry.  This is Brian Rubenstein for the Teva defendants.
22         There is no objections with respect to Exhibit D, the
23 list of Teva custodians, but there were just a few names that
24 were misspelled, so we can submit a revised list with the
25 proper spellings of those few names.