IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | CIVIL NO. 19-2875 (RBK/JS) |
| | Honorable Robert B. Kugler |
| | District Court Judge |
| *This Document relates to*: | |
| | Honorable Joe Schneider |
| DONALD STEWART, | Magistrate Judge |
| vs. | NOTICE OF DISMISSAL |
| MYLAN LABORATORIES, Ltd., et al. | Civil Action No.: 1:19-cv-21475 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, DONALD STEWART, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of his voluntary dismissal of all claims asserted against Aurobindo Pharma, LTD., Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC, without prejudice, in the above-entitled matter.

Specifically, Rule 41 (a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its claims without prejudice and without a Court Order by notice at any time prior to the Defendants filing an Answer or moving for summary judgment. As of the filing of this Notice, no Defendant has filed an Answer in this action. In light thereof, Plaintiff asserts that voluntary dismissal by notice alone is appropriate under Rule 41 (a)(1)(A)(i).

DATE:   12/21/2020           By:   s/ Stefanie Colella-Walsh,
_____
Stephanie Colella-Walsh, Esq.
Stark & Stark, P.C.

4813-0642-0181, v. 1

993 Lenox Driver
Lawrenceville, NJ 08648
Telephone: (609) 895-7362
Facsimile: (609) 896-0629
sew@stark-stark.com
rpettiford@stark-stark.com

4813-0642-0181, v. 1