IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

IN RE VALSARTAN, LOSARTAN, AND
IRBESARTAN PRODUCTS LIABILITY
LITIGATION

:
:
:    MDL No. 2875 (RBK-JS)
:
:

This Document Relates To All Action

## AFFIDAVIT

Pursuant to Federal Rule of Civil Procedure 53(b)(3), I hereby declare under penalty

of perjury that there is no ground under 28 U.S.C. § 455 requiring my disqualification from

serving as Special Master in this matter.

_____
Thomas I. Vanaskie

Sworn to and subscribed before me
This 21st Day of December, 2020

_____ Kip A. Conforti

Commonwealth of Pennsylvania - Notary Seal
Kip A. Conforti, Notary Public
Lackawanna County
My commission expires August 7, 2024
Commission number 1221194
Member, Pennsylvania Association of Notaries