[Doc. No. 7]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICANAGE

| | |
|---|---|
| JAMES MAGEE, SR.<br><br>        Plaintiff,<br>  v.<br><br>ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD, et al.<br><br>        Defendants. | Civil No. 19-15858 (RBK/JS) |
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | MASTER DOCKET NUMBER<br><br>Civil No. 19-2875 (RBK/JS) |

**ORDER**

    This matter is before the Court on plaintiffs' counsel's "Motion to Withdraw" [Doc. No. 7]; and the Court having held a hearing on counsel's motion via phone on December 21, 2020; and the Court being satisfied that counsel undertook reasonable measures to serve plaintiff with his motion and the Court's Order scheduling the December 21 hearing; and plaintiff choosing not to appear and oppose counsel's motion; and this Order intending to confirm the Court's ruling set forth in the Court's Oral Opinion; and for all the reasons stated in the Court's Oral Opinion,

It is hereby ORDERED this 23rd day of December 2020, that counsel's Motion to Withdraw is GRANTED and this shall be noted on the docket; and it is further

ORDERED counsel shall promptly serve plaintiff with a copy of this Order; and it is further

ORDERED plaintiff James Magee, Sr. shall be deemed to be proceeding pro se with an address and phone number as follows: James Magee, Sr., 1340 Edward Lane, Bogalus Lane, LA 70427-2148; phone: 985-516-8312; and it is further

ORDERED plaintiff shall comply with all Court Orders.

                                        s/ Joel Schneider
                                        JOEL SCHNEIDER
                                        United States Magistrate Judge