## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY - CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | MDL No. 2875 <br><br> Hon. Robert B. Kugler <br> District Court Judge <br><br> Hon. Joel Scheider <br> Magistrate Judge |

*This Document Relates to:*

*Diane Troiano, et al. v. Aurobindo Pharma, Ltd., et al.*

*Case No. 20-cv-02341*

### NOTICE AND STATEMENT NOTICING DEATH

**TO ALL THE PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to F.R.C.P. 25(a)(1) hereby notifies this Honorable Court of the death of Plaintiff Diane Troiano.

Dated: December 30, 2020

                                          Respectfully submitted,

                                          */s/ Michael C. Schafle*
                                          Michael C. Schafle, Esquire
                                          N.J. I.D. NO. 025922004
                                          **GREEN & SCHAFLE LLC**
                                          2332 S. Broad Street
                                          Philadelphia, PA 19145
                                          Telephone: (215) 462-3330
                                          mschafle@greenlegalteam.com

## CERTIFICATE OF SERVICE

I hereby certify that on or about December 30, 2020, I electronically filed the foregoing Notice and Statement Noting Death with the Clerk of Court using the CM/ECF System which will forward notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/  *Michael C. Schafle*

Michael C. Schafle, Esquire
N.J. I.D. NO. 025922004
**GREEN & SCHAFLE LLC**
2332 S. Broad Street
Philadelphia, PA 19145
Telephone: (215) 462-3330
mschafle@greenlegalteam.com