IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY - CAMDEN VICINAGE

| | : | |
|---|---|---|
| | : | MDL No. 2875 |
| **IN RE: VALSARTAN N-** | : | |
| **NITROSODIMETHYLAMINE** | : | Hon. Robert B. Kugler |
| **(NDMA) CONTAMINATION PRODUCTS** | : | District Court Judge |
| **LIABILITY LITIGATION** | : | |
| | : | Hon. Joel Scheider |
| | : | Magistrate Judge |
| *This document relates to:* | : | |
| *Troiano v. Aurobindo Pharma, et al.* | : | |
| *Case No: 1:20-cv-02341-RBK-JS* | : | |

**[PROPOSED] ORDER**

The Court has reviewed the Motion to Substitute John H. Troiano, Administrator of the Estate of Diane Troiano, as Plaintiff for decedent, Diane Troiano, and finds the Motion to be well taken.

Therefore, it is **ORDERED** that John H. Troiano, Administrator of the Estate of Diane Troiano, shall be substituted as Plaintiff for decedent, Diane Troiano.

BY THE COURT:

Done this ____ day of _____, 202_

_____