# State of New Jersey
# Gloucester County Surrogate Court

In the Matter of the Estate of  
**Diane C. Troiano**, Deceased

**ADMINISTRATION SHORT CERTIFICATE**

**Docket Number: 20-01939**

I, **Giuseppe Chila**, Surrogate of the County of **Gloucester**, do certify that Letters of Administration of the decedent, intestate, late of **Gloucester** County, on **December 10, 2020**, were granted by the **Gloucester** County Surrogate's Court to **John H. Troiano** who is (are) duly authorized to administer the same agreeably to law; and I further certify that said letters as appears from the records of this Court have never been revoked and still remain in full force and effect.

WITNESS my hand and seal of office, this  
**10th day of December, 2020**



_____  
Giuseppe Chila, Surrogate

Administration Short Certificate

# State of New Jersey
# Gloucester County Surrogate Court

In the Matter of the Estate of
**Diane C. Troiano,** Deceased

**LETTERS OF ADMINISTRATION**

**Docket Number: 20-01939**

I, **Giuseppe Chila,** Surrogate of the County of **Gloucester** do certify that on **December 10, 2020,** Administration of the Goods and Chattels, Rights and Credits which were of **Diane C. Troiano** late of the County of **Gloucester,** who died intestate, was granted by me to **John H. Troiano** who is(are) the Administrator(s) and is(are) duly authorized to administer the same agreeably to law.



WITNESS my hand and seal of office this
this **10th day of December, 2020.**

*Giuseppe Chila,* Surrogate

Letters of Administration