# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

### CAMDEN VICINAGE

| | | |
|---|---|---|
| IN RE: VALSARTAN | ) | **MDL NO. 2875** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **Honorable Robert B. Kugler,** |
| | ) | **District Court Judge** |
| | ) | |
| | ) | **Honorable Joel Schneider,** |
| | ) | **Magistrate Judge** |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**

*Pearleatha Gatewood v. Prinston Pharmaceutical, Inc., et al.*

*Case No.: 1:20-cv-06879-RBK-JS*

### <u>NOTICE AND STATEMENT NOTING DEATH</u>

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Pearleatha Gatewood.

Dated:  November 2, 2020

Respectfully Submitted,

*/s/ Rosemarie Bogdan*
Rosemarie Bogdan
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
MARTIN, HARDING & MAZZOTTI, LLP
Attorneys for Plaintiff
1222 Troy-Schenectady Road
P.O. Box 15141
Albany, New York 12212-5141
Telephone: (518) 862-1200
rrbvalsartan@1800law1010.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2020, I electronically filed the foregoing Notice and Statement Noting Death with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/Rosemarie Bogdan

Rosemarie Bogdan

`