TWENTY-SECOND JUDICIAL CIRCUIT

| Judge or Division: PROBATE | Case Number: 2022-PR00748 |
|---|---|

In the Estate of PEARLEATHA GATEWOOD-DAVE, Deceased.

(Date File Stamp)

# Letters of Administration
(Independent Administration - Non-Resident Fiduciary)

**The State of Missouri to All Persons to Whom These Presents Shall Come, Greeting:**

**Know Ye,** that PEARLEATHA GATEWOOD-DAVE, who resided in ST. LOUIS CITY, died intestate, and to the end that the property of the decedent may be collected and disposed of, we appoint GREGORY GATEWOOD personal representative(s), who may administer the estate independently without adjudication, order, or direction of the Probate Division of the Circuit Court, with full power and authority as provided by law.

The personal representative(s), GREGORY GATEWOOD, non-resident(s) of the State of Missouri, has(have) designated, GRAYDON S. PRICE who resides at 114 E. 59TH ST., in, KANSAS CITY, MO 64113 as resident agent for service of process within the State of Missouri.

Date of Death: 12-JUL-2020

**In Testimony Whereof,** I, PATRICK J. CONNAGHAN, Clerk of the Probate Division of the Circuit Court in and for the said County CITY OF ST LOUIS Missouri have hereunto signed my name and affixed the seal of the said court on 15-DEC-2020.

PATRICK J. CONNAGHAN
CLERK OF THE PROBATE DIVISION

By: *Michell Bishop*
Deputy Clerk

*COURT SEAL OF*
*CITY OF ST LOUIS*

**Certificate**

I, PATRICK J. CONNAGHAN, Clerk of the Probate Division, certify that the foregoing Letters, now in full force and effect, is a true copy from the record as it appears in my office.
**Witness** my hand and seal of court on _____

PATRICK J. CONNAGHAN
CLERK OF THE PROBATE DIVISION

By: _____
Deputy Clerk

Electronically filed - 22nd Judicial Circuit - Probate Division - December 15, 2020 – MLB