UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2875 <br><br> Honorable Robert B. Kugler, <br> District Court Judge <br><br> Honorable Joel Schneider, <br> Magistrate Judge |

**This Document Relates to:**

**Pearleatha Gatewood v. Prinston Pharmaceutical, Inc., et al.**
**Case No.: 1:20-cv-06879-RBK-JS**

## ORDER

The Court, after considering the motion, which is not opposed by defendants, by Gregory Gatewood, As Personal Representative/Administrator of the Estate of Pearleatha Gatewood-Dave by and through their Counsel, for substitution of the appointed Personal Representative/Administrator as the proper party for plaintiff in this action and also for leave to file a First Amended Short Form Complaint due to the death of the original plaintiff, which amended complaint is attached to their motion (Document No. ___), hereby sets forth:

The First Amended Complaint is to be filed by _____, 2021.

And it is ORDERED that the Motion is GRANTED.

Signed on this _____ day of _____, 2021.

_____
JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE