THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

IN RE: VALSARTAN, LOSARTAN & IRBESARTAN PRODUCTS LIABILITY LITIGATION

_____

: CIVIL NO. MDL 19-2875(RBK-JS)
:
:
:
:
:

### ORDER APPOINTING HON. GREGORY M. SLEET and HON. LAWRENCE F. STENGEL AS SPECIAL MASTERS FOR SETTLEMENT

**THIS MATTER HAVING** come before the Court, and the Court having found pursuant to F.R.Civ.P 53, that Appointment of Special Masters is necessary to address pretrial settlement matters that cannot be effectively and timely addressed by an available district judge or magistrate judge, and

Hon. Gregory M. Sleet (retired) and Hon. Lawrence F. Stengel (retired) having filed affidavits pursuant to Rule 53(b)(3) and the time for objections having expired,

**IT IS ON THIS** __4th__ day of January, 2021, **ORDERED** that The Hon. Gregory M. Sleet (retired) and The Hon. Lawrence F. Stengel (retired) be and are hereby appointed Special Masters for Settlement; and

1. The Special Masters for Settlement shall have the authority to set meetings and conferences, in person or remotely as they in their discretion deem necessary.

2. The Special Masters for Settlement shall have the authority to require the attendance at any conference or meeting of any person they deem necessary or helpful to further settlement discussions.

3. The Special Masters for Settlement may communicate ex parte with the parties or their representatives on matters related to settlement or potential settlement.

4. The Special Masters for Settlement may discuss with the Court scheduling and the progress of any settlement discussions, but shall not disclose any specific terms of any potential settlement unless consented to by the parties or until they report a final settlement.

5. The Special Masters for Settlement may employ such other staff, and utilize such facilities, as they believe are necessary to fulfill their responsibilities most efficiently and at least cost to the parties.

6. The Special Masters for Settlement shall charge their ordinary and customary fees (including those charges incurred in paragraph 5 above) and shall allocate their charges one half to plaintiffs and one half to defendants. Invoices shall be submitted to liaison counsel for each side and be paid within thirty (30) days. Each side shall devise a mechanism for apportioning the cost among the parties. Counsel may petition the court to reallocate the fees and costs pursuant to Rule 53(g)(3), which the court may refer to the Special Masters for Settlement.

7. The Special Masters for Settlement and anyone they employ, are not subject to subpoena without an Order from the Court.

    s/Robert B. Kugler
    ROBERT B. KUGLER
    United States District Judge