UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | HON. ROBERT B. KUGLER<br>HON. JOEL SCHNEIDER<br><br>Civil No. 19-2875 (RBK/JS)<br><br>**CERTIFICATION OF AARON VAN NOSTRAND, ESQ.** |

I, Aaron Van Nostrand, being of full age, certifies as follows:

1. I am Of Counsel at Greenberg Traurig, LLP, attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, Actavis Pharma, Inc., and Arrow Pharm (Malta) Ltd. (collectively "Teva" or the "Teva Defendants"). I make this Certification based on personal knowledge and in support of Defendants' Motion to Reconsider MTD Order 1 and MTD Opinion 1, or, in the Alternative, for Section 1292(b) Certification.

2. Attached hereto as Exhibits A and B, respectively, are true and accurate copies of the Court's December 31, 2020 Opinions in the matter *In re Zantac (Ranitidine) Products Liability Litigation*, United States District Court for the Southern District of Florida, 9:20-MD-02924-RLR.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 4, 2021

                                                                *Aaron Van Nostrand*
                                                                Aaron Van Nostrand