# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | HON. ROBERT B. KUGLER <br> HON. JOEL SCHNEIDER <br><br> Civil No. 19-2875 (RBK/JS) <br><br> **[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court upon Defendants' Motion to Reconsider MTD Order 1 and MTD Opinion 1, or, in the Alternative, for Section 1292(b) Certification, and the Court having reviewed the papers submitted by Defendants in support of their motion, and the papers submitted by Plaintiffs in opposition, if any, and the Court having heard oral argument, and the Court having considered the matter and good cause having been shown,

IT IS on this ____ day of _____, 2021 hereby **ORDERED** that Defendants' Motion to Reconsider is **GRANTED**. The Court reconsiders MTD Order 1 and MTD Opinion 1 and dismisses the claims addressed therein with prejudice on grounds of federal preemption.

_____
Hon. Robert B. Kugler, U.S.D.J.