THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

IN RE: VALSARTAN, LOSARTAN & : CIVIL NO. MDL 19-2875 (RBK-JS)
:
IRBESARTAN PRODUCTS LIABILITY :
:
LITIGATION :

AFFIDAVIT OF HON. GREGORY M. SLEET, (RET.)

STATE OF Pennsylvania

COUNTY OF Philadelphia

1. I, Gregory M. Sleet, hereby affirm under penalty of perjury, that I am retired from the Office of Judge of the United States District Court, for District of Delaware, and am currently serving as a neutral at JAMS, in the office 1717 Arch Street Suite 3810, Philadelphia, PA 19103.

2. I hereby consent and accept the Appointment to be a Special Master for Settlement Purposes. Order to be signed by United States Judge Robert B. Kugler in the above-entitled case. The normal rate of compensation as a neutral Master is $1,000 per hour plus administrative fees.

3. I have read and reviewed the grounds for disqualification under F.R. Civ. P. 53(b)(3) and declare as follows:

a. I have no personal bias or prejudice concerning a party or personal knowledge of disputed evidentiary facts concerning the proceeding.

b. I have not served in private practice since 1994 and have not served as a lawyer in the matter in controversy, nor has any lawyer with whom I previously practiced law served during

such association as a lawyer concerning the matter, nor as a judge or lawyer have I been a material witness concerning it.

    c. I have not served in government employment wherein I would have participated as counsel, adviser or material witness concerning the proceeding, nor have I expressed an opinion concerning the merits of the case herein.

    d. I know that neither I, individually or as a fiduciary, has a financial interest in the subject matter in controversy, nor in a party to the proceeding, nor any other interest that could be substantially affected by the outcome of the proceeding.

    e. I state that neither I nor any person within the third degree of relationship to nor the spouse of such person:

    (i) is a party to the proceeding, nor an officer, director, nor trustee of a party

    (ii) is acting as a lawyer in the proceeding;

    (iii) is known by this Special Master to have an interest that could be substantially affected by the outcome of the proceeding;

    (iv) is to the Special Master's knowledge, likely to be a material witness in the proceeding.

I declare under penalty of perjury that the preceding facts are true as known to me or those matters not directly known to me are true on information and belief.

January 4, 2021

HON. GREGORY M. SLEET (Ret.)