# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |

## CERTIFICATE OF SERVICE

I, Seth A. Goldberg, hereby certify that on January 5, 2021, a copy of the foregoing Defendants' Brief in Opposition to Plaintiffs' Motion for Leave to Amend the Consolidated Second Amended Economic Loss Class Action Complaint and Various "Underlying" Class Action Complaints has been served via ECF upon Counsel for Plaintiffs and all counsel of record in the Court's electronic filing system.

*/s/ Seth A. Goldberg*
Seth A. Goldberg