# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN            **DATE:** January 5, 2021

**HON. JOEL SCHNEIDER, U.S.M.J.**

**COURT REPORTER:** Camille Pedano

**TITLE OF CASE:**            **DOCKET NO. 19-md-2875 (RBK-JS)**
IN RE: VALSARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Ruben Honik, Esq. | Lori Cohen, Esq. |
| Conlee Whiteley, Esq. | Clem Trischler, Esq. |
| Marlene Goldenberg, Esq. | Jeffery Geoppinger, Esq. |
| David Stanoch, Esq. | Victoria Lockhard, Esq. |
| Greg Hansel, Esq. | |

**NATURE OF PROCEEDINGS:** Telephone Status Conference
Telephone Status Conference re: discovery issues held on the record.
Order to be entered.

                                                                       s/Sarah Eckert
                                                                      **DEPUTY CLERK**

**TIME COMMENCED:** 3:30 p.m.
**TIME ADJOURNED:** 5:30 p.m.
**TOTAL TIME:** 2 hours