UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE:  VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No.2875 |
| | Honorable Robert B. Kugler, District Court Judge |
| This document relates to: | |
| | Honorable Joel Schneider, Magistrate Judge |
| Civil Action No.: 1:20-cv-03321-RPK-JS *Earl Duncan v. Zhejiang Huahai Pharmaceutical Co., LTD., et al* | |

**SUGGESTION OF DEATH UPON THE RECORD UNDER F.R.C.P. 25(a)(1)**

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** Anna B. Greenberg, attorney for plaintiff, Earl Duncan, suggests upon the record, pursuant to F.R.C.P. 25(a)(1), the death of Earl Duncan during the pendency of this action.

Dated:  January 7, 2021

Respectfully submitted,

/s/  *Anna B. Greenberg*
Anna B. Greenberg (TX Bar #24089898)
Edward Blizzard (TX Bar #02495000)
BLIZZARD LAW, P.L.L.C.
5020 Montrose Blvd., Suite 410
Houston, TX  77006
T:  (713) 844-3750
F:  (713) 844-3755
E:  agreenberg@blizzardlaw.com
E:  eblizzard@blizzardlaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that on January 7, 2021, a copy of foregoing Suggestion of Death Upon the Record Under F.R.C.P. 25(a)(1) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                                                      /s/  Anna B. Greenberg
                                           Anna B. Greenberg (TX Bar No. 24089898)