UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER |

## NOTICE TO TAKE VIDEOTAPED ORAL DEPOSITION

TO:   **Seth A. Goldberg, Esq,**
**DUANE MORRIS LLP**
**30 South 17th Street**
**Philadelphia, Pennsylvania 19103**
*Attorneys for Defendants Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC (hereinafter "Defendants").*

Please take notice that pursuant to Federal Rule of Civil Procedure 30, and other applicable Rules, including the Local Civil Rules, and the applicable Orders of the Court, Plaintiffs, by and through their counsel, will take the videotaped deposition of John Iozzia, Director, Business Development (API Sales), on January 20, 2021, at 9:00 a.m. eastern standard time, and continuing until completion, at Duane Morris LLP, 30 South 17th St, Philadelphia, Pennsylvania 19103, via zoom, in accordance with the Fact Witness Deposition Protocol, Case Management Order #20, filed November 17, 2020 (Document 632). The witness shall produce the documents requested at Exhibit "A", attached hereto, at least 5 days in advance of the deposition.

**TAKING ATTORNEY FOR PLAINTIFFS:**

        ADAM M. SLATER, ESQ.
        Mazie Slater Katz & Freeman, LLC
        103 Eisenhower Parkway
        Roseland, NJ 07068
        973-228-9898
        Fax: 973-228-0303
        aslater@mazieslater.com

The videotaped deposition will be taken before a person authorized by law to administer oaths, pursuant to Rule 28 of the Federal Rules of Civil Procedure.

January 8, 2021

        **PLAINTIFFS' CO-LEAD COUNSEL**

        By:___/s/Adam M. Slater_____
        ADAM M. SLATER
        Mazie Slater Katz & Freeman, LLC
        103 Eisenhower Parkway
        Roseland, NJ 07068
        Telephone: 973-228-9898
        Fax: 973-228-0303
        aslater@mazieslater.com

# EXHIBIT "A"

## DOCUMENT REQUESTS

1. The most recent resume/Curriculum Vitae and LinkedIn profile for John Iozzia.

2. The complete production of John Iozzia's relevant custodial documents, including those maintained on personal computers or electronic devices, to the extent not produced prior.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2021, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

PLAINTIFFS' CO-LEAD COUNSEL

By:   /s/Adam M. Slater
ADAM M. SLATER
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: 973-228-9898
Fax: 973-228-0303
aslater@mazieslater.com