IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No.: 19-02875 (RBK/JS) |
|---|---|

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Joseph S. Ferretti of the law firm Duane Morris LLP hereby withdraws his appearance as counsel for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc. in the above-captioned action. Counsel respectfully requests removal from all service lists. Plaintiffs consent to this withdrawal.

PLEASE TAKE FURTHER NOTICE that Defendants will continue to be represented in this action by Alan Klein, Seth Goldberg, Jessica Priselac, and several other attorneys at Duane Morris LLP.

Dated: January 8, 2021

/s/ Joseph S. Ferretti
Joseph S. Ferretti (D.C. Bar No. 485996)
DUANE MORRIS LLP
505 9th Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 776-7863
Fax: (202) 478-2811
Email: JSFerretti@duanemorris.com

*Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc.*

DM1\11663040.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021, I caused to be electronically filed the foregoing Notice of Withdrawal of Counsel with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ <i>Joseph S. Ferretti</i><br>
Joseph S. Ferretti