IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No.: 19-02875 (RBK/JS) |
|---|---|

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Joseph S. Ferretti of the law firm Duane Morris LLP hereby withdraws his appearance as counsel for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc. in the above-captioned action. Counsel respectfully requests removal from all service lists. Plaintiffs consent to this withdrawal.

PLEASE TAKE FURTHER NOTICE that Defendants will continue to be represented in this action by Alan Klein, Seth Goldberg, Jessica Priselac, and several other attorneys at Duane Morris LLP.

Dated: January 8, 2021

                                                                                                      /s/ Joseph S. Ferretti
                                                                                                      Joseph S. Ferretti (D.C. Bar No. 485996)
                                                                                                       DUANE MORRIS LLP
                                                                                                        505 9th Street, NW, Suite 1000
                                                                                                        Washington, DC 20004
                                                                                                        Tel: (202) 776-7863
                                                                                                         Fax: (202) 478-2811
                                                                                                         Email: JSFerretti@duanemorris.com

                                                                                                     *Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021, I caused to be electronically filed the foregoing Notice of Withdrawal of Counsel with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Joseph S. Ferretti*
Joseph S. Ferretti

DM1\11663040.1