# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN<br>PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>ALL CASES | MDL No. 2875<br><br>Civil Action No. 19-2875 (RBK)(JS)<br><br>Honorable Robert B. Kugler |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant Golden State Medical Supply, Inc., in connection with the above-referenced matter.

                                       **SILLS CUMMIS & GROSS P.C.**
                                       The Legal Center
                                       One Riverfront Plaza
                                       Newark, NJ  07102
                                       T: (973) 643-7000
                                       F: (973) 643-6500
                                       brose@sillscummis.com

                                       Attorneys for Defendant
                                       Golden State Medical Supply, Inc.

                              By:   *s/ Beth S. Rose*
                                       BETH S. ROSE

Dated:  January 11, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2021, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

*s/ Beth S. Rose*
BETH S. ROSE