**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN<br>PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>ALL CASES | MDL No. 2875<br><br>Civil Action No. 19-2875 (RBK)(JS)<br><br>Honorable Robert B. Kugler |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant Golden State Medical Supply, Inc., in connection with the above-referenced matter.

**SILLS CUMMIS & GROSS P.C.**
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
T: (973) 643-7000
F: (973) 643-6500
vlodato@sillscummis.com

Attorneys for Defendant
Golden State Medical Supply, Inc.

By: *s/ Vincent Lodato*
　　　VINCENT LODATO

Dated: January 11, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of January, 2021, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

*s/ Vincent Lodato*
VINCENT LODATO