IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, and IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

### ORDER

The Court having held a phone status conference with counsel on January 5, 2021; and this Order intending to confirm the Court's rulings reflected in the transcript of the proceedings [Doc. No. 719]; and for all the reasons stated by the Court,

IT IS HEREBY ORDERED this 11th day of January, 2021, as follows:

1. Plaintiffs' request for the production of the custodial documents/ESI of Mylan's Rule 30(b)(6) deposition witnesses is DENIED, without prejudice to plaintiffs' right to move for the production in the future for good cause shown.

2. The parties have been directed to complete their meet and confer sessions with regard to the scheduling of all fact depositions. To the extent any scheduling disputes remain, the Court will use its best reasonable efforts to decide the disputes during the scheduled January 13, 2021 conference call. To prepare for the call, and if disputes exist, plaintiffs and defendants shall serve their proposed deposition schedules.

3. The final deposition schedule for ZHP witnesses shall include proposed dates for all ZHP witnesses, including Mr. Chen, even if ZHP will not be voluntarily producing the witnesses. The Court's goal is to "lock in" dates in the event the depositions go forward.

4. By **January 20, 2021**, ZHP is granted leave to serve a supplemental letter brief regarding whether it is required to produce the disputed witnesses for deposition or whether plaintiffs are required to serve the witnesses with subpoenas or other required process. Plaintiffs may respond by **February 1, 2021**. ZHP may reply by **February 5, 2021**. The Court determines that the present record is not sufficiently developed for it to make an informed decision on this important issue.

5. To the extent the issue is not resolved, the Court will address during the January 13, 2021 conference call the dispute regarding who pays the cost of obtaining plaintiffs' medical records.

6. By **January 20, 2021,** defendants are granted leave to serve a supplemental letter brief regarding whether they are in possession, custody, or control of the disputed foreign entities' documents/ESI. Plaintiffs may respond by **February 1, 2021**. Defendants may reply by **February 5, 2021.** The Court determines that the present record is not sufficiently developed for it to make an informed decision on this important issue.

<u>s/ Joel Schneider</u>
JOEL SCHNEIDER
United States Magistrate Judge