# EXHIBIT A

**From:** Priselac, Jessica
**Sent:** Tuesday, December 8, 2020 11:12 AM
**To:** 'Christopher Geddis' <CGeddis@mazieslater.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>
**Cc:** Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; Adam Slater <ASlater@mazieslater.com>; Cheryll Calderon <ccalderon@mazieslater.com>; lhilton@kanner-law.com; George T. Williamson <gwilliamson@farr.com>
**Subject:** RE: ZHP/Prinston/Solco Depositions Meet and Confer

Chris,

Subject to the parties reaching agreement on the length of 30(b)(6) testimony, or the Court issuing an order thereon, and subject to certain other requirements, such as a witness's right to invoke Chinese state secrecy and/or privacy rules, ZHP, Prinston, and Solco propose the following witnesses for individual and 30(b)(6) testimony, along with the dates of their availability and the locale in which they will be appearing for their deposition:

| No. | Witness | Party | 30(b)(6)? | Available Dates | Locale |
|---|---|---|---|---|---|
| 1. | John Iozzia | Huahai US | No | January 20-22 | U.S. |
| 2. | Lijie Wang | Prinston | Yes | January 26, 28, 29 | U.S. |
| 3. | Remonda Gergis | Prinston | No | February 2-4 | U.S. |
| 4. | Hai Wang | Solco | Yes | February 16,17,18 | U.S. |
| 5. | Jun Du | ZHP/ Prinston/ Huahai US | No | March 10,11 | U.S. |
| 6. | Jay (Jie) Wang | ZHP | Yes | March 2-3 | Hong Kong |
| 7. | Linda (Lihong) Lin | ZHP | Yes | March 4-5 | Hong Kong |
| 8. | Peng Dong | ZHP | Yes | March 8-9 | Hong Kong |

| 9. | Eric Gu | SynCores | Yes | March 11-12 | Hong Kong |
| 10. | Minli Zhang | ZHP | Yes | March 16-17 | Hong Kong |
| 11. | Qiangming Li | ZHP | Yes | March 18-19 | Hong Kong |
| 12. | Min Li | ZHP | Yes | March 24-25 | Hong Kong |
| 13. | Jucai Ge | ZHP | Yes | March 31 – April 1 | Hong Kong |

We look forward to our meet and confer with you on this issue later today.

Best regards,

Jessica

**Jessica Priselac**
Attorney at Law

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
**P:** +1 215 979 1159
**F:** +1 215 827 5486
**C**: +1 650 224 9097

JPriselac@duanemorris.com
www.duanemorris.com

**From:** Christopher Geddis <CGeddis@mazieslater.com>
**Sent:** Friday, December 4, 2020 5:11 PM
**To:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>
**Cc:** Priselac, Jessica <JPriselac@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; Adam Slater <ASlater@mazieslater.com>; Cheryll Calderon <ccalderon@mazieslater.com>; lhilton@kanner-law.com; George T. Williamson <gwilliamson@farr.com>
**Subject:** RE: ZHP/Prinston/Solco Depositions Meet and Confer

Seth,

3:00 pm ET on Tuesday works for Plaintiffs. Ahead of the call, please let us know via email some preliminaries, such as the identities of deponents, where they are located or where the depositions would take place (if not remote), available dates, etc. This will allow for a more productive meet and confer.

Thanks,
Chris

**From:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>
**Sent:** Friday, December 4, 2020 11:33 AM
**To:** Christopher Geddis <CGeddis@mazieslater.com>
**Cc:** Priselac, Jessica <JPriselac@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; Adam Slater <ASlater@mazieslater.com>; Cheryll Calderon <ccalderon@mazieslater.com>; lhilton@kanner-law.com; George T. Williamson <gwilliamson@farr.com>
**Subject:** RE: ZHP/Prinston/Solco Depositions Meet and Confer

Chris, we are available at 1:00 or 3:00 on Tuesday.



**From:** Christopher Geddis <CGeddis@mazieslater.com>
**Sent:** Friday, December 4, 2020 10:56 AM
**To:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>
**Cc:** Priselac, Jessica <JPriselac@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; Adam Slater <ASlater@mazieslater.com>; Cheryll Calderon <ccalderon@mazieslater.com>; lhilton@kanner-law.com; George T. Williamson <gwilliamson@farr.com>
**Subject:** RE: ZHP/Prinston/Solco Depositions Meet and Confer

Seth,

Plaintiffs are available Tuesday at 2:00 pm ET. Does that work for you?

And going forward, please include Adam, Cheryll, Layne, and George on emails regarding the ZHP entities' depositions. Thanks.

Best,
Chris

**From:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>
**Sent:** Thursday, December 3, 2020 3:51 PM
**To:** Christopher Geddis <CGeddis@mazieslater.com>
**Cc:** Priselac, Jessica <JPriselac@duanemorris.com>; Schwartz, Barbara

3

<BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>
**Subject:** ZHP/Prinston/Solco Depositions Meet and Confer

Chris,

Please let us know if Monday at 1:00 works for you to discuss the ZHP/Prinston/Solco depositions.

Seth



For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

4