# EXHIBIT B

| | |
|---|---|
| **From:** | Adam Slater <ASlater@mazieslater.com> |
| **Sent:** | Thursday, December 17, 2020 5:36 PM |
| **To:** | Priselac, Jessica; Christopher Geddis; Goldberg, Seth A. |
| **Cc:** | Schwartz, Barbara; Hill, Coleen W.; Cheryll Calderon; lhilton@kanner-law.com; George T. Williamson; Ferretti, Joseph S. |
| **Subject:** | Re: ZHP/Prinston/Solco Depositions Meet and Confer |

Counsel:

Plaintiffs are writing to agree to schedule the depositions of the following witnesses per your email, with the length of the depositions to be subject to such issues as whether a translator is needed (we believe none of those listed below require a translator), the 30 b 6 topics to be addressed, and the size of the custodial and other relevant files to the subject matter of the depositions:

John Iozzia - January 20

Lijie Wang - January 26, please advise on 30 b 6 topics

Remonda Gergis - February 2

Hai Wang - February 16, please advise on 30 b 6 topics

With regard to Jun Du, we would appreciate earlier dates inasmuch as you are already targeting March for a number of important depositions, and Mr. Du is in New Jersey. We would also appreciate it if you could reconsider and designate Mr. Du on a 30 b 6 topic or topics since he is one of the easiest logistical depositions to conduct.

As to the balance of the deponents we really need to understand the topics they are being designated on, and the likely length of the depositions, for scheduling purposes.

We also will need to discuss the proposed loading of witnesses in March, as that puts us in a very difficult situation with regard to our expert reports. We need to address certain topics as early as possible, for example testing related topics, in order to advance our expert reports.

We look forward to speaking tomorrow.

Thank you,

Adam Slater

**From:** Priselac, Jessica
**Sent:** Thursday, December 17, 2020 11:41 AM
**To:** Christopher Geddis ; Goldberg, Seth A.
**Cc:** Schwartz, Barbara ; Hill, Coleen W. ; Adam Slater ; Cheryll Calderon ; lhilton@kanner-law.com ; George T. Williamson

; Ferretti, Joseph S.
**Subject:** RE: ZHP/Prinston/Solco Depositions Meet and Confer

Counsel,

As an initial matter, we are disappointed that you still have not addressed any of the scheduling issues we wrote about more than one week ago, despite the fact that you committed to do so during our meet and confer last week.  It is imperative that we schedule the depositions we proposed below as soon as possible so that that our witnesses can hold their deposition date on their schedules, and so that we can coordinate the logistics for these depositions.  This is especially true for our witnesses who are in China, who must make extraordinary efforts to travel to Hong Kong during the COVID-19 pandemic (assuming that they will even receive permission to travel to Hong Kong during the pandemic).  Having received no response from you on our original proposal, some of our witnesses can no longer be deposed on the dates we originally proposed, and their updated availability is below.

Further, as the dates we proposed in January and February for the U.S. witnesses are quickly approaching, please select a date John Iozzia, Lijie Wang, Remonda Gergis, and Hai Wang by tomorrow so that our witnesses can release the other dates we offered.  If you do not respond by tomorrow, we will assume you are available any of the dates we proposed for these witnesses and will choose one, and will let the witness know they can release the other dates.

| No. | Witness | Party | 30(b)(6)? | Available Dates | Locale |
|---|---|---|---|---|---|
| 1. | John Iozzia | Huahai US | No | January 20-22 | U.S. |
| 2. | Lijie Wang | Prinston | Yes | January 26, 28, 29 | U.S. |
| 3. | Remonda Gergis | Prinston | No | February 2-4 | U.S. |
| 4. | Hai Wang | Solco | Yes | February 16,17,18 | U.S. |
| 5. | Jun Du | ZHP/ Prinston/ Huahai US | No | March 18-19 | U.S. |
| 6. | Jay (Jie) Wang | ZHP | Yes | March 4-5 | Hong Kong |
| 7. | Linda (Lihong) Lin | ZHP | Yes | March 2-3 | Hong Kong |
| 8. | Peng Dong | ZHP | Yes | March 30-31 | Hong Kong |
| 9. | Eric Gu | SynCores | Yes | March 9-10 | Hong Kong |
| 10. | Minli Zhang | ZHP | Yes | March 16-17 | Hong Kong |

| 11. | Qiangming Li | ZHP | Yes | March 24-25 | Hong Kong |
| 12. | Min Li | ZHP | Yes | March 31-April 1 | Hong Kong |
| 13. | Jucai Ge | ZHP | Yes | March 11-12 | Hong Kong |

As a point of clarification, for the witnesses located in China, the dates we are proposing are the dates in Hong Kong.  For example, we have proposed March 2 for Linda Lin, which means her deposition would begin the morning of March 2 in Hong Kong, and the evening of March 1 in the United States.

As to your most recent email, it is unfortunate that we must consistently waste time correcting Plaintiffs' mischaracterizations in written communications, such as the one in your email regarding the ZHP entities' productions – to be clear, ZHP has complied with the Court's orders regarding document productions.  To the extent you are now claiming our production is "incomplete" due to the fact Guillem Boixados' custodial file has not yet been produced in its entirety, I would remind you that we agreed to provide you his custodial files as a courtesy and the production of his files has not been ordered by the Court; you requested his files well after the Court's deadline for making such requests; and Plaintiffs agreed his files would be provided after Nov. 30.

With respect to the witnesses you have requested below, we are available tomorrow at 9:30 am for a meet and confer, at which time we expect you will be able to discuss why these witnesses are not duplicative of the witnesses we have previously offered.  Please let us know if you are available at that time.

Best regards,

Jessica

**Jessica Priselac**
Attorney at Law

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
**P:** +1 215 979 1159
**F:** +1 215 827 5486
**C**: +1 650 224 9097

JPriselac@duanemorris.com
www.duanemorris.com

**From:** Christopher Geddis
**Sent:** Thursday, December 17, 2020 9:39 AM
**To:** Priselac, Jessica ; Goldberg, Seth A.
**Cc:** Schwartz, Barbara ; Hill, Coleen W. ; Adam Slater ; Cheryll Calderon ; lhilton@kanner-law.com; George T. Williamson
**Subject:** RE: ZHP/Prinston/Solco Depositions Meet and Confer

Counsel,

We write in follow up to our most recent discussion regarding ZHP deponents.  We look forward to receiving the additional information you are providing, including the list of 30(b)(6) topics each witness you identified as a corporate designee will address.  Subject to that information, Plaintiffs' continuing review of the ZHP Defendants' production, which is not entirely complete at this time, and the right to add deponents based on the further review of the production, including for example custodian Guiollome Boixados, whose custodial file has not yet been produced in its entirety, Plaintiffs propose the below listed additional deponents:

- Yuelin Hu of API Quality Assurance,
- Yanfeng (Lucy) Liu of API Regulatory Affairs,
- Fengyang (Xavier) Tang of Market Development,
- Mi (Karen) Xu of Market Development,
- Eric Tsai of Prinbury,
- Xiaodi Guo of Huahai US and Prinston, and
- Baohua Chen.

Because Plaintiffs do not have Baohua Chen's custodial file, we request production of his custodial file in order to conduct his deposition.

If you do not agree to any of the above deponents, please advise and provide some times when you are available to meet and confer on the issue.

Best,
Chris

Christopher J. Geddis
Associate Attorney
**Mazie Slater Katz & Freeman, LLC**
103 Eisenhower Parkway
Roseland, New Jersey  07068
(973) 228-9898
cgeddis@mazieslater.com
www.mazieslater.com



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Mazie Slater Katz & Freeman, LLC (Tel: 973-228-9898) immediately and delete this message, along with any attachments, from your computer. Thank you.

**From:** Priselac, Jessica
**Sent:** Tuesday, December 8, 2020 11:12 AM
**To:** Christopher Geddis ; Goldberg, Seth A.

**Cc:** Schwartz, Barbara ; Hill, Coleen W. ; Adam Slater ; Cheryll Calderon ; lhilton@kanner-law.com; George T. Williamson

**Subject:** RE: ZHP/Prinston/Solco Depositions Meet and Confer

Chris,

Subject to the parties reaching agreement on the length of 30(b)(6) testimony, or the Court issuing an order thereon, and subject to certain other requirements, such as a witness's right to invoke Chinese state secrecy and/or privacy rules, ZHP, Prinston, and Solco propose the following witnesses for individual and 30(b)(6) testimony, along with the dates of their availability and the locale in which they will be appearing for their deposition:

| No. | Witness | Party | 30(b)(6)? | Available Dates | Locale |
|---|---|---|---|---|---|
| 1. | John Iozzia | Huahai US | No | January 20-22 | U.S. |
| 2. | Lijie Wang | Prinston | Yes | January 26, 28, 29 | U.S. |
| 3. | Remonda Gergis | Prinston | No | February 2-4 | U.S. |
| 4. | Hai Wang | Solco | Yes | February 16,17,18 | U.S. |
| 5. | Jun Du | ZHP/ Prinston/ Huahai US | No | March 10,11 | U.S. |
| 6. | Jay (Jie) Wang | ZHP | Yes | March 2-3 | Hong Kong |
| 7. | Linda (Lihong) Lin | ZHP | Yes | March 4-5 | Hong Kong |
| 8. | Peng Dong | ZHP | Yes | March 8-9 | Hong Kong |
| 9. | Eric Gu | SynCores | Yes | March 11-12 | Hong Kong |
| 10. | Minli Zhang | ZHP | Yes | March 16-17 | Hong Kong |
| 11. | Qiangming Li | ZHP | Yes | March 18-19 | Hong Kong |
| 12. | Min Li | ZHP | Yes | March 24-25 | Hong Kong |
| 13. | Jucai Ge | ZHP | Yes | March 31 – April 1 | Hong Kong |

We look forward to our meet and confer with you on this issue later today.

Best regards,

Jessica

**Jessica Priselac**
Attorney at Law

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
**P:** +1 215 979 1159
**F:** +1 215 827 5486
**C:** +1 650 224 9097

JPriselac@duanemorris.com
www.duanemorris.com

---

**From:** Christopher Geddis <CGeddis@mazieslater.com>
**Sent:** Friday, December 4, 2020 5:11 PM
**To:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>
**Cc:** Priselac, Jessica <JPriselac@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; Adam Slater <ASlater@mazieslater.com>; Cheryll Calderon <ccalderon@mazieslater.com>; lhilton@kanner-law.com; George T. Williamson <gwilliamson@farr.com>
**Subject:** RE: ZHP/Prinston/Solco Depositions Meet and Confer

Seth,

3:00 pm ET on Tuesday works for Plaintiffs. Ahead of the call, please let us know via email some preliminaries, such as the identities of deponents, where they are located or where the depositions would take place (if not remote), available dates, etc.  This will allow for a more productive meet and confer.

Thanks,
Chris

---

**From:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>
**Sent:** Friday, December 4, 2020 11:33 AM
**To:** Christopher Geddis <CGeddis@mazieslater.com>
**Cc:** Priselac, Jessica <JPriselac@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; Adam Slater <ASlater@mazieslater.com>; Cheryll Calderon <ccalderon@mazieslater.com>; lhilton@kanner-law.com; George T. Williamson <gwilliamson@farr.com>
**Subject:** RE: ZHP/Prinston/Solco Depositions Meet and Confer

Chris, we are available at 1:00 or 3:00 on Tuesday.



**Seth A. Goldberg**
Partner

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

**P:** +1 215 979 1175
**F:** +1 215 689 2198
**C:** +1 267 632 1620

E-MAIL | BIO | VCARD

**From:** Christopher Geddis <CGeddis@mazieslater.com>
**Sent:** Friday, December 4, 2020 10:56 AM
**To:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>
**Cc:** Priselac, Jessica <JPriselac@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; Adam Slater <ASlater@mazieslater.com>; Cheryll Calderon <ccalderon@mazieslater.com>; lhilton@kanner-law.com; George T. Williamson <gwilliamson@farr.com>
**Subject:** RE: ZHP/Prinston/Solco Depositions Meet and Confer

Seth,

Plaintiffs are available Tuesday at 2:00 pm ET. Does that work for you?

And going forward, please include Adam, Cheryll, Layne, and George on emails regarding the ZHP entities' depositions. Thanks.

Best,
Chris

**From:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>
**Sent:** Thursday, December 3, 2020 3:51 PM
**To:** Christopher Geddis <CGeddis@mazieslater.com>
**Cc:** Priselac, Jessica <JPriselac@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>
**Subject:** ZHP/Prinston/Solco Depositions Meet and Confer

Chris,

Please let us know if Monday at 1:00 works for you to discuss the ZHP/Prinston/Solco depositions.

Seth



For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.