# EXHIBIT D

## THE ZHP PARTY DEPOSITION PROPOSAL

| No. | Witness | Party | 30(b)(6)? | Locale | 12/8/2020 Proposal[1] | 1/5/2021 Proposal |
|---|---|---|---|---|---|---|
| 1. | John Iozzia | Huahai US | No | U.S. | January 20-22 | January 20 (confirmed) |
| 2. | Lijie Wang | Prinston | Yes | U.S. | January 26, 28, 29 | January 26 (confirmed) |
| 3. | Remonda Gergis | Prinston | No | U.S. | February 2-4 | February 2 (confirmed) |
| 4. | Hai Wang | Solco | Yes | U.S. | February 16, 17, 18 | February 11 |
| 5. | Jun Du | ZHP/Prinston/Huahai US | No | U.S. | March 10, 11 | February 17 |
| 6. | Minli Zhang | ZHP | Yes | Hong Kong | March 16-17 | March 2-3 |
| 7. | Qiangming Li | ZHP | Yes | Hong Kong | March 18-19 | March 4-5 |
| 8. | Xiaodi Guo | Prinston | No | To be determined | N/A[2] | March 4-5 |
| 9. | Eric Tsai | Prinbury BioPharm | No | Hong Kong | N/A | March 8-9 |
| 10. | Eric Gu | SynCores | Yes | Hong Kong | March 11-12 | March 9-10 |
| 11. | Lucy Liu | ZHP | No | Hong Kong | N/A | March 10-11 |
| 12. | Jucai Ge | ZHP | Yes | Hong Kong | March 31-April 1 | March 11-12 |
| 13. | Linda (Lihong) Lin | ZHP | Yes | Hong Kong | March 4-5 | March 16-17 |
| 14. | Yuelin Hu | ZHP | No | Hong Kong | N/A | March 16/17 |
| 15. | Min Li | ZHP | Yes | Hong Kong | March 24-25 | March 18-19 |

---

[1] *See* ECF No. 655-4.

[2] "N/A" reflects witnesses proposed by Plaintiffs after December 8, 2020, and whose depositions will be subject to a forthcoming motion for protective order by the ZHP Parties.

| No. | Witness | Party | 30(b)(6)? | Locale | 12/8/2020 Proposal[1] | 1/5/2021 Proposal |
|---|---|---|---|---|---|---|
| 16. | Karen Xu | ZHP | No | Hong Kong | N/A | March 18-19 |
| 17. | Xavier Tang | ZHP | No | Hong Kong | N/A | March 24-25 |
| 18. | Jay (Jie) Wang | ZHP | Yes | Hong Kong | March 2-3 | March 24-25 |
| 19. | Peng Dong | ZHP | Yes | Hong Kong | March 8-9 | March 30-31 |
| 20. | Baohua Chen | ZHP | No | Hong Kong | N/A | April 1 |