# EXHIBIT H

# CIPRIANI & WERNER

A PROFESSIONAL CORPORATION

―――――

ATTORNEYS AT LAW

JESSICA M. HEINZ, ESQ.
jheinz@c-wlaw.com

450 Sentry Parkway, Suite 200
Blue Bell, PA  19422

Phone:  (610) 567-0700
Fax:  (610) 567-0712

Visit us online at
www.C-WLAW.com

December 30, 2020

**VIA EMAIL**

Adam Slater, Esquire
MAZIE, SLATER, KATZ & FREEMAN, LLC
103 Eisenhower Parkway, 2nd Floor
Roseland, NJ 07068
aslater@mazieslater.com

Ruben Honik, Esquire
GOLOMB & HONIK, P.C.
1835 Market Street, Ste. 2900
Philadelphia, PA 19103
rhonik@golombhonik.com

Conlee S. Whiteley, Esquire
KANNER & WHITELEY, LLC
701 Camp Street
New Orleans, LA 70130
c.whitley@kanner-law.com

Daniel Nigh, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street
Pensacola, FL 32502
dnigh@levinlaw.com

**RE:** *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation, United States District Court for the District of New Jersey, MDL No. 2875* **Deficiencies in Plaintiffs' Responses and Objections to Defendants' First Set of Requests For Production to Economic Loss Class Action Plaintiff Consumer Class Representatives**

Dear Counsel:

I write on behalf of all Defendants. We have reviewed Plaintiffs' above-referenced responses **and objections** and have identified several deficiencies.

Plaintiffs' responses violate the Court's Case Management Order No. 21 that requires that the document requests "shall be responded to without objection." Dkt. No. 633, and Exhibit B thereto. Despite this Court Order, Plaintiffs improperly issued "general objections" and further issued specific objections to Request Nos. 1, 2, 3, 4, 5, 6, 7, 9, 10 and 11.

MDL Plaintiffs' Co-Lead Counsel
December 30, 2020
Page | 2 of 2

    Plaintiffs improperly issued a general objection and specifically objected to Request Nos. 1, 2, 3, 4, 5, 6, 9, 10, and 11 "to the extent that Defendants are seeking information protected by the attorney-client privilege or the work product doctrine," despite the fact that Defendants' requests specifically stated that the requests "seek only non-privileged information." Dkt. No. 633 Ex. B Definition and Instruction No 24. To the extent any Plaintiff has withheld any document on the basis of this objection, each such Plaintiff must produce a privilege log that complies with the ESI Protocol in this case. Dkt. No. 127.

    Additionally, Plaintiffs improperly issued a relevance objection to Request No. 7 due to "[d]efendants seek[ing] information that is neither relevant to any claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence." This objection not only violates the above referenced Case Management Order, but, assumes, without any basis, that the documents requested will not support a defense in this matter. To the extent any Plaintiff has withheld any document on the basis of this objection, all such documents must be produced.

    Defendants request that Plaintiffs withdraw all objections and produce revised responses, any document withheld on the basis of Plaintiffs' relevance objection, and a privilege log for any document withheld on the basis of Plaintiffs' privilege objection within ten (10) days. Kindly be advised that Defendants intend to raise this matter with the Court at the January mid-month conference if we do not hear from the Plaintiffs.

    Sincerely,

    /s/ *Jessica M. Heinz*
Jessica M. Heinz
CIPRIANI & WERNER, P.C.
450 Sentry Parkway East, Suite 200
Blue Bell, PA 19422
610-567-0700 Telephone
610-862-1929 Facsimile
jheinz@c-wlaw.com

cc (via email): valpec@kirtlandpackard.com
    Seth A. Goldberg
    Jessica Priselac
    Lori G. Cohen
    Clem C. Trischler
    Janet L. Poletto
    Alexia Brancato
    Nakul Y. Shah

# CIPRIANI & WERNER

A PROFESSIONAL CORPORATION

---

ATTORNEYS AT LAW

| | | |
|---|---|---|
| JESSICA M. HEINZ, ESQ.<br>jheinz@c-wlaw.com | 450 Sentry Parkway, Suite 200<br>Blue Bell, PA  19422<br><br>Phone:  (610) 567-0700<br>Fax:  (610) 567-0712 | Visit us online at<br>www.C-WLAW.com |

December 30, 2020

**VIA EMAIL**

Adam Slater, Esquire
MAZIE, SLATER, KATZ & FREEMAN, LLC
103 Eisenhower Parkway, 2nd Floor
Roseland, NJ 07068
aslater@mazieslater.com

Ruben Honik, Esquire
GOLOMB & HONIK, P.C.
1835 Market Street, Ste. 2900
Philadelphia, PA 19103
rhonik@golombhonik.com

Conlee S. Whiteley, Esquire
KANNER & WHITELEY, LLC
701 Camp Street
New Orleans, LA 70130
c.whitley@kanner-law.com

Daniel Nigh, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street
Pensacola, FL 32502
dnigh@levinlaw.com

> **RE:**   ***In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation*, United States District Court for the District of New Jersey, MDL No. 2875 Deficiencies in Plaintiffs' Responses and Objections to Defendants' First Set of Requests for Production to Medical Monitoring Class Action Representatives**

Dear Counsel:

I write on behalf of all Defendants regarding Plaintiffs' above-referenced responses **and objections**.

Those responses violate the Court's Case Management Order No. 21 that requires that the document requests "shall be responded to without objection." Dkt. No. 633, and Exhibit A thereto. Despite this Court Order, Plaintiffs improperly issued "general objections" and further issued specific objections to every request "to the extent that Defendants are seeking information protected by the attorney-client privilege or the work product doctrine," despite the fact that Defendants' requests specifically stated that the requests "seek only non-privileged information."

MDL Plaintiffs' Co-Lead Counsel
December 30, 2020
Page | 2 of 2

Dkt. No. 633 Ex. A Definition and Instruction No. 18. To the extent any Plaintiff has withheld any document on the basis of this objection, each such Plaintiff must produce a privilege log that complies with the ESI Protocol in this case. Dkt. No. 127.

Defendants request that Plaintiffs withdraw all objections and produce revised responses and a privilege log for any document withheld on the basis of Plaintiffs' privilege objection within ten (10) days. Kindly be advised that Defendants intend to raise this matter with the Court at the January mid-month conference if we do not hear from the Plaintiffs.

Sincerely,

/s/ *Jessica M. Heinz*
Jessica M. Heinz
CIPRIANI & WERNER, P.C.
450 Sentry Parkway East, Suite 200
Blue Bell, PA 19422
610-567-0700 Telephone
610-862-1929 Facsimile
jheinz@c-wlaw.com

cc (via email): valpec@kirtlandpackard.com
　　　　　　　Seth A. Goldberg
　　　　　　　Jessica Priselac
　　　　　　　Lori G. Cohen
　　　　　　　Clem C. Trischler
　　　　　　　Janet L. Poletto
　　　　　　　Alexia Brancato
　　　　　　　Nakul Y. Shah