# EXHIBIT J

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| IN RE: BENICAR (OLMESARTAN) PRODUCTS LIABILITY LITIGATION | * | CIVIL NO. 15-2606 (RBK)(JS) |
| | * | HON. ROBERT B. KUGLER |
| THIS DOCUMENT RELATES TO ALL ACTIONS | * | HON. JOEL SCHNEIDER |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CASE MANAGEMENT ORDER NO. 23

IT IS HEREBY ORDERED:

**Records Collection Process**

1) Defendants have engaged The MCS Group ("MCS") to collect records in the HTN Litigation. Plaintiffs may order their own records or copies of records identified for collection by Defendants, subject to the cost provisions below.

2) Both parties will have access to individual secure portals where all providers identified for collection are available for view, status updates are provided, and records may be accessed. Records will only be made accessible to parties who have ordered/purchased them.

3) Plaintiffs do not have to pay a fee for access to MCS' secure portal for the purpose of determining if they wish to order copies of any records. If plaintiffs so request, they must be able to identify the records on the portal before deciding if they want to order copies.

4) After records are requested for a specific plaintiff, counsel will receive a list of provider locations ("Counsel Cards") for each request made by the other party. This notification will be sent via email. A sample Counsel Card is attached.

5) The parties will be able to request copies of all records collected for a plaintiff or order specific record sets by identifying particular providers for that plaintiff. If one party requests access to records that have already been collected and purchased by the other party through MCS, that party will be charged for half of the fees to obtain the records, as well as MCS's copying/production charge, and the original purchaser will receive a credit for half of the collection costs. MCS will not double charge for any fees or costs.

6) If a plaintiff requests records under this protocol from MCS for a provider from whom that plaintiff had already collected records before entry of the Court's Order Re: Medical Records Protocol, on March 18, 2016, defense counsel shall provide a copy of the records from that provider to plaintiff's counsel without charge.

7) Should plaintiffs choose to order records through MCS, a separate written agreement will be required, on mutually acceptable terms between MCS and Plaintiffs, wherein plaintiffs' counsel accepts responsibility for payment for their share of invoices prior to providing copies on any requests.

### Costs for Shared Collections

1) Shared fees generally include:

    a) Authorization Request fee.

    b) Page fees.

    c) Custodian fees.

    d) Shipping/postage/long distance fees.

    e) Excessive follow-up fees.

    f) Rush collection fees.

2) Non-shared fees generally include:

    a) Physical Evidence handling and shipping fees.

    b) Production of records outside The MCS Group's website(s) fees (i.e. hard copies, CDs of records).

    c) Special ad hoc reporting fees.

    d) Administrative fees associated with cost-share opt-in, opt-out and maintenance fees.

Camden, New Jersey, this 19th day of April, 2016.

Hon. Joel Schneider
United States Magistrate Judge

85128798.1



**1601 MARKET STREET - SUITE #800 - PHILADELPHIA, PA 19103 - Phone (800) 473-5003 – Fax (215) 531-5751**

## REQUEST FOR COPIES OF RECORDS / MATERIALS

Date: September 24, 2015

**RECORDS PERTAINING TO:**                                                                                     **MCS REFERENCE #:**

### Ordering Information

**IMPORTANT!!!** Please complete this form and fax it to (215) 531-5751 or email it to <counsel-card-phl@themcsgroup.com> within 20 days of receipt. We do not retain file copies of records or materials. To order copies you **must return the completed form within 20 days of receipt.**

1) _____ I wish to order **ALL RECORDS / MATERIALS REQUESTED**
2) _____ I wish to order the **FOLLOWING RECORDS / MATERIALS ONLY:**
   _____ Medical Records          _____ X-Rays/Films/CDs
   _____ Billing Records          _____ Pathology Materials
   *If both **Medical & Billing** records are requested on the same location request, these records will NOT be separated.
3) _____ I wish to order the **FOLLOWING LOCATIONS ONLY:**
   See attached Location List. Write the location numbers below /or/ Check them off on the Location List and return with this form.

4) _____ I **DO NOT** wish to receive **AFFIDAVITS OF NO RECORDS.**
5) _____ I would like you to **ADVISE ME OF THE COST** before I place my order.
6) _____ I would like to **REVIEW** the records / materials before I place my order.

### Record Delivery Information

_____ Paper Copy Only     _____ Electronic Copy Only     _____ Both Paper Copy and Electronic Copy

Send Electronic Records To:* _____
                              Print Name

                              _____
                              E-mail Address (Required for electronic records)

* All records will be uploaded to our website (**MCSDirect**) to be downloaded.

### Billing Information

_____ **Option 1: Bill Firm Directly**        **Firm File Number:** _____
                                              NO
_____ **Option 2: Bill a Third Party**

Company Name (Third Party)                    Claim Number

Address                                       Contact/Adjuster Name

City, State, Zip                              Phone Number
_____ Send paper copy of records to adjuster
_____ Send electronic copy of records to adjuster    Adjuster E-mail Address (Required for electronic records)

### Must Sign Below

**SIGN HERE**
➡ _____     _____
   Attorney / Paralegal / Authorized Signature        Date



1601 MARKET STREET - SUITE #800 - PHILADELPHIA , PA 19103 - Phone (800) 473-5003 – Fax (215) 531-5751

Location List

## Location List 'A'

| | |
|---|---|
| ALLEGHENY GENERAL HOSPITAL | MEDICAL RECORDS |
| ALLEGHENY GENERAL HOSPITAL | BILLING ONLY |
| ALLEGHENY GENERAL HOSPITAL | RADIOLOGY |
| ALLEGHENY GENERAL HOSPITAL | PATHOLOGY |
| LIBERTY MUTUAL INSURANCE COMPANY | INSURANCE RECORDS |
| BUREAU OF DRIVER LICENSING | DRIVING RECORDS |
| ERIE INSURANCE COMPANY | INSURANCE RECORDS |
| MIKE JOYCE AUTOMOTIVE | RECORDS |
| NORTHWEST EMS | EMS RECORDS |
| BELLEVUE BOROUGH FIRE DEPARTMENT | EMS RECORDS |
| FAIRVIEW VOLUNTEER FIRE DEPARTMENT | EMS RECORDS |
| AVALON VOLUNTEER FIRE DEPARTMENT | EMS RECORDS |
| BEN AVON VOLUNTEER FIRE DEPARTMENT | EMS RECORDS |
| BELLEVUE POLICE DEPARTMENT | RECORDS |
| BOROUGH OF AVALON POLICE DEPARTMENT | RECORDS |
| OHIO TOWNSHIP POLICE DEPARTMENT | RECORDS |
| ALLEGHENY COUNTY POLICE DEPARTMENT | RECORDS |
| CBS LOCAL MEDIA/KDKA | RECORDS |
| TEAM TOYOTA OF PRINCETON | RECORDS |
| BAIERL CHEVROLET | RECORDS |
| BAIERL TOYOTA | RECORDS |
| KENNY ROSS TOYOTA | RECORDS |
| RYAN AUTOMOTIVE, INC. | RECORDS |