# Exhibit C

| Last Name | First Name | Department/Role | Topics | Minimum Depo Length | Proposed Dates |
|---|---|---|---|---|---|
| Madireddy | Venkataramana | Corporate Quality Assurance, Associate VP | 1, 3, 19, 28, 30, 32, 33, 34, 35, 36, 38, 45, 47, 49, 52 | 3 days | Feb. 24, Feb. 25, Feb. 26 (9:00 am EST) |
| Penubaka | Venkata Pravin Kumar | Quality Control, General Manager | 6, 10, 15 | 1.5 days | Feb. 8, Feb. 9 (9:00 am EST) |
| Kumar | Dr. Manoranjan | Corporate Quality Assurance, Sr. VP | 20, 22, 24, 41, 43 | 2 days | Feb. 18, Feb. 19 (9:00 am EST) |
| Nagabelli | Dr. Murali | Chemical Research & Development, Associate VP | 14, 26, 27, 29 | 2 days | Feb. 15, Feb. 16 (9:00 am EST) |
| Venkata Ramarao | Bandaru ("B.V. Rama Rao") | Quality Control, Associate VP | 9, 12, 23, 25 | 1.5 days | Feb. 4, Feb. 5 (9:00 am EST) |
| Nanyappa Gowda | Panchakshari | Head-Quality, Associate VP | 2, 4, 16, 18, 21, 31, 37, 42, 44 | 2.5 days | Mar. 22, Mar. 23, Mar. 24 (9:00 am EST) |
| Ramireddy | Dr. B.V. | Analys Lab Pvt. Ltd., Principal Scientist I, Deputy General Manager | 5,7, 8, 11, 13, 17 | 2 days | Feb. 22, Feb. 23 (9:00 am EST) |
| Jyothi | Ganti | Regulatory Affairs, Senior VP | Proposed fact witness | 1 day | Mar. 26 (9:00 am EST) |
| Mamilla | Yogeswar Reddy | Analytical Research & Dev, VP | Proposed fact witness | 1 day | Mar. 29 (9:00 am EST) |
| Chilukurri | Mohan Reddy | Director of Operations Unit 1 | Proposed fact witness | 1 day | Mar. 30 (9:00 am EST) |