# Exhibit M

| From: | Adam Slater |
|---|---|
| To: | Schwartz, Barbara |
| Cc: | RHonik@golombhonik.com; D.Stanoch@kanner-law.com; dnigh@levinlaw.com; c.whiteley@kanner-law.com; Behram Parekh; argenal@csdisco.com; valpec@kirtlandpackard.com; CohenL@gtlaw.com; cct@pietragallo.com; jheinz@c-wlaw.com; JPoletto@hkmpp.com; alexia.brancato@kirkland.com; Klein, Alan; Goldberg, Seth A.; Priselac, Jessica; Bazan, Rebecca; Ferretti, Joseph S.; Hill, Coleen W.; valsartan@csdisco.com; robertson@csdisco.com; Cheryll Calderon; araso@meshbesher.com |
| Subject: | Re: Valsartan: Document Production Volume ZHP028 and Two Overlays |
| Date: | Monday, January 4, 2021 2:21:02 PM |

Hi Barbara, we can start discussing tomorrow, please advise of available times prior to 3 pm, or after the hearing with the Court.

I note that you did not respond to our request for more information in the spreadsheet. That is not subject to a 30 day period of discussion, and if you cannot work with us on these very simple requests we will have to raise the issue with the court tomorrow due to the limited time that is available. I hope that you will reconsider and provide the requested information.

Thank you,

Adam Slater

---

**From:** Schwartz, Barbara <BASchwartz@duanemorris.com>
**Sent:** Monday, January 4, 2021 12:58 PM
**To:** Adam Slater <ASlater@mazieslater.com>
**Cc:** RHonik@golombhonik.com <RHonik@golombhonik.com>; D.Stanoch@kanner-law.com <D.Stanoch@kanner-law.com>; dnigh@levinlaw.com <dnigh@levinlaw.com>; c.whiteley@kanner-law.com <c.whiteley@kanner-law.com>; Behram Parekh <behram.parekh@drlawllp.com>; argenal@csdisco.com <argenal@csdisco.com>; valpec@kirtlandpackard.com <valpec@kirtlandpackard.com>; CohenL@gtlaw.com <CohenL@gtlaw.com>; cct@pietragallo.com <cct@pietragallo.com>; jheinz@c-wlaw.com <jheinz@c-wlaw.com>; JPoletto@hkmpp.com <JPoletto@hkmpp.com>; alexia.brancato@kirkland.com <alexia.brancato@kirkland.com>; Klein, Alan <AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca <REBazan@duanemorris.com>; Ferretti, Joseph S. <JSFerretti@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; valsartan@csdisco.com <valsartan@csdisco.com>; robertson@csdisco.com <robertson@csdisco.com>; Cheryll Calderon <ccalderon@mazieslater.com>; araso@meshbesher.com <araso@meshbesher.com>
**Subject:** RE: Valsartan: Document Production Volume ZHP028 and Two Overlays

Adam,

We are in receipt of your request and, pursuant to Section V.A. of the ESI Protocol (CMO No. 8), within 30 days will either provide the requested information or indicate that we are challenging the requests. That said, we are happy to begin the meet and confer process on this issue this week. If you would like to have a meet and confer, please provide us with your availability for a call.

Regards,
Barbara

**Barbara A. Schwartz**
Associate

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
**P:** +1 215 979 1871
**F:** +1 215 689 4924

BASchwartz@duanemorris.com
www.duanemorris.com

**From:** Adam Slater <ASlater@mazieslater.com>
**Sent:** Friday, January 1, 2021 9:31 AM
**To:** Schwartz, Barbara <BASchwartz@duanemorris.com>
**Cc:** RHonik@golombhonik.com; D.Stanoch@kanner-law.com; dnigh@levinlaw.com;
c.whiteley@kanner-law.com; Behram Parekh <behram.parekh@drlawllp.com>;
argenal@csdisco.com; valpec@kirtlandpackard.com; CohenL@gtlaw.com; cct@pietragallo.com;
jheinz@c-wlaw.com; JPoletto@hkmpp.com; alexia.brancato@kirkland.com; Klein, Alan
<AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Priselac, Jessica
<JPriselac@duanemorris.com>; Bazan, Rebecca <REBazan@duanemorris.com>; Ferretti, Joseph S.
<JSFerretti@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>;
valsartan@csdisco.com; robertson@csdisco.com; Cheryll Calderon <ccalderon@mazieslater.com>;
araso@meshbesher.com
**Subject:** Re: Valsartan: Document Production Volume ZHP028 and Two Overlays

Hi Barbara.  Happy new year.

Please advise for each entry as to whether a particular state secret law or provision is asserted in
each instance.

In addition, the descriptions are vague. Please provide further specific information so we can better
understand the specific nature of each document.

In addition, please specify each identified person's position or title, including any government
officials.

Please provide this information Monday, preferably in the form of an amended log, or confirm that
you will not agree to do so.

Thank you.

Adam M. Slater
Mazie Slater Katz & Freeman

Sent from my iPhone

On Dec 31, 2020, at 5:00 PM, Schwartz, Barbara <BASchwartz@duanemorris.com>
wrote:


Counsel,

Please see the attached letter and log.

Best Regards,

**Barbara A. Schwartz**
Associate

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
**P:** +1 215 979 1871
**F:** +1 215 689 4924

BASchwartz@duanemorris.com
www.duanemorris.com

**From:** Ferretti, Joseph S. <JSFerretti@duanemorris.com>
**Sent:** Thursday, December 31, 2020 4:49 PM
**To:** 'rhonik@golombhonik.com' <rhonik@golombhonik.com>; 'd.stanoch@kanner-
law.com' <d.stanoch@kanner-law.com>; 'aslater@mazieslater.com'
<aslater@mazieslater.com>; 'dnigh@levinlaw.com' <dnigh@levinlaw.com>;
'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>
**Cc:** 'Behram Parekh' <behram.parekh@drlawllp.com>; 'argenal@csdisco.com'
<argenal@csdisco.com>; 'valpec@kirtlandpackard.com'
<valpec@kirtlandpackard.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>;
'cct@pietragallo.com' <cct@pietragallo.com>; 'Jheinz@c-wlaw.com' <Jheinz@c-
wlaw.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>;
'alexia.brancato@kirkland.com' <alexia.brancato@kirkland.com>; Klein, Alan
<AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>;
Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca
<REBazan@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>;
Hill, Coleen W. <CWHill@duanemorris.com>; 'valsartan@csdisco.com'
<valsartan@csdisco.com>; 'robertson@csdisco.com' <robertson@csdisco.com>;
'Cheryll Calderon' <ccalderon@mazieslater.com>; 'araso@meshbesher.com'
<araso@meshbesher.com>
**Subject:** RE: Valsartan: Document Production Volume ZHP028 and Two Overlays

Counsel,

Please see the attached letter and production index.

Please let me know if you have any difficulty accessing the documents from the Aquipt
document repository.

Best Regards,

**Joseph S. Ferretti**

Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
**P:** +1 202 776 7863
**F:** +1 202 478 2811
**C:** +1 202 491 4799

jsferretti@duanemorris.com
www.duanemorris.com

---

**From:** Ferretti, Joseph S.
**Sent:** Wednesday, December 30, 2020 10:19 PM
**To:** 'rhonik@golombhonik.com' <rhonik@golombhonik.com>; 'd.stanoch@kanner-law.com' <d.stanoch@kanner-law.com>; 'aslater@mazieslater.com' <aslater@mazieslater.com>; 'dnigh@levinlaw.com' <dnigh@levinlaw.com>; 'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>
**Cc:** 'Behram Parekh' <behram.parekh@drlawllp.com>; 'argenal@csdisco.com' <argenal@csdisco.com>; 'valpec@kirtlandpackard.com' <valpec@kirtlandpackard.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>; 'cct@pietragallo.com' <cct@pietragallo.com>; 'Jheinz@c-wlaw.com' <Jheinz@c-wlaw.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>; 'alexia.brancato@kirkland' <alexia.brancato@kirkland.com>; Klein, Alan <AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca <REBazan@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; 'valsartan@csdisco.com' <valsartan@csdisco.com>; 'robertson@csdisco.com' <robertson@csdisco.com>; 'Cheryll Calderon' <ccalderon@mazieslater.com>; 'araso@meshbesher.com' <araso@meshbesher.com>
**Subject:** RE: Valsartan: Document Production Corrections

Counsel,

Please see the attached letter and logs.

Best Regards,

**Joseph S. Ferretti**

Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
**P:** +1 202 776 7863
**F:** +1 202 478 2811
**C:** +1 202 491 4799

jsferretti@duanemorris.com
www.duanemorris.com

---

**From:** Ferretti, Joseph S.
**Sent:** Wednesday, December 2, 2020 6:03 PM

**To:** 'rhonik@golombhonik.com' <rhonik@golombhonik.com>; 'd.stanoch@kanner-law.com' <d.stanoch@kanner-law.com>; 'aslater@mazieslater.com' <aslater@mazieslater.com>; 'dnigh@levinlaw.com' <dnigh@levinlaw.com>; 'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>
**Cc:** 'Behram Parekh' <behram.parekh@drlawllp.com>; 'argenal@csdisco.com' <argenal@csdisco.com>; 'valpec@kirtlandpackard.com' <valpec@kirtlandpackard.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>; 'cct@pietragallo.com' <cct@pietragallo.com>; 'Jheinz@c-wlaw.com' <Jheinz@c-wlaw.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>; 'alexia.brancato@kirkland.com' <alexia.brancato@kirkland.com>; Klein, Alan <AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca <REBazan@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; 'valsartan@csdisco.com' <valsartan@csdisco.com>; 'robertson@csdisco.com' <robertson@csdisco.com>; 'Cheryll Calderon' <ccalderon@mazieslater.com>; 'araso@meshbesher.com' <araso@meshbesher.com>
**Subject:** RE: Valsartan: Document Production Corrections

Counsel (and Jeremy),

I am writing about three technical errors found in the ZHP Parties' document productions and the corrections that have been made today and yesterday:

1. Our vendor investigated the issue raised in the attached email from Jeremy Robertson. It appears that the native files corresponding with the bates numbers listed in the attached email were inadvertently not exported due to an error in the production processing stage. Our vendor's technical team confirms that only these nine documents were impacted for this production, and they have investigated and verified that no other productions had a similar issue. We have uploaded a "SOLCO010_Part 2.zip" file to the SOLCO010 folder on the Aquipt site that includes replacement native files for the nine documents listed in your email below and an updated DAT file that corrects the NATIVELINK field.

2. Last night our vendor uploaded missing OCR text files for four recent document productions. We uploaded the following four zip files to the corresponding production folders on the Aquipt site (including the text files and DAT files): "PRINSTON020_Part 2.zip," "SOLCO011_Part 2.zip," "ZHP026_Part 2.zip," and "ZHP027_Part 2.zip."

3. After investigating an issue raised previously by Behram Parekh, our vendor discovered that we inadvertently did not produce the native file for certain documents that were originally encrypted and loaded to our vendor's platform in that state. The documents were later decrypted, but the metadata reflects the document in its decrypted state. As a result, some documents were

inadvertently categorized as non-business files or otherwise did not have the typical metadata that we would expect for the document types that we are producing in native format.  After identifying the issue, our vendor isolated the documents that were impacted in prior productions, and revised its protocols to ensure the issue would not recur in future sets.  Today we uploaded to the "Production Overlay Files" folder on the Aquipt site a "20201202 Native Overlay.zip" file that includes the natives, replacement slip sheets (where applicable), and a DAT file.

Attached is an updated production index that includes these three items.

Best Regards,
Joe

**Joseph S. Ferretti**

Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
**P:** +1 202 776 7863
**F:** +1 202 478 2811
**C:** +1 202 491 4799

jsferretti@duanemorris.com
www.duanemorris.com

---

**From:** Ferretti, Joseph S.
**Sent:** Tuesday, December 1, 2020 5:08 PM
**To:** 'rhonik@golombhonik.com' <rhonik@golombhonik.com>; 'd.stanoch@kanner-law.com' <d.stanoch@kanner-law.com>; 'aslater@mazieslater.com' <aslater@mazieslater.com>; 'dnigh@levinlaw.com' <dnigh@levinlaw.com>; 'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>
**Cc:** 'Behram Parekh' <behram.parekh@drlawllp.com>; 'argenal@csdisco.com' <argenal@csdisco.com>; 'valpec@kirtlandpackard.com' <valpec@kirtlandpackard.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>; 'cct@pietragallo.com' <cct@pietragallo.com>; 'Jheinz@c-wlaw.com' <Jheinz@c-wlaw.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>; 'alexia.brancato@kirkland.com' <alexia.brancato@kirkland.com>; Klein, Alan <AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca <REBazan@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; 'valsartan@csdisco.com' <valsartan@csdisco.com>; 'robertson@csdisco.com' <robertson@csdisco.com>; 'Cheryll Calderon' <ccalderon@mazieslater.com>; 'araso@meshbesher.com' <araso@meshbesher.com>
**Subject:** RE: Valsartan: Document Production Volumes PRINSTON020, SOLCO011, ZHP026, and ZHP027

Counsel,

Please see the attached letters and production index.

As noted in my email last night, our vendor uploaded these four production volumes to Aquipt overnight last night.  I believe this process was completed before 8:00 a.m. this morning.  Thank you for your patience while they resolved the technical issues.

In addition to the four production volumes produced last night, our vendor uploaded three overlay files to correct a technical error.  They discovered that for three past productions, the DAT file included entries in the RECORD_TYPE field other than "paper" or "electronic."  They uploaded to Aquipt three overlay/DAT files to correct this meta-data.  These overlays are titled: "HUAHAI-US003_DAT," "PRINSTON019_DAT," and "ZHP022_DAT."

Please let me know if you have any difficulty accessing the documents or overlays from the Aquipt document repository.

Best Regards,


**Joseph S. Ferretti**

Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
**P:** +1 202 776 7863
**F:** +1 202 478 2811
**C:** +1 202 491 4799

jsferretti@duanemorris.com
www.duanemorris.com

---

**From:** Ferretti, Joseph S.
**Sent:** Monday, November 30, 2020 11:18 PM
**To:** 'rhonik@golombhonik.com' <rhonik@golombhonik.com>; 'd.stanoch@kanner-law.com' <d.stanoch@kanner-law.com>; 'aslater@mazieslater.com' <aslater@mazieslater.com>; 'dnigh@levinlaw.com' <dnigh@levinlaw.com>; 'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>
**Cc:** 'Behram Parekh' <behram.parekh@drlawllp.com>; 'argenal@csdisco.com' <argenal@csdisco.com>; 'valpec@kirtlandpackard.com' <valpec@kirtlandpackard.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>; 'cct@pietragallo.com' <cct@pietragallo.com>; 'Jheinz@c-wlaw.com' <Jheinz@c-wlaw.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>; 'alexia.brancato@kirkland' <alexia.brancato@kirkland.com>; Klein, Alan <AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca <REBazan@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; 'valsartan@csdisco.com' <valsartan@csdisco.com>; 'robertson@csdisco.com' <robertson@csdisco.com>; 'Cheryll Calderon' <ccalderon@mazieslater.com>; 'araso@meshbesher.com' <araso@meshbesher.com>

**Subject:** RE: Valsartan: Document Production Volumes HUAHAI-US004, PRINBURY003, and SYNCORES003

Counsel,

Please see the attached letters and production index.

Please let me know if you have any difficulty accessing the documents from the Aquipt document repository.

I have been advised by our vendor that they expect to upload four more production volumes to Aquipt tonight/overnight.  I will provide production letters and a production index related to those tomorrow.  As discussed with Behram, over the past several days, our vendor encountered software error messages that have prevented these productions from completing.  They have undertaken various efforts to overcome these software errors, and it is my understanding that all of the production volumes have now completed the phase of production that involved these errors.

Best Regards,

**Joseph S. Ferretti**

Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
**P:** +1 202 776 7863
**F:** +1 202 478 2811
**C:** +1 202 491 4799

jsferretti@duanemorris.com
www.duanemorris.com

---

**From:** Ferretti, Joseph S.
**Sent:** Sunday, November 29, 2020 4:22 PM
**To:** 'rhonik@golombhonik.com' <rhonik@golombhonik.com>; 'd.stanoch@kanner-law.com' <d.stanoch@kanner-law.com>; 'aslater@mazieslater.com' <aslater@mazieslater.com>; 'dnigh@levinlaw.com' <dnigh@levinlaw.com>; 'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>
**Cc:** 'Behram Parekh' <behram.parekh@drlawllp.com>; 'argenal@csdisco.com' <argenal@csdisco.com>; 'valpec@kirtlandpackard.com' <valpec@kirtlandpackard.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>; 'cct@pietragallo.com' <cct@pietragallo.com>; 'Jheinz@c-wlaw.com' <Jheinz@c-wlaw.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>; 'alexia.brancato@kirkland' <alexia.brancato@kirkland.com>; Klein, Alan <AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca <REBazan@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; 'valsartan@csdisco.com' <valsartan@csdisco.com>; 'robertson@csdisco.com' <robertson@csdisco.com>; 'Cheryll Calderon' <ccalderon@mazieslater.com>; 'araso@meshbesher.com'

<araso@meshbesher.com>
**Subject:** RE: Valsartan: Document Production Volumes PRINBURY002 and SYNCORES002

Counsel,

Please see the attached letter and production index.

Please let me know if you have any difficulty accessing the documents from the Aquipt document repository.

Best Regards,

**Joseph S. Ferretti**

Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
**P:** +1 202 776 7863
**F:** +1 202 478 2811
**C:** +1 202 491 4799

jsferretti@duanemorris.com
www.duanemorris.com

---

**From:** Ferretti, Joseph S.
**Sent:** Saturday, November 28, 2020 8:21 PM
**To:** 'rhonik@golombhonik.com' <rhonik@golombhonik.com>; 'd.stanoch@kanner-law.com' <d.stanoch@kanner-law.com>; 'aslater@mazieslater.com' <aslater@mazieslater.com>; 'dnigh@levinlaw.com' <dnigh@levinlaw.com>; 'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>
**Cc:** 'Behram Parekh' <behram.parekh@drlawllp.com>; 'argenal@csdisco.com' <argenal@csdisco.com>; 'valpec@kirtlandpackard.com' <valpec@kirtlandpackard.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>; 'cct@pietragallo.com' <cct@pietragallo.com>; 'Jheinz@c-wlaw.com' <Jheinz@c-wlaw.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>; 'alexia.brancato@kirkland' <alexia.brancato@kirkland.com>; Klein, Alan <AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca <REBazan@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; 'valsartan@csdisco.com' <valsartan@csdisco.com>; 'robertson@csdisco.com' <robertson@csdisco.com>; 'Cheryll Calderon' <ccalderon@mazieslater.com>; 'araso@meshbesher.com' <araso@meshbesher.com>
**Subject:** RE: Valsartan: Document Production Volume ZHP025

Counsel,

Please see the attached letter and production index.

Please let me know if you have any difficulty accessing the documents from the Aquipt document repository.

Best Regards,

**Joseph S. Ferretti**

Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
**P:** +1 202 776 7863
**F:** +1 202 478 2811
**C:** +1 202 491 4799

jsferretti@duanemorris.com
www.duanemorris.com

---

**From:** Ferretti, Joseph S.
**Sent:** Tuesday, November 24, 2020 9:51 AM
**To:** 'rhonik@golombhonik.com' <rhonik@golombhonik.com>; 'd.stanoch@kanner-law.com' <d.stanoch@kanner-law.com>; 'aslater@mazieslater.com' <aslater@mazieslater.com>; 'dnigh@levinlaw.com' <dnigh@levinlaw.com>; 'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>
**Cc:** 'Behram Parekh' <behram.parekh@drlawllp.com>; 'argenal@csdisco.com' <argenal@csdisco.com>; 'valpec@kirtlandpackard.com' <valpec@kirtlandpackard.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>; 'cct@pietragallo.com' <cct@pietragallo.com>; 'Jheinz@c-wlaw.com' <Jheinz@c-wlaw.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>; 'alexia.brancato@kirkland.com' <alexia.brancato@kirkland.com>; Klein, Alan <AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca <REBazan@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; 'valsartan@csdisco.com' <valsartan@csdisco.com>; 'robertson@csdisco.com' <robertson@csdisco.com>; 'Cheryll Calderon' <ccalderon@mazieslater.com>; 'araso@meshbesher.com' <araso@meshbesher.com>
**Subject:** RE: Valsartan: Document Production Volume SOLCO020

Counsel,

Please see the attached letter and production index.

Please let me know if you have any difficulty accessing the documents from the Aquipt document repository.

Best Regards,

**Joseph S. Ferretti**

Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166

**P:** +1 202 776 7863
**F:** +1 202 478 2811
**C:** +1 202 491 4799

jsferretti@duanemorris.com
www.duanemorris.com

---

**From:** Ferretti, Joseph S.
**Sent:** Sunday, November 22, 2020 4:53 PM
**To:** 'rhonik@golombhonik.com' <rhonik@golombhonik.com>; 'd.stanoch@kanner-law.com' <d.stanoch@kanner-law.com>; 'aslater@mazieslater.com' <aslater@mazieslater.com>; 'dnigh@levinlaw.com' <dnigh@levinlaw.com>; 'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>
**Cc:** 'Behram Parekh' <behram.parekh@drlawllp.com>; 'argenal@csdisco.com' <argenal@csdisco.com>; 'valpec@kirtlandpackard.com' <valpec@kirtlandpackard.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>; 'cct@pietragallo.com' <cct@pietragallo.com>; 'Jheinz@c-wlaw.com' <Jheinz@c-wlaw.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>; 'alexia.brancato@kirkland.com' <alexia.brancato@kirkland.com>; Klein, Alan <AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca <REBazan@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; 'valsartan@csdisco.com' <valsartan@csdisco.com>; 'robertson@csdisco.com' <robertson@csdisco.com>; 'Cheryll Calderon' <ccalderon@mazieslater.com>; 'araso@meshbesher.com' <araso@meshbesher.com>
**Subject:** RE: Valsartan: Document Production Volume ZHP024

Counsel,

Please see the attached letter and production index.

Please let me know if you have any difficulty accessing the documents from the Aquipt document repository.

Best Regards,

**Joseph S. Ferretti**

Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
**P:** +1 202 776 7863
**F:** +1 202 478 2811
**C:** +1 202 491 4799

jsferretti@duanemorris.com
www.duanemorris.com

---

**From:** Ferretti, Joseph S.
**Sent:** Friday, November 20, 2020 10:31 AM
**To:** 'rhonik@golombhonik.com' <rhonik@golombhonik.com>; 'd.stanoch@kanner-

law.com' <d.stanoch@kanner-law.com>; 'aslater@mazieslater.com'
<aslater@mazieslater.com>; 'dnigh@levinlaw.com' <dnigh@levinlaw.com>;
'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>

**Cc:** 'Behram Parekh' <behram.parekh@drlawllp.com>; 'argenal@csdisco.com'
<argenal@csdisco.com>; 'valpec@kirtlandpackard.com'
<valpec@kirtlandpackard.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>;
'cct@pietragallo.com' <cct@pietragallo.com>; 'Jheinz@c-wlaw.com' <Jheinz@c-
wlaw.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>;
'alexia.brancato@kirkland.com' <alexia.brancato@kirkland.com>; Klein, Alan
<AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>;
Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca
<REBazan@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>;
Hill, Coleen W. <CWHill@duanemorris.com>; 'valsartan@csdisco.com'
<valsartan@csdisco.com>; 'robertson@csdisco.com' <robertson@csdisco.com>;
'Cheryll Calderon' <ccalderon@mazieslater.com>; 'araso@meshbesher.com'
<araso@meshbesher.com>

**Subject:** RE: Valsartan: Document Production Volumes SYNCORES001 and
PRINBURY001

Counsel,

Please see the attached letter and production index.

Please let me know if you have any difficulty accessing the documents from the Aquipt
document repository.

Best Regards,

**Joseph S. Ferretti**

Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
**P:** +1 202 776 7863
**F:** +1 202 478 2811
**C:** +1 202 491 4799

jsferretti@duanemorris.com
www.duanemorris.com

**From:** Ferretti, Joseph S.
**Sent:** Monday, November 16, 2020 11:39 AM
**To:** 'rhonik@golombhonik.com' <rhonik@golombhonik.com>; 'd.stanoch@kanner-
law.com' <d.stanoch@kanner-law.com>; 'aslater@mazieslater.com'
<aslater@mazieslater.com>; 'dnigh@levinlaw.com' <dnigh@levinlaw.com>;
'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>
**Cc:** 'Behram Parekh' <behram.parekh@drlawllp.com>; 'argenal@csdisco.com'
<argenal@csdisco.com>; 'valpec@kirtlandpackard.com'
<valpec@kirtlandpackard.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>;
'cct@pietragallo.com' <cct@pietragallo.com>; 'Jheinz@c-wlaw.com' <Jheinz@c-

wlaw.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>;
'alexia.brancato@kirkland.com' <alexia.brancato@kirkland.com>; Klein, Alan
<AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>;
Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca
<REBazan@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>;
Hill, Coleen W. <CWHill@duanemorris.com>; 'valsartan@csdisco.com'
<valsartan@csdisco.com>; 'robertson@csdisco.com' <robertson@csdisco.com>;
'Cheryll Calderon' <ccalderon@mazieslater.com>; 'araso@meshbesher.com'
<araso@meshbesher.com>
**Subject:** RE: Valsartan: Document Production Volume HUAHAI-US003

Counsel,

Please see the attached letter and production index.

Please let me know if you have any difficulty accessing the documents from the Aquipt
document repository.

Best Regards,

**Joseph S. Ferretti**

Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
**P:** +1 202 776 7863
**F:** +1 202 478 2811
**C:** +1 202 491 4799

jsferretti@duanemorris.com
www.duanemorris.com

---

**From:** Ferretti, Joseph S.
**Sent:** Monday, November 9, 2020 5:59 PM
**To:** 'rhonik@golombhonik.com' <rhonik@golombhonik.com>; 'd.stanoch@kanner-
law.com' <d.stanoch@kanner-law.com>; 'aslater@mazieslater.com'
<aslater@mazieslater.com>; 'dnigh@levinlaw.com' <dnigh@levinlaw.com>;
'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>
**Cc:** 'Behram Parekh' <behram.parekh@drlawllp.com>; 'argenal@csdisco.com'
<argenal@csdisco.com>; 'valpec@kirtlandpackard.com'
<valpec@kirtlandpackard.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>;
'cct@pietragallo.com' <cct@pietragallo.com>; 'Jheinz@c-wlaw.com' <Jheinz@c-
wlaw.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>;
'alexia.brancato@kirkland.com' <alexia.brancato@kirkland.com>; Klein, Alan
<AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>;
Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca
<REBazan@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>;
Hill, Coleen W. <CWHill@duanemorris.com>; 'valsartan@csdisco.com'
<valsartan@csdisco.com>; 'robertson@csdisco.com' <robertson@csdisco.com>;
'Cheryll Calderon' <ccalderon@mazieslater.com>; 'araso@meshbesher.com'

<araso@meshbesher.com>
**Subject:** RE: Valsartan: Document Production Volume ZHP023

Counsel,

Please see the attached letter and production index.

Please let me know if you have any difficulty accessing the documents from the Aquipt document repository.

Best Regards,

**Joseph S. Ferretti**

Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
**P:** +1 202 776 7863
**F:** +1 202 478 2811
**C:** +1 202 491 4799

jsferretti@duanemorris.com
www.duanemorris.com

---

**From:** Ferretti, Joseph S.
**Sent:** Friday, November 6, 2020 8:18 PM
**To:** 'rhonik@golombhonik.com' <rhonik@golombhonik.com>; 'd.stanoch@kanner-law.com' <d.stanoch@kanner-law.com>; 'aslater@mazieslater.com' <aslater@mazieslater.com>; 'dnigh@levinlaw.com' <dnigh@levinlaw.com>; 'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>
**Cc:** 'Behram Parekh' <behram.parekh@drlawllp.com>; 'argenal@csdisco.com' <argenal@csdisco.com>; 'valpec@kirtlandpackard.com' <valpec@kirtlandpackard.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>; 'cct@pietragallo.com' <cct@pietragallo.com>; 'Jheinz@c-wlaw.com' <Jheinz@c-wlaw.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>; 'alexia.brancato@kirkland.com' <alexia.brancato@kirkland.com>; Klein, Alan <AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca <REBazan@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; 'valsartan@csdisco.com' <valsartan@csdisco.com>; 'robertson@csdisco.com' <robertson@csdisco.com>; 'Cheryll Calderon' <ccalderon@mazieslater.com>; 'araso@meshbesher.com' <araso@meshbesher.com>
**Subject:** RE: Valsartan: Document Production Volume PRINSTON019

Counsel,

Please see the attached letter and production index.

Please let me know if you have any difficulty accessing the documents from the Aquipt

document repository.

Best Regards,

**Joseph S. Ferretti**
Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
**P:** +1 202 776 7863
**F:** +1 202 478 2811
**C:** +1 202 491 4799

jsferretti@duanemorris.com
www.duanemorris.com

---

**From:** Ferretti, Joseph S.
**Sent:** Friday, November 6, 2020 10:29 AM
**To:** 'rhonik@golombhonik.com' <rhonik@golombhonik.com>; 'd.stanoch@kanner-law.com' <d.stanoch@kanner-law.com>; 'aslater@mazieslater.com' <aslater@mazieslater.com>; 'dnigh@levinlaw.com' <dnigh@levinlaw.com>; 'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>
**Cc:** 'Behram Parekh' <behram.parekh@drlawllp.com>; 'argenal@csdisco.com' <argenal@csdisco.com>; 'valpec@kirtlandpackard.com' <valpec@kirtlandpackard.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>; 'cct@pietragallo.com' <cct@pietragallo.com>; 'Jheinz@c-wlaw.com' <Jheinz@c-wlaw.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>; 'alexia.brancato@kirkland.com' <alexia.brancato@kirkland.com>; Klein, Alan <AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca <REBazan@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; 'valsartan@csdisco.com' <valsartan@csdisco.com>; 'robertson@csdisco.com' <robertson@csdisco.com>; 'Cheryll Calderon' <ccalderon@mazieslater.com>; 'araso@meshbesher.com' <araso@meshbesher.com>
**Subject:** RE: Valsartan: Document Production Volume ZHP022

Counsel,

Please see the attached letter and production index.

Please let me know if you have any difficulty accessing the documents from the Aquipt document repository.

Best Regards,

**Joseph S. Ferretti**
Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166

**P:** +1 202 776 7863
**F:** +1 202 478 2811
**C:** +1 202 491 4799

jsferretti@duanemorris.com
www.duanemorris.com

---

**From:** Ferretti, Joseph S.
**Sent:** Monday, October 26, 2020 2:32 PM
**To:** 'rhonik@golombhonik.com' <rhonik@golombhonik.com>; 'd.stanoch@kanner-law.com' <d.stanoch@kanner-law.com>; 'aslater@mazieslater.com' <aslater@mazieslater.com>; 'dnigh@levinlaw.com' <dnigh@levinlaw.com>; 'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>
**Cc:** 'Behram Parekh' <behram.parekh@drlawllp.com>; 'argenal@csdisco.com' <argenal@csdisco.com>; 'valpec@kirtlandpackard.com' <valpec@kirtlandpackard.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>; 'cct@pietragallo.com' <cct@pietragallo.com>; 'Jheinz@c-wlaw.com' <Jheinz@c-wlaw.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>; 'alexia.brancato@kirkland.com' <alexia.brancato@kirkland.com>; Klein, Alan <AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca <REBazan@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; 'valsartan@csdisco.com' <valsartan@csdisco.com>; 'robertson@csdisco.com' <robertson@csdisco.com>; 'Cheryll Calderon' <ccalderon@mazieslater.com>; 'araso@meshbesher.com' <araso@meshbesher.com>
**Subject:** RE: Valsartan: Document Production Volume PRINSTON018

Counsel,

Please see the attached letter and production index.

Please let me know if you have any difficulty accessing the documents from the Aquipt document repository.

Best Regards,

**Joseph S. Ferretti**

Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
**P:** +1 202 776 7863
**F:** +1 202 478 2811
**C:** +1 202 491 4799

jsferretti@duanemorris.com
www.duanemorris.com

---

**From:** Ferretti, Joseph S.
**Sent:** Friday, October 2, 2020 10:00 AM
**To:** 'rhonik@golombhonik.com' <rhonik@golombhonik.com>; 'd.stanoch@kanner-

law.com' <d.stanoch@kanner-law.com>; 'aslater@mazieslater.com'
<aslater@mazieslater.com>; 'dnigh@levinlaw.com' <dnigh@levinlaw.com>;
'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>
**Cc:** 'Behram Parekh' <behram.parekh@drlawllp.com>; 'argenal@csdisco.com'
<argenal@csdisco.com>; 'valpec@kirtlandpackard.com'
<valpec@kirtlandpackard.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>;
'cct@pietragallo.com' <cct@pietragallo.com>; 'Jheinz@c-wlaw.com' <Jheinz@c-
wlaw.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>;
'alexia.brancato@kirkland.com' <alexia.brancato@kirkland.com>; Klein, Alan
<AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>;
Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca
<REBazan@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>;
Hill, Coleen W. <CWHill@duanemorris.com>; 'valsartan@csdisco.com'
<valsartan@csdisco.com>
**Subject:** RE: Valsartan: Document Production Volume ZHP021

Counsel,

Please see the attached letter and production index.

Please let me know if you have any difficulty accessing the documents from the Aquipt
document repository.

Best Regards,

**Joseph S. Ferretti**

Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
**P:** +1 202 776 7863
**F:** +1 202 478 2811
**C:** +1 202 491 4799

jsferretti@duanemorris.com
www.duanemorris.com

---

**From:** Ferretti, Joseph S.
**Sent:** Tuesday, September 29, 2020 3:34 PM
**To:** 'rhonik@golombhonik.com' <rhonik@golombhonik.com>;
'DStanoch@GolombHonik.Com' <DStanoch@GolombHonik.Com>;
'aslater@mazieslater.com' <aslater@mazieslater.com>; 'dnigh@levinlaw.com'
<dnigh@levinlaw.com>; 'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>
**Cc:** 'Behram Parekh' <behram.parekh@drlawllp.com>; 'argenal@csdisco.com'
<argenal@csdisco.com>; 'valpec@kirtlandpackard.com'
<valpec@kirtlandpackard.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>;
'cct@pietragallo.com' <cct@pietragallo.com>; 'Jheinz@c-wlaw.com' <Jheinz@c-
wlaw.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>;
'alexia.brancato@kirkland.com' <alexia.brancato@kirkland.com>; Klein, Alan
<AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>;

Priselac, Jessica <[JPriselac@duanemorris.com](mailto:JPriselac@duanemorris.com)>; Bazan, Rebecca
<[REBazan@duanemorris.com](mailto:REBazan@duanemorris.com)>; Schwartz, Barbara <[BASchwartz@duanemorris.com](mailto:BASchwartz@duanemorris.com)>;
Hill, Coleen W. <[CWHill@duanemorris.com](mailto:CWHill@duanemorris.com)>; 'valsartan@csdisco.com'
<[valsartan@csdisco.com](mailto:valsartan@csdisco.com)>
**Subject:** RE: Valsartan: Document Production Volumes ZHP020

Counsel,

Please see the attached letter and production index.

Please let me know if you have any difficulty accessing the documents from the Aquipt
document repository.

Best Regards,

**Joseph S. Ferretti**

Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
**P:** +1 202 776 7863
**F:** +1 202 478 2811
**C:** +1 202 491 4799

[jsferretti@duanemorris.com](mailto:jsferretti@duanemorris.com)
[www.duanemorris.com](http://www.duanemorris.com)

---

**From:** Ferretti, Joseph S.
**Sent:** Wednesday, September 16, 2020 2:17 PM
**To:** 'rhonik@golombhonik.com' <[rhonik@golombhonik.com](mailto:rhonik@golombhonik.com)>;
'DStanoch@GolombHonik.Com' <[DStanoch@GolombHonik.Com](mailto:DStanoch@GolombHonik.Com)>;
'aslater@mazieslater.com' <[aslater@mazieslater.com](mailto:aslater@mazieslater.com)>; 'dnigh@levinlaw.com'
<[dnigh@levinlaw.com](mailto:dnigh@levinlaw.com)>; 'c.whiteley@kanner-law.com' <[c.whiteley@kanner-law.com](mailto:c.whiteley@kanner-law.com)>
**Cc:** 'bvp@kirtlandpackard.com' <[bvp@kirtlandpackard.com](mailto:bvp@kirtlandpackard.com)>; 'argenal@csdisco.com'
<[argenal@csdisco.com](mailto:argenal@csdisco.com)>; 'valpec@kirtlandpackard.com'
<[valpec@kirtlandpackard.com](mailto:valpec@kirtlandpackard.com)>; 'CohenL@gtlaw.com' <[CohenL@gtlaw.com](mailto:CohenL@gtlaw.com)>;
'cct@pietragallo.com' <[cct@pietragallo.com](mailto:cct@pietragallo.com)>; 'Jheinz@c-wlaw.com' <[Jheinz@c-wlaw.com](mailto:Jheinz@c-wlaw.com)>; 'jpoletto@hkmpp.com' <[jpoletto@hkmpp.com](mailto:jpoletto@hkmpp.com)>;
'alexia.brancato@kirkland.com' <[alexia.brancato@kirkland.com](mailto:alexia.brancato@kirkland.com)>; Klein, Alan
<[AKlein@duanemorris.com](mailto:AKlein@duanemorris.com)>; Goldberg, Seth A. <[SAGoldberg@duanemorris.com](mailto:SAGoldberg@duanemorris.com)>;
Priselac, Jessica <[JPriselac@duanemorris.com](mailto:JPriselac@duanemorris.com)>; Bazan, Rebecca
<[REBazan@duanemorris.com](mailto:REBazan@duanemorris.com)>; Schwartz, Barbara <[BASchwartz@duanemorris.com](mailto:BASchwartz@duanemorris.com)>;
Hill, Coleen W. <[CWHill@duanemorris.com](mailto:CWHill@duanemorris.com)>; 'valsartan@csdisco.com'
<[valsartan@csdisco.com](mailto:valsartan@csdisco.com)>
**Subject:** Valsartan: Document Production Volumes ZHP018 and ZHP019

Counsel,

Please see the attached letter and production index.

Please let me know if you have any difficulty accessing the documents from the Aquipt document repository.

Best Regards,

**Joseph S. Ferretti**

Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
**P:** +1 202 776 7863
**F:** +1 202 478 2811
**C:** +1 202 491 4799

jsferretti@duanemorris.com
www.duanemorris.com

---

**From:** Ferretti, Joseph S.
**Sent:** Monday, September 14, 2020 1:19 PM
**To:** 'rhonik@golombhonik.com' <rhonik@golombhonik.com>; 'DStanoch@GolombHonik.Com' <DStanoch@GolombHonik.Com>; 'aslater@mazieslater.com' <aslater@mazieslater.com>; 'dnigh@levinlaw.com' <dnigh@levinlaw.com>; 'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>
**Cc:** 'bvp@kirtlandpackard.com' <bvp@kirtlandpackard.com>; 'argenal@csdisco.com' <argenal@csdisco.com>; 'valpec@kirtlandpackard.com' <valpec@kirtlandpackard.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>; 'cct@pietragallo.com' <cct@pietragallo.com>; 'Jheinz@c-wlaw.com' <Jheinz@c-wlaw.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>; 'alexia.brancato@kirkland.com' <alexia.brancato@kirkland.com>; Klein, Alan <AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca <REBazan@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; 'valsartan@csdisco.com' <valsartan@csdisco.com>
**Subject:** Valsartan: Replacement Images for Document Production Volumes ZHP015 and ZHP017

Counsel,

Please see the attached letter and production index.

Please let me know if you have any difficulty accessing the documents from the Aquipt document repository.

Best Regards,

**Joseph S. Ferretti**

Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
**P:** +1 202 776 7863
**F:** +1 202 478 2811

**C**: +1 202 491 4799

jsferretti@duanemorris.com
www.duanemorris.com

---

**From:** Ferretti, Joseph S.
**Sent:** Friday, August 28, 2020 11:21 PM
**To:** 'rhonik@golombhonik.com' <rhonik@golombhonik.com>;
'DStanoch@GolombHonik.Com' <DStanoch@GolombHonik.Com>;
'aslater@mazieslater.com' <aslater@mazieslater.com>; 'dnigh@levinlaw.com'
<dnigh@levinlaw.com>; 'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>
**Cc:** 'bvp@kirtlandpackard.com' <bvp@kirtlandpackard.com>; 'argenal@csdisco.com'
<argenal@csdisco.com>; 'valpec@kirtlandpackard.com'
<valpec@kirtlandpackard.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>;
'cct@pietragallo.com' <cct@pietragallo.com>; 'Jheinz@c-wlaw.com' <Jheinz@c-wlaw.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>;
'alexia.brancato@kirkland.com' <alexia.brancato@kirkland.com>; Klein, Alan
<AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>;
Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca
<REBazan@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>;
Hill, Coleen W. <CWHill@duanemorris.com>; 'valsartan@csdisco.com'
<valsartan@csdisco.com>
**Subject:** Valsartan: Document Production Volumes ZHP015, ZHP016, and ZHP017

Counsel,

Please see the attached letter and production index.

As I understand it, Plaintiffs have been given access to the Aquipt document repository
to download the above-referenced production volumes.  Please let me know if you
have any difficulty accessing the documents.

Best Regards,

**Joseph S. Ferretti**

Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
**P**: +1 202 776 7863
**F**: +1 202 478 2811
**C**: +1 202 491 4799

jsferretti@duanemorris.com
www.duanemorris.com

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review
of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the
sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

\<ZHP State Secret Redaction Log.XLSX\>
\<12-31-2020 Cover Letter Regarding State Secret Redaction Log.pdf\>