# Exhibit N

# March                                                                 2021

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| **Pan Lin** | **Walton Wang** | **Ashit Vyas** | **Anthony Delicato** | **Corey Sawyer** | | |
| 8 | 9 | | 11 | 12 | 13 | 14 |
| **Claire Lyons** | Dan Barreto[1]<br><br>US | **Steffan Karlsson** | Tony Binsol[2]<br><br>US | David Bonilla | | |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| **Steffan Karlsson**<br><br>**Avi Korica** | Raphael Nudelman[3]<br><br>Israel | Kevin Galownia[4]<br><br>US | **Boaz Yekutiely** | **Narenda Vadsola** | | |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| **Rani Sualhi** | Elizabeth Gray[5]<br><br>US | Michelle Osmian[6]<br><br>US | Jens Nassall[7]<br><br>EU | **Jorg Fleuch** | | |
| 29 | | | | | 3 | 4 |

---

[1] Rule 30(b)(6) Topics 1-4; 17-19; 29-31; 44-49*; 50; 56

[2] Rule 30(b)(6) Topics 5-16; 20-28; 32; 34-38

[3] Rule 30(b)(6) Topics 33

[4] Rule 30(b)(6) Topics 52-53; 55*; 56

[5] Rule 30(b)(6) Topics 39-43

[6] Rule 30(b)(6) Topics 44-49*; 51; 54-55*

[7] Rule 30(b)(6) Topics44-49*

{Cases; 00032964.DOCX}