# Exhibit Q

**Aurobindo Deponents**

# January 2021

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21<br>David Palew* | 22 | 23 | 24 |
| 25 | 26 | 27 | 28<br>Prasad Gorijavolu* | 29 | 30 | 31 |

**\*Not offered by Aurobindo.**

# February 2021

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|  |  | Steve Lucas^ | Steve Lucas*^ |  |  |  |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|  |  |  |  |  |  |  |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|  |  |  | Blessy^ Johns | Blessy^* Johns |  |  |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|  |  | Sanjay Singh^ | Sanjay Singh*^ | Sanjay Singh (1/2)*^ |  |  |

**\*Not offered by Aurobindo, but needed to accommodate 30(b)(6) topics.**

**^Plaintiffs' Proposed Date – Aurobindo offered March 21-31 dates**