IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875 (RBK/JS) |

### NOTICE OF APPEARANCE OF TIFFANY M. ANDRAS

To the Clerk:

Please enter the appearance of Tiffany M. Andras on behalf of Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc., on this Court's MDL master docket.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: January 12, 2021

*/s/ Tiffany M. Andras*
Tiffany M. Andras (IL State Bar No. 6320221)
GREENBERG TRAURIG, LLP
77 West Wacker Drive – Suite 3100
Chicago, IL 60601
Telephone: (312) 456-1065
Facsimile: (312) 456-8435
E-mail: andrast@gtlaw.com

*Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 12th day of January 2021, I caused the foregoing document to be filed electronically with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing to all CM/ECF participants.

                                                 */s/ Tiffany M. Andras*
                                                 Tiffany M. Andras