UNITED STATES DISTRICT COURT
NEW JERSEY CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION | : MDL NO. 2875 <br> : <br> : HONORABLE ROBERT B. KUGLER, DISTRICT COURT JUDGE |
| THIS DOCUMENT RELATES TO: | : |
| *Louise Orsak v. Wal-Mart Inc., et al* <br> *Cause No. 1:20-cv-07807-RBK-JS* | : HONORABLE JOEL SCHNEIDER, MAGISTRATE JUDGE |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff and Defendants hereby stipulate under Fed. R. Civ. P. 41(a)(1)(ii), that this action be dismissed without prejudice from as to all claims, causes of action, and parties, with each party to bear its own attorney's fees and costs.

Dated: January 13, 2021

Respectfully submitted,

s/ *Paige N. Boldt*
**Paige Boldt**
Texas Bar No. 24082626

**WATTS GUERRA LLP**
5726 Hausman Rd. W., Ste. 119
San Antonio, TX 78249
Telephone: 866.529.9100
Fax: 210.448.0501
Email: pboldt@wattsguerra.com
***COUNSEL FOR PLAINTIFF***

s/ *Jessica Priselac*
Duane Morris, LLP
30 South 17th Street
Philidelphia, PA 19103-4196
Phone: 215-979-1159
Fax: 215-827-5486
Email: jpriselac@duanemorris.com
***Defendant's Liason Counsel***

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: January 13, 2021                 /s/ *Paige N. Boldt*
                                        Paige N. Boldt