**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
Minutes of Proceedings

**OFFICE:** CAMDEN                                   **DATE:** January 13, 2021

**HON. JOEL SCHNEIDER, U.S.M.J.**
**HON. THOMAS I. VANASKIE, (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:** Camille Pedano

**TITLE OF CASE:**                                   **DOCKET NO. 19-md-2875 (RBK-JS)**
IN RE: VALSARTAN, LOSARTAN AND
IRBESARTAN PRODUCTS LIABILITY
LITIGATION

**APPEARANCES:**
**FOR PLAINTIFFS:**                                  **FOR DEFENDANTS:**
Adam Slater, Esq.                                    Seth Goldberg, Esq.
Rubin Honik, Esq.                                    Victoria Lockhard, Esq.
David Stanoch, Esq.                                  Lori Cohen, Esq.
Daniel Nigh, Esq.                                    Sarah Johnston, Esq.
Conlee Whiteley, Esq.                                Jeffrey Geoppinger, Esq.
John Davis, Esq.                                     Clem Trichler, Esq.
                                                     Brittney Nagle, Esq.
                                                     Jessica Heinz, Esq.

**NATURE OF PROCEEDINGS:**   Telephone Status Conference
Telephone Status Conference held on the record.
Order to be entered.

                                                     s/Sarah Eckert
                                                     **DEPUTY CLERK**

**TIME COMMENCED:** 4:00 p.m.
**TIME ADJOURNED:** 5:45 p.m.
**TOTAL TIME:** 1 hours 45 minutes