# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
## Camden Division

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Civil No. 19-02875 (RBK/JS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Christopher B. Henry of Buchanan Ingersoll & Rooney PC as additional counsel on behalf of Defendant Albertson's LLC ("Albertson's"), in the above-captioned action. Albertson's preserves all defenses including, but not limited to, venue, propriety of service, and personal jurisdiction in any individual case Albertson's is named that is currently pending in the MDL or that may be subsequently transferred or consolidated with this MDL.

Dated:  January 14, 2021

Respectfully submitted,

/s/ *Christopher B. Henry*
Christopher B. Henry
**BUCHANAN INGERSOLL & ROONEY PC**
227 W. Trade St., Suite 600
Charlotte, NC 28202
Tel:     (704) 444-3475
Fax:    (704) 444-3490
Email: christopher.henry@bipc.com

*Counsel for Defendant Albertson's LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing document be electronically served through the Court's CM/ECF system on all users registered with that system on January 14, 2021.

/s/ *Christopher B. Henry*
Christopher B. Henry
**BUCHANAN INGERSOLL & ROONEY PC**
227 W. Trade St., Suite 600
Charlotte, NC 28202
Tel:   (704) 444-3475
Fax:   (704) 444-3490
Email: christopher.henry@bipc.com

*Counsel for Defendant Albertson's LLC*