IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION : PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 19-2875 (RBK/JS) |
| RICHARD MILLER,<br><br>            Plaintiff,<br>    vs.<br><br>ST. MARY'S APOTHECARY, et al,<br><br>            Defendants. | CIVIL NO.: 1:20-8950 (RBK-JS) |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant St. Mary's Apothecary, in connection with the above-referenced matter and respectfully request to be added to the CM/ECF system list in this matter at the following email address: ecrowley@harrisbeach.com. By entering this appearance, St. Mary's Apothecary preserves all defenses, including but not limited to service and personal jurisdiction, in any individual case in which St. Mary's Apothecary is named that is currently pending in this MDL or that may subsequently be transferred to or consolidated with MDL 2875.

DATED: January 13, 2021                              **HARRIS BEACH PLLC**

*/s/ Emily D. Crowley*
Emily D. Crowley, Esq.
*Attorneys for Defendant*
*St. Mary's Apothecary*
99 Garnsey Road
Pittsford, New York  14534
Phone: (585) 419-8658
Email: ecrowley@harrisbeach.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of January, 2021, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

                                               */s/ Emily D. Crowley*
                                               Emily D. Crowley, Esq.

319574\4820-2852-4500\ v1