**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| **IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation**<br><br>This Document Relates to:<br><br>Case No. 2:18-cv-00710, *Molinaro v. Prinston Pharmaceutical Inc., et al.* | **MDL No. 2875 Civil No.: 19-02875 (RBK)** |

**NOTICE OF VIDEOTAPED DEPOSITION OF**
**PLAINTIFF RONALD MOLINARO**

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendants Solco Healthcare U.S., LLC, Huahai U.S., Inc., and Prinston Pharmaceutical Inc. will take the deposition upon oral examination of Ronald Molinaro on February 10, 2021, at 9:00 a.m EST at 9628 Horne Lane, Estero, Florida.

Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case.

DM1\11678221.1

The attorney contact for the deposition is:

>Justin M. L. Stern
>Duane Morris LLP
>1875 N.W. Corporate Blvd.
>Suite 300
>Boca Raton, FL 33431
>(561) 962-2107
>jmlstern@duanemorris.com

Date: January 8, 2021

Respectfully submitted,

s/ Justin M. L. Stern
Justin M. L. Stern
Duane Morris LLP
1875 N.W. Corporate Blvd.
Suite 300
Boca Raton, FL 33431
(561) 962-2107
jmlstern@duanemorris.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2021, a true and correct copy of the foregoing Notice of Videotaped Deposition of Plaintiff Ronald Molinaro was served upon the following by e-mail, with copies to all defense counsel of record by e-mail:

Ruben Honik
Golomb & Honik, P.C.
1835 Market Street
Suite 2900
Philadelphia, PA 19103
(215) 985-9177
rhonik@golombhonik.com
*Attorneys for Plaintiff*

Clonlee Whiteley
David Stanoch
Kanner & Whiteley, LLC
701 Camp Street
New Orleans, LA 70130
(504) 524-5777
c.whiteley@kanner-law.com
d.stanoch@kanner-law.com
*Liaison Counsel for Plaintiffs*

s/ Justin M. L. Stern
Justin M. L. Stern
