IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, and IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

## ORDER

The Court having held a conference call with counsel on January 13, 2021; and this Order intending to confirm the rulings made by the Court that are reflected in the transcript of the proceedings; and the Court having expressed its request and belief that defendants should use their best efforts to produce witnesses for deposition in January and February so as not to overburden the deposition schedule in March; and for all the reasons stated by the Court,

It is hereby ORDERED this 15th day of January, 2021 as follows:

1. As to the parties' dispute regarding the payment for obtaining plaintiffs' records, the Court incorporates herein by reference the ruling set forth in its March 18, 2016 Order entered in the Benicar litigation (C.A. No. 15-2606 (RBK/JS), Doc. No. 419). For reference, the parties' Protocol was approved by the Court on April 9, 2016. See CMO No. 23, Doc. No. 459.

2. The schedule for ZHP's depositions that is set forth in Exhibit D to defendants' January 12, 202 letter [Doc. No. 730] is hereby APPROVED.

3. The total number of approved days for the Rule 30(b)(6) and fact depositions of the following ZHP witnesses is as follows:

- Lijie Wang –       1 day
- Hai Wang –         1.5 days
- Linda Liu –        1.5 days
- Jie Wang –         1.5 days
- Hong Gu –          1.5 days
- Jacie Ge –         1.5 days
- Minli Zhang –      2.0 days
- O Dong –           1.5 days
- P. Dong            2.0 days
- Min Li –           2.5 days

   Total –           16.5 days

4. The total number of approved days for the Rule 30(b)(6) and fact depositions of the following Mylan witnesses is as follows:

- Glover –           3 days
- Talton –           1.5 days
- Molnar –           1 day
- Dr. Snider –       1 day
- Reed –             1 day

   Total –           7.5 days

5. At the parties' request the Court did not address deposition issues regarding the witnesses to be produced by Teva, Aurobindo, Hetero and Torrent.

6. This Order does not address the parties' dispute regarding whether defendants' are required to produce certain disputed witnesses for deposition.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge

2