UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |
| THIS DOCUMENT RELATES TO:<br>*Erwin v. Prinston Pharmaceuticals Inc.*, et al.,<br>Case No. 3:18-cv-13447-FLW-LHG | |

## NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF ERIC J. ERWIN

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendants Teva Pharmaceuticals USA, Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc. will take the deposition upon oral examination of Eric J. Erwin on January 19, 2021 at 9:00 a.m. CST at 11808 Yarmouth Lane, Frisco, Texas 75036. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

      Gregory E. Ostfeld
      Greenberg Traurig LLP
      77 W. Wacker Dr., Suite 3100
      Chicago, Illinois 60601

                    (312) 456-8400
                    ostfeldg@gtlaw.com

Date: December 29, 2020                Respectfully submitted,

                                                */s/ Lori G. Cohen*
                                                Lori G. Cohen, *Lead Counsel*
                                                Terminus 200
                                                3333 Piedmont Rd., NE,
                                                Suite 2500
                                                Atlanta, Georgia 30305
                                                Tel: (678) 553-2385
                                                Fax: (678) 553-2386
                                                cohenl@gtlaw.com
                                                *Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2021, I caused a true and correct copy of the foregoing Notice of Videotaped Deposition of Plaintiff Eric Erwin to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was originally served on the following Plaintiff's counsel by e-mail, with copies by e-mail to Counsel for Defendants, on December 30, 2020:

| | |
|---|---|
| Ruben Honik | Allan Kanner |
| Golomb & Honik, PC | Conlee S. Whiteley |
| 1835 Market St. | Layne Hilton |
| Suite 2900 | David Stanoch |
| Philadelphia, PA | Kanner & Whiteley, L.L.C. |
| (215) 985-9177 | 701 Camp Street |
| rhonik@golombhonik.com | New Orleans, LA 70130 |
| | (504) 524-5777 |
| | a.kanner@kanner-law.com |
| | c.whiteley@kanner-law.com |
| | l.hilton@kanner-law.com |
| | d.stanoch@kanner-law.com |

 */s/ Tiffany M. Andras*
 *Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*