**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |
| THIS DOCUMENT RELATES TO:<br>*Roberts v. Torrent Pharma, Inc., et al.*,<br>Case No. 3:18-cv-16075 | |

## AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF ROBIN ROBERTS

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendants Teva Pharmaceuticals USA, Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc. will take the deposition upon oral examination of Robin Roberts on February 2, 2021 at 10:00 a.m. EST at 9213 Camptown CT, Mechanicsville, Virginia 23116. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

        Tiffany M. Andras
        Greenberg Traurig LLP
        77 W. Wacker Dr., Suite 3100 Chicago, Illinois 60601

1

         (312) 456-8400
         andrast@gtlaw.com

Date: January 12, 2021       Respectfully submitted,

              <u>*s/ Lori G. Cohen*</u>
              Lori G. Cohen, *Lead Counsel*
              Terminus 200
              3333 Piedmont Rd., NE,
              Suite 2500
              Atlanta, Georgia 30305
              Tel: (678) 553-2385
              Fax: (678) 553-2386
              cohenl@gtlaw.com
              *Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2021, I caused a true and correct copy of the foregoing Amended Notice of Videotaped Deposition of Plaintiff Robin Roberts to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was originally served on the following Plaintiff's counsel by e-mail, with copies by e-mail to Counsel for Defendants, on January 12, 2020:

Ruben Honik
Golomb & Honik, PC
1835 Market St.
Suite 2900
Philadelphia, PA
(215) 985-9177
rhonik@golombhonik.com

Allan Kanner
Conlee S. Whiteley
Layne Hilton
David Stanoch
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
(504) 524-5777
a.kanner@kanner-law.com
c.whiteley@kanner-law.com
l.hilton@kanner-law.com
d.stanoch@kanner-law.com

 */s/ Tiffany M. Andras*
*Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*