UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, <br><br> THIS DOCUMENT RELATES TO: <br> *Joseph Cacaccio et al. v. Mylan Pharmaceuticals Inc. et al.;* <br> *Elizabeth Duffy et al. v. Aurobindo Pharma USA et al.* <br> Case No. 1:19-cv-08591 | MDL NO. 2875 <br><br> HON. ROBERT B. KUGLER |

## NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF JOSEPH CACACCIO

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendant Mylan Pharmaceuticals Inc. will take the deposition upon oral examination of Joseph Cacaccio on February 9, 2021 at 9:00 a.m. EST at 430 Parker Avenue, Levittown, New York, 11756. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

        Clem C. Trischler
        Pietragallo Gordon Alfano
        Bosick & Raspanti, LLP
        One Oxford Centre, 38th Floor

1

        Pittsburgh, PA 15219
        (412) 263-1816
        cct@pietragallo.com

Date: January 7, 2021　　　　　　　　　Respectfully submitted,

         s/ *Clem C. Trischler*
        Clem C. Trischler, Esq.
        Pietragallo Gordon Alfano Bosick & Raspanti, LLP
        One Oxford Centre, 38th Floor
        Pittsburgh, PA 15219
        (412) 263-1816
        cct@pietragallo.com

        *Attorney for Defendant Mylan Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2021 a true and correct copy of the Notice of Videotaped Deposition of Plaintiff Joseph Cacaccio was served upon the following by e-mail, with copies to Counsel for Plaintiffs and all counsel of record by e-mail:

Joseph I. Marchese
Neal J. Deckant
Scott A. Bursor
BURSOR & FISHER, P.A.
888 Seventh Ave.
New York, NY 10019
(646) 837-7150
jmarchese@bursor.com
ndeckant@bursor.com
scott@bursor.com
*Attorneys for Plaintiff*

Ruben Honik
GOLOMB & HONIK, PC
1835 Market St., Suite 2900
Philadelphia, PA
(215) 985-9177
rhonik@golombhonik.com
*Attorneys for Plaintiff*

Adam M. Slater
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, NJ 07068
aslater@mazieslater.com
*Lead Counsel for Plaintiffs*

David Stanoch
KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, LA 70130
(504) 524-5777
d.stanoch@kanner-law.com
*Liaison Counsel for Plaintiffs*

Seth A. Goldberg
Jessica Priselac
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103
SAGoldberg@duanemorris.com
JPriselac@duanemorris.com
*Liaison Counsel for Defendants*

s/ *Clem C. Trischler*
Clem C. Trischler