**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |
| THIS DOCUMENT RELATES TO:<br>*Veronica Longwell, et al. v. Zhejiang Huahai Pharmaceuticals, Co., Ltd., et al.*,<br>Case No. 1:18-cv-16067 | |

### NOTICE OF VIDEOTAPED DEPOSITION OF
### PLAINTIFF VERONICA LONGWELL

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendant Hetero Drugs Ltd. And Hetero Labs Ltd. will take the deposition upon oral examination of Veronica Longwell on January 26, 2021 at 9:00 a.m. EST at Hill Wallack LLP, 21 Roszel Road, Princeton, NJ 08540. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

1

        Eric Abraham, Esq.
Hill Wallack LLP
21 Roszel Road
Princeton, NJ 08540
(609) 924-0808
eabraham@hillwallack.com

Date: December 23, 2020　　　　　　Respectfully submitted,

        /s/ *Eric Abraham*
Eric Abraham, Esq.
Hill Wallack LLP
21 Roszel Road
Princeton, NJ 08540
(609) 924-0808
eabraham@hillwallack.com

*Attorney for Defendants Hetero Labs Ltd. and Hetero Drugs Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of December, 2020 a true and correct copy of the Notice of Videotaped Deposition of Plaintiff Veronica Longwell was served upon the following by e-mail, with copies to Counsel for Plaintiffs and all counsel of record by e-mail:

| | |
|---|---|
| David J. Stanoch, Esq. | Conlee S. Whiteley |
| Golomb & Honik, P.C. | Kanner & Whiteley, L.L.C. |
| 1835 Market Street | 701 Camp Street |
| Philadelphia, PA 19103 | New Orleans, LA 70130 |
| dstanoch@golombhonik.com | c.whiteley@kanner-law.com |
| Attorneys for Plaintiff | Attorney for Plaintiffs |

/s/ *Eric Abraham*
      Eric Abraham