**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |

THIS DOCUMENT RELATES TO:
*Dennis Kaplan, et al. v, Prinston Pharmaceutical, Inc., et al.*,
Case No. 1:18-cv-16067

### AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF

### PLAINTIFF DENNIS KAPLAN

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendants Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC will take the deposition upon oral examination of Dennis Kaplan on January 22, 2021 at 9:00 a.m. EST at 1116 Iroquois Avenue, Mayfield Heights, Ohio 44124. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

> Jessica M. Heinz
> CIPRIANI & WERNER, P.C.
> 450 Sentry Parkway East
> Suite 200

1

                    Blue Bell, PA 19422
                    (610) 567-0700
                    jheinz@c-wlaw.com

Date: December 28, 2020                Respectfully submitted,

                                            s/ *Jessica M. Heinz*
                                            Jessica M. Heinz
                                            CIPRIANI & WERNER, P.C.
                                            450 Sentry Parkway East
                                            Suite 200
                                            Blue Bell, PA 19422
                                            (610) 567-0700
                                            jheinz@c-wlaw.com

                                            *Attorney for Defendants*
                                            *Aurobindo Pharma USA, Inc.,*
                                            *Aurobindo Pharma Ltd., and*
                                            *Aurolife Pharma LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of December, 2020 a true and correct copy of the Amended Notice of Videotaped Deposition of Plaintiff Dennis Kaplan was served upon the following by e-mail, with copies to Counsel for Plaintiffs and all counsel of record by e-mail:

Ruben Honik
Golomb & Honik, PC
1835 Market St.
Suite 2900
Philadelphia, PA
(215) 985-9177
RHonik@golombhonik.com

Conlee S. Whiteley
David J. Stanoch
Layne Hilton
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
(505) 524-5777
c.whiteley@kanner-law.com
d.stanoch@kanner-law.com
l.hilton@kanner-law.com

John R. Davis
Michael L. Slack
Slack Davis Sanger, LLP
6001 Bold Ruler Way
Suite 100
Austin, TX 78746
(512) 795-8686
jdavis@slackdavis.com
mslack@slackdavis.com

 

s/ *Jessica M. Heinz*
Jessica M. Heinz