**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |

THIS DOCUMENT RELATES TO:
*Alphonse Borkowski v, Prinston Pharmaceutical, Inc., et al.*,
Case No. 1:19-cv-06204

## NOTICE OF VIDEOTAPED DEPOSITION OF

## PLAINTIFF ALPHONSE BORKOWSKI

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendants Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC will take the deposition upon oral examination of Alphonse Borkowski on February 4, 2021 at 9:00 a.m. EST at 4030 Autumnway Lane, Hamburg, NY 10475. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

        Jessica M. Heinz
        CIPRIANI & WERNER, P.C.
        450 Sentry Parkway East
        Suite 200
        Blue Bell, PA 19422
        (610) 567-0700
        jheinz@c-wlaw.com

Date: January 5, 2021        Respectfully submitted,

        s/ *Jessica M. Heinz*
        Jessica M. Heinz
        CIPRIANI & WERNER, P.C.
        450 Sentry Parkway East
        Suite 200
        Blue Bell, PA 19422
        (610) 567-0700
        jheinz@c-wlaw.com

        *Attorney for Defendants*
        *Aurobindo Pharma USA, Inc.,*
        *Aurobindo Pharma Ltd., and*
        *Aurolife Pharma LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January 5, 2021, a true and correct copy of the Notice of Videotaped Deposition of Plaintiff Alphonse Borkowski was served upon the following by e-mail, with copies to Counsel for Plaintiffs and all counsel of record by e-mail:

Ruben Honik
Golomb & Honik, PC
1835 Market St.
Suite 2900
Philadelphia, PA
(215) 985-9177
rhonik@golombhonik.com

John R. Davis
Michael L. Slack
Slack Davis Sanger, LLP
6001 Bold Ruler Way
Suite 100
Austin, TX 78746
(512) 795-8686
jdavis@slackdavis.com
mslack@slackdavis.com

Conlee S. Whiteley
David Stanoch
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
(504) 524-5777
c.whiteley@kanner-law.com
d.stanoch@kanner-law.com

Paul G. Joyce
Colucci & Gallaher, PC
2000 Liberty Building
424 Main Stgreet
Buffalo, NY 14202
(716) 853-6509
PJoyce@colucci-gallaher.com

s/ *Jessica M. Heinz*
Jessica M. Heinz