**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

IN RE: VALSARTAN, LOSARTAN, AND
IRBESARTAN PRODUCTS LIABILITY
LITIGATION,

MDL NO. 2875

HON. ROBERT B. KUGLER

THIS DOCUMENT RELATES TO:
*Cecil Byrd v, Prinston Pharmaceutical,*
*Inc., et al.*,
Case No. 1:19-cv-08591

## NOTICE OF VIDEOTAPED DEPOSITION OF

## PLAINTIFF CECIL BYRD

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendants Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC will take the deposition upon oral examination of Cecil Byrd on February 16, 2021 at 9:00 a.m. EST at 4225 Cameron Road, Orangeburg, SC 29115. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

1

Jessica M. Heinz
CIPRIANI & WERNER, P.C.
450 Sentry Parkway East
Suite 200
Blue Bell, PA 19422
(610) 567-0700
jheinz@c-wlaw.com

Date: January 15, 2021                    Respectfully submitted,

s/ *Jessica M. Heinz*
Jessica M. Heinz
CIPRIANI & WERNER, P.C.
450 Sentry Parkway East
Suite 200
Blue Bell, PA 19422
(610) 567-0700
jheinz@c-wlaw.com

*Attorney for Defendants*
*Aurobindo Pharma USA, Inc.,*
*Aurobindo Pharma Ltd., and*
*Aurolife Pharma LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of January, 2021, a true and correct copy of the

Notice of Videotaped Deposition of Plaintiff Cecil Byrd was served upon the following by e-

mail, with copies to Counsel for Plaintiffs and all counsel of record by e-mail:

Joseph I. Marchese                   Conlee S. Whiteley
Scott A. Bursor                      Kanner & Whiteley, L.L.C.
Bursor & Fisher, P.A.                701 Camp Street
888 Seventh Ave.                     New Orleans, LA  70130
New York, NY  10019                  (504) 524-5777
(646) 837-7150                       c.whiteley@kanner-law.com
jmarchese@bursor.com
scott@bursor.com


                                     s/ *Jessica M. Heinz*
                                     Jessica M. Heinz