# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge |

## THE ZHP PARTIES' MOTION FOR PROTECTIVE ORDER PRECLUDING DEPOSITIONS OF CERTAIN EMPLOYEES

Zhejiang Huahai Pharmaceutical Co., Ltd, Huahai US, Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC (collectively the "ZHP Parties"), pursuant to this Court's January 11, 2021 Order (Dkt. No. 727), file this Motion for Protective Order and aver as follows:

1. In support of the instant motion, the ZHP Parties will rely on their accompanying brief, exhibits, and proposed order.

January 20, 2021

                                           Respectfully submitted,

                                           By: /s/ Seth A. Goldberg

                                           DUANE MORRIS LLP
                                           Seth A. Goldberg
                                           30 South 17th Street

Philadelphia, Pennsylvania 19103
Tel.: (215)979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com

*Attorneys for Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*

Case 1:19-md-02875-RMB-SAK Document 765 Filed 01/20/21 Page 2 of 2 PageID: 19853