**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

|  |  |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY  LITIGATION** | MDL No. 2875 <br><br> Honorable Robert B. Kugler, District Court Judge <br><br> Honorable Karen M. Williams, Magistrate Judge |
| **This Document Relates to All Actions** |  |

**NOTICE OF THE ZHP PARTIES' MOTION FOR PROTECTIVE ORDER PRECLUDING DEPOSITIONS OF CERTAIN EMPLOYEES**

To:    Adam M. Slater, Esquire
       Mazie Slater Katz & Freeman
       103 Eisenhower Parkway
       Suite 207
       Roseland, NJ 07068

PLEASE TAKE NOTICE that on a date to be decided after January 20, 2021, the ZHP Parties, by and through their undersigned counsel, shall move before the Honorable Robert B. Kugler, the Honorable Karen M. Williams, and the Honorable Special Master Thomas I. Vanaskie, for an ORDER precluding depositions of certain employees.

January 20, 2021

Respectfully submitted,

By: /s/ Seth A. Goldberg

DUANE MORRIS LLP
Seth A. Goldberg
30 South 17th Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com

*Attorneys for Zhejiang Huahai*
*Pharmaceutical Co, Ltd., Huahai*
*U.S., Inc., Prinston Pharmaceutical*
*Inc., and Solco Healthcare US, LLC*

2