UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge |

**ORDER**

AND NOW, this _____ day of _____, 2021, after consideration of the ZHP Parties' Motion for Protective Order Precluding Depositions of Certain Employees, it is hereby **ORDERED** and **DECREED** that said Motion is granted. It if further **ORDERED** that Plaintiffs are precluded from taking the depositions of Yanfeng (Lucy) Liu, Yuelin Hu, Fangyang (Xavier) Tang, and Mi (Karen) Xu.

_____
Honorable Thomas I. Vanaskie,
Special Master