UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge |

## CERTIFICATE OF SERVICE

I, Seth A. Goldberg, hereby certify that on January 20, 2021, copies of the foregoing ZHP Parties' Motion for Protective Order Precluding Depositions Of Certain Employees and supporting documents have been served via ECF upon Counsel for Plaintiffs and all counsel of record in the Court's electronic filing system.

/s/ Seth A. Goldberg

Dated: January 20, 2021