# EXHIBIT E

# Duane Morris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

JOSEPH S. FERRETTI
DIRECT DIAL: +1 202 776 7863
PERSONAL FAX: +1 202 478 2811
*E-MAIL:* jsferretti@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN

*A GCC REPRESENTATIVE OFFICE OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

December 31, 2020

VIA EMAIL

Ruben Honik, Esq.
Golomb & Honik, P.C.
rhonik@golombhonik.com

David Stanoch, Esq.
Kanner & Whiteley, LLC
d.stanoch@kanner-law.com

Adam Slater, Esq.
Mazie Slater Katz & Freeman, LLC
aslater@mazieslater.com

Daniel Nigh, Esq.
Levin Papantonio Thomas Mitchell
Rafferty & Proctor, P.A.
dnigh@levinlaw.com

Conlee Whiteley, Esq.
Kanner & Whiteley, LLC
c.whiteley@kanner-law.com

Re: **In re Valsartan, Losartan, and Irbesartan Products Liability Litigation**
**Civ. No. 19-2875 (D.N.J.)**

Counsel:

Pursuant to the Court's December 23, 2019 (Doc. 328), April 20, 2020 (Doc. 416), and June 23, 2020 (Doc. 487) Orders and June 3, 2020 instruction in the above-referenced matter, and subject to the Discovery Confidentiality Order (Doc. 139, the "DCO"), defendant Zhejiang Huahai Pharmaceutical Co., Ltd ("ZHP") is producing documents through the Aquipt document repository as production volume ZHP028 (ZHP02666949 – ZHP02671217). These documents are from the custodial files of Xavier Tang, a document custodian added by agreement of the Parties.

This production of documents is made subject to the objections made by counsel during the December 11, 2019 conference with Judge Schneider. ZHP reserves any and all objections as to relevance, materiality, privilege, admissibility, or any other grounds on which an objection may be made.

DUANE MORRIS LLP
505 9TH STREET, N.W., SUITE 1000   WASHINGTON, D.C. 20004-2166        PHONE: +1 202 776 7800   FAX: +1 202 776 7801

DuaneMorris

Ruben Honik, Esq.
David Stanoch, Esq.
Adam Slater, Esq.
Daniel Nigh, Esq.
Conlee Whiteley, Esq.
December 31, 2020
Page 2

      This production of documents contains document families with responsive documents that are being redacted or withheld on the grounds of privilege or work product.  We will provide a privilege log in accordance with the Court's instructions.

      The ZHP Parties are also producing an overlay file with natively redacted Excel files through the Aquipt document repository in order to provide files that were not previously included in various prior production volumes.  By agreement with Plaintiffs' counsel, the ZHP Parties previously produced slip sheets for these files but needed more time to redact and produce the native files.

      The ZHP Parties are also producing an overlay file with replacement images and native files with downgraded confidentiality designations in the meta-data, on the images, and in the native file titles.  These replacements relate to documents in various production volumes.

      Sincerely,

      */s/ Joseph S. Ferretti*

      Joseph S. Ferretti

cc:    Lori G. Cohen (cohenl@gtlaw.com)
       Clem C. Trischler (cct@pietragallo.com)
       Jessica M. Heinz (Jheinz@c-wlaw.com)
       Janet L. Poletto (jpoletto@hkmpp.com)
       Alexia Brancato (alexia.brancato@kirkland.com)
       Behram Parekh (behram.parekh@drlawllp.com)
       Cheryll Calderon (ccalderon@mazieslater.com)
       Ashleigh Raso (araso@meshbesher.com)
       Joey Argenal (argenal@csdisco.com)
       Jeremy Robertson (robertson@csdisco.com)
       valsartan@csdisco.com
       valpec@kirtlandpackard.com