# EXHIBIT F

**ZHP00666380 - Document was designated confidential and will be provided separately to Counsel and the Court**