# EXHIBIT H

**ZHP02542017 - Document was designated confidential and will be provided separately to Counsel and the Court**