IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | CIVIL NO. 19-2875 (RBK/JS)<br><br>Honorable Robert B. Kugler<br>District Court Judge<br><br>Honorable Joel Schneider<br>Magistrate Judge<br><br>DECLARATION IN SUPPORT OF THE MOTION TO BE ADMITTED *PRO HAC VICE* |

**AFFIDAVIT OF JESSICA M. HEINZ, ESQ., IN SUPPORT OF THE MOTION FOR ADMISSION *PRO HAC VICE* ON BEHALF OF AUROBINDO PHARMA, LTD, AUROBINDO PHARMA USA, INC., AND AUROLIFE PHARMA, LLC**

JESSICA M. HEINZ, upon oath, avers and says as follows:

1. I am an attorney at law, in good standing, of the bar of the Commonwealth of Pennsylvania, and New Jersey.

2. This declaration is made in support of the Motion for Admission, *pro hac vice*, of Ethan R. Feldman, Esq., on behalf of Defendants, Aurobindo Pharma, Ltd, Aurobindo Pharma USA, Inc., and Aurolife Pharma, LLC.

3. The statements made are to the best of my knowledge.

4. There are no disciplinary proceedings pending against me in the Commonwealth of Pennsylvania.

5.  There are no disciplinary proceedings pending against me in the State of New Jersey.

6.  If admitted *pro hac vice*, Ethan R. Feldman, Esq., will comply with the New Jersey Rules of Professional Conduct, and will consent to Personal Jurisdiction in New Jersey.

7.  If admitted *pro hac vice*, Ethan R. Feldman, Esq., will submit the required payment of $150 to the "Clerk, United States District Court," and $212 payable to "New Jersey Lawyer's Fund for Client Protection."

8.  I declare under penalty of perjury the aforementioned statements are true and correct to the best of my knowledge.

DATE: January 21, 2021                By: /s/ *Jessica Heinz*
                                      Jessica M. Heinz, Esquire
                                      CIPRIANI & WERNER, P.C.
                                      450 Sentry Parkway
                                      Blue Bell, PA 19422
                                      jheinz@c-wlaw.com