**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |
| THIS DOCUMENT RELATES TO:<br>*Neal v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.*,<br>Case No. 1:18-cv-16071-RBK-JS | |

## NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF TALSIE NEAL

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendants Solco Healthcare U.S., LLC, Huahai U.S., Inc., and Prinston Pharmaceutical Inc. will take the deposition upon oral examination of Talsie Neal on January 29, 2021 at 9:00 a.m CST at 1250 Millerville Road, Apartment 12204, Baton Rouge, Louisiana. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

Drew T. Dorner
Duane Morris LLP

1

       505 9th Street N.W.
       Suite 1000
       (202) 776-5291
       dtdorner@duanemorris.com

Date: December 23, 2020    Respectfully submitted,

           /s/ Drew T. Dorner
       Drew T. Dorner
       Duane Morris LLP
       505 9th Street N.W.
       Suite 1000
       Washington, DC 20004-2166
       T: (202) 776-5291
       dtdorner@duanemorris.com

       *Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, 2020 a true and correct copy of the Notice of Videotaped Deposition of Plaintiff Talsie Neal was served upon the following by e-mail, with copies to the following Counsel for Plaintiffs:

Ruben Honik
David J. Stanoch
Golomb & Honik, P.C.
1835 Market Street
Suite 2900
Philadelphia, PA 19103
(215) 985-9177
dstanoch@golombhonik.com

Conlee S. Whiteley
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
(504) 524-5777
c.whiteley@kanner-law.com

                                                                s/ Drew T. Dorner
                                                                Drew T. Dorner