**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |

### NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF FLORA McGILVERY

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendants Solco Healthcare U.S., LLC, Huahai U.S., Inc., and Prinston Pharmaceutical Inc. will take the deposition upon oral examination of Flora McGilvery on February 11, 2021 at 9:00 a.m CST at 5911 Brewbaker Boulevard, Montgomery, Alabama. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

    Drew T. Dorner
    Duane Morris LLP
    505 9th Street N.W.
    Suite 1000
    (202) 776-5291
    dtdorner@duanemorris.com

Date: January 8, 2021                               Respectfully submitted,

                                       s/ Drew T. Dorner
                                       Drew T. Dorner
Duane Morris LLP
505 9th Street N.W.
Suite 1000
Washington, DC 20004-2166
T: (202) 776-5291
dtdorner@duanemorris.com

*Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2021 a true and correct copy of the Notice of Videotaped Deposition of Plaintiff Flora McGilvery was served upon the following by e-mail, with copies to the following Counsel for Plaintiffs:

Joseph I. Marchese
Andrew Obergfell
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
(646) 837-7150
jmarchese@bursor.com
aobergfell@bursor.com

Neal J. Deckant
Bursor & Fisher, P.A.
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
(925) 300-4455
ndeckant@bursor.com

Conlee S. Whiteley
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
(504) 524-5777
c.whiteley@kanner-law.com

Adam Slater
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-9898
aslater@mazieslater.com

                                                  s/ Drew T. Dorner
                                                  Drew T. Dorner