THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| IN RE:  VALSARTAN, LOSARTAN and IRBESARTAN PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL NO. 19-2875(RBK-JS) |

_____

## ORDER  REGARDING  COURT  REPORTERS

**THIS MATTER HAVING** come before the Court on the issue of the Special Master's use of court reporters to record proceedings taking place before the Special Master;

**IT IS ON THIS**   22nd   day of January, 2021, **ORDERED** that the Special Master utilize the services of an official reporter employed by the District of New Jersey to the extent they are available, to record the proceedings held before the Special Master.  Should an official reporter not be available, the Special Master may employ any competent court reporter at his option, pursuant to Paragraph 2 of the Order Appointing Hon. Thomas I. Vanaskie as Special Master for Discovery [Document 692].

 s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge