**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF LUBERTHA POWELL

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendant Torrent Pharma, Inc. and Torrent Pharmaceuticals, Ltd. ("Torrent") will take the deposition upon oral examination of Lubertha Powell on February, 24 2021 at 9:00 a.m. EST at 1112 Heph-McBean Rd., Hephzibah, GA 30815.

Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case.

1

The attorney contact for the deposition is:

>Alexia R. Brancato
>Kirkland & Ellis LLP
>601 Lexington Ave
>New York, NY 10022
>212-909-3344
>alexia.brancato@kirkland.com

Date: January 22, 2021                    Respectfully submitted,

                                                            s/ *Alexia R. Brancato*
Alexia R. Brancato
Kirkland & Ellis LLP
601 Lexington Ave
New York, NY 10022
212-909-3344
alexia.brancato@kirkland.com

*Attorney for Defendant Torrent Pharma, Inc. and Torrent Pharmaceuticals, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January 2021 a true and correct copy of the Notice of Videotaped Deposition of Plaintiff Lubertha Powell was served upon all counsel of record via CM/ECF.

s/ *Alexia R. Brancato*
Alexia R. Brancato
