UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Case No.: 1:19-md-02875-RBK-JS<br>MDL No. 2875<br><br>Hon. Robert B. Kugler |
| THIS DOCUMENT RELATES TO: | District Court Judge |
| *Lomax v. Prinston Pharmaceutical, Inc., et al.*<br>*Case No.:* 1:20-cv-05176-RBK-JS*;* | Hon. Karen M. Williams<br><br>Magistrate Judge |

-----------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff and Defendants hereby stipulate under Fed. R. Civ P. 41(a)(1)(ii), that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party to bear its own attorney's fees and costs.

Dated:  New York, New York
         January 25, 2021

Yours, etc.,

**LAW OFFICES OF HENRY SCHWARTZ**

s/ _____
By:     Henry Schwartz, Esq.
Attorneys for Plaintiff SHARON LOMAX
(Case No.: 1:20-cv-05176-RBK-JS)
32 Court Street, Suite 908
Brooklyn, NY 11201
(718) 222-3118

/s/ Seth A. Goldberg
By:     Seth A. Goldberg, Esq.
DUANE MORRIS, LLP
30 South 17th Street
Philidelphia, PA 19103-4196
Phone: (215) 979-1000
Fax: (215) 9791020
Email: SAGoldberg@duanemorris.com

1

## CERTIFCATE OF SERVICE

**I HEREBY CERTIFY** that on January 25, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends and electronic notification to all counsel of record and other CM/ECF participants

                                          **LAW OFFICES OF HENRY SCHWARTZ**

                                          s/ _HS_____
                                          By:    Henry Schwartz, Esq.
                                          Attorneys for Plaintiff SHARON LOMAX
                                          (Case No.: 1:20-cv-05176-RBK-JS)
                                          32 Court Street, Suite 908
                                          Brooklyn, NY 11201
                                          (718) 222-3118