**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

IN RE: VALSARTAN, LOSARTAN, AND
IRBESARTAN PRODUCTS LIABILITY
LITIGATION,

MDL NO. 2875

HON. ROBERT B. KUGLER

THIS DOCUMENT RELATES TO:
*Nelson v. Teva Pharmaceuticals Indust.,*
*Ltd.*, *et al.*,
Case No. 2:19-cv-00332-JMA-AKT

<u>**AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF**</u>
<u>**PLAINTIFF GERALD NELSON**</u>

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil

Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20,

Dkt. 632), Defendants Teva Pharmaceuticals USA, Teva Pharmaceutical Industries Ltd., Actavis

LLC, and Actavis Pharma, Inc. will take the deposition upon oral examination of Gerald Nelson on

**February 26, 2021 at 10:00 a.m. EST** at 86 Park Lane Drive, Albertson, New York 11507. Please

take further notice that: the deposition will be conducted remotely, using audio-visual conference

technology; the court reporter will report the deposition from a location separate from the witness;

counsel for the parties will be participating from various, separate locations; the court reporter will

administer the oath to the witness remotely; and the witness will be required to provide government-

issued identification satisfactory to the court reporter, and this identification must be legible on

camera. The deposition shall be videotaped and recorded stenographically, and will continue from

day to day until completed before a person duly authorized to administer oaths who is not counsel of

record or interested in the events of this case. The attorney contact for the deposition is:

Tiffany M. Andras
Greenberg Traurig LLP
77 W. Wacker Dr., Suite 3100
Chicago, Illinois 60601

1

(312) 456-8400
andrast@gtlaw.com


Date: January 25, 2021           Respectfully submitted,

*/s/ Tiffany M. Andras*
Lori G. Cohen, *Lead Counsel*
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Rd., NE,
Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
cohenl@gtlaw.com

Gregory E. Ostfeld
Tiffany M. Andras
77 West Wacker Drive, #3100
Chicago, IL 60601
Ph. (312) 456-8400
Fax (312-) 456-8435
ostfeldg@gtlaw.com
andrast@gtlaw.com

*Attorneys for Teva Pharmaceuticals USA, Inc.,
Teva Pharmaceutical Industries Ltd., Actavis LLC,
and Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January 2021, I caused a true and correct copy of the Amended Notice of Videotaped Deposition of Plaintiff Gerald Nelson to be filed upon all counsel of record via the Court's ECF system, with copies by e-mail to Counsel for Plaintiff as follows:

**BURSOR & FISHER, P.A.**
Scott Bursor
Andrew Obergfell
Joseph Marchese
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: scott@bursor.com
Email: jmarchese@bursor.com
Email: aobergfell@bursor.com

*/s/ Tiffany M. Andras*
*Attorney for Teva Pharmaceuticals USA, Inc.,*
*Teva Pharmaceutical Industries Ltd., Actavis*
*LLC, and Actavis Pharma, Inc.*