IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| | CIVIL NO. 19-2875 (RBK/JS) |
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Honorable Robert B. Kugler<br>District Court Judge<br><br>Honorable Joe Schneider<br>Magistrate Judge<br><br>DECLARATION IN SUPPORT OF THE MOTION TO BE ADMITTED *PRO HAC VICE* |

## DECLARATION OF ETHAN R. FELDMAN, ESQ, IN SUPPORT OF THE MOTION FOR ADMISSION *PRO HAC VICE* ON BEHALF OF AUROBINDO PHARMA., LTD., AUROBINDO PHARMA, USA, INC., AND AUROLIFE PHARMA, LLC

Ethan R. Feldman, upon oath, avers and says as follows:

1. I am an attorney at law, in good standing, of the bar of the Commonwealth of Pennsylvania.

2. I was admitted to practice law in the Commonwealth of Pennsylvania in 2017.

3. I am not admitted to practice in any jurisdiction other than the Commonwealth of Pennsylvania.

4. This declaration is made in support of the Motion for Admission, pro hac vice, on behalf of defendants, Aurobindo Pharm., LTD., Aurobindo Pharmca, USA, Inc. and Aurolife

7. If admitted *pro hac vice*, I will comply with the New Jersey Rules of Professional Conduct, and I will consent to Personal Jurisdiction in New Jersey.

8. If admitted *pro hac vice*, my firm will submit the required payment of $150 to the "Clerk, United States District Court," and, $212 payable to "New Jersey Lawyer's Fund for Client Protection."

9. I declare under penalty of perjury the aforementioned states are true and correct to the best of my knowledge.

DATE: January 25, 2021

By: _____
Ethan R. Feldman, Esquire
CIPRIANI & WERNER, P.C.
450 Sentry Parkway
Blue Bell, PA 19422
efeldman@c-wlaw.com