IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875 (RBK/JS) |

### NOTICE OF APPEARANCE OF GEROND J. LAWRENCE

To the Clerk:

Please enter the appearance of Gerond J. Lawrence on behalf of Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc., on this Court's MDL master docket.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: January 25, 2021

                                                                                                     */s/ Gerond J. Lawrence*
                                                                                                      Gerond J. Lawrence
                                                                                                       (GA State Bar No. 961369)
                                                                                                       GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2287
Facsimile:  (678) 553-2212
E-mail: lawrencege@gtlaw.com

*Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

ACTIVE 54923131v3

## CERTIFICATE OF SERVICE

    I hereby certify that on the 25th day of January 2021, I caused the foregoing document to be filed electronically with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing to all CM/ECF participants.

                                            */s/ Gerond J. Lawrence*
                                            Gerond J. Lawrence