# EXHIBIT A

**ZHP Deponents**

# January 2021

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
|  |  |  |  |  |  |  |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|  |  |  |  |  |  |  |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|  |  |  |  |  |  |  |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|  |  | John Iozzia |  |  |  |  |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|  | Lijie Wang |  |  |  |  |  |

# February 2021

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|   | Remonda Gergis |   |   |   |   |   |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|   | Hai Wang | Hai Wang (3.5) |   |   |   |   |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|   |   | Jun Du |   |   |   |   |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|   |   |   |   |   |   |   |

# March 2021

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 28 | 1 | 2 | 3 | 4 | 5 | 6 |
|  | Minli Zhang* | Minli Zhang* | Minli Zhang* & Qiangming Li * | Minli Zhang (4.5)* & Qiangming Li* | Qiangming Li* | Qiangming Li (3.375)* |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| Wen-Chien (Eric) Tsai* | Wen-Chien (Eric) Tsai,* & Hong (Eric) Gu* | Wen-Chien (Eric) Tsai (2.25)* | Jucai Ge,* Hong (Eric) Gu (3.5),* & Yanfeng (Lucy) Liu* | Jucai Ge* & Yanfeng (Lucy) Liu* | Jucai Ge* & Yanfeng (Lucy) Liu* (2.25) | Jucai Ge (3.375)* |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| Lihong (Linda) Lin* & | Lihong (Linda) Lin* & Yuelin Hu* | Lihong (Linda) Lin* & Yuelin Hu* | Lihong (Linda) Lin (3.375),* Yuelin Hu,* (2.25), Min Li,* & Mi (Karen) Xu* | Min Li* & Mi (Karen) Xu* | Min Li (3.5)* & Mi (Karen) Xu (2.25)* |  |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| Jie (Jay) Wang* | Jie (Jay) Wang (1/2)* | Xiaodi Guo | Fengyang (Xavier) Tang* | Fengyang (Xavier) Tang* | Fengyang (Xavier) Tang (2.25)* |  |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| Peng Dong* | Peng Dong* | Peng Dong* | Peng Dong* & Baohua Chen* | Peng Dong (4.5)* & Baohua Chen* | Baohua Chen (2.25)* |  |