# EXHIBIT C

Teva Rule 30(b)(6) Designee Deposition Schedule

**February 2021**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 **Michelle Osmian[1] USA** | 12 | 13 |
| 14 | 15 | 16 | 17 **Elizabeth Gray[2] USA** | 18 **Kevin Galownia[3] USA** | 19 | 20 |
| 21 | 22 | 23 | 24 **Raphael Nudelman[4] Israel** | 25 | 26 | 27 |
| 28 |  |  |  |  |  |  |

---

[1] Rule 30(b)(6) Topics 44-49*; 51; 54-55*
[2] Rule 30(b)(6) Topics 39-43
[3] Rule 30(b)(6) Topics 52-53; 55*; 56
[4] Rule 30(b)(6) Topic 33

Teva Rule 30(b)(6) Designee Deposition Schedule

**March 2021**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9<br>**Dan Barreto**[5]<br>**USA** | 10<br>**Dan Barreto (Part II)**<br>**USA** | 11<br>**Tony Binsol**[6]<br>**USA** | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23<br>**Jens Nassall**[7]<br>**EU** | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |  |  |  |

---

[5] Rule 30(b)(6) Topics 1-4; 17-19; 29-31; 44-49*; 50; 56; dates also subject to change by agreement of the parties
[6] Rule 30(b)(6) Topics 5-16; 20-28; 32; 34-38; date also subject to change by agreement of the parties
[7] Rule 30(b)(6) Topics 44-49*