# EXHIBIT D

| Name | Topics | Deposition Length | Proposed Dates |
| --- | --- | --- | --- |
| Prasad Gorijavolu | Proposed Fact Witness | 1 day | February 19, 2021 |
| Sandra Martinez | Proposed Fact Witness | 1 day | February 23, 2021 |
| David Palew | 30(b)(6) topics 43-51 and Proposed Fact Witness | 1 ½ day | February 24, 2021 |
| Jasleen Gupta | Proposed Fact Witness | 1 day | March 3, 2021 |
| Steve Lucas | 30(b)(6) topics 33-39 and Proposed Fact Witness | 1 ½ day | March 5, 2021 |
| Sanjay Singh | 30(b)(6) topics 1-32 and 40-42 and Proposed Fact Witness | 2 days | March 11, 2021 |
| Bhadresh Doshi | Proposed Fact Witness | 1 day | March 18, 2021 |
| Blessy Johns | 30(b)(6) topics 29-32 and Proposed Fact Witness | 1 ½ day | March 25, 2021 |