# EXHIBIT E

**Torrent Defendants Deposition Schedule 1.26.2021**

| Name: | Title: | Witness Type & Topics: | Dates: | Depo. Length: |
|---|---|---|---|---|
| Rivera, Jocelyn | Manager, Regulatory Affairs | Fact | 2/9 | 7 hours |
| Sheth, Paras | General Manager, Procurement | Fact | 2/11 | 7 hours |
| Gorantla, Saroja | Sr. Manager Regulatory Affairs | Fact | 2/18 | 7 hours |
| Neravatla, Reddy | Quality Assurance Complaint Investigator | 30(b)(6) for Topics 36; 40 | 2/22 | 7 hours 30(b)(6) |
| Gegenheimer, Kelly | VP Sales | Fact and 30(b)(6) for Topics 34-35; 37; 41-45 | 2/25-2/26 | 13 total -7 hours fact, 6 hours 30(b)(6) |
| Patel, Kalpesh | General Manager - Quality Assurance | Fact | 3/10 | 7 hours |
| Jaiswal, Sushil | Executive Director - Quality & Regulatory | Fact and 30(b)(6) for Topics 1-22; 25-28; 33; 38 | 3/22-3/24 | 17 total - 7 hours fact, 10 hours 30(b)(6) |
| Shah, Dhrumit | Assistant Manager, Procurement | Fact | 3/16 | 7 hours |
| Mukherji, Maitreyee | VP, Regulatory Affairs | 30(b)(6) for Topics 30-32 | 3/25 | 7 hours 30(b)(6) |
| Attinger, Bernadette | VP Regulatory Affairs | Fact | 3/29 | 7 hours |
| Chitty, Dawn | VP Regulatory Affairs | Fact | 3/30 | 7 hours |
| Perry, Sue | Quality Assurance Complaint Investigator | Fact | 3/31 | 7 hours |