# Exhibit C

| | |
|---|---|
| **From:** | Harkins, Steven M. (Assoc-ATL-LT) |
| **To:** | "Conlee Whiteley"; sagoldberg@duanemorris.com |
| **Cc:** | Cohen, Lori (Shld-Atl-LT); Lockard, Victoria D. (Shld-Atl-LT); ASlater@mazieslater.com; Rubenstein, Brian (Shld-PHIL-LT); Geoppinger, Jeff; valpec@kirtlandpackard.com; JPriselac@duanemorris.com; cct@pietragallo.com; sarah.johnston@btlaw.com |
| **Subject:** | RE: Valsartan - Agenda Items for January 27th CMC |
| **Date:** | Monday, January 25, 2021 12:05:00 PM |
| **Attachments:** | image003.png<br>image001.png |

Counsel,

Thank you for your email. Can you please clarify what issues Plaintiffs intend to raise for items 3 and 4? We can of course give a general overview of document productions to date if that is what's intended, but Defendants are not aware of outstanding document production disputes that are ready to be raised with the Court on Wednesday.

Specifically, do these items apply to Defendants at particular levels of the supply chain or specific Defendants, and are the issues you intend to raise items about which the parties have met and conferred? Please let us know so that we can make sure the right party is prepared to respond appropriately.

Best,

**Steven M. Harkins**
Associate

Greenberg Traurig, LLP
Terminus 200 | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T +1 678.553.2312  |  F +1 678.553.2441
harkinss@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

**GT GreenbergTraurig**

**From:** Conlee Whiteley <c.whiteley@kanner-law.com>
**Sent:** Sunday, January 24, 2021 6:44 PM
**To:** Harkins, Steven M. (Assoc-ATL-LT) <harkinss@gtlaw.com>; sagoldberg@duanemorris.com
**Cc:** Cohen, Lori (Shld-Atl-LT) <CohenL@gtlaw.com>; Lockard, Victoria D. (Shld-Atl-LT) <lockardv@gtlaw.com>; ASlater@mazieslater.com; Rubenstein, Brian (Shld-PHIL-LT) <rubensteinb@gtlaw.com>; Geoppinger, Jeff <jgeoppinger@ulmer.com>; valpec@kirtlandpackard.com; JPriselac@duanemorris.com; cct@pietragallo.com; sarah.johnston@btlaw.com
**Subject:** Re: Valsartan - Agenda Items for January 27th CMC

**\*EXTERNAL TO GT\***

Counsel:  Please see below the agenda items from Plaintiffs.

1. ZHP Schedule
2. Update on Deposition Schedules

   a. Aurobindo
   b. Teva
   c. Torrent
3. Aurobindo Document Production
4. Summary of Defendants' Document Production
5. Update on Wholesaler Defendants T3 Data Stipulation
6. Short Form Complaints for Losartan and Irbesartan and Implementing orders; Service of Process on Defendants
7. Filing of Amended Complaints.

Thank you,

Conlee

Conlee S. Whiteley
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA  70130
(504) 524-5777 voice
(504) 524-5763  fax
www.kanner-law.com

_____
THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED
 RECIPIENT(S) AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED
 INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT,
 PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY
 ALL COPIES OF THE ORIGINAL MESSAGE.

_____

**From:** "harkinss@gtlaw.com" <harkinss@gtlaw.com>
**Date:** Friday, January 22, 2021 at 5:22 PM
**To:** Adam Slater <ASlater@mazieslater.com>, Valsartan PEC <valpec@kirtlandpackard.com>
**Cc:** "CohenL@gtlaw.com" <CohenL@gtlaw.com>, "lockardv@gtlaw.com" <lockardv@gtlaw.com>, "rubensteinb@gtlaw.com" <rubensteinb@gtlaw.com>, "sagoldberg@duanemorris.com" <SAGoldberg@duanemorris.com>,

"JPriselac@duanemorris.com" <JPriselac@duanemorris.com>, "cct@pietragallo.com" <cct@pietragallo.com>, "sarah.johnston@btlaw.com" <sarah.johnston@btlaw.com>

**Subject:** Valsartan - Agenda Items for January 27th CMC

Adam,

Below is Defendants' list of proposed agenda items for next week's CMC. Please let us know if Plaintiffs have additional items they wish to raise with the Court. We also propose that the parties agree to submit their position statements at 12:00 p.m. EST on Tuesday, January 26th, 2021. Judge Schneider previously entered some orders with specific instructions on timing for individual conferences, but we do not believe there is anything in place for next week.

1. Consumer EL and MM Class Representatives' Amended Responses and Objections to Rule 34 Requests
2. Parties' Agreement on Bellwether Pool Selection and Proposed Order
3. State Court Coordination Order
4. Schedule and Plan for Ongoing Mid-Month Teleconferences
5. Proposed Litigation Overview to Magistrate Williams and Special Master Vanaskie
6. Plaintiff Fact Sheet Deficiencies and Orders to Show Cause

Best,

**Steven M. Harkins**
Associate

Greenberg Traurig, LLP
Terminus 200 | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T +1 678.553.2312  |  F +1 678.553.2441
harkinss@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Case 1:19-md-02875-RMB-SAK    Document 786-3    Filed 01/26/21    Page 5 of 5 PageID: 20204