# Exhibit E

**ZHP Party Depositions Approved by Judge Schneider**
**March 2021[1]**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1<br>**MINLI ZHANG**<br>(30(b)(6) and individual)<br>14 hrs + 75%<br>(24.5 hrs)<br>FIVE HOURS | 2<br>**MINLI ZHANG**<br>(30(b)(6) and individual)<br>14 hrs + 75%<br>(24.5 hrs)<br>FIVE HOURS | 3<br>**MINLI ZHANG**<br>(30(b)(6) and individual)<br>14 hrs + 75%<br>(24.5 hrs)<br>FIVE HOURS | 4<br>**MINLI ZHANG**<br>(30(b)(6) and individual)<br>14 hrs + 75%<br>(24.5 hrs)<br>FIVE HOURS<br><br>**QIANGMING LI**<br>(30(b)(6) and individual)<br>10.5 + 75%<br>(18.4 hrs)<br>FIVE HOURS<br><br>**XIAODI GUO**<br>(individual)<br>7 hrs<br>FIVE HOURS | 5<br>**MINLI ZHANG**<br>(30(b)(6) and individual)<br>14 hrs + 75%<br>(24.5 hrs)<br>4.5 HOURS<br><br>**QIANGMING LI**<br>(30(b)(6) and individual)<br>10.5 + 75%<br>(18.4 hrs)<br>FIVE HOURS<br><br>**XIAODI GUO**<br>(individual)<br>7 hrs<br>2 HOURS | 6<br>**QIANGMING LI**<br>(30(b)(6) and individual)<br>10.5 + 75%<br>(18.4 hrs)<br>FIVE HOURS |
| 7<br>**QIANGMING LI**<br>(30(b)(6) and individual)<br>10.5 + 75%<br>(18.4 hrs)<br>3.4 HOURS | 8<br>*ERIC TSAI*<br>*(individual)*<br>*7 hrs + 75%*<br>*(12.25 hrs)*<br>*FIVE HOURS* | 9<br>*ERIC TSAI*<br>*(individual)*<br>*7 hrs + 75%*<br>*(12.25 hrs)*<br>*FIVE HOURS*<br><br>**ERIC GU**<br>(30(b)(6) and individual)<br>10.5 hrs<br>FIVE HOURS<br><br>*LUCY LIU*<br>*(individual)*<br>*7 hrs + 75%*<br>*(12.25 hrs)*<br>*FIVE HOURS* | 10<br>*ERIC TSAI*<br>*(individual)*<br>*7 hrs + 75%*<br>*(12.25 hrs)*<br>*2.25 HOURS*<br><br>**ERIC GU**<br>(30(b)(6) and individual)<br>10.5 hrs<br>5.5 HOURS<br><br>*LUCY LIU*<br>*(individual)*<br>*7 hrs + 75%*<br>*(12.25 hrs)*<br>*FIVE HOURS* | 11<br>**JUCAI GE**<br>(30(b)(6) and individual)<br>10.5 hrs + 75%<br>(18.4 hrs)<br>FIVE HOURS<br><br>*LUCY LIU*<br>*7 hrs + 75%*<br>*(12.25 hrs)*<br>*2.25 HOURS* | 12<br>**JUCAI GE**<br>(30(b)(6) and individual)<br>10.5 hrs + 75%<br>(18.4 hrs)<br>FIVE HOURS | 13<br>**JUCAI GE**<br>(30(b)(6) and individual)<br>10.5 hrs + 75%<br>(18.4 hrs)<br>FIVE HOURS |

[1] The total deposition time and length of the block of testimony a witness will provide on a given day is noted for each witness, as well as whether the witness will provide 30(b)(6) testimony, individual testimony, or both. The italicized depositions are being contested by the ZHP Parties.

| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|
| **JUCAI GE** (30(b)(6) and individual) 10.5 hrs + 75% (18.4 hrs) 3.4 HOURS | **LINDA LIN** (30(b)(6) and individual) 10.5 hrs + 75% (18.4 hrs) FIVE HOURS | **LINDA LIN** (30(b)(6) and individual) 10.5 hrs + 75% (18.4 hrs) FIVE HOURS  *YUELIN HU (individual) 7 hrs + 75% (12.25 hrs) FIVE HOURS* | **LINDA LIN** (30(b)(6) and individual) 10.5 hrs + 75% (18.4 hrs) FIVE HOURS  *YUELIN HU (individual) 7 hrs + 75% (12.25 hrs) FIVE HOURS* | **LINDA LIN** (30(b)(6) and individual) 10.5 hrs + 75% (18.4 hrs) 3.4 HOURS  **MIN LI** (30(b)(6) and individual) 17.5 hrs FIVE HOURS  *YUELIN HU (individual) 7 hrs + 75% (12.25 hrs) 2.25 HOURS*  *KAREN ZU (individual) 7 hrs + 75% (12.25 hrs) FIVE HOURS* | **MIN LI** (30(b)(6) and individual) 17.5 hrs FIVE HOURS  *KAREN ZU (individual) 7 hrs + 75% (12.25 hrs) FIVE HOURS* | **MIN LI** (30(b)(6) and individual) 17.5 hrs FIVE HOURS  *KAREN ZU (individual) 7 hrs + 75% (12.25 hrs) 2.25 HOURS* |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| **MIN LI** (30(b)(6) and individual) 17.5 hrs 2.5 HOURS | | | **JIE WANG** (30(b)(6) and individual) 10.5 hrs FIVE HOURS | **JIE WANG** (30(b)(6) and individual) 10.5 hrs 5.5 HOURS  *XAVIER TANG (individual) 7 hrs + 75% (12.25 hrs) FIVE HOURS* | *XAVIER TANG (individual) 7 hrs + 75% (12.25 hrs) FIVE HOURS* | *XAVIER TANG (individual) 7 hrs + 75% (12.25 hrs) 2.25 HOURS* |
| 28 | 29 | 30 | 31 | | | |
| | **PENG DONG** (30(b)(6) and individual) 14 hrs + 75% (24.5 hrs) FIVE HOURS | **PENG DONG** (30(b)(6) and individual) 14 hrs + 75% (24.5 hrs) FIVE HOURS | **PENG DONG** (30(b)(6) and individual) 14 hrs + 75% (24.5 hrs) FIVE HOURS | | | |

**April 2021**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1<br>**PENG DONG**<br>(30(b)(6) and individual)<br>14 hrs + 75%<br>(24.5 hrs)<br>5 HOURS<br><br>***BAOHUA CHEN***<br>*(individual)*<br>*7 hrs + 75%*<br>*(12.25 hrs)*<br>*FIVE HOURS* | 2<br>**PENG DONG**<br>(30(b)(6) and individual)<br>14 hrs + 75%<br>(24.5 hrs)<br>4.5 HOURS<br><br>***BAOHUA CHEN***<br>*(individual)*<br>*7 hrs + 75%*<br>*(12.25 hrs)*<br>*FIVE HOURS* | 3<br>**BAOHUA CHEN**<br>(individual)<br>7 hrs + 75%<br>(12.25 hrs)<br>2.25 HOURS |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |

| | |
|---|---|
| 24 | |
| 23 | 30 |
| 22 | 29 |
| 21 | 28 |
| 20 | 27 |
| 19 | 26 |
| 18 | 25 |