# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | **Civil Action No. 1:19-md-2875 (RBK/JS)** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of Express Scripts, Inc. Express Scripts, Inc. preserves all defenses, including, but not limited to, venue, propriety of service, and personal jurisdiction in any individual case in which Express Scripts, Inc. is named that is currently pending in this MDL or that may subsequently be transferred or consolidated with this MDL.

Dated: January 26, 2021

/s/ Maysa Daoud
Maysa Daoud
Husch Blackwell
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
(314) 480-1500 (phone)
(314) 480-1505 (facsimile)

*Attorney for Defendant Express Scripts, Inc.*

DocID: 4829-2932-2667.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing document to be electronically served through the Court's CM/ECF system on all users registered with that system on January 26, 2021

                                                   /s/  Maysa Daoud
                                                       Maysa Daoud