IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Hon. Robert. B. Kugler |
| This Document Relates To:<br><br>*All Actions* | Civ. No. 19-2875 (RBK/JS) |

**PLAINTIFFS' NOTICE OF VIDEOTAPED
DEPOSITION TO SAROJA GORANTLA**

TO:   **Alexis Brancato
Brittney Nagle
Kirkland & Ellis, LLP
601 Lexington Avenue,
New York, NY 10022**

*Counsel for Defendants Torrent Pharmaceuticals LTD and Torrent Pharma Inc.*

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, Plaintiffs will take the videotaped deposition of Saroja Gorantla, Sr. Manager Regulatory Affairs. The deposition will commence on **Thursday**, **February 18, 2021, at 9:00 a.m. Eastern Standard Time**, and continue until completion, at Kirkland & Ellis, LLP, 601 Lexington Ave. New York, NY 10022, via zoom, in accordance with the Fact Witness Deposition Protocol, Case Management Order #20, filed November 17, 2020 (Document 632).

The witness shall produce the documents requested at Exhibit A, attached hereto, at least 5 days in advance of the deposition.

Pursuant to the meet and confer between the parties, a translator will not be provided.

**TAKING ATTORNEYS FOR PLAINTIFFS:**

Jeff Gibson
Wagner Reese, LLP
201 N. Illinois St.
16th Floor – South Tower
Indianapolis, IN 46204
(866) 389-1352

Ned McWilliams
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 South Baylen St.
Pensacola, FL 32502
(850) 435-7138
nmcwilliams@levinlaw.com

The deposition will be taken before an officer authorized to administer oaths. Testimony given during the deposition will be recorded by sound video recording and stenographic means.

DATED this 27th day of January, 2021.

                                          **LAW OFFICES OF GEORGE A. BARTON, P.C.**

                                          By:  /s/ *Stacy A. Burrows*
                                                 Stacy A. Burrows
                                                 7227 Metcalf Ave. Ste. 301
                                                 Overland Park, KS 66204
                                                 Phone (913) 563-6253

                                                 ***Attorneys for Plaintiffs***

## EXHIBIT A

### DOCUMENT REQUESTS

1. The most recent resume/Curriculum Vitae and LinkedIn profile for Saroja Gorantla.

2. The complete production of Saroja Gorantla's relevant custodial documents, including those maintained on personal computers or electronic devices, to the extent not produced prior.

## CERTIFICATE OF SERVICE

I, Stacy Burrows, hereby certify that on January 27, 2021, I caused true and correct copies of the foregoing to be transmitted via ECF to all counsel having registered an appearance on ECF, with courtesy copies served on counsel for Torrent Pharmaceuticals Limited and Torrent Pharma Inc., and Defendants' liaison counsel, via email.

DATED this 27th day of January, 2021.

                                                **LAW OFFICES OF GEORGE A. BARTON, P.C.**

By: /s/ *Stacy A. Burrows*
      Stacy A. Burrows
      7227 Metcalf Ave. Ste. 301
      Overland Park, KS 66204
      Phone (913) 563-6253

      *Attorneys for Plaintiffs*