Eric I. Abraham, Esq.
**HILL WALLACK LLP**
21 Roszel Road
Princeton, New Jersey 08540
Telephone: (609) 924-0808
Telecopier: (609) 452-1888
eabraham@hillwallack.com

*Attorneys for Defendants Hetero Labs Limited and Hetero Drugs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LIGITATION<br><br>This Document Relates To All Cases | MDL. NO.: 2875<br><br>Civil Action No.: 19-2875-RBK-JS |

### WITHDRAWAL OF APPEARANCE AND ELECTRONIC NOTIFICATION AS TO GRANT WRIGHT, ESQ.

This firm represents Defendants, Hetero Labs Limited and Hetero Drugs. We respectfully request that the Court withdraw the appearance of Grant Wright, Esq. only and remove him from electronic notifications in the above-referenced civil action. Grant Wright, Esq. is no longer involved in this case. Attorneys for Hill Wallack LLP will continue to represent Defendants, Hetero Labs Limited and Hetero drugs in this case.

Respectfully submitted,

By: */s/ Eric I. Abraham*
Eric I. Abraham
**HILL WALLACK**
21 Roszel Road
Princeton, New Jersey 08540
Telephone: (609) 924-0808

Dated: January 28, 2021

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing *NOTICE OF WITHDRAWAL* is to be electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: January 28, 2021         By: */s/ Eric I. Abraham*
                                    Eric I. Abraham