# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No.2875 |
| | Honorable Robert B. Kugler, District Court Judge |
| This document relates to: | |
| | Honorable Joel Schneider, Magistrate Judge |
| Civil Action No.: 1:20-cv-03321-RPK-JS | |
| *Earl Duncan v. Zhejiang Huahai Pharmaceutical Co., LTD., et al* | |

## [PROPOSED] ORDER

The Court has reviewed the Motion for Substitution of Vivian Duncan as Party Plaintiff for Earl Duncan, Deceased, and finds the motion to be well taken.

Therefore, it is **ORDERED** that Vivian Duncan shall be substituted for Plaintiff decedent Earl Duncan.

Dated this ____ day of _____, 2021

_____
United States District Judge