# M<small>AZIE</small> S<small>LATER</small> K<small>ATZ</small> & F<small>REEMAN</small>, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn°
David M. Estes
_____

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

°Member of N.J. & N.Y. Bars

Karen G. Kelsen°
Cheryll A. Calderon
Adam M. Epstein°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Alexander Q. Reynoso
Samuel G. Wildman
Julia S. Slater°

January 29, 2021

<u>**VIA ECF**</u>

Honorable Robert Kugler, U.S.D.J.
U.S. District Court - District of New Jersey
Mitchell S. Cohen Building & US Courthouse
1 John F. Gerry Plaza, Courtroom 4D
4th and Cooper Streets
Camden, NJ 08101

      Re:    IN RE: VALSARTAN, LOSARTAN, & IRBESARTAN PRODUCTS LIABILITY LITIGATION
              Civil No. 19-2875 (RBK/JS)

Dear Judge Kugler:

Enclosed please find the Parties' agreed upon Case Management Order No. 13-B Approving and Ordering Use of Short Form Complaint and Expand the Scope of CMO 13 to Include Losartan and Irbesartan Cases. The updated Short Form Complaint is attached to the Case Management Order as Exhibit A.

Thank you for your courtesies and consideration.

                                Respectfully,

                                ADAM M. SLATER

Encls.