# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| **IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation** | **MDL No. 2875 Civil No.: 19-02875 (RBK)** |

## NOTICE OF VIDEOTAPED DEPOSITION OF
## PLAINTIFF BRIAN WINEINGER

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendants Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc. will take the deposition upon oral examination of Brian Wineinger on March 2, 2021, at 9:00 a.m EST at 9909 Comb Run Court, Avon, Indiana 46123.

Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case.

The attorney contact for the deposition is:

> Justin M. L. Stern
> Duane Morris LLP
> 1875 N.W. Corporate Blvd.

Suite 300
Boca Raton, FL 33431
(561) 962-2107
jmlstern@duanemorris.com

<table>
<tr><td>Date: January 31, 2021</td><td>Respectfully submitted,</td></tr>
</table>

s/ Justin M. L. Stern
Justin M. L. Stern
Duane Morris LLP
1875 N.W. Corporate Blvd.
Suite 300
Boca Raton, FL 33431
(561) 962-2107
jmlstern@duanemorris.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2021, a true and correct copy of the foregoing Notice of Videotaped Deposition of Plaintiff Brian Wineinger was served upon all counsel of record via CM/ECF.

s/ Justin M. L. Stern
Justin M. L. Stern
