# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | HON. ROBERT B. KUGLER<br><br>Civil No. 19-2875 (RBK/JS) |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, Actavis Pharma, Inc., and Arrow Pharm (Malta) Ltd.

Date: February 1, 2021

**GREENBERG TRAURIG, LLP**

/s/ Kelly M. Pesce
Kelly M. Pesce
One International Place
Suite 2000
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001
pescek@gtlaw.com

*Attorney for Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, Actavis Pharma, Inc., and Arrow Pharm (Malta) Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2021, I served the foregoing Appearance of Counsel on all counsel of record via filing in the CM/ECF system.

/s/ Kelly M. Pesce