# Exhibits 48-58

      In accordance with Paragraph 31 of the Court's Confidentiality and Protective Order, Plaintiffs notified Defendants ZHP and Teva that Plaintiffs would rely on Exhibits 48-58 in this brief; however, due to time constraints, the Parties have not been able to de-designate these documents. Therefore, Plaintiffs will forward the relevant portion of the documents to the Court directly via email for in camera review.