IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO: | Hon. Robert B. Kugler District Court Judge |
| DOSS V. AUROBINSO PHARMA LTD. ET AL., TORRENT PRIVATE LIMITED, TORRENT PHARMACEUTICALS LTD., AND TORRENT PHARMA INC. | Honorable Joel Schneider Magistrate Judge |
| Case No. 19-cv-17654 | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice against Defendants Torrent Private Limited, Torrent Pharmaceuticals Ltd., and Torrent Pharma Inc.

Date: February 1, 2021

Respectfully submitted,

Joseph D. Lane
The Cochran Firm
111 East Main Street
Dothan, AL 36301
P: (334) 673-1555
F: (334) 699-7229

*COUNSEL FOR PLAINTIFF*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO:<br><br>DOSS V. AUROBINSO PHARMA LTD. ET AL., TORRENT PRIVATE LIMITED, TORRENT PHARMACEUTICALS LTD., AND TORRENT PHARMA INC.<br><br>Case No. 19-cv-17654 | Hon. Robert B. Kugler<br>District Court Judge<br><br>Honorable Joel Schneider Magistrate Judge |

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

Date: February 1, 2021

Joseph D. Lane
The Cochran Firm
111 East Main Street
Dothan, AL 36301
P: (334) 673-1555
F: (334) 699-7229

*COUNSEL FOR PLAINTIFF*