# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*All Actions* | Hon. Robert. B. Kugler<br><br>Civ. No. 19-2875 (RBK/JS) |

## PLAINTIFFS' AMENDED NOTICE OF VIDEOTAPED DEPOSITION TO JOCELYN RIVERA

TO:   **Alexis Brancato, Esq.**
**Brittney Nagle, Esq.**
**Kirkland & Ellis, LLP**
**601 Lexington Avenue,**
**New York, NY 10022**

*Counsel for Defendants Torrent Pharmaceuticals LTD and Torrent Pharma Inc.*

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, Plaintiffs will take the videotaped deposition of Jocelyn Rivera, Manager Regulatory Affairs. The deposition will commence on **Tuesday**, **February 9, 2021, at 9:00 a.m. Eastern Standard Time**, and continue until completion, at Kirkland & Ellis, LLP, 601 Lexington Ave. New York, NY 10022, via zoom, in accordance with the Fact Witness Deposition Protocol, Case Management Order #20, filed November 17, 2020 (Document 632).

The witness shall produce the documents requested at Exhibit A, attached hereto, at least 5 days in advance of the deposition.

Pursuant to the meet and confer between the parties, a translator will not be provided.

The only change to this notice is the substitution of one of the taking attorneys due to that attorney testing positive for COVID-19.

**TAKING ATTORNEYS FOR PLAINTIFFS:**

Sara Papantonio and Madeline Pendley
Levin Papantonio Rafferty Proctor Buchanan O'Brien Barr Mougey, P.A
316 South Baylen St.
Pensacola, Florida 32502
850-435-7013
spapantonio@levinlaw.com
mpendley@levinlaw.com

The deposition will be taken before an officer authorized to administer oaths. Testimony given during the deposition will be recorded by sound video recording and stenographic means.

DATED this 2nd day of February, 2021.

**LAW OFFICES OF GEORGE A. BARTON, P.C.**

By: /s/ *Stacy A. Burrows*
    Stacy A. Burrows
    7227 Metcalf Ave. Ste. 301
    Overland Park, KS 66204
    Phone (913) 563-6253

    *Attorneys for Plaintiffs*

## EXHIBIT A

### DOCUMENT REQUESTS

1. The most recent resume/Curriculum Vitae and LinkedIn profile for Jocelyn Rivera.

2. The complete production of Jocelyn Rivera's relevant custodial documents, including those maintained on personal computers or electronic devices, to the extent not produced prior.

## CERTIFICATE OF SERVICE

    I, Stacy A. Burrows, hereby certify that on February 2, 2021, I caused true and correct copies of the foregoing to be transmitted via ECF to all counsel having registered an appearance on ECF, with courtesy copies served on counsel for Torrent Pharmaceuticals Limited and Torrent Pharma Inc., and Defendants' liaison counsel, via email.

DATED this 2nd day of February, 2021.

                      **LAW OFFICES OF GEORGE A. BARTON, P.C.**

                      By:  /s/ *Stacy A. Burrows*
                            Stacy A. Burrows
                            7227 Metcalf Ave. Ste. 301
                            Overland Park, KS 66204
                            Phone (913) 563-6253

                            *Attorneys for Plaintiffs*