# UNITED STATES DISTRICT COURT

Natalie Cortez
               Plaintiff (s),

V.

Mylan Laboratories LTD. et al
               Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:19-cv-17454

Notice is hereby given that, subject to approval by the court, __Plaintiff Natalie Cortez__ substitutes
                                                                                                     (Party (s) Name)

__Joanna L. Crosby__, State Bar No. __022461986__ as counsel of record in
(Name of New Attorney)

place of __Jose D. Roman__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Powell, Kugelman & Postell, LLC
Address: 131 White Oak Lane, Old Bridge, NJ 08857
Telephone: (732) 679-3777   Facsimile (732) 679-6433
E-Mail (Optional): jcrosby@lawppl.com

I consent to the above substitution.
Date: 2/1/2021

_Natalie Cortez_ (signature)
(Signature of Party (s))

I consent to being substituted.
Date: 1/8/21

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/8/21

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**