## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE: VALSARTAN, LOSARTAN, AND
IRBESARTAN PRODUCTS LIABILITY
LITIGATION,

THIS DOCUMENT RELATES TO:
*Michael Rives vs. Aurobindo Pharma, Ltd.,
et al.*

MDL NO. 2875

HON. ROBERT B. KUGLER

## NOTICE OF VIDEOTAPED DEPOSITION OF

## PLAINTIFF MICHAEL RIVES

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendants Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC will take the deposition upon oral examination of Michael Rives on March 25, 2021 at 9:00 a.m. CDT at 16126 Emerald Road, Carlyle, IL 62231. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

Ethan R. Feldman
CIPRIANI & WERNER, P.C.
450 Sentry Parkway East
Suite 200
Blue Bell, PA 19422
(610) 567-0700
efeldman@c-wlaw.com

Date: February 8, 2021                    Respectfully submitted,

                                          s/ *Ethan Feldman*
                                          Ethan R. Feldman
                                          CIPRIANI & WERNER, P.C.
                                          450 Sentry Parkway East
                                          Suite 200
                                          Blue Bell, PA 19422
                                          (610) 567-0700
                                          efeldman@c-wlaw.com

                                          *Attorney for Defendants*
                                          *Aurobindo Pharma USA, Inc.,*
                                          *Aurobindo Pharma Ltd., and*
                                          *Aurolife Pharma LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2021 a true and correct copy of the

Notice of Videotaped Deposition of Plaintiff Michael Rives was served upon the following by

e-mail and ECF, with copies to Counsel for Plaintiffs and all counsel of record by ECF:

Jason C. Chambers                     Conlee S. Whiteley
Hollis Law Firm                       Kanner & Whiteley, L.L.C.
8101 College Blvd., Ste 260           701 Camp Street
Overland park, KS 66210               New Orleans, LA 70130
(913) 385-5400                        (505) 524-5777
jason@hollislawfirm.com               c.whiteley@kanner-law.com


                                      s/ *Ethan Feldman*
                                      Ethan Feldman