# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*All Actions* | Hon. Robert. B. Kugler<br><br>Civ. No. 19-2875 (RBK/JS) |

## PLAINTIFFS' NOTICE OF SERVICE OF SUBPOENA TO DAWN CHITTY

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45 and the Fact Witness Deposition Protocol, Case Management Order #20, filed November 17, 2020 (Document 632), Plaintiffs caused a true and correct copy of the Subpoena to Testify at a Deposition to be personally served upon Dawn Chitty at her home address at 2700 W C Avenue, Kalamazoo, Michigan 49009. A copy of the affidavit of service is attached hereto as Exhibit 1.

DATED this 9th day of February, 2021.

**LAW OFFICES OF GEORGE A. BARTON, P.C.**

By: /s/ *Stacy A. Burrows*
Stacy A. Burrows
7227 Metcalf Ave. Ste. 301
Overland Park, KS 66204
Phone (913) 563-6253

***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I, Stacy Burrows, hereby certify that on February 9, 2021, I caused true and correct copies of the foregoing to be transmitted via ECF to all counsel having registered an appearance on ECF, with courtesy copies served on counsel for Torrent Pharmaceuticals Limited and Torrent Pharma Inc., and Defendants' liaison counsel, via email.

DATED this 9th day of February, 2021.

**LAW OFFICES OF GEORGE A. BARTON, P.C.**

By: /s/ *Stacy A. Burrows*
Stacy A. Burrows
7227 Metcalf Ave. Ste. 301
Overland Park, KS 66204
Phone (913) 563-6253

*Attorneys for Plaintiffs*