UNITED STATES DISTRICT COURT    DISTRICT OF NEW JERSEY

In Re:

Court File Number
19-2875

Valsartan, Losartan, and Irbesartan Products Liability Litigation

**AFFIDAVIT OF SERVICE**

State of Michigan } SS
County of Kalamazoo }

I, _Rodney E. Woods_, state that on
(Name of Server)

_02_/_07_/2021 at _12_:_45 P_ M, I served the:
(Date of Service)    (Time of Service)

  Subpoena

upon: Dawn Chitty

therein named, personally at:    2700 W C Avenue
Kalamazoo, MI 49009

by handing to and leaving with:

[X] Dawn Chitty
[ ] a person of suitable age and discretion then and there residing at the usual abode of said, Dawn Chitty

_Dawn Chitty_ _____
(Name of the Person with whom the documents were left)    (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: _02_/_07_/2021    _[signature]_
(Signature of Server)

_Rodney E. Woods_
(Printed Name of Server)

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GOL 248820 1614

Re: Valspartan, Losartan

**METRO LEGAL**
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. Civ. No. 19-2875 (RBK/JS)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Dawn Chitty
on *(date)* 02/06/21.

☒ I served the subpoena by delivering a copy to the named individual as follows: Direct Service To Dawn Chitty
on *(date)* 02/07/21; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____  for travel and $ _____  for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 02/07/21

*Server's signature*

Rodney E. Woods, Process Server
*Printed name and title*

7217 West U Ave. Schoolcraft, MI 49087
*Server's address*

Additional information regarding attempted service, etc.: