**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |

THIS DOCUMENT RELATES TO:
*Valerie Rodich-Annese, individually and on behalf of all others similarly situated vs. Zhejiang Huahai Pharmaceutical Co., Ltd., et al.* Case No. 1:19-cv-07161-RBK-JS

### AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF

### PLAINTIFF VALARIE RODICH-ANNESE

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendants Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC will take the deposition upon oral examination of Valerie Rodich-Annese on March 9, 2021 at 9:00 a.m. EST at 105 Hawthorne St., Pittsburgh, PA 15218. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

1

        Ethan R. Feldman
        CIPRIANI & WERNER, P.C.
        450 Sentry Parkway East
        Suite 200
        Blue Bell, PA 19422
        (610) 567-0700
        efeldman@c-wlaw.com

Date: February 10, 2021        Respectfully submitted,

        s/ *Ethan Feldman*
        Ethan R. Feldman
        CIPRIANI & WERNER, P.C.
        450 Sentry Parkway East
        Suite 200
        Blue Bell, PA 19422
        (610) 567-0700
        efeldman@c-wlaw.com

        *Attorney for Defendants*
        *Aurobindo Pharma USA, Inc.,*
        *Aurobindo Pharma Ltd., and*
        *Aurolife Pharma LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2021 a true and correct copy of the Amended Notice of Videotaped Deposition of Plaintiff Valerie Rodich-Annese was served upon the following by e-mail, with copies to Counsel for Plaintiffs and all counsel of record by ECF:

Nick Migliaccio
Migliaccio & Rathod LLP
412 H St NE
Washington, DE 20002
(202) 470-3520
nmigliaccio@classlawdc.com

Rachel J. Geman
Lieff Cabraser Heimann & Bernstein, LLP
2w50 Hudson Street, 8th Floor
New York, NY  10013-1413
(212) 355-9500
rgeman@lchb.com

Conlee S. Whiteley
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
(505) 524-5777
c.whiteley@kanner-law.com

                        s/ *Ethan Feldman*
                        Ethan R. Feldman