# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Karen M. Williams, Magistrate Judge<br><br>Honorable Thomas J. Vanaskie, Special Master |

## CERTIFICATE OF SERVICE

I, Seth A. Goldberg, hereby certify that on February 10, 2021, copies of the foregoing ZHP Parties' Reply Brief Supporting Their Motion for Protective Order Precluding Depositions Of Certain Employees and supporting documents have been served via ECF upon Counsel for Plaintiffs and all counsel of record in the Court's electronic filing system.

/s/ Seth A. Goldberg

Dated: February 10, 2021