# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen Williams Magistrate Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master<br><br>**NOTICE OF MOTION TO SEAL PURSUANT TO L. CIV.R. 5.3** |

TO: Adam M. Slater, Esq.
      Plaintiffs' Liaison Counsel
      Mazie Slater Katz & Freeman, LLC
      103 Eisenhower Parkway
      Roseland, NJ 07068

**PLEASE TAKE NOTICE** that on March 15, 2021, or as soon thereafter as counsel may be heard, Defendants Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP"), Prinston Pharmaceutical Inc. ("Prinston"), Huahai U.S. Inc. ("Huahai U.S."), and Solco Healthcare US, LLC ("Solco", and collectively with ZHP, Prinston, and Huahai U.S., "the ZHP Parties"), by and through their counsel in the above-captioned action, Duane Morris LLP, shall move before the Honorable Karen Williams, Magistrate Judge of the United States District Court for the

District of New Jersey, and the Honorable Thomas Vanaskie (Ret.), Special Discovery Master, for entry of an Order sealing certain confidential documents filed as Exhibits 4-8 at ECF No. 638; Exhibits B-C, E-F, H-L, N, and P-AA at ECF No. 685; and Exhibits to ECF No. 705.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, the ZHP Parties shall rely on the accompanying Declaration of Kelly Bonner, dated February 10, 2021, an index identifying the documents the ZHP Parties seek to seal, attached as **Exhibit A** thereto, and Declarations of the following ZHP custodians, attached as respectively **Exhibits B-H** thereto, which are incorporated by reference herein: Jucai Ge (**Exhibit B**); Jie Wang (**Exhibit C**); Mi Xu (**Exhibit D**); Jun Du (**Exhibit E**); Minli Zhang (**Exhibit F**); Linda Lin (**Exhibit G**); and Eric Gu (**Exhibit H**).

**PLEASE TAKE FURTHER NOTICE** that, for the Court's convenience, a proposed form of Order, including Proposed Findings of Fact and Conclusions of Law pursuant to Local Civil Rule 5.3(c)(6), is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys for the ZHP Parties request oral argument on this motion.

**PLEASE TAKE FURTHER NOTICE** that a Certificate of Service attesting to the date and manner of service is submitted herewith.

Dated:  February 10, 2021

    Respectfully submitted,

    */s/ Seth A. Goldberg*
        Seth A. Goldberg, Esq.
        *Lead Counsel and Liaison Counsel for Defendants*

    DUANE MORRIS LLP

    Seth A. Goldberg
    30 South 17th Street
    Philadelphia, Pennsylvania 19103
    Tel.: (215) 979-1000
    Fax: (215) 979-1020
    SAGoldberg@duanemorris.com

    *Attorneys for Zhejiang Huahai Pharmaceutical Co, Ltd., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*