# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen Williams Magistrate Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master |

## STATEMENT OF NO BRIEF PURSUANT LOCAL RULE 7.1(d)(4)

Defendants Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP"), Prinston Pharmaceutical Inc. ("Prinston"), Huahai U.S. Inc. ("Huahai U.S."), and Solco Healthcare US LLC ("Solco", and collectively with ZHP and Prinston, "the ZHP Parties"), by and through their undersigned counsel, Duane Morris LLP, hereby submit, pursuant to Local Civil Rule 7.1(d)(4), that no brief in support of their Motion to Seal is necessary for the reasons set forth in Local Rule 5.3(c)(1), governing Motions to Seal.

Respectfully submitted,

DUANE MORRIS LLP

Dated: February 10, 2021

*/s/ Kelly A. Bonner*

8