# CERTIFICATE OF SERVICE

I, Kelly A. Bonner Esq., hereby certify that a complete copy of the foregoing ZHP Parties' Motion to Seal, Declarations in Support thereof, and a proposed form of order, have been filed electronically on the docket for this matter and are available for viewing and downloading from the ECF system. These documents are being served upon the following counsel on February 10, 2021 through the ECF system, and a courtesy copy is being sent by email:

Adam M. Slater, Esq.
Plaintiffs' Liaison Counsel
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ 07068

/s/ Kelly A. Bonner