# EXHIBIT A

**Document is designated confidential and will be provided separately to Counsel and the Court**