## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2021, I electronically filed the foregoing Notice of

Appearance of Forrest Hansen with the Clerk of Court by using the CM/ECF system, which will

send a notice of electronic filing to all CM/ECF participants.


*s/ Forrest Hansen*
Forrest Hansen