UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL NO. 2875 <br><br> HON. ROBERT B. KUGLER |

### AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF GARY BURNETT

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendants Zhejiang Huahai Pharmaceutical Co., Prinston Pharmaceutical, Inc., and Solco Healthcare U.S., LLC will take the deposition upon oral examination of Gary Burnett on March 9, 2021 at 9:00 a.m EST at 221 Bridgewater Drive, Erwin, NC 28339. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

    Rebecca E. Bazan
    Duane Morris LLP
    505 9th Street N.W.

        Suite 1000
        (202) 776-5253
        rebazan@duanemorris.com

Date: February 11, 2021

Respectfully submitted,

          s/ Rebecca E. Bazan
Rebecca E. Bazan
Duane Morris LLP
505 9th Street N.W.
Suite 1000
Washington, DC 20004-2166
T: (202) 776-5253
rebazan@duanemorris.com

*Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2021 a true and correct copy of the Amended Notice of Videotaped Deposition of Plaintiff Gary Burnett was served upon the following by e-mail, with copies to all counsel of record via service on ECF:

Ruben Honik
ruben@honiklaw.com
*Attorneys for Plaintiff*

Conlee S. Whitely
David Stanoch
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
(504) 524-5777
c.whiteley@kanner-law.com
d.stanoch@kanner-law.com
*Liaison Counsel for Plaintiffs*

Joseph I. Marchese
Neal J. Deckant
Andrew Obergfell
Bursor & Fisher, P.A.
888 Seventh Ave
New York, NY 10019
(646) 847-7150
jmarchese@bursor.com
ndeckant@bursor.com
aobergfell@bursor.com
*Attorneys for Plaintiff*

Adam M. Slater
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ 07068
aslater@mazieslater.com
*Lead Counsel for Plaintiffs*

                                                s/ Rebecca E. Bazan
                                                Rebecca E. Bazan