IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

IN RE: VALSARTAN,  LOSARTAN, and
IRBESARTAN PRODUCTS LIABILITY
LITIGATION

Civil No. 19-2875 (RBK/JS)

_____

## CASE MANAGEMENT ORDER NO. 23

        The deadlines established by Revised Case Management Order No. 22 (Doc. 726)

having been extended sixty (60) days by Special Master Order No. 2 (Doc. 843), and it

appearing prudent that a new Case Management Order ["CMO"] be issued, which confirms

the specific deadlines for those events covered by Revised Case Management Order No. 22

["MDL Deadlines"]; and this CMO confirming those MDL Deadlines,

    It is hereby ORDERED this 11th day of February, 2021, as follows:

1) No personal jurisdiction motions may be filed without leave of court.

2) No summary judgment motions may be filed without leave of court.

3) No amended complaints shall be filed without leave of court to be requested in a Motion to Amend.

4) All requests to vacate dismissals entered on account of the Order to Show Cause process shall be made via a formal motion.

5) The following scheduling deadlines shall be in effect:

- **June 1, 2021** - Deadline to complete first phase of fact discovery, including:

  - Depositions of Manufacturer Defendants.[1]

_____

[1] For purposes of this Case Management Order, "Manufacturer Defendants" refers to the Defendants for whom the Court has approved 30(b)(6) Notices in Dkt. No. 651.

- Depositions of current economic loss and medical monitoring putative class representatives.
- Depositions of at least ten (10) personal injury bellwether plaintiffs.

- **July 6, 2021 -** Deadline for plaintiffs to serve their expert reports addressing general causation with dates the experts are available to be deposed.

- **August 2, 2021 -** Deadline for defendants to serve their expert reports addressing general causation with dates the experts are available to be deposed.

- **September 1, 2021 -** Deadline to complete depositions of plaintiffs' general causation experts.

- **October 4, 2021 -** Deadline to complete depositions of defendants' general causation experts.

- **October 4, 2021  -** Deadline to complete second phase of fact discovery, including:

    - Depositions of the remainder of personal injury bellwether plaintiffs not previously deposed.

    - Depositions of third parties identified by defendants and plaintiffs (including treaters/prescribers).

    - Depositions of third parties plaintiffs have subpoenaed, to the extent allowed by the Court.

    - Depositions of any new putative economic loss class representative allowed by the Court.

    - Further discovery, if any, of wholesaler and retailer/pharmacy defendants (to begin on or after June 1, 2021).

- **November 1, 2021 -** Deadline to file Daubert motions regarding general causation experts.

- **November 3, 2021 -** Deadline for plaintiffs to file motion(s) for class certification and serve their expert reports addressing class certification with dates the class certification experts are available to be deposed.

- **December 1, 2021 -** Deadline to file responses to Daubert motions regarding general causation experts.

- **January 3, 2022 -** Deadline to file replies to responses to Daubert motions regarding general causation experts.

- **January 5, 2022 -** Deadline for defendants to serve their expert reports addressing class certification with dates the experts are available to be deposed.

- **February 3, 2022 -** Deadline to complete depositions of plaintiffs' class certification experts.

- **March 3, 2022 -** Deadline to complete depositions of defendants' class certification experts.

- **March 15, 2022 -** Deadline for defendants to file responses to class certification motions.

- **April 5, 2022 -** Deadline to file Daubert motions regarding class certification experts.

- **April 12, 2022 -** Deadline for plaintiffs to file replies to responses to class certification motions.

- **May 4, 2022 -** Deadline to file responses to Daubert motions regarding class certification experts.

- **May 18, 2022 -** Deadline to file replies to responses to Daubert motions regarding class certification experts.

6) By **February 22, 2020** the parties shall complete fulsome discussions regarding the names, dates, and locations of depositions to be taken starting on January 19, 2021.


/s Robert B. Kugler
ROBERT B. KUGLER
United States District Judge