# Exhibit E

| PRIVILEGE TYPE | CUSTODIAN | DUPLICATE CUSTODIANS | FROM | TO | CC | BCC | SUBJECT | DATE SENT | DATE RECEIVED | FILENAME | AUTHOR | PRIV CLAIM | STATUS OF PRIVILEGE DESIGNATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fully Withheld | GE, Jucai | CHEN, Baozhen; GE, Jucai; LIN, Lihong; MENG, Yanhua; XU, Mi | Maggie Kong <kongxiaofang@huahaipharm.com> | chenbaozhen@huahaipharm.com; jun.du88 <jun.du88@gmail.com>; shangfei <shangfei@huahaipharm.com>; 林丽红 <lindalin@huahaipharm.com> | anne_meng <anne_meng@huahaipharm.com>; mawang <mawang@huahaipharm.com>; xumi <xumi@huahaipharm.com>; 葛菊彩 <gejucai@huahaipharm.co | | RE: 请示：欧盟官方审计结果 的信息输出描述 | 03/15/2019 | | RE_请示：欧盟官方审计结果 的信息输出描述_1.eml | | Attorney Client | Email reflecting confidential attorney-client communications with Counsel regarding regulatory issues. |
| Fully Withheld | GE, Jucai | GE, Jucai | gejucai <gejucai@huahaipharm.com> | zhangpei@huahaipharm.com | 孔晓芳 <kongxiaofang@huahaipharm.com> | | 回复: 葛菊彩-美国律师所需材料 | 10/12/2019 | | 回复_葛菊彩-美国律师所需材料.eml | | Attorney Client | Email reflecting confidential attorney-client communications with Duane Morris regarding pending litigation. |
| Fully Withheld | GE, Jucai | GE, Jucai | | | | | | | | 葛菊彩-美国律师所需材料（中英）.docx | Peggy | Attorney Client; Work Product | Report providing confidential information needed to render legal advice regarding corporate with Duane Morris and report prepared in anticipation of litigation regarding corporate governance. |
| Fully Withheld | GE, Jucai | GE, Jucai | zhangpei@huahaipharm.com | gejucai <gejucai@huahaipharm.com> | kongxiaofang <kongxiaofang@huahaipharm.com> | | 葛菊彩-美国律师所需材料 | 10/11/2019 | | 葛菊彩-美国律师所需材料.eml | | Attorney Client | Email reflecting confidential attorney-client communications with Duane Morris regarding pending litigation. |
| Fully Withheld | GE, Jucai | GE, Jucai | | | | | | | | 葛菊彩-美国律师所需材料.docx | Peggy | Attorney Client; Work Product | Report providing confidential information needed to render legal advice regarding corporate governance with Duane Morris and report prepared in anticipation of litigation regarding corporate governance. |
| Fully Withheld | GE, Jucai | CAI, Minda; CHEN, Baozhen; GE, Jucai; LIN, Lihong; MENG, Yanhua; XU, Mi; YE, Cunxiao | Maggie Kong <kongxiaofang@huahaipharm.com> | gejucai <gejucai@huahaipharm.com>; jenson@huahaipharm.com; lindalin@huahaipharm.com; zhangshiwen <zhangshiwen@huahaipharm.com>; 孟艳华 <anne_meng@huahaipharm.com>; 陈宝珍 <chenbaozhen@huahaipharm.com> | cai@huahaipharm.com; Jun Du <jun.du88@gmail.com>; jun du <jun.du88@hotmail.com>; steve.yang <steve.yang@huahaipharm.com>; xumi <xumi@huahaipharm.com> | | FYI - Sandoz 10.19日律师函中的氯沙坦NDEA 调查报告要求 | 10/25/2018 | | FYI - Sandoz 10.19日律师函中的氯沙坦NDEA 调查报告要求.eml | | Attorney Client | Email forwarding confidential legal advice with Peter Homberg regarding contract issues. |

| Fully Withheld | Zhu, Lesley | Du, Jun; Zhu, Lesley | Maggie <kongxiaofang@huahaipharm.com> | Peter Homberg <peter.homberg@dentons.com> | aklein@duanemorris.com; jiewang@huahaipharm.com; Judith Heimbürger <judith.heimbuerger@dentons.com>; jun.du88@gmail.com; lesley.zhu@prinstonpharm.com; madeleine.wang@huahaipharm.com | | Re: Sandoz's Voluntarily Recall of one batch of Losartan combo (Huahai's API) | 11/10/2018 | | Re: Sandoz's Voluntarily Recall of one batch of Losartan combo (Huahai's API) | | Attorney Client | Email reflecting confidential attorney-client communications regarding regulatory issues. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fully Withheld | Zhu, Lesley | Du, Jun; Zhu, Lesley | Peter Homberg <peter.homberg@dentons.com> | Maggie <kongxiaofang@huahaipharm.com> | aklein@duanemorris.com; jiewang@huahaipharm.com; Judith Heimbürger <judith.heimbuerger@dentons.com>; jun.du88@gmail.com; lesley.zhu@prinstonpharm.com; madeleine.wang@huahaipharm.com | | Re: Sandoz's Voluntarily Recall of one batch of Losartan combo (Huahai's API) | 11/10/2018 | | Re: Sandoz's Voluntarily Recall of one batch of Losartan combo (Huahai's API) | | Attorney Client | Email reflecting confidential attorney-client communications regarding regulatory issues. |
| Fully Withheld | Zhu, Lesley | Du, Jun; Zhu, Lesley | Peter Homberg <peter.homberg@dentons.com> | Maggie Kong <kongxiaofang@huahaipharm.com> | aklein@duanemorris.com; jiewang@huahaipharm.com; Judith Heimbürger <judith.heimbuerger@dentons.com>; jun.du88@gmail.com; lesley.zhu@prinstonpharm.com; madeleine.wang@huahaipharm.com | | RE: Sandoz's Voluntarily Recall of one batch of Losartan combo (Huahai's API) | 11/10/2018 | | RE: Sandoz's Voluntarily Recall of one batch of Losartan combo (Huahai's API) | | Attorney Client | Email reflecting confidential attorney-client communications regarding regulatory issues. |
| Fully Withheld | Zhu, Lesley | Zhu, Lesley | Maggie Kong <kongxiaofang@huahaipharm.com> | cai <cai@huahaipharm.com>; steve.yang <steve.yang@huahaipharm.com>; 徐觅 <xumi@huahaipharm.com> | Alan Klein | | FW: Losartan NDEA (Sandoz) - topics/actions btw Huahai & Dentons | 11/12/2018 | | FW: Losartan NDEA (Sandoz) - topics/actions btw Huahai & Dentons | | Attorney Client | Email providing confidential information needed to render legal advice with Peter Homberg regarding pending litigation. |
| Fully Withheld | Zhu, Lesley | Zhu, Lesley | | | | | | | | Sandoz AG 11 Nov 2018.pdf | | Attorney Client | Letter providing confidential information to Alan Klein needed to render legal advice regarding regulatory issues. |
| Fully Withheld | Zhu, Lesley | Du, Jun; Zhu, Lesley | Lesley Zhu <lesley.zhu@prinstonpharm.com> | "Ball, Frederick R." <frball@duanemorris.com>; "Klein, Alan" <aklein@duanemorris.com> | 杜军 <jun.du88@gmail.com> | | RE: FDA 483- on hold | 12/03/2018 | | RE: FDA 483- on hold | | Attorney Client | Email requesting legal advice regarding regulatory issues. |
| Fully Withheld | Zhu, Lesley | Zhu, Lesley | Lesley Zhu <lesley.zhu@prinstonpharm.com> | "Ball, Frederick R." <frball@duanemorris.com>; "Klein, Alan" <aklein@duanemorris.com> | zgu@comcast.net; 杜军 <jun.du88@gmail.com> | | RE: FDA meeting request | 12/03/2018 | | RE: FDA meeting request | | Attorney Client | Email requesting legal advice regarding regulatory issues. |
| Fully Withheld | Zhu, Lesley | Zhu, Lesley | | | | | | | | CAPA updating for Observation 3-2.pdf | Barton | Attorney Client; Work Product | Report providing confidential information needed to render legal advice to Frederick Ball regarding regulatory issues and report forwarding information collected in anticipation of litigation regarding regulatory issues. |
| Fully Withheld | Zhu, Lesley | Zhu, Lesley | Lesley Zhu <lesley.zhu@prinstonpharm.com> | "Ball, Frederick R." <frball@duanemorris.com>; "Klein, Alan" <aklein@duanemorris.com> | zgu@comcast.net; 杜军 <jun.du88@gmail.com> | | RE: FDA meeting request | 12/03/2018 | | RE: FDA meeting request | | Attorney Client | Email requesting legal advice regarding regulatory issues. |

DM1:11666738.1