# Exhibit G

Teva Defendants Privilege Log — Produced 10.1.20 — Version 1

| Custodian | All Custodians | From | To | CC | BCC | Email Subject | Email Sent Date | Email Received Date | Filename | Document Author | Categories | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Teva | Teva | | | | | | | | CAC OCT 02 2018 minuets.doc | | Privilege - Redact | Attorney-Client | Document reflecting legal advice regarding litigation communications. |
| Teva | Teva | | | | | | | | 20180905CAC Meeting Minutes.doc | | Privilege - Redact | Attorney-Client | Document reflecting legal advice regarding testing and quality control. |
| Teva | Teva | | | | | | | | CAC 06 NOV 2018 minutes.doc | | Privilege - Redact | Attorney-Client | Document reflecting legal advice regarding regulatory issues. |
| Teva | Teva | | | | | | | | 20180807 CAC Meeting Minutes.doc | | Privilege - Redact | Attorney-Client | Document reflecting legal advice regarding marketing issues. |
| Teva | Teva | | | | | | | | CAC OCT 09 minuets.doc | | Privilege - Redact | Attorney-Client | Document reflecting legal advice regarding litigation communications. |
| Teva | Teva | | | | | | | | 20180911CAC Meeting Minutes.doc | | Privilege - Redact | Attorney-Client | Document reflecting legal advice regarding testing and quality control. |
| Teva | Teva | | | | | | | | CAC 13 NOV 2018 minutes.doc | | Privilege - Redact | Attorney-Client | Document reflecting legal advice regarding litigation communications. |
| Teva | Teva | | | | | | | | 20180814CAC Meeting Minutes.doc | | Privilege - Redact | Attorney-Client | Document reflecting legal advice regarding marketing issues. |
| Teva | Teva | | | | | | | | CAC 20 NOV 2018 minutes.doc | | Privilege - Redact | Attorney-Client | Document reflecting legal advice regarding litigation communications. |
| Teva | Teva | | | | | | | | 20180822CAC Meeting Minutes-Corrected.doc | | Privilege - Redact | Attorney-Client | Document reflecting legal advice regarding marketing issues. |
| Teva | Teva | | | | | | | | 20180924CAC Meeting Minutes.doc | | Privilege - Redact | Attorney-Client | Document reflecting legal advice regarding recall issues. |
| Teva | Teva | | | | | | | | 20180828CAC Meeting Minutes.doc | | Privilege - Redact | Attorney-Client | Document reflecting legal advice regarding marketing issues. |
| Teva | Teva | | | | | | | | CAC 08 JAN 2019 Meeting minutes .doc | | Privilege - Redact | Attorney-Client | Document reflecting legal advice regarding litigation communications. |
| Teva | Teva | | | | | | | | CAC 09 APR 2019 Meeting minutes.doc | | Privilege - Redact | Attorney-Client | Document reflecting legal advice regarding litigation communications. |
| Teva | Teva | | | | | | | | (RG edits) Draft CAC 12 MAR 2019 Meeting minutes - Privileged and confidential.doc | | Privilege - Redact | Attorney-Client | Document reflecting legal advice regarding litigation communications. |
| Teva | Teva | | | | | | | | CAC 10 MAR meeting minutes.doc | | Privilege - Redact | Attorney-Client | Document reflecting legal advice regarding regulatory issues. |