# Exhibit H

| Entry No. | Custodian | From | To | CC | BCC | Subject | Sent Date/Time | Received Date/Time | Filename | Author | Privilege Type | Privilege Claim | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Chitty, Dawn | | | | | | | | Recall Checklist updated 9.5.18.xlsx | Tynisha Sims | Withheld | Attorney-Client | Spreadsheet containing a request for legal advice from counsel regarding anticipated litigation. |
| 2 | Chitty, Dawn | (devendragupta@torrentpharma.com) | Praveen Kumar | (adeus@torrentpharma.com); (asheshjambudi@torrentpharma.com); (ashwinbpatel@torrentpharma.com); (atulpatel@torrentpharma.com); (avijitkhuntia@torrentpharma.com); (bbpatel@torrentpharma.com); (bharatkawar@torrentpharma.com); Chirag Parikh; Dawn Chitty; (hardikvora@torrentpharma.com); (hasmukhpatel@torrentpharma.com); (hemangpathak@torrentpharma.com); Ishita Sharma; Jasmin Radadia; (jayatibhachakrabarti@torrentpharma.com); (kanupatel@torrentpharma.com); (kishorkumarkoshe@torrentpharma.com); Medinfo Torrent; (nilakanthpatil@torrentpharma.com); (nirajsheth@torrentpharma.com); (pareshmaisuri@torrentpharma.com); (pratikpatel@torrentpharma.com); (pratiknshah@torrentpharma.com); Purushottam Sudele; (pv@torrentpharma.com); (spsutrave@torrentpharma.com); Sue Perry; (sweetyshah@torrentpharma.com); Torrent.ICSRTeam; (ujjalghosh@torrentpharma.com); (umeshprabhu@torrentpharma.com); (upendrashah@torrentpharma.com); (vijaykpatel@torrentpharma.com); (vikramnayak@torrentpharma.com); Vishal Sutariya; (vishnupatel@torrentpharma.com); (vivekbobde@torrentpharma.com); (yogeshsharma@torrentpharma.com) | | Re: Adverse Event + Medical Information + Product Quality Complaint regarding amlodipine/valsartan/hydrochlorothiazide (TPM2018-1846) | 9/5/2018 12:58 | 9/5/2018 12:58 | Re: Adverse Event + Medical Information + Product Quality Complaint regarding amlodipine/valsartan/hydrochlorothiazide (TPM2018-1846) | | Withheld | Attorney-Client | Email chain transmitting information for the purpose of obtaining legal advice regarding regulatory issues. |
| 3 | Chitty, Dawn | Praveen Kumar (praveen:kumar@apcerls.com) | (adeus@torrentpharma.com); Bernadette Attinger; Sue Perry; (hasmukhpatel@torrentpharma.com); (jayendratripathi@torrentpharma.com); (ujjalghosh@torrentpharma.com); (atulpatel@torrentpharma.com); (jayatibhachakrabarti@torrentpharma.com); (ritathakor@torrentpharma.com); (hardikvora@torrentpharma.com); (ashwinbpatel@torrentpharma.com); (upendrashah@torrentpharma.com); (kishorsisodiya@torrentpharma.com); (vivekbobde@torrentpharma.com); (hemangpathak@torrentpharma.com); (sweetyshah@torrentpharma.com); (umeshprabhu@torrentpharma.com); Jasmin Radadia; Chirag Parikh; Ishita Sharma; (pv@torrentpharma.com); (nilakanthpatil@torrentpharma.com); (pratiknshah@torrentpharma.com); (vijaykpatel@torrentpharma.com); (nirajsheth@torrentpharma.com); (pareshmaisuri@torrentpharma.com); (yogeshsharma@torrentpharma.com); (avijitkhuntia@torrentpharma.com); (pratikpatel@torrentpharma.com); (vikramnayak@torrentpharma.com); (devendragupta@torrentpharma.com); (spsutrave@torrentpharma.com); Sushil Jaiswal; (asheshjambudi@torrentpharma.com); (kanupatel@torrentpharma.com); (vishnupatel@torrentpharma.com); (bbpatel@torrentpharma.com); (bharatkawar@torrentpharma.com); (paragchaudhari@torrentpharma.com); Purushottam Sudele; (kishorkumarkoshe@torrentpharma.com); (jvsshankar@torrentpharma.com); (omprakashgautam@torrentpharma.com); Torrent.ICSRTeam | Medinfo Torrent | | Adverse Event + Product Quality Complaint regarding telmisartan (TPM2018-3532) | 11/27/2018 20:55 | 11/27/2018 20:56 | Adverse Event + Product Quality Complaint regarding telmisartan (TPM2018-3532) | | Withheld | Attorney-Client | Email with attachment containing information for the purpose of obtaining legal advice regarding manufacturing issues. |
| 4 | Chitty, Dawn | | | | | | | | Press Release Aug 16 -- Wiley Rein comments.docx | jgustosfon | Withheld | Attorney-Client | Draft letter prepared by counsel regarding manufacturing issues. |
| 5 | Chitty, Dawn | (hardikvora@torrentpharma.com) | Dawn Chitty | Arunesh Verma; (ashishhajarnis@torrentpharma.com); (jayatibhachakrabarti@torrentpharma.com); jocelyn rivera; (maitrayeemukherji@torrentpharma.com); (parassheth@torrentpharma.com); (purushottamsudele@torrentpharma.com); (sumitbasu@torrentpharma.com); (sushiljaiswal@torrentpharma.com); (triptigandhi@torrentpharma.com); (vijaykpatel@torrentpharma.com); (vinodsingh@torrentpharma.com) | | Re: FDA request regarding valsartan-URGENT | 8/13/2018 4:56 | 8/13/2018 4:55 | Re: FDA request regarding valsartan-URGENT | | Withheld | Attorney-Client | Email chain transmitting information for the purpose of obtaining legal advice regarding communications with FDA. |
| 6 | Chitty, Dawn | (sushiljaiswal@torrentpharma.com) | Dawn Chitty | Arunesh Verma; (ashishhajarnis@torrentpharma.com); (hardikvora@torrentpharma.com); (jayatibhachakrabarti@torrentpharma.com); jocelyn rivera; (maitrayeemukherji@torrentpharma.com); (parassheth@torrentpharma.com); (purushottamsudele@torrentpharma.com); (sumitbasu@torrentpharma.com); (triptigandhi@torrentpharma.com); (vijaykpatel@torrentpharma.com); (vinodsingh@torrentpharma.com) | | Re: FDA request regarding valsartan-URGENT | 8/13/2018 4:03 | 8/13/2018 4:02 | Re: FDA request regarding valsartan-URGENT | | Withheld | Attorney-Client | Email chain transmitting information for the purpose of obtaining legal advice regarding communications with FDA. |
| 7 | Chitty, Dawn | (hardikvora@torrentpharma.com) | Dawn Chitty | Arunesh Verma; (ashishhajarnis@torrentpharma.com); (jayatibhachakrabarti@torrentpharma.com); jocelyn rivera; (maitrayeemukherji@torrentpharma.com); (parassheth@torrentpharma.com); (purushottamsudele@torrentpharma.com); (sumitbasu@torrentpharma.com); (sushiljaiswal@torrentpharma.com); (triptigandhi@torrentpharma.com); (vijaykpatel@torrentpharma.com); (vinodsingh@torrentpharma.com) | | Re: FDA request regarding valsartan-URGENT | 8/11/2018 7:09 | 8/11/2018 7:09 | Re: FDA request regarding valsartan-URGENT | | Withheld | Attorney-Client | Email chain with attachment transmitting information for the purpose of obtaining legal advice regarding communications with FDA. |
| 8 | Neravetla, Reddy | (/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=e516b746c0ba4a1680ba3c6bf01c6cdd-reddyr) | Joseph DelBuono | Joseph Benesch; Amit Modi; Gina Thomas | | RE: Torrent Recall 187 Destruction Documents | 2/6/2020 17:28 | 2/6/2020 17:28 | RE: Torrent Recall 187 Destruction Documents | | Redacted | Attorney-Client | Email chain containing mental impressions of counsel regarding manufacturing issues. |
| 9 | Neravetla, Reddy | (/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=e516b746c0ba4a1680ba3c6bf01c6cdd-reddyr) | Joseph DelBuono | Saroja Gorantla; Thomas Wiatrowski | | RE: Valsartan/ Losartan cases - Questions | 1/28/2020 19:36 | 1/28/2020 19:36 | RE: Valsartan/ Losartan cases - Questions | | Withheld | Attorney-Client;Work Product | Email chain sent at the direction of counsel seeking information regarding ongoing litigation. |
| 10 | Neravetla, Reddy | (/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=e516b746c0ba4a1680ba3c6bf01c6cdd-reddyr) | Saroja Gorantla | | | RE: Valsartan/ Losartan cases - Questions | 1/28/2020 18:30 | 1/28/2020 18:30 | RE: Valsartan/ Losartan cases - Questions | | Withheld | Attorney-Client;Work Product | Email chain sent at the direction of counsel seeking information regarding ongoing litigation. |
| 11 | Neravetla, Reddy | (/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=e516b746c0ba4a1680ba3c6bf01c6cdd-reddyr) | Joseph DelBuono | Joseph Benesch; Amit Modi; Gina Thomas; David Perez | | RE: Valsartan - Questions - Urgent | 1/23/2020 19:27 | 1/23/2020 19:27 | RE: Valsartan - Questions - Urgent | | Redacted | Attorney-Client | Email chain seeking and providing legal advice from counsel regarding manufacturing issues. |
| 12 | Neravetla, Reddy | Kristy Zielny | Joseph DelBuono | Reddy Neravetla; Maitrayee Mukherji | | RE: Valsartan/ Losartan - Pill Preservation | 2/10/2020 16:32 | 2/10/2020 16:32 | RE: Valsartan/ Losartan - Pill Preservation | | Withheld | Attorney-Client;Work Product | Email chain sent at the direction of counsel requesting and providing information regarding ongoing litigation. |
| 13 | Neravetla, Reddy | Gina Thomas | Reddy Neravetla; Joseph DelBuono | Joseph Benesch; Amit Modi | | RE: Torrent Recall 187 Destruction Documents | 2/6/2020 16:57 | 2/6/2020 16:57 | RE: Torrent Recall 187 Destruction Documents | | Redacted | Attorney-Client | Email chain containing legal advice from counsel regarding manufacturing issues. |
| 14 | Neravetla, Reddy | Gina Thomas | Reddy Neravetla; Joseph DelBuono | Joseph Benesch; Amit Modi | | RE: Torrent Recall 187 Destruction Documents | 2/6/2020 16:19 | 2/6/2020 16:20 | RE: Torrent Recall 187 Destruction Documents | | Redacted | Attorney-Client | Email chain containing mental impressions of counsel regarding manufacturing issues. |

| # | From | To | CC | BCC | Subject | Sent | Received | Filename | Author | Redaction | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Neravetla, Reddy | (/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=e516b746c0ba4a16808a3c6bf01c6cdd-reddyr) | Joseph DelBuono | | | RE: Valsartan/ Losartan cases - Questions | 1/28/2020 21:06 | 1/28/2020 21:06 | RE: Valsartan/ Losartan cases - Questions | | Withheld | Attorney-Client | Email chain seeking information for the purpose of rendering legal advice regarding communications with FDA. |
| 16 | Neravetla, Reddy | Reddy Neravetla | Joseph DelBuono | | | RE: Torrent Recall 187 Destruction Documents | 2/6/2020 19:20 | 2/6/2020 19:20 | RE: Torrent Recall 187 Destruction Documents | | Redacted | Attorney-Client | Email chain containing mental impressions of counsel regarding manufacturing issues. |
| 17 | Neravetla, Reddy | Bernadette Attinger | (lgustofson@qualanex.com); (gsartori@qualanex.com); Reddy Neravetla; Joseph DelBuono | | | Do Not Destroy | 4/9/2019 15:33 | 4/9/2019 15:33 | Do Not Destroy | Gina Thomas | Withheld | Attorney-Client;Work Product | Email with attachment containing at the direction of counsel regarding ongoing litigation. |
| 18 | Neravetla, Reddy | Lynn Gustofson | Bernadette Attinger; Gerard Sartori; Reddy Neravetla; Joseph DelBuono | | | RE: Do Not Destroy | 4/9/2019 15:40 | 4/9/2019 15:40 | RE: Do Not Destroy | Gina Thomas | Withheld | Attorney-Client;Work Product | Email chain containing legal advice from counsel regarding ongoing litigation. |
| 19 | Neravetla, Reddy | Reddy Neravetla | Joseph DelBuono | | | RE: Torrent Recall 187 Destruction Documents | 2/6/2020 22:19 | 2/6/2020 22:19 | RE: Torrent Recall 187 Destruction Documents | | Redacted | Attorney-Client | Email chain requesting legal advice from counsel regarding manufacturing issues. |
| 20 | Neravetla, Reddy | | | | | | | | November recall update Torrent RES80847.pdf | Susan Perry | Redacted | Attorney-Client;Work Product | Report providing legal advice from counsel regarding ongoing litigation. |
| 21 | Neravetla, Reddy | Reddy Neravetla | Maitrayee Mukherji | | Kristy Zielny; DilkeshShah@TorrentPharma.com; Sushil Jaiswal; JayatibhaChakrabarti@TorrentPharma.com; Saroja Gorantla; VijaykPatel@TorrentPharma.com; PankitMehta@TorrentPharma.com; HardikVora@TorrentPharma.com; PurushottamSudele@TorrentPharma.com; Sanjay Gupta | Re: Valsartan Recall Update - January 2020 | 1/31/2020 11:01 | 1/31/2020 11:01 | Re: Valsartan Recall Update - January 2020 | | Withheld | Attorney-Client;Work Product | Email chain containing legal advice from counsel regarding ongoing litigation. |
| 22 | Neravetla, Reddy | Reddy Neravetla | Joseph DelBuono | | Joseph Benesch; Amit Modi; Gina Thomas; David Perez | RE: Valsartan - Questions - Urgent | 1/23/2020 19:29 | 1/23/2020 19:28 | RE: Valsartan - Questions - Urgent | | Withheld | Attorney-Client | Email with attachment containing legal advice from counsel regarding manufacturing issues. |
| 23 | Neravetla, Reddy | (kalpeshtpatel@torrentpharma.com) | (nidhimehta@torrentpharma.com); Arunesh Verma; Reddy Neravetla | | Sushil Jaiswal; (sudhirmenon@torrentpharma.com); (analshah@torrentpharma.com) | RE: Torrent USA: Proposed Product Liability Renewal 2019-20 - Request for information | 10/11/2019 11:36 | 10/11/2019 11:36 | RE: Torrent USA: Proposed Product Liability Renewal 2019-20 - Request for information | | Withheld | Attorney-Client | Email chain containing legal advice from counsel regarding regulatory issues. |
| 24 | Neravetla, Reddy | (/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=e516b746c0ba4a16808a3c6bf01c6cdd-reddyr) | Maitrayee Mukherji | | Kristy Zielny; DilkeshShah@TorrentPharma.com; Sushil Jaiswal; JayatibhaChakrabarti@TorrentPharma.com; Saroja Gorantla; VijaykPatel@TorrentPharma.com; PankitMehta@TorrentPharma.com; HardikVora@TorrentPharma.com; PurushottamSudele@TorrentPharma.com; Sanjay Gupta | RE: Valsartan Recall Update - January 2020 - Updated | 3/9/2020 13:20 | 3/9/2020 13:20 | RE: Valsartan Recall Update - January 2020 - Updated | | Redacted | Attorney-Client;Work Product | Email chain transmitting legal advice from counsel regarding ongoing litigation. |
| 25 | Neravetla, Reddy | | | | | | | | Q2 Priorities Update and Q3 priorities 09.26.2019.pptx | TPL | Redacted | Attorney-Client;Work Product | Report transmitting legal advice from counsel regarding ongoing litigation. |
| 26 | Neravetla, Reddy | (/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=e516b746c0ba4a16808a3c6bf01c6cdd-reddyr) | Joseph DelBuono; Sanjay Gupta | | | RE: Do Not Destroy | 10/3/2019 14:50 | 10/3/2019 14:50 | RE: Do Not Destroy | | Withheld | Attorney-Client | Email chain containing legal advice from counsel regarding manufacturing issues. |
| 27 | Neravetla, Reddy | | | | | | | | Q2 Priorities Update and Q3 priorities 09.26.2019.pptx | TPL | Redacted | Attorney-Client;Work Product | Presentation transmitting legal advice from counsel regarding ongoing litigation. |
| 28 | Neravetla, Reddy | Joseph DelBuono | Reddy Neravetla | | | RE: Do Not Destroy | 5/28/2019 12:56 | 5/28/2019 12:56 | RE: Do Not Destroy | | Withheld | Attorney-Client;Work Product | Email chain containing information for the purpose of obtaining legal advice regarding ongoing litigation. |
| 29 | Neravetla, Reddy | Reddy Neravetla | Joseph DelBuono | | Thomas Wiatrowski; Kristy Zielny; Saroja Gorantla | RE: Valsartan - Status Update Urgent | 2/22/2020 1:48 | 2/22/2020 1:48 | RE: Valsartan - Status Update Urgent | | Withheld | Attorney-Client | Email chain with attachment requesting information for the purpose of rendering legal advice regarding communications with FDA. |
| 30 | Neravetla, Reddy | | | | | | | | May 2019 recall update Torrent RES80847.pdf | Susan Perry | Redacted | Attorney-Client;Work Product | Report containing legal advice from counsel regarding ongoing litigation. |
| 31 | Neravetla, Reddy | | | | | | | | June recall update Torrent RES80847.pdf | Susan Perry | Redacted | Attorney-Client;Work Product | Report containing legal advice from counsel regarding ongoing litigation. |
| 32 | Neravetla, Reddy | | | | | | | | May 2019 recall update Torrent RES80847.pdf | Susan Perry | Redacted | Attorney-Client;Work Product | Report containing legal advice from counsel regarding ongoing litigation. |
| 33 | Neravetla, Reddy | | | | | | | | June recall update Torrent RES80847.pdf | Susan Perry | Redacted | Attorney-Client;Work Product | Report containing legal advice from counsel regarding ongoing litigation. |
| 34 | Neravetla, Reddy | Reddy Neravetla | Joseph DelBuono | | Kristy Zielny; Saroja Gorantla; Thomas Wiatrowski | RE: Insurance Documents Required - Valsartan & Losartan | 2/22/2020 1:44 | 2/22/2020 1:44 | RE: Insurance Documents Required - Valsartan & Losartan | | Withheld | Attorney-Client | Email chain with attachment requesting information for the purpose of rendering legal advice regarding ongoing litigation. |
| 35 | Gegenheimer, Kelly | Seth, Neal | Shalini Torani; Kelly Gegenheimer | | Joseph DelBuono | RE: Notice of court ordered disclosure of sales information | 9/27/2019 21:00 | 9/27/2019 21:00 | RE: Notice of court ordered disclosure of sales information | | Withheld | Attorney-Client;Work Product;Common Interest | Email chain containing advice from counsel regarding ongoing litigation. |
| 36 | Gegenheimer, Kelly | Seth, Neal | Shalini Torani | | Joseph DelBuono; Kelly Gegenheimer | RE: Notice of court ordered disclosure of sales information | 10/1/2019 1:59 | 10/1/2019 1:59 | RE: Notice of court ordered disclosure of sales information | | Withheld | Attorney-Client;Work Product;Common Interest | Email chain providing legal advice from counsel regarding ongoing litigation. |
| 37 | Gegenheimer, Kelly | Shalini Torani | Seth, Neal; Joseph DelBuono | | Kelly Gegenheimer | RE: Notice of court ordered disclosure of sales information | 9/17/2019 15:59 | 9/17/2019 15:59 | RE: Notice of court ordered disclosure of sales information | | Withheld | Attorney-Client;Work Product;Common Interest | Email chain requesting and providing advice from counsel regarding ongoing litigation. |
| 38 | Gegenheimer, Kelly | Joseph DelBuono | Seth, Neal | | Kelly Gegenheimer; Shalini Torani; Sweekrut Mokashi | RE: Notice of court ordered disclosure of sales information | 9/16/2019 20:50 | 9/16/2019 20:50 | RE: Notice of court ordered disclosure of sales information | | Withheld | Attorney-Client | Email chain seeking and providing legal advice from counsel regarding ongoing litigation. |
| 39 | Gegenheimer, Kelly | Joseph DelBuono | Seth, Neal; Shalini Torani | | Kelly Gegenheimer | RE: Notice of court ordered disclosure of sales information | 9/4/2019 0:51 | 9/4/2019 0:51 | RE: Notice of court ordered disclosure of sales information | | Withheld | Attorney-Client;Work Product;Common Interest | Email chain seeking and providing legal advice from counsel regarding ongoing litigation. |
| 40 | Gegenheimer, Kelly | Joseph DelBuono | Shalini Toran | | Kelly Gegenheimer; (nseth@wileyrein.com) | RE: Notice of court ordered disclosure of sales information | 9/3/2019 20:17 | 9/3/2019 20:17 | RE: Notice of court ordered disclosure of sales information | | Withheld | Attorney-Client;Work Product;Common Interest | Email chain requesting and providing legal advice from counsel regarding ongoing litigation. |
| 41 | Gegenheimer, Kelly | Russell Nelson | Dick Derks; Tony Juneau - Legal; Joseph DelBuono | | Kelly Gegenheimer | Notice of court ordered disclosure of sales information | 8/16/2019 20:05 | 8/16/2019 20:05 | Notice of court ordered disclosure of sales information | | Withheld | Attorney-Client;Work Product | Email containing legal advice from counsel regarding ongoing litigation. |
| 42 | Gegenheimer, Kelly | Russell Nelson | Kelly Gegenheimer; Chip McCorkle; Noopur Shah | | | Exforge subpoena matter | 8/15/2019 19:12 | 8/15/2019 19:12 | Exforge subpoena matter | | Withheld | Attorney-Client;Work Product | Calendar entry containing legal advice from counsel regarding ongoing litigation. |
| 43 | Gegenheimer, Kelly | Tony Juneau - Legal | (kappelman.ben@dorsey.com) | | Dick Derks; Joseph DelBuono; Kelly Gegenheimer; (zayed.rj@dorsey.com); Russell Nelson; Leon Paz - Legal; Ruben Cantu - Legal | RE: FW: Notice of court ordered disclosure of sales information | 7/19/2019 2:08 | 7/19/2019 2:08 | RE: FW: Notice of court ordered disclosure of sales information | | Withheld | Attorney-Client;Work Product;Common Interest | Email chain containing legal advice from counsel regarding ongoing litigation. |
| 44 | Gegenheimer, Kelly | (kappelman.ben@dorsey.com) | (tony.juneau@walmartlegal.com) | | (dderks@walmart.com); Joseph DelBuono; Kelly Gegenheimer; (zayed.rj@dorsey.com); Russell Nelson | RE: FW: Notice of court ordered disclosure of sales information | 7/18/2019 23:56 | 7/18/2019 23:57 | RE: FW: Notice of court ordered disclosure of sales information | | Withheld | Attorney-Client;Work Product | Email chain requesting and providing legal advice from counsel regarding ongoing litigation. |
| 45 | Gegenheimer, Kelly | Russell Nelson | Tony Juneau - Legal | | Dick Derks; Joseph DelBuono; Kelly Gegenheimer; (kappelman.ben@dorsey.com) | RE: FW: Notice of court ordered disclosure of sales information | 7/18/2019 16:22 | 7/18/2019 16:22 | RE: FW: Notice of court ordered disclosure of sales information | | Withheld | Attorney-Client;Work Product;Common Interest | Email chain containing legal advice from counsel regarding ongoing litigation. |
| 46 | Gegenheimer, Kelly | Russell Nelson | (dderks@walmart.com) | | Joseph DelBuono; Kelly Gegenheimer | Notice of court ordered disclosure of sales information | 7/12/2019 21:37 | 7/12/2019 21:37 | Notice of court ordered disclosure of sales information | | Withheld | Attorney-Client;Work Product | Email prepared by counsel regarding ongoing litigation. |
| 47 | Gegenheimer, Kelly | Kelly Gegenheimer | Chip McCorkle | | | FW: Notice of court ordered disclosure of sales information | 7/12/2019 22:14 | 7/12/2019 22:14 | FW: Notice of court ordered disclosure of sales information | | Withheld | Attorney-Client;Work Product;Common Interest | Email chain requesting and providing legal advice from counsel regarding ongoing litigation. |
| 48 | Gegenheimer, Kelly | Kelly Gegenheimer | Russell Nelson | | | RE: Valsartan & Esomeprazole with Customers | 7/11/2019 20:42 | 7/11/2019 20:42 | RE: Valsartan & Esomeprazole with Customers | | Redacted | Attorney-Client;Work Product | Email chain containing legal advice from counsel regarding ongoing litigation. |
| 49 | Gegenheimer, Kelly | Russell Nelson | Russell Nelson; Kelly Gegenheimer; Chip McCorkle; Noopur Shah | | | Exforge subpoena matter | 8/15/2019 19:12 | 8/15/2019 19:12 | Exforge subpoena matter | | Withheld | Attorney-Client;Work Product | Calendar entry containing information for the purpose of rendering legal advice regarding ongoing litigation. |
| 50 | Neravetla, Reddy | | | | | | | | November recall update Torrent RES80847.pdf | Susan Perry | Redacted | Attorney-Client;Work Product | Report containing legal advice from counsel regarding anticipated litigation. |
| 51 | Neravetla, Reddy | | | | | | | | November recall update Torrent RES80847.pdf | Susan Perry | Redacted | Attorney-Client;Work Product | Report containing legal advice from counsel regarding anticipated litigation. |
| 52 | Gegenheimer, Kelly | (/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=ff839523e5d404473b399284d6a80fdf4-kellygegenh) | Arunesh Verma; Bernadette Attinger; Sanjay Gupta | | Kelly Gegenheimer | FW: Walmart/Stimma tender letter to Torrent Pharma | 10/15/2018 18:36 | 10/15/2018 18:33 | FW: Walmart/Stimma tender letter to Torrent Pharma | | Redacted | Attorney-Client;Work Product | Email with attachment requesting information for the purpose of obtaining legal advice regarding ongoing litigation. |
| 53 | Neravetla, Reddy | Joseph DelBuono | (nidhimehta@torrentpharma.com); Kalpesh T Patel; Arunesh Verma; Reddy Neravetla | | Sushil Jaiswal; (sudhirmenon@torrentpharma.com); (analshah@torrentpharma.com); Sanjay Gupta; (maheshagrawal@torrentpharma.com) | RE: Torrent USA: Proposed Product Liability Renewal 2019-20 - Request for information | 10/17/2019 12:56 | 10/17/2019 12:56 | RE: Torrent USA: Proposed Product Liability Renewal 2019-20 - Request for information | | Withheld | Attorney-Client | Email chain requesting and providing information for the purpose of rendering legal advice regarding communications with FDA. |
| 54 | Neravetla, Reddy | Joseph DelBuono | Reddy Neravetla | | | RE: Do Not Destroy | 10/17/2019 12:52 | 10/17/2019 12:52 | RE: Do Not Destroy | | Withheld | Attorney-Client | Email chain containing legal advice from counsel regarding manufacturing issues. |
| 55 | Neravetla, Reddy | (kalpeshtpatel@torrentpharma.com) | (nidhimehta@torrentpharma.com); Arunesh Verma; Reddy Neravetla | | Sushil Jaiswal; (sudhirmenon@torrentpharma.com); (analshah@torrentpharma.com); Joseph DelBuono; Sushil Jaiswal | RE: Torrent USA: Proposed Product Liability Renewal 2019-20 - Request for information | 10/14/2019 7:40 | 10/14/2019 7:40 | RE: Torrent USA: Proposed Product Liability Renewal 2019-20 - Request for information | | Redacted | Attorney-Client | Email chain requesting and providing information for the purpose of obtaining legal advice regarding communications with FDA. |
| 56 | Neravetla, Reddy | (kalpeshtpatel@torrentpharma.com) | (nidhimehta@torrentpharma.com); Arunesh Verma; Reddy Neravetla | | Sushil Jaiswal; (sudhirmenon@torrentpharma.com); (analshah@torrentpharma.com); Joseph DelBuono; Sushil Jaiswal | RE: Torrent USA: Proposed Product Liability Renewal 2019-20 - Request for information | 10/14/2019 7:00 | 10/14/2019 7:00 | RE: Torrent USA: Proposed Product Liability Renewal 2019-20 - Request for information | | Redacted | Attorney-Client | Email chain with attachment seeking and providing information for the purpose of obtaining legal advice regarding communications with FDA. |
| 57 | Neravetla, Reddy | (nidhimehta@torrentpharma) | Kalpesh T Patel | | Sushil Jaiswal; (sudhirmenon@torrentpharma.com); Arunesh Verma; Reddy Neravetla; Joseph DelBuono; Sanjay Gupta; (maheshagrawal@torrentpharma.com) | FW: Torrent USA: Proposed Product Liability Renewal 2019-20 - Request for information | 10/14/2019 6:34 | 10/14/2019 6:34 | FW: Torrent USA: Proposed Product Liability Renewal 2019-20 - Request for information | | Redacted | Attorney-Client | Email chain requesting and providing information for the purpose of obtaining legal advice regarding communications with FDA. |
| 58 | Neravetla, Reddy | Joseph DelBuono | (analshah@torrentpharma.com) | | (kaushalsolanki.com); (deepshah@torrentpharma.com); Sushil Jaiswal; (nidhimehta@torrentpharma.com); (sudhirmenon@torrentpharma.com); Kalpesh T Patel; Arunesh Verma; Reddy Neravetla; Sanjay Gupta | RE: Torrent USA: Proposed Product Liability Renewal 2019-20 - Request for information | 10/9/2019 15:27 | 10/9/2019 15:28 | RE: Torrent USA: Proposed Product Liability Renewal 2019-20 - Request for information | | Redacted | Attorney-Client | Email chain with attachment containing a request for legal advice from counsel regarding communications with FDA. |