# Exhibit I

| Custodian | From | To | CC | BCC | Subject | Sent Date/Time | Received Date/Time | File Name | Categories | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbineni, Jyothibasu | | | | | | | | VLN-2 B PB-10.doc | Privileged - Withhold | Attorney-Client | Document reflecting confidential attorney-client communications regarding testing and quality control. |
| Abbineni, Jyothibasu | | | | | | | | VLN-2 BBS-B.doc | Privileged - Withhold | Attorney-Client | Document reflecting confidential attorney-client communications regarding testing and quality control. |
| Abbineni, Jyothibasu | | | | | | | | VLN-2BBS--A.doc | Privileged - Withhold | Attorney-Client | Document reflecting confidential attorney-client communications regarding testing and quality control. |
| Abbineni, Jyothibasu | | | | | | | | Valsartan Situation.docx | Privileged - Withhold | Attorney-Client | Document reflecting confidential attorney-client communications regarding sales and pricing. |
| Gomas, Antonyraj | | | | | | | | 2. Second Request for additional Information Mylan Nashik Cover Letter 17 Feb 2017.pdf | Privileged - Withhold | Attorney-Client | Document reflecting legal advice regarding regulatory issues. |
| Gomas, Antonyraj | | | | | | | | 3. Second Update Mylan Nashik Periodic Update 17 Feb 2017.pdf | Privileged - Withhold | Attorney-Client | Document reflecting legal advice regarding regulatory issues. |
| Gomas, Antonyraj | | | | | | | | 4. Response to Queries (Q1,Q2,Q3) Regarding FDA 483 17 Feb 2017.pdf | Privileged - Withhold | Attorney-Client | Document reflecting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | | | | | | | | U-3 March Monthly report 2011.doc | Privileged - Withhold | Attorney-Client | Document reflecting confidential attorney-client communications regarding testing and quality control. |
| Abbineni, Jyothibasu | Sreenivasarao Prerepa (sreenivasarao.prerepa@mylan.in) | Antonyraj Gomas (antonyraj.gomas@mylan.in); Milada Konrad (milada.konrad@mylan.com) | Katalin Molnar (katalin.molnar@mylan.com); Maria-Julianna Dalma Palmay (dalma.palmay@mylan.com); Philip Lambert (philip.lambert@mylan.com); Reem Malki (reem.malki@mylan.com) | | RE: URGENT: Valsartan | 7/12/2018 13:15 | 7/12/2018 13:15 | RE: URGENT: Valsartan | Privileged - Withhold | Attorney-Client | Email reflecting confidential attorney-client communications regarding testing and quality control. |
| Abbineni, Jyothibasu | | | | | | | | U1.xlsx | Privileged - Withhold | Attorney-Client | Spreadsheet reflecting confidential attorney-client communications regarding testing and quality control. |
| Abbineni, Jyothibasu | | | | | | | | U3.xls | Privileged - Withhold | Attorney-Client | Spreadsheet reflecting confidential attorney-client communications regarding testing and quality control. |
| Abbineni, Jyothibasu | | | | | | | | U7.xlsx | Privileged - Withhold | Attorney-Client | Spreadsheet reflecting confidential attorney-client communications regarding testing and quality control. |
| Atluri, MuraliKrishna | | | | | | | | Unit-3 Daily production report 23-Mar-15.xlsx | Privileged - Withhold | Attorney-Client | Spreadsheet reflecting confidential attorney-client communications regarding testing and quality control. |
| Gangireddy, Chinnikrishnareddy | | | | | | | | U7.xlsx | Privileged - Withhold | Attorney-Client | Spreadsheet reflecting confidential attorney-client communications regarding testing and quality control. |
| Immidisetti, Rajagopal | | | | | | | | Microsoft_Excel_Worksheet1.xlsx | Privileged - Withhold | Attorney-Client | Spreadsheet providing legal advice regarding testing and quality control. |
| Kasbekar, Uday | | | | | | | | OBS 1_Product Summary Report_Telmi_Amlo Tabs US.docx | Privileged - Withhold | Attorney-Client | Document reflecting confidential attorney-client communications regarding testing and quality control. |
| Kasbekar, Uday | | | | | | | | OBS 1_Product Summary Report_Telmi_HCTZ US.docx | Privileged - Withhold | Attorney-Client | Document reflecting confidential attorney-client communications regarding testing and quality control. |
| Kasbekar, Uday | | | | | | | | OBS 1_Product Summary Report_Telmisartan Tablets US.docx | Privileged - Withhold | Attorney-Client | Document reflecting confidential attorney-client communications regarding testing and quality control. |
| Kupec, Kimberly | | | | | | | | ATT00011.htm | Privileged - Withhold | Attorney-Client | Document reflecting confidential attorney-client communications regarding testing and quality control. |
| Malki, Reem | | | | | | | | 2FINAL Nashik FDA Mtg 22-Jul-15.pdf | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding recall issues. |
| MVRBS, Subrahmanyam | | | | | | | | Global 2014.xlsx | Privileged - Withhold | Attorney-Client | Spreadsheet providing legal advice regarding regulatory issues. |
| Vasireddy, Srinivas | | | | | | | | Sale Mode Daily Report 16-06-2016.xls | Privileged - Withhold | Attorney-Client | Spreadsheet requesting legal advice regarding sales and pricing. |
| Venkatasagi, Varma | | | | | | | | Microsoft_Word_Document2.docx | Privileged - Withhold | Attorney-Client | Document reflecting legal advice regarding testing and quality control. |
| Venkatasagi, Varma | | | | | | | | Microsoft_Excel_Worksheet3.xlsx | Privileged - Withhold | Attorney-Client | Spreadsheet reflecting legal advice regarding testing and quality control. |
| Venkatasagi, Varma | | | | | | | | Feb- Key issues slide.pptx | Privileged - Withhold | Attorney-Client | Presentation reflecting legal advice regarding testing and quality control. |
| Venkatasagi, Varma | | | | | | | | Microsoft_Excel_Worksheet2.xlsx | Privileged - Withhold | Attorney-Client | Spreadsheet reflecting legal advice regarding customer issues. |
| Venkatasagi, Varma | | | | | | | | Open Investigations for 2015.xlsx | Privileged - Withhold | Attorney-Client | Spreadsheet reflecting legal advice regarding customer issues. |
| Venkatasagi, Varma | | | | | | | | Stability Failures.docx | Privileged - Withhold | Attorney-Client | Document reflecting legal advice regarding testing and quality control. |
| Venkatasagi, Varma | | | | | | | | Microsoft_Excel_Worksheet2.xlsx | Privileged - Withhold | Attorney-Client | Spreadsheet reflecting legal advice regarding customer issues. |
| Venkatasagi, Varma | | | | | | | | Microsoft_Excel_Worksheet7.xlsx | Privileged - Withhold | Attorney-Client | Spreadsheet reflecting legal advice regarding testing and quality control. |
| Venkatasagi, Varma | | | | | | | | Notifications from 1st march to 31st march-16.xlsx | Privileged - Withhold | Attorney-Client | Spreadsheet reflecting legal advice regarding customer issues. |
| Abbineni, Jyothibasu | | | | | | | | CIP projects 3rd Party customer status-Dec'12.ppt | Privileged - Withhold | Attorney-Client | Presentation requesting legal advice regarding customer issues. |

| Custodian | From | To | CC | Subject | Date Sent | Date Received | Filename | Privilege Claim | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Abbineni, Jyothibasu | Christopher J. Robb (/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=05c11529eda84e539f390ffb140f7c96-christopher) | (christopher.robb@mylan.com); Akarshit Khare (akarshit.khare@mylan.in); Alison Pangilinan (alison.pangilinan@mylanlabs.com); Amanda S. Tolbert (amanda.tolbert@mylan.com); Amitsingh Chouhan (amit.chouhan@mylan.in); Amy Corder (amy.corder@mylan.com); Andrea B. Works (andrea.works@mylan.com); Andrew E. Morrell (andrew.morrell@mylan.com); Aniruddha Tapaswi (aniruddha.tapaswi@mylan.in); Ankita Shrivastava (ankita.shrivastava@mylan.in); Ann E. Summerfield (ann.summerfield@mylan.com); Ashish Hemani (ashish.hemani@mylan.in); Asiya Munaf (asiya.munaf@mylan.in); Atul Moghe (atul.moghe@mylan.in); Bhawani Rathore (bhawani.rathore@mylan.in); Bill Addicks (william.addicks@mylan.com); Brad Baker (brad.baker@mylan.com); Brian Krieger (brian.krieger@mylan.com); Casey L. Streets (casey.streets@mylan.com); Catherine Prody (catherine.prody@mylan.com); Chandrabhushan Pandey (chandrabhushan.pandey@mylan.in); Christina G Mort (christina.mort@mylan.com); Colin Durborow (colin.durborow@mylan.com); Courtney N Wilfong (courtney.wilfong@mylanlabs.com); Curt N Von Boetticher (curt.vonboetticher@mylanlabs.com); Cynthia L | | MPI Launch Prep / MLL Manufactured | 3/25/2015 12:28 | 3/25/2015 12:28 | MPI Launch Prep / MLL Manufactured | Privileged - Withhold | Attorney-Client | Calendar Entry requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | Christopher J. Robb (/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=05c11529eda84e539f390ffb140f7c96-christopher) | (christopher.robb@mylan.com); Akarshit Khare (akarshit.khare@mylan.in); Alison Pangilinan (alison.pangilinan@mylanlabs.com); Amanda S. Tolbert (amanda.tolbert@mylan.com); Amitsingh Chouhan (amit.chouhan@mylan.in); Amy Corder (amy.corder@mylan.com); Andrea B. Works (andrea.works@mylan.com); Andrew E. Morrell (andrew.morrell@mylan.com); Aniruddha Tapaswi (aniruddha.tapaswi@mylan.in); Ankita Shrivastava (ankita.shrivastava@mylan.in); Ann E. Summerfield (ann.summerfield@mylan.com); Ashish Hemani (ashish.hemani@mylan.in); Asiya Munaf (asiya.munaf@mylan.in); Atul Moghe (atul.moghe@mylan.in); Bhawani Rathore (bhawani.rathore@mylan.in); Bill Addicks (william.addicks@mylan.com); Brad Baker (brad.baker@mylan.com); Brian Krieger (brian.krieger@mylan.com); Casey L. Streets (casey.streets@mylan.com); Catherine Prody (catherine.prody@mylan.com); Chandrabhushan Pandey (chandrabhushan.pandey@mylan.in); Christina G Mort (christina.mort@mylan.com); Colin Durborow (colin.durborow@mylan.com); Courtney N Wilfong (courtney.wilfong@mylanlabs.com); Curt N Von Boetticher (curt.vonboetticher@mylanlabs.com); Cynthia L | | MPI Launch Prep / MLL Manufactured | 3/25/2015 12:28 | 3/25/2015 12:28 | MPI Launch Prep / MLL Manufactured | Privileged - Withhold | Attorney-Client | Calendar Entry requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | | | | | | | Matrix US Launch Meeting Minutes - 26-March-2015.docx | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | | | | | | | Matrix US Launch Meeting Minutes - 9-April-2015.docx | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | | | | | | | Matrix US Launch Meeting Minutes - 23-April-2015.docx | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | | | | | | | Matrix US Launch Meeting Minutes - 7-May-2015.docx | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | | | | | | | Matrix US Launch Meeting Minutes - 21-May-2015.docx | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | | | | | | | Matrix US Launch Meeting Minutes - 18-June-2015.docx | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | | | | | | | Matrix US Launch Meeting Minutes - 18-June-2015.docx | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | | | | | | | Matrix US Launch Meeting Minutes - 16-July-2015.docx | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | | | | | | | Matrix US Launch Meeting Minutes - 30-July-2015.docx | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | | | | | | | Matrix US Launch Meeting Minutes - 30-July-2015.docx | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | | | | | | | Matrix US Launch Meeting Minutes - 13-August-2015.docx | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | | | | | | | Matrix US Launch Meeting Minutes - 27-August-2015.docx | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | | | | | | | Matrix US Launch Meeting Minutes - 10-Sept-2015.docx | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding regulatory issues. |

| Custodian | From | To | Subject | Date Sent | Date Received | Filename | Privilege | Privilege Basis | Description |
|---|---|---|---|---|---|---|---|---|---|
| Abbineni, Jyothibasu | | | | | | Matrix US Launch Meeting Minutes - 24-Sept-2015.docx | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | | | | | | Matrix US Launch Meeting Minutes - 8-October-2015.docx | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | | | | | | MLL US Launch Meeting Minutes 5-November-2015.docx | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | | | | | | MLL US Launch Meeting Minutes 5-November-2015.docx | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | | | | | | MLL US Launch Meeting Minutes 19-November-2015.docx | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | | | | | | MLL US Launch Meeting Minutes 3-December-2015.docx | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | | | | | | MLL US Launch Meeting Minutes 17-December-2015.docx | Privileged - Withhold | Attorney-Client | Document requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | Christopher J. Robb (/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=05c11529ed a84e539f390ffb140f7c96-christopher) | (christopher.robb@mylan.com); Akarshit Khare (akarshit.khare@mylan.in); Alison Pangilinan (alison.pangilinan@mylanlabs.com); Amanda S. Tolbert (amanda.tolbert@mylan.com); Amitsingh Chouhan (amit.chouhan@mylan.in); Amy Corder (amy.corder@mylan.com); Andrea B. Works (andrea.works@mylan.com); Andrew E. Morrell (andrew.morrell@mylan.com); Aniruddha Tapaswi (aniruddha.tapaswi@mylan.in); Ankita Shrivastava (ankita.shrivastava@mylan.in); Ann E. Summerfield (ann.summerfield@mylan.com); Ashish Hemani (ashish.hemani@mylan.in); Asiya Munaf (asiya.munaf@mylan.in); Atul Moghe (atul.moghe@mylan.in); Bhawani Rathore (bhawani.rathore@mylan.in); Bill Addicks (william.addicks@mylan.com); Brad Baker (brad.baker@mylan.com); Brian Krieger (brian.krieger@mylan.com); Casey L. Streets (casey.streets@mylan.com); Catherine Prody (catherine.prody@mylan.com); Chandrabhushan Pandey (chandrabhushan.pandey@mylan.in); Christina G Mort (christina.mort@mylan.com); Colin Durborow (colin.durborow@mylan.com); Courtney N Wilfong (courtney.wilfong@mylanlabs.com); Curt N Von Boetticher (curt.vonboetticher@mylanlabs.com); Cynthia L | MPI Launch Prep / MLL Manufactured | 3/25/2015 12:28 | 3/25/2015 12:28 | MPI Launch Prep / MLL Manufactured | Privileged - Withhold | Attorney-Client | Calendar Entry requesting legal advice regarding regulatory issues. |
| Abbineni, Jyothibasu | Christopher J. Robb (/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=05c11529ed a84e539f390ffb140f7c96-christopher) | (christopher.robb@mylan.com); Akarshit Khare (akarshit.khare@mylan.in); Alison Pangilinan (alison.pangilinan@mylanlabs.com); Amanda S. Tolbert (amanda.tolbert@mylan.com); Amitsingh Chouhan (amit.chouhan@mylan.in); Amy Corder (amy.corder@mylan.com); Andrea B. Works (andrea.works@mylan.com); Andrew E. Morrell (andrew.morrell@mylan.com); Aniruddha Tapaswi (aniruddha.tapaswi@mylan.in); Ankita Shrivastava (ankita.shrivastava@mylan.in); Ann E. Summerfield (ann.summerfield@mylan.com); Ashish Hemani (ashish.hemani@mylan.in); Asiya Munaf (asiya.munaf@mylan.in); Atul Moghe (atul.moghe@mylan.in); Bhawani Rathore (bhawani.rathore@mylan.in); Bill Addicks (william.addicks@mylan.com); Brad Baker (brad.baker@mylan.com); Brian Krieger (brian.krieger@mylan.com); Casey L. Streets (casey.streets@mylan.com); Catherine Prody (catherine.prody@mylan.com); Chandrabhushan Pandey (chandrabhushan.pandey@mylan.in); Christina G Mort (christina.mort@mylan.com); Colin Durborow (colin.durborow@mylan.com); Courtney N Wilfong (courtney.wilfong@mylanlabs.com); Curt N Von Boetticher (curt.vonboetticher@mylanlabs.com); Cynthia L | MPI Launch Prep / MLL Manufactured | 3/25/2015 12:28 | 3/25/2015 12:28 | MPI Launch Prep / MLL Manufactured | Privileged - Withhold | Attorney-Client | Calendar Entry reflecting confidential attorney-client communications regarding marketing issues. |
| Abbineni, Jyothibasu | | | | | | MLL US Launch Meeting Minutes 17-December-2015.docx | Privileged - Withhold | Attorney-Client | Document reflecting confidential attorney-client communications regarding marketing issues. |