# Exhibit J

| Custodian | From | To | CC | BCC | Subject | Sent Date/Time | Received Date/Time | File Name | Author | Privilege Type | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aurobindo Pharma USA, Inc | Steve Lucas | Tini Thomas | | | FW: April Recall Update -Valsartan/Amlodipine D1035-1039 - 2019 & Valsartan/Amlodipine; Valsartan/HCTZ - D0361 - D0370 - 2019 | 4/20/2020 11:54 | 4/20/2020 11:54 | FW April Recall Update -ValsartanAmlodipine D1035-1039 - 2019 ValsartanAmlodipine; ValsartanHCTZ - D0361 - D0370 - 2019.msg | Steve Lucas | Attorney-Client | Document reflecting legal advice regarding recall and regulatory issues. |
| Burns, Daniel | Dan Burns | Tini Thomas | Jeffrey Jackowski; Sandra Martinez | | 2018 EIR and 483 | 5/13/2019 14:29 | 5/13/2019 14:29 | 00000000B8CC00D5F2090B4DB5180631BC1F195204B 22200.MSG | Dan Burns | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues. |
| Lucas, Steve | Scott Kauffman | Tini Thomas; Steve Lucas US Pharmacovigilance | | | Redacted - Attorney-Client Privilege | 1/21/2020 16:04 | 1/21/2020 16:04 | 0000000074A884D550A5F84592F5440585D959D4642 02100.MSG | Scott Kauffman | Attorney Client | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Lucas, Steve | Catherine Odih | [pvg@aurobindousa.com] | Steve Lucas; Daniel T. Martins; Brooke Deines | | Redacted - Attorney-Client Privilege | 1/20/2020 18:37 | 1/20/2020 18:37 | 0000000074A884D550A5F84592F5440585D959D4042 82100.MSG | Catherine Odih | Attorney-Client | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Jackowski, Jeff | Microsoft Outlook | Jeffrey Jackowski | | | Meeting Forward Notification: Valsartan Recall | 12/28/2018 7:37 | 12/28/2018 7:37 | 000000007A4536AFEF20F045BFC6558334E3238F24F0 4000.MSG | Microsoft Outlook | Attorney-Client | Document reflecting legal advice regarding recall issues. |
| Lucas, Steve | Catherine Odih | Hunter Murdock;Tini Thomas | Jeffrey Jackowski; Jasleen Gupta; Steve Lucas; Daniel T. Martins; Brooke Deines | | Redacted - Attorney-Client Privilege and Work Product | 8/23/2019 12:47 | 8/23/2019 12:47 | 00000000F75FC008FD88844795F96BC1C3108E0FE4BC 2000.MSG | Catherine Odih | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Lucas, Steve | | | | | | | | AUR-APL-2019-055414 (ADE2019-1500).docx | Saul Stoogenke | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Lucas, Steve | Catherine Odih | Tini Thomas | Jeffrey Jackowski; Jasleen Gupta; Steve Lucas; Daniel T. Martins; Brooke Deines; Hunter | | Redacted - Attorney-Client Privilege and Work Product | 8/23/2019 15:10 | 8/23/2019 15:10 | 00000000F75FC008FD88844795F96BC1C3108E0F44BE 2000.MSG | Catherine Odih | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Lucas, Steve | | | | | | | | AUR-APL-2019-055414 (ADE2019-1500).docx | Saul Stoogenke | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Jackowski, Jeff | Catherine Odih | Medsafety; Penchallaiah Hanumanthu; Garg Devanshu; US Pharmacovigilance | pharmacovigilance; Jasleen Gupta; Jeffrey Jackowski; Brooke Deines | | Redacted - Attorney-Client Privilege and Work Product | 11/12/2019 14:21 | 11/12/2019 14:21 | 00000000A45BC3992B301A469CDC0D4C2795A8B4C48 95600.MSG | Catherine Odih | Attorney-Client; Work Product | Document reflecting legal advice regarding litigation communications. |
| Jackowski, Jeff | | | | | | | | doc17733920191112140407.pdf | | Attorney-Client; Work Product | Document reflecting legal advice regarding litigation communications. |
| Jackowski, Jeff | Medsafety [Medsafety@aurobindo.com] | US Pharmacovigilance | Jasleen Gupta; Jeffrey Jackowski; Hanumanthu Penchalaiah; Devanshu Garg; pharmacovigilance; Catherine Odih; Medsafety | | Redacted - Work Product | 11/6/2019 3:33 | 11/6/2019 3:35 | 00000000A45BC3992B301A469CDC0D4C2795A8B484D A5600.MSG | Medsafety | Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Jackowski, Jeff | | | | | Redacted-Privilege | | | | | Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Palew, Dave | Redacted - Attorney-Client Privilege and Work Product | lynn fernandez | Paul McMahon; Tim Gustafson; Carol Godfrey; Rachana Antala; Redacted - Attorney-Client Privilege and Work Product | | Redacted - Attorney-Client Privilege and Work Product | 9/10/2019 18:04 | 9/10/2019 18:04 | Redacted - Attorney-Client Privilege and Work Product | Redacted - Attorney-Client | Attorney-Client; Work Product | Documents reflecting legal advice regarding distribution. |
| Palew, Dave | | | | | | | | Redacted - Attorney-Client Privilege and Work Product | Saul Stoogenke | Attorney-Client; Work Product | Documents reflecting legal advice regarding distribution. |
| Lucas, Steve | Tini Thomas | Kanwaljit Uppal | Steve Lucas; Jennifer Perry | | Redacted - Attorney-Client Privilege and Work Product | 2/7/2020 16:26 | 2/7/2020 16:26 | 0000000074A884D550A5F84592F5440585D959D4445F 2000.MSG | Tini Thomas | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Lucas, Steve | Medsafety | Catherine Odih | Hanumanthu Penchalaiah; Devanshu Garg; Brooke Deines; Daniel T. Martins; Steve Lucas; Medsafety | | Redacted - Attorney-Client Privilege and Work Product | 1/18/2020 6:37 | 1/18/2020 6:39 | 0000000074A884D550A5F84592F5440585D959D4043 22100.MSG | Medsafety | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Lucas, Steve | | | | | | | | AUR-APL-2020-002209.pdf | | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Lucas, Steve | Catherine Odih | Medsafety | Brooke Deines; Daniel T. Martins; Steve Lucas | | Redacted - Attorney-Client Privilege and Work Product | 1/17/2020 11:42 | 1/17/2020 11:42 | 0000000074A884D550A5F84592F5440585D959D4043 72100.MSG | Catherine Odih | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Lucas, Steve | Bhadresh Doshi | Kanwaljit Uppal; Tini Thomas; Steve Lucas; Sandra Martinez | Hunter Murdock | | Redacted - Attorney-Client Privilege and Work Product | 1/30/2020 9:05 | 1/30/2020 9:05 | 0000000074A884D550A5F84592F5440585D959D404C C2000.MSG | Bhadresh Doshi | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Lucas, Steve | Catherine Odih | Medsafety; US Pharmacovigilance | Steve Lucas; Brooke Deines; Daniel T. Martins; Hanumanthu Penchalaiah; Devanshu Garg; William Senatore | | Redacted - Attorney-Client Privilege and Work Product | 2/5/2020 9:52 | 2/5/2020 9:52 | 0000000074A884D550A5F84592F5440585D959D4848 42000.MSG | Catherine Odih | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Lucas, Steve | Ram Mohan A Rao | Hunter Murdock | Daniel T. Martins; Steve Lucas; Tini Thomas; Mahesh B Shinde; Raghavendra Prasad S; Global Complaints | | Redacted - Attorney-Client Privilege and Work Product | 11/4/2019 13:19 | 11/4/2019 13:20 | 0000000074A884D550A5F84592F5440585D959D4041 72200.MSG | Ram Mohan A Rao | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Lucas, Steve | Ram Mohan A Rao | Hunter Murdock | Daniel T. Martins; Steve Lucas; Tini Thomas; Mahesh B Shinde; Raghavendra Prasad S; Global Complaints | | Redacted - Attorney-Client Privilege and Work Product | 11/4/2019 13:14 | 11/4/2019 13:15 | 0000000074A884D550A5F84592F5440585D959D4241 72200.MSG | Ram Mohan A Rao | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Lucas, Steve | Catherine Odih | Tini Thomas; Steve Lucas | Jasleen Gupta; Hunter Murdock | | Redacted - Attorney-Client Privilege and Work Product | 8/21/2019 16:40 | 8/21/2019 16:40 | 0000000074A884D550A5F84592F5440585D959D444E 22000.MSG | Catherine Odih | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Lucas, Steve | Tini Thomas | Kanwaljit Uppal | Steve Lucas; Jennifer Perry | | Redacted - Attorney-Client Privilege and Work Product | 2/11/2020 17:14 | 2/11/2020 17:14 | 0000000074A884D550A5F84592F5440585D959D4243 42000.MSG | Tini Thomas | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Lucas, Steve | Catherine Odih | Medsafety; Hanumanthu Penchalaiah; Devanshu Garg; US Pharmacovigilance | pharmacovigilance; Jasleen Gupta; Jeffrey Jackowski; Steve Lucas; Daniel T. Martins; micc_aurobindo@vigilarebp.com; Mehtab.M; kranthi.v@vigilarebp.com; Brooke Deines | | Redacted - Attorney-Client Privilege and Work Product | 8/22/2019 9:40 | 8/22/2019 9:40 | 00000000F75FC008FD88844795F96BC1C3108E0F44B0 2000.MSG | Catherine Odih | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Lucas, Steve | | | | | | | | AUR-APL-2019-055411FU.pdf | | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Lucas, Steve | Catherine Odih | Medsafety; Hanumanthu Penchalaiah; Devanshu Garg; US Pharmacovigilance | pharmacovigilance; Jeffrey Jackowski; Jasleen Gupta; Brooke Deines | | Redacted - Attorney-Client Privilege and Work Product | 8/22/2019 16:48 | 8/22/2019 16:48 | 00000000F75FC008FD88844795F96BC1C3108E0FA4B6 2000.MSG | Catherine Odih | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Lucas, Steve | | | | | | | | AUR-APL-2019-055404FU.pdf | | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Jackowski, Jeff | Medsafety | Catherine Odih | pharmacovigilance; Jeffrey Jackowski; Jasleen Gupta; Hanumanthu Penchalaiah; Devanshu Garg; US Pharmacovigilance | | Redacted - Attorney-Client Privilege and Work Product | 4/2/2019 8:39 | 4/2/2019 8:41 | 000000007A4536AFEF20F045BFC6558334E3238FC418 4200.MSG | Medsafety | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |

| Custodian | From | To | CC | Subject/Filename | Sent Date | Received Date | Filename2 | Author | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Jackowski, Jeff | Medsafety | Catherine Odih | pharmacovigilance; Jeffrey Jackowski; Jasleen Gupta; Hanumanthu Penchalaiah; Devanshu Garg; US Pharmacovigilance | Redacted - Attorney-Client Privilege and Work Product | 3/29/2019 6:17 | 3/29/2019 6:19 | 000000007A4536AFEF20F045BFC6558334E3238FA425 4200.MSG | Medsafety | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Jackowski, Jeff | | | | Redacted - Attorney-Client Privilege and Work Product | | | | | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Jackowski, Jeff | | | | Redacted - Attorney-Client Privilege and Work Product | | | | Melissa Fuller | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Jackowski, Jeff | Medsafety | Catherine Odih | pharmacovigilance; Jeffrey Jackowski; Jasleen Gupta; Hanumanthu Penchalaiah; US Pharmacovigilance; Devanshu Garg | Redacted - Attorney-Client Privilege and Work Product | 3/29/2019 2:27 | 3/29/2019 2:28 | 000000007A4536AFEF20F045BFC6558334E3238F6426 4200.MSG | Medsafety | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Jackowski, Jeff | | | | Redacted - Attorney-Client Privilege and Work Product | | | | | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Jackowski, Jeff | | | | Redacted - Attorney-Client Privilege and Work Product | | | | Melissa Fuller | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Jackowski, Jeff | Megha Shah | Tini Thomas; Jeffrey Jackowski; Hunter Murdock | | RE: Valsartan Recall_ Expansion of lots | 3/28/2019 15:37 | 3/28/2019 15:37 | 000000007A4536AFEF20F045BFC6558334E3238FC428 4200.MSG | Megha Shah | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | Megha Shah | Jeffrey Jackowski; Tini Thomas | | RE: 0EFF3E78-11B5-4589-B138-495F7DA90777 | 3/14/2019 15:24 | 3/14/2019 15:24 | 000000007A4536AFEF20F045BFC6558334E3238F6479 4200.MSG | Megha Shah | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | Redacted - Attorney-Client Privilege and Work Product | | | | | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | Shawn Gray | Jeffrey Jackowski | Jack Patterson | Redacted - Attorney-Client Privilege and Work Product | 1/8/2019 15:22 | 1/8/2019 15:23 | 000000007A4536AFEF20F045BFC6558334E3238F644F 4300.MSG | Shawn Gray | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | Bushra Khan | Medsafety; Hanumanthu Penchalaiah; Devanshu Garg; pharmacovigilance | US Pharmacovigilance; Jasleen Gupta; Jeffrey Jackowski; Catherine Odih; Hunter Murdock; Tini Thomas | Redacted - Attorney-Client Privilege and Work Product | 3/6/2019 15:21 | 3/6/2019 15:21 | 000000007A4536AFEF20F045BFC6558334E3238F440A 4400.MSG | Bushra Khan | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Jackowski, Jeff | | | | Redacted - Attorney-Client Privilege and Work Product | | | | | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Jackowski, Jeff | James P. Mathai | James P. Mathai; Jasleen Gupta; Jeffrey Jackowski; Jasleen Gupta; Jeffrey Jackowski; Faith A. Phillips; Tracey M. Conrad; Julie Diem | Jack Patterson | Redacted - Attorney-Client Privilege and Work Product | 1/18/2019 9:11 | 1/18/2019 9:11 | 000000007A4536AFEF20F045BFC6558334E3238F24F5 4100.MSG | James P. Mathai | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | Jeffrey Jackowski | Paul McMahon | | Redacted - Attorney-Client Privilege and Work Product | 1/3/2019 10:45 | 1/3/2019 10:45 | 000000007A4536AFEF20F045BFC6558334E3238F8415 4100.MSG | Jeffrey Jackowski | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | Jeffrey Jackowski | Paul McMahon | | Redacted - Attorney-Client Privilege and Work Product | 1/3/2019 10:27 | 1/3/2019 10:27 | 000000007A4536AFEF20F045BFC6558334E3238FA415 4100.MSG | Jeffrey Jackowski | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | Redacted - Attorney-Client Privilege and Work Product | | | | David Bonilla | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | Jeffrey Jackowski | Shawn Gray | Jack Patterson | Redacted - Attorney-Client Privilege and Work Product | 12/29/2018 14:39 | 12/29/2018 14:39 | 000000007A4536AFEF20F045BFC6558334E3238F641B 4100.MSG | Jeffrey Jackowski | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | image001.jpg | | | | | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | Jeffrey Jackowski | Hunter Murdock | | 0EFF3E78-11B5-4589-B138-495F7DA90777 | 12/29/2018 14:34 | 12/29/2018 14:34 | 000000007A4536AFEF20F045BFC6558334E3238FA41B 4100.MSG | Jeffrey Jackowski | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | Redacted - Attorney-Client Privilege and Work Product | | | | Legal Analysis | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | ATT00001.txt | | | | | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | Jeffrey Jackowski | Hunter Murdock | Steve Lucas; Jasleen Gupta; James P. Mathai | Redacted - Attorney-Client Privilege and Work Product | 12/28/2018 22:02 | 12/28/2018 22:02 | 000000007A4536AFEF20F045BFC6558334E3238FC41B 4100.MSG | Jeffrey Jackowski | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | image001.jpg | | | | | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | image003.jpg | | | | | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | Jeffrey Jackowski | Jack Patterson | Steve Lucas | Redacted - Attorney-Client Privilege and Work Product | 12/28/2018 22:01 | 12/28/2018 22:01 | 000000007A4536AFEF20F045BFC6558334E3238FE41B 4100.MSG | Jeffrey Jackowski | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | Redacted - Attorney-Client Privilege and Work Product | | | | kespada | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | ATT00001.htm | | | | | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | Jeffrey Jackowski | Jack Patterson | Steve Lucas | Redacted - Attorney-Client Privilege and Work Product | 12/28/2018 17:05 | 12/28/2018 17:05 | 000000007A4536AFEF20F045BFC6558334E3238F241C 4100.MSG | Jeffrey Jackowski | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | Jeffrey Jackowski | Steve Lucas | Hunter Murdock; Jasleen Gupta; James P. Mathai | Redacted - Attorney-Client Privilege and Work Product | 12/28/2018 16:04 | 12/28/2018 16:04 | 000000007A4536AFEF20F045BFC6558334E3238FC41C 4100.MSG | Jeffrey Jackowski | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | image001.jpg | | | | | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | image001.jpg | | | | | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | Jeffrey Jackowski | Paul McMahon | | Redacted - Attorney-Client Privilege and Work Product | 12/28/2018 13:33 | 12/28/2018 13:33 | 000000007A4536AFEF20F045BFC6558334E3238F441D 4100.MSG | Jeffrey Jackowski | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | Jeffrey Jackowski | Steve Lucas; Vijay Kondakkagari;Mahesh B Shinde; Hunter Murdock; Raghavendra Prasad S | | Redacted - Attorney-Client Privilege and Work Product | 12/28/2018 10:25 | 12/28/2018 10:25 | 000000007A4536AFEF20F045BFC6558334E3238F641D 4100.MSG | Jeffrey Jackowski | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | Redacted - Attorney-Client Privilege and Work Product | | | | | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | Annexure 1.pdf | | | | | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | Annexure 2.pdf | | | | | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |

| Custodian | From | To | CC | Subject | Date Sent | Date Received | Filename | Author | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Jackowski, Jeff | | | | | | | Annexure 3.pdf 000000007A4536AFEF20F045BFC6558334E3238FE41F | | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | Jeffrey Jackowski | Hunter Murdock | | Redacted - Attorney-Client Privilege and Work Product | 12/27/2018 21:08 | 12/27/2018 21:08 | 4100.MSG | Jeffrey Jackowski | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | Jeffrey Jackowski | Hunter Murdock | | Redacted - Attorney-Client Privilege and Work Product | 12/27/2018 17:40 | 12/27/2018 17:40 | 000000007A4536AFEF20F045BFC6558334E3238F4420 4100.MSG | Jeffrey Jackowski | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | | | | Redacted - Attorney-Client Privilege and Work Product | kespada | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | | | | ATT00001.htm | | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | | | | Redacted - Attorney-Client Privilege and Work Product | Christopher Unger | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | | | | ATT00002.htm | | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | Jeffrey Jackowski | James P. Mathai; Paul McMahon | | Redacted - Attorney-Client Privilege and Work Product | 12/27/2018 17:38 | 12/27/2018 17:38 | 000000007A4536AFEF20F045BFC6558334E3238F6420 4100.MSG | Jeffrey Jackowski | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | | | | Redacted - Attorney-Client Privilege and Work Product | kespada | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | | | | ATT00001.htm | | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | | | | Redacted - Attorney-Client Privilege and Work Product | Christopher Unger | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | | | | | | | ATT00002.htm | | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | Jeffrey Jackowski | Ram Mohan A Rao | | Redacted - Attorney-Client Privilege and Work Product | 12/27/2018 11:59 | 12/27/2018 11:59 | 000000007A4536AFEF20F045BFC6558334E3238F0423 4100.MSG | Jeffrey Jackowski | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | Jeffrey Jackowski | Hunter Murdock | | Redacted - Attorney-Client Privilege and Work Product | 7/10/2018 14:28 | 7/10/2018 14:28 | 000000007A4536AFEF20F045BFC6558334E3238F6422 3F00.MSG | Jeffrey Jackowski | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Jackowski, Jeff | Catherine Odih | Hunter Murdock; Tini Thomas | Jasleen Gupta; Jeffrey Jackowski; Steve Lucas; Daniel T. Martins | Redacted - Attorney-Client Privilege and Work Product | 8/22/2019 15:20 | 8/22/2019 15:20 | 00000000A45BC3992B301A469CDC0D4C2795A8B464E 35A00.MSG | Catherine Odih | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Jackowski, Jeff | | | | | | | AUR-APL-2019-055404 (ADE2019-1498).docx | Saul Stoogenke | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Jackowski, Jeff | Catherine Odih | Medsafety; Hanumanthu Penchalaiah; Devanshu Garg; US Pharmacovigilance | pharmacovigilance; Jasleen Gupta; Jeffrey Jackowski; Steve Lucas; Daniel T. Martins; micc_aurobindo@vigilarebp.com; Mehtab.M; kranthi.v@vigilarebp.com; Brooke Deines | Redacted - Attorney-Client Privilege and Work Product | 8/22/2019 9:40 | 8/22/2019 9:41 | 00000000A45BC3992B301A469CDC0D4C2795A8B464E B5A00.MSG | Catherine Odih | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Jackowski, Jeff | | | | | | | AUR-APL-2019-055411FU.pdf | | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Jackowski, Jeff | Catherine Odih | Medsafety ;Hanumanthu Penchalaiah; Devanshu Garg; US Pharmacovigilance | pharmacovigilance; Jeffrey Jackowski; Jasleen Gupta; Brooke Deines; micc_aurobindo@vigilarebp.com; Mehtab.M; kranthi.v@vigilarebp.com | Redacted - Attorney-Client Privilege and Work Product | 8/20/2019 17:00 | 8/20/2019 17:00 | 00000000A45BC3992B301A469CDC0D4C2795A8B4441 35B00.MSG | Catherine Odih | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Jackowski, Jeff | | | | | | | AUR-APL-2019-043898FU2.pdf | | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Jackowski, Jeff | | | | | | | AUR-APL-2019-043901FU2.pdf | | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Jackowski, Jeff | Catherine Odih | Hunter Murdock;Tini Thomas | Steve Lucas; Jasleen Gupta; US Pharmacovigilance; Jeffrey Jackowski | Redacted - Attorney-Client Privilege and Work Product | 8/20/2019 14:43 | 8/20/2019 14:43 | 00000000A45BC3992B301A469CDC0D4C2795A8B4E41 55B00.MSG | Catherine Odih | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Jackowski, Jeff | | | | | | | AUR-APL-2019-055411 (ADE2019-1499).docx | Saul Stoogenke | Attorney-Client; Work Product | Document reflecting legal advice regarding regulatory issues and litigation communications. |
| Johns, Blessy | Steve Lucas | ORA PHARM1 RECALLS [orapharm1recalls@fda.hhs.gov]; Blessy Johns | Hunter Murdock | RE: valsartan and NDEA | 12/31/2018 14:58 | 12/31/2018 14:58 | 000000009EBCE4649E6A6345A5E25D83D5D4B843840 A3600.MSG | Steve Lucas | Attorney-Client; Work Product | Document reflecting legal advice regarding recall and regulatory issues. |
| Johns, Blessy | Tini Thomas | Blessy Johns | | Redacted - Attorney-Client Privilege and Work Product | 5/21/2019 14:36 | 5/21/2019 14:36 | 000000009EBCE4649E6A6345A5E25D83D5D4B843E42 D3C00.MSG | Tini Thomas | Attorney-Client; Work Product | Document reflecting legal advice regarding litigation communications. |
| Johns, Blessy | Tini Thomas | Blessy Johns | | Redacted - Attorney-Client Privilege and Work Product | 5/21/2019 14:59 | 5/21/2019 14:59 | 000000009EBCE4649E6A6345A5E25D83D5D4B843E42 E3C00.MSG | Tini Thomas | Attorney-Client; Work Product | Document reflecting legal advice regarding litigation communications. |
| Johns, Blessy | Tini Thomas | Blessy Johns | | Redacted - Attorney-Client Privilege and Work Product | 5/21/2019 15:07 | 5/21/2019 15:07 | 000000009EBCE4649E6A6345A5E25D83D5D4B843E42 E3C00.MSG | Tini Thomas | Attorney-Client; Work Product | Document reflecting legal advice regarding litigation communications. |
| Johns, Blessy | Karunakar Arelli | Blessy Johns | Anupam Dutt; Tejaswini Kagita; RoopakSawhney; Satyaveni Thondapu | Redacted - Attorney-Client Privilege and Work Product | 5/22/2019 9:10 | 5/22/2019 9:10 | 000000009EBCE4649E6A6345A5E25D83D5D4B843643 63C00.MSG | Karunakar Arelli | Attorney-Client; Work Product | Document reflecting legal advice regarding litigation communications. |
| Johns, Blessy | Anupam Dutt | Blessy Johns | Karunakar Arelli; Tejaswini Kagita; RoopakSawhney | Redacted - Attorney-Client Privilege and Work Product | 5/9/2019 5:05 | 5/9/2019 5:05 | 000000009EBCE4649E6A6345A5E25D83D5D4B84304A A3B00.MSG | Anupam Dutt | Attorney-Client; Work Product | Document reflecting legal advice regarding litigation communications. |
| Johns, Blessy | Karunakar Arelli | Blessy Johns | Anupam Dutt ; Tejaswini Kagita; RoopakSawhney | Redacted - Attorney-Client Privilege and Work Product | 5/9/2019 9:39 | 5/9/2019 9:39 | 000000009EBCE4649E6A6345A5E25D83D5D4B84304A D3B00.MSG | Karunakar Arelli | Attorney-Client; Work Product | Document reflecting legal advice regarding litigation communications. |
| Johns, Blessy | Tini Thomas | Blessy Johns | | Redacted - Attorney-Client Privilege and Work Product | 4/30/2019 13:07 | 4/30/2019 13:07 | 000000009EBCE4649E6A6345A5E25D83D5D4B843843 93B00.MSG | Tini Thomas | Attorney-Client; Work Product | Document reflecting legal advice regarding litigation communications. |
| Johns, Blessy | Tini Thomas | Blessy Johns | Jeffrey Jackowski; Blessy Johns | Redacted - Attorney-Client Privilege and Work Product | 5/2/2019 13:15 | 5/2/2019 13:15 | 000000009EBCE4649E6A6345A5E25D83D5D4B843845 93B00.MSG | Tini Thomas | Attorney-Client; Work Product | Document reflecting legal advice regarding litigation communications. |
| Johns, Blessy | Tini Thomas | Blessy Johns | | Redacted - Attorney-Client Privilege and Work Product | 5/28/2019 14:00 | 5/28/2019 14:01 | 000000009EBCE4649E6A6345A5E25D83D5D4B843647 63C00.MSG | Tini Thomas | Attorney-Client; Work Product | Document reflecting legal advice regarding litigation communications. |