# FEBRUARY 2021[1]

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | **15** | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 **HAI WANG** (30(b)(6) & individual) 10.5 hrs 7.0 HOURS | 26 **HAI WANG** (30(b)(6) & individual) 10.5 hrs 3.5 HOURS | 27 |
| 28 |  |  |  |  |  |  |

---

[1] The total deposition time and length of the block of testimony a witness will provide on a given day is noted for each witness, as well as whether the witness will provide 30(b)(6) testimony, individual testimony, or both. The italicized depositions are being contested by the ZHP Parties.

## MARCH 2021

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4<br>**JUN DU**<br>(individual)<br>7 HOURS<br>[*ALTERNATIVE*] | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22<br>**MINLI ZHANG**<br>(30(b)(6) and individual)<br>14 hrs + 75% (24.5 hrs)<br>FIVE HOURS | 23<br>**MINLI ZHANG**<br>(30(b)(6) and individual)<br>14 hrs + 75% (24.5 hrs)<br>FIVE HOURS | 24<br>**MINLI ZHANG**<br>(30(b)(6) and individual)<br>14 hrs + 75% (24.5 hrs)<br>FIVE HOURS | 25<br>**MINLI ZHANG**<br>(30(b)(6) and individual)<br>14 hrs + 75% (24.5 hrs)<br>FIVE HOURS | 26<br>**MINLI ZHANG**<br>(30(b)(6) and individual)<br>14 hrs + 75% (24.5 hrs)<br>4.5 HOURS | 27 |
| 28 | 29<br>**PENG DONG**<br>(30(b)(6) and individual)<br>14 hrs + 75% (24.5 hrs)<br>FIVE HOURS | 30<br>**PENG DONG**<br>(30(b)(6) and individual)<br>14 hrs + 75% (24.5 hrs)<br>FIVE HOURS | 31<br>**PENG DONG**<br>(30(b)(6) and individual)<br>14 hrs + 75% (24.5 hrs)<br>FIVE HOURS |  |  |  |

# APRIL 2021

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1<br>**PENG DONG**<br>(30(b)(6) and individual)<br>14 hrs + 75%<br>(24.5 hrs)<br>FIVE HOURS | 2<br>**PENG DONG**<br>(30(b)(6) and individual)<br>14 hrs + 75%<br>(24.5 hrs)<br>4.5 HOURS | 3 |
| 4 | 5<br>**ERIC GU**<br>(30(b)(6) and individual)<br>10.5 hrs<br>5.5 HOURS | 6<br>**ERIC GU**<br>(30(b)(6) and individual)<br>10.5 hrs<br>FIVE HOURS | 7<br>**ERIC TSAI**<br>(individual)<br>7 hrs + 75%<br>(12.25 hrs)<br>FIVE HOURS | 8<br>**ERIC TSAI**<br>(individual)<br>7 hrs + 75%<br>(12.25 hrs)<br>FIVE HOURS | 9<br>**ERIC TSAI**<br>(individual)<br>7 hrs + 75%<br>(12.25 hrs)<br>2.25 HOURS | 10 |
| 11 | 12 | 13<br>**QIANGMING LI**<br>(30(b)(6) and individual)<br>10.5 + 75%<br>(18.4 hrs)<br>FIVE HOURS | 14<br>**QIANGMING LI**<br>(30(b)(6) and individual)<br>10.5 + 75%<br>(18.4 hrs)<br>FIVE HOURS | 15<br>**QIANGMING LI**<br>(30(b)(6) and individual)<br>10.5 + 75%<br>(18.4 hrs)<br>FIVE HOURS | 16<br>**QIANGMING LI**<br>(30(b)(6) and individual)<br>10.5 + 75%<br>(18.4 hrs)<br>3.4 HOURS | 17 |
| 18 | 19 | 20<br>**MIN LI**<br>(30(b)(6) and individual)<br>17.5 hrs<br>FIVE HOURS | 21<br>**MIN LI**<br>(30(b)(6) and individual)<br>17.5 hrs<br>FIVE HOURS | 22<br>**MIN LI**<br>(30(b)(6) and individual)<br>17.5 hrs<br>FIVE HOURS | 23<br>**MIN LI**<br>(30(b)(6) and individual)<br>17.5 hrs<br>2.5 HOURS | 24 |
| 25 | 26 | 27<br>**JUCAI GE**<br>(30(b)(6) and individual)<br>10.5 hrs + 75%<br>(18.4 hrs)<br>FIVE HOURS | 28<br>**JUCAI GE**<br>(30(b)(6) and individual)<br>10.5 hrs + 75%<br>(18.4 hrs)<br>FIVE HOURS | 29<br>**JUCAI GE**<br>(30(b)(6) and individual)<br>10.5 hrs + 75%<br>(18.4 hrs)<br>FIVE HOURS | 30<br>**JUCAI GE**<br>(30(b)(6) and individual)<br>10.5 hrs + 75%<br>(18.4 hrs)<br>3.4 HOURS | |

# MAY 2021

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4<br>**LINDA LIN**<br>(30(b)(6) and individual)<br>10.5 hrs + 75%<br>(18.4 hrs)<br>FIVE HOURS | 5<br>**LINDA LIN**<br>(30(b)(6) and individual)<br>10.5 hrs + 75%<br>(18.4 hrs)<br>FIVE HOURS | 6<br>**LINDA LIN**<br>(30(b)(6) and individual)<br>10.5 hrs + 75%<br>(18.4 hrs)<br>FIVE HOURS | 7<br>**LINDA LIN**<br>(30(b)(6) and individual)<br>10.5 hrs + 75%<br>(18.4 hrs)<br>3.4 HOURS | 8 |
| 9 | 10<br>**JIE WANG**<br>(30(b)(6) and individual)<br>10.5 hrs<br>5.5 HOURS | 11<br>**JIE WANG**<br>(30(b)(6) and individual)<br>10.5 hrs<br>FIVE HOURS | 12<br>**XIAODI GUO**<br>(individual)<br>7 hrs<br>FIVE HOURS | 13<br>**XIAODI GUO**<br>(individual)<br>7 hrs<br>2 HOURS | 14 | 15 |
| 16 | 17<br>*YUELIN HU*<br>*(individual)*<br>*7 hrs + 75%*<br>*(12.25 hrs)*<br>*FIVE HOURS* | 18<br>*YUELIN HU*<br>*(individual)*<br>*7 hrs + 75%*<br>*(12.25 hrs)*<br>*FIVE HOURS* | 19<br>*YUELIN HU*<br>*(individual)*<br>*7 hrs + 75%*<br>*(12.25 hrs)*<br>*2.25 HOURS* | 20<br>*KAREN XU*<br>*(individual)*<br>*7 hrs + 75%*<br>*(12.25 hrs)*<br>*FIVE HOURS* | 21<br>*KAREN XU*<br>*(individual)*<br>*7 hrs + 75%*<br>*(12.25 hrs)*<br>*FIVE HOURS* | 22<br>*KAREN XU*<br>*(individual)*<br>*7 hrs + 75%*<br>*(12.25 hrs)*<br>*2.25 HOURS* |
| 23 | 24<br>*XAVIER TANG*<br>*(individual)*<br>*7 hrs + 75%*<br>*(12.25 hrs)*<br>*FIVE HOURS* | 25<br>*XAVIER TANG*<br>*(individual)*<br>*7 hrs + 75%*<br>*(12.25 hrs)*<br>*FIVE HOURS* | 26<br>*XAVIER TANG*<br>*(individual)*<br>*7 hrs + 75%*<br>*(12.25 hrs)*<br>*2.25 HOURS* | 27 | 28<br>**JUN DU**<br>(individual)<br>7 HOURS<br>[ALTERNATIVE] | 29 |
| 30 | 31<br>*BAOHUA CHEN*<br>*(individual)*<br>*7 hrs + 75%*<br>*(12.25 hrs)*<br>*FIVE HOURS* | | | | | |

## JUNE 2021

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | 1<br>**BAOHUA CHEN**<br>*(individual)*<br>*7 hrs + 75%*<br>*(12.25 hrs)*<br>*FIVE HOURS* | 2<br>**BAOHUA CHEN**<br>*(individual)*<br>*7 hrs + 75%*<br>*(12.25 hrs)*<br>*2.25 HOURS* | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | **14** | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |