UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: Valsartan, Losartan & Irbesartan Products Liability Litigation | : : : : MDL No. 2875 |

**WAIVER OF SERVICE OF SUMMONS FOR**
**MASTER LOSARTAN MEDICAL MONITORING CLASS ACTION COMPLAINT**

To:    Marlene J. Goldenberg, Esq.
       Goldenberg Law

*Attorneys for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

On behalf of Hetero USA, Inc., I agree to save the expense of serving a summons and complaint in this case.

I understand that Hetero USA, Inc. will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that it waives any objections to the absence of a summons or of service.

I also understand that the court has stayed the deadline serve an answer or a motion under Rule 12.

DATE:   January 28, 2021                */s/ Robert E. Blanton, Jr.*
PARTY:  HETERO USA, INC.                Janet L. Poletto, Esq.
                                        Robert E. Blanton, Jr., Esq.
                                        Hardin, Kundla, McKeon & Poletto
                                        jpoletto@hkmpp.com
                                        rblanton@hkmpp.com
                                        (T) 973-912-5222
                                        (F) 973-912-9212

                                        *Attorneys for Defendant, Hetero USA, Inc.*