**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLMANINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | Case No. 1:19-md-02875-RBK-JS |
| | MDL No. 2875 |
| *This Document Relates to All Actions* | **NOTICE OF APPEARANCE OF COUNSEL** |

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for

Defendant Rite Aid Corporation.

Dated: February 11, 2021                      Respectfully submitted,


/s/ *Kara Kapke*
Kara Kapke, Esq.
BARNES & THORNBURG LLP
11 S. Meridian St.
Indianapolis, IN 46204
Tel:     (317) 231-6491
Fax:     (317) 231-7433
Email: kara.kapke@btlaw.com

*Counsel for Defendant Rite Aid Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of February, 2021, I filed the foregoing Notice of

Appearance electronically through the CM/ECF system, which will send notice of filing to all

CM/ECF participants.


*/s/  Kara Kapke*
Kara Kapke, Esq.