# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*All Actions* | Hon. Robert. B. Kugler<br><br>Civ. No. 19-2875 (RBK/JS) |

## PLAINTIFFS' NOTICE OF SERVICE OF SUBPOENA TO BERNADETTE ATTINGER

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45 and the Fact Witness Deposition Protocol, Case Management Order #20, filed November 17, 2020 (Document 632), Plaintiffs caused a true and correct copy of the Subpoena to Testify at a Deposition, including a check for one day's attendance, to be personally served upon Bernadette Attinger, via her husband who resides with her, at her home address at 214 Route 152, Perkasie Pennsylvania 18944. A copy of the affidavit of service is attached hereto as Exhibit 1.

DATED this 15th day of February, 2021.

                **LAW OFFICES OF GEORGE A. BARTON, P.C.**

        By: /s/ *Stacy A. Burrows*
            Stacy A. Burrows
            7227 Metcalf Ave. Ste. 301
            Overland Park, KS 66204
            Phone (913) 563-6253

            *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Stacy Burrows, hereby certify that on February 15, 2021, I caused true and correct copies of the foregoing to be transmitted via ECF to all counsel having registered an appearance on ECF, with courtesy copies served on counsel for Torrent Pharmaceuticals Limited and Torrent Pharma Inc., and Defendants' liaison counsel, via email.

DATED this 15th day of February, 2021.

**LAW OFFICES OF GEORGE A. BARTON, P.C.**

By: */s/ Stacy A. Burrows*
Stacy A. Burrows
7227 Metcalf Ave. Ste. 301
Overland Park, KS 66204
Phone (913) 563-6253

*Attorneys for Plaintiffs*