| UNITED STATES DISTRICT COURT | DISTRICT OF NEW JERSEY |
|---|---|

In Re:

Valsartan, Losartan, and Irbesartan Products Liability Litigation

Court File Number
19-2875

AFFIDAVIT OF SERVICE

State of Pennsylvania } ss
County of Bucks }

I, __Tim Kosherzenko__, (Name of Server), state that on __2__/__5__/2021 at __7__:__49__ __P__M, I served the:

Subpoena

upon: Bernadette Attinger

therein named, personally at:   214 Route 152
                                Perkasie, PA 18944

by handing to and leaving with:

[ ] Bernadette Attinger
[✓] a person of suitable age and discretion then and there residing at the usual abode of said, Bernadette Attinger

__Dan Attinger__ (Name of the Person with whom the documents were left)    __Husband__ (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: __2__/__11__/2021    (Signature of Server)

__Tim Kosherzenko__
(Printed Name of Server)

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GOL 248822 1616

Re: Valspartan, Losartan



METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com