# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |
| THIS DOCUMENT RELATES TO:<br>*Cecil Byrd v, Prinston Pharmaceutical, Inc., et al.*,<br>Case No. 1:19-cv-08591 | |

## AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF

## PLAINTIFF CECIL BYRD

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendants Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC will take the deposition upon oral examination of Cecil Byrd on March 31, 2021 at 9:00 a.m. EST at 4225 Cameron Road, Orangeburg, SC 29115. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

1

        Ethan Feldman  
        CIPRIANI & WERNER, P.C.  
        450 Sentry Parkway East  
        Suite 200  
        Blue Bell, PA 19422  
        (610) 567-0700  
        efeldman@c-wlaw.com  

Date: February 17, 2021        Respectfully submitted,

        s/ *Ethan Feldman*  
        Ethan Feldman  
        CIPRIANI & WERNER, P.C.  
        450 Sentry Parkway East  
        Suite 200  
        Blue Bell, PA 19422  
        (610) 567-0700  
        jheinz@c-wlaw.com  

        *Attorney for Defendants*  
        *Aurobindo Pharma USA, Inc.,*  
        *Aurobindo Pharma Ltd., and*  
        *Aurolife Pharma LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2021, a true and correct copy of the Notice of Videotaped Deposition of Plaintiff Cecil Byrd was served upon the following by e-mail, with copies to Counsel for Plaintiffs and all counsel of record by e-mail:

| | |
|---|---|
| Joseph I. Marchese<br>Scott A. Bursor<br>Bursor & Fisher, P.A.<br>888 Seventh Ave.<br>New York, NY 10019<br>(646) 837-7150<br>jmarchese@bursor.com<br>scott@bursor.com | Conlee S. Whiteley<br>Kanner & Whiteley, L.L.C.<br>701 Camp Street<br>New Orleans, LA 70130<br>(504) 524-5777<br>c.whiteley@kanner-law.com |

s/ *Ethan Feldman*
Ethan Feldman