**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **In re: Valsartan, Losartan & Irbesartan Products Liability Litigation** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge |

**WAIVER OF SERVICE OF SUMMONS FOR**
**MASTER LOSARTAN ECONOMIC LOSS COMPLAINT**

To:   Marlene J. Goldenberg, Esq.
      Goldenberg Law
      *Attorneys for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

On behalf of Camber Pharmaceuticals, Inc., I agree to save the expense of serving a summons and complaint in this case.

I understand that Camber Pharmaceuticals, Inc., will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that it waives any objections to the absence of a summons or of service.

I also understand that the court has stayed the deadline serve an answer or a motion under Rule 12.

| | |
|---|---|
| DATE: <u>February 15, 2021</u><br>PARTIES: Camber Pharmaceuticals, Inc. | LEWIS BRISBOIS BISGAARD & SMITH, LLP<br><br>*Megan E Grossman*<br>_____<br>Megan E. Grossman, Esquire (034532003)<br>550 E. Swedesford Road, Suite 270<br>Wayne, PA 19087<br>Telephone: (215) 977-4100<br>Fax: (215) 977-4101<br>*Attorney for Defendant, Camber Pharmaceuticals, Inc.* |