UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: Valsartan, Losartan & Irbesartan Products Liability Litigation | : <br> : MDL No. 2875 <br> : <br> : |

## WAIVER OF SERVICE OF SUMMONS FOR MASTER IRBESARTAN PERSONAL INJURY COMPLAINT

To:   Marlene J. Goldenberg, Esq.
      Goldenberg Law

*Attorneys for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the Complaint, two copies of this waiver of service form, and a prepaid means of returning one signed copy of the waiver form to you.

On behalf of Walmart Inc., I waive service of the summons and Complaint in this case.

In waiving service of process, Walmart Inc. preserves all of its defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the action.

I also understand that the Court has stayed the deadline to serve an answer or a motion under Rule 12 to this Complaint.

DATE: February 16, 2021                By:  */s/ Seth A. Goldberg*

PARTY:   Walmart Inc.                  DUANE MORRIS LLP
                                       Seth A. Goldberg
                                       30 South 17th Street
                                       Philadelphia, Pennsylvania 19103
                                       Tel.: (215) 979-1000
                                       Fax: (215) 979-1020
                                       SAGoldberg@duanemorris.com

                                       *Attorneys for Walmart Inc.*