UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| In re: Valsartan, Losartan & | : | MDL No. 2875 |
| Irbesartan Products Liability | : | |
| Litigation | : | |
| | : | |

**WAIVER OF SERVICE OF SUMMONS FOR FIRST AMENDED CONSOLIDATED LOSARTAN ECONOMIC LOSS CLASS ACTION COMPLAINT**

To:  Marlene J. Goldenberg, Esq.
     Goldenberg Law

*Attorneys for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

On behalf of Torrent Pharma, Inc., I agree to save the expense of serving a summons and complaint in this case.

I understand that Torrent Pharma, Inc. will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that it waives any objections to the absence of a summons or of service.

I also understand that the court has stayed the deadline serve an answer or a motion under Rule 12.

DATE:  February 16, 2021           */s/ Alexia R. Brancato*
PARTY: Torrent Pharma, Inc.        Alexia R. Brancato
                                    Brittney M. Nagle
                                    Kirkland & Ellis LLP
                                    alexia.brancato@kirkland.com
                                    Brittney.nagle@kirkland.com
                                    (T) 212-909-3344
                                    (F) 212-4464900

                                    *Attorneys for Defendant, Torrent Pharma, Inc.*