UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| In re: Valsartan, Losartan & Irbesartan Products Liability Litigation | : <br> : MDL No. 1:19-md-2875 <br> : <br> : |

## WAIVER OF SERVICE OF SUMMONS FOR
## LOSARTAN MASTER PERSONAL INJURY COMPLAINT

To:   Marlene J. Goldenberg, Esq.
     Goldenberg Law, PLLC
     800 LaSalle Avenue, Suite 2150
     Minneapolis, MN 55402

*Attorney for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the Complaint, two copies of this waiver of service form, and a prepaid means of returning one signed copy of the waiver form to you.

On behalf of Albertson's LLC, I waive service of the summons and Complaint in this case.

In waiving service of process, Albertson's LLC preserves all of their defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the action.

I also understand that the Court has stayed the deadline to serve an answer or a motion under Rule 12 to this Complaint.

DATE: February 17, 2021
PARTY: ALBERTSON'S LLC

*/s/ Jonathan D. Janow*
Jonathan D. Janow
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, N.W., Suite 300
Washington, D.C.  20006
Telephone:  202-452-6057
Facsimile:  202-452-7989

*Attorneys for Defendant, Albertson's LLC.*