IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____

| | | |
|---|---|---|
| **In re: Valsartan, Losartan & Irbesartan Products Liability Litigation** | : | MDL No. 2875 |
| | : | |
| | : | Honorable Robert B. Kugler, |
| | : | District Court Judge |
| | : | |
| | : | |
| | : | |

_____

**WAIVER OF SERVICE OF SUMMONS FOR**
**MASTER LOSARTAN ECONOMIC LOSS COMPLAINT**

To:   Marlene J. Goldenberg, Esq.
      GoldenbergLaw, PLLC
      *Attorneys for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

On behalf of Teva Pharmaceuticals USA, Inc., I agree to save the expense of serving a summons and complaint in this case.

I understand that Teva Pharmaceuticals USA, Inc., will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that it waives any objections to the absence of a summons or of service.

I also understand that the court has stayed the deadline to serve an answer or a motion under Rule 12.

DATE:      February 17, 2021                    GREENBERG TRAURIG LLP
PARTIES:   Teva Pharmaceuticals USA, Inc.


                                                */s/ Lori G. Cohen*
                                                Lori G. Cohen
                                                Victoria D. Lockard
                                                Steven M. Harkins
                                                Terminus 200
                                                3333 Piedmont Rd., NE
                                                Suite 2500
                                                Atlanta, Georgia 30305
                                                Tel: (678) 553-2385
                                                Fax: (678) 553-2386
                                                cohenl@gtlaw.com

lockardv@gtlaw.com
harkinss@gtlaw.com

Brian H. Rubenstein
1717 Arch Street
Suite 400
Philadelphia, PA 19103
Tel: (215) 988-7864
Fax: (215) 689-4419
rubensteinb@gtlaw.com

*Attorneys for Teva Pharmaceuticals USA, Inc.*