IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____

| | | |
|---|---|---|
| **In re: Valsartan, Losartan & Irbesartan** | : | **MDL No. 2875** |
| **Products Liability Litigation** | : | |
| | : | **Honorable Robert B. Kugler,** |
| | : | **District Court Judge** |
| | : | |
| | : | |
| | : | |

_____

**WAIVER OF SERVICE OF SUMMONS FOR**
**MASTER LOSARTAN MEDICAL MONITORING COMPLAINT**

To:   Marlene J. Goldenberg, Esq.
      GoldenbergLaw, PLLC
      *Attorneys for Plaintiffs*

   I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

   On behalf of Teva Pharmaceuticals USA, Inc., I agree to save the expense of serving a summons and complaint in this case.

   I understand that Teva Pharmaceuticals USA, Inc., will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that it waives any objections to the absence of a summons or of service.

   I also understand that the court has stayed the deadline to serve an answer or a motion under Rule 12.

DATE:      February 17, 2021                GREENBERG TRAURIG LLP
PARTIES:   Teva Pharmaceuticals USA, Inc.

                                            */s/ Lori G. Cohen*
                                            Lori G. Cohen
                                            Victoria D. Lockard
                                            Steven M. Harkins
                                            Terminus 200
                                            3333 Piedmont Rd., NE
                                            Suite 2500
                                            Atlanta, Georgia 30305
                                            Tel: (678) 553-2385
                                            Fax: (678) 553-2386
                                            cohenl@gtlaw.com

lockardv@gtlaw.com
harkinss@gtlaw.com

Brian H. Rubenstein
1717 Arch Street
Suite 400
Philadelphia, PA 19103
Tel: (215) 988-7864
Fax: (215) 689-4419
rubensteinb@gtlaw.com

*Attorneys for Teva Pharmaceuticals USA, Inc.*