IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **In re: Valsartan, Losartan & Irbesartan Products Liability Litigation** | MDL No. 2875<br><br>Honorable Robert B. Kugler<br>District Court Judge |

## WAIVER OF SERVICE OF SUMMONS FOR
## MASTER LOSARTAN ECONOMIC LOSS COMPLAINT

To:  Marlene J. Goldenberg, Esq.
Goldenberg Law
*Attorneys for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the Complaint, two copies of this waiver of service form, and a prepaid means of returning one signed copy of the waiver form to you.

On behalf of Hetero Drugs Ltd. and Hetero Labs Ltd., I waive service of the summons and Complaint in this case.

In waiving service of process, Hetero Drugs Ltd. and Hetero Labs Ltd., preserve all of their defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the action.

I also understand that the Court has stayed the deadline to serve an answer or a motion under Rule 12 to this Complaint.

DATE:   February 17, 2021
PARTIES: Hetero Drugs Ltd. and Hetero Labs Ltd.

**/s/Eric I. Abraham**
Eric I. Abraham, Esq.
Hill Wallack LLP
eabraham@hillwallack.com
(T) (609) 924-0808
(F) (609) 452-1888
*Attorneys for Defendants,
Hetero Drugs Ltd. and
Hetero Labs Ltd.*