IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____

In re: Valsartan, Losartan & Irbesartan
Products Liability Litigation

MDL No. 2875

Honorable Robert B. Kugler,
District Court Judge

_____

**WAIVER OF SERVICE OF SUMMONS FOR
FIRST AMENDED CONSOLIDATED IRBESARTAN
ECONOMIC LOSS CLASS ACTION COMPLAINT**

TO:   Marlene J. Goldenberg, Esq.
      Goldenberg Law
      *Attorneys for Plaintiffs*

   I have received your request to waive service of a Summons in this action, along with a copy of the Complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

   On behalf of Aurolife Pharma LLC, I agree to save the expense of serving a Summons and Complaint in this case.

   I understand that Aurolife Pharma LLC, will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but that it waives any objections to the absence of a Summons or of service.

   I also understand that the Court has stayed the deadline to serve an Answer or a Motion under Rule 12.

| DATE:<br>PARTIES: Aurolife Pharma LLC | CIPRIANI & WERNER, P.C.<br><br>*[signature]*<br>_____<br>Jessica M. Heinz, Esq.<br>450 Sentry Parkway, Suite 200<br>Blue Bell, PA  19422<br>Telephone:  (610) 567-0700<br>Fax:  (610) 567-0712<br>Attorney for Defendants<br>*Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC* |
|---|---|