# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN & IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Case No. 1:19-md-02875 |

## WAIVER OF SERVICE OF SUMMONS FOR FIRST AMENDED CONSOLIDATED IRBESARTAN ECONOMIC LOSS ACTION COMPLAINT

To: Marlene J. Goldenberg, Esq.
GoldenbergLaw, PLLC

*Attorneys for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

On behalf of Sciegen Pharmaceuticals, Inc., I waive service of the Summons and Complaint in this case.

In waiving service of process, Sciegen Pharmaceuticals, Inc. preserves all of its defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the action.

I also understand that the Court has stayed the deadline to serve an answer or a motion under Rule 12 to this Complaint.

Dated: February 17, 2021

PARTY: Sciegen Pharmaceuticals, Inc.

Respectfully submitted,

/s/ Geoffrey M. Coan
Geoffrey M. Coan
HINSHAW & CULBERTSON, LLP
53 State Street, 27th Floor
Boston, MA 02109
617-213-7000; 617-213-7001 fax
gcoan@hinshawlaw.com

*Attorneys for Sciegen Pharmaceuticals, Inc.*