# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

IN RE: VALSARTAN, LOSARTAN, AND
IRBESARTAN PRODUCTS LIABILITY
LITIGATION

This document relates to:
*All Actions*

MDL No. 19-2875 (RBK/KW)

## SPECIAL MASTER ORDER NO. __

Having received Plaintiffs' request, and Defendants' consent, to defer filing motions for leave to amend Plaintiffs' master complaints in response to the Court's orders on motions to dismiss until thirty (30) days after the issuance of the final such order, which is forthcoming, Motion to Dismiss ("MTD") Opinion and Order #6,

It is hereby ORDERED this ___ day of February, 2021 that Plaintiffs' request is **GRANTED**.  Plaintiffs may file a single motion for leave to amend their master complaints no later than thirty (30) days after the Court issues its MTD Opinion and Order #6.

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master