**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN & IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Case No. 1:19-md-02875<br>Hon. Robert Kugler |

**REQUEST TO WITHDRAW**
**WAIVER OF SERVICE OF SUMMONS FOR MASTER IRBESARTAN**
**MEDICAL MONITORING CLASS ACTION COMPLAINT**

Sciegen Pharmaceutical, Inc's Waiver of Service of Summons for Master Irbesartan Medical Monitoring Class Action Complaint (ECF No. 911) ("Waiver"), filed with the Court on February 18, 2021, was erroneously submitted. It is respectfully requested that the Waiver be withdrawn.

Dated: February 19, 2021

Respectfully submitted,

*/s/ Marlene J. Goldenberg*
Marlene J. Goldenberg
GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-436-5028
mjgoldenberg@goldenberglaw.com

*Attorneys for Plaintiffs*

1016106\307552850.v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February 2021, I caused a true and accurate copy of the foregoing document to be filed and served upon all counsel of record by operation of the Court's CM/ECF system.

                                                 /s/ Marlene J. Goldenberg
                                                 Marlene J. Goldenberg