UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: Valsartan, Losartan & Irbesartan Products Liability Litigation | : MDL No. 2875 : : |

## WAIVER OF SERVICE OF SUMMONS FOR MASTER IRBESARTAN PERSONAL INJURY COMPLAINT

To:   Marlene J. Goldenberg, Esq.
      Goldenberg Law

*Attorneys for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the Complaint, two copies of this waiver of service form, and a prepaid means of returning one signed copy of the waiver form to you.

On behalf of Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S. LLC, I waive service of the summons and Complaint in this case.

In waiving service of process, Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S. LLC, preserve all of their defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the action.

I also understand that the Court has stayed the deadline to serve an answer or a motion under Rule 12 to this Complaint.

DATE:  February 18, 2021                           By: */s/ Seth A. Goldberg*

PARTIES:   Zhejiang Huahai                          DUANE MORRIS LLP
           Pharmaceutical Co., Ltd.,                Seth A. Goldberg
           Huahai U.S., Inc.,                       30 South 17th Street
           Prinston Pharmaceutical Inc.,            Philadelphia, Pennsylvania 19103
           and Solco Healthcare U.S. LLC            Tel.: (215) 979-1000
                                                    Fax: (215) 979-1020
                                                    SAGoldberg@duanemorris.com

                                                    *Attorneys for Zhejiang Huahai*
                                                    *Pharmaceutical Co, Ltd., Huahai U.S., Inc.,*
                                                    *Prinston Pharmaceutical Inc., and Solco*
                                                    *Healthcare U.S., LLC*