# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875<br><br>Case No. 1:19-md-02875 |

**WAIVER OF THE SERVICE OF SUMMONS FOR IRBESARTAN MASTER PERSONAL INJURY COMPLAINT**

To:   Marlene J. Goldenberg, Esq.; Goldenberg Law
        *Attorneys for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the Complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the waiver form to you.

On behalf of Cardinal Health, Inc., I waive service of the summons and Complaint in this case.

In waiving service of process, Cardinal Health, Inc. preserves all of its defenses and objections to the lawsuit, the Court's jurisdiction, and the venue of the action.

I also understand the Court has stayed the deadline to serve an answer or a motion under Rule 12 to this Complaint.

Date: February 19, 2021

/s/ *Marie S. Dennis*
*Attorney for Defendant, Cardinal Health, Inc.*

Cardinal Health, Inc.
*Printed name of party waiving service of summons*

Marie S. Dennis
*Printed name*

1001 Pennsylvania Avenue, NW, Washington, DC 20004
*Address*

mdennis@crowell.com
*E-mail address*

*(202) 624-2538*
*Telephone number*