# **EXHIBIT F**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE


IN RE: VALSARTAN, :
LOSARTAN, and IRBESARTAN : MDL No. 19-2875 (RBK/KW)
PRODUCTS LIABILITY LITIGATION :
 :
This Order Relates to all Cases :

## SPECIAL MASTER ORDER NO. 2

### FEBRUARY 4, 2021

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On the evening of February 2, 2021, Defendants emailed to the Court an "Emergency Motion for Extension of Case Management Deadlines" (Doc. 835), and requested a conference call for the following day. Defendants sought a 90-day extension of all deadlines set forth in Revised Case Management Order No. 22 (Rev. CMO 22). (Doc. 726.) On February 3, 2021, Plaintiffs filed a response to Defendants' request, proposing an enlargement of up to 60 days for some, but not all, the deadlines set forth in Rev. CMO 22. (Doc. 837.) A conference call on the competing requests was held during the afternoon of February 3, 2021. Having carefully considered the arguments advanced by counsel in their written and verbal submissions, and finding that a 60-day extension of all deadlines is appropriate with the understanding that depositions will proceed within the parameters set forth

below and no additional extensions of the case management deadlines will be granted absent compelling and necessitous circumstances, **IT IS HEREBY ORDERED THAT:**

1. The deadlines set forth in Rev. CMO 22 (Doc. 726) are each extended by sixty (60) days. A new Case Management Order with all deadlines enlarged by sixty (60) days will issue.

2. Depositions scheduled to be conducted during February, 2021 may be re-scheduled on a witness-by-witness basis, with the understanding that not all presently scheduled depositions for the month of February will be re-scheduled, especially those depositions scheduled for the end of February.

3. No later than February 17, 2021, the parties shall submit to the Court an agreed upon schedule of depositions, with the understanding that counsel will cooperate to avoid double- and triple-tracking of depositions and that all depositions on general causation will be concluded by June 1, 2021. To the extent the parties are unable to agree upon the scheduling of certain depositions, counsel shall set forth their positions in writing as to each prospective deponent no later than February 22, 2021, and the disputes will be addressed at the February 24, 2021 Case Management Conference.

4. No later than February 15, 2021, Plaintiffs shall identify any privilege log that Plaintiffs contend is inadequate and the reasons for the claimed inadequacy. Counsel shall then meet and confer to attempt to resolve objections to the adequacy of the privilege logs and report to the Court no later than February 22, 2021 on their efforts to resolve disputes pertaining to the privilege logs.

5. Absent compelling and necessitous circumstances, the deadlines established by this Order will not be extended.

                                              s/ Thomas I. Vanaskie
                                              Hon. Thomas I. Vanaskie (Ret.)
                                              Special Master