# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn°
David M. Estes

*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

°Member of N.J. & N.Y. Bars

**Writer's Direct Dial**:
(973) 228-0454
**Writer's Email:**
aslater@mazieslater.com

Karen G. Kelsen°
Cheryll A. Calderon
Adam M. Epstein°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Alexander Q. Reynoso
Samuel G. Wildman
Julia S. Slater°

February 20, 2021

**VIA ECF & EMAIL**
TIV@stevenslee.com
Hon. Thomas I. Vanaskie (Ret.)
Special Master
Stevens & Lee
1500 Market St., East Tower, Suite 1800
Philadelphia, Pennsylvania 19103-7360

Re:  ***In re Valsartan, Losartan, and Irbesartan Liability Litigation*,
**Case No. 1:19-md-02875-RBK (D.N.J.)**

Dear Judge Vanaskie:

Pursuant to the discussion during the February 17, 2021 status conference, the Parties have agreed to the following deposition schedules for the depositions of the Manufacturer Defendants:

**ZHP AMENDED DEPOSITION DATES**

| No. | Witness | Date(s) |
|---|---|---|
| 1 | John Iozzia | January 20, 2921 (U.S. time) |
| 2 | Lijie Wang | January 26, 2021 (U.S. time) |
| 3 | Remonda Gergis | February 2, 2021 (U.S. time) |
| 4 | Hai Wang | March 10-11, 2021 (U.S. time) |
| 5 | Minli Zhang | March 21-25, 2021 (U.S. time) |
| 6 | Peng Dong | March 28-April 1, 2021 (U.S. time) |
| 7 | Hong (Eric) Gu | April 4-5, 2021 (U.S. time) |
| 8 | Wen-Chien (Eric) Tsai | April 7-9, 2021 (U.S. time) |
| 9 | Qiangming Li | April 12-15, 2021 (U.S. time) |
| 10 | Min Li | April 19-22, 2021 (U.S. time) |

Hon. Thomas I. Vanaskie, Special Master
February 20, 2021
Page 2

| 11 | Jucai Ge | April 26-29, 2021 (U.S. time) |
|----|----------|-------------------------------|
| 12 | Lihong (Linda) Lin | May 3-6, 2021 (U.S. time) |
| 13 | Jie Wang | May 9-10, 2021 (U.S. time) |
| 14 | Yuelin Hu | May 11-13, 2021 (U.S. time) (subject to ZHP's motion for protective order) |
| 15 | Xiaodi Guo | May 17-18, 2021 (U.S. time) |
| 16 | Mi (Karen) Xu | May 19-21, 2021 (U.S. time) (subject to ZHP's motion for protective order) |
| 17 | Fenyang (Xavier) Tang | May 23-25, 2021 (U.S. time) (subject to ZHP's motion for protective order) |
| 18 | Jun Du | May 27-28, 2021 (U.S. time) |
| 19 | Baohua Chen | May 30-June 1, 2021 (U.S. time) |

**HETERO AMENDED DEPOSITION DATES**

| No. | Witness | Date(s) |
|-----|---------|---------|
| 1 | Bandaru ("B.V. Rama Rao") Venkata Ramarao | March 3-4, 2021 |
| 2 | Dr. Murali Nagabeli | March 9-10, 2021 |
| 3 | Venkata Pravin Kumar Penubaka | March 18-19, 2021 |
| 4 | Panchakshari Nanyappa Gowda | March 23-25, 2021 |
| 5 | Venkataramana Madireddy | March 29-31, 2021 |
| 6 | Dr. Manoranjan Kumar | April 5-6, 2021 |
| 7 | Dr. B.V. Ramireddy | April 13-14, 2021 |
| 8 | Ganti Jyothi | May 11, 2021 |
| 9 | Yogeswar Reddy Mamilla | May 18, 2021 |
| 10 | Mohan Reddy Chilukurri | May 25, 2021 |

**TORRENT AMENDED DEPOSITION DATES**

| No. | Witness | Date(s) |
|-----|---------|---------|
| 1 | Jocelyn Rivera | February 22, 2021 |
| 2 | Saroja Gorantla | February 25, 2021 |
| 3 | Kalpesh Patel | March 10, 2021 |
| 4 | Dhrumit Shah | March 16, 2021 |
| 5 | Reddy Neravatla | March 22, 2021 |
| 6 | Maitreyee Mukherji | March 25, 2021 |
| 7 | Bernadette Attinger | March 29, 2021 |

Hon. Thomas I. Vanaskie, Special Master
February 20, 2021
Page 3

| 8 | Dawn Chitty | March 30, 2021 |
|---|---|---|
| 9 | Sue Perry | March 31, 2021 |
| 10 | Kelly Gegenheimer | April 14-15, 2021 |
| 11 | Paras Sheth | April 21, 2021 |
| 12 | Sushil Jaiswal | May 4-6, 2021 |

**TEVA AMENDED DEPOSITION DATES**

| No. | Witness | Date(s) |
|---|---|---|
| 1 | Elizbeth Gray | February 26, 2021 |
| 2 | Dan Barretto | March 10, 11, 2021 |
| 3 | Stefan Karlsson | March 18, 2021 |
| 4 | Narendra Vadsola | March 24, 2021 |
| 5 | Kevin Galownia | Week of April 5 or 12, 2021 |
| 6 | Raphael Nudelman | April 8, 2021 |
| 7 | Jens Nassall | April 16, 2021 (conditional on Mr. Nassall's ability to travel out of Germany due to Covid-19) |
| 8 | Tony Binsol | May 13, 2021 |
| 9 | Claire Lyons | April 27, 2021 |
| 10 | Michelle Osmian | May 6, 2021 |
| 11 | Pan Lin | May 11, 2021 (Conditioned on ability to travel) |
| 12 | Walton Wang | Week of May 19, 2021 (Conditioned on ability to travel) |

**MYLAN AMENDED DEPOSITION DATES**

| No. | Witness | Date(s) |
|---|---|---|
| 1 | Derek Glover | March 9, 11, and 12, 2021 |
| 2 | Antonyraj Gomas | March 23, 2021 |
| 3 | Dan Snider | March 31, 2021 |
| 4 | Wayne Talton | April 6-7, 2021 |
| 5 | Imtiyaz Basade | April 13, 2021 |
| 6 | Katie Reed | April 16, 2021 |
| 7 | Walt Owens | April 21, 2021 |
| 8 | Cassandra Bird | April 27, 2021 |
| 9 | Jyothibasu Abbineni | May 4, 2021 |

Hon. Thomas I. Vanaskie, Special Master
February 20, 2021
Page 4

| 10 | Reem Malki | May 12, 2021 |
| 11 | Kim Kupec | May 19, 2021 |
| 12 | Lance Molnar | May 26, 2021 |

**AUROBINDO AMENDED DEPOSITION DATES**

| No. | Witness | Date(s) |
| --- | --- | --- |
| 1 | Jasleen Gupta | March 12, 2021 |
| 2 | Bhadresh Doshi | March 19, 2021 |
| 3 | Prasad Gorijavolu | March 25, 2021 |
| 4 | Blessy Johns | April 15 and 16, 2021 |
| 5 | Steve Lucas | April 21 and 22, 2021 |
| 6 | Sandra Martinez | April 28, 2021 |
| 7 | David Palew | May 6 and 7, 2021 |
| 8 | Sanjay Singh | May 19 and 20, 2021 |

Plaintiffs are finalizing the scheduling with Camber, which is a wholly-owned subsidiary of Hetero and has represented it was the sole U.S. distributor for Hetero, and expect that the schedule will be finalized with Camber prior to the February 24, 2021 conference. Thank you for your consideration.

Respectfully,

ADAM M. SLATER