UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN & IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Case No. 1:19-md-02875<br>Hon. Robert Kugler |

### REQUEST TO WITHDRAW
### WAIVER OF SERVICE OF SUMMONS FOR MASTER IRBESARTAN
### MEDICAL MONITORING CLASS ACTION COMPLAINT

Sciegen Pharmaceutical, Inc's Waiver of Service of Summons for Master Irbesartan Medical Monitoring Class Action Complaint (ECF No. 911) ("Waiver"), filed with the Court on February 18, 2021, was erroneously submitted. It is respectfully requested that the Waiver be withdrawn.

Dated: February 19, 2021

Respectfully submitted,

/s/ Marlene J. Goldenberg
Marlene J. Goldenberg
GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-436-5028
mjgoldenberg@goldenberglaw.com

*Attorneys for Plaintiffs*

So Ordered this 22nd day of February, 2021

KAREN M. WILLIAMS
UNITED STATES MAGISTRATE JUDGE