UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER |

## NOTICE TO TAKE VIDEOTAPED ORAL DEPOSITION

TO:   **Lori G. Cohen, Esq,**
**GREENBERG TRAURIG, LLP**
**Terminus 200, 3333 Piedmont Road NE, Suite 2500**
**Atlanta, GA 30305**
*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, Ltd., Actavis, LLC, Arrow Pharm Malta Ltd., and Actavis Pharma (hereinafter "Defendants").*

Please take notice that pursuant to Federal Rule of Civil Procedure 30, and other applicable Rules, including the Local Civil Rules, and the applicable Orders of the Court, Plaintiffs, by and through their counsel, will take the videotaped deposition of **Narendra Vadsola**, on March 24, 2021, at 9:00 a.m. eastern time, and continuing until completion, via remote deposition while the witness is at her home or office or other location agreed to by the parties, in accordance with the Fact Witness Deposition Protocol, Case Management Order #20, filed November 17, 2020 (Document 632).  The witness shall produce the documents requested at Exhibit A, attached hereto, at least 5 days in advance of the deposition.

Pursuant to the meet and confer between the parties, a translator will not be provided.

**TAKING ATTORNEYS FOR PLAINTIFFS:**

David J. Stanoch, Esq.
Kanner & Whiteley, L.L.C.
701 Camp St.
New Orleans, LA 70130
Telephone: 504-524-5777
d.stanoch@kanner-law.com

The videotaped deposition will be taken before a person authorized by law to administer oaths, pursuant to Rule 28 of the Federal Rules of Civil Procedure.

February 22, 2021

                                      **PLAINTIFFS' CO-LEAD COUNSEL**

                                      By: ___/s/ David J. Stanoch_____
                                      DAVID J. STANOCH
                                      Kanner & Whiteley, L.L.C.
                                      701 Camp St.
                                      New Orleans, LA 70130
                                      Telephone: 504-524-5777

## EXHIBIT A

### DOCUMENT REQUESTS

1. The most recent resume/Curriculum Vitae and LinkedIn profile for Narendra Vadsola.

2. The complete production of Narendra Vadsola relevant custodial documents, including those maintained on personal computers or electronic devices, to the extent not produced prior.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875** |
| **THIS DOCUMENT RELATES TO ALL CASES** | **HON. ROBERT B. KUGLER** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2021, I caused the foregoing document to be electronically filed with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

PLAINTIFFS' CO-LEAD COUNSEL

By: /s/ David J. Stanoch
DAVID J. STANOCH
Kanner & Whiteley, L.L.C.
701 Camp St.
New Orleans, LA 70130
Telephone: 504-524-5777