# Exhibit Q

| Defendant/Entity | Type of Service Needed | Sartan | Sent Status | Filed in Master Docket? | Losartan PI Complaint | Irbesartan PI Complaint | Losartan MM Class Complaint | Losartan Economic Class Complaint | Irbesartan Economic Class Complaint |
|---|---|---|---|---|---|---|---|---|---|
| ZHP | Waiver emailed | Both | Sent 1/27 | Irbesartan complaints filed 1/19/2021 | Yes | Yes | No | No | Yes |
| Prinston Pharmaceutical Inc/Solco Healthcare LLC | Waiver emailed | Both | Sent 1/27 | Irbesartan complaints filed 1/19/2021 | Yes | Yes | No | No | Yes |
| Solco Healthcare US, LLC | Waiver emailed | Both | Sent 1/27 | Irbesartan complaints filed 1/19/2021 | Yes | Yes | No | No | Yes |
| Huahai U.S., Inc | Waiver emailed | Both | Sent 1/27 | Irbesartan complaints filed 1/19/2021 | Yes | Yes | No | No | Yes |
| Sandoz, Inc | Waiver emailed | Losartan | Sent 1/29 | | Yes | No | No | No | No |
| Hetero Labs, Ltd | Waiver emailed | Losartan | Sent 1/27 | Filed 2/17/2021 | Yes | No | Yes | Yes | No |
| Hetero Drugs, Ltd. | Waiver emailed | Losartan | Sent 1/27 | Filed 2/17/2021 | Yes | No | Yes | Yes | No |
| Hetero USA, Inc | Waiver emailed | Losartan | Sent 1/27 | PI on 2/10/2021, MM and EC on 2/11/2021 | Yes | No | Yes | Yes | No |
| Camber Pharmaceuticals, Inc | Waiver emailed | Losartan | Sent 1/27 | All three filed 2/17/2021 | Yes | No | Yes | Yes | No |
| Legacy Pharmaceutical Packaging, LLC | Waiver emailed | Losartan | Sent 1/27 | | Yes | No | Yes | Yes | No |
| HJ Harkins Co, Inc | Waiver emailed | Losartan | Sent 1/27 | | Yes | No | Yes | Yes | No |
| Teva Pharmaceutical Industries, Ltd | Waiver emailed | Losartan | Sent 1/28 | | Yes | No | Yes | No | No |
| Teva Pharmaceuticals USA, Inc | Waiver emailed | Losartan | Sent 1/28 | All three filed 2/17/2021 | Yes | No | Yes | Yes | No |
| Golden State Medical Supply | Waiver emailed | Both | Sent 1/28 | | Yes | Yes | Yes | Yes | Yes |
| Vivmed Life Sciences pvt Ltd | Foreign - Hague | Losartan | Sent 2/9 - counsel emailed back denying representation; Plaintiffs are attempting to determine if the Defenda | Yes | No | Yes | Yes | No |
| Heritage Pharmaceuticals/Avet Pharmaceuticals Inc | Personal US - Metro Legal | Losartan | Sent 2/9 - counsel emailed back denying representation; Plaintiffs are attempting to determine if the Defenda | Yes | No | Yes | Yes | No |
| Macleods Pharmaceutical Limited | Foreign - Hague | Losartan | Sent 2/4, timeline is 1+ years | | Yes | No | Yes | Yes | No |
| Macleods Pharma USA, Inc | Personal US - Metro Legal | Losartan | Sent 2/4 | | Yes | No | Yes | Yes | No |
| Torrent Private Limited | Waiver emailed | Losartan | Sent 1/28 | N/A | Yes | No | Yes | Yes | No |
| Torrent Pharmaceuticals, Ltd | Waiver emailed | Losartan | Sent 1/28 | All three filed on 2/17/2021 | Yes | No | Yes | Yes | No |
| Torrent Pharma, Inc | Waiver emailed | Losartan | Sent 1/28 | All three filed on 2/17/2021 | Yes | No | Yes | Yes | No |
| Major Pharmaceuticals | Waiver emailed | Losartan | Sent 1/28 | | Yes | No | Yes | Yes | No |
| AvKARE, Inc | Waiver emailed | Losartan | Sent 1/28 | All three filed on 2/15/2021 | Yes | No | Yes | Yes | No |
| Remedy Repack, Inc | Waiver emailed | Losartan | Sent 1/28 | | Yes | No | Yes | Yes | No |
| Preferred Pharmaceuticals, Inc | Waiver emailed | Losartan | Sent 1/28 | | Yes | No | Yes | Yes | No |
| CVS Health | Waiver emailed | Both | Sent 1/28 -Plaintiffs are meeting and conferring with counsel for CVS and expect to reach a resolution resulti | Yes | Yes | Yes | Yes | Yes |
| Walgreen Co | Waiver emailed | Both | Sent 1/28 | | Yes | Yes | Yes | Yes | Yes |
| Walgreens Boots Alliance, Inc | Waiver emailed | Both | Sent 1/28 - Plaintiffs are meeting and conferring with counsel for Walgreens and expect to reach a resolution | Yes | Yes | Yes | Yes | Yes |
| Express Scripts, Inc | Waiver emailed | Both | Sent 1/28 | | Yes | Yes | Yes | No | No |
| Express Scripts Holding Company | Waiver emailed | Both | Sent 1/28 | | Yes | Yes | Yes | No | No |
| Cigna Corporation | Waiver emailed | Both | Sent 1/28 | | Yes | Yes | Yes | No | No |
| OptumRx | Waiver emailed | Both | Sent 1/28 | | Yes | Yes | Yes | Yes | Yes |
| Optum, Inc | Waiver emailed | Both | Sent 1/28 | | Yes | Yes | Yes | Yes | Yes |
| United Health Group | Waiver emailed | Both | Sent 1/28 | | Yes | Yes | Yes | Yes | Yes |
| Walmart, Inc | Waiver emailed | Both | Sent 1/28 | All five filed on 2/17/2021 | Yes | Yes | Yes | Yes | Yes |
| The Kroger Co | Waiver emailed | Both | Sent 1/28 | All three filed on 2/17/2021 | Yes | Yes | Yes | No | No |
| Rite Aid Corp | Waiver emailed | Both | Sent 1/28 | | Yes | Yes | Yes | No | No |
| Albertson's Companies, LLC | Waiver emailed | Both | Sent 1/28 | All three filed on 2/17/2021 | Yes | Yes | Yes | No | No |
| Humana Pharmacy, Inc | Waiver emailed | Both | Sent 1/28 | | Yes | Yes | Yes | No | No |
| Humana, Inc | Waiver emailed | Both | Sent 1/28 | | Yes | Yes | Yes | No | No |
| Cardinal Health, Inc | Waiver emailed | Both | Sent 1/28 | All five filed on 2/19/2021 | Yes | Yes | Yes | Yes | Yes |
| Mckesson Corporation | Waiver emailed | Both | Sent 1/28 | | Yes | Yes | Yes | Yes | Yes |
| AmerisourceBergen Corporation | Waiver emailed | Both | Sent 1/28 | | Yes | Yes | Yes | Yes | Yes |
| Aurobindo Pharma, Ltd | Waiver emailed | Irbesartan | Sent 1/28 | | No | Yes | No | No | Yes |
| Aurobindo Pharma, USA, Inc | Waiver emailed | Irbesartan | Sent 1/28 | Both filed on 2/18/2021 | No | Yes | No | No | Yes |
| Aurolife Pharma, LLC | Waiver emailed | Irbesartan | Sent 1/28 | Both filed on 2/18/2021 | No | Yes | No | No | Yes |
| ScieGen Pharmaceuticals Inc. U.S. | Personal US - Metro Legal | Irbesartan | Sent 2/9 | Filed 2/18/2021 | No | Yes | No | No | Yes |
| Westminster Pharmaceuticals | Personal US - Metro Legal | Irbesartan | Sent 2/9 | | No | Yes | No | No | Yes |