UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: February 24, 2021

**HON. ROBERT B. KUGLER, U.S.D.J.**
**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:**    CAMILLE PEDANO

**TITLE OF CASE:**                              **DOCKET NO.:** 19-md-2875 (RBK)(JS)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

FOR PLAINTIFFS**:**
Adam Slater, Esq.
Rubin Honik, Esq.
Daniel Nigh, Esq.
Marlene Goldenberg, Esq.
George Williamson, Esq.

FOR DEFENDANTS:
Seth Goldberg, Esq.
Victoria Lockhard, Esq.
Lori Cohen, Esq.
Jessica Heinz, Esq.
Nakul Shah, Esq.
Steven Harkins, Esq.
Eric Abraham, Esq.
Megan Grossman, Esq.

**NATURE OF PROCEEDINGS**:    TELEPHONE STATUS CONFERENCE

**DISPOSITION:**
Telephone status conference held on the record.
Order to be entered.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 11:35a.m.    Time Adjourned: 12:05p.m.    Total Time in Court:   0:30