# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler<br>Hon. Joel Schneider |

This document relates to: All Cases

## NOTICE OF APPEARANCE OF COUNSEL

To: The Clerk of Court and All Parties of Record

The undersigned counsel is admitted or otherwise authorized to practice in this Court, and appears in this case as counsel for Macleods Pharma USA, Inc., reserving and without waiving any and all claims and defenses.

Dated: February 26, 2021

BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP

 */s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (NJ #173442015)
Noelle B. Torrice (NJ # 079132013)
Continental Plaza II
411 Hackensack Ave., 3rd Fl.
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com
       ntorrice@beneschlaw.com

*Counsel for Macleods Pharma USA, Inc.*

14261499