# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | No. 1:19-md-2875-RBK<br><br>Hon. Robert Kugler<br><br>Hon. Joel Schneider<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF SCOTT A. MCMILLIN** |

Pursuant to D.N.J. L.Civ.R. 101.1 and the attached certification, counsel moves the admission *pro hac vice* of Scott A. McMillin of Benesch, Friedlander, Coplan & Aronoff LLP to represent Macleods Pharma USA, Inc. in this case.

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

/s/ *Kevin M. Capuzzi*
Kevin M. Capuzzi (NJ No. 173442015)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, New Jersey 07601-6323
Telephone: 302.442.7010
Facsimile: 302.442.7012
Email: kcapuzzi@beneschlaw.com

Dated: February 26, 2021

14261959