## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2021, a copy of the foregoing *Motion for Admission Pro Hac Vice of Scott A. McMillin* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        /s/ Kevin M. Capuzzi
Kevin M. Capuzzi (NJ No. 173442015)

*Counsel for Macleods Pharma USA, Inc.*