**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler<br>Hon. Joel Schneider |

**CORPORATE DISCLOSURE STATEMENT OF**
**MACLEODS PHARMA USA. INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Macleods Pharma USA, Inc. states as follows:

Macleods Pharmaceuticals Ltd. is the parent company of Macleods Pharma USA, Inc. and holds 10% or more of the stock in Macleods Pharma USA, Inc.

Dated: February 26, 2021

BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP

 /s/ Kevin M. Capuzzi
Kevin M. Capuzzi (NJ #173442015)
Noelle B. Torrice (NJ # 079132013)
Continental Plaza II
411 Hackensack Ave., 3rd Fl.
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com
 ntorrice@beneschlaw.com

*Counsel for Macleods Pharma USA, Inc.*