## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2021, a copy of the foregoing *Corporate Disclosure Statement of Macleods Pharma USA, Inc.* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ *Kevin M. Capuzzi*
Kevin M. Capuzzi (NJ No. 173442015)

*Counsel for Macleods Pharma USA, Inc.*