# UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

RONALD J. HULL, ET AL.,

        Plaintiff(s),

vs.

ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., ET AL.,

        Defendant(s).

Civil Action No.: 1:21-cv-02259-RBK-KMW
Filed Date: 02/10/2021

AFFIDAVIT OF SERVICE

STATE OF DELAWARE
COUNTY OF New Castle    SS.:

Danielle Stevens, the undersigned, being duly sworn, deposes and says that I was at the time of attempting service over the age of eighteen and not a party to this action. I reside in the State of Delaware.

On February 15, 2021 at 2:25 AM/**PM**, I served the within SUMMONS IN A CIVIL CASE, RETURN OF SERVICE, SHORT FORM COMPLAINT, CIVIL COVER SHEET AND INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44 on PRIME THERAPEUTICS LLC B/S/U CORPORATION SERVICE COMPANY AS REGISTERED AGENT, Defendant.

Said service was effected at 251 Little Falls Drive, Wilmington, DE 19808 in the following manner:

[ ] Registered Agent: By leaving a true copy of the above stated documents with _____, the registered agent of PRIME THERAPEUTICS LLC B/S/U CORPORATION SERVICE COMPANY AS REGISTERED AGENT.

[x] Officer/Agent: By leaving a true copy of the above stated documents with:
(name) Lynanne Gares
(title) Litigation Management Service Leader Authorized to Accept, who is a corporate officer or manager of PRIME THERAPEUTICS LLC B/S/U CORPORATION SERVICE COMPANY AS REGISTERED AGENT.

[ ] Other: By leaving a true copy of the above stated documents with:
(name) _____
(title) _____

Description of person process was left with:

Sex: Female   Skin Color / Race: White   Hair Color: Brown   Approx. Age: 35   Height: 5'6   Weight: 135

Signed and sworn to before me on this 16th day of February, 2021

NOTARY PUBLIC

X _____ 2/16/2021
Danielle Stevens
(Print Name)
Lightning Legal Services, LLC
P. O. Box 9132
Albany, NY 12209
518.463.1049
ClienRef#:

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2024

*158183*