# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: Valsartan, Losartan and Irbesartan Products Liability Litigation<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 1:19-md-2875 (RBK/JS) |

## WAIVER OF SERVICE OF SUMMONS

To:  Marlene Goldenberg

I have received your request to waive service of a summons in this action along with a copy of the Complaint, two copies of this waiver of service form, and a prepaid means of returning one signed copy of the waiver form to you.

On behalf of Humana Pharmacy, Inc., I waive service of the summons and the Losartan Medical Monitoring Master Complaint in this case.

In waiving service of process, Humana Pharmacy, Inc., preserves all of its defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the action.

I also understand that the Court has stayed the deadline to serve an answer or a motion under Rule 12 to this Complaint.

Date: February 25, 2021

Humana Pharmacy, Inc.

/s/     *Kirstin B. Ives*
Kirstin B. Ives (pro hac vice)
Megan A. Zmick (pro hac vice)
Falkenberg Ives LLP
230 W. Monroe, Suite 2220
Chicago, IL 60606
(312) 566-4800 (phone)
(312) 566-4810 (facsimile)
kbi@falkenbergives.com
maz@falkenbergives.com

*Attorney for Humana Pharmacy, Inc.*