# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN LOSARTAN & IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875<br><br>Case No. 1:19-md-02875 |

## WAIVER OF SERVICE OF SUMMONS FOR FIRST AMENDED CONSOLIDATED LOSARTAN ECONOMIC LOSS CLASS ACTION COMPLAINT

To: Marlene J. Goldenberg, Esq.
GoldenbergLaw, PLLC

*Attorneys for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

On behalf of H.J. Harkins Company, Inc. d/b/a Pharma Pac, I waive service of the Summons and Complaint in this case.

In waiving service of process, H.J. Harkins Company, Inc. d/b/a Pharma Pac preserves all of its defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the action.

I also understand that the Court has stayed the deadline to serve an answer or a motion under Rule 12 to this Complaint.

Dated: February 25, 2021

PARTY: H.J. Harkins Company, Inc.
d/b/a Pharma Pac

Respectfully submitted,

/s/ Geoffrey M. Coan
Geoffrey M. Coan
HINSHAW & CULBERTSON, LLP
53 State Street, 27th Floor
Boston, MA 02109
617-213-7000; 617-213-7001 fax
gcoan@hinshawlaw.com

*Attorneys for H.J. Harkins Company, Inc. d/b/a Pharma Pac*

1018655\307538627.v1