IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | No. 1:19-md-2875-RBK<br><br>Hon. Robert Kugler<br><br>Hon. Joel Schneider<br><br>**CERTIFICATION OF COUNSEL FOR MOTION FOR ADMISSION *PRO HAC VICE* OF ALYSSA A. MOSCARINO** |

**CERTIFICATION OF COUNSEL PURSUANT TO D.N.J. L.CIV.R. 101.1 (c)(1)**

I, Alyssa A. Moscarino, a lawyer who is not a member of the bar of this district, submits this Certification of Counsel to be admitted to appear in this case *pro hac vice* on behalf of Macleods Pharma USA, Inc. I further state that I will comply with the associate counsel requirements of D.N.J. L.Civ.R. 101.1 by associating with Kevin M. Capuzzi, an attorney who has been admitted to the bar of this district under D.N.J. L.Civ.R. 101.1 and who is appearing on behalf of Macleods Pharma USA, Inc. Pursuant to D.N.J. L.Civ.R. 101.1 (c)(1), I certify the following is true and correct.

I state that I am currently admitted to practice in the following jurisdictions:

| Bar | Admission Date | Good Standing |
|---|---|---|
| Ohio Supreme Court | October 2015 | Yes |
| United States District Court, Northern District of Ohio | December 2015 | Yes |
| United States District Court, Southern District of Ohio | January 2016 | Yes |
| United States District Court, Eastern District of Michigan | January 2019 | Yes |

I further state that no disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction in which I have practiced in the past five years.

I am entering my appearance on behalf of Macleods Pharma USA, Inc.

I agree to abide by the applicable rules of the Court.

I certify that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: March 1, 2021

*Alyssa A. Moscarino*
Signed on 2021/03/01 10:12:35 -8:00

Alyssa A. Moscarino, Esq. (Ohio No. 0093847)
BENESCH, FRIEDLANDER, COPLAN &
  ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone: 216.338.7939
Facsimile: 216.363.4588
Email: amoscarino@beneschlaw.com

SWORN AND SUBSCRIBED before me, this ___1st___ day of March 2021.

_____
NOTARY PUBLIC

Alexandra L. Wiley
Commission # 2016-RE-616105
Electronic Notary Public
State of Ohio
My Comm Exp. Nov 08, 2021

2