**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2021, a copy of the foregoing *Motion for Admission Pro Hac Vice of Alyssa A. Moscarino* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                               /s/ Kevin M. Capuzzi
                                               Kevin M. Capuzzi (NJ No. 173442015)

*Counsel for Macleods Pharma USA, Inc.*