Exhibit D

上海科胜药物研发有限公司
Shanghai SynCores Technologies, Inc.

Research and development report of Valsartan (SC-1141)

Process R&D Department

# Research and development report of Valsartan (SC-1141)

**Molecular Structure of Valsartan:**



Exact Mass: 435.23

## 1. Project target

Optimization of the process of crude product and the purification of the final API with the objective to improve the total yield of the Valsartan and solve the safety problem for quench process.

## 2. Specification of the Valsartan

### (1) Specification of crude Valsartan (SC-1141-A)

| Appearance | | White crystal solid, and no visible contaminant |
|---|---|---|
| Identification | | By FT-IR: The spectrum of the sample is concordant with that of the reference standard |
| Loss | | ≤3.0% |
| Assay(HPLC) | | ≥80.0% (Anhydrous and solvent-free substance) |
| Specific rotation | | 17.0- 21.5 |
| D-valsartan | | ≤5.0% |
| HPLC purity | | ≥98.0% |
| Impurities(HPLC) | Other unknown impurities | ≤0.5% |
| | Total impurities | ≤2.0% |

### (2) Specification of final API (SC-1141)

1

CONFIDENTIAL INFORMATION

PRINSTON00156783

上海科胜药物研发有限公司
Shanghai SynCores Technologies, Inc.

**Research and development report of Valsartan (SC-1141)**

Process R&D Department

| Appearance | White crystal solid, and no visible contaminant |
|---|---|
| Identification | By FT-IR: The spectrum of the sample is concordant with that of the reference standard |
| Loss | $\leq 2.0\%$ |
| Assay(HPLC) | 98.0- 102.0% (Anhydrous and solvent-free substance) |
| Specific rotation | 17.0- 21.5 |
| D-valsartan | $\leq 1.0\%$ |
| Impurities(HPLC) | Other unknown impurities | $\leq 0.1\%$ |
| | Total impurities | $\leq 0.3\%$ |
| Residual Solvents (GC) | Ethyl acetate | $\leq 0.5\%$ |

## 3. ROS of Valsartan



Exact Mass: 406.23
SC-1141-SM1

Exact Mass: 449.24
SC-1141-A1

Exact Mass: 435.23
SC-1141-A

Exact Mass: 435.23
SC-1141

2

CONFIDENTIAL INFORMATION

上海蓝珍药酒丽开有限公司
Shanghai SynCores Technologies, Inc.

Research and development report of Valsartan

(SC-1141)

Process R&D Department

# 4. R&D of the process of Valsartan

## 4.1. Process of SC-1141-A1



SC-1141-SM1
Exact Mass: 406.23

ZnCl₂,NaN₃
DMF
130~135°C

SC-1141-A1
Exact Mass: 449.24

### 4.1.1 Problems in the original process

TEA HCl/Toluene/NaN₃ was used in the original process and the reaction time is too long (40h). There are a lot of starting material remained in the reaction system (40.0~50.0% starting material remained). The recovered SM1 from the reaction mixture contained a lot of chiral impurity. Also, there are safety issues for the quench process of the NaN₃.

### 4.1.2 Process improvement plan

(1) The amount of solvent used, the equivalent of reagents, reaction temperature, and reaction time were optimized in this step. We found that using excess amount of TEA salt and NaN₃ could improve the conversion rate from 60.0% to 90.0%, but the overall material cost will be higher. The details are shown below:

(a) Optimization of the mount of solvent and temperature

Table 1 optimization of the solvent and the temperature

CONFIDENTIAL INFORMATION

PRINSTON00156785

上海科锐药源研发有限公司
Shanghai SynCores Technologies, Inc.

Research and development report of Valsartan

Process R&D Department

(SC-1141)

**Materials**

| Date/ book | Batch NO. | SM1 g. | NaN₃ eq. | Et₃NHCl eq. | Sol. v. | IPC | Note |
|---|---|---|---|---|---|---|---|
| 2010/09/2 9 415 | SC-1141-A-415-0 32 | 2.5 | 1.9 | 2.2 | Toluene 6v | 90 - 95°C, 20h A1 55.9%  Int. 40% | |
| 2010/09/2 9 415 | SC-1141-A-415-0 33 | 2.5 | 1.9 | 2.2 | DMF 6v | 90 - 95°C, 20h A1 28.9%  Int. 36.3% | |
| 2010/10/1 1 405 | SC-1141-A-405-0 41 | 2.5 | 1.9 | 2.2 | NMP 6v | 90- 95°C, 20h A1 17%   Int 71.2% 130- 135°C, 40h Reaction is very disorder | |
| 2010/10/1 1 415 | SC-1141-A-415-0 38 | 2.5 | 1.9 | 2.2 | Xylene 6v | 130- 135°C, 14h A1 36.5%  Int. 48.2% 130- 135°C, 20h A1 50.6%  Int.29.1% | |

4

上海医药集团研发有限公司 Shanghai SynClares Technologies, Inc.

**Research and development report of Valsartan**    Process R&D Department

**(SC-1141)**

5

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2010/10/1 2 405 | SC-1141-A-405-0 40 | 2.5 | 1.9 | 2.2 | Toluene+$H_2O$ 12v (1:1) TBAC(20%mol) | 85- 90°C (reflux, 20h (added 1V, No TBAC) A1: 10.37%, Int: 88.6% 85- 90°C(reflux), 40h (Added $H_2O$ 5V, Added TBAC) A1 16.9%, Int: 81.5% | A lot of foaming appeared in the reaction |
| 2010/10/1 4 405 | SC-1141-A-405-0 42 | 2.5 | 1.9 | 2.2 | Dioxane 6v | 95- 100°C, 20h A1 34.6%, Int. 63.5% 44h A1 39.4%, Int. 58.1% 68h A1 60.7%, Int. 32.1% 82h A1 62.3%, Int. 28.7% | |
| 2010/10/1 9 405 | SC-1141-GY-011-012 | 2.5 | 1.9 | 2.2 | Toluene (6v) NMP (1v) | 90- 95°C, 20h A1 30.7%, Int. 66.4% | |

(b) Equivalent of SM1 and NaN₃ used in the reaction and reaction temperature study

Table 2 Optimization of equivalent of SM1 and NaN3 and reaction temperature

CONFIDENTIAL INFORMATION



上海蓝德药隆研究商贸有限公司
Shanghai SynCores Technologies, Inc.

Research and development report of Valsartan

(SC-1141)

Process R&D Department

| Date/book | Batch NO. | Materials | | | | IPC | Note |
|---|---|---|---|---|---|---|---|
| | | SM1 g. | NaN₃ eq. | Et₃NHCl eq. | Sol. v. | | |
| 2010/10/14 011 | SC-1141-GY-011-002 | 2.5 | 3.8 | 2.2 | Toluene 6v | 90- 95°C, 20h<br>A1 58.9%, Int. 31.6% 44h<br>A1 70.3%, Int. 18.0% 96h<br>A1 76.8%, Int. 8.0% | After 96h, more impurities are appeared |
| 2010/10/14 011 | SC-1141-GY-011-003 | 2.5 | 1.9 | 4.4 | Toluene 6v | 90- 95°C, 20h<br>A1 48.9%, Int. 43%<br>A1 61.4%, Int. 26.3% 44h<br>A1 63.1%, Int. 25.3% 96h | |

CONFIDENTIAL INFORMATION

PRINSTON00156788

上海睿智雄睿科技有限公司
Shanghai SynCores Technologies, Inc.

Research and development report of Valsartan
(SC-1141)

Process R&D Department

| Date/book | Batch NO. | SM1 g | NaN₃ eq. | Et₃NHCl eq. | Sol. v. | IPC | Note |
|---|---|---|---|---|---|---|---|
| 2010/10/18 011 | SC-1141-GY-011-009 | 2.5 | 3.8 | 4.4 | Toluene 6v | 90- 95°C, 20h A1 82.9%, Int. 10.8% 44h A1 86.1%, Int. 2.4% | After 44h, more impurities are appeared |
| 2010/10/18 011 | SC-1141-GY-011-0011 | 2.5 | 5.7 | 6.6 | Toluene 6v | 90- 95°C, 20h A1 73.1%, Int. 17.7% 44h A1 77.0%, Int. 0.4% | After 44h, more impurities appeared |
| 2010/10/20 011 | SC-1141-GY-011-0013 | 2.5 | 2.9 | 3.3 | Toluene 6v | 90- 95°C, 20h A1 73.9%, Int. 21.5% | |

(c) Optimization of the reaction time

Table 3 Optimization of the reaction time

| Date/book | Batch NO. | Materials | | | | IPC | Note |
|---|---|---|---|---|---|---|---|
| | | SM1 g | NaN₃ eq. | Et₃NHCl eq. | Sol. v. | | |

7

CONFIDENTIAL INFORMATION

PRINSTON00156789

上海蓝晟源医药科技有限公司
Shanghai SynCores Technologies, Inc.

**Research and development report of Valsartan**

**(SC-1141)**

Process R&D Department

| Date | Batch NO. | SM1 | NaN₃ | Cat. | Sol. | IPC | Note |
|---|---|---|---|---|---|---|---|
| 2010/10/25 011 | SC-1141-G Y-011-014 | 2.5 | 1.9 | 2.2 | Tolue ne 6v | 90- 95°C, 20h A1 58.8% Int.38.1% 44h A1 77.2% Int.15.6% 92h A1 76.8% Int.8% | (1) magnetic stirring (2)After 92h, Imp. raised, But the conversion rate did not increased than 44h. |

(2) The other catalyst systems were also used in this reaction and the system from Huahai( ZnCl₂/DMF/NaN₃) is the best conditions. The results shown below:

Table 4 Optimization of catalyst systems

| Date/ book | Batch NO. | Materials | | | | IPC | Note |
|---|---|---|---|---|---|---|---|
| | | SM1 g. | NaN₃ eq. | Cat. eq. | Sol. v. | | |
| 2010/09/25 415 | SC-1141-A-415-027 | 2.5 | 1.9 | NH₄Cl 2.2 | Toluene 6v | 90- 95°C, 20h, TLC No reaction | The section of reagent equivalent was quoted from literature |
| 2010/09/27 415 | SC-1141-A-415-029 | 2.5 | 1.9 | NH₄Cl 2.2 | DMF 6v | 130- 135°C, 20h A1 17.6%, Int. 47.9% | |

8

PRINSTON00156790

上海艾戈尔药业研制有限公司
Shanghai SynCores Technologies, Inc.

**Research and development report of Valsartan (SC-1141)**

Process R&D Department

9

| Date | Batch No. | | | Reagent | Solvent | Conditions / Results | Notes |
|---|---|---|---|---|---|---|---|
| 2010/09/28 415 | SC-1141-A-415-031 | 2.5 | 1.9 | ZnCl₂ 2.2 | DMF 6v | 130- 135°C, 6h A1 14.0%, Int. 78.9% 130- 135°C, 20h A1 30.8%, Int. 50.4% 130- 135°C, 40h A1 40.6% Int. 25.7% | Mechanical stirring was used |
| 2010/09/28 415 | SC-1141-A-415-031 | 2.5 | 1.9 | ZnCl₂ 2.2 | Toluene 6v | 90- 95°C, 20h A1<2% Int. 91.6% | It is very thickness in the bottle. And it is hard to stirring |
| 2010/09/29 415 | SC-1141-A-415-033 | 2.5 | 1.9 | Et₃NHCl 2.2 | DMF 6v | 90- 95°C, 20h A1 28.9% Int. 36.3% | |
| 2010/09/29 415 | SC-1141-A-415-032 | 2.5 | 1.9 | Et₃NHCl 2.2 | Toluene 6v | 90- 95°C, 20h A1 55.9% Int. 40.0% | |
| 2010/10/26 011 | SC-1141-GY-011-017 | 2.5 | 1.9 | Et₃NHCl 2.2 TBAI 0.05 | Toluene 6v | 90- 95°C, 20h A1 57.1% Int. 40.5% | |
| 2010/10/27 011 | SC-1141-GY-011-019 | 2.5 | 1.9 | Pyridine/ p-toluenesulfo nic acid 2.2 | Toluene 6v | 90- 95°C, 20h No reaction | |
| 2010/10/28 011 | SC-1141-GY-011-020 | 2.5 | 1.9 | Anhydrous ZnCl₂ 2.2 | DMF 6v | 90- 95°C, 20h A1 35.3% Int. 52.0% | |
| 2010/10/29 011 | SC-1141-GY-011-021 | 2.5 | 1.9 | ZnS 2.2 | DMF 6v | 90- 95°C, 20h A1 67.2% Int. 27.4% | Hydrolysis of A1 was observed |

PRINSTON00156791

上海睿智药源科技有限公司 Shanghai SynCores Technologies, Inc.

Research and development report of Valsartan    Process R&D Department

(SC-1141)

10

| Date/book | Batch NO. | SM1 g. | NaN₃ eq. | Anhydrous ZnCl₂ 3.0 | Sol. v. | IPC | Note | From Huahai |
|---|---|---|---|---|---|---|---|---|
| 2010/11/02 011 | SC-1141-GY-011-028 | 2.5 | 1.5 | Anhydrous ZnCl₂ 3.0 | DMF 1v | 130-135°C, 20h A1 77.0% Int. 4.1% | | From Huahai |
| 2010/11/01 011 | SC-1141-GY-011-025 | 2.5 | 1.9 | Fe₂O₃ 2.2 | DMF 6v | 130-135°C, 20h A1 2.81% Int. 51.9% | | Hydrolysis of A1 was observed |
| 2010/11/01 011 | SC-1141-GY-011-024 | 2.5 | 1.9 | SiCl4 2.2 | ACN 6v | 80-83°C, 20h Int. 57.3% | | A lot of SM1 was remained |
| 2010/11/01 011 | SC-1141-GY-011-026 | 2.5 | 1.9 | Et₃NHCl 2.2 | N-Methyl midazole 6v | 130-135°C, 20h No A1 was observed in the reaction mixture | | |

(3) Try to hydrolyze the SM1 first, and then react with NaN₃ to increase conversation rate and reduce isomer. But the conversion rate of ring formation at acid condition is lower than before, so this propose is fail. The results shown below:

Table 5 Tetrazole Reaction of Hydrolysis Acid of SM1

| Date/book | Batch NO. | Materials | | | | IPC | Note |
|---|---|---|---|---|---|---|---|
| | | SM1 g. | NaN₃ eq. | Et₃NHCl eq. | Sol. v. | | |
| 2010/10/12 415 | SC-1141-A-415-039 | 2.5 | 1.9 | 2.2 | Toluene 6v | 90-95°C, 20h A1 33.4% Int.53.7% | |
| 2010/10/18 011 | SC-1141-GY-011-007 | 2.5 | 1.9 | 2.2 | H₂O | 95-100°C, 20h No reaction, a lot of SM1 remained. | |

CONFIDENTIAL INFORMATION

上海皕晶醫药研发有限公司
Shanghai SynCores Technologies, Inc.

# Research and development report of Valsartan (SC-1141)

Process R&D Department

11

| 2010/11/03 011 | SC-1141-GY-011-029 | 2.5 | 1.5 | Anhydrous ZnCl₂ 3.0 | DMF 1v | 130-135°C, 20h A1 77.9% | The isomer has no difference between this batch with material |
|---|---|---|---|---|---|---|---|

(4) $ZnCl_2/DMF/NaN_3$ system provided by Huahai, work up at 80-100°C and filtered out the unreacted $NaN_3$ has safety issues; also there are some products lost during the filtration process. In order to resolve the safety issue, we tried to using the $NaNO_2$ to quench the process, the results are as follows:

Table 6 Optimization of Post-processing of $ZnCl_2$ Process

| Date/book | Batch NO. | Materials | | | | IPC | Note |
|---|---|---|---|---|---|---|---|
| | | SM1 g. | NaN₃ eq. | ZnCl₂ eq. | Sol. v. | | |

CONFIDENTIAL INFORMATION

PRINSTON00156793

上海医药药物研发有限公司
Shanghai SynCores Technologies, Inc.

**Research and development report of Valsartan**

**(SC-1141)**

Process R&D Department

12

| 2010/11/29 010 | SC-1141-ZJ-010-020 | 10.0 | 3.0 | 1.5 H$_2$O (2.0eq) | DMF 1.5v | 130 - 135°C, 20h A1 68.0% API 23.7% Int. 2.0% Stereo isomer match the specification Crude yield: 74.0% | Post-processing process: (1) Add toluene(5v) and 10%NaNO$_2$ solution, Temp at 20- 30°C. Slowly add HCl, Adjust pH to 1-2, NaN$_3$ was confirmed to be quenched completely, layered, the organic phase is hydrolyzed by alkali. (2) Adjust pH=1- 2, filter the product. (3) EA used for crystallization of crude product. |

CONFIDENTIAL INFORMATION

PRINSTON00156794

上海蓝晶晶研发有限公司
Shanghai SynCores Technologies, Inc.

**Research and development report of Valsartan**

**(SC-1141)**

Process R&D Department

13

| 2010/12/07 011 | SC-1141-GY-011-067 | 50.0 | 3.0 | 1.5 | DMF 1.5v | 130-135°C, 20h A1 73.0%  API 18.9% Int. 3.3% | EA use for crystallization of crude product, the Yield is 70.0%, The yield of re-crystallization by EA is 60.0% (relative to the SM1), Content of stereoisomer within the specifications of the final product. |
|---|---|---|---|---|---|---|---|

### 4.1.3 Process Stability Study

ZnCl$_2$/DMF/NaN$_3$ stress tests study

Table 7: ZnCl$_2$ and other Zn catalyst – stress test study

| Date/book | Batch NO. | Materials | | | | IPC | Note |
|---|---|---|---|---|---|---|---|
| | | SM1 g. | NaN$_3$ eq. | Cat. eq. | Sol. v. | | |
| 2010/11/17 011 | SC-1141-GY-011-041 | 2.5 | 3.0 | ZnO 1.5 | DMF 1v | 130-135°C, 20h No reaction. Partial SM1 is hydrolyzed | Using ZnO as catalyst since ZnCl$_2$ contained some ZnO |

CONFIDENTIAL INFORMATION

PRINSTON00156795

上海蓝晟药物研发有限公司
Shanghai SynGenes Technologies, Inc.

**Research and development report of Valsartan**

**(SC-1141)**

Process R&D Department

14

| 2010/11/18 011 | SC-1141-GY-011-043 | 2.5 | 3.0 | $ZnCl_2$ 1.5 $H_2O$ 2.0 | DMF 1v | 130–135°C, 20h A1 68.8% API 22.2% Some SM1 hydrolyzed | The hydrolyzed product to form the Valsartan increased, there are no change for the other impurities |
|---|---|---|---|---|---|---|---|
| 2010/11/17 011 | SC-1141-ZJ-010-0 16 | 2.5 | 3.0 | $ZnCl_2$ 1.5 | DMF 1v | 140–145°C, 20h A1 57.3% API 28.1% 26h A1 53.5% API 30.4% | Stress test of temperature 140–145°C. The degree of hydrolysis of product is increase, continue reaction, the impurities became complex. |
| 2010/12/10 011 | SC-1141-GY-011-070 | 2.5 | 3.0 | $ZnCl_2$ 1.5 | DMF 1v | 130–135°C, 20h A1 72.6% API 16.6% Int. 3% | Stop stirring |

**4.1.4  Optimized process**

**(1)Equivalent of SM used in the process**

| Compound | Mw | Amount | Moles | Eq. | Source | Purity |
|---|---|---|---|---|---|---|

CONFIDENTIAL INFORMATION

**Shanghai SynCores Technologies, Inc.** (上海医药研究开发有限公司)

## Research and development report of Valsartan (SC-1141)

Process R&D Department

| SM1 | 406.52 | 26.0g | 0.064mol | 1.00 | Prepared in Huahai | ≥95.0% |
|---|---|---|---|---|---|---|
| NaN$_3$ | 65.01 | 12.4g | 0.191mol | 3.00 | domestic supplier | ≥95.0% |
| ZnCl$_2$ | 136.30 | 13.0g | 0.095mol | 1.50 | Prepared in Huahai | ≥95.0% |
| DMF | N/A | 39mL | N/A | 1.5v | domestic supplier | ≥95.0% |
| NaNO$_2$ | N/A | 13.0g | N/A | N/A | domestic supplier | ≥95.0% |
| MTBE | N/A | 65mL | N/A | N/A | domestic supplier | ≥95.0% |

### (2)Operation procedure

1. Add SM1 (toluene content less than 1.0%) 26 g to the 3 necked RBF, analyzed the water content
2. Add 39 mL DMF
3. Add 12.4 g NaN3
4. Add 13.0 g of ZnCl2
5. Heat the RBF to 130-135 °C
6. Stir for 20 hour while maintain the temperature between 130-135 °C
7. IPC1: SM1≤5.0%. If not, continue the sampling and testing every hour until the IPC limit is reached
8. Cool the reaction mixture to 20-30 C
9. Add 65mL MTBE
10. Add 9.0% NaNO$_2$ solution(13.0gNaNO$_2$ dissolved into 130mLH$_2$O)
11. Further cooled the reaction mixture to 0- 10 C
12. Slowly add 140 mL 3N HCl solution to adjust the pH to 1-2 (caution: heat and gas formation)
13. Stir the reaction mixture for 1 hour and maintain the temperature between 0-10 °C
14. IPC1 control, the KI testing strip does not turn to blue color
15. All the reaction mixture to settle for 10 min
16. Separated away the aqueous phase, wash the organic phase with 26 mL of saturated NaCl solution
17. Reserve the organic phase and continue for further process

15

Shanghai SynCores Technologies, Inc.
上海�… 药研发有限公司

**Research and development report of Valsartan**

Process R&D Department

**(SC-1141)**

## 4.2 Preparation of SC-1141-A (Valsartan)



SC-1141-A1
Exact Mass: 449.24

NaOH, 20-30°C
HCl/EA

SC-1141-A
Exact Mass: 435.23

EA

SC-1141
Exact Mass: 435.23

### 4.2.1    The issues of original process

The stereoisomer content of the original process reaction mixture was high, about 8.0-10.0%. Also, the usage of base KOH was about 8 equivalent. Also, it has the viscosity problem for the crystallization reaction mixture with EtOAc.

### 4.2.2    The improvement plan to address about issues

Screening different base, acid for hydrolysis, optimization of equivalent of reagent selected for the hydrolysis conditions, including the reactant equivalent, reaction temperature and final crystallization conditions. Furthermore, in consideration of minimization of the stereoisomer content and control the cost, the NaOH will be selected for the hydrolysis process

16

CONFIDENTIAL INFORMATION

PRINSTON00156798

上海畢晟醫藥科技有限公司
Shanghai SynCores Technologies, Inc.

Research and development report of Valsartan
(SC-1141)

Process R&D Department

Table 8 Optimize the hydrolysis conditions

| Date/book | Batch NO. | Materials | | | | IPC | Note |
|---|---|---|---|---|---|---|---|
| | | A1 g. | Cat. eq. | Sol. v. | | | |
| 2010/11/18 011 | SC-1141-GY-011-039 | 5.0 | LiOH 2.0 | Tol. 10v H₂O 10v | | 40- 45°C, 2h Stereoisomer: 4.8% Partial A1 was un-reacted | Stereoisomer: 2.9% |
| 2010/11/18 011 | SC-1141-GY-011-046 | 5.0 | LiOH 2.5 | Tol. 10v H₂O 10v | | 40- 45°C, 3h Stereoisomer: 6.8% | |
| 2010/11/19 011 | SC-1141-GY-011-045 | 5.0 | LiOH 3.0 | Tol. 10v H₂O 10v | | 40- 45°C, 3h Stereoisomer: 6.7% | |
| 2010/11/19 011 | SC-1141-GY-011-044 | 5.0 | LiOH 2.0 | Tol. 10v H₂O. 10v | | 20- 25°C, 18h Stereoisomer: 5.7% | Amount of stereoisomer was lower, lower temperature could help reduce the formation of Stereoisomer |
| 2010/11/23 011 | SC-1141-GY-011-048 | 5.0 | LiOH 2.0 | Tol. 10v H₂O 10v | | 0- 5°C, 60h Stereoisomer: 4.9% | Stereoisomer: 3.5% |

17

CONFIDENTIAL INFORMATION

上海晟致药物科技有限公司
Shanghai SynCores Technologies, Inc.

**Research and development report of Valsartan**
**(SC-1141)**

Process R&D Department

18

| Date | Batch | | Reagent | Solvent | Conditions / Results | Notes |
|---|---|---|---|---|---|---|
| 2010/11/22 011 | SC-1141-GY-011-047 | 5.0 | $K_2CO_3$ 2.5 | $H_2O$ 10v | 80- 85°C, 60h Stereoisomer: 12.6% | Stereoisomer: 3.54% Stereoisomer content increased |
| 2010/11/24 011 | SC-1141-GY-011-051 | 5.0 | $CaCl_2$ (10.0) NaOH (2.0) | IPA/$H_2O$(7:3) 10v | 20- 25°C, 48h Most of the material A1 was not hydrolyzed | |
| 2010/11/25 011 | SC-1141-GY-011-052 | 5.0 | HCl 8.0 | IPA/$H_2O$(5:1) 10v | 80- 85°C, 20h Most of the A1 was not hydrolyzed, an unknown impurity was formed | |
| 2010/11/25 011 | SC-1141-GY-011-053 | 5.0 | ZnS 2.5 | DMF/$H_2O$(10:1) 10 v | 130- 135°C, 20h Most of the A1 was not hydrolyzed, more impurities was found | |
| 2010/11/25 011 | SC-1141-GY-011-054 | 5.0 | $H2SO4$ 5.0 | DMF/$H_2O$(3:2) 10 v | 80- 85°C, 72h 95- 100°C | |
| 2010/11/30 011 | SC-1141-GY-011-057 | 2.0 | NaOH 2.0 | $H_2O$/Tol. | -10 to 0°C,72h A: 75.9%  A1: 20.7% | |
| 2010/11/30 011 | SC-1141-GY-011-058 | 3.0 | LiOH 3.0 | $H_2O$/Tol. | 0-5°C,72h A: 90.2% A1: 1.2% Stereoisomer: 4.0% | |

上海赛科睿医药科技有限公司
Shanghai SynCores Technologies, Inc.

**Research and development report of Valsartan (SC-1141)**

Process R&D Department

19

| Date/book | Batch NO. | A g. | Reagent | T°C | Sol. v. | Yield | Note |
|---|---|---|---|---|---|---|---|
| 2010/11/30 011 | SC-1141-GY-011-059 | 2.0 | LiOH 2.0 | | $H_2O$/THF | 20-25°C,60h A:71.2% A1:19.4% | |
| 2010/12/01 011 | SC-1141-GY-011-060 | 6.0 | 3N HCl 6.0 | | $H_2O$ | 80-85°C,4h A:58.5% A1:21.3% Amide hydrolyzed byproduct: 10.0% | |
| 2010/12/01 011 | SC-1141-GY-011-063 | 6.0 | 3N HCl 6.0 | | $H_2O$/dixane | 80-85°C,4h A:56.4% A1:30.5% Amide hydrolyzed byproduct: 4.9% | |
| 2010/12/01 011 | SC-1141-GY-011-062 | 6.0 | 3N HCl 6.0 | | $H_2O$/dixane | 60-65°C,20h A:54.6% A1:34.1% Amide hydrolyzed byproduct: 2.8% 60-65oC,48h A:70.6% A1:10.2% Amide hydrolyzed byproduct: 11.2% | |
| 2010/12/06 011 | SC-1141-GY-011-065 | 3.0 | LiOH 3.0 | | $H_2O$/Acetone | -10 to 0°C,24h A:82.6% A1:11.4% 72h A:96.8% A1:0.2% | |

Table 9 Optimization of crystallization process

上海赛柯瑞药研发有限公司
Shanghai SynCores Technologies, Inc.

Research and development report of Valsartan

(SC-1141)

Process R&D Department

20

| 2010/12/08 | SC-1141-A-415-04 1 | 5 | 5°C | 7V EA | Yield: 79.3% | Viscous but could be stirred |
| 415 | | | | | | |
| 2010/12/09 | SC-1141-A-415-04 2 | 5 | 5°C | 9V EA | Yield: 74.3% | Viscous but could be stirred |
| 415 | | | | | | |
| 2010/12/10 | SC-1141-A-415-04 3 | 5 | 10°C | 7V EA | Yield: 72.1% | Not viscous, stirred easily |
| 415 | | | | | | |
| 2010/12/10 | SC-1141-A-415-04 4 | 5 | -10°C | 7V EA | Yield: 80.6% | Viscous but could be stirred |
| 415 | | | | | | |
| 2010/12/10 | SC-1141-A-415-04 5 | 5 | -15°C | 7V EA | Yield: 82.7% | Viscous, difficult to stir |
| 415 | | | | | | |

## 4.2.3 Optimized process
### (1)Ratio of reagents used in the process

| Compound | Mw | Amount | Moles | Eq. | Source | Purity |
|---|---|---|---|---|---|---|
| A1 | 449.55 | 28.8g | 0.064mol | 1.00 | prepared in house | N/A |
| NaOH | 40.00 | 7.7g | 0.192mol | 3.00 | domestic supplier | ≥95.0% |
| 6N HCl | N/A | 40mL | N/A | N/A | prepared in house | ≥95.0% |
| EA | N/A | 580mL | N/A | N/A | domestic supplier | ≥95.0% |

Process R&D Department

上海鶴鲤药药研发有限公司
Shanghai SynCores Technologies, Inc.

**Research and development report of Valsartan**

**(SC-1141)**

| MTBE | N/A | 65mL | N/A | N/A | domestic supplier | ≥95.0% |
|---|---|---|---|---|---|---|
| Anhydrous MgSO4 | N/A | 13.0g | N/A | N/A | domestic supplier | ≥95.0% |

**(2)Process description**

| | |
|---|---|
| 1. | Add A1 organic phase to the 3 neck round bottom flask (RBF) |
| 2. | Add 4.6% aqueous NaOH (7.7 g of NaOH dissolved into 150 mL water) |
| 3. | Stir for 15 min, while maintain the temperature between 20-30 °C |
| 4. | Settle for 30 min. and maintain the temperature between 20-30 °C |
| 5. | Separate the aqueous phases and combine the rag layer to the aqueous phases |
| 6. | Add aqueous phase to the 3 neck RBF, |
| 7. | Add MTBE 65 mL to the RBF |
| 8. | Stir for 15 min. and maintain the temperature between 20-30 °C |
| 9. | All the reaction mixture to settle for 30 min. and maintain the temperature between 20-30 °C |
| 10. | Separate the aqueous phases and combine the rag layer to the organic phases |
| 11. | Wash the organic phase with 26 ml 4.6% NaOH solution. |
| 12. | Combine the aqueous phase, discard the organic phase |
| 13. | Add the aqueous phase to a clean 3 necked RBF |
| 14. | Stir for 24 hours and maintain the temperature between 20-25 °C |
| 15. | In process control, test the remaining A1 to A1≤0.5%(if not, continue the reaction extra hour and test the remaining A1, repeat the process until the A1≤0.5% |
| 16. | Slowly adding the 6N HCl 40 mL to the reaction and maintain the temperature between 20-25 °C |
| 17. | Add EA 160 mL to the reaction mixture |
| 18. | Stir for 15 min. and maintain the temperature between 20-30 °C |
| 19. | All the reaction mixture to settle for 30 min. and maintain the temperature between 20-30 °C |
| 20. | Separated out the aqueous phase, and washed the aqueous phase with 100 mL EA once |

21

CONFIDENTIAL INFORMATION

上海翊圃药物研发有限公司
Shanghai SynCores Technologies, Inc.

**Research and development report of Valsartan**

Process R&D Department

**(SC-1141)**

21. Combine the organic phase

22. Add anhydrous MgSO4 13.0 g to the organic phase

23. Stir for the 30 min maintain the temperature between 20-30 °C

24. Filter out the MgSO4

25. Rotovap the filtrate at 40-45 °C, vacuum at -0.098Mpa, Obtained the dried Valsartan 26.5 g, external assay, 85.0-90.0%, yield is about 80.0-85.0%

26. Re-crystallization of the dry Valsartan using 185 mL of EA at the following condition, dissolved at 40-48 °C, crystallize the -5 °C to 0 °C. Filtered out the solid

27. Dry the wet solid at (40-45 °C), obtained the crude valsartan 23.0 g, external standard assay showed 85.0-90.0%, Yield is about 70.0-75.0%

28. Re-crystallize the crude valsartan using 185 ML EA at the condition of (40-48 °C dissolve, -5 to 0 °C crystallization)

29. Dry the product Valsartan at (40-45 °C), obtained the product 17.9g, external assay show the content is 97.0- 100.0%, Yield 60.0-65.0%

## 5 Process verification with 3 lab batches to study the process stability

| Date/ book | Batch NO. | Materials | | | | | IPC | Note |
|---|---|---|---|---|---|---|---|---|
| | | SMI g. | NaN₃ eq. | ZnCl₂ eq. | DMF v. | | | |
| 2010/12/30 011 | SC-1141-GY-011-0 82 | 25.0 | 3.0 | 1.5 | 1.5 | | Yield for crude Valsatan: 62.5% Purity of the crude Valsartan 99.02% Final product purity: 99.73% | Stereoisomer in the crude: 1.27% Stereoisomer in the final product: 0.43% |
| 2010/12/31 011 | SC-1141-GY-011-0 84 | 25.0 | 3.0 | 1.5 | 1.5 | | Yield for crude Valsatan: 65.7% Purity of the crude valsartan: 99.02% Final product purity: 99.80% | Stereoisomer in the crude: 1.06% Stereoisomer in the final product: 0.31% |

22

CONFIDENTIAL INFORMATION

PRINSTON00156804

上海桑科医药科技有限公司
Shanghai SynCore Technologies, Inc.

**Research and development report of Valsartan**

**(SC-1141)**

Process R&D Department

| | | | | | | |
|---|---|---|---|---|---|---|
| 2010/12/31 011 | SC-1141-GY-011-0 88 | 25.0 | 3.0 | 1.5 | 1.5 | Yield for crude Valsatan: 64.9% Purity of the crude valsartan: 98.89% Final product purity: 99.73% | Stereoisomer in the crude: 2.36% Stereoisomer in the final product: 0.56% |

## 6  Future improvement

(1) The synthesis process of crude valsartan and the purification process including the solvent system need to be further optimized at the pilot scale.

Shanghai SynCore Technologies, Inc.

Jan. 20, 2011

23

PRINSTON00156805