# Exhibit J

| | |
|---|---|
| **From**: | Alpita Patel [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73635B496E83496798C53C74918EF684-ALPITAPATEL] |
| **Sent**: | 7/19/2018 8:25:28 PM |
| **To**: | Galindez, Danielle [DGalindez@amerisourcebergen.com] |
| **CC**: | Amit Modi [amitmodi@torrentpharma.us]; Kelly Gegenheimer [kellygegenheimer@torrentpharma.us] |
| **Subject**: | RE: Valsartan API Notification-UPDATE |

Hello,

Torrent would like to update you regarding the ongoing communications with FDA regarding our valsartan containing products. After providing additional information to the Agency, FDA agreed that we are free to resume distribution of our products. You may now release any product that had been quarantined at our request.

Thank you,
Alpita

---

**From:** Alpita Patel <alpitapatel@@torrentpharma.us>
**Sent:** Thursday, July 12, 2018 11:09 PM
**To:** Galindez, Danielle <DGalindez@amerisourcebergen.com>
**Cc:** Amit Modi <AmitModi@torrentpharma.us>; Kelly Gegenheimer <kellygegenheimer@torrentpharma.us>
**Subject:** Valsartan API Notification

Dear Value Customer,

As we are sure you are aware, there is currently an impurity issue with some lots of Valsartan API from the manufacturer Zhejiang Huahai. This manufacturer is one of several suppliers that Torrent uses for our Valsartan containing products. Zhejiang Huahai has notified us that the impurity issue is isolated to one route of synthesis, and they currently have 3 routes by which they manufacture Valsartan. There are no Torrent products in the US market that use the route of synthesis where this impurity issue has been identified. Today we have, however, been contacted by FDA and asked for additional data, which we are in the process of gathering. Until FDA has reviewed this data, they have asked Torrent to hold distribution of product in our warehouse made with the Zhejiang Huahai API and to notify our customers to do the same.

Just to emphasize, this is preventive action as advised by the FDA. The API in Torrent products was manufactured using the old process, which is the reason it is not affected by this issue.

Attached is the list of specific batches that we are asking you quarantine if they are currently in your possession. Please forward to appropriate personnel within your organization.

We expect to resolve this situation soon. I will make sure to keep you posted of all updates/changes.

Thank you for your support!

Alpita