# Exhibit K

# Document Produced in Native Format

CONFIDENTIAL

TORRENT-MDL2875-00100222



中国 浙江 临海市汛桥
XUNQIAO, LINHAI
ZHEJIANG 317024, CHINA.
Tel: +86(576)85010288
Fax:+86(576)85991062

Email:sales@huahaipharm.com
http://www.huahaipharm.com

# NOTIFICATION

August 3, 2018

Re: Valsartan API / NDMA

To whom it may concern,

Please note that based on our further assessment, the trace amount of NDMA is detected in Valsartan API manufactured with the Old Process using Triethylamine Hydrochloride (TEA) as reagent. Therefore, you are requested to put on hold the use of the API and take necessary actions about the formulation made with the API.

_____ (Jenson YE, Quality VP)

ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.