# Exhibit L

| | |
|---|---|
| **From**: | Chip McCorkle [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7E2D71D58B0C42FCA8CEC10D60FBFE73-CMCCORKLE] |
| **Sent**: | 8/17/2018 1:25:21 PM |
| **To**: | Kelly Gegenheimer [kellygegenheimer@torrentpharma.us] |
| **Subject**: | FW: Humana - Valsartan Containing Products Concern |
| **Importance**: | High |

Here are links to the article where Europe recalled the product

---

**From:** Daniel Brais <dbrais@humana.com>
**Sent:** Friday, July 6, 2018 10:08 AM
**To:** Chip McCorkle <cmccorkle@torrentpharma.us>
**Cc:** HUMANA PHARMACY GENERICS PSC <HPGX@HUMANA.COM>
**Subject:** Humana - Valsartan Containing Products Concern
**Importance:** High

Hi Chip,

Please see the attached news releases regarding the Europe recall of Valsartan containing products. Can you confirm whether you use these manufacturer/API sources for your Valsartan containing products distributed in the US? If so, can you please provide the NDC numbers for each of those products? Thank you.

https://www.cnbc.com/2018/07/05/reuters-america-update-1-europe-recalls-generic-heart-drug-made-in-china-on-cancer-fears.html

Zhejiang Huahai Pharmaceuticals

https://www.thetimes.co.uk/article/widely-taken-blood-pressure-drug-valsartan-recalled-m2cd37s9x

Dexcel and Accord

**Dan Brais**
*Director, Pharmaceutical Manufacturer Relations*
*Pharmacy Supply Chain / Humana Pharmacy*

**C** 602-790-6231
**F** 210-200-5346

dbrais@humana.com

Humana.com

The information transmitted is intended only for the person or entity to which it is addressed
and may contain CONFIDENTIAL material. If you receive this material/information in error,
please contact the sender and delete or destroy the material/information.

Humana Inc. and its subsidiaries comply with applicable Federal civil rights laws and
do not discriminate on the basis of race, color, national origin, age, disability or
sex. Humana Inc. and its subsidiaries do not exclude people or treat them differently
because of race, color, national origin, age, disability or sex.

English: ATTENTION: If you do not speak English, language assistance services, free
of charge, are available to you. Call 1-877-320-1235 (TTY: 711).

Español (Spanish): ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-877-320-1235 (TTY: 711).

繁體中文(Chinese)：注意：如果您使用繁體中文，您可以免費獲得語言援助服務。請致電 1-877-320-1235 (TTY: 711)。

Kreyòl Ayisyen (Haitian Creole): ATANSION: Si w pale Kreyòl Ayisyen, gen sèvis èd pou lang ki disponib gratis pou ou. Rele 1-877-320-1235 (TTY: 711).

Polski (Polish): UWAGA: Jeżeli mówisz po polsku, możesz skorzystać z bezpłatnej pomocy językowej. Zadzwoń pod numer 1-877-320-1235 (TTY: 711).

한국어 (Korean): 주의: 한국어를 사용하시는 경우, 언어 지원 서비스를 무료로 이용하실 수 있습니다. 1-877-320-1235 (TTY: 711)번으로 전화해 주십시오.

CONFIDENTIAL                                                                                                   TORRENT-MDL2875-00006127