**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN & IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875 Honorable Robert B. Kugler, District Court Judge |

**WAIVER OF SERVICE OF SUMMONS FOR**
**MASTER IRBESARTAN PERSONAL INJURY COMPLAINT**

To:     Marlene J. Goldenberg, Esq.
        Goldenberg Law
        *Attorneys for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the Complaint, two copies of this waiver of service form, and a prepaid means of returning one signed copy of the waiver form to you.

On behalf of Rite Aid Corporation, I waive service of the summons and Complaint in this case.

In waiving service of process, Rite Aid Corporation preserves all of its defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the action.

I also understand that the Court has stayed the deadline to serve an answer or a motion under Rule 12 to this Complaint.

DATE:     March 4, 2021
PARTY:   RITE AID CORPORATION

*/s/ Sarah E. Johnston*
Sarah E. Johnston
Kara Kapke
Kristen L. Richer
BARNES & THORNBURG LLP
2029 Century Park East
Suite 300
Los Angeles, CA 90067
(310) 284-3798
*Counsel for Rite Aid Corporation*