**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875 |
| | HON. ROBERT B. KUGLER |
| THIS DOCUMENT RELATES TO: *Bonmon v. Aurobindo Pharma Ltd., et al.,* Case No. 1:20-cv-09207-RBK-JS | |

### NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF YOLANDA BONMON

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order #20, filed November 17, 2020 - Document 632), Defendants Teva Pharmaceuticals USA, Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc. will take the deposition upon oral examination of Yolanda Bonmon, on **March 25, 2021 at 9:00 a.m. EST,** and continuing until completion, via remote deposition while the witness is at her home or office or other location agreed to by the parties. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

1

        Alexandra Bach Lagos
        Greenberg Traurig LLP
        333 SE 2nd Avenue
        Miami, Florida 33133
        (305) 579- 0813
        lagosa@gtlaw.com

Date: March 5, 2021        Respectfully submitted,

        *s/ Lori G. Cohen*
        Lori G. Cohen, *Lead Counsel*
        Terminus 200
        3333 Piedmont Rd., NE,
        Suite 2500
        Atlanta, Georgia 30305
        Tel: (678) 553-2385
        Fax: (678) 553-2386
        cohenl@gtlaw.com

        *Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2021, I caused a true and correct copy of the foregoing Notice of Videotaped Deposition of Plaintiff Yolanda Bonmon to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was originally served on the following Plaintiff's counsel by e-mail, with copies by e-mail to Counsel for Defendants, on March 5, 2021:

George T Williamson, Esq. (counsel for Plaintiff Yolanda Bonmon)
Adam Slater, Esq. (via email, for distribution to Plaintiffs' Counsel)
Daniel A. Nigh, Esq. (via email)
Ruben Honik, Esq. (via email)
David Stanoch, Esq. (via email)
Conlee Whiteley, Esq. (via email)
Jessica Priselac, Esq. (via email, for distribution to Defendants' Counsel)
Seth A. Goldberg, Esq. (via email)
Clem C. Trischler, Esq. (via email)
Sarah E. Johnston, Esq. (via email)

This 5th day of March, 2021.

                                    /s/ Lori G. Cohen
                                    Lori G. Cohen, *Lead Counsel*
                                    Terminus 200
                                    3333 Piedmont Rd., NE,
                                    Suite 2500
                                    Atlanta, Georgia 30305
                                    Tel: (678) 553-2385
                                    Fax: (678) 553-2386
                                    cohenl@gtlaw.com

                                    *Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

ACTIVE 55350822v2