UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN<br>N- NITROSODIMETHYLAMINE<br>(NDMA) PRODUCTS LIABILITY<br>LITIGATION<br><br>This Document Applies to All Cases Listed In Exhibit A | MDL 2875<br><br>JUDGE ROBERT B. KUGLER<br><br>MAG. JUDGE JOEL SCHNEIDER<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

The undersigned hereby notifies the court that all plaintiffs in the actions listed on Exhibit A have retained The Carlson Law Firm, which will substitute for Kirtland & Packard, LLP as counsel of record in those actions. Ruth Rizkalla hereby enters her appearance as counsel on behalf of plaintiffs in the actions listed in Exhibit A.

Dated:   March 5, 2021                                             Respectfully submitted,

<u>/s/Ruth Rizkalla</u>                                                          <u>/s/ Ruth Rizkalla</u>
Ruth Rizkalla, Esq.                                                    Ruth Rizkalla, Esq.
Kirtland & Packard, LLP                                          The Carlson Law Firm
1638 S. Pacific Coast Highway                               100 East Central Texas Expressway
Redondo Beach, CA 90277                                    Killeen, TX 76541
P: 310-536-1000                                                     P: 254-526-5688
F: 310-536-1001                                                     F: 254-526-2325

EXHIBIT A

| PLAINTIFF | DEFENDANT | DOCKET NUMBER |
|---|---|---|
| William Garewal | Zhejian Huahai Pharmaceutical Co. Ltd, et. al | 1:20-cv-08421 |
| Karen Meade | Zhejian Huahai Pharmaceutical Co. Ltd, et. al | 1:19-cv-15351 |
| Bruce Miner | Zhejian Huahai Pharmaceutical Co. Ltd, et. al | 1:20-cv-08530 |
| Frank Trimboli | Zhejian Huahai Pharmaceutical Co. Ltd, et. al | 1:20-cv-01601 |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served by way of the Court's electronic filing system on all registered counsel of record this 5th day of March, 2021:

/s/ Ruth Rizkalla
Ruth Rizkalla