**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875 <br><br> HON. ROBERT B. KUGLER |

THIS DOCUMENT RELATES TO:
*Richard O'Neill v, Prinston Pharmaceutical, Inc., et al.*,
Case No.: 1:18-cv-14840

## AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF

## PLAINTIFF RICHARD O'NEILL

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendants Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC will take the deposition upon oral examination of Richard O'Neill on April 20, 2021 at 9:00 a.m. CST at 3828 W 58th Street, Fairway, KS 66205. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

      Ethan R. Feldman
      CIPRIANI & WERNER, P.C.
      450 Sentry Parkway East
      Suite 200
      Blue Bell, PA 19422
      (610) 567-0700
      efeldman@c-wlaw.com

Date: March 8, 2021      Respectfully submitted,

          s/ *Ethan Feldman*
          Ethan R. Feldman
          CIPRIANI & WERNER, P.C.
          450 Sentry Parkway East
          Suite 200
          Blue Bell, PA 19422
          (610) 567-0700
          efeldman@c-wlaw.com

          *Attorney for Defendants*
          *Aurobindo Pharma USA, Inc.,*
          *Aurobindo Pharma Ltd., and*
          *Aurolife Pharma LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March, 2021, a true and correct copy of the Notice of Videotaped Deposition of Plaintiff Richard O'Neill was served upon the following by e-mail, with copies to Counsel for Plaintiffs and all counsel of record by e-mail:

Stefanie Lynn Colella-Walsh
Stark & Stark
993 Lenox Drive, Bldg 2
Lawrenceville, NJ  08648
(609) 896-9060
Scolella-walsh@stark-stark.com

Conlee S. Whiteley
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA  70130
(504) 524-5777
c.whiteley@kanner-law.com

George A. Barton
Stacy Burrows
Sharp Barton, LLP
7227 Metcalf Ave., 301
Overland Park, KS  66204
(913) 563-6225
gab@georgebartonlaw.com
stacy@georgebartonlaw.com

                                                                         s/ *Ethan Feldman*
                                                                         Ethan R. Feldman