# UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

RONALD J. HULL, ET AL.,

    Plaintiff(s),

vs.

ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., ET AL.,

    Defendant(s).

Civil Action No.: 1:21-cv-02259-RBK-KMW
Filed Date: 02/10/2021

**AFFIDAVIT OF SERVICE**

STATE OF ARIZONA
COUNTY OF __Maricopa__ SS.:

__Keith E Blanchard__, the undersigned, being duly sworn, deposes and says that I was at the time of attempting service over the age of eighteen and not a party to this action. I reside in the State of Arizona.

On __2/16/2021__ at __1:14 PM__ AM / PM, I served the within SUMMONS IN A CIVIL CASE, RETURN OF SERVICE, SHORT FORM COMPLAINT, CIVIL COVER SHEET AND INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44 on PRIME THERAPEUTICS SPECIALTY PHARMACY LLC DBA ALLIANCERX WALGREENS PRIME #16567 B/S/U CORPORATION SERVICE COMPANY AS REGISTERED AGENT, Defendant.

Said service was effected at 8825 North 23rd Avenue, Suite 100, Phoenix, AZ 85021 in the following manner:

[X] **Registered Agent:** By leaving a true copy of the above stated documents with __Brooklyn Vandeventer  OIBIO__, the registered agent of PRIME THERAPEUTICS SPECIALTY PHARMACY LLC DBA ALLIANCE RX WALGREENS PRIME #16567 B/S/U CORPORATION SERVICE COMPANY AS REGISTERED AGENT.

[ ] **Officer/Agent:** By leaving a true copy of the above stated documents with:
(name)_____
(title)_____, who is a corporate officer or manager of PRIME THERAPEUTICS SPECIALTY PHARMACY LLC DBA ALLIANCE RX WALGREENS PRIME #16567 B/S/U CORPORATION SERVICE COMPANY AS REGISTERED AGENT.

[ ] **Other:** By leaving a true copy of the above stated documents with:
(name)_____
(title)_____

Description of person process was left with:

Sex: __F__   Skin Color / Race: __White__   Hair Color: __Blonde__   Approx. Age: __25__   Height: __5'3"__
Weight: __150__

Signed and sworn to before me on this ___ day of
__March__, 20__21__.

_____
NOTARY PUBLIC

X _____
Keith E Blanchard
(Print Name)
Lightning Legal Services, LLC
P. O. Box 9132
Albany, NY 12209
518.463.1049
ClienRef#:

*150181*



OFFICIAL SEAL
ANDREA LYNN PARKER
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires July 26, 2021