# UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

RONALD J. HULL, ET AL.,

        Plaintiff(s),

vs.

ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., ET AL.,

        Defendant(s).

Civil Action No.: 1:21-cv-02259-RBK-KMW
Filed Date: 02/10/2021

**AFFIDAVIT OF SERVICE**

STATE OF ARIZONA
COUNTY OF _____Maricopa_____ SS.:

_____Keith E Blanchard_____, the undersigned, being duly sworn, deposes and says that I was at the time of attempting service over the age of eighteen and not a party to this action. I reside in the State of Arizona.

On __2/16/2021__ at __1:14 PM__ AM / PM, I served the within SUMMONS IN A CIVIL CASE, RETURN OF SERVICE, SHORT FORM COMPLAINT, CIVIL COVER SHEET AND INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44 on WALGREENS MAIL SERVICE LLC DBA ALLIANCERX WALGREENS PRIME #03397 B/S/U CORPORATION SERVICE COMPANY AS REGISTERED AGENT, Defendant.

Said service was effected at 8825 North 23rd Avenue, Suite 100, Phoenix, AZ 85021 in the following manner:

[X] **Registered Agent:** By leaving a true copy of the above stated documents with _____Brooklyn Vandeventer   O|B|O_____, the registered agent of WALGREENS MAIL SERVICE LLC DBA ALLIANCERX WALGREENS PRIME #03397 B/S/U CORPORATION SERVICE COMPANY AS REGISTERED AGENT.

[ ] **Officer/Agent:** By leaving a true copy of the above stated documents with:
(name)_____
(title)_____, who is a corporate officer or manager of WALGREENS MAIL SERVICE LLC DBA ALLIANCERX WALGREENS PRIME #03397 B/S/U CORPORATION SERVICE COMPANY AS REGISTERED AGENT.

[ ] **Other:** By leaving a true copy of the above stated documents with:
(name)_____
(title)_____

Description of person process was left with:

Sex: F   Skin Color / Race: White   Hair Color: Blonde   Approx. Age: 25   Height: 5'3"
Weight: 150

Signed and sworn to before me on this 2nd day of March, 2021.

_____
NOTARY PUBLIC

X _____
Keith E Blanchard
(Print Name)
Lightning Legal Services, LLC
P. O. Box 9132
Albany, NY 12209
518.463.1049
ClientRef#:

OFFICIAL SEAL
ANDREA LYNN PARKER
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires July 28, 2021

*158182*