UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | : <br> : <br> : Hon. Robert B. Kugler <br> : <br> : Civil No. 1:19-md-2875-RBK-JS |
| This Document Relates to: <br><br> *All Actions* | : <br> : <br> : <br> : |

**CORPORATE DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Prime Therapeutics, LLC ("Prime"), by and through the undersigned attorneys, hereby makes the following disclosure:

Prime certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

/s/ *Anna María Tejada*
Anna María Tejada, Esq.
Saul Ewing Arnstein & Lehr LLP
1037 Raymond Blvd.
Suite 1520
Newark, New Jersey 07102
Phone: (973) 286-6727
Email: annamaria.tejada@saul.com

Attorney for Prime Therapeutics LLC

## **CERTIFICATE OF SERVICE**

I certify that on March 8, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court and forwarded electronically to all counsel of record *via* the CM/ECF system.

                                          */s/ Anna María Tejada*
                                          Anna María Tejada, Esq.