# EXHIBIT B

**Bonner, Kelly**

---

| | |
|---|---|
| **From:** | Adam Slater <ASlater@mazieslater.com> |
| **Sent:** | Monday, November 23, 2020 12:45 PM |
| **To:** | Priselac, Jessica; Christopher Geddis; Goldberg, Seth A.; Ferretti, Joseph S. |
| **Cc:** | Cheryll Calderon; Schwartz, Barbara; Hill, Coleen W.; Conlee Whiteley; 'dnigh@levinlaw.com'; Honik, Ruben |
| **Subject:** | Re: In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, No. 1:19-md-02875 |

Thank you Jessica. We will do so and then you will have the defined period under the PO to move to confirm confidentiality or they will be de-designated by operation of the PO. We look forward to your explanation for why these documents deserve to be maintained as confidential.

Adam Slater

---

**From:** Priselac, Jessica
**Sent:** Monday, November 23, 2020 12:41 PM
**To:** Christopher Geddis ; Goldberg, Seth A. ; Ferretti, Joseph S.
**Cc:** Adam Slater ; Cheryll Calderon ; Schwartz, Barbara ; Hill, Coleen W.
**Subject:** RE: In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, No. 1:19-md-02875

Counsel:

We do not agree to your filing these documents on ECF. You have not followed the Protective Order with regard to challenging their confidentiality, nor have you provided us with sufficient time to evaluate your request. Also, as ZHP's products were recalled more than two years ago, there is no public safety concern. You may email these documents to Judge Schneider, in connection with filing your submission.

Best regards,

**Jessica Priselac**
Attorney at Law

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
**P:** +1 215 979 1159
**F:** +1 215 827 5486
**C**: +1 650 224 9097

JPriselac@duanemorris.com
www.duanemorris.com

---

**From:** Christopher Geddis
**Sent:** Monday, November 23, 2020 10:24 AM

1

**To:** Priselac, Jessica ; Goldberg, Seth A. ; Ferretti, Joseph S.
**Cc:** Adam Slater ; Cheryll Calderon
**Subject:** In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, No. 1:19-md-02875

Counsel,

We will be using the following documents as exhibits to the agenda letter regarding the November 24, 2020 Case Management Conference.

(1) ZHP00305868 – Audit observations regarding deviations involving both USP and Ch. P valsartan.
(2) ZHP00385769 – Deviation Investigation Report stating, among other things, that ZHP told foreign regulatory agencies different things at different times.
(3) ZHP00479762 – Communications between ZHP and Glenmark Pharmaceuticals Limited regarding unknown peaks in ZHP's valsartan.
(4) ZHP00493010 – Communications between ZHP and Vertex regarding unknown peaks in ZHP's valsartan.
(5) ZHP00423144 – Email between ZHP and Ranbaxy regarding ZHP's failure to monitor genotoxic impurities and the manufacturing of CEP and USP valsartan.

There is nothing about the documents that justifies treatment as confidential under the protective order, especially in light of the public health interests involved.  Does ZHP consent to Plaintiffs filing these documents as attachments to its letter? Please let us know by noon in order to avoid burdening us or the Court.

Best.
Chris

Christopher J. Geddis
Associate Attorney
**Mazie Slater Katz & Freeman, LLC**
103 Eisenhower Parkway
Roseland, New Jersey  07068
(973) 228-9898
cgeddis@mazieslater.com
www.mazieslater.com



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Mazie Slater Katz & Freeman, LLC (Tel: 973-228-9898) immediately and delete this message, along with any attachments, from your computer. Thank you.

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you

have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.