# EXHIBIT E

**Bonner, Kelly**

| | |
|---|---|
| **From:** | Cheryll Calderon <ccalderon@mazieslater.com> |
| **Sent:** | Tuesday, February 2, 2021 12:36 PM |
| **To:** | Bonner, Kelly |
| **Cc:** | Hansen, Forrest; Hill, Coleen W.; Priselac, Jessica |
| **Subject:** | RE: Valsartan - Confidentiality Meet and Confer |

Hi Kelly,

I spoke with Adam and he doesn't want to push the deadlines back any further. At this point, you should just file your motion to seal for the documents that were challenged prior to yesterday's filing and we can set a meet & confer schedule for next batch of documents.

Thanks,
Cheryll


Cheryll A. Calderon, Esq.
**Mazie Slater Katz & Freeman, LLC**
103 Eisenhower Parkway
Roseland, NJ 07068

(973) 228 - 0423 (direct)
(973) 228 - 9898 (main office)
(973) 228 - 0303 (fax)

ccalderon@mazieslater.com

www.mazieslater.com



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Mazie Slater Katz & Freeman, LLC (Tel: 973.228-9898) immediately and delete this message, along with any attachments, from your computer. Thank you.

---

**From:** Bonner, Kelly
**Sent:** Tuesday, February 2, 2021 11:18 AM
**To:** Cheryll Calderon
**Cc:** Hansen, Forrest ; Hill, Coleen W. ; Priselac, Jessica
**Subject:** RE: Valsartan - Confidentiality Meet and Confer

1

Hi Cheryll,

Thanks for taking the time to speak with me this morning.  Just following up on our conversation, you'll talk to Adam/Chris about an extension so that if necessary, we'll only have to file one omnibus sealing motion and avoid duplicative motion practice.  Happy to discuss proposed dates with you.

Let's try to touch base on a game plan at the end of the day/sometime before 9pm tonight.

Also, are you good with a meet and confer tomorrow re: the proposed categories?  If so, let us know a time that works for you.

Thanks,
Kelly


**Kelly A. Bonner**
Associate

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
**P:** +1 215 979 1158
**F:** +1 215 689 4916
**C**: +1 973 713 2029

KABonner@duanemorris.com
www.duanemorris.com

**From:** Bonner, Kelly
**Sent:** Monday, February 1, 2021 8:03 PM
**To:** 'ccalderon@mazieslater.com' <ccalderon@mazieslater.com>
**Cc:** Hansen, Forrest <FRHansen@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>
**Subject:** RE: Valsartan - Confidentiality Meet and Confer
**Importance:** High

Hi Cheryll,

We submitted our proposed categories to our client for review last week, but we haven't heard back yet signing off.  Can we propose to meet and confer on Wednesday to discuss?  We'll follow up with our client before then.

Additionally, in light of Plaintiffs' email today proposing to challenge the confidentiality designations and file an additional 43 confidential documents as exhibits to their opposition to ZHP's motion for a protective order, we will need to extend the deadline to move to seal past February 5 if we want to handle these all in one motion—which would make the most sense given the overlapping documents at issue and to avoid duplicative motions, as well as L.Civ.R. 5.3.

Are you available for a call tomorrow morning to discuss an extension past 2/5 for handling this in one motion?  My cell phone number is (973) 713-2029.

Thanks,
Kelly

2

**Kelly A. Bonner**
Associate

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
**P:** +1 215 979 1158
**F:** +1 215 689 4916
**C**: +1 973 713 2029

KABonner@duanemorris.com
www.duanemorris.com

---

**From:** Hill, Coleen W.
**Sent:** Monday, January 25, 2021 7:02 PM
**To:** 'Cheryll Calderon' <ccalderon@mazieslater.com>
**Cc:** Hansen, Forrest <FRHansen@duanemorris.com>
**Subject:** Valsartan - Confidentiality Meet and Confer

Hi Cheryll,

Thank you for speaking to us today.  Confirming our discussion, we plan to meet and confer with you this Wednesday regarding your proposed specific categories that may remain confidential, and then we intend to provide you proposed categories for confidentiality by this Friday or Monday.  In the meantime, we will also analyze the public health exception factors in the *Avandia* matter that we discussed today.  The ZHP Parties' deadline to file a motion to seal and/or send any letters to the Court has been extended to Friday, February 5.

Kind regards,
Coleen



www.duanemorris.com
**Coleen W. Hill***
Associate

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

**P:** +1 215 979 1164
**F:** +1 215 827 5808
**C**: +1 314 749 4461

* *Not yet admitted to practice in Pennsylvania.  Only admitted to practice in Delaware.*

E-MAIL | BIO | VCARD

For more information about Duane Morris, please visit http://www.DuaneMorris.com

3

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.