IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____

In re:  Valsartan, Losartan & Irbesartan
Products Liability Litigation

_____

MDL No. 2875

Honorable Robert B. Kugler,
District Court Judge

## WAIVER OF SERVICE OF SUMMONS FOR FIRST AMENDED CONSOLIDATED IRBESARTAN ECONOMIC LOSS CLASS ACTION COMPLAINT

TO:   Marlene J. Goldenberg, Esq.
      Goldenberg Law
      *Attorneys for Plaintiffs*

I have received your request to waive service of a Summons in this action, along with a copy of the Complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

On behalf of Aurobindo Pharma Ltd., I agree to save the expense of serving a Summons and Complaint in this case.

I understand that Aurobindo Pharma Ltd., will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but that it waives any objections to the absence of a Summons or of service.

I also understand that the Court has stayed the deadline to serve an Answer or a Motion under Rule 12.

| DATE: March 8, 2021<br>PARTIES:  Aurobindo Pharma Ltd. | CIPRIANI & WERNER, P.C.<br><br>*(signature)*<br>_____<br>Jessica M. Heinz, Esq.<br>450 Sentry Parkway, Suite 200<br>Blue Bell, PA  19422<br>Telephone:  (610) 567-0700<br>Fax:  (610) 567-0712<br>Attorney for Defendants<br>*Aurobindo Pharma USA, Inc., Aurobindo Pharma Ltd. and Aurolife Pharma LLC* |
|---|---|