UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: Valsartan, Losartan & Irbesartan Products Liability Litigation | : <br> : MDL No. 2875 <br> : <br> : |

## WAIVER OF SERVICE OF SUMMONS FOR MASTER IRBESARTAN PERSONAL INJURY COMPLAINT

To: Marlene J. Goldenberg, Esq.
Goldenberg Law

*Attorneys for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

On behalf of OptumRx, I agree to save the expense of serving a summons and complaint in this case.

I understand that OptumRx will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that it waives any objections to the absence of a summons or of service.

I also understand that the court has stayed the deadline serve an answer or a motion under Rule 12.

DATE: March 5, 2021
PARTY: OptumRx

/s/ Shevon D.B. Rockett
Shevon D.B. Rockett
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
P: 212.415.9357
F: 212.937.3497
Rockett.Shevon@Dorsey.com

*Attorney for OptumRx*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: Valsartan, Losartan & Irbesartan Products Liability Litigation | :<br>:   MDL No. 2875<br>:<br>: |

**<u>WAIVER OF SERVICE OF SUMMONS FOR FIRST
AMENDED CONSOLIDATED MASTER IRBESARTAN
ECONOMIC LOSS CLASS ACTION COMPLAINT</u>**

To:   Marlene J. Goldenberg, Esq.
      Goldenberg Law

   *Attorneys for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

On behalf of OptumRx, I agree to save the expense of serving a summons and complaint in this case.

I understand that OptumRx will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that it waives any objections to the absence of a summons or of service.

I also understand that the court has stayed the deadline serve an answer or a motion under Rule 12.

DATE:   March 5, 2021
PARTY:  OptumRx

                            */s/ Shevon D.B. Rockett*
                            Shevon D.B. Rockett
                            DORSEY & WHITNEY LLP
                            51 West 52nd Street
                            New York, NY 10019-6119
                            P: 212.415.9357
                            F: 212.937.3497
                            Rockett.Shevon@Dorsey.com

                            *Attorney for OptumRx*