UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: Valsartan, Losartan & Irbesartan Products Liability Litigation | :<br>:   MDL No. 2875<br>:<br>: |

## WAIVER OF SERVICE OF SUMMONS FOR MASTER LOSARTAN MEDICAL MONITORING CLASS ACTION COMPLAINT

To:     Marlene J. Goldenberg, Esq.
        Goldenberg Law

*Attorneys for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

On behalf of OptumRx, I agree to save the expense of serving a summons and complaint in this case.

I understand that OptumRx will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that it waives any objections to the absence of a summons or of service.

I also understand that the court has stayed the deadline serve an answer or a motion under Rule 12.

DATE:   March 5, 2021
PARTY:  OptumRx

            */s/ Shevon D.B. Rockett*
            Shevon D.B. Rockett
            DORSEY & WHITNEY LLP
            51 West 52nd Street
            New York, NY 10019-6119
            P: 212.415.9357
            F: 212.937.3497
            Rockett.Shevon@Dorsey.com

            *Attorney for OptumRx*

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: Valsartan, Losartan & Irbesartan Products Liability Litigation | :<br>:   MDL No. 2875<br>:<br>: |

**WAIVER OF SERVICE OF SUMMONS FOR
MASTER LOSARTAN PERSONAL INJURY COMPLAINT**

To:  Marlene J. Goldenberg, Esq.
     Goldenberg Law

*Attorneys for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

On behalf of OptumRx, I agree to save the expense of serving a summons and complaint in this case.

I understand that OptumRx will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that it waives any objections to the absence of a summons or of service.

I also understand that the court has stayed the deadline serve an answer or a motion under Rule 12.

DATE:   March 5, 2021
PARTY:  OptumRx

*/s/ Shevon D.B. Rockett*
Shevon D.B. Rockett
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
P: 212.415.9357
F: 212.937.3497
Rockett.Shevon@Dorsey.com

*Attorney for OptumRx*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

In re: Valsartan, Losartan & Irbesartan Products Liability Litigation

MDL No. 2875

## WAIVER OF SERVICE OF SUMMONS FOR FIRST AMENDED CONSOLIDATED MASTER LOSARTAN ECONOMIC LOSS CLASS ACTION COMPLAINT

To: Marlene J. Goldenberg, Esq.
Goldenberg Law

*Attorneys for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

On behalf of OptumRx, I agree to save the expense of serving a summons and complaint in this case.

I understand that OptumRx will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that it waives any objections to the absence of a summons or of service.

I also understand that the court has stayed the deadline serve an answer or a motion under Rule 12.

DATE: March 5, 2021
PARTY: OptumRx

*/s/ Shevon D.B. Rockett*
Shevon D.B. Rockett
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
P: 212.415.9357
F: 212.937.3497
Rockett.Shevon@Dorsey.com

*Attorney for OptumRx*