## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2021, I electronically filed the foregoing Notice of Appearance of Kelly Bonner with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*s/ Kelly Bonner*
Kelly Bonner