# Exhibit B

```
                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY


═══════════════════════════════
                                    CIVIL ACTION NUMBER:
IN RE:  VALSARTAN PRODUCTS
LIABILITY LITIGATION                1:19-md-02875-RBK-JS

_____     STATUS CONFERENCE

                                    Pages 1 - 80
        Mitchell H. Cohen Building & U.S. Courthouse
        4th & Cooper Streets
        Camden, New Jersey  08101
        Wednesday, July 24, 2019
        Commencing at 10:09 a.m.

B E F O R E:            THE HONORABLE JOEL SCHNEIDER,
                        UNITED STATES MAGISTRATE JUDGE

A P P E A R A N C E S:

        LEVIN PAPANTONIO
        BY:  DANIEL A. NIGH, ESQUIRE
        316 S. Baylen, Suite 600
        Pennsacola, Florida 32502
        For the Plaintiff

        KANNER & WHITELEY LLC
        BY:  CONLEE S. WHITELEY, ESQUIRE
        701 Camp Street
        New Orleans, Louisiana 70130
        For the Plaintiff

        MAZIE SLATER KATZ & FREEMAN
        BY:  ADAM SLATER, ESQUIRE
        103 Eisenhower Parkway
        Roseland, NJ 07054
        For the Plaintiff



            Karen Friedlander, Official Court Reporter
                  friedlanderreporter@gmail.com
                       (856) 756-0160

        Proceedings recorded by mechanical stenography;
     transcript produced by computer-aided transcription.
```

*United States District Court*
*Camden, New Jersey*

```
 1   APPEARANCES: - CONTINUED
 2
         FARR LAW FIRM
 3       BY:  GEORGE T. WILLIAMSON, ESQUIRE
         99 Nesbit Street
 4       Punta Gorda, Florida 33950
         For the Plaintiff
 5
         KIRTLAND & PACKARD LLP
 6       BY:  BEHRAM PAREKH, ESQUIRE
         1638 South Pacific Coast Highway
 7       Redondo Beach, California 90277
         For the Plaintiff
 8
         DUANE MORRIS LLP
 9       BY:  SETH A. GOLDBERG, ESQUIRE
         30 S. 17th Street
10       Philadelphia, Pennsylvania 19103
         For the Defendant ZHP and the Joint Defense Group
11
         GREENBERG TRAURIG LLP
12       BY:  LORI G. COHEN, ESQUIRE
              VICTORIA DAVIS LOCKARD, ESQUIRE
13       3333 Piedmont Road, NE, Suite 2500
         Atlanta, Georgia 30327
14       For the Defendant Teva and the Joint Defense Group

15       PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP
         BY:  JASON M. REEFER, ESQUIRE
16       One Oxford Centre, 38th Floor
         Pittsburgh, Pennsylvania 15219
17       For the Defendant Mylan and the Joint Defense Group

18       GOLDENBERG LAW PLLC
         BY:  MARLENE J. GOLDENBERG, ESQUIRE
19       800 Lasalle Avenue
         Suite 2150
20       Minneapolis, Minnesota 55402
         For the Defendant
21
     ALSO PRESENT:
22
         THE ORLANDO FIRM, PC.
23       BY:  ROGER W. ORLANDO, ESQUIRE
         Decatur Court, Suite 400
24       315 West Ponce De Leon Avenue
         Decatur, Georgia 30030
25
```

```
 1  should be ready to be entered as soon as you guys get it.
 2          THE COURT:  Okay, great.  Thank you.
 3          MS. GOLDENBERG:  Sorry, Marlene Goldenberg.
 4          THE COURT:  Okay.  Great.  Are you going to send it
 5  with an order -- just what we did in Benicar, just enter it
 6  and say this is the Court-approved short form complaint, or
 7  was there an order with it?  I don't remember.
 8          MR. SLATER:  There had to have been more with it.
 9          MR. PAREKH:  Your Honor, the service order
10  contemplates the short form complaint, so I think just a
11  simple paragraph in saying, this is the short form complaint
12  contemplated by the service order would work.
13          THE COURT:  All right.  And I'll double-check, I'll
14  double-check what we did in Benicar and just do the same
15  order.
16          MR. PAREKH:  Thank you.
17          And Baren Parekh, sorry.
18          THE COURT:  All right, let's go down the agenda and
19  the first item on the agenda is plaintiff's fact sheet.  I
20  briefly looked at it.  It's certainly fulsome, to say the
21  least, and I have with me, you know, the form that we used in
22  Benicar, where it seemed to work well.
23          So let's talk about the issues.  I guess one of the
24  thoughts that occurred to me is, you know, if this was an
25  individual case, you'd get 25 Interrogatories and, like I
```