# Exhibit C

| | |
|---|---|
| **From:** | Daniel Nigh |
| **To:** | lockardv@gtlaw.com; d.stanoch@kanner-law.com; ASlater@mazieslater.com; valpec@kirtlandpackard.com; c.whiteley@kanner-law.com |
| **Cc:** | CohenL@gtlaw.com; rubensteinb@gtlaw.com; harkinss@gtlaw.com; SAGoldberg@duanemorris.com; JPriselac@duanemorris.com; CCT@Pietragallo.com; Sarah.Johnston@btlaw.com |
| **Subject:** | [EXT]RE: Valsartan PI Bellwether Proposal |
| **Date:** | Tuesday, January 12, 2021 2:51:19 PM |
| **Attachments:** | image007.png |

We agree with that proposal. Would you all like to have an Order entered that establishes this PI Bellwether proposal that we've agreed to via emails?

Best regards,

Daniel


**Daniel Nigh**
*Shareholder*
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7013 (office)
850.436.6013 (fax)
dnigh@levinlaw.com



THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THEN DELETE IT. THANK YOU.


**From:** lockardv@gtlaw.com <lockardv@gtlaw.com>
**Sent:** Tuesday, January 12, 2021 8:29 AM
**To:** Daniel Nigh <dnigh@levinlaw.com>; d.stanoch@kanner-law.com; ASlater@mazieslater.com; valpec@kirtlandpackard.com; c.whiteley@kanner-law.com
**Cc:** CohenL@gtlaw.com; rubensteinb@gtlaw.com; harkinss@gtlaw.com; SAGoldberg@duanemorris.com; JPriselac@duanemorris.com; CCT@Pietragallo.com; Sarah.Johnston@btlaw.com
**Subject:** RE: Valsartan PI Bellwether Proposal

Hi Daniel,

We are on track for this proposal and in agreement with the redline suggestions, however, ideally

we would like to ensure that we have at least 28 bellwethers. So if we have one or two overlaps, then no more picks. But if we have three or more overlaps, then each side gets an additional pick (or more to bring us up to 28). I think it is probably unlikely we will have more than one or two, but could happen.

**Victoria Davis Lockard**
Shareholder
Vice-Chair, Pharmaceutical, Medical Device & Health Care Litigation
Products Liability & Mass Torts
Greenberg Traurig, LLP | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
Tel 678.553.2103 | Fax 678-553-2104
lockardv@gtlaw.com | www.gtlaw.com



**From:** Daniel Nigh <dnigh@levinlaw.com>
**Sent:** Monday, January 11, 2021 3:28 PM
**To:** Lockard, Victoria D. (Shld-Atl-LT) <lockardv@gtlaw.com>; d.stanoch@kanner-law.com; ASlater@mazieslater.com; valpec@kirtlandpackard.com; c.whiteley@kanner-law.com
**Cc:** Cohen, Lori (Shld-Atl-LT) <CohenL@gtlaw.com>; Rubenstein, Brian (Shld-PHIL-LT) <rubensteinb@gtlaw.com>; Harkins, Steven M. (Assoc-ATL-LT) <harkinss@gtlaw.com>; SAGoldberg@duanemorris.com; JPriselac@duanemorris.com; CCT@Pietragallo.com; Sarah.Johnston@btlaw.com
**Subject:** RE: Valsartan PI Bellwether Proposal

**\*EXTERNAL TO GT\***

Following up on this proposal. Thank you. The red text is what we added to Defendants' initial proposal. Thanks!

- Each side to pick 15 total PI plaintiffs for the bellwether pool
- From each side's 15, at least 5 must come from the DFS 20 set
- That should allow 30 PI plaintiffs to work up for bellwether pool/initial trial wave
- We would propose that both sides disclose their 15 picks simultaneously on January 15th. In order to ensure simultaneous disclosure, one representative from each side will get on a call together and on the call they will simultaneously exchange their 15 picks via email.
- If plaintiffs and defendants happen to pick the same case, then there will not be a replacement pick. For example, if defendants and plaintiffs have one overlapping pick, then the bellwether pool size will simply 29 picks.
- Per the draft scheduling order we would depose 10 of the PI plaintiffs by April 1, and

   these would likely need to be the DFS picks to have complete records and fact sheets
- Defendants will complete the fact sheet process for all 30 of the bellwether picks (may need to discuss timeline)
- The DFS process for the remaining DFS 20 that were <u>not</u> selected by either side for bellwethers will be stayed/halted.


Best regards,

Daniel


**Daniel Nigh**
*Shareholder*
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7013 (office)
850.436.6013 (fax)
dnigh@levinlaw.com



THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THEN DELETE IT. THANK YOU.

---

**From:** Daniel Nigh
**Sent:** Wednesday, January 6, 2021 10:21 AM
**To:** 'lockardv@gtlaw.com' <lockardv@gtlaw.com>; d.stanoch@kanner-law.com; ASlater@mazieslater.com; valpec@kirtlandpackard.com; c.whiteley@kanner-law.com
**Cc:** CohenL@gtlaw.com; rubensteinb@gtlaw.com; harkinss@gtlaw.com; SAGoldberg@duanemorris.com; JPriselac@duanemorris.com; CCT@Pietragallo.com; Sarah.Johnston@btlaw.com
**Subject:** RE: Valsartan PI Bellwether Proposal

Hi Victoria,

We added that the picks be simultaneously exchanged and what to do if a case is picked by both sides.  Please let us know if your side has any issues with this.

Best regards,

Daniel

**Daniel Nigh**
*Shareholder*
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7013 (office)
850.436.6013 (fax)
dnigh@levinlaw.com



THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THEN DELETE IT. THANK YOU.

---

**From:** lockardv@gtlaw.com <lockardv@gtlaw.com>
**Sent:** Tuesday, January 5, 2021 9:07 AM
**To:** d.stanoch@kanner-law.com; ASlater@mazieslater.com; valpec@kirtlandpackard.com; Daniel Nigh <dnigh@levinlaw.com>; c.whiteley@kanner-law.com
**Cc:** CohenL@gtlaw.com; rubensteinb@gtlaw.com; harkinss@gtlaw.com; SAGoldberg@duanemorris.com; JPriselac@duanemorris.com; CCT@Pietragallo.com; Sarah.Johnston@btlaw.com
**Subject:** RE: Valsartan PI Bellwether Proposal

**CAUTION:** This email message is **EXTERNAL.**

Just following up on this proposal. Let us know your thoughts. Thanks, Victoria

**Victoria D. Lockard**
Shareholder

Greenberg Traurig, LLP
Terminus 200 | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T +1 678.553.2103  |  F +1 678.553.2104
lockardv@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

**GT GreenbergTraurig**

**From:** Lockard, Victoria D. (Shld-Atl-LT)
**Sent:** Thursday, December 31, 2020 3:27 PM
**To:** 'David J. Stanoch' <d.stanoch@kanner-law.com>; ASlater@mazieslater.com; valpec@kirtlandpackard.com; dnigh@levinlaw.com; Conlee Whiteley <c.whiteley@kanner-law.com>
**Cc:** Cohen, Lori (Shld-Atl-LT) <cohenl@gtlaw.com>; Rubenstein, Brian (Shld-PHIL-LT) <rubensteinb@gtlaw.com>; Harkins, Steven M. (Assoc-ATL-LT) <harkinss@gtlaw.com>; SAGoldberg@duanemorris.com; JPriselac@duanemorris.com; CCT@Pietragallo.com; Sarah.Johnston@btlaw.com
**Subject:** Valsartan PI Bellwether Proposal

Counsel,

Getting back to you on the PI bellwether process. Defendants have conferred and we can generally agree to the following. Let us know if this is agreeable with plaintiffs:

- Each side to pick 15 total PI plaintiffs for the bellwether pool
- From each side's 15, at least 5 must come from the DFS 20 set
- That should allow 30 PI plaintiffs to work up for bellwether pool/initial trial wave
- We would propose that both sides disclose their 15 picks simultaneously on January 15th. In order to ensure simultaneous disclosure, one representative from each side will get on a call together and on the call they will simultaneously exchange their 15 picks via email.
- If plaintiffs and defendants happen to pick the same case, then there will not be a replacement pick. For example, if defendants and plaintiffs have one overlapping pick, then the bellwether pool size will simply 29 picks.
- Per the draft scheduling order we would depose 10 of the PI plaintiffs by April 1, and these would likely need to be the DFS picks to have complete records and fact sheets
- Defendants will complete the fact sheet process for all 30 of the bellwether picks (may need to discuss timeline)
- The DFS process for the remaining DFS 20 that were not selected by either side for bellwethers will be stayed/halted.

Happy to discuss or refine by phone, as well. Happy and healthy new year to you all.

**Victoria Davis Lockard**
Shareholder
Vice-Chair, Pharmaceutical, Medical Device & Health Care Litigation
Products Liability & Mass Torts
Greenberg Traurig, LLP | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
Tel 678.553.2103 | Fax 678-553-2104
lockardv@gtlaw.com | www.gtlaw.com



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at <u>postmaster@gtlaw.com</u>, and do not use or disseminate the information.