# Exhibit G

| Defendant/Entity | Type of Service Needed | Losartan or Irbesartan | Sent Status | Response Status (Counsel) | Waivers Filed? |
|---|---|---|---|---|---|
| ZHP | Waiver emailed | Both | Sent 1/27 | Irbesartan waivers returned by email 2/18/2021 | Irbesartan complaints filed 1/19/2021 |
| Prinston Pharmaceutical Inc/Solco Healthcare LLC | Waiver emailed | Both | Sent 1/27 | Irbesartan waivers returned by email 2/18/2021 | Irbesartan complaints filed 1/19/2021 |
| Solco Healthcare US, LLC | Waiver emailed | Both | Sent 1/27 | Irbesartan waivers returned by email 2/18/2021 | Irbesartan complaints filed 1/19/2021 |
| Huahai U.S., Inc | Waiver emailed | Both | Sent 1/27 | Irbesartan waivers returned by email 2/18/2021 | Irbesartan complaints filed 1/19/2021 |
| Sandoz, Inc | Waiver emailed | Losartan | Sent 1/29 | refusing to waiver service and requesting Sandoz be removed from complaint 3/5/2021 | |
| Hetero Labs, Ltd | Waiver emailed | Losartan | Sent 1/27 | 2/17/2021 | Filed 2/17/2021 |
| Hetero Drugs, Ltd. | Waiver emailed | Losartan | Sent 1/27 | 2/17/2021 | Filed 2/17/2021 |
| Hetero USA, Inc | Waiver emailed | Losartan | Sent 1/27 | 1/28 waivers sent in email from Robert Blanton | PI on 2/10/2021, MM and EC on 2/11/2021 |
| Camber Pharmaceuticals, Inc | Waiver emailed | Losartan | Sent 1/27 | Waivers returned by email 2/15 | All three filed 2/17/2021 |
| Legacy Pharmaceutical Packaging, LLC | Waiver emailed | Losartan | Sent 1/27 | be returning waivers "shortly" on 2/17/2021 | |
| HJ Harkins Co, Inc | Waiver emailed | Losartan | Sent 1/27 | 2/25/2021 | Filed on 2/26/2021 |
| Teva Pharmaceutical Industries, Ltd | Waiver emailed | Losartan | Sent 1/28 | | |
| Teva Pharmaceuticals USA, Inc | Waiver emailed | Losartan | Sent 1/28 | 2/17/2021 | All three filed 2/17/2021 |
| Golden State Medical Supply | Waiver emailed | Both | Sent 1/28 | | |
| Vivmed Life Sciences pvt Ltd | Foreign - Hague | Losartan | Sent 2/9 - counsel emailed back denying representation | Only known counsel denied representation | |
| Heritage Pharmaceuticals/Avet Pharmaceuticals Inc | Personal US - Metro Legal | Losartan | Sent 2/9 | (Cristina Cardenas), sent 2/9/2021 | |

| | | | | | |
|---|---|---|---|---|---|
| Macleods Pharmaceutical Limited | Foreign - Hague | Losartan | Sent 2/4, timeline is 1+ years | once via Hague, and then electronic thereafter (per email on 3/5/2021) | |
| Macleods Pharma USA, Inc | Personal US - Metro Legal | Losartan | Sent 2/4 | Service completed to Jennifer Freeman 2/5 | Affidavit of Service filed |
| Torrent Private Limited | Waiver emailed | Losartan | Sent 1/28 | Torrent Pvt Ltd as a party on 2/16/2021 | N/A |
| Torrent Pharmaceuticals, Ltd | Waiver emailed | Losartan | Sent 1/28 | 2/16/2021 | 2/17/2021 |
| Torrent Pharma, Inc | Waiver emailed | Losartan | Sent 1/28 | 2/16/2021 | 2/17/2021 |
| Major Pharmaceuticals | Waiver emailed | Losartan | Sent 1/28 | that they just got the waivers and will provide a response shortly | |
| AvKARE, Inc | Waiver emailed | Losartan | Sent 1/28 | 2/15/2021 | 2/15/2021 |
| Remedy Repack, Inc | Waiver emailed | Losartan | Sent 1/28 | | |
| Preferred Pharmaceuticals, Inc | Waiver emailed | Losartan | Sent 1/28 | | |
| CVS Health | Waiver emailed | Both | Sent 1/28 | substituting CVS Pharmacy for CVS Health | |
| Walgreen Co | Waiver emailed | Both | Sent 1/28 | | |
| Walgreens Boots Alliance, Inc | Waiver emailed | Both | Sent 1/28 | Likely to be dismissed | |
| Express Scripts, Inc | Waiver emailed | Both | Sent 1/28 | | |
| Express Scripts Holding Company | Waiver emailed | Both | Sent 1/28 | To be dismissed | |
| Cigna Corporation | Waiver emailed | Both | Sent 1/28 | To be dismissed | |
| OptumRx | Waiver emailed | Both | Sent 1/28 | Counsel returned waivers by email on 3/8/2021 | All filed on 3/9/2021 |
| Optum, Inc | Waiver emailed | Both | Sent 1/28 | To be dismissed | |
| United Health Group | Waiver emailed | Both | Sent 1/28 | To be dismissed | |
| Walmart, Inc | Waiver emailed | Both | Sent 1/28 | 2/16/2021 | All five filed on 2/17/2021 |
| The Kroger Co | Waiver emailed | Both | Sent 1/28 | 2/15/2021 | 2/17/2021 |
| Rite Aid Corp | Waiver emailed | Both | Sent 1/28 | 3/4/2021 | All three filed on 3/4/2021 |
| Albertson's Companies, LLC | Waiver emailed | Both | Sent 1/28 | 2/17/2021 | All three filed 2/17/2021 |
| Humana Pharmacy, Inc | Waiver emailed | Both | Sent 1/28 | 2/25/2021 | All three filed 2/26/2021 |
| Humana, Inc | Waiver emailed | Both | Sent 1/28 | To be dismissed | |
| Cardinal Health, Inc | Waiver emailed | Both | Sent 1/28 | 2/18/2021 | All five filed on 2/19/2021 |

| | | | | | |
|---|---|---|---|---|---|
| Mckesson Corporation | Waiver emailed | Both | Sent 1/28 | | |
| AmerisourceBergen Corporation | Waiver emailed | Both | Sent 1/28 | will have a response ASAP on 3/4/2021 | |
| Aurobindo Pharma, Ltd | Waiver emailed | Irbesartan | Sent 1/28 | 3/8/2021 | Both filed on 3/9/2021 |
| Aurobindo Pharma, USA, Inc | Waiver emailed | Irbesartan | Sent 1/28 | 2/17/2021 | Both filed on 2/18/2021 |
| Aurolife Pharma, LLC | Waiver emailed | Irbesartan | Sent 1/28 | 2/17/2021 | Both filed on 2/18/2021 |
| ScieGen Pharmaceuticals Inc. U.S. | Personal US - Metro Legal | Irbesartan | Sent 2/9 | Waiver returned by email 2/18/2021 | Filed 2/18/2021 |
| Westminster Pharmaceuticals | Personal US - Metro Legal | Irbesartan | Sent 2/9 | | |