# Exhibit H

| # | CUSTODIAN | DUPLICATE CUSTODIANS | FROM | TO | CC | SUBJECT | DATE SENT | FILENAME | DOCUMENT DATE | DATE CREATED | FILETYPE | BASIS FOR WITHHOLDING | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | GE_Jucai | GE_Jucai | | | | | | 3-上海药监局 张清.pdf | 6/26/2019 | 6/20/2019 | Portable Document Format | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Summary sheet of information concerning drug marketing licenses provided from Shanghai Municipal Drug Administration |
| 2 | TIAN_Sophie | TIAN_Sophie | Eric Tsai <eric6554@hotmail.com> | David Zhao <david.zhao@prinburybiopharm.com>  Luke (Yulu) Wang (Huahai) <luke.wang@huahaipharmus.com> Shu Ye <tree.ye@prinburybiopharm.com> sophie.tian <sophie.tian@prinburybiopharm.com> | | Fw: 缬沙坦答补信息 | 5/16/2017 | Fw: 缬沙坦答补信息 | 5/16/2017 | 5/18/2017 | Microsoft Outlook Note | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | An email discussing the reply to the opinion on the valsartan project from Center for Drug Evaluation (CDE) of the China National Medical Products Administration, in which the CDE expressly required the Company to keep confidential. |
| 3 | TIAN_Sophie | LIN_Lihong TIAN_Sophie | | | | | | 2017年6月12日CDE与华海团队交流情况纪要_June_302017--CDE修改2.docx | 7/9/2017 | | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes of a meeting dated 12 June 2017 between ZHP and Chinese Center for Drug Evaluaion regarding improving the quality of the product and register to the Center for Drug Evaluation (CDE) of the China National Medical Products Administration. |
| 4 | TIAN_Sophie | LIN_Lihong TIAN_Sophie | | | | | | 2017年6月12日CDE与华海团队交流情况纪要_June_30,2017--CDE修改.docx | 7/7/2017 | | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes of a meeting dated 12 June 2017 between ZHP and Chinese Center for Drug Evaluaion regarding improving the quality of the product and register to the Center for Drug Evaluation (CDE) of the China National Medical Products Administration. |
| 5 | TIAN_Sophie | TIAN_Sophie | | | | | | 2017年6月12日CDE与华海团队交流情况纪要_June_30,2017--CDE修改.docx | 7/7/2017 | 9/29/2017 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes of a meeting dated 12 June 2017 between ZHP and Chinese Center for Drug Evaluaion regarding improving the quality of the product and register to the Center for Drug Evaluation (CDE) of the China National Medical Products Administration. |
| 6 | LIU_Tina | LIU_Tina | Sophie Tian <sophie.tian@prinburybiopharm.com> | Tina Liu <tina.liu@prinburybiopharm.com> | | 转发: 缬沙坦答补信息 | 5/16/2017 | 转发: 缬沙坦答补信息 | 5/16/2017 | 6/6/2017 | Microsoft Outlook Note | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | An email discussing the reply to the opinion on the valsartan project from Center for Drug Evaluation (CDE) of the China National Medical Products Administration, in which the CDE expressly required the Company to keep confidential. |
| 7 | HUANG_Luning | HUANG_Luning ZHU_Wenquan | | | | | | 药物中亚硝胺杂质研究技术指导原则（草稿）.pdf | 11/18/2019 | 3/23/2020 | Portable Document Format | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A guideline for the study of nitrosamine impurities in drugs from Center for Drug Evaluation (CDE) of the China National Medical Products Administration, in which the CDE expressly required the Company to keep confidential. |
| 8 | TSAI_Eric | TSAI_Eric | | | | | | 缬沙坦片缺陷信答复内部交流会议纪要-2017.05.31.pdf | 6/1/2017 | 5/18/2017 | Portable Document Format | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | ZHP meeting minutes, discussing the plan to communicate with CDE regarding to the reply of valsartan tablet deficiency letter. |

| # | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | CHEN_Baozhen | CHEN_Baozhen | | | | 台州药检所、医院等单位对沙坦类药物致癌杂质事件调研和关注20190108.docx | 1/8/2019 | | Unknown Binary File | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | The meeting minutes between ZHP and Taizhou Medical Products Administration concerning irbesartan genotoxic impurities |
| 10 | LI_Min | LI_Min | | | | 药审业发【2019】804号—致李敏教授.doc | 11/1/2019 | 11/1/2019 | Microsoft Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Document concerning an invitation for a seminar on quality control of genotoxic impurities of chemical drugs, in which the Center for Drug Evaluation (CDE) of the China National Medical Products Administration expressly required the Company to keep confidential. |
| 11 | LI_Min | LI_Min | | | | 药审业发【2019】804号—致李敏教授.doc | 10/31/2019 | | Microsoft Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Document concerning an invitation for a seminar on quality control of genotoxic impurities of chemical drugs, in which the Center for Drug Evaluation (CDE) of the China National Medical Products Administration expressly required the Company to keep confidential. |
| 12 | LIN_Lihong | LIN_Lihong | | | | Microsoft_Word__11.docx | 2/8/2019 | | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A meeting minute with National Medical Products Administration and Zhejiang Medical Products Administration, concerning feedbacks of an inspection on ZHP site. |
| 13 | LIN_Lihong | LIN_Lihong | | | | 20190619华海厄贝沙坦原料药沟通交流会会议纪要.doc | 7/17/2019 | 7/17/2019 | Microsoft Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information | A meeting minute with National Medical Products Administration, concerning Irbesartan API process and nitrosamine impurities. |
| 14 | LIN_Lihong | LIN_Lihong | | | | 国家局检查末次会议记录2019.1.12(1).docx | 1/12/2019 | 4/2/2019 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A meeting minute with National Medical Products Administration and Zhejiang Medical Products Administration, concerning feedbacks of a inspection on ZHP site. |
| 15 | LIN_Lihong | LIN_Lihong | | | | 药监局.docx | 1/8/2019 | 4/2/2019 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A note regarding a meeting with Taizhou Medical Products Administration concerning the valsartan event. |

| # | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | LIN_Lihong | LIN_Lihong ZHOU_Ting | | | 华海模板 | | 会议纪要_厄贝沙坦CDE交流_20190619.docx | 6/23/2019 | 6/28/2019 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes concerning irbesartan with Center for Drug Evaluation (CDE) of the China National Medical Products Administration. |
| 17 | LIN_Lihong | LIN_Lihong | | | 华海模板 | | 会议纪要_厄贝沙坦CDE交流_20190619.docx | 6/28/2019 | 6/28/2019 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes for the meeting concerning irbesartan with Center for Drug Evaluation (CDE) of the China National Medical Products Administration |
| 18 | LIN_Lihong | LIN_Lihong | | | | | Microsoft_Word__11.docx | 1/18/2019 | | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information | Meeting minutes with National Medical Products Administration and Zhejiang Medical Products Administration, concerning feedbacks of a inspection on ZHP site. |
| 19 | LIN_Lihong | LIN_Lihong | | | | | 厄贝沙坦CDE沟通会.docx | 5/10/2019 | 5/10/2019 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A note of key issues for the meeting concerning irbesartan with Center for Drug Evaluation (CDE) of the China National Medical Products Administration. |
| 20 | LIN_Lihong | LIN_Lihong | | | | | 国家规定NDMA_huahai.pdf | 7/14/2018 | 4/3/2019 | Portable Document Format | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A letter concerning assessment of the control of NDMA impurities in the production process from Center for Drug Evaluation (CDE) of the China National Medical Products Administration, in which the CDE expressly required to keep confidential. |
| 21 | LIN_Lihong | LIN_Lihong | | | | | 关于缬沙坦原料药中检出微量亚硝基二甲胺杂质的的情况汇报7.12（国家食品药品监督管理总局）_马旺.docx | 7/14/2018 | 4/3/2019 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report on the detection of NDMA impurities in the valsartan API, prepared to send to National Medical Products Administration. |
| 22 | LIN_Lihong | LIN_Lihong | | | | | 2017年6月12日CDE与华海团队交流情况纪要_July 27,2017.docx | 7/27/2017 | 7/27/2017 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes concerning improving the quality of drugs with Center for Drug Evaluation (CDE) of the China National Medical Products Administration dated June 12, 2017. |
| 23 | LIN_Lihong | LIN_Lihong | | | | | 2017年6月12日CDE与华海团队交流情况纪要_June_30,2017--CDE修改.docx | 7/10/2017 | 7/7/2017 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes concerning improving the quality of drugs with Center for Drug Evaluation (CDE) of the China National Medical Products Administration dated June 12, 2017. |

| # | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | LIN_Lihong | LIN_Lihong | | | | | 2017年6月12日CDE与华海团队交流情况纪要_June 28,2017.docx | 6/28/2017 | 6/28/2017 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes concerning improving the quality of drugs with Center for Drug Evaluation (CDE) of the China National Medical Products Administration dated June 12, 2017. |
| 25 | LIN_Lihong | LIN_Lihong | | | | | 2017年6月12日CDE与华海团队交流情况纪要_June 30,2017.docx | 6/30/2017 | 6/30/2017 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes concerning improving the quality of drugs with Center for Drug Evaluation (CDE) of the China National Medical Products Administration dated June 12, 2017. |
| 26 | LIN_Lihong | LIN_Lihong | | | | | 2017年6月12日CDE与华海团队交流情况纪要_完整版--mw.docx | 6/28/2017 | 6/28/2017 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information | Meeting minutes for the meeting concerning improving the quality of drugs with Center for Drug Evaluation (CDE) of the China National Medical Products Administration dated June 12, 2017. |
| 27 | LIN_Lihong | LIN_Lihong | | | | | 2017年6月12日CDE与华海团队交流情况纪要_完整版.docx | 6/26/2017 | 6/13/2017 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information | Meeting minutes for the meeting concerning improving the quality of drugs with Center for Drug Evaluation (CDE) of the China National Medical Products Administration dated June 12, 2017. |
| 28 | LIN_Lihong | LIN_Lihong | | | | | 2018.07.14 山东益健-药品生产日常监督检查报告.jpg | 7/16/2018 | 7/16/2018 | JPEG/JFIF Image | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A daily inspection report on drug production of Shandong Yijian made by Jining Administration for Market Regulation. |
| 29 | LIN_Lihong | LIN_Lihong | 陈时飞 <csfda@163.com> | 林丽红(华海药业) <lindalin@huahaipharm.com> | | Re:8个问题_V11 | 7/31/2018 | Re_8个问题_V11.eml | 7/31/2018 | | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Email with the Direct General of China's Food and Drug Administration of Zhejiang Province regarding the annoucement of NDMA in valsartan |
| 30 | LIN_Lihong | LIN_Lihong YE_Cunxiao | lindalin@huahaipharm.com | csfda <csfda@163.com> | | 回复: Re: 10个问题_V10 | 7/29/2018 | 回复_Re_10个问题_V10.eml | 7/29/2018 | | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Email with the Direct General of China's Food And Drug Administration of Zhejiang Province regarding the annoucement of NDMA in valsartan |
| 31 | LIN_Lihong | LIN_Lihong | 陈时飞 <csfda@163.com> | 林丽红(华海药业) <lindalin@huahaipharm.com> | | Re:回复: 回复: 10个问题_V7 | 7/29/2018 | Re_回复_回复_10个问题_V7.eml | 7/29/2018 | | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Email with the Direct General of China's Food and Drug Administration of Zhejiang Province regarding the annoucement of NDMA in valsartan |
| 32 | LIN_Lihong | LIN_Lihong | lindalin@huahaipharm.com | csfda <csfda@163.com> | | 回复:回复: 10个问题 | 7/29/2018 | 回复_回复_10个问题.eml | 7/29/2018 | | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Email with the Direct General of China's Food and Drug Administration of Zhejiang Province regarding the annoucement of NDMA in valsartan |

| # | From | | To | CC | Subject | Date | Filename | Date | | Type | Privilege Basis | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | LIN_Lihong | LIN_Lihong | lindalin@huahaipharm.com | csfda <csfda@...> | 新疆省局关注问题答复final附件2018/7/29 | | 新疆省局关注问题答复2018 29.eml | 7/29/2018 | | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | ZHP's response to questions raised by Zhejiang Medical Products Administration |
| 34 | LIN_Lihong | LIN_Lihong ZHOU_Ting | lindalin@huahaipharm.com | adazhou <adazhou@huahaipharm.com> | | Fw: 转发：华海药业关于厄贝沙坦原料药的答复 | 5/21/2019 | Fw_转发：华海药业关于厄贝沙坦原料药的答复.eml | 5/21/2019 | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Email from Center of Drug Evaluation regarding the evaluation of irbesartan API |
| 35 | LIN_Lihong | LIN_Lihong | xubo@huahaipharm.com | Linda Lin <lindalin@huahaipharm.com> | | 转发：华海药业关于厄贝沙坦原料药的答复 | 5/21/2019 | 转发：华海药业关于厄贝沙坦原料药的答复.eml | 5/21/2019 | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Email from Center of Drug Evaluation regarding the evaluation of irbesartan API |
| 36 | LIN_Lihong | LIN_Lihong | xubotj@126.com | Linda Lin <lindalin@huahaipharm.com> | | 转发：拟召开关于厄贝沙坦原料药沟通交流会，问题详见邮件，请尽快准备并确定参会时间。 | 5/6/2019 | 转发：拟召开关于厄贝沙坦原料药沟通交流会，问题详见邮件，请尽快准备并确定参会时间。.eml | 5/6/2019 | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Email from Center of Drug Evaluation (CDE) regarding the meeting with ZHP and the preparation of documents relating to the questions raised by CDE |
| 37 | LIN_Lihong | LIN_Lihong | | | | | | 省局公函（省局给CDE）.pdf | 1/16/2020 | Unknown Binary File | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Official letters from ZHP to Zhejiang Drug Administration and Zhejiang Drug Administration to Center of Drug Evaluation of the National Drug Administration regarding the examination and approval of valsartan tablets |
| 38 | LIN_Lihong | LIN_Lihong | lindalin@huahaipharm.com | 高爱风 <gaoaifeng@huahaipharm.com> | yangkun@huahaipharm.com | 转发:缬沙坦答补信息 | 5/25/2017 | 转发_缬沙坦答补信息 (1).eml | 5/25/2017 | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | An email discussing the reply to the opinion on the valsartan project from Center for Drug Evaluation (CDE) of the China National Medical Products Administration, in which the CDE expressly required the Company to keep confidential. |
| 39 | LIN_Lihong | LIN_Lihong | lindalin@huahaipharm.com | xubo <xubo@huahaipharm.com> | JohnHu <john.hu@huahaipharmus.com> mawang <mawang@huahaipharm.com> | 回复:答复：2017年6月12日CDE与华海团队交流情况纪要_June 30，2017 | 6/30/2017 | 回复_答复_2017年6月12日CDE与华海团队交流情况纪要_June 30，2017.eml | 6/30/2017 | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Communications regarding the meeting between ZHP and the officials from Center of Drug Evaluation on the specification and exemption of products dated June 12, 2017 |
| 40 | LIN_Lihong | LIN_Lihong | | | | | | 2017年6月12日CDE与华海团队交流情况纪要_June 30,2017.docx | 6/30/2017 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes between ZHP and the officials from Center of Drug Evaluation regarding dissolution test and exemption of products dated June 12, 2017 |
| 41 | LIN_Lihong | LIN_Lihong | lindalin@huahaipharm.com | mawang <mawang@huahaipharm.com> | | 回复:回复：2017年6月12日CDE与华海团队交流情况纪要_简版1 | 6/30/2017 | 回复_回复_2017年6月12日CDE与华海团队交流情况纪要_简版1 (2).eml | 6/30/2017 | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Communications regarding the Meeting between ZHP and the officials from Center of Drug Evaluation on the specification and exemption of products dated June 12, 2017 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | LIN_Lihong | LIN_Lihong | lindalin@huahaipharm.com | JohnHu <john.hu@huahaipharmus.com> mawang <mawang@huahaipharm.com> xubo <xubo@huahaipharm.com> | | 回复/答复: 2017年6月12日CDE与华海团队交流情况纪要_简版1 | 6/28/2017 | 回复_答复_ 2017年6月12日CDE与华海团队交流情况纪要_简版1 (2).eml | 6/28/2017 | | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Communication regarding the Meeting between ZHP and the officials from Center of Drug Evalutaion on the specification and examption of products dated June 12, 2017 |
| 43 | LIN_Lihong | LIN_Lihong | lindalin@huahaipharm.com | mawang <mawang@huahaipharm.com> xubo <xubo@huahaipharm.com> | JohnHu <john.hu@huahaipharmus.com> | 回复:回复: 2017年6月12日CDE与华海团队交流情况纪要_简版1 | 6/28/2017 | 回复_回复_ 2017年6月12日CDE与华海团队交流情况纪要_简版1 (5).eml | 6/28/2017 | | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes between ZHP and the officials from Center of Drug Evaluation regarding dissolution test and exemption of products dated June 12, 2017 |
| 44 | LIN_Lihong | LIN_Lihong | mawang@huahaipharm.com | 徐波 <xubo@huahaipharm.com> 林丽红 Linda <lindalin@huahaipharm.com> | JH <john.hu@huahaipharmus.com> | 回复: 2017年6月12日CDE与华海团队交流情况纪要_简版1 | 6/28/2017 | 回复_ 2017年6月12日CDE与华海团队交流情况纪要_简版1.eml | 6/28/2017 | | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Communications regarding the meeting between ZHP and the officials from Center of Drug Evaluation on the specification and exemption of products dated June 12, 2017 |
| 45 | LIN_Lihong | LIN_Lihong | | | | | | 2017年6月12日CDE与华海团队交流情况纪要_June 28,2017.docx | 6/28/2017 | | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes between ZHP and the officials from Center of Drug Evaluation regarding dissolution test and exemption of products dated June 12, 2017 |
| 46 | LIN_Lihong | LIN_Lihong | | | | | | 2017年6月12日CDE与华海团队交流情况纪要_June_30,2017--CDE修改.docx | 7/8/2017 | | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes between ZHP and the officials from Center of Drug Evaluation regarding dissolution test and exemption of products dated June 12, 2017 |
| 47 | LIN_Lihong | LIN_Lihong | | | | | | 2017年6月12日CDE与华海团队交流情况纪要_June_30,2017--修改.docx | 7/7/2017 | | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes between ZHP and the officials from Center of Drug Evaluation regarding dissolution test and exemption of products dated June 12, 2017 |
| 48 | LIN_Lihong | LIN_Lihong | | | | | | 2017年6月12日CDE与华海团队交流情况纪要_July 272017 修改胡.docx | 7/28/2017 | | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes between ZHP and the officials from Center of Drug Evaluation regarding dissolution test and exemption of products dated June 12, 2017 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | LIN_Lihong | LIN_Lihong | | | | | | 2017年6月12日CDE与华海团队交流情况纪要_July 27,2017.docx | 7/27/2017 | | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes between ZHP and the officials from Center of Drug Evaluation regarding dissolution test and exemption of products dated June 12, 2017 |
| 50 | LIN_Lihong | LIN_Lihong | | | | | | 2017年6月12日CDE与华海团队交流情况纪要_July 27,2017.docx | 7/27/2017 | | Unknown Binary File | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes between ZHP and the officials from Center of Drug Evaluation regarding dissolution test and exemption of products dated June 12, 2017 |
| 51 | LIN_Lihong | LIN_Lihong | | | | | | 2017年6月12日CDE与华海团队交流情况纪要_June_30,2017--CDE修改.docx | 7/25/2017 | | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes between ZHP and the officials from Center of Drug Evaluation regarding dissolution test and exemption of products dated June 12, 2017 |
| 51 | LIN_Lihong | LIN_Lihong | david.zhao@prinburybiopharm.com | lindalin@huahaipharm.com 高爱凤 <gaoaifeng@huahaipharm.com> | wangjuan <wangjuan@huahaipharm.com> | RE: 回复: 2017年6月12日CDE与华海团队交流情况纪要_June 30，2017 | 7/25/2017 | RE_回复_2017年6月12日CDE与华海团队交流情况纪要_June 30，2017.eml | 7/25/2017 | | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes between ZHP and the officials from Center of Drug Evaluation regarding dissolution test and exemption of products dated June 12, 2017 |
| 53 | LIN_Lihong | LIN_Lihong | lindalin@huahaipharm.com | 高爱凤 <gaoaifeng@huahaipharm.com> | David Zhao <david.zhao@prinburybiopharm.com> wangjuan <wangjuan@huahaipharm.com> | 转发: 回复: 2017年6月12日CDE与华海团队交流情况纪要_June 30，2017 | 7/25/2017 | 转发_回复_2017年6月12日CDE与华海团队交流情况纪要_June 30，2017.eml | 7/25/2017 | | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Summary of meeting between ZHP and the officials from Center of Drug Evaluation on the specification and exemption of products dated June 12, 2017 |
| 54 | LIN_Lihong | LIN_Lihong | | | | | | 2017年6月12日CDE与华海团队交流情况纪要_June 30,2017.docx | 7/25/2017 | | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes between ZHP and the officials from Center of Drug Evaluation regarding dissolution test and exemption of products dated June 12, 2017 |
| 55 | LIN_Lihong | LIN_Lihong | | | | | | 2017年6月12日CDE与华海团队交流情况纪要_June 30,2017.docx | 10/19/2017 | | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes between ZHP and the officials from Center of Drug Evaluation regarding dissolution test and exemption of products dated June 12, 2017 |

| # | From | To | CC | BCC | Subject | Sent Date | File Name | Last Modified | Last Printed | File Type | Privilege Basis | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 56 | LIN_Lihong | LIN_Lihong | | | | | 国家监管机构题汇总.doc | 7/24/2018 | | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Summary of the reports provided to the authorities |
| 57 | LIN_Lihong | LIN_Lihong | 林丽红 <lindalin@huahaipharm.com> 陈时飞 <csfda@163.com> | | | Re: Re:8个问题_V11 | 7/31/2018 | Re_Re_8个问题_V11.eml | 7/31/2018 | | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Email with the Direct General of China's Food and Drug Administration of Zhejiang Province regarding the announcement of NDMA in valsartan |
| 58 | LIN_Lihong | LIN_Lihong | lindalin@huahaipharm.com | csfda <csfda@163.com> | | 回复:回复:10个问题_V7 | 7/29/2018 | 回复_回复_10个问题_V7.eml | 7/29/2018 | | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Email with the Direct General of China's Food And Drug Administration of Zhejiang Province regarding the announcement of NDMA in valsartan |
| 59 | LIN_Lihong | LIN_Lihong | lindalin@huahaipharm.com | csfda <csfda@163.com> | | 回复:回复:10个问题 | 7/29/2018 | 回复_回复_10个问题 (1).eml | 7/29/2018 | | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Email with the Direct General of China's Food and Drug Administration of Zhejiang Province regarding the announcement of NDMA in valsartan |
| 60 | LIN_Lihong | LIN_Lihong YE_Cunxiao | lindalin@huahaipharm.com | csfda <csfda@163.com> | | 回复:10个问题 | 7/29/2018 | 回复_10个问题.eml | 7/29/2018 | | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Email with the Direct General of China's Food and Drug Administration of Zhejiang Province regarding the announcement of NDMA in valsartan |
| 61 | LIN_Lihong | LIN_Lihong | | | | | | | 浙华药字【2020】1号.doc | 5/7/2020 | | Unknown Binary File | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report intended for Zhejiang Medical Products Administration requesting guidance on data protection law. |
| 62 | CHEN_Baozhen | CHEN_Baozhen YE_Cunxiao | | | | 新文档 2018-08-15 13.56.27 | | 召回审查和评价结论（省局20180809红头文件）.pdf | 8/15/2018 | 8/20/2018 | Portable Document Format | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Document from Zhejiang Medical Products Administration to ZHP regarding the conclusion of recall review and appraisal |
| 63 | CHEN_Baozhen | CHEN_Baozhen | | | | | | 召回评估报告手打版.docx | 8/3/2018 | 8/20/2018 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report from Zhejiang Medical Products Administration to ZHP regarding the conclusion of recall review and appraisal |
| 64 | CHEN_Baozhen | CHEN_Baozhen | | | | | | 浙江省食品药品监督管理局现场有因检查报告2018.08.01-03word版.doc | 8/3/2018 | 8/4/2018 | Microsoft Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report from Zhejiang Medical Products Administration to ZHP regarding on-site inspection |
| 65 | CHEN_Baozhen | CHEN_Baozhen | | | | | | 20190110-专家组检查清单汇总(1).docx | 1/11/2019 | 1/11/2019 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Inspection summary of experts from National Institute for Food and Drug Control, Center for Drug Evaluation, Zhejiang Food and Drug Administration etc. between Jan. 10-Jan. 11, 2019 |

| # | Custodian | Custodian (2) | Filename | Date | Date 2 | File Type | Privilege Basis | Description |
|---|---|---|---|---|---|---|---|---|
| 66 | CHEN_Baozhen | CHEN_Baozhen | 20190110-专家现场清单和笔录0110.docx | 2/14/2019 | 8/19/2019 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Inspection summary of experts from National Institute for Food and Drug Control, Center for Drug Evaluation, Zhejiang Food and Drug Administration etc. between Jan. 10- Jan. 11, 2019 |
| 67 | CHEN_Baozhen | CHEN_Baozhen | 2018.12.14关于境内境外媒体利用公司FDA警告信进行不实报道的专题报告（台州市委市政府）.docx | 12/17/2018 | 12/17/2018 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report to Taizhou municipal government regarding public sentiment |
| 68 | CHEN_Baozhen | CHEN_Baozhen | 20180728(4)临海市政府--关于华海药业缬沙坦事件有关情况的续报.doc | 7/29/2018 | 7/29/2018 | Microsoft Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report to Taizhou municipal government regarding valsartan event |
| 69 | CHEN_Baozhen | CHEN_Baozhen | 20190107台州市市场监督管理局汇报材料(1).doc | 1/7/2019 | 1/9/2019 | Microsoft Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report to Taizhou Administration for Market Regulation regarding valsartan event |
| 70 | CHEN_Baozhen | CHEN_Baozhen | 2018.10.24报临海市政府.docx | 11/5/2018 | 11/5/2018 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report to Taizhou municipal government regarding valsartan event |
| 71 | CHEN_Baozhen | CHEN_Baozhen YE_Cunxiao | 2018.07.20 关于缬沙坦氢氯噻嗪胶囊主动召回进展情况的报告-重庆康刻尔制药.pdf | 7/20/2018 | 7/22/2018 | Portable Document Format | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Report from Chongqing KangKeEr to Chongqing Food and Drug Administration regarding the recall of valsartan of ZHP |
| 72 | CHEN_Baozhen | CHEN_Baozhen | 客户诉求总结.docx | 7/22/2018 | 7/22/2018 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A summary of communications with the Medical Products Administration authorities of Shandong Province and Jiangsu Province |
| 73 | CHEN_Baozhen | CHEN_Baozhen YE_Cunxiao | 关于请报送华海药业缬沙坦原料药及相关制剂批号的函.pdf | 8/10/2018 | 4/10/2020 | Portable Document Format | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Letter from National Food and Drug Administration to the local Food and Drug Administration of Heilongjiang, Jiangsu, Zhejiang, Shandong, Hainan, Chongqing regarding NDMA risk of valsartan API |
| 74 | CHEN_Baozhen | CHEN_Baozhen | Microsoft_Word___4.docx | 9/27/2019 | | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes with National Drug Administration regarding inspection |

| # | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | DONG_Peng | DONG_Peng ZHOU_Ting | Ada Zhou <adazhou@huahaipharm.com> | 董鹏 <dongpeng@huahaipharm.com> | | 华海药业关于厄贝沙坦原料药的答复 | 3/27/2019 | 华海药业关于厄贝沙坦原料药的答复.eml | 3/27/2019 | 6/24/2019 | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Email to Center of Drug Administration in reply to the question raised by CDE regarding irbesartan API |
| 76 | LI_Qiangming | GU_Eric LI_Qiangming | mawang@huahaipharm.com | 李强明 <liqiangming@huahaipharm.com> 顾虹总 <hgu@syncores.net> | | Fw: 转发：关于协助药审中心起草《药物中亚硝胺杂质研究技术指导原则》研讨会的邀请 | 11/15/2019 | Fw_ 转发：关于协助药审中心起草《药物中亚硝胺杂质研究技术指导原则》研讨会的邀请.eml | 11/15/2019 | 6/6/2020 | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Email from Center of Drug Administration to ZHP regarding of NDMA in drugs research technical guideline, in which ZHP was told to keep confidential. |
| 77 | LI_Qiangming | GU_Eric LI_Qiangming | | | | | | 药物中亚硝胺杂质研究技术指导原则（草稿）.pdf | 11/14/2019 | 11/14/2019 | Portable Document Format | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A guideline for the study of nitrosamine impurities in drugs from Center for Drug Evaluation (CDE) of the China National Medical Products Administration, in which the CDE expressly required ZHP to keep confidential. |
| 78 | YE_Cunxiao | YE_Cunxiao | | | | | | 2018.07.29关于华海药业缬沙坦事件有关情况的续报（临海市报台州市）.doc | 7/31/2018 | 12/18/2018 | Microsoft Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report intended to Taizhou municipal government regarding valsartan event. |
| 79 | YE_Cunxiao | YE_Cunxiao | | | | | | 市政府汇报材料--进口禁令发布后公司进展18.10.22.docx | 10/22/2018 | 12/18/2018 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A document dated Oct 22, 2018 of ZHP regarding valsartan event, intended for Taizhou municipal government |
| 80 | YE_Cunxiao | YE_Cunxiao | | | | | | 2018.07.29关于华海药业缬沙坦事件有关情况的续报（临海市报台州市）.doc | 9/5/2018 | 12/18/2018 | Microsoft Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report intended to Taizhou municipal government regarding valsartan event by Linhai municipal government |
| 81 | YE_Cunxiao | YE_Cunxiao | | | | | | 20180929给省局的汇报材料（整改进度和下一步计划）.docx | 9/29/2018 | 12/18/2018 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report to Zhejiang Medical Products Administration regarding progress of rectification and plan for next stage |
| 82 | YE_Cunxiao | YE_Cunxiao | | | | | | 关于欧美官方发布华海产品进口禁令的紧急报告V3--商务部20180929.docx | 9/29/2018 | 12/18/2018 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report to Taizhou Commerce Bureau regarding the import ban of ZHP product by EU and USA. |
| 83 | YE_Cunxiao | YE_Cunxiao | | | | | | 43号省药监局.doc | 10/3/2018 | 12/18/2018 | Microsoft Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report to Zhejiang Medical Products Administration regarding valsartan event in EU and USA |

| # | Custodian | | | | Template | | Filename | Date Created | Date Modified | File Type | Privilege Basis | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 84 | Guo_Xiaodi | Guo_Xiaodi | | | | | 2017年6月12日放弃溶出研究与豁免交流/情况纪要_June_302017--CDE修改.docx | 6/12/2017 | 8/15/2018 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes between ZHP and the officials from Center of Drug Evaluation regarding dissolution test and exemption of products dated June 12, 2017 |
| 85 | ZHU_Wenquan | ZHU_Wenquan | | | | | 台州药检所、临海局对厄贝沙坦基因毒杂质事件调研和关注20190108.docx | 1/8/2019 | | Unknown Binary File | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes between ZHP and Taizhou Medical Products Administration regarding genotoxic impurities in irbesartan |
| 86 | ZHOU_Ting | ZHOU_Ting | | | 华海模板 | | 会议纪要_厄贝沙坦CDE交流_20190619.docx | 7/2/2019 | 8/15/2019 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes between ZHP and Center for Drug Administration regarding NDMA event in sartans |
| 87 | ZHOU_Ting | ZHOU_Ting | | | | | 20190619华海厄贝沙坦原料药沟通交流会会议纪要.doc | 7/16/2019 | 8/15/2019 | Microsoft Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes between ZHP and Center for Drug Administration regarding NDMA event in sartans |
| 88 | ZHOU_Ting | ZHOU_Ting | | | | | 关于缬沙坦杂质的信息_国家局V2_July 11,2018.docx | 7/12/2018 | 8/15/2019 | Microsoft 2007 Word Document | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report sent to National Food and Drug Administration regarding NDMA in valsartan |