# Exhibit I

| | CUSTODIAN | DUPLICATE CUSTODIANS | FROM | TO | SUBJECT | DATE SENT | FILENAME | DOCUMENT DATE | DATE CREATED | DOCUMENT TYPE | BASIS FOR REDACTION | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | GE_Jucai | CHEN_Baozhen<br>GE_Jucai<br>LIN_Lihong | Jun Du <jun.du88@gmail.com> | Linda Lin <lindalin@huahaipharm.com> | gejucai <gejucai@huahaipharm.com><br>陈宝珍 <chenbaozhen@huahaipharm.com> | Re: FDA 483 +欧盟检查缺陷以及答复概要 | 12/15/2018 | Re_ FDA 483 +欧盟检查缺陷以及答复概要.eml | 12/15/2018 | 5/21/2020 | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | An email of ZHP, discussing the materials prepared to send to national and provincial medical products administrations. |
| 2 | GE_Jucai | CHEN_Baozhen<br>GE_Jucai<br>LIN_Lihong | lindalin@huahaipharm.com | Jun Du <jun.du88@gmail.com> | gejucai <gejucai@huahaipharm.com><br>陈宝珍 <chenbaozhen@huahaipharm.com> | Re: Re: FDA 483 +欧盟检查缺陷以及答复概要 | 12/16/2018 | Re_ Re_ FDA 483 +欧盟检查缺陷以及答复概要 (1).eml | 12/16/2018 | 5/21/2020 | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | An email discussing the materials prepared to send to national and provincial medical products administrations. |
| 3 | GE_Jucai | CHEN_Baozhen<br>GE_Jucai<br>LIN_Lihong | lindalin@huahaipharm.com | Jun Du <jun.du88@gmail.com> | gejucai <gejucai@huahaipharm.com><br>陈宝珍 <chenbaozhen@huahaipharm.com> | Re: Re: FDA 483 +欧盟检查缺陷以及答复概要 | 12/17/2018 | Re_ Re_ FDA 483 +欧盟检查缺陷以及答复概要.eml | 12/17/2018 | 5/21/2020 | RFC822 Email Message | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | An email discussing the materials prepared to send to national and provincial medical products administrations. |