# Exhibit R

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, and IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

**ORDER**

The Court having held a status conference via phone with counsel on December 9, 2020; and this Order intending to confirm the rulings made by the Court that are reflected in the transcript of proceedings; and accordingly,

It is hereby ORDERED this 10th day of December 2020, as follows:

1) Plaintiffs' request for production of "any indemnification agreements that [defendants] are party to, related to this litigation" is **DENIED.**

2) By **December 17, 2020,** Torrent shall serve an affidavit(s) to support its Confidentiality designation of the five sets of documents listed in plaintiffs' December 8, 2020 letter.

3) All letters to be submitted in connection with the January 13, 2020 status conference shall be served by **January 12, 2021 (noon).**

4) The Court will address during the **December 23, 2020** conference the number and length of defendants' depositions. The Court presently intends to set presumptive parameters during the conference.

5) Plaintiffs' disputes regarding defendants' production deficiencies and "document dumps" shall not be brought to the Court's attention until the parties have exhausted

their reasonable good faith efforts to resolve their disputes without Court intervention.

6) Further discussion of disputes relating to Chinese State Secret and privacy laws and the applicability of the Hague Convention shall await the production of defendants' privilege logs.

7) The Court will address during the December 23, 2020 conference the scheduling deadlines for the defendants to respond to the DFS. The parties shall meet and confer about the issue before the conference.

**8)** All Deposition Addendums shall be finalized by **December 23, 2020.**

9) The Court will hold a conference call on **January 5, 2020 at 2:00 p.m.** to address all disputes regarding plaintiffs' third-party subpoenas and the related motions. The usual call in and access numbers shall be used.

10) By December 23, 2020, the Court expects the parties will complete their fulsome discussions regarding the names, dates and locations of all fact depositions to be taken.

11) No Short Form Complaints as to Losartan and Irbesartan may be filed until the parties meet and confer as to the format and the form is approved by the Court.

                                      s/ Joel Schneider
                                       JOEL SCHNEIDER
                                       United States Magistrate Judge