# Exhibit U

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

_____

IN RE:  VALSARTAN PRODUCTS
LIABILITY LITIGATION

_____

CIVIL ACTION NUMBER:

19-md-02875-RBK-JS

TELEPHONIC STATUS
CONFERENCE WITH ORAL
ARGUMENT AND RULINGS

Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey  08101
January 5, 2021
Commencing at 3:30 p.m.

B E F O R E:            THE HONORABLE JOEL SCHNEIDER,
                        UNITED STATES MAGISTRATE JUDGE

A P P E A R A N C E S:

    MAZIE SLATER KATZ & FREEMAN, LLC
    BY:  ADAM M. SLATER, ESQUIRE
    103 Eisenhower Parkway
    Roseland, New Jersey  07068
    For the Plaintiffs

    GOLOMB & HONIK, P.C.
    BY:  RUBEN HONIK, ESQUIRE
         DAVID J. STANOCH, ESQUIRE
    1835 Market Street, Suite 2900
    Philadelphia, Pennsylvania  19103
    For the Plaintiffs

    KANNER & WHITELEY, LLC
    BY:  CONLEE S. WHITELEY, ESQUIRE
    701 Camp Street
    New Orleans, Louisiana  70130
    For the Plaintiffs

            Camille Pedano, Official Court Reporter
                 camillepedano@gmail.com
                      609-774-1494

    Proceedings recorded by mechanical stenography; transcript
            produced by computer-aided transcription.

 1   A P P E A R A N C E S (Continued):

 2

 3       GOLDENBERG LAW, PLLC
         BY:  MARLENE J. GOLDENBERG, ESQUIRE
         800 Lasalle Avenue, Suite 2150
 4       Minneapolis, Minnesota  55402
         For the Plaintiffs

 5

 6       DUANE MORRIS LLP
         BY:  SETH A. GOLDBERG, ESQUIRE
 7            GREGORY D. HERROLD, ESQUIRE
         30 South 17th Street
 8       Philadelphia, Pennsylvania  19103
         For the Defendants, Prinston Pharmaceuticals,
 9       Solco Healthcare U.S. LLC, and
         Zhejiang Huahai Pharmaceuticals Ltd.

10

         PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP
11       BY:  CLEM C. TRISCHLER, ESQUIRE
              FRANK H. STOY, IV, ESQUIRE
12       One Oxford Centre, 38th Floor
         Pittsburgh, Pennsylvania  15219
13       For the Defendant, Mylan Pharmaceuticals Inc.

14       GREENBERG TRAURIG LLP
         BY:  VICTORIA DAVIS LOCKARD, ESQUIRE
15            LORI G. COHEN, ESQUIRE
         3333 Piedmont Road, NE, Suite 2500
16       Atlanta, Georgia  30305
         For the Defendants, Teva Pharmaceutical Industries Ltd.,
17       Teva Pharmaceuticals USA, Inc., Actavis LLC,
         and Actavis Pharma, Inc.

18

         CIPRIANI & WERNER, P.C.
19       BY:  JESSICA M. HEINZ, ESQUIRE
         450 Sentry Parkway
20       Blue Bell, Pennsylvania  19422
         For the Defendants, Aurolife Pharma LLC
21       and Aurobindo Pharma USA, Inc.

22   A L S O   P R E S E N T:

23       HON. THOMAS I. VANASKIE (Ret.)
         Special Master

24

25

 1  FDA -- or how the responses to the 483 letters were handled,

 2  what testing was done, and if Aurobindo is going to stand today

 3  and say that these are their experts for litigation here, you

 4  know, I think that's a different story and we would agree to

 5  allow them to do a privilege review.  But based on what we

 6  know, which is just that they were hired for the mere purpose

 7  of responding to the FDA, outside of anything that happens in

 8  this courtroom, it doesn't sound like those objections are

 9  valid.

10          THE COURT:  Here's what the Court's going to do,

11  counsel:  I would prefer not to rule on the issue until I read

12  Aurobindo's response.  I'm very, very familiar with the law in

13  this area.  I have written numerous opinions dealing with the

14  exact issue before the Court.  One of the opinions the Court --

15  comes to the Court's mind is the *Riddell* concussion litigation

16  opinion.  Ms. Heinz is correct that documents prepared by a

17  consultant could be privileged or work product.  However, the

18  more important issue, as far as the Court's concerned, is what

19  is the primary purpose the documents were prepared.

20          With regard to work product, I think that's a

21  relatively easy issue.  Was the primary purpose of the

22  preparation of the documents a business purpose responding to

23  the FDA or preparing for litigation?

24          With regard to the attorney-client issue, I'll just

25  have to look at the briefs and the supporting documents to