# Exhibit BB

| | |
|---|---|
| **From:** | njdefiling@njd.uscourts.gov |
| **To:** | njdefiling@njd.uscourts.gov |
| **Subject:** | Activity in Case 1:19-md-02875-RBK-JS VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION Order |
| **Date:** | Wednesday, July 29, 2020 8:26:23 PM |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 7/29/2020 at 8:24 PM EDT and filed on 7/29/2020

| | |
|---|---|
| **Case Name:** | VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION |
| **Case Number:** | 1:19-md-02875-RBK-JS |
| **Filer:** | |
| **Document Number:** | 532(No document attached) |

**Docket Text:**
**MDL TEXT ORDER: The Court having held a status conference call with the parties on July 29, 2020; and this Order intending to confirm the Courts rulings reflected in the transcript of the call; and accordingly, it is hereby ORDERED as follows: (1) by July 31, 2020 the parties shall serve the final versions of all Fact Sheets to be answered. The Fact Sheets shall reflect the Courts rulings as to the remaining items in dispute; (2) the trigger date for the response as to the class action plaintiffs is August 15, 2020. The trigger date for the response as to the individual plaintiffs is August 31, 2020; (3) by August 15, 2020 plaintiffs shall identify the twenty (20) individual plaintiffs for whom Fact Sheets shall be answered; and (4) all repackager and relabeler defendants who have not requested to be dismissed pursuant to the Court-Ordered dismissal process by September 1, 2020, shall answer the Fact Sheet directed to the Wholesaler defendants. The Fact Sheet does not have to be answered while the dismissal process is ongoing. So Ordered by Magistrate Judge Joel Schneider on 7/29/20. (Shaw, A).**

**1:19-md-02875-RBK-JS Notice has been electronically mailed to:**

BROWN GREER PLC     docketharvester@browngreer.com

AARON VAN NOSTRAND     vannostranda@gtlaw.com, cohenl@gtlaw.com, harkinss@gtlaw.com, lockardv@gtlaw.com, NJLitDock@gtlaw.com, rodriguezme@gtlaw.com, rubensteinb@gtlaw.com

ABRAHAM JAMES SPUNG     james.spung@huschblackwell.com, christine.herrmann@huschblackwell.com, james-spung-8886@ecf.pacerpro.com

ADAM M. SLATER     aslater@mskf.net, ccalderon@mskf.net, cgeddis@mazieslater.com, kkelsen@mskf.net, ltreat@mskf.net

ADAM R. CREDEUR     adam@kwdejean.com, natalie@kwdejean.com

ALAN KLEIN     aklein@duanemorris.com, pgkopania@duanemorris.com

ALEX C. DAVIS     alex@jonesward.com, milan@jonesward.com, sean@jonesward.com

ALEXIA BRANCATO     alexia.brancato@kirkland.com, kenymanagingclerk@kirkland.com

ALLAN KANNER     a.kanner@kanner-law.com, a.tennis@kanner-law.com, c.whiteley@kanner-law.com, k.crowell@kanner-law.com, l.hilton@kanner-law.com

ALYSON LOUISE OLIVER     notifications@oliverlawgroup.com

ANDRES RIVERO     arivero@riveromestre.com, arolnick@riveromestre.com, cwhorton@riveromestre.com, ddaponte@riveromestre.com, jmestre@riveromestre.com, npuentes@riveromestre.com, palvarez@riveromestre.com, receptionist@riveromestre.com, rsanchez@riveromestre.com

ANDREW DAVID KAPLAN     akaplan@crowell.com

ANDREW JOSEPH OBERGFELL     aobergfell@bursor.com, aleslie@bursor.com, rrichter@bursor.com

ANDREW LANE REISSAUS     areissaus@hollingsworthllp.com, andrew-reissaus-5488@ecf.pacerpro.com, losartan-5194@ecf.pacerpro.com, prevacid-7950@ecf.pacerpro.com

ANNA BLIZZARD GREENBERG     agreenberg@blizzardlaw.com, jpiper@blizzardlaw.com

ANNESLEY HODGES DEGARIS     adegaris@degarislaw.com, asapone@degarislaw.com

ANTHONY MICHAEL CHRISTINA     achristina@lowey.com, 3918436420@filings.docketbird.com, aoc5144@gmail.com

ASHLEIGH ELIZABETH RASO     araso@meshbesher.com, mfrenz@meshbesher.com

ASHTON R. SMITH     ashton@moorelawgroup.com

BEHRAM V. PAREKH     bvp@kirtlandpackard.com, fr@kirtlandpackard.com,

gs@kirtlandpackard.com, kcb@kirtlandpackard.com, mfc@kirtlandpackard.com, rr@kirtlandpackard.com

BETH S. ROSE     brose@sillscummis.com, mco@sillscummis.com, vlodato@sillscummis.com

BISMA MUHAMMED     bmuhammed@sillscummis.com

BRIAN A. GOLDSTEIN     brian.goldstein@cellinoandbarnes.com, alex.greco@cellinoandbarnes.com, michael.williams@cellinoandbarnes.com

BRIAN H. RUBENSTEIN     rubensteinb@gtlaw.com

BRIAN LUCAS SPADORA     bspadora@sillscummis.com, mdelgiudice@sillscummis.com

BRIAN T. KU     brian@kumussman.com, reyna@kumussman.com

BRITTON LAURENCE ST.ONGE     bstonge@polsinelli.com, AConrad@polsinelli.com, STLDocketing@polsinelli.com, tnelsonburris@polsinelli.com

BRUCE ANTHONY MCMULLEN     bmcmullen@bakerdonelson.com, kbnewman@bakerdonelson.com

BRYAN SCHEFMAN     bryan@schefmanlaw.com, jessica.hs@schefmanlaw.com, ksorensen@schefmanlaw.com

Brittney Nagle     bee.nagle@kirkland.com, kenymanagingclerk@kirkland.com

CALLE M. MENDENHALL     cmendenhall@frplegal.com, cisbell@frplegal.com

CAMERON E. GRANT     cgrant@sakg.com

CARLOS FRANCISCO ORTIZ     carlos.ortiz@nortonrosefulbright.com, calendaring-nortonrose-9955@ecf.pacerpro.com, nymcocalendaring@nortonrosefulbright.com

CHARLES J. FALLETTA     cfalletta@sillscummis.com, cfalletta@gmail.com, edocket@sillscummis.com, mdelgiudice@sillscummis.com

CHRISTOPHER BRETT VAUGHN     brett@hollislawfirm.com

CHRISTOPHER J. DALTON     christopher.dalton@bipc.com

CHRISTOPHER LUKE COFFIN     ccoffin@pbclawfirm.com, sdupont@pbclawfirm.com

CHRISTOPHER T. HELLUMS     chrish@pittmandutton.com, jills@pittmandutton.com, PDH-efiling@pittmandutton.com

CLEM C. TRISCHLER     cct@pietragallo.com, jmr@pietragallo.com, ren@pietragallo.com, trg@pietragallo.com

CURTIS BRADLEY MINER    curt@colson.com, claudiav@colson.com, michelle@colson.com

DAMON J. BALDONE    damon@baldonelaw.com, thomas@baldonelaw.com

DANIEL A. NIGH    dnigh@levinlaw.com, lmassey@levinlaw.com, mpendley@levinlaw.com

DANIEL AARON RIHN    arihn@peircelaw.com, mrossi@peircelaw.com

DANIEL C. FLEMING    dfleming@wongfleming.com, jmarrazo@wongfleming.com, sshalloo@wongfleming.com

DANIEL CALEB LEVIN    dlevin@lfsblaw.com, jlascio@lfsblaw.com

DANIEL V KOHLS    dkohls@hansenkohls.com, rkytonen@hansenkohls.com, sschiele@hansenkohls.com

DANIEL WILLIAM ROBERTSON    drobertson@hansenkohls.com, rkytonen@hansenkohls.com, sschiele@hansenkohls.com

DAVID E. SELLINGER    sellingerd@gtlaw.com, brunoma@gtlaw.com, mc, NJLitDock@gtlaw.com, whitmana@gtlaw.com

DAVID I. CATES    dcates@cateslaw.com, rmcmanus@cateslaw.com

DAVID JOHN STANOCH    dstanoch@golombhonik.com, cbarnes@golombhonik.com

DAVID LEE HOBBS    david_hobbs@fleming-law.com, ssalvide@fleming-law.com

DAVID MALCOLM MCMULLAN , JR    dmcmullan@barrettlawgroup.com, bhamilton@barrettlawgroup.com, ntmaddux@barrettlawgroup.com

DAWNN ELAYNE BRIDDELL    dbriddell@duanemorris.com, khajna@duanemorris.com

DENNIS M. GEIER    dgeier@cprlaw.com, cmcnelis@cprlaw.com, emorgera@cprlaw.com, klawson@cprlaw.com

DEVORA WHITMAN ALLON    devora.allon@kirkland.com, ecf-b6317641dae4@ecf.pacerpro.com, kenymanagingclerk@kirkland.com

DONALD PATRICK MCKENNA , JR    don@hwnn.com, lynne@hwnn.com

DONALD R. MCMINN    dmcminn@hollingsworthllp.com, don-mcminn-3840@ecf.pacerpro.com, ecfsartan@hollingsworthllp.com, losartan-5194@ecf.pacerpro.com, ngarder@hollingsworthllp.com

EDWIN EARL WALLIS    ewallis@gwtclaw.com, achapman@gwtclaw.com

EIZABETH FLETCHER QUINBY    equinby@preti.com, jcronan@preti.com

ELIZABETH NORRIS    ellie.norris@nortonrosefulbright.com, rodger.penton@nortonrosefulbright.com

ELLEN A PRESBY    ellen@vwpwlaw.com

EMILY JEFFCOTT    ejeffcott@forthepeople.com

ERIC I. ABRAHAM    eabraham@hillwallack.com, dstipo@hillwallack.com, nshah@hillwallack.com, rfiebig@wileyrein.com

ERNEST F. KOSCHINEG , III    ekoschineg@c-wlaw.com, mwilliams@c-wlaw.com

FRANK SPANO    fspano@polsinelli.com

FRANKLIN GADDY    frank@hickslawoffices.com

GENEVIEVE M. ZIMMERMAN    gzimmerman@meshbesher.com, hsternquist@meshbesher.com

GEOFFREY MARVIN COAN    gcoan@hinshawlaw.com, lgrimard@hinshawlaw.com

GEORGE ALLEN BARTON    gab@georgebartonlaw.com

GEORGE T. WILLIAMSON    gwilliamson@farr.com, akibler@farr.com, jbradsher@farr.com

GRANT CAMERON WRIGHT    gwright@hillwallack.com, mverdadero@HillWallack.com

GREGORY PAUL HANSEL    ghansel@preti.com, BClark@preti.com, kwoodman@preti.com, mzschokke@preti.com

HEATHER ANN PIGMAN    hpigman@hollingsworthllp.com, rduncan@hollingsworthllp.com

HENRY SCHWARTZ , I    henry_schwartz@msn.com

HILARY ELIZABETH JOHNSON    hjohnson@crowell.com

HOWARD B. MANKOFF    hmankoff@mdwcg.com

HUNTER J. SHKOLNIK    hunter@napolilaw.com, 1505475420@filings.docketbird.com, Jarroyo@nsprlaw.com, Rachels@napolilaw.com

IRENE M. MCLAFFERTY    irene@messalaw.com, chill@messalaw.com, dfeltman@messalaw.com

JAMES ALEX WATKINS    jaw@capitelliandwicker.com, michelle@capitelliandwicker.com, scordes@capitelliandwicker.com

JAMES C. SHAH    jshah@sfmslaw.com, nfinkelman@sfmslaw.com,

pleadings@sfmslaw.com, smoss@sfmslaw.com

JAMES M. SIMPSON , JR    simpson@fridayfirm.com, enesdahl@fridayfirm.com, jasmith@fridayfirm.com

JAMES R. REEVES , JR    jrr@rmlawcall.com, beh@rmlawcall.com

JAMI S OLIVER    joliver@jamioliver.com

JANET LYNN POLETTO    jpoletto@hkmpp.com, rblanton@hkmpp.com

JASON CHARLES CHAMBERS    jason@hollislawfirm.com

JASON MICHAEL REEFER    jmr@pietragallo.com, bill.rodgers@mylan.com, bradley.matta@mylan.com, brian.cuthbertson@mylan.com, douglas.miner@mylan.com, dsm@pietragallo.com, elana.williams@mylan.com, trg@pietragallo.com

JASON R. PARISH    jason.parish@bipc.com, alison.sharp@bipc.com, jacqueline.thomas@bipc.com

JASON S. RATHOD    jrathod@classlawdc.com, info@classlawdc.com

JASON TRAVIS BROWN    jtb@jtblawgroup.com, administration@jtblawgroup.com, cocozguan@jtblawgroup.com, nicholasconlon@jtblawgroup.com, patalmonrode@jtblawgroup.com, tonyteng@jtblawgroup.com

JAY PHILIP LEFKOWITZ    lefkowitz@kirkland.com, jay-lefkowitz-2474@ecf.pacerpro.com, kenymanagingclerk@kirkland.com

JEFFREY GREENE    greenej@gtlaw.com, limak@gtlaw.com

JEFFREY A. KENNARD    jkennard@sakg.com

JEFFREY DANIEL GEOPPINGER    jgeoppinger@ulmer.com, jsuggs@ulmer.com

JENNIFER A. MAURI    jmauri@mrllp.com, lrodriguez@mrllp.com

JENNIFER A. MOORE    jennifer@moorelawgroup.com, kara@moorelawgroup.com, mary@moorelawgroup.com

JERRY A. LINDHEIM    jlindheim@lockslaw.com, eseals@lockslaw.com

JESSICA ANN PRISELAC    jpriselac@duanemorris.com, AWaleko@duanemorris.com, emedina@duanemorris.com

JESSICA MARGARET HEINZ    jheinz@c-wlaw.com, mwilliams@c-wlaw.com

JOHN SAWIN    jsawin@sawinlawyers.com

JOHN D. SILEO    jack@johnsileolaw.com, amanda@johnsileolaw.com,

casey@johnsileolaw.com, noele@johnsileolaw.com

JOHN JOSEPH CRONAN , III    jcronan@preti.com

JOHN RANDOLPH DAVIS    jdavis@slackdavis.com, bquestad@slackdavis.com, lstrickland@slackdavis.com

JONATHAN D. JANOW    jonathan.janow@bipc.com, alison.sharp@bipc.com

JONATHAN S MANN    jonm@pittmandutton.com, jills@pittmandutton.com, PDH-efiling@pittmandutton.com

JOSE D. ROMAN    jroman@lawppl.com, frontdesk@lawppl.com

JOSEPH D. LANE    jlane@cochranfirm.com, EOrtega@CochranFirm.com, joelane@cochranfirm.com, lzander@cochranfirm.com

JOSEPH I. MARCHESE    jmarchese@bursor.com, scott@bursor.com

JOSEPH STEVE PIACUN    jpiacun@gprlawyers.com, ebrune@gprlawyers.com

JOSEPH T. WAECHTER    jwaechter@forthepeople.com, hcullen@forthepeople.com, jcanarela@forthepeople.com

JULIA KOESTNER WITTMAN    julia.wittman@quarles.com, debra.hitchens@quarles.com

Joseph S. Ferretti    jsferretti@duanemorris.com

Justin R. Parafinczuk    jparafinczuk@pwslawfirm.com

KARA KAPKE    kara.kapke@btlaw.com, jperkins@btlaw.com, jsmethers@btlaw.com

KAY L. VAN WEY    courtfilings@vanweylaw.com, jeanne@vanweylaw.com

KELLY A. WATERS    kwaters@wshblaw.com, afioretti@wshblaw.com, kcepuchowicz@wshblaw.com, scoston@wshblaw.com

KENNETH G. GILMAN    kgilman@gilmanpastor.com, rdambrosio@gilmanpastor.com

KENNETH W DEJEAN    kwdejean@kwdejean.com, adam@kwdejean.com, jessicap@kwdejean.com, natalie@kwdejean.com

KIRSTIN B. IVES    kbi@falkenbergives.com, ag@falkenbergives.com

KRISTEN LEE RICHER    kristen.richer@btlaw.com, jerod.williams@btlaw.com

LANNY H. DARR    darr@darrfirm.com, amy@darrfirm.com, kimberly@darrfirm.com

LARACLAY PARKER    lparker@goldenlawoffice.com, jennifer@goldenlawoffice.com

LAUREN ELLIOTT STINE     lauren.stine@quarles.com, DocketAZ@quarles.com, maria.marotta@quarles.com

LEVI M. PLESSET     lplesset@mjfwlaw.com, abrazel@mjfwlaw.com, mfox@mjfwlaw.com

LINDA WONG     lwong@wongfleming.com, Anavarro@wongfleming.com, obrennan@wongfleming.com, sshalloo@wongfleming.com

LLOYD WEAVERR GATHINGS , II     lgathings@gathingslaw.com

LORI G. COHEN     cohenl@gtlaw.com, cruzo@gtlaw.com

LOUIS FRANCIS TUMOLO     louis.tumolo@beasleyfirm.com, lt1@beasleyfirm.com

Luke Bresnahan     lbresnahan@crowell.com

MARK R. MUELLER     mark@muellerlaw.com, aeddy@muellerlaw.com, receptionist@muellerlaw.com, sfaries@muellerlaw.com

MARK T. SADAKA     mark@sadakafirm.com, ecf@sadakafirm.com

MARLENE J GOLDENBERG     mjgoldenberg@goldenberglaw.com, LMainguy@goldenberglaw.com, rarchambeau@goldenberglaw.com, scherif@goldenberglaw.com

MARTIN DANIEL CRUMP     martin.crump@daviscrump.com, latrisha@daviscrump.com, robert.cain@daviscrump.com, susan.gavagnie@daviscrump.com, taylor.hardenstein@daviscrump.com

MARTIN P. SCHRAMA     mschrama@stark-stark.com, ccarlson@stark-stark.com, rpettiford@stark-stark.com, scolellawalsh@stark-stark.com

MATIAS JOSE ADROGUE     service@mjalawyer.com, mja@mjalawyer.com

MATT MORRISON     Matt@TheTrialLawyers.com, Chelsea@TheTrialLawyers.com

MATTHEW D. KNEPPER     matt.knepper@huschblackwell.com

MATTHEW PALMER LAMBERT     plambert@gainsben.com, cberg@gainsben.com, lstevens@gainsben.com, mennis@gainsben.com

MEGAN A. ZMICK     maz@falkenbergives.com, ag@falkenbergives.com

MEGAN E. GROSSMAN     megan.grossman@lewisbrisbois.com, Claire.Reeves@lewisbrisbois.com, Myra.Lewis@lewisbrisbois.com

MELISSA S. GELLER     msgeller@duanemorris.com, AutoDocketNWK@duanemorris.com, CAllagoa@duanemorris.com, DCismowski@duanemorris.com

MICHAEL A. LONDON     mlondon@douglasandlondon.com,

adileo@douglasandlondon.com, gdouglas@douglasandlondon.com, kpadden@douglasandlondon.com, lferrante@douglasandlondon.com, lgreenberg@douglasandlondon.com, lmaldonado@douglasandlondon.com, lsay@douglasandlondon.com, rnewman@douglasandlondon.com, vanello@douglasandlondon.com

MICHAEL C. SALVO    michael.salvo@admlaw.com, kaitlyn.Fraser@admlaw.com, msalvo@verizon.net

MICHAEL CARROLL SCHAFLE    mschafle@greenlegalteam.com, dcarney@greenlegalteam.com

MICHAEL CHARLES ZOGBY    michael.zogby@faegredrinker.com, tina.tucci@faegredrinker.com

MICHAEL J. OGBORN    mike.ogborn@omtrial.com

MICHAEL JOSEPH MODL    mmodl@axley.com, lniebuhr@axley.com

MICHAEL L. KELLY    mlk@kirtlandpackard.com, mfc@kirtlandpackard.com

MICHAEL P. MCGARTLAND    mike@mcgartland.com, Stefani@mcgartland.com

MICHAEL S. CATLETT    Michael.Catlett@azag.gov, ACL@azag.gov

MILA BARTOS    mbartos@finkelsteinthompson.com

MOLLY E. FLYNN    molly.flynn@faegredrinker.com

MORRIS S. DWECK    dweck.morris@gmail.com, cbeboe@bernlieb.com, dburke@bernlieb.com, dweck@bernlieb.com, ebrown@bernlieb.com, ECalderon@bernlieb.com, gboss@bernlieb.com, LEidelman@bernlieb.com, mnunez@bernlieb.com, ndube@bernlieb.com, sross@bernlieb.com

MYLES MCGUIRE    mmcguire@mcgpc.com

NAKUL Y. SHAH    nshah@hillwallack.com

NATALIE M. DEJEAN    natalie@kwdejean.com, adam@kwdejean.com, jessica@kwdejean.com

NICHOLAS A. MIGLIACCIO    nmigliaccio@classlawdc.com, info@classlawdc.com

NICHOLAS RYAN ROCKFORTE    nrockforte@pbclawfirm.com

NICHOLAS S. CLEVENGER    nsc@petersonlawfirm.com, csc@petersonlawfirm.com

NICOLE D. GALLI    ndgalli@ndgallilaw.com

PAIGE NICOLE BOLDT    pboldt@wattsguerra.com, amorales2@wattsguerra.com,

rcarmony@wattsguerra.com

PAMELA A. BORGESS     pborgess@borgesslaw.com, ebrogan@borgesslaw.com

PATRICK SHANAN MONTOYA     patrick@colson.com, Claudiav@colson.com, yilianne@colson.com

PAUL A. HIGDON     seho@higdonlawyers.com, staff@higdonlawyers.com

PAUL T. GESKE     pgeske@mcgpc.com

PAULINE F. TUTELO     pftutelo@mdwcg.com

PETER D. ST. PHILLIP , JR     pstphillip@lowey.com, 5680211420@filings.docketbird.com

PETER JOSEPH JOHNSEN     peter.johnsen@beasleyfirm.com, lt1@beasleyfirm.com, pj1@beasleyfirm.com

PETER LAWRENCE KAUFMAN     kaufman@psblaw.com, aranda@psblaw.com, lam@psblaw.com

PIUS AKAMDI OBIOHA     pius@obiohalaw.com, pakamdi@aol.com

Patricia L. McGrail     pmcgrail@mcgrailassociates.com

QUENTIN F. URQUHART , JR     qurquhart@irwinllc.com, mries@irwinllc.com

RACHEL GEMAN     rgeman@lchb.com, hselhorst@lchb.com

REBECCA EILEEN BAZAN     rebazan@duanemorris.com

RICHARD LEE ROOT     rroot@morrisbart.com, bbarnes@morrisbart.com, jpalacios@morrisbart.com, lgodshall@morrisbart.com, mreed@morrisbart.com

ROBBIE FREYDA ROGART     rrogart@crowell.com, robbie.rogart@gmail.com

ROBERT ELMORE BLANTON , JR     rblanton@hkmpp.com, asilva@hkmpp.com, jpoletto@hkmpp.com

ROBERT L SACHS , JR     rsachs@shragerlaw.com

ROBIN P LOURIE     robin@lourielaw.net

RODNEY VERIL TAYLOR     rodtaylor@abatelegal.com

ROSEMARIE RIDDELL BOGDAN     rrbvalsartan@1800law1010.com, dolores.desalvo@1800law1010.com, kristen.winner@1800law1010.com

RUBEN HONIK     rhonik@golombhonik.com, emalloy@golombhonik.com

SARAH ELIZABETH JOHNSTON    sarah.johnston@btlaw.com, constance.lewis@btlaw.com, docket-la@btlaw.com, jennifer.fukai@btlaw.com

SCOTT A. BURSOR    scott@bursor.com, dschroeder@bursor.com, gmcculloch@bursor.com, rrichter@bursor.com

SCOTT ALLEN BENKIE    sabenkie@aol.com, bclaw@benkiecrawford.com

SEAN PATRICK STEINMAN    ssteinman@ronaustinlaw.com

SEJAL K. BRAHMBHATT    sbrahmbhatt@whlaw.com, irivera@whlaw.com, rglinski@whlaw.com, scoleman@whlaw.com

SETH A. GOLDBERG    sagoldberg@duanemorris.com, baschwartz@duanemorris.com, CWHill@duanemorris.com, rapone@duanemorris.com

SHEVON D.B. ROCKETT    rockett.shevon@dorsey.com

SIGMUND DAVID SCHUTZ    sschutz@preti.com, jcharron@preti.com

SINDHU SUSAN DANIEL    sdaniel@baronbudd.com, bclark@baronbudd.com, chguerra@baronbudd.com, hwerkema@baronbudd.com, khewlett@baronbudd.com, schakrabarty@baronbudd.com

STACY ANN BURROWS    stacy@georgebartonlaw.com, gab@georgebartonlaw.com

STEFANIE LYNN COLELLA-WALSH    scolella-walsh@stark-stark.com, ccarlson@stark-stark.com, kcalandra@stark-stark.com, rpettiford@stark-stark.com

STEPHEN SKINNER    sskinner@skinnerfirm.com, 6371733420@filings.docketbird.com, craze@skinnerfirm.com

STEVE FARIES    sfaries@muellerlaw.com, aeddy@muellerlaw.com, receptionist@muellerlaw.com

STEVEN C. BABIN , JR    steven.babin@babinlaws.com, 4580358420@filings.docketbird.com, aaron.porterfield@babinlaws.com, elizabeth.robertson@babinlaws.com, emilee.casey@babinlaws.com, kemmily.kwok@babinlaws.com

STEVEN M. HARKINS    harkinss@gtlaw.com, cruzo@gtlaw.com

Sidney Jackson    sjackson@wigginschilds.com

TERENCE J. SWEENEY    SweeneyLawFirm@optonline.net

THOMAS P. GIUFFRA    slevin@rheingoldlaw.com, mdweck@rheingoldlaw.com

TIMOTHY PATRICK KINGSBURY    tkingsbury@mcgpc.com

TYLER G. JOHANNES    tgj@falkenbergives.com, ag@falkenbergives.com

URIEL RABINOVITZ    urabinovitz@lowey.com, 7845857420@filings.docketbird.com

VICTORIA DAVIS LOCKARD    lockardv@gtlaw.com, cruzo@gtlaw.com

VINITA GANDHI    vinita@yourattorney.com

WALTER H. SWAYZE , III    pete.swayze@lewisbrisbois.com, kelly.liebers@lewisbrisbois.com, megan.grossman@lewisbrisbois.com

WESLEY CHADWICK COOK    chad.cook@beasleyallen.com, crystal.jacks@beasleyallen.com, david.dearing@beasleyallen.com, ellen.royal@beasleyallen.com, tabitha.dean@beasleyallen.com

WYATT JOHN BERKOVER    wberkover@vogelzanglaw.com, filings@vogelzanglaw.com

Weston P. Pesillo    wpesillo@mcgrailassociates.com

William Morris Bristol    wmb@garyfrankelaw.com

**1:19-md-02875-RBK-JS Notice has been sent by regular U.S. Mail:**

MCGARTLAND


Alan H. Rolnick
COUNSEL NOT ADMITTED TO USDC NJ BAR
Rivero Mestre LLP
2525 Ponce de Leon Blvd.
Suite 1000
Coral Gables, FL 33134

Ali R Yousefi
Law Offices Of Ali Yousefi, P.C.
75 Broadway Street Suite 202
San Francisco, CA 94111

Andrea T McKellar
COUNSEL NOT ADMITTED TO USDC NJ BAR
McKellar Hyde PLC
4235 Hillsboro Pike
Suite 300
Nashville, TN 37215

Charles L. Cannon , III
NOT A MEMBER OF USDC NJ BAR
Mahoney Crowe & Goldrick
36 S. Wabash Ave.
Suite 1300

Chicago, IL 60603

DREW T DORNER
NOT A MEMBER OF THE USDC NJ BAR
Duane Morris, LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004

Daniel Chike Obioha
COUNSEL NOT ADMITTED USDC NJ BAR
Law Offices of Pius Obioha and Associates, LLC
1550 North Broad St.
New Orleans, LA 70119

David V. McLendon
COUNSEL NOT ADMITTED TO USDC NJ BAR
Watts Guerra LLP (San Antonio)
4 Dominion Dr.
Bldg. 3
Suite 100
San Antonio, TX 78257

Donecia Banks Miley
COUNSEL NOT ADMITTED TO USDC NJ BAR
Dean Morris, LLC
1505 N. 19th Street
Monroe, LA 71201

ELINOR HART MURAROVA
NOT A MEMBER USDC NJ BAR
Duane Morris LLP
190 S. LaSalle Street
Suite 3700
Chicago, IL 60603

Elizabeth Azadeh Zareh
Zareh and Associates
One Embarcadero
Suite 1020
San Francisco, CA 94111

Evan J. Godofsky
COUNSEL NOT ADMITTED USDC NJ BAR
Larzelere, Picou, Wells, Simpson, Lonero, LLC
Two Lakeway Center
3850 N. Causeway Blvd.
Suite 500
Metairie, LA 70002

Graham Caughman Talley

COUNSEL NOT ADMITTED TO USDC NJ BAR
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201

Henry R. Schwartz , I
COUNSEL NOT ADMITTED TO USDC NJ BAR
32 Court Street
Ste 908
New York, NY 11201

JAMES LACY


JESSICA A. PEREZ
COUNSEL NOT ADMITTED TO USDC NJ BAR
PENDLEY BAUDIN & COFFIN LLP
1100 POYDRAS STREET
NEW ORLEANS, LA 70163

Jason Ruskin Reese
COUNSEL NOT ADMTTED TO USDC NJ BAR
WAGNER REESE & CROSSEN, LLP
11939 North Meridian Street
Carmel, IN 46032

John J Macinerney
Hofeld and Schaffner
30 North LaSalle Street
Suite 3120
Chicago, IL 60602

KARTIK MADIRAJU
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
250 HUDSON STREET
8TH FLOOR
NEW YORK, NY 10013

KEVIN F HORMUTH
COUNSEL NOT ADMITTED TO USDC-NJ BAR
GREENSFELDER & HEMKER
EQUITABLE BUILDING
10 SOUTH BROADWAY
SUITE 2000
ST LOUIS, MO 63102

Kathleen M. O'Donnell
COUNSEL NOT ADMITTED TO USDC NJ BAR

ODonnell Law Firm
327 Gorham Street
Lowell, MA 01852

Kelly T. Currie
COUNSEL NOT ADMITTED TO USDC NJ BAR
Crowell & Moring, LLP
590 Madison Avenue
20th Flr
New York, NY 10022

L Clayton Burgess
COUNSEL NOT ADMITTED USDC NJ BAR
Law Office of L Clayton Burgess
605 W Congress St
Lafayette, LA 70501

MARY WU TULLIS
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC
165 MADISON AVENUE
SUITE 200
MEMPHIS, TN 38103

MEREDITH PROCTOR GRANT
NOT A MEMBER OF USDC NJ BAR
Duane Morris, LLP
750 B Street
Suite 2900
San Diego, CA 92101
United Sta

MICHAEL L. SLACK
NOT A MEMBER OF USDC NJ BAR
Slack Davis Sanger, LLP
2705 Bee Cave Road
Suite 200
Austin, TX 78746

MICHELLE NICOLE MICHAEL
MARSHALL DENNEHEY WARNER COLEMAN AND GOGGIN
425 EAGLE ROCK AVE.
ROSELAND, NJ 07068

Michael Brandon Smith
COUNSEL NOT A MEMBER OF USDC NJ BAR
Childers, Schlueter & Smith, LLC
Suite 100
1932 North Druid Hills Road
Atlanta, GA 30319

Morgan J. Wells , Jr
COUNSEL NOT ADMITTED USDC NJ BAR
Larzelere, Picou, Wells, Simpson, Lonero, LLC
Two Lakeway Center
3850 N. Causeway Blvd.
Suite 500
Metairie, LA 70002

PAUL EVANS CHRONIS
NOT A MEMBER OF USDC NJ BAR
Duane Morris LLP
190 South LaSalle Street
Suite 3700
Chicago, IL 60603

PAUL G. JOYCE
NOT A MEMBER OF USDC NJ BAR
Colucci & Gallaher, P.C.
2000 Liberty Building
424 Main Street
Buffalo, NY 14202-3695

PAUL STUART ROTHSTEIN
PAUL S ROTHSTEIN PA - GAINESVILLE FL
626 NE 1ST ST
GAINESVILLE, FL 32601

Peter J. Ainsworth
COUNSEL NOT ADMITTED USDC NJ BAR
Meehan, Boyle, Black & Bogdanow, P.C.
Two Center Plaza
Suite 600
Boston, MA 02108-1922

ROBERT A COX
NOT A MEMBER OF USDCNJ BAR
Glassman, Wyatt, Tuttle & Cox, P.C.
26 North Second Street
Memphis, TN 38103

ROBERT K ERLANGER
220 FIFTH AVENUE
SUITE 1702
NEW YORK, NY 10001

SCOTT ANTHONY MORGAN
NOT MEMBER OF USDC NJ BAR
Morgan Law Firm, Ltd.
55 W. Wacker Drive
Suite 900

Chicago, IL 60601

Stanley Paul Baudin
COUNSEL NOT ADMITTED USDC NJ BAR
Pendley, Baudin & Coffin, LLP (Plaquemine)
P. O. Drawer 71
24110 Eden St.
Plaquemine, LA 70765-0071