**Ethan Feldman**

| | |
|---|---|
| **From:** | Ben Stellpflug <bstellpflug@goldenberglaw.com> |
| **Sent:** | Friday, February 19, 2021 2:59 PM |
| **To:** | Ethan Feldman |
| **Subject:** | Re: Valsartan Red-Lined Third Party Domestic Subpoenas |

Hi Ethan:

I am in agreement with you after taking a look at the transcript from the Jan. 5 hearing. We can agree to exclude draft documents and privileged documents from these new subpoenas. I am also willing to limit these only to Valsartan in the interest of wrapping this meet and confer process up.

You said you had red-lined at least one of the subpoenas in full on your end. Mind passing that along to me? I would like to avoid going back and forth numerous times finalizing these, so I am happy to follow along with your narrowing. I will obviously pass along final versions to you before serving them. Let me know if you won't be able to pass that one along. Thanks.

**Benjamin C. Stellpflug • Associate Attorney**
**GoldenbergLaw, PLLC**
800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402
Direct: (612) 436-5039 • Toll-Free: (855) 333-4662 X939 • Fax: (612) 367-8107
email • website • bio

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you receive this e-mail in error, please notify the sender at 612-333-4662 or by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.

---

**From:** Ethan Feldman <EFeldman@c-wlaw.com>
**Sent:** Friday, February 19, 2021 11:10 AM
**To:** Ben Stellpflug <bstellpflug@goldenberglaw.com>
**Subject:** RE: Valsartan Red-Lined Third Party Domestic Subpoenas

Sounds great.

**Ethan R. Feldman** | Associate

**CIPRIANI & WERNER PC**

450 SENTRY PARKWAY, SUITE 200 | BLUE BELL, PA 19422
(610) 567-0700 (MAIN) | www.c-wlaw.com
PENNSYLVANIA • NEW JERSEY • WEST VIRGINIA • DELAWARE • MARYLAND • WASHINGTON DC • NEW YORK • VIRGINIA

This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges, and is otherwise protected from disclosure under applicable law. It constitutes non-public information intended to be conveyed only to the designated recipient. If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving this communication in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient is not a waiver of any attorney/client or other privilege.