# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: Valsartan, Losartan And Irbesartan Products Liability Litigation<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 1:19-md-2875 (RBK/JS) |

## WAIVER OF SERVICE OF SUMMONS

To: Marlene Goldenberg

    I have received your request to waive service of a summons in this action along with a copy of the Complaint, two copies of this waiver of service form, and a prepaid means of returning one signed copy of the waiver form to you.

    On behalf of Express Scripts, Inc., I waive service of the summons and the Losartan Master Personal Injury Complaint in this case.

    In waiving service of process, Express Scripts, Inc., preserves all of its defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the action.

    I also understand that the Court has stayed the deadline to serve an answer or a motion under Rule 12 to this Complaint.

Date: March 9, 2021

Express Scripts, Inc.

                                                        */s/ A. James Spung*
                                                        Matthew D. Knepper (pro hac vice)
                                                        A. James Spung (pro hac vice)
                                                        Husch Blackwell LLP
                                                        190 Carondelet Plaza, Ste 600
                                                        St. Louis, MO 63105
                                                        Phone: (314) 480-1500
                                                        matt.knepper@huschblackwell.com
                                                        james.spung@huschblackwell.com

                                                        *Attorneys for Express Scripts, Inc.*