# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | No. 1:19-md-2875-RBK<br><br>Hon. Robert Kugler<br><br>Hon. Joel Schneider<br><br>**CERTIFICATION OF COUNSEL FOR MOTION FOR ADMISSION *PRO HAC VICE* OF CRAIG L. SANDERS** |

**CERTIFICATION OF COUNSEL PURSUANT TO D.N.J. L.CIV.R. 101.1 (c)(1)**

I, Craig L. Sanders, a lawyer who is not a member of the bar of this district, submits this Certification of Counsel to be admitted to appear in this case *pro hac vice* on behalf of Macleods Pharma USA, Inc. I further state that I will comply with the associate counsel requirements of D.N.J. L.Civ.R. 101.1 by associating with Kevin M. Capuzzi, an attorney who has been admitted to the bar of this district under D.N.J. L.Civ.R. 101.1 and who is appearing on behalf of Macleods Pharma USA, Inc. Pursuant to D.N.J. L.Civ.R. 101.1 (c)(1), I certify the following is true and correct.

I state that I am currently admitted to practice in the following jurisdictions:

| Bar | Admission Date | Good Standing |
|---|---|---|
| Illinois Supreme Court | November 2017 | Yes |
| United States District Court, Northern District of Illinois | November 2018 | Yes |
| United States District Court, District of Colorado | May 2020 | Yes |
| U.S. Court of Appeals, Seventh Circuit | November 2018 | Yes |

I further state that no disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction in which I have practiced.

I am entering my appearance on behalf of Macleods Pharma USA, Inc.

I agree to abide by the applicable rules of the Court.

I certify that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: March 10, 2021

[signature]

Craig L. Sanders (Illinois No. 6327541)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: 312.624.6332
Facsimile: 312.767.9192
Email: csanders@beneschlaw.com

ELENA MANZO
Official Seal
Notary Public - State of Illinois
My Commission Expires Feb 23, 2024

SWORN AND SUBSCRIBED before me, this 10th day of March, 2021.

[signature]
NOTARY PUBLIC