## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2021, a copy of the foregoing *Motion for Admission Pro Hac Vice of Craig L. Sanders* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

          /s/ *Kevin M. Capuzzi*
Kevin M. Capuzzi (NJ No. 173442015)

*Counsel for Macleods Pharma USA, Inc.*