# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, : | |
| LOSARTAN, and IRBESARTAN : | MDL No. 19-2875 (RBK/KW) |
| PRODUCTS LIABILITY LITIGATION : | |
| : | |
| This Order Relates to all Cases : | |

## SPECIAL MASTER ORDER NO. 7

NOW, this 12th day of March, 2021, **IT IS HEREBY ORDERED THAT** oral argument via Zoom will be held on the issue of the adequacy of ZHP's Chinese State Secret Log, raised at pages 7 through 17 of Plaintiffs' March 9, 2021 letter (Doc. 1011), on **Tuesday, March 16, 2021, at 11:00 a.m.**

**IT IS FURTHER ORDERED THAT** a status report on the efforts to resolve the Hetero discovery issues, addressed at pages 17-18 of Plaintiffs' March 9, 2021 letter (Doc. 1011), shall be filed no later than **Tuesday, March 16, 2021.**

s/ Thomas I. Vanaskie<br>
Hon. Thomas I. Vanaskie (Ret.)<br>
Special Master

1