# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge<br><br>Honorable Karen M. Williams,<br>Magistrate Judge |

## [PROPOSED] ORDER

**AND NOW,** on this _____ day of _____ 2021, upon consideration of the attached Stipulation, it is hereby **ORDERED** that the Stipulation is **APPROVED** and Walgreens Boots Alliance, Inc. is hereby dismissed without prejudice from this Action.

**IT IS SO ORDERED**.

Dated:_____

_____
Hon. Robert B. Kugler, U.S.D.J.