UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER |

## ORDER

WHEREAS, Plaintiffs filed the Master Losartan Personal Injury and Master Losartan Medical Monitoring Complaints on December 18, 2020 and the First Amended Consolidated Losartan Class Action Complaint on January 15, 2021 (collectively the "Losartan Master Complaints");

WHEREAS the Court previously ordered that Teva Pharmaceutical Industries Ltd., located in Israel, only had to be served with one type of complaint in this MDL with Hague Service Convention procedure, and "any subsequent complaint in this MDL, service via electronic means upon their U.S. counsel suffices as due process notice under Rule 4," *see* 5/7/2019 Order (ECF 99) (the "May 7, 2019 Order");

WHEREAS, Teva Pharmaceutical Industries Ltd. was served with a prior complaint in this MDL via Hague Service Convention procedure on January 31, 2019;

WHEREFORE, it is hereby ORDERED that, pursuant to the May 7, 2019 Order, Teva Pharmaceutical Industries Ltd. is deemed served, pursuant to Rule of Civil Procedure 4, with the Losartan Master Complaints.

SO ORDERED,

_s/Robert B. Kugler_____
Robert B .Kugler
United States District Judge

Dated: _____3/15/21_____