**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |

THIS DOCUMENT RELATES TO: *Bonmon v. Aurobindo Pharma Ltd., et al.,*

Case No. 1:20-cv-09207-RBK-JS

**NOTICE OF CANCELLATION OF VIDEOTAPED DEPOSITION**
**OF PLAINTIFF YOLANDA BONMON**

YOU ARE HEREBY NOTIFIED that the deposition of **Yolanda Bonmon** scheduled for **9:00 A.M. EST** on **Thursday, March 25, 2021** is hereby cancelled due witness' conflict with date.

The deposition will be reset to a mutually agreeable date and time.

Date: March 16, 2021

Respectfully submitted,

*s/ Lori G. Cohen*

Lori G. Cohen, *Lead Counsel*
Terminus 200
3333 Piedmont Rd., NE,
Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
cohenl@gtlaw.com

*Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of March, 2021, I caused a true and correct copy of the foregoing Notice of Videotaped Deposition of Plaintiff Yolanda Bonmon to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was originally served on the following Plaintiff's counsel by e-mail, with copies by e-mail to Counsel for Defendants, on March 16, 2021:

George T Williamson, Esq. (counsel for Plaintiff Yolanda Bonmon)
Adam Slater, Esq. (via email, for distribution to Plaintiffs' Counsel)
Daniel A. Nigh, Esq. (via email)
Ruben Honik, Esq. (via email)
David Stanoch, Esq. (via email)
Conlee Whiteley, Esq. (via email)
Jessica Priselac, Esq. (via email, for distribution to Defendants' Counsel)
Seth A. Goldberg, Esq. (via email)
Clem C. Trischler, Esq. (via email)
Sarah E. Johnston, Esq. (via email)

This 16th day of March, 2021.

      *s/ Lori G. Cohen*

Lori G. Cohen, *Lead Counsel*
Terminus 200
3333 Piedmont Rd., NE,
Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
cohenl@gtlaw.com

*Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*