# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | | |
|---|---|---|
| IN RE: VALSARTAN, | : | |
| LOSARTAN, and IRBESARTAN | : | MDL No. 19-2875 (RBK/KW) |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| **This Order Relates to all Cases** | : | |

## SPECIAL MASTER ORDER NO. 8

NOW, this 16th day of March, 2021, **IT IS HEREBY ORDERED THAT** Defendant ZHP shall provide the "cast of characters" information, *i.e.*, the name, title, department, and email address, of each person listed on its Chinese State Secret Logs by March 17, 2021.

**IT IS FURTHER ORDERED THAT** ZHP and Plaintiffs shall meet and confer with respect to possible production of the documents on the Chinese State Secret Logs by March 26, 2019, and shall file a status report on the efforts to resolve the disputes concerning documents withheld on the basis of Chinese State Secret privacy laws no later than Monday, March 29, 2021.

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master
