UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION <br> _____ <br> **This Document Relates to:** <br> *All Actions* <br> _____ | : Hon. Robert B. Kugler <br> : <br> : Civil No. 1:19-md-2875-RBK-JS <br> : <br> : <br> : <br> : <br> : |

## AUROBINDO PHARMA LTD.'S MOTION FOR PROTECTIVE ORDER REGARDING THE DEPOSITION OF DR. A RAM MOHAN RAO AND PRODUCTION OF HIS CUSTODIAL FILE

Aurobindo Pharma Ltd., by and through its undersigned counsel, hereby files this Motion for Protective Order and states as follows:

1. In support of the instant motion, Aurobindo Pharma Ltd. will rely on its accompanying brief and proposed order.

Date: March 16, 2021

Respectfully submitted,

*[signature]*

Jessica M. Heinz, Esq.
CIPRIANI & WERNER
450 Sentry Parkway, Suite 200
Blue Bell, PA 19433
*Attorneys for Aurobindo Pharma USA, Inc., Aurolife Pharma, LLC, and Aurobindo Pharma, Ltd.*