# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | : <br> : <br> : Hon. Robert B. Kugler <br> : <br> : Civil No. 1:19-md-2875-RBK-JS |
| This Document Relates to: | |
| *All Actions* | |

## CERTIFICATE OF SERVICE

I, Jessica M. Heinz, hereby certify that on the below date copies of the foregoing Motion for Protective Order Regarding the Deposition of Dr. A Ram Mohan Rao and Production of his Custodial File and supporting documents have been served via ECF upon counsel for Plaintiffs and all counsel of record in the Court's electronic filing system.

Respectfully submitted,

Date: March 16, 2021

Jessica M. Heinz, Esq.
CIPRIANI & WERNER
450 Sentry Parkway, Suite 200
Blue Bell, PA 19433
*Attorneys for Aurobindo Pharma USA, Inc., Aurolife Pharma, LLC, and Aurobindo Pharma, Ltd.*