UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | : <br> : <br> : Hon. Robert B. Kugler <br> : <br> : Civil No. 1:19-md-2875-RBK-JS |
| This Document Relates to: *All Actions* | |

## ORDER

AND NOW, this _____ day of _____, 2021, after consideration of Aurobindo Pharma Ltd.'s Motion for Protective Order Regarding the Deposition of Dr. A Ram Mohan Rao and Production of his Custodial File, and any response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED. It is further ORDERED that Plaintiffs are precluded from taking the deposition of Dr. A Ram Mohan Rao and from obtaining his custodial file.

_____