

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 main | 609.452.1888 fax
www.hillwallack.com

WRITER'S DIRECT DIAL: (609) 734-6358

March 16, 2021

**Via ECF**
The Honorable Thomas I. Vanaskie (Ret.)
Special Master for Discovery
Stevens & Lee
1818 Market Street, 29th Floor
Philadelphia, PA 19103

  **Re: In re Valsartan, Losartan and Irbesartan**
    **Civil Action No. 19:md-2875-RBK-KMW**

Your Honor:

  We represent Defendants Hetero Drugs Ltd. and Hetero Labs Ltd. ("HLL") in the above referenced matter. We write, pursuant to Your Honor's Order dated March 12, 2021 (D.E. 1021), to provide a status update with respect to HLL's ongoing efforts to cure the deficiencies that Plaintiffs have identified in HLL's document productions.

  As discussed during the Case Management Conference before Your Honor on March 10, 2021, HLL has either resolved or is in the process of resolving the issues Plaintiffs have raised regarding HLL's document productions. Thus far, HLL has made three subsequent document productions, provided two overlay files to correct metadata deficiencies in HLL's document productions, provided an updated privilege log, identified specific data relevant to its document productions such as "hit counts," and de-designated documents identified previously as "Confidential." HLL is continuing to address each item raised by Plaintiffs and anticipates curing all remaining issues.

  HLL emphasizes that it is working diligently to address the issues identified in Plaintiffs' prior communications, and simultaneously address new issues raised during the meet and conferral process. We met and conferred with Plaintiffs' counsel on March 11, 2021, which was after our last conference with Your Honor, and before the March 12, 2021 Order issued. During the March 11 meet and confer, we reviewed with Plaintiffs all open items and immediately began conferring with our client and technology vendor to address each one. We have also been in near-constant email communication with Plaintiffs. As detailed below, HLL is continuing to work in good faith to resolve all remaining issues, including a number of new issues that Plaintiffs brought to our attention for the first time today.

  **I. Documents Responsive to the Subpoena to Third-Party Analys Lab**

  HLL agreed to facilitate the production of responsive documents by third-party subpoena recipient Analys Lab, located in India. Since our last Case Management Conference, HLL has produced documents responsive to a third-party subpoena directed to the foreign entity Analys Lab, which conducted testing regarding the products at issue in this litigation. HLL's document production of

**HILL WALLACK LLP**
ATTORNEYS AT LAW

Page 2

Analys Lab's documents consists of 14,833 pages of pertinent testing documents and was produced to Plaintiffs on March 16, 2021.

## II. The Parties' Meet and Conferral on March 16, 2021

On March 16, 2021, HLL met and conferred again with Plaintiffs' Counsel regarding the outstanding issues related to HLL's document production. During that meet and conferral, the parties discussed HLL's Privilege Log, and the subject matter of certain documents withheld on the basis of privilege. Plaintiffs' counsel had requested details relating to certain withheld documents during the meet and confer on March 11, 2021, and we provided them with responsive information to resolve those inquiries. The parties further agreed to continue to meet and confer with respect to additional categories of documents raised by Plaintiffs and whether HLL will agree to de-designate them as privileged. Plaintiffs represented to HLL that Judge Schneider previously resolved a similar objection with respect to one category of documents contained on HLL's privilege log in the context of a similar dispute with another defendant. At HLL's request, Plaintiffs' counsel agreed to provide a citation to the relevant transcript reflecting that ruling. HLL anticipates that it will make additional de-designations to be consistent with that ruling on the assumption that Plaintiffs' representations are correct. These discussions are ongoing and do not require judicial intervention at this time.

Additionally, during our meet and conferral on March 16, 2021, HLL informed Plaintiffs that the Cast of Characters is substantially complete, however we are continuing to investigate the title and role of 2 relevant individuals, of the 80 individuals identified. HLL further provided the Cast of Characters identifying all but the 2 missing individuals, on March 16, 2021, and will supplement its Cast of Characters to encompass all relevant individuals this week.

Furthermore, Plaintiffs have requested a written description of the locations searched with respect to HLL's document productions. HLL informed Plaintiffs that it is conferring with its client and will provide the written statement shortly.

The parties additionally discussed the status of HLL's production of all iterations of SOPs that were not yet produced. HLL informed Plaintiffs that we are continuing to collect the documents requested. We anticipate receiving the additional SOPs from our client by the end of this week, and will produce them immediately upon receipt.

Further, the parties discussed issues that HLL is continuing to investigate. Specifically, Plaintiffs raised an issue with respect to HLL's document production metadata that was not cured by way of HLL's prior production of an overlay file to remedy the metadata. HLL is in communications with its ESI vendor to assist in resolving this remaining issue with respect to metadata. Additionally, HLL is continuing to investigate Plaintiffs' query regarding communications relevant to the formation of Quality Manuals.

Finally, during our March 16, 2021 meet and conferral, Plaintiffs raised novel issues regarding "Annexures" to HLL's SOPs as well as general questions regarding the role of HLL's Unit IX in the manufacturing process. HLL is investigating Plaintiffs' questions and is preparing a response.

**HILL WALLACK LLP**
ATTORNEYS AT LAW

Page 3

    Accordingly, the parties are continuing to meet and confer regarding outstanding issues relevant to HLL's document productions and HLL anticipates resolving all remaining issues shortly, in order to proceed with depositions.

    Thank you for your time and attention in this matter.

                                          Sincerely,

                                          s/ *Eric I. Abraham*
                                          ERIC I. ABRAHAM

cc:    All Counsel of Record (via ECF)