

TRACK ANOTHER SHIPMENT

773032657808

ADD NICKNAME

Customer has requested non-express clearance.
Recommended action: No action required at this time.

Unknown status: Non-FedEx broker.
Recommended action: Responsible party contact broker.

No scheduled delivery date available at this time.

## Scheduled delivery: Pending

**CLEARANCE DELAY**
HYDERABAD, TS

GET STATUS UPDATES

| FROM | TO |
|---|---|
| MC LEAN, VA US | HYDERABAD, TS IN |

## Travel History

**TIME ZONE**
Local Scan Time

**Friday, March 5, 2021**

| 12:02 PM | HYDERABAD IN | Clearance delay - Import<br>Customer has requested non-express clearance. |
| 11:53 AM | HYDERABAD IN | In transit<br>Package available for clearance |
| 2:40 AM | BANGALORE IN | In transit |

**Thursday, March 4, 2021**

| 5:00 PM | BANGALORE IN | Shipment exception<br>Delay beyond our control |
| 4:00 PM | BANGALORE IN | In transit |

| 3:07 AM | BANGALORE IN | At local FedEx facility |
|---|---|---|

### Wednesday, March 3, 2021

| 9:22 PM | BANGALORE IN | At destination sort facility |
|---|---|---|
| 6:57 PM | DUBAI AE | In transit |
| 4:44 AM | ROISSY CHARLES DE GAULLE CEDEX FR | Departed FedEx location |
| 4:31 AM | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| 4:28 AM | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| 12:36 AM | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |

### Tuesday, March 2, 2021

| 8:19 PM | ROISSY CHARLES DE GAULLE CEDEX FR | At local FedEx facility |
|---|---|---|
| 7:03 PM | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| 5:54 PM | ROISSY CHARLES DE GAULLE CEDEX FR | Arrived at FedEx location |
| 5:00 AM | NEWARK, NJ | In transit |
| 4:51 AM | NEWARK, NJ | Departed FedEx location |

### Monday, March 1, 2021

| 11:59 PM | NEWARK, NJ | Arrived at FedEx location |
|---|---|---|
| 9:14 PM | HERNDON, VA | Left FedEx origin facility |
| 3:14 PM |  | Shipment information sent to FedEx |

## Shipment Facts

**TRACKING NUMBER**
773032657808

**SERVICE**
International Priority

**WEIGHT**
6.1 lbs / 2.77 kgs

**DIMENSIONS**
12x10x9 in.

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
6.1 lbs / 2.77 kgs

**TERMS**
Shipper

**PURCHASE ORDER NUMBER**
US2103_131861

**DEPARTMENT NUMBER**
13

**SHIPPER REFERENCE**
6194275

**PACKAGING**
FedEx Box

**SPECIAL HANDLING SECTION**
Deliver Weekday

**SHIP DATE**
3/1/21

**STANDARD TRANSIT**
3/4/21 by 8:00 pm

**SCHEDULED DELIVERY**
Pending

## Returns

| ASSOCIATED RETURN TRACKING NUMBER | RETURN REASON |
|---|---|

| ASSOCIATED RETURN TRACKING NUMBER | RETURN REASON |
|---|---|
| 773032657808 | |