


**TRACK ANOTHER SHIPMENT**

939968534913
ADD NICKNAME

No scheduled delivery date available at this time.

## Scheduled delivery: Pending

**IN TRANSIT**
BANGALORE, KA

GET STATUS UPDATES

| FROM | TO |
|---|---|
| EDEN PRAIRIE, MN US | HYDERABAD, IN |

## Travel History

**TIME ZONE** Local Scan Time

**Tuesday, March 16, 2021**

| | | |
|---|---|---|
| 10:29 PM | BANGALORE IN | In transit. Package available for clearance |
| 9:25 PM | BANGALORE IN | At destination sort facility |
| 5:27 PM | DUBAI AE | In transit |
| 4:48 AM | ROISSY CHARLES DE GAULLE CEDEX FR | Departed FedEx location |
| 4:47 AM | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |

**Monday, March 15, 2021**

| | | |
|---|---|---|
| 11:00 PM | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| 11:00 PM | ROISSY CHARLES DE GAULLE CEDEX FR | At local FedEx facility |
| 9:03 PM | ROISSY CHARLES DE GAULLE CEDEX FR | At local FedEx facility |

| 6:44 PM | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |

**Sunday, March 14, 2021**

| 1:46 AM | ROISSY CHARLES DE GAULLE CEDEX FR | At local FedEx facility |

**Saturday, March 13, 2021**

| 11:00 PM | ROISSY CHARLES DE GAULLE CEDEX FR | At local FedEx facility |
| 11:00 PM | ROISSY CHARLES DE GAULLE CEDEX FR | Shipment exception Delay beyond our control |
| 10:06 PM | ROISSY CHARLES DE GAULLE CEDEX FR | Arrived at FedEx location |
| 7:16 AM | MEMPHIS, TN | In transit |
| 6:57 AM | MEMPHIS, TN | Departed FedEx location |
| 4:07 AM | MEMPHIS, TN | In transit |

**Friday, March 12, 2021**

| 11:54 PM | MEMPHIS, TN | Arrived at FedEx location |
| 4:29 PM | BLOOMINGTON, MN | Picked up |
| 3:20 PM | | Shipment information sent to FedEx |

## Shipment Facts

**TRACKING NUMBER**
939968534913

**SERVICE**
International Priority

**WEIGHT**
6.6 lbs / 2.99 kgs

**DIMENSIONS**
14x10x6 in.

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
6.6 lbs / 2.99 kgs

**TERMS**
Shipper

**PURCHASE ORDER NUMBER**
US2103_135117

**DEPARTMENT NUMBER**
13

**SHIPPER REFERENCE**
6194275

**PACKAGING**
Your Packaging

**SPECIAL HANDLING SECTION**
Deliver Weekday

**SHIP DATE**
3/12/21

**STANDARD TRANSIT**
3/15/21 by 8:00 pm

**SCHEDULED DELIVERY**
Pending

## Returns

| ASSOCIATED RETURN TRACKING NUMBER | RETURN REASON |
| --- | --- |
| 939968534913 | |