| EXPRESS WORLDWIDE | **WPX**  |
|---|---|
| 2021-03-12 MYDHL+ 1.0 / *30-0821* | |

**From:** KLDiscovery
FAO: Evidence
Nexus,
25 Farringdon Street

EC4A 4AB London
United Kingdom

**Origin:** **ZLS**

**To:** Aurobindo Pharma Ltd
Lakshman Rao Nalla
Watermark Building, Plot no 11, Survey no 9,
Kondapur, Hitech City,
Hyderabad, 500 084
**500008 HYDERABAD  Telangana**
**India**

**Contact:** Lakshman Rao Nalla

C300 **IN-HYD-LKM** LKDA

**C-DTP**

Day    Time

**Ref: US2103_135117 - 6194275**

Pce/Shpt Weight    Piece
**8.0 kg    1 / 1**



Contents: Other - Storage units

WAYBILL 63 4985 4350



(2L)IN500008+48000001



(J) JD01 4600 0085 9334 3157

**\*WAYBILL DOC\***
Not to be attached to package - Hand to Courier

WPX  

2021-03-12 MYDHL+  /

**Shipper :**
KLDiscovery
FAO: Evidence
Nexus,
25 Farringdon Street
EC4A 4AB London
United Kingdom

Contact:
+447584383438

**Receiver :**
Aurobindo Pharma Ltd
Lakshman Rao Nalla
Watermark Building, Plot no 11, Survey no 9,
Kondapur, Hitech City,
Hyderabad, 500 084
**500008 HYDERABAD  Telangana**
**India**

Contact:
Lakshman Rao Nalla
+919052017157
lakshman.nalla@aurobindo.com

# C300 GB-ZLS-ZLS  IN-HYD-LKM LKDA

**Product Details:**
**[P] EXPRESS WORLDWIDE (48)**

**Payer Details**
Freight A/C: IMPEXONL
Duty A/C: IMPEXONL
Taxes A/C: IMPEXONL
Incoterm: DDP

**Features / Services (Service Code)**
Emergency Situation(CR)
Duties & Taxes Paid(DD)

**Shipment Details**
Ref: US2103_135117 - 6194275
Custom Val: 600.00 GBP

**Cust Decl Shpt Wgt (UOM) / Dim Wgt (UOM):**         **Pieces**
8.0 kg                                                1

Name (in Capital Letters)     Signature     Date (DD.MM.YYYY)


WAYBILL 63 4985 4350

Contents: Other - Storage units

License Plates of pieces in shipment
JD014600008593343157

- page 1 of 1 -

| **Sender** | | **Commercial Invoice** | |
|---|---|---|---|
| KLDiscovery<br>FAO: Evidence<br>Nexus,<br>25 Farringdon Street<br>London, EC4A 4AB<br>United Kingdom<br>Phone Nr.: +447584383438    Fax:<br>Tax ID/VAT No.:<br>EORI: | | Date: 2021-03-13    Waybill Number: 6349854350<br>Invoice Number:<br>Exporter ID:<br>Exporter Code: | |
| **Receiver** | | **Bank Details** | |
| Aurobindo Pharma Ltd<br>Lakshman Rao Nalla<br>Watermark Building, Plot no 11, Survey no 9,<br>Kondapur, Hitech City,<br>Hyderabad, 500 084<br>HYDERABAD, 500008<br>Telangana<br>India<br>Phone Nr.: +919052017157    Fax:<br>Tax ID/VAT No.:    Email: lakshman.nalla@aurobindo.com<br>EORI: | | INN:                          OGRN:<br>KPP:                          OKPO: | |
| **Billed to** | | **Shipment Reference:**    US2103_135117 - 6194275<br>**Receiver Reference:** | |
| | | **Other Remarks:** | |
| Phone Nr.:        Fax:<br>Tax ID/VAT no.: | | | |

| **Full Description of Goods** | **Commodity Code** | **Qty** | **Unit Value** | **Sub-total Value** | **Net Weight** | **Gross Weight** | **Country of Origin** |
|---|---|---|---|---|---|---|---|
| Other - Storage units | 8471.70.90 | 1.00 BOX | 600.00 GBP | 600.00 GBP | 8.00 kg | | |

| | | | |
|---|---|---|---|
| Total Goods Value: | 600.00 | Total Net Weight: | 8.00 kg |
| Total line items: | 1 | Total Gross Weight: | |
| Number of pallets: | 1 | Currency code: | GBP |
| Total units: | 1.0 | Terms of Payment: | |
| Reason for Export: | Commercial | Payer of GST/VAT: | |
| Type of Export: | Permanent | Duty/taxes acct:966762042 | |
| Terms of Trade: | Delivered Duty Paid | Requiere Pedimento: No | |
| Other charges: | 0.00 | Duty/tax billing service: | |
| Freight cost (if paid by sender): | 0.00 | Carrier: | DHL |
| Insurance cost (if paid by sender): | 0.00 | Ultimate Consignee: | |
| Total Invoice Amount: | 600.00 | Exemption Citation: | |

I/We hereby certify that the information contained in the invoice is true and correct and that the contents of this shipment are as stated above.

**Name:**            .        **Signature:**            **Company Stamp:**
**Position:**        .
**Date of signature:**

Page 1 / 1

| **Sender** | | **Commercial Invoice** | |
|---|---|---|---|
| KLDiscovery<br>FAO: Evidence<br>Nexus,<br>25 Farringdon Street<br>London, EC4A 4AB<br>United Kingdom<br>Phone Nr.: +447584383438     Fax:<br>Tax ID/VAT No.:<br>EORI: | | Date: 2021-03-13     Waybill Number: 6349854350<br>Invoice Number:<br>Exporter ID:<br>Exporter Code: | |
| **Receiver** | | **Bank Details** | |
| Aurobindo Pharma Ltd<br>Lakshman Rao Nalla<br>Watermark Building, Plot no 11, Survey no 9,<br>Kondapur, Hitech City,<br>Hyderabad, 500 084<br>HYDERABAD, 500008<br>Telangana<br>India<br>Phone Nr.: +919052017157     Fax:<br>Tax ID/VAT No.:     Email: lakshman.nalla@aurobindo.com<br>EORI: | | INN:                          OGRN:<br>KPP:                          OKPO: | |
| **Billed to** | | **Shipment Reference:**     US2103_135117 - 6194275<br>**Receiver Reference:** | |
| | | **Other Remarks:** | |
| Phone Nr.:     Fax:<br>Tax ID/VAT no.: | | | |

| Full Description of Goods | Commodity Code | Qty | Unit Value | Sub-total Value | Net Weight | Gross Weight | Country of Origin |
|---|---|---|---|---|---|---|---|
| Other - Storage units | 8471.70.90 | 1.00 BOX | 600.00 GBP | 600.00 GBP | 8.00 kg | | |

| | | | |
|---|---|---|---|
| Total Goods Value: | 600.00 | Total Net Weight: | 8.00 kg |
| Total line items: | 1 | Total Gross Weight: | |
| Number of pallets: | 1 | Currency code: | GBP |
| Total units: | 1.0 | Terms of Payment: | |
| Reason for Export: | Commercial | Payer of GST/VAT: | |
| Type of Export: | Permanent | Duty/taxes acct:966762042 | |
| Terms of Trade: | Delivered Duty Paid | Requiere Pedimento: No | |
| Other charges: | 0.00 | Duty/tax billing service: | |
| Freight cost (if paid by sender): | 0.00 | Carrier: | DHL |
| Insurance cost (if paid by sender): | 0.00 | Ultimate Consignee: | |
| Total Invoice Amount: | 600.00 | Exemption Citation: | |

I/We hereby certify that the information contained in the invoice is true and correct and that the contents of this shipment are as stated above.

**Name:**                    .                    **Signature:**                    **Company Stamp:**
**Position:**                    .
**Date of signature:** _____

Page 1 / 1