# Exhibit C

In accordance with Paragraph 31 of the Court's Confidentiality and Protective Order, Plaintiffs requested Defendant Aurobindo to de-designate Auro- MDL 2875-0100584 in order to include the document in Plaintiffs' submission; however, Aurobindo declined to do so. Therefore, Plaintiffs will forward the relevant portion of the document to the Court directly via email for in camera review.