IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: Valsartan, Losartan and Irbesartan Products Liability Litigation<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 1:19-md-2875 (RBK) |

**WAIVER OF SERVICE OF SUMMONS FOR**
**LOSARTAN MASTER PERSONAL INJURY COMPLAINT**

To: Marlene Goldenberg

I have received your request to waive service of a summons in this action along with a copy of the Complaint, two copies of this waiver of service form, and a prepaid means of returning one signed copy of the waiver form to you.

On behalf of McKesson Corporation, I waive service of the summons and Complaint in this case.

In waiving service of process, McKesson Corporation preserves all of its defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the action.

I also understand that the Court has stayed the deadline to serve an answer or a motion under Rule 12 to the Complaint.

Date: March 19, 2021

*Signature of the attorney or unrepresented party*

McKesson Corporation
*Printed name of party waiving service of summons*

D'Lesli M. Davis
*Printed name*

Norton Rose Fulbright
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
*Address*

dlesli.davis@nortonrosefulbright.com
*E-mail address*

214-855-8221
*Telephone number*