UNITED STATES DISTRICT COURT — DISTRICT OF NEW JERSEY

In Re:

Valsartan, Losartan, and Irbesartan Products Liability Litigation

Court File Number 19-2875

**AFFIDAVIT OF SERVICE**

State of Michigan } SS
County of Kalamazoo }

I, **Rodney Woods** (Name of Server), state that on **Tues. 03/16/2021** (Date of Service) at **8:45 P.M.** (Time of Service), I served the:

Subpoena

upon: Sue Perry

therein named, personally at: 2917 Michael Avenue, Kalamazoo, MI 49004

by handing to and leaving with:

[X] Sue Perry
[ ] a person of suitable age and discretion then and there residing at the usual abode of said, Sue Perry

_N/A_ (Name of the Person with whom the documents were left)   _N/A_ (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 03/17/2021   _(Signature of Server)_

_Rodney E. Woods_ (Printed Name of Server)

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GOL 248821 1615

Re: Valspartan, Losartan

METRO LEGAL
legal support specialists since 1969
330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-