**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875 <br><br> HON. ROBERT B. KUGLER |

THIS DOCUMENT RELATES TO:
*Anthony Martinez et al. v. Zhejiang Huahai Pharmaceuticals Co., Ltd. et al.*
Case No. 1:19-cv-12143

### AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF CELESTINE DARING

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order #20, filed November 17, 2020 - Document 632), Defendant Mylan Pharmaceuticals Inc. will take the deposition upon oral examination of Celestine Daring, on **April 19, 2021 at 9:00 a.m. EST** and continuing until completion, via remote deposition while the witness is at her home or office or other location agreed to by the parties. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

1

Frank H. Stoy
Pietragallo Gordon Alfano
Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
(412) 263-4397

Date: March 23, 2021                     Respectfully submitted,

                                         s/ *Clem C. Trischler*
                                         Clem C. Trischler, Esq.
                                         Pietragallo Gordon Alfano Bosick & Raspanti, LLP
                                         One Oxford Centre, 38th Floor
                                         Pittsburgh, PA 15219
                                         (412) 263-1816
                                         cct@pietragallo.com

                                         *Attorney for Defendant Mylan Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2021, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ *Clem C. Trischler*
Clem C. Trischler, Esq.
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
(412) 263-1816

*Attorney for Defendant Mylan Pharmaceuticals Inc.*