# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*All Actions* | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler |
|---|---|

**PLAINTIFFS' DISCLOSURE OF BELLWETHER SELECTIONS**

Pursuant to our joint agreement with Defendants regarding bodily injury bellwether cases, Plaintiffs disclose the following 15 bellwether selections:

| # | Plaintiff Name | Plaintiff Case No. |
|---|---|---|
| 1 | Bonmon, Yolanda | 1:20-cv-09207 |
| 2 | Briones, Joe | 1:20-cv-16551 |
| 3 | Fields, Tivis | 1:20-cv-00683 |
| 4 | Ganim, Bambi | 1:20-cv-07523 |
| 5 | Guillory, Maxine | 1:19-cv-10044 |
| 6 | Hanna, Nabil | 1:20-cv-14570 |
| 7 | Lee, Robert | 1:20-cv-15324 |
| 8 | Murawski, Georgia | 1:20-cv-14302 |
| 9 | Pizzolato, Brad | 1:20-cv-02820 |
| 10 | Ramirez, Richard | 1:20-cv-05595 |
| 11 | Roberts, Gaston | 1:20-cv-00946 |
| 12 | Smalls, Evon | 1:20-cv-08199 |
| 13 | Stephens, James | 1:20-cv-07143 |
| 14 | Suits, James | 1:20-cv-06547 |
| 15 | Weygandt, Robert | 1:19-cv-20970 |

Dated: January 15, 2021

Respectfully Submitted,

/s/ *Daniel Nigh*
-----------------------------------
Daniel Nigh
***MDL Plaintiffs' Co-Lead Counsel, on behalf of the Plaintiffs' Executive Committee***
LEVIN, PAPANTONIO, THOMAS, MITCHELL
RAFFERY & PROCTOR, P.A.
316 South Baylen Street
Pensacola, FL 32502
Phone (850) 435-7013
dnigh@levinlaw.com