# Exhibit A

| | |
|---|---|
| **From:** | njdefiling@njd.uscourts.gov |
| **To:** | njdefiling@njd.uscourts.gov |
| **Subject:** | Activity in Case 1:19-md-02875-RBK-JS VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION Order |
| **Date:** | Monday, April 20, 2020 5:29:09 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 4/20/2020 at 5:26 PM EDT and filed on 4/20/2020

| | |
|---|---|
| **Case Name:** | VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION |
| **Case Number:** | 1:19-md-02875-RBK-JS |
| **Filer:** | |
| **Document Number:** | 416(No document attached) |

**Docket Text:**
**MDL TEXT ORDER -- The Court having held a conference call with counsel on April 15, 2020; and this Order intending to confirm the Courts rulings that are reflected in the transcript of proceedings; and for all the reasons stated by the Court on the record and for good cause shown, it is hereby ORDERED as follows: (1) The API and Finished Dose Manufacturer Defendants shall produce their agreed upon sales and pricing documents by May 15, 2020; (2) These defendants shall commence the rolling production of the documents required to be produced in Docket No. 328 by no later than July 15, 2020; (3) The foregoing production shall be completed by November 29, 2020, with the proviso that rolling productions shall be produced no later than September 1, 2020, October 1, 2020 and November 1, 2020; (4) By no later than May 15, 2020, plaintiffs shall prioritize the documents they request to be produced earliest. Defendants shall use reasonable good faith efforts to comply with plaintiffs prioritization, and (5) To the extent responsive documents are currently in the possession of defendants attorneys or ESI consultants, defendants shall use reasonable good faith efforts to produce the documents by July 15, 2020; and it is further ORDERED this Order is entered without prejudice to any partys right to move to compress or extend these deadlines for good cause shown. The Court reserves the right to change these deadlines on its own initiative**

depending upon relevant developments regarding the coronavirus; and it is further ORDERED that all requirements to preserve relevant documents and to timely produce "core" and FDA documents remain in place; and it is further ORDERED the request made during the April 15 conference call to revise the Court Ordered search terms and strings is DENIED. This Order is entered without prejudice to the parties' right to move in the future to revise the Court Ordered deadlines after they meet and confer. The application will not serve to stay applicable deadlines; and it is further ORDERED ZHP's request to extend the above listed Court Ordered deadlines 45 days is DENIED. So Ordered by Magistrate Judge Joel Schneider on 4/20/20. (Schneider, Joel)

**1:19-md-02875-RBK-JS Notice has been electronically mailed to:**

AARON VAN NOSTRAND    vannostranda@gtlaw.com, cohenl@gtlaw.com, harkinss@gtlaw.com, lockardv@gtlaw.com, NJLitDock@gtlaw.com, rodriguezme@gtlaw.com, rubensteinb@gtlaw.com

ABRAHAM JAMES SPUNG    james.spung@huschblackwell.com, christine.herrmann@huschblackwell.com, james-spung-8886@ecf.pacerpro.com

ADAM M. SLATER    aslater@mskf.net, ccalderon@mskf.net, cgeddis@mazieslater.com, kkelsen@mskf.net, ltreat@mskf.net

ADAM R. CREDEUR    adam@kwdejean.com, natalie@kwdejean.com

ALAN KLEIN    aklein@duanemorris.com, pgkopania@duanemorris.com

ALEX C. DAVIS    alex@jonesward.com, milan@jonesward.com, sean@jonesward.com

ALEXIA BRANCATO    alexia.brancato@kirkland.com, kenymanagingclerk@kirkland.com

ALLAN KANNER    a.kanner@kanner-law.com, a.tennis@kanner-law.com, c.whiteley@kanner-law.com, k.crowell@kanner-law.com, l.hilton@kanner-law.com

ALYSON LOUISE OLIVER    notifications@oliverlawgroup.com

ANDRES RIVERO    arivero@riveromestre.com, arolnick@riveromestre.com, cwhorton@riveromestre.com, ddaponte@riveromestre.com, jmestre@riveromestre.com, npuentes@riveromestre.com, palvarez@riveromestre.com, receptionist@riveromestre.com, rsanchez@riveromestre.com

ANDREW DAVID KAPLAN    akaplan@crowell.com

ANDREW JOSEPH OBERGFELL    aobergfell@bursor.com, aleslie@bursor.com, rrichter@bursor.com

ANDREW LANE REISSAUS    areissaus@hollingsworthllp.com, andrew-reissaus-5488@ecf.pacerpro.com, losartan-5194@ecf.pacerpro.com, prevacid-7950@ecf.pacerpro.com

ANNA BLIZZARD GREENBERG    agreenberg@blizzardlaw.com, jpiper@blizzardlaw.com

ANNESLEY HODGES DEGARIS    adegaris@degarislaw.com, asapone@degarislaw.com

ANTHONY MICHAEL CHRISTINA    achristina@lowey.com, aoc5144@gmail.com

ASHTON R. SMITH    ashton@moorelawgroup.com

BEHRAM V. PAREKH    bvp@kirtlandpackard.com, fr@kirtlandpackard.com, gs@kirtlandpackard.com, kcb@kirtlandpackard.com, mfc@kirtlandpackard.com, rr@kirtlandpackard.com

BETH S. ROSE    brose@sillscummis.com, edocket@sillscummis.com, mdelgiudice@sillscummis.com, vlodato@sillscummis.com

BISMA MUHAMMED    bmuhammed@sillscummis.com

BRIAN A. GOLDSTEIN    brian.goldstein@cellinoandbarnes.com, alex.greco@cellinoandbarnes.com, michael.williams@cellinoandbarnes.com

BRIAN H. RUBENSTEIN    rubensteinb@gtlaw.com

BRIAN LUCAS SPADORA    bspadora@sillscummis.com, mdelgiudice@sillscummis.com

BRIAN T. KU    brian@kumussman.com, reyna@kumussman.com

BRITTON LAURENCE ST.ONGE    bstonge@polsinelli.com, rthompson@polsinelli.com, STLDocketing@polsinelli.com, tnelsonburris@polsinelli.com

BRUCE ANTHONY MCMULLEN    bmcmullen@bakerdonelson.com, kbnewman@bakerdonelson.com

Brittney Nagle    bee.nagle@kirkland.com, kenymanagingclerk@kirkland.com

CALLE M. MENDENHALL    cmendenhall@frplegal.com, cisbell@frplegal.com

CARLOS FRANCISCO ORTIZ    carlos.ortiz@nortonrosefulbright.com, calendaring-nortonrose-9955@ecf.pacerpro.com, nymcocalendaring@nortonrosefulbright.com

CHARLES J. FALLETTA    cfalletta@sillscummis.com, cfalletta@gmail.com, edocket@sillscummis.com, mdelgiudice@sillscummis.com

CHRISTOPHER BRETT VAUGHN    brett@hollislawfirm.com

CHRISTOPHER J. DALTON    christopher.dalton@bipc.com

CHRISTOPHER LUKE COFFIN    ccoffin@pbclawfirm.com, sdupont@pbclawfirm.com

CHRISTOPHER T. HELLUMS    chrish@pittmandutton.com, jills@pittmandutton.com, PDH-efiling@pittmandutton.com

CLEM C. TRISCHLER    cct@pietragallo.com, jmr@pietragallo.com, ren@pietragallo.com, trg@pietragallo.com

CURTIS BRADLEY MINER    curt@colson.com, claudiav@colson.com, michelle@colson.com

DAMON J. BALDONE    damon@baldonelaw.com, thomas@baldonelaw.com

DANIEL A. NIGH    dnigh@levinlaw.com, lmassey@levinlaw.com, mpendley@levinlaw.com

DANIEL AARON RIHN    arihn@peircelaw.com, mrossi@peircelaw.com

DANIEL C. FLEMING    dfleming@wongfleming.com, jmarrazo@wongfleming.com, sshalloo@wongfleming.com

DANIEL CALEB LEVIN    dlevin@lfsblaw.com, jlascio@lfsblaw.com

DANIEL V KOHLS    dkohls@hansenkohls.com, rkytonen@hansenkohls.com, sschiele@hansenkohls.com

DANIEL WILLIAM ROBERTSON    drobertson@hansenkohls.com, rkytonen@hansenkohls.com, sschiele@hansenkohls.com

DAVID E. SELLINGER    sellingerd@gtlaw.com, brunoma@gtlaw.com, mc, NJLitDock@gtlaw.com, whitmana@gtlaw.com

DAVID JOHN STANOCH    dstanoch@golombhonik.com, cbarnes@golombhonik.com

DAVID LEE HOBBS    david_hobbs@fleming-law.com, ssalvide@fleming-law.com

DAVID MALCOLM MCMULLAN , JR    dmcmullan@barrettlawgroup.com, bhamilton@barrettlawgroup.com, ntmaddux@barrettlawgroup.com

DAWNN ELAYNE BRIDDELL    dbriddell@duanemorris.com, khajna@duanemorris.com

DENNIS M. GEIER    dgeier@cprlaw.com, cmcnelis@cprlaw.com, emorgera@cprlaw.com, rportugal@cprlaw.com

DEVORA WHITMAN ALLON    devora.allon@kirkland.com, ecf-b6317641dae4@ecf.pacerpro.com, kenymanagingclerk@kirkland.com

DONALD PATRICK MCKENNA , JR    don@hwnn.com, lynne@hwnn.com

DONALD R. MCMINN    dmcminn@hollingsworthllp.com, don-mcminn-3840@ecf.pacerpro.com, ecfsartan@hollingsworthllp.com, losartan-5194@ecf.pacerpro.com, ngarder@hollingsworthllp.com

EDWIN EARL WALLIS    ewallis@gwtclaw.com, achapman@gwtclaw.com

EIZABETH FLETCHER QUINBY     equinby@preti.com, jcronan@preti.com

ELIZABETH NORRIS     ellie.norris@nortonrosefulbright.com, rodger.penton@nortonrosefulbright.com

EMILY JEFFCOTT     ejeffcott@forthepeople.com

ERIC I. ABRAHAM     eabraham@hillwallack.com, dstipo@hillwallack.com, nshah@hillwallack.com, rfiebig@wileyrein.com

ERNEST F. KOSCHINEG , III     ekoschineg@c-wlaw.com, mwilliams@c-wlaw.com

FRANK SPANO     fspano@polsinelli.com

GEOFFREY MARVIN COAN     gcoan@hinshawlaw.com, lgrimard@hinshawlaw.com

GEORGE ALLEN BARTON     gab@georgebartonlaw.com

GEORGE T. WILLIAMSON     gwilliamson@farr.com, akibler@farr.com, jbradsher@farr.com

GRANT CAMERON WRIGHT     gwright@hillwallack.com, mverdadero@HillWallack.com

GREGORY PAUL HANSEL     ghansel@preti.com, BClark@preti.com, kwoodman@preti.com, mzschokke@preti.com

HEATHER ANN PIGMAN     hpigman@hollingsworthllp.com, rduncan@hollingsworthllp.com

HILARY ELIZABETH JOHNSON     hjohnson@crowell.com

HOWARD B. MANKOFF     hmankoff@mdwcg.com

HUNTER J. SHKOLNIK     hunter@napolilaw.com, 1505475420@filings.docketbird.com

JAMES ALEX WATKINS     jaw@capitelliandwicker.com, michelle@capitelliandwicker.com, scordes@capitelliandwicker.com

JAMES C. SHAH     jshah@sfmslaw.com, nfinkelman@sfmslaw.com, pleadings@sfmslaw.com, smoss@sfmslaw.com

JAMES M. SIMPSON , JR     simpson@fridayfirm.com, jasmith@fridayfirm.com, kdouglas@fridayfirm.com

JANET LYNN POLETTO     jpoletto@hkmpp.com, rblanton@hkmpp.com

JASON CHARLES CHAMBERS     jason@hollislawfirm.com

JASON MICHAEL REEFER     jmr@pietragallo.com, bill.rodgers@mylan.com, bradley.matta@mylan.com, brian.cuthbertson@mylan.com, douglas.miner@mylan.com,

dsm@pietragallo.com, elana.williams@mylan.com, trg@pietragallo.com

JASON R. PARISH   jason.parish@bipc.com, alison.sharp@bipc.com, jacqueline.thomas@bipc.com

JASON S. RATHOD   jrathod@classlawdc.com, info@classlawdc.com

JAY PHILIP LEFKOWITZ   lefkowitz@kirkland.com, jay-lefkowitz-2474@ecf.pacerpro.com, kenymanagingclerk@kirkland.com

JEFFREY DANIEL GEOPPINGER   jgeoppinger@ulmer.com, jsuggs@ulmer.com

JENNIFER A. MOORE   jennifer@moorelawgroup.com, kara@moorelawgroup.com, mary@moorelawgroup.com

JESSICA ANN PRISELAC   jpriselac@duanemorris.com, AWaleko@duanemorris.com, emedina@duanemorris.com

JESSICA MARGARET HEINZ   jheinz@c-wlaw.com, mwilliams@c-wlaw.com

JOHN SAWIN   jsawin@sawinlawyers.com

JOHN D. SILEO   jack@johnsileolaw.com, amanda@johnsileolaw.com, casey@johnsileolaw.com, noele@johnsileolaw.com

JOHN JOSEPH CRONAN , III   jcronan@preti.com

JOHN RANDOLPH DAVIS   jdavis@slackdavis.com, bquestad@slackdavis.com, lstrickland@slackdavis.com

JONATHAN D. JANOW   jonathan.janow@bipc.com, alison.sharp@bipc.com, jacqueline.thomas@bipc.com

JONATHAN S MANN   jonm@pittmandutton.com, jills@pittmandutton.com, PDH-efiling@pittmandutton.com

JOSE D. ROMAN   jroman@lawppl.com, frontdesk@lawppl.com

JOSEPH D. LANE   jlane@cochranfirm.com, joelane@cochranfirm.com

JOSEPH I. MARCHESE   jmarchese@bursor.com, scott@bursor.com

JOSEPH STEVE PIACUN   jpiacun@gprlawyers.com, ebrune@gprlawyers.com

JULIA KOESTNER WITTMAN   julia.wittman@quarles.com, debra.hitchens@quarles.com

Justin R. Parafinczuk   jparafinczuk@pwslawfirm.com

KARA KAPKE   kara.kapke@btlaw.com, jperkins@btlaw.com, jsmethers@btlaw.com

KAY L. VAN WEY    courtfilings@vanweylaw.com, jeanne@vanweylaw.com

KELLY A. WATERS    kwaters@wshblaw.com, afioretti@wshblaw.com, kcepuchowicz@wshblaw.com, scoston@wshblaw.com

KENNETH G. GILMAN    kgilman@gilmanpastor.com, rdambrosio@gilmanpastor.com

KENNETH W DEJEAN    kwdejean@kwdejean.com, natalie@kwdejean.com

KIRSTIN B. IVES    kbi@falkenbergives.com, ag@falkenbergives.com

KRISTEN LEE RICHER    kristen.richer@btlaw.com, jerod.williams@btlaw.com

LANNY H. DARR    darr@darrfirm.com, amy@darrfirm.com, kimberly@darrfirm.com

LARACLAY PARKER    lparker@goldenlawoffice.com, jennifer@goldenlawoffice.com

LAUREN ELLIOTT STINE    lauren.stine@quarles.com, DocketAZ@quarles.com, maria.marotta@quarles.com

LEVI M. PLESSET    lplesset@mjfwlaw.com, abrazel@mjfwlaw.com, mfox@mjfwlaw.com

LINDA WONG    lwong@wongfleming.com, Anavarro@wongfleming.com, obrennan@wongfleming.com, sshalloo@wongfleming.com

LORI G. COHEN    cohenl@gtlaw.com, cruzo@gtlaw.com

LOUIS FRANCIS TUMOLO    louis.tumolo@beasleyfirm.com, lt1@beasleyfirm.com

Luke Bresnahan    lbresnahan@crowell.com

MARK R. MUELLER    mark@muellerlaw.com, aeddy@muellerlaw.com, receptionist@muellerlaw.com, sfaries@muellerlaw.com

MARLENE J GOLDENBERG    mjgoldenberg@goldenberglaw.com, LMainguy@goldenberglaw.com, rarchambeau@goldenberglaw.com

MARTIN DANIEL CRUMP    martin.crump@daviscrump.com, latrisha@daviscrump.com, robert.cain@daviscrump.com, susan.gavagnie@daviscrump.com, taylor.hardenstein@daviscrump.com

MATIAS JOSE ADROGUE    service@mjalawyer.com, mja@mjalawyer.com

MATTHEW D. KNEPPER    matt.knepper@huschblackwell.com

MATTHEW PALMER LAMBERT    plambert@gainsben.com, cberg@gainsben.com, lstevens@gainsben.com, mennis@gainsben.com

MEGAN A. ZMICK    maz@falkenbergives.com, ag@falkenbergives.com

MEGAN E. GROSSMAN    Megan.Grossman@lewisbrisbois.com, Claire.Reeves@lewisbrisbois.com, Myra.Lewis@lewisbrisbois.com

MELISSA S. GELLER    msgeller@duanemorris.com, AutoDocketNWK@duanemorris.com, CAllagoa@duanemorris.com, DCismowski@duanemorris.com

MICHAEL A. LONDON    mlondon@douglasandlondon.com, adileo@douglasandlondon.com, aegandolan@douglasandlondon.com, jmittasch@douglasandlondon.com, kpadden@douglasandlondon.com, lferrante@douglasandlondon.com, lgreenberg@douglasandlondon.com, lmaldonado@douglasandlondon.com, lsay@douglasandlondon.com, rnewman@douglasandlondon.com, vanello@douglasandlondon.com

MICHAEL C. SALVO    michael.salvo@admlaw.com, kaitlyn.Fraser@admlaw.com, msalvo@verizon.net

MICHAEL CARROLL SCHAFLE    mschafle@greenlegalteam.com, dcarney@greenlegalteam.com

MICHAEL CHARLES ZOGBY    michael.zogby@faegredrinker.com, tina.tucci@faegredrinker.com

MICHAEL JOSEPH MODL    mmodl@axley.com, lniebuhr@axley.com

MICHAEL L. KELLY    mlk@kirtlandpackard.com, mfc@kirtlandpackard.com

MICHAEL P. MCGARTLAND    mike@mcgartland.com, Stefani@mcgartland.com

MICHAEL S. CATLETT    michael.catlett@quarles.com, debra.hitchens@quarles.com, DocketAZ@quarles.com

MOLLY E. FLYNN    molly.flynn@faegredrinker.com

MORRIS S. DWECK    dweck.morris@gmail.com, cbeboe@bernlieb.com, dburke@bernlieb.com, dweck@bernlieb.com, ebrown@bernlieb.com, ECalderon@bernlieb.com, gboss@bernlieb.com, LEidelman@bernlieb.com, mnunez@bernlieb.com, ndube@bernlieb.com, sross@bernlieb.com

MYLES MCGUIRE    mmcguire@mcgpc.com

NAKUL Y. SHAH    nshah@hillwallack.com

NATALIE M. DEJEAN    natalie@kwdejean.com, adam@kwdejean.com, jessica@kwdejean.com

NICHOLAS A. MIGLIACCIO    nmigliaccio@classlawdc.com, info@classlawdc.com

NICHOLAS RYAN ROCKFORTE    nrockforte@pbclawfirm.com

NICHOLAS S. CLEVENGER    nsc@petersonlawfirm.com, csc@petersonlawfirm.com

NICOLE D. GALLI     ndgalli@ndgallilaw.com

PAIGE NICOLE BOLDT     pboldt@wattsguerra.com, amoore@wattsguerra.com, mfuller@wattsguerra.com, rcarmony@wattsguerra.com

PAMELA A. BORGESS     pborgess@borgesslaw.com, ebrogan@borgesslaw.com

PATRICK SHANAN MONTOYA     patrick@colson.com, Claudiav@colson.com, yilianne@colson.com

PAUL A. HIGDON     seho@higdonlawyers.com, staff@higdonlawyers.com

PAUL T. GESKE     pgeske@mcgpc.com

PAULINE F. TUTELO     pftutelo@mdwcg.com

PETER D. ST. PHILLIP , JR     pstphillip@lowey.com

PETER JOSEPH JOHNSEN     peter.johnsen@beasleyfirm.com, lt1@beasleyfirm.com, pj1@beasleyfirm.com

PETER LAWRENCE KAUFMAN     kaufman@psblaw.com, aranda@psblaw.com, lam@psblaw.com

PIUS AKAMDI OBIOHA     pius@obiohalaw.com, pakamdi@aol.com

Patricia L. McGrail     pmcgrail@mcgrailassociates.com

QUENTIN F. URQUHART , JR     qurquhart@irwinllc.com, mries@irwinllc.com

RACHEL GEMAN     rgeman@lchb.com, hselhorst@lchb.com

RICHARD LEE ROOT     rroot@morrisbart.com, bbarnes@morrisbart.com, jpalacios@morrisbart.com, lgodshall@morrisbart.com, mreed@morrisbart.com

ROBBIE FREYDA ROGART     rrogart@crowell.com, robbie.rogart@gmail.com

ROBERT ELMORE BLANTON , JR     rblanton@hkmpp.com, asilva@hkmpp.com, jpoletto@hkmpp.com

ROBERT L SACHS , JR     rsachs@shragerlaw.com

ROBIN P LOURIE     robin@lourielaw.net

ROSALEE B.C. THOMAS     rbcthomas@finkelsteinthompson.com

ROSEMARIE RIDDELL BOGDAN     rrbvalsartan@1800law1010.com, dolores.desalvo@1800law1010.com

RUBEN HONIK     rhonik@golombhonik.com, emalloy@golombhonik.com

SARAH ELIZABETH JOHNSTON    sarah.johnston@btlaw.com, constance.lewis@btlaw.com, jennifer.fukai@btlaw.com

SCOTT A. BURSOR    scott@bursor.com, cpatruno@bursor.com

SCOTT ALLEN BENKIE    sabenkie@aol.com, bclaw@benkiecrawford.com

SEAN PATRICK STEINMAN    ssteinman@ronaustinlaw.com

SEJAL K. BRAHMBHATT    sbrahmbhatt@whlaw.com, irivera@whlaw.com, rglinksi@whlaw.com, scoleman@whlaw.com

SETH A. GOLDBERG    sagoldberg@duanemorris.com, rapone@duanemorris.com

SHEVON D.B. ROCKETT    rockett.shevon@dorsey.com

SIGMUND DAVID SCHUTZ    sschutz@preti.com, jcharron@preti.com

SINDHU SUSAN DANIEL    sdaniel@baronbudd.com, bclark@baronbudd.com, chguerra@baronbudd.com, hwerkema@baronbudd.com, khewlett@baronbudd.com, schakrabarty@baronbudd.com

STACY ANN BURROWS    stacy@georgebartonlaw.com, gab@georgebartonlaw.com

STEFANIE LYNN COLELLA-WALSH    scolella-walsh@stark-stark.com, ccarlson@stark-stark.com, kcalandra@stark-stark.com, rpettiford@stark-stark.com

STEVE FARIES    sfaries@muellerlaw.com, aeddy@muellerlaw.com, receptionist@muellerlaw.com

STEVEN C. BABIN , JR    steven.babin@babinlaws.com, 4580358420@filings.docketbird.com, aaron.porterfield@babinlaws.com, elizabeth.robertson@babinlaws.com, emilee.casey@babinlaws.com, kemmily.kwok@babinlaws.com

STEVEN M. HARKINS    harkinss@gtlaw.com, cruzo@gtlaw.com

THOMAS P. GIUFFRA    slevin@rheingoldlaw.com, mdweck@rheingoldlaw.com

TIMOTHY PATRICK KINGSBURY    tkingsbury@mcgpc.com

TYLER G. JOHANNES    tgj@falkenbergives.com, ag@falkenbergives.com

URIEL RABINOVITZ    urabinovitz@lowey.com

VICTORIA DAVIS LOCKARD    lockardv@gtlaw.com, cruzo@gtlaw.com

WALTER H. SWAYZE , III    pete.swayze@lewisbrisbois.com, kelly.liebers@lewisbrisbois.com, megan.grossman@lewisbrisbois.com

WYATT JOHN BERKOVER    wberkover@vogelzanglaw.com

Weston P. Pesillo    wpesillo@mcgrailassociates.com

William Morris Bristol    wmb@garyfrankelaw.com

**1:19-md-02875-RBK-JS Notice has been sent by regular U.S. Mail:**

MCGARTLAND

Alan H. Rolnick
COUNSEL NOT ADMITTED TO USDC NJ BAR
Rivero Mestre LLP
2525 Ponce de Leon Blvd.
Suite 1000
Coral Gables, FL 33134

Ali R Yousefi
Law Offices Of Ali Yousefi, P.C.
75 Broadway Street Suite 202
San Francisco, CA 94111

Andrea T McKellar
COUNSEL NOT ADMITTED TO USDC NJ BAR
McKellar Hyde PLC
4235 Hillsboro Pike
Suite 300
Nashville, TN 37215

DREW T DORNER
NOT A MEMBER OF THE USDC NJ BAR
Duane Morris, LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004

Daniel Chike Obioha
COUNSEL NOT ADMITTED USDC NJ BAR
Law Offices of Pius Obioha and Associates, LLC
1550 North Broad St.
New Orleans, LA 70119

David V. McLendon
COUNSEL NOT ADMITTED TO USDC NJ BAR
Watts Guerra LLP (San Antonio)
4 Dominion Dr.
Bldg. 3
Suite 100
San Antonio, TX 78257

Donecia Banks Miley
COUNSEL NOT ADMITTED TO USDC NJ BAR
Dean Morris, LLC
1505 N. 19th Street
Monroe, LA 71201

ELINOR HART MURAROVA
NOT A MEMBER USDC NJ BAR
Duane Morris LLP
190 S. LaSalle Street
Suite 3700
Chicago, IL 60603

Elizabeth Azadeh Zareh
Zareh and Associates
One Embarcadero
Suite 1020
San Francisco, CA 94111

Evan J. Godofsky
COUNSEL NOT ADMITTED USDC NJ BAR
Larzelere, Picou, Wells, Simpson, Lonero, LLC
Two Lakeway Center
3850 N. Causeway Blvd.
Suite 500
Metairie, LA 70002

Graham Caughman Talley
COUNSEL NOT ADMITTED TO USDC NJ BAR
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201

JESSICA A. PEREZ
COUNSEL NOT ADMITTED TO USDC NJ BAR
PENDLEY BAUDIN & COFFIN LLP
1100 POYDRAS STREET
NEW ORLEANS, LA 70163

Jason Ruskin Reese
COUNSEL NOT ADMTTED TO USDC NJ BAR
WAGNER REESE & CROSSEN, LLP
11939 North Meridian Street
Carmel, IN 46032

Jeffrey D. Ries
COUNSEL NOT ADMITTED USDC NJ BAR
McGrail & Associates, LLC
1714 Lincoln Way

White Oak, PA 15131

KARTIK MADIRAJU
COUNSEL NOT ADMITTED TO USDC-NJ BAR
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
250 HUDSON STREET
8TH FLOOR
NEW YORK, NY 10013

KEVIN F HORMUTH
COUNSEL NOT ADMITTED TO USDC-NJ BAR
GREENSFELDER & HEMKER
EQUITABLE BUILDING
10 SOUTH BROADWAY
SUITE 2000
ST LOUIS, MO 63102

Kathleen M. O'Donnell
COUNSEL NOT ADMITTED TO USDC NJ BAR
ODonnell Law Firm
327 Gorham Street
Lowell, MA 01852

Kelly T. Currie
COUNSEL NOT ADMITTED TO USDC NJ BAR
Crowell & Moring, LLP
590 Madison Avenue
20th Flr
New York, NY 10022

L Clayton Burgess
COUNSEL NOT ADMITTED USDC NJ BAR
Law Office of L Clayton Burgess
605 W Congress St
Lafayette, LA 70501

MARY WU TULLIS
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC
165 MADISON AVENUE
SUITE 200
MEMPHIS, TN 38103

MEREDITH PROCTOR GRANT
NOT A MEMBER OF USDC NJ BAR
Duane Morris, LLP
750 B Street
Suite 2900
San Diego, CA 92101
United Sta

MICHAEL L. SLACK
NOT A MEMBER OF USDC NJ BAR
Slack Davis Sanger, LLP
2705 Bee Cave Road
Suite 200
Austin, TX 78746

MICHELLE NICOLE MICHAEL
MARSHALL DENNEHEY WARNER COLEMAN AND GOGGIN
425 EAGLE ROCK AVE.
ROSELAND, NJ 07068

Michael Brandon Smith
COUNSEL NOT A MEMBER OF USDC NJ BAR
Childers, Schlueter & Smith, LLC
Suite 100
1932 North Druid Hills Road
Atlanta, GA 30319

Morgan J. Wells , Jr
COUNSEL NOT ADMITTED USDC NJ BAR
Larzelere, Picou, Wells, Simpson, Lonero, LLC
Two Lakeway Center
3850 N. Causeway Blvd.
Suite 500
Metairie, LA 70002

PAUL EVANS CHRONIS
NOT A MEMBER OF USDC NJ BAR
Duane Morris LLP
190 South LaSalle Street
Suite 3700
Chicago, IL 60603

PAUL G. JOYCE
NOT A MEMBER OF USDC NJ BAR
Colucci & Gallaher, P.C.
2000 Liberty Building
424 Main Street
Buffalo, NY 14202-3695

PAUL STUART ROTHSTEIN
PAUL S ROTHSTEIN PA - GAINESVILLE FL
626 NE 1ST ST
GAINESVILLE, FL 32601

Peter J. Ainsworth
COUNSEL NOT ADMITTED USDC NJ BAR
Meehan, Boyle, Black & Bogdanow, P.C.
Two Center Plaza

Suite 600
Boston, MA 02108-1922

ROBERT A COX
NOT A MEMBER OF USDCNJ BAR
Glassman, Wyatt, Tuttle & Cox, P.C.
26 North Second Street
Memphis, TN 38103

ROBERT K ERLANGER
220 FIFTH AVENUE
SUITE 1702
NEW YORK, NY 10001

SCOTT ANTHONY MORGAN
NOT MEMBER OF USDC NJ BAR
Morgan Law Firm, Ltd.
55 W. Wacker Drive
Suite 900
Chicago, IL 60601

Stanley Paul Baudin
COUNSEL NOT ADMITTED USDC NJ BAR
Pendley, Baudin & Coffin, LLP (Plaquemine)
P. O. Drawer 71
24110 Eden St.
Plaquemine, LA 70765-0071

Worikeena Righteous