# Exhibit C

      In accordance with Paragraph 31 of the Court's Confidentiality and Protective Order, Plaintiffs notified Defendant ZHP that they would be relying on ZHP02419501 in their submission; however, due to time constraints, the Parties have not been able to meet and confer on de-designating these documents. Therefore, Plaintiffs will forward the relevant portion of the documents to the Court directly via email for in camera review.