# Exhibit E

| Bates | Custodian |
|---|---|
| Auro-MDL 2875-0089603 | Johns, Blessy |
| Auro-MDL 2875-0089276 | Johns, Blessy |
| Auro-MDL 2875-0089184 | Johns, Blessy |
| Auro-MDL 2875-0085834 | Burns, Daniel |
| Auro-MDL 2875-0092684 | Gorijavolu, Prasad |
| Auro-MDL 2875-0092685 | Gorijavolu, Prasad |
| Auro-MDL 2875-0089169 | Johns, Blessy |
| Auro-MDL 2875-0089154 | Johns, Blessy |
| Auro-MDL 2875-0089316 | Johns, Blessy |
| Auro-MDL 2875-0080843 | Burns, Daniel |
| Auro-MDL 2875-0080844 | Burns, Daniel |
| Auro-MDL 2875-0080845 | Burns, Daniel |
| Auro-MDL 2875-0080957 | Burns, Daniel |
| Auro-MDL 2875-0080979 | Burns, Daniel |
| Auro-MDL 2875-0080980 | Burns, Daniel |
| Auro-MDL 2875-0080981 | Burns, Daniel |
| Auro-MDL 2875-0080984 | Burns, Daniel |
| Auro-MDL 2875-0081006 | Burns, Daniel |
| Auro-MDL 2875-0081007 | Burns, Daniel |
| Auro-MDL 2875-0081008 | Burns, Daniel |
| Auro-MDL 2875-0081034 | Burns, Daniel |
| Auro-MDL 2875-0081105 | Burns, Daniel |
| Auro-MDL 2875-0081217 | Jackowski, Jeff |
| Auro-MDL 2875-0081231 | Jackowski, Jeff |
| Auro-MDL 2875-0081296 | Gupta, Jasleen |
| Auro-MDL 2875-0081297 | Gupta, Jasleen |
| Auro-MDL 2875-0081407 | Jackowski, Jeff |
| Auro-MDL 2875-0081282 | Jackowski, Jeff |
| Auro-MDL 2875-0081379 | Gupta, Jasleen |
| Auro-MDL 2875-0109848 | Meridian Consulting |
| Auro-MDL 2875-0086345 | Burns, Daniel |
| Auro-MDL 2875-0086346 | Burns, Daniel |
| Auro-MDL 2875-0085916 | Burns, Daniel |
| Auro-MDL 2875-0092703 | Gorijavolu, Prasad |
| Auro-MDL 2875-0102026 | Johns, Blessy |
| Auro-MDL 2875-0102027 | Johns, Blessy |
| Auro-MDL 2875-0095192 | Johns, Blessy |
| Auro-MDL 2875-0097099 | Johns, Blessy |
| Auro-MDL 2875-0083803 | Bheminemi, Sudhir |
| Auro-MDL 2875-0095119 | Johns, Blessy |
| Auro-MDL 2875-0095120 | Johns, Blessy |

| Filename | Date |
|---|---|
| Valsartan Statement.doc | 3/29/2012 1:03 AM |
| Cover letter.doc | 3/29/2012 2:45 AM |
| valsartan tablets cover letter.doc | 3/21/2012 9:02 AM |
| DEV-18-026.doc | 3/15/2018 4:31 PM |
| Reduce Testing SOP-Final.DOC | 3/27/2012 4:20 AM |
| Reduce Testing SOP Draft2.doc | 3/29/2012 9:57 AM |
| Valsartan HCTZ tablets - FDA Query and Justification 120112.doc | 1/12/2012 10:53 PM |
| Valsartan HCTZ tablets - FDA Query and Justification 120112.doc | 1/12/2012 7:33 AM |
| Valsartan & Hydrochlorothiazide tablets Cover letter.doc | 3/15/2012 7:15 AM |
| SOP-QA007.05 Equipment, Instruments and Facility Numbering System.doc | 4/23/2018 12:12 PM |
| SOP-QA007-F01.01 REQUEST FORM.doc | 11/9/2011 2:18 PM |
| SOP-QA007-F02.01 REQUEST FORM Delete.doc | 11/9/2011 2:18 PM |
| Valsartan Attachment B - Drug Dear Recalling Firm.doc | 2/28/2019 4:06 PM |
| Valsartan - Customer RECALL RESPONSE FORM with edits.docx | 2/28/2019 4:26 PM |
| Valsartan - Wholesale RECALL RESPONSE FORM with edits.docx | 2/28/2019 4:25 PM |
| DPress Release Form - rev 01Mar2019.doc | 3/1/2019 9:41 AM |
| Valsartan Attachment B - Drug Dear Recalling Firm.doc | 2/28/2019 4:06 PM |
| Valsartan - Customer RECALL RESPONSE FORM with edits.docx | 2/28/2019 4:26 PM |
| Valsartan - Wholesale RECALL RESPONSE FORM with edits.docx | 2/28/2019 4:25 PM |
| DPress Release Form - rev 01Mar2019.doc | 3/1/2019 11:09 AM |
| Recall Questionaries VFSA17007-A.DOCX | 3/11/2019 1:17 AM |
| VALSARTAN (2) URGENT DRUG RECALL LETTER Draft_03-04-19.docx | 3/4/2019 2:14 PM |
| VALSARTAN (2) URGENT DRUG RECALL LETTER Draft_03-04-19.docx | 3/4/2019 2:14 PM |
| Press Release 2 draft 03-04-19.docx | 3/4/2019 2:45 PM |
| Attachment B of Valsartan containing products for the failure reported in content of N | 12/28/2018 7:38 AM |
| Attachment # 1 Manufacturing and distribution details.docx | 12/28/2018 8:01 AM |
| Response to Internal Audit (PV and DC) Observations 07092012.docx | 7/9/2012 3:14 PM |
| Draft follow up FAR for Valsartan containing drug product batch reported for more ac | 1/25/2019 3:36 PM |
| Draft Follow Up FAR for Valsartan containaing products for the failure reported in con | 12/26/2018 11:50 AM |
| Attachment 2 Unit I and 9 sartan products and process changes.pdf | 3/29/2019 11:51 AM |
| List of Aurolife products in which Aurobindo India API is used.docx | 6/4/2018 2:01 PM |
| Procedure of Monitoring Post Marketing RLD Update.pdf | 6/5/2018 9:15 AM |
| Lucid LM#s.docx | 7/25/2018 10:14 AM |
| API - Reduced Testing Proposals.doc | 6/12/2012 3:42 PM |
| Annexure 3-4 Revised BPCRs of Stage-II and API.pdf | 3/4/2019 5:22 AM |
| Annexure-3.5 Training records.pdf | 3/4/2019 3:08 PM |
| 4. Aurobindo.pdf | 2/19/2016 6:57 AM |
| RE FDA Inspection details and DMF status.msg | 2/19/2016 7:17 AM |
| Valsartan Tablets Placebo.pdf | 5/8/2019 12:25 PM |
| RE FDA Inspection details and DMF status.msg | 2/19/2016 7:17 AM |
| 4. Aurobindo.pdf | 2/19/2016 6:57 AM |

Withheld –
Withheld –
Withheld –
Withheld –
Withheld –
Withheld –
Withheld –
Withheld –