## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Civil No. 1:19-md-02875-RBK-KMW<br><br>Hon. Robert B. Kugler<br><br>Hon. Joel Schneider |

## NOTICE OF APPEARANCE

To the Clerk of Court:

Please enter the appearance of Roxanna V Gonzalez of Dorsey & Whitney LLP on behalf of OptumRx, Optum Inc., and UnitedHealth Group on this Court's MDL master docket.

Dated:  March 24, 2021

DORSEY & WHITNEY LLP

By: *s/ Roxanna V Gonzalez*
    Roxanna V Gonzalez (#0397322)
    gonzalez.roxanna@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Attorneys for OptumRx, Optum Inc., and United Health Group*

4813-7916-9250\1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing document to be electronically served through the Court's CM/ECF system on all users registered with that system on March XX, 2021.

*s/ Roxanna V Gonzalez*
Roxanna V Gonzalez

2

4813-7916-9250\1