IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation | MDL No. 2875 Civil No.: 19-02875 (RBK) |
|---|---|

**AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF
PLAINTIFF ROBERT KRUK**

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Prinston Pharmaceutical Inc., Solco Healthcare U.S., LLC, and Huahai U.S., Inc., will take the deposition upon oral examination of Robert Kruk on May 12, 2021, at 9:00 a.m. CST (10:00 a.m. EST) at 8 Mayfair Lane, Aurora, IL 60504.

Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case.

The attorney contact for the deposition is:

> Justin M. L. Stern
> Duane Morris LLP
> 1875 N.W. Corporate Blvd.
> Suite 300

        Boca Raton, FL 33431
        (561) 962-2107
        jmlstern@duanemorris.com

Date: March 24, 2021         Respectfully submitted,

        s/ Justin M. L. Stern
        Justin M. L. Stern
        Duane Morris LLP
        1875 N.W. Corporate Blvd.
        Suite 300
        Boca Raton, FL 33431
        (561) 962-2107
        jmlstern@duanemorris.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2021, a true and correct copy of the foregoing Amended Notice of Videotaped Deposition of Plaintiff Robert Kruk was served upon all counsel of record via CM/ECF.

s/ Justin M. L. Stern
Justin M. L. Stern
