IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

IN RE: VALSARTAN,                          :
LOSARTAN, and IRBESARTAN       :    MDL No. 19-2875 (RBK/KW)
PRODUCTS LIABILITY LITIGATION  :
                                           :
This Order Relates to all Cases            :

## SPECIAL MASTER ORDER NO. 10

**NOW, this 24th day of March, 2021,** the parties having agreed to in camera review of a random sample of the 4,198 documents withheld from production by Defendant Mylan Pharmaceuticals, Inc. on the ground that the documents are not relevant to this litigation; and having further agreed that a sample size of 352 of the withheld documents is statistically significant; and having further agreed that an online random number generator may be used to generate a list of numbers from the document list on the spreadsheet submitted to the Special Master by email on March 11, 2021; and an online random number generator having been used to generate a random set of 352 documents from the list of 4,198 documents submitted by Mylan,

**IT IS HEREBY ORDERED THAT**:

1. No later than March 29, 2021, Mylan shall produce for in camera review the documents listed in the following rows on the spreadsheet provided by email on March 11, 2021: Rows 33, 35, 37, 47, 56, 57, 71, 74, 78, 116,

1

130,135, 140, 141, 151, 178, 183, 191, 220, 225, 232, 233, 236, 243, 248, 277, 279, 287, 306, 321, 324, 327, 345, 346, 356, 392, 402, 412, 447, 451, 457, 460, 479, 486, 498, 513, 527, 580, 582, 603,605,629, 638, 648, 657, 680, 684, 700, 703, 710, 724, 731, 788, 792, 812, 823, 826, 832, 850, 897, 903, 904, 924, 935, 938, 942, 955, 982, 983, 984, 1006, 1010, 1028, 1040, 1066, 1070, 1077, 1103, 1105, 1112, 1114, 1121, 1127, 1132, 1146, 1154, 1157, 1179, 1225, 1228, `1231, 1232, 1234, 1235, 1308, 1317, 1327, 1328, 1336, 1337, 1341, 1388, 1391, 1432, 1435, 1451, 1452, 1453, 1457, 1474, 1498, 1500, 1505, 1510, 1514, 1521, 1522, 1545, 1547, 1569, 1587, 1598, 1610, 1633, 1634, 1663, 1665, 1666, 1670, 1671, 1697, 1710, 1722, 1732, 1754, 1769, 1788, 1791, 1795, 1804, 1895, 1808, 1820, 1831, 1834, 1836, 1844, 1853, 1859, 1893, 1894, 1902, 1904, 1910, 1915, 1920, 1921, 1953, 1966, 1990, 1996, 1998, 2000, 2009, 2018, 2040, 2042, 2083, 2099, 2100, 2105, 2111, 2128, 2136, 2190, 2207, 2209, 2211, 2212, 2233, 2237, 2238, 2239, 2243, 2250, 2256, 2275, 2279, 2337, 2344, 2373, 2386, 2403, 2415, 2416, 2426, 2442, 2457, 2468, 2472, 2495, 2512, 2514, 2519, 2535, 2544, 2575, 2579, 2620, 2634, 2669, 2682, 2684, 2700, 2734, 2761, 2768, 2700, 2772, 2778, 2819, 2822, 2823, 2829, 28413842, 2844, 2855, 2862, 2906, 2920, 2927, 2935, 2952, 2955, 2965, 2975, 3011, 3020, 3035, 3036, 3037, 3043, 3087, 3091, 3095, 3103, 3125, 3146, 3148, 3155, 3157, 3165, 3174,

    3177, 3186, 3190, 3199, 3203, 3204, 3216, 3210, 3247, 3264, 3274, 3275, 3281, 3286, 3288, 3298, 3299, 3310, 3321, 3322, 3355, 3370, 3373, 3384, 3385, 3429, 3430, 3435, 3458, 3460, 3480, 3505, 3532, 3578, 3583, 3584, 3609, 3630, 3650, 3691, 3703, 3716, 3731, 3737, 3742, 3743, 3748, 3754, 3766, 3779, 3810, 3821, 3838, 3852, 3879, 3894, 3907, 3915, 3919, 3926, 3930, 3935, 3941, 3942, 3943, 3953, 3985, 3991, 3992, 4002, 4015, 4023, 4028, 4053, 4055, 4066, 4077, 4078, 4092, 4125, 4135, 4185, 4187.

2. No later than March 29, 2021, Mylan shall provide a written statement as to why the 12 documents submitted by email dated March 11, 2021 are not responsive to Plaintiffs' document requests.

                                                                       s/ Thomas I. Vanaskie
                                                                       Hon. Thomas I. Vanaskie (Ret.)
                                                                       Special Master