# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, : | |
| LOSARTAN, and IRBESARTAN : | MDL No. 19-2875 (RBK/KW) |
| PRODUCTS LIABILITY LITIGATION : | |
| : | |
| This Order Relates to all Cases : | |

## SPECIAL MASTER ORDER NO. 11

**NOW, this 24th day of March, 2021, IT IS HEREBY ORDERED THAT** no later than March 30, 2021, Defendant Aurobindo Pharma Ltd. shall provide its eDiscovery vendor access to the data referenced on page 6 of Plaintiffs' March 23, 2021 letter (Doc. 1066) either by appropriate secure file transfer protocol ("FTP") or through Dropbox with appropriate encryption.

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master