# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, : | |
| LOSARTAN, and IRBESARTAN : | MDL No. 19-2875 (RBK/KW) |
| PRODUCTS LIABILITY LITIGATION : | |
| : | |
| This Order Relates to all Cases : | |

## SPECIAL MASTER ORDER NO. 12

**NOW, this 29th day of March, 2021, IT IS HEREBY ORDERED THAT**:

1. The agenda for our March 31, 2021 conference call shall include a discussion concerning the outstanding discovery disputes, including whether any disputes require an evidentiary hearing, and the parties' suggested prioritization of discovery disputes for resolution.

2. The parties shall address these issues in their written agenda submissions.

s/ Thomas I. Vanaskie<br>
Hon. Thomas I. Vanaskie (Ret.)<br>
Special Master