# Exhibit B



# 中华人民共和国保守国家秘密法

## Law of the People's Republic of China on Guarding State Secrets

| | |
|---|---|
| **颁布机关:** <br> Promulgating Institution: | 全国人民代表大会常务委员会 <br> Standing Committee of the National People's Congress |
| **文　　号:** <br> Document Number: | 中华人民共和国主席令第二十八号 <br> Order No. 28 of the President of the People's Republic of China |
| **颁布时间:** <br> Promulgating Date: | 04/29/2010 <br> 04/29/2010 |
| **实施时间:** <br> Effective Date: | 10/01/2010 <br> 10/01/2010 |
| **效力状态:** <br> Validity Status: | 有效 <br> Valid |

**中华人民共和国主席令**

**第二十八号**

《中华人民共和国保守国家秘密法》已由中华人民共和国第十一届全国人民代表大会常务委员会第十四次会议于２０１０年４月２９日修订通过，现将修订后的《中华人民共和国保守国家秘密法》公布，自２０１０年１０月１日起施行。

中华人民共和国主席　胡锦涛

2010年4月29日

### Order of the President of the People's Republic of China

### No. 28

The Law of the People's Republic of China on Guarding State Secrets has been adopted at the 14th Session of the 11th Standing Committee of the National People's Congress of the People's Republic of China on April 29, 2010, and the revised Law of the People's Republic of China on Guarding State Secrets is hereby promulgated and shall become effective from October 1, 2010.

Hu Jintao, President of the People's Republic of China

April 29, 2010

**中华人民共和国保守国家秘密法**

（1988年9月5日第七届全国人民代表大会常务委员会第三次会议通过 2010年4月29日第十一届全国人民代表大会常务委员会第十四次会议修订）

目录
第一章　总则
第二章　国家秘密的范围和密级
第三章　保密制度
第四章　监督管理
第五章　法律责任
第六章　附则

Westlaw CHINA

# Law of the People's Republic of China on Guarding State Secrets

(Adopted at the Third Session of the Seventh Standing Committee of the National People's Congress of the People's Republic of China on September 5, 1988; and revised at the 14th Session of the 11th Standing Committee of the National People's Congress of the People's Republic of China on April 29, 2010)

Contents

Chapter 1: General Provisions

Chapter 2: Scopes and Categories of State Secrets

Chapter 3: Security Rules

Chapter 4: Supervision and Administration

Chapter 5: Legal Liability

Chapter 6: Supplementary Provisions

## 第一章 总则

## Chapter 1: General Provisions

第一条 为了保守国家秘密,维护国家安全和利益,保障改革开放和社会主义建设事业的顺利进行,制定本法。

Article 1    This Law is enacted for the purpose of guarding State secrets, safeguarding State security and national interests and ensuring the smooth progress of reform, of opening to the outside world, and of socialist construction.

第二条 国家秘密是关系国家安全和利益,依照法定程序确定,在一定时间内只限一定范围的人员知悉的事项。

Article 2    State secrets shall be matters that have a vital bearing on State security and national interests and, as determined according to statutory procedures, are known by people within a certain scope for a given period of time.

第三条 国家秘密受法律保护。
一切国家机关、武装力量、政党、社会团体、企业事业单位和公民都有保守国家秘密的义务。
任何危害国家秘密安全的行为,都必须受到法律追究。

Article 3    State secrets shall be protected by the law.

All State organs, armed forces, political parties, social groups, enterprises, public institutions and citizens shall have the obligation to guard State secrets.

Any act that jeopardizes the security of a State secret shall be subject to legal liability.

第四条 保守国家秘密的工作(以下简称保密工作),实行积极防范、突出重点、依法管理的方针,既确保国家秘密安全,又便利信息资源合理利用。
法律、行政法规规定公开的事项,应当依法公开。

Article 4    The work of guarding State secrets (hereinafter referred to as "the secret−guarding work") shall be in line with the principles of actively preventing their divulgence, laying emphasis on priorities

Westlaw CHINA

Article 9    The following matters involving State security and national interests shall be determined as State secrets if the divulgence of such matters is likely to prejudice State security and national interests in the fields such as political affairs, economy, national defense and foreign affairs:

(1) secrets concerning major policy decisions on State affairs;

(2) secrets in the building of national defense and in the activities of the armed forces;

(3) secrets in diplomatic activities and in the activities related to foreign affairs as well as secrets to be kept as commitments to foreign countries;

(4) secrets in the national economic and social development;

(5) secrets concerning science and technology;

(6) secrets concerning the activities for safeguarding State security and the investigation of criminal offences; and

(7) other matters that are classified as State secrets by the State secret-guarding department.

Secrets of political parties that conform to the provisions of the preceding paragraph shall be State secrets.

第十条  国家秘密的密级分为绝密、机密、秘密三级。
绝密级国家秘密是最重要的国家秘密,泄露会使国家安全和利益遭受特别严重的损害;机密级国家秘密是重要的国家秘密,泄露会使国家安全和利益遭受严重的损害;秘密级国家秘密是一般的国家秘密,泄露会使国家安全和利益遭受损害。

Article 10    State secrets shall fall into three categories: most confidential, classified and confidential.

The most confidential information refers to vital State secrets, the divulgence of which will cause extremely serious harm to State security and national interests; classified information refers to important State secrets, the divulgence of which will cause serious harm to State security and national interests; and confidential information refers to ordinary State secrets, the divulgence of which will cause harm to State security and national interests.

第十一条  国家秘密及其密级的具体范围,由国家保密行政管理部门分别会同外交、公安、国家安全和其他中央有关机关规定。
军事方面的国家秘密及其密级的具体范围,由中央军事委员会规定。
国家秘密及其密级的具体范围的规定,应当在有关范围内公布,并根据情况变化及时调整。

Article 11    The specific scopes and categories of State secrets shall be determined by the State secret-guarding department respectively with the ministries of foreign affairs, public security and State security and other central organs concerned.

The specific scopes and categories of State secrets related to military affairs shall be determined by the Central Military Commission.

Stipulations on the specific scopes and categories of State secrets shall be made known within relevant scope, and adjusted in a timely manner in response to changing circumstances.

第十二条  机关、单位负责人及其指定的人员为定密责任人,负责本机关、本单位的国家秘密确定、变更和解除工作。