# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Case No. 1:19-md-02875 |

**WAIVER OF THE SERVICE OF SUMMONS FOR MASTER
LOSARTAN MEDICAL MONITORING CLASS ACTION COMPLAINT**

To:     Marlene J. Goldenberg, Esq.; Goldenberg Law
        *Attorneys for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the Complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the waiver form to you.

On behalf of The Harvard Drug Group, L.L.C., d/b/a Major Pharmaceuticals, I waive service of the summons and Complaint in this case.

In waiving service of process, The Harvard Drug Group, L.L.C., d/b/a Major Pharmaceuticals preserves all of its defenses and objections to the lawsuit, the Court's jurisdiction, and the venue of the action.

I also understand the Court has stayed the deadline to serve an answer or a motion under Rule 12 to this Complaint.

Date: March 26, 2021

/s/ *Marie S. Dennis*
*Attorney for Defendant, The Harvard Drug Group, L.L.C., d/b/a Major Pharmaceuticals*

The Harvard Drug Group, L.L.C., d/b/a Major Pharmaceuticals
*Printed name of party waiving service of summons*

Marie S. Dennis
*Printed name*

1001 Pennsylvania Avenue, NW, Washington, DC 20004
*Address*

mdennis@crowell.com
*E-mail address*

(202) 624-2538
*Telephone number*