UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: Valsartan, Losartan & Irbesartan Products Liability Litigation | :    MDL No. 2875 <br> : <br> : |

## WAIVER OF SERVICE OF SUMMONS FOR IRBESARTAN MASTER PERSONAL INJURY COMPLAINT

To:    Marlene J. Goldenberg, Esq.
         Goldenberg Law

*Attorneys for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the Complaint, two copies of this waiver of service form, and a prepaid means of returning one signed copy of the waiver form to you.

On behalf of Walgreen Co., I waive service of the summons and Complaint in this case.

In waiving service of process, Walgreen Co. preserves all of its defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the action.

I also understand that the Court has stayed the deadline to serve an answer or a motion under Rule 12 to this Complaint.

DATE:  March 10, 2021

PARTY:     Walgreen Co.

By:  */s/ Rebecca E. Bazan*

DUANE MORRIS LLP
Rebecca E. Bazan
505 9th Street NW, Suite 1000
Washington, DC 20004
Tel.: (202) 776-5253
Fax: (202) 330-5547
REBazan@duanemorris.com

*Attorneys for Walgreen Co.*