# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875 (RBK) |

## ORDER ESTABLISHING TRIAL POOL CASES

**IT IS HEREBY ORDERED**, with consent of all Parties, that the personal injury Bellwether Trial Pool selection process shall proceed as follows:

1. By agreement of the Parties, counsel for each side simultaneously disclosed fifteen (15) personal injury Plaintiffs for inclusion in the Bellwether Trial Pool on **January 15, 2021**.

2. By agreement, each side's selection of 15 included at least five (5) Plaintiffs from the set of previously identified Plaintiffs for purposes of completing the Defendant Fact Sheets (the "DFS 20"). The remainder of the selections were selected from the entirety of the personal injury cases filed in or transferred to the MDL.

3. Plaintiffs and Defendants had two of the same picks, so there is a total of twenty-eight (28) cases in the Bellwether Trial Pool.

4. The following twenty-eight (28) cases were disclosed and shall constitute the Bellwether Trial Pool (listed alphabetically):

    a. By Plaintiffs:

        1. *Yolanda Bonmon v. Mylan Pharmaceuticals, Inc., Mylan Laboratories Ltd., Mylan N.V., Actavis LLC, Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., Huahai U.S., Inc., Solco Healthcare U.S., LLC,*

1

    *Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., Zhejiang Huabai Pharmaceutical Co., Ltd, and John Doe,* 1:20-cv-09207 (D.N.J.)

2. *Joe Briones v. Aurobindo Pharma USA, Inc., Aurobindo Pharma, Ltd., A-S Medication Solutions, LLC, Aceteris, LLC, Actavis Pharma, Inc., Actavis, LLC, Arrow Pharm (Malta) Ltd., Aurolife Pharma, LLC, Avkare, Inc., Bryant Ranch Prepack, Inc., Cardinal Health, Inc., Huahai U.S. Inc., Northwind Pharmaceuticals, Prinston Pharmaceutical Inc., Solco Healthcare U.S., LLC, Teva Pharmaceuticals Industries, Ltd., Teva Pharmaceuticals USA, Inc., The Harvard Drug Group, LLC d/b/a Major Pharmaceuticals, and Zhejiang Huahai Pharmaceutical Co., Ltd.*, 1:20-cv-16551-RBK-KMW (D.N.J.)

3. *Tivis Fields v. Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., Prinston Pharmaceutical Inc., Rite Aid Corp., Solco Healthcare U.S., LLC, Wal-Mart, Inc., Zhejiang Huahai Pharmaceutical Co., LTD,* 1:20-cv-00683-RBK-JS (D.N.J.) **DUPLICATE PICK**

4. *Bambi Ganim v. Mylan Laboratories, Ltd., Mylan Pharmaceuticals, Inc., Mylan, N. V., Zhejiang Huahai Pharmaceutical Co., Ltd., Hetero Labs, Ltd., Torrent Pharmaceuticals, Ltd., Camber Pharmaceuticals, Inc., Solco Healthcare U.S., LLC., Torrent Pharma, Inc., Prinston Pharmaceutical Inc., Hetero USA, Inc., Huahai U.S. Inc., Cigna Corp., and John Does 1-10,* 1:20-cv-07523-RBK-JS (D.N.J.) **DUPLICATE PICK**

5. *Maxine Guillory v. Zhejiang Huahai Pharmaceutical Co, Ltd., Prinston Pharmaceutical, Inc. dba Solco Healthcare U.S., LLC, Solco Healthcare US, LLC, Huahai U.S., Inc, and Does 1 through 100,* 1:19-cv-10044-RBK-KMW (D.N.J.)

6. *Nabil Hanna, A-S Medication Solutions, LLC, Aceteris LLC, Arrow Pharm (Malta) Ltd., Aurobindo Pharma USA, Inc., Aurobindo Pharma, Ltd., Aurolife Pharma, LLC, H J Harkins Co., Inc., Huahai U.S. Inc., Nucare Pharmaceuticals, Inc., Prinston Pharmaceutical, Inc., Remedyrepack, Inc., Solco Healthcare U.S., LLC, Wal-Mart, Inc., Zhejiang Huahai Pharmaceutical Co., Ltd.,* 1:20-cv-14570-RBK-KMW (D.N.J.)

7. *The Estate of Robert Lee, on Behalf of the Anticipated Representative, Anticipated Heir, and Surviving Spouse, Debra Lee v. Actavis Pharma, Inc., Actavis, LLC, Does 1 Through 100, Huahai U.S. Inc., Prinston Pharmaceutical Inc., Solco Healthcare U.S., LLC, Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc.,*

*Wal-Mart, Inc., Zhejiang Huahai Pharmaceutical Co. Ltd.,* 1:20-cv-15324-RBK-KMW (D.N.J.)

8. *Murawski, Georgia and Don Murawski v. Huahai U.S. Inc, Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, Walgreens Boots Alliance, Prinston Pharmaceutical Inc, John Doe,* 1:20-cv-14302-RBK-KMW (D.N.J.)

9. *Brad Pizzolato v. Mylan Laboratories Ltd., Mylan N.V., Zhejiang Huahai Pharmaceutical Co., Ltd., Mylan Pharmaceuticals Inc., Torrent Pharmaceuticals, Ltd., Huahai U.S., Inc., Solco Healthcare U.S., LLC, Torrent Pharma, Inc., Wal-Mart, Inc., Prinston Pharmaceutical Inc., and Does 1 Through 100,* 1:20-cv-02820-RBK-KMW (D.N.J.)

10. *Richard Ramirez v. Huahai U.S. Inc., Mylan Laboratories Ltd., Mylan N.V., Mylan Pharmaceuticals Inc., Prinston Pharmaceutical Inc., Solco Healthcare U.S., LLC, Teva Pharmaceuticals USA, Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., and John Doe,* 1:20-cv-05595-RBK-KMW (D.N.J.)

11. *Gaston Roberts, Jr. and Jan Roberts v. Zhejiang Huahai Pharmaceutical Co. Ltd., Prinston Pharmaceutical Inc., Solco Healthcare U.S., LLC, and John Doe,* 1:20-cv-00946-RBK-KMW (D.NJ.)

12. *Evon Smalls v. Zhejiang Huahai Pharmaceutical Co., Ltd.*, *Huahai U.S. Inc., Solco Healthcare U.S., LLC, Wal-Mart, Inc., Prinston Pharmaceutical Inc.,* and *Does 1 Through 100,* 1:20-cv-08199-RBK-KMW (D.N.J.)

13. *James Stephens v. Mylan Laboratories Ltd., Mylan N.V., Mylan Pharmaceuticals Inc., Huahai U.S. Inc., Publix Super Markets, Inc., Solco Healthcare U.S., LLC, and Zhejiang Huahai Pharmaceutical Co., Ltd,* 1:20-cv-07143-RBK-KMW (D.N.J.)

14. *James Suits and Cynthia Suits v. Zhejiang Huahai Pharmaceutical Co., Huahai U.S., Inc., Major Pharmaceuticals, Teva Pharmaceuticals USA, Inc., A-S Medication Solutions, LLC, Prinston Pharmaceutical Inc. d/b/a Solco Healthcare LLC, Solco Healthcare US LLC, Teva Pharmaceutical Industries, Ltd., Actavis, LLC, Bryant Ranch Prepack, Inc., Remedyrepack, Inc., Northwind Pharmaceuticals, Avkare, Inc., Mylan Laboratories Ltd., Mylan Pharmaceuticals, Inc., Mylan N.V., Actavis Pharma, Inc., Cardinal Health Inc., McKresson Corporation, Amerisource Bergen Corporation, H J Harkins Co., Inc. dba Pharma PAC, Nucare Pharmaceuticals, Inc., and Does 1-100,* 1:20-cv-06547-RBK-KMW (D.N.J.)

3

15. *Martha Weygandt, as Administrator of the Estate of Robert Weygandt v. Actavis, LLC, Albertsons Companies, LLC, Solco Healthcare U.S., LLC, Teva Pharmaceuticals, Ltd., Zhejiang Huahai Pharmaceutical Co. Ltd*; 1:19-cv-20970-RBK-KMW (D.N.J.)

b. By Defendants:

1. *Janice Brown v. Aurobindo Pharma, Ltd., Zhejiang Huahai Pharmaceutical Co., Ltd., Aurolife Pharma, LLC, Aurobindo Pharma USA, Inc., Huahai U.S., Inc., Solco Healthcare U.S., LLC, CVS Health, Walgreens Boots Alliance, Inc., Prinston Pharmaceutical, Inc., and Does 1 Through 100,* 1:19-cv-17394-RBK-JS (D.N.J.)

2. *Rita Crawford v. Zhejiang Huahai Pharmaceutical Co., Ltd., A-S Medication Solutions, LLC, H J Harkins Co., Inc., Huahai U.S. Inc., NuCare Pharmaceuticals, Inc., RemedyRepack, Inc., Solco Healthcare U.S., LLC, CVS Health, Walgreens Boots Alliance, Prinston Pharmaceutical Inc., and DOES 1-100,* 1:20-cv-00763-RBK-JS (D.N.J)

3. *Nellie Dawson v. Mylan Laboratories, LTD, A-S Medication Solutions, Actavis Pharma, Inc., Actavis, LLC, Avkare, Inc., Bryant Ranch Prepack, Inc., Cardinal Health, Inc. Humana Pharmacy, Inc., Mylan N.V., Mylan Pharmaceuticals Inc., Mylan, Inc., Northwind Pharmaceuticals, Teva Pharmaceuticals, LTD., Teva Pharmaceuticals USA, Inc., The Harvard Drug Group, LLC d/b/a Major Pharmaceuticals*, 1:20-cv-01493-RBK-JS (D.N.J.)

4. *Lana Dufrene v. Zhejiang Huahai Pharmaceutical Co. Ltd., Huahai US, Inc., Prinston Pharmaceutical, Inc., Solco Healthcare US, LLC, Teva Pharmaceuticals USA, Inc., Torrent Pharmaceuticals, LTD.,* 1:19-cv-15633 (D.N.J)

5. *Tivis Fields v. Mylan Laboratories Ltd., Mylan Pharmaceuticals Inc., Prinston Pharmaceutical Inc., Rite Aid Corp., Solco Healthcare U.S., LLC, Wal-Mart, Inc., Zhejiang Huahai Pharmaceutical Co., Ltd,* 1:20-cv-00683-RBK-JS (D.N.J.) **DUPLICATE PICK**

6. *Bambi Ganim v. Mylan Laboratories, Ltd., Mylan Pharmaceuticals, Inc., Mylan, N. V., Zhejiang Huahai Pharmaceutical Co., Ltd., Hetero Labs, Ltd., Torrent Pharmaceuticals, Ltd., Camber Pharmaceuticals, Inc., Solco Healthcare U.S., LLC., Torrent Pharma, Inc., Prinston Pharmaceutical Inc., Hetero USA, Inc., Huahai U.S. Inc., Cigna Corp., and John Does 1-10,* 1:20-cv-07523-RBK-JS (D.N.J.) **DUPLICATE PICK**

7. *Robert Garcia v. A-S Medication Solutions, LLC, Actavis Pharma, Inc., Actavis, LLC, API Manufacturer John Doe, Avkare, Inc., Bryant Ranch Prepack, Inc., Cardinal Health, Inc., Cigna Corporation, FDA Liaison John Doe, Finished Dose Manufacturer John Doe, H J Harkins Co., Inc., Huahai U.S. Inc., Labeler/Distributor/Repackager John Doe, Northwind Pharmaceuticals, Nucare Pharmaceuticals, Inc., Pharmacy John Doe, Prinston Pharmaceutical Inc., Remedyrepack, Inc., Solco Healthcare U.S., LLC, Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc. The Harvard Drug Group, LLC d/b/a Major Pharmaceuticals, Torrent Pharma, Inc., Torrent Pharmaceuticals, LTD., Wal-Mart, Inc., Walgreens Boots Alliance, Wholesaler John Doe, Zhejiang Huahai Pharmaceutical Co., Ltd.;* 1:20-cv-07957-RBK-JS (D.N.J.)

8. *Paulette Kennedy v. Huahai U.S., Inc., Actavis Pharma, Inc., Actavis, LLC, Amerisourcebergen Corporation, Mylan Laboratories Ltd., Mylan N.V., Mylan Pharmaceuticals Inc., Prinston Pharmaceutical Inc., Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., The Kroger Co., Walgreens Boots Alliance Inc.; Zhejiang Huahai Pharmaceutical, Co., Ltd*, and *Does 1-100,* 1:20-cv-07638-RBK-JS (D.N.J)

9. *Silvano Kinkela v. Zhejiang Huahai Pharmaceutical Co., Ltd., A-S Medication Solutions, LLC, Actavis LLC, Actavis Pharma Inc., Avkare Inc., Bryant Ranch Prepack, Inc., Cardinal Health Inc., John Doe, H J Harkins Co., Inc. Huahai U.S. Inc., Nucare Pharmaceuticals, Inc., Northwind Pharmaceuticals, Optum, Inc. OptumRx, Prinston Pharmaceutical Inc., Remedyrepack, Inc., Solco Healthcare U.S., LLC, Teva Pharmaceutical Industries, Ltd., Teva Pharmaceutical USA, Inc., The Harvard Drug Group, LLC d/b/a Major Pharmaceuticals, and Unitedhealth Group,* 1:20-cv-02880-RBK-JS (D.N.J.)

10. *Estate of Ronald Meeks on Behalf of the Anticipated Personal Representative, Anticipated Heir, and Surviving Spouse, Sandra Meeks v. Actavis, LLC, Huahai U.S., Inc., Prinston Pharmaceutical Inc. d/b/a Solco Healthcare LLC, Solco Healthcare US, LLC, Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., and Zhejiang Huahai Pharmaceutical Co., Ltd;* 1:19-cv-16209-RBK-JS (D.N.J.)

11. *Crusita Murga v. Zhejiang Huahai Pharmaceutical Co., Ltd., Actactavis, LLC, Avkare, Inc., Camber Pharmaceuticals, Inc., Cigna Corporation, Express Scripts Holding Company, Express Scripts, Inc., Hetero Drugs, Ltd., Hetero Labs, Ltd., Huahai U.S. Inc., Mylan Laboratories Ltd., Mylan N.V., Mylan Pharmaceuticals Inc., Preferred Pharmaceuticals, Inc., Prinston Pharmaceutical Inc., Remedyrepack,*

5

      *Inc., Solco Healthcare U.S., LLC, Teva Pharmaceutical Industries, Ltd., and Teva Pharmaceuticals USA, Inc.,* 1:20-cv-03596 (D.N.J.)

12. *Marvella Ochs v. Heterp Drugs, Ltd., Avkare, Ind., Camber Pharmaceuticals, Inc., Hetero Labs, Ltd., Hetero USA, Inc., Preferred Pharmaceuticals, Inc., Remedyrepack, Inc., The Kroger Co*.; 1:20-cv-00323-RBK-JS (D.N.J.)

13. *Eugene Pate v. CVS Health, Huahai U.S. Inc., Mylan Laboratories, Ltd., Mylan Pharmaceuticals, Inc., Mylan, Inc., Mylan, N.V., Prinston Pharmaceutical, Inc., Solco Healthcare U.S., LLC, Teva Pharmaceuticals USA, Inc., Zhejiang Huahai Pharmaceutical Co., Ltd.,* 1:20-cv-01248-RBK-JS (D.N.J.)

14. *Michael Svebek v. Huahai U.S. Inc., Mylan Laboratories, Ltd., Mylan N.V., Mylan Pharmaceuticals, Inc., Prinston Pharmaceutical Inc., Remedyrepack, Inc., Solco Healthcare U.S., LLC, Teva Pharmaceutical USA, Inc., Torrent Pharma, Inc., Torrent Pharmaceuticals Ltd, Zhejiang Huahai Pharmaceutical Co. Ltd.,* and *Doe John,* 1:19-cv-20609-RBK-JS (D.N.J.)

15. *Viola Welch, Individually and as Representative of Durl Welch v. Zhejiang Huahai Pharmaceutical Co., Ltd., A-S Medication Solutions, LLC, Aceteris, LLC, Arrow Pharm (Malta) Ltd., Aurobindo Pharma USA, Inc., Aurobindo Pharma, Ltd., Aurolife Pharma, LLC, Avkare, Inc., Camber Pharmaceuticals, Inc., CVS Health, John Doe, H J Harkins Co., Inc., Hetro Drugs, Ltd., Hetero Labs, Ltd., Hetro USA, Inc., Huahai U.S. Inc., Mylan Laboratories Ltd., Mylan Pharmaceuticals, Inc., Nucare Pharmaceuticals, Inc., Preferred Pharmaceuticals, Inc., Prinston Pharmaceutical Inc., Remedyrepack, Inc., Solco Healthcare U.S., LLC, Teva Pharmaceuticals USA, Inc.,* 1:20-cv-07999-RBK-JS (D.N.J.)

5. The Parties shall begin plaintiff specific fact discovery in the foregoing cases. Discovery on any previously identified DFS 20 case that was not included in the above list is hereby stayed. Discovery should otherwise proceed according to the schedule entered by this Court.

6. The Parties shall continue to meet and confer regarding the process for final selection and sequencing of cases for trial.

6.7. If a Bellwether Trial Pool Case is dismissed, the Party who selected that case for

    the pool may pick a replacement from the entirety of the personal injury cases filed in or transferred to the MDL. Replacement cases should be picked no less than four months prior to the operative deadline to complete the second phase of fact discovery or by other deadline by consent of the parties or court order. *See* CMO No. 23, dated 2/11/21.

7.8. The Parties preserve all rights related to jurisdiction and venue under 28 U.S.C. §§ 1391 and 1406(a) and *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998).

Dated: March _____, 2021

                                                                                      _____
                                                                                      Honorable Roberg B. Kugler,
                                                                                      U.S. District Judge