UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: Valsartan, Losartan & Irbesartan Products Liability Litigation | : : : : |

MDL No. 2875

## WAIVER OF SERVICE OF SUMMONS FOR
## FIRST AMENDED CONSOLIDATED IRBESARTAN CLASS ACTION COMPLAINT

To:   Marlene J. Goldenberg, Esq.
      Goldenberg Law

*Attorneys for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the Complaint, two copies of this waiver of service form, and a prepaid means of returning one signed copy of the waiver form to you.

On behalf of Walgreen Co., I waive service of the summons and Complaint in this case.

In waiving service of process, Walgreen Co. preserves all of its defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the action.

I also understand that the Court has stayed the deadline to serve an answer or a motion under Rule 12 to this Complaint.

DATE:  March 10, 2021             By:  */s/ Rebecca E. Bazan*

PARTY:   Walgreen Co.             DUANE MORRIS LLP
                                  Rebecca E. Bazan
                                  505 9th Street NW, Suite 1000
                                  Washington, DC 20004
                                  Tel.: (202) 776-5253
                                  Fax: (202) 330-5547
                                  REBazan@duanemorris.com

                                  *Attorneys for Walgreen Co.*