UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: March 31, 2021

**HON. ROBERT B. KUGLER, U.S.D.J.**
**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:**    CAMILLE PEDANO

**TITLE OF CASE:**                    **DOCKET NO.:** 19-md-2875 (RBK)(JS)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS**:** | FOR DEFENDANTS: |
| --- | --- |
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Ruben Honik, Esq. | Victoria Lockhard, Esq. |
| Daniel Nigh, Esq. | Jessica Priselac, Esq. |
| Marlene Goldenberg, Esq. | Jessica Heinz, Esq. |
| Behram Parekh, Esq. | Nakul Shah, Esq. |
| Andrew Obergfell, Esq. | Eric Abraham, Esq. |

**NATURE OF PROCEEDINGS**:    TELEPHONE STATUS CONFERENCE

**DISPOSITION:**
Telephone status conference held on the record.
Order to be entered.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 11:50a.m.    Time Adjourned: 12:30p.m.    Total Time in Court: 0:40