IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY CAMDEN VICINAGE

| | |
|---|---|
| **In re: Valsartan Products Liability Litigation**<br><br>This document relates to Terri Stine<br>Case No. 19-cv-20214 | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Joel Schneider, Magistrate Judge |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Axley Brynelson, LLP, by Heath P. Straka, has been retained to appear on behalf of Plaintiff, Terri Stine, and hereby requests that copies of all documents be served on him at the address below or through the Court's electronic filing system.

Dated this 1st day of April, 2021

AXLEY BRYNELSON, LLP

*s/ Heath P. Straka*
Heath P. Straka, SBN 1031351
2 East Mifflin Street, Suite 200
Post Office Box 1767
Madison, WI 53701-1767
Telephone: (608) 257-5661
Facsimile: (608) 257-5444
E-mail: hstraka@axley.com

*Attorney for Plaintiff Terri Stine*