# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | | |
|---|---|---|
| IN RE: VALSARTAN, | : | |
| LOSARTAN, and IRBESARTAN | : | MDL No. 19-2875 (RBK/KW) |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| This Order Relates to all Cases | : | |

## SPECIAL MASTER ORDER NO. 14

**NOW, this 1st day of April, 2021, IT IS HEREBY ORDERED THAT** a conference via Zoom shall be held on Wednesday, April 7 at 2:00 p.m. The purpose of this conference will be to address a prioritization of pending discovery disputes, the *in camera* review of documents produced by Mylan, and any other issues the parties raise in connection with that conference.

    s/ Thomas I. Vanaskie
    Hon. Thomas I. Vanaskie (Ret.)
    Special Master