UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICANAGE

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>RICHARD O'NEILL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SOLCO HEALTHCARE U.S., LLC, ET AL.,<br><br>    Defendants. | Civil Action No. 1:19-md-2875 (RBK/JS)<br><br><br><br><br><br>Civil Action No. 1:18-cv-14840-RBK-JS |

**NOTICE OF NEW FIRM, CHANGE OF ADDRESS,
AND CHANGE OF EMAIL ADDRESS**

Please take notice that, effective April 1, 2021, the below referenced attorneys are now associated with Barton and Burrows, LLC, whose address is 5201 Johnson Drive, Suite 110, Mission, KS 66205. Please update your records to reflect the new firm, the new address, and the new email addresses for Plaintiffs' counsel as shown in the signature block below. All phone numbers and the fax number will remain the same.

    Respectfully submitted,

    /s/ *George A. Barton*
    Stacy A. Burrows, Co. Bar No. 49199
    George A. Barton, Mo. Bar No. 26249
    Barton and Burrows, LLC

        5201 Johnson Dr., Suite 110
        Mission, KS 66205
        (913) 563-6250
        Fax: (913) 563-6259
        stacy@bartonburrows.com
        george@bartonburrows.com

        **ATTORNEYS FOR THE PLAINTIFF**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on April 1, 2021 the foregoing was e-filed by using the Court's CM/ECF System, which sent notification of such filing to all counsel of record.

                                                  */s/ George A. Barton*
                                                  George A. Barton