# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil Action No. 1:19-md-02875<br><br>**PLAINTIFF CECIL BYRD'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Cecil Byrd hereby dismisses all claims in this action without prejudice. This notice pertains only to Cecil Byrd's claims, and does not affect any other Plaintiff in this action. None of the Defendants have served an Answer to Plaintiff Byrd's Complaint, nor have they served a motion for summary judgment. Accordingly, the action (as it pertains to Plaintiff Byrd only) may be dismissed without a court order.

Dated: April 1, 2021

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Andrew J. Obergfell*
          Andrew J. Obergfell

Andrew J. Obergfell
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 837-7150
Facsimile: (212) 989-9163
Email: aobergfell@bursor.com

*Attorneys for Plaintiff*