**SAUL EWING ARNSTEIN & LEHR LLP**
*A Delaware LLP*
Bethany Beaver, Esq.
161 North Clark,
Suite 4200
Chicago, IL 60601
Phone: (312) 876.7831
Bethany.beaver@saul.com
*Attorneys for Defendant*
*Prime Therapeutics LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION : PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 19-2875 (RBK/JS) |
| WALTER L. SHUMPERT, JR., MALINDA SHUMPERT<br><br>Plaintiffs,<br><br>vs.<br><br>PRIME THERAPEUTICS LLC, et al<br><br>Defendant. | CIVIL NO.: 20-15805 (RBK/JS)<br><br><br><br>**NOTICE OF APPEARANCE FOR BETHANY BEAVER** |

**NOTICE OF APPEARANCE**

Kindly enter my appearance on behalf of Defendant Prime Therapeutics LLC, in connection with the above-referenced matter. By entering this appearance, Prime Therapeutics LLC preserves all defenses, including but not limited to service and personal jurisdiction, in any

individual case in which Prime Therapeutics LLC is named that is currently pending in this MDL or that may subsequently be transferred to or consolidated with MDL 2875.

                               **SAUL EWING ARNSTEIN & LEHR LLP**

                               */s/ Bethany Beaver*
                               Bethany Beaver, Esq.
                               161 North Clark,
                               Suite 4200
                               Chicago, IL 60601
                               Phone:  (312) 876.7831
                               bethany.beaver@saul.com
                               *Attorneys for Defendant*
                               *Prime Therapeutics LLC*

Dated: April 6, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April, 2021, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

*/s/ Bethany Beaver*
Bethany Beaver