# Exhibit A

This document contains Protected Information and has been submitted to the Special Master and Plaintiffs' Liaison Counsel directly via e-mail.