# Exhibit B

| | **Duane Morris®** | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | SETH A. GOLDBERG | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 215 979 1175 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 215 689 2198 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* SAGoldberg@duanemorris.com | CHERRY HILL |
| BOSTON | | LAKE TAHOE |
| HOUSTON | *www.duanemorris.com* | MYANMAR |
| DALLAS | | |
| AUSTIN | | ALLIANCES IN MEXICO |
| HANOI | | AND SRI LANKA |
| HO CHI MINH CITY | | |

April 1, 2021

VIA E-MAIL

Adam M. Slater, Esq.
Mazie Slater Katz & Freeman, LLC
aslater@mazieslater.com

> Re: *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation,* U.S. District Court for the District of New Jersey; Case No. 1:19-md-02875-RBK-KMW

Dear Counsel:

I write to follow up on the meet and confer on March 26, 2021 regarding Zhejiang Huahai Pharmaceutical Co.'s ("ZHP") Chinese State Secret Log. Initially, on December 30, 2001, ZHP served state secret withholding and redaction logs including 335 documents (the "Logs"). In an effort to streamline the disputes regarding state secret withholding, ZHP re-reviewed the documents included on the Logs and produced amended logs including only 91 entries on January 29, 2021. To further streamline the negotiations between the Parties, ZHP identified duplicative documents to Plaintiffs on March 23, narrowing the number of documents whose substance would need to be discussed during the Parties' meet and confer to 36.

During the meet and confer, you expressly stated that Plaintiffs would not challenge the withholding of the following documents:

Document 15
Document 16
Document 19
Document 20
Document 28
Document 34
Document 37
Document 62

DUANE MORRIS LLP
30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196          PHONE: +1 215 979 1000   FAX: +1 215 979 1020

DuaneMorris

Adam M. Slater, Esq.
April 1, 2021
Page 2

Document 71
Document 72
Document 73

    During the meet and confer, we agreed to provide clarification as to the nature of the duplicated documents being withheld or redacted. Hui Zhong law firm reviewed each document following the meet and confer to ensure that we provide accurate information regarding the duplicative documents.

### Duplicative Documents on ZHP Parties State Secret Withholding Log

| DOCUMENT | DUPLICATE DOCUMENT(S) | NATURE OF THE DUPLICATION |
|---|---|---|
| Document 3 (PRINBURY00142827) | Document 4 (PRINBURY00142830); Document 5 (PRINBURY00144241); Document 22 (ZHP02606474); Document 23 (ZHP02606475); Document 24 (ZHP02606612); Document 25 (ZHP02606613); Document 26 (ZHP02606614); Document 27 (ZHP02606615); Document 40 (ZHP02613611); Document 45 (ZHP02613651); Document 46 (ZHP02613656); Document 47 (ZHP02613659); Document 48 (ZHP02614160); Document 49 (ZHP02614172); Document 50 (ZHP02614174); Document 51 (ZHP02614402); Document 54 (ZHP02614593); Document 55 (ZHP02614891); Document 84 (PRINSTON00281865) | The content of Documents 3-5, 22-27, 40, 45-51, 54-55, and 84 is the same and therefore duplicative.<br><br>Documents 45-51 and 54-55 are attachments to emails. The cover emails are non-SSR and have been produced. The content of these attachments is the same as Document 3 and therefore are duplicative. |
| Document 7 (SYNCORES00037103) | Document 76 (ZHP02631527) Document 77 (ZHP02631528) | Documents 7 and 77 are the same and therefore duplicative. Document 77 is the attachment to Document 76 which is an email. |
| Document 10 (ZHP02557672) | Document 11 (ZHP02565439) | Documents 10 and 11 are the same and therefore duplicative. |
| Document 12 (ZHP02604526) | Document 14 (ZHP02605151) Document 18 (ZHP02605370) Document 74 (ZHP02622088) | Documents 12, 14, 18, and 74 contain the same substantive content and thus are duplicative. Documents 12, 18, and 74 |

DuaneMorris

Adam M. Slater, Esq.
April 1, 2021
Page 3

| DOCUMENT | DUPLICATE DOCUMENT(S) | NATURE OF THE DUPLICATION |
|---|---|---|
| | | were attached to emails that are non-SSR and have been produced. |
| Document 16 (ZHP02605169) | Document 17 (ZHP02605172)<br>Document 86 (ZHP02649414) | Documents 16, 17, and 86 are the same document and therefore duplicative. |
| Document 29 (ZHP02608269) | Document 30 (ZHP02608270)<br>Document 31 (ZHP02608273)<br>Document 32 (ZHP02608277)<br>Document 57 (ZHP02615297)<br>Document 58 (ZHP02615298)<br>Document 59 (ZHP02615303)<br>Document 60 (ZHP02615306) | Documents 29, 30-32, and 57-60 are all from the same email chain. Document 57 is the most comprehensive.<br><br>Note the following duplicative attachments:<br>(1) The attachment ZHP02608271 to Document 30 is the same as following:<br>• attachment ZHP02608278 to Document. 32<br>• attachment ZHP02615299 to Document 58<br>• attachment ZHP02615304 to Document 59<br>• attachment ZHP02615307 to Document 60.<br><br>(2) The attachment ZHP02608272 to Document 30 is the same as attachment ZHP02615305 to Document 59. |
| Document 34 (ZHP02611955) | Document 35 (ZHP02611956)<br>Document 75 (ZHP02627585) | Documents 34, 35, and 75 are duplicative. The attachments to Document 75 are non-SSR and have been produced. |
| Document 19 (ZHP02605548) | Document 36 (ZHP02611974) | The format of Documents 19 and 36 are different but the content is the same, therefore they are duplicative. |
| Document 39 (ZHP02613610) | Document 41 (ZHP02613630)<br>Document 42 (ZHP02613631)<br>Document 43 (ZHP02613632)<br>Document 44 (ZHP02613633)<br>Document 52 (ZHP02614403) | Documents 39, 41-44, 52, and 53 are all from the same email chain. Document 39 is the most comprehensive in the chain. |

DuaneMorris

Adam M. Slater, Esq.
April 1, 2021
Page 4

| DOCUMENT | DUPLICATE DOCUMENT(S) | NATURE OF THE DUPLICATION |
|---|---|---|
|  | Document 53 (ZHP02614592) | Documents 39, 52 and 53 have attachments, which are all non-SSR and have been produced. |
| Documents 65 (ZHP02622054) | Document 66 (ZHP02622055) | Document 66 is included in Document 65. Therefore, the content is duplicative. |
| Document 68 (ZHP02622057) | Document 78 (ZHP02636528) Document 80 (ZHP02636532) | Documents 68, 78, and 80 are the same and therefore duplicative. |
| Document 85 (ZHP02649226) | Document 9 (ZHP02459190) | Documents 9 and 85 are the same and therefore duplicative. Both Documents 9 and 85 were attached to emails that are non-SSR and have been produced. |
| Document 87 (ZHP02649416) | Document 13 (ZHP02605097) | Document 87 contains the same substantive content as Document 13, therefore they are duplicates. |

**Duplicate Documents on ZHP Parties State Secret Redaction Log**

| DOCUMENT | DUPLICATE DOCUMENT(S) | NATURE OF THE DUPLICATION |
|---|---|---|
| Document 1 (ZHP02441394) | Document 2 (ZHP02441402) | Documents 1 and 2 are emails in the same email chain. Document 2 is more comprehensive and encompasses Document 1. |

In your March 30 letter (Dkt. 1083), you assert that ZHP is relying only on Articles 2 and 9.4 of the Law of the People's Republic of China on Protecting State Secrets in withholding or redacting the documents on the logs. This is inaccurate. For each document appearing on the Amended Logs, ZHP is relying on the all statutory and regulatory provisions associated with the entry to support its state secret claim. Counsel for ZHP even expressly discussed the applicability of certain regulations during the meet and confer. See 3/26/21 Meet and Confer Tr. at 21:2-15 ("Article 48 of the PRC on guarding state secrets . . . is also relevant because . . . it applies to every . . . government document."); id. at 31:13-19 ("[A]rticle 27 of the implementation . . . specifically requir[es] when government hold a meeting that may involve the state secrets, the government

DuaneMorris

Adam M. Slater, Esq.
April 1, 2021
Page 5

should take certain measures to protect state secrets, including asking the party to keep the document confidential[.]").

    Your March 30 letter also states that ZHP committed to re-reviewing the withheld documents to determine whether they could be produced with certain redactions or, in documents where non-Chinese regulatory investigations are discussed, to determine whether the documents could be produced in full.  ZHP has already re-reviewed the withheld documents in order to generate the Amended State Secret Logs served on January 29.  The following 28 documents remain in dispute:

Document 1
Document 3
Document 7
Document 8
Document 9
Document 10
Document 12
Document 13
Document 21
Document 29
Document 33
Document 39
Document 56
Document 61
Document 63
Document 64
Document 65
Document 67
Document 68
Document 69
Document 70
Document 79
Document 81
Document 82
Document 83
Document 88
Document 1 (Redaction log)
Document 3 (Redaction log)

DuaneMorris

Adam M. Slater, Esq.
April 1, 2021
Page 6

            Sincerely,

            */s/ Seth A. Goldberg*

            Seth A. Goldberg