# Exhibit C

# Duane Morris®

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
AUSTIN
HANOI
HO CHI MINH CITY

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO
AND SRI LANKA

BARBARA A. SCHWARTZ
DIRECT DIAL: +1 215 979 1871
PERSONAL FAX: +1 215 689 4924
*E-MAIL:* BASchwartz@duanemorris.com

*www.duanemorris.com*

March 9, 2021

VIA EMAIL

Ruben Honik, Esq.
Golomb & Honik, P.C.
rhonik@golombhonik.com

David Stanoch, Esq.
Kanner & Whiteley, LLC
d.stanoch@kanner-law.com

Adam Slater, Esq.
Mazie Slater Katz & Freeman, LLC
aslater@mazieslater.com

Daniel Nigh, Esq.
Levin Papantonio Thomas Mitchell
Rafferty & Proctor, P.A.
dnigh@levinlaw.com

Conlee Whiteley, Esq.
Kanner & Whiteley, LLC
c.whiteley@kanner-law.com

Re: **In re Valsartan, Losartan, and Irbesartan Products Liability Litigation**
**Civ. No. 19-2875 (D.N.J.)**

Counsel:

We were surprised to receive your March 6, 2021, requesting production of certain documents listed on the ZHP Parties' privilege log only two business days prior to Mr. Wang's deposition and following the Parties' productive meet and confer on documents relating to the Rule 30(b)(6) topics in which Mr. Wang had been designated, during which documents withheld for privilege were not mentioned.

Nonetheless, defendants Prinston Pharmaceutical, Inc. ("Prinston") and Solco Healthcare U.S., LLC ("Solco"), and Huahai U.S., (collectively "ZHP Parties") are producing documents through the Aquipt document repository as production volumes SOLCO015 (SOLCO00189645-SOLCO00189707) and PRINSTON030 (PRINSTON00469182-PRINSTON00469232), pursuant to the Court's December 23, 2019 (Doc. 328), April 20, 2020 (Doc. 416), and June 23, 2020 (Doc. 487) Orders and June 3, 2020 instruction in the above-referenced matter and subject to the Discovery Confidentiality Order (Doc. 139, the "DCO").

**Duane Morris**

Ruben Honik, Esq.
David Stanoch, Esq.
Adam Slater, Esq.
Daniel Nigh, Esq.
Conlee Whiteley, Esq.
March 9, 2021
Page 2

    We continue to withhold CTRL00001090, as it is privileged. This document is a draft notice letter drafted by Vincent Capuano of Duane Morris, who represented Prinston. The letter constitutes a confidential attorney client communication for the purpose of rendering legal advice regarding regulatory compliance and potential in anticipation of Paragraph IV litigation. Contrary to your email, the document is unrelated to any FDA response or deficiency letter.

    Additionally, we continue to withhold CTRL00001065 and CTRL0000106, which are confidential attorney-client communications between Duane Morris and the ZHP Parties and Alan Klein for the purposes of rendering legal advice regarding customer relations and anticipated litigation. These documents reflect both the legal advice and mental impressions of counsel.

    In addition to documents produced in response to your March 6 email, this production includes the Master Distribution Services Agreement requested by email on March 4.

    This production of documents is made subject to the objections made by counsel during the December 11, 2019 conference with Judge Schneider. The ZHP Parties reserve any and all objections as to relevance, materiality, privilege, admissibility, or any other grounds on which an objection may be made.

    This production of documents contains document families with responsive documents that are being redacted or withheld on the grounds of privilege or work product.

Very truly yours,

/s/ *Barbara A. Schwartz*

Barbara A. Schwartz

cc: Seth A. Goldberg (sagoldberg@duanemorris.com)
      Lori G. Cohen (cohenl@gtlaw.com)
      Clem C. Trischler (cct@pietragallo.com)
      Jessica M. Heinz (Jheinz@c-wlaw.com)
      Janet L. Poletto (jpoletto@hkmpp.com)
      Alexia Brancato (alexia.brancato@kirkland.com)

**DuaneMorris**

Ruben Honik, Esq.
David Stanoch, Esq.
Adam Slater, Esq.
Daniel Nigh, Esq.
Conlee Whiteley, Esq.
March 9, 2021
Page 3

   Behram Parekh (behram.parekh@drlawllp.com)
   Cheryll Calderon (ccalderon@mazieslater.com)
   Ashleigh Raso (araso@meshbesher.com)
   Joey Argenal (argenal@csdisco.com)
   Jeremy Robertson (robertson@csdisco.com)
   valsartan@csdisco.com
   valpec@kirtlandpackard.com