**SAUL EWING ARNSTEIN & LEHR LLP**
*A Delaware LLP*
Andrea Cox, Esq.
701 Brickell Avenue, Suite 1700
Miami, Florida 33131
Phone: (305) 428-4500
Andie.Cox@saul.com
*Attorneys for Defendant Prime Therapeutics LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION : PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 19-2875 (RBK/JS) |
| WALTER L. SHUMPERT, JR., MALINDA SHUMPERT<br><br>Plaintiffs,<br><br>vs.<br><br>PRIME THERAPEUTICS LLC, et al<br><br>Defendant. | CIVIL NO.: 20-15805 (RBK/JS) |
| RONALD J. HULL, ET AL.<br><br>Plaintiffs,<br><br>vs.<br><br>PRIME THERAPEUTICS LLC, ET AL<br><br>Defendant. | CIVIL NO.: 21-02259 (RBK/KMW)<br><br>**NOTICE OF APPEARANCE FOR ANDREA COX** |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant Prime Therapeutics LLC, in connection with the above-referenced matters. By entering this appearance, Prime Therapeutics LLC preserves all defenses, including but not limited to service and personal jurisdiction, in any individual case in which Prime Therapeutics LLC is named that is currently pending in this MDL or that may subsequently be transferred to or consolidated with MDL 2875.

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Andrea Cox*
Andrea Cox, Esq.
701 Brickell Avenue,
Suite 1700
Miami, Florida 33131
Phone: (305) 428-4500
Email: Andie.Cox@saul.com
*Attorneys for Defendant*
*Prime Therapeutics LLC*

Dated: April 7, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April, 2021, a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

*/s/ Andrea Cox*
Andrea Cox