# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, and IRBESARTAN PRODUCTS LIABILITY LITIGATION : : : : | MDL No. 19-2875 (RBK/KW) |
| This Order Relates to all Cases : | |

## SPECIAL MASTER ORDER NO. 16

**NOW, this 7th day of April, 2021, IT IS HEREBY ORDERED THAT** a telephone conference shall be held on Friday, April 9, 2021 at 3:30 p.m. The purpose of this conference is to determine whether Plaintiffs must comply with the protocol for deposing Indian nationals found at Doc. 604-3 as it relates to the depositions of: (1) Mr. Kasava Reddy; (2) Mr. Ashok Reddy; (3) Mr. Nagaraju; and (4) Dr. A Ram Mohan Rao, that is, whether Plaintiffs must comply with the Hague Service requirements, or may take their depositions upon notice under Fed. R. Civ. P. 30(b)(1).

s/ Thomas I. Vanaskie<br>
Hon. Thomas I. Vanaskie (Ret.)<br>
Special Master