# Exhibit 1

# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn°
David M. Estes
_____
*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

°Member of N.J. & N.Y. Bars

Karen G. Kelsen°
Cheryll A. Calderon
Adam M. Epstein°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Alexander Q. Reynoso
Samuel G. Wildman
Julia S. Slater°

April 7, 2021

**VIA EMAIL**
SAGoldberg@duanemorris.com
Seth A. Goldberg, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103-4196

RE:   *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation,*
      **No. 1:19-md-02875**

Dear Counsel:

I'm writing with regard to Judge Vanaskie's ruling at today's conference that ZHP identify which English documents have Mandarin translations, including those in the production, as well as those outside of the production, for example those created for the benefit and preparation of a witness for a deposition.

Please let us know immediately which documents meet this criteria and where they are located in the production. Please also confirm that an overlay file will be produced with metadata allowing Plaintiffs to easily connect the English and Mandarin documents. For documents outside the production please ensure that the production clearly identifies the English language documents they match up to as well.

Seth A. Goldberg, Esq.
Duane Morris LLP
April 7, 2021
Page 2

Thank you for your immediate attention to this matter, as we need this information in order to be able to determine which documents will need to be machine translated.

Very truly yours,

ADAM M. SLATER