# Exhibit 2

| | |
|---|---|
| **From:** | Goldberg, Seth A. |
| **To:** | Cheryll Calderon; Priselac, Jessica; Schwartz, Barbara; Hill, Coleen W.; Ball, Frederick R.; Gallagher, Patrick |
| **Cc:** | Adam Slater; behram.parekh@drlawllp.com; Christopher Geddis; Layne Hilton; George Williamson |
| **Subject:** | RE: In re Valsartan, Losartan, and Irbesartan Products Liability Litigation; No. 1:19-md-02875 |
| **Date:** | Friday, April 9, 2021 11:59:37 AM |
| **Attachments:** | Goldberg S. ltr re Mandarin translated documents 4.7.21.pdf |

Counsel,

Thank you for the attached letter. We do not believe Judge Vanaskie ordered the ZHP Parties to identify translations in their production as you have suggested in your letter, and we do not have metadata that connects English documents to Chinese translations.

Best regards,
Seth



---

**From:** Cheryll Calderon <ccalderon@mazieslater.com>
**Sent:** Wednesday, April 7, 2021 6:43 PM
**To:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; Ball, Frederick R. <FRBall@duanemorris.com>; Gallagher, Patrick <PCGallagher@duanemorris.com>
**Cc:** Adam Slater <ASlater@mazieslater.com>; behram.parekh@drlawllp.com; Christopher Geddis <CGeddis@mazieslater.com>; Layne Hilton <l.hilton@kanner-law.com>; George Williamson <gwilliamson@farr.com>
**Subject:** In re Valsartan, Losartan, and Irbesartan Products Liability Litigation; No. 1:19-md-02875

Counsel:

Please see the attached correspondence regarding the above referenced matter.

Thank you,
Cheryll

Cheryll A. Calderon, Esq.

**Mazie Slater Katz & Freeman, LLC**

103 Eisenhower Parkway

Roseland, NJ 07068

(973) 228 - 0423 (direct)

(973) 228 - 9898 (main office)

(973) 228 - 0303 (fax)

ccalderon@mazieslater.com

www.mazieslater.com



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Mazie Slater Katz & Freeman, LLC (Tel: 973.228-9898) immediately and delete this message, along with any attachments, from your computer. Thank you.

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.