# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan, Losartan, and Irbesartan Products Liability Litigation | MDL No. 2875 <br> Civil No.: 19-02875 (RBK/JS) |
| This Document Relates to All Actions | |

## NOTICE OF APPEARANCE OF BARBARA SCHWARTZ

To the Clerk:

Please enter the appearance of Barbara A. Schwartz on behalf of Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc., on this Court's MDL master docket.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to, defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: April 12, 2021

*s/ Barbara A. Schwartz*
Barbara A. Schwartz (PA Bar No. 316238)
DUANE MORRIS LLP
30 South 17th Street Philadelphia, PA
19103-4196
Tel: (215) 979-1871
Fax: (215) 689-4924
Email: baschwartz@duanemorris.com

*Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc.*