## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 12, 2021, I electronically filed the foregoing Notice of

Appearance of Barbara Schwartz with the Clerk of Court by using the CM/ECF system, which

will send a notice of electronic filing to all CM/ECF participants.


<u>*s/ Barbara A. Schwartz*</u>
Barbara A. Schwartz

DM1\11797771.1