## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 12, 2021, I electronically filed the foregoing Notice of Appearance of Coleen Hill with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                            *s/ Coleen W. Hill*
                                            Coleen W. Hill