# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| **IN RE Valsartan N-Nitrosodimethylamine (NDMA) Products Liability Litigation**<br><br>This Document Relates to All Actions | **MDL No. 2875**<br>**Case No.: 1:19-md-02875-RBK-JS** |

## NOTICE OF APPEARANCE OF JILL FERTEL

To the Clerk:

Pursuant to CMO-1, ¶ 9, kindly enter the appearance of Jill Fertel on behalf of Defendants Aurobindo Pharma, Ltd., Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC on this Court's MDL master docket. Counsel has complied with the ECF requirements for this Court and received a login ID and password.

By entering on the Master Docket, this Defendant does not waive and specifically preserves all defenses, including, but not limited to, venue, service, and personal jurisdiction in any individual case that is currently pending in this MDL or that subsequently may become part of this MDL.

Dated: April 12, 2021

                                                  */s/ Jill Fertel*
                                                  Jill Fertel (PA Bar ID: 205982)
                                                  CIPRIANI & WERNER, P.C.
                                                  450 Sentry Parkway East, Suite 200
                                                  Blue Bell, PA 19422
                                                  Tel: (610) 567-0700
                                                  Fax: (610) 567-0712
                                                  JFertel@c-wlaw.com

                                                  *Attorney for Defendants*
                                                  *Aurobindo Pharma, Ltd., Aurobindo*
                                                  *Pharma USA, Inc. and Aurolife Pharma*
                                                  *LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 12, 2021, the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be electronically transmitted to all counsel of record by operation of the court's electronic filing system.

       /s/  Jill Fertel
       Jill Fertel, Esq.