**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler |

**ORDER**

Now, on this _____ day of _____, 2021, upon consideration of Plaintiffs' motion for leave to amend, and any response and reply thereto, it is hereby ORDERED that Plaintiffs' motion is GRANTED. The Clerk of the Court is directed to file each of the three proposed amended master complaints on the main MDL docket in this matter.

SO ORDERED,

_____
                ,J.