IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| **IN RE Valsartan N-Nitrosodimethylamine (NDMA) Products Liability Litigation**<br><br>This Document Relates to All Actions | **MDL No. 2875**<br>**Case No.: 1:19-md-02875-RBK-JS** |

### NOTICE OF APPEARANCE OF AMANDA RUGGIERI

To the Clerk:

Pursuant to CMO-1, ¶ 9, kindly enter the appearance of Amanda Ruggieri on behalf of Defendants Aurobindo Pharma, Ltd., Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC on this Court's MDL master docket. Counsel has complied with the ECF requirements for this Court and received a login ID and password.

By entering on the Master Docket, this Defendant does not waive and specifically preserves all defenses, including, but not limited to, venue, service, and personal jurisdiction in any individual case that is currently pending in this MDL or that subsequently may become part of this MDL.

Dated: April 14, 2021

*/s/ Amanda Ruggieri*
Amanda Ruggier (PA Bar ID: 328050)
CIPRIANI & WERNER, P.C.
450 Sentry Parkway East, Suite 200
Blue Bell, PA 19422
Tel: (610) 567-0700
Fax: (610) 567-0712
ARuggieri@c-wlaw.com

*Attorney for Defendants*
*Aurobindo Pharma, Ltd., Aurobindo*
*Pharma USA, Inc. and Aurolife Pharma*
*LLC*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 14, 2021, the foregoing Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be electronically transmitted to all counsel of record by operation of the court's electronic filing system.

                                                     /s/ Amanda Ruggieri
                                                  Amanda Ruggieri, Esq.