UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

AFFIDAVIT OF SERVICE



*8148*

Index no : 1:21-cv-06297-RBK-KMW

| Plaintiff(s): | EMMA ROBERTS, |
|---|---|
| | vs. |
| Defendant(s): | ZHEJIANG HUAHAI PAHRMACEUTICAL CO. LTD., et al |

State of NEW YORK - County of QUEENS   ss.:

**Roberto Urena**, being duly sworn deposes and says deponent is not a party to this action, over the age of eighteen years and resides in the state of New York.

On **04/06/2021** at **11:40 AM**, I served the within **Summons in a Civil Case, Return of Service , Short Form Complaint , Civil Cover sheet and Instructions for Attorneys Competing Civil Cover Sheet for JS 44** with the **index#1:21-cv-06297-RBK-KMW** endorsed thereon on **SHOPRITE PHARMACY , A subsidiary of Wakefern Food Corp b/s/u CT CORPORATON SYSTEM AS Registered Agent** at **28 LIBERTY STREET, New York, NY 10005** in the manner indicated below:

CORPORATION: By delivering a true copy of said documents to **Gina Martinez, Messenger Center Manager** of the above named corporation/government agency/entity. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **SHOPRITE PHARMACY , A subsidiary of Wakefern Food Corp b/s/u CT CORPORATON SYSTEM AS Registered Agent**, and the recipient responded in the affirmative.

A description of the defendant, or other person served on behalf of the defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 20-30 | 5ft0in-5ft3in | 100-130 lbs |
| Other Features: Glasses | | | | | |

Sworn to and subscribed before me on
_____ ___, 20 __

_____
Notary Public.

PEDRO J RODRIGUEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RO6415136
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES 3/08/2025

X_____
Roberto Urena
License#: 1263889
LIGHTNING LEGAL SERVICES, LLC
P.O. Box 9132
Albany, NY 12209
518-463-1049

Lightning Legal Services LLC

151354