UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER |

## FIRST AMENDED NOTICE TO TAKE VIDEOTAPED ORAL DEPOSITION

TO:    **Seth A. Goldberg, Esq,**
       **DUANE MORRIS LLP**
       **30 South 17th Street**
       **Philadelphia, Pennsylvania 19103**
       *Attorneys for Defendants Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S., Inc.,*
       *Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC (hereinafter "Defendants").*

Please take notice that pursuant to Federal Rule of Civil Procedure 30, and other applicable

Rules, including the Local Civil Rules, and the applicable Orders of the Court, Plaintiffs, by and

through their counsel, will take the videotaped deposition of Yuelin Hu, Assistant Director of

Quality Assurance at Zhejiang Huahai Pharmaceutical Co., Ltd., on May 20 through May 22, 2021,

at 7:00 a.m. Hong Kong time (May 19 through May 21, 2021, at 7 p.m. eastern time), and

continuing until completion, at Duane Morris LLP, 30 South 17th Street, Philadelphia,

Pennsylvania 19103, via Zoom, in accordance with the Fact Witness Deposition Protocol, Case

Management Order #20, filed November 17, 2020 (Document 632).  The witness shall produce

the documents requested at Exhibit A, attached hereto, at least five days in advance of the

deposition.

Pursuant to the meet and confer between the parties, a translator will be provided.

**TAKING ATTORNEY FOR PLAINTIFFS:**

GEORGE T. WILLIAMSON, ESQ.
Farr, Farr, Emerich, Hackett, Carr & Holmes, P.A.
99 Nesbit Street
Punta Gorda, Florida 33950
Telephone: 941.639.1158
Fax: 941.639.0028
gwilliamson@farr.com

     The videotaped deposition will be taken before a person authorized by law to administer

oaths, pursuant to Rule 28 of the Federal Rules of Civil Procedure.

April 16, 2021

                    **PLAINTIFFS' CO-LEAD COUNSEL**

                    By:    /s/Adam M. Slater_____
                    ADAM M. SLATER
                    Mazie Slater Katz & Freeman, LLC
                    103 Eisenhower Parkway
                    Roseland, NJ 07068
                    Telephone: 973-228-9898
                    Fax: 973-228-0303
                    aslater@mazieslater.com

## EXHIBIT A

## DOCUMENT REQUESTS

1. The most recent resume/Curriculum Vitae and LinkedIn profile for Yuelin Hu.

2. The complete production of Yuelin Hu's relevant custodial documents, including those maintained on personal computers or electronic devices, to the extent not produced prior.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2021, I electronically filed the foregoing document with

the Clerk of the court using CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.

PLAINTIFFS' CO-LEAD COUNSEL

By:    /s/Adam M. Slater_____
ADAM M. SLATER
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: 973-228-9898
Fax: 973-228-0303
aslater@mazieslater.com