| FORM – B/SERVICE REPORT |  | Receipt No. 351447 /2019 |
|---|---|---|
| | | F. No. 12 (520)/2019- Judl. |

**GOVERNMENT OF INDIA**
**MINISTRY OF LAW & JUSTICE**
**DEPARTMENT OF LEGAL AFFAIRS**
**[ Judicial Section ]**
**\*\*\*\*\*\*\*\*\*\***

☎: 011-23384945
✉: judicial-dla@gov.in

Room No. 439- A,
4th Floor, A- Wing, Shastri Bhawan,
New Delhi, Dated 27th January, 2020

**Sub.:** <u>Request for legal assistance in Service of summon/notice/documents on the respondent: Aurobindo Pharma Limited</u>

The report from the concerned court has been received in the matter which states that the documents

| ☑ | **have been served appropriately** *(Bailiff report in original enclosed)* |
|---|---|
| ☐ | ~~have not been served~~ |

2. Accordingly the duly filled Certificate as specified in the Mandatory Form of the Hague Convention of 15th November, 1965 in Civil and Commercial matters is enclosed along with all the documents for information of the under mentioned foreign authority.

Enclosed: As above

**Assistant Legal Adviser**
30.1.2020

**Section Officer**
30/01

To,

L. Celeste Ingalls
Crowe Foreign Services
1020 SW Taylor Street, Suite 240
Portland, Oregon,
USA 97205

**FORM A (REQUEST)**

R. No. 335938/2019

F. No. 12 (520)/2019– Judl.

## GOVERNMENT OF INDIA
### MINISTRY OF LAW & JUSTICE
### DEPARTMENT OF LEGAL AFFAIRS
### (Judicial Section)
\*\*\*\*\*\*\*\*\*\*\*

☎ : 011-23384945
✉ : judicial-dla@gov.in

To,

The Chief Judge,
Hyderabad City Civil Court,
Chatta Bazaar, Hyderabad,
Telangana 500002

Room No. 439-A,
4th Floor, A-Wing, Shastri Bhawan,
New Delhi, Dated the 14th October, 2019

2 8 NOV 2019

**Sub.: Request for legal assistance in Service of summon/notice/documents in Civil and Commercial Matters**

This Department has received a request from **U.S.A.** for legal assistance under the **Hague Convention of 15th November, 1965**/MLAT/Reciprocal arrangements with foreign countries on the service abroad of judicial and extrajudicial documents in civil or commercial matters on the following party(s) residing at the following address:

**Aurobindo Pharma Limited, Plot No. 2, Maitrivihar, Ameerpet, Hyderaabad 500038, Telangana, India**

2.   Two sets of Request and documents are included. The Court addressed above is requested to serve one set of the Request and the documents on the aforesaid party(s) and to send a report on the proof of service (alongwith the second set) to this Section (address: Judicial Section, Department of Legal Affairs, Ministry of Law & Justice, Room No. 439-'A', 4th Floor, 'A'-Wing, Shastri Bhawan, New Delhi- 110001) at the earliest so that the same could be transmitted to the foreign authority concerned. The Service report in this regard may either be produced on a separate paper or be appended on the second set of documents and the same may please be returned to this Section. **SINCE THE MATTER REQUIRES CORRESPONDENCE WITH FOREIGN AUTHORITIES, IT IS EARNESTLY REQUESTED THAT THE REPORT ON THE PROOF OF SERVICE BE IN ENGLISH. FURTHER, IN CASE THE BAILIFF/PROCESS SERVER'S REPORT IS IN THE REGIONAL LANGUAGE, IT IS REQUESTED THAT AN ENGLISH TRANSLATION OF THE REPORT BE ATTACHED THERETO.**

3.   Also, since the matter might require time bound disposal, it is requested that in case the address of the respondent(s) does not come within your jurisdiction, the documents need not be returned to this Department but may please be routed to the Court concerned under intimation to this Department. **IN CASE THE NOTICE/SUMMONS COULD NOT BE SERVED ON THE RESPONDENT(S), THE ENTIRE SET OF ATTACHED DOCUMENTS MAY PLEASE BE RETURNED TO THIS SECTION ALONG WITH AN EXPLANATORY REPORT.**

Enclosed: As above

Assistant Legal Adviser

Section Officer

Copy for information (without enclosures) to:
**L. Celeste Ingalls**
**Crowe Foreign Services**
**1020 SW Taylor Street, Suite 240**
**Portland, Oregon, USA 97205**

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☑ 1. that the document has been served*   **served on respondent**
que la demande a été exécutée*

| | |
|---|---|
| — the (date) / le (date): | **on 3rd December, 2019** |
| — at (place, street, number):<br>à (localité, rue, numéro) : | **at the given address** |

— in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☑ a) **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***
selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) in accordance with the following particular method*:
selon la forme particulière suivante* :

☐ c) by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person:<br>Identité et qualité de la personne : | |
|---|---|
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ 2. that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants*:

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / Annexes

| Documents returned:<br>Pièces renvoyées : | |
|---|---|
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| Done at / Fait à | Signature and/or stamp **30.1.2020**<br>Signature et / ou cachet<br>**Central Authority**<br>**Ministry of Law & Justice**<br>**Govt. of India, New Delhi** |
|---|---|
| The / le | |

## REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Hage, le 15 Novembrè 1965.*

| **Identity and address of the applicant**<br>*Indentité et adresse du requérant*<br><br>L. Celeste Ingalls**<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon 97205<br>USA<br>Email: Lci@foreignservices.com<br>Fax Number: 1-503-222-3950 | **Address of receiving authority**<br>*Adrese de l'autorité destinataire*<br><br>The Ministry of Law and Justice<br>4th Floor, A-Wing, Shastri Bhavan,<br>110 001 New Delhi<br>India<br>T + 91 (11) 23387557 F + 91 (11) 23384241 |
|---|---|

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savior: (identité et adresse)*

**Aurobindo Pharma Limited**
**Plot No. 2, Maitrivihar, Ameerpet**
**Hyderaabad 500038, Telangana, India**

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
a) *selon les formes légales (article 5, alinéa premier, lettre a).*

☐ ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
~~b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*~~

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
~~c) *le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

<u>Executed "Summary"</u> (2 pages)
<u>Summons in a Civil Case</u>
<u>Complaint</u>
<u>Conditional Transfer Order</u>

Done at Portland, Oregon, USA, the __29__ day of __May__, 2019.
*Fait à Portland, Oregon, USA, le...*

**Signature and/or stamp.**
*Signature et/ou cachet*

L. Celeste Ingalls



OFFICIAL STAMP
LYLE CELESTE INGALLS
NOTARY PUBLIC-OREGON
COMMISSION NO. 971979
MY COMMISSION EXPIRES MARCH 04, 2022

\* Delete if inappropriate
*Rayer les mentions inutiles*

\*\* Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, Public Law 97-462

153

S. No. 3189/19
Name S. KMSuul
Returnable Date 12/12/19

SUPERINTENDENT
Central Nazbreth
City Civil Court
Hyderabad

Received with 48 pages

AUROBINDO PHARMA LTD.
Plot No.2, Mairivihar, Ani arpet,
Hyderabad - 500 038.

3/12/19

Defendent No 6

SERVED REPORT
S. [signature] Process Server city Civil Court.
Hyderabad Solemnly, affirm state on oath as follows. That I have received the order / Noticess / Summons / for service on 29/abd/19 proceeded on the address given here & served the order / Noticess / Summons along with copies to the person concerned i.e. on 03/12/19 Hence served. of D6 Summons.

PROCESS SERVER

Sworn and Signed before me
SUPERINTENDENT
Central Nazrath Section
City Civil Court, Hyderabad