# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Hon. Robert B. Kugler |
| This Document Relates to: *All Actions* | Civil No. 1:19-md-2875-RBK-JS |

## NOTICE OF APPEARANCE

TO:   CLERK, UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF NEW JERSEY

Pursuant to CMO-1, ¶ 9, kindly enter the appearance of Melissa B. Catello of Pietragallo Gordon Alfano Bosick & Raspanti, LLP, for Defendant Mylan Laboratories Ltd. on this Court's Master Docket. Counsel has complied with the ECF requirements for this Court and received a login ID and password.

By entering an appearance on the Master Docket, this Defendant does not waive and specifically preserves all defenses, including, but not limited to, venue, service, and personal jurisdiction in any individual case that is currently pending in this MDL or that subsequently may become part of this MDL.

Dated: April 19, 2021

Respectfully submitted,

 *s/ Melissa B. Catello*
Melissa B. Catello, Esquire
PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
412-263-4385 Telephone
412-263-2001 Facsimile
MBC@Pietragallo.com

*Attorney for Mylan Laboratories Ltd.*

## **CERTIFICATE OF SERVICE**

I certify that on April 19, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court and forwarded electronically to all counsel of record via the CM/ECF system.

                                                                               *s/ Melissa B. Catello*
                                                                               Melissa B. Catello

Case 1:19-md-02875-RMB-SAK   Document 1171   Filed 04/19/21   Page 2 of 2 PageID: 26100