# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No.: 19-02875 (RBK/JS) |

## NOTICE OF APPEARANCE OF RACHEL M. GOOD

To the Clerk:

Please enter the appearance of Rachel M. Good on behalf of Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc., on this Court's MDL master docket.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to, defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: April 19, 2021

                                                        *s/ Rachel M. Good*
Rachel M. Good (PA Bar No. 323697)
DUANE MORRIS LLP
600 Grant Street, Suite 5010
Pittsburgh, PA 15219
Tel: (412) 497-1031
Fax: (412) 497-1001
Email: rmgood@duanemorris.com

*Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2021, I electronically filed the foregoing Notice of Appearance of Rachel M. Good with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*s/ Rachel M. Good*
Rachel M. Good