# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge |

## THE ZHP PARTIES' MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFFS' DEPOSITIONS OF CHINESE NATIONAL WITNESSES

Zhejiang Huahai Pharmaceutical Co., Ltd, Huahai US, Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC (collectively the "ZHP Parties") file this Motion for Protective Order and aver as follows:

1. In support of the instant motion, the ZHP Parties will rely on their accompanying memorandum of law, exhibits, and proposed order.

April 19, 2021

Respectfully submitted,

/s/ Seth A. Goldberg

DUANE MORRIS LLP
Seth A. Goldberg
30 South 17th Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com

1

*Attorneys for Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*