# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge |

## NOTICE OF THE ZHP PARTIES' MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFFS' DEPOSITIONS OF CHINESE NATIONAL WITNESSES

To:   Adam M. Slater, Esquire
      Mazie Slater Katz & Freeman
      103 Eisenhower Parkway
      Suite 207
      Roseland, NJ 07068

PLEASE TAKE NOTICE that on a date to that on April 19, 2021, or as soon thereafter as counsel may be heard, the ZHP Parties, by and through their undersigned counsel, shall move before the Honorable Robert B. Kugler, the Honorable Karen M. Williams, and the Honorable Special Master Thomas I. Vanaskie, for an ORDER allowing ZHP Party witnesses who do not speak English to refrain from answering questions based on documents written in English and not accompanied with an accurate and complete translation in Chinese.

April 19, 2021

Respectfully submitted,

/s/ Seth A. Goldberg

DUANE MORRIS LLP
Seth A. Goldberg
30 South 17th Street
Philadelphia, Pennsylvania 19103
Tel.: (215)979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com

*Attorneys for Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*