UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge |

## DECLARATION OF ZHP PARTIES' COUNSEL, SETH A. GOLDBERG, IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

In accordance with Local Rule 37.1(b)(1), I, Seth A. Goldberg, state:

1. Plaintiffs' failure to provide accurate translations of documents to ZHP party witnesses who do not read English has been in dispute since late March, 2021.

2. This dispute has been the subject of Court conferences on March 29, April 1, April 7, and April 12, 2021.

3. Most recently, I made numerous objections during the deposition of ZHP party witness Qiangming Li based on the inadequate translations provided by Plaintiffs to Mr. Li.

4. At each of those conferences and during the depositions, I spoke to the Court and to opposing counsel in a good faith effort to resolve by agreement

the issues related to Plaintiffs' failure to provide adequate translations to ZHP party witnesses.

5. The parties are unable to reach agreement regarding Plaintiffs' burden to provide true and accurate translations to ZHP party witnesses, or on the right of ZHP party witnesses to refrain from answering questions based on inaccurate translations of documents.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: April 19, 2021

/s/ Seth A. Goldberg
Seth A. Goldberg
DUANE MORRIS LLP
Seth A. Goldberg, Lead Counsel and Liaison Counsel for Defendants
30 South 17th Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com

*Attorney for Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*