# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge |

## ORDER

AND NOW, this ___ day of _____, 2021, after consideration of the ZHP Parties' Motion for Protective Order Regarding Plaintiffs' Deposition of Chinese National Witnesses, it is hereby **ORDERED** and **DECREED** that said Motion is granted. It is further **ORDERED** that ZHP Party witnesses who do not speak English may refrain from answering questions based on documents written in English and not accompanied with an accurate and complete translation in Chinese.

_____
Honorable Thomas I. Vanaskie,
Special Master