# EXHIBIT D

This exhibit contains Restricted Confidential Information pursuant to the Confidentiality and Protective Order (ECF 139) and has been provided directly to the Court and to Plaintiffs' liaison counsel.