# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge |

# DECLARATION OF MEG RUTHENBURG

I, Meg Ruthenburg, state:

1. I am the Senior Director of Operations at GLOBO Language Solutions located in Wyncote, Pennsylvania where I oversee our translation department. My curriculum vitae is attached as Attachment A.

2. I have over 20 years' experience in the translation industry. In my role, I have overseen translations from and into many languages and have used and implemented different translation technology tools. Given this experience, I am well-positioned to explain the relative quality of translations performed by different methods.

3. The industry-standard for quality translation entails a three-step process of translation by one linguist, editing by a second, and proofreading by a third. Having multiple human translators reviewing every translated document reduces the risk for error. This industry standard for translation is what is required by the ISO certification for translation services (ISO 17100:2015) which specifically dictates that multiple steps must be used.

4. GLOBO is ISO 17100 certified, and I have personally led the annual audits of this certification. As an added layer of confidence for our clients, by using human translators GLOBO is able to offer certificates of translation in which our translators attest that the translation is a true, accurate, and complete translation of the original document. GLOBO routinely provides such attestations for translations used in legal proceedings.

5. Non-professional machine translation using a tool like Reverso is unable to match the quality and accuracy of translations that have undergone the human translation process as called for in the ISO 17100 certification.

6. In addition, non-professional machine translation is particularly unreliable for highly-technical content. Since there is no human translator or editor, machine translations produced in this manner cannot be certified.

7.      I use the term "non-professional machine translation" to differentiate from some of the advanced machine translation technologies that use artificial intelligence and neural networks to produce superior-quality translations. These advanced systems depend on training the translation engine to produce accurate translations by inputting data sets and validating the translation choices produced by the engine. This requires the input of humans or pre-existing databases of validated translations to help the translation engine learn. This is not the type of machine translation users of Reverso access.

8.      Attached to my declaration are:

    A.      A Chinese document that was marked at the deposition of Qiangming Li as Exhibit 266, a Reverso translation of that document that was marked at the deposition of Mr. Li as Exhibit 266A, and a human translation of the document conducted by GLOBO.  *See* Attachment B.

    B.      A Chinese document that was marked at the deposition of Qiangming Li as Exhibit 272, a Reverso translation of that document that was marked at the deposition of Mr. Li as Exhibit 272A, and a human translation of the document conducted by GLOBO.  *See* Attachment C.

9. For each of the above referenced documents, the comparison between the Reverso and the GLOBO translation reveals that the Reverso translation is wholly inadequate.

10. The Reverso translations of English documents, which are being presented to Chinese ZHP witnesses at their depositions, are no better.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: April 19, 2021

                                                                                                                                  _____
Meg Ruthenburg
Senior Director of Operations
GLOBO Language Solutions

# ATTACHMENT A

# MEG RUTHENBURG

Philadelphia, PA 19119  ·  [meg.ruthenburg@gmail.com](mailto:meg.ruthenburg@gmail.com)  ·  215-490-5463
https://www.linkedin.com/in/meg-ruthenburg-29020918

---

## PROFESSIONAL EXPERIENCE

GLOBO, Wyncote, PA                                                                                                April 2018-Present

**Senior Director of Operations,** January 2019 – Present

- Manages translation, on-site interpreting, and scheduled video interpreting service lines.
- Oversee quality assurance policy and ensured adherence to service level agreements.
- Forms an active part of GLOBO's leadership team, making decisions about the growth and development of the company and service offerings.

**Director of Service Operations,** April 2018 – December 2018

CYRACOM, Tucson, AZ                                                                                    January 2010-November 2017

**Director of Translation and Localization,** May 2012-November 2017

*Management:*
- Recruited and mentored a streamlined localization team capable of handling an 180% increase in the number of projects completed.
- Restructured the organization to add several new job roles that created a more efficient division of labor, increased productivity, and provided paths for advancement that helped retain talented employees.
- Crafted a project management scorecard to track productivity and created better accountability of Project Managers.
- Negotiated lower rates from primary vendors which led to more competitive customer pricing.

*Process Improvements*:
- Redesigned the communications platform and practices to improve exchanges between remote teams, sales, and project management.
- Oversaw major technology improvements including virtual desktop infrastructure, selection and implementation of a new translation management system, a computer assisted translation tool to improve response time on quotes and improved security of data, as well as greater automation of vendor and customer invoicing.
- Used strong customer service acumen to resolve customer complaints and increase customer satisfaction.

*Collaborations:*
- Participated in joint sales calls to use industry knowledge to help close sales.
- Pooled resources with the RFP team to author a library of content to respond to RFPs much faster.
- Worked with the IT department to design a platform for data security with more automated project management tools.
- Teamed up with finance to improve the customer invoice process allowing faster turnaround on accounts receivable, and a better process for vendor invoicing to mend the accuracy of financial reports.

**Senior Project Manager,** January 2010-May 2012
- Managed 31% of the department's total revenue in 2011, far greater than any other PM, by self-learning PM software to more efficiently manage large multi-phase eLearning projects, leading to promotion as Director.
- Chaired sales meetings, new customer implementations, and trainings.
- Assigned to mentor other PMs to give them the tools and training to move them from small transactional work to handling larger more complex projects.

LANGUAGE LEARNING ENTERPRISES, Washington, DC                September 2007-December 2009

*Language Learning Enterprises (LLE) was recognized as a leading provider of language services for government.*

**Project Manager**
- Managed $1 million in revenue as part of a two-person team until the firm was purchased by CyraCom in 2009.

SELF-EMPLOYED, Philadelphia, PA                                              January 2002-January 2010
- Used medical knowledge and Spanish-language skills to translate a broad range of medical and healthcare-related material as well as acted as a interpreter for limited English speaking patients.
- Clients included Children's National Medical Center, University of Michigan Health System, the VA's National Center for Health Promotion and Disease Prevention (NCP), USDA Office of Civil Rights, and The Timberland Group.
- Closed the business to focus full-time on project management for CyraCom.

WOODROW WILSON CENTER FOR INTERNATIONAL SCHOLARS, Washington, DC            2002-2005

*The Woodrow Wilson Center is the living, national memorial to President Wilson, established by Congress in 1968; it is a nonpartisan institution, supported by public and private funds, engaged in the study of national and world affairs.*

- Developed and administered research projects on economic development and democracy in Latin America, including procuring and managing grants.
- Authored and edited conference reports, newsletters, and other in-house publications.
- Mentored student interns and junior colleagues leading many to pursue successful careers in government and the non-profit sector.

## EDUCATION AND TRAINING

**Master of Art, Anthropology**                                                          2000
UNIVERSITY OF MICHIGAN                                                          Ann Arbor, MI

**Bachelor of Art, Spanish and Anthropology**                                            1997
MACALESTER COLLEGE                                                              St. Paul, MN

### OTHER ACADEMIC TRAINING
- Human Anatomy and Physiology, Washtenaw Community College, Ann Arbor, MI, 2006
- DONA Certified Doula Training, Center for the Childbearing Year, Ann Arbor, MI 2005

## VOLUNTEER WORK

- Court Appointed Special Advocate for Children (CASA), use Spanish language skills to advocate for the best interests of Spanish-speaking children in the foster care system
- DONA International-trained birth doula, use Spanish language skills and medical knowledge to support low-income Spanish-speaking clients through childbirth and postpartum care.

# ATTACHMENT B

This attachment contains Restricted Confidential Information pursuant to the Confidentiality and Protective Order (ECF 139) and has been provided directly to the Court and to Plaintiffs' liaison counsel.

# ATTACHMENT C

This attachment contains Restricted Confidential Information pursuant to the Confidentiality and Protective Order (ECF 139) and has been provided directly to the Court and to Plaintiffs' liaison counsel.