# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875

Honorable Robert B. Kugler, District Court Judge

Honorable Joel Schneider, Magistrate Judge |
| **This Document Relates to All Actions** |  |

## CERTIFICATE OF SERVICE

I, Seth A. Goldberg, hereby certify that on April 19, 2021, copies of the foregoing ZHP Parties' Motion for Protective Order Regarding Plaintiffs' Depositions of Chinese National Witnesses has been served via ECF upon Counsel for Plaintiffs and all counsel of record in the Court's electronic filing system.


*/s/ Seth A. Goldberg*


Dated:  April 19, 2021