# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, : | |
| LOSARTAN, and IRBESARTAN : | MDL No. 19-2875 (RBK/KW) |
| PRODUCTS LIABILITY LITIGATION : | |
| : | |
| This Order Relates to all Cases : | |

## SPECIAL MASTER ORDER NO. 17

**NOW, this 21st day of April, 2021, IT IS HEREBY ORDERED THAT**

Plaintiffs shall respond to the ZHP Parties' motion for protective order (Doc. 1174) no later than April 26, 2021. Argument on the motion for protective order will be held during our case management conference call on April 28, 2021.

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master

1