IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | MDL No. 19-2875 (RBK/KW)<br><br>Honorable Robert Kugler<br>Magistrate Karen Williams<br>Special Master Thomas Vanaskie<br><br>**PLAINTIFFS' MOTION TO STRIKE AND SUPPRESS ALL OF AUROBINDO'S DEFENSES** |

Pursuant to Rules 26, 37, and the Court's inherent authority, Plaintiffs respectfully request that the Court strike and suppress all of Aurobindo's defenses and grant Plaintiffs all reasonable costs and fees as set forth in their Memorandum. In support of this motion, plaintiffs rely upon their memorandum of law, the Declaration of Marlene Goldenberg, and all exhibits attached thereto. A proposed order is also included with this filing.

Dated: 4/23/2021

Respectfully Submitted,

/s/ Marlene J. Goldenberg
Marlene J. Goldenberg
**GoldenbergLaw, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662
mjgoldenberg@goldenberglaw.com

Ashleigh E. Raso
**Meshbesher & Spence**
1616 Park Avenue
Minneapolis, MN 55404
(612) 930-0216
araso@meshbesher.com

*Counsel for Plaintiffs*