IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | MDL No. 19-2875 (RBK/KW)<br><br>Honorable Robert Kugler<br>Magistrate Karen Williams<br>Special Master Thomas Vanaskie<br><br>**PLAINTIFFS' NOTICE OF MOTION TO STRIKE AND SUPPRESS ALL OF AUROBINDO'S DEFENSES** |

To: Jessica Heinz
Ernie Koschineg
Ethan Feldman
Cipriani & Werner, PC
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422

PLEASE TAKE NOTICE that on a date as soon as May 17, 2021, or as soon thereafter as counsel may be heard, Plaintiffs, by and through their undersigned counsel, shall move before the Honorable Robert B. Kugler, the Honorable Karen M. Williams, and the Honorable Special Master Thomas I. Vanaskie, for an ORDER striking and suppressing all of Aurobindo's defenses, for fees and costs, and alternatively for other relief as specified in Plaintiffs' Memorandum of law.

Dated: 4/23/2021

Respectfully Submitted,

/s/ Marlene J. Goldenberg
Marlene J. Goldenberg
**GoldenbergLaw, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662
mjgoldenberg@goldenberglaw.com

Ashleigh E. Raso
**Meshbesher & Spence**
1616 Park Avenue
Minneapolis, MN 55404
(612) 930-0216
araso@meshbesher.com

*Counsel for Plaintiffs*