# Exhibit O

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation**<br><br>This document relates to:<br>*All Actions* | MDL No. 19-2875 (RBK/JS)<br><br>**CERTIFICATE OF COMPLIANCE WITH SPECIAL MASTER ORDER NO. 3** |

JESSICA M. HEINZ, ESQ., being of full age, certifies as follows:

1. I am a Partner at Cipriani & Werner, P.C., attorneys for Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC (hereinafter "the Aurobindo parties"). I make this Certification based on personal knowledge and pursuant to Special Master Order No. 3 [Dkt. 915].

2. After exercising due diligence and making reasonable inquiries and a good faith effort to ascertain the existence of material and information subject to discovery, the Aurobindo parties have made a supplemental production that substantially complies with Special Master Order No. 3 and the Aurobindo parties reserve the right to amend, supplement and revise their discovery productions as investigation continues in this litigation.

                                                                                /s/ Jessica M. Heinz
Jessica M. Heinz
**CIPRIANI & WERNER, P.C.**
450 Sentry Parkway E., Ste. 200
Blue Bell, PA 19422
(610) 567-0700
jheinz@c-wlaw.com

*Attorneys for Defendants*
*Aurobindo Pharma Ltd.*
*Aurobindo Pharma USA, Inc.*
*and Aurolife Pharma LLC*

Dated: March 4, 2021