# Exhibit S

# CIPRIANI & WERNER

A PROFESSIONAL CORPORATION

———

ATTORNEYS AT LAW

JESSICA M. HEINZ, ESQ.  
jheinz@c-wlaw.com

450 Sentry Parkway, Suite 200  
Blue Bell, PA 19422

Phone: (610) 567-0700  
Fax: (610) 567-0712

Visit us online at  
www.C-WLAW.com

February 26, 2021

**Via E-Mail To:**

Marlene Goldenberg  
Goldenberg Law, PLLC  
800 LaSalle Ave., Suite 2150  
Minneapolis, MN 55402  
mjgoldenberg@goldenberglaw.com

  **RE:**  *In re Valsartan Products Liability Litigation*, **U.S. District Court District of New Jersey, Camden Division, No. 1:19-md-02875**

Dear Mrs. Goldenberg:

  As discussed, and per the agreement reached between the Plaintiffs and Defendants Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC in the above litigation, I write to provide the number of hits per custodian based on the Court approved search terms per the Order dated December 23, 2019 (Exhibit H thereto) [Dkt. 328] and modified by the Parties' Stipulated Order dated June 25, 2020 [Dkt. 497], and the Court approved list of custodians for Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC (see Dkt. 328 at Exhibit F). The hits per custodian are as follows:

| **Custodian** | **Hits** |
|---|---|
| Johns, Blessy | 220,202 |
| Jackowski, Jeff | 134,679 |
| Gorijavolu, Prasad | 64,130 |
| Kota, Venkata | 58,922 |
| Martinez, Sandra | 32,780 |
| Burns, Daniel | 20,367 |
| Lucas, Steve | 18,564 |
| Gupta, Jasleen | 14,830 |
| Chada, Krishna Reddy | 12,937 |
| Doshi, Bhadresh | 11,841 |

Marlene Goldenberg
February 26, 2021
Page **2** of **2**

| | |
|---|---|
| Shirshikar, Milind | 10,822 |
| Bheminemi, Sudhir | 9,622 |
| Ale, Srinivasulu | 9,290 |
| Patel, Arpit | 7,224 |
| Palew, Dave | 3,678 |

In making this production, Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC expressly reserve all objections to relevance, discoverability and admissibility, and reserve all defenses, whether jurisdictional or otherwise. This production shall not be construed as an adoptive admission. Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC reserve their right to amend, supplement and revise their discovery production as investigation continues in this litigation.

If you have any questions, please do not hesitate to contact me. Thank you.

Very truly yours,

**CIPRIANI & WERNER, P.C.**

Jessica M. Heinz, Esq.

Cc:   Ruben Honik
      Andrew Obergfell
      Ashleigh Raso
      Daniel Nigh
      Ben Stellpflug