# Exhibit X

# Krishna Chada

Sr VP operations at AUROLIFE PHARMA LLC
Dayton

## Contact

www.linkedin.com/in/krishna-chada-3088a3101 (LinkedIn)

## Top Skills

Process Improvement
Cross-functional Team Leadership
Operational Excellence

## Summary

A hard core pharma professional with operational experience spanning over 25 years across leading generic players catering the needs of highly regulated markets.

## Experience

**AUROLIFE PHARMA LLC**
Sr VP operations
July 2020 - Present (10 months)
Dayton, NJ, United States

**Aurobindo Pharma USA, Inc.**
VP Operations
June 2015 - July 2020 (5 years 2 months)

Plant Head

**SUN PHARMA**
General Manager
April 2011 - April 2015 (4 years 1 month)
Dewas, Madhya Pradesh

Block Head

**Lupin India**
Deputy General Manager
April 2005 - April 2011 (6 years 1 month)
Bhopal, Madhya Pradesh

Headed Formulation ( Oral and Sterile)

**Dr. Reddy's Laboratories**
Assistant Manager
April 2000 - April 2005 (5 years 1 month)
Hyderabad, Telangana

Manufacturing of OSD

Sangfroid
Executive
April 1998 - April 2000 (2 years 1 month)
Kothur, Telangana

Manufacturing

Parke-Davis
Executive
April 1996 - April 1998 (2 years 1 month)
Hyderabad, Telangana

Mfg Chemist

---

## Education

L.M.COLLEGE OF PHARMACY, AHMEDABAD 228
Master's degree, Pharmacy · (1994 - 1996)