# Exhibit Z

# Arpit Patel

CEO at CorePharma, LLC.
New York City Metropolitan Area

## Contact

www.linkedin.com/in/arpit-patel-30748813 (LinkedIn)
corepharma.com (Company)

## Top Skills

Auditing
GMP
Validation

## Languages

Gujarati (Native or Bilingual)
English (Native or Bilingual)
Hindi (Full Professional)

## Certifications

Certified Quality Auditor (CQA)

## Summary

Pharmaceutical entrepreneur pursuing dreams, breaking boundaries and creating opportunities.

---

## Experience

**CorePharma LLC**
Chief Executive Officer & Board Member
January 2018 - Present (3 years 4 months)

**Aurobindo Pharma USA, Inc.**
Associate Director Quality Assurance & Compliance
March 2013 - December 2017 (4 years 10 months)
Dayton, New Jersey

**West-Ward Pharmaceuticals**
Quality Engineer, Quality Compliance
July 2012 - March 2013 (9 months)
Eatontown

**Ranbaxy**
QA Specialist
August 2010 - August 2012 (2 years 1 month)

**Pharmaceutical Industry / Medical Device Industry**
Consultant
February 2009 - June 2010 (1 year 5 months)

**US Pharma Lab**
GMP Consultant
August 2007 - December 2008 (1 year 5 months)

**CorePharma LLC**
QA Compliance Consultant
May 2007 - August 2007 (4 months)

Ranbaxy
Quality Control Consultant
January 2007 - May 2007 (5 months)

---

## Education

Fairleigh Dickinson University-Metropolitan Campus
MBA, Pharmaceutical Management · (2007 - 2009)

L M College of Pharmacy, Gujarat University
BS, Pharmacy · (2002 - 2006)