# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** <br><br> **This Document Relates to:** <br><br> *All Actions* | Hon. Robert Kugler <br><br> Civil No. 1:19-md-2875-RBK-JS <br><br> [Proposed] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE AND SUPPRESS ALL OF AUROBINDO'S DEFENSES |

IT IS HEREBY ORDERED that Plaintiffs' Motion to Strike and Suppress all of Aurobindo's Defenses is GRANTED.

_____
Hon. Thomas I. Vanaskie (Ret.)
Special Master