IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | MDL No. 19-2875 (RBK/KW)<br><br>Honorable Robert Kugler<br>Magistrate Karen Williams<br>Special Master Thomas Vanaskie |

## CERTIFICATE OF SERVICE

    I, Marlene J. Goldenberg, hereby certify that on April 23, 2021, copies of the have been served via ECF upon Counsel for Aurobindo and all counsel of record in the Court's electronic filing system.

Dated: April 23, 2021                            */s/ Marlene J. Goldenberg*
                                                                                  Marlene J. Goldenberg