Liza M. Walsh
Christine I. Gannon
William T. Walsh, Jr.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorney for Defendants*
*Teva Pharmaceuticals USA, Inc.,*
*Teva Pharmaceutical Industries Ltd.,*
*Actavis LLC, and Actavis Pharma, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, and IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875 (RBK/KMW)<br><br>**NOTICE OF APPEARANCE**<br><br>*Filed Electronically* |

To:   Clerk, U.S. District Court for the District of New Jersey
       Mitchell H. Cohen Bldg. & U.S. Courthouse
       4th & Cooper Streets
       Camden, New Jersey 08101

**PLEASE TAKE NOTICE** that Christine I. Gannon of Walsh Pizzi O'Reilly Falanga LLP hereby enters an appearance on this Court's MDL master docket on behalf of Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc. (collectively, "Teva Defendants"), and requests that copies of all papers in this action be served upon the undersigned.

By entering an appearance, the undersigned Teva Defendants do not waive any defenses, including but not limited to defenses related to service of process and personal jurisdiction in any

individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: April 26, 2021　　　　　　　　　　WALSH PIZZI O'REILLY FALANGA LLP

　　　　　　　　　　　　　　　　　　　　s/ *Christine I. Gannon*
　　　　　　　　　　　　　　　　　　　　Christine I. Gannon
　　　　　　　　　　　　　　　　　　　　Three Gateway Center
　　　　　　　　　　　　　　　　　　　　100 Mulberry Street, 15th Floor
　　　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　　　　Tel.: (973) 757-1100

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*
　　　　　　　　　　　　　　　　　　　　*Teva Pharmaceuticals USA, Inc.,*
　　　　　　　　　　　　　　　　　　　　*Teva Pharmaceutical Industries Ltd.,*
　　　　　　　　　　　　　　　　　　　　*Actavis LLC, and Actavis Pharma, Inc.*