# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No.: 19-02875 (RBK) |

## **NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Justin M. L. Stern on behalf of Defendants Walmart Stores, Inc., and Walgreen Co. on this Court's MDL master docket.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to, defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: April 26, 2021

s/ Justin M. L. Stern
Justin M. L. Stern (Fla. Bar No. 1010139)
DUANE MORRIS LLP
1875 NW Corporate Boulevard, Suite 300
Boca Raton, FL 33431
Tel: (561) 962-2107
Fax: (305) 675-3868
Email: JMLStern@duanemorris.com

*Attorney for Walmart Stores, Inc., and Walgreen Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2021, I electronically filed the foregoing Notice of Appearance with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

s/ Justin M. L. Stern<br>
Justin M. L. Stern