# Exhibits A-FF

      ZHP has designated Exhibits A-FF as confidential or the Exhibits are otherwise considered confidential in accordance the Court's Confidentiality and Protective Order at this time.  Plaintiffs will forward the Exhibits to the Court directly via email for its in camera review.