# Exhibit A

This exhibit contains Restricted Confidential Information pursuant to the Confidentiality and Protective Order (ECF 139) and has been provided directly to the Court and to Plaintiffs' liaison counsel.

# Exhibit B

This exhibit contains Restricted Confidential Information pursuant to the Confidentiality and Protective Order (ECF 139) and has been provided directly to the Court and to Plaintiffs' liaison counsel.

# Exhibit C

This exhibit contains Restricted Confidential Information pursuant to the Confidentiality and Protective Order (ECF 139) and has been provided directly to the Court and to Plaintiffs' liaison counsel.

# Exhibit D

This exhibit contains Restricted Confidential Information pursuant to the Confidentiality and Protective Order (ECF 139) and has been provided directly to the Court and to Plaintiffs' liaison counsel.

# Exhibit E

This exhibit contains Restricted Confidential Information pursuant to the Confidentiality and Protective Order (ECF 139) and has been provided directly to the Court and to Plaintiffs' liaison counsel.

# Exhibit F

## VALSARTAN – LIST OF DEPOSITION EXHIBITS

### Minli Zhang

| EXHIBIT NUMBER | BATES BEGIN | BATES END | PRODUCTION DATE |
|---|---|---|---|
| ZHP 176 | ZHP01596774 | ZHP01596783 | 11/28/2020 |
| ZHP 170 | PRINBURY00040262 | PRINBURY00040266 | 11/29/2020 |
| ZHP 174 | PRINSTON00126870 | PRINSTON00126880 | 10/26/2020 |
| ZHP 178 | PRINSTON00127364 | PRINSTON00127365 | 10/26/2020 |
| ZHP 184 | PRINSTON00167120 | PRINSTON00167145 | 10/26/2020 |
| ZHP 182 | PRINSTON00221287 | PRINSTON00221295 | 11/16/2020 |
| ZHP 175 | PRINSTON00227500 | PRINSTON00227506 | 11/16/2020 |
| ZHP 177 | PRINSTON00233497 | PRINSTON00233530 | 11/16/2020 |
| ZHP 185 | PRINSTON00319271 | PRINSTON00319276 | 12/1/2020 |
| 190 | PRINSTON00338455 | PRINSTON00338473 | 12/1/2020 |
| ZHP 165 | PRINSTON00344354 | PRINSTON00344374 | 12/1/2020 |
| ZHP 171 | PRINSTON00369875 | PRINSTON00369875 | 1/26/2021 |
| ZHP 172 | PRINSTON00369897 | PRINSTON00369917 | 1/26/2021 |
| ZHP 169 | ZHP00000417 | ZHP00000470 | 1/31/2020 |
| ZHP 106 | ZHP00107734 | ZHP00107735 | 8/28/2020 |
| ZHP 181 | ZHP00107751 | ZHP00107760 | 8/28/2020 |
| ZHP 183 | ZHP00206743 | ZHP00206751 | 9/29/2020 |
| ZHP 179 | ZHP00694865 | ZHP00694871 | 11/28/2020 |
| ZHP 180 | ZHP00694872 | ZHP00694875 | 11/28/2020 |
| ZHP 173 | ZHP01492578 | ZHP01492623 | 11/28/2020 |
| 187 | ZHP01578019 | NO BATES NUMBER | 11/28/2020 |
| ZHP 168 | ZHP01596848 | ZHP01596900 | 9/16/2020 |
| ZHP 167 | ZHP01890025 | ZHP01890064 | 9/16/2020 |
| 189 | NO BATES NUMBER | NO BATES NUMBER | |
| ZHP 166 | ZHP02554975 | ZHP02555026 | 12/2020 |
| 188 | ZHP02671638 | ZHP02671651 | 3/22/2021 |
| 186 | NO BATES NUMBER | NO BATES NUMBER | |
| 186A | ZHP01384901 | ZHP01384915 | 11/28/20 |
| ZHP 162 | NO BATES NUMBER | NO BATES NUMBER | |
| ZHP 163 | NO BATES NUMBER | NO BATES NUMBER | |
| ZHP 164 | NO BATES NUMBER | NO BATES NUMBER | |

### Peng Dong

| EXHIBIT NUMBER | BATES BEGIN | BATES END | PRODUCTION DATE |
|---|---|---|---|
| ZHP 210 | PRINSTON00075797 | PRINSTON00076099 | 11/13/2019 |
| ZHP 205 | HUAHAI-US00007752 | HUAHAI-US00007923 | 11/30/2020 |
| ZHP 203 | PRINSTON00073102 | PRINSTON00073119 | 6/27/2019 |

| EXHIBIT NUMBER | BATES BEGIN | BATES END | PRODUCTION DATE |
|---|---|---|---|
| ZHP 217 | SYNCORES00037104 | SYNCORES00037191 | 11/30/2020 |
| ZHP 194 | ZHP00000161 | ZHP00000214 | 1/31/2020 |
| ZHP 214 | ZHP00000227 | ZHP00000372 | 1/31/2020 |
| ZHP 198 | ZHP00000373 | ZHP00000395 | 1/31/2020 |
| ZHP 204 | ZHP00004352 | ZHP00004471 | 1/31/2020 |
| ZHP 219 | ZHP00063726 | ZHP00063772 | 7/31/2020 |
| ZHP 199 | ZHP00076653 | ZHP00076675 | 8/28/2020 |
| ZHP 196 | ZHP00769139 | ZHP00469162 | 11/6/2020 |
| ZHP 220 | ZHP00476862 | ZHP00476909 | 11/6/2020 |
| ZHP 212 | ZHP00662283 | ZHP00662309 | 11/28/2020 |
| ZHP 216 | ZHP00668212 | ZHP00668239 | 11/28/2020 |
| ZHP 213 | ZHP01344159 | ZHP01344164 | 11/28/2020 |
| ZHP 215 | ZHP01728787 | ZHP01728790 | 11/28/2020 |
| ZHP 193 | ZHP01447235 | ZHP01447242 | 11/28/2020 |
| ZHP 221 | ZHP01613178 | ZHP01613223 | 11/28/2020 |
| ZHP 218 | ZHP01710580 | ZHP01710647 | 11/28/2020 |
| ZHP 202 | ZHP01713711 | NO BATES NUMBER | |
| ZHP 195 | ZHP01843066 | ZHP01843119 | 11/28/2020 |
| ZHP 191 | NO BATES NUMBER | NO BATES NUMBER | |
| ZHP 192 | NO BATES NUMBER | NO BATES NUMBER | |
| ZHP 197 | NO BATES NUMBER | NO BATES NUMBER | |
| ZHP 207 | NO BATES NUMBER | NO BATES NUMBER | |
| ZHP 201 | NO BATES NUMBER | NO BATES NUMBER | |
| ZHP 208 | NO BATES NUMBER | NO BATES NUMBER | |
| ZHP 206 | NO BATES NUMBER | NO BATES NUMBER | |
| ZHP 209 | NO BATES NUMBER | NO BATES NUMBER | |
| ZHP 200 | NO BATES NUMBER | NO BATES NUMBER | |
| ZHP 211 | ZHP01807298 | ZHP01807308 | 11/28/2020 |

**Qiangming Li**

| EXHIBIT NUMBER | BATES BEGIN | BATES END | PRODUCTION DATE |
|---|---|---|---|
| ZHP 213 | ZHP01344159 | ZHP01344164 | 11/28/2020 |
| ZHP 254 | NO BATES NUMBER | NO BATES NUMBER | |
| ZHP 255 | NO BATES NUMBER | NO BATES NUMBER | |
| ZHP 256 | ZHP00410888 | ZHP00410914 | 11/6/2020 |
| ZHP 257 | ZHP00327507 | ZHP00327508 | 11/6/2020 |
| ZHP 258 | ZHP02324735 | ZHP02324735 | 12/1/2020 |
| ZHP 259 | ZHP02324736 | ZHP02324795 | 12/1/2020 |
| ZHP 259 | ZHP02324736 | ZHP02324795 | 12/1/2020 |
| ZHP 260 | ZHP01748896 | ZHP01748899 | 11/28/2020 |
| ZHP 261 | ZHP00404977 | ZHP00404978 | 11/6/2020 |

| EXHIBIT NUMBER | BATES BEGIN | BATES END | PRODUCTION DATE |
|---|---|---|---|
| ZHP 262 | ZHP00405124 | ZHP00405127 | 11/6/2020 |
| ZHP 263 | ZHP01748900 | ZHP01748904 | 11/28/2020 |
| ZHP 264 | ZHP01748905 | ZHP01748913 | 11/28/2020 |
| ZHP 265 | ZHP02630924 | ZHP02630925 | 12/1/2020 |
| ZHP 266 | ZHP02630926 | ZHP02630927 | 12/1/2020 |
| ZHP 267 | ZHP00477534 | ZHP00477553 | 11/6/2020 |
| ZHP 268 | ZHP02118072 | ZHP02118075 | 12/1/2020 |
| ZHP 269 | ZHP02118076 | ZHP02118095 | 12/1/2020 |
| ZHP 270 | ZHP00493010 | ZHP00493195 | 11/6/2020 |
| ZHP 271 | ZHP00496153 | ZHP00496154 | 11/6/2020 |
| ZHP 272 | ZHP00496155 | ZHP00496157 | 11/6/2020 |
| ZHP 273 | ZHP02118712 | ZHP02118731 | 12/1/2020 |
| ZHP 274 | ZHP02118423 | ZHP02118448 | 12/1/2020 |
| ZHP 274 | ZHP02118423 | ZHP02118448 | 12/1/2020 |
| ZHP 275 | ZHP01318048 | ZHP01318075 | 11/28/2020 |
| ZHP 276 | ZHP01318076 | ZHP01318078 | 11/28/2020 |
| ZHP 277 | ZHP00405069 | ZHP00405070 | 11/6/2020 |
| ZHP 277 | ZHP00405069 | ZHP00405070 | 11/6/2020 |
| ZHP 278 | ZHP01313866 | ZHP01313867 | 11/28/2020 |
| ZHP 279 | ZHP01313602 | ZHP01313609 | 11/28/2020 |
| ZHP 280 | ZHP01320376 | ZHP01320392 | 11/28/2020 |
| ZHP 281 | ZHP02094739 | ZHP02094751 | 12/1/2020 |
| ZHP 281 | ZHP02094739 | ZHP02094751 | 12/1/2020 |
| ZHP 282 | ZHP00489560 | ZHP00489580 | 11/6/2020 |
| ZHP 283 | ZHP00405024 | ZHP00405068 | 11/6/2020 |
| ZHP 283 | ZHP00405024 | ZHP00405068 | 11/6/2020 |
| ZHP 284 | ZHP00405021 | ZHP00405023 | 11/6/2020 |
| ZHP 284 | ZHP00405021 | ZHP00405023 | 11/6/2020 |
| ZHP 285 | ZHP02633528 | ZHP02633538 | 12/1/2020 |
| ZHP 285 | ZHP02633528 | ZHP02633538 | 12/1/2020 |
| ZHP 286 | ZHP00389127 | ZHP00389269 | 11/6/2020 |
| ZHP 287 | ZHP00405108 | ZHP00405109 | 11/6/2020 |
| ZHP 288 | ZHP00359796 | ZHP00359822 | 11/6/2020 |
| ZHP 289 | ZHP02135008 | ZHP02135025 | 12/1/2020 |
| ZHP 289 | ZHP02135008 | ZHP02135025 | 12/1/2020 |
| ZHP 290 | ZHP02173090 | ZHP00371269 | 11/6/2020 |