# EXHIBIT A

# STATE OF TENNESSEE
## Office of Vital Records

### TENNESSEE DEPARTMENT OF HEALTH
### CERTIFICATE OF DEATH

**STATE FILE NUMBER** 2020 066276

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | LEDA KAY MCMURRAY |
| 2. Sex | FEMALE |
| 3. Date of Death | 10/14/2020 |
| 4. Time of Death (Approx.) | 08:00 PM |
| 5a. Age | 69 |
| 6. Date of Birth | 08/12/1951 |
| 7. Birthplace | HARRIMAN, TN |
| 8a. Place of Death | DECEDENT'S HOME |
| 8b. Facility Name | 123 6TH STREET SW |
| 8c. City or Town | CLEVELAND |
| 8d. County of Death | BRADLEY |
| 9. Marital Status | MARRIED |
| 10. Surviving Spouse (name prior to first marriage) | ROBERT BRUCE MCMURRY JR |
| 11a. Decedent's Usual Occupation | HOMEMAKER |
| 11b. Kind of Business/Industry | IN OWN HOME |
| 12. Social Security Number | 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 |
| 13a. Residence-State or Foreign Country | TENNESSEE |
| 13b. County | BRADLEY |
| 13c. City or Town | CLEVELAND |
| 13d. Street and Number | 123 6TH STREET SW |
| 13e. Inside City Limits? | YES |
| 13f. Zip Code | 37311 |
| 14. Was Decedent ever in US Armed Forces? | NO |
| 15. Decedent's Education | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 16. Decedent of Hispanic Origin? | NO, NOT SPANISH/HISPANIC/LATINO |
| 17. Decedent's Race | WHITE |
| 18. Father's Name | JAMES EDWARD STOUTT |
| 19. Mother's Name Prior to First Marriage | AUDREY IRENE DAVIDSON |
| 20a. Informant's Name | ROBERT MCMURRAY JR |
| 20b. Relationship to Decedent | HUSBAND |
| 20c. Mailing Address | 123 6TH STREET SW, CLEVELAND, TN 37311 |
| 21a. Method of Disposition | BURIAL |
| 21b. Place of Disposition | MT. OLIVE CEMETERY |
| 21c. Location | CLEVELAND, TN |
| 22a. Signature of Funeral Director | /e/ BRIAN MIRACLE |
| 22b. License Number | 6449 |
| 22c. Signature of Embalmer | /e/ Dawn Guthrie Palmer |
| 22d. License Number | 3468 |
| 23a. Name and Address of Funeral Home | COMPANION FUNERAL AND CREMATION SERVICE, PO BOX 5057 2415 GEORGETOWN RD NW, CLEVELAND, TN 37320-5057 |
| 23b. License Number | 1241 |
| 24. Registrar's Signature | /e/ EDWARD G BISHOP III |
| 25. Date Filed | 10/27/2020 |

26. Certifier
- 26a. ☒ PHYSICIAN - TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
- 26b. ☐ MEDICAL EXAMINER - ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| 27a. Certifier | /e/ GERARD K MAZZA |
| 27b. License Number | 15727 |
| 27c. Date Signed | 10/27/2020 |
| 27d. Name and Address | GERARD K MAZZA 2725 KEITH STREET, CLEVELAND, TN 37312 |

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

a. BILE DUCT CARCINOMA
b.
c.
d.

Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I: NO

| Field | Value |
|---|---|
| 29a. Was an Autopsy Performed? | NO |
| 29b. Were Autopsy Findings Available to Complete the Cause of Death? | |
| 30. Manner of Death | NATURAL |
| 31. Did Tobacco Use Contribute to Death? | NO |
| 32. If Female: | NOT PREGNANT WITHIN PAST YEAR |

33. If Transportation Injury, Specify:
34a. Date of Injury:
34b. Time of Injury:
34c. Injury at Work?:
34d. Place of Injury:
34e. Describe How Injury Occurred:
34f. Location of Injury:

PH-1659E    RDA 10112

**12493070**

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977

Edward G. Bishop III
State Registrar

Lisa Piercey, MD, MBA, FAAP
Commissioner

1 2 4 9 3 0 7 0

Date Issued: Oct-27-2020

## CERTIFICATION OF VITAL RECORD