# EXHIBIT D

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re: Valsartan Products Liability Litigation** | MDL No. 2875 |
| This document relates to: | Hon. Robert B. Kugler, District Court Judge |
| *Leda Kay McMurray v. Camber Pharmaceuticals, Inc., et al.;* 1:20-cv-07174-RBK-KMW | Hon. Karen M. Williams, Magistrate Judge |

## ORDER

This Court, having considered the foregoing Motion to Substitute Party Plaintiff and Amend Complaint, is of the opinion that the Motion should be granted. It is, therefore,

ORDERED that Robert McMurray is substituted as the Plaintiff in this action, and that the action is re-styled as *Robert McMurray, Spouse and Next of Kin to Leda Kay McMurray, Deceased v. Camber Pharmaceuticals, Inc., et al.*

IT IS FURTHER ORDERED that Robert McMurray is granted leave to amend and file Plaintiff's Second Amended Short Form Complaint.

SIGNED this _____ day of _____, 2021.

_____
Hon. Karen M. Williams
Magistrate Judge