UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: Valsartan, Losartan & Irbesartan Products Liability Litigation | : <br> : MDL No. 2875 <br> : <br> : |

## WAIVER OF SERVICE OF SUMMONS FOR
## MASTER LOSARTAN PERSONAL INJURY COMPLAINT

To:   Marlene J. Goldenberg, Esq.
      Goldenberg Law

*Attorneys for Plaintiffs*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

On behalf of Legacy Pharmaceutical Packaging, LLC, I waive service of the summons and complaint in this case.

In waiving service of process, Legacy Pharmaceutical Packaging, LLC preserves all of its defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the action.

I understand that the Court has stayed the deadline to serve an answer or a motion under Rule 12 to this complaint.


DATE: April 27, 2021
PARTY: Legacy Pharmaceutical Packaging, LLC

/s/ Britton St. Onge
Britton St. Onge, Esq.
Frank Spano, Esq.
POLSINELLI PC
bstonge@polsinelli.com
fspano@polsinelli.com
(T) 314-889-7024
(F) 314-231-1776

*Attorneys for Defendant Legacy Pharmaceutical Packaging, LLC*

77101316