# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation | MDL No. 2875<br>Civil No.: 19-02875 (RBK/JS) |
| This Document Relates to All Actions | |

## NOTICE OF APPEARANCE OF RAYMOND A. VANDERHYDEN

To the Clerk:

Please enter the appearance of Raymond A. Vanderhyden on behalf of Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc., on this Court's MDL master docket.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to, defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: April 28, 2021

> */s/ Raymond Vanderhyden*
> Raymond A Vanderhyden (PA Bar #326306)
> DUANE MORRIS LLP
> 30 South 17th Street
> Philadelphia, PA 19103-4196
> Telephone: +1 215 979 1865
> Fax: +1 215 689 0880
> ravanderhyden@duanemorris.com
>
> *Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2021, I electronically filed the foregoing Notice of Appearance of Raymond A. Vanderhyden with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Raymond A. Vanderhyden*
Raymond A. Vanderhyden