UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Rita Crawford. v. Zhejiang Pharmaceutical Co., et al.,*<br><br>Case No. 1:20-cv-00763-RBK-KMW | § § § § § § § § § § § § | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |

_____

### NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF RITA CRAWFORD

**PLEASE TAKE NOTICE** that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order #20, filed November 17, 2020 - Document 632), Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US Inc., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc., will take the deposition upon oral examination of Rita Crawford, on **May 21, 2021 at 9:00 a.m. CDT (10:00 a.m. EDT),** and continuing until completion, via remote deposition while the witness is at her home or office or other location agreed to by the parties. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths

who is not counsel of record or interested in the events of this case. The court reporter and videographer will be an employee or agent of Veritext Legal Solutions. The attorney contact for the deposition is:

Raymond A. Vanderhyden
Duane Morris LLP
30 S 17th Street,
Philadelphia, PA 19103
ravanderhyden@duanemorris.com

Date: April 28, 2021                                    Respectfully submitted,


                                               */s/ Raymond Vanderhyden*

Raymond A. Vanderhyden
Duane Morris LLP
30 S 17th Street,
Philadelphia, PA 19103
ravanderhyden@duanemorris.com

*Attorney for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US Inc., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April 2021, I caused a true and correct copy of the foregoing Notice of Videotaped Deposition of Plaintiff Rita Crawford to be filed with the Court's ECF system and via MDL Centrality upon counsel of record. I further certify that a copy of the foregoing was originally served on the following Plaintiff's counsel by e-mail, with copies by e-mail to Counsel for Defendants, on April 28, 2021:

Marlene J. Goldenberg, Esq. (counsel for Plaintiff Rita Crawford)
Benjamin C. Stellpflug, Esq. (counsel for Plaintiff Rita Crawford)
Adam Slater, Esq. (via email, for distribution to Plaintiffs' Counsel)
Ruben Honik, Esq. (via email)
David Stanoch, Esq. (via email)
Jessica Priselac, Esq. (via email, for distribution to Defendants' Counsel)
Seth A. Goldberg, Esq. (via email)
Clem C. Trischler, Esq. (via email)
Sarah E. Johnston, Esq. (via email)
Veritext Legal Solutions (via email)

Respectfully submitted,

*/s/ Raymond A. Vanderhyden*

Raymond A. Vanderhyden
Duane Morris LLP
30 S 17th Street,
Philadelphia, PA 19103
ravanderhyden@duanemorris.com

*Attorney for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai US Inc., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.*