**MORGAN, LEWIS & BOCKIUS LLP**
(*A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP*)
John P. Lavelle, Jr.
502 Carnegie Center
Princeton, NJ 08540
Tel:  609-919-6688
Fax:  609-919-6701

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 19-2875 (RBK/KMW) |
| This document relates to: *All actions* | **NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT:**

Please take notice that John P. Lavelle, Jr., of Morgan, Lewis & Bockius LLP, hereby enters his appearance as counsel for Defendants Aurobindo Pharma USA, Inc. and Aurobindo Pharma, Ltd. in the above-captioned multi-district litigation.

Dated: April 29, 2021         Respectfully submitted,

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr.
**MORGAN, LEWIS & BOCKIUS LLP**
(*A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP*)
502 Carnegie Center
Princeton, NJ 08540
Tel:  609-919-6688ǁFax:  609-919-6701
john.lavelle@morganlewis.com

*Attorney for Defendants Aurobindo Pharma USA, Inc. and Aurobindo Pharma, Ltd.*

## CERTIFICATE OF SERVICE

I, John P. Lavelle, Jr., do hereby certify that on April 29, 2021, I caused a true and correct copy of the foregoing Notice of Appearance to be served on all counsel of record via CM/ECF.

Dated:   April 29, 2021                     /s/ *John P. Lavelle, Jr.*
                                            John P. Lavelle, Jr.