**MORGAN, LEWIS & BOCKIUS LLP**
(*A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP*)
John P. Lavelle, Jr.
502 Carnegie Center
Princeton, NJ 08540
Tel:  609-919-6688
Fax:  609-919-6701

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL No. 19-2875 (RBK/KMW) |
| This document relates to: *All actions* ) ) | **NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT:**

Please take notice that John P. Lavelle, Jr., of Morgan, Lewis & Bockius LLP, hereby enters his appearance as counsel for Defendant Aurolife Pharma, LLC in the above-captioned multi-district litigation.

Dated: April 30, 2021     Respectfully submitted,

*/s/ John P. Lavelle, Jr.*
John P. Lavelle, Jr.
**MORGAN, LEWIS & BOCKIUS LLP**
(*A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP*)
502 Carnegie Center
Princeton, NJ 08540
Tel:  609-919-6688|| Fax:  609-919-6701
john.lavelle@morganlewis.com

*Attorney for Defendants Aurobindo Pharma USA, Inc., Aurobindo Pharma, Ltd. and Aurolife Pharma, LLC*

## **CERTIFICATE OF SERVICE**

I, John P. Lavelle, Jr., do hereby certify that on April 30, 2021, I caused a true and correct copy of the foregoing Notice of Appearance to be served on all counsel of record via CM/ECF.

Dated:	April 30, 2021	/s/ *John P. Lavelle, Jr.*
	John P. Lavelle, Jr.