# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Hon. Robert. B. Kugler |
| This Document Relates To:<br><br>*All Actions* | Civ. No. 19-2875 (RBK/JS) |

## PLAINTIFFS' SECOND AMENDED NOTICE OF VIDEOTAPED DEPOSITION TO KALPESH PATEL

TO:  **Alexis Brancato**
**Brittney Nagle**
**Kirkland & Ellis, LLP**
**601 Lexington Avenue,**
**New York, NY 10022**

*Counsel for Defendants Torrent Pharmaceuticals LTD and Torrent Pharma Inc.*

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, Plaintiffs will take the videotaped deposition of Kalpesh Patel, General Manager – Quality Assurance. The deposition will commence on **Thursday**, **June 3, 2021, at 9:00 a.m. Eastern Standard Time**, and continue until completion, at Kirkland & Ellis, LLP, 601 Lexington Ave. New York, NY 10022, via zoom, in accordance with the Fact Witness Deposition Protocol, Case Management Order #20, filed November 17, 2020 (Document 632).

The witness shall produce the documents requested at Exhibit A, attached hereto, at least 5 days in advance of the deposition.

Pursuant to the meet and confer between the parties, a translator will not be provided.

This notice is amended to reflect the new deposition date.

**TAKING ATTORNEYS FOR PLAINTIFFS:**

Jeff Gibson
Wagner Reese, LLP
201 N. Illinois St.
16th Floor – South Tower
Indianapolis, IN 46204
(866) 389-1352

Ned McWilliams
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 South Baylen St.
Pensacola, FL 32502
(850) 435-7138
nmcwilliams@levinlaw.com

     The deposition will be taken before an officer authorized to administer oaths. Testimony given during the deposition will be recorded by sound video recording and stenographic means.

DATED this 30th day of April, 2021.

                                           **LAW OFFICES OF GEORGE A. BARTON, P.C.**

                                           By: /s/ *Stacy A. Burrows*
                                                 Stacy A. Burrows
                                                 7227 Metcalf Ave. Ste. 301
                                                 Overland Park, KS 66204
                                                 Phone (913) 563-6253

                                                 *Attorneys for Plaintiffs*

# EXHIBIT A

## DOCUMENT REQUESTS

1. The most recent resume/Curriculum Vitae and LinkedIn profile for Kalpesh Patel.

2. The complete production of Kalpesh Patel's relevant custodial documents, including those maintained on personal computers or electronic devices, to the extent not produced prior.

## CERTIFICATE OF SERVICE

    I, Stacy Burrows, hereby certify that on April 30, 2021, I caused true and correct copies of the foregoing to be transmitted via ECF to all counsel having registered an appearance on ECF, with courtesy copies served on counsel for Torrent Pharmaceuticals Limited and Torrent Pharma Inc., and Defendants' liaison counsel, via email.

DATED this 30th day of April, 2021.

                                            **LAW OFFICES OF GEORGE A. BARTON, P.C.**

                                      By:  */s/ Stacy A. Burrows*
                                                 Stacy A. Burrows
                                                 7227 Metcalf Ave. Ste. 301
                                                 Overland Park, KS 66204
                                                 Phone (913) 563-6253

                                                 *Attorneys for Plaintiffs*