UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: May 3, 2021

**HON. ROBERT B. KUGLER, U.S.D.J.**
**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:**   CAMILLE PEDANO

**TITLE OF CASE:**                    **DOCKET NO.:** 19-md-2875 (RBK)(KMW)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
FOR PLAINTIFFS**:**                       FOR DEFENDANTS:
Adam Slater, Esq.                         Seth Goldberg, Esq.
Ruben Honik, Esq.                         Victoria Lockhard, Esq.
Daniel Nigh, Esq.                         Jessica Priselac, Esq.
Marlene Goldenberg, Esq.                  Jessica Heinz, Esq.
Behram Parekh, Esq.                       Nakul Shah, Esq.
David Stanoch, Esq.                       Eric Abraham, Esq.
                                          Sarah Johnston, Esq.
                                          Jeff Geoppinger, Esq.
                                          Kelly Bonner, Esq.
                                          Steve Harkins, Esq.

**NATURE OF PROCEEDINGS**:    TELEPHONE STATUS CONFERENCE

**DISPOSITION:**
Telephone status conference held on the record.
Order to be entered.

                                          s/Lawrence MacStravic
                                          Deputy Clerk

Time Commenced: 12:15p.m.    Time Adjourned: 12:25p.m.    Total Time in Court: 0:10