**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No.: 19-02875 (RBK/JS) |

## NOTICE OF APPEARANCE OF DANA B. KLINGES

To the Clerk:

Please enter the appearance of Dana B. Klinges on behalf of Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc., on this Court's MDL master docket.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to, defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: May 3, 2021

                                            *s/ Dana B. Klinges*
                                            Dana B. Klinges (NJ Bar No. 312072020)
                                            DUANE MORRIS LLP
                                            30 South 17th Street
                                            Philadelphia, PA 19103-4196
                                            Tel: (215) 979-1143
                                            Fax: (215) 405-2632
                                            Email: dklinges@duanemorris.com

                                            *Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, I electronically filed the foregoing Notice of Appearance of Dana B. Klinges with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*s/ Dana B. Klinges*
Dana B. Klinges