**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

IN RE: VALSARTAN PRODUCTS
LIABILITY LITIGATION,

THIS DOCUMENT RELATES TO:

*Silvano Kinkela*

MDL NO. 2875

HON. ROBERT B. KUGLER
DISTRICT JUDGE

HON. JOEL SCHNEIDER
MAGISTRATE JUDGE

## NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF SILVANO KINKELA

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order #20, filed November 17, 2020 - Document 632), Defendants Teva Pharmaceuticals USA, Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc. will take the deposition upon oral examination of Silvano Kinkela, on **June 17, 2021 at 9:00 a.m. EST,** and continuing until completion, via remote deposition while the witness is at her home or office or other location agreed to by the parties. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

1

Alexandra Bach Lagos
Greenberg Traurig LLP
333 SE 2nd Avenue
Miami, Florida 33133
(305) 579- 0813
lagosa@gtlaw.com

Date: May 4, 2021                              Respectfully submitted,


*s/ Alexandra B. Lagos*
Alexandra B. Lagos (Fla. Bar No. 30035)
GREENBERG TRAURIG, LLP
333 S.E. 2nd Avenue
Miami, FL 33131
Tel: (305) 579-0813
Fax: (305) 579-0717
E-mail: lagosa@gtlaw.com

*Attorney for Teva Pharmaceuticals USA, Inc.,*
*Teva Pharmaceutical Industries Ltd., Actavis*
*LLC, and Actavis Pharma, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2021, I caused a true and correct copy of the foregoing Notice of Videotaped Deposition of Plaintiff Silvano Kinkela to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was originally served on the following Plaintiff's counsel by e-mail, with copies by e-mail to Counsel for Defendants, on May 4, 2021:

Robert Cain, Esq. (counsel for Plaintiff Silvano Kinkela)
Adam Slater, Esq. (via email, for distribution to Plaintiffs' Counsel)
Daniel A. Nigh, Esq. (via email)
Ruben Honik, Esq. (via email)
David Stanoch, Esq. (via email)
Conlee Whiteley, Esq. (via email)
Jessica Priselac, Esq. (via email)
Seth A. Goldberg, Esq. (via email)
Clem C. Trischler, Esq. (via email)
Sarah E. Johnston, Esq. (via email)

This 4th day of May, 2021.

<div style="margin-left:40%">

*s/ Alexandra B. Lagos*
Alexandra B. Lagos (Fla. Bar No. 30035)
GREENBERG TRAURIG, LLP
333 S.E. 2nd Avenue
Miami, FL 33131
Tel: (305) 579-0813
Fax: (305) 579-0717
E-Mail: lagosa@gtlaw.com

*Attorney for Teva Pharmaceuticals USA, Inc.,*
*Teva Pharmaceutical Industries Ltd., Actavis*
*LLC, and Actavis Pharma, Inc.*

</div>