```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY


    _____

                                          CIVIL ACTION NUMBER:
    IN RE:  VALSARTAN PRODUCTS
    LIABILITY LITIGATION                  19-md-02875-RBK-KMW

    _____      ORDERS TO SHOW CAUSE
                                          VIA TELECONFERENCE

         Mitchell H. Cohen Building & U.S. Courthouse
         4th & Cooper Streets
         Camden, New Jersey  08101
         May 3, 2021
         Commencing at 12:15 p.m.

    B E F O R E:              THE HONORABLE ROBERT B. KUGLER,
                              UNITED STATES DISTRICT JUDGE
                              SPECIAL MASTER THE HONORABLE
                              THOMAS I. VANASKIE


    A P P E A R A N C E S:

         MAZIE SLATER KATZ & FREEMAN, LLC
         BY:  ADAM M. SLATER, ESQUIRE
         103 Eisenhower Parkway
         Roseland, New Jersey  07068
         For the Plaintiffs

         KIRTLAND & PACKARD, LLP
         BY:  BEHRAM V. PAREKH, ESQUIRE
         1638 South Pacific Coast Highway
         Redondo Beach, California  90277
         For the Plaintiffs

         GOLDENBERG LAW, LLC
         BY:  MARLENE J. GOLDENBERG, ESQUIRE
         800 Lasalle Avenue, Suite 2150
         Minneapolis, Minnesota  55402
         For the Plaintiffs

              Camille Pedano, Official Court Reporter
                     camillepedano@gmail.com
                          609-774-1494

     Proceedings recorded by mechanical stenography; transcript
              produced by computer-aided transcription.
```

```
 1   A P P E A R A N C E S (Continued):

 2        KANNER & WHITELEY, LLC
          BY:  DAVID J. STANOCH, ESQUIRE
 3        701 Camp Street
          New Orleans, Louisiana  70130
 4        For the Plaintiffs

 5        DUANE MORRIS, LLP
          BY:  SETH A. GOLDBERG, ESQUIRE
 6             JESSICA PRISELAC, ESQUIRE
               KELLY BONNER, ESQUIRE
 7        30 South 17th Street
          Philadelphia, Pennsylvania  19103
 8        For the Defendants, Prinston Pharmaceuticals,
          Solco Healthcare U.S. LLC, and
 9        Zhejiang Huahai Pharmaceuticals Ltd.

10        GREENBERG TRAURIG, LLP
          BY:  VICTORIA DAVIS LOCKARD, ESQUIRE
11             LORI G. COHEN, ESQUIRE
               STEVEN M. HARKINS, ESQUIRE
12        3333 Piedmont Road, NE, Suite 2500
          Atlanta, Georgia  30305
13        For the Defendants, Teva Pharmaceutical Industries Ltd.,
          Teva Pharmaceuticals USA, Inc., Actavis LLC,
14        and Actavis Pharma, Inc.

15        CIPRIANI & WERNER, P.C.
          BY:  JESSICA M. HEINZ, ESQUIRE
16             JILL FERTEL, ESQUIRE
          450 Sentry Parkway
17        Blue Bell, Pennsylvania  19422
                   And
18        MORGAN, LEWIS & BOCKIUS, LLP
          BY:  JOHN P. LAVELLE, JR.
19        1701 Market Street
          Philadelphia, Pennsylvania 19103
20        For the Defendants, Aurolife Pharma LLC
          and Aurobindo Pharma USA, Inc.
21
          HILL WALLACK, LLP
22        BY:  ERIC I. ABRAHAM, ESQUIRE
               NAKUL Y. SHAH, ESQUIRE
23        21 Roszel Road
          Princeton, New Jersey 08540
24        Attorney for Defendants, Hetero Drugs and Hetero Labs

25
```

**A P P E A R A N C E S (Continued):**

    ULMER & BERNE, LLP
    BY:   JEFFREY D. GEOPPINGER, ESQUIRE
    600 Vine Street, Suite 2800
    Cincinnati, Ohio 45202
    For the Wholesaler Defendants and AmerisourceBergen

    BARNES & THORNBURG, LLP
    BY:   SARAH E. JOHNSTON, ESQUIRE
    2029 Century Park East, Suite 300
    Los Angeles, California  90067
    For the Retailer Defendants and CVS Pharmacy, Inc., and
    Rite Aid Corporation

**ALSO PRESENT:**

    LORETTA SMITH, ESQUIRE
    Judicial Law Clerk to The Honorable Robert B. Kugler

    Larry MacStravic, Courtroom Deputy

1  (PROCEEDINGS held via teleconference before The Honorable
2  Robert B. Kugler, United States District Judge, at 12:15 p.m.)
3              JUDGE KUGLER:  Okay.  We'll start again.
4              There's one case on the order to show cause list but
5  it had been previously dismissed, that was the Williams, Naomi
6  Williams, case, so we don't need to be concerned with that.
7              There are three cases the defense seeks to move to an
8  order to show cause, Gwendolyn Mundy, M-U-N-D-Y, Arnold
9  Ragland, R-A-G-L-A-N-D, and Michael Canfara, C-A-N-F-A-R-A.
10 And, Mr. Harkins, you're still seeking an order to show cause
11 on those three?
12             MR. HARKINS:  Yes, Your Honor.  The defense seeks an
13 order to show cause returnable at the May CMC on those three
14 cases.
15             JUDGE KUGLER:  Any objection from any plaintiffs?
16             MS. GOLDENBERG:  Your Honor, this is Marlene
17 Goldenberg on behalf of the plaintiffs.
18             I understand that there are apparently a number of
19 deficiencies that exist on the second two cases but as to the
20 first one, Gwendolyn Mundy, this is just about a failure to
21 itemize medical expenses and a show-cause order and a
22 subsequent dismissal seem to be a pretty severe sanction for
23 something like that.  So we would oppose that one.
24             JUDGE VANASKIE:  Well, we're not at the stage of
25 dismissing them; we're just seeking an order to show cause.  It

1  gives you another 30 days to try to work out whatever that
2  difficulty is.  I'll hear you if you object to dismissal 30
3  days from now.
4          MS. GOLDENBERG:  Understood, Your Honor.
5          JUDGE KUGLER:  So we will move those three to an order
6  to show cause status returnable at the next conference.
7          And then there are, let's see, 13 cases you want to
8  relist for a second listing, correct, Mr. Harkins?
9          MR. HARKINS:  Your Honor, Steve Harkins again.
10         There's one update on Case Number 9 on the list,
11 Robinette Lawler.  We've resolved the issues and that case can
12 be taken off the list for the next agenda statement.
13         JUDGE KUGLER:  Number 9, Lawler, L-A-W-L-E-R, that
14 will be taken off the list.  Any objections from the plaintiffs
15 as to moving these other cases to another listing, the 12 other
16 cases, any objections?
17         (No response.)
18         JUDGE KUGLER:  Hearing none, then we will move Daniel
19 Kopp, K-O-P-P, Karen Rex, R-E-X, Vanessa Nelson, N-E-L-S-O-N,
20 Virginia Hockenjos, H-O-C-K-E-N-J-O-S, John Wilcox,
21 W-I-L-C-O-X, Darris Knox, K-N-O-X, Randall Harrah, H-A-R-R-A-H,
22 James Gibson, Jr., G-I-B-S-O-N, Norman Becton, B-E-C-T-O-N,
23 Julie Sundermeir, S-U-N-D-E-R-M-E-I-R, Debbie Aloian,
24 A-L-O-I-A-N, and Thomas DeClerk, D-E capital C-L-E-R-K, to
25 another listing.

1   Any other matters that need to be brought to my
2   attention about these orders to show cause or listings?
3            MR. HARKINS:  None from the defense, Your Honor.
4            JUDGE KUGLER:  Any other matters that you want to
5   discuss with me at this time on either side?
6            MR. GOLDBERG:  Nothing from the defense, Your Honor.
7            MR. SLATER:  Nothing from the plaintiffs, Your Honor,
8   per the agenda.
9            MR. GOLDBERG:  And nothing from the defense, Your
10  Honor.
11           JUDGE KUGLER:  All right.  It seems we have completed
12  the agenda then.  That was easy.
13           And thank you, everybody.  Stay safe and stay well and
14  we will talk to you again in a month.
15           MR. SLATER:  Thank you very much, Your Honor.
16           MR. GOLDBERG:  Thank you, Your Honor.
17           (The proceedings concluded at 12:23 p.m.)
18           - - - - - - - - - - - - - - - -
19
20           I certify that the foregoing is a correct transcript
21  from the record of proceedings in the above-entitled matter.
22
23  */S/ Camille Pedano, CCR, RMR, CRR, CRC, RPR*
    *Court Reporter/Transcriber*
24
25  *05/04/2021*
    *Date*