# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2875
    Davis v. Camber Pharmaceuticals, Inc., et al.,    )
        M.D. Alabama, C.A. No. 2:21-00254    )

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Davis*) on April 7, 2021. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Davis* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-38" filed on April 7, 2021, is LIFTED insofar as it relates to this action. The action is transferred to the District of New Jersey for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Robert B. Kugler.

                                                   FOR THE PANEL:

                                                   John W. Nichols
                                                   Clerk of the Panel