**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **In re: Valsartan Products Liability Litigation** | : | MDL No. 2875 |
| | : | Hon. Robert B. Kugler |
| This document relates to: | | United States District Judge |
| | : | |
| *Estate of Rodney Walker v. Torrent Pharmaceuticals, Ltd.., et al.;* | *:* | Hon. Karen M. Williams Magistrate Judge |
| 1:20-cv-11517-RBK-KMW | | |
| | : | |

## ORDER

The Court, after considering the motion, which is not opposed by defendants, by the Estate of Rodney Walker, by and through its Counsel, for addition of interested party, the Estate of Virginia Lee Walker, in this action, and also for leave to file a First Amended Short Form Complaint, due to the addition of the above interested party, which amended complaint is attached to their motion.

(Document No. _____), hereby sets forth:

The First Amended Complaint is to be filed by _____, 2021.

And it is ORDERED that the Motion is GRANTED.

Signed on this _____ day of _____, 2021.

_____
United States Magistrate Judge