# Duane Morris®

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
AUSTIN
HANOI
HO CHI MINH CITY

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO
AND SRI LANKA

SETH A. GOLDBERG
DIRECT DIAL: +1 215 979 1175
PERSONAL FAX: +1 215 689 2198
E-MAIL: SAGoldberg@duanemorris.com

www.duanemorris.com

May 7, 2021

**VIA ECF & EMAIL**

Hon. Thomas I. Vanaskie, Special Master
(TIV@stevenslee.com)
Stevens & Lee, PC
1500 Market St., East Tower, Suite 1800
Philadelphia, PA 19103-7360

   **Re:**  *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation,* **U.S. District Court for the District of New Jersey; Case No. 1:19-md-02875-RBK-JS**

Dear Special Master Vanaskie:

  The ZHP Parties respectfully submit this status report following the May 5, 2021 Case Management Conference, and in response to the document requests in Plaintiff's letter brief dated April 27, 2021 (pp. 24-26). The ZHP Parties' responses are subject to their objections during the December 11, 2019 conference with Judge Schneider. The ZHP parties reserve any and all objections as to

DuaneMorris

May 7, 2021
Page 2

relevance, materiality, privilege, admissibility, or any other grounds on which an objection may be made.

The ZHP Parties respond individually to the fifteen requests below:

1. **Production of additional custodial files:**[1]

   a. **Jinsheng LIN**
   b. **Tianpei HUANG**
   c. **Wangwei CHEN**
   d. **Xiaofang (Maggie) KONG**
   e. **Dan LI**
   f. **Guonjun FANG**
   g. **Peng LIU**
   h. **Wei WANG**

The ZHP Parties have agreed to add the following seven individuals as custodians: Jinsheng LIN, Tianpe HUANG, Wangwei CHEN, Dan LI, Guojun FANG, Peng LIU, and Wei WANG. The ZHP Parties do not agree to add Xiaofang (Maggie) KONG as a custodian. The Plaintiffs have indicated that their primary goal in collecting Ms. Kong's custodial file is to locate the dates and times of certain meetings, and the ZHP Parties have confirmed that Ms. Kong does not keep a hardcopy calendar or use Outlook (or a similar calendaring program). Further, because the ZHP Parties do not have a general counsel, Ms. Kong serves as the

---

[1] As amended by Plaintiffs' e-mail to the ZHP Parties dated May 3, 2021.

DuaneMorris

May 7, 2021
Page 3

primary contact with the ZHP Parties' attorneys, and a search of her custodial file would therefore be unduly burdensome.

    2.    **Confirm that ZHP has already produced the complete custodial files for the following individuals:** [2]

        a.    **Wenquan ZHU**
        b.    **Wenbin CHEN**
        c.    **Peng WANG**
        d.    **Wenling ZHANG**
        e.    **Jucai GE**
        f.    **Wenquan ZHU**
        g.    **Wenbin CHEN**
        h.    **Min LI**
        i.    **Peng DONG**
        j.    **Lihong LIN**
        k.    **Yanfeng LIU**
        l.    **Peng WANG**
        m.    **Wenling ZHANG**

The ZHP parties have collected custodial files from the above thirteen individuals (and produced responsive, non-privileged documents), but agree to review their collection and, if necessary, supplement their production with any additional responsive, non-privileged documents.

    3.    **The addition of the following search terms to be searched across all custodians:**

        a.    **Zheijiang Second Pharma**
        b.    **CN103613558A**
        c.    **Impurity K**
        d.    **NALCO**

---

[2] As amended by Plaintiffs' e-mail to the ZHP Parties dated May 3, 2021.

DuaneMorris

May 7, 2021
Page 4

    e.    **Hypochlorite**

The ZHP Parties have agreed to apply the above search terms across all existing and new custodians and to produce any additional responsive, non-privileged documents.

4.    **Documents related to ZHP02636960.**

The ZHP Parties have agreed to add ▇▇▇▇▇▇▇ to the search terms listed in Request 3.

5.    **All copies, including drafts, of the report identified at tab 3, row 54 of ZHP01391683.**

The ZHP Parties are investigating whether there are any additional documents related to tab 3, row 54 of ZHP01391683, and will produce any additional responsive, non-privileged documents.

6.    **Production of custodial files for individuals involved in the testing, drafting, and preparation of above-reference report, including but not limited to:**

    a.    **Huang Tianpei**
    b.    **Li Dan**

The ZHP Parties have agreed to produce the custodial files of the above individuals, as stated in the ZHP Parties response to Request 1.

7.    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ **(see ZHP01838590, ZHP02333049).**



May 7, 2021
Page 5

The ZHP Parties are investigating any data concerning ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and will produce any additional responsive, non-privileged documents.

8. **Plaintiffs request unredacted copies of ZHP01838590 and ZHP02333049 with working document hyperlinks.**

As part of its initial production of ZHP01838590 and ZHP02333049, the ZHP Parties produced the objects embedded in those documents as separate document records, but within the same family. The ZHP Parties agree to review the processing of certain embedded objects that did not render. The ZHP Parties also agree to review the NR – Other Product Redactions related to ZHP01838590 and ZHP02333049 and their embedded objects.

9. **Emails authored, sent, or received by Peng Dong prior to December 12, 2017.**

The ZHP Parties agreed to include Peng Dong in the list of custodians in Request 2.

10. **Litigation hold letters sent to all custodians including records demonstrating what devices were subject to the litigation hold for each custodian.**

The ZHP Parties have not agreed to produce litigation hold letters. Plaintiffs previously made this request to the Court and it was denied.

11. **Records identifying the process by which the collection of devices and data was carried out pursuant to the litigation hold, including when performed and by whom.**

DuaneMorris

May 7, 2021
Page 6

The ZHP Parties have not agreed to produce documents regarding the document collection process for this litigation. Not only does this request encompass materials protected by attorney-client privilege and the attorney work-product doctrine, but also Plaintiffs have failed to establish that they are entitled to these documents.

12. **All records, including personnel files if necessary, associated with broken company issued cell phones and/or laptop computers for all custodians, including the date of occurrence and when and how the device was replaced, and location and status of the broken device.**

The ZHP Parties agreed to investigate whether there are any documents related to any broken and/or inoperable company-owned devices for Eric GU and Min LI, and will produce any non-privileged documents ZHP is able to identify.

13. **Emails, notes, calendar entries, and meeting minutes from internal ZHP meetings for all custodians associated with the discovery of NDMA in ZHP's sartans. This includes but is not limited to:**
    a. **The approximately 5-9 meetings Min Li attended with Baozhen Chen;**
    b. **QC department meetings organized or attended by Qiangming Li.**

The ZHP Parties have reviewed their productions and confirmed that they produced meeting minutes responsive to this Request. *See* ZHP00672896, ZHP01851346, ZHP00201215 and ZHP00450625. However, the ZHP Parties agree to search for additional meeting minutes and calendar invites. To the extent

DuaneMorris

May 7, 2021
Page 7

additional documents are located, the ZHP Parties will produce any responsive, non-privileged documents.

> 14. **All records associated with the March 12, 2018 testing investigation of valsartan API Batch No. ▮▮▮▮▮▮▮▮ including but not limited to all GC-MS testing data and cGMP documentation associated with the investigation.**

The ZHP Parties have reviewed their productions and confirmed that they produced documents related to API batch number ▮▮▮▮▮▮▮▮ Nonetheless, the ZHP Parties have agreed to investigate whether there are additional documents related to API batch number ▮▮▮▮▮▮▮▮ and to produce any additional responsive, non-privileged documents.

> 15. **PRINSTON0075797 says at page 35-36 that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ As such, Plaintiffs request the complete production of all batch testing records. To the extent you claim it has already been produced, please affirmatively identify the Bates ranges for such testing.**

The ZHP Parties have agreed to investigate whether there are any additional documents related to the batches referenced in this document, as well as whether the information regarding the number of batches tested listed in the document is accurate.

DuaneMorris

May 7, 2021
Page 8

                Respectfully submitted,

                /s/ Seth A. Goldberg
                Seth A. Goldberg