# EXHIBIT 3

# CIPRIANI & WERNER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

JESSICA M. HEINZ
jheinz@c-wlaw.com

450 Sentry Parkway, Suite 200
Blue Bell, PA 19422

Phone: (610) 567-0700
Fax: (610) 567-0712

www.C-WLAW.com

A Mid-Atlantic Litigation Firm

Visit us online at
www.C-WLAW.com

November 13, 2019

**Via Email To:**
Behram Parekh
Kirtland & Packard LLP
1638 South Pacific Coast Highway
Redondo Beach, CA 90277
bvp@kirtlandpackard.com

      RE:    *In re Valsartan Products Liability Litigation*
                 USDC, District of New Jersey, No. 1:19-md-02875-RBK-JS

Dear Mr. Parekh:

      As a follow-up to my clients' initial response to Plaintiffs' April 2019 letter seeking,[1] I write to provide additional responsive information, and to respond to Plaintiffs' letter dated November 11, 2019. Because this correspondence contains highly confidential information (e.g., regarding company policies and procedures), Aurolife Pharma LLC and Aurobindo Pharma USA, Inc. (hereinafter, respectively, "Aurolife" and "APUSA") hereby designate this correspondence as RESTRICTED CONFIDENTIAL in accordance with the terms of the Confidentiality and Protective Order (Dkt. 139) entered in this litigation.

      APUSA's IT Department supports Aurolife.[2] They use Microsoft Windows 7 and 10. Since their inception, they have always used Microsoft Windows. They have software applications including Microsoft Office, Adobe packages, and Winzip. Their internet provider is Windstream. All nine (9) custodians who have been identified have desktops and/or laptops located at APUSA (279 Princeton-Hightstown Road, East Windsor, NJ 08520) or Aurolife (2400 Route 130 North, Dayton, NJ 08810). All custodians use MS Outlook Exchange 2010 and some have access to Oracle ERP. Daniel Burns had access to Oracle from May 8, 2018 to May 25, 2019. Jasleen Gupta and Blessy John have never had access to Oracle. The other custodians who have been identified have had access since 2013 (Mr. Jackowski, Ms. Martinez, Ms. Doshi, and Mr. Gorijavolu) and 2016 (Mr. Lucas and Mr. Shirshikar).

---

[1] On October 15, 2019, I emailed the Plaintiffs' Executive Committee to follow up on our meet-and-confer discussions regarding my clients' custodians, and to provide information responsive to Plaintiffs' April 2019 letter.
[2] APUSA's IT Department does not support Aurobindo Pharma Ltd. Aruobindo Pharma Ltd. has its own IT Department and IT infrastructure.

Mr. Behram Parekh
November 13, 2019
P a g e | **2 of 3**

    MS Exchange is the only communications server. It is located at Aurolife. There is a company policy against using personal devices for work purposes, except some employees have mobile/cellphone access to their emails. All custodians, except Bhadresh Doshi, have mobile/cellphone access to their emails. Their mobile devices are synced with the MS Exchange server.

    There are Standard Operating Procedures for "Oracle ERP Data Backup" and "Data Backup for Computer Systems." Oracle is backed up to 2013. A full backup occurs every night. Copies are moved to tape backup daily and archived on disks. In addition, there are daily incremental data backups and weekly full data backups. These are stored on premise and in the cloud. MS Exchange data is backed up to 2016. DATTO and Symantec Backup Exec are used for data backup and storage. Daniel Burn's emails were backed up and stored when he left Aurolife. An "incremental backup" is a backup that contains only those files that have been altered since the last full backup.

    Employees have to be on site or connected through VPN (virtual private network through Sonic Wall NetExtender) to access the network. Based on the software applications, the file types and extensions could include: Outlook (.msg); PDF (.pdf), Excel (.xlsx), MS Word (.docx), MS PowerPoint (.pptx), Text (.txt), XML (.xml), XSL (.xsl), XPT (.xpt), and JPEG (.jpeg).

    My clients are not presently aware of any hard drives or other devices being "erased, wiped, scrubbed, or reformatted." My clients are not presently aware of any data or documents relevant to this litigation that: "have been destroyed, discarded, or are otherwise no longer available;" or, "no longer exists due to a computer, equipment, device, or serve crash; intentional or unintentional deletion of data; or destruction or disposition of the computer, equipment, device, or server."

    At this time, my clients' do not intend to use TAR. Their eDiscovery vendor utilizes Relativity and DTSearch. At this time, we do not foresee any issues with vendor capabilities based on the current list of ESI search terms that the parties have been negotiating.

    In providing this information, Aurolife and APUSA expressly reserve all objections to relevance, discoverability and admissibility, and all defenses, jurisdictional or otherwise. Further, this information is being provided based upon information known at this time and is made without prejudice to Aurolife's and APUSA's right to amend, supplement or revise with any subsequently discovered information.

    I hope this obviates the need for a meet-and-confer. If Plaintiffs seek additional information, kindly let me know. We remain open to discussing this with you and would like the opportunity to respond before any meet-and-confer takes place. If Plaintiffs prefer to meet, please confirm that, as to your proposal for a telephonic meet-and-confer, you are agreeable to speaking only with defense counsel on the phone.

**RESTRICTED CONFIDENTIAL INFORMATION**

**PENNSYLVANIA o NEW JERSEY o WEST VIRGINIA o DELAWARE o MARYLAND o WASHINGTON, DC o NEW YORK o VIRGINIA**

Mr. Behram Parekh
November 13, 2019
P a g e | **3 of 3**

Thank you very much for your attention in this regard.

                Sincerely,

                **CIPRIANI & WERNER**

                Jessica M. Heinz

Cc (*via email)*:PEC (valpec@kirtlandpackard.com)
        Alex Waleko (AWaleko@duanemorris.com)
        Vivian Funchion (vmfunchion@duanemorris.com)
        Jason M. Reefer (JMR@pietragallo.com)
        Frank Stoy (FHS@pietragallo.com)
        Tiffany Grimes (trg@pietragallo.com)
        Tiffany Riffer (triffer@Hollingsworthllp.com)
        Megan Grossman (Megan.Grossman@lewisbrisbois.com)
        Steve Harkins (harkinss@gtlaw.com)
        Otto Cruz (cruzo@gtlaw.com)
        Brittney Nagle (bee.nagle@kirkland.com)
        Fern Copas (fcopas@kirkland.com)

**RESTRICTED CONFIDENTIAL INFORMATION**

PENNSYLVANIA  o  NEW JERSEY  o  WEST VIRGINIA  o  DELAWARE  o  MARYLAND  o  WASHINGTON, DC  o  NEW YORK  o  VIRGINIA