# EXHIBIT 5

| | |
|---|---|
| **From:** | Ernest Koschineg |
| **Sent:** | Tuesday, April 27, 2021 4:03 PM |
| **To:** | 'Marlene Goldenberg' |
| **Cc:** | Ben Stellpflug; Ashleigh Raso; Jessica Heinz; Mary Williams |
| **Subject:** | RE: 4/16 - Continuation of Blessy Johns |

Great. Thank you.

**ERNEST F. KOSCHINEG** | PARTNER

## CIPRIANI & WERNER PC

450 SENTRY PARKWAY, SUITE 200 | PHILADELPHIA, PA 19422
(610) 567-0700 (MAIN) | www.c-wlaw.com
EMERGENCY CYBER HOTLINE: 833-63-CYBER
EMRGENCY CYBER MAILBOX: CWCYBER@C-WLAW.COM

PENNSYLVANIA • NEW JERSEY • WEST VIRGINIA • DELAWARE • MARYLAND • WASHINGTON DC • NEW
YORK • VIRGINIA

---

**From:** Marlene Goldenberg
**Sent:** Tuesday, April 27, 2021 4:02 PM
**To:** Ernest Koschineg
**Cc:** Ben Stellpflug ; Ashleigh Raso ; Jessica Heinz ; Mary Williams
**Subject:** Re: 4/16 - Continuation of Blessy Johns

Yes, let's confirm those dates. We will get updated notices out.

Thanks,

Marlene



**Marlene J. Goldenberg • Partner**
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402
Direct: (612) 436-5028 • Toll-Free: (855) 333-4662 X528 • Fax: (612) 367-8107
email • website • bio

---

**From:** Ernest Koschineg <EKoschineg@c-wlaw.com>
**Sent:** Monday, April 26, 2021 4:26 PM
**To:** Marlene Goldenberg <mjgoldenberg@goldenberglaw.com>
**Cc:** Ben Stellpflug <bstellpflug@goldenberglaw.com>; Ashleigh Raso <araso@meshbesher.com>; Jessica Heinz
<JHeinz@c-wlaw.com>; Mary Williams <MWilliams@c-wlaw.com>
**Subject:** Re: 4/16 - Continuation of Blessy Johns

Marlene,

We can produce Kota on 5/12 and Lucas on 5/18 and 5/19. Please let me know if that works.

Also, APL is producing more documents this Wednesday. Let me know if you would like to move Dr. Rao's deposition to May in light of the production. Otherwise, we can proceed as scheduled on Friday.

Thanks,

-Ernie

Ernie Koschineg, Esq.
CIPRIANI & WERNER, P.C.
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
T: (610)862-1928 (direct)
C: (610)220-7898
F: (610)567-0712
Ekoschineg@c-wlaw.com
**EMERGENCY CYBER HOTLINE: 833-63-CYBER (2923) or CWCYBER@C-WLAW.COM**


> On Apr 25, 2021, at 3:59 PM, Marlene Goldenberg <mjgoldenberg@goldenberglaw.com> wrote:
>
>
> Thanks, Ernie.
>
> **Marlene J. Goldenberg • Partner**
> **GOLDENBERGLAW, PLLC**
> 800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402
> Direct: (612) 436-5028 • Toll-Free: (855) 333-4662 X528 • Fax: (612) 367-8107
> email • website • bio
> _____
> **From:** Ernest Koschineg <EKoschineg@c-wlaw.com>
> **Sent:** Sunday, April 25, 2021 2:55 PM
> **To:** Marlene Goldenberg <mjgoldenberg@goldenberglaw.com>
> **Cc:** Ben Stellpflug <bstellpflug@goldenberglaw.com>; Ashleigh Raso <araso@meshbesher.com>; Jessica Heinz <JHeinz@c-wlaw.com>; Mary Williams <MWilliams@c-wlaw.com>
> **Subject:** Re: 4/16 - Continuation of Blessy Johns
>
> Marlene,
>
> I will see what I can confirm. Will let you know as soon as I can.
>
> -Ernie
>
> Ernie Koschineg, Esq.
> CIPRIANI & WERNER, P.C.
> 450 Sentry Parkway, Suite 200

2

Blue Bell, PA 19422
T: (610)862-1928 (direct)
C: (610)220-7898
F: (610)567-0712
Ekoschineg@c-wlaw.com
**EMERGENCY CYBER HOTLINE: 833-63-CYBER (2923) or CWCYBER@C-WLAW.COM**

> On Apr 25, 2021, at 3:14 PM, Marlene Goldenberg <mjgoldenberg@goldenberglaw.com> wrote:
>
> Hi Ernie,
>
> Ashleigh or I could do one witness on the 10th, 12th (and 13th) if this ends up being Lucas.
>
> We are also available on May 17-21, May 24-25, or May 31-June 4.
>
> Please let us know what works, keeping in mind we would like for these to happen sooner rather than later so we have time to get this testimony to our experts.
>
> Thanks,
>
> Marlene
>
> **Marlene J. Goldenberg • Partner**
> **GOLDENBERGLAW, PLLC**
> 800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402
> Direct: (612) 436-5028 • Toll-Free: (855) 333-4662 X528 • Fax: (612) 367-8107
> email • website • bio

**From:** Ernest Koschineg <EKoschineg@c-wlaw.com>
**Sent:** Thursday, April 22, 2021 9:04 AM
**To:** Marlene Goldenberg <mjgoldenberg@goldenberglaw.com>
**Cc:** Ben Stellpflug <bstellpflug@goldenberglaw.com>; Ashleigh Raso <araso@meshbesher.com>; Jessica Heinz <JHeinz@c-wlaw.com>; Mary Williams <MWilliams@c-wlaw.com>
**Subject:** RE: 4/16 - Continuation of Blessy Johns

Marlene,

Kota is unavailable early next week. I tried Thursday as well in the event that might work but he is receiving his vaccination shot. Any other dates in mind for either witness? I will work on that today.

Thanks,

-Ernie

3

**From:** Ernest Koschineg <EKoschineg@c-wlaw.com>
**Sent:** Wednesday, April 21, 2021 1:46 PM
**To:** Marlene Goldenberg <mjgoldenberg@goldenberglaw.com>
**Cc:** Ben Stellpflug <bstellpflug@goldenberglaw.com>; Ashleigh Raso <araso@meshbesher.com>
**Subject:** Re: 4/16 - Continuation of Blessy Johns

Sounds good. Let me get in touch with him.

Ernie Koschineg, Esq.
CIPRIANI & WERNER, P.C.
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
T: (610)862-1928 (direct)
C: (610)220-7898
F: (610)567-0712
Ekoschineg@c-wlaw.com
**EMERGENCY CYBER HOTLINE: 833-63-CYBER (2923) or
CWCYBER@C-WLAW.COM**


On Apr 21, 2021, at 1:42 PM, Marlene Goldenberg
<mjgoldenberg@goldenberglaw.com> wrote:


Hi Ernie,

Yes, I'm happy to take Kota on Monday if that works too.

Thanks again,

Marlene


**Marlene J. Goldenberg • Partner**
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402
Direct: (612) 436-5028 • Toll-Free: (855) 333-4662 X528 • Fax: (612) 367-8107
email • website • bio

**From:** Ernest Koschineg <EKoschineg@c-wlaw.com>
**Sent:** Wednesday, April 21, 2021 12:41 PM
**To:** Marlene Goldenberg <mjgoldenberg@goldenberglaw.com>
**Cc:** Ben Stellpflug <bstellpflug@goldenberglaw.com>; Ashleigh Raso <araso@meshbesher.com>
**Subject:** Re: 4/16 - Continuation of Blessy Johns

Thanks Marlene and I again appreciate the professional courtesy.
Lucas is not available on Monday or Tuesday. Want me to see if
Kota is available to keep things moving?

Ernie Koschineg, Esq.
CIPRIANI & WERNER, P.C.

450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
T: (610)862-1928 (direct)
C: (610)220-7898
F: (610)567-0712
Ekoschineg@c-wlaw.com
**EMERGENCY CYBER HOTLINE: 833-63-CYBER (2923) or
CWCYBER@C-WLAW.COM**

On Apr 21, 2021, at 11:57 AM, Marlene
Goldenberg <mjgoldenberg@goldenberglaw.com>
wrote:

Hi Ernie,

I hope your daughter's surgery went well today. I had
a different deposition that was scheduled for Monday
just get pushed. Do you think we could schedule
Steve Lucas for Monday and Tuesday?

I am still trying to move a few things around for Kota
but hope to get you some thoughts on that one
shortly.

Thanks,

Marlene

**Marlene J. Goldenberg • Partner**
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402
Direct: (612) 436-5028 • Toll-Free: (855) 333-4662 X528 • Fax: (612) 367-8107
email • website • bio

**From:** Ernest Koschineg <EKoschineg@c-wlaw.com>
**Sent:** Tuesday, April 20, 2021 11:31 AM
**To:** Marlene Goldenberg
<mjgoldenberg@goldenberglaw.com>
**Subject:** Re: 4/16 - Continuation of Blessy Johns

Thank you again.

Ernie Koschineg, Esq.
CIPRIANI & WERNER, P.C.
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
T: (610)862-1928 (direct)
C: (610)220-7898
F: (610)567-0712
Ekoschineg@c-wlaw.com

**EMERGENCY CYBER HOTLINE: 833-63-CYBER (2923) or** [CWCYBER@C-WLAW.COM](CWCYBER@C-WLAW.COM)

On Apr 20, 2021, at 12:26 PM, Marlene Goldenberg <[mjgoldenberg@goldenberglaw.com](mjgoldenberg@goldenberglaw.com)> wrote:

Her Ernie,

My call just ended earlier than expected. I tried calling you but got your voicemail. My cell is 612-308-6551. Feel free to give me a call when you can.

Thanks,

Marlene

**Marlene J. Goldenberg • Partner**
GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402
Direct: (612) 436-5028 • Toll-Free: (855) 333-4662 X528 • Fax: (612) 367-8
email • website • bio

---

**From:** Ernest Koschineg <[EKoschineg@c-wlaw.com](EKoschineg@c-wlaw.com)>
**Sent:** Tuesday, April 20, 2021 11:21 AM
**To:** Marlene Goldenberg <[mjgoldenberg@goldenberglaw.com](mjgoldenberg@goldenberglaw.com)>
**Subject:** Re: 4/16 - Continuation of Blessy Johns

Thanks. It's my daughter. Please call my cell when free. (610)220-7898

Ernie Koschineg, Esq.
CIPRIANI & WERNER, P.C.
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
T: (610)862-1928 (direct)
C: (610)220-7898
F: (610)567-0712
[Ekoschineg@c-wlaw.com](Ekoschineg@c-wlaw.com)
**EMERGENCY CYBER HOTLINE: 833-63-CYBER (2923) or** [CWCYBER@C-WLAW.COM](CWCYBER@C-WLAW.COM)

On Apr 20, 2021, at
12:20 PM, Marlene
Goldenberg
<mjgoldenberg@gold
enberglaw.com>
wrote:


Hi Ernie,

I'm on a call but can
call you as soon as I'm
done (probably in
about 30 minutes) if
that works. I hope
you're all right.

**Marlene J. Goldenberg • Partner**
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402
Direct: (612) 436-5028 • Toll-Free: (855) 333-4662 X528 • Fax: (61
email • website • bio

---

**From:** Ernest Koschineg
<EKoschineg@c-
wlaw.com>
**Sent:** Tuesday, April 20,
2021 11:19 AM
**To:** Marlene
Goldenberg
<mjgoldenberg@golde
nberglaw.com>
**Subject:** Re: 4/16 -
Continuation of Blessy
Johns

Hi Marlene,

Are you available for
a quick call? I have a
personal emergency
that I need to address
with you. Thanks.

Ernie Koschineg, Esq.
CIPRIANI &
WERNER, P.C.
450 Sentry Parkway,
Suite 200
Blue Bell, PA 19422
T: (610)862-1928
(direct)

7

C: (610)220-7898

F: (610)567-0712

Ekoschineg@c-wlaw.com

**EMERGENCY CYBER HOTLINE: 833-63-CYBER (2923) or**

**CWCYBER@C-WLAW.COM**

On Apr 15, 2021, at 4:48 PM, Marlene Goldenberg <mjgoldenberg@goldenberglaw.com> wrote:

Hi Guys,

No, we will not be moving forward tomorrow. We need more than one day to review the newly

produced documents and will need to reschedule on a different day.

Thanks,

Marlene

Sent from my iPhone

On Apr 15, 2021, at 3:43 PM, Sche

9

duling <Scheduling@golkow.com> wrote:

Good afternoon M

arlene,

Please confirm the continuation of Blessy Johns will

I be moving forward tomorrow.

Thank you!

**OniYap** *Schedulin*

*gCoordinator* One Liberty Place 1650 Market Street, Suit

e5150 Philadelphia, Pennsylvania 19103 www.Golkow.com |

215.717.7797 | 877.370.DEPS | OYap@golkow.com