# EXHIBIT 6

| | |
|---|---|
| **From:** | Marlene Goldenberg <mjgoldenberg@goldenberglaw.com> |
| **Sent:** | Wednesday, April 14, 2021 5:12 PM |
| **To:** | Ernest Koschineg |
| **Cc:** | Ashleigh Raso; Ben Stellpflug; Jessica Heinz |
| **Subject:** | Re: Blessy Johns Deposition |

Yes, we are. We will of course leave this deposition open, given the new production that we will not be able to load tonight, but we can deal with that later.

Thanks,

Marlene



**Marlene J. Goldenberg • Partner**
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402
Direct: (612) 436-5028 • Toll-Free: (855) 333-4662 X528 • Fax: (612) 367-8107
email • website • bio

---

**From:** Ernest Koschineg
**Sent:** Wednesday, April 14, 2021 4:08 PM
**To:** Marlene Goldenberg
**Cc:** Ashleigh Raso ; Ben Stellpflug ; Jessica Heinz
**Subject:** Re: Blessy Johns Deposition

Marlene,

Are we going forward tomorrow?

Thanks,

-Ernie

Ernie Koschineg, Esq.
CIPRIANI & WERNER, P.C.
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
T: (610)862-1928 (direct)
C: (610)220-7898
F: (610)567-0712
Ekoschineg@c-wlaw.com
**EMERGENCY CYBER HOTLINE: 833-63-CYBER (2923) or CWCYBER@C-WLAW.COM**

> On Apr 13, 2021, at 5:54 PM, Marlene Goldenberg wrote:
>
> Thanks, Ernie. I hope you're feeling all right as well.

1

**Marlene J. Goldenberg • Partner**
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402
Direct: (612) 436-5028 • Toll-Free: (855) 333-4662 X528 • Fax: (612) 367-8107
email • website • bio

---

**From:** Ernest Koschineg
**Sent:** Tuesday, April 13, 2021 4:52 PM
**To:** Marlene Goldenberg
**Cc:** Ashleigh Raso ; Ben Stellpflug ; Jessica Heinz
**Subject:** Re: Blessy Johns Deposition

Sounds good Marlene. Good luck with the shot and I totally understand if we need to reschedule. I just had mine. See you Thursday.

-Ernie

Ernie Koschineg, Esq.
CIPRIANI & WERNER, P.C.
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
T: (610)862-1928 (direct)
C: (610)220-7898
F: (610)567-0712
Ekoschineg@c-wlaw.com
**EMERGENCY CYBER HOTLINE: 833-63-CYBER (2923) or CWCYBER@C-WLAW.COM**

> On Apr 13, 2021, at 5:49 PM, Marlene Goldenberg wrote:
>
> Ernest,
>
> I understand that you will be defending the deposition of Blessy Johns. I wanted to let you both know that I am getting my second COVID shot tomorrow morning and am planning to do everything I can to ensure we can move forward on Thursday. In the event that we have any issues, I'll of course let you know, but for now, I look forward to meeting you (at least via zoom) on Thursday morning.
>
> Thanks,
>
> Marlene
>
> **Marlene J. Goldenberg • Partner**
> **GOLDENBERGLAW, PLLC**
> 800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402
> Direct: (612) 436-5028 • Toll-Free: (855) 333-4662 X528 • Fax: (612) 367-8107
> email • website • bio