## **CERTIFICATE OF SERVICE**

I hereby certify that on this date copies of Aurobindo Defendants' Response in Opposition to Plaintiffs' Motion to Strike and Suppress All of Aurobindo's Defenses and supporting documents have been served via ECF upon counsel for Plaintiffs and all counsel of record in the Court's electronic filing system.

Date: May 7, 2021

                                                */s/ John P. Lavelle, Jr.*
                                                John P. Lavelle, Jr.