**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

|  |  |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | No. 19-md-2875-RBK-KW<br><br>Honorable Robert Kugler<br>Magistrate Karen Williams<br>Special Master Thomas Vanaskie<br><br>**PLAINTIFFS' NOTICE OF MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS WITHHELD AS CHINESE STATE SECRETS** |

To:     Seth A. Goldberg
        Duane Morris LLP
        30 South 17th Street
        Philadelphia, Pennsylvania 19103-4196

PLEASE TAKE NOTICE that on a date as soon as June 7, 2021, or as soon thereafter as

counsel may be heard, Plaintiffs, by and through their undersigned counsel, shall move before the

Honorable Robert B. Kugler, the Honorable Karen M. Williams, and the Honorable Special Master

Thomas I. Vanaskie, for an ORDER compelling the production of documents withheld as Chinese

state secrets, or alternatively for other relief as specified in Plaintiffs' memorandum of law.

Dated: May 10, 2021                              Respectfully Submitted,

*/s/ Ruben Honik*                                */s/ Daniel Nigh*
Ruben Honik                                      Daniel Nigh
GOLOMB & HONIK, P.C.                             LEVIN, PAPANTONIO, THOMAS, MITCHELL
1835 Market Street, Ste. 2900                     RAFFERTY & PROCTOR, P.A.
Philadelphia, PA 19103                           316 South Baylen Street
Phone (215) 985-9177                             Pensacola, FL 32502
rhonik@golombhonik.com                           Phone: (850) 435-7013
                                                 dnigh@levinlaw.com

| | |
|---|---|
| /s/ Adam Slater | /s/ Conlee S. Whiteley |
| Adam Slater | Conlee S. Whiteley |
| MAZIE, SLATER, KATZ & FREEMAN, LLC | KANNER & WHITELEY, LLC |
| 103 Eisenhower Pkwy, 2nd Flr. | 701 Camp Street |
| Roseland, NJ 07068 | New Orleans, LA 70130 |
| Phone (973) 228-9898 | Phone: (504)-524-5777 |
| aslater@mazieslater.com | c.whiteley@kanner-law.com |

**Counsel for Plaintiffs**