IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | MDL No. 19-2875 (RBK/KW) |

## [PROPOSED] SPECIAL MASTER ORDER NO. __

Having reviewed Plaintiffs' motion to compel the production of documents withheld as Chinese state secrets as well as Defendants' opposition,

It is hereby ORDERED this ___ day of June, 2021 that Plaintiffs' request is **GRANTED**. Within two days of the date of this order, ZHP must produce documents 3, 8, 9, 10, 12, 13, 21, 29, 30, 33, 39, 56, 61, 64, 65, 67, 68, 69, 70, 79, 81, 82, 88, and all documents listed as duplicates of these documents on its log of documents withheld as Chinese state secrets.

_____
Hon. Thomas I. Vanaskie (Ret.)
Special Master