# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | No. 19-md-2875-RBK-KW<br><br>Honorable Robert Kugler<br>Magistrate Karen Williams<br>Special Master Thomas Vanaskie<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on May 10, 2021, a true and correct copy of Plaintiffs' notice of motion to compel the production of documents withheld as Chinese state secrets, supporting memorandum of law, supporting certification of Adam M. Slater, including exhibits, and proposed order were filed and served upon all counsel via operation of the CM/ECF system for the United States District Court for the District of New Jersey.

Dated: May 10, 2021.

Respectfully Submitted,

Adam M. Slater (NJ Bar 046211993)
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway, 2nd Floor
Roseland, New Jersey 07068
Tel.: 973-228-9898
Fax: 973-228-0303
aslater@mazieslater.com
*Attorneys for Plaintiffs*