# Exhibit C

**From:** harkinss@gtlaw.com <harkinss@gtlaw.com>
**Sent:** Monday, January 27, 2020 3:04 PM
**To:** Layne Hilton <l.hilton@kanner-law.com>; rubensteinb@gtlaw.com; lockardv@gtlaw.com
**Cc:** valpec@kirtlandpackard.com; SAGoldberg@duanemorris.com; AWaleko@duanemorris.com; JPriselac@duanemorris.com; CohenL@gtlaw.com; rubensteinb@gtlaw.com; CCT@pietragallo.com; JMR@pietragallo.com; bee.nagle@kirkland.com; alexia.brancato@kirkland.com; BASchwartz@duanemorris.com; rblanton@hkmpp.com; JPoletto@hkmpp.com; JHeinz@c-wlaw.com; Megan.Grossman@lewisbrisbois.com; Andrew.Albero@lewisbrisbois.com; FHS@pietragallo.com; dlesli.davis@nortonrosefulbright.com; AKaplan@crowell.com; Sarah.Johnston@btlaw.com; Matt.Knepper@huschblackwell.com
**Subject:** RE: In re Valsartan (Teva Pill Preservation)

Layne,

We can confirm on behalf of the Teva Defendants that no recalled products have been destroyed as of today, January 27, 2020.

Best,

**Steven M. Harkins**
Associate

Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T +1 678.553.2312   |  F +1 678.553.2441
harkinss@gtlaw.com   |   www.gtlaw.com   |   View GT Biography

**GT GreenbergTraurig**

**From:** Layne Hilton [mailto:l.hilton@kanner-law.com]
**Sent:** Thursday, January 23, 2020 8:10 PM
**To:** Rubenstein, Brian (Shld-PHIL-LT) <rubensteinb@gtlaw.com>; Lockard, Victoria D. (Shld-Atl-LT) <lockardv@gtlaw.com>; Harkins, Steven M. (Assoc-ATL-LT) <harkinss@gtlaw.com>
**Cc:** 'valpec@kirtlandpackard.com' <valpec@kirtlandpackard.com>; 'Goldberg, Seth A.' <SAGoldberg@duanemorris.com>; 'Waleko, Alexandra' <AWaleko@duanemorris.com>; 'JPriselac@duanemorris.com' <JPriselac@duanemorris.com>; Cohen, Lori (Shld-Atl-LT) <CohenL@gtlaw.com>; Rubenstein, Brian (Shld-PHIL-LT) <rubensteinb@gtlaw.com>; Harkins, Steven M. (Assoc-ATL-LT) <harkinss@gtlaw.com>; 'CCT@pietragallo.com' <CCT@pietragallo.com>; 'JMR@pietragallo.com' <JMR@pietragallo.com>; 'Nagle, Brittney <bee.nagle@kirkland.com>

([bee.nagle@kirkland.com](bee.nagle@kirkland.com))' <[bee.nagle@kirkland.com](bee.nagle@kirkland.com)>; 'alexia.brancato@kirkland.com' <[alexia.brancato@kirkland.com](alexia.brancato@kirkland.com)>; 'BASchwartz@duanemorris.com' <[BASchwartz@duanemorris.com](BASchwartz@duanemorris.com)>; 'rblanton@hkmpp.com' <[rblanton@hkmpp.com](rblanton@hkmpp.com)>; 'Poletto, Janet L.' <[JPoletto@hkmpp.com](JPoletto@hkmpp.com)>; 'JHeinz@c-wlaw.com' <[JHeinz@c-wlaw.com](JHeinz@c-wlaw.com)>; 'Megan.Grossman@lewisbrisbois.com' <[Megan.Grossman@lewisbrisbois.com](Megan.Grossman@lewisbrisbois.com)>; 'Andy Albero ([Andrew.Albero@lewisbrisbois.com](Andrew.Albero@lewisbrisbois.com))' <[Andrew.Albero@lewisbrisbois.com](Andrew.Albero@lewisbrisbois.com)>; 'Frank H. Stoy' <[FHS@Pietragallo.com](FHS@Pietragallo.com)>; 'dlesli.davis@nortonrosefulbright.com' <[dlesli.davis@nortonrosefulbright.com](dlesli.davis@nortonrosefulbright.com)>; 'AKaplan@crowell.com' <[AKaplan@crowell.com](AKaplan@crowell.com)>; 'Johnston, Sarah' <[Sarah.Johnston@btlaw.com](Sarah.Johnston@btlaw.com)>; 'Knepper, Matt <[Matt.Knepper@huschblackwell.com](Matt.Knepper@huschblackwell.com)> ([Matt.Knepper@huschblackwell.com](Matt.Knepper@huschblackwell.com))' <[Matt.Knepper@huschblackwell.com](Matt.Knepper@huschblackwell.com)>

**Subject:** In re Valsartan (Teva Pill Preservation)

***EXTERNAL TO GT***

Counsel:

We write further to Plaintiffs' request for recalled pill preservation.

Plaintiffs seek confirmation about whether Teva has destroyed any recalled product that was returned to it by its consignees pursuant to the FDA's recall, or in Teva's possession at the time of the recall.

As of December 18, 2019, Teva indicated that it had "initiated a legal hold on destroying ARB drug products that are recalled..." *See* TEVA-MDL2875-00014719.  However, this legal hold was only first conveyed to the FDA on August 8, 2019.  *See* TEVA-MDL2875-00015129.  Indeed, in the months prior to August 8, 2019, Teva repeatedly requested authorization to proceed with destruction.  *See, e.g.,* TEVA-MDL2875-00014832 (January 4, 2019, email asking for authorization to proceed with destroying recalled merchandise), TEVA-MDL2875-00014767 (March 30, 2019, email asking for authorization to destroy these recalled goods).  On April 1, 2019, the FDA provided Teva with approval to proceed with destruction.  See TEVA-MDL2875-00014761.

Consequently, Plaintiffs request confirmation that either a) no recalled products have been destroyed as of today, January 23, 2020, or b) Teva destroyed some recalled product prior to August 8, 2019.

If Teva did, indeed, destroy some amount of recalled product prior to the August 8, 2019, Plaintiffs further request a date certain by which Teva will produce documents sufficient to identify the lot, batch, NDC number, destruction date and witnesses to that destruction for all destroyed product, as well as documents sufficient to show the lot, batch, and NDC code of the undestroyed product currently in Teva's possession, custody or control, or in the possession of consignees, including but not limited to, Defendants McKesson, AmerisourceBergen and Cardinal and others.

Please provide the above confirmation by close of business on Monday, January 27, 2020.

Best,

Layne

Layne Hilton
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA  70130
(504) 524-5777 voice
(504) 524-5763  fax
www.kanner-law.com

_____
THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE. _____

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.