# Exhibits D & E

      In accordance the Court's Confidentiality and Protective Order, Plaintiffs have not filed these Exhibits on the docket. Plaintiffs will forward the Exhibits to the Court directly via email for its in camera review.