# Exhibit KK

## Contact

www.linkedin.com/in/subba-raju-manthena-20678a10 (LinkedIn)

## Top Skills

GMP
Sop
GLP

## Languages

Hindi (Professional Working)
English (Full Professional)
Telugu (Native or Bilingual)

# Subba Raju Manthena

Seneior General Manager at Hazelo Lab
West Godavari

## Experience

**Hazelo lab**
Senior General Manager
April 2019 - Present (2 years 2 months)
Hyderabad Area, India

**Aurobindo Pharma**
General Manager-Manufacturing
January 2016 - March 2019 (3 years 3 months)

**Mylan Laboratories Limited**
Deputy General Manager
September 2011 - January 2016 (4 years 5 months)

Responsible for production activities at Unit-1

**CTX Life Sciences Pvt. Limited**
General Manger
March 2007 - November 2010 (3 years 9 months)

Responsible for production activities

**Aurobindo Pharma Limited**
Dy.Manager-Corporate Quality Assurance
January 2005 - April 2007 (2 years 4 months)

Co-ordinates with the plants for regulatory audit preparation

**Neuland Laboratories Limited**
Executive
1995 - 2005 (10 years)

---

## Education

Madhya Pradesh Bhoj (Open) University
M.Sc, Chemistry · (2004 - 2005)

A.R.K.R.Muncipal School

X th class, maths · (1979 - 1984)