# Exhibit LL

## Contact

www.linkedin.com/in/srinivasa-reddy-alla-2b07112a (LinkedIn)

## Top Skills

Leadership
Microsoft Excel
GMP

# Srinivasa Reddy Alla

General Manager - Warehouse at Natco Pharma Limited - India
Hyderabad

## Summary

24 years sound experience in Pharma API industry. Very good experience in Warehouse operations, GMP, Data integrity, SAP, Regulatory audits like FDA, Health Canada, ANVISA, KFDA, Coffepris - Mexico, EMA, CDSCO, TGA etc, Customer audits, 5S, Kaizen, Safety & Team development.

---

## Experience

**Natco Pharma Limited - India**
General Manager-Warehouse
July 2019 - Present (1 year 11 months)
Hyderabad, Telangana, India

**AUROBINDO PHARMA LIMITED**
DGM - Warehouse
March 2018 - July 2019 (1 year 5 months)
Vizag

**Apotex pharmachem India Pvt Ltd**
Head-Warehouse (Leader)
July 2015 - March 2018 (2 years 9 months)
Bangalore

Responsible for warehouse activities

**Jubilant Generics Ltd**
Head - Warehouse
April 2013 - June 2015 (2 years 3 months)
Mysore

Responsible for warehouse activities.

**Ecologic chemicals Ltd (Dr Reddys)**
Manager - Warehouse (Head)
December 2010 - March 2013 (2 years 4 months)
Visakhapatnam, Andhra Pradesh, India

Hetero Labs Ltd
Asst Manager - Warehouse
June 2009 - December 2010 (1 year 7 months)
Hyderabad Area, India

Dr Reddy's Laboratories Ltd
Sr Executive - Warehouse
December 1995 - May 2009 (13 years 6 months)
Hyderabad Area, India

---

# Education

Nagarjuna University