# Exhibit PP

## Valsartan / Aurobindo Pharma Ltd. custodians

Jessica Heinz <JHeinz@c-wlaw.com>
Wed 3/24/2021 12:19 PM

**To:** Marlene Goldenberg <mjgoldenberg@goldenberglaw.com>
**Cc:** 'Layne Hilton' <l.hilton@kanner-law.com>; 'Andrew Obergfell' <aobergfell@bursor.com>; 'Sara Papantonio' <spapantonio@levinlaw.com>; Ben Stellpflug <bstellpflug@goldenberglaw.com>; Ruben Honik <ruben@honiklaw.com>; Ashleigh Raso <araso@meshbesher.com>; David J. Stanoch <d.stanoch@kanner-law.com>; Daniel Nigh <dnigh@levinlaw.com>

Marlene,

Please see below regarding the Lantech-focused custodians:

|  | Name | Designation | Category |
|---|---|---|---|
| 1. | Mr. Kesava Reddy | Vice President-Outsourcing | contracting with Lantech |
| 2. | Mr. Ashok Reddy | Assistant General Manager-CQA | due diligence on Lantech, providing technical specifications to Lantech |
| 3. | Mr. Nagaraju | Deputy Manager-QA | investigating issues |

Additionally,

|  | Name | Department | Category |
|---|---|---|---|
| 1. | MV Subba Raju | Manufacturing | due diligence on Lantech, contracting with Lantech |
| 2. | T Rajasekhar Reddy | Manufacturing | due diligence on Lantech, contracting with Lantech |
| 3. | P. Sateesh Kumar | Manufacturing, Science, and Technology | investigating issues |
| 4. | GV Srinivasa Sudhakar Varma | Engineering & Utility | investigating issues |
| 5. | N Somasundaram | Quality Control | investigating issues |
| 6. | A Srinivasa Reddy | Warehouse | due diligence on Lantech, contracting with Lantech |
| 7. | R Srinivasa Rao | Quality Assurance | investigating issues |
| 8. | A Srikanth | Quality Assurance | investigating issues |

Please be advised that there may be some crossover in the testimony. This is the best we can do to respond to Plaintiffs' request at this time.

Best regards,
Jessica

### JESSICA M. HEINZ | Partner

### CIPRIANI & WERNER PC

450 SENTRY PARKWAY, SUITE 200 | BLUE BELL, PA 19422
(610) 567-0700 (MAIN)     | www.c-wlaw.com
(610) 862-1929 (DIRECT) | jheinz@c-wlaw.com

PENNSYLVANIA  •  NEW JERSEY  •  WEST VIRGINIA  •  DELAWARE  •  MARYLAND  •  WASHINGTON DC  •  NEW YORK  •  VIRGINIA  •  GEORGIA

* CONFIDENTIALITY NOTICE *
This message is intended for the use of the individual or entity to whom and/or which it is addressed, and may contain information that is privileged, confidential, and prohibited from disclosure under either federal or state law, or court order. If you are not the intended recipient, or authorized agent of the intended recipient, of this electronic communication is strictly prohibited. If you have received this communication in error, please immediately delete this message and all its attachments and notify the sender of your receipt by reply email.