# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |

THIS DOCUMENT RELATES TO:
Case No. 1:20-cv-00683,
*Fields v. Prinston Pharmaceutical Inc., et. al.*

### NOTICE OF CANCELLATION OF VIDEOTAPED DEPOSITION OF PLAINTIFF TIVIS FIELDS

YOU ARE HEREBY NOTIFIED that the deposition of **Tivis Fields** scheduled for **9:00 A.M. EDT** on **Wednesday May 12, 2021** is hereby cancelled. The deposition will be reset to a mutually agreeable date and time.

Date: May 11, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*s/ Nathan B. Reeder*
　　　　　　　　　　　　　　　　　　Nathan B. Reeder (Pa. Bar No. 324954)
　　　　　　　　　　　　　　　　　　DUANE MORRIS LLP
　　　　　　　　　　　　　　　　　　30 South 17th Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103-4196
　　　　　　　　　　　　　　　　　　Tel: (215) 979-1985
　　　　　　　　　　　　　　　　　　Fax: (215) 405-2613
　　　　　　　　　　　　　　　　　　Email: nbreeder@duanemorris.com

　　　　　　　　　　　　　　　　　　*Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2021, a true and correct copy of the foregoing Notice of Cancellation of Videotaped Deposition of Plaintiff Tivis Fields was served upon all counsel of record via CM/ECF. I further certify that a copy of the foregoing was served on the following counsel by email on May 11, 2021:

Sejal Brahmbhatt (counsel for Plaintiff Fields)

Adam Slater, Esq. (via email, for distribution to Plaintiffs' Counsel)

Daniel A. Nigh, Esq. (via email)

Ruben Honik, Esq. (via email)

David Stanoch, Esq. (via email)

Conlee Whiteley, Esq. (via email)

Seth A. Goldberg, Esq. (via email)

Jessica Priselac, Esq. (via email)

Clem C. Trischler, Esq. (via email)

Sarah E. Johnston, Esq. (via email)

*s/ Nathan B. Reeder*
Nathan B. Reeder