IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>*This Document Relates to All Actions* )<br>)<br>)<br>)<br>) | MDL No. 2875<br>Honorable Robert B. Kugler<br><br><br><br>NOTICE OF APPEARANCE<br>OF COUNSEL |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of John Davis of Crowell & Moring LLP on this Court's MDL master docket on behalf of Defendants Cardinal Health, Inc. and The Harvard Drug Group, L.L.C. d/b/a Major Pharmaceuticals. Counsel has complied with the ECF requirements for this Court and has received a personal ID and password.

By entering this appearance, Defendants Cardinal Health, Inc. and The Harvard Drug Group, L.L.C. d/b/a Major Pharmaceuticals specifically preserve all defenses, including but not limited to service and personal jurisdiction, in any individual case in which any are named that is currently pending in this MDL or that may subsequently transferred to or consolidated with MDL 2875.

Dated: May 13, 2021

Respectfully submitted,

*/s/ John Davis*
John Davis
Crowell & Moring LLP
590 Madison Avenue
New York, NY 10022
(212) 895-4204 (tel.)
(212) 223-4134 (fax)
jdavis@crowell.com

Counsel for Defendants Cardinal Health, Inc. and The Harvard Drug Group, L.L.C. d/b/a Major Pharmaceuticals

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2021 I filed the foregoing Notice of Appearance electronically through the CM/ECF system, which will send notice of filing to all CM/ECF participants.

*/s/ John Davis*
John Davis