# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No.: 19-02875 (RBK/KMW) |

## WITHDRAWAL OF APPEARANCE

The undersigned withdraws his appearance in the above-captioned matter on behalf of Defendants Huahai U.S. Inc., Prinston Pharmaceutical Inc., Solco Healthcare U.S., LLC, and Zhejiang Huahai Pharmaceutical Co. Ltd.

Dated: May 14, 2021

*s/ Nathan B. Reeder*
Nathan B. Reeder (Pa. Bar No. 324954)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Tel: (215) 979-1985
Fax: (215) 405-2613
Email: nbreeder@duanemorris.com

*Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2021, I electronically filed the foregoing Withdrawal of Appearance with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*s/ Nathan B. Reeder*
Nathan B. Reeder
