# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master<br><br>**NOTICE OF CROSS MOTION FOR PROTECTIVE ORDER** |

TO:   Adam M. Slater, Esq.
      Plaintiffs' Liaison Counsel
      Mazie Slater Katz & Freeman, LLC
      103 Eisenhower Parkway
      Roseland, NJ 07068

**PLEASE TAKE NOTICE** that on June 7, 2021, or as soon thereafter as counsel may be heard, Defendants Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP"), Prinston Pharmaceutical Inc. ("Prinston"), Solco Healthcare US, LLC ("Solco"), and Huahai U.S. Inc. ("Huahai U.S.", and collectively with ZHP, Prinston, and Solco, "the ZHP Parties"), by and through their counsel in the above-captioned action, Duane Morris LLP, shall move before the Honorable Thomas Vanaskie (Ret.), Special Discovery Master to the United States District Court for the District of New Jersey, for entry of a Protective Order precluding the production of the custodial file of Baohua Chen.

**PLEASE TAKE FURTHER NOTICE** that in support of this cross motion, the ZHP Parties shall rely on the accompanying Brief in Opposition to Plaintiffs' Motion to Compel the Custodial File of Baohua Chen and in support of their Cross Motion for Protective Order.

**PLEASE TAKE FURTHER NOTICE** that, for the Court's convenience, a proposed form of Order pursuant to Local Civil Rule 5.3(c)(6), is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys for the ZHP Parties request oral argument on this cross motion.

**PLEASE TAKE FURTHER NOTICE** that a Certificate of Service attesting to the date and manner of service is submitted herewith.

Dated: May 14, 2021

                        Respectfully submitted,

                        */s/ Seth A. Goldberg*
                            Seth A. Goldberg, Esq.
                            *Lead Counsel and Liaison*
                            *Counsel for Defendants*

DUANE MORRIS LLP

Seth A. Goldberg, *Lead Counsel and Liaison Counsel for Defendants*
30 South 17th Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com

                        *Attorneys for Zhejiang Huahai Pharmaceutical Co, Ltd., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*