UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master<br><br>**[PROPOSED] ORDER GRANTING CROSS MOTION FOR PROTECTIVE ORDER** |

**THIS MATTER** having come before Court upon Plaintiffs' Motion to Compel the Custodial File of Baohua Chen and the ZHP Parties' Cross Motion for Protective Order Precluding the Production of the Custodial File of Baohua Chen, on notice to liaison counsel for Plaintiffs, and the Court having considered the parties' submissions; and for good cause shown:

It is, on this _____ day of _____ 2021,

**ORDERED AND ADJUDGED** that Plaintiffs' Motion to Compel the Custodial File of Baohua Chen is **DENIED IN FULL**;

IT IS FURTHER ORDERED that the ZHP Parties' Cross Motion for Protective Order Precluding the Production of the Custodial File of Baohua Chen is **GRANTED IN FULL** and the custodial file of Baohua Chen shall not be produced to Plaintiffs.

_____
Hon. Thomas Vanaskie (Ret.)
Special Discovery Master