# EXHIBIT G

## **Baohua Chen PRC Roles**

- **Deputy to the 13th National People's Congress (NPC)**

- **Member of the Standing Committee of the 16th People's Congress of Linhai City**

- **Vice President of Zhejiang Chamber of Commerce**

- **Standing Director of Zhejiang Pharmaceutical Association**

- **Standing Member of the 5th Taizhou Municipal Committee of the Chinese People's Political Consultative Conference (CPPCC)**

- **Chairman of Taizhou Federation of Industry and Commerce (General Chamber of Commerce)**

- **Member of the Fourth Council of Linhai Charity Federation**