# EXHIBIT H

| Volume No. | Date Sent | Bates Range | Source(s) | Replacement | Reason for Replacement Production | Date of Replacement with No Protected Designation for Applicable Bates Range(s) |
|---|---|---|---|---|---|---|
| **ZHP Defendants - Production Index** |
| *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 19-md-2875 |
| HUAHAI-US001 | 5/28/2019 | HUAHAI-US00000001 - HUAHAI-US00000056 | Non-custodial files (Insurance Documents) | N/A | N/A | N/A |
| PRINSTON001 | 6/27/2019 | PRINSTON00000001 - PRINSTON00073191 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| SOLCO001 | 6/27/2019 | SOLCO00000001 | Non-custodial files (Customer List) | N/A | N/A | N/A |
| PRINSTON002 | 7/1/2019 | PRINSTON00073192 - PRINSTON00073199 | FDA Submissions and Responses; Custodial files (Du, Jun, Zhu, Lesley) | N/A | N/A | N/A |
| HUAHAI-US002 | 7/15/2019 | HUAHAI-US00000057 - HUAHAI-US00000063 | Non-custodial files (Insurance Documents) | N/A | N/A | N/A |
| PRINSTON003 | 7/19/2019 | PRINSTON00073200 - PRINSTON00076492 | FDA Submissions and Responses | N/A | N/A | N/A |
| PRINSTON004 | 8/23/2019 | PRINSTON00076943 - PRINSTON00078999 | Non-custodial files (Regulatory Files); FDA Submissions and Responses | N/A | N/A | N/A |
| PRINSTON005 | 8/28/2019 | PRINSTON00079000 - PRINSTON00079002 | FDA Submissions and Responses; Custodial files (Du, Jun, Zhu, Lesley) | N/A | N/A | N/A |
| PRINSTON00079003 | 9/16/2019 | PRINSTON00079003 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| PRINSTON00079004 | 9/16/2019 | PRINSTON00079004 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| PRINSTON006 | 10/22/2019 | PRINSTON00079003 | Non-custodial files (Organization Chart) | N/A | N/A | N/A |
| ZHP001 | 10/22/2019 | ZHP00000001 - ZHP00000005 | Non-custodial files (Organization Chart) | N/A | N/A | N/A |
| ZHP002 | 10/25/2019 | ZHP00000006 - ZHP00000008 | Non-custodial files (Organization Chart) | N/A | N/A | N/A |
| N/A | 11/13/2019 | PRINSTON00073192 - PRINSTON00076492 | FDA Submissions and Responses | Yes (PRINSTON002, PRINSTON003) | Correcting bates and file format | N/A |
| N/A | 11/13/2019 | PRINSTON00079005 | Non-custodial files (Organization Chart) | Yes (PRINSTON006) | Correcting bates | N/A |
| PRINSTON007 | 11/13/2019 | PRINSTON00079006 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| PRINSTON008 | 11/13/2019 | PRINSTON00079007 - PRINSTON00080624 | Non-custodial files | N/A | N/A | N/A |
| ZHP003 | 12/2/2019 | ZHP00000009 - ZHP000000012 | Non-custodial files (Organization Chart) | N/A | N/A | N/A |
| SOLCO002 | 1/22/2020 | SOLCO00000002 - SOLCO00000580 | FDA Submissions and Responses; Custodial files (Du, Jun, Wang, Hai, Wang, Lijie, Gergis, remonda, Guo, Xiaodi, Liu, Tina, Wang, Minfa, Zhu, Lesley) | N/A | N/A | N/A |
| ZHP004 | 1/22/2020 | ZHP00000013 - ZHP00000146 | FDA Submissions and Responses; Custodial file (Du, Jun) | N/A | N/A | N/A |
| PRINSTON009 | 1/27/2020 | PRINSTON00080625 - PRINSTON00081540 | FDA Submissions and Responses | N/A | N/A | N/A |
| PRINSTON00081541 | 1/29/2020 | PRINSTON00081541 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| PRINSTON00081542 | 1/29/2020 | PRINSTON00081542 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| PRINSTON010 | 1/31/2020 | PRINSTON00081543 - PRINSTON00083049 | Non-custodial files (Regulatory Fies); FDA Submissions and Responses | N/A | N/A | N/A |
| ZHP005 | 1/31/2020 | ZHP00000147 - ZHP00007329 | Various | N/A | N/A | N/A |
| N/A | 1/31/2020 | Scattered | Non-custodial files; FDA Submissions and Responses | Yes (PRINSTON003, PRINSTON004) | Removing redactions | N/A |
| PRINSTON00083050 | 2/12/2020 | PRINSTON00083050 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| PRINSTON00083051 | 2/12/2020 | PRINSTON00083051 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| PRINSTON011 | 2/12/2020 | PRINSTON00083052 - PRINSTON00083059 | FDA Submissions and Responses | N/A | N/A | N/A |
| PRINSTON012 | 2/21/2020 | PRINSTON00083060 - PRINSTON00083063 | FDA Submissions and Responses | N/A | N/A | N/A |
| SOLCO003 | 2/21/2020 | SOLCO00000581 - SOLCO00000586 | Custodial files (FDA Correspondence) | N/A | N/A | N/A |
| PRINSTON00083064 | 3/12/2020 | PRINSTON00083064 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| PRINSTON00083065 | 3/12/2020 | PRINSTON00083065 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| PRINSTON00083066 | 3/12/2020 | PRINSTON00083066 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| PRINSTON00083067 | 3/12/2020 | PRINSTON00083067 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| PRINSTON013 | 3/12/2020 | PRINSTON00083068 - PRINSTON00083544 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| PRINSTON014 | 3/26/2020 | PRINSTON00083545 - PRINSTON00083561 | FDA Submissions and Responses | N/A | N/A | N/A |
| PRINSTON00083562 | 3/26/2020 | PRINSTON00083562 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| PRINSTON00083563 | 3/26/2020 | PRINSTON00083563 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| PRINSTON015 | 5/1/2020 | PRINSTON00083564 - PRINSTON00083682 | FDA Submissions and Responses; Custodial file (Du, Jun) | N/A | N/A | N/A |
| ZHP006 | 5/1/2020 | ZHP00007330 - ZHP00010348 | Custodial FDA Correspondence (Regulatory Files); Custodial file (Du, Jun, Ye, Jenson) | N/A | N/A | N/A |
| ZHP007 | 5/15/2020 | ZHP00010349 - ZHP00010356 | Non-custodial files (Sales and Pricing Information) | N/A | N/A | N/A |
| SOLCO004 | 5/15/2020 | SOLCO00000587 - SOLCO00005383 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| PRINSTON016 | 5/20/2020 | PRINSTON00083683 - PRINSTON00083847 | Non-custodial files; FDA Submissions and Responses | N/A | N/A | N/A |
| PRINSTON00083848 | 5/20/2020 | PRINSTON00083848 | Non-custodial files (ANDA Files) | N/A | N/A | N/A |
| ZHP008 | 5/21/2020 | ZHP00010357 | Non-custodial files (Sales and Pricing Information) | N/A | N/A | N/A |
| SOLCO005 | 5/21/2020 | SOLCO00005384 - SOLCO00005385 | Non-custodial files (Sales and Pricing Information) | N/A | N/A | N/A |
| SOLCO006 | 6/2/2020 | SOLCO000005386 - SOLCO00005387 | Non-custodial files (Sales and Pricing Information) | N/A | N/A | N/A |

| Production | Date | Bates Range | Description | Replacement | Notes | Other |
|---|---|---|---|---|---|---|
| ZHP009 | 6/2/2020 | ZHP00010358 - ZHP00010359 | Non-custodial files (Sales and Pricing Information) | N/A | N/A | N/A |
| ZHP010 | 6/3/2020 | ZHP00010360 - ZHP00011183 | Non-custodial files (Batch Records) | N/A | N/A | N/A |
| PRINSTON00083849 | 6/10/2020 | PRINSTON00083849 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| SOLCO007 | 6/30/2020 | SOLCO00005388 - SOLCO00005407 | Non-custodial files (Invoices) | N/A | N/A | N/A |
| ZHP011 | 7/6/2020 | ZHP00011184 - ZHP00011262 | Non-custodial files (Purchase Orders) | N/A | N/A | N/A |
| ZHP012 | 7/6/2020 | ZHP00011263 - ZHP00013159 | Non-custodial files (Invoices) | N/A | N/A | N/A |
| SOLCO008 | 7/9/2020 | SOLCO00005408 - SOLCO00005426 | Non-custodial files (Invoices) | N/A | N/A | N/A |
| ZHP013 | 7/15/2020 | ZHP00013160 - ZHP00063692 | Non-custodial files (ZHP Hardcopy Documents from Chuannan and Xunqiao) | N/A | N/A | N/A |
| SOLCO009 | 7/24/2020 | SOLCO0000527 - SOLCO00005439 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| PRINSTON017 | 7/24/2020 | PRINSTON00083850 - PRINSTON00083862 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| ZHP014 | 7/31/2020 | ZHP00063693 – ZHP00071545 | Non-custodial files (ZHP Hardcopy Documents from Chuannan and Xunqiao) | N/A | N/A | N/A |
| N/A | 8/10/2020 | N/A | N/A | Partial Replacement. Overlay files for Production Vols. ZHP011-ZHP014 | Supplementing three meta-data fields | N/A |
| ZHP015 | 8/28/2020 | ZHP00071546 – ZHP00076041 | Non-custodial files (Batch Records: 20 Yellow, Blue, and White Decks) | N/A | N/A | N/A |
| ZHP016 | 8/28/2020 | ZHP00076042 – ZHP00117715 | Custodial files (Jun Du, Remonda Gergis, Xiaodi Guo, Lijie Wang) | N/A | N/A | N/A |
| ZHP017 | 8/28/2020 | ZHP00117716 – ZHP00120312 | Non-custodial files (Nitrosamine Testing Records) | N/A | N/A | N/A |
| N/A | 9/14/2020 | Various ranges within ZHP00071546 – ZHP00075302 and ZHP00075785 – ZHP00076041. | Non-custodial files (Batch Records: Replacement of Certain Yellow and Blue Deck Images) | Yes (Partial Replacement of ZHP015) | Replacing certain TIF images with JPG images to make readable | N/A |
| N/A | 9/14/2020 | ZHP00117980 – ZHP00118032; ZHP00118681 – ZHP00118767 | Non-custodial files (Nitrosamine Testing Records) | Yes (Partial Replacement of ZHP017) | Replacing certain TIF images with JPG images to make readable | N/A |
| ZHP018 | 9/16/2020 | ZHP00120313 – ZHP00164474 | Non-custodial files (Batch Records: 180 Yellow, Blue, and White Decks; Replacement of First 20 White Decks) | N/A | N/A | N/A |
| ZHP019 | 9/16/2020 | ZHP00164475 – ZHP00201584 | Custodial files (Jenson Ye, Min Li, Jucai Ge, Caifeng Zhao, Peng Dong, Yuelin Hu, Qiangming Li, Lucy Lui) | N/A | N/A | N/A |
| ZHP020 | 9/29/2020 | ZHP00201585 – ZHP00236301 | Non-custodial files (Batch Records: Remaining White Decks) | N/A | N/A | N/A |
| ZHP021 | 10/2/2020 | ZHP00236302 – ZHP00243845 | Non-custodial files (Batch Records: Remaining Blue Decks) | N/A | N/A | N/A |
| PRINSTON018 | 10/26/2020 | PRINSTON00083863 – PRINSTON00216553 | Custodial files (Jun Du, Remonda Gergis, Xiaodi Guo, Lijie Wang, Minfa Wang, Guangyu Luo, Wei Tong, Lesley Zhu) | N/A | N/A | N/A |
| ZHP022 | 11/6/2020 | ZHP00243846 – ZHP00498435 | Non-custodial files (ZHP_API_RA_Backup1, ZHP_API_RA_Backup2, ZHP_API_RA_Share, ZHP_Network_Share); Custodial files (DONG_Peng, GE_Jucai, HU_Yuelin, LI_Min, LI_Qiangming, LIU_Yanfeng, WANG_Jie, YE_Cunxiao, ZHAO_Caifeng, CHEN_Baozhen, CHENG_Wei, ZHANG_Minli, LIN_Lihong, XU_Mi) | N/A | N/A | N/A |
| PRINSTON019 | 11/6/2020 | PRINSTON00216554 – PRINSTON00281462 | Non-custodial files (Groupshare); Custodial files (Jun Du, Remonda Gergis, Xiaodi Guo, Lijie Wang, Minfa Wang, Guangyu Luo, Wei Tong, Lesley Zhu) | N/A | N/A | N/A |
| ZHP023 | 11/9/2020 | ZHP00498436 – ZHP00561463 | Non-custodial files (Batch Records: Partial Production of Remaining Yellow Decks) | N/A | N/A | N/A |
| HUAHAI-US003 | 11/16/2020 | HUAHAI-US00000064 – HUAHAI-US00009919 | Custodial Files (John Iozzia) | N/A | N/A | N/A |
| PRINBURY001 | 11/20/2020 | PRINBURY00000001 – PRINBURY00014324 | Non-custodial files (Prinbury Hardcopy Documents from Shanghai) | N/A | N/A | N/A |
| SYNCORES001 | 11/20/2020 | SYNCORES00000001 – SYNCORES00000401 | Non-custodial files (Syncores Hardcopy Documents from Shanghai) | N/A | N/A | N/A |
| ZHP024 | 11/22/2020 | ZHP00561464 – ZHP00633572 | Non-custodial files (Batch Records: Remaining Yellow Decks) | N/A | N/A | N/A |
| SOLCO010 | 11/24/2020 | SOLCO00005440 – SOLCO00034969 | Custodial Files (Hai Wang, Chris Keith, David Ayres) | N/A | N/A | N/A |

| Volume | Date & Bates Range | Description | | | |
|---|---|---|---|---|---|
| ZHP025 | 11/28/2020 ZHP00633573 – ZHP01862626 | Non-custodial files (ZHP_API_RA_Backup1, ZHP_API_RA_Backup2, ZHP_API_RA_Share, ZHP_Network_Share); Custodial files (BAO_Chaohua, CAI_Minda, CHEN_Baozhen, CHEN_Wei, CHEN_Wenbin, CHEN_Yafei, CHEN_Yong, CHEN_Yuping, CHENG_Wei, DING_Zhizhang, DONG_Peng, GE_Jucai, HU_Wenping, HU_Yuelin, JIN_Yun, KUANG_Xiaxia, LI_Hongchao, LI_Min, LI_Qiangming, LI_Xiaoling, LIANG_Zunjun, LIN_Lihong, LIU_Xiaoming, LIU_Yanfeng, MENG_Yanhua, MENG_Zheng, TANG_Fengyang, TANG_Yinhua, TONG_Nan, WANG_Dongqin, WANG_Hui, WANG_Jie, WANG_Jun, WANG_Lingfang, WANG_Peng, WU_Tong, XIAO_Tan, XIONG_Ying, XU_Mi, XU_Min, XU_Weiwei, YAN_Fengfeng, YE_Cunxiao, YE_Jian, ZHANG_Minli, ZHANG_Tian, ZHANG_Wenling, ZHANG_Xianhua, ZHAO_Caifeng, ZHAO_Xiaohong, ZHENG_Youqing, ZHONG_Sheng, ZHOU_Qiang, ZHOU_Ting, ZHOU_Xiaohui, ZHU_Wenquan) | N/A | N/A | N/A |
| PRINBURY002 | 11/29/2020 PRINBURY00014325 – PRINBURY00142437 | Custodial Files (Eric Tsai, Sophia Tian, Tina Liu, Alex, Liu | N/A | N/A | N/A |
| SYNCORES002 | 11/29/2020 SYNCORES00000402 – SYNCORES00037089 | Custodial Files (Eric Gu, Jianguo An, Luning Huang) | N/A | N/A | N/A |
| HUAHAI-US004 | 11/30/2020 HUAHAI-US00009920 – HUAHAI-US00015702 | Custodial Files (John Iozzia) | N/A | N/A | N/A |
| PRINBURY003 | 11/30/2020 PRINBURY00142438 – PRINBURY00148198 | Custodial Files (Eric Tsai, Sophia Tian, Tina Liu, Alex, Liu | N/A | N/A | N/A |
| SYNCORES003 | 11/30/2020 SYNCORES00037090 – SYNCORES00040323 | Custodial Files (Eric Gu, Jianguo An, Luning Huang) | N/A | N/A | N/A |
| PRINSTON020 | 12/1/2020 PRINSTON00281463 – PRINSTON00366954 | Non-custodial files (Groupshare; Hardcopy documents); Custodial files (Jun Du, Remonda Gergis, Xiaodi Guo, Lijie Wang, Minfa Wang, Guangyu Luo, Wei Tong, Lesley Zhu) | N/A | N/A | N/A |
| SOLCO011 | 12/1/2020 SOLCO00034970 – SOLCO00189588 | Custodial Files (Hai Wang, Chris Keith, David Ayres) | N/A | N/A | N/A |
| ZHP026 | 12/1/2020 ZHP01862627 – ZHP02439625 | Non-custodial files (ZHP_API_RA_Backup1, ZHP_API_RA_Backup2, ZHP_API_RA_Share, ZHP_Network_Share); Custodial files (BAO_Chaohua, CAI_Minda, CHEN_Baozhen, CHEN_Wei, CHEN_Wenbin, CHEN_Yafei, CHEN_Yong, CHEN_Yuping, CHENG_Wei, DING_Zhizhang, DONG_Peng, GE_Jucai, HU_Wenping, HU_Yuelin, JIN_Yun, KUANG_Xiaxia, LI_Hongchao, LI_Min, LI_Qiangming, LI_Xiaoling, LIANG_Zunjun, LIN_Lihong, LIU_Xiaoming, LIU_Yanfeng, MENG_Yanhua, MENG_Zheng, TANG_Fengyang, TANG_Yinhua, TONG_Nan, WANG_Dongqin, WANG_Hui, WANG_Jie, WANG_Jun, WANG_Lingfang, WANG_Peng, WU_Tong, XIAO_Tan, XIONG_Ying, XU_Mi, XU_Min, XU_Weiwei, YAN_Fengfeng, YE_Cunxiao, YE_Jian, ZHANG_Minli, ZHANG_Tian, ZHANG_Wenling, ZHANG_Xianhua, ZHAO_Caifeng, ZHAO_Xiaohong, ZHENG_Gaozhe, ZHENG_Youqing, ZHONG_Sheng, ZHOU_Qiang, ZHOU_Ting, ZHOU_Xiaohui, ZHU_Wenquan) | N/A | N/A | N/A |
| ZHP027 | 12/1/2020 ZHP02439626 – ZHP02666948 | Non-custodial files (ZHP_API_RA_Backup1, ZHP_API_RA_Backup2, ZHP_Network_Share); Custodial files (BAO_Chaohua, CAI_Minda, CHEN_Baozhen, CHEN_Wei, CHEN_Wenbin, CHEN_Yafei, CHEN_Yong, CHEN_Yuping, CHENG_Wei, DING_Zhizhang, DONG_Peng, GE_Jucai, HU_Min, HU_Wenping, HU_Yuelin, JIN_Yun, KUANG_Xiaxia, LI_Hongchao, LI_Min, LI_Qiangming, LI_Xiaoling, LIANG_Zunjun, LIN_Lihong, LIU_Xiaoming, LIU_Yanfeng, MENG_Yanhua, MENG_Zheng, TANG_Fengyang, TANG_Yinhua, TONG_Nan, WANG_Dongqin, WANG_Hui, WANG_Jie, WANG_Jun, WANG_Lingfang, WANG_Peng, XIAO_Tan, XIONG_Ying, XU_Mi, XU_Min, XU_Weiwei, YAN_Fengfeng, YE_Cunxiao, YE_Jian, ZHANG_Minli, ZHANG_Tian, ZHANG_Wenling, ZHANG_Xianhua, ZHAO_Caifeng, ZHAO_Xiaohong, ZHENG_Gaozhe, ZHENG_Youqing, ZHONG_Sheng, ZHOU_Qiang, ZHOU_Ting, ZHOU_Xiaohui, ZHU_Wenquan) | N/A | N/A | N/A |
| N/A | 12/1/2020 N/A | N/A | Overlay files to replace "RECORD_TYPE" field meta-data for Production Vols. HUAHAI-US003, PRINSTON019, and ZHP022. | Correcting "RECORD_TYPE" meta-data for three Production Vols. | N/A |
| N/A | 12/1/2020 N/A | N/A | Overlay files and OCR text files for Production Vols. PRINSTON020, SOLCO011, ZHP026, and ZHP027. | Adding missing OCR text files for three Production Vols. | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/A | 12/2/2020 | N/A | N/A | Overlay file and certain native files for SOLCO010. | Adding missing native files for one Production Vol. | N/A |
| N/A | 12/2/2020 | N/A | N/A | Overlay file and certain native files for various Production Vols. | Adding missing native files for various Production Vols. | N/A |
| N/A | 12/31/2020 | N/A | N/A | Overlay and produced documents with revised confidentiality designations | Downgrading confidentiality designations for documents in various Production Vols. | N/A |
| N/A | 12/31/2020 | N/A | N/A | Overlay file and certain natively redacted Excel files for various Production Vols. | Adding missing native Excel files for various Production Vols. | N/A |
| ZHP028 | 12/31/2020 | ZHP02666949 – ZHP02671217 | Custodial Files (Xavier Tang) | N/A | N/A | N/A |
| ZHP029 | 1/22/2021 | ZHP02671218-ZHP02671531 | Custodial Files (CHEN_Baozhen, CHENG_Wei, GE_Jucai, LIN_Lihong, MENG_Yanhua, YE_Cunxiao, ZHAO_Xiaohong, DONG_Peng, HU_Yuelin, WANG_Peng, YAN_Fengfeng, WANG_Dongqin) | N/A | N/A | N/A |
| SOLCO012 | 1/22/2021 | SOLCO00189589-SOLCO00189596 | Custodial Files (Du_Jun, Wang_Hai) | N/A | N/A | N/A |
| HUAHAIUS-005 | 1/23/2021 | HUAHAI-US00015703-HUAHAI-US00015870 | Custodial Files (Iozzia_John, Wang_Hai) | N/A | N/A | N/A |
| PRINSTON021 | 1/23/2021 | PRINSTON00366955-PRINSTON00368873 | Custodial Files (Du_Jun, Gergis_Remonda, Guo_Xiaodi, Iozzia_John, Tong_Wei, Wang_Hai, Wang_Lijie, Wang_Minfa, Zhu_Lesley). Non-custodial files (Groupshare) | N/A | N/A | N/A |
| PRINSTON022 | 1/26/2021 | PRINSTON00368874-PRINSTON00451681 | Custodial Files (Ayres_David, Du_Jun, Gergis_Remonda, Gu_Zi-Qiang, Guo_Xiaodi, Iozzia_John, Keith_Chris, Wang_Hai, Wang_Lijie, Zhu_Lesley) | N/A | N/A | N/A |
| PRINSTON023 | 1/29/2021 | PRINSTON00451682-PRINSTON00463600 | Custodial File (Du_Jun) | N/A | N/A | N/A |
| PRINSTON024 | 1/29/2021 | PRINSTON00463601-PRINSTON00463625 | Custodial File (Tong, Wei) | N/A | N/A | N/A |
| PRINSTON025 | 1/31/2021 | PRINSTON00463626-PRINSTON00463784 | Custodial File (Gergis_Remonda, Wang, Minfa) | N/A | N/A | N/A |
| N/A | 1/31/2021 | PRINSTON00344532_001-PRINSTON00344547 | Custodial File (Gergis_Remonda) | Overlay file and certain native files for PRINSTON020. | Providing certain files that were previously withheld as "Other Product(s)" | N/A |
| PRINSTON026 | 2/5/2021 | PRINSTON00463785-PRINSTON00463787 | Custodial File (Wang, Hai) | N/A | N/A | N/A |
| PRINSTON027 | 2/5/2021 | PRINSTON00463788- PRINSTON00466878 | Custodial File (Du_Jun, Iozzia_John, Wang_Hai) | N/A | N/A | N/A |
| PRINSTON028 | 2/20/2021 | PRINSTON00466879- PRINSTON00469136 | Custodial File (Ayres, David, Du, Jun, Gergis, Remonda, Guo, Xiaodi, Iozzia, John, Keith, Chris, Luo, Guangyu, Tong, Wei, Wang, Hai, Wang, Lijie, Wang, Minfa, Zhu, Lesley) | N/A | N/A | N/A |
| ZHP030 | 2/20/2021 | ZHP02671532-ZHP02671545 | Custodial File (Tang, Fengyang) | N/A | N/A | N/A |
| SOLCO013 | 2/20/2021 | SOLCO00189597-SOLCO00189642 | Custodial File (Du, Jun, Keith, Chris, Wang, Hai) | N/A | N/A | N/A |
| HUAHAI-US006 | 2/20/2021 | HUAHAI-US00015871-HUAHAI-US00016059 | Custodial File (Iozzia, John) | N/A | N/A | N/A |
| HUAHAI-US007 | 3/2/2021 | HUAHAI-US00016060-HUAHAI-US00017158 | Non Custodial Files (FDA Submissions and Responses) | N/A | N/A | N/A |
| PRINSTON029 | 3/2/2021 | PRINSTON00469137-PRINSTON00469181 | Non Custodial Files (FDA Submissions and Responses) | N/A | N/A | N/A |
| SOLCO014 | 3/9/2021 | SOLCO00189643-SOLCO00189644 | Custodial File (Liu, Tina, Wang, Hai) | N/A | N/A | N/A |
| N/A | 3/9/2021 | N/A | N/A | Overlay and replacement documents with revised confidentiality designations | Amending confidentiality designations for documents in various Production Vols. | N/A |
| N/A | 3/9/2021 | N/A | N/A | Overlay and replacement documents with updated formatting and .jpg files. | Updating file formates and producing certain documents as .jpg files in response to Plaintiffs' request. | N/A |
| SOLCO015 | 3/9/2021 | SOLCO00189645-SOLCO00189707 | Custodial File (Ayres David, Du Jun, Wang, Hai) | N/A | N/A | N/A |
| PRINSTON030 | 3/9/2021 | PRINSTON00469182-PRINSTON00469232 | Custodial File (Zhu Lesley, Wang, Hai) | N/A | N/A | N/A |
| ZHP031 | 3/22/2021 | ZHP02671546-ZHP02671611 | Custodial File (Lin Lihong, Xiong Ying, Zhou Ting); Non-custodial files (ZHP_API_RA_Backup1, ZHP_API_RA_Backup2). | N/A | N/A | N/A |
| ZHP032 | 3/22/2021 | ZHP02671612-ZHP02671619 | Custodial File (Zheng, Youqing) | N/A | N/A | N/A |
| PRINSTON031 | 3/22/2021 | PRINSTON00469233-PRINSTON00469836 | Custodial File (Du, Jun, Gergis, Remonda, Wang, Minfa) | N/A | N/A | N/A |
| SOLCO016 | 3/22/2021 | SOLCO00189708-SOLCO00189726 | Custodial File (Wang, Hai) | N/A | N/A | N/A |
| ZHP033 | 3/23/2021 | ZHP02671620-ZHP02672675 | Custodial File (Chen, Baozhen, Li, Xiaoling, Zhang, Youqing, Zhu, Wenquan) | N/A | N/A | N/A |
| N/A | 3/24/2021 | N/A | N/A | Overlay file and certain native files for Prod. Vols. ZHP025, ZHP026 and ZHP027. | Producing documents to replace certain NR slipsheets. | N/A |
| ZHP034 | 3/27/2021 | ZHP02672676-ZHP02672676 | Custodial File (LIN, Lihong, ZHOU, Ting) | N/A | N/A | N/A |
| N/A | 3/27/2021 | N/A | N/A | Overlay file and certain native files for Prod. Vols. ZHP027 and SYNCORES003. | Downgrading PRC State Secrecy designations for documents in various Production Vols. | N/A |
| PRINSTON032 | 3/27/2021 | PRINSTON00469837-PRINSTON00469992 | Custodial File (Du, Jun, Gergis, Remonda) | N/A | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/A | 3/27/2021 | N/A | N/A | Overlay file and certain native files for Prod. Vols. ZHP025. | Producing documents to replace certain NR slipsheets in response to Plaintiffs' request. | N/A |
| N/A | 3/27/2021 | N/A | N/A | Overlay file and certain native files for Prod. Vols. ZHP026 and ZHP027. | Producing documents to replace certain NR slipsheets. | N/A |
| PRINSTON033 | 4/6/2021 | PRINSTON00469993-PRINSTON00470049 | Custodial File (Zhu, Lesley) | N/A | N/A | N/A |
| N/A | 4/6/2021 | N/A | N/A | Overlay file and certain native files for Prod. Vols. ZHP027 and PRINBURY003. | Downgrading PRC State Secrecy designations for documents in various Production Vols. | N/A |
| ZHP035 | 4/12/2021 | ZHP02672677-ZHP02691219 | Custodial File (Boixados, Guillem) | N/A | N/A | N/A |
| N/A | 4/17/2021 | N/A | N/A | Overlay file for certain files for Prod. Vol. ZHP014 | Replacement images for certain cutoff and/or blank images from annual product review files. | N/A |
| N/A | 4/17/2021 | N/A | N/A | Overlay file for Prod. Vol. SOLCO011 | Amending redaction. | N/A |
| PRINSTON034 | 4/19/2021 | PRINSTON00470050-PRINSTON00470889 | Non-custodial File; FDA Submissions | N/A | N/A | N/A |
| N/A | 4/23/2021 | N/A | N/A | Overlay file for Prod. Vols. ZHP019 and ZHP026. | Replacement images for certain documents that had technical issues during processing. | N/A |
| N/A | 4/26/2021 | N/A | N/A | Overlay and replacement documents with revised confidentiality designations. | Amending confidentiality designations for certain documents in various Production Vols. | N/A |
| N/A | 5/10/2021 | N/A | N/A | Overlay file for Prod. Vol. PRINSTON018. | Producing document to replace certain NR and/or "Other Product(s)" slipsheet | N/A |
| N/A | 5/10/2021 | N/A | N/a | Overlay file for Prod. Vols. ZHP016, ZHP022, ZHP25, ZHP26, PRINSTON018, PRINSTON020, HUAHAI-US003 | Amending confidentiality designations for certain documents in various Production Vols. | N/A |
| N/A | 5/11/2021 | N/A | N/A | Overlay file for Prod. Vols. ZHP026, PRINSTON018, and PRINSTON022. | Producing documents to replace certain NR slipsheets. | N/A |
| ZHP036 | 5/13/2021 | ZHP02691220-ZHP02709651 | Custodial File (Boixados, Guillem) | N/A | N/A | N/A |