# EXHIBIT J

| **MR. CHEN'S CUSTODIAL FILE WOULD NOT BE ADDITIVE** | | | |
|---|---|---|---|
| Category | Total Number of Exhibits | Percentage of Total Exhibits | Percentage of 367,800 Total Documents from 80 ZHP Party Custodians |
| **Deposition Exhibits** (13 ZHP Party witnesses, 133 hours of ordered testimony) | 386 | -- | 0.105% |
| **Deposition Exhibits Mentioning Mr. Chen** | 14 | 3.6% | 0.0038% |
| **Email Exhibits Mentioning Mr. Chen** | 6 | 1.8% | 0.0016% |
| Email exhibits "from" him | 0 | 0% | 0% |
| Email exhibits "to" him | 2 | 0.6% | 0.0005% |
| Email exhibits that "cc" him | 2 | 0.6% | 0.0005% |
| Email exhibits that "bcc" him | 1 | 0.3% | 0.0003% |
| Email exhibits mentioning Mr. Chen but not sent or received by him | 1 | 0.3% | 0.0003% |
| **Exhibits that are not emails that mention Mr. Chen** | 8 | 2.1% | 0.0022% |
| Documents he authored | 0 | 0% | 0% |
| Organizational charts | 3 | 0.9% | 0.0008% |
| Powerpoints noting him as founder | 1 | 0.3% | 0.0003% |
| EU/FDA inspection reports noting his role | 2 | 0.6% | 0.0005% |
| Memoranda addressed to him | 1 | 0.3% | 0.0003% |
| Signature on cover letter for DMF submission | 1 | 0.3% | 0.0003% |