# EXHIBIT L

**From:** Adam Slater <ASlater@mazieslater.com>
**Date:** April 23, 2021 at 6:16:13 PM EDT
**To:** "Goldberg, Seth A." <SAGoldberg@duanemorris.com>, "Priselac, Jessica" <JPriselac@duanemorris.com>
**Cc:** Christopher Geddis <CGeddis@mazieslater.com>, Cheryll Calderon <ccalderon@mazieslater.com>, "George T. Williamson" <gwilliamson@farr.com>, Layne Hilton <l.hilton@kanner-law.com>
**Subject: B. Chen**

Counsel:

Please advise as to whether you will agree to production of Baohua Chen's custodial file within 10 days. Plaintiffs believe that this is a reasonable request, including based on testimony provided by Min Li this past week. If not, we can add to the agenda for this week's conference. If you would like to confer on this request please advise of times on Monday when you are available. Due to the time limitations we do intend to raise this issue at Wednesday's conference if not agreed by then.

Chris has advised us of the meet and confer earlier today. Plaintiffs cannot agree to a briefing schedule on the motion you described during the call, specifically that you want to first file a motion for a protective order to preclude the deposition of Mr. Chen in June. We believe the motion would need to be filed and heard in advance of the scheduled deposition date.

With regard to the date of the deposition, as discussed on the call today, we need to move the date as the deposition is currently scheduled to begin on May 31, 2018, which would necessitate all counsel working through Memorial Day weekend. As communicated, we request rescheduling to begin either on June 3 or June 7 (eastern time).

Please advise.

Adam M. Slater

Certified as a Civil Trial Attorney
By the Supreme Court of New Jersey

Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068
tel (973) 228-9898
fax (973) 228-0303
aslater@mazieslater.com
www.mazieslater.com

R:\G1386-00023\G1386_00023CH - Do Not Delete\A. Slater B. Chen Custodial File Request Letter.docx



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Mazie Slater Katz & Freeman, LLC (Tel: 973.228.9898) immediately and delete this message, along with any attachments, from your computer. Thank you.