# EXHIBIT O

| Produced | 300,000 |
|---|---|
| Correspondence with Baohua Chen | 375 |
| To | 175 |
| To (sole recipient) | 73 |
| From | 0 |



Baoha Chen's Produced Correspondence vs. the ZHP Parties' Production