## CERTIFICATE OF SERVICE

I, Seth A. Goldberg Esq., hereby certify that a complete copy of the foregoing ZHP Parties' Cross Motion for Protective Order, Declaration in Support thereof, and a proposed form of order, have been filed electronically on the docket for this matter and are available for viewing and downloading from the ECF system. These documents are being served via ECF upon Counsel for Plaintiffs and all counsel of record in the Court's electronic filing on May 14, 2021.

*/s/ Seth A. Goldberg*
Seth A. Goldberg