UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | : : : : | Hon. Robert B. Kugler |
| This Document Relates to: *All Actions* | : : : : : | Civil No. 1:19-md-2875-RBK-JS |

### ORDER GRANTING AUROBINDO DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY

**AND NOW**, this 14th day of May, 2021, upon consideration of Aurobindo's Motion for Leave to File Surreply in Opposition to Plaintiffs' Motion to Strike and Suppress all of Aurobindo's Defenses, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and the Court will accept and consider Aurobindo's Surreply.

s/ Thomas I. Vanaskie
Thomas I. Vanaskie
Special Master
