# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge |

## THE ZHP PARTIES' MOTION FOR PROTECTIVE ORDER PRECLUDING THE DEPOSITION OF ZHP PRESIDENT BAOHUA CHEN

Zhejiang Huahai Pharmaceutical Co., Ltd, Huahai US, Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC (collectively the "ZHP Parties"), pursuant to this Court's May 3, 2021 Order (Dkt. 1217), file this Motion for Protective Order and aver as follows:

1. In support of the instant motion, the ZHP Parties will rely on their accompanying brief, exhibits, and proposed order.

May 17, 2021

Respectfully submitted,

By: /s/ Seth A. Goldberg

DUANE MORRIS LLP
Seth A. Goldberg
30 South 17th Street

Philadelphia, Pennsylvania 19103
Tel.: (215)979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com

*Attorneys for Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*