# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875 |
| | Honorable Robert B. Kugler, District Court Judge |
| **This Document Relates to All Actions** | Honorable Karen M. Williams, Magistrate Judge |

## NOTICE OF THE ZHP PARTIES' MOTION FOR PROTECTIVE ORDER PRECLUDING THE DEPOSITION OF ZHP PRESIDENT BAOHUA CHEN

To:    Adam M. Slater, Esquire
       Mazie Slater Katz & Freeman
       103 Eisenhower Parkway
       Suite 207
       Roseland, NJ 07068

**PLEASE TAKE NOTICE** that on May 17, 2021, the ZHP Parties, by and through their undersigned counsel, shall move before the Honorable Robert B. Kugler, the Honorable Karen M. Williams, and the Honorable Special Master Thomas I. Vanaskie, for an ORDER precluding the deposition ZHP President Baohua Chen.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the ZHP Parties shall rely on the accompanying Brief in Support of their Motion for a Protective Order Precluding the Deposition of ZHP President Baohua Chen.

**PLEASE TAKE FURTHER NOTICE** that, for the Court's convenience, a proposed form of Order pursuant to Local Civil Rule 5.3(c)(6), is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys for the ZHP Parties request oral argument on this motion.

**PLEASE TAKE FURTHER NOTICE** that a Certificate of Service attesting to the date and manner of service is submitted herewith.

May 17, 2021

Respectfully submitted,

By: /s/ Seth A. Goldberg

DUANE MORRIS LLP
Seth A. Goldberg
30 South 17th Street
Philadelphia, Pennsylvania 19103
Tel.: (215)979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com

*Attorneys for Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*