# EXHIBIT H

This document contains Restricted Confidential Information and is being provided to the Court and Plaintiffs' Liaison Counsel via email.