# EXHIBIT N

This document contains Confidential Information and is being provided to the Court and Plaintiffs' Liaison Counsel via email.