# EXHIBIT P



# The Opening Meeting Attendants (FDA inspection: June 5, 2017)

| No. | Name | Department & Title |
|---|---|---|
| 1 | 陈保华 Baohua CHEN | President |
| 2 | 叶存孝 Cunxiao (Jenson) YE | Vice President, Quality |
| 3 | 陈其茂 Qimao CHEN | Vice President, Pharmaceutical Manufacture |
| 4 | 王杰 Jie WANG | Vice President, Business Development |
| 5 | 胡江滨 John HU | Vice President, Institute of Pharmaceutical Research |
| 6 | 郭晓迪 Xiaodi GUO | Vice President, Institute of Pharmaceutical Research |
| 7 | 张敏利 Minli ZHANG | Director, Pharmaceutical Manufacture Quality Assurance and control |
| 8 | 许丕杰 Pijie XU | Deputy Facility Director, Pharmaceutical Manufacture |
| 9 | 陶娟 Juan TAO | Deputy Facility Director, Pharmaceutical Manufacture |
| 10 | 刘晓鸣 Xiaoming LIU | Director, Pharmaceutical Technology |
| 11 | 郭健 Jian GUO | Director, Pharmaceutical Engineering |
| 12 | 王志云 Zhiyun WANG | Director, Formulation development |
| 13 | 林丽红 Lihong (Linda) LIN | Assistant General Manager, RA |
| 14 | 陈宝珍 Baozhen CHEN | Director, Corp. QA |
| 15 | 郑友清 Youqing ZHENG | Manager, Pharmaceutical Quality |
| 16 | 程伟 Wayne CHENG | Vice Manager, Corporate QA (Translator) |

ZHP00005780