# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge |

## ORDER

AND NOW, this _____ day of _____, 2021, after consideration of the ZHP Parties' Motion for a Protective Order Precluding the Deposition of ZHP President Baohua Chen, it is hereby **ORDERED** and **DECREED** that said Motion is granted.

_____
Honorable Thomas I. Vanaskie,
Special Master