# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge |

## CERTIFICATE OF SERVICE

I, Seth A. Goldberg, hereby certify that on May 17, 2021, copies of the foregoing ZHP Parties' Motion for a Protective Order Precluding the Deposition of ZHP President Baohua Chen and supporting documents have been served via ECF upon Counsel for Plaintiffs and all counsel of record in the Court's electronic filing system.

/s/ Seth A. Goldberg

Dated: May 17, 2021