# Exhibits 1-28

ZHP has designated Exhibits 1 through 18, 20, and 23 through 28 as confidential. Teva has designated Exhibits 19, 21, 22 as confidential.  Plaintiffs hereby challenge those designations.  In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibits to the Court directly via email for its in camera review.