UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Valsartan Losartan and Irbesartan Products Liability Litigation

| | | |
|---|---|---|
| Plaintiff(s) | : | Civil/Criminal Action No.  1:19-md-02875 RBK-KMW |
| v. | : | |
| Defendant(s) | : | |

## REQUEST BY ATTORNEY TO
## WITHDRAW FROM ELECTRONIC NOTIFICATION

Request is hereby made by __Daniel C. Fleming_____, Esq., counsel for Harris Teeter, LLC and Harris Teeter Supermarkets, Inc.___, in the above-captioned matter, to withdraw from electronic notification in the within case, and it is represented that:

1. The within civil complaint has been dismissed/settled as to my client; **OR**

2. The criminal defendant has been sentenced and there are no further proceedings which require notification.

**NOTE:** Your withdrawal from electronic notification in this matter does not constitute your withdrawal as counsel for your client in this matter.

_____
Signature of Attorney

Name:     __Daniel C. Fleming, Esq._____

Address:  __WONG FLEMING_____

821 Alexander Road, Suite 200

Princeton, New Jersey 08540

_____

e-Mail:  _dfleming@wongfleming.com_____

Instructions for filing:
1. Select the Case Type (Civil/Criminal) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, **Notice to Withdraw from NEF as to Case**.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Select the attorney no longer associated with the case; please select your name only.
7. Proofread the docket text.
8. Submit the Request to ECF by clicking the **NEXT** button.

DNJ-CMECF-003