UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Valsartan Losartan and Irbesartan Products Liability Litigation

Plaintiff(s)     :     Civil/Criminal Action No.   1:19-md-02875 RBK-KMW

v.     :

Defendant(s)     :

# REQUEST BY ATTORNEY TO
# WITHDRAW FROM ELECTRONIC NOTIFICATION

Request is hereby made by __Linda Wong_____, Esq., counsel for Harris Teeter, LLC and Harris Teeter Supermarkets, Inc.___, in the above-captioned matter, to withdraw from electronic notification in the within case, and it is represented that:

1. The within civil complaint has been dismissed/settled as to my client; **OR**

2. The criminal defendant has been sentenced and there are no further proceedings which require notification.

**NOTE:** Your withdrawal from electronic notification in this matter does not constitute your withdrawal as counsel for your client in this matter.

_____
Signature of Attorney

Name:     _Linda Wong, Esq._____

Address:  _WONG FLEMING_____

          _821 Alexander Road, Suite 200_

          _Princeton, New Jersey 08540_

          _____

e-Mail:   _lwong@wongfleming.com_____

Instructions for filing:
1. Select the Case Type (Civil/Criminal) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, **Notice to Withdraw from NEF as to Case**.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Select the attorney no longer associated with the case; please select your name only.
7. Proofread the docket text.
8. Submit the Request to ECF by clicking the **NEXT** button.

DNJ-CMECF-003