# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## NOTICE OF VIDEOTAPED DEPOSITION OF
## PLAINTIFF BRAD PIZZOLATO

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendant Torrent Pharma, Inc. and Torrent Pharmaceuticals, Ltd. ("Torrent") will take the deposition upon oral examination of Brad Pizzolato on June 15, 2021 at 9:00 a.m. CT at 24758 Stepp Road, Ponchatoula, LA, 70454.

Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case.

1

The attorney contact for the deposition and lead questioner is:

>Brittney Nagle
>Kirkland & Ellis LLP
>601 Lexington Ave
>New York, NY 10022
>212-390-4210
>brittney.nagle@kirkland.com

Date: May 14, 2021             Respectfully submitted,

>_s/ Brittney M. Nagle_
>Brittney M. Nagle
>Kirkland & Ellis LLP
>601 Lexington Ave
>New York, NY 10022
>212-390-4210
>brittney.nagle@kirkland.com
>
>*Attorney for Defendant Torrent Pharma, Inc.
>and Torrent Pharmaceuticals, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May 2021 a true and correct copy of the Notice of Videotaped Deposition of Plaintiff Brad Pizzolato was served upon the following by email:

Daniel Nigh
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
(850) 435-7013
dnigh@levinlaw.com

                                                  s/ *Brittney M. Nagle*
                                                      Brittney M. Nagle