# UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

EMMA ROBERTS,

          Plaintiff(s),

vs.

ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., ET AL.,

          Defendant(s).

Civil Action No.: 1:21-CV-06297-RBK-KMW
Filed Date: 03/23/2021

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY
COUNTY OF MONMOUTH    SS.:

Paul Sourifman, the undersigned, being duly sworn, deposes and says that I was at the time of attempting service over the age of eighteen and not a party to this action. I reside in the State of New Jersey.

On 4/27/2021 at 2:00 PM, I served the within **SUMMONS IN A CIVIL CASE, RETURN OF SERVICE, SHORT FORM COMPLAINT, CIVIL COVER SHEET AND INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FOR JS 44** on **SHOPRITE PHARMACY, A SUBSIDIARY OF WAKEFERN FOOD CORP.**, Defendant.

Said service was effected at **5000 Riverside Drive, Keasbey, NJ 08832** in the following manner:

☐ **Registered Agent:** By leaving a true copy of the above stated documents with _____, the registered agent of SHOPRITE PHARMACY, A SUBSIDIARY OF WAKEFERN FOOD CORP..

☒ **Officer/Agent:** By leaving a true copy of the above stated documents with: (name) Kayla Stichter (title) Receptionist / Authorized, who is a corporate officer, manager, or agent of SHOPRITE PHARMACY, A SUBSIDIARY OF WAKEFERN FOOD CORP..

☐ **Other:** By leaving a true copy of the above stated documents with: (name) _____ (title) _____

Description of person process was left with:

Sex: F    Skin Color / Race: White    Hair Color: Blonde    Approx. Age: 28    Height: 5'6    Weight: 130

Signed and sworn to before me on this 19th day of May, 2021.

_Donna Elias_
NOTARY PUBLIC

X _Paul Sourifman_
Paul Sourifman (Print Name)
Lightning Legal Services, LLC
P. O. Box 9132
Albany, NY 12209
518.463.1049
ClienRef#:

*151976*