# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master<br><br>**NOTICE OF CROSS MOTION FOR PROTECTIVE ORDER** |

**NOTICE OF THE ZHP PARTIES' MOTION FOR PROTECTIVE ORDER PRECLUDING THE PRODUCTION OF DOCUMENTS WITHHELD AS CHINESE STATE SECRETS**

To:   Adam M. Slater, Esquire
      Mazie Slater Katz & Freeman
      103 Eisenhower Parkway
      Roseland, NJ 07068

**PLEASE TAKE NOTICE** that on May 21, 2021, the ZHP Parties, by and through their undersigned counsel, shall move before the Honorable Robert B. Kugler, the Honorable Karen M. Williams, and the Honorable Special Master Thomas I. Vanaskie, for an entry of a Protective Order precluding the production of documents withheld as Chinese state secrets.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the ZHP Parties shall rely on the accompanying Brief in Opposition to Plaintiffs' Motion to Compel Production of Documents Withheld as Chinese State Secrets and in Support of Cross Motion for Protective Order.

**PLEASE TAKE FURTHER NOTICE** that, for the Court's convenience, a proposed form of Order pursuant to Local Civil Rule 5.3(c)(6), is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys for the ZHP Parties request oral argument on this motion.

**PLEASE TAKE FURTHER NOTICE** that a Certificate of Service attesting to the date and manner of service is submitted herewith.

May 21, 2021

    Respectfully submitted,

    By: /s/ Seth A. Goldberg

    DUANE MORRIS LLP
    Seth A. Goldberg
    30 South 17th Street
    Philadelphia, Pennsylvania 19103
    Tel.: (215)979-1000
    Fax: (215) 979-1020
    SAGoldberg@duanemorris.com

    *Attorneys for Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai*

*U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*