# EXHIBIT C

This document contains Restricted Confidential Information and has been provided to the Court and to Plaintiffs' liaison counsel by email.