# EXHIBIT E

| | FIRST BATES | DATE SENT | DOCUMENT DATE | DATE CREATED | BASIS FOR WITHHOLDING | DESCRIPTION | DUPLICATE DOCUMENT(S) |
|---|---|---|---|---|---|---|---|
| 1 | PRINBURY00142827 | | 7/9/2017 | | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes of a meeting dated 12 June 2017 between ZHP and Chinese Center for Drug Evaluaion regarding improving the quality of the product and register to the Center for Drug Evaluation (CDE) of the China National Medical Products Administration. | Document 4 (PRINBURY00142830) Document 5 (PRINBURY00144241) Document 22 (ZHP02606474) Document 23 (ZHP02606475) Document 24 (ZHP02606612) Document 25 (ZHP02606613) Document 26 (ZHP02606614) Document 27 (ZHP02606615) Document 40 (ZHP02613611) Document 45 (ZHP02613651) Document 46 (ZHP02613656) Document 47 (ZHP02613659) Document 48 (ZHP02614160) Document 49 (ZHP02614172) Document 50 (ZHP02614174) Document 51 (ZHP02614402) Document 54 (ZHP02614593) Document 55 (ZHP02614891) Document 84 (PRINSTON00281865) |
| 2 | ZHP02459190 | | 1/8/2019 | | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | The meeting minutes between ZHP and Taizhou Medical Products Administration concerning irbesartan genotoxic impurities | Document 85 (ZHP02649226) |

| | FIRST BATES | DATE SENT | DOCUMENT DATE | DATE CREATED | BASIS FOR WITHHOLDING | DESCRIPTION | DUPLICATE DOCUMENT(S) |
|---|---|---|---|---|---|---|---|
| 3 | ZHP02557672 | | 11/1/2019 | 11/1/2019 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Document concerning an invitation for a seminar on quality control of genotoxic impurities of chemical drugs, in which the Center for Drug Evaluation (CDE) of the China National Medical Products Administration expressly required the Company to keep confidential. | Document 11 (ZHP02565439) |
| 4 | ZHP02604526 | | 2/8/2019 | | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A meeting minute with National Medical Products Administration and Zhejiang Medical Products Administration, concerning feedbacks of an inspection on ZHP site. | Document 14 (ZHP02605151) Document 18 (ZHP02605370) Document 74 (ZHP02622088) |

ZHP State Secret Redacted

| | FIRST BATES | DATE SENT | DOCUMENT DATE | DATE CREATED | BASIS FOR WITHHOLDING | DESCRIPTION | DUPLICATE DOCUMENT(S) |
|---|---|---|---|---|---|---|---|
| 5 | ZHP02605097 | | 7/17/2019 | 7/17/2019 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information | A meeting minute with National Medical Products Administration, concerning Irbesartan API process and nitrosamine impurities. | Document 87 (ZHP02649416) |
| 6 | ZHP02608279 | 7/29/2018 | 7/29/2018 | | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | ZHP's response to questions raised by Zhejiang Medical Products Administration | NONE |
| 7 | ZHP02613610 | 6/30/2017 | 6/30/2017 | | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Communications regarding the meeting between ZHP and the officials from Center of Drug Evaluation on the specification and exemption of products dated June 12, 2017 | Document 41 (ZHP02613630) Document 42 (ZHP02613631) Document 43 (ZHP02613632) Document 44 (ZHP02613633) Document 52 (ZHP02614403) Document 53 (ZHP02614592) |

ZHP State Secret Redacted

|  | FIRST BATES | DATE SENT | DOCUMENT DATE | DATE CREATED | BASIS FOR WITHHOLDING | DESCRIPTION | DUPLICATE DOCUMENT(S) |
|---|---|---|---|---|---|---|---|
| 8 | ZHP02621763 |  | 5/7/2020 |  | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report intended for Zhejiang Medical Products Administration requesting guidance on data protection law. | NONE |
| 9 | ZHP02622051 |  | 8/3/2018 | 8/4/2018 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report from Zhejiang Medical Products Administration to ZHP regarding on-site inspection | NONE |
| 10 | ZHP02622054 |  | 1/11/2019 | 1/11/2019 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Inspection summary of experts from National Institute for Food and Drug Control, Center for Drug Evaluation, Zhejiang Food and Drug Administration etc. between Jan. 10-Jan. 11, 2019 | Document 66 (ZHP02622055) |

| | FIRST BATES | DATE SENT | DOCUMENT DATE | DATE CREATED | BASIS FOR WITHHOLDING | DESCRIPTION | DUPLICATE DOCUMENT(S) |
|---|---|---|---|---|---|---|---|
| 11 | ZHP02622059 | | 1/7/2019 | 1/9/2019 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report to Taizhou Administration for Market Regulation regarding valsartan event | NONE |
| 12 | ZHP02622064 | | 11/5/2018 | 11/5/2018 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report to Taizhou municipal government regarding valsartan event | NONE |
| 13 | ZHP02636529 | | 10/22/2018 | 12/18/2018 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A document dated Oct 22, 2018 of ZHP regarding valsartan event, intended for Taizhou municipal government | NONE |
| 14 | ZHP02636533 | | 9/29/2018 | 12/18/2018 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report to Zhejiang Medical Products Administration regarding progress of rectification and plan for next stage | NONE |

ZHP State Secret Redacted