# EXHIBIT F

| | FIRST BATES | DATE SENT | DOCUMENT DATE | DATE CREATED | BASIS FOR WITHHOLDING | DESCRIPTION | DUPLICATE DOCUMENT(S) |
|---|---|---|---|---|---|---|---|
| 1 | PRINBURY00148044 | | 6/1/2017 | 5/18/2017 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | ZHP meeting minutes, discussing the plan to communicate with CDE regarding to the reply of valsartan tablet deficiency letter. | NONE |
| 2 | ZHP02605629 | | 7/14/2018 | 4/3/2019 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report on the detection of NDMA impurities in the valsartan API, prepared to send to National Medical Products Administration. | NONE |
| 3 | ZHP02608269 | 7/31/2018 | 7/31/2018 | | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Email with the Direct General of China's Food and Drug Administration of Zhejiang Province regarding the annoucement of NDMA in valsartan | Document 30 (ZHP02608270) Document 31 (ZHP02608273) Document 32 (ZHP02608277) Document 57 (ZHP02615297) Document 58 (ZHP02615298) Document 59 (ZHP02615303) Document 60 (ZHP02615306) |

| | FIRST BATES | DATE SENT | DOCUMENT DATE | DATE CREATED | BASIS FOR WITHHOLDING | DESCRIPTION | DUPLICATE DOCUMENT(S) |
|---|---|---|---|---|---|---|---|
| 4 | ZHP02608270 | 7/29/2018 | 7/29/2018 | | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Email with the Direct General of China's Food And Drug Administration of Zhejiang Province regarding the annoucement of NDMA in valsartan | Document 29 (ZHP02608269) |
| 5 | ZHP02615167 | | 7/14/2018 | | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Summary of the reports provided to the authorities | NONE |
| 6 | ZHP02622056 | | 12/17/2018 | 12/17/2018 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report to Taizhou municipal government regarding public sentiment | NONE |

| | FIRST BATES | DATE SENT | DOCUMENT DATE | DATE CREATED | BASIS FOR WITHHOLDING | DESCRIPTION | DUPLICATE DOCUMENT(S) |
|---|---|---|---|---|---|---|---|
| 7 | ZHP02622057 | | 7/29/2018 | 7/29/2018 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report to Taizhou municipal government regarding valsartan event | Document 78 (ZHP02636528) Document 80 (ZHP02636532) |
| 8 | ZHP02636534 | | 9/29/2018 | 12/18/2018 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report to Taizhou Commerce Bureau regarding the import ban of ZHP product by EU and USA. | NONE |
| 9 | ZHP02649530 | | 7/12/2018 | 8/15/2019 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report sent to National Food and Drug Administration regarding NDMA in valsartan | NONE |