# EXHIBIT J

| # | First Name | Last Name | Title | Department |
|---|---|---|---|---|
| 1 | Jun | Du | Vice Chairman of ZHP Board, CEO of Huahai US, Prinston, Solco, PrinJohnson | Executive Office |
| 2 | Yanhua | Meng | General Manager of Chuannan | API Division / API Chuannan Site |
| 3 | Min | Li | Vice President | Analysis and Testing |
| 4 | Qiangming | Li | Senior Director | Analysis and Testing |
| 5 | Xianhua | Zhang | Director | Analysis and Testing |
| 6 | Yun | Jin | Team Leader, Methods Development Group | Analysis and Testing |
| 7 | Xiaxia | Kuang | Deputy Director | Analysis and Testing |
| 8 | Jun | Wang | Gas Phase Group of End Products | Analysis and Testing |
| 9 | Tian | Zhang | QC Supervisor | Analysis and Testing |
| 10 | Xiong | Fei | Analyst | Analysis and Testing |
| 11 | Hongliang | Wang | Former Team Leader | Analysis and Testing |
| 12 | Yinhua | Tang | Former QC Employee | Analysis and Testing |
| 13 | Guangping | Hu | Former Supervisor | Quality Control |
| 14 | Chunmin | Xu | Former Vice President | EHS / Facility Director, API |
| 15 | Wenquan | Zhu | Director | Quality Research |
| 16 | Wenbin | Chen | Analysis Director | Quality Research |
| 17 | Jian | Ye | Manager | Quality Research |
| 18 | Wenping | Hu | Technical Manager | Quality Research |
| 19 | Chaohua | Bao | Supervisor | Quality Research |

| 20 | Tan | Xiao | Senior Supervisor | Quality Research |
|---|---|---|---|---|
| 21 | Qiang | Zhou | Analyst | Quality Research |
| 22 | Tong | Wu | Analyst | Quality Research |
| 23 | Jucai | Ge | API QA Director | Quality Assurance |
| 24 | Baozhen (Jennifer) | Chen | Director Assistant of Quality Control Department | Quality Assurance |
| 25 | Wei (Wayne) | Cheng | Senior Manager | Quality Assurance |
| 26 | Xiaohong | Zhao | Director | Quality Assurance |
| 27 | Meng | Zheng | Manager | Quality Assurance |
| 28 | Yuelin | Hu | Director Assistant of Quality Operation Department 1 | Quality Assurance |
| 29 | Caifeng | Zhao | Manager of Quality Operation Department I | Quality Assurance |
| 30 | Dongqin | Wang | Director Assistant of Quality Compliance Department | Quality Assurance |
| 31 | Y.F. | Chen | Senior Supervisor | Quality Assurance |
| 32 | Cunxiao (Jenson) | Ye | Former Vice President | Quality Assurance |
| 33 | Peng | Wang | Deputy General Manager | Production and Operation Center |
| 34 | Wei | Chen | Deputy Director of Production Deparmtnet I | Production and Operation Center |
| 35 | Wenling | Zhang | Deputy Director of Production Department II | Production and Operation Center |

| | | | | |
|---|---|---|---|---|
| 36 | Lijin | Jiang | Former Vice President | Production and Operation Center |
| 37 | Fengfeng | Yan | Technical Director | Product Technology Center |
| 38 | Peng | Dong | Deputy Director of Technology Department I | Product Technology Center |
| 39 | Zunjun | Liang | Director Assistant of Technology Departmet I | Product Technology Center |
| 40 | Xiaohui | Zhou | Head of Product Group I (Valsartan) | Product Technology Center |
| 41 | Lihong (Linda) | Lin | Director | Registration Center / Regulatory Affairs |
| 42 | Yanfeng (Lucy) | Liu | Deputy Director & Manager | Registration Center / Regulatory Affairs |
| 43 | Ting (Ada) | Zhou | Director Assistant API Registration Group I | Registration Center / Regulatory Affairs |
| 44 | Ying (Miya) | Xiong | Leader API Registration Group 5 | Registration Center / Regulatory Affairs |
| 45 | Jie | Wang | Vice President | Sales |
| 46 | Minda | Cai | Former Vice President | Sales |
| 47 | Mi | Xu | Senior Director of Market Development, Senior Director of European API Business, Senior Director of Generics Key Account | Sales |
| 48 | Sheng | Zhong | Director of India Business Department | Sales |

| | | | | |
|---|---|---|---|---|
| 49 | Hongchao | Li | Manager of Business Group I | Sales |
| 50 | Weiwei | Xu | Supervisor | Purchasing |
| 51 | Min | Xu | Supervisor | Purchasing |
| 52 | Min | Hu | Purchaser | Purchasing |
| 53 | Gaozhe | Zheng | Purchaser | Purchasing |
| 54 | Minli | Zhang | Director | Finished Dose Quality Assurance and Quality Control |
| 55 | Xiaoming | Liu | Deputy Plant Manager of Technology | Finished Dose Plant Technology Center |
| 56 | Lingfang | Wang | Deputy Head of Technology Guarantee Unit | Finished Dose Plant Technology Center |
| 57 | Youqing | Zheng | Associate Director | Finished Dose Quality Management |
| 58 | Hui | Wang | Release & Project Deputy Manager | Finished Dose Quality Management |
| 59 | Xiaoling | Li | Manager | Finished Dose Quality Assurance and Quality Control |
| 60 | Yuping | Chen | Deputy Manager | Finished Dose Quality Assurance and Quality Control |
| 61 | Yong | Chen | Assistant Director of Commercial Team | Finished Dose Quality Assurance and Quality Control |
| 62 | Nan | Tong | Senior Supervisor | Finished Dose Quality Management |
| 63 | Zhizhang | Ding | Former Assistant Manager | Finished Dose Quality Management |
| 64 | Boixados | Guillem | Former Deputy Director | Sales |
| 65 | Tang | Xavier | Manager Assistant | Marketing and Sales |
| **Huahai US** | | | | |

| | | | | |
|---|---|---|---|---|
| 66 | John | Iozzia | Director | Sales |
| **Prinston** | | | | |
| 67 | Xiaodi | Guo | Executive Vice President | Research & Development |
| 68 | Lesley | Zhu | Senior Vice President | Business Development |
| 69 | Minfa | Wang | Vice President | Analytical Lab |
| 70 | Remonda | Gergis | Vice President | Quality Assurance |
| 71 | Lijie | Wang | Vice President | Regulatory Affairs |
| 72 | Guangyu (Erin) | Luo | Manager | Regulatory Affairs |
| 73 | Wei (Helena) | Tong | Director | Regulatory Affairs |
| **Solco** | | | | |
| 74 | Hai | Wang | President | Sales |
| 75 | Chris | Keith | Senior Vice President | Sales |
| 76 | David | Ayres | Vice President | Sales |
| **Prinbury BioPharm** | | | | |
| 77 | Eric | Tsai | General Manager | |
| 78 | Yun (Sophie) | Tian | Vice President | Analytical Development |
| 79 | Tiyun (Tina) | Liu | Associate Director | Analytical Development |
| 80 | Taufaung (Alex) | Liu | Senior Scientist | Analytical Department |
| **Shanghai Syncores** | | | | |
| 81 | Eric | Gu | President | |
| 82 | Jianguo | An | Vice President | Process Research & Development |
| 83 | Luning | Huang | Vice President | Process Research & Development |