# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master<br><br>**[PROPOSED] ORDER GRANTING CROSS MOTION FOR PROTECTIVE ORDER** |

**THIS MATTER** having come before the Court upon Plaintiffs' Motion to Compel the Production of Documents Withheld As Chinese State Secrets and the ZHP Parties' Cross Motion for Protective Order Precluding the Production of Documents Withheld as State, on notice to liaison counsel for Plaintiffs, and the Court having considered the parties' submissions; and for good cause shown:

It is, on this _____ day of _____ 2021, **ORDERED AND ADJUDGED** that Plaintiffs' Motion to Compel the Production of Documents Withheld as Chinese State Secrets is **DENIED IN FULL**;

IT IS FURTHER ORDERED that the ZHP Parties' Cross Motion for Protective Order Precluding the Production of Documents Withheld as Chinese State Secrets is **GRANTED IN FULL**.

_____
Honorable Thomas I. Vanaskie,
Special Master

Case 1:19-md-02875-RMB-SAK   Document 1267-12   Filed 05/21/21   Page 2 of 2
                                  PageID: 29032