# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**  <br><br> **This Document Relates to All Actions** | MDL No. 2875 <br><br> Honorable Robert B. Kugler, District Court Judge <br><br> Honorable Karen M. Williams, Magistrate Judge <br><br> Honorable Thomas Vanaskie (Ret.), Special Discovery Master |

## CERTIFICATE OF SERVICE

I, Seth A. Goldberg, hereby certify that on May 21, 2021, copies of the foregoing ZHP Parties' Opposition to Plaintiffs' Motion to Compel Production of Documents Withheld as Chinese State Secrets and in Support of a Cross Motion for a Protective Order and supporting documents have been served via ECF upon Counsel for Plaintiffs and all counsel of record in the Court's electronic filing system.

/s/ Seth A. Goldberg

Dated: May 21, 2021