UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | No. 1:19-md-2875-RBK<br>Hon. Robert B. Kugler<br>Hon. Karen M. Williams |

This document relates to: All Cases

## AMENDED NOTICE OF APPEARANCE OF COUNSEL

To:   The Clerk of Court and All Parties of Record

The undersigned counsel is admitted or otherwise authorized to practice in this Court, and appears in this case as counsel for Macleods Pharma USA, Inc., reserving and without waiving any and all claims and defenses.

Dated: May 25, 2021

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

 /s/ Kevin M. Capuzzi
Kevin M. Capuzzi (NJ #173442015)
Noelle B. Torrice (NJ # 079132013)
Continental Plaza II
411 Hackensack Ave., 3rd Fl.
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com
         ntorrice@beneschlaw.com

-and-

Scott A. McMillin, Esq. (IL # 6237667)
Craig L. Sanders (IL #. 6327541)
BENESCH, FRIEDLANDER, COPLAN
  & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 624-6378

14677637 v1

Facsimile: (312) 767-9192
Email: smcmillin@beneschlaw.com
       csanders@beneschlaw.com
-and-

Alyssa A. Moscarino, Esq. (OH # 0093847 )
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone: (216) 338-7939
Facsimile: (216) 363-4588
Email: amoscarino@beneschlaw.com

*Counsel for Macleods Pharma USA, Inc.*