Case 1:19-md-02875-RMB-SAK   Document 1273-1   Filed 05/26/21   Page 1 of 1 PageID: 29085

-

# Exhibit 1

In accordance with Paragraph 31 of the Court's Confidentiality and Protective Order, Plaintiffs have previously challenged the designation of this exhibit as confidential; however, Teva has not responded. Therefore, Plaintiffs will forward the document to the Court directly via email for in camera review.