**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | No. 19-md-2875-RBK-KW<br><br>Honorable Robert Kugler<br>Magistrate Karen Williams<br>Special Master Thomas Vanaskie<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR SANCTIONS FOR DEFENDANT ZHP'S OBSTRUCTION AND FAILURE TO PROVIDE RESPONSIVE DEPOSITION TESTIMONY** |

To:   Seth A. Goldberg
      Duane Morris LLP
      30 South 17th Street
      Philadelphia, Pennsylvania 19103-4196

    PLEASE TAKE NOTICE that on a date as soon as June 21, 2021, or as soon thereafter as counsel may be heard, Plaintiffs, by and through their undersigned counsel, shall move before the Honorable Robert B. Kugler, the Honorable Karen M. Williams, and the Honorable Special Master Thomas I. Vanaskie, for a MOTION for sanctions for Defendant ZHP's obstruction and failure to provide responsive deposition testimony. Plaintiffs note that they did not file their supporting brief on ECF because ZHP has over designated the deposition transcripts of its witnesses as confidential. However, Plaintiffs will email the brief to the Court and Defendants for their review.

Dated: May 27, 2021

                                                        Respectfully Submitted,

| | |
|---|---|
| */s/ Ruben Honik*<br>Ruben Honik<br>GOLOMB & HONIK, P.C.<br>1835 Market Street, Ste. 2900<br>Philadelphia, PA 19103<br>Phone (215) 985-9177<br>rhonik@golombhonik.com | */s/ Daniel Nigh*<br>Daniel Nigh<br>LEVIN, PAPANTONIO, THOMAS, MITCHELL<br>  RAFFERTY & PROCTOR, P.A.<br>316 South Baylen Street<br>Pensacola, FL 32502<br>Phone: (850) 435-7013<br>dnigh@levinlaw.com |

| | |
|---|---|
| */s/ Adam Slater* | */s/ Conlee S. Whiteley* |
| Adam Slater | Conlee S. Whiteley |
| MAZIE, SLATER, KATZ & FREEMAN, LLC | KANNER & WHITELEY, LLC |
| 103 Eisenhower Pkwy, 2nd Flr. | 701 Camp Street |
| Roseland, NJ 07068 | New Orleans, LA 70130 |
| Phone (973) 228-9898 | Phone: (504)-524-5777 |
| aslater@mazieslater.com | c.whiteley@kanner-law.com |

*Counsel for Plaintiffs*