IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | MDL No. 19-2875 (RBK/KW) |

# [PROPOSED] SPECIAL MASTER ORDER NO. __

Having reviewed Plaintiffs' motion for sanctions for Defendant ZHP's obstruction and failure to provide responsive deposition testimony as well as Defendants' opposition, and Plaintiffs' reply,

It is hereby ORDERED this ___ day of June, 2021 that Plaintiffs' request is **GRANTED**.

                                                                           _____
                                                                           Hon. Thomas I. Vanaskie (Ret.)
                                                                           Special Master