# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | No. 19-md-2875-RBK-KW<br><br>Honorable Robert Kugler<br>Magistrate Karen Williams<br>Special Master Thomas Vanaskie<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on May 27, 2021, a true and correct copy of Plaintiffs' notice of motion for sanctions for Defendant ZHP's obstruction and failure to provide responsive deposition testimony, and proposed order were filed and served upon all counsel via operation of the CM/ECF system for the United States District Court for the District of New Jersey. The supporting memorandum of law was served on the Court and Defendants via email pursuant to the Court's Confidentiality and Protective Order.

Dated: May 27, 2021.

                                         Respectfully Submitted,

                                         _____
                                         Adam M. Slater (NJ Bar 046211993)
                                         MAZIE SLATER KATZ & FREEMAN, LLC
                                         103 Eisenhower Parkway, 2nd Floor
                                         Roseland, New Jersey 07068
                                         Tel.: 973-228-9898
                                         Fax: 973-228-0303
                                         aslater@mazieslater.com
                                         *Attorneys for Plaintiffs*