EXHIBIT A

**JURISDICTIONS IN WHICH NO PELMC CLASS REPRESENTATIVES RESIDE OR ALLEGE INJURY**

| Jurisdictions |
|---|
| Alaska, Arizona, Arkansas, Colorado, Delaware, District of Columbia, Hawaii, Idaho, Iowa, Maryland, Michigan, Missouri, Montana, Nebraska, Nevada, New Hampshire, North Dakota, Oklahoma, Oregon, Puerto Rico, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, Washington, West Virginia, Wisconsin, Wyoming |

## JURISDICTIONS IN WHICH NO PMMMC CLASS REPRESENTATIVES RESIDE OR ALLEGE INJURY

| Jurisdictions |
|---|
| Alabama, Alaska, Arizona, Arkansas, Connecticut, Delaware, District of Columbia, Georgia, Hawaii, Idaho, Indiana, Iowa, Kentucky, Louisiana, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Puerto Rico, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, Virginia, Washington, Wisconsin, Wyoming |

**PELMC DEFENDANTS AS TO WHOM NO CLASS REPRESENTATIVE TRACES AN INJURY**

| Defendants |
|---|
| AvKARE, Inc. |
| Humana Pharmacy, Inc. |
| Major Pharmaceuticals, Inc. |
| Preferred Pharmaceuticals |
| Remedy Repack, Inc. |

**PMMMC DEFENDANTS AS TO WHOM NO CLASS REPRESENTATIVE TRACES AN INJURY**

| Defendants |
| --- |
| Arrow Pharm Malta Ltd. |
| Albertson's LLC |
| AvKARE, Inc. |
| The Harvard Drug Group, LLC |
| Humana Pharmacy, Inc. |
| The Kroger Co. |
| Major Pharmaceuticals, Inc. |
| OptumRx |
| Remedy Repack, Inc. |
| Torrent Pharma, Inc. |
| Torrent Pharmaceuticals Ltd. |

**STATE-BY-STATE SUMMARY OF PELMC CLASS REPRESENTATIVE TRACEABILITY**

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| Alabama | Asha Lamy | Mylan Laboratories Limited<br>Mylan Pharmaceuticals Inc.<br>John Doe wholesaler<br>Kroger | Hetero Defendants<br>Aurobindo Defendants<br>Teva Defendants<br>Torrent Defendants<br>Walgreens |
| | Sandra Kelly | ZHP<br>Solco<br>Huahai US<br>Prinston<br>John Doe wholesaler<br>John Doe pharmacy | CVS<br>Walmart<br>Rite Aid<br>Express Scripts<br>OptumRx<br>Albertson's LLC<br>Humana Pharmacy<br>AmerisourceBergen<br>Cardinal Health<br>McKesson |
| California | Jay Meader | Mylan Laboratories Limited<br>Mylan Pharmaceuticals Inc.<br>John Doe Wholesaler<br>CVS | Teva Defendants<br>Torrent Defendants<br>Walgreens<br>Walmart<br>Rite Aid |
| | Mark Hays | Hetero Labs Ltd.<br>Hetero USA<br>Camber<br>Mylan Laboratories Limited<br>Mylan Pharmaceuticals Inc.<br>John Doe wholesaler | Kroger<br>Humana Pharmacy<br>AmerisourceBergen<br>Cardinal Health<br>McKesson |

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| | | Express Scripts<br>CVS | |
| | Charlie Johnston | ZHP<br>Solco<br>Huahai US<br>Prinston<br>John Doe wholesaler<br>OptumRx | |
| | Merilyn Andre | ZHP<br>Solco<br>Huahai US<br>Prinston<br>Aurobindo Pharma Ltd.<br>Aurobindo Pharma USA<br>Aurolife Pharma LLC<br>John Doe wholesaler<br>Express Scripts<br>Sav-On | |
| Connecticut | Peter O'Brien | Hetero Labs Ltd.<br>Hetero USA<br>Camber<br>John Doe wholesaler<br>CVS | ZHP Defendants<br>Mylan Defendants<br>Aurobindo Defendants<br>Teva Defendants<br>Torrent Defendants<br>Walgreens<br>Walmart<br>Rite Aid<br>Express Scripts |

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| | | | Kroger<br>OptumRx<br>Albertson's LLC<br>Humana Pharmacy<br>AmerisourceBergen<br>Cardinal Health<br>McKesson |
| Florida | Ron Molinaro | ZHP<br>Solco<br>Huahai US<br>Prinston<br>CVS | Hetero Defendants<br>Mylan Defendants<br>Teva Defendants<br>Torrent Defendants<br>Walmart<br>Rite Aid |
| | Elenora Deutenberg | ZHP<br>Aurobindo Pharma Ltd.<br>Aurobindo Pharma USA<br>Aurolife Pharma LLC<br>John Doe wholesaler<br>CVS<br>Walgreens | Express Scripts<br>Kroger<br>OptumRx<br>Albertson's LLC<br>Humana Pharmacy<br>AmerisourceBergen<br>Cardinal Health<br>McKesson |
| Georgia | Lubertha Powell | ZHP<br>Solco<br>Huahai US<br>Prinston<br>AmerisourceBergen | Hetero Defendants<br>Teva Defendants<br>Torrent Defendants<br>Walmart<br>Express Scripts |

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| | | Walgreens | Kroger |
| | | | OptumRx |
| | | | Albertson's LLC |
| | Lawrence Edwards | Mylan Laboratories Limited | Humana Pharmacy |
| | | Mylan Pharmaceuticals Inc. | Cardinal Health |
| | | Aurobindo Pharma Ltd. | McKesson |
| | | Aurobindo Pharma USA | |
| | | Aurolife Pharma LLC | |
| | | John Doe wholesaler | |
| | | Rite Aid | |
| | | CVS | |
| Illinois | Marlin Anderson | Aurobindo Pharma Ltd. | Hetero Defendants |
| | | Aurobindo Pharma USA | Teva Defendants |
| | | Aurolife Pharma LLC | Torrent Defendants |
| | | Mylan Laboratories Limited | Walmart |
| | | Mylan Pharmaceuticals Inc. | Rite Aid |
| | | John Doe wholesaler | Express Scripts |
| | | CVS | Kroger |
| | | | OptumRx |
| | Georgia Fatigato | ZHP | Albertson's LLC |
| | | Solco | Humana Pharmacy |
| | | Huahai US | AmerisourceBergen |
| | | Prinston | Cardinal Health |
| | | John Doe wholesaler | McKesson |
| | | Walgreens | |

8

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| Indiana | Leland Gildner | Hetero Labs Ltd.<br>Hetero USA<br>Camber<br>Cardinal<br>Kroger | Mylan Defendants<br>Aurobindo Defendants<br>Teva Defendants<br>Torrent Defendants<br>CVS |
|  | Brian Wineinger | ZHP<br>Solco<br>Huahai US<br>Prinston<br>McKesson<br>Walmart | Rite Aid<br>Express Scripts<br>OptumRx<br>Albertson's LLC<br>Humana Pharmacy<br>AmerisourceBergen |
|  | Raleigh Wolfe | ZHP<br>Solco<br>Huahai US<br>Prinston<br>John Doe wholesaler<br>Walgreens |  |
| Kansas | Joseph Kessinger | Aurobindo Pharma Ltd.<br>Aurobindo Pharma USA<br>Aurolife Pharma LLC<br>CVS | ZHP Defendants<br>Hetero Defendants<br>Mylan Defendants<br>Teva Defendants<br>Torrent Defendants<br>Walgreens<br>Walmart<br>Rite Aid<br>Express Scripts |

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| | | | Kroger<br>OptumRx<br>Albertson's LLC<br>Humana Pharmacy<br>AmerisourceBergen<br>Cardinal Health<br>McKesson |
| Kentucky | Glenda Cooper | Mylan Laboratories Limited<br>Mylan Pharmaceuticals Inc.<br>ZHP<br>Solco<br>Huahai US<br>Prinston<br>John Doe wholesaler<br>John Doe pharmacy | Hetero Defendants<br>Aurobindo Defendants<br>Teva Defendants<br>Torrent Defendants<br>Walgreens<br>CVS<br>Walmart<br>Rite Aid<br>Express Scripts<br>Kroger<br>OptumRx<br>Albertson's LLC<br>Humana Pharmacy<br>AmerisourceBergen<br>Cardinal Health<br>McKesson |
| Louisiana | Sandy Bell | Aurobindo Pharma Ltd.<br>Aurobindo Pharma USA<br>Aurolife Pharma, LLC | Mylan Defendants<br>Hetero Defendants<br>Teva Defendants |

10

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| | | CVS | Torrent Defendants |
| | Talsie Neal | ZHP<br>Solco<br>Huahai US<br>Prinston<br>McKesson<br>Walmart | Walgreens<br>Rite Aid<br>Express Scripts<br>Kroger<br>OptumRx<br>Albertson's LLC<br>Humana Pharmacy<br>Cardinal Health<br>AmerisourceBergen |
| Maine | Linda Crocker | Aurobindo Pharma Ltd.<br>Aurobindo Pharma USA<br>Aurolife Pharma LLC<br>John Doe wholesaler<br>John Doe pharmacy | ZHP Defendants<br>Hetero Defendants<br>Mylan Defendants<br>Teva Defendants<br>Torrent Defendants<br>Walgreens<br>CVS<br>Walmart<br>Rite Aid<br>Express Scripts<br>Kroger<br>OptumRx<br>Albertson's LLC<br>Humana Pharmacy<br>AmerisourceBergen<br>Cardinal Health<br>McKesson |

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| Massachusetts | Veronica Longwell | Hetero Labs Ltd.<br>Hetero USA<br>Camber<br>Aurobindo Pharma Ltd.<br>Aurobindo Pharma USA<br>Aurolife Pharma LLC<br>McKesson<br>CVS | ZHP Defendants<br>Mylan Defendants<br>Teva Defendants<br>Torrent Defendants<br>Walgreens<br>Walmart<br>Rite Aid<br>Express Scripts<br>Kroger<br>OptumRx<br>Albertson's LLC<br>Humana Pharmacy<br>AmerisourceBergen<br>Cardinal Health |
| Minnesota | Jennifer Johnson | ZHP<br>Solco<br>Huahai US<br>Prinston<br>Aurobindo Pharma Ltd.<br>Aurobindo Pharma USA<br>Aurolife Pharma LLC<br>John Doe wholesaler<br>Walmart | Mylan Defendants<br>Hetero Defendants<br>Teva Defendants<br>Torrent Defendants<br>Walgreens<br>CVS<br>Rite Aid<br>Express Scripts<br>Kroger<br>OptumRx<br>Albertson's LLC<br>Humana Pharmacy<br>AmerisourceBergen<br>Cardinal Health |

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| | | | McKesson |
| Mississippi | Flora McGilvery | ZHP<br>Solco<br>Huahai US<br>Prinston<br>Walmart | Hetero Defendants<br>Mylan Defendants<br>Aurobindo Defendants<br>Teva Defendants<br>Torrent Defendants<br>Walgreens<br>CVS<br>Rite Aid<br>Express Scripts<br>Kroger<br>OptumRx<br>Albertson's LLC<br>Humana Pharmacy<br>AmerisourceBergen<br>Cardinal Health<br>McKesson |
| New Jersey | Marzanna Glab | Mylan Laboratories Limited<br>Mylan Pharmaceuticals Inc.<br>Aurobindo Pharma Ltd.<br>Aurobindo Pharma USA<br>Aurolife Pharma LLC<br>John Doe wholesaler<br>CVS | Teva Defendants<br>Torrent Defendants<br>Walmart<br>Rite Aid<br>Express Scripts<br>Kroger<br>OptumRx<br>Albertson's LLC |

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| | Antoinette Sims | Aurobindo Pharma Ltd.<br>Aurobindo Pharma USA<br>Aurolife Pharma LLC<br>John Doe wholesaler<br>John Doe pharmacy | Humana Pharmacy<br>AmerisourceBergen<br>Cardinal Health<br>McKesson |
| | James Lawson | Mylan Laboratories Limited<br>Mylan Pharmaceuticals Inc.<br>Aurobindo Pharma Ltd.<br>Aurobindo Pharma USA<br>Aurolife Pharma LLC<br>John Doe wholesaler<br>CVS | |
| | James Childs | ZHP<br>Solco<br>Huahai US<br>Prinston<br>Hetero Labs. Ltd.<br>Hetero USA<br>Camber<br>Mylan Laboratories Limited<br>Mylan Pharmaceuticals Inc.<br>Aurobindo Pharma Ltd.<br>Aurobindo Pharma USA<br>Aurolife Pharma LLC<br>John Doe wholesaler<br>John Doe pharmacy | |

14

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| | Radhakrishna Shetty | ZHP<br>Solco<br>Huahai US<br>Prinston<br>John Doe wholesaler<br>Walgreens | |
| New Mexico | Billy Joe Bruner | ZHP<br>Huahai US<br>Prinston<br>Solco<br>AmerisourceBergen<br>Walgreens | Hetero Defendants<br>Mylan Defendants<br>Teva Defendants<br>Aurobindo Defendants<br>Torrent Defendants<br>CVS<br>Walmart<br>Rite Aid<br>Express Scripts<br>Kroger<br>OptumRx<br>Albertson's LLC<br>Humana Pharmacy<br>Cardinal Health<br>McKesson |
| New York | Alphonse Borkowski | ZHP<br>Huahai US<br>Prinston<br>Solco<br>McKesson | Hetero Defendants<br>Torrent Defendants<br>Walmart<br>Express Scripts<br>Kroger |

15

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| | | Rite Aid | OptumRx<br>Albertson's LLC<br>Humana Pharmacy |
| | Joseph Cacaccio | ZHP<br>Solco<br>Huahai USA<br>Prinston<br>Mylan Laboratories Ltd.<br>Mylan Pharmaceuticals, Inc.<br>Aurobindo Pharma Ltd.<br>Aurobindo Pharma USA<br>Aurolife Pharma LLC<br>McKesson<br>Rite Aid | |
| | John Duffy | ZHP<br>Solco<br>Huahai US<br>Prinston<br>AmerisourceBergen<br>Walgreens | |
| | Gerald Nelson | Teva<br>Mylan Laboratories Limited<br>Mylan Pharmaceuticals Inc.<br>Aurobindo Pharma Ltd.<br>Aurobindo Pharma USA<br>Aurolife Pharma LLC<br>ZHP | |

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| | | Solco<br>Huahai US<br>Prinston<br>McKesson<br>Cardinal<br>Rite Aid<br>CVS | |
| North Carolina | Gary Burnett | ZHP<br>Solco<br>Huahai US<br>Prinston<br>Walmart | Hetero Defendants<br>Mylan Defendants<br>Aurobindo Defendants<br>Torrent Defendants<br>Walgreens<br>CVS |
| | Miranda Dudley | Teva<br>ZHP<br>Solco<br>Huahai US<br>Prinston<br>John Doe pharmacy | Rite Aid<br>Express Scripts<br>Kroger<br>OptumRx<br>Albertson's LLC<br>Humana Pharmacy<br>AmerisourceBergen<br>Cardinal Health<br>McKesson |
| Ohio | Dennis Kaplan | ZHP<br>Solco<br>Huahai US<br>Prinston<br>Aurobindo Labs Ltd. | Hetero Defendants<br>Mylan Defendants<br>Teva Defendants<br>Torrent Defendants<br>Walgreens |

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| | | Aurobindo Pharma USA<br>Aurolife Pharma LLC<br>McKesson<br>Rite Aid | CVS<br>Walmart<br>Express Scripts<br>Kroger<br>OptumRx<br>Albertson's LLC<br>Humana Pharmacy<br>AmerisourceBergen<br>Cardinal Health |
| Pennsylvania | Lawrence Semmel | ZHP<br>Solco<br>Huahai US<br>Prinston<br>McKesson<br>CVS | Hetero Defendants<br>Mylan Defendants<br>Aurobindo Defendants<br>Teva Defendants<br>Torrent Defendants<br>Walgreens<br>Walmart<br>Rite Aid<br>Express Scripts<br>Kroger<br>OptumRx<br>Albertson's LLC<br>Humana Pharmacy<br>AmerisourceBergen<br>Cardinal Health |

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| Texas | Eric Erwin | Teva<br>ZHP<br>Solco<br>Huahai US<br>Prinston<br>Aurobindo Pharma Ltd.<br>Aurobindo Pharma USA<br>Aurolife Pharma LLC<br>AmerisourceBergen<br>Walgreens | Mylan Defendants<br>Hetero Defendants<br>Rite Aid<br>Express Scripts<br>Kroger<br>OptumRx<br>Albertson's LLC<br>Humana Pharmacy<br>Cardinal Health |
| | Jynona Gail Lee | Torrent<br>McKesson<br>Walmart | |
| | Brittney Means | Teva<br>John Doe wholesaler<br>Walgreens<br>CVS | |
| | Samuel Cisneros | Torrent<br>John Doe wholesaler<br>Walmart | |
| Virginia | Cheryl Mullins | ZHP<br>Solco<br>Huahai US<br>Prinston | Hetero Defendants<br>Aurobindo Defendants<br>CVS<br>Rite Aid |

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| | | McKesson<br>AmerisourceBergen<br>Cardinal<br>John Doe pharmacy | Express Scripts<br>Kroger<br>OptumRx<br>Albertson's LLC<br>Humana Pharmacy |
| | Robin Roberts | Teva<br>Torrent<br>AmerisourceBergen<br>Walgreens<br>Walmart | |
| | Mary McLean | Mylan Laboratories Limited<br>Mylan Pharmaceuticals Inc.<br>Teva<br>John Doe wholesaler<br>Costco | |

**STATE-BY-STATE SUMMARY OF PMMMC CLASS REPRESENTATIVE TRACEABILITY**

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| California | John Judson | ZHP<br>Solco<br>Huahai US<br>Prinston<br>Hetero<br>Camber<br>McKesson<br>AmerisourceBergen<br>Express Scripts | Mylan Defendants<br>Aurobindo Defendants<br>Hetero Labs Ltd.<br>Hetero USA<br>Torrent Defendants<br>Walgreens<br>CVS<br>Walmart<br>Rite Aid<br>Kroger |
| | Jo Ann Hamel | Teva<br>John Doe wholesaler | Albertson's LLC<br>OptumRx<br>Humana Pharmacy<br>Cardinal Health |
| Colorado | Anthony Martinez | ZHP<br>Solco<br>Huahai US<br>Prinston<br>Mylan | Hetero Defendants<br>Aurobindo Defendants<br>Teva Defendants<br>Torrent Defendants<br>Walgreens<br>CVS<br>Walmart<br>Rite Aid<br>Express Scripts<br>Kroger<br>Albertson's LLC<br>OptumRx |

21

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| | | | Humana Pharmacy<br>AmerisourceBergen<br>Cardinal Health<br>McKesson |
| Florida | Sarah Zehr | ZHP<br>Solco<br>Huahai US<br>Prinston<br>Aurobindo Pharma Ltd.<br>Aurobindo Pharma USA<br>Aurolife Pharma LLC<br>McKesson<br>Walmart | Hetero Defendants<br>Mylan Defendants<br>Teva Defendants<br>Torrent Defendants<br>Walgreens<br>CVS<br>Rite Aid<br>Express Scripts<br>Kroger<br>Albertson's LLC<br>OptumRx<br>Humana Pharmacy<br>AmerisourceBergen<br>Cardinal Health |
| Illinois | Robert Kruk | ZHP<br>Solco<br>Huahai US<br>Prinston<br>McKesson<br>Walmart | Hetero Defendants<br>Mylan Defendants<br>Torrent Defendants<br>CVS<br>Rite Aid<br>Express Scripts<br>Kroger |

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| | Michael Rives | ZHP<br>Solco<br>Huahai US<br>Prinston<br>Teva<br>Actavis<br>Aurobindo Pharma Ltd.<br>Aurobindo USA<br>Aurolife Pharma LLC | Albertson's LLC<br>OptumRx<br>Humana Pharmacy<br>AmerisourceBergen<br>Cardinal Health |
| | Kenneth Berkson | ZHP<br>Solco<br>Huahai US<br>Prinston<br>John Doe wholesaler<br>Walgreens | |
| Kansas | Richard O'Neill | ZHP<br>Solco<br>Huahai US<br>Prinston<br>Aurobindo Pharma Ltd.<br>Aurobindo Pharma USA<br>Aurolife Pharma LLC<br>Cardinal Health<br>CVS | Hetero Defendants<br>Mylan Defendants<br>Teva Defendants<br>Torrent Defendants<br>Walgreens<br>Walmart<br>Rite Aid<br>Express Scripts<br>Kroger<br>Albertson's LLC<br>OptumRx<br>Humana Pharmacy |

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| | | | AmerisourceBergen<br>McKesson |
| Maryland | Robert Fields | ZHP<br>Huahai US<br>Teva<br>Actavis | Hetero Defendants<br>Torrent Defendants<br>Walgreens<br>Walmart<br>Express Scripts<br>Kroger<br>Albertson's LLC<br>OptumRx<br>Humana Pharmacy<br>AmerisourceBergen<br>McKesson |
| | Celestine Daring | ZHP<br>Mylan<br>Aurobindo Pharma Ltd.<br>Aurobindo Pharma USA<br>Aurolife Pharma LLC<br>Cardinal Health<br>CVS | |
| | Roland Butler | Aurobindo Pharma Ltd.<br>Aurobindo Pharma USA<br>Aurolife Pharma LLC<br>John Doe wholesaler<br>Rite Aid | |
| New Jersey | Paulette Silberman | ZHP<br>Solco<br>Huahai US<br>Prinston<br>Aurobindo Pharma Ltd.<br>Aurobindo Pharma USA<br>Aurolife Pharma LLC | Mylan Defendants<br>Teva Defendants<br>Torrent Defendants<br>Walgreens<br>Walmart<br>Rite Aid<br>Kroger |

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| | | Hetero Labs. Ltd.<br>Hetero USA<br>Camber<br>Cardinal Health<br>McKesson<br>CVS<br>Express Scripts | Albertson's LLC<br>OptumRx<br>Humana Pharmacy<br>AmerisourceBergen |
| Pennsylvania | Valerie Rodich-Annese | ZHP<br>Solco<br>Huahai US<br>Prinston<br>Aurobindo Pharma Ltd.<br>Aurobindo Pharma USA<br>Aurolife Pharma LLC<br>John Doe wholesaler<br>John Doe Pharmacy | Hetero Defendants<br>Mylan Defendants<br>Teva Defendants<br>Torrent Defendants<br>Walgreens<br>CVS<br>Walmart<br>Rite Aid<br>Express Scripts<br>Kroger<br>Albertson's LLC<br>OptumRx<br>Humana Pharmacy<br>AmerisourceBergen<br>Cardinal Health<br>McKesson |
| Texas | Sylvia Cotton | ZHP<br>Solco<br>Huahai US<br>Prinston<br>Aurobindo Pharma Ltd. | Hetero Defendants<br>Teva Defendants<br>Torrent Defendants<br>Walgreens<br>Rite Aid |

| State | Class Representative | Defendants to Whom Class Representative Purports to Trace Injuries | Defendants (by State) as to Whom No Class Representative Traces an Injury |
|---|---|---|---|
| | | Aurobindo Pharma USA<br>Aurolife Pharma LLC<br>Mylan Laboratories Limited<br>Mylan Pharmaceuticals Inc.<br>John Doe wholesaler<br>CVS<br>Walmart | Express Scripts<br>Kroger<br>Albertson's LLC<br>OptumRx<br>Humana Pharmacy<br>AmerisourceBergen<br>Cardinal Health<br>McKesson |
| West Virginia | Roger Tasker | ZHP<br>Solco<br>Huahai US<br>Prinston<br>Mylan Laboratories Limited<br>Mylan Pharmaceuticals Inc.<br>McKesson<br>Walmart | Hetero Defendants<br>Aurobindo Defendants<br>Teva Defendants<br>Torrent Defendants<br>Walgreens<br>CVS<br>Rite Aid<br>Express Scripts<br>Kroger<br>Albertson's LLC<br>OptumRx<br>Humana Pharmacy<br>AmerisourceBergen<br>Cardinal Health |
| | Judy Tasker | ZHP<br>Solco<br>Huahai US<br>Prinston<br>Mylan Laboratories Limited<br>Mylan Pharmaceuticals Inc.<br>McKesson<br>Walmart | |