UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875<br>Civil No. 19-02875 (RBK/JS)<br><br>Honorable Robert B. Kugler,<br>District Court Judge |
| **This Document Relates to All Actions** | Honorable Karen Williams,<br>Magistrate Judge |

## CERTIFICATE OF SERVICE

I, Kate M. Wittlake, hereby certify that on May 27, 2021, a copy of the foregoing Manufacturer Defendants' Brief in Opposition to Plaintiffs' Motion for Leave to Amend the Master Complaints has been served via ECF upon Counsel for Plaintiffs and all counsel of record in the Court's electronic filing system.

*/s/ Kate M. Wittlake*
Kate M. Wittlake, Esq.