# APPENDIX B
## Proposed Medical Monitoring Master Complaint

| State: | Named Plaintiff(s) – Named Pharmacy Defendant (PMMMC ¶): | Claims under this state's law should be dismissed with prejudice as to: |
|---|---|---|
| California | John Judson – Express Scripts (¶ 397)<br>Jo Ann Hamel – None[1] (¶ 410) | Walgreens, CVS, Walmart, Rite Aid, Kroger, OptumRx, Albertson's, Humana |
| Colorado | Anthony Martinez – None[2] (¶ 407) | Walgreens, CVS, Walmart, Rite Aid, Express Scripts, Kroger, OptumRx, Albertson's, Humana |
| Florida | Sarah Zehr – Walmart (¶ 398) | Walgreens, CVS, Rite Aid, Express Scripts, Kroger, OptumRx, Albertson's, Humana |
| Illinois | Robert Kruk – Walmart (¶ 399)<br>Michael Rives – None[3] (¶ 400)<br>Kenneth Berkson – Walgreens (¶ 408) | CVS, Rite Aid, Express Scripts, Kroger, OptumRx, Albertson's, Humana |

---

[1] Hamel does not identify a pharmacy in the paragraph of the PMMMC discussing her claims, and her Fact Sheet (albeit the PFS she filled out when an economic loss class representative) identifies non-Defendant Costco as the dispensing pharmacy.

[2] Martinez does not identify a pharmacy in the paragraph of the PMMMC discussing his claims, and his Fact Sheet identifies non-Defendant Magellan Rx Pharmacy as the dispensing pharmacy.

[3] Rives does not identify a pharmacy in the paragraph of the PMMMC discussing his claims, and his Fact Sheet identifies non-Defendant Michelle's Pharmacy as the dispensing pharmacy.

| State: | Named Plaintiff(s) – Named Pharmacy Defendant (PMMMC ¶): | Claims under this state's law should be dismissed with prejudice as to: |
|---|---|---|
| Kansas | Richard O'Neill – CVS (¶ 409) | Walgreens, Walmart, Rite Aid, Express Scripts, Kroger, OptumRx, Albertson's, Humana |
| Maryland | Robert Fields – None[4] (¶ 401)<br>Celeste Daring – CVS (¶ 402)<br>Roland Butler – Rite Aid (¶ 406) | Walgreens, Walmart, Express Scripts, Kroger, OptumRx, Albertson's, Humana |
| New Jersey | Paulette Silberman – CVS and Express Scripts (¶ 411) | Walgreens, Walmart, Rite Aid, Kroger, OptumRx, Albertson's, Humana |
| Pennsylvania | Valeria Rodich-Annese – None[5] (¶ 403) | Walgreens, CVS, Walmart, Rite Aid, Express Scripts, Kroger, OptumRx, Albertson's, Humana |
| Texas | Sylvia Cotton – CVS and Walmart (¶ 412) | Walgreens, Rite Aid, Express Scripts, Kroger, OptumRx, Albertson's, Humana |
| West Virginia | Roger Tasker – Walmart (¶ 404)<br>Judy Tasker – Walmart (¶ 405) | Walgreens, CVS, Rite Aid, Express Scripts, Kroger, OptumRx, Albertson's, Humana |

---

[4] Fields does not identify a pharmacy in the paragraph of the PMMMC discussing his claims, but he identified non-Defendant ShopRite as the dispensing pharmacy in his deposition.

[5] Rodich-Annese identifies non-Defendant Giant Eagle as the dispensing pharmacy in the PMMMC.