# Exhibit 1 – PMMMC Named Defendant Chart

| State: | Named Plaintiff(s) (PMMMC ¶): | Named Wholesaler Defendant(s): | All Claims under This State's Law Should Be Dismissed With Prejudice As To: |
|---|---|---|---|
| **California** | Judson, John (397)<br>Hamel, Jo Ann (410) | McKesson, AmerisourceBergen<br>NONE (John Doe) | Cardinal Health, Inc. |
| **Colorado** | Martinez, Anthony (407) | NONE | AmerisourceBergen<br>Cardinal Health, Inc.<br>McKesson |
| **Florida** | Zehr, Sarah (398) | McKesson | AmerisourceBergen<br>Cardinal Health, Inc. |
| **Illinois** | Kruk, Robert (399)<br>Rives, Michael (400)<br>Berkson, Kenneth (408) | McKesson<br>NONE<br>NONE (John Doe) | AmerisourceBergen<br>Cardinal Health, Inc. |
| **Kansas** | O'Neill, Richard (409) | Cardinal Health, Inc. | AmerisourceBergen<br>McKesson |
| **Maryland** | Fields, Robert (401)<br>Daring, Celestine (402)<br>Butler, Roland (406) | NONE<br>Cardinal Health, Inc.<br>NONE (John Doe) | AmerisourceBergen<br>McKesson |
| **New Jersey** | Silberman, Paulette (411) | Cardinal Health, Inc., McKesson | AmerisourceBergen |
| **Pennsylvania** | Rodich-Annese, Valerie (403) | NONE (John Doe) | AmerisourceBergen<br>Cardinal Health, Inc.<br>McKesson |
| **Texas** | Cotton, Sylvia (412) | NONE (John Doe) | AmerisourceBergen<br>Cardinal Health, Inc.<br>McKesson |
| **West Virginia** | Tasker, Roger (404)<br>Tasker, Judy (405) | McKesson<br>McKesson | AmerisourceBergen<br>Cardinal Health, Inc. |