# Exhibit 2 – PELMC Named Defendant Chart

| State: | Named Plaintiff(s) (PELMC ¶): | Named Wholesaler Defendant(s): | All Claims under This State's Law Should Be Dismissed With Prejudice As To: |
|---|---|---|---|
| **Alabama** | Lamy, Asha (38)<br>Kelly, Sandra (48) | NONE (John Doe)<br>NONE (John Doe) | AmerisourceBergen<br>Cardinal Health, Inc.<br>McKesson |
| **California** | Meader, Jay (39)<br>Hays, Mark (53)<br>Johnston, Charlie (54)<br>Andre, Merilyn (55) | NONE (John Doe)<br>NONE (John Doe)<br>NONE (John Doe)<br>NONE (John Doe) | AmerisourceBergen<br>Cardinal Health, Inc.<br>McKesson |
| **Connecticut** | O'Brien, Peter (56) | NONE (John Doe) | AmerisourceBergen<br>Cardinal Health, Inc.<br>McKesson |
| **Florida** | Molinaro, Ron (28)<br>Deutenberg, Elenora Estate of (41) | NONE<br>NONE (John Doe) | AmerisourceBergen<br>Cardinal Health, Inc.<br>McKesson |
| **Georgia** | Powell, Lubertha (33)<br>Edwards, Lawrence (40) | AmerisourceBergen<br>None (John Doe) | Cardinal Health, Inc.<br>McKesson |
| **Illinois** | Anderson, Marlin (45)<br>Fatigato, Georgia (51) | NONE (John Doe)<br>NONE (John Doe) | AmerisourceBergen<br>Cardinal Health, Inc.<br>McKesson |
| **Indiana** | Gildner, Leland (22)<br>Wineinger, Brian (35)<br>Wolfe, Raleigh (50) | Cardinal<br>McKesson<br>NONE (John Doe) | AmerisourceBergen |
| **Kansas** | Kessinger, Joseph (32) | NONE | AmerisourceBergen<br>Cardinal Health, Inc.<br>McKesson |
| **Kentucky** | Cooper, Glenda (57) | NONE (John Doe) | AmerisourceBergen<br>Cardinal Health, Inc.<br>McKesson |
| **Louisiana** | Bell, Sandy (14) | NONE | AmerisourceBergen<br>Cardinal Health, Inc. |

DCACTIVE-61538158.1

| State: | Named Plaintiff(s) (PELMC ¶): | Named Wholesaler Defendant(s): | All Claims under This State's Law Should Be Dismissed With Prejudice As To: |
|---|---|---|---|
| | Neal, Talsie (30) | McKesson | |
| Maine | Crocker, Linda (42) | NONE (John Doe) | AmerisourceBergen Cardinal Health, Inc. McKesson |
| Massachusetts | Longwell, Veronica (26) | McKesson | AmerisourceBergen Cardinal Health, Inc. |
| Minnesota | Johnson, Jennifer (44) | NONE (John Doe) | AmerisourceBergen Cardinal Health, Inc. McKesson |
| Mississippi | McGilvery, Flora (27) | NONE | AmerisourceBergen Cardinal Health, Inc. McKesson |
| New Jersey | Glab, Marzanna (36) Sims, Antoinette (43) Lawson, James (46) Childs, James (47) Shetty, Radhakrishna (49) | NONE (John Doe) NONE (John Doe) NONE (John Doe) NONE (John Doe) NONE (John Doe) | AmerisourceBergen Cardinal Health, Inc. McKesson |
| New Mexico | Bruner, Billy (16) | AmerisourceBergen | Cardinal Health, Inc. McKesson |
| New York | Borkowski, Alphonse (15) Cacaccio, Joseph (18) Duffy, John (20) Nelson, Gerald (31) | McKesson McKesson AmerisourceBergen McKesson Cardinal Health, Inc. | NONE |
| North Carolina | Burnett, Gary (17) Dudley, Miranda (19) | NONE NONE | AmerisourceBergen Cardinal Health, Inc. McKesson |
| Ohio | Kaplan, Dennis (24) | McKesson | AmerisourceBergen Cardinal Health, Inc. |
| Pennsylvania | Semmel, Lawrence (23) | McKesson | AmerisourceBergen Cardinal Health, Inc. |

DCACTIVE-61538158.1

| State: | Named Plaintiff(s) (PELMC ¶): | Named Wholesaler Defendant(s): | All Claims under This State's Law Should Be Dismissed With Prejudice As To: |
|---|---|---|---|
| **Texas** | Erwin, Eric (21)<br>Lee, Jynona Gail (25)<br>Means, Brittney (52)<br>Cisneros, Samuel (58) | AmerisourceBergen<br>McKesson<br>NONE (John Doe)<br>NONE (John Doe) | Cardinal Health, Inc. |
| **Virginia** | Mullins, Cheryl (29)<br><br>Roberts, Robin (34)<br>McLean, Mary (37) | McKesson, AmerisourceBergen, Cardinal Health, Inc.<br>AmerisourceBergen<br>NONE (John Doe) | NONE |

DCACTIVE-61538158.1