UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master<br><br>**NOTICE OF MOTION TO STRIKE PLAINTIFFS' MOTION FOR SANCTIONS** |

**NOTICE OF MOTION TO STRIKE PLAINTIFFS' MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 37(A)(1) AND 37(D)(1)(B)**

To:   Adam M. Slater, Esquire
      Mazie Slater Katz & Freeman
      103 Eisenhower Parkway
      Roseland, NJ 07068

**PLEASE TAKE NOTICE** that on May 28, 2021, the ZHP Parties, by and through their undersigned counsel, shall move before the Honorable Robert B. Kugler, the Honorable Karen M. Williams, and the Honorable Special Master Thomas I. Vanaskie, for an ORDER striking Plaintiffs' Motion for Sanctions for Defendant ZHP's Obstruction and Failure to Provide Responsive Deposition Testimony.

**PLEASE TAKE FURTHER NOTICE** that a Certificate of Service attesting to the date and manner of service is submitted herewith.

May 28, 2021

                                        Respectfully submitted,

                                        By: /s/ *Seth A. Goldberg*

                                        DUANE MORRIS LLP
                                        Seth A. Goldberg
                                        Jessica Priselac
                                        30 South 17th Street
                                        Philadelphia, Pennsylvania 19103
                                        Tel.: (215)979-1000
                                        Fax: (215) 979-1020
                                        SAGoldberg@duanemorris.com
                                        JPriselac@duanemorris.com

                                        *Attorneys for Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*

2