UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE** |

**THIS MATTER** having come before the Court upon the ZHP Parties' Motion to Strike Plaintiffs' Motion for Sanctions for Failure to Comply with Fed. R. Civ. P. 37(a)(1) & 37(d)(1)(B), on notice to liaison counsel for Plaintiffs, and the Court having considered the parties' submissions; and for good cause shown:

It is, on this _____ day of _____ 2021,

**ORDERED AND ADJUDGED** that that the ZHP Parties' Motion to Strike Plaintiffs' Motion for Sanctions is **GRANTED IN FULL** and the Clerk of Court is directed to strike Plaintiffs' Motion for Sanctions for Defendant ZHP's Obstruction and Failure to Provide Responsive Deposition Testimony from the docket.

 

_____
Honorable Thomas I. Vanaskie,
Special Master