UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master<br><br>**NOTICE OF MOTION TO PARTIALLY STRIKE PLAINTIFFS' REPLY BRIEF** |

**NOTICE OF MOTION TO PARTIALLY STRIKE REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS WITHHELD AS CHINESE STATE SECRETS, OR FOR LEAVE TO FILE A SUR-REPLY**

To: Adam M. Slater, Esquire
Mazie Slater Katz & Freeman
103 Eisenhower Parkway
Roseland, NJ 07068

**PLEASE TAKE NOTICE** that on June 1, 2021, the ZHP Parties, by and through their undersigned counsel, shall move before the Honorable Robert B. Kugler, the Honorable Karen M. Williams, and the Honorable Special Master Thomas I. Vanaskie, for an ORDER partially striking Plaintiffs' Reply Brief in Support of Plaintiffs' Motion to Compel Production of Documents Withheld as

Chinese State Secrets. Alternatively, the ZHP Parties request the Court grant the ZHP Parties leave to file a sur-reply to address Plaintiffs' new arguments, and request the Court deem the accompanying brief the ZHP Parties' sur-reply.

**PLEASE TAKE FURTHER NOTICE** that a Certificate of Service attesting to the date and manner of service is submitted herewith.

June 1, 2021

                                      Respectfully submitted,

                                      By: */s/ Seth A. Goldberg*

DUANE MORRIS LLP
Seth A. Goldberg
Jessica Priselac
30 South 17th Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com
JPriselac@duanemorris.com

*Attorneys for Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*