# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master<br><br>**[PROPOSED] ORDER GRANTING PARTIAL MOTION TO STRIKE** |

**THIS MATTER** having come before the Court upon the ZHP Parties' Motion to Partially Strike Reply Brief in Support of Plaintiffs' Motion to Compel Production of Documents Withheld as Chinese State Secrets, or For Leave to File a Sur-Reply, on notice to liaison counsel for Plaintiffs, and the Court having considered the parties' submissions; and for good cause shown:

It is, on this _____ day of _____ 2021, **ORDERED AND ADJUDGED** that that the ZHP Parties' Motion to Partially Strike Plaintiffs' Reply Brief is **GRANTED IN FULL** and the Clerk of Court is directed to strike Plaintiffs' arguments related to the *Aerospatiale* and *Richmark* factors from the reply brief.

IN THE ALTERNATIVE, it is, on this _____ day of _____ 2021, **ORDERED AND ADJUDGED** that this Court grants the ZHP Parties leave to file a sur-reply brief to respond to Plaintiffs' newly raised arguments in its Motion to Compel Production of Documents Withheld as Chinese State Secrets and deem the accompanying brief the ZHP Parties' sur-reply.

_____
Honorable Thomas I. Vanaskie,
Special Master