UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master |

## CERTIFICATE OF SERVICE

I, Seth A. Goldberg, hereby certify that on June 1, 2021, copies of the foregoing ZHP Parties' Motion to Partially Strike Reply Brief in Support of Plaintiffs' Motion to Compel Production of Documents Withheld as Chinese State Secrets, or For Leave to File a Sur-Reply and supporting documents have been served via ECF upon Counsel for Plaintiffs and all counsel of record in the Court's electronic filing system.

/s/ Seth A. Goldberg

Dated: June 1, 2021