# Exhibits A & B

      Aurobindo has designated Exhibits A and B as confidential. Plaintiffs hereby challenge those designations. In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibits to the Court directly via email for its in camera review.