# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: Valsartan, Losartan, and Irbesartan<br><br>v.<br><br>This document Relates to All actions | **REQUEST BY ATTORNEY TO WITHDRAW FROM ELECTRONIC NOTIFICATIONS**<br><br>Civil/Criminal Action No. MDL No.2875 |

Request is hereby made by **Bruce Anthony McMullen**, Esq., counsel for, Quality Food Centers, Inc. in the above-captioned matter, to withdraw from electronic notifications in the within case, and it is represented that:

The within civil complaint has been dismissed/settled as to my client;

**NOTE:** Your withdrawal from electronic notifications in this matter does not constitute your withdrawal as counsel for your client in this matter.

/s/ Bruce McMullen
Signature of Attorney

Name: Bruce A. McMullen

Address: 165 Madison Ave., Suite 2000

Memphis, TN 38103

Phone: 901.526.2000

E-mail: bmcmullen@bakerdonelson.com

DNJ-CMECF-003