# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875 (RBK/JS) |

## NOTICE OF APPEARANCE OF KENNETH DZIKOWSKI

To the Clerk:

Please enter the appearance of Kenneth Dzikowski on behalf of Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc., on this Court's MDL master docket.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: June 7, 2021

                                                         */s/ Kenneth Dzikowski*
                                                         Kenneth Dzikowski
                                                         GREENBERG TRAURIG, LLP
                                                         500 Campus Drive, Suite 400
                                                         Florham Park, NJ 07932-0677
                                                         Telephone: (973) 360-7900
                                                         E-mail:  dzikowskik@gtlaw.com

                                                         *Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on the 7th day of June 2021, I caused the foregoing document to be filed electronically with the Clerk of Court using the CM/ECF system, which will serve a notice of electronic filing to all CM/ECF participants.

             */s/ Kenneth Dzikowski*
             Kenneth Dzikowski