# Exhibits C-E

      ZHP and Teva have designated Exhibits C through E as confidential. Plaintiffs hereby challenge those designations. In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibits to the Court directly via email for its in camera review.