# Exhibit F

浙江华海药业股份有限公司
ZHEJIANG HUAHAI PHARMACEUTICAL CO.,LTD.

## The Opening Meeting Attendants (FDA inspection: May 19~23, 2014)

| No. | Name | Title | Background | Starting in Huahai | Graduated University | Working years in pharmaceuticals | Department Employee |
|---|---|---|---|---|---|---|---|
| 1 | Baohua CHEN | President | M.S., Chem. Eng | 1989 | Zhejiang University of Technology | 31 | 3800 |
| 2 | Jun DU | Executive Vice President | M.S., Chem. Eng | 2003 | New Jersey Institute of Technology, USA | 24 | 300 |
| 3 | Chunmin XU | Vice President, API Manufacture | B.S., Chem. Eng. | 1996 | Zhejiang University of Technology | 36 | 1500 |
| 4 | Cunxiao (Jenson) YE | Vice President, Quality Assurance | B.S., Pharmacy | 2010 | Zhejiang University | 20 | 330 |
| 5 | Hai WANG | Senior Vice President, Business Development & Sales | M.S., Chemistry | 2005 | Eastern University of Tennessee, USA | 28 | 14 |
| 6 | Xiaodi GUO | Vice President, Huahai Institute of Pharmaceutical Research | Ph.D., Industry Pharmacy | 2005 | The University of Texas at Austin, USA | 21 | 450 |
| 7 | Jie WANG | Vice President, Business Development | B.S., English | 2013 | Dalian University | 20 | 45 |
| 8 | Lihong (Linda) LIN | Assistant General Manager, API Regulatory affairs | M.S., Chemistry | 1997 | Zhejiang University of Technology | 17 | 220 |
| 9 | Jucai GE | API Chuannan QA, Assistant Director | B.S., Chemistry | 2000 | Zhejiang University | 14 | 33 |

浙江华海药业股份有限公司
ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.

| No. | Name | Title | Background | Starting in Huahai | Graduated University | Working years in pharmaceuticals | Department Employee |
|---|---|---|---|---|---|---|---|
| 10 | Qiangming LI | API Chuannan QC, Director | B.S., Chemistry | 2011 | Wuhan Institute of Technology | 15 | 85 |
| 11 | Hu ZHOU | API Chuannan, Facility 1, Plant Director | B.S., Chem. Eng. | 2000 | Wuhan Institute of Technology | 18 | 1048 |
| 12 | Jian CHEN | API Chuannan, Facility 2, Plant Director | Ph.D., Chemistry | 2012 | Universitat des Saarlandes, Germany | 16 | 306 |
| 13 | Remonda Gergis | Senior Director, Quality Assurance (Huahai US Inc.) | M.S., Chemistry | 2009 | Temple University, USA | 26 | 4 |
| 14 | Minfa WANG | Director, Pharmaceuticals Manufacturing Quality Control | Ph.D., Analytical Chemistry | 2006 | City University of New York, USA | 23 | 88 |
| 15 | Xuezhang YIN | API Chuannan, Facility 1, Deputy Plant Director | B.S., Admin. | 1993 | Linhai Radio & Television University | 21 | 43 |
| 16 | Shaoliang SHAO | API Chuannan, Facility 1, Assistant Plant Director | B.S., Chem. Eng. | 1996 | Tongji University | 18 | 69 |
| 17 | Weixing FAN | API Chuannan, Facility 2, Deputy Plant Director | B.S., Mechanical Eng. | 1996 | Jangsu Institute of Petrochemical Technology | 19 | 34 |
| 18 | Youli CHEN | API Chuannan, Facility 2, EHS Director | B.S., Enviromental Eng. | 2014 | Guangxi University for Nationality | 11 | 8 |

浙江华海药业股份有限公司
ZHEJIANG HUAHAI PHARMACEUTICAL CO.,LTD.

| No. | Name | Title | Background | Starting in Huahai | Graduated University | Working years in pharmaceuticals | Department Employee |
|---|---|---|---|---|---|---|---|
| 19 | Peng WANG | API Chuannan, Facility 2, Deputy Plant Director | B.S., Chem. Eng. | 2004 | Northwest University | 10 | 13 |
| 20 | Yuelin HU | API Chuannan, Facility 1, QA Manager | B.S., Chem. Eng. | 2005 | Jilin University | 10 | 20 |
| 21 | Meijiao ZHENG | API Chuannan, Facility 2, QA Deputy Manager | B.S., Chem. Eng. | 2005 | Zhejiang University | 9 | 13 |
| 22 | Nailing LI | API Chuannan, Facility 2, QA Assistant Manager | B.S., Chem. Eng. | 2006 | Northwest University | 8 | 12 |
| 23 | Ying (Jessica) YU | Director, Business Development (Translator) | B.S., English | 2003 | Queensland Central University, Australia | 11 | 7 |
| 24 | Wei CHENG | Corp QA (Translator) | B.S., Chem. Eng. | 2013 | Beijing University of Chinese Medicine | 8 | 2 |
| 25 | Ting (Ada) ZHOU | Regulatory affairs (Inspection coordinator) | B.S., Chem. Eng. | 2005 | Xiangtan University | 9 | 14 |
| 26 | Ying SONG | Chuannan QA (Recorder) | B.S., Chem. Eng. | 2007 | Wuhan University of Technology | 7 | 6 |

Prepared by/date:  2016.05.19         Reviewed by/date:  2016.05.19

CONFIDENTIAL INFORMATION                                                                                         ZHP00004939