# Exhibits M-T

      ZHP has designated Exhibits M through T as confidential. With the exception of Exhibit M, which the Court has ruled is confidential, Plaintiffs hereby challenge those designations. In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibits to the Court directly via email for its in camera review.