# Exhibits W-LL

      ZHP has designated Exhibits W through AA and DD through LL as confidential. Teva has done the same for Exhibits Z, BB, and CC. Plaintiffs hereby challenge those designations. In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibits to the Court directly via email for its in camera review.