```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY


    _____

                                        CIVIL ACTION NUMBER:
    IN RE:  VALSARTAN PRODUCTS
    LIABILITY LITIGATION                19-md-02875-RBK-KMW

    _____    CASE MANAGEMENT CONFERENCE
                                        VIA TELECONFERENCE

        Mitchell H. Cohen Building & U.S. Courthouse
        4th & Cooper Streets
        Camden, New Jersey  08101
        June 3, 2021
        Commencing at 1:30 p.m.

    B E F O R E:              THE HONORABLE ROBERT B. KUGLER
                              UNITED STATES DISTRICT JUDGE AND
                              SPECIAL MASTER THE HONORABLE
                              THOMAS I. VANASKIE


    A P P E A R A N C E S:

        MAZIE SLATER KATZ & FREEMAN, LLC
        BY:  ADAM M. SLATER, ESQUIRE
        103 Eisenhower Parkway
        Roseland, New Jersey  07068
        For the Plaintiffs

        GOLOMB & HONIK, P.C.
        BY:  RUBEN HONIK, ESQUIRE
        1835 Market Street, Suite 2900
        Philadelphia, Pennsylvania  19103
        For the Plaintiffs

        KANNER & WHITELEY, LLC
        BY:  CONLEE S. WHITELEY, ESQUIRE
        BY:  LAYNE HILTON, ESQUIRE
        701 Camp Street
        New Orleans, Louisiana  70130
        For the Plaintiffs

              Camille Pedano, Official Court Reporter
                      camillepedano@gmail.com
                           609-774-1494

     Proceedings recorded by mechanical stenography; transcript
              produced by computer-aided transcription.
```

**A P P E A R A N C E S (Continued):**

  KIRTLAND & PACKARD LLP
  BY:  BEHRAM V. PAREKH, ESQUIRE
  1638 South Pacific Coast Highway
  Redondo Beach, California  90277
  For the Plaintiffs

  GOLDENBERG LAW, LLC
  BY:  MARLENE J. GOLDENBERG, ESQUIRE
  800 Lasalle Avenue, Suite 2150
  Minneapolis, Minnesota  55402
  For the Plaintiffs

  DUANE MORRIS LLP
  BY:  SETH A. GOLDBERG, ESQUIRE
  BY:  JESSICA PRISELAC, ESQUIRE
  BY:  REBECCA BAZAN, ESQUIRE
  BY:  KELLY ANN BONNER, ESQUIRE
  30 South 17th Street
  Philadelphia, Pennsylvania  19103
  For the Defendants, Prinston Pharmaceuticals,
  Solco Healthcare U.S. LLC, and
  Zhejiang Huahai Pharmaceuticals Ltd.

  PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP
  BY:  CLEM C. TRISCHLER, ESQUIRE
  One Oxford Centre, 38th Floor
  Pittsburgh, Pennsylvania  15219
  For the Defendant, Mylan Pharmaceuticals, Inc.

  GREENBERG TRAURIG LLP
  BY:  VICTORIA DAVIS LOCKARD, ESQUIRE
  BY:  STEVEN M. HARKINS, ESQUIRE
  3333 Piedmont Road, NE, Suite 2500
  Atlanta, Georgia  30305
  For the Defendants, Teva Pharmaceutical Industries Ltd.,
  Teva Pharmaceuticals USA, Inc., Actavis LLC,
  and Actavis Pharma, Inc.

```
 1   A P P E A R A N C E S (Continued):

 2
         CIPRIANI & WERNER, P.C.
 3       BY:  JESSICA M. HEINZ, ESQUIRE
         BY:  ERNEST F. KOSCHINEG, ESQUIRE
 4       BY:  ETHAN FELDMAN, ESQUIRE
         450 Sentry Parkway
 5       Blue Bell, Pennsylvania  19422
                   And
 6       MORGAN, LEWIS & BOCKIUS, LLP
         BY:  JOHN P. LAVELLE, JR.
 7       502 Carnegie Center
         Princeton, New Jersey  08540
 8       For the Defendants, Aurolife Pharma LLC
         and Aurobindo Pharma USA, Inc.
 9
         HILL WALLACK, LLP
10       BY:  ERIC I. ABRAHAM, ESQUIRE
              NAKUL Y. SHAH, ESQUIRE
11       21 Roszel Road
         Princeton, New Jersey 08540
12       For the Defendants, Hetero Drugs and Hetero Labs

13       KIRKLAND & ELLIS LLP
         BY:  ALEXIA R. BRANCATO, ESQUIRE
14       601 Lexington Avenue
         New York, New York  10022
15       For the Defendants, Torrent Pharma Inc.
         and Torrent Pharmaceuticals Ltd.
16
         ULMER & BERNE LLLP
17       BY:  JEFFREY D. GEOPPINGER, ESQUIRE
         600 Vine Street, Suite 2800
18       Cincinnati, Ohio 445202
         For the Wholesaler Defendants and AmerisourceBergen
19
         BARNES & THORNBURG, LLP
20       BY:  KRISTEN L. RICHER, ESQUIRE
         2029 Century Park East, Suite 300
21       Los Angeles, California  90067
         For the Retailer Defendants and CVS Pharmacy, Inc., and
22       Rite Aid Corporation

23       LEWIS BRISBOIS BEASGAARD & SMITH
         BY:  ANDREW F. ALBERO, ESQUIRE
24       550 East Swedesboro Road, Suite 270
         Wayne, Pennsylvania  19087
25       For the Defendants, AvKARE and Camber
```

1  **ALSO PRESENT:**

2      LORETTA SMITH, ESQUIRE
       Judicial Law Clerk to The Honorable Robert B. Kugler
3
       Larry MacStravic, Courtroom Deputy
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  (PROCEEDINGS held via teleconference before The Honorable
2  Robert B. Kugler, United States District Judge, and Special
3  Master The Honorable Thomas I. Vanaskie at 1:30 p.m.)
4           JUDGE KUGLER:  Is Judge Vanaskie joining us today?
5           JUDGE VANASKIE:  Yes, I am on the line.
6           JUDGE KUGLER:  How you doing?
7           JUDGE VANASKIE:  I'm doing well.
8           JUDGE KUGLER:  Did you get them all straightened out
9  this morning?
10          JUDGE VANASKIE:  I did.
11          JUDGE KUGLER:  Good.
12          JUDGE VANASKIE:  Ultimately.  I think you'll get some
13 disagreement there.
14          JUDGE KUGLER:  It must be like being a dentist pulling
15 teeth at times, right?
16          JUDGE VANASKIE:  Yes, sometimes.
17          JUDGE KUGLER:  All right.  Well, as far as I can tell
18 from what counsel's written in, there's very little for me to
19 do today.  There's these show-cause orders but they seem to be
20 somewhat resolved.  The three on the show cause why they
21 shouldn't be dismissed seem to be resolved.  That's the
22 Gwendolyn Mundy, the James Gibson and the Michael Canfara
23 cases; is that correct?
24          MR. HARKINS:  Good afternoon, Your Honor.  This is
25 Steve Harkins with Greenberg Traurig for the Teva defendants

1  and the joint defense group.
2       That is correct, the issues with those three cases
3  have been resolved.
4       JUDGE KUGLER:  Okay.  Then we go to the second
5  listing, there's only three cases on that:  John Wilcox, Darris
6  Knox, Julie Sundermeier.  Have any of those been resolved?
7       MR. HARKINS:  Steve Harkins, again, Your Honor.
8       I have no updates on these three cases, so defendants
9  are requesting orders to show cause returnable at the June CMC
10 in all three instances.
11      JUDGE KUGLER:  Any objection from any plaintiffs?
12      (No response.)
13      JUDGE KUGLER:  Okay.  Hearing none, we'll issue orders
14 to show cause in the Wilcox, Knox and Sundermeier actions.
15      And that leaves now a couple more.
16      We have Michael Northington, we have the Estate of
17 Donna Keglovich, and we have Lillian Osolin, O-S-O-L-I-N, with
18 deficiencies and the defendants seek a next listing on this.
19      Mr. Harkins, any changes in those?
20      MR. HARKINS:  No updates on those cases from the
21 defense, Your Honor.
22      JUDGE KUGLER:  Any objections by the plaintiffs?
23      A SPEAKER:  Your Honor, this is --
24      MS. GOLDENBERG:  Your Honor, this is Marlene
25 Goldenberg on behalf of the plaintiffs.  I don't know if that

1  was Jamie Oliver about to speak up.
2          My understanding is that the Estate of Donna Keglovich
3  has been resolved.  And I have an email from a different
4  defense attorney, who I haven't looked at in a moment,
5  confirming that they're not going to seek a second listing on
6  that one.
7          MR. ALBERO:  This is Andrew Albero, Your Honor, for
8  Camber Pharmaceuticals.  I was the defense lawyer that Ms.
9  Goldenberg is referring to.  That's correct.
10         MS. GOLDENBERG:  Thanks, Andrew.  Sorry about that.
11         JUDGE KUGLER:  Okay.  So we can eliminate that one
12 then, right?
13         How about the other two, any objections on the other
14 two?
15         (No response.)
16         JUDGE KUGLER:  None?  Okay.  Then they will be moved
17 to the next listing at the next meeting.
18         All right.  What other issues do you have for me
19 today, if any?  Anybody want to speak on that?
20         MR. SLATER:  Hello, Judge.  It's Adam Slater.
21         I don't think we have any other issues for you at this
22 point, happily.  Judge Vanaskie had a pretty full plate this
23 morning.
24         JUDGE KUGLER:  I read your papers and I appreciate
25 what Judge Vanaskie is doing for me.  I have to tell you, I am

1  pleasantly surprised by the number of cases that are showing up
2  on these orders to show cause.  Apparently, everybody seems to
3  be getting things done in a timely manner, which is great.  I
4  appreciate it.
5          All right.  Then we might as well then sign off and
6  we'll talk to you again at the end of the month.  Okay?
7          JUDGE VANASKIE:  Thank you very much.
8          MR. SLATER:  Thank you very much, Your Honor.
9          (The proceedings concluded at 1:37 p.m.)
10         - - - - - - - - - - - - - - - -
11
12         I certify that the foregoing is a correct transcript
13 from the record of proceedings in the above-entitled matter.
14
15 */S/ Camille Pedano, CCR, RMR, CRR, CRC, RPR*
   *Court Reporter/Transcriber*
16
17 *June 5, 2021*
         *Date*
18

| / | | | | |
|---|---|---|---|---|
| **/S** [1] - 8:15 | 1:24 | **BERNE** [1] - 3:16 | **counsel's** [1] - 5:18 | **F** |
| | | **Blue** [1] - 3:5 | **couple** [1] - 6:15 | |
| **0** | **7** | **BOCKIUS** [1] - 3:6 | **Court** [2] - 1:23, 8:15 | **far** [1] - 5:17 |
| | **701** [1] - 1:21 | **BONNER** [1] - 2:10 | **COURT** [1] - 1:1 | **FELDMAN** [1] - 3:4 |
| **07068** [1] - 1:15 | **70130** [1] - 1:21 | **BOSICK** [1] - 2:14 | **Courthouse** [1] - 1:7 | **Floor** [1] - 2:15 |
| **08101** [1] - 1:8 | | **BRANCATO** [1] - 3:13 | **Courtroom** [1] - 4:3 | **FOR** [1] - 1:1 |
| **08540** [2] - 3:7, 3:11 | **8** | **BRISBOIS** [1] - 3:23 | **CRC** [1] - 8:15 | **foregoing** [1] - 8:12 |
| | **800** [1] - 2:6 | **Building** [1] - 1:7 | **CRR** [1] - 8:15 | **FREEMAN** [1] - 1:13 |
| **1** | | **BY** [21] - 1:14, 1:17, 1:20, 1:20, 2:3, 2:6, 2:9, 2:9, 2:10, 2:10, 2:14, 2:17, 2:18, 3:3, 3:3, 3:4, 3:6, 3:13, 3:17, 3:20, 3:23 | **CVS** [1] - 3:21 | **full** [1] - 7:22 |
| **10022** [1] - 3:14 | **9** | | | **G** |
| **103** [1] - 1:14 | **90067** [1] - 3:21 | | **D** | |
| **15219** [1] - 2:15 | **90277** [1] - 2:4 | | **Darris** [1] - 6:5 | **GEOPPINGER** [1] - 3:17 |
| **1638** [1] - 2:3 | | | **Date** [1] - 8:17 | **Georgia** [1] - 2:19 |
| **17th** [1] - 2:11 | **A** | | **DAVIS** [1] - 2:17 | **Gibson** [1] - 5:22 |
| **1835** [1] - 1:17 | **above-entitled** [1] - 8:13 | **C** | **Defendant** [1] - 2:16 | **GOLDBERG** [1] - 2:9 |
| **19-md-02875-RBK-KMW** [1] - 1:4 | **ABRAHAM** [1] - 3:10 | **California** [2] - 2:4, 3:21 | **defendants** [3] - 5:25, 6:8, 6:18 | **Goldenberg** [2] - 6:25, 7:9 |
| **19087** [1] - 3:24 | **Actavis** [2] - 2:20, 2:20 | **Camber** [2] - 3:25, 7:8 | **Defendants** [8] - 2:12, 2:19, 3:8, 3:12, 3:15, 3:18, 3:21, 3:25 | **GOLDENBERG** [4] - 2:5, 2:6, 2:24, 7:10 |
| **19103** [2] - 1:18, 2:11 | **ACTION** [1] - 1:3 | **Camden** [1] - 1:8 | **defense** [4] - 6:1, 6:21, 7:4, 7:8 | **GOLOMB** [1] - 1:16 |
| **19422** [1] - 3:5 | **actions** [1] - 6:14 | **Camille** [2] - 1:23, 8:15 | **deficiencies** [1] - 6:18 | **GORDON** [1] - 2:14 |
| **1:30** [2] - 1:9, 5:3 | **Adam** [1] - 7:20 | **camillepedano@gmail.com** [1] - 1:23 | **dentist** [1] - 5:14 | **great** [1] - 8:3 |
| **1:37** [1] - 8:9 | **ADAM** [1] - 1:14 | **Camp** [1] - 1:21 | **Deputy** [1] - 4:3 | **GREENBERG** [1] - 2:17 |
| | **afternoon** [1] - 5:24 | **Canfara** [1] - 5:22 | **different** [1] - 7:3 | **Greenberg** [1] - 5:25 |
| **2** | **Aid** [1] - 3:22 | **Carnegie** [1] - 3:7 | **disagreement** [1] - 5:13 | **group** [1] - 6:1 |
| **2021** [2] - 1:8, 8:17 | **aided** [1] - 1:25 | **CASE** [1] - 1:5 | **dismissed** [1] - 5:21 | **Gwendolyn** [1] - 5:22 |
| **2029** [1] - 3:20 | **Albero** [1] - 7:7 | **cases** [6] - 5:23, 6:2, 6:5, 6:8, 6:20, 8:1 | **District** [1] - 5:2 | |
| **21** [1] - 3:11 | **ALBERO** [2] - 3:23, 7:7 | **CCR** [1] - 8:15 | **DISTRICT** [3] - 1:1, 1:1, 1:10 | **H** |
| **2150** [1] - 2:6 | **ALEXIA** [1] - 3:13 | **Center** [1] - 3:7 | **done** [1] - 8:3 | **happily** [1] - 7:22 |
| **2500** [1] - 2:18 | **ALFANO** [1] - 2:14 | **Centre** [1] - 2:15 | **Donna** [2] - 6:17, 7:2 | **Harkins** [2] - 5:25, 6:7 |
| **270** [1] - 3:24 | **ALSO** [1] - 4:1 | **Century** [1] - 3:20 | **Drugs** [1] - 3:12 | **HARKINS** [4] - 2:18, 5:24, 6:7, 6:20 |
| **2800** [1] - 3:17 | **AmerisourceBergen** [1] - 3:18 | **certify** [1] - 8:12 | **DUANE** [1] - 2:8 | **harkins** [1] - 6:19 |
| **2900** [1] - 1:17 | **AND** [1] - 1:10 | **changes** [1] - 6:19 | | **Healthcare** [1] - 2:12 |
| | **Andrew** [2] - 7:7, 7:10 | **Cincinnati** [1] - 3:18 | **E** | **hearing** [1] - 6:13 |
| **3** | **ANDREW** [1] - 3:23 | **CIPRIANI** [1] - 3:2 | **East** [2] - 3:20, 3:24 | **HEINZ** [1] - 3:3 |
| **3** [1] - 1:8 | **Angeles** [1] - 3:21 | **CIVIL** [1] - 1:3 | **Eisenhower** [1] - 1:14 | **held** [1] - 5:1 |
| **30** [1] - 2:11 | **ANN** [1] - 2:10 | **CLEM** [1] - 2:14 | **eliminate** [1] - 7:11 | **hello** [1] - 7:20 |
| **300** [1] - 3:20 | **appreciate** [2] - 7:24, 8:4 | **Clerk** [1] - 4:2 | **ELLIS** [1] - 3:13 | **Hetero** [2] - 3:12 |
| **30305** [1] - 2:19 | **Atlanta** [1] - 2:19 | **CMC** [1] - 6:9 | **email** [1] - 7:3 | **Highway** [1] - 2:3 |
| **3333** [1] - 2:18 | **attorney** [1] - 7:4 | **Coast** [1] - 2:3 | **end** [1] - 8:6 | **HILL** [1] - 3:9 |
| **38th** [1] - 2:15 | **Aurobindo** [1] - 3:8 | **Cohen** [1] - 1:7 | **entitled** [1] - 8:13 | **HILTON** [1] - 1:20 |
| | **Aurolife** [1] - 3:8 | **Commencing** [1] - 1:9 | **ERIC** [1] - 3:10 | **HONIK** [2] - 1:16, 1:17 |
| **4** | **Avenue** [2] - 2:6, 3:14 | **computer** [1] - 1:25 | **ERNEST** [1] - 3:3 | **Honor** [7] - 5:24, 6:7, 6:21, 6:23, 6:24, 7:7, 8:8 |
| **445202** [1] - 3:18 | **AvKARE** [1] - 3:25 | **computer-aided** [1] - 1:25 | **ESQUIRE** [23] - 1:14, 1:17, 1:20, 1:20, 2:3, 2:6, 2:9, 2:9, 2:10, 2:10, 2:14, 2:17, 2:18, 3:3, 3:3, 3:4, 3:10, 3:10, 3:13, 3:17, 3:20, 3:23, 4:2 | **Honorable** [3] - 4:2, 5:1, 5:3 |
| **450** [1] - 3:4 | | **concluded** [1] - 8:9 | | **HONORABLE** [2] - 1:10, 1:11 |
| **4th** [1] - 1:7 | **B** | **CONFERENCE** [1] - 1:5 | | **Huahai** [1] - 2:13 |
| | **BARNES** [1] - 3:19 | **confirming** [1] - 7:5 | | |
| **5** | **BAZAN** [1] - 2:10 | **CONLEE** [1] - 1:20 | | **I** |
| **5** [1] - 8:17 | **Beach** [1] - 2:4 | **Continued** [2] - 2:1, 3:1 | | **IN** [1] - 1:4 |
| **502** [1] - 3:7 | **BEASGAARD** [1] - 3:23 | **Cooper** [1] - 1:7 | **Estate** [2] - 6:16, 7:2 | **Inc** [6] - 2:16, 2:20, 2:20, 3:8, 3:15, 3:21 |
| **550** [1] - 3:24 | **behalf** [1] - 6:25 | **Corporation** [1] - 3:22 | **ETHAN** [1] - 3:4 | **Industries** [1] - 2:19 |
| **55402** [1] - 2:7 | **BEHRAM** [1] - 2:3 | **correct** [4] - 5:23, 6:2, 7:9, 8:12 | | |
| **6** | **Bell** [1] - 3:5 | | | |
| **600** [1] - 3:17 | | | | |
| **601** [1] - 3:14 | | | | |
| **609-774-1494** [1] - | | | | |

Case 1:19-md-02875-RMB-SAK    Document 1300    Filed 06/05/21    Page 10 of 11 PageID: 29824

*instances* [1] - 6:10
*issue* [1] - 6:13
*issues* [3] - 6:2, 7:18, 7:21

### J

*James* [1] - 5:22
*Jamie* [1] - 7:1
*JEFFREY* [1] - 3:17
*JERSEY* [1] - 1:1
*Jersey* [4] - 1:8, 1:15, 3:7, 3:11
*JESSICA* [2] - 2:9, 3:3
*John* [1] - 6:5
*JOHN* [1] - 3:6
*joining* [1] - 5:4
*joint* [1] - 6:1
*JR* [1] - 3:6
*JUDGE* [20] - 1:10, 5:4, 5:5, 5:6, 5:7, 5:8, 5:10, 5:11, 5:12, 5:14, 5:16, 5:17, 6:4, 6:11, 6:13, 6:22, 7:11, 7:16, 7:24, 8:7
*Judge* [5] - 5:2, 5:4, 7:20, 7:22, 7:25
*Judicial* [1] - 4:2
*Julie* [1] - 6:6
*June* [3] - 1:8, 6:9, 8:17

### K

*KANNER* [1] - 1:19
*KATZ* [1] - 1:13
*Keglovich* [2] - 6:17, 7:2
*KELLY* [1] - 2:10
*KIRKLAND* [1] - 3:13
*KIRTLAND* [1] - 2:2
*Knox* [2] - 6:6, 6:14
*KOSCHINEG* [1] - 3:3
*KRISTEN* [1] - 3:20
*Kugler* [2] - 4:2, 5:2
*KUGLER* [14] - 1:10, 5:4, 5:6, 5:8, 5:11, 5:14, 5:17, 6:4, 6:11, 6:13, 6:22, 7:11, 7:16, 7:24

### L

*Labs* [1] - 3:12
*larry* [1] - 4:3
*Lasalle* [1] - 2:6
*LAVELLE* [1] - 3:6
*Law* [1] - 4:2
*LAW* [1] - 2:5
*lawyer* [1] - 7:8
*LAYNE* [1] - 1:20
*leaves* [1] - 6:15

*LEWIS* [2] - 3:6, 3:23
*Lexington* [1] - 3:14
*LIABILITY* [1] - 1:4
*Lillian* [1] - 6:17
*line* [1] - 5:5
*listing* [4] - 6:5, 6:18, 7:5, 7:17
*LITIGATION* [1] - 1:4
*LLC* [6] - 1:13, 1:19, 2:5, 2:12, 2:20, 3:8
*LLLP* [1] - 3:16
*LLP* [8] - 2:2, 2:8, 2:14, 2:17, 3:6, 3:9, 3:13, 3:19
*LOCKARD* [1] - 2:17
*looked* [1] - 7:4
*LORETTA* [1] - 4:2
*Los* [1] - 3:21
*Louisiana* [1] - 1:21
*Ltd* [3] - 2:13, 2:19, 3:15

### M

*MacStravic* [1] - 4:3
*MANAGEMENT* [1] - 1:5
*manner* [1] - 8:3
*Market* [1] - 1:17
*Marlene* [1] - 6:24
*MARLENE* [1] - 2:6
*Master* [1] - 5:3
*MASTER* [1] - 1:11
*matter* [1] - 8:13
*MAZIE* [1] - 1:13
*mechanical* [1] - 1:25
*meeting* [1] - 7:17
*Michael* [2] - 5:22, 6:16
*might* [1] - 8:5
*Minneapolis* [1] - 2:7
*Minnesota* [1] - 2:7
*Mitchell* [1] - 1:7
*moment* [1] - 7:4
*month* [1] - 8:6
*MORGAN* [1] - 3:6
*morning* [2] - 5:9, 7:23
*MORRIS* [1] - 2:8
*moved* [1] - 7:16
*MR* [6] - 5:24, 6:7, 6:20, 7:7, 7:20, 8:8
*MS* [2] - 6:24, 7:10
*Mundy* [1] - 5:22
*must* [1] - 5:14
*Mylan* [1] - 2:16

### N

*NAKUL* [1] - 3:10
*NE* [1] - 2:18
*NEW* [1] - 1:1

*New* [7] - 1:8, 1:15, 1:21, 3:7, 3:11, 3:14
*next* [3] - 6:18, 7:17
*none* [2] - 6:13, 7:16
*Northington* [1] - 6:16
*number* [1] - 8:1
*NUMBER* [1] - 1:3

### O

*objection* [1] - 6:11
*objections* [2] - 6:22, 7:13
*OF* [1] - 1:1
*Official* [1] - 1:23
*Ohio* [1] - 3:18
*Oliver* [1] - 7:1
*One* [1] - 2:15
*one* [2] - 7:6, 7:11
*orders* [4] - 5:19, 6:9, 6:13, 8:2
*Orleans* [1] - 1:21
*Osolin* [1] - 6:17
*OSOLIN* [1] - 6:17
*Oxford* [1] - 2:15

### P

*P.C* [2] - 1:16, 3:2
*p.m* [3] - 1:9, 5:3, 8:9
*Pacific* [1] - 2:3
*PACKARD* [1] - 2:2
*papers* [1] - 7:24
*PAREKH* [1] - 2:3
*Park* [1] - 3:20
*Parkway* [2] - 1:14, 3:4
*Pedano* [2] - 1:23, 8:15
*Pennsylvania* [5] - 1:18, 2:11, 2:15, 3:5, 3:24
*Pharma* [4] - 2:20, 3:8, 3:8, 3:15
*Pharmaceutical* [1] - 2:19
*Pharmaceuticals* [6] - 2:12, 2:13, 2:16, 2:20, 3:15, 7:8
*Pharmacy* [1] - 3:21
*Philadelphia* [2] - 1:18, 2:11
*Piedmont* [1] - 2:18
*PIETRAGALLO* [1] - 2:14
*Pittsburgh* [1] - 2:15
*plaintiffs* [3] - 6:11, 6:22, 6:25
*Plaintiffs* [5] - 1:15, 1:18, 1:22, 2:4, 2:7
*plate* [1] - 7:22

*pleasantly* [1] - 8:1
*point* [1] - 7:22
*PRESENT* [1] - 4:1
*pretty* [1] - 7:22
*Princeton* [2] - 3:7, 3:11
*Prinston* [1] - 2:12
*PRISELAC* [1] - 2:9
*PROCEEDINGS* [1] - 5:1
*Proceedings* [1] - 1:25
*proceedings* [2] - 8:9, 8:13
*produced* [1] - 1:25
*PRODUCTS* [1] - 1:4
*pulling* [1] - 5:14

### R

*RASPANTI* [1] - 2:14
*RE* [1] - 1:4
*read* [1] - 7:24
*REBECCA* [1] - 2:10
*record* [1] - 8:13
*recorded* [1] - 1:25
*Redondo* [1] - 2:4
*referring* [1] - 7:9
*Reporter* [1] - 1:23
*Reporter/ Transcriber* [1] - 8:15
*requesting* [1] - 6:9
*resolved* [5] - 5:20, 5:21, 6:3, 6:6, 7:3
*response* [2] - 6:12, 7:15
*Retailer* [1] - 3:21
*returnable* [1] - 6:9
*RICHER* [1] - 3:20
*Rite* [1] - 3:22
*RMR* [1] - 8:15
*Road* [3] - 2:18, 3:11, 3:24
*ROBERT* [1] - 1:10
*Robert* [2] - 4:2, 5:2
*Roseland* [1] - 1:15
*Roszel* [1] - 3:11
*RPR* [1] - 8:15
*RUBEN* [1] - 1:17

### S

*second* [2] - 6:4, 7:5
*seek* [2] - 6:18, 7:5
*seem* [2] - 5:19, 5:21
*Sentry* [1] - 3:4
*SETH* [1] - 2:9
*SHAH* [1] - 3:10
*show* [5] - 5:19, 5:20, 6:9, 6:14, 8:2

*show-cause* [1] - 5:19
*showing* [1] - 8:1
*sign* [1] - 8:5
*SLATER* [4] - 1:13, 1:14, 7:20, 8:8
*Slater* [1] - 7:20
*SMITH* [2] - 3:23, 4:2
*Solco* [1] - 2:12
*sometimes* [1] - 5:16
*somewhat* [1] - 5:20
*sorry* [1] - 7:10
*South* [2] - 2:3, 2:11
*SPEAKER* [1] - 6:23
*SPECIAL* [1] - 1:11
*Special* [1] - 5:2
*STATES* [2] - 1:1, 1:10
*States* [1] - 5:2
*stenography* [1] - 1:25
*Steve* [2] - 5:25, 6:7
*STEVEN* [1] - 2:18
*straightened* [1] - 5:8
*Street* [4] - 1:17, 1:21, 2:11, 3:17
*Streets* [1] - 1:7
*Suite* [6] - 1:17, 2:6, 2:18, 3:17, 3:20, 3:24
*Sundermeier* [2] - 6:6, 6:14
*surprised* [1] - 8:1
*Swedesboro* [1] - 3:24

### T

*teeth* [1] - 5:15
*TELECONFERENCE* [1] - 1:6
*teleconference* [1] - 5:1
*Teva* [3] - 2:19, 2:20, 5:25
*THE* [3] - 1:1, 1:10, 1:11
*Thomas* [1] - 5:3
*THOMAS* [1] - 1:11
*THORNBURG* [1] - 3:19
*three* [5] - 5:20, 6:2, 6:5, 6:8, 6:10
*timely* [1] - 8:3
*today* [3] - 5:4, 5:19, 7:19
*Torrent* [2] - 3:15, 3:15
*transcript* [2] - 1:25, 8:12
*transcription* [1] - 1:25
*Traurig* [1] - 5:25
*TRAURIG* [1] - 2:17

**TRISCHLER** [1] - 2:14
**two** [2] - 7:13, 7:14

## U

**U.S** [2] - 1:7, 2:12
**ULMER** [1] - 3:16
**ultimately** [1] - 5:12
**UNITED** [2] - 1:1, 1:10
**United** [1] - 5:2
**up** [2] - 7:1, 8:1
**updates** [2] - 6:8, 6:20
**USA** [2] - 2:20, 3:8

## V

**VALSARTAN** [1] - 1:4
**Vanaskie** [4] - 5:3, 5:4, 7:22, 7:25
**VANASKIE** [7] - 1:11, 5:5, 5:7, 5:10, 5:12, 5:16, 8:7
**via** [1] - 5:1
**VIA** [1] - 1:6
**VICTORIA** [1] - 2:17
**Vine** [1] - 3:17

## W

**WALLACK** [1] - 3:9
**Wayne** [1] - 3:24
**WERNER** [1] - 3:2
**WHITELEY** [2] - 1:19, 1:20
**Wholesaler** [1] - 3:18
**Wilcox** [2] - 6:5, 6:14
**written** [1] - 5:18

## Y

**York** [2] - 3:14

## Z

**Zhejiang** [1] - 2:13