**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875 |
| THIS DOCUMENT RELATES TO: | HON. ROBERT B. KUGLER DISTRICT JUDGE |
| *Lana Dufrene* | HON. KAREN M. WILLIAMS MAGISTRATE JUDGE |

### RE-NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF LANA DUFRENE

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order #20, filed November 17, 2020 - Document 632), Defendants Teva Pharmaceuticals USA, Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc. will take the deposition upon oral examination of Lana Dufrene, on **July 16, 2021 at 11:00 a.m. EST,** and continuing until completion, via remote deposition while the witness is at her home or office or other location agreed to by the parties. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

1

        Alexandra Bach Lagos
        Greenberg Traurig LLP
        333 SE 2nd Avenue
        Miami, Florida 33133
        (305) 579- 0813
        lagosa@gtlaw.com

Date: June 9, 2021         Respectfully submitted,

        *s/ Alexandra B. Lagos*
        Alexandra B. Lagos (Fla. Bar No. 30035)
        GREENBERG TRAURIG, LLP
        333 S.E. 2nd Avenue
        Miami, FL 33131
        Tel: (305) 579-0813
        Fax: (305) 579-0717
        E-mail: lagosa@gtlaw.com

        *Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2021, I caused a true and correct copy of the foregoing Notice of Videotaped Deposition of Plaintiff Lana Dufrene to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was originally served on the following Plaintiff's counsel by e-mail, with copies by e-mail to Counsel for Defendants, on June 9th, 2021:

Matthew Palmer Lambert, Esq. (counsel for Plaintiff Lana Dufrene)
Adam Slater, Esq. (via email, for distribution to Plaintiffs' Counsel)
Daniel A. Nigh, Esq. (via email)
Ruben Honik, Esq. (via email)
David Stanoch, Esq. (via email)
Conlee Whiteley, Esq. (via email)
Jessica Priselac, Esq. (via email)
Seth A. Goldberg, Esq. (via email)
Clem C. Trischler, Esq. (via email)
Sarah E. Johnston, Esq. (via email)

This 9th day of June, 2021.

>                         *s/ Alexandra B. Lagos*
>                         Alexandra B. Lagos (Fla. Bar No. 30035)
>                         GREENBERG TRAURIG, LLP
>                         333 S.E. 2nd Avenue
>                         Miami, FL 33131
>                         Tel: (305) 579-0813
>                         Fax: (305) 579-0717
>                         E-mail: lagosa@gtlaw.com
>
>                         *Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*