# EXHIBITS A-B

Teva has designated Exhibits A and B Confidential or Restricted Confidential. Plaintiffs will forward unredacted copies to the Court for in camera review.