# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE VALSARTAN,** : | **MDL No. 19-2875(RBK/KW)** |
| **LOSARTAN, AND IRBESARTAN** : | |
| **PRODUCTS LIABILITY** : | |
| **LITIGATION** : | |
| : | |

**This Order Relates to all Cases**

## SPECIAL MASTER ORDER NO. 26

**NOW, this 14th day of June, 2021,** the Aurobindo Defendants having withdrawn their Motion for Protective Order regarding the Third Party Subpoenas served on Meridan Consulting and ToxRox Consulting, LLC, and the Aurobindo Defendants having produced the documents in question, **IT IS HEREBY ORDERED THAT** the Aurobindo Defendants' Motion for Protective Order regarding the Third Party Subpoenas served on Meridan Consulting and ToxRox Consulting, LLC (Doc. 608) is **DISMISSED.**

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master