# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER |

## AMENDED NOTICE TO TAKE VIDEOTAPED ORAL DEPOSITION

TO:   **Eric Abraham, Esq.**
**Hill Wallack LLP**
**21 Roszel Road**
**Princeton, New Jersey 08540**

*Attorneys for Defendants Hetero Labs Limited and Hetero Drugs, Limited (hereinafter "Defendants").*

Please take notice that pursuant to Federal Rule of Civil Procedure 30, and other applicable Rules, including the Local Civil Rules, and the applicable Orders of the Court, Plaintiffs, by and through their counsel, will take the videotaped deposition of Dr. Sreedhara Chaganty, on June 17, 2021, at 9:00 a.m. eastern standard time, and continuing until completion, at Hill Wallack LLP, 21 Roszel Road, Princeton, New Jersey 08540, via zoom, in accordance with the Fact Witness Deposition Protocol, Case Management Order #20, filed November 17, 2020 (Document 632). The deposition shall first address the Federal Rule of Civil Procedure 30(b)(6) topics listed on Exhibit A attached hereto, followed by deposition of the witness in his individual capacity. The witness shall produce the documents requested at Exhibit B, attached hereto, at least five days in advance of the deposition.

Pursuant to the meet and confer between the parties, a translator will not be provided.

1

**TAKING ATTORNEYS FOR PLAINTIFFS:**

MIKAL WATTS, ESQ.
Watts Guerra LLP.
4 Dominion Drive
Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-447-0500
Fax: 210-447-0501
mcwatts@wattsguerra.com

The videotaped deposition will be taken before a person authorized by law to administer

oaths, pursuant to Rule 28 of the Federal Rules of Civil Procedure.

Dated: June 16, 2021

By: /s/ Andrés Rivero
    ANDRÉS RIVERO
    Rivero Mestre LLP
    2525 Ponce de León Blvd.
    Suite 1000
    Miami, Florida 33134
    Telephone: (305) 445-2500
    Fax: (305) 445-2505
    arivero@riveromestre.com

    *Counsel for MSP Recovery Claims,*
    *Series LLC*

## EXHIBIT A

## 30(B)(6) TOPICS

### *Nitrosamine Contamination*

5.    The genotoxic analysis performed by HLL on 4-Bromomethyl-2'cyano biphenyl in response to the FDA's inquiry as part of the Drug Master File submission.

### *Testing*

7.    The testing performed by any entity or person other than HLL or its agents but known to HLL, to evaluate the purity and contents of HLL's valsartan API.

8.    The testing performed by HLL or its agents, to evaluate the purity and contents of HLL's finished dose.

11.    The chromatogram and mass spectrometry results for all testing by any entity or person other than HLL or its agents but known to HLL, of HLL's valsartan API.

13.    The chromatogram and mass spectrometry or other results for all testing by any entity or person other than HLL or its agents but known to HLL, of HLL's finished dose.

17.    The chromatogram and mass spectrometry results for all testing by any entity or person other than HLL or its agents but known to HLL, of the solvents utilized in the manufacture of HLL's API.

54.    The person most knowledgeable about the preparation of in-house nitrosamine impurities as summarized on the document with bates number HLL200638, including but not limited to the meaning of the "record issue date" column on that document, and documents (e.g. lab notebook(s), e-mails, etc.) reflecting such record issue date.

## EXHIBIT B

### DOCUMENT REQUESTS

1. The most recent resume/Curriculum Vitae and LinkedIn profile for Dr. Sreedhara Chaganty.

2. The complete production of Dr. Sreedhara Chaganty relevant custodial documents, including those maintained on personal computers or electronic devices, to the extent not produced prior.

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO ALL CASES** | **MDL No. 2875**<br><br><br>**HON. ROBERT B. KUGLER** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2021, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:    /s/ Andrés Rivero
ANDRÉS RIVERO
Rivero Mestre LLP
2525 Ponce de León Blvd.
Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Fax: (305) 445-2505
arivero@riveromestre.com

*Counsel for MSP Recovery Claims, Series LLC*