# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation<br><br>HUMANA INC.,<br><br>   Plaintiff,<br><br>  vs.<br><br>TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., ARROW PHARM MALTA LTD., ACTAVIS LLC, ACTAVIS PHARMA, INC., HETERO LABS, LTD., HETERO DRUGS, LTD., HETERO USA INC., CAMBER PHARMACEUTICALS, INC., AUROBINDO PHARMA, LTD., AUROBINDO PHARMA USA, INC., AUROLIFE PHARMA, LLC, TORRENT PRIVATE LIMITED, TORRENT PHARMACEUTICALS, LTD., and TORRENT PHARMA, INC.,<br><br>   Defendants. | Master Docket No. 19-2875 (RBK/JS)<br><br>Honorable Robert B. Kugler, District Judge<br><br>Honorable Karen M. Williams, Magistrate Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master<br><br>**NOTICE OF PLAINTIFF HUMANA INC.'S MOTION TO STAY ALL PROCEEDINGS**<br><br>Civil Action No. 20-10170 |

### NOTICE OF PLAINTIFF HUMANA INC.'S MOTION TO STAY ALL PROCEEDINGS

To: All Counsel Of Record

**PLEASE TAKE NOTICE** that on a date to be decided after June 16, 2021, Plaintiff Humana Inc., by and through their undersigned counsel, shall move before the Honorable Robert B. Kugler, the Honorable Karen M. Williams, and the Honorable Special Maters Thomas I. Vanaskie, for an ORDER staying all proceedings.

**PLEASE TAKE FURTHER NOTICE** that a Certificate of Service attesting to the date and manner of service is submitted herewith.

<table>
<tr><td>DATED: June 16, 2021</td><td>Respectfully submitted,<br><br>/s/ *Benjamin E. Waldin*<br><br>Benjamin E. Waldin<br>Sarah H. Catalano<br>**EIMER STAHL LLP**<br>224 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604<br>Phone: (312) 660-7600<br>Fax: (312) 692-1718<br>bwaldin@eimerstahl.com<br>scatalano@eimerstahl.com<br><br>*Counsel for Plaintiff Humana Inc.*</td></tr>
</table>