IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation<br><br>HUMANA INC.,<br><br>        Plaintiff,<br><br>  vs.<br><br>TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., ARROW PHARM MALTA LTD., ACTAVIS LLC, ACTAVIS PHARMA, INC., HETERO LABS, LTD., HETERO DRUGS, LTD., HETERO USA INC., CAMBER PHARMACEUTICALS, INC., AUROBINDO PHARMA, LTD., AUROBINDO PHARMA USA, INC., AUROLIFE PHARMA, LLC, TORRENT PRIVATE LIMITED, TORRENT PHARMACEUTICALS, LTD., and TORRENT PHARMA, INC.,<br><br>        Defendants. | Master Docket No. 19-2875 (RBK/JS)<br><br>Honorable Robert B. Kugler, District Judge<br><br>Honorable Karen M. Williams, Magistrate Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF HUMANA INC.'S MOTION TO STAY ALL PROCEEDINGS**<br><br>Civil Action No. 20-10170 |

      **THIS MATTER** having come before the Court upon Plaintiff Humana Inc.'s Motion to Stay all Proceedings, the parties and the Court being fully advised and finding good cause therefore:

      It is, on this _____ day of June, 2021, **ORDERED AND ADJUDGED** that Plaintiff Humana Inc.'s Motion to Stay all Proceedings is **GRANTED IN FULL**.

                                                  _____

                                                  District Court Judge