**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation | Master Docket No. 19-2875 (RBK/JS) |
| HUMANA INC., | Honorable Robert B. Kugler, District Judge |
| Plaintiff, | Honorable Karen M. Williams, Magistrate Judge |
| vs. | Honorable Thomas Vanaskie (Ret.), Special Discovery Master |
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., ARROW PHARM MALTA LTD., ACTAVIS LLC, ACTAVIS PHARMA, INC., HETERO LABS, LTD., HETERO DRUGS, LTD., HETERO USA INC., CAMBER PHARMACEUTICALS, INC., AUROBINDO PHARMA, LTD., AUROBINDO PHARMA USA, INC., AUROLIFE PHARMA, LLC, TORRENT PRIVATE LIMITED, TORRENT PHARMACEUTICALS, LTD., and TORRENT PHARMA, INC., | **CERTIFICATE OF SERVICE**  Civil Action No. 20-10170 |
| Defendants. | |

<u>**CERTIFICATE OF SERVICE**</u>

I, Benjamin E. Waldin, hereby certify that on June 16, 2021, copies of the foregoing Plaintiff Humana Inc.'s Motion to Stay All Proceedings, and all supporting documents have been served via ECF upon all counsel of record in the Court's electronic filing system.

DATED: June 16, 2021

Respectfully submitted,

/s/ *Benjamin E. Waldin*

Benjamin E. Waldin
Sarah H. Catalano
**EIMER STAHL LLP**
224 South Michigan Avenue

Suite 1100
Chicago, IL 60604
Phone: (312) 660-7600
Fax: (312) 692-1718
bwaldin@eimerstahl.com
scatalano@eimerstahl.com

*Counsel for Plaintiff Humana Inc.*