# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION : : : : : | MDL No. 19-2875(RBK/KW) |

**This Order Relates to all Cases**

## SPECIAL MASTER ORDER NO. 27

**NOW, this 16th day of June, 2021, IT IS HEREBY ORDERED THAT**

1. The Teva Defendants shall file a brief in opposition to Plaintiffs' "Motion Pursuant to Confidentiality Discovery Order Paragraph 21 for Teva to Produce Document in Unredacted Form," (Doc. 1314), no later than **June 22, 2021.**

2. Oral argument on Plaintiffs' Motion will be held via Zoom on **June 23, 2021, at 1:00 p.m.**

 

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master