# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875 (RBK/JS) |

## SPECIAL MASTER ORDER NO. 29

**IT IS HEREBY ORDERED**, with consent of all Parties, that the briefing schedule for Plaintiffs' Motion for Sanctions for Defendant ZHP's Obstruction and Failure to Provide Responsive Deposition Testimony (Dkt. 1276) shall proceed as follows:

1. By agreement of the Parties, counsel for the ZHP Parties shall file their Opposition Brief and any accompanying cross-motion for sanctions by **July 2, 2021**.

2. By agreement of the Parties, Plaintiffs' counsel shall file their Reply Brief in support of Plaintiffs' Motion for Sanctions, and, if necessary, their Opposition to the ZHP Parties' cross-motion for sanctions by **July 30, 2021**.

3. By agreement of the Parties, counsel for the ZHP Parties shall, if necessary, file their Reply Brief in support of the ZHP Parties' cross-motion for sanctions by **August 20, 2021**.

4. By agreement of the Parties, oral argument on Plaintiffs' Motion for Sanctions and the ZHP Parties' cross-motion for sanctions shall be heard the week of **August 23, 2021.**

Dated: June 22, 2021             *s/ Thomas I. Vanaskie*
                                                                 Hon. Thomas I. Vanaskie (Ret.)
                                                                  Special Master