# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| **IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation**<br><br>This Document Relates to All Actions | **MDL No. 2875**<br>**Civil No. 19-02875 (RBK/JS)** |

## SPECIAL MASTER ORDER NO. 30

**NOW, this 23rd day of June, 2021,** for the reasons set forth on the record following oral argument heard this day, **IT IS HEREBY ORDERED THAT** Plaintiffs' Motion for Reconsideration of Court's Guidance on Privilege Documents (Doc. 1314), presented in accordance with paragraph 21 of the Confidentiality Discovery Order to compel production of documents in unredacted form, is **DENIED.**

Dated: June 23, 2021

*s/ Thomas I. Vanaskie*
Hon. Thomas I. Vanaskie (Ret.)
Special Master