**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875 |
| THIS DOCUMENT RELATES TO: | HON. ROBERT B. KUGLER DISTRICT JUDGE |

*Silvano Kinkela*

### AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF SILVANO KINKELA

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order #20, filed November 17, 2020 - Document 632), Defendants Teva Pharmaceuticals USA, Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc. will take the deposition upon oral examination of Silvano Kinkela, on **July 28, 2021, at 9:00 a.m. EST,** and continuing until completion, at the **Regus - Virginia, Norfolk - Dominion Tower, 999 Waterside Drive Dominion Tower, Suite 2525 and 2600, Norfolk, VA 23510**.  Counsel who wish to attend remotely will have the option to do so using audio-visual conference technology and should immediately notify the attorney contact for the deposition listed below to arrange for login credentials to be sent to them prior to the deposition. The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case.

The attorney contact for the deposition is:

>Kenneth Dzikowski
>GREENBERG TRAURIG, LLP
>500 Campus Drive, Suite 400
>Florham Park, NJ 07932-0677
>Telephone: (973) 360-7900
>E-mail: dzikowskik@gtlaw.com

Date: June 24, 2021                     Respectfully submitted,

>*/s/ Kenneth Dzikowski*
>Kenneth Dzikowski
>GREENBERG TRAURIG, LLP
>500 Campus Drive, Suite 400
>Florham Park, NJ 07932-0677
>Telephone: (973) 360-7900
>E-mail: dzikowskik@gtlaw.com
>
>*Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2021, I caused a true and correct copy of the foregoing Amended Notice of Videotaped Deposition of Plaintiff Silvano Kinkela to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was served on the following Plaintiff's counsel by e-mail, with copies by e-mail to Counsel for Defendants, on June 24, 2021:

Robert Cain, Esq. (counsel for Plaintiff Silvano Kinkela)
Adam Slater, Esq. (via email, for distribution to Plaintiffs' Counsel)
Daniel A. Nigh, Esq. (via email)
Ruben Honik, Esq. (via email)
David Stanoch, Esq. (via email)
Conlee Whiteley, Esq. (via email)
Jessica Priselac, Esq. (via email)
Seth A. Goldberg, Esq. (via email)
Clem C. Trischler, Esq. (via email)
Sarah E. Johnston, Esq. (via email)

This 24th day of June, 2021.

> */s/ Kenneth Dzikowski*
> Kenneth Dzikowski
> GREENBERG TRAURIG, LLP
> 500 Campus Drive, Suite 400
> Florham Park, NJ 07932-0677
> Telephone: (973) 360-7900
> E-mail: dzikowskik@gtlaw.com
>
> *Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*