# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875 |
| THIS DOCUMENT RELATES TO: | HON. ROBERT B. KUGLER DISTRICT JUDGE |

*Paulette Kennedy*

## AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF PAULETTE KENNEDY

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order #20, filed November 17, 2020 - Document 632), Defendants Teva Pharmaceuticals USA, Teva Pharmaceutical Industries Ltd., Actavis, LLC, and Actavis Pharma, Inc. will take the deposition upon oral examination of Paulette Kennedy, on **August 12, 2021 at 10:00 a.m. EST/9:00 a.m. CST,** and continuing until completion, at **2150 S Central Expy, McKinney, TX 75070**. Counsel who wish to attend remotely will have the option to do so using audio-visual conference technology, and should immediately notify the attorney contact for the deposition listed below to arrange for login credentials to be sent to them prior to the deposition. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

> Taryn W. Harper
> GREENBERG TRAURIG, LLP
> Terminus 200
> 3333 Piedmont Road, NE
> Suite 2500
> Atlanta, GA 30305
> Telephone: (678) 553-1111
> E-mail: harpert@gtlaw.com

1

Date: June 25, 2021                                   Respectfully submitted,

                                                               */s/ Taryn W. Harper*
                                                            Taryn W. Harper
                                                            (GA State Bar No. 335174)
                                                            GREENBERG TRAURIG, LLP
                                                            Terminus 200
                                                            3333 Piedmont Road, NE, Suite 2500
                                                            Atlanta, GA 30305
                                                            Telephone: (678) 553-1111
                                                            Facsimile:  (678) 553-2693
                                                            E-mail: harpert@gtlaw.com

                                                            *Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2021, I caused a true and correct copy of the foregoing Amended Notice of Videotaped Deposition of Plaintiff Paulette Kennedy to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was originally served on the following Plaintiff's counsel by e-mail, with copies by e-mail to Counsel for Defendants, on June 25, 2021:

Jason C. Chambers, Esq. (counsel for Plaintiff Paulette Kennedy)
Brett Vaughn, Esq. (counsel for Plaintiff Paulette Kennedy)
Adam Slater, Esq. (via email, for distribution to Plaintiffs' Counsel)
Daniel A. Nigh, Esq. (via email)
Ruben Honik, Esq. (via email)
David Stanoch, Esq. (via email)
Conlee Whiteley, Esq. (via email)
Jessica Priselac, Esq. (via email)
Seth A. Goldberg, Esq. (via email)
Clem C. Trischler, Esq. (via email)
Sarah E. Johnston, Esq. (via email)

This 25th day of June, 2021.

*/s/ Taryn W. Harper*
Taryn W. Harper
(GA State Bar No. 335174)
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-1111
Facsimile: (678) 553-2693
E-mail: harpert@gtlaw.com

*Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

ACTIVE 58400581v1