[Dkt. No. 4]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| KIMBERLY JOHNSON, individually, and on behalf of Peggy Greene, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., et al.,<br><br>Defendants. | Civil No. 20-20285-RBK-KMW |

**ORDER**

THIS MATTER is before the Court on the Motion [Dkt. No. 4] of Plaintiff, Kimberly Johnson, individually and on behalf of Decedent Peggy Greene, seeking leave to amend the Short Form Complaint; and the Court noting that Federal Rule of Civil Procedure 15 provides that leave to amend shall be freely given. Fed. R. Civ. P. 15(a)(2); and there being no opposition to the Motion and for good cause shown,

IT IS on this **23rd** day of **June, 2021,** hereby

**ORDERED** that Plaintiff's Motion [Dkt. No. 4] for leave to amend the Short Form Complaint is **GRANTED**[1]. Plaintiff shall file the

---

[1] The Court notes that while motions to amend pleadings in this District typically require the moving party to attach "a form of the amended pleading that shall indicate in what respect(s) it differs from the pleading which it proposes to amend, by bracketing or striking through materials to be deleted and underlining materials to be added," L.Civ.R. 15.1(a)(2), with which movant has not complied. Although the Court acknowledges that Plaintiff provided a copy of the proposed amended pleading, this does not cure the procedural deficiency. However, given the nature of an MDL matter, as well as the use of the Short Form Complaint in this matter, the Court will waive this requirement.

Amended Short Form Complaint, in the form attached to the Motion, within seven (7) days of receipt of this Order and shall serve same in accordance with the Federal Rules of Civil Procedure.

s/ Karen M. Williams<br>
KAREN M. WILLIAMS<br>
United States Magistrate Judge

cc: Hon. Robert B. Kugler