[Dkt. No. 13]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JOHN NAPOLITANO,<br><br>           Plaintiff,<br><br>   v.<br><br>PRINSTON PHARMACEUTICAL, INC., ET AL.,<br><br>           Defendants. | Civil No. 20-05174-RBK-KMW |

**ORDER**

This matter is before the Court on the Motion filed by Henry Schwartz, Esquire, of the Law Offices of Henry Schwartz, seeking to withdraw as counsel for Plaintiff John Napolitano [Dkt. No. 13]; and the Court having held a hearing on May 20, 2021, and noting the following appearances: Henry Schwartz, Esquire, and Sam A. Cohen, Esquire, appearing on behalf of the Plaintiff; and for the reasons set forth on the record and for good cause shown pursuant to New Jersey Rule of Professional Conduct 1.16(b),

IT IS this **21st** day of **May, 2021**, hereby,

**ORDERED** that the Motion seeking to withdraw as counsel [Dkt. No. 13] is hereby **GRANTED**. The Clerk of the Court shall terminate the attorney appearance of Henry Schwartz as counsel of record on behalf of Plaintiff effective as of **June 1, 2021;** and it is further

**ORDERED** that Plaintiff shall either retain new counsel or determine whether he will proceed *pro se* within **sixty (60) days** of the date of this Order. Solely for purposes of notices of filings, the Clerk of the Court shall maintain Henry Schwartz as counsel of record until June 1, 2021, or until such time as Plaintiff notifies this Court that he will proceed *pro se*, at which time present counsel shall be terminated.

s/ Karen M. Williams
KAREN M. WILLIAMS
United States Magistrate Judge

cc: Hon. Robert B. Kugler