# UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

PATRICIA GARDNER, ET AL.,

        Plaintiff(s),

vs.

ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., ET AL.,

        Defendant(s).

Case No.: 1:21-CV-12275-RBK-KMW
Filed Date: 06/08/2021

AFFIDAVIT OF SERVICE

---

STATE OF OHIO
COUNTY OF __SUMMIT__ SS.:

__BENJAMIN PURSER__, the undersigned, being duly sworn, deposes and says that I was at the time of attempting service over the age of eighteen and not a party to this action. I reside in the State of Ohio.

On __6/28/2021__ at __3:22__ AM/PM, I served the within SUMMONS IN A CIVIL CASE, RETURN OF SERVICE AND SHORT FORM COMPLAINT on ORCHARD PHARMACEUTICAL SERVICES, LLC DBA ENVISION PHARMACIES, Defendant(s).

Said service was effected at 7835 Freedom Avenue NW, Canton, OH 44720 in the following manner:

☐ **Registered Agent:** By leaving a copy of the SUMMONS IN A CIVIL CASE, RETURN OF SERVICE AND SHORT FORM COMPLAINT with _____, the registered agent of ORCHARD PHARMACEUTICAL SERVICES, LLC DBA ENVISION PHARMACIES.

☐ **Officer/Agent:** By leaving a copy of the SUMMONS IN A CIVIL CASE, RETURN OF SERVICE AND SHORT FORM COMPLAINT with:
(name)_____,
(title)_____, who is an officer, manager or agent duly authorized to accept legal process of ORCHARD PHARMACEUTICAL SERVICES, LLC DBA ENVISION PHARMACIES.

☒ **Other:** By leaving a copy of the SUMMONS IN A CIVIL CASE, RETURN OF SERVICE AND SHORT FORM COMPLAINT with:
(name) __SUSANNE ALBERT__,
(title) __OFFICE ADMINISTRATOR__.

Description of person process was left with:

Sex: __F__ Skin Color / Race: __WHITE__ Hair Color: __BROWN__ Approx. Age: __37__ Height: __5'4__ Weight: __195__

---

Signed and sworn to before me on this __29__ day of __JUNE__, 20__21__.

_Cathrene M. Drake_
NOTARY PUBLIC
CATHRENE DRAKE
Resident Summit County
Notary Public, State of Ohio
My Commission Expires: July 7, 2024

X _[signature]_
BENJAMIN PURSER
(Print Name)
Lightning Legal Services, LLC
P. O. Box 9132
Albany, NY 12209
518.463.1049
ClienRef#:

*153562*