**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Rd., NE,
Suite 2500
Atlanta, Georgia 30305
(678) 553-2385
*Attorneys for Teva Pharmaceuticals USA, Inc.,*
*Teva Pharmaceutical Industries Ltd.,*
*Actavis Pharma, Inc., and Actavis LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | No. 1:19-md-2875-RBK<br>Hon. Robert B. Kugler<br>Hon. Karen M. Williams<br><br>**NOTICE OF MOTION**<br><br>(Document Filed Electronically) |

**NOTICE OF MOTION TO MODIFY SPECIAL MASTER ORDER NO. 23, PURSUANT TO FED. R. CIV. P. 53(f)**

**PLEASE TAKE NOTICE** that on August 2, 2021, or as soon as counsel may be heard, the undersigned Defense Executive Committee counsel, on behalf of all Manufacturer Defendants named in the operative Master Personal Injury Complaint ("PI Complaint") (Dkt. 122), the operative Consolidated Second Amended Economic Loss Class Action Complaint (Dkt. 398), and the operative Consolidated Amended Medical Monitoring Class Action Complaint ("MM Complaint") (Dkt. 123) shall move for the entry of an Order modifying Special Master Order No. 23

(Dkt. 1304), entered on June 9, 2021. In this motion, the undersigned defendants respectfully object to Paragraph 4 of Special Master Order No. 23 disallowing the Manufacturer Defendants' First Set of Global Interrogatories and Requests for Production (Doc. 1287-10) and hereby seek modification of that order to allow the nine (9) Requests for Production of Documents propounded on Plaintiffs on May 24, 2021 (*see* Dkt. 1287-10). This objection and motion to modify Special Master Order No. 23 is made to the Hon. Robert B. Kugler, United States District Judge, pursuant to Rule 53(f) of the Federal Rules of Civil Procedure and the applicable local rules of this Court.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, the undersigned defendants shall rely upon the Memorandum of Law in Support submitted herewith, and any reply submissions made hereafter; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested, pursuant to Fed. R. Civ. P. 53(f)(1), if this motion is opposed.

Dated: June 30, 2021

                                               **GREENBERG TRAURIG, LLP**

                                               */s/ Lori. G. Cohen*
                                               Lori G. Cohen
                                               Victoria Davis Lockard

Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
cohenl@gtlaw.com
lockardv@gtlaw.com

Brian H. Rubenstein
1717 Arch Street
Suite 400
Philadelphia, PA 19103
Tel: (215) 988-7864
Fax: (215) 689-4419
rubensteinb@gtlaw.com

*Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., and Actavis LLC*

DUANE MORRIS LLP
Seth A. Goldberg, *Lead Counsel and Liaison Counsel for Defendants*
Jessica Priselac
Barbara A. Schwartz
30 South 17th Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com
JPriselac@duanemorris.com
BASchwartz@duanemorris.com

*Attorneys for Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S., Inc., Prinston Pharmaceutical*

*Inc., and Solco Healthcare US, LLC*

PIETRAGALLO GORDON
ALFANO BOSICK &
RASPANTI, LLP
Clem C. Trischler
Jason M. Reefer
38th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219
Tel: (412) 263-2000
Fax: (412) 263-2001
CCT@PIETRAGALLO.com

*Attorneys for Mylan Laboratories,
Ltd. and Mylan Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

                                               */s/ Gerond J. Lawrence*
                                               Gerond J. Lawrence

Case 1:19-md-02875-RMB-SAK   Document 1360   Filed 06/30/21   Page 5 of 5 PageID: 30283