# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | No. 1:19-md-2875-RBK<br>Hon. Robert B. Kugler<br>Hon. Karen M. Williams<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court upon the Defendants' Motion to Modify Special Master Order No. 23, and the Court having reviewed the papers submitted by Defendants in support of their motion, and the papers submitted by Plaintiffs in opposition, if any, and the Court having heard oral argument, if any, and the Court having considered the matter and good cause having been shown, IT IS HEREBY **ORDERED** that the Motion to Modify Special Master Order No. 23 is **GRANTED**. Paragraph 4 of Special Master Order No. 23 (Dkt. 1304) is modified in part. Defendants are allowed to serve the nine (9) requests for production of documents in Defendants' First Set of Global Interrogatories and Requests for Production to Plaintiffs (Dkt. 1287-10.)

This ____ day of _____, 2021.

_____
Robert B. Kugler,
United States District Judge