# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875 |
| THIS DOCUMENT RELATES TO: | HON. ROBERT B. KUGLER DISTRICT JUDGE |
| *Lana Dufrene* | HON. JOEL SCHNEIDER MAGISTRATE JUDGE |

## NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF NELLIE DAWSON

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order #20, filed November 17, 2020 - Document 632), Defendants Teva Pharmaceuticals USA, Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc. will take the deposition upon oral examination of Nellie Dawson, on **July 27, 2021 at 9:30 a.m. EDT at Greenberg Traurig LLP, 2101 L Street, N.W., Suite 1000, Washington, DC 20037**. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

> Victoria J. Langton
> Greenberg Traurig LLP
> 3333 Piedmont Road NE
> Suite 2500
> Atlanta, GA 30305
> (678) 553-7392
> langtont@gtlaw.com

1

Date: July 1, 2021                                Respectfully submitted,

                                        *s/ Victoria J. Langton*
Victoria J. Langton (GA Bar No. 444119)
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Tel: (678) 553-7392
Fax: (678) 553-2212
E-mail: langtont@gtlaw.com

*Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July, 2021, I caused a true and correct copy of the foregoing Notice of Videotaped Deposition of Nellie Dawson to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was originally served on the following Plaintiff's counsel by e-mail, with copies by e-mail to Counsel for Defendants, on July 1, 2021:

Matthew Palmer Lambert, Esq. (counsel for Plaintiff Lana Dufrene)
Adam Slater, Esq. (via email, for distribution to Plaintiffs' Counsel)
Daniel A. Nigh, Esq. (via email)
Ruben Honik, Esq. (via email)
David Stanoch, Esq. (via email)
Conlee Whiteley, Esq. (via email)
Jessica Priselac, Esq. (via email)
Seth A. Goldberg, Esq. (via email)
Clem C. Trischler, Esq. (via email)
Sarah E. Johnston, Esq. (via email)

This 1st day of July, 2021.

*s/ Victoria J. Langton*
Victoria J. Langton (GA Bar No. 444119)
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Tel: (678) 553-7392
Fax: (678) 553-2212
E-mail: langtont@gtlaw.com

*Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*