# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br>Civil No. 19-02875 (RBK/JS) |

This Document relates to All Actions
Represented by Justin R. Parafinczuk,
of Parafinczuk Wolf, PA

### PLAINTIFFS' NOTICE OF SERVING EXPERT REPORT ADDRESSING GENERAL CAUSATION AND AVAILABILITY FOR DEPOSITION OF NAGI KUMAR, PH.D, R.D., FADA

COMES NOW, Plaintiffs represented by undersigned counsel, and hereby file their Notice of Serving Expert Report Addressing General Causation and Availability for Deposition of Nagi Kumar, Ph.D., R.D., FADA., pursuant to Fed. R. Civ. P 26, and Case Management Order 23.

Dated: July 2, 2021                                         Respectfully submitted,

                                                By:   /s/Justin R. Parafinczuk
                                                      Justin R. Parafinczuk, Esq.
                                                      Florida Board Certified Civil Trial Attorney
                                                      *Counsel for Certain Plaintiffs*

                                                      PARAFINCZUK WOLF, PA
                                                      110 E. Broward Blvd. Suite 1630
                                                      Fort Lauderdale, FL 33301
                                                      Telephone: (954) 462-6700
                                                      Facsimile: (954) 462-6567
                                                      JParafinczuk@ParaWolf.com
                                                      Pleadings@Parawolf.com