# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br>Civil No. 19-02875 (RBK/JS) |

This Document relates to All Actions
Represented by Justin R. Parafinczuk,
of Parafinczuk Wolf, PA

## PLAINTIFFS' NOTICE OF SERVING EXPERT REPORT ADDRESSING GENERAL CAUSATION AND AVAILABILITY FOR DEPOSITION OF STEVEN B. BIRD, M.D.

COMES NOW, Plaintiffs represented by undersigned counsel, and hereby file their Notice of Serving Expert Report Addressing General Causation and Availability for Deposition of Steven B. Bird, M.D., pursuant to Fed. R. Civ. P 26, and Case Management Order 23.

Dated: July 2, 2021                                           Respectfully submitted,

By:   */s/Justin R. Parafinczuk*
Justin R. Parafinczuk, Esq.
Florida Board Certified Civil Trial Attorney
*Counsel for Certain Plaintiffs*

PARAFINCZUK WOLF, PA
110 E. Broward Blvd. Suite 1630
Fort Lauderdale, FL 33301
Telephone: (954) 462-6700
Facsimile: (954) 462-6567
JParafinczuk@ParaWolf.com
Pleadings@Parawolf.com