# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, : | |
| LOSARTAN, and IRBESARTAN : | MDL No. 19-2875 (RBK/KW) |
| PRODUCTS LIABILITY LITIGATION : | |
| : | |
| **This Order Relates to all Cases** : | |

## SPECIAL MASTER ORDER NO. 31

**NOW, this 8th day of July, 2021,** having carefully considered the statements of counsel in their letters filed on July 2 and July 5, 2021 (Docs. 1366 and 1368) concerning the question of whether the confidentiality protection afforded by the Confidentiality and Protective Order entered in this matter (Doc. 139) has been waived by the ZHP Parties; and agreeing with both Plaintiffs and the ZHP Parties that a ruling on the waiver issue should issue prior to any hearing on Plaintiffs' anticipated discovery motion concerning the ZHP Parties' document production; and concluding that separate briefing on the question of whether the ZHP Parties' waived their confidentiality designations for the challenged document and deposition transcripts, as requested by the ZHP Parties, would be helpful, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs shall file a brief in support of their position that the ZHP Parties have waived the confidentiality designations in question no later than **July**

1

**14, 2021.** The ZHP Parties shall file their responsive brief no later than **July 20, 2021.**

2. Consistent with Local Rule 37.1, a ruling on the waiver issue may issue without awaiting receipt of a reply brief, and no reply brief shall be filed without leave of court.

s/ Thomas I. Vanaskie<br>
Hon. Thomas I. Vanaskie (Ret.)<br>
Special Master