IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

CAMDEN VACINAGE

| | |
|---|---|
| In re: Valsartan Products Liability Litigation<br><br>This document relates to:<br>Ronald Dilbeck, et al. | MDL No. 2875<br><br>Case No. 1:19-md-02875-RBK-JS<br><br>Hon. Robert B. Kugler<br>District Judge |

**STATMENT PURSUANT TO L. CIV. R. 7.1.1**

Plaintiff Ronald Dilbeck, individually and on behalf of The Estate of Walter T. Dilbeck provides the following information pursuant to L. CIV. R. 7.1.1:

1. The identity of the funder(s), including the name, address, and if a legal entity, its place of formation.

Plaintiff is not receiving any funding of attorneys' fees and expenses in exchange for either (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan or insurance.

2. Whether the funder's approval is necessary for litigation decisions or settlement decisions in the action and if the answer is in the affirmative, the nature of the terms and conditions relating to that approval.

Not applicable.

3. A brief description of the nature of the financial interest.

Not applicable.

///

///

///

///

00011553.1

HANSEN, KOHLS, SOMMER & JACOB, LLP

| | |
|---|---|
| Dated: July 9, 2021 | HANSEN, KOHLS, SOMMER & JACOB, LLP |
| | |
| | By: /s/ DANIEL V. KOHLS |
| | DANIEL V. KOHLS |
| | Hansen Kohls Sommer & Jacob, LLP |
| | 1520 Eureka Road, Suite 100 |
| | Roseville, CA 95661 |
| | Tel: (916) 781-2550 |
| | dkohls@hansenkohls.com |
| | |
| | Attorneys for Plaintiff RONALD DILBECK, individually and on behalf of THE ESTATE OF WALTER T. DILBECK |

00011553.1

- 2 -

STATEMENT PURSUANT TO L. CIV. R. 7.1.1