# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation<br><br>HUMANA INC.,<br><br>        Plaintiff,<br><br>   vs.<br><br>TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., ARROW PHARM MALTA LTD., ACTAVIS LLC, ACTAVIS PHARMA, INC., HETERO LABS, LTD., HETERO DRUGS, LTD., HETERO USA INC., CAMBER PHARMACEUTICALS, INC., AUROBINDO PHARMA, LTD., AUROBINDO PHARMA USA, INC., AUROLIFE PHARMA, LLC, TORRENT PRIVATE LIMITED, TORRENT PHARMACEUTICALS, LTD., and TORRENT PHARMA, INC.,<br><br>        Defendants. | Master Docket No. 19-2875 (RBK/JS)<br><br>Honorable Robert B. Kugler, District Judge<br><br>Honorable Karen M. Williams, Magistrate Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master<br><br>**CERTIFICATE OF SERVICE**<br><br>Civil Action No. 20-10170 |

## CERTIFICATE OF SERVICE

I, Benjamin E. Waldin, hereby certify that on July 12, 2021, copies of the foregoing Plaintiff Humana Inc.'s Reply in Support of Its Motion to Stay All Proceedings has been served via ECF upon all counsel of record in the Court's electronic filing system.

Dated: July 12, 2021

Respectfully submitted,

/s/ *Benjamin E. Waldin*

Benjamin E. Waldin
Sarah H. Catalano
**EIMER STAHL LLP**
224 South Michigan Avenue

        Suite 1100
        Chicago, IL 60604
        Phone: (312) 660-7600
        Fax: (312) 692-1718
        bwaldin@eimerstahl.com
        scatalano@eimerstahl.com

*Counsel for Plaintiff Humana Inc.*