EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

_____

IN RE: VALSARTAN PRODUCTS
LIABILITY LITIGATION                    CORRECTED COPY
                                        CIVIL ACTION NUMBER:

                                            19-2875
                                        Status Conference
_____
        Mitchell H. Cohen United States Courthouse
        One John F. Gerry Plaza
        Camden, New Jersey 08101
        March 27, 2019

**B E F O R E:**         **THE HONORABLE ROBERT B. KUGLER**
                        **SENIOR UNITED STATES DISTRICT JUDGE**
                        **MAGISTRATE JUDGE JOEL SCHNEIDER**

**A P P E A R A N C E S:**

LEVIN PAPANTONIO
BY:  DANIEL NIGH, ESQUIRE
Attorneys for the Plaintiffs

GOLOMB & HONIK
BY:  RUBEN HONIK, ESQUIRE
ATTORNEYS FOR PLAINTIFF

MAZIE SLATER KATZ & FREEMAN
BY:  ADAM M. SLATER, ESQUIRE
ATTORNEYS FOR PLAINTIFF

ANDRES RIVERO, ESQUIRE
ATTORNEY FOR MSP RECOVERY CLAIMS SERIES, LLC

PENDLEY BAUDIN & COFFIN, LLP
BY:  CHRISTOPHER L. COFFIN, ESQUIRE
ATTORNEYS FOR PLAINTIFF

PRETI FLAHERTY BELIVEAU & PACHIOS, LLP
BY:  GREGORY P. HANSEL, ESQUIRE
ATTORNEYS FOR MAINE AUTOMOBILE DEALERS

1    can't think of any, but we'll just assume that they deny

2    everything.  Okay?  Go from there.

3        All right.  Motions.  There's another bunch of motions

4    pending and I'm not going to get to those because we're really

00:46    5    not going to entertain motions early in this process.  If

6    there are disputes that need to be resolved, the way we're

7    going to do them is we're going to put them on the agenda if

8    they can be worked out for the next conference and we will

9    deal with them here in the courtroom, if we have to.  But

00:46    10    we're not going to get bogged down in a lot of motion practice

11    at this time.  There will be obviously opportunities in the

12    future for various motions to be brought, but I don't want you

13    file a lot of papers in this case.  We can work most of these

14    things out with Judge Schneider and myself in the courtroom.

00:46    15        Now, ESI protocol.  We think that's crucial.  We think

16    you need to work a bit on that.  I know that the defendants

17    have some issues about this, and whether or not repositories

18    are necessary.  It's going to take some convincing to convince

19    me that they're not, but I think we prefer to let the two

00:47    20    sides work on that in the next 30 days and come up with any

21    proposal they have at the next conference and we can talk

22    further about that.  But that's got to be addressed and it's

23    got to be addressed very soon.  What I think we contemplate in

24    this case is that once we get the pleadings straightened out,

00:47    25    that there will be what we call fact sheets, similar to what

1    we call questionnaires that the plaintiffs will be required to

2    fill out in lieu of interrogatories.  It will be an automatic

3    process within an X number of days of filing of the short form

4    complaint that the plaintiffs will all have to submit the fact

00:48    5    sheet to their adversaries.  It will be self-executing, not

6    require a request by the defense side to get this information.

7    There are plenty of examples of those out there.  Again, we

8    expect both sides to work on what they're going to look like

9    and what both sides can agree the questions will be on this

00:48    10    fact sheet or questionnaires.  And once again if you can't, if

11    there's some disagreement on it, we will, we will weigh in on

12    it at a future status conference as to what we think is

13    necessary.

14        The question of deposition protocol I think is

00:49    15    premature.  And again we expect both sides to work on those

16    issues.  But we will be ready to resolve any disputes that you

17    can't resolve, if necessary.

18        Common Benefit Fund.  An order, we expect one from

19    plaintiffs' counsel of the leadership of that.  Once we get

00:49    20    the hierarchy established, I will approve that.  I think it's

21    necessary that there be a Common Benefit Fund here to get some

22    of these things done.  To get a core group of lawyers working

23    on the work that's going to benefit everybody.  But we

24    certainly will, once we get your leadership hierarchy in

00:49    25    place, we'll get that, we'll look it over and we'll talk to