# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875 |
| THIS DOCUMENT RELATES TO: | HON. ROBERT B. KUGLER |

Case 1:19-cv-16209-RBK-JS

## NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF ROBERT GARCIA

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order #20, filed November 17, 2020 - Document 632), Defendants Teva Pharmaceuticals USA, Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc. will take the deposition upon oral examination of Robert Garcia, on **July 22, 2021 at 9:30 a.m. EDT,** and continuing until completion, via remote deposition while the witness is at her home or office or other location agreed to by the parties. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

1

        Victoria J. Langton
        Greenberg Traurig LLP
        3333 Piedmont Road NE
        Suite 2500
        Atlanta, GA 30305
        (678) 553-7392
        langtont@gtlaw.com

Date: July 13, 2021        Respectfully submitted,

        *s/ Victoria J. Langton*
        Victoria J. Langton (GA Bar No. 444119)
        GREENBERG TRAURIG, LLP
        3333 Piedmont Road NE
        Suite 2500
        Atlanta, GA 30305
        Tel: (678) 553-7392
        Fax: (678) 553-2212
        E-mail: langtont@gtlaw.com

        *Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2021, I caused a true and correct copy of the foregoing Notice of Videotaped Deposition of Plaintiff Robert Garcia to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was originally served on the following Plaintiff's counsel by e-mail, with copies by e-mail to Counsel for Defendants, on July 13, 2021:

Daniel A. Nigh, Esq. (via email, counsel for Plaintiff)
Adam Slater, Esq. (via email, for distribution to Plaintiffs' Counsel)
Ruben Honik, Esq. (via email)
David Stanoch, Esq. (via email)
Conlee Whiteley, Esq. (via email)
Jessica Priselac, Esq. (via email)
Seth A. Goldberg, Esq. (via email)
Clem C. Trischler, Esq. (via email)
Sarah E. Johnston, Esq. (via email)

This 13th day of July, 2021.

                                                              *s/ Victoria J. Langton*

                                               Victoria J. Langton (GA Bar No. 444119)
                                               GREENBERG TRAURIG, LLP
                                               3333 Piedmont Road NE
                                               Suite 2500
                                               Atlanta, GA 30305
                                               Tel: (678) 553-7392
                                               Fax: (678) 553-2212
                                               E-mail: langtont@gtlaw.com

                                               *Attorney for Teva Pharmaceuticals USA, Inc.,*
                                               *Teva Pharmaceutical Industries Ltd., Actavis*
                                               *LLC, and Actavis Pharma, Inc.*