UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court upon the ZHP Parties' Objection to Special Master Order No. 28, and the Court having considered the parties' submissions; and for good cause shown:

It is, on this _____ day of _____ 2021, **ORDERED AND ADJUDGED** that the motion to vacate Special Master Order No. 23 is **GRANTED**;

IT IS FURTHER ORDERED that the ZHP Parties' motion for a protective order precluding the deposition of Mr. Chen is **GRANTED**.

_____
Robert B. Kugler,
United States District Judge