IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | MDL No. 19-2875 (RBK/KW) |

# SPECIAL MASTER ORDER NO. 32

Having received Plaintiffs' unopposed request for an extension for the filing and briefing of Plaintiffs' Motion to Compel ZHP's Supplemental Production,

It is hereby ORDERED this 13th day of July, 2021 that Plaintiffs may file their motion to compel no later than July 23, 2021, and ZHP may file its opposition no later than August 13, 2021.

s/ Thomas I. Vanaskie<br>
Hon. Thomas I. Vanaskie (Ret.)<br>
Special Master