# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **In re: Valsartan Products Liability Litigation** | : MDL No. 2875 |
| | : |
| | : No. 1:19-md-2875 -RBK |
| | : |
| **This document relates to:** | : Hon. Robert B. Kugler |
| | : |
| **Plaintiff, Ken Wiseman** | : Hon. Karen M. Williams |
| | : |

## PLAINTIFF'S STATEMENT PURSUANT TO L. CIV. R. 7.1.1

Plaintiff, Ken Wiseman, submits the following information pursuant to L. Civ. R. 7.1.1:

1. Plaintiff is not receiving any funding of attorneys' fees and expenses in exchange for either (1) contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan or insurance.

2. As set forth in Paragraph 1, Plaintiff is not receiving any third-party funding of attorneys' fees and expenses, therefore no funder approval is necessary for litigation decisions or settlement decisions in the action.

**[SIGNATURE LINE TO FOLLOW]**

| | |
|---|---|
| Dated 07/14/2021 | **THE BEASLEY FIRM, LLC** |
| | <u>/s/*Peter J. Johnsen, Esquire*</u><br>Peter J. Johnsen, Esq.<br>Louis F. Tumolo, Esq.<br>The Beasley Firm<br>1125 Walnut Street<br>Philadelphia. PA 19107<br>Tel: 215-592-1000<br>Fax: 215-592-8360<br>Peter.Johnsen@beasleyfirm.com<br>Louis.Tumolo@beasleyfirm.com |