# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| **In re: Valsartan Products Liability Litigation** | : MDL No. 2875 |
| | : |
| | : No. 1:19-md-2875 -RBK |
| | : |
| **This document relates to:** | : Hon. Robert B. Kugler |
| | : |
| **Plaintiffs, George and Esperanza Gines, h/w** | : Hon. Karen M. Williams |
| | : |
| | : |

## PLAINTIFFS' STATEMENT PURSUANT TO L. CIV. R. 7.1.1

Plaintiffs, George and Esperanza Gines, submit the following information pursuant to L. Civ. R. 7.1.1:

1. Plaintiffs are not receiving any funding of attorneys' fees and expenses in exchange for either (1) contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan or insurance.

2. As set forth in Paragraph 1, Plaintiffs are not receiving any third-party funding of attorneys' fees and expenses, therefore no funder approval is necessary for litigation decisions or settlement decisions in the action.

**[SIGNATURE LINE TO FOLLOW]**

---

|                    |                                              |
|--------------------|----------------------------------------------|
| Dated 07/14/2021   | **THE BEASLEY FIRM, LLC**                    |

/s/*Peter J. Johnsen, Esquire*
Peter J. Johnsen, Esq.
Louis F. Tumolo, Esq.
The Beasley Firm
1125 Walnut Street
Philadelphia. PA 19107
Tel: 215-592-1000
Fax: 215-592-8360
Peter.Johnsen@beasleyfirm.com
Louis.Tumolo@beasleyfirm.com