# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| In re: Valsartan Products Liability Litigation | MDL No. 2875 |
| | No. 1:19-md-2875 -RBK |
| | Hon. Robert B. Kugler |
| This document relates to: | Hon. Karen M. Williams |
| Plaintiff, Joycelyn Stevens | |

## PLAINTIFF'S STATEMENT PURSUANT TO L. CIV. R. 7.1.1

Plaintiff, Joycelyn Stevens, submits the following information pursuant to L. Civ. R. 7.1.1:

1.  Plaintiff is not receiving any funding of attorneys' fees and expenses in exchange for either (1) contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan or insurance.

2.  As set forth in Paragraph 1, Plaintiff is not receiving any third-party funding of attorneys' fees and expenses, therefore no funder approval is necessary for litigation decisions or settlement decisions in the action.

**[SIGNATURE LINE TO FOLLOW]**

---

<table>
<tr><td>Dated 07/14/2021</td><td>**THE BEASLEY FIRM, LLC**

<u>/s/*Peter J. Johnsen, Esquire*</u>
Peter J. Johnsen, Esq.
Louis F. Tumolo, Esq.
The Beasley Firm
1125 Walnut Street
Philadelphia. PA 19107
Tel: 215-592-1000
Fax: 215-592-8360
Peter.Johnsen@beasleyfirm.com
Louis.Tumolo@beasleyfirm.com</td></tr>
</table>