# Exhibit 1

| | |
|---|---|
| **From:** | Hansen, Forrest |
| **To:** | Christopher Geddis |
| **Subject:** | RE: In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, No. 1:19-md-02875 |
| **Date:** | Wednesday, February 3, 2021 11:29:35 AM |
| **Attachments:** | image001.png |

Hi Chris,

We are able to access the documents yesterday. Thanks for your help!

Forrest

**Forrest Hansen**
Duane Morris LLP
**P:** +1 215 979 1524

**From:** Christopher Geddis <CGeddis@mazieslater.com>
**Sent:** Tuesday, February 2, 2021 9:26 AM
**To:** Hansen, Forrest <FRHansen@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>
**Cc:** Adam Slater <ASlater@mazieslater.com>; Cheryll Calderon <ccalderon@mazieslater.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Bonner, Kelly <KABonner@duanemorris.com>
**Subject:** RE: In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, No. 1:19-md-02875

Hi Forrest,

The unredacted version is available at this link:

[redacted]

Best,
Chris

**From:** Hansen, Forrest <FRHansen@duanemorris.com>
**Sent:** Monday, February 1, 2021 11:18 PM
**To:** Christopher Geddis <CGeddis@mazieslater.com>; Priselac, Jessica <JPriselac@duanemorris.com>
**Cc:** Adam Slater <ASlater@mazieslater.com>; Cheryll Calderon <ccalderon@mazieslater.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Bonner, Kelly <KABonner@duanemorris.com>
**Subject:** RE: In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, No. 1:19-md-02875

Hi Chris,

Thank you for the e-mail. We look forward to meeting and conferring regarding these documents. Could you provide us with an unredacted version of the brief and the exhibits?

Kind regards,

Forrest

**Forrest Hansen**
Duane Morris LLP
**P:** +1 215 979 1524

---

**From:** Christopher Geddis <CGeddis@mazieslater.com>
**Sent:** Monday, February 1, 2021 6:12 PM
**To:** Priselac, Jessica <JPriselac@duanemorris.com>
**Cc:** Adam Slater <ASlater@mazieslater.com>; Cheryll Calderon <ccalderon@mazieslater.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Hansen, Forrest <FRHansen@duanemorris.com>
**Subject:** RE: In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, No. 1:19-md-02875

Counsel,

Plaintiffs will be using the following documents as exhibits to their opposition to ZHP's motion for a protective order, which will be filed momentarily.

ZHP00291945
ZHP01843066
ZHP00016117
ZHP00332356
ZHP00332903
ZHP01377828
ZHP00249181
ZHP01870977
ZHP00021455
ZHP01523947
ZHP00088944
ZHP02211431
ZHP00670999
ZHP00865174
ZHP00865188
ZHP00246515
ZHP00271397
ZHP01907462
ZHP02503597
ZHP01990527
ZHP00343409
ZHP00324681
ZHP01120762
ZHP00320410
ZHP00325056
ZHP02385354
ZHP01937518
ZHP00306319

ZHP00341377
ZHP00309217
ZHP00303912
ZHP00320441
ZHP00352121
ZHP00358575
ZHP00325765
ZHP00337032
ZHP00351971
ZHP00352112
ZHP00330623
ZHP02500007
ZHP02493784
ZHP00827480
ZHP00301610

We understand that you will not be able to assess whether these documents should remain confidential before Plaintiffs' opposition is filed. As a result, we will provide the documents to the Court for its in camera review.

Plaintiffs describe the above document in great detail in their brief, and those descriptions are hereby incorporated into this email.
In light of those descriptions, there is nothing about the documents that justifies treatment as confidential under the protective order, especially given the public health interests involved. Nevertheless, Plaintiffs are available to meet and confer regarding the confidentiality designations of these documents, as required before ZHP's motion to seal pursuant to the protective order.

Plaintiffs will also be relying on the following documents that have already been attached to prior filings with the Court:

ZHP01893902
ZHP00310874
ZHP02125655
TEVA-MDL2875-00082208
ZHP01976459
HUAHAI-US00008050

Due to the ongoing meet and confer, these documents will also be provided to the Court for its in camera review.

Best.
Chris


Christopher J. Geddis
Associate Attorney
**Mazie Slater Katz & Freeman, LLC**

103 Eisenhower Parkway
Roseland, New Jersey  07068
(973) 228-9898
cgeddis@mazieslater.com
www.mazieslater.com



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Mazie Slater Katz & Freeman, LLC (Tel: 973-228-9898) immediately and delete this message, along with any attachments, from your computer. Thank you.

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.