Exhibit 3

| | |
|---|---|
| **From:** | Bonner, Kelly |
| **To:** | Christopher Geddis |
| **Cc:** | Goldberg, Seth A.; Priselac, Jessica; Schwartz, Barbara; Hill, Coleen W.; Hansen, Forrest; Adam Slater; lhilton@kanner-law.com; George T. Williamson; Cheryll Calderon; David_Hobbs |
| **Subject:** | RE: Valsartan, Losartan, and Irbesartan MDL |
| **Date:** | Thursday, April 29, 2021 10:12:39 AM |

Counsel,

Plaintiffs have failed to assert specific challenges to each of the documents at issue, and further failed to articulate how each challenged document relates to, let alone informs the public's interest in public health (a request we have made, but which has been to date disregarded by Plaintiffs).

If, as I am assuming, you intended to say "the ZHP Parties' knowledge" regarding the nitrosamine impurity, then the ZHP Parties deny your characterization

As you acknowledge, these documents are subject to the ZHP Parties' sealing motion, which has been fully briefed.  We await the Court's decision clarifying this issue.

Thank you,
Kelly

**Kelly A. Bonner**
Associate

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
**P:** +1 215 979 1158
**F:** +1 215 689 4916
**C:** +1 973 713 2029

KABonner@duanemorris.com
www.duanemorris.com

**From:** Christopher Geddis <CGeddis@mazieslater.com>
**Sent:** Tuesday, April 27, 2021 6:34 PM
**To:** Bonner, Kelly <KABonner@duanemorris.com>
**Cc:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; Hansen, Forrest <FRHansen@duanemorris.com>; Adam Slater <ASlater@mazieslater.com>; lhilton@kanner-law.com; George T. Williamson <gwilliamson@farr.com>; Cheryll Calderon <ccalderon@mazieslater.com>; David_Hobbs <david_hobbs@fleming-law.com>
**Subject:** FW: Valsartan, Losartan, and Irbesartan MDL

Counsel,

Some of the exhibits to Plaintiffs' letter are subject to your current motion for a protective order. In light of the public interest in the contamination of ZHP's valsartan and its knowledge of the more widespread problem at least a year before the recalls, Plaintiffs challenge the confidentiality of the remaining exhibits as described

in their letter.

Best,
Chris

---

**From:** Christopher Geddis
**Sent:** Tuesday, April 27, 2021 2:50 PM
**To:** Robert Kugler <Judge_Robert_Kugler@njd.uscourts.gov>; tiv_stevenslee.com <tiv@stevenslee.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Karen Friedlander <karen_friedlander@njd.uscourts.gov>; Larry Macstravic <Larry_MacStravic@njd.uscourts.gov>
**Cc:** Robert Kugler <Judge_Robert_Kugler@njd.uscourts.gov>; Priselac, Jessica <JPriselac@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; Ball, Frederick R. <FRBall@duanemorris.com>; Gallagher, Patrick <PCGallagher@duanemorris.com>; Reeder, Nathan B. <NBReeder@duanemorris.com>; CCT@Pietragallo.com; Lori' 'ZZ-Cohen <CohenL@gtlaw.com>; lockardv@gtlaw.com; jgeoppinger@ulmer.com; Sarah.Johnston@btlaw.com; valpec@kirtlandpackard.com; Loretta Smith <Loretta_Smith@njd.uscourts.gov>; Adam Slater <ASlater@mazieslater.com>; valpec@kirtlandpackard.com
**Subject:** Valsartan, Losartan, and Irbesartan MDL

Dear Judge Kugler and Judge Vanaskie:

Plaintiffs' unredacted letter regarding tomorrow's case management conference is attached to this email. The letter and exhibits are available at the following link: ████████████████████████████████  The version filed on ECF is heavily redacted and does not contain the exhibits due to ZHP's extensive confidentiality designations.

For the Court's convenience, Plaintiffs have also attached their opposition to ZHP's motion for a protective order regarding its depositions to this email. It was filed on ECF yesterday.

Respectfully,
Chris


Christopher J. Geddis
Associate Attorney
**Mazie Slater Katz & Freeman, LLC**
103 Eisenhower Parkway
Roseland, New Jersey  07068
(973) 228-9898
cgeddis@mazieslater.com
www.mazieslater.com



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Mazie Slater Katz & Freeman, LLC (Tel: 973-228-9898) immediately and delete this message, along with any attachments, from your computer. Thank you.

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.