# Exhibit 7

      ZHP has designated this part of the deposition transcript as confidential. Plaintiffs hereby challenge this designation. In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibit to the Court directly via email for its in camera review.