# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 2875 |
| | § | HON. ROBERT B. KUGLER |
| THIS DOCUMENT RELATES TO: | § § | |
| | § | |
| *Georgia Murawski, et al. v. Zhejiang Pharmaceutical Co., et al.,* | § § § | |
| | § | |
| Case No. 1:20-cv-14302-RBK-JS | § | |

## <u>AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF GEORGIA MURAWSKI</u>

**PLEASE TAKE NOTICE** that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order #20, filed November 17, 2020 - Document 632), Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, Huahai U.S., Inc., and Prinston Pharmaceutical Inc., will take the deposition upon oral examination of Georgia Murawski, on **August 19, 2021 at 9:00 a.m. EDT,** and continuing until completion, via remote deposition while the witness is at her home or office or other location agreed to by the parties. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person

duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The court reporter and videographer will be an employee or agent of Veritext Legal Solutions. The attorney contact for the deposition is:

Dawnn E. Briddell
Duane Morris LLP
1940 Route 70 East, Suite 100
Cherry Hill, NJ 08003
(856) 874-4273
dbriddell@duanemorris.com

Date: July 16, 2021

Respectfully submitted,

*/s/ Dawnn E. Briddell*
Dawnn E. Briddell (001071987)

Duane Morris LLP
1940 Route 70 East, Suite 100
Cherry Hill, NJ 08003
Tel:  (856) 874-4273
Fax: (856) 874-4633

dbriddell@duanemorris.com

*Attorney for Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, Huahai U.S., Inc., and Prinston Pharmaceutical Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2021, I caused a true and correct copy of the foregoing Amended Notice of Videotaped Deposition of Plaintiff Georgia Murawski to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was originally served on the following Plaintiff's counsel by e-mail, with copies by e-mail to Counsel for Defendants:

Marlene Goldenberg, Esq.  (counsel for Plaintiff Georgia Murawski)

Adam Slater, Esq. (via email, for distribution to Plaintiffs' Counsel)

Ruben Honik, Esq. (via email)

David Stanoch, Esq. (via email)

Conlee Whiteley, Esq. (via email)

Jessica Priselac, Esq. (via email, for distribution to Defendants' Counsel)

Seth A. Goldberg, Esq. (via email)

Clem C. Trischler, Esq. (via email)

Sarah E. Johnston, Esq. (via email)

Veritext Legal Solutions (via email)

*/s/ Dawnn E. Briddell*
Dawnn E. Briddell (001071987)
Duane Morris LLP
1940 Route 70 East, Suite 100
Cherry Hill, NJ 08003
Tel:  (856) 874-4273
Fax: (856) 874-4633
dbriddell@duanemorris.com

*Attorney for Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, Huahai, U.S., Inc., and Prinston Pharmaceutical Inc.*