# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>**Local Civil Rule 7.1.1 Statement** |

Defendant Walmart Inc. hereby files this statement pursuant to Local Civil Rule 7.1.1 and discloses that no person or entity that is not a party to the above-captioned litigation is providing funding for some or all of the attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Date: July 21, 2021

Respectfully submitted,

By: /s/ *Rebecca E. Bazan*

DUANE MORRIS LLP
Rebecca E. Bazan
505 9th Street NW, Suite 1000
Washington, DC 20004

                          Tel.: (202)776-5253
                          Fax: (202) 330-5547
                          REBazan@duanemorris.com

                          *Attorneys for Walmart Inc.*