# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | No. 1:19-md-2875-RBK<br><br>Honorable Robert B. Kugler,<br>Honorable Karen M. Williams<br><br>(Document Filed Electronically) |

**RULE 7.1.1(a) DISCLOSURE STATEMENT**

Defendants Torrent Pharma, Inc. and Torrent Pharmaceutical Ltd. (collectively the "Torrent Defendants") hereby notify the Court, pursuant to Local Rule 7.1.1(a), that there is no person or entity not a party to this action providing funding for any portion of the Torrent Defendants' attorney's fees or expenses of litigation in exchange for a contingent financial interest based upon the results of the litigation or a nonmonetary result that is not in the nature of a personal or bank loan or insurance.

2

Dated: July 21, 2021

Respectfully submitted,

**Kirkland & Ellis LLP**

/s/ *Devora W. Allon*

Devora W. Allon
Jay P. Lefkowitz
Alexia R. Brancato
Brittney Nagle
601 Lexington Ave.
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com
lefkowitz@kirkland.com
alexia.brancato@kirkland.com
brittney.nagle@kirkland.com

*Attorneys for Torrent Pharma, Inc. and Torrent Pharmaceutical Ltd.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

                                            /s/ *Devora W. Allon*
                                            Devora W. Allon