IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| IN RE: Valsartan Products Liability Litigation, | ) ) ) | MDL Docket No: 2875<br>1:21-md-2875-RBK |
| This Document Relates to:<br>Case No. 1:21-cv-12713-RBK-KMW | ) ) ) ) | Hon. Robert B. Kugler |
| The Estate of Stephen Gregory Johnston | ) ) | Hon. Karen M. Williams |

### PLAINTIFF'S STATEMENT PURSUANT TO L. CIV. R. 7.1.1

Plaintiff, Elizabeth Johnston, as Personal Representative of the Estate of Stephen Gregory Johnston, submits the following information pursuant to L. Civ. R. 7.1.1:

1. Plaintiff is not receiving any funding of attorneys' fees and expenses in exchange for either (1) contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan or insurance.

2. As set forth in Paragraph 1, Plaintiff is not receiving any third-party funding of attorneys' fees and expenses, therefore no funder approval is necessary for litigation decisions or settlement discussions in this action.

Dated July 22, 2021

          Respectfully submitted,

          /s/ Christopher Shakib
          **Christopher Shakib, Esquire**
          **TERRELL HOGAN & YEGELWEL, P.A.**
          233 East Bay Street, 8th Floor
          Jacksonville, Florida  32202
          Telephone:    (904) 632-2424
          Facsimile:      (904) 632-5049
          Primary Email: shakib@terrellhogan.com
          Secondary Email: jfleury@terrellhogan.com
          Florida Bar No.: 0947865

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 22, 2021.  Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.   Parties may access the filing through the Court's EFC system.

      /s/ Christopher Shakib_____