**BEFORE THE UNITED STATES DISTRICT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| **In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation** | **MDL No. 2875** |

      **PLEASE TAKE NOTICE** that pursuant to Local Rule 7.1.1, Defendant Hetero USA, Inc.

is not receiving funding for some or all of the attorneys' fees and expenses for this litigation on a

non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the

litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or

insurance.

                                      Respectfully submitted,

Dated: July 22, 2021                      **/s/ Janet L. Poletto**
                                        Janet L. Poletto, Esq.
                                        HARDIN KUNDLA McKEON & POLETTO
                                        673 Morris Avenue
                                        Springfield, NJ 07081
                                        Telephone: 973-912-5222
                                        Facsimile: 973-912-9212
                                        Email: jpoletto@hkmpp.com
                                        *Attorneys for Defendant, Hetero USA Inc.*

**BEFORE THE UNITED STATES DISTRICT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| **In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation** | **MDL No. 2875** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2021, the foregoing Disclosure was filed electronically with the Clerk of Court to be served by operation of the Court's CM/ECF filing system on all counsel of record.

*/s/ Janet L. Poletto*
Janet L. Poletto, Esq.
HARDIN KUNDLA McKEON & POLETTO
673 Morris Avenue
Springfield, NJ 07081
Telephone: 973-912-5222
Facsimile: 973-912-9212
Email: jpoletto@hkmpp.com
*Attorneys for Defendant, Hetero USA Inc.*
