**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | No. 1:19-md-2875-RBK<br>Hon. Robert B. Kugler<br>Hon. Karen M. Williams<br><br>(Document Filed Electronically) |

**RULE 7.1.1(a) DISCLOSURE STATEMENT**

Defendants *Aurobindo Pharma USA, Inc., Aurobindo Pharma LTD., and Aurolife Pharma, LLC.* (collectively the "Aurobindo entities") hereby notify the Court, pursuant to Local Rule 7.1.1(a), that there is no person or entity not a party to this action providing funding for any portion of the Aurobindo entities' attorney's fees or expenses of litigation in exchange for a contingent financial interest based upon the results of the litigation or a non- monetary result that is not in the nature of a personal or bank loan or insurance.

Dated: July 22, 2021

Respectfully submitted,

**CIPRIANI & WERNER, P.C.**

/s/ *Jessica M. Heinz*
Ernest F. Koschineg, III
Jessica M. Heinz
450 Sentry Parkway E, Suite 200
Blue Bell, PA 19422
Tel.: 610-567-0700
Fax: 610-567-0712
ekoschineg@c-wlaw.com
jheinz@c-wlaw.com

*Attorneys for Aurobindo Pharma USA, Inc., Aurobindo Pharma LTD., and Aurolife Pharma, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 22, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Jessica M. Heinz*
Jessica M. Heinz