# EXHIBIT E

```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY


 _____

                                     CIVIL ACTION NUMBER:
 IN RE:  VALSARTAN PRODUCTS
 LIABILITY LITIGATION                19-md-02875-RBK-JS

 _____    STATUS CONFERENCE VIA
                                     REMOTE ZOOM VIDEOCONFERENCE

      Mitchell H. Cohen Building & U.S. Courthouse
      4th & Cooper Streets
      Camden, New Jersey  08101
      March 10, 2021
      Commencing at 4:00 p.m.

 B E F O R E:         SPECIAL MASTER THE HONORABLE THOMAS
                      I. VANASKIE


 A P P E A R A N C E S:

      MAZIE SLATER KATZ & FREEMAN, LLC
      BY:  ADAM M. SLATER, ESQUIRE
      103 Eisenhower Parkway
      Roseland, New Jersey  07068
      For the Plaintiffs

      GOLOMB & HONIK, P.C.
      BY:  RUBEN HONIK, ESQUIRE
           DAVID STANOCH, ESQUIRE
      1835 Market Street, Suite 2900
      Philadelphia, Pennsylvania  19103
      For the Plaintiffs

      GOLDENBERG LAW, LLC
      BY:  MARLENE J. GOLDENBERG, ESQUIRE
      800 Lasalle Avenue, Suite 2150
      Minneapolis, Minnesota  55402
      For the Plaintiffs


              Camille Pedano, Official Court Reporter
                    camillepedano@gmail.com
                         609-774-1494

    Proceedings recorded by mechanical stenography; transcript
           produced by computer-aided transcription.
```

```
 1   A P P E A R A N C E S (Continued):

 2       KANNER & WHITELEY, LLC
         BY:  CONLEE S. WHITELEY, ESQUIRE
 3       701 CAMP STREET
         NEW ORLEANS, LOUISIANA  70130
 4       For the Plaintiffs

 5       DUANE MORRIS, LLP
         BY:  JESSICA PRISELAC, ESQUIRE
 6            KELLY A. BONNER, ESQUIRE
         30 South 17th Street
 7       Philadelphia, Pennsylvania  19103
         For the Defendants, Prinston Pharmaceuticals,
 8       Solco Healthcare U.S. LLC, and
         Zhejiang Huahai Pharmaceuticals Ltd.
 9
         PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
10       BY:  CLEM C. TRISCHLER, ESQUIRE
              FRANK H. STOY, ESQUIRE
11       One Oxford Centre, 38th Floor
         Pittsburgh, Pennsylvania  15219
12       For the Defendant, Mylan Pharmaceuticals Inc.

13       GREENBERG TRAURIG, LLP
         BY:  ALEXANDRA BACH LOGAS, ESQUIRE
14            STEVEN M. HARKINS, ESQUIRE
         3333 Piedmont Road, NE, Suite 2500
15       Atlanta, Georgia  30305
         For the Defendants, Teva Pharmaceutical Industries Ltd.,
16       Teva Pharmaceuticals USA, Inc., Actavis LLC,
         and Actavis Pharma, Inc.
17
         CIPRIANI & WERNER, P.C.
18       BY:  JESSICA M. HEINZ, ESQUIRE
              ETHAN FELDMAN, ESQUIRE
19       450 Sentry Parkway
         Blue Bell, Pennsylvania  19422
20       For the Defendants, Aurolife Pharma LLC
         and Aurobindo Pharma USA, Inc.
21
         HILL WALLACK, LLP
22       BY:  ERIC I. ABRAHAM, ESQUIRE
              NAKUL Y. SHAH, ESQUIRE
23       21 Roszel Road
         Princeton, New Jersey 08540
24       Attorney for Defendants, Hetero Drugs and Hetero Labs

25
```

```
 1  A P P E A R A N C E S (Continued):

 2       ULMER & BERNE LLLP
         BY:  JEFFREY D. GEOPPINGER, ESQUIRE
 3       600 VINE STREET, SUITE 2800
         CINCINNATI, OHIO  45202
 4       For the Wholesaler Defendants and AmerisourceBergen

 5       BARNES & THORNBURG LLP
         BY:  SARAH E. JOHNSTON, ESQUIRE
 6            KRISTEN L. RICHER, ESQUIRE
         2029 CENTURY PARK EAST, SUITE 300
 7       LOS ANGELES, CALIFORNIA  90067
         For the Retailer Defendants and CVS Pharmacy
 8

 9

10

11  ALSO PRESENT:

12       Loretta Smith, Esquire
         Judicial Law Clerk to The Honorable Robert B. Kugler
13
         Larry MacStravic, Courtroom Deputy
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1  Kelly Bonner.  I'm appearing on behalf of -- hello?
 2           JUDGE VANASKIE:  Hello?
 3           MS. BONNER:  Yes, Your Honor, can you hear me?  This
 4  is Kelly Bonner on behalf of the ZHP parties.  Hello?  Your
 5  Honor?
 6           MR. SLATER:  I think the Judge may be having an issue
 7  with the Internet, possibly connection.  It looks like he
 8  clicked off and will probably sign back in.
 9           Was I lost on this for a while or was I coming
10  through?  Because everything froze for a second.  Everybody was
11  frozen.
12           MS. WHITELEY:  No.  Adam, we can hear you and Kelly
13  just fine.
14           MR. SLATER:  Okay.  Hi, Conlee.
15           MS. WHITELEY:  Hi Adam.  Hi Kelly.
16           MS. BONNER:  Hello.
17           MS. SMITH:  Perhaps while we are waiting for Judge
18  Vanaskie to rejoin us, I just want to let the parties know the
19  last opinion for the motions to dismiss is in Judge Kugler's
20  hands, so I'm expecting it to be issued some time this week.
21           MR. SLATER:  Thank you. You're off the hook.
22           MS. SMITH:  Thank you.
23           JUDGE VANASKIE:  All right.  Can you hear me?
24           MS. BONNER:  Yes, Your Honor, I can hear you.
25           JUDGE VANASKIE:  And it dropped on my end.
```

1    Apparently, I had the problem.
2            So, Mr. Slater, you were about to conclude?
3            MR. SLATER:  I thought I was.
4            JUDGE VANASKIE:  Okay.
5            MR. SLATER:  All I had said was, unless there's a
6    Hetero or a ZHP issue that's outstanding, but I don't think
7    there are any.  So if that's true, I can, with your permission,
8    I can go back to the deposition.
9            JUDGE VANASKIE:  Yes.  I apologize to the group.  As I
10   said, the call dropped on my end.
11           Ms. Bonner, did you want to say anything?
12           MS. BONNER:  Yes, Your Honor.  Just speaking on behalf
13   of the ZHP parties with respect to confidentiality issues,
14   because they were put on the agenda for today, we would just
15   like to make very clear that the ZHP parties respectfully
16   request that these issues be deferred and that any deadlines
17   for motions to seal be held in abeyance until such time as the
18   Court issues its decision on the outstanding motion to seal,
19   which was fully briefed on Monday.
20           JUDGE VANASKIE:  And as I understand it as well, Ms.
21   Bonner, I'm glad you raised the question, the documents in
22   question could be used at depositions, if necessary; it's just
23   that they're to be treated as confidential.  All right.
24           MS. BONNER:  That is correct, Your Honor.
25           JUDGE VANASKIE:  So, Mr. Slater, I think we can

```
 1  proceed and then get a ruling from me on the motion to seal.
 2           MR. SLATER:  Thank you so much.
 3           JUDGE VANASKIE:  All right.  Thank you.
 4           MS. BONNER:  Thank you, Your Honor.
 5           JUDGE VANASKIE:  Thanks.
 6           MR. SLATER:  Thank you.  Have a very nice day.  Good
 7  luck, everyone.
 8           (Mr. Slater leaves the videoconference.)
 9           JUDGE VANASKIE:  All right.  So we'll go back to the
10  agenda letter that I received from Mr. Slater.  I will go in
11  the order that he has established.
12           The first issue that he raised has to deal with
13  bellwether plaintiffs' discovery or discovery from bellwether
14  plaintiffs, and it seemed to me that this issue has been
15  resolved with the defendants being able to serve discovery
16  requests on an individualized basis as necessary.
17           Who will be addressing this issue for the defense
18  team?
19           MS. LOGAS:  Good afternoon, Your Honor.  Alexander
20  Bach Logas, counsel for Teva.  Yes, Your Honor apprehended it
21  correctly.
22           THE COURT REPORTER:  I'm sorry.  Excuse me.  You're
23  going to have to start again.  I lost you.  If you would,
24  please.  Thank you.
25           MS. LOGAS:  Sure, yes.  Absolutely.
```