# EXHIBIT F

## Bonner, Kelly

| | |
|---|---|
| **From:** | Christopher Geddis <CGeddis@mazieslater.com> |
| **Sent:** | Tuesday, April 27, 2021 6:34 PM |
| **To:** | Bonner, Kelly |
| **Cc:** | Goldberg, Seth A.; Priselac, Jessica; Schwartz, Barbara; Hill, Coleen W.; Hansen, Forrest; Adam Slater; lhilton@kanner-law.com; George T. Williamson; Cheryll Calderon; David_Hobbs |
| **Subject:** | FW: Valsartan, Losartan, and Irbesartan MDL |
| **Attachments:** | Judges Kugler and Vanaskie ltr re April CMC.pdf; BRIEF in Opposition filed by All Plaintiffs re [1174] MOTION for Protective Order Regarding Plaintiffs' Depositions of Chinese National Witnesses.pdf; Ex. A - hearing041221.pdf |

Counsel,

Some of the exhibits to Plaintiffs' letter are subject to your current motion for a protective order. In light of the public interest in the contamination of ZHP's valsartan and its knowledge of the more widespread problem at least a year before the recalls, Plaintiffs challenge the confidentiality of the remaining exhibits as described in their letter.

Best,
Chris

---

**From:** Christopher Geddis
**Sent:** Tuesday, April 27, 2021 2:50 PM
**To:** Robert Kugler <Judge_Robert_Kugler@njd.uscourts.gov>; tiv_stevenslee.com <tiv@stevenslee.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Karen Friedlander <karen_friedlander@njd.uscourts.gov>; Larry Macstravic <Larry_MacStravic@njd.uscourts.gov>
**Cc:** Robert Kugler <Judge_Robert_Kugler@njd.uscourts.gov>; Priselac, Jessica <JPriselac@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; Ball, Frederick R. <FRBall@duanemorris.com>; Gallagher, Patrick <PCGallagher@duanemorris.com>; Reeder, Nathan B. <NBReeder@duanemorris.com>; CCT@Pietragallo.com; Lori' 'ZZ-Cohen <CohenL@gtlaw.com>; lockardv@gtlaw.com; jgeoppinger@ulmer.com; Sarah.Johnston@btlaw.com; valpec@kirtlandpackard.com; Loretta Smith <Loretta_Smith@njd.uscourts.gov>; Adam Slater <ASlater@mazieslater.com>; valpec@kirtlandpackard.com
**Subject:** Valsartan, Losartan, and Irbesartan MDL

Dear Judge Kugler and Judge Vanaskie:

Plaintiffs' unredacted letter regarding tomorrow's case management conference is attached to this email. The letter and exhibits are available at the following link: https://www.dropbox.com/sh/uoktkil15896vu9/AABSiM7EQu7CH6S-UUM-pjZRa?dl=0. The version filed on ECF is heavily redacted and does not contain the exhibits due to ZHP's extensive confidentiality designations.

For the Court's convenience, Plaintiffs have also attached their opposition to ZHP's motion for a protective order regarding its depositions to this email. It was filed on ECF yesterday.

Respectfully,
Chris

Christopher J. Geddis
Associate Attorney
**Mazie Slater Katz & Freeman, LLC**
103 Eisenhower Parkway
Roseland, New Jersey  07068
(973) 228-9898
cgeddis@mazieslater.com
www.mazieslater.com



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Mazie Slater Katz & Freeman, LLC (Tel: 973-228-9898) immediately and delete this message, along with any attachments, from your computer. Thank you.