# EXHIBIT G

**Bonner, Kelly**

| | |
|---|---|
| **From:** | Christopher Geddis <CGeddis@mazieslater.com> |
| **Sent:** | Monday, May 17, 2021 6:20 PM |
| **To:** | Bonner, Kelly |
| **Cc:** | Goldberg, Seth A.; Priselac, Jessica; Schwartz, Barbara; Hill, Coleen W.; Hansen, Forrest; Adam Slater; lhilton@kanner-law.com; George T. Williamson; Cheryll Calderon; David_Hobbs |
| **Subject:** | FW: Valsartan MDL - Plaintiffs' Motion to Compel Custodial File of Baohua Chen |
| **Attachments:** | Judge Vanaskie ltr re Baohua Chen Custodial File Final.pdf |

Counsel,

Some of the exhibits to Plaintiffs' letter are subject to your current motion for a protective order. In light of the public interest in the contamination of ZHP's valsartan and its knowledge of the more widespread problem at least a year before the recalls, Plaintiffs challenge the confidentiality of the remaining exhibits as described in their letter.

Best,
Chris

---

**From:** Christopher Geddis
**Sent:** Monday, May 17, 2021 6:19 PM
**To:** Hill, Coleen W. <CWHill@duanemorris.com>; 'TIV@stevenslee.com' <TIV@stevenslee.com>
**Cc:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>; Schwartz, Barbara <BASchwartz@duanemorris.com>; Dedaj, Jovalin <JDedaj@duanemorris.com>; 'valpec@kirtlandpackard.com' <valpec@kirtlandpackard.com>; Adam Slater <ASlater@mazieslater.com>
**Subject:** RE: Valsartan MDL - Plaintiffs' Motion to Compel Custodial File of Baohua Chen

Dear Judge Vanaskie,

On behalf of Adam Slater, please see attached for Plaintiffs' reply to ZHP's opposition to Plaintiffs' request for the production of Baohua Chen's custodial file. The exhibits to the unredacted letter are available at the following link: https://www.dropbox.com/sh/ibtep1i43di2sqk/AABFHHOfJxAgG-yZ3u0AR_Cra?dl=0. If you have any difficulty accessing these documents, please let me know.

Respectfully,
Chris

Christopher J. Geddis
Associate Attorney
**Mazie Slater Katz & Freeman, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898
cgeddis@mazieslater.com
www.mazieslater.com

1



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Mazie Slater Katz & Freeman, LLC (Tel: 973-228-9898) immediately and delete this message, along with any attachments, from your computer. Thank you.

**From:** Hill, Coleen W. <CWHill@duanemorris.com>
**Sent:** Friday, May 14, 2021 3:38 PM
**To:** 'TIV@stevenslee.com' TIV@stevenslee.com
**Cc:** Goldberg, Seth A. SAGoldberg@duanemorris.com; Priselac, Jessica JPriselac@duanemorris.com; Schwartz, Barbara BASchwartz@duanemorris.com; Dedaj, Jovalin JDedaj@duanemorris.com; 'valpec@kirtlandpackard.com' <valpec@kirtlandpackard.com>; Adam Slater <ASlater@mazieslater.com>; Christopher Geddis <CGeddis@mazieslater.com>
**Subject:** Valsartan MDL - ZHP Parties' Unredacted Brief in Opposition to Plaintiffs' Motion to Compel Custodial File of Baohua Chen

Dear Judge Vanaskie,

On behalf of Seth Goldberg, attached please find the ZHP Parties' unredacted papers in support of their opposition to Plaintiffs' motion to compel the custodial file of Baohua Chen and cross motion for protective order.

Kind regards,
Coleen



**www.duanemorris.com**
**Coleen W. Hill**
Associate

Duane Morris LLP             P: +1 215 979 1164
30 South 17th Street         F: +1 215 827 5808
Philadelphia, PA 19103-4196  C: +1 314 749 4461

E-MAIL | BIO | VCARD

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.