# EXHIBIT K

**Bonner, Kelly**

| | |
|---|---|
| **From:** | Christopher Geddis <CGeddis@mazieslater.com> |
| **Sent:** | Friday, July 16, 2021 6:36 PM |
| **To:** | Vanaskie, Thomas I.; 'TIV@stevenslee.com' |
| **Cc:** | DECValsartan@btlaw.com; Bonner, Kelly; 'valpec@kirtlandpackard.com' |
| **Subject:** | In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL 2875 - Plaintiffs' Brief on ZHP's Waiver of Certain Confidentiality Designations |

Dear Judge Vanaskie,

Plaintiffs' unredacted brief on ZHP's waiver of certain confidentiality designations is available at the following link: https://www.dropbox.com/sh/p2kb9fpihrts117/AAAN_BLOP_zv6pegbfz0jNIia?dl=0.

The underlying unredacted court submissions are also available in separate folders at this link.

If you have any trouble accessing these documents, please let me know.

Respectfully,
Chris


Christopher J. Geddis
Associate Attorney
**Mazie Slater Katz & Freeman, LLC**
103 Eisenhower Parkway
Roseland, New Jersey  07068
(973) 228-9898
cgeddis@mazieslater.com
www.mazieslater.com



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Mazie Slater Katz & Freeman, LLC (Tel: 973-228-9898) immediately and delete this message, along with any attachments, from your computer. Thank you.