Exhibit 1

7/23/2021　　　　　　　　　　　　　　　Gmail - FW: Valsartan: ZHP Document Production ZHP044

Fri, Jul 23, 2021 at 10:36 AM

## FW: Valsartan: ZHP Document Production ZHP044

Christopher Geddis <CGeddis@mazieslater.com>
To:

From: Priselac, Jessica <JPriselac@duanemorris.com>
Sent: Friday, July 9, 2021 1:31 PM
To: Christopher Geddis <CGeddis@mazieslater.com>
Cc: Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Good, Rachel <RMGood@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; Adam Slater <ASlater@mazieslater.com>; Cheryll Calderon <ccalderon@mazieslater.com>; lhilton@kanner-law.com>; George T. Williamson <gwilliamson@farr.com>; David_Hobbs <david_hobbs@fleming-law.com>
Subject: RE: Valsartan: ZHP Document Production ZHP044

Chris,

As a follow-up to my prior email, below please find the employment information requested by Plaintiffs. As several of these employees have worked for ZHP for more than ten years, determining the date (or, in some cases, the approximate date) each employee first had access to an email account took the client some time to determine.

| Full Name | Last Name | First Name | Email Address | Department | Title | Dates of Employment | Date Email Account First Used |
|---|---|---|---|---|---|---|---|
| 林金生 | LIN | Jinsheng | linjinsheng@huahaipharm.com | CEMAT | Assistant Technical Director | July 2012-Present | August 2012 |
| 黄天培 | HUANG | Tianpei | huangtianpei@huahaipharm.com | CEMAT | Researcher | July 2016-March 2019 | 2016 (Approximately) |
| 陈旺炜 | CHEN | Wangwei | chenwangwei@huahaipharm.com | Technical Department | Senior Supervisor | July 2011-August 2017 | Although he was assigned an email address by the IT department, he was never given access to an email account or a computer |
| 方国军 | FANG | Guojun | fangguojun@huahaipharm.com | Technical Department | Supervisor | April 2015-January 2019 | 2015 (Approximately) |
| 李丹 | LI | Dan | lidan@huahaipharm.com | CEMAT | Technical Supervisor | August 2016-Present | January 2017 (Approximately) |
| 王鹏 | WANG | Peng | wangpeng@huahaipharm.com | Production and Operation Center | Deputy General Manager | July 2004-March 2020 | 2006 (Approximately) |
| 刘鹏 | LIU | Peng | liupeng@huahaipharm.com | Technical Department | Technician | July 2015-April 2018 | 2017 (Approximately) |
| 王伟 | WANG | Wei | wangweicn@huahaipharm.com | Product Technology Center | Supervisor | July 2016-Present | November 2017 |

Gmail - FW: Valsartan: ZHP Document Production ZHP044

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 朱文泉 | ZHU | Wenquan | zhuwenquan@huahaipharm.com | Quality Research | Analysis Director | July 2006-Present | 2007 (Approximately) |
| 陈文斌 | CHEN | Wenbin | chenwenbinqr@huahaipharm.com | Quality Research | Analysis Director | November 2013-Present | November 2013 |
| 张文玲 | ZHANG | Wenling | zhangwenlin@huahaipharm.com | Production Department II | Deputy Director | July 2008 - April 2020 | 2009 (Approximately) |
| 葛菊彩 | GE | Jucai | gejucai@huahaipharm.com | Quality Assurance | API QA Director | July 2000-Present | 2014 (Approximately) |
| 李敏 | LI | Min | minli@huahaipharm.com | Analysis and Testing | Vice President | September 2014-Present | September 2014 |
| 董鹏 | DONG | Peng | dongpeng@huahaipharm.com | Product Technology Center | Deputy Director | July 2006-Present | 2009 (Approximately) |
| 林丽红 | LIN | Lihong | lindalin@huahaipharm.com | Regulatory Affairs | Director | September 1997-Present | 2000 (Approximately) |
| 刘燕峰 | LIU | Yangfeng | lucyliu@huahaipharm.com | Regulatory Affairs | Deputy Director & Manager | June 2003-Present | June 2003 |

Best regards,

**Jessica Priselac**
Attorney at Law

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
P  +1 215 979 1159
F  +1 215 827 5486
C: +1 650 224 9007

JPriselac@duanemorris.com
www.duanemorris.com

**From:** Priselac, Jessica <JPriselac@duanemorris.com>
**Sent:** Friday, July 9, 2021 11:17 AM
**To:** Christopher Geddis <CGeddis@mazieslater.com>
**Cc:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Good, Rachel <RMGood@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; Adam Slater <ASlater@mazieslater.com>; Cheryl Calderon <ccalderon@mazieslater.com>; lhilton@kanner-law.com; George T. Williamson <gwilliamson@farr.com>; David_Hobbs <david_hobbs@fleming-law.com>
**Subject:** Re: Valsartan: ZHP Document Production ZHP044

Chris,

As initial matter, ZHP produced far fewer than 4,000 documents this week, and you requested the employment info. for the expanded list of custodians just last week. That said, we expect to have the employment information to you this afternoon.

7/23/2021                                                          Gmail - FW: Valsartan: ZHP Document Production ZHP044

On the extension, we are happy to agree to your request so long as you agree that we will have until August 13 to respond due to our team's summer vacation schedules.

Thanks,

Jessica Priselac

Attorney at Law

Duane Morris LLP

30 South 17th Street

Philadelphia, PA 19103-4196

P: +1 215 979 1159

F: +1 215 827 5486

C: +1 650 224 9097

JPriselac@duanemorris.com

On Jul 9, 2021, at 11:07 AM, Christopher Geddis <CGeddis@mazieslater.com> wrote:

Hi Jessica,

Please advise if you consent to the below-requested extension.

Thanks,

Chris

**From:** Christopher Geddis
**Sent:** Thursday, July 8, 2021 6:23 PM
**To:** Priselac, Jessica <JPriselac@duanemorris.com>
**Cc:** sgoldberg@duanemorris.com <sgoldberg@duanemorris.com>; Good, Rachel <RMGood@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; Adam Slater <ASlater@mazieslater.com>;
Cheryl Calderon <ccalderon@mazieslater.com>; lhilton@kanner-law.com; George T. Williamson <gwilliamson@farr.com>; David Hobbs <David_Hobbs@fleming-law.com>
**Subject:** RE: Valsartan: ZHP Document Production ZHP044

Jessica,

ZHP produced over 4,000 pages of documents last night. Based on the custodians, including Jinsheng Lin, this production is part of ZHP's Supplemental Production.
Plaintiffs now need to review these documents and update their planned motion to compel, which is currently due tomorrow. As a result, Plaintiffs ask for your consent
to a two-week extension on their deadline to file their motion to compel.

7/23/2021

Gmail - FW: Valsartan: ZHP Document Production ZHP044

Plaintiffs also note that they have not received the dates of employment and ZHP email issuance as well as other relevant employment information, including titles and departments, for: (a) Jinsheng LIN; (b) Tianpei HUANG; (c) Wangwei CHEN; (d) Dan LI; (e) Guojon FANG; (f) Peng LIU; (g) Wei WANG; (h) Wenquan ZHU; (i) Wenbin CHEN; (j) Peng WANG; (k) Wenling ZHANG; (l) Jucai GE; (m) Min LI; (n) Peng DONG; (o) Lihong LIN; and (p) Yanfeng LIU over two weeks ago during our meet and confer, ZHP has still failed to do so. Please provide this information as soon as possible so that Plaintiffs can use it to evaluate ZHP's Supplemental Production.

Best,

Chris

Christopher J. Geddis

Associate Attorney

**Mazie Slater Katz & Freeman, LLC**

103 Eisenhower Parkway

Roseland, New Jersey 07068

(973) 228-9898

cgeddis@mazieslater.com

www.mazieslater.com



<image001.jpg>

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Mazie Slater Katz & Freeman, LLC (Tel: 973-228-9898) immediately and delete this message, along with any attachments, from your computer. Thank you.

**From:** Good, Rachel <RMGood@duanemorris.com>
**Sent:** Wednesday, July 7, 2021 9:50 PM
**To:** 'monik@golombhonik.com' <monik@golombhonik.com>; 'd.stanoch@kanner-law.com' <d.stanoch@kanner-law.com>; Adam Slater <ASlater@mazieslater.com>; 'dright@levinlaw.com' <dright@levinlaw.com>; 'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>; 'valpee@kirtlandpackard.com' <valpee@kirtlandpackard.com>; 'CohenL@ctglaw.com' <CohenL@ctglaw.com>; 'argenal@csdisco.com' <argenal@csdisco.com>; 'behram.parekh@rlfallp.com' <behram.parekh@rlfallp.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>; 'alexia.brancato@kirkland.com' <CohenL@ctglaw.com>; 'ccr@pietragallo.com' <ccr@pietragallo.com>; 'zheinz@c-wlaw.com' <zheinz@c-wlaw.com>; 'Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca <alexia.brancato@kirkland.com>; Klein, Alan <AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca <REBazan@duanemorris.com>; Hill, Coleen W. <CWHill@duanemorris.com>; 'valsartan@csdisco.com' <valsartan@csdisco.com>; 'robertson@csdisco.com' <robertson@csdisco.com>; Cheryl Calderon <ccalderon@mazieslater.com>; Ashleigh Raso <araso@meshbesher.com>; Hansen, Forrest <FRHansen@duanemorris.com>
**Subject:** Valsartan: ZHP Document Production ZHP044

https://mail.google.com/mail/u/0?ui=2&ik=4d32c10015&view=lg&permmsgid=msg-f:1706086650168461083

Counsel,

Please see the attached letter and production index.

Please let me know if you have any difficulty accessing the documents from the Aquipt document repository.

Best,

Rachel

**From:** Good, Rachel
**Sent:** Wednesday, June 30, 2021 2:08 PM
**To:** 'rhonik@golombhonik.com' <rhonik@golombhonik.com>; 'd.stanoch@kanner-law.com' <d.stanoch@kanner-law.com>; 'aslater@mazieslater.com' <aslater@mazieslater.com>; 'dnigh@levinlaw.com'
<dnigh@levinlaw.com>; 'c.whiteley@kanner-law.com' <c.whiteley@kanner-law.com>
**Cc:** 'Behram Parekh' <behram.parekh@drilawllp.com>; 'argenall@sdsdisco.com' <argenall@sdsdisco.com>; 'valpec@kirklandpackard.com' <valpec@kirklandpackard.com>; 'CohenL@gtlaw.com'
<CohenL@gtlaw.com>; 'cct@pietragallo.com' <cct@pietragallo.com>; 'Jheinz@c-wlaw.com' <Jheinz@c-wlaw.com>; 'jpoletto@hkmpp.com' <jpoletto@hkmpp.com>; 'alexia.brancato@kirkland.com'
<alexia.brancato@kirkland.com>; 'Klein, Alan <AKlein@duanemorris.com>; Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>; Bazan, Rebecca
<REBazan@duanemorris.com>; 'Hill, Coleen W. <CWHill@duanemorris.com>; 'valsartan@sdsdisco.com' <valsartan@sdsdisco.com>; 'robertson@sdsdisco.com' <robertson@sdsdisco.com>; 'Cheryl Calderon'
<ccalderon@mazieslater.com>; 'aras@meshbesher.com' <aras@meshbesher.com>; Hansen, Forrest <FRHansen@duanemorris.com>
**Subject:** Valsartan: ZHP Supplemental Document Production

Counsel,

Please see the attached letter and production index.

Please let me know if you have any difficulty accessing the documents from the Aquipt document repository.

Best,

Rachel

Exhibit 2

# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn°
David M. Estes

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cheryll A. Calderon
Adam M. Epstein°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°

°Member of N.J. & N.Y. Bars

July 19, 2021

*VIA EMAIL*
SAGoldberg@duanemorris.com
Seth A. Goldberg, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103-4196

RE:    *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation,*
        No. 1:19-md-02875

Dear Counsel:

We are writing to follow up on Plaintiffs' July 13, 2021 letter requesting confirmation that ZHP produced Baohua Chen's complete custodial file on July 12, 2021, and requesting the immediate production of Xiaofang (Maggie) Kong's custodial file. To date you have not responded and have not produced Maggie Kong's custodial file.

Baohua Chen's custodial file appears to be demonstrably incomplete. Plaintiffs note that the file contains only 326 documents. Only 15 of those documents predate ZHP's recall of its contaminated valsartan. Despite signing the 2010 contract on behalf of Shanghai Syncores to develop the ZnCl2 process, and having extensive input into numerous issues including for example pricing, market share, and other issues, **the earliest document in his custodial file is a January 24, 2018 email.**

Seth A. Goldberg, Esq.
Duane Morris LLP
July 19, 2021
Page 2

     ZHP has previously produced approximately 32 emails involving Mr. Chen from 2010, 12 from 2011, 4 from 2012, 3 from 2013, 14 from 2014, 4 from 2015, 7 from 2016, and 55 from 2017. Yet, none of these emails are in the custodial file that you produced on July 12, 2021, nor is he listed as a duplicative custodian on any of them.  In fact, the July 12, 2021 production has a mere 161 documents containing Mr. Chen's email address.

     Plaintiffs intend to raise these issues with the Court at the next case management conference if they cannot be resolved.

Very truly yours,

ADAM M. SLATER

# Exhibits 4-19

ZHP has designated Exhibits 4 through 19 as confidential. Plaintiffs hereby challenge these designations. In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibits to the Court directly via email for its in camera review.

Exhibit 20

Confidential Information - Subject to Protective Order

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
2                  CAMDEN VICINAGE
3

      ****************************
4

     IN RE:  VALSARTAN, LOSARTAN,  MDL No. 2875
5    AND IRBESARTAN PRODUCTS
     LIABILITY LITIGATION          Civil No.
6                                  19-2875
     ****************************   (RBK/JS)
7

     THIS DOCUMENT APPLIES TO ALL  HON ROBERT B.
8    CASES                         KUGLER
9    ****************************
10             - CONFIDENTIAL INFORMATION -
              SUBJECT TO PROTECTIVE ORDER
11
12
13             Remote Videotaped via Zoom
14   Deposition of MIN LI, Ph.D., commencing at 7:03
15   a.m. China Standard Time, on the 20th of
16   April, 2021, before Maureen O'Connor Pollard,
17   Registered Diplomate Reporter, Realtime
18   Systems Administrator, Certified Shorthand
19   Reporter.
20
21                  - - -
22
            GOLKOW LITIGATION SERVICES
23      877.370.3377 ph | 917.591.5672 fax
                deps@golkow.com
24

Confidential Information -- Subject to Protective Order

1    relate to work and for personal?

2        A.    No, no.  Mostly personally.

3        Q.    Did you ever send text messages

4    on your Samsung phone that you still have

5    related to work?

6        A.    No.

7        Q.    Not once?

8        A.    No.

9        Q.    Did you ever send text messages

10   on any other phone related to work?

11       A.    No.  I don't like, you know,

12   text messages.

13       Q.    Well, you had three different

14   phones for work purposes.  Did you ever send

15   text messages related to work on any of those

16   three phones?

17       A.    No.

18       Q.    Do you know if those phones, if

19   any of your -- rephrase.

20             Do you know if any of your

21   phones were taken by your company so that the

22   information on the phones could be downloaded

23   and then reviewed for production to us as

24   part of the litigation?  Did they take your

Confidential Information - Subject to Protective Order

1    phone or phones?

2         A.    Did they take my phones.    I

3    don't think so.    I don't remember.    I don't

4    remember if they did that.

5         Q.    Did anybody ever tell you at

6    any point that you needed to save your

7    documents and information and not delete

8    anything because of this litigation?

9         A.    Oh, yes, mm-hmm.

10        Q.    When was that?

11        A.    The very first time, it must be

12   two, three years ago, I think.

13        Q.    How did you --

14        A.    But again --

15        Q.    Was it someone who spoke to

16   you, or did you get something in writing?

17        A.    Somebody sending through the

18   e-mail.    Yeah, I think it should be someone,

19   you know, of, you know, Maggie Kong's staff,

20   you know, one of her staff.

21        Q.    Do you ever use WeChat?

22        A.    Yes.

23        Q.    How long have you been using

24   WeChat?

Exhibit 21

Confidential Information - Subject to Protective Order

```
1        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW JERSEY
2                 CAMDEN VICINAGE
                    -   -   -
3
      IN RE:  VALSARTAN,     :   MDL NO. 2875
4     LOSARTAN, AND          :
      IRBESARTAN PRODUCTS     :   CIVIL NO.
5     LIABILITY LITIGATION   :   19-2875
      _____   :   (RBK/JS)
6                            :
      THIS DOCUMENT APPLIES  :   HON. ROBERT
7     TO ALL CASES           :   B. KUGLER
8          - CONFIDENTIAL INFORMATION -
            SUBJECT TO PROTECTIVE ORDER
9
                    VOLUME I
10
                    -   -   -
11
                  May 27, 2021
12
                    -   -   -
13
14        Videotaped remote deposition of
      JUN DU, taken pursuant to notice, was
15    held via Zoom Videoconference, beginning
      at 9:16 a.m., EST, on the above date,
16    before Michelle L. Gray, a Registered
      Professional Reporter, Certified
17    Shorthand Reporter, Certified Realtime
      Reporter, and Notary Public.
18
19                  -   -   -
20
          GOLKOW LITIGATION SERVICES
21    877.370.3377 ph | 917.591.5672 fax
             deps@golkow.com
22
23
24
```

Confidential Information - Subject to Protective Order

1         A.      That is correct.

2         Q.      Do you have a smartphone

3    that you use for work?

4         A.      That is correct.

5         Q.      What type?

6         A.      It's an iPhone Model 8.

7         Q.      How long have you had that?

8         A.      I do not recall how long I

9    been using it.  I believe I started in

10   2016 also.

11        Q.      Was that iPhone provided to

12   the third party vendor to pull off

13   documents or information for us?

14        A.      No.

15        Q.      Did anybody ask you for it

16   from work -- rephrase.

17                Did any attorneys or --

18   rephrase.

19                Did anybody ask you for the

20   iPhone so that it could be evaluated so

21   documents and information could be

22   provided to us?

23        A.      No.

24                MR. SLATER:  I don't know

# Exhibit 22

Confidential Information - Subject to Protective Order

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
 2                    CAMDEN VICINAGE
 3
       ***************************
 4   IN RE:  VALSARTAN, LOSARTAN,   MDL No. 2875
     AND IRBESARTAN PRODUCTS
 5   LIABILITY LITIGATION           Civil No.
                                    19-2875
 6   ***************************    (RBK/JS)
     THIS DOCUMENT APPLIES TO ALL
 7   CASES                          HON ROBERT B.
                                    KUGLER
 8   ***************************
 9             - CONFIDENTIAL INFORMATION -
             SUBJECT TO PROTECTIVE ORDER
10
11
12            Remote Videotaped via Zoom
13   Deposition of YUELIN HU, commencing at 7:04
14   a.m. China Standard Time, on the 12th of May,
15   2021, before Maureen O'Connor Pollard,
16   Registered Diplomate Reporter, Realtime
17   Systems Administrator, Certified Shorthand
18   Reporter.
19
20                     -  -  -
21
            GOLKOW LITIGATION SERVICES
22     877.370.3377 ph | 917.591.5672 fax
              deps@golkow.com
23
24
```

Confidential Information - Subject to Protective Order

1    litigation.

2        Q.    How about your personal cell

3    phone, was that ever taken?

4        A.    My personal cell phone is a

5    personal device.  I don't use it for work,

6    and it's unrelated to the valsartan case.  It

7    is a personal item.

8        Q.    I understand that.  But your

9    earlier testimony was that you have used your

10   personal cell phone in the past to send

11   e-mails and make phone calls for work

12   purposes.

13            Do you remember that?

14            MR. BALL:  Objection.

15       Mischaracterizes the testimony.

16       A.    In the past I did occasionally

17   use my cell phone to view e-mails, but it was

18   viewing only.  These e-mails were also on my

19   computer.  They were not saved -- relevant

20   information was not saved in my cell phone.

21   BY MR. WILLIAMSON:

22       Q.    Do you have a personal e-mail

23   address?

24       A.    Not right now.

Exhibit 23

Confidential Information - Subject to Protective Order

1          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
2                  CAMDEN VICINAGE
3
    ***************************
4   IN RE:  VALSARTAN, LOSARTAN,  MDL No. 2875
    AND IRBESARTAN PRODUCTS
5   LIABILITY LITIGATION          Civil No.
                                  19-2875
6   ***************************  (RBK/JS)
    THIS DOCUMENT APPLIES TO ALL
7   CASES                         HON ROBERT B.
                                  KUGLER
8   ***************************
9           - CONFIDENTIAL INFORMATION -
            SUBJECT TO PROTECTIVE ORDER
10
11
12          Remote Videotaped via Zoom
13   Deposition of JIE WANG, commencing at 7:01
14   a.m. China Standard Time, on the 18th of May,
15   2021, before Maureen O'Connor Pollard,
16   Registered Diplomate Reporter, Realtime
17   Systems Administrator, Certified Shorthand
18   Reporter.
19
20                 - - -
21
            GOLKOW LITIGATION SERVICES
22     877.370.3377 ph | 917.591.5672 fax
               deps@golkow.com
23
24

Confidential Information - Subject to Protective Order

1    personal e-mail address?

2          A.      No, I don't think so.

3          Q.      When your company collected

4    your documents -- rephrase.

5                  When your company collected

6    your computer, do you know whether your

7    personal e-mail was searched for relevant

8    documents?

9          A.      I don't know.

10         Q.      Okay.  Did anyone ever ask you

11   for you to search your personal e-mail to see

12   if you had personal e-mails or other

13   documents that might be relevant to this

14   litigation?

15         A.      I do not remember currently,

16   but it could be mentioned that I took a look

17   at my personal e-mails.

18         Q.      When you say "it could be

19   mentioned," what do you mean?

20         A.      Some of my colleagues with IT

21   department, they are the department who was

22   coordinating the collection of laptops and

23   some related topics.

24         Q.      Did anyone ever ask for your

Exhibit 24

Confidential Information - Subject to Protective Order

1   IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF NEW JERSEY

2

3 ***************************

            MDL No. 2875

4 IN RE:  VALSARTAN, LOSARTAN,
 AND IRBESARTAN PRODUCTS  HON ROBERT B.

5 LIABILITY LITIGATION   KUGLER

6 ***************************

7 THIS DOCUMENT APPLIES TO ALL
 CASES

8

 ***************************

9    - CONFIDENTIAL INFORMATION -
    SUBJECT TO PROTECTIVE ORDER

10

11   Remote Videotaped via Zoom

12 Deposition of HAI WANG, commencing at 9:03

13 a.m., on the 10th of March, 2021, before

14 Maureen O'Connor Pollard, Registered

15 Diplomate Reporter, Realtime Systems

16 Administrator, Certified Shorthand Reporter.

17

18      - - -

19

    GOLKOW LITIGATION SERVICES

20  877.370.3377 ph | 917.591.5672 fax
    deps@golkow.com

21

22

23

24

Confidential Information - Subject to Protective Order

1          A.      I have used the iPhone now,

2     I'm -- I've been using the iPhone now.

3     Previously I have used one of the android

4     phone.

5          Q.      How long have you been using an

6     iPhone?

7          A.      I don't remember exactly, but

8     somewhere around 2014, 2015ish.

9          Q.      Was that phone -- was that

10    phone collected as well so that it could be

11    also searched for production of documents?

12               MR. GOLDBERG:   Objection to

13          form.

14          A.      I do not believe so.

15    BY MR. SLATER:

16          Q.      In addition to your work

17    e-mail, do you ever use other e-mail

18    addresses for work-related e-mailing?

19          A.      I have personal e-mail account,

20    but conducting my personal businesses, not

21    for the work.

22          Q.      Have you ever used your

23    personal e-mail between 2014 and the present

24    for business purposes, even one time?

Exhibit 25

Confidential Information - Subject to Protective Order

1      IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW JERSEY
2                       -   -   -
3   IN RE:  VALSARTAN,      :   MDL NO. 2875
    LOSARTAN, AND           :
4   IRBESARTAN PRODUCTS     :   HON. ROBERT
    LIABILITY LITIGATION    :   B. KUGLER
5   _____ :
                                :
6   THIS DOCUMENT APPLIES   :
    TO ALL CASES            :
7

              - CONFIDENTIAL INFORMATION -
8         SUBJECT TO PROTECTIVE ORDER
9                       -   -   -
10              January 26, 2021
11                      -   -   -
12
13         Videotaped remote deposition of
    LIJIE WANG, Ph.D., taken pursuant to
14  notice, was held via Zoom
    Videoconference, beginning at 9:18 a.m.,
15  EST, on the above date, before Michelle
    L. Gray, a Registered Professional
16  Reporter, Certified Shorthand Reporter,
    Certified Realtime Reporter, and Notary
17  Public.
18

                        -   -   -

19
20         GOLKOW LITIGATION SERVICES
       877.370.3377 ph | 917.591.5672 fax
21              deps@golkow.com
22
23
24

Confidential Information - Subject to Protective Order

1          don't use my cell phone for

2          documentation.

3    BY MR. SLATER:

4          Q.    I'm just asking if you know

5    if your -- was your -- rephrase.

6                Was your iPhone given to

7    anybody so that it could be checked for

8    information that needed to be produced?

9    Was that done?

10               MS. PRISELAC:  Objection to

11         form.

12               THE WITNESS:  I don't

13         remember this.

14   BY MR. SLATER:

15         Q.    Did you prepare for this

16   deposition?

17         A.    Yes.  I prepared.

18         Q.    Okay.  Did you prepare with

19   lawyers?

20         A.    Yes, I did prepare with the

21   lawyers.

22         Q.    Which lawyers did you

23   prepare with?

24         A.    I prepared with Jessica.

Exhibit 26

Confidential Information - Subject to Protective Order

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
 2                    CAMDEN VICINAGE
 3
         *****************************
 4       IN RE:  VALSARTAN, LOSARTAN,      MDL No. 2875
         AND IRBESARTAN PRODUCTS
 5       LIABILITY LITIGATION             Civil No.
                                          19-2875
 6       *****************************    (RBK/JS)
         THIS DOCUMENT APPLIES TO ALL
 7       CASES                           HON ROBERT B.
                                         KUGLER
 8       *****************************
 9              - CONFIDENTIAL INFORMATION -
               SUBJECT TO PROTECTIVE ORDER
10
11          VIDEOTAPED DEPOSITION OF XIAODI GUO
                     MAY 20, 2021
12                    VOLUME I
13
14              Remote Videotaped via Zoom Deposition
15       of XIAODI GUO, commencing at 7:00 a.m. China Standard
16       Time, on the 20th of May, 2021, before Juliana F.
17       Zajicek, Registered Professional Reporter, Certified
18       Shorthand Reporter and Certified Realtime Reporter.
19
20                      - - -
21
              GOLKOW LITIGATION SERVICES
22          877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
23
24
```

Confidential Information - Subject to Protective Order

1    know if that iPhone was ever provided to the company

2    so they could collect information for purposes of

3    producing it in this litigation?

4         A.    If -- I forgot what the details.  But

5    whatever they ask for, I provided.

6         Q.    Right.  Did -- did they ask for the

7    iPhone?

8         A.    I forgot if they ask for the iPhone or

9    not.

10        Q.    Okay.  So you, just sitting here today,

11   you can't tell me whether you provided your cell phone

12   to anyone to collect data on?

13        MS. HILL:  Objection.  Asked and answered.

14   BY THE WITNESS:

15        A.    Okay.  Yeah, I think I forgot if the

16   iPhone be involved or not, but obviously I can

17   cooperate whatever requirements.

18   BY MR. HOBBS:

19        Q.    I'm sorry.  I'm not sure -- I'm not sure I

20   understood that last part.

21             What did you just say?

22        A.    The iPhone is just e-mail sometimes goes

23   through it.

24        Q.    Okay.

Exhibit 27

Confidential Information - Subject to Protective Order

```
 1        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
 2                     -  -  -
 3   IN RE:  VALSARTAN,      :   MDL NO. 2875
     LOSARTAN, AND           :
 4   IRBESARTAN PRODUCTS      :   HON. ROBERT
     LIABILITY LITIGATION     :   B. KUGLER
 5   _____:
                              :
 6   THIS DOCUMENT APPLIES    :
     TO ALL CASES             :
 7                     -  -  -
 8              January 20, 2021
 9                     -  -  -
10      CONFIDENTIAL INFORMATION - SUBJECT
11           TO PROTECTIVE ORDER
12        Videotaped remote deposition of
     JOHN C. IOZZIA, taken pursuant to notice,
13   was held via Zoom Videoconference,
     beginning at 9:06 a.m., EST, on the above
14   date, before Michelle L. Gray, a
     Registered Professional Reporter,
15   Certified Shorthand Reporter, Certified
     Realtime Reporter, and Notary Public.
16
17                     -  -  -
18
        GOLKOW LITIGATION SERVICES
19    877.370.3377 ph | 917.591.5672 fax
              deps@golkow.com
20
21
22
23
24
```

Confidential Information - Subject to Protective Order

1          could answer.

2               Go ahead, John.

3               THE WITNESS:  In regards to

4     the documentation preservation,

5     you know, not to delete any

6     comments on any of the e-mails,

7     any of the paper documents, any

8     trailing information.  Mainly

9     keeping all information as it's on

10    my computer, my laptop, all the

11    areas of electronic devices.

12 BY MR. SLATER:

13         Q.    In terms of the work that

14 you do at your company and have done

15 since you've been there, which electronic

16 devices have you used over the years?

17 Meaning, do you have a computer in your

18 office?  Do you have a laptop?  Do you

19 have a handheld smartphone that you'd

20 use?

21              And what I'm getting at with

22 that is to your knowledge, were those all

23 searched and were they all subject to

24 document and information preservation for

Confidential Information - Subject to Protective Order

1    the litigation hold?

2        A.    I have a laptop, yes.  I've

3    always used a laptop.  My laptop

4    information was taken, yes.

5        Q.    Have you always used the

6    same laptop?

7        A.    No.  They die after a few

8    years.

9        Q.    What did you -- rephrase.

10           Your current laptop, does

11   that have all the data and information

12   from the prior laptops, meaning when you

13   switched, would the information be

14   brought forward?

15       A.    Sure, yes.

16           MR. SLATER:  That is all the

17       questions I have for now.

18           I don't know if your counsel

19       is going to ask any questions.  If

20       she does, I would likely follow

21       up.

22           But for now, I'm done.

23   Thank you.

24           THE WITNESS:  Thank you.

# Exhibit 28

ZHP has designated Exhibit 28 as confidential.  Plaintiffs hereby challenge this designation.  In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibit to the Court directly via email for its in camera review.

Exhibit 29

## Litigation Notices Issued by ZHP Parties as of December 30, 2019

| Name | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on March 6, 2019 | Notice sent on behalf of Jun Du on March 7, 2019 | Notice sent on behalf of Jun Du on November 19, 2019 | Notice sent on behalf of Jun Du on November 20, 2019 | Notice sent on behalf of Jun Du on November 27, 2019 | Notice sent on behalf of Jun Du on December 11, 2019 | Notice sent on behalf of Jun Du on December 19, 2019 | Notice sent on behalf of Jun Du on December 20, 2019 | Notice sent on behalf of Jun Du on December 21, 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| An, Jianguo | | | | | | | | | X | | |
| Arbab, Noor | X | | | | | | | | | | |
| Arnold, Matthew | X | | X | | | | | | | | |
| Ayres, David | X | | X | | X | | | | | | |
| Bao, Chaohua | | | | | | | X | | | | |
| Bill, Jr., Jon M. | | | | | X | | | | | | |
| Cai, Ping (Dan) | | | | | | X | | | | | |
| Chen, Baozhen | | X | | X | | X | | | | | |
| Chen, Boahua | | | | | | X | | | | | |
| Chen, Q. M. | | X | | X | | X | | | X | | |
| Chen, Wei | | | | | | X | | | | | |
| Chen, Wenbin | | X | | X | | X | | | | | |
| Chen, Xiang | | | | | | | X | | | | |
| Chen, Y. F. | | | | | | X | | | | | |
| Chen, Yingzhi | | | | | | X | | | | | |
| Chen, Yong | | | | | | | | | X | | |
| Chen, Yuanyan | | | | | | X | | | | | |
| Chen, Yuping | | | | | | X | | | | | |
| Cheng, Jie | | | | | | X | | | | | |
| Cheng, Wei | | | | | | X | | | X | | |
| Dong, Peng | | X | | X | | X | | | | | |
| Du, Jun | X | | X | | X | | | | | | |
| Fang, Yuling | X | | X | | | | | | | | |
| Farrell, Doug | X | | X | | X | | | | X | | |
| Gao, Xiaojun | | | | | | X | | | | | |
| Ge, Jucai | | X | | X | | X | | | | | |
| Gelineau, Hillary | X | | X | | X | | | | | | |
| Gergis, Remonda | X | | X | | X | | | | | | |

## Litigation Notices Issued by ZHP Parties as of December 30, 2019

| Name | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on March 6, 2019 | Notice sent on behalf of Jun Du on March 7, 2019 | Notice sent on behalf of Jun Du on November 19, 2019 | Notice sent on behalf of Jun Du on November 20, 2019 | Notice sent on behalf of Jun Du on November 27, 2019 | Notice sent on behalf of Jun Du on December 11, 2019 | Notice sent on behalf of Jun Du on December 19, 2019 | Notice sent on behalf of Jun Du on December 20, 2019 | Notice sent on behalf of Jun Du on December 21, 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Groenewoud, Pieter | | | | | | | | | | | |
| Gu, Eric | | X | | X | | | | | | | |
| Gu, Ziqiang | | | | | | | | | | | |
| Guo, Xiaodi | X | | X | | X | | | | | | |
| Han, Fang | | | | X | | | | | | | X |
| Han, Yang | | | | | | | X | | | | |
| He, Xin | | | | | X | | | | | | |
| He, Y. Y. | | | | | | | X | | | | |
| Hu, Min | | | | | | | X | | | | |
| Hu, Ping | | | | | | | | | | | |
| Hu, Wenping | | | | | | X | | | X | | |
| Hu, Yuelin | | X | | X | | X | | | | | |
| Hu, Zhicheng | | | | | | | X | | X | | |
| Huang, Luning | | | | | | | | | | | |
| Iozzia, John | X | | X | | X | | | | | | |
| Jia, Zhengjun | | | X | | | X | | | | | |
| Jin, Yongjun | | | | | | X | | | | | |
| Jin, Yun | | | | | | X | | | | | |
| Jing, Jin | | | | | | X | | | | | |
| Kaufman, Ron | X | | X | | X | | | | | | |
| Keith, Chris | X | | X | | X | | | | | | |
| Kong, Xiaofang (Maggie) | X | | X | | X | | | | | | |
| Kuang, Xiaxia | X | | | | | | | | | | |
| Kuo, Shenghung | | | | | | | | | | | |
| Li, Hongchao | | | | | | X | | | | | |
| Li, J. Y. | | | | | | X | | | | | |
| Li, Min | | X | | | | X | | | X | | |
| Li, Na | | | | X | | | | | | | |

## Litigation Notices Issued by ZHP Parties as of December 30, 2019

| Name | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on March 6, 2019 | Notice sent on behalf of Jun Du on March 7, 2019 | Notice sent on behalf of Jun Du on November 19, 2019 | Notice sent on behalf of Jun Du on November 20, 2019 | Notice sent on behalf of Jun Du on November 27, 2019 | Notice sent on behalf of Jun Du on December 11, 2019 | Notice sent on behalf of Jun Du on December 19, 2019 | Notice sent on behalf of Jun Du on December 20, 2019 | Notice sent on behalf of Jun Du on December 21, 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Li, Qiangming | | X | | X | | X | | | | | |
| Li, Qing | | | | | | X | X | | | | |
| Li, Xiaoling | | | X | | | X | | | | | |
| Li, Yaohan (Isabel) | X | | | X | X | | | | | | |
| Liang, Zunjun | | X | | | | | X | | | | |
| Lin, Jie | | | | | | | X | | | | |
| Lin, Linda | X | X | X | X | | X | | | | | |
| Lin, Ling | | | | | | | | | X | | |
| Lin, Mudan | | | | | | | X | | | | |
| Liu, Nelson | X | | X | | X | | | | | | |
| Liu, Taofang | | | | | | | X | | | | |
| Liu, Tiyun | | | | | | | X | | | | |
| Liu, X. G. | | | | | | X | | | | | |
| Liu, Xiaoming | | X | X | X | | X | | | | | |
| Liu, Yanfeng (Lucy) | | | | | | X | | | | | |
| Luo, Guangyu | X | | X | | X | | | | | | |
| Meng, Yanhua (Anne) | | X | | X | | | X | | | | |
| Min, Jin | | X | | X | X | | | | X | | |
| Min, Zeqi | | | | X | X | | | | X | | |
| Pajoohi, Ken | X | X | X | X | X | | | | | | |
| Ping, Huling | | X | | | | | | | X | | |
| Qiao, Gavin | X | | | X | X | | | | | | |
| Qiu, Hongchun | | | X | | X | | | | | | |
| Qiu, Jane | | | | X | X | | | | | | |
| Shang, Fei | | | | X | | X | | | | | |
| Shang, Peng | | | | | X | | X | | | | |
| Sun, Dengxue | | | | | | | X | | | | |
| Tan, Li | | | | | | | X | | | | |

## Litigation Notices Issued by ZHP Parties as of December 30, 2019

| Name | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on March 6, 2019 | Notice sent on behalf of Jun Du on March 7, 2019 | Notice sent on behalf of Jun Du on November 19, 2019 | Notice sent on behalf of Jun Du on November 20, 2019 | Notice sent on behalf of Jun Du on November 27, 2019 | Notice sent on behalf of Jun Du on December 11, 2019 | Notice sent on behalf of Jun Du on December 19, 2019 | Notice sent on behalf of Jun Du on December 20, 2019 | Notice sent on behalf of Jun Du on December 21, 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tang, Fengyang | | | | | | | | | | | |
| Tang, Yiming | X | | X | | X | | X | | | | |
| Tao, Juan | | | | | | X | | | | | |
| Tian, Yun | | | | | | | X | | | | |
| Tong, Nan | | | | | | X | | | | | |
| Tong, Zengyuan | | | | | | | X | | | | |
| Tsai, Ph.D., Wen-Chien (Eric) | X | | X | | X | | | | | | |
| Wang, Dongqin | | | | | | X | | | | | |
| Wang, Hai | X | | X | | X | | | | | | |
| Wang, Haiqin | | | | | | | X | | | | |
| Wang, Hui | | | | | | | | | X | | |
| Wang, Jian | | X | | X | | | | | | | |
| Wang, Jie (Legal) | | X | | X | | | | | | | X |
| Wang, Jie (Sales) | | | | | | X | | | | | |
| Wang, Jun | | | | | | | | | | X | |
| Wang, Lijie | X | | X | | X | | | | | | |
| Wang, Lina | | | | | | | X | | | | |
| Wang, Lingfang | | | X | | | | | | X | | |
| Wang, Ma | X | | X | | | | | | X | | |
| Wang, Minfa | X | | | | X | | | | | | |
| Wang, Peng | | X | | X | | X | | | | | |
| Wang, Youhu | | | | | | X | X | | | | |
| Wang, Yuehua | | | | | | | X | | | | |
| Wang, Yuhua | | | | | | | X | | | | |
| Wen, Ping | | | | | | X | X | | | | |
| Wu, Lina | X | | | | X | | | | | | |
| Wu, Tina | | | | | X | | | | | | |
| Xi, Lily | X | | X | | | | | | | | |

## Litigation Notices Issued by ZHP Parties as of December 30, 2019

| Name | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on March 6, 2019 | Notice sent on behalf of Jun Du on March 7, 2019 | Notice sent on behalf of Jun Du on November 19, 2019 | Notice sent on behalf of Jun Du on November 20, 2019 | Notice sent on behalf of Jun Du on November 27, 2019 | Notice sent on behalf of Jun Du on December 11, 2019 | Notice sent on behalf of Jun Du on December 19, 2019 | Notice sent on behalf of Jun Du on December 20, 2019 | Notice sent on behalf of Jun Du on December 21, 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Xiang, Jn | | X | | X | | | | | X | | |
| Xianyi, Xu | X | X | X | X | | | | | X | | |
| Xie, Chongjun | | | | | | X | | | | | |
| Xie, Mengmeng | | | | | | | X | | | | |
| Xie, Yuanyuan | | | | | X | | | | | | |
| Xiong, Sophie | | | X | | | | | | | | |
| Xiong, Ying | | X | | | X | | | | | | |
| Xu, Baoxia | | | | | | | X | | | | |
| Xu, Mi | | | | | | X | | | | | |
| Xu, Min | | | | | X | | | | | | |
| Xu, Pijie | | X | | X | X | X | | | | | |
| Xu, Weiwei | | | | | X | | | | | | |
| Yan, Fengfeng | | | | | | | X | | | | |
| Yang, Chun | | | | | | | X | | | | |
| Yang, Yang | | | | | | | | | X | | |
| Ye, Cunxiao (Jenson) | | X | | | | | | | | | |
| Ye, Jian | | | | | | | X | | | | |
| Ye, Tree | X | | | | | | | | | | |
| Ying, Chen | X | | X | X | | | X | | | | |
| Yu, Xiao | | | | | | | X | | | | |
| Yu, Zhongshui | X | | X | X | | | X | | | | |
| Zeng, Guang | | | | | | | X | | | | |
| Zhang, Danyang | | | | | | | | | X | | |
| Zhang, Fuyu | | | | | | | | | X | | |
| Zhang, Kathy | X | | X | X | | | | | X | | |
| Zhang, Mei | | X | | X | | | | | | | |
| Zhang, Minli | | X | | X | X | | | | | | |
| Zhang, Pei | | | X | | | | | | | | X |

## Litigation Notices Issued by ZHP Parties as of December 30, 2019

| Name | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on March 6, 2019 | Notice sent on behalf of Jun Du on March 7, 2019 | Notice sent on behalf of Jun Du on November 19, 2019 | Notice sent on behalf of Jun Du on November 20, 2019 | Notice sent on behalf of Jun Du on November 27, 2019 | Notice sent on behalf of Jun Du on December 11, 2019 | Notice sent on behalf of Jun Du on December 19, 2019 | Notice sent on behalf of Jun Du on December 20, 2019 | Notice sent on behalf of Jun Du on December 21, 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zhang, Renguo | | X | | X | | | | | | | X |
| Zhang, Shiwen | | X | | X | | | | | | | |
| Zhang, Tian | | | | | | X | | | | | |
| Zhang, Wenling | | X | | | | X | | | | | |
| Zhang, Xianhua | | | | | | X | | | | | |
| Zhang, Xianliang | | | | | | | X | | | | |
| Zhao, Caifeng | | | | | | X | | | | | |
| Zhao, David (Dachuan) | X | | X | | | | | | | | |
| Zhao, Jianzhi | | | | | | | | X | | | |
| Zhao, Louis | | | | | | | | | | X | |
| Zhao, Xiaohong | | | | X | | X | | | | | |
| Zhao, Yueding | | | | | | X | | | | | |
| Zheng, Gaozhe | | | | | | X | | | | | |
| Zheng, Meng | | | | | | | | X | | | |
| Zheng, Youqing | | | | | | X | | | | | |
| Zhong, Fengg (Vicky) | | | | | | X | | | | | |
| Zhong, Sheng | | | | | | X | | | | | |
| Zhou, Huoming | | | | | | | X | | | | |
| Zhou, Qiang | | | | | | X | | | | | |
| Zhou, Sandy | X | | X | | X | | | | | | |
| Zhou, Ting (Ada) | | | | | | X | | | | | |
| Zhou, Xiaohui | | | | | | | X | | | | |
| Zhou, Yong | | X | | X | | X | | | | | |
| Zhu, Jenny | | | | X | | | | | X | | |
| Zhu, Kaiwei | | X | | | | | | | X | | |
| Zhu, Lesley | X | | X | | X | | | | | | |
| Zhu, Wenquan | | | | | | X | | | | | |
| Zhu, Xiaoren | | | | | | X | | | | | |

## Litigation Notices Issued by ZHP Parties as of December 30, 2019

| Name | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on March 6, 2019 | Notice sent on behalf of Jun Du on March 7, 2019 | Notice sent on behalf of Jun Du on November 19, 2019 | Notice sent on behalf of Jun Du on November 20, 2019 | Notice sent on behalf of Jun Du on November 27, 2019 | Notice sent on behalf of Jun Du on December 11, 2019 | Notice sent on behalf of Jun Du on December 19, 2019 | Notice sent on behalf of Jun Du on December 20, 2019 | Notice sent on behalf of Jun Du on December 21, 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zhu, Yan | | X | | X | | | | | X | | |
| Zhu, Yonghua | | X | | X | | | | | | | X |

# Exhibit 30

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | MDL No. 19-2875 (RBK/KW) |

**[PROPOSED] SPECIAL MASTER ORDER NO. __**

Having reviewed Plaintiffs' motion to compel ZHP's Supplemental

Production as well as Defendants' opposition,

It is hereby ORDERED this ___ day of August, 2021 that Plaintiffs' request

is **GRANTED**.  Within five days of the date of this order, ZHP must produce the

complete custodial files for Baohua Chen, Xiaofang (Maggie) Kong, Jinsheng Lin,

Tianpei Huang, Wangwei Chen, Dan Li, Guojon Fang, Peng Liu, Wei Wang,

Wenquan Zhu, Wenbin Chen, Peng Wang, Wenling Zhang, Jucai Ge, Min Li, Peng

Dong, Lihong Lin, and Yanfeng Liu, all in compliance with the Court's ESI

protocol.  Within the same amount of time, ZHP must produce (1) all documents

related to the "TC-201729" investigation and any investigation or study that

formed the basis for Jinsheng Lin's July 27, 2017 email, (2) the documents and/or

information necessary for Plaintiffs to determine what happened to the cell phones

and/or laptop computers for Eric Gu and Min Li, including the date of occurrence and when and how the device was replaced, and location and status of the broken device, (3) any additional responsive and non-privileged emails, meeting minutes, and calendar invites related to the meetings Min Li attended with Baohua Chen concerning the discovery of NDMA in ZHP sartans and the QC department meetings organized or attended by Qiangming Li, (4) any additional responsive and non-privileged documents relating to the batch testing referenced in PRINSTON0075797, including results for EDMF, CP, and USP grade valsartan, (5) records and documentation associated with Min Li's meeting with 'multi-national companies' where the decision was made by ZHP to limit its investigation of unknown peaks smaller than 20, (6) all of its litigation hold letters and its complete document retention policies, including complete production of all final versions of the standard management or operating procedures which discuss or detail document retention.

Hon. Thomas I. Vanaskie (Ret.)
Special Master