# Christopher Geddis

| | |
|---|---|
| **From:** | Bonner, Kelly <KABonner@duanemorris.com> |
| **Sent:** | Monday, July 19, 2021 12:19 PM |
| **To:** | 'TIV@stevenslee.com'; Vanaskie, Thomas I.; 'njdnef_Williams@njd.uscourts.gov' |
| **Cc:** | Christopher Geddis; Goldberg, Seth A.; Bazan, Rebecca |
| **Subject:** | FW: In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL 2875 - Plaintiffs' Brief on ZHP's Waiver of Certain Confidentiality Designations |

Dear Judge Vanaskie and Judge Williams,

The ZHP Parties respectfully request a two-day extension to file their brief in opposition to Plaintiffs' brief regarding an alleged waiver of certain confidentiality designations by the ZHP Parties, given that Plaintiffs filed their moving brief on this topic two days after the deadline set by the Court for that filing in Special Master Order No. 31.

Plaintiffs have consented to the ZHP Parties' requested extension, which would be July 22, 2021.

Thank you,
Kelly Bonner

**Kelly A. Bonner**
Associate

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
**P:** +1 215 979 1158
**F:** +1 215 689 4916
**C**: +1 973 713 2029

KABonner@duanemorris.com
www.duanemorris.com

**From:** Christopher Geddis <CGeddis@mazieslater.com>
**Sent:** Monday, July 19, 2021 9:37 AM
**To:** Bonner, Kelly <KABonner@duanemorris.com>
**Cc:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Bazan, Rebecca <REBazan@duanemorris.com>
**Subject:** RE: In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL 2875 - Plaintiffs' Brief on ZHP's Waiver of Certain Confidentiality Designations

Hi Kelly,

We consent.

Best,
Chris

**From:** Bonner, Kelly <KABonner@duanemorris.com>
**Sent:** Monday, July 19, 2021 8:23 AM

1

**To:** Christopher Geddis <CGeddis@mazieslater.com>
**Cc:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Bazan, Rebecca <REBazan@duanemorris.com>
**Subject:** Re: In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL 2875 - Plaintiffs' Brief on ZHP's Waiver of Certain Confidentiality Designations

Counsel,

Please advise regarding the ZHP Parties's request below as soon as possible today.

Thank you,
Kelly

Sent from my iPhone

> On Jul 17, 2021, at 11:31 AM, Bonner, Kelly <KABonner@duanemorris.com> wrote:
>
> Counsel,
>
> Given that Plaintiffs filed their motion two days after the Court's ordered deadline (see attached), please confirm that Plaintiffs do not object to the ZHP Parties' response deadline being extended by an equal amount of time as ordered by Judge Vanaskie (to July 22, 2021).
>
> Thank you,
> Kelly
>
>
> **Kelly A. Bonner**
> Associate
>
> Duane Morris LLP
> 30 South 17th Street
> Philadelphia, PA 19103-4196
> **P:** +1 215 979 1158
> **F:** +1 215 689 4916
> **C**: +1 973 713 2029
>
> KABonner@duanemorris.com
> www.duanemorris.com
>
> **From:** Christopher Geddis <CGeddis@mazieslater.com>
> **Sent:** Friday, July 16, 2021 6:36 PM
> **To:** Vanaskie, Thomas I. <thomas.vanaskie@stevenslee.com>; 'TIV@stevenslee.com' <TIV@stevenslee.com>
> **Cc:** DECValsartan@btlaw.com; Bonner, Kelly <KABonner@duanemorris.com>; 'valpec@kirtlandpackard.com' <valpec@kirtlandpackard.com>
> **Subject:** In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL 2875 - Plaintiffs' Brief on ZHP's Waiver of Certain Confidentiality Designations
>
> Dear Judge Vanaskie,
>
> Plaintiffs' unredacted brief on ZHP's waiver of certain confidentiality designations is available at the following link: https://www.dropbox.com/sh/p2kb9fpihrts117/AAAN_BLOP_zv6pegbfz0jNIia?dl=0.

The underlying unredacted court submissions are also available in separate folders at this link.

If you have any trouble accessing these documents, please let me know.

Respectfully,
Chris

Christopher J. Geddis
Associate Attorney
**Mazie Slater Katz & Freeman, LLC**
103 Eisenhower Parkway
Roseland, New Jersey  07068
(973) 228-9898
cgeddis@mazieslater.com
www.mazieslater.com

<image002.jpg>

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Mazie Slater Katz & Freeman, LLC (Tel: 973-228-9898) immediately and delete this message, along with any attachments, from your computer. Thank you.

<Special Master Order No. 31.pdf>

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.