# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| In re: Valsartan Products Liability Litigation | ) ) ) ) ) ) ) ) ) | MDL No. 2875 <br><br> Case No. 1:21-cv-12862-RBK-KMW |
| This document relates to: | |
| Kenneth Allen Brooks and Lydia H. Brooks. | |

## RULE 7.1.1(a) DISCLOSURE STATEMENT

Plaintiffs, Kenneth Allen Brooks and Lydia H. Brooks, hereby notify the Court, pursuant to Local Rule 7.1.1(a), that there is no person or entity not a party to this action providing funding for any portion of the Plaintiffs' attorney's fees or expenses of litigation in exchange for a contingent financial interest based upon the results of the litigation or a non-monetary result that is not in the nature of a personal or bank loan or insurance.

Dated: July 26, 2021

Respectfully submitted,

/s/ Jonathan S. Mann
Jonathan S. Mann
PITTMAN, DUTTON, HELLUMS,
BRADLEY & MANN, P.C.
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Tel: (205) 322-8880
Fax: (205) 328-2711
jonm@pittmandutton.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 26, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ Jonathan S. Mann
Jonathan S. Mann