**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| In re: Valsartan Products Liability Litigation ) ) ) ) ) This document relates to: ) ) Lacey Snyder Osborne, as ) Personal Representative of the ) Estate of Eleanor Jane Osborne ) | MDL No. 2875  Case No. 1:21-cv-12902-RBK-KMW |

**RULE 7.1.1(a) DISCLOSURE STATEMENT**

Plaintiff, Lacey Snyder Osborne, as Personal Representative of the Estate of Eleanor Jane Osborne, hereby notifies the Court, pursuant to Local Rule 7.1.1(a), that there is no person or entity not a party to this action providing funding for any portion of the Plaintiff's attorney's fees or expenses of litigation in exchange for a contingent financial interest based upon the results of the litigation or a non-monetary result that is not in the nature of a personal or bank loan or insurance.

Dated: July 26, 2021                                    Respectfully submitted,

/s/ Jonathan S. Mann
Jonathan S. Mann
PITTMAN, DUTTON, HELLUMS,
BRADLEY & MANN, P.C.
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Tel: (205) 322-8880
Fax: (205) 328-2711
jonm@pittmandutton.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 26, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ Jonathan S. Mann
Jonathan S. Mann