IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | Docket No.: 1-19-md-2875-RBK<br>Honorable: Robert B. Kugler |

**RULE 7.1.1(a) DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE that pursuant to Local Rule 7.1.1, Defendant Camber Pharmaceuticals, Inc. is not receiving funding for some or all of the attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: July 26, 2021

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

_____
Megan E. Grossman, Esquire (034532003)
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
Telephone: (215) 977-4100
Fax: (215) 977-4101

*Attorney for Defendant,*
*Camber Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 26, 2021 I electronically filed the foregoing documents with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

_Megan E Grossman_
Megan E. Grossman, Esquire

4823-3033-0353.1