Beth S. Rose, Esq.
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza
Newark, NJ  07102-5400
(973) 643-7000
*Attorneys for Defendant Golden State Medical Supply, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In re: Valsartan Products Liability Litigation**<br><br><br>This document relates to: *All Cases* | MDL No. 2875<br><br>Civil Action No. 19-2875 (RBK/JS)<br><br>*(Document Electronically Filed)* |

**DEFENDANT GOLDEN STATE MEDICAL SUPPLY, INC.**
**LOCAL RULE 7.1.1 DISCLOSURE STATEMENT**

Pursuant To Local Rule 7.1.1, Defendant Golden State Medical Supply, Inc. ( "Golden State"), hereby discloses that there is no other person or entity that is not a party and is providing funding for some or all of Golden State's attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for: (1) a contingent financial interest based upon the results of the litigation; or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

                                                SILLS CUMMIS & GROSS P.C.
                                                *Attorneys for Defendant*
                                                *Golden State Medical Supply Inc.*

                                            By:   *s/Beth S. Rose*
                                                    BETH S. ROSE

Dated:  July 27, 2021