Beth S. Rose, Esq.
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza
Newark, NJ  07102-5400
(973) 643-7000
*Attorneys for Defendant NuCare Pharmaceuticals, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re: Valsartan Products Liability Litigation** | MDL No. 2875 |
| | Civil Action No. 19-2875 (RBK/JS) |
| | *(Document Electronically Filed)* |
| This document relates to: *all cases* | |

## DEFENDANT NUCARE PHARMACEUTICALS, INC.'s
## LOCAL RULE 7.1.1 DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1.1, Defendant NuCare Pharmaceuticals, Inc. ("NuCare"), hereby

discloses that there is no other person or entity that is not a party and is providing funding for some

or all of NuCare's attorneys' fees and expenses for the litigation on a non-recourse basis in

exchange for: (1) a contingent financial interest based upon the results of the litigation; or (2) a

non-monetary result that is not in the nature of a personal or bank loan, or insurance.

SILLS CUMMIS & GROSS P.C.
*Attorneys for Defendant*
*NuCare Pharmaceuticals, Inc.*


By: /s/ Beth S. Rose
    BETH S. ROSE

Dated:  July 27, 2021