UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875 |
| **This Document Relates to All Actions** | **Local Civil Rule 7.1.1 Statement** |

Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Prinston Pharmaceutical Inc., Huahai U.S., Inc., and Solco Healthcare US, LLC hereby file this statement pursuant to Local Civil Rule 7.1.1 and disclose that no person or entity that is not a party to the above-captioned litigation is providing funding for some or all of the attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Date: July 28, 2021

    Respectfully submitted,

    By: /s/ Seth A. Goldberg

    DUANE MORRIS LLP
    Seth A. Goldberg
    30 South 17th Street
    Philadelphia, Pennsylvania 19103
    Tel.: (215)979-1000
    Fax: (215) 979-1020
    SAGoldberg@duanemorris.com

    *Attorney for Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*