# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN LOSARTAN & IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Case No. 1:19-md-02875-RBK-JS<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Geoffrey M. Coan hereby in this MDL on behalf of Defendant Sciegen Pharmaceuticals Inc. on this Court's MDL master docket, and requests to be added to the CM/ECF system list in this matter at the following email address: gcoan@hinshawlaw.com. I have been admitted *pro hac vice* in this Court for this matter pursuant to MDL Case Management Order No. 1.

By entering an appearance, the undersigned Defendant does not waive any defenses, and specifically preserves all defenses related to service and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated:  July 28, 2021                           Respectfully submitted,

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
HINSHAW & CULBERTSON, LLP
53 State Street, 27th Floor
Boston, MA  02109
617-213-7000; 617-213-7001 fax
gcoan@hinshawlaw.com

*Attorneys for Defendant*
*Sciegen Pharmaceuticals Inc.*

1016106\308602796.v1

## CERTIFICATE OF SERVICE

I, Geoffrey M. Coan, hereby certify that on July 28, 2021, the foregoing **Notice of Appearance** was filed through the ECF system and will be transmitted electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

          */s/ Geoffrey M. Coan*
          Geoffrey M. Coan

1016106\308602796.v1