UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN LOSARTAN & IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Case No. 1:19-md-02875<br><br>Honorable Robert B. Kugler,<br>District Court Judge<br><br>Honorable Karen M. Williams,<br>Magistrate Judge |

## RULE 7.1.1(a) DISCLOSURE STATEMENT

Defendant, Sciegen Pharmaceuticals, Inc. ("Sciegen"), hereby notifies the Court, pursuant to Local Rule 7.1.1(a), that there is no person or entity not a party to this action providing funding for any portion of Sciegen's attorney's fees or expenses of litigation in exchange for (1) a contingent financial interest based upon the results of the litigation; or (2) a nonmonetary result that is not in the nature of a personal or bank loan, or insurance.

Dated:  July 28, 2021

Respectfully submitted,

*/s/  Geoffrey M. Coan*
Geoffrey M. Coan
HINSHAW & CULBERTSON, LLP
53 State Street, 27th Floor
Boston, MA  02109
617-213-7000; 617-213-7001 fax
gcoan@hinshawlaw.com

*Attorneys for Sciegen Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2021, I electronically filed the foregoing **7.1.1(a) Disclosure Statement** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

                                          */s/ Geoffrey M. Coan*
                                          Geoffrey M. Coan

1016106\308583737.v1