# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | No. 1:19-md-2875-RBK<br>Hon. Robert B. Kugler<br>Hon. Karen M. Williams<br><br>(Document Filed Electronically) |

## RULE 7.1.1(A) DISCLOSURE STATEMENT

Defendant CVS Pharmacy, Inc. (incorrectly named as CVS Health Corporation) hereby notifies the Court, pursuant to Local Rule 7.1.1(a), that there is no person or entity not a party to this action providing funding for any portion of CVS Pharmacy, Inc.'s attorneys' fees or expenses of litigation in exchange for a contingent financial interest based upon the results of the litigation or a non-monetary result that is not in the nature of a personal or bank loan or insurance.

Dated: July 28, 2021

Respectfully submitted,

/s/ Kara Kapke
Sarah E. Johnston
Kara Kapke
Kristen L. Richer
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
(317) 231-6491
*Counsel for CVS Pharmacy, Inc.* (incorrectly named as CVS Health Corporation)

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 28, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

                                                                        */s/ Kara Kapke*
                                                                         Kara Kapke