**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

IN RE: VALSARTAN,
LOSARTAN, AND IRBESARTAN
PRODUCTS LIABILITY
LITIGATION

No. 1:19-md-2875-RBK
Hon. Robert B. Kugler
Hon. Karen M. Williams

**RULE 7.1.1(A) DISCLOSURE STATEMENT**

Defendant Humana Pharmacy, Inc. hereby notifies the Court, pursuant to Local Rule 7.1.1(a), that there is no person or entity not a party to this action providing funding for any portion of Humana Pharmacy, Inc.'s attorneys' fees or expenses of its defense of this litigation in exchange for a contingent financial interest based upon the results of the litigation or a non-monetary result that is not in the nature of a personal or bank loan or insurance.

Dated: July 28, 2021

Respectfully submitted,

*/s/ Kirstin B. Ives*
Kirstin B. Ives
Falkenberg Ives LLP
230 W Monroe St, Ste 2220
Chicago, IL 60606
312-566-4803
kbi@falkenbergives.com
*Counsel for Humana Pharmacy, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 28, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Kirstin B. Ives*
Kirstin B. Ives