UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____

IN RE:  VALSARTAN, LOSARTAN,
AND IRBESARTAN PRODUCTS
LIABILITY LITIGATION

_____

CIVIL ACTION NUMBER:

1:19-md-02875-RBK-KW

CASE MANAGEMENT CONFERENCE
(Via teleconference)

Wednesday, July 28, 2021
Commencing at 10:00 a.m.

B E F O R E:          SPECIAL MASTER,
                     THE HONORABLE THOMAS I. VANASKIE
          (Page 27) THE HONORABLE ROBERT B. KUGLER,
                     UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

     MAZIE SLATER KATZ & FREEMAN, LLC
     BY:  ADAM M. SLATER, ESQUIRE
     103 Eisenhower Parkway
     Roseland, New Jersey 07068
     For the Plaintiff

     GOLOMB & HONIK PC
     BY:  DAVID JOHN STANOCH, ESQUIRE
     1835 Market Street, Suite 2900
     Philadelphia, Pennsylvania 19103
     For the Plaintiff

     GOLDENBERG LAW PLLC
     BY:  MARLENE J. GOLDENBERG, ESQUIRE
     800 Lasalle Avenue
     Suite 2150
     Minneapolis, Minnesota 55402
     For the Plaintiff


          Karen Friedlander, Official Court Reporter
               friedlanderreporter@gmail.com
                    (856) 756-0160

          Proceedings recorded by mechanical stenography;
     transcript produced by computer-aided transcription.

```
 1   A P P E A R A N C E S: - CONTINUED

 2

 3        DUANE MORRIS LLP
          BY:  JESSICA PRISELAC, ESQUIRE
 4             KELLY BONNER, ESQUIRE
          30 S. 17th Street
 5        Philadelphia, Pennsylvania 19103
          For the Defendant, ZHP and the Joint Defense Group
 6
          GREENBERG TRAURIG LLP
 7        BY:  VICTORIA LOCKHARD, ESQUIRE
               STEVEN HARKINS, ESQUIRE
 8        3333 Piedmont Road, NE, Suite 2500
          Atlanta, Georgia 30305
 9        For the Defendants, Teva Pharmaceutical Industries Ltd.,
          Teva Pharmaceuticals USA, Inc., Actavis LLC, and Actavis
10        Pharma, Inc.

11        BARNES & THORNBURG LLP
          BY:  SARAH E. JOHNSTON, ESQUIRE
12             KRISTEN LEE RICHER, ESQUIRE
          2029 Century Park East, Suite 300
13        Los Angeles, CA 90067-2904
          For the Defendant, CVS Health Co.
14
          HILL WALLACK LLP
15        BY:  NAKUL SHAH, ESQUIRE
          575 Lexington Avenue
16        4th Floor, Suite 4057
          New York, NY 10022
17        For the Defendant, Hetero Labs

18        ULMER & BERNE LLP
          BY:  JEFFREY DANIEL GEOPPINGER
19        600 Vine Street
          Suite 2800
20        Cincinnati, OH 45202
          For the Defendant, AmerisourceBergen

21

22

23

24

25
```

1          (ALL PARTIES VIA TELECONFERENCE; JULY 28, 2021; 10:00

2    A.M.)

3          THE COURT:  All right.  The beeping in has slowed

4    down.  Maybe it hasn't slowed down.

5          And do we have Karen on the line?

6          THE COURT REPORTER:  Yes, Judge.

7          THE COURT:  Thank you, thank you, Karen.  That's

8    Karen Friedlander, our court reporter for today, and I think

9    we can get started now.

10          I have received your agenda letters, and the first

11    item on the agenda I wanted to take up is this -- the briefing

12    on the confidentiality designations, and there's a -- as a

13    good late friend of mine would say, a kerfuffle over whether a

14    brief should be accepted.

15          Who will be addressing that issue on behalf of the

16    plaintiffs?

17          MR. SLATER:  Good morning, Your Honor, Adam Slater

18    for the plaintiffs.

19          THE COURT:  All right.  What's this all about, Mr.

20    Slater?

21          MR. SLATER:  Kerfuffle.

22          (Laughter.)

23          MR. SLATER:  We actually don't think there's an

24    issue, and our position is that the -- that the issue has been

25    briefed.  I think the letters are pretty clear what happened.

1    So we filed our brief two days late.  We acknowledge that.  We

2    agreed to a two-day extension for the defense as a

3    consequence, which was confirmed with Your Honor, and that was

4    it.

5         And it seems from the briefing that we got -- or the

6    letter we got after we filed our request to reply -- which our

7    request to reply was only limited to that issue, it seems like

8    ZHP doesn't really object at this point, and they even said in

9    their letter to the Court it seems like they're saying the

10   issue is briefed and there are two briefs on file, our brief

11   and theirs, and it can be decided and we agree with that.

12        THE COURT:  Okay, good.  Who's addressing this for

13   ZHP today?

14        MS. PRISELAC:  Good morning, Your Honor, this is

15   Jessica Priselac for the ZHP parties and the defendants.

16   Various members of the defense group are going to handle the

17   discrete issues that were in our letter to the Court.  And my

18   colleague Kelly Bonner will be handling this issue for the ZHP

19   parties.

20        THE COURT:  All right.  Thank you.

21        MS. BONNER:  Good morning.

22        THE COURT:  Ms. Bonner?

23        MS. BONNER:  Yes, good morning.  The ZHP parties

24   respectfully believe that, yes, this issue has been briefed

25   and they believe that plaintiffs did file their brief late.

1    Your order was very clear that their brief regarding waiver

2    allegations was due no later than July 14th.  They filed their

3    -- plaintiffs didn't file their brief on July 14th, they filed

4    it on July 16th.  They did so without seeking consent from the

5    ZHP parties or the Court before filing their brief out of

6    time.

7            It's not for the ZHP parties to determine whether to

8    excuse plaintiffs' delay.  That's a matter for the Court to

9    decide under Federal Rule of Civil Procedure 6(b)(1)(B) and

10   the Court's inherent authority to manage its docket.  And it

11   requires a showing of an excusable neglect, which plaintiffs

12   haven't made.

13           The ZHP parties did not consent to plaintiffs' late

14   filing because they requested a two-day extension for their

15   opposition.  They requested that extension after plaintiffs

16   filed their brief on July 16th.  At that point, that's when

17   your Special Master order 31 was still in effect and

18   plaintiffs -- and the ZHP parties respond.  The deadline for

19   the ZHP parties' response hadn't moved, so that request was

20   simply to preserve the ZHP's parties' right to have six days

21   to respond to the merits of plaintiffs' brief as provided in

22   Your Honor's order and to restore an even playing field.

23   That's why we made that request.

24           It's not -- it wasn't to consent, it was simply to --

25   it was simply to preserve an even playing field and our

1  ability to respond in the amount of time provided by Your

2  Honor's order.

3       Now, we acknowledge that if Your Honor wishes to

4  permit plaintiffs to file a reply brief, then the ZHP parties

5  would respectfully request that that brief be limited solely

6  to the issue of plaintiffs' late filing.

7       THE COURT:  All right.  Anything else on this issue,

8  Mr. Slater?

9       MR. SLATER:  No, Your Honor.

10       THE COURT:  Yeah, I'll treat the submission that was

11  made to me in connection with the agenda letter and the

12  submission that was made by plaintiffs' counsel on this issue

13  as a request to accept the brief, even though it was filed two

14  days late, and we'll accept it, and there will be no further

15  briefing on this issue, then, no need for a reply brief,

16  because it would be limited to the question of whether to

17  accept the late-filed brief.

18       I would caution counsel to confer.  You know, it's

19  going to be unavoidable for there to be some inability to meet

20  the tight deadlines that have been established in this matter.

21  When that happens, though, there should be a request of

22  opposing counsel to consent to the late filing so that we can

23  avoid these kerfuffles.  But under the circumstances, the

24  briefs having been prepared and submitted, ZHP has been given

25  a full opportunity to respond to that brief, we'll accept the

1  brief, consider the matter ripe, and we'll issue a decision

2  promptly on this matter.

3         All right.  Let's move to the next issue on the

4  agenda letters, and that is the Hetero privileged documents,

5  documents withheld under claim of privilege.

6         I've got two different estimates of -- I shouldn't

7  say estimates, two different counts of the number of documents

8  at issue.  Plaintiffs peg it at 20 documents, defense, Hetero,

9  at 26 documents.  So the first thing I wanted to clarify is

10  how many documents are we talking about here?  And who will be

11  addressing this for Hetero?

12         MR. SHAH:  Good morning, Your Honor, this is Nakul

13  Shah on behalf of Hetero Labs and Hetero Drugs.

14         THE COURT:  Good morning, Mr. Shah.  So how many

15  documents are there?

16         MR. SHAH:  Your Honor, at my count, I had 26

17  documents that were at issue.  I do notice that plaintiffs

18  stated 20 documents that were disputed, but in any event,

19  plaintiffs and defendants are in agreement that an in-camera

20  inspection is likely the best course of action in order to

21  resolve this dispute.  It seems that we are at an impasse

22  presently.

23         We can confer with plaintiffs to ensure what the

24  correct number is.  I presently have my count at 26.

25         THE COURT:  All right.  If you'll straighten that

1    out, the plaintiffs did identify by line number in the

2    privilege log the documents that they are requesting an

3    in-camera review of, and aside from this discrepancy, 20

4    versus 26, how quickly can the documents be provided for an

5    in-camera review?

6            MR. SHAH:  Within a couple of days, Your Honor, or

7    one week if that would work for Your Honor, with just explicit

8    instructions on how precisely Your Honor would like us to

9    transmit those documents to Court.

10           THE COURT:  All right.  Is there a problem having

11   them transmitted to me by email?

12           MR. SHAH:  No, Your Honor.  We can transmit them in

13   pdf form by email.

14           THE COURT:  All right.  And you can do it in a secure

15   way, I take it?

16           MR. SHAH:  Yes, Your Honor.

17           THE COURT:  And I would suggest, I want to make sure

18   this is -- I think we can do it this way.

19           You can email it to me at my Stevens & Lee address.

20           MR. SHAH:  Will do, Your Honor.

21           THE COURT:  Thomas.vanaskie@stevenslee.com.  And I'll

22   ask that you have them to me within one week of today.

23           You know, so I'd look at the privilege log.  Is there

24   additional submissions that counsel want to make in connection

25   with my in-camera review?

1      First on the plaintiffs' side, is there anything

2  else?

3      MR. PAREKH:  Your Honor.  Good morning, Your Honor.

4      MR. SLATER:  You're on Behram, go ahead.

5      MR. PAREKH:  Good morning, Your Honor, just to

6  quickly clarify the 26 versus 20, we had originally challenged

7  26 to Hetero, but we were only asking the Court to review 20.

8  We've withdrawn our challenges to the other six, and there's

9  20 that are identified being the submissions to Your Honor.

10      As to additional briefing, I think, you know, unless

11  Your Honor requires, I think the documents should be pretty

12  clear on their face as to why we believe that -- and we've

13  also stated in the privilege log why we believe that we

14  challenged them, but we're happy to submit something at the

15  same time that Hetero submits the documents in camera

16  explaining our rationale.

17      THE COURT:  I don't think that's necessary, based

18  upon what you've said to me just now.  I'm not looking to

19  require additional work of you all.  I just want to know that

20  when I get the documents, I receive the documents, that it's a

21  matter that's ripe for my review, that there's no need for any

22  additional presentation by counsel.

23      MR. PAREKH:  Just because it's limited to the 20

24  documents, that we will submit a very brief statement as to

25  each document and why we believe that it's not privileged just

```
 1   as to -- you're not hunting through the privilege log for

 2   random things.

 3              THE COURT:  And who just spoke now?

 4              MR. PAREKH:  I'm sorry, Behram Parekh, Your Honor,

 5   for plaintiffs.

 6              THE COURT:  Mr. Parekh, yeah, for plaintiffs.

 7              And, Mr. Shah, what's your view?

 8              MR. SHAH:  Well, Your Honor, in the event that

 9   plaintiffs provide a brief statement, we ask that we similarly

10   be entitled to submit a brief statement along with the

11   transmission of the documents.

12              THE COURT:  All right.  You can submit that brief

13   statement and, Mr. Parekh, you know what the 20 documents are,

14   they're listed in the agenda letter, so you can submit your

15   letter statement at any time between now and next Wednesday

16   when I expect I'll be receiving the documents themselves.  All

17   right?

18              MR. PAREKH:  We will do so, Your Honor, thank you.

19              THE COURT:  Okay.  Great.  Thank you.

20              MR. PAREKH:  Thank you, Your Honor.

21              THE COURT:  Thank you very much.

22              The next item I had were the retail and wholesaler

23   defendants' 30(b)(6) deposition notices, and that's -- I don't

24   think there's a need for any action on our part at this time.

25   Is that correct, Mr. Slater?
```

```
 1          MR. SLATER:  Your Honor, I don't believe there's
 2   anything else to talk about on that.  Mr. Stanoch if he wants,
 3   he can address that more specifically but I don't believe
 4   there's anything else to do today.
 5          MR. STANOCH:  Good morning, Your Honor, David Stanoch
 6   for plaintiffs.  Mr. Slater is correct, nothing at this time,
 7   but as the parties informed Your Honor, we can't have
 8   everything worked out by this Friday, we will request an
 9   off-cycle conference with Your Honor to address succinctly any
10   lingering disputes.
11          THE COURT:  All right.  Very well.  Who's addressing
12   this for the defendants?
13          MS. JOHNSTON:  Your Honor, Sarah Johnston on behalf
14   of the pharmacy defendants.  We agree with Mr. Stanoch and
15   we're continuing to work together.  If there are any issues
16   that we'd like Your Honor to address, we will notify the
17   Court.
18          THE COURT:  I'm sorry.  Thank you.
19          MS. JOHNSTON:  Thank you.
20          THE COURT:  And for the wholesaler defendants?
21          MR. GEOPPINGER:  Good morning, Your Honor, Jeff
22   Geoppinger on behalf of the wholesaler defendants.  We agree
23   with Mr. Stanoch, if we have anything to add, we will contact
24   you if need be.
25          THE COURT:  Great.  The next item I have deals with
```

```
 1   the expert reports.  There are two separate items.  The one is

 2   the expert report that came -- and I'll probably mispronounce

 3   the name -- the Parafinczuk Wolf law firm.  And who will be

 4   addressing this issue on behalf of the defendants?

 5               MS. LOCKARD:  Good morning, Judge Vanaskie, it's

 6   Victoria Lockard from Greenberg Traurig.  I will be addressing

 7   this for defendants today.

 8               THE COURT:  Okay.  All right.  And who will address

 9   this issue for the plaintiffs?

10               MR. SLATER:  Hello, Your Honor, it's Adam Slater and

11   I would also think that Mr. Parafinczuk will also address

12   this, as needed, as well.

13               THE COURT:  Okay.  Good.  Well, maybe we should hear

14   from plaintiffs first.  I mean, this is a little bit unusual,

15   because it's the expert reports from one law firm.  As I

16   understand it, it does deal with the question of causation of

17   cancer.  I obviously don't have your reports and so I don't

18   have any clue in terms of how they relate to the reports, the

19   other reports that have been filed, but Mr. Parafinczuk, maybe

20   -- and maybe I'm getting too far ahead on this.  Is this a

21   matter that can be resolved by extension of some deadlines, or

22   how can this matter be resolved?

23               MR. SLATER:  Your Honor, it's Adam Slater.  If I

24   could respond first and I could hand off because --

25               THE COURT:  Sure.
```

1    MR. SLATER:  -- this obviously affects all of us.

2  From the position of the steering committee and the

3  plaintiffs' leadership, the one thing that we cannot agree to

4  and will absolutely oppose is any extension for any general

5  causation reports from the defense beyond the deadline,

6  because our experts are getting ready to be deposed and they

7  need to know what opinions the defense experts have with

8  regard to any and all issues before they are deposed, and

9  that's how the schedule was set up.

10    So that -- extending the deadline to push the two

11  weeks that the defense requested would push those reports out

12  beyond the deposition to at least two of plaintiffs' general

13  causation experts, which would be very prejudicial.

14    On the merits, without getting too deep, because I

15  don't think we really need to, these are general causation

16  expert reports.  There's no order that precluded the law firm

17  from filing their two reports or serving their two reports.

18  There's nothing that's pointed to in the letter that said they

19  couldn't.  The defense says they expected that only the

20  plaintiffs' leadership would serve the reports.  For all they

21  knew, we were going to serve 27 reports.

22    So the fact that two more were served and they had

23  them in their hands doesn't really change anything from their

24  perspective, and we don't have the ability, the authority, or

25  any other right to stop a law firm that's within this

1    litigation from serving general causation reports within the

2    -- within the Court's order.

3          So from our perspective, there's nothing that can be

4    done to stop a law firm who wants to proceed if they got their

5    own experts for general causation, for whatever reason, I

6    don't think there's anything that stopped them from doing it,

7    and again, we vehemently -- I use that word sparingly, but we

8    recently opposed any extension because it would be very

9    prejudicial to our preparation of our experts.

10         THE COURT:  But had there not been an identification

11   of likely experts in advance of the production of your report?

12         MR. SLATER:  Not the names of experts.  There was

13   identification of the cancers earlier this year.

14         THE COURT:  Okay.

15         MR. SLATER:  And that was it.

16         THE COURT:  Okay.  Ms. Lockard, you're dealing with

17   this issue?

18         MS. LOCKARD:  Yes, Your Honor, if I may.  So if we

19   just take a step back here, you know, this entire litigation

20   was centralized in an MDL for the express purpose of

21   streamlining and centralizing the common discovery in the

22   case.  It was never the intention that individual plaintiff

23   attorneys in this MDL, outside of the PEC, would submit expert

24   reports.  Mr. Parafinczuk has, I believe, somewhere around

25   less than a dozen cases in the MDL that actually name a

1  manufacturer.  He has a number of John Doe cases where there's

2  not even a manufacturer name.  But it's a very subset --

3  limited subset of cases that these reports even apply to.

4        You know, I don't think that, you know, the intent

5  behind Judge Kugler's scheduling order and as we quoted in our

6  submissions, you know, his comments regarding how this was to

7  proceed wholly anticipated that this would be coordinated and

8  centralized through the plaintiffs' executive committee.  You

9  know, when we tried to meet and confer on this, we tried to

10  come up with some various proposals as to how we could deal

11  with this.

12        You know, we did not propose that those experts be

13  totally stricken or barred.  We talked about a potential

14  extension that would help, or putting these on a separate

15  track, or dealing with these, you know, case-specific expert

16  for the Parafinczuk cases on the, you know, at a later phase

17  when we're talking about specific discovery.

18        But, you know, it just was never intended that these

19  experts would be pulled into the PEC expert numbers.

20        When we met and conferred on this, you know, we

21  raised the issue that, you know, in addition they're

22  duplicative, you know, and there appeared to be no

23  coordination between the Parafinczuk firm and plaintiffs'

24  counsel.  You know, the plaintiffs' executive committee

25  leadership, if they hadn't even read the Kumar and Bird

1    reports at the time of our meet and confer.  So it's clear

2    that this is just, you know, proceeding as sort of -- in

3    isolation in a silo, and that's fine, but it doesn't need to

4    be a part of this phase.

5         For this phase, based on the way Judge Kugler

6    envisioned and we have always discussed, that we are to

7    prepare for the plaintiffs' executives committee's expert.

8    You know, Mr. Slater sent a report to the Court identifying

9    those five, you know, provided their experts to the Court.  We

10   have scheduled the depositions of those five.  We are ready to

11   proceed.  We're not trying to delay those five.

12        But I think peeling off these extraneous reports that

13   only apply to certain cases is what really needs to happen

14   here.  So we're really asking for the Court's guidance on

15   this.  You know, if it's an extension for the Kumar and Bird

16   report, you know, or we put them in a separate phase, you

17   know, we're open to whatever would be the most efficient

18   handling but we don't think we should, you know, spend time

19   and resources diverted to these experts that only apply to

20   less than a dozen cases.

21        MR. SLATER:  Your Honor, it's Adam Slater.  I just

22   wanted to comment on the last thing counsel said.  These are

23   general causation reports that were served by a law firm.  I'm

24   not sure why the defense is saying that they'd only be

25   applicable to that firm's cases.  I would suppose that if

1    other plaintiffs were to have a case that was moving through

2    discovery towards a trial and wanted to use those experts, I

3    don't see why they wouldn't be allowed to if they worked it

4    out.  It doesn't make any sense to me why counsel keeps saying

5    the experts would not be available to other plaintiffs.

6    Whether or not they will be used by their plaintiffs, I have

7    no idea, but I don't know where they got the idea that they're

8    limited only to their clients.  I suppose another client could

9    use those experts as well.

10           MS. LOCKARD:  There is a Rule 26 disclosure

11    requirement, Your Honor, and, you know, parties are required

12    to disclose the experts they intend to use.  No plaintiffs'

13    expert in this litigation has disclosed these two experts,

14    other than the Parafinczuk firm.  That's why we interpret

15    these as being only applicable to the Parafinczuk firm.

16    There's been no disclosure by any other plaintiffs' counsel in

17    this case for Kumar and Bird.

18           THE COURT:  Maybe I should hear from Mr. Parafinczuk.

19           MR. SLATER:  Your Honor, I actually don't know if

20    he's on.  I got an email a few moments ago that said he was

21    not on the line, which I thought he was going to be on, but he

22    is not on the line, apparently, so I'm the best that you've

23    got today.

24           THE COURT:  But I was hoping to hear from Mr.

25    Parafinczuk.  Sorry, Mr. Slater.

1     MR. SLATER:  I do know from discussions with him that

2   his position is consistent with ours.  He wants to proceed.

3   His information was sent to the defense.  There's no reason

4   why the deadline should be different.  There's no order that

5   says they couldn't do it, and I don't think that anybody could

6   really stop them from doing it.  Certainly, we couldn't.

7     MS. LOCKARD:  Well, and when Mr. Parafinczuk

8   disclosed these experts, he specifically stated they were

9   being disclosed on behalf of his clients.

10    So, you know, I just think that this is, you know,

11  fairly straightforward in dealing and separating the

12  Parafinczuk experts from the main five.

13    I understand the predicament that plaintiffs'

14  executive committee is in.  I don't expect them to willingly,

15  you know, you know, voluntarily, you know, push these experts

16  aside.  I think this is really an issue with the Parafinczuk

17  firm and not with plaintiffs' executive committee, and we

18  tried to meet and confer with Mr. Parafinczuk on that.  He was

19  the one who declined any sort of proposal of an extension, and

20  really didn't come back with any other solution, other than,

21  you know, go depose my expert.

22    THE COURT:  Yeah.  My inclination is to separate this

23  out from the others.

24    I hear what you're saying, Mr. Slater, that these are

25  a couple of general causation experts, but it just seems to me

1    that this would be a matter that should be handled separately.

2         I'm a little bit -- I'm concerned.  Obviously, I'm

3    struggling with this.  I'm struggling with this because I know

4    you're moving to motion practice on these matters, either

5    *Daubert* motions or summary judgment motions, and they need to

6    be resolved as well.

7         But now requiring the defense to respond to two more

8    expert reports within the deadlines that have been set seems

9    to me to be -- and, you know, I'm just imagining, this is one

10   plaintiff's law firm that has obtained its own expert

11   witnesses.  What if there were more?  Now, there isn't, but to

12   what extent would it become unmanageable.

13        That's why you have a plaintiffs' executive committee

14   and that's why you anticipate that it will be coordinated

15   through the executive committee.  And they know we're under

16   tight deadlines here, too.

17        When are the responsive expert reports due?

18        MR. SLATER:  That's Monday, Your Honor.

19        THE COURT:  Yeah, Monday, August 2nd.

20        Now, let me see if I understand.  The expert witness

21   reports sent by the plaintiffs' executive committee are

22   general causation and cover the -- cover all of the cases;

23   they cover the waterfront of plaintiffs' cases.  The expert

24   witness reports by the Parafinczuk law firm are general

25   causation, but they've been represented as pertaining to the

1    plaintiffs they represent.  Is that right?

2         MS. LOCKARD:  Correct.

3         MR. SLATER:  I think the disclosure letter said that,

4    because I think that's all that firm could say.  All I'm

5    saying is, as a matter of reality, if any other plaintiff

6    wanted to avail themselves to those experts, I don't see how

7    that would be precluded.

8         MS. LOCKARD:  I believe it would be, by the deadline

9    that has passed to disclose experts on their behalf.

10        I mean, there must be some meaning to these expert

11   deadlines, Your Honor.  I mean, the deadline for plaintiffs to

12   disclose their general causation expert came and went.  No one

13   else has disclosed Kumar and Bird, other than the Parafinczuk

14   firm, and his disclosure specifically limited that disclosure

15   to his cases, which are less than a dozen.

16        THE COURT:  And this is difficult to resolve because

17   it's really the Parafinczuk law firm that should be heard on

18   this matter, I think.  And we don't have them on the call and

19   we've got a very tight deadline right now.

20        I think under these circumstances, the only thing I

21   can do is say that these would be treated as experts on

22   specific causation, specific to the clients being represented

23   by the Parafinczuk law firm, and not -- and that way we keep

24   everything else intact.

25        Is that acceptable, Ms. Lockard, for the defense?

1          MS. LOCKARD:  Yes, that is acceptable, Your Honor.

2     It seems to be the fairest approach.

3          THE COURT:  And no one else has designated -- no

4     other plaintiffs, I take it, no other plaintiffs' counsel has

5     designated these two experts as expert witnesses in support of

6     their causation theories, is that right, Mr. Slater?

7          MR. SLATER:  To my knowledge, no other firm did and,

8     yes -- the answer is, yes, I don't believe anyone else has.  I

9     think most of the firms probably don't know about the reports

10    or weren't aware, and there is obviously cases that are still

11    being filed.  I suppose those people are potentially true;

12    name those experts.

13         THE COURT:  In order to keep our schedule intact, we

14    have to treat these as experts we'll deal with in the specific

15    causation phase of the case and not require response by Monday

16    to those expert witness reports and deal with them separately.

17    This way we can keep the case moving forward.

18         MR. SLATER:  Understood, Your Honor.  Thank you.

19         THE COURT:  All right.  Is that sufficient guidance,

20    Ms. Lockard?

21         MS. LOCKARD:  Yes, Your Honor, I think that covers

22    that issue.

23         THE COURT:  All right.

24         MS. LOCKARD:  And, you know, on the third expert, I

25    think it's a little of the same, but even a bit more removed

because, you know, whereas those Kumar and Bird, the

Parafinczuk experts, they did have opinions regarding cancer,

and cancer, you know, obviously is the injury that was

disclosed by plaintiffs as being at issue in the general

causation question.

The Danny Colon case and the third expert, it applies

to opinions related to whether the impurity in the medication

caused ALS, Lou Gehrig syndrome, and, you know, we're not --

we haven't even come to general, you know, position as to

whether that case really even belongs in this MDL or not.  You

know, we're not asking to sever that from the MDL, we're not

asking really to do much with it, other than to treat it as

you just, you know, advised for Kumar and Bird, which is just

to put it on a specific discovery track and to deal with it

after the general causation of cancer has been addressed by

the Court.

THE COURT:  Yeah, do you want to respond on that

issue, Mr. Slater?

MR. SLATER:  I'll be very brief.  I think that your

prior ruling -- I'm going to try to be a realist.  I would

think that you probably would apply the same ruling, so I'm

not going to make you listen to the same arguments.

THE COURT:  Okay.  And I think this is different,

too, but I think this is an easier, easier one to say deal

with it in a specific causation phase of the case, since from

1    everything I've been presented with, there is only one ALS

2    plaintiff in this matter so far.

3        And so that, we can defer to the specific causation

4    phase of the case.  All right?

5        The next issue we have is a true kerfuffle, and that

6    deals with the page limits on defendants' sur-reply, on the

7    motion for leave to amend the Complaint, and we're dealing

8    with the request to extend the page limit, as I understand it,

9    from 15 pages to 18 pages per category of defendant, three

10   categories of defendants; is that correct?

11       And who's addressing this issue for the defendants?

12       MS. RICHER:  Good morning, Your Honor, this is

13   Kristen Richer for the defendants.

14       THE COURT:  All right.  And so is that right, you're

15   looking at three additional pages per category of defendant.

16   Three defendants.  So a total of 54 pages?

17       MS. RICHER:  Yes, that is correct, it would be

18   18 pages maximum per brief.

19       You know, and that would amount to three extra pages

20   per brief and size 14, double-spaced font.

21       That, Your Honor, that's under the assumption that

22   the 15-page limit that remaining reply brief length is what

23   governs here.  And I think we've been operating under the

24   assumption that it would, but, you know, that itself wasn't

25   specified by the Court's prior order regarding the

 1  sur-replies.

 2          THE COURT:  Gotcha.

 3          MS. RICHER:  We did reach out to plaintiffs on Monday

 4  evening to seek their consent on this.  They have not

 5  consented to the request.  I know their opposition in their

 6  letter brief highlights the timing of our request, and

 7  candidly, I didn't think that a request for three pages of

 8  briefing would be so controversial or require extensive meet

 9  and confer, but I do understand that it was coming up on the

10  filing of our letter briefs.  You know, the timing has most to

11  do with the fact that this really does represent our very good

12  faith attempt to evaluate what we thought we might need and to

13  ask for that and not more.  We could, I suppose, have asked

14  for a larger rounder number earlier in the process, but we're

15  not insensitive to the fact that the briefing here has been

16  extensive and we wanted to be as conservative as possible on

17  our approach.

18          THE COURT:  All right.

19          MS. RICHER:  You know, given, given the number of

20  issues raised in the briefing, the number of parties involved

21  in the case, the number of class representatives and state

22  laws that we're dealing with, I do think this is a reasonable

23  request and it may be that some of these briefs actually come

24  in a bit under 18 pages at the end of the day, but given that

25  we're coming up on the filing deadline, we thought it best to

1   ask for what we thought we could need in as a conservative way

2   as possible now rather than deal with the scramble later in

3   the week before next week's filing deadline.

4        THE COURT:  All right.  Mr. Slater, do you want to

5   respond?  Or who's responding for the plaintiffs?

6        MS. GOLDENBERG:  Your Honor, this is Marlene

7   Goldenberg for the plaintiffs and I think we've now been

8   successful in using more pages of the transcript than the

9   defendants wanted to use in their briefs --

10       (Laughter.)

11       THE COURT:  I'm sorry.

12       MS. GOLDENBERG:  This is not one where we're here to

13  throw down, but, you know, we thought we were being generous

14  by giving the defendants the pages that are allowed under the

15  local rules for a reply brief, given the fact that this is

16  actually a sur-reply.

17       We just think that there's been enough ink spilled on

18  this issue and we think 15 pages is sufficient, but we'll

19  defer to Your Honor for your ruling.

20       THE COURT:  You know, I once was excoriated by a

21  former colleague of mine on the Third Circuit when I granted a

22  pro se plaintiff's request for an extension of the page limits

23  of a brief.  Actually, it resulted in a change of procedure

24  where those requests were centralized, but that was an extreme

25  case.  It shows you that I generally granted the request and I

1    didn't please that colleague of mine of now blessed memory, by

2    deferring to the pro se plaintiff's request.

3           But in this instance, I'll risk the wrath of a judge

4    by saying I'll give you those three additional pages per reply

5    brief.

6           And so that request is granted, and ask, you know,

7    just to formalize it and a proposed order be submitted to me.

8           MS. GOLDENBERG:  Will do, Your Honor.  Thank you.

9           THE COURT:  It left an indelible mark on me on being

10   too liberal and granting request for enlargement of pages.

11          But as I said, it was a calling out that I didn't

12   expect.

13          Is there anything else for us to address before we

14   try to get Judge Kugler on the phone?

15          MR. SLATER:  I don't believe so for plaintiffs, Your

16   Honor.

17          MS. LOCKARD:  Nothing for the defendants, Your Honor.

18   Nothing from the defendants, Your Honor.

19          THE COURT:  Okay.  I'm going to hang up.  I'm going

20   to call in to Judge Kugler.  He gave me a new number to call.

21   He's in Washington today.  I have a number to call him and

22   then he'll be dialing in and I'll be rejoining you.

23          Thank you all very much and we'll be talking to you

24   again shortly.  Bye.

25          (Pause; 10:39 a.m. to 10:43 a.m.)

```
 1              JUDGE KUGLER:  Good morning.  It's Judge Kugler

 2    joining the call.  Hope everyone is well.

 3              RESPONSE:  Good morning, Your Honor.

 4              JUDGE KUGLER:  I assume you have a court reporter.

 5    Karen?

 6              THE COURT REPORTER:  Yes, Judge, it's Karen.  I'm

 7    here.

 8              Hi, Karen, how are you?

 9              THE COURT REPORTER:  Great.  Thank you.

10              JUDGE KUGLER:  Good, good.

11              All right.  Well, we have a couple of matters to

12    discuss today about the orders to show cause.  Apparently,

13    according to yesterday's letter, Ms. Cohen, the Stone matter

14    has been resolved, so that can be dismissed, correct?  I mean,

15    the motion -- the order to show cause can be dismissed,

16    correct, Ms. Cohen?

17              MR. HARKINS:  Good morning, Your Honor, this is Steve

18    Harkins with Greenberg Traurig.  I'll be addressing this for

19    the defense, and that is correct with respect to the Stone

20    matter.

21              THE COURT:  How about Pamela Stewart, Mr. Harkins?  I

22    assume you haven't heard anything further about that?

23              MR. HARKINS:  That's correct, Your Honor.  At this

24    time, we request that that case be dismissed.

25              JUDGE KUGLER:  Anybody want to speak on behalf of the
```

 1   plaintiffs on the Pamela Stewart matter?

 2           MS. GOLDENBERG:  Your Honor, this is Marlene

 3   Goldenberg for the plaintiffs.  I'm not sure if counsel for

 4   Pamela Stewart is on the call, but I will note that we, on the

 5   PSC, got this list later than we usually do, and while we

 6   reached out to counsel for that plaintiff, we haven't had a

 7   chance to -- it hasn't even been 24 hours.

 8           So with that said, I -- if Mr. Harkins can make

 9   contact with them and that they know about this, that's one

10   thing, but I don't have that in writing from them right now.

11           JUDGE KUGLER:  Well, he says he has it, just

12   communicated with them about this and got no response, so I'll

13   grant the motion to dismiss.  Obviously, if things change, you

14   can always come back and we can reexamine it at a later time.

15           All right.  The defendants are seeking orders to show

16   cause in the Cassandra Henton, H-E-N-T-O-N, and Worikeena,

17   W-O-R-I-K-E-E-N-A, Righteous matters.  Any changes to that?

18           MR. HARKINS:  Your Honor, no changes from the

19   defendants, Your Honor.  We request orders to show cause

20   returnable at the August case management conference involving

21   these two cases.

22           JUDGE KUGLER:  Anybody want to speak on behalf of

23   these plaintiffs?

24           Okay, then we'll list those for the next meeting in

25   August, letters to show cause why they shouldn't be dismissed.

```
 1            Now, there are 13, which you want to shift to the
 2    next listing:
 3            Sandra Russell.
 4            Laura Pina, P-I-N-A.
 5            Emily Chambers.
 6            Helen Orr, O-R-R.
 7            Thomas Lloyd.
 8            Lucinda Laughlin, L-A-U-G-H-L-I-N.
 9            Billy Hupp, H-U-P-P.
10            Hector Rivera.
11            Burlia, B-U-R-L-I-A, Abdullahi, A-B-D-U-L-L-A-H-I.
12            The Estate of McClaskey, M-c, capital C-L-A-S-K-E-Y.
13            Marcia Ridley, R-I-D-L-E-Y.
14            Velma Hurst, H-U-R-S-T, and Debra Wright,
15    W-R-I-G-H-T.
16            Anybody from plaintiffs want to be heard on any of
17    these being shifted to the next listing?
18            MR. HARKINS:  Your Honor, just one update from the
19    defendants.  The Lucinda Laughlin case, Number 6 on the list,
20    has been resolved and we can remove that from the next agenda.
21            JUDGE KUGLER:  Okay.  Number 6, Lucinda Laughlin, is
22    removed.
23            All right.  Then we have seven.  You want a first
24    listing on -- these are people who didn't file fact sheets.
25            Shylaine, S-H-Y-L-A-I-N-E, Louissant,
```

1   L-O-U-I-S-S-A-N-T.

2           Abraham Agustin, A-G-U-S-T-I-N.

3           Robert Smith.

4           Benita, B-E-N-I-T-A, Smiley, S-M-I-L-E-Y.

5           Jimmy Thorn, T-H-O-R-N.

6           Daniel Craigie, C-R-A-I-G-I-E, and Lynda, L-Y-N-D-A,

7   Padrta, P-A-D-R-T-A.

8           Any update, Mr. Harkins, on any of those?

9           MR. HARKINS:  Yes, Your Honor, Numbers 2 and 3, the

10  Agustin and Smith cases, have both received PFS and so those

11  can be removed.

12          JUDGE KUGLER:  Plaintiffs want to be heard on any of

13  these?

14          All right.  They will be listed again at the next

15  meeting.

16          I think that resolves all of the listings we wanted

17  to do.  I understand that Judge Vanaskie has talked to you

18  about these other expert reports.

19          I just want to add something on the Brautbar,

20  B-R-A-U-T-B-A-R, expert, Nachman Brautbar, M.D., who

21  apparently diagnoses ALS.  I'm not sure how that got into our

22  case from the MDL panel, because those referrals are from

23  personal injury action alleging the development of cancer.

24  This is not -- apparently not a cancer case.

25          Technically, we should probably send that back to the

 1    panel, but I sense that nobody wants to do that at the moment,

 2    since the discovery is just going to be the same anyway for

 3    them.  But that's just my observation on that.

 4           So okay, anything else we want to talk about today?

 5           MR. SLATER:  Hi, Judge, it's Adam Slater.  I don't

 6    think the plaintiffs have any other issues and I'm certainly

 7    not going to bring up baseball, not the way things are going

 8    up in Yankee land.

 9           JUDGE KUGLER:  At least they beat the Phillies both

10    games last week.  I mean, they must be happy about that.

11           MR. SLATER:  I wasn't going to say that.

12           JUDGE KUGLER:  Well, you knew you didn't have to,

13    so -- anyway...

14           MS. PRISELAC:  Your Honor, this is Jessica Priselac

15    for the defendants, and there's nothing further from us.

16           JUDGE KUGLER:  Okay.  Well, hopefully, we are

17    continuing to reopen the courthouse.  I've done three jury

18    trials so far since June 10th.  Our expectation is come Labor

19    Day, we can reopen completely.  So that's good news, I think,

20    for when we start seeing some more motions in the fall.

21           Hopefully, we can get into the courtroom to argue

22    those motions, and if testimony is necessary, we can take it

23    in the courtroom.

24           Anyway, enjoy the rest of the summer, and we'll talk

25    to you next month, if not sooner, everybody.

1          Thank you very much.

2          RESPONSE:   Thank you, Your Honor.

3          (10:51 a.m.)

4          - - - - - - - - - - - - - - - -

5

6          I certify that the foregoing is a correct transcript

7     from the record of proceedings in the above-entitled matter.

8

9     /S/ Karen Friedlander, CRR, RMR
      Court Reporter/Transcriber
10

11    July 28, 2021
      Date
12

13

14

15

16

17

18

19

20

21

22

23

24

25

## /

/S [1] - 32:9

## 0

07068 [1] - 1:14

## 1

10022 [1] - 2:16
103 [1] - 1:13
10:00 [2] - 1:8, 3:1
10:39 [1] - 26:25
10:43 [1] - 26:25
10:51 [1] - 32:3
10th [1] - 31:18
13 [1] - 29:1
14 [1] - 23:20
14th [2] - 5:2, 5:3
15 [2] - 23:9, 25:18
15-page [1] - 23:22
16th [2] - 5:4, 5:16
17th [1] - 2:4
18 [3] - 23:9, 23:18, 24:24
1835 [1] - 1:16
19103 [2] - 1:17, 2:4
1:19-md-02875-RBK-KW [1] - 1:5

## 2

2 [1] - 30:9
20 [8] - 7:8, 7:18, 8:3, 9:6, 9:7, 9:9, 9:23, 10:13
2021 [3] - 1:7, 3:1, 32:11
2029 [1] - 2:12
2150 [1] - 1:20
24 [1] - 28:7
2500 [1] - 2:7
26 [7] - 7:9, 7:16, 7:24, 8:4, 9:6, 9:7, 17:10
27 [2] - 1:10, 13:21
28 [3] - 1:7, 3:1, 32:11
2800 [1] - 2:9
2900 [1] - 1:16
2nd [1] - 19:19

## 3

3 [1] - 30:9
30 [1] - 2:4
30(b)(6 [1] - 10:23
300 [1] - 2:12
30305 [1] - 2:8
31 [1] - 5:17
3333 [1] - 2:7

## 4

4057 [1] - 2:15
45202 [1] - 2:19
4th [1] - 2:15

## 5

54 [1] - 23:16
55402 [1] - 1:20
575 [1] - 2:15

## 6

6 [2] - 29:19, 29:21
6(b)(1)(B [1] - 5:9
600 [1] - 2:18

## 7

756-0160 [1] - 1:24

## 8

800 [1] - 1:19
856 [1] - 1:24

## 9

90067-2904 [1] - 2:12

## A

A-B-D-U-L-L-A-H-I [1] - 29:11
A-G-U-S-T-I-N [1] - 30:2
a.m [4] - 1:8, 26:25, 32:3
A.M [1] - 3:2
Abdullahi [1] - 29:11
ability [2] - 6:1, 13:24
above-entitled [1] - 32:7
Abraham [1] - 30:2
absolutely [1] - 13:4
accept [4] - 6:13, 6:14, 6:17, 6:25
acceptable [2] - 20:25, 21:1
accepted [1] - 3:14
according [1] - 27:13
acknowledge [2] - 4:1, 6:3
Actavis [2] - 2:9
ACTION [1] - 1:4
action [3] - 7:20, 10:24, 30:23
Adam [5] - 3:17, 12:10, 12:23, 16:21, 31:5

ADAM [1] - 1:13
add [2] - 11:23, 30:19
addition [1] - 15:21
additional [6] - 8:24, 9:10, 9:19, 9:22, 23:15, 26:4
address [7] - 8:19, 11:3, 11:9, 11:16, 12:8, 12:11, 26:13
addressed [2] - 22:15
addressing [8] - 3:15, 4:12, 7:11, 11:11, 12:4, 12:6, 23:11, 27:18
advance [1] - 14:11
advised [1] - 22:13
affects [1] - 13:1
agenda [6] - 3:10, 3:11, 6:11, 7:4, 10:14, 29:20
ago [1] - 17:20
agree [4] - 4:11, 11:14, 11:22, 13:3
agreed [1] - 4:2
agreement [1] - 7:19
Agustin [2] - 30:2, 30:10
ahead [2] - 9:4, 12:20
aided [1] - 1:25
ALL [1] - 3:1
allegations [1] - 5:2
alleging [1] - 30:23
allowed [2] - 17:3, 25:14
ALS [3] - 22:8, 23:1, 30:21
amend [1] - 23:7
AmerisourceBergen [2] - 2:20
amount [2] - 6:1, 23:19
AND [1] - 1:5
Angeles [1] - 2:12
answer [1] - 21:8
anticipate [1] - 19:14
anticipated [1] - 15:7
anyway [2] - 31:2, 31:24
anyway.. [1] - 31:13
appeared [1] - 15:22
applicable [2] - 16:25, 17:15
applies [1] - 22:6
apply [4] - 15:3, 16:13, 16:19, 22:21
approach [2] - 21:2, 24:17
argue [1] - 31:21
arguments [1] - 22:22
aside [2] - 8:3, 8:16

assume [2] - 27:4, 27:22
assumption [2] - 23:21, 23:24
Atlanta [1] - 2:8
attempt [1] - 24:12
attorneys [1] - 14:23
August [3] - 19:19, 28:20, 28:25
authority [2] - 5:10, 13:24
avail [1] - 20:6
available [1] - 17:5
Avenue [2] - 1:19, 2:15
avoid [1] - 6:23
aware [1] - 21:10

## B

BARNES [1] - 2:10
barred [1] - 15:13
baseball [1] - 31:7
based [2] - 9:17, 16:5
beat [1] - 31:9
become [1] - 19:12
beeping [1] - 3:3
behalf [9] - 3:15, 7:13, 11:13, 11:22, 12:4, 18:9, 20:9, 27:25, 28:22
behind [1] - 15:5
Behram [2] - 9:4, 10:4
belongs [1] - 22:10
Benita [1] - 30:4
BENITA [1] - 30:4
BERNE [1] - 2:17
best [3] - 7:20, 17:22, 24:25
between [2] - 10:15, 15:23
beyond [2] - 13:5, 13:12
Billy [1] - 29:9
Bird [3] - 15:25, 16:15, 22:13
bird [3] - 17:17, 20:13, 22:13
bit [4] - 12:14, 19:2, 21:25, 24:24
blessed [1] - 26:1
BONNER [3] - 2:3, 4:21, 4:23
Bonner [2] - 4:18, 4:22
Brautbar [3] - 30:19, 30:20
BRAUTBAR [1] - 30:20
brief [28] - 3:14, 4:1,

## (sixth column)

4:10, 4:25, 5:1, 5:3, 5:5, 5:16, 5:21, 6:4, 6:5, 6:13, 6:15, 6:17, 6:25, 7:1, 9:24, 10:9, 10:10, 10:12, 22:19, 23:18, 23:20, 23:22, 24:6, 25:15, 25:23, 26:5
briefed [3] - 3:25, 4:10, 4:24
briefing [7] - 3:11, 4:5, 6:15, 9:10, 24:8, 24:15, 24:20
briefs [5] - 4:10, 6:24, 24:10, 24:23, 25:9
bring [1] - 31:7
Burlia [1] - 29:11
BURLIA [1] - 29:11
BY [8] - 1:13, 1:16, 1:19, 2:3, 2:6, 2:11, 2:14, 2:18
bye [1] - 26:24

## C

C-L-A-S-K-E-Y [1] - 29:12
CA [1] - 2:12
camera [5] - 7:19, 8:3, 8:5, 8:25, 9:15
cancer [6] - 12:17, 22:2, 22:3, 22:15, 30:23, 30:24
cancers [1] - 14:13
candidly [1] - 24:7
cannot [1] - 13:3
capital [1] - 29:12
CASE [1] - 1:6
case [17] - 14:22, 15:15, 17:1, 17:17, 21:15, 21:17, 22:6, 22:10, 22:25, 23:4, 24:21, 25:25, 27:24, 28:20, 29:19, 30:22, 30:24
case-specific [1] - 15:15
cases [13] - 14:25, 15:1, 15:3, 15:16, 16:13, 16:20, 16:25, 19:22, 19:23, 20:15, 21:10, 28:21, 30:10
Cassandra [1] - 28:16
categories [1] - 23:10
category [2] - 23:9, 23:15
causation [18] - 12:16, 13:5, 13:13, 13:15, 14:1, 14:5, 16:23, 18:25, 19:22, 19:25,

20:12, 20:22, 21:6, 21:15, 22:5, 22:15, 22:25, 23:3
**caused** [1] - 22:8
**caution** [1] - 6:18
**centralized** [3] - 14:20, 15:8, 25:24
**centralizing** [1] - 14:21
**Century** [1] - 2:12
**certain** [1] - 16:13
**certainly** [2] - 18:6, 31:6
**certify** [1] - 32:6
**challenged** [2] - 9:6, 9:14
**challenges** [1] - 9:8
**Chambers** [1] - 29:5
**chance** [1] - 28:7
**change** [3] - 13:23, 25:23, 28:13
**changes** [2] - 28:17, 28:18
**cincinnati** [1] - 2:19
**Circuit** [1] - 25:21
**circumstances** [2] - 6:23, 20:20
**Civil** [1] - 5:9
**CIVIL** [1] - 1:4
**claim** [1] - 7:5
**clarify** [2] - 7:9, 9:6
**class** [1] - 24:21
**clear** [4] - 3:25, 5:1, 9:12, 16:1
**client** [1] - 17:8
**clients** [3] - 17:8, 18:9, 20:22
**clue** [1] - 12:18
**Co** [1] - 2:13
**Cohen** [2] - 27:13, 27:16
**colleague** [3] - 4:18, 25:21, 26:1
**Colon** [1] - 22:6
**coming** [2] - 24:9, 24:25
**Commencing** [1] - 1:8
**comment** [1] - 16:22
**comments** [1] - 15:6
**committee** [8] - 13:2, 15:8, 15:24, 18:14, 18:17, 19:13, 19:15, 19:21
**committee's** [1] - 16:7
**common** [1] - 14:21
**communicated** [1] - 28:12
**Complaint** [1] - 23:7
**completely** [1] - 31:19
**computer** [1] - 1:25

**computer-aided** [1] - 1:25
**concerned** [1] - 19:2
**confer** [6] - 6:18, 7:23, 15:9, 16:1, 18:18, 24:9
**conference** [2] - 11:9, 28:20
**CONFERENCE** [1] - 1:6
**conferred** [1] - 15:20
**confidentiality** [1] - 3:12
**confirmed** [1] - 4:3
**connection** [2] - 6:11, 8:24
**consent** [5] - 5:4, 5:13, 5:24, 6:22, 24:4
**consented** [1] - 24:5
**consequence** [1] - 4:3
**conservative** [2] - 24:16, 25:1
**consider** [1] - 7:1
**consistent** [1] - 18:2
**contact** [2] - 11:23, 28:9
**CONTINUED** [1] - 2:1
**continuing** [2] - 11:15, 31:17
**controversial** [1] - 24:8
**coordinated** [2] - 15:7, 19:14
**coordination** [1] - 15:23
**correct** [11] - 7:24, 10:25, 11:6, 20:2, 23:10, 23:17, 27:14, 27:16, 27:19, 27:23, 32:6
**counsel** [12] - 6:12, 6:18, 6:22, 8:24, 9:22, 15:24, 16:22, 17:4, 17:16, 21:4, 28:3, 28:6
**count** [2] - 7:16, 7:24
**counts** [1] - 7:7
**couple** [3] - 8:6, 18:25, 27:11
**course** [1] - 7:20
**court** [2] - 3:8, 27:4
**COURT** [1] - 1:2
**Court** [3] - 1:23, 8:9, 32:9
**Court's** [4] - 5:10, 14:2, 16:14, 23:25
**courthouse** [1] - 31:17
**courtroom** [2] - 31:21,

31:23
**cover** [3] - 19:22, 19:23
**covers** [1] - 21:21
**Craigie** [1] - 30:6
**CRAIGIE** [1] - 30:6
**CRR** [1] - 32:9
**CVS** [1] - 2:13
**cycle** [1] - 11:9

## D

**Daniel** [1] - 30:6
**DANIEL** [1] - 2:18
**Danny** [1] - 22:6
**Date** [1] - 32:11
**Daubert** [1] - 19:5
**David** [1] - 11:5
**DAVID** [1] - 1:16
**days** [4] - 4:1, 5:20, 6:14, 8:6
**deadline** [9] - 5:18, 13:5, 13:10, 18:4, 20:8, 20:11, 20:19, 24:25, 25:3
**deadlines** [5] - 6:20, 12:21, 19:8, 19:16, 20:11
**deal** [7] - 12:16, 15:10, 21:14, 21:16, 22:14, 22:24, 25:2
**dealing** [5] - 14:16, 15:15, 18:11, 23:7, 24:22
**deals** [2] - 11:25, 23:6
**Debra** [1] - 29:14
**decide** [1] - 5:9
**decided** [1] - 4:11
**decision** [1] - 7:1
**declined** [1] - 18:19
**deep** [1] - 13:14
**Defendant** [4] - 2:5, 2:13, 2:16, 2:20
**defendant** [2] - 23:9, 23:15
**Defendants** [1] - 2:8
**defendants** [20] - 4:15, 7:19, 11:12, 11:14, 11:20, 11:22, 12:4, 12:7, 23:10, 23:11, 23:13, 23:16, 25:9, 25:14, 26:17, 26:18, 28:15, 28:19, 29:19, 31:15
**defendants'** [2] - 10:23, 23:6
**Defense** [1] - 2:5
**defense** [12] - 4:2, 4:16, 7:8, 13:5, 13:7, 13:11, 13:19, 16:24,

18:3, 19:7, 20:25, 27:19
**defer** [2] - 23:3, 25:19
**deferring** [1] - 26:2
**delay** [2] - 5:8, 16:11
**depose** [1] - 18:21
**deposed** [2] - 13:6, 13:8
**deposition** [2] - 10:23, 13:12
**depositions** [1] - 16:10
**designated** [2] - 21:3, 21:5
**designations** [1] - 3:12
**determine** [1] - 5:7
**development** [1] - 30:23
**diagnoses** [1] - 30:21
**dialing** [1] - 26:22
**different** [4] - 7:6, 7:7, 18:4, 22:23
**difficult** [1] - 20:16
**disclose** [3] - 17:12, 20:9, 20:12
**disclosed** [5] - 17:13, 18:8, 18:9, 20:13, 22:4
**disclosure** [5] - 17:10, 17:16, 20:3, 20:14
**discovery** [5] - 14:21, 15:17, 17:2, 22:14, 31:2
**discrepancy** [1] - 8:3
**discrete** [1] - 4:17
**discuss** [1] - 27:12
**discussed** [1] - 16:6
**discussions** [1] - 18:1
**dismiss** [1] - 28:13
**dismissed** [4] - 27:14, 27:15, 27:24, 28:25
**dispute** [1] - 7:21
**disputed** [1] - 7:18
**disputes** [1] - 11:10
**DISTRICT** [3] - 1:2, 1:2, 1:10
**diverted** [1] - 16:19
**docket** [1] - 5:10
**document** [1] - 9:25
**documents** [20] - 7:4, 7:5, 7:7, 7:8, 7:9, 7:10, 7:15, 7:17, 7:18, 8:2, 8:4, 8:9, 9:11, 9:15, 9:20, 9:24, 10:11, 10:13, 10:16
**Doe** [1] - 15:1
**done** [2] - 14:4, 31:17
**double** [1] - 23:20

**double-spaced** [1] - 23:20
**down** [3] - 3:4, 25:13
**dozen** [3] - 14:25, 16:20, 20:15
**Drugs** [1] - 7:13
**DUANE** [1] - 2:2
**due** [2] - 5:2, 19:17
**duplicative** [1] - 15:22

## E

**easier** [2] - 22:24
**East** [1] - 2:12
**effect** [1] - 5:17
**efficient** [1] - 16:17
**Eisenhower** [1] - 1:13
**either** [1] - 19:4
**email** [4] - 8:11, 8:13, 8:19, 17:20
**Emily** [1] - 29:5
**end** [1] - 24:24
**enjoy** [1] - 31:24
**enlargement** [1] - 26:10
**ensure** [1] - 7:23
**entire** [1] - 14:19
**entitled** [2] - 10:10, 32:7
**envisioned** [1] - 16:6
**ESQUIRE** [10] - 1:13, 1:16, 1:19, 2:3, 2:3, 2:6, 2:7, 2:11, 2:11, 2:14
**established** [1] - 6:20
**Estate** [1] - 29:12
**estimates** [2] - 7:6, 7:7
**evaluate** [1] - 24:12
**evening** [1] - 24:4
**event** [2] - 7:18, 10:8
**excoriated** [1] - 25:20
**excusable** [1] - 5:11
**excuse** [1] - 5:8
**executive** [7] - 15:8, 15:24, 18:14, 18:17, 19:13, 19:15, 19:21
**executives** [1] - 16:7
**expect** [3] - 10:16, 18:14, 26:12
**expectation** [1] - 31:18
**expected** [1] - 13:19
**expert** [23] - 12:1, 12:2, 12:15, 13:16, 14:23, 15:15, 15:19, 16:7, 17:13, 18:21, 19:8, 19:10, 19:17, 19:20, 19:23, 20:10, 20:12, 21:5, 21:16,

21:24, 22:6, 30:18, 30:20
**experts** [27] - 13:6, 13:7, 13:13, 14:5, 14:9, 14:11, 14:12, 15:12, 15:19, 16:9, 16:19, 17:2, 17:5, 17:9, 17:12, 17:13, 18:8, 18:12, 18:15, 18:25, 20:6, 20:9, 20:21, 21:5, 21:12, 21:14, 22:2
**explaining** [1] - 9:16
**explicit** [1] - 8:7
**express** [1] - 14:20
**extend** [1] - 23:8
**extending** [1] - 13:10
**extension** [10] - 4:2, 5:14, 5:15, 12:21, 13:4, 14:8, 15:14, 16:15, 18:19, 25:22
**extensive** [2] - 24:8, 24:16
**extent** [1] - 19:12
**extra** [1] - 23:19
**extraneous** [1] - 16:12
**extreme** [1] - 25:24

### F

**face** [1] - 9:12
**fact** [5] - 13:22, 24:11, 24:15, 25:15, 29:24
**fairest** [1] - 21:2
**fairly** [1] - 18:11
**faith** [1] - 24:12
**fall** [1] - 31:20
**far** [3] - 12:20, 23:2, 31:18
**Federal** [1] - 5:9
**few** [1] - 17:20
**field** [2] - 5:22, 5:25
**file** [5] - 4:10, 4:25, 5:3, 6:4, 29:24
**filed** [9] - 4:1, 4:6, 5:2, 5:3, 5:16, 6:13, 6:17, 12:19, 21:11
**filing** [8] - 5:5, 5:14, 6:6, 6:22, 13:17, 24:10, 24:25, 25:3
**fine** [1] - 16:3
**firm** [17] - 12:3, 12:15, 13:16, 13:25, 14:4, 15:23, 16:23, 17:14, 17:15, 18:17, 19:10, 19:24, 20:4, 20:14, 20:17, 20:23, 21:7
**firm's** [1] - 16:25
**firms** [1] - 21:9
**first** [6] - 3:10, 7:9,

9:1, 12:14, 12:24, 29:23
**five** [4] - 16:9, 16:10, 16:11, 18:12
**Floor** [1] - 2:15
**font** [1] - 23:20
**FOR** [1] - 1:2
**foregoing** [1] - 32:6
**form** [1] - 8:13
**formalize** [1] - 26:7
**former** [1] - 25:21
**forward** [1] - 21:17
**FREEMAN** [1] - 1:12
**Friday** [1] - 11:8
**Friedlander** [3] - 1:23, 3:8, 32:9
**friedlanderreporter @gmail.com** [1] - 1:23
**friend** [1] - 3:13
**full** [1] - 6:25

### G

**games** [1] - 31:10
**Gehrig** [1] - 22:8
**general** [13] - 13:4, 13:12, 13:15, 14:1, 14:5, 16:23, 18:25, 19:22, 19:24, 20:12, 22:4, 22:9, 22:15
**generally** [1] - 25:25
**generous** [1] - 25:13
**Geoppinger** [1] - 11:22
**GEOPPINGER** [2] - 2:18, 11:21
**Georgia** [1] - 2:8
**given** [5] - 6:24, 24:19, 24:24, 25:15
**Goldenberg** [2] - 25:7, 28:3
**GOLDENBERG** [6] - 1:18, 1:19, 25:6, 25:12, 26:8, 28:2
**GOLOMB** [1] - 1:15
**gotcha** [1] - 24:2
**governs** [1] - 23:23
**grant** [1] - 28:13
**granted** [3] - 25:21, 25:25, 26:6
**granting** [1] - 26:10
**great** [3] - 10:19, 11:25, 27:9
**GREENBERG** [1] - 2:6
**Greenberg** [2] - 12:6, 27:18
**group** [1] - 4:16
**Group** [1] - 2:5
**guidance** [2] - 16:14,

21:19

### H

**H-U-P-P** [1] - 29:9
**hand** [1] - 12:24
**handle** [1] - 4:16
**handled** [1] - 19:1
**handling** [2] - 4:18, 16:18
**hands** [1] - 13:23
**hang** [1] - 26:19
**happy** [2] - 9:14, 31:10
**HARKINS** [6] - 2:7, 27:17, 27:23, 28:18, 29:18, 30:9
**Harkins** [4] - 27:18, 27:21, 28:8, 30:8
**Health** [1] - 2:13
**hear** [4] - 12:13, 17:18, 17:24, 18:24
**heard** [4] - 20:17, 27:22, 29:16, 30:12
**Hector** [1] - 29:10
**Helen** [1] - 29:6
**Hello** [1] - 12:10
**help** [1] - 15:14
**Henton** [1] - 28:16
**HENTON** [1] - 28:16
**Hetero** [8] - 2:16, 7:4, 7:8, 7:11, 7:13, 9:7, 9:15
**hi** [1] - 31:5
**Hi** [1] - 27:8
**highlights** [1] - 24:6
**HILL** [1] - 2:14
**HONIK** [1] - 1:15
**Honor** [58] - 3:17, 4:3, 4:14, 6:3, 6:9, 7:12, 7:16, 8:6, 8:7, 8:8, 8:12, 8:16, 8:20, 9:3, 9:5, 9:9, 9:11, 10:4, 10:8, 10:18, 10:20, 11:1, 11:5, 11:7, 11:9, 11:13, 11:16, 11:21, 12:10, 12:23, 14:18, 16:21, 17:11, 17:19, 19:18, 20:11, 21:1, 21:18, 21:21, 23:12, 23:21, 25:6, 25:19, 26:8, 26:16, 26:17, 26:18, 27:3, 27:17, 27:23, 28:2, 28:18, 28:19, 29:18, 30:9, 31:14, 32:2
**Honor's** [2] - 5:22, 6:2
**HONORABLE** [2] - 1:9, 1:10
**hope** [1] - 27:2

hopefully [2] - 31:16, 31:21
**hoping** [1] - 17:24
**hours** [1] - 28:7
**hunting** [1] - 10:1
**Hupp** [1] - 29:9
**Hurst** [1] - 29:14
**HURST** [1] - 29:14

### I

**idea** [2] - 17:7
**identification** [2] - 14:10, 14:13
**identified** [1] - 9:9
**identify** [1] - 8:1
**identifying** [1] - 16:8
**imagining** [1] - 19:9
**impasse** [1] - 7:21
**impurity** [1] - 22:7
**IN** [1] - 1:4
**in-camera** [4] - 7:19, 8:3, 8:5, 8:25
**inability** [1] - 6:19
**Inc** [2] - 2:9, 2:9
**inclination** [1] - 18:22
**indelible** [1] - 26:9
**individual** [1] - 14:22
**Industries** [1] - 2:8
**information** [1] - 18:3
**informed** [1] - 11:7
**inherent** [1] - 5:10
**injury** [2] - 22:3, 30:23
**ink** [1] - 25:17
**insensitive** [1] - 24:15
**inspection** [1] - 7:20
**instance** [1] - 26:3
**instructions** [1] - 8:8
**intact** [2] - 20:24, 21:13
**intend** [1] - 17:12
**intended** [1] - 15:18
**intent** [1] - 15:4
**intention** [1] - 14:22
**interpret** [1] - 17:14
**involved** [1] - 24:20
**involving** [1] - 28:20
**IRBESARTAN** [1] - 1:5
**isolation** [1] - 16:3
**issue** [26] - 3:15, 3:24, 4:7, 4:10, 4:18, 4:24, 6:6, 6:7, 6:12, 6:15, 7:1, 7:3, 7:8, 7:17, 12:4, 12:9, 14:17, 15:21, 18:16, 21:22, 22:4, 22:18, 23:5, 23:11, 25:18
**issues** [5] - 4:17, 11:15, 13:8, 24:20,

31:6
**item** [3] - 3:11, 10:22, 11:25
**items** [1] - 12:1
**itself** [1] - 23:24

### J

**Jeff** [1] - 11:21
**JEFFREY** [1] - 2:18
**JERSEY** [1] - 1:2
**Jersey** [1] - 1:14
**Jessica** [2] - 4:15, 31:14
**JESSICA** [1] - 2:3
**Jimmy** [1] - 30:5
**John** [1] - 15:1
**JOHN** [1] - 1:16
**JOHNSTON** [3] - 2:11, 11:13, 11:19
**Johnston** [1] - 11:13
**joining** [1] - 27:2
**Joint** [1] - 2:5
**judge** [1] - 26:3
**Judge** [10] - 3:6, 12:5, 15:5, 16:5, 26:14, 26:20, 27:1, 27:6, 30:17, 31:5
**JUDGE** [12] - 1:10, 27:1, 27:4, 27:10, 27:25, 28:11, 28:22, 29:21, 30:12, 31:9, 31:12, 31:16
**judgment** [1] - 19:5
**July** [6] - 1:7, 5:2, 5:3, 5:4, 5:16, 32:11
**JULY** [1] - 3:1
**June** [1] - 31:18
**jury** [1] - 31:17

### K

**Karen** [8] - 1:23, 3:5, 3:7, 3:8, 27:5, 27:6, 27:8, 32:9
**KATZ** [1] - 1:12
**keep** [3] - 20:23, 21:13, 21:17
**keeps** [1] - 17:4
**Kelly** [1] - 4:18
**KELLY** [1] - 2:3
**kerfuffle** [3] - 3:13, 3:21, 23:5
**kerfuffles** [1] - 6:23
**knowledge** [1] - 21:7
**Kristen** [1] - 23:13
**KRISTEN** [1] - 2:11
**KUGLER** [12] - 1:10, 27:1, 27:4, 27:10, 27:25, 28:11, 28:22,

29:21, 30:12, 31:9, 31:12, 31:16
**Kugler** [4] - 16:5, 26:14, 26:20, 27:1
**Kugler's** [1] - 15:5
**Kumar** [6] - 15:25, 16:15, 17:17, 20:13, 22:1, 22:13

## L

**L-A-U-G-H-L-I-N** - 29:8
**L-O-U-I-S-S-A-N-T** - 30:1
**Labor** [1] - 31:18
**Labs** [2] - 2:16, 7:13
**land** [1] - 31:8
**larger** [1] - 24:14
**Lasalle** [1] - 1:19
**last** [2] - 16:22, 31:10
**late** [8] - 3:13, 4:1, 4:25, 5:13, 6:6, 6:14, 6:17, 6:22
**late-filed** [1] - 6:17
**Laughlin** [3] - 29:8, 29:19, 29:21
**Laughter** [2] - 3:22, 25:10
**Laura** [1] - 29:4
**LAW** [1] - 1:18
**law** [10] - 12:3, 12:15, 13:16, 13:25, 14:4, 16:23, 19:10, 19:24, 20:17, 20:23
**laws** [1] - 24:22
**leadership** [3] - 13:3, 13:20, 15:25
**least** [2] - 13:12, 31:19
**leave** [1] - 23:7
**LEE** [1] - 2:11
**Lee** [1] - 8:19
**left** [1] - 26:9
**length** [1] - 23:22
**less** [3] - 14:25, 16:20, 20:15
**letter** [11] - 4:6, 4:9, 4:17, 6:11, 10:14, 10:15, 13:18, 20:3, 24:6, 24:10, 27:13
**letters** [4] - 3:10, 3:25, 7:4, 28:25
**Lexington** [1] - 2:15
**LIABILITY** [1] - 1:5
**liberal** [1] - 26:10
**likely** [2] - 7:20, 14:11
**limit** [2] - 23:8, 23:22
**limited** [7] - 4:7, 6:5, 6:16, 9:23, 15:3, 17:8, 20:14

**limits** [2] - 23:6, 25:22
**line** [4] - 3:5, 8:1, 17:21, 17:22
**lingering** [1] - 11:10
**list** [3] - 28:5, 28:24, 29:19
**listed** [2] - 10:14, 30:14
**listen** [1] - 22:22
**listing** [3] - 29:2, 29:17, 29:24
**listings** [1] - 30:16
**LITIGATION** [1] - 1:5
**litigation** [3] - 14:1, 14:19, 17:13
**LLC** [2] - 1:12, 2:9
**Lloyd** [1] - 29:7
**LLP** [5] - 2:2, 2:6, 2:10, 2:14, 2:17
**local** [1] - 25:15
**LOCKARD** [10] - 12:5, 14:18, 17:10, 18:7, 20:2, 20:8, 21:1, 21:21, 21:24, 26:17
**Lockard** [4] - 12:6, 14:16, 20:25, 21:20
**LOCKHARD** [1] - 2:6
**log** [4] - 8:2, 8:23, 9:13, 10:1
**look** [1] - 8:23
**looking** [2] - 9:18, 23:15
**Los** [1] - 2:12
**LOSARTAN** [1] - 1:4
**Lou** [1] - 22:8
**Louissant** [1] - 29:25
**Ltd** [1] - 2:8
**Lucinda** [3] - 29:8, 29:19, 29:21
**Lynda** [1] - 30:6
**LYNDA** [1] - 30:6

## M

**M.D** [1] - 30:20
**main** [1] - 18:12
**manage** [1] - 5:10
**MANAGEMENT** [1] - 1:6
**management** [1] - 28:20
**manufacturer** [2] - 15:1, 15:2
**Marcia** [1] - 29:13
**mark** [1] - 26:9
**Market** [1] - 1:16
**Marlene** [2] - 25:6, 28:2
**MARLENE** [1] - 1:19
**MASTER** [1] - 1:9

**Master** [1] - 5:17
**matter** [15] - 5:8, 6:20, 7:1, 7:2, 9:21, 12:21, 12:22, 19:1, 20:5, 20:18, 23:2, 27:13, 27:20, 28:1, 32:7
**matters** [3] - 19:4, 27:11, 28:17
**maximum** [1] - 23:18
**MAZIE** [1] - 1:12
**MC** [1] - 29:12
**McClaskey** [1] - 29:12
**MDL** [6] - 14:20, 14:23, 14:25, 22:10, 22:11, 30:22
**mean** [5] - 12:14, 20:10, 20:11, 27:14, 31:10
**meaning** [1] - 20:10
**mechanical** [1] - 1:25
**medication** [1] - 22:7
**meet** [5] - 6:19, 15:9, 16:1, 18:18, 24:8
**meeting** [2] - 28:24, 30:15
**members** [1] - 4:16
**memory** [1] - 26:1
**merits** [2] - 5:21, 13:14
**met** [1] - 15:20
**might** [1] - 24:12
**mine** [3] - 3:13, 25:21, 26:1
**Minneapolis** [1] - 1:20
**Minnesota** [1] - 1:20
**mispronounce** [1] - 12:2
**moment** [1] - 31:1
**moments** [1] - 17:20
**Monday** [4] - 19:18, 19:19, 21:15, 24:3
**month** [1] - 31:25
**morning** [15] - 3:17, 4:14, 4:21, 4:23, 7:12, 7:14, 9:3, 9:5, 11:5, 11:21, 12:5, 23:12, 27:1, 27:3, 27:17
**MORRIS** [1] - 2:2
**most** [3] - 16:17, 21:9, 24:10
**motion** [4] - 19:4, 23:7, 27:15, 28:13
**motions** [4] - 19:5, 31:20, 31:22
**move** [1] - 7:3
**moved** [1] - 5:19
**moving** [3] - 17:1, 19:4, 21:17
**MR** [42] - 3:17, 3:21,

3:23, 6:9, 7:12, 7:16, 8:6, 8:12, 8:16, 8:20, 9:3, 9:4, 9:5, 9:23, 10:4, 10:8, 10:18, 10:20, 11:1, 11:5, 11:21, 12:10, 12:23, 13:1, 14:12, 14:15, 16:21, 17:19, 18:1, 19:18, 20:3, 21:7, 21:18, 22:19, 26:15, 27:17, 27:23, 28:18, 29:18, 30:9, 31:5, 31:11
**MS** [24] - 4:14, 4:21, 4:23, 11:13, 11:19, 12:5, 14:18, 17:10, 18:7, 20:2, 20:8, 21:1, 21:21, 21:24, 23:12, 23:17, 24:3, 24:19, 25:6, 25:12, 26:8, 26:17, 28:2, 31:14
**must** [2] - 20:10, 31:10

## N

**Nachman** [1] - 30:20
**NAKUL** [1] - 2:14
**Nakul** [1] - 7:12
**name** [4] - 12:3, 14:25, 15:2, 21:12
**names** [1] - 14:12
**NE** [1] - 2:7
**necessary** [2] - 9:17, 31:22
**need** [10] - 6:15, 9:21, 10:24, 11:24, 13:7, 13:15, 16:3, 19:5, 24:12, 25:1
**needed** [1] - 12:12
**needs** [1] - 16:13
**neglect** [1] - 5:11
**never** [2] - 14:22, 15:18
**new** [1] - 26:20
**NEW** [1] - 1:2
**New** [2] - 1:14, 2:16
**news** [1] - 31:19
**next** [12] - 7:3, 10:15, 10:22, 11:25, 23:5, 25:3, 28:24, 29:2, 29:17, 29:20, 30:14, 31:25
**nobody** [1] - 31:1
**note** [1] - 28:4
**nothing** [6] - 11:6, 13:18, 14:3, 26:17, 26:18, 31:15
**notice** [1] - 7:17

**notices** [1] - 10:23
**notify** [1] - 11:16
**number** [7] - 7:7, 7:24, 8:1, 15:1, 24:14, 24:19, 24:20, 24:21, 26:20, 26:21
**Number** [2] - 29:19, 29:21
**NUMBER** [1] - 1:4
**numbers** [1] - 15:19
**Numbers** [1] - 30:9
**NY** [1] - 2:16

## O

**O-R-R** [1] - 29:6
**object** [1] - 4:8
**observation** [1] - 31:3
**obtained** [1] - 19:10
**obviously** [6] - 12:17, 13:1, 19:2, 21:10, 22:3, 28:13
**OF** [1] - 1:19
**off-cycle** [1] - 11:9
**Official** [1] - 1:23
**OH** [1] - 2:19
**once** [1] - 25:20
**one** [14] - 8:7, 8:22, 12:1, 12:15, 13:3, 18:19, 19:9, 20:12, 21:3, 22:24, 23:1, 25:12, 28:9, 29:18
**open** [1] - 16:17
**operating** [1] - 23:23
**opinions** [3] - 13:7, 22:2, 22:7
**opportunity** [1] - 6:25
**oppose** [1] - 13:4
**opposed** [1] - 14:8
**opposing** [1] - 6:22
**opposition** [2] - 5:15, 24:5
**order** [13] - 5:1, 5:17, 5:22, 6:2, 7:20, 13:16, 14:2, 15:5, 18:4, 21:13, 23:25, 26:7, 27:15
**orders** [3] - 27:12, 28:15, 28:19
**originally** [1] - 9:6
**Orr** [1] - 29:6
**outside** [1] - 14:23
**own** [2] - 14:5, 19:10

## P

**P-A-D-R-T-A** [1] - 30:7
**P-I-N-A** [1] - 29:4
**Padrta** [1] - 30:7
**Page** [1] - 1:10

**page** [3] - 23:6, 23:8, 25:22
**pages** [13] - 23:9, 23:15, 23:16, 23:18, 23:19, 24:7, 24:24, 25:8, 25:14, 25:18, 26:4, 26:10
**Pamela** [3] - 27:21, 28:1, 28:4
**panel** [2] - 30:22, 31:1
**Parafinczuk** [19] - 12:3, 12:11, 12:19, 14:24, 15:16, 15:23, 17:14, 17:15, 17:18, 17:25, 18:7, 18:12, 18:16, 18:18, 19:24, 20:13, 20:17, 20:23, 22:2
**PAREKH** [6] - 9:3, 9:5, 9:23, 10:4, 10:18, 10:20
**Parekh** [3] - 10:4, 10:6, 10:13
**Park** [1] - 2:12
**Parkway** [1] - 1:13
**part** [2] - 10:24, 16:4
**PARTIES** [1] - 3:1
**parties** [11] - 4:15, 4:19, 4:23, 5:5, 5:7, 5:13, 5:18, 6:4, 11:7, 17:11, 24:20
**parties'** [2] - 5:19, 5:20
**passed** [1] - 20:9
**Pause** [1] - 26:25
**PC** [1] - 1:15
**pdf** [1] - 8:13
**PEC** [2] - 14:23, 15:19
**peeling** [1] - 16:12
**peg** [1] - 7:8
**Pennsylvania** [2] - 1:17, 2:4
**people** [2] - 21:11, 29:24
**per** [5] - 23:9, 23:15, 23:18, 23:20, 26:4
**permit** [1] - 6:4
**personal** [1] - 30:23
**perspective** [2] - 13:24, 14:3
**pertaining** [1] - 19:25
**PFS** [1] - 30:10
**Pharma** [1] - 2:9
**Pharmaceutical** [1] - 2:8
**Pharmaceuticals** [1] - 2:9
**pharmacy** [1] - 11:14
**phase** [7] - 15:16, 16:4, 16:5, 16:16,

21:15, 22:25, 23:4
**Philadelphia** [2] - 1:17, 2:4
**Phillies** [1] - 31:9
**phone** [1] - 26:14
**Piedmont** [1] - 2:7
**Pina** [1] - 29:4
**Plaintiff** [3] - 1:14, 1:17, 1:21
**plaintiff** [4] - 14:22, 20:5, 23:2, 28:6
**plaintiff's** [3] - 19:10, 25:22, 26:2
**plaintiffs** [36] - 3:16, 3:18, 4:25, 5:3, 5:11, 5:15, 5:18, 6:4, 7:8, 7:17, 7:19, 7:23, 8:1, 10:5, 10:6, 10:9, 11:6, 12:9, 12:14, 17:1, 17:5, 17:6, 20:1, 20:11, 21:4, 22:4, 24:3, 25:5, 25:7, 26:15, 28:1, 28:3, 28:23, 29:16, 30:12, 31:6
**plaintiffs'** [21] - 5:8, 5:13, 5:21, 6:6, 6:12, 9:1, 13:3, 13:12, 13:20, 15:8, 15:23, 15:24, 16:7, 17:12, 17:16, 18:13, 18:17, 19:13, 19:21, 19:23, 21:4
**playing** [2] - 5:22, 5:25
**PLLC** [1] - 1:18
**point** [2] - 4:8, 5:16
**pointed** [1] - 13:18
**position** [4] - 3:24, 13:2, 18:2, 22:9
**possible** [2] - 24:16, 25:2
**potential** [1] - 15:13
**potentially** [1] - 21:11
**practice** [1] - 19:4
**precisely** [1] - 8:8
**precluded** [2] - 13:16, 20:7
**predicament** [1] - 18:13
**prejudicial** [2] - 13:13, 14:9
**preparation** [1] - 14:9
**prepare** [1] - 16:7
**prepared** [1] - 6:24
**presentation** [1] - 9:22
**presented** [1] - 23:1
**presently** [2] - 7:22, 7:24

**preserve** [1] - 5:20, 5:25
**pretty** [2] - 3:25, 9:11
**Priselac** [2] - 4:15, 31:14
**PRISELAC** [3] - 2:3, 4:14, 31:14
**privilege** [5] - 7:5, 8:2, 8:23, 9:13, 10:1
**privileged** [2] - 7:4, 9:25
**pro** [2] - 25:22, 26:2
**problem** [1] - 8:10
**Procedure** [1] - 5:9
**procedure** [1] - 25:23
**proceed** [4] - 14:4, 15:7, 16:11, 18:2
**proceeding** [1] - 16:2
**proceedings** [1] - 32:7
**Proceedings** [1] - 1:25
**process** [1] - 24:14
**produced** [1] - 1:25
**production** [1] - 14:11
**PRODUCTS** [1] - 1:5
**promptly** [1] - 7:2
**proposal** [1] - 18:19
**proposals** [1] - 15:10
**propose** [1] - 15:12
**proposed** [1] - 26:7
**provide** [1] - 10:9
**provided** [4] - 5:21, 6:1, 8:4, 16:9
**PSC** [1] - 28:5
**pulled** [1] - 15:19
**purpose** [1] - 14:20
**push** [3] - 13:10, 13:11, 18:15
**put** [2] - 16:16, 22:14
**putting** [1] - 15:14

### Q

**quickly** [2] - 8:4, 9:6
**quoted** [1] - 15:5

### R

**R-I-D-L-E-Y** [1] - 29:13
**raised** [2] - 15:21, 24:20
**random** [1] - 10:2
**rather** [1] - 25:2
**rationale** [1] - 9:16
**RE** [1] - 1:4
**reach** [1] - 24:3
**reached** [1] - 28:6
**read** [1] - 15:25
**ready** [2] - 13:6, 16:10
**realist** [1] - 22:20

**reality** [1] - 20:5
**really** [12] - 4:8, 13:15, 13:23, 16:13, 16:14, 18:6, 18:16, 18:20, 20:17, 22:10, 22:12, 24:11
**reason** [2] - 14:5, 18:3
**reasonable** [1] - 24:22
**receive** [1] - 9:20
**received** [2] - 3:10, 30:10
**receiving** [1] - 10:16
**recently** [1] - 14:8
**record** [1] - 32:7
**recorded** [1] - 1:25
**reexamine** [1] - 28:14
**referrals** [1] - 30:22
**regard** [1] - 13:8
**regarding** [4] - 5:1, 15:6, 22:2, 23:25
**rejoining** [1] - 26:22
**relate** [1] - 12:18
**related** [1] - 22:7
**remaining** [1] - 23:22
**remove** [1] - 29:20
**removed** [3] - 21:25, 29:22, 30:11
**reopen** [2] - 31:17, 31:19
**replies** [1] - 24:1
**reply** [9] - 4:6, 4:7, 6:4, 6:15, 23:6, 23:22, 25:15, 25:16, 26:4
**report** [4] - 12:2, 14:11, 16:8, 16:16
**Reporter** [1] - 1:23
**REPORTER** [3] - 3:6, 27:6, 27:9
**reporter** [2] - 3:8, 27:4
**Reporter/**
**Transcriber** [1] - 32:9
**reports** [25] - 12:1, 12:15, 12:17, 12:18, 12:19, 13:5, 13:11, 13:16, 13:17, 13:20, 13:21, 14:1, 14:24, 15:3, 16:1, 16:12, 16:23, 19:8, 19:17, 19:21, 19:24, 21:9, 21:16, 30:18
**represent** [2] - 20:1, 24:11
**representatives** [1] - 24:21
**represented** [2] - 19:25, 20:22
**request** [20] - 4:6, 4:7, 5:19, 5:23, 6:5, 6:13,

6:21, 11:8, 23:8, 24:5, 24:6, 24:7, 24:23, 25:22, 25:25, 26:2, 26:6, 26:10, 27:24, 28:19
**requested** [3] - 5:14, 5:15, 13:11
**requesting** [1] - 8:2
**requests** [1] - 25:24
**require** [3] - 9:19, 21:15, 24:8
**required** [1] - 17:11
**requirement** [1] - 17:11
**requires** [2] - 5:11, 9:11
**requiring** [1] - 19:7
**resolve** [1] - 7:21, 20:16
**resolved** [5] - 12:21, 12:22, 19:6, 27:14, 29:20
**resolves** [1] - 30:16
**resources** [1] - 16:19
**respect** [1] - 27:19
**respectfully** [2] - 4:24, 6:5
**respond** [8] - 5:18, 5:21, 6:1, 6:25, 12:24, 19:7, 22:17, 25:5
**responding** [1] - 25:5
**RESPONSE** [2] - 27:3, 32:2
**response** [3] - 5:19, 21:15, 28:12
**responsive** [1] - 19:17
**rest** [1] - 31:24
**restore** [1] - 5:22
**resulted** [1] - 25:23
**retail** [1] - 10:22
**returnable** [1] - 28:20
**review** [5] - 8:3, 8:5, 8:25, 9:7, 9:21
**Richer** [1] - 23:13
**RICHER** [5] - 2:11, 23:12, 23:17, 24:3, 24:19
**Ridley** [1] - 29:13
**Righteous** [1] - 28:17
**ripe** [2] - 7:1, 9:21
**risk** [1] - 26:3
**Rivera** [1] - 29:10
**RMR** [1] - 32:9
**Road** [1] - 2:7
**Robert** [1] - 30:3
**ROBERT** [1] - 1:10
**Roseland** [1] - 1:14
**rounder** [1] - 24:14
**Rule** [2] - 5:9, 17:10

**rules** [1] - 25:15
**ruling** [3] - 22:20, 22:21, 25:19
**Russell** [1] - 29:3

## S

**S-M-I-L-E-Y** [1] - 30:4
**Sandra** [1] - 29:3
**SARAH** [1] - 2:11
**Sarah** [1] - 11:13
**schedule** [2] - 13:9, 21:13
**scheduled** [1] - 16:10
**scheduling** [1] - 15:5
**scramble** [1] - 25:2
**se** [2] - 25:22, 26:2
**secure** [1] - 8:14
**see** [3] - 17:3, 19:20, 20:6
**seeing** [1] - 31:20
**seek** [1] - 24:4
**seeking** [2] - 5:4, 28:15
**send** [1] - 30:25
**sense** [2] - 17:4, 31:1
**sent** [3] - 16:8, 18:3, 19:21
**separate** [4] - 12:1, 15:14, 16:16, 18:22
**separately** [2] - 19:1, 21:16
**separating** [1] - 18:11
**serve** [2] - 13:20, 13:21
**served** [2] - 13:22, 16:23
**serving** [2] - 13:17, 14:1
**set** [2] - 13:9, 19:8
**seven** [1] - 29:23
**sever** [1] - 22:11
**SHAH** [8] - 2:14, 7:12, 7:16, 8:6, 8:12, 8:16, 8:20, 10:8
**Shah** [3] - 7:13, 7:14, 10:7
**sheets** [1] - 29:24
**shift** [1] - 29:1
**shifted** [1] - 29:17
**shortly** [1] - 26:24
**show** [5] - 27:12, 27:15, 28:15, 28:19, 28:25
**showing** [1] - 5:11
**shows** [1] - 25:25
**Shylaine** [1] - 29:25
**SHYLAINE** [1] - 29:25
**side** [1] - 9:1
**silo** [1] - 16:3

**similarly** [1] - 10:9
**simply** [3] - 5:20, 5:24, 5:25
**six** [2] - 5:20, 9:8
**size** [1] - 23:20
**SLATER** [24] - 1:12, 1:13, 3:17, 3:21, 3:23, 6:9, 9:4, 11:1, 12:10, 12:23, 13:1, 14:12, 14:15, 16:21, 17:19, 18:1, 19:18, 20:3, 21:7, 21:18, 22:19, 26:15, 31:5, 31:11
**Slater** [15] - 3:17, 3:20, 6:8, 10:25, 11:6, 12:10, 12:23, 16:8, 16:21, 17:25, 18:24, 21:6, 22:18, 25:4, 31:5
**slowed** [2] - 3:3, 3:4
**Smiley** [1] - 30:4
**Smith** [2] - 30:3, 30:10
**solely** [1] - 6:5
**solution** [1] - 18:20
**somewhere** [1] - 14:24
**sooner** [1] - 31:25
**sorry** [4] - 10:4, 11:18, 17:25, 25:11
**sort** [2] - 16:2, 18:19
**spaced** [1] - 23:20
**sparingly** [1] - 14:7
**SPECIAL** [1] - 1:9
**Special** [1] - 5:17
**specific** [8] - 15:15, 15:17, 20:22, 21:14, 22:14, 22:25, 23:3
**specifically** [3] - 11:3, 18:8, 20:14
**specified** [1] - 23:25
**spend** [1] - 16:18
**spilled** [1] - 25:17
**STANOCH** [2] - 1:16, 11:5
**Stanoch** [4] - 11:2, 11:5, 11:14, 11:23
**start** [1] - 31:20
**started** [1] - 3:9
**state** [1] - 24:21
**statement** [5] - 9:24, 10:9, 10:10, 10:13, 10:15
**STATES** [2] - 1:2, 1:10
**steering** [1] - 13:2
**stenography** [1] - 1:25
**step** [1] - 14:19
**Steve** [1] - 27:17
**STEVEN** [1] - 2:7

**Stevens** [1] - 8:19
**Stewart** [3] - 27:21, 28:1, 28:4
**still** [2] - 5:17, 21:10
**Stone** [2] - 27:13, 27:19
**stop** [3] - 13:25, 14:4, 18:6
**stopped** [1] - 14:6
**straighten** [1] - 7:25
**straightforward** [1] - 18:11
**streamlining** [1] - 14:21
**Street** [3] - 1:16, 2:4, 2:18
**stricken** [1] - 15:13
**struggling** [2] - 19:3
**submission** [2] - 6:10, 6:12
**submissions** [3] - 8:24, 9:9, 15:6
**submit** [6] - 9:14, 9:24, 10:10, 10:12, 10:14, 14:23
**submits** [1] - 9:15
**submitted** [2] - 6:24, 26:7
**subset** [2] - 15:2, 15:3
**successful** [1] - 25:8
**succinctly** [1] - 11:9
**sufficient** [2] - 21:19, 25:18
**suggest** [1] - 8:17
**suite** [1] - 2:19
**Suite** [5] - 1:16, 1:20, 2:7, 2:12, 2:15
**summary** [1] - 19:5
**summer** [1] - 31:24
**support** [1] - 21:5
**suppose** [4] - 16:25, 17:8, 21:11, 24:13
**sur** [3] - 23:6, 24:1, 25:16
**sur-replies** [1] - 24:1
**sur-reply** [2] - 23:6, 25:16
**syndrome** [1] - 22:8

## T

**T-H-O-R-N** [1] - 30:5
**technically** [1] - 30:25
**teleconference** [1] - 1:6
**TELECONFERENCE** [1] - 3:1
**terms** [1] - 12:18
**testimony** [1] - 31:22
**Teva** [2] - 2:8, 2:9

**THE** [3] - 1:2, 1:9, 1:10
**The Court** [62] - 3:3, 3:6, 3:7, 3:19, 4:9, 4:12, 4:17, 4:20, 4:22, 5:5, 5:8, 6:7, 6:10, 7:14, 7:25, 8:10, 8:14, 8:17, 8:21, 9:7, 9:17, 10:3, 10:6, 10:12, 10:19, 10:21, 11:11, 11:16, 11:18, 11:20, 11:25, 12:8, 12:13, 12:25, 14:10, 14:14, 14:16, 16:8, 16:9, 17:18, 17:24, 18:22, 19:19, 20:16, 21:3, 21:13, 21:19, 21:23, 22:16, 22:17, 22:23, 23:14, 24:2, 24:18, 25:4, 25:11, 25:20, 26:9, 26:19, 27:6, 27:9, 27:21
**theirs** [1] - 4:11
**themselves** [2] - 10:16, 20:6
**theories** [1] - 21:6
**they've** [1] - 19:25
**Third** [1] - 25:21
**third** [2] - 21:24, 22:6
**THOMAS** [1] - 1:9
**Thomas** [1] - 29:7
**thomas.vanaskie@ stevenslee.com** [1] - 8:21
**Thorn** [1] - 30:5
**THORNBURG** [1] - 2:10
**three** [7] - 23:9, 23:15, 23:16, 23:19, 24:7, 26:4, 31:17
**throw** [1] - 25:13
**tight** [3] - 6:20, 19:16, 20:19
**timing** [2] - 24:6, 24:10
**today** [9] - 3:8, 4:13, 8:22, 11:4, 12:7, 17:23, 26:21, 27:12, 31:4
**together** [1] - 11:15
**total** [1] - 23:16
**totally** [1] - 15:13
**towards** [1] - 17:2
**track** [2] - 15:15, 22:14
**transcript** [3] - 1:25, 25:8, 32:6
**transcription** [1] - 1:25
**transmission** [1] - 10:11

**transmit** [2] - 8:9, 8:12
**transmitted** [1] - 8:11
**TRAURIG** [1] - 2:6
**Traurig** [2] - 12:6, 27:18
**treat** [3] - 6:10, 21:14, 22:12
**treated** [1] - 20:21
**trial** [1] - 17:2
**trials** [1] - 31:18
**tried** [3] - 15:9, 18:18
**true** [2] - 21:11, 23:5
**try** [2] - 22:20, 26:14
**trying** [1] - 16:11
**two** [17] - 4:1, 4:2, 4:10, 5:14, 6:13, 7:6, 7:7, 12:1, 13:10, 13:12, 13:17, 13:22, 17:13, 19:7, 21:5, 28:21
**two-day** [2] - 4:2, 5:14

## U

**ULMER** [1] - 2:17
**unavoidable** [1] - 6:19
**under** [9] - 5:9, 6:23, 7:5, 19:15, 20:20, 23:21, 23:23, 24:24, 25:14
**understood** [1] - 21:18
**UNITED** [2] - 1:2, 1:10
**unless** [1] - 9:10
**unmanageable** [1] - 19:12
**unusual** [1] - 12:14
**up** [8] - 3:11, 13:9, 15:10, 24:9, 24:25, 26:19, 31:7, 31:8
**update** [2] - 29:18, 30:8
**USA** [1] - 2:9

## V

**VALSARTAN** [1] - 1:4
**Vanaskie** [2] - 12:5, 30:17
**VANASKIE** [1] - 1:9
**various** [1] - 15:10
**Various** [1] - 4:16
**vehemently** [1] - 14:7
**Velma** [1] - 29:14
**versus** [2] - 8:4, 9:6
**Via** [1] - 1:6
**VIA** [1] - 3:1
**Victoria** [1] - 12:6
**VICTORIA** [1] - 2:6
**view** [1] - 10:7

**Vine** [1] - 2:18
**voluntarily** [1] - 18:15

## W

**W-R-I-G-H-T** [1] - 29:15
**waiver** [1] - 5:1
**WALLACK** [1] - 2:14
**wants** [4] - 11:2, 14:4, 18:2, 31:1
**Washington** [1] - 26:21
**waterfront** [1] - 19:23
**Wednesday** [2] - 1:7, 10:15
**week** [4] - 8:7, 8:22, 25:3, 31:10
**week's** [1] - 25:3
**weeks** [1] - 13:11
**whereas** [1] - 22:1
**wholesaler** [3] - 10:22, 11:20, 11:22
**wholly** [1] - 15:7
**willingly** [1] - 18:14
**wishes** [1] - 6:3
**withdrawn** [1] - 9:8
**withheld** [1] - 7:5
**witness** [3] - 19:20, 19:24, 21:16
**witnesses** [2] - 19:11, 21:5
**Wolf** [1] - 12:3
**word** [1] - 14:7
**Worikeena** [1] - 28:16
**WORIKEENA** [1] - 28:17
**wrath** [1] - 26:3
**Wright** [1] - 29:14
**writing** [1] - 28:10

## Y

**Yankee** [1] - 31:8
**year** [1] - 14:13
**yesterday's** [1] - 27:13
**York** [1] - 2:16

## Z

**ZHP** [13] - 2:5, 4:8, 4:13, 4:15, 4:18, 4:23, 5:5, 5:7, 5:13, 5:18, 5:19, 6:4, 6:24
**ZHP's** [1] - 5:20

*United States District Court*
*Camden, New Jersey*