Beth S. Rose, Esq.
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000
*Attorneys for Defendant*
*Bryant Ranch Pre-Pack, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In re: Valsartan Products Liability Litigation** | MDL No. 2875 |
| | Civil Action No. 19-2875 (RBK/JS) |
| | *(Document Electronically Filed)* |
| This document relates to: *All Cases* | |

**DEFENDANT BRYANT RANCH PRE-PACK, INC.'s**
**LOCAL RULE 7.1.1 DISCLOSURE STATEMENT**

Pursuant To Local Rule 7.1.1, Defendant Bryant Ranch Pre-Pack, Inc. ( "BRP"), hereby discloses that there is no other person or entity that is not a party and is providing funding for some or all of BRP's attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for: (1) a contingent financial interest based upon the results of the litigation; or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

                                                   **SILLS CUMMIS & GROSS P.C.**
                                                   *Attorneys for Defendant*
                                                   *Bryant Ranch Pre-Pack, Inc.*

                                         By:    */s/ Beth S. Rose*
                                                       BETH S. ROSE

Dated: July 29, 2021