# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 2875<br><br>Local Civil Rule 7.1.1 Statement |

Defendant Express Scripts, Inc. hereby files this statement pursuant to Local Civil Rule 7.1.1 and discloses that no person or entity that is not a party to the above captioned litigation is providing funding for some or all of the attorneys' fees and expense for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: July 29, 2021

/s/ A. James Spung
Matthew D. Knepper
A. James Spung
Sarah L. Zimmerman
Tanner Cook
Maysa Daoud
HUSCH BLACKWELL LLP
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
matt.knepper@huscbhaclwell.com
james.spung@huschblakwell.com
sarah.zimmerman@huschblackwell.com
tanner.cook@huschblbackwell.com
maysa.daoud@huschblackwell.com

*Attorney for Defendant Express Scripts, Inc.,*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing document to be electronically served through the Court's CM/ECF system on all users registered with that system on July 29, 2021.

    /s/  A. James Spung