## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LIGITATION | Docket No. 19-md-2875-RBK-KMW<br><br>Honorable: Robert B. Kugler |

### RULE 7.1.1(a) DISCLOSURE STATEMENT

PLEASE TAKE NOTICE that pursuant to Local Rule 7.1.1, Defendants Hetero Drugs Ltd. and Hetero Labs Ltd. are not receiving funding for some or all of the attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Respectfully submitted,
**HILL WALLACK LLP**

By:   */s/ Eric I. Abraham*
         ERIC I. ABRAHAM
         21 Roszel Road
         Princeton, New Jersey 08540
         (609) 924-0808

Dated: July 29, 2021

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was electronically filed.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's CM/ECF system.


Date: July 29, 2021                                     /s/ *Eric I. Abraham*
                                                        ERIC I. ABRAHAM