### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN DIVISION

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | No. 1:19-md-2875-RBK<br>Hon. Robert B. Kugler<br>Hon. Karen M. Williams<br><br>(Document Filed Electronically) |

### RULE 7.1.1(A) DISCLOSURE STATEMENT

Defendant Rite Aid Corporation hereby notifies the Court, pursuant to Local Rule 7.1.1(a), that there is no person or entity not a party to this action providing funding for any portion of Rite Aid Corporation's attorneys' fees or expenses of litigation in exchange for a contingent financial interest based upon the results of the litigation or a non-monetary result that is not in the nature of a personal or bank loan or insurance.

Dated: July 29, 2021

Respectfully submitted,

*/s/ Kara Kapke*
Sarah E. Johnston
Kara Kapke
Kristen L. Richer
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 231-6491
*Counsel for Rite Aid Corporation*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 29, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

                                           */s/ Kara Kapke*
                                           Kara Kapke