IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| In re: Valsartan Products Liability Litigation<br><br>This document relates to:<br><br>Richard Gonteski. | MDL No. 2875<br><br>Docket No. 1:18-cv-14858-RBK-KMW |

**RULE 7.1.1(a) DISCLOSURE STATEMENT**

Plaintiff, Richard Gonteski and Miller Shah, LLP, hereby notifies the Court, pursuant to Local Rule 7.1.1.(a), that there is no person or entity not a party to this action providing funding for any portion of the Plaintiff's attorney's fees or expenses of litigation in exchange for a contingent financial interest based upon the results of the litigation or a non-monetary result that is not in the nature of a personal or bank loan or insurance.

Dated: July 29, 2021                                Respectfully submitted,

/s/ James C. Shah
James C. Shah
MILLER SHAH LLP
2 Hudson Place, Suite 100
Hoboken, NJ 07030
Philadelphia, PA 19103
Tel: (866) 540-5505
Fax: (866) 300-7367
jcshah@millershah.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2021, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ James C. Shah*
James C. Shah
