**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler<br>Hon. Joel Schneider |

## <u>LOCAL CIVIL RULE 7.1.1 STATEMENT OF MACLEODS PHARMA USA. INC.</u>

Defendant Macleods Pharma USA, Inc. ("Macleods") hereby files this statement pursuant to Local Civil Rule 7.1.1 of the United States District Court for the District of New Jersey. Macleods discloses that no person or entity that is not a party to the above-captioned litigation is providing funding for some or all of the attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for the following: (1) a contingent financial interest based upon the results of the litigation; or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: July 29, 2021

BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP

 */s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (NJ #173442015)
Noelle B. Torrice (NJ # 079132013)
Continental Plaza II
411 Hackensack Ave., 3rd Fl.
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com
        ntorrice@beneschlaw.com

*Counsel for Macleods Pharma USA, Inc.*