# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | | |
|---|---|---|
| IN RE: VALSARTAN LOSARTAN, and IRBESARTAN PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 19-2875 (RBK/KW) |
| This Order Relates to all Cases | : | [PROPOSED] ORDER |

## SPECIAL MASTER ORDER NO. 33

Pursuant to Special Master Order No. 18, Defendants may file surreply briefs no later than August 2, 2021 in opposition to Plaintiffs' Motion for Leave to Amend Master Complaints (Doc. 1148).

**NOW, this 29th day of July, 2021,** in accordance with the rulings made on the record during the July 28, 2021 case management conference and for the reasons set forth during the conference, **IT IS HEREBY ORDERED** that the Manufacturer Defendants, the Wholesaler Defendants, and the Pharmacy Defendants may each have up to eighteen (18) pages for their respective surreply briefs. Other than the page limitation, the surreply briefs shall be filed in accordance with Local Rules.

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master
