UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: Valsartan, Losartan, and Irbesartan Products Liability Litigation** | MDL Docket No: 2875 |
| | **No. 1:19-md-2875-RBK** |
| **This Document Relates to:** Case No. 1:20-cv-02188-RBK-KMW | Hon. Robert B. Kugler |
| **Plaintiff, Debra S. Bonventre** | Hon: Karen M. Williams |

### PLAINTIFF'S STATEMENT PURSUANT TO L. CIV. R. 7.1.1

Plaintiff, DEBRA S. BONVENTRE, individually and on behalf of the Estate of STEVEN BONVENTRE, submits the following information pursuant to L. Civ. R. 7.1.1:

1. The identity of the funder(s), including the name, address, and if a legal entity, its place of formation.

Plaintiff is not receiving any funding of attorneys' fees and expenses in exchange for either (1) contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan or insurance.

2. Whether the funder's approval is necessary for litigation decisions or settlement decisions in the action and if the answer is in the affirmative, the nature of the terms and conditions relating to that approval.

Not applicable.

3. A brief description of the nature of the financial interest.

Not applicable.

Dated: July 30, 2021

        Respectfully submitted,

        BY: **/s/ Wyatt J. Berkover**
            Wyatt J. Berkover, Esquire
            Vogelzang Law, P.C.
            401 N. Michigan Ave., Suite 350
            Chicago, IL 60611
            (312) 466-1669
            filings@vogelzanglaw.com

        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 30, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ Wyatt J. Berkover
Wyatt J. Berkover