UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen Williams Magistrate Judge |

**RULE 7.1.1(a) DISCLOSURE STATEMENT**
**FOR DEFENDANT CARDINAL HEALTH, INC.**

Defendant Cardinal Health, Inc. hereby notifies the Court, pursuant to Local Rule 7.1.1(a), that there is no person or entity not a party to this action providing funding for any portion of Cardinal Health, Inc.'s attorneys' fees or expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan or insurance.

Dated: July 30, 2021

Respectfully submitted,

/s/ *Daniel T. Campbell*
Daniel T. Campbell
Marie S. Dennis
CROWELL & MORING
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Tel.: (202) 624-1000
Fax: (202) 628-5116
Email: dcampbell@crowell.com
Email: mdennis@crowell.com
*Counsel for Cardinal Health, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2021, I filed the foregoing RULE 7.1.1(a) DISCLOSURE STATEMENT electronically through the CM/ECF system, which will send notice of filing to all CM/ECF participants.

/s/ *Daniel T. Campbell*
Daniel T. Campbell