UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

-------------------------------------------------------------------X   MDL Docket No. 2875
IN RE: VALSARTAN, LOSARTAN, AND
IRBESARTAN PRODUCTS LIABILITY           Case No.:
LITIGATION                                                1:19-md-2875-RBK

THIS DOCUMENT RELATES TO:              Hon. Robert B. Kugler
*Aikens v. Prinston Pharmaceutical Inc., et. al*      Hon Karen M. Williams
*Case No.: 1:20-cv-05187-RBK-JS*
-------------------------------------------------------------------X

## PLAINTIFF'S STATEMENT PURSUANT TO L. CIV. R. 7.1.1.

Plaintiff THOMAS AIKENS, submits the following information pursuant to L. Civ R. 7.11:

1. The identity of the funder(s), including the name, address and if a legal entity, its place of formation.

Plaintiff is not receiving any funding of attorneys' fees and expenses in exchange for either (1) contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan or insurance.

2. Whether the funder's approval is necessary for litigation decisions or settlement decisions in the action and if the answer is in the affirmative, the nature of the terms and conditions relating to that approval.

Not applicable.

3. A brief description of the nature of the financial interest.

Not applicable.

Dated: New York, New York
July 30, 2021

        Yours, etc.,

        **LAW OFFICES OF HENRY SCHWARTZ**

        /s/
        By:    Henry Schwartz, Esq.
        Attorney for Plaintiff
        THOMAS AIKENS
        32 Court Street, Suite 908
        Brooklyn, NY 11201
        (718) 222-3118
        hschwartz@henryschwartzlaw.com

## CERTIFCATE OF SERVICE

**I HEREBY CERTIFY** that on July 30, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends and electronic notification to all counsel of record and other CM/ECF participants

/s/
Henry Schwartz, Esq.