IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | No. 19-md-2875-RBK-KW<br><br>Honorable Robert Kugler<br>Magistrate Karen Williams<br>Special Master Thomas Vanaskie<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on July 30, 2021, a true and correct copy of Plaintiffs' reply brief in support of motion for sanctions for Defendant ZHP's obstruction and failure to provide responsive deposition testimony was sent via e-mail to Judge Vanaskie, Plaintiffs' executive committee, and Defendants' leadership, and was not filed on the ECF system, pursuant to the terms of the protective order.

Dated: July 30, 2021.

                                              Respectfully Submitted,

                                              Adam M. Slater (NJ Bar 046211993)
                                              MAZIE SLATER KATZ & FREEMAN, LLC
                                              103 Eisenhower Parkway, 2nd Floor
                                              Roseland, New Jersey 07068
                                              Tel.: 973-228-9898
                                              Fax: 973-228-0303
                                              aslater@mazieslater.com
                                              *Attorneys for Plaintiffs*