# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No.: 19-02875 (RBK/KMW) |

## WITHDRAWAL OF APPEARANCE

The undersigned withdraws his appearance in the above-captioned matter on behalf of Defendants Huahai U.S. Inc., Prinston Pharmaceutical Inc., Solco Healthcare U.S., LLC, and Zhejiang Huahai Pharmaceutical Co., Ltd.

Dated: August 2, 2021

*s/ Forrest Hansen*
Forrest Hansen (PA Bar No. 206513)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Tel: (215) 979-1524
Fax: (215) 827-5564
Email: FRHansen@duanemorris.com

*Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc.*