## CERTIFICATE OF SERVICE

      I hereby certify that on August 2, 2021, I electronically filed the foregoing Withdrawal of Appearance with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*s/ Forrest Hansen*
Forrest Hansen

DM1\12263744.1