UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | : HON. ROBERT B. KUGLER<br>:<br>: MASTER DOCKET NUMBER<br>: Civil No. 1:19-md-02875-RBK-JS<br>: |
| This Document Relates to All Actions | : |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Emily S. Prem of the law firm Ulmer & Berne LLP hereby withdrawals her appearance as counsel for Defendant AmerisourceBergen Corporation in the above-captioned action. Counsel respectfully requests removal from all service lists.

PLEASE TAKE FURTHER NOTICE that Defendant AmerisourceBergen Corporation will continue to be represented by Jeffrey Geoppinger of Ulmer & Berne LLP.

Dated: August 2, 2021

*/s/ Emily S. Prem*
Emily S. Prem
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5210
Fax: (513) 698-5211
Email: eprem@ulmer.com

*Counsel for AmerisourceBergen Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 2, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ECF participants.

                                                */s/ Emily S. Prem*
                                                Emily S. Prem