IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| In re: Valsartan Products Liability Litigation<br><br>_____<br><br>**This document relates to:**<br><br>**Plaintiff, Natalie Cortez** | MDL No.: 2875<br><br>No. 1:19-md-2875-RBK<br><br>Hon. Robert B. Kugler<br><br>Hon. Karen M. Williams |

**PLAINTIFF'S STATEMENT PURSUANT TO L. CIV. R. 7.1.1**

Plaintiff, Natalie Cortez, submits the following information pursuant to L. Civ. R. 7.1.1:

1. Plaintiff is not receiving any funding of attorneys' fees and expenses in exchange for either (1) contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan or insurance.

2. As set forth in Paragraph 1, Plaintiff is not receiving any third-party funding of attorneys' fees and expenses, therefore no funder approval is necessary for litigation decisions or settlement decisions in the action.

Dated: August 2, 2021

**POWELL, KUGELMAN & POSTELL, LLC**

_____
Joanna L. Crosby, Esq.
Powell, Kugelman & Postell, LLC
131 White Oak Lane
Old Bridge, NJ 08857
Tel:   732-679-3777
Fax:  732-679-6433
Jcrosby@lawppl.com