# Exhibit B

# ZJHH (2016)

**Baohua Chen** (CEO, board of director)

## R&D

**Shanghai Kesheng Drug Development Co., Ltd.** (69 people)
- API development  CEO-BaohuaChen
- Hong Gu*1 (General manager)

**Shanghai Huahuituo Pharmaceutical Technology Co., Ltd** (25 people)
- Small molecule new drug development  CEO-BaohuaChen
- Jiang Ge*2  General manager

**Prinbury Biopharm Co., Ltd** (75 people)
- Jun Du CEO

**研究院 R&D Department** (260 people)
- 仿制药研发
- Min Li*3 (Vice President)
- Jiangbin Hu*4 (Vice President)

**Prinston Pharmaceutical Inc** (37 people)
- Jun Du CEO
- Linhong Lin*5 Associate Director
- Jiangbin Hu*6 (Vice President)

## Registration

**Registration Department** (35 people)
- API and finished Dosage registration and submission
- Shiwen Zhang  Director of operation

## Manufacture

**Xunqiao Manufacture Facility** (860 people)
- API manufacture
- Lijing Jiang (VP and director of operation, west facility)

**Chuannan Manufacture Facility** (1959 people)
- API Manufacture
- Peng Wang  Director of operation, west facility)

**Finished Dosage Manufacture facility** (669 people)
- Finish Dosage Manufacture
- Qimao Cheng *7  VP, Director of Operation)

## Sale

**Huahai US Inc.** (16 people)
- Jun Du CEO

**Solco Healthcare LLC** (10)
- Jun Du CEO
- Jie Wang, VP of sales, API sales for India and US Market
- Mingda Cai, VP of sales, API and finished dosage for European)
- Jenney Zhu, Director

**Sales Department** (65人)
- API and finished dosage

**International Department** (8人) finished dosage sales for U.S.

**Finance Department** (36 people)
- Mei Zhang, CFO

**Investment department** (2 people)
- Yonghua Zhu (VP, Secretary of the Board)

**Quality Control Department** (10 people)
- Xiaochun Ye (VP, Director of quality control)

**Environment Protect Department** (19 people)
- LIjing Jiang (Vice President)

图标：
- ▭ Subsidiary
- ▭ Division (dashed)
- ▭ Department (dashed)

备注：相关主要研发人员的职责描述
*1：负责API研发
*2：负责小分子新药研发
*3：负责原料药质量控制、高等分析技术中心
*4：负责仿制药制剂研发、产品中试、质量标准制定
*5：负责API注册
*6：负责制剂注册

CONFIDENTIAL INFORMATION                                                                                                     ZHP00076708

备注：**R&D related description of role and responsibilities**
*1：负责API研发 – Responsible for API development
*2：负责小分子新药研发 – Responsible for small molecule new drug development – Not related to US product
*3：负责原料药质量控制、高等分析技术中心-Responsible for quality control of API, high analytical technology
*4：负责仿制药制剂研发、产品中试、质量标准制定 – Responsible for the generic pharmaceutical preparations, product testing, setting quality standard –Not related to US Product
*5：负责API注册 –Responsible for API registration
*6：负责制剂注册 – Responsible for finished dosage-not related to US product
*7: Includes **two R&D departments (Tech and quality control development) to work with US R&D to perform scale up and tech transfer analytical research and development**

Note: All the VP or directors are reported to Baohua Cheng Directly

CONFIDENTIAL INFORMATION                                                                                                      ZHP00076709