# Exhibits C-E

ZHP has designated Exhibits C through E as confidential; however, the documents are currently subject to the Parties' briefing of ZHP's waiver of their confidentiality. Pending the Court's decision on ZHP's waiver, in accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibits to the Court directly via email for its in camera review.