# Exhibits M-T

ZHP has designated Exhibits M through T as confidential. With the exception of Exhibit M, which the Court has ruled is confidential, the Parties have briefed the issue of whether ZHP has waived these designations. Pending the Court's decision on ZHP's waiver, in accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibits to the Court directly via email for its in camera review.