# Exhibits W-II

      ZHP has designated Exhibits W through AA and DD through II as confidential. Teva has done the same for Exhibits Z, BB, and CC. The Parties have briefed the prior waiver of these designations. Pending the Court decision on this waiver, in accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibits to the Court directly via email for its in camera review.