Exhibit JJ

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
 2                      CAMDEN VICINAGE
 3

       ****************************
 4     IN RE: VALSARTAN, LOSARTAN,    MDL No. 2875
       AND IRBESARTAN PRODUCTS
 5     LIABILITY LITIGATION           Civil No.
                                      19-2875
 6     ****************************   (RBK/JS)
       THIS DOCUMENT APPLIES TO ALL
 7     CASES                          HON ROBERT B.
                                      KUGLER
 8     ****************************
 9              - CONFIDENTIAL INFORMATION -
                SUBJECT TO PROTECTIVE ORDER
10
11
12              Remote Videotaped via Zoom
13     Deposition of JIE WANG, commencing at 7:01
14     a.m. China Standard Time, on the 18th of May,
15     2021, before Maureen O'Connor Pollard,
16     Registered Diplomate Reporter, Realtime
17     Systems Administrator, Certified Shorthand
18     Reporter.
19
20                       - - -
21
                    GOLKOW LITIGATION SERVICES
22            877.370.3377 ph | 917.591.5672 fax
                       deps@golkow.com
23
24
```

Confidential Information Subject to Protective Order

```
 1   that notified you?
 2        A.    It is -- it's the admin office
 3   or the -- yeah, the corporate office of ZHP.
 4        Q.    Was it Maggie Kong?
 5        A.    Yes, correct.
 6        Q.    And did she send you an e-mail
 7   to notify you that you would have your
 8   deposition taken?
 9        A.    I think so, yes.
10        Q.    And after you learned that you
11   were going to have your deposition taken, did
12   you speak with any of your colleagues at ZHP
13   about having your deposition taken?
14        A.    Yes, I have.
15        Q.    And who did you speak with?
16        A.    I remember there were quite a
17   few.
18        Q.    Okay.
19        A.    Yeah.
20        Q.    And so why don't you start from
21   the beginning and tell me, if you can
22   remember, who are the folks that you spoke
23   with?
24        A.    Okay.  Let me try to recall the
```

```
 1    main persons.
 2              I spoke with Karen Xu.  I spoke
 3    with Qimao Chen.
 4         Q.   And let me stop you there.
 5              Qimao Chen, was that the name
 6    that you mentioned?
 7         A.   Yes.
 8         Q.   And what department does he or
 9    she work in?
10         A.   This is a gentlemen.  He is
11    the -- one of the vice presidents of ZHP
12    responsible for finished dose division.
13         Q.   Okay.  And Karen Xu, what
14    department does she work in?
15         A.   She works in the marketing and
16    sales department of API with ZHP.
17         Q.   Okay.  And aside from those two
18    people, who else did you speak with?
19         A.   I spoke with Ms. Qian, Q-I-A-N.
20    She is a director with the finance department
21    of ZHP.
22         Q.   Okay.  Who else?
23         A.   There was also Wang Cheng,
24    Mr. Cheng, C-H-E-N-G.  He's with the
```

```
 1   corporate quality assurance of ZHP.
 2         Q.     Anyone else that you can
 3   remember?
 4         A.     I also spoke with Jonson Zhong,
 5   Z-H-O-N-G.  He's the director of the
 6   marketing and sales of API with ZHP for
 7   India.
 8         Q.     Okay.  Is that it?
 9         A.     There are a couple of more.  I
10   don't remember -- yeah, I mean, there are a
11   couple of more.  I -- yeah, those are the
12   main persons.
13         Q.     Okay.  Did you ever speak with
14   Baohua Chen?
15         A.     No, I have not.
16         Q.     Okay.  And what were the
17   purposes of the discussions that you've had
18   with the individuals that you just named?
19         A.     I was having a conversation
20   with them in order to learn something as a
21   part of the preparation for this deposition.
22         Q.     Are you referring to the topics
23   that you were designated to speak on that
24   were identified in Exhibit A?
```

```
1    June 19, 2018 an appointment for a Skype
2    meeting to occur on June 22, 2018.
3         A.    Okay.
4         Q.    And then underneath that he
5    has -- he indicates, you know, "Follow up on
6    last week call with minutes attached."
7               Do you see that?
8         A.    Okay.  Yes, I do see it.  Okay.
9         Q.    And then under that it says,
10   "Dear Cai and Novartis colleagues, Following
11   are the minutes and actions agreed from
12   meeting held on 15 Jun 2018 between Novartis
13   management and Huahai management with regards
14   to Valsartan API impurity issue."  And then
15   in parentheses it says "(Huahai)."
16              And then after that it says,
17   "Cai, please share these with your CEO and
18   management team as appropriate."
19              The CEO of ZHP at the time that
20   this e-mail was sent was Baohua Chen,
21   correct?
22        A.    If he was referring as the
23   president, because we -- Baohua Chen is the
24   president of ZHP.
```