# Exhibit KK

ZHP has designated Exhibit KK as confidential. Plaintiffs have attached this exhibit to prior filings, and ZHP has informed Plaintiffs that it intends to file a motion to seal this exhibit. In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibit to the Court directly via email for its in camera review.