# Exhibit LL

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
 2                       CAMDEN VICINAGE
 3

     ******************************
 4   IN RE: VALSARTAN, LOSARTAN,    MDL No. 2875
     AND IRBESARTAN PRODUCTS
 5   LIABILITY LITIGATION           Civil No.
                                    19-2875
 6   ******************************  (RBK/JS)
     THIS DOCUMENT APPLIES TO ALL
 7   CASES                          HON ROBERT B.
                                    KUGLER
 8   ******************************
 9            - CONFIDENTIAL INFORMATION -
                SUBJECT TO PROTECTIVE ORDER
10
11
12            Remote Videotaped via Zoom
13   Deposition of MI (KAREN) XU, commencing at
14   7:02 a.m. China Standard Time, on the 21st of
15   May, 2021, before Maureen O'Connor Pollard,
16   Registered Diplomate Reporter, Realtime
17   Systems Administrator, Certified Shorthand
18   Reporter.
19
20                      - - -
21
                 GOLKOW LITIGATION SERVICES
22          877.370.3377 ph | 917.591.5672 fax
                     deps@golkow.com
23
24
```

```
 1   the authorities was necessary.
 2   BY MS. HILTON:
 3       Q.    If we look at number 5, and
 4   number 5 appears to discuss potential
 5   compensation, or, as you would refer to it,
 6   settlement, and it refers to someone named
 7   "Discuss with Chen & Chen."
 8             To the best of your knowledge,
 9   who are Chen & Chen when used as such?
10       A.    I'm not sure.  That is because
11   I can't even confirm who generated this
12   document.
13             Judging by the choice of words
14   and the format of this document, I can tell
15   that it is a draft, an unofficial document;
16   therefore, I am afraid I cannot respond to
17   your question.
18       Q.    So you don't know if "Chen &
19   Chen" refers to Baohua Chen, the president of
20   the company?
21             MS. BONNER:  Objection.
22       A.    At least judging from the
23   context, I cannot draw such a conclusion.
24                    ///
```