# Exhibit MM

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
 2                       CAMDEN VICINAGE
                            -   -   -
 3

    IN RE:  VALSARTAN,          :   MDL NO. 2875
 4  LOSARTAN, AND               :
    IRBESARTAN PRODUCTS         :   CIVIL NO.
 5  LIABILITY LITIGATION        :   19-2875
    _____ :   (RBK/JS)
 6                              :
    THIS DOCUMENT APPLIES       :   HON. ROBERT
 7  TO ALL CASES                :   B. KUGLER
 8          - CONFIDENTIAL INFORMATION -
              SUBJECT TO PROTECTIVE ORDER
 9
                          VOLUME I
10
                            -   -   -
11
                        May 27, 2021
12
                            -   -   -
13
14         Videotaped remote deposition of
    JUN DU, taken pursuant to notice, was
15  held via Zoom Videoconference, beginning
    at 9:16 a.m., EST, on the above date,
16  before Michelle L. Gray, a Registered
    Professional Reporter, Certified
17  Shorthand Reporter, Certified Realtime
    Reporter, and Notary Public.
18
19                          -   -   -
20
              GOLKOW LITIGATION SERVICES
21       877.370.3377 ph | 917.591.5672 fax
                     deps@golkow.com
22
23
24
```

Confidential Information Subject to Protective Order

1    Q.    Do you have an office in
2    China, at any of ZHP's offices in China?
3    A.    No, I don't.
4    Q.    Do you have a laptop
5    computer?
6    A.    That is correct, I do.
7    Q.    Do you use the laptop for
8    work?
9    A.    That is correct.  I do use
10   my personal laptop computer for work.
11   Q.    Was that laptop -- rephrase.
12         What brand of laptop is it?
13   A.    It is an Apple MacBook.
14   Q.    How long have you had that
15   laptop?
16   A.    I believe I have been using
17   it since 2015 also.  I do not recall the
18   exact year.
19   Q.    Was that laptop provided to
20   the third party that swept the --
21   rephrase.
22         Was that laptop provided to
23   the third party so the documents and
24   information could be provided to us?

Confidential Information Subject to Protective Order

```
 1                   After such an audit was
 2   complete, then my title as such, or my
 3   assignment, would be considered complete.
 4         Q.    When was that?
 5         A.    Those were merely interim
 6   assignments.  Whenever Baohua Chen as the
 7   general manager was unavailable, someone
 8   was needed for the coordination.
 9         Q.    When were those interim
10   assignments as you've described them?
11         A.    I did not catch the first
12   word of your question.
13         Q.    When were those interim
14   assignments as you described them?
15         A.    More specifically, those
16   assignments were during the audits
17   conducted by either the FDA or the
18   European Union.  Since there were many
19   audits conducted by the FDA in the past,
20   I cannot tell you the specific dates for
21   each of such assignments.
22         Q.    Was one of those assignments
23   in July and August of 2018?
24         A.    That is correct.
```

```
 1        Zoom --
 2             MR. SLATER:  Can we get that
 3   up on the screen please.  Great.
 4             This is 430.  This may have
 5   been marked in other depositions.
 6   I don't want to overlap.  I don't
 7   want to make a mistake.  We'll
 8   call it Exhibit 430.
 9             THE WITNESS:  Can you just
10   give me a second to review this
11   document quickly?
12             MR. SLATER:  Again, for my
13   team, let's just keep track of the
14   time and then we'll see how long
15   it goes.  And if there's an issue
16   later, please.
17             THE WITNESS:  I'm done.
18   BY MR. SLATER:
19        Q.   Exhibit 430 is a letter that
20   you wrote to the FDA in your capacity as
21   executive vice president of ZHP, correct?
22        A.   I did not write this letter.
23        Q.   Exhibit 430 is a letter that
24   you signed in your capacity as executive
```

```
 1  vice president of ZHP, correct?
 2       A.    That is correct.  I signed
 3  this letter on behalf of ZHP.
 4       Q.    Did you read the letter
 5  before you signed it?
 6       A.    I did not completely review
 7  this letter.  This letter was completed
 8  by the QA department, QC department,
 9  technology department, and analytical
10  department of ZHP.  As the contact person
11  for the FDA, I signed this letter on
12  behalf of our company.
13       Q.    When you say you did not
14  completely review this letter, is it your
15  testimony that before you signed the
16  letter, which you knew was going to the
17  FDA, you didn't read the entire letter?
18       A.    That is correct, I did not.
19             I trust in the professional
20  expertise of our team.  Besides, I did
21  not have the GMP knowledge at that time.
22       Q.    Do you know who specifically
23  wrote this letter, what people?
24       A.    As in my prior statement it
```

```
 1   was the QA department, QC department,
 2   technology department, and the
 3   manufacturing department was their
 4   related stuff.
 5          Q.    Do you know which specific
 6   people wrote the letter, not what
 7   departments, but which specific people?
 8          A.    I believe I know the leader
 9   or leaders of their team.
10          Q.    Do you know which specific
11   people wrote this letter?
12          A.    For the QA team, the leader
13   was Jucai Ge, spelled as J-U-C-A-I, last
14   name G-E.  For the QC team, their leader
15   for Min Li, M-I-N, last name L-I, and
16   Qiangming Li, spelled as
17   Q-I-A-N-G-M-I-N-G, last name L-I.  For
18   the regulatory affairs team, the leader
19   was Linda Lin.  And the technology and
20   manufacturing team, the leader was Peng
21   Dong spelled as P-E-N-G, last name
22   D-O-N-G.
23          Q.    Before you signed this
24   letter, did you ask those people if the
```

1  letter was fully accurate?
2      A.   When I was signing this
3  letter, I asked them whether all the 483
4  related materials were complete and the
5  answer was affirmative.
6      Q.   This letter was sent to the
7  FDA as a response to the FDA 483
8  observations from the July 23rd to
9  August 3, 2018 inspection, correct?
10     A.   That is correct.
11     Q.   That inspection resulted
12 from the disclosure to the FDA that there
13 was NDMA in ZHP's valsartan API, correct?
14          MR. GOLDBERG:  Objection to
15      form.  Speculation.
16          THE INTERPRETER:  The
17      interpreter would like to clarify
18      with the witness.
19          THE WITNESS:  This FDA
20      on-site inspection is a so-called
21      for-cause inspection.
22 BY MR. SLATER:
23     Q.   The cause was the disclosure
24 to the FDA that there was NDMA in ZHP's