# Exhibit OO

```
 1         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
 2                    CAMDEN VICINAGE
 3

     ****************************
 4   IN RE:  VALSARTAN, LOSARTAN,        MDL No. 2875
     AND IRBESARTAN PRODUCTS
 5   LIABILITY LITIGATION                Civil No.
                                         19-2875.
 6   ****************************        (RBK/JS)
     THIS DOCUMENT APPLIES TO ALL
 7   CASES                               HON ROBERT B.
                                         KUGLER
 8   ****************************
 9          - CONFIDENTIAL INFORMATION -
              SUBJECT TO PROTECTIVE ORDER
10
11         VIDEOTAPED DEPOSITION OF JUCAI GE
                    APRIL 30, 2021
12                    VOLUME IV
13
14         Continuation of the Remote Videotaped via
15   Zoom Deposition of JUCAI GE, commencing at 7:23 a.m.
16   China Standard Time, on the 30th of April, 2021,
17   before Juliana F. Zajicek, Registered Professional
18   Reporter, Certified Shorthand Reporter and Certified
19   Realtime Reporter.
20
21                        - - -
22
                   GOLKOW LITIGATION SERVICES
23          877.370.3377 ph | 917.591.5672 fax
                      deps@golkow.com
24
```

Confidential Information Subject to Protective Order

```
 1              For the NDMA impurity investigation,
 2   Mr. Chen never got involved in the root cause
 3   analysis, root cause investigation or creation of the
 4   deviation report.  He never got involved.  All he
 5   knows is from the reports we provided to him.
 6         MR. GOLDBERG:  Thank you.  I have no further
 7   questions.
 8         MS. HILTON:  I have some follow-up questions.
 9                    FURTHER EXAMINATION
10   BY MS. HILTON:
11      Q.   Ms. Ge, you just testified that all of the
12   chairman of the company, Baozhen Chen, knows is from
13   the reports we provided to him.
14           How do you begin to purport to know what
15   knowledge Mr. Chen has about NDMA?
16      A.   He organized a meeting or meetings on the
17   topic of NDMA in valsartan.  He did organize such a
18   meeting or meetings.
19      Q.   So --
20      A.   During the meeting we all reported or all
21   of the departments reported to him regarding the
22   progress of the investigation and -- and -- and other
23   information.
24      Q.   During the meetings, what did Mr. Chen say
```

Confidential Information Subject to Protective Order

```
 1   to you?
 2       A.    I can't describe to you the gist of his
 3   statement to you.  I cannot recall the original
 4   wording of his and I cannot recall which meeting he
 5   made such statements in.
 6       Q.    But for Mr. Goldberg, you were able to
 7   definitively state that -- that all that Mr. Chen knew
 8   was from the reports that were provided to him.  So if
 9   you were able to definitively make that statement with
10   respect to Mr. Goldberg's question about these
11   meetings, I -- I would like you to at least try to
12   remember what it was that Mr. Chen said during those
13   meetings that made you so sure that that was the level
14   of Mr. Chen's knowledge about NDMA?
15       A.    He would always tell us to conduct
16   investigations in compliance of the requirements of
17   the GMP.  He also asked the QC department to work with
18   the QA department for the investigation as much as
19   possible.  He also asked the QC department whether
20   there is enough GC-MS equipment and do -- does the QC
21   have to buy more.  If so, the GC-MS shall be purchased
22   according to QC department's plan.
23              So it's pretty much about it, all
24   regarding the management aspect.
```

Confidential Information Subject to Protective Order

```
 1        Q.    Please give me your best estimate as to
 2   how many meetings you participated in with Mr. Chen
 3   regarding NDMA?
 4        A.    I don't remember exactly how many times.
 5        Q.    Give me your best estimate.
 6        A.    My estimate would not be that accurate.
 7   Is that okay?
 8        Q.    Yes.
 9        A.    Well, I would just provide a rough
10   estimate.
11        Q.    Yes, please pro -- provide it right now.
12        A.    For all kinds of meetings where NDMA was
13   mentioned, I believe it's five meetings also.
14        Q.    Okay.  Who attended these roughly five
15   meetings with Mr. Chen regarding NDMA?
16        A.    I don't recall who specifically those
17   attendees were, but typically I would attend for the
18   meetings I was there and a QP would be there, people
19   from QC would be there.  So it's pretty much people
20   from those department, although the attendees would
21   vary.  They would be there to follow up with the
22   progress and sometimes vice president Min Li --
23   spelled as M-i-n, last name L-i -- would also be
24   there, but I don't recall specific attendees.
```

```
 1        Q.    Did you take notes during these
 2   approximately five meetings with Mr. Chen?
 3        A.    There was nothing to take notes for.  I
 4   never take notes.  All he said was, Hey, hurry up or
 5   do it according to the GMP requirement.  It's nothing
 6   worth taking notes for.
 7        Q.    Did anyone ever tell Mr. Chen, No need to
 8   hurry up because we actually figured out the answer to
 9   this in 2017?
10        A.    Your question is quite strange.  That's
11   because before the notification from Novartis, no one
12   had the knowledge that there was NDMA in valsartan.
13        Q.    Well, aside from Jin -- Jinsheng Lin and
14   yourself and everyone who received that e-mail in
15   2017, but I'll move on.
16              Mr. Goldberg asked you a series of
17   questions about whether Mr. Chen was involved in
18   things like testing and chromatography and development
19   of analytical methods.
20              Is it part of your job description to know
21   what Mr. Chen does from -- on a day-to-day basis?
22        A.    It -- it is not.  However, as for whether
23   Mr. Chen did any testing, the QC department, for
24   people working in the QC department, we have to get
```