# Exhibits PP-RR

      ZHP has designated Exhibits PP through RR as confidential. Plaintiffs hereby challenge these designations. In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibits to the Court directly via email for its in camera review.