# Exhibit SS

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
 2                      CAMDEN VICINAGE
 3

      ***************************
 4    IN RE:  VALSARTAN, LOSARTAN,     MDL No. 2875
      AND IRBESARTAN PRODUCTS
 5    LIABILITY LITIGATION             Civil No.
                                       19-2875
 6    ***************************     (RBK/JS)
      THIS DOCUMENT APPLIES TO ALL
 7    CASES                            HON ROBERT B.
                                       KUGLER
 8    ***************************
 9            - CONFIDENTIAL INFORMATION -
                SUBJECT TO PROTECTIVE ORDER
10
11
12            Continued Remote Videotaped via
13    Zoom Deposition of JIE WANG, commencing at
14    7:00 a.m. China Standard Time, on the 19th of
15    May, 2021, before Maureen O'Connor Pollard,
16    Registered Diplomate Reporter, Realtime
17    Systems Administrator, Certified Shorthand
18    Reporter.
19
20                     - - -
21
                 GOLKOW LITIGATION SERVICES
22         877.370.3377 ph | 917.591.5672 fax
                     deps@golkow.com
23
24
```

```
 1   the sales, API sales also, because I'm the
 2   only -- you know, there are other -- my
 3   counterparts, my colleagues also responsible
 4   for API marketing and sales.  We actually
 5   divide it into different teams.  But so
 6   that's the sales.
 7              And then there were finance
 8   function, production, procurement.  Sometimes
 9   they're there.  Yeah, mainly these functions.
10   BY MR. WHORTON:
11        Q.    Would the president of ZHP be
12   there?
13        A.    I don't remember.
14              MS. KLINGES:  Objection to
15        form.
16              Go ahead.
17        A.    Yeah.
18              MS. KLINGES:  Objection to the
19        form.
20        A.    Yeah.  I don't remember
21   clearly.  He sometimes shows up.
22   BY MR. WHORTON:
23        Q.    "He" being --
24        A.    The president of ZHP, yeah.
```