# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | | |
|---|---|---|
| **In re: Valsartan Products Liability Litigation** | : | MDL No. 2875 |
| **This document relates to:** | : | No. 1:20-md-5010-RBK |
| **Plaintiff, Thomas Kelly** | : | Hon. Robert B. Kugler |
| **Plaintiff, Cheryl Ann Kelly** | : | Hon. Karen M. Williams |

## PLAINTIFFS' STATEMENT PURSUANT TO L. CIV. R. 7.1.1

Plaintiffs, Thomas and Cheryl Ann Kelly, submit the following information pursuant to L.

Civ. R. 7.1.1:

1. Plaintiffs are not receiving any funding of attorneys' fees and expenses in exchange for either (1) contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan or insurance.

2. As set forth in Paragraph 1, Plaintiffs are not receiving any third-party funding of attorneys' fees and expenses, therefore no funder approval is necessary for litigation decisions or settlement decisions in the action.

Dated 08/02/2021

*/s/Honora M. Gathings*
Honora M. Gathings
Lloyd W. Gathings
Gathings Law
2140 11th Avenue South, Ste 210
Birmingham, AL  35205
T: 205-322-1201
F: 205-322-1202
Email: hgathings@gathingslaw.com
lgathings@gathingslaw.com