# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation<br><br>HUMANA INC.,<br><br>        Plaintiff,<br><br>  vs.<br><br>TEVA PHARMACEUTICALS USA, INC., et al.,<br><br>        Defendants. | Master Docket No. 19-2875 (RBK/JS)<br><br>Civil Action No. 20-10170<br><br>Hon. Robert B. Kugler<br>Hon. Karen M. Williams |

## PLAINTIFF HUMANA INC.'S RULE 7.1.1(A) DISCLOSURE STATEMENT

Plaintiff Humana Inc. hereby notifies the Court, pursuant to Local Rule 7.1.1(a), that there is no person or entity not a party to this action providing funding for any portion of Humana Inc.'s attorneys' fees or expenses of its prosecution of this litigation in exchange for a contingent financial interest based upon the results of the litigation or a non-monetary result that is not in the nature of a personal or bank loan or insurance.

Dated: August 3, 2021

Respectfully submitted,

/s/ *Benjamin E. Waldin*

Benjamin E. Waldin
Sarah H. Catalano
**EIMER STAHL LLP**
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Phone: (312) 660-7600
Fax: (312) 692-1718
bwaldin@eimerstahl.com

scatalano@eimerstahl.com

*Counsel for Plaintiff Humana Inc.*