IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation<br><br>HUMANA INC.,<br><br>        Plaintiff,<br><br>   vs.<br><br>TEVA PHARMACEUTICALS USA, INC., et al.,<br><br>        Defendants. | Master Docket No. 19-2875 (RBK/JS)<br><br>Civil Action No. 20-10170<br><br>Hon. Robert B. Kugler<br>Hon. Karen M. Williams |

## CERTIFICATE OF SERVICE

I, Benjamin E. Waldin, hereby certify that on August 3, 2021, a copy of the foregoing Plaintiff Humana Inc.'s Rule 7.1.1(a) Disclosure Statement has been served via ECF upon all counsel of record in the Court's electronic filing system.

Dated: August 3, 2021

Respectfully submitted,

/s/ *Benjamin E. Waldin*

Benjamin E. Waldin
Sarah H. Catalano
**EIMER STAHL LLP**
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Phone: (312) 660-7600
Fax: (312) 692-1718
bwaldin@eimerstahl.com
scatalano@eimerstahl.com

*Counsel for Plaintiff Humana Inc.*