UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2875<br><br>Case No.:<br>1:19-md-2875-RBK |
| THIS DOCUMENT RELATES TO:<br>Theodore Keller v. Hetero Drugs Limited, et.al.<br>Case No.: 1: 20-cv-6918 -RBK-KW | Hon. Robert B. Kugler<br>Hon. Karen M. Williams |

**PLAINTIFF'S STATEMENT PURSUANT TO L. CIV. R. 7.1.1.**

Plaintiff THEODORE KELLER, submits the following information pursuant to L. Civ R. 7.1.1.:

1. The identity of the funder(s), including the name, address and if a legal entity, its place of formation.

    Plaintiff is not receiving any funding of attorneys' fees and expenses in exchange for either (1) contingent financial interest based upon the results of the litigation or (2) a nonmonetary result that is not in the nature of a personal or bank loan or insurance.

2. Whether the funder's approval is necessary for litigation decisions or settlement decisions in the action and if the answer is in the affirmative, the nature of the terms and conditions relating to that approval.

    Not applicable.

3. A brief description of the nature of the financial interest.

    Not applicable.

Respectfully submitted,

**SHRAGER & SACHS**

By: /s/ Robert L. Sachs, Jr.  8/3/21
Robert L. Sachs, Jr.
**SHRAGER & SACHS**
2300 One Commerce Square
2005 Market Street
Philadelphia, PA 19103
Phone: 215-568-7771
e-mail: rsachs@shragerlaw.com

and

Christopher P. Welsh
**WELSH & WELSH, P.C., L.L.O.**
9290 West Dodge Road
204 The Mark
Omaha, NE 68114
Phone: 402-384-8160
e-mail: cwelsh@welsh-law.com