**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2875<br><br>Case No.:<br>1:19-md-2875-RBK |
| THIS DOCUMENT RELATES TO:<br>Daniel Torghele et ux. V. Aurobindo Pharma, Ltd., et.al.<br>Case No.: 1: 19-cv-21034 -RBK | Hon. Robert B. Kugler |

## PLAINTIFFS' STATEMENT PURSUANT TO L. CIV. R. 7.1.1.

Plaintiffs DANIEL AND RACHEL TORGHELE, submits the following information pursuant to L. Civ R. 7.1.1.:

1. The identity of the funder(s), including the name, address and if a legal entity, its place of formation.

    Plaintiffs arenot receiving any funding of attorneys' fees and expenses in exchange for either (1) contingent financial interest based upon the results of the litigation or (2) a nonmonetary result that is not in the nature of a personal or bank loan or insurance.

2. Whether the funder's approval is necessary for litigation decisions or settlement decisions in the action and if the answer is in the affirmative, the nature of the terms and conditions relating to that approval.

    Not applicable.

3. A brief description of the nature of the financial interest.

    Not applicable.

                                        Respectfully submitted,

                                        **SHRAGER & SACHS**

                                        By: _/s/ Robert L. Sachs, Jr._  8/3/21
                                        Robert L. Sachs, Jr.
                                        **SHRAGER & SACHS**
                                        2300 One Commerce Square
                                        2005 Market Street
                                        Philadelphia, PA 19103
                                        Phone: 215-568-7771
                                        e-mail: rsachs@shragerlaw.com

                                        and

                                        Christopher P. Welsh
                                        **WELSH & WELSH, P.C., L.L.O.**
                                        9290 West Dodge Road
                                        204 The Mark
                                        Omaha, NE 68114
                                        Phone: 402-384-8160
                                        e-mail: cwelsh@welsh-law.com