UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In re Valsartan, Losartan & Irbesartan
Products Liability Litigation

*Plaintiff*

v.

*Defendant*

Civil Action No. 1:19-md-02875

# CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for  Amneal Pharmaceuticals, LLC  , certifies that this party is a non-governmental corporate party and that:

☑ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

Amneal Pharmaceuticals, Inc.

## OR

☐ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Alexia R. Brancato
Signature of Attorney

601 Lexington Ave.
Address

New York, NY 10022
City/State/Zip

08/03/2021
Date

DNJ-CMECF-005 (10/2018)

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2021, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

s/ Alexia R. Brancato
Alexia R. Brancato
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel:   212-446-4800
Fax:   212-446-4900
alexia.brancato@kirkland.com

*Attorney for Amneal Pharmaceuticals, LLC and Amneal Pharmaceuticals Inc.*