# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN LOSARTAN & IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>***This Document Relates to:***<br>*Davis v. Camber Pharmaceuticals Inc. et al.,*<br>2:21-cv-00254 (M.D.Ala) | Hon. Robert B. Kugler<br><br>Civil Action No. 1:19-md-02875 |

## NOTICE OF APPEARANCE

To the Clerk of Court:

Jay P. Lefkowitz, P.C. hereby enters an appearance in this MDL on behalf of Defendants Amneal Pharmaceuticals, LLC and Amneal Pharmaceuticals, Inc. ("Amneal") on this Court's MDL master docket, and requests to be added to the CM/ECF system list in this matter at the following email address: lefkowitz@kirkland.com. I have been admitted *pro hac vice* in this Court for this matter pursuant to MDL Case Management Order No. 1 [Dkt. 5].

By entering an appearance, Amneal does not waive any defenses, and specifically preserves all defenses related to service and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: August 3, 2021 Respectfully submitted,

s/ Jay P. Lefkowitz
Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel:  212-446-4800
Fax:  212-446-4900
lefkowitz@kirkland.com

*Attorney for Amneal Pharmaceuticals, LLC and Amneal Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 3, 2021, I electronically filed the foregoing Notice of Appearance with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

s/ Jay P. Lefkowitz
Jay P. Lefkowitz
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel:    212-446-4800
Fax:    212-446-4900
lefkowitz@kirkland.com

*Attorney for Amneal Pharmaceuticals, LLC and Amneal Pharmaceuticals Inc.*
