# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen Williams Magistrate Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master<br><br>**NOTICE OF MOTION TO SEAL PURSUANT TO L. CIV.R. 5.3** |

TO: Adam M. Slater, Esq.
 Plaintiffs' Liaison Counsel
 Mazie Slater Katz & Freeman, LLC
 103 Eisenhower Parkway
 Roseland, NJ 07068

**PLEASE TAKE NOTICE** that on September 7, 2021, or as soon thereafter as counsel may be heard, Defendants Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP"), Prinston Pharmaceutical Inc. ("Prinston"), Huahai U.S. Inc. ("Huahai U.S."), and Solco Healthcare US, LLC ("Solco", and collectively with ZHP, Prinston, and Huahai U.S., "the ZHP Parties"), by and through their counsel in the above-captioned action, Duane Morris LLP, shall move before the Honorable Karen Williams, Magistrate Judge of the United States District Court for the

District of New Jersey, and the Honorable Thomas Vanaskie (Ret.), Special Discovery Master, for entry of an Order sealing a confidential document filed as Exhibit KK at ECF No. 1298, and the paragraph of ECF No. 1298 addressing Exhibit KK.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, the ZHP Parties shall rely on the accompanying Declaration of Kelly Bonner, dated August 5, 2021, the Declaration of Jun Du, dated August 5, 2021, attached as **Exhibit A** thereto, and an index identifying the documents the ZHP Parties seek to seal, attached as **Exhibit B** thereto.

**PLEASE TAKE FURTHER NOTICE** that, for the Court's convenience, a proposed form of Order, including Proposed Findings of Fact and Conclusions of Law pursuant to Local Civil Rule 5.3(c)(6), is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys for the ZHP Parties request oral argument on this motion.

**PLEASE TAKE FURTHER NOTICE** that a Certificate of Service attesting to the date and manner of service is submitted herewith.

Dated: August 5, 2021

              Respectfully submitted,

              */s/ Seth A. Goldberg*
               Seth A. Goldberg, Esq.
               *Lead Counsel and Liaison*
               *Counsel for Defendants*

DUANE MORRIS LLP

Seth A. Goldberg
30 South 17th Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com

*Attorneys for Zhejiang Huahai Pharmaceutical Co, Ltd., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*