UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen Williams Magistrate Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master |

## STATEMENT OF NO BRIEF PURSUANT LOCAL RULE 7.1(d)(4)

Defendants Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP"), Prinston Pharmaceutical Inc. ("Prinston"), Huahai U.S. Inc. ("Huahai U.S."), and Solco Healthcare U.S. LLC ("Solco", and collectively with ZHP and Prinston, "the ZHP Parties"), by and through their undersigned counsel, Duane Morris LLP, hereby submit, pursuant to Local Civil Rule 7.1(d)(4), that no brief in support of their Motion to Redact and Seal A Portion of Plaintiffs' Brief in Opposition to the ZHP Parties' Motion for a Protective Order Precluding the Deposition of Baohua Chen, and Exhibit KK, is necessary for the reasons set forth in Local Rule 5.3(c)(1), governing motions to seal.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DUANE MORRIS LLP |
| Dated: August 5, 2021 | /s/ Kelly A. Bonner |