```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY
 2      _____

 3      IN RE: VALSARTAN, LOSARTAN,
        and IRBESARTAN PRODUCTS            CIVIL ACTION NUMBER:
 4      LIABILITY LITIGATION
                                           1:19-md-02875-RBK-KW
 5
                                           Telephone Status Conference
 6      _____
        MITCHELL H. COHEN & U.S. COURTHOUSE
 7      One John F. Gerry Plaza
        4th & Cooper Streets
 8      Camden, New Jersey  08101
        August 5, 2021
 9      Commencing at 1:15 p.m.

10      B E F O R E:      THE HONORABLE THOMAS I. VANASKIE,
                          SPECIAL MASTER
11
        A P P E A R A N C E S: (Telephonically)
12
        MAZIE SLATER KATZ & FREEMAN, LLC
13      BY:  ADAM M. SLATER, ESQUIRE,
        103 Eisenhower Parkway
14      Roseland, New Jersey  07068
        For the Plaintiffs
15
        GREENBERG TRAURIG LLP
16      BY:  LORI COHEN, ESQUIRE
        Terminus 200
17      3333 Piedmont Road NE, Suite 2500
        Atlanta, Georgia  30305
18      For the Defendants Teva Pharmaceutical Industries Ltd., Teva
        Pharmaceuticals USA, Inc., Actavis LLC, and Actavis Pharma,
19      Inc.

20      Proceedings recorded by mechanical stenography; transcript
                    produced by computer-aided transcription.
21

22                  Rhéa C. Villanti, Official Court Reporter
                            RheaVillanti@Yahoo.com
23                            (732)895-3403

24

25
```

United States District Court
Camden, New Jersey

```
 1                (PROCEEDINGS held telephonically, before The
 2     Honorable THOMAS VANASKIE, Special Master, at 1:15 p.m.)
 3                THE COURT:  Rhéa Villanti is our court reporter.
 4                So, Ms. Cohen, you asked for this phone call --
 5                MS. COHEN:  Yes.
 6                THE COURT:  -- along with Mr. Slater, I take it.
 7                MS. COHEN:  Yes.
 8                THE COURT:  And so what is the issue and how can I
 9     help?
10                MS. COHEN:  Yes.  And, again, I'm sorry for the last
11     minute, and I probably should have said that we probably could
12     have gone without a court reporter.  I apologize for the
13     abruptness.  We just thought we could get on a call, sort of
14     just a quick issue.  And I don't think it's, again, going to
15     take too long or be too convoluted.  Really it relates to the
16     upcoming depositions of the expert witnesses which are underway
17     now.  I think you received the various reports.
18                Plaintiffs have five experts.  The first one is being
19     taken today by my colleague Ms. Lockard.  We have five of them
20     coming up in short order, one next week, you know, two the week
21     after, and so forth.  Three of them were agreed to be in
22     person, two are being done remotely, if I have that right.  And
23     the one today is in person as well.  So we have sort of a
24     slight issue about that.
25                I think today we have three defense attorneys there
```

1    in person and I think two plaintiffs' attorneys there in

2    person.  The court reporter and videographer are remote.  We

3    are trying to figure out attendance at these going forward.

4            As you know, we have some, I don't know, 80 or so

5    defendants.  We're really trying to be as efficient as possible

6    and only have the person taking the deposition there with

7    perhaps one other person or two other people.

8            And so for next week I was suggesting I will be there

9    with one of my colleagues since I'm taking the lead, and then

10   also I think the Mylan counsel is planning to be there in

11   person.  So that would mean three defense people in the room

12   rather than two.  We are going to have enough space.  We are

13   going to have other rooms.

14           So basically the first issue is two versus three

15   attendees in person.  Today is, again, three defense attorneys

16   are in person, and we realize the issues with COVID and, you

17   know, the further variants and such.  We're going to be very

18   careful.  We'll only have vaccinated people there.  And I think

19   Mr. Slater and I, on that one point, he was suggesting we only

20   have two there.  I really want to have one of my colleagues

21   there, plus somebody from another defendant wants to be there.

22   So, again, we can spread out.  We can be careful.

23           That's the first issue.  I'll let Mr. Slater respond

24   on that one if that makes it easier.

25           THE COURT:  All right.  Thank you.

1          Yes, Mr. Slater.

2          MR. SLATER:  Thank you, Judge.

3          First of all, counsel mentioned this deposition

4    that's happening right now, one of the plaintiffs' experts is

5    being deposed.  And I checked with my colleague because I was

6    told by Ms. Cohen that there were two plaintiff lawyers and

7    three defense lawyers in the room, and I was told by Daniel

8    Nigh that he only agreed to that based on the specific level of

9    risk of aversion or lack thereof of the people in the room, and

10   that it was agreed this would be not usable or referenced with

11   regard to any other depositions.  So I just want to make that

12   clear.

13         Number 2 --

14         THE COURT:  Okay.

15         MR. SLATER:  -- we believe that -- Your Honor knows

16   what's going on in the country with COVID right now, that

17   everybody's sense of relief is now starting to dissipate.  I'm

18   personally not happy I'm going to be in a room live with the

19   expert but he was willing to do it.

20         And when he learned -- however, when he learned that

21   the lawyers are coming not from the New Jersey area or New York

22   area but are coming from all over the country, he had pause.

23   This is Dr. Lagana.  He is still willing to do this in person

24   but we want to have the bare minimum necessary people in the

25   room.  And the depositions are going to be conducted not only

1    in person but also by Zoom.

2              We've agreed the court reporter and the videographer

3    will not be in the room.  They can be in the next room.  And

4    any other lawyer that wants to be able to shuffle in and switch

5    in to ask questions later can switch with Ms. Cohen's associate

6    or partner when Ms. Cohen says, you know, I've asked my

7    questions, I'm handing off, so there's no need for someone else

8    to sit in the room.

9              We want to keep it to the bare minimum.  We believe

10   that two people for the plaintiffs' side, two people from the

11   defense side is the maximum that should be in the room because

12   we have to draw a line.  And I can be honest with you, I'm not

13   comfortable with more people in the room.  The expert is not

14   comfortable with more people in the room.

15             And I, frankly, think it's reasonable to just limit

16   it because, again, people are not being precluded from

17   participating.  They can be on Zoom.  And if somebody wants to

18   be in the room to question the expert in person, they just walk

19   in from the other conference room and switch seats with the

20   person who was there before.

21             MS. COHEN:  And, Your Honor, I will just respond

22   briefly.

23             You know, I don't think there's much of a difference

24   between two and three.  We're dealing with a lot of different

25   defendants, getting a lot of input.  We're not trying to be

1    difficult.  I think we've worked out, you know, like I said,

2    80 percent of our issues on this.

3         And, frankly, there's trials going on all over the

4    country, and, you know, we'll all be very safe.  The only

5    people will be vaccinated there.  So, again, the difference

6    between two and three is not going to make a difference, and

7    that's -- I guess that's the last thing I would say about that,

8    Your Honor.

9         THE COURT:  All right.  Well, the guidance I would

10   provide to you on this is that the side of the litigation

11   taking the deposition may have up to but no more than three

12   persons who have been vaccinated, fully vaccinated, present in

13   the room appropriately spaced apart.  So use a room that has

14   sufficient space in it so that you can space yourselves apart

15   just to be extra, extra cautious.

16        The other side, the side defending the deposition,

17   can have up to two vaccinated persons present for it.  So when

18   it comes time for the plaintiffs to take the depositions, if

19   they want, they can have three attorneys -- three vaccinated

20   attorneys present so it will work equally both ways.  But I

21   certainly understand that in a matter this significant that it

22   would be helpful not to have somebody in the room next door or

23   down the hall but in the room with you.

24        So that's the guidance I'm providing to you.

25        MS. COHEN:  Okay.  Thank you, Judge.

```
 1              And then I'll just jump in to the second issue --

 2         MR. SLATER:  Lori, before you do that can we --

 3         (Simultaneous crosstalk.)

 4         MS. COHEN:  I am sorry.

 5         MR. SLATER:  If we are going to do that, if we're

 6    going to do that, Judge -- and, again, my personal concern,

 7    because I'm going to be in the room, is that I personally have

 8    not been on an airplane since COVID started.  I am not going to

 9    speak for other people, but my understanding is the defense

10    attorneys have all been on airplanes.  They come from parts of

11    the country where there is much higher rates than we have here

12    in New Jersey.

13              I think if people want to be in the room if they're

14    not questioning the witness, and this is going to apply to me

15    too, I think people should wear masks.  If you're not actually

16    speaking, then everyone else should have a mask on.

17         THE COURT:  Okay.  I'll give you that guidance,

18    Mr. Slater, that those who are not doing the examination or not

19    speaking should be masked.

20         MR. SLATER:  Okay.  Thank you.

21         MS. COHEN:  Okay.  Yes, I have no objection to that.

22         THE COURT:  Must be masked, okay.  We're going to be

23    cautious here.  We're going to let you be able to conduct it as

24    close to normal as possible by having, when you're taking the

25    deposition, three vaccinated persons with you.  I'm not saying
```

```
1    they all have to be attorneys.  You could have somebody else
2    from the support staff present.  I don't know how you're
3    working this.  It's been a long time since I've been in your
4    shoes.  So however you do it, that's fine.  But those who are
5    not examining must be masked.
6              MR. SLATER:  Thank you, Judge.
7              MS. COHEN:  And I have no qualms about it.  I'll make
8    sure to pass that along to everybody.
9              The other issue is again related to something you
10   said, Judge Vanaskie, which is the magnitude of the litigation,
11   the number of defense counsel.  You know, we obviously want to
12   make these depositions as efficient as possible.  I think
13   everyone has been working really hard on other phases of the
14   depositions that have been going on.  But now we're in the
15   expert phase so obviously it's really significant, so it's the
16   issues of causation and science which are, you know, we think
17   very critical to the whole litigation.
18             We -- while seven hours is standard for your everyday
19   deposition in everyday litigation, you know, in other mass
20   torts we've negotiated two days, ten hours, fifteen hours.  And
21   you know, again, we started talking just a little bit late so I
22   apologize for bringing this to you so late.  We really thought
23   that we should have designated one main person to take each
24   deposition on both sides, our side, the defense, and the
25   plaintiff.  And basically cover, you know, most of the
```

1    waterfront, not be switching back and forth countless times.

2         There may be some people that want to ask some

3    case-specific questions for some of the experts, this will

4    apply on both sides, but largely it will be one person doing

5    the lion's share of the questioning and then followed by, you

6    know, a couple of people to ask case-specific ones without

7    making it too crazy.

8         And then to that end we wanted to try to negotiate

9    the amount of time.  We are not asking for, you know, three

10   days.  I've been in some litigations where there's been many,

11   many days asked for.  Here we suggested ten hours rather than

12   seven, and the reason is, there's a lot of ground to cover in

13   these depositions, obviously.  One of the deponents I think has

14   261 pages to his report.  There's a lot of ground to cover.

15        Do we have to use all ten hours?  No.  But, you know,

16   rather than feeling rushed and panicked because of the amount

17   of time, we thought ten was a very reasonable amount and would

18   ask Your Honor to give us guidance on that.  That rather than

19   be, you know, limited to just seven, that everybody would have

20   up to ten at every one of the expert depositions.

21        THE COURT:  All right.  Mr. Slater.

22        MR. SLATER:  Your Honor, we object.  We object for

23   the following reasons:  Number 1, when we -- it's always been

24   understood that the standard would be one day, seven hours.  In

25   fact, when we were asked for dates for the expert depositions,

1    we provided dates, and the order told us that we needed to

2    provide dates when we served the reports.

3          We provided a single -- two or three or four single

4    dates.  There was no objection.  The dates were agreed to.

5    Everything was set, and then, as an afterthought, the defense

6    came back to us and said, Hey, now we want to extend these

7    depositions to ten hours, and we'll do them over two days.

8          So, number 1, that was never contemplated.  Number 2,

9    they would need to show on the defense side good cause to

10   extend the timing, and I don't think that this call is an

11   adequate record to establish good cause to extend these

12   depositions for two days because there may be a lot more to it

13   than what's here.

14         When counsel is quoting one expert report, you would

15   have to see it to understand what's in there.  So I don't think

16   that they've made the showing.

17         And I can tell you, Your Honor, when counsel says

18   there may be case-specific issues that other lawyers want to

19   ask about, I don't know what that means.  These depositions are

20   limited to general causation.  The only difference between any

21   of the defendants is how much NDMA or NDEA contaminated their

22   pills.  And that's the only variation, either there was more or

23   there was less, and there's no reason why multiple lawyers need

24   to ask those questions.  If one other lawyer wants to come in

25   who had less or more, they can ask the questions they need to

1    ask in terms of the implication for causation.

2         But there's nothing overly complex about this.  This

3    is like any other scientific-based deposition where a witness

4    has opinions, where they've cited medical or scientific

5    literature.  And this is limited to one opinion, the general

6    causation opinion, so there's absolutely no reason to have more

7    time.  There could never be a showing of good cause under these

8    circumstances.

9         And I was concerned when counsel said multiple other

10   lawyers want to be able to question the witness as well.

11   Frankly, we believe there should be one primary questioner and

12   one back-up questioner because these are not case-specific

13   depositions.  These are general causation.  So the scientific

14   principles equally apply to every single defendant and the

15   contamination of every defendant's pills.  It's exactly the

16   same issue:  Can this plausibly cause cancer or not in humans?

17   That's the issue that's going to be evaluated in these

18   depositions.

19        If there's any inclination to potentially have these

20   depositions extend, I mean, I have an expert that's going to be

21   deposed next Friday.  That's the day he gave.  That's his

22   understanding of the day.  When does counsel expect to continue

23   that deposition?  We just found out a couple days ago they

24   wanted to.  On the weekend?  There's a deposition going on

25   right now in Boston.  That expert has one day set aside.  So I

1    think, among other reasons, it's too late, and there's

2    absolutely no need for this and certainly no showing of good

3    cause.

4              MS. COHEN:  Your Honor, I'm happy to respond just

5    briefly on that.  I mean, for example --

6              THE COURT:  You may.

7              MS. COHEN:  -- next week, we can stay late.  We can

8    certainly come back another day.  We're not trying to belabor

9    this.  We want to get it done as efficiently as possible.  We

10   don't want to invite, you know, multiple people to ask

11   questions, but there are references to different defendants

12   with different, you know -- different figures, different

13   statistics, different -- different underlying issues that are

14   addressed in the reports.

15             Again, we're going to try to cover the waterfront but

16   there may be some specific issue that someone wants to come in

17   and ask a couple questions about.  We'll see what happens

18   today.

19             We're not trying to create trouble where it doesn't

20   exist, but I think having the outside of up to ten hours makes

21   sense.  I certainly would be happy to stay late next Friday to

22   make sure we finish it in one day if we want to, if that's

23   preferred, that sort of thing.  You know, we've worked together

24   for many years.  We're not looking to create any problems here.

25             We just think that seven hours is a very tight amount

```
 1  for the first depositions in these cases.  You know, again,
 2  other litigations maybe on the third round we're coming to
 3  seven hours, but here to start off with and be limited --
 4  having 80 different defendants to seven hours per witness is
 5  just too small.
 6              MR. SLATER:  One other thing, Your Honor, if I could,
 7  counsel suggests we can stay later next Friday.  This is going
 8  to be a grueling deposition.  We're not going to agree for more
 9  than seven hours on the record in one day.  The expert will be
10  mush.  So I don't think that's a reasonable solution.
11              MS. COHEN:  I'm happy to stay overnight.
12              (Simultaneous crosstalk.)
13              THE COURT:  I know it will depend upon availability
14  of witnesses and these things have been scheduled, and the
15  issue is being raised a bit after the fact or -- not after the
16  fact but it would have been -- maybe had to be pressed in order
17  to raise this issue sooner.  It seems to me it should have been
18  something that was raised sooner, but I am not going to hold
19  that you waived the opportunity.
20              I look at Mr. -- maybe Dr. Panigrahy -- I am going to
21  mispronounce his name, Panigrahy's report.  I mean, that's 260
22  pages.  The other report that -- I think it is reasonable to
23  extend the deposition length to ten hours.  It may be for those
24  depositions that are already scheduled for only one day and the
25  expert only has one day as availability you'll be able to say
```

United States District Court
Camden, New Jersey

1    at the end of seven hours that you don't need another three

2    hours, but I'm not going to require you to come back and show

3    good cause for the additional three hours.

4             And, of course, it will apply both ways.  The limit

5    of time for depositions will be ten hours.  I expect you as

6    professionals, and really great professionals, to be able to

7    work out the logistics of when that extra three hours gets

8    taken for those who have already been noticed and only have one

9    day of availability, but I certainly can understand why in a

10   case like this seven hours would not be sufficient.

11            And so the guidance I'm providing to you -- and if

12   you need it in an order, we'll reduce it to an order.  The

13   length of the deposition will be -- the limit -- the limit on

14   the deposition will be ten hours unless otherwise extended for

15   good cause shown.

16            I think the nature of this case, Mr. Slater, gives me

17   sufficient basis for saying that there is good cause here.  And

18   certainly I haven't read the reports but I've looked at them

19   and they're quite comprehensive, and I can understand why seven

20   hours may not be sufficient even though we're only dealing with

21   general causation.

22            So on both ways when expert witness depositions have

23   to be taken, the presumptive limit will be ten hours.

24            MR. SLATER:  Your Honor, can we schedule that over

25   two days?

```
 1              (Simultaneous crosstalk.)
 2              THE COURT:  That is fine.  And I certainly understand
 3    going beyond seven hours could make the expert and the lawyers
 4    mush.
 5              Go ahead, Mr. Slater.
 6              MR. SLATER:  Yeah, Your Honor, I'm going to ask, this
 7    issue just came up in the last couple days -- I mean, last
 8    week.  We have not had a chance to brief this.  They're using
 9    Dr. Panigrahy's report to shoehorn everybody else in, and I can
10    tell you right now we don't have other days available to
11    continue these depositions in the month of August.
12              These experts carved out a day.  The order says the
13    depositions have to be done this month.  We don't have --
14    they're not going to be able to sit for more than seven hours
15    on the record in a day.  They don't have other availability.  I
16    don't.  We have to get ready to take the defense experts'
17    depositions.
18              I mean, if this is the inclination, the defense would
19    need to show cause when they get to the seven-hour limit why
20    they need to continue it, and I think it would have to be
21    briefed or we should be briefing this now so Your Honor -- you
22    haven't seen the other reports.  They haven't made any showing.
23    This is a last minute thing.
24              I don't think that this can even be complied with,
25    honestly, because what am I going to tell the doctor who is
```

```
 1   being deposed next Friday, he's got to suddenly find time on

 2   the weekend?  I mean, everybody was asked to get dates.  We

 3   knew we had to give the dates when we served the reports,

 4   that's what the order said.  The order said "a date," so that

 5   was already decided.

 6           So now counsel is essentially changing an order to

 7   lengthen the depositions without any showing, without any

 8   briefing, changing what the protocol was in this case, and I

 9   don't think they could ever show good cause if Your Honor

10   actually saw -- had a record in front of you.  So I don't know

11   how we can even do this.  I don't know what to tell these

12   experts.  I'm going from Dr. Lagana's deposition to defend

13   Dr. Hecht's the next week.  I mean, I don't know what -- how

14   we're supposed to do this.

15           THE COURT:  And Hecht's report is 123 pages.  These

16   are quite extensive reports.

17           MR. SLATER:  No, it's --

18           THE COURT:  I do have the reports --

19           MS. COHEN:  And it's not even just the report.  That

20   really was my doing --

21           MR. SLATER:  Your Honor --

22           (Simultaneous crosstalk.)

23           MR. SLATER:  -- Dr. Hecht's report is not 123 pages.

24   It's -- I'll tell you right now.  It's 30 -- I mean, it's less

25   than this because some of the pages are actually lists of
```

references.  The text part of the report is 27 pages, and a big

chunk of that report we've agreed is not subject to the

deposition because it dealt with liability, so maybe 20 pages

of the report is subject to the deposition.

THE COURT:  All right.  I stand corrected.  I'm

looking at the report but he's got a bibliography that has how

many sources?

MR. SLATER:  Most of his attachments are his CV, Your

Honor.  He has 388 publications in the peer-reviewed

literature, so that's -- most of the attachments are his CV.

The references that are attached are -- or that are numbered

it's, like, 100 and something -- let me see, 146 references.

There's nothing peculiar about that.  That's a normal,

peer-reviewed article.

I mean, they -- I'm just saying, Your Honor, they're

making it sound like, Hey, no big deal, but I'm telling you

it's a big deal.  It's going to be a major scheduling problem.

It's going to be a major issue on our end.  It's not what the

order says so they're essentially getting you to change the

order based on pointing to Dr. Panigrahy's report.  They should

make a showing for why they can't cover it in that time period.

MS. COHEN:  You know, and my showing --

MR. SLATER:  I was told -- please let me finish.

Please let me finish --

MS. COHEN:  Sure.

```
1              MR. SLATER:  I was told the reason they wanted more
2      time is because they have multiple lawyers who want to ask
3      questions.  Now it's this complicated area.
4              If you read -- if you see all the reports, Your
5      Honor, I think you'd look and see it's actually a standard
6      report in any case.  There's an opinion and there's a bunch of
7      scientific literature.  I mean, there's nothing that requires
8      this, and I don't know how we can comply on this kind of notice
9      and start coming up with more dates.
10             I mean, I can tell you my month of August is
11     horrific, and I'm handling two of these experts who have
12     committed to a specific day weeks and weeks ago.  When we
13     served these reports July 6, that's when they set their
14     schedules and we gave the dates.
15             Your Honor, I think we need to brief this issue, and
16     they have to establish good cause rather than what we're doing
17     here.
18             THE COURT:  All right.  Ms. Cohen.
19             MS. COHEN:  Yeah, the only thing I was going to say,
20     again, in other mass tort litigations that we've all been
21     involved in we've had extended time beyond seven hours for the
22     first time someone is being deposed with this many defendants.
23     In fact, this is more defendants involved in this than I have
24     ever seen before in a case, and we're trying to get everyone's,
25     you know, collective spots together to make this as efficient
```

1   as possible.

2          I do not think it's out of bounds or in any way

3   unreasonable asking for more than seven hours.  In fact, we

4   were very, very specific about only doing actually the seven

5   hours so that, A, if folks wanted to be deposed in one day and

6   get it done with, that they could.

7          If they feel like mush, just like, you know, both of

8   you are saying, then we can certainly stay over a night or find

9   another date for the last part, maybe do the last part in --

10  virtually.  There are ways to cover that, but it's not just cut

11  us off at seven hours.  And, yeah, should we have raised it

12  earlier?  Perhaps that's true.  And I think you said that

13  already that you're not going to say we waived our rights.

14         We started looking at this, we started reading the

15  reports and talking amongst ourselves as defendants and

16  realized it was going to be very difficult to get all the

17  questions and -- including the specific issues raised about

18  each defendant where those were raised.

19         We're not looking for trouble.  We're not looking to

20  extend this, you know, anyway that's beyond fair or reasonable.

21  We just want to have that cushion if we need it.  And, again,

22  if we can't finish it in one day, we can work together

23  professionally to find time to finish the last part, you know,

24  remotely or something like that.  We can make it work, we

25  always do, and I don't think it's asking for too much.

```
1              MR. SLATER:  I can tell you, Your Honor, counsel just
2      said, We want a cushion if we need it.  You can't establish
3      good cause based on, We need a cushion if we need it, number 1.
4              Number 2, they accepted the dates that we offered as
5      single dates a while ago so this is an afterthought to say,
6      Hey, just in case, we want to just carve out more time.  They
7      need to show good cause.  There is no showing of that.  And
8      counsel says "other mass torts," I don't know what mass torts
9      counsel is talking about, but in the Benicar litigation, which
10     was in front of Judge Kugler, every deposition was conducted in
11     one day.  So I'm --
12             MS. COHEN:  One defendant.
13             MR. SLATER:  -- I don't know what counsel -- I'm sure
14     we could find cases where it was extended, and I think we can
15     find plenty of cases where they weren't.  We're talking about
16     this case where we followed the order, we provided multiple
17     single dates for the deposition which is what the order told us
18     to do.  Defense never asked for more time at that time.  They
19     weren't surprised by what the scientific issues were.  They had
20     been talking to their experts for well, well before they ever
21     got these reports.  Then they got the reports and the dates and
22     accepted single dates.
23             Then later, just last week, they said, Oh, now we
24     want more time.  I really -- Your Honor, I think they'd have to
25     brief this and show good cause, which they could never show for
```

United States District Court
Camden, New Jersey

1  this extension of these depositions.

2      MS. COHEN:  And, Your Honor, just to chime in here,

3  Ms. Walker sent an email when she was accepting the dates

4  talking about how we're going to work this and what the

5  parameters are going to be.  So the response was, We'd like to

6  accept the following dates but let's talk about the parameters.

7  I can find the email.  So it wasn't just that we accepted dates

8  and later changed our mind.  It was part and parcel to the

9  discussion --

10      MR. SLATER:  No --

11      MS. COHEN:  -- about the limits and how we're going

12  to do it.  So, again, I think Your Honor is the one that should

13  decide the issue of, you know, should there be good cause

14  shown, not Mr. Slater telling me I have to show good cause

15  shown.

16      I've shown it here.  These are very complex issues.

17  These are important issues.  Unlike Benicar, we have 80

18  defendants.  It's a huge difference.  Every one is entitled

19  under due process to either ask their questions or have them

20  asked, not have them cut off.

21      MR. SLATER:  Well, now we're into another issue.

22  First of all, the letter, Your Honor, did not say that they

23  were contemplating whether the time set aside for the single

24  day was adequate.  They told us they're going to let us know, I

25  think about who was going to ask the questions or something

1    like that or the logistics of, are they going to be in person

2    or on Zoom, which we worked all that out fine.

3           The fact that there's 80 defendants, that's why

4    there's a defense leadership group that was appointed to take

5    the lead on these depositions and represent everybody.  We are

6    not objecting to one other person or maybe two other people

7    with reasonable, non-duplicative new questions to follow up,

8    but they're not bringing a string of eight people in there.

9    That's misleading.

10          And they all have exactly the same issue, does the

11   NDMA, does the NDEA plausibly cause a risk of cancer to humans?

12   There's not a different issue for any defendant.  It's exactly

13   the same issue.  The only difference between defendants is how

14   much was in your pills and that's it.  And that doesn't take --

15   need extra time to be explored, it's the opinion.

16          So, again, if they're going to ask to do this, they

17   need to do it on a motion, they need to do it on briefing, so

18   we can actually show Your Honor that what they're saying is

19   just not true, and that these reports are not super complex or

20   different from what's done in the normal case.

21          If they want to make a specific issue on Dr.

22   Panigrahy, we'll take that up, and I think we'll make a very

23   convincing argument to Your Honor that you don't just count the

24   pages in the report to say you need more time because I think

25   we'll be able to show it's not needed.

```
 1            MS. COHEN:  And again, Your Honor, I'm not relying on

 2    the number of pages.  I'm relying on the number of defendants,

 3    the complexity of the issues, the importance of the issues.

 4    And in some litigations where we come in and say, We want two

 5    days, we didn't do that.  We were very restrictive here asking

 6    for just ten hours.  I don't think there's anything

 7    unreasonable about that.  I think we can either finish it in

 8    the day in question or agree to complete whatever is left by

 9    virtually some time thereafter.

10            THE COURT:  All right.  I believe the nature --

11    because of the nature of the litigation, the complexity of the

12    litigation, that ten hours -- that good cause has been

13    established to limit the depositions at ten hours.  I don't

14    think that's excessive.

15            I appreciate the scheduling problems that have been

16    created by the fact that this issue was raised late.  It should

17    have been raised sooner.  But I expect that you will be able to

18    work through those scheduling problems.  I am not going to

19    limit the deposition to seven hours.  I am going to limit it to

20    ten hours.  And whether that needs to be accomplished over two

21    days, that will be up to you all to be able to resolve.

22            But given the complexity of the matter, given the

23    importance of the matter, given the number of parties,

24    especially the number of defendants in this case, I think that

25    ten hours is reasonable and so ruled.
```

```
1              Now, having said that, Mr. Slater, you're free to

2    move for reconsideration or otherwise challenge this decision,

3    and I respect your judgment in deciding whether to do that

4    either by way of reconsideration or asking Judge Kugler to

5    weigh in on the issue.  But I -- you know, my motivation always

6    has been to move this matter along.  I know that extending the

7    depositions provides -- presents scheduling problems, but I

8    think you can work through them, and I just think this is the

9    appropriate resolution in a case of this nature.

10             MR. SLATER:  Well, Your Honor, thank you for the

11   guidance.  I just want to -- I wanted to just clarify one issue

12   and tell you thank you for your guidance because I can tell you

13   that at the conclusion of the depositions we -- I expect we're

14   going to make a motion because there's -- the only way that

15   they're going to need more than seven hours is if they drag it

16   out and spend a lot of time on things that Your Honor I think

17   will sit and, you know -- you didn't need to ask four hours of

18   questions on something that can be covered much quicker.

19             So I think -- I wanted to put that on the record

20   because I expect we will be filing something, and they should

21   tell us I think at the end of the deposition do they intend to

22   seek more time after the seven hours or not so we can then know

23   where we stand.

24             The other issue is, how many people can question?  We

25   don't need a conga line of lawyers walking in here and asking
```

1  all sorts of questions, especially duplicative questions,

2  because they all want to get their voice in the transcript so

3  they can show their client they asked questions.  I'm very

4  concerned where counsel is trying to leave the door open.  I

5  think there needs to be a limitation to no more than, frankly,

6  two questioners in any deposition.

7          MS. COHEN:  And I'm happy to respond.  Again, our

8  plan is to have the lion's share of the questions asked by one

9  person.  I think some of the response -- some of the need to

10  ask further questions will depend on what the witness says.  I

11  don't think we can say that in advance.  We're going to try and

12  keep it as limited as possible.

13          You know, so I don't have a specific number in mind.

14  I can get back to you once I counsel more with my -- with the

15  group of defendants.  But, again, our hope is to have the

16  person questioning, maybe a couple of other ones, but it really

17  depends on what the witness says.

18          THE COURT:  I understand that, and you should

19  endeavor to have, as you said, one principal questioner, one

20  primary questioner, and you can have one other person.  And if

21  there's more than that, well, we'll deal with it on a

22  case-by-case basis as it happens because it's hard to do this

23  in the abstract and say, Oh, no, only one other person can ask

24  a question.  What we'll end up then is texts being sent and

25  notes being passed and so it won't be one person asking -- so

1   it will be one person posing the question out loud being

2   prompted by others, and that may not be the most efficient way

3   to handle this.

4           But I understand your concerns, Mr. Slater, and

5   certainly you're free to file the appropriate motion.  Also, I

6   do want to urge counsel to endeavor to complete the deposition

7   within seven hours.  As you heard me today, I'm not requiring

8   anyone to stay beyond seven hours of question-and-answer time.

9   If it can't be completed within those seven hours, you're going

10  to have to come up with another day for completion of a

11  deposition.  And so I urge you to complete that deposition

12  within those seven hours, but understand that I'm not -- I'm

13  imposing a limit of ten hours.

14          MS. COHEN:  Okay.

15          THE COURT:  All right.  Is there --

16          MS. COHEN:  Your Honor, we appreciate your time and

17  appreciate the short notice jumping on the call.  And I think

18  Mr. Slater and I, we've known each other a long time, I'm

19  hoping we can work this out and see where we are at seven

20  hours, and I can say, Hey, I have 20 more minutes or, you know,

21  whatever it is.  I feel like we can work it out at the time.

22  I'm hopeful of that.

23          THE COURT:  Well, I'm hopeful, too.

24          Anything else, Mr. Slater?

25          MR. SLATER:  No, I was going to say if counsel were

1  to say, I need 15 or 20 more minutes, of course I would agree

2  to it under these circumstances.

3          My concern is, Oh, we don't know, we need to go back

4  and talk to our team; and I can guarantee, Your Honor, under

5  those circumstances you'll be getting briefs from us.

6          THE COURT:  All right.  Well --

7          MR. SLATER:  Because the scheduling is going to be

8  very, very difficult after we were led to believe that we had

9  given -- we had complied with the order, and we were led to

10  believe that those dates had been accepted.  So I don't know

11  that it's going to be so easy to find additional dates where

12  counsel and everybody else can be for more depositions.  But I

13  hope, as Your Honor hopes, that this doesn't become an issue we

14  have to bring back to you.  But if we walk out of that room and

15  they say they want another three hours, unless something really

16  extraordinary happens we'll be filing more motions.

17          THE COURT:  Well, I want to say this, please.  I just

18  want to say this, that I expect that you'll be able to work it

19  out.  I think you should be able to work it out.  I don't think

20  every deposition has to take ten hours.  I don't think every

21  deposition has to take eight hours.  But might get to that

22  point where you're rushed because you're limited to seven hours

23  and you can't go for another 30 minutes.

24          I expect that reasonable people will work that out.

25  Nobody wants to bring anybody back a second day, and I think

1  there should be great incentive to accomplish the deposition

2  within the seven hours.  And I understand that if they come

3  back and they say, Oh, no, no, no, we've got to look at the

4  transcript and let you know how many more hours we have,

5  whether we're going to need those three additional hours, I

6  expect I'll be seeing stuff in writing from you all in terms of

7  briefs, and I'll deal with it then.  But I expect you all to

8  work together to get this done in a professional way.

9          MR. SLATER:  One last question, Your Honor, in terms

10  of if there's subsequent questioners, am I correct that those

11  subsequent questioners are to ask new questions on new issues

12  and not just duplicate what the other lawyer did?

13          THE COURT:  Yes, you are correct.

14          MR. SLATER:  Thank you.

15          THE COURT:  So it's clear, it is not a second chance

16  to ask the same question over and over again.  Hey, I've sat

17  through plenty of proceedings in my days where the same

18  question gets asked repeatedly until the witness answers in a

19  way that the questioner is happy with, but that's not going to

20  happen here.  You get --

21          MR. SLATER:  We --

22          (Simultaneous crosstalk.)

23          THE COURT:  -- you ask your question.  You get your

24  answer.  That's it.

25          MS. COHEN:  No, we totally understand.  You know, we

United States District Court
Camden, New Jersey

1  want the same in return.  I mean, obviously all these rules

2  apply both ways, and we certainly don't want to --

3                THE COURT:  Sure --

4                MS. COHEN:  -- open our experts up to repeat.  So

5  we're all in the same boat together, and we're going to make it

6  work.

7                THE COURT:  Okay.  Good.  All right.  Anything else?

8                MS. COHEN:  Thank you all.

9                THE COURT:  Okay.  Thanks, Rhéa, for being available

10  on such short notice.

11                MS. COHEN:  Yes, we appreciate that very much.

12                THE COURT REPORTER:  You're welcome.

13                THE COURT:  Do you need me to reduce this to an

14  order?

15                MR. SLATER:  I think it might help but --

16                MS. COHEN:  Yeah.

17                MR. SLATER:  -- it's up to Ms. Cohen.  I mean, we

18  have the transcript -- frankly, we have the transcript.  It's

19  sufficient for me.

20                MS. COHEN:  I'm fine with the transcript as well.  I

21  think you were very clear in your rulings.

22                THE COURT:  All right.  If you need any more clarity,

23  let me know, but I won't issue an order.  We'll rely upon the

24  transcript.

25                And, again, thanks, Rhéa, again for being available

1    on short notice.

2              THE COURT REPORTER:  You're welcome, Judge.

3              (Proceedings conclude 1:55 p.m.)

4         ------------------------------------------------

5         I certify that the foregoing is a correct transcript

6    from the record of proceedings in the above-entitled matter.

7

8

9    /S/Rhéa C. Villanti, CCR, CRCR              8/9/21

10   Court Reporter/Transcriber

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MR.
SLATER:
**[28]**   4/2
4/15 7/2
7/5 7/20
8/6 9/22
13/6 14/24
15/6 16/17
16/21
16/23 17/8
17/23 18/1
20/1 20/13
21/10
21/21
24/10
26/25 27/7
28/9 28/14
28/21
29/15
29/17
**MS. COHEN:**
**[28]**   2/5
2/7 2/10
5/21 6/25
7/4 7/21
8/7 12/4
12/7 13/11
16/19
17/22
17/25
18/19
20/12 21/2
21/11 23/1
25/7 26/14
26/16
28/25 29/4
29/8 29/11
29/16
29/20
**THE COURT**
**REPORTER:**
**[2]**   29/12
30/2
**THE COURT:**
**[30]**   2/3
2/6 2/8
3/25 4/14
6/9 7/17

7/22 9/21
12/6 13/13
15/2 16/15
16/18 17/5
18/18
23/10
25/18
26/15
26/23 27/6
27/17
28/13
28/15
28/23 29/3
29/7 29/9
29/13
29/22

**/**

**/S/Rhéa [1]**
  30/9

**0**

**07068 [1]**
  1/14
**08101 [1]**
  1/8

**1**

**100 [1]**
  17/12
**103 [1]**
  1/13
**123 [2]**
  16/15
  16/23
**146 [1]**
  17/12
**15 [1]**
  27/1
**1:15 [2]**
  1/9 2/2
**1:19-md-028
75-RBK-KW
[1]**   1/4
**1:55 p.m
[1]**   30/3

**2**

**20 [3]**
  17/3 26/20
  27/1

**200 [1]**
  1/16
**2021 [1]**
  1/8
**21 [1]**
  30/9
**2500 [1]**
  1/17
**260 [1]**
  13/21
**261 [1]**
  9/14
**27 [1]**
  17/1

**3**

**30 [2]**
  16/24
  27/23
**30305 [1]**
  1/17
**3333 [1]**
  1/17
**3403 [1]**
  1/23
**388 [1]**
  17/9

**4**

**4th [1]**
  1/7

**7**

**732 [1]**
  1/23

**8**

**8/9/21 [1]**
  30/9
**80 [4]**   3/4
  13/4 21/17
  22/3
**80 percent
[1]**   6/2
**895-3403
[1]**   1/23

**A**

**able [11]**
  5/4 7/23
  11/10

19/25   14/6
15/14
22/25
23/17
23/21
27/18
27/19
**about [16]**
  2/24 6/7
  8/7 10/19
  11/2 12/17
  17/13 19/4
  19/17 20/9
  20/15 21/4
  21/6 21/11
  21/25 23/7
**above [1]**
  30/6
**above-entit
led [1]**
  30/6
**abruptness
[1]**   2/13
**absolutely
[2]**   11/6
  12/2
**abstract
[1]**   25/23
**accept [1]**
  21/6
**accepted
[4]**   20/4
  20/22 21/7
  27/10
**accepting
[1]**   21/3
**accomplish
[1]**   28/1
**accomplishe
d [1]**
  23/20
**Actavis [2]**
  1/18 1/18
**ACTION [1]**
  1/3
**actually
[6]**   7/15
  16/10
  16/25 18/5
  19/4 22/18

**ADAM [1]**
  1/13
**additional
[3]**   14/3
  27/11 28/5
**addressed
[1]**   12/14
**adequate
[2]**   10/11
  21/24
**advance [1]**
  25/11
**after [5]**
  2/21 13/15
  13/15
  24/22 27/8
**afterthough
t [2]**   10/5
  20/5
**again [21]**
  2/10 2/14
  3/15 3/22
  5/16 6/5
  7/6 8/9
  8/21 12/15
  13/1 18/20
  19/21
  21/12
  22/16 23/1
  25/7 25/15
  28/16
  29/25
  29/25
**ago [3]**
  11/23
  18/12 20/5
**agree [3]**
  13/8 23/8
  27/1
**agreed [6]**
  2/21 4/8
  4/10 5/2
  10/4 17/2
**ahead [1]**
  15/5
**aided [1]**
  1/20
**airplane
[1]**   7/8
**airplanes
[1]**   7/10

**A**

all [31]
along [3]
  2/6 8/8
  24/6
already [4]
  13/24
  14/8 16/5
  19/13
also [3]
  3/10 5/1
  26/5
always [3]
  9/23 19/25
  24/5
am [8]   7/4
  7/8 13/18
  13/20
  15/25
  23/18
  23/19
  28/10
among [1]
  12/1
amongst [1]
  19/15
amount [4]
  9/9 9/16
  9/17 12/25
another [8]
  3/21 12/8
  14/1 19/9
  21/21
  26/10
  27/15
  27/23
answer [2]
  26/8 28/24
answers [1]
  28/18
any [14]
  4/11 5/4
  10/20 11/3
  11/19
  12/24
  15/22 16/7
  16/7 18/6
  19/2 22/12
  25/6 29/22

anybody [1]
  27/25
anyone [1]
  26/8
anything
  [3]   23/6
  26/24 29/7
anyway [1]
  19/20
apart [2]
  6/13 6/14
apologize
  [2]   2/12
  8/22
apply [5]
  7/14 9/4
  11/14 14/4
  29/2
appointed
  [1]   22/4
appreciate
  [4]   23/15
  26/16
  26/17
  29/11
appropriate
  [2]   24/9
  26/5
appropriate
ly [1]
  6/13
are [40]
area [3]
  4/21 4/22
  18/3
argument
  [1]   22/23
article [1]
  17/14
as [25]
  2/23 3/4
  3/5 3/5
  7/23 7/24
  8/12 8/12
  10/5 11/10
  12/9 12/9
  13/25 14/5
  18/25 19/1
  19/15 20/4
  25/12

as... [1]
  23/12
  25/19
  25/22 26/7
  27/13
  29/20
aside [2]
  11/25
  21/23
ask [21]
  5/5 9/2
  9/6 9/18
  10/19
  10/24
  10/25 11/1
  12/10
  12/17 15/6
  18/2 21/19
  21/25
  22/16
  24/17
  25/10
  25/23
  28/11
  28/16
  28/23
asked [10]
  2/4 5/6
  9/11 9/25
  16/2 20/18
  21/20 25/3
  25/8 28/18
asking [7]
  9/9 19/3
  19/25 23/5
  24/4 24/25
  25/25
associate
  [1]   5/5
Atlanta [1]
  1/17
attached
  [1]   17/11
attachments
  [2]   17/8
  17/10
attendance
  [1]   3/3
attendees
  [1]   3/15
attorneys
  [7]   2/25

3/1 3/3
  6/19 6/20
  7/10 8/1
August [3]
  1/8 15/11
  18/10
availabilit
y [4]
  13/13
  13/25 14/9
  15/15
available
  [3]   15/10
  29/9 29/25
aversion
  [1]   4/9

**B**

back [10]
  9/1 10/6
  11/12 12/8
  14/2 25/14
  27/3 27/14
  27/25 28/3
back-up [1]
  11/12
bare [2]
  4/24 5/9
based [4]
  4/8 11/3
  17/20 20/3
basically
  [2]   3/14
  8/25
basis [2]
  14/17
  25/22
be [93]
because
  [20]   4/5
  5/11 5/16
  7/7 9/16
  10/12
  11/12
  15/25
  16/25 17/3
  18/2 22/24
  23/11
  24/12
  24/14

24/20 25/2
  25/22 27/7
  27/22
become [1]
  27/13
been [21]
  6/12 7/8
  7/10 8/3
  8/3 8/13
  8/14 9/10
  9/10 9/23
  13/14
  13/16
  13/17 14/8
  18/20
  20/20
  23/12
  23/15
  23/17 24/6
  27/10
before [5]
  2/1 5/20
  7/2 18/24
  20/20
being [12]
  2/18 2/22
  4/5 5/16
  13/15 16/1
  18/22
  25/24
  25/25 26/1
  29/9 29/25
belabor [1]
  12/8
believe [6]
  4/15 5/9
  11/11
  23/10 27/8
  27/10
Benicar [2]
  20/9
  21/17
between [4]
  5/24 6/6
  10/20
  22/13
beyond [4]
  15/3 18/21
  19/20 26/8
bibliograph
y [1]   17/6

**B**

big [3]
17/1 17/16
17/17
bit [2]
8/21 13/15
boat [1]
29/5
Boston [1]
11/25
both [7]
6/20 8/24
9/4 14/4
14/22 19/7
29/2
bounds [1]
19/2
brief [3]
15/8 18/15
20/25
briefed [1]
15/21
briefing
[3]  15/21
16/8 22/17
briefly [2]
5/22 12/5
briefs [2]
27/5 28/7
bring [2]
27/14
27/25
bringing
[2]  8/22
22/8
bunch [1]
18/6

**C**

call [4]
2/4 2/13
10/10
26/17
Camden [1]
1/8
came [2]
10/6 15/7
can [48]
can't [5]
17/21

15/22 20/23
26/9 27/23
cancer [2]
11/16
22/11
careful [2]
3/18 3/22
carve [1]
20/6
carved [1]
15/12
case [16]
9/3 9/6
10/18
11/12
14/10
14/16 16/8
18/6 18/24
20/6 20/16
22/20
23/24 24/9
25/22
25/22
case-specif
ic [4]  9/3
9/6 10/18
11/12
cases [3]
13/1 20/14
20/15
causation
[6]  8/16
10/20 11/1
11/6 11/13
14/21
cause [18]
10/9 10/11
11/7 11/16
12/3 14/3
14/15
14/17
15/19 16/9
18/16 20/3
20/7 20/25
21/13
21/14
22/11
23/12
cautious
[2]  6/15

15/7 26/8
CCR [1]
30/9
certainly
[10]  6/21
12/2 12/8
12/21 14/9
14/18 15/2
19/8 26/5
29/2
certify [1]
30/5
challenge
[1]  24/2
chance [2]
15/8 28/15
change [1]
17/19
changed [1]
21/8
changing
[2]  16/6
16/8
checked [1]
4/5
chime [1]
21/2
chunk [1]
17/2
circumstanc
es [3]
11/8 27/2
27/5
cited [1]
11/4
CIVIL [1]
1/3
clarify [1]
24/11
clarity [1]
29/22
clear [3]
4/12 28/15
29/21
client [1]
25/3
close [1]
7/24
COHEN [7]
1/6 1/16

2/4 4/6
5/6 18/18
29/17
Cohen's [1]
5/5
colleague
[2]  2/19
4/5
colleagues
[2]  3/9
3/20
collective
[1]  18/25
come [8]
7/10 10/24
12/8 12/16
14/2 23/4
26/10 28/2
comes [1]
6/18
comfortable
[2]  5/13
5/14
coming [5]
2/20 4/21
4/22 13/2
18/9
Commencing
[1]  1/9
committed
[1]  18/12
complete
[3]  23/8
26/6 26/11
completed
[1]  26/9
completion
[1]  26/10
complex [3]
11/2
21/16
22/19
complexity
[3]  23/3
23/11
23/22
complicated
[1]  18/3
complied
[2]  15/24

2/9 5
comply [1]
18/8
comprehensi
ve [1]
14/19
computer
[1]  1/20
computer-ai
ded [1]
1/20
concern [2]
7/6 27/3
concerned
[2]  11/9
25/4
concerns
[1]  26/4
conclude
[1]  30/3
conclusion
[1]  24/13
conduct [1]
7/23
conducted
[2]  4/25
20/10
conference
[2]  1/5
5/19
conga [1]
24/25
contaminate
d [1]
10/21
contaminati
on [1]
11/15
contemplate
d [1]  10/8
contemplati
ng [1]
21/23
continue
[3]  11/22
15/11
15/20
convincing
[1]  22/23
convoluted
[1]  2/15

**C**

**Cooper [1]**
1/7
**correct [3]**
28/10
28/13 30/5
**corrected [1]** 17/5
**could [10]**
2/11 2/13
8/1 11/7
13/6 15/3
16/9 19/6
20/14
20/25
**counsel [18]** 3/10
4/3 8/11
10/14
10/17 11/9
11/22 13/7
16/6 20/1
20/8 20/9
20/13 25/4
25/14 26/6
26/25
27/12
**count [1]**
22/23
**countless [1]** 9/1
**country [4]**
4/16 4/22
6/4 7/11
**couple [5]**
9/6 11/23
12/17 15/7
25/16
**course [2]**
14/4 27/1
**court [7]**
1/1 1/22
2/3 2/12
3/2 5/2
30/10
**COURTHOUSE [1]** 1/6
**cover [6]**
8/25 9/12

9/14 12/15
17/21
19/10
**covered [1]**
24/18
**COVID [3]**
3/16 4/16
7/8
**crazy [1]**
9/7
**CRCR [1]**
30/9
**create [2]**
12/19
12/24
**created [1]**
23/16
**critical [1]** 8/17
**crosstalk [5]** 7/3
13/12 15/1
16/22
28/22
**cushion [3]**
19/21
20/2 20/3
**cut [2]**
19/10
21/20
**CV [2]**
17/8 17/10

**D**

**Daniel [1]**
4/7
**date [2]**
16/4 19/9
**dates [19]**
9/25 10/1
10/2 10/4
10/4 16/2
16/3 18/9
18/14 20/4
20/5 20/17
20/21
20/22 21/3
21/6 21/7
27/10
27/11

**day [20]**
9/24 11/21
11/22
11/25 12/8
12/22 13/9
13/24
13/25 14/9
15/12
15/15
18/12 19/5
19/22
20/11
21/24 23/8
26/10
27/25
**days [12]**
8/20 9/10
9/11 10/7
10/12
11/23
14/25 15/7
15/10 23/5
23/21
28/17
**deal [4]**
17/16
17/17
25/21 28/7
**dealing [2]**
5/24
14/20
**dealt [1]**
17/3
**decide [1]**
21/13
**decided [1]**
16/5
**deciding [1]** 24/3
**decision [1]** 24/2
**defend [1]**
16/12
**defendant [5]** 3/21
11/14
19/18
20/12
22/12
**defendant's [1]** 11/15

**defendants [15]** 1/18
3/5 5/25
10/21
12/11 13/4
18/22
18/23
19/15
21/18 22/3
22/13 23/2
23/24
25/15
**defending [1]** 6/16
**defense [14]** 2/25
3/11 3/15
4/7 5/11
7/9 8/11
8/24 10/5
10/9 15/16
15/18
20/18 22/4
**depend [2]**
13/13
25/10
**depends [1]**
25/17
**deponents [1]** 9/13
**deposed [5]**
4/5 11/21
16/1 18/22
19/5
**deposition [28]** 3/6
4/3 6/11
6/16 7/25
8/19 8/24
11/3 11/23
11/24 13/8
13/23
14/13
14/14
16/12 17/3
17/4 20/10
20/17
23/19
24/21 25/6
26/6 26/11

26/11
27/20
27/21 28/1
**depositions [29]** 2/16
4/11 4/25
6/18 8/12
8/14 9/13
9/20 9/25
10/7 10/12
10/19
11/13
11/18
11/20 13/1
13/24 14/5
14/22
15/11
15/13
15/17 16/7
21/1 22/5
23/13 24/7
24/13
27/12
**designated [1]** 8/23
**did [2]**
21/22
28/12
**didn't [2]**
23/5 24/17
**difference [6]** 5/23
6/5 6/6
10/20
21/18
22/13
**different [10]** 5/24
12/11
12/12
12/12
12/13
12/13 13/4
22/12
22/20
**difficult [3]** 6/1
19/16 27/8
**discussion [1]** 21/9

**D**

dissipate
[1]    4/17
DISTRICT
[2]    1/1
1/1
do [25]
4/19 4/23
7/2 7/5
7/6 8/4
9/15 10/7
16/11
16/14
16/18 19/2
19/9 19/25
20/18
21/12
22/16
22/17
22/17 23/5
24/3 24/21
25/22 26/6
29/13
doctor [1]
15/25
does [3]
11/22
22/10
22/11
doesn't [3]
12/19
22/14
27/13
doing [5]
7/18 9/4
16/20
18/16 19/4
don't [34]
done [6]
2/22 12/9
15/13 19/6
22/20 28/8
door [2]
6/22 25/4
down [1]
6/23
Dr [6]
4/23 13/20
15/9 16/12

17/20
22/21
Dr. [2]
16/13
16/23
Dr. Hecht's
[2]   16/13
16/23
drag [1]
24/15
draw [1]
5/12
due [1]
21/19
duplicate
[1]   28/12
duplicative
[2]   22/7
25/1

**E**

each [3]
8/23 19/18
26/18
earlier [1]
19/12
easier [1]
3/24
easy [1]
27/11
efficient
[4]    3/5
8/12 18/25
26/2
efficiently
[1]   12/9
eight [2]
22/8 27/21
Eisenhower
[1]   1/13
either [4]
10/22
21/19 23/7
24/4
else [7]
5/7 7/16
8/1 15/9
26/24
27/12 29/7
email [2]

end [5]
9/8 14/1
17/18
24/21
25/24
endeavor
[2]   25/19
26/6
enough [1]
3/12
entitled
[2]   21/18
30/6
equally [2]
6/20
11/14
especially
[2]   23/24
25/1
ESQUIRE [2]
1/13 1/16
essentially
[2]   16/6
17/19
establish
[3]   10/11
18/16 20/2
established
[1]   23/13
evaluated
[1]   11/17
even [4]
14/20
15/24
16/11
16/19
ever [3]
16/9 18/24
20/20
every [7]
9/20 11/14
11/15
20/10
21/18
27/20
27/20
everybody
[6]    8/8
9/19 15/9

11/7 21/7
21/17
27/12
everybody's
[1]    4/17
everyday
[2]    8/18
8/19
everyone
[2]    7/16
8/13
everyone's
[1]   18/24
Everything
[1]   10/5
exactly [3]
11/15
22/10
22/12
examination
[1]    7/18
examining
[1]    8/5
example [1]
12/5
excessive
[1]   23/14
exist [1]
12/20
expect [9]
11/22   14/5
23/17
24/13
24/20
27/18
27/24 28/6
28/7
expert [14]
2/16 4/19
5/13 5/18
8/15 9/20
9/25 10/14
11/20
11/25 13/9
13/25
14/22 15/3
experts [8]
2/18 4/4
9/3 15/12
16/12
18/11

18/2   22/5
27/12
experts'
[1]   15/16
explored
[1]   22/15
extend [6]
10/6 10/10
10/11
11/20
13/23
19/20
extended
[3]   14/14
18/21
20/14
extending
[1]   24/6
extension
[1]   21/1
extensive
[1]   16/16
extra [4]
6/15 6/15
14/7 22/15
extraordina
ry [1]
27/16

**F**

fact [7]
9/25 13/15
13/16
18/23 19/3
22/3 23/16
fair [1]
19/20
feel [2]
19/7 26/21
feeling [1]
9/16
fifteen [1]
8/20
figure [1]
3/3
figures [1]
12/12
file [1]
26/5
filing [2]
24/20

20/20 29/2/4

**F**

filing...
[1]   27/16
find [7]
16/1 19/8
19/23
20/14
20/15 21/7
27/11
fine [4]
8/4 15/2
22/2 29/20
finish [6]
12/22
17/23
17/24
19/22
19/23 23/7
first [7]
2/18 3/14
3/23 4/3
13/1 18/22
21/22
five [2]
2/18 2/19
folks [1]
19/5
follow [1]
22/7
followed
[2]   9/5
20/16
following
[2]   9/23
21/6
foregoing
[1]   30/5
forth [2]
2/21 9/1
forward [1]
3/3
found [1]
11/23
four [2]
10/3 24/17
frankly [5]
5/15 6/3
11/11 25/5
29/18

free [2]
24/1 26/5
FREEMAN [1]
1/12
Friday [4]
11/21
12/21 13/7
16/1
front [2]
16/10
20/10
fully [1]
6/12
further [2]
3/17
25/10

**G**

gave [2]
11/21
18/14
general [4]
10/20
11/5 11/13
14/21
Georgia [1]
1/17
Gerry [1]
1/7
get [14]
2/13 12/9
15/16
15/19 16/2
18/24 19/6
19/16 25/2
25/14
27/21 28/8
28/20
28/23
gets [2]
14/7 28/18
getting [3]
5/25
17/19 27/5
give [3]
7/17 9/18
16/3
given [4]
23/22
23/22

gives [1]
14/16
go [3]
15/5 27/3
27/23
going [56]
gone [1]
2/12
good [16]
10/9 10/11
11/7 12/2
14/3 14/15
14/17 16/9
18/16 20/3
20/7 20/25
21/13
21/14
23/12 29/7
got [5]
16/1 17/6
20/21
20/21 28/3
great [2]
14/6 28/1
GREENBERG
[1]   1/15
ground [2]
9/12 9/14
group [2]
22/4 25/15
grueling
[1]   13/8
guarantee
[1]   27/4
guess [1]
6/7
guidance
[7]   6/9
6/24 7/17
9/18 14/11
24/11
24/12

**H**

had [11]
4/22 10/25
13/16 15/8
16/3 16/10
18/21

free [2]
2/19
going [56]
hall [1]
6/23
handing [1]
5/7
handle [1]
26/3
handling
[1]   18/11
happen [1]
28/20
happening
[1]   4/4
happens [3]
12/17
25/22
27/16
happy [6]
4/18 12/4
12/21
13/11 25/7
28/19
hard [2]
8/13 25/22
has [12]
6/13 8/13
9/13 11/4
11/25
13/25 17/6
17/9 23/12
24/6 27/20
27/21
have [76]
haven't [3]
14/18
15/22
15/22
having [4]
7/24 12/20
13/4 24/1
he [9]
3/19 4/8
4/19 4/20
4/20 4/22
4/23 11/21
17/9
he's [2]
16/1 17/6
heard [1]

Hecht's [3]
16/13
16/15
16/23
held [1]
2/1
help [2]
2/9 29/15
helpful [1]
6/22
here [13]
7/11 7/23
9/11 10/13
12/24 13/3
14/17
18/17 21/2
21/16 23/5
24/25
28/20
Hey [5]
10/6 17/16
20/6 26/20
28/16
higher [1]
7/11
his [6]
9/14 11/21
13/21 17/8
17/8 17/10
hold [1]
13/18
honest [1]
5/12
honestly
[1]   15/25
Honor [31]
HONORABLE
[2]   1/10
2/2
hope [2]
25/15
27/13
hopeful [2]
26/22
26/23
hopes [1]
27/13
hoping [1]
26/19

**H**

horrific
  [1]   18/11
hour [1]
  15/19
hours [50]
how [12]
  2/8 8/2
  10/21
  16/11
  16/13 17/6
  18/8 21/4
  21/11
  22/13
  24/24 28/4
however [2]
  4/20 8/4
huge [1]
  21/18
humans [2]
  11/16
  22/11

**I**

I'll [7]
  3/23 7/1
  7/17 8/7
  16/24 28/6
  28/7
I'm [32]
I've [6]
  5/6 8/3
  9/10 14/18
  21/16
  28/16
implication
  [1]   11/1
importance
  [2]   23/3
  23/23
important
  [1]   21/17
imposing
  [1]   26/13
Inc [2]
  1/18 1/19
incentive
  [1]   28/1
inclination
  [2]   11/19

including
  [1]   19/17
Industries
  [1]   1/18
input [1]
  5/25
intend [1]
  24/21
invite [1]
  12/10
involved
  [2]   18/21
  18/23
IRBESARTAN
  [1]   1/3
is [72]
issue [27]
  2/8 2/14
  2/24 3/14
  3/23 7/1
  8/9 11/16
  11/17
  12/16
  13/15
  13/17 15/7
  17/18
  18/15
  21/13
  21/21
  22/10
  22/12
  22/13
  22/21
  23/16 24/5
  24/11
  24/24
  27/13
  29/23
issues [12]
  3/16 6/2
  8/16 10/18
  12/13
  19/17
  20/19
  21/16
  21/17 23/3
  23/3 28/11
it [73]
it's [32]

**J**

JERSEY [5]
  1/1 1/8
  1/14 4/21
  7/12
John [1]
  1/7
Judge [8]
  4/2 6/25
  7/6 8/6
  8/10 20/10
  24/4 30/2
judgment
  [1]   24/3
July [1]
  18/13
July 6 [1]
  18/13
jump [1]
  7/1
jumping [1]
  26/17
just [34]

**K**

KATZ [1]
  1/12
keep [2]
  5/9 25/12
kind [1]
  18/8
knew [1]
  16/3
know [48]
known [1]
  26/18
knows [1]
  4/15
Kugler [2]
  20/10 24/4
KW [1]   1/4

**L**

lack [1]
  4/9
Lagana [1]
  4/23
Lagana's
  [1]   16/12
largely [1]
  9/4

last [10]
  2/10 6/7
  15/7 15/7
  15/23 19/9
  19/9 19/23
  20/23 28/9
late [6]
  8/21 8/22
  12/1 12/7
  12/21
  23/16
later [4]
  5/5 13/7
  20/23 21/8
lawyer [3]
  5/4 10/24
  28/12
lawyers [9]
  4/6 4/7
  4/21 10/18
  10/23
  11/10 15/3
  18/2 24/25
lead [2]
  3/9 22/5
leadership
  [1]   22/4
learned [2]
  4/20 4/20
leave [1]
  25/4
led [2]
  27/8 27/9
left [1]
  23/8
length [2]
  13/23
  14/13
lengthen
  [1]   16/7
less [3]
  10/23
  10/25
  16/24
let [8]
  3/23 7/23
  17/12
  17/23
  17/24
  21/24 28/4

let's [1]
  21/6
letter [1]
  21/22
level [1]
  4/8
liability
  [2]   1/4
  17/3
like [11]
  6/1 11/3
  14/10
  17/12
  17/16 19/7
  19/7 19/24
  21/5 22/1
  26/21
limit [10]
  5/15 14/4
  14/13
  14/13
  14/23
  15/19
  23/13
  23/19
  23/19
  26/13
limitation
  [1]   25/5
limited [6]
  9/19
  10/20 11/5
  13/3 25/12
  27/22
limits [1]
  21/11
line [2]
  5/12 24/25
lion's [2]
  9/5 25/8
lists [1]
  16/25
literature
  [3]   11/5
  17/10 18/7
litigation
  [8]   1/4
  6/10 8/10
  8/17 8/19

**L**

litigation... [3] 20/9 23/11 23/12
litigations [4] 9/10 13/2 18/20 23/4
little [1] 8/21
live [1] 4/18
LLC [2] 1/12 1/18
LLP [1] 1/15
Lockard [1] 2/19
logistics [2] 14/7 22/1
long [3] 2/15 8/3 26/18
look [3] 13/20 18/5 28/3
looked [1] 14/18
looking [5] 12/24 17/6 19/14 19/19 19/19
LORI [2] 1/16 7/2
LOSARTAN [1] 1/3
lot [6] 5/24 5/25 9/12 9/14 10/12 24/16
loud [1] 26/1
Ltd [1] 1/18

**M**

made [2] 10/16 15/22
magnitude [1] 8/10
main [1] 8/23
major [2] 17/17 17/18
make [13] 4/11 6/6 8/7 8/12 12/22 15/3 17/21 18/25 19/24 22/21 22/22 24/14 29/5
makes [2] 3/24 12/20
making [2] 9/7 17/16
many [7] 9/10 9/11 12/24 17/7 18/22 24/24 28/4
mask [1] 7/16
masked [3] 7/19 7/22 8/5
masks [1] 7/15
mass [4] 8/19 18/20 20/8 20/8
MASTER [2] 1/10 2/2
matter [5] 6/21 23/22 23/23 24/6 30/6
maximum [1] 5/11
may [9] 9/2 3/3725 10/12 10/18 12/6 12/16 13/23 14/20 26/2
maybe [7] 13/2 13/16 13/20 17/3 19/9 22/6 25/16
MAZIE [1] 1/12
md [1] 1/4
me [11] 7/14 13/17 14/16 17/12 17/23 17/24 21/14 26/7 29/13 29/19 29/23
mean [14] 3/11 11/20 12/5 13/21 15/7 15/18 16/2 16/13 16/24 17/15 18/7 18/10 29/1 29/17
means [1] 10/19
mechanical [1] 1/20
medical [1] 11/4
mentioned [1] 4/3
might [2] 27/21 29/15
mind [2] 21/8 25/13
minimum [2] 4/24 5/9
minute [2] 2/11 15/23

minutes [1] 9/2
26/20
27/1 27/23
misleading [1] 22/9
mispronounce [1] 13/21
MITCHELL [1] 1/6
month [3] 15/11 15/13 18/10
more [28] 5/13 5/14 6/11 10/12 10/22 10/25 11/6 13/8 15/14 18/1 18/9 18/23 19/3 20/6 20/18 20/24 22/24 24/15 24/22 25/5 25/14 25/21 26/20 27/1 27/12 27/16 28/4 29/22
most [4] 8/25 17/8 17/10 26/2
motion [3] 22/17 24/14 26/5
motions [1] 27/16
motivation [1] 24/5
move [2] 24/2 24/6
Mr [1] 13/20
Mr. [13] 2/6 3/19 3/23 4/1

14/16 15/5
21/14 24/1
26/4 26/18
26/24
Mr. Slater [13] 2/6 3/19 3/23 4/1 7/18 9/21 14/16 15/5 21/14 24/1 26/4 26/18 26/24
Ms. [8] 2/4 2/19 4/6 5/5 5/6 18/18 21/3 29/17
Ms. Cohen [5] 2/4 4/6 5/6 18/18 29/17
Ms. Cohen's [1] 5/5
Ms. Lockard [1] 2/19
Ms. Walker [1] 21/3
much [7] 5/23 7/11 10/21 19/25 22/14 24/18 29/11
multiple [5] 10/23 11/9 12/10 18/2 20/16
mush [3] 13/10 15/4 19/7
must [2] 7/22 8/5
my [14] 2/19 3/9 3/20 4/5 5/6 7/6

**M**

my... [8]
  7/9 16/20
  17/22
  18/10 24/5
  25/14 27/3
  28/17
Mylan [1]
  3/10

**N**

name [1]
  13/21
nature [4]
  14/16
  23/10
  23/11 24/9
NDEA [2]
  10/21
  22/11
NDMA [2]
  10/21
  22/11
NE [1]
  1/17
necessary
  [1]   4/24
need [28]
  5/7 10/9
  10/23
  10/25 12/2
  14/1 14/12
  15/19
  15/20
  18/15
  19/21 20/2
  20/3 20/3
  20/7 22/15
  22/17
  22/17
  22/24
  24/15
  24/17
  24/25 25/9
  27/1 27/3
  28/5 29/13
  29/22
needed [2]
  10/1 22/25
needs [2]

negotiate
  [1]   9/8
negotiated
  [1]   8/20
never [4]
  10/8 11/7
  20/18
  20/25
new [9]
  1/1 1/8
  1/14 4/21
  4/21 7/12
  22/7 28/11
  28/11
New Jersey
  [2]   4/21
  7/12
next [10]
  2/20 3/8
  5/3 6/22
  11/21 12/7
  12/21 13/7
  16/1 16/13
Nigh [1]
  4/8
night [1]
  19/8
no [21]
  5/7 6/11
  7/21 8/7
  9/15 10/4
  10/23 11/6
  12/2 12/2
  16/17
  17/16 20/7
  21/10 25/5
  25/23
  26/25 28/3
  28/3 28/3
  28/25
Nobody [1]
  27/25
non [1]
  22/7
non-duplica
tive [1]
  22/7
normal [3]
  7/24 17/13

not [61]
notes [1]
  25/25
nothing [3]
  11/2
  17/13 18/7
notice [4]
  18/8 26/17
  29/10 30/1
noticed [1]
  14/8
now [15]
  2/17 4/4
  4/16 4/17
  8/14 10/6
  11/25
  15/10
  15/21 16/6
  16/24 18/3
  20/23
  21/21 24/1
number [13]
  1/3 4/13
  8/11 9/23
  10/8 10/8
  20/3 20/4
  23/2 23/2
  23/23
  23/24
  25/13
numbered
  [1]   17/11

**O**

object [2]
  9/22 9/22
objecting
  [1]   22/6
objection
  [2]   7/21
  10/4
obviously
  [4]   8/11
  8/15 9/13
  29/1
off [4]
  5/7 13/3
  19/11
  21/20

offered [1]
  20/4
Official
  [1]   1/22
Oh [4]
  20/23
  25/23 27/3
  28/3
okay [9]
  4/14 6/25
  7/17 7/20
  7/21 7/22
  26/14 29/7
  29/9
once [1]
  25/14
one [43]
ones [2]
  9/6 25/16
only [17]
  3/6 3/18
  3/19 4/8
  4/25 6/4
  10/20
  10/22
  13/24
  13/25 14/8
  14/20
  18/19 19/4
  22/13
  24/14
  25/23
open [2]
  25/4 29/4
opinion [4]
  11/5 11/6
  18/6 22/15
opinions
  [1]   11/4
opportunity
  [1]   13/19
order [16]
  2/20 10/1
  13/16
  14/12
  14/12
  15/12 16/4
  16/4 16/6
  17/19
  17/20

20/17 27/9
29/14
29/23
other [32]
others [1]
  26/2
otherwise
  [2]   14/14
  24/2
our [10]
  2/3 6/2
  8/24 17/18
  19/13 21/8
  25/7 25/15
  27/4 29/4
ourselves
  [1]   19/15
out [17]
  3/3 3/22
  6/1 11/23
  14/7 15/12
  19/2 20/6
  22/2 24/16
  26/1 26/19
  26/21
  27/14
  27/19
  27/19
  27/24
outside [1]
  12/20
over [8]
  4/22 6/3
  10/7 14/24
  19/8 23/20
  28/16
  28/16
overly [1]
  11/2
overnight
  [1]   13/11

**P**

p.m [3]
  1/9 2/2
  30/3
pages [9]
  9/14 13/22
  16/15

**P**

pages...
[6]  16/23
16/25 17/1
17/3 22/24
23/2
panicked
[1]  9/16
Panigrahy
[2]  13/20
22/22
Panigrahy's
[3]  13/21
15/9 17/20
parameters
[2]  21/5
21/6
parcel [1]
21/8
Parkway [1]
1/13
part [5]
17/1 19/9
19/9 19/23
21/8
participati
ng [1]
5/17
parties [1]
23/23
partner [1]
5/6
parts [1]
7/10
pass [1]
8/8
passed [1]
25/25
pause [1]
4/22
peculiar
[1]  17/13
peer [2]
17/9 17/14
peer-review
ed [2]
17/9 17/14
people [21]
3/7 3/11

3/16 4/9
4/24 5/10
5/10 5/13
5/14 5/16
6/5 7/9
7/13 7/15
9/2 9/6
12/10 22/6
22/8 24/24
27/24
per [1]
13/4
percent [1]
6/2
perhaps [2]
3/7 19/12
period [1]
17/21
person [23]
2/22 2/23
3/1 3/2
3/6 3/7
3/11 3/15
3/16 4/23
5/1 5/18
5/20 8/23
9/4 22/1
22/6 25/9
25/16
25/20
25/23
25/25 26/1
personal
[1]  7/6
personally
[2]  4/18
7/7
persons [3]
6/12 6/17
7/25
Pharma [1]
1/18
Pharmaceuti
cal [1]
1/18
Pharmaceuti
cals [1]
1/18
phase [1]
8/15

phases [1]
8/13
phone [1]
2/4
Piedmont
[1]  1/17
pills [3]
10/22
11/15
22/14
plaintiff
[2]  4/6
8/25
plaintiffs
[3]  1/14
2/18 6/18
plaintiffs'
[3]  3/1
4/4 5/10
plan [1]
25/8
planning
[1]  3/10
plausibly
[2]  11/16
22/11
Plaza [1]
1/7
please [3]
17/23
17/24
27/17
plenty [2]
20/15
28/17
plus [1]
3/21
point [2]
3/19 27/22
pointing
[1]  17/20
posing [1]
26/1
possible
[6]  3/5
7/24 8/12
12/9 19/1
25/12
potentially
[1]  11/19

precluded
[1]  5/16
preferred
[1]  12/23
present [4]
6/12 6/17
6/20 8/2
presents
[1]  24/7
pressed [1]
13/16
presumptive
[1]  14/23
primary [2]
11/11
25/20
principal
[1]  25/19
principles
[1]  11/14
probably
[2]  2/11
2/11
problem [1]
17/17
problems
[4]  12/24
23/15
23/18 24/7
proceedings
[5]  1/20
2/1 28/17
30/3 30/6
process [1]
21/19
produced
[1]  1/20
PRODUCTS
[1]  1/3
professiona
l [1]  28/8
professiona
lly [1]
19/23
professiona
ls [2]
14/6 14/6
prompted
[1]  26/2
protocol
[1]  16/8

provide [2]
6/10 10/2
provided
[3]  10/1
10/3 20/16
provides
[1]  24/7
providing
[2]  6/24
14/11
publication
s [1]  17/9
put [1]
24/19

**Q**

qualms [1]
8/7
question
[11]  5/18
11/10 23/8
24/24
25/24 26/1
26/8 28/9
28/16
28/18
28/23
questioner
[5]  11/11
11/12
25/19
25/20
28/19
questioners
[3]  25/6
28/10
28/11
questioning
[3]  7/14
9/5 25/16
questions
[19]  5/5
5/7 9/3
10/24
10/25
12/11
12/17 18/3
19/17
21/19
21/25 22/7

## Q

questions... [7]
24/18 25/1
25/1 25/3
25/8 25/10
28/11
quick [1]
2/14
quicker [1]
24/18
quite [2]
14/19
16/16
quoting [1]
10/14

## R

raise [1]
13/17
raised [7]
13/15
13/18
19/11
19/17
19/18
23/16
23/17
rates [1]
7/11
rather [5]
3/12 9/11
9/16 9/18
18/16
RBK [1]
1/4
RE [1] 1/3
read [2]
14/18 18/4
reading [1]
19/14
ready [1]
15/16
realize [1]
3/16
realized
[1] 19/16
really [11]
2/15 3/5
3/20 8/13

8/15 8/22
14/6 16/20
20/24
25/16
27/15
reason [4]
9/12 10/23
11/6 18/1
reasonable
[8] 5/15
9/17 13/10
13/22
19/20 22/7
23/25
27/24
reasons [2]
9/23 12/1
received
[1] 2/17
reconsidera
tion [2]
24/2 24/4
record [6]
10/11 13/9
15/15
16/10
24/19 30/6
recorded
[1] 1/20
reduce [2]
14/12
29/13
referenced
[1] 4/10
references
[4] 12/11
17/1 17/11
17/12
regard [1]
4/11
related [1]
8/9
relates [1]
2/15
relief [1]
4/17
rely [1]
29/23
relying [2]
23/1 23/2

remote [1]
3/2
remotely
[2] 2/22
19/24
repeat [1]
29/4
repeatedly
[1] 28/18
report [15]
9/14
10/14
13/21
13/22 15/9
16/15
16/19
16/23 17/1
17/2 17/4
17/6 17/20
18/6 22/24
reporter
[6] 1/22
2/3 2/12
3/2 5/2
30/10
Reporter/Tr
anscriber
[1] 30/10
reports
[14] 2/17
10/2 12/14
14/18
15/22 16/3
16/16
16/18 18/4
18/13
19/15
20/21
20/21
22/19
represent
[1] 22/5
require [1]
14/2
requires
[1] 18/7
requiring
[1] 26/7
resolution
[1] 24/9

resolve [1]
23/21
respect [1]
24/3
respond [4]
3/23 5/21
12/4 25/7
response
[2] 21/5
25/9
restrictive
[1] 23/5
return [1]
29/1
reviewed
[2] 17/9
17/14
RheaVillant
i [1] 1/22
Rhéa [5]
1/22 2/3
29/9 29/25
30/9
right [16]
2/22 3/25
4/4 4/16
6/9 9/21
11/25
15/10
16/24 17/5
18/18
23/10
26/15 27/6
29/7 29/22
rights [1]
19/13
risk [2]
4/9 22/11
Road [1]
1/17
room [20]
3/11 4/7
4/9 4/18
4/25 5/3
5/3 5/8
5/11 5/13
5/14 5/18
5/19 6/13
6/13 6/22
6/23 7/7

rooms [1]
3/13
Roseland
[1] 1/14
round [1]
13/2
ruled [1]
23/25
rules [1]
29/1
rulings [1]
29/21
rushed [2]
9/16 27/22

## S

safe [1]
6/4
said [12]
2/11 6/1
8/10 10/6
11/9 16/4
16/4 19/12
20/2 20/23
24/1 25/19
same [7]
11/16
22/10
22/13
28/16
28/17 29/1
29/5
sat [1]
28/16
saw [1]
16/10
say [17]
6/7 13/25
18/19
19/13 20/5
21/22
22/24 23/4
25/11
25/23
26/20
26/25 27/1
27/15
27/17
27/18 28/3

**S**

**saying [5]**
7/25 14/17
17/15 19/8
22/18
**says [7]**
5/6 10/17
15/12
17/19 20/8
25/10
25/17
**schedule
[1]** 14/24
**scheduled
[2]** 13/14
13/24
**schedules
[1]** 18/14
**scheduling
[5]** 17/17
23/15
23/18 24/7
27/7
**science [1]**
8/16
**scientific
[5]** 11/3
11/4 11/13
18/7 20/19
**scientific-
based [1]**
11/3
**seats [1]**
5/19
**second [3]**
7/1 27/25
28/15
**see [6]**
10/15
12/17
17/12 18/4
18/5 26/19
**seeing [1]**
28/6
**seek [1]**
24/22
**seems [1]**
13/17
**seen [2]**

15/22
18/24
17/20
19/11
21/12
21/13
23/16
24/20
25/18
27/19 28/1
**show [11]**
10/9 14/2
15/19 16/9
20/7 20/25
20/25
21/14
22/18
22/25 25/3
**showing [8]**
10/16
11/7 12/2
15/22 16/7
17/21
17/22 20/7
**shown [4]**
14/15
21/14
21/15
21/16
**shuffle [1]**
5/4
**side [7]**
5/10 5/11
6/10 6/16
6/16 8/24
10/9
**sides [2]**
8/24 9/4
**significant
[2]** 6/21
8/15
**Simultaneou
s [5]** 7/3
13/12 15/1
16/22
28/22
**since [3]**
3/9 7/8
8/3
**single [7]**
10/3 10/3

33/29
**sense [2]**
4/17 12/21
**sent [2]**
21/3 25/24
**served [3]**
10/2 16/3
18/13
**set [4]**
10/5 11/25
18/13
21/23
**seven [28]**
8/18 9/12
9/19 9/24
12/25 13/3
13/4 13/9
14/1 14/10
14/19 15/3
15/14
15/19
18/21 19/3
19/4 19/11
23/19
24/15
24/22 26/7
26/8 26/9
26/12
26/19
27/22 28/2
**seven-hour
[1]** 15/19
**share [2]**
9/5 25/8
**she [1]**
21/3
**shoehorn
[1]** 15/9
**shoes [1]**
8/4
**short [4]**
2/20 26/17
29/10 30/1
**should [18]**
2/11 5/11
7/15 7/16
7/19 8/23
11/11
13/17

11/14 20/5
20/17
20/22
21/23
**sit [3]**
5/8 15/14
24/17
**SLATER [15]**
1/12 1/13
2/6 3/19
3/23 4/1
7/18 9/21
14/16 15/5
21/14 24/1
26/4 26/18
26/24
**slight [1]**
2/24
**small [1]**
13/5
**so [57]**
**solution
[1]** 13/10
**some [11]**
3/4 9/2
9/2 9/3
9/10 12/16
16/25 23/4
23/9 25/9
25/9
**somebody
[4]** 3/21
5/17 6/22
8/1
**someone [3]**
5/7 12/16
18/22
**something
[8]** 8/9
13/18
17/12
19/24
21/25
24/18
24/20
27/15
**sooner [3]**
13/17
13/18
23/17

**sorry [2]**
2/10 7/4
**sort [3]**
2/13 2/23
12/23
**sorts [1]**
25/1
**sound [1]**
17/16
**sources [1]**
17/7
**space [3]**
3/12 6/14
6/14
**spaced [1]**
6/13
**speak [1]**
7/9
**speaking
[2]** 7/16
7/19
**SPECIAL [2]**
1/10 2/2
**specific
[11]** 4/8
9/3 9/6
10/18
11/12
12/16
18/12 19/4
19/17
22/21
25/13
**spend [1]**
24/16
**spots [1]**
18/25
**spread [1]**
3/22
**staff [1]**
8/2
**stand [2]**
17/5 24/23
**standard
[3]** 8/18
9/24 18/5
**start [2]**
13/3 18/9
**started [4]**
7/8 8/21

**S**

started...
  **[2]**   19/14
  19/14
starting
  **[1]**   4/17
STATES **[1]**
  1/1
statistics
  **[1]**   12/13
Status **[1]**
  1/5
stay **[6]**
  12/7 12/21
  13/7 13/11
  19/8 26/8
stenography
  **[1]**   1/20
still **[1]**
  4/23
Streets **[1]**
  1/7
string **[1]**
  22/8
stuff **[1]**
  28/6
subject **[2]**
  17/2 17/4
subsequent
  **[2]**   28/10
  28/11
such **[2]**
  3/17 29/10
suddenly
  **[1]**   16/1
sufficient
  **[5]**   6/14
  14/10
  14/17
  14/20
  29/19
suggested
  **[1]**   9/11
suggesting
  **[2]**   3/8
  3/19
suggests
  **[1]**   13/7
Suite **[1]**
  1/7 1/7
super **[1]**
  22/19
support **[1]**
  8/2
supposed
  **[1]**   16/14
sure **[5]**
  8/8 12/22
  17/25
  20/13 29/3
surprised
  **[1]**   20/19
switch **[3]**
  5/4 5/5
  5/19
switching
  **[1]**   9/1

**T**

take **[10]**
  2/6 2/15
  6/18 8/23
  15/16 22/4
  22/14
  22/22
  27/20
  27/21
taken **[3]**
  2/19 14/8
  14/23
taking **[4]**
  3/6 3/9
  6/11 7/24
talk **[2]**
  21/6 27/4
talking **[6]**
  8/21
  19/15 20/9
  20/15
  20/20 21/4
team **[1]**
  27/4
Telephone
  **[1]**   1/5
telephonica
lly **[2]**
  1/11 2/1
tell **[10]**
  10/17

15/25
16/11
16/24
18/10 20/1
24/12
24/12
24/21
telling **[2]**
  17/16
ten **[18]**
  8/20 9/11
  9/15 9/17
  9/20 10/7
  12/20
  13/23 14/5
  14/14
  14/23 23/6
  23/12
  23/13
  23/20
  23/25
  26/13
  27/20
Terminus
  **[1]**   1/16
terms **[3]**
  11/1 28/6
  28/9
Teva **[2]**
  1/18 1/18
text **[1]**
  17/1
texts **[1]**
  25/24
than **[16]**
  3/12 6/11
  7/11 9/11
  9/16 9/18
  10/13 13/9
  15/14
  16/25
  18/16
  18/23 19/3
  24/15 25/5
  25/21
thank **[9]**
  3/25 4/2
  6/25 7/20

8/6 24/10
24/12
28/14 29/8
thanks **[2]**
  29/9 29/25
that **[135]**
that's **[27]**
  3/23 4/4
  6/7 6/7
  6/24 8/4
  10/22
  11/17
  11/17
  11/20
  11/21
  11/21
  12/22
  13/10
  13/21 16/4
  17/10
  17/13
  18/13
  19/12
  19/20 22/3
  22/9 22/14
  23/14
  28/19
  28/24
their **[6]**
  10/21
  18/13
  20/20
  21/19 25/2
  25/3
them **[7]**
  2/19 2/21
  10/7 14/18
  21/19
  21/20 24/8
then **[12]**
  3/9 7/1
  7/16 9/5
  9/8 10/5
  19/8 20/21
  20/23
  24/22
  25/24 28/7
there **[32]**
there's
  **[23]**   5/7

9/10 9/12
9/14 10/23
11/2 11/6
11/19
11/24 12/1
17/13 18/6
18/6 18/7
22/3 22/4
22/12 23/6
24/14
25/21
28/10
thereafter
  **[1]**   23/9
thereof **[1]**
  4/9
these **[27]**
  3/3 8/12
  9/13 10/6
  10/11
  10/19 11/7
  11/12
  11/13
  11/17
  11/19 13/1
  13/14
  15/11
  15/12
  16/11
  16/15
  18/11
  18/13
  20/21 21/1
  21/16
  21/17 22/5
  22/19 27/2
  29/1
they **[51]**
they'd **[1]**
  20/24
they're
  **[11]**   7/13
  14/19 15/8
  15/14
  17/15
  17/19
  21/24 22/8
  22/16
  22/18

**1**

they're...
[1]   24/15
they've [2]
10/16
11/4
thing [5]
6/7 12/23
13/6 15/23
18/19
things [2]
13/14
24/16
think [55]
third [1]
13/2
this [64]
THOMAS [2]
1/10 2/2
those [13]
7/18 8/4
10/24
13/23 14/8
19/18
23/18 26/9
26/12 27/5
27/10 28/5
28/10
though [1]
14/20
thought [3]
2/13 8/22
9/17
three [19]
2/21 2/25
3/11 3/14
3/15 4/7
5/24 6/6
6/11 6/19
6/19 7/25
9/9 10/3
14/1 14/3
14/7 27/15
28/5
through [3]
23/18
24/8 28/17
tight [1]
12/25

time [26]
6/18 8/3
9/9 9/17
11/7 14/5
16/1 17/21
18/2 18/21
18/22
19/23 20/6
20/18
20/18
20/24
21/23
22/15
22/24 23/9
24/16
24/22 26/8
26/16
26/18
26/21
times [1]
9/1
timing [1]
10/10
today [6]
2/19 2/23
2/25 3/15
12/18 26/7
together
[5]   12/23
18/25
19/22 28/8
29/5
told [7]
4/6 4/7
10/1 17/23
18/1 20/17
21/24
too [8]
2/15 2/15
7/15 9/7
12/1 13/5
19/25
26/23
tort [1]
18/20
torts [3]
8/20 20/8
20/8
totally [1]
28/25

transcriber
[1]   30/10
transcript
[8]   1/20
25/2 28/4
29/18
29/18
29/20
29/24 30/5
transcripti
on [1]
1/20
TRAURIG [1]
1/15
trials [1]
6/3
trouble [2]
12/19
19/19
true [2]
19/12
22/19
try [3]
9/8 12/15
25/11
trying [7]
3/3 3/5
5/25 12/8
12/19
18/24 25/4
two [23]
2/20 2/22
3/1 3/7
3/12 3/14
3/20 4/6
5/10 5/10
5/24 6/6
6/17 8/20
10/3 10/7
10/12
14/25
18/11 22/6
23/4 23/20
25/6

**U**

U.S [1]
1/6
under [4]
11/7 21/19

underlying
[1]   12/13
understand
[10]   6/21
10/15 14/9
14/19 15/2
25/18 26/4
26/12 28/2
28/25
understandi
ng [2]   7/9
11/22
understood
[1]   9/24
underway
[1]   2/16
UNITED [1]
1/1
unless [2]
14/14
27/15
Unlike [1]
21/17
unreasonabl
e [2]   19/3
23/7
until [1]
28/18
up [15]
2/20 6/11
6/17 9/20
11/12
12/20 15/7
18/9 22/7
22/22
23/21
25/24
26/10 29/4
29/17
upcoming
[1]   2/16
upon [2]
13/13
29/23
urge [2]
26/6 26/11
us [9]
9/18 10/1
10/6 19/11

21/24
21/24
24/21 27/5
USA [1]
1/18
usable [1]
4/10
use [2]
6/13 9/15
using [1]
15/8

**V**

vaccinated
[7]   3/18
6/5 6/12
6/12 6/17
6/19 7/25
VALSARTAN
[1]   1/3
VANASKIE
[3]   1/10
2/2 8/10
variants
[1]   3/17
variation
[1]   10/22
various [1]
2/17
versus [1]
3/14
very [16]
3/17 6/4
8/17 9/17
12/25 19/4
19/4 19/16
21/16
22/22 23/5
25/3 27/8
27/8 29/11
29/21
videographe
r [2]   3/2
5/2
Villanti
[3]   1/22
2/3 30/9
virtually
[2]   19/10

virtually..
. [1]   23/9
voice [1]
 25/2

**W**

waived [2]
 13/19
 19/13
walk [2]
 5/18 27/14
Walker [1]
 21/3
walking [1]
 24/25
want [29]
 3/20 4/11
 4/24 5/9
 6/19 7/13
 8/11 9/2
 10/6 10/18
 11/10 12/9
 12/10
 12/22 18/2
 19/21 20/2
 20/6 20/24
 22/21 23/4
 24/11 25/2
 26/6 27/15
 27/17
 27/18 29/1
 29/2
wanted [6]
 9/8 11/24
 18/1 19/5
 24/11
 24/19
wants [6]
 3/21 5/4
 5/17 10/24
 12/16
 27/25
was [35]
wasn't [1]
 21/7
waterfront
 [2]   9/1
 12/15
way [6]

15/2  24/4
24/14 26/2
28/8 28/19
ways [5]
 6/20 14/4
 14/22
 19/10 29/2
we [125]
We'd [1]
 21/5
we'll [12]
 3/18 6/4
 10/7 12/17
 14/12
 22/22
 22/22
 22/25
 25/21
 25/24
 27/16
 29/23
we're [29]
 3/5 3/17
 5/24 5/25
 7/5 7/22
 7/23 8/14
 12/8 12/15
 12/19
 12/24 13/2
 13/8 14/20
 16/14
 18/16
 18/24
 19/19
 19/19
 20/15 21/4
 21/11
 21/21
 24/13
 25/11 28/5
 29/5 29/5
we've [9]
 5/2 6/1
 8/20 12/23
 17/2 18/20
 18/21
 26/18 28/3
wear [1]
 7/15
week [7]

3/8 12/7
15/8 16/13
20/23
weekend [2]
 11/24
 16/2
weeks [2]
 18/12
 18/12
weigh [1]
 24/5
welcome [2]
 29/12
 30/2
well [12]
 2/23 6/9
 11/10
 20/20
 20/20
 21/21
 24/10
 25/21
 26/23 27/6
 27/17
 29/20
were [13]
 2/21 4/6
 9/25 10/4
 19/4 19/18
 20/19
 21/23 23/5
 26/25 27/8
 27/9 29/21
weren't [2]
 20/15
 20/19
what [20]
 2/8 10/19
 12/17
 15/25 16/4
 16/8 16/11
 16/13
 17/18
 18/16 20/8
 20/13
 20/17
 20/19 21/4
 22/18
 25/10

25/24
28/12
what's [4]
 4/16 10/13
 10/15
 22/20
whatever
 [2]   23/8
 26/21
when [19]
 4/20 4/20
 5/6 6/17
 7/24 9/23
 9/25 10/2
 10/14
 10/17 11/9
 11/22 14/7
 14/22
 15/19 16/3
 18/12
 18/13 21/3
where [16]
 7/11 9/10
 11/3 11/4
 12/19
 19/18
 20/14
 20/15
 20/16 23/4
 24/23 25/4
 26/19
 27/11
 27/22
 28/17
whether [4]
 21/23
 23/20 24/3
 28/5
which [7]
 2/16 8/10
 8/16 20/9
 20/17
 20/25 22/2
while [2]
 8/18 20/5
who [10]
 5/20 6/12
 7/18 8/4
 10/25 14/8

18/11
21/25
whole [1]
 8/17
why [6]
 10/23 14/9
 14/19
 15/19
 17/21 22/3
will [21]
 3/8 5/3
 5/21 6/5
 6/20 9/3
 9/4 13/9
 13/13 14/4
 14/5 14/13
 14/14
 14/23
 23/17
 23/21
 24/17
 24/20
 25/10 26/1
 27/24
willing [2]
 4/19 4/23
within [4]
 26/7 26/9
 26/12 28/2
without [4]
 2/12 9/6
 16/7 16/7
witness [8]
 7/14 11/3
 11/10 13/4
 14/22
 25/10
 25/17
 28/18
witnesses
 [2]   2/16
 13/14
won't [2]
 25/25
 29/23
work [14]
 6/20 14/7
 19/22
 19/24 21/4

**W**

**work... [9]**
23/18
24/8 26/19
26/21
27/18
27/19
27/24 28/8
29/6
**worked [3]**
6/1 12/23
22/2
**working [2]**
8/3 8/13
**would [16]**
3/11 4/10
6/7 6/9
6/22 9/17
9/19 9/24
10/9 10/14
12/21
13/16
14/10
15/18
15/20 27/1
**writing [1]**
28/6

**Y**

**Yahoo.com
[1]   1/22**
**yeah [4]**
15/6 18/19
19/11
29/16
**years [1]**
12/24
**Yes [7]**
2/5 2/7
2/10 4/1
7/21 28/13
29/11
**York [1]**
4/21
**you [104]**
**you'd [1]**
18/5
**you'll [3]**
13/25 27/5
27/18

**you're [11]**
7/15 7/24
8/2 19/13
24/1 26/5
26/9 27/22
27/22
29/12 30/2
**your [41]**
**yourselves
[1]   6/14**

**Z**

**Zoom [3]**
5/1 5/17
22/2