IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | CIVIL NO. 19-2875 (RBK/JS) |
| | Honorable Robert B. Kugler District Court Judge |
| *This Document relates to:* | |
| SHEILA ZUCKERMAN & JOSEPH ZUCKERMAN | Honorable Joe Schneider Magistrate Judge |
| vs. | NOTICE OF DISMISSAL |
| AUROBINDO PHARMA, LTD., et al | Civil Action No. 1:20-cv-01883 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, SHEILA ZUCKERMAN and JOSEPH ZUCKERMAN, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of their voluntary dismissal of all claims asserted against Aurobindo Pharma, LTD., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC, without prejudice, in the above-entitled matter.

Specifically, Rule 41(a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its claims without prejudice and without a Court Order by notice at any time prior to the Defendants filing an Answer or moving for summary judgment. As of the filing of this Notice, no Defendant has filed an Answer in this action. In light thereof, Plaintiff asserts the voluntary dismissal by notice alone is appropriate under Rule 41(a)(1)(A)(i).

DATE: 8/9/21

By: _____
Gary F. Franke, Esq.
Gary Franke Co. LPA
120 E. 4th St., Ste 1040
Cincinnati, OH 45202
Telephone: (513) 564-9222
Facsimile: (513) 564-9990
gff@garyfrankelaw.com