IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| IN RE Valsartan N-Nitrosodimethylamine (NDMA) Products Liability Litigation  This Document Relates to All Actions | MDL No. 2875 Case No.: 1:19-md-02875-RBK-JS |
|---|---|

## SUBSTITUTION OF APPEARANCE OF COUNSEL

Please withdraw the appearance of Richard J. Sexton, Esquire, as attorney for defendant, Weis Markets, Inc. on this Court's MDL master docket.

Please enter the appearance of Patrice S. O'Brien, Esquire, as attorney for defendant, Weis Markets, Inc. on this Court's MDL master docket.

Richard J. Sexton, Esquire

Patrice S. O'Brien, Esquire

RAWLE & HENDERSON LLP
The Widener Building
1339 Chestnut Street – 16th Floor
Philadelphia, Pa  19107
Tel:  (215) 575 4200
Fax: (215): 563-2583
Email: rsexton@rawle.com
        pobrien@rawle.com

Dated: August 13, 2021

15084668-1