## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Substitution of Appearance of Counsel was electronically filed with the Court and notification sent to all counsel by the Court.

                                                    RAWLE & HENDERSON LLP

                                                    Richard J. Sexton, Esquire

Date:  August 13, 2021

15069705-1