# CERTIFICATE OF SERVICE

    I, Seth A. Goldberg Esq., hereby certify that a complete copy of the foregoing ZHP Parties' Brief in Opposition to Plaintiffs' Motion to Compel and Declaration in Support thereof have been filed electronically on the docket for this matter and are available for viewing and downloading from the ECF system. These documents are being served via ECF upon Counsel for Plaintiffs and all counsel of record in the Court's electronic filing on August 13, 2021.

                                               */s/ Seth A. Goldberg*
                                               Seth A. Goldberg