# EXHIBIT A

Confidential Information Subject to Protective Order

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
 2                     CAMDEN VICINAGE
 3

    ****************************
 4  IN RE:  VALSARTAN, LOSARTAN,    MDL No. 2875
    AND IRBESARTAN PRODUCTS
 5  LIABILITY LITIGATION            Civil No.
                                    19-2875
 6  ****************************    (RBK/JS)

    THIS DOCUMENT APPLIES TO ALL
 7  CASES                           HON ROBERT B.
                                    KUGLER
 8  ****************************
 9          - CONFIDENTIAL INFORMATION -
              SUBJECT TO PROTECTIVE ORDER
10
11
12           Remote Videotaped via Zoom
13  Deposition of LIHONG (LINDA) LIN, commencing
14  at 7:07 a.m. China Standard Time, on the 4th
15  of May, 2021, before Maureen O'Connor
16  Pollard, Registered Diplomate Reporter,
17  Realtime Systems Administrator, Certified
18  Shorthand Reporter.
19
20                      - - -
21
              GOLKOW LITIGATION SERVICES
22        877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
23
24
```

```
 1    invite Ting Zhou and Ying Xiong over.
 2         Q.    When did you first find out
 3    that your deposition was going to be taken?
 4         A.    Well, one day in 2020.
 5         Q.    Which day?
 6         A.    I don't recall.
 7         Q.    Which month?
 8         A.    Which month?  I believe it was
 9    sometime in early 2020 -- no, first half of
10    2020, rather.  It was either early 2020 or
11    mid-2020.  I believe it was in April.
12    Actually, I'm not quite sure it was exactly
13    in April.  I believe it was sometime in
14    mid-2020.
15         Q.    Do you keep a calendar where
16    you could look at the calendar and see when
17    you first learned of this?
18         A.    Sorry, I don't keep a calendar.
19    I didn't realize that it's so important to
20    Mr. Slater that -- the first time I heard of
21    this deposition.  I just don't have a habit
22    to remember everything.
23         Q.    Do you have any sort of a
24    calendar, for example, Outlook or something
```

1  electronic, that keeps track of your meetings
2  and your schedule, or do you just remember
3  everything?
4      A.    It goes like this.  For some
5  meetings, like the meeting today, someone
6  would send me the invite, and I would see
7  that invite in my e-mail.
8            In the course of my employment,
9  I would try to remember those meetings and
10 always try to remind me what I should do for
11 the next day.
12           In addition, sometimes my
13 colleagues would remind me of those meetings.
14     Q.    Did you get an e-mail --
15 rephrase.
16           Have you received any e-mails
17 regarding this deposition?
18     A.    What subject are you referring
19 to?
20     Q.    Did you receive any e-mails
21 about this deposition?
22           MS. PRISELAC:  I would
23     object -- I'm sorry, Dr. Shao.
24           I would object and just

Confidential Information Subject to Protective Order

```
 1    would last for about three hours for each
 2    meeting.
 3         Q.    Your preparation for this
 4    deposition with lawyers involved five to six
 5    meetings of three hours on the average each
 6    time, is that your best recollection?
 7         A.    That's correct.
 8         Q.    Do you use a computer?
 9               MS. PRISELAC:  Objection.
10    Vague.
11         A.    Of course.
12    BY MR. SLATER:
13         Q.    What type of computer do you
14    use for work?
15         A.    What do you mean by "what type
16    of computer"?
17         Q.    Is it a laptop?  Is it a
18    desktop?  Does it have a manufacturer's name
19    on it?
20         A.    Now I understand your question.
21               I use a Dell laptop.
22         Q.    How long have you had that
23    laptop for use at work?
24         A.    I started using this laptop
```

Confidential Information Subject to Protective Order

1  April 1st, 2019.  I remember very clearly
2  because the date is April 1st.
3       Q.    What computer were you using
4  for work before April 1, 2019?
5       A.    It was Surface.  Microsoft
6  Surface.
7       Q.    Was that a laptop?
8       A.    It can be called as a laptop.
9  It can also be called as a tablet.
10      Q.    When did you first using the
11 Microsoft Surface?
12      A.    Around 2014.
13      Q.    Why did you switch from the
14 Microsoft Surface to the Dell laptop on
15 April 1, 2019?
16      A.    Because at that time I had
17 trouble turning on Microsoft Surface.
18 Sometimes it would take me 15 minutes to
19 reboot the Microsoft Surface.  I couldn't
20 stand it.
21      Q.    Will ZHP have a record of you
22 switching to a new computer and the reason
23 why, do you know?
24      A.    I don't know.  I made a request

```
 1    for a new computer, and I was given one.
 2         Q.    Was the data and documents on
 3    the Microsoft Surface moved over to the Dell
 4    laptop when you changed computers in
 5    April 2019?
 6         A.    Basically, yes.  I still keep
 7    that Microsoft Surface now.
 8         Q.    Do you keep -- rephrase.
 9               Do you use paper and have paper
10    records for your work in addition to what you
11    put on your computer?
12         A.    I seldomly make paper-based
13    records.  Basically I would just grab a piece
14    of paper, write down something, and throw it
15    away afterwards.
16               In terms of making
17    arrangements, since I am located very close
18    to my subordinates, it would be very quick
19    for me to make arrangements.
20         Q.    How many subordinates do you
21    have?
22         A.    I have many subordinates.  They
23    would always come into the office and go out.
24               So I would like you to clarify,
```

```
 1   what subjects are you referring to when you
 2   mention "subordinates"?
 3           Q.      You mentioned your
 4   subordinates, so I'm asking how many there
 5   are.
 6           A.      If you're asking me for the
 7   total number of subordinates, I will give it
 8   a try to count them.  Approximately, there
 9   are around 50 or 55.
10           Q.      Do you consider people who work
11   at Huahai US, Prinston, or Solco to be your
12   subordinates?
13           A.      No.  I only count my
14   subordinates working in the company
15   headquarters.
16           Q.      Was your Dell laptop and your
17   Microsoft Surface tablet collected so that
18   the information and data could be provided to
19   us as part of this litigation, to your
20   knowledge?
21           A.      That's correct.  That is why I
22   always keep this Microsoft Surface.
23           Q.      You kept the Microsoft Surface
24   so it could be collected and the data could
```