# EXHIBIT B

Confidential Information - Subject to Protective Order

1        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW JERSEY
2                 CAMDEN VICINAGE
                    -   -   -
3

    IN RE:  VALSARTAN,       :   MDL NO. 2875
4   LOSARTAN, AND            :
    IRBESARTAN PRODUCTS       :   CIVIL NO.
5   LIABILITY LITIGATION      :   19-2875
                              :   (RBK/JS)
    _____ :
6                             :

    THIS DOCUMENT APPLIES  :   HON. ROBERT
7   TO ALL CASES           :   B. KUGLER
8        - CONFIDENTIAL INFORMATION -
           SUBJECT TO PROTECTIVE ORDER
9

                    VOLUME I
10

                    -   -   -
11

                  May 27, 2021
12

                    -   -   -
13

14        Videotaped remote deposition of
    JUN DU, taken pursuant to notice, was
15   held via Zoom Videoconference, beginning
    at 9:16 a.m., EST, on the above date,
16   before Michelle L. Gray, a Registered
    Professional Reporter, Certified
17   Shorthand Reporter, Certified Realtime
    Reporter, and Notary Public.
18

19                  -   -   -
20

         GOLKOW LITIGATION SERVICES
21    877.370.3377 ph | 917.591.5672 fax
              deps@golkow.com
22

23

24

Confidential Information - Subject to Protective Order

1    bit of experience and the fact that you

2    went to New Jersey Institute of

3    Technology.  Is that -- what we were

4    provided, was that the most up-to-date

5    LinkedIn profile?

6           A.    Could you please repeat your

7    question?

8           Q.    Did you provide us your most

9    recent LinkedIn profile?

10          A.    No, I did not.

11          Q.    Somebody provided us a

12   LinkedIn profile for you.  Do you know

13   who did that?

14          A.    I do not know.

15          Q.    Request Number 2 asked if

16   you had any documents to produce that

17   were not produced previously.  Are there

18   any documents that are being produced in

19   connection with this deposition in

20   response to this deposition notice?

21          A.    I keep all my relevant

22   documents and information according to

23   the court order.

24          Q.    And what is your

Confidential Information - Subject to Protective Order

1    understanding as to what -- how you were

2    supposed to keep those documents pursuant

3    to the court order?

4             A.    I'm supposed to keep all the

5    relevant documents.

6             Q.    When did you first find out

7    that you had to hold your documents and

8    not delete or destroy anymore?

9             A.    That was since I received

10   the notification from my counsel.

11            Q.    What day was that?

12            A.    I do not recall the exact

13   date.

14            Q.    What year was it?

15            A.    I'm not sure about that

16   either, but I believe it was in 2018.

17            Q.    You said when your lawyer

18   told you or your counsel told you.  Which

19   counsel are you talking about?

20            A.    Seth.

21            Q.    What type of computer or

22   computers do you use in your work?

23            A.    I used my desktop computer

24   and my personal computer.

Confidential Information - Subject to Protective Order

```
 1                   MR. SLATER:  There was a

 2         back -- a feedback.  I couldn't

 3         understand the answer, Dr. Shao.

 4                   THE WITNESS:  I used my

 5         desktop computer and my personal

 6         computer.

 7    BY MR. SLATER:

 8         Q.    The desktop, where is that

 9    located?

10         A.    The desktop computer is

11    located in my office at Prinston.

12         Q.    What address is that?

13         A.    700 Atrium Drive, Somerset,

14    New Jersey.

15              The current address is

16    700 Atrium Drive, 2nd Floor, Somerset,

17    New Jersey.  Zip code is 08520.

18              Sorry, I just provided the

19    incorrect zip code.  Let me make a

20    correction.  It's 08873 rather.

21         Q.    What type of desktop --

22    rephrase.

23              What manufacturer or brand

24    of desktop computer is that?
```

Confidential Information - Subject to Protective Order

1        A.    I'm not sure.  It was

2   installed for me by my IT staff.

3        Q.    How long have you had it?

4        A.    I believe it has been there

5   for two to three years also.

6        Q.    Did you have another desktop

7   computer before that at Prinston?

8        A.    There used to be another

9   desktop computer that I used the same

10  hard disc -- or hard drive.

11       Q.    Do you mean the hard drive

12  from the prior computer was brought

13  forward and used with the new computer?

14       A.    That is what my IT staff

15  told me.

16       Q.    Do you know if that hard

17  drive was swept and the documents and

18  information were provided to us?

19       A.    When it comes to my desktop

20  computer, the sweeping was arranged to be

21  done by third party through our consult.

22       Q.    Have you maintained hardcopy

23  documents regarding your work?

24       A.    No, I haven't.

Confidential Information - Subject to Protective Order

1          Q.    Do you have an office in

2   China, at any of ZHP's offices in China?

3          A.    No, I don't.

4          Q.    Do you have a laptop

5   computer?

6          A.    That is correct, I do.

7          Q.    Do you use the laptop for

8   work?

9          A.    That is correct.  I do use

10  my personal laptop computer for work.

11         Q.    Was that laptop -- rephrase.

12               What brand of laptop is it?

13         A.    It is an Apple MacBook.

14         Q.    How long have you had that

15  laptop?

16         A.    I believe I have been using

17  it since 2015 also.  I do not recall the

18  exact year.

19         Q.    Was that laptop provided to

20  the third party that swept the --

21  rephrase.

22               Was that laptop provided to

23  the third party so the documents and

24  information could be provided to us?

Confidential Information - Subject to Protective Order

1        A.    That is correct.

2        Q.    Do you have a smartphone

3    that you use for work?

4        A.    That is correct.

5        Q.    What type?

6        A.    It's an iPhone Model 8.

7        Q.    How long have you had that?

8        A.    I do not recall how long I

9    been using it.  I believe I started in

10    2016 also.

11        Q.    Was that iPhone provided to

12    the third party vendor to pull off

13    documents or information for us?

14        A.    No.

15        Q.    Did anybody ask you for it

16    from work -- rephrase.

17              Did any attorneys or --

18    rephrase.

19              Did anybody ask you for the

20    iPhone so that it could be evaluated so

21    documents and information could be

22    provided to us?

23        A.    No.

24              MR. SLATER:  I don't know

Confidential Information – Subject to Protective Order

1    e-mails between June 4, 2018, and

2    June 12, 2018?

3         A.     Can you repeat your

4    question?

5         Q.     Yeah.  Did you send or

6    receive any e-mails related to your work

7    between June 4, 2018, and June 12, 2018?

8         A.     I do not recall.  I do not

9    know what type of e-mails you're

10   referring to either.

11        Q.     Any e-mails having to do

12   with work.

13        A.     I don't know because I

14   didn't keep track of that.

15               I already kept all the

16   e-mails but I do not recall, because it

17   was long time ago.

18        Q.     Do you keep a calendar?

19        A.     No.

20        Q.     Do you use Outlook to keep

21   track of your appointments?

22        A.     I never, ever used Outlook

23   before.

24        Q.     Do you write down your

Confidential Information - Subject to Protective Order

1  schedule on a piece of paper?

2          A.    I don't do such a thing.

3          Q.    How do you keep track of

4  your schedule without any sort of a

5  calendar whatsoever?

6          A.    In general my secretary

7  would inform me of any meeting in my

8  e-mail.

9          Q.    Who is your secretary?

10          A.    Shi-shi Ouyang, spelled as

11  O-U-Y-A-N-G, as her last name.

12          Q.    Where does she work, what

13  office?

14          A.    In the office of Prinston in

15  New Jersey.

16          Q.    Was that true in June of

17  2018 that she would keep track of your

18  calendar and your schedule?

19          A.    I do not know.

20          Q.    How long has she worked for

21  you?

22          A.    For about two years.

23          Q.    Do you know when she started

24  with you?