# EXHIBIT F

Document ID : ZHP02730425



RESTRICTED CONFIDENTIAL INFORMATION                                                                 ZHP02730425