# EXHIBIT G

[handwritten text is indicated in italics]

[text cut off] 0174130        Zhejiang Special Value-Added Tax Invoice                          *178*

[seal:] National Unified Invoice Production and Supervision Seal Zhejiang
Produced Under the Supervision of the State Taxation Administration
Invoice Slip

No. 14709215   3300174130
                               14709215
Invoice Issuance Date: June 5, 2018

| [text cut off] Name: Hangzhou Guanxiang Technology Co., Ltd.<br>[text cut off] Identification Number:<br>Address and Phone: Xunqiao Town, Linhai City, Zhejiang Province 85991124<br>Bank of Deposit and Account Number: | Password Area | 52<**695+6*116+26-392>17/3*<br>7+1973604+63193>*+-601>439><br>>9<*26<5<30049**0<672+35+96<br>7*38>83973775823711>86*095* | | | | | |
|---|---|---|---|---|---|---|---|
| [illegible] or Taxable Labor Service, Service Name<br>[illegible] and Technical Service * Hard Drive Data Recovery | Specification and Model | Unit<br>Piece | Quantity<br>1 | Unit Price<br>820.75471698 | Amount<br>820.75 | Tax Rate<br>6% | Tax<br>49.25 |
| | | | | | [illegible] | [illegible] | |
| Total | | | | | ¥820.75 | | ¥49.25 |
| Total Price and Tax (in words) | ⊗ Eight Hundred Seventy and Even | | | (in numerals) ¥870.00 | | | |
| Seller  Name: Hangzhou Guanxiang Technology Co., Ltd.<br>Taxpayer Identification Number:<br>Address and Phone: Room 1007, Wensan Digital Building, No. 369 Wensan Road, Xihu District, Hangzhou City 0571-56892375<br>Bank of Deposit and Account Number: | Remark  [illegible]<br>*Xun*<br>[seal:] Hangzhou Guanxiang Technology Co., Ltd.<br>913301065743627489<br>Special Invoice Seal | | | | | | |

Payee: Cao Shangzhu      Reviewed by: Chen Zhaojun      Invoiced Issued by: Cao Shangzhu      Seller: (Seal)

Third Slip: Invoice Slip   Accounting Voucher for Buyer

RESTRICTED CONFIDENTIAL INFORMATION                                                    ZHP02730425