# EXHIBIT H

**This Exhibit Contains Restricted Confidential Information and Is Being Served via Email**