# EXHIBIT J

Document ID : ZHP02730423



RESTRICTED CONFIDENTIAL INFORMATION

ZHP02730423