# EXHIBIT K

[handwritten text is indicated in italics]

Zhejiang Huahai Pharmaceutical Co., Ltd.
Payment Request Form

*June 6, 2018*

| [illegible] Unit | *Hangzhou Guanxiang Technology Co., Ltd.* | Material Name | *Technical Service Fee* | Invoice Number | *14709215* |
|---|---|---|---|---|---|
| Bank of Deposit | *Industrial Bank Hangzhou High-tech Sub-branch* | Quantity | | Unit Price | |
| Account Number | ▮▮▮▮▮▮▮▮▮▮ | Settlement Method | Transfer ✓Wire Transfer  Money Order  [Bill]  Acceptance  Cash | | |
| Amount (in words and numerals) | *Eight Hundred Seventy and Even Yuan* | | | Y: *870.00-* | |
| Contract Management Number | | Remark | *J 06/15* *Advanced Analysis Center General Manager Li's hard drive data recovery* [signature] *06/08/2018* | | |

Chairman (General Manager):    Division Deputy General Manager: [signature]    Department Manager: [signature] *06/06/2018*

Financial Review: [signature] *06/13*        Handled by: [signature] *06/06/2018*

RESTRICTED CONFIDENTIAL INFORMATION                                    ZHP02730423