# EXHIBIT L

| FIRSTBATES | LASTBATES | BEGATTACH | ENDATTACH | MAPI ATTACHMENT COUNT | ATTACHMENT_COUNT | CUSTODIAN | DUPLICATE_CUSTODIANS |
|---|---|---|---|---|---|---|---|
| ZHP00190573 | ZHP00190574 | | | | | LI, Min | LI_Min |

| SOURCEFILEPATH | DUPLICATECUSTODIAN_SOURCEFILEPATHS | FROM | TO | CC | BCC | SUBJECT | DATE_SENT (UTC TIME ZONE) |
|---|---|---|---|---|---|---|---|
| /F/Old Desktop/Projects/Irbesartan 厄贝沙坦 | /F/Old Desktop/Projects/Irbesartan 厄贝沙坦 | | | | | | |

| DATE_RECEIVED (UTC TIME ZONE) | FILENAME | FILE_EXTEN | AUTHOR | DATE_CREATED | DATE_MOD | DATE_LASTACCESS | LAST_PRINTED_DATE | FILE_SIZE |
|---|---|---|---|---|---|---|---|---|
| | 亚硝酸钠淬灭.pdf | pdf | | 6/14/2018 3:10 | 4/17/2018 2:18 | 6/14/2018 3:10 | | 234515 |

| FILETYPE | RECORDTYPE | INTMSGID | HASH_VALUE | TEXTLINK |
|---|---|---|---|---|
| Portable Document Format | Electronic | | ada9e5c848bafbfcaa1562bc7ad2429e | Text\ZHP00182869\ZHP00190573.txt |

| NATIVELINK | PAGE_COUNT | EMAIL IMPORTANCE | REPLACEMENT_DATE | PROD_VOLUME |
|---|---|---|---|---|
| NATIVES\ZHP00182869\ZHP00190573_RESTRICTED CONFIDENTIAL INFORMATION.pdf | 2 | | | ZHP019 |

| FOREIGN LANGUAGE | CONFIDENTIALITY DESIGNATION | WITHHELD_PRIVILEGED | REDACTED | REDACTION_TYPE | TITLE (EDOCS) |
|---|---|---|---|---|---|
| YES | Restricted Confidential Information | | | | 亚硝酸钠淬灭.pdf |

| SUBJECT (EDOCS) | CONVERSATION INDEX | APPLICATIONNAME | CATEGORIES | COMMENTS | DELIVRECEIPT | HASCOMMENTS |
|---|---|---|---|---|---|---|
| mail_frame.html?foxhandl...lReadProcessHandler&b=2 | | Portable Document Format | | | | |

| HASTRACKCHANGES | HIDDENTEXT | KEYWORDS | LANGUAGE | LASTAUTHOR | ORIGFILE | ORIGEXT | READRECEIPT | REVISION | SENSITIVITY | FOLDERPATH | PHYSICAL_LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SIMPLIFIED_CHINESE | | | | | | | | |

BOX_TITLE   FOLDER_NAME