# EXHIBIT O

```
                                                                    1

 1           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
 2                    CAMDEN VICINAGE

 3

     ****************************
 4   IN RE:  VALSARTAN, LOSARTAN,   MDL No. 2875
     AND IRBESARTAN PRODUCTS
 5   LIABILITY LITIGATION           Civil No.
                                    19-2875
 6   ****************************   (RBK/JS)
     THIS DOCUMENT APPLIES TO ALL
 7   CASES                          HON ROBERT B.
                                    KUGLER
 8   ****************************

 9           - CONFIDENTIAL INFORMATION -
             SUBJECT TO PROTECTIVE ORDER
10

11

12          Remote Videotaped via Zoom

13   Deposition of JIE WANG, commencing at 7:01

14   a.m. China Standard Time, on the 18th of May,

15   2021, before Maureen O'Connor Pollard,

16   Registered Diplomate Reporter, Realtime

17   Systems Administrator, Certified Shorthand

18   Reporter.

19

20

21
             GOLKOW LITIGATION SERVICES
22        877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
23

24
```

21

1   reviewed?
2        A.    That's correct.
3        Q.    And how long have you had that
4   laptop?
5        A.    Approximately three years.
6   Could be a little longer.
7        Q.    What type of laptop is it?
8        A.    It's a Microsoft Surface.
9        Q.    And prior to that laptop, were
10  you issued a laptop before that by ZHP?
11       A.    Yes.  There was the one prior
12  to that.
13       Q.    Okay.  And so prior to the
14  Microsoft Surface, what laptop did you have
15  at that time?
16       A.    It was also a Surface.
17       Q.    And do you recall how long
18  you've had that laptop?
19       A.    That one was just -- that was
20  the only other one.  That was the first one,
21  and then this one is the second one.
22       Q.    Okay.  Do you -- well, does ZHP
23  provide a cell phone for you to use for work
24  purposes?

22

1       A.    No.

2       Q.    Do you use your -- well,
3 rephrase.
4             Do you have a personal cell
5 phone?
6       A.    I do.
7       Q.    Do you use that for work
8 purposes?
9       A.    No.
10      Q.    So -- well, let me ask this
11 question.
12            What type of cell phone do you
13 currently have?
14      A.    It's a smartphone.
15      Q.    And what type of smartphone?
16      A.    It's a Huawei -- it's a Huawei
17 phone. I can't remember exactly -- it could
18 be P20, that's the model number.
19      Q.    The model number to me is not
20 important, but how long, if you know, have
21 you had that current cell phone?
22      A.    About two years.
23      Q.    And before that did you have
24 any other cell phones?