# EXHIBIT Q

**Priselac, Jessica**

| | |
|---|---|
| **From:** | Ferretti, Joseph S. <JSFerretti@duanemorris.com> |
| **Sent:** | Friday, August 28, 2020 11:21 PM |
| **To:** | 'rhonik@golombhonik.com'; 'DStanoch@GolombHonik.Com'; 'aslater@mazieslater.com'; 'dnigh@levinlaw.com'; 'c.whiteley@kanner-law.com' |
| **Cc:** | 'bvp@kirtlandpackard.com'; 'argenal@csdisco.com'; 'valpec@kirtlandpackard.com'; 'CohenL@gtlaw.com'; 'cct@pietragallo.com'; 'Jheinz@c-wlaw.com'; 'jpoletto@hkmpp.com'; 'alexia.brancato@kirkland.com'; Klein, Alan; Goldberg, Seth A.; Priselac, Jessica; Bazan, Rebecca; Schwartz, Barbara; Hill, Coleen W.; 'valsartan@csdisco.com' |
| **Subject:** | Valsartan: Document Production Volumes ZHP015, ZHP016, and ZHP017 |
| **Attachments:** | 8-28-20 Cover Letter Regarding Document Production Volumes ZHP015, ZHP016, and ZHP017.pdf; ZHP Defendants Production Index, 8-28-20.XLSX |

Counsel,

Please see the attached letter and production index.

As I understand it, Plaintiffs have been given access to the Aquipt document repository to download the above-referenced production volumes. Please let me know if you have any difficulty accessing the documents.

Best Regards,

**Joseph S. Ferretti**

Duane Morris
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
**P:** +1 202 776 7863
**F:** +1 202 478 2811
**C**: +1 202 491 4799

jsferretti@duanemorris.com
www.duanemorris.com

1

| Volume No. | Date Sent | Bates Range | Source(s) | Replacement | Reason for Replacement Production | Date of Replacement with No Protected Designation for Applicable Bates Range(s) |
|---|---|---|---|---|---|---|
| | | | **ZHP Defendants - Production Index** *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 19-md-2875 | | | |
| ZHP013 | 7/15/2020 | ZHP00013160 - ZHP00063692 | Non-custodial files (ZHP Hardcopy Documents from Chuannan and Xunqiao) | N/A | N/A | N/A |
| SOLCO009 | 7/24/2020 | SOLCO0000527 - SOLCO00005439 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| PRINSTON017 | 7/24/2020 | PRINSTON00083850 - PRINSTON00083862 | Non-custodial files (Regulatory Files) | N/A | N/A | N/A |
| ZHP014 | 7/31/2020 | ZHP00063693 – ZHP00071545 | Non-custodial files (ZHP Hardcopy Documents from Chuannan and Xunqiao) | N/A | N/A | N/A |
| N/A | 8/10/2020 | N/A | N/A | Partial Replacement. Overlay files for Production Vols. ZHP011-ZHP014 | Supplementing three meta-data fields | N/A |
| ZHP015 | 8/28/2020 | ZHP00071546 – ZHP00076041 | Non-custodial files (Batch Records) | N/A | N/A | N/A |
| ZHP016 | 8/28/2020 | ZHP00076042 – ZHP00117715 | Custodial files (Jun Du, Remonda Gergis, Xiaodi Guo, Lijie Wang) | N/A | N/A | N/A |
| ZHP017 | 8/28/2020 | ZHP00117716 – ZHP00120312 | Non-custodial files (Nitrosamine Testing Records) | N/A | N/A | N/A |

H:\August 28 2020 Production Log.docx