**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In Re**<br>**Valsartan N-Nitrosodimethylamine**<br>**(NDMA) Products Liability Litigation** | Case No. 1:19-md-02875-RBK-JS |
| ***THIS DOCUMENT RELATES TO:***<br><br>**Maine Automobile Dealers Association,**<br>**Inc. Insurance Trust**<br><br>               **Plaintiff,**<br><br>**Vs.**<br><br>**A-S Medication Solutions LLC, et al.,**<br><br>               **Defendants.** | Case No. 3:19-cv-02431-BRM-TJB |

**NOTICE OF ATTORNEY WITHDRAWAL/TERMINATION FROM MATTER**

Undersigned counsel, Lauren Elliot Stine, hereby gives of voluntary withdrawal of Julia K. Wittman as co-counsel for Defendant A-S Medication Solutions LLC in this matter.

Counsel respectfully requests that this Court remove Julia K. Wittman as co-counsel for Defendant A-S Medication Solutions LLC, and requests the Clerk remove her name from the list of attorneys to be notified by CM/ECF in this matter.

Dated this 17th day of August, 2021.

                                 */s/ Lauren Elliott Stine*
                                 Lauren Elliott Stine (AZ Bar #025083)
                                 QUARLES & BRADY LLP
                                 Renaissance One
                                 Two North Central Avenue
                                 Phoenix, AZ 85004
                                 Telephone:  (602) 229-5200
                                 Facsimile:  (602) 229-5690
                                 Email:  Lauren.Stine@quarles.com

                                 *Attorney for Defendant A-S Medication*
                                 *Solutions LLC*