IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| In Re<br>Valsartan N-Nitrosodimethylamine (NDMA) Products Liability Litigation | Case No. 1:19-md-02875-RBK-JS |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br>**Maine Automobile Dealers Association, Inc. Insurance Trust**<br><br>　　　　　　**Plaintiff,**<br><br>Vs.<br><br>**A-S Medication Solutions LLC, et al.,**<br><br>　　　　　　**Defendants.** | Case No. 3:19-cv-02431-BRM-TJB |

**NOTICE OF ATTORNEY WITHDRAWAL/TERMINATION FROM MATTER**

Undersigned counsel, Lauren Elliot Stine, hereby gives notice that Michael S. Catlett is no longer with the law firm of Quarles & Brady LLP, who represents Defendant A-S Medication Solutions LLC in this matter.

Counsel respectfully requests that this Court remove Michael S. Catlett as co-counsel for Defendant A-S Medication Solutions LLC, and requests the Clerk remove his name from the list of attorneys to be notified by CM/ECF in this matter.

Dated this 17th day of August, 2021.

　　　　　　　　　　　　　　　　　　　　/s/ Lauren Elliott Stine
　　　　　　　　　　　　　　　　　　　Lauren Elliott Stine (AZ Bar #025083)
　　　　　　　　　　　　　　　　　　　QUARLES & BRADY LLP
　　　　　　　　　　　　　　　　　　　Renaissance One
　　　　　　　　　　　　　　　　　　　Two North Central Avenue
　　　　　　　　　　　　　　　　　　　Phoenix, AZ 85004
　　　　　　　　　　　　　　　　　　　Telephone: (602) 229-5200
　　　　　　　　　　　　　　　　　　　Facsimile: (602) 229-5690
　　　　　　　　　　　　　　　　　　　Email: Lauren.Stine@quarles.com

　　　　　　　　　　　　　　　　　　　*Attorney for Defendant A-S Medication Solutions LLC*