# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | | |
|---|---|---|
| IN RE: VALSARTAN | : | |
| LOSARTAN, and IRBESARTAN | : | MDL No. 19-2875 (RBK/KW) |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| This Order Relates to all Cases | : | ORDER |

## SPECIAL MASTER ORDER NO. 37

**NOW, THIS 19th day of August, 2021,** having carefully considered the ZHP Parties' request to postpone the deadline for production of the documents ordered to be produced by Special Master Order No. 35 (ECF No. 1482) until September 2, 2021 (the deadline for ZHP to object to the order), and, if an objection is filed, until Judge Kugler resolves the objection, and finding it appropriate to stay the requirement that it produce the documents in question until after Special Master Order No. 35 is final, **IT IS HEREBY ORDERED THAT** the deadline for the ZHP parties to produce the documents in question is extended to **September 2, 2021** or until after any challenge to Special Master Order No. 35 is resolved.

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master
