# Exhibit B

| | |
|---|---|
| **From:** | John Davis |
| **To:** | Goldberg, Seth A. |
| **Cc:** | Ruben Honik; Conlee Whiteley; "Adam Slater"; Daniel Nigh; David J. Stanoch; Layne Hilton |
| **Subject:** | Additional Econ Loss Reps- Deposition Availability |
| **Date:** | Monday, December 21, 2020 8:47:09 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>2020.12.21 Depo Availability Econ Loss Reps.docx |

Seth,

We had held off providing deposition availability and producing Rule 34 documents for the proposed new economic loss class representatives in light of your side reaching out on Dec. 14 to potentially negotiate a larger modification to the schedule that would encompass this.

It's clear from what we heard on tonight's call that there is still some daylight between the respective scheduling positions. In light of that reality, we are providing deposition availability within the current deadlines for the proposed new reps in late February through March 26. Please see the redlines in the attached word document.

We will be providing Rule 34 responsive documents after the holiday as those take some administrative leg work to get bates stamped and uploaded to centrality. We are happy to provide informally those documents as soon as tomorrow or Weds, if you wish. Let us know. PFSs will follow.

In the event the parties agree to an omnibus scheduling amendment that includes these depositions at a later time, and the Court grants the parties' joint request to amend the schedule, we will of course provide new deposition dates that comports with the parties' agreement.

Thanks,



**John R. Davis**
*Partner*
**Slack Davis Sanger LLP**
p:  512.795.8686
a:  6001 Bold Ruler Way, Suite 100, Austin, Texas 78746
w:  www.slackdavis.com   e: jdavis@slackdavis.com

  

CONFIDENTIALITY NOTICE:  This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If you are not the intended recipient, you are notified that any use, dissemination, distribution, or copying of the communication is strictly prohibited.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

# VALSARTAN
Economic Loss Class
Deposition Dates

|    | Plaintiff | Defense Firm | Dates Proposed by Plaintiffs | Defendants' Response |
|----|-----------|--------------|------------------------------|----------------------|
| 1  | Borkowski | Cipriani & Werner | February 3, 4, or 5 | February 4 |
| 2  | Erwin | GT | January 19, 20, or 21 | January 19 |
| 3  | Hamel | Cipriani & Werner | January 26 or 27 | January 27 |
| 4  | Kaplan | Cipriani & Werner | January 19, 20, 21, or 22 | January 22 |
| 5  | Longwell | Hill Wallack | January 21, 22, or 26 | January 26 |
| 6  | Molinaro | Duane Morris | February 3, 4, 5, 9 or 10 | February 10 |
| 7  | Neal | Duane Morris | January 26, 27, 28, or 29 | January 29 |
| 8  | Roberts | GT | February 2, 3, 4, or 5 | February 2 |
| 9  | Semmel | Hill Wallack | January 28 or 29, or February 1 or 2 | February 2 |
| 10 | Nelson | GT | January 18-22 | January 21 or 22 |
| 11 | Byrd | Cipriani & Werner | February 1-2, 8-9, 15-16, or 22-23 | February 16 |
| 12 | Gildner | Hill Wallack | January 21-22, February 2-5, or February 15-19 | February 4 |
| 13 | Lee | Kirkland & Ellis, LLP | February 22-25, March 1-5, or March 8-10 | March 2 or 3 |
| 14 | Duffy | Duane Morris | February 9-12, or 16-18 | February 9 |
| 15 | Mullins | Duane Morris | January 25-26, February 1-2, February 9, February | February 23 |

{Cases; 00032671.DOCX}8/24/2021; 14:05:26
C:\Users\dstanoch\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\AA2GS5DC\2020.12.21 Depo Availability Econ Loss Reps (002).docx

1

|    |            |                      | 15-16, or February 22-23 |                         |
|----|------------|----------------------|--------------------------|-------------------------|
|    | **Plaintiff** | **Defense Firm**   | **Dates Proposed by Plaintiffs** | **Defendants' Response** |
| 16 | Powell     | Kirkland & Ellis, LLP | January 20-21, January 27-29, February 2-5, or February 22-26 | February 24 |
| 17 | Wineinger  | Duane Morris         | January 25-26, February 1-2, February 8-9, February 15-16, February 22-23, March 1-2, or March 8-9 | March 2 |
| 18 | Burnett    | Duane Morris         | February 3-4, February 9-12, or February 16-19 | February 19 |
| 19 | McGilvery  | Duane Morris         | January 26-29, February 1-4, February 9-11, February 16-19, or February 23-26 | February 11 |
| 20 | Cacaccio   | Pietragallo          | February 3, February 9-12, February 15-19, or March 2-5 | February 9 |
| 21 | Bruner     | Cipriani & Werner    | February 1-5, February 10-12, or February 22-25 | February 25 |
| 22 | O'Neill    | Cipriani & Werner    | February 15-19, February 23-25, or March 2-5 | March 5 |
| 23 | Daring     | Pietragallo          |                          | February 16 |
| 24 | R Tasker   | Pietragallo          |                          | February 18 |

| 25 | J Tasker | Pietragallo | | February 19 |
|---|---|---|---|---|
| 26 | Silberman | Hill Wallack | | March 15 |
| 27 | Zehr | Hill Wallack | | March 24 |
| 28 | MADA | | February 24, March 10 | |
| 29 | MSP | | Week of January 28<br>Week of February 8<br>Week of March 22 | |
| 30 | Nass | | March 1-5 | |
| 31 | Childs | | March 1-5 | |
| 32 | Glab | | March 8-12 | |
| 33 | Kelly | | March 8-12 | |
| 34 | Shetty | | March 8-12 | |
| 35 | Sims | | March 8-12 | |
| 36 | Wolfe | | March 8-12 | |
| 37 | Fatigato | | March 15-19 | |
| 38 | McLean | | March 15-19 | |
| 39 | Edwards | | March 15-19 | |
| 40 | Feijoo (Deutenberg) | | March 15-19 | |
| 41 | Cisneros | | March 22-26 | |
| 42 | Crocker | | March 22-26 | |
| 43 | Johnson | | Feb. 22-26 | |
| 44 | Lamy | | Feb. 22-26 | |
| 45 | Meader | | Feb. 22-26 | |
| 46 | Means | | Feb. 22-26 | |
| 47 | Anderson | | March 22-26 | |
| 48 | Lawson | | March 22-26 | |