# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| **IN RE: VALSARTAN** : | |
| **LOSARTAN, and IRBESARTAN** : | **MDL No. 19-2875 (RBK/KW)** |
| **PRODUCTS LIABILITY LITIGATION** : | |
| : | |
| **This Order Relates to all Cases** : | **ORDER** |

## SPECIAL MASTER ORDER NO. 38

**NOW, THIS 25th day of August, 2021, IT IS HEREBY ORDERED THAT:**

1. No later than **September 1, 2021** the Teva Defendants (Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, Actavis Pharma, Inc., and Arrow Pharm (Malta) Ltd.) shall submit via email the 26 documents marked as confidential for in camera review along with a succinct letter brief explaining why the documents should remain protected by the Confidentiality and Protective Order entered in this matter at ECF No. 139.

2. No later than **September 9, 2021**, Plaintiffs shall submit a succinct letter brief explaining why the documents should not remain protected by the protective order.

3. Oral argument on the question of whether the documents shall remain protected by the protective order will be heard via Zoom on **September 13, 2021 at 10:00 a.m.**

s/ Thomas I. Vanaskie<br>
Hon. Thomas I. Vanaskie (Ret.)<br>
Special Master