IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | | |
|---|---|---|
| IN RE: VALSARTAN | : | |
| LOSARTAN, and IRBESARTAN | : | MDL No. 19-2875 (RBK/KW) |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| This Order Relates to all Cases | : | ORDER |

**SPECIAL MASTER ORDER NO. 39**

**NOW, THIS 25th day of August, 2021, IT IS HEREBY ORDERED THAT:**

1. Oral argument will be held via Zoom on Plaintiffs' Motion for Sanctions against the ZHP parties (ECF No. 1276) on **September 8, 2021 at 3:00 p.m.**

2. Oral argument will be held via Zoon on Plaintiffs' Motion to Compel Supplemental Production of Documents (ECF No. 1405) on **September 10, 2021 at 3:00 p.m.**

        s/ Thomas I. Vanaskie
        Hon. Thomas I. Vanaskie (Ret.)
        Special Master