**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

————————————————

CIVIL ACTION NUMBER:

IN RE:  VALSARTAN PRODUCTS
LIABILITY LITIGATION          19-md-02875-RBK-KMW

————————————————    CASE MANAGEMENT CONFERENCE
VIA TELECONFERENCE

        Mitchell H. Cohen Building & U.S. Courthouse
        4th & Cooper Streets
        Camden, New Jersey  08101
        August 25, 2021
        Commencing at 10:00 a.m.

B E F O R E:            THE HONORABLE ROBERT B. KUGLER
                        UNITED STATES DISTRICT JUDGE and
                        THE HONORABLE THOMAS I. VANASKIE (RET.)
                        SPECIAL MASTER

A P P E A R A N C E S:

        MAZIE SLATER KATZ & FREEMAN, LLC
        BY:  ADAM M. SLATER, ESQUIRE
        103 Eisenhower Parkway
        Roseland, New Jersey  07068
        For the Plaintiffs

        KANNER & WHITELEY, LLC
        BY:  CONLEE S. WHITELEY, ESQUIRE
        BY:  DAVID J. STANOCH, ESQUIRE
        701 Camp Street
        New Orleans, Louisiana  70130
        For the Plaintiffs

        LEVIN PAPANTONIO RAFFERTY, P.A.
        BY:  DANIEL A. NIGH, ESQUIRE
        BY:  MADELINE PENDLEY, ESQUIRE
        316 S. Baylen, Suite 600
        Pensacola, Florida 32502
        For the Plaintiffs

            Camille Pedano, Official Court Reporter
                  camillepedano@gmail.com
                      609-774-1494

    Proceedings recorded by mechanical stenography; transcript
            produced by computer-aided transcription.

```
 1    A P P E A R A N C E S (Continued):

 2         GOLDENBERG LAW, LLC
           BY:  MARLENE J. GOLDENBERG, ESQUIRE
 3         800 Lasalle Avenue, Suite 2150
           Minneapolis, Minnesota  55402
 4         For the Plaintiffs

 5         FARR LAW FIRM
           BY:  GEORGE T. WILLIAMSON, ESQUIRE
 6         99 Nesbit Street
           Punta Gorda, Florida  33950
 7         For the Plaintiffs

 8         CURTIS LAW GROUP
           BY:  BILL CURTIS, ESQUIRE
 9         17754 Preston Road, Suite 200
           Dallas, Texas  75252
10         For the Plaintiffs

11         SERIOUS INJURY LAW GROUP
           BY:  TIFFANY TOLLIVER, ESQUIRE
12         9617 Parkway East
           Birmingham South, Alabama  35215
13         For the Plaintiffs

14         PARAFINCZUK WOLF SUSEN
           BY:  RACHELL TEJADA, ESQUIRE
15         110 East Broward Boulevard
           Fort Lauderdale, Florida 33301
16         For the Plaintiffs

17         DUANE MORRIS LLP
           BY:  SETH A. GOLDBERG, ESQUIRE
18         BY:  REBECCA BAZAN, ESQUIRE
           30 South 17th Street
19         Philadelphia, Pennsylvania  19103
           For the Defendants, Prinston Pharmaceuticals,
20         Solco Healthcare U.S. LLC, and
           Zhejiang Huahai Pharmaceuticals Ltd.
21
           GREENBERG TRAURIG LLP
22         BY:  VICTORIA DAVIS LOCKARD, ESQUIRE
           BY:  BRIAN H. RUBENSTEIN, ESQUIRE
23         BY:  STEVEN M. HARKINS, ESQUIRE
           3333 Piedmont Road, NE, Suite 2500
24         Atlanta, Georgia  30305
           For the Defendants, Teva Pharmaceutical Industries Ltd.,
25         Teva Pharmaceuticals USA, Inc., Actavis LLC,
           and Actavis Pharma, Inc.
```

1   **ALSO PRESENT:**

2       LORETTA SMITH, ESQUIRE
        Judicial Law Clerk to The Honorable Robert B. Kugler
3
        Larry MacStravic, Courtroom Deputy
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    (PROCEEDINGS held via teleconference before The Honorable

2    Robert B. Kugler, United States District Judge, and The

3    Honorable Thomas I. Vanaskie (Ret.), Special Master, at 10:00

4    a.m.)

5          JUDGE VANASKIE:  All right.  Let's see if we can get

6    started now.

7        Who will be speaking on behalf of the plaintiffs?

8          MR. SLATER:  Good morning, Your Honor.  It's Adam

9    Slater, and I am positive that other members of our leadership

10   will also be speaking to Your Honor as well depending on the

11   issue.

12         JUDGE VANASKIE:  Okay.  And as Camille indicated, when

13   you're not speaking, please mute your phone; and when you do

14   speak, please identify yourself so we can get it clear on the

15   record.

16         And who will be the primary spokesperson for the defense

17   today?

18         MR. GOLDBERG:  Good morning, Your Honor.  This is Seth

19   Goldberg on behalf of the ZHP parties and defendants.  I expect

20   other defense counsel will also weigh in today.

21         JUDGE VANASKIE:  All right.  Good morning, Mr.

22   Goldberg.

23         And, again, mute your phones and identify yourselves

24   when you speak.  And I thought I was intending to follow the

25   defense agenda letter in terms of the items that we'll address.

```
 1   Of course, if there is anything else we can address that's not

 2   on the agenda letters, we can address that as well.

 3        And the first item on the defense agenda letter is the

 4   briefing schedule on the Teva confidentiality designations.

 5   And as I understand it, there are 26 documents at issue.

 6        I would like to have those documents emailed to me for

 7   in camera review.  I'd like to follow the same procedure that

 8   we followed with respect to the confidentiality issue raised by

 9   another party.  And it seems to me that's an expeditious way to

10   handle it.

11        I would expect that there would be a brief statement, a

12   brief letter -- succinct, I should say, succinct letter brief

13   on the matter from Teva to be followed by a succinct reply from

14   the plaintiffs.

15        The question I have at the outset is when can Teva

16   produce the documents for in camera review and a letter brief

17   on the issue?

18         MR. RUBENSTEIN:  Good morning, Your Honor.  This is

19   Brian Rubenstein from Greenberg Traurig on behalf of the Teva

20   defendants.

21        We could probably submit something within the next two

22   weeks, if that works for Your Honor.

23         JUDGE VANASKIE:  That seems long to me.  Why would it

24   take that long?

25         MR. RUBENSTEIN:  We can do it --
```

1          JUDGE VANASKIE:  There is a lot going on.

2          MR. RUBENSTEIN:  Yes.  I mean, we could submit

3   something one day next week as well, if that's better for Your

4   Honor.

5          JUDGE VANASKIE:  Yes.  I want to move this along.  Can

6   you have it to me by Monday of next week?

7          MR. RUBENSTEIN:  Monday of next week?

8          JUDGE VANASKIE:  What's today?  Today's the 25th.  How

9   about by September 1st?

10          MR. RUBENSTEIN:  September 1st?  Let's see, that's

11   Wednesday of next week?  Yeah, that should work.

12          JUDGE VANASKIE:  Yes, that's a week from today.

13      How much time would the plaintiffs want to file a

14   response?

15          MR. STANOCH:  Good morning, Your Honor.  David Stanoch

16   for plaintiffs.

17      We don't need that much time, only because of the Labor

18   Day holiday, maybe Friday the 6th, if Your Honor's amenable?

19   That would give us a little more than a week given the holiday.

20          JUDGE VANASKIE:  Friday the 9th is it?

21          MR. STANOCH:  Oh, I'm sorry.  Yes, yes.

22          JUDGE VANASKIE:  Okay.

23          MR. STANOCH:  Or Friday the 10th or we can do Thursday

24   the 9th, that's fine, too.  Just an extra day because of that

25   holiday.  Thursday the 9th it is, Judge.  Thank you.

1          JUDGE VANASKIE:  Okay.  And I will just give you a

2   heads up, I may issue an order that schedules oral argument on

3   that as we did in the case of the other party, just because

4   that expedites it and you can get a decision quickly on that.

5          Anything else on the Teva confidentiality designations?

6          MR. RUBENSTEIN:  Nothing from Teva, Your Honor.  Thank

7   you very much.

8          MR. STANOCH:  Nothing from plaintiffs, Your Honor.

9          JUDGE VANASKIE:  All right.  Thank you.

10   The next item I have on the agenda is plaintiffs'

11   motions for sanctions.  That has now been fully briefed and my

12   understanding is perhaps it would be prudent to schedule an

13   argument/hearing date on that motion.

14          Who will be addressing this for the plaintiffs?

15          MR. SLATER:  Hello, Judge, it's Adam Slater, and

16   that's fine, Your Honor.  I think that makes a lot of sense, if

17   Your Honor wants argument, to schedule something that's

18   convenient for you.

19          JUDGE VANASKIE:  All right.  Would a date next week be

20   inconvenient?  You know, I don't know what all you have going.

21          MR. SLATER:  I'm actually away on vacation next week.

22          JUDGE VANASKIE:  Okay.

23          MR. SLATER:  So if it didn't have to be next week, I

24   would appreciate it.

25          JUDGE VANASKIE:  It doesn't have to be next week.

1          Yes.  All right.  So I will look -- I'm trying to think,

2    when is our next conference call, the 4:00 conference call?

3          MS. SMITH:  Judge, I believe it's September 8th.

4          JUDGE VANASKIE:  Is that Loretta?

5          MS. SMITH:  Yes, Judge.  Good morning.

6          JUDGE VANASKIE:  Good morning, good to hear your

7    voice.

8          How about September 8th we do it at that time?

9          MR. SLATER:  That works for me, Your Honor.

10         MR. GOLDBERG:  Your Honor, this is Seth Goldberg.

11   What time were you thinking about on September 8th?

12         JUDGE VANASKIE:  Well, we have our call at four in the

13   afternoon.  Perhaps we would hear this first at three in the

14   afternoon?  Would that be all right?

15         MR. SLATER:  That sounds reasonable to plaintiffs.

16         JUDGE VANASKIE:  Because it may be that we need to do

17   this on a confidential basis.

18         MR. GOLDBERG:  That's fine, Your Honor.  September 8th

19   at three is fine.

20         JUDGE VANASKIE:  Yes.  And does this involve matters

21   that may be covered by the confidentiality order, protective

22   order?

23         MR. GOLDBERG:  I don't think so, but we certainly will

24   let Your Honor know.

25         JUDGE VANASKIE:  Let me know.  Okay.  So we'll

1   schedule it for September 8th at 3 p.m. to be followed by our

2   normal monthly discovery conference call.  All right, great.

3        The next item I have is the plaintiffs' motion to compel

4   supplemental production, and this one I do have a note that it

5   would have to be a confidential Zoom session on this, on this

6   particular matter.

7        Again, I believe the briefing is complete on this matter

8   as well; is that correct?

9        MR. SLATER:  Yes, Your Honor.  For plaintiffs, this is

10  Adam Slater, and all briefing is complete.

11        JUDGE VANASKIE:  All right.  Are we going to jam

12  ourselves up too much if we try to do this on the 8th of

13  September as well?

14        MR. SLATER:  For efficiency sake, Your Honor, I think

15  it's really what your preference is, if you want to take these

16  back to back, because there's obviously a lot there.  We

17  certainly could prepare ourselves to be ready to do it then if

18  you want to take care of it all that day.

19        JUDGE VANASKIE:  Well, there is a lot there and I

20  might be too ambitious presupposing that I could be adequately

21  prepared to hear everything.  And I want to be in a position

22  that, if possible, I may rule at that time.

23        So how about if we were to schedule this for September

24  15th.  Is that too far out?  I'm concerned about you all and

25  discovery deadlines, that's the other point.

1    You know what?  How about if we schedule it for

2  September 10th, Friday, September 10th?

3         MR. SLATER:  That's fine with plaintiffs, Your Honor.

4         JUDGE VANASKIE:  Mr. Goldberg?

5         MR. GOLDBERG:  You're talking about the motion to

6  compel now, Your Honor?

7         JUDGE VANASKIE:  Yes, I'm talking about the motion to

8  compel.  Motion for sanctions will be argued on September 8th;

9  motion to compel I'm suggesting September 10th.

10         MR. GOLDBERG:  What time on September 10th?

11         JUDGE VANASKIE:  I have to -- I have to look.  I have

12  a doctor's appointment that day.  But I think if I said three

13  in the afternoon I know I would be safe.  Is that all right?

14         MR. GOLDBERG:  Yes, I expect that will work fine for

15  ZHP, Your Honor.

16         MR. SLATER:  That's fine for plaintiffs, Your Honor.

17         JUDGE VANASKIE:  Okay.  So we'll schedule that for

18  September 10th at 3 p.m.

19         MS. SMITH:  Excuse me, Judge.  It's Loretta.  Are

20  these both arguments Zoom, via Zoom or telephone?

21         JUDGE VANASKIE:  Good question.  And I'd like to do

22  them by Zoom.

23         MS. SMITH:  Thank you.

24         JUDGE VANASKIE:  And I know this one has to be done on

25  a -- the motion to compel supplemental production, from the

1    letters that you all sent to me, that should be conducted on a

2    confidential basis or *in camera*.

3          MS. SMITH:  And the Zoom credentials I don't believe

4    have ever been put on ECF which are confidential.

5          JUDGE VANASKIE:  Okay, good.  So we'll keep it that

6    way.  All right?  Unless I get a request from either counsel or

7    from some other source that says there's no need for it to be

8    confidential.  But if it's covered by the confidentiality

9    order, then it will be conducted *in camera*.  All right?

10          MR. SLATER:  Yes, Your Honor.

11          JUDGE VANASKIE:  Okay:  Now, so far things have not

12    been too contentious this morning but I think we're getting to

13    more contentious parts.

14          The next item on the agenda is the modification to the

15    class briefing and discovery schedules.  And who will be

16    addressing this issue on behalf of the defendants?

17          MR. GOLDBERG:  Your Honor, this is Seth Goldberg.  I

18    will start and certainly invite my colleagues, Rebecca Bazan,

19    and I believe some other defense counsel may want to chime in

20    here as well.

21          JUDGE VANASKIE:  Okay.

22          MR. GOLDBERG:  I think I'll just start.

23          JUDGE VANASKIE:  Yes.

24          MR. GOLDBERG:  With respect to the class certification

25    deadlines, Your Honor may -- may be aware of this, but the

1    Court -- Judge Kugler entered an order, CMO 23, which has a

2    number of different deadlines and October 4th were deadlines

3    for the depositions of treaters, the bellwether plaintiffs'

4    treaters and prescribers, any new putative economic loss class

5    representatives and discovery and wholesalers and retailers.

6    And I think there are a few things going on here.

7           With respect to the treaters and prescribers, and as

8    we've set forth in our letter, the parties have been working to

9    get these depositions completed, we've obviously completed a

10   lot of discovery with respect to the bellwether plaintiffs and

11   the class representatives, we conducted 23 bellwether

12   plaintiffs depositions; there are a few more that have to be

13   scheduled.  We've taken the depositions of all of the putative

14   class representatives and third-party payors that were named in

15   the original complaints.  But with respect to the treaters,

16   these are third parties and it's not as easy to get them

17   involved in the case, they obviously don't have a dog in the

18   fight, they obviously have other things going on in their

19   practices, and what we would like to try to do is have a little

20   bit of relief in this schedule because it's going to be

21   necessary to subpoena some of these treaters.  Of course,

22   there's a 30-day response time on subpoenas.

23          And so what we've proposed to plaintiffs, which they

24   apparently have rejected, is that with respect to the deadline

25   on treater deps, an additional 30 days just so we have a

1    pressure release valve on getting these third parties deposed.

2         And so that's the issue with the treaters, but I'll

3    certainly invite my colleagues who would like to talk about the

4    treaters to weigh in there.

5         JUDGE VANASKIE:  All right.  Let's see if we hear from

6    any other defense counsel.

7         (No response).

8         JUDGE VANASKIE:  Okay.

9         MR. GOLDBERG:  So, now, on the treaters, again, Your

10   Honor, it's building in a little bit of relief so that we can

11   make sure we get these very important witnesses deposed, and a

12   request of 30 days seems immanently reasonable.

13        JUDGE VANASKIE:  All right.

14        MR. GOLDBERG:  Moving to the economic loss class

15   representatives --

16        JUDGE VANASKIE:  Can I interrupt you for a second, Mr.

17   Goldberg?

18        MR. GOLDBERG:  Sure.

19        JUDGE VANASKIE:  I don't mean to interrupt but I think

20   it would be productive for me if I heard from plaintiffs now

21   before we move to the next issue.

22        So, Mr. Slater, are you addressing this?

23        MR. SLATER:  I am not, Your Honor.  Conlee Whiteley

24   is.

25        JUDGE VANASKIE:  Okay.  Let's hear from Ms. Whiteley.

 1          MS. WHITELEY:  Your Honor, this is Conlee Whiteley.

 2          I have been involved in the meet and confers on this

 3     issue last night and this morning and we have not yet rejected

 4     the offer of 30 days.  It was made to us a few minutes before

 5     the call and as I have not been handling these issues and my

 6     colleague, Daniel Nigh, has been, I suggested to the defense

 7     group that I would convey that to him and let him give it some

 8     thought.  He's only had a few moments to do so.  I am not sure

 9     he's on the line, but if he is, I'd invite him to speak to the

10     issue.  But, otherwise, I would suggest that we'd be given a

11     little bit more time to consider it before we can determine

12     whether it's acceptable or not.

13          MR. NIGH:  Your Honor, this is Daniel Nigh.  I am on

14     the line here, and, you know, this is kind of an issue that's

15     been put to us, we were meeting and conferring yesterday but at

16     the same time, I've been in depositions defending the expert

17     for valsartan, Dr. Etminan, and will be defending the

18     depositions again today.  So I really haven't had a lot of time

19     to meet and confer, but I can tell you at first blush the

20     problem following, you know, at first I think it was put to us

21     asking for something like a 60-day extension, but a 30-day

22     extension is still an issue because we've been told from the

23     beginning that the defendants apparently thought it was

24     necessary to take these doctor depositions in this timeframe to

25     gain some insight as to somehow it could be useful for *Daubert*.

 1   That was the latch and the reason as to why this needs to be

 2   done now at this timeframe.  This is upon defendants'

 3   insistence to have these doctors' depositions.

 4         The problem is is that 30 days puts us right to, you

 5   know, some of the briefing for *Daubert* and we don't want to be

 6   moving *Daubert* back by any means, we think it's completely

 7   unnecessary and we don't think these doctor depositions have,

 8   you know, a lot of bearing on *Daubert*, but that's been the

 9   defendants' thinking as to why it should be.

10         So the last thing we want is to be put in a position

11   where we are prejudiced, you know, with these deadlines where

12   we're getting doctor testimony right in the middle of while we

13   are briefing or after we've already briefed some of these

14   issues, the *Daubert* issues.

15         So our position, you know, at this point is to reject

16   any sort of continuance.

17         We've also continued to always be discussing these

18   bellwether issues with Dr. Kugler, you know, and Dr. Kugler

19   I've raised with him multiple times narrowing the pool from 28

20   to ten.  Defendants have rejected that proposal.  Had we done

21   that, we could, I think, easily have completed these deadlines

22   before October 4th, and I continue to push that that is what I

23   think we should do.

24         I think we are making progress on bellwether depositions

25   and we have, you know, many of these doctor depositions

1    scheduled, so I agree with defense there; but I do think that

2    the appropriate thing that should be occurring at this point is

3    we winnow the pool to ten doctor depositions, ten cases, and

4    I'd propose a method to do that.

5        Previously Kugler said, no, we're not going to winnow

6    the pool now but come back to me, keep coming back to me on

7    this issue.  So I'm coming back, especially in light of the

8    devil being here.

9        I think, in addition, I'm sensitive in the State of

10    Florida to just the rampant COVID outbreak yet again.  I can

11    say that one of the issues that we've tackled with is that some

12    of the doctors, the ones that we're trying to depose, they're

13    treating oncologists lots of times working at the hospitals,

14    and so we're asking them to take time away from, you know,

15    saving patients' lives while we're having spikes in COVID, and

16    that's not going to stop.  I mean, it's only starting to spike

17    in other states.  It's all going to go up through the winter

18    as, you know, typically predicted in pandemics.

19        So I don't think a 30-day difference -- a 30-day

20    extension is going to make any difference to distracting

21    doctors from their medical purpose to take the deposition.

22    It's all the more reason I think we should narrow this pool to

23    ten cases.

24        MR. GOLDBERG:  Well, Your Honor --

25        JUDGE VANASKIE:  Well, that is a matter for Judge

1    Kugler.  But go ahead, Mr. Goldberg.

2           MR. GOLDBERG:  Yes.  Your Honor, I would just say I

3    think Mr. Nigh's point, you know, is really sort of what we're

4    dealing with.  I mean, I don't know that it's COVID related,

5    but, generally, when you're trying to pull third parties into a

6    litigation, it takes a little bit of herding cats, so to speak,

7    and so we're simply addressing that reality by asking for a

8    very modest extension of 30 days.

9           I'm not sure what the concern about *Daubert* is.  Those

10   briefs would be due to be filed November 1st.  If we wanted to

11   set the deadline for that date we could.  I don't -- I don't

12   recall that these treater depositions would be the subject of

13   *Daubert* motions.  The expert witness reports are already in,

14   the experts are being deposed, this won't do anything with the

15   expert schedule nor should it do anything to the *Daubert*

16   schedule.  It's really just addressing the practical realities

17   and challenges of bringing third parties into this litigation.

18          JUDGE VANASKIE:  And I take it, Mr. Goldberg, the

19   deadline for the *Daubert* motions of November 1st applies to

20   you, that's when your papers would be due.

21          MR. GOLDBERG:  Correct.  Correct, Your Honor.  And I

22   would think perhaps plaintiffs will be filing *Daubert* motions

23   but certainly we will be and I don't envision we would be

24   saying that these treater depositions would require us to move

25   that date back.

```
 1          MR. NIGH:  Your Honor, if I could respond?

 2          JUDGE VANASKIE:  Mr. Nigh, yes.

 3          MR. NIGH:  Yes, we are filing Daubert motions.

 4   They've brought nine experts, and I suspect that there's a good

 5   possibility we'll be filing Daubert motions just from looking

 6   at those expert reports.  But on top of that, the whole

 7   statement from the defendants the entire time when we

 8   questioned why do we have to do these doctor depositions during

 9   this timeframe as opposed to after Daubert, and the defendants

10   have consistently said over and over and time and time again,

11   it's on the record, that we think we need to have these

12   depositions for Daubert.  So, you know, now I'm hearing for the

13   first time that maybe it's not even relevant for Daubert, but

14   that's the whole reason we did it in this timeframe.

15          So that's why I raised that getting a doctor

16   deposition -- I mean, if you're taking a doctor -- even if it's

17   November 1st, our deadline is November 1st, what kind of time

18   do we have to react to that doctor's testimony?  We've already

19   written the brief at that point.  So, you know, frankly, that,

20   in my opinion, does prejudice us.

21          I really think we need to be, at this point, if we went

22   from 28 to ten, and we focused on the ten cases, we could

23   buckle up and get all those doctor depositions done in this

24   timeframe.

25          JUDGE VANASKIE:  I know you keep saying that.
```

```
 1          MS. LOCKARD:  Your Honor, it's Victoria Lockard.

 2          JUDGE VANASKIE:  Hold on a second.  Hold on a second.

 3     I know, Mr. Nigh, you keep saying that but that is an

 4     issue that is for Judge Kugler.  I can't change the number of

 5     bellwether plaintiffs in this matter.

 6          Go ahead, Ms. Lockard.

 7          MS. LOCKARD:  Hi, Judge.  Yes, thank you.

 8          So I actually ordered the case management schedule with

 9     Judge Kugler so I wanted to be heard on this issue about

10     whether the treaters are necessary for Daubert.  If you look

11     back in the transcript, you will see Kugler, Judge Kugler --

12     and I know Daniel Nigh had elevated him to a doctor today

13     but --

14          JUDGE VANASKIE:  Well, I don't know if that's

15     elevation.  I'm sorry, go ahead.  It might be more compensation

16     but it's not --

17          MS. LOCKARD:  You're absolutely right, demoted him to

18     doctor.

19          Judge Kugler -- you know, Judge Kugler was being clear.

20     He wanted the case of bellwethers to be worked up on a dual

21     track.  And we went through this time and time again.  He

22     wanted these cases worked up for trial, he wanted the

23     bellwethers pushed forward, he wanted to get them ready and the

24     discovery completed.  So that's the reason that we wanted and

25     the judge wanted these treaters to be deposed.  It wasn't part
```

1   and parcel of the *Daubert* motion issue.

2       So the second issue, and it sounds like you're, Judge,

3   in agreement that the narrowing of the bellwethers has been

4   addressed, you know, I think at every status conference before

5   Judge Kugler in recent months, and he has continued to deny

6   that request.  So I don't think it's appropriate.  I think it's

7   been ruled on for now, and if there is any decision to be made

8   about that, I think it would need to be taken up with Judge

9   Kugler.

10      That's all I had.  Thank you, Judge.

11        JUDGE VANASKIE:  Thank you.

12      From what I was hearing from Ms. Whiteley is that this

13  request for a 30-day extension was just received and I was

14  hoping maybe you could come to an agreement after some

15  additional meet and confer.  But are you saying, Mr. Nigh,

16  that, no, this is it, we've got to stick with October 4th and

17  that's it?

18        MR. NIGH:  Honestly, Your Honor, I have not had the

19  ability to meet and confer with defendants on this issue.  This

20  was raised at a time where I've been taking the deposition and

21  defending the deposition of Dr. Etminan.  I have not had a

22  chance to meet and confer with them.

23      I wouldn't be able to sit here and say we've exhausted

24  every idea or --

25        (Interruption by the court stenographer.)

1      MR. NIGH:  I wouldn't say that we've, you know, had

2  any sort of meaningful meet and confer on trying to resolve

3  this issue.

4      JUDGE VANASKIE:  Well, I'm going to direct that you do

5  meet and confer on this issue.  It seems to me it's a

6  resolvable issue, that there can be a way that you can provide

7  some relief with respect to getting these depositions taken and

8  at the same time avoid prejudice to yourselves and that's what

9  I'm trying to accomplish here.

10     So what I'd like to direct is that I get a supplemental

11 letter report by next -- would next Wednesday be enough time,

12 Mr. Nigh, for you all to have an opportunity to confer on this

13 issue?

14     MR. NIGH:  I believe so, Your Honor.

15     JUDGE VANASKIE:  Okay.  So that is September 1st.  So

16 I'll ask for a letter report on the deposition deadline for

17 treater physicians by September 1st.  Okay?

18     MR. NIGH:  Thank you, Your Honor.

19     JUDGE VANASKIE:  Thanks.

20     MR. GOLDBERG:  Your Honor, the next scheduling issue

21 relates to the class action, putative class representatives.

22 And Judge Kugler's CMO 23 also provided a deadline of October

23 4th for the depositions, and this is how it's stated in the

24 order:  The depositions of any new putative economic loss class

25 representatives allowed by the Court.

1    And as Your Honor may be aware, plaintiffs filed their

2  original class action complaints, they named approximately 30

3  class representatives, and in the time that the CMO 23 was

4  issued back in February of this year, those class

5  representatives were the only named class representatives and

6  operative complaint and the discovery deadline as to those

7  class representatives was -- and the depositions of those class

8  representatives was conducted in the first -- in what we've

9  called the first phase of discovery and completed back in --

10  back around June 1.

11    The new class representatives would be class

12  representatives that were named in plaintiffs' proposed amended

13  complaints.  And as the Court may be aware, in April of 2021,

14  plaintiffs moved to add approximately 27 -- or moved to add

15  specifically 27 economic loss class representatives and seven

16  medical monitoring class representatives.  And it's their

17  depositions that were to be completed by October 4th.

18    However, with respect to those class representatives,

19  they have not yet been added to any operative complaint, and

20  discovery as to them has not been taken.  Plaintiffs have not

21  provided Plaintiff Fact Sheets for those new class

22  representatives; and as a result, defendants don't even know

23  which alleged -- which drugs or which manufacturer's drugs

24  those class representatives are alleged to have taken, which

25  means the Defendant Fact Sheets as to those class

1  representatives have not been completed.  And as a result,

2  without the Plaintiff Fact Sheets and without Defendant Fact

3  Sheets, depositions of these new class representatives, who are

4  not yet added to a complaint, can be taken.

5       Now, plaintiffs, at least in the meet and confers we've

6  had, have been unwilling to extend the deadline, this October

7  4th deadline, for these new -- new plaintiffs again who have

8  not yet been added to an operative complaint and insist that

9  they should all be deposed by October 4th, notwithstanding that

10  they have not provided their Plaintiff Fact Sheets.

11       In our view, if plaintiffs want to proceed with the

12  plaintiffs from their original complaints for whom the

13  depositions have been taken and discovery is -- and discovery

14  for purposes of their class certification briefing has been

15  done, we can do that.  But if plaintiffs insist on adding new

16  plaintiffs as class representatives, then we need to be able to

17  have the discovery necessary to determine whether those class

18  representatives are adequate class representatives.  And when

19  put to the -- to the question, well, are you going -- are you

20  willing, Plaintiffs, to stand on the class representatives for

21  whom discovery has been taken, they say no.  We need to add

22  these new class representatives.  But at the same time they're

23  not -- they would have it both ways.  They need to add the

24  class representatives but now they're saying you should have to

25  complete the discovery by October 4th, even though they have

1    not met their obligation by providing the Plaintiff Fact Sheets

2    that begin the process of taking their depositions.

3         JUDGE VANASKIE:  All right.

4         MR. GOLDBERG:  So our view -- and here again, Your

5    Honor, what we tried to do in the meet and confers was try to

6    build in, you know, some kind of relief in the schedule to

7    allow for the deposition -- well, the discovery process of

8    these new class representatives, which -- which is, by the

9    orders of this Court, a multistep and multimonth process

10   because each class representatives has to do a Plaintiff Fact

11   Sheet, which then triggers Defendant Fact Sheets for each class

12   representative at each level of the supply chain.  That takes

13   time and the Court orders provide for, as Your Honor may be

14   aware, sort of a waterfall or cascade of Defendant Fact Sheets

15   going up the supply chain.  And it's only after those things

16   are complete, all of the records have been collected, that

17   class representatives may be deposed.  And we just think this

18   is -- this is, you know, this is a matter of, sort of again,

19   one of the practical realities and it's not -- this isn't

20   defendants' doing.  Plaintiffs are seeking to add class

21   representatives, those class representatives have not yet been

22   added to the complaint, and the Court order envisions the

23   depositions of putative class representatives that have been

24   allowed by the Court and at this point those -- those putative

25   class representatives in the proposed amended complaint have

1    not been allowed by the Court.

2         JUDGE VANASKIE:  All right.  I will hear from Mr.

3    Slater in a second.

4         What I want all sides to understand is that I will be

5    addressing the motions for leave to amend the complaint and I

6    hope to have decisions out on that shortly, subject, of course,

7    to your right to seek review of that decision by Judge Kugler;

8    but I will be addressing the motions for leave to amend.

9         Mr. Slater, did you want to be heard on this?

10        MR. SLATER:  Your Honor, I think other members of our

11   team will continue to address this.

12        JUDGE VANASKIE:  Okay.

13        MS. WHITELEY:  Yes, Your Honor, this is Conlee

14   Whiteley.  I was the one involved with the meet and confers

15   last night and this morning, and I will be addressing the

16   issue.

17        First of all, I don't believe Mr. Goldberg was involved

18   in the meet and confers so there may be a few details that went

19   by the wayside, but where we stood -- this was brought to our

20   attention last week and, yes, there are practical

21   considerations by the way that not every bit of the timing was

22   anticipated when the schedules were entered, and, you know,

23   technically, these putative economic loss class members and

24   medical monitoring class members have not yet been added to the

25   complaint, and as you mentioned, you'll be addressing that

1   soon, but in order to try to resolve this, you know, sort of

2   practical problem that we all have on our hands, the plaintiffs

3   offered, when this was raised to us last week, we said that we

4   would go ahead and get all the Plaintiff Fact Sheets out now

5   and that there would be plenty of time to depose these

6   witnesses before the defendants' brief is due -- or their

7   opposition brief is due next March, and, you know, they

8   responded that that wouldn't be enough time because of the

9   waterfall issues, but we really were able to efficiently handle

10  all the depositions of the concurrent putative class members.

11  They were provided their PFS, we worked with them to get their

12  medical records.  Their depositions were taken long before the

13  entire completion of the waterfall process took place, and I

14  think that the defendants are, you know, fully informed and

15  have adequate depositions to defend.

16       So what we thought would be best, and we suggested last

17  night, is to allow 60 days for this to take place.  And we

18  offered to give the Plaintiff Fact Sheets as soon as possible,

19  roll them out, we could schedule the depositions, you know, in

20  order of how the fact sheets come out, and then, you know, just

21  get it done, unless the Court, of course, encourages us not to

22  do it that way based on, you know, any forthcoming rulings.

23       And I will -- granted, this offer was tied to a

24  different offer which in the meet-and-confer process that we

25  are talking about the treater physicians, but this morning when

```
 1   we had another meet and confer, basically what was discussed
 2   was they had a different idea about the treater depositions,
 3   which you've already heard about the 30 days, and now we're
 4   going to continue to meet and confer on that; and then on the
 5   class representative side, they suggested we just go forward
 6   with our class briefs for the current class representatives and
 7   just keep -- push to the side the other class representatives;
 8   and our position is, we'd rather get this work done, let's just
 9   go ahead and do it, but we would still -- you know, obviously
10   it can't be done, practically speaking, by October 4th,
11   consistent with all the other work that needs to be done in the
12   case.
13        And so we thought that was a reasonable solution to get
14   this resolved and that's where we stand.
15        Oh, and one other thing, Your Honor.  Just in terms of
16   deposing the plaintiffs, our amended complaints have the
17   allegations as to what -- the products that each plaintiff
18   took, which -- you know, which manufacturer manufactured the
19   product, and the relevant information as to wholesalers and
20   retailers.  So we do think that there is ample information to
21   begin preparing for those depositions which will be
22   supplemented by the Plaintiffs' Fact Sheets.
23        JUDGE VANASKIE:  Ms. Whiteley, if I understand you
24   correctly -- I will hear from others as well, but let me ask a
25   question before it loses my mind.
```

1    As I understand it, what you're proposing is that the

2    deadline to complete fact witness depositions be extended by 60

3    days for the -- for the class representatives, and you assert

4    that won't affect the briefing on the motion for class

5    certifications.  Do I understand you correctly?

6         MS. WHITELEY:  Correct, because we will be prepared to

7    file our brief timely, we have the information and it won't

8    affect our brief; and then they don't have to file their brief

9    until March.  Because the reason there is a good bit of time

10   there is because there will be expert depositions and other

11   things going on.  And so if we push forward with these new

12   depositions in the fall, they'll have plenty of time to

13   synthesize that information and have their brief ready by

14   March.

15        JUDGE VANASKIE:  All right.  Now, I interrupted

16   somebody.  I didn't know who was going to speak.

17        MR. GOLDBERG:  Thank you, Your Honor.  This is Seth

18   Goldberg and I will and then I would certainly invite my

19   colleagues.

20        There are a few factors to consider when thinking about

21   pushing this October 4th date on the depositions for new class

22   representatives.  Obviously, one, of course, is when -- when

23   and if and how many of them would be added to the complaint.

24   But Your Honor has to take into account the process that the

25   Court has established for getting a Plaintiff Fact Sheet, for

1   putting the defendants in the position to do what are called

2   Defendant Fact Sheets, which start with the retailers doing a

3   Defendant Fact Sheet.  That -- the completion of those then

4   triggers the wholesaler Defendant Fact Sheet which triggers the

5   finished dose manufacturer and then the API manufacturer

6   Defendant Fact Sheets.  That process which the parties have

7   adhered to for the last year or so, and with respect to all of

8   the original class representatives, is necessarily a multimonth

9   process and it is critical to the depositions.  Many of the

10  depositions of the class representatives do turn on their

11  medical evidence, perhaps even more so in some ways than the

12  bellwether plaintiffs because one of the things they have

13  asserted is that they received the benefit of the bargain.  In

14  other words, they received or did not receive the benefit of

15  the bargain for their valsartan and so a lot of the questioning

16  goes to their treatment with valsartan.  And so we need to be

17  able to get at their underlying medical records which is a

18  somewhat time-intensive process.

19      Another thing to consider is that before the March 3rd

20  response on class certification, on January 5th, our deadline

21  for defendants -- is the deadline for defendants to serve their

22  expert reports addressing class certification.  And so, you

23  know, we need the time to do this discovery in order to be able

24  to put together our expert witnesses on class certification,

25  which are going to go at adequacy, typicality, commonality and

1   all of these factual questions regarding the putative class

2   representatives.  And I think it's -- you know, it's even

3   incumbent really on plaintiffs to have all of this information

4   in filing their class certification motion.  But if they're

5   saying they don't want to do that, that's their option; but we

6   want to have all of this information and have the right to have

7   all of this information in opposing class certification.

8        And so while Your Honor could consider the deadline,

9   pushing back the October 4th deadline, we don't think you can

10  do that in isolation.  You have to push back by the same amount

11  of time or something similar the other class certification

12  deadlines in order to achieve the purpose of these different

13  class certification deadlines, which is that the class

14  certification briefing will encompass all of the necessary

15  factual information for establishing or opposing a class

16  representative and -- and a class action motion.

17        MS. WHITELEY:  Your Honor, if I may address this?

18        JUDGE VANASKIE:  Yes, Ms. Whiteley.

19        MS. WHITELEY:  Conlee Whiteley again.

20        The -- as I mentioned, the earlier depositions of

21  plaintiffs were completed thoroughly without the Defendant Fact

22  Sheets, and all the information that come from the Defendant

23  Fact Sheets are in the defendants' possession to begin with.

24  They have the NDC codes, they can get really all the

25  information they need.

1    Plaintiffs concede that collecting the medical records

2  does take time.  Some of them go rather quickly.  We watched

3  them happen in the past few months.  Some of them take quite a

4  bit of time.  Those depositions can be taken closer to the end.

5  The ones that they have everything ready to go can be pushed to

6  the beginning.  If there are a couple others that spill over, I

7  think we can make arrangements if and when that's a problem

8  that we have to address.  But there's just simply no reason

9  that once they have the medical records and the Plaintiffs'

10  Fact Sheets, the defendants have the rest of the information in

11  their own possession and they can move forward with the

12  depositions.

13    JUDGE VANASKIE:  Ms. Whiteley, how soon can you

14  produce Plaintiffs' Fact Sheets for these new class

15  representatives?

16    MS. WHITELEY:  We can roll them out having a set ready

17  within a week, and then we can follow it out with weekly

18  productions until they're completed.

19    JUDGE VANASKIE:  Okay.

20    MS. BAZAN:  Your Honor, this is Rebecca Bazan for the

21  defendants.  May I jump in briefly?

22    JUDGE VANASKIE:  You certainly may.

23    MS. BAZAN:  Thank you very much, Your Honor.

24    I just wanted to clarify that the defendants do need

25  more information than is in the proposed pleading to complete

1   the Defendant Fact Sheet.

2       If I back up one second.

3       Right now, plaintiffs want to double the number of class

4   reps but there is no deadline.  There is no scheduling order

5   for taking the depositions of any of those 34 class reps that

6   they want to add because none of them have been added by the

7   Court.  So that's, you know, that's the first issue that we're

8   all facing is we don't know whether discovery as to these

9   people and any subset of these new class reps the plaintiffs

10   want to add will even go forward.  So that's issue number one.

11       Issue number two is, if any of them is allowed to go

12   forward, then we need a schedule for completing their discovery

13   and depositions.  And for the first round, for the class reps

14   for whom discovery has already been completed, the Plaintiff

15   Fact Sheets, which not only include the fact sheet itself but

16   also necessary records and authorizations so defendants can get

17   the medical records that we need, those Plaintiff Fact Sheets

18   were generally completed around August of 2020 and then the

19   depositions occurred and completed at the end of May, 2021.  So

20   it was a nine-month process when we already had the completed

21   Plaintiff Fact Sheets.  So even if we could narrow that

22   timeframe somewhat, two months is just not possible to double

23   -- like, double the amount of work that we did for the first

24   round.

25       MS. WHITELEY:  Your Honor, this is Conlee Whiteley

1   again, if I may.

2        The records request did come a little late in that

3   process and one of the things that we talked about last night

4   was the best way to handle this is while we are getting the

5   fact sheets undergoing that we would have two people from

6   plaintiffs' side designated to deal with someone on whoever

7   they designate on their side and have all of this handled much

8   more efficiently and get all of these medical authorizations

9   processed and ongoing right now.  They trickled in and

10  sometimes they were handled three, four, five, six times by

11  different counsel for different plaintiffs, and sometimes they

12  were traded off, and I think that there's just -- and I'm not

13  putting any blame on anyone, I think it's just kind of the way

14  it happened.  But there's now -- based on what we saw happen, I

15  think there is a way we can improve that and cut down the time.

16  But it was a little bit staggered in the sense of they got the

17  Plaintiff Fact Sheets and then the medical records,

18  authorizations started coming in, the documents began to be

19  produced.  And then part of the reasons the depositions didn't

20  take place until after the first of the year, although they had

21  been offered earlier, was a choice the defendants did make.

22  And I think that that mainly had to do with the medical

23  records.  But there really is a much more efficient way we can

24  handle it and I think we can get it done in the timeframe that

25  I had suggested.

1          MR. GOLDBERG:  Your Honor, this is Seth Goldberg.  I

2    just want to remind the Court that, just as plaintiffs have,

3    the parties will be in *Daubert* briefing this fall, adding --

4    we're going -- we are looking at adding discovery as to more

5    than 30 class representatives, when you count in both the 27

6    economic loss class representatives and the seven medical

7    monitoring class representatives.

8          Ms. Whiteley has readily conceded that it is a

9    time-intensive process.  I think defendants would agree that

10   there -- we certainly would work with plaintiffs to try to have

11   more efficiency, we've obviously been down this road before,

12   but this is -- this is -- there can be no doubt about it, this

13   is by plaintiffs' doing because they are the ones who are

14   adding these plaintiffs, and they could have provided the

15   Plaintiff Fact Sheets for them long ago.  We're now waiting for

16   those.  And to prejudice defendants by saying we're going to

17   give you an extension on the front end for discovery but we're

18   not going to move any of the other deadlines, and, therefore,

19   we're going to squeeze you on the briefing schedule, is really

20   not fair and does prejudice defendants in terms of preparing

21   our class representative expert and our opposition to class

22   certification.

23         We certainly would work with plaintiffs to have an

24   efficient discovery process but the different deadlines

25   relating to class certification have to move in light of

1    plaintiffs needing to apparently add these 30-plus class

2    representatives.

3        The schedule that is currently set for briefing was

4    based on the original class representatives and that's it.  And

5    so we would certainly work with plaintiffs on trying to make

6    this discovery more efficient but we think it is both

7    reasonable and necessary to extend a few of the other

8    deadlines, like for the class certification experts and class

9    certification briefing, to make sure that all of the class

10   certification issues are properly teed up.

11       JUDGE VANASKIE:  And, Mr. Goldberg, what are you

12   proposing?

13       MR. GOLDBERG:  I think wherever we landed on an

14   extension for timing in terms of discovery, we would have some

15   additional -- we would have a sort of corresponding extension

16   to the other class certification deadlines.  So if it's -- we

17   don't think 60 days is reasonable in terms of the discovery

18   only because, as I think all of the parties have now said, it

19   is a time-intensive process, but let's say it was 120 days for

20   discovery, maybe we wouldn't put out the briefing -- each

21   briefing deadline for 120 days, but we would do -- we would

22   mirror what's in the schedule.

23       So in the current CMO 23, there's a one-month -- what I

24   would do is I would just mirror the sequencing in CMO 23 in

25   terms of when plaintiffs would file their class certification

1  motion, when defendants would file their class certification

2  expert reports.  Looking at that schedule, for example,

3  plaintiffs, under the current schedule, plaintiffs have one

4  month after October 4th to file their class certification

5  brief; defendants have, it looks like, two months from that

6  date to January 5th to file their expert reports on class

7  certification; then there's another month for defendants to

8  take -- or plaintiffs to take those depositions and so on.

9       So I would follow CMO 23 in terms of the staging of

10 class certification once we reached a decision on the amount of

11 time necessary to complete this discovery.

12         MS. WHITELEY:  Your Honor, may I address?

13         JUDGE VANASKIE:  Yes, you may.

14         MS. WHITELEY:  Thank you.  This is Conlee Whiteley

15 again.

16      When the dates in the current CMO under which we are

17 operating were negotiated, they were negotiated between the

18 plaintiffs and defendants and a lot of care was put into the

19 schedule in terms of what could be expected in terms of class

20 action and what was coming down the road that we had already

21 explained would be coming.

22      In the process, starting last December, and it went on

23 through February, we indicated our intention to add these new

24 putative class representatives, and at that time we even

25 offered to give them Plaintiff Fact Sheets and have these

1    depositions roll out, and this was a process that we offered

2    into the spring and there were reasons the defendants chose not

3    to do that.  They said that they didn't know what the

4    allegations would be, so on and so forth.  It's been an

5    evolving argument.  But that said, that choice was made not to

6    do that.

7           We -- I think all the parties anticipated that these

8    plaintiffs would have been added or a decision would be made

9    one way or another before now, but it's a very tight schedule

10   and we understand why that might not have happened.

11          And so to wholesale move everything down the road when

12   much of this was anticipated when the parties negotiated for

13   hours into the night on coming to this agreement, because we

14   gave up certain things in order to, you know, to allow

15   defendants to have more time in other areas in order to get the

16   schedule in place, and to just pick it up and push it down the

17   road is very unfair to plaintiffs.  We will be prejudiced.  And

18   there's just so much more that we could get done in the

19   short-term.

20          And another thing on how long it took to depose the

21   plaintiffs, there was roughly ten months between the Plaintiff

22   Fact Sheets and the defendants even beginning to ask for

23   medical records.  There was a large gap and a lot got done even

24   in a short amount of time at the very last minute right before

25   the depositions, but if we change that process, it can be much

1    more accelerated and we can get it done in the timeframe that

2    we suggested.

3            JUDGE VANASKIE:  All right.  I'd like --

4            MS. BAZAN:  Your Honor, may I just respond to one

5    quick thing?  This is Rebecca Bazan for defendants again.

6            JUDGE VANASKIE:  Yes, ma'am.

7            MS. BAZAN:  Thank you very much.

8            Plaintiffs do not need defendants' permission to file

9    Plaintiff Fact Sheets, so we do not know why plaintiffs have

10   not availed themselves at their ability to do that but they did

11   not.

12           And then second, when the current schedule was

13   negotiated, it was when plaintiffs had filed their original

14   motion for leave to amend to add some economic loss class reps

15   in December and so then the deadline for any class reps that

16   were added was negotiated to be October, so ten months from

17   then.  And now plaintiffs have changed who and how many class

18   reps they want to add, in April they did that.  The economic

19   loss class reps that they want to add now are different from

20   the ones they said they wanted to add in December in some

21   cases, and now they also want to add medical monitoring in the

22   class representatives.  So the previously negotiated schedule

23   built in ten months for this process and now who we are talking

24   about and the number has changed.  So, thank you, Your Honor.

25           JUDGE VANASKIE:  Thank you all.  And this is a bit of

1    a complicated issue.

2         I will direct that the plaintiffs commence the

3    production on a rolling basis of the class representative

4    Plaintiffs' Fact Sheets, and I think I heard Ms. Whiteley said

5    they could start as early as next week and can be done on a

6    rolling basis, so we get started at least on that.

7         I'm going to take a look at the transcript from today's

8    arguments and make a ruling and you'll have it by the end of

9    the week in terms of what we're going to do in terms of the

10   deadlines for the depositions and all other corresponding

11   deadlines, whether they move or not.

12        There's a great urgency and a great desire that the

13   schedule not be pushed back when it comes to class

14   certification motions and briefing, and so that's a factor I

15   have to take into consideration as well.  But you'll have an

16   order by the end of the week with respect to these deadlines.

17        MR. GOLDBERG:  Thank you, Your Honor.

18        MS. WHITELEY:  Thank you, Your Honor.

19        JUDGE VANASKIE:  I think the last thing I have on the

20   schedule, and correct me if I'm wrong, is the timing of

21   additional fact witnesses, depositions of additional fact

22   witnesses, which I think there's an understanding that you're

23   simply looking for confirmation that they can occur closer to

24   trial date, don't need to be taken within the present schedule.

25        Am I understanding that correctly?

1          MS. LOCKARD:  Your Honor, it's Victoria Lockard from

2     Greenberg Traurig.

3          Yes, you are understanding that perfectly.  And we have

4     discussed with Mr. Nigh and others, and I think we've reached

5     an agreement.  You know, these are sort of the collateral

6     case-specific fact witnesses as the bellwether cases get set

7     for trial, and no one believes that this is really of any great

8     urgency.  So that would include friends, family, employers.

9     You know, certainly, Judge Kugler had indicated that we're to

10    start with two treaters for each bellwether, but defendants are

11    entitled to request additional treaters for good cause.  And so

12    there may be some of those as we get further into bellwether

13    discovery.  I don't think we're in disagreement on any of that

14    but we did not want to let the deadline pass without getting

15    some endorsement by the Court.

16         JUDGE VANASKIE:  Sure.  And anybody from the plaintiff

17    want to be heard on this?

18         MR. WILLIAMSON:  Your Honor, this is George

19    Williamson.  And Ms. Lockard is correct.  We are in agreement

20    that these are sort of the peripheral depositions that don't

21    need to occur now.  I think everyone's focus is on completing

22    the physician depositions.  And -- and, you know, subsequent to

23    a trial scheduling order, you know, I think at that point the

24    parties can discuss third-party nonphysician depositions.

25         JUDGE VANASKIE:  All right.  What I'd ask is you

 1    submit to me an agreed-upon order that accomplishes this so you

 2    have the protection of an order on this particular point.

 3            Yes, the depositions do not need to be completed by

 4    October 4th.

 5            MR. WILLIAMSON:  Thank you, Your Honor.

 6            MS. LOCKARD:  Okay.  And I'll just, just for

 7    clarification, we can meet and confer on this if necessary and

 8    hopefully come to some resolution but, you know, there is the

 9    issue of additional physicians if there is a reason or a cause

10    for taking those, and so we don't want to be precluded from

11    asking for, you know, those good-cause physicians, you know,

12    after October 4th.  The Court -- Judge Kugler has ruled that we

13    may -- we may pursue those and I just want to make sure that

14    we're clear that those are also included in these "peripheral

15    depositions" that we, you know, would discuss at a later time.

16            MR. WILLIAMSON:  And, Your Honor, I think that --

17    again, this is George Williamson.

18            JUDGE VANASKIE:  Mr. Williamson.

19            MR. WILLIAMSON:  I think that would be an issue on a

20    case-by-case basis to the extent that the defendants find that

21    there is some other doctor that they feel is necessary to

22    depose.  I think the expectation is at some point we're going

23    to cut down the pool of 28 to a smaller number, at which time,

24    you know, there potentially would be other depositions,

25    including these third-party depositions.  So I don't think

1    we're in agreement that we're just going to open the

2    depositions up for all 28 of the bellwether cases past October

3    4th.  Again, you know, we expected at some point there would be

4    a winnowing of this pool and, you know, if the defendants want

5    to make an application for an additional deposition after

6    October 4th, you know, I think that's something that, you know,

7    clearly they -- they can do but they have to raise that with

8    the Court and, you know, potentially Judge Kugler would need to

9    weigh on that issue.

10    JUDGE VANASKIE:  But I do think it would be

11    appropriate to have in this order a paragraph that says that

12    the defense is not precluded from seeking leave to depose an

13    additional physician or physicians, because that's I believe

14    what we're talking about upon a showing of good cause.

15    Am I understanding that correctly?

16    MS. LOCKARD:  That is our understanding as well of

17    what we're proposing, Judge.

18    JUDGE VANASKIE:  All right.  Yes, I think it would be

19    appropriate to, just so we don't get back into an argument that

20    the Special Master said no more physician depositions after

21    October 4th --

22    MR. WILLIAMSON:  Okay.

23    JUDGE VANASKIE:  -- you would have to do it on a

24    good-cause showing.  So it's not a free-for-all either.  All

25    right?

1        MR. WILLIAMSON:  Okay.  Thank you, Your Honor.

2        JUDGE VANASKIE:  All right.  Thank you.

3    Is there anything else we need to address at this time?

4        MR. SLATER:  Nothing I am aware of for the plaintiffs,

5    Your Honor.  This is Adam Slater.

6        MR. GOLDBERG:  Nothing for defendants, Your Honor.

7        JUDGE VANASKIE:  All right.  Shall we get Judge Kugler

8    on the phone then?

9        MR. GOLDBERG:  Sounds good, Your Honor.

10        JUDGE VANASKIE:  All right.  I'll drop off the call

11    and call Judge Kugler and we'll be rejoining you.  Thank you.

12        (Brief recess taken at 11:07 a.m.)

13        JUDGE KUGLER:  Good morning.  It's Judge Kugler.

14    (All respond good morning, Your Honor).

15        JUDGE KUGLER:  Do we have a court reporter on?

16        THE COURT STENOGRAPHER:  Yes, Your Honor, it's

17    Camille.

18        JUDGE KUGLER:  All right.  Thanks for your letters,

19    your agendas.  It looks like there is very little for me to do

20    today but we'll get right to the show-cause orders.

21        The Henton and Righteous matters, defense counsel wants

22    to withdraw them.  It worked out Henton and seem to be close to

23    working out Righteous.  Is that correct?

24        Who's going to speak for the defendants?

25        MR. HARKINS:  Good morning, Your Honor.  This is Steve

1  Harkins with Greenberg Traurig for the Teva defendants and the

2  joint defense group.

3       That is correct, we have worked out both of these cases;

4  though we reserve the right to request a new order to show

5  cause in the Righteous, Worikeena matter if those issues are

6  not actually resolved.

7       JUDGE KUGLER:  Okay.  There are ten that you wish to

8  put on for show cause for the next time.  Any amendments to

9  that or do we still want to list ten for show cause?

10      MR. HARKINS:  Your Honor, we do have updates on three

11  of those cases.

12      Case Number 4, Billy Hupp, Case Number 7, Velma Hurst

13  and Case Number 8, Debra Wright can be withdrawn.  We are no

14  longer requesting orders to show cause with respect to those

15  three.

16      JUDGE KUGLER:  Okay.  That leaves Sandra Russell,

17  Flora Pina, P-I-N-A, Thomas Lloyd, Hector Rivera, Burlia,

18  B-U-R-L-I-A, Abdullahi, A-B-D-U-L-L-A-H-I, Benita, B-E-N-I-T-A,

19  Smiley and Jimmie Thorn.  Any plaintiffs' counsel want to be

20  heard on these?

21      MR. CURTIS:  Good morning, Judge --

22      UNIDENTIFIED SPEAKER:  Your Honor --

23      MR. CURTIS:  -- this is Bill Curtis on behalf of Ms.

24  Russell, the very first one on your list.

25      JUDGE KUGLER:  Yes.

```
 1          MR. CURTIS:  My apologies, Your Honor.  We had updated
 2   and supplemented our fact sheet last week, and I thought as
 3   part of that process that my office had reached out to confer
 4   with defense counsel on trying to cure all of these
 5   deficiencies.  And I found out late last night that we did not
 6   reach out to them, so that's our error.
 7          If you'd like, Your Honor, I can go through the
 8   deficiencies one at a time or, if you prefer, we can perhaps
 9   defer this to the next one and later this afternoon I will
10   reach out to defense counsel myself to get this sorted out.
11          JUDGE KUGLER:  Well, why don't you talk to defense
12   counsel, get it sorted out.  In the meantime, we'll just throw
13   it on the order to show cause list.  If it is worked out, then
14   obviously it's not going to be dismissed.  Okay?
15          MR. CURTIS:  Very good.  Thank you, Judge.
16          JUDGE KUGLER:  Thank you.
17       Anybody else?
18          MS. GOLDENBERG:  Your Honor, this is Marlene
19   Goldenberg on behalf of the PEC.  I did want to just direct you
20   to Number 2 on the sheet here; and notably the only two
21   deficiencies the defendants have flagged are that the pharmacy
22   records don't contain NDC codes.  This is information that's
23   already in the hands of the defendants.  I certainly don't
24   believe that it's grounds for issuing an order to show cause
25   when the defendants have the information they're asking for.
```

1    JUDGE KUGLER:  Mr. Harkins, what do you say?

2    MR. HARKINS:  Your Honor, the NDC code information, if

3 that is all that we are actually missing, and I apologize, I

4 don't know if defense counsel who specifically reviewed this

5 fact sheet is available to discuss, I mean, my understanding is

6 that the pharmacy records are missing what we would consider to

7 be core product ID information.  So we would still request that

8 this case be listed though again.  If there is information that

9 we do have, we would, of course, agree to withdraw the order to

10 show cause prior to dismissal next month.

11    JUDGE KUGLER:  Well, the papers that you gave me,

12 that's all it said.  Ms. Goldenberg's correct.  It just says

13 that the produced pharmacy records do not contain any NDC codes

14 and that's the only things that you note in this.

15    So why don't we do this:  Why don't we just hold off on

16 issuing an order to show cause.  We won't issue the OSC on this

17 one now, but we can always do it next time if this is an issue.

18 So we will take that off the list.

19    MR. HARKINS:  Thank you, Your Honor.

20    JUDGE KUGLER:  How about anybody else?

21    MS. TOLLIVER:  Yes, Your Honor.  This is Tiffany

22 Tolliver on behalf of plaintiffs Benita Smiley and Jimmie

23 Thorn.

24    JUDGE KUGLER:  Tiffany Tolliver.  Okay.  You want to

25 talk about Benita Smiley?

```
 1           MS. TOLLIVER:  Yes, Your Honor, and Jimmie Thorn.

 2   We've cured -- we filed the Plaintiff Fact Sheets.  I've

 3   communicated with defense counsel regarding -- not the

 4   Plaintiff Fact Sheets, we've done the Short-Form Complaint.

 5   We're working with our clients to get the Plaintiff Fact Sheets

 6   completed.  But I've spoken with defense counsel and asked for

 7   an extension on that to get that taken care of.

 8           MR. HARKINS:  Your Honor, on behalf of defense

 9   counsel, as we've consistently done, we'll certainly remove any

10   of these cases from these order to show cause lists as soon as

11   a PFS is filed; but as this PFS was due in February and it has

12   still not been filed in either of these cases, we do so request

13   an order to show cause at this time.

14           JUDGE KUGLER:  All right.  We will issue the order to

15   show cause on Benita Smiley and Jimmie Thorn.  We can always

16   remove them.

17           MS. TOLLIVER:  Your Honor, I will just note, we just

18   learned about this issue.  When we got the transfer order, that

19   wasn't included in it.  So we just learned that we need to file

20   the Plaintiff Fact Sheets and the plaintiffs -- and the

21   Short-Form Complaint which we have been working on.

22           JUDGE KUGLER:  Well, the order would not be in the

23   transfer order from the MDL panel.  It would be an order that's

24   already entered in this case, which are all available online,

25   and it's self-executing.  You don't need a request from the
```

 1  defendants to submit a PFS; you just need to do it

 2  automatically.  There's a timeframe that's set forth in that

 3  order.

 4          MS. TOLLIVER:  Yes, Your Honor.

 5          THE COURT:  Okay.  Well, we'll deal with that then

 6  next time if we have to.

 7      Anybody else on these?

 8      (No response).

 9          JUDGE KUGLER:  Okay.  Defense counsel also has ten

10  more cases it wants to list.

11      Again, any updates on this list of ten, Mr. Harkins?

12          MR. HARKINS:  Your Honor, for the defense, Case Number

13  4, Harold Sanders, has been cured and we will remove that from

14  the agenda going forward.

15          JUDGE KUGLER:  Okay.  Number 4.

16      Any plaintiffs' counsel want to be heard on Ernest

17  Sumpter, Tamara Ledkins, Donald Bailey, Rex --

18          MS. TEJADA:  Your Honor, I'm sorry, this is Rachell

19  Tejada on Donald Bailey for the plaintiff.

20          JUDGE KUGLER:  Yes.

21          MS. TEJADA:  We submitted everything in the

22  deficiency.  The only pending issue is the pharmacy records

23  which we've already requested and we followed up.  So I don't

24  know if you want to take that one off or wait until next month.

25  Regardless, it's not in our hands anymore.  We requested the

```
 1   records.
 2           JUDGE KUGLER:  Well, this is just going to be listed
 3   again.  It's not even going to hit the show-cause list yet.  So
 4   let's just list this again next month and we will go from
 5   there.  Okay?
 6           MS. TEJADA:  Okay.  Thank you.
 7           JUDGE KUGLER:  Rex Phillips, Valentin,
 8   V-A-L-E-N-T-I-N, Landau, L-A-N-D-A-U, Linda Kountz,
 9   K-O-U-N-T-Z, Gloria Knight, K-N-I-G-H-T, James Rigdon,
10   R-I-G-D-O-N, Helen Wright --
11           MS. TEJADA:  Your Honor, this is Rachell Tejada --
12   sorry.  This is Rachell Tejada again for the plaintiff in James
13   Rigdon, Number 9.
14           JUDGE KUGLER:  Yes.
15           MS. TEJADA:  All of these deficiencies have been cured
16   and sent over to the defense.  I don't know if you've had an
17   opportunity to see the amended PFS in my email, but these have
18   all been cured.
19           JUDGE KUGLER:  Mr. Harkins, do you have any
20   information on this?
21           MR. HARKINS:  Your Honor, I did not receive any
22   confirmation on new information related to the Rigdon case
23   since we sent this list of deficiencies to the plaintiff,
24   plaintiffs' leadership last week, nor was this case addressed
25   during the meet and confer that took place last week.
```

1          So, unfortunately, I cannot confirm that any of these

2    have been.  Of course, if they are, we will agree to remove it

3    going forward as it is not yet ready for an order to show

4    cause.

5               JUDGE KUGLER:  All right.  Well, we will just continue

6    to list it then and you can take care of that.  Maybe a

7    one-on-one conversation with plaintiff's counsel might be

8    helpful.

9               MS. TEJADA:  Yes, you can have them reach out.  I have

10   called and emailed but they haven't replied.  If you could have

11   them reach out to me, defense counsel.

12              JUDGE KUGLER:  Well, maybe you ought to speak on the

13   phone or something, get this straightened out.

14        All right.  Helen Rice, anybody on that?

15        (No response).

16              JUDGE KUGLER:  All right.  Then those cases we'll

17   shift again for another listing.

18        And then we have two more for the first time, Joseph

19   Franch, F-R-A-N-C-H, and Joseph Lovell, L-O-V-E-L-L, Mr.

20   Harkins, any updates on those two?

21              MR. HARKINS:  No updates from the defense, Your Honor.

22              JUDGE KUGLER:  Anything from any plaintiffs on those?

23              MS. PENDLEY:  This is Madeline Pendley from Levin

24   Papantonio Rafferty.

25        Just an update.  One client has died; the other is just

 1  unresponsive.  We're continuing to work on it and we'll let you

 2  know if anything changes.

 3       JUDGE KUGLER:  Okay.  These things happen.  We will

 4  just continue.  We will just list this and see what happens.

 5       All right.  That's the list that I'm aware of from the

 6  orders to show cause and things of that nature.

 7       Is there anything else you need me to discuss at this

 8  point?

 9       MR. SLATER:  This is Adam Slater, Your Honor.  I am

10  not aware of anything from plaintiffs.

11       MR. GOLDBERG:  Nothing from defendants, Your Honor.

12  This is Seth Goldberg, by the way.

13       JUDGE VANASKIE:  Good to hear you guys.  Thank you.

14       So I'll just -- Mr. Slater you are very happy these days

15  with your Yankees I assume?

16       MR. SLATER:  I am in somewhat of disbelief but I'd

17  rather be in this type of disbelief than the type I was

18  experiencing earlier in the season.

19       JUDGE KUGLER:  Well, you never know.  It's a long

20  season, as they say.

21       MR. SLATER:  It is.  It is.

22       JUDGE KUGLER:  All right.  Well, look, enjoy the rest

23  of your summer.  Nice talking to you, as always.  But you know

24  there's always next year, right?

25       MR. SLATER:  And there's always football season.

```
 1          JUDGE KUGLER:  Well, I'm not optimistic there, either.
 2     You don't know, you never know.
 3          All right.  Have a nice rest of your summer.
 4          MR. SLATER:  I hate to say it, I'm on Judge
 5     Schneider's side on that one.
 6          JUDGE KUGLER:  I know.  I know, I know.  We'll talk to
 7     you in September then everybody.  Thank you very much.
 8          MR. SLATER:  Thank you, Your Honor.
 9          MR. GOLDBERG:  Thank you, Your Honor.
10          JUDGE VANASKIE:  Bye-bye.
11          (The proceedings concluded at 11:25 a.m.)
12          -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -
13
14          I certify that the foregoing is a correct transcript
15     from the record of proceedings in the above-entitled matter.
16
17     /S/ Camille Pedano, CCR, RMR, CRR, CRC, RPR
       Court Reporter/Transcriber
18
19     August 25, 2021
            Date
20
21
22
23
24
25
```

*United States District Court*
*District of New Jersey*

## /

**/S** [1] - 52:17

## 0

**07068** [1] - 1:14
**08101** [1] - 1:8

## 1

**1** [1] - 22:10
**103** [1] - 1:14
**10:00** [2] - 1:9, 4:3
**10th** [6] - 6:23, 10:2, 10:9, 10:10, 10:18
**110** [1] - 2:15
**11:07** [1] - 43:12
**11:25** [1] - 52:11
**120** [2] - 35:19, 35:21
**15th** [1] - 9:24
**17754** [1] - 2:9
**17th** [1] - 2:18
**19-md-02875-RBK-KMW** [1] - 1:4
**19103** [1] - 2:19
**1st** [8] - 6:9, 6:10, 17:10, 17:19, 18:17, 21:15, 21:17

## 2

**2** [1] - 45:20
**200** [1] - 2:9
**2020** [1] - 32:18
**2021** [4] - 1:8, 22:13, 32:19, 52:19
**2150** [1] - 2:3
**23** [7] - 12:1, 12:11, 21:22, 22:3, 35:23, 35:24, 36:9
**25** [1] - 52:19
**2500** [1] - 2:23
**25th** [1] - 6:8
**26** [2] - 1:8, 5:5
**27** [3] - 22:14, 22:15, 34:5
**28** [4] - 15:19, 18:22, 41:23, 42:2

## 3

**3** [2] - 9:1, 10:18
**30** [9] - 2:18, 12:25, 13:12, 14:4, 15:4, 17:8, 22:2, 27:3, 34:5
**30-day** [5] - 12:22, 14:21, 16:19, 20:13
**30-plus** [1] - 35:1
**30305** [1] - 2:24
**316** [1] - 1:21

## 4

**4** [3] - 44:12, 48:13, 48:15
**4:00** [1] - 8:2
**4th** [18] - 1:7, 12:2, 15:22, 20:16, 21:23, 22:17, 23:7, 23:9, 23:25, 27:10, 28:21, 30:9, 36:4, 41:4, 41:12, 42:3, 42:6, 42:21

## 5

**55402** [1] - 2:3
**5th** [2] - 29:20, 36:6

## 6

**60** [3] - 26:17, 28:2, 35:17
**60-day** [1] - 14:21
**600** [1] - 1:21
**609-774-1494** [1] - 1:24
**6th** [1] - 6:18

## 7

**7** [1] - 44:12
**701** [1] - 1:17
**70130** [1] - 1:18
**75252** [1] - 2:9

## 8

**8** [1] - 44:13
**800** [1] - 2:3
**8th** [7] - 8:3, 8:8, 8:11, 8:18, 9:1, 9:12, 10:8

## 9

**9** [1] - 49:13
**9617** [1] - 2:12
**99** [1] - 2:6
**9th** [3] - 6:20, 6:24, 6:25

## A

**a.m** [4] - 1:9, 4:4, 43:12, 52:11
**Abdullahi** [1] - 44:18
**ABDULLAHI** [1] -

**32502** [1] - 1:21
**33301** [1] - 2:15
**3333** [1] - 2:23
**33950** [1] - 2:6
**34** [1] - 32:5
**35215** [1] - 2:12
**3rd** [1] - 29:19

44:18
**ability** [2] - 20:19, 38:10
**able** [5] - 20:23, 23:16, 26:9, 29:17, 29:23
**above-entitled** [1] - 52:15
**absolutely** [1] - 19:17
**accelerated** [1] - 38:1
**acceptable** [1] - 14:12
**accomplish** [1] - 21:9
**accomplishes** [1] - 41:1
**account** [1] - 28:24
**achieve** [1] - 30:12
**Actavis** [2] - 2:25, 2:25
**action** [4] - 21:21, 22:2, 30:16, 36:20
**ACTION** [1] - 1:3
**Adam** [5] - 4:8, 7:15, 9:10, 43:5, 51:9
**ADAM** [1] - 1:13
**add** [14] - 22:14, 23:21, 23:23, 24:20, 32:6, 32:10, 35:1, 36:23, 38:14, 38:18, 38:19, 38:20, 38:21
**added** [9] - 22:19, 23:4, 23:8, 24:22, 25:24, 28:23, 32:6, 37:8, 38:16
**adding** [4] - 23:15, 34:3, 34:4, 34:14
**addition** [1] - 16:9
**additional** [9] - 12:25, 20:15, 35:15, 39:21, 40:11, 41:9, 42:5, 42:13
**address** [8] - 4:25, 5:1, 5:2, 25:11, 30:17, 31:8, 36:12, 43:3
**addressed** [2] - 20:4, 49:24
**addressing** [10] - 7:14, 11:16, 13:22, 17:7, 17:16, 25:5, 25:8, 25:15, 25:25, 29:22
**adequacy** [1] - 29:25
**adequate** [2] - 23:18, 26:15
**adequately** [1] - 9:20
**adhered** [1] - 29:7
**affect** [2] - 28:4, 28:8
**afternoon** [4] - 8:13, 8:14, 10:13, 45:9
**agenda** [6] - 4:25, 5:2, 5:3, 7:10, 11:14,

48:14
**agendas** [1] - 43:19
**ago** [1] - 34:15
**agree** [4] - 16:1, 34:9, 46:9, 50:2
**agreed** [1] - 41:1
**agreed-upon** [1] - 41:1
**agreement** [6] - 20:3, 20:14, 37:13, 40:5, 40:19, 42:1
**ahead** [5] - 17:1, 19:6, 19:15, 26:4, 27:9
**aided** [1] - 1:25
**Alabama** [1] - 2:12
**allegations** [2] - 27:17, 37:4
**alleged** [2] - 22:23, 22:24
**allow** [3] - 24:7, 26:17, 37:14
**allowed** [4] - 21:25, 24:24, 25:1, 32:11
**ALSO** [1] - 3:1
**ambitious** [1] - 9:20
**amenable** [1] - 6:18
**amend** [3] - 25:5, 25:8, 38:14
**amended** [4] - 22:12, 24:25, 27:16, 49:17
**amendments** [1] - 44:8
**amount** [4] - 30:10, 32:23, 36:10, 37:24
**ample** [1] - 27:20
**anticipated** [3] - 25:22, 37:7, 37:12
**API** [1] - 29:5
**apologies** [1] - 45:1
**apologize** [1] - 46:3
**application** [1] - 42:5
**applies** [1] - 17:19
**appointment** [1] - 10:12
**appreciate** [1] - 7:24
**appropriate** [4] - 16:2, 20:6, 42:11, 42:19
**April** [2] - 22:13, 38:18
**areas** [1] - 37:15
**argued** [1] - 10:8
**argument** [4] - 7:2, 7:17, 37:5, 42:19
**argument/hearing** [1] - 7:13
**arguments** [2] - 10:20, 39:8
**arrangements** [1] - 31:7
**assert** [1] - 28:3
**asserted** [1] - 29:13

**assume** [1] - 51:15
**Atlanta** [1] - 2:24
**attention** [1] - 25:20
**August** [3] - 1:8, 32:18, 52:19
**authorizations** [1] - 32:16, 33:8, 33:18
**automatically** [1] - 48:2
**available** [2] - 46:5, 47:24
**availed** [1] - 38:10
**Avenue** [1] - 2:3
**avoid** [1] - 21:8
**aware** [7] - 11:25, 22:1, 22:13, 24:14, 43:4, 51:5, 51:10

## B

**Bailey** [2] - 48:17, 48:19
**bargain** [2] - 29:13, 29:15
**based** [3] - 26:22, 33:14, 35:4
**basis** [5] - 8:17, 11:2, 39:3, 39:6, 41:20
**Baylen** [1] - 1:21
**Bazan** [3] - 11:18, 31:20, 38:5
**BAZAN** [5] - 2:18, 31:20, 31:23, 38:4, 38:7
**bearing** [1] - 15:8
**began** [1] - 33:18
**begin** [3] - 24:2, 27:21, 30:23
**beginning** [3] - 14:23, 31:6, 37:22
**behalf** [8] - 4:7, 4:19, 5:19, 11:16, 44:23, 45:19, 46:22, 47:8
**believes** [1] - 40:7
**bellwether** [11] - 12:3, 12:10, 12:11, 15:18, 15:24, 19:5, 29:12, 40:6, 40:10, 40:12, 42:2
**bellwethers** [3] - 19:20, 19:23, 20:3
**benefit** [2] - 29:13, 29:14
**Benita** [4] - 44:18, 46:22, 46:25, 47:15
**BENITA** [1] - 44:18
**best** [2] - 26:16, 33:4
**better** [1] - 6:3
**between** [2] - 36:17, 37:21
**Bill** [1] - 44:23

**BILL** [1] - 2:8
**Billy** [1] - 44:12
**birmingham** [1] - 2:12
**bit** [9] - 12:20, 13:10, 14:11, 17:6, 25:21, 28:9, 31:4, 33:16, 38:25
**blame** [1] - 33:13
**blush** [1] - 14:19
**Boulevard** [1] - 2:15
**Brian** [1] - 5:19
**BRIAN** [1] - 2:22
**Brief** [1] - 43:12
**brief** [12] - 5:11, 5:12, 5:16, 18:19, 26:6, 26:7, 28:7, 28:8, 28:13, 36:5
**briefed** [2] - 7:11, 15:13
**briefing** [16] - 5:4, 9:7, 9:10, 11:15, 15:5, 15:13, 23:14, 28:4, 30:14, 34:3, 34:19, 35:3, 35:9, 35:20, 35:21, 39:14
**briefly** [1] - 31:21
**briefs** [2] - 17:10, 27:6
**bringing** [1] - 17:17
**brought** [2] - 18:4, 25:19
**Broward** [1] - 2:15
**buckle** [1] - 18:23
**build** [1] - 24:6
**building** [1] - 13:10
**Building** [1] - 1:17
**built** [1] - 38:23
**Burlia** [1] - 44:17
**BURLIA** [1] - 44:18
**BY** [15] - 1:13, 1:16, 1:17, 1:20, 1:20, 2:2, 2:5, 2:8, 2:11, 2:14, 2:17, 2:18, 2:22, 2:22, 2:23
**bye** [2] - 52:10
**bye-bye** [1] - 52:10

**C**

**Camden** [1] - 1:8
**camera** [4] - 5:7, 5:16, 11:2, 11:9
**Camille** [4] - 1:23, 4:12, 43:17, 52:17
**camillepedano@ gmail.com** [1] - 1:23
**Camp** [1] - 1:17
**cannot** [1] - 50:1
**care** [4] - 9:18, 36:18, 47:7, 50:6
**cascade** [1] - 24:14
**Case** [3] - 44:12,

44:13, 48:12
**CASE** [1] - 1:5
**case** [13] - 7:3, 12:17, 19:8, 19:20, 27:12, 40:6, 41:20, 44:12, 46:8, 47:24, 49:22, 49:24
**case-by-case** [1] - 41:20
**case-specific** [1] - 40:6
**cases** [13] - 16:3, 16:23, 18:22, 19:22, 38:21, 40:6, 42:2, 44:3, 44:11, 47:10, 47:12, 48:10, 50:16
**cats** [1] - 17:6
**CCR** [1] - 52:17
**certain** [1] - 37:14
**certainly** [13] - 8:23, 9:17, 11:18, 13:3, 17:23, 28:18, 31:22, 34:10, 34:23, 35:5, 40:9, 45:23, 47:9
**certification** [22] - 11:24, 23:14, 29:20, 29:22, 29:24, 30:4, 30:7, 30:11, 30:13, 30:14, 34:22, 34:25, 35:8, 35:9, 35:10, 35:16, 35:25, 36:1, 36:4, 36:7, 36:10, 39:14
**certifications** [1] - 28:5
**certify** [1] - 52:14
**chain** [1] - 24:12, 24:15
**challenges** [1] - 17:17
**chance** [1] - 20:22
**change** [1] - 19:4, 37:25
**changed** [2] - 38:17, 38:24
**changes** [1] - 51:2
**chime** [1] - 11:19
**choice** [2] - 33:21, 37:5
**chose** [1] - 37:2
**CIVIL** [1] - 1:3
**clarification** [1] - 41:7
**clarify** [1] - 31:24
**class** [93] - 11:15, 11:24, 12:4, 12:11, 12:14, 13:14, 21:21, 21:24, 22:2, 22:3, 22:4, 22:5, 22:7, 22:11, 22:15, 22:16, 22:18, 22:21, 22:24, 22:25, 23:3, 23:14,

23:16, 23:17, 23:18, 23:20, 23:22, 23:24, 24:8, 24:10, 24:11, 24:17, 24:20, 24:21, 24:23, 24:25, 25:23, 25:24, 26:10, 27:5, 27:6, 27:7, 28:3, 28:4, 28:21, 29:8, 29:10, 29:20, 29:22, 29:24, 30:1, 30:4, 30:7, 30:11, 30:13, 30:15, 30:16, 31:14, 32:3, 32:5, 32:9, 32:13, 34:5, 34:6, 34:7, 34:21, 34:25, 35:1, 35:4, 35:8, 35:9, 35:16, 35:25, 36:1, 36:4, 36:6, 36:10, 36:19, 36:24, 38:14, 38:15, 38:17, 38:19, 38:22, 39:3, 39:13
**clear** [3] - 4:14, 19:19, 41:14
**clearly** [1] - 42:7
**Clerk** [1] - 3:2
**client** [1] - 50:25
**clients** [1] - 47:5
**close** [1] - 43:22
**closer** [2] - 31:4, 39:23
**CMO** [7] - 12:1, 21:22, 22:3, 35:23, 35:24, 36:9, 36:16
**code** [1] - 46:2
**codes** [3] - 30:24, 45:22, 46:13
**Cohen** [1] - 1:7
**collateral** [1] - 40:5
**colleague** [1] - 14:6
**colleagues** [3] - 11:18, 13:3, 28:19
**collected** [1] - 24:16
**collecting** [1] - 31:1
**coming** [6] - 16:6, 16:7, 33:18, 36:20, 36:21, 37:13
**commence** [1] - 39:2
**Commencing** [1] - 1:9
**commonality** [1] - 29:25
**communicated** [1] - 47:3
**compel** [5] - 9:3, 10:6, 10:8, 10:9, 10:25
**compensation** [1] - 19:15
**complaint** [9] - 22:6, 22:19, 23:4, 23:8, 24:22, 24:25, 25:5,

25:25, 28:23
**Complaint** [2] - 47:4, 47:21
**complaints** [5] - 12:15, 22:2, 22:13, 23:12, 27:16
**complete** [7] - 9:7, 9:10, 23:25, 24:16, 28:2, 31:25, 36:11
**completed** [15] - 12:9, 15:21, 19:24, 22:9, 22:17, 23:1, 30:21, 31:18, 32:14, 32:18, 32:19, 32:20, 41:3, 47:6
**completely** [1] - 15:6
**completing** [2] - 32:12, 40:21
**completion** [2] - 26:13, 29:3
**complicated** [1] - 39:1
**computer** [1] - 1:25
**computer-aided** [1] - 1:25
**concede** [1] - 31:1
**conceded** [1] - 34:8
**concern** [1] - 17:9
**concerned** [1] - 9:24
**concluded** [1] - 52:11
**concurrent** [1] - 26:10
**conducted** [4] - 11:1, 11:9, 12:11, 22:8
**confer** [13] - 14:19, 20:15, 20:19, 20:22, 21:2, 21:5, 21:12, 26:24, 27:1, 27:4, 41:7, 45:3, 49:25
**conference** [4] - 8:2, 9:2, 20:4
**CONFERENCE** [1] - 1:5
**conferring** [1] - 14:15
**confers** [5] - 14:2, 23:5, 24:5, 25:14, 25:18
**confidential** [5] - 8:17, 9:5, 11:2, 11:4, 11:8
**confidentiality** [5] - 5:4, 5:8, 7:5, 8:21, 11:8
**confirm** [1] - 50:1
**confirmation** [2] - 39:23, 49:22
**CONLEE** [1] - 1:16
**Conlee** [6] - 13:23, 14:1, 25:13, 30:19, 32:25, 36:14
**consider** [5] - 14:11, 28:20, 29:19, 30:8, 46:6

**consideration** [1] - 39:15
**considerations** [1] - 25:21
**consistent** [1] - 27:11
**consistently** [2] - 18:10, 47:9
**contain** [2] - 45:22, 46:13
**contentious** [2] - 11:12, 11:13
**continuance** [1] - 15:16
**continue** [5] - 15:22, 25:11, 27:4, 50:5, 51:4
**Continued** [1] - 2:1
**continued** [2] - 15:17, 20:5
**continuing** [1] - 51:1
**convenient** [1] - 7:18
**conversation** [1] - 50:7
**convey** [1] - 14:7
**Cooper** [1] - 1:7
**core** [1] - 46:7
**correct** [10] - 9:8, 17:21, 28:6, 39:20, 40:19, 43:23, 44:3, 46:12, 52:14
**correctly** [4] - 27:24, 28:5, 39:25, 42:15
**corresponding** [2] - 35:15, 39:10
**counsel** [18] - 4:20, 11:6, 11:19, 13:6, 33:11, 43:21, 44:19, 45:4, 45:10, 45:12, 46:4, 47:3, 47:6, 47:9, 48:9, 48:16, 50:7, 50:11
**count** [1] - 34:5
**couple** [1] - 31:6
**course** [7] - 5:1, 12:21, 25:6, 26:21, 28:22, 46:9, 50:2
**COURT** [3] - 1:1, 43:16, 48:5
**court** [2] - 20:25, 43:15
**Court** [17] - 1:23, 12:1, 21:25, 22:13, 24:9, 24:13, 24:22, 24:24, 25:1, 26:21, 28:25, 32:7, 34:2, 40:15, 41:12, 42:8, 52:17
**Courthouse** [1] - 1:7
**Courtroom** [1] - 3:3
**covered** [2] - 8:21, 11:8

**COVID** [3] - 16:10, 16:15, 17:4
**CRC** [1] - 52:17
**credentials** [1] - 11:3
**critical** [1] - 29:9
**CRR** [1] - 52:17
**cure** [1] - 45:4
**cured** [4] - 47:2, 48:13, 49:15, 49:18
**current** [5] - 27:6, 35:23, 36:3, 36:16, 38:12
**CURTIS** [6] - 2:8, 2:8, 44:21, 44:23, 45:1, 45:15
**Curtis** [1] - 44:23
**cut** [2] - 33:15, 41:23

## D

**Dallas** [1] - 2:9
**Daniel** [3] - 14:6, 14:13, 19:12
**DANIEL** [1] - 1:20
**date** [7] - 7:13, 7:19, 17:11, 17:25, 28:21, 36:6, 39:24
**Date** [1] - 52:19
**dates** [1] - 36:16
**Daubert** [18] - 14:25, 15:5, 15:6, 15:8, 15:14, 17:9, 17:13, 17:15, 17:19, 17:22, 18:3, 18:5, 18:9, 18:12, 18:13, 19:10, 20:1, 34:3
**DAVID** [1] - 1:17
**David** [1] - 6:15
**DAVIS** [1] - 2:22
**days** [12] - 12:25, 13:12, 14:4, 15:4, 17:8, 26:17, 27:3, 28:3, 35:17, 35:19, 35:21, 51:14
**deadline** [18] - 12:24, 17:11, 17:19, 18:17, 21:16, 21:22, 22:6, 23:6, 23:7, 28:2, 29:20, 29:21, 30:8, 30:9, 32:4, 35:21, 38:15, 40:14
**deadlines** [15] - 9:25, 11:25, 12:2, 15:11, 15:21, 30:12, 30:13, 34:18, 34:24, 35:8, 35:16, 39:10, 39:11, 39:16
**deal** [2] - 33:6, 48:5
**dealing** [1] - 17:4
**Debra** [1] - 44:13
**December** [3] - 36:22,

38:15, 38:20
**decision** [5] - 7:4, 20:7, 25:7, 36:10, 37:8
**decisions** [1] - 25:6
**defend** [1] - 26:15
**Defendant** [11] - 22:25, 23:2, 24:11, 24:14, 29:2, 29:3, 29:4, 29:6, 30:21, 30:22, 32:1
**defendants** [40] - 4:19, 5:20, 11:16, 14:23, 15:20, 18:7, 18:9, 20:19, 22:22, 26:14, 29:1, 29:21, 31:10, 31:21, 31:24, 32:16, 33:21, 34:9, 34:16, 34:20, 36:1, 36:5, 36:7, 36:18, 37:2, 37:15, 37:22, 38:5, 40:10, 41:20, 42:4, 43:6, 43:24, 44:1, 45:21, 45:23, 45:25, 48:1, 51:11
**Defendants** [2] - 2:19, 2:24
**defendants'** [6] - 15:2, 15:9, 24:20, 26:6, 30:23, 38:8
**defending** [3] - 14:16, 14:17, 20:21
**defense** [23] - 4:16, 4:20, 4:25, 5:3, 11:19, 13:6, 14:6, 16:1, 42:12, 43:21, 44:2, 45:4, 45:10, 45:11, 46:4, 47:3, 47:6, 47:8, 48:9, 48:12, 49:16, 50:11, 50:21
**defer** [1] - 45:9
**deficiencies** [5] - 45:5, 45:8, 45:21, 49:15, 49:23
**deficiency** [1] - 48:22
**demoted** [1] - 19:17
**deny** [1] - 20:5
**depose** [5] - 16:12, 26:5, 37:20, 41:22, 42:12
**deposed** [6] - 13:1, 13:11, 17:14, 19:25, 23:9, 24:17
**deposing** [1] - 27:16
**deposition** [7] - 16:21, 18:16, 20:20, 20:21, 21:16, 24:7, 42:5
**depositions** [59] - 12:3, 12:9, 12:12,

12:13, 14:16, 14:18, 14:24, 15:3, 15:7, 15:24, 15:25, 16:3, 17:12, 17:24, 18:8, 18:12, 18:23, 21:7, 21:23, 21:24, 22:7, 22:17, 23:3, 23:13, 24:2, 24:23, 26:10, 26:12, 26:15, 26:19, 27:2, 27:21, 28:2, 28:10, 28:12, 28:21, 29:9, 29:10, 30:20, 31:4, 31:12, 32:5, 32:13, 32:19, 33:19, 36:8, 37:1, 37:25, 39:10, 39:21, 40:20, 40:22, 40:24, 41:3, 41:15, 41:24, 41:25, 42:2, 42:20
**deps** [1] - 12:25
**Deputy** [1] - 3:3
**designate** [1] - 33:7
**designated** [1] - 33:6
**designations** [2] - 5:4, 7:5
**desire** [1] - 39:12
**details** [1] - 25:18
**determine** [2] - 14:11, 23:17
**devil** [1] - 16:8
**died** [1] - 50:25
**difference** [2] - 16:19, 16:20
**different** [8] - 12:2, 26:24, 27:2, 30:12, 33:11, 34:24, 38:19
**direct** [4] - 21:4, 21:10, 39:2, 45:19
**disagreement** [1] - 40:13
**disbelief** [2] - 51:16, 51:17
**discovery** [28] - 9:2, 9:25, 11:15, 12:5, 12:10, 19:24, 22:6, 22:9, 22:20, 23:13, 23:17, 23:21, 23:25, 24:7, 29:23, 32:8, 32:12, 32:14, 34:4, 34:17, 34:24, 35:6, 35:14, 35:17, 35:20, 36:11, 40:13
**discuss** [4] - 40:24, 41:15, 46:5, 51:7
**discussed** [2] - 27:1, 40:4
**discussing** [1] - 15:17
**dismissal** [1] - 46:10
**dismissed** [1] - 45:14
**distracting** [1] - 16:20

**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [1] - 4:2
**doctor** [12] - 14:24, 15:7, 15:12, 15:25, 16:3, 18:8, 18:15, 18:16, 18:23, 19:12, 19:18, 41:21
**doctor's** [2] - 10:12, 18:18
**doctors** [2] - 16:12, 16:21
**doctors'** [1] - 15:3
**documents** [4] - 5:5, 5:6, 5:16, 33:18
**dog** [1] - 12:17
**Donald** [2] - 48:17, 48:19
**done** [16] - 10:24, 15:2, 15:20, 18:23, 23:15, 26:21, 27:8, 27:10, 27:11, 33:24, 37:18, 37:23, 38:1, 39:5, 47:4, 47:9
**dose** [1] - 29:5
**double** [3] - 32:3, 32:22, 32:23
**doubt** [1] - 34:12
**down** [6] - 33:15, 34:11, 36:20, 37:11, 37:16, 41:23
**Dr** [4] - 14:17, 15:18, 20:21
**drop** [1] - 43:10
**drugs** [2] - 22:23
**dual** [1] - 19:20
**DUANE** [1] - 2:17
**due** [5] - 17:10, 17:20, 26:6, 26:7, 47:11
**during** [2] - 18:8, 49:25

## E

**early** [1] - 39:5
**easily** [1] - 15:21
**East** [2] - 2:12, 2:15
**easy** [1] - 12:16
**ECF** [1] - 11:4
**economic** [8] - 12:4, 13:14, 21:24, 22:15, 25:23, 34:6, 38:14, 38:18
**efficiency** [2] - 9:14, 34:11
**efficient** [3] - 33:23, 34:24, 35:6
**efficiently** [2] - 26:9, 33:8
**Eisenhower** [1] - 1:14
**either** [4] - 11:6,

42:24, 47:12, 52:1
**elevated** [1] - 19:12
**elevation** [1] - 19:15
**email** [1] - 49:17
**emailed** [2] - 5:6, 50:10
**employers** [1] - 40:8
**encompass** [1] - 30:14
**encourages** [1] - 26:21
**end** [5] - 31:4, 32:19, 34:17, 39:8, 39:16
**endorsement** [1] - 40:15
**enjoy** [1] - 51:22
**entered** [3] - 12:1, 25:22, 47:24
**entire** [2] - 18:7, 26:13
**entitled** [2] - 40:11, 52:15
**envision** [1] - 17:23
**envisions** [1] - 24:22
**Ernest** [1] - 48:16
**error** [1] - 45:6
**especially** [1] - 16:7
**ESQUIRE** [16] - 1:13, 1:16, 1:17, 1:20, 1:20, 2:2, 2:5, 2:8, 2:11, 2:14, 2:17, 2:18, 2:22, 2:22, 2:23, 3:2
**established** [1] - 28:25
**establishing** [1] - 30:15
**Etminan** [2] - 14:17, 20:21
**evidence** [1] - 29:11
**evolving** [1] - 37:5
**example** [1] - 36:2
**excuse** [1] - 10:19
**executing** [1] - 47:25
**exhausted** [1] - 20:23
**expect** [3] - 4:19, 5:11, 10:14
**expectation** [1] - 41:22
**expected** [2] - 36:19, 42:3
**expedites** [1] - 7:4
**expeditious** [1] - 5:9
**experiencing** [1] - 51:18
**expert** [10] - 14:16, 17:13, 17:15, 18:6, 28:10, 29:22, 29:24, 34:21, 36:2, 36:6
**experts** [3] - 17:14, 18:4, 35:8

**explained** [1] - 36:21
**extend** [2] - 23:6, 35:7
**extended** [1] - 28:2
**extension** [9] - 14:21, 14:22, 16:20, 17:8, 20:13, 34:17, 35:14, 35:15, 47:7
**extent** [1] - 41:20
**extra** [1] - 6:24

**F**

**facing** [1] - 32:8
**fact** [9] - 26:20, 28:2, 32:15, 33:5, 39:21, 40:6, 45:2, 46:5
**Fact** [35] - 22:21, 22:25, 23:2, 23:10, 24:1, 24:10, 24:11, 24:14, 26:4, 26:18, 27:22, 28:25, 29:2, 29:3, 29:4, 29:6, 30:21, 30:23, 31:10, 31:14, 32:1, 32:15, 32:17, 32:21, 33:17, 34:15, 36:25, 37:22, 38:9, 39:4, 47:2, 47:4, 47:5, 47:20
**factor** [1] - 39:14
**factors** [1] - 28:20
**factual** [2] - 30:1, 30:15
**fair** [1] - 34:20
**fall** [2] - 28:12, 34:3
**family** [1] - 40:8
**far** [2] - 9:24, 11:11
**FARR** [1] - 2:5
**February** [3] - 22:4, 36:23, 47:11
**few** [8] - 12:6, 12:12, 14:4, 14:8, 25:18, 28:20, 31:3, 35:7
**fight** [1] - 12:18
**file** [9] - 6:13, 28:7, 28:8, 35:25, 36:1, 36:4, 36:6, 38:8, 47:19
**filed** [6] - 17:10, 22:1, 38:13, 47:2, 47:11, 47:12
**filing** [4] - 17:22, 18:3, 18:5, 30:4
**fine** [7] - 6:24, 7:16, 8:18, 8:19, 10:3, 10:14, 10:16
**finished** [1] - 29:5
**FIRM** [1] - 2:5
**first** [14] - 5:3, 8:13, 14:19, 14:20, 18:13, 22:8, 22:9, 25:17, 32:7, 32:13, 32:23,

33:20, 44:24, 50:18
**five** [1] - 33:10
**flagged** [1] - 45:21
**Flora** [1] - 44:17
**Florida** [4] - 1:21, 2:6, 2:15, 16:10
**focus** [1] - 40:21
**focused** [1] - 18:22
**follow** [4] - 4:24, 5:7, 31:17, 36:9
**followed** [4] - 5:8, 5:13, 9:1, 48:23
**following** [1] - 14:20
**football** [1] - 51:25
**FOR** [1] - 1:1
**foregoing** [1] - 52:14
**Form** [2] - 47:4, 47:21
**fort** [1] - 2:15
**forth** [3] - 12:8, 37:4, 48:2
**forthcoming** [1] - 26:22
**forward** [8] - 19:23, 27:5, 28:11, 31:11, 32:10, 32:12, 48:14, 50:3
**four** [2] - 8:12, 33:10
**Franch** [1] - 50:19
**FRANCH** [1] - 50:19
**frankly** [1] - 18:19
**free** [1] - 42:24
**free-for-all** [1] - 42:24
**FREEMAN** [1] - 1:13
**Friday** [4] - 6:18, 6:20, 6:23, 10:2
**friends** [1] - 40:8
**front** [1] - 34:17
**fully** [2] - 7:11, 26:14

**G**

**gain** [1] - 14:25
**gap** [1] - 37:23
**generally** [2] - 17:5, 32:18
**GEORGE** [1] - 2:5
**George** [2] - 40:18, 41:17
**Georgia** [1] - 2:24
**given** [2] - 6:19, 14:10
**Gloria** [1] - 49:9
**GOLDBERG** [27] - 2:17, 4:18, 8:10, 8:18, 8:23, 10:5, 10:10, 10:14, 11:17, 11:22, 11:24, 13:9, 13:14, 13:18, 16:24, 17:2, 17:21, 21:20, 24:4, 28:17, 34:1, 35:13, 39:17, 43:6, 43:9, 51:11, 52:9

**Goldberg** [13] - 4:19, 4:22, 8:10, 10:4, 11:17, 13:17, 17:1, 17:18, 25:17, 28:18, 34:1, 35:11, 51:12
**Goldenberg** [1] - 45:19
**GOLDENBERG** [3] - 2:2, 2:2, 45:18
**Goldenberg's** [1] - 46:12
**good-cause** [2] - 41:11, 42:24
**Gorda** [1] - 2:6
**granted** [1] - 26:23
**great** [4] - 9:2, 39:12, 40:7
**Greenberg** [3] - 5:19, 40:2, 44:1
**GREENBERG** [1] - 2:21
**grounds** [1] - 45:24
**group** [2] - 14:7, 44:2
**GROUP** [2] - 2:8, 2:11
**guys** [1] - 51:13

**H**

**handle** [4] - 5:10, 26:9, 33:4, 33:24
**handled** [2] - 33:7, 33:10
**handling** [1] - 14:5
**hands** [3] - 26:2, 45:23, 48:25
**happy** [1] - 51:14
**HARKINS** [9] - 2:23, 43:25, 44:10, 46:2, 46:19, 47:8, 48:12, 49:21, 50:21
**Harkins** [5] - 44:1, 46:1, 48:11, 49:19, 50:20
**Harold** [1] - 48:13
**hate** [1] - 52:4
**heads** [1] - 7:2
**Healthcare** [1] - 2:20
**hear** [4] - 8:6, 8:13, 9:21, 13:5, 13:25, 25:2, 27:24, 51:13
**heard** [8] - 13:20, 19:9, 25:9, 27:3, 39:4, 40:17, 44:20, 48:16
**hearing** [2] - 18:12, 20:12
**Hector** [1] - 44:17
**held** [1] - 4:1
**Helen** [2] - 49:10, 50:14
**hello** [1] - 7:15

**helpful** [1] - 50:8
**Henton** [2] - 43:21, 43:22
**herding** [1] - 17:6
**hi** [1] - 19:7
**hit** [1] - 49:3
**hold** [3] - 19:2, 46:15
**holiday** [3] - 6:18, 6:19, 6:25
**honestly** [1] - 20:18
**Honor** [87] - 4:8, 4:10, 4:18, 5:18, 5:22, 6:4, 6:15, 7:6, 7:8, 7:16, 7:17, 8:9, 8:10, 8:18, 8:24, 9:9, 9:14, 10:3, 10:6, 10:15, 10:16, 11:10, 11:17, 11:25, 13:10, 13:23, 14:1, 14:13, 16:24, 17:2, 17:21, 18:1, 19:1, 20:18, 21:14, 21:18, 21:20, 22:1, 24:5, 24:13, 25:10, 25:13, 27:15, 28:17, 28:24, 30:8, 30:17, 31:20, 31:23, 32:25, 34:1, 36:12, 38:4, 38:24, 39:17, 39:18, 40:1, 40:18, 41:5, 41:16, 43:1, 43:5, 43:6, 43:9, 43:16, 43:25, 44:10, 44:22, 45:1, 45:7, 45:18, 46:2, 46:19, 46:21, 47:1, 47:8, 47:17, 48:4, 48:12, 48:18, 49:11, 49:21, 50:21, 51:9, 51:11, 52:8, 52:9
**Honor's** [1] - 6:18
**Honor)** [1] - 43:14
**HONORABLE** [2] - 1:10, 1:11
**Honorable** [3] - 3:2, 4:1, 4:3
**hope** [1] - 25:6
**hopefully** [1] - 41:8
**hoping** [1] - 20:14
**hospitals** [1] - 16:13
**hours** [1] - 37:13
**Huahai** [1] - 2:20
**Hupp** [1] - 44:12
**Hurst** [1] - 44:12

**I**

**ID** [1] - 46:7
**idea** [2] - 20:24, 27:2
**identify** [2] - 4:14, 4:23
**immanently** [1] - 13:12

**important** [1] - 13:11
**improve** [1] - 33:15
**IN** [1] - 1:4
**Inc** [2] - 2:25, 2:25
**include** [2] - 32:15, 40:8
**included** [2] - 41:14, 47:19
**including** [1] - 41:25
**inconvenient** [1] - 7:20
**incumbent** [1] - 30:3
**indicated** [3] - 4:12, 36:23, 40:9
**Industries** [1] - 2:24
**information** [1] - 27:19, 27:20, 28:7, 28:13, 30:3, 30:6, 30:7, 30:15, 30:22, 30:25, 31:10, 31:25, 45:22, 45:25, 46:2, 46:7, 46:8, 49:20, 49:22
**informed** [1] - 26:14
**INJURY** [1] - 2:11
**insight** [1] - 14:25
**insist** [2] - 23:8, 23:15
**insistence** [1] - 15:3
**intending** [1] - 4:24
**intensive** [3] - 29:18, 34:9, 35:19
**intention** [1] - 36:23
**interrupt** [2] - 13:16, 13:19
**interrupted** [1] - 28:15
**Interruption** [1] - 20:25
**invite** [4] - 11:18, 13:3, 14:9, 28:18
**involve** [1] - 8:20
**involved** [4] - 12:17, 14:2, 25:14, 25:17
**isolation** [1] - 30:10
**issue** [36] - 4:11, 5:5, 5:8, 5:17, 7:2, 11:16, 13:2, 13:21, 14:3, 14:10, 14:14, 14:22, 16:7, 19:4, 19:9, 20:1, 20:2, 20:19, 21:3, 21:5, 21:6, 21:13, 21:20, 25:16, 32:7, 32:10, 32:11, 39:1, 41:9, 41:19, 42:9, 46:16, 46:17, 47:14, 47:18, 48:22
**issued** [1] - 22:4
**issues** [8] - 14:5, 15:14, 15:18, 16:11, 26:9, 35:10, 44:5
**issuing** [2] - 45:24,

46:16
**item** [4] - 5:3, 7:10, 9:3, 11:14
**items** [1] - 4:25
**itself** [1] - 32:15

## J

**jam** [1] - 9:11
**James** [2] - 49:9, 49:12
**January** [2] - 29:20, 36:6
**JERSEY** [1] - 1:1
**Jersey** [2] - 1:8, 1:14
**Jimmie** [4] - 44:19, 46:22, 47:1, 47:15
**joint** [1] - 44:2
**Joseph** [2] - 50:18, 50:19
**Judge** [29] - 4:2, 6:25, 7:15, 8:5, 10:19, 12:1, 16:25, 19:4, 19:7, 19:9, 19:11, 19:19, 20:2, 20:5, 20:8, 20:10, 21:22, 25:7, 40:9, 41:12, 42:8, 42:17, 43:7, 43:11, 43:13, 44:21, 45:15, 52:4
**JUDGE** [106] - 1:10, 4:5, 4:12, 4:21, 5:23, 6:1, 6:5, 6:8, 6:12, 6:20, 6:22, 7:1, 7:9, 7:19, 7:22, 7:25, 8:4, 8:6, 8:12, 8:16, 8:20, 8:25, 9:11, 9:19, 10:4, 10:7, 10:11, 10:17, 10:21, 10:24, 11:5, 11:11, 11:21, 11:23, 13:5, 13:8, 13:13, 13:16, 13:19, 13:25, 16:25, 17:18, 18:2, 18:25, 19:2, 19:14, 20:11, 21:4, 21:15, 21:19, 24:3, 25:2, 25:12, 27:23, 28:15, 30:18, 31:13, 31:19, 31:22, 35:11, 36:13, 38:3, 38:6, 38:25, 39:19, 40:16, 40:25, 41:18, 42:10, 42:18, 42:23, 43:2, 43:7, 43:10, 43:13, 43:15, 43:18, 44:7, 44:16, 44:25, 45:11, 45:16, 46:1, 46:11, 46:20, 46:24, 47:14, 47:22, 48:9, 48:15, 48:20, 49:2, 49:7, 49:14, 49:19, 50:5,

50:12, 50:16, 50:22, 51:3, 51:13, 51:19, 51:22, 52:1, 52:6, 52:10
**judge** [2] - 8:3, 19:25
**Judicial** [1] - 3:2
**jump** [1] - 31:21
**June** [1] - 22:10

## K

**KANNER** [1] - 1:16
**KATZ** [1] - 1:13
**keep** [5] - 11:5, 16:6, 18:25, 19:3, 27:7
**kind** [4] - 14:14, 18:17, 24:6, 33:13
**Knight** [1] - 49:9
**KNIGHT** [1] - 49:9
**Kountz** [1] - 49:8
**KOUNTZ** [1] - 49:9
**Kugler** [22] - 3:2, 4:2, 12:1, 15:18, 16:5, 17:1, 19:4, 19:9, 19:11, 19:19, 20:5, 20:9, 25:7, 40:9, 41:12, 42:8, 43:7, 43:11, 43:13
**KUGLER** [31] - 1:10, 43:13, 43:15, 43:18, 44:7, 44:16, 44:25, 45:11, 45:16, 46:1, 46:11, 46:20, 46:24, 47:14, 47:22, 48:9, 48:15, 48:20, 49:2, 49:7, 49:14, 49:19, 50:5, 50:12, 50:16, 50:22, 51:3, 51:19, 51:22, 52:1, 52:6
**Kugler's** [1] - 21:22

## L

**Labor** [1] - 6:17
**Landau** [1] - 49:8
**LANDAU** [1] - 49:8
**landed** [1] - 35:13
**large** [1] - 37:23
**larry** [1] - 3:3
**Lasalle** [1] - 2:3
**last** [15] - 14:3, 15:10, 25:15, 25:20, 26:3, 26:16, 29:7, 33:3, 36:22, 37:24, 39:19, 45:2, 45:5, 49:24, 49:25
**latch** [1] - 15:1
**late** [2] - 33:2, 45:5
**Lauderdale** [1] - 2:15
**LAW** [4] - 2:2, 2:5, 2:8, 2:11

**Law** [1] - 3:2
**leadership** [2] - 4:9, 49:24
**learned** [2] - 47:18, 47:19
**least** [2] - 23:5, 39:6
**leave** [4] - 25:5, 25:8, 38:14, 42:12
**leaves** [1] - 44:16
**Ledkins** [1] - 48:17
**letter** [8] - 4:25, 5:3, 5:12, 5:16, 12:8, 21:11, 21:16
**letters** [3] - 5:2, 11:1, 43:18
**level** [1] - 24:12
**Levin** [1] - 50:23
**LEVIN** [1] - 1:19
**LIABILITY** [1] - 1:4
**light** [2] - 16:7, 34:25
**Linda** [1] - 49:8
**line** [2] - 14:9, 14:14
**list** [12] - 44:9, 44:24, 45:13, 46:18, 48:10, 48:11, 49:3, 49:4, 49:23, 50:6, 51:4, 51:5
**listed** [2] - 46:8, 49:2
**listing** [1] - 50:17
**lists** [1] - 47:10
**LITIGATION** [1] - 1:4
**litigation** [2] - 17:6, 17:17
**lives** [1] - 16:15
**LLC** [5] - 1:13, 1:16, 2:2, 2:20, 2:25
**Lloyd** [1] - 44:17
**LLP** [2] - 2:17, 2:21
**Lockard** [4] - 19:1, 19:6, 40:1, 40:19
**LOCKARD** [7] - 2:22, 19:1, 19:7, 19:17, 40:1, 41:6, 42:16
**look** [5] - 8:1, 10:11, 19:10, 39:7, 51:22
**looking** [4] - 18:5, 34:4, 36:2, 39:23
**looks** [2] - 36:5, 43:19
**LORETTA** [1] - 3:2
**Loretta** [2] - 8:4, 10:19
**loses** [1] - 27:25
**loss** [8] - 12:4, 13:14, 21:24, 22:15, 25:23, 34:6, 38:14, 38:19
**Louisiana** [1] - 1:18
**Lovell** [1] - 50:19
**LOVELL** [1] - 50:19
**Ltd** [2] - 2:20, 2:24

## M

**ma'am** [1] - 38:6
**MacStravic** [1] - 3:3
**MADELINE** [1] - 1:20
**Madeline** [1] - 50:23
**MANAGEMENT** [1] - 1:5
**management** [1] - 19:8
**manufactured** [1] - 27:18
**manufacturer** [3] - 27:18, 29:5
**manufacturer's** [1] - 22:23
**March** [4] - 26:7, 28:9, 28:14, 29:19
**MARLENE** [1] - 2:2
**Marlene** [1] - 45:18
**Master** [2] - 4:3, 42:20
**MASTER** [1] - 1:11
**matter** [8] - 5:13, 9:6, 9:7, 16:25, 19:5, 24:18, 44:5, 52:15
**matters** [2] - 8:20, 43:21
**MAZIE** [1] - 1:13
**MDL** [1] - 47:23
**mean** [6] - 6:2, 13:19, 16:16, 17:4, 18:16, 46:5
**meaningful** [1] - 21:2
**means** [2] - 15:6, 22:25
**meantime** [1] - 45:12
**mechanical** [1] - 1:25
**medical** [6] - 16:21, 22:16, 25:24, 26:12, 29:11, 29:17, 31:1, 31:9, 32:17, 33:8, 33:17, 33:22, 34:6, 37:23, 38:21
**meet** [16] - 14:2, 14:19, 20:15, 20:19, 20:22, 21:2, 21:5, 23:5, 24:5, 25:14, 25:18, 26:24, 27:1, 27:4, 41:7, 49:25
**meet-and-confer** [1] - 26:24
**meeting** [1] - 14:15
**members** [5] - 4:9, 25:10, 25:23, 25:24, 26:10
**mentioned** [2] - 25:25, 30:20
**met** [1] - 24:1
**method** [1] - 16:4
**middle** [1] - 15:12

**might** [4] - 9:20, 19:15, 37:10, 50:7
**mind** [1] - 27:25
**Minneapolis** [1] - 2:3
**Minnesota** [1] - 2:3
**minute** [1] - 37:24
**minutes** [1] - 14:4
**mirror** [2] - 35:22, 35:24
**missing** [2] - 46:3, 46:6
**Mitchell** [1] - 1:7
**modest** [1] - 17:8
**modification** [1] - 11:14
**moments** [1] - 14:8
**Monday** [2] - 6:6, 6:7
**monitoring** [4] - 22:16, 25:24, 34:7, 38:21
**month** [7] - 32:20, 35:23, 36:4, 36:7, 46:10, 48:24, 49:4
**monthly** [1] - 9:2
**months** [7] - 20:5, 31:3, 32:22, 36:5, 37:21, 38:16, 38:23
**morning** [15] - 4:8, 4:18, 4:21, 5:18, 6:15, 8:5, 8:6, 11:12, 14:3, 25:15, 26:25, 43:13, 43:14, 43:25, 44:21
**MORRIS** [1] - 2:17
**motion** [13] - 7:13, 9:3, 10:5, 10:7, 10:8, 10:9, 10:25, 20:1, 28:4, 30:4, 30:16, 36:1, 38:14
**motions** [9] - 7:11, 17:13, 17:19, 17:22, 18:3, 18:5, 25:5, 25:8, 39:14
**move** [8] - 6:5, 13:21, 17:24, 31:11, 34:18, 34:25, 37:11, 39:11
**moved** [2] - 22:14
**moving** [2] - 13:14, 15:6
**MR** [81] - 4:8, 4:18, 5:18, 5:25, 6:2, 6:7, 6:10, 6:15, 6:21, 6:23, 7:6, 7:8, 7:15, 7:21, 7:23, 8:9, 8:10, 8:15, 8:18, 8:23, 9:9, 9:14, 10:3, 10:5, 10:10, 10:14, 10:16, 11:10, 11:17, 11:22, 11:24, 13:9, 13:14, 13:18, 13:23, 14:13,

16:24, 17:2, 17:21, 18:1, 18:3, 20:18, 21:1, 21:14, 21:18, 21:20, 24:4, 25:10, 28:17, 34:1, 35:13, 39:17, 40:18, 41:5, 41:16, 41:19, 42:22, 43:1, 43:4, 43:6, 43:9, 43:25, 44:10, 44:21, 44:23, 45:1, 45:15, 46:2, 46:19, 47:8, 48:12, 49:21, 50:21, 51:9, 51:11, 51:16, 51:21, 51:25, 52:4, 52:8, 52:9
**MS** [37] - 8:3, 8:5, 10:19, 10:23, 11:3, 14:1, 19:1, 19:7, 19:17, 25:13, 28:6, 30:17, 30:19, 31:16, 31:20, 31:23, 32:25, 36:12, 36:14, 38:4, 38:7, 39:18, 40:1, 41:6, 42:16, 45:18, 46:21, 47:1, 47:17, 48:4, 48:18, 48:21, 49:6, 49:11, 49:15, 50:9, 50:23
**multimonth** [2] - 24:9, 29:8
**multiple** [1] - 15:19
**multistep** [1] - 24:9
**mute** [2] - 4:13, 4:23

## N

**named** [4] - 12:14, 22:2, 22:5, 22:12
**narrow** [2] - 16:22, 32:21
**narrowing** [2] - 15:19, 20:3
**nature** [1] - 51:6
**NDC** [4] - 30:24, 45:22, 46:2, 46:13
**NE** [1] - 2:23
**necessarily** [1] - 29:8
**necessary** [10] - 12:21, 14:24, 19:10, 23:17, 30:14, 32:16, 35:7, 36:11, 41:7, 41:21
**need** [25] - 6:17, 8:16, 11:7, 18:11, 18:21, 20:8, 23:16, 23:21, 23:23, 29:16, 29:23, 30:25, 31:24, 32:12, 32:17, 38:8, 39:24, 40:21, 41:3, 42:8, 43:3, 47:19, 47:25, 48:1, 51:7

**needing** [1] - 35:1
**needs** [2] - 15:1, 27:11
**negotiated** [6] - 36:17, 37:12, 38:13, 38:16, 38:22
**Nesbit** [1] - 2:6
**never** [2] - 51:19, 52:2
**new** [17] - 12:4, 21:24, 22:11, 22:21, 23:3, 23:7, 23:15, 23:22, 24:8, 28:11, 28:21, 31:14, 32:9, 36:23, 44:4, 49:22
**NEW** [1] - 1:1
**New** [3] - 1:8, 1:14, 1:18
**next** [27] - 5:21, 6:3, 6:6, 6:7, 6:11, 7:10, 7:19, 7:21, 7:23, 7:25, 8:2, 9:3, 11:14, 13:21, 21:11, 21:20, 26:7, 39:5, 44:8, 45:9, 46:10, 46:17, 48:6, 48:24, 49:4, 51:24
**nice** [2] - 51:23, 52:3
**Nigh** [8] - 14:6, 14:13, 18:2, 19:3, 19:12, 20:15, 21:12, 40:4
**NIGH** [8] - 1:20, 14:13, 18:1, 18:3, 20:18, 21:1, 21:14, 21:18
**Nigh's** [1] - 17:3
**night** [6] - 14:3, 25:15, 26:17, 33:3, 37:13, 45:5
**nine** [2] - 18:4, 32:20
**nine-month** [1] - 32:20
**none** [1] - 32:6
**nonphysician** [1] - 40:24
**normal** [1] - 9:2
**notably** [1] - 45:20
**note** [3] - 9:4, 46:14, 47:17
**nothing** [5] - 7:6, 7:8, 43:4, 43:6, 51:11
**notwithstanding** [1] - 23:9
**November** [4] - 17:10, 17:19, 18:17
**NUMBER** [1] - 1:3
**Number** [6] - 44:12, 44:13, 45:20, 48:12, 49:13
**number** [8] - 12:2, 19:4, 32:3, 32:10, 32:11, 38:24, 41:23, 48:15

## O

**obligation** [1] - 24:1
**obviously** [8] - 9:16, 12:9, 12:17, 12:18, 27:9, 28:22, 34:11, 45:14
**occur** [2] - 39:23, 40:21
**occurred** [1] - 32:19
**occurring** [1] - 16:2
**October** [18] - 12:2, 15:22, 20:16, 21:22, 22:17, 23:6, 23:9, 23:25, 27:10, 28:21, 30:9, 36:4, 38:16, 41:4, 41:12, 42:2, 42:6, 42:21
**OF** [1] - 1:1
**offer** [3] - 14:4, 26:23, 26:24
**offered** [5] - 26:3, 26:18, 33:21, 36:25, 37:1
**office** [1] - 45:3
**Official** [1] - 1:23
**once** [2] - 31:9, 36:10
**oncologists** [1] - 16:13
**one** [26] - 6:3, 9:4, 10:24, 16:11, 24:19, 25:14, 27:15, 28:22, 29:12, 32:2, 32:10, 33:3, 35:23, 36:3, 37:9, 38:4, 40:7, 44:24, 45:8, 45:9, 46:17, 48:24, 50:7, 50:25, 52:5
**one-month** [1] - 35:23
**one-on-one** [1] - 50:7
**ones** [4] - 16:12, 31:5, 34:13, 38:20
**ongoing** [1] - 33:9
**online** [1] - 47:24
**open** [1] - 42:1
**operating** [1] - 36:17
**operative** [3] - 22:6, 22:19, 23:8
**opinion** [1] - 18:20
**opportunity** [2] - 21:12, 49:17
**opposed** [1] - 18:9
**opposing** [2] - 30:7, 30:15
**opposition** [2] - 26:7, 34:21
**optimistic** [1] - 52:1
**option** [1] - 30:5
**oral** [1] - 7:2
**order** [33] - 7:2, 8:21, 8:22, 11:9, 12:1,

21:24, 24:22, 26:1, 26:20, 29:23, 30:12, 32:4, 37:14, 37:15, 39:16, 40:23, 41:1, 41:2, 42:11, 44:4, 45:13, 45:24, 46:9, 46:16, 47:10, 47:13, 47:14, 47:18, 47:22, 47:23, 48:3, 50:3
**ordered** [1] - 19:8
**orders** [5] - 24:9, 24:13, 43:20, 44:14, 51:6
**original** [6] - 12:15, 22:2, 23:12, 29:8, 35:4, 38:13
**Orleans** [1] - 1:18
**OSC** [1] - 46:16
**otherwise** [1] - 14:10
**ought** [1] - 50:12
**ourselves** [2] - 9:12, 9:17
**outbreak** [1] - 16:10
**outset** [1] - 5:15
**own** [1] - 31:11

## P

**P.A** [1] - 1:19
**p.m** [2] - 9:1, 10:18
**pandemics** [1] - 16:18
**panel** [1] - 47:23
**Papantonio** [1] - 50:24
**PAPANTONIO** [1] - 1:19
**papers** [2] - 17:20, 46:11
**PARAFINCZUK** [1] - 2:14
**paragraph** [1] - 42:11
**parcel** [1] - 20:1
**Parkway** [2] - 1:14, 2:12
**part** [3] - 19:25, 33:19, 45:3
**particular** [2] - 9:6, 41:2
**parties** [12] - 4:19, 12:8, 12:16, 13:1, 17:5, 17:17, 29:6, 34:3, 35:18, 37:7, 37:12, 40:24
**parts** [1] - 11:11
**party** [5] - 5:9, 7:3, 12:14, 40:24, 41:25
**pass** [1] - 40:14
**past** [2] - 31:3, 42:2
**patients'** [1] - 16:15
**payors** [1] - 12:14
**PEC** [1] - 45:19

**Pedano** [2] - 1:23, 52:17
**pending** [1] - 48:22
**PENDLEY** [2] - 1:20, 50:23
**Pendley** [1] - 50:23
**Pennsylvania** [1] - 2:19
**Pensacola** [1] - 1:21
**people** [2] - 32:9, 33:5
**perfectly** [1] - 40:3
**perhaps** [5] - 7:12, 8:13, 17:22, 29:11, 45:8
**peripheral** [2] - 40:20, 41:14
**permission** [1] - 38:8
**PFS** [5] - 26:11, 47:11, 48:1, 49:17
**Pharma** [1] - 2:25
**Pharmaceutical** [1] - 2:24
**Pharmaceuticals** [3] - 2:19, 2:20, 2:25
**pharmacy** [4] - 45:21, 46:6, 46:13, 48:22
**phase** [1] - 22:9
**Philadelphia** [1] - 2:19
**Phillips** [1] - 49:7
**phone** [3] - 4:13, 43:8, 50:13
**phones** [1] - 4:23
**physician** [3] - 40:22, 42:13, 42:20
**physicians** [5] - 21:17, 26:25, 41:9, 41:11, 42:13
**pick** [1] - 37:16
**Piedmont** [1] - 2:23
**Pina** [1] - 44:17
**PINA** [1] - 44:17
**place** [5] - 26:13, 26:17, 33:20, 37:16, 49:25
**Plaintiff** [20] - 22:21, 23:2, 23:10, 24:1, 24:10, 26:4, 26:18, 28:25, 32:14, 32:17, 32:21, 33:17, 34:15, 36:25, 37:21, 38:9, 47:2, 47:4, 47:5, 47:20
**plaintiff** [5] - 27:17, 40:16, 48:19, 49:12, 49:23
**plaintiff's** [1] - 50:7
**Plaintiffs** [9] - 1:15, 1:18, 1:22, 2:4, 2:7, 2:10, 2:13, 2:16, 23:20

**plaintiffs** [59] - 4:7, 5:14, 6:13, 6:16, 7:8, 7:14, 8:15, 9:9, 10:3, 10:16, 12:10, 12:12, 12:23, 13:20, 17:22, 19:5, 22:1, 22:14, 22:20, 23:5, 23:7, 23:11, 23:12, 23:15, 23:16, 24:20, 26:2, 27:16, 29:12, 30:3, 30:21, 31:1, 32:3, 32:9, 33:11, 34:2, 34:10, 34:14, 34:23, 35:1, 35:5, 35:25, 36:3, 36:8, 36:18, 37:8, 37:17, 37:21, 38:8, 38:9, 38:13, 38:17, 39:2, 43:4, 46:22, 47:20, 50:22, 51:10
**Plaintiffs'** [4] - 27:22, 31:9, 31:14, 39:4
**plaintiffs'** [9] - 7:10, 9:3, 12:3, 22:12, 33:6, 34:13, 44:19, 48:16, 49:24
**pleading** [1] - 31:25
**plenty** [2] - 26:5, 28:12
**point** [12] - 9:25, 15:15, 16:2, 17:3, 18:19, 18:21, 24:24, 40:23, 41:2, 41:22, 42:3, 51:8
**pool** [6] - 15:19, 16:3, 16:6, 16:22, 41:23, 42:4
**position** [5] - 9:21, 15:10, 15:15, 27:8, 29:1
**positive** [1] - 4:9
**possession** [2] - 30:23, 31:11
**possibility** [1] - 18:5
**possible** [3] - 9:22, 26:18, 32:22
**potentially** [2] - 41:24, 42:8
**practical** [4] - 17:16, 24:19, 25:20, 26:2
**practically** [1] - 27:10
**practices** [1] - 12:19
**precluded** [2] - 41:10, 42:12
**predicted** [1] - 16:18
**prefer** [1] - 45:8
**preference** [1] - 9:15
**prejudice** [4] - 18:20, 21:8, 34:16, 34:20
**prejudiced** [2] - 15:11,

37:17
**prepare** [1] - 9:17
**prepared** [2] - 9:21, 28:6
**preparing** [2] - 27:21, 34:20
**prescribers** [2] - 12:4, 12:7
**PRESENT** [1] - 3:1
**present** [1] - 39:24
**pressure** [1] - 13:1
**Preston** [1] - 2:9
**presupposing** [1] - 9:20
**previously** [2] - 16:5, 38:22
**primary** [1] - 4:16
**Prinston** [1] - 2:19
**problem** [4] - 14:20, 15:4, 26:2, 31:7
**procedure** [1] - 5:7
**proceed** [1] - 23:11
**PROCEEDINGS** [1] - 4:1
**proceedings** [2] - 52:11, 52:15
**Proceedings** [1] - 1:25
**process** [19] - 24:2, 24:7, 24:9, 26:13, 26:24, 28:24, 29:6, 29:9, 29:18, 32:20, 33:3, 34:9, 34:24, 35:19, 36:22, 37:1, 37:25, 38:23, 45:3
**processed** [1] - 33:9
**produce** [2] - 5:16, 31:14
**produced** [3] - 1:25, 33:19, 46:13
**product** [2] - 27:19, 46:7
**production** [3] - 9:4, 10:25, 39:3
**productions** [1] - 31:18
**productive** [1] - 13:20
**PRODUCTS** [1] - 1:4
**products** [1] - 27:17
**progress** [1] - 15:24
**properly** [1] - 35:10
**proposal** [1] - 15:20
**propose** [1] - 16:4
**proposed** [4] - 12:23, 22:12, 24:25, 31:25
**proposing** [3] - 28:1, 35:12, 42:17
**protection** [1] - 41:2
**protective** [1] - 8:21
**provide** [2] - 21:6,

24:13
**provided** [5] - 21:22, 22:21, 23:10, 26:11, 34:14
**providing** [1] - 24:1
**prudent** [1] - 7:12
**pull** [1] - 17:5
**Punta** [1] - 2:6
**purpose** [2] - 16:21, 30:12
**purposes** [1] - 23:14
**pursue** [1] - 41:13
**push** [5] - 15:22, 27:7, 28:11, 30:10, 37:16
**pushed** [3] - 19:23, 31:5, 39:13
**pushing** [2] - 28:21, 30:9
**put** [9] - 11:4, 14:15, 14:20, 15:10, 23:19, 29:24, 35:20, 36:18, 44:8
**putative** [10] - 12:4, 12:13, 21:21, 21:24, 24:23, 24:24, 25:23, 26:10, 30:1, 36:24
**puts** [1] - 15:4
**putting** [2] - 29:1, 33:13

### Q

**questioned** [1] - 18:8
**questioning** [1] - 29:15
**questions** [1] - 30:1
**quick** [1] - 38:5
**quickly** [2] - 7:4, 31:2
**quite** [1] - 31:3

### R

**Rachell** [3] - 48:18, 49:11, 49:12
**RACHELL** [1] - 2:14
**RAFFERTY** [1] - 1:19
**Rafferty** [1] - 50:24
**raise** [1] - 42:7
**raised** [5] - 5:8, 15:19, 18:15, 20:20, 26:3
**rampant** [1] - 16:10
**rather** [3] - 27:8, 31:2, 51:17
**RE** [1] - 1:4
**reach** [4] - 45:6, 45:10, 50:9, 50:11
**reached** [3] - 36:10, 40:4, 45:3
**react** [1] - 18:18
**readily** [1] - 34:8
**ready** [6] - 9:17,

19:23, 28:13, 31:5, 31:16, 50:3
**realities** [2] - 17:16, 24:19
**reality** [1] - 17:7
**really** [11] - 9:15, 14:18, 17:3, 17:16, 18:21, 26:9, 30:3, 30:24, 33:23, 34:19, 40:7
**reason** [7] - 15:1, 16:22, 18:14, 19:24, 28:9, 31:8, 41:9
**reasonable** [5] - 8:15, 13:12, 27:13, 35:7, 35:17
**reasons** [2] - 33:19, 37:2
**REBECCA** [1] - 2:18
**Rebecca** [3] - 11:18, 31:20, 38:5
**receive** [2] - 29:14, 49:21
**received** [3] - 20:13, 29:13, 29:14
**recent** [1] - 20:5
**recess** [1] - 43:12
**record** [3] - 4:15, 18:11, 52:15
**recorded** [1] - 1:25
**records** [16] - 24:16, 26:12, 29:17, 31:1, 31:9, 32:16, 32:17, 33:2, 33:17, 33:23, 37:23, 45:22, 46:6, 46:13, 48:22, 49:1
**regarding** [2] - 30:1, 47:3
**regardless** [1] - 48:25
**reject** [1] - 15:15
**rejected** [3] - 12:24, 14:3, 15:20
**rejoining** [1] - 43:11
**related** [2] - 17:4, 49:22
**relates** [1] - 21:21
**relating** [1] - 34:25
**release** [1] - 13:1
**relevant** [2] - 18:13, 27:19
**relief** [4] - 12:20, 13:10, 21:7, 24:6
**remind** [1] - 34:2
**remove** [4] - 47:9, 47:16, 48:13, 50:2
**replied** [1] - 50:10
**reply** [1] - 5:13
**report** [2] - 21:11, 21:16
**reporter** [1] - 43:15

**Reporter** [1] - 1:23
**Reporter/ Transcriber** [1] - 52:17
**reports** [5] - 17:13, 18:6, 29:22, 36:2, 36:6
**representative** [5] - 24:12, 27:5, 30:16, 34:21, 39:3
**representatives** [48] - 12:5, 12:11, 12:14, 13:15, 21:21, 21:25, 22:3, 22:5, 22:7, 22:8, 22:11, 22:12, 22:15, 22:16, 22:18, 22:22, 22:24, 23:1, 23:3, 23:16, 23:18, 23:20, 23:22, 23:24, 24:8, 24:10, 24:17, 24:21, 24:23, 24:25, 27:6, 27:7, 28:3, 28:22, 29:8, 29:10, 30:2, 31:15, 34:5, 34:6, 34:7, 35:2, 35:4, 36:24, 38:22
**reps** [8] - 32:4, 32:5, 32:9, 32:13, 38:14, 38:15, 38:18, 38:19
**request** [10] - 11:6, 13:12, 20:6, 20:13, 33:2, 40:11, 44:4, 46:7, 47:12, 47:25
**requested** [2] - 48:23, 48:25
**requesting** [1] - 44:14
**require** [1] - 17:24
**reserve** [1] - 44:4
**resolution** [1] - 41:8
**resolvable** [1] - 21:6
**resolve** [2] - 21:2, 26:1
**resolved** [2] - 27:14, 44:6
**respect** [11] - 5:8, 11:24, 12:7, 12:10, 12:15, 12:24, 21:7, 22:18, 29:7, 39:16, 44:14
**respond** [3] - 18:1, 38:4, 43:14
**responded** [1] - 26:8
**response** [3] - 6:14, 12:22, 29:20
**response)** [3] - 13:7, 48:8, 50:15
**rest** [3] - 31:10, 51:22, 52:3
**result** [2] - 22:22, 23:1
**RET** [1] - 1:11

**Ret** [1] - 4:3
**retailers** [3] - 12:5, 27:20, 29:2
**review** [3] - 5:7, 5:16, 25:7
**reviewed** [1] - 46:4
**Rex** [2] - 48:17, 49:7
**Rice** [1] - 50:14
**Rigdon** [3] - 49:9, 49:13, 49:22
**RIGDON** [1] - 49:10
**Righteous** [3] - 43:21, 43:23, 44:5
**Rivera** [1] - 44:17
**RMR** [1] - 52:17
**Road** [2] - 2:9, 2:23
**road** [4] - 34:11, 36:20, 37:11, 37:17
**Robert** [2] - 3:2, 4:2
**ROBERT** [1] - 1:10
**roll** [3] - 26:19, 31:16, 37:1
**rolling** [2] - 39:3, 39:6
**Roseland** [1] - 1:14
**roughly** [1] - 37:21
**round** [2] - 32:13, 32:24
**RPR** [1] - 52:17
**Rubenstein** [1] - 5:19
**RUBENSTEIN** [7] - 2:22, 5:18, 5:25, 6:2, 6:7, 6:10, 7:6
**rule** [1] - 9:22
**ruled** [2] - 20:7, 41:12
**ruling** [1] - 39:8
**rulings** [1] - 26:22
**Russell** [2] - 44:16, 44:24

**S**

**safe** [1] - 10:13
**sake** [1] - 9:14
**sanctions** [2] - 7:11, 10:8
**Sanders** [1] - 48:13
**Sandra** [1] - 44:16
**saving** [1] - 16:15
**saw** [1] - 33:14
**schedule** [27] - 5:4, 7:12, 7:17, 9:1, 9:23, 10:1, 10:17, 12:20, 17:15, 17:16, 19:8, 24:6, 26:19, 32:12, 34:19, 35:3, 35:22, 36:2, 36:3, 36:19, 37:9, 37:16, 38:12, 38:22, 39:13, 39:20, 39:24
**scheduled** [2] - 12:13, 16:1

**schedules** [3] - 7:2, 11:15, 25:22
**scheduling** [1] - 21:20, 32:4, 40:23
**Schneider's** [1] - 52:5
**season** [3] - 51:18, 51:20, 51:25
**second** [7] - 13:16, 19:2, 20:2, 25:3, 32:2, 38:12
**see** [6] - 4:5, 6:10, 13:5, 19:11, 49:17, 51:4
**seek** [1] - 25:7
**seeking** [2] - 24:20, 42:12
**seem** [1] - 43:22
**self** [1] - 47:25
**self-executing** [1] - 47:25
**sense** [2] - 7:16, 33:16
**sensitive** [1] - 16:9
**sent** [3] - 11:1, 49:16, 49:23
**September** [18] - 6:9, 6:10, 8:3, 8:8, 8:11, 8:18, 9:1, 9:13, 9:23, 10:2, 10:8, 10:9, 10:10, 10:18, 21:15, 21:17, 52:7
**sequencing** [1] - 35:24
**SERIOUS** [1] - 2:11
**serve** [1] - 29:21
**session** [1] - 9:5
**set** [6] - 12:8, 17:11, 31:16, 35:3, 40:6, 48:2
**Seth** [6] - 4:18, 8:10, 11:17, 28:17, 34:1, 51:12
**SETH** [1] - 2:17
**seven** [2] - 22:15, 34:6
**shall** [1] - 43:7
**Sheet** [5] - 24:11, 28:25, 29:3, 29:4, 32:1
**sheet** [4] - 32:15, 45:2, 45:20, 46:5
**sheets** [2] - 26:20, 33:5
**Sheets** [30] - 22:21, 22:25, 23:2, 23:3, 23:10, 24:1, 24:11, 24:14, 26:4, 26:18, 27:22, 29:2, 29:6, 30:22, 30:23, 31:10, 31:14, 32:15, 32:17, 32:21, 33:17, 34:15, 36:25, 37:22, 38:9,

39:4, 47:2, 47:4, 47:5, 47:20
**shift** [1] - 50:17
**Short** [2] - 47:4, 47:21
**short** [2] - 37:19, 37:24
**Short-Form** [2] - 47:4, 47:21
**short-term** [1] - 37:19
**shortly** [1] - 25:6
**show** [15] - 43:20, 44:4, 44:8, 44:9, 44:14, 45:13, 45:24, 46:10, 46:16, 47:10, 47:13, 47:15, 49:3, 50:3, 51:6
**show-cause** [1] - 43:20, 49:3
**showing** [2] - 42:14, 42:24
**side** [5] - 27:5, 27:7, 33:6, 33:7, 52:5
**sides** [1] - 25:4
**similar** [1] - 30:11
**simply** [3] - 17:7, 31:8, 39:23
**sit** [1] - 20:23
**six** [1] - 33:10
**SLATER** [22] - 1:13, 1:13, 4:8, 7:15, 7:21, 7:23, 8:9, 8:15, 9:9, 9:14, 10:3, 10:16, 11:10, 13:23, 25:10, 43:4, 51:9, 51:16, 51:21, 51:25, 52:4, 52:8
**Slater** [9] - 4:9, 7:15, 9:10, 13:22, 25:3, 25:9, 43:5, 51:9, 51:14
**smaller** [1] - 41:23
**Smiley** [4] - 44:19, 46:22, 46:25, 47:15
**SMITH** [6] - 3:2, 8:3, 8:5, 10:19, 10:23, 11:3
**Solco** [1] - 2:20
**solution** [1] - 27:13
**someone** [1] - 33:6
**sometimes** [2] - 33:10, 33:11
**somewhat** [2] - 29:18, 32:22, 51:16
**soon** [4] - 26:1, 26:18, 31:13, 47:10
**sorry** [4] - 6:21, 19:15, 48:18, 49:12
**sort** [9] - 15:16, 17:3, 21:2, 24:14, 24:18, 26:1, 35:15, 40:5,

40:20
**sorted** [2] - 45:10, 45:12
**sounds** [3] - 8:15, 20:2, 43:9
**source** [1] - 11:7
**South** [2] - 2:12, 2:18
**SPEAKER** [1] - 44:22
**speaking** [4] - 4:7, 4:10, 4:13, 27:10
**SPECIAL** [1] - 1:11
**Special** [2] - 4:3, 42:20
**specific** [1] - 40:6
**specifically** [2] - 22:15, 46:4
**spike** [1] - 16:16
**spikes** [1] - 16:15
**spill** [1] - 31:6
**spoken** [1] - 47:6
**spokesperson** [1] - 4:16
**spring** [1] - 37:2
**squeeze** [1] - 34:19
**staggered** [1] - 33:16
**staging** [1] - 36:9
**stand** [2] - 23:20, 27:14
**Stanoch** [1] - 6:15
**STANOCH** [5] - 1:17, 6:15, 6:21, 6:23, 7:8
**start** [5] - 11:18, 11:22, 29:2, 39:5, 40:10
**started** [3] - 4:6, 33:18, 39:6
**starting** [2] - 16:16, 36:22
**State** [1] - 16:9
**statement** [2] - 5:11, 18:7
**STATES** [2] - 1:1, 1:10
**States** [1] - 4:2
**states** [1] - 16:17
**status** [1] - 20:4
**STENOGRAPHER** [1] - 43:16
**stenographer** [1] - 20:25
**stenography** [1] - 1:25
**Steve** [1] - 43:25
**STEVEN** [1] - 2:23
**stick** [1] - 20:16
**still** [5] - 14:22, 27:9, 44:9, 46:7, 47:12
**stood** [1] - 25:19
**stop** [1] - 16:16
**straightened** [1] - 50:13

**Street** [3] - 1:17, 2:6, 2:18
**Streets** [1] - 1:7
**subject** [4] - 5:21, 6:2, 41:1, 48:1
**submit** [4] - 5:21, 6:2, 41:1, 48:1
**submitted** [1] - 48:21
**subpoena** [1] - 12:21
**subpoenas** [1] - 12:22
**subsequent** [1] - 40:22
**subset** [1] - 32:9
**succinct** [3] - 5:12, 5:13
**suggest** [1] - 14:10
**suggested** [5] - 14:6, 26:16, 27:5, 33:25, 38:2
**suggesting** [1] - 10:9
**Suite** [4] - 1:21, 2:3, 2:9, 2:23
**summer** [2] - 51:23, 52:3
**Sumpter** [1] - 48:17
**supplemental** [3] - 9:4, 10:25, 21:10
**supplemented** [2] - 27:22, 45:2
**supply** [2] - 24:12, 24:15
**SUSEN** [1] - 2:14
**suspect** [1] - 18:4
**synthesize** [1] - 28:13

**T**

**tackled** [1] - 16:11
**Tamara** [1] - 48:17
**team** [1] - 25:11
**technically** [1] - 25:23
**teed** [1] - 35:10
**Tejada** [3] - 48:19, 49:11, 49:12
**TEJADA** [7] - 2:14, 48:18, 48:21, 49:6, 49:11, 49:15, 50:9
**TELECONFERENCE** [1] - 1:6
**teleconference** [1] - 4:1
**telephone** [1] - 10:20
**ten** [13] - 15:20, 16:3, 16:23, 18:22, 37:21, 38:16, 38:23, 44:7, 44:9, 48:9, 48:11
**term** [1] - 37:19
**terms** [11] - 4:25, 27:15, 34:20, 35:14, 35:17, 35:25, 36:9, 36:19, 39:9

**testimony** [2] - 15:12, 18:18
**Teva** [9] - 2:24, 2:25, 5:4, 5:13, 5:15, 5:19, 7:5, 7:6, 44:1
**Texas** [1] - 2:9
**THE** [5] - 1:1, 1:10, 1:11, 43:16, 48:5
**themselves** [1] - 38:10
**therefore** [1] - 34:18
**they've** [1] - 18:4
**thinking** [3] - 8:11, 15:9, 28:20
**third** [7] - 12:14, 12:16, 13:1, 17:5, 17:17, 40:24, 41:25
**third-party** [3] - 12:14, 40:24, 41:25
**Thomas** [2] - 4:3, 44:17
**THOMAS** [1] - 1:11
**Thorn** [4] - 44:19, 46:23, 47:1, 47:15
**thoroughly** [1] - 30:21
**three** [6] - 8:13, 8:19, 10:12, 33:10, 44:10, 44:15
**throw** [1] - 45:12
**Thursday** [2] - 6:23, 6:25
**tied** [1] - 26:23
**TIFFANY** [1] - 2:11
**Tiffany** [2] - 46:21, 46:24
**tight** [1] - 37:9
**time-intensive** [3] - 29:18, 34:9, 35:19
**timeframe** [9] - 14:24, 15:2, 18:9, 18:14, 18:24, 32:22, 33:24, 38:1, 48:2
**timely** [1] - 28:7
**timing** [3] - 25:21, 35:14, 39:20
**today** [7] - 4:17, 4:20, 6:8, 6:12, 14:18, 19:12, 43:20
**today's** [2] - 6:8, 39:7
**together** [1] - 29:24
**Tolliver** [2] - 46:22, 46:24
**TOLLIVER** [5] - 2:11, 46:21, 47:1, 47:17, 48:4
**took** [4] - 26:13, 27:18, 37:20, 49:25
**top** [1] - 18:6
**track** [1] - 19:21
**traded** [1] - 33:12
**transcript** [4] - 1:25,

19:11, 39:7, 52:14
**transcription** [1] - 1:25
**transfer** [2] - 47:18, 47:23
**Traurig** [3] - 5:19, 40:2, 44:1
**TRAURIG** [1] - 2:21
**treater** [6] - 12:25, 17:12, 17:24, 21:17, 26:25, 27:2
**treaters** [12] - 12:3, 12:4, 12:7, 12:15, 12:21, 13:2, 13:4, 13:9, 19:10, 19:25, 40:10, 40:11
**treating** [1] - 16:13
**treatment** [1] - 29:16
**trial** [4] - 19:22, 39:24, 40:7, 40:23
**trickled** [1] - 33:9
**tried** [1] - 24:5
**triggers** [3] - 24:11, 29:4
**try** [5] - 9:12, 12:19, 24:5, 26:1, 34:10
**trying** [7] - 8:1, 16:12, 17:5, 21:2, 21:9, 35:5, 45:4
**turn** [1] - 29:10
**two** [9] - 5:21, 32:11, 32:22, 33:5, 36:5, 40:10, 45:20, 50:18, 50:20
**type** [2] - 51:17
**typicality** [1] - 29:25
**typically** [1] - 16:18

## U

**U.S** [2] - 1:7, 2:20
**under** [2] - 36:3, 36:16
**undergoing** [1] - 33:5
**underlying** [1] - 29:17
**unfair** [1] - 37:17
**unfortunately** [1] - 50:1
**UNIDENTIFIED** [1] - 44:22
**United** [1] - 4:2
**UNITED** [2] - 1:1, 1:10
**unless** [2] - 11:6, 26:21
**unnecessary** [1] - 15:7
**unresponsive** [1] - 51:1
**unwilling** [1] - 23:6
**up** [14] - 7:2, 9:12, 16:17, 18:23, 19:20, 19:22, 20:8, 24:15,

32:2, 35:10, 37:14, 37:16, 42:2, 48:23
**update** [1] - 50:25
**updated** [1] - 45:1
**updates** [4] - 44:10, 48:11, 50:20, 50:21
**urgency** [2] - 39:12, 40:8
**USA** [1] - 2:25
**useful** [1] - 14:25

## V

**vacation** [1] - 7:21
**Valentin** [1] - 49:7
**VALENTIN** [1] - 49:8
**VALSARTAN** [1] - 1:4
**valsartan** [3] - 14:17, 29:15, 29:16
**valve** [1] - 13:1
**VANASKIE** [76] - 1:11, 4:5, 4:12, 4:21, 5:23, 6:1, 6:5, 6:8, 6:12, 6:20, 6:22, 7:1, 7:9, 7:19, 7:22, 7:25, 8:4, 8:6, 8:12, 8:16, 8:20, 8:25, 9:11, 9:19, 10:4, 10:7, 10:11, 10:17, 10:21, 10:24, 11:5, 11:11, 11:21, 11:23, 13:5, 13:8, 13:13, 13:16, 13:19, 13:25, 16:25, 17:18, 18:2, 18:25, 19:2, 19:14, 20:11, 21:4, 21:15, 21:19, 24:3, 25:2, 25:12, 27:23, 28:15, 30:18, 31:13, 31:19, 31:22, 35:11, 36:13, 38:3, 38:6, 38:25, 39:19, 40:16, 40:25, 41:18, 42:10, 42:18, 42:23, 43:2, 43:7, 43:10, 51:13, 52:10
**Vanaskie** [1] - 4:3
**Velma** [1] - 44:12
**VIA** [1] - 1:6
**via** [2] - 4:1, 10:20
**VICTORIA** [1] - 2:22
**Victoria** [2] - 19:1, 40:1
**view** [2] - 23:11, 24:4
**voice** [1] - 8:7

## W

**wait** [1] - 48:24
**waiting** [1] - 34:15
**wants** [3] - 7:17, 43:21, 48:10

**watched** [1] - 31:2
**waterfall** [3] - 24:14, 26:9, 26:13
**ways** [2] - 23:23, 29:11
**wayside** [1] - 25:19
**Wednesday** [2] - 6:11, 21:11
**week** [19] - 6:3, 6:6, 6:7, 6:11, 6:12, 6:19, 7:19, 7:21, 7:23, 7:25, 25:20, 26:3, 31:17, 39:5, 39:9, 39:16, 45:2, 49:24, 49:25
**weekly** [1] - 31:17
**weeks** [1] - 5:22
**weigh** [3] - 4:20, 13:4, 42:9
**Whiteley** [13] - 13:23, 13:25, 14:1, 20:12, 25:14, 27:23, 30:18, 30:19, 31:13, 32:25, 34:8, 36:14, 39:4
**WHITELEY** [12] - 1:16, 1:16, 14:1, 25:13, 28:6, 30:17, 30:19, 31:16, 32:25, 36:12, 36:14, 39:18
**whole** [2] - 18:6, 18:14
**wholesale** [1] - 37:11
**wholesaler** [1] - 29:4
**wholesalers** [2] - 12:5, 27:19
**Williamson** [3] - 40:19, 41:17, 41:18
**WILLIAMSON** [7] - 2:5, 40:18, 41:5, 41:16, 41:19, 42:22, 43:1
**willing** [1] - 23:20
**winnow** [2] - 16:3, 16:5
**winnowing** [1] - 42:4
**winter** [1] - 16:17
**wish** [1] - 44:7
**withdraw** [2] - 43:22, 46:9
**withdrawn** [1] - 44:13
**witness** [2] - 17:13, 28:2
**witnesses** [6] - 13:11, 26:6, 29:24, 39:21, 39:22, 40:6
**WOLF** [1] - 2:14
**words** [1] - 29:14
**Worikeena** [1] - 44:5
**works** [2] - 5:22, 8:9
**Wright** [2] - 44:13, 49:10

**written** [1] - 18:19

## Y

**Yankees** [1] - 51:15
**year** [4] - 22:4, 29:7, 33:20, 51:24
**yesterday** [1] - 14:15
**yourself** [1] - 4:14
**yourselves** [2] - 4:23, 21:8

## Z

**Zhejiang** [1] - 2:20
**ZHP** [2] - 4:19, 10:15
**Zoom** [5] - 9:5, 10:20, 10:22, 11:3