**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |

THIS DOCUMENT RELATES TO:

*Bonmon v. Aurobindo Pharma Ltd., et al.*,

Case No. 1:20-cv-09207-RBK-JS

**NOTICE OF VIDEOTAPED DEPOSTITION OF**
**LOWELL B. ANTHONY, M.D.**

**PLEASE TAKE NOTICE** that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order #20, filed November 17, 2020 – document 632), Plaintiff Yolonda Bonmon will take the deposition upon oral examination of Lowell B. Anthony, M.D., on **September 20, 2021 at 9:00 am EST**, and continuing until completion, via remote deposition while the witness is at his home or office or other location agreed to by the parties. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The court reporter and

videographer will be an employee or agent of Golkow Global Litigation Services. The attorney contact for the deposition is:

> George T. Williamson
> FARR, FARR, EMERICH,
> HACKETT, CARR & HOLMES, P.A.
> 99 Nesbit Street
> Punta Gorda, FL 33950
> (941) 639-1158
> gwilliamson@farr.com

                                          Respectfully submitted

Dated: August 30, 2021　　　　　　　　　　　　 */s/ George T. Williamson*
                                                     George T. Williamson
                                                     FL. Bar No.: 85585
                                                     FARR, FARR, EMERICH, HACKETT,
                                                       CARR & HOLMES, P.A.
                                                       99 Nesbit Street
                                                       Punta Gorda, FL 33950
                                                       P. (941) 639-1158
                                                       F. (941) 639-0028
                                                       gwilliamson@farr.com
                                                       jbradsher@farr.com
                                                       *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2021, I caused a true and correct copy of the foregoing Notice of Videotaped Deposition of Lowell B. Anthony, M.D., to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was served on the following Defendants' counsel by e-mail:

Tori Langton (via email, for distribution to Defendants' Counsel)

Golkow Global Litigation Services (via email)

          */s/ George T. Williamson*
George T. Williamson
FL. Bar No.: 85585
FARR, FARR, EMERICH, HACKETT,
CARR & HOLMES, P.A.
99 Nesbit Street
Punta Gorda, FL 33950
P. (941) 639-1158
F. (941) 639-0028
gwilliamson@farr.com
jbradsher@farr.com
*Counsel for Plaintiff*