IN THE UNITED STATES DISTRICT COURTFOR THE DISTRICT OF NEW JERSEY CAMDEN DIVISION

| | | |
|---|---|---|
| IN RE: VALSARTAN LOSARTAN, and IRBESARTAN PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 19-2875 (RBK/KW) |
| This Order Relates to all Cases | : | ORDER |

## SPECIAL MASTER ORDER NO. 40

**NOW, THIS 30th day of August, 2021,** having carefully considered the parties' contentions with respect to adjustments to the pretrial schedule set forth in Case Management Order No. 23 (ECF No. 863) necessitated by Plaintiffs' requested addition of putative class representatives in the proposed amended economic loss and medical monitoring master complaints,[1] and having reviewed the transcript of the arguments articulated by counsel during the August 25, 2021 Case Management Conference (*see* Tr., ECF No. 1504, at 21-39), and concluding that additional time to depose the proposed new class representatives can be allowed without affecting other class certification deadlines in Case Management Order No. 23, **IT IS HEREBY ORDERED THAT:**

   **1.** Depositions of the new putative class representatives identified in

---

[1] It appears that Plaintiffs seek to add 27 economic loss class representatives and 7 medical monitoring class representatives. (ECF No. 1504 at 22.)  Although there is vigorous opposition to certain aspects of Plaintiffs' Motion for Leave to Amend Master Complaints (ECF No. 1148), there does not appear to be any objection to any of the proposed new class representatives at this time.  Thus, irrespective of the rulings on the challenged aspects of the proposed amended master complaints, it is likely that leave to add the new class representatives will be granted.

Plaintiffs' proposed amended Economic Loss and Medical Monitoring Master Complaints shall be completed by **December 3, 2021.**

2. Plaintiffs shall produce on a rolling basis Fact Sheets for each of the proposed new class representative, with the first production occurring no later than **September 3, 2021,** and continuing thereafter on a weekly basis.

3. All other deadlines concerning class certification shall remain unaffected at this time.

s/ Thomas I. Vanaskie  
Hon. Thomas I. Vanaskie (Ret.)  
Special Master