UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: Valsartan, Losartan and Irbesartan Products Liability Litigation | ) MDL No. 2875 ) ) Civil No. 1:19-md-2875 (RBK/KW) ) |
| *THIS DOCUMENT RELATES TO ALL CASES* | ) Honorable Robert B. Kugler ) ) ) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PERIPHERAL DEFENDANT LEGACY PHARMACEUTICAL PACKAGING, LLC

WHEREAS the Court entered Case Management Order No. 15-A, which provides a mechanism for certain defendants to obtain a without prejudice dismissal from all cases pending in this MDL alleging claims in connection with allegedly contaminated losartan- and/or irbesartan-containing drugs ("LCDs" or "VCDs");

WHEREAS, Legacy Pharmaceutical Packaging, LLC, having provided the information and documents required by Case Management Order No. 15-A, and having agreed to the tolling provisions therein;

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Executive Committee and Defendant Legacy Pharmaceutical Packaging, LLC, that all current cases pending and all future cases to be filed in this MDL alleging claims against Defendant Legacy Pharmaceutical Packaging, LLC in connection with allegedly contaminated LCDs or ICDs be and hereby are dismissed without prejudice.

| | |
|---|---|
| _____ | _____ |
| On behalf of Plaintiffs Executive Committee | On behalf of Peripheral Defendant Legacy Pharmaceutical Packing, LLC |
| By: George T. Williamson | By: Britton L. St. Onge, Esq. |
| Dated: 8/31/2021 | Dated: 6/4/2021 |

2

77297006.1