# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875 (RBK/JS) |

## SPECIAL MASTER ORDER NO. 42

**IT IS HEREBY ORDERED**, with consent of all Parties, that the deadline for the ZHP Parties to file their Objections to Special Master Order No. 35 (Dkt. 1482) regarding Plaintiffs' Motion to Compel (Dkt. 1231) and the ZHP Parties' Cross-Motion for Protective Order (Dkt. 1268) in relation to documents withheld as Chinese state secrets shall be extended as follows:

1. By agreement of the Parties, the ZHP Parties shall file their Objections to Special Master Order No. 35 by **September 8, 2021**.

Dated: September 1, 2021

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master
