# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875 (RBK/JS) |

## SPECIAL MASTER ORDER NO. 43

**IT IS HEREBY ORDERED**, with consent of all Parties, that the October 4, 2021 deadline (CMO 23, Dkt. 863) for the Parties to complete the depositions of the third-party treaters/prescribers for the personal injury bellwether plaintiffs shall be extended as follows:

1. By agreement of the Parties, the depositions of the third-party treaters/prescribers for the personal injury bellwether plaintiffs shall be extended by thirty (30) days.

Dated: September 1, 2021

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master
