UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Gaston Roberts, et al. v. Zhejiang Pharmaceutical Co., et al.,<br><br>Case No. 1:20-cv-00946-RBK-JS | § § § § § § § § § § | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |

## NOTICE OF VIDEOTAPED DEPOSITION OF
## CHRISTOPHER W. IVES, M.D.

**PLEASE TAKE NOTICE** that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order #20, filed November 17, 2020 - Document 632), Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc., will take the deposition upon oral examination of Christopher W. Ives, M.D., on **September 14, 2021 at 3:00 pm CDT,** and continuing until completion, via remote deposition while the witness is at his home or office or other location. Please take further notice that: the undersigned counsel will conduct the deposition in person; other counsel are invited to attend in person or by remote technology, which will allow for other counsel to participate from various, separate locations; the court reporter will administer the oath to the witness; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or

interested in the events of this case. The court reporter and videographer will be an employee or agent of Veritext Legal Solutions. The attorney contact for the deposition is:

Alyson Walker Lotman
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103
(215) 979-1177
ALotman@duanemorris.com

Date: September 1, 2021                              Respectfully submitted,


                                                          */s/ Alyson Walker Lotman*
                                                          Alyson Walker Lotman

                                                          Duane Morris LLP
                                                          30 South 17th Street
                                                          Philadelphia, PA  19103
                                                          Tel:  (215) 979-1177
                                                          Fax: (215) 689- 4961
                                                          ALotman@duanemorris.com

                                                          *Attorney for Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2021, I caused a true and correct copy of the foregoing Notice of Videotaped Deposition of Donald B. Sanders, M.D., to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was originally served on the following Plaintiff's counsel by e-mail, with copies by e-mail to Counsel for Defendants:

Daniel A. Nigh, Esq., (counsel for Plaintiff Jan Roberts)
Don McKenna, Esq., (counsel for Plaintiff Jan Roberts)
Adam Slater, Esq. (via email, for distribution to Plaintiffs' Counsel)
Ruben Honik, Esq. (via email)
David Stanoch, Esq. (via email)
Conlee Whiteley, Esq. (via email)
Jessica Priselac, Esq. (via email, for distribution to Defendants' Counsel)
Seth A. Goldberg, Esq. (via email)
Clem C. Trischler, Esq. (via email)
Sarah E. Johnston, Esq. (via email)
Veritext Legal Solutions (via email)

*/s/ Alyson Walker Lotman*
Alyson Walker Lotman
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103
Tel:  (215) 979-1177
Fax: (215) 689- 4961
ALotman@duanemorris.com

*Attorney for Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.*

DM1\12353640.1

3