**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION**

| | |
|---|---|
| **IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation**<br><br>This Document Relates to All Actions | **MDL No. 2875**<br>**Civil No. 19-02875 (RBK/JS)** |

## SPECIAL MASTER ORDER NO. 44

The ZHP Parties having stated that they no longer seek to maintain as confidential the Declaration of Jun Du submitted under seal as Exhibit A to the Declaration of Kelly A. Bonner (ECF No. 1468-5), **IT IS HEREBY ORDERED this 7th DAY OF SEPTEMBER, 2021,** that the Rule to Show Cause why the Du Declaration should not be unsealed, issued on August 30, 2021 as part of Special Master Order No. 41, is **DISCHARGED**. The ZHP Parties shall forthwith cause the Du Declaration to be filed on the public docket.

Dated: September 7, 2021

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master
