# Exhibit A

# Christopher Geddis

**From:** Conlee Whiteley <c.whiteley@kanner-law.com>
**Sent:** Tuesday, July 20, 2021 5:43 PM
**To:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>; Lockard, Victoria D. (Shld-Atl-LT) <lockardv@gtlaw.com>
**Cc:** Adam Slater <ASlater@mazieslater.com>; Ruben Honik <ruben@honiklaw.com>; Daniel Nigh <dnigh@levinlaw.com>
**Subject:** Valsartan Expert Depositions

**\*EXTERNAL TO GT\***

Seth and Victoria:

We can confirm that, as with Dr. Hecht, Dr. Etminan has requested that his deposition be taken by Zoom/video conference and that plaintiffs' counsel do not intend to attend the deposition in person.  The other three experts in this group have agreed to in-person depositions.

Thanks, Conlee


Conlee S. Whiteley
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA  70130
(504) 524-5777 voice
(504) 524-5763  fax
www.kanner-law.com

_____
THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.  _____


**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.