# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Gaston Roberts, et al. v. Zhejiang Pharmaceutical Co., et al.,*<br><br>Case No. 1:20-cv-00946-RBK-JS | § § § § § § § § § § § §  MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |

## NOTICE OF CANCELLATION OF VIDEOTAPED DEPOSITION OF DONALD B. SANDERS, M.D.

YOU ARE HEREBY NOTIFIED that the deposition of **Donald B. Sanders, M.D.,** scheduled for **2:00 pm CDT** on **Friday, September 10, 2021** is hereby postponed. The deposition will be re-noticed at a later date.

Date: September 8, 2021

Respectfully submitted,

*/s/ Alyson Walker Lotman*
Alyson Walker Lotman
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103
Tel:  (215) 979-1177
Fax: (215) 689- 4961
ALotman@duanemorris.com

*Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2021, a true and correct copy of the foregoing Notice Cancellation of Videotaped Deposition of Donald B. Sanders, M.D. was served upon all counsel of record via CM/ECF. I further certify that a copy of the foregoing was served on the following counsel by email on September 8, 2021:

Sara Papantonio, Esq., (counsel for Plaintiff Jan Roberts)

Don McKenna, Esq., (counsel for Plaintiff Jan Roberts)

Adam Slater, Esq. (via email, for distribution to Plaintiffs' Counsel)

Ruben Honik, Esq. (via email)

David Stanoch, Esq. (via email)

Conlee Whiteley, Esq. (via email)

Jessica Priselac, Esq. (via email, for distribution to Defendants' Counsel)

Seth A. Goldberg, Esq. (via email)

Clem C. Trischler, Esq. (via email)

Sarah E. Johnston, Esq. (via email)

Veritext Legal Solutions (via email)

>*/s/ Alyson Walker Lotman*
>Alyson Walker Lotman
>Duane Morris LLP
>30 South 17th Street
>Philadelphia, PA  19103
>Tel:  (215) 979-1177
>Fax: (215) 689- 4961
>ALotman@duanemorris.com
>
>*Attorney for Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.*