# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **In re:  Valsartan Products Litigation** | MDL No. 2875 |
| | Honorable Robert B. Kugler, District Court Judge |
| This document relates to:<br>Case No. 1:20-cv-06547-RBK-JS<br><br>Plaintiffs, James Suits & Cynthia Suits | Honorable Joel Schneider, Magistrate Judge |

**PLAINTIFF'S STATEMENT PURSUANT TO L. CIV. R. 7.1.1:**

Plaintiffs, JAMES SUITS and CYNTHIA SUITS, submit the following information pursuant to L. Civ. R. 7.1.1:

1. The identity of the funder(s), including the name, address, and if a legal entity, its place of formation.

Plaintiffs are not receiving any funding of attorneys' fees and expenses in exchange for either (1) contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan or insurance.

2. Whether the funder's approval is necessary for litigation decisions or settlement decisions in the action and if the answer is in the affirmative, the nature of the terms and conditions relating to that approval.

Not applicable.

3. A brief description of the nature of the financial interest.

Not applicable.

Dated: September 8, 2021.

                                                        Respectfully submitted,

BY:    **/s/ Matthew Morrison**
        Matthew Morrison
        Texas Bar No. 24028602
        5 Ritchie Road
        Waco, Texas 76712
        (T) 254-761-3300
        (F) 254-761-3301
        Matt@TheTrialLawyers.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 8, 2021, I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ Matthew Morrison

Matthew Morrison