# EXHIBIT B

| FIRST BATES | DATE SENT | DOCUMENT DATE | DATE CREATED | BASIS FOR WITHHOLDING | DESCRIPTION | DUPLICATE DOCUMENT(S) |
|---|---|---|---|---|---|---|
| PRINBURY00142827 | | 7/9/2017 | | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes of a meeting dated 12 June 2017 between ZHP and Chinese Center for Drug Evaluation, discussing the feasibility of using US standards when seeking approvals in China. The document includes a discussion of the Chinese government agency trying to perform its functions to regulate the Chinese market. The redacted portions reflect the Chinese government's viewpoints on how to improve the Chinese regulatory system. | Document 4 (PRINBURY00142830); Document 5 (PRINBURY00144241); Document 22 (ZHP02606474); Document 23 (ZHP02606475); Document 24 (ZHP02606612); Document 25 (ZHP02606613); Document 26 (ZHP02606614); Document 27 (ZHP02606615); Document 40 (ZHP02613611); Document 45 (ZHP02613651); Document 46 (ZHP02613656); Document 47 (ZHP02613659); Document 48 (ZHP02614160); Document 49 (ZHP02614172); Document 50 (ZHP02614174); Document 51 (ZHP02614402); Document 54 (ZHP02614593); Document 55 (ZHP02614891); Document 84 (PRINSTON00281865) |
| PRINBURY00148044 | | 6/1/2017 | 5/18/2017 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | This document is ZHP meeting minutes discussing the preparation of materials and the division of work for a meeting with the CDE regarding a deficiency letter (from the CDE) regarding valsartan tablets to be sold in the Chinese market. This document reflects certain governmental requirements and information relayed from the CDE to ZHP, as well ZHP's draft communications to the CDE. The content of deficiency letter is not mentioned. The information does not involve the US market. The document does not mention impurities, chromatography, nitrosamine or patient safety. | NONE |

| FIRST BATES | DATE SENT | DOCUMENT DATE | DATE CREATED | BASIS FOR WITHHOLDING | DESCRIPTION | DUPLICATE DOCUMENT(S) |
|---|---|---|---|---|---|---|
| ZHP02459190 | | 1/8/2019 | | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes of a meeting between ZHP and the Taizhou Medical Products Administration concerning impurities detected in irbesartan. The redacted portions are questions raised by Chinese government officials regarding ZHP's testing method and results, and ZHP's responses to the Chinese government's questions. | Document 85 (ZHP02649226) |
| ZHP02557672 | | 11/1/2019 | 11/1/2019 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Document concerning an invitation for a seminar on quality control of genotoxic impurities of chemical drugs, in which the Center for Drug Evaluation (CDE) of the China National Medical Products Administration expressly required the Company to keep confidential. | Document 11 (ZHP02565439) |
| ZHP02604526 | | 2/8/2019 | | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Meeting minutes of a meeting between ZHP, the National Medical Products Administration, and the Zhejiang Medical Products Administration, concerning feedback given after an inspection of a ZHP site. The redacted portions are the viewpoints of Chinese government officials. | Document 14 (ZHP02605151); Document 18 (ZHP02605370); Document 74 (ZHP02622088) |
| ZHP02605097 | | 7/17/2019 | 7/17/2019 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information | Meeting minutes of a meeting between ZHP and the National Medical Products Administration concerning the new manufacturing process for irbesartan API intended to eliminate nitrosamine impurities. The redacted portions are the names of officials and their viewpoints on ZHP's filings related to the new process for manufacturing irbesartan. | Document 87 (ZHP02649416) |

| FIRST BATES | DATE SENT | DOCUMENT DATE | DATE CREATED | BASIS FOR WITHHOLDING | DESCRIPTION | DUPLICATE DOCUMENT(S) |
|---|---|---|---|---|---|---|
| ZHP02605629 | | 7/14/2018 | 4/3/2019 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report on the detection of NDMA impurities in the valsartan API, prepared to send to National Medical Products Administration. | NONE |
| ZHP02608269 | 7/31/2018 | 7/31/2018 | | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Email communications to and from the Director General of China's Food and Drug Administration of Zhejiang Province regarding the Administration's requirements for information that should be included in an announcement regarding the discovery of NDMA in valsartan. | Document 30 (ZHP02608270); Document 31 (ZHP02608273); Document 32 (ZHP02608277); Document 57 (ZHP02615297); Document 58 (ZHP02615298); Document 59 (ZHP02615303); Document 60 (ZHP02615306) |
| ZHP02608270 | 7/29/2018 | 7/29/2018 | | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Email communications to and from the Director General of China's Food and Drug Administration of Zhejiang Province regarding the Administration's requirements for information that should be included in an announcement regarding the discovery of NDMA in valsartan. ZHP02608270 is part of the email chain of ZHP02608269. | Document 29 (ZHP02608269) |
| ZHP02608279 | 7/29/2018 | 7/29/2018 | | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Questions raised by the Zhejiang Medical Products Administration regarding the discovery of nitrosamines in valsartan and ZHP's responses thereto. | NONE |

| FIRST BATES | DATE SENT | DOCUMENT DATE | DATE CREATED | BASIS FOR WITHHOLDING | DESCRIPTION | DUPLICATE DOCUMENT(S) |
|---|---|---|---|---|---|---|
| ZHP02613610 | 6/30/2017 | 6/30/2017 | | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Communications regarding the meeting between ZHP and the officials from Center of Drug Evaluation dated June 12, 2017. The redacted portions are advice from CDE officials on how to improve dissolution testing issue in products for the Chinese market, which is part of the advice recorded in PRINBURY00142827. This document reflects the actions of a Chinese government agency trying to perform its functions to regulate the Chinese market. | Document 41 (ZHP02613630); Document 42 (ZHP02613631); Document 43 (ZHP02613632); Document 44 (ZHP02613633); Document 52 (ZHP02614403); Document 53 (ZHP02614592) |
| ZHP02615167 | | 7/14/2018 | | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A summary table recording the title, time, sender and recipient information of reports provided to domestic regulatory government organs, including information of officials. No case-related factual information or comment is included in the table itself. All reports attached to the table have been produced. | NONE |
| ZHP02621763 | | 5/7/2020 | | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report intended for Zhejiang Medical Products Administration on a potential document collection request from a U.S. court, seeking the Chinese government's view about compliance with the national state secrecy law. The redacted parts are not relevant to the facts of this case. | NONE |
| ZHP02622051 | | 8/3/2018 | 8/4/2018 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report from Zhejiang Medical Products Administration to ZHP regarding on-site inspection | NONE |

| FIRST BATES | DATE SENT | DOCUMENT DATE | DATE CREATED | BASIS FOR WITHHOLDING | DESCRIPTION | DUPLICATE DOCUMENT(S) |
|---|---|---|---|---|---|---|
| ZHP02622054 | | 1/11/2019 | 1/11/2019 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Art. 27 of Implementing Regulations regarding the State Secrets Protection Law of the People's Republic of China. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Inspection summary of experts from National Institute for Food and Drug Control, Center for Drug Evaluation, Zhejiang Food and Drug Administration etc. between Jan. 10-Jan. 11, 2019 | Document 66 (ZHP02622055) |
| ZHP02622056 | | 12/17/2018 | 12/17/2018 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report to the Taizhou municipal government regarding untrue and misleading information from media regarding ZHP. It does not mention valsartan or valsartan impurities. | NONE |
| ZHP02622057 | | 7/29/2018 | 7/29/2018 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report to Taizhou municipal government regarding valsartan event including a detailed record of measures taken, views expressed, and requests made by different levels of Chinese government authorities in the event. | Document 78 (ZHP02636528); Document 80 (ZHP02636532) |
| ZHP02622059 | | 1/7/2019 | 1/9/2019 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | Report to the Taizhou Administration for Market Regulation regarding an update on untrue and misleading information from media regarding ZHP. The redacted portions are not relevant to the facts of the case. The report is responsive only because it also briefed the progress of NDEA impurity detection of irbesartan API, which is duplicative information that has already been provided to Plaintiffs. | NONE |

| FIRST BATES | DATE SENT | DOCUMENT DATE | DATE CREATED | BASIS FOR WITHHOLDING | DESCRIPTION | DUPLICATE DOCUMENT(S) |
|---|---|---|---|---|---|---|
| ZHP02622064 | | 11/5/2018 | 11/5/2018 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report to Taizhou municipal government regarding an update on untrue and misleading information from media regarding valsartan. The redacted portions are not relevant to the facts of this case. | NONE |
| ZHP02636529 | | 10/22/2018 | 12/18/2018 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report to Taizhou municipal government regarding an update, recording 1. a brief of EDQM inspection report, which has been provided to Plaintiffs; 2. a brief of an on-site visit from Taizhou government, including officials' advice to ZHP's follow-up work, which has been redacted. The redacted portions are not relevant to the facts of this case. | NONE |
| ZHP02636533 | | 9/29/2018 | 12/18/2018 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report to Zhejiang Medical Products Administration regarding: 1. US FDA and EU inspections, which has been provided to Plaintiffs; 2. product distribution in ZHP's US and European markets, which has been provided to Plaintiffs; 3. seeking guidance from the Chinese government on the untrue information from media. | NONE |
| ZHP02636534 | | 9/29/2018 | 12/18/2018 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report to Taizhou Commerce Bureau regarding the import ban of ZHP product, including why the import ban occurred and what steps the company has taken. | NONE |
| ZHP02649530 | | 7/12/2018 | 8/15/2019 | Arts. 2, 9 and 48 of the Law of the People's Republic of China on Protecting State Secrets. Arts. 2, 10, 16 and 17 of the Regulations of the People's Republic of China on the Disclosure of Government Information. | A report sent to the Chinese National Food and Drug Administration regarding NDMA in valsartan, and which is duplicative of ZHP02615168, a document that has been produced to Plaintiffs. The only difference being the two documents is that this documents contains information about the government official who received the report. | NONE |