# EXHIBIT D

This document contains Restricted Confidential Information and has been provided to the Court and Plaintiffs' Liaison Counsel via email.