# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875 |
| | Honorable Robert B. Kugler, District Court Judge |
| | Honorable Karen M. Williams, Magistrate Judge |
| | Honorable Thomas Vanaskie (Ret.), Special Discovery Master |
| **This Document Relates to All Actions** | **[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court upon the ZHP Parties' Objection to Special Master Order No. 35, and the Court having considered the parties' submissions; and for good cause shown:

It is, on this _____ day of _____ 2021, **ORDERED AND ADJUDGED** that the motion to vacate Special Master Order No. 35 is **GRANTED**;

IT IS FURTHER ORDERED that the ZHP Parties' cross-motion for a protective order precluding the production of documents prohibited from production under Chinese law is **GRANTED**.

_____
Robert B. Kugler,
United States District Judge