UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen M. Williams, Magistrate Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master |

**CERTIFICATE OF SERVICE**

I, Seth A. Goldberg, hereby certify that on September 8, 2021, copies of the foregoing Memorandum of Law in Support of the ZHP Parties' Objection to Special Master Order No. 35 Compelling the Production of Documents Prohibited from Production under Chinese Law has been served via ECF upon Counsel for Plaintiffs and all counsel of record in the Court's electronic filing system.

/s/ *Seth A. Goldberg*

Dated: September 8, 2021