# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875 |
| THIS DOCUMENT RELATES TO: | HON. ROBERT B. KUGLER DISTRICT JUDGE |
| SUITS et al v. ZHEJIANG HUABAI PHARMACEUTICAL CO., LTD ET. AL, CASE NO. 1:20-cv-08189-RBK-JS | HON. JOEL SCHNEIDER MAGISTRATE JUDGE |

## AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF CORTNEY HOOK

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order #20, filed November 17, 2020 - Document 632), Defendants Teva Pharmaceuticals USA, Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc. will take the deposition upon oral examination of Cortney Hook, on **September 16, 2021 at 10:00 a.m. EDT at Wilson Air Center, Lovell Field Airport, 932 Jubilee Drive, Chattanooga, TN 37421**. Counsel who wish to attend remotely will have the option to do so using audio-visual conference technology and should immediately notify the attorney contact for the deposition listed below to arrange for login credentials to be sent to them prior to the deposition. The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

>Kate M. Wittlake
>Greenberg Traurig LLP
>4 Embarcadero Center #3000
>San Francisco, CA 94111
>(415) 655-1285
>wittlakek@gtlaw.com

1

Date: September 9, 2021                    Respectfully submitted,

 

<div style="margin-left: 3em;">

<u>s/ Kate M. Wittlake</u>
Kate M. Wittlake (CA Bar No. 311936)
GREENBERG TAURIG, LLP
4 Embarcadero Center #3000
San Francisco, CA 94111
Tel: (415) 655-1285
Fax: (415) 655-1300
E-mail: wittlakek@gtlaw.com

*Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2021, I caused a true and correct copy of the foregoing Amended Notice of Videotaped Deposition of Cortney Hook to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was originally served on the following Plaintiff's counsel by e-mail, with copies by e-mail to Counsel for Defendants, on September 9, 2021:

Matthew Palmer Lambert, Esq. (counsel for Plaintiff Lana Dufrene)
Adam Slater, Esq. (via email, for distribution to Plaintiffs' Counsel)
Daniel A. Nigh, Esq. (via email)
Ruben Honik, Esq. (via email)
David Stanoch, Esq. (via email)
Conlee Whiteley, Esq. (via email)
Jessica Priselac, Esq. (via email)
Seth A. Goldberg, Esq. (via email)
Clem C. Trischler, Esq. (via email)
Sarah E. Johnston, Esq. (via email)

This 9th day of September, 2021.

*s/ Kate M. Wittlake*
Kate M. Wittlake (CA Bar No. 311936)
GREENBERG TRAURIG, LLP
4 Embarcadero Center #3000
San Francisco, CA 94111
Tel: (415) 655-1285
Fax: (415) 655-1300
E-mail: wittlakek@gtlaw.com

*Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*