# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |

THIS DOCUMENT RELATES TO:
Case No. 1:20-cv-00683,

*Fields v. Prinston Pharmaceutical Inc., et. al.*

### NOTICE OF CANCELLATION OF VIDEOTAPED
### DEPOSITION OF PLAINTIFF TIVIS FIELDS

YOU ARE HEREBY NOTIFIED that the deposition of **Tivis Fields** scheduled for **Tuesday, September 14, 2021 and Wednesday, September 15, 2021, at 10:00 a.m. EDT** each day is hereby cancelled. The deposition will be reset to a mutually agreeable date and time.

Date: September 13, 2021

Respectfully submitted,

*/s/ Raymond Vanderhyden*
Raymond Vanderhyden
DUANE MORRIS. LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Tel: 215- 979-1865
Fax: 215-689-0880
ravanderhyden@duanemorris.com

*Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2021, a true and correct copy of the foregoing Notice Cancellation of Videotaped Deposition of Plaintiff Tivis Fields was served upon all counsel of record via CM/ECF. I further certify that a copy of the foregoing was served on the following counsel by email on September 13, 2021:

Sejal Brahmbhatt (counsel for Plaintiff Fields)

Adam Slater, Esq. (via email, for distribution to Plaintiffs' Counsel)

Sejal Brahmbhatt (counsel for Plaintiff Fields)

Adam Slater, Esq. (via email, for distribution to Plaintiffs' Counsel)

Daniel A. Nigh, Esq. (via email)

Ruben Honik, Esq. (via email)

David Stanoch, Esq. (via email)

Conlee Whiteley, Esq. (via email)

Seth A. Goldberg, Esq. (via email)

Jessica Priselac, Esq. (via email)

Clem C. Trischler, Esq. (via email)

Sarah E. Johnston, Esq. (via email)

/s/ Raymond Vanderhyden
Raymond Vanderhyden