# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Economic Loss Plaintiff Brittney Means | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER<br>DISTRICT JUDGE |

## NOTICE OF VIDEOTAPED DEPOSITION OF BRITTNEY MEANS

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order #20, filed November 17, 2020 - Document 632), Defendants Teva Pharmaceuticals USA, Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc. (collectively, "Teva") will take the deposition upon oral examination of Brittney Means, on **October 15, 2021, at 9:00 a.m. CT** and continuing until completion, **via remote deposition**. The deposition will be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. Remote access using audio-visual conference technology will be available to permit counsel for the parties to participate from various, separate locations.

Additionally, in accordance with paragraph B(1) of C.M.O. 20 (Dkt. 632), notice is hereby given that the undersigned will be the lead questioning attorney during the deposition.

//

Date: September 24, 2021                              Respectfully submitted,

                                                                      */s/ Tiffany M. Andras*
                                                                       Tiffany M. Andras
                                                                       GREENBERG TRAURIG, LLP
                                                                       77 W. Wacker Dr., Suite 3100
                                                                       Chicago, IL 60601
                                                                       Telephone: (312) 456-8400
                                                                       E-mail: andrast@gtlaw.com

                                                                       *Attorney for Teva Pharmaceuticals USA, Inc.,*
                                                                       *Teva Pharmaceutical Industries Ltd., Actavis*
                                                                       *LLC, and Actavis Pharma, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September 2021, I caused a true and correct copy of the foregoing Notice of Videotaped Deposition of Brittney Means to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was served on the Plaintiff's counsel by e-mail at jdavis@slackdavis.com, with a copy served on all parties via MDL Centrality, on September 24, 2021. Per agreement by the parties, Plaintiff's counsel has agreed to serve a copy of the foregoing on Brittney Means via e-mail.

This 24th day of September 2021.

                                            */s/ Tiffany M. Andras*
                                            *Attorney for Teva Pharmaceuticals USA, Inc.,*
                                            *Teva Pharmaceutical Industries Ltd., Actavis*
                                            *LLC, and Actavis Pharma, Inc.*