UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master |

**CERTIFICATE OF SERVICE**

I, Seth A. Goldberg, hereby certify that on September 27, 2021, copies of the ZHP Parties' Reply Brief in Further Support of their Objection to Special Master Order No. 35 Compelling the Production of Documents Prohibited from Production under Chinese Law has been served via ECF upon Counsel for Plaintiffs and all counsel of record in the Court's electronic filing system.

/s/ <u>Seth A. Goldberg</u>

Dated: September 27, 2021