**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master<br><br>**NOTICE OF MOTION TO SEAL PURSUANT TO L. CIV.R. 5.3(g)** |

TO:  Adam M. Slater, Esq.
Plaintiffs' Liaison Counsel
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ 07068

**PLEASE TAKE NOTICE** that on October 18, 2021, or as soon thereafter as counsel may be heard, Defendants Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP"), Prinston Pharmaceutical Inc. ("Prinston"), Huahai U.S. Inc. ("Huahai U.S."), and Solco Healthcare US, LLC ("Solco", and collectively with ZHP, Prinston, and Huahai U.S., "the ZHP Parties"), by and through their counsel in the above-captioned action, Duane Morris LLP, shall move before the Honorable Thomas Vanaskie (Ret.), Special Discovery Master, for entry of an Order redacting and sealing portions of the transcript of the hearing before Special Discovery

Master Judge Vanaskie dated September 10, 2021 (the "Sept. 10 Transcript") on

Plaintiffs' Motion to Compel (Dkt. No. 1405) pursuant to Local Civil Rule 5.3(g).

PLEASE TAKE FURTHER NOTICE that in support of their Motion, the

ZHP Parties shall rely on the accompanying Declaration of Kelly Bonner, dated

September 27, 2021, the Declaration of Dr. Min Li, dated September 27, 2021,

attached as **Exhibit A** thereto, and an index identifying the documents the ZHP

Parties seek to seal, attached as **Exhibit B** thereto.

PLEASE TAKE FURTHER NOTICE that, for the Court's convenience, a

proposed form of Order, including Proposed Findings of Fact and Conclusions of

Law pursuant to Local Civil Rule 5.3(c)(6), is also submitted herewith.

PLEASE TAKE FURTHER NOTICE that the undersigned attorneys for

the ZHP Parties request oral argument on this motion.

PLEASE TAKE FURTHER NOTICE that a Certificate of Service

attesting to the date and manner of service is submitted herewith.


Dated: September 27, 2021                    Respectfully submitted,


                                             /s/ Seth A. Goldberg
                                                  Seth A. Goldberg, Esq.
                                                  *Lead Counsel and Liaison*
                                                  *Counsel for Defendants*


ii

DUANE MORRIS LLP

Seth A. Goldberg, Esq.
Kelly Bonner, Esq.
Gregory Herrold, Esq.
Lauren Pugh, Esq.
30 South 17th Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com
KABonner@duanemorris.com
GDHerrold@duanemorris.com
LPugh@duanemorris.com


*Attorneys for Zhejiang Huahai Pharmaceutical Co, Ltd., Prinston Pharmaceutical Inc., Huahai U.S. Inc., and Solco Healthcare U.S., LLC*