# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master |

## STATEMENT OF NO BRIEF PURSUANT TO LOCAL RULE 7.1(d)(4)

Defendants Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP"), Prinston Pharmaceutical Inc. ("Prinston"), Huahai U.S. Inc. ("Huahai U.S."), and Solco Healthcare U.S. LLC ("Solco", and collectively with ZHP and Prinston, "the ZHP Parties"), by and through their undersigned counsel, Duane Morris LLP, hereby submit, pursuant to Local Civil Rule 7.1(d)(4), that no brief in support of their Motion to Redact and Seal Portions of the Hearing Transcript Dated September 10, 2021 Pursuant to Local Civil Rule 5.3(g) is necessary for the reasons set forth in Local Rule 5.3(c)(1), governing motions to seal.

Respectfully submitted,

DUANE MORRIS LLP

*/s/ Kelly A. Bonner*

Dated: September 27, 2021

5