## <u>CERTIFICATE OF SERVICE</u>

I, Kelly A. Bonner, Esq., hereby certify that complete copies of the foregoing ZHP Parties' Motion to Redact and Seal Portions of the Hearing Transcript Dated September 10, 2021 Pursuant to Local Civil Rule 5.3(g), the Kelly Bonner and Dr. Min Li Declarations in support thereof, and a proposed form of Order, have been filed electronically on the docket for this matter and are available for viewing and downloading from the ECF system. These documents are being served upon the following counsel on September 27, 2021 through the ECF system, and a courtesy copy is being sent by email:

Adam M. Slater, Esq.
Plaintiffs' Liaison Counsel
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ 07068

*/s/ Kelly A. Bonner*

DM1\12426098.2