UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: September 29, 2021

**HON. ROBERT B. KUGLER, U.S.D.J.**
**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:** CAMILLE PEDANO

**TITLE OF CASE:**              **DOCKET NO.:** 19-md-2875 (RBK)(KMW)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Conlee Whiteley, Esq. | Steve Harkins, Esq. |
| Daniel Nigh, Esq. | Clem Trischler, Esq. |
| Marlene Goldenberg, Esq. | Tiffany Andras, Esq. |
| Erin Brown, Esq. for Thomas Lloyd | |
| David Spoerer, Esq. for Valentin Landau | |
| Rebecca Fredona, Esq., for Helen Rice | |

**NATURE OF PROCEEDINGS**:    TELEPHONE STATUS CONFERENCE

**DISPOSITION:**
Telephone status conference held on the record.
Order to be entered.

                                         s/Lawrence MacStravic
                                         Deputy Clerk


Time Commenced:  10:40a.m.    Time Adjourned: 11:00a.m.    Total Time in Court: 0:20