# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875 (RBK/JS) |

## SPECIAL MASTER ORDER NO. 45

**NOW, this 29th Day of September, 2021,** having carefully considered the parties' contentions pertaining to Defendants' Motion for Completion of the Panigrahy Deposition asserted in their agenda letters of September 28, 2021 (ECF Nos. 1586 and 1587); having reviewed the transcript of Dr. Panigrahy's Deposition; having heard the arguments of counsel presented during the course of the case management conference conducted this date; and finding that Defendants have shown good cause for the resumption of Dr. Panigrahy's Deposition for an additional three (3) hours, **IT IS HEREBY ORDERED** that Defendants' Motion for Completion of the Panigrahy Deposition is **GRANTED,** and Defendants are allotted an additional three (3) hours for the completion of Dr. Panigrahy's Deposition.

Dated: September 29, 2021

s/ Thomas I. Vanaskie<br>
Hon. Thomas I. Vanaskie (Ret.)<br>
Special Master