**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875 |
| THIS DOCUMENT RELATES TO: | HON. ROBERT B. KUGLER DISTRICT JUDGE |
| SUITS et al v. ZHEJIANG HUABAI PHARMACEUTICAL CO., LTD ET. AL, CASE NO. 1:20-cv-08189-RBK-JS | HON. JOEL SCHNEIDER MAGISTRATE JUDGE |

**SECOND AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF CORTNEY HOOK**

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order #20, filed November 17, 2020 - Document 632), Defendants Teva Pharmaceuticals USA, Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc. will take the deposition upon oral examination of Cortney Hook, on **October 4, 2021 at 10:00 a.m. EDT at Wilson Air Center, Lovell Field Airport, 932 Jubilee Drive, Chattanooga, TN 37421**. Counsel who wish to attend remotely will have the option to do so using audio-visual conference technology and should immediately notify the attorney contact for the deposition listed below to arrange for login credentials to be sent to them prior to the deposition. The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

> Tori Langton
> Greenberg Traurig LLP
> 3333 Piedmont Rd. NE, Suite 2500
> Atlanta, GA
> (678) 553-7302
> langtont@gtlaw.com

1

Date: October 1, 2021                              Respectfully submitted,


                                                   s/ Victoria J. Langton
                                                   Victoria J. Langton (GA Bar No. 444119)
                                                   GREENBERG TRAURIG, LLP
                                                   3333 Piedmont Road NE
                                                   Suite 2500
                                                   Atlanta, GA 30305
                                                   Tel: (678) 553-7392
                                                   Fax: (678) 553-2212
                                                   Email: langtont@gtlaw.com

                                                   *Attorney for Teva Pharmaceuticals USA, Inc.,
                                                   Teva Pharmaceutical Industries Ltd., Actavis
                                                   LLC, and Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2021, I caused a true and correct copy of the foregoing Amended Notice of Videotaped Deposition of Cortney Hook to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was served on counsel for the Estate of James Suits by email, with a copy served on all parties via MDL Centrality, on October 1, 2021:

This 1st day of October, 2021.

s/ Victoria J. Langton
Victoria J. Langton (GA Bar No. 444119)
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Tel: (678) 553-7392
Fax: (678) 553-2212
Email: langtont@gtlaw.com

*Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*