**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | | |
|---|---|---|
| **In re: Valsartan Products Liability Litigation** | : | **MDL No. 2875** |
| | : | |
| **Plaintiff,** | : | **No. 1:19-md-2875 -RBK** |
| vs. | : | |
| | : | |
| **This document relates to: Plaintiff, Joycelyn Stevens** | : | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| | : | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
ACTION WITHOUT PREJUDICE**

Plaintiff, Joycelyn Stevens, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal of all claims asserted against all Defendants identified in her action, without prejudice, in the above-captioned matter.

Specifically, Rule 41 (a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss her claims without prejudice and without a Court Order by notice at any time prior to the Defendants filing an Answer or moving for summary judgment. Thus, Plaintiff's request is permitted as of the filing of this Notice. In light thereof, Plaintiff asserts that voluntary dismissal by notice alone is appropriate under Rule 41 (a)(1)(A)(i).

Respectfully submitted,

Dated: 7 October 2021         **THE BEASLEY FIRM, LLC**

/s/*Peter J. Johnsen, Esquire*
Peter J. Johnsen, Esq.
Louis F. Tumolo, Esq.
The Beasley Firm
1125 Walnut Street
Philadelphia. PA 19107
Tel: 215-592-1000
Fax: 215-592-8360
Peter.Johnsen@beasleyfirm.com
Louis.Tumolo@beasleyfirm.com

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| **In re: Valsartan Products Liability Litigation** | **MDL No. 2875** |
| | **No. 1:19-md-2875 -RBK** |
| _____ | **NOTICE OF DISMISSAL** |
| **This document relates to: Plaintiff, Joycelyn Stevens** | |
| _____ | |

## CERTIFICATE OF SERVICE

I hereby certify that on 7 October 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

Dated: 7 October 2021        **THE BEASLEY FIRM, LLC**

/s/*Peter J. Johnsen, Esquire*
Peter J. Johnsen, Esq.
Louis F. Tumolo, Esq.
The Beasley Firm
1125 Walnut Street
Philadelphia. PA 19107
Tel: 215-592-1000
Fax: 215-592-8360
Peter.Johnsen@beasleyfirm.com
Louis.Tumolo@beasleyfirm.com