UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |

THIS DOCUMENT RELATES TO:
*Bambi Ganim v. Mylan Laboratories, Ltd., et al.*
Case No. 1:20-cv-07523

## NOTICE OF VIDEOTAPED DEPOSITION OF BRANDON SMAGLO, M.D.

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendant Hetero Drugs Ltd. And Hetero Labs Ltd. will take the deposition upon oral examination of Brandon Smaglo, M.D. on November 3, 2021 at 10:00 a.m. EST, and continuing until completion, via remote (Zoom) deposition while the witness is at his home or office or other location agreed to by the parties. Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

Nakul Y. Shah, Esq.
Hill Wallack LLP
21 Roszel Road
Princeton, NJ 08540
(609) 924-0808
nshah@hillwallack.com

Date: October 7, 2021                    Respectfully submitted,

/s/ *Eric Abraham*

Eric Abraham, Esq.
Hill Wallack LLP
21 Roszel Road
Princeton, NJ 08540
(609) 924-0808
eabraham@hillwallack.com

*Attorney for Defendant Hetero Labs Ltd. And Hetero Drugs Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2021 a true and correct copy of the Notice of Videotaped Deposition of Brandon Smaglo, M.D. was served upon the following via ECF, with copies to Counsel for Plaintiffs and all counsel of record by e-mail:

David J. Stanoch, Esq.
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
d.stanoch@kanner-law.com

Conlee S. Whiteley, Esq.
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
c.whiteley@kanner-law.com

James Banfield, Esq.
Baylor College of Medicine
1 Baylor Plaza
Houston, TX 77030
banfield@bcm.edu

/s/ *Eric Abraham*
    Eric Abraham, Esq