UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Thomas Vanaskie (Ret.),<br>Special Discovery Master<br><br>**NOTICE OF MOTION TO SEAL PURSUANT TO L. CIV.R. 5.3(c)** |

TO:  Adam M. Slater, Esq.
     Plaintiffs' Liaison Counsel
     Mazie Slater Katz & Freeman, LLC
     103 Eisenhower Parkway
     Roseland, NJ 07068

**PLEASE TAKE NOTICE** that on November 1, 2021, or as soon thereafter as counsel may be heard, Defendants Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP"), Prinston Pharmaceutical Inc. ("Prinston"), Huahai U.S. Inc. ("Huahai U.S."), and Solco Healthcare US, LLC ("Solco", and collectively with ZHP, Prinston, and Huahai U.S., "the ZHP Parties"), by and through their counsel in the above-captioned action, Duane Morris LLP, shall move before the Honorable Thomas Vanaskie (Ret.), Special Discovery Master, for entry of an Order sealing Exhibits 4-10 and 14-16 to Plaintiffs' Motion to Compel (Dkt. No. 1405) pursuant to Local Civil Rule 5.3(c).

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, the ZHP Parties shall rely on the accompanying Declaration of Kelly Bonner, dated October 12, 2021, the Declaration of Mi Xu, dated October 12, 2021, attached as **Exhibit A** thereto, the Declaration of Dr. Min Li, dated October 12, 2021, attached as **Exhibit B** thereto, and an index identifying the documents the ZHP Parties seek to seal, attached as **Exhibit C** thereto.

**PLEASE TAKE FURTHER NOTICE** that, for the Court's convenience, a proposed form of Order, including Proposed Findings of Fact and Conclusions of Law pursuant to Local Civil Rule 5.3(c)(6), is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys for the ZHP Parties request oral argument on this motion.

**PLEASE TAKE FURTHER NOTICE** that a Certificate of Service attesting to the date and manner of service is submitted herewith.

Dated: October 12, 2021                     Respectfully submitted,

/s/ Seth A. Goldberg
Seth A. Goldberg, Esq.
*Lead Counsel and Liaison*
*Counsel for Defendants*

DUANE MORRIS LLP

Seth A. Goldberg, Esq.
Kelly Bonner, Esq.
30 South 17th Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com
KABonner@duanemorris.com

*Attorneys for Zhejiang Huahai Pharmaceutical Co, Ltd., Prinston Pharmaceutical Inc., Huahai U.S. Inc., and Solco Healthcare U.S., LLC*

iii