## CERTIFICATE OF SERVICE

I, Kelly A. Bonner, Esq., hereby certify that complete copies of the foregoing ZHP Parties' Motion to Seal Exhibits 4-10 and 14-16 to Plaintiffs' Motion to Compel the ZHP Parties' Supplemental Production (the "Motion to Compel") Pursuant to Local Civil Rule 5.3(c), the Declarations of Kelly Bonner, Mi Xu, and Dr. Min Li in support thereof, and a proposed form of Order, have been filed electronically on the docket for this matter and are available for viewing and downloading from the ECF system. These documents are being served upon the following counsel on October 12, 2021 through the ECF system, and a courtesy copy is being sent by email:

Adam M. Slater, Esq.<br>
Plaintiffs' Liaison Counsel<br>
Mazie Slater Katz & Freeman, LLC<br>
103 Eisenhower Parkway<br>
Roseland, NJ 07068

<i>/s/ Kelly A. Bonner</i>

12507209_2.docx