# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Georgia Murawski, et al. v. Zhejiang Pharmaceutical Co., et al.,*<br><br>Case No. 1:20-cv-14302-RBK-JS | § § § § § § § § § § § | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |

## NOTICE OF CANCELLATION OF VIDEOTAPED DEPOSITION OF JOHN FITZPATRICK, M.D.

**YOU ARE HEREBY NOTIFIED** that the deposition of John Fitzpatrick, M.D. scheduled for **10:00 A.M. ET** on **Thursday, October 14, 2021** is hereby postponed. The deposition will be re-noticed for a date and time in November, 2021.

Date: October 13, 2021

Respectfully submitted,

*/s/ Dawnn E. Briddell*
Dawnn E. Briddell (001071987)

Duane Morris LLP
1940 Route 70 East, Suite 100
Cherry Hill, NJ 08003
Tel:  (856) 874-4273
Fax: (856) 874-4633

dbriddell@duanemorris.com

*Attorney for Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, Huahai U.S., Inc., and Prinston Pharmaceutical Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2021 I caused a true and correct copy of the foregoing Notice Cancellation of Videotaped Deposition of John Fitzpatrick, M.D. to be filed and served upon all counsel of record via CM/ECF. I further certify that a copy of the foregoing was served on the following counsel by email:

Marlene Goldenberg, Esq. (counsel for Plaintiff Georgia Murawski)
Adam Slater, Esq. (via email, for distribution to Plaintiffs' Counsel)
Ruben Honik, Esq. (via email)
David Stanoch, Esq. (via email)
Conlee Whiteley, Esq. (via email)
Jessica Priselac, Esq. (via email, for distribution to Defendants' Counsel)
Seth A. Goldberg, Esq. (via email)
Clem C. Trischler, Esq. (via email)
Sarah E. Johnston, Esq. (via email)
Veritext Legal Solutions (via email)

/s/ Dawnn E. Briddell
Dawnn E. Briddell (001071987)
Duane Morris LLP
1940 Route 70 East, Suite 100
Cherry Hill, NJ 08003
Tel: (856) 874-4273
Fax: (856) 874-4633
dbriddell@duanemorris.com

*Attorney for Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, Huahai, U.S., Inc., and Prinston Pharmaceutical Inc.*