# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No.: 19-02875 (RBK) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Undersigned counsel, Justin M. L. Stern, hereby withdraws his appearance on behalf of Defendants Zhejiang Huahai Pharmaceutical Co. Ltd., Huahai U.S. Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC, in the above-captioned matter.

Dated: October 15, 2021.

s/ Justin M. L. Stern
Justin M. L. Stern (Fla. Bar No. 1010139)
DUANE MORRIS LLP
1875 NW Corporate Boulevard, Suite 300
Boca Raton, FL 33431
Tel: (561) 962-2107
Fax: (305) 675-3868
Email: JMLStern@duanemorris.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2021, I electronically filed the foregoing Notice of Withdrawal of Appearance with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

s/ Justin M. L. Stern
Justin M. L. Stern