**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No.: 19-02875 (RBK) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Lauren Pugh on behalf of Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, Huahai U.S., Inc., Walmart Stores, Inc., and Walgreen Co., on this Court's MDL master docket.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to, defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: October 15, 2021

s/ *Lauren Pugh*
Lauren Pugh (Pa. Bar No. 328919)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Tel: (215) 979-7130
Fax: (215) 689-4192
Email: Lpugh@duanemorris.com

*Attorney for Defendants Prinston*
*Pharmaceutical Inc., Zhejiang Huahai*
*Pharmaceutical Co., Ltd., Solco Healthcare*

*U.S., LLC, Huahai U.S., Inc., Walmart Stores, Inc., and Walgreen Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2021, I electronically filed the foregoing Notice of Appearance with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Lauren Pugh*
Lauren Pugh