## INDEX IN SUPPORT OF TEVA'S MOTION TO REDACT AND SEAL PORTIONS OF THE HEARING TRANSCRIPT OF SEPTEMBER 13, 2021 PURSUANT TO LOCAL CIVIL RULE 5.3(g)

| | Material To Be Redacted | Basis for Redacting (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Party in Opposition to Sealing, If Any, and Basis |
|---|---|---|---|---|---|
| 1. | **Hearing Transcript of September 13, 2021**<br><br>Page 11, line 20 – Page 12, line 1<br><br>Page 17, line 2 – Page 17, line 4<br><br>Page 17, line 7 – Page 17, line 9<br><br>Page 17, line 25<br><br>Page 19, line 3 – Page 19, line 8<br><br>Page 19, line 14 – Page 19, line 17<br><br>Page 20, line 5 – Page 20, line 6<br><br>Page 20, line 9 – Page 20, line 11<br><br>Page 20, line 23 – Page 20, line 24 | Teva requests that portions of the September 13, 2021 hearing transcript ("Sept. 13 Transcript") be sealed because they describe in specific detail documents designated either "CONFIDENTIAL INFORMATION" or "RESTRICTED CONFIDENTIAL," which the Court ruled shall remain confidential.<br><br>(Rubenstein Decl. ¶ 4.) | If filed publicly, the unredacted Sept. 13, 2021 Transcript will reveal confidential, proprietary information relating to Teva's methods and processes and confidential information about its suppliers.<br><br>Disclosure of such confidential, proprietary information will cause Teva significant competitive harm and its direct competitors in this litigation would enjoy significant competitive advantage by being able to implement Teva's internal processes or adapt to Teva's internal processes. In the highly competitive generic pharmaceutical market, Teva will be severely disadvantaged.<br><br>(*See* Rubenstein Decl. ¶¶ 5-6.) | Teva has carefully considered whether a less restrictive alternative is available or practicable and concluded that none exists. Teva has reviewed and analyzed the Sept. 13 Transcript in order to specifically identify exactly what information should be redacted and seeks to redact and seal only the portions of the transcript that discloses the contents of documents designated as CONFIDENTIAL INFORMATION or RESTRICTED CONFIDENTIAL and subject to a Court ruling that they are to remain confidential.<br><br>(*See* Rubenstein Decl. ¶ 7). | On October 11, 2021, counsel for Teva provided notice of its intent to move to redact and seal portions of the Sept. 13 Transcript to Plaintiffs' Executive Committee ("PEC"), identified the specific pages and lines sought to be redacted and asked for a meet and confer prior to October 15, 2021 if the PEC had any objection to these portions of the Sept. 13 Transcript being redacted. As of this date, Teva has not received a response to its notice and is not aware of any party or nonparty objecting to the redaction request. |

| | |
|---|---|
| Page 21, line 3 | |
| Page 21, line 6 – Page 21, line 15 | |
| Page 21, line 19 – Page 21, line 25 | |
| Page 22, line 10 – Page 22, line 16 | |
| Page 24, line 24 – Page 25, line 3 | |
| Page 26, line 14 – Page 26, line 16 | |
| Page 31, line 9 – Page 31, line 10 | |
| Page 31, line 15 – Page 31, line 17 | |
| Page 31, line 19 – Page 31, line 22 | |
| Page 32, line 2 – Page 32, line 5 | |
| Page 32, line 7 – Page 32, line 9 | |
| Page 32, line 18 – Page 32, line 23 | |
| Page 32, line 25 | |

| | |
|---|---|
| | – Page 33, line 1 |
| | Page 33, line 10 – Page 33, line 15 |
| | Page 33, line 22 – Page 33, line 25 |
| | Page 35, line 17 |
| | Page 35, line 21 – Page 36, line 1 |
| | Page 36, line 5 – Page 36, line 7 |
| | Page 36, line 22 – Page 36, line 25 |