# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation | MDL No. 2875<br>Civil No.: 19-02875 (RBK) |
| This Document Relates to All Actions | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Undersigned counsel, Justin M. L. Stern, hereby withdraws his appearance on behalf of Defendants Walmart Stores, Inc., and Walgreen Co. in the above-captioned matter.

Dated: October 15, 2021.

> s/ Justin M. L. Stern
> Justin M. L. Stern (Fla. Bar No. 1010139)
> DUANE MORRIS LLP
> 1875 NW Corporate Boulevard, Suite 300
> Boca Raton, FL 33431
> Tel: (561) 962-2107
> Fax: (305) 675-3868
> Email: JMLStern@duanemorris.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2021, I electronically filed the foregoing Notice of Withdrawal of Appearance with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

> s/ Justin M. L. Stern
> Justin M. L. Stern