# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875 (RBK/JS) |

## NOTICE OF APPEARANCE OF BRIAN C. MILLER

To the Clerk:

Please enter the appearance of Brian C. Miller on behalf of Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc., on this Court's MDL master docket.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: October 15, 2021

*/s/ Brian C. Miller*
Brian C. Miller (IL State Bar No. 6330678)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-5084
Facsimile: (312) 456-8435
E-mail: millerb@gtlaw.com

*Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 15th day of October 2021, I caused the foregoing document to be filed electronically with the Clerk of Court using the CM/ECF system, which will serve a noticeof electronic filing to all CM/ECF participants.

                                                     */s/ Brian C. Miller*
                                                     Brian C. Miller