**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CAMDEN VICINAGE**

| | |
|---|---|
| **In re: Valsartan Products Liability Litigation** | **MDL No. 2875** |
| **Plaintiff,** vs. | **No.  1:19-md-2875 -RBK** |
| **This document relates to: Plaintiff, Ken Wiseman** | |

## CERTIFICATE OF SERVICE

I hereby certify that on 18 October 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

Dated: 18 October 2021

**THE BEASLEY FIRM, LLC**

/s/*Peter J. Johnsen, Esquire*
Peter J. Johnsen, Esq.
Louis F. Tumolo, Esq.
The Beasley Firm
1125 Walnut Street
Philadelphia. PA 19107
Tel: 215-592-1000
Fax: 215-592-8360
Peter.Johnsen@beasleyfirm.com
Louis.Tumolo@beasleyfirm.com