# Exhibits A & B

      **ZHP has designated Exhibit A & B as confidential.  In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibits to the Court directly via email for its in camera review.**