NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

# Duane Morris®

*FIRM and AFFILIATE OFFICES*

KELLY A. BONNER
DIRECT DIAL: +1 215 979 1158
PERSONAL FAX: +1 215 689 2198
*E-MAIL:* KABonner@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

October 20, 2021

**VIA ECF**

| | |
|---|---|
| The Honorable Robert B. Kugler<br>United States District Judge<br>USDC, District of New Jersey Mitchell H. Cohen Building & U.S. Courthouse<br>4th & Cooper Streets, Room 1050<br>Camden, NJ 08101 | The Honorable Thomas Vanaskie<br>Special Discovery Master<br>Stevens & Lee<br>1500 Market Street, East Tower, 18th Floor<br>Philadelphia, PA 19103 |

Re: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, Case No. 1:19-md-02875-RBK-KW

Dear Judge Kugler and Judge Vanaskie:

We write on behalf of Defendants Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP"), Prinston Pharmaceutical Inc. ("Prinston"), Huahai U.S. Inc. ("Huahai U.S.") and Solco Healthcare US, LLC ("Solco", and collectively with ZHP, Huahai U.S., and Prinston, "the ZHP Parties") to respectfully request that the Court permit the ZHP Parties to file a brief reply in further support of their motion to redact and seal portions of the September 10 transcript (ECF No. 1584).

DUANE MORRIS LLP
30 SOUTH 17TH STREET  PHILADELPHIA, PA 19103-4196         PHONE: +1 215 979 1000  FAX: +1 215 979 1020

DuaneMorris

October 20, 2021
Page 2

The ZHP Parties believe that this reply is necessary to address the ZHP Parties' need to maintain the confidentiality of their proprietary process optimization procedures, which outweighs any countervailing factors alleged by Plaintiffs in their opposition dated October 18, 2021 (ECF No. 1652), and to assist the Court in its consideration of the motion to seal.

The Court has previously permitted reply briefs in support of motions to seal. *See* The ZHP Parties' Reply Supporting Their Motion to Seal dated March 8, 2021 (ECF. No. 1003). Nor is the filing of a reply brief in support of a motion to seal inconsistent with Local Civil Rule 7.1(d)(3), which prohibits the filing of reply briefs unless permitted by the Court relating to only the following motions: Cross under L.Civ.R. 7.1(h); Reconsideration under L.Civ.R. 7.1(i); Case Management under L.Civ.R. 16.1(g)(2); and Discovery under L.Civ.R. 37.1(b)(3). *See* L.Civ.R. 7.1(d)(3)

We further request that the ZHP Parties be permitted to file their reply brief by no later than **November 1, 2021**. We do not believe that extending the customary deadline for reply briefs will prejudice Plaintiffs, and the submission of a reply brief will ensure a fulsome record on the issues presented.

DuaneMorris

October 20, 2021
Page 3

      We thank the Court for its courtesies and consideration of this request.

      Respectfully submitted,

      */s/ Kelly A. Bonner*

      Kelly A. Bonner