# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875 |
| THIS DOCUMENT RELATES TO: | HON. ROBERT B. KUGLER DISTRICT JUDGE |

*Durl Welch v. Aurobindo Pharma, USA, Inc., et al*

## PLAINTIFFS' CROSS NOTICE OF VIDEOTAPED DEPOSITION OF
## DR. ALAN KELLER, MD

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order #20, filed November 17, 2020 - Document 632), Plaintiff will take the cross deposition upon oral examination of Dr. Alan Keller, on **October 27, 2021, at 10:00 a.m. CDT,** and continuing until completion, at 12697 E. 51st Street South, Tulsa, OK, 74146.

Additionally, in accordance with paragraph B (1) of C.M.O 20 (Dkt. 632), notice is hereby given that the undersigned will be the lead questioning attorney during the cross deposition. The attorney contact for the cross deposition is:

Paige N. Boldt
Watts Guerra, LLC
5726 West Hausman Rd. Ste. 119
San Antonio, TX 78249
Telephone: (210) 448-0500
E-Mail: pboldt@wattsguerra.com

| | |
|---|---|
| Date: October 19, 2021 | Respectfully submitted, |
| | /s/ Paige N. Boldt |
| | Paige N. Boldt |
| | WATTS GUERRA LLC |
| | 5726 West Hausman Rd. Ste. 119 |
| | San Antonio, TX 78249 |
| | Telephone: (210) 448-0500 |
| | E-Mail: pboldt@wattsguerra.com |

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October 2021, I caused a true and correct copy of the foregoing Cross Notice of Videotaped Deposition of Dr. Alan Keller to be served upon counsel of record. I further certify that a copy of the foregoing was served on Defendant's counsel by e-mail on October 20, 2021.

This 20th day of October 2021.

*/s/ Paige N. Boldt*
*Attorney for Plaintiff*

# Exhibit A

## Documents to be Produced

You shall bring to the deposition the following documents that are in your possession, control or custody:

1. A current version of your CV/resume.
2. A list of all of your publications.
3. Any and all correspondence between you and any defendant in this MDL.