# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875 (RBK) |

## SPECIAL MASTER ORDER NO. 48

**AND NOW, this 21st Day of October, 2021,** upon careful consideration of the October 20, 2021 letter submitted on behalf of Defendants on behalf of Defendants Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP"), Prinston Pharmaceutical Inc. ("Prinston"), Huahai U.S. Inc. ("Huahai U.S.") and Solco Healthcare US, LLC ("Solco", and collectively with ZHP, Huahai U.S., and Prinston, "the ZHP Parties") (ECF No. 1655) **IT IS HEREBY ORDERED THAT** the ZHP Parties' request for leave to file a brief reply in further support of their motion to redact and seal portions of the September 10 Transcript (ECF No. 1584) and to extend to November 1, 2021 the deadline for filing the reply brief is **GRANTED.**  The ZHP Parties may file a reply brief in further support of their motion to redact and seal parts of the September 10, 2021

Transcript no later than **November 1, 2021.**

                                                                                    <u>s/ Thomas I. Vanaskie</u>
                                                                                    Hon. Thomas I. Vanaskie (Ret.)
                                                                                    Special Master

October 21, 2021