**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Karen Williams, Magistrate Judge<br><br>**SUBPOENA AD TESTIFICANDUM** |

To: Dr. Koyamangalath Krishnan
1 Professional Park Drive
Johnson City, Tennessee 37604

**You are hereby commanded** to attend and give testimony before counsel of record on **November 5, 2021 at 9:00 a.m. TO BE CONDUCTED REMOTELY VIA ZOOM**, by a person authorized under the laws of New Jersey to administer oaths at the law offices of Hill Wallack LLP, 21 Roszel Road, Princeton, NJ 08543-5226, on the part of the Defendants Hetero Drugs Ltd. and Hetero Labs Ltd. in the above-entitled matter. We will need your email address to send you a Zoom link for the deposition.

Defendant intends to audio and/or videotape the deposition pursuant to R. 4:14-9.

Failure to comply with this demand may subject you to sanctions and a court order compelling your deposition on a date certain.

                                                                            HILL WALLACK LLP
                                                                           Attorneys for Defendants
                                                                           Hetero Drugs Ltd and Hetero Labs Ltd.

By:   */s/ Eric Abraham*
         Eric Abraham, Esq.

Dated: October 21, 2021