# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875 <br><br> HON. ROBERT B. KUGLER |
| THIS DOCUMENT RELATES TO: <br> *Durl Welch v. Aurobindo Pharma USA, Inc., et. al.* | |

## NOTICE OF CANCELLATION OF VIDEOTAPED DEPOSITION OF

## DR. ALAN KELLER

YOU ARE HEREBY NOTIFIED that the deposition of Dr. Alan Keller, scheduled for **Wednesday, October 27, 2021 at 10:00 a.m. CDT**, is hereby cancelled. The deposition will be reset to a mutually agreeable date and time.

Date: October 26, 2021

Respectfully submitted,

s/ *Jill H. Fertel*
Jill H. Fertel
CIPRIANI & WERNER, P.C.
450 Sentry Parkway East
Suite 200
Blue Bell, PA 19422
(610) 567-0700
jfertel@c-wlaw.com

*Attorney for Defendants*
*Aurobindo Pharma USA, Inc.,*
*Aurobindo Pharma Ltd., and*
*Aurolife Pharma LLC*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October, 2021, I caused a true and correct copy of the foregoing Notice of Cancellation of Videotaped Deposition of Dr. Alan Keller to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was served on Plaintiff's counsel by e-mail, with a copy served on all parties via MDL Centrality, on October 26, 2021.

This 26th day of October, 2021.

/s/ *Jill H. Fertel*
Jill H . Fertel