# Exhibit A

| | |
|---|---|
| **From:** | Christopher Geddis |
| **To:** | Goldberg, Seth A. |
| **Cc:** | Klein, Alan; Priselac, Jessica; valpec@kirtlandpackard.com |
| **Subject:** | RE: Baohua Chen"s Deposition |
| **Date:** | Thursday, October 21, 2021 2:42:00 PM |

Seth,

When do you expect to have an answer on the travel permit? We want to get this on the calendar and will have to raise the issue at the next conference if a date is not confirmed by then.

Best,
Chris

**From:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>
**Sent:** Thursday, October 21, 2021 1:23 PM
**To:** Christopher Geddis <CGeddis@mazieslater.com>
**Cc:** Klein, Alan <AKlein@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>
**Subject:** Re: Baohua Chen's Deposition

Thanks, Chris. Sorry for the delay. I have been involved in a jury trial in NJ Superior Ct. the past few weeks. I understand from my client that the Chinese government has not yet made a decision as to the issuance of a travel permit for Mr. Chen to travel for Macao for his deposition. I will follow up when I have more information about that determination.

Best,
Seth

Seth A. Goldberg
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
215-979-1175 direct
267-632-1620 mobile
sagoldberg@duanemorris.com

On Oct 15, 2021, at 10:40 PM, Christopher Geddis <CGeddis@mazieslater.com> wrote:

Seth,

Any word on this?

Thanks,
Chris

**From:** Goldberg, Seth A. <SAGoldberg@duanemorris.com>
**Sent:** Thursday, September 30, 2021 8:33 PM
**To:** Christopher Geddis <CGeddis@mazieslater.com>
**Cc:** Klein, Alan <AKlein@duanemorris.com>; Priselac, Jessica <JPriselac@duanemorris.com>; Bonner, Kelly <KABonner@duanemorris.com>; Bazan, Rebecca <REBazan@duanemorris.com>; Pugh, Lauren <LPugh@duanemorris.com>; Adam Slater <ASlater@mazieslater.com>; valpec@kirtlandpackard.com
**Subject:** Re: Baohua Chen's Deposition

Chris,

There is a Chinese holiday until the end of next week. I will be back in touch about this the following week.

Seth

Seth A. Goldberg
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
215-979-1175 direct
267-632-1620 mobile
sagoldberg@duanemorris.com

> On Sep 28, 2021, at 11:43 AM, Christopher Geddis <CGeddis@mazieslater.com> wrote:
>
> Counsel,
>
> Please advise on which dates Baohua Chen is available for his deposition.
>
> Best,
> Chris
>
>
> Christopher J. Geddis
> Associate Attorney
> **Mazie Slater Katz & Freeman, LLC**
> 103 Eisenhower Parkway
> Roseland, New Jersey  07068

(973) 228-9898
cgeddis@mazieslater.com
www.mazieslater.com

\<image001.jpg\>

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or Mazie Slater Katz & Freeman, LLC (Tel: 973-228-9898) immediately and delete this message, along with any attachments, from your computer. Thank you.

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.