**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |

**NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF JOSEPHINE BELL**

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), Defendants Zhejiang Huahai Pharmaceutical Co., Prinston Pharmaceutical, Inc., and Solco Healthcare U.S., LLC will take the deposition upon oral examination of Josephine Bell on November 9, 2021 at 9:00 a.m. EST at the law offices of Rice & Associates, 124 W. Capital, Suite 1850, Little Rock, Arkansas 77201.

Please take further notice that: the deposition will be conducted remotely, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera.

The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case.

1

The attorney contact for the deposition is:

> Kelly A. Bonner
> Duane Morris LLP
> 30 S. 17th Street
> Philadelphia, PA 19103
> (215) 979-1158
> KABonner@duanemorris.com

Date: October 27, 2021                  Respectfully submitted,

                                        _____s/ Kelly A. Bonner_____

                                        Kelly A. Bonner
                                        Duane Morris LLP
                                        30 S. 17th Street
                                        Philadelphia, PA 19103
                                        (215) 979-1158
                                        KABonner@duanemorris.com

                                        *Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October, 2021 a true and correct copy of the Notice of Videotaped Deposition of Plaintiff Josephine Bell was served upon the following by e-mail, with copies to all counsel of record via service on ECF:

Ruben Honik
ruben@honiklaw.com
*Attorneys for Plaintiff*

Conlee S. Whitely
David Stanoch
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
(504) 524-5777
c.whiteley@kanner-law.com
d.stanoch@kanner-law.com
*Liaison Counsel for Plaintiffs*

Joseph I. Marchese
Neal J. Deckant
Andrew Obergfell
Bursor & Fisher, P.A.
888 Seventh Ave
New York, NY 10019
(646) 847-7150
jmarchese@bursor.com
ndeckant@bursor.com
aobergfell@bursor.com
*Attorneys for Plaintiff*

Adam M. Slater
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ 07068
aslater@mazieslater.com
*Lead Counsel for Plaintiffs*

             s/ Kelly A. Bonner
             Kelly A. Bonner