UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: October 27, 2021

**HON. ROBERT B. KUGLER, U.S.D.J.**
**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:**    CAMILLE PEDANO

**TITLE OF CASE:**                    **DOCKET NO.:** 19-md-2875 (RBK)(KMW)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
FOR PLAINTIFFS**:**                              FOR DEFENDANTS:
Adam Slater, Esq.                                Seth Goldberg, Esq.
Conlee Whiteley, Esq.                            Steve Harkins, Esq.
Marlene Goldenberg, Esq.                         Victoria Lockard, Esq.
David Stanoch, Esq.
Paige Boldt, Esq.
David Rheingold, Esq. for Thomas Lloyd

**NATURE OF PROCEEDINGS**:    TELEPHONE STATUS CONFERENCE

**DISPOSITION:**
Telephone status conference held on the record.
Order to be entered.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced:  10:45a.m.    Time Adjourned: 10:55a.m.    Total Time in Court: 0:10