IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA), LOSARTAN, and IRBESARTAN PRODUCTS LIABILITY LITIGATION | Civil No. 19-2875 (RBK/JS) |

## CASE MANAGEMENT ORDER NO. 23 REVISED

Plaintiffs having requested to extend by seven days the deadlines relating to class certification set forth in Case Management Order No. 23 (ECF No. 863), and having conferred with the Hon. Robert B. Kugler concerning Plaintiffs' request, **IT IS HEREBY ORDERED** this 27th Day of October 2021, that Plaintiffs' request is **GRANTED.  IT IS FURTHER ORDERED THAT** the deadlines relating to class certification shall be as follows:

- **November 10, 2021 -** Deadline for plaintiffs to file motion(s) for class certification and serve their expert reports addressing class certification with dates the class certification experts are available to be deposed.

- **January 12, 2022 -** Deadline for defendants to serve their expert reports addressing class certification with dates the experts are available to be deposed.

- **February 10, 2022 -** Deadline to complete depositions of plaintiffs' class certification experts.

- **March 10, 2022 -** Deadline to complete depositions of defendants' class certification experts.

- **March 22, 2022 -** Deadline for defendants to file responses to class certification motions.

- **April 12, 2022 -** Deadline to file Daubert motions regarding class certification experts.

- **April 19, 2022 -** Deadline for plaintiffs to file replies to responses to class certification motions.

- **May 11, 2022 -** Deadline to file responses to <u>Daubert</u> motions regarding class certification experts.

- **May 25, 2022 -** Deadline to file replies to responses to <u>Daubert</u> motions regarding class certification experts.

All other deadlines set forth in Case Management Order No. 23 shall remain unaffected by this Order.

<u>s/ Thomas I. Vanaskie</u>
Hon. Thomas I. Vanaskie (Ret.)
Special Master
