# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875 (RBK/JS) |

## SPECIAL MASTER ORDER NO. 50

**IT IS HEREBY ORDERED** that, as stated on the record during the Case Management Conference dated October 27, 2021, Defendants' request to file a memorandum of law in connection with their motion to exclude the opinions of Stephen S. Hecht, Ph.D., of up to fifty (50) pages is **GRANTED.**

**IT IS FURTHER ORDERED** that the total number of pages for Defendants' memoranda of law in connection with their motions to exclude the opinions of Plaintiffs' proposed general causation experts shall not exceed two hundred (200) pages.

Dated: October 27, 2021

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master
