**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875 |
| THIS DOCUMENT RELATES TO: *Eugene Pate v. Zhejiang Huahai Pharmaceutical Co., et, al* (Case No. 1:20-cv-01248-RBK-JS) | HON. ROBERT B. KUGLER DISTRICT JUDGE |

**FIRST AMENDED NOTICE OF DEPOSITION OF BHAVIN R. DAVE, M.D.**

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order #20, filed November 17, 2020 - Document 632), Counsel for Plaintiff will take the oral deposition, stenographically of Dr. Bhavin R. Dave, on **October 29, 2021, at 4:00 p.m. E.S.T,** and continuing until completion. The deposition will take place at Wharton, Levin, Ehrmantraut & Klein, P.A., 300 Delaware Ave., Suite 1110, Wilmington, DE 19801, and via Zoom video conference. Additional counsel who wish to attend remotely will have the option to do so using audio visual conference technology and should contact Veritext at valsartan@veritext.com to arrange for login credentials to be sent to them prior to the deposition. This deposition will be taken before a notary public or some other officer authorized to administer oaths. Additionally, in accordance with paragraph B(1) of C.M.O 20 (Dkt. 632), notice is hereby given that the undersigned will be the lead questioning attorney during the deposition. The attorney contact for the deposition is:

Paige N. Boldt
WATTS GUERRA LLC
5726 West Hausman Rd. Ste. 119
San Antonio, TX 78249
(210) 448-0500
pboldt@wattsguerra.com

Date: October 28, 2021                    Respectfully submitted,

/s/ Paige N. Boldt
Paige N. Boldt
WATTS GUERRA LLC
5726 West Hausman Rd. Ste. 119
San Antonio, TX 78249
Telephone: (210) 448-0500
E-Mail: pboldt@wattsguerra.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October 2021, I caused a true and correct copy of the foregoing Notice of Videotaped Deposition of Dr. Bhavin R. Dave to be served upon counsel of record. I further certify that a copy of the foregoing was served on Defendant's counsel by e-mail on October 28, 2021.

This 28th day of October 2021.        */s/ Paige N. Boldt*
                                       *Attorney for Plaintiff*

# Exhibit A

# Documents to be Produced

You shall bring to the deposition the following documents that are in your possession, control or custody:

1. A current version of your CV/resume.
2. A list of all of your publications.
3. Any and all correspondence between you and any defendant in this MDL.