# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| | Honorable Robert B. Kugler, District Court Judge |
| **This Document Relates to All Actions** | |

## MANUFACTURER DEFENDANTS' NOTICE OF MOTION TO ADOPT IN PART AND OBJECTIONS IN PART TO SPECIAL MASTER'S REPORT ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND MASTER COMPLAINTS AND SPECIAL MASTER ORDER NO. 46 PURSUANT TO FED. R. CIV. P. 53(f)

**PLEASE TAKE NOTICE** that on December 6, 2021, or as soon as counsel may be heard, the undersigned Defense Executive Committee counsel, on behalf of all Manufacturer Defendants named in the operative Master Personal Injury Complaint [ECF No. 122], the operative Consolidated Second Amended Economic Loss Class Action Complaint [ECF No. 398], and the operative Consolidated Amended Medical Monitoring Class Action Complaint [ECF No. 123] shall move for the entry of an Order adopting in part and rejecting in part the Special Master's Report on Plaintiffs' Motion for Leave to Amend Master Complaints [ECF No. 1614] (the "Report") and Special Master Order No. 46 [ECF No. 1615] (the "Order"). In this motion, the undersigned Manufacturer Defendants respectfully

move this Court to adopt Paragraphs 1 through 11 of the Order, each of which is consistent with this Court's prior rulings, and object in part to and move that the Court not adopt those portions of the Report and Order granting Plaintiffs leave to amend to pursue economic loss and medical monitoring claims "under the laws of all fifty states, the District of Columbia, and Puerto Rico," including claims "based upon the laws of the jurisdictions where a named Plaintiff neither resided nor was injured." Report at 8; *see also* Order ¶¶ 12-13 (granting Motion to Amend to the extent not otherwise denied).

**PLEASE TAKE FURTHER NOTICE** that in support of their motion and objections, the undersigned Manufacturer Defendants shall rely upon the Memorandum of Law in Support submitted herewith, and any reply submissions made hereafter; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested, pursuant to Fed. R. Civ. P. 53(f)(1), if this motion is opposed.

Dated: October 29, 2021                    Respectfully submitted,

By: */s/ Lori G. Cohen*
    Lori G. Cohen, Esq.
    *Lead Counsel for Defendants*

    GREENBERG TRAURIG, LLP
    Lori G. Cohen, *Lead Counsel for*

*Defendants*
Victoria D. Lockard
Steven M. Harkins
Terminus 200
3333 Piedmont Rd., NE,
Suite 2500
Atlanta, Georgia 30305
Tel: (678) 553-2385
Fax: (678) 553-2386
cohenl@gtlaw.com
lockardv@gtlaw.com
harkinss@gtlaw.com

Gregory E. Ostfeld
77 West Wacker Drive,
Suite 3100
Chicago, Illinois 60601
Tel: (312) 476-5056
ostfeldg@gtlaw.com

Brian H. Rubenstein
1717 Arch Street
Suite 400
Philadelphia, Pennsylvania
Tel: (215) 988-7864
Fax: (214) 689-4419
rubensteinb@gtlaw.com

Liza M. Walsh
Christine I. Gannon
William T. Walsh, Jr.
WALSH PIZZI O'REILLY
FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
LWalsh@walsh.law
CGannon@walsh.law
Wwalsh@walsh.law

*Attorneys for Teva*
*Pharmaceuticals USA, Inc.,*

*Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

DUANE MORRIS LLP
Seth A. Goldberg, *Lead Counsel and Liaison Counsel for Defendants*
Jessica Priselac
30 South 17th Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com
JPriselac@duanemorris.com

*Attorneys for Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*

PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
Clem C. Trischler
Jason M. Reefer
38th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219
Tel: (412) 263-2000
Fax: (412) 263-2001
CCT@pietragallo.com

*Attorneys for Mylan Laboratories, Ltd. and Mylan Pharmaceuticals, Inc.*

KIRKLAND & ELLIS LLP
Devora W. Allon
Alexia R. Brancato
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com
alexia.brancato@kirkland.com

*Attorneys for Torrent*
*Pharmaceuticals Ltd.*

LEWIS BRISBOIS BISGAARD &
SMITH LLP
Walter H. Swayze, III
Megan E. Grossman
550 E. Swedesford Road, Suite 270,
Wayne, Pennsylvania 19087
Tel: (215) 977-4100
Fax: (215) 977-4101
Pete.Swayze@lewisbrisbois.com
Megan.Grossman@lewisbrisbois.com

*Attorneys for Camber*
*Pharmaceuticals, Inc.*

HILL WALLACK LLP
Eric I. Abraham
Nakul Y. Shah
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
Tel.: (609) 734-6358
Fax: (609) 452-1888
eabraham@hillwallack.com
nshah@hillwallack.com

*Attorneys for Hetero Drugs,*
*Ltd. and Hetero Labs Ltd.*

5

HARDIN KUNDLA MCKEON & POLETTO
Janet L. Poletto, Esq.
Robert E. Blanton, Jr., Esq.
673 Morris Ave.
Springfield, NJ 07081
Tel. (973) 912-5222
Fax (973) 912-9212
jpoletto@hkmpp.com
rblanton@hkmpp.com

*Attorneys for Hetero USA Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 29, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Gerond J. Lawrence*
Gerond J. Lawrence,
Greenberg Traurig, LLP