**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to All Actions | No. 1:19-md-2875-RBJ<br>Honorable Robert B. Kugler<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court upon the Manufacturer Defendants' Motion to Adopt in Part and Objections in Part to Special Master's Report on Plaintiffs' Motion for Leave to Amend Master Complaints and Special Master Order No. 46 Pursuant to Fed. R. Civ. P. 53(f) (the "Motion and Objections"), and the papers submitted by Plaintiffs in opposition, if any, and the Court having heard oral argument, if any, and the Court having considered the matter and good cause having been shown, IT IS HEREBY **ORDERED** that the Manufacturer Defendants' Motion and Objections are **GRANTED**. The Court adopts paragraphs 1 through 11 of Special Master Order No. 46, but does not adopt the Special Master's Report on Plaintiffs' Motion for Leave to Amend Master Complaints or Special Master Order No. 46 to the extent they recommended granting Plaintiffs leave to amend to pursue economic loss and medical monitoring claims "under the laws of all fifty states, the District of Columbia, and Puerto Rico," including claims "based upon the laws of the jurisdictions where a named Plaintiff neither resided nor was

injured." The Court denies Plaintiffs leave to amend to pursue claims based upon the laws of the jurisdictions where a named Plaintiff neither resided nor was injured based on the Court's ruling in MTD Opinion 2 and MTD Order 2 that Plaintiffs lack standing to assert such claims.

This _____ day of _____, 2021.

_____
Robert B. Kugler
United States District Judge