IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875 (RBK/JS) |

## SPECIAL MASTER ORDER NO. 51 WITH RECOMMENDATIONS

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Special Master Order No. 46, among other things, required that, by October 28, 2021, Plaintiffs "show cause why the claims asserted against Humana Pharmacy, Inc., Arrow Pharma Malta, Torrent Pharmaceuticals, and Torrent Pharma in the economic loss master complaint and the claims asserted against Albertson's, LLC, Humana Pharmacy, Inc., the Kroger Co., OptumRx, Arrow Pharma Malta, Torrent Pharmaceuticals, and Torrent Pharma in the medical monitoring master complaint should not be dismissed with prejudice." (ECF No. 1615.) Plaintiffs timely complied with this directive, stating that they had conferred with counsel for Torrent Pharmaceuticals, Ltd., and Torrent Pharma, Inc., and had reached agreement that the two Torrent entities should not be dismissed from the Master Economic Loss Complaint. (*See* ECF No. 1687.) Plaintiffs also represented that they would be omitting any Torrent entity from the forthcoming Amended Master Medical Monitoring Complaint. Plaintiffs did not present any argument as to why Humana Pharmacy, Inc. and Arrow Pharma Malta should not be dismissed with prejudice from the Economic Loss Master Complaint. Nor did Plaintiffs present any argument as to why the medical monitoring claims against Albertson's, LLC, Humana

1

Pharmacy, Inc., the Kroger Co., OptumRx, and Arrow Pharma Malta should not be dismissed with prejudice.

**ACCORDINGLY, IT IS HEREBY ORDERED** the Rule to Show Cause issued as part of Special Master Order No. 46 (ECF No. 1615) is **DISCHARGED,** and **IT IS RESPECTFULLY RECOMMENDED** that the medical monitoring claims against Torrent Pharmaceuticals, Ltd., Torrent Pharma, Inc. Albertson's, LLC, Humana Pharmacy, Inc., the Kroger Co., OptumRx, and Arrow Pharma Malta be dismissed with prejudice. **IT IS FURTHER RECOMMENDED** that the economic loss claims against Humana Pharmacy, Inc. and Arrow Pharma Malta be dismissed with prejudice.

Dated: October 29, 2021

s/ Thomas I. Vanaskie  
Hon. Thomas I. Vanaskie (Ret.)  
Special Master