# EXHIBIT 2

## Exhibit 2: States & Territories Where PELMC Claims Fail

| States & territories where a Named Plaintiff does not reside and has not been injured | States & territories where there are no allegations identifying any Wholesaler – either named or "John Doe" – or any Wholesaler conduct | States & territories where the only Wholesaler conduct identified is conduct by "John Doe" Wholesalers | States & territories where there are no allegations by any Named Plaintiff in that state tracing an alleged injury-in-fact to conduct by these certain Wholesalers: | | |
|---|---|---|---|---|---|
| | | | ABC | Cardinal Health | McKesson |
| Alaska | Alaska | Alabama | Alabama | Alabama | Alabama |
| Arizona | Arizona | Arkansas | Alaska | Alaska | Alaska |
| Colorado | Colorado | California | Arizona | Arizona | Arizona |
| Delaware | Delaware | Connecticut | Arkansas | Arkansas | Arkansas |
| D.C. | D.C. | Florida | California | California | California |
| Hawaii | Hawaii | Illinois | Colorado | Colorado | Colorado |
| Idaho | Idaho | Kentucky | Connecticut | Connecticut | Connecticut |
| Iowa | Iowa | Maine | Delaware | Delaware | Delaware |
| Maryland | Kansas | Minnesota | D.C. | D.C. | D.C. |
| Michigan | Maryland | New Jersey | Florida | Florida | Florida |
| Missouri | Michigan | | Hawaii | Georgia | Georgia |
| Montana | Mississippi | | Idaho | Hawaii | Hawaii |
| Nebraska | Missouri | | Illinois | Idaho | Idaho |
| Nevada | Montana | | Indiana | Illinois | Illinois |
| New Hampshire | Nebraska | | Iowa | Iowa | Iowa |
| North Dakota | Nevada | | Kansas | Kansas | Kansas |
| Oklahoma | New Hampshire | | Kentucky | Kentucky | Kentucky |
| Oregon | North Carolina | | Louisiana | Louisiana | Maine |
| Puerto Rico | North Dakota | | Maine | Maine | Maryland |
| Rhode Island | Oklahoma | | Maryland | Maryland | Michigan |
| South Carolina | Oregon | | Massachusetts | Massachusetts | Minnesota |
| South Dakota | Puerto Rico | | Michigan | Michigan | Mississippi |
| Tennessee | Rhode Island | | Minnesota | Minnesota | Missouri |
| Utah | South Carolina | | Mississippi | Mississippi | Montana |
| Vermont | South Dakota | | Missouri | Missouri | Nebraska |
| Washington | Tennessee | | Montana | Montana | Nevada |
| West Virginia | Utah | | Nebraska | Nebraska | New Hampshire |
| Wisconsin | Vermont | | Nevada | Nevada | New Jersey |
| Wyoming | Washington | | New Hampshire | New Hampshire | New Mexico |
| | West Virginia | | New Jersey | New Jersey | North Carolina |
| | Wisconsin | | North Carolina | New Mexico | North Dakota |
| | Wyoming | | North Dakota | North Carolina | Oklahoma |
| | | | Ohio | North Dakota | |
| | | | Oklahoma | Ohio | |

## Exhibit 2: States & Territories Where PELMC Claims Fail

|  |  |  | | | |
|---|---|---|---|---|---|
|  |  |  | Oregon<br>Pennsylvania<br>Puerto Rico<br>Rhode Island<br>South Carolina<br>South Dakota<br>Tennessee<br>Utah<br>Vermont<br>Washington<br>West Virginia<br>Wisconsin<br>Wyoming | Oklahoma<br>Oregon<br>Pennsylvania<br>Puerto Rico<br>Rhode Island<br>South Carolina<br>South Dakota<br>Tennessee<br>Texas<br>Utah<br>Vermont<br>Washington<br>West Virginia<br>Wisconsin<br>Wyoming | Oregon<br>Puerto Rico<br>Rhode Island<br>South Carolina<br>South Dakota<br>Tennessee<br>Utah<br>Vermont<br>Washington<br>West Virginia<br>Wisconsin<br>Wyoming |