# EXHIBIT 3

**Exhibit 3: States & Territories Where PMMMC Claims Fail**

| States & territories where a Named Plaintiff does not reside and has not been injured | States & territories where there are no allegations identifying any Wholesaler – either named or "John Doe" – or any Wholesaler conduct | States & territories where the only Wholesaler conduct identified is conduct by "John Doe" Wholesalers | States & territories where there are no allegations by any Named Plaintiff in that state tracing an alleged injury-in-fact to conduct by these certain Wholesalers: | | |
|---|---|---|---|---|---|
| | | | ABC | Cardinal Health | McKesson |
| Alabama | Alabama | Arkansas | Alabama | Alabama | Alabama |
| Alaska | Alaska | Pennsylvania | Alaska | Alaska | Alaska |
| Arizona | Arizona | Texas | Arizona | Arizona | Arizona |
| Connecticut | Colorado | | Arkansas | Arkansas | Arkansas |
| Delaware | Connecticut | | Colorado | California | Colorado |
| D.C. | Delaware | | Connecticut | Colorado | Connecticut |
| Georgia | D.C. | | Delaware | Connecticut | Delaware |
| Hawaii | Georgia | | D.C. | Delaware | D.C. |
| Idaho | Hawaii | | Florida | D.C. | Georgia |
| Indiana | Idaho | | Georgia | Florida | Hawaii |
| Iowa | Indiana | | Hawaii | Georgia | Idaho |
| Kentucky | Iowa | | Idaho | Hawaii | Indiana |
| Louisiana | Kentucky | | Illinois | Idaho | Iowa |
| Maine | Louisiana | | Indiana | Illinois | Kansas |
| Massachusetts | Maine | | Iowa | Indiana | Kentucky |
| Michigan | Massachusetts | | Kansas | Iowa | Louisiana |
| Minnesota | Michigan | | Kentucky | Kentucky | Maine |
| Mississippi | Minnesota | | Louisiana | Louisiana | Maryland |
| Missouri | Mississippi | | Maine | Maine | Massachusetts |
| Montana | Missouri | | Maryland | Massachusetts | Michigan |
| Nebraska | Montana | | Massachusetts | Michigan | Minnesota |
| Nevada | Nebraska | | Michigan | Minnesota | Mississippi |
| New Hampshire | Nevada | | Minnesota | Mississippi | Missouri |
| New Mexico | New Hampshire | | Mississippi | Missouri | Montana |
| New York | New Mexico | | Missouri | Montana | Nebraska |
| North Carolina | New York | | Montana | Nebraska | Nevada |
| North Dakota | North Carolina | | Nebraska | Nevada | New Hampshire |
| Ohio | North Dakota | | Nevada | New Hampshire | New Mexico |
| Oklahoma | Ohio | | New Hampshire | New Mexico | New York |
| Oregon | Oklahoma | | New Jersey | New York | North Carolina |
| Puerto Rico | Oregon | | New Mexico | North Carolina | North Dakota |
| | Puerto Rico | | New York | North Dakota | |
| | Rhode Island | | North Carolina | Ohio | |

**Exhibit 3: States & Territories Where PMMMC Claims Fail**

| | | | | | |
|---|---|---|---|---|---|
| Rhode Island<br>South Carolina<br>South Dakota<br>Tennessee<br>Utah<br>Vermont<br>Virginia<br>Washington<br>Wisconsin<br>Wyoming | South Carolina<br>South Dakota<br>Tennessee<br>Utah<br>Vermont<br>Virginia<br>Washington<br>Wisconsin<br>Wyoming | | North Dakota<br>Ohio<br>Oklahoma<br>Oregon<br>Pennsylvania<br>Puerto Rico<br>Rhode Island<br>South Carolina<br>South Dakota<br>Tennessee<br>Texas<br>Utah<br>Vermont<br>Virginia<br>Washington<br>West Virginia<br>Wisconsin<br>Wyoming | Oklahoma<br>Oregon<br>Pennsylvania<br>Puerto Rico<br>Rhode Island<br>South Carolina<br>South Dakota<br>Tennessee<br>Texas<br>Utah<br>Vermont<br>Virginia<br>Washington<br>West Virginia<br>Wisconsin<br>Wyoming | Ohio<br>Oklahoma<br>Oregon<br>Pennsylvania<br>Puerto Rico<br>Rhode Island<br>South Carolina<br>South Dakota<br>Tennessee<br>Texas<br>Utah<br>Vermont<br>Virginia<br>Washington<br>Wisconsin<br>Wyoming |