# EXHIBIT 4

**Exhibit 4: PELMC Wholesaler Allegations Analysis**

| State: | Named Plaintiff(s) Who Reside/Were Injured in This State: | Named Plaintiffs Identify These Wholesalers: | Named Plaintiffs Purportedly Establish Traceability to These Wholesalers: |
|---|---|---|---|
| **Alabama** | Lamy, Asha<br><br>Kelly, Sandra | John Doe<br><br>John Doe | None |
| **Alaska** | None | None | None |
| **Arizona** | None | None | None |
| **Arkansas** | Rice, Evelyn | John Doe | None |
| **California** | Meader, Jay<br><br>Hays, Mark<br><br>Johnston, Charlie<br><br>Andre, Merilyn | John Doe<br><br>John Doe<br><br>John Doe<br><br>John Doe | None |
| **Colorado** | None | None | None |
| **Connecticut** | O'Brien, Peter | John Doe | None |
| **Delaware** | None | None | None |
| **District of Columbia** | None | None | None |
| **Florida** | Molinaro, Ron<br><br>Deutenberg, Estate of Elenora | None<br><br>John Doe | None |
| **Georgia** | Powell, Lubertha<br><br>Edwards, Lawrence | AmerisourceBergen<br><br>John Doe | AmerisourceBergen |
| **Hawaii** | None | None | None |
| **Idaho** | None | None | None |

- 1 -

## Exhibit 4: PELMC Wholesaler Allegations Analysis

| | | | |
|---|---|---|---|
| **Illinois** | Anderson, Marlin | John Doe | None |
| | Fatigato, Georgia | John Doe | |
| **Indiana** | Gildner, Leland | Cardinal | Cardinal, McKesson |
| | Wineinger, Brian | McKesson | |
| | Wolfe, Raleigh | John Doe | |
| **Iowa** | None | None | None |
| **Kansas** | Kessinger, Joseph | None | None |
| **Kentucky** | Cooper, Glenda | John Doe | None |
| **Louisiana** | Bell, Sandy | None | McKesson |
| | Neal, Talsie | McKesson | |
| **Maine** | Crocker, Linda | John Doe | None |
| **Maryland** | None | None | None |
| **Massachusetts** | Longwell, Veronica | McKesson | McKesson |
| **Michigan** | None | None | None |
| **Minnesota** | Johnson, Jennifer | John Doe | None |
| **Mississippi** | McGilvery, Flora | None | None |
| **Missouri** | None | None | None |
| **Montana** | None | None | None |
| **Nebraska** | None | None | None |
| **Nevada** | None | None | None |
| **New Hampshire** | None | None | None |

### Exhibit 4: PELMC Wholesaler Allegations Analysis

| | | | |
|---|---|---|---|
| **New Jersey** | Glab, Marzanna | John Doe | None |
| | Sims, Antoinette | John Doe | |
| | Lawson, James | John Doe | |
| | Childs, James | John Doe | |
| | Shetty, Radhakrishna | John Doe | |
| **New Mexico** | Bruner, Billy Joe | AmerisourceBergen | AmerisourceBergen |
| **New York** | Borkowski, Alphonse | McKesson | McKesson, AmerisourceBergen, Cardinal |
| | Cacaccio, Joseph | McKesson | |
| | Duffy, John | AmerisourceBergen | |
| | Nelson, Gerald | McKesson, Cardinal | |
| **North Carolina** | Burnett, Gary | None | None |
| | Dudley, Miranda | None | |
| **North Dakota** | None | None | None |
| **Ohio** | Kaplan, Dennis | McKesson | McKesson |
| **Oklahoma** | None | None | None |
| **Oregon** | None | None | None |
| **Pennsylvania** | Semmel, Lawrence | McKesson | McKesson |
| **Puerto Rico** | None | None | None |
| **Rhode Island** | None | None | None |
| **South Carolina** | None | None | None |
| **South Dakota** | None | None | None |
| **Tennessee** | None | None | None |

- 3 -

## Exhibit 4: PELMC Wholesaler Allegations Analysis

| | | | |
|---|---|---|---|
| **Texas** | Erwin, Eric | AmerisourceBergen | AmerisourceBergen, McKesson |
| | Lee, Jynona Gail | McKesson | |
| | Means, Brittney | John Doe | |
| | Cisneros, Samuel | John Doe | |
| **Utah** | None | None | None |
| **Vermont** | None | None | None |
| **Virginia** | Mullins, Cheryl | McKesson, AmerisourceBergen, Cardinal | McKesson, AmerisourceBergen, Cardinal |
| | Roberts, Robin | AmerisourceBergen | |
| | McLean, Mary | John Doe | |
| **Washington** | None | None | None |
| **West Virginia** | None | None | None |
| **Wisconsin** | None | None | None |
| **Wyoming** | None | None | None |