# EXHIBIT 5

## Exhibit 5: PMMMC Wholesaler Allegations Analysis

| State: | Named Plaintiff(s) Who Reside/Were Injured in This State: | Named Plaintiffs Identify These Wholesalers: | Named Plaintiffs Purportedly Establish Traceability to These Wholesalers: |
|---|---|---|---|
| **Alabama** | None | None | None |
| **Alaska** | None | None | None |
| **Arizona** | None | None | None |
| **Arkansas** | Bell, Josephine | John Doe | None |
| **California** | Judson, John<br><br>Hamel, Jo Ann | McKesson, AmerisourceBergen<br><br>John Doe | McKesson, AmerisourceBergen |
| **Colorado** | Martinez, Anthony | None | None |
| **Connecticut** | None | None | None |
| **Delaware** | None | None | None |
| **District of Columbia** | None | None | None |
| **Florida** | Zehr, Sarah | McKesson | McKesson |
| **Georgia** | None | None | None |
| **Hawaii** | None | None | None |
| **Idaho** | None | None | None |
| **Illinois** | Kruk, Robert<br><br>Rives, Michael<br><br>Berkson, Kenneth | McKesson<br><br>None<br><br>John Doe | McKesson |
| **Indiana** | None | None | None |
| **Iowa** | None | None | None |
| **Kansas** | O'Neill, Richard | Cardinal | Cardinal |

## Exhibit 5: PMMMC Wholesaler Allegations Analysis

| | | | |
|---|---|---|---|
| **Kentucky** | None | None | None |
| **Louisiana** | None | None | None |
| **Maine** | None | None | None |
| **Maryland** | Fields, Robert<br><br>Daring, Celestine<br><br>Butler, Roland | None<br><br>Cardinal<br><br>John Doe | Cardinal |
| **Massachusetts** | None | None | None |
| **Michigan** | None | None | None |
| **Minnesota** | None | None | None |
| **Mississippi** | None | None | None |
| **Missouri** | None | None | None |
| **Montana** | None | None | None |
| **Nebraska** | None | None | None |
| **Nevada** | None | None | None |
| **New Hampshire** | None | None | None |
| **New Jersey** | Silberman, Paulette | Cardinal, McKesson | Cardinal, McKesson |
| **New Mexico** | None | None | None |
| **New York** | None | None | None |
| **North Carolina** | None | None | None |
| **North Dakota** | None | None | None |
| **Ohio** | None | None | None |
| **Oklahoma** | None | None | None |
| **Oregon** | None | None | None |

## Exhibit 5: PMMMC Wholesaler Allegations Analysis

| | | | |
|---|---|---|---|
| **Pennsylvania** | Rodich-Annese, Valerie | John Doe | None |
| **Puerto Rico** | None | None | None |
| **Rhode Island** | None | None | None |
| **South Carolina** | None | None | None |
| **South Dakota** | None | None | None |
| **Tennessee** | None | None | None |
| **Texas** | Cotton, Sylvia | John Doe | None |
| **Utah** | None | None | None |
| **Vermont** | None | None | None |
| **Virginia** | None | None | None |
| **Washington** | None | None | None |
| **West Virginia** | Tasker, Roger<br><br>Tasker, Judy | McKesson<br><br>McKesson | McKesson |
| **Wisconsin** | None | None | None |
| **Wyoming** | None | None | None |