UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Rita Crawford v. Mylan Lab. Ltd., et al.*<br><br>Case No. 1:20-cv-00763-RBK-JS | § § § § § § § § § § | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |

## AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF AMR MOHAMED, M.D.

**PLEASE TAKE NOTICE** that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order #20, filed November 17, 2020 - Document 632), Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc., will take the deposition upon oral examination of Amr Mohamed, M.D., on **November 23, 2021 at 8:00 a.m. ET**, and continuing until completion via remote deposition while the witness is at his home or office or other location agreed to by the parties. Counsel who wish to attend remotely will have the option to do so using audio-visual conference technology and should contact Golkow Technologies at **scheduling@golkow.com** to arrange for login credentials to be sent to them prior to the deposition. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The court reporter and videographer will be an employee or agent of Golkow Technologies.

The attorney contact for the deposition is:

Alyson Walker Lotman
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA  19103
215-979-1177
alotman@duanemorris.com

November 1, 2021                              Respectfully submitted,


*/s/ Alyson Walker Lotman*
Alyson Walker Lotman

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
Tel:  215-979-1177
Fax: 215-689-4961

alotman@duanemorris.com

*Attorney for Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2021, I caused a true and correct copy of the foregoing Notice of Videotaped Deposition of Amr Mohamed, M.D. to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was originally served on the following Plaintiff's counsel by e-mail, with copies by e-mail to Counsel for Defendants:

Marlene Goldenberg, Esq. (counsel for Plaintiff Rita Crawford)

Adam Slater, Esq. (via email, for distribution to Plaintiffs' Counsel)

Ruben Honik, Esq. (via email)

David Stanoch, Esq. (via email)

Conlee Whiteley, Esq. (via email)

Jessica Priselac, Esq. (via email, for distribution to Defendants' Counsel)

Seth A. Goldberg, Esq. (via email)

Clem C. Trischler, Esq. (via email)

Sarah E. Johnston, Esq. (via email)

Golkow Technologies (via email)

/s/ Alyson Walker Lotman
Alyson Walker Lotman

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
Tel: 215-979-1177
Fax: 215-689-4961

alotman@duanemorris.com

*Attorney for Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Prinston Pharmaceutical Inc.*