# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of November, 2021, I caused a true and correct copy of the forgoing Motion to Preclude Opinions of Defense Expert Lee-Jen Wei, Ph.D., including Notice of Motion, (Redacted) Brief in Support of Motion, Certification of Daniel Nigh in support thereof, and attached Exhibits 1-17 to be filed and served on all counsel of record via the Court's CM/ECF filing system. Un-redacted versions of the brief and certain exhibits will be forwarded directly via email to the Court along with members of the PEC and DEC in accordance with the Court's Confidentiality and Protective Order.

Dated: November 1, 2021

/s/*Daniel A Nigh*
Daniel A. Nigh
**Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7013
Fax: (850) 436-6013
Email: dnigh@levinlaw.com

*Attorneys for Plaintiff*