# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2875<br><br>HON. ROBERT B. KUGLER<br>CIVIL NO. 19-2875 (RBK)(KMW) |

## CERTIFICATION OF JOHN R. DAVIS IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF JOHN M. FLACK, M.D.

I John R. Davis, certify as follows:

1. My name is John R. Davis. I am an attorney at law in Austin, Texas, and a partner with the law firm of Slack Davis Sanger, LLP, and serve as Court-appointed Plaintiffs' Executive Committee ("PEC") counsel. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' Motion to Exclude Testimony of John M. Flack, M.D.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Dr. Flack's expert report in this case, as marked and used at Dr. Flack's September 28, 2021 deposition.

3. Attached hereto as **Exhibit 2** to the Motion is a true and correct copy of certain excerpts of Dr. Flack's September 28, 2021 deposition in this matter.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Ferrario, Flack *et al.*, *Individualizing hypertension treatment with impedance cardiography: a meta-analysis*

1

*of published trials*, J. THERAPEUTIC ADVANCES IN CARDIOVASCULAR DISEASES, 4(1) 5-16 (2010), as marked and used at Dr. Flack's September 28, 2021 deposition.

5. Attached hereto as **Exhibit 4** to the Motion is a true and correct copy of the following unpublished case opinion as downloaded from Westlaw: *Daniels-Feasel v. Forest Pharm., Inc.*, No. 17cv4188, 2021 WL 4037820 (S.D.N.Y. Sept. 3, 2021).

6. Attached hereto as **Exhibit 5** to the Motion is a true and correct copy of the following unpublished case opinion as downloaded from Westlaw: *In re Zimmer Nexgen Knee Implant Prods. Liab. Litig.*, No. 11cv5468, 2015 WL 5050214 (N.D. Ill. Aug. 25, 2015).

Executed this __1st__ day of November, 2021.

/s/ John R. Davis
SLACK DAVIS SANGER, LLP
6001 Bold Ruler Way, Suite 100
Austin, TX 78746
Tel.: 512-795-8686
Fax: 512-795-8787
jdavis@slackdavis.com