

# Lhasa Carcinogenicity Database Report

| | Report Date | Software Version | Database Version |
|---|---|---|---|
| | 01 October 2021 16:35:18 | 2.0.1 | 2021.1 |

## Nitrosodimethylamine

### Summary

| Species | Lhasa $TD_{50}$ (mg/kg/day) | Gold $TD_{50}$ (mg/kg/day) | Result | Sex | Tumour Sites |
|---|---|---|---|---|---|
| Mouse | - | 0.189 | Positive | Female | Brain- forebrain, Lung |
| | | | Positive | Male | Brain- forebrain, Liver |
| | | | No Data | Unspecified | - |
| Rat | 0.177 | 0.0959 | Positive | Female | Liver |
| | | | Positive | Male | Kidney, Liver, Lung, Testes |
| | | | No Data | Unspecified | - |
| Rhesus monkey | - | - | No Data | Female | - |
| | | | No Data | Male | - |
| | | | Not specified | Unspecified | - |

https://carcdb.lhasalimited.org/study-information/44605816 Page 1 of 28

## Chemical Structure

| | |
|---|---|
| Chemical Name | Nitrosodimethylamine |
| Synonym(s) | N-Methyl-N-nitrosomethanamine; Dimethylnitrosamine; N-Nitrosodimethylamine; Dimethylnitrosoamine; Dimethylnitrosoamide; N-Nitroso-N,N-dimethylamine |
| CAS Registry Number* | 62-75-9 |
| Chemistry Unique Identifier | 62-75-9 |
| Molecular Weight | 74.08 |
| Molecular Formula | C2H6N2O |
| SMILES | CN(N=O)C |
| InChI | InChI=1/C2H6N2O/c1-4(2)3-5/h1-2H3 |

 

# Lhasa Carcinogenicity Database Report

| Report Date | Software Version | Database Version |
|---|---|---|
| 01 October 2021 16:36:19 | 2.0.1 | 2021.1 |

## Nitrosodiethylamine

### Summary

| Species | Lhasa $TD_{50}$ (mg/kg/day) | Gold $TD_{50}$ (mg/kg/day) | Result | Sex | Tumour Sites |
|---|---|---|---|---|---|
| Bush baby | - | 0.0122 | No Data | Female | - |
| | | | No Data | Male | - |
| | | | Positive | Unspecified | Nasal cavity- mucosa |
| Cynomolgus monkey | 0.229 | 0.00725 | No Data | Female | - |
| | | | No Data | Male | - |
| | | | Positive | Unspecified | Liver |
| Rat | 0.0177 | 0.0265 | Positive | Female | Forestomach, Liver, Multiple sites, Oesophagus, Tongue |
| | | | Positive | Male | Gastrointestinal tract, Liver, Multiple sites, Oesophagus, Urinary tract |
| | | | No Data | Unspecified | - |
| Rhesus monkey | 0.0026 | 0.0536 | No Data | Female | - |
| | | | No Data | Male | - |

|  |  | Positive | Unspecified | Liver |
|---|---|---|---|---|
|  |  |  |  |  |

## Chemical Structure

| Chemical Name | Nitrosodiethylamine |
|---|---|
| Synonym(s) | Diethylnitrosamine; N-Nitroso-N,N-diethylamine; Diethylnitrosoamide; N-Nitrosodiethylamine; N-Ethyl-N-nitrosoethanamine |
| CAS Registry Number* | 55-18-5 |
| Chemistry Unique Identifier | 55-18-5 |
| Molecular Weight | 102.14 |
| Molecular Formula | C4H10N2O |
| SMILES | CCN(N=O)CC |
| InChI | InChI=1/C4H10N2O/c1-3-6(4-2)5-7/h3-4H2,1-2H3 |