# Exhibit J

Defendants' thirty days to designate Exhibit J as confidential has not elapsed. In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibit to the Court directly via email for its in camera review.