Joint MHLW/PMDA-USP Workshop "Role of Quality in Pharmaceuticals"

Session 4  Impurities: Mutagenic impurities and more

# Control of nitrosamine impurities in sartan drugs

Office of Generic Drugs, PMDA
Masahiro Uchino

# Disclaimer

Views expressed in this presentation are solely of the speaker and do not necessarily represent those of the PMDA.

# Nitrosamines

Nitrosamines are classified as probable or possible human carcinogens and referred to as "cohort of concern" compounds in the ICH M7 (R1) guideline.

## Examples of nitrosamines



*N*-Nitrosodimethylamine
(NDMA)

*N*-Nitrosodiethylamine
(NDEA)

*N*-Nitrosodibutylamine
(NDBA)

*N*-Nitrosomethylphenylamine
(NMPA)

*N*-Nitrosodiisopropylamine
(NDIPA)

*N*-Nitrosoisopropylethylamine
(NIPEA)

*N*-Nitroso-N-methyl-4-
aminobutyric Acid
(NMBA)

# Acceptable intake limits

The AI limit is a daily exposure to a nitrosamine impurity that approximates a 1:100,000 cancer risk after lifetime exposure.

The AI limits may be updated based on additional information.

| Nitrosamine | AI limit (µg/day) |
|---|---|
| NDMA | 0.0959 |
| NDEA | 0.0265 |
| NDBA | 0.0265 |
| NDIPA | 0.0265 |
| NIPEA | 0.0265 |
| NMBA | 0.0959 |

# Voluntary recalls in Japan

July 5, 2018
VALSARTAN Tablets 20 mg, 40 mg, 80 mg, 160 mg "AA"
- Containing valsartan API manufactured by Zhejiang Huahai Pharmaceuticals Co., Ltd.

February 7, 2019
AMVALO Combination Tablets "Pfizer"
- NDEA levels above the recommended AI limit and the detection of NDMA

September 26, 2019 -
RANITIDINE Tablets 75 mg, 150 mg (9 companies)
RANITIDINE Injection 50 mg, 100 mg (3 companies)
- The detection or possibility of the presence of NDMA

October 23, 2019
NIZATIDINE Capsules "OHARA"
- NDMA levels above the recommended AI limit

April 27, 2020
METGLUCO Tablets  250 mg, 500 mg
METFORMIN HYDROCHLORIDE Tablets  500 mg
MT "JG"
- NDMA levels above the recommended AI limit

September 16, 2020
METFORMIN HYDROCHLORIDE Tablets  500 mg
MT "TOWA" / "NICHIIKO"
- NDMA levels above the recommended AI limit

April 26, 2021
METFORMIN HYDROCHLORIDE Tablets  500 mg
MT "JG"
- NDMA levels above the recommended AI limit or possibility of the presence of NDMA

# Root causes

Formation of nitrosamines is possible in the presence of secondary or tertiary amines and nitrites under acidic conditions.

- API processing under the presence of secondary or tertiary amines and nitrites (e.g., sartans).

- Some drug products may degrade during storage, resulting in the formation of nitrosamines (e.g., ranitidine?) .

- Excipients or container-closure system may contain amines and potential sources of nitrosating agent (e.g., metformin?) .

# Formation of nitrosamines in sartan drugs



| Amine source | NOx source | Nitrosamine |
|---|---|---|
| *N,N*-dimethylformamide (DMF) | | NDMA |
| *N*-methylpyrrolidone (NMP) | | NMBA |
| Triethylamine (TEA) | Sodium nitrite (NaNO$_2$) | NDEA |
| Diisopropylethylamine (DIPEA) | | NDIPA |
| | | NIPEA |
| Tetrabutylammonium bromide (TBAB) | | NDBA |

# Risk assessment in sartan drugs

## 1. Sources of secondary and tertiary amines

- If the reactions are performed at high temperatures in solvents with high boiling points (e.g., DMF, NMP) to speed up reactions, these amid solvents can degrade into secondary amines.

  ➡ React with nitrous acid to form nitrosamines (e.g., NDMA, NMBA).

- Tertiary amines (e.g., TEA, DIPEA) and quaternary ammonium salts (e.g., TBAB) used as reagents may contain secondary and tertiary amines.

  ➡ React with nitrous acid to form nitrosamines (e.g., NDEA, NDIPA/NIPEA, NDBA).

---

✓ Nitrosamine impurities vary depending on the raw materials used in the manufacturing process.
✓ In many cases, there is a risk of forming two or more nitrosamines.

# Risk assessment in sartan drugs (continued)

## 2. Presence of sodium nitrite

- Sodium nitrite is a known impurity in sodium azide, which is often used for synthesizing tetrazoles.

- An aqueous solution of sodium nitrite is used to quench residual azide, but sometimes omitted from reaction schemes and the process description in CTD module S.2.2.

- Nitrites used as reagents in one step (incl. starting materials) can carry over into subsequent steps, despite purification operations, and react with secondary or tertiary amines to generate nitrosamine impurities.

✓ The manufacturing processes of the starting materials should also be included in the risk assessment.

# Risk assessment in sartan drugs (continued)

## 3. Recovery of raw materials

- Nitrosamine impurities may be concentrated in the recovery of raw materials (e.g., solvents, reagents, and catalysts).

- Recovery of raw materials is often outsourced to third-party contractors.

### Case studies

- *O*-xylene and toluene were contaminated during recovery due to inadequate cleaning and to use of shared storage equipment between different customers.

- The catalyst tri-*N*-butyltin chloride was contaminated at a third-party contractor facility due to the combination of this catalyst from different customers.

# Analysis and control of nitrosamines in sartan drugs

- Manufacturers of APIs and drug products should use methods with limits of quantitation (LOQs) at or below 0.03 ppm.

- Given existing uncertainties regarding nitrosamine impurities and their presence in drugs, for at-risk APIs, testing of each batch on release should be conducted.

- If there is a risk of forming multiple nitrosamine impurities, total nitrosamine impurities should also be limited.

- Alternate approaches (e.g., upstream test of an intermediate) may be accepted based on sufficient process understanding.



Thank you for your attention.