# Exhibit P

**Documents marked Confidential**