# Exhibit Q

**Documents marked Restricted Confidential Information**