# EXHIBIT C

**VALSARTAN LITIGATION**
**REPORT OF MICHAEL BOTTORFF, Pharm. D.**

This report is offered pursuant to Rule 26 of the Federal Rules of Civil Procedure. Each

of the opinions I offer in this report is given to a reasonable degree of scientific certainty and is

based on the methods and procedures of science, my knowledge of recognized scientific

principles and methodology reasonably relied upon by members of my profession, the

materials and literature I have reviewed in connection with this litigation, as well as my

education, training, knowledge, and experience. Citations to specific reference material are

offered in this report, where I believe it necessary to cite a specific source. Otherwise, my

opinions are derived from a combination of reference sources, my own experience, and general

scientific knowledge. The facts and data set forth herein are the types of facts and data that I

and other experts in the fields of pharmacology and pharmacokinetics reasonably rely upon.

Each opinion in this report is offered to articulate a sufficiently reliable basis for my opinions

concerning this case. This report is not meant to be an exhaustive recitation of all of my

opinions in this case as I understand my opinions will be more fully explored at my deposition.[1]

## I.    CREDENTIALS AND EXPERIENCE

I am currently employed at the College of Pharmacy at Manchester University in Ft.

Wayne, Indiana as an adjunct professor, and at the University of Cincinnati in the same faculty

position. I have been employed by Manchester University since 2015, and hold the rank of Full

Professor. A copy of my current *curriculum vitae* detailing my education, academic and

---

[1] This report contains my opinions regarding general causation only. This report is not intended to be an exhaustive recitation of all of my opinions in this litigation, and I expressly reserve the right to amend or supplement this report to offer additional opinions, including opinions on liability, specific causation, damages, or other defenses, at the appropriate stage of litigation.

22    professional experience, editorial services, professional affiliations, and publications, is

23    attached as **Exhibit A**. I received a Bachelor of Science degree with honors in Industrial

24    Management from the Georgia Institute of Technology in 1976. I completed my Doctor of

25    Pharmacy in 1981 at the University of Kentucky. My postdoctoral training (1981-1983) was at

26    the Albert B. Chandler Medical Center at the University of Kentucky in the College of Pharmacy

27    where I was the chief resident.

28        In my current position, I teach or have taught medical students, pharmacy students and

29    residents pharmacology, including cardiovascular pharmacology. I provide information on how

30    pharmaceutical drugs work in the body and how drugs interact with the body's systems so they

31    may better understand how to select the best drug for a particular patient's needs. Since their

32    introduction into the U.S. market, sartans are drugs that I have taught my medical and

33    pharmacy students and/or residents when discussing the treatment of hypertension and heart

34    failure. "Sartans" are Angiotensin Receptor Blockers ("ARB"), including, for example, valsartan,

35    losartan, and irbesartan (hereafter "sartans"). I also instruct on issues related to pharmacology,

36    metabolism, clinical benefit, toxicities, and drug interactions for a variety of pharmaceutical

37    drugs, including for the sartans described above. I have a 30 year history of rounding on

38    hospital in-patients with cardiologists treating patients receiving drug therapy for hypertension

39    and heart failure, and I have lectured extensively on cardiovascular topics for nearly 40 years.

40        In addition to my current teaching responsibilities, I continue to author textbooks and

41    journal articles, as well as give presentations on cardiac pharmacotherapy and pharmacologic

42    principles. I have been awarded numerous research grants and have published 36 original

43    research articles in peer-reviewed journals in my field, along with dozens of abstracts related to

44    cardiovascular pharmacotherapy and pharmacokinetics. Most of these studies have

45    incorporated the use of pharmaceuticals, which has required specific knowledge of the

46    pharmacokinetics and pharmacodynamics of these drugs.

47    Prior to accepting my position at Manchester University, I was a Professor and Chair of

48    the Department of Pharmacy Practice for 4 years at the South College School of Pharmacy, and

49    held a similar position prior to that at the School of Pharmacy at the University of Charleston in

50    the Department of Pharmacy Practice.  I was also Co-Director, PharmUC, a Cardiovascular Risk

51    Reduction Clinic offering anticoagulation, lipid, diabetes, and hypertension ("HTN")

52    management services. My research has focused on cardiac and vascular function, and how

53    cardiovascular drugs affect function. I have lectured nationally and internationally on

54    antihypertensive drugs and drugs for heart failure, including their pharmacokinetic and

55    pharmacodynamic properties. Prior to working at the University of Charleston, I was a professor

56    of Clinical Pharmacy at the College of Pharmacy for 20 years at the University of Cincinnati.

57    Prior, I also served as faculty at the University of Tennessee where I lectured on the practice of

58    Clinical Pharmacy using cardiovascular drugs.

59    During my career, I have served on advisory boards and national speaker bureaus for

60    several of the pharmaceutical companies that make sartans, including Merck (lostaran), Bristol

61    Meyers-Squibb (irbisartan), and Novartis (valsartan). I have received numerous awards and

62    honors in the field of Clinical Pharmacy, and published original research, review articles and

63    book chapters in peer-reviewed journals and books, much of which involved investigation of

64    drug metabolism and pharmacokinetics. Additional presentations and publications on this

65    subject are reflected on my CV attached here. I have also participated in numerous pre-market

66    drug studies on the mechanisms of action, absorption and distribution of pharmaceuticals in

67    the body, and evaluation of new drugs for drug-drug interaction.

68    **II.    DISCLOSURES**

69

70          I have been asked on behalf of Defendants to provide an independent evaluation of

71    the pharmacokinetics of valsartan and N-nitrosodimethylamine ("NDMA") and N-

72    nitrosodiethylamine ("NDEA") in this case. I will offer opinions on the background of NDMA

73    and NDEA and valsartan, as well as general principles of pharmacokinetics, including the

74    related topics of pharmacology, pharmacodynamics, and drug interactions. I will offer

75    opinions on the pharmacokinetics and metabolic fate, including the absorption, metabolism,

76    distribution, and elimination, of valsartan as well as NDMA/NDEA. I will opine on whether the

77    trace amounts of NDMA/NDEA found in valsartan could create an independent or increased

78    risk of the cancers alleged by Plaintiffs. I will also opine on the clinical impact of stopping

79    valsartan.

80          The materials I have reviewed in connection with this matter are listed on **Exhibit B**

81    attached here. I reserve the right to supplement this list, as well as to amend and

82    supplement the opinions expressed in this report. I reserve the right to modify this report

83    and my opinions as additional information is provided, including but not limited to

84    additional discovery, records, expert reports, and the depositions of fact and expert

85    witnesses.  I also reserve the right to testify within my area of expertise in response to

86    testimony from any of the plaintiffs' experts, whom I understand have not yet been deposed,

87    or in later phases of the case involving liability, specific causation, damages or otherwise.

88        In addition to documents identified in **Exhibit B**, my opinions are based on my

89    knowledge, research and experience with the pharmacology and pharmacokinetics of drugs.

90         My customary fee for professional services, including my review and testimony in this

91    matter, is $500 per hour.  In the last four years, I have testified in Polt et al. v. Sandoz Inc., No.

92    2:16-cv-02362-ER, U.S. District Court for the Eastern District of Pennsylvania.

93    **III.    METHODOLOGY FOR REPORT**

94        In order to conduct research, write published manuscripts, give national/international

95    presentations and teach to pharmacy, medicine and nursing students, I rely on the retrieval,

96    analysis and synthesis of the medical and scientific literature.  I used this same process to

97    review the medical and scientific literature on the relevant issues in this litigation—and 40

98    years' experience conducting such processes—to derive my opinions.

99        I have independently conducted a literature review and research on the relevant issues

100    in this litigation, including the metabolic fate, metabolism, and distribution of NDMA/NDEA and

101    valsartan.

102    **IV.    BACKGROUND AND OPINIONS**

103    **1.  Background on NDMA/NDEA Found in Valsartan**
104
105        Valsartan, along with losartan and irbesartan, are FDA-approved prescription drug

106    products that fall within the angiotensin receptor blockers (ARBs) drug class, used for the

107    treatment of hypertension, or high blood pressure, and heart failure. Valsartan has been used

108    for many years to safely and effectively treat hypertension and heart failure. Valsartan is

109    available in tablet and liquid forms and is ingested orally. It is commonly prescribed in dosage

110    strengths of 40 mg, 80 mg, 160 mg, or 320 mg.

111    This litigation arises from a situation in which the unexpected impurities NDMA and

112    later NDEA were found in certain lots of valsartan made by various manufacturers leading to

113    recalls beginning in or around June 2018 and November 2018, respectively.

114    When Zhejiang Huahai Pharmaceutical Co. Ltd. ("ZHP") became aware of the NDMA

115    impurity, ZHP tested certain of its active pharmaceutical ingredient ("API") batches and

116    determined that the levels of NDMA found ranged from 3.4 ppm to 120 ppm, with an average

117    of 66.5 ppm.  The U.S. Food and Drug Administration ("FDA") published NDMA testing results

118    for finished dose products that were manufactured using various manufacturers' APIs. The

119    FDA's publication included several valsartan products containing NDMA, in varying amounts:

120    **Table 1 – FDA's Testing of Valsartan for NDMA[2]**

| Company | Product (tablets) | Lots Tested | NDMA level micrograms – (mcg)/tablet (midpoint) | NDEA level micrograms – (mcg)/tablet (midpoint) |
|---|---|---|---|---|
| Aurobindo Pharma Ltd | Amlodipine 10mg/Valsartan 320 mg | VKSA18005-A, VKSA18007-A, VKSA18001-A | Below LOD | 0.02-0.09 (0.055) |
| Aurobindo Pharma Ltd | Valsartan 320mg | VUSD17008-A, VUSD17001-A, VUSD17009-A | Below LOD | 0-0.05 (0.025) |
| Aurobindo Pharma Ltd | Valsartan 320mg/HCT 25mg | HTSB18001-A, HTSB18028-A, | Below LOD | 0.02-0.19 (0.105) |

---

[2] *See* FDA, *Laboratory Analysis of Valsartan Products*, FDA.gov, *available at* https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products (last updated May 2, 2019) (midpoint amounts added in parentheticals).

| | | HTSB18029-A | | |
|---|---|---|---|---|
| Hetero Labs Ltd | Valsartan 320mg | VLS18049, VLS18051, VLS18050 | 0.33-0.44 (0.385) | Below LOD |
| Mylan Pharmaceutical Inc. | Amlodipine 10mg/Valsartan 320 mg | 3079709, 3077618, 3079708 | Below LOD | 0.04-0.11 (0.075) |
| Mylan Pharmaceutical Inc. | Amlodipine 10mg/Valsartan 320 mg/HCT 25mg | 2008702 | Below LOD | 0.05 |
| Mylan Pharmaceutical Inc. | Valsartan 320mg | 3080009, 3080010, 3079205 | Below LOD | 0.07-0.16 (0.115) |
| Mylan Pharmaceutical Inc. | Valsartan 320mg/HCT 25mg | 3084886, 3093804, 3084862 | Below LOD | 0.20-0.38 (0.29) |
| Prinston Pharmaceutical | Valsartan 320mg | 344B18027, 344B18028, 344B18029 | 15.18-16.30 (15.74) | Below LOD |
| Prinston Pharmaceutical | Valsartan 320mg/HCTZ 25mg | 611B18025, 611B18026, 611B18027 | 13.18-20.19 (16.69) | Below LOD |
| Teva Pharmaceutical | Amlodipine 10mg/Valsartan 320 mg | 26X053, 26X054, 26X055, 26X051, 26X044, 26X048 | Below LOD | 0-0.03 (0.015) |
| Teva Pharmaceutical | Amlodipine 10mg/Valsartan 320 mg/HCT 25mg | 22X045, 22X046, 22X047, 22X038, 22X041 | Below LOD | 0-0.03 (0.015) |
| Teva Pharmaceuticals | Valsartan 320mg | 1240425A, 1247282M | 7.92-16.55 (12.24) | Below LOD |
| Teva Pharmaceuticals | Valsartan 320mg/HCTZ 25mg | 1217576M, 1217577M, 1217578M | 6.94-10.35 (8.65) | 0-0.77 (0.385) |

| Torrent Pharmaceuticals | Amlodipine 10mg/Valsartan 320 mg/HCTZ 25mg | BBX2E001, BBX2E002, BBX2E003 | 10.24-11.53 (10.89) | Below LOD |
|---|---|---|---|---|
| Torrent Pharmaceuticals | Valsartan 320mg | BV48D001, BV48D002 | 0.56-0.62 (0.59) | 1.12-1.22 (1.17) |
| Torrent Pharmaceuticals | Valsartan 160mg | BV47D001 | 0.45 | 1.31 |

121    For values that report a range for any manufacturer, I have included (in parentheses) the

122    calculated midpoint for that range of values.

123    **2. Principles of Pharmacokinetics**

124

125    **a. What is Pharmacokinetics**

126            Pharmacokinetics is the description of what happens to a drug/chemical as it passes

127    through the human body.  The steps involved in this journey through the body are absorption,

128    distribution, metabolism, and elimination, often abbreviated ADME.  For the majority of drugs,

129    these processes have been clearly identified and expressed in mathematical terms that describe

130    the rate and extent of each step.[3]

131            i. *Absorption: the various ways in which xenobiotics enter the body*

132            Most drugs are introduced into the body by either an oral (by mouth) or injected

133    (intravenously or IV usually).  Other drugs may be introduced through inhalation, transdermally,

134    sublingually or rectally. Absorption, metabolism, distribution, and elimination are dependent on

135    the route of administration; thus, I will address absorption with oral and non-oral routes of

136    administration in turn.

---

[3] Caldwell, *An introduction to drug disposition: the basic principles of drug absorption, distribution, metabolism and excretion* (1995); Bottorff MB et al., *Drug concentration monitoring*, in: Progress in clinical biochemistry and medicine, Springer-Verlag, Heidelberg 1-16 (1988).

137    <u>Oral Administration:</u>

138    When administered orally, for the drug to eventually reach the blood stream (the

139    systemic circulation), the drug must first be released from the dosage form (e.g., tablet,

140    capsule) then absorbed across the gastrointestinal tract.  Although most drugs are released

141    from their dosage form in the acidic environment of the stomach, the stomach is not the most

142    common area for absorption into the body.  The design of the upper small intestine is such that

143    most drugs (and nutrients) are absorbed there.  Once absorbed across the small intestine,

144    adjacent blood supply transports the drug into the portal circulation directly into the liver.  The

145    liver is a most complex organ providing a number of important physiologic functions that

146    include drug metabolism as a detoxification step.  This is a protective system that gives the liver

147    a chance to metabolize/detoxify ingested compounds before releasing the drug and/or its

148    metabolites into the systemic circulation for ultimate elimination.  This metabolic step prior to a

149    drug reaching the systemic circulation is termed pre-systemic metabolism or first-pass

150    metabolism.  Graphically, for illustration purposes, this process is seen here:

151    **Figure 1.**



152

153    **Figure 2.[4]**



154

---

[4] Thelen K et al., *Cytochrome P450-mediated metabolism in the human gut wall*, J. Pharm. Pharmacol. 61:541-558 (2009).

155    <u>Non-Oral Administration:</u>

156          Drugs administered by non-oral routes are often given to "skip" the process of first-pass

157    metabolism.  This is particularly important for drugs whose first-pass metabolism is so

158    extensive, that very little orally administered drugs reach the systemic circulation and would

159    have little systemic pharmacologic effect.  The non-oral routes of drug administration have in

160    common that they are either injected or rapidly absorbed directly into the systemic circulation

161    without first undergoing any first-pass metabolism.  Metabolism then would occur when blood

162    flow takes the drug to an organ with metabolizing activity (e.g., liver, kidney, lung).  Thus, only

163    when an oral dose of drug is high enough to overcome metabolic capacity during first-pass

164    metabolism would systemic drug concentrations reach other organs in a fashion similar to

165    giving the drug by a non-oral route.

166          *ii. Metabolism is route-dependent*

167    <u>Oral Administration:</u>

168          A major function of the liver is to metabolize drugs, which are usually fat soluble, to a

169    metabolite that is more water soluble and more easily eliminated from the body through the

170    kidney.  These metabolism steps are divided into two main types, Phase 1 and Phase 2

171    reactions.  Phase 1 metabolic reactions are accomplished by a super family of metabolizing

172    enzymes called the cytochrome P450 system ("CYP").[5]  There are over 50 individual CYP

173    enzyme identified in humans. Each individual CYP has a specific role in metabolism of a specific

174    drug, called substrate specificity, so the individual CYPs have a name that identifies its

175    specificity.  Examples include CYP3A4, CYP2D6, CYP2E1 and so on.  The majority of these CYPs

---

[5] McDonnell AM, Dang CH, *Basic review of the cytochrome p450 system*, J. Adv. Pract. Oncol. 4(4):263-268 (2013).

176    are found in the liver, however many of the CYPs are also located in the gut wall where some

177    drug metabolism may occur prior to reaching the liver, depending on the presence or absence

178    of that individual CYP in the gut wall.  Thus, one component of first-pass metabolism (see Figure

179    2) may occur as drugs are absorbed across the gut wall prior to another round of metabolism by

180    the liver.  Other sources of CYP are the lungs, kidney, and brain, where local drug metabolism

181    could occur if the parent compound reaches that organ by overloading the capacity of first-pass

182    metabolism.

183        Phase 2 reactions are termed conjugation reactions in that the parent compound has a

184    chemical structure added to the drug to make it more water soluble for renal elimination.

185    These include glucuronidation, sulfation, acetylation, and others.  In many cases, a drug is first

186    metabolized by the CYP system in a Phase 1 reaction then undergoes a second round of Phase 2

187    metabolism, rendering the drug's metabolites more readily excreted by the kidney.

188    <u>Non-Oral Administration:</u>

189        Non-oral routes of drug administration deliver the drug more directly into the systemic

190    circulation (see Figure 1) and bypass first-pass metabolism.  For drugs having a high rate of first

191    pass-metabolism, for example, the IV dose may be several fold lower than an oral dose given to

192    provide the same systemic exposure and pharmacologic effect.  There are many examples of

193    these type of drugs in the field of cardiology, such as lidocaine, metoprolol, nitroglycerin and

194    diltiazem.   For example, an oral dose of metoprolol of 100-200mg produces a similar effect to

195    an IV dose of only 5mg, due to high first-pass metabolism.  Thus, when evaluating the

196    relationship between a drug dose and some pharmacologic or toxic response, an IV or inhaled

197    dose would be expected to reach many different target organs.  An oral dose of the same

198    strength may not do so if the dose is below the first-pass metabolic capacity.

199            *iii. Distribution*

200    Oral Administration:

201            Drug distribution occurs if drug gets by first-pass metabolism and reaches the systemic

202    circulation, where it is transported by the blood stream to various organs and tissues.  For a

203    drug with higher affinity for plasma proteins (protein binding), the amount of drug escaping

204    first-pass metabolism would have a more limited tissue distribution as the drug prefers to

205    remain bound to the proteins in the blood stream itself.  Either unbound drug, or drugs with

206    little to no protein binding, are then free to interact with the various tissues and organs where

207    the clinical effects are seen.  The drug then binds to receptors, enzymes or other target sites

208    that result in the action (beneficial, toxic) of that drug.  This is termed the drug's pharmacology

209    or pharmacodynamics, or the effect of the drug on the body.  In some cases, the drug

210    metabolites actually have activity at a target site as well.

211    Non-Oral Administration:

212            Drug distribution begins immediately with non-oral administration—for example, as

213    soon as an IV dose of a drug is administered or a drug is inhaled—and elimination follows as the

214    drug reaches organs with drug metabolism capacity.  The rate of drug elimination (half-life) will

215    then be a reflection of the drug's distribution (volume of distribution) and the sum of the

216    metabolism in all the different tissues and organs (clearance).

217         *iv. Elimination*

218    <u>Oral Administration:</u>

219         Drugs or their metabolites are usually filtered by the kidney then eliminated from the

220    body in urine.  Some drugs may be eliminated in the feces; this could occur for a portion of a

221    drug that is never completely absorbed across the gut wall or for a drug that is incorporated in

222    the liver into the bile and secreted through the bile duct into the gall bladder, which dumps bile

223    into the small intestine.[6]  Other less common routes of elimination include in air vapor from the

224    lung or in sweat.

225    <u>Non-Oral Administration:</u>

226         Once drugs administered by non-oral routes reach the blood stream, they are circulated

227    into and then out of target or metabolizing tissues/organs.  Depending on the dose and the

228    efficiency of metabolism in each organ, the drug keeps "re-cycling" through repeat rounds of

229    metabolism until the drug is completely eliminated.  This is called the terminal elimination

230    phase for a drug, and usually follows first order kinetics in that a constant percentage of drug is

231    removed per time.  A terminal half-life can then be calculated as a reflection of this rate of

232    decline.

233         **b. Mathematically Characterizing Pharmacokinetic Processes**

234         Once an oral or injected drug has been administered, blood and/or urine samples can be

235    collected and the serum analyzed for a drug over a specified period of time to numerically

236    characterize the various steps in the ADME process.  This produces a concentration versus time

237    plot as in Figure 3 below.

---

[6] Dobrinska MR, *Enterohepatic circulation of drugs*, J. Clin. Pharmacology 29:577-80 (1989).

238    **Figure 3.**[7]



Source: Larry A. Bauer: Applied Clinical Pharmacokinetics, 3rd Edition
www.accesspharmacy.com
Copyright © McGraw-Hill Education. All rights reserved.

239

240    For an orally administered drug, represented by the solid blue line in Figure 3, there will be a

241    rise in serum concentrations reflecting the rate of absorption until the rate of distribution and

242    elimination exceeds the rate of absorption and drug concentrations begin to fall.  The highest

243    measured drug concentration is called the peak and the rate of drug decline in the serum can

244    be reflected by something called the half-life—that is, the time it takes for a drug concentration

245    to be cut in half.  There are three additional points of interest in Figure 3 above: 1) the dashed

246    line represents an injected dose of a drug (or some other non-oral route), which would have no

247    absorption phase and would also bypass the first-pass metabolism of that drug, making it more

248    readily distributed to tissues outside the liver; 2) the area under the concentration time curve

249    ("AUC") is a reflection of systemic exposure to the drug and related to the overall extent of

250    bioavailability in the case of an orally administered drug (bioavailability would essentially be

251    100% for a drug administered by the IV route); and 3) an orally administered drug with

---

[7] Bauer LA, Applied Clinical Pharmacokinetics Ch. I: *Basic Concepts* (3d ed. 2014).

252    extensive first-pass metabolism would not result in significant extrahepatic distribution,

253    elimination or pharmacologic effect and no or little drug would be measured in the blood after

254    administration.

255    **c. Linear vs. Non-Linear Pharmacokinetics**

256    When doubling the dose of a given drug results in a doubling of the AUC, or systemic

257    exposure, that drug is deemed to exhibit linear pharmacokinetics.  Since drug dose and

258    elimination are the primary determinants of the overall AUC, a drug displaying linear

259    pharmacokinetics implies that the metabolic process for that drug has not been exceeded.  If,

260    however, the increase in drug dose results in a disproportionately larger increase in AUC, then

261    the metabolic capacity of the drug has been exceeded and a larger than proportional increase

262    in systemic drug exposure will result.  This is often seen with drugs having significant first-pass

263    metabolism; once the metabolic capacity of the liver is exceeded by a high enough dose, then a

264    disproportionate rise in serum concentrations and systemic exposure would result.  When

265    drugs are given in doses that do not exceed the metabolic capacity, the elimination rate is

266    constant and it takes the same amount of time to eliminate the drug based on its half-life.  This

267    is termed first order elimination and 95% of drugs are given in doses that result in a first order

268    pharmacokinetic profile.  For example, for a drug with a 6 hour half-life, it would take 6 hours

269    for drug serum concentrations to reduce from 100 nanograms per milliliter to 50 nanograms

270    per milliliter and the same 6 hours to reduce from 10 nanograms per milliliter to 5 nanograms

271    per milliliter.

272    However, if the elimination system has been saturated with a higher dose, then the

273    dose has exceeded the metabolic capacity for that drug and a maximum amount of drug will be

274  eliminated in a fixed rate until the concentrations go below the maximum threshold, and first

275  order pharmacokinetics takes over.  Thus, doses that produce linear pharmacokinetics are

276  eliminated in a first order fashion, and doses above the metabolic capacity display non-linear

277  elimination and zero order pharmacokinetics.

278      **d. Pharmacokinetic Parameters**

279      As a result of mathematically describing the pharmacokinetics of a drug, there are

280  several calculated parameters unique to an administered drug at a particular dose.  The rate of

281  elimination is termed half-life—the time it takes for drug concentrations to fall by 50% during a

282  first order pharmacokinetic process.  The peak concentration, Cmax, reflects the highest

283  measured drug concentration after an oral dose and is a reflection of the rate of absorption.

284  The AUC is a measure of the overall systemic exposure to a drug.  When observed serum

285  concentrations are compared to the dose given, there is an apparent volume of distribution,

286  Vd, usually expressed in liters, reflecting a hypothetical volume that the drug dose was

287  distributed in.  It is a reflection of how much the drug distributes into body.  Bioavailability is

288  another term that reflects what percent of an orally administered drug reaches the systemic

289  circulation.  Drugs with extensive first-pass metabolism will have a lower bioavailability than

290  drugs that have less extensive first-pass metabolism.  Finally, when comparing the

291  bioavailability of one drug to another, as in the case of a generic drug versus the original drug,

292  the term bioequivalence is used to reflect how similar one drug product is compared to

293  another, utilizing the Cmax and AUC as markers of rate and extent of bioavailability.

294      All of the pharmacokinetic terms may be determined after a single dose or in some

295  cases after multiple doses.  When enough multiple doses are administered such that the rate of

296    drug being given is matched by the rate drug elimination, then the drug is said to be at "steady

297    state," and the rise and fall of drug concentrations with each dose will be the same, dose after

298    dose.

299        **e. Mechanisms of Drug Interactions**

300        Drug-drug interactions can occur when two co-administered compounds interfere with

301    the ADME of one or both of the drugs administered together.  Drug concentrations could rise,

302    leading to drug toxicity, or fall, leading to a loss of drug effect.  Given that the vast majority of

303    administered drugs are lipid soluble to varying degrees and require the CYP450 system for

304    elimination, competition for a specific CYP enzyme is the most common mechanism of drug

305    interaction.[8]  The drug with higher affinity for the specific CYP enzyme will be preferentially

306    metabolized to the detriment of the other drug, increasing its drug levels to potentially

307    dangerous levels.  However, for drugs not as dependent on CYP enzymes, or for drugs with

308    different CYP pathways, no significant drug interaction would be expected.  Thus, the

309    identification of each compound's specific metabolic fate is important to predicting when two

310    co-administered compounds might interact, or not.

311        **f. Importance of Route of Administration**

312        From the above description of pharmacokinetic processes, it is evident that the ultimate

313    disposition of a compound will depend, to a large extent, on both the dose and the route of

314    administration.  This is most important for compounds with a high first-pass extraction, where

---

[8] Bottorff MB, *Safety considerations of statin therapy*, Cardiology Review 16:5-9 (1999); Worz CR & Bottorff MB, *The role of cytochrome P450-mediated drug-drug interactions in determining safety of statins*, Expert Opin. Pharmacother. 7:1119-27 (2001); Bottorff MB, *Statin safety and drug interactions: clinical implications*, Am. J. Cardiol. 97:27C-31C (2006).

315   the dose administered orally will determine ultimate drug distribution and metabolism.  If the

316   dose is below the capacity of the liver to efficiently extract the drug, then what escapes the

317   liver to the systemic circulation will be metabolites and very little parent compound.  Only

318   when the dose exceeds first-pass metabolism capacity, will unchanged drug or compound be

319   systemically available for distribution through the blood stream, leaving the liver and being

320   delivered to other tissues and organs.  There are numerous examples of this in the medical

321   literature; lidocaine, an anesthetic and antiarrhythmic drug, can only be administered

322   intravenously for its antiarrhythmic effect because oral use is almost completely cleared by

323   first-pass metabolism.  Nitroglycerin, a long-time drug for angina, is most effective given

324   intravenously, sublingually or transdermally, routes of administration that bypass the liver's

325   first-pass metabolism.  Only when given in large oral doses can nitroglycerin be an effective

326   antianginal drug by overloading the first-pass metabolism of the compound.  Thus, for drugs

327   having a high first-pass metabolism, more widespread drug distribution to organs beyond the

328   liver would be seen with non-oral routes of administration, such as sublingual, intravenous, and

329   inhalation, among others.

330      **3.  Pharmacology vs. Pharmacokinetics vs. Pharmacodynamics**

331         As explained above, a basic description of pharmacokinetics is how the body handles an

332   administered compound, resulting in a mathematical characterization of these processes using

333   ADME.  Pharmacodynamics is what the drug or compound does to the body.  Included in

334   pharmacodynamics is how a particular drug works, through what mechanism(s).  That is the

335   drug's pharmacology.  For example, is it a blood pressure lowering drug acting on the renin-

336   angiotensin system, or a blood pressure drug blocking the body's beta-receptors?

19

337    My 40 year career in clinical pharmacy has incorporated these and additional medical

338    disciplines such as drug formulation, medicinal chemistry, drug toxicity, clinical practice

339    guidelines, drug discovery and development, therapeutics, biostatistics, pharmacoeconomics,

340    and clinical trial assessment and interpretation. This is evident through entries on my CV, which

341    include over 100 peer-reviewed publications and hundreds of presentations on these topics.

342    **4. Metabolism of Valsartan**

343    **a. The pharmacologic properties of valsartan have been thoroughly studied and**
344    **therefore are well understood.**

345    Valsartan has been in clinical use for more than three decades, and thousands of

346    research studies ranging from in vitro pharmacology, animal pharmacology and toxicology, and

347    human studies have been conducted on this drug. The following summarizes important

348    features of valsartan, most of which have been known for decades.

349    As mentioned, valsartan is one of several drugs in the classification of angiotensin

350    receptor blockers (ARBs). ARBs were a logical follow-up to the angiotensin converting enzyme

351    inhibitors (ACEIs) which blocked the formation of angiotensin II, whereas ARBs block the effects

352    of angiotensin II at its receptor, the $AT_1$ receptor. Angiotensin II (AII) is one of the most potent

353    vasoconstrictors in humans and is implicated in the pathophysiology of hypertension, heart

354    failure and certain types of kidney diseases. Thus, either blocking angiotensin II (AII) formation

355    with an ACEI or its action at $AT_1$ receptors with an ARB improves patient outcomes in these

356    important diseases. Although similar in benefit, ARBs are particularly important compared to

357    ACEIs as they are much less likely to cause some of the ACEIs' more serious side effects, cough

358    and angioedema. Angioedema is the more serious of the ACEI side effects and is an allergic type

359    reaction that manifests as swelling of the face, lips, tongue and sometimes the airway, which

360    can lead to severe shortness of breath and may require the insertion of breathing tubes.

361        Therefore, ARBs including valsartan are frequently prescribed for patients who have

362    experienced or are at higher risk for the ACEI related side effects in patients with these

363    important cardiovascular and renal diseases.  Any disruption in therapy for safety concerns,

364    such as the presence of trace amounts of NDMA/NDEA or other nitrosamines, should be

365    carefully considered in the context of the important clinical benefit the ARB is providing, as

366    discussed more fully below.  This balance of risk vs. benefit is the cornerstone of therapeutic

367    decision-making.

368    **b. Valsartan Pharmacokinetics**

369        After oral administration in humans, valsartan is absorbed into the body primarily in the

370    small intestine (below the level of the stomach) and reaches peak plasma concentrations

371    between two and four hours.  The amount of a given dose that reaches the systemic circulation

372    (beyond the liver) is expressed by the term absolute bioavailability, and this ranges from 10-

373    35%, averaging 25%.[9] This means that only ¼ of a valsartan dose, on average, actually circulates

374    in the blood stream to reach the AT1 receptor sites, the valsartan mechanism of action.  After

375    absorption in the body, the first organ to see valsartan, the liver, uses CYP2C9 to metabolize

376    only a very small amount, about 11%, producing an inactive metabolite.[10]  Because of such a

377    small amount of reliance on the CYP2C9 pathway, the potential for P450 based drug

---

[9] Flesch G, Müller P, Lloyd P, *Absolute bioavailability and pharmacokinetics of valsartan, an angiotensin II receptor antagonist, in man*, Eur. J. Clin. Pharmacol. 52(2):115-20 (1997).
[10] Nakashima A, Kawashita H, Masuda N, Saxer C, Niina M, Nagae Y, Iwasaki K, *Identification of cytochrome P450 forms involved in the 4-hydroxylation of valsartan, a potent and specific angiotensin II receptor antagonist, in human liver microsomes*, Xenobiotica 35(6):589-602 (2005).

378    interactions is negligible.  About 80% of valsartan is excreted unchanged and found in the

379    feces.[11] Most of this fecal elimination comes from biliary excretion from the liver.  Thus, there is

380    very little actual metabolism of valsartan, and no significant drug interactions involving

381    valsartan ADME have been identified.  The only identified drug interactions with valsartan are

382    pharmacodynamics in nature, meaning that drugs might cause fluid retention (such as

383    ibuprofen or other NSAIDs) that could offset the beneficial blood pressure effects, or drugs

384    might cause an increase in serum potassium levels, seen with valsartan, an effect also seen with

385    spironolactone.[12]  With this pharmacokinetic and pharmacodynamics profile, nitrosamines like

386    NDMA/NDEA would not alter the pharmacokinetics of or response to valsartan since there is no

387    common pathway of metabolism or alteration of its metabolism or effect.

388        Although not metabolized, following absorption, valsartan is taken up by the liver

389    through an uptake transporter protein called organic anion transporter polypeptide 1B1

390    (OATP1B1).  OATP1B1 is not a metabolizing protein, but transports valsartan into the liver, the

391    first step in its biliary excretion process outlined above.  Following liver uptake, valsartan

392    excretion into bile and subsequently the feces, is mediated by another non-metabolizing

393    transporter protein, multi-drug resistant related protein 2, or MRP2.  In theory, inhibitors of

394    either of these eliminating transporters could increase valsartan systemic exposure, although

395    specific drug interactions through these processes have not been specifically conducted.  In

396    fact, in one study in patients with a genetic reduction in OATP1B1 activity, there was little effect

---

[11] Waldmeier F, Flesch G, Müller P, Winkler T, Kriemler HP, Bühlmayer P, De Gasparo M, *Pharmacokinetics, disposition and biotransformation of [14C]-radiolabelled valsartan in healthy male volunteers after a single oral dose*, Xenobiotica 27(1):59-71 (1997).
[12] *See, e.g.*, Teva Valsartan package label (Rev. Dec. 2014).

397  on valsartan pharmacokinetics (blood levels), indicating that even if NDMA/NDEA altered this

398  transporter protein (although never demonstrated), there would be no significant effect on

399  valsartan drug levels or response.[13]  In any event, there is no known or identified interaction

400  with these transporters and NDMA/NDEA or other nitrosamines, so there is no known

401  interaction of NDMA/NDEA with the hepatic uptake or biliary excretion of valsartan, and thus

402  no know alteration in valsartan's clinical effects.

403  **5.  Generic Pharmaceutical Drug Approval by FDA**

404  **a.  ANDA Process**

405  The FDA has authority to approve generic drugs through its Abbreviated New Drug

406  Application ("ANDA") process.[14]  Generic drugs generally are the same in terms of active

407  ingredient, dosage form, strength, route of administration, quality, performance characteristics,

408  and labeling for any intended indications.  Once these dosage form characteristics are

409  demonstrated in the sponsor ANDA, the approved generic drug will be added alongside the

410  innovator original branded drug and be listed in the *FDA's Approved Products with Therapeutic*

411  *Equivalence Evaluations*, also known as the Orange Book.  The submission process is termed

412  abbreviated because the sponsor of a generic drug is generally not required to conduct and

413  include additional preclinical (animal) or clinical (human) safety and efficacy trials, and is

414  instead granted approval status based on the safety and efficacy data previously submitted by

415  the drug innovator or NDA holder.  However, the generic drug sponsor must demonstrate that

416  their product will perform in the same manner as the innovator drug.  The usual way for

---

[13] Maeda, *Effect of organic transporting polypeptide haplotype on pharmacokinetics of pravastatin, valsartan and temocapril*, Clin. Pharmacol. Ther. 79(5):427-439 (2006).
[14] *See generally* FDA.gov.

417  demonstrating performance in the same manner as the original product is to conduct

418  bioequivalence studies.  The generic drug sponsor will conduct these bioequivalence studies to

419  show their product has the same rate and extent of bioavailability such that the same amount

420  of **active ingredient** will be in a patient's blood stream in the same amount of time as that of

421  the innovator drug.[15]

422  **b.  FDA-Approved ANDAs for Valsartan and Combination Products**

423  I have reviewed the FDA-approved ANDA data for Teva valsartan (40mg, 80mg, 160mg,

424  320mg), valsartan plus hydrochlorothiazide, valsartan plus amlodipine, and

425  valsartan/amlodipine/hydrochlorothiazide.  The FDA approval for these generic products was,

426  in part, based on demonstrating that the intended, active ingredient(s) had bioavailability

427  studies that fell well within the FDA parameters for meeting bioequivalence to the reference

428  products Diovan, Diovan HCT, Exforge and Exforge HCT.  It is my opinion that the presence of

429  trace quantities of NDMA and NDEA would not alter the validity of these FDA approved generic

430  equivalents, based on the complete lack of overlap in any of the pharmacokinetic processes of

431  valsartan when compared to the metabolic fate of either NDMA or NDEA as described below.

432  **6.  Metabolism and Pharmacokinetics of NDMA and NDEA**

433  NDMA (N-nitrosodimethylamine) and NDEA (N-nitrosodiethylamine) have the following

434  chemical structures:

---

[15] I reserve the right to supplement this report to offer complete opinions regarding bioequivalence as it relates to class action claims, liability, specific causation, damages and/or other issues during subsequent phases of discovery.

435     **Figure 4.**[16]



N-Nitrosodimethylamine
(NDMA)

N-Nitrosodiethylamine
(NDEA)

437     These two compounds and others are in a structural category called nitrosamines, and are

438     produced in the drug manufacturing process by a chemical reaction between amines (a single

439     nitrogen derivative of ammonia) and nitrous acid.  The concern over the detection of these

440     impurities is that the International Agency for Research on Cancer (IARC) has categorized

441     nitrosamines as a probable human carcinogen based on animal studies, primarily involving

442     rats.[17] Nitrosamines are unintentionally produced as a byproduct of industrial methods in the

443     production of medications, tanneries, pesticides, rubber/tires and fish processing.[18]  NDMA is

444     also found in many foods, such as cured meats and cheeses, foods preserved by smoking (meat,

445     fish), beer and pickled vegetables.  Since only animal data are available on the relationship

446     between dose of nitrosamines and cancer risk, we refer to animal data in assessing any

447     correlation between the exposure to NDMA/NDEA in valsartan products and the estimated

448     clinical impact, with an understanding of the limitations in its ability to reliably predict or

449     establish causation in humans.

---

[16] *FDA Guidance for Industry: Control of Nitrosamine Impurities in Human Drugs* at 4, fig. 2 (Sept. 2020).
[17] WHO / IARC (International Agency for Research on Cancer World Health Organization), *IARC Monographs on the Evaluation of Carcinogenic Risk of Chemicals to Humans, Some N-Nitroso Compounds* Vol. 17 (May 1978).
[18] EPA, *Technical Fact Sheet - N-Nitroso-dimethylamine* (NDMA) (2014).

450    **a.  Metabolic fate of NDMA/NDEA**

451    There are two identified metabolic pathways for the metabolism of NDMA, seen below,

452    which also apply to NDEA.

453    **Figure 5.[19]**



454

455    The alpha-hydroxylation pathway produces the methyldiazonium ion, which binds with

456    a segment of DNA to produce the primary mutagenic and carcinogenic substance, $O^6$-methyl-

457    guanine.[20] A key step in this metabolic activation to a potential carcinogen, is the hydroxylation

458    of NDMA/NDEA by cytochrome P450 pathways—CYP2E1 is used almost exclusively for NDMA,

---

[19] EMA, *Assessment Report: Angiotensin-II-receptor antagonists (sartans) containing a tetrazole group* 15 fig. 7 (2019).
[20] Liteplo RG et al. (WHO), *Concise International Chemical Assessment Document 38: N-nitrosodimethylamine January 2002 IPCS Concise International Chemical Assessment Documents* (2002).

459    and both CYP2E1 and CYP2A6 are used for NDEA.[21]  The methyldiazonium ion is too unstable to

460    escape from the cell in which it is generated, and therefore the carcinogenic potential would be

461    limited to the organ both receiving the NDMA/NDEA and having the requisite CYPs able to

462    produce it.[22]  Thus, the carcinogenic potential will, in part, be determined by the distribution of

463    NDMA/NDEA to tissues with the capacity to metabolize through the CYP2E1 and CYP2A6

464    pathways for NDMA and NDEA, respectively, and the delivery of the nitrosamines to that organ.

465        Due to a known high rate of first-pass metabolism, the pharmacokinetics of

466    nitrosamines will depend on the route of administration.  Following intravenous, inhalation or

467    intraperitoneal administration (IP), nitrosamines "skip" first-pass metabolism.  Therefore, as

468    described above, if administered through these non-oral methods, none of which is at issue in

469    this litigation, NDMA/NDEA would be expected to reach the systemic circulation and be

470    delivered to the various tissues and organs receiving blood flow.  Since the P450 metabolism

471    step is key to producing the mutagenic metabolite of NDMA and NDEA, the amount of drug

472    delivered and the individual metabolic capacity of that organ will determine how much

473    carcinogen is produced.

474        However, following the principles of first-pass metabolism, orally administered NDMA

475    and NDEA, such as the NDMA/NDEA present in valsartan, are absorbed through the upper small

476    intestine with a half-life of absorption of three minutes and then directly circulated to the liver

477    for metabolism.[23] The absorption process is described as first-order, meaning that absorption is

---

[21] Kushida H et al., *Metabolic activation of N-alkylnitrosamines in genetically engineered salmonella typhimurium expressing CYP2E1 or CYP2A6 together with human NADPH-cytochrome P450 reductase*, Carcinogenesis 21(6):1227-32 (2000); Bellec G. et al., *Cytochrome P450 Metabolic Dealkylation of Nine N-nitrosodialkylamines by Human Liver Microsomes*, Carcinogenesis 17(9):2029-2034 (1996).
[22] Pegg AE, *Metabolism of N-nitrosodimethylamine*, IARC Sci Publ. (27):3-22 (1980).
[23] *Id.*

478    not saturable.[24] Although many CYP enzymes are found in the gut wall and are able to

479    metabolize prior to reaching the liver, neither CYP2E1 nor CYP2A6 are found in appreciable

480    amounts in the gut wall; thus CYP-mediated metabolism of NDMA and NDEA following low dose

481    oral administration would be isolated to the liver, until a dose was given that exceeded the

482    first-pass capacity of the liver.[25]  Furthermore, there have been no appreciable genetic

483    polymorphisms identified in CYP2E1 that would result in loss of function such that the

484    metabolic capacity of the liver could be "overloaded" and result in more widespread

485    NDMA/NDEA distribution to organs beyond the liver.[26]  Smaller oral doses are metabolized in

486    the liver almost completely, minimizing exposure to other tissues and organs. Thus, metabolism

487    of NDMA/NDEA that is ingested orally—such as the trace NDMA/NDEA found in orally ingested

488    valsartan—is a classic example of first-pass metabolism: at low oral doses, like the trace

489    amounts found in valsartan products, metabolism occurs almost entirely during the

490    compound's first pass through the liver, before it ever reaches systemic circulation.

491        The localization of NDMA/NDEA metabolism to the liver in doses of valsartan is further

492    supported by studies involving administration of nitrosamines in rats.  However, because route

493    of administration so greatly dictates the methods and nature of absorption, metabolism, and

494    distribution, including in the case of NDMA's/NDEA's metabolic fate, as demonstrated above,

495    studies involving non-oral administration of nitrosamines in rats are not relevant in considering

---

[24] Gomez M. I. D. et al., *The Absorption and Metabolism in Rats of Small Oral Doses of Dimethylnitrosamine*, Biochem. J. 164:497-500 (1977).

[25] Chen J, Jiang S, Wang J, Renukuntla J, Sirimulla S, Chen J, *A comprehensive review of cytochrome P450 2E1 for xenobiotic metabolism*, Drug Metab. Rev. 51(2):178-195 (2019); Tanner JA, Tyndale RF, *Variation in CYP2A6 Activity and Personalized Medicine*, J. Pers. Med. 1;7(4):18 (2017).

[26] Chen J, Jiang S, Wang J, Renukuntla J, Sirimulla S, Chen J, *A comprehensive review of cytochrome P450 2E1 for xenobiotic metabolism*, Drug Metab. Rev. 51(2):178-195 (2019).

496    the metabolic fate of NDMA/NDEA in orally ingested valsartan. Only studies involving oral doses

497    of nitrosamines can provide the proper background with which to interpret and extrapolate the

498    content of these nitrosamines in valsartan products.

499    **b. NDMA and NDEA have an additive, and *not* a synergistic, effect.**

500    It is a well-established principle of pharmacology that most, if not all, drugs will exhibit a

501    dose-response relationship—i.e., the greater the amount of drug administered, the larger the

502    biological response will be, until the target (e.g., enzyme, receptor) reaches its maximal

503    response, such that additional doses/concentrations cannot illicit any additional response. It is

504    equally accepted that two drugs that individually produce the same biological effect may have a

505    greater effect when they are used together. This occurs even when the molecular mechanism

506    of action differs between the drugs. Pharmacologists recognize different types of drug

507    combinations effects: two drugs can be *additive* in their actions (1 + 1 = 2), or they can be

508    *synergistic* in their actions (1 + 1 = 3)

509    I disagree with Dr. Lagana's suggestion of "synergy" between NDMA and NDEA if given

510    in trace amounts in valsartan generic products. When drugs are given together or in sequence,

511    it is not possible to distinguish which drug is responsible for the observed response, or which

512    agent caused any particular adverse effects or toxicities. NDEA and NDMA share a somewhat

513    common P450 pathway, 2E1; however, the metabolism of NDEA is more closely associated with

514    2A6. This suggests that NDMA and NDEA will be metabolized independently and do not alter

515    the metabolism of each other. As a result, the presence of both NDMA and NDEA in valsartan

516    would create an additive, and not a synergistic, effect.

517    **7. NDMA/NDEA are not proven to cause cancer in humans.**

518    **a. Carcinogenesis requires activation by 2E1-based metabolism.**

519    The presence of NDMA or NDEA in the bloodstream alone does not make NDMA/NDEA

520    carcinogenic. Rather, for carcinogenesis, NDMA/NDEA must be activated to the carcinogen by

521    CYP2E1-based metabolism. Specifically, for NDMA/NDEA to become a carcinogen, it requires

522    metabolism in the organ that will ultimately be affected, since the NDMA/NDEA metabolic

523    product that is carcinogenic is considered unstable and therefore unable to be released to the

524    blood stream or to reach tissues other than those in which it was generated.[27] Therefore, for

525    NDMA/NDEA to be carcinogenic in a particular organ, it requires two specific criteria to be met:

526    1) the delivery of NDMA/NDEA to that organ either directly by inhalation/injection or indirectly

527    by an oral dose exceeding hepatic clearance and then reaching the systemic circulation; and 2)

528    the organ having the capacity to metabolize the nitrosamine to its corresponding carcinogen

529    through the respective CYP450 pathway.

530    Accordingly, when evaluating literature for nitrosamine exposure, and comparing it to

531    the issues at hand (i.e., exposure to NDMA/NDEA in valsartan), inhaled, injected (IV or IP) or

532    large oral doses of nitrosamine are not comparable to the small oral doses of NDMA and NDEA

533    found in valsartan products.  Therefore, for many of the studies relied upon by Plaintiffs'

534    experts, the dose used in the studies and routes of administration do not provide a reliable

535    basis for reaching any conclusions as to dose or method of exposure in humans.

---

[27] Pegg AE, *Metabolism of N-nitrosodimethylamine*, IARC Sci Publ. (27):3-22 (1980).

**b.  Animal studies do not support an independent or increased risk of cancer from exposure to NDMA/NDEA in valsartan, at the levels and for the time period at issue in this litigation.**

i. *Ito Study*[28]

Ito studied the impact of various nitrosamines on rats, which included a long-term study of male and female rats administered an NDMA-containing diet for 96 weeks. Ito found that chronic (96 weeks) NDMA exposure at a dose of 10mg/kg/day was associated with liver tumors in rats; however, a dramatically reduced number of liver cancers were seen at the dose of 1.0 mg/kg, and a dose of  0.1 mg/kg/day showed no increase in liver tumor occurrence.  No tumors were observed in other organs even at the higher dose.  This demonstrates that doses of NDMA as high as 10mg/kg/day are efficiently eliminated by the liver, resulting in no systemic exposure to other tissues and organs.  Two major conclusions were drawn by Ito:

- The minimum carcinogenic intake of NDMA through an oral route is 1.0mg/kg; and

- The non-effective level of carcinogenesis was 0.1mg/kg by the oral route.

As 0.1 mg/kg corresponds to a daily dose of 7mg of NDMA in a typical size adult of 70kg, this non-carcinogenic dose would correspond to a daily dose over 300 times higher than the highest amount of NDMA found in any valsartan product.  Stated another way, the highest amount of NDMA in a valsartan product is only 0.03% of the non-carcinogenic dose from the Ito study.  Below is a similar comparison of the non-carcinogenic dose of NDMA in the Ito study (0.1mg/kg) and how this compares to the amount of NDMA found in valsartan products

---

[28] Ito N et al., *Induction of preneoplastic and neoplastic lesions in rats treated N-nitroso compounds*, N-Nitroso Compounds: Occurrence and Biological Effects (41):597-601 (1982).

557    manufactured by various generic manufacturers of finished dose products which were analyzed

558    by the FDA:

559    *Ratio of Ito daily non-carcinogen dose of NDMA (0.1mg/kg or 7mg in a typical human adult) to*
560    *daily NDMA ingested in various valsartan generic products.*

| Company | Product | NDMA Range (mcg) | NDEA Range (mcg) | Estimated Daily Human NDMA Exposure | Estimated NDEA Exposure | Ratio to Valsartan Amount (NDMA) | Ratio to Valsartan Amount (NDEA) |
|---|---|---|---|---|---|---|---|
| Aurobindo Pharm LTD | Amlodipine 10mg, valsartan 320mg | Below LOD | 0.02-0.09 | 7mg (70000 mcg) | -- | -- | -- |
| Aurobindo Pharm LTD | Valsartan 320mg | Below LOD | 0-0.05 | 7mg (70000 mcg) | -- | -- | -- |
| Aurobindo Pharm LTD | Valsartan 320mg, HCTZ 25mg | Below LOD | 0.02-0.19 | 7mg (70000 mcg) | -- | -- | -- |
| Hetero Labs LTD | Valsartan 320mg | 0.33-0.44 | Below LOD | 7mg (70000 mcg) | -- | 15,909-21,212x | -- |
| Mylan Pharmaceutical Inc | Amlodipine 10mg, valsartan 320mg | Below LOD | 0.04-0.11 | 7mg (70000 mcg) | -- | -- | -- |
| Mylan Pharmaceutical Inc | Amlodipine 10mg, valsartan 320mg, HCTZ 25mg | Below LOD | 0.05 | 7mg (70000 mcg) | -- | -- | -- |
| Mylan Pharmaceutical Inc | Valsartan 320mg | Below LOD | 0.07-0.16 | 7mg (70000 mcg) | -- | -- | -- |
| Mylan Pharmaceutical Inc | Valsartan 320mg, HCTZ 25mg | Below LOD | 0.2-0.38 | 7mg (70000 mcg) | -- | -- | -- |
| Prinston Pharmaceutical | Valsartan 320mg | 15.18-16.30 | Below LOD | 7mg (70000 mcg) | -- | 429-461x | -- |
| Prinston Pharmaceutical | Valsartan 320mg, HCTZ 25mg | 13.18-20.19 | Below LOD | 7mg (70000 mcg) | -- | 347-531x | -- |
| Teva Pharmaceutical | Amlodipine 10mg, valsartan 320mg | Below LOD | 0-0.03 | 7mg (70000 mcg) | -- | -- | -- |
| Teva Pharmaceutical | Amlodipine 10mg, valsartan 320mg, HCTZ 25mg | Below LOD | 0-0.03 | 7mg (70000 mcg) | -- | -- | -- |

| Teva Pharmaceutical | Valsartan 320mg | 7.92-16.55 | Below LOD | 7mg (70000 mcg) | -- | 423-884x | -- |
| Teva Pharmaceutical | Valsartan 320mg, HCTZ 25mg | 6.94-10.35 | 0-0.77 | 7mg (70000 mcg) | -- | 676-1009x | -- |
| Torrent Pharmaceuticals | Amlodipine 10mg, valsartan 320mg, HCTZ 25mg | 10.24-11.53 | Below LOD | 7mg (70000 mcg) | -- | -- | -- |
| Torrent Pharmaceuticals | Valsartan 320mg | 0.56-0.62 | 1.12-1.22 | 7mg (70000 mcg) | -- | 11,290-12,500x | -- |
| Torrent Pharmaceuticals | Valsartan 160mg | 0.45 | 1.31 | 7mg (70000 mcg) | -- | 15,556x | -- |

561            ii. *Pegg Paper*[29]

562            The Ito study results mirror those reported by Pegg, who studied the uptake and

563    metabolism of NDMA. Pegg's research showed that the ratio of hepatic to kidney carcinogen

564    production with **IV** administration of NDMA is approximately 8:1 across a wide dose range of

565    between 1 mcg/kg to 100 mcg/kg.  This reflects an approximation of the ratio of CYP metabolic

566    activity between the two organs, with the liver having higher CYP activity than the kidney by a

567    similar ratio.  However, when NDMA is given **orally** over the same dosage range, the ratio of

568    carcinogen production ranges from 33-52:1 (liver to kidney), reflecting "localization" of

569    metabolism in the liver following oral doses.  Further, doses as low as 0.1 and 1.0mg/kg/day do

570    not appear to exceed the capacity of the liver to metabolize the potential carcinogen.  This may

571    be due to the presence in the liver of a carcinogenic "surveillance" system that removes $O^6$-

572    methyl-guanine from DNA prior to carcinogenesis.  Therefore, with the low level exposure of

573    NDMA/NDEA in the valsartan generic products, the production of potential carcinogen is within

574    the organ with the highest capacity for its removal.

---

[29] Pegg A.E., *Metabolism of N-Nitrosodimethylamine*, Molecular and Cellular Aspects of Carcinogen Screening Tests 3–22 (1980).

575          iii. *Peto Study*[30]

576          In one of the largest rat studies across a broad range of doses, Peto studied 4,080 rats

577    administered various levels of NDMA/NDEA in drinking water, for a period of either 12 or 18

578    months. Peto published two studies based on this same experiment: one was on the dose-

579    response relationship between either NDMA and NDEA and cancer formation (including death)

580    and the other was on the dose-time relationship.

581          One significant finding was that at NDEA doses below or equal to 0.264 parts per million

582    (ppm) given orally, an approximate dose of 13.2 mcg/kg and below, there were no esophageal

583    pre-cancerous tumors, cancerous tumors or esophageal cancer deaths.  This is consistent with

584    lower oral doses of NDEA being confined to the liver and not exceeding hepatic metabolic

585    capacity. Further, this upper dose of 13.2 mcg/kg would correspond to a daily dose of 924 mcg

586    of NDEA in an adult, or more than 700 times the largest amount of NDEA found in any generic

587    valsartan product, making the NDEA exposure unlikely to cause any cancer by "escaping" first-

588    pass metabolism.

589          In the Peto study, the relationship between the oral dose of either NDMA or NDEA and

590    liver cancer was complicated by the observation that 8% of the control treated rats still

591    developed hepatic cancers.  When looking at the dose of NDMA associated with an observed

592    lifetime hepatic cancer rate above the "background" hepatic cancer rate with no treatment, an

593    apparent increase in liver cancer was only seen at doses above 0.3 ppm, equating to 15

---

[30] Peto R et al., *Effects on 4080 Rats of Chronic Ingestion of Nitrosodiethylamine or N-Nitrosodimethylamine: A detailed dose response study*, Cancer Research 51:6415-6451 (1991) ("Peto 1991a"); Peto R et al., *Dose and Time Relationships for Tumor Induction in the Liver and Esophagus of 4080 Inbred Rats by Chronic Ingestion of N-Nitrosodiethylamine or N-Nitrosodimethylamine*, Cancer Research 51:6452-6469 (1991) ("Peto 1991b").

594    mcg/kg/day.  This would approximate an adult dose of 1050 mcg/day, or more than 52 times

595    the highest NDMA amount found in any generic valsartan product, keeping in mind that the

596    potential human exposure with valsartan containing NDMA would be less than lifetime (6 years

597    or less vs. lifetime in the rat study).  As above, I have calculated the ratio of Peto daily doses for

598    NDMA and NDEA vs the amounts of both compounds found in the FDA analysis of valsartan

599    generic products:

600    *Ratio of Peto daily non-carcinogen dose of NDMA (15 mcg/kg/day or 1050 mcg/day in a typical*
601    *human adult) or NDEA (13.2 mcg/kg or 924mcg/day) to daily NDMA and NDEA ingested in*
602    *various valsartan generic products.*

| Company | Product | NDMA Range (mcg) | NDEA Range (mcg) | Estimated Daily Human NDMA Exposure | Estimated NDEA Exposure | Ratio to Valsartan Amount (NDMA) | Ratio to Valsartan Amount (NDEA) |
|---|---|---|---|---|---|---|---|
| Aurobindo Pharm LTD | Amlodipine 10mg, valsartan 320mg | Below LOD | 0.02-0.09 | 1050mcg | 924mcg | -- | 10,267-46,200x |
| Aurobindo Pharm LTD | Valsartan 320mg | Below LOD | 0-0.05 | 1050mcg | 924mcg | -- | 18,480x |
| Aurobindo Pharm LTD | Valsartan 320mg, HCTZ 25mg | Below LOD | 0.02-0.19 | 1050mcg | 924mcg | -- | 4,863-46,200x |
| Hetero Labs LTD | Valsartan 320mg | 0.33-0.44 | Below LOD | 1050mcg | 924mcg | 2,386-3,182x | -- |
| Mylan Pharmaceutical Inc | Amlodipine 10mg, valsartan 320mg | Below LOD | 0.04-0.11 | 1050mcg | 924mcg | -- | 8,400-23,100x |
| Mylan Pharmaceutical Inc | Amlodipine 10mg, valsartan 320mg, HCTZ 25mg | Below LOD | 0.05 | 1050mcg | 924mcg | -- | 18,480x |
| Mylan Pharmaceutical Inc | Valsartan 320mg | Below LOD | 0.07-0.16 | 1050mcg | 924mcg | -- | 5,775-13,200x |
| Mylan Pharmaceutical Inc | Valsartan 320mg, HCTZ 25mg | Below LOD | 0.2-0.38 | 1050mcg | 924mcg | -- | 2,432-4,620x |
| Prinston Pharmaceutical | Valsartan 320mg | 15.18-16.30 | Below LOD | 1050mcg | 924mcg | 64-69x | -- |

| Prinston Pharmaceutical | Valsartan 320mg, HCTZ 25mg | 13.18-20.19 | Below LOD | 1050mcg | 924mcg | 52-80x | -- |
|---|---|---|---|---|---|---|---|
| Teva Pharmaceutical | Amlodipine 10mg, valsartan 320mg | Below LOD | 0-0.03 | 1050mcg | 924mcg | -- | 30,800x |
| Teva Pharmaceutical | Amlodipine 10mg, valsartan 320mg, HCTZ 25mg | Below LOD | 0-0.03 | 1050mcg | 924mcg | -- | 30,800x |
| Teva Pharmaceutical | Valsartan 320mg | 7.92-16.55 | Below LOD | 1050mcg | 924mcg | 63-133x | -- |
| Teva Pharmaceutical | Valsartan 320mg, HCTZ 25mg | 6.94-10.35 | 0-0.77 | 1050mcg | 924mcg | 101-151x | 1200x |
| Torrent Pharmaceuticals | Amlodipine 10mg, valsartan 320mg, HCTZ 25mg | 10.24-11.53 | Below LOD | 1050mcg | 924mcg | 91-103x | -- |
| Torrent Pharmaceuticals | Valsartan 320mg | 0.56-0.62 | 1.12-1.22 | 1050mcg | 924mcg | 1,694-1,875x | 757-825x |
| Torrent Pharmaceuticals | Valsartan 160mg | 0.45 | 1.31 | 1050mcg | 924mcg | 2,333x | 705x |

603       I should note that in the very complicated Peto papers, the statistics, mathematical

604       projections and calculations of probabilities and trends are quite complex.  One quote taken

605       from one of the Peto papers and used by several of Plaintiffs' experts, is that there is a 25%

606       excess of liver cancer at a dose of 1ppm, 2.5% at 0.1ppm, and therefore 0.25% at 0.01ppm, with

607       no apparent threshold.[31] However, from the remainder of that paragraph, in Peto's conclusion,

608       is the comment that "the general arguments about the _likely_ shapes of dose-response

609       relationships make it probable, even at lower doses, where direct observation is impracticable,

610       this linear relationship _may_ remain approximately true, for Colworth rats, if not for humans."

611       The basis for this "trend" analysis is from pooling the NDMA and NDEA treatment groups, both

---

[31] Peto 1991a.

612    male and female, and performing the trend statistics on these data.  The trend analysis of the

613    pooled data are presented in table 28 from Peto's 1991a paper.  However, when looking at the

614    trend statistics in the table legend, the critical z value is 2.16.  In the methodology section of the

615    same paper, the trend statistics description states: "[I]f the IP (one tailed P value) is of

616    intermediate value (eg. when 2<z<3), then judgment as to how likely it is that treatment really

617    did cause the disease of interest becomes more difficult…."  Thus, the reliability of using a linear

618    dose response relationship for liver cancer at low doses of NDMA and NDEA is not well

619    established, contrary to the representations of Plaintiffs' experts.  Peto goes on to say that

620    decisions would need to be more based on biological than statistical results, meaning that

621    observed liver cancers become more important than calculated ones.  Thus, the number of liver

622    cancers seen between the control groups and NDEA/NDMA doses of up to 0.066 ppm (3.3

623    mcg/kg) were the same, making it impossible to biologically conclude that these doses cause

624    liver cancer.  The 3.3 mcg/kg dose corresponds to a human daily dose of 231 mcg, still almost

625    11 times the dose of NDMA in any generic valsartan product (with the additional difference in

626    lifetime rat exposure vs. less than lifetime, 6 years or less, in humans).

627            iv. *Brantom Study*[32]

628            An additional study on the dose-response relationship between nitrosamines and cancer

629    in rats is seen in a graduate thesis paper by Brantom in 1983.  In his introductory remarks,

630    Brantom considers "the possibility that at very low levels of exposure there is no effect."   In his

631    thesis study, Brantom chose water-based NDMA and NDEA doses administered to rats in the

---

[32] Brantom P.G., *Dose-Response Relationships in Nitrosamine Carcinogenesis*, The British Industrial Biological Research Association (BIBRA) (1983).

632   dose range of 33 – 16,896 parts per billion (ppb), identical to the dose range in the previously

633   mentioned Peto study.  (This is not surprising in that Dr. Brantom is also an author on the Peto

634   papers.)  Thus, the same conversion of the ppb to dose/kg gives a dose range of approximately

635   2-1470 mcg/kg/day, as reflected in Brantom's  Table 4.1.  Doses of NDEA below about 80

636   mcg/kg/day and NDMA below about 120 mcg/kg/day had mortality rates no different from the

637   control group in Brantom's study.  Roughly 80-95% of control rats had tumors upon death,

638   again emphasizing that there is background "noise" for tumor studies in rats.  From Tables 4.6-

639   4.9 in Brantom's paper, one can see that liver tumors did not occur with NDEA or NDMA in

640   what could be called a dose-response relationship, and above what is seen in control rats, until

641   a dose of 132 ppb or higher for male and female rats, corresponding to a dose of approximately

642   8-11 mcg/kg/day.  This would correspond to a human daily dose of approximately 700 mcg/day,

643   or 35 times higher than the highest amount of NDMA found in any generic valsartan product

644   and 530 times higher than the highest amount of NDEA found in any generic valsartan product.

645   As above, I have calculated the ratio of the non-cancerous doses of both NDMA and NDEA in

646   the Brantom study with the various daily amounts of both found in valsartan generic products:

647   *Ratio of Brantom daily NDMA and NDEA ingestion (700 mcg/day) not associated with cancers to*
648   *the amount for both found in valsartan generic products.*

| Company | Product | NDMA Range (mcg) | NDEA Range (mcg) | Estimated Daily Human NDMA Exposure | Estimated NDEA Exposure | Ratio to Valsartan Amount (NDMA) | Ratio to Valsartan Amount (NDEA) |
|---|---|---|---|---|---|---|---|
| Aurobindo Pharm LTD | Amlodipine 10mg, valsartan 320mg | Below LOD | 0.02-0.09 | 700mcg | 700mcg | -- | 7,778-35,000x |
| Aurobindo Pharm LTD | Valsartan 320mg | Below LOD | 0-0.05 | 700mcg | 700mcg | -- | 14,000x |

| Aurobindo Pharm LTD | Valsartan 320mg, HCTZ 25mg | Below LOD | 0.02-0.19 | 700mcg | 700mcg | -- | 3,684-35,000x |
|---|---|---|---|---|---|---|---|
| Hetero Labs LTD | Valsartan 320mg | 0.33-0.44 | Below LOD | 700mcg | 700mcg | 1,591-2,121x | -- |
| Mylan Pharmaceutical Inc | Amlodipine 10mg, valsartan 320mg | Below LOD | 0.04-0.11 | 700mcg | 700mcg | -- | 6,364-17,500x |
| Mylan Pharmaceutical Inc | Amlodipine 10mg, valsartan 320mg, HCTZ 25mg | Below LOD | 0.05 | 700mcg | 700mcg | -- | 14,000x |
| Mylan Pharmaceutical Inc | Valsartan 320mg | Below LOD | 0.07-0.16 | 700mcg | 700mcg | -- | 4,375-10,000x |
| Mylan Pharmaceutical Inc | Valsartan 320mg, HCTZ 25mg | Below LOD | 0.2-0.38 | 700mcg | 700mcg | -- | 1,842-3,500x |
| Prinston Pharmaceutical | Valsartan 320mg | 15.18-16.30 | Below LOD | 700mcg | 700mcg | 43-46x | -- |
| Prinston Pharmaceutical | Valsartan 320mg, HCTZ 25mg | 13.18-20.19 | Below LOD | 700mcg | 700mcg | 34.7-53.1x | -- |
| Teva Pharmaceutical | Amlodipine 10mg, valsartan 320mg | Below LOD | 0-0.03 | 700mcg | 700mcg | -- | 23,333x |
| Teva Pharmaceutical | Amlodipine 10mg, valsartan 320mg, HCTZ 25mg | Below LOD | 0-0.03 | 700mcg | 700mcg | -- | 23,333x |
| Teva Pharmaceutical | Valsartan 320mg | 7.92-16.55 | Below LOD | 700mcg | 700mcg | 42.3-88.4x | -- |
| Teva Pharmaceutical | Valsartan 320mg, HCTZ 25mg | 6.94-10.35 | 0-0.77 | 700mcg | 700mcg | 67.6-100.9x | 909x |
| Torrent Pharmaceuticals | Amlodipine 10mg, valsartan 320mg, HCTZ 25mg | 10.24-11.53 | Below LOD | 700mcg | 700mcg | 60.7-68.4x | -- |
| Torrent Pharmaceuticals | Valsartan 320mg | 0.56-0.62 | 1.12-1.22 | 700mcg | 700mcg | 1,129-1,250x | 573.8-625x |
| Torrent Pharmaceuticals | Valsartan 160mg | 0.45 | 1.31 | 700mcg | 700mcg | 1555x | 534x |

649        Similarly, the occurrence of esophageal cancers was only dose-response evident, and

650        only in males at NDEA doses above 1580 ppb, or approximately 100 mcg/kg/day.  This would

651    correspond to a daily human dose approximately 5343 times higher than the dose of NDEA

652    found in any generic valsartan product.  Further, in scanning the other cancers observed in all

653    rats, at all doses, both male and female, there was no evident dose-response relationship with

654    either NDEA or NDMA.

655        A further analysis showed all treatment-related tumors in Tables 4.14 and 4.15 only

656    occurred with clear frequency above control rats at an NDEA dose above 1060 ppb (about 80

657    mcg/kg/day).  Brantom states a similar pattern existed for NDMA.  He further states that doses

658    below 200 mcg/kg/day revealed a reduction in tumor incidence in a dose-related fashion, but

659    does not state that it was linear.

660        With the observance of few cancers observed at low doses, and not different from

661    control animals, Brantom states that "any calculation of effect is based on extrapolation,"

662    indicating the potential inaccuracy of assuming there is no "threshold" effect—that is, a dose

663    below which neither NDMA nor NDEA causes cancer.  Given the assumptions in extrapolating

664    animal data to humans, Brantom nevertheless made calculations of the median time to tumor

665    occurrence in days for humans with higher nitrosamine doses (100 mcg per day) vs. lower doses

666    (10 mcg per day).  A final conclusion reached by Brantom is that based on his projections,

667    extrapolations and assumptions, in the United Kingdom human population, exposure of 100

668    mcg per day to NDMA is unlikely to increase human death rate by any detectable amount.

669              v. *Terracini Study*[33]

670              Terracini attempted to find a non-effective dose of NDMA in rats.  NDMA was

671       administered in doses of 2-50 ppm in the diet by adding NDMA in an oil solution to the diet.

672       Doses below 20 ppm did not induce liver histologic changes any different from untreated rats.

673       Although some hepatic cysts were seen at the dose of 5ppm, only one hepatic tumor was seen

674       at a dose of 2ppm.  However, the number of rats receiving no NDMA was too small to ascertain

675       the background number of liver tumors, so no correction for background noise was made.  No

676       kidney tumors were seen. The authors concluded that there was no obvious relationship

677       between the site and frequency of tumors and the dose of NDMA.  Further, they concluded that

678       there was no "precancerous" histological or cytological that would provide possible evidence of

679       impending malignancy.

680              vi. *Nixon Study*[34]

681              Nixon studied the combined effects of NDEA with cyclopropenoid fatty acids and

682       aflatoxin in rats. The NDEA was administered in the drinking water. Along with the other

683       compounds, NDEA was given in two doses, 0.2mg/kg/day and 1.0mg/kg/day.  Both NDEA doses

684       were associated with tumor formation; however, these doses are more than 10,000 and 53,000

685       times the daily amount of NDEA found in any NDEA-containing valsartan product.

---

[33] Terracini B et al., *Hepatic pathology in rats on low dietary levels of dimethylnitrosamine*, British Journal of Cancer 21:559-565 (1967).
[34] Nixon JE et al., *Effect of cyclopropenoid compounds on the carcinogenic activity of diethylnitrosamine and aflatoxin B in rats*, Journal of the National Cancer Institute 53:453-458 (1974).

686    vii. *Kroes Study*[35]

687  A study by Kroes compared, in rats, tumor rates with arsenic-based compounds alone

688 and in combination with 25 mcg/week of NDEA (approximately 3.6 mcg/day), administered by

689 esophageal intubation (not gastric).  Over time, the rats gained weight such that the typical

690 male weighed around 300 grams and a typical female around 175 grams.  Thus, the dosing was

691 approximately 12 mcg/kg/day for males and about 20mcg/kg/day for females.  This

692 corresponds to between 840-1400 mcg per day of NDEA, or more than 640-1069 times the

693 highest amount of NDEA found in any valsartan product.  Their results, even at this high-dose

694 equivalent to humans for NDEA, revealed no indication that NDEA was able to induce tumors or

695 potentiate the tumor effects of the arsenic compounds.  Further, the authors concluded that

696 there is a no-effect level for NDEA (again, at a dose of at least 640 times the amount of NDEA in

697 any valsartan product).

698    viii. *Terao Study*[36]

699  Terao studied the combined effects of NDMA and sterigmatocystin on carcinogenesis in

700 rats.  NDMA was administered in the diet at doses of 1-10 ppm for 54 weeks. The livers of rats

701 treated with 10ppm NDMA for 54 weeks showed almost normal histologic patterns and

702 induced no hepatic carcinomas.  There did seem to be an additive effect when NDMA was given

703 with sterigmatocystin; however, that is not relevant to the valsartan context as

704 sterigmatocystin is not found in or administered with valsartan.

---

[35] Kroes R et al., *Study on the carcinogenicity of lead arsenate and sodium arsenate and on the possible synergistic effect of diethylnitrosamine*, Food and Cosmetics Toxicology 12:671-679 (1974).
[36] Terao K et al., *A synergistic effect of nitrosodimethylamine on sterigmatocystin carcinogenesis in rats*, Food and Cosmetics Toxicology 16:591-596 (1978).

705             ix. *Arai Study*[37]

706         The Arai study is relied upon by Dr. Panigrahy to suggest there is evidence for low dose

707 NDMA to cause many cancer types. Arai studied the lowest non-carcinogenic dose of NDMA in

708 rats given 0.1, 1.0 and 10 ppm for 96 weeks. NDMA was added to the diet, presumably in the

709 chow. No tumors were seen at the lowest dose of 0.1ppm, which translates into 0.35 mg/kg, or

710 about 24mg per day in a human adult—over 1200 times the daily amount of NDMA found in

711 any generic valsartan product. Of note, there were no renal tumors, and the authors conclude

712 that to see renal carcinogenicity, higher doses of NDMA must be given by intraperitoneal

713 injection, a route that would bypass first-pass metabolism. Thus, the Arai study does not

714 support the induction of tumors with low dose NDMA with the trace amounts found in generic

715 valsartan products, and does not support the opinions of Dr. Panigrahy on this issue.

716             x. *Angsubhakorn Study*[38]

717         In this study, Angsubhakorn observed the combined effects on rats of administering

718 NDMA with aflatoxin, a potent hepatic carcinogen derived from fungal sources. Both chemicals

719 were added to chow, with NDMA at a dose of 25 ppm. The lowest rate of carcinogenesis was

720 with NDMA administered alone. Using a conversion from other rat studies, this dose of NDMA

721 would equate to roughly 0.25mg/kg in rats, or 17.5mg per day, which is approximately 867

722 times the highest amount of NDMA in any valsartan product.

---

[37] Arai M et al., *Long-term experiment of maximal non-carcinogenic dose of dimethylnitrosamine for carcinogenesis in rats*, Japanese Journal of Cancer Research 70:549-558 (1979).
[38] Angsubhakorn S et al., *Enhancing effects of dimethylnitrosamine on aflatoxin B1 hepatocarcinogenesis in rats*, International Journal of Cancer 28:621-626 (1981).

723         xi. *Gricute Study*[39]

724         Griciute studied the impact of co-administering in mice NDMA with ethanol (40%, or 80

725    proof).  The NDMA was administered by an intragastric tube at a weekly dose of 0.03mg for 50

726    weeks.  Weights of the mice were not reported; however, in looking at the mice strain for

727    research purposes at the Jackson Laboratory, the weight per mouse would appear to be

728    somewhat age dependent, with a rough estimate of 25 grams (0.025kg) at about 12 weeks of

729    age.  Thus, I estimate the 0.03mg dose to be equivalent to 0.17 mg/kg/day (0.03mg/week x

730    1week/7 days x 1/0.025kg).  This would correspond to a human adult dose of approximately

731    12mg per day, or approximately 700 times the amount of NDMA found in any Teva valsartan

732    product.

733         xii. *Lijinsky Studies*

734         In 1981, Lijinsky conducted a dose response study of NDEA in rats, with total oral doses

735    of 1.4 to 192mg in their drinking water for up to 30 weeks, then followed for up to 130 weeks.[40]

736    The survival times were similar with total doses of 1.4-8.4mg and placebo.  More cancers were

737    seen in the higher doses and tended to be esophageal and hepatic.   Animal size was not

738    reported, making it difficult to convert to a human dose equivalent; however, if one estimates

739    the weight of similar strain rats (300 gms or 0.3kg) and the 30 weeks of exposure, then the total

740    administered lowest dose of 1.4 mg can be estimated as approximately 22 mcg/kg/day, or

741    roughly 1540 mcg per day.  This is over 1175 times the highest NDEA amount found in any

---

[39] Gricute L et al., *Influence of ethyl alcohol on carcinogenesis with Nnitrosodimethylamine*, Cancer Letters 13:345-352 (1981).
[40] Lijinsky W et al., *Dose response studies of carcinogenesis in rats by nitrosodiethylamine*, Cancer Research 41:4997-5003  (1981).

742    valsartan product, thus making it difficult to extrapolate these results to humans in the context

743    of the microgram NDEA quantities found in valsartan.

744         In another study by Lijinsky in 1983, various combinations of n-nitrosoamines were

745    given to rats to study the additive or synergistic effect of carcinogen combinations.[41]  There was

746    no clear indication of additive or synergistic effects with NDEA and other n-nitroso compounds

747    with up to 30 weeks of individual or combination treatments.  NDMA was not studied in this

748    experiment.

749         In another Lijinsky study in 1984, NDMA was studied for effects on liver cancer in rats

750    who also received other nitrosomethylalklyamines.[42] NDEA was not studied.  The nitrosoamines

751    were administered in drinking water, in total doses of 17 mg and 39 mg of NDMA.  When 17 mg

752    and 39 mg of NDMA given over 30 weeks are converted to human dose equivalents, one must

753    again extrapolate the estimate weight of the rats used in the study.[43]  At an estimate weight of

754    0.3kg, then the estimated dose of NDMA administered to these rats was between 270 and 540

755    mcg/day or approximately 19 mg and 38 mg per day.  This translates into at least  941 and 1882

756    times the highest daily amount of NDMA found in any  valsartan product.

757         In yet another Lijinsky study in 1987, a combination of NDMA and NDEA was

758    administered to the same strain of Fischer rats with azoxyalkanes, also a known carcinogen.[44]

759    The route of administration for NDMA and NDEA in this study was gastric lavage, a direct

---

[41] Lijinsky W et al., *Carcinogenesis by combinations of N-nitroso compounds in rats*, Food and Chemical Toxicology 21:601-605 (1983).

[42] Lijinsky W et al., *Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses*, Cancer Letters 22:83-88 (1984).

[43] *See Fischer 344 rats,* taconic.com, https://www.taconic.com/rat-model/fischer-344 (last visited Aug. 2, 2021).

[44] Lijinsky W et al., *Carcinogenesis by nitrosodialkylamines and azoxyalkanes given by gavage to rats and hamsters*, Cancer Research 47:3968-3972 (1987).

760     administration technique compared to studies using drinking water.  Interestingly, this author

761     concedes in his introduction that it has "not been entirely appropriate to compare the

762     biochemical results of carcinogenesis studies with the compound in drinking water" with

763     studies using a more direct intragastric approach.  This is presumed to be because in drinking

764     water, animals get exposed through the skin, sublingual absorption and possibly inhalation—all

765     of which are routes that circumvent the first-pass metabolism of compounds truly administered

766     orally, thus confounding study results that use n-nitrosoamines in drinking water.  Rats and

767     hamsters were studied, but given the preponderance of rat studies, only the rat data are shown

768     here.  NDMA was administered in a dose of 1.9 mg/kg/day, and NDEA was administered in a

769     dose of 2.3 mg/kg/day.  Again, these are over 6587 times and 122,000 times the amount of

770     daily exposure to these respective agents in any valsartan product.  At these extreme doses, no

771     esophageal cancers were seen with NDMA, and neoplasms of the nasal mucosa were

772     uncommon with both NDEA and NDMA.  Fewer liver tumors were seen with gavage than with

773     drinking water studies of NDMA.  NDEA induced tumors of the esophagus and nasal mucosa at

774     these gavage doses.

775           xiii. *Adamson Study*[45]

776        Adamson reported an ongoing series of the carcinogenic effect of many compounds in

777     non-human primates.  None of four animals at necropsy had any cancer after receiving

778     10mg/kg biweekly intraperitoneal (IP) injections of NDMA, although there was evidence of

779     hepatic toxicity (cirrhosis).  Hepatocellular carcinomas were detected in monkeys receiving

---

[45] Adamson RH, *Chemical carcino-genesis in non-human primates. In:Longenbach R, Nesnow S, Rice JM, eds. Organand Species Specifcity in Chemical Carcinogene-sis*, New York and London: Plenum Publishing Corp. 129–156 (1983).

780    either bimonthly IP injections or 5 days/week oral doses of 40mg/kg of NDEA.  This cumulative

781    NDEA oral dose ranged in total from 18-55 grams, or 6274 to 19,170 times the total 6-year dose

782    of the highest amount of NDEA in any valsartan product.

783         Adamson is also studying chronic doses of NDEA with IP doses of 0.1-40mg per kilogram.

784    Given IP, these results are not relevant to low oral doses of NDEA.[46]

785              xiv. *Anderson Study*[47]

786         Anderson studied the effects on carcinogenesis of combining NDMA and ethanol in

787    mice.  The hypothesis is that ethanol, in part, is also metabolized by CYP2E1 (the major

788    detoxifying metabolic pathway for NDMA), and that some studies suggest inhibition of 2E1 by

789    ethanol.  The dose of NDMA in this study was either 1 or 5 ppm and was administered to mice

790    in drinking water.  Although the addition of different amounts of ethanol appeared to increase

791    the observance of lung tumors, many of the comparisons were not statistically significant.

792    Further, 1mg/kg and 5mg/kg single NDMA doses were given directly into the stomach

793    (intragastric, or IG) with and without ethanol.  Although the 5mg/kg dose produced lung tumors

794    in 16 weeks, the lung cancer rate with the 1mg/kg NDMA dose was no different than giving

795    ethanol alone or the combination, until the highest ethanol dose was given. Thus the lower

796    doses of NDMA seemed unaffected by any but the highest amount of ethanol, which would

797    amount to consuming 40 proof alcohol in daily drinking water.

---

[46] Adamson et al., *The finding of n-nitrosodimethylamine in common medicines*, The Oncologist 25:460-462 (2020).
[47] Anderson LM et al., *Characterization of ethanol's enhancement of tumorigenesis by N-nitrosodimethylamine in mice*, Carcinogenesis 13:2107-2111 (1992).

798        xv. *Berger Study*[48]

799        Berger administered NDEA in the drinking water of rats who also received other

800    carcinogens, to study the combination effects.  Pertinent to the issues at hand, NDEA alone was

801    administered in drinking water, 5 days a week, at doses of 0.01, 0.032 and 0.1 mg/kg.  This

802    would correspond to human adult doses of 0.7, 2.24 and 7mg per day—or 534-5344 times the

803    highest daily amount of NDEA found in any  valsartan product. Thus, the tumor rates in this

804    study are not relevant in the context of human consumption of valsartan.

805        To a reasonable degree of scientific certainty, I can conclude from the above animal

806    studies that most studies used doses of NDMA and NDEA that are far above, in some cases

807    thousands of times above, the trace amounts of NDMA/NDEA found in valsartan products.  I

808    can also conclude that at the lower levels of oral exposure, the rates of measurable cancers

809    were small and often no different from control animals' rates—the so-called "background

810    noise."  Because of the small rates at the lowest doses of NDMA and/or NDEA, the cancer rates

811    are often extrapolated, which makes linearity assumptions that have not been proven.

812    Therefore, I do not find evidence from the animal studies that the exposure to trace amounts of

813    NDEA and/or NDMA in valsartan would be expected to lead to any detectable cancers.

814        **c. The studies cited by Plaintiffs' experts also do not support any causal association**
815        **between NDMA/NDEA in valsartan and the cancers alleged by Plaintiffs.**

816        Throughout their reports, Drs. Panigrahy and Etminan rely on occupational studies

817    involving NDMA exposure due to inhalation (e.g., exposure in rubber manufacturing workers)

818    as well as animal studies involving NDMA exposure through injection. These studies are equally

---

[48] Berger MR et al., *Combination experiments with very low doses of three genotoxic N-nitrosamines with similar organotropic carcinogenicity in rats*, Carcinogenesis 8:1635-1643 (1987).

819 not relevant to the issues in this case, which involve the oral intake of small doses of NDMA, as

820 the nature and mechanisms of absorption, distribution, and metabolism of NDMA are

821 dependent upon the route of administration, as demonstrated above. And, in the studies of

822 rubber manufacturing workers, there were several potential alternative sources of exposure to

823 carcinogens that were not adequately controlled for, which is of particular importance given

824 the various chemicals involved in the manufacturing process and the environment of a

825 manufacturing plant. Specific criticisms of the studies relied upon by Plaintiffs' experts are set

826 forth below.

827            i. *Occupational/Industrial Exposure*
828
829       Studies cited by Plaintiffs' experts include the following:
830

| Study | Cancer Odds Ratio | Confidence Limits | Comments/Criticisms |
|---|---|---|---|
| McElvenny[49] | 1.13 (mortality) | 1.11-1.16 | No control for exposure to NDEA/NDMA specifically |
| Straif[50] | 1.4 (mortality) | 1.0-1.8 | Low vs. high nitrosamine exposure; not controlled for other carcinogens |
| Hidajat[51] | 1.7-3.47 (mortality for different cancers) | | No control for smoking |

---

[49] McElvenny DM et al., *British rubber and cable industry cohort: 49-year mortality follow-up*, Occup. Environ. Med. 75(12):848-855 (2018).

[50] Straif K et al., *A review of human carcinogens– part C: metals, arsenic, dusts, and fibres*, The Lancet Oncology 10:453-54 (2009).

[51] Hidajat M et al., *Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up*, Occupational and Environmental Medicine 76:250-258 (2019).

831    None of these studies can control for all variables needed to draw any meaningful conclusion,

832    in that cancer history, smoking, and exposure to other potential carcinogens were not

833    accounted for, nor was the actual exposure to nitrosamines.  Further, these occupational

834    studies involved exposure through inhalation, which is not relevant to the matter at hand—i.e.,

835    oral administration of valsartan—for the reasons discussed above.

836                    ii. *Stomach Cancer*

837            Plaintiffs' experts cite the following related to stomach cancer:

| Study | Odds Ratio | Confidence Limits | Comments/ Criticisms |
|---|---|---|---|
| Hidajat[52] | 1.72 | 1.41-2.10 | No control for other carcinogens, such as smoking |
| La Vecchia[53] | 1.37 | 1.1-1.7 | Risk at daily dose of >190ng/day |
| Larsson[54] | 1.96 | 1.08-3.58 | Risk at doses above 194ng/day |
| De Stefani[55] | 3.62 | 2.38-5.51 | Risk at doses above 270ng/day |
| Palli[56] | 1.99 | 1.0-3.98 | Not statistically significant; NDMA exposure not clear |
| Loh[57] | 1.13 | 0.81-1.57 | Not significant |
| Jakszyn[58] | 1.00 | 0.7-1.43 | Poorly controlled |

[52] *Id.*

[53] LaVecchia C et al., *Nitrosamine intake and gastric cancer risk*, Eur. J. Cancer Prev. 4(6):469-74 (1995).

[54] Larsson SC et al., *Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women*, Int. J. Cancer 119(4):915-9 (2006).

[55] DeStefani E et al., *Dietary nitrosodimethylamine and the risk of lung cancer: a case-control study from Uruguay*, Cancer Epidemiol. Biomarkers Prev. 5(9):679-82 (1996).

[56] Palli D et al., *Dietary patterns, nutrient intake and gastric cancer in a high-risk area of Italy*, Cancer Causes Control 12(2):163-72 (2001).

[57] Loh YH et al., *N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study*, Am. J. Clin. Nutr. 93(5):1053-61 (2011).

[58] Jakszyn P, Bingham S, Pera G et al, *Endogenous versus exogenous exposure to N -nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study*, Carcinogenesis 27:1497-1501 (2006).

| Keszei[59] | 1.06 | 1.01-1.10 | Poor diet questionnaire |
| Knekt[60] | 0.75 | 0.37-1.51 | Could not exclude a reduction of 63% |
| Pobel[61] | 7.0 | 1.85-26.46 | Dose above 290ng/day |
| Song (meta-analysis)[62] | 1.34 | 1.02-1.76 | Incorporates all the weaknesses from each study included |

838     The meta-analysis by Song cannot exclude an only 2% increase in risk, and with reliance on

839     questionnaires for intake (and poor control of other cancer risk factors), one cannot with

840     confidence assign a proven cause and effect relationship with dietary NDMA and stomach

841     cancer.

842          iii. *Colorectal Cancer*

843          Plaintiffs' experts' sources related to colorectal cancer are as follows:

| Study | Odds Ratio | Confidence Limits | Comments/ Criticisms |
| --- | --- | --- | --- |
| Straif[63] | 1.5 (colon) 1.6 (rectal) | 0.5-4.7 0.2-3.9 | No statistical difference in either |
| Zhu[64] | 1.42 (colorectal) | 1.03-1.96 | Dietary study, poor control for intake |
| Knekt[65] | 2.12 (colorectal) | 1.04-4.33 | NDMA amounts not specified |

[59] Keszei AP et al., *Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study*, Am. J. Clin. Nutr. 97(1):135-46 (2013).
[60] Knekt P et al., *Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study*, Int. J. Cancer 80(6):852-6 (1999).
[61] Pobel D et al., *Nitrosamine, nitrate and nitrite in relation to gastric cancer: a case-control study in Marseille, France*, Eur. J. Epidemiol. 11(1):67-73 (1995).
[62] Song P et al., *Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis*, Nutrients 7(12):9872-95 (2015).
[63] Straif K et al., *A review of human carcinogens– part C: metals, arsenic, dusts, and fibres*, The Lancet Oncology 10:453-54 (2009).
[64] Zhu Y et al., *Dietary N-nitroso compounds and risk of colorectal cancer: a case-control study in Newfoundland and Labrador and Ontario, Canada*, Brit. J. Nutrition 111:1109-1117 (2014).
[65] Knekt P et al., *Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study*, Int. J. Cancer 80(6):852-6 (1999).

| Loh[66] | 0.99 (colon) 1.46 (rectal) | 0.83-1.18 1.16-1.84 | Poor control, no reliable intake of nitrosamines |
|---|---|---|---|

844          iv. *Pancreatic Cancer*

845          Plaintiffs' experts cite the following in discussing pancreatic cancer:

| Study | Odds Ratio | Confidence Limits | Comments/ Criticisms |
|---|---|---|---|
| Fritschi[67] | 0.85 | 0.5-1.42 | Nitrosamines not specifically evaluated |
| Straif[68] | No association | | |
| Hidajat[69] | 2.6 (death) | 1.94-3.49 | No control for smoking and other carcinogen exposure |
| Zheng[70] | 2.28 | 1.71-3.04 | Higher levels of estimated NDMA exposure above 240ng per day |
| Zheng[71] | 1.03 | 0.78-1.37 | At dietary estimated dose of 2 mcg/day |

846          v. *Head and Neck Cancers*

847          With regard to head and neck cancers, Plaintiffs' experts cite:

| Study | Odds Ratio | Confidence Limits | Comments/ Criticisms |
|---|---|---|---|
| Loh[72] | 1.13 (esophageal) | 0.77-1.68 | Not significant; states an increase of 68% cannot be ruled out; |

---

[66] Loh YH et al., *N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study*, Am. J. Clin. Nutr. 93(5):1053-61 (2011).

[67] Fritschi L et al., *Occupational exposure to N-nitrosamines and pesticides and risk of pancreatic cancer*, Occup. Environ. Med. 72(9):678-83 (2015).

[68] Straif K et al., *A review of human carcinogens– part C: metals, arsenic, dusts, and fibres*, The Lancet Oncology 10:453-54 (2009).

[69] Hidajat M et al., *Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up*, Occupational and Environmental Medicine 76:250-258 (2019).

[70] Zheng J et al., *Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study*, Carcinogenesis 40(2):254-62 (2019).

[71] *Id.*

[72] Loh YH et al., *N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study*, Am. J. Clin. Nutr. 93(5):1053-61 (2011).

| | | | equally so for a 23% decrease |
|---|---|---|---|
| Rogers[73] | 1.82 (oral) 1.86 (esophageal) | 1.1-3.0 0.87-3.95 | Estimated exposure above 179ng/day |
| Keszei[74] | 1.15 (esophageal) | 1.05-1.25 | 15% increase per 100ng/day exposure |
| Straif[75] | 5.1 (head/neck) | 1.2-20.6 | Other factors not controlled for |
| Hidajat[76] | 3.04 (esophageal death) 1.39 (laryngeal) | 2.26-4.09 0.67-2.90 | No control for smoking and other carcinogen exposure |
| Knekt[77] | 1.37 (head/neck) | 0.5-3.74 | Not significant |

848        vi. *Liver Cancer*

849        Plaintiffs' experts' references concerning liver cancer include:

| Study | Odds Ratio | Confidence Limits | Comments/ Criticisms |
|---|---|---|---|
| Straif[78] | Only 9 liver cancer deaths | | Not significant |
| Hidajat[79] | 2.86 | 1.78-4.59 | No control for smoking and other carcinogen exposure |

850        vii. *Bladder Cancer*

851        Plaintiffs' experts cite the following regarding bladder cancer:

---

[73] Rogers MA et al., *Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer*, Cancer Epidemiol. Biomarkers Prev. 4(1):29-36 (1995).

[74] Keszei AP et al., *Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study*, Am. J. Clin. Nutr. 97(1):135-46 (2013).

[75] Straif K et al., *A review of human carcinogens– part C: metals, arsenic, dusts, and fibres*, The Lancet Oncology 10:453-54 (2009).

[76] Hidajat M et al., *Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up*, Occupational and Environmental Medicine 76:250-258 (2019).

[77] Knekt P et al., *Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study*, Int. J. Cancer 80(6):852-6 (1999).

[78] Straif K et al., *A review of human carcinogens– part C: metals, arsenic, dusts, and fibres*, The Lancet Oncology 10:453-54 (2009).

[79] Hidajat M et al., *Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up*, Occupational and Environmental Medicine 76:250-258 (2019).

| Study | Odds Ratio | Confidence Limit | Comments/ Criticisms |
|---|---|---|---|
| Jakszyn[80] | 1.12 | 0.88-1.44 | Not significant; states increase of 44% cannot be ruled out (neither can a 12% reduction) |
| Straif[81] | 1.3 | 0.4-5.0 | Not significant |
| Hidajat[82] | 2.82 | 2.16-3.67 | At higher doses |

852          viii. *Prostate Cancer*

853          Plaintiffs' experts rely on the following studies with regard to prostate cancer:

| Study | Odds Ratio | Confidence Limit | Comments/ Criticisms |
|---|---|---|---|
| Loh[83] | 1.01 | 0.9-1.13 | Not significant |
| Jakszyn[84] | 1.23 | 0.99-1.53 | Not significant |
| Straif[85] | 2.1 | 0.7-1.53 | Not significant |
| Hidajat[86] | 5.36 | 4.27-6.73 | In higher level of exposure compared to lower exposure |

854          ix. *Blood Cancers*

855          Plaintiffs' experts' sources regarding blood cancers include:

---

[80] Jakszyn P, Gonzalez CA, Lujan-Barroso L et al., *Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC)*, Cancer Causes and Cancer Epidemiol. Biomarkers Prev. 20:555-9 (2011).

[81] Straif K et al., *A review of human carcinogens– part C: metals, arsenic, dusts, and fibres*, The Lancet Oncology 10:453-54 (2009).

[82] Hidajat M et al., *Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up*, Occupational and Environmental Medicine 76:250-258 (2019).

[83] Loh YH et al., *N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study*, Am. J. Clin. Nutr. 93(5):1053-61 (2011).

[84] Jakszyn PG, Allen NE, Lujan-Barroso L et al., *Nitrosamines and Heme Iron and Risk of Prostate Cancer in the European Prospective Investigation into Cancer and Nutrition*, Cancer Epidemiol. Biomarkers Prev. 21;547-51 (2012).

[85] Straif K et al., *A review of human carcinogens– part C: metals, arsenic, dusts, and fibres*, The Lancet Oncology 10:453-54 (2009).

[86] Hidajat M et al., *Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up*, Occupational and Environmental Medicine 76:250-258 (2019).

| Study | Odds Ratio | Confidence Limit | Comments/ Criticisms |
|---|---|---|---|
| Richardson[87] | 2.22 | 1.48-3.35 | Occupational with nitrates, nitrites, nitrosamines combined |
| Straif[88] | Not significant | | Occupational exposure estimates lacking precision |
| Hidajat[89] | 2.25 (lymphoma) 3.47 (leukemia) 2.81 (multiple myeloma) | 1.41-3.59 2.35-5.13 2.17-3.64 | In higher level of exposure compared to lower exposure |

856         Dr. Etminan's conclusion regarding blood cancers, in particular, appears to be simply

857   cut-and-pasted from the bladder cancer section of Dr. Etminan's report.

858               x. *Lung Cancer*

859         Plaintiffs' experts' citations regarding lung cancer include:

| Study | Odds Ratio | Confidence Limit | Comments/ Criticisms |
|---|---|---|---|
| De Stefani[90] | 3.14 | 1.86-5.29 | With limitations |
| Goodman[91] | 3.3 (men) 2.7 (women) | 1.7-6.2 (men) 1.0-6.9 (women) | Dietary exposure; duration not reported |
| Loh[92] | 1.05 | 0.88-1.24 | Not significant |
| Hidajat[93] | 1.7 | 1.54-1.87 | No control for other potential carcinogenic |

[87] Richardson DB et al., *Occupational risk factors for non-Hodgkin's lymphoma: a population-based case-control study in Northern Germany*, Am. J. Ind. Med. 51(4):258-68 (2008).

[88] Straif K et al., *A review of human carcinogens– part C: metals, arsenic, dusts, and fibres*, The Lancet Oncology 10:453-54 (2009).

[89] Hidajat M et al., *Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up*, Occupational and Environmental Medicine 76:250-258 (2019).

[90] DeStefani E et al., *Dietary nitrosodimethylamine and the risk of lung cancer: a case-control study from Uruguay*, Cancer Epidemiol. Biomarkers Prev. 5(9):679-82 (1996).

[91] Goodman MT et al., *High-fat foods and the risk of lung cancer*, Epidemiology 3(4):288-99 (1992).

[92] Loh YH et al., *N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study*, Am. J. Clin. Nutr. 93(5):1053-61 (2011).

[93] Hidajat M et al., *Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up*, Occupational and Environmental Medicine 76:250-258 (2019).

| | | | exposures like smoking |
|---|---|---|---|

860    **d. Other criticisms of and flaws in Plaintiffs' expert reports**

861        Dr. Hecht, on page 8 of his report, lumps several studies together to opine that in

862    several species, NDMA has demonstrated a high systemic clearance and high oral

863    bioavailability.  He cites a study by Hino et al. in his reference 21, for the proposition that

864    NDMA was found in beagles after oral administration, suggesting to him that there is systemic

865    bioavailability after oral NDMA exposure in larger mammals.  First, the NDMA administered to

866    the beagles in the cited study was administered intravenously and orally at a dose of 2mg/kg,[94]

867    which would correspond to an oral dose in a typical weight (70kg) human of 140mg, or an oral

868    dose more than 8000 times the highest NDMA amount found in any Teva valsartan product

869    (16.55 mcg, or 0.01655 mg).  Second, even smaller doses of NDMA administered to beagles

870    would not be comparable to humans because dogs have been demonstrated to have only ¼ the

871    CYP2E1 metabolic capacity of human 2E1, so dogs would have less capacity to clear any oral

872    dose of NDMA than humans.[95] Thus, I disagree with Dr. Hecht's theories regarding systemic

873    clearance and oral bioavailability of NDMA.

874        I also disagree with Dr. Lagana's statement on page 22 of his report that based on his

875    review of the literature, it appears that "NDMA is absorbed into the blood." As demonstrated

876    above, whether NDMA reaches the bloodstream is clearly dependent on the route of

877    administration and the dose as well. Dr. Lagana's blanket statement is therefore incorrect.

---

[94] Hino K et al., *Salivary Excretion of N-nitrosodimethylamine in Dogs*, Eur. J. Cancer Prev. 9:271-276 (2000).
[95] Lankford SM, Bai SA, Goldstein JA, *Cloning of canine cytochrome P450 2E1 cDNA: identification and characterization of two variant alleles*, Drug Metab. Dispos. 28(8):981-6 (2000).

878          Notably, in Dr. Panigrahy's report on page 31, he states that "only a single dose of

879    NDMA is required to cause and initiate cancer in multiple animal species"; however, Dr.

880    Panigrahy does not cite to any literature in support of this assertion. Based on my experience

881    and my review of the literature, I do not agree with Dr. Panigrahy's blanket assertion. A single

882    dose of NDMA would be fully or almost entirely metabolized in the liver, if administered in an

883    amount below the level that the liver is able to process, as in the case of the trace amounts of

884    NDMA found in valsartan. NDMA would only be able to initiate cancer after a single dose if it

885    were administered in a massive quantity, which has not been the case in any study and

886    certainly is not the case here, where only small, trace amounts of NDMA were present in

887    valsartan.

888    **8. Clinical and Practical Implications of NDMA/NDEA in Valsartan**

889          The presence of trace amounts of NDMA/NDEA in valsartan during the time period in

890    question (i.e., 2012 to 2018) did not create any independent or increased risk of cancer in

891    patients taking valsartan, nor did it render the medications "unreasonably dangerous."

892    According to the FDA's NDMA guidance, the acceptable intake of NDMA is 96 nanograms (ng) a

893    day.[96]  This daily limit was estimated to be the amount that would cause a 1:100,000 cancer risk

894    after 70 years of daily exposure.  That daily amount was estimated from the dose that would

895    induce a tumor in half of the rodents exposed in animal toxicity experiments.  In most of these

896    studies, animals received between 1-5mg of NDMA per kilogram of body weight, for both short

897    and long-term exposure.  This would be the equivalent of giving between 70 and 350mg daily to

898    a human, which is approximately 700,000 to 3.5 million times higher than the FDA proposed

---

[96] *FDA Guidance for Industry: Control of Nitrosamine Impurities in Human Drugs* at 10 (Sept. 2020).

899    safe upper limit of daily exposure—and still more than 4000-21,000 times higher than the

900    highest amount of NDMA the FDA measured in any finished dose manufacturer's valsartan

901    product(s).

902         Additionally, at these levels of exposure, there is no legitimate concern about whether

903    daily ingestion could lead to some type of accumulation or saturation in the human body.  That

904    would only happen if the human body could not adequately metabolize the daily ingested

905    amount of either NDMA or NDEA, which it is able to do at these trace amounts.

906         There are a few studies that have looked at the use of valsartan, at least in the short

907    term, and the risk of cancer.  In a Danish national study, during the period of 2012 (when

908    valsartan products produced in China were first identified with NDMA) until the recall in 2018,

909    the investigators identified 3450 patients taking valsartan that probably or possibly contained

910    NDMA and compared the rates of cancer in these patients compared to 3625 patients taking

911    valsartan products unlikely to contain NDMA.[97]  The patients taking the probable/possible

912    NDMA valsartan products were no more likely to develop cancer compared to the patients

913    taking valsartan that was free of NDMA.  There were two individual cancers that weakly were

914    associated with valsartan containing NDMA (colorectal and uterine); however, the confidence

915    limits (a measure of the uncertainty of the data) were very wide and therefore no statistical

916    association was identified.  Similarly, there were actually fewer bladder and pancreatic cancers,

917    albeit with the same wide confidence limits, indicating no statistical likelihood of reduced

918    cancer with valsartan NDMA exposure either.  The main limitation of this Danish study was the

---

[97] Pottegard A et al., *Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study*, BMJ 2018;362:k3851 (2018).

919     relatively short period of time that patients were exposed to NDMA, approximately 4.5 years on

920     average and ranging from 2-5 years.  However, if this is the time frame of exposure to valsartan

921     products containing NDMA/NDEA until the recall, it mimics the exposure time until these

922     products became part of the recall.  Thus, the authors conclude that any actual increased risk of

923     cancer due to valsartan products containing NDMA/NDEA is unlikely.

924          Similar to the Pottegard study reviewed above, Gomm reports on a cohort study of

925     valsartan use and cancer in the German health care system.[98]  The authors suggest that

926     exposure to valsartan products containing NDMA would have been in the time period from the

927     change in the manufacturing process in 2012 until the recall that occurred in  July of 2018.

928     They cite a weakness in the Danish study in that only about 5000 patients were evaluated; in

929     Gomm's analysis, a total of over 780,000 patients were evaluated, comparing cancer rates in

930     those taking valsartan products found to have NDMA versus those taking valsartan products

931     without NDMA.  The primary study analysis was the incidence of all cancers between valsartan-

932     with-NDMA users and valsartan-without-NDMA users.  Over a mean exposure period of 3 years,

933     the hazard ratio was 1.0, indicating that there was no difference in all cancer rates whether

934     patients took valsartan containing NDMA or not.  After adjusting for higher doses in some

935     patients and longer durations of exposure, there was still no evidence of valsartan associated

936     cancers.  When evaluating for specific cancers, there was a statistically significant increase in

937     liver cancers, with a hazard ratio of 1.16, and a confidence interval of 1.03-1.31.  However,

938     there was no association of liver cancer with valsartan dose, duration of exposure or variation

---

[98] Gomm W et al., *N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer - A Longitudinal Cohort Study Based on German Health Insurance Data*, Dtsch. Arztebl. Int. 118:357–62 (2021).

939    in lag time.  The finding of liver cancer is in contrast with the results of the Danish study, in that

940    the Danish study did not detect a single case of liver cancer.  And, despite the study size, there

941    was no association with NDMA-containing valsartan products and other cancers, including

942    bladder, breast, colorectal, kidney, lung, melanoma, pancreatic, prostate and uterine.

943          Despite its retrospective nature, this type of trial attempts to adjust for variables they

944    can try to control, such as matching the two groups for age and duration of exposure, among

945    others; however the Charlson co-morbidity index was more likely in the group exposed to

946    NDMA-containing valsartan products, making it difficult to ascribe the liver cancer risk to

947    valsartan alone.  Consistent with more NDMA-exposed patients having a higher Charlson co-

948    morbidity index, NDMA-exposed patients had more polypharmacy, heart failure, diabetes,

949    statin use, aspirin use and steroid use, indicating that the two groups were not equal in their

950    background diseases or treatments.  The investigators were also not able to adjust their results

951    for differences in other cancer risk factors such as smoking status, dietary/environmental

952    exposures and genetic predispositions.  A strength of the study, compared to the Danish study,

953    is many more patient-years of data to analyze.  Despite the finding of a small increase in liver

954    cancer, the authors conclude that this type of study only establishes a statistical association,

955    and that causality cannot be established.

956          Dr. Etminan criticizes one aspect of the Gomm study that I disagree with.  He contends

957    that the Gomm study excluded cancers that occurred in the first two years, a so-called lag

958    period, which in the three year study meant that there was, on average, only 1 year of follow-

959    up to detect a cancer.  This is a misinterpretation of the study design.  Patients followed for

960    three years were followed for three years, not one, so the lag period did not "restart the clock"

961    on duration of follow-up.

962         In July 2019, Al-Kindi published an analysis of the FDA Adverse Event Reporting System

963    (FAERS) for spontaneous reports of neoplasms for a two year period dating from January 1,

964    2017 through December 31, 2018.[99]  In context, the FDA recall of valsartan products containing

965    NDMA/NDEA was in July 2018, and the FDA-announced recalls of irbesartan products and

966    losartan products, also for the detection of NDMA/NDEA, were in October and November of

967    2018, respectively.  The reporting from health care providers and/or consumers is completely

968    voluntary, and these reports often fail to provide sufficient data to make any clinical judgement

969    as to cause and effect of the reports.  Al-Kindi assessed spontaneous reports of neoplasms as a

970    percentage of all ARB adverse events reported and compared valsartan reports vs. other ARBs.

971    Further, he evaluated whether the spontaneous reports came from health care professionals or

972    consumers.

973         As would be expected, there was an abrupt increase in valsartan neoplasm reports to

974    FAERS beginning in July 2018.  Given the timing of the increased reports in relation to the date

975    of valsartan product recalls, the authors conclude that it is biologically implausible (and I would

976    conclude impossible) for this increase in reports to occur so quickly after the recall and is more

977    a representation of the national media attention to the recall.  They further highlight the

978    problems with the FAERS system, which include inaccuracy of reports, delayed reports, and its

979    passive nature, which make it an unreliable system for post-marketing surveillance of drug

---

[99] Al-Kindi S et al., *Abrupt increase in reporting of neoplasms associated with valsartan after medication recall*, Circ. Cadiovascular Qual. Outcomes, at 1 (2019).

980  safety.  Al-Kindi urges for a government sponsored program of patient and provider education

981  to avoid premature drug discontinuation, legal disputes and inaccurate drug-adverse event

982  associations.

983  **V.      SUMMARY OF OPINIONS AND CONCLUSION**

984          As noted above, all of the opinions that I have offered in this report are based on my

985  education, training, knowledge, and experience in pharmacokinetics and pharmacology, as well

986  as the materials I have reviewed in this case, and are based on grounds in scientifically valid

987  reasoning and methodology and given to a reasonable degree of scientific certainty. As

988  reflected above and summarized below, these are my opinions concerning this case, and I have

989  a sufficient factual basis and good grounds for my conclusions:

990          i.      I have analyzed the pharmacokinetic characteristics and pharmacology of

991                  valsartan.

992          ii.     I have also analyzed the pharmacokinetic characteristics and pharmacology of

993                  NDMA and NDEA, including a comprehensive review of the published potency

994                  data.

995          iii.    I have read and reviewed the reports, opinions, and references cited by Drs.

996                  Mahyar Etminan, Stephen Hecht, Stephen Lagana, and Dipak Panigrahy in this

997                  litigation, and I disagree with their conclusions and opinions concerning the

998                  pharmacology and pharmacokinetics of NDMA and NDEA. I have outlined many

999                  of my criticisms of those conclusions and opinions above, but this report is not

1000                intended to be an exhaustive recitation of all of my criticisms of the reports and

1001                opinions of Drs. Etminan, Hecht, Lagana, and Panigrahy.

1002   iv.  The ANDA for valsartan is valid, and there has been no requirement for a new

1003       ANDA. The efficacy and bioequivalence of valsartan are not altered by the

1004       presence of NDMA or NDEA.

1005   v.  Based on my analysis of their pharmacokinetic properties, my extensive review

1006       of the scientific literature, and my own research and the research of others on

1007       this very issue, it is my opinion to a reasonable degree of scientific certainty that

1008       the level of NDMA and/or NDEA found in the valsartan drugs at issue would not

1009       be circulated beyond the liver and would not reach organs that are not part of

1010       the digestion / metabolism process.

1011   vi.  It is my opinion to a reasonable degree of scientific certainty that the scientific

1012       evidence does not support a causal association between exposure to the very

1013       low levels of NDMA and/or NDEA impurities detected in valsartan and any of the

1014       cancer types alleged by Plaintiffs.

1015   vii..  The scientific literature and evidence, which I have reviewed extensively, do not

1016       support that the valsartan products, during the time period at issue, carried an

1017       independent risk of cancer, nor that there is any increased risk of cancer

1018       associated with the valsartan containing the NDMA/NDEA impurity as compared

1019       to valsartan with a zero level of NDMA/NDEA.

1020   viii.  It is my opinion that no scientific professional could credibly claim to a

1021       reasonable degree of scientific certainty that Plaintiffs' cancer was caused by

1022       their treatment with any valsartan product containing trace levels of

1023       NDMA/NDEA impurities during the time period in question.

1024    I may use at trial any exhibits as a summary or in support of all of my opinions, including

1025    but not limited to: (1) any of the materials, or excerpts therefrom, identified in this report and

1026    attachments, including the materials considered list; (2) excerpts from scientific articles or

1027    learned treatises; (3) demonstrative models; (4) exhibits used by Plaintiffs' experts, or other

1028    witnesses; and (5) any exhibit used in or identified at any deposition taken in this litigation. If

1029    further data becomes available, I reserve the right to review it and consider whether to modify

1030    any portion of these opinions.

Dated: August 2, 2021

Michael Bottorff, Pharm.D., FCCP, FNLA, CLS