## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2021, I electronically filed a redacted version of the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL. In addition, I hereby certify that unredacted copies of the foregoing document will be served contemporaneous to filing via email on the Court, Special Master, and the Defense Executive Committee at DECValsartan@btlaw.com.

By:   /s/ C. Brett Vaughn
                C. Brett Vaughn RN, BSN, JD