# EXHIBIT D

linkedin.com/in/jon-fryzek-7030aa5

## LinkedIn

| People | Fryzek |



### Jon Fryzek

Practice Director EpidStrategies

Rockville, Maryland, United States · 500+ connections

**Sign in to Connect**

EpidStrategies

🔗 Company Website

## Activity



Very happy that our chikungunya vaccine phase 3 trial started this week! Congrats to all who were involved in setting this up!
Liked by Jon Fryzek



**Proud to be a part of this important work!**
Liked by Jon Fryzek



Today we are pleased to announce that we have



LinkedIn

People, Jobs, ... | Fryzek

...completed enrollment in our ongoing pivotal Phase 3 clinical trial of our lead candidate for the...

Liked by Jon Fryzek

Sign in to see all activity

## Experience



**Principal Epidemiologist / Practice Director**
EpidStrategies
Feb 2019 - Present · 2 years 9 months

Rockville, MD

www.epidstrategies.com



**Adjunct Professor**
Georgetown University
Jan 2020 - Present · 1 year 10 months



**Adjunct Professor**
University of Pittsburgh
Jul 2011 - Jul 2020 · 9 years 1 month

Pittsburgh, PA



**Co-founder and Director**
EpidStat Institute
Apr 2012 - Jan 2019 · 6 years 10 months

Washington D.C. Metro Area



**Visiting Professor**
Department of Clinical Epidemiology and Institute of Clinical Medicine, Aarhus U
Jan 2011 - Dec 2016 · 6 years

linkedin.com/in/jon-fryzek-7030aa5

LinkedIn    People    Fryzek

**Epidemiologist**
Exponent
Jan 2011 - Mar 2012 · 1 year 3 months

**Epidemiologist/ Outcomes Scientist**
MedImmune
Aug 2009 - Dec 2010 · 1 year 5 months

**Epidemiologist**
Amgen
Aug 2006 - Aug 2009 · 3 years 1 month

**Epidemiologist**
International Epidemiology Institute
1997 - 2006 · 9 years

**Secondary School Teacher**
Peace Corps
Mar 1987 - Jun 1989 · 2 years 4 months
Swaziland

## Education

**University of Michigan**
-
1989 - 1996

**Creighton University**
BS · Biology
1981 - 1985

1981 - 1985

## Groups


**Hopkins Biotech Network**
-


**BIO International Convention**
-

**🔥 MedicalDevicesGroup.net 🔥**
-


**The 16th International Congress on Myelodysplastic Syndromes**
-


**RMDS - Research Methods and Data Science**
-

**Chemical Industries Networking Forum**
-

Show 8 more groups ˅

## More activity by Jon



Our Director, Dr Elisabete Weiderpass, welcomes Prof Agnès Buzyn to IARC to discuss ongoing & future collaborations between the Agency & the World...

Liked by Jon Fryzek