# EXHIBIT G



Exhibit

6

# Jon Fryzek, Ph.D., M.P.H.

PRINCIPAL EPIDEMIOLOGIST
PRACTICE DIRECTOR, EPIDEMIOLOGY

## CONTACT INFORMATION

EpidStrategies, a Division of ToxStrategies
2403 Research Blvd.
Suite 203
Rockville, MD 20850
Phone (240) 688-1326
jfryzek@epidstrategies.com

## PROFESSIONAL PROFILE

Dr. Fryzek has 30 years of experience in the pharmaceutical industry and private consulting firms. He has conducted epidemiologic studies of cancer, connective tissue diseases, neurological diseases, infectious diseases, chronic renal failure, and medical devices. Dr. Fryzek has led numerous studies based on Real-World Evidence, including descriptive incidence studies, disease treatment pattern studies, and co-morbidity assessments in support of drug development and safety. Among his many occupational studies, he has evaluated disease risk in aerospace workers, chemical manufacturers, welders, and other occupational groups.

Dr. Fryzek's environmental studies have involved examining the risk associated with DDT and other pesticides for pancreatic cancer patients, as well as the risk of environmental chromium associated with cancer. In support of drug development and drug safety, he has performed studies elucidating the natural history of various diseases, including descriptive incidence studies, "real-world" disease treatment pattern studies, and co-morbidity assessments. Dr. Fryzek has over 150 peer-reviewed manuscripts, book chapters, and scientific meeting abstracts. He has published in the *New England Journal of Medicine*, the *Annals of Internal Medicine*, the *Journal of the National Cancer Institute*, and the *Journal of Occupational and Environment Medicine*, among others, and is a scientific reviewer for a number of journals, including the *American Journal of Epidemiology*, *Cancer Epidemiology*, *Biomarkers and Prevention*, and the *International Journal of Cancer*. Dr. Fryzek is currently Adjunct Professor, Georgetown University Medical Center; Adjunct Professor, University of Pittsburgh School of Public Health; and Visiting Professor in the Department of Clinical Epidemiology, Aarhus University, Aarhus, Denmark.





## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2020–present | Professor (adjunct), Georgetown-Howard Universities Center for Clinical and Translational Science (GHUCCTS), Georgetown University Medical Center, Washington, DC |
| 2011–2020 | Professor (adjunct), Department of Biostatistics, School of Public Health, University of Pittsburgh, Pittsburgh, Pennsylvania |
| 2011–2016 | Visiting Professor, Department of Clinical Epidemiology and Institute of Clinical Medicine, Aarhus University, Aarhus, Denmark |
| 2006 | Professor (adjunct), Department of Environmental Health Services, University of Michigan, Ann Arbor, Michigan |
| 2000–2006 | Assistant Professor, Department of Medicine, Vanderbilt University, Nashville, Tennessee. |
| 1996–1997 | Assistant Professor, Department of Preventive and Societal Medicine, College of Medicine, University of Nebraska Medical Center, Omaha, Nebraska |
| 1996–1997 | Assistant Member, Eppley Cancer Center, University of Nebraska Medical Center, Omaha, Nebraska |

## EDUCATION AND DEGREES EARNED

| | |
|---|---|
| 1996 | Ph.D., Epidemiologic Science
University of Michigan School of Public Health
Thesis: A population-based case-control study of pancreas cancer in southeastern Michigan |
| 1991 | M.P.H., Epidemiology and International Health
University of Michigan School of Public Health |
| 1985 | B.S., Biology, Creighton University |

## PROFESSIONAL HONORS/AWARDS

| | |
|---|---|
| 1993–1996 | National Cancer Institute, Cancer Prevention and Control Fellowship
University of Michigan, Ann Arbor, Michigan |

## JOURNAL REVIEWER

*American Journal of Industrial Medicine*
*American Journal of Epidemiology*
*Annals of Epidemiology*
*BMC Public Health*
*Cancer*
*Cancer, Causes and Control*
*Cancer Epidemiology, Biomarkers and Prevention*
*Clinical Epidemiology*

*Epidemiology*
*Gastrointestinal Cancer: Targets and Therapy*
*International Journal of Cancer*
*Journal of Cancer Epidemiology*
*Journal of Exposure Analysis and Environmental Epidemiology*
*Journal of Medical Economics*
*Oncology*



A DIVISION OF TOXSTRATEGIES, INC

*Environmental Health Perspectives*

### PROFESSIONAL ASSOCIATIONS

American College of Epidemiology (ACE)
International Society of Pharmacoepidemiology (ISPE)

### INVITED LECTURES AND COURSES

CLTR 507. Principles of Epidemiology. Spring 2020 and 2021. Georgetown-Howard Universities Center for Clinical and Translational Science (GHUCCTS), Georgetown University Medical Center, Washington, DC.

Epid 624. Pharmacoepidemiology. Fall 2015. Department of Epidemiology. School of Public Health, University of Michigan, Ann Arbor.

Cancer Epidemiology: Understanding the Environmental, Behavioral and Biologic Causes of Cancer and Cancer Survivorship. (February 10, 2015, October 26, 2016, March 13, 2018, March 12, 2019). Molecular targets in Cancer. Cancer Biology. Johns Hopkins University, Rockville, Maryland.

Epidemiology in Clinical and Translation Research (February 16, 2015, February 9, 2016, February 21, 2017). Introduction to Regulatory Science. Department of Regulatory Science, Georgetown University, Washington, DC.

Introduction to Pharmacoepidemiology (April 18, 2011). Department of Epidemiology, SUNY Downstate Medical Center, Brooklyn, New York.

Observational Research in the Pharmaceutical Industry (October 1, 2009). Department of Biostatistics, Graduate School of Public Health, University of Pittsburgh.

A Cohort Mortality Study of Titanium Dioxide Manufacturing Workers in the United States (April 29, 2004). National Institute of Occupational Safety and Health, Cincinnati, Ohio.

The Danish Registry for Plastic Surgery of the Breast (April 14, 2004). Center for Devices and Radiological Health (CDRH), U.S. Food and Drug Administration, Rockville, Maryland.

A Case-Control Study of Coffee and Pancreas Cancer (November 7. 1996). Epidemiology seminar, Department of Preventive and Societal Medicine, University of Nebraska Medical Center, Omaha.

Descriptive Epidemiology of Pancreas Cancer in Nebraska (November 5, 1996). Seminar, Pancreas Cancer Study Group, Eppley Research in Cancer, University of Nebraska Medical Center Eppley Cancer Institute, Omaha.

DDT and Related Organochlorines and Pancreas Cancer (October 31, 1996). Seminar, Eppley Research in Cancer, University of Nebraska Medical Center Eppley Cancer Institute, Omaha.

### BOOK CHAPTERS

Nelson CB, Broor S, Fryzek J, Wairagkar NS. 2020. Respiratory syncytial virus. Chapter 59 in: Vashishtha VM (Ed), IAP Textbook of Vaccines, Second Edition. Indian Academy of Pediatrics.

Garabrant DH, Kinnard M, Schenk MJ, Fryzek JP, Braselton E. 1998. Epidemiology of pancreatic cancer: Environmental and medical risk factors. In: Sarkar F, Dugan MC (eds). Pancreatic Cancer: Advances in Molecular Pathology, Diagnosis and Clinical Management. Natick, MA: BioTechniques Books.



## MANUSCRIPTS

Soff GA, Ray-Coquard LJ, Rivera M, Fryzek J, Mullins M, Bylsma LC, Park JK.  Literature review of thrombopoietin receptor agonists for chemotherapy-induced thrombocytopenia.  PLOS One, In press.

Cronin-Fenton D, Dalvi T, Movva N, Pedersen L, Hansen H, Fryzek J, Hedgeman E, Mellemgaard A, Rasmussen TR, Shire N, Hamilton-Dutoit S, Nørgaard M. PD-L1 expression, EGFR and KRAS mutations and survival among stage III unresected non-small cell lung cancer patients: a Danish cohort study. Sci Rep. 2021 Aug 19;11(1):16892.

Vágó EK, Nicholson G, Horváth-Puhó E. Hooda N, Fryzek JP, Su J. 2021. Healthcare resource utilization among patients with cold agglutinin disease in Denmark. Curr Med Res Opin, open access, https://doi.org/10.1080/03007995.2021.1960494.

Hedgeman E, Nørgaard M, Dalvi T, Pedersen L, Hansen HP, Walker J, Midha A, Shire N, Boothman A-M, Fryzek JP, Rigas J, Mellemgaard A, Rasmussen TR, Hamilton-Dutoit S, Cronin-Fenton D. 2021. Programmed cell death ligand-1 expression and survival in a cohort of patients with advanced non-small cell lung cancer receiving first-line through third-line therapy in Denmark. Cancer Epidemiol 73:101976, https://doi.org/10.1016/j.canep.2021.101976.

Nielson CM, Bylsma LC, Fryzek JP, Saad HA, Crawford J. 2021. Relative dose intensity of chemotherapy and survival in patients with advanced stage solid tumor cancer: A systematic review and meta-analysis. The Oncologist (early view), https://doi.org/10.1002/onco.13822.

Levin-Sparenberg E, Bylsma LC, Lowe K, Sangare L, Fryzek JP, Alexander DD. 2020. A systematic literature review and meta-analysis describing the prevalence of KRAS, NRAS, and BRAF gene mutations in metastatic colorectal cancer. Gastroenterol Res 13(5):184–198. doi: 10.14740/gr1167.

Fergie J, Suh M, Jiang X, Fryzek JP, Gonzales T. 2020. Respiratory syncytial virus and all-cause bronchiolitis hospitalizations among preterm infants using the Pediatric Health Information System (PHIS). J Infectious Dis: open-access accepted ms. ahead of print.

Saldanha G, Ording AG, Bylsma LC, Darvalics B, Solis D, Tang JY, Sorensen HT, Fryzek J. 2020. High-frequency basal cell carcinoma in Danish patients: Prevalence and consistency. J Eur Acad Dermatol Venereol [Early View], http://dx.doi.org/10.1111/jdv.16512.

Stalbovskaya V, Wasserman E, Fryzek J, Bylsma L, Sirulnik A. 2020. NRG1 fusion-driven cancers: A systematic literature review and meta-analysis. Abstract in proceedings from annual meeting of the American Society of Clinical Oncology, May 2020.

Broome CM, Cunningham JM, Mullins M, Jiang X, Bylsma LC, Fryzek JP, Rosenthal A. 2020. Increased risk of thrombotic events in cold agglutinin disease: A 10-year retrospective analysis. Res Prac Thrombosis Haemostasis, open access: https://doi.org/10.1002/rth2.12333.

Bylsma LC, Gillezeau C, Garawin TA, Kelsh MA, Fryzek JP, Sangaré L, Lowe KA. 2019. Prevalence of RAS and BRAF mutations in metastatic colorectal cancer patients by tumor sidedness: A systematic review and meta-analysis. Cancer Med Dec 19, doi: 10.1002/cam4.2747.

Bylsma LC, Reichert H, Gage SM, Roy-Chaudhury P, Nordyke RJ, Fryzek J, Dahl SLM, Lithgow T, Lawson JH. 2019. Clinical outcomes of arteriovenous access in incident hemodialysis patients with Medicare coverage, 2012–2014. Am J Nephrol 49(2):156–164, doi: 10.1159/000495355. Epub Jan 24.

Bylsma LC, Ording AG, Rosenthal A, Öztürk B, Fryzek JP, Arias JM, Röth A, Berentsen S. 2019. Occurrence, thromboembolic risk, and mortality in Danish patients with cold agglutinin disease. Blood Advances 3(20):2980–2985.



Bylsma LC, Dean R, Lowe K, Sangaré L, Alexander DD, Fryzek JP. 2019. The incidence of infusion reactions associated with monoclonal antibody drugs targeting the epidermal growth factor receptor in metastatic colorectal cancer patients: A systematic literature review and meta-analysis of patient and study characteristics. Cancer Med 8(12):5800–5809. Open access: https://doi.org/10.1002/cam4.2413.

Nordyke RJ, Reichert H, Bylsma LC, Jackson JJ, Gage SM, Fryzek J, Roy-Chaudhury P, Lithgow T. 2019. Costs attributable to arteriovenous fistula and arteriovenous graft placements in hemodialysis patients with Medicare coverage. Am J Nephrol [Online first, abstract only]: doi: 10.1159/000502507, https://www.karger.com/Article/Abstract/502507#.

Bylsma LC, Dean RGK, Lowe K, Sangare L, Alexander D, Fryzek J. 2019. The incidence of infusion reactions associated with monoclonal antibody drugs targeting the epidermal growth factor receptor in metastatic colorectal cancer patients: A systematic literature review and meta-analysis of patient and study characteristics. Cancer Med Aug 3, doi: 10.1002/cam4.2413 [Epub ahead of print]. Available at https://onlinelibrary.wiley.com/doi/10.1002/cam4.2413.

Bylsma LC, Reichert H, Gage S, Roy-Chaudhury P, Nordyke R, Fryzek JP, Dahl S, Lithgow T, Lawson J. 2019. Maturation, sustained use, and abandonment of arteriovenous fistula and arteriovenous graft placements in hemodialysis patients with Medicare coverage, 2012-2014. Am J Nephrology (in press).

Bylsma LC, Fryzek JP, Cetin K, Callaghan F, Bezold C, Mehta B, Wasser JS. 2018. Systematic literature review of treatments used for adult immune thrombocytopenia in the second-line setting. Am J Hematol. Sep 28.

Ruzin A, Pastula ST, Levin-Sparenberg E, Jiang X, Fryzek J, Tovchigrechko A, Lu B, Qi Y, Liu H, Jin H, Yu L, Hackett J, Villafana T, Esser MT. 2018. Characterization of circulating RSV strains among subjects in the OUTSMART-RSV surveillance program during the 2016-17 winter viral season in the United States. PLoS One, Jul 24, 13(7):e0200319.

Beebe-Dimmer JL, Ruterbusch JJ, Bylsma LC, Gillezeau C, Fryzek J, Schultz NM, Flanders SC, Barlev A, Heath E, Quek RGW. 2018. Patterns of bicalutamide use in prostate cancer treatment: A U.S. real-world analysis using the SEER-Medicare database. Adv Ther 35(9):1438–1451.

Fryzek JP, Reichert H, Summers N, Townes L, Deuson R, Alexander DD, Vanderpuye-Orgle J. 2018. Indirect treatment comparison of cabazitaxel for patients with metastatic castrate-resistant prostate cancer who have been previously treated with a docetaxel-containing regimen. PLoS One. 2018 Apr 11;13(4):e0195790.

Le HQ, Tomenson JA, Warheit DB, Fryzek JP, Golden AP, Ellis ED. 2018. A review and meta-analysis of occupational titanium dioxide exposure and lung cancer mortality. J Occup Environ Med 60(7):e356-e36.

Schwartz KL, Simon MS, Bylsma LC, Ruterbusch JJ, Beebe-Dimmer JL, Schultz NM, Flanders SC, Barlev A, Fryzek JP, Quek RGW. 2018. Clinical and economic burden associated with stage III to IV triple-negative breast cancer: A SEER-Medicare historical cohort study in elderly women in the United States. Cancer 124(10):2104–2114.

Hedgeman E, Ulrichsen SP, Carter S, Kreher NC, Malobisky KP, Braun MM, Fryzek J, Olsen MS. 2017. Long-term health outcomes in patients with Prader-Willi Syndrome: A nationwide cohort study in Denmark. Int J Obes (Lond) 41(10):1531–1538. doi: 10.1038/ijo.2017.139. Epub 2017 Jun 21.

Mullins M, Jiang X, Bylsma LC, Fryzek JP, Reichert H, Chen EC, Kummar S, Rosenthal A. 2017. Cold agglutinin disease burden: A longitudinal analysis of anemia, medications, transfusions, and health care utilization. Blood Adv 1(13):839–848.



Friedman D, Fryzek J, Jiang X, Bloomfield A, Ambrose CS, Wong PC. 2017. Respiratory syncytial virus hospitalization risk in the second year of life by specific congenital heart disease diagnoses. PLoS One 12(3):e0172512.

Pastula ST, Hackett J, Coalson J, Jiang X, Villafana T, Ambrose C, Fryzek J. 2017. Hospitalizations for Respiratory Syncytial Virus Among Adults in the United States, 1997-2012. Open Forum Infect Dis 4(1):ofw270. doi: 10.1093/ofid/ofw270. eCollection 2017 Winter.

Beebe-Dimmer JL, Fryzek JP, Yee CL, Dalvi TB, Garabrant DH, Schwartz AG, Gadgeel S. 2016. Mesothelioma in the United States: A Surveillance, Epidemiology, and End Results (SEER)-Medicare investigation of treatment patterns and overall survival. Clin Epidemiol 8:743–750.

Alexander DD, Bylsma LC, Vargas AJ, Cohen SS, Doucette A, Mohamed M, Irvin SR, Miller PE, Watson H, Fryzek JP. 2016. Dairy consumption and CVD: A systematic review and meta-analysis - CORRIGENDUM. Br J Nutr 115(12):2268.

Doucette A, Jiang X, Fryzek J, Coalson J, McLaurin K, Ambrose CS. 2016. Trends in respiratory syncytial virus and bronchiolitis hospitalization rates in high-risk infants in a United States nationally representative database, 1997-2012. PLoS One 11(4):e0152208.

Alexander DD, Bylsma LC, Vargas AJ, Cohen SS, Doucette A, Mohamed M, Irvin SR, Miller PE, Watson H, Fryzek JP. 2016. Dairy consumption and CVD: A systematic review and meta-analysis. Br J Nutr 115(4):737–750.

Garabrant DH, Alexander DD, Miller PE, Fryzek JP, Boffetta P, Teta MJ, Hessel PA, Craven VA, Kelsh MA, Goodman M. 2016. Mesothelioma among motor vehicle mechanics: An updated review and meta-analysis. Ann Occup Hyg 60(1):8–26.

Liu B, Kerath SM, Sekeres MA, Fryzek JP, Sreekantaiah C, Mason CR, Kolitz J, Taioli E. 2015. Myelodysplastic syndromes spatial clusters in disease etiology and outcome. Leuk Lymphoma Oct 5:1–8.

Nguyen-Nielsen M, Wang L, Pedersen L, Olesen AB, Hou J, Mackey H, McCusker M, Basset-Seguin N, Fryzek J, Vyberg M. 2015. The incidence of metastatic basal cell carcinoma (mBCC) in Denmark, 1997-2010. Eur J Dermatol, Jun 24.

Hedgeman E., Lipworth L., Lowe K., Saran R., Do T., Fryzek J. 2015. International burden of chronic kidney disease and secondary hyperparathyroidism: A systematic review of the literature and available data. Int J Nephrol 1–15. Secondary

Alexander DD, Jiang X, Bylsma LC, Garabrant DH, Irvin SR, Fryzek JP. 2014. Historical cancer incidence and mortality assessment in an Illinois community proximal to a former manufactured gas plant. BMJ Open 4(12):e006713, 2014.

Cohen SS, Sadoff MM, Jiang X, Fryzek JP, Garabrant DH. 2014. A review and meta-analysis of cancer risks in relation to Portland cement exposure. Occup Environ Med 71(11):796–802.

Mehta J, Wang H, Fryzek JP, Iqbal SU, Mesa R. 2014. Health resource utilization and cost associated with myeloproliferative neoplasms in a large United States health plan. Leuk Lymphoma 55(10):2368–2374.

Cohen SS, Skovbo S, Vestergaard H, Kristensen T, Møller M, Bindslev-Jensen C, Fryzek JP, Broesby-Olsen S. 2014. Epidemiology of systemic mastocytosis in Denmark. Br J Haematol 166(4):521–528.

Moulard O, Mehta J, Fryzek J, Olivares R, Iqbal U, Mesa RA. 2014. Epidemiology of myelofibrosis, essential thrombocythemia, and polycythemia vera in the European Union. Eur J Haematol 92(4):289–297.

Fryzek J, Pastula S, Jiang X, Garabrant DH. 2013. Childhood cancer incidence in Pennsylvania counties in relation to living in counties with hydraulic fracturing sites. J Occup Environ Med 55(7):796–801.

6

Nguyen-Nielsen M, Skovbo S, Svaneby D, Pedersen L, Fryzek JP. 2013. The prevalence of X-linked hypohidrotic ectodermal dysplasia (XLHED) in Denmark, 1995-2010. Eur J Med Genet 56(5):236–242.

Johannesdottir SA, Christiansen CF, Johansen MB, Olsen M, Xu X, Parker JM, Molfino NA, Lash TL, Fryzek JP. 2013. Hospitalization with acute exacerbation of chronic obstructive pulmonary disease and associated health resource utilization: A population-based Danish cohort study. J Med Econ 16(7):897–906.

Sevendsen ML, Gammelager H, Svaerke C, Yong M, Chia VM, Christiansen C, Fryzek JP. 2013. Hospital visits among women with breast cancer and bone metastases and skeletal-related events: A nationwide population-based study in Denmark. Clin Epidemiol 5:97–103.

Mitchell ME, Lowe K, Fryzek JP. 2012. A multisource approach to improving epidemiologic estimates: application to B-cell malignancies. ISRN Oncology 2012: Article ID 129713.

Deuson R, Danese M, Mathias S, Schoonen WM, Fryzek JP. 2012. The burden of immune thrombocytopenia in adults: Evaluation of the thrombopoietin receptor agonist romiplostim. J Med Econ 15(5):956–976.

Youk AO, Buchanich JM, Fryzek J, Cunningham M, Marsh GM. 2012. An ecological study of cancer mortality rates in high altitude counties of the United States. High Alt Med Biol 13(2):98–104.

Boffetta P, Fryzek JP, Mandel JS. 2012. Occupational exposure to beryllium and cancer risk: A review of the epidemiologic evidence. Crit Rev Toxicol 42(2):107–118.

Groothuis JR, Fryzek JP, Makari D, Martone WJ. 2011. Respiratory syncytial virus hospitalization trends in infants with chronic lung disease of infancy, 1998–2008. Clin Epidemiol 3:245–250.

Christiansen CF, Johansen MB, Christensen S, Langeberg WJ, Fryzek JP, Sørensen HT. 2011. Acute kidney injury in cancer patients: a population-based cohort study in Northern Denmark. Eur J Intern Med 22(4):399–406.

Yong M, Jensen AO, Jacobsen JB, Nørgaard M, Fryzek JP, SørensenHT. 2011. Survival in breast cancer patients with bone metastases and skeletal-related events: A population-based cohort study in Denmark (1999 – 2007). Breast Cancer Res Treat 129(2):495–503.

Yong M, Riis AH, Fryzek JP, Møller BK, Johnsen SP. 2011. Predictors and patterns of red blood cell transfusion use among newly diagnosed cancer patients with chemotherapy-associated anemia in Western Denmark (1998-2003). Clin Epidemiol 3:91–99.

Jensen AØ, Jacobsen J, Nørgaard M, Yong M, Fryzek JP, Sørensen HT. 2011. The incidence of bone metastases and skeletal related events in breast cancer patients, 1997-2007: A Danish Nationwide population-based study. BMC Cancer 11:29.

Mutetwa B, Fryzek J, Du Y, Yong M, Sekeres M, Taioli E. 2011. Baseline characteristics and outcome of patients with myelodysplastic syndromes living in western Pennsylvania. Leuk Lymphoma 52(2):265–272.

Fryzek JP, Makari D, Martone WJ, Groothuis JR. 2011. Chronological age trends in inpatient RSV hospitalization in young children: An 8-year historical cohort study of the National Hospital Discharge Survey. Adv Ther 28(3):195–201.

Beebe-Dimmer J, Morgenstern H, Cetin K, Yee C, Bartoces M, Shahinian V, Fryzek J, Acquavella J, Schwartz KA. 2011. Androgen deprivation therapy and cataract incidence among elderly prostate cancer patients in the United States. Ann Epidemiol 21(3):156–163.

Jensen AØ, Farkas DK, Pedersen L, Nørgaard M, Fryzek JP, Zhao S, Sørensen HT. 2011. Predictors for splenectomy among patients with primary chronic immune thrombocytopenia: A population-based cohort study from Denmark. Ann Hematol 90(2):207–212.



Thomsen RW, Schoonen WM, Farkas DK, Riis A, Fryzek JP, Sørensen HT. 2010. Risk of venous thromboembolism in splenectomized patients compared with the general population and appendectomized patients: A 10-year nationwide cohort study. J Thromb Haemost 8(6):1413–1416.

Cronin-Fenton DP, Søndergaard F, Pedersen L, Fryzek JP, Cetin K, Acquavella J, Baron JA, Sørensen HT. 2010. Hospitalisation for venous thromboembolism in cancer patients and the general population: A population-based cohort study in Denmark, 1997-2006. Br J Cancer 103(7):947–953.

De Roos AJ, Deeg J, Onstad L, Kopecky K, Bowles EA, Yong M, Fryzek J, Davis S. 2010. Incidence of myelodysplastic syndromes (MDS) within a managed care health system, 2005-2006. Am J Hematol 85(10):765–770.

Nørgaard M, Jensen AØ, Jacobsen JB, Cetin K, Fryzek JP, Sørensen HT. 2010. Skeletal related events, bone metastasis and survival of prostate cancer: A population based cohort study in Denmark (1999 to 2007). J Urol 184(1):162–167.

Yong M, Schoonen WM, Lin L, Kanas G, Coalson J, Mowat F, Fryzek J, Kaye JA. 2010. Epidemiology of paediatric immune thrombocytopenia in the General Practice Research Database. Br J Haematol 149(6):855–864.

Kanas G, Morimoto L, Mowat F, O'Malley C, Fryzek JP, Nordyke R. 2010. Use of electronic medical records (EMRs) in oncology outcomes research. ClinicoEcon and Outcomes Res 2:1–14.

Yong M, Thomsen RW, Schoonen WM, Farkas DK, Riis A, Fryzek JP, Sørensen HT. 2010. Mortality risk in splenectomised patients: A Danish population-based cohort study. Eur J Intern Med 21(1):12–16.

Cetin K, Beebe-Dimmer JL, Fryzek JP, Markus R, Carducci MA. 2010. Recent time trends in the epidemiology of stage IV prostate cancer in the United States: Analysis of data from the Surveillance, Epidemiology, and End Results Program. Urology 75(6):1396–1404.

Du Y, Fryzek J, Sekeres M, Taioli E. 2010. Smoking and alcohol intake as risk factors for myelodysplastic syndromes (MDS). Leuk Res 34(1):1–5.

Jensen AO, Nørgaard M, Cronin-Fenton D, Rubino A, Fryzek JP, Sørensen HT. 2009. Accuracy of ICD-10 diagnoses of skeletal related events (SRE)s and bone metastases secondary to prostate cancer and breast cancer in a Danish population-based hospital registry. Clin Epidemiol 1:101–108.

Thomsen RW, Schoonen MW, Farkas DK, Riis A, Fryzek JP, Sørensen HT. 2009. Risk for hospital contact with infection in patients with splenectomy: A population-based cohort study. Ann Intern Med 151(8):546–555.

Beebe-Dimmer JL, Fryzek JP, Cetin K, Schwartz K. 2009. The epidemiology of malignant giant cell tumors (GCT) of bone in the United States based on Surveillance, Epidemiology and End Results (SEER) data, 1975 to 2004. Rare Tumors 1(2):85–89.

Schoonen WM, Kucera G, Coalson J, Li L, Rutstein M, Mowat F, Fryzek JP, Kaye JA. 2009. Epidemiology of immune thrombocytopaenic purpura (ITP) in the General Practice Research Database (GPRD). Br J Haematol 145(2):235–244.

Evans M, Fored C, Bellocco R, Fitzmaurice G, Fryzek JP, McLaughlin JK, Nyrén O, Elinder CG. 2009. Acetaminophen, aspirin and progression of advanced chronic kidney disease. Nephrol Dial Transplant 24(6):1908–1918.

Thomsen RW, Thomsen HF, Nørgaard M, Cetin K, McLaughlin JK, Tarone RE, Fryzek JP, Sørensen HT. 2008. The risk of cholecystitis in patients with cancer and the general population in a population-based historical cohort study in Western Denmark 1995-2003. Cancer 113:3410–3419.



Sekeres M, Schoonen WM, Kantarjian H, List A, Fryzek JP, Paquette R, Maciejewski JP. 2008. Characteristics of patients with myelodysplastic syndromes (MDS) in the United States: Results of six cross-sectional physician surveys. J Natl Cancer Inst 100:1542–1551.

Olsen JH, Friis S, Poulsen AH, Fryzek J, Harving H, Tjonneland A, Sorensen HT, Blot W. 2008. Use of NSAIDs, smoking and lung cancer risk. Br J Cancer 98:232–237.

Cote ML, Schenk MJ, Schwartz AG, Vigneau FD, Kinnard M, Greenson JK, Fryzek JP, Ying GS, Garabrant DH. 2007. Risk of other cancers in individuals with a family history of pancreas cancer. J Gastrointest Cancer 38(2–4):119–126.

Fryzek JP, Garabrant DH, Schenk M, Kinnard M, Greenson JK, Sarkar FH. 2007. The association between selected risk factors for pancreatic adenocarcinoma and the expression of p53 and K-ras codon 12 mutations. Int J Gastrointest Cancer 37(4):139–145.

Holmich LR, Breiting VB, Fryzek JP, Brandt B, Wolthers MS, Kjoller K, McLaughlin JK, Friis S. 2007. Long-term cosmetic outcome after breast implantation. Ann Plast Surg 59(6):597–604.

Lipworth L, Nyren O, Weimin Ye, Fryzek JP, Tarone RE, McLaughlin JK. 2007. Excess mortality from suicide and other external causes of death among women with cosmetic breast implants. Ann Plast Surg 59(2):119–123.

Fryzek JP, Holmich L, McLuaghlin JK, Lipworth L, Tarone RE, Henriksen T, Kjoller K, Friis S. 2007. A nationwide study of connective tissue disease and other rheumatic conditions among Danish women with long-term cosmetic breast implantation. Ann Epidemiol 17(5):374–379.

McLaughlin JK, Lipworth L, Fryzek JP, Ye W, Tarone RE, Nyrén O. 2006. Long-term cancer risk among Swedish women with cosmetic breast implants: An update of a nationwide study. J Natl Cancer Inst 98(4):557–560

Ejerblad E, Fored CM, Lindblad P, Fryzek J, McLaughlin JK, Nyren O. 2006. Obesity and risk for chronic renal failure. J Am Soc Nephrol 17(6):1695–1702.

Boice JD, Marano D, Cohen SS, Mumma MM, Blot WJ, Fryzek JP, Brill AB, McLaughlin JK , Henderson B. 2006. Mortality among Rocketdyne workers who tested rocket engines, 1948-1999. J Occup Environ Med 48(10):1070–1092.

Fryzek JP, Ye W, Nyrén O, Tarone RE, Lipworth L, McLaughlin JK. 2006. A nationwide epidemiologic study of breast cancer incidence following breast reduction surgery in a large cohort of Swedish women. Breast Cancer Res Treat 97(2):131–134.

Fryzek JP, Poulsen AH, Lipworth L, Pedersen L, Nørgaard M, McLaughlin JK, Friis S. 2006. A cohort study of antihypertensive medication use and breast cancer among Danish women. Breast Cancer Res Treat 97(3):231–236.

Friis S, Hölmich LR, McLaughlin JK, Kjøller K, Fryzek JP, Henriksen TF, Olsen JH. 2006. Cancer risk among Danish women with cosmetic breast implants — An update. Int J Cancer 118(4):998–1003.

Fored CM, Fryzek JP, Brandt L, Nise G, Sjögren B, McLaughlin JK, Blot WJ, Ekbom A. 2006. Parkinson's disease and other basal ganglia or movement disorders in a large nationwide cohort of Swedish welders. Occup Environ Med 63(2):135–140.

Skriver MV, Norgaard M, Poulson AH, Harving H, Fryzek JP, McLaughlin JK, Blot WJ, Olsen JH, Sorensen HT. 2005. Use of non-aspirin NSAIDS and risk of lung cancer. Int J Cancer 117(5):873–876.

Henriksen TF, Fryzek JP, Hölmich LR, McLaughlin JK, Krag C, Karlsen R, Kjoller K, Olsen JH, Friis S. 2005. Reconstructive breast implantation after mastectomy for breast cancer: Clinical outcomes in a nationwide, prospective cohort study. Arch Surgery 140(12):1152–1159.

EX 6 / 9                                      EX 6-009



Evans M, **Fryzek JP**, Elinder CG, McLaughlin JK, Nyrén O, Fored CM. 2005. The natural history of chronic renal failure: Results from an unselected, population-based inception cohort in Sweden. Am J Kid Dis 46(5):863–870.

Friis S, Poulsen AH, Johnsen SP, McLaughlin JK, Sorensen HT, Dalton SO, **Fryzek JP**, Olsen JH. 2005. Cancer risk among statin users: A population-based cohort study. Int J Cancer 114(4):643–647.

Henriksen TF, **Fryzek JP**, Hölmich LR, McLaughlin JK, Kjøller K, Høyer AP, Olsen JH, Friis S. 2005. Surgical intervention and capsular contracture after breast augmentation: A prospective study of risk factors. Ann Plast Surg 54(4):343–3451.

**Fryzek JP**, Schenk M, Kinnard M, Greenson JK, Garabrant DH. 2005. The association of body mass index and pancreatic cancer in residents of southeastern Michigan. Am J Epidemiol 162(3):222–228.

Holmich LR, **Fryzek JP**, Kjoller K, Breiting VB, Jorgensen A, Krag C, McLaughlin JK. 2005. The diagnosis of silicone breast-implant rupture: Clinical findings compared with findings at magnetic resonance imaging. Ann Plast Surg 54(6):583–589.

**Fryzek JP**, Hansen J, Cohen S, Bonde JP, Llambias T, Kolsted H, Skythe A, Lipworth L, Blot WJ, Olsen J. 2005. A cohort study of Parkinson's disease and other neurodegenerative disorders in Danish welders. J Occup Environ Med 47 (5):466–472.

**Fryzek JP**, Poulsen A, McLaughlin JK, Sorensen HT, Friis S. 2005. A cohort study of antihypertensive treatments and risk of renal cell cancer. Br J Cancer 92:1302–1306.

**Fryzek JP**, Chadda B, Schweitzer S, Marano D, White K, Steinwandel M, Blot WJ, McLaughlin JK. 2005. Retrospective cohort mortality study of workers engaged in motion picture film processing. J Occup Environ Med 47(3):278–286.

**Fryzek JP**, McLaughlin JK. Silicone Breast Implants. 2005. J Rheumatol 32(1):201.

Ejerblad E, Fored CM, Lindblad P, Zack M, **Fryzek JP**, Dickman P, Elinder KG, Nyren O. 2004. Association between smoking and chronic renal failure in a population-based case-control study. J Am Soc Nephrol 15:2178–2185.

Holmich LR, Vejborg IM, Conrad C, Sletting S, Hoier-Madsen M, **Fryzek JP**, McLaughlin JK, Kjoller K, Wiik A, Friis S. 2004. Untreated silicone-breast implant rupture. Plast Reconstr Surg 114(1):204–214.

Breiting VB, Holmich LR, Brandt B, **Fryzek JP**, Wolthers MS, Kjoller K, McLaughlin JK, Wiik A, Friis S. 2004. Long-term health status of Danish women with silicone breast implants. Plast Reconstr Surg 114(1):217–226.

Fored CM, Nise G, Ejerblad E, **Fryzek JP**, Lindblad P, McLaughlin JK, Nyren O, Elinder CG. 2004. Absence of association between organic solvent exposure and risk of chronic renal failure: A nationwide population-based case-control study. J Am Soc Nephrol 15:180–186.

Kjøller K, Hölmich LR, **Fryzek JP**, Jacobsen PH, Friis S, McLaughlin JK et al; Lipworth, L, Henriksen, TR, Hoier-Madsen, M., Wiik, A., Olsen, J. 2004. Self-reported musculoskeletal symptoms among Danish women with cosmetic breast implants. Ann Plast Surg 52(1):1–7.

Henriksen TF, Hölmich LR, **Fryzek JP**, Friis S, McLaughlin JK, Hoyer AP et al. 2003. Incidence and severity of short-term complications after breast augmentation: results from a nationwide breast implant registry. Ann Plast Surg 51(6):531–539.

Hölmich LR, Friis S, **Fryzek JP**, Vejborg IM, Conrad C, Sletting S, Kjøller K, McLaughlin JK, Olsen JH. 2003. Incidence of silicone breast implant rupture. Arch Surg 138(7):801–806.



Henriksen TF, Hölmich LR, Friis S, McLaughlin JK, Fryzek JP, Pernille HA, Kjøller K, Olsen JH. 2003.The Danish registry for plastic surgery of the breast: Establishment of a nationwide registry for prospective follow-up, quality assessment, and investigation of breast surgery. Plast Reconstr Surg 111(7):2182–2189.

Bosetti C, La Vecchia C, Talamini R, Negri E, Levi F, Fryzek JP, McLaughlin JK, Franceschi S. Energy, macronutrients and laryngeal cancer risk. Ann Oncol 14:907-912, 2003.

Fryzek JP, Chadda B, Marano D, White K, Schweitzer S, McLaughlin JK, Blot WJ. A cohort mortality study among titanium dioxide manufacturing workers in the United States. J Occup Environ Med 45(4):400-409, 2003.

Kjøller K, Hölmich LR, Fryzek JP, Jacobsen PH, Friis S, McLaughlin JK, Lipworth L, Henriksen TF, Jorgensen S, Bittmann S, Olsen JH. 2003. Characteristics of women with cosmetic breast implants compared with women with other types of cosmetic surgery and population-based controls in Denmark. Ann Plast Surg 50(1):6–12.

Hölmich LR, Kjøller K, Fryzek JP, Hoier-Madsen M, Vejborg I, Conrad C, Sletting S, McLaughlin JK, Breiting V, Friis S. 2003. Self-reported diseases and symptoms by rupture status among unselected Danish women with cosmetic silicone breast implants. Plast Reconstr Surg 111(2):723–732.

Fored CM, Ejerblad E, Fryzek JP, Lambe M, Lindblad P, Nyren O, Elinder CG. 2003. Socio-economic status and chronic renal failure: a population-based case-control study in Sweden. Nephrol Dial Transplant 18(1):82–88.

Signorello LB, Ye W, Fryzek JP, Blot WJ, Lipworth L, McLaughlin JK, Nyren O. 2002. A nationwide followup study of autoimmune and connective tissue disease among hip and knee implant patients. J Long Term Eff Med Implants 12(4):255–262.

Fryzek JP, Ye W, Signorello LB, Lipworth L, Blot WJ, McLaughlin JK, Nyren O. 2002. Incidence of cancer among patients with knee implants in Sweden, 1980-1994. Cancer 94(11):3057–3062.

Fryzek JP, Lipworth L, Signorello LB, McLaughlin JK. 2002. The reliability of dietary data for self- and next-of-kin respondents. Ann Epidemiol 12(4):278–283.

Kjøller K, Hölmich LR, Jacobsen PH, Friis S, Fryzek J, McLaughlin JK, Lipworth L, Henriksen TF, Jorgensen S, Bittmann S, Olsen JH. 2002. Epidemiological investigation of local complications after cosmetic breast implant surgery in Denmark. Ann Plast Surg 48(3):229–237.

Fored CM, Ejerblad E, Lindblad P, Fryzek JP, Dickman PW, Signorello LB, Lipworth L, Elinder CG, Blot WJ, McLaughlin JK, Zack MM, Nyren O. 2001. Acetaminophen, aspirin, and chronic renal failure. N Engl J Med 345(25):1801–1808.

Kjøller K, Hölmich LR, Jacobsen PH, Friis S, Fryzek J, McLaughlin JK, Lipworth L, Henriksen TF, Jorgensen S, Bittmann S, Olsen JH. 2001. Capsular contracture after cosmetic breast implant surgery in Denmark. Ann Plast Surg 47(4):359–366.

Signorello LB, Ye W, Fryzek JP, Lipworth L, Fraumeni JF, Jr., Blot WJ, McLaughlin JK, Nyren O. 2001. Nationwide study of cancer risk among hip replacement patients in Sweden. J Natl Cancer Inst 93(18):1405–1410.

Fryzek JP, Mumma MT, McLaughlin JK, Henderson BE, Blot WJ. 2001. Cancer mortality in relation to environmental chromium exposure. J Occup Environ Med 43(7):635–640.

Hölmich LR, Kjøller K, Vejborg I, Conrad C, Sletting S, McLaughlin JK, Fryzek J, Breiting V, Jorgensen A, Olsen JH. 2001. Prevalence of silicone breast implant rupture among Danish women. Plast Reconstr Surg 108(4):848–858.

Schenk M, Schwartz AG, O'Neal E, Kinnard M, Greenson JK, Fryzek JP, Ying GS, Garabrant DH. 2001. Familial risk of pancreatic cancer. J Natl Cancer Inst 93(8):640–644.



Lipworth L, **Fryzek JP**, Fored CM, Blot WJ, McLaughlin JK. 2001. Comparison of surrogate with self-respondents regarding medical history and prior medication use. Int J Epidemiol 30(2):303–308.

Blot WJ, Omar RZ, Kallewaard M, Morton LS, **Fryzek JP**, Ibrahim MA, Acheson D, Taylor KM, van der GY. 2001. Risks of fracture of Bjork-Shiley 60 degree convexo-concave prosthetic heart valves: Long-term cohort follow up in the UK, Netherlands and USA. J Heart Valve Dis 10(2):202–209.

Kjøller K, Friis S, Mellemkjaer L, McLaughlin JK, Winther JF, Lipworth L, Blot WJ, **Fryzek J**, Olsen JH. 2001. Connective tissue disease and other rheumatic conditions following cosmetic breast implantation in Denmark. Arch Intern Med 161(7):973–979.

Signorello LB, **Fryzek JP,** Blot WJ, McLaughlin J , Nyren O. 2001. Offspring health risk after cosmetic breast implantation in Sweden. Ann Plast Surg 46:279–286.

**Fryzek JP**, Signorello LB, Hakelius L, Feltelius N, Ringberg A, Blot WJ, McLaughlin JK, Nyren O. 2001. Self-reported symptoms among women after cosmetic breast implant and breast reduction surgery. Plast Reconstr Surg 107(1):206–213.

**Fryzek JP**, Signorello LB, Hakelius L, Lipworth L, McLaughlin JK, Blot WJ, Nyren O. 2001. Local complications and subsequent symptom reporting among women with cosmetic breast implants. Plast Reconstr Surg 107(1):214–221.

**Fryzek JP**, Weiderpass E, Signorello LB, Hakelius L, Lipworth L, Blot WJ, McLaughlin JK, Nyren O. 2000. Characteristics of women with cosmetic breast augmentation surgery compared with breast reduction surgery patients and women in the general population of Sweden. Ann Plast Surg 45(4):349–356.

Marano DE, Boice JD, Jr., **Fryzek JP**, Morrison JA, Sadler CJ, McLaughlin JK. 2000. Exposure assessment for a large epidemiological study of aircraft manufacturing workers. Appl Occup Environ Hyg 15(8):644–656.

Blot WJ, **Fryzek JP**, Henderson BE, Sadler CJ, McLaughlin JK. 2000. A cohort mortality study among gas generator utility workers. J Occup Environ Med 42(2):194–199.

**Fryzek JP**, Mellemkjaer L, Friis S, McLaughlin JK, Rosenthal AK, Blot WJ, Olsen JH. 2000. Connective tissue disease and other related rheumatic conditions among patients with finger and hand and temporomandibular joint prostheses in Denmark. J Rheumatol 27(6):1434–1436.

**Fryzek JP**, Lipworth LL, Garabrant DH, McLaughlin JK. 2000. Comparison of surrogate with self-respondents for occupational factors. J Occup Environ Med 42(4):424–429.

Boice JD, Jr., Marano DE, **Fryzek JP**, Sadler CJ, McLaughlin JK. 1999. Mortality among aircraft manufacturing workers. Occup Environ Med 56(9):581–597.

Von Essen S, **Fryzek J**, Nowakowski B, Wampler M. 1999. Respiratory symptoms and farming practices in farmers associated with an acute febrile illness after organic dust exposure. Chest 116(5):1452–1458.

**Fryzek JP**, Mellemkjaer L, McLaughlin JK, Blot WJ, Olsen JH. 1999. Cancer risk among patients with finger and hand joint and temporo-mandibular joint prostheses in Denmark. Int J Cancer 81(5):723–725.

Simpson CL, Garabrant DH, **Fryzek J**, Homa DM, Peters RK. 1998. Wood-dust exposures and cancer of the colon. Int J Occup Environ Health 4(3):179–183.

Garabrant DH, Kinnard M, Schenk MJ, **Fryzek JP**, Braselton E. 1997. The epidemiology of pancreatic cancer: Environmental and medical risk factors. Michigan Cancer Journal.

**Fryzek JP**, Garabrant DH, Greenson J, Schottenfeld D. 1997. The epidemiology and pathology of pancreas cancer: A review. GI Cancer 2:99–110.



Fryzek JP, Garabrant DH, Harlow SD, Severson RK, Gillespie BW, Schenk M, Schottenfeld D. 1997. A case-control study of self-reported exposures to pesticides and pancreas cancer in southeastern Michigan. Int J Cancer 72(1):62–67.

Wisdom K, Fryzek JP, Havstad SL, Anderson RM, Dreiling MC, Tilley BC. 1997. Comparison of laboratory test frequency and test results between African-Americans and Caucasians with diabetes: Opportunity for improvement. Findings from a large urban health maintenance organization. Diabetes Care 20(6):971–977.

## CASE REPORTS, LETTERS, EDITORIALS

Fryzek J, Garabrant DH, Pastula S, Jiang X. Response to Goldstein et al. 2013. J Occup Environ Med 55(11):1378.

Fryzek JP, Chadda B, Marano D, White K, Schweitzer S, McLaughlin JK, Blot WJ. 2004. Response to "Titanium dioxide and lung cancer." J Occup Environ Med 46(8):759–760.

Fryzek JP, McLaughlin JK. 2004. Response to "Where there's smoke there's fire: The silicone breast implant controversy continues to flicker: A new disease that needs to be defined." J Rheumatol 31(7):1466.

Fryzek JP, McLaughlin JK, Nyren O. 2001. Response to "Silicone Breast Implants and Fibromyalgia." Plast Reconstr Surg 108(7):2165–2168.

## ABSTRACTS AND PRESENTATIONS

Hooda N, Brahe, MA, Svane HML, Fryzek J, Nicholson G, White JB, Edris B, Smith LM, Petersen MM, Baad-Hansen T, Keller J, Jorgensen PH, Pedersen AB. The Epidemiology of Desmoid Tumors in Denmark. Virtual presentation to Connective Tissue Oncology Society (CTOS), November 2021.

Movva N, Suh M, Jiang X, Reichert H, Bylsma L, Rizzo CP, White M, Fryzek J, Nelson CB. Medicaid infants have the highest respiratory syncytial virus (RSV) hospitalization burden and rates among United States (US) infants aged <1 year: An analysis of the 2011–2018 National (Nationwide) Inpatient Sample (NIS). Abstract accepted for AAP Experience, National Conference & Exhibition (American Academy of Pediatrics), Philadelphia, PA, October 2021.

White JB, Svane HML, Fryzek J, Nicholson G, Edris B, Smith LM, Hooda N, Petersen MM, Baad-Hansen T, Keller JO, Jorgensen PH, Pedersen AB. E-poster presentation to DTRF International Desmoid Tumor Research Workshop, September 2021.

Suh M, Movva N, Bylsma L, Demont C, Rizzo C, Fryzek J, Nelson CB. Systematic literature review (SLR) of respiratory syncytial virus (RSV) burden and health care utilization (HCU) among infants in the United States (US). Poster presentation at 37th ICPE (International Conference on Pharmacoepidemiology & Therapeutic Risk Management), virtual conference, August 2021.

Vágó EK, Nicholson G, Horváth-Puhó E, Hooda N, Fryzek JP, Su J. Healthcare resource utilization among patients with cold agglutinin disease in Denmark. Poster presentation to European Hematology Association Congress (Abstract EP1193), June 2021, online.

Broome CM, Patel P, Jiang X, Iglesias-Rodriguez M, Fryzek J. Increased antidepressant use among newly diagnosed patients with cold agglutinin disease compared with other patients in a large US healthcare system. Poster presentation to European Hematology Association Congress (Abstract EP1180), June 2021, online.



A DIVISION OF TOXSTRATEGIES, INC.

Broome, C, Patel P, Jiang X, Iglesias-Rodriguez M, Fryzek J. Increased antidepressant use among newly diagnosed patients with cold agglutinin disease compared with other patients in a large US healthcare system. E-poster presentation to European Hematology Association Virtual Congress, June 2021.

Vágó EK, Nicholson G, Horváth-Puhó E, Hooda N, Fryzek J, Su J. Healthcare resource utilization among patients with cold agglutinin disease in Denmark. E-poster presentation to European Hematology Association Virtual Congress, June 2021.

Fergie J, Gonzales T, Suh M, Jiang X, Fryzek JP, Hooda N, Howard A, Bloomfield A. Higher-risk congenital heart disease (CHD) among children aged ≤24 months with respiratory syncytial virus hospitalizations (RSVH) and all-cause bronchiolitis hospitalizations (BH). 37th Annual Children's National Symposium: ECMO and the Advanced Therapies for Cardiovascular and Respiratory Failure, Feb 2021.

Malcolm W, Fisher K, Wood CT, Movva N, Suh M, Wolf Z, Balu S, Sendak M, Hintze B, White M, Fryzek J, Nelson CB. Infant lower respiratory tract infections, including those caused by RSV, are significantly below historical levels during the COVID-19 pandemic. Pediatrics Academic Societies 2021, April–May 2021.

Fergie J, Gonzales T, Suh M, Jiang X, Fryzek J, Hooda N, Howard A, Bloomfield A. Higher-risk congenital heart disease (CHD) among children aged ≤24 months with respiratory syncytial virus hospitalizations (RSVH) and all-cause bronchiolitis hospitalizations (BH) at RSV season before and after the 2014 American Academy of Pediatrics (AAP) guidance. California Association of Neonatologists' 27th Annual Cool Topics in Neonatology Conference, March 2021.

Vágó EK, Nicholson G, Horváth-Puhó E, Fryzek JP, Su J. Healthcare resource utilization (HRU) among patients with cold agglutinin disease (CAD) in Denmark. Poster presentation to ISPOR Europe virtual conference. International Society for Pharmacoeconomics and Outcomes Research, November 2020.

Fergie J, Gonzales T, Suh M, Jiang X, Fryzek J, Howard A, Bloomfield A. 2020. Medically attended respiratory syncytial virus hospitalizations (RSVH) and all-cause bronchiolitis hospitalizations (BH) among children aged ≤24 months at RSV season start with higher-risk congenital heart disease (CHD) before and after the 2014 American Academy of Pediatrics (AAP) policy. Presentation to IDWeek virtual conference on infectious disease, October 2020.

Fergie J, Gonzales T, Suh M, Jiang X, Fryzek J, Howard A, Bloomfield A. 2020. Respiratory syncytial virus hospitalizations (RSVH) and all-cause bronchiolitis hospitalizations (BH) among children aged ≤24 months at the start of RSV season with bronchopulmonary dysplasia/chronic lung disease of prematurity (BPD/CLDP) before and after the 2014 American Academy of Pediatrics (AAP) policy. Presentation to IDWeek virtual conference on infectious disease, October 2020.

Suh M, Jiang X, Movva N, Fryzek J, Bylsma L, Rizzo C, Nelson CB. Hospitalizations and emergency department visits for respiratory syncytial virus among infants aged <1 year in the United States: An analysis of nationwide inpatient and emergency room data. Presentation to IDWeek virtual conference on infectious disease, October 2020.

Shepard DS, Perloff J, Jiang S, Suh M, Fryzek J, Bowser D, Rizzo C, Nelson CB. Impacts of age and season on rates of hospitalization for respiratory syncytial virus (RSV) in infants in the United States and their use of mechanical ventilation and charges. Presentation to IDWeek virtual conference on infectious disease, October 2020.

Haddadin Z, Rankin DA, Lipworth L, Fryzek J, Suh M, Shepard DS, McHenry R, Varjabedian R, Fernandez KN, Rizzo C, Nelson CB, Halasa NB. Clinical characteristics of common respiratory viruses detected in infants across different clinical settings. Presentation to IDWeek virtual conference on infectious disease, October 2020.



A DIVISION OF TOXSTRATEGIES, INC.

Haddadin Z, Rankin DA, Lipworth L, Fryzek J, Suh M, Shepard DS, McHenry R, Varjabedian R, Fernandez KN, Rizzo C, Nelson CB, Halasa NB. Distribution of respiratory viral pathogens in infants across different clinical settings from December 2019 to April 2020. Presentation to IDWeek virtual conference on infectious disease, October 2020.

Rankin DA, Haddadin Z, Lipworth L, Fryzek J, Suh M, Shepard DS, McHenry R, Varjabedian R, Fernandez KN, Rizzo C, Nelson CB, Halasa NB. Comparison of clinical presentations and burden of respiratory syncytial virus in infants across three distinct healthcare settings. Presentation to IDWeek virtual conference on infectious disease, October 2020.

Christiansen CF, Farkas DK, Fryzek JP, Romagnani P, Nørgaard M, Rothman KJ, Toft Sørensen H. Risk and prognosis of cancer after acute kidney injury. Presentation to the 36th International Conference on Pharmacoepidemiology & Therapeutic Risk Management, Berlin, Germany, August 2020.

Dronin-Fenton D, Dalvi T, Movva N, Pedersen I, Hansen H, Fryzek J, Mellemgaard A, Rasmussen T, Klein A, Hamilton-Dutoit S, Nørgaard M. PD-L1 expression and survival in stage III unresectable non-small cell lung cancer patients in Denmark. Accepted for presentation to a virtual meeting (due to COVID-19) of the European Society for Medical Oncology (ESMO), abstract #2865, August 2020.

Stalbovskaya V, Wasserman E, Fryzek J, Bylsma L, Sirulnik A. NRG1 fusion-driven cancers: A systematic literature review and meta-analysis. Abstract in proceedings from annual meeting of the American Society of Clinical Oncology, May 2020.

Stalbovskaya V, Wasserman E, Fryzek J, Bylsma LC, Sirulnik A. NRG1 fusion-driven cancers: A systematic literature review and meta-analysis. Abstract presented online at American Society of Clinical Oncology, May 2020 [virtual conference due to COVID-19].

Bylsma LC, Dean R, Lowe K, Sangare L, Alexander D, Fryzek J. The incidence of infusion reactions associated with monoclonal antibody drugs targeting the epidermal growth factor receptor in metastatic colorectal cancer patients: A systematic literature review and meta-analysis of patient and study characteristics. Poster for Society of Toxicology, Virtual Annual Meeting, 2020,
https://eventpilotadmin.com/web/page.php?page=Session&project=SOT20&id=P3205.

Röth A, Fryzek J, Jiang X, Reichert H, Morales J, Broome CM. Seasonal patterns of anemia, hemolytic markers, healthcare resource utilization, and thromboembolic events in cold agglutinin disease. Presentation at German Society for Hematology and Medical Oncology, Berlin, Germany, October 11–14, 2019.

Röth A, Fryzek J, Jiang X, Reichert H, Morales J, Broome CM. Seasonal patterns of thromboembolic events in cold agglutinin disease (CAD) in the United States. Presentation at 81st Annual Meeting of the Japanese Society of Hematology, Tokyo, Japan, October 11–13, 2019.

Fergie J, Gonzales T, Jiang X, Fryzek J, Rizzo CP. Respiratory syncitial virus hospitalizations (RSVH) and all-cause bronchiolitis hospitalizations (BH) among 29-34 weeks gestational age (wGA) preterm infants before and after the 2014 American Academy of Pediatrics (AAP) immunoprophylaxis policy change using the Children's Hospital Association's Pediatric Health Information System (PHIS). Poster presentation at IDWeek, Washington, DC, October 2–6, 2019.

Cronin-Fenton D , Dalvi T, Hedgeman E, Norgaard M, Pedersen L, Hansen H, Fryzek J, Walker J, Mellemgaard A, Rasmussen TR, Shire N, Rigas J, Potter D, Hamilton-Dutoit S, Sorensen HT. PD-L1 expression, EGFR and KRAS mustations in stage III unresectables non-small cell lung cancer (NSCLC) patients. International Society for Pharmacoepidemiology, Prague, Czech Republic, August 22-26, 2018.



Bylsma LC, Ording AG, Froslev T, Mehnert F, Fryzek JP, Arias JM, Olsen MS, Roth A, Sorensen HT, Berentsen S. The occurrence and survival of cold agglutinin disease in Denmark. 23rd Congress of the European Hematology Association. Stockholm, Sweden, June 14-17, 2018.

Cronin-Fenton D , Dalvi T, Hedgeman E, Norgaard M, Pedersen L, Hansen H, Fryzek J, Walker J, Mellemgaard A, Rasmussen TR, Shire N, Rigas J, Potter D, Hamilton-Dutoit S, Sorensen HT. PD-L1 expression, EGFR and KRAS mustations in stage III unresectables non-small cell lung cancer (NSCLC) patients. American Association for Cancer Research (AACR) Annual Meeting 2018, Chicago, IL, April 14-18, 2018.

Bylsma LC, Gillezeau C, Garawin T, Kelsh M, Fryzek J, Sangare L, Lowe KA. Prevalence of RAS and BRAF Mutations in Metastatic Colorectal Cancer (mCRC) Patients by Tumor Location. Gastrointestinal Cancers Symposium, San Francisco, CA, January 18-20, 2018.

Reichert H, Fryzek J, Bylsma LC. Survival synthesis: methods for meta-analysis of survival rates and aggregation of survival data. 12th International Conference on Health Policy Statistics, Charleston, South Carolina, January 10-12, 2018.

Broome C, Cunningham JM, Mullins M, ·Jiang X, Bylsma L, Fryzek J, Rosenthal A. Incidence of Thromboembolic Events Is Increased in a Retrospective Analysis of a Large Cold Agglutinin Disease (CAD) Cohort. American Society of Hematology, Atlanta, Georgia, December 9-12, 2017.

Cronin-Fenton D , Dalvi T, Hedgeman E, Norgaard M, Pedersen L, Hansen H, Fryzek J, Lawrence D, Walker J, Mellemgaard A, Rasmussen TR, Shire N, Rigas J, Potter D, Hamilton-Dutoit S, Sorensen HT. PD-L1 expression, EGFR and KRAS mutations in First-Line Therapy (1L) for non-small cell lung cancer (NSCLC) patients. 18th World Conference on Lung Cancer of the International Association for the Study of Lung Cancer, IASLC 2017, October 15-18, 2017.

Soff GA, Ray-Coquard I, Marfil Rivera LJ, Fryzek J, Mullins M, Bylsma LC, Park JK. Literature Review of Thrombopoietin Receptor Agonists (TPO-RA) for Chemotherapy-Induced Thrombocytopenia (CIT), European Society for Medical Oncology, Madrid, Spain, September 2017.

Cronin-Fenton D , Dalvi T, Hedgeman E, Norgaard M, Pedersen L, Hansen H, Fryzek J, Lawrence D, Walker J, Mellemgaard A, Rasmussen TR, Shire N, Rigas J, Potter D, Hamilton-Dutoit S, Sorensen HT. PD-L1 expression, EGFR and KRAS mutations in First-Line Therapy (1L) for non-small cell lung cancer (NSCLC) patients. 33rd International Conference on Pharmacoepidemiology and Therapeutic Risk Management, Montreal, QC, Canada, August 26-30, 2017.

Cronin-Fenton D , Dalvi T, Hedgeman E, Norgaard M, Pedersen L, Hansen H, Fryzek J, Lawrence D, Walker J, Mellemgaard A, Rasmussen TR, Shire N, Rigas J, Potter D, Hamilton-Dutoit S, Sorensen HT. Programmed cell death receptor ligand 1 (PD-L1) expression: Epidermal growth factor receptor (EGFR) and Kirsten RAS (KRAS) mutations in second-line therapy (2L) non-small cell lung cancer (NSCLC) patients-A Danish cohort study, 2017 Annual Meeting of the American Society of Clinical Oncology, ASCO, Chicago, IL, June 2-6, 2017.

Ruterbusch JJ, Bylsma LC, Barlev A, Flanders S, Schultz NM, Fryzek J, Quek RGW, Heath EI, Beebe-Dimmer JL. Bicalutamide Treatment Patterns in Elderly Prostate Cancer Patients: A Historical Cohort Study Using the Surveillance, Epidemiology and End Results Program (SEER)-Medicare Database, International Society for Pharmacoeconomics and Outcomes Research, Boston, MA, May 2017.

Kim R, Brookhart MA, Flanders S, Schultz NM, Fryzek J, Barlev A. Heterogeneous populations driven by clinical practice: A case example comparing enzalutamide (ENZA) and bicalutamide (BIC), 2017 Genitourinary Cancers Symposium , Orlando, Florida, February 16-18, 2017.



Ruzin A, Levin-Sparenberg E, Pastula S, Jiang X, Fryzek J, Tovchigrechko A, Lu B, Yu L, Hackett J, Villafana T, Esser MT. Characterization of RSV strains among U.S. patients in the OUTSMART RSV program during 2015-16. ID Week 2017, San Diego, CA, October 4-6, 2017.

Cronin-Fenton D , Dalvi T, Hedgeman E, Norgaard M, Pedersen L, Mortensen K, Midta A, Shire N, Brody R, Fryzek J, Lawrence D, Rigas J, Potter D, Walker J, Mellemgaard A, Rasmussen TR, Hamilton-Dutoit S, Sorensen HT. An interim assessment of key biomarkers (programmed cell death receptor ligand 1 (PD-L1) expression and epidermal growth factor receptor (EGFR) in third-line therapy non-small cell lung cancer (NSCLC) patients: A Danish cohort study. 41st ESMO Congress (ESMO 2016), Copenhagen, Denmark, October 7-11 2016.

Pastula S, Hackett J, Coalson J, Jiang X, Villafana T, Fryzek J. Burden of respiratory syncytial virus disease among adults in the United States from 1997 to 2012. Abstract, Poster Presentation, ID Week 2016. New Orleans, LA. October 26-30, 2016.

Cetin K, Callaghan F, Fryzek J, Bylsma L, Bezold C, Mehta B. Safety and Efficacy/Effectiveness of Second-line Treatments in Patients with Immune Thrombocytopenia: A Systematic Review of the Literature. 32nd International Conference on Pharmacoepidemiology & Therapeutic Risk Management. Dublin, Ireland. August 25-28, 2016.

Pastula S, Hackett J, Coalson J, Jiang X, Villafana T, Fryzek J. Burden of respiratory syncytial virus disease among adults in the United States from 1997 to 2012. Abstract, Poster Presentation, International Society for Influenza and Other Respiratory Virus Diseases (ISIRV) 2016 - Options IX For the Control of Influenza. Chicago, IL. August 24-28, 2016.

Cetin K, Callaghan F, Fryzek J, Bylsma L, Bezold C, Mehta B. Safety and Efficacy/Effectiveness of Second-line Treatments in Patients with Immune Thrombocytopenia: A Systematic Review of the Literature. 21st Congress of the European Hematology Association. Copenhagen, Denmark. June 9-12, 2016.

Pastula S, Hackett J, Coalson J, Jiang X, Villafana T, Fryzek J. Burden of Respiratory Syncytial Virus Disease Among Adults in the United States from 1997 to 2012. 21st Annual International Society for Pharacoeconomics and Outcomes Research. Washington, DC. May 21-25, 2016.

Fryzek J, Alexander D, Summers N, Fraysse J, Reichert H, Townes L, Vanderpuye-Orgle J. Indirect Treatment Comparison of Cabazitaxel for Patients with Metastatic Castration-Resistant Prostate Cancer who have been Previously Treated with a Docetaxel-Containing Regimen. 21st Annual International Society for Pharacoeconomics and Outcomes Research. Washington, DC. May 21-25, 2016.

Cetin K, Callaghan F, Fryzek JP, Bylsma LC, Bezold C, Mehta B. Safety and Efficacy/Effectiveness of Second-line Treatments in Patients with Immune Thrombocytopenia: A Systematic Review of the Literature. Thrombosis & Hemostasis Summit of North America 2016. Chicago, IL USA, April 14-16, 2016.

Cohen SS, Shirey-Rice J, Hardin J, Monda K, Fryzek JP, Fazio S, Denny JC, Wei WQ, Lipworth L. Abstract P100: Identification of Patients with Familial Hypercholesterolemia (FH) Using the Dutch Lipid Network (DLN) Criteria in Electronic Health Records (EHR). Circulation. 2016 Mar 1;133(Suppl 1):AP100.

Cohen SS, Kabagambe EK, Shirey-Rice J, Hardin J, Monda K, Fryzek JP, Fazio S, Denny JC, Wei WQ, Lipworth L. Achievement Of LDL-cholesterol Reduction Targets is Associated With Reduced Cardiovascular Disease Risk Among Patients With Familial Hypercholesterolemia in a Large Electronic Medical Record Database. Circulation. 2015 Nov 10;132(Suppl 3):A17184.

Lipworth L, Shirey-Rice J, Wei WQ, Hardin J, Shi G, Monda K, Fryzek JP, Fazio S, Cohen SS, Denny JC. Identification and characterization of heterozygous familial hypercholesterolemia patients using the Vanderbilt University Medical Center Synthetic Derivative database. European Heart Journal 2015 Aug 1 (Vol. 36, Pp. 927-927).



Fryzek J, Doucette A, Jiang X, Coalson J, McLaurin K, Ambrose CS. Trends in Respiratory Syncytial Virus and Bronchiolitis Infant Hospitalization Rates in High-Risk Infants in a US Nationally Representative Database (1997–2012). ID Week. San Diego, CA USA, October 7-11 2015.

Doucette A, Hedgman E, Fryzek J. Assessing the Agreement of Hospitalization Estimates Between Three Nationally Representative US Hospital Discharge Databases, the Nationwide Inpatient Sample (NIS), the National Hospital Discharge Survey (NHDS) and the Kid's Inpatient Database (KID). International Conference of Pharmacoepidemiology. Boston, MA USA, August 24-26 2015.

Doucette A, Jiang X, Fryzek J, Coalson J, McLaurin K, Ambrose CS. Comparison of trends in bronchiolitis and respiratory syncytial virus infant hospitalizations rates in 3 US nationally representative databases. Pediatric Academic Societies Annual Meeting. San Diego, CA. USA, April 25-28 2015.

Beebe-Dimmer JL, Yee C, Dalvi T, Fryzek J, Garabrant D, Schwartz AG, Gadgeel SM. Mesothelioma in the United States: A Surveillance, Epidemiology and End Results (SEER)-Medicare investigation of treatment patterns and survival. American-Society-of-Clinical-Oncology (ASCO). Chicago, IL USA, May 29-June 2 2015.

Liu B, Karath SM, Sekeres MA, Fryzek JP, Mutetwa BT, Sreekantaiah C, Mason C, Kolitz, Taioli E. Insights into the spatial clustering and disease etiology of myelodysplastic syndromes. NYC Epidemiology Forum. NYC, NY USA, February 27, 2015.

Kerath SM, Sekeres MA, Fryzek JP, Mutetwa BT, Sreekantaiah C, Mason CR, Kolitz J, Taioli E. Clinical characteristics and outcomes in a large sample of MDS patients. American Public Health Association. New Orleans, LA USA, November 15-19 2014.

Metha J, Le-Ruet O, Fryzek J, Iqbal U, Olivares R, Mesa R. Epidemiology of primary myelfibrosis, essential thrombocythemia, and polycythemia vera in the European Union. European Cancer Congress. Amsterdam, Netherlands, 27 September-1 October 2013.

Nielsen Nguyen M, Pedersen, Olesen Braae A, Wang L, Hou J, Mackey H, McCusker M, Basset-Seguin N, Fryzek J. The incidence of metastatic basal cell carcinoma in Denmark, 1997-2010. 6th World Meeting of Interdisciplinary Melanoma/Skin Cancer Centers in conjunction with the 8th EADO Congress. Barcelona, Spain, 14th-17th November 2012.

Nielsen Nguyen M, Skovbo S, Svaneby D, Pedersen L, Fryzek JP. The prevalence of X-linked hypohidrotic ectodermal dysplasia in Denmark, 1995-2010. American Society of Human Genetics. San Francisco, USA. November 6-10, 2012.

Li J, Dalvi T, Pawaskar M, Tsai K, Caspard H, Fryzek J. Recent trends in the characteristics of patients with distant stage breast cancer in the United States Surveillance, Epidemiology and End Stage Disease program. 2012 CTRC–AACR San Antonio Breast Cancer Symposium. San Antonio, Texas, USA. December 4–8, 2012.

Kuehn C, Watson H, Ong K, Mohamed M, Ochoa JA, Fryzek J. Descriptive Epidemiology of Medical Device Use among Patients with Breast, Lung or Prostate Cancer in the National Inpatient Sample. 28th International Conference on Pharmacoepidemiology & Therapeutic Risk Management. Barcelona, Spain. August 23-26, 2012.

Johannesdottir SA, Christiansen CF, Johansen MB, Olsen M, Xu Xiao, Lash TL, Sørensen HT, Fryzek JP. Healthcare resource utilization associated with hospitalization for acute exacerbation of chronic obstructive pulmonary disease and subsequent post-hospitalization recurrence and death a: a Danish cohort study. 28th International Conference on Pharmacoepidemiology & Therapeutic Risk Management. Barcelona, Spain. August 23-26, 2012.



A DIVISION OF TOXSTRATEGIES, INC.

Skovbo S, Nguyen-Nielsen, Pedersen, Sørensen HT, Fryzek J. The Prevalence of X-linked Hypohidrotic Ectodermal Dysplasia in Denmark from 1995-2010. 28th International Conference on Pharmacoepidemiology & Therapeutic Risk Management. Barcelona, Spain. August 23-26, 2012.

Yoon D, Fryzek JP, Doemland ML, Kim SM. Prescription pattern dispensed from pharmacies in South Korea, using national health insurance data. 28th International Conference on Pharmacoepidemiology & Therapeutic Risk Management. Barcelona, Spain. August 23-26, 2012.

Fordyce T, Mowat F, Fryzek J, Lau E. Incidence of metastatic hormone receptor positive (HR+) breast cancer in the United Kingdom: Data Needed! 17th Annual International Society for Pharacoeconomics and Outcomes Research. Washington, DC. June 2-6, 2012

Yong M, Christiansen CF, Gammelager H, Sværke C, Chia V, Atchison C, Fryzek J. Healthcare resource utilization among breast cancer patients with bone metastases and skeletal-related events: a population-based cohort study in Denmark (1997 – 2009). 34th Annual San Antonio Breast Cancer Symposium. San Antonio, TX, USA. December 6 - 10, 2011

Mitchell J, Mehta J, Lau E, Fryzek J. National-level descriptive epidemiology of pediatric acute lymphoblastic leukemia. 24th Annual Meeting of the American Society of Pediatric Hematology/Oncology. Baltimore, MD, USA. April 13-16, 2011.

Groothuis JR, Fryzek JP, Makari D, Martone WJ. Respiratory Syncytial Virus Hospitalization (RSVH) in infants with Chronic Lung Disease: An 8 year Retrospective National Hospital Survey. The 3rd Congress of the European Academy of Paediatric Societies. Copenhagen, Denmark. October 23-26, 2010.

Fryzek JP, Makari D, Martone WJ, Groothuis JR. Trends in Inpatient RSV Hospitalization in Young Children: An 8-Year Cohort Study using the US National Hospital Discharge Survey. The 3rd Congress of the European Academy of Paediatric Societies. Copenhagen, Denmark. October 23-26, 2010.

Youk AO, Buchanich JM, Marsh GM, Fryzek JP. An Ecological Study of Cancer Mortality Rates in High Altitude Counties of the United States. Society of Epidemiological Research. Seattle, Washington, USA. June 23-26, 2010.

Beebe-Dimmer J, Schwartz KA, Cetin K, Morgenstern H, Yee C, Bartoces M, Shahinian V, Fryzek J, Acquavella J. Incidence of cataract among elderly prostate cancer patients receiving androgen deprivation therapy in the United States using the Surveillance, Epidemiology, and End Results-Medicare database. American Society of Clinical Oncology Annual Conference. Chicago, Illinois. June 9 – June 11, 2010.

Groothuis JR, Fryzek JP, Makari D, Martone WJ. Respiratory Syncytial Virus Hospitalization (RSVH) in infants with Chronic Lung Disease: An 8-year Retrospective National Hospital Survey. 2010 Pediatric Academic Societies' Annual Meeting. Vancouver, BC, Canada. May 1 – 4, 2010.

Norgaard M, Jensen AO, Farkas DK, Pedersen L, Fryzek JP, Zhao S, Sorensen HT. Factors associated with Receipt of Splenectomy for Patients with Chronic Idiopathic Thrombocytopenic Purpura-A Nationwide Cohort Study. Pharmacoepidemiology and Drug Safety 18: S158-S159. Aug 2009.

Yong M, Jensen AO, Jacobsen JB, Nørgaard M, Fryzek JP, Sørensen HT. The Incidence of Bone Metastases and Skeletal-Related Events in Breast Cancer Patients: A Population-Based Cohort Study in Denmark (1999 - 2007). 32nd Annual San Antonio Breast Cancer Symposium. San Antonio, Texas, USA. December 9 - 13, 2009.

Langeberg W, O'Malley C, Critchlow C, Fryzek J. Prevalence of comorbidities at breast cancer diagnosis and subsequent risk of renal failure.    American Society of Clinical Oncology Breast Cancer Symposium. San Francisco, California, USA. October 8- 10, 2009.



Yong M, Jensen AO, Jacobsen JB, Nørgaard M, Fryzek JP, Sørensen HT. The prognostic implications of bone metastases and skeletal-related events on breast cancer survival: A population-based cohort study in Denmark (1999 - 2007). American Society of Clinical Oncology Breast Cancer Symposium. San Francisco, California, USA. October 8- 10, 2009.

Schoonon WM, Li L, Fryzek JP, Kaye JA. Medical Contraindictions for Splenectomy among Adults with Immune Thrombocytopenic Purpura: Data from the General Practice Research Database. 14th Annual Meeting of the European-Hematology Association. Berlin, Germany. June 4-7, 2009.

Christiansen CF, Johansen MB, Christensen S, Langeberg W, Fryzek J, Sørensen HT. Incidence of Acute Kidney Injury in Cancer Patients: A Population-based Cohort Study in Denmark. American Society of Clinical Oncology Annual Conference. Orlando, Florida. May 29 – June 2, 2009.

Yong M, Jensen AO, Jacobsen JB, Nørgaard M, Fryzek JP, Sørensen HT. Survival associated with bone metastases and skeletal-related events in breast cancer patients: a population-based cohort study in Denmark (1999 – 2007). American Society of Clinical Oncology Annual Conference. Orlando, Florida. May 29 – June 2, 2009.

Langeberg W, O'Malley C, Critchlow C, Fryzek J. Risk of acute renal failure among breast cancer patients and chemotherapy treatment of breast cancer patients with a history of renal insufficiency in a commercially-insured population in the United States. American Society of Clinical Oncology Annual Conference. Orlando, Florida. May 29 – June 2, 2009.

Barlev A, Yong M, Cherkowski G, Cetin K, Fryzek JP. Prevalence of early-stage prostate and estrogen receptor positive breast cancer patients receiving primary androgen deprivation therapy and aromatase inhibitors in the United States. American Society of Clinical Oncology Annual Conference. Orlando, Florida. May 29 – June 2, 2009.

Fryzek JP, Cetin K, Nørgaard M, Jensen AO, Jacobsen JB, Sørensen HT. The prognostic significance of bone metastases and skeletal-related events (SREs) in prostate cancer survival: a population-based historical cohort study in Denmark (1999-2007). American Society of Clinical Oncology Annual Conference. Orlando, Florida. May 29 – June 2, 2009.

Cherkowski G, Dietrich J, Chen F, Fryzek J, Bridges K. Heparin use and venous thromboembolism (VTE) among cancer patients receiving chemotherapy with a prior history of VTE. American Society of Clinical Oncology Annual Conference. Orlando, Florida. May 29 – June 2, 2009.

Taioli E, Du Y, Fryzek J, Sekeres M. Literature review on the Epidemiology of Myelodysplastic Syndrome (MDS). 10th International Symposium on Myelodysplastic Syndromes. Patras, Greece. May 6-9, 2009.

Taioli E, Du Y, Yong M, Fryzek J. Incidence of Myelodysplastic Syndrome in Western Pennsylvania. 10th International Symposium on Myelodysplastic Syndromes. Patras, Greece. May 6-9, 2009.

Schoonen W, Asgnes B, Bray F, Hansen S, Fryzek J, Weiderpass E. Incidence of myelodysplastic syndromes (MDS) and Chronic Myelomonocytic leukemia (CMML) in Norway 1993-2006. 10th Symposium on Myelodysplastic Syndromes. Patras, Greece. May 6-9, 2009.

Schoonen W, Aagnes B, Bray F, Hansen S, Fryzek J, Weiderpass E. Incidence of Myelodysplastic syndromes (MDS) in the geographically defined area of South-Western Greece. 10th International Symposium on Myelodysplastic Syndromes. Patras, Greece. May 6-9, 2009.

Schoonen W, Strupp C, Aul C, Fryzek J, Germing U. Incidence and prevalence of Myelodysplastic Syndromes (MDS) in Duesseldorf 1996-2005. 10th Internationals Symposium on Myelodysplastic Syndromes. Patras, Greece. May 2009.



Jensen AO, Nørgaard M, Cronin-Fenton D, Rubino A, Fryzek JP, Sørensen HT. Accuracy of ICD-10 discharge diagnoses of skeletal related events (SREs) and bone metastases secondary to prostate cancer and breast cancer in a Danish population-based hospital registry. 24th International Conference on Pharmacoepidemiology & Therapeutic Risk Management. Copenhagen, Denmark. August 17-20, 2008.

Schoonen WM, Cronin-Fenton DP, Riis A, Farkas D, Johnsen SP, Fryzek JP, Sorensen HT. Transfusion use among cancer patients: a population-based cohort study. 33rd ESMO Congress, Stockholm, Sweden. 12-16 September 2008.

Schoonen W, Thomsen RW, Körmendiné Farkas D, Riis A, Fryzek JP, Sorensen HT. Splenectomy for trauma or Immune Thrombocytopenic Purpura (ITP) and risk of infections, venous thromboembolic events and death. 13th Congress of the European Heamatology Association, Copenhagen, Denmark, June 12-15, 2008.

Schoonen W, Thomsen RW, Körmendiné Farkas D, Riis A, Fryzek JP, Sorensen HT. Incidence of infections in splenectomised patients and general population comparisons: nationwide cohort study in Denmark. 13th Congress of the European Heamatology Association, Copenhagen, Denmark, June 12-15, 2008.

Fryzek JP, Thomsen RW, Thomsen HF, Nørgaard TM, Cetin K, McLaughlin JK, Tarone RE, Sørensen HT. The risk of cholecystitis in patients with cancer and the general population in a population-based cohort study in Western Denmark, 1995-2003. American Society of Clinical Oncology Annual Conference. Chicago, Illinois. May 30 – June 3, 2008.

Cetin K, Cronin-Fenton DP, Søndergaard F, Pedersen L, Fryzek JP, Acquavella JF, Baron JA, Sørensen HT. Risk of venous thromboembolism (VTE) in Danish cancer patients: a population-based cohort study from 1997 to 2005. American Society of Clinical Oncology Annual Conference. Chicago, Illinois. May 30 – June 3, 2008.

Carducci MA, Cetin K, Markus R, Fryzek JP. Time trends in the epidemiology of newly diagnosed stage IV prostate cancer in the United States: An analysis of data from the Surveillance, Epidemiology, and End Results (SEER) Program (1988-2003). American Society of Clinical Oncology Annual Conference. Chicago, Illinois. May 30 – June 3, 2008.

Sekeres MA, Kantarjian H, List A, Schoonen M, Fryzek JP, Paquette R, Maciejewski JP. Characteristics of Patients with Myelodysplastic Syndromes (MDS) in the United States from 4528 Physician Surveys. The American Society of Hematology 49th Annual Meeting. Atlanta, Georgia. December 8-11, 2007.

Cronin-Fenton DP, Søndergaard F, Pedersen L, Fryzek JP, Cetin K , Acquavella J, Sørensen HT. A population-based cohort study of the incidence of venous thromboembolism in Danish cancer patients compared to the general population. 4th International Congress on Thrombosis and Haemostatic Issues in Cancer in Bergamo, Italy. October 26-28, 2007.

Kaye JA, Schoonen WM, Fryzek JP. ITP Incidence And Mortality In UK General Practice Research Database. 12th Congress of the European Heamatology Association, Vienna, Austria, June 7-10, 2007.

Fallick C, Fryzek J, Wingate S, Healey C, Barnett P, Grinder D, Gramsky C, Golden J. Inability to tolerate Optimal Neurohormonal Blockage Predicts Poor Survival in Heart Failure. 54th Annual Scientific Session of the American-College-of-Cardiology. Orlando, Florida, March 6, 2005.

Fryzek JP, Kuehn CM, Deuson R, Kaye JA.  MDS Incidence and Mortality in UK General Practice Research Database. 9th International Symposium on Myelodysplastic Syndromes, Florence, Italy, May 16-19, 2007.

Henriksen TF, Fryzek JP, Hölmich LR, McLaughlin JK, Kjoller K, Hoyer AP, Olsen JH, Friis S. Surgical intervention and capsular contracture after breast augmentation: a prospective study of risk factors. 10th congress of European Societies of Plastic, Reconstructive and Aesthetic Surgery (ESPRAS). Vienna, Austria. 2005.



Hölmich LR, Fryzek JP, Kjøller K, Breiting VB, Jørgensen A, Krag C, McLaughlin JK. The diagnosis of silicone breast implant rupture: Clinical findings compared with findings at magnetic resonance imaging. 10th congress of European Societies of Plastic, Reconstructive and Aesthetic Surgery (ESPRAS). Vienna, Austria. 2005.

Henriksen TF, Fryzek JP, Hölmich LR, McLaughlin JK, Krag C, Karlsen R, Kjøller K, Olsen J, Friis S. Reconstructive breast implantation after mastectomy for breast cancer: Clinical outcomes in a nationwide, prospective cohort study. 10th congress of European Societies of Plastic, Reconstructive and Aesthetic Surgery (ESPRAS). Vienna, Austria. 2005.

Fallick CC, Fryzek JP, Wingate SJ, Healey CM, Barnett PP, Offutt CA, Carlton CA, Golden JS. Traditional predictors of adverse outcome are modified in a comprehensive heart failure management program. Circulation 2004; 110 (17) supplement III:III-640.

Wadström T, Fryzek JP, Demirjian S, Choi JW, Garabrant DH, Nyrén O, Ye W, Nilsson I, Ljungh Å. Antibodies to Helicobacter bilis in patients with pancreatic carcinoma. European Helicobacter Study Group. Vienna, Austria. September 2004.

Henriksen TF, Fryzek JP, Friis S. Cosmetic and reconstructive breast implantations anno 2004. Results from a nationwide implant registry. EQUAM-Consensus Conference. Groningen, Netherlands. June 2004

Marano DE, White KL, Fryzek JP, Blot WJ. Retrospective Exposure Assessment in an Epidemiological Study of Titanium Dioxide Manufacturing Workers. American Industrial Hygiene Conference and Exposition, Dallas, Texas. May 12, 2003.

Hölmich LR, Friis S, Fryzek JP, Vejborg IM, Conrad C, Sletting S, Kjøller K, McLaughlin JK, Olsen JH. Rupture of silicone breast implants - how often? A study of rupture incidens (in Danish). Danish Society for Plastic and Reconstructive Surgery, Roskilde. May 9, 2003.

Hölmich LR, Vejborg IM, Conrad C, Sletting S, Fryzek JP, Høier-Madsen M, McLaughlin JK, Kjøller K, Friis S. The spontaneous course of silicone implant rupture (in Danish). Danish Society for Plastic and Reconstructive Surgery, Roskilde. May 9, 2003.

Henriksen TF, Fryzek JP, Hölmich LR, Friis S. Status of breast implants, a prospective evaluation of cosmetic and reconstructive breast implantation. The EQUAM-Consensus Conference. Groningen, Nethlerlands, June 2002

Henriksen TF, Fryzek JP, Hölmich LR, Friis S. The Danish Registration System. The EQUAM-Consensus Conference, Groningen, Netherlands. June 2002

Henriksen TF, Hölmich LR, Friis S, Fryzek JP. Status of breast implantations, DSPR annual meeting, Denmark 2002

Hölmich LR, Kjøller K, Vejborg I, Conrad C, Sletting S, McLaughlin JK, Fryzek J, Lipworth L, Jacobsen PH, Breiting V, Brandt B, Jørgensen A, Olsen JH. Prevalence of silicone breast implant rupture (in Danish). Danish Surgical Society, Herlev, Denmark. April 19-20, 2001

Jacobsen PH, Friis S, Fryzek JP, Hölmich LR, Kjøller K, McLaughlin JK. Mortality following cosmetic breast surgery in Denmark. Danish Surgical Society, København. November 22-23, 2001.

Hölmich LR, Kjøller K, Fryzek J, Vejborg I, Conrad C, Sletting S, Høyer-Madsen M, McLaughlin JK, Breiting V, Friis S. Implant rupture and self-reported symptoms in unselected Danish women with cosmetic silicone breast implants. Danish Surgical Society, Copenhagen, Denmark. November 22-23, 2001

Jacobsen PH, Friis S, Fryzek JP, Hölmich LR, Kjøller K, McLaughlin JK. Mortality following cosmetic breast surgery in Denmark. American Society of Plastic Surgeons (ASPS/PSEF/ASMS) Annual scientific meeting, Orlando, Florida. Nov. 3-7, 2001.



Hölmich LR, Kjøller K, Fryzek J, Jacobsen PH, McLaughlin JK, Friis S. Implant rupture and self-reported symptoms in unselected Danish women with cosmetic breast implants. American Society of Plastic Surgeons (ASPS/PSEF/ASMS) 70th Annual scientific meeting, Orlando, Florida. Nov. 3-7, 2001.

Hölmich LR, Kjøller K, Fryzek J, Jacobsen PH, McLaughlin JK, Friis S. Implant rupture and self-reported symptoms in unselected Danish women with cosmetic silicone breast implants. 9th Congress of European Societies of Plastic, Reconstructive and Aesthetic Surgery (ESPRAS), Rome, Italy. Sept. 16-20, 2001,

Jacobsen PH, Friis S, Fryzek JP, Hölmich LR, Kjøller K, McLaughlin JK. Mortality following cosmetic breast surgery in Denmark. 9th congress of European Societies of Plastic, Reconstructive and Aesthetic Surgery (ESPRAS). Sept. 16-20, 2001.

Kinnard MS, Fryzek JP, Schenk M, Garabrant DH. The association of peptic ulcer disease and pancreatic cancer. Annual Meetings Of American Gastroenterologcal Association And American Association For The Study Of Liver Diseases. Washington, D. C. May 11-14, 1997.

Fryzek JP, Kolar C, Leed-Kelly A, Lawson TA. Acetyltransferase, Diet and Smoking as Determinants of Pancreas Cancer. University of Nebraska Medical Center Epply Cancer Institute Cancer Expo. Omaha, NE. April 20, 1997.

Nowakowski B, Fryzek J, Eberspacher H, Smith M, Bolin N, Von Essen S. Organic dust toxic syndrome and respiratory symptoms in a farming environment. American Thoracic Society International Conference. San Francisco, Ca. May 21, 1997.

Wisdom K, Fryzek JP, Havstad SL, Tiley BC. Patient Utilization Patterns by Race in a Large Health Maintenance Organization. Chicago Health Services Research Symposium. Chicago, IL. January 30-31, 1997.

Schenk MJ, Fryzek JP, Garabrant DH, Braselton EW. A case-control study of serum DDE levels and pancreas cancer. American Public Health Association. New York City, NY. November 17-21, 1996.

Schenk MJ, Fryzek JP, Garabrant DG, Braselton WE, VaitkeviciusVK. A case-control study of serum DDE levels and pancreas cancer. Joint Conference of the American Association for Cancer Research and the International Agency for Research on Cancer. Budapest, Hungary. October 21-22, 1996.

Wisdom K, Fryzek JP, Anderson RM, Dreiling MC, Havstad SL, Spencer H, Tiley BC. Race-Specific Differences in Diabetes Care Determined Using Computerized Data. 55th Scientific Meeting of the American Diabetes Association. Atlanta, GA. May 1996.

Fryzek JP, Garabrant DH, Hanash S, Braselton EW, Schenk MJ. DDT and Related Compounds and Pancreas Cancer. Histopathobiology of Neoplasia Workshop. Keystone, Colorado. July 9-16, 1995.