# EXHIBIT H

# FRYZEK

# APPENDIX C

Below is my fee schedule:

1) $622/hour for all work
2) $315/hour for travel time