# EXHIBIT I



# INVOICE

Invoice #: 38279
Invoice Date: 08/26/2019
Terms: Net 45
Due Date: 10/10/2019

**Exhibit 3**

**Intelligent Management Solutions LLC**
4400 Bayou Boulevard
Suite 6
Pensacola, FL 32503-1905

**Bill To:**

**Zhejiang Huahai Pharmaceutical Co., Ltd., Prinston Pharmaceutical, Inc., Solco Healthcare U.S., LLC, and Huahai US, Inc. c/o Duane Morris LLP**
ATTN: Patrick Gallagher
Boca Center Tower II, 5100 Town Center Circle Suite 650
Boca Raton, FL 33486-9000
United States

**Project:** Robert Kruk, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. - 2

**Expert Name:** Jon Fryzek

**IMS Job #:** 14105 J 5846 P

Client Manager: Neil Hoyt; Recruiter: Heather Baker

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/19 | Jon Fryzek (All Work): Telephone call with clients | .75 | Hours | $622.00 | $466.50 |
| 07/03/19 | Jon Fryzek (All Work): Review materials | .5 | Hours | $622.00 | $311.00 |
| 07/19/19 | Jon Fryzek (All Work): Review risk factors for tumors | 1.5 | Hours | $622.00 | $933.00 |
| 07/24/19 | Jon Fryzek (All Work): Review documents | 1.5 | Hours | $622.00 | $933.00 |
| 07/30/19 | Jon Fryzek (All Work): Review of risk factors for selected cancers | 6 | Hours | $622.00 | $3,732.00 |
| 07/31/19 | Jon Fryzek (All Work): Speak with client, literature review | 4.5 | Hours | $622.00 | $2,799.00 |
| 07/02/19 | Professional Support Staff: Risk factors for selected cancer | 3.25 | Hours | $435.00 | $1,413.75 |
| 07/03/19 | Professional Support Staff: Risk factors for selected cancer types | 3.5 | Hours | $435.00 | $1,522.50 |
| 07/31/19 | Mina Suh - Support Staff: Literature search | 3.5 | Hours | $400.00 | $1,400.00 |
| 07/30/19 | Naimisha Movva - Support Staff: References | 2.75 | Hours | $305.00 | $838.75 |
| 07/31/19 | Naimisha Movva - Support Staff: Risk factors research | 2.25 | Hours | $305.00 | $686.25 |
| | | | | TOTAL | $15,035.75 |
| | | | | APPLIED PAYMENTS AND CREDITS | $0.00 |
| | | | | AMOUNT DUE | $15,035.75 |

**Terms:** Net 45
**Due Date:** 10/10/2019

---

**Contact Us:**
Pensacola, FL (850) 473-2500
Toll Free (877) 838-8464
invoices@expertservices.com
www.ims-expertservices.com

**Wire Payment Information:**
Regions Bank, Pensacola, FL 32501 FEI 84-1204705
Acct Name: Intelligent Management Solutions, LLC
Acct No. 0100851620
Wires: Use Routing (ABA) No. 062005690
ACH: Use Routing (ABA) No. 063104668
SWIFT CODE: UPNBUS44

Customer: Duane Morris LLP  Job & Placement: 14105 J 5846 P

Page 1



**INVOICE**

Invoice #: 38561
Invoice Date: 09/16/2019
Terms: Net 45
Due Date: 10/31/2019

Bill To:

Zhejiang Huahai Pharmaceutical Co., Ltd.,
Prinston Pharmaceutical, Inc., Solco Healthcare U.S.,
LLC, and Huahai US, Inc. c/o Duane Morris LLP
ATTN: Patrick Gallagher
Boca Center Tower II, 5100 Town Center Circle Suite 650
Boca Raton, FL 33486-9000
United States

**Intelligent Management Solutions LLC**
4400 Bayou Boulevard
Suite 6
Pensacola, FL 32503-1905

Project: Robert Kruk, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. - 2

Expert Name: Jon Fryzek

IMS Job #: 14105 J 5846 P

Client Manager: Neil Hoyt; Recruiter: Heather Baker

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/19 - 08/13/19 | Jon Fryzek (All Work): Please see attached for detail | 6.5 | Hours | $622.00 | $4,043.00 |
| 08/01/19 | Janice Lansita - Support Staff: Please see attached for detail | .5 | Hours | $435.00 | $217.50 |
| 08/01/19 - 08/22/19 | Mina Suh - Support Staff: Please see attached for detail | 42.25 | Hours | $400.00 | $16,900.00 |
| 08/02/19 - 08/13/19 | Naimisha Movva - Support Staff: Please see attached for detail | 3.25 | Hours | $305.00 | $991.25 |
| | | | | TOTAL | $22,151.75 |
| | | | | APPLIED PAYMENTS AND CREDITS | $0.00 |
| | | | | AMOUNT DUE | $22,151.75 |

Terms: Net 45
Due Date: 10/31/2019

---

**Contact Us:**

Pensacola, FL (850) 473-2500
Toll Free (877) 838-8464
invoices@expertservices.com
www.ims-expertservices.com

**Wire Payment Information:**
Regions Bank, Pensacola, FL 32501  FEI 84-1204705
Acct Name: Intelligent Management Solutions, LLC
Acct No. 0100851620
Wires: Use Routing (ABA) No. 062005690
ACH: Use Routing (ABA) No. 063104668
SWIFT CODE: UPNBUS44

Customer: Duane Morris LLP  Job & Placement: 14105 J 5846 P

Page 1



**INVOICE**

Invoice #: 38904
Invoice Date: 10/15/2019
Terms: Net 45
Due Date: 11/29/2019

Bill To:

Zhejiang Huahai Pharmaceutical Co., Ltd.,
Prinston Pharmaceutical, Inc., Solco Healthcare U.S.,
LLC, and Huahai US, Inc. c/o Duane Morris LLP
ATTN: Patrick Gallagher
Boca Center Tower II, 5100 Town Center Circle Suite 650
Boca Raton, FL 33486-9000
United States

**Intelligent Management Solutions LLC**
4400 Bayou Boulevard
Suite 6
Pensacola, FL 32503-1905

Project: Robert Kruk, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. - 2

Expert Name: Jon Fryzek

IMS Job #: 14105 J 5846 P

Client Manager: Neil Hoyt; Recruiter: Heather Baker

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 09/26/19 | Jon Fryzek (All Work): Review report | 1 | Hours | $622.00 | $622.00 |
| 09/16/19 | Sarah Cohen: Nutritional factors literature review | .25 | Hours | $435.00 | $108.75 |
| 09/04/19 | Mina Suh - Support Staff: Search for nutritional risk factors papers and data | 1 | Hours | $400.00 | $400.00 |
| 09/05/19 | Mina Suh - Support Staff: Search for nutritional risk factors papers and data | 2 | Hours | $400.00 | $800.00 |
| 09/06/19 | Mina Suh - Support Staff: Search for nutritional risk factors papers and data, draft notes on nutritional risk factors | 1 | Hours | $400.00 | $400.00 |
| 09/12/19 | Mina Suh - Support Staff: Draft notes on nutritional risk factors (NDMA and cancer) | 6.5 | Hours | $400.00 | $2,600.00 |
| 09/13/19 | Mina Suh - Support Staff: Review systematic literature on nutritional risk factors and draft summaries | 1.5 | Hours | $400.00 | $600.00 |
| 09/16/19 | Mina Suh - Support Staff: Teleconference to discuss nutritional risk factors and NDMA - containing foods | .5 | Hours | $400.00 | $200.00 |
| 09/17/19 | Mina Suh - Support Staff: Evaluate studies and reports wit data on NDMA levels in food products | .25 | Hours | $400.00 | $100.00 |
| 09/19/19 | Mina Suh - Support Staff: Review epidemiologic studies of cancer and food products | 1.5 | Hours | $400.00 | $600.00 |
| 09/20/19 | Mina Suh - Support Staff: Draft notes on nutritional risk factors for cancer and food products | 7.5 | Hours | $400.00 | $3,000.00 |
| 09/21/19 | Mina Suh - Support Staff: Draft notes on nutritional risk factors for NDMA in food, references | 3 | Hours | $400.00 | $1,200.00 |
| 09/22/19 | Mina Suh - Support Staff: Draft cancer epic data summaries on | 1 | Hours | $400.00 | $400.00 |

**Contact Us:**
Pensacola, FL (850) 473-2500
Toll Free (877) 838-8464
invoices@expertservices.com
www.ims-expertservices.com

**Wire Payment Information:**
Regions Bank, Pensacola, FL 32501  FEI 84-1204705
Acct Name: Intelligent Management Solutions, LLC
Acct No. 0100851620
Wires: Use Routing (ABA) No. 062005690
ACH: Use Routing (ABA) No. 063104668
SWIFT CODE: UPNBUS44

Customer: Duane Morris LLP  Job & Placement: 14105 J 5846 P

Page 1

| Date | Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| | NDMA in diet | | | | |
| 09/13/19 | Naimisha Movva - Support Staff: Retrieving documents | .25 | Hours | $305.00 | $76.25 |
| | | | | TOTAL | $11,107.00 |
| | | | | APPLIED PAYMENTS AND CREDITS | $0.00 |
| | | | | AMOUNT DUE | $11,107.00 |

Terms: Net 45
Due Date: 11/29/2019

**Contact Us:**

Pensacola, FL (850) 473-2500
Toll Free (877) 838-8464
invoices@expertservices.com
www.ims-expertservices.com

**Wire Payment Information:**
Regions Bank, Pensacola, FL 32501  FEI 84-1204705
Acct Name: Intelligent Management Solutions, LLC
Acct No. 0100851620
Wires: Use Routing (ABA) No. 062005690
ACH: Use Routing (ABA) No. 063104668
SWIFT CODE: UPNBUS44



# INVOICE

Invoice #: 39221
Invoice Date: 11/13/2019
Terms: Net 45
Due Date: 12/28/2019

**Bill To:**

Zhejiang Huahai Pharmaceutical Co., Ltd.,
Prinston Pharmaceutical, Inc., Solco Healthcare U.S.,
LLC, and Huahai US, Inc. c/o Duane Morris LLP
ATTN: Patrick Gallagher
Boca Center Tower II, 5100 Town Center Circle Suite 650
Boca Raton, FL  33486-9000
United States

**Intelligent Management Solutions LLC**
4400 Bayou Boulevard
Suite 6
Pensacola, FL  32503-1905

**Project:** Robert Kruk, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. - 2

**Expert Name:** Jon Fryzek

**IMS Job #:** 14105 J 5846 P

Client Manager: Neil Hoyt; Recruiter: Heather Baker

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 10/02/19 | Sarah Cohen: Review report | 1 | Hours | $435.00 | $435.00 |
|  |  |  | TOTAL |  | $435.00 |
|  |  |  | APPLIED PAYMENTS AND CREDITS |  | $0.00 |
|  |  |  | AMOUNT DUE |  | $435.00 |

Terms: Net 45
Due Date: 12/28/2019

**Contact Us:**
Pensacola, FL (850) 473-2500
Toll Free (877) 838-8464
invoices@expertservices.com
www.ims-expertservices.com

**Wire Payment Information:**
Regions Bank, Pensacola, FL 32501  FEI 84-1204705
Acct Name: Intelligent Management Solutions, LLC
Acct No. 0100851620
Wires: Use Routing (ABA) No. 062005690
ACH: Use Routing (ABA) No. 063104668
SWIFT CODE: UPNBUS44

Customer: Duane Morris LLP  Job & Placement: 14105 J 5846 P

Page 1



# INVOICE

Invoice #: 43542
Invoice Date: 01/13/2021
Terms: Net 45
Due Date: 02/27/2021

**Bill To:**

Zhejiang Huahai Pharmaceutical Co., Ltd.,
Prinston Pharmaceutical, Inc., Solco Healthcare U.S.,
LLC, and Huahai US, Inc. c/o Duane Morris LLP
ATTN: Patrick Gallagher
Boca Center Tower II, 5100 Town Center Circle Suite 650
Boca Raton, FL 33486-9000
United States

**NEW REMIT PAYMENT TO ADDRESS:**
**Intelligent Management Solutions LLC**
P.O. Box 208312
Dallas, TX 75320-8312

**Project:** Robert Kruk, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. - 2

**Expert Name:** Jon Fryzek

**IMS Job #:** 14105 J 5846 P

Client Manager: Neil Hoyt

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 12/09/20 - 12/15/20 | Professional Support Staff: Review materials | 7.5 | Hours | $435.00 | $3,262.50 |
| | | | TOTAL | | $3,262.50 |
| | | | APPLIED PAYMENTS AND CREDITS | | $0.00 |
| | | | AMOUNT DUE | | $3,262.50 |

Terms: Net 45
Due Date: 02/27/2021

| Contact Us: | New ACH Payment Information: |
|---|---|
| Toll Free (877) 838-8464<br>invoices@expertservices.com | Wells Fargo Bank FEI 82-3398725<br>Acct Name: Intelligent Management Solutions, LLC<br>Acct No. 2940363969<br>ACH: Use Routing (ABA) No. 063107513 |

Customer: Duane Morris LLP  Job & Placement: 14105 J 5846 P

Page 1





# INVOICE

Invoice #: 43852
Invoice Date: 02/05/2021
Terms: Net 45
Due Date: 03/22/2021

**Bill To:**

Zhejiang Huahai Pharmaceutical Co., Ltd.,
Prinston Pharmaceutical, Inc., Solco Healthcare U.S.,
LLC, and Huahai US, Inc. c/o Duane Morris LLP
ATTN: Patrick Gallagher
Boca Center Tower II, 5100 Town Center Circle Suite 650
Boca Raton, FL 33486-9000
United States

**NEW REMIT PAYMENT TO ADDRESS:**
Intelligent Management Solutions LLC
P.O. Box 208312
Dallas, TX 75320-8312

**Project:** Robert Kruk, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. - 2

**Expert Name:** Jon Fryzek

**IMS Job #:** 14105 J 5846 P

**Client Manager:** Neil Hoyt

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/21 | Jon Fryzek (All Work): Review materials | 1 | Hours | $622.00 | $622.00 |
| 01/06/21 | Jon Fryzek (All Work): Review materials and meet with client | 1.5 | Hours | $622.00 | $933.00 |
| 01/11/21 | Jon Fryzek (All Work): Report outline | 1 | Hours | $622.00 | $622.00 |
| 01/14/21 | Jon Fryzek (All Work): Work on report | .75 | Hours | $622.00 | $466.50 |
| 01/15/21 | Jon Fryzek (All Work): Work on report | 1 | Hours | $622.00 | $622.00 |
| 01/19/21 | Jon Fryzek (All Work): Review outline and report | 1 | Hours | $622.00 | $622.00 |
| 01/20/21 | Jon Fryzek (All Work): Meet with client | 1 | Hours | $622.00 | $622.00 |
| 01/21/21 | Jon Fryzek (All Work): Review materials | .5 | Hours | $622.00 | $311.00 |
| 01/22/21 | Jon Fryzek (All Work): Review materials | 3 | Hours | $622.00 | $1,866.00 |
| 01/27/21 | Jon Fryzek (All Work): Review materials | 1 | Hours | $622.00 | $622.00 |
| 01/28/21 | Jon Fryzek (All Work): Review materials | 1 | Hours | $622.00 | $622.00 |
| 01/29/21 | Jon Fryzek (All Work): Review materials | 2 | Hours | $622.00 | $1,244.00 |
| 01/05/21 - 01/29/21 | Professional Support Staff: Review materials | 43 | Hours | $435.00 | $18,705.00 |
| | | | | TOTAL | $27,879.50 |
| | | | | APPLIED PAYMENTS AND CREDITS | $0.00 |
| | | | | AMOUNT DUE | $27,879.50 |

**Terms:** Net 45
**Due Date:** 03/22/2021

---

**Contact Us:**
Toll Free (877) 838-8464
invoices@expertservices.com

**New ACH Payment Information:**
Wells Fargo Bank FEI 82-3398725
Acct Name: Intelligent Management Solutions, LLC
Acct No. 2940363969
ACH: Use Routing (ABA) No. 063107513

**Customer:** Duane Morris LLP   **Job & Placement:** 14105 J 5846 P

Page 1



# INVOICE

Invoice #: 44183  
Invoice Date: 03/04/2021  
Terms: Net 45  
Due Date: 04/18/2021  

**Bill To:**

Zhejiang Huahai Pharmaceutical Co., Ltd.,  
Prinston Pharmaceutical, Inc., Solco Healthcare U.S.,  
LLC, and Huahai US, Inc. c/o Duane Morris LLP  
ATTN: Patrick Gallagher  
Boca Center Tower II, 5100 Town Center Circle Suite 650  
Boca Raton, FL 33486-9000  
United States  

**NEW REMIT PAYMENT TO ADDRESS:**  
Intelligent Management Solutions LLC  
P.O. Box 208312  
Dallas, TX 75320-8312  

**Project:** Robert Kruk, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. - 2

**Expert Name:** Jon Fryzek

**IMS Job #:** 14105 J 5846 P

Client Manager: Neil Hoyt

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 02/11/21 | Jon Fryzek (All Work): Review materials | 1.5 | Hours | $622.00 | $933.00 |
| 02/18/21 | Jon Fryzek (All Work): Review materials and meet with client | 1.5 | Hours | $622.00 | $933.00 |
| 02/05/21 - 02/18/21 | Sarah Cohen: Materials review | 51 | Hours | $435.00 | $22,185.00 |
| 02/12/21 - 02/24/21 | Janice Lansita - Support Staff: Materials review | 4 | Hours | $435.00 | $1,740.00 |
| | | | | TOTAL | $25,791.00 |
| | | | | APPLIED PAYMENTS AND CREDITS | $0.00 |
| | | | | AMOUNT DUE | $25,791.00 |

**Terms:** Net 45  
**Due Date:** 04/18/2021

---

**Contact Us:**  
Toll Free (877) 838-8464  
invoices@expertservices.com

**New ACH Payment Information:**  
Wells Fargo Bank FEI 82-3398725  
Acct Name: Intelligent Management Solutions, LLC  
Acct No. 2940363969  
ACH: Use Routing (ABA) No. 063107513

**Customer:** Duane Morris LLP  **Job & Placement:** 14105 J 5846 P

Page 1



# INVOICE

Invoice #: 44561
Invoice Date: 04/06/2021
Terms: Net 45
Due Date: 05/21/2021

**Bill To:**

Zhejiang Huahai Pharmaceutical Co., Ltd.,
Prinston Pharmaceutical, Inc., Solco Healthcare U.S.,
LLC, and Huahai US, Inc. c/o Duane Morris LLP
ATTN: Patrick Gallagher
Boca Center Tower II, 5100 Town Center Circle Suite 650
Boca Raton, FL  33486-9000
United States

**REMIT PAYMENT TO:**
IMS Consulting and Expert Services LLC
P.O. Box 208312
Dallas, TX 75320-8312

**Project:** Robert Kruk, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. - 2

**Expert Name:** Jon Fryzek

**IMS Job #:** 14105 J 5846 P

Client Manager: Neil Hoyt

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/21 | Jon Fryzek (All Work): Review materials | 1.5 | Hours | $622.00 | $933.00 |
| 03/11/21 | Jon Fryzek (All Work): Review materials | 1.25 | Hours | $622.00 | $777.50 |
| 03/17/21 | Jon Fryzek (All Work): Review materials and internal meeting | 1 | Hours | $622.00 | $622.00 |
| 03/29/21 | Jon Fryzek (All Work): Attend conference and review materials | 6 | Hours | $622.00 | $3,732.00 |
| 03/30/21 | Jon Fryzek (All Work): Attend conference and review materials | 6 | Hours | $622.00 | $3,732.00 |
| 03/01/21 - 03/29/21 | Janice Lansita - Support Staff: Materials review | 46.25 | Hours | $435.00 | $20,118.75 |
| 03/09/21 - 03/17/21 | Sarah Cohen: Materials review | 7.25 | Hours | $435.00 | $3,153.75 |
| 03/22/21 - 03/28/21 | Professional Support Staff: Materials review | 5.25 | Hours | $435.00 | $2,283.75 |
| | | | | TOTAL | $35,352.75 |
| | | | | APPLIED PAYMENTS AND CREDITS | $0.00 |
| | | | | AMOUNT DUE | $35,352.75 |

Terms: Net 45
Due Date: 05/21/2021

**Contact Us:**
Toll Free (877) 838-8464
invoices@expertservices.com

**ACH Payment Information:**
Wells Fargo Bank   EIN: 84-1204705
Acct Name: IMS Consulting and Expert Services, LLC
Acct No. 2940363969
ACH Routing (ABA) No. 063107513

Customer: Duane Morris LLP  Job & Placement: 14105 J 5846 P

Page 1



# INVOICE

Invoice #: 44896
Invoice Date: 05/06/2021
Terms: Net 45
Due Date: 06/20/2021

**Bill To:**

Zhejiang Huahai Pharmaceutical Co., Ltd.,
Prinston Pharmaceutical, Inc., Solco Healthcare U.S.,
LLC, and Huahai US, Inc. c/o Duane Morris LLP
ATTN: Patrick Gallagher
Boca Center Tower II, 5100 Town Center Circle Suite 650
Boca Raton, FL  33486-9000
United States

**REMIT PAYMENT TO:**
IMS Consulting and Expert Services LLC
P.O. Box 208312
Dallas, TX 75320-8312

**Project:** Robert Kruk, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. - 2

**Expert Name:** Jon Fryzek

**IMS Job #:**  14105 J 5846 P

Client Manager: Neil Hoyt

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 04/07/21 | Jon Fryzek (All Work): Review materials | 1 | Hours | $622.00 | $622.00 |
| 04/23/21 | Jon Fryzek (All Work): Review materials | 1 | Hours | $622.00 | $622.00 |
| 04/26/21 | Jon Fryzek (All Work): Review materials | 1.5 | Hours | $622.00 | $933.00 |
| 04/06/21 - 04/30/21 | Professional Support Staff: Materials review | 19 | Hours | $435.00 | $8,265.00 |
| 04/07/21 - 04/29/21 | Janice Lansita - Support Staff: Materials review | 57 | Hours | $435.00 | $24,795.00 |
| 04/24/21 - 04/25/21 | Sarah Cohen: Materials review | 2.75 | Hours | $435.00 | $1,196.25 |
| | | | | TOTAL | $36,433.25 |
| | | | | APPLIED PAYMENTS AND CREDITS | $0.00 |
| | | | | AMOUNT DUE | $36,433.25 |

**Terms:  Net 45**
**Due Date: 06/20/2021**

| Contact Us: | ACH Payment Information: |
|---|---|
| Toll Free (877) 838-8464 invoices@expertservices.com | Wells Fargo Bank Acct Name: IMS Consulting and Expert Services, LLC Acct No. 2940363969 ACH Routing (ABA) No. 063107513 |

Customer: Duane Morris LLP  Job & Placement:  14105 J 5846 P

Page 1



# INVOICE

Invoice #: 45364
Invoice Date: 06/10/2021
Terms: Net 45
Due Date: 07/25/2021

**Bill To:**

**Zhejiang Huahai Pharmaceutical Co., Ltd.,
Prinston Pharmaceutical, Inc., Solco Healthcare U.S.,
LLC, and Huahai US, Inc. c/o Duane Morris LLP
ATTN: Patrick Gallagher**
Boca Center Tower II, 5100 Town Center Circle Suite 650
Boca Raton, FL 33486-9000
United States

**REMIT PAYMENT TO:**
**IMS Consulting and Expert Services LLC**
P.O. Box 208312
Dallas, TX 75320-8312

**Project:** Robert Kruk, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. - 2

**Expert Name:** Jon Fryzek

**IMS Job #:** 14105 J 5846 P

Client Manager: Neil Hoyt

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 05/06/21 | Jon Fryzek (All Work): Write report | 5 | Hours | $622.00 | $3,110.00 |
| 05/07/21 | Jon Fryzek (All Work): Write report | 6 | Hours | $622.00 | $3,732.00 |
| 05/11/21 | Jon Fryzek (All Work): Review materials | 2 | Hours | $622.00 | $1,244.00 |
| 05/03/21 - 05/14/21 | Janice Lansita - Support Staff: Review materials | 2.25 | Hours | $435.00 | $978.75 |
| 05/03/21 - 05/04/21 | Professional Support Staff: Review materials | 1.75 | Hours | $435.00 | $761.25 |
| | | | **TOTAL** | | **$9,826.00** |
| | | | APPLIED PAYMENTS AND CREDITS | | $0.00 |
| | | | **AMOUNT DUE** | | **$9,826.00** |

**Terms: Net 45**
**Due Date: 07/25/2021**

---

**Contact Us:**
Toll Free (877) 838-8464
invoices@expertservices.com

**ACH Payment Information:**
Wells Fargo Bank
Acct Name: IMS Consulting and Expert Services, LLC
Acct No. 2940363969
ACH Routing (ABA) No. 063107513

Customer: Duane Morris LLP   Job & Placement: 14105 J 5846 P

Page 1



# INVOICE

Invoice #: 45619
Invoice Date: 07/02/2021
Terms: Net 45
Due Date: 08/16/2021

**Bill To:**

Zhejiang Huahai Pharmaceutical Co., Ltd.,
Prinston Pharmaceutical, Inc., Solco Healthcare U.S.,
LLC, and Huahai US, Inc. c/o Duane Morris LLP
ATTN: Patrick Gallagher
Boca Center Tower II, 5100 Town Center Circle Suite 650
Boca Raton, FL 33486-9000
United States

**REMIT PAYMENT TO:**
IMS Consulting and Expert Services LLC
P.O. Box 208312
Dallas, TX 75320-8312

**Project:** Robert Kruk, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. - 2

**Expert Name:** Jon Fryzek

**IMS Job #:** 14105 J 5846 P

Client Manager: Neil Hoyt

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 06/24/21 - 06/30/21 | Sarah Cohen: Materials review | 1.5 | Hours | $435.00 | $652.50 |
| | | | TOTAL | | $652.50 |
| | | | APPLIED PAYMENTS AND CREDITS | | $0.00 |
| | | | AMOUNT DUE | | $652.50 |

**Terms:** Net 45
**Due Date:** 08/16/2021

---

| Contact Us: | ACH Payment Information: |
|---|---|
| Toll Free (877) 838-8464 | Wells Fargo Bank |
| invoices@expertservices.com | Acct Name: IMS Consulting and Expert Services, LLC |
| | Acct No. 2940363969 |
| | ACH Routing (ABA) No. 063107513 |

Customer: Duane Morris LLP   Job & Placement: 14105 J 5846 P                        Page 1

EX 3 / 12                                EX 3-012



# INVOICE

Invoice #: 46020
Invoice Date: 08/04/2021
Terms: Net 45
Due Date: 09/18/2021

**Bill To:**

Zhejiang Huahai Pharmaceutical Co., Ltd.,
Prinston Pharmaceutical, Inc., Solco Healthcare U.S.,
LLC, and Huahai US, Inc. c/o Duane Morris LLP
ATTN: Patrick Gallagher
Boca Center Tower II, 5100 Town Center Circle Suite 650
Boca Raton, FL  33486-9000
United States

**REMIT PAYMENT TO:**
IMS Consulting and Expert Services LLC
P.O. Box 208312
Dallas, TX 75320-8312

**Project:** Robert Kruk, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. - 2

**Expert Name:** Jon Fryzek

**IMS Job #:** 14105 J 5846 P

Client Manager: Neil Hoyt

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 07/22/21 | Jon Fryzek (All Work): Review materials | 3 | Hours | $622.00 | $1,866.00 |
| 07/26/21 | Jon Fryzek (All Work): Review materials and meet with client | 2.5 | Hours | $622.00 | $1,555.00 |
| 07/27/21 | Jon Fryzek (All Work): Review materials | 7 | Hours | $622.00 | $4,354.00 |
| 07/28/21 | Jon Fryzek (All Work): Write report | 3 | Hours | $622.00 | $1,866.00 |
| 07/30/21 | Jon Fryzek (All Work): Review materials and meet with client | 4 | Hours | $622.00 | $2,488.00 |
| 07/07/21 - 07/28/21 | Professional Support Staff: Materials review | 33.85 | Hours | $435.00 | $14,724.75 |
| 07/27/21 - 07/31/21 | Janice Lansita - Support Staff: Materials review | 11 | Hours | $435.00 | $4,785.00 |
| 07/27/21 | Sarah Cohen: Materials review | .75 | Hours | $435.00 | $326.25 |
| | | | | TOTAL | $31,965.00 |
| | | | | APPLIED PAYMENTS AND CREDITS | $0.00 |
| | | | | AMOUNT DUE | $31,965.00 |

**Terms:** Net 45
**Due Date:** 09/18/2021

| **Contact Us:** | **ACH Payment Information:** |
|---|---|
| Toll Free (877) 838-8464 | Wells Fargo Bank |
| invoices@expertservices.com | Acct Name: IMS Consulting and Expert Services, LLC |
| | Acct No. 2940363969 |
| | ACH Routing (ABA) No. 063107513 |

Customer: Duane Morris LLP   Job & Placement: 14105 J 5846 P    Page 1

EX 3 / 13    EX 3-013



# INVOICE

Invoice #: 46467
Invoice Date: 09/07/2021
Terms: Net 45
Due Date: 10/22/2021

**Bill To:**

Zhejiang Huahai Pharmaceutical Co., Ltd.,
Prinston Pharmaceutical, Inc., Solco Healthcare U.S.,
LLC, and Huahai US, Inc. c/o Duane Morris LLP
ATTN: Patrick Gallagher
Boca Center Tower II, 5100 Town Center Circle Suite 650
Boca Raton, FL 33486-9000
United States

**REMIT PAYMENT TO:**
IMS Consulting and Expert Services LLC
P.O. Box 208312
Dallas, TX 75320-8312

**Project:** Robert Kruk, et al. v. Zhejiang Huahai Pharmaceutical Co., Ltd., et al. - 2

**Expert Name:** Jon Fryzek

**IMS Job #:** 14105 J 5846 P

Client Manager: Neil Hoyt

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/21 | Jon Fryzek (All Work): Update report | 3.5 | Hours | $622.00 | $2,177.00 |
| 08/02/21 | Jon Fryzek (All Work): Review materials and update report | 1.5 | Hours | $622.00 | $933.00 |
| 08/20/21 | Jon Fryzek (All Work): Review materials | 2 | Hours | $622.00 | $1,244.00 |
| 08/21/21 | Jon Fryzek (All Work): Review materials | 3 | Hours | $622.00 | $1,866.00 |
| 08/22/21 | Jon Fryzek (All Work): Review materials and meet with client | 5 | Hours | $622.00 | $3,110.00 |
| 08/27/21 | Jon Fryzek (All Work): Review materials | 1 | Hours | $622.00 | $622.00 |
| 08/02/21 | Janice Lansita - Support Staff: Materials review | 2 | Hours | $435.00 | $870.00 |
| | | | | TOTAL | $10,822.00 |
| | | | | APPLIED PAYMENTS AND CREDITS | $0.00 |
| | | | | AMOUNT DUE | $10,822.00 |

**Terms:** Net 45
**Due Date:** 10/22/2021

| Contact Us: | ACH Payment Information: |
|---|---|
| Toll Free (877) 838-8464 | Wells Fargo Bank |
| invoices@expertservices.com | Acct Name: IMS Consulting and Expert Services, LLC |
| | Acct No. 2940363969 |
| | ACH Routing (ABA) No. 063107513 |

Customer: Duane Morris LLP  Job & Placement: 14105 J 5846 P

Page 1

EX 3 / 14                    EX 3-014