# EXHIBIT J

🔒 linkedin.com/in/janice-lansita-794b7515

**Linked in** People Jobs Lansita

## Janice Lansita

Experienced toxicologist, former regulator, drug developer

Silver Spring, Maryland, United States · 500+ connections

**Sign in to Connect**

Self-employed

Massachusetts Institute of Technology

### Activity

We are seeking a chemical or environmental engineer with experience conducting quantitative chemical exposure assessments to join our expanding...

ToxStrategies

Liked by Janice Lansita

ToxStrategies scientists will represent the firm's Biopharmaceuticals/Pharmaceuticals Practice at the 2019 Annual Meeting of the American College of...

ToxStrategies

Liked by Janice Lansita

Tarsius Pharma today announced the acceptance of its

Sign in to see all activity

## Experience


**Experienced toxicologist, former regulator, drug developer**
Self-employed
Aug 2020 - Present · 1 year 3 months


**Toxicology Consultant and Practice Director**
ToxStrategies, Inc.
Aug 2014 - Jul 2020 · 6 years


**Pharmacology and Toxicology Reviewer**
FDA
Apr 2009 - Aug 2014 · 5 years 5 months


**Scientist II**
Biogen
Sep 2004 - Dec 2008 · 4 years 4 months

## Education


**Massachusetts Institute of Technology**
Ph.D. · Toxicology
1998 - 2004


**Barnard College**
Bachelor of Arts (B.A.) · Biochemistry

Bachelor of Arts (B.A.) · Biochemistry

## Groups

MIT Biological Engineering

MIT Massachusetts Institute of Technology Alumni

## More activity by Janice



ToxStrategies is sponsoring the spring 2019 BAPTG meeting tomorrow (April 25th). I am looking forward to seeing all of the attendees! It should be...

Liked by Janice Lansita



Excited to see our publication with @Annexon Biosciences on ANX005, a novel mAb for the treatment of autoimmune and neurodegenerative diseases: #SBIR...

Shared by Janice Lansita



This is great news, Mike!!! Kudos!!!

Liked by Janice Lansita