# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge<br><br>**[PROPOSED] ORDER EXCLUDING THE OPINIONS OF STEPHEN HECHT, PH.D.** |

## ORDER

**THIS MATTER,** having been opened to the Court by Defendants for entry of an order excluding the opinions of Plaintiffs' expert Stephen Hecht, Ph.D., and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown;

**IT IS** on this ____ day of _____, 2022

**ORDERED** as follows:

1. Defendants' Joint Motion to Exclude the Opinions of Stephen Hecht, Ph.D., is Granted in its entirety; and

2. Stephen Hecht, Ph.D., shall be barred from offering general causation opinions and testifying about general causation.

_____
Hon. Robert B. Kugler, U.S.D.J

DM1\12582031.1