# EXHIBIT A

# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn°
David M. Estes

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cheryll A. Calderon
Adam M. Epstein°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°

°Member of N.J. & N.Y. Bars

July 12, 2021

**_VIA FEDERAL EXPRESS_**

Honorable Robert Kugler, U.S.D.J.
U.S. District Court - District of New Jersey
Mitchell S. Cohen Building & US Courthouse
1 John F. Gerry Plaza, Courtroom 4D
4th and Cooper Streets
Camden, NJ 08101

      Re:    IN RE: VALSARTAN, LOSARTAN, & IRBESARTAN PRODUCTS LIABILITY LITIGATION
             Civil No. 19-2875 (RBK/JS)

Dear Judge Kugler:

      Pursuant to the request of Loretta, enclosed are the general causation expert reports served by the Plaintiffs' leadership. The reports are from:

(1) Dr. Stephen S. Hecht,

(2) Dr. Stephen M. Lagana,

(3) Dr. David Madigan,

(4) Dr. Mahyar Etminan, and

(5) Dr. Dipak Panigraphy.

We have separately forwarded a link to Loretta as well.

Honorable Robert Kugler, U.S.D.J.
July 12, 2021
Page 2

      Please let us know if you need anything further.

      Thank you for your courtesies.

                                        Respectfully,

                                        ADAM M. SLATER

Encls.

Cc: Seth Goldberg