# EXHIBIT B

Page 1

1              UNITED STATES DISTRICT COURT
2                DISTRICT OF NEW JERSEY
3

   _____
4                                           )
   IN RE:  VALSARTAN, LOSARTAN AND          )
5  IRBESARTAN PRODUCTS LIABILITY            )
   LITIGATION,                              )
6                                           )
                                            )Case No.
7                                           )1:19-md-2875-RBK
   THIS DOCUMENT RELATES TO ALL ACTIONS     )
8                                           )
                                            )
9  --------------------------------------
10                     DAY 1
11                  CONFIDENTIAL
12            VIDEOTAPED DEPOSITION OF
13              DIPAK PANIGRAHY, M.D.
14           THURSDAY, SEPTEMBER 9, 2021
15              9:25 a.m. - 5:50 p.m.
16              GREENBERG TRAURIG LLP
17        ONE INTERNATIONAL PLACE, SUITE 2000
18              BOSTON, MASSACHUSETTS
19
20
21
22
23  Reported by:  Sandra A. Deschaine, CSR, RPR,
24  CLR, CRA
25

Page 2

```
1              SEPTEMBER 9, 2021
2
3              9:25 a.m.
4
5         Videotaped Deposition of Dipak
6  Panigrahy, M.D., held at Greenberg Taurig,
7  LLP, One International Place, Boston,
8  Massachusetts, pursuant to Notice, before
9  Sandra A. Deschaine, a Shorthand Reporter,
10 Registered Professional Reporter, Certified
11 LiveNote Reporter, and Notary Public in and
12 for the Commonwealth of Massachusetts.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1  A P P E A R A N C E S :
2  ON BEHALF OF TEVA PHARMACEUTICALS:
3  GREENBERG TRAURIG LLP
4     Stephen Fowler, Esquire
5     2101 L Street, N.W., Suite 1000
6     Washington, D.C. 20037
7     202.530.8587
8     forlerst@gtlaw.com
9  and
10    Steven Harkins, Esquire
11    Kenneth Dzikowski, Esquire (Via Zoom)
12    333 Piedmont Road NE, Suite 2500
13    Atlanta, Georgia 30350
14    678.553.2312
15    harkinss@gtlaw.com
16
17 ON BEHALF OF THE PLAINTIFFS AND THE WITNESS:
18 LEVIN PAPANTONIO RAFFERTY
19    Daniel Nigh, Esquire
20    316 South Baylen Street
21    Pensacola, Florida 32502
22    850.435.7013
23    dnigh@levinlaw.com
24
25 (Appearances continued.)
```

Page 4

```
1  A P P E A R A N C E S (continued.)
2  ON BEHALF OF THE PLAINTIFFS:
3  MARTIN HARDING & MAZZOTTI LLP
4     Rosemarie Bogdan, Esquire
5     1 Wall Street
6     Albany, New York 12205
7     518.862.1200
8     rosemarie.bogdan@1800law1010.com
9
10 ON BEHALF OF THE PLAINTIFFS:
11 KANNER & WHITELEY, LLC
12    Layne Hilton, Esquire  (Via Zoom)
13    701 Camp Street
14    New Orleans, Louisiana 70130
15    504.524.5777
16
17 ON BEHALF OF HJ HARKINS AND CIJEN:
18 HINSHAW & CULBERTSON
19    Kathleen Kelly, Esquire  (Via Zoom)
20    53 State Street, 27th Floor
21    Boston, Massachusetts 02109
22    617.231.7000
23    kekelley@hinshawlaw.com
24
25 (Appearances continued.)
```

Page 5

```
1  A P P E A R A N C E S (continued.)
2  ON BEHALF OF AUROBINDO PHARMA LIMITED:
3  CIPRIANI & WERNER, P.C.
4     Jessica Heinz, Esquire (Via Zoom)
5     450 Sentry Parkway, Suite 200
6     Blue Bell, Pennsylvania 19422
7     610.567.0700
8     jheinz@c-wlaw.com
9
10 ON BEHALF OF HUMANA PHARMACY, INC.:
11 FALKENBERG IVES LLP
12    Megan Zmick, Esquire (Via Zoom)
13    230 W. Monroe Street, Suite 2220
14    Chicago Illinois 60606
15    312.566.4808
16    mas@falkenbergives.com
17
18
19
20
21
22
23
24
25 (Appearances continued.)
```

2 (Pages 2 - 5)

Page 6

1  A P P E A R A N C E S (continued.)
2  ON BEHALF OF MYLAN PHARMACEUTICALS:
3  PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI
4  LLP:
5      Clem Trischler, Esquire (Via Zoom)
6      Frank Stoy, Esquire (Via Zoom)
7      Jason Reefer, Esquire (Via Zoom)
8      Bradley Matta, Esquire (Via Zoom)
9      One Oxford Centre
10     Pittsburgh, Pennsylvania 15219
11     412.263.4246
12     cct@pietragallo.com
13     fhs@pietragallo.com
14
15  ON BEHALF OF THE DEFENDANTS ZHEJIANG HUAHAI
16  PHARMACEUTICAL CO., LTD., PRINSTON
17  PHARMACEUTICAL, INC., AND SOLCO HEALTHCARE
18  LLC AND HUAHAI U.S., INC.:
19  DUANE MORRIS LLP
20     Frederick Ball, Esquire (Via Zoom)
21     100 High Street, Suite 2400
22     Boston, Massachusetts 02110-1724
23     312.277.1945
24     frball@duanemorris.com
25  (Appearances continued.)

Page 7

1  A P P E A R A N C E S (continued.)
2
3  ON BEHALF OF CVS AND RITE AID:
4  BARNES & THORNBURG, LLP
5      Kara Kapke, Esquire  (Via Zoom)
6      11 S. Meridian Street
7      Indianapolis, Indiana 46204-3535
8      317.231.6491
9      kara.kapke@btlaw.com
10
11  ON BEHALF OF HUMANA PHARMACY, INC.:
12  FALKENBERG IVES LLP
13     Megan Zmick, Esquire (Via Zoom)
14     230 W. Monroe Street, Suite 2220
15     312.566.4808
16     mas@falkenbergives.com
17
18
19
20
21
22
23
24
25  (Appearances continued.)

Page 8

1  A P P E A R A N C E S (continued.)
2
3  ON BEHALF OF TEVE PHARMACEUTICALS:
4  WALSH PIZZI O'REILLY FALANGA LLP
5      Christine Gannon, Esquire (Via Zoom)
6      Three Gateway Center
7      100 Mulberry Street, 15th Floor
8      Newark, New Jersey 07102
9      973.757.1100
10     cgannon@walsh.law
11
12
13  ON BEHALF ALBERTSON'S LLC:
14  BUCHANAN INGERSOLL & ROONEY PC
15     Christopher Henry, Esquire (Via Zoom)
16     227 West Trade Street, Suite 600
17     Charlotte, North Carolina 28202
18     704.444.3475
19     christopher.henry@bipc.com
20
21
22
23
24
25  (Appearances continued.)

Page 9

1  A P P E A R A N C E S (continued.)
2
3  ON BEHALF OF HETERO DRUGS AND HETERO LABS:
4  HILL WALLACK LLP
5      Nakul Shah, Esquire  (Via Zoom)
6      21 Roszel Road
7      P.O. Box 5226
8      Princeton, New Jersey 08543-5226
9      nshah@hillwallack.com
10
11
12  Also Present:  Bob Giannini, videographer
13          (Below via Zoom.)
14          Ben Pelta Heller, concierge
15          Coleen Hill, Duane Morris
16          Dolores DeSalvo, Martin
17          Hardinger & Mazzotti
18          Ken Pzikowski
19          Lauren Massey
20          Liza Walsh
21          Brett Vaughn
22          Chicago37B
23          16092139142
24          14127134023
25

3 (Pages 6 - 9)

Page 10

1        INDEX
2  EXAMINATION              PAGE
3  Dipak Panigrahy, M.D.
4   By Mr. Fowler ..................... 15
5
   EXHIBITS
6
   Exhibit    Description      Page
7
   Exhibit 1   Notice of Deposition   17
8
   Exhibit 2   Curriculum Vitae of   19
9            Dipak Panigrahy, M.D.
10 Exhibit 3  Flash drive          21
11 Exhibit 4  Dr. Panigrahy's      23
            documents
12
   Exhibit 5   In Re: Actos         104
13           (Pioglitazone) Products
            Liability Litigation
14           (MDL 2299)
15 Exhibit 6  Letter to Ned McWilliams 143
            from Dipak Panigrahy,
16           M.D.
17 Exhibit 7  Elsevier, attached    155
            Carcinogenesis: Failure
18           of resolution of
            inflammation?
19
   Exhibit 8   Virtual exhibit      179
20
   Exhibit 9   Current criteria to   202
21           establish human
            carcinogens
22
23
24
25 (Exhibits continued.)

Page 11

1        INDEX (continued.)
2        EXHIBITS (continued.)
3  EXHIBIT    DESCRIPTION     PAGE
4
5  Exhibit 10   Intragastric formation  230
            and modulation of
6            N-nitrosodimethylamine
            in a dynamic in vitro
7            gastrointestinal model
            under human
8            physiological conditions
9  Exhibit 11   Endogenous versus     241
            exogenous exposure to
10           N-nitroso compounds and
            gastric cancer risk in
11           the European Prospective
            Investigation into
12           Cancer and Nutrition
            (EPIC-EURGAST) study
13
   Exhibit 12   DNA adducts in humans  250
14           after exposure to
            methylating agents
15
   Exhibit 13   Nitrosamines as       259
16           Impurities in Drugs -
            Health Risk Assessment
17           and Mitigation Public
            Workshop, March 29-30,
18           2021
19 Exhibit 14   Genetic and Cellular   307
            Basis of Multistep
20           Carcinogenesis
21 Exhibit 15   Concordance of        311
            thresholds for
22           carcinogenicity of
            N-nitrosodiethylamine
23
   Exhibit 16   Thresholds in Chemical 323
24           Carcinogenesis: What Are
            Animal Experiments
25           Telling Us

Page 12

1            P R O C E E D I N G S
2        THE VIDEOGRAPHER:  Good morning.
3   We are on the record.  This is the
4   videographer speaking, Bob Giannini,
5   with Court Reporter Sandy Deschaine,        09:26 AM
6   with Veritext Legal Solutions.  Today's
7   date is September 9th, 2021.  The time
8   is 9:25 a.m.  We are currently located
9   at the offices of Greenberg Traurig in
10  Boston, Massachusetts, to take the video   09:26 AM
11  deposition of Dr. Dipak Panigrahy in the
12  matter of In Re:  Valsartan Losartan, et
13  al.
14      Will counsel please introduce
15  themselves for the record?              09:26 AM
16      MR. NIGH:  This is Daniel Nigh on
17  behalf of the plaintiffs.
18      MS. BOGDAN:  Rosemarie Bogdan on
19  behalf of the plaintiffs.
20      MR. FOWLER:  Stephen Fowler with   09:26 AM
21  Greenberg Traurig on behalf of Teva
22  Pharmaceuticals.
23      MR. HARKINS:  Steve Harkins with
24  Greenberg Traurig on behalf of Teva
25  Pharmaceuticals.                        09:27 AM

Page 13

1        THE VIDEOGRAPHER:  Okay.  Thank
2   you.  Will the court reporter please
3   swear in the witness?
4        THE REPORTER:  I actually need to
5   get people on the video, Bob.           09:27 AM
6   (Off-the-video discussion.)
7        MR. FOWLER:  Folks on the phone,
8   we're going to unmute you, and if you
9   all could please introduce yourselves,
10  the court reporter would like to get the  09:27 AM
11  record started properly with the names
12  of everybody who is attending.  I
13  understand we've done it differently,
14  but let's do it this way today, please.
15      MR. TRISCHLER:  Clem Trischler,    09:28 AM
16  T-r-i-s-c-h-l-e-r, representing Mylan
17  Pharmaceuticals.
18      MR. BALL:  Frederick,
19  F-r-e-d-e-r-i-c-k, last name, Ball, with
20  Duane Morris, representing CHD, and with  09:28 AM
21  me is my colleague Coleen, C-o-l-e-e-n,
22  Hill, H-i-l-l.
23      MS. KAPKE:  Kara Kapke, K-a-p-k-e,
24  for CVS and Rite Aid.
25      MS. HILTON:  Layne Hilton from      09:28 AM

4 (Pages 10 - 13)

Page 14

1 Kanner and Whiteley on behalf of the
2 plaintiffs.
3     MS. KELLY:  Kathleen Kelly of
4 Hinshaw & Culbertson for HJ Harkins and
5 Cijen.                    09:28 AM
6     MS. HEINZ:  Jessica Heinz from
7 Cipriani & Werner on behalf of the
8 Aurobindo Defendants.
9     MR. CASTLE:  Andy Castle with
10 Greenberg Traurig on behalf of Teva.    09:29 AM
11     MS. ZMICK:  Megan Zmick,
12 Z-m-i-c-k, on behalf of Humana Pharmacy,
13 Inc.
14     MR. STOY:  Frank Stoy, S-t-o-y,
15 from Petro Gallo, also on behalf of the    09:29 AM
16 Mylan Defendants.
17     MR. REEFER:  Jason Reefer,
18 R-e-e-f-e-r, for Mylan.
19     MR. HENRY:  Christopher Henry on
20 behalf of Albertson's, LLC.          09:29 AM
21     MR. MATTA:  Brad Matta, M-a-t-t-a,
22 on behalf of Mylan Defendants.
23     MS. DESALVO:  Dolores DeSalvo,
24 D-e-S-a-l-v-o, and I'm with Martin
25 Harding and Mazzotti.  I'm a nonattorney    09:30 AM

Page 15

1 assisting Rosemarie.
2     MR. FOWLER:  Thank you everyone on
3 the Zoom.  I appreciate that.
4     THE VIDEOGRAPHER:  Still hasn't
5 been sworn in.                 09:31 AM
6     DIPAK PANIGRAHY, M.D., Deponent,
7 having first been satisfactorily identified
8 by the production of his Massachusetts
9 driver's license and duly sworn by the Notary
10 Public, was examined and testified as    09:31 AM
11 follows:
12     EXAMINATION
13 BY MR. FOWLER:
14     Q.  Good morning, again,
15 Dr. Panigrahy.  My name is Steve Fowler.  We    09:31 AM
16 were previously introduced this morning
17 before the start of the deposition.  And as
18 you heard, I represent Teva Pharmaceuticals.
19     Would you please state your full
20 name and professional address.          09:31 AM
21     A.  Sure.  First, Dipak Panigrahy.
22     And -- what was your other
23 question?
24     Q.  Your professional address, please.
25     A.  Beth Israel Deaconess Medical    09:31 AM

Page 16

1 Center, Harvard Medical School.
2     Q.  And the street address, sir?
3     A.  99 Brookline Avenue, Boston, Mass.
4     Q.  Doctor, I know you've given a
5 couple depositions, so I'll cut some of the    09:32 AM
6 ground rules short.  But simply say that if
7 you don't understand a question that I ask
8 you, please let me know.  There's a lot of
9 medical jargon, and I may slip up.  So if you
10 don't understand my question, let me know.    09:32 AM
11     And will it be fair for me to
12 assume if you answer my question, that you've
13 understood it?
14     A.  Correct.
15     Q.  Okay.  And a lot of my questions    09:32 AM
16 today may simply call for a yes-or-no answer,
17 and I may or may not ask you to then
18 elaborate on it.  Sometimes, if I ask a
19 small question.  So if you can answer that,
20 and then if I ask you to explain, of course,    09:32 AM
21 you're given that opportunity.
22     Does that make sense to you?
23     A.  Yes.
24     Q.  Okay.  And, of course, you know,
25 this is less formal than court, so if you    09:32 AM

Page 17

1 need a break at any time, please let me know.
2 If there's not a question pending we can do
3 that.  We've got water over there.  We'll try
4 to take a break every hour or so just to keep
5 everyone fresh.  Okay?             09:33 AM
6     A.  Thank you.
7     Q.  Let's go ahead, please, and we're
8 going to mark Exhibit 1, which is the Notice
9 of Deposition.
10 (Exhibit 1, Notice of Deposition, marked for    09:33 AM
11 identification.)
12     MR. FOWLER:  And, Counsel, I'll
13 apologize for flipping these to you all
14 day.  Okay?
15     MR. NIGH:  Best we can, yep.        09:33 AM
16     MR. FOWLER:  And, Rosemarie, if
17 you'd like a copy too, I'll double-flip
18 them, but -- see, this is not -- I'm
19 not -- Steve will handle those going on.
20     You should see me pitch          09:33 AM
21 softball.
22     MR. NIGH:  You had a pretty good
23 flip, though; you got them, so you did
24 well.
25     MR. FOWLER:  Oh, wait, wait.  What    09:34 AM

5 (Pages 14 - 17)

Page 18

1    did I hand you? Did I hand you
2    objections or the notice?
3          THE REPORTER: Objections.
4          MR. FOWLER: Can I have the
5    notice?                        09:34 AM
6          Bumpy start out of the gates.
7    Bear with me.
8          For the time being, let's -- we'll
9    have a placeholder.
10   BY MR. FOWLER:                  09:34 AM
11   Q. Exhibit 1 is the notice of video
12   deposition requesting your appearance today,
13   and thank you for being here in person.
14         Doctor, do you recall seeing the
15   Notice of Deposition?           09:34 AM
16   A. Yes.
17   Q. And there was what we refer to as
18   an Exhibit A. It's a list of things that we
19   request that you provide to us.
20         Do you recall seeing that?    09:34 AM
21   A. Yeah.
22   Q. And one of those things we
23   requested was your current CV. And that's
24   something that you provided to your counsel?
25   A. Yes.                        09:35 AM

Page 19

1    Q. Let me mark Exhibit 2, your CV,
2    sir.
3    (Exhibit 2, Curriculum Vitae of Dipak
4    Panigrahy, M.D., marked for identification.)
5          MR. FOWLER: Two copies coming   09:35 AM
6    over.
7          Can we hand the witness Exhibit 2?
8          THE WITNESS: Thank you.
9    BY MR. FOWLER:
10   Q. Doctor, Exhibit 2, I've marked as   09:36 AM
11   your CV and if you look in the top left, you
12   see date prepared as July 2020. Is this your
13   most current CV, sir?
14   A. Yeah, this is -- about every one
15   or two years I'll update my CV for -- with   09:36 AM
16   publications. This is -- this is very
17   similar to if I went through and added any --
18   yeah, this is an updated CV.
19   Q. Well, I know for certain that it
20   doesn't have your 2021 article on it, so let   09:36 AM
21   me ask you again for a clear answer.
22         Do you think that is your current
23   CV, Doctor? If not, I'm going to request an
24   updated version. Simply, I only know that
25   because I've looked at your 2021 article.   09:37 AM

Page 20

1    And if this is July 2020, it's likely not
2    included.
3    A. Yes, the 2021 article is a review,
4    so it doesn't go under publications, but I
5    can add that. I can update the --   09:37 AM
6    Q. Oh, that's fine, sir. I'm not
7    actually asking you to do any work. I just
8    want to make sure it's current and that, you
9    know, perhaps that's the only thing that's
10   not on there.                  09:38 AM
11         Maybe, if you'd like, you know, to
12   take a look at your various sections, for
13   instance, presentations, and let me know if
14   there's anything like that that may be
15   missing from your CV or this version of your   09:38 AM
16   CV.
17   A. Yeah, this has -- so because of
18   COVID, we weren't -- we didn't have
19   presentations in 2020. So that's why this CV
20   has the updated in-person presentations.   09:38 AM
21   Q. Okay. Fair enough. Fair enough.
22         So this was provided to us, and,
23   Doctor, pursuant to the notice and the
24   protocol here in the litigation, your counsel
25   provided documents in response to the   09:39 AM

Page 21

1    request, provided those on Tuesday, and what
2    I'd like to do is mark as Exhibit 3 a flash
3    drive containing the entire production from
4    the plaintiff on Tuesday.
5          MR. FOWLER: That will be   09:39 AM
6    Exhibit 3, please.
7    (Exhibit 3, Flash drive, marked for
8    identification.)
9          MR. NIGH: Yeah, we would just
10   object because there's no way for us to   09:39 AM
11   know if it's the entire, you know,
12   production, so -- with being a flash
13   drive here.
14   BY MR. FOWLER:
15   Q. So, Doctor, I notice, in addition   09:40 AM
16   to what's been provided on the flash drive or
17   maybe it's the same, you brought certain
18   documents with you today, correct?
19   A. Correct.
20   Q. And you have a pile right in front   09:40 AM
21   of you and a pile up at about 11 o'clock in
22   front of you, correct?
23   A. Correct.
24   Q. And you brought both of those with
25   you today?                     09:40 AM

6 (Pages 18 - 21)

Page 22

1    A.   Correct.
2    Q.   One of the instructions will be
3 definitely to answer verbally.
4    A.   Yes.  Yes.
5    Q.   And what you've brought before you    09:40 AM
6 are documents that you selected?
7    A.   Yes.
8    Q.   And you brought those with you
9 today because those are documents that you're
10 relying upon for your opinions in this case?    09:40 AM
11    A.   Well, my -- yeah, my report was
12 over 250 pages.  So I wanted to have the full
13 report with me, and I have a couple
14 publications that I also wanted to have with
15 me too.                                           09:40 AM
16    Q.   Yes, sir.  And the publications,
17 out of the 500-plus that you cited in your
18 report, you selected some subset of that to
19 bring with you today, correct?
20    A.   Yes.                                    09:41 AM
21    Q.   And is everything that you brought
22 with you today articles that are referenced
23 in your report, or are there new articles?
24    A.   Yes, these are all referenced in
25 my report.                                       09:41 AM

Page 23

1    Q.   And are there any new articles
2 that you have with you today that are not
3 referenced in your report?
4    A.   No.
5    Q.   And the copies you have with you    09:41 AM
6 today, are those copies that you have been
7 working with, so to speak, as you prepared
8 your report, or were they more recently
9 printed?
10    A.   These were more -- as I was        09:41 AM
11 preparing for the deposition, I printed them,
12 just to make it easier to follow the studies.
13    Q.   Okay.
14         What I would like to do is mark as
15 Exhibit 4 everything that you've brought with    09:41 AM
16 you, and we'll make a copy during the break.
17 I don't want to deprive you of what you have,
18 but is that -- would that be okay?
19    A.   Fine.  Yeah.
20 (Exhibit 4, Dr. Panigrahy's documents,          09:41 AM
21 marked for identification.)
22 BY MR. FOWLER:
23    Q.   And, of course, during the
24 deposition, you can feel free to refer to
25 your report or to any of those articles.        09:41 AM

Page 24

1         Briefly, though, what I'd like to
2 do is take a quick look through, if I may.
3    A.   Yeah.
4    Q.   Thank you.  I won't take anything
5 out of order.  I'm just kind of looking to        09:42 AM
6 see if we've got some marks and things like
7 that.
8         Okay.  That's your entire report.
9 I've got one just like this.
10    A.   Okay.                                  09:42 AM
11    Q.   May I please see the articles.
12    A.   Sure.
13    Q.   Thank you.
14         Okay.  I'm just going to kind of
15 rattle off what we've got.  We've got Hidajat    09:42 AM
16 with some highlighting.  We've got Dr. Song's
17 2015 dietary nitrates.  We've got Dr. Pobel's
18 1995 nitrosamine, nitrate, nitrite.  I'm not
19 going to list all of them.  Let me just look
20 through.  I'll make a copy.                     09:43 AM
21         And fair to say, Doctor, places
22 that you've highlighted on these documents
23 were places in the article that you -- that
24 were important to you?
25    A.   Yes.                                    09:43 AM

Page 25

1    Q.   And these articles, for example,
2 are these articles that you yourself
3 researched and retrieved, or are any of these
4 articles provided by counsel?
5    A.   No, these are all articles I        09:43 AM
6 myself researched and viewed relevant to
7 my -- to the report.
8    Q.   Yes, sir.  And in your -- in your
9 office, I imagine, as a research scientist,
10 you've got papers and journals everywhere.     09:44 AM
11         Did you have a preexisting file
12 on -- in nitrosamines or NDMA prior to your
13 engagement in this litigation?
14    A.   No.
15    Q.   For this litigation, sir, do you    09:44 AM
16 keep a file for this case?
17    A.   So for this case, it involved
18 researching hundreds of publications.  Some
19 of them I'll just keep an electronic PDF in a
20 folder, and other ones, I may print.  Lately,    09:44 AM
21 we left -- we don't print as often, so we
22 rely on electronic PDFs.  A lot of the
23 downloading of papers these days are
24 from obscure journals, so we either download
25 the paper --                                    09:44 AM

7 (Pages 22 - 25)

Page 26

1    THE REPORTER: Are from what
2  journals?
3    THE WITNESS: Not-so-common
4  journals.
5    MR. FOWLER: Obscure, is what he    09:44 AM
6  said.
7    THE WITNESS: Obscure.
8    So I'll either keep an electronic
9  folder of the PDFs of the papers. Once
10  in a while, if it's -- I'm kind of    09:45 AM
11  old-fashioned. I like to read the
12  paper, print it, and highlight it,
13  old-fashioned if it's an important
14  paper, so I do both.
15  BY MR. FOWLER:    09:45 AM
16    Q.  And would I be correct that there
17  are other hard copies of articles that you
18  may have printed and highlighted that you
19  elected not to bring today?
20    A.  Correct. Yes.    09:45 AM
21    Q.  You selected these out of your
22  overall set?
23    A.  Yes.
24    Q.  And in that overall set, you also
25  have notes and highlights on those articles?    09:45 AM

Page 27

1    A.  Depends on the paper. Sometimes,
2  if I'm highlighting an important fact or
3  conclusion, I tend -- then I'll highlight it.
4    Q.  Okay. And you, obviously, have
5  access to those articles; you're able to put    09:45 AM
6  your hands on them when you leave here today?
7  You've had those in your office?
8    A.  Yes.
9    Q.  I would ask for a copy, please, of
10  any of the articles you didn't bring with you    09:45 AM
11  today that may contain your -- any highlights
12  or notes that you've made.
13    Could you do that?
14    A.  Sure.
15    Q.  Through counsel, of course, sir.    09:46 AM
16    A.  Yeah.
17    Q.  Did you make any sorts of notes,
18  handwritten notes or electronic notes? As
19  you're reading some of these 500-plus
20  articles, did you kind of capture the essence    09:46 AM
21  in any sort of independent document?
22    A.  So part of the research, when I
23  was asked the question here, does NDMA in
24  valsartan cause human cancer, I have to
25  research not only the 500 or so papers that I    09:46 AM

Page 28

1  cited but even other publications. So a lot
2  of what I do, I'll do electronically. I
3  don't print the paper. So I use multiple
4  papers that I haven't even cited.
5    The research is very extensive on    09:46 AM
6  NDMA and NDEA and cancer. And so for me to
7  initiate the process of asking the question,
8  does contaminated NDMA or NDEA in the
9  valsartan pill cause human cancer, there's a
10  whole scientific process that we -- that I    09:47 AM
11  use that as a -- as a scientist in the field
12  uses.
13    So part of that process is to go
14  through peer-reviewed papers and papers from
15  government agencies like IARC, NPT, EPA, and    09:47 AM
16  just find out which other papers, which may
17  be relevant, read them, and then -- because
18  there are thousands of papers we're talking.
19  I only cited 500-something papers. But this
20  field of nitrosamines and cancer and NDMA and    09:47 AM
21  NDEA, I had to go through four lines of
22  evidence.
23    There's different types of studies
24  I use. One is animals and cancer. Does NDMA
25  or NDEA cause cancer in animals? These are    09:48 AM

Page 29

1  chemical carcinogenesis assays.
2    Then I had to research mechanisms
3  of animal tissues and cells. Can NDMA or
4  NDEA affect mechanisms in these cells that
5  are relevant to a chemical-causing cancer?    09:48 AM
6    And then a third set of papers
7  that I had to look up is human tissue and
8  cells. Does NDMA or NDEA affect human
9  tissues and cells?
10    And the fourth is the human    09:48 AM
11  epidemiology studies.
12    So as I started to research the
13  question of does NDMA or NDEA cause human
14  cancer, by researching that topic with
15  peer -- and I focused on peer-reviewed    09:48 AM
16  papers. I do look at reviews too, but as far
17  as -- as a scientist, we rely on
18  peer-reviewed papers especially, because they
19  go through a process where a paper is
20  submitted to a journal, undergoes external    09:49 AM
21  review by three -- usually a few independent
22  scientists; and then, in order to be
23  published, it has to undergo the correct
24  controls according to those reviewers. So
25  that's called a peer-reviewed publication.    09:49 AM

8 (Pages 26 - 29)

Page 30

1 So I rely on that.
2          And so even though I only cited
3 583 publications, in that range, my research
4 involves many more publications too that I
5 used.                                    09:49 AM
6     Q.  Okay.  Do you recall what my
7 question was, sir?  No.
8          My question was did you make any
9 notes --
10         My question -- let me try again.  09:49 AM
11         Did you make notes?  Out of all
12 this -- and thank you for your answer.  Out
13 of all of this different research you did,
14 did you keep any notes?
15    A.  From the time I started in 2019 to  09:50 AM
16 now on notes -- I don't understand the
17 question.
18    Q.  Yeah, that's fine, Doctor.
19         Did you make any notes?  You just
20 testified you've reviewed more than 500   09:50 AM
21 articles.  You gave a whole litany of your
22 methodology, which I appreciate.
23         My simple question is, do you have
24 any notes from all that research?
25    A.  So what I -- I would have drafts  09:50 AM

Page 31

1 of my thoughts of these papers as I start to
2 research.  Usually, I do that rather than a
3 printed copy, just a Word document.
4     Q.  I understand.  I'm still waiting
5 for an answer.  Do you have notes, sir?  You  09:50 AM
6 said you -- you write thoughts on your
7 papers?
8     A.  So I have Word documents of drafts
9 of ideas when I'm starting to research
10 different papers.                        09:51 AM
11    Q.  Okay.
12    A.  I wouldn't say I had like a
13 printed papers of the notes.  Usually, I do
14 everything on a Word document.
15    Q.  Okay.  So let me -- let me just   09:51 AM
16 try to be clear.
17         You don't have any notepad of
18 handwritten notes or anything like that.  Is
19 that what I'm hearing you say, or you do?
20    A.  Well, over -- the scientific      09:51 AM
21 process, I do both.  I do write notes --
22    Q.  Okay.
23    A.  -- as I'm researching a paper.
24    Q.  Yes, sir.
25    A.  So...                            09:51 AM

Page 32

1     Q.  So we've got those.  And you said
2 you have Word documents where you capture
3 your thoughts when you've reviewed a paper.
4         Did I understand that right?
5     A.  Yes.                             09:51 AM
6     Q.  Okay.  I'm requesting copies of
7 both those things.  I would like copies of
8 the Word documents that you've testified
9 have -- that you have and that you've created
10 that summarize your thoughts as you went    09:51 AM
11 through this process, and I would like a copy
12 of any handwritten notes.
13         We have Exhibit 1 now, the Notice
14 of Deposition, sir, and I apologize for
15 tossing it at you, but we absolutely        09:52 AM
16 requested -- on page 7, if you -- if you look
17 to that, you know, all notes, whether
18 handwritten or in electronic format.
19         Do you see that at the top?  It's
20 under 6B.  It's on page 7.                   09:52 AM
21         So I'm just making the record,
22 sir, that we asked for this.  You've
23 testified having seen the notice.
24         So can you and will you produce to
25 counsel copies of your electronic thoughts  09:52 AM

Page 33

1 and your handwritten notes, sir?  That's
2 really all I'm asking.
3     A.  Yes.
4     Q.  Okay.  And do you have any record
5 of the articles in excess of the 580-some    09:52 AM
6 articles that you cited that you reviewed,
7 you considered, and you excluded from a
8 reference in your report?
9         Do you understand my question?
10    A.  Yes.  A lot of those papers, I'll   09:53 AM
11 read, and I won't save them.  They may be --
12 I'll read them and then -- because there's so
13 many publications, you know, it could be over
14 a thousand publications, you know, over the
15 past 60 years.                             09:53 AM
16         But, yes, I do -- can -- I do have
17 papers that I didn't reference that I could
18 provide.
19 BY MR. FOWLER:
20    Q.  If you've previously -- if you     09:53 AM
21 have them saved.  I'm not asking you --
22    A.  Yeah.
23    Q.  -- to reinvent your research --
24    A.  Right.
25    Q.  -- but if you -- in your           09:53 AM

9 (Pages 30 - 33)

Page 34

1 electronic file that you've testified to, if
2 you have articles that you didn't cite here,
3 I would ask those also be included in what --
4 I'll follow up with a letter to counsel
5 that -- with this request, but any of those         09:53 AM
6 articles, please include as well.
7         Okay?
8     A.  Okay.
9     Q.  Got it?
10        Do you keep copies of your prior         09:54 AM
11 deposition transcripts in your office, sir?
12    A.  I do have a copy of the -- when I
13 did the Actos deposition, yes.
14    Q.  Okay.  Did counsel for plaintiffs
15 provide you with any materials?  And I'm       09:54 AM
16 going to leave that as broadly as it sounds.
17        Did they send you any materials?
18    MR. NIGH:  Form objection.
19    A.  For --
20 BY MR. FOWLER:                                09:54 AM
21    Q.  Fair enough.  Let me -- let me
22 break it down.
23        Did counsel for plaintiffs provide
24 with you any articles to review in connection
25 with this case?                               09:54 AM

Page 35

1     A.  No.  I do my own independent
2 peer-review process to answer the question.
3 So I do my own research.
4     Q.  Did they send you any company
5 documents to look at?  Do you understand what    09:54 AM
6 I mean by "company documents"?
7     MR. NIGH:  Form objection.
8     A.  Yes.  There are levels of the NDMA
9 and NDEA in some of the valsartan tablets, so
10 that wasn't published.  I rely on --          09:55 AM
11 BY MR. FOWLER:
12    Q.  I understand.  My question --
13 again, this was --
14    A.  Yeah.
15    Q.  I appreciate the detail.          09:55 AM
16        Counsel sent you records from the
17 various defendants' companies that contain
18 information on the levels of their testing in
19 the valsartan tablets.
20        Is that what I'm understanding?    09:55 AM
21    A.  Correct.
22    Q.  Okay.  Other than testing-related
23 documents, were you provided with any other
24 individual defendant company documents in
25 this case?                                  09:55 AM

Page 36

1     A.  No.
2     Q.  Have you ever reviewed the
3 complaint that is filed on behalf of the
4 plaintiffs in this case?
5     A.  I'm not sure I understand the         09:55 AM
6 question.
7     Q.  The -- this litigation began with
8 the filing of a lawsuit by plaintiffs,
9 actually, more than one.
10        Have you ever received a copy of       09:56 AM
11 those pleadings?
12    A.  No, I -- I think I focused on the
13 questions that they asked me.
14    Q.  And we'll get to those, sir.
15    A.  Yeah.                                 09:56 AM
16    Q.  Am I understanding your answer,
17 that you've never seen a copy of the
18 complaint that's filed in this case?
19    A.  I mean, I reviewed over a thousand
20 documents for this case.  I don't -- I can't    09:56 AM
21 recall.  I don't think so.
22    Q.  Are you familiar with the
23 allegations in this case?
24    A.  Yes.
25    Q.  And how are you familiar with       09:56 AM

Page 37

1 that?
2     A.  Yes.  I was asked by the
3 plaintiffs, does NDMA or NDEA in the
4 valsartan cause human cancer.  I was asked,
5 if that was the case, are there any tumor       09:56 AM
6 types.  I was also asked about tumor latency,
7 that if it caused cancer, what would be a
8 reasonable latency period.
9         But my initial question focused in
10 on does NDMA and NDEA cause cancer in humans.   09:57 AM
11    Q.  Okay.  And thank you again for
12 that.
13        Are you familiar with the
14 allegations -- do you know what the term
15 "allegation" means in a lawsuit context, sir?   09:57 AM
16    A.  Correct -- yes.
17    Q.  Okay.  What's your understanding
18 of what an allegation is?
19    A.  That there's been an injury or
20 something wrong has been done by somebody,     09:57 AM
21 so...
22    Q.  Okay.  And, in this case, do you
23 know what the allegations are?
24    A.  Yes, that people who took
25 valsartan for their high blood pressure or     09:57 AM

10 (Pages 34 - 37)

Page 38

1 for the heart had probable human carcinogen,
2 NDMA or NDEA, in the valsartan.
3    Q. Okay. And?
4    A. And that caused their cancer.
5    Q. Okay. Thank you.                    09:58 AM
6        And do you have an opinion --
7 well, strike that.
8        Are you -- are you aware of what
9 the time period is at issue in this case
10 concerning the affected valsartan products?    09:58 AM
11    A. I'm not sure if I understand the
12 question.
13    Q. Do you know over what period of
14 time and over what years any of the
15 plaintiffs in this case may have taken    09:58 AM
16 affected valsartan tablets?
17    A. Yeah. So in July --
18        MR. NIGH: Form objection. You
19    can answer.
20    A. July 5th, 2018, is when -- around    09:58 AM
21 that time is when the EMA had recalled -- had
22 looked at this question of does valsartan
23 have this NDMA/NDEA, and then they reviewed
24 it, and then there was a recall about 20 --
25 2,000 batches of valsartan. 22 countries    09:59 AM

Page 39

1 recalled the valsartan: Hong Kong, Pakistan,
2 regulatory agencies, and then the FDA
3 reviewed it.
4        So it was around this 2018 summer
5 when NDMA was first found in the valsartan,    09:59 AM
6 and then in September was the NDEA. So it
7 was around that time period is when this --
8 these issues came up.
9 BY MR. FOWLER:
10    Q. Yes, sir. That's when it was    09:59 AM
11 found.
12        Do you or do you not have any
13 understanding of what years plaintiffs may
14 have been exposed or may have taken affected
15 valsartan?    09:59 AM
16        Do you understand that question?
17    A. Yes.
18    Q. Okay. What years do you believe
19 the plaintiffs in this case could have taken
20 affected valsartan tablets?    10:00 AM
21        MR. NIGH: Form objection.
22    A. So I would have to look at the
23 specific -- specific pills and the time -- so
24 I --
25    Q. What -- go ahead. I'll let you    10:00 AM

Page 40

1 finish, sir. I'm not going to interrupt
2 you --
3    A. Yeah.
4    Q. -- all day, but I am going to
5 reclaim my time for a lot of pages of    10:00 AM
6 nonresponsive answers. But that's for
7 another -- that's another matter. I want you
8 to do your best to answer my questions.
9        So my question again, sir, what
10 time period -- over what time period do you    10:00 AM
11 believe plaintiffs in this litigation may
12 have taken affected valsartan tablets?
13        MR. NIGH: Form objection.
14    A. I'd have to look at the -- around
15 the last four or five years, but I can't    10:00 AM
16 really recall exactly. I'd have to look at
17 the -- you know, I reviewed like a thousand
18 documents for this, so.
19 BY MR. FOWLER:
20    Q. Doctor, have you been provided    10:01 AM
21 with any copies of depositions that have
22 taken place in this litigation?
23    A. No.
24    Q. And by "no," you mean you have not
25 received any company witness transcripts,    10:01 AM

Page 41

1 correct?
2    A. Correct.
3    Q. Have you received any of the other
4 expert witness transcripts that have been
5 taken so far in this case of plaintiffs'    10:01 AM
6 experts, Dr. Madigan, Hecht, and Etminan?
7    A. No.
8    Q. You've not seen those?
9    A. No. No.
10    Q. Have you been given any    10:01 AM
11 understanding of what transpired in those
12 depositions?
13    A. No.
14    Q. Have you received the reports from
15 the other experts engaged by plaintiffs,    10:02 AM
16 Dr. Hecht, Etminan, Madigan? I'm sure I'm
17 missing something.
18    A. No, I relied on my own independent
19 peer review and my own scientific process.
20    Q. Yeah, I understand your reliance.    10:02 AM
21 I'm looking at what you've received.
22        Have you received any of the other
23 reports? Yes or no, Doctor?
24    A. No.
25    Q. Okay. Have you received all of    10:02 AM

11 (Pages 38 - 41)

Page 42

1 the reports from defendants' experts?
2     A.  I received Dr. Chodosh's report.
3     Q.  Okay.  What about Dr. Johnson's
4 report?
5     A.  I don't -- I can't -- I don't --     10:02 AM
6 no, I didn't receive that one.
7     Q.  You didn't receive the report from
8 Dr. George Johnson, the genetic toxicologist
9 who's done extensive work on this subject?
10 You didn't get his report?          10:02 AM
11     A.  No.  I read his --
12         MR. NIGH:  Form objection.
13     A.  I read his publication.
14 BY MR. FOWLER:
15     Q.  When did you read his publication?     10:03 AM
16     A.  It just came out in 2021, so I had
17 read it as part of my review process.
18     Q.  And you elected not to include it
19 in your report anywhere; isn't that correct?
20         MR. NIGH:  Form objection.          10:03 AM
21     A.  I have to -- let me see -- I
22 recall -- I thought I -- cited --
23 BY MR. FOWLER:
24     Q.  I can represent 100 percent that
25 Dr. Johnson's 2021 PDE article is not in your     10:03 AM

Page 43

1 reference list.
2         MR. NIGH:  Form objection.
3     A.  I focused on the papers that I
4 thought were relevant to NDMA and NDEA causes
5 of cancer.  And we can get into the TD 50s,     10:03 AM
6 and the regulatory agencies use a TD 50.
7 This is a genotoxic carcinogen and mutagenic.
8 So I focused on the scientific processes that
9 the leading regulatory agencies used like
10 IARC, NTP, the European Medical          10:04 AM
11 Association, Canada Health.  So these five or
12 six leading scientific agencies use a process
13 and that was -- of determining whether a
14 chemical can cause cancer in humans.
15 BY MR. FOWLER:          10:04 AM
16     Q.  Yes, sir.  Now, all of those
17 agencies recognize and have approved the use
18 of a benchmark dose testing where there is
19 sufficient information on the
20 carcinogenicity; isn't that correct?          10:04 AM
21         MR. NIGH:  Form objection.
22     A.  They have not -- yes -- well,
23 they -- for a mutagenic chemical, such as
24 NDMA and NDEA, which is a genotoxin, which
25 can cause cancer -- even a molecule can cause     10:04 AM

Page 44

1 cancer -- they have -- they don't use -- for
2 mutagenic chemicals that have no threshold,
3 such as NDMA and NDEA, they don't use that.
4         For nongenotoxic carcinogens that
5 have a threshold, that's a different story.     10:05 AM
6 BY MR. FOWLER:
7     Q.  So a BMD approach would be
8 appropriate for genotoxic compounds that have
9 a threshold?
10     A.  Genotoxic compound --          10:05 AM
11         MR. NIGH:  Form objection.
12         You can answer.
13     A.  Genotoxic compounds, by
14 definition, and the papers I've cited in my
15 paper -- in science we don't rely on one     10:05 AM
16 paper.  We rely on a whole series of
17 publications.  And genotoxic chemicals, such
18 as NDMA and NDEA, do not have a threshold.
19 They can cause cancer at any dose.  There's a
20 linear extrapolation based on Peto, based on     10:05 AM
21 Terracini 1967, so --
22 BY MR. FOWLER:
23     Q.  Doctor, respectfully, this is
24 going to be an incredibly long day.
25         If you -- if you can please -- I     10:06 AM

Page 45

1 understand all those things, and we're going
2 to talk about them.  This is just the
3 beginning.  I'm trying to get some
4 understanding of your understanding.
5         Let me ask again.          10:06 AM
6         The benchmark dose method is a
7 method of risk assessment for carcinogens
8 that is recognized as appropriate in certain
9 circumstances by FDA and EMA in the ICH
10 M7(R1), correct?          10:06 AM
11     A.  Correct --
12         MR. NIGH:  Hold on.  Hold on.  My
13 objection to the colloquy.  It was
14 clearly a responsive answer.  His answer
15 was interrupted.          10:06 AM
16         And on top of that, your question
17 had a loaded question to it.  So his
18 question [sic] was clearly responsive.
19         MR. FOWLER:  Well, how about --
20 how about an objection, Counsel?  And          10:06 AM
21 saying something is loaded is absolutely
22 not an objection.
23         MR. NIGH:  Hold on.  We have a
24 deposition protocol.  We've had rulings
25 on this, where if you start to speak to     10:07 AM

Page 46

1  the witness that their answers are
2  nonresponsive, that's been deemed
3  inappropriate.
4       MR. FOWLER:  And that's why I'm
5  staying -- I'm staying away from that.    10:07 AM
6  But I am reclaiming my time for page
7  after page, and this will be dealt with
8  separately.
9       MR. NIGH:  These answers have been
10  clearly responsive.         10:07 AM
11       MR. FOWLER:  Doctor --
12       MR. NIGH:  And at this point, I
13  think it's becoming inappropriate.  The
14  statements of you're not answering my
15  question or I'm going to reclaim my     10:07 AM
16  time, that's just another way of saying
17  nonresponsive.
18  BY MR. FOWLER:
19       Q.  Doctor, can we agree that the BMD
20  approach, the benchmark dose approach, is a    10:07 AM
21  method that is recognized and approved by FDA
22  and the EMA in the ICH M7(R1)?
23       MR. NIGH:  Form objection.
24       A.  I think, like I was saying, it is
25  approved for certain chemicals and certain    10:07 AM

Page 47

1  carcinogens, not for genotoxic carcinogens.
2  I haven't seen an agency use that for a
3  mutagenic chemical such as NDMA or NDEA.
4  BY MR. FOWLER:
5       Q.  Fair enough.            10:08 AM
6       And am I correct that it's your
7  testimony that you were aware of and you
8  reviewed Dr. Johnson's 2021 article on NDMA
9  and his calculations using the BMD approach,
10  and you deemed it not relevant to your    10:08 AM
11  opinions?  Is that what I understood?
12       A.  When I cited the 583 publications,
13  I focused on, in my opinion, what was
14  relevant to determining is NDMA and NDEA a
15  human carcinogen.  And part of that reasoning    10:08 AM
16  and thinking is I focus on what IARC, the
17  FDA, and the EMA does.  And to what -- I
18  haven't seen a regulatory agency use that
19  type of modeling to determine doses that are
20  safe -- considered safe for people.    10:09 AM
21       Q.  You agree that science
22  sometimes is on the leading -- let me start
23  again.
24       Do you agree that science is
25  sometimes ahead of regulatory agencies?    10:09 AM

Page 48

1       A.  That could happen, yes.
2       Q.  And were you not interested in the
3  most recent science on the risk, if any, from
4  low-level exposure to NDMA?
5       MR. NIGH:  Form objection.         10:09 AM
6       A.  So as I said before, I did read
7  carefully the European Medical Association
8  ruling from 2020, the Health Canada ruling on
9  NDMA.  I've read WHO 2002.  I've read the FDA
10  guidance on this, and they all say -- or they    10:09 AM
11  all agree that exposure to NDMA or NDEA is
12  bad, and it should be minimized, and it can
13  cause cancer.  And they used the TD 50 from
14  Peto as their ruling.
15       Now, I can't anticipate what will    10:10 AM
16  happen 10 years from now, but on my
17  reasoning, was to look at the leading
18  agencies that -- and they do this -- the
19  classification of a -- whether a chemical can
20  cause cancer, one of the leading respected    10:10 AM
21  agencies for the last 50 years, since 1971,
22  is IARC.  IARC has written 120 monographs on
23  this.
24       And so what the EMA also
25  independently looks at and what Canada --    10:10 AM

Page 49

1  Health Canada independently looks at, is
2  that -- what is very important and the bottom
3  line, is that this is either a probable human
4  carcinogen, a human carcinogen, or in the
5  case of NTP and the Human Health Services,    10:11 AM
6  reasonably anticipated to be a human
7  carcinogen.
8       So five or six of the leading
9  scientific agencies that I included in my
10  report all say that NDMA or NDEA is    10:11 AM
11  reasonably or probably considered or likely a
12  human carcinogen.  And I spent the 200 pages
13  devoted to that process.
14  BY MR. FOWLER:
15       Q.  Since your report was provided to    10:11 AM
16  us in July, have you added any articles or
17  documents to your file for this litigation,
18  sir?
19       A.  Part of my -- as being a
20  scientist, every week I'll look on PubMed for    10:12 AM
21  new papers, for new findings to see how the
22  field advances.  But I relied on the papers
23  that I had prepared for this report.
24       Q.  My question, Doctor, was, since
25  your report was provided to us, have you    10:12 AM

13 (Pages 46 - 49)

Page 50

1 added any documents or articles to your file,
2 sir?
3     A. No. I mean -- I still don't
4 understand the question. Are you saying --
5 as a scientist, I'll look at papers every        10:12 AM
6 day. So this report, when I prepared this,
7 it wasn't only the 500-plus references.
8 There's, like I said, other papers that I
9 didn't cite that I may read.
10        But as a scientist, I'm always        10:12 AM
11 learning every week and looking up the
12 latest -- my -- as a career, what I focus in
13 on, what causes cancer and mechanisms that we
14 can block cancer.
15     Q. Have there been any articles that        10:13 AM
16 have come to your attention since the time of
17 your report that are relevant to the question
18 at hand with regard to low-levels of NDMA or
19 NDEA and any risk of cancer?
20     A. Nothing comes to the mind since I        10:13 AM
21 prepared this report.
22     Q. It's your testimony that on a
23 nearly daily basis, as a scientist, that
24 you're out there looking for new information
25 and new articles to keep yourself up to date        10:13 AM

Page 51

1 on things.
2        That's your testimony, right?
3     A. Right.
4     Q. And you've continued that process
5 since July of '21, when this report was        10:13 AM
6 submitted?
7     A. Correct.
8     Q. And it's your testimony that
9 nothing comes to mind that has been published
10 since July of '21 that's relevant to this        10:14 AM
11 litigation -- to the issues in this
12 litigation? I just want to be clear.
13     A. Correct. Correct.
14        MR. NIGH: Form objection.
15        MR. FOWLER: Thank you.        10:14 AM
16        THE WITNESS: Right.
17 BY MR. FOWLER:
18     Q. All right. Sir, with regard to
19 the documents that were provided on
20 September 7th, '21, which is marked as        10:14 AM
21 Exhibit 3, did you have any role in -- let
22 me -- let me start that again.
23        Did you assist counsel in
24 compiling the documents that were provided to
25 defense counsel?        10:14 AM

Page 52

1     A. Yes, so I -- when -- of the 583
2 publications I went through and picked out
3 about 400 publications that I sent to
4 counsel.
5     Q. Okay. Thank you.        10:14 AM
6        Sir, during COVID, have you been
7 going into your office at the -- actually,
8 where is your office? Is it at a medical
9 school or at a hospital?
10     A. It's actually across from Fenway        10:15 AM
11 Park, where the Red Sox play. It's Beth
12 Israel Deaconess Medical Center, but we have
13 certain -- we have different branches, and
14 the one that I'm at is the research building
15 across from Fenway Park.        10:15 AM
16     Q. Cool. Have you been going into
17 work or going to the ball game?
18     A. Actually -- so we had to
19 completely shut the lab down back in 2020
20 from March till around June. And then after        10:15 AM
21 that, we reopened the lab. We actually could
22 only -- like, once a week, we had to go in to
23 make sure the mice are okay and certain
24 things like that.
25        But since then we've been pretty        10:15 AM

Page 53

1 much up and running, obviously, with certain
2 restrictions. At some point we had to wear a
3 mask, so there were restrictions where -- a
4 certain number of people in a room, or you
5 had to eat -- a certain number of people        10:16 AM
6 eating lunch. But we basically opened the
7 lab last summer.
8     Q. Did the research that you did for
9 your report in this case -- did you do that
10 sitting in your lab office or in your home        10:16 AM
11 office?
12        MR. NIGH: Form objection.
13     A. So I would say both. During
14 COVID, though, I was working a lot from home,
15 because part of the reason too is I live in        10:16 AM
16 the South Shore and anyone that knows Boston
17 before COVID, that 25 miles can take an hour
18 and a half. So one of the few advantages --
19 or good things that happened with COVID is
20 the commute times went down.        10:16 AM
21        So because I have a lab -- I
22 supervise a couple scientists, postdocs, and
23 research assistants, so we only have to meet
24 maybe once a week or once every two weeks,
25 something like that.        10:17 AM

14 (Pages 50 - 53)

Page 54

1 BY MR. FOWLER:
2    Q.   Yes, sir.  You testified that you
3 did receive Dr. Chodosh's report?
4    A.   Yes.
5    Q.   And do you recall Dr. Chodosh is a    10:17 AM
6 cancer cell biologist?
7    A.   Yes.
8    Q.   Which you hold yourself out to be
9 as well?
10    A.   Yes.                    10:17 AM
11    Q.   Had you -- were you familiar with
12 Dr. Chodosh before seeing his report in this
13 case?
14    A.   I haven't actually met him.  I've
15 read in the literature some of his papers,    10:17 AM
16 and in the Actos case, I was familiar with
17 some of his reports in that case.
18    Q.   Being familiar with that area of
19 science, does Dr. Chodosh enjoy a strong
20 reputation among cancer cell biologists?    10:17 AM
21    A.   Yes --
22       MR. NIGH:   Form -- form objection.
23    A.   I think he's a very well-respected
24 scientist.  I don't know him personally
25 but...                    10:17 AM

Page 55

1 BY MR. FOWLER:
2    Q.   And he works out of a University
3 of Pennsylvania laboratory?
4    A.   Correct.
5    Q.   And that's a reputable lab?    10:17 AM
6    A.   Yeah, that's an excellent place,
7 yeah.
8    Q.   Was there anything in
9 Dr. Chodosh's report that you disagreed with?
10       MR. NIGH:   Form objection.    10:18 AM
11    A.   I have to say I focused -- I
12 didn't spend much time on -- I may have read
13 his report once or twice.  I focus on my
14 opinions and my report.
15 BY MR. FOWLER:                    10:18 AM
16    Q.   Right.  Dr. Chodosh's report was
17 provided in August of '21, a month after
18 yours.  You're aware of that, right?
19    A.   Right.
20    Q.   So your report was already    10:18 AM
21 completed when you read Dr. Chodosh's report.
22 Again, my question is, was there anything
23 that you disagreed with?
24    A.   Yes, but -- just in thinking about
25 it generally, I can't comment on specifics.    10:18 AM

Page 56

1    Q.   Generally, what did you disagree
2 with?
3    A.   I would have to go through his
4 report and go specifically -- statements in
5 the report.                    10:19 AM
6    Q.   Yes, sir, I understand.
7       Now, if we -- if we could, let's
8 turn our attention to Exhibit 2.  It's your
9 CV, sir, if you would like to put that in
10 front of you.                    10:19 AM
11       It's a pretty long CV, not as long
12 as your report, but let's see if we can -- we
13 can get into it.
14       Help me understand, please, fresh
15 question, what is your current position, sir?    10:19 AM
16    A.   Yes, it's assistant professor of
17 pathology.  It should be -- yeah, it's right
18 at the bottom of the first page, where it
19 says 2014 with a dash, assistant professor of
20 pathology.                    10:20 AM
21    Q.   Okay.  And you have listed Harvard
22 Medical School, correct?
23    A.   Correct.
24    Q.   Now, does Harvard Medical School
25 appear on your paycheck, or is it something    10:20 AM

Page 57

1 else?
2    A.   Harvard Medical School -- no,
3 Beth -- the answer is Beth Israel Deaconess
4 Medical Center.
5    Q.   Yes, sir.                    10:20 AM
6    A.   The faculty appointment goes
7 through Harvard Medical School, so that's why
8 it says Harvard Medical School.
9    Q.   Right.  And in your position at
10 Beth Israel Deaconess Hospital, you    10:20 AM
11 automatically get a faculty appointment at
12 the Harvard Medical School; isn't that
13 correct?
14    A.   Actually, no, that's not correct.
15       What happens is, you can be an    10:20 AM
16 employee of Beth Israel Deaconess Medical
17 Center, but to become a faculty member
18 through Harvard Medical School -- Harvard
19 Medical School has five different hospitals,
20 so Beth Israel is just one of them,    10:21 AM
21 Dana-Farber, Children's, Brigham, MGH.
22       To get a faculty appointment at
23 Beth Israel Deaconess Medical Center, because
24 it's a hospital, they don't confer it.  You
25 have to go through Harvard Medical School.    10:21 AM

15 (Pages 54 - 57)

Page 58

1 So it's just affiliated with Harvard Medical
2 School.
3     Q.  Do you have to go through Harvard
4 Medical School, or is that part and parcel to
5 being hired at Beth Israel Deaconess in your          10:21 AM
6 department?
7         MR. NIGH:  Form objection.
8     A.  So because I was hired as an
9 assistant professor of pathology back in
10 2014, it went through Harvard Medical School          10:21 AM
11 and Beth Israel.
12 BY MR. FOWLER:
13     Q.  Isn't it true, Doctor, that in
14 2011, prior to your appointment, the
15 Department of Pathology at Harvard was          10:21 AM
16 restructured such that its faculty are solely
17 comprised of faculty from the four
18 departments of pathology at the large Harvard
19 academic medical centers of which Beth Israel
20 Deaconess is one?          10:22 AM
21     A.  There's movements all the time
22 between Mass General and Brigham and certain
23 other Harvard hospitals.
24         When I was hired in 2014 -- I was
25 at Children's Hospital before that -- I was          10:22 AM

Page 59

1 hired through Beth Israel Deaconess Medical
2 School and the pathology department.
3     Q.  Isn't it true that any faculty
4 member hired in a department of pathology at
5 one of those four hospitals, automatically          10:22 AM
6 becomes an assistant professor at Harvard?
7     A.  No, that's not true.  You have to
8 go through a process of becoming -- getting
9 promoted to assistant professor of pathology.
10     Q.  When you came -- okay.  I'll come          10:22 AM
11 back to that.
12         Do you have a faculty appointment
13 in any basic science department at Harvard?
14     A.  Just this appointment.
15     Q.  Did you let Harvard University          10:23 AM
16 Medical School know that you are involved in
17 this litigation?
18     A.  So I haven't signed a contract
19 with anyone.  I can consult independently.  I
20 don't -- I'm not under any contract to let          10:23 AM
21 them know.
22     Q.  So that's another way of saying
23 no, you did not let Harvard know that you are
24 involved in this case, that you're testifying
25 in this case; you never informed anybody at          10:23 AM

Page 60

1 Harvard University Medical School, correct?
2     A.  Correct.
3     Q.  Have you discussed your theories
4 that are set forth and your opinions that are
5 set forth in your report with any other          10:23 AM
6 Harvard University Medical School physician?
7     A.  No.
8     Q.  No one -- so it follows that no
9 one else at Harvard University Medical School
10 has said to you, I agree with your opinions?          10:24 AM
11     A.  Correct.
12     Q.  And your report is not peer
13 reviewed?
14     A.  Correct, this is not published.
15     Q.  Yes, sir.          10:24 AM
16         And you don't contend that if you
17 submitted that as a manuscript, that it would
18 ever be accepted as a peer -- in a
19 peer-review process?
20         Let me rephrase the question.          10:24 AM
21         Do you believe that your report
22 would pass peer review in an accredited
23 journal?
24     A.  So when you submit a paper to --
25 no, this isn't written for a -- when you          10:24 AM

Page 61

1 submit a paper to a journal, usually you pick
2 a certain journal and they have a certain
3 format you follow, and this doesn't follow
4 the format of most of the journals we would
5 submit to.          10:25 AM
6         But the scientific process of how
7 this is written and my scientific process of
8 determining -- answering the question, does
9 NDMA or NDEA cause cancer, that scientific
10 process is very similar to publications we          10:25 AM
11 would write.
12     Q.  Yes, sir.
13         Now, sir, looking at your CV,
14 let's look under education.  If I understand
15 correctly from your previous testimony, you          10:25 AM
16 were accepted right out of high school into
17 an accelerated bachelor's of science MD
18 program at Boston University?
19     A.  Correct.
20     Q.  What year were you in high school          10:26 AM
21 when that happened?
22     A.  1985.  There are certain programs
23 where -- normally, to get into medical
24 school, what most people do is you do four
25 years of college, and you either apply          10:26 AM

16 (Pages 58 - 61)

Page 62

1 directly after college or you take a couple
2 gap years, and then you go to medical school.
3        If you really know you want to be
4 a doctor at a young age in the United States,
5 there's a couple programs coming out of high          10:26 AM
6 school where you can go directly into a
7 program. You still do college and medical
8 school. But the big advantage is you don't
9 have take the MCATs, and you're already into
10 medical school, assuming you keep your grades        10:26 AM
11 up. And that, I did. So Boston University
12 had a program.
13        I actually got into University of
14 Miami's program, and my parents wanted me to
15 come to Boston, even though I wanted to go to         10:26 AM
16 Miami.
17        And -- yeah, so there's other
18 programs in the country where, if you decide
19 you want to go to medical school at a very
20 young age, you know you can do that.                  10:26 AM
21    Q.  So your high school graduation
22 year would be 1985?
23    A.  Yes.
24    Q.  Same here. Okay. Good job.
25        And so that was an accelerated         10:27 AM

Page 63

1 program, the complete undergrad and medical
2 school in six years?
3    A.  Yeah, at the time when I was doing
4 it, it was six years, but I ended up
5 taking -- you had options to do it in six,       10:27 AM
6 seven, or eight. The six-year part, you had
7 to go over four summers, and I ended
8 falling -- and that's how I fell into cancer
9 research, into Judah Folkman's lab in 1989.
10 And so I spent an extra year or two in the        10:27 AM
11 lab.
12        So I ended up that program -- I
13 ended up doing it, like, in eight years. I
14 didn't do the six years because I ended up
15 really loving the lab. So I spent some time       10:27 AM
16 in Dr. Folkman's lab.
17    Q.  Did you -- as part of this
18 acceptance into the program, did you get a
19 full-ride scholarship as part of that?
20    A.  Unfortunately, no. Boston         10:27 AM
21 University is very expensive, and there's no
22 academic scholarships or, you know..
23    Q.  And if I understand your CV
24 correctly, it actually took nine years before
25 you got your degree; is that correct -- your        10:28 AM

Page 64

1 medical degree?
2    A.  Yes, I got it in '94, yes, yes.
3        I ended up doing an extra year. I
4 was a swimmer in college too, so I ended up,
5 even though I was in the medical program,         10:28 AM
6 also swimming. So I did that for an extra
7 year. I was -- and then -- and like I said
8 before, I fell into Folkman lab. So I took a
9 extra year of full-time cancer research, and
10 that's where I really, you know, got into         10:28 AM
11 cancer research, and that's kind of been the
12 passion for me, you know.
13    Q.  Uh-huh. So you're testifying
14 that, you know, in that break between
15 undergrad and med school you worked at         10:29 AM
16 Dr. Folkner's [sic] lab as some sort of
17 research assistant for a couple years?
18    A.  Yes, yes. Dr. Folkman was -- he
19 was -- should have won the Nobel Prize. He
20 pioneered this whole field of angiogenesis,         10:29 AM
21 and it was a very exciting time in the lab.
22    Q.  And it's your testimony, in that
23 first experience, that's where you really
24 fell in love with cancer research and
25 developed your passion for that?         10:29 AM

Page 65

1    A.  Correct.
2    Q.  And so you went into med school
3 with that experience behind you and that
4 passion in your heart for that sort of work?
5    A.  Correct. Correct. And that's --         10:29 AM
6 that's actually one of the -- going through
7 med school, even though you learn the
8 diseases and different, you know,
9 pathologies, having that scientific
10 background really -- to be able to bring from         10:30 AM
11 the bench to the bedside, you know, the
12 discoveries we make in the lab, that's been
13 very exciting. And that's been -- we've been
14 able to translate a couple drugs that we
15 discovered ourselves in the lab into cancer         10:30 AM
16 patients currently, so...
17    Q.  And so when you went to med school
18 after that experience, come fourth year, you
19 have -- what would be the fourth year, you
20 understand -- you have to go through a         10:30 AM
21 residency matching program, right?
22    A.  Yes.
23    Q.  And in that matching program, you
24 have to designate departments and medical
25 schools where you want to do your residency,         10:30 AM

17 (Pages 62 - 65)

Page 66

1  and you rank them, correct?
2      A.  Correct.
3      Q.  And you provide approximately five
4  choices because you don't know where you're
5  going to end up?                    10:30 AM
6      A.  Correct.
7      Q.  And then -- is it black Tuesday,
8  right?  That's what they say?
9      A.  Yeah, it used to be a mailbox day.
10 Now -- these days, they get it by email.    10:30 AM
11 Yeah, it's either on a Wednesday or a
12 Tuesday.  It's in mid-March.
13     Q.  Right.
14     A.  And that's -- you kind of know
15 where you're going to spend the next part of   10:31 AM
16 your lives.
17        And for me, it was actually --
18 the reason I ended up in New Jersey, Robert Wood
19 Johnson, is my wife, who, at the time -- we
20 met over a cadaver first-year med school.  We   10:31 AM
21 ended up doing a couples match and she had
22 matched for the New Jersey program which --
23 and it matches as a couple.
24     Q.  I understand.
25     A.  And so that's how I ended up --    10:31 AM

Page 67

1      Q.  Okay.  And you -- the match that
2  you were going after was a surgical
3  residency?
4      A.  Correct.
5      Q.  And you would have applied for a    10:31 AM
6  surgical -- and a general surgical residency
7  is what it is, right?
8      A.  Correct.
9      Q.  And that's one of the most
10 competitive, correct?                10:31 AM
11     A.  Correct.
12     Q.  And you would have applied for a
13 general surgical residency in multiple
14 programs, right?
15     A.  Right.                     10:31 AM
16     Q.  You did not apply for a pathology
17 residency?
18     A.  Correct.
19     Q.  That's -- that was available to
20 you?                            10:31 AM
21     A.  Correct.
22     Q.  And following your work in
23 Faulkner's [sic] -- Dr. Faulkner's lab, you
24 elected to pursue surgery?
25     A.  Correct.                    10:32 AM

Page 68

1      Q.  And when you went to --
2      A.  I would -- I would just say the
3  reason for that -- I don't know if you want
4  me to get into that.  But the reason for that
5  is my mentors at the time were surgeons, and   10:32 AM
6  a big influence at that time in my life was
7  Roger Jenkins, and he did the first liver
8  transplant in Boston.  I spent four years
9  with him from 1990 to '94, and I was going
10 to -- basically, I wanted to pursue liver    10:32 AM
11 transplant as a -- as a career.
12     Q.  I see.  You wanted to pursue liver
13 transplant, not cancer research that was your
14 passion for the two years in between med
15 school and college.                    10:32 AM
16     A.  Well -- right.  My goal was to be
17 a surgeon-scientist, kind of -- which is what
18 Dr. Folkman was.  He was a surgeon-scientist.
19     Q.  Okay.
20     A.  And in retrospect, I probably    10:32 AM
21 should have just gone into pathology because
22 you don't have a lot of hours in surgery to
23 do researches.  The hours are very long.
24     Q.  Yes, sir.  And as a first-year
25 surgical resident, your technically -- they   10:32 AM

Page 69

1  will call it an intern, correct?
2      A.  Yes.
3      Q.  Did you wear the short, white
4  jackets traditionally?
5      A.  Yeah, yeah.                  10:33 AM
6      Q.  Yes, sir.
7        And in your second year in a
8  surgical residency program, that is your
9  rotation year, correct?
10     A.  Well, yeah, you do rotations in    10:33 AM
11 the first year and the second year.  The
12 first year, you're -- as an intern, you're a
13 lot of times in the hospital doing all the
14 scut work.  And then second year, you're in
15 the operating room a little bit more.    10:33 AM
16     Q.  Right.  And the second year at
17 your residency program was a rotation year
18 where you'd go to pediatric surgery, correct?
19     A.  Well, we actually, in our
20 particular program, rotated also first year.   10:33 AM
21 Like, even in the first year, we -- but, yes,
22 you're right.  We do different -- like,
23 you'll do neurosurgery one month and do
24 orthopedic surgery.
25     Q.  Yes, sir.  That's where I was -- I   10:33 AM

18 (Pages 66 - 69)

Page 70

1  was going. And your second year, your
2  rotations included pediatric, orthopedic,
3  neurosurgery, but not oncology surgery.
4        There's not an oncology surgery
5  rotation at UMDJ [sic] is there?          10:34 AM
6        A.  Usually -- there is a -- oncology
7  department and the --
8        Q.  Yes.
9        A.  -- surgery, but usually, the
10 senior residents are more in that --        10:34 AM
11       Q.  That's right.
12       A.  -- they'll do -- the cancer
13 surgeries are more -- that's a more
14 complicated surgery, so it's more the senior
15 residents are doing it.                     10:34 AM
16       Q.  I understand.
17       In the second-year rotation -- let
18 me start again.
19       In the second-year surgery
20 residency, you are, in one way to look at it,  10:34 AM
21 trying out different types of surgeries,
22 because then come third year, you get more of
23 an election on where you want additional
24 training in those areas, correct?
25       MR. NIGH:  Form objection.          10:34 AM

Page 71

1        A.  Correct, you can say that.
2  BY MR. FOWLER:
3        Q.  And as a second-year --
4        A.  Well, really what it is is five
5  years of general surgery, and then you have    10:34 AM
6  to decide after that what type of surgery you
7  want to go into.
8        Q.  If you're going to be a fellow or
9  a chief, right?
10       A.  Yeah, it depends the program.     10:35 AM
11       Q.  Yes, sir.  I'll strike that.
12       As a second-year, you're not
13 likely cutting on patients, second-year
14 surgical resident, are you?
15       A.  Oh, yeah, we're in the operating   10:35 AM
16 room.  You do cases such as hernias and
17 breast biopsies and, you know,
18 laparoscopic -- you know, remove gall
19 bladders.  You just don't do the more
20 advanced cases as a second-year resident.     10:35 AM
21       Q.  As a second-year surgical
22 resident, it's your testimony you put scalpel
23 to skin and did an operation?
24       A.  You're assisting the attending
25 surgeon.                                      10:35 AM

Page 72

1        Q.  I understand that.
2        A.  Yeah.
3        Q.  As a second-year resident, you are
4  not putting scalpel to skin, are you?
5        A.  Correct, you're -- it's more     10:35 AM
6  assisting the attending surgeon.
7        Q.  You failed to complete your
8  surgical residency, correct?
9        MR. NIGH:  Form objection.
10       A.  So after my second year, I was in   10:36 AM
11 a general surgery categorical program for
12 five years, but part of that program, you
13 have to do research.  So because I had
14 already spent four years in Dr. Folkman's lab
15 as a medical student and as -- a full-time    10:36 AM
16 year as a college student, I already knew
17 that, for my research years, I wanted to go
18 back to Boston and do my research here in the
19 Folkman lab.  So I already was planning that
20 ahead of time, so.                            10:36 AM
21 BY MR. FOWLER:
22       Q.  You were planning on doing two
23 years of a surgery resident; then leaving
24 surgery and going to a lab?
25       A.  No, so originally the program is   10:36 AM

Page 73

1  you have to do one or two years of research
2  as part of the program between your second
3  and third year of surgery.  Everybody does --
4  all the general surgery residents do their
5  research here.  Some of them will stay in New   10:36 AM
6  Jersey and do it at Robert Wood.  Some will
7  go elsewhere.  And I went back to
8  Dr. Folkman's lab.
9        And when I went back as a -- as a
10 surgery resident, that's where I really        10:37 AM
11 realized that I loved cancer research more
12 than being a surgeon.
13       Q.  Doctor, you were out of the
14 surgical residency program at UMDNJ as of
15 1996.  You were no longer a surgical          10:37 AM
16 resident; isn't that correct?
17       A.  Correct.
18       MR. NIGH:  Form objection.
19 BY MR. FOWLER:
20       Q.  You were out of the program       10:37 AM
21 completely.  You didn't -- isn't that
22 correct?
23       A.  Correct.
24       Q.  You elected to pursue research,
25 not as part of your surgical residency, but   10:37 AM

19 (Pages 70 - 73)

Page 74

1  as a -- as a new direction in your medical
2  career?
3       MR. NIGH: Form objection.
4       A. Initially, I did think about going
5  back to surgery, but then when I was in the       10:37 AM
6  Folkman lab, I decided I wanted to stay in
7  the research lab.
8  BY MR. FOWLER:
9       Q. You were not able to turn around
10 after leaving your second-year surgical           10:38 AM
11 residency and coming to work for Boston's
12 children. It wasn't an option for you to go
13 back and resume a third year of surgical
14 residency at UMDJ [sic] was it?
15      MR. NIGH: Form objection.              10:38 AM
16      A. I didn't want to go back. I
17 wanted to -- that's where I switched careers.
18 I wanted to do cancer research.
19 BY MR. FOWLER:
20      Q. You spent your fourth year of         10:38 AM
21 medical school trying to match with a general
22 surgery program because you wanted to be a
23 surgeon, and you quit the program before ever
24 really getting to be a surgeon; isn't that
25 true?                                    10:38 AM

Page 75

1       MR. NIGH: Form objection.
2       A. The reason I --
3  BY MR. FOWLER:
4       Q. Can you answer and then explain,
5  please?                                  10:38 AM
6       A. Yes. So I did leave the program
7  of general surgery at Robert Wood Johnson to
8  pursue cancer research, because my passion
9  was I wanted to help find a cure for cancer.
10 And to me, that was a more meaningful pursuit    10:38 AM
11 than doing surgery.
12      So -- and also, at the time, in
13 my -- ideally, I wanted to do both, but I
14 realized that surgery has such long hours,
15 and to do the cancer research at the level     10:39 AM
16 of, like, in Dr. Folkman's lab, you have to
17 do it full-time to really pursue the
18 research.
19      Q. Right. Well, you say Dr. Faulkner
20 was a surgeon first?                         10:39 AM
21      A. Yes.
22      Q. And you were trying to follow in
23 his footsteps?
24      A. Correct.
25      Q. Did your wife complete her          10:39 AM

Page 76

1  four-year residency at UMDJ?
2       A. Yes.
3       MR. NIGH: Form objection.
4  BY MR. FOWLER:
5       Q. So you left your wife and your       10:39 AM
6  residency program to come to Boston?
7       A. Yes.
8       Q. Because you wanted to?
9       A. We were one year apart because she
10 had to complete her pediatric residency.        10:39 AM
11      Q. Right.
12      A. So for one year, she was in New
13 Jersey; I was in Boston, because my -- and
14 she totally supported it because my passion
15 was to be in Dr. Folkman's lab.              10:39 AM
16      Q. Your passion led you to apply for
17 a couples residency program at UMDJ in the
18 Department of Surgery, sir; isn't that,
19 correct?
20      A. Correct.                           10:40 AM
21      MR. NIGH: Form objection.
22 BY MR. FOWLER:
23      Q. Let me -- let me withdraw the
24 question.
25      You went to the effort of applying      10:40 AM

Page 77

1  for a general surgery residency with your
2  wife, and you did not complete -- you failed
3  to complete the program. You left your wife
4  and the residency program. And I'm curious
5  as to why, sir.                           10:40 AM
6       A. Yeah --
7       MR. NIGH: Hold on. Hold on. Let
8  me put my objection in. Form objection.
9  Go ahead.
10      A. Yeah, so for me, and my wife        10:40 AM
11 totally supported this, is that I realized
12 initially when I was applying to general
13 surgery, I still want to do research and
14 cancer research. Sometimes in a career, you
15 realize -- you shift directions.              10:40 AM
16      So after two years of surgery, I
17 realized, when I -- after that, when I was in
18 Dr. Folkman's lab, which -- this is a
19 potential Nobel Prize winning lab that
20 founded the field of angiogenesis. It was a    10:41 AM
21 20- to 30-person lab. This was like the --
22 when the Patriots won six SuperBowls. This
23 is Judah Folkman's angiogenesis lab back --
24 you know, he pioneered the concept in 1971 of
25 angiogenesis, and he was a father figure to    10:41 AM

Page 78

1 many of us, and it was just a very special
2 place.
3        I actually probably would have
4 matched in Boston, but my wife had matched in
5 New Jersey, and the couples match took us to    10:41 AM
6 New Jersey, which I actually went to high
7 school and grew up in New Jersey.
8        So my wife's pediatric program,
9 she had to finish one more year. So she
10 stayed in New Jersey. And my passion, after    10:41 AM
11 doing two years of surgery, I very much
12 wanted to go back to Dr. Folkman's lab for my
13 research, and that's where I realized -- I
14 weighed how much I enjoy -- or passion of
15 cancer research versus being a surgery    10:42 AM
16 resident.
17        And for me it was -- that one year
18 apart, which, you know, that's where
19 sometimes couples are apart for a year for
20 their careers, and also -- my wife also is    10:42 AM
21 from the Boston, South Shore area, so she
22 knew that she was coming back to
23 Massachusetts after her pediatrics program.
24 So New Jersey was only -- we were only going
25 to be there to finish the residencies.    10:42 AM

Page 79

1        And then, she totally supported me
2 going back to the lab. And that's where my
3 passion for the past 30 years -- since 1989,
4 when I was in the Judah Folkman lab, so over
5 30 years of cancer research, except for the    10:42 AM
6 two years I was doing surgical residency and
7 the four years of medical school. It was
8 pretty much full-time.
9        And when I came back to
10 Dr. Folkman's lab in '96, I came as a surgery    10:42 AM
11 resident, but I decided to stay as a -- as a
12 research fellow. So I wasn't a surgery
13 resident anymore at New Jersey. I was a
14 research fellow at Children's Hospital and
15 then, I became, basically, an instructor. So    10:43 AM
16 I went from a fellow to instructor.
17 BY MR. FOWLER:
18    Q.  Doctor, when you came in 1996 to
19 return to Dr. #Faulkner's lab, when you
20 walked in that door, you were not a surgical    10:43 AM
21 resident. You just said you came there as a
22 surgical resident. That's not true, is it,
23 Doctor? You were out of the program?
24        MR. NIGH: Form objection.
25    A.  Well, I left the program to do --    10:43 AM

Page 80

1 to pursue the research because I knew that's
2 what I wanted to do. I mean, that's what --
3 there are many scientists who decide -- they
4 may have been trained as a clinician, but
5 then, they decide they want to pursue science    10:43 AM
6 full-time, and that's what I decided.
7 BY MR. FOWLER:
8    Q.  So you didn't attempt to join any
9 relevant residency program to cancer research
10 when you left New Jersey. You came straight    10:44 AM
11 to the lab as a research fellow?
12    A.  Yes.
13    Q.  You are not -- you completed
14 medical school, but you're not a licensed
15 physician, correct?                10:44 AM
16    A.  Correct.
17    Q.  You are not board certified in
18 anything; isn't that true?
19    A.  Correct.
20    Q.  You are not board eligible to take    10:44 AM
21 any board; isn't that true?
22    A.  Correct.
23    Q.  You completed no residency --
24 strike that question.
25        Sir, you have never laid hands on    10:44 AM

Page 81

1 a patient since leaving the New Jersey
2 residency program; isn't that true?
3    A.  Correct, I have -- correct.
4    Q.  You have never diagnosed a patient
5 with cancer?                10:45 AM
6    A.  I collaborate with many
7 oncologists for the last 30 years to bring a
8 cancer drug to the clinic. I work very
9 closely with oncologists, and the scientific
10 process of translating a cancer drug to the    10:45 AM
11 clinic involves, by necessity, I work with
12 multiple oncologists, very closely.
13        Sometimes, we would have lab
14 meetings once or twice a week where -- at
15 Beth Israel Deaconess, we meet with    10:45 AM
16 Dana-Farber oncologists. And one of my
17 mentors is Dr. Mark Kieran, and he was
18 director of pediatric neuro-oncology.
19        So while I myself didn't treat the
20 patients, we would have a lot of intertumor    10:45 AM
21 and board meetings and discuss patients and
22 learning the clinical side.
23    Q.  You have no patient
24 responsibility -- let me -- let me start that
25 again.                10:46 AM

21 (Pages 78 - 81)

Page 82

1    As part of your work, you do not
2 read patient slides as a pathologist, do you?
3    A. Correct.
4    Q. Because you're not a pathologist?
5    A. Correct. I'm a -- yeah.          10:46 AM
6    Q. Since medical school and your
7 two-year partial surgical residency program,
8 you have had no additional education,
9 correct?
10   A. That's very misleading to say. We    10:46 AM
11 use pathology all the time in cancer
12 research. I view slides. I study them. I
13 bring them to a pathologist, a
14 board-certified pathologist, once a month.
15       So we have to learn the process of    10:46 AM
16 pathology, and going to medical school for
17 four years taught me pathophysiology of
18 disease, and two years of surgery, you learn,
19 in the operating room, certain diseases. And
20 so the process of pathology -- for example,    10:47 AM
21 we use it every day in the lab, where we
22 study murine tumors, for example, and we take
23 it to a pathologist.
24       So we're still studying pathology.
25 It's just -- and actually, we do study    10:47 AM

Page 83

1 human cancers in our publication. So we do
2 get sections from -- commercially available
3 and study similar processes that a
4 pathologist would look at in clinical
5 patients.          10:47 AM
6    Q. Yes, sir. My question was, since
7 medical school, you've had no additional
8 formal education in pathology, correct?
9       MR. NIGH: Hold on. Form
10 objection. That wasn't your prior    10:47 AM
11 question. But you can answer.
12   A. That's not correct. We have
13 pathology grand rounds. We have pathology
14 research rounds. We have pathology clinical
15 rounds. Beth Israel Deaconess Medical Center    10:47 AM
16 is a world famous place. So we -- I hear
17 plenty of clinicians come and give talks on
18 updating recent clinical topics, pathology
19 topics, and then, as a research scientist,
20 I'm always learning.          10:48 AM
21       And what's important to realize is
22 that, as a cancer scientist, we're --
23 ultimate goal is to translate our discovery
24 into the clinic in human patients, and that's
25 what we did.          10:48 AM

Page 84

1    In 2007, I'll give an example, we
2 had a drug that was a PPR alpha antagonist --
3       THE REPORTER: We have a drug
4 what?
5       THE WITNESS: It's a PPR alpha    10:48 AM
6 antagonist. And we published a
7 publication. And then -- and a
8 pharmaceutical company called Tempest,
9 which was originally Inception,
10 translated this drug into the clinic,    10:48 AM
11 and it's currently in clinical trials
12 for pancreatic cancer patients and it's
13 being combined with immunotherapy.
14       That process of translating that
15 drug from 2007 to currently, 2021, which    10:49 AM
16 I'm still working with industry to do,
17 involves very much human modeling of
18 cancer in animals and in people.
19 BY MR. FOWLER:
20   Q. As part of your work, you are    10:49 AM
21 never responsible for reading a pathology
22 slide and making the determination as to the
23 cause of any cancerous cells that you might
24 see under that slide, correct?
25       MR. NIGH: Form objection.    10:49 AM

Page 85

1    A. In the context of -- in our cancer
2 models, we do that all the time. We'll grow
3 a tumor in animals, give it a drug, and then
4 study the -- in my report, I talked about the
5 10 key characteristics, immunosuppression,    10:49 AM
6 chronic inflammation, angiogenesis, cell
7 death.
8       So those processes, we will -- one
9 of the readouts is looking at a slide under
10 the microscope, for example, angiogenesis is    10:50 AM
11 blood vessel formation. So we will take
12 those slides from our lab in the different
13 cancer models and show it to a pathologist
14 and try to understand, did the drug block
15 cancer through a certain process.          10:50 AM
16 BY MR. FOWLER:
17   Q. So you'd go to a pathologist to
18 learn what may or may not have caused what
19 you're seeing under the slide?
20       MR. NIGH: Form objection.    10:50 AM
21   A. So as a scientist, I will have my
22 own learning and view, but part of the
23 process is working with experts in a
24 particular field. So I would go to a
25 clinical pathologist who has looked at    10:50 AM

22 (Pages 82 - 85)

Page 86

1  different -- if we're studying blood vessel
2  tumors, so I'm going to a lymphoma
3  pathologist, for example, and then get their
4  opinion.
5       But I still will do my own        10:51 AM
6  research and study -- look at slides under
7  the microscope ourselves and my colleagues,
8  but then, we like to go to somebody who's
9  like a board-certified clinician, and just to
10 get their feedback.          10:51 AM
11      But then -- part of science has
12 become very interdisciplinary. So my
13 specialty has been cancer modeling, modeling
14 human cancer in animals, studying the
15 mechanisms of what causes cancer and      10:51 AM
16 translating drugs from the clinic to cancer
17 patients.
18      So part of science is working with
19 other experts in a particular field so we
20 synergize the discoveries.          10:51 AM
21 BY MR. FOWLER:
22    Q. Nothing in your work, on a
23 day-to-day basis, over the past X number of
24 years since you left your surgical residency
25 program -- none of your work involves      10:52 AM

Page 87

1  diagnosing cancer in a human being, correct?
2       MR. NIGH: Form objection.
3    A. Correct.
4  BY MR. FOWLER:
5    Q. None of your work involves      10:52 AM
6  diagnosing the cause of cancer on a pathology
7  slide from a human patient, correct?
8    A. So as I mentioned before -- so
9  part of the key characteristics for human
10 relevance and human cells is you will take --   10:52 AM
11 for example, relevant to this case, Parsa,
12 1981, took human pancreatic -- human
13 pancreatic cells, put them in culture -- this
14 is what we do all the time in the lab. We
15 take a human patient tumor, grind up the     10:52 AM
16 tumor, grow it in culture, and then add a
17 chemical or a carcinogen, and then inject
18 into mice.
19      And that's what Parsa did in 1981,
20 grew the human pancreas cancer cells, gave    10:53 AM
21 NDMA, and put it into immunocompromised mice
22 and grow tumors.
23      So that, we do all the time. We
24 take tumors from human cancer patients who
25 have surgery and their cancer is removed.     10:53 AM

Page 88

1  We'll take their tumor and grow it in
2  culture, and then put it into mice, and we
3  study the mechanisms of cancer causation with
4  that human tumor.
5    Q. And the part of what you've just    10:53 AM
6  said, when you receive a tumor that's come
7  from an actual patient, a malignant tumor
8  that's been removed and ends up -- some part
9  of it in your lab, you are not able to look
10 at that tumor and make any determination what    10:53 AM
11 caused that cancer, correct?
12      MR. NIGH: Form objection.
13    A. I can look at the tumor and look
14 at, for example -- well, what caused the
15 cancer depends on the patient. What I look     10:54 AM
16 at under the microscope -- for example,
17 inflammation, I can look at a slide under the
18 microscope from a patient -- from a patient
19 that -- we got from the patient, grew it in
20 the mice, and then, we get a section. It's    10:54 AM
21 called hematoxylin and eosin, H&E section.
22      I can look myself under a
23 microscope, and even though I'm not a
24 board-certified pathologist, I can say that's
25 a blood vessel, that's a macrophage, that's a    10:54 AM

Page 89

1  neutrophil, the basics, because that's --
2  over the last 20 years, I've learned working
3  with other pathologists.
4       And so part of the mechanisms of
5  what we do and what's relevant to here, is we    10:54 AM
6  take animal models, tumor models, and look at
7  it under microscope and look for the
8  inflammation, the angiogenesis, and the cell
9  death.
10      One of the big themes of our lab     10:54 AM
11 is that cell death, that apoptotic cell
12 death, can paradoxically stimulate tumor
13 growth. So we stain with certain markers in
14 the lab, and we look at it under microscope,
15 and for that, I can do that myself.     10:55 AM
16 BY MR. FOWLER:
17    Q. Doctor, my question was simply
18 this: When you receive that pancreatic tumor
19 cells, you cannot determine what caused it?
20 Yes or no, sir.          10:55 AM
21      MR. NIGH: Form objection.
22    A. I don't understand the question.
23 What caused --
24 BY MR. FOWLER:
25    Q. You can't look at a pathology     10:55 AM

23 (Pages 86 - 89)

Page 90

1 slide and say, this cancer was caused by
2 cigarette smoking; this cancer was caused by
3 family hereditary; and you can't say this
4 cancer was caused by NDMA.
5        There's no marker on the pathology        10:55 AM
6 slides that you're able to discern to make
7 that conclusion; isn't that correct?
8        MR. NIGH:  Form objection.
9     A.  So in Parsa 1981, that paper, they
10 grew -- they took a pancreas tumor from a        10:56 AM
11 patient, grew it in culture, added NDMA for a
12 couple weeks, and then put that into the
13 mice.  Those pancreas -- actually, that was a
14 pancreas.  It wasn't a pancreas cancer.  It
15 was a pancreas.        10:56 AM
16        Those cells would not grow on
17 their own into a tumor.  So when they expose
18 it to NDMA, they made the conclusion,
19 correctly, that the NDMA caused the pancreas
20 cancer.  Because in that case, they took a        10:56 AM
21 pancreas tissue that wasn't a tumor, that
22 would normally not cause a tumor.
23        A normal cell, when you inject
24 into animals, won't cause a tumor.  So in
25 that case, they gave the NDMA, and what would        10:56 AM

Page 91

1 normally not cause a tumor in a mouse grew
2 into a tumor.
3        MR. FOWLER:  Counsel, I believe
4     I'm entitled to yes-or-no answer, and he
5     can explain.  So I'm going to ask the        10:57 AM
6     question one more time.
7 BY MR. FOWLER:
8     Q.  Doctor, if you look at a slide
9 from a human tumor that's been removed from a
10 liver, a pancreas, or anything else, you,        10:57 AM
11 Dr. Panigrahy, are not able to look at that
12 slide and determine what caused that human's
13 cancerous tumor that you're looking at under
14 the slide?  Yes or no, sir.
15        MR. NIGH:  Hold on.  Form        10:57 AM
16     objection.  Just realized that's not
17     what your prior question was.
18        MR. FOWLER:  I'm trying to make it
19     as crystal clear -- I'm not repeating my
20     question, Counsel.  I'm trying to make        10:57 AM
21     it more clear, and I'm asking for a yes
22     or no, and then if there's more to it --
23     but I'd like a yes or no.
24        Let me get a fresh question
25     here.        10:57 AM

Page 92

1 BY MR. FOWLER:
2     Q.  Are you able to look at a
3 pathology slide from an actual human
4 cancerous tumor that ends up under your
5 microscope and determine what caused it, sir?        10:57 AM
6     A.  No, we would need more
7 information.
8     Q.  And, Doctor, isn't it true that
9 you're not aware of any publication that has
10 identified any hallmarks of pathology that        10:58 AM
11 would enable any pathologist to say that a
12 particular tumor is caused by NDMA?
13     A.  So --
14     Q.  Please yes or no, and then
15 explain.        10:58 AM
16     A.  Okay.  Can you say that one more
17 time?  I think that -- yeah.
18     Q.  Doctor, are you able to look at a
19 pathology slide from an actual humor -- an
20 actual human malignant tumor that ends up        10:58 AM
21 under your microscope -- actually, I was
22 reading the wrong question.  That's why I
23 hate real-time.  Let me try it again.
24        Doctor, there's no publication
25 that you've ever seen that identifies any        10:58 AM

Page 93

1 kind of hallmark or identifying factor that
2 would allow a pathologist to determine a
3 tumor was caused by NDMA?
4     A.  Correct.  However, I'll say
5 causation is what we study in the lab.  The        10:59 AM
6 pathologist doesn't determine causation.  To
7 do causation in cancer, the standard assay is
8 called a chemical carcinogenesis bioassay.
9 (Reporter clarification.)
10        THE WITNESS:  Chemical        10:59 AM
11     carcinogenesis bioassay.
12        THE WITNESS:  And that's the assay
13     where you subject rodents -- usually, it
14     could be one or two years -- to a
15     chemical, and that's how you determine        10:59 AM
16     causation, and that's one of the very
17     important models to determine
18     causation.
19 BY MR. FOWLER:
20     Q.  In your report, you refer to        10:59 AM
21 NDMA-induced cancer in humans.  There's no
22 such diagnosis, is there, Doctor?
23        MR. NIGH:  Form objection.
24     A.  So -- correct.  However, the
25 reason we can say NDMA is a human carcinogen        11:00 AM

24 (Pages 90 - 93)

PageID: 42082

Page 94

1 or likely a human carcinogen is because
2 there's abundant evidence of NDMA in people.
3 And I'll just mention a couple studies that
4 come off to -- in mind. 1934, Friend --
5 Freund, F-r-e-u-n-d, had shown -- it was --    11:00 AM
6 unfortunately, these are poisoning cases or
7 unfortunate exposure, and they were exposed
8 to NDMA, and they died from liver problems,
9 like acute hepatitis toxicity. And then
10 1980, one of the classic papers, Herrin and    11:00 AM
11 Shank, a 1980 cancer research, and there's
12 unfortunate poisoning with NDMA, and what was
13 very informative and very important for human
14 relevance is that the liver in the human who
15 died from the NDMA had high amounts of the    11:01 AM
16 DNA adducts called N7-methylguanine,
17 O-6-methylguanine, and those are virtually
18 the identical adducts that we see when NDMA
19 is given to animals.
20     And then, in the early 1980s,    11:01 AM
21 Autrop Harris and a couple of their
22 colleagues, did a series of about seven
23 publications where they took five or six
24 different human -- this is from humans --
25 tissue, and they subjected the human tissue    11:01 AM

Page 95

1 to NDMA.
2     This was human lung, bronchus,
3 human esophagus, human colon, human pancreas,
4 human bladder, and subjected those cells to
5 NDMA and saw there was an increase in these    11:02 AM
6 DNA adducts. And they could tell by the
7 release of carbon dioxide, aldehydes, and
8 these DNA adducts that the NDMA had
9 metabolized very quickly to the
10 cancer-causing metabolites from these human    11:02 AM
11 cells that we -- that scientists had seen in
12 animals.
13     So that's -- those are just a
14 couple studies I had cited that -- of
15 evidence that NDMA is a human carcinogen,    11:02 AM
16 because of the mechanism of action of the
17 metabolism of NDMA is virtually identical in
18 humans and in animals.
19 BY MR. FOWLER:
20     Q. Doctor, when did you leave    11:02 AM
21 Dr. Faulkner's lab?
22     I'm trying to tell from your CV.
23     A. He passed away in 2008, and then,
24 I joined -- I was still at Children's
25 Hospital until 2013. I was an instructor --    11:03 AM

Page 96

1     Q. Okay.
2     A. -- and then I came to the Beth
3 Israel Deaconess in 2014.
4     Q. Okay. And if I understand from
5 your CV, under faculty academic appointments,    11:03 AM
6 from 2003 to 2013, you were an instructor in
7 the Department of Surgery?
8     A. Correct.
9     Q. And Harvard Medical School doesn't
10 have a Department of Surgery. This is,    11:03 AM
11 again, the hospital, right?
12     A. So I would say Boston Children's
13 Hospital.
14     Q. Okay. Thank you.
15     And you, again, had -- strike    11:03 AM
16 that.
17     The instructor is the entry-level
18 rank in the academic progression to
19 professor.
20     Do you understand that question?    11:03 AM
21     A. In general. However, I would say
22 instructor at Harvard Medical School is
23 widely considered to be like an assistant
24 professor or even higher at many other
25 universities. Harvard Medical School is kind    11:04 AM

Page 97

1 of a unique place.
2     Q. Let's stick with Harvard.
3     Doctor, the instructor is the
4 lowest rank in the professor academic ranks,
5 isn't it?    11:04 AM
6     MR. NIGH: Form objection.
7     A. Correct.
8 BY MR. FOWLER:
9     Q. Okay.
10     A. It goes from research fellow to    11:04 AM
11 instructor.
12     Q. Research fellow is not a faculty
13 appointment, is it?
14     MR. NIGH: Form objection.
15     A. Correct.    11:04 AM
16 BY MR. FOWLER:
17     Q. Okay. The lowest rank in the
18 faculty academic rankings on the way to
19 professor is instructor?
20     A. Correct.    11:04 AM
21     Q. Okay. Thank you.
22     And the next rank is assistant?
23 Yes?
24     A. Correct.
25     Q. And the next rank is associate    11:04 AM

25 (Pages 94 - 97)

800-227-8440                                                           973-410-4040

Page 98

1 professor?
2     A.   Correct.
3     Q.   And then the next rank is a
4 full-tenured professor, correct?
5     A.   Correct.            11:04 AM
6     Q.   And that was always your goal, to
7 become a full-tenured professor, isn't it,
8 sir?
9         MR. NIGH:  Hold on.  Form
10    objection.            11:05 AM
11    A.   My goal has been on cancer and
12 mechanisms of cancer and trying to find a
13 cure to cancer.  My goal has not been on
14 career promotion.  I am in the process of
15 going to the associate professor, but I      11:05 AM
16 haven't focused on career promotion.
17        If I had wanted to do that, I
18 could have left Harvard Medical School and
19 gone to many universities and focused on
20 career promotion.            11:05 AM
21 BY MR. FOWLER:
22    Q.   Doctor, you were not advanced
23 in 10 years as an instructor in the
24 Department of Surgery, correct?
25        MR. NIGH:  Form objection.     11:05 AM

Page 99

1     A.   I'm not sure what you mean by
2 "advanced."
3 BY MR. FOWLER:
4     Q.   You were -- you were never
5 promoted to the next level, to assistant      11:05 AM
6 professor, in the Department of Surgery, in
7 the 10 years that you were there as an
8 instructor, correct?
9     A.   Yeah, that is correct.  But there
10 are circumstances where tenures as an      11:05 AM
11 instructor at Harvard Medical School is -- I
12 had two R01 grants that most professors don't
13 have.  And part of the reason for the career
14 part was when Dr. Folkman passed away, sadly,
15 in 2008, part of the process is you -- it was      11:06 AM
16 a lot of flux, and so I ended up moving to
17 the Beth Israel Deaconess Medical Center.
18    Q.   You left the Department of Surgery
19 having never advanced beyond instructor,
20 correct?            11:06 AM
21        MR. NIGH:  Form objection.
22    A.   As instructor, yes, that's
23 correct.  But I would say that instructor at
24 Harvard Medical School is a very prestigious
25 position, and, as I said, I was focused more      11:06 AM

Page 100

1 on cancer mechanisms and our trying to find
2 cures for cancer rather than career
3 promotion.
4        If I had wanted to do career
5 promotion, I was offered full --      11:07 AM
6 tenured-offered positions at Vanderbilt, UC
7 Davis, University of Michigan, places that I
8 could have focused on career promotion.
9        Part of it was also the department
10 I was in was with Dr. Folkman, and I had some      11:07 AM
11 really close colleagues, such as Mark Kieran,
12 who I enjoyed collaborating with.
13        And part of the issue also was my
14 wife as a pediatrician, and her family's in
15 the Massachusetts area.  So I didn't -- we      11:07 AM
16 didn't want to move as a family.
17        So if I had focused on career
18 promotion, I would have accepted
19 faculty-tenured positions at Vanderbilt and
20 other places that I was offered.      11:07 AM
21 BY MR. FOWLER:
22    Q.   So you weren't interested in
23 promotion where you were at Harvard; is that
24 right?
25        MR. NIGH:  Form objection.      11:07 AM

Page 101

1     A.   So as I mentioned, because my
2 mentor Dr. Judah Folkman passed away suddenly
3 in 2008, then, the department was in a state
4 of flux.  So I wasn't -- yeah, that's
5 correct.  I was not focused on career      11:08 AM
6 promotion during that time.
7        MR. FOWLER:  Let me mark the next
8 exhibit, please.  Is that 4?
9        THE REPORTER:  Can we take a
10 break?            11:08 AM
11        MR. FOWLER:  We can -- let's
12 take 10 minutes for the court reporter's
13 comfort.
14        THE VIDEOGRAPHER:  The time is
15 11:07.  We're off the record.      11:08 AM
16 (Recess taken at 11:16 a.m. to 11:22 a.m.)
17        THE VIDEOGRAPHER:  The time is
18 11:22.  We're back on the record.
19 BY MR. FOWLER:
20    Q.   Doctor, while you were an      11:23 AM
21 instructor in the Department of Surgery for
22 10 years, that was at the Beth Israel
23 Deaconess Medical Center, correct?
24    A.   Oh, no.  Actually, the 10 years
25 was at Boston Children's Hospital from --      11:23 AM

26 (Pages 98 - 101)

Page 102

1 Boston Children's Hospital.
2    Q.  Where you have faculty
3 appointment, 2003 to 2013, surgery, Harvard
4 Medical School, Boston.  Which hospital were
5 you in the Department of Surgery for?    11:23 AM
6    A.  Boston Children's Hospital.  Right
7 above it --
8    Q.  I -- yes, I'm with you, sir.
9    A.  Oh, it might be more clear on this
10 next page.    11:24 AM
11        MR. FOWLER:  We're not going to
12    mark those, so.
13 (Exhibit 5, removed.)
14 (Exhibit 6, removed.)
15 BY MR. FOWLER:    11:24 AM
16    Q.  Doctor, when you left that
17 position, it's been your testimony that you
18 were recruited over to the Department of
19 Pathology.
20        Was that a fair statement?    11:24 AM
21    A.  At Beth Israel Deaconess Medical
22 Center?
23    Q.  Yes, sir.
24    A.  Yes.
25    Q.  Okay.  And as part of that deal,    11:24 AM

Page 103

1 if you will, you were promised an accelerated
2 promotion program to professor, correct?
3    A.  Well, nothing is in writing at
4 Harvard Medical School.  The process of
5 promotion -- there's a certain process it    11:24 AM
6 goes.  So I was -- there's no -- there's no
7 tenure at Harvard Medical School, so the goal
8 of everyone is to go to associate professor
9 and full professor, but there's no promise
10 like that.    11:25 AM
11    Q.  Is it true or is it not true that
12 you have held yourself out as being brought
13 over to that program into an accelerated --
14 into an accelerated-promotion program to
15 associate professor and then full professor?    11:25 AM
16        MR. NIGH:  Form objection.
17    A.  So when I was hired, everyone's
18 goal is to get promoted as soon as possible,
19 but there's certain criteria you have to
20 meet.  And then -- so, like I said, I'm in    11:25 AM
21 the process now of going to associate
22 professor.
23        MR. FOWLER:  Let me mark
24    Exhibit 5, please.  And I'm sorry, madam
25    court reporter.    11:26 AM

Page 104

1 (Exhibit 5, In Re:  Actos (Pioglitazone)
2 Products Liability Litigation (MDL 2299),
3 marked for identification.)
4 BY MR. FOWLER:
5    Q.  Before you, Doctor, Exhibit 5,    11:26 AM
6 that's your name on the -- on the front cover
7 there, the Beth Israel Deaconess, sir?
8    A.  Yes.
9    Q.  And you recognize this as your
10 report that you submitted in the Actos    11:26 AM
11 litigation?
12    A.  Correct.
13    Q.  And directing your attention to
14 page 2, at the bottom of the last full
15 paragraph, quote, "I am on a tenure track for    11:26 AM
16 an accelerated promotion to associate
17 professor at Harvard Medical School and then
18 to professor of pathology at Harvard Medical
19 School."
20        Do you see that?    11:26 AM
21    A.  Correct.
22    Q.  And when you wrote that, you
23 believed that to be true?
24    A.  So -- yes.  Tenure at Harvard
25 Medical School is not -- there's no    11:27 AM

Page 105

1 guaranteed tenure unless you have a chair, so
2 it's a little complicated.
3    Q.  Sure.  But can we agree that you
4 considered yourself to be on an
5 accelerated -- your words, accelerated    11:27 AM
6 promotion to associate professor?
7    A.  Correct.
8    Q.  And you wrote this report in 2013?
9    A.  Correct.
10    Q.  And we're eight years later.  And    11:27 AM
11 you're not associate professor?
12    A.  Like I said before, the last
13 couple years, I've been more focused on our
14 lab science and the cancer discoveries that
15 my career promotion.  I'm in the process of    11:27 AM
16 going to associate professor.  That hasn't
17 been the highest priority for me now.
18    Q.  Doctor, what do you think you
19 meant -- let me start that again.
20        You used the word accelerated    11:27 AM
21 program to associate professor.  Those are
22 your words, right?  Sir?
23    A.  Correct.
24    Q.  And on your current report, in
25 this case, you make no mention of being on    11:28 AM

27 (Pages 102 - 105)

Page 106

1 any sort of tenure track or any sort of track
2 at all to professor, right?
3     A.  Correct.
4     Q.  And do you consider the eight
5 years that you remained as assistant        11:28 AM
6 professor and not associate professor -- do
7 you think that's been accelerated?
8         MR. NIGH:  Form objection.
9     A.  So the -- so the last six, seven,
10 years that I've been assistant professor at    11:28 AM
11 Beth Israel Deaconess Medical Center, we have
12 had a very productive time.  We've had five
13 or six high-impact publications over the last
14 three years, and I'm in the process of
15 getting promoted to associate professor.  It    11:28 AM
16 wasn't the highest priority for me currently.
17 BY MR. FOWLER:
18     Q.  Let's talk about that process.
19         In order to be advanced, your
20 department has to put you up for that        11:29 AM
21 promotion, correct?
22     A.  Correct.
23     Q.  Have you been put up for that
24 promotion?
25         MR. NIGH:  Form objection.    11:29 AM

Page 107

1     A.  Currently, I'm in -- so currently,
2 what my -- I had two NIH fundings that ended,
3 the R01, and part of that criteria to go to
4 associate, I have enough publications.  I
5 have -- and my chair has said, basically --    11:29 AM
6 ideally, we want to get one more R01 NIH
7 grant before we do the paperwork for the
8 associate professor, so...
9 BY MR. FOWLER:
10     Q.  So when you just testified a    11:29 AM
11 minute ago that that was in process, you
12 haven't taken the first step, which is your
13 department putting you forward.  That's
14 step 1, and you haven't done that, right?
15 That hasn't been done for you?    11:29 AM
16         MR. NIGH:  Form objection.
17         MR. FOWLER:  These are going to be
18 short questions for yes or no.
19         MR. NIGH:  Form -- form objection.
20 He does not have to answer yes or no if    11:29 AM
21 the question doesn't call for a yes or
22 no.
23         MR. FOWLER:  Fair enough, Counsel.
24 I'll be careful to phrase it.
25 /    11:30 AM

Page 108

1 BY MR. FOWLER:
2     Q.  Has your department put you up for
3 associate professor?
4     A.  No.
5     Q.  So your department hasn't yet    11:30 AM
6 voted -- there's a vote, right, to get to
7 that next stage?
8     A.  No, there -- no vote.  My chair
9 has told me when I feel that the paperwork is
10 ready, I'll go up for associate professor.  I    11:30 AM
11 have -- I had two R01s before, as an
12 instructor, where many professors don't have
13 those two R01s, but that NIH funding ended.
14         I'm in the process of obtaining
15 new R01, so I wanted to obtain a new R01    11:30 AM
16 before we start the paperwork.  My chair is
17 very supportive to start the paperwork once I
18 get one of these R01s.
19         So that's what I want to -- the
20 funding for these R01s is very competitive,    11:30 AM
21 as you -- as you may know, and I'm in the
22 process of resubmitting a couple NIH grants.
23     Q.  Doctor, your R01s ended in 2015
24 and the other in 2016, correct?
25     A.  Correct.    11:31 AM

Page 109

1     Q.  And NIH grants like that can be
2 renewed, right?
3     A.  Certain ones can --
4     Q.  That's right.
5     A.  -- my second R01 was an RFA, which    11:31 AM
6 cannot be renewed.  It's a one-time one --
7         THE REPORTER:  I'm sorry, my
8 second ROI was?
9         THE WITNESS:  R01, it's called
10 an RFA, and those cannot be renewed.    11:31 AM
11 BY MR. FOWLER:
12     Q.  Okay.  The 2015 one that expired,
13 you could have applied for a renewal.  Did
14 you?
15     A.  We -- I thought about it, and we    11:31 AM
16 had enough publications to do it, but we had
17 shift gears and were working on a different
18 topic.  So at the time, I didn't even try to
19 renew it.
20     Q.  And grant renewals are something    11:31 AM
21 that's peer-reviewed, right?
22     A.  Correct.
23     Q.  So if you had submitted something
24 for a renewal, others would have looked at
25 your work and determined whether you'd made    11:31 AM

28 (Pages 106 - 109)

Page 110

1 any progress or not in determining if you get
2 your renewal.
3        That's how it works, right?
4     A.  Correct.  We did not submit that
5 first R01 for a renewal because we switched.  11:32 AM
6 Working from that R01 was on the role of
7 epoxyeicosatrienoic acids in cancer
8 metastasis, and we switched to working with
9 other lipid mediators.
10       And we were focused -- like I    11:32 AM
11 said, two -- one drug we put in the clinic
12 for cancer patients, and another drug we put
13 into the clinic for -- were in the process --
14 called resolvents, that were in the process
15 of putting into cancer patients.    11:32 AM
16       So I was focused more on those
17 goals rather than career promotion and
18 getting the R01s that I wanted to get for the
19 career promotion.
20       So my goal also has been -- with    11:32 AM
21 COVID, everything got delayed, and a lot of
22 paperworks also were delayed, so.
23    Q.  Paperwork?
24    A.  For some of the grants that we
25 were going to submit.  All the experiments    11:32 AM

Page 111

1 got pushed off and delayed, so.
2    Q.  But that was only in 2019 that
3 that could have possibly happened, correct?
4    A.  Correct.
5    Q.  Okay.  The only R01 grant that you    11:33 AM
6 have listed on your CV right now has a
7 Dr. Henderson as the PI, correct?
8    A.  Correct.
9    Q.  And you list yourself as a --
10    A.  I'm the consortium PI.    11:33 AM
11    Q.  What does that mean?
12    A.  So it -- this is called an SBIR
13 grant so --
14 (Reporter clarification.)
15       THE WITNESS:  SBIR, SBIR.    11:33 AM
16    A.  And that -- it works -- these are
17 the grants with -- work with industry to try
18 to translate -- actually, this is a drug that
19 we're trying to put in cancer patients, and
20 we're responsible for some of the experiments    11:33 AM
21 on that grant.
22 BY MR. FOWLER:
23    Q.  Well, that's what I was going to
24 ask.  Because I wanted to know if any money
25 for that grant is going to your lab as    11:33 AM

Page 112

1 opposed to Dr. Henderson's lab as, the R01.
2    A.  This is an SBIR.
3    Q.  It's an R01 grant.  Is it or not?
4    A.  Actually, I don't think it's an
5 R01.  It's a --    11:34 AM
6    Q.  Fair enough.  It's an NIH --
7    A.  It's an NIH grant.
8    Q.  And does any of the money from
9 that NIH grant go into your lab as opposed to
10 Dr. Henderson's?    11:34 AM
11    A.  We get some of the money.
12    Q.  What work are you actually doing
13 under that grant?
14    A.  So that's a bladder cancer grant,
15 and we made the discovery in 2019 that a dual    11:34 AM
16 COX-2/sEH inhibitor, which basically blocks
17 two lipid pathways and it blocks inflammation
18 and stimulates the clearing of inflammation
19 that we call the resolution inflammation --
20 we had shown that in ovarian cancer in a 2019    11:34 AM
21 PNAS publication.
22       And that grant is using that drug,
23 this dual COX-2/sEH inhibitor, in bladder
24 cancer.  So the goal is to get this drug in
25 the clinic to treat bladder cancer patients.    11:34 AM

Page 113

1       MR. NIGH:  And Mr. Fowler, I don't
2 know if you've moved on from this
3 document, the Actos bladder cancer
4 expert report?
5       MR. FOWLER:  I'm way passed    11:35 AM
6 that.
7       MR. NIGH:  Well, we can't tell
8 if -- well, we haven't gone to another
9 document.  That's why I can't tell.  But
10 we can't tell if this is under seal or    11:35 AM
11 not, or any of the issues here under
12 seal, so we just need to note that for
13 the record.
14       MR. FOWLER:  Right.  Well, it is
15 filed.  You can see the "filed" right    11:35 AM
16 across the top.
17       MR. NIGH:  I see "filed."  I just
18 can't tell under seal.
19       MR. FOWLER:  And there's time to
20 deem things confidential, and    11:35 AM
21 absolutely, I asked the same question.
22       MR. NIGH:  Okay.
23       MR. FOWLER:  So, you know,
24 provisional confidentiality, whatever
25 you'd like.    11:35 AM

29 (Pages 110 - 113)

Page 114

1    MR. NIGH: Sure. Go ahead. Sure.
2  BY MR. FOWLER:
3    Q. Doctor, do you think you can be
4  advanced to full professor at Harvard Medical
5  School without being a principal investigator    11:35 AM
6  on an R01 grant?
7    A. Yeah, I was a PI on two R01 grants
8  and -- getting -- going to pathology
9  professor at Harvard is not just having a
10  one -- a single R01 PI grant. There's    11:35 AM
11  more -- it's becoming expertise in the field.
12    I have -- my lab has five
13  high-impact publications in the last three
14  years. We've had a 28JX med paper. We've
15  had three PNAS papers. We've made important    11:36 AM
16  discoveries that were translating to the
17  clinic.
18    Part of going to a professor at
19  Harvard is you also want to have some NIH
20  funding, so that's what -- I'm applying for    11:36 AM
21  those grants now.
22    Q. My question was simply this,
23  Doctor -- let me ask.
24    Are you aware of any full
25  professor in the Department of Pathology at    11:36 AM

Page 115

1  Harvard Medical School who does not have an
2  R01 grant?
3    A. Yes.
4    Q. Has anybody ever been promoted to
5  full professor without being a PI on an R01    11:36 AM
6  grant?
7    A. Yes.
8    Q. Okay.
9    Who?
10    A. So my -- I have close colleagues    11:36 AM
11  who are currently professors in our
12  department who don't have an R01 and are
13  pathology professors.
14    Q. Do you know if they had an R01 at
15  the time they were advanced?    11:37 AM
16    A. I would have to look specifically,
17  but the criteria of getting advanced to a
18  professor is more than just having -- for me
19  to get a third R01 grant. A lot of it also
20  is the amount of funding you bring in. So I    11:37 AM
21  bring in equivalent funding in other ways.
22  You know, some of it's the peer-reviewed
23  publications; some of it's teaching; some of
24  it's having expertise in a field --
25    Q. Right.    11:37 AM

Page 116

1    A. -- you know.
2    Q. Your publications and
3  presentations have tailed off in the last
4  number of years, haven't they?
5    A. We've had five --    11:37 AM
6    MR. NIGH: Form objection.
7    A. -- publications in the last three
8  years.
9  BY MR. FOWLER:
10    Q. I'm asking about yours, sir.    11:37 AM
11    Your -- where you are a named
12  author, the number of publications, since
13  2015 or 2017, have been less than you have
14  previously published each year prior to that?
15    MR. NIGH: Form objection.    11:37 AM
16    A. So we focus on high-impact papers,
17  and the last three years -- these are
18  high-impact journals -- we've had, 2019, two
19  PNAS publications; 28, a JX Med publication;
20  2019, a Journal of Clinical Investigation    11:38 AM
21  papers, and these high-impact papers take
22  three to four years of research. So they --
23  there's a lot of -- the bar to get published
24  in a high-impact journal has gone up.
25    So depending on the project -- our    11:38 AM

Page 117

1  JCI paper in 2019, the experiments started in
2  2015. Our JEM paper in 2018 probably started
3  in 2011. So some of these papers take five,
4  six, seven years to complete the project.
5  BY MR. FOWLER:    11:38 AM
6    Q. Sir, have you ever been nominated
7  to the American Society for Clinical
8  Investigation, ASCI?
9    A. No.
10    Q. That's one of the core honorary    11:39 AM
11  societies in the field that you work in,
12  isn't it?
13    A. Right. And I --
14    Q. A field -- a field that you've
15  worked in for the last 15 years or more,    11:39 AM
16  right?
17    MR. NIGH: Form objection.
18    A. No, the field I work in is a
19  bioactive lipid field; and in 2015, at the
20  bioactive lipid meeting, I won the young --    11:39 AM
21  early-career young investigator award, which
22  meets every two years, and it's the most
23  prestigious bioactive lipid meeting.
24    The one that you mentioned is more
25  for clinical investigators. I'm a basic    11:39 AM

30 (Pages 114 - 117)

Page 118

1 scientist. And, also, I do pathology
2 research. And in 2015 I won the Ramzi Cotran
3 career investigator award, which is one of
4 the most prestigious young investigator
5 awards you can get in the field of pathology,     11:39 AM
6 named after probably -- every medical student
7 does Ramzi Cotran and Kumar, the textbook of
8 pathology, second year of med school, and
9 when Ramzi Cotran passed away, the ASIP,
10 American Society of Investigative Pathology,     11:40 AM
11 started this Razi Cotran early-career
12 investigator award, which I won in 2015.
13         So the two fields that I've --
14 that I work in, I've won early-career
15 investigator awards. So the 2015 bioactive     11:40 AM
16 lipid one, which was in Budapest in Hungary,
17 and then in 2015 the ASIP Ramzi Cotran
18 early-career investigator award.
19 BY MR. FOWLER:
20     Q. Doctor, you're not an     11:40 AM
21 toxicologist, correct?
22         MR. NIGH: Form objection.
23     A. Just so I understand, are you
24 talking about board-certified toxic --
25 /     11:40 AM

Page 119

1 BY MR. FOWLER:
2     Q. You're not a -- well, let's start
3 there.
4         You're not a board-certified
5 toxicologist?     11:40 AM
6     A. Correct.
7     Q. You're not trained in toxicology?
8         MR. NIGH: Form -- form
9 objection.
10     A. While I'm not formally trained in     11:41 AM
11 toxicology, it is something that we use in
12 our everyday animal experiments and when
13 we're translating drugs to the clinic.
14 BY MR. FOWLER:
15     Q. You're not qualified, are you, to     11:41 AM
16 render opinions about the toxicity of a
17 chemical, sir, are you?
18         MR. NIGH: Form objection.
19     A. We do that every day in the lab.
20 One of the animal experiments we do is does a     11:41 AM
21 drug -- is it toxic to mice. Is there
22 greater than 15 percent body weight. These
23 are -- these are experiments I've been doing
24 for the last 30 years.
25 /     11:41 AM

Page 120

1 BY MR. FOWLER:
2     Q. On drugs, right, sir?
3     A. Yeah, does a drug induce weight
4 loss in an animal, like over 15 percent
5 weight loss.     11:41 AM
6     Q. Fair enough. Fair enough, sir.
7         But none of your research has ever
8 been taking a chemical that's not a drug and
9 evaluating it from a toxicity perspective and
10 making determinations from that?     11:41 AM
11         You've never done that; isn't that
12 true?
13         MR. NIGH: Form objection.
14     A. Well, currently, we're translating
15 another drug -- well, correct --     11:42 AM
16     Q. Okay.
17     A. -- I don't personally -- what we
18 do is we set up tox studies, but we send them
19 out to somebody.
20 BY MR. FOWLER:     11:42 AM
21     Q. Okay. Fair enough.
22         And you've never, in your career
23 prior to this litigation, studied NDMA as
24 a -- let me just leave it at that. You've
25 never studied NDMA, have you?     11:42 AM

Page 121

1         MR. NIGH: Form objection.
2     A. Actually, we use NDMA and NDEA in
3 the lab to initiate cancer and to induce
4 inflammation and oxidative stress in the lab.
5 BY MR. FOWLER:     11:42 AM
6     Q. Yes, sir. But you don't study the
7 effects of NDMA, other than using it as a
8 tumor inducer so you can study other things
9 against those tumors, right?
10         MR. NIGH: Form objection.     11:42 AM
11     A. Correct, we use it in the lab to
12 initiate cancer and to study the key
13 characteristics of mechanisms of cancer.
14 BY MR. FOWLER:
15     Q. Okay. And you're not a     11:43 AM
16 pharmacologist, right?
17         MR. NIGH: Form objection.
18 BY MR. FOWLER:
19     Q. By either board certification or     11:43 AM
20 training or background, you're not a
21 pharmacology person, right?
22         MR. NIGH: Form objection.
23     A. Correct --
24 BY MR. FOWLER:
25     Q. Okay.     11:43 AM

31 (Pages 118 - 121)

Page 122

1    A. -- however, we use pharmacology in
2  our everyday research.
3  BY MR. FOWLER:
4    Q. And you're not a pharmacokinetics
5  expert. You wouldn't hold yourself out as a          11:43 AM
6  pharmacokinetics expert, would you?
7        MR. NIGH: Form objection.
8    A. Well, we do --
9  BY MR. FOWLER:
10    Q. I'm sorry, who's the "we" so I can         11:43 AM
11 understand that, please --
12    A. Oh, okay. I can say "me." When I
13 say "we," it's our laboratory, but I lead the
14 laboratory --
15    Q. I'm much more interested in what          11:43 AM
16 you do, sir.
17    A. Yeah. Okay.
18    Q. Okay. I just -- didn't
19 want to be confused. My apologies. Please
20 continue.                                          11:43 AM
21    A. What was the question?
22    Q. That you're not an expert in
23 pharmacokinetics?
24    A. Well, we use pharmacokinetics in
25 a -- like I mentioned, what we're doing now          11:43 AM

Page 123

1  is translating a drug called a resolvent to
2  the clinic. We're working with industry --
3  (Reporter clarification.)
4        THE WITNESS: Is to translate a
5    drug called resolvents into the clinic.         11:44 AM
6        And we do -- we set up
7    pharmacokinetic studies. So we'll set
8    up -- we call them PK studies,
9    pharmacokinetic studies, and then we
10    send the blood and the plasma to           11:44 AM
11    somebody else who runs the actual
12    studies, and then we all will meet to
13    analyze the data.
14 BY MR. FOWLER:
15    Q. Yes, sir. And let me get a handle         11:44 AM
16 on the "we."
17        How many Ph.D.s are in the lab
18 that you work in?
19    A. So currently?
20    Q. I'll take that.                           11:44 AM
21    A. Yeah. So right now, I have a
22 postdoctoral fellow, who's a Ph.D. She is in
23 her second -- doing her second postdoc. And
24 I have two research assistants, who are not a
25 Ph.D., and then one medical -- one student.         11:44 AM

Page 124

1    Q. So that -- you've just listed a
2  total of five people, right?
3    A. So one -- I think your question
4  was how many Ph.D.s?
5    Q. That was my question, but maybe I         11:45 AM
6  should have started with, how many people
7  work in the lab that you work in?
8    A. I just answered.
9    Q. Five?
10    A. Yes, we have a postdoctoral fellow         11:45 AM
11 and two research assistants and a student and
12 me.
13    Q. And this -- and this lab, does it
14 have a name?
15    A. It's Panigrahy Laboratory.            11:45 AM
16 (Reporter clarification.)
17        THE WITNESS: It's Panigrahy
18    Laboratory.
19 BY MR. FOWLER:
20    Q. Oh, it's your named lab. Okay. I         11:45 AM
21 understand how that works.
22    A. We don't really --
23    Q. Well, is that the formal name?
24 Because -- you've heard of, like, the McGowan
25 laboratory out of the University of          11:45 AM

Page 125

1  Pittsburgh and things like that, where
2  there's a name for the lab?
3    A. Right.
4    Q. If John Q. Public was looking at
5  your laboratory, what name would come up?         11:45 AM
6    A. Yeah, they would say the Panigrahy
7  laboratory.
8    Q. Okay. Fair enough. And that's
9  within the Department of Pathology?
10    A. Yes.                                     11:45 AM
11    Q. Okay. And how long has -- and do
12 you report -- who do you report to?
13    A. I have a chairman.
14    Q. Of the Department of Pathology?
15    A. Of pathology, yeah.              11:46 AM
16    Q. And how many other such,
17 quote/unquote, "labs" are there within that
18 department?
19    A. Oh, there's at least five or six,
20 something like that.                             11:46 AM
21    Q. And a each has its own sort of
22 niche?
23    A. Yeah, everyone has an expertise
24 that they work on and...
25    Q. Okay. And within your laboratory,         11:46 AM

32 (Pages 122 - 125)

Page 126

1 are you able to -- in a sentence, maybe
2 two -- tell me what the niche is for your
3 lab, the specialty?
4      A.  Yeah, sure.  We worked on lipids
5 that stimulate the resolution of          11:46 AM
6 inflammation.
7      Q.  Perfect.
8 (Reporter clarification.)
9          THE WITNESS:  Inflammation.
10 BY MR. FOWLER:                            11:46 AM
11      Q.  And, Doctor, you would agree that
12 you're not trained or qualified to offer
13 opinions about how nitrosamines are
14 metabolized in the body, in the human body?
15          MR. NIGH:  Form objection.     11:46 AM
16      A.  I'm not sure if I understand the
17 question.  We study metabolism of other
18 chemicals.  You know, like I mentioned, we're
19 translating drugs to the clinic for cancer
20 drugs.  So we do PK studies and -- you know,  11:47 AM
21 so I have to know about metabolism and be
22 familiar with it and, yeah, I use it as part
23 of the research that we do.
24 BY MR. FOWLER:
25      Q.  Okay.  Would you agree, sir,     11:47 AM

Page 127

1 you're not a statistician?
2          MR. NIGH:  Form objection.
3      A.  Well, every medical student
4 usually gets some statistics in medical
5 school.  And baseline statistics, scientists  11:47 AM
6 use, like, for example, p-values, ANOVA.
7      But I think, your question, if you
8 go to more complex statistical modeling, we
9 have a board-certified statistician that we
10 run things by.                            11:47 AM
11 BY MR. FOWLER:
12      Q.  Outside your lab?
13      A.  Yeah, we collaborate with --
14      Q.  And the same sort of deal like
15 where you send blood outside your lab?    11:47 AM
16      A.  Yes.
17      Q.  Do you send slides outside your
18 lab too?
19      A.  Slides?
20      Q.  Pathology slides.                11:48 AM
21      A.  No.  If I have slides, we'll just
22 walk over to the pathology department and
23 look under the microscope.
24      Q.  Right.  But you mentioned before
25 that you would go to an actual pathologist if  11:48 AM

Page 128

1 you had questions about what a slide meant,
2 for example.
3      A.  Well, I would only go -- yeah,
4 first we look at the slides ourselves and
5 then meet with a pathologist, who's --    11:48 AM
6 usually, the ones I work with are at
7 Children's Hospital or Beth Israel.  And
8 then, we would just walk over with the slides
9 and review the slides with them.
10      Q.  Doctor, if you were to go through  11:48 AM
11 your CV -- which, of course, we have done --
12 do you agree with me that you don't have any
13 publications that talk about a risk
14 assessment, a cancer risk assessment, in
15 humans?  You've never published on that    11:48 AM
16 before; isn't that true?
17          MR. NIGH:  Form objection.
18      A.  Correct.
19 BY MR. FOWLER:
20      Q.  You've never, prior to this case,  11:49 AM
21 expressed in your professional life any
22 opinions or publications or anything that
23 arrived at a determination of an increased
24 risk in humans -- increased risk of cancer?
25          MR. NIGH:  Form --               11:49 AM

Page 129

1          MR. FOWLER:  Thank you, Counsel.
2          MR. NIGH:  Form objection.
3      A.  Well, when we study, like I said
4 before, drugs that inhibit cancer, we modeled
5 the human cancer in animals, and we're     11:49 AM
6 going -- now the drug that I mentioned, the
7 resolvents, we're putting it into phase 1
8 clinical trials next year and then phase 2.
9      So part of what we do every day is
10 looking at that in animal models and looking  11:49 AM
11 at the context of translating a drug from an
12 animal to a person.
13 BY MR. FOWLER:
14      Q.  Doctor, have you ever -- pardon
15 me -- have you ever performed a TD 50 linear  11:50 AM
16 back extrapolation calculation?
17          MR. NIGH:  Form objection.
18      A.  So the TD 50 -- I've done it
19 following -- relevant to this case.
20 BY MR. FOWLER:                            11:50 AM
21      Q.  Okay.  Thank you for that
22 clarification.
23      Prior to this litigation in your
24 professional life, isn't it true that you've
25 never done a TD 50 linear back extrapolation  11:50 AM

33 (Pages 126 - 129)

Page 130

1 for any potential carcinogen?
2     A.  Correct.
3     Q.  And it follows, I would assume,
4 that you've also never done a benchmark dose
5 level calculation for any particular      11:51 AM
6 potential carcinogen?
7     A.  Correct.
8     Q.  And you've never done a risk
9 assessment that evaluated whether exposure to
10 any level of a potential carcinogen was      11:51 AM
11 likely to cause cancer in humans?
12         MR. NIGH:  Form objection.
13     A.  Correct.
14 BY MR. FOWLER:
15     Q.  Shifting gears, sir, am I correct      11:51 AM
16 that when you were a testifying expert for
17 plaintiffs in the Actos litigation, one of
18 those attorneys was Mr. Adam Slater?
19         MR. NIGH:  Form objection.
20     A.  It sounds familiar, but I can't --      11:51 AM
21 BY MR. FOWLER:
22     Q.  Do you recollect, sitting here
23 today, who engaged you?  Who hired you for
24 the Actos litigation?
25     A.  Yeah, it was Stephanie --      11:51 AM

Page 131

1 Stephanie -- I'm blanking her last name.
2     Q.  That's fine.  It's not a memory
3 test.  That was a while back.  Yes, sir.
4         Have you done any work for that
5 attorney since Actos?      11:52 AM
6     A.  No.
7     Q.  Do you know how the attorneys in
8 this case got your name to call you?
9     A.  I think it was through a colleague
10 they were working with who had known me.      11:52 AM
11     Q.  An attorney colleague?
12     A.  Yeah.
13     Q.  Yes, sir.
14         When you were first contacted,
15 what were you asked to do?      11:52 AM
16     A.  So I was asked to -- the question
17 is, does NDMA or NDEA -- are they human
18 carcinogens.  That was -- that was kind of
19 the basic first question, and then there are
20 a couple -- you know, if it was a carcinogen,      11:52 AM
21 what would be the mechanisms of action, what
22 would be -- if it was a carcinogen, latency
23 periods, and to look into potential tumor
24 types.
25     Q.  Yes, sir.      11:53 AM

Page 132

1         Were you told anything about the
2 case at the time you were first contacted,
3 sir?
4     A.  No.  I was just given -- here are
5 the questions and I did my independent      11:53 AM
6 peer-review analysis.
7     Q.  Were you aware that you were
8 contacted by attorneys that are representing
9 the patients as opposed to representing the
10 drug company?  Were you aware of that?      11:53 AM
11     A.  Well, as I did my research --
12     Q.  I'm sorry.  I was a poor question.
13         When you were first contacted to
14 be an expert in this case, did you understand
15 you were being contacted by the plaintiffs.      11:53 AM
16     A.  Yes.
17     Q.  Okay.  Thank you.
18         And I assume in that initial
19 conversation you were -- you were told
20 something about the issue of NDMA and NDEA      11:53 AM
21 exposure, correct, and the question of the
22 carcinogenicity?  That's what I was --
23     A.  Yes, I was asked, you know, do
24 these cause cancer in humans.
25     Q.  Yes, sir.  Yes, sir.      11:54 AM

Page 133

1         So my question to that is, at the
2 time you were asked that question, did you
3 have any understanding yourself what that
4 answer is?
5     A.  No.  So part of the scientific      11:54 AM
6 process that we do for any scientific
7 question is start from the base and just --
8 there's a process we go through, and that
9 process is just first getting -- let me go
10 into --      11:54 AM
11     Q.  No, no.  I was just -- that first
12 stage is where I'm kind of focused?
13     A.  Okay.
14     Q.  Did you learn, when you started to
15 look into it, that there is no scientific      11:54 AM
16 study that has established NDMA or NDEA cause
17 cancer in humans?
18         MR. NIGH:  Form --
19 BY MR. FOWLER:
20     Q.  Did you learn that when you first      11:55 AM
21 started?
22         MR. NIGH:  Form objection.
23         MR. FOWLER:  Yeah, that's a
24     terrible question.  Let me back up.
25 /      11:55 AM

34 (Pages 130 - 133)

Page 134

1 BY MR. FOWLER:
2    Q.  You've never seen, in the course
3 of your research for this, any article that
4 has determined NDMA or NDEA is a human
5 carcinogen, as opposed to, like EPA says, a    11:55 AM
6 probable human carcinogen?
7    A.  Right.  So part of my process, I
8 looked for randomized control trials in
9 humans.  It's kind of the gold standard.  And
10 because it is a carcinogen, it would be    11:55 AM
11 unethical to perform those in people, so.
12    Q.  Yes, sir.  So am I correct that,
13 even sitting here today, there's no
14 publication that has conclusively found NDMA
15 at low levels is a human carcinogen, correct?    11:55 AM
16        MR. NIGH:  Form objection.
17    A.  So as I said before --
18 BY MR. FOWLER:
19    Q.  Can we -- can we answer mine and
20 then explain?    11:56 AM
21    A.  Oh, okay.
22    Q.  Because I just have to hear an
23 answer.
24    A.  Correct.  There's not one
25 publication because there are no randomized    11:56 AM

Page 135

1 control trials with NDMA/NDEA.  However, in
2 science, we use an overabundant extensive
3 literature search and look for whole bodies
4 of evidence.
5        So we'll look at animal studies;    11:56 AM
6 we'll look at mechanistic evidence with
7 animal tissue and cells; we'll look at human
8 tissue and cells; and then look at epi
9 studies.  And that -- well, I'll look at what
10 the -- what the regulatory agencies, such as    11:56 AM
11 IARC and others -- do you want me --
12    Q.  No.  That's fine.  Thank you.  I
13 appreciate that.
14        Have you ever communicated with
15 anybody at Teva Pharmaceuticals, either in    11:56 AM
16 regard to this case or at any point in your
17 career?
18    A.  No.
19    Q.  And if I ask you the same question
20 for the various defendants you heard    11:56 AM
21 announced earlier, Mylan or ZHP, same answer?
22    A.  Same.
23    Q.  Yes, sir.
24 (Reporter clarification.)
25        MR. FOWLER:  Or ZHP.    11:57 AM

Page 136

1 BY MR. FOWLER:
2    Q.  And is it fair to say that you've
3 never been contacted by a drug company to
4 assist them in research?
5    A.  Correct.    11:57 AM
6    Q.  Have you ever received or reviewed
7 any of the medical records of any of the
8 plaintiffs in this lawsuit?
9    A.  No.
10    Q.  Do you have any -- okay.    11:57 AM
11        Doctor, and aside from this
12 litigation, you've testified, I think --
13 previously, you'd said, in the Actos
14 litigation, how many depositions?
15    A.  Yeah, and then one other    11:58 AM
16 deposition.
17    Q.  So two in Actos --
18    A.  Yeah.
19    Q.  -- and there was one in -- it was
20 like -- it starts with a K?    11:58 AM
21    A.  Yes.  That was -- that was related
22 to Actos.  And then, the other deposition I
23 had was related to a stress-induced cancer
24 case.
25    Q.  And that was -- the stress in that    11:58 AM

Page 137

1 matter was grief?
2    A.  Yes, it was -- what -- the husband
3 had been hit by a bus that was the fault of
4 the bus company, and the wife had colon
5 cancer, and it was the stress -- can stress    11:58 AM
6 stimulate the cancer in that case.
7    Q.  Did she have colon cancer before
8 or after this tragic event?
9    A.  I'd have to look specifically.  I
10 think it was before.    11:59 AM
11    Q.  Okay.
12    A.  Yeah, it was a question, does
13 stress promote cancer.
14    Q.  Do you currently have any other
15 legal matters, litigation matters under    11:59 AM
16 review outside of the valsartan litigation?
17    A.  No, I've been focusing on this
18 case.
19    Q.  It's kept you pretty busy, hasn't
20 it?    11:59 AM
21    A.  Yes.
22    Q.  Doctor, what percentage of your
23 total income would you say is generated
24 through legal consulting like you're doing in
25 this case?    12:00 PM

35 (Pages 134 - 137)

Page 138

1    A.  Well, it can vary, really, year to
2  year and over the years, depends on the year.
3  If you talk to last two, three years --
4    Q.  Yes, sir.
5    A.  Yeah, I assume that.  So maybe    12:00 PM
6  about 50 percent, something like that.
7    Q.  Is it your testimony that as an
8  assistant professor at Harvard Medical
9  School, that your salary is more
10 than $500,000 a year?    12:00 PM
11    MR. NIGH:  Form objection.
12 BY MR. FOWLER:
13    Q.  You're not saying that, are you?
14    A.  Wait, what's --
15    Q.  Let me ask it --    12:00 PM
16    A.  Yeah.
17    Q.  Because I don't want to pry as to
18 your personnel income.  I won't ask you that,
19 but I'm going to ask you a range.
20    A.  Yeah.    12:00 PM
21    Q.  In your job as an assistant
22 professor at the Department of Pathology at
23 Beth Israel Deaconess hospital, is it your
24 testimony that your salary is more
25 than $500,000 a year?    12:00 PM

Page 139

1    A.  No.
2    MR. NIGH:  Form objection.
3    A.  No.
4  BY MR. FOWLER:
5    Q.  Prior to this case, Doctor, would    12:01 PM
6  you agree, and I get this from your prior
7  testimony, that in the Actos litigation you
8  were paid in the range of $200,000 for your
9  work in that case?
10    MR. NIGH:  Form objection.    12:01 PM
11    A.  I'd have to look.  It's been a
12 while ago, yeah, the specific amounts.
13 BY MR. FOWLER:
14    Q.  In the Kahiabani,
15 K-a-h-i-a-b-a-n-i, deposition, that's the    12:01 PM
16 stress case, right?
17    A.  Yes.
18    Q.  And do you recall testifying that
19 in the Allan case you were paid
20 about $100,000 total, and the DeQuo case, you    12:01 PM
21 were also paid around $100,000?
22    Does that sound familiar?
23    A.  That sounds reasonable, yeah.
24    MR. NIGH:  Form objection.
25 /    12:02 PM

Page 140

1  BY MR. FOWLER:
2    Q.  Okay.  And would you say that you
3  put the same amount of time and effort into
4  your research and opinion in the Kahiabani
5  case as you did in the DeQuo and the Allen    12:02 PM
6  case?
7    A.  I think they were pretty similar.
8    Q.  Okay.
9    A.  Yeah.
10    Q.  And how much are you charging per    12:02 PM
11 hour for your work on this case, sir?
12    A.  $500 an hour.
13    Q.  And how do you keep track of your
14 time when you're working?  Let's just keep it
15 about valsartan, please.  How do you keep    12:02 PM
16 track of your time?  Electronically?  Paper
17 ledger?  You tell me.
18    A.  Usually just a Word document where
19 I'll just -- on my computer, just keep track
20 of the hours, you know, the day, hours.    12:02 PM
21    Q.  Do you note what you do when
22 you -- when you write down that time?
23    A.  What was that?
24    Q.  Do you say -- do you say what you
25 do?  You know, reviewing journal articles,    12:03 PM

Page 141

1  5.0 hours, stuff like that.  Do you say what
2  the task is?
3    MR. NIGH:  Form objection.
4    A.  In general.  So, like, if I'm
5  reviewing a certain specific topic --    12:03 PM
6  BY MR. FOWLER:
7    Q.  Yes, sir?
8    A.  -- you know -- but, there's -- in
9  this particular case, there is so many
10 publications, you know, two carcinogens, you    12:03 PM
11 know, 10 tumor types.  We have 9 key
12 characteristics so -- so --
13    Q.  I understand.
14    But right now I'm focused on your
15 timekeeping.    12:03 PM
16    And do you -- is that a living
17 document where you just keep adding to it
18 each time?  You go back to do some more time,
19 you make a note on some Word document?
20    A.  Well, I keep track of the hours.    12:03 PM
21    Q.  That's what I'm talking about,
22 sir.
23    A.  Yeah.
24    MR. NIGH:  Form objection.
25 /    12:03 PM

36 (Pages 138 - 141)

Page 142

1 BY MR. FOWLER:
2    Q.  Is it all on the same document?
3    A.  No, they can be different
4 documents.
5    Q.  And do you refer to those        12:03 PM
6 documents when it comes time to invoice
7 Mr. Nigh?
8    A.  Yes.
9    Q.  And do you still have those
10 documents that you used to create your    12:04 PM
11 invoices for Mr. Nigh or plaintiffs' counsel,
12 whoever you send them to you?
13       MR. NIGH:  Form objection.
14    A.  Well, yeah, I have -- I keep track
15 of the hours.  But then, I have drafts of the    12:04 PM
16 report that -- or -- that I'll work on.
17       Is that what you're asking?
18 BY MR. FOWLER:
19    Q.  I understand.  I'm just focused on
20 your hours.                              12:04 PM
21    A.  Okay.
22    Q.  Because what I'm asking is, I
23 would like a copy of that time sheet, if you
24 will.  I have your invoices.  We're going to
25 look at them in a minute.                12:04 PM

Page 143

1    A.  Right.
2    Q.  But I'm going to add to our list
3 of things --
4    A.  Oh, okay.
5    Q.  -- to collect your time          12:04 PM
6 tabulations --
7    A.  Okay.
8    Q.  -- okay?
9    A.  Yes, yeah.
10       MR. FOWLER:  Let's mark Exhibit 6,    12:04 PM
11 please.
12 (Exhibit 6, Letter to Ned McWilliams from
13 Dipak Panigrahy, M.D., marked for
14 identification.)
15       MR. FOWLER:  Two copies coming     12:04 PM
16 across.
17 BY MR. FOWLER:
18    Q.  Sir, I'm presenting you with
19 Exhibit 6, which I would submit is a
20 collection of all of the invoices that were    12:05 PM
21 provided on September 7th as part of the
22 production from the plaintiffs' steering
23 committee.
24       Feel free, as with anything I put
25 in front of you, to look at it for       12:05 PM

Page 144

1 completeness.  And I'd ask you to do that
2 now, and is this a complete set of your
3 invoices, sir?
4    A.  Yeah, yes.
5    Q.  And for the record, we have an    12:05 PM
6 invoice, and you can follow along.  It's
7 8/6/19.  Is that approximately when you were
8 first contacted?
9    A.  Correct.
10    Q.  Okay.  And then, you have        12:06 PM
11 12/20/19, 1/17/20, 2/17/20, 3/4/20,
12 5/20/20 -- 5/20 on 2020, 7/29/2020, 12/2/20,
13 4/13/21, a little out of order, 2/28/21,
14 5/31/21, and then finally, 7/7/21.
15       Correct, sir?                     12:06 PM
16    A.  Correct.
17    Q.  And we're sitting here.  This is,
18 like, September 9th.  Have you submitted any
19 additional invoices since July 7th?
20    A.  No.                             12:06 PM
21    Q.  Have you done additional work
22 since July 7th?
23    A.  Yeah.
24    Q.  And can you ballpark for me how
25 many hours?                             12:06 PM

Page 145

1    A.  Maybe about 30, 40 hours,
2 something like that.
3    Q.  Okay.  And of that 30 or 40 hours
4 since July, how much of that time has been
5 spent meeting either in-person or remotely    12:07 PM
6 with plaintiffs' counsel?
7    A.  A few hours doing Zoom.  Most of
8 the time, it's just reading and getting the
9 papers together and --
10    Q.  No, I understand.  My question was    12:07 PM
11 super narrow, how much time you've spent with
12 plaintiffs' counsel since July.
13    A.  So I think we had a few Zoom -- a
14 few hours.  Maybe, like, an hour or two every
15 couple weeks, something like that.       12:07 PM
16    Q.  Yes, sir.  And of these invoices,
17 I think I had 12 total, have they all been
18 paid, sir?
19    A.  Yes.
20    Q.  Okay.  And we're going to look    12:07 PM
21 closer at these, and you can check my math,
22 but in total so far, you've billed $710,000,
23 and according to you, you've been paid
24 $710,000?
25    A.  Correct.                         12:08 PM

37 (Pages 142 - 145)

Page 146

1    Q.  And when I asked you earlier what
2 percentage of your income was from legal
3 consulting, you said 50 percent.
4         Isn't the answer something else?
5         MR. NIGH:  Form objection.        12:08 PM
6    A.  My understanding, you were saying
7 in general, like --
8 (Reporter clarification.)
9         THE WITNESS:  My recollection, you
10    were asking in general, like over the     12:08 PM
11    last decade in general, you know, not --
12    not in the last year.
13 BY MR. FOWLER:
14    Q.  We can agree that the 710,00 that
15 you've been paid since August of 2019 is a     12:08 PM
16 magnitude over what your salary is as an
17 assistant professor?
18    A.  Correct.
19    Q.  It could be -- and I'm not going
20 to ask, but it could be at least twice as     12:08 PM
21 much that you --
22        MR. NIGH:  Form objection.  We're
23        getting --
24        MR. FOWLER:  Yes, sir.
25        MR. NIGH:  -- into salary.  Don't     12:08 PM

Page 147

1    answer that question.
2 BY MR. FOWLER:
3    Q.  And looking -- let me start that
4 again.
5         When you were first contacted     12:09 PM
6 with -- by plaintiffs' counsel in 2019, did
7 you have any sort of an agreement with them
8 with regard to your fees, other than your
9 hourly rate?  Was there any kind of fee cap?
10 Fee structure?  Incentive fees?  Anything?     12:09 PM
11    A.  No.  We were saying we could bill
12 every couple months.  That was about the
13 only --
14    Q.  Okay.  You didn't agree to cap
15 your fees at any amount, apparently, right?     12:09 PM
16    A.  No.
17    Q.  And looking at page 1 of this
18 exhibit, the August 6th, 2019, invoice, the
19 end of the first paragraph you say, "I spent
20 a total of 74 hours at the agreed-upon rate     12:09 PM
21 of 500 an hour, which would equal 37,000.  I
22 only intend to bill for 30 hours at 500 an
23 hour for 15,000."
24        Did I read that correctly.
25    A.  Correct.          12:10 PM

Page 148

1    Q.  And would I also be correct that
2 you don't give a haircut -- let me strike --
3        You don't give a reduction on any
4 of the other subsequent bills, do you?
5    A.  Correct.          12:10 PM
6    Q.  What was behind your -- what was
7 behind that -- those two sentences where you
8 agreed to give up -- my math is slow; bear
9 with me -- $22,000 off of this bill?
10    A.  Well, I think the first invoice     12:10 PM
11 was very early, just starting to study the
12 case, and it wasn't until later where -- you
13 know, when I started to spend more time, you
14 know, that's when --
15    Q.  Well, Doctor, you spent time.     12:10 PM
16 According to you, you spent 74 hours here
17 early in the case for a total of $37,000, but
18 you were only asking for 15.
19        And my question is, why?
20    A.  At the -- in the initial part of     12:11 PM
21 the case, like this very first invoice, I was
22 more also reading on my own.  So I didn't
23 want to bill for some extra hours as I
24 started to learn the case.
25    Q.  Okay.          12:11 PM

Page 149

1    A.  So early on, I didn't know where
2 it was going, how it -- you know, how
3 extensive it was going to be, so.
4    Q.  So, then, why do you make a point
5 of noting that you spent 74, not 75 or 70 --     12:11 PM
6 it was a very specific number -- 74 hours,
7 but you only want to bill for 30?
8    A.  That's probably -- 74 is probably
9 the actual time -- that's the time I spent.
10    Q.  Well, that's what you said.     12:11 PM
11    A.  Yeah.  But what it's saying is
12 that some of that 74 hours, and for the first
13 invoice, is looking, in general, at the case.
14    Q.  Is this like your promotional
15 offer or something, where it's a one-time     12:11 PM
16 deal?  You know, I don't understand.  I
17 mean --
18        MR. NIGH:  Form objection.
19        Mischaracterizes testimony.
20 BY MR. FOWLER:          12:12 PM
21    Q.  You could have had plaintiffs' pay
22 for that time and given the money to charity
23 or something, right?
24        MR. NIGH:  Form objection.
25    A.  At the time, I just thought I     12:12 PM

38 (Pages 146 - 149)

Page 150

1 would only bill for the 30 hours. Because if
2 it's the first invoice, I thought --
3 initially, I wasn't sure how much time I was
4 going to spend, and for the first invoice, it
5 just seemed that was like a reasonable thing    12:12 PM
6 to do.
7 BY MR. FOWLER:
8     Q.  Were you maybe concerned that you
9 might price yourself out of this litigation
10 if you billed the whole amount?    12:12 PM
11         MR. NIGH:  Form objection.
12     A.  No, I just wasn't sure how much of
13 a time commitment, how extensive it was going
14 to be.
15     Q.  I don't understand that statement,    12:12 PM
16 sir.  When, in this first month, you've
17 spent 74 hours, and you're telling me that
18 you didn't know how much time it was going to
19 take?  Is that what I understand?
20     A.  Yeah, I think initially, when you    12:12 PM
21 first study, you know, does a chemical cause
22 cancer, you do very overall concepts.
23         So in the initial stage for the
24 first, when I wasn't spending lots of hours,
25 you know, it was an initial survey of the    12:13 PM

Page 151

1 literature and just very initial downloading
2 of papers and, you know, starting to read.
3         So for a first invoice, it was --
4 I just thought it was reasonable not to
5 charge the whole amount.    12:13 PM
6     Q.  And for the next thousand hours
7 that you've spent on this case, you know, if
8 it wasn't reading about these things -- well,
9 let me strike that.  I'll get back to that
10 thousand hours.    12:13 PM
11         Doctor, moving -- trying to move
12 this along, in December 2019, you billed
13 for 21 hours, correct, and in January 2020,
14 it was 58 hours?  Is that what's reflected in
15 your invoice?    12:14 PM
16     A.  Yes.
17     Q.  And then the very next month, 52
18 hours.  Do you see that?
19     A.  Yes.
20     Q.  And for each of these, and for    12:14 PM
21 each invoice in May, 2020, July, 2020, you
22 know, for 130 hours in May, 111 in July, you
23 say, "Preparing report."
24         Do you see that?
25     A.  Which one are you on?    12:14 PM

Page 152

1     Q.  Well, I'm up to July 2020.
2     A.  Okay.
3     Q.  You're -- what you're saying is
4 that you were preparing your report then?
5     A.  Correct.    12:14 PM
6     Q.  And as of July 2020, a year before
7 your report was due, you had thus far
8 spent -- well, you'd received a total
9 of $226,000 from plaintiffs as of July 2020.
10         Would you accept my math on that?    12:15 PM
11     A.  Correct, yeah.
12     Q.  And by the end of 2020, you had
13 worked a total of 519 hours on this case.
14 Does that sound correct?
15     A.  Yes.    12:15 PM
16     Q.  What I'm really -- well, strike
17 really.
18         Let me direct your attention to
19 May 31, 2021, bill.  Are you with me?
20     A.  Yes.    12:15 PM
21     Q.  On that -- at the end of May 2021,
22 you had already received $517,500 and your
23 bill for that month was 190 hours, correct?
24     A.  Correct.
25     Q.  And if you turn to July 7th, 2021,    12:16 PM

Page 153

1 your bill was for 386 hours preparing the
2 report, correct?
3     A.  Correct.
4     Q.  And so in six weeks -- forget my
5 math.  Between the June 1 and July 7, you    12:16 PM
6 billed on average 77 hours a week on this
7 case.
8         Does my math sound right on that?
9         MR. NIGH:  Form objection.
10     A.  Correct.    12:16 PM
11 BY MR. FOWLER:
12     Q.  And that was in writing your
13 report?
14     A.  Correct.
15     Q.  Did you take a sabbatical?  Did    12:16 PM
16 you leave your day job?  How were you
17 doing 77 hours a week on this report while
18 still being employed?
19     A.  So my personal hours, I'm used to
20 working, starting as a surgery resident, 130    12:17 PM
21 hours a week.  So what I do day-to-day is --
22 when -- I'm used to working around the clock
23 and also with -- I was working a lot from
24 home, so I was working remotely, and we
25 just -- I'm used to doing multiple projects    12:17 PM

39 (Pages 150 - 153)

Veritext Legal Solutions
800-227-8440                                973-410-4040

Page 154

1 at the same time.
2        But toward the end, when the
3 report was due, last couple of months, that's
4 when -- the last two months where it was --
5 the hours definitely increased, because, as I        12:17 PM
6 said before, this was two carcinogens with,
7 you know, 60 years of literature to go
8 through, with 10 tumor types, with, you
9 know, 9 key characteristics, and so I just
10 planned my schedule accordingly.        12:17 PM
11        Q.    Okay.    So by May 31st, you had
12 already spent over a thousand hours on this
13 case and then we added another 386 hours by
14 the time we got to July 7th, after your
15 report was submitted?        12:18 PM
16        MR. NIGH:    Form objection.
17        A.    Correct.
18 BY MR. FOWLER:
19        Q.    Okay.
20        MR. NIGH:    Mr. Fowler, how much        12:18 PM
21    longer do you want to go before lunch
22    break?
23        MR. FOWLER:    15 minutes, maybe.
24    We'll just do one more line of
25    questioning and then take a break.  Good        12:18 PM

Page 155

1    point, sir.
2        MR. NIGH:    Okay.
3        MR. FOWLER:    I am marking
4    Exhibit 8, I hope.
5        THE REPORTER:    7.        12:19 PM
6 (Exhibit 7, Elsevier, attached
7 Carcinogenesis: Failure of resolution of
8 inflammation?, marked for identification.)
9        MR. FOWLER:    I've got two copies
10    coming over.        12:19 PM
11        THE REPORTER:    Just for counsel, I
12    have this as Exhibit 7.
13        MR. FOWLER:    Thank you.
14        THE REPORTER:    Hold on.
15        MR. FOWLER:    I'm just giving these        12:19 PM
16 to counsel.
17 BY MR. FOWLER:
18        Q.    Dr. Panigrahy, before you is
19 what's been marked Exhibit 7.  Do you
20 recognize this -- this article?        12:19 PM
21        A.    Yes.
22        Q.    And for the record, this is a
23 publication in Pharmacology & Therapeutics in
24 2021 called, "Carcinogenesis:  Failure of
25 resolution of inflammation?"  There's a        12:19 PM

Page 156

1 question mark there.  By Dr. Fishbein,
2 Dr. Hammock, Dr. Serhan and Dr. Panigrahy.
3        You were the fourth author on
4 this?
5        A.    Yes.        12:19 PM
6        Q.    And would this be one of those
7 other multitasking projects that you were
8 working on at the same time as the report?
9        A.    Correct.
10        Q.    And would I be correct, Doctor,        12:20 PM
11 that a lot of statements that are contained
12 in your publication are likewise appearing in
13 your report in this case?
14        MR. NIGH:    Form objection.
15 BY MR. FOWLER:        12:20 PM
16        Q.    Correct, Doctor?
17        MR. NIGH:    Form objection.
18        A.    No, this paper -- the report was
19 focused on valsartan and contaminated NDMA.
20 This was more a review of carcinogenesis in        12:20 PM
21 general.  There may be some overlapping
22 concepts, but this review focused more on
23 inflammation in cancer and carcinogenesis --
24 BY MR. FOWLER:
25        Q.    And that is one of your opinions        12:20 PM

Page 157

1 in this case, is inflammation in cancer, sir,
2 isn't it?
3        MR. NIGH:    Form objection.
4        A.    So this -- that is one topic
5 that's common.        12:21 PM
6 BY MR. FOWLER:
7        Q.    That's right.  This article about
8 inflammation and cancer, you also have --
9 that's a bad start to a question.
10        Your report has an entire section        12:21 PM
11 expressing opinions about inflammation and
12 tumor initiation, promotion, and progression,
13 in your report, correct, sir?
14        MR. NIGH:    Form objection.
15        A.    Right, the concept.        12:21 PM
16 BY MR. FOWLER:
17        Q.    And those same concepts are in
18 this article, correct?
19        A.    So this -- yes, there's some
20 overlap.        12:21 PM
21        Q.    Correct.  And what my question
22 was -- there are literally statements taken
23 directly out of this article.  Let me, for
24 example, direct your attention to page 4,
25 second column, last paragraph, halfway down        12:21 PM

40 (Pages 154 - 157)

Page 158

1 the last paragraph, sir, you see a sentence
2 that begins "Thus chemicals"? It's about ten
3 lines up from the bottom.
4        "Thus, chemicals that are
5 carcinogenic via genotoxicity to rodents, are    12:22 PM
6 presumed to be carcinogenic to humans unless
7 proven otherwise."
8        That statement, do you recognize
9 as also appearing in your report, sir?
10   A.  Yes.                          12:22 PM
11   Q.  Okay.  Thank you.
12        And there are other statements or
13 conclusions in this study that you also make
14 in your report with regard to the mechanism
15 of inflammation, tumor initiation, promotion,    12:22 PM
16 or progression, correct?
17        MR. NIGH:  Form objection.
18   A.  Well, yes, there's some --
19 BY MR. FOWLER:
20   Q.  Okay.                         12:22 PM
21   A.  -- like inflammation can promote
22 cancer, so that, we talked about in the
23 review and I talk about in here.
24   Q.  That's right.
25        And, Doctor, let me direct your    12:22 PM

Page 159

1 attention to the last page of the article.
2 It's page 23.  It's before the references.
3        Are you with me, sir?
4   A.  Yes.
5   Q.  You see the section, declaration    12:23 PM
6 of competing interest?
7   A.  Correct.
8   Q.  And what does it say under there?
9   A.  Yeah, authors declare no conflict
10 of interest.                         12:23 PM
11   Q.  At the time this was published,
12 Doctor, you had been paid over $500,000 from
13 the plaintiffs in this case where you were
14 offering the exact same opinion as reflected
15 in this article that was published a year and    12:23 PM
16 a half after you were retained; isn't that
17 correct?
18   A.  No.
19        MR. NIGH:  Form objection.
20   A.  No.  So a competing interest is    12:23 PM
21 anything that influences the objectivity or
22 the interpretation of a review.  This report
23 was -- asked a question, does contaminated
24 NDMA and NDMA [sic] in valsartan cause human
25 cancer?  There's no mention of --    12:24 PM

Page 160

1 (Reporter clarification.)
2        THE WITNESS:  Induce -- or cause
3   human cancer.  Does contaminated NDMA
4   and NDEA in valsartan cause human
5   cancer.                          12:24 PM
6        This review doesn't talk about
7   valsartan.  It doesn't -- this is not
8   about -- focus on NDMA and NDEA.
9        This review is about inflammation
10 and cancer, and it's a review on other    12:24 PM
11 people's work.  There's no original data
12 in here.  And it's not a competing
13 interest because this -- it did not --
14 this report did not affect the
15 objectivity or interpretation of this    12:24 PM
16 review.
17 BY MR. FOWLER:
18   Q.  You don't see a conflict of
19 interest having been paid a half million
20 dollars for an opinion that inflammation    12:24 PM
21 causes cancer and then you turn around and
22 publish in a peer-reviewed article
23 inflammation causes cancer, and you don't
24 tell anybody you've been paid a half a
25 million dollars for that same opinion?    12:25 PM

Page 161

1   A.  No, this report does --
2        MR. NIGH:  Hold on.  Hold on.
3   Hold on.  Let me -- let me respond with
4   my form objection.  You've got to slow
5   down a little.                    12:25 PM
6        Form objection.
7        You can answer.
8   A.  Oh.  This report, I don't rely on
9 inflammation in cancer.  The 9 key
10 characteristics -- it's not just inflammation    12:25 PM
11 in cancer.  I rely on oxidative stress.  I
12 rely on genotoxicity, on NDMA-inducing
13 mutagenic activity.  So this report doesn't
14 compete with this review.
15 BY MR. FOWLER:                       12:25 PM
16   Q.  Doctor, you have an entire section
17 in the report that you were paid for that
18 offers an opinion that inflammation, as a
19 result of -- as a result of NDMA, that
20 inflammation causes -- initiates or promotes    12:25 PM
21 or causes cancer to progress.  You have an
22 entire section labeled inflammation in your
23 report, don't you?
24   A.  And I've cited --
25        MR. NIGH:  Hold on.  Hold on.    12:26 PM

41 (Pages 158 - 161)

Page 162

1    Form objection.
2        You can answer.
3    A.   In science, I've cited -- that
4 inflammation promotes cancer is a well-known
5 study concept known in the 1970s, '80s. It's      12:26 PM
6 been cited for 50 years. I cite that in here
7 and in the review. That's not -- that's not
8 relevant to the opinions here that -- does
9 contaminated valsartan cause human cancer
10 through NDMA and NDEA.      12:26 PM
11    The review of a field is just
12 taking other people's papers and saying
13 here's what's known about cancer and
14 inflammation, and I cite in all the -- this
15 review has over 600 references. I've cited      12:26 PM
16 the people's work. There's no opinions here.
17 This is -- this is just citing a review of
18 the cancer field.
19 BY MR. FOWLER:
20    Q.   Which is exactly what you do in      12:26 PM
21 your report, isn't it?
22    A.   No, the report is offering an
23 opinion, my opinion, on does NDMA and NDEA
24 cause cancer.
25    Q.   Yes, but based upon your review of      12:27 PM

Page 163

1 all of the things that you've said you were
2 reviewing, right?
3        MR. NIGH: Form objection.
4    A.   But I'm reviewing the concept
5 relevant to this question.      12:27 PM
6 BY MR. FOWLER:
7    Q.   Yes, sir, and in that review --
8 you didn't do any original laboratory
9 testing, any original calculations, any
10 original lab research yourself to arrive at      12:27 PM
11 your opinions. You reviewed the literature
12 and studies that were available, correct,
13 sir?
14    A.   Right.
15        MR. NIGH: Hold on. Hold on.      12:27 PM
16    Form objection.
17    A.   This report did not influence the
18 objectivity or interpretation of any of the
19 material in this review.
20 BY MR. FOWLER:      12:27 PM
21    Q.   If this review had concluded
22 that -- well, first of all, this review
23 doesn't conclude definitively that
24 inflammation initiates, promotes, or
25 progresses. It simply may. That's the      12:28 PM

Page 164

1 conclusion, isn't it, sir?
2        MR. NIGH: Form objection.
3    A.   This is just a review on the
4 field. This is not any original paper. This
5 is -- this is citing a field and just saying,      12:28 PM
6 here is what people have shown --
7 BY MR. FOWLER:
8    Q.   Yes, sir.
9    A.   -- and documenting it.
10    Q.   Yes, sir. On page 6 of this      12:28 PM
11 article, in the bottom of the second column,
12 all the way at the bottom, last paragraph,
13 the paragraph is, nitrosamines, including
14 NDMA and NDEA, play a critical role in the
15 initiation stage of carcinogenesis.      12:28 PM
16        Do you see that, sir?
17    A.   Yes.
18    Q.   That is exactly what you have
19 written in your report, isn't it?
20        MR. NIGH: Form objection.      12:28 PM
21    A.   So, like I said, the concept of --
22 this is answered in the question of
23 contaminated NDMA/NDEA in valsartan.
24        THE REPORTER: The concept and
25     then what?      12:29 PM

Page 165

1        THE WITNESS: Yeah, this question
2 of whether NDMA or NDEA in valsartan
3 causes human cancer is different from a
4 review where we're just objectively
5 citing the literature, and there's no      12:29 PM
6 opinions here.
7 BY MR. FOWLER:
8    Q.   Doctor, in that paragraph -- and
9 if you'd like, I will isolate these on the
10 break -- every sentence that appears in that      12:29 PM
11 bottom paragraph is in your report.
12        IARC, I-A-R-C, has classified NDMA
13 and NDEA as probable carcinogens, Group 2A.
14        That statement's in your report,
15 yes?      12:29 PM
16        MR. NIGH: Form objection.
17 BY MR. FOWLER:
18    Q.   Yes?
19    A.   Correct.
20    Q.   The next one, NDMA induces cancer      12:29 PM
21 vis-a-vis a dose response, Peto, Gray,
22 Brantom, Grasso. That statement and those
23 references, also in your report, correct,
24 sir?
25        MR. NIGH: Form objection.      12:29 PM

42 (Pages 162 - 165)

Page 166

1    A.  Correct.
2  BY MR. FOWLER:
3    Q.  The sentence, the very sentence,
4  NDMA has demonstrated highly carcinogenic,
5  mutagenic, and teratogenic activity.    12:30 PM
6        That is in your report exactly as
7  stated there, isn't it, sir?
8    A.  Correct.
9    Q.  And you were working on this
10  article before, during, and after your    12:30 PM
11  report?
12    A.  This is in the context of --
13    Q.  Strike that.
14    A.  -- a review.  Correct.  This is in
15  a context of a review of the literature, and    12:30 PM
16  this -- citing it in this report is answering
17  a question, like I said before, does NDMA or
18  NDEA in valsartan cause human cancer.  This
19  review doesn't talk about valsartan, doesn't
20  offer an opinion.    12:30 PM
21        This report offers an opinion
22  related to valsartan.  So there's no
23  competing interest between this and an
24  objective review here where I don't offer an
25  opinion on valsartan.    12:30 PM

Page 167

1    Q.  Doctor, you don't offer an opinion
2  on valsartan in your report.  You offered an
3  opinion on NDMA.  I thought we covered that
4  question.
5        MR. NIGH:  Form objection.    12:30 PM
6    A.  Correct.
7  BY MR. FOWLER:
8    Q.  Withdrawn.
9        Doctor, did you tell Dr. Fishbein
10  that you've been hired by plaintiffs in the    12:31 PM
11  valsartan litigation and have been paid a
12  half a million dollars to talk about
13  inflammation and cancer in your report?
14        Did you tell Fishbein that?
15    A.  It's --    12:31 PM
16        MR. NIGH:  Form objection.
17    A.  Because it's not a competing
18  interest, I didn't have to tell --
19  BY MR. FOWLER:
20    Q.  So you didn't tell Dr. Fishbein.    12:31 PM
21        Did you tell any of the other
22  authors that at the same time you were
23  getting paid a half a million dollars to talk
24  about the subject, like we looked on page 6,
25  nitrosamines and cancer -- did you tell    12:31 PM

Page 168

1  anybody that?
2    A.  Like I said --
3        MR. NIGH:  Hold on.  Hold on.
4        Form objection.
5    A.  Okay.  Because this is not a    12:31 PM
6  competing interest, didn't affect the
7  objectivity and interpretation of this
8  review.  We state scientific facts and then
9  cite them.  There's no opinions in this
10  review that's related to the report, so.    12:31 PM
11  BY MR. FOWLER:
12    Q.  So from your objectivity, you
13  weren't trying to make sure -- well, strike
14  that.
15        And needless to say, you didn't    12:31 PM
16  inform the editors of your engagement with
17  plaintiffs on NDMA, correct?
18    A.  Correct, because there wasn't a
19  competing interest.
20    Q.  And is it your testimony that    12:32 PM
21  you've never seen a journal article where, in
22  the conflicts of interest, the authors say
23  they're working with a pharmaceutical company
24  or they're working in this litigation; have
25  you ever seen that before?    12:32 PM

Page 169

1    A.  Yes.
2        MR. NIGH:  Form objection.
3  BY MR. FOWLER:
4    Q.  Why do you think they did that?
5    A.  So if there was a competing    12:32 PM
6  interest, then you do it.  If this review was
7  on contaminated NDMA and valsartan and I was
8  giving an opinion, then yes.
9    Q.  And you didn't -- if you think
10  it's not a competing interest and no conflict    12:32 PM
11  of interest, why not tell the lead author of
12  what you're doing to make sure, before they
13  put their name on this paper and sign off on
14  conflict of interest, that they agree with
15  you?    12:33 PM
16        MR. NIGH:  Form objection.
17    A.  Because it wasn't relevant to,
18  like I said, having a competing interest.
19  BY MR. FOWLER:
20    Q.  And so do you think that this    12:33 PM
21  journal is going to agree with you, that
22  there's not a conflict of interest?
23        MR. NIGH:  Form objection.
24    A.  Yeah.
25  /    12:33 PM

43 (Pages 166 - 169)

Page 170

1  BY MR. FOWLER:
2    Q.  If -- let me rephrase.
3        If the journal were to learn that
4  you are in this litigation, do you think they
5  would agree?                    12:33 PM
6    A.  Yes --
7        MR. NIGH:  Form objection.
8    A.  -- because, like I said, I'm
9  not -- this doesn't affect the interpretation
10 or objectivity of this review.      12:33 PM
11 BY MR. FOWLER:
12   Q.  Would you agree, Doctor, that
13 what's stated in this review is completely
14 consistent with what's stated in your report?
15       MR. NIGH:  Form objection.     12:33 PM
16   A.  There's some concepts that are --
17 there are overlapping.  That's because, in
18 science, you talk about, like, in the key
19 characteristics -- of the 10 key
20 characteristics, inflammation is one of the  12:34 PM
21 10 key characteristics.
22       But this report, I go much more
23 into characteristic 1, electrophilic, you
24 know, metabolic activation, genotoxicity, you
25 know; key characteristic 3, DNA repair,     12:34 PM

Page 171

1  genomic instability, you know; key
2  characteristic 4 --
3    Q.  Sure.
4    A.  -- you know, and on and on.
5    Q.  Sure.  Let me rephrase --     12:34 PM
6        MR. NIGH:  We've been going --
7  we've been going more than 15 minutes --
8        MR. FOWLER:  I know.  One more
9  question we'll take the break -- well,
10 it's been 17, Counsel.            12:34 PM
11       One more question on this.
12       MR. NIGH:  What I said was right.
13 We have been going for more than 15
14 minutes.  I didn't get to finish my
15 statement.  You interrupted me.  I said  12:34 PM
16 how much longer do you have?  That's
17 what I was going to ask.
18       MR. FOWLER:  I'm just going to
19 finish this document.
20       MR. NIGH:  Okay.              12:34 PM
21       MR. FOWLER:  With my last
22 question, if I now keep it -- get it
23 back in my head.
24 BY MR. FOWLER:
25   Q.  Focusing on the section of your   12:34 PM

Page 172

1  report labeled "Inflammation," and only that
2  section, do you agree that this article is
3  entirely consistent with what you've stated
4  in your report, or do you contend that this
5  is entirely consistent, is a better question?  12:35 PM
6        MR. NIGH:  Form objection.
7    A.  I agree there's consistency
8  because in science there's certain concepts
9  that I've cited in the review, and I cited in
10 the report that are known, like inflammation  12:35 PM
11 can promote cancer; so those are cited.
12       But as I said before, in the
13 report I was asked a question related to
14 contaminated valsartan with NDMA and NDEA.
15 And this review is a review on the field of  12:35 PM
16 carcinogenesis and cancer.  So there was no
17 competing interest between this report and
18 this review.
19 BY MR. FOWLER:
20   Q.  Thank you, Doctor.            12:35 PM
21       MR. FOWLER:  Let's take lunch.
22 Time, Mr. Nigh?
23       MR. NIGH:  Okay.
24       THE VIDEOGRAPHER:  The time is
25 12:35.  We're off the record.       03:48 PM

Page 173

1  (Recess taken at 12:35 p.m. to 1:45 p.m.)
2        THE VIDEOGRAPHER:  The time is
3  1:45.  We're back on the record.
4  BY MR. FOWLER:
5    Q.  Welcome back.  I hope everyone had  01:46 PM
6  a nice lunch.
7        Couple wrap-up questions, Doctor,
8  on the Fishbein article we were talking
9  about.
10       Am I correct, Doctor, that you      01:46 PM
11 cite to this article in your report several
12 times?
13   A.  Correct.
14   Q.  Okay.  And within this article,
15 sir, if I could direct your attention to   01:46 PM
16 page 7.  It's the top of the first column at
17 the bottom of that first paragraph, you have
18 a sentence there that says "NDMA causes
19 cancer both as a single dose and with
20 long-term exposure to lower quantities."    01:47 PM
21       And you cite to the Pottegard,
22 2018 study as your reference there.
23       Do you see that, sir?
24   A.  Correct.
25   Q.  Do you recall what the Pottegard  01:47 PM

44 (Pages 170 - 173)

Page 174

1 study actually found with regard to the
2 incidence of cancer?
3        MR. NIGH:  Form objection.
4    A.  Yeah.  Yes.
5 BY MR. FOWLER:                          01:47 PM
6    Q.  Is this a mistake?
7    A.  So part of referencing in science,
8 when we have 600 references, yeah, that
9 reference should be with a couple other
10 references.  And so of the 600 or whatever   01:47 PM
11 references we had in this -- that could have
12 been -- yeah, there should be a different
13 reference in addition -- you know, sometimes
14 we reference a paper that will say, you know,
15 will -- may say that, but I should have put   01:48 PM
16 another reference in.
17    Q.  Because it sounds like you would
18 agree that the Pottegard study actually did
19 not find a statistically significant increase
20 in any of the cancers as a result of NDMA,   01:48 PM
21 correct?
22        MR. NIGH:  Form objection.
23    A.  Correct.  Like I said, like, when
24 we do our paper with 600 references, which is
25 a little unusual, this is a review; so in   01:48 PM

Page 175

1 there, in that same paragraph there will be
2 multiple references before and after that
3 apply to this sentence, so the references
4 before the ones that -- it refers to that
5 statement.                              01:49 PM
6 BY MR. FOWLER:
7    Q.  And when did you realize this
8 mistake in the paper?  Was it in preparation
9 for this deposition?
10        MR. NIGH:  Form objection.        01:49 PM
11 BY MR. FOWLER:
12    Q.  Yeah, let me break that down.
13 When did you realize the mistake in this
14 paper?
15    A.  Well, there's other references     01:49 PM
16 where it cites to so -- what was the
17 question?
18    Q.  Just when did you realize that
19 that statement about -- that you attribute to
20 the Pottegard paper from 2018 is patently    01:49 PM
21 inaccurate?
22        MR. NIGH:  Form objection.
23 BY MR. FOWLER:
24    Q.  That was gratuitous.
25        When did you realize that the      01:49 PM

Page 176

1 statement that you attributed to
2 Dr. Pottegard was inaccurate?
3    A.  Just now, when I looked at it.
4 But, like I said, before, when we write these
5 references, taken in the context of 600      01:49 PM
6 references.  So there are other references
7 that refer to this statement --
8    Q.  Okay.
9    A.  -- that are right in that
10 paragraph.                              01:50 PM
11    Q.  Okay.  Thank you, and you can set
12 that aside.  I appreciate that.
13        Switching gears, now let's talk
14 about your report, sir.
15        When you prepared that report for   01:50 PM
16 this litigation, you attempted to provide the
17 basis for each of the opinions contained in
18 that report, correct?
19    A.  Correct.
20    Q.  And can we -- do you agree that    01:50 PM
21 your report contains all of the opinions you
22 intend to offer in this case?
23        MR. NIGH:  Form objection.
24    A.  Yes, the opinions that I have are
25 in this report.                         01:50 PM

Page 177

1 BY MR. FOWLER:
2    Q.  And in follow up to that, you
3 don't have any additional opinions with
4 regard to the issues in this case that are
5 not contained in your report?              01:51 PM
6        MR. NIGH:  Form objection.
7    A.  Correct.
8 BY MR. FOWLER:
9    Q.  Okay.
10    A.  I mean, if somebody asks me a      01:51 PM
11 question about -- you know, I think in
12 context, if there was a question related to,
13 you know, a topic in here, I could have an
14 opinion on it.
15    Q.  But you believe when you wrote     01:51 PM
16 this report, you were setting forth your
17 complete opinions and all the bases for those
18 opinions with regard to the questions you
19 were attempting to answer in this case?
20        MR. NIGH:  Form objection.        01:51 PM
21    A.  Yes.
22 BY MR. FOWLER:
23    Q.  Is there any literature, any
24 articles or studies that you are aware of,
25 that is potentially impactful on your        01:51 PM

45 (Pages 174 - 177)

Page 178

1 opinions in this case that you did not
2 consider or include in your report?
3    A.  So besides the 583 references I
4 have, there are other papers which I may have
5 read that are involved in the thought        01:52 PM
6 process, but I didn't include in the 580
7 references.
8    Q.  Fair enough.
9        And did you proofread your report
10 carefully before you signed it?        01:52 PM
11    A.  So it was extensive report and I
12 proofread as much as I could.  When you have,
13 you know, almost 600 references, when I was
14 rereading it now, I noticed there are a
15 couple references that were mistakes.        01:52 PM
16    Q.  Oh, okay.  Lawyers can't help
17 themselves.  I'd like to follow up on that.
18 Could you please tell me where -- which
19 references you're referring to in that
20 statement?        01:53 PM
21    A.  Sure.  That's where I have a
22 list -- other.
23    Q.  My bad.  I didn't ask you about
24 that.  Can I see that and we're going to mark
25 it number 9?        01:53 PM

Page 179

1        THE REPORTER:  8.
2        MR. FOWLER:  8.
3  (Exhibit 8, Virtual exhibit, marked for
4  identification.)
5        MR. NIGH:  For the record, my        01:53 PM
6    understanding is this was emailed,
7    provided via email to defense counsel.
8        MR. FOWLER:  And when do you think
9    that happened, because I certainly
10    haven't seen it?        01:53 PM
11        MS. BOGDAN:  It was put in the
12    Dropbox and it was referenced that it
13    was in the Dropbox.
14        MR. FOWLER:  Right.  My question
15    was when.        01:53 PM
16        MS. BOGDAN:  Two days ago.
17        MR. HARKINS:  With everything
18    else.
19        MR. FOWLER:  With everything else?
20        MS. BOGDAN:  Yeah, with -- with --        01:53 PM
21        MR. FOWLER:  The other 400
22    articles and invoices and everything?
23        MS. BOGDAN:  No, no, no, no.  When
24    we had gotten a couple emails asking for
25    a specific articles yesterday, and when        01:53 PM

Page 180

1    we responded back.
2        MR. FOWLER:  And did -- did you
3    include all defendants?  I mean, I --
4        MS. BOGDAN:  Yes, it was served to
5    everyone that was on the initial Dropbox        01:54 PM
6    list.
7        MR. FOWLER:  Okay.  I totally
8    accept that.  I just represent I haven't
9    seen this before, that's all.
10 BY MR. FOWLER:        01:54 PM
11    Q.  When did you realize you had these
12 corrections that needed to be made to your
13 report?
14    A.  Just very recently, when I was
15 checking my N note for a couple of paragraphs        01:54 PM
16 just got screwed up, and so there were just a
17 couple of papers that it put the wrong number
18 on, in the last couple days.
19    Q.  Okay.
20        MR. FOWLER:  Yeah, we'll just put        01:55 PM
21    it with the stack of exhibits.  I'm not
22    going to take time to go into it.
23 BY MR. FOWLER:
24    Q.  Doctor, in the course of forming
25 your opinions in this case, did there come a        01:55 PM

Page 181

1 time at all when you needed -- let me start
2 that question again.
3        In the course of preparing your
4 report in this case, did you have occasion to
5 request any documents from the plaintiffs,        01:55 PM
6 that you didn't have?
7    A.  I relied -- no, I relied on my own
8 peer-reviewed literature for the research.
9    Q.  Yes, sir, but I think we
10 established that you were provided some        01:56 PM
11 company documents with regard to the testing?
12    A.  Right, the levels of NDMA.
13    Q.  Yeah.  And am I also correct that
14 those documents that you were provided are
15 not included in what was marked footnote 3,        01:56 PM
16 the document production we got from
17 plaintiffs on September 7th?
18    A.  I thought they were provided --
19    Q.  Do you still have the company --
20 various company documents that you reviewed        01:56 PM
21 and relied upon?  Do you still have those in
22 your possession at your office?
23    A.  Yeah, I should have them.
24    Q.  Right.  I will double-check.  I
25 represent I didn't see them on the thumb        01:57 PM

46 (Pages 178 - 181)

Page 182

1 drive, and I would just request a copy of
2 everything that you've received and reviewed
3 in connection with your opinions.
4       Now, Doctor, you mentioned a few
5 times the number of references in your        01:57 PM
6 report. And in going through them, I would
7 represent that there were 118 of those
8 articles predated 1975.
9       Do you have any reason to dispute
10 that?                                        01:57 PM
11       A. That -- much of the NDMA and NDEA
12 literature was in the early '60s, '70s. The
13 first paper was 1956.
14       Q. Right. And even before 1980, the
15 175 articles that you cited, and about 230    01:58 PM
16 before the Peto study. Do you except that
17 representation approximately?
18       A. Yes.
19       MR. NIGH: Form objection.
20 BY MR. FOWLER:                               01:58 PM
21       Q. Fair enough.
22       Doctor, the reason for that
23 question is this. Do you agree that the
24 studies predating Peto in 1991 that you
25 reviewed and relied upon in this case, only   01:58 PM

Page 183

1 address various mechanisms of the
2 carcinogenicity of NDMA or NDEA in the animal
3 studies that you looked at?
4       MR. NIGH: Form objection.
5 BY MR. FOWLER:                               01:58 PM
6       Q. Do you follow my question, sir?
7       A. I'm not sure I understand the
8 question.
9       Q. Do all of the animal studies that
10 predate Peto, 1991, are all of those only    01:59 PM
11 about the mechanism of the NDMA
12 carcinogenicity and NDEA carcinogenicity in
13 animals?
14       MR. NIGH: Form objection.
15       A. No, there are some papers that are  01:59 PM
16 about -- they give the carcinogen NDMA and
17 they look at the readout which is cancer.
18 BY MR. FOWLER:
19       Q. Yes, sir.
20       A. So some of the papers are -- some  01:59 PM
21 papers look into mechanisms, but others
22 don't.
23       Q. Can we agree that none of the
24 animal studies that you look at are -- let me
25 start that again.                            01:59 PM

Page 184

1       None of the animal studies that
2 you relied upon in your report reflect any
3 conclusion about the risk of carcinogenicity
4 in humans?
5       MR. NIGH: Form objection.             01:59 PM
6       A. No. The early papers in the
7 1970s, even -- there are some nature
8 publications, Montesano, Terracini 1967,
9 Terracini 1964. They'll comment on
10 implications that this could have in humans.  02:00 PM
11       So in their discussion, they may
12 talk about it or add, you know, some
13 sentences.
14 BY MR. FOWLER:
15       Q. Do you agree that all of the       02:00 PM
16 animal studies cited in your report studied
17 doses of or exposure to NDMA or NDEA higher
18 than the levels of NDMA or NDEA in the
19 valsartan tablets?
20       MR. NIGH: Form objection.             02:00 PM
21       A. No. The -- first of all, this is
22 a genotoxic carcinogen, and I agree with the
23 WHO 2002 and other agencies that it's
24 inappropriate to convert the surface area to
25 body weight from an animal to a human when    02:01 PM

Page 185

1 you're talking about a genotoxic mutagenic
2 carcinogen such as NDMA and NDEA, where the
3 mechanism of action of the metabolism is
4 virtually identical in animals and humans.
5       So a genotoxic carcinogen, there's    02:01 PM
6 no safe dose. So even a molecule could cause
7 cancer. So most of the advice has been to
8 minimize exposure.
9 BY MR. FOWLER:
10       Q. Yes, sir. My question was a        02:01 PM
11 little different. Let me try it again.
12       All of the animal studies that you
13 rely upon involve doses of NDMA or NDEA
14 greater than the levels that were measured in
15 the affected valsartan tablets. Can we agree  02:02 PM
16 on that?
17       MR. NIGH: Form objection.
18       A. I'd have to look at the study and
19 look at the exact comparison between a
20 particular study and a particular tablet.     02:02 PM
21 So -- but, like I said, when I get back
22 to it, it's a genotoxic carcinogen where we
23 don't extrapolate from the dose in the animal
24 to the dose in the human. There's no safe
25 dose. There's no threshold here.             02:02 PM

47 (Pages 182 - 185)

Page 186

1      This is -- whenever -- and this is
2 also -- this is -- NDMA and NDEA are used to
3 initiate cancer in the lab. In fact, one
4 single dose of NDMA can cause cancer in about
5 20 subspecies of mice, you know, 10          02:03 PM
6 subspecies of rats in fish and hamsters, and
7 a single dose of NDEA can cause cancer in
8 about 60 substrains of mice, 20 substrains of
9 rats, fish, hamsters.
10      And this is a carcinogen that's       02:03 PM
11 used to initiate cancer worldwide in about
12 six different types of cancers with NDEA and
13 another five or six different types of cancer
14 in NDMA, so this is a carcinogen that
15 people -- and also, just to quote the EPA,    02:03 PM
16 why it's a likely carcinogen, is that the
17 route of administration in animals, whether
18 it's oral inhalation, subQ or IP or IM can
19 cause cancer, so...
20 BY MR. FOWLER:                               02:04 PM
21   Q.  Did you lose the question, Doctor?
22   A.  I'm sorry, what's the question?
23   Q.  Did you lose the question in your
24 answer?
25   A.  Well, I'm trying to explain why    02:04 PM

Page 187

1 converting a dose from an animal to a human
2 is not relevant in this case.
3   Q.  The single-dose studies that
4 you're referring to in all those species,
5 that dose was a near-lethal dose to those    02:04 PM
6 animals, right? It wasn't one molecule,
7 right?
8      MR. NIGH: Form objection.
9 BY MR. FOWLER:
10   Q.  Let me start that again.           02:04 PM
11      The single-dose studies, the
12 animals were administered a dose far greater
13 than the levels of NDMA in the valsartan,
14 weren't they, Doctor?
15      MR. NIGH: Form objection.           02:04 PM
16   A.  So they weren't a lethal dose. To
17 get cancer, the animals have to go a certain
18 period. So there wasn't a toxic dose where
19 they suddenly died in 24 hours. A single
20 dose of NDEA, for example, a single dose can  02:05 PM
21 cause liver cancer, for example, a couple
22 weeks later. And so that's not a -- you
23 asked about a toxic dose.
24 BY MR. FOWLER:
25   Q.  When you say a single dose,         02:05 PM

Page 188

1 Doctor, a single dose of a certain amount,
2 which is typically measured in like
3 milligrams per kilogram, correct?
4   A.  Correct.
5      MR. NIGH: Form objection.           02:05 PM
6 BY MR. FOWLER:
7   Q.  When you say a single dose, you're
8 not trying to suggest it was, like, one
9 molecule, it was a dose but the amount of
10 that dose was -- was significant? Was a high  02:05 PM
11 dose that was given?
12      MR. NIGH: Form objection.
13   A.  What's important here is that this
14 is a genotoxic mutagen, so even a molecule
15 can interact with the DNA of a target cell.   02:05 PM
16 So that's why with genotoxic carcinogens
17 we're very careful as a field to extrapolate
18 with a dose response. So there's no
19 threshold with genotoxic mutagenic
20 carcinogens.                                 02:06 PM
21      And what I was trying to make the
22 point that this is a carcinogen NDMA and NDEA
23 that are used to initiate cancer. So they're
24 very potent carcinogens. And what the EPA --
25 what we look at it's multiple species. So an  02:06 PM

Page 189

1 NDEA can cause cancer in 18 different
2 species. You know, NDMA causes cancer in at
3 least 10 different species. And then it's
4 multiple sites, so multiple tumor types. And
5 by different -- about six different ways of   02:06 PM
6 administration.
7 BY MR. FOWLER:
8   Q.  Doctor, when you yourself in your
9 laboratory use NDMA or NDEA to induce tumors,
10 you were administering a dose hundreds,       02:07 PM
11 hundreds of times higher than the level of
12 NDMA or NDEA in the valsartan tablets; isn't
13 that true?
14      MR. NIGH: Form objection.
15   A.  So the dose we give in the          02:07 PM
16 animals, for example, it makes per kg is --
17 so that -- I would have to see the comparison
18 that you're talking about with the particular
19 tablet.
20 BY MR. FOWLER:                               02:07 PM
21   Q.  Doctor, I could put 50 animal
22 studies in front of you with doses ranging
23 from 10 mgs per kg up to 200 mgs per kg, you
24 would agree that anything in that range is
25 hundreds of times higher than the level of    02:08 PM

Page 190

1 exposure at issue in the valsartan
2 litigation, right?
3        MR. NIGH:  Form objection.
4     A.  So in general --
5 BY MR. FOWLER:                    02:08 PM
6     Q.  Can we answer that and then
7 explain?
8     A.  Okay.  Yes.
9        So, in general, there are times
10 where a dose in the animal can be higher than    02:08 PM
11 in a human, but in this case, because the
12 mechanism of action of the cancer causation
13 is virtually identical in the animals and the
14 human, which is why the 2002 WHO said it's
15 inappropriate to do any type of conversion    02:08 PM
16 between the dose in an animal and the dose in
17 a human, because this is such a potent
18 carcinogen that's genotoxic, mutagenic,
19 teratogenic, clastogenic, and then what's
20 very important is that the mechanism of the    02:08 PM
21 metabolism and action of the cancer causation
22 is virtually identical in animals and humans.
23     Q.  We'll talk about that later.  But
24 at this moment, Doctor, can we agree that the
25 DNA repair capacity of a human is far greater    02:09 PM

Page 191

1 than any DNA repair capacity in the animals
2 that you're talking about?  Can we agree on
3 that?
4        MR. NIGH:  Form objection.
5     A.  Sure.  Yes.                02:09 PM
6 BY MR. FOWLER:
7     Q.  That's undisputed, right?
8     A.  Yes.
9     Q.  Okay.  Now, Doctor, nowhere in
10 your report do you address the question of    02:09 PM
11 whether the incremental additional exogenous
12 NDMA that was found in the affected valsartan
13 tablets can cause cancer, correct?
14     A.  I don't understand the question.
15     Q.  Did you, in your -- forming your    02:09 PM
16 opinions in your report, did you ever address
17 the question whether the incremental increase
18 in exogenous exposure to NDMA that is
19 measured in the valsartan tablets, whether
20 that amount itself can cause cancer?    02:10 PM
21        MR. NIGH:  Form objection.
22     A.  So in the 200 pages I show -- we
23 do four lines of evidence.  We have the
24 animal studies.  We have the human studies,
25 the mouse mechanism studies, and the epi    02:10 PM

Page 192

1 data.  And what I get into, as a totality,
2 that the amount that NDMA and NDEA can cause
3 human cancer, when we take all this evidence
4 together.
5 BY MR. FOWLER:                    02:10 PM
6     Q.  You just said and what I got into
7 is the "totality, that the amount that NDMA
8 and NDEA can cause cancer when we take all
9 this together."
10     A.  Well, I'm not understanding the    02:11 PM
11 question.
12     Q.  I'm not understanding the answer,
13 so let's try it again.
14        Can you point to me anywhere in
15 your report where you evaluated the level of    02:11 PM
16 NDMA in the valsartan tablets as an
17 incremental increase against the other
18 sources of NDMA and NDEA in our daily diets
19 and that which is produced endogenously?  Did
20 you ever make that analysis?    02:11 PM
21     A.  So I. --
22        MR. NIGH:  Form objection.
23 BY MR. FOWLER:
24     Q.  Please start with a "yes" or "no"
25 and then explain.                02:11 PM

Page 193

1        MR. NIGH:  No, he doesn't have to
2 start with a "yes" or "no."
3        MR. FOWLER:  The question calls
4 for a "yes" or "no."
5        MR. NIGH:  It does not.        02:11 PM
6 BY MR. FOWLER:
7     Q.  Did you do the analysis?
8     A.  I did consider endogenous NDMA,
9 but endogenous NDMA, there are no reliable
10 tests and methods to quantify it.  NDMA is    02:11 PM
11 metabolized very quickly, within minutes, and
12 we know -- we can't do studies in humans
13 because it's a human carcinogen, so we rely
14 on animal experiments.
15        So because it's metabolized very    02:12 PM
16 quickly within eight minutes in rodent
17 models, within 21 minutes in monkeys, there
18 are no accurate ways to measure the
19 endogenous NDMAs.  The mechanism of action is
20 that these DNA adducts, which are formed from    02:12 PM
21 the cytochrome P450 enzymes attacking the
22 NDMA and forming these methyl diazonium ions.
23 What's important is these ions are formed
24 very quickly at the site of action.  So it
25 is -- there's no reliable test to measure    02:12 PM

49 (Pages 190 - 193)

Page 194

1 endogenous NDMA.
2         And so the regulatory agencies I
3 go with -- this is what they've all also
4 said. So the question I was asked, does
5 exogenous NDMA that's in a valsartan pill      02:13 PM
6 cause human cancer? So that exogenous
7 external NDMA, what I go through in my
8 report, first with the animal studies and
9 then with the FDA guidelines of 96 nanogram
10 per day, I calculated the amount of NDMA that  02:13 PM
11 was in the valsartan pills and compared that
12 to the FDA allowed level of 96 nanogram per
13 day.
14     Q.  So the basis for your opinion that
15 the levels detected in the affected valsartan  02:13 PM
16 tablets, the opinion that that level causes
17 an increased risk of cancer is based upon the
18 FDA's 96 nanogram acceptable intake, that's
19 what you're comparing the levels measured
20 against?               02:13 PM
21     MR. NIGH:  Form objection.
22     A.  To say something causes cancer, in
23 the chemical -- what I've spent 30 years
24 studying chemical carcinogenesis, the
25 standard assay first we use is called a      02:14 PM

Page 195

1 chemical carcinogenesis assay. The standard
2 bioassay we give to animals, the chemical.
3 That's the first step to see does a chemical
4 cause cancer. Most human carcinogens
5 actually were shown to cause cancer in      02:14 PM
6 animals first. Once a chemical causes cancer
7 in animals, we have 60 years and hundreds of
8 papers showing that it's a presumed human
9 carcinogen until proven otherwise.
10     So that's where I don't rely only      02:14 PM
11 on animal cancer studies. Then what IARC and
12 other institutions use, then they use human
13 relevant mechanism studies, with human tissue
14 and cells, then I rely on animal mechanisms
15 and then I do human epi.               02:14 PM
16     Since 2012, IARC has shifted focus
17 now to these 10 key characteristics, that
18 when there's limited human experience with a
19 chemical, which in NDMA and NDEA, because
20 it's so toxic, there was poisonings where      02:15 PM
21 people died, and it's a human carcinogen, we
22 don't have as much human evidence as some of
23 the other carcinogens, such as radiation,
24 arsenic and vinyl chloride.
25     So since 2012, IARC had two      02:15 PM

Page 196

1 working group meetings in that year and there
2 was no common consensus on how to describe
3 the mechanisms of action of carcinogens and
4 they came up -- originally they were 24
5 characteristics and they narrowed it down to      02:15 PM
6 10 key characteristics of carcinogens. And
7 this IARC, and I agree with IARC, they
8 emphasize this very highly, that in the case
9 where there's limited human experience with,
10 in this case, pure NDMA, NDEA, it would be      02:15 PM
11 unethical to do any kind of experiments or
12 trials on, then we rely on the key
13 characteristics, and that's where I have
14 to -- part of my report -- I not only go into
15 the animal -- carcinogenesis assays where      02:16 PM
16 NDMA and NDEA cause cancer in the rodents, as
17 I said, multisite, multispecies, but then
18 nine of the 10 key characteristics, NDMA and
19 NDEA exhibit. So that -- and then I used
20 human epi studies to come to my opinion.      02:16 PM
21 BY MR. FOWLER:
22     Q.  Doctor, the 10 hallmarks you're
23 speaking of and the IARC process is only to
24 identify hazards; it's a hazard analysis;
25 it's not a risk analysis, correct?      02:16 PM

Page 197

1     MR. NIGH:  Objection, form.
2     A.  A key process in -- yes. IARC,
3 the goal is to identify agents that cause
4 cancer.
5 BY MR. FOWLER:               02:17 PM
6     Q.  Which are hazards?
7     A.  Right.
8     Q.  Perfect. Thank you.
9     Doctor, and the 10 characteristics
10 that you talk about, and you go on at length      02:17 PM
11 for both compounds, those are hazard
12 identifications, those are not risk
13 assessments, correct?
14     MR. NIGH:  Form objection.
15     A.  So I was asked does NDMA or NDEA      02:17 PM
16 cause cancer. So the first question I go
17 into is it -- with the IARC, is it a hazard,
18 is this a chemical that causes cancer?
19 That's the first step.
20 BY MR. FOWLER:               02:17 PM
21     Q.  Yes, Doctor, in 2020 -- or 2019
22 when you began this research, it was well
23 established that NDMA can cause cancer in
24 animals, and the mechanism was well
25 established. All of those things that you      02:17 PM

50 (Pages 194 - 197)

Page 198

1 list from the 10 hallmarks of cancer, all of
2 that was already known about NDMA and NDEA in
3 animals, correct?
4         MR. NIGH:  Form objection.
5     A.  Not just animals, human tissue.        02:18 PM
6 So that's why IARC back in 1978 had called
7 NDMA and NDEA "probable human carcinogens,"
8 which EPA also said probable human
9 carcinogens.  And NTP and the DHS, Department
10 of Health Human Services, said reasonably        02:18 PM
11 anticipate to be a human carcinogen, and
12 Health Canada and EMA also agreed with this.
13 BY MR. FOWLER:
14     Q.  And you referred to these agencies
15 multiple times already today, and you think        02:18 PM
16 of them as authoritative agencies, right, EPA
17 and WHO, right?  IARC?
18     A.  Correct.
19     Q.  And each of these agencies, as you
20 have just said, classifies NDMA and NDEA as        02:18 PM
21 only a probable carcinogen, correct?
22         MR. NIGH:  Form objection.
23 BY MR. FOWLER:
24     Q.  Correct?
25     A.  At the time when they made that        02:19 PM

Page 199

1 classification, yes.
2     Q.  And today?  And today?
3         MR. NIGH:  Form objection.
4     A.  IARC, as far as I know, hasn't
5 reviewed NDMA and NDEA since 2002.        02:19 PM
6 BY MR. FOWLER:
7     Q.  Yes, sir.  So each of these
8 agencies, sitting here today, classified as a
9 probable human carcinogen, and you disagree
10 with every one of these authoritative agents        02:19 PM
11 because you believe that it is a human
12 carcinogen?
13         MR. NIGH:  Form objection.
14     A.  Well, I also have evidence now,
15 what I put in my report on the human epi        02:19 PM
16 studies, and we get into Hidajat and the diet
17 studies.
18         And so when I look at the evidence
19 and I see that this is -- NDMA and NDEA are
20 chemicals that cause cancer through these DNA        02:20 PM
21 adducts and the mechanism of action is so
22 identical to animals where every species,
23 NDMA and NDEA, have caused cancer.  We're
24 talking about over 20 species.  So NDEA, like
25 I said, is 18 species.  So because these        02:20 PM

Page 200

1 carcinogens are so potent and cause cancers
2 in 18, 20 different species with 10 different
3 tumor types, with six different types of
4 absorbents and now combine that with now,
5 when I looked at the key characteristics and        02:20 PM
6 NDMA and NDEA have nine of the 10 key
7 characteristics, and then I add the epi
8 studies such as Hidajat, my opinion is that
9 NDMA and NDEA are human carcinogens.
10 BY MR. FOWLER:        02:20 PM
11     Q.  I definitely understood that as
12 your opinion, Doctor.
13         But what I was trying to get to
14 is, all of that same information is available
15 to IARC, to WHO, all of those agencies you        02:21 PM
16 referred to, but notwithstanding that, none
17 of them have changed their classification of
18 NDMA or NDEA, off of the two-way category
19 that it's in, correct?
20     A.  Well, the Hidajat study --        02:21 PM
21 correct, they haven't -- but they haven't
22 assessed -- as far as I know, IARC hasn't
23 reassessed NDMA since 2002.
24     Q.  Okay.
25     A.  So part of science, as we talked        02:21 PM

Page 201

1 about, we get new information, new studies,
2 they didn't have Hidajat to consider.
3         And also, like I said, there's
4 been a shift for the last eight years, from
5 2012 to 2020, these key characteristics just        02:21 PM
6 came up in the last eight years, was
7 published in 2016 and so this is a unifying
8 way to look at mechanisms of carcinogens.
9 And when they studied that, they looked at
10 about 50, 60 Group 1 carcinogens and studied        02:22 PM
11 the mechanisms that these carcinogens caused
12 cancer and they came up with these 10
13 characteristics.  And each carcinogen on
14 average may have three or four key
15 characteristics, and when I did this        02:22 PM
16 research, I found that NDMA and NDEA
17 exhibited nine out of 10 key characteristics.
18         So if IARC was going to reassess
19 NDMA and NDEA, that would be a question
20 whether they would upgrade it to a Group 1        02:22 PM
21 carcinogen.
22     Q.  Doctor, none of those 10 hallmarks
23 of the mechanisms or whatever those
24 characteristics are, none of those addressed
25 the question of dose and duration with regard        02:22 PM

51 (Pages 198 - 201)

Page 202

1 to NDMA, do they?
2        MR. NIGH: Form objection.
3    A.  No.  Absolutely they're very
4 relevant to --
5 BY MR. FOWLER:                        02:23 PM
6    Q.  I didn't --
7        MR. NIGH: Hold on.  Don't
8 interrupt him.
9        MR. FOWLER: I -- easy.  I caught
10 myself.  Go ahead.               02:23 PM
11       MR. NIGH: You're good.
12    A.  Maybe I do not totally understand
13 the question.
14 BY MR. FOWLER:
15    Q.  I'll strike the question and move    02:23 PM
16 on.
17       MR. FOWLER: Let's mark Exhibit 9,
18 I hope.
19 (Exhibit 9, Current criteria to establish
20 human carcinogens, marked for       02:23 PM
21 identification.)
22 BY MR. FOWLER:
23    Q.  Doctor, before we look at 9,
24 you've said over and over again about the
25 similarities with animals that have been    02:23 PM

Page 203

1 studied.
2        Let me ask you this question, sir:
3 What is the difference between qualitative
4 and quantitative, when we're talking about
5 describing animal responses to NDMA?    02:24 PM
6    A.  So qualitative would be if there's
7 certain, for example, DNA adducts,
8 7-methylguanine or 0-6-methylguanine, if
9 those adducts are both increased in both
10 animals versus humans.  Well, quantification    02:24 PM
11 would try to measure the amounts and quantify
12 it.
13    Q.  And so the qualitative
14 similarities between rats that are studied
15 and humans only speaks to the mechanism but    02:24 PM
16 not the dose response in humans, correct?
17       MR. NIGH: Form objection.
18    A.  As I said before --
19 BY MR. FOWLER:
20    Q.  Is that correct, and then --    02:24 PM
21    A.  Correct.
22    Q.  Okay.
23    A.  However, this is a genotoxic
24 carcinogen where there's no threshold.  So,
25 like I said, before, there's no safe dose.    02:24 PM

Page 204

1    Q.  Okay.  Okay, sir.
2        And you said a moment ago that one
3 of the -- one part of the analysis is looking
4 for carcinogenicity in animals for chemicals
5 that may not be tested on humans, and you --    02:25 PM
6 in those situations you rely on the animal
7 data in forming opinions, correct?
8    A.  I'm not sure --
9    Q.  Yeah, it was a terrible question.
10       Looking at Exhibit 9, Doctor, this    02:25 PM
11 is by Dr. Cogliano, 2004, "Current Criteria
12 to Establish Human Carcinogens."
13       This is something that you
14 reference, Footnote 37, on page 21 in your
15 report.                               02:25 PM
16       So you're familiar with this
17 article, correct, sir?
18    A.  Yes.
19    Q.  And you look there on the first
20 page, the enumerated paragraph 2, IARC's    02:25 PM
21 process for carcinogen identification and
22 evaluation; yes?
23    A.  Yes, Figure 1.
24    Q.  Paragraph 2, I'm on the first
25 page, sir.                            02:26 PM

Page 205

1    A.  Yes.
2    Q.  The first sentence, "The IARC
3 monographs are an international expert
4 consensus approach of carcinogen hazard
5 identification," correct?             02:26 PM
6    A.  Correct.
7    Q.  And you don't disagree with that?
8    A.  Correct.
9    Q.  IARC does not assess or make
10 statements as to the risk to humans from any    02:26 PM
11 of the carcinogens that they identify, do
12 they?
13       MR. NIGH: Form objection.
14    A.  So -- yes, regulatory agencies
15 such as FDA will come up with a certain    02:26 PM
16 recommendation based on what IARC says.
17 BY MR. FOWLER:
18    Q.  Yes, sir.  And are you aware,
19 Doctor, that there are instances where
20 animals studies have produced carcinogenic    02:26 PM
21 results that have never materialized in
22 humans, for the same chemical?
23    A.  So --
24    Q.  Are you aware?
25    A.  -- yes.  For example, I can give    02:26 PM

52 (Pages 202 - 205)

Page 206

1 you an example of saccharin where -- you want
2 me --
3    Q.   That's where I'm going, sir.
4       So page 410 of this article, sir.
5 You see at the top of the second column the        02:27 PM
6 example?  This is under the example of
7 "Evaluations changed by mechanistic data."
8 The example is saccharine.  "NTP does not
9 list saccharine on its report of carcinogens
10 because the observed urinary bladder cancers        02:27 PM
11 in rats are related to the physiology, it
12 goes on the urinary pH."
13       The concluding sentence says "The
14 factors thought to contribute to tumor
15 induction by sodium saccharine in rats would        02:27 PM
16 not be expected to occur in humans."
17       Do you see that?
18    A.   Yes.
19    Q.   And since we're the same age, you
20 remember like when all the Sweet & Low jumped        02:27 PM
21 off the shelf and everybody thought
22 saccharine would be carcinogenic?
23    A.   Right.
24    Q.   And that turned out not to be
25 true?                                                02:27 PM

Page 207

1    A.   Right.  So the story -- this is
2 actually a very --
3    Q.   Do I have to hear it now?  Do we
4 have an ear later?
5    A.   Later.                               02:28 PM
6    Q.   Okay.
7    A.   But I will say that saccharin
8 initially IARC put it on their list of
9 carcinogens.  And, like I said, when a
10 chemical causes cancer, it's a presumed human    02:28 PM
11 carcinogen until proven otherwise.  This is
12 one of the few examples where after all the
13 epi data came out, it was shown to be safe.
14 And then what was key in that case is that it
15 was a rat-specific mechanism.  Only rats got    02:28 PM
16 the cancers.  It wasn't relevant to humans.
17       So it's very different from this
18 case, NDMA and NDEA, where I cited many
19 papers showing the human relevance with human
20 tissues in seven different human tissues and    02:28 PM
21 then I cited epi evidence supporting NDMA and
22 NDEA in causing human cancer.
23       So that's why -- and then at some
24 point IARC removed saccharine from its list
25 of carcinogens.                               02:29 PM

Page 208

1    Q.   Yes, sir.  Now let's look on that
2 same page, the bottom of the first column,
3 another example.  It states, "NTP does not
4 list ethyl acrylate in its report on
5 carcinogens because one, the four stomach        02:29 PM
6 tumors induced in animal studies were only
7 seen when ethyl acrylate was administered by
8 gavage at high concentrations that induced
9 market lower irritation and cellular
10 proliferation.  Two, animal studies by other    02:29 PM
11 routes of administration, including
12 inhalation were negative.  And three, because
13 significant chronic human oral exposure to
14 high concentrations of ethyl acrylate the
15 monomer is unlikely."                          02:29 PM
16       Do you see where I read there?
17    A.   Yes.
18    Q.   And the reason they didn't -- the
19 NTP didn't include it on the list, because
20 humans are unlikely to encounter the high        02:30 PM
21 concentration of that chemical that was
22 administered to animals in order to elicit
23 carcinogenicity.  Isn't that what they're
24 saying?
25       MR. NIGH:  Form objection.           02:30 PM

Page 209

1    A.   This case is very different from
2 NDMA and NDEA.  We can just go step by step.
3       First one, the four stomach
4 tumors, NDMA and NDEA, like I said, cause
5 over 10 different type tumors in the animals,    02:30 PM
6 so it's not a specific to one type of tumor.
7 And the routes here including inhalation were
8 negative.  NDMA, there are six routes of
9 administration that causes cancer, oral
10 inhalation, subcutaneous, intraperitoneal,    02:30 PM
11 intratracheal, intramuscular.
12       And so when a regulatory agency or
13 a scientific body, and this is what EPA has
14 said, IARC has said, whenever you see a
15 chemical that causes multiple cancer types in    02:31 PM
16 multiple sites in multiple species by
17 multiple routes of administration, that is a
18 presumed animal -- that is a presumed human
19 carcinogen until proven otherwise.
20 BY MR. FOWLER:                               02:31 PM
21    Q.   Yes, I've heard you say that a few
22 times.  But I'm more interested in the third
23 reason here, because humans are unlikely to
24 be -- let me say it correctly.  "Because
25 significant chronic human oral exposure to    02:31 PM

53 (Pages 206 - 209)

Page 210

1 high concentrations of ethyl acrylate monomer
2 are unlikely."
3        And Doctor, that's where I'd like
4 to focus your attention.
5        The NDMA, from the valsartan        02:31 PM
6 tablets, is only consumed orally, correct?
7    A.  Correct.
8    Q.  And the concentrations of NDMA
9 that were given to rodents or other animals
10 orally by gavage or otherwise, are at a        02:31 PM
11 concentration hundreds of times higher than
12 the NDMA that was detected in the valsartan
13 tablets; isn't that correct?
14        MR. NIGH:  Form objection.
15    A.  So this is where I go back to what        02:32 PM
16 I said before.  It's inappropriate to use
17 conversions of surface area and body weight
18 from animals to human.  This has been said by
19 WHO 2002, it is highly inappropriate.
20 Because the mechanism of cancer causation in        02:32 PM
21 NDMA and NDEA is highly similar in animals
22 and humans because of the metabolism of the
23 chemical of the carcinogen.  The formation of
24 these ions, the methyldiazonium ion in NDMA,
25 the ethyl diazonium in NDEA is virtually        02:32 PM

Page 211

1 identical, and that's where this -- these
2 chemicals will initiate that process which
3 will -- these ions will cause target DNA in
4 the local tissue where this is happening,
5 where these enzymes, which are called        02:32 PM
6 cytochrome P450 enzymes are expressed, that
7 happens very quickly and that causes DNA
8 damage mutations and that's where the cancer
9 is initiated.
10        Because that's such a very potent        02:33 PM
11 process, there's a reason why we don't use
12 conversions from animals to humans.  When you
13 have a potent genotoxic mutagenic chromogenic
14 chemical, and where even there's no
15 threshold, so even any dose can cause cancer        02:33 PM
16 in this case.
17 BY MR. FOWLER:
18    Q.  A couple follow-ups, Doctor.
19        First of all, when you say the
20 metabolism and things like that in animals        02:33 PM
21 are identical, you're only speaking
22 qualitatively not quantitatively, correct,
23 sir?
24    A.  Actually --
25    Q.  Please.        02:33 PM

Page 212

1    A.  So that's correct to a certain
2 point.  But if you look at the 1970 nature
3 publications.  So in science, there are
4 procedures journals, which are, like, it's
5 like the Patriots winning the Super Bowl,        02:34 PM
6 making the Super Bowl.  Does nature sell
7 science?
8        So in 1970s Montesano McGee had a
9 nature publication.  The reason why it was in
10 the highest journal is they compared tissues        02:34 PM
11 from rats and humans and the exact
12 metabolism, they quantified the metabolism,
13 it was .13 percent versus .17 percent, so it
14 was quantified.  It wasn't just qualitative
15 that the DNA adducts go up and down, they        02:34 PM
16 quantified it.  And the quantification of the
17 metabolism in the animals and the humans were
18 virtually identical.  There's .13 to .17.
19 And they use exhalation of carbon dioxide, of
20 aldehydes, which is another carcinogen, that        02:34 PM
21 in both cases the quantification was done.
22 So in these kind of experiments you can
23 quantify and compare an animal experiment to
24 a human experiment.  And this was in one of
25 the most prestigious scientific journals, it        02:35 PM

Page 213

1 was a landmark publication.  It really
2 established that decent class of
3 nitrosamines, especially NDMA and NDEA, are
4 cohorts of concern.
5        And then that followed by 1980,        02:35 PM
6 with Shank study where the poisoning,
7 unfortunately, humans were poisoned actually
8 in Germany and in the U.S.
9        The U.S. case was written up in a
10 1980 cancer research paper, and that showed        02:35 PM
11 that the exact DNA adducts that they had
12 measured in 1970, the O-6 and the N7 were
13 identified in the human liver cells from
14 these people.  So that's --
15        And also, we know from the past        02:35 PM
16 that in people, in the 1930s when they got
17 the NDMA, they died from liver toxicity with
18 acute encephalitis, with ascites, and that
19 was very important because that's what the
20 animals, when you give toxic doses of NDMA,        02:36 PM
21 can die from.
22        So in science we don't rely on one
23 particular paper or a few papers.  It's the
24 whole field in general, and that's why with
25 the 1970 publication in Nature, on NDMA and        02:36 PM

54 (Pages 210 - 213)

Page 214

1 the 1980 publication on human patients that
2 were poisoned, a human, that's where the
3 people realized that this is a very -- it's
4 basically a poison, a dangerous chemical and
5 why we don't convert dose from an animal to a    02:36 PM
6 human.
7     Q.  Doctor, first of all, in the
8 1970s, Nature was an open-access journal,
9 wasn't it?  It was not a peer-reviewed
10 journal, correct?                    02:36 PM
11         MR. NIGH:  Form objection.
12     A.  It still is a prestigious journal.
13 BY MR. FOWLER:
14     Q.  It's open access, it's not peer
15 reviewed?                           02:37 PM
16         MR. NIGH:  Form objection.
17     A.  I would have to look and see that.
18 BY MR. FOWLER:
19     Q.  Right.  And secondly, Doctor,
20 returning to the question that I asked, and    02:37 PM
21 I'd really like for you to please try to
22 answer this question.
23         It is unlikely that humans are
24 going to be exposed to the high concentration
25 of NDMA or NDEA that are used in the animal    02:37 PM

Page 215

1 studies.  Yes or no, sir?
2         MR. NIGH:  Hold on.  I'm going to
3     object to the colloquy.  I believe it's
4     inappropriate.  He answered that last
5     question.  Gave a specific example of    02:37 PM
6     how --
7         MR. FOWLER:  You can object,
8     Counsel, but this is not --
9         MR. NIGH:  No, no, but you keep
10     starting your questions with colloquys,    02:37 PM
11     and we've been to the Court before where
12     he says not to badger the witness with
13     nonresponsive statements.  You're trying
14     to do it with a code of something else.
15     But you just did it again.  So I'm going    02:37 PM
16     to put that on the record.  It's very
17     clear that he answered the question
18     beforehand.  You can go.  When you say
19     return to the question --
20         MR. FOWLER:  The record will speak    02:37 PM
21     for itself.
22         MR. NIGH:  Sure.
23 BY MR. FOWLER:
24     Q.  Let me ask the question again,
25 Doctor.                             02:38 PM

Page 216

1         You would agree that it is highly
2 unlikely that humans are going to be exposed
3 to the high concentration of NDMA or NDEA
4 that was used in the animal studies that you
5 rely upon?                          02:38 PM
6         MR. NIGH:  Form objection.
7     A.  So what I would agree is that in
8 general -- and then I'll talk about NDMA.
9 That in animal experiments sometimes you give
10 higher doses than people, and there's a    02:38 PM
11 reason for that; to see effects in animals --
12 with an end of 10, an end of 20, an end of 30
13 and equal, you have to do certain doses; but
14 this doesn't apply to a genotoxic carcinogen
15 such as NDMA.                       02:38 PM
16 BY MR. FOWLER:
17     Q.  Okay.  Doctor, you've never
18 published any research about genotoxic
19 compounds before, have you, sir?
20         MR. NIGH:  Form objection.    02:39 PM
21     A.  Correct.
22 BY MR. FOWLER:
23     Q.  You have never researched in your
24 professional life, outside of this case,
25 genotoxic compounds like NDMA?            02:39 PM

Page 217

1         MR. NIGH:  Form objection.
2     A.  So independently we do use NDMA
3 and NDEA in the lab, like I said, to --
4 BY MR. FOWLER:
5     Q.  Yes, sir.                     02:39 PM
6     A.  -- to stimulate oxidative stress
7 to cause cancer.
8     Q.  Yes, sir, but my question was have
9 you researched NDMA -- that wasn't my
10 question.                           02:39 PM
11         My question was, has your research
12 involved genotoxic compounds?
13         MR. NIGH:  Form objection.
14     A.  We focused on nongenotoxic
15 carcinogens in our research, but I had to    02:39 PM
16 review and know about.
17 BY MR. FOWLER:
18     Q.  Is that why you spent a thousand
19 hours in this case, because you've never done
20 this before in your life and so you needed to    02:39 PM
21 read up to genotoxic compounds?
22         MR. NIGH:  Form objection,
23     argumentative.
24     A.  The reason why I spent -- the
25 reason this case involved -- and this was a    02:40 PM

55 (Pages 214 - 217)

Page 218

1  complex case with two carcinogens with 60
2  years of literature on each carcinogen and
3  then 10 different tumor types that I focused
4  in on and then, like I said, nine key
5  characteristics, so this was a complex case     02:40 PM
6  that involved a -- and also, just in a
7  particular lab, you develop a certain
8  expertise, but you still are familiar and you
9  have to know other concepts. So our
10 expertise, I would agree, is more     02:40 PM
11 nongenotoxic mechanisms, such as
12 inflammation, angiogenesis as a lab. I mean,
13 I trained in the lab that pioneered
14 angiogenesis, the Judah Folkman lab, and then
15 we focused on inflammation as our...     02:40 PM
16 BY MR. FOWLER:
17     Q. Yes, sir. And Doctor, before we
18 get further into it, you've said several
19 times here today that you don't believe that
20 there's a threshold with NDMA or NDEA. You     02:41 PM
21 recall those statements time and again here?
22     A. Correct.
23     Q. You also agree that there's at
24 least six or eight papers that you cite in
25 your report that actually say there is     02:41 PM

Page 219

1  without a doubt a threshold for NDMA and
2  NDEA? Do you recall that in the papers
3  you've cited to?
4         MR. NIGH: Form objection.
5     A. I would have to see where those     02:41 PM
6  papers -- so.
7  BY MR. FOWLER:
8     Q. Okay. That's fine. I just
9  wondered if you knew that the papers you
10 cited say that there's a threshold. And I     02:41 PM
11 just didn't -- I wanted to see that before we
12 get into it.
13        MR. NIGH: Form objection.
14 BY MR. FOWLER:
15     Q. Do you recall that or not?     02:41 PM
16        MR. NIGH: Form objection.
17     A. So nongenotoxic carcinogens
18 have -- are thought to have a threshold, and
19 genotoxic carcinogens -- regulatory agencies
20 and scientific bodies view it as there's no     02:42 PM
21 safe thresh- -- no safe dose and that any
22 exposure should be minimized.
23 BY MR. FOWLER:
24     Q. I understand. Doctor, we agree --
25 let's start that again.     02:42 PM

Page 220

1         You agree that there is some level
2  of endogenous production of NDMA and NDEA in
3  the body? We're not talking about how much,
4  we may disagree. My question to you, clean
5  question, do you agree that there is a level     02:42 PM
6  of endogenous production of NDMA and NDEA in
7  the body?
8         MR. NIGH: Form objection.
9     A. So Speigelhalder looked at that
10 exact question and there's some -- so in     02:42 PM
11 science we like to see the data, the
12 evidence. We can hypothesize all we want.
13 So because there's no reliable method to
14 measure the endogenous NDMA, like I mentioned
15 before, because of the quick metabolism -- so     02:43 PM
16 the challenges, that I haven't seen a paper
17 in vivo that reliably quantifies the amount
18 of endogenous NDMA without any exogenous
19 amount. So Spiegelhalder tried to do it with
20 human patients, and unless they added     02:43 PM
21 alcohol, the endogenous levels of NDMA in the
22 urine were not detectable. So people have
23 tried to look at it. But regulatory agencies
24 always have said there's no reliable method
25 to quantify the amount of NDMA that's     02:43 PM

Page 221

1  endogenous.
2     Q. I understand -- strike that.
3         Doctor, that's a quantitative
4  question.
5         My question was not asking you for     02:44 PM
6  a level. My question is simply this, and
7  I'll break it down: Do you understand that
8  humans produce in their bodies carcinogen
9  chemicals? Let's start at that high level.
10        MR. NIGH: Hold on. Object to the     02:44 PM
11 colloquy.
12        MR. FOWLER: I started a fresh
13 question.
14        MR. NIGH: I'm going to object to
15 the colloquy that led off that question     02:44 PM
16 because he was responsive to your
17 question; and then I'll object to form.
18 BY MR. FOWLER:
19     Q. I'm going to start fresh here,
20 Doctor.     02:44 PM
21     A. Start a new question, yeah.
22     Q. Do you or do you not understand
23 that the human body produces carcinogens
24 every single day?
25     A. I want to know which carcinogens     02:44 PM

56 (Pages 218 - 221)

Page 222

1  and --
2      Q.  Right now I'm starting at a super
3  high level to see where we can agree.  Do you
4  agree that humans produce various carcinogens
5  in the body every day?                02:44 PM
6      A.  I'd want to know more
7  specifically, what are we talking about.
8      Q.  Do you believe that humans do not
9  produce any carcinogens in the body every
10  day?                                  02:45 PM
11      MR. NIGH:  Form objection.
12      A.  So I focused here on exogenous
13  carcinogens that were in the contaminated
14  valsartan tablet.  I didn't -- there were no
15  reliable ways to measure endogenous NDMA, so   02:45 PM
16  I focused on exogenous cancer causation
17  chemicals and NDMA --
18      THE REPORTER:  And what?
19      A.  Exogenous or external NDMA.  So --
20  I still don't understand the question.  Is     02:45 PM
21  there a specific carcinogen you're referring
22  to?
23  BY MR. FOWLER:
24      Q.  I was trying to start with
25  something super broad in response to your      02:45 PM

Page 223

1  question.
2      Doctor, do human beings produce
3  formaldehyde in the body?
4      A.  So -- yes.
5      Q.  Thank you, Doctor.  And          02:46 PM
6  formaldehyde is a carcinogen, correct?
7      A.  Correct.
8      Q.  And formaldehyde is one of the
9  metabolites of NDMA, correct?
10      A.  Correct.                         02:46 PM
11      Q.  And in your report, you rely upon
12  the fact that formaldehyde is produced as a
13  byproduct of NDMA metabolism, correct?
14      MR. NIGH:  Form objection.
15      A.  It's a sign of the particular     02:46 PM
16  mechanism of metabolism.
17  BY MR. FOWLER:
18      Q.  Yes, sir.  And in your report and
19  the papers, formaldehyde is produced, and
20  it's an equal molar.  So one molar of          02:46 PM
21  formaldehyde to one of the methylating
22  metabolite that's produced by NDMA, right?
23      A.  Right.
24      Q.  Okay.  Doctor, you also talk in
25  your report about reactive oxygen species,     02:47 PM

Page 224

1  the ROS antibody, right?
2      A.  Yes, that's very important.
3      Q.  And, Doctor, ROS is produced by
4  the mitochondria in the cells every day,
5  every minute of every day, correct?           02:47 PM
6      A.  Correct.
7      Q.  And reactive oxygen species are a
8  component of an acute inflammatory response,
9  right?
10      A.  Yes.                             02:47 PM
11      Q.  ROS is not unique to NDMA, right?
12      A.  Correct.
13      Q.  Do you have an opinion whether or
14  not human beings produced nitrosamines in
15  general in the body, sir?                     02:47 PM
16      A.  Like I said, before, to detect
17  endogenous NDMA is very challenging.  So I
18  would have to see a publication where there
19  was a reliable method to quantify that.
20      Q.  Okay.  And I -- let me ask my     02:48 PM
21  question again.
22      Do human beings produce
23  nitrosamines, was my question, sir.
24      A.  So there may be some endogenous
25  nitrosamine production, but it is not likely   02:48 PM

Page 225

1  biologically relevant.  There's a couple
2  reasons for that.  If endogenous compounds
3  cause cancer, then, for example, prostate
4  cancer, only one in eight people get it.  If
5  you had endogenous compounds in your body      02:48 PM
6  that were causing cancer then everybody would
7  have cancer.  So it turns out, fortunately,
8  we have mechanisms that turn off those
9  carcinogens, like you mentioned oxidative
10  stress.  We have --                            02:49 PM
11      THE REPORTER:  We have mechanisms
12  that turn off that --
13      THE WITNESS:  The pro --
14  inflammatory pro-oxidative stress
15  mechanisms.  For example, superoxide           02:49 PM
16  dismutase is an enzyme that will turn
17  off that oxidative stress.  So
18  fortunately in our body most of us have
19  these defense mechanisms.  We have
20  immune cells that will turn off these          02:49 PM
21  insults, for example.
22  BY MR. FOWLER:
23      Q.  Did I understand you to say that
24  it is because of the body's defense
25  mechanisms that people do not develop cancer   02:49 PM

57 (Pages 222 - 225)

Page 226

1 from endogenously-produced things like NDMA?
2         MR. NIGH: Form objection.
3     A.  So there's no publication that
4 I've seen that showed endogenous NDMA caused
5 cancer.  So what we do know is that when we          02:49 PM
6 give -- and what's relevant in this case, is
7 that when we give exogenous NDMA, and I'll
8 start with animal models.  Like in, for
9 example, in the frog we give exogenous NDMA
10 50 percent of the frogs will get cancer          02:50 PM
11 within four to five months.  None of the
12 frogs in the control group get cancer.  If
13 endogenous NDMA was driving cancer, then
14 endogenous NDMA would be causing cancer in
15 that group.          02:50 PM
16        What we study in the chemical
17 carcinogenesis bioassay, we give the
18 carcinogens externally, and then we look at
19 cancer in the controlled group and then in
20 the exposed group.  And that's where we can          02:50 PM
21 say that exogenous NDMA is what's
22 biologically relevant and causes the cancer.
23 BY MR. FOWLER:
24     Q.  Doctor, I want to make sure we
25 agree on some terminology.          02:51 PM

Page 227

1        Do you agree that "endogenous"
2 means produced in the body without an
3 exogenous component --
4     A.  Yes.
5     Q.  -- outside of the body?          02:51 PM
6         MR. NIGH: Form objection.
7     A.  Yes.
8 BY MR. FOWLER:
9     Q.  And do we agree that "exogenous"
10 means from outside the body?          02:51 PM
11     A.  Correct.
12     Q.  And do we agree that the human DNA
13 repair capacity is able to repair adducts
14 caused by NDMA, regardless of the source?
15         MR. NIGH: Form objection.          02:51 PM
16     A.  So -- I don't understand the
17 question.
18 BY MR. FOWLER:
19     Q.  Does the human DNA repair system
20 repair the mutations caused by NDMA or do you          02:52 PM
21 know?
22     A.  So in a general process, that's
23 what MGMT and these DNA repair enzymes will
24 repair an adduct.  However, NDMA can disrupt
25 that repair process.  It can disrupt that          02:52 PM

Page 228

1 enzyme that would normally repair and be
2 good.  So that's why I mention for key
3 characteristic number 3, which is very
4 important.  Impaired DNA repair leads to
5 genomic instability.  So one of the          02:52 PM
6 mechanisms where NDMA can cause cancer is
7 through -- by affecting that DNA repair
8 process.
9        And I have to say more -- see, we
10 view now cancer as a holistic process.  We          02:52 PM
11 don't view as one mechanism.  So carcinogens
12 in the past decades have been referred to as
13 "genotoxic" and "nongenotoxic."  But now we
14 know with the key characteristics, which has
15 been over the past eight years now, that          02:53 PM
16 these 10 key characteristics -- and just so
17 we're clear, so the electrophilic adducts,
18 the genotoxicity, the impaired DNA repair,
19 the chronic inflammation, oxidative stress,
20 immunosuppression, the apoptosis, those all          02:53 PM
21 can attribute to cancer.  So when we talk
22 about cancer causation, we don't just focus
23 in on one key characteristic, like an
24 impaired DNA repair.
25     Q.  Okay.  We're getting a copy          02:53 PM

Page 229

1 together, Doctor.  We're going to mark the
2 next exhibit, Exhibit 10.
3        While he's fixing that, let me ask
4 you this question.  Do you agree that NDMA is
5 NDMA, regardless of whether it comes from          02:54 PM
6 your grilled meat, from the valsartan tablet,
7 or from smoked cod fish?  Do you agree that
8 regardless of the source, NDMA is NDMA,
9 correct?
10     A.  Correct.          02:54 PM
11     Q.  And the toxicity, the properties
12 of toxicity of NDMA are the same, whether
13 that molecule came from your barbecue, from
14 your beer, or from the affected valsartan
15 during the relevant time, the toxicity of the          02:55 PM
16 molecule is the same?
17     A.  Yeah, that's what I'm saying.
18 That one molecule can -- because it is a
19 genotoxic chemical, it can cause cancer.
20     Q.  Okay.  But my question was simply,          02:55 PM
21 the toxicity -- the properties of toxicity of
22 NDMA are the same regardless of the source?
23 We can agree on that, right?
24     A.  Correct.
25     Q.  The metabolism of NDMA is the same          02:55 PM

58 (Pages 226 - 229)

Page 230

1 whether it came from your barbecue, your
2 beer, or from the valsartan tablet, correct?
3     A.  Correct.
4         MR. NIGH:  Form objection.
5 BY MR. FOWLER:                    02:55 PM
6     Q.  The same enzyme metabolizes NDMA,
7 whether -- regardless of the source, correct?
8         MR. NIGH:  Form objection.
9     A.  Yes, in general there are certain
10 enzymes that can repair the O-6 and O-7    02:56 PM
11 methyl adducts, MGMT.  But I would have to
12 see, if you're getting into more specific
13 examples, you know, I would have to see the
14 specifics.
15 BY MR. FOWLER:                    02:56 PM
16     Q.  Yep, I didn't ask about the
17 repair.  I asked about the metabolism.  That
18 the same enzyme metabolizes NDMA regardless
19 of its source?
20     A.  Yes.                       02:56 PM
21         MR. FOWLER:  Now we're marking 10.
22 (Exhibit 10, Intragastric formation and
23 modulation of N-nitrosodimethylamine in a
24 dynamic in vitro gastrointestinal model under
25 human physiological conditions, marked for    02:56 PM

Page 231

1 identification.)
2 BY MR. FOWLER:
3     Q.  Doctor, before you is an article
4 by -- first author is Krul, it's a 2004
5 article that you cite as Footnote 283 in your    02:56 PM
6 report.  And I ask you, do you recognize this
7 article?  You've reviewed it, sir?
8     A.  Yes.
9     Q.  And in some -- this article
10 constructed a model for -- to simulate the    02:57 PM
11 gastrointestinal process for humans, correct?
12     A.  Correct.
13     Q.  And then it introduced some
14 exogenous sources to attempt to measure the
15 amount of NDMA produced from the nitrate, the    02:57 PM
16 dimethylamine or the cod fish, which were
17 simultaneously introduced, correct?
18     A.  Yes.
19     Q.  And under these conditions, the
20 cumulative amounts of NDMA formed were --    02:57 PM
21 ranged from 2.3 to 422 milligrams of NDMA,
22 correct?
23     A.  I think microgram.
24     Q.  Was it microgram or milligram?
25     A.  It says microgram.             02:57 PM

Page 232

1     Q.  Okay.  Thank you.
2     A.  Yeah, 2.3 to 432 [sic] microgram.
3     Q.  Thank you.
4         You'd agree that's what they
5 found --                          02:58 PM
6     A.  Yeah.
7     Q.  -- in the gastric model that they
8 created to try to measure NDMA production
9 from these exogenous substances, right?
10     A.  .                          02:58 PM
11     Q.  And would you agree that the level
12 of NDMA in a human's gastric system, in part,
13 depends on their diet?
14     A.  Yes, diet could affect the NDMA
15 level.                            02:58 PM
16     Q.  And different people will consume
17 different levels of NDMA and thus have
18 different levels of NDMA in their system,
19 correct?
20     A.  Correct.                     02:58 PM
21     Q.  And the bodies DNA repair
22 mechanism is -- has the capacity to repair
23 that range of exposure from these very diets
24 in humans, you would agree with that?
25         MR. NIGH:  Form objection.      02:58 PM

Page 233

1     A.  Well, yeah, it depends -- so
2 that's when a body has enzymes to repair the
3 DNA.  But whether it can do it in a specific
4 case, it would depend on that specific case.
5 BY MR. FOWLER:                    02:59 PM
6     Q.  Fair enough.  And you would agree
7 that the human -- let me start that again.
8         Is it within your specialty to
9 understand the development of the human
10 antitoxicity system that the liver and the    02:59 PM
11 enzymes have evolved to?  Is that within your
12 area?
13     A.  Yeah, but it depends which way
14 you're going, yeah.
15     Q.  And you would agree that the liver    02:59 PM
16 has evolved over time to be able to keep
17 bodies alive for longer based upon the
18 different toxicities that have been
19 introduced to humans since cavemen invited
20 fire?                            02:59 PM
21     A.  Right.  The cytochrome P450
22 enzymes which generate these metabolites from
23 NDMA and NDEA are highly expressed in the
24 liver, and that's one of their normal
25 functions is to detoxify carcinogens and even    03:00 PM

59 (Pages 230 - 233)

Page 234

1  alcohol and other substances we take in the
2  body.
3      Q.  Okay.  Let me have this one,
4  please.
5          And, Doctor, do you know whether      03:00 PM
6  N-nitrosamines are produced from amino acids?
7      A.  So the nitrosamines are -- it
8  depends on the context, they can be.
9      Q.  Okay.  Thank you.
10         And it works by nitrosation of        03:00 PM
11  amino acids by nitrosating agents like a
12  nitrite, correct?
13     A.  Correct.
14     Q.  And that is something that humans
15  can be exposed to from various things in      03:00 PM
16  their diet, vegetables, fruits even have
17  nitrites, right?
18     A.  Correct.
19     Q.  And the level of nitrites
20  introduced can affect the level of NDMA in    03:00 PM
21  anybody's body that consumes those, right?
22     A.  Yes.
23     Q.  Okay.  And would you agree that
24  ingested nitrites can be converted -- I'm
25  sorry.  Do you agree that ingested nitrates   03:01 PM

Page 235

1  can be converted to nitrites in the mouth?
2      A.  In the --
3      Q.  In your salivary system.
4          Am I within your specialty still
5  here?                                          03:01 PM
6      MR. NIGH:  Form objection.
7      A.  Yes, it should be able to be
8  converted, but I --
9  BY MR. FOWLER:
10     Q.  So would you agree, Doctor, that       03:01 PM
11  N-nitrosamines can be formed inside the body
12  after ingesting amino acids in proteins and
13  nitrates in fruits and vegetables?
14     A.  So this is where -- a key
15  difference here.  This isn't an in-vitro       03:01 PM
16  model.  So one of the things in science we do
17  is we study in vitro and in vivo.
18     Q.  I'm sorry.  I'm past that exhibit.
19     A.  Oh, okay.
20     Q.  Yeah, you can set that aside.          03:01 PM
21     A.  I thought you were referring to
22  this.
23     Q.  No, sir.
24     A.  Oh, so what I was trying to say is
25  that it comes back to -- what's important is   03:01 PM

Page 236

1  to show, is there endogenous NDMA formation
2  and it gets back to that -- there's no
3  reliable or -- reliable way to measure it.
4  And in this case, like I said before,
5  biologically relevant question is does         03:02 PM
6  exogenous NDMA cause the cancer.
7      Q.  Why is that the biologically
8  relevant question, if everyone -- if it's not
9  disputed that some level of endogenous NDMA
10  is formed, why doesn't the biological          03:02 PM
11  question include that?
12     A.  Because I was asked -- I wasn't
13  asked in the general population of all of us
14  wondering around with our endogenous levels
15  or whatever mediator, does everybody get       03:02 PM
16  cancer.  And we know and actually depending
17  on the cancer type, the rates, one out of
18  eight in prostate cancer.
19         I was asked does exogenous NDMA
20  and NDEA in a valsartan pill, that you take    03:02 PM
21  orally, so by exogenous methods, does that
22  cause human cancer.
23         So -- and also, there's no -- like
24  I keep saying, there's no biological reliable
25  way to quantify the NDMA endogenously in the  03:03 PM

Page 237

1  body.  Now, people study it.  Like you showed
2  the Krul paper in an in vitro system but that
3  doesn't mimic -- in the end of the day
4  in vivo is what people want to see.
5      Q.  Doctor, here's my -- sorry.           03:03 PM
6  Doctor, you would -- do you agree that
7  N-nitrosamines can be formed inside the body
8  after ingesting amino acids in proteins and
9  nitrates in fruit?
10     A.  I would say it can be formed, but      03:03 PM
11  I don't see how it's relevant to the case
12  here.
13     Q.  Okay.  Well, that's all right.
14         And you would agree that that
15  occurs independently of eating processed       03:03 PM
16  meats, grilled barbecue, or any of those
17  NDMA-containing dietary items that you've
18  seen in your studies, you would agree?
19     A.  I missed -- independently?
20     Q.  Yes, sir.                              03:04 PM
21     A.  So usually there's certain foods
22  that are higher in --
23     Q.  I'll ask -- I'm sorry.  Let me ask
24  the question again.  I may not -- let me just
25  ask it again.                                  03:04 PM

60 (Pages 234 - 237)

Page 238

1      Do you agree that this production
2  of N-nitrosamines occurs independently of
3  eating processed meats?
4      A.  I would have to see a publication.
5  What I've seen is you give some type of meat    03:04 PM
6  or -- and then you look at the levels.
7      Q.  Okay.  Well, we agreed -- or you
8  agreed that N-nitrosamines can be formed
9  after ingesting amino acids from proteins and
10 nitrates from fruit, right?       03:04 PM
11     A.  Correct.
12     Q.  And that process occurs
13 independent of whether or not somebody has
14 eaten processed meats?
15     A.  Yes.              03:05 PM
16     Q.  Okay.  And do you agree, then,
17 that those -- that N-nitrosamines from amino
18 acids commonly occur in the human body?
19     A.  Like I said, it could occur in the
20 body, but I don't see how that is relevant.   03:05 PM
21     MR. NIGH:  How much longer do you
22 want to go till a break?
23     MR. FOWLER:  It's up to you,
24 Counsel.
25     Actually, it's up to you,       03:05 PM

Page 239

1  Dr. Panigrahy.
2      THE WITNESS:  We're together.  You
3  decide.
4      MR. FOWLER:  How long have we been
5  going, like an hour and a half?  Let's     03:05 PM
6  take a break then, that's fine, for
7  madam court reporter, please.
8      THE VIDEOGRAPHER:  The time is
9  3:04.  We're off the record.
10 (Recess taken at 3:04 p.m. to 3:34 p.m.)     03:05 PM
11     THE VIDEOGRAPHER:  The time is
12 3:34.  We're back on the record.
13     MR. FOWLER:  Before we return to
14 the questioning, I want to circle back
15 on Exhibit 8, which was Dr. Panigrahy's     03:35 PM
16 correction list, and I want to note that
17 this was sent in an email at 4:57
18 yesterday.  It was sent with the subject
19 "Studies per your request," from Dolores
20 DeSalvo, who I don't know.  It doesn't     03:35 PM
21 reference valsartan, it doesn't
22 reference Dr. Panigrahy, and worse, it
23 adds this document to the other 500 that
24 were in the drop on Tuesday, without any
25 reference that there's something -- the     03:35 PM

Page 240

1  email says a correction has been
2  uploaded to the Dropbox but it wasn't
3  isolated and it was sent at 4:57
4  yesterday.
5      So to the extent this needs to be     03:35 PM
6  revisited, I'm going to reserve on this,
7  because I don't have time to process
8  this today.  But I want to point out
9  clarification of what was explained
10 earlier, that it was 4:57 yesterday.       03:36 PM
11     MR. NIGH:  Yeah, I'll just point
12 out that it clearly states at the bottom
13 that it's corrections and it's uploaded
14 so -- to the Dropbox.
15     MR. FOWLER:  Amongst all the     03:36 PM
16 other, yes, sir.
17     MR. NIGH:  Sure.
18     MR. NIGH:  This is an original
19 sticker.  I don't like keeping those.
20 Let's put that back, Doctor.       03:36 PM
21     THE WITNESS:  Thank you.
22     MR. FOWLER:  This is mine.
23     Let's mark Number 11.
24 /
25 /                    03:36 PM

Page 241

1  (Exhibit 11, Endogenous versus exogenous
2  exposure to N-nitroso compounds and gastric
3  cancer risk in the European Prospective
4  Investigation into Cancer and Nutrition
5  (EPIC-EURGAST) study, marked for       03:36 PM
6  identification.)
7      MR. NIGH:  Yeah, we were also
8  going to note, that the company
9  documents were uploaded to the Dropbox
10 as the full production on September 7th.   03:37 PM
11 So that information is already in
12 there.
13     MR. FOWLER:  Thank you.  We were
14 looking for clarification on that.  I
15 think I said I didn't recall if they     03:37 PM
16 were there, and I asked him if they
17 were, but thank you for that.  I
18 appreciate it.
19     MR. NIGH:  You're welcome.
20     MR. FOWLER:  Here's two copies of     03:37 PM
21 Exhibit 11.
22 BY MR. FOWLER:
23     Q.  Before you, Dr. Panigrahy, is
24 Exhibit 11, and let me ask you first, are you
25 familiar with the journal "Carcinogenesis"?     03:37 PM

61 (Pages 238 - 241)

Page 242

1  A. Yes.
2  Q. Is that a reputable journal?
3  A. Yes.
4  Q. Have you published in that?
5  A. I personally haven't, but I've          03:37 PM
6  read papers in there.
7  Q. Yes, sir. And this article is
8  entitled "Endogenous Versus Exogenous
9  Exposure to N-Nitroso Compounds and Gastric
10 Cancer Risk in the European Prospective      03:38 PM
11 Investigation into Cancer and Nutrition, the
12 EPIC-EURGAST study." And this is from March
13 of 20O-6. The lead author is Paula Jakszyn,
14 J-a-k-s-z-y-n.
15 Have you seen this document          03:38 PM
16 before, Doctor, this article?
17 A. Yes.
18 Q. And I note that you did not
19 include it in the 583 references in your
20 report, did you?                            03:38 PM
21 MR. NIGH: Form objection.
22 A. Let me just check. So when I did
23 epi studies with gastric cancer, I relied on
24 several studies, one was Song, which was a
25 meta-analysis of 11 different epi studies and  03:38 PM

Page 243

1  then I cited several other studies.
2  BY MR. FOWLER:
3  Q. Okay. I'm only going to talk
4  about this study for the next few minutes,
5  sir. So we can agree, and it sounds like you  03:39 PM
6  would agree that it's not one of the
7  references in your report, correct, sir?
8  MR. NIGH: Form objection.
9  BY MR. FOWLER:
10 Q. Your report speaks for itself.       03:39 PM
11 A. Let me just -- actually, let me
12 check. I thought I had cited gastric cancer.
13 MR. FOWLER: Let's go off the
14 record. The doctor -- while you look
15 through your report --                       03:40 PM
16 THE VIDEOGRAPHER: The time is
17 3:39. We're off the record.
18 (Recess taken at 3:39 p.m. to 3:41 p.m.)
19 THE VIDEOGRAPHER: The time is
20 3:41, we're back on the record.              03:42 PM
21 THE WITNESS: Correct, it looks
22 like I didn't cite the Jakszyn 20O-6. I
23 mentioned in the gastric section of my
24 report the Song meta-analysis and then
25 De Stefani, Pobel, La Vecchia, Larson.       03:42 PM

Page 244

1  And then I also mentioned Palli, Loh,
2  Knekt, Keszei, and I actually did say
3  Jakszyn studies. But as far as
4  citations with all the references, it
5  looks like I cited Song, De Stefani,        03:43 PM
6  Pobel, La Vecchia, and Keszei I did
7  cite.
8  BY MR. FOWLER:
9  Q. Thank you for confirming that.
10 And you said you -- did you say           03:43 PM
11 that Knekt -- the K-n-e-k-t study was one of
12 them?
13 A. I did mention Knekt in the gastric
14 section.
15 Q. Okay. Thank you.                    03:43 PM
16 So, Doctor, directing your
17 attention to page 1499 of this study, under
18 the discussion section. Are you with me,
19 sir?
20 A. Yes.                                03:43 PM
21 Q. If you look at the -- the last
22 sentence of the paragraph on the first column
23 leading over to the second column, it says
24 "There is only one other cohort study that
25 has investigated the association between NDMA  03:43 PM

Page 245

1  and GC, gastric cancer, and no association
2  was found."
3  Do you see where I read that,
4  sir?
5  A. Yes.                                03:44 PM
6  MR. NIGH: Form objection.
7  BY MR. FOWLER:
8  Q. And that refers to the study that
9  you were referencing, doesn't it, sir? 16,
10 if you look --                              03:44 PM
11 A. Yes. Yes.
12 Q. And could this be the reason why
13 you didn't include Jakszyn in your
14 references?
15 MR. NIGH: Form objection.            03:44 PM
16 A. So I did include Jakszyn -- so
17 when I went through the epi studies for the
18 diet, first I started with Song, the
19 meta-analysis, and then I included the
20 De Stefani, Pobel, La Vecchia, Larson, Palli,  03:44 PM
21 Loh, Knekt, Keszei, and Jakszyn. However,
22 I -- with 583 citations, I cited about three
23 or four from this one section.
24 BY MR. FOWLER:
25 Q. Right. And, you know, amongst the  03:44 PM

62 (Pages 242 - 245)

Page 246

1 citations that you cited, you included one on
2 the inflammatory properties of polygranate
3 fruit, right, that was one of the ones did
4 include?
5         MR. NIGH: Form objection.        03:45 PM
6 BY MR. FOWLER:
7    Q. Do you recall that, Doctor, on
8 inflammation, you reference is it pomegranate
9 or polygranate? Pomegranate, I haven't tried
10 it myself.                                03:45 PM
11    A. Which reference?
12    Q. You reference a pomegranate study
13 about inflammation, but you don't reference
14 this study on N-nitroso compounds and gastric
15 cancer risk; is that correct?            03:45 PM
16        MR. NIGH: Form objection.
17    A. So I cited to De Stefani, Pobel,
18 La Vecchia, and Larson that had statistical
19 significant findings, I cited. And then I
20 did cite Song, the meta-analysis, and then --  03:45 PM
21 I'm sorry, the pomegranate?
22 BY MR. FOWLER:
23    Q. I'm sorry. Let me withdraw that.
24        But, Doctor, the Keszei study, do
25 you cite it in your report for the        03:46 PM

Page 247

1 proposition that it did find an association
2 of gastric cancer and NDMA?
3        MR. NIGH: Form objection.
4    A. So the Keszei had an increase in
5 men. I wanted to include -- in my analysis,  03:46 PM
6 I didn't want to cherry-pick. I wanted to
7 include all the studies. So -- and that's
8 what I did here in this statement where it
9 says "in the Song meta-analysis I included
10 the De Stefani, Pobel, La Vecchia, Larson,   03:46 PM
11 Palli, Loh, Knekt, Keszei, Jakszyn. So with
12 having almost 600 references, it was -- it
13 was -- you know, the Song -- the
14 meta-analysis of 11 studies covered many of
15 these studies.                           03:46 PM
16 BY MR. FOWLER:
17    Q. Yes, sir. With so many
18 references, it's kind of hard to -- as we saw
19 from Exhibit 8, it's hard for that many
20 references without some mistakes, correct?   03:47 PM
21    A. Correct.
22    Q. And am I correct that you don't
23 say in your report that the Keszei study that
24 investigated the association between NDMA and
25 gastric cancer found no association; do you   03:47 PM

Page 248

1 say that in your report when you refer to
2 that study?
3        MR. NIGH: Form objection. It's
4 on page --
5    A. Well, I say nonsignificant        03:47 PM
6 increase for Palli, for Loh, nonsignificant
7 increase. Jakszyn studies did not. So
8 what's important is that this is in the
9 context of with Hidajat, which was the
10 paragraph before, and then I mentioned      03:47 PM
11 De Stefani, Pobel, La Vecchia and Larson.
12 BY MR. FOWLER:
13    Q. Okay. Thank you. Now let's
14 return to this article, please, this Jakszyn
15 20O-6, same page where the discussion is,   03:47 PM
16 sir.
17        The first sentence, "This is the
18 first study," -- and here we are at 20O-6.
19 "This is the first study reporting
20 relationships between both endogenous and    03:47 PM
21 exogenous exposure to NOC's."
22        Can we agree those are nitroso
23 compounds?
24    A. Yes.
25    Q. And it says, the next sentence,   03:48 PM

Page 249

1 "The exposure of NDMA from food was less than
2 1 microgram a day, whereas that from
3 endogenous nitrosos was 93 micrograms a day."
4        Did I read that correctly, sir?
5    A. Correct.                          03:48 PM
6    Q. And if you look down in Table 1,
7 we see that -- do you see the ENOC line at
8 93.05?
9    A. Right.
10    Q. That's referring to micrograms,   03:48 PM
11 yes?
12    A. Yes.
13    Q. And if we were to translate that
14 to nanograms, that would be 93,000 nanograms
15 of nitroso compounds endogenously produced,  03:48 PM
16 according to this study, correct?
17    A. Correct.
18    Q. And amongst those N-nitroso
19 compounds, you would agree that NDMA would be
20 included in that, correct?                03:48 PM
21        MR. NIGH: Form objection.
22    A. What's -- yes, NDMA is one of the
23 members of the family. However, what's
24 important in these studies is we -- the
25 studies that quantify the amount of NDMA was  03:49 PM

63 (Pages 246 - 249)

Page 250

1 the important part.
2       And also I'll add, that we don't
3 use one study as a conclusion. We use a
4 series of studies. So the fact that Song
5 meta-analysis was significant and the fact    03:49 PM
6 that De Stefani, Pobel, La Vecchia and Larson
7 all had statistical increases, those are four
8 separate epi studies, and that's with diet,
9 and that in conjunction with Hidajat, which
10 had significant -- significance of    03:49 PM
11 association between inhalation and mortality.
12 BY MR. FOWLER:
13    Q. Yes, sir, respectfully, there
14 wasn't -- I didn't have a question pending.
15    A. Okay.    03:50 PM
16    Q. Now, let me direct your attention
17 to what will be marked as Exhibit 12.
18 (Exhibit 12, DNA adducts in humans after
19 exposure to methylating agents, marked for
20 identification.)    03:50 PM
21 BY MR. FOWLER:
22    Q. Now, Dr. Panigrahy, do you agree
23 that the -- let me start that again.
24       Do you agree that a marker of the
25 presence of NDMA is the DNA adduct, the    03:50 PM

Page 251

1 0-6-methylguanine adduct is a marker of NDMA
2 metabolism?
3    A. Yes.
4    Q. And scientists don't dispute that,
5 correct?    03:51 PM
6    A. Correct.
7    Q. It's a unique adduct that can be
8 identified and quantified by scientists,
9 correct?
10    A. It's not specific to NDMA    03:51 PM
11 metabolism, in the context of giving NDMA,
12 it's a marker. However, you can see these
13 adducts in other situations.
14    Q. Yes, sir.
15       And, Doctor, in your work, in your    03:51 PM
16 professional work outside of this litigation,
17 do you look at DNA in your laboratory?
18    A. Yes. One of our discovery was
19 that DNA cell death can be a marker of tumor
20 growth. And we actually showed in several    03:52 PM
21 publications that that cell death from DNA,
22 which can be necrotic cell death or apoptotic
23 cell death can actually stimulate tumor
24 growth, which is a little paradoxical,
25 because cancer therapy, that's the goal to    03:52 PM

Page 252

1 induce cell death. And that's how cell
2 death -- and it can be from DNA.
3       We've actually looked for
4 circulating tumor cells from the DNA in the
5 blood. Because one of the -- when we    03:52 PM
6 translate a cancer drug from the lab to the
7 clinic, one of the important things we look
8 for is biomarkers when a cancer patient gets
9 a drug, how do you know your drug is working.
10 So what we model, and we work very closely    03:52 PM
11 with the oncologists, is what are these
12 systemic markers, whether they're in the
13 blood or in the tissue, and ideally in the
14 blood, and what's a marker of the drug
15 efficacy.    03:53 PM
16    Q. Right. Doctor, apoptotic cell
17 death --
18       THE REPORTER: A what?
19 BY MR. FOWLER:
20    Q. Apoptotic, A-p-o-p-t-o-t-i-c, I    03:53 PM
21 think, that is not the same as looking at DNA
22 strands and DNA breakage, is it, sir?
23       MR. NIGH: Form objection.
24    A. DNA strands can generate --
25 /    03:53 PM

Page 253

1 BY MR. FOWLER:
2    Q. Correct.
3    A. -- them. Cell damage that can
4 lead to apoptotic cell death.
5    Q. Yes, sir.    03:53 PM
6    A. So there's a lot of interplay
7 between DNA damage, oxidative stress,
8 inflammation, and apoptotic cell death.
9 They're very interlinked.
10    Q. I understand. But what your lab    03:53 PM
11 looks at is the artifacts, if you will, the
12 byproduct of cell death, whether it's
13 apoptotic, whether it's debris from necrosis,
14 but you don't actually look at DNA breaks in
15 your lab or mistranscriptions, do you?    03:53 PM
16    A. Correct. Now that's a
17 different -- so like --
18    Q. Yes.
19    A. -- those assays we don't do.
20    Q. And to be clear, you don't do the    03:54 PM
21 assays that would recognize a CG/AT
22 mistranscription? You don't actually see
23 those in your lab, right?
24    A. Correct.
25    Q. And you don't actually evaluate    03:54 PM

64 (Pages 250 - 253)

Page 254

1 DNA repair in your lab, do you?
2    A.  We -- correct.  But like I said,
3 it's a little -- all these processes mix
4 together and they all play together.  So
5 we'll look at the endpoint of DNA damage and    03:54 PM
6 we'll look at that by PCR, by protein.
7    Q.  Sure.  But when you look at the
8 end product of a cell death, you don't know
9 what exactly happened to the DNA or even if
10 the DNA was the cause of the apoptosis,    03:54 PM
11 correct?
12    A.  Well, we do carefully planned
13 experiments where we will induce the cell
14 death in certain cells and -- yeah.
15    Q.  Okay.  So let's get back to the    03:55 PM
16 this article by Dr. Kyrtopoulos, "DNA Adducts
17 in Humans After Exposure to Methylating
18 Agents."
19    We agree that NDMA and -- let me start
20 that again.    03:55 PM
21    We agree NDMA is a methylating agent,
22 correct?
23    A.  Yes.
24    Q.  That's where the M comes from?
25    A.  Yes.    03:55 PM

Page 255

1    Q.  And the EA an alkylating agent,
2 right?
3    A.  Right.
4    Q.  And --
5    A.  Actually, that's where the ethyl    03:55 PM
6 comes up.  They're both alkylating, but ethyl
7 is NDEA, methyl is NDMA.
8    Q.  I almost sounded like I knew what
9 I was saying until you corrected me.  Thank
10 you, Doctor.    03:55 PM
11    Okay.  So that's the title of the
12 article.  Let's look at the abstract, sir,
13 and directing your attention to the last
14 sentence.  "Based on the dosimetry of adduct
15 accumulation in rats chronically exposed to    03:56 PM
16 very low doses of NDMA, it is suggested that
17 the exposure needed to account for the levels
18 of adducts found in human DNA may be of the
19 order of hundreds of micrograms NDMA or
20 equivalent per day.  A level of exposure    03:56 PM
21 which may well represent a significant
22 carcinogenic hazard for man."
23    Do you see that?
24    A.  Yeah.
25    Q.  And when we look at the beginning    03:56 PM

Page 256

1 of the abstract, it states that "the high
2 incidence of methylated DNA adducts, even in
3 humans thought not to have suffered extensive
4 exposure to environmental methylating agents
5 implies that chemicals of endogenous origin,    03:57 PM
6 probably N-nitroso compounds such as the
7 strongly carcinogenic NDMA, may be primarily
8 responsible for their formation and raises
9 questions of carcinogenic risks associated
10 with such exposure."    03:57 PM
11    Do you agree with that, Doctor?
12    A.  Yes.
13    Q.  And I think, correct me if I'm
14 wrong, I think we are in agreement that these
15 adducts are what you refer to as biomarkers    03:57 PM
16 for NDMA -- for an NDMA-metabolized mutation,
17 right?
18    A.  Right, they're not just
19 biomarkers.  They can initiate the cancer.
20 So they have a very important process in    03:57 PM
21 the -- how NDMA can cause cancer.
22    Q.  Yes, sir, and we will probably
23 talk about that.  But for right now I'm just
24 trying to get us on the same page.  That the
25 adducts that are observed are a marker for a    03:58 PM

Page 257

1 level of -- for the level of NDMA, according
2 to this article, correct?
3        MR. NIGH:  Form objection.
4    A.  Correct.
5 BY MR. FOWLER:    03:58 PM
6    Q.  And this is an article that you
7 cite and rely upon in your report?
8    A.  Correct.  But I'll say one of the
9 things we put in a context is that when we
10 talk about adducts, you have to talk about in    03:58 PM
11 the context of an experiment, whether it's
12 in vivo giving a carcinogen to cause a tumor.
13 You have to relate it to the tumor or you
14 relate it to a certain activity.  Just the
15 presence of an adduct, it's important to put    03:58 PM
16 a metabolite in the context of the
17 experiment.
18    Q.  Doctor, scientists agree that the
19 presence of the O-6 mg, can I call it that?
20    A.  Yeah.    03:58 PM
21    Q.  The O-6 mg is a marker of NDMA's
22 presence in the cell, correct?
23    A.  Correct.
24    Q.  And if you look at the second page
25 of this article, sir, it's 136 at the top of    03:59 PM

Page 258

1 the first column -- actually, start it on the
2 first page, bottom of the thing -- bottom of
3 the column, it says "Additional human
4 exposure to NDMA is derived from endogenous
5 formation in the stomach and/or other body    03:59 PM
6 compartments. Accurate direct estimation of
7 endogenous exposure to NDMA is not possible,
8 but based on indirect evidence it's been
9 suggested that this mode of exposure may
10 greatly exceed that arising from exogenous    03:59 PM
11 sources."
12        Did I read that correctly?
13    A.  Yes.
14    Q.  And do you agree with that, sir?
15    A.  No.                                    03:59 PM
16    Q.  So you cited this article for some
17 other purpose?
18    A.  So when you cite an article, you
19 don't -- that doesn't necessarily mean you
20 agree with every sentence in this article.    03:59 PM
21        So I would agree that accurate
22 direct estimation of endogenous NDMA is not
23 possible; that's what we know. But I would
24 have to see evidence that this mode of
25 exposure, since it's biologically pretty      04:00 PM

Page 259

1 impossible to measure the endogenous NDMAs.
2 It's technically not possible to make the
3 conclusion that it may greatly exceed that
4 from exogenous sources, which, in a
5 scientific publication, you can say may and   04:00 PM
6 they cite reference 7, a model for estimation
7 of human exposure to endogenous, 1980, that's
8 a model. So many people have tried to model
9 endogenous formation, either in vivo or --
10 yeah, in the body, but we have to be careful  04:00 PM
11 with modeling.
12        In the end, it's very important,
13 in vivo is to have an accurate estimation --
14 measure of the amount of endogenous NDEA, and
15 that's not possible here.                     04:01 PM
16        And also, I would just add, and
17 I've said this before, what's relevant here
18 is those exogenous NDMA in the valsartan
19 tablet caused human cancer. The question
20 wasn't does endogenous NDMA cause cancer.     04:01 PM
21        MR. FOWLER: Exhibit 12.
22        THE REPORTER: No, 13.
23 (Exhibit 13, Nitrosamines as Impurities in
24 Drugs - Health Risk Assessment and Mitigation
25 Public Workshop, March 29-30, 2021, marked    04:02 PM

Page 260

1 for identification.)
2        THE WITNESS: Can I add something
3     else?
4        MR. FOWLER: I haven't asked a
5 question, sir.                                04:02 PM
6        THE WITNESS: Okay.
7 BY MR. FOWLER:
8    Q.  Before you, sir, is Exhibit 13,
9 which I will submit is FDA's published
10 summary from the Nitrosamines as Impurities - 04:02 PM
11 Health Risk Assessment Mitigation public
12 workshop, held March 29, 30, 2021.
13        First of all, did you attend or
14 watch that workshop, sir?
15    A.  No, I did not.                         04:02 PM
16    Q.  Have you seen this document
17 before?
18    A.  I don't think so, no.
19    Q.  Okay. You just testified that
20 the -- as I've said before, what's relevant   04:02 PM
21 here, does exogenous NDMA in the valsartan
22 tablet cause human cancer. The question
23 wasn't does endogenous NDMA cause cancer;
24 that's what you testified to. And now let me
25 direct to you page 4 of the summary, please.  04:03 PM

Page 261

1        Are you there?
2    A.  Yes.
3    Q.  Thank you. At the bottom of the
4 page, that last paragraph, it says "In
5 addition to their abundance in the            04:03 PM
6 environment, nitrosamines are formed
7 endogenously. To calculate risk, it is
8 imperative to determine endogenous formation
9 and understand the pharmacokinetics of
10 nitrosamines formation and distribution."     04:03 PM
11        Do you see that, sir?
12    A.  Yes.
13    Q.  So do you disagree with the FDA?
14    A.  So I agree that in 2021 this is a
15 very important question to determine          04:03 PM
16 endogenous formation, and I agree with this
17 panel.
18        Currently, we don't have an
19 accurate way to measure endogenous NDMA. And
20 actually in the diets -- in some of the       04:04 PM
21 studies like Hidajat, the NDMA not only can
22 come from inhalation, but it can come from
23 somebody eating NDMA in the diet.
24        So what I'm saying is, in science
25 you meet, in 2021, and this is a very         04:04 PM

66 (Pages 258 - 261)

Page 262

1 important question, but currently the
2 regulatory agencies, such as the FDA, the EMA
3 and the DMA in their 2020 report wrote, "It
4 is important to know the endogenous levels of
5 NDMA, but there's no assay to detect it."      04:04 PM
6        So there's no reliable way to know
7 it. And this is where a group of talented
8 scientists are meeting to answer a question,
9 what is the endogenous level of NDMA, but we
10 don't have an accurate method to quantify      04:05 PM
11 that.
12        MR. NIGH: And I just wanted to
13    object to the form of that question.
14        Go ahead.
15 BY MR. FOWLER:                                 04:05 PM
16    Q.  Directing your attention to page
17 27, sir, third paragraph. "DNA adducts were
18 indicated by the expert panelists as the best
19 biomarkers of exposure for nitrosamines
20 because they can be reliably quantified using  04:05 PM
21 highly sensitive analytic methods."
22        Do you see that, sir?
23    A.  Yes.
24    Q.  And do you agree with that?
25    A.  Yes. So we can quantify NDMA          04:05 PM

Page 263

1 adducts. I cited in my report many papers
2 that give NDMA, for example, in the monkey
3 and four hours later you can detect -- in 32
4 different tissues DNA adducts.
5    Q.  Yes, sir. This is saying -- and       04:05 PM
6 you agree that you can detect the mg O-6
7 adduct in humans and that can be quantifiably
8 measured, yes?
9    A.  Yes. I cited, right.
10    Q.  You agree?                            04:06 PM
11    A.  I cited even the 1970 papers that
12 I mentioned, they measured the adducts.
13    Q.  And in 2021, the expert panelists,
14 which included one of Plaintiffs' experts
15 Dr. Hecht, agreed that the mg O-6 adduct is   04:06 PM
16 the best way to quantify the endogenous
17 production of NDMA, correct?
18        MR. NIGH: Form objection.
19 BY MR. FOWLER:
20    Q.  Were you aware of that, sir?          04:06 PM
21    A.  I'm not sure where you're reading.
22    Q.  It's the same place. I just want
23 to confirm that you were aware that the FDA
24 panel, including Plaintiffs' expert
25 Dr. Hecht, agreed that endogenous NDMA can be  04:06 PM

Page 264

1 measured by virtue of the adduct which can be
2 quantified?
3        MR. NIGH: Form objection.
4    A.  So it's different to measure the
5 adduct as a biomarker versus endogenous NDMA.  04:06 PM
6 So that's a different question. Here,
7 they're trying to use it as a biomarker of
8 exposure for nitrosamines.
9        So the question that you asked
10 before is endogenous NDMA, that's an entirely  04:07 PM
11 different question. It is possible to
12 measure DNA adducts in tissues and blood and
13 use that as a biomarker. So that's what we
14 try to do all the time in science is --
15 that's what I was mentioning in the lab and    04:07 PM
16 when we translate in patients. We try to
17 find biomarkers that reflect the activity of
18 a certain drug, but that's not the level of
19 the endogenous NDMA that's in the body.
20 BY MR. FOWLER:                                 04:07 PM
21    Q.  Can we agree, Doctor, that the mg
22 O-6 is the mutation that is -- that NDMA
23 forms on the -- on DNA, correct?
24    A.  So, actually, 65 percent of the
25 adducts that are formed are N7-methylguanine.  04:07 PM

Page 265

1    Q.  Right.
2    A.  And 7 percent is
3 O-6-methylguanine, and there's about three or
4 four other methylguanines. There's three or
5 four other types that make up the hundred      04:08 PM
6 percent. And, in fact, with NDEA metabolism,
7 it gets even more complicated. Ethyl is
8 about four or five adducts.
9        So measuring the endogenous level
10 of NDMA is different from measuring the        04:08 PM
11 endogenous level of an O-6-methyl adduct.
12    Q.  The O-6-methyl adduct can be
13 quantifiably measured, correct?
14    A.  Correct.
15    Q.  And the N7 is not the carcinogenic    04:08 PM
16 mutation that's caused by NDMA, right?
17        MR. NIGH: Form objection.
18    A.  There is papers that show that N7
19 can contribute to the cancer-causing
20 activity.                                      04:08 PM
21 BY MR. FOWLER:
22    Q.  Are you certain?
23        MR. NIGH: Form objection.
24    A.  So -- well, part of the mechanism,
25 there are papers that say that you have both   04:09 PM

Page 266

1 N7 and O-6 adducts as part of the --
2    Q. Yes, sir.
3    A. -- cancer-causing activity.
4       I would have to see a paper that
5 clearly showed that O-6 was the only cause of    04:09 PM
6 NDMA-induced cancer. That's highly not
7 likely, because to do that experiment, you
8 would have to neutralize the O-6 metabolite
9 and show in a knockout mouse or a
10 neutralizing antibody that that's the key    04:09 PM
11 cause of the cancer. So likely there's more
12 than one adduct that causes NDMA-induced
13 cancer.
14    Q. Yes. Okay. That's fine, sir.
15       But my question is, the mg O-6    04:09 PM
16 adduct, there's no question in your mind that
17 that is formed by NDMA metabolism, correct?
18    MR. NIGH: Form objection.
19    A. Yes.
20 BY MR. FOWLER:    04:09 PM
21    Q. Okay. And what else that you're
22 aware of forms the O-6 mg adduct?
23    A. So I would have to look at --
24 there are other carcinogens, I don't know off
25 the top of my head which ones, but that's a    04:10 PM

Page 267

1 general process. The formation of DNA
2 adducts isn't specific to NDMA. The
3 formation adducts, other carcinogens can do
4 that.
5    Q. Other carcinogens form the O-6 mg?    04:10 PM
6    MR. NIGH: Form objection.
7    A. Like I said, it's not -- I would
8 have to look. I don't think it's specific to
9 NDMA. To say that a biomarker -- it's very
10 few times in cancer that you have a specific    04:10 PM
11 biomarker to one particular chemical. It's
12 usually a general process of cancer, in this
13 case, initiation of cancer with the
14 0-6-methylguanine.
15 BY MR. FOWLER:    04:11 PM
16    Q. Doctor, the paper that we just
17 looked at by Dr. Kyrtopoulos stated that the
18 presence of the O-6 mg is attributable --
19 most likely attributable to the NDMA from
20 endogenous sources. And I thought you agreed    04:11 PM
21 with that?
22    MR. NIGH: Form objection.
23    A. No, I didn't. I said to do that
24 experiment they give NDMA exogenously and
25 then they look at 0-6-methylguanine.    04:11 PM

Page 268

1 BY MR. FOWLER:
2    Q. And, Doctor, FDA says -- well, we
3 covered what FDA said about the adduct.
4 Never mind?
5       Doctor, you know, as an expert I    04:11 PM
6 can ask you a hypothetical. Okay?
7       I want you to assume that there
8 are 600 O-6 mg adducts in a human liver cell
9 without any additional exogenous exposure.
10 Okay?    04:12 PM
11       With that assumption, what else
12 would you attribute to the O-6 mg adducts
13 other than the presence of endogenously
14 produced NDMA?
15    MR. NIGH: Form objection.    04:12 PM
16    A. So the DNA adducts in this
17 hypothetical thing, can result from other
18 processes besides NDMA.
19    Q. Other carcinogens or other
20 genotoxic compounds?    04:12 PM
21    A. Yes. Anything that induces DNA
22 damage is genotoxic, can, in theory, mute --
23 there's four DNA bases. So that -- you're
24 question is with O-6. So there are other
25 genotoxic agents that could also cause that    04:12 PM

Page 269

1 type of adduct.
2    Q. Okay. And, Doctor, if -- do we
3 agree that one O-6 mg adduct is formed for
4 one DNA molecule, correct?
5    MR. NIGH: Form objection.    04:13 PM
6    A. I would have to see the experiment
7 again. In science we don't assume things. I
8 would have to see the ratio and these are
9 technically challenging experiments, because
10 of these ions that are formed are very quick    04:13 PM
11 acting, very tough to measure.
12    Q. Yes, sir.
13    A. But in theory you would have a
14 certain number -- ratio of the NDMA to the
15 adduct.    04:13 PM
16       Is that your question?
17    Q. It is. And it's the metabolized
18 form of NDMA that causes the O-6 adduct,
19 correct?
20    A. Correct.    04:13 PM
21    Q. And it's not your testimony, is
22 it, sir, that one metabolized NDMA molecule
23 could form multiple CG/AT mutations, is it?
24    A. So what happens is that DNA adduct
25 initiates the cancer process locally in that    04:14 PM

68 (Pages 266 - 269)

Page 270

1 tissue, but then -- this can cause mutations.
2 So I talk about the 9 key characteristics.
3 It's a domino effect. So that -- when the
4 adduct has now targeted that tissue, by the
5 cytochrome P450s, will generate these DNA    04:14 PM
6 adducts, and what will happen is that initial
7 part of the DNA damage may be the initiation
8 of cancer, but what we now know in cancer,
9 there's multiple processes that cause that
10 cancer, not just the DNA adduct.    04:14 PM
11    So we have -- like I mentioned,
12 there's mutagens, there's impaired DNA
13 repair, genomic instability, there's
14 oxidative stress, immunosuppression. So all
15 of these process -- because the DNA is not    04:15 PM
16 the only cell in the tissue that's important.
17 You have blood vessels that stimulate
18 angiogenesis. You have immune cells that are
19 also working in direct contact with the DNA.
20    So the DNA adduct alone is not the    04:15 PM
21 only part of the causation of NDMA. That's
22 why, in my report, I focused in on 9 key
23 characteristics. And that's where, like I
24 said, IARC in the last eight years has
25 switched carcino- -- the mechanism of action    04:15 PM

Page 271

1 of carcinogens has focused on these 10 key
2 characteristics.
3    MR. FOWLER: Madam court reporter,
4 will you please read my question back?
5    THE REPORTER: "And it's not your    04:13 PM
6 testimony, is it, sir, that one
7 metabolized NDMA molecule could form
8 multiple CG/AT mutations, is it?"
9    THE WITNESS: What was the
10 question?    04:16 PM
11    MR. FOWLER: One more time,
12 please.
13    THE REPORTER: "And it's not your
14 testimony, is it, sir, that one
15 metabolized NDMA molecule could form    04:13 PM
16 multiple CG/AT mutations, is it?"
17    THE WITNESS: So a geno- -- yes,
18 in a one molecule that's genotoxic can
19 induce -- start DNA, and there's four
20 basis of DNA.    04:17 PM
21    So the two -- like I mentioned,
22 the two most common adducts that are
23 formed, 65 percent is N7 and around 7
24 percent is the O-6. So those are the
25 two most common adducts formed.    04:17 PM

Page 272

1 BY MR. FOWLER:
2    Q. I'm focusing now, and we're going
3 to get to your one molecule theory. So I'm
4 trying -- I'm asking one molecule question.
5    Again, can one molecule of NDMA,    04:17 PM
6 when it's metabolized by the CYP 450 2E1, can
7 that form more than one mutation per
8 molecule?
9    MR. NIGH: Form objection.
10    A. In theory, yes.    04:17 PM
11 BY MR. FOWLER:
12    Q. What is left to act on the DNA
13 after the metabolite is used to miscode the
14 CG/AT transcription?
15    A. So this whole process, it    04:17 PM
16 initiates, like I said, a domino effect.
17 That initial one molecule that could induce
18 the DNA damage that can cause a mutation,
19 it's a domino effect. So initially there was
20 one molecule.    04:18 PM
21    But that's why a genotoxic
22 carcinogen is very dangerous, because one
23 molecule can induce DNA damage. And in
24 cancer, once you start that process, that
25 can -- you initiate these other 9 key    04:18 PM

Page 273

1 characteristics.
2    Q. The DNA damage caused by the NDMA
3 metabolite is a CG to AT transcription error,
4 correct?
5    A. Correct.    04:18 PM
6    Q. And that results in what is
7 referred to as the O-6 mg DNA adduct,
8 correct?
9    A. Right.
10    Q. And my question is simply this:    04:18 PM
11 Can the one molecule cause more than one
12 O-6 mg adduct or do you know?
13    MR. NIGH: Form objection.
14    A. Okay. So it's likely it forms one
15 molecule, but with that one molecule, can    04:19 PM
16 already initiate these other processes.
17 BY MR. FOWLER:
18    Q. I understand you want to say that,
19 doctor, I get that. I'm still trying to
20 focus on the O-6 mg adduct that we're talking    04:19 PM
21 about.
22    A. Okay.
23    Q. It is not your testimony that a
24 single molecule of NDMA can form multiple
25 O-6 mg adducts, is it?    04:19 PM

69 (Pages 270 - 273)

Page 274

```
1            MR. NIGH:  Form objection.
2     A.  No.  I'm saying it can form one
3  molecule but that one DNA adduct can go on to
4  initiate all these other processes.
5  BY MR. FOWLER:                      04:19 PM
6     Q.  We're not there yet, Doctor.  I
7  know you want to say that.
8        And when the mg O-6 adducts are
9  used as the biomarker to measure NDMA, it's
10 being -- it's based upon one molecule, one   04:19 PM
11 adduct, correct, sir?
12           MR. NIGH:  Form objection.
13    A.  Correct, yes.
14 BY MR. FOWLER:
15    Q.  Okay.  And in your lab, sir, you  04:19 PM
16 do not look at DNA adducts, do you, sir?
17           MR. NIGH:  Form objection.
18    A.  We don't study DNA adducts.  Like
19 I mentioned, we study processes related --
20    Q.  Right.                        04:20 PM
21    A.  -- to DNA adducts, such as
22 oxidative stress, inflammation.  Like I
23 mentioned before, DNA damage leads to -- this
24 oxidative DNA damage is basically key
25 characteristic number five.  There's a whole  04:20 PM
```

Page 275

```
1  thing on oxidative stress.  And apoptotic
2  death, hirci is part of key characteristic
3  10, is apoptotic, cell death.  They're all
4  interlinked.  That DNA damage is highly
5  connected to what we study, which is       04:20 PM
6  apoptotic cell death from the DNA damage.
7     Q.  The one DNA transcription error
8  caused by one molecule of NDMA can be
9  repaired by one molecule of MGMT; isn't that
10 correct, sir?                           04:20 PM
11           MR. NIGH:  Form objection.
12    A.  That's the function of the DNA
13 repair enzyme.
14 BY MR. FOWLER:
15    Q.  Yes, sir.  And, in fact, when    04:21 PM
16 we're speaking about the mg O-6 adduct that's
17 repaired by MGMT, it's referred to as a
18 suicide enzyme, correct, sir?
19    A.  Correct.  But what I say is that
20 NDMA can impair DNA repair enzyme.  So to say  04:21 PM
21 that NDMA induces a DNA adduct, which can be
22 repaired by this MGMT enzyme, when we know
23 that NDMA can also impair the enzyme.
24    Q.  I understand.  I read your report,
25 but I'm just -- baby steps.              04:21 PM
```

Page 276

```
1        We agree that when we're talking
2  one molecule of NDMA and one DNA adduct, that
3  one DNA adduct is subject to repair by one
4  MGMT molecule, correct.
5            MR. FOWLER:  Form objection.  04:22 PM
6     A.  Correct.
7  BY MR. FOWLER:
8     Q.  And if that happens, that cell
9  will not become carcinogenic, the DNA repair
10 is efficient and stores the DNA to its       04:22 PM
11 original integrity.  Isn't that also true,
12 sir?
13           MR. NIGH:  Form objection.
14    A.  When an adduct is formed, that's
15 part of the process of how NDMA can initiate  04:22 PM
16 cancer.
17 BY MR. FOWLER:
18    Q.  Yes, sir.
19    A.  So that's how I mentioned, it's
20 such a potent carcinogen, where even one dose  04:22 PM
21 can initiate cancer.  So that's part of --
22 that trigger, that adduct, that's where I
23 have to emphasize, even though DNA repair
24 enzymes can repair that DNA damage, it's
25 already led to other processes that can cause  04:22 PM
```

Page 277

```
1  cancer.
2     Q.  Doctor, MGMT molecules are present
3  in the cell, correct?
4     A.  Correct.
5     Q.  And they're present -- I want you  04:22 PM
6  to assume they're present at a level of a
7  thousand.  If there are a thousand MGMT
8  molecules in one cell, it can repair a
9  thousand NDMA-induced O-6 mg adducts,
10 correct?                               04:23 PM
11           MR. NIGH:  Form objection.
12    A.  No, part of -- why that reasoning
13 is faulty is that NDMA itself can impair NDMA
14 repair enzymes.  So what we would have to do
15 in a study, where we would have to study that  04:23 PM
16 exact question.  And we already know that
17 NDMA can impair this NDMA enzyme.
18        So in a person who doesn't have
19 NDMA, who is otherwise healthy and has an
20 otherwise healthy MGMT DNA repair system,    04:23 PM
21 yes, that's what the DNA repair is supposed
22 to do; when we get DNA damage, if you go out
23 in the sun on the beach and you get
24 ultraviolet rays that are inducing some type
25 of damage, the natural DNA damage that we    04:23 PM
```

70 (Pages 274 - 277)

Page 278

1  get, fortunately, most of us, knock on wood,
2  don't get cancer, and that's where our
3  processes that are normally in the body are
4  working to prevent that damage.
5       And that's actually what we          04:24 PM
6  studied.  The resolution of inflammation is
7  related to this debris that comes from
8  oxidative DNA damage from these adducts and
9  that we actually -- fortunately, we all have
10 in our body immune cells called macrophages   04:24 PM
11 that will clear that cell death.
12    Q.  And macrophages release reactive
13 oxygen species, ROS?
14    A.  They can.
15    Q.  Right.                           04:24 PM
16       Doctor, back to the one molecule.
17       You have no opinion, no
18 information on how long it takes a molecule
19 of MGMT to repair an O-6 mg caused by NDMA,
20 do you?                                 04:24 PM
21    MR. NIGH:  Form objection.
22    A.  So like I said NDMA can impair
23 that process.
24 BY MR. FOWLER:
25    Q.  Doctor, please.                  04:25 PM

Page 279

1       MR. NIGH:  Don't interrupt him.
2  And the other thing is, you're not on
3  video right now, and you are shaking
4  your head, you're closing your eyes,
5  you're doing all sort of things that are   04:25 PM
6  actually, I think, disruptive to the
7  expert here.  It's very troubling at
8  this point.
9       MR. FOWLER:  I'm sorry you're
10 troubled.                               04:25 PM
11      MR. NIGH:  You have to let him
12 answer the question.  It may not be the
13 answer that you're seeking but
14 oftentimes you hear it in the question.
15 You're just turning it off because      04:25 PM
16 you're shaking your head, you're getting
17 frustrated, it's not okay.
18      Go ahead, if you can answer.
19    A.  Well, I think part of the thing,
20 this is a hypothetical question with one   04:25 PM
21 molecule to one molecule, and
22 that's -- in the experiments we do in
23 sentence, it's very hard to do an experiment
24 with one molecule of NDMA, with one molecule
25 of an adduct, with one molecule of a DNA   04:25 PM

Page 280

1  repair enzyme.
2       But what I'm saying, is my point
3  here is that NDMA can impair that repair
4  process that we all -- normally the DNA
5  repair enzymes should repair that adduct.   04:26 PM
6    Q.  There is no peer-reviewed article
7  that conclusively says, in human beings, NDMA
8  interferes with the DNA repair process, is
9  there, Doctor?
10      MR. NIGH:  Form objection.        04:26 PM
11    Q.  And I'll wait as long as you would
12 like to point out that article, if you have
13 it, please.
14      MR. NIGH:  Form objection.
15    A.  So NDMA can affect the MGMT     04:26 PM
16 process.  I cited in my report that that
17 process of oxidative of genomic instability
18 and DNA --
19      THE REPORTER:  Of what
20 instability?                            04:26 PM
21      THE WITNESS:  Genomic instability.
22 That's key characteristics number 3.  We
23 can go to that --
24 BY MR. FOWLER:
25    Q.  I don't know where you're going,   04:26 PM

Page 281

1  Doctor, but I've not asked -- unless you're
2  showing me an article that says in humans
3  NDMA interferes with the DNA repair process,
4  then that's the only question that's on the
5  table right now.                        04:27 PM
6       MR. NIGH:  Form objection.
7    A.  I didn't understand you asked in
8  in humans.
9    Q.  Yes, sir.
10      THE REPORTER:  Hold on, gentlemen,   04:27 PM
11 one at a time.  Okay.  What did you say,
12 I didn't --
13      THE WITNESS:  I didn't realize the
14 questions was in humans.  Because it's
15 ethically not possible to do an          04:27 PM
16 experiment with NDMA like this, where we
17 would see the effect of NDMA on the
18 repair enzymes, many of these studies
19 have to be done in animal models or with
20 human tissue.                           04:27 PM
21      So this paper I cited in my report
22 was in an animal model where the NDMA
23 impaired the DNA repair process.
24 BY MR. FOWLER:
25    Q.  Doctor, from a qualitative       04:27 PM

71 (Pages 278 - 281)

Page 282

1 standpoint, do you understand what the DNA
2 repair process is for NDMA induced O-6 mgs?
3    A.  Yes.
4        MR. NIGH:  Form objection.
5    A.  So there's an O-6 MGMT.  It's a        04:28 PM
6 methylguanine methyltranferase.  That's the
7 enzyme that will repair the O-6 DNA adduct.
8    Q.  Okay.  And following on that
9 answer, do you understand whether it will
10 repair one or more O-6 mg adducts?        04:28 PM
11        MR. NIGH:  Form objection.
12 BY MR. FOWLER:
13    Q.  One molecule.
14    A.  Is your question somebody exposed
15 to NDMA or just somebody --        04:28 PM
16    Q.  No.  I'm saying based on your
17 study of the mechanisms and your purported
18 understanding of the DNA repair model, is
19 it one molecule of MGMT that repairs the
20 O-6 mg or does it take multiple?  I don't        04:28 PM
21 know.  What's your answer?
22    A.  Likely it's multiple molecules --
23        MR. NIGH:  Form Objection.
24    A.  -- because the studies, that's
25 where -- it's hard to do a study with just        04:28 PM

Page 283

1 one molecule.  But they can -- there are
2 studies showing that the O-6 MGMT, the
3 methylguanine methyltranferase, that's one of
4 its function, is to repair an DNA adduct such
5 as O-6.        04:29 PM
6        But in the case of NDMA-induced
7 cancer, that process is messed up.  You have
8 more 0-6-methylguanine, you have impaired
9 MGMT -- or you can have the MGMT but you have
10 must have more adducts that the enzyme system        04:29 PM
11 can't repair.  So that's how cancer starts,
12 that you can get the DNA damage that will
13 cause a mutation, because the repair enzyme
14 can't overcome the DNA damage from the NDMA.
15 BY MR. FOWLER:        04:29 PM
16    Q.  What is your evidence of any level
17 of NDMA that the body's DNA repair process
18 can't keep up with?
19        MR. NIGH:  Form objection.
20    A.  So that's in the animal        04:29 PM
21 experiments that I cited; that NDMA can
22 impair that DNA repair system.
23 BY MR. FOWLER:
24    Q.  You just said that the MGMT cannot
25 keep up.  I believe those are your words,        04:30 PM

Page 284

1 right?
2    A.  Correct.
3    Q.  And what level in the human body
4 can the MGMT not keep up with a level of
5 NDMA?        04:30 PM
6    A.  So this is where we extrapolate --
7 we cannot do that experiment in humans,
8 because NDMA is a, you know, a human
9 carcinogen.  It would be unethical to do this
10 experiment in humans.        04:30 PM
11        So when that happens, the study
12 mechanism of action, routinely scientists
13 have to do this in some type of other
14 setting.  Because no IRB in the world will
15 allow you to give a human carcinogen to a        04:30 PM
16 person.  In fact -- so in science you have to
17 go to a different model.  We do either an
18 in vivo animal model or in vitro model, and
19 that's where scientists have looked at that
20 question.        04:30 PM
21    Q.  Do you know what the expert
22 panelists at the FDA nitrosamine meeting
23 concluded as to whether or not the MGMT can
24 be depleted to exposure by NDMA?  Do you
25 recall what they said?        04:31 PM

Page 285

1        MR. NIGH:  Form objection.
2    A.  No.
3        MR. FOWLER:  Beg the court's
4 indulgence.
5        MR. NIGH:  I'm sorry, did you say        04:33 PM
6 "Beg the court's indulgence"?
7        MR. FOWLER:  Well, I'm sitting
8 here not asking a question.  I learned
9 that from my boss years ago, when you're
10 sitting there trying to find the page.        04:33 PM
11 Give me a second here.
12 BY MR. FOWLER:
13    Q.  Let me ask it this way, Doctor,
14 and I'll come back to it if I need to.
15        If FDA and their panel of experts        04:33 PM
16 concluded that MGMT would not be depleted by
17 the presence of the NDMA, do you disagree
18 with that?  Do you have any reason to
19 disagree with that?
20        MR. NIGH:  Form objection.        04:33 PM
21    A.  Can you just show me what they
22 said, just so I know --
23 BY MR. FOWLER:
24    Q.  I appreciate that.  I understand.
25    A.  Just so we're on the same page.        04:34 PM

72 (Pages 282 - 285)

Page 286

Q. Absolutely. You're a good witness
to say that. Bear with me.
Thank you. Doctor, directing your
attention in the FDA summary that's been
previously marked, page 6. I appreciate your 04:34 PM
patience on this.
A. Thank you.
Q. In the first paragraph at the end
it says "The MGMT content primary human
tissue is at least one order of magnitude 04:35 PM
higher than the highest adduct level in human
blood DNA; therefore loss of DNA repair as a
result of MGMT depletion is unlikely to occur
at background nitrosamine exposure levels,
exogenous and endogenous." 04:35 PM
MR. NIGH: Form objection.
BY MR. FOWLER:
Q. Do you have any reason to disagree
what that statement, sir?
MR. NIGH: Form objection. 04:35 PM
A. That's fine.
BY MR. FOWLER:
Q. Okay. Doctor, I want you to
assume that a study has shown that as many as
100,000 MGMT molecules are present in any 04:36 PM

Page 287

given cell.
With that in mind, Doctor, do you
have any reason to believe that the MGMT
could not keep up with the incremental
increase of exogenous exposure of NDMA 04:36 PM
contained in the valsartan tablets?
MR. NIGH: Form objection.
A. So, as mentioned in my report,
there's multiple mechanisms of action for
NDMA. Inducing the DNA adduct is only one of 04:36 PM
9 key characteristics; and, in fact, it's
part of one process, and key characteristics,
potent electrophiles. There's other
mechanisms where NDMA can cause cancer.
So even if the MGMT was able to, 04:36 PM
in this hypothetical that you're saying with
100,000 molecules, was able to keep up with
the DNA adduct from NDMA, NDMA is doing other
processes, such as the genotoxicity, the
mutagenicity, the oxidative stress, the -- in 04:37 PM
stimulating inflammation, stimulating
chronic -- immunosuppressive, inducing cell
death, stimulating angiogenesis. So all of
these process work together to cause the
cancer. 04:37 PM

Page 288

So it's not -- so the answer to
your question is that an NDMA-induced cancer
could still occur even if you have an intact
MGMT system.
BY MR. FOWLER: 04:37 PM
Q. Yes, sir. Doctor, out of all of
the 583 articles that describe the carci- --
of the 583 articles that describe the
carcinogenicity of NDMA in animals, not a
single one of those studies describes 04:38 PM
carcinogenicity as a result of anything other
than the mutated NDMA -- the mutated DNA;
isn't that correct, sir?
MR. NIGH: Form objection.
A. No. So mutagenic DNA is one part 04:38 PM
of the cancer process. I wrote in the report
that it used to be thought there was
genotoxic and nongenotoxic compounds, and
that if you just induce DNA damage, you get
the cancer. 04:38 PM
We know today that's not right.
And that's why IARC has done these 10 key
characteristics, that the induction -- when
the NDMA generates this methyl diazonium ion
and it -- in the target tissue causes the 04:38 PM

Page 289

cancer, all of these processes are going on.
So it's not just the one genotoxic DNA adduct
process.
There's impaired -- there's
genomic instability, like I mentioned; 04:39 PM
there's oxidative stress, an angiogenesis,
formation of new blood vessels, increased
proliferation. NDMA stimulates
proliferation. That's why I detailed in my
report the 9 out of 10 key characteristics 04:39 PM
that NDMA can use as a mechanism to cause the
cancer.
MR. NIGH: Mr. Fowler, It's been
more than an hour since our last break.
How much longer do you think you have? 04:39 PM
MR. FOWLER: How much longer
before the next break?
MR. NIGH: Before the next break,
right.
MR. FOWLER: Personally I would 04:39 PM
just keep going. So I don't -- I
wouldn't be thinking break, but since
you've called it to our attention, and
we've now stopped the deposition, we'll
take a break. So that's fine. Just let 04:39 PM

Page 290

1    me know when you want one, and,
2    obviously, we can take one. Go ahead.
3    Take whatever you need. Five, ten
4    minutes sir? I don't care.
5        THE VIDEOGRAPHER: The time is    04:40 PM
6    4:39.
7    (Recess taken at 4:39 p.m. to 4:53 p.m.)
8        THE VIDEOGRAPHER: The time is
9    4:53. We're back on the record.
10   BY MR. FOWLER:    04:54 PM
11   Q. Okay. Dr. Panigrahy, let me just
12   kind of wrap up this discussion about the
13   endogenous NDMA.
14       And let me direct your attention
15   to page 27 again of the FDA summary.    04:54 PM
16       And in the middle of the third
17   paragraph, the one that starts the DNA
18   adducts --
19       MR. FOWLER: Holy moly.
20       MR. NIGH: Somebody is making a    04:54 PM
21   lot of noise on the Zoom.
22       MR. FOWLER: I hear a child.
23   BY MR. FOWLER:
24   Q. Doctor, at the bottom of that
25   paragraph, that third paragraph down, it    04:55 PM

Page 291

1    states, "Ultimately, the amount in drugs may
2    not add much to the overall risk. However,
3    this is unknown at present."
4        MR. FOWLER: Whoever is on --
5    somebody needs to mute, please.    04:55 PM
6        MS. BOGDAN: Whoever is running
7    the Zoom, mute.
8        MR. NIGH: Do we have somebody
9    running the Zoom? Do we have the
10   capability of muting them?    04:55 PM
11       MS. BOGDAN: Somebody is running
12   the Zoom.
13       MR. FOWLER: I can't even control
14   the remote to the TV. Okay. That's
15   better.    04:55 PM
16   BY MR. FOWLER:
17   Q. Let me start the question again,
18   Doctor.
19       Understanding that you are unable
20   to quantify -- or agree on a quantified level    04:56 PM
21   of endogenously produced NDMA and FDA also
22   agreed that a direct quantification is
23   challenging, FDA says, with that in mind, at
24   the bottom of that paragraph, on 27,
25   "Ultimately, the amount in drugs may not add    04:56 PM

Page 292

1    much to the overall risks. However, this is
2    unknown at present."
3        Do you agree with that, Doctor?
4        A. No, I don't agree.
5        First of all, this FDA document,    04:56 PM
6    what I'm seeing, is a workshop. It's not a
7    peer-reviewed publication. It's not an
8    official release from the FDA. It's a
9    workshop. And I've attended workshops like
10   this. I wasn't at this particular one, where    04:56 PM
11   scientists present their cutting edge
12   research, but regulatory agencies have to
13   decide on what's known at the time.
14       And one thing we do stress is in
15   peer-reviewed papers and publications. In    04:57 PM
16   fact, what we were talking to when I went on
17   page 5, what we were talking about, the MGMT,
18   the second sentence is, "However, this is
19   controversial because of the uncertainty over
20   repair capacity."    04:57 PM
21       So these workshops are very
22   helpful, in that scientists will present
23   their cutting edge research. But for a
24   statement like "the amount in drugs may not
25   add much to overall risk; however, this is    04:57 PM

Page 293

1    unknown at present," I base my report on over
2    hundreds of publications, many in
3    peer-reviewed publications, and I based my
4    opinion that NDMA and NDEA are human
5    carcinogens and can cause cancer, also guided    04:57 PM
6    by the most recent six reports from the
7    public agencies, including IARC, EPA, NTP,
8    DHS, EMA and Canada.
9        So I don't agree with that
10   sentence.    04:58 PM
11   Q. Do you disagree that FDA impaneled
12   experts in various areas, including
13   genotoxicity, oncology, toxicology? We could
14   go through the list. Do you disagree that
15   these are expert panelists that they brought    04:58 PM
16   together?
17       MR. NIGH: Form objection.
18       A. No. That's part of what I'm
19   saying, with science, you need to bring
20   together experts in a field and these    04:58 PM
21   particular experts are presenting their
22   cutting edge, their own science.
23       But when we determine -- when I
24   determine an opinion on whether NDMA or NDEA
25   causes human cancer -- when NDMA and NDEA in    04:59 PM

74 (Pages 290 - 293)

Page 294

1 a contaminated valsartan tablet causes --
2         THE REPORTER: I'm sorry, when
3     NDMA?
4         THE WITNESS: And NDEA.
5         THE REPORTER: Yep. "Causes"?     04:59 PM
6         THE WITNESS: -- human cancer, I
7     have to rely heavily on peer-reviewed
8     publications; and, like I said, the four
9     different processes that we went through
10    with animal studies, animal mechanism,     04:59 PM
11    human mechanism, epi studies.
12        So I rely on that. And then also,
13    on what the FDA's suggestion is, and as
14    far as -- and then other agencies too.
15    And as I said before, all the agencies     04:59 PM
16    have either said that NDMA or NDEA are
17    probable human carcinogens or reasonably
18    expected to be a human carcinogen.
19 BY MR. FOWLER:
20    Q.   Why didn't you take your time to     04:59 PM
21 attend or watch or read anything about FDA's
22 workshop on nitrosamines, talking about the
23 valsartan drug with the levels of NDMA in it?
24 Why didn't you pay attention to that, sir?
25        MR. NIGH: Form objection.     05:00 PM

Page 295

1     A.   So I was not aware of this
2 conference on March 29th to 30th. I have --
3 part of what I do is, as the process of
4 determining an opinion, is going through,
5 like I said, the peer-reviewed process. So I     05:00 PM
6 wasn't part of this workshop.
7         There are literally hundreds of
8 workshops that scientists attend to, and I've
9 been parts of other workshops, and I wasn't
10 part of this workshop.     05:00 PM
11 BY MR. FOWLER:
12    Q.   It was open to the public, right?
13 I mean, I attended. Strike that.
14        Doctor, do you put any -- do you
15 give any value to a consensus that was formed     05:00 PM
16 by the panel of 14 experts that FDA brought
17 together to discuss the very same issue that
18 we're here about today?
19        MR. NIGH: Hold on. Form
20    objection. There was no consensus.     05:01 PM
21        THE WITNESS: I would have to
22    see the --
23        MR. NIGH: You were there at the
24    workshop.
25        MR. FOWLER: Counsel, I --     05:01 PM

Page 296

1         MR. NIGH: Go ahead. You can
2     answer.
3 BY MR. FOWLER:
4     Q.   Do you put any value to the expert
5 panelists' conclusions that are expressed in     05:01 PM
6 this summary, Doctor? Do you give any value
7 to that?
8     A.   Like I said, in science, I will
9 consider all the evidence and all the data,
10 but one thing that we as scientists are     05:01 PM
11 critical about is peer-reviewed publications.
12 And this particular workshop, I would have to
13 see if they had a consensus statement at the
14 end.
15    Q.   Let me direct your attention to     05:01 PM
16 page 5. Let's see if we can explore one of
17 those. Top of page 5, sir.
18        "The expert panelists emphasized
19 the importance of determining endogenous
20 formation for assessing risk and recommended     05:02 PM
21 that experimental work be initiated as soon
22 as possible."
23        Do you agree with that statement?
24    A.   And I agree with that statement.
25 That's what I previously said; that in     05:02 PM

Page 297

1 science, we have questions that are
2 unanswered and it takes time to answer them.
3         But public regulatory agencies,
4 like FDA, can't wait on data until it comes
5 out in the public, either peer-reviewed paper     05:02 PM
6 or some type of -- or they take part in, like
7 an IARC monograph, IARC has 120 monographs
8 that the FDA and 24 countries worldwide use
9 those 120 IARC monographs to determine
10 whether -- to determine risk -- you know, for     05:02 PM
11 risk for assessment.
12        In this case -- it is very
13 important to do workshops such as this. And
14 this is a very important question about
15 endogenous formation; but currently, as of     05:03 PM
16 today, we don't have a reliable method to
17 quantify the endogenous amount of NDMA in the
18 body.
19    Q.   And so you didn't consider it in
20 making your own risk assessment. Isn't that     05:03 PM
21 true, Doctor?
22        MR. NIGH: Form objection.
23    A.   I didn't -- what was the question?
24 BY MR. FOWLER:
25    Q.   You didn't consider any level of     05:03 PM

75 (Pages 294 - 297)

Page 298

1 endogenous production in your own risk
2 assessment in this case, did you, sir?
3        MR. NIGH:  Form objection.
4        A.  No, I did -- I cited some papers
5 that talk about endogenous NDMA; and as I        05:03 PM
6 said before, as of this time, where there's
7 no accurate biological way to measure
8 endogenous NDMA and the question was does
9 exogenous NDMA in a contaminated valsartan
10 pill cause human cancer.  So I focused on the    05:03 PM
11 exogenous mechanisms of NDMA.
12        But just because in science you
13 can't detect something or something is not
14 possible yet, that doesn't mean you don't
15 consider it.        05:04 PM
16        Q.  You just said you considered the
17 endogenous mechanisms of NDMA?
18        A.  I meant -- sorry.  I mean to say
19 the exogenous administration of NDMA in the
20 valsartan tablet.        05:04 PM
21        Q.  Thank you.  Directing your
22 attention to page 7, third line down, "The
23 expert panelists agreed that exposure from
24 endogenous formation of nitrosamines is
25 likely to be higher than exposure from        05:04 PM

Page 299

1 exogenous sources such as food."
2        Do you have any reason to disagree
3 with this statement that the expert panelists
4 agreed to in this case?
5        A.  Like I said, this is -- I would        05:05 PM
6 have to see the data to support that
7 statement.  Taking -- this isn't even a
8 peer-reviewed publication.  So I would have
9 to see what the evidence for that statement
10 is before I...        05:05 PM
11        Q.  And where do you get the notion
12 that these esteemed scientists that FDA
13 impaneled were presenting, quote/unquote,
14 "cutting edge science"?  Where do you get
15 that from, sir?        05:05 PM
16        MR. NIGH:  Hold on.  Form
17 objection.  You can answer.
18        A.  That's meant more in general.  I
19 wasn't at this workshop.  So I would have to
20 see what they presented.        05:05 PM
21        In general, the workshops like
22 this are so scientists can present their most
23 recent data, and so the idea is to come to
24 help common -- important questions.
25 /        05:05 PM

Page 300

1 BY MR. FOWLER:
2        Q.  So, Doctor, then, to be clear and
3 to be fair to this panel, you have no
4 information one way or the other -- let me
5 start that again.        05:06 PM
6        To be fair to this panel, you
7 cannot say that the science they presented
8 was, quote/unquote, "cutting edge," because
9 you don't know what they presented.  Isn't
10 that true?        05:06 PM
11        MR. NIGH:  Form objection.
12        A.  Correct.
13 BY MR. FOWLER:
14        Q.  Thank you.
15        A.  My statement was, in general,        05:06 PM
16 workshops, such as the different Gordon
17 conferences, these are workshops where
18 scientists get together and will present
19 unpublished data and brainstorm and try to
20 answer different questions.        05:06 PM
21        Q.  And, Doctor, I noticed in your
22 report that you contend, on page 216, that
23 NDMA and NDEA are synergistic.
24        Do you recall making a statement
25 like that in your report?        05:06 PM

Page 301

1        A.  Yes.
2        Q.  Now, let me direct your attention
3 to page 27 of the FDA summary.  Second
4 paragraph, "When more than one nitrosamine is
5 found in a drug, the expert panelists agreed        05:07 PM
6 that their effects would be additive."
7        Do you see that, sir?
8        A.  Yes.
9        Q.  Are you aware that Plaintiffs' own
10 expert, Dr. Stephen Hecht, said,        05:07 PM
11 unequivocally, that the effects would be
12 additive, between NDMA and NDEA?
13        MR. NIGH:  Form objection.
14 BY MR. FOWLER:
15        Q.  Were you aware of that, sir?        05:07 PM
16        MR. NIGH:  Form objection.
17        A.  No, I was not aware aware of that.
18 BY MR. FOWLER:
19        Q.  You were not aware that Dr. Hecht
20 testified both before the FDA and before this        05:07 PM
21 court that it's his opinion that NDMA and
22 NDEA are additive and not synergistic?  Were
23 you made aware of that?
24        MR. NIGH:  Form objection.
25        A.  So when I -- yeah, I relied on        05:08 PM

76 (Pages 298 - 301)

Page 302

1 papers showing that nitrosamines together,
2 this study here, investigated the potential
3 synergistic cancer-causing activity of more
4 than one nitrosamine and add the carcinogenic
5 effects of very low-dose nitrosamines,        05:08 PM
6 including NDEA.
7     Q.  So are you disagreeing with
8 Plaintiffs' own expert that NDMA and NDEA
9 is -- you're saying it's synergistic, you
10 disagree that it's additive?        05:08 PM
11        MR. NIGH:  Hold on.  Form
12     objection.  Mischaracterizes testimony.
13     You can answer.
14     A.  Yeah, to separate additive and
15 synergistic, that -- they both mean that two        05:08 PM
16 compounds together have more activity than
17 each one alone.  So when I referred here that
18 NDMA and ND [sic] are synergistic in causing
19 cancer, I'm talking about that they're, in
20 effect, they're more potent than either one        05:09 PM
21 alone.
22 BY MR. FOWLER:
23     Q.  Well, Doctor, synergistic and
24 additives are two separate concepts, correct?
25        MR. NIGH:  Form objection.        05:09 PM

Page 303

1 BY MR. FOWLER:
2     Q.  Let me try that again.  Synergy
3 and additive do not mean the same thing, do
4 they?
5     A.  Right.  So, in my report, when        05:09 PM
6 I -- I'm compiling my context of how I wrote
7 it with 500 or 600 citations.  In the
8 animal experiments I talk about the potency
9 of each one.  So I do it in the context of
10 this report.        05:09 PM
11     Q.  And when Dr. Hecht was asked by
12 the panel "When one more than one
13 nitrosamines is found in a drug, the
14 panelists agreed that their effects would be
15 additive."        05:10 PM
16        Dr. Hecht says "Yes, I agree.
17 Considering the low levels that we are going
18 to be observing, additivity is definitely the
19 default assumption of the molar amounts that
20 are present.  So I agree with everything        05:10 PM
21 that's been said about additivity."
22        And I refer to Day 1 transcript
23 page 143, line 15 to 19.
24        Do you disagree with that, sir?
25     A.  Well --        05:10 PM

Page 304

1     Q.  Strike that.
2        Do you now accept that NDMA and
3 NDEA will be additive if they're found in the
4 body together?  Do you want to walk back the
5 notion of synergy, sir?        05:10 PM
6        MR. NIGH:  Form objection.
7     A.  I think the important thing here
8 is that the cancer-causing activity of each
9 one gets worse when you put it together.
10        If you want -- in science, if you        05:10 PM
11 want to dive into the technical details of
12 the difference between addition and
13 synergistic, that requires precise
14 mathematical modeling.  I wasn't asked the
15 question of is NDMA and NDEA together        05:11 PM
16 additive or synergistic.  To do it
17 appropriately, there's different mathematical
18 formulas and there's different experiments
19 you have to do to prove synergy versus
20 additive.        05:11 PM
21        The point in my report, was that
22 when you put each one by itself, causes
23 cancer as a potent human carcinogen, and when
24 you put them together, they can potentially,
25 and I wrote here "the potential synergistic        05:11 PM

Page 305

1 cancer-causing activity."
2        So in the context of my report,
3 I'm suggesting, in my opinion, is they could
4 be synergistic.
5 BY MR. FOWLER:        05:11 PM
6     Q.  Well you didn't say could be, sir.
7 If I'm looking at page 16, you state "NDMA
8 and NDEA are synergistic in causing cancer."
9        Were you using that word maybe in
10 a different way?        05:12 PM
11        MR. NIGH:  Do you mean page 216?
12        MR. FOWLER:  What did I say?
13        MR. NIGH:  16.
14        MR. FOWLER:  Thank you, Counsel.
15 BY MR. FOWLER:        05:12 PM
16     Q.  Page 216, you didn't say "could,"
17 you said they are, Doctor.
18        And I'd like to ask if you want to
19 change that use of the term "synergy"?
20        MR. NIGH:  Form objection.        05:12 PM
21     A.  No, in the context of my report, I
22 wrote -- so the context here is potential
23 synergistic activity."
24        That means they are additive
25 already.  So synergy means that they together        05:12 PM

77 (Pages 302 - 305)

Page 306

1  are worse than each one alone and they have
2  other activities.
3      When I detail the 10 key
4  characteristics in the context of my report,
5  where each one -- NDMA exhibits 9 key          05:12 PM
6  characteristics, and NDEA is 9 key
7  characteristics, this study would support the
8  potential synergistic activity. So my
9  opinion is that these can be synergistic.
10     Q.  Okay. And I can accept that, so        05:13 PM
11 now it's can be. You're not making an
12 opinion that they are?
13     MR. NIGH: Form objection.
14 BY MR. FOWLER:
15     Q.  Right?                                 05:13 PM
16     MR. NIGH: Form objection.
17 BY MR. FOWLER:
18     Q.  You're hypothesizing, Doctor,
19 right?
20     MR. NIGH: Form objection.                  05:13 PM
21     A.  No, I'm still saying they are
22 synergistic.
23 BY MR. FOWLER:
24     Q.  Okay. Thank you. Let's move on.
25 You can set that aside.                        05:13 PM

Page 307

1      MR. FOWLER: I'm going to
2      introduce Exhibit 14.
3  (Exhibit 14, Genetic and Cellular Basis of
4  Multistep Carcinogenesis, marked for
5  identification.)                              05:14 PM
6  BY MR. FOWLER:
7      Q.  Dr. Panigrahy, Exhibit 14 is an
8  article by Dr. Jeff Boyd and J. Carl Barrett
9  from 1990, Genetic and Cellular Basis of
10 Multistep Carcinogenesis. This was cited in   05:14 PM
11 your report Footnote 47.
12     So you reviewed this article,
13 correct, sir.
14     A.  Correct.
15     Q.  And if we look in the abstract and     05:14 PM
16 it's talking about the Syrian hamster, it
17 says "Neoplastic progression requires four
18 heritable changes, involving activation of
19 two oncogenes and loss of two tumor
20 suppressor genes."                            05:14 PM
21     Do you see that, sir?
22     A.  Yes.
23     Q.  Can we agree that activation of
24 two oncogenes would take more than one
25 molecule of NDMA?                             05:14 PM

Page 308

1      MR. NIGH: Form objection.
2      A.  Likely it would be more than one
3  molecule, yes.
4  BY MR. FOWLER:
5      Q.  And can we also agree that the         05:15 PM
6  loss of two tumor suppressor --
7      A.  Actually, I need to say. In
8  theory, a genotoxic substance, like we've
9  mentioned before, even one molecule can
10 trigger DNA damage that could trigger these   05:15 PM
11 other processes that I've talked about.
12     Q.  I understand. And I've heard you
13 today on that, sir.
14     But my question right now, just
15 on this article that you cited, it requires   05:15 PM
16 activation of two oncogenes, and I think we
17 just agreed that would take more than one
18 molecule of NDMA, correct, sir?
19     MR. NIGH: Form objection.
20     A.  Yes.                                   05:15 PM
21 BY MR. FOWLER:
22     Q.  And the loss of two tumor
23 suppressor genes, like the P53, sir, to lose
24 two genes would require more than one
25 molecule of NDMA, correct?                    05:15 PM

Page 309

1      MR. NIGH: Form objection.
2      A.  So while one -- in theory, one
3  molecule could cause it. Likely it would be
4  more than one molecule to affect the tumor
5  suppressor gene, so correct.                  05:16 PM
6  BY MR. FOWLER:
7      Q.  You can set that aside.
8      Is your theory in this case that
9  we've heard today about one molecule causing
10 cancer, is that a single exposure or a single  05:16 PM
11 hit theory of carcinogenicity, sir?
12     MR. NIGH: Form objection.
13     A.  It's a single exposure.  And the
14 single hit and this multistage process of
15 cancer has actually evolved now. It used to    05:16 PM
16 be thought cancer was an initiation,
17 promotion, progress; and now we know, that's
18 why when it -- also in cancer there are the
19 hallmarks of cancer, which were the classic
20 Hanahan-Weinberg 2000 cell paper, the most     05:17 PM
21 cited paper, and then the follow up was the
22 Hallmarks of Cancer: The Next Generation,
23 2011, which included genomic instability and
24 inflammation. Those are properties of how
25 cancer cells can cause cancer.                 05:17 PM

78 (Pages 306 - 309)

Page 310

1    When IARC met in 2012, they
2 realized, as a group, that the question here
3 is -- does a chemical cause cancer, and
4 that's different from the progression of
5 cancer, which used to be thinking of one hit,    05:17 PM
6 two hit, four hits or the multistage
7 progression.
8    So what IARC did was go through 50
9 different Group 1 carcinogens and say what
10 was the mechanism that they used, which    05:17 PM
11 hallmarks of cancer did they use, and then
12 get into the mechanisms of cancer causation.
13 And that's where the key characteristics are
14 much more updated and relevant than the
15 multistep carcinogen process of one hit or    05:18 PM
16 two hits or four hits.
17    So that's why now the IARC uses 10
18 key characteristics as the mechanisms of
19 whether a chemical can cause human cancer.
20 BY MR. FOWLER:    05:18 PM
21    Q.  And, again, IARC is simply a
22 hazard-identifying organization.  It is not
23 offering opinions or statements whether a
24 carcinogen causes cancer, does it?
25    MR. NIGH:  Form objection.    05:18 PM

Page 311

1    A.  Right, and they're very clear
2 that -- they assemble the scientists and they
3 decide does a chemical cause cancer.  And
4 then over 24 countries in the world,
5 including United States, Canada, the European    05:18 PM
6 countries use these monographs as guiding
7 them toward risk assessment.
8    So yes, the initial hazard
9 evaluation is done by IARC and IARC has a --
10 their method to determine whether a chemical    05:19 PM
11 causes cancer is very well established and
12 that's a method that I follow too.  And then
13 the regulatory agencies will use those
14 monographs and -- as well as other agencies,
15 like EPA, NTP, you know, and other agencies,    05:19 PM
16 to determine their risk assessment.
17    MR. FOWLER:  Exhibit 15, please.
18 (Exhibit 15, Concordance of thresholds for
19 carcinogenicity of N-nitrosodiethylamine,
20 marked for identification.)    05:20 PM
21    Q.  Before you, Doctor, is Exhibit 15.
22 It's a 2006 article by Dr. William Waddell,
23 entitled "Concordance of thresholds for
24 carcinogenicity of NDEA," correct, that's
25 what we're looking at here?    05:20 PM

Page 312

1    A.  Correct.
2    Q.  And you did not include this in
3 your 583 references, did you?
4    A.  Correct.
5    Q.  Okay.  If we look at the abstract,    05:20 PM
6 let's just cut to the chase and look at the
7 last sentence, sir.
8    "These results" -- let me start
9 the clean question.
10    This paper reports that -- and    05:20 PM
11 this is a peer-reviewed paper, right, sir?
12    A.  Yes, it looks to be a
13 peer-reviewed paper.
14    Q.  And it's written by actual
15 pharmacologists, pathologists and    05:21 PM
16 toxicologists, correct, sir?
17    MR. NIGH:  Form objection.
18    A.  I can't tell from the paper -- I
19 mean, it's from the Department of
20 Pharmacology and Toxicology.    05:21 PM
21 BY MR. FOWLER:
22    Q.  All right.  Fair enough, sir.
23    The study states, at the end of
24 the abstract, "These results further support
25 the observations of the authors that    05:21 PM

Page 313

1 thresholds for carcinogenicity of this
2 genotoxic carcinogen exist and that adducts
3 and altered foci appear at lower doses than
4 the threshold for carcinogenicity."
5    Did I read that correctly?    05:22 PM
6    A.  Yes.
7    Q.  And do you understand that,
8 according to this article, the authors found
9 that NDEA has a carcinogenicity threshold;
10 that's what's reported, correct, sir?    05:22 PM
11    MR. NIGH:  Form objection.
12    A.  Yes.
13 BY MR. FOWLER:
14    Q.  And if you look to the conclusion,
15 sir, on the -- well, at the conclusion, just    05:22 PM
16 before the references, four pages in.  The
17 last sentence, "These results further confirm
18 the previous findings of these authors that
19 there is a definite threshold for
20 preneoplastic events and also for tumor    05:22 PM
21 formation in genotoxic carcinogens."
22    Do you see that?
23    A.  Yes.
24    MR. NIGH:  Form objection.
25 /    05:22 PM

79 (Pages 310 - 313)

Page 314

BY MR. FOWLER:

1  BY MR. FOWLER:
2      Q.  Do you see the table up above,
3  that neat little graph?
4      A.  Yes.
5      Q.  And do you -- do you agree or      05:23 PM
6  disagree that that chart, according to this
7  data, demonstrates a level of exposure that
8  does not increase the adducts followed by the
9  uptick, if you will, hockey stick going up,
10 correct, sir?                              05:23 PM
11     A.  Correct.
12     Q.  And do you have any reason to
13 dispute the findings of these scientists with
14 their conclusion that NDEA has a definite
15 threshold of carcinogenicity?              05:23 PM
16     A.  Yes, so --
17     Q.  Do you disagree?
18     A.  Yes, I disagree.
19         So in science we don't
20 determine -- I don't determine evidence based 05:23 PM
21 on one paper.  We do multiple papers,
22 multiple science, there's multiple labs.  So
23 what this paper is assuming, that the DNA
24 adducts correlate with the cancer causation.
25 And now we know today, this paper is in 2006, 05:24 PM

Page 315

1  we know today that that's not true; that
2  that's why the ultimate test of whether a
3  cancer caused -- whether a chemical causes
4  cancer is a chemical carcinogenesis assay,
5  the bioassay.  You give a chemical, does it   05:24 PM
6  cause cancer?
7          Because there are cases where a
8  DNA adduct, and this is a case, for example,
9  in aflatoxin, which is a carcinogen that
10 causes DNA adducts, and this has been shown   05:24 PM
11 well in the peer-reviewed literature that the
12 DNA adducts from aflatoxin do not correlate
13 with the cancer-causing activity.
14         And that fits what I wrote in this
15 report, what many scientists now know,        05:24 PM
16 that the -- what I talk about, the key
17 characteristics of cancer causation.  DNA
18 adducts are not the only mechanism.  So to
19 determine a threshold with the -- via the
20 adducts, it would be something I wouldn't     05:25 PM
21 agree with.
22         And then, like I said, I look at
23 different papers, and the papers that I cited
24 in my report support that the NDMA and NDEA
25 have no threshold.  And so the Peto paper,    05:25 PM

Page 316

1  1991, and then Terracini 1967, and there's
2  other papers.  And with that lin- -- what it
3  shows is NDMA and NDEA have a linear
4  response.  And the 40 or 50 years of cancer
5  research, overwhelming has shown that         05:25 PM
6  genotoxic carcinogens are bad, they're
7  dangerous, and we want to minimize exposure
8  to them.
9          And so the reason that -- and I
10 agree with the FDA, the EMA, the EPA, and the 05:25 PM
11 Canadian health agencies, that NDMA and NDEA
12 are genotoxic, there's no threshold and
13 there's no safe dose, and we want to minimize
14 exposure to this carcinogen.
15     Q.  Doctor, two things.  One, FDA has    05:26 PM
16 never come out and said that there's no
17 threshold, have they?
18         MR. NIGH:  Form objection.
19     A.  Their guidance has cited -- right,
20 so have cited the papers saying that          05:26 PM
21 mutagenic and genotoxic carcinogens have no
22 threshold.  And, as I said, I don't rely only
23 on the FDA.  The EMA, which in their 2020
24 document, which is almost a hundred pages,
25 says that NDMA and NDA [sic] do not have a    05:26 PM

Page 317

1  threshold; there's no safe dose.  And they
2  suggested minimizing exposure to NDMA and
3  NDEA.
4          And, like I said, the EPA has said
5  this is a carcinogen that's multisite,        05:27 PM
6  multispecies, causes cancer by six different
7  methods of administration.  And I know I've
8  said this before, NDEA, which is what we're
9  talking about in this paper, causes cancer in
10 18 different species.  It causes cancer --     05:27 PM
11 when you have multispecies in animal models,
12 as I said before, Meroncot 1994, Tomatis, who
13 was one of the key leaders in IARC over the
14 years, abundant literature has shown, and
15 that's how to avoid -- in the end of the day   05:27 PM
16 we want to try to prevent cancer and help
17 people not to have to go through the
18 suffering.
19         To do that, you identify human
20 carcinogens, and to do that, the definitive    05:28 PM
21 test is you show in animals does a chemical
22 cause cancer; and if it does, it's a presumed
23 human carcinogen until proven otherwise.
24     Q.  Doctor, you just testified under
25 oath that you agree with FDA stating that      05:28 PM

80 (Pages 314 - 317)

Page 318

1 there is a threshold, and I want to be
2 crystal clear here.
3        You can point to nothing that FDA
4 has ever published that says there's a
5 threshold, can you?                05:28 PM
6    A. I said there's no threshold.
7    Q. Thank you. FDA has never
8 published that there's no threshold. You
9 said you agree with FDA on that, and they've
10 never said that, have they, sir?        05:28 PM
11        MR. NIGH: Form objection.
12    A. Well, I should clarify.
13 BY MR. FOWLER:
14    Q. Please.
15    A. The no threshold -- so IARC and   05:28 PM
16 the EMA, in their document, the EPA, they
17 cite other papers which -- and they, in their
18 opinions, in these pieces will say that for
19 public regulation currently, they say to
20 minimize exposure to a genotoxic mutagenic   05:29 PM
21 carcinogen such as NDMA and NDEA.
22    Q. Doctor, you testified under oath
23 that FDA says there's no threshold and they
24 they've never said that; isn't that true?
25        MR. NIGH: Form objection.      05:29 PM

Page 319

1    A. I just said that -- I'm
2 clarifying. So the FDA -- what I'm
3 clarifying, so IARC, EMA, EPA, Health Canada
4 have all said that this is a genotoxic
5 carcinogen that has no threshold and        05:29 PM
6 therefore it is not safe and exposure should
7 be minimized.
8 BY MR. FOWLER:
9    Q. First of all, my question was FDA.
10 I'll tackle the others in a second.        05:29 PM
11        To be crystal clear, FDA has never
12 published that NDMA has no threshold, sir.
13 Please answer that one question.
14        MR. NIGH: Form objection.
15    A. I corrected my statement.        05:30 PM
16 BY MR. FOWLER:
17    Q. So I am correct --
18        MR. NIGH: Form objection.
19    A. Right. Like I said --
20    Q. Okay.                     05:30 PM
21    A. -- I rely on peer-reviewed papers
22 in the end. And I cited Peto et al.,
23 Terracini 1967, and other papers in my report
24 that show, in animal experiments, that there
25 is no threshold, based on a linear        05:30 PM

Page 320

1 response -- on a linear curve.
2    Q. Doctor, could we please get a
3 clean answer to my question?
4        FDA has never come out with any
5 publication where FDA concludes there is no   05:30 PM
6 threshold. Yes or no, sir?
7    A. Correct.
8    Q. Thank you. And EMA and Health
9 Canada, none of those agencies have ever
10 taken -- have ever published a position that   05:31 PM
11 NDMA and NDEA, none of the
12 agencies you just rattled off have ever
13 published what you have testified under oath
14 today?
15        MR. NIGH: Form objection. And at   05:31 PM
16 this point, there's -- I start to think
17 that you're getting more and more into
18 this badgering statement. You're
19 pursing your lips, you're pointing, your
20 hitting the table.                05:31 PM
21        MR. FOWLER: I'm flabbergasted,
22 Counsel, because I'm trying to
23 understand this witness's testimony.
24        MR. NIGH: I know, but we have
25 still have to keep within the boundaries   05:31 PM

Page 321

1 of --
2        MR. FOWLER: Absolutely.
3        THE WITNESS: Sorry I need to
4 clarify.
5 BY MR. FOWLER:                  05:31 PM
6    Q. Thank you.
7    A. So there are peer-reviewed papers,
8 like I mentioned, Peto, et al., Terracini and
9 others that I cite in my report. And then
10 these agencies, and you're correct, they   05:31 PM
11 don't have peer-reviewed publications. They
12 come out with their statement, after they
13 met, it's a -- their opinion. So it's a
14 20/20 EMA assessment report. It's not a
15 peer-reviewed paper.              05:31 PM
16        And same thing, US Health Canada,
17 the EPA will come out with their
18 recommendations and so I -- to clarify, these
19 are not peer-reviewed, but these are based on
20 other -- leading scientists and their        05:32 PM
21 peer-reviewed papers, and then these
22 regulatory agencies will then determine risk
23 assessment.
24        And based on IARC's and other
25 peer-reviewed papers, that's how they come up   05:32 PM

81 (Pages 318 - 321)

Page 322

1 with their risk assessment.
2    Q.  And when you say that EMA and
3 Health Canada and others publish
4 nonpeer-reviewed statements, Doctor, in none
5 of those published statements do any of the          05:32 PM
6 agencies you're talking about conclude that
7 NDMA and NDEA have no threshold, in none of
8 those published statements do those agencies
9 say that, right?
10      MR. NIGH:  Form objection.          05:32 PM
11   A.  No, I disagree.
12 BY MR. FOWLER:
13   Q.  Okay.  Then I'll move on, Doctor.
14      Returning to the Waddell article,
15 this was 2003 and that was after Peto, right?          05:33 PM
16   A.  2006, it looks like.
17   Q.  Thank you.  2006.
18      And that was even further after
19 Peto?  No, to be honest, Doctor, this is
20 2003.          05:33 PM
21   A.  Am I looking at the wrong one?
22   Q.  Are we looking at the same
23 exhibit?  The thresholds for carcinogenicity,
24 sir.
25   A.  Oh, no, I'm looking at Waddell.          05:33 PM

Page 323

1    Q.  This is Waddell, sir.  Waddell
2 perspective, is that at the top?
3      THE REPORTER:  Hold on, gentlemen.
4 We really need to get one at a time
5 there.  Sorry.          05:33 PM
6      MR. NIGH:  Yes, we do need to slow
7 it down.  The pace is getting too fast
8 here.
9      MR. FOWLER:  This is the next
10 exhibit.  You know what, I was looking          05:33 PM
11 at the wrong Waddell.  You can rest
12 that, sir.
13 BY MR. FOWLER:
14   Q.  And we agree that that was
15 published after Peto?          05:33 PM
16   A.  Yeah.
17   Q.  And Peto is one of the articles
18 that you're hanging your hat on for your
19 opinion that there's no threshold?
20   A.  Correct.          05:33 PM
21   Q.  Okay.  Perfect.
22      MR. FOWLER:  16.
23 (Exhibit 16, Thresholds in Chemical
24 Carcinogenesis:  What Are Animal Experiments
25 Telling Us, marked for identification.)          05:34 PM

Page 324

1 BY MR. FOWLER:
2    Q.  Now, sir, this is also by William
3 Waddell.  It's 2003.
4      This was published after Peto,
5 correct, sir?          05:34 PM
6   A.  Correct.
7    Q.  And it's entitled "Thresholds and
8 Chemical Carcinogenesis:  What Are Animal
9 Experiments Telling Us?"  And there's a
10 question mark in the title.          05:34 PM
11      Doctor, looking to -- first of
12 all, are you familiar with this publication,
13 Toxicologic Pathology, sir?  Is the name of
14 the journal, sir.
15   A.  Yes, I know, yes, the journal.          05:35 PM
16   Q.  And this is peer reviewed?
17   A.  Well, this looks like a review.
18   Q.  I'm just asking about the journal,
19 sir.
20   A.  Yeah, the journal -- yeah,          05:35 PM
21 primary, original papers are reviewed, but
22 this looks like -- this looks peer reviewed.  This
23 is a review, so this is more of an opinion
24 piece.
25   Q.  Doctor, to get published in          05:35 PM

Page 325

1 Toxicologic Pathology, this, whatever you
2 want to call it, perspective opinion piece
3 would be peer reviewed, correct?
4      MR. NIGH:  Form objection.
5   A.  Yes, but a review process for a          05:35 PM
6 review is very different from the review
7 process for an original article.
8 BY MR. FOWLER:
9   Q.  Okay.  Fair enough.
10      Directing your attention to the          05:35 PM
11 first column, sir, towards the bottom, and I
12 quote, "Now that threshold doses have been
13 shown unequivocally to exist in the EDO1,"
14 citing the Peto et al."
15      Do you see where I read there,          05:36 PM
16 sir?
17   A.  Yeah.
18   Q.  And if you look at reference 4,
19 that is Peto 1991, the article that you rely
20 upon for your contention that there is no          05:36 PM
21 threshold, correct?
22      MR. NIGH:  Form objection.
23   A.  Correct.
24 BY MR. FOWLER:
25   Q.  And this statement,          05:36 PM

82 (Pages 322 - 325)

Page 326

1 "unequivocally," that's the term the authors
2 use, unequivocally there have been shown to
3 be thresholds using the very same study that
4 you rely on in your nonpeer-reviewed report,
5 correct?                                    05:36 PM
6        MR. NIGH:  Form objection.
7     A.  Well, I rely on peer-reviewed
8 papers in my report.
9 BY MR. FOWLER:
10    Q.  Yes, sir.  And you rely on Peto,      05:36 PM
11 and these authors, in a peer-reviewed
12 journal, have stated that same Peto data that
13 you contend shows no threshold, says
14 "threshold doses have been shown
15 unequivocally to exist"?                     05:36 PM
16        MR. NIGH:  Form objection.
17    A.  So in science -- anyone can have
18 an opinion, first of all.  So anybody -- you
19 can have a review process.  There are
20 multiple publications that show nongenotoxic  05:37 PM
21 carcinogens have a threshold, and genotoxic
22 carcinogens, when you do a linear response,
23 do not have a threshold.
24        Not only did I cite Peto et al.,
25 which other people have also cited as having  05:37 PM

Page 327

1 no threshold, and I cited other papers, like
2 I mentioned, Terracini 1967, where they
3 used -- every dose that caused cancer in
4 those animals -- every dose caused cancer in
5 those animals, as low as two part per          05:37 PM
6 million, five part per million and higher.
7 So because we have hundreds of papers on NDMA
8 and NDEA causing cancer, the overwhelming
9 evidence in the literature is that this is a
10 potent carcinogen with no threshold.          05:38 PM
11    Q.  Doctor, my question and the
12 questions for the next 30 minutes are going
13 to be a threshold level, okay.  All right.
14 That's where we are right at this moment.
15 We're talking threshold.  Okay.  Just keeping  05:38 PM
16 us all on the same page.
17        And I've now shown you one, two
18 -- three articles from three different
19 journals that say there is a threshold, and
20 two of them rely upon the same article that    05:38 PM
21 you rely upon claiming there's not.  Right?
22 That's where we are, that's the scorecard?
23    A.  Well, I would say that one is a
24 review from the original paper that --
25 Waddell that you mentioned.  So that's --     05:38 PM

Page 328

1    Q.  So we have --
2        MR. NIGH:  Hold on.  Hold on.
3 Form objection to "scorecard."
4        MR. FOWLER:  Just making sure
5 Mr. Nigh is paying attention here.           05:38 PM
6 BY MR. FOWLER:
7    Q.  So we're up to three articles.  In
8 the articles they state there is a threshold.
9 One was specific for NDEA.  The other is for
10 NDMA, that was Dr. Waddell.  That's where we   05:39 PM
11 are at the moment, sir.
12    A.  Okay.
13        THE REPORTER:  Counsel, I'm going
14 to need to take a break.
15        THE VIDEOGRAPHER:  The time is        05:39 PM
16 5:38.  We're off the record.
17 (Off-the-video-record discussion.)
18        THE REPORTER:  You're ordering the
19 the original, right?
20        MR. HARKINS:  Yeah.  Original.        05:47 PM
21 I'm sure we have a standing for all
22 this.  But we want everyone's transcript
23 you can think of.
24        THE REPORTER:  Mr. Nigh, you're
25 getting the copy?                            05:47 PM

Page 329

1        MR. NIGH:  Yes.
2        THE REPORTER:  Do you know if
3 you're getting a rough?
4        MR. NIGH:  Yes.
5        THE REPORTER:  Ms. Bogdan?            05:47 PM
6        MR. NIGH:  We only need to get one
7 on the Plaintiffs' side.
8        THE REPORTER:  Who is ordering a
9 copy?
10 (Off-the-record discussion.)                  05:48 PM
11        MR. HARKINS:  For the court
12 reporter, if people want to communicate
13 their orders regarding the transcript,
14 while we're on this break, go ahead and
15 start doing that now.                         05:48 PM
16        MR. BALL:  We've already done
17 that.  We emailed her.  We emailed
18 Veritext.
19        THE REPORTER:  Is that for
20 everybody that's on the Zoom?                 05:49 PM
21        MR. BALL:  No, it's for Duane
22 Morris.
23        THE REPORTER:  Anybody else on the
24 Zoom getting a copy?
25        UNIDENTIFIED SPEAKER:  If I order,   05:49 PM

83 (Pages 326 - 329)

Page 330

1    I'll order at the end of day  2.
2         MS. HEINZ:  Jessica Heinz, I think
3    we have a standing order with Veritext.
4         THE REPORTER:  Jessica, do you
5    know if you get a rough?            05:49 PM
6         MS. HEINZ:  No, we don't get a
7    rough usually.
8         THE REPORTER:  Can anybody on the
9    Zoom tell me if they have the real-time?
10        MR. BALL:  Coleen Hill from Duane    05:49 PM
11   Morris has the real-time.
12   (Deposition suspended 5:50 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 332

1         SIGNATURE PAGE
2    IN RE:  VALSARTAN, LOSARTAN AND IRBESARTAN
3    DIPAK PANIGRAHY, M.D. - SEPTEMBER 9, 2021
4
5    I, the undersigned, declare under penalty
6    of perjury that I have read the foregoing
7    transcript, and I have made any corrections,
8    additions or deletions that I was desirous of
9    making; that the foregoing is a true and
10   correct transcript of my testimony contained
11   therein.
12
13       Executed this_____day of
14       _____,
15
16       at_____, _____.
17       (CITY)        (STATE)
18
19       -------------------------
20       DIPAK PANIGRAHY, M.D.
21
22
23
24
25

Page 331

1 COMMONWEALTH OF MASSACHUSETTS
2 SUFFOLK, SS.
3
4    I, Sandra A. Deschaine, Registered
  Professional Reporter and Notary Public
5 within and for the Commonwealth of
  Massachusetts at large, do hereby certify
6 that the videotaped deposition of Dipak
  Panigrahy, M.D., in the matter of In Re:
7 Valsartan, Losartan and Irbesartan Products
  Liability Litigation, at the offices of
8 Greenberg Traurig, One International Place,
  Boston, Massachusetts, on September 9, 2021,
9 taken and transcribed by me; that the witness
  provided satisfactory evidence of
10 identification as prescribed by Executive
  Order 455 (03-13) issued by the Governor of
11 the Commonwealth of Massachusetts; that the
  transcript produced by me is a true record of
12 the proceedings to the best of my ability;
  that the witness is reading and signing; that
13 I am neither counsel for, related to, nor
  employed by any of the parties to the action
14 in which this deposition was taken, and
  further that I am not a relative or employee
15 of any attorney or counsel employed by the
  parties thereto, nor financially or otherwise
16 interested in the outcome of the action, on
  this 16th day of September 2021.
17
18
19
20  _____
21  Sandra A. Deschaine
    Registered Professional Reporter
22
23
24
   My Commission Expires:
25 July 5, 2024

Page 333

1         ERRATA SHEET
        VERITEXT LEGAL SOLUTIONS
2
  CASE NAME: In Re: Valsartan, Losartan, Et Al  v.
3 DATE OF DEPOSITION: 9/9/2021
  WITNESSES' NAME: Dipak Panigrahy, MD
4
5 PAGE  LINE (S)   CHANGE        REASON
6 ___|_____|_____|_____
7 ___|_____|_____|_____
8 ___|_____|_____|_____
9 ___|_____|_____|_____
10 ___|_____|_____|_____
11 ___|_____|_____|_____
12 ___|_____|_____|_____
13 ___|_____|_____|_____
14 ___|_____|_____|_____
15 ___|_____|_____|_____
16 ___|_____|_____|_____
17 ___|_____|_____|_____
18 ___|_____|_____|_____
19 ___|_____|_____|_____
20 ___|_____|_____|_____
21 _____
         Dipak Panigraphy, MD
22 SUBSCRIBED AND SWORN TO BEFORE ME
  THIS ____ DAY OF _____, 20__.
23
24 _____
25 (NOTARY PUBLIC)        MY COMMISSION EXPIRES:

84 (Pages 330 - 333)

[& - 03:01]                                                                 Page 1

| & | | | |
| --- | --- | --- | --- |
| **&** 4:3,11,18 5:3 6:3 7:4 8:14 9:17 14:4,7 155:23 206:20 | **02:02** 185:15,20 185:25 | **02:22** 201:10,15 201:20,25 | **02:42** 219:20,25 220:5,10 |
| **0** | **02:03** 186:5,10,15 | **02:23** 202:5,10,15 202:20,25 | **02:43** 220:15,20 220:25 |
| **0-6** 203:8 251:1 267:14,25 283:8 | **02:04** 186:20,25 187:5,10,15 | **02:24** 203:5,10,15 203:20,25 | **02:44** 221:5,10,15 221:20,25 222:5 |
| **01:46** 173:5,10,15 | **02:05** 187:20,25 188:5,10,15 | **02:25** 204:5,10,15 204:20 | **02:45** 222:10,15 222:20,25 |
| **01:47** 173:20,25 174:5,10 | **02:06** 188:20,25 189:5 | **02:26** 204:25 205:5,10,15,20,25 | **02:46** 223:5,10,15 223:20 |
| **01:48** 174:15,20 174:25 | **02:07** 189:10,15 189:20 | **02:27** 206:5,10,15 206:20,25 | **02:47** 223:25 224:5,10,15 |
| **01:49** 175:5,10,15 175:20,25 176:5 | **02:08** 189:25 190:5,10,15,20 | **02:28** 207:5,10,15 207:20 | **02:48** 224:20,25 225:5 |
| **01:50** 176:10,15 176:20,25 | **02:09** 190:25 191:5,10,15 | **02:29** 207:25 208:5,10,15 | **02:49** 225:10,15 225:20,25 226:5 |
| **01:51** 177:5,10,15 177:20,25 | **02:10** 191:20,25 192:5 | **02:30** 208:20,25 209:5,10 | **02:50** 226:10,15 226:20 |
| **01:52** 178:5,10,15 | **02:11** 192:10,15 192:20,25 193:5 193:10 | **02:31** 209:15,20 209:25 210:5,10 | **02:51** 226:25 227:5,10,15 |
| **01:53** 178:20,25 179:5,10,15,20,25 | **02:12** 193:15,20 193:25 | **02:32** 210:15,20 210:25 211:5 | **02:52** 227:20,25 228:5,10 |
| **01:54** 180:5,10,15 | **02:13** 194:5,10,15 194:20 | **02:33** 211:10,15 211:20,25 | **02:53** 228:15,20 228:25 |
| **01:55** 180:20,25 181:5 | **02:14** 194:25 195:5,10,15 | **02:34** 212:5,10,15 212:20 | **02:54** 229:5,10 |
| **01:56** 181:10,15 181:20 | **02:15** 195:20,25 196:5,10 | **02:35** 212:25 213:5,10,15 | **02:55** 229:15,20 229:25 230:5 |
| **01:57** 181:25 182:5,10 | **02:16** 196:15,20 196:25 | **02:36** 213:20,25 214:5,10 | **02:56** 230:10,15 230:20,25 231:5 |
| **01:58** 182:15,20 182:25 183:5 | **02:17** 197:5,10,15 197:20,25 | **02:37** 214:15,20 214:25 215:5,10 215:15,20 | **02:57** 231:10,15 231:20,25 |
| **01:59** 183:10,15 183:20,25 184:5 | **02:18** 198:5,10,15 198:20 | **02:38** 215:25 216:5,10,15 | **02:58** 232:5,10,15 232:20,25 |
| **02109** 4:21 | **02:19** 198:25 199:5,10,15 | **02:39** 216:20,25 217:5,10,15,20 | **02:59** 233:5,10,15 233:20 |
| **02110-1724** 6:22 | **02:20** 199:20,25 200:5,10 | **02:40** 217:25 218:5,10,15 | **03-13** 331:10 |
| **02:00** 184:10,15 184:20 | **02:21** 200:15,20 200:25 201:5 | **02:41** 218:20,25 219:5,10,15 | **03:00** 233:25 234:5,10,15,20 |
| **02:01** 184:25 185:5,10 | | | **03:01** 234:25 235:5,10,15,20,25 |

**03:02** 236:5,10,15
236:20
**03:03** 236:25
237:5,10,15
**03:04** 237:20,25
238:5,10
**03:05** 238:15,20
238:25 239:5,10
**03:35** 239:15,20
239:25 240:5
**03:36** 240:10,15
240:20,25 241:5
**03:37** 241:10,15
241:20,25 242:5
**03:38** 242:10,15
242:20,25
**03:39** 243:5,10
**03:40** 243:15
**03:42** 243:20,25
**03:43** 244:5,10,15
244:20,25
**03:44** 245:5,10,15
245:20,25
**03:45** 246:5,10,15
246:20
**03:46** 246:25
247:5,10,15
**03:47** 247:20,25
248:5,10,15,20
**03:48** 172:25
248:25 249:5,10
249:15,20
**03:49** 249:25
250:5,10
**03:50** 250:15,20
250:25
**03:51** 251:5,10,15
**03:52** 251:20,25
252:5,10
**03:53** 252:15,20
252:25 253:5,10

253:15
**03:54** 253:20,25
254:5,10
**03:55** 254:15,20
254:25 255:5,10
**03:56** 255:15,20
255:25
**03:57** 256:5,10,15
256:20
**03:58** 256:25
257:5,10,15,20
**03:59** 257:25
258:5,10,15,20
**04:00** 258:25
259:5,10
**04:01** 259:15,20
**04:02** 259:25
260:5,10,15,20
**04:03** 260:25
261:5,10,15
**04:04** 261:20,25
262:5
**04:05** 262:10,15
262:20,25 263:5
**04:06** 263:10,15
263:20,25 264:5
**04:07** 264:10,15
264:20,25
**04:08** 265:5,10,15
265:20
**04:09** 265:25
266:5,10,15,20
**04:10** 266:25
267:5,10
**04:11** 267:15,20
267:25 268:5
**04:12** 268:10,15
268:20,25
**04:13** 269:5,10,15
269:20 271:5,15

**04:14** 269:25
270:5,10
**04:15** 270:15,20
270:25
**04:16** 271:10
**04:17** 271:20,25
272:5,10,15
**04:18** 272:20,25
273:5,10
**04:19** 273:15,20
273:25 274:5,10
274:15
**04:20** 274:20,25
275:5,10
**04:21** 275:15,20
275:25
**04:22** 276:5,10,15
276:20,25 277:5
**04:23** 277:10,15
277:20,25
**04:24** 278:5,10,15
278:20
**04:25** 278:25
279:5,10,15,20,25
**04:26** 280:5,10,15
280:20,25
**04:27** 281:5,10,15
281:20,25
**04:28** 282:5,10,15
282:20,25
**04:29** 283:5,10,15
283:20
**04:30** 283:25
284:5,10,15,20
**04:31** 284:25
**04:33** 285:5,10,15
285:20
**04:34** 285:25
286:5
**04:35** 286:10,15
286:20

**04:36** 286:25
287:5,10,15
**04:37** 287:20,25
288:5
**04:38** 288:10,15
288:20,25
**04:39** 289:5,10,15
289:20,25
**04:40** 290:5
**04:54** 290:10,15
290:20
**04:55** 290:25
291:5,10,15
**04:56** 291:20,25
292:5,10
**04:57** 292:15,20
292:25 293:5
**04:58** 293:10,15
293:20
**04:59** 293:25
294:5,10,15,20
**05:00** 294:25
295:5,10,15
**05:01** 295:20,25
296:5,10,15
**05:02** 296:20,25
297:5,10
**05:03** 297:15,20
297:25 298:5,10
**05:04** 298:15,20
298:25
**05:05** 299:5,10,15
299:20,25
**05:06** 300:5,10,15
300:20,25
**05:07** 301:5,10,15
301:20
**05:08** 301:25
302:5,10,15
**05:09** 302:20,25
303:5,10

**05:10**  303:15,20
303:25 304:5,10
**05:11**  304:15,20
304:25 305:5
**05:12**  305:10,15
305:20,25 306:5
**05:13**  306:10,15
306:20,25
**05:14**  307:5,10,15
307:20,25
**05:15**  308:5,10,15
308:20,25
**05:16**  309:5,10,15
**05:17**  309:20,25
310:5,10
**05:18**  310:15,20
310:25 311:5
**05:19**  311:10,15
**05:20**  311:20,25
312:5,10
**05:21**  312:15,20
312:25
**05:22**  313:5,10,15
313:20,25
**05:23**  314:5,10,15
314:20
**05:24**  314:25
315:5,10,15
**05:25**  315:20,25
316:5,10
**05:26**  316:15,20
316:25
**05:27**  317:5,10,15
**05:28**  317:20,25
318:5,10,15
**05:29**  318:20,25
319:5,10
**05:30**  319:15,20
319:25 320:5
**05:31**  320:10,15
320:20,25 321:5

321:10,15
**05:32**  321:20,25
322:5,10
**05:33**  322:15,20
322:25 323:5,10
323:15,20
**05:34**  323:25
324:5,10
**05:35**  324:15,20
324:25 325:5,10
**05:36**  325:15,20
325:25 326:5,10
326:15
**05:37**  326:20,25
327:5
**05:38**  327:10,15
327:20,25 328:5
**05:39**  328:10,15
**05:47**  328:20,25
329:5
**05:48**  329:10,15
**05:49**  329:20,25
330:5,10
**07102**  8:8
**08543-5226**  9:8
**09:26**  12:5,10,15
12:20
**09:27**  12:25 13:5
13:10
**09:28**  13:15,20,25
14:5
**09:29**  14:10,15,20
**09:30**  14:25
**09:31**  15:5,10,15
15:20,25
**09:32**  16:5,10,15
16:20,25
**09:33**  17:5,10,15
17:20
**09:34**  17:25 18:5
18:10,15,20

**09:35**  18:25 19:5
**09:36**  19:10,15,20
**09:37**  19:25 20:5
**09:38**  20:10,15,20
**09:39**  20:25 21:5
21:10
**09:40**  21:15,20,25
22:5,10,15
**09:41**  22:20,25
23:5,10,15,20,25
**09:42**  24:5,10,15
**09:43**  24:20,25
25:5
**09:44**  25:10,15,20
25:25 26:5
**09:45**  26:10,15,20
26:25 27:5,10
**09:46**  27:15,20,25
28:5
**09:47**  28:10,15,20
**09:48**  28:25 29:5
29:10,15
**09:49**  29:20,25
30:5,10
**09:50**  30:15,20,25
31:5
**09:51**  31:10,15,20
31:25 32:5,10
**09:52**  32:15,20,25
33:5
**09:53**  33:10,15,20
33:25 34:5
**09:54**  34:10,15,20
34:25 35:5
**09:55**  35:10,15,20
35:25 36:5
**09:56**  36:10,15,20
36:25 37:5
**09:57**  37:10,15,20
37:25

**09:58**  38:5,10,15
38:20
**09:59**  38:25 39:5
39:10,15

**1**

**1**  1:10 4:5 10:7
17:8,10 18:11
32:13 107:14
129:7 147:17
153:5 170:23
201:10,20 204:23
249:2,6 303:22
310:9
**1/17/20**  144:11
**10**  11:5 48:16 85:5
98:23 99:7 101:12
101:22,24 141:11
154:8 170:19,21
186:5 189:3,23
195:17 196:6,18
196:22 197:9
198:1 200:2,6
201:12,17,22
209:5 216:12
218:3 228:16
229:2 230:21,22
271:1 275:3
288:22 289:10
306:3 310:17
**100**  6:21 8:7 42:24
**100,000**  139:20,21
286:25 287:17
**1000**  3:5
**104**  10:12
**10:00**  39:20,25
40:5,10,15
**10:01**  40:20,25
41:5,10
**10:02**  41:15,20,25
42:5,10

**[10:03 - 11:36]**                                                    Page 4

| | | | |
|---|---|---|---|
| **10:03** 42:15,20,25 43:5 | **10:25** 61:5,10,15 | **10:46** 81:25 82:5 82:10,15 | **11:04** 96:25 97:5 97:10,15,20,25 98:5 |
| **10:04** 43:10,15,20 43:25 | **10:26** 61:20,25 62:5,10,15,20 | **10:47** 82:20,25 83:5,10,15 | **11:05** 98:10,15,20 98:25 99:5,10 |
| **10:05** 44:5,10,15 44:20 | **10:27** 62:25 63:5 63:10,15,20 | **10:48** 83:20,25 84:5,10 | **11:06** 99:15,20,25 |
| **10:06** 44:25 45:5 45:10,15,20 | **10:28** 63:25 64:5 64:10 | **10:49** 84:15,20,25 85:5 | **11:07** 100:5,10,15 100:20,25 101:15 |
| **10:07** 45:25 46:5 46:10,15,20,25 | **10:29** 64:15,20,25 65:5 | **10:50** 85:10,15,20 85:25 | **11:08** 101:5,10,15 |
| **10:08** 47:5,10,15 | **10:30** 65:10,15,20 65:25 66:5,10 | **10:51** 86:5,10,15 86:20 | **11:16** 101:16 |
| **10:09** 47:20,25 48:5,10 | **10:31** 66:15,20,25 67:5,10,15,20 | **10:52** 86:25 87:5 87:10,15 | **11:22** 101:16,18 |
| **10:10** 48:15,20,25 | **10:32** 67:25 68:5 68:10,15,20,25 | **10:53** 87:20,25 88:5,10 | **11:23** 101:20,25 102:5 |
| **10:11** 49:5,10,15 | **10:33** 69:5,10,15 69:20,25 | **10:54** 88:15,20,25 89:5,10 | **11:24** 102:10,15 102:20,25 103:5 |
| **10:12** 49:20,25 50:5,10 | **10:34** 70:5,10,15 70:20,25 71:5 | **10:55** 89:15,20,25 90:5 | **11:25** 103:10,15 103:20 |
| **10:13** 50:15,20,25 51:5 | **10:35** 71:10,15,20 71:25 72:5 | **10:56** 90:10,15,20 90:25 | **11:26** 103:25 104:5,10,15,20 |
| **10:14** 51:10,15,20 51:25 52:5 | **10:36** 72:10,15,20 72:25 73:5 | **10:57** 91:5,10,15 91:20,25 92:5 | **11:27** 104:25 105:5,10,15,20 |
| **10:15** 52:10,15,20 52:25 | **10:37** 73:10,15,20 73:25 74:5 | **10:58** 92:10,15,20 92:25 | **11:28** 105:25 106:5,10,15 |
| **10:16** 53:5,10,15 53:20 | **10:38** 74:10,15,20 74:25 75:5,10 | **10:59** 93:5,10,15 93:20 | **11:29** 106:20,25 107:5,10,15,20 |
| **10:17** 53:25 54:5 54:10,15,20,25 55:5 | **10:39** 75:15,20,25 76:5,10,15 | **11** 7:6 11:9 21:21 240:23 241:1,21 241:24 242:25 247:14 | **11:30** 107:25 108:5,10,15,20 |
| **10:18** 55:10,15,20 55:25 | **10:40** 76:20,25 77:5,10,15 | **111** 151:22 | **11:31** 108:25 109:5,10,15,20,25 |
| **10:19** 56:5,10,15 | **10:41** 77:20,25 78:5,10 | **118** 182:7 | **11:32** 110:5,10,15 110:20,25 |
| **10:20** 56:20,25 57:5,10,15 | **10:42** 78:15,20,25 79:5,10 | **11:00** 93:25 94:5 94:10 | **11:33** 111:5,10,15 111:20,25 |
| **10:21** 57:20,25 58:5,10,15 | **10:43** 79:15,20,25 80:5 | **11:01** 94:15,20,25 | **11:34** 112:5,10,15 112:20,25 |
| **10:22** 58:20,25 59:5,10 | **10:44** 80:10,15,20 80:25 | **11:02** 95:5,10,15 95:20 | **11:35** 113:5,10,15 113:20,25 114:5 114:10 |
| **10:23** 59:15,20,25 60:5 | **10:45** 81:5,10,15 81:20 | **11:03** 95:25 96:5 96:10,15,20 | **11:36** 114:15,20 114:25 115:5,10 |
| **10:24** 60:10,15,20 60:25 | | | |

**[11:37 - 179]**

**11:37** 115:15,20
115:25 116:5,10
116:15
**11:38** 116:20,25
117:5
**11:39** 117:10,15
117:20,25 118:5
**11:40** 118:10,15
118:20,25 119:5
**11:41** 119:10,15
119:20,25 120:5
120:10
**11:42** 120:15,20
120:25 121:5,10
**11:43** 121:15,20
121:25 122:5,10
122:15,20,25
**11:44** 123:5,10,15
123:20,25
**11:45** 124:5,10,15
124:20,25 125:5
125:10
**11:46** 125:15,20
125:25 126:5,10
126:15
**11:47** 126:20,25
127:5,10,15
**11:48** 127:20,25
128:5,10,15
**11:49** 128:20,25
129:5,10
**11:50** 129:15,20
129:25
**11:51** 130:5,10,15
130:20,25
**11:52** 131:5,10,15
131:20
**11:53** 131:25
132:5,10,15,20
**11:54** 132:25
133:5,10,15

**11:55** 133:20,25
134:5,10,15
**11:56** 134:20,25
135:5,10,15,20
**11:57** 135:25
136:5,10
**11:58** 136:15,20
136:25 137:5
**11:59** 137:10,15
137:20
**12** 11:13 145:17
250:17,18 259:21
**12/2/20** 144:12
**12/20/19** 144:11
**120** 48:22 297:7,9
**12205** 4:6
**12:00** 137:25
138:5,10,15,20,25
**12:01** 139:5,10,15
139:20
**12:02** 139:25
140:5,10,15,20
**12:03** 140:25
141:5,10,15,20,25
142:5
**12:04** 142:10,15
142:20,25 143:5
143:10,15
**12:05** 143:20,25
144:5
**12:06** 144:10,15
144:20,25
**12:07** 145:5,10,15
145:20
**12:08** 145:25
146:5,10,15,20,25
**12:09** 147:5,10,15
147:20
**12:10** 147:25
148:5,10,15

**12:11** 148:20,25
149:5,10,15
**12:12** 149:20,25
150:5,10,15,20
**12:13** 150:25
151:5,10
**12:14** 151:15,20
151:25 152:5
**12:15** 152:10,15
152:20
**12:16** 152:25
153:5,10,15
**12:17** 153:20,25
154:5,10
**12:18** 154:15,20
154:25
**12:19** 155:5,10,15
155:20,25 156:5
**12:20** 156:10,15
156:20,25
**12:21** 157:5,10,15
157:20,25
**12:22** 158:5,10,15
158:20,25
**12:23** 159:5,10,15
159:20
**12:24** 159:25
160:5,10,15,20
**12:25** 160:25
161:5,10,15,20
**12:26** 161:25
162:5,10,15,20
**12:27** 162:25
163:5,10,15,20
**12:28** 163:25
164:5,10,15,20
**12:29** 164:25
165:5,10,15,20,25
**12:30** 166:5,10,15
166:20,25 167:5

**12:31** 167:10,15
167:20,25 168:5
168:10,15
**12:32** 168:20,25
169:5,10
**12:33** 169:15,20
169:25 170:5,10
170:15
**12:34** 170:20,25
171:5,10,15,20,25
**12:35** 172:5,10,15
172:20,25 173:1
**13** 11:15 212:13,18
259:22,23 260:8
**130** 151:22 153:20
**136** 257:25
**14** 11:19 295:16
307:2,3,7
**14127134023** 9:24
**143** 10:15 303:23
**1499** 244:17
**15** 10:4 11:21
117:15 119:22
120:4 148:18
154:23 171:7,13
303:23 311:17,18
311:21
**15,000** 147:23
**15219** 6:10
**155** 10:17
**15th** 8:7
**16** 11:23 245:9
305:7,13 323:22
323:23
**16092139142** 9:23
**16th** 331:16
**17** 10:7 171:10
212:13,18
**175** 182:15
**179** 10:19

**18** 189:1 199:25 200:2 317:10

**1800law1010.com** 4:8

**18755** 331:19

**19** 10:8 303:23

**190** 152:23

**1930s** 213:16

**1934** 94:4

**19422** 5:6

**1956** 182:13

**1964** 184:9

**1967** 44:21 184:8 316:1 319:23 327:2

**1970** 212:2 213:12 213:25 263:11

**1970s** 162:5 184:7 212:8 214:8

**1971** 48:21 77:24

**1975** 182:8

**1978** 198:6

**1980** 94:10,11 182:14 213:5,10 214:1 259:7

**1980s** 94:20

**1981** 87:12,19 90:9

**1985** 61:22 62:22

**1989** 63:9 79:3

**1990** 68:9 307:9

**1991** 182:24 183:10 316:1 325:19

**1994** 317:12

**1995** 24:18

**1996** 73:15 79:18

**1:19** 1:7

**1:45** 173:1,3

---

**2**

**2** 10:8 19:1,3,7,10 56:8 104:14 112:16,23 129:8 204:20,24 330:1

**2,000** 38:25

**2.3** 231:21 232:2

**2/17/20** 144:11

**2/28/21** 144:13

**20** 38:24 77:21 89:2 186:5,8 199:24 200:2 216:12 333:22

**20/20** 321:14

**200** 5:5 49:12 189:23 191:22

**200,000** 139:8

**2000** 1:17 309:20

**2002** 48:9 184:23 190:14 199:5 200:23 210:19

**2003** 96:6 102:3 322:15,20 324:3

**20037** 3:6

**2004** 204:11 231:4

**2006** 311:22 314:25 322:16,17

**2007** 84:1,15

**2008** 95:23 99:15 101:3

**2011** 58:14 117:3 309:23

**2012** 195:16,25 201:5 310:1

**2013** 95:25 96:6 102:3 105:8

**2014** 56:19 58:10 58:24 96:3

**2015** 24:17 108:23 109:12 116:13 117:2,19 118:2,12

---

118:15,17

**2016** 108:24 201:7

**2017** 116:13

**2018** 38:20 39:4 117:2 173:22 175:20

**2019** 30:15 111:2 112:15,20 116:18 116:20 117:1 146:15 147:6,18 151:12 197:21

**202** 10:20

**202.530.8587** 3:7

**2020** 19:12 20:1,19 48:8 52:19 144:12 151:13,21,21 152:1,6,9,12 197:21 201:5 262:3 316:23

**2021** 1:14 2:1 11:18 12:7 19:20 19:25 20:3 42:16 42:25 47:8 84:15 152:19,21,25 155:24 259:25 260:12 261:14,25 263:13 331:8,16 332:3

**2024** 331:25

**20o** 242:13 243:22 248:15,18

**21** 9:6 10:10 51:5 51:10,20 55:17 151:13 193:17 204:14

**2101** 3:5

**216** 300:22 305:11 305:16

**22** 38:25

**22,000** 148:9

---

**2220** 5:13 7:14

**226,000** 152:9

**227** 8:16

**2299** 10:14 104:2

**23** 10:11 159:2

**230** 5:13 7:14 11:5 182:15

**24** 187:19 196:4 297:8 311:4

**2400** 6:21

**241** 11:9

**25** 53:17

**250** 11:13 22:12

**2500** 3:12

**259** 11:15

**27** 262:17 290:15 291:24 301:3

**27th** 4:20

**28** 116:19

**28202** 8:17

**283** 231:5

**2875** 1:7

**28jx** 114:14

**29** 260:12

**29-30** 11:17 259:25

**29th** 295:2

**2a** 165:13

**2e1** 272:6

---

**3**

**3** 10:10 21:2,6,7 51:21 170:25 181:15 228:3 280:22

**3/4/20** 144:11

**30** 77:21 79:3,5 81:7 119:24 145:1 145:3 147:22 149:7 150:1 194:23 216:12 260:12 327:12

[30350 - 93,000]

**30350**   3:13
**307**   11:19
**30th**   295:2
**31**   152:19
**311**   11:21
**312.277.1945**   6:23
**312.566.4808**   5:15
    7:15
**316**   3:20
**317.231.6491**   7:8
**31st**   154:11
**32**   263:3
**323**   11:23
**32502**   3:21
**333**   3:12
**37**   204:14
**37,000**   147:21
    148:17
**386**   153:1 154:13
**3:04**   239:9,10
**3:34**   239:10,12
**3:39**   243:17,18
**3:41**   243:18,20

**4**

**4**   10:11 23:15,20
    101:8 157:24
    171:2 260:25
    325:18
**4/13/21**   144:13
**40**   145:1,3 316:4
**400**   52:3 179:21
**410**   206:4
**412.263.4246**   6:11
**422**   231:21
**432**   232:2
**450**   5:5 272:6
**455**   331:10
**46204-3535**   7:7
**47**   307:11
**4:39**   290:6,7

**4:53**   290:7,9

**5**

**5**   10:12 102:13
    103:24 104:1,5
    292:17 296:16,17
    331:25
**5.0**   141:1
**5/20**   144:12
**5/20/20**   144:12
**5/31/21**   144:14
**50**   43:6 48:13,21
    129:15,18,25
    138:6 146:3 162:6
    189:21 201:10
    226:10 310:8
    316:4
**500**   22:17 27:19,25
    28:19 30:20 50:7
    140:12 147:21,22
    239:23 303:7
**500,000**   138:10,25
    159:12
**504.524.5777**   4:15
**50s**   43:5
**517,500**   152:22
**518.862.1200**   4:7
**519**   152:13
**52**   151:17
**5226**   9:7
**53**   4:20
**58**   151:14
**580**   33:5 178:6
**583**   30:3 47:12
    52:1 178:3 242:19
    245:22 288:7,8
    312:3
**5:38**   328:16
**5:50**   1:15 330:12
**5th**   38:20

**6**

**6**   10:15 94:17
    102:14 143:10,12
    143:19 164:10
    167:24 213:12
    230:10 242:13
    243:22 248:15,18
    257:19,21 263:6
    263:15 264:22
    265:3,11,12 266:1
    266:5,8,15,22
    267:5,18 268:8,12
    268:24 269:3,18
    271:24 273:7,12
    273:20,25 274:8
    275:16 277:9
    278:19 282:2,5,7
    282:10,20 283:2,5
    286:5
**60**   33:15 154:7
    186:8 195:7
    201:10 218:1
**600**   8:16 162:15
    174:8,10,24 176:5
    178:13 247:12
    268:8 303:7
**60606**   5:14
**60s**   182:12
**610.567.0700**   5:7
**617.231.7000**   4:22
**65**   264:24 271:23
**678.553.2312**   3:14
**6b**   32:20
**6th**   147:18

**7**

**7**   10:17 32:16,20
    153:5 155:5,6,12
    155:19 173:16
    203:8 230:10
    259:6 265:2

**271:23 298:22
**7/29/2020**   144:12
**7/7/21**   144:14
**70**   149:5
**701**   4:13
**70130**   4:14
**704.444.3475**   8:18
**70s**   182:12
**710,00**   146:14
**710,000**   145:22,24
**74**   147:20 148:16
    149:5,6,8,12
    150:17
**75**   149:5
**77**   153:6,17
**7th**   51:20 143:21
    144:19,22 152:25
    154:14 181:17
    241:10

**8**

**8**   10:19 155:4
    179:1,2,3 239:15
    247:19
**8/6/19**   144:7
**80s**   162:5
**850.435.7013**   3:22

**9**

**9**   1:14 2:1 10:20
    141:11 144:18
    154:9 161:9
    178:25 202:17,19
    202:23 204:10
    270:2,22 272:25
    287:11 289:10
    306:5,6 331:8
    332:3
**9/9/2021**   333:3
**93**   249:3
**93,000**   249:14

[93.05 - administration]

**93.05**  249:8
**94**  64:2 68:9
**96**  79:10 194:9,12
  194:18
**973.757.1100**  8:9
**99**  16:3
**9:25**  1:15 2:3 12:8
**9th**  12:7

**a**

**a.m.**  1:15 2:3 12:8
  101:16,16
**ability**  331:12
**able**  27:5 65:10,14
  74:9 88:9 90:6
  91:11 92:2,18
  126:1 227:13
  233:16 235:7
  287:15,17
**absolutely**  32:15
  45:21 113:21
  202:3 286:1 321:2
**absorbents**  200:4
**abstract**  255:12
  256:1 307:15
  312:5,24
**abundance**  261:5
**abundant**  94:2
  317:14
**academic**  58:19
  63:22 96:5,18
  97:4,18
**accelerated**  61:17
  62:25 103:1,13,14
  104:16 105:5,5,20
  106:7
**accept**  152:10
  180:8 304:2
  306:10
**acceptable**  194:18
**acceptance**  63:18

**accepted**  60:18
  61:16 100:18
**access**  27:5 214:8
  214:14
**account**  255:17
**accredited**  60:22
**accumulation**
  255:15
**accurate**  193:18
  258:6,21 259:13
  261:19 262:10
  298:7
**acids**  110:7 234:6
  234:11 235:12
  237:8 238:9,18
**acrylate**  208:4,7
  208:14 210:1
**act**  272:12
**acting**  269:11
**action**  95:16
  131:21 185:3
  190:12,21 193:19
  193:24 196:3
  199:21 270:25
  284:12 287:9
  331:13,16
**actions**  1:7
**activation**  170:24
  307:18,23 308:16
**activities**  306:2
**activity**  161:13
  166:5 257:14
  264:17 265:20
  266:3 302:3,16
  304:8 305:1,23
  306:8 315:13
**actos**  10:12 34:13
  54:16 104:1,10
  113:3 130:17,24
  131:5 136:13,17
  136:22 139:7

**actual**  88:7 92:3
  92:19,20 123:11
  127:25 149:9
  312:14
**acute**  94:9 213:18
  224:8
**adam**  130:18
**add**  20:5 87:16
  143:2 184:12
  200:7 250:2
  259:16 260:2
  291:2,25 292:25
  302:4
**added**  19:17 49:16
  50:1 90:11 154:13
  220:20
**adding**  141:17
**addition**  21:15
  174:13 261:5
  304:12
**additional**  70:23
  82:8 83:7 144:19
  144:21 177:3
  191:11 258:3
  268:9
**additions**  332:8
**additive**  301:6,12
  301:22 302:10,14
  303:3,15 304:3,16
  304:20 305:24
**additives**  302:24
**additivity**  303:18
  303:21
**address**  15:20,24
  16:2 183:1 191:10
  191:16
**addressed**  201:24
**adds**  239:23
**adduct**  227:24
  250:25 251:1,7
  255:14 257:15

**actual**  263:7,15 264:1,5
  265:11,12 266:12
  266:16,22 268:3
  269:1,3,15,18,24
  270:4,10,20 273:7
  273:12,20 274:3
  274:11 275:16,21
  276:2,3,14,22
  279:25 280:5
  282:7 283:4
  286:11 287:10,18
  289:2 315:8
**adducts**  11:13
  94:16,18 95:6,8
  193:20 199:21
  203:7,9 212:15
  213:11 227:13
  228:17 230:11
  250:18 251:13
  254:16 255:18
  256:2,15,25
  257:10 262:17
  263:1,4,12 264:12
  264:25 265:8
  266:1 267:2,3
  268:8,12,16 270:6
  271:22,25 273:25
  274:8,16,18,21
  277:9 278:8
  282:10 283:10
  290:18 313:2
  314:8,24 315:10
  315:12,18,20
**administered**
  187:12 208:7,22
**administering**
  189:10
**administration**
  186:17 189:6
  208:11 209:9,17
  298:19 317:7

[advanced - animal]                                                                Page 9

**advanced** 71:20
98:22 99:2,19
106:19 114:4
115:15,17
**advances** 49:22
**advantage** 62:8
**advantages** 53:18
**advice** 185:7
**affect** 29:4,8
160:14 168:6
170:9 232:14
234:20 280:15
309:4
**affiliated** 58:1
**aflatoxin** 315:9,12
**age** 62:4,20 206:19
**agencies** 28:15
39:2 43:6,9,12,17
47:25 48:18,21
49:9 135:10
184:23 194:2
198:14,16,19
199:8 200:15
205:14 219:19
220:23 262:2
292:12 293:7
294:14,15 297:3
311:13,14,15
316:11 320:9,12
321:10,22 322:6,8
**agency** 47:2,18
209:12
**agent** 254:21
255:1
**agents** 11:14 197:3
199:10 234:11
250:19 254:18
256:4 268:25
**ago** 107:11 139:12
179:16 204:2
285:9

**agree** 46:19 47:21
47:24 48:11 60:10
105:3 126:11,25
128:12 139:6
146:14 147:14
169:14,21 170:5
170:12 172:2,7
174:18 176:20
182:23 183:23
184:15,22 185:15
189:24 190:24
191:2 196:7 216:1
216:7 218:10,23
219:24 220:1,5
222:3,4 226:25
227:1,9,12 229:4,7
229:23 232:4,11
232:24 233:6,15
234:23,25 235:10
237:6,14,18 238:1
238:16 243:5,6
248:22 249:19
250:22,24 254:19
254:21 256:11
257:18 258:14,20
258:21 261:14,16
262:24 263:6,10
264:21 269:3
276:1 291:20
292:3,4 293:9
296:23,24 303:16
303:20 307:23
308:5 314:5
315:21 316:10
317:25 318:9
323:14
**agreed** 147:20
148:8 198:12
238:7,8 263:15,25
267:20 291:22
298:23 299:4

301:5 303:14
308:17
**agreement** 147:7
256:14
**ahead** 17:7 39:25
47:25 72:20 77:9
114:1 202:10
262:14 279:18
290:2 296:1
329:14
**aid** 7:3 13:24
**al** 12:13 319:22
321:8 325:14
326:24 333:2
**albany** 4:6
**albertson's** 8:13
14:20
**alcohol** 220:21
234:1
**aldehydes** 95:7
212:20
**alfano** 6:3
**alive** 233:17
**alkylating** 255:1,6
**allan** 139:19
**allegation** 37:15
37:18
**allegations** 36:23
37:14,23
**allen** 140:5
**allow** 93:2 284:15
**allowed** 194:12
**alpha** 84:2,5
**altered** 313:3
**american** 117:7
118:10
**amino** 234:6,11
235:12 237:8
238:9,17
**amount** 115:20
140:3 147:15

150:10 151:5
188:1,9 191:20
192:2,7 194:10
220:17,19,25
231:15 249:25
259:14 291:1,25
292:24 297:17
**amounts** 94:15
139:12 203:11
231:20 303:19
**analysis** 132:6
192:20 193:7
196:24,25 204:3
242:25 243:24
245:19 246:20
247:5,9,14 250:5
**analytic** 262:21
**analyze** 123:13
**andy** 14:9
**angiogenesis**
64:20 77:20,23,25
85:6,10 89:8
218:12,14 270:18
287:23 289:6
**animal** 11:24 29:3
89:6 119:12,20
120:4 129:10,12
135:5,7 183:2,9,24
184:1,16,25
185:12,23 187:1
189:21 190:10,16
191:24 193:14
194:8 195:11,14
196:15 203:5
204:6 208:6,10
209:18 212:23
214:5,25 216:4,9
226:8 281:19,22
283:20 284:18
294:10,10 303:8
317:11 319:24

323:24 324:8
**animals** 28:24,25
84:18 85:3 86:14
90:24 94:19 95:12
95:18 129:5
183:13 185:4
186:17 187:6,12
187:17 189:16
190:13,22 191:1
195:2,6,7 197:24
198:3,5 199:22
202:25 203:10
204:4 205:20
208:22 209:5
210:9,18,21
211:12,20 212:17
213:20 216:11
288:9 317:21
327:4,5
**announced** 135:21
**anova** 127:6
**answer** 16:12,16
16:19 19:21 22:3
30:12 31:5 35:2
36:16 38:19 40:8
44:12 45:14,14
57:3 75:4 83:11
91:4 107:20 133:4
134:19,23 135:21
146:4 147:1 161:7
162:2 177:19
186:24 190:6
192:12 214:22
262:8 279:12,13
279:18 282:9,21
288:1 296:2 297:2
299:17 300:20
302:13 319:13
320:3
**answered** 124:8
164:22 215:4,17

**answering** 46:14
61:8 166:16
**answers** 40:6 46:1
46:9
**antagonist** 84:2,6
**antibody** 224:1
266:10
**anticipate** 48:15
198:11
**anticipated** 49:6
**antitoxicity**
233:10
**anybody** 59:25
115:4 135:15
160:24 168:1
326:18 329:23
330:8
**anybody's** 234:21
**anymore** 79:13
**apart** 76:9 78:18
78:19
**apologies** 122:19
**apologize** 17:13
32:14
**apoptosis** 228:20
254:10
**apoptotic** 89:11
251:22 252:16,20
253:4,8,13 275:1,3
275:6
**apparently** 147:15
**appear** 56:25
313:3
**appearance** 18:12
**appearances** 3:25
4:25 5:25 6:25
7:25 8:25
**appearing** 156:12
158:9
**appears** 165:10

**applied** 67:5,12
109:13
**apply** 61:25 67:16
76:16 175:3
216:14
**applying** 76:25
77:12 114:20
**appointment** 57:6
57:11,22 58:14
59:12,14 97:13
102:3
**appointments**
96:5
**appreciate** 15:3
30:22 35:15
135:13 176:12
241:18 285:24
286:5
**approach** 44:7
46:20,20 47:9
205:4
**appropriate** 44:8
45:8
**appropriately**
304:17
**approved** 43:17
46:21,25
**approximately**
66:3 144:7 182:17
**area** 54:18 78:21
100:15 184:24
210:17 233:12
**areas** 70:24
293:12
**argumentative**
217:23
**arising** 258:10
**arrive** 163:10
**arrived** 128:23
**arsenic** 195:24

**article** 19:20,25
20:3 24:23 42:25
47:8 134:3 155:20
157:7,18,23 159:1
159:15 160:22
164:11 166:10
168:21 172:2
173:8,11,14
204:17 206:4
231:3,5,7,9 242:7
242:16 248:14
254:16 255:12
257:2,6,25 258:16
258:18,20 280:6
280:12 281:2
307:8,12 308:15
311:22 313:8
322:14 325:7,19
327:20
**articles** 22:22,23
23:1,25 24:11
25:1,2,4,5 26:17
26:25 27:5,10,20
30:21 33:5,6 34:2
34:6,24 49:16
50:1,15,25 140:25
177:24 179:22,25
182:8,15 288:7,8
323:17 327:18
328:7,8
**artifacts** 253:11
**asci** 117:8
**ascites** 213:18
**aside** 136:11
176:12 235:20
306:25 309:7
**asip** 118:9,17
**asked** 27:23 32:22
36:13 37:2,4,6
113:21 131:15,16
132:23 133:2

146:1 159:23
172:13 187:23
194:4 197:15
214:20 230:17
236:12,13,19
241:16 260:4
264:9 281:1,7
303:11 304:14
**asking** 20:7 28:7
33:2,21 91:21
116:10 142:17,22
146:10 148:18
179:24 221:5
272:4 285:8
324:18
**asks** 177:10
**assay** 93:7,12
194:25 195:1
262:5 315:4
**assays** 29:1 196:15
253:19,21
**assemble** 311:2
**assess** 205:9
**assessed** 200:22
**assessing** 296:20
**assessment** 11:16
45:7 128:14,14
130:9 259:24
260:11 297:11,20
298:2 311:7,16
321:14,23 322:1
**assessments**
197:13
**assist** 51:23 136:4
**assistant** 56:16,19
58:9 59:6,9 64:17
96:23 97:22 99:5
106:5,10 138:8,21
146:17
**assistants** 53:23
123:24 124:11

**assisting** 15:1
71:24 72:6
**associate** 97:25
98:15 103:8,15,21
104:16 105:6,11
105:16,21 106:6
106:15 107:4,8
108:3,10
**associated** 256:9
**association** 43:11
48:7 244:25 245:1
247:1,24,25
250:11
**assume** 16:12
130:3 132:18
138:5 268:7 269:7
277:6 286:24
**assuming** 62:10
314:23
**assumption**
268:21 303:19
**atlanta** 3:13
**attached** 10:17
155:6
**attacking** 193:21
**attempt** 80:8
231:14
**attempted** 176:16
**attempting** 177:19
**attend** 260:13
294:21 295:8
**attended** 292:9
295:13
**attending** 13:12
71:24 72:6
**attention** 50:16
56:8 104:13
152:18 157:24
159:1 173:15
210:4 244:17
250:16 255:13

262:16 286:4
289:23 290:14
294:24 296:15
298:22 301:2
325:10 328:5
**attorney** 131:5,11
331:15
**attorneys** 130:18
131:7 132:8
**attributable**
267:18,19
**attribute** 175:19
228:21 268:12
**attributed** 176:1
**august** 55:17
146:15 147:18
**aurobindo** 5:2
14:8
**author** 116:12
156:3 169:11
231:4 242:13
**authoritative**
198:16 199:10
**authors** 159:9
167:22 168:22
312:25 313:8,18
326:1,11
**automatically**
57:11 59:5
**autrop** 94:21
**available** 67:19
83:2 163:12
200:14
**avenue** 16:3
**average** 153:6
201:14
**avoid** 317:15
**award** 117:21
118:3,12,18
**awards** 118:5,15

**aware** 38:8 47:7
55:18 92:9 114:24
132:7,10 177:24
205:18,24 263:20
263:23 266:22
295:1 301:9,15,17
301:17,19,23

**b**

**b** 139:15
**baby** 275:25
**bachelor's** 61:17
**back** 52:19 58:9
59:11 72:18 73:7
73:9 74:5,13,16
77:23 78:12,22
79:2,9 101:18
129:16,25 131:3
133:24 141:18
151:9 171:23
173:3,5 180:1
185:21 198:6
210:15 235:25
236:2 239:12,14
240:20 243:20
254:15 271:4
278:16 285:14
290:9 304:4
**background** 65:10
121:20 286:14
**bad** 48:12 157:9
178:23 316:6
**badger** 215:12
**badgering** 320:18
**ball** 6:20 13:18,19
52:17 329:16,21
330:10
**ballpark** 144:24
**bar** 116:23
**barbecue** 229:13
230:1 237:16

[barnes - bottom]                                    Page 12

**barnes** 7:4
**barrett** 307:8
**base** 133:7 293:1
**based** 44:20,20
  162:25 194:17
  205:16 233:17
  255:14 258:8
  274:10 282:16
  293:3 314:20
  319:25 321:19,24
**baseline** 127:5
**bases** 177:17
  268:23
**basic** 59:13 117:25
  131:19
**basically** 53:6
  68:10 79:15 107:5
  112:16 214:4
  274:24
**basics** 89:1
**basis** 11:19 50:23
  86:23 176:17
  194:14 271:20
  307:3,9
**batches** 38:25
**baylen** 3:20
**beach** 277:23
**bear** 18:7 148:8
  286:2
**becoming** 46:13
  59:8 114:11
**bedside** 65:11
**beer** 229:14 230:2
**beg** 285:3,6
**began** 36:7 197:22
**beginning** 45:3
  255:25
**begins** 158:2
**behalf** 3:2,17 4:2
  4:10,17 5:2,10 6:2
  6:15 7:3,11 8:3,13

9:3 12:17,19,21,24
  14:1,7,10,12,15,20
  14:22 36:3
**beings** 223:2
  224:14,22 280:7
**believe** 39:18
  40:11 60:21 91:3
  177:15 199:11
  215:3 218:19
  222:8 283:25
  287:3
**believed** 104:23
**bell** 5:6
**ben** 9:14
**bench** 65:11
**benchmark** 43:18
  45:6 46:20 130:4
**best** 17:15 40:8
  262:18 263:16
  331:12
**beth** 15:25 52:11
  57:3,3,10,16,20,23
  58:5,11,19 59:1
  81:15 83:15 96:2
  99:17 101:22
  102:21 104:7
  106:11 128:7
  138:23
**better** 172:5
  291:15
**beyond** 99:19
**big** 62:8 68:6
  89:10
**bill** 147:11,22
  148:9,23 149:7
  150:1 152:19,23
  153:1
**billed** 145:22
  150:10 151:12
  153:6

**bills** 148:4
**bioactive** 117:19
  117:20,23 118:15
**bioassay** 93:8,11
  195:2 226:17
  315:5
**biological** 236:10
  236:24 298:7
**biologically** 225:1
  226:22 236:5,7
  258:25
**biologist** 54:6
**biologists** 54:20
**biomarker** 264:5
  264:7,13 267:9,11
  274:9
**biomarkers** 252:8
  256:15,19 262:19
  264:17
**biopsies** 71:17
**bipc.com** 8:19
**bit** 69:15
**black** 66:7
**bladder** 95:4
  112:14,23,25
  113:3 206:10
**bladders** 71:19
**blanking** 131:1
**block** 50:14 85:14
**blocks** 112:16,17
**blood** 37:25 85:11
  86:1 88:25 123:10
  127:15 252:5,13
  252:14 264:12
  270:17 286:12
  289:7
**blue** 5:6
**bmd** 44:7 46:19
  47:9
**board** 80:17,20,21
  81:21 82:14 86:9

88:24 118:24
  119:4 121:19
  127:9
**bob** 9:12 12:4 13:5
**bodies** 135:3
  219:20 221:8
  232:21 233:17
**body** 119:22
  126:14,14 184:25
  209:13 210:17
  220:3,7 221:23
  222:5,9 223:3
  224:15 225:5,18
  227:2,5,10 233:2
  234:2,21 235:11
  237:1,7 238:18,20
  258:5 259:10
  264:19 278:3,10
  284:3 297:18
  304:4
**body's** 225:24
  283:17
**bogdan** 4:4 12:18
  12:18 179:11,16
  179:20,23 180:4
  291:6,11 329:5
**bosick** 6:3
**boss** 285:9
**boston** 1:18 2:7
  4:21 6:22 12:10
  16:3 53:16 61:18
  62:11,15 63:20
  68:8 72:18 76:6
  76:13 78:4,21
  96:12 101:25
  102:1,4,6 331:8
**boston's** 74:11
**bottom** 49:2 56:18
  104:14 158:3
  164:11,12 165:11
  173:17 208:2

240:12 258:2,2
261:3 290:24
291:24 325:11
**boundaries** 320:25
**bowl** 212:5,6
**box** 9:7
**boyd** 307:8
**brad** 14:21
**bradley** 6:8
**brainstorm**
300:19
**branches** 52:13
**brantom** 165:22
**break** 17:1,4 23:16
34:22 64:14
101:10 154:22,25
165:10 171:9
175:12 221:7
238:22 239:6
289:14,17,18,22
289:25 328:14
329:14
**breakage** 252:22
**breaks** 253:14
**breast** 71:17
**brett** 9:21
**briefly** 24:1
**brigham** 57:21
58:22
**bring** 22:19 26:19
27:10 65:10 81:7
82:13 115:20,21
293:19
**broad** 222:25
**broadly** 34:16
**bronchus** 95:2
**brookline** 16:3
**brought** 21:17,24
22:5,8,21 23:15
103:12 293:15
295:16

**btlaw.com** 7:9
**buchanan** 8:14
**budapest** 118:16
**building** 52:14
**bumpy** 18:6
**bus** 137:3,4
**busy** 137:19
**byproduct** 223:13
253:12

**c**

**c** 3:1 4:1 5:1,8 6:1
7:1 8:1 9:1 12:1
13:16,19,21 14:12
165:12 252:20
**cadaver** 66:20
**calculate** 261:7
**calculated** 194:10
**calculation** 129:16
130:5
**calculations** 47:9
163:9
**call** 16:16 69:1
107:21 112:19
123:8 131:8
257:19 325:2
**called** 29:25 84:8
88:21 93:8 94:16
109:9 110:14
111:12 123:1,5
155:24 194:25
198:6 211:5
278:10 289:23
**calls** 193:3
**camp** 4:13
**canada** 43:11 48:8
48:25 49:1 198:12
293:8 311:5 319:3
320:9 321:16
322:3
**canadian** 316:11

**cancer** 11:10,12
27:24 28:6,9,20,24
28:25 29:5,14
37:4,7,10 38:4
43:5,14,25 44:1,19
48:13,20 50:13,14
50:19 54:6,20
61:9 63:8 64:9,11
64:24 65:15 68:13
70:12 73:11 74:18
75:8,9,15 77:14
78:15 79:5 80:9
81:5,8,10 82:11
83:22 84:12,18
85:1,13,15 86:13
86:14,15,16 87:1,6
87:20,24,25 88:3
88:11,15 90:1,2,4
90:14,20 93:7,21
94:11 95:10 98:11
98:12,13 100:1,2
105:14 110:7,12
110:15 111:19
112:14,20,24,25
113:3 121:3,12,13
126:19 128:14,24
129:4,5 130:11
132:24 133:17
136:23 137:5,6,7
137:13 150:22
156:23 157:1,8
158:22 159:25
160:3,5,10,21,23
161:9,11,21 162:4
162:9,13,18,24
165:3,20 166:18
167:13,25 172:11
172:16 173:19
174:2 183:17
185:7 186:3,4,7,11
186:13,19 187:17

187:21 188:23
189:1,2 190:12,21
191:13,20 192:3,8
194:6,17,22 195:4
195:5,6,11 196:16
197:4,16,18,23
198:1 199:20,23
201:12 207:10,22
209:9,15 210:20
211:8,15 213:10
217:7 222:16
225:3,4,6,7,25
226:5,10,12,13,14
226:19,22 228:6
228:10,21,22
229:19 236:6,16
236:17,18,22
241:3,4 242:10,11
242:23 243:12
245:1 246:15
247:2,25 251:25
252:6,8 256:19,21
259:19,20 260:22
260:23 265:19
266:3,6,11,13
267:10,12,13
269:25 270:8,8,10
272:24 276:16,21
277:1 278:2 283:7
283:11 287:14,25
288:2,16,20 289:1
289:12 293:5,25
294:6 298:10
302:3,19 304:8,23
305:1,8 309:10,15
309:16,18,19,22
309:25,25 310:3,5
310:11,12,19,24
311:3,11 314:24
315:3,4,6,13,17
316:4 317:6,9,10

[cancer - cause]

317:16,22 327:3,4
327:8
**cancerous** 84:23
91:13 92:4
**cancers** 83:1
174:20 186:12
200:1 206:10
207:16
**cap** 147:9,14
**capability** 291:10
**capacity** 190:25
191:1 227:13
232:22 292:20
**capture** 27:20
32:2
**carbon** 95:7
212:19
**carci** 288:7
**carcino** 270:25
**carcinogen** 38:1
43:7 47:15 49:4,4
49:7,12 87:17
93:25 94:1 95:15
130:1,6,10 131:20
131:22 134:5,6,10
134:15 183:16
184:22 185:2,5,22
186:10,14,16
188:22 190:18
193:13 195:9,21
198:11,21 199:9
199:12 201:13,21
203:24 204:21
205:4 207:11
209:19 210:23
212:20 216:14
218:2 221:8
222:21 223:6
257:12 272:22
276:20 284:9,15
294:18 304:23

310:15,24 313:2
315:9 316:14
317:5,23 318:21
319:5 327:10
**carcinogenesis**
10:17 11:20,24
29:1 93:8,11
155:7,24 156:20
156:23 164:15
172:16 194:24
195:1 196:15
226:17 241:25
307:4,10 315:4
323:24 324:8
**carcinogenic**
158:5,6 166:4
205:20 206:22
255:22 256:7,9
265:15 276:9
302:4
**carcinogenicity**
11:22 43:20
132:22 183:2,12
183:12 184:3
204:4 208:23
288:9,11 309:11
311:19,24 313:1,4
313:9 314:15
322:23
**carcinogens** 10:21
44:4 45:7 47:1,1
131:18 141:10
154:6 165:13
188:16,20,24
195:4,23 196:3,6
198:7,9 200:1,9
201:8,10,11
202:20 204:12
205:11 206:9
207:9,25 208:5
217:15 218:1

219:17,19 221:23
221:25 222:4,9,13
225:9 226:18
228:11 233:25
266:24 267:3,5
268:19 271:1
293:5 294:17
310:9 313:21
316:6,21 317:20
326:21,22
**care** 290:4
**career** 50:12 68:11
74:2 77:14 98:14
98:16,20 99:13
100:2,4,8,17 101:5
105:15 110:17,19
117:21 118:3,11
118:14,18 120:22
135:17
**careers** 74:17
78:20
**careful** 107:24
188:17 259:10
**carefully** 48:7
178:10 254:12
**carl** 307:8
**carolina** 8:17
**case** 1:6 22:10
25:16,17 34:25
35:25 36:4,18,20
36:23 37:5,22
38:9,15 39:19
41:5 49:5 53:9
54:13,16,17 59:24
59:25 87:11 90:20
90:25 105:25
128:20 129:19
131:8 132:2,14
135:16 136:24
137:6,18,25 139:5
139:9,16,19,20

140:5,6,11 141:9
148:12,17,21,24
149:13 151:7
152:13 153:7
154:13 156:13
157:1 159:13
176:22 177:4,19
178:1 180:25
181:4 182:25
187:2 190:11
196:8,10 207:14
207:18 209:1
211:16 213:9
216:24 217:19,25
218:1,5 226:6
233:4,4 236:4
237:11 267:13
283:6 297:12
298:2 299:4 309:8
315:8 333:2
**cases** 71:16,20
94:6 212:21 315:7
**castle** 14:9,9
**categorical** 72:11
**category** 200:18
**caught** 202:9
**causation** 88:3
93:5,6,7,16,18
190:12,21 210:20
222:16 228:22
270:21 310:12
314:24 315:17
**cause** 27:24 28:9
28:25 29:13 37:4
37:10 43:14,25,25
44:19 48:13,20
61:9 84:23 87:6
90:22,24 91:1
130:11 132:24
133:16 150:21
159:24 160:2,4

[cause - chemical]                                                      Page 15

162:9,24 166:18
185:6 186:4,7,19
187:21 189:1
191:13,20 192:2,8
194:6 195:4,5
196:16 197:3,16
197:23 199:20
200:1 209:4 211:3
211:15 217:7
225:3 228:6
229:19 236:6,22
254:10 256:21
257:12 259:20
260:22,23 266:5
266:11 268:25
270:1,9 272:18
273:11 276:25
283:13 287:14,24
289:11 293:5
298:10 309:3,25
310:3,19 311:3
315:6 317:22
**caused**  37:7 38:4
85:18 88:11,14
89:19,23 90:1,2,4
90:19 91:12 92:5
92:12 93:3 199:23
201:11 226:4
227:14,20 259:19
265:16 273:2
275:8 278:19
315:3 327:3,4
**causes**  43:4 50:13
86:15 160:21,23
161:20,21 165:3
173:18 189:2
194:16,22 195:6
197:18 207:10
209:9,15 211:7
226:22 266:12
269:18 288:25

293:25 294:1,5
304:22 310:24
311:11 315:3,10
317:6,9,10
**causing**  29:5 95:10
207:22 225:6
226:14 265:19
266:3 302:3,18
304:8 305:1,8
309:9 315:13
327:8
**cavemen**  233:19
**cct**  6:12
**cell**  54:6,20 85:6
89:8,11,11 90:23
188:15 251:19,21
251:22,23 252:1,1
252:16 253:3,4,8
253:12 254:8,13
257:22 268:8
270:16 275:3,6
276:8 277:3,8
278:11 287:1,22
309:20
**cells**  29:3,4,8,9
84:23 87:10,13,20
89:19 90:16 95:4
95:11 135:7,8
195:14 213:13
224:4 225:20
252:4 254:14
270:18 278:10
309:25
**cellular**  11:19
208:9 307:3,9
**center**  8:6 16:1
52:12 57:4,17,23
83:15 99:17
101:23 102:22
106:11

**centers**  58:19
**centre**  6:9
**certain**  19:19
21:17 45:8 46:25
46:25 52:13,23
53:1,4,5 58:22
61:2,2,22 82:19
85:15 89:13 103:5
103:19 109:3
141:5 172:8
187:17 188:1
203:7 205:15
212:1 216:13
218:7 230:9
237:21 254:14
257:14 264:18
265:22 269:14
**certainly**  179:9
**certification**
121:19
**certified**  2:10
80:17 82:14 86:9
88:24 118:24
119:4 127:9
**certify**  331:5
**cg**  253:21 269:23
271:8,16 272:14
273:3
**cgannon**  8:10
**chair**  105:1 107:5
108:8,16
**chairman**  125:13
**challenges**  220:16
**challenging**
224:17 269:9
291:23
**change**  305:19
333:5
**changed**  200:17
206:7

**changes**  307:18
**characteristic**
170:23,25 171:2
228:3,23 274:25
275:2
**characteristics**
85:5 87:9 121:13
141:12 154:9
161:10 170:19,20
170:21 195:17
196:5,6,13,18
197:9 200:5,7
201:5,13,15,17,24
218:5 228:14,16
270:2,23 271:2
273:1 280:22
287:11,12 288:23
289:10 306:4,6,7
310:13,18 315:17
**charge**  151:5
**charging**  140:10
**charity**  149:22
**charlotte**  8:17
**chart**  314:6
**chase**  312:6
**chd**  13:20
**check**  145:21
181:24 242:22
243:12
**checking**  180:15
**chemical**  11:23
29:1,5 43:14,23
47:3 48:19 87:17
93:8,10,15 119:17
120:8 150:21
194:23,24 195:1,2
195:3,6,19 197:18
205:22 207:10
208:21 209:15
210:23 211:14
214:4 226:16

‌‌‌‌‌‌‌‍‌‌‌‌‌ ‌‌‌‌2‌

229:19 267:11 310:3,19 311:3,10 315:3,4,5 317:21 323:23 324:8

**chemicals** 44:2,17 46:25 126:18 158:2,4 199:20 204:4 211:2 221:9 222:17 256:5

**cherry** 247:6

**chicago** 5:14

**chicago37b** 9:22

**chief** 71:9

**child** 290:22

**children** 74:12

**children's** 57:21 58:25 79:14 95:24 96:12 101:25 102:1,6 128:7

**chloride** 195:24

**chodosh** 54:5,12 54:19

**chodosh's** 42:2 54:3 55:9,16,21

**choices** 66:4

**christine** 8:5

**christopher** 8:15 14:19

**christopher.henry** 8:19

**chromogenic** 211:13

**chronic** 85:6 208:13 209:25 228:19 287:22

**chronically** 255:15

**cigarette** 90:2

**cijen** 4:17 14:5

**cipriani** 5:3 14:7

**circle** 239:14

**circulating** 252:4

**circumstances** 45:9 99:10

**citations** 244:4 245:22 246:1 303:7

**cite** 34:2 50:9 162:6,14 168:9 173:11,21 218:24 231:5 243:22 244:7 246:20,25 257:7 258:18 259:6 318:17 321:9 326:24

**cited** 22:17 28:1,4 28:19 30:2 33:6 42:22 44:14 47:12 95:14 161:24 162:3,6,15 172:9,9 172:11 182:15 184:16 207:18,21 219:3,10 243:1,12 244:5 245:22 246:1,17,19 258:16 263:1,9,11 280:16 281:21 283:21 298:4 307:10 308:15 309:21 315:23 316:19,20 319:22 326:25 327:1

**cites** 175:16

**citing** 162:17 164:5 165:5 166:16 325:14

**city** 332:17

**claiming** 327:21

**clarification** 93:9 111:14 123:3 124:16 126:8

129:22 135:24 146:8 160:1 240:9 241:14

**clarify** 318:12 321:4,18

**clarifying** 319:2,3

**class** 213:2

**classic** 94:10 309:19

**classification** 48:19 199:1 200:17

**classified** 165:12 199:8

**classifies** 198:20

**clastogenic** 190:19

**clean** 220:4 312:9 320:3

**clear** 19:21 31:16 51:12 91:19,21 102:9 215:17 228:17 253:20 278:11 300:2 311:1 318:2 319:11

**clearing** 112:18

**clearly** 45:14,18 46:10 240:12 266:5

**clem** 6:5 13:15

**clinic** 81:8,11 83:24 84:10 86:16 110:11,13 112:25 114:17 119:13 123:2,5 126:19 252:7

**clinical** 81:22 83:4 83:14,18 84:11 85:25 116:20 117:7,25 129:8

**clinician** 80:4 86:9

**clinicians** 83:17

**clock** 153:22

**close** 100:11 115:10

**closely** 81:9,12 252:10

**closer** 145:21

**closing** 279:4

**clr** 1:24

**cod** 229:7 231:16

**code** 215:14

**cogliano** 204:11

**cohort** 244:24

**cohorts** 213:4

**coleen** 9:15 13:21 330:10

**collaborate** 81:6 127:13

**collaborating** 100:12

**colleague** 13:21 131:9,11

**colleagues** 86:7 94:22 100:11 115:10

**collect** 143:5

**collection** 143:20

**college** 61:25 62:1 62:7 64:4 68:15 72:16

**colloquy** 45:13 215:3 221:11,15

**colloquys** 215:10

**colon** 95:3 137:4,7

**column** 157:25 164:11 173:16 206:5 208:2 244:22,23 258:1,3 325:11

**combine** 200:4
**combined** 84:13
**come** 50:16 59:10
62:15 65:18 70:22
76:6 83:17 88:6
94:4 125:5 180:25
196:20 205:15
261:22,22 285:14
299:23 316:16
320:4 321:12,17
321:25
**comes** 50:20 51:9
142:6 229:5
235:25 254:24
255:6 278:7 297:4
**comfort** 101:13
**coming** 19:5 62:5
74:11 78:22
143:15 155:10
**comment** 55:25
184:9
**commercially** 83:2
**commission**
331:24 333:25
**commitment**
150:13
**committee** 143:23
**common** 26:3
157:5 196:2
271:22,25 299:24
**commonly** 238:18
**commonwealth**
2:12 331:1,5,11
**communicate**
329:12
**communicated**
135:14
**commute** 53:20
**companies** 35:17
**company** 35:4,6
35:24 40:25 84:8

132:10 136:3
137:4 168:23
181:11,19,20
241:8
**compare** 212:23
**compared** 194:11
212:10
**comparing** 194:19
**comparison**
185:19 189:17
**compartments**
258:6
**compete** 161:14
**competing** 159:6
159:20 160:12
166:23 167:17
168:6,19 169:5,10
169:18 172:17
**competitive** 67:10
108:20
**compiling** 51:24
303:6
**complaint** 36:3,18
**complete** 63:1
72:7 75:25 76:10
77:2,3 117:4
144:2 177:17
**completed** 55:21
80:13,23
**completely** 52:19
73:21 170:13
**completeness**
144:1
**complex** 127:8
218:1,5
**complicated** 70:14
105:2 265:7
**component** 224:8
227:3
**compound** 44:10

**compounds** 11:10
44:8,13 197:11
216:19,25 217:12
217:21 225:2,5
241:2 242:9
246:14 248:23
249:15,19 256:6
268:20 288:18
302:16
**comprised** 58:17
**computer** 140:19
**concentration**
208:21 210:11
214:24 216:3
**concentrations**
208:8,14 210:1,8
**concept** 77:24
157:15 162:5
163:4 164:21,24
**concepts** 150:22
156:22 157:17
170:16 172:8
218:9 302:24
**concern** 213:4
**concerned** 150:8
**concerning** 38:10
**concierge** 9:14
**conclude** 163:23
322:6
**concluded** 163:21
284:23 285:16
**concludes** 320:5
**concluding** 206:13
**conclusion** 27:3
90:7,18 164:1
184:3 250:3 259:3
313:14,15 314:14
**conclusions**
158:13 296:5
**conclusively**
134:14 280:7

**concordance**
11:21 311:18,23
**conditions** 11:8
230:25 231:19
**confer** 57:24
**conference** 295:2
**conferences**
300:17
**confidential** 1:11
113:20
**confidentiality**
113:24
**confirm** 263:23
313:17
**confirming** 244:9
**conflict** 159:9
160:18 169:10,14
169:22
**conflicts** 168:22
**confused** 122:19
**conjunction** 250:9
**connected** 275:5
**connection** 34:24
182:3
**consensus** 196:2
205:4 295:15,20
296:13
**consider** 106:4
178:2 193:8 201:2
296:9 297:19,25
298:15
**considered** 33:7
47:20 49:11 96:23
105:4 298:16
**considering**
303:17
**consistency** 172:7
**consistent** 170:14
172:3,5
**consortium**
111:10

**constructed**
    231:10
**consult**  59:19
**consulting**  137:24
    146:3
**consume**  232:16
**consumed**  210:6
**consumes**  234:21
**contact**  270:19
**contacted**  131:14
    132:2,8,13,15
    136:3 144:8 147:5
**contain**  27:11
    35:17
**contained**  156:11
    176:17 177:5
    287:6 332:10
**containing**  21:3
    237:17
**contains**  176:21
**contaminated**
    28:8 156:19
    159:23 160:3
    162:9 164:23
    169:7 172:14
    222:13 294:1
    298:9
**contend**  60:16
    172:4 300:22
    326:13
**content**  286:9
**contention**  325:20
**context**  37:15 85:1
    129:11 166:12,15
    176:5 177:12
    234:8 248:9
    251:11 257:9,11
    257:16 303:6,9
    305:2,21,22 306:4
**continue**  122:20

**continued**  3:25 4:1
    4:25 5:1,25 6:1,25
    7:1,25 8:1,25 9:1
    10:25 11:1,2 51:4
**contract**  59:18,20
**contribute**  206:14
    265:19
**control**  134:8
    135:1 226:12
    291:13
**controlled**  226:19
**controls**  29:24
**controversial**
    292:19
**conversation**
    132:19
**conversion**  190:15
**conversions**
    210:17 211:12
**convert**  184:24
    214:5
**converted**  234:24
    235:1,8
**converting**  187:1
**cool**  52:16
**copies**  19:5 23:5,6
    26:17 32:6,7,25
    34:10 40:21
    143:15 155:9
    241:20
**copy**  17:17 23:16
    24:20 27:9 31:3
    32:11 34:12 36:10
    36:17 142:23
    182:1 228:25
    328:25 329:9,24
**core**  117:10
**correct**  16:14
    21:18,19,22,23
    22:1,19 26:16,20
    29:23 35:21 37:16

41:1,2 42:19
43:20 45:10,11
47:6 51:7,13,13
55:4 56:22,23
57:13,14 60:1,2,11
60:14 61:19 63:25
65:1,5,5 66:1,2,6
67:4,8,10,11,18,21
67:25 69:1,9,18
70:24 71:1 72:5,8
73:16,17,22,23
75:24 76:19,20
80:15,16,19,22
81:3,3 82:3,5,9
83:8,12 84:24
87:1,3,7 88:11
90:7 93:4,24 96:8
97:7,15,20,24 98:2
98:4,5,24 99:8,9
99:20,23 101:5,23
103:2 104:12,21
105:7,9,23 106:3
106:21,22 108:24
108:25 109:22
110:4 111:3,4,7,8
118:21 119:6
120:15 121:11,23
128:18 130:2,7,13
130:15 132:21
134:12,15,24
136:5 144:9,15,16
145:25 146:18
147:25 148:1,5
151:13 152:5,11
152:14,23,24
153:2,3,10,14
154:17 156:9,10
156:16 157:13,18
157:21 158:16
159:7,17 163:12
165:19,23 166:1,8

166:14 167:6
168:17,18 173:10
173:13,24 174:21
174:23 176:18,19
177:7 181:13
188:3,4 191:13
196:25 197:13
198:3,18,21,24
200:19,21 203:16
203:20,21 204:7
204:17 205:5,6,8
210:6,7,13 211:22
212:1 214:10
216:21 218:22
223:6,7,9,10,13
224:5,6,12 227:11
229:9,10,24 230:2
230:3,7 231:11,12
231:17,22 232:19
232:20 234:12,13
234:18 238:11
243:7,21 246:15
247:20,21,22
249:5,16,17,20
251:5,6,9 253:2,16
253:24 254:2,11
254:22 256:13
257:2,4,8,22,23
263:17 264:23
265:13,14 266:17
269:4,19,20 273:4
273:5,8 274:11,13
275:10,18,19
276:4,6 277:3,4,10
284:2 288:13
300:12 302:24
307:13,14 308:18
308:25 309:5
311:24 312:1,4,16
313:10 314:10,11
319:17 320:7

321:10 323:20
324:5,6 325:3,21
325:23 326:5
332:10
**corrected** 255:9
319:15
**correction** 239:16
240:1
**corrections** 180:12
240:13 332:7
**correctly** 61:15
63:24 90:19
147:24 209:24
249:4 258:12
313:5
**correlate** 314:24
315:12
**cotran** 118:2,7,9
118:11,17
**counsel** 12:14
17:12 18:24 20:24
25:4 27:15 32:25
34:4,14,23 35:16
45:20 51:23,25
52:4 91:3,20
107:23 129:1
142:11 145:6,12
147:6 155:11,16
171:10 179:7
215:8 238:24
295:25 305:14
320:22 328:13
331:13,15
**countries** 38:25
297:8 311:4,6
**country** 62:18
**couple** 16:5 22:13
53:22 62:1,5
64:17 65:14 66:23
90:12 94:3,21
95:14 105:13

108:22 131:20
145:15 147:12
154:3 173:7 174:9
178:15 179:24
180:15,17,18
187:21 211:18
225:1
**couples** 66:21
76:17 78:5,19
**course** 16:20,24
23:23 27:15
128:11 134:2
180:24 181:3
**court** 1:1 12:5
13:2,10 16:25
101:12 103:25
215:11 239:7
271:3 301:21
329:11
**court's** 285:3,6
**cover** 104:6
**covered** 167:3
247:14 268:3
**covid** 20:18 52:6
53:14,17,19
110:21
**cox** 112:16,23
**cra** 1:24
**create** 142:10
**created** 32:9 232:8
**criteria** 10:20
103:19 107:3
115:17 202:19
204:11
**critical** 164:14
296:11
**crystal** 91:19
318:2 319:11
**csr** 1:23
**culbertson** 4:18
14:4

**culture** 87:13,16
88:2 90:11
**cumulative** 231:20
**cure** 75:9 98:13
**cures** 100:2
**curious** 77:4
**current** 10:20
18:23 19:13,22
20:8 56:15 105:24
202:19 204:11
**currently** 12:8
65:16 84:11,15
106:16 107:1,1
115:11 120:14
123:19 137:14
261:18 262:1
297:15 318:19
**curriculum** 10:8
19:3
**curve** 320:1
**cut** 16:5 312:6
**cutting** 71:13
292:11,23 293:22
299:14 300:8
**cv** 18:23 19:1,11
19:13,15,18,23
20:15,16,19 56:9
56:11 61:13 63:23
95:22 96:5 111:6
128:11
**cvs** 7:3 13:24
**cyp** 272:6
**cytochrome**
193:21 211:6
233:21 270:5

**d**

**d** 12:1 13:19 14:24
94:5
**d.c.** 3:6
**daily** 50:23 192:18

**damage** 211:8
253:3,7 254:5
268:22 270:7
272:18,23 273:2
274:23,24 275:4,6
276:24 277:22,25
277:25 278:4,8
283:12,14 288:19
308:10
**dana** 57:21 81:16
**dangerous** 214:4
272:22 316:7
**daniel** 3:19 12:16
**dash** 56:19
**data** 123:13
160:11 192:1
204:7 206:7
207:13 220:11
296:9 297:4 299:6
299:23 300:19
314:7 326:12
**date** 12:7 19:12
50:25 333:3
**davis** 100:7
**day** 1:10 17:14
40:4 44:24 50:6
66:9 82:21 86:23
86:23 119:19
129:9 140:20
153:16,21,21
194:10,13 221:24
222:5,10 224:4,5
237:3 249:2,3
255:20 303:22
317:15 330:1
331:16 332:13
333:22
**days** 25:23 66:10
179:16 180:18
**de** 243:25 244:5
245:20 246:17

247:10 248:11
250:6
**deaconess** 15:25
52:12 57:3,10,16
57:23 58:5,20
59:1 81:15 83:15
96:3 99:17 101:23
102:21 104:7
106:11 138:23
**deal** 102:25
127:14 149:16
**dealt** 46:7
**death** 85:7 89:9,11
89:12 251:19,21
251:22,23 252:1,2
252:17 253:4,8,12
254:8,14 275:2,3,6
278:11 287:23
**debris** 253:13
278:7
**decade** 146:11
**decades** 228:12
**december** 151:12
**decent** 213:2
**decide** 62:18 71:6
80:3,5 239:3
292:13 311:3
**decided** 74:6
79:11 80:6
**declaration** 159:5
**declare** 159:9
332:5
**deem** 113:20
**deemed** 46:2
47:10
**default** 303:19
**defendant** 35:24
**defendants** 6:15
14:8,16,22 35:17
42:1 135:20 180:3

**defense** 51:25
179:7 225:19,24
**definite** 313:19
314:14
**definitely** 22:3
154:5 200:11
303:18
**definition** 44:14
**definitive** 317:20
**definitively**
163:23
**degree** 63:25 64:1
**delayed** 110:21,22
111:1
**deletions** 332:8
**demonstrated**
166:4
**demonstrates**
314:7
**department** 58:6
58:15 59:2,4,13
70:7 76:18 96:7
96:10 98:24 99:6
99:18 100:9 101:3
101:21 102:5,18
106:20 107:13
108:2,5 114:25
115:12 125:9,14
125:18 127:22
138:22 198:9
312:19
**departments**
58:18 65:24
**depend** 233:4
**depending** 116:25
236:16
**depends** 27:1
71:10 88:15 138:2
232:13 233:1,13
234:8

**depleted** 284:24
285:16
**depletion** 286:13
**deponent** 15:6
**deposition** 1:12
2:5 10:7 12:11
15:17 17:9,10
18:12,15 23:11,24
32:14 34:11,13
45:24 136:16,22
139:15 175:9
289:24 330:12
331:6,14 333:3
**depositions** 16:5
40:21 41:12
136:14
**deprive** 23:17
**dequo** 139:20
140:5
**derived** 258:4
**desalvo** 9:16 14:23
14:23 239:20
**deschaine** 1:23 2:9
12:5 331:4,20
**describe** 196:2
288:7,8
**describes** 288:10
**describing** 203:5
**description** 10:6
11:3
**designate** 65:24
**desirous** 332:8
**detail** 35:15 306:3
**detailed** 289:9
**details** 304:11
**detect** 224:16
262:5 263:3,6
298:13
**detectable** 220:22
**detected** 194:15
210:12

**determination**
84:22 88:10
128:23
**determinations**
120:10
**determine** 47:19
89:19 91:12 92:5
93:2,6,15,17 261:8
261:15 293:23,24
297:9,10 311:10
311:16 314:20,20
315:19 321:22
**determined**
109:25 134:4
**determining** 43:13
47:14 61:8 110:1
295:4 296:19
**detoxify** 233:25
**develop** 218:7
225:25
**developed** 64:25
**development**
233:9
**devoted** 49:13
**dhs** 198:9 293:8
**diagnosed** 81:4
**diagnosing** 87:1,6
**diagnosis** 93:22
**diazonium** 193:22
210:25 288:24
**die** 213:21
**died** 94:8,15
187:19 195:21
213:17
**diet** 199:16 232:13
232:14 234:16
245:18 250:8
261:23
**dietary** 24:17
237:17

[diets - doctor]                                                              Page 21

**diets** 192:18
  232:23 261:20
**difference** 203:3
  235:15 304:12
**different** 28:23
  30:13 31:10 44:5
  52:13 57:19 65:8
  69:22 70:21 85:12
  86:1 94:24 109:17
  142:3 165:3
  174:12 185:11
  186:12,13 189:1,3
  189:5,5 200:2,2,3
  207:17,20 209:1,5
  218:3 232:16,17
  232:18 233:18
  242:25 253:17
  263:4 264:4,6,11
  265:10 284:17
  294:9 300:16,20
  304:17,18 305:10
  310:4,9 315:23
  317:6,10 325:6
  327:18
**differently** 13:13
**dimethylamine**
  231:16
**dioxide** 95:7
  212:19
**dipak** 1:13 2:5
  10:3,9,15 12:11
  15:6,21 19:3
  143:13 331:6
  332:3,20 333:3,21
**direct** 152:18
  157:24 158:25
  173:15 250:16
  258:6,22 260:25
  270:19 290:14
  291:22 296:15
  301:2

**directing** 104:13
  244:16 255:13
  262:16 286:3
  298:21 325:10
**direction** 74:1
**directions** 77:15
**directly** 62:1,6
  157:23
**director** 81:18
**disagree** 56:1
  199:9 205:7 220:4
  261:13 285:17,19
  286:18 293:11,14
  299:2 302:10
  303:24 314:6,17
  314:18 322:11
**disagreed** 55:9,23
**disagreeing** 302:7
**discern** 90:6
**discovered** 65:15
**discoveries** 65:12
  86:20 105:14
  114:16
**discovery** 83:23
  112:15 251:18
**discuss** 81:21
  295:17
**discussed** 60:3
**discussion** 13:6
  184:11 244:18
  248:15 290:12
  328:17 329:10
**disease** 82:18
**diseases** 65:8
  82:19
**dismutase** 225:16
**dispute** 182:9
  251:4 314:13
**disputed** 236:9
**disrupt** 227:24,25

**disruptive** 279:6
**distribution**
  261:10
**district** 1:1,2
**dive** 304:11
**dma** 262:3
**dna** 11:13 94:16
  95:6,8 170:25
  188:15 190:25
  191:1 193:20
  199:20 203:7
  211:3,7 212:15
  213:11 227:12,19
  227:23 228:4,7,18
  228:24 232:21
  233:3 250:18,25
  251:17,19,21
  252:2,4,21,22,24
  253:7,14 254:1,5,9
  254:10,16 255:18
  256:2 262:17
  263:4 264:12,23
  267:1 268:16,21
  268:23 269:4,24
  270:5,7,10,12,15
  270:19,20 271:19
  271:20 272:12,18
  272:23 273:2,7
  274:3,16,18,21,23
  274:24 275:4,6,7
  275:12,20,21
  276:2,3,9,10,23,24
  277:20,21,22,25
  278:8 279:25
  280:4,8,18 281:3
  281:23 282:1,7,18
  283:4,12,14,17,22
  286:12,12 287:10
  287:18 288:12,15
  288:19 289:2
  290:17 308:10

  314:23 315:8,10
  315:12,17
**dnigh** 3:23
**doctor** 16:4 18:14
  19:10,23 20:23
  21:15 24:21 30:18
  40:20 41:23 44:23
  46:11,19 49:24
  58:13 62:4 73:13
  79:18,23 89:17
  91:8 92:8,18,24
  93:22 95:20 97:3
  98:22 101:20
  102:16 104:5
  105:18 108:23
  114:3,23 118:20
  126:11 128:10
  129:14 136:11
  137:22 139:5
  148:15 151:11
  156:10,16 158:25
  159:12 161:16
  165:8 167:1,9
  170:12 172:20
  173:7,10 180:24
  182:4,22 186:21
  187:14 188:1
  189:8,21 190:24
  191:9 196:22
  197:9,21 200:12
  201:22 202:23
  204:10 205:19
  210:3 211:18
  214:7,19 215:25
  216:17 218:17
  219:24 221:3,20
  223:2,5,24 224:3
  226:24 229:1
  231:3 234:5
  235:10 237:5,6
  240:20 242:16

[doctor - eaten]                                                                Page 22

243:14 244:16
246:7,24 251:15
252:16 255:10
256:11 257:18
264:21 267:16
268:2,5 269:2
273:19 274:6
277:2 278:16,25
280:9 281:1,25
285:13 286:3,23
287:2 288:6
290:24 291:18
292:3 295:14
296:6 297:21
300:2,21 302:23
305:17 306:18
311:21 316:15
317:24 318:22
320:2 322:4,13,19
324:11,25 327:11
**document**   1:7
27:21 31:3,14
113:3,9 140:18
141:17,19 142:2
171:19 181:16
239:23 242:15
260:16 292:5
316:24 318:16
**documenting**
164:9
**documents**   10:11
20:25 21:18 22:6
22:9 23:20 24:22
31:8 32:2,8 35:5,6
35:23,24 36:20
40:18 49:17 50:1
51:19,24 142:4,6
142:10 181:5,11
181:14,20 241:9
**doing**   63:3,13 64:3
66:21 69:13 70:15

72:22 75:11 78:11
79:6 112:12
119:23 122:25
123:23 137:24
145:7 153:17,25
169:12 279:5
287:18 329:15
**dollars**   160:20,25
167:12,23
**dolores**   9:16 14:23
239:19
**domino**   270:3
272:16,19
**door**   79:20
**dose**   43:18 44:19
45:6 46:20 130:4
165:21 173:19
185:6,23,24,25
186:4,7 187:1,3,5
187:5,11,12,16,18
187:20,20,23,25
188:1,7,9,10,11,18
189:10,15 190:10
190:16,16 201:25
203:16,25 211:15
214:5 219:21
276:20 302:5
316:13 317:1
327:3,4
**doses**   47:19
184:17 185:13
189:22 213:20
216:10,13 255:16
313:3 325:12
326:14
**dosimetry**   255:14
**double**   17:17
181:24
**doubt**   219:1
**download**   25:24

**downloading**
25:23 151:1
**dr**   10:11 12:11
15:15 23:20 24:16
24:17 41:6,16
42:2,3,8,25 47:8
54:3,5,12,19 55:9
55:16,21 63:16
64:16,18 67:23
68:18 72:14 73:8
75:16,19 76:15
77:18 78:12 79:10
79:19 81:17 91:11
95:21 99:14
100:10 101:2
111:7 112:1,10
155:18 156:1,2,2,2
167:9,20 176:2
204:11 239:1,15
239:22 241:23
250:22 254:16
263:15,25 267:17
290:11 301:10,19
303:11,16 307:7,8
311:22 328:10
**drafts**   30:25 31:8
142:15
**drive**   10:10 21:3,7
21:13,16 182:1
**driver's**   15:9
**driving**   226:13
**drop**   239:24
**dropbox**   179:12
179:13 180:5
240:2,14 241:9
**drug**   81:8,10 84:2
84:3,10,15 85:3,14
110:11,12 111:18
112:22,24 119:21
120:3,8,15 123:1,5
129:6,11 132:10

136:3 252:6,9,9,14
264:18 294:23
301:5 303:13
**drugs**   9:3 11:16
65:14 86:16
119:13 120:2
126:19,20 129:4
259:24 291:1,25
292:24
**dual**   112:15,23
**duane**   6:19 9:15
13:20 329:21
330:10
**duanemorris.com**
6:24
**due**   152:7 154:3
**duly**   15:9
**duration**   201:25
**dynamic**   11:6
230:24
**dzikowski**   3:11

## e

**e**   3:1,1 4:1,1 5:1,1
6:1,1 7:1,1 8:1,1
9:1,1 12:1,1 13:16
13:19,19,21,21,23
14:18,18,18,24
94:5 244:11
**ea**   255:1
**ear**   207:4
**earlier**   135:21
146:1 240:10
**early**   94:20 117:21
118:11,14,18
148:11,17 149:1
182:12 184:6
**easier**   23:12
**easy**   202:9
**eat**   53:5
**eaten**   238:14

eating 53:6 237:15
238:3 261:23
edge 292:11,23
293:22 299:14
300:8
editors 168:16
edo1 325:13
education 61:14
82:8 83:8
effect 270:3
272:16,19 281:17
302:20
effects 121:7
216:11 301:6,11
302:5 303:14
efficacy 252:15
efficient 276:10
effort 76:25 140:3
eight 63:6,13
105:10 106:4
193:16 201:4,6
218:24 225:4
228:15 236:18
270:24
either 25:24 26:8
49:3 61:25 66:11
121:19 135:15
145:5 259:9
284:17 294:16
297:5 302:20
elaborate 16:18
elected 26:19
42:18 67:24 73:24
election 70:23
electronic 25:19
25:22 26:8 27:18
32:18,25 34:1
electronically 28:2
140:16
electrophiles
287:13

electrophilic
170:23 228:17
elicit 208:22
eligible 80:20
elsevier 10:17
155:6
ema 38:21 45:9
46:22 47:17 48:24
198:12 262:2
293:8 316:10,23
318:16 319:3
320:8 321:14
322:2
email 66:10 179:7
239:17 240:1
emailed 179:6
329:17,17
emails 179:24
emphasize 196:8
276:23
emphasized
296:18
employed 153:18
331:13,15
employee 57:16
331:14
enable 92:11
encephalitis
213:18
encounter 208:20
ended 63:4,7,12
63:13,14 64:3,4
66:18,21,25 99:16
107:2 108:13,23
endogenous 11:9
193:8,9,19 194:1
220:2,6,14,18,21
221:1 222:15
224:17,24 225:2,5
226:4,13,14 227:1
236:1,9,14 241:1

242:8 248:20
249:3 256:5 258:4
258:7,22 259:1,7,9
259:14,20 260:23
261:8,16,19 262:4
262:9 263:16,25
264:5,10,19 265:9
265:11 267:20
286:15 290:13
296:19 297:15,17
298:1,5,8,17,24
endogenously
192:19 226:1
236:25 249:15
261:7 268:13
291:21
endpoint 254:5
ends 88:8 92:4,20
engaged 41:15
130:23
engagement 25:13
168:16
enjoy 54:19 78:14
enjoyed 100:12
enoc 249:7
entire 21:3,11 24:8
157:10 161:16,22
entirely 172:3,5
264:10
entitled 91:4 242:8
311:23 324:7
entry 96:17
enumerated
204:20
environment
261:6
environmental
256:4
enzyme 225:16
228:1 230:6,18
275:13,18,20,22

275:23 277:17
280:1 282:7
283:10,13
enzymes 193:21
211:5,6 227:23
230:10 233:2,11
233:22 276:24
277:14 280:5
281:18
eosin 88:21
epa 28:15 43:10
134:5 186:15
188:24 198:8,16
209:13 293:7
311:15 316:10
317:4 318:16
319:3 321:17
epi 135:8 191:25
195:15 196:20
199:15 200:7
207:13,21 242:23
242:25 245:17
250:8 294:11
epic 11:12 241:5
242:12
epidemiology
29:11
epoxyeicosatrie...
110:7
equal 147:21
216:13 223:20
equivalent 115:21
255:20
errata 333:1
error 273:3 275:7
esophagus 95:3
especially 29:18
213:3
esquire 3:4,10,11
3:19 4:4,12,19 5:4
5:12 6:5,6,7,8,20

7:5,13 8:5,15 9:5
**essence** 27:20
**establish** 10:21
 202:19 204:12
**established** 133:16
 181:10 197:23,25
 213:2 311:11
**esteemed** 299:12
**estimation** 258:6
 258:22 259:6,13
**et** 12:12 319:22
 321:8 325:14
 326:24 333:2
**ethically** 281:15
**ethyl** 208:4,7,14
 210:1,25 255:5,6
 265:7
**etminan** 41:6,16
**eurgast** 11:12
 241:5 242:12
**european** 11:11
 43:10 48:7 241:3
 242:10 311:5
**evaluate** 253:25
**evaluated** 130:9
 192:15
**evaluating** 120:9
**evaluation** 204:22
 311:9
**evaluations** 206:7
**event** 137:8
**events** 313:20
**everybody** 13:12
 73:3 206:21 225:6
 236:15 329:20
**everyday** 119:12
 122:2
**everyone's** 103:17
 328:22
**evidence** 28:22
 94:2 95:15 135:4

135:6 191:23
 192:3 195:22
 199:14,18 207:21
 220:12 258:8,24
 283:16 296:9
 299:9 314:20
 327:9 331:9
**evolved** 233:11,16
 309:15
**exact** 159:14
 185:19 212:11
 213:11 220:10
 277:1
**exactly** 40:16
 162:20 164:18
 166:6 254:9
**examination** 10:2
 15:12
**examined** 15:10
**example** 25:1
 82:20,22 84:1
 85:10 86:3 87:11
 88:14,16 127:6
 128:2 157:24
 187:20,21 189:16
 203:7 205:25
 206:1,6,6,8 208:3
 215:5 225:3,15,21
 226:9 263:2 315:8
**examples** 207:12
 230:13
**exceed** 258:10
 259:3
**excellent** 55:6
**excess** 33:5
**exciting** 64:21
 65:13
**excluded** 33:7
**executed** 332:13
**executive** 331:10

**exhalation** 212:19
**exhibit** 10:6,7,8,10
 10:11,12,15,17,19
 10:19,20 11:3,5,9
 11:13,15,19,21,23
 17:8,10 18:11,18
 19:1,3,7,10 21:2,6
 21:7 23:15,20
 32:13 51:21 56:8
 101:8 102:13,14
 103:24 104:1,5
 143:10,12,19
 147:18 155:4,6,12
 155:19 179:3,3
 196:19 202:17,19
 204:10 229:2,2
 230:22 235:18
 239:15 241:1,21
 241:24 247:19
 250:17,18 259:21
 259:23 260:8
 307:2,3,7 311:17
 311:18,21 322:23
 323:10,23
**exhibited** 201:17
**exhibits** 10:5,25
 11:2 180:21 306:5
**exist** 313:2 325:13
 326:15
**exogenous** 11:9
 191:11,18 194:5,6
 220:18 222:12,16
 222:19 226:7,9,21
 227:3,9 231:14
 232:9 236:6,19,21
 241:1 242:8
 248:21 258:10
 259:4,18 260:21
 268:9 286:15
 287:5 298:9,11,19
 299:1

**exogenously**
 267:24
**expected** 206:16
 294:18
**expensive** 63:21
**experience** 64:23
 65:3,18 195:18
 196:9
**experiment**
 212:23,24 257:11
 257:17 266:7
 267:24 269:6
 279:23 281:16
 284:7,10
**experimental**
 296:21
**experiments** 11:24
 110:25 111:20
 117:1 119:12,20
 119:23 193:14
 196:11 212:22
 216:9 254:13
 269:9 279:22
 283:21 303:8
 304:18 319:24
 323:24 324:9
**expert** 41:4 113:4
 122:5,6,22 130:16
 132:14 205:3
 262:18 263:13,24
 268:5 279:7
 284:21 293:15
 296:4,18 298:23
 299:3 301:5,10
 302:8
**expertise** 114:11
 115:24 125:23
 218:8,10
**experts** 41:6,15
 42:1 85:23 86:19
 263:14 285:15

[experts - find]                                                                    Page 25

293:12,20,21
295:16
**expired** 109:12
**expires** 331:24
333:25
**explain** 16:20 75:4
91:5 92:15 134:20
186:25 190:7
192:25
**explained** 240:9
**explore** 296:16
**expose** 90:17
**exposed** 39:14
94:7 214:24 216:2
226:20 234:15
255:15 282:14
**exposure** 11:9,14
48:4,11 94:7
130:9 132:21
173:20 184:17
185:8 190:1
191:18 208:13
209:25 219:22
232:23 241:2
242:9 248:21
249:1 250:19
254:17 255:17,20
256:4,10 258:4,7,9
258:25 259:7
262:19 264:8
268:9 284:24
286:14 287:5
298:23,25 309:10
309:13 314:7
316:7,14 317:2
318:20 319:6
**expressed** 128:21
211:6 233:23
296:5
**expressing** 157:11

**extensive** 28:5
42:9 135:2 149:3
150:13 178:11
256:3
**extent** 240:5
**external** 29:20
194:7 222:19
**externally** 226:18
**extra** 63:10 64:3,6
64:9 148:23
**extrapolate**
185:23 188:17
284:6
**extrapolation**
44:20 129:16,25
**eyes** 279:4

**f**

**f** 13:19 14:18 94:5
**fact** 27:2 186:3
223:12 250:4,5
265:6 275:15
284:16 287:11
292:16
**factor** 93:1
**factors** 206:14
**facts** 168:8
**faculty** 57:6,11,17
57:22 58:16,17
59:3,12 96:5
97:12,18 100:19
102:2
**failed** 72:7 77:2
**failure** 10:17
155:7,24
**fair** 16:11 20:21
20:21 24:21 34:21
47:5 102:20
107:23 112:6
120:6,6,21 125:8
136:2 178:8
182:21 233:6

300:3,6 312:22
325:9
**falanga** 8:4
**falkenberg** 5:11
7:12
**falkenbergives.c...**
5:16 7:16
**falling** 63:8
**familiar** 36:22,25
37:13 54:11,16,18
126:22 130:20
139:22 204:16
218:8 241:25
324:12
**family** 90:3 100:16
249:23
**family's** 100:14
**famous** 83:16
**far** 29:16 41:5
145:22 152:7
187:12 190:25
199:4 200:22
244:3 294:14
**farber** 57:21 81:16
**fashioned** 26:11
26:13
**fast** 323:7
**father** 77:25
**faulkner** 75:19
**faulkner's** 67:23
67:23 79:19 95:21
**fault** 137:3
**faulty** 277:13
**fda** 39:2 45:9
46:21 47:17 48:9
194:9,12 205:15
261:13 262:2
263:23 268:2,3
284:22 285:15
286:4 290:15
291:21,23 292:5,8

293:11 295:16
297:4,8 299:12
301:3,20 316:10
316:15,23 317:25
318:3,7,9,23 319:2
319:9,11 320:4,5
**fda's** 194:18 260:9
294:13,21
**fee** 147:9,10
**feedback** 86:10
**feel** 23:24 108:9
143:24
**fees** 147:8,10,15
**fell** 63:8 64:8,24
**fellow** 71:8 79:12
79:14,16 80:11
97:10,12 123:22
124:10
**fenway** 52:10,15
**fhs** 6:13
**field** 28:11,20
49:22 64:20 77:20
85:24 86:19
114:11 115:24
117:11,14,14,18
117:19 118:5
162:11,18 164:4,5
172:15 188:17
213:24 293:20
**fields** 118:13
**figure** 77:25
204:23
**file** 25:11,16 34:1
49:17 50:1
**filed** 36:3,18
113:15,15,17
**filing** 36:8
**finally** 144:14
**financially** 331:15
**find** 28:16 75:9
98:12 100:1

174:19 247:1
264:17 285:10
**findings** 49:21
246:19 313:18
314:13
**fine** 20:6 23:19
30:18 131:2
135:12 219:8
239:6 266:14
286:21 289:25
**finish** 40:1 78:9,25
171:14,19
**fire** 233:20
**first** 15:7,21 39:5
56:18 64:23 66:20
68:7,24 69:11,12
69:20,21 75:20
107:12 110:5
128:4 131:14,19
132:2,13 133:9,11
133:20 144:8
147:5,19 148:10
148:21 149:12
150:2,4,16,21,24
151:3 163:22
173:16,17 182:13
184:21 194:8,25
195:3,6 197:16,19
204:19,24 205:2
208:2 209:3
211:19 214:7
231:4 241:24
244:22 245:18
248:17,18,19
258:1,2 260:13
286:8 292:5 319:9
324:11 325:11
326:18
**fish** 186:6,9 229:7
231:16

**fishbein** 156:1
167:9,14,20 173:8
**fits** 315:14
**five** 40:15 43:11
49:8 57:19 66:3
71:4 72:12 94:23
106:12 114:12
116:5 117:3 124:2
124:9 125:19
186:13 226:11
265:8 274:25
290:3 327:6
**fixing** 229:3
**flabbergasted**
320:21
**flash** 10:10 21:2,7
21:12,16
**flip** 17:17,23
**flipping** 17:13
**floor** 4:20 8:7
**florida** 3:21
**flux** 99:16 101:4
**foci** 313:3
**focus** 47:16 50:12
55:13 116:16
160:8 195:16
210:4 228:22
273:20
**focused** 29:15
36:12 37:9 43:3,8
47:13 55:11 98:16
98:19 99:25 100:8
100:17 101:5
105:13 110:10,16
133:12 141:14
142:19 156:19,22
217:14 218:3,15
222:12,16 270:22
271:1 298:10
**focusing** 137:17
171:25 272:2

**folder** 25:20 26:9
**folkman** 64:8,18
68:18 72:19 74:6
79:4 99:14 100:10
101:2 218:14
**folkman's** 63:9,16
72:14 73:8 75:16
76:15 77:18,23
78:12 79:10
**folkner's** 64:16
**folks** 13:7
**follow** 23:12 34:4
61:3,3 75:22
144:6 177:2
178:17 183:6
211:18 309:21
311:12
**followed** 213:5
314:8
**following** 67:22
129:19 282:8
**follows** 15:11 60:8
130:3
**food** 249:1 299:1
**foods** 237:21
**footnote** 181:15
204:14 231:5
307:11
**footsteps** 75:23
**foregoing** 332:6,9
**forget** 153:4
**forlerst** 3:8
**form** 34:18 35:7
38:18 39:21 40:13
42:12,20 43:2,21
44:11 46:23 48:5
51:14 53:12 54:22
54:22 55:10 58:7
70:25 72:9 73:18
74:3,15 75:1 76:3
76:21 77:8 79:24

83:9 84:25 85:20
87:2 88:12 89:21
90:8 91:15 93:23
97:6,14 98:9,25
99:21 100:25
103:16 106:8,25
107:16,19,19
116:6,15 117:17
118:22 119:8,8,18
120:13 121:1,10
121:17,22 122:7
126:15 127:2
128:17,25 129:2
129:17 130:12,19
133:18,22 134:16
138:11 139:2,10
139:24 141:3,24
142:13 146:5,22
149:18,24 150:11
153:9 154:16
156:14,17 157:3
157:14 158:17
159:19 161:4,6
162:1 163:3,16
164:2,20 165:16
165:25 167:5,16
168:4 169:2,16,23
170:7,15 172:6
174:3,22 175:10
175:22 176:23
177:6,20 182:19
183:4,14 184:5,20
185:17 187:8,15
188:5,12 189:14
190:3 191:4,21
192:22 194:21
197:1,14 198:4,22
199:3,13 202:2
203:17 205:13
208:25 210:14
214:11,16 216:6

216:20 217:1,13
217:22 219:4,13
219:16 220:8
221:17 222:11
223:14 226:2
227:6,15 230:4,8
232:25 235:6
242:21 243:8
245:6,15 246:5,16
247:3 248:3
249:21 252:23
257:3 262:13
263:18 264:3
265:17,23 266:18
267:5,6,22 268:15
269:5,18,23 271:7
271:15 272:7,9
273:13,24 274:1,2
274:12,17 275:11
276:5,13 277:11
278:21 280:10,14
281:6 282:4,11,23
283:19 285:1,20
286:16,20 287:7
288:14 293:17
294:25 295:19
297:22 298:3
299:16 300:11
301:13,16,24
302:11,25 304:6
305:20 306:13,16
306:20 308:1,19
309:1,12 310:25
312:17 313:11,24
316:18 318:11,25
319:14,18 320:15
322:10 325:4,22
326:6,16 328:3
**formal** 16:25 83:8
124:23

**formaldehyde**
223:3,6,8,12,19,21
**formally** 119:10
**format** 32:18 61:3
61:4
**formation** 11:5
85:11 210:23
230:22 236:1
256:8 258:5 259:9
261:8,10,16 267:1
267:3 289:7
296:20 297:15
298:24 313:21
**formed** 193:20,23
231:20 235:11
236:10 237:7,10
238:8 261:6
264:25 266:17
269:3,10 271:23
271:25 276:14
295:15
**forming** 180:24
191:15 193:22
204:7
**forms** 264:23
266:22 273:14
**formulas** 304:18
**forth** 60:4,5
177:16
**fortunately** 225:7
225:18 278:1,9
**forward** 107:13
**found** 39:5,11
134:14 174:1
191:12 201:16
232:5 245:2
247:25 255:18
301:5 303:13
304:3 313:8
**founded** 77:20

**four** 28:21 40:15
58:17 59:5 61:24
63:7 68:8 72:14
76:1 79:7 82:17
116:22 191:23
201:14 208:5
209:3 226:11
245:23 250:7
263:3 265:4,5,8
268:23 271:19
294:8 307:17
310:6,16 313:16
**fourth** 29:10 65:18
65:19 74:20 156:3
**fowler** 3:4 10:4
12:20,20 13:7
15:2,13,15 17:12
17:16,25 18:4,10
19:5,9 21:5,14
23:22 26:5,15
33:19 34:20 35:11
39:9 40:19 42:14
42:23 43:15 44:6
44:22 45:19 46:4
46:11,18 47:4
49:14 51:15,17
54:1 55:1,15
58:12 71:2 72:21
73:19 74:8,19
75:3 76:4,22
79:17 80:7 84:19
85:16 86:21 87:4
89:16,24 91:3,7,18
92:1 93:19 95:19
97:8,16 98:21
99:3 100:21 101:7
101:11,19 102:11
102:15 103:23
104:4 106:17
107:9,17,23 108:1
109:11 111:22

113:1,5,14,19,23
114:2 116:9 117:5
118:19 119:1,14
120:1,20 121:5,14
121:18,24 122:3,9
123:14 124:19
126:10,24 127:11
128:19 129:1,13
129:20 130:14,21
133:19,23 134:1
134:18 135:25
136:1 138:12
139:4,13 140:1
141:6 142:1,18
143:10,15,17
146:13,24 147:2
149:20 150:7
153:11 154:18,20
154:23 155:3,9,13
155:15,17 156:15
156:24 157:6,16
158:19 160:17
161:15 162:19
163:6,20 164:7
165:7,17 166:2
167:7,19 168:11
169:3,19 170:1,11
171:8,18,21,24
172:19,21 173:4
174:5 175:6,11,23
177:1,8,22 179:2,8
179:14,19,21
180:2,7,10,20,23
182:20 183:5,18
184:14 185:9
186:20 187:9,24
188:6 189:7,20
190:5 191:6 192:5
192:23 193:3,6
196:21 197:5,20
198:13,23 199:6

200:10 202:5,9,14
202:17,22 203:19
205:17 209:20
211:17 214:13,18
215:7,20,23
216:16,22 217:4
217:17 218:16
219:7,14,23
221:12,18 222:23
223:17 225:22
226:23 227:8,18
230:5,15,21 231:2
233:5 235:9
238:23 239:4,13
240:15,18,22
241:13,20,22
243:2,9,13 244:8
245:7,24 246:6,22
247:16 248:12
250:12,21 252:19
253:1 257:5
259:21 260:4,7
262:15 263:19
264:20 265:21
266:20 267:15
268:1 271:3,11
272:1,11 273:17
274:5,14 275:14
276:5,7,17 278:24
279:9 280:24
281:24 282:12
283:15,23 285:3,7
285:12,23 286:17
286:22 288:5
289:13,16,20
290:10,19,22,23
291:4,13,16
294:19 295:11,25
296:3 297:24
300:1,13 301:14
301:18 302:22

303:1 305:5,12,14
305:15 306:14,17
306:23 307:1,6
308:4,21 309:6
310:20 311:17
312:21 313:13
314:1 318:13
319:8,16 320:21
321:2,5 322:12
323:9,13,22 324:1
325:8,24 326:9
328:4,6
**frank** 6:6 14:14
**frball** 6:24
**frederick** 6:20
13:18
**free** 23:24 143:24
**fresh** 17:5 56:14
91:24 221:12,19
**freund** 94:5
**friend** 94:4
**frog** 226:9
**frogs** 226:10,12
**front** 21:20,22
56:10 104:6
143:25 189:22
**fruit** 237:9 238:10
246:3
**fruits** 234:16
235:13
**frustrated** 279:17
**full** 15:19 22:12
63:19 64:9 72:15
75:17 79:8 80:6
98:4,7 100:5
103:9,15 104:14
114:4,24 115:5
241:10
**function** 275:12
283:4

**functions** 233:25
**funding** 108:13,20
114:20 115:20,21
**fundings** 107:2
**further** 218:18
312:24 313:17
322:18 331:14

**g**

**g** 12:1
**gall** 71:18
**gallo** 14:15
**game** 52:17
**gannon** 8:5
**gap** 62:2
**gastric** 11:10
232:7,12 241:2
242:9,23 243:12
243:23 244:13
245:1 246:14
247:2,25
**gastrointestinal**
11:7 230:24
231:11
**gates** 18:6
**gateway** 8:6
**gavage** 208:8
210:10
**gc** 245:1
**gears** 109:17
130:15 176:13
**gene** 309:5
**general** 58:22 67:6
67:13 71:5 72:11
73:4 74:21 75:7
77:1,12 96:21
141:4 146:7,10,11
149:13 156:21
190:4,9 213:24
216:8 224:15
227:22 230:9
236:13 267:1,12

299:18,21 300:15
**generally** 55:25
56:1
**generate** 233:22
252:24 270:5
**generated** 137:23
**generates** 288:24
**generation** 309:22
**genes** 307:20
308:23,24
**genetic** 11:19 42:8
307:3,9
**geno** 271:17
**genomic** 171:1
228:5 270:13
280:17,21 289:5
309:23
**genotoxic** 43:7
44:8,10,13,17 47:1
184:22 185:1,5,22
188:14,16,19
190:18 203:23
211:13 216:14,18
216:25 217:12,21
219:19 228:13
229:19 268:20,22
268:25 271:18
272:21 288:18
289:2 308:8 313:2
313:21 316:6,12
316:21 318:20
319:4 326:21
**genotoxicity** 158:5
161:12 170:24
228:18 287:19
293:13
**genotoxin** 43:24
**gentlemen** 281:10
323:3
**george** 42:8

**georgia** 3:13
**germany** 213:8
**getting** 59:8 74:24
　106:15 110:18
　114:8 115:17
　133:9 145:8
　146:23 167:23
　228:25 230:12
　279:16 320:17
　323:7 328:25
　329:3,24
**giannini** 9:12 12:4
**give** 83:17 84:1
　85:3 148:2,3,8
　183:16 189:15
　195:2 205:25
　213:20 216:9
　226:6,7,9,17 238:5
　263:2 267:24
　284:15 285:11
　295:15 296:6
　315:5
**given** 16:4,21
　41:10 94:19 132:4
　149:22 188:11
　210:9 287:1
**giving** 155:15
　169:8 251:11
　257:12
**go** 17:7 20:4 28:13
　28:21 29:19 39:25
　52:22 56:3,4
　57:25 58:3 59:8
　62:2,6,15,19 63:7
　65:20 69:18 71:7
　72:17 73:7 74:12
　74:16 77:9 78:12
　85:17,24 86:8
　103:8 107:3
　108:10 112:9
　114:1 127:8,25

128:3,10 133:8,9
141:18 154:7,21
170:22 180:22
187:17 194:3,7
196:14 197:10,16
202:10 209:2
210:15 212:15
215:18 238:22
243:13 262:14
274:3 277:22
279:18 280:23
284:17 290:2
293:14 296:1
310:8 317:17
329:14
**goal** 68:16 83:23
　98:6,11,13 103:7
　103:18 110:20
　112:24 197:3
　251:25
**goals** 110:17
**goes** 57:6 97:10
　103:6 206:12
**going** 13:8 17:8,19
　19:23 24:14,19
　34:16 40:1,4
　44:24 45:1 46:15
　52:7,16,17 65:6
　66:5,15 67:2 68:9
　70:1 71:8 72:24
　74:4 78:24 79:2
　82:16 86:2 91:5
　98:15 102:11
　103:21 105:16
　107:17 110:25
　111:23,25 114:8
　114:18 129:6
　138:19 142:24
　143:2 145:20
　146:19 149:2,3
　150:4,13,18

169:21 171:6,7,13
171:17,18 178:24
180:22 182:6
201:18 206:3
214:24 215:2,15
216:2 221:14,19
229:1 233:14
239:5 240:6 241:8
243:3 272:2
280:25 289:1,21
295:4 303:17
307:1 314:9
327:12 328:13
**gold** 134:9
**good** 12:2 15:14
　17:22 53:19 62:24
　154:25 202:11
　228:2 286:1
**gordon** 6:3 300:16
**gotten** 179:24
**government** 28:15
**governor** 331:10
**grades** 62:10
**graduation** 62:21
**grand** 83:13
**grant** 107:7
　109:20 111:5,13
　111:21,25 112:3,7
　112:9,13,14,22
　114:6,10 115:2,6
　115:19
**grants** 99:12
　108:22 109:1
　110:24 111:17
　114:7,21
**graph** 314:3
**grasso** 165:22
**gratuitous** 175:24
**gray** 165:21
**greater** 119:22
　185:14 187:12

190:25
**greatly** 258:10
　259:3
**greenberg** 1:16
　2:6 3:3 12:9,21,24
　14:10 331:8
**grew** 78:7 87:20
　88:19 90:10,11
　91:1
**grief** 137:1
**grilled** 229:6
　237:16
**grind** 87:15
**ground** 16:6
**group** 165:13
　196:1 201:10,20
　226:12,15,19,20
　262:7 310:2,9
**grow** 85:2 87:16
　87:22 88:1 90:16
**growth** 89:13
　251:20,24
**gtlaw.com** 3:8,15
**guaranteed** 105:1
**guidance** 48:10
　316:19
**guided** 293:5
**guidelines** 194:9
**guiding** 311:6

**h**

**h** 13:16,22 139:15
**h&e** 88:21
**haircut** 148:2
**half** 53:18 159:16
　160:19,24 167:12
　167:23 239:5
**halfway** 157:25
**hallmark** 93:1
**hallmarks** 92:10
　196:22 198:1
　201:22 309:19,22

310:11
**hammock** 156:2
**hamster** 307:16
**hamsters** 186:6,9
**hanahan** 309:20
**hand** 18:1,1 19:7
50:18
**handle** 17:19
123:15
**hands** 27:6 80:25
**handwritten**
27:18 31:18 32:12
32:18 33:1
**hanging** 323:18
**happen** 48:1,16
270:6
**happened** 53:19
61:21 111:3 179:9
254:9
**happening** 211:4
**happens** 57:15
211:7 269:24
276:8 284:11
**hard** 26:17 247:18
247:19 279:23
282:25
**harding** 4:3 14:25
**hardinger** 9:17
**harkins** 3:10 4:17
12:23,23 14:4
179:17 328:20
329:11
**harkinss** 3:15
**harris** 94:21
**harvard** 16:1
56:21,24 57:2,7,8
57:12,18,18,25
58:1,3,10,15,18,23
59:6,13,15,23 60:1
60:6,9 96:9,22,25
97:2 98:18 99:11

99:24 100:23
102:3 103:4,7
104:17,18,24
114:4,9,19 115:1
138:8
**hat** 323:18
**hate** 92:23
**hazard** 196:24
197:11,17 205:4
255:22 310:22
311:8
**hazards** 196:24
197:6
**head** 171:23
266:25 279:4,16
**health** 11:16 43:11
48:8 49:1,5
198:10,12 259:24
260:11 316:11
319:3 320:8
321:16 322:3
**healthcare** 6:17
**healthy** 277:19,20
**hear** 83:16 134:22
207:3 279:14
290:22
**heard** 15:18
124:24 135:20
209:21 308:12
309:9
**hearing** 31:19
**heart** 38:1 65:4
**heavily** 294:7
**hecht** 41:6,16
263:15,25 301:10
301:19 303:11,16
**heinz** 5:4 14:6,6
330:2,2,6
**held** 2:6 103:12
260:12

**heller** 9:14
**help** 56:14 75:9
178:16 299:24
317:16
**helpful** 292:22
**hematoxylin**
88:21
**henderson** 111:7
**henderson's** 112:1
112:10
**henry** 8:15 14:19
14:19
**hepatitis** 94:9
**hereditary** 90:3
**heritable** 307:18
**hernias** 71:16
**herrin** 94:10
**hetero** 9:3,3
**hidajat** 24:15
199:16 200:8,20
201:2 248:9 250:9
261:21
**high** 6:21 37:25
61:16,20 62:5,21
78:6 94:15 106:13
114:13 116:16,18
116:21,24 188:10
208:8,14,20 210:1
214:24 216:3
221:9 222:3 256:1
**higher** 96:24
184:17 189:11,25
190:10 210:11
216:10 237:22
286:11 298:25
327:6
**highest** 105:17
106:16 212:10
286:11
**highlight** 26:12
27:3

**highlighted** 24:22
26:18
**highlighting** 24:16
27:2
**highlights** 26:25
27:11
**highly** 166:4 196:8
210:19,21 216:1
233:23 262:21
266:6 275:4
**hill** 9:4,15 13:22
330:10
**hillwallack.com**
9:9
**hilton** 4:12 13:25
13:25
**hinshaw** 4:18 14:4
**hinshawlaw.com**
4:23
**hirci** 275:2
**hired** 58:5,8,24
59:1,4 103:17
130:23 167:10
**hit** 137:3 309:11
309:14 310:5,6,15
**hits** 310:6,16,16
**hitting** 320:20
**hj** 4:17 14:4
**hockey** 314:9
**hold** 45:12,12,23
54:8 77:7,7 83:9
91:15 98:9 122:5
155:14 161:2,2,3
161:25,25 163:15
163:15 168:3,3
202:7 215:2
221:10 281:10
295:19 299:16
302:11 323:3
328:2,2

[holistic - identifications]                                      Page 31

**holistic** 228:10
**holy** 290:19
**home** 53:10,14
　153:24
**honest** 322:19
**hong** 39:1
**honorary** 117:10
**hope** 155:4 173:5
　202:18
**hospital** 52:9
　57:10,24 58:25
　69:13 79:14 95:25
　96:11,13 101:25
　102:1,4,6 128:7
　138:23
**hospitals** 57:19
　58:23 59:5
**hour** 17:4 53:17
　140:11,12 145:14
　147:21,23 239:5
　289:14
**hourly** 147:9
**hours** 68:22,23
　75:14 140:20,20
　141:1,20 142:15
　142:20 144:25
　145:1,3,7,14
　147:20,22 148:16
　148:23 149:6,12
　150:1,17,24 151:6
　151:10,13,14,18
　151:22 152:13,23
　153:1,6,17,19,21
　154:5,12,13
　187:19 217:19
　263:3
**huahai** 6:15,18
**huh** 64:13
**human** 10:21 11:7
　27:24 28:9 29:7,8
　29:10,13 37:4

38:1 47:15 49:3,4
49:5,6,12 83:1,24
84:17 86:14 87:1
87:7,9,10,12,12,15
87:20,24 88:4
91:9 92:3,20
93:25 94:1,13,14
94:24,25 95:2,3,3
95:3,4,10,15
126:14 129:5
131:17 134:4,6,15
135:7 159:24
160:3,4 162:9
165:3 166:18
184:25 185:24
187:1 190:11,14
190:17,25 191:24
192:3 193:13
194:6 195:4,8,12
195:13,15,18,21
195:22 196:9,20
198:5,7,8,10,11
199:9,11,15 200:9
202:20 204:12
207:10,19,19,20
207:22 208:13
209:18,25 210:18
212:24 213:13
214:1,2,6 220:25
221:23 223:2
224:14,22 227:12
227:19 230:25
233:7,9 236:22
238:18 255:18
258:3 259:7,19
260:22 268:8
280:7 281:20
284:3,8,15 286:9
286:11 293:4,25
294:6,11,17,18
298:10 304:23

310:19 317:19,23
**human's** 91:12
　232:12
**humana** 5:10 7:11
　14:12
**humans** 11:13
　37:10 43:14 93:21
　94:24 95:18
　128:15,24 130:11
　132:24 133:17
　134:9 158:6 184:4
　184:10 185:4
　190:22 193:12
　203:10,15,16
　204:5 205:10,22
　206:16 207:16
　208:20 209:23
　210:22 211:12
　212:11,17 213:7
　214:23 216:2
　221:8 222:4,8
　231:11 232:24
　233:19 234:14
　250:18 254:17
　256:3 263:7 281:2
　281:8,14 284:7,10
**humor** 92:19
**hundred** 265:5
　316:24
**hundreds** 25:18
　189:10,11,25
　195:7 210:11
　255:19 293:2
　295:7 327:7
**hungary** 118:16
**husband** 137:2
**hypothesize**
　220:12
**hypothesizing**
　306:18

**hypothetical**
　268:6,17 279:20
　287:16

**i**

**iarc** 28:15 43:10
　47:16 48:22,22
　135:11 165:12
　195:11,16,25
　196:7,7,23 197:2
　197:17 198:6,17
　199:4 200:15,22
　201:18 205:2,9,16
　207:8,24 209:14
　270:24 288:22
　293:7 297:7,7,9
　310:1,8,17,21
　311:9,9 317:13
　318:15 319:3
**iarc's** 204:20
　321:24
**ich** 45:9 46:22
**idea** 299:23
**ideally** 75:13
　107:6 252:13
**ideas** 31:9
**identical** 94:18
　95:17 185:4
　190:13,22 199:22
　211:1,21 212:18
**identification**
　17:11 19:4 21:8
　23:21 104:3
　143:14 155:8
　179:4 202:21
　204:21 205:5
　231:1 241:6
　250:20 260:1
　307:5 311:20
　323:25 331:10
**identifications**
　197:12

[identified - informed]                                                      Page 32

**identified** 15:7
92:10 213:13
251:8
**identifies** 92:25
**identify** 196:24
197:3 205:11
317:19
**identifying** 93:1
310:22
**illinois** 5:14
**imagine** 25:9
**immune** 225:20
270:18 278:10
**immunocompro...**
87:21
**immunosuppres...**
85:5 228:20
270:14
**immunosuppres...**
287:22
**immunotherapy**
84:13
**impact** 106:13
114:13 116:16,18
116:21,24
**impactful** 177:25
**impair** 275:20,23
277:13,17 278:22
280:3 283:22
**impaired** 228:4,18
228:24 270:12
281:23 283:8
289:4
**impaneled** 293:11
299:13
**imperative** 261:8
**implications**
184:10
**implies** 256:5
**importance**
296:19

**important** 24:24
26:13 27:2 49:2
83:21 93:17 94:13
114:15 188:13
190:20 193:23
213:19 224:2
228:4 235:25
248:8 249:24
250:1 252:7
256:20 257:15
259:12 261:15
262:1,4 270:16
297:13,14 299:24
304:7
**impossible** 259:1
**impurities** 11:16
259:23 260:10
**inaccurate** 175:21
176:2
**inappropriate**
46:3,13 184:24
190:15 210:16,19
215:4
**incentive** 147:10
**inception** 84:9
**incidence** 174:2
256:2
**include** 34:6 42:18
178:2,6 180:3
208:19 236:11
242:19 245:13,16
246:4 247:5,7
312:2
**included** 20:2 34:3
49:9 70:2 181:15
245:19 246:1
247:9 249:20
263:14 309:23
**including** 164:13
208:11 209:7
263:24 293:7,12

302:6 311:5
**income** 137:23
138:18 146:2
**increase** 95:5
174:19 191:17
192:17 247:4
248:6,7 287:5
314:8
**increased** 128:23
128:24 154:5
194:17 203:9
289:7
**increases** 250:7
**incredibly** 44:24
**incremental**
191:11,17 192:17
287:4
**independent** 27:21
29:21 35:1 41:18
132:5 238:13
**independently**
48:25 49:1 59:19
217:2 237:15,19
238:2
**index** 10:1 11:1
**indiana** 7:7
**indianapolis** 7:7
**indicated** 262:18
**indirect** 258:8
**individual** 35:24
**induce** 120:3
121:3 160:2 189:9
252:1 254:13
271:19 272:17,23
288:19
**induced** 93:21
136:23 208:6,8
266:6,12 277:9
282:2 283:6 288:2
**inducer** 121:8

**induces** 165:20
268:21 275:21
**inducing** 161:12
277:24 287:10,22
**induction** 206:15
288:23
**indulgence** 285:4
285:6
**industry** 84:16
111:17 123:2
**inflammation**
10:18 85:6 88:17
89:8 112:17,18,19
121:4 126:6,9
155:8,25 156:23
157:1,8,11 158:15
158:21 160:9,20
160:23 161:9,10
161:18,20,22
162:4,14 163:24
167:13 170:20
172:1,10 218:12
218:15 228:19
246:8,13 253:8
274:22 278:6
287:21 309:24
**inflammatory**
224:8 225:14
246:2
**influence** 68:6
163:17
**influences** 159:21
**inform** 168:16
**information** 35:18
43:19 50:24 92:7
200:14 201:1
241:11 278:18
300:4
**informative** 94:13
**informed** 59:25

ingersoll 8:14
ingested 234:24,25
ingesting 235:12
  237:8 238:9
inhalation 186:18
  208:12 209:7,10
  250:11 261:22
inhibit 129:4
inhibitor 112:16
  112:23
initial 37:9 132:18
  148:20 150:23,25
  151:1 180:5 270:6
  272:17 311:8
initially 74:4
  77:12 150:3,20
  207:8 272:19
initiate 28:7 121:3
  121:12 186:3,11
  188:23 211:2
  256:19 272:25
  273:16 274:4
  276:15,21
initiated 211:9
  296:21
initiates 161:20
  163:24 269:25
  272:16
initiation 157:12
  158:15 164:15
  267:13 270:7
  309:16
inject 87:17 90:23
injury 37:19
inside 235:11
  237:7
instability 171:1
  228:5 270:13
  280:17,20,21
  289:5 309:23

instance 20:13
instances 205:19
institutions 195:12
instructions 22:2
instructor 79:15
  79:16 95:25 96:6
  96:17,22 97:3,11
  97:19 98:23 99:8
  99:11,19,22,23
  101:21 108:12
insults 225:21
intact 288:3
intake 194:18
integrity 276:11
intend 147:22
  176:22
interact 188:15
interdisciplinary
  86:12
interest 159:6,10
  159:20 160:13,19
  166:23 167:18
  168:6,19,22 169:6
  169:10,11,14,18
  169:22 172:17
interested 48:2
  100:22 122:15
  209:22 331:16
interferes 280:8
  281:3
interlinked 253:9
  275:4
intern 69:1,12
international 1:17
  2:7 205:3 331:8
interplay 253:6
interpretation
  159:22 160:15
  163:18 168:7
  170:9

interrupt 40:1
  202:8 279:1
interrupted 45:15
  171:15
intertumor 81:20
intragastric 11:5
  230:22
intramuscular
  209:11
intraperitoneal
  209:10
intratracheal
  209:11
introduce 12:14
  13:9 307:2
introduced 15:16
  231:13,17 233:19
  234:20
investigated
  244:25 247:24
  302:2
investigation
  11:11 116:20
  117:8 241:4
  242:11
investigative
  118:10
investigator 114:5
  117:21 118:3,4,12
  118:15,18
investigators
  117:25
invited 233:19
invoice 142:6
  144:6 147:18
  148:10,21 149:13
  150:2,4 151:3,15
  151:21
invoices 142:11,24
  143:20 144:3,19
  145:16 179:22

involve 185:13
involved 25:17
  59:16,24 178:5
  217:12,25 218:6
involves 30:4
  81:11 84:17 86:25
  87:5
involving 307:18
ion 210:24 288:24
ions 193:22,23
  210:24 211:3
  269:10
ip 186:18
irb 284:14
irbesartan 1:5
  331:7 332:2
irritation 208:9
isolate 165:9
isolated 240:3
israel 15:25 52:12
  57:3,10,16,20,23
  58:5,11,19 59:1
  81:15 83:15 96:3
  99:17 101:22
  102:21 104:7
  106:11 128:7
  138:23
issue 38:9 100:13
  132:20 190:1
  295:17
issued 331:10
issues 39:8 51:11
  113:11 177:4
items 237:17
ives 5:11 7:12

**j**

j 242:14 307:8
jackets 69:4
jakszyn 242:13
  243:22 244:3
  245:13,16,21

247:11 248:7,14
**january** 151:13
**jargon** 16:9
**jason** 6:7 14:17
**jci** 117:1
**jeff** 307:8
**jem** 117:2
**jenkins** 68:7
**jersey** 1:2 8:8 9:8
66:18,22 73:6
76:13 78:5,6,7,10
78:24 79:13 80:10
81:1
**jessica** 5:4 14:6
330:2,4
**jheinz** 5:8
**job** 62:24 138:21
153:16
**john** 125:4
**johnson** 42:8
66:19 75:7
**johnson's** 42:3,25
47:8
**join** 80:8
**joined** 95:24
**journal** 29:20
60:23 61:1,2
116:20,24 140:25
168:21 169:21
170:3 212:10
214:8,10,12
241:25 242:2
324:14,15,18,20
326:12
**journals** 25:10,24
26:2,4 61:4
116:18 212:4,25
327:19
**judah** 63:9 77:23
79:4 101:2 218:14

**july** 19:12 20:1
38:17,20 49:16
51:5,10 144:19,22
145:4,12 151:21
151:22 152:1,6,9
152:25 153:5
154:14 331:25
**jumped** 206:20
**june** 52:20 153:5
**jx** 116:19

## k

**k** 13:19,23,23
14:12 136:20
139:15 242:14
244:11,11
**kahiabani** 139:14
140:4
**kanner** 4:11 14:1
**kapke** 7:5 13:23
13:23
**kara** 7:5 13:23
**kara.kapke** 7:9
**kathleen** 4:19 14:3
**keep** 17:4 25:16,19
26:8 30:14 34:10
50:25 62:10
140:13,14,15,19
141:17,20 142:14
171:22 215:9
233:16 236:24
283:18,25 284:4
287:4,17 289:21
320:25
**keeping** 240:19
327:15
**kekelley** 4:23
**kelly** 4:19 14:3,3
**ken** 9:18
**kenneth** 3:11
**kept** 137:19

**keszei** 244:2,6
245:21 246:24
247:4,11,23
**key** 85:5 87:9
121:12 141:11
154:9 161:9
170:18,19,21,25
171:1 195:17
196:6,12,18 197:2
200:5,6 201:5,14
201:17 207:14
218:4 228:2,14,16
228:23 235:14
266:10 270:2,22
271:1 272:25
274:24 275:2
280:22 287:11,12
288:22 289:10
306:3,5,6 310:13
310:18 315:16
317:13
**kg** 189:16,23,23
**kieran** 81:17
100:11
**kilogram** 188:3
**kind** 24:5,14 26:10
27:20 64:11 66:14
68:17 93:1 96:25
131:18 133:12
134:9 147:9
196:11 212:22
247:18 290:12
**knekt** 244:2,11,13
245:21 247:11
**knew** 72:16 78:22
80:1 219:9 255:8
**knock** 278:1
**knockout** 266:9
**know** 16:4,8,10,24
17:1 19:19,24
20:9,11,13 21:11

21:11 32:17 33:13
33:14 37:14,23
38:13 40:17 54:24
59:16,21,23 62:3
62:20 63:22 64:10
64:12,14 65:8,11
66:4,14 68:3
71:17,18 77:24
78:18 108:21
111:24 113:2,23
115:14,22 116:1
126:18,20,21
131:7,20 132:23
140:20,25 141:8
141:10,11 146:11
148:13,14 149:1,2
149:16 150:18,21
150:25 151:2,7,22
154:7,9 170:24,25
171:1,4,8 174:13
174:14 177:11,13
178:13 184:12
186:5 189:2
193:12 199:4
200:22 213:15
217:16 218:9
221:25 222:6
226:5 227:21
228:14 230:13
234:5 236:16
239:20 245:25
247:13 252:9
254:8 258:23
262:4,6 266:24
268:5 270:8
273:12 274:7
275:22 277:16
280:25 282:21
284:8,21 285:22
288:21 290:1
297:10 300:9

[know - list]                                                        Page 35

309:17 311:15
314:25 315:1,15
317:7 320:24
323:10 324:15
329:2 330:5
**known** 131:10
162:4,5,13 172:10
198:2 292:13
**knows** 53:16
**kong** 39:1
**krul** 231:4 237:2
**kumar** 118:7
**kyrtopoulos**
254:16 267:17

**l**

**l** 3:5 13:16,21,22
13:22 14:24
**la** 243:25 244:6
245:20 246:18
247:10 248:11
250:6
**lab** 52:19,21 53:7
53:10,21 55:5
63:9,11,15,16 64:8
64:16,21 65:12,15
67:23 72:14,19,24
73:8 74:6,7 75:16
76:15 77:18,19,21
77:23 78:12 79:2
79:4,10,19 80:11
81:13 82:21 85:12
87:14 88:9 89:10
89:14 93:5 95:21
105:14 111:25
112:1,9 114:12
119:19 121:3,4,11
123:17 124:7,13
124:20 125:2
126:3 127:12,15
127:18 163:10
186:3 217:3 218:7

218:12,13,14
252:6 253:10,15
253:23 254:1
264:15 274:15
**labeled** 161:22
172:1
**laboratory** 55:3
122:13,14 124:15
124:18,25 125:5,7
125:25 163:8
189:9 251:17
**labs** 9:3 125:17
314:22
**laid** 80:25
**landmark** 213:1
**laparoscopic**
71:18
**large** 58:18 331:5
**larson** 243:25
245:20 246:18
247:10 248:11
250:6
**lately** 25:20
**latency** 37:6,8
131:22
**latest** 50:12
**lauren** 9:19
**lawsuit** 36:8 37:15
136:8
**lawyers** 178:16
**layne** 4:12 13:25
**lead** 122:13
169:11 242:13
253:4
**leaders** 317:13
**leading** 43:9,12
47:22 48:17,20
49:8 244:23
321:20
**leads** 228:4 274:23

**learn** 65:7 82:15
82:18 85:18
133:14,20 148:24
170:3
**learned** 89:2 285:8
**learning** 50:11
81:22 83:20 85:22
**leave** 27:6 34:16
75:6 95:20 120:24
153:16
**leaving** 72:23
74:10 81:1
**led** 76:16 221:15
276:25
**ledger** 140:17
**left** 19:11 25:21
76:5 77:3 79:25
80:10 86:24 98:18
99:18 102:16
272:12
**legal** 12:6 137:15
137:24 146:2
333:1
**length** 197:10
**lethal** 187:5,16
**letter** 10:15 34:4
143:12
**level** 48:4 75:15
96:17 99:5 130:5
130:10 189:11,25
192:15 194:12,16
220:1,5 221:6,9
222:3 232:11,15
234:19,20 236:9
255:20 257:1,1
262:9 264:18
265:9,11 277:6
283:16 284:3,4
286:11 291:20
297:25 314:7
327:13

**levels** 35:8,18
50:18 134:15
181:12 184:18
185:14 187:13
194:15,19 220:21
232:17,18 236:14
238:6 255:17
262:4 286:14
294:23 303:17
**levin** 3:18
**levinlaw.com** 3:23
**liability** 1:5 10:13
104:2 331:7
**license** 15:9
**licensed** 80:14
**life** 68:6 128:21
129:24 216:24
217:20
**likewise** 156:12
**limited** 5:2 195:18
196:9
**lin** 316:2
**line** 49:3 154:24
249:7 298:22
303:23 333:5
**linear** 44:20
129:15,25 316:3
319:25 320:1
326:22
**lines** 28:21 158:3
191:23
**lipid** 110:9 112:17
117:19,20,23
118:16
**lipids** 126:4
**lips** 320:19
**list** 18:18 24:19
43:1 111:9 143:2
178:22 180:6
198:1 206:9 207:8
207:24 208:4,19

[list - making]                                                    Page 36

239:16 293:14
**listed** 56:21 111:6
  124:1
**litany** 30:21
**literally** 157:22
  295:7
**literature** 54:15
  135:3 151:1 154:7
  163:11 165:5
  166:15 177:23
  181:8 182:12
  218:2 315:11
  317:14 327:9
**litigation** 1:5
  10:13 20:24 25:13
  25:15 36:7 40:11
  40:22 49:17 51:11
  51:12 59:17 104:2
  104:11 120:23
  129:23 130:17,24
  136:12,14 137:15
  137:16 139:7
  150:9 167:11
  168:24 170:4
  176:16 190:2
  251:16 331:7
**little** 69:15 105:2
  144:13 161:5
  174:25 185:11
  251:24 254:3
  314:3
**live** 53:15
**livenote** 2:11
**liver** 68:7,10,12
  91:10 94:8,14
  187:21 213:13,17
  233:10,15,24
  268:8
**lives** 66:16
**living** 141:16

**liza** 9:20
**llc** 4:11 6:18 8:13
  14:20
**llp** 1:16 2:7 3:3 4:3
  5:11 6:4,19 7:4,12
  8:4 9:4
**loaded** 45:17,21
**local** 211:4
**locally** 269:25
**located** 12:8
**loh** 244:1 245:21
  247:11 248:6
**long** 44:24 56:11
  56:11 68:23 75:14
  125:11 173:20
  239:4 278:18
  280:11
**longer** 73:15
  154:21 171:16
  233:17 238:21
  289:15,16
**look** 19:11 20:12
  24:2,19 29:7,16
  32:16 35:5 39:22
  40:14,16 48:17
  49:20 50:5 61:14
  70:20 83:4 86:6
  88:9,13,13,15,17
  88:22 89:6,7,14,25
  91:8,11 92:2,18
  115:16 127:23
  128:4 131:23
  133:15 135:3,5,6,7
  135:8,9 137:9
  139:11 142:25
  143:25 145:20
  183:17,21,24
  185:18,19 188:25
  199:18 201:8
  202:23 204:19
  208:1 212:2

214:17 220:23
226:18 238:6
243:14 244:21
245:10 249:6
251:17 252:7
253:14 254:5,6,7
255:12,25 257:24
266:23 267:8,25
274:16 307:15
312:5,6 313:14
315:22 325:18
**looked** 19:25
  38:22 85:25
  109:24 134:8
  167:24 176:3
  183:3 200:5 201:9
  220:9 252:3
  267:17 284:19
**looking** 24:5 41:21
  50:11,24 61:13
  85:9 91:13 125:4
  129:10,10 147:3
  147:17 149:13
  204:3,10 241:14
  252:21 305:7
  311:25 322:21,22
  322:25 323:10
  324:11
**looks** 48:25 49:1
  243:21 244:5
  253:11 312:12
  322:16 324:17,22
**losartan** 1:4 12:12
  331:7 332:2 333:2
**lose** 186:21,23
  308:23
**loss** 120:4,5
  286:12 307:19
  308:6,22
**lot** 16:8,15 25:22
  28:1 33:10 40:5

53:14 68:22 69:13
81:20 99:16
110:21 115:19
116:23 153:23
156:11 253:6
290:21
**lots** 150:24
**louisiana** 4:14
**love** 64:24
**loved** 73:11
**loving** 63:15
**low** 48:4 50:18
  134:15 206:20
  255:16 302:5
  303:17 327:5
**lower** 173:20
  208:9 313:3
**lowest** 97:4,17
**lunch** 53:6 154:21
  172:21 173:6
**lung** 95:2
**lymphoma** 86:2

**m**

**m** 14:12,21 254:24
**m.d.** 1:13 2:6 10:3
  10:9,16 15:6 19:4
  143:13 331:6
  332:3,20
**m7** 45:10 46:22
**macrophage** 88:25
**macrophages**
  278:10,12
**madam** 103:24
  239:7 271:3
**madigan** 41:6,16
**magnitude** 146:16
  286:10
**mailbox** 66:9
**making** 32:21
  84:22 120:10
  212:6 290:20

297:20 300:24
306:11 328:4
332:9
**malignant** 88:7
92:20
**man** 255:22
**manuscript** 60:17
**march** 11:17
52:20 66:12
242:12 259:25
260:12 295:2
**mark** 17:8 19:1
21:2 23:14 81:17
100:11 101:7
102:12 103:23
143:10 156:1
178:24 202:17
229:1 240:23
324:10
**marked** 17:10
19:4,10 21:7
23:21 51:20 104:3
143:13 155:8,19
179:3 181:15
202:20 230:25
241:5 250:17,19
259:25 286:5
307:4 311:20
323:25
**marker** 90:5
250:24 251:1,12
251:19 252:14
256:25 257:21
**markers** 89:13
252:12
**market** 208:9
**marking** 155:3
230:21
**marks** 24:6
**martin** 4:3 9:16
14:24

**mas** 5:16 7:16
**mask** 53:3
**mass** 16:3 58:22
**massachusetts**
1:18 2:8,12 4:21
6:22 12:10 15:8
78:23 100:15
331:1,5,8,11
**massey** 9:19
**match** 66:21 67:1
74:21 78:5
**matched** 66:22
78:4,4
**matches** 66:23
**matching** 65:21,23
**material** 163:19
**materialized**
205:21
**materials** 34:15,17
**math** 145:21 148:8
152:10 153:5,8
**mathematical**
304:14,17
**matta** 6:8 14:21,21
**matter** 12:12 40:7
137:1 331:6
**matters** 137:15,15
**mazzotti** 4:3 9:17
14:25
**mcats** 62:9
**mcgee** 212:8
**mcgowan** 124:24
**mcwilliams** 10:15
143:12
**md** 1:7 61:17
333:3,21
**mdl** 10:14 104:2
**mean** 35:6 36:19
40:24 50:3 80:2
99:1 111:11
149:17 177:10

180:3 218:12
258:19 295:13
298:14,18 302:15
303:3 305:11
312:19
**meaningful** 75:10
**means** 37:15 227:2
227:10 305:24,25
**meant** 105:19
128:1 298:18
299:18
**measure** 193:18
193:25 203:11
220:14 222:15
231:14 232:8
236:3 259:1,14
261:19 264:4,12
269:11 274:9
298:7
**measured** 185:14
188:2 191:19
194:19 213:12
263:8,12 264:1
265:13
**measuring** 265:9
265:10
**meat** 229:6 238:5
**meats** 237:16
238:3,14
**mechanism** 95:16
158:14 183:11
185:3 190:12,20
191:25 193:19
195:13 197:24
199:21 203:15
207:15 210:20
223:16 228:11
232:22 265:24
270:25 284:12
289:11 294:10,11
310:10 315:18

**mechanisms** 29:2
29:4 50:13 86:15
88:3 89:4 98:12
100:1 121:13
131:21 183:1,21
195:14 196:3
201:8,11,23
218:11 225:8,11
225:15,19,25
228:6 282:17
287:9,14 298:11
298:17 310:12,18
**mechanistic** 135:6
206:7
**med** 64:15 65:2,7
65:17 66:20 68:14
114:14 116:19
118:8
**mediator** 236:15
**mediators** 110:9
**medical** 15:25
16:1,9 43:10 48:7
52:8,12 56:22,24
57:2,4,7,8,12,16
57:18,19,23,25
58:1,4,10,19 59:1
59:16 60:1,6,9
61:23 62:2,7,10,19
63:1 64:1,5 65:24
72:15 74:1,21
79:7 80:14 82:6
82:16 83:7,15
96:9,22,25 98:18
99:11,17,24
101:23 102:4,21
103:4,7 104:17,18
104:25 106:11
114:4 115:1 118:6
123:25 127:3,4
136:7 138:8

meet 53:23 81:15
103:20 123:12
128:5 261:25
meeting 117:20,23
145:5 262:8
284:22
meetings 81:14,21
196:1
meets 117:22
megan 5:12 7:13
14:11
member 57:17
59:4
members 249:23
memory 131:2
men 247:5
mention 94:3
105:25 159:25
228:2 244:13
mentioned 87:8
101:1 117:24
122:25 126:18
127:24 129:6
182:4 220:14
225:9 243:23
244:1 248:10
263:12 270:11
271:21 274:19,23
276:19 287:8
289:5 308:9 321:8
327:2,25
mentioning
264:15
mentor 101:2
mentors 68:5
81:17
meridian 7:6
meroncot 317:12
messed 283:7
met 54:14 66:20
310:1 321:13

meta 242:25
243:24 245:19
246:20 247:9,14
250:5
metabolic 170:24
metabolism 95:17
126:17,21 185:3
190:21 210:22
211:20 212:12,12
212:17 220:15
223:13,16 229:25
230:17 251:2,11
265:6 266:17
metabolite 223:22
257:16 266:8
272:13 273:3
metabolites 95:10
223:9 233:22
metabolized 95:9
126:14 193:11,15
256:16 269:17,22
271:7,15 272:6
metabolizes 230:6
230:18
metastasis 110:8
method 45:6,7
46:21 220:13,24
224:19 262:10
297:16 311:10,12
methodology
30:22
methods 193:10
236:21 262:21
317:7
methyl 193:22
230:11 255:7
265:11,12 288:24
methylated 256:2
methylating 11:14
223:21 250:19
254:17,21 256:4

methyldiazonium
210:24
methylguanine
94:16,17 203:8,8
251:1 264:25
265:3 267:14,25
282:6 283:3,8
methylguanines
265:4
methyltranferase
282:6 283:3
mg 257:19,21
263:6,15 264:21
266:15,22 267:5
267:18 268:8,12
269:3 273:7,12,20
273:25 274:8
275:16 277:9
278:19 282:10,20
mgh 57:21
mgmt 227:23
230:11 275:9,17
275:22 276:4
277:2,7,20 278:19
280:15 282:5,19
283:2,9,9,24 284:4
284:23 285:16
286:9,13,25 287:3
287:15 288:4
292:17
mgs 189:23,23
282:2
miami 62:16
miami's 62:14
mice 52:23 87:18
87:21 88:2,20
90:13 119:21
186:5,8
michigan 100:7
microgram 231:23
231:24,25 232:2

249:2
micrograms 249:3
249:10 255:19
microscope 85:10
86:7 88:16,18,23
89:7,14 92:5,21
127:23
mid 66:12
middle 290:16
miles 53:17
milligram 231:24
milligrams 188:3
231:21
million 160:19,25
167:12,23 327:6,6
mimic 237:3
mind 50:20 51:9
94:4 266:16 268:4
287:2 291:23
mine 134:19
240:22
minimize 185:8
316:7,13 318:20
minimized 48:12
219:22 319:7
minimizing 317:2
minute 107:11
142:25 224:5
minutes 101:12
154:23 171:7,14
193:11,16,17
243:4 290:4
327:12
mischaracterizes
149:19 302:12
miscode 272:13
misleading 82:10
missed 237:19
missing 20:15
41:17

**mistake**  174:6
  175:8,13
**mistakes**  178:15
  247:20
**mistranscription**
  253:22
**mistranscriptions**
  253:15
**mitigation**  11:17
  259:24 260:11
**mitochondria**
  224:4
**mix**  254:3
**mode**  258:9,24
**model**  11:7 230:24
  231:10 232:7
  235:16 252:10
  259:6,8,8 281:22
  284:17,18,18
**modeled**  129:4
**modeling**  47:19
  84:17 86:13,13
  127:8 259:11
  304:14
**models**  85:2,13
  89:6,6 93:17
  129:10 193:17
  226:8 281:19
  317:11
**modulation**  11:5
  230:23
**molar**  223:20,20
  303:19
**molecule**  43:25
  185:6 187:6 188:9
  188:14 229:13,16
  229:18 269:4,22
  271:7,15,18 272:3
  272:4,5,8,17,20,23
  273:11,15,15,24
  274:3,10 275:8,9

  276:2,4 278:16,18
  279:21,21,21,24
  279:24,25 282:13
  282:19 283:1
  307:25 308:3,9,18
  308:25 309:3,4,9
**molecules**  277:2,8
  282:22 286:25
  287:17
**moly**  290:19
**moment**  190:24
  204:2 327:14
  328:11
**money**  111:24
  112:8,11 149:22
**monkey**  263:2
**monkeys**  193:17
**monograph**  297:7
**monographs**
  48:22 205:3 297:7
  297:9 311:6,14
**monomer**  208:15
  210:1
**monroe**  5:13 7:14
**montesano**  184:8
  212:8
**month**  55:17
  69:23 82:14
  150:16 151:17
  152:23
**months**  147:12
  154:3,4 226:11
**morning**  12:2
  15:14,16
**morris**  6:19 9:15
  13:20 329:22
  330:11
**mortality**  250:11
**mouse**  91:1 191:25
  266:9

**mouth**  235:1
**move**  100:16
  151:11 202:15
  306:24 322:13
**moved**  113:2
**movements**  58:21
**moving**  99:16
  151:11
**mulberry**  8:7
**multiple**  28:3
  67:13 81:12
  153:25 175:2
  188:25 189:4,4
  198:15 209:15,16
  209:16,17 269:23
  270:9 271:8,16
  273:24 282:20,22
  287:9 314:21,22
  314:22 326:20
**multisite**  196:17
  317:5
**multispecies**
  196:17 317:6,11
**multistage**  309:14
  310:6
**multistep**  11:19
  307:4,10 310:15
**multitasking**
  156:7
**murine**  82:22
**mutagen**  188:14
**mutagenic**  43:7,23
  44:2 47:3 161:13
  166:5 185:1
  188:19 190:18
  211:13 288:15
  316:21 318:20
**mutagenicity**
  287:20
**mutagens**  270:12

**mutated**  288:12
  288:12
**mutation**  256:16
  264:22 265:16
  272:7,18 283:13
**mutations**  211:8
  227:20 269:23
  270:1 271:8,16
**mute**  268:22 291:5
  291:7
**muting**  291:10
**mylan**  6:2 13:16
  14:16,18,22
  135:21

### n

**n**  3:1 4:1 5:1 6:1
  7:1 8:1 9:1 11:6
  11:10,22 12:1
  13:21 94:5 139:15
  180:15 230:23
  234:6 235:11
  237:7 238:2,8,17
  241:2 242:9,14
  244:11 246:14
  249:18 256:6
  311:19
**n.w.**  3:5
**n7**  94:16 213:12
  264:25 265:15,18
  266:1 271:23
**nakul**  9:5
**name**  13:19 15:15
  15:20 104:6
  124:14,23 125:2,5
  131:1,8 169:13
  324:13 333:2,3
**named**  116:11
  118:6 124:20
**names**  13:11
**nanogram**  194:9
  194:12,18

[nanograms - necessity]                                                    Page 40

**nanograms** 249:14
  249:14
**narrow** 145:11
**narrowed** 196:5
**natural** 277:25
**nature** 184:7
  212:2,6,9 213:25
  214:8
**nd** 302:18
**nda** 316:25
**ndea** 28:6,8,21,25
  29:4,8,13 35:9
  37:3,10 38:2,23
  39:6 43:4,24 44:3
  44:18 47:3,14
  48:11 49:10 50:19
  61:9 121:2 131:17
  132:20 133:16
  134:4 135:1 160:4
  160:8 162:10,23
  164:14,23 165:2
  165:13 166:18
  172:14 182:11
  183:2,12 184:17
  184:18 185:2,13
  186:2,7,12 187:20
  188:22 189:1,9,12
  192:2,8,18 195:19
  196:10,16,19
  197:15 198:2,7,20
  199:5,19,23,24
  200:6,9,18 201:16
  201:19 207:18,22
  209:2,4 210:21,25
  213:3 214:25
  216:3 217:3
  218:20 219:2
  220:2,6 233:23
  236:20 255:7
  259:14 265:6
  293:4,24,25 294:4

294:16 300:23
301:12,22 302:6,8
304:3,15 305:8
306:6 311:24
313:9 314:14
315:24 316:3,11
317:3,8 318:21
320:11 322:7
327:8 328:9
**ndma** 25:12 27:23
  28:6,8,20,24 29:3
  29:8,13 35:8 37:3
  37:10 38:2,23
  39:5 43:4,24 44:3
  44:18 47:3,8,14
  48:4,9,11 49:10
  50:18 61:9 87:21
  90:4,11,18,19,25
  92:12 93:3,21,25
  94:2,8,12,15,18
  95:1,5,8,15,17
  120:23,25 121:2,7
  131:17 132:20
  133:16 134:4,14
  135:1 156:19
  159:24,24 160:3,8
  161:12,19 162:10
  162:23 164:14,23
  165:2,12,20 166:4
  166:17 167:3
  168:17 169:7
  172:14 173:18
  174:20 181:12
  182:11 183:2,11
  183:16 184:17,18
  185:2,13 186:2,4
  186:14 187:13
  188:22 189:2,9,12
  191:12,18 192:2,7
  192:16,18 193:8,9
  193:10,22 194:1,5

194:7,10 195:19
196:10,16,18
197:15,23 198:2,7
198:20 199:5,19
199:23 200:6,9,18
200:23 201:16,19
202:1 203:5
207:18,21 209:2,4
209:8 210:5,8,12
210:21,24 213:3
213:17,20,25
214:25 216:3,8,15
216:25 217:2,9
218:20 219:1
220:2,6,14,18,21
220:25 222:15,17
222:19 223:9,13
223:22 224:11,17
226:1,4,7,9,13,14
226:21 227:14,20
227:24 228:6
229:4,5,8,8,12,22
229:25 230:6,18
231:15,20,21
232:8,12,14,17,18
233:23 234:20
236:1,6,9,19,25
237:17 244:25
247:2,24 249:1,19
249:22,25 250:25
251:1,10,11
254:19,21 255:7
255:16,19 256:7
256:16,16,21
257:1 258:4,7,22
259:18,20 260:21
260:23 261:19,21
261:23 262:5,9,25
263:2,17,25 264:5
264:10,19,22
265:10,16 266:6

266:12,17 267:2,9
267:19,24 268:14
268:18 269:14,18
269:22 270:21
271:7,15 272:5
273:2,24 274:9
275:8,20,21,23
276:2,15 277:9,13
277:13,17,17,19
278:19,22 279:24
280:3,7,15 281:3
281:16,17,22
282:2,15 283:6,14
283:17,21 284:5,8
284:24 285:17
287:5,10,14,18,18
288:2,9,12,24
289:8,11 290:13
291:21 293:4,24
293:25 294:3,16
294:23 297:17
298:5,8,9,11,17,19
300:23 301:12,21
302:8,18 304:2,15
305:7 306:5
307:25 308:18,25
315:24 316:3,11
316:25 317:2
318:21 319:12
320:11 322:7
327:7 328:10
**ndma's** 257:21
**ndmas** 193:19
  259:1
**ne** 3:12
**near** 187:5
**nearly** 50:23
**neat** 314:3
**necessarily** 258:19
**necessity** 81:11

**necrosis** 253:13
**necrotic** 251:22
**ned** 10:15 143:12
**need** 13:4 17:1
 92:6 113:12
 285:14 290:3
 293:19 308:7
 321:3 323:4,6
 328:14 329:6
**needed** 180:12
 181:1 217:20
 255:17
**needless** 168:15
**needs** 240:5 291:5
**negative** 208:12
 209:8
**neither** 331:13
**neoplastic** 307:17
**neuro** 81:18
**neurosurgery**
 69:23 70:3
**neutralize** 266:8
**neutralizing**
 266:10
**neutrophil** 89:1
**never** 36:17 59:25
 80:25 81:4 84:21
 99:4,19 120:11,22
 120:25 128:15,20
 129:25 130:4,8
 134:2 136:3
 168:21 205:21
 216:17,23 217:19
 318:7,10,24
 319:11 320:4
**new** 1:2 4:6,14 8:8
 9:8 22:23 23:1
 49:21,21 50:24,25
 66:18,22 73:5
 74:1 76:12 78:5,6

78:7,10,24 79:13
 80:10 81:1 108:15
 108:15 201:1,1
 221:21 289:7
**newark** 8:8
**nice** 173:6
**niche** 125:22
 126:2
**nigh** 3:19 12:16,16
 17:15,22 21:9
 34:18 35:7 38:18
 39:21 40:13 42:12
 42:20 43:2,21
 44:11 45:12,23
 46:9,12,23 48:5
 51:14 53:12 54:22
 55:10 58:7 70:25
 72:9 73:18 74:3
 74:15 75:1 76:3
 76:21 77:7 79:24
 83:9 84:25 85:20
 87:2 88:12 89:21
 90:8 91:15 93:23
 97:6,14 98:9,25
 99:21 100:25
 103:16 106:8,25
 107:16,19 113:1,7
 113:17,22 114:1
 116:6,15 117:17
 118:22 119:8,18
 120:13 121:1,10
 121:17,22 122:7
 126:15 127:2
 128:17,25 129:2
 129:17 130:12,19
 133:18,22 134:16
 138:11 139:2,10
 139:24 141:3,24
 142:7,11,13 146:5
 146:22,25 149:18
 149:24 150:11

153:9 154:16,20
 155:2 156:14,17
 157:3,14 158:17
 159:19 161:2,25
 163:3,15 164:2,20
 165:16,25 167:5
 167:16 168:3
 169:2,16,23 170:7
 170:15 171:6,12
 171:20 172:6,22
 172:23 174:3,22
 175:10,22 176:23
 177:6,20 179:5
 182:19 183:4,14
 184:5,20 185:17
 187:8,15 188:5,12
 189:14 190:3
 191:4,21 192:22
 193:1,5 194:21
 197:1,14 198:4,22
 199:3,13 202:2,7
 202:11 203:17
 205:13 208:25
 210:14 214:11,16
 215:2,9,22 216:6
 216:20 217:1,13
 217:22 219:4,13
 219:16 220:8
 221:10,14 222:11
 223:14 226:2
 227:6,15 230:4,8
 232:25 235:6
 238:21 240:11,17
 241:7,19 242:21
 243:8 245:6,15
 246:5,16 247:3
 248:3 249:21
 252:23 257:3
 262:12 263:18
 264:3 265:17,23
 266:18 267:6,22

268:15 269:5
 272:9 273:13
 274:1,12,17
 275:11 276:13
 277:11 278:21
 279:1,11 280:10
 280:14 281:6
 282:4,11,23
 283:19 285:1,5,20
 286:16,20 287:7
 288:14 289:13,18
 290:20 291:8
 293:17 294:25
 295:19,23 296:1
 297:22 298:3
 299:16 300:11
 301:13,16,24
 302:11,25 304:6
 305:11,13,20
 306:13,16,20
 308:1,19 309:1,12
 310:25 312:17
 313:11,24 316:18
 318:11,25 319:14
 319:18 320:15,24
 322:10 323:6
 325:4,22 326:6,16
 328:2,5,24 329:1,4
 329:6
**nih** 107:2,6 108:13
 108:22 109:1
 112:6,7,9 114:19
**nine** 63:24 196:18
 200:6 201:17
 218:4
**nitrate** 24:18
 231:15
**nitrates** 24:17
 234:25 235:13
 237:9 238:10

nitrite  24:18
  234:12
nitrites  234:17,19
  234:24 235:1
nitrosamine  24:18
  224:25 284:22
  286:14 301:4
  302:4
nitrosamines
  11:15 25:12 28:20
  126:13 164:13
  167:25 213:3
  224:14,23 234:6,7
  235:11 237:7
  238:2,8,17 259:23
  260:10 261:6,10
  262:19 264:8
  294:22 298:24
  302:1,5 303:13
nitrosating  234:11
nitrosation  234:10
nitroso  11:10
  241:2 242:9
  246:14 248:22
  249:15,18 256:6
nitrosodiethyla...
  11:22 311:19
nitrosodimethyl...
  11:6 230:23
nitrosos  249:3
nobel  64:19 77:19
noc's  248:21
noise  290:21
nominated  117:6
nonattorney  14:25
nongenotoxic  44:4
  217:14 218:11
  219:17 228:13
  288:18 326:20
nonpeer  322:4
  326:4

nonresponsive
  40:6 46:2,17
  215:13
nonsignificant
  248:5,6
normal  90:23
  233:24
normally  61:23
  90:22 91:1 228:1
  278:3 280:4
north  8:17
notary  2:11 15:9
  331:4 333:25
note  113:12
  140:21 141:19
  180:15 239:16
  241:8 242:18
notepad  31:17
notes  26:25 27:12
  27:17,18,18 30:9
  30:11,14,16,19,24
  31:5,13,18,21
  32:12,17 33:1
notice  2:8 10:7
  17:8,10 18:2,5,11
  18:15 20:23 21:15
  32:13,23
noticed  178:14
  300:21
noting  149:5
notion  299:11
  304:5
notwithstanding
  200:16
npt  28:15
nshah  9:9
ntp  43:10 49:5
  198:9 206:8 208:3
  208:19 293:7
  311:15

number  53:4,5
  86:23 116:4,12
  149:6 178:25
  180:17 182:5
  228:3 240:23
  269:14 274:25
  280:22
nutrition  11:12
  241:4 242:11

o

o  12:1 13:21 14:14
  14:24 94:17
  213:12 230:10,10
  252:20,20 257:19
  257:21 263:6,15
  264:22 265:3,11
  265:12 266:1,5,8
  266:15,22 267:5
  267:18 268:8,12
  268:24 269:3,18
  271:24 273:7,12
  273:20,25 274:8
  275:16 277:9
  278:19 282:2,5,7
  282:10,20 283:2,5
o'clock  21:21
o'reilly  8:4
oath  317:25
  318:22 320:13
object  21:10 215:3
  215:7 221:10,14
  221:17 262:13
objection  34:18
  35:7 38:18 39:21
  40:13 42:12,20
  43:2,21 44:11
  45:13,20,22 46:23
  48:5 51:14 53:12
  54:22 55:10 58:7
  70:25 72:9 73:18
  74:3,15 75:1 76:3

76:21 77:8,8
  79:24 83:10 84:25
  85:20 87:2 88:12
  89:21 90:8 91:16
  93:23 97:6,14
  98:10,25 99:21
  100:25 103:16
  106:8,25 107:16
  107:19 116:6,15
  117:17 118:22
  119:9,18 120:13
  121:1,10,17,22
  122:7 126:15
  127:2 128:17
  129:2,17 130:12
  130:19 133:22
  134:16 138:11
  139:2,10,24 141:3
  141:24 142:13
  146:5,22 149:18
  149:24 150:11
  153:9 154:16
  156:14,17 157:3
  157:14 158:17
  159:19 161:4,6
  162:1 163:3,16
  164:2,20 165:16
  165:25 167:5,16
  168:4 169:2,16,23
  170:7,15 172:6
  174:3,22 175:10
  175:22 176:23
  177:6,20 182:19
  183:4,14 184:5,20
  185:17 187:8,15
  188:5,12 189:14
  190:3 191:4,21
  192:22 194:21
  197:1,14 198:4,22
  199:3,13 202:2
  203:17 205:13

[objection - opinion]                                                           Page 43

208:25 210:14
214:11,16 216:6
216:20 217:1,13
217:22 219:4,13
219:16 220:8
222:11 223:14
226:2 227:6,15
230:4,8 232:25
235:6 242:21
243:8 245:6,15
246:5,16 247:3
248:3 249:21
252:23 257:3
263:18 264:3
265:17,23 266:18
267:6,22 268:15
269:5 272:9
273:13 274:1,12
274:17 275:11
276:5,13 277:11
278:21 280:10,14
281:6 282:4,11,23
283:19 285:1,20
286:16,20 287:7
288:14 293:17
294:25 295:20
297:22 298:3
299:17 300:11
301:13,16,24
302:12,25 304:6
305:20 306:13,16
306:20 308:1,19
309:1,12 310:25
312:17 313:11,24
316:18 318:11,25
319:14,18 320:15
322:10 325:4,22
326:6,16 328:3
**objections**  18:2,3
**objective**  166:24

**objectively**  165:4
**objectivity**  159:21
  160:15 163:18
  168:7,12 170:10
**obscure**  25:24
  26:5,7
**observations**
  312:25
**observed**  206:10
  256:25
**observing**  303:18
**obtain**  108:15
**obtaining**  108:14
**obviously**  27:4
  53:1 290:2
**occasion**  181:4
**occur**  206:16
  238:18,19 286:13
  288:3
**occurs**  237:15
  238:2,12
**offer**  126:12
  149:15 166:20,24
  167:1 176:22
**offered**  100:5,6,20
  167:2
**offering**  159:14
  162:22 310:23
**offers**  161:18
  166:21
**office**  25:9 27:7
  34:11 52:7,8
  53:10,11 181:22
**offices**  12:9 331:7
**official**  292:8
**oftentimes**  279:14
**oh**  17:25 20:6
  71:15 101:24
  102:9 122:12
  124:20 125:19
  134:21 143:4

161:8 178:16
  235:19,24 322:25
**okay**  13:1 16:15
  16:24 17:5,14
  20:21 23:13,18
  24:8,10,14 27:4
  30:6 31:11,15,22
  32:6 33:4 34:7,8
  34:14 35:22 37:11
  37:17,22 38:3,5
  39:18 41:25 42:3
  52:5,23 56:21
  59:10 62:24 67:1
  68:19 92:16 96:1
  96:4,14 97:9,17,21
  102:25 109:12
  111:5 113:22
  115:8 120:16,21
  121:15,25 122:12
  122:17,18 124:20
  125:8,11,25
  126:25 129:21
  132:17 133:13
  134:21 136:10
  137:11 140:2,8
  142:21 143:4,7,8
  144:10 145:3,20
  147:14 148:25
  152:2 154:11,19
  155:2 158:11,20
  168:5 171:20
  172:23 173:14
  176:8,11 177:9
  178:16 180:7,19
  190:8 191:9
  200:24 203:22
  204:1,1 207:6
  216:17 219:8
  223:24 224:20
  228:25 229:20
  232:1 234:3,9,23

235:19 237:13
  238:7,16 243:3
  244:15 248:13
  250:15 254:15
  255:11 260:6,19
  266:14,21 268:6
  268:10 269:2
  273:14,22 274:15
  279:17 281:11
  282:8 286:23
  290:11 291:14
  306:10,24 312:5
  319:20 322:13
  323:21 325:9
  327:13,15 328:12
**old**  26:11,13
**once**  26:9 52:22
  53:24,24 55:13
  81:14 82:14
  108:17 195:6
  272:24
**oncogenes**  307:19
  307:24 308:16
**oncologists**  81:7,9
  81:12,16 252:11
**oncology**  70:3,4,6
  81:18 293:13
**ones**  25:20 109:3
  128:6 175:4 246:3
  266:25
**open**  214:8,14
  295:12
**opened**  53:6
**operating**  69:15
  71:15 82:19
**operation**  71:23
**opinion**  38:6 47:13
  86:4 140:4 159:14
  160:20,25 161:18
  162:23,23 166:20
  166:21,25 167:1,3

[opinion - paper]                                                Page 44

169:8 177:14
194:14,16 196:20
200:8,12 224:13
278:17 293:4,24
295:4 301:21
305:3 306:9,12
321:13 323:19
324:23 325:2
326:18
**opinions** 22:10
47:11 55:14 60:4
60:10 119:16
126:13 128:22
156:25 157:11
162:8,16 163:11
165:6 168:9
176:17,21,24
177:3,17,18 178:1
180:25 182:3
191:16 204:7
310:23 318:18
**opportunity** 16:21
**opposed** 112:1,9
132:9 134:5
**option** 74:12
**options** 63:5
**oral** 186:18 208:13
209:9,25
**orally** 210:6,10
236:21
**order** 24:5 29:22
106:19 144:13
208:22 255:19
286:10 329:25
330:1,3 331:10
**ordering** 328:18
329:8
**orders** 329:13
**organization**
310:22

**origin** 256:5
**original** 160:11
163:8,9,10 164:4
240:18 276:11
324:21 325:7
327:24 328:19,20
**originally** 72:25
84:9 196:4
**orleans** 4:14
**orthopedic** 69:24
70:2
**outcome** 331:16
**outside** 127:12,15
127:17 137:16
216:24 227:5,10
251:16
**ovarian** 112:20
**overabundant**
135:2
**overall** 26:22,24
150:22 291:2
292:1,25
**overcome** 283:14
**overlap** 157:20
**overlapping**
156:21 170:17
**overwhelming**
316:5 327:8
**oxford** 6:9
**oxidative** 121:4
161:11 217:6
225:9,14,17
228:19 253:7
270:14 274:22,24
275:1 278:8
280:17 287:20
289:6
**oxygen** 223:25
224:7 278:13

**p**

**p** 3:1,1 4:1,1 5:1,1
6:1,1 7:1,1 8:1,1
9:1,1 12:1 13:23
127:6 252:20,20
**p.c.** 5:3
**p.m.** 1:15 173:1,1
239:10,10 243:18
243:18 290:7,7
330:12
**p.o.** 9:7
**p450** 193:21 211:6
233:21
**p450s** 270:5
**p53** 308:23
**pace** 323:7
**page** 10:2,6 11:3
32:16,20 46:6,7
56:18 102:10
104:14 147:17
157:24 159:1,2
164:10 167:24
173:16 204:14,20
204:25 206:4
208:2 244:17
248:4,15 256:24
257:24 258:2
260:25 261:4
262:16 285:10,25
286:5 290:15
292:17 296:16,17
298:22 300:22
301:3 303:23
305:7,11,16
327:16 332:1
333:5
**pages** 22:12 40:5
49:12 191:22
313:16 316:24
**paid** 139:8,19,21
145:18,23 146:15

159:12 160:19,24
161:17 167:11,23
**pakistan** 39:1
**palli** 244:1 245:20
247:11 248:6
**pancreas** 87:20
90:10,13,14,14,15
90:19,21 91:10
95:3
**pancreatic** 84:12
87:12,13 89:18
**panel** 261:17
263:24 285:15
295:16 300:3,6
303:12
**panelists** 262:18
263:13 284:22
293:15 296:5,18
298:23 299:3
301:5 303:14
**panigrahy** 1:13
2:6 10:3,9,15
12:11 15:6,15,21
19:4 91:11 124:15
124:17 125:6
143:13 155:18
156:2 239:1,22
241:23 250:22
290:11 307:7
331:6 332:3,20
**panigrahy's** 10:11
23:20 239:15
**panigraphy** 333:3
333:21
**papantonio** 3:18
**paper** 25:25 26:12
26:14 27:1 28:3
29:19 31:23 32:3
44:15,16 60:24
61:1 90:9 114:14
117:1,2 140:16

156:18 164:4
169:13 174:14,24
175:8,14,20
182:13 213:10,23
220:16 237:2
266:4 267:16
281:21 297:5
309:20,21 312:10
312:11,13,18
314:21,23,25
315:25 317:9
321:15 327:24
**papers** 25:10,23
26:9 27:25 28:4
28:14,14,16,18,19
29:6,16,18 31:1,7
31:10,13 33:10,17
43:3 44:14 49:21
49:22 50:5,8
54:15 94:10
114:15 116:16,21
116:21 117:3
145:9 151:2
162:12 178:4
180:17 183:15,20
183:21 184:6
195:8 207:19
213:23 218:24
219:2,6,9 223:19
242:6 263:1,11
265:18,25 292:15
298:4 302:1
314:21 315:23,23
316:2,20 318:17
319:21,23 321:7
321:21,25 324:21
326:8 327:1,7
**paperwork** 107:7
108:9,16,17
110:23

**paperworks**
110:22
**paradoxical**
251:24
**paradoxically**
89:12
**paragraph** 104:15
147:19 157:25
158:1 164:12,13
165:8,11 173:17
175:1 176:10
204:20,24 244:22
248:10 261:4
262:17 286:8
290:17,25,25
291:24 301:4
**paragraphs**
180:15
**parcel** 58:4
**pardon** 129:14
**parents** 62:14
**park** 52:11,15
**parkway** 5:5
**parsa** 87:11,19
90:9
**part** 27:22 28:13
42:17 47:15 49:19
53:15 58:4 63:6
63:17,19 66:15
72:12 73:2,25
82:1 84:20 85:22
86:11,18 87:9
88:5,8 89:4 99:13
99:14,15 100:9,13
102:25 107:3
114:18 126:22
129:9 133:5 134:7
143:21 148:20
174:7 196:14
200:25 204:3
232:12 250:1

265:24 266:1
270:7,21 275:2
276:15,21 277:12
279:19 287:12
288:15 293:18
295:3,6,10 297:6
327:5,6
**partial** 82:7
**particular** 69:20
85:24 86:19 92:12
130:5 141:9
185:20,20 189:18
213:23 218:7
223:15 267:11
292:10 293:21
296:12
**parties** 331:13,15
**parts** 295:9
**pass** 60:22
**passed** 95:23
99:14 101:2 113:5
118:9
**passion** 64:12,25
65:4 68:14 75:8
76:14,16 78:10,14
79:3
**patently** 175:20
**pathologies** 65:9
**pathologist** 82:2,4
82:13,14,23 83:4
85:13,17,25 86:3
88:24 92:11 93:2
93:6 127:25 128:5
**pathologists** 89:3
312:15
**pathology** 56:17
56:20 58:9,15,18
59:2,4,9 67:16
68:21 82:11,16,20
82:24 83:8,13,13
83:14,18 84:21

87:6 89:25 90:5
92:3,10,19 102:19
104:18 114:8,25
115:13 118:1,5,8
118:10 125:9,14
125:15 127:20,22
138:22 324:13
325:1
**pathophysiology**
82:17
**pathways** 112:17
**patience** 286:6
**patient** 81:1,4,23
82:2 87:7,15 88:7
88:15,18,18,19
90:11 252:8
**patients** 65:16
71:13 81:20,21
83:5,24 84:12
86:17 87:24
110:12,15 111:19
112:25 132:9
214:1 220:20
264:16
**patriots** 77:22
212:5
**paula** 242:13
**pay** 149:21 294:24
**paycheck** 56:25
**paying** 328:5
**pc** 8:14
**pcr** 254:6
**pde** 42:25
**pdf** 25:19
**pdfs** 25:22 26:9
**pediatric** 69:18
70:2 76:10 78:8
81:18
**pediatrician**
100:14

[pediatrics - please]                                                    Page 46

pediatrics  78:23
peer  28:14 29:15
    29:15,18,25 35:2
    41:19 60:12,18,19
    60:22 109:21
    115:22 132:6
    160:22 181:8
    214:9,14 280:6
    292:7,15 293:3
    294:7 295:5
    296:11 297:5
    299:8 312:11,13
    315:11 319:21
    321:7,11,15,19,21
    321:25 324:16,22
    325:3 326:7,11
pelta  9:14
penalty  332:5
pending  17:2
    250:14
pennsylvania  5:6
    6:10 55:3
pensacola  3:21
people  13:5 37:24
    47:20 53:4,5
    61:24 84:18 94:2
    124:2,6 134:11
    164:6 186:15
    195:21 213:14,16
    214:3 216:10
    220:22 225:4,25
    232:16 237:1,4
    259:8 317:17
    326:25 329:12
people's  160:11
    162:12,16
percent  42:24
    119:22 120:4
    138:6 146:3
    212:13,13 226:10
    264:24 265:2,6

271:23,24
percentage  137:22
    146:2
perfect  126:7
    197:8 323:21
perform  134:11
performed  129:15
period  37:8 38:9
    38:13 39:7 40:10
    40:10 187:18
periods  131:23
perjury  332:6
person  18:13
    20:20 77:21
    121:21 129:12
    145:5 277:18
    284:16
personal  153:19
personally  54:24
    120:17 242:5
    289:20
personnel  138:18
perspective  120:9
    323:2 325:2
peto  44:20 48:14
    165:21 182:16,24
    183:10 315:25
    319:22 321:8
    322:15,19 323:15
    323:17 324:4
    325:14,19 326:10
    326:12,24
petro  14:15
ph  206:12
ph.d.  123:22,25
ph.d.s  123:17
    124:4
pharma  5:2
pharmaceutical
    6:16,17 84:8
    168:23

pharmaceuticals
    3:2 6:2 8:3 12:22
    12:25 13:17 15:18
    135:15
pharmacokinetic
    123:7,9
pharmacokinetics
    122:4,6,23,24
    261:9
pharmacologist
    121:16
pharmacologists
    312:15
pharmacology
    121:21 122:1
    155:23 312:20
pharmacy  5:10
    7:11 14:12
phase  129:7,8
phone  13:7
phrase  107:24
physician  60:6
    80:15
physiological  11:8
    230:25
physiology  206:11
pi  111:7,10 114:7
    114:10 115:5
pick  61:1 247:6
picked  52:2
piece  324:24 325:2
pieces  318:18
piedmont  3:12
pietragallo  6:3
pietragallo.com
    6:12,13
pile  21:20,21
pill  28:9 194:5
    236:20 298:10
pills  39:23 194:11

pioglitazone  10:13
    104:1
pioneered  64:20
    77:24 218:13
pitch  17:20
pittsburgh  6:10
    125:1
pizzi  8:4
pk  123:8 126:20
place  1:17 2:7
    40:22 55:6 78:2
    83:16 97:1 263:22
    331:8
placeholder  18:9
places  24:21,23
    100:7,20
plaintiff  21:4
plaintiffs  3:17 4:2
    4:10 12:17,19
    14:2 34:14,23
    36:4,8 37:3 38:15
    39:13,19 40:11
    41:5,15 130:17
    132:15 136:8
    142:11 143:22
    145:6,12 147:6
    149:21 152:9
    159:13 167:10
    168:17 181:5,17
    263:14,24 301:9
    302:8 329:7
planned  154:10
    254:12
planning  72:19,22
plasma  123:10
play  52:11 164:14
    254:4
pleadings  36:11
please  12:14 13:2
    13:9,14 15:19,24
    16:8 17:1,7 21:6

**[please - pm]**                                                    Page 47

| | | | |
|---|---|---|---|
| 24:11 27:9 34:6 | 162:5,10,15,20,25 | 203:5,10,15,20,25 | 244:5,10,15,20,25 |
| 44:25 56:14 75:5 | 163:5,10,15,20,25 | 204:5,10,15,20,25 | 245:5,10,15,20,25 |
| 92:14 101:8 | 164:5,10,15,20,25 | 205:5,10,15,20,25 | 246:5,10,15,20,25 |
| 103:24 122:11,19 | 165:5,10,15,20,25 | 206:5,10,15,20,25 | 247:5,10,15,20,25 |
| 140:15 143:11 | 166:5,10,15,20,25 | 207:5,10,15,20,25 | 248:5,10,15,20,25 |
| 178:18 192:24 | 167:5,10,15,20,25 | 208:5,10,15,20,25 | 249:5,10,15,20,25 |
| 211:25 214:21 | 168:5,10,15,20,25 | 209:5,10,15,20,25 | 250:5,10,15,20,25 |
| 234:4 239:7 | 169:5,10,15,20,25 | 210:5,10,15,20,25 | 251:5,10,15,20,25 |
| 248:14 260:25 | 170:5,10,15,20,25 | 211:5,10,15,20,25 | 252:5,10,15,20,25 |
| 271:4,12 278:25 | 171:5,10,15,20,25 | 212:5,10,15,20,25 | 253:5,10,15,20,25 |
| 280:13 291:5 | 172:5,10,15,20,25 | 213:5,10,15,20,25 | 254:5,10,15,20,25 |
| 311:17 318:14 | 173:5,10,15,20,25 | 214:5,10,15,20,25 | 255:5,10,15,20,25 |
| 319:13 320:2 | 174:5,10,15,20,25 | 215:5,10,15,20,25 | 256:5,10,15,20,25 |
| **plenty**   83:17 | 175:5,10,15,20,25 | 216:5,10,15,20,25 | 257:5,10,15,20,25 |
| **plus**   22:17 27:19 | 176:5,10,15,20,25 | 217:5,10,15,20,25 | 258:5,10,15,20,25 |
| 50:7 | 177:5,10,15,20,25 | 218:5,10,15,20,25 | 259:5,10,15,20,25 |
| **pm**   137:25 138:5 | 178:5,10,15,20,25 | 219:5,10,15,20,25 | 260:5,10,15,20,25 |
| 138:10,15,20,25 | 179:5,10,15,20,25 | 220:5,10,15,20,25 | 261:5,10,15,20,25 |
| 139:5,10,15,20,25 | 180:5,10,15,20,25 | 221:5,10,15,20,25 | 262:5,10,15,20,25 |
| 140:5,10,15,20,25 | 181:5,10,15,20,25 | 222:5,10,15,20,25 | 263:5,10,15,20,25 |
| 141:5,10,15,20,25 | 182:5,10,15,20,25 | 223:5,10,15,20,25 | 264:5,10,15,20,25 |
| 142:5,10,15,20,25 | 183:5,10,15,20,25 | 224:5,10,15,20,25 | 265:5,10,15,20,25 |
| 143:5,10,15,20,25 | 184:5,10,15,20,25 | 225:5,10,15,20,25 | 266:5,10,15,20,25 |
| 144:5,10,15,20,25 | 185:5,10,15,20,25 | 226:5,10,15,20,25 | 267:5,10,15,20,25 |
| 145:5,10,15,20,25 | 186:5,10,15,20,25 | 227:5,10,15,20,25 | 268:5,10,15,20,25 |
| 146:5,10,15,20,25 | 187:5,10,15,20,25 | 228:5,10,15,20,25 | 269:5,10,15,20,25 |
| 147:5,10,15,20,25 | 188:5,10,15,20,25 | 229:5,10,15,20,25 | 270:5,10,15,20,25 |
| 148:5,10,15,20,25 | 189:5,10,15,20,25 | 230:5,10,15,20,25 | 271:5,10,15,20,25 |
| 149:5,10,15,20,25 | 190:5,10,15,20,25 | 231:5,10,15,20,25 | 272:5,10,15,20,25 |
| 150:5,10,15,20,25 | 191:5,10,15,20,25 | 232:5,10,15,20,25 | 273:5,10,15,20,25 |
| 151:5,10,15,20,25 | 192:5,10,15,20,25 | 233:5,10,15,20,25 | 274:5,10,15,20,25 |
| 152:5,10,15,20,25 | 193:5,10,15,20,25 | 234:5,10,15,20,25 | 275:5,10,15,20,25 |
| 153:5,10,15,20,25 | 194:5,10,15,20,25 | 235:5,10,15,20,25 | 276:5,10,15,20,25 |
| 154:5,10,15,20,25 | 195:5,10,15,20,25 | 236:5,10,15,20,25 | 277:5,10,15,20,25 |
| 155:5,10,15,20,25 | 196:5,10,15,20,25 | 237:5,10,15,20,25 | 278:5,10,15,20,25 |
| 156:5,10,15,20,25 | 197:5,10,15,20,25 | 238:5,10,15,20,25 | 279:5,10,15,20,25 |
| 157:5,10,15,20,25 | 198:5,10,15,20,25 | 239:5,10,15,20,25 | 280:5,10,15,20,25 |
| 158:5,10,15,20,25 | 199:5,10,15,20,25 | 240:5,10,15,20,25 | 281:5,10,15,20,25 |
| 159:5,10,15,20,25 | 200:5,10,15,20,25 | 241:5,10,15,20,25 | 282:5,10,15,20,25 |
| 160:5,10,15,20,25 | 201:5,10,15,20,25 | 242:5,10,15,20,25 | 283:5,10,15,20,25 |
| 161:5,10,15,20,25 | 202:5,10,15,20,25 | 243:5,10,15,20,25 | 284:5,10,15,20,25 |

[pm - printed]                                                                      Page 48

| | | | |
|---|---|---|---|
| 285:5,10,15,20,25 | 326:5,10,15,20,25 | 296:22 298:14 | **present** 9:12 277:2 |
| 286:5,10,15,20,25 | 327:5,10,15,20,25 | **possibly** 111:3 | 277:5,6 286:25 |
| 287:5,10,15,20,25 | 328:5,10,15,20,25 | **postdoc** 123:23 | 291:3 292:2,11,22 |
| 288:5,10,15,20,25 | 329:5,10,15,20,25 | **postdocs** 53:22 | 293:1 299:22 |
| 289:5,10,15,20,25 | 330:5,10 | **postdoctoral** | 300:18 303:20 |
| 290:5,10,15,20,25 | **pnas** 112:21 | 123:22 124:10 | **presentations** |
| 291:5,10,15,20,25 | 114:15 116:19 | **potency** 303:8 | 20:13,19,20 116:3 |
| 292:5,10,15,20,25 | **pobel** 243:25 | **potent** 188:24 | **presented** 299:20 |
| 293:5,10,15,20,25 | 244:6 245:20 | 190:17 200:1 | 300:7,9 |
| 294:5,10,15,20,25 | 246:17 247:10 | 211:10,13 276:20 | **presenting** 143:18 |
| 295:5,10,15,20,25 | 248:11 250:6 | 287:13 302:20 | 293:21 299:13 |
| 296:5,10,15,20,25 | **pobel's** 24:17 | 304:23 327:10 | **pressure** 37:25 |
| 297:5,10,15,20,25 | **point** 46:12 53:2 | **potential** 77:19 | **prestigious** 99:24 |
| 298:5,10,15,20,25 | 135:16 149:4 | 130:1,6,10 131:23 | 117:23 118:4 |
| 299:5,10,15,20,25 | 155:1 188:22 | 302:2 304:25 | 212:25 214:12 |
| 300:5,10,15,20,25 | 192:14 207:24 | 305:22 306:8 | **presumed** 158:6 |
| 301:5,10,15,20,25 | 212:2 240:8,11 | **potentially** 177:25 | 195:8 207:10 |
| 302:5,10,15,20,25 | 279:8 280:2,12 | 304:24 | 209:18,18 317:22 |
| 303:5,10,15,20,25 | 304:21 318:3 | **pottegard** 173:21 | **pretty** 17:22 52:25 |
| 304:5,10,15,20,25 | 320:16 | 173:25 174:18 | 56:11 79:8 137:19 |
| 305:5,10,15,20,25 | **pointing** 320:19 | 175:20 176:2 | 140:7 258:25 |
| 306:5,10,15,20,25 | **poison** 214:4 | **ppr** 84:2,5 | **prevent** 278:4 |
| 307:5,10,15,20,25 | **poisoned** 213:7 | **precise** 304:13 | 317:16 |
| 308:5,10,15,20,25 | 214:2 | **predate** 183:10 | **previous** 61:15 |
| 309:5,10,15,20,25 | **poisoning** 94:6,12 | **predated** 182:8 | 313:18 |
| 310:5,10,15,20,25 | 213:6 | **predating** 182:24 | **previously** 15:16 |
| 311:5,10,15,20,25 | **poisonings** 195:20 | **preexisting** 25:11 | 33:20 116:14 |
| 312:5,10,15,20,25 | **polygranate** 246:2 | **preneoplastic** | 136:13 286:5 |
| 313:5,10,15,20,25 | 246:9 | 313:20 | 296:25 |
| 314:5,10,15,20,25 | **pomegranate** | **preparation** 175:8 | **price** 150:9 |
| 315:5,10,15,20,25 | 246:8,9,12,21 | **prepared** 19:12 | **primarily** 256:7 |
| 316:5,10,15,20,25 | **poor** 132:12 | 23:7 49:23 50:6 | **primary** 286:9 |
| 317:5,10,15,20,25 | **population** 236:13 | 50:21 176:15 | 324:21 |
| 318:5,10,15,20,25 | **position** 56:15 | **preparing** 23:11 | **princeton** 9:8 |
| 319:5,10,15,20,25 | 57:9 99:25 102:17 | 151:23 152:4 | **principal** 114:5 |
| 320:5,10,15,20,25 | 320:10 | 153:1 181:3 | **prinston** 6:16 |
| 321:5,10,15,20,25 | **positions** 100:6,19 | **prescribed** 331:10 | **print** 25:20,21 |
| 322:5,10,15,20,25 | **possession** 181:22 | **presence** 250:25 | 26:12 28:3 |
| 323:5,10,15,20,25 | **possible** 103:18 | 257:15,19,22 | **printed** 23:9,11 |
| 324:5,10,15,20,25 | 258:7,23 259:2,15 | 267:18 268:13 | 26:18 31:3,13 |
| 325:5,10,15,20,25 | 264:11 281:15 | 285:17 | |

**prior** 25:12 34:10
58:14 83:10 91:17
116:14 120:23
128:20 129:23
139:5,6
**priority** 105:17
106:16
**prize** 64:19 77:19
**pro** 225:13,14
**probable** 38:1
49:3 134:6 165:13
198:7,8,21 199:9
294:17
**probably** 49:11
68:20 78:3 117:2
118:6 149:8,8
256:6,22
**problems** 94:8
**procedures** 212:4
**proceedings**
331:12
**process** 28:7,10,13
29:19 31:21 32:11
35:2 41:19 42:17
43:12 49:13 51:4
59:8 60:19 61:6,7
61:10 81:10 82:15
82:20 84:14 85:15
85:23 98:14 99:15
103:4,5,21 105:15
106:14,18 107:11
108:14,22 110:13
110:14 133:6,8,9
134:7 178:6
196:23 197:2
204:21 211:2,11
227:22,25 228:8
228:10 231:11
238:12 240:7
256:20 267:1,12
269:25 270:15

272:15,24 276:15
278:23 280:4,8,16
280:17 281:3,23
282:2,18 283:7,17
287:12,24 288:16
289:3 295:3,5
309:14 310:15
325:5,7 326:19
**processed** 237:15
238:3,14
**processes** 43:8
83:3 85:8 254:3
268:18 270:9
273:16 274:4,19
276:25 278:3
287:19 289:1
294:9 308:11
**produce** 32:24
221:8 222:4,9
223:2 224:22
**produced** 192:19
205:20 223:12,19
223:22 224:3,14
226:1 227:2
231:15 234:6
249:15 268:14
291:21 331:11
**produces** 221:23
**product** 254:8
**production** 15:8
21:3,12 143:22
181:16 220:2,6
224:25 232:8
238:1 241:10
263:17 298:1
**productive** 106:12
**products** 1:5
10:13 38:10 104:2
331:7
**professional** 2:10
15:20,24 128:21

129:24 216:24
251:16 331:4,21
**professor** 56:16,19
58:9 59:6,9 96:19
96:24 97:4,19
98:1,4,7,15 99:6
103:2,8,9,15,15,22
104:17,18 105:6
105:11,16,21
106:2,6,6,10,15
107:8 108:3,10
114:4,9,18,25
115:5,18 138:8,22
146:17
**professors** 99:12
108:12 115:11,13
**program** 61:18
62:7,12,14 63:1,12
63:18 64:5 65:21
65:23 66:22 69:8
69:17,20 71:10
72:11,12,25 73:2
73:14,20 74:22,23
75:6 76:6,17 77:3
77:4 78:8,23
79:23,25 80:9
81:2 82:7 86:25
103:2,13,14
105:21
**programs** 61:22
62:5,18 67:14
**progress** 110:1
161:21 309:17
**progresses** 163:25
**progression** 96:18
157:12 158:16
307:17 310:4,7
**project** 116:25
117:4
**projects** 153:25
156:7

**proliferation**
208:10 289:8,9
**promise** 103:9
**promised** 103:1
**promote** 137:13
158:21 172:11
**promoted** 59:9
99:5 103:18
106:15 115:4
**promotes** 161:20
162:4 163:24
**promotion** 98:14
98:16,20 100:3,5,8
100:18,23 101:6
103:2,5,14 104:16
105:6,15 106:21
106:24 110:17,19
157:12 158:15
309:17
**promotional**
149:14
**proofread** 178:9
178:12
**properly** 13:11
**properties** 229:11
229:21 246:2
309:24
**proposition** 247:1
**prospective** 11:11
241:3 242:10
**prostate** 225:3
236:18
**protein** 254:6
**proteins** 235:12
237:8 238:9
**protocol** 20:24
45:24
**prove** 304:19
**proven** 158:7
195:9 207:11
209:19 317:23

**provide** 18:19
33:18 34:15,23
66:3 176:16
**provided** 18:24
20:22,25 21:1,16
25:4 35:23 40:20
49:15,25 51:19,24
55:17 143:21
179:7 181:10,14
181:18 331:9
**provisional** 113:24
**pry** 138:17
**public** 2:11 11:17
15:10 125:4
259:25 260:11
293:7 295:12
297:3,5 318:19
331:4 333:25
**publication** 29:25
42:13,15 83:1
84:7 92:9,24
112:21 116:19
134:14,25 155:23
156:12 212:9
213:1,25 214:1
224:18 226:3
238:4 259:5 292:7
299:8 320:5
324:12
**publications** 19:16
20:4 22:14,16
25:18 28:1 30:3,4
33:13,14 44:17
47:12 52:2,3
61:10 94:23
106:13 107:4
109:16 114:13
115:23 116:2,7,12
116:19 128:13,22
141:10 184:8
212:3 251:21

292:15 293:2,3
294:8 296:11
321:11 326:20
**publish** 160:22
322:3
**published** 29:23
35:10 51:9 60:14
84:6 116:14,23
128:15 159:11,15
201:7 216:18
242:4 260:9 318:4
318:8 319:12
320:10,13 322:5,8
323:15 324:4,25
**pubmed** 49:20
**pure** 196:10
**purported** 282:17
**purpose** 258:17
**pursing** 320:19
**pursuant** 2:8
20:23
**pursue** 67:24
68:10,12 73:24
75:8,17 80:1,5
**pursuit** 75:10
**pushed** 111:1
**put** 27:5 56:9
71:22 77:8 87:13
87:21 88:2 90:12
106:20,23 108:2
110:11,12 111:19
140:3 143:24
169:13 174:15
179:11 180:17,20
189:21 199:15
207:8 215:16
240:20 257:9,15
295:14 296:4
304:9,22,24
**putting** 72:4
107:13 110:15

129:7
**pzikowski** 9:18

**q**

**qualified** 119:15
126:12
**qualitative** 203:3
203:6,13 212:14
281:25
**qualitatively**
211:22
**quantifiably** 263:7
265:13
**quantification**
203:10 212:16,21
291:22
**quantified** 212:12
212:14,16 251:8
262:20 264:2
291:20
**quantifies** 220:17
**quantify** 193:10
203:11 212:23
220:25 224:19
236:25 249:25
262:10,25 263:16
291:20 297:17
**quantitative** 203:4
221:3
**quantitatively**
211:22
**quantities** 173:20
**question** 15:23
16:7,10,12,19 17:2
27:23 28:7 29:13
30:7,8,10,17,23
33:9 35:2,12 36:6
37:9 38:12,22
39:16 40:9 45:16
45:17,18 46:15
49:24 50:4,17
55:22 56:15 60:20

61:8 76:24 80:24
83:6,11 89:17,22
91:6,17,20,24
92:22 96:20
107:21 113:21
114:22 122:21
124:3,5 126:17
127:7 131:16,19
132:12,21 133:1,2
133:7,24 135:19
137:12 145:10
147:1 148:19
156:1 157:9,21
159:23 163:5
164:22 165:1
166:17 167:4
171:9,11,22 172:5
172:13 175:17
177:11,12 179:14
181:2 182:23
183:6,8 185:10
186:21,22,23
191:10,14,17
192:11 193:3
194:4 197:16
201:19,25 202:13
202:15 203:2
204:9 214:20,22
215:5,17,19,24
217:8,10,11 220:4
220:5,10 221:4,5,6
221:13,15,17,21
222:20 223:1
224:21,23 227:17
229:4,20 236:5,8
236:11 237:24
250:14 259:19
260:5,22 261:15
262:1,8,13 264:6,9
264:11 266:15,16
268:24 269:16

271:4,10 272:4
273:10 277:16
279:12,14,20
281:4 282:14
284:20 285:8
288:2 291:17
297:14,23 298:8
304:15 308:14
310:2 312:9 319:9
319:13 320:3
324:10 327:11
**questioning**
154:25 239:14
**questions** 16:15
36:13 40:8 107:18
128:1 132:5 173:7
177:18 215:10
256:9 281:14
297:1 299:24
300:20 327:12
**quick** 24:2 220:15
269:10
**quickly** 95:9
193:11,16,24
211:7
**quit** 74:23
**quote** 104:15
125:17 186:15
299:13 300:8
325:12

**r**

**r** 3:1 4:1 5:1 6:1
7:1 8:1 9:1 12:1
13:16,16,19,19
14:18,18 94:5
165:12
**r01** 99:12 107:3,6
108:15,15 109:5,9
110:5,6 111:5
112:1,3,5 114:6,7
114:10 115:2,5,12

115:14,19
**r01s** 108:11,13,18
108:20,23 110:18
**r1** 45:10 46:22
**radiation** 195:23
**rafferty** 3:18
**raises** 256:8
**ramzi** 118:2,7,9,17
**randomized** 134:8
134:25
**range** 30:3 138:19
139:8 189:24
232:23
**ranged** 231:21
**ranging** 189:22
**rank** 66:1 96:18
97:4,17,22,25 98:3
**rankings** 97:18
**ranks** 97:4
**raspanti** 6:3
**rat** 207:15
**rate** 147:9,20
**rates** 236:17
**ratio** 269:8,14
**rats** 186:6,9
203:14 206:11,15
207:15 212:11
255:15
**rattle** 24:15
**rattled** 320:12
**rays** 277:24
**razi** 118:11
**rbk** 1:7
**reactive** 223:25
224:7 278:12
**read** 26:11 28:17
33:11,12 42:11,13
42:15,17 48:6,9,9
50:9 54:15 55:12
55:21 82:2 147:24
151:2 178:5

208:16 217:21
242:6 245:3 249:4
258:12 271:4
275:24 294:21
313:5 325:15
332:6
**reading** 27:19
84:21 92:22 145:8
148:22 151:8
263:21 331:12
**readout** 183:17
**readouts** 85:9
**ready** 108:10
**real** 92:23 330:9
330:11
**realize** 77:15
83:21 175:7,13,18
175:25 180:11
281:13
**realized** 73:11
75:14 77:11,17
78:13 91:16 214:3
310:2
**really** 33:2 40:16
62:3 63:15 64:10
64:23 65:10 71:4
73:10 74:24 75:17
100:11 124:22
138:1 152:16,17
213:1 214:21
323:4
**reason** 53:15
66:18 68:3,4 75:2
93:25 99:13 182:9
182:22 208:18
209:23 211:11
212:9 216:11
217:24,25 245:12
285:18 286:18
287:3 299:2
314:12 316:9

333:5
**reasonable** 37:8
139:23 150:5
151:4
**reasonably** 49:6
49:11 198:10
294:17
**reasoning** 47:15
48:17 277:12
**reasons** 225:2
**reassess** 201:18
**reassessed** 200:23
**recall** 18:14,20
30:6 36:21 38:24
40:16 42:22 54:5
139:18 173:25
218:21 219:2,15
241:15 246:7
284:25 300:24
**recalled** 38:21
39:1
**receive** 42:6,7 54:3
88:6 89:18
**received** 36:10
40:25 41:3,14,21
41:22,25 42:2
136:6 152:8,22
182:2
**recess** 101:16
173:1 239:10
243:18 290:7
**reclaim** 40:5 46:15
**reclaiming** 46:6
**recognize** 43:17
104:9 155:20
158:8 231:6
253:21
**recognized** 45:8
46:21
**recollect** 130:22

recollection 146:9
recommendation
  205:16
recommendations
  321:18
recommended
  296:20
record 12:3,15
  13:11 32:21 33:4
  101:15,18 113:13
  144:5 155:22
  172:25 173:3
  179:5 215:16,20
  239:9,12 243:14
  243:17,20 290:9
  328:16,17 329:10
  331:11
records 35:16
  136:7
recruited 102:18
red 52:11
reduction 148:3
reefer 6:7 14:17
  14:17
refer 18:17 23:24
  93:20 142:5 176:7
  248:1 256:15
  303:22
reference 33:8,17
  43:1 173:22 174:9
  174:13,14,16
  204:14 239:21,22
  239:25 246:8,11
  246:12,13 259:6
  325:18
referenced 22:22
  22:24 23:3 179:12
references 50:7
  159:2 162:15
  165:23 174:8,10
  174:11,24 175:2,3

175:15 176:5,6,6
178:3,7,13,15,19
182:5 242:19
243:7 244:4
245:14 247:12,18
247:20 312:3
313:16
referencing 174:7
  245:9
referred 198:14
  200:16 228:12
  273:7 275:17
  302:17
referring 178:19
  187:4 222:21
  235:21 249:10
refers 175:4 245:8
reflect 184:2
  264:17
reflected 151:14
  159:14
regard 50:18
  51:18 135:16
  147:8 158:14
  174:1 177:4,18
  181:11 201:25
regarding 329:13
regardless 227:14
  229:5,8,22 230:7
  230:18
registered 2:10
  331:4,21
regulation 318:19
regulatory 39:2
  43:6,9 47:18,25
  135:10 194:2
  205:14 209:12
  219:19 220:23
  262:2 292:12
  297:3 311:13
  321:22

reinvent 33:23
relate 257:13,14
related 35:22
  136:21,23 166:22
  168:10 172:13
  177:12 206:11
  274:19 278:7
  331:13
relates 1:7
relationships
  248:20
relative 331:14
release 95:7
  278:12 292:8
relevance 87:10
  94:14 207:19
relevant 25:6
  28:17 29:5 43:4
  47:10,14 50:17
  51:10 80:9 87:11
  89:5 129:19 162:8
  163:5 169:17
  187:2 195:13
  202:4 207:16
  225:1 226:6,22
  229:15 236:5,8
  237:11 238:20
  259:17 260:20
  310:14
reliable 193:9,25
  220:13,24 222:15
  224:19 236:3,3,24
  262:6 297:16
reliably 220:17
  262:20
reliance 41:20
relied 41:18 49:22
  181:7,7,21 182:25
  184:2 242:23
  301:25

rely 25:22 29:17
  30:1 35:10 44:15
  44:16 161:8,11,12
  185:13 193:13
  195:10,14 196:12
  204:6 213:22
  216:5 223:11
  257:7 294:7,12
  316:22 319:21
  325:19 326:4,7,10
  327:20,21
relying 22:10
remained 106:5
remember 206:20
remote 291:14
remotely 145:5
  153:24
remove 71:18
removed 87:25
  88:8 91:9 102:13
  102:14 207:24
render 119:16
renew 109:19
renewal 109:13,24
  110:2,5
renewals 109:20
renewed 109:2,6
  109:10
reopened 52:21
repair 170:25
  190:25 191:1
  227:13,13,19,20
  227:23,24,25
  228:1,4,7,18,24
  230:10,17 232:21
  232:22 233:2
  254:1 270:13
  275:13,20 276:3,9
  276:23,24 277:8
  277:14,20,21
  278:19 280:1,3,5,5

280:8 281:3,18,23
282:2,7,10,18
283:4,11,13,17,22
286:12 292:20
**repaired** 275:9,17
275:22
**repairs** 282:19
**repeating** 91:19
**rephrase** 60:20
170:2 171:5
**report** 22:11,13,18
22:23,25 23:3,8,25
24:8 25:7 33:8
42:2,4,7,10,19
49:10,15,23,25
50:6,17,21 51:5
53:9 54:3,12 55:9
55:13,14,16,20,21
56:4,5,12 60:5,12
60:21 85:4 93:20
104:10 105:8,24
113:4 125:12,12
142:16 151:23
152:4,7 153:2,13
153:17 154:3,15
156:8,13,18
157:10,13 158:9
158:14 159:22
160:14 161:1,8,13
161:17,23 162:21
162:22 163:17
164:19 165:11,14
165:23 166:6,11
166:16,21 167:2
167:13 168:10
170:14,22 172:1,4
172:10,13,17
173:11 176:14,15
176:18,21,25
177:5,16 178:2,9
178:11 180:13

181:4 182:6 184:2
184:16 191:10,16
192:15 194:8
196:14 199:15
204:15 206:9
208:4 218:25
223:11,18,25
231:6 242:20
243:7,10,15,24
246:25 247:23
248:1 257:7 262:3
263:1 270:22
275:24 280:16
281:21 287:8
288:16 289:10
293:1 300:22,25
303:5,10 304:21
305:2,21 306:4
307:11 315:15,24
319:23 321:9,14
326:4,8
**reported** 1:23
313:10
**reporter** 2:9,10,11
12:5 13:2,4,10
18:3 26:1 84:3
93:9 101:9 103:25
109:7 111:14
123:3 124:16
126:8 135:24
146:8 155:5,11,14
160:1 164:24
179:1 222:18
225:11 239:7
252:18 259:22
271:3,5,13 280:19
281:10 294:2,5
323:3 328:13,18
328:24 329:2,5,8
329:12,19,23
330:4,8 331:4,21

**reporter's** 101:12
**reporting** 248:19
**reports** 41:14,23
42:1 54:17 293:6
312:10
**represent** 15:18
42:24 180:8
181:25 182:7
255:21
**representation**
182:17
**representing**
13:16,20 132:8,9
**reputable** 55:5
242:2
**reputation** 54:20
**request** 18:19
19:23 21:1 34:5
181:5 182:1
239:19
**requested** 18:23
32:16
**requesting** 18:12
32:6
**require** 308:24
**requires** 304:13
307:17 308:15
**rereading** 178:14
**research** 25:9
27:22,25 28:5
29:2,12 30:3,13,24
31:2,9 33:23 35:3
52:14 53:8,23
63:9 64:9,11,17,24
68:13 72:13,17,18
73:1,5,11,24 74:7
74:18 75:8,15,18
77:13,14 78:13,15
79:5,12,14 80:1,9
80:11 82:12 83:14
83:19 86:6 94:11

97:10,12 116:22
118:2 120:7 122:2
123:24 124:11
126:23 132:11
134:3 136:4 140:4
163:10 181:8
197:22 201:16
213:10 216:18
217:11,15 292:12
292:23 316:5
**researched** 25:3,6
216:23 217:9
**researches** 68:23
**researching** 25:18
29:14 31:23
**reserve** 240:6
**residencies** 78:25
**residency** 65:21
65:25 67:3,6,13,17
69:8,17 70:20
72:8 73:14,25
74:11,14 76:1,6,10
76:17 77:1,4 79:6
80:9,23 81:2 82:7
86:24
**resident** 68:25
71:14,20,22 72:3
72:23 73:10,16
78:16 79:11,13,21
79:22 153:20
**residents** 70:10,15
73:4
**resolution** 10:18
112:19 126:5
155:7,25 278:6
**resolvent** 123:1
**resolvents** 110:14
123:5 129:7
**respected** 48:20
54:23

respectfully  44:23
  250:13
respond  161:3
responded  180:1
response  20:25
  165:21 188:18
  203:16 222:25
  224:8 316:4 320:1
  326:22
responses  203:5
responsibility
  81:24
responsible  84:21
  111:20 256:8
responsive  45:14
  45:18 46:10
  221:16
rest  323:11
restrictions  53:2,3
restructured
  58:16
resubmitting
  108:22
result  161:19,19
  174:20 268:17
  286:13 288:11
results  205:21
  273:6 312:8,24
  313:17
resume  74:13
retained  159:16
retrieved  25:3
retrospect  68:20
return  79:19
  215:19 239:13
  248:14
returning  214:20
  322:14
review  20:3 29:21
  34:24 35:2 41:19
  42:17 60:19,22

128:9 132:6
137:16 156:20,22
158:23 159:22
160:6,9,10,16
161:14 162:7,11
162:15,17,25
163:7,19,21,22
164:3 165:4
166:14,15,19,24
168:8,10 169:6
170:10,13 172:9
172:15,15,18
174:25 217:16
324:17,23 325:5,6
325:6 326:19
327:24
reviewed  28:14
29:15,18,25 30:20
32:3 33:6 36:2,19
38:23 39:3 40:17
47:8 60:13 109:21
115:22 136:6
160:22 163:11
181:8,20 182:2,25
199:5 214:9,15
231:7 280:6 292:7
292:15 293:3
294:7 295:5
296:11 297:5
299:8 307:12
312:11,13 315:11
319:21 321:7,11
321:15,19,21,25
322:4 324:16,21
324:22 325:3
326:4,7,11
reviewers  29:24
reviewing  140:25
141:5 163:2,4
reviews  29:16

revisited  240:6
rfa  109:5,10
ride  63:19
right  21:20 32:4
33:24 51:2,3,16,18
55:16,18,19 56:17
57:9 61:16 65:21
66:8,13 67:7,14,15
68:16 69:16,22
70:11 71:9 75:19
76:11 96:11
100:24 102:6
105:22 106:2
107:14 108:6
109:2,4,21 110:3
111:6 113:14,15
115:25 117:13,16
120:2 121:9,16,21
123:21 124:2
125:3 127:24
134:7 139:16
141:14 143:1
147:15 149:23
153:8 157:7,15
158:24 163:2,14
171:12 176:9
179:14 181:12,24
182:14 187:6,7
190:2 191:7 197:7
198:16,17 206:23
207:1 214:19
222:2 223:22,23
224:1,9,11 229:23
232:9 233:21
234:17,21 237:13
238:10 245:25
246:3 249:9
252:16 253:23
255:2,3 256:17,18
256:23 263:9
265:1,16 273:9

274:20 278:15
279:3 281:5 284:1
288:21 289:19
295:12 303:5
306:15,19 308:14
311:1 312:11,22
316:19 319:19
322:9,15 327:13
327:14,21 328:19
risk  11:10,16 45:7
48:3 50:19 128:13
128:14,24,24
130:8 184:3
194:17 196:25
197:12 205:10
241:3 242:10
246:15 259:24
260:11 261:7
291:2 292:25
296:20 297:10,11
297:20 298:1
311:7,16 321:22
322:1
risks  256:9 292:1
rite  7:3 13:24
road  3:12 9:6
robert  66:18 73:6
75:7
rodent  193:16
rodents  93:13
158:5 196:16
210:9
roger  68:7
roi  109:8
role  51:21 110:6
164:14
room  53:4 69:15
71:16 82:19
rooney  8:14
ros  224:1,3,11
278:13

**rosemarie** 4:4
  12:18 15:1 17:16
**rosemarie.bogdan**
  4:8
**roszel** 9:6
**rotated** 69:20
**rotation** 69:9,17
  70:5,17
**rotations** 69:10
  70:2
**rough** 329:3 330:5
  330:7
**rounds** 83:13,14
  83:15
**route** 186:17
**routes** 208:11
  209:7,8,17
**routinely** 284:12
**rpr** 1:23
**rules** 16:6
**ruling** 48:8,8,14
**rulings** 45:24
**run** 127:10
**running** 53:1
  291:6,9,11
**runs** 123:11

**s**

**s** 3:1 4:1 5:1 6:1
  7:1,6 8:1 9:1 12:1
  13:16 14:14,24
  242:14 333:5
**sabbatical** 153:15
**saccharin** 206:1
  207:7
**saccharine** 206:8
  206:9,15,22
  207:24
**sadly** 99:14
**safe** 47:20,20
  185:6,24 203:25
  207:13 219:21,21

316:13 317:1
  319:6
**salary** 138:9,24
  146:16,25
**salivary** 235:3
**sandra** 1:23 2:9
  331:4,20
**sandy** 12:5
**satisfactorily** 15:7
**satisfactory** 331:9
**save** 33:11
**saved** 33:21
**saw** 95:5 247:18
**saying** 45:21 46:16
  46:24 50:4 59:22
  138:13 146:6
  147:11 149:11
  152:3 162:12
  164:5 208:24
  229:17 236:24
  255:9 261:24
  263:5 274:2 280:2
  282:16 287:16
  293:19 302:9
  306:21 316:20
**says** 56:19 57:8
  134:5 173:18
  205:16 206:13
  215:12 231:25
  240:1 244:23
  247:9 248:25
  258:3 261:4 268:2
  280:7 281:2 286:9
  291:23 303:16
  307:17 316:25
  318:4,23 326:13
**sbir** 111:12,15,15
  112:2
**scalpel** 71:22 72:4
**schedule** 154:10

**scholarship** 63:19
**scholarships** 63:22
**school** 16:1 52:9
  56:22,24 57:2,7,8
  57:12,18,19,25
  58:2,4,10 59:2,16
  60:1,6,9 61:16,20
  61:24 62:2,6,8,10
  62:19,21 63:2
  64:15 65:2,7,17
  66:20 68:15 74:21
  78:7 79:7 80:14
  82:6,16 83:7 96:9
  96:22,25 98:18
  99:11,24 102:4
  103:4,7 104:17,19
  104:25 114:5
  115:1 118:8 127:5
  138:9
**schools** 65:25
**science** 44:15
  47:21,24 48:3
  54:19 59:13 61:17
  80:5 86:11,18
  105:14 135:2
  162:3 170:18
  172:8 174:7
  200:25 212:3,7
  213:22 220:11
  235:16 261:24
  264:14 269:7
  284:16 293:19,22
  296:8 297:1
  298:12 299:14
  300:7 304:10
  314:19,22 326:17
**scientific** 28:10
  31:20 41:19 43:8
  43:12 49:9 61:6,7
  61:9 65:9 81:9
  133:5,6,15 168:8

209:13 212:25
  219:20 259:5
**scientist** 25:9
  28:11 29:17 49:20
  50:5,10,23 54:24
  68:17,18 83:19,22
  85:21 118:1
**scientists** 29:22
  53:22 80:3 95:11
  127:5 251:4,8
  257:18 262:8
  284:12,19 292:11
  292:22 295:8
  296:10 299:12,22
  300:18 311:2
  314:13 315:15
  321:20
**scorecard** 327:22
  328:3
**screwed** 180:16
**scut** 69:14
**seal** 113:10,12,18
**search** 135:3
**second** 69:7,11,14
  69:16 70:1,17,19
  71:3,12,13,20,21
  72:3,10 73:2
  74:10 109:5,8
  118:8 123:23,23
  157:21 164:11
  206:5 244:23
  257:24 285:11
  292:18 301:3
  319:10
**secondly** 214:19
**section** 88:20,21
  157:10 159:5
  161:16,22 171:25
  172:2 243:23
  244:14,18 245:23

**sections**  20:12
  83:2
**see**  17:18,20 19:12
  24:6,11 32:19
  42:21 49:21 56:12
  68:12 84:24 94:18
  104:20 113:15,17
  151:18,24 158:1
  159:5 160:18
  164:16 173:23
  178:24 181:25
  189:17 195:3
  199:19 206:5,17
  208:16 209:14
  214:17 216:11
  219:5,11 220:11
  222:3 224:18
  228:9 230:12,13
  237:4,11 238:4,20
  245:3 249:7,7
  251:12 253:22
  255:23 258:24
  261:11 262:22
  266:4 269:6,8
  281:17 295:22
  296:13,16 299:6,9
  299:20 301:7
  307:21 313:22
  314:2 325:15
**seeing**  18:14,20
  54:12 85:19 292:6
**seeking**  279:13
**seen**  32:23 36:17
  41:8 47:2,18
  92:25 95:11 134:2
  168:21,25 179:10
  180:9 208:7
  220:16 226:4
  237:18 238:5
  242:15 260:16

**seh**  112:16,23
**selected**  22:6,18
  26:21
**sell**  212:6
**send**  34:17 35:4
  120:18 123:10
  127:15,17 142:12
**senior**  70:10,14
**sense**  16:22
**sensitive**  262:21
**sent**  35:16 52:3
  239:17,18 240:3
**sentence**  126:1
  158:1 165:10
  166:3,3 173:18
  175:3 205:2
  206:13 244:22
  248:17,25 255:14
  258:20 279:23
  292:18 293:10
  312:7 313:17
**sentences**  148:7
  184:13
**sentry**  5:5
**separate**  250:8
  302:14,24
**separately**  46:8
**september**  1:14
  2:1 12:7 39:6
  51:20 143:21
  144:18 181:17
  241:10 331:8,16
  332:3
**serhan**  156:2
**series**  44:16 94:22
  250:4
**served**  180:4
**services**  49:5
  198:10
**set**  26:22,24 29:6
  60:4,5 120:18

123:6,7 144:2
  176:11 235:20
  306:25 309:7
**setting**  177:16
  284:14
**seven**  63:6 94:22
  106:9 117:4
  207:20
**shah**  9:5
**shaking**  279:3,16
**shank**  94:11 213:6
**sheet**  142:23 333:1
**shelf**  206:21
**shift**  77:15 109:17
  201:4
**shifted**  195:16
**shifting**  130:15
**shore**  53:16 78:21
**short**  16:6 69:3
  107:18
**shorthand**  2:9
**show**  85:13 191:22
  236:1 265:18
  266:9 285:21
  317:21 319:24
  326:20
**showed**  213:10
  226:4 237:1
  251:20 266:5
**showing**  195:8
  207:19 281:2
  283:2 302:1
**shown**  94:5 112:20
  164:6 195:5
  207:13 286:24
  315:10 316:5
  317:14 325:13
  326:2,14 327:17
**shows**  316:3
  326:13

**shut**  52:19
**sic**  45:18 64:16
  67:23 70:5 74:14
  159:24 232:2
  302:18 316:25
**side**  81:22 329:7
**sign**  169:13 223:15
**signature**  331:19
  332:1
**signed**  59:18
  178:10
**significance**
  250:10
**significant**  174:19
  188:10 208:13
  209:25 246:19
  250:5,10 255:21
**signing**  331:12
**similar**  19:17
  61:10 83:3 140:7
  210:21
**similarities**  202:25
  203:14
**simple**  30:23
**simply**  16:6,16
  19:24 89:17
  114:22 163:25
  221:6 229:20
  273:10 310:21
**simulate**  231:10
**simultaneously**
  231:17
**single**  114:10
  173:19 186:4,7
  187:3,11,19,20,25
  188:1,7 221:24
  273:24 288:10
  309:10,10,13,14
**sir**  16:2 19:2,13
  20:6 22:16 25:8
  25:15 27:15 30:7

[sir - special]                                                                Page 57

31:5,24 32:14,22
33:1 34:11 36:14
37:15 39:10 40:1
40:9 43:16 49:18
50:2 51:18 52:6
54:2 56:6,9,15
57:5 60:15 61:12
61:13 68:24 69:6
69:25 71:11 76:18
77:5 80:25 83:6
89:20 91:14 92:5
98:8 102:8,23
104:7 105:22
116:10 117:6
119:17 120:2,6
121:6 122:16
123:15 126:25
130:15 131:3,13
131:25 132:3,25
132:25 134:12
135:23 138:4
140:11 141:7,22
143:18 144:3,15
145:16,18 146:24
150:16 155:1
157:1,13 158:1,9
159:3 163:7,13
164:1,8,10,16
165:24 166:7
173:15,23 176:14
181:9 183:6,19
185:10 199:7
203:2 204:1,17,25
205:18 206:3,4
208:1 211:23
215:1 216:19
217:5,8 218:17
223:18 224:15,23
231:7 235:23
237:20 240:16
242:7 243:5,7

244:19 245:4,9
247:17 248:16
249:4 250:13
251:14 252:22
253:5 255:12
256:22 257:25
258:14 260:5,8,14
261:11 262:17,22
263:5,20 266:2,14
269:12,22 271:6
271:14 274:11,15
274:16 275:10,15
275:18 276:12,18
281:9 286:19
288:6,13 290:4
294:24 296:17
298:2 299:15
301:7,15 303:24
304:5 305:6
307:13,21 308:13
308:18,23 309:11
312:7,11,16,22
313:10,15 314:10
318:10 319:12
320:6 322:24
323:1,12 324:2,5
324:13,14,19
325:11,16 326:10
328:11
**site**  193:24
**sites**  189:4 209:16
**sitting**  53:10
  130:22 134:13
  144:17 199:8
  285:7,10
**situations**  204:6
  251:13
**six**  43:12 49:8 63:2
  63:4,5,6,14 77:22
  94:23 106:9,13
  117:4 125:19

153:4 186:12,13
  189:5 200:3 209:8
  218:24 293:6
  317:6
**skin**  71:23 72:4
**slater**  130:18
**slide**  84:22,24 85:9
  85:19 87:7 88:17
  90:1 91:8,12,14
  92:3,19 128:1
**slides**  82:2,12
  85:12 86:6 90:6
  127:17,19,20,21
  128:4,8,9
**slip**  16:9
**slow**  148:8 161:4
  323:6
**small**  16:19
**smoked**  229:7
**smoking**  90:2
**societies**  117:11
**society**  117:7
  118:10
**sodium**  206:15
**softball**  17:21
**solco**  6:17
**solely**  58:16
**solutions**  12:6
  333:1
**somebody**  37:20
  86:8 120:19
  123:11 177:10
  238:13 261:23
  282:14,15 290:20
  291:5,8,11
**song**  242:24
  243:24 244:5
  245:18 246:20
  247:9,13 250:4
**song's**  24:16

**soon**  103:18
  296:21
**sorry**  103:24
  109:7 122:10
  132:12 186:22
  234:25 235:18
  237:5,23 246:21
  246:23 279:9
  285:5 294:2
  298:18 321:3
  323:5
**sort**  27:21 64:16
  65:4 106:1,1
  125:21 127:14
  147:7 279:5
**sorts**  27:17
**sound**  139:22
  152:14 153:8
**sounded**  255:8
**sounds**  34:16
  130:20 139:23
  174:17 243:5
**source**  227:14
  229:8,22 230:7,19
**sources**  192:18
  231:14 258:11
  259:4 267:20
  299:1
**south**  3:20 53:16
  78:21
**sox**  52:11
**speak**  23:7 45:25
  215:20
**speaker**  329:25
**speaking**  12:4
  196:23 211:21
  275:16
**speaks**  203:15
  243:10
**special**  78:1

[specialty - stress]                                                    Page 58

**specialty** 86:13
  126:3 233:8 235:4
**species** 187:4
  188:25 189:2,3
  199:22,24,25
  200:2 209:16
  223:25 224:7
  278:13 317:10
**specific** 39:23,23
  139:12 141:5
  149:6 179:25
  207:15 209:6
  215:5 222:21
  230:12 233:3,4
  251:10 267:2,8,10
  328:9
**specifically** 56:4
  115:16 137:9
  222:7
**specifics** 55:25
  230:14
**speigelhalder**
  220:9
**spend** 55:12 66:15
  148:13 150:4
**spending** 150:24
**spent** 49:12 63:10
  63:15 68:8 72:14
  74:20 145:5,11
  147:19 148:15,16
  149:5,9 150:17
  151:7 152:8
  154:12 194:23
  217:18,24
**spiegelhalder**
  220:19
**ss** 331:2
**stack** 180:21
**stage** 108:7 133:12
  150:23 164:15

**stain** 89:13
**standard** 93:7
  134:9 194:25
  195:1
**standing** 328:21
  330:3
**standpoint** 282:1
**start** 15:17 18:6
  31:1 45:25 47:22
  51:22 70:18 81:24
  105:19 108:16,17
  119:2 133:7 147:3
  157:9 181:1
  183:25 187:10
  192:24 193:2
  219:25 221:9,19
  221:21 222:24
  226:8 233:7
  250:23 254:19
  258:1 271:19
  272:24 291:17
  300:5 312:8
  320:16 329:15
**started** 13:11
  29:12 30:15 117:1
  117:2 118:11
  124:6 133:14,21
  148:13,24 221:12
  245:18
**starting** 31:9
  148:11 151:2
  153:20 215:10
  222:2
**starts** 136:20
  283:11 290:17
**state** 4:20 15:19
  101:3 168:8 305:7
  328:8 332:17
**stated** 166:7
  170:13,14 172:3
  267:17 326:12

**statement** 102:20
  150:15 158:8
  165:22 171:15
  175:5,19 176:1,7
  178:20 247:8
  286:19 292:24
  296:13,23,24
  299:3,7,9 300:15
  300:24 319:15
  320:18 321:12
  325:25
**statement's**
  165:14
**statements** 46:14
  56:4 156:11
  157:22 158:12
  205:10 215:13
  218:21 310:23
  322:4,5,8
**states** 1:1 62:4
  208:3 240:12
  256:1 291:1 311:5
  312:23
**stating** 317:25
**statistical** 127:8
  246:18 250:7
**statistically**
  174:19
**statistician** 127:1
  127:9
**statistics** 127:4,5
**stay** 73:5 74:6
  79:11
**stayed** 78:10
**staying** 46:5,5
**steering** 143:22
**stefani** 243:25
  244:5 245:20
  246:17 247:10
  248:11 250:6

**step** 107:12,14
  195:3 197:19
  209:2,2
**stephanie** 130:25
  131:1
**stephen** 3:4 12:20
  301:10
**steps** 275:25
**steve** 12:23 15:15
  17:19
**steven** 3:10
**stick** 97:2 314:9
**sticker** 240:19
**stimulate** 89:12
  126:5 137:6 217:6
  251:23 270:17
**stimulates** 112:18
  289:8
**stimulating**
  287:21,21,23
**stomach** 208:5
  209:3 258:5
**stopped** 289:24
**stores** 276:10
**story** 44:5 207:1
**stoy** 6:6 14:14,14
**straight** 80:10
**strands** 252:22,24
**street** 3:5,20 4:5
  4:13,20 5:13 6:21
  7:6,14 8:7,16 16:2
**stress** 121:4
  136:23,25 137:5,5
  137:13 139:16
  161:11 217:6
  225:10,14,17
  228:19 253:7
  270:14 274:22
  275:1 287:20
  289:6 292:14

**strike** 38:7 71:11
80:24 96:15 148:2
151:9 152:16
166:13 168:13
202:15 221:2
295:13 304:1
**strong** 54:19
**strongly** 256:7
**structure** 147:10
**student** 72:15,16
118:6 123:25
124:11 127:3
**studied** 120:23,25
184:16 201:9,10
203:1,14 278:6
**studies** 23:12
28:23 29:11 94:3
95:14 120:18
123:7,8,9,12
126:20 135:5,9
163:12 177:24
182:24 183:3,9,24
184:1,16 185:12
187:3,11 189:22
191:24,24,25
193:12 194:8
195:11,13 196:20
199:16,17 200:8
201:1 205:20
208:6,10 215:1
216:4 237:18
239:19 242:23,24
242:25 243:1
244:3 245:17
247:7,14,15 248:7
249:24,25 250:4,8
261:21 281:18
282:24 283:2
288:10 294:10,11
**study** 11:12 82:12
82:22,25 83:3

85:4 86:6 88:3
93:5 121:6,8,12
126:17 129:3
133:16 148:11
150:21 158:13
162:5 173:22
174:1,18 182:16
185:18,20 200:20
213:6 226:16
235:17 237:1
241:5 242:12
243:4 244:11,17
244:24 245:8
246:12,14,24
247:23 248:2,18
248:19 249:16
250:3 274:18,19
275:5 277:15,15
282:17,25 284:11
286:24 302:2
306:7 312:23
326:3
**studying** 82:24
86:1,14 194:24
**stuff** 141:1
**subcutaneous**
209:10
**subject** 42:9 93:13
167:24 239:18
276:3
**subjected** 94:25
95:4
**submit** 60:24 61:1
61:5 110:4,25
143:19 260:9
**submitted** 29:20
51:6 60:17 104:10
109:23 144:18
154:15
**subq** 186:18

**subscribed** 333:22
**subsequent** 148:4
**subset** 22:18
**subspecies** 186:5,6
**substance** 308:8
**substances** 232:9
234:1
**substrains** 186:8,8
**suddenly** 101:2
187:19
**suffered** 256:3
**suffering** 317:18
**sufficient** 43:19
**suffolk** 331:2
**suggest** 188:8
**suggested** 255:16
258:9 317:2
**suggesting** 305:3
**suggestion** 294:13
**suicide** 275:18
**suite** 1:17 3:5,12
5:5,13 6:21 7:14
8:16
**summarize** 32:10
**summary** 260:10
260:25 286:4
290:15 296:6
301:3
**summer** 39:4 53:7
**summers** 63:7
**sun** 277:23
**super** 145:11
212:5,6 222:2,25
**superbowls** 77:22
**superoxide** 225:15
**supervise** 53:22
**support** 299:6
306:7 312:24
315:24
**supported** 76:14
77:11 79:1

**supporting** 207:21
**supportive** 108:17
**supposed** 277:21
**suppressor** 307:20
308:6,23 309:5
**sure** 15:21 20:8
24:12 27:14 36:5
38:11 41:16 52:23
99:1 105:3 114:1
114:1 126:4,16
150:3,12 168:13
169:12 171:3,5
178:21 183:7
191:5 204:8
215:22 226:24
240:17 254:7
263:21 328:4,21
**surface** 184:24
210:17
**surgeon** 68:17,18
71:25 72:6 73:12
74:23,24 75:20
**surgeons** 68:5
**surgeries** 70:13,21
**surgery** 67:24
68:22 69:18,24
70:3,4,9,14,19
71:5,6 72:11,23,24
73:3,4,10 74:5,22
75:7,11,14 76:18
77:1,13,16 78:11
78:15 79:10,12
82:18 87:25 96:7
96:10 98:24 99:6
99:18 101:21
102:3,5 153:20
**surgical** 67:2,6,6
67:13 68:25 69:8
71:14,21 72:8
73:14,15,25 74:10
74:13 79:6,20,22

[surgical - testimony]                                                          Page 60

82:7 86:24
**survey** 150:25
**suspended** 330:12
**swear** 13:3
**sweet** 206:20
**swimmer** 64:4
**swimming** 64:6
**switched** 74:17
  110:5,8 270:25
**switching** 176:13
**sworn** 15:5,9
  333:22
**synergistic** 300:23
  301:22 302:3,9,15
  302:18,23 304:13
  304:16,25 305:4,8
  305:23 306:8,9,22
**synergize** 86:20
**synergy** 303:2
  304:5,19 305:19
  305:25
**syrian** 307:16
**system** 227:19
  232:12,18 233:10
  235:3 237:2
  277:20 283:10,22
  288:4
**systemic** 252:12

**t**

**t** 13:16 14:14,21
  14:21 244:11
  252:20,20
**table** 249:6 281:5
  314:2 320:20
**tablet** 185:20
  189:19 222:14
  229:6 230:2
  259:19 260:22
  294:1 298:20
**tablets** 35:9,19
  38:16 39:20 40:12

184:19 185:15
189:12 191:13,19
192:16 194:16
210:6,13 287:6
**tabulations** 143:6
**tackle** 319:10
**tailed** 116:3
**take** 12:10 17:4
  20:12 24:2,4
  53:17 62:1,9
  80:20 82:22 85:11
  87:10,15,24 88:1
  89:6 101:9,12
  116:21 117:3
  123:20 150:19
  153:15 154:25
  171:9 172:21
  180:22 192:3,8
  234:1 236:20
  239:6 282:20
  289:25 290:2,3
  294:20 297:6
  307:24 308:17
  328:14
**taken** 38:15 39:14
  39:19 40:12,22
  41:5 101:16
  107:12 157:22
  173:1 176:5
  239:10 243:18
  290:7 320:10
  331:9,14
**takes** 278:18 297:2
**talented** 262:7
**talk** 45:2 106:18
  128:13 138:3
  158:23 160:6
  166:19 167:12,23
  170:18 176:13
  184:12 190:23
  197:10 216:8

223:24 228:21
243:3 256:23
257:10,10 270:2
298:5 303:8
315:16
**talked** 85:4 158:22
  200:25 308:11
**talking** 28:18
  118:24 141:21
  173:8 185:1
  189:18 191:2
  199:24 203:4
  220:3 222:7
  273:20 276:1
  292:16,17 294:22
  302:19 307:16
  317:9 322:6
  327:15
**talks** 83:17
**target** 188:15
  211:3 288:25
**targeted** 270:4
**task** 141:2
**taught** 82:17
**taurig** 2:6
**td** 43:5,6 48:13
  129:15,18,25
**teaching** 115:23
**technical** 304:11
**technically** 68:25
  259:2 269:9
**tell** 95:6,22 113:7
  113:9,10,18 126:2
  140:17 160:24
  167:9,14,18,20,21
  167:25 169:11
  178:18 312:18
  330:9
**telling** 11:25
  150:17 323:25
  324:9

**tempest** 84:8
**ten** 158:2 290:3
**tend** 27:3
**tenure** 103:7
  104:15,24 105:1
  106:1
**tenured** 98:4,7
  100:6,19
**tenures** 99:10
**teratogenic** 166:5
  190:19
**term** 37:14 173:20
  305:19 326:1
**terminology**
  226:25
**terracini** 44:21
  184:8,9 316:1
  319:23 321:8
  327:2
**terrible** 133:24
  204:9
**test** 131:3 193:25
  315:2 317:21
**tested** 204:5
**testified** 15:10
  30:20 32:8,23
  34:1 54:2 107:10
  136:12 260:19,24
  301:20 317:24
  318:22 320:13
**testifying** 59:24
  64:13 130:16
  139:18
**testimony** 47:7
  50:22 51:2,8
  61:15 64:22 71:22
  102:17 138:7,24
  139:7 149:19
  168:20 269:21
  271:6,14 273:23
  302:12 320:23

332:10
**testing** 35:18,22
43:18 163:9
181:11
**tests** 193:10
**teva** 3:2 12:21,24
14:10 15:18
135:15
**teve** 8:3
**textbook** 118:7
**thank** 13:1 15:2
17:6 18:13 19:8
24:4,13 30:12
37:11 38:5 51:15
52:5 96:14 97:21
129:1,21 132:17
135:12 155:13
158:11 172:20
176:11 197:8
223:5 232:1,3
234:9 240:21
241:13,17 244:9
244:15 248:13
255:9 261:3 286:3
286:7 298:21
300:14 305:14
306:24 318:7
320:8 321:6
322:17
**themes** 89:10
**theories** 60:3
**theory** 268:22
269:13 272:3,10
308:8 309:2,8,11
**therapeutics**
155:23
**therapy** 251:25
**thereto** 331:15
**thing** 20:9 150:5
258:2 268:17
275:1 279:2,19

292:14 296:10
303:3 304:7
321:16
**things** 18:18,22
24:6 32:7 45:1
51:1 52:24 53:19
113:20 121:8
125:1 127:10
143:3 151:8 163:1
197:25 211:20
226:1 234:15
235:16 252:7
257:9 269:7 279:5
316:15
**think** 19:22 36:12
36:21 46:13,24
54:23 74:4 92:17
105:18 106:7
112:4 114:3 124:3
127:7 131:9
136:12 137:10
140:7 145:13,17
148:10 150:20
169:4,9,20 170:4
177:11 179:8
181:9 198:15
231:23 241:15
252:21 256:13,14
260:18 267:8
279:6,19 289:15
304:7 308:16
320:16 328:23
330:2
**thinking** 47:16
55:24 289:22
310:5
**third** 29:6 70:22
73:3 74:13 115:19
209:22 262:17
290:16,25 298:22

**thornburg** 7:4
**thought** 42:22
43:4 109:15
149:25 150:2
151:4 167:3 178:5
181:18 206:14,21
219:18 235:21
243:12 256:3
267:20 288:17
309:16
**thoughts** 31:1,6
32:3,10,25
**thousand** 33:14
36:19 40:17 151:6
151:10 154:12
217:18 277:7,7,9
**thousands** 28:18
**three** 8:6 29:21
106:14 114:13,15
116:7,17,22 138:3
201:14 208:12
245:22 265:3,4
327:18,18 328:7
**thresh** 219:21
**threshold** 44:2,5,9
44:18 185:25
188:19 203:24
211:15 218:20
219:1,10,18 313:4
313:9,19 314:15
315:19,25 316:12
316:17,22 317:1
318:1,5,6,8,15,23
319:5,12,25 320:6
320:11 322:7
323:19 325:12,21
326:13,14,21,23
327:1,10,13,15,19
328:8
**thresholds** 11:21
11:23 311:18,23

313:1 322:23
323:23 324:7
326:3
**thumb** 181:25
**thursday** 1:14
**till** 52:20 238:22
**time** 12:7 17:1
18:8 30:15 38:9
38:14,21 39:7,23
40:5,10,10 46:6,16
50:16 55:12 58:21
63:3,15 64:9,21
66:19 68:5,6
72:15,20 75:12,17
79:8 80:6 82:11
85:2 87:14,23
91:6 92:17,23
101:6,14,17
106:12 109:6,18
113:19 115:15
132:2 133:2 140:3
140:14,16,22
141:18,18 142:6
142:23 143:5
145:4,8,11 148:13
148:15 149:9,9,15
149:22,25 150:3
150:13,18 154:1
154:14 156:8
159:11 167:22
172:22,24 173:2
180:22 181:1
198:25 218:21
229:15 233:16
239:8,11 240:7
243:16,19 264:14
271:11 281:11
290:5,8 292:13
294:20 297:2
298:6 323:4
328:15 330:9,11

[timekeeping - tumor]

timekeeping
141:15
times 53:20 69:13
173:12 182:5
189:11,25 190:9
198:15 209:22
210:11 218:19
267:10
tissue 29:7 90:21
94:25,25 135:7,8
195:13 198:5
211:4 252:13
270:1,4,16 281:20
286:10 288:25
tissues 29:3,9
207:20,20 212:10
263:4 264:12
title 255:11 324:10
today 13:14 16:16
18:12 21:18,25
22:9,19,22 23:2,6
26:19 27:6,11
130:23 134:13
198:15 199:2,2,8
218:19 240:8
288:21 295:18
297:16 308:13
309:9 314:25
315:1 320:14
today's 12:6
told 108:9 132:1
132:19
tomatis 317:12
top 19:11 32:19
45:16 113:16
173:16 206:5
257:25 266:25
296:17 323:2
topic 29:14 109:18
141:5 157:4
177:13

topics 83:18,19
tossing 32:15
total 124:2 137:23
139:20 145:17,22
147:20 148:17
152:8,13
totality 192:1,7
totally 76:14 77:11
79:1 180:7 202:12
tough 269:11
tox 120:18
toxic 118:24
119:21 187:18,23
195:20 213:20
toxicities 233:18
toxicity 94:9
119:16 120:9
213:17 229:11,12
229:15,21,21
toxicologic 324:13
325:1
toxicologist 42:8
118:21 119:5
toxicologists
312:16
toxicology 119:7
119:11 293:13
312:20
track 104:15
106:1,1 140:13,16
140:19 141:20
142:14
trade 8:16
traditionally 69:4
tragic 137:8
trained 80:4 119:7
119:10 126:12
218:13
training 70:24
121:20

transcribed 331:9
transcript 303:22
328:22 329:13
331:11 332:7,10
transcription
272:14 273:3
275:7
transcripts 34:11
40:25 41:4
translate 65:14
83:23 111:18
123:4 249:13
252:6 264:16
translated 84:10
translating 81:10
84:14 86:16
114:16 119:13
120:14 123:1
126:19 129:11
transpired 41:11
transplant 68:8,11
68:13
traurig 1:16 3:3
12:9,21,24 14:10
331:8
treat 81:19 112:25
trials 84:11 129:8
134:8 135:1
196:12
tried 220:19,23
246:9 259:8
trigger 276:22
308:10,10
trischler 6:5 13:15
13:15
troubled 279:10
troubling 279:7
true 58:13 59:3,7
74:25 79:22 80:18
80:21 81:2 92:8
103:11,11 104:23

120:12 128:16
129:24 189:13
206:25 276:11
297:21 300:10
315:1 318:24
331:11 332:9
try 17:3 30:10
31:16 85:14 92:23
109:18 111:17
185:11 192:13
203:11 214:21
232:8 264:14,16
300:19 303:2
317:16
trying 45:3 70:21
74:21 75:22 91:18
91:20 95:22 98:12
100:1 111:19
151:11 168:13
186:25 188:8,21
200:13 215:13
222:24 235:24
256:24 264:7
272:4 273:19
285:10 320:22
tuesday 21:1,4
66:7,12 239:24
tumor 37:5,6 85:3
87:15,16 88:1,4,6
88:7,10,13 89:6,12
89:18 90:10,17,21
90:22,24 91:1,2,9
91:13 92:4,12,20
93:3 121:8 131:23
141:11 154:8
157:12 158:15
189:4 200:3
206:14 209:6
218:3 251:19,23
252:4 257:12,13
307:19 308:6,22

309:4 313:20
**tumors** 82:22 86:2
  87:22,24 121:9
  189:9 208:6 209:4
  209:5
**turn** 56:8 74:9
  152:25 160:21
  225:8,12,16,20
**turned** 206:24
**turning** 279:15
**turns** 225:7
**tv** 291:14
**twice** 55:13 81:14
  146:20
**two** 19:5,15 53:24
  63:10 68:14 72:22
  73:1 77:16 78:11
  79:6 82:7,18
  93:14 99:12 107:2
  108:11,13 110:11
  112:17 114:7
  116:18 117:22
  118:13 123:24
  124:11 126:2
  136:17 138:3
  141:10 143:15
  145:14 148:7
  154:4,6 155:9
  179:16 195:25
  200:18 208:10
  218:1 241:20
  271:21,22,25
  302:15,24 307:19
  307:19,24 308:6
  308:16,22,24
  310:6,16 316:15
  327:5,17,20
**type** 47:19 71:6
  190:15 209:5,6
  236:17 238:5
  269:1 277:24

284:13 297:6
**types** 28:23 37:6
  70:21 131:24
  141:11 154:8
  186:12,13 189:4
  200:3,3 209:15
  218:3 265:5
**typically** 188:2

**u**

**u** 94:5
**u.s.** 6:18 213:8,9
**uc** 100:6
**uh** 64:13
**ultimate** 83:23
  315:2
**ultimately** 291:1
  291:25
**ultraviolet** 277:24
**umdj** 70:5 74:14
  76:1,17
**umdnj** 73:14
**unable** 291:19
**unanswered** 297:2
**uncertainty**
  292:19
**undergo** 29:23
**undergoes** 29:20
**undergrad** 63:1
  64:15
**undersigned** 332:5
**understand** 13:13
  16:7,10 30:16
  31:4 32:4 33:9
  35:5,12 36:5
  38:11 39:16 41:20
  45:1 50:4 56:6,14
  61:14 63:23 65:20
  66:24 70:16 72:1
  85:14 89:22 96:4
  96:20 118:23
  122:11 124:21

126:16 132:14
141:13 142:19
145:10 149:16
150:15,19 183:7
191:14 202:12
219:24 221:2,7,22
222:20 225:23
227:16 233:9
253:10 261:9
273:18 275:24
281:7 282:1,9
285:24 308:12
313:7 320:23
**understanding**
  35:20 36:16 37:17
  39:13 41:11 45:4
  45:4 133:3 146:6
  179:6 192:10,12
  282:18 291:19
**understood** 16:13
  47:11 200:11
**undisputed** 191:7
**unequivocally**
  301:11 325:13
  326:1,2,15
**unethical** 134:11
  196:11 284:9
**unfortunate** 94:7
  94:12
**unfortunately**
  63:20 94:6 213:7
**unidentified**
  329:25
**unifying** 201:7
**unique** 97:1
  224:11 251:7
**united** 1:1 62:4
  311:5
**universities** 96:25
  98:19

**university** 55:2
  59:15 60:1,6,9
  61:18 62:11,13
  63:21 100:7
  124:25
**unknown** 291:3
  292:2 293:1
**unmute** 13:8
**unpublished**
  300:19
**unquote** 125:17
  299:13 300:8
**unusual** 174:25
**update** 19:15 20:5
**updated** 19:18,24
  20:20 310:14
**updating** 83:18
**upgrade** 201:20
**uploaded** 240:2,13
  241:9
**ups** 211:18
**uptick** 314:9
**urinary** 206:10,12
**urine** 220:22
**use** 28:3,11,24
  43:6,12,17 44:1,3
  47:2,18 82:11,21
  119:11 121:2,11
  122:1,24 126:22
  127:6 135:2 189:9
  194:25 195:12,12
  210:16 211:11
  212:19 217:2
  250:3,3 264:7,13
  289:11 297:8
  305:19 310:11
  311:6,13 326:2
**uses** 28:12 310:17
**usually** 29:21 31:2
  31:13 61:1 70:6,9
  93:13 127:4 128:6

[usually - we've]                                                          Page 64

140:18 237:21
267:12 330:7

**v**

**v**  14:24 333:2
**valsartan**  1:4
    12:12 27:24 28:9
    35:9,19 37:4,25
    38:2,10,16,22,25
    39:1,5,15,20 40:12
    137:16 140:15
    156:19 159:24
    160:4,7 162:9
    164:23 165:2
    166:18,19,22,25
    167:2,11 169:7
    172:14 184:19
    185:15 187:13
    189:12 190:1
    191:12,19 192:16
    194:5,11,15 210:5
    210:12 222:14
    229:6,14 230:2
    236:20 239:21
    259:18 260:21
    287:6 294:1,23
    298:9,20 331:7
    332:2 333:2
**value**  295:15
    296:4,6
**values**  127:6
**vanderbilt**  100:6
    100:19
**various**  20:12
    35:17 135:20
    181:20 183:1
    222:4 234:15
    293:12
**vary**  138:1
**vaughn**  9:21
**vecchia**  243:25
    244:6 245:20

246:18 247:10
248:11 250:6

**vegetables**  234:16
    235:13
**verbally**  22:3
**veritext**  12:6
    329:18 330:3
    333:1
**version**  19:24
    20:15
**versus**  11:9 78:15
    203:10 212:13
    241:1 242:8 264:5
    304:19
**vessel**  85:11 86:1
    88:25
**vessels**  270:17
    289:7
**video**  12:10 13:5,6
    18:11 279:3
    328:17
**videographer**  9:12
    12:2,4 13:1 15:4
    101:14,17 172:24
    173:2 239:8,11
    243:16,19 290:5,8
    328:15
**videotaped**  1:12
    2:5 331:6
**view**  82:12 85:22
    219:20 228:10,11
**viewed**  25:6
**vinyl**  195:24
**virtual**  10:19
    179:3
**virtually**  94:17
    95:17 185:4
    190:13,22 210:25
    212:18
**virtue**  264:1

**vis**  165:21,21
**vitae**  10:8 19:3
**vitro**  11:6 230:24
    235:15,17 237:2
    284:18
**vivo**  220:17
    235:17 237:4
    257:12 259:9,13
    284:18
**vote**  108:6,8
**voted**  108:6

**w**

**w**  5:13 7:14
**waddell**  311:22
    322:14,25 323:1,1
    323:11 324:3
    327:25 328:10
**wait**  17:25,25
    138:14 280:11
    297:4
**waiting**  31:4
**walk**  127:22 128:8
    304:4
**walked**  79:20
**wall**  4:5
**wallack**  9:4
**walsh**  8:4 9:20
**walsh.law**  8:10
**want**  20:8 23:17
    40:7 51:12 62:3
    62:19 65:25 68:3
    70:23 71:7 74:16
    77:13 79:16 80:5
    100:16 107:6
    108:19 114:19
    122:19 135:11
    138:17 148:23
    149:7 154:21
    206:1 220:12
    221:25 222:6
    226:24 237:4

238:22 239:14,16
240:8 247:6
263:22 268:7
273:18 274:7
277:5 286:23
290:1 304:4,10,11
305:18 316:7,13
317:16 318:1
325:2 328:22
329:12
**wanted**  22:12,14
    62:14,15 68:10,12
    72:17 74:6,17,18
    74:22 75:9,13
    76:8 78:12 80:2
    98:17 100:4
    108:15 110:18
    111:24 219:11
    247:5,6 262:12
**washington**  3:6
**watch**  260:14
    294:21
**water**  17:3
**way**  13:14 21:10
    46:16 59:22 70:20
    97:18 113:5
    164:12 200:18
    201:8 233:13
    236:3,25 261:19
    262:6 263:16
    285:13 298:7
    300:4 305:10
**ways**  115:21 189:5
    193:18 222:15
**we've**  13:13 17:3
    24:6,15,15,16,17
    32:1 45:24 52:25
    65:13 106:12
    114:14,14,15
    116:5,18 171:6,7
    215:11 252:3

**[we've - yeah]**                                                                    Page 65

289:24 308:8
309:9 329:16
**wear**  53:2 69:3
**wednesday**  66:11
**week**  49:20 50:11
52:22 53:24 81:14
153:6,17,21
**weeks**  53:24 90:12
145:15 153:4
187:22
**weighed**  78:14
**weight**  119:22
120:3,5 184:25
210:17
**weinberg**  309:20
**welcome**  173:5
241:19
**went**  19:17 32:10
52:2 53:20 58:10
65:2,17 68:1 73:7
73:9 76:25 78:6
245:17 292:16
294:9
**werner**  5:3 14:7
**west**  8:16
**white**  69:3
**whiteley**  4:11 14:1
**widely**  96:23
**wife**  66:19 75:25
76:5 77:2,3,10
78:4,20 100:14
137:4
**wife's**  78:8
**william**  311:22
324:2
**winning**  77:19
212:5
**withdraw**  76:23
246:23
**withdrawn**  167:8

**witness**  3:17 13:3
19:7,8 26:3,7
40:25 41:4 46:1
51:16 84:5 93:10
93:12 109:9
111:15 123:4
124:17 126:9
146:9 160:2 165:1
215:12 225:13
239:2 240:21
243:21 260:2,6
271:9,17 280:21
281:13 286:1
294:4,6 295:21
321:3 331:9,12
**witness's**  320:23
**witnesses'**  333:3
**wlaw.com**  5:8
**won**  64:19 77:22
117:20 118:2,12
118:14
**wondered**  219:9
**wondering**  236:14
**wood**  66:18 73:6
75:7 278:1
**word**  31:3,8,14
32:2,8 105:20
140:18 141:19
305:9
**words**  105:5,22
283:25
**work**  20:7 42:9
52:17 65:4 67:22
69:14 74:11 81:8
81:11 82:1 84:20
86:22,25 87:5
109:25 111:17
112:12 117:11,18
118:14 123:18
124:7,7 125:24
128:6 131:4 139:9

140:11 142:16
144:21 160:11
162:16 251:15,16
252:10 287:24
296:21
**worked**  64:15
117:15 126:4
152:13
**working**  23:7
53:14 84:16 85:23
86:18 89:2 109:17
110:6,8 123:2
131:10 140:14
153:20,22,23,24
156:8 166:9
168:23,24 196:1
252:9 270:19
278:4
**works**  55:2 110:3
111:16 124:21
234:10
**workshop**  11:17
259:25 260:12,14
292:6,9 294:22
295:6,10,24
296:12 299:19
**workshops**  292:9
292:21 295:8,9
297:13 299:21
300:16,17
**world**  83:16
284:14 311:4
**worldwide**  186:11
297:8
**worse**  239:22
304:9 306:1
**wrap**  173:7 290:12
**write**  31:6,21
61:11 140:22
176:4

**writing**  103:3
153:12
**written**  48:22
60:25 61:7 164:19
213:9 312:14
**wrong**  37:20 92:22
180:17 256:14
322:21 323:11
**wrote**  104:22
105:8 177:15
262:3 288:16
303:6 304:25
305:22 315:14

**x**

**x**  86:23

**y**

**y**  14:14 242:14
**yeah**  18:21 19:14
19:18 20:17 21:9
22:11 23:19 24:3
27:16 30:18 33:22
35:14 36:15 38:17
40:3 41:20 55:6,7
56:17 62:17 63:3
66:9,11 69:5,5,10
71:10,15 72:2
77:6,10 82:5
92:17 99:9 101:4
114:7 120:3
122:17,18 123:21
125:6,15,23 126:4
126:22 127:13
128:3 130:25
131:12 133:23
136:15,18 137:12
138:5,16,20
139:12,23 140:9
141:23 142:14
143:9 144:4,23
149:11 150:20

[yeah - zoom]                                                    Page 66

152:11 159:9
165:1 169:24
174:4,8,12 175:12
179:20 180:20
181:13,23 204:9
221:21 229:17
232:2,6 233:1,13
233:14 235:20
240:11 241:7
254:14 255:24
257:20 259:10
301:25 302:14
323:16 324:20,20
325:17 328:20
**year** 61:20 62:22
63:6,10 64:3,7,9
65:18,19 66:20
68:24 69:7,9,11,11
69:12,14,16,17,20
69:21 70:1,17,19
70:22 71:3,12,13
71:20,21 72:3,10
72:16 73:3 74:10
74:13,20 76:1,9,12
78:9,17,19 82:7
116:14 118:8
129:8 138:1,2,2,10
138:25 146:12
152:6 159:15
196:1
**years** 19:15 33:15
38:14 39:13,18
40:15 48:16,21
61:25 62:2 63:2,4
63:13,14,24 64:17
68:8,14 71:5
72:12,14,17,23
73:1 77:16 78:11
79:3,5,6,7 81:7
82:17,18 86:24
89:2 93:14 98:23

99:7 101:22,24
105:10,13 106:5
106:10,14 114:14
116:4,8,17,22
117:4,15,22
119:24 138:2,3
154:7 162:6
194:23 195:7
201:4,6 218:2
228:15 270:24
285:9 316:4
317:14
**yep** 17:15 230:16
294:5
**yesterday** 179:25
239:18 240:4,10
**york** 4:6
**young** 62:4,20
117:20,21 118:4

**z**

**z** 14:12 242:14
**zhejiang** 6:15
**zhp** 135:21,25
**zmick** 5:12 7:13
14:11,11
**zoom** 3:11 4:12,19
5:4,12 6:5,6,7,8,20
7:5,13 8:5,15 9:5
9:13 15:3 145:7
145:13 290:21
291:7,9,12 329:20
329:24 330:9

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

CONFIDENTIAL

Page 334

1                 UNITED STATES DISTRICT COURT

2                     DISTRICT OF NEW JERSEY

3                   Case No. 1:19-md-2875-RBK

  _____

4                                              )

  IN RE:  VALSARTAN, LOSARTAN AND             )

5  IRBESARTAN PRODUCTS LIABILITY              )

  LITIGATION,                                 )

6                                              )

                                               )

7                                              )

  THIS DOCUMENT RELATES TO ALL ACTIONS        )

8                                              )

                                               )

9  -------------------------------------

10                         DAY 2

11                      CONFIDENTIAL

12            VIDEOTAPED DEPOSITION OF

13               DIPAK PANIGRAHY, M.D.

14            FRIDAY, SEPTEMBER 10, 2021

15               8:49 a.m. - 2:32 p.m.

16               GREENBERG TRAURIG LLP

17       ONE INTERNATIONAL PLACE, SUITE 2000

18               BOSTON, MASSACHUSETTS

19

20

21

22

23  Reported by:  Sandra A. Deschaine, CSR, RPR,

24  CLR, CRA

25  Job No. 4769072

CONFIDENTIAL

Page 335

1    SEPTEMBER 10, 2021
2
3        8:49 a.m.
4
5        Videotaped Deposition of Dipak
6  Panigrahy, M.D., Day 2, held at Greenberg
7  Taurig, LLP, One International Place, Boston,
8  Massachusetts, pursuant to Notice, before
9  Sandra A. Deschaine, a Shorthand Reporter,
10 Registered Professional Reporter, Certified
11 LiveNote Reporter, and Notary Public in and
12 for the Commonwealth of Massachusetts.
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 336

1 A P P E A R A N C E S :
2 ON BEHALF OF TEVA PHARMACEUTICALS:
3 GREENBERG TRAURIG LLP
4    Stephen Fowler, Esquire
5    2101 L Street, N.W., Suite 1000
6    Washington, D.C. 20037
7    202.530.8587
8    fowlerst@gtlaw.com
9 and
10   Steven Harkins, Esquire
11   Kenneth Dzikowski, Esquire (Via Zoom)
12   333 Piedmont Road NE, Suite 2500
13   Atlanta, Georgia 30350
14   678.553.2312
15   harkinss@gtlaw.com
16
17 ON BEHALF OF THE PLAINTIFFS AND THE WITNESS:
18 LEVIN PAPANTONIO RAFFERTY
19   Daniel Nigh, Esquire
20   316 South Baylen Street
21   Pensacola, Florida 32502
22   850.435.7013
23   dnigh@levinlaw.com
24
25 (Appearances continued.)

Page 337

1 A P P E A R A N C E S (continued.)
2 ON BEHALF OF THE PLAINTIFFS:
3 MARTIN HARDING & MAZZOTTI LLP
4    Rosemarie Bogdan, Esquire
5    1 Wall Street
6    Albany, New York 12205
7    518.862.1200
8    rosemarie.bogdan@1800law1010.com
9
10 ON BEHALF OF THE PLAINTIFFS:
11 KANNER & WHITELEY, LLC
12   Layne Hilton, Esquire  (Via Zoom)
13   701 Camp Street
14   New Orleans, Louisiana 70130
15   504.524.5777
16
17 ON BEHALF OF HJ HARKINS AND CIJEN:
18 HINSHAW & CULBERTSON
19   Kathleen Kelly, Esquire  (Via Zoom)
20   53 State Street, 27th Floor
21   Boston, Massachusetts 02109
22   617.231.7000
23   kekelley@hinshawlaw.com
24
25 (Appearances continued.)

Page 338

1 A P P E A R A N C E S (continued.)
2 ON BEHALF OF AUROBINDO PHARMA LIMITED:
3 CIPRIANI & WERNER, P.C.
4    Jessica Heinz, Esquire (Via Zoom)
5    450 Sentry Parkway, Suite 200
6    Blue Bell, Pennsylvania 19422
7    610.567.0700
8    jheinz@c-wlaw.com
9
10 ON BEHALF OF HUMANA PHARMACY, INC.:
11 FALKENBERG IVES LLP
12   Megan Zmick, Esquire  (Via Zoom)
13   230 W. Monroe Street, Suite 2220
14   Chicago Illinois 60606
15   312.566.4808
16   maz@falkenbergives.com
17
18
19
20
21
22
23
24
25 (Appearances continued.)

2 (Pages 335 - 338)

CONFIDENTIAL

| Page 339 | Page 341 |
|---|---|
| 1 A P P E A R A N C E S (continued.) | 1 A P P E A R A N C E S (continued.) |
| 2 ON BEHALF OF MYLAN PHARMACEUTICALS: | 2 |
| 3 PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI | 3 ON BEHALF ALBERTSON'S LLC: |
| 4 LLP: | 4 BUCHANAN INGERSOLL & ROONEY PC |
| 5   Clem Trischler, Esquire (Via Zoom) | 5   Christopher Henry, Esquire (Via Zoom) |
| 6   Frank Stoy, Esquire (Via Zoom) | 6   227 West Trade Street, Suite 600 |
| 7   Jason Reefer, Esquire (Via Zoom) | 7   Charlotte, North Carolina 28202 |
| 8   Bradley Matta, Esquire (Via Zoom) | 8   704.444.3475 |
| 9   One Oxford Centre | 9   christopher.henry@bipc.com |
| 10   Pittsburgh, Pennsylvania 15219 | 10 |
| 11   412.263.4246 | 11 ON BEHALF OF HETERO DRUGS AND HETERO LABS: |
| 12   cct@pietragallo.com | 12 HILL WALLACK LLP |
| 13   fhs@pietragallo.com | 13   Nakul Shah, Esquire  (Via Zoom) |
| 14 | 14   21 Roszel Road |
| 15 ON BEHALF OF THE DEFENDANTS ZHEJIANG HUAHAI | 15   P.O. Box 5226 |
| 16 PHARMACEUTICAL CO., LTD., PRINSTON | 16   Princeton, New Jersey 08543-5226 |
| 17 PHARMACEUTICAL, INC., AND SOLCO HEALTHCARE | 17   nshah@hillwallack.com |
| 18 LLC AND HUAHAI U.S., INC.: | 18 |
| 19 DUANE MORRIS LLP | 19 |
| 20   Frederick Ball, Esquire (Via Zoom) | 20 |
| 21   100 High Street, Suite 2400 | 21 |
| 22   Boston, Massachusetts 02110-1724 | 22 |
| 23   312.277.1945 | 23 |
| 24   frball@duanemorris.com | 24 |
| 25 (Appearances continued.) | 25 (Appearances continued.) |

| Page 340 | Page 342 |
|---|---|
| 1 A P P E A R A N C E S (continued.) | 1 A P P E A R A N C E S (continued.) |
| 2 | 2 Also Present:  Bob Giannini, videographer |
| 3 ON BEHALF OF CVS AND RITE AID: | 3         (Below via Zoom.) |
| 4 BARNES & THORNBURG, LLP | 4         Ben Pelta Heller, concierge |
| 5   Kara Kapke, Esquire  (Via Zoom) | 5         Coleen Hill, Duane Morris |
| 6   11 S. Meridian Street | 6         Dolores DeSalvo, Martin |
| 7   Indianapolis, Indiana 46204-3535 | 7         Hardinger & Mazzotti |
| 8   317.231.6491 | 8         Ken Pzikowski |
| 9   kara.kapke@btlaw.com | 9         Lauren Massey |
| 10 | 10         Liza Walsh |
| 11 ON BEHALF OF TEVE PHARMACEUTICALS: | 11         Brett Vaughn |
| 12 WALSH PIZZI O'REILLY FALANGA LLP | 12         Chicago37B |
| 13   Christine Gannon, Esquire (Via Zoom) | 13         16092139142 |
| 14   Three Gateway Center | 14         14127134023 |
| 15   100 Mulberry Street, 15th Floor | 15 |
| 16   Newark, New Jersey 07102 | 16 |
| 17   973.757.1100 | 17 |
| 18   cgannon@walsh.law | 18 |
| 19 | 19 |
| 20 | 20 |
| 21 | 21 |
| 22 | 22 |
| 23 | 23 |
| 24 | 24 |
| 25 (Appearances continued.) | 25 |

3 (Pages 339 - 342)

Page 343

| | INDEX | |
|---|---|---|
| EXAMINATION | | PAGE |
| By Mr. Fowler | | 344 |
| By Mr. Trischler | | 482 |

| | EXHIBITS | |
|---|---|---|
| EXHIBIT | DESCRIPTION | PAGE |
| Exhibit 17 | Records from Dipak Panigrahy | 367 |
| Exhibit 18 | Short commentary on NDMA contamination of valsartan products | 372 |
| Exhibit 19 | SCCS, Opinion on Nitrosamines and Secondary Amines in Cosmetic Products | 377 |
| Exhibit 20 | DNA adducts, mutant frequencies and mutation spectra in lacZ transgenic mice treated with N-nitrosodimethylamine | 384 |
| Exhibit 21 | Rule 26 Expert Report of Dipak Panigrahy, MD | 401 |
| Exhibit 22 | Dose and Time Relationships for Tumor Induction in the Liver and Esophagus of 4080 Inbred Rats by Chronic Ingestion of N-Nitrosodiethylamine or N-Nitrosodimethylamine | 401 |

(Exhibits continued.)

Page 344

INDEX (continued.)
EXHIBITS (continued.)

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 23 | Risk Assessment of N-nitrosodimethylamine formed Endogenously after Fish-with-Vegetable Meals | 405 |
| Exhibit 24 | Concepts of threshold in mutagenesis and carcinogenesis | 422 |
| Exhibit 25 | Dose-Response Studies and 'No-Effect-Levels' of N-Nitroso Compounds | 427 |
| Exhibit 26 | Scientific Concepts, Value, and Significance of Chemical Carcinogenesis studies | 436 |
| Exhibit 27 | Interspecies Scaling of the Pharmacokinetics of N-Nitrosodimethylamine | 449 |
| Exhibit 28 | Drinking Water as a Proportion of Total Human Exposure to Volatile N-Nitrosamines | 526 |
| Exhibit 29 | Critical review of major sources of human exposure to N-nitrosamines | 529 |

Page 345

1          P R O C E E D I N G S
2          THE VIDEOGRAPHER:  Good  morning.
3     We are on the record.  Today's date is
4     September 10th, 2021, and the time is          11:13 AM
5     8:49 a.m.  This is Day 2 of Dipak
6     Panigrahy.  The witness has been sworn
7     in.  You may proceed.
8          CONTINUED EXAMINATION
9     BY MR. FOWLER:                     08:49 AM
10         Q.  Good morning, Doctor.  After we
11    concluded yesterday, did you review anything
12    between last evening and this morning?
13         A.  Yes.  I had reviewed the papers
14    that you had asked me to -- my entire file of    08:50 AM
15    printed papers.
16         Q.  Yes, sir.
17         A.  You had asked me to give you the
18    printed papers.
19         Q.  Oh, these are in addition to what      08:50 AM
20    you brought with you yesterday?
21         A.  Yes, these are new.
22         Q.  Okay.
23         A.  These are new files.
24         Q.  Thank you.                08:50 AM

Page 346

1          Are these papers, papers that you
2     cite in your report?
3          A.  Yes.  Yes.
4          Q.  Okay.  And the underlining is
5     yours?                         08:50 AM
6          A.  It's me, yes.
7          MR. NIGH:  And I'll represent that
8     we believe all of those papers are also
9     in the Dropbox, but I don't think that
10    they have some of the writing and          08:50 AM
11    underlining on it.
12         MR. FOWLER:  Yes, sir.
13    BY MR. FOWLER:
14         Q.  Doctor, yesterday, when you
15    referenced the 1970 Nature journal and a      08:51 AM
16    particular -- I don't want to call it an
17    article, but information contained in that
18    journal from 1970, were you referring to
19    this -- this part that says metabolism of
20    dimethyl -- of NDMA and human liver slices?   08:51 AM
21    Is that what you were speaking of yesterday?
22         A.  Correct.
23         Q.  And that's the extent of what you
24    were speaking about in the Nature 1970
25    journal?                       08:52 AM

4 (Pages 343 - 346)

CONFIDENTIAL

Page 347

1     A.   Yes, this was the paper I was
2 referring to.
3     Q.   Okay.  And it states, in the
4 concluding paragraph, "Although the
5 significance alkylation of nucleic acid and     08:52 AM
6 carcinogenesis by nitrosamines is not known,
7 there's a correlation between the levels of
8 methylation and an organ and the distribution
9 of tumors in rats treated with NDMA."
10     Do you understand that to say that     08:52 AM
11 there was no understanding -- no definitive
12 understanding of NDMA and carcinogenesis at
13 the time that this was written?
14     MR. NIGH:  Form objection.
15     A.   So when they wrote that in the     08:52 AM
16 context of 1970, it was already known that --
17 we knew from 1954 studies, the field knew in
18 1956, that Magee had shown in rats that NDMA
19 could cause cancer; that was in 1956.
20     And then in the 1960s, there were     08:53 AM
21 multiple publications, which I've cited in my
22 report, Terracini et al., 1964, Terracini et
23 al. 1967, that NDMA can cause cancer in
24 animals.
25     So as I said before, in science     08:53 AM

Page 348

1 when you write a paper, it's in the context
2 of what's known in the field at the time.  So
3 people had known that NDMA could cause cancer
4 in these animals, and then what Monsanto and
5 Magee looked in this Nature publication, in     08:53 AM
6 1970, was to compare the metabolism of the
7 NDMA in animals to humans, and that's where
8 they took human liver slices and compared
9 liver to animals, such as rats, and then they
10 exposed those cells from human tissue to     08:54 AM
11 animal tissue to NDMA, and they looked at the
12 metabolism.
13     And one of the readouts of the
14 metabolism is a formation of these adducts,
15 and one of the readouts for that is carbon     08:54 AM
16 dioxide production, aldehyde production and
17 they quantified that.  And their conclusion
18 was the metabolism in the animals was
19 virtually identical to the mechanism of
20 action of metabolism in humans.     08:54 AM
21     So in the context of knowing that
22 NDMA causes cancer in animals, the next step
23 would have been to look at mechanisms that
24 are relevant to humans.  And the reason why
25 this was a high-profile paper, is they used     08:54 AM

Page 349

1 human tissue -- and the human liver tissue.
2     Q.   And the high-profile paper is the
3 a total of two columns published in Nature,
4 correct?
5     MR. NIGH:  Form objection.     08:55 AM
6     A.   Yeah, so in science many of the --
7 many of the pioneering studies, it's not the
8 length of the paper, it's the concept that
9 you bring out.
10     And then -- what's important in     08:55 AM
11 science is they publish that in 1970, but
12 then Autrup Harris and other colleagues
13 showed in a series of six or seven
14 publications, which I cited in my report,
15 then they confirmed this by taking human     08:55 AM
16 bronchus, which is lung, human esophagus,
17 human bladder, human colon, human pancreas,
18 and they took those cells from these human
19 tissues and they showed, in a similar
20 fashion, that the metabolism, using these     08:56 AM
21 human cells, when they expose it to NDMA, you
22 get a virtually identical mechanism of action
23 as in animals.
24     Q.   And can we agree, what you're
25 describing is qualitative not quantitative     08:56 AM

Page 350

1 information, correct?
2     MR. NIGH:  Form objection.
3     A.   The readout --
4     Q.   Correct?
5     MR. NIGH:  No.  No.  No.  He's     08:56 AM
6 answering the question.
7     A.   Qualitative and quantitative --
8 quantitative can be measured in a readout.
9 So they use percent carbon dioxide that's --
10     THE REPORTER:  I'm sorry, "they     08:56 AM
11 use percent"?
12     THE WITNESS:  -- percent carbon
13 dioxide that's excel, that's a
14 quantitative measure.
15 BY MR. FOWLER:     08:56 AM
16     Q.   Can I ask it this way?
17     When you're describing mechanisms,
18 can we agree you're describing the
19 qualitative response when you say there was
20 similar -- strike that question.  I'll move     08:56 AM
21 on.
22     Doctor, also contained in this,
23 and I'm going to mark this subsequent set
24 as Exhibit -- are we up to 16?
25     MR. NIGH:  17.     08:57 AM

5 (Pages 347 - 350)

CONFIDENTIAL

Page 351

1    MR. FOWLER: Okay. I'm off to a
2    good start.
3  BY MR. FOWLER:
4    Q. Exhibit 17 will be this
5    compilation. And we'll mark it here in a    08:57 AM
6    minute.
7        As I'm going through it, Doctor,
8    you also have in here a 1974 article by
9    Cardesa, "Comparative studies of neoplastic
10   response to a signal dose of nitroso    08:57 AM
11   compounds."
12       This is something you rely upon
13   for your single dose theory, correct, sir?
14       MR. NIGH: Form objection.
15   A. Well, single dose -- I relied on    08:57 AM
16   this paper in my 580 reference --
17   Q. Yes, sir.
18   A. -- but it's not a theory. What's
19   said in the paper is that a single dose of
20   NDMA can cause cancer in animals.    08:57 AM
21   Q. Yes, sir.
22   A. But what's important is that it's
23   not in one species. As we were talking about
24   yesterday, what's important, we have to know
25   that this assay, the chemical carcinogenesis    08:57 AM

Page 352

1    assay, where you give a chemical to animals
2    for causation of cancer, is the single most
3    important assay when you're screening, to
4    start the question, does a chemical cause
5    cancer? And you start with the chemical    08:58 AM
6    biogenesis assay.
7        These chemicals, NDMA and NDEA,
8    are so potent that a single dose can cause
9    cancer in multiple species. And that's where
10   I said it was 20 substrains of mice, 60    08:58 AM
11   substrain of -- you know, 20 to 60 substrains
12   of mouse and rats, fish, you know, hamsters.
13   So the point -- and the fact that a single
14   dose of NDMA or NDA can cause cancer, that's
15   not a theory.    08:58 AM
16   Q. I'm presenting you with this
17   study, and we're going -- this is part of
18   your collection.
19       Tell me, Doctor, what is the
20   lowest single dose that was given to the    08:59 AM
21   animals in this single dose study? It's on
22   that chart on the second page, correct?
23   A. Yeah. So for NDMA, it looks like
24   they give 8. -- 0.5 mgs per kg body weight.
25   Q. Yes, sir. And .5 mgs per kg body    08:59 AM

Page 353

1    rate would be how much in a 60-kilogram
2    human, sir?
3        MR. NIGH: Form objection.
4        MR. FOWLER: What's wrong with
5    that question?    08:59 AM
6        MR. NIGH: You really want the
7    reason?
8        MR. FOWLER: I do. I want to know
9    what's your objection to that question,
10   asking him what that equates to in    08:59 AM
11   humans, please; what's your objection?
12       MR. NIGH: I don't have to give
13   the reason for my objection.
14       MR. FOWLER: I think the judge
15   actually requested that you give a    08:59 AM
16   reason not just form.
17       MR. NIGH: Actually, he didn't.
18       MR. FOWLER: I want to cure it.
19   Counsel, you've made an objection. I'd
20   like to know the basis so I can cure it.    08:59 AM
21   What's wrong with that question?
22       MR. NIGH: There's never been a
23   statement that we have to give the
24   reason for my form objection.
25       MR. FOWLER: I'm asking you right    08:59 AM

Page 354

1    now what the basis for that objection
2    is. I feel -- what's the basis for that
3    objection?
4        MR. NIGH: And I've stated
5    previously that I don't have to give a    09:00 AM
6    reason for my form objection.
7        MR. FOWLER: I feel like that is
8    an improper objection to that
9    question.
10       MR. NIGH: Objection.    09:00 AM
11       MR. FOWLER: What is your basis?
12   You don't want to tell me?
13       MR. NIGH: You're entitled to your
14   opinion, and I don't have to give a
15   reason for the basis of my form    09:00 AM
16   objection.
17       MR. FOWLER: I think littering
18   this record with improper objections is
19   inappropriate, and I've asked you what
20   the basis is for that -- you want to    09:00 AM
21   withdraw the objection?
22       MR. NIGH: No, I do not. I
23   actually believe that it's an
24   appropriate objection.
25       MR. FOWLER: Can I have the    09:00 AM

6 (Pages 351 - 354)

Page 355

1 question read back, please?
2     THE REPORTER:  Hold on.
3     "And .5 mgs per kg body rate would
4 be how much in a 60-kilogram human,
5 sir?"                           08:59 AM
6     MR. FOWLER:  That wasn't the
7 questions.  Let me ask it again.
8     THE REPORTER:  That is the
9 question.
10    MR. NIGH:  That was the question.   08:59 AM
11    MR. FOWLER:  I said 60 --
12    THE REPORTER:  Hold on.  I need to
13 have my hands on -- so I just read that.
14 BY MR. FOWLER:
15    Q.  Sir, .5 mgs per kg was the lowest   08:59 AM
16 dose given in that single dose study,
17 correct?
18    A.  Right.
19    Q.  And in a 60-kilogram human, what
20 would that amount equate to?          09:01 AM
21    MR. NIGH:  Form objection.
22    A.  As I said yesterday, it's highly
23 inappropriate for this mechanism of action to
24 convert from body surface area and body
25 weight in an animal to a human, because NDMA   09:01 AM

Page 356

1 and NDEA, the mechanism of action, as we just
2 talked about, is a generation of these very
3 potent electrophilic alkylating adducts, and
4 this mechanism of action is virtually
5 identical in rodents and animals.        09:02 AM
6     So that's why WHO, in 2002, and I
7 quote, said "It is highly inappropriate to
8 use a conversion between rodent, body weight,
9 and surface area to humans."
10    MR. NIGH:  And I'm happy to give    09:02 AM
11 the reason for my form objection, if
12 you'd like, now.
13 BY MR. FOWLER:
14    Q.  Doctor, .5 mgs per kg would be 30
15 mgs --                          09:02 AM
16    THE REPORTER:  I just had a glich
17 there.
18    "Doctor, .5 mgs per"?
19    Q.  .5 mgs per kg would be 30
20 milligrams in a 60-kilogram human, correct?   09:02 AM
21    MR. NIGH:  Form objection.
22    A.  Yes, correct.
23 BY MR. FOWLER:
24    Q.  And that is thousands of time
25 greater than the highest level that was   09:02 AM

Page 357

1 detected in any valsartan tablet; isn't that
2 correct?
3     A.  As I mentioned yesterday, this is
4 a genotoxic chemical, so there is no safe
5 dose; there's no threshold.  We know from   09:03 AM
6 multiple years of experience with genotoxic
7 carcinogens there's no safe dose, because
8 even one molecule can induce DNA damage.
9     Q.  Yes, sir.  If there's no safe
10 dose, that means you completely disagree with   09:03 AM
11 the FDA's 96 nanogram acceptable intake?
12    MR. NIGH:  Form objection.
13    A.  No.  So the FDA has given an
14 acceptable intake that they -- that they
15 calculated, and said that this is an amount   09:03 AM
16 that shouldn't be exceeded.  So for genotoxic
17 carcinogens, what -- but, however, FDA, EMA,
18 and as I said yesterday, they have said that
19 you should minimize intake of these
20 carcinogens.                      09:04 AM
21    Q.  Doctor, how can you reconcile --
22 how can you reconcile your single molecule or
23 single dose therapy with FDA's 96 nanogram
24 acceptable intake?  How do you reconcile
25 that?                          09:04 AM

Page 358

1     A.  So what the field has done is --
2 has said that, and I'm quoting from EMA and
3 other documents, that there is no safe level.
4 However, because these are nitrosamines --
5 that NDMA can be in the diet and that people   09:04 AM
6 every day are subjected to a certain amount,
7 the FDA came up, based on the dose on the
8 linear extrapolation of Peto, came up --
9 using the TD 50, came up with an acceptable
10 index of NDMA, and it was 96 nanograms per   09:05 AM
11 day, is what it comes out to.
12    Q.  And how do you reconcile FDA
13 saying that amount is safe with your one
14 molecule theory?
15    MR. NIGH:  Form objection.        09:05 AM
16    A.  So, like I said, it's not my
17 theory.  These are -- people have said
18 genotoxic carcinogens and there's 50 years of
19 scientific literature that shows that
20 genotoxic carcinogens are very dangerous.   09:05 AM
21    As I said yesterday, NDMA is not
22 only genotoxic, mutagenic, clastogenic, that
23 means it induces the cytochrome changes, it
24 induces genomic instability, it alters DNA
25 repair, it affects -- it increases oxidative   09:05 AM

7 (Pages 355 - 358)

Page 359

1  stress, stimulates chronic inflammation,
2  suppresses -- it induces immunosuppression,
3  which suppresses the immune system, which is
4  in everybody's body to help protect from
5  cancers. NDMA stimulates proliferation; it    09:06 AM
6  stimulates angiogenesis, the growth of new
7  blood vessels, it can induce cell death,
8  which can stimulate tumor growth.
9       So all of these key
10 characteristics, which IARC has mentioned in    09:06 AM
11 the last eight years, are critical to the
12 mechanism of action of NDMA and NDEA and
13 causing cancer.
14 BY MR. FOWLER:
15      Q. Doctor, do you agree that your    09:06 AM
16 opinion in this case is inconsistent with the
17 FDA's 96 nanogram acceptable intake?
18      MR. NIGH: Form objection.
19      A. No. I was asked does the
20 exogenous -- does the amount of NDMA that's    09:06 AM
21 in these valsartan pills cause human cancer.
22 And I relied on not only -- as I mentioned
23 yesterday, not only do I rely on the key
24 animal experiments about causation and not
25 only the mechanistic studies, but the    09:07 AM

Page 360

1  epidemiology studies have shown, and I've
2  cited, that the amounts of NDMA in these
3  dietary studies and the occupational studies,
4  such as Hidajat, the amount of NDMA that's in
5  those studies exceeds the amount that the FDA    09:07 AM
6  has allowed, 96 nanograms per day. And it
7  exceeds -- this increased amount is
8  associated with an increased risk of cancer.
9       So what's very important is the
10 exposure of these people to NDMA, increases    09:07 AM
11 your risk of cancer, and that increased risk
12 can be 10, 100, 200 times higher than what
13 the FDA has permitted. So the amount of NDMA
14 or NDEA in these tablets is on a fold of 20
15 to 200 times higher than what the FDA has    09:08 AM
16 allowed in their acceptable 96 nanogram per
17 day.
18      But what's even also important is
19 that the amount of NDMA that's in the diet of
20 these human epidemiology studies and in the    09:08 AM
21 occupational study of Hidajat, which
22 carefully took different quartiles, which in
23 Quartiles II, III and IV, that increasing
24 NDMA exposure, over a lifetime cumulative
25 exposure compared to baseline, that was    09:08 AM

Page 361

1  associated with an increased risk of at least
2  10 different cancers.
3       So the amount of NDMA in the
4  valsartan tablet -- in the contaminated
5  valsartan tablet is higher than these amounts    09:08 AM
6  that are in the Hidajat studies that are --
7  over time and that are in the dietary
8  studies.
9       And as I mention in the report --
10 I'll just read from the report here.    09:09 AM
11      "By way of illustration, a patient
12 taking 320 milligram per day of ZHP
13 valsartan (average contamination level
14 for product D5191 of 65.1 ppm) would
15 ingest 20,000 nanograms of NDMA per day.    09:09 AM
16 This patient would reach the cumulative
17 NDMA exposure for the bound of Quartile
18 II in 300 days (approximately 10
19 months), and this doesn't take into
20 account the threshold exposure to NDMA    09:09 AM
21 that a valsartan patient has because of
22 diet, which is estimated in the United
23 States range from .03 to .06 microgram
24 per day, depending on age, or even 0" --
25      THE REPORTER: Or even 0?    09:10 AM

Page 362

1       THE WITNESS: "0.03 to 0.06
2  microgram per day, depending on age, or
3  0.08 microgram per day when beer is
4  included.
5       And as I go through -- in this    09:10 AM
6  section of the report, I used the
7  Bradford Hill criteria very carefully to
8  go through human epidemiology studies,
9  including Hidajat, the occupational --
10 where they carefully quantified the    09:10 AM
11 amount of NDMA exposure, and then I went
12 through the dietary studies, which also
13 quantified the NDMA exposure. And these
14 studies in peer-reviewed journals
15 show -- many of these studies show a    09:10 AM
16 significant increased risk of cancer.
17      So by relying on this human
18 epidemiology data in conjunction --
19 because as I said in science, we use all
20 levels of evidence -- so in conjunction    09:11 AM
21 with a chemical that can cause cancer in
22 animals very potently; and, in fact, as
23 I mentioned yesterday, routinely,
24 laboratories throughout the world use
25 NDMA and NDEA to initiate cancer, at    09:11 AM

8 (Pages 359 - 362)

CONFIDENTIAL

Page 363

1    least six different types of cancer.
2        And in addition to that, the
3    mechanism of action, which, as I said
4    yesterday, that IARC has put an extreme
5    emphasis, especially on chemicals that      09:11 AM
6    cannot be tested routinely in humans,
7    such as NDMA and NDA. We can't do
8    randomized controlled trials. It would
9    be unethical to give somebody -- to do a
10   study -- an epidemiological study with      09:11 AM
11   pure NDMA and NDA.
12       They have said, since 2012 and
13   published in 2016, and since 2019, every
14   IARC monograph is now using the key
15   characteristics, and that the key           09:12 AM
16   characteristics are very important in
17   the mechanism of action of how NDMA and
18   NDEA cause cancer. And the 10 key
19   characteristics, which I mentioned, NDMA
20   and NDEA exhibit 9 of the 10 key            09:12 AM
21   characteristics.
22       So, in conclusion, I would say the
23   combination of the human epi data, which
24   carefully quantifies the amount of NDMA
25   exposure to your increased risk of          09:12 AM

Page 364

1    cancers in humans, that combined with
2    the animal data that this is a potent
3    carcinogen that use to initiate cancer,
4    combined with that the mechanism of
5    action of NDMA in animals and humans is     09:12 AM
6    virtually identical, is why the six
7    agencies, and I agree with them, that
8    EPA and IARC have classified NDMA and
9    NDEA as probable human carcinogens.
10       NTP and DHS, Department --              09:13 AM
11       THE REPORTER: NTP and?
12       THE WITNESS: NTP, the National
13   Toxicology Program, the U.S. National
14   Toxicology Program, has said this is
15   reasonably -- NDMA is reasonably            09:13 AM
16   anticipated to be a human carcinogen,
17   and the European Medical Association has
18   agreed that this is a probable human
19   carcinogen.
20       And, in fact, the EMA, in their        09:13 AM
21   assessment report from 2020, says that
22   this is a genotoxic carcinogen and
23   exposure should be avoided and limited.
24   And then Health Canada also agreed with
25   this assessment.                            09:13 AM

Page 365

1  /
2  BY MR. FOWLER:
3      Q.  Are you finished?
4      A.  Yeah.
5      Q.  Doctor, under your one molecule      09:13 AM
6  theory, would you be able to tell a molecule
7  from valsartan versus a molecule from a
8  dietary intake?
9          MR. NIGH: Form objection.
10     A.  I'm not sure I understand the        09:14 AM
11 question. The question here, in this case,
12 is NDMA -- not a question.
13         Valsartan without NDMA -- are you
14 asking one molecule --
15     Q.  Let me try again, Doctor.            09:14 AM
16         You've expressed an opinion
17 multiple times that you think one molecule
18 would be a sufficient -- that one molecule
19 can cause cancer. You've said that, correct?
20     A.  Yes.                                 09:14 AM
21     Q.  Okay. And, Doctor, if there is
22 dietary intake of NDMA, you would not be able
23 to opine whether a cancer arose from one
24 molecule of dietary intake versus one
25 molecule of NDMA from a valsartan tablet,    09:15 AM

Page 366

1  could you?
2          MR. NIGH: Form objection.
3      A.  The question here is the NDMA, in
4  the valsartan tablet, is it causing cancer in
5  humans. And here -- one molecule can cause   09:15 AM
6  cancer. But as I just mentioned, it is
7  highly -- it's more likely than not, through
8  all these key characteristics, that the
9  amount that's in these contaminated
10 valsartan, based on the four lines of        09:15 AM
11 evidence that I just mentioned, the human
12 epi, the mechanism of action in animals and
13 humans, and the causation in animals, that
14 this is a human carcinogen and the human
15 epidemiology data supports that the amount of  09:15 AM
16 NDMA that's in these valsartan tablets is
17 higher; and as I said in the report, 20- to
18 200-fold higher than the permitted level that
19 FDA has allowed.
20         And the human epi studies that I     09:16 AM
21 cited here, including Hidajat, inhalation,
22 occupational study and the diet study, show
23 that the amount of NDMA in these valsartan
24 tablets could be reached by a patient, a
25 person taking valsartan within 180 days,     09:16 AM

9 (Pages 363 - 366)

CONFIDENTIAL

Page 367

1 within six months. And the epi studies show
2 that that amount of NDMA is associated with a
3 significant increased risk of 10 different
4 cancers.
5      Q. How much time did you spend with          09:16 AM
6 counsel yesterday after we adjourned?
7      A. Probably about 20 minutes. I
8 mainly watched the Tampa Bay game and was on
9 my own.
10      MR. FOWLER: Let's mark the 17 on          09:17 AM
11 here before I forget, please.
12 (Exhibit 17, Records from Dipak Panigrahy,
13 marked for identification.)
14      MR. FOWLER: You can hand it to
15 him. I'm done with it for the time          09:17 AM
16 being.
17 BY MR. FOWLER:
18      Q. Doctor, do you understand that --
19 let me start that again.
20      Do you know whether the FDA 96          09:17 AM
21 nanograms using the TD 50 linear back
22 extrapolation considers DNA repair?
23      MR. NIGH: Form objection.
24      A. So the documents I've read from
25 the FDA website, that anyone can download          09:18 AM

Page 368

1 from the website, I don't believe -- I can't
2 recall if they specifically mentioned DNA
3 repair. But what I do remember they said,
4 that intake of NDMA should be avoided.
5 However, they come up with this acceptable          09:18 AM
6 index of 96 nanogram per day. But they do
7 say in the website, in documents that you can
8 just open up, that exposure should be
9 avoided.
10      Q. Doctor, does the TD 50 back          09:18 AM
11 extrapolation consider DNA repair?
12      A. So DNA repair, as I said, is one
13 of the 10 key characteristics. So cancer
14 causation and the mechanism of cancer does
15 consider DNA repair as part of key          09:19 AM
16 characteristic number 3. DNA repair is very
17 important in genomic instability. That's the
18 key characteristic number three; and as I
19 said, NDMA can affect nine of the ten,
20 including DNA repair.          09:19 AM
21      Q. Does the TD 50 linear back
22 extrapolation method consider DNA repair,
23 Doctor, that's my question?
24      MR. NIGH: Form objection.
25      A. So, as I just said, it considers          09:19 AM

Page 369

1 cancer causation and part of that process
2 does include DNA repair.
3 BY MR. FOWLER:
4      Q. So it's your testimony that the
5 TD 50 method accounts for DNA repair, sir?          09:20 AM
6      MR. NIGH: Form objection.
7      A. The FDA uses the TD 50 to
8 extrapolate an acceptable index of the amount
9 of NDMA that is allowed in -- exposed in
10 people. So I'm not understanding -- I don't          09:20 AM
11 think I understand the question then.
12 BY MR. FOWLER:
13      Q. Do you know whether or not the
14 TD 50 calculation, which I note from
15 yesterday you've never done, but does the          09:20 AM
16 TD 50 calculation account for DNA repair or
17 not, sir?
18      MR. NIGH: Objection. Hold on.
19      Form objection, and I object to the
20      colloquy in that question.          09:20 AM
21      A. I followed the TD 50 calculations
22 from the documents from scientific agencies
23 that have reported the TD 50. And the
24 important part of the TD 50 that the FDA
25 uses, is they base it on a 1991 Peto paper          09:21 AM

Page 370

1 that has linear curve and they extrapolate
2 from that the TD 50. And from there they can
3 calculate an acceptable index where they say
4 it's permitted that people are allowed 96
5 nanogram per day of NDMA.          09:21 AM
6      However, in this case, as I just
7 mentioned, the contaminated levels in the
8 valsartan tablets are 20- to 200-fold higher
9 than the amount that the FDA allows, based on
10 the acceptable index, which uses the TD 50.          09:21 AM
11      So whether DNA repair is involved
12 in the TD 50, really the question is, does
13 the levels of NDMA in these valsartan
14 tablets, is it higher than the FDA's
15 acceptable index?          09:22 AM
16      Q. And you think that that's the
17 question? You think that's the
18 determinative, that the levels in the
19 valsartan tablet exceed the FDA 96 nanograms?
20      MR. NIGH: Form objection.          09:22 AM
21      A. So as I mentioned -- so the
22 important part is that the human epi studies,
23 in conjunction with the animals studies and
24 the mechanistic studies, show an increased
25 risk of cancer at levels in the dietary          09:22 AM

10 (Pages 367 - 370)

Page 371

1 studies that can be reached by these people
2 taking the valsartan tablets within -- and I
3 just read -- within six months. They can
4 reach levels that are associated, from our
5 epi studies, with increased risk of cancer.    09:22 AM
6       And in the Hidajat study, for
7 example, that has the 2nd, 3rd and 4th
8 quadrants, which will estimate the amount of
9 NDEA exposure that's associated with
10 increased risk of 10 different types of    09:23 AM
11 cancers.
12       So in conjunction, as I mentioned
13 using the Bradford Hill criteria, I detailed
14 10 different types of tumors, and I can go
15 through each of the types, that based    09:23 AM
16 on the animal data that -- of cancer
17 causation, the mechanistic data, the
18 epidemiology human data in these dietary
19 studies to NDMA and the occupational study of
20 NDMA that the rubber workers were exposed to,    09:23 AM
21 that amount of NDMA -- the amount of NDMA in
22 these human epi studies are higher than the
23 levels that we're talking about with the
24 valsartan people -- the people who took
25 valsartan over a certain period of time.    09:24 AM

Page 372

1       MR. FOWLER: Let's mark 18,
2       please.
3 (Exhibit 18, Short commentary on NDMA
4 contamination of valsartan products, marked
5 for identification.)    09:24 AM
6    Q.  Doctor, before you is Exhibit 18.
7 It is an article by Dr. Snodin and Dr. Elder
8 called "Short Commentary on NDMA
9 Contamination of Valsartan products."
10       I noted that you didn't include    09:24 AM
11 this in your references, did you, sir?
12    A.  Let me check. Correct. I
13 don't -- yes. Correct.
14    Q.  Have you seen this article before?
15 Did it come up in any of your research?    09:25 AM
16    A.  So, as I mentioned before, I read
17 over thousands, hundreds of publications --
18    Q.  Yes, sir.
19    A.  -- so I don't recall if I
20 specifically had read this one.    09:25 AM
21    Q.  You don't recall whether you've
22 seen this one, sir?
23    A.  Yeah, I've read a couple
24 commentaries on NDMA. I don't remember if
25 I -- you know, over reading hundreds of    09:25 AM

Page 373

1 publications, it would be --
2    Q.  Sure. So if you'd like, you can
3 take a minute and familiarize yourself with
4 this because I've got some questions.
5    A.  Sure.    09:26 AM
6 (Witness reviewing document.)
7    Q.  Okay?
8       All right. Directing your
9 attention to the third page into the article,
10 the "Risk Assessment for NDMA."    09:26 AM
11       You with me?
12    A.  Sorry. Yes.
13    Q.  And under Risk Assessment for
14 NDMA, it opens with, "It seems reasonable to
15 ask what constitutes a virtually safe dose    09:27 AM
16 for NDMA, particularly as the substance is a
17 known environmental contaminant that's
18 routinely found in foodstuffs (including
19 cured meat, dairy products and certain
20 vegetables) and drinking water."    09:27 AM
21       Do you see that, sir?
22    A.  Yes.
23    Q.  And if you look down that column,
24 it references FDA's calculation using the
25 TD 50 to get to the .096 milligrams per    09:27 AM

Page 374

1 kilogram per day?
2    A.  Yes.
3    Q.  Okay. Then you see another risk
4 assessment by Fitzgerald and Robinson. It's
5 based on a comprehensive lifetime liver    09:27 AM
6 cancer dose and that came up with an
7 additional -- with a different range,
8 correct, at .6 micrograms?
9       MR. NIGH: Form objection.
10    A.  Yes.    09:28 AM
11 BY MR. FOWLER:
12    Q.  Okay. If you look -- the last
13 paragraph it says "Alternative
14 risks-assessment metrics are permitted under
15 the ICH M7 R1," and once -- it says "One such    09:28 AM
16 alternative metric, sometimes called the
17 'reference point' or 'point of departure,' is
18 the BMDL 10."
19       Do you see that? "Benchmark dose
20 lower bound corresponding to a 10% increase    09:28 AM
21 in tumor incidence."
22       Do you see where I've read there,
23 Doctor?
24    A.  Yes.
25    Q.  And using -- if you look to the    09:28 AM

11 (Pages 371 - 374)

CONFIDENTIAL

Page 375

1 next page, using that method, you see, "In
2 relation to NDMA, SCCS (Scientific Committee
3 on Consumer Safety) has determined a BMDL 10
4 of 27 micrograms --
5    A.  I'm sorry, I'm not following you.    09:29 AM
6 Where are you now?
7    Q.  I'm sorry, sir.  It's the second
8 column, partway down that first paragraph.
9        "In relation to NDMA, SCCS
10 (Scientific Committee on Consumer Safety)    09:29 AM
11 has determined the BMDL of 27 micrograms per
12 kilogram per day, which is equivalent to 1620
13 micrograms a day in a 60-kilogram person."
14    Q.  Do you see that?
15    A.  Yes.                    09:29 AM
16    Q.  And you've not done any BMDL
17 calculation on this data, have you, sir?
18    A.  Correct.
19    Q.  And you have no reason to dispute
20 the findings of the Scientific Committee on    09:29 AM
21 Consumer Safety, that 1620 micrograms a day
22 in a 60-kilogram consumer is a virtually safe
23 level?
24        MR. NIGH:  Form objection.
25    A.  I can't comment on the committee's    09:30 AM

Page 376

1 opinion, this committee.  I would have to see
2 an assessment report.  When I read reports
3 from the top leading agencies, such as IARC
4 NTP, EPA, EMA, U.S. Canada, these are
5 literally hundred-page documents that I have    09:30 AM
6 to go through very carefully.
7        What is clearly said is that the
8 FDA has used the TD 50 based on the linear
9 extrapolation that NDMA -- and they quote
10 from their report, in the EMA report -- that    09:30 AM
11 to minimize intake of NDMA and the FDA has
12 allowed a certain level, the 96 nanogram per
13 day.
14        So I have to say, overall, this is
15 a commentary, so it's not a peer-reviewed    09:30 AM
16 paper.  I've cited several commentaries in my
17 report.  However, we rely -- as I said
18 before, in IARC, which is one of the leading
19 cancer agencies that determines hazards
20 risk -- hazards, that does a chemical cause    09:31 AM
21 call cancer; and they say, in their
22 scientific reasoning, to rely on
23 peer-reviewed publications, so this is a
24 commentary, not a peer-reviewed publication.
25        And second, like I mentioned, this    09:31 AM

Page 377

1 type of -- yeah.
2        So for genotoxic carcinogens, what
3 I have seen the leading agencies rely on the
4 Peto et al. and other -- for genotoxic
5 carcinogens they use the TD 50.        09:31 AM
6        MR. FOWLER:  Mark number 19,
7    please.
8 (Exhibit 19, SCCS, Opinion on Nitrosamines
9 and Secondary Amines in Cosmetic Products,
10 marked for identification.)            09:32 AM
11        MR. FOWLER:  I didn't want to
12    knock your computer off if I slid those.
13 BY MR. FOWLER:
14    Q.  Doctor, before you is the
15 Scientific Committee on Consumer Safety    09:32 AM
16 from -- that the Snowdin article was
17 referencing.
18        You understand that this document
19 is what is referenced -- what was referenced
20 in the Snowdin commentary?  Correct, sir?    09:32 AM
21    A.  Okay.
22    Q.  Now, directing your attention to
23 page 21, do you see the table there, Table 3?
24    A.  Yes.
25    Q.  And the Table 3 is "Ranking the    09:32 AM

Page 378

1 potencies of nitrosamines based on
2 carcinogenesis studies in rats (the data are
3 taken from the calculations presented in
4 Tables 1 through 7, see annexes."
5        And we looked at this table.  And    09:33 AM
6 do you see NDMA on this table, sir?
7    A.  Yes.
8    Q.  And do you see the BMDL 10
9 calculation?
10    A.  Yes.                    09:33 AM
11    Q.  And it says 0.27 milligrams per
12 kilogram body weight.
13        Do you see that?
14    A.  Yes.
15    Q.  And if you -- for a 60-kilogram    09:33 AM
16 person, you would multiply .027 times 60,
17 correct, sir?
18    A.  As I mentioned before, it is
19 highly inappropriate, and I quoted WHO and
20 other agencies, to do any type of conversion    09:33 AM
21 between rodents and humans, because this
22 mechanism of action, this genotoxic
23 carcinogen is highly -- is virtually
24 identical in animals and humans
25    Q.  Doctor, my question was math,    09:34 AM

12 (Pages 375 - 378)

CONFIDENTIAL

Page 379

1  actually.
2       If you take 0.27 milligrams per
3  kilogram and calculate that for a 60-kilogram
4  person, that comes out to 1.6 milligrams,
5  correct, which is 1620 micrograms.        09:34 AM
6       Isn't that the right math, sir?
7  A.  Yes, I would agree with the math.
8  Q.  Yes, sir.  And that's the math
9  that Dr. Snodin and Elder did in their
10 commentary for the 1620, correct?  I just    09:34 AM
11 want to --
12 A.  Yeah.
13 Q.  Okay.  And according to this
14 European commission, the scientific
15 subcommittee, they have determined that a    09:34 AM
16 daily exposure of 1620 micrograms is safe.
17      That's what this says, isn't it,
18 sir?
19      MR. NIGH:  Form objection.
20 A.  As I said before, I relied upon    09:35 AM
21 the FDA, the EMA -- the EMA document -- the
22 European Medical Association, which is from
23 2020, this is a document from nine years ago.
24      What I relied on are -- and also
25 through my report, which has 583 references,    09:35 AM

Page 380

1  and I -- in science we don't decide something
2  based on one paper or one commentary.
3       What IARC decides, in my opinion,
4  that NDMA and NDEA can cause human cancer, is
5  based on the totality of the evidence that I    09:35 AM
6  have just presented, the human epi data.
7       And some of these studies that I'm
8  citing are at 2019.  This report is 2011,
9  nine years ago.  Hidajat was 2019.  They
10 didn't have the evidence -- they didn't have    09:36 AM
11 the totality of what's known here.
12      And second, what I relied on, the
13 2002 WHO, as I said before, that it is
14 inappropriate to do any type of conversion
15 between animals and humans.               09:36 AM
16      And the EMA, the IARC, the FDA,
17 the EPA, the NTP, U.S. Canada, so six of the
18 leading agencies, which I've documented in my
19 report, have all said that this exposure
20 should be minimized, limited, or in the case    09:36 AM
21 of the FDA said there's a certain amount
22 that's allowed.
23      THE REPORTER:  Or in the case of?
24      THE WITNESS:  The FDA, which is
25      said 96 nanogram per day.            09:36 AM

Page 381

1  /
2  BY MR. FOWLER:
3  Q.  Doctor, returning your attention
4  to this table, they also did a TD 50
5  calculation.                              09:37 AM
6       Do you see that?
7  A.  Yes.
8  Q.  And their calculation was point --
9  arrived at .0959 milligrams per kilogram,
10 which, doing the math again, for a        09:37 AM
11 60-kilogram person, that would be 5.7
12 milligrams or 5700 micrograms.
13      Isn't that -- would I be correct
14 in that math, sir?
15      MR. FOWLER:  Form objection.        09:37 AM
16 BY MR. FOWLER:
17 Q.  And I am a lawyer, so you better
18 check it.
19 A.  Yes.  Like I said before, it's
20 really more the point of this committee, the    09:37 AM
21 Scientific Committee on Consumer Safety, who
22 have their opinion on nitrosamine secondary
23 amines.  They're using a different
24 methodology that, currently, that the FDA,
25 that IARC, the EMA and Canada are using the    09:37 AM

Page 382

1  TD 50, based on a linear approach, that the
2  genotoxic carcinogen can cause cancer.
3       And as far as I'm aware, the FDA
4  and the EMA and Canada don't use this type of
5  conversion.                               09:38 AM
6  Q.  They use TD 50, according to you,
7  right?
8  A.  No, the BMDL.
9  Q.  Yes, sir.  But they use the TD 50?
10 A.  Yes, they use the TD 50.           09:38 AM
11      And as I've calculated in my
12 report and what they've said, the permitted
13 allowance -- the acceptable intake is 96
14 nanograms of NDMA per day or 26.5 nanograms
15 of NDEA per day.                          09:38 AM
16 Q.  And according to this
17 determination by the SCCS, the TD 50 would
18 allow for 5.7 milligrams per day in a
19 60-kilogram human.
20      That's what this document says,     09:39 AM
21 correct?
22 A.  I don't see -- where are you --
23 Q.  The TD 50 column, sir.  .095
24 milligrams per kilogram multiplied by 60 is
25 5.74, correct?                            09:39 AM

13 (Pages 379 - 382)

CONFIDENTIAL

Page 383

```
 1    A.   Where do they say 574?
 2    Q.   It's the math, sir.
 3    A.   I'm not following.
 4    Q.   The TD 50 calculation in this
 5  European commission document, at .095, if you    09:39 AM
 6  multiply that by 60 for a 60-kilogram human,
 7  that comes out to 5.7 milligrams per
 8  kilogram, correct?  Is that math right?  Yeah
 9        MR. NIGH:  Form objection.
10    A.   I would -- as I said, when the FDA    09:39 AM
11  did the conversion on the TD 50 -- of
12  acceptable index with the TD 50, it comes out
13  to 96 nanogram per day.
14  BY MR. FOWLER:
15    Q.   Right.  That's what FDA's    09:40 AM
16  calculation was.
17        And this TD 50 calculation states
18  that it's actually 5.7 milligrams or 5700
19  micrograms per day is a virtually safe dose,
20  according to the European commission.    09:40 AM
21        MR. NIGH:  Form objection.
22    A.   I'm not following that.
23  BY MR. FOWLER:
24    Q.   Okay.  You can set this aside.
25        THE REPORTER:  20.    09:41 AM
```

Page 384

```
 1        MR. FOWLER:  20.  Thank you.
 2  (Exhibit 20, DNA adducts, mutant frequencies
 3  and mutation spectra in lacZ transgenic mice
 4  treated with N-nitrosodimethylamine, marked
 5  for identification.)    09:41 AM
 6  BY MR. FOWLER:
 7    Q.   Doctor, before you is Exhibit 20.
 8  This is an article, 1998 DNA adducts, mutant
 9  frequencies and mutation spectra in certain
10  transgenic mice treated with NDMA, correct?    09:41 AM
11    A.   Yes.
12    Q.   And this is an article that you
13  cite in your report, correct, sir?  So you're
14  familiar with it?
15    A.   Yes.    09:41 AM
16    Q.   Okay.  And directing your
17  attention to page 735, the second column, you
18  see the sentence begins with "While."  It's
19  about 10 lines down.
20        "While no" systemic -- "While no    09:42 AM
21  systematic study of the effects of dose and
22  time on toxicity-induced cell proliferation
23  has been recorded, it is noted that the
24  treatment of C3H mice with NDMA dissolved in
25  their drinking water at concentration of 30    09:42 AM
```

Page 385

```
 1  parts per million (resulting in a daily dose
 2  of approximately 5 milligrams per kilogram)
 3  for 16 days gave rise to significant increase
 4  in hepatocyte proliferation, whereas no
 5  increase was observed in animals exposed to    09:42 AM
 6  threefold lower concentration of NDMA."
 7        Do you see that, sir?
 8    A.   Yes.
 9    Q.   And according to this study,
10  they're at a lower dose, there was    09:43 AM
11  no increase in hepatocyte proliferation.
12        That's what they found, correct,
13  sir?
14    A.   Correct.
15    Q.   And that would indicate a    09:43 AM
16  threshold level at which no adverse effect of
17  hepatocyte proliferation was observed,
18  correct?
19    A.   No.  As I mentioned before, in
20  cancer, the 10 key characteristics, you can't    09:43 AM
21  isolate each one and say there's a threshold
22  effect.  So proliferation is one of -- one --
23  it's key characteristic 10, and it's not even
24  the only key characteristic.  There's blood
25  vessels, angiogenesis, there's cell death,    09:43 AM
```

Page 386

```
 1  apoptosis.  You can't conclude, just because
 2  there's no increase in proliferation, that
 3  there's no threshold.
 4        When we determine a threshold in
 5  animal experiments, such as Peto and    09:44 AM
 6  Terracini, I would have to see the tumor
 7  curve and the doses.
 8    Q.   Doctor, my question was specific
 9  to this finding.
10        This was a threshold level that    09:44 AM
11  these scientists reported below which there
12  was not the adverse effect that they were
13  studying, correct.
14        MR. NIGH:  Hold on.  Form
15  objection.  Object to the colloquy.    09:44 AM
16    A.   I'm not sure I'm -- are you saying
17  no increase in proliferation is --
18        THE REPORTER:  I'm sorry, Doctor,
19  I didn't get that.
20    A.   I don't understand the question.    09:44 AM
21  BY MR. FOWLER:
22    Q.   Let's look at the next sentence,
23  sir.
24        "Furthermore, Doolittle et al.
25  reported that seven daily treatments of CD    09:44 AM
```

14 (Pages 383 - 386)

CONFIDENTIAL

Page 387

1  mice with 4 milligrams per kilogram NDMA gave
2  rise to a toxicity-associated increase in
3  hepatocyte replication, whereas a similar
4  treatment of 2 kilograms per kilogram had no
5  detectable effect."                    09:45 AM
6        Did I read that correctly?
7     A.  Correct.
8     Q.  And does that also provide
9  evidence that in that study there was a
10 threshold level below which there was no      09:45 AM
11 detectable effect?
12       MR. NIGH:  Form objection.
13    A.  I would have to see what the
14 effect is.
15 BY MR. FOWLER:                          09:45 AM
16    Q.  Okay.  Do you agree that when the
17 authors report no effect at 2 milligrams
18 compared to 4 milligrams, they are -- that is
19 defining a threshold level in that study?
20       MR. NIGH:  Form objection.        09:45 AM
21    A.  So the readout we use is tumor
22 induction.  So I just have to see what the
23 readout here IS, had no detectable effect.
24       Because they said toxicity
25 increase in hepatocyte replication.    09:45 AM

Page 388

1  Hepatocyte replication, as I mention in the
2  key characteristics of cancer, that's that
3  not a readout.  We don't use proliferation or
4  replication as a readout of threshold doses
5  when you -- the term, does a chemical cause   09:46 AM
6  cancer, and Peto used 4,000 rats with 16
7  different doses with about 30 males each, 30
8  females each, one of the largest chemical
9  carcinogen assays in the field.  In fact,
10 that experiment, which we used to determine   09:46 AM
11 the linear threshold -- the no threshold
12 dose, that is a classic study because of the
13 amount and number of animals.
14       To say that -- I'm still not
15 understanding your question.            09:46 AM
16    Q.  I'll ask it again, sir.
17       For the effect of NDMA that was
18 being studied by Doolittle, they observed an
19 effect at 4 milligrams that they did not
20 observe at 2 milligrams.  That's what this    09:47 AM
21 reports, correct, sir?
22    A.  Correct.
23    Q.  Okay.  Thank you.
24       And looking at the next sentence
25 "Finally, Suzuki et al. reported that 5 daily  09:47 AM

Page 389

1  oral doses of 1 milligram per kilogram NDMA
2  did not induce any significant cell
3  proliferation in hepatocytes of Big Blue
4  mice."
5        Do you see that, sir?           09:47 AM
6     A.  Yes.
7     Q.  So, again, they're reporting a
8  level of NDMA that did not cause the effect
9  that they were studying.
10       Can we agree that's what that      09:47 AM
11 study reports?
12    A.  Correct.  They were studying the
13 proliferation of hepatocytes in C57 mice.
14    Q.  "Based on these data," it states,
15 "it appears that little if any hepatocyte     09:47 AM
16 proliferation would be induced by 10 daily
17 doses of the 1 milligram per kilogram of NDMA
18 as employed in our study, where it would have
19 been after the highest single dose employed,
20 i.e., 10 milligrams per kilogram."      09:48 AM
21       Do you see that, sir?
22    A.  Yes.
23    Q.  And if we break that down, that is
24 reporting that a single dose at 10 milligrams
25 per kilogram induced an effect that the same  09:48 AM

Page 390

1  10 milligrams spread out over 10 days at one
2  milligram did not produce.
3        That's what this means, isn't it,
4  sir?
5     A.  Yes.  But, as I've said, using the  09:48 AM
6  hepatocyte proliferation as a readout to
7  determine a threshold dose in animals, that's
8  very misleading.  Like I said, in the key
9  characteristics of cancer, proliferation,
10 apoptosis, angiogenesis, chemical -- genomic  09:48 AM
11 instability, electrophilic metabolite
12 activation, oxidative stress, inflammation.
13       The fact that NDMA and NDEA can
14 cause cancer in animals and the Peto study
15 that we base the threshold -- the no          09:49 AM
16 threshold on is 4,080 rats and the readout is
17 cancer induction.
18       The mechanism of cancer
19 induction -- proliferation and hepatocyte
20 proliferation is just one marker of how a     09:49 AM
21 cancer can grow.  There are plenty of
22 mechanisms how a cancer can grow and have no
23 effect on proliferation.
24       NDMA can cause cancer through
25 other mechanisms besides proliferation, and   09:49 AM

15 (Pages 387 - 390)

CONFIDENTIAL

Page 391

1 as I mentioned in my report with the key
2 characteristics. In fact, NDMA and NDEA can
3 exhibit 9 of the 10 key characteristics.
4        And that's why in science it's
5 very important to put the context of what a        09:49 AM
6 finding is in the context of the field. We
7 know that this is a carcinogen that causes
8 cancer in multiple species, multiple ways of
9 administration, multiple sites. So we know
10 that the NDMA and NDEA causes cancer.        09:50 AM
11        The mechanism can depend on, as I
12 mention -- and this is very important that
13 IARC has stressed. There are multiple
14 mechanisms of carcinogens. There's not only
15 just proliferation, apoptosis, cell death.        09:50 AM
16        A genotoxic carcinogen such as
17 NDMA can trigger -- that metabolic activation
18 can trigger multiple steps. And that as I
19 mentioned yesterday, many of these key
20 characteristics, such as oxidative stress,        09:50 AM
21 inflammation, and apoptosis are related to
22 that induction of the DNA adducts and the
23 mutagenesis and the genotoxicity.
24        So proliferation, which is the one
25 readout here, is only one potential mechanism        09:51 AM

Page 392

1 of the cancer causation.
2        Q. And this article that you cited
3 that we're talking about is peer reviewed in
4 the Journal of Carcinogensis, correct, sir?
5        A. Correct.        09:51 AM
6        Q. And turning your attention to the
7 conclusion on page 737, top of the page,
8 second column, it states, "This suggests that
9 toxicity-induced liver cell proliferation may
10 play an important role in determining NDMA        09:51 AM
11 mutagenesis in the liver and that
12 extrapolation of NDMA-mediated mutagenic
13 effects to low dose levels should not be
14 based on the assumption of dose linearity,
15 even if dose is expressed in terms of DNA        09:51 AM
16 damage."
17        Do you see that, sir?
18        A. Yes.
19        Q. And in this article that you
20 cited, that is suggesting that their finding        09:52 AM
21 supports a nonlinear dose relationship at low
22 levels. That's what this says, isn't it?
23        MR. NIGH: Form objection.
24        A. So in one paper focused on
25 mutations, mutations aren't a determination        09:52 AM

Page 393

1 of dose threshold in cancer causation. In
2 fact, that's -- mutagenesis alone doesn't
3 mean a chemical will cause cancer.
4 BY MR. FOWLER:
5        Q. Okay.        09:52 AM
6        A. It's an important step. And, as I
7 mentioned, that's why IARC has stressed there
8 10 key characteristics, and mutagenesis DNA
9 instability is only one part of it. So not
10 all chemicals that induce mutagenesis cause        09:52 AM
11 cancer.
12        But in this case, NDMA and NDEA,
13 we have the overwhelming evidence that this
14 is a potent carcinogen in the animals and a
15 potent carcinogen in the epi studies and in        09:53 AM
16 the mechanism.
17        So what's important in science, if
18 we put the context of this paper into the
19 context of the overwhelming evidence in the
20 field of 60 years of literature, and I cited        09:53 AM
21 over 500 publications, and as I said before,
22 for threshold, relying on Peto and Terracini
23 and others, these are the studies where,
24 actually, instead of using proliferation or
25 mutagenesis as a readout, they use the cancer        09:53 AM

Page 394

1 induction as a readout.
2        And in the case of Peto, that
3 no-dose threshold is in the linear approach,
4 which is accepted and approved by the FDA,
5 the EMA, IARC, NTP, EPA, that that was based        09:53 AM
6 on 4,080 rats.
7        And not only is that study used in
8 the nitrosamine literature, in the chemical
9 carcinogenesis field, it is a classic study
10 that is applicable to many carcinogens, not        09:54 AM
11 just NDMA and NDEA.
12        It's very unusual for a study such
13 as Peto to have 4,000 animals, 16 groups, 30
14 female rats in each group, and they let the
15 rats live out their lifetime, which is        09:54 AM
16 very important. To determine a dose
17 threshold, you want to see the entire
18 readout -- of the readout of the tumor
19 induction, which in Peto they let the animals
20 go out all the way.        09:54 AM
21        So, as I said, in science we use
22 an overwhelming synthesis of not only the
23 animal studies, which I mention before, the
24 chemical carcinogenesis bioassay, that assay
25 is the single goal standard to start the        09:55 AM

16 (Pages 391 - 394)

CONFIDENTIAL

Page 395

1 process to ask the question does a chemical
2 cause cancer.
3        But then we use the mechanistic
4 studies that I've detailed in my report, the
5 10 key characteristics that use animal          09:55 AM
6 tissue, rodent tissue, and then use human
7 tissue; and then using the epidemiology, the
8 human studies with people, and together that
9 that's how we determine does a chemical cause
10 cancer.  And in this case, NDMA and NDEA       09:55 AM
11 cause human cancer.
12    Q.  Doctor, you've stated at one point
13 here this morning that we base no threshold
14 on Peto.
15        Do you recall stating that?          09:55 AM
16    A.  Yes.
17    Q.  Who's the "we" in that situation?
18    A.  So let me say -- when I say "we,"
19 the field -- so as I mentioned yesterday,
20 there are leading agencies, such as IARC,      09:56 AM
21 that assemble leading scientists in the
22 field, who will go through, in a very
23 rigorous, systematic way, the four lines of
24 evidence, such as animal data, mechanistic
25 data, human tissues, epidemiology data, and    09:56 AM

Page 396

1 they will determine -- they will do a
2 suggestion of the hazard analysis.
3        And then, as I mentioned, leading
4 agencies, such as the regulatory agencies,
5 will look at that and determine the risk.      09:56 AM
6    Q.  Doctor, I'm talking about Peto and
7 only Peto for the next few minutes.  Okay?
8        You made a statement that we base
9 no threshold on Peto.  Are you suggesting
10 that the Peto data supports no threshold,      09:57 AM
11 sir?
12        MR. NIGH:  Form objection.
13    A.  So if you look at the liver cancer
14 that the NDMA -- which the target in NDMA is
15 liver cancer, so if you look at the liver      09:57 AM
16 cancer studies, so one part per million was
17 associated with 25 percent incidence of
18 cancer; and if you extrapolate with the
19 linear curve, then that 0.2 part per million
20 was less than -- there's still a percent with  09:57 AM
21 the liver cancer studies in Peto that you see
22 no threshold, even a small dose is
23 extrapolated to cause cancer.
24    Q.  Peto did not have data on the low
25 dose, it was a calculation -- it was an        09:57 AM

Page 397

1 assumption by him in that study with regard
2 to low doses, correct?
3        MR. NIGH:  Form objection.
4    A.  Peto noticed the -- the lowest
5 dose that they used in the liver cancer        09:58 AM
6 studies, they saw cancer, and then they --
7 and all those doses that they show cancer,
8 then they use -- other people can use and
9 they can use a linear extrapolation to
10 backtrack and say at a certain dose you get    09:58 AM
11 cancer.
12        So the important part of Peto
13 is -- and Peto, as I said before, had 60
14 animals per group.  And they let the rats
15 live out, and they showed that there -- at     09:58 AM
16 every dose they use, in the liver cancer
17 studies, cause cancer.  And then we use a
18 linear extrapolation, when I say "we," the
19 field, uses a linear extrapolation to
20 calculate the no-dose threshold.               09:58 AM
21    Q.  So, Doctor, you believe that the
22 Peto 1991 two-year cancer bioassay has good,
23 reliable data?
24    A.  In every -- that is one of the
25 classic studies that people use, yes.          09:59 AM

Page 398

1    Q.  I'm just asking a simple question.
2    A.  Yes.
3    Q.  Yes, the data is reliable and you
4 rely on Peto?
5    A.  Yes.                              09:59 AM
6    Q.  And it is your contention that the
7 Peto data supports your opinion that there's
8 no threshold level?
9    A.  With liver cancer, with NDMA, yes,
10 that there -- like I said before, that one     09:59 AM
11 part per million was associated -- even at
12 the lowest dose they used, they saw liver
13 cancer.
14        What's important also, as I cited
15 583 papers in my report, I don't only rely on  09:59 AM
16 Peto.  So Terracini et al., 1967, when they
17 gave 2 part per million, 5 part per million,
18 all the animals were -- got cancer.  So NDMA
19 could cause cancer at every dose.  And I
20 cited, in liver cancer, at least 32            10:00 AM
21 publications, and I cited multiple
22 publications.
23        So while Peto is the largest
24 study, with 4,080 rats, and NDMA cause liver
25 cancer at every dose, I don't rely only on     10:00 AM

17 (Pages 395 - 398)

Page 399

1 Peto. So Terracini, 1967, and other studies
2 in my report, also show -- are consistent
3 with a linear dose response that at every
4 dose in that study, for example, Terracini
5 1967, 2 part per million, 5 part per million,      10:00 AM
6 10 part per million all cause cancer.
7        MR. NIGH: Mr. Fowler, we've been
8 going for over a hour. How much longer
9 do you want to go before a break?
10        MR. FOWLER: We'll stop. Whenever      10:01 AM
11 you do that, I'm happy to stop because
12 it breaks the flow, so we'll take a
13 break now.
14        MR. NIGH: When I ask you a
15 question how much longer you want to      10:01 AM
16 go?
17        MR. FOWLER: Yeah.
18        MR. NIGH: Okay.
19        THE VIDEOGRAPHER: The time is 10
20 o'clock we're off the record.      10:01 AM
21 (Recess taken at 10:01 a.m. to 10:17 a.m.)
22        THE VIDEOGRAPHER: The time is
23 10:16. We're back on the record.
24 BY MR. FOWLER:
25     Q. Doctor, a couple housekeeping      10:17 AM

Page 400

1 matters before I get in trouble with madam
2 court reporter.
3        The articles that you brought
4 yesterday that we had a placeholder to put
5 Exhibit 4 onto. You've got those today as      10:17 AM
6 well, sir?
7     A. Are you talking about the ones I
8 had yesterday?
9     Q. Yes, sir. So I'd like to mark
10 those as Exhibit 4. And what we'll do at      10:17 AM
11 lunch, and I'll stop talking in a second, at
12 lunch we'll make a copy of the new 17 and
13 then this so that you can have your articles
14 back.
15     A. Yeah, I actually have PDFs. I      10:17 AM
16 mean I can -- if it's easier.
17     Q. Your counsel will want you to have
18 them back because they've got your highlight.
19 I'm happy to keep them. Let's mark it 4.
20 (Exhibit 4, marked on 9/9/21.)      10:18 AM
21     Q. I'm returning these to you, sir.
22     A. Thank you.
23     Q. And the second housekeeping matter
24 is, I want to mark your report as an exhibit.
25 I'd be in trouble if I didn't do that. Let's      10:18 AM

Page 401

1 make this number 21.
2 (Exhibit 21, Rule 26 Expert Report of Dipak
3 Panigrahy, MD, marked for identification.)
4        MR. FOWLER: And here's eight
5 pounds that we don't have to carry back,      10:19 AM
6 Counsel. Two copies.
7        Now I'm going to mark Exhibit 22,
8 please.
9 (Exhibit 22, Dose and Time Relationships for
10 Tumor Induction in the Liver and Esophagus of      10:20 AM
11 4080 Inbred Rats by Chronic Ingestion of
12 N-Nitrosodiethylamine or
13 N-Nitrosodimethylamine, marked for
14 identification.)
15 BY MR. FOWLER:      10:20 AM
16     Q. Sir, Exhibit 22 is one of the two
17 Peto articles on his two-year bioassay,
18 correct, sir?
19     A. Correct.
20     Q. And this is the study that you've      10:20 AM
21 been referencing in this deposition with
22 regard to your opinion on they're not being a
23 threshold, correct, sir?
24     A. Correct. One of the articles,
25 yes.      10:20 AM

Page 402

1     Q. And directing your attention to
2 the -- the bottom page number is 6463, and
3 I'm going to direct your attention to
4 Table 7, it's the landscape, the horizontal
5 table.      10:21 AM
6        Are you with me, sir?
7     A. Yes.
8     Q. Now let's look at -- well, first
9 of all, do you agree that this table reflects
10 the numbers of liver cancer -- the level of      10:21 AM
11 liver cancer that occurred in the various
12 doses that were provided to these mice,
13 correct?
14     A. Yes. They were rats. Rats.
15     Q. Rats. Sorry.      10:21 AM
16        And the first treatment group,
17 number 1, is the control group, right?
18     A. Correct.
19     Q. Bear with me a second, Doctor.
20        Okay. What we see are the      10:22 AM
21 treatment groups that you referred to.
22 There's 15 treatment groups below that,
23 correct.
24     A. Correct.
25     Q. And the control group demonstrated      10:22 AM

18 (Pages 399 - 402)

Page 403

1 10 liver cell -- 10 liver tumors as there
2 background rate, if you will, the control
3 group had 10 liver tumors develop, correct?
4    MR. NIGH:  Form objection.
5    A.  Correct.                10:23 AM
6 BY MR. FOWLER:
7    Q.  And when we look at the first dose
8 given at .001, there were four liver tumors
9 reported in that group, correct?
10    A.  Correct.                10:23 AM
11    Q.  And four is less than 10?
12    A.  Yes.
13    Q.  And you cannot draw any conclusion
14 that the four tumors seen at the lowest dose
15 are NDMA-related, because they're less than    10:23 AM
16 the background rate of 10 tumors in untreated
17 rats, correct?  Doctor?
18    A.  Correct.
19    Q.  And the second level dose,
20 at .003, only three tumors were observed in    10:24 AM
21 that group.
22      And three is less than 10 in the
23 control group, correct?
24    A.  Correct.
25    Q.  And you cannot attribute the    10:24 AM

Page 404

1 tumors that were observed in treatment group
2 3 to NDMA because they were less than the
3 background rate of untreated rats, correct?
4 Sir, I'm still on Table 7.
5    A.  Yeah, they're --            10:24 AM
6    Q.  And I could continue these
7 questions all the way through treatment group
8 9 that exhibited 7 liver tumors.
9      Seven is still less than the
10 control group, correct?            10:25 AM
11    A.  Yes.
12    Q.  And it's not until the 10th group
13 at .109 that we actually see a greater
14 incidence of liver tumors than the control
15 group, right?                10:25 AM
16    A.  Correct.
17    Q.  So you cannot draw any conclusion
18 that at the low doses of NDMA given to the
19 first eight treatment groups, that the liver
20 tumors observed were the result of NDMA;    10:25 AM
21 isn't that true?
22    A.  So what --
23    Q.  I'm sorry?
24    A.  Correct.
25    Q.  Thank you.                10:25 AM

Page 405

1    A.  So what Peto does is that one part
2 per million there's an increase in the
3 observed-to-expected ratio.  They compiled
4 what's the observed-to-expected ratio and
5 that -- it increases above the one part per    10:25 AM
6 million.
7    Q.  You can set that aside, sir.
8    MR. FOWLER:  Exhibit 23, please.
9 (Exhibit 23, Risk Assessment of
10 N-nitrosodimethylamine formed Endogenously    10:26 AM
11 after Fish-with-Vegetable Meals, marked for
12 identification.)
13 BY MR. FOWLER:
14    Q.  Before you, sir, is Exhibit 23.
15 This is a 2010 article in Toxicological    10:26 AM
16 Sciences.
17      Is that a peer-reviewed journal,
18 sir.
19    A.  Correct.
20    Q.  And the article is titled "Risk    10:27 AM
21 Assessment of NDMA formed Endogenously After
22 Fish-with-Vegetable Meals," right?
23    A.  Correct.
24    Q.  Doctor, if you turn -- first of
25 all -- I'm sorry.  I'll stop the colloquy.    10:27 AM

Page 406

1      First of all, on the first page,
2 second column, Doctor, you see the statement
3 "Endogenous formation of NDMA may amount to
4 27 to 34 micrograms, whereas the direct,
5 exogenous intake of NDMA in the Netherlands"    10:27 AM
6 anyway, "is estimated to be lower, around .1
7 micrograms per day."
8      Did I read that relatively
9 correctly?
10    A.  Correct.  You read it correctly.    10:28 AM
11    Q.  Thank you.
12      And Krul, that's one of the
13 articles we looked at yesterday.
14      Do you recall that, sir?
15    A.  Yes.                10:28 AM
16    Q.  Now, turning your attention to the
17 third page of this article.  It's article
18 page 325 at the top corner.
19      Are you with me, sir?
20    A.  Yes.                10:28 AM
21    Q.  Do you see a section called
22 "Dose-Response Assessment"?
23    A.  Yes.
24    Q.  And do you recognize the Peto
25 studies that are referred to there?    10:28 AM

19 (Pages 403 - 406)

Page 407

1    A.  Yes.
2    Q.  So can we agree that this study
3  used the Peto data in the analysis that we're
4  going to talk about here?
5    A.  Well, first I would say the        10:28 AM
6  sentence that you said -- like I said before,
7  there's no reliable way to measure endogenous
8  NDMA.  So the sentence that you're quoting
9  here, they're quoting Krul 2004 --
10    Q.  Yep.                  10:29 AM
11    A.  -- and there's currently no
12  reliable way to measure endogenous NDMA.
13    Q.  I understand.  I just added that
14  again because this is -- in a peer-reviewed
15  journal these type of facts are checked,      10:29 AM
16  right?  Doctor?
17    A.  The article is under -- yes.
18    Q.  In a peer-reviewed journal,
19  statements like "endogenous formation of NDMA
20  may amount to 27 to 34 micrograms," is      10:29 AM
21  checked by peer reviewers; correct?
22    A.  That statement relies on in vitro
23  assay to quantify an amount endogenous and
24  they say may amount to.
25      There's not -- this is in 2010.      10:29 AM

Page 408

1  We know in 2020 there's not an accurate way
2  to measure the endogenous NDMA.  They're just
3  suggesting that may account to 27 to 34
4  microgram, and they're citing a paper that
5  used modeling, didn't measure the NDMA using    10:30 AM
6  a biologically accurate way to measure that
7  NDMA.
8    Q.  Yeah.  Yes, Doctor.
9      And assuming, Doctor,
10  hypothetically, please, because you're an      10:30 AM
11  expert, I can ask you this, assuming
12  hypothetically that there is 27 to 34
13  micrograms a day produced endogenously, you
14  would agree that that amount exceeds the
15  level of NDMA detected in the affected      10:30 AM
16  valsartan tablets, correct?
17    A.  That's a hypothetical situation.
18  We can't -- we don't have an accurate,
19  biological method to measure endogenous NDMA.
20    Q.  Doctor, I'm asking you a      10:30 AM
21  hypothetical question.
22      For purposes of this question,
23  assume that the body produces 34 micrograms a
24  day.
25      And my question on that assumption    10:31 AM

Page 409

1  is, you would agree, then, that the amount
2  detected in the valsartan tablets is less
3  than the amount produced endogenously, under
4  that assumption?
5      MR. NIGH:  Form objection.      10:31 AM
6  BY MR. FOWLER:
7    Q.  Right?
8      MR. NIGH:  Form objection.
9  BY MR. FOWLER:
10    Q.  I'll withdraw the question.  I'm      10:31 AM
11  really not here to talk about
12  endogenous, so let's --
13    A.  Okay.
14    Q.  I understand your position, and
15  we're all fine on that.              10:31 AM
16      Back to the dose question, Doctor.
17      You agree that this -- that this
18  study used the Peto bioassay data.  That's
19  what the statement says, right?
20    A.  Correct.              10:31 AM
21    Q.  And it states "We used this study
22  for dose-response analysis related to chronic
23  exposure," correct?
24    A.  Yes.
25    Q.  "Health-based limit values for      10:31 AM

Page 410

1  NDMA-induced carcinogenicity have been
2  derived in the past (e.g., 27 to 186
3  nanograms per kilogram)."
4      Do you see that, sir?
5    A.  Yes.              10:32 AM
6    Q.  And are you going to dispute that
7  prior studies have found 186 nanograms per
8  kilogram to be an acceptable level, at least
9  according to this article?
10      MR. NIGH:  Form objection.      10:32 AM
11    A.  As I said before, I'm going
12  according to the FDA's 96 nanogram per day
13  acceptable index.
14  BY MR. FOWLER:
15    Q.  Okay.              10:32 AM
16    A.  That's in the year -- this paper
17  is 10 years ago.  So I'm going with the
18  current FDA acceptable index of 96 nanogram
19  per day for the NDMA.
20    Q.  Doctor, you relied on roughly 300    10:32 AM
21  articles before year 2000, right?
22    A.  Correct.
23    Q.  Okay.  So are you really going --
24  never mind.  Withdrawn.
25      Turn your attention to page 327,      10:33 AM

20 (Pages 407 - 410)

CONFIDENTIAL

Page 411

1 sir.
2      And, by the way, you did not
3 include this Zeilmaker study in your reliance
4 material, did you?
5      A.  I believe it wasn't in my          10:33 AM
6 reference list.
7      Q.  I believe it wasn't either.
8      And my question would be, you
9 know, since you really liked the Peto data,
10 why didn't you include a study that -- this    10:33 AM
11 study that relies on that Peto data?  Why
12 didn't you include this?
13      MR. NIGH:  Form objection.
14      A.  Because in science, it's better to
15 go to the original study, first of all.  When  10:33 AM
16 you cite a study, you want to go to the
17 original study.  And the Peto actually had
18 several publications.  And the other Peto
19 study I cited showed that the
20 observed-to-expected ratio, one part per       10:34 AM
21 million cause cancer.
22      So what's important in science is
23 to go to the original papers.  There are --
24 as I said, I reviewed over hundreds of
25 publications.  I cited over 500.  Many were     10:34 AM

Page 412

1 peer reviewed.  And ideally the best -- and
2 this is what all the scientists do, is you go
3 to the original paper that has the original
4 data.
5      Q.  Doctor, the original data from        10:34 AM
6 Peto was used in the Zeilmaker study.  That's
7 what Dr. Zeilmaker said, right?
8      MR. NIGH:  Form objection.
9 BY MR. FOWLER:
10      Q.  I thought we established that.       10:34 AM
11      A.  Correct.
12      Q.  Okay.  And you have no problem
13 with using the Peto data in other studies, do
14 you?
15      A.  Correct.  I went back -- it's one   10:34 AM
16 of the important studies that --
17      Q.  Yes, sir.
18      A.  -- determines the -- that's
19 consistent with the genotoxic carcinogen that
20 causes cancer at low doses.                    10:35 AM
21      Q.  Okay.  On page 327, Doctor, let's
22 look at this graphic using the Peto data, and
23 let's walk through it.
24      This graphic combines male and
25 female from the Peto data, correct, that's     10:35 AM

Page 413

1 what this states?
2      A.  Yes.
3      Q.  And when it's plotted on this
4 graphic, Doctor, do you see that a -- there
5 is a level below which -- let me start that     10:35 AM
6 again.
7      When you look at the level of --
8 in that first half of that table, it's
9 horizontal, right; it's what would be
10 described as a threshold?  Do we agree with     10:35 AM
11 that?
12      A.  Yes.
13      Q.  Okay.  And that is using the Peto
14 data, and it demonstrates that the incidence
15 of liver tumors does not begin to increase      10:36 AM
16 until the logarithmic dose at
17 approximately -- let me start that question
18 again.
19      It demonstrates that there's not
20 an increase in liver doses until we get to      10:36 AM
21 the log 10 dose of around negative 1.5 on
22 this.
23      Do you see that?
24      MR. NIGH:  Form objection.
25 BY MR. FOWLER:                                  10:36 AM

Page 414

1      Q.  It's a terrible question.
2      Do you see, Doctor, that the
3 incidence of liver tumors remains the same as
4 doses increase until a certain point and then
5 the liver incidence -- liver tumor incidence    10:36 AM
6 goes up, correct?
7      A.  Correct.
8      Q.  And this is using the Peto data?
9      A.  Correct.
10      Q.  And this is demonstrates this the    10:36 AM
11 changes or increases in doses up to a certain
12 point did not increase the incidence of liver
13 tumors.  Isn't that what this graph shows?
14      MR. NIGH:  Form objection.
15      A.  What's important in the Peto         10:37 AM
16 study --
17 BY MR. FOWLER:
18      Q.  I'm just interested in does that
19 graph --
20      MR. NIGH:  He can answer.               10:37 AM
21      A.  No, this is an interpretation --
22 we have to go back to the original data.
23      What Peto showed, in 4,000 rats,
24 is as you increase the dose, the incidence of
25 tumor induction increases.                      10:37 AM

21 (Pages 411 - 414)

CONFIDENTIAL

Page 415

1    What's important in the Peto
2 study, is that NDMA cause cancer and NDEA
3 cause cancer.  And what's important, and I
4 cited over a hundred publications from
5 multiple laboratories throughout the world,    10:37 AM
6 that NDMA and NDEA cause cancer in these
7 animal models.  That's the important part.
8 And that then it's a presumed human
9 carcinogen unless proven otherwise.
10    So the important part -- modeling    10:38 AM
11 with linear versus sigmoidal extrapolation,
12 we can do mathematical modeling, but we have
13 to go back to the original data, which is in
14 Peto, in 4,000 rats, that the NDMA and NDEA
15 cause cancer at increasing doses over 16    10:38 AM
16 different doses with 60 rats per animals.
17    Q.  Doctor, in the Peto study, what
18 caused the cancer in the rats that weren't
19 treated with NDMA that had 10 liver tumors?
20 What caused those tumor?    10:38 AM
21    A.  That's where we go to the -- in
22 the 16 doses that they do, we go to -- at one
23 part per million, there is 25 percent
24 increase over the -- from the treated to the
25 control, and that's a very -- that is a    10:38 AM

Page 416

1 potent carcinogen that causes cancer at a
2 very low dose in the animals.
3    And what's important in this case,
4 is that the FDA has allowed 96 nanogram per
5 day, which actually correlates with one in a    10:39 AM
6 thousand -- one in a hundred thousand risks
7 of getting the cancer, and that is not
8 inconsistent with a genotoxic carcinogen and
9 a dose threshold.
10    So what we know, and we rely on    10:39 AM
11 the whole field, is that these the genotoxic
12 carcinogens are very dangerous, can cause
13 cancer.  And the important part of the
14 original study of Peto, is that over 16
15 different doses, that the NDMA and NDEA cause    10:39 AM
16 cancer.
17    Q.  Doctor, my question to you -- I
18 think I remembered it.  My question to you
19 is, what caused the cancer in the control
20 groups?  When 10 tumors were observed, what    10:39 AM
21 caused their cancer?
22    A.  So in certain cancer types, a
23 control group can get cancer.  We call that a
24 spontaneous cancer, and that's why I don't
25 rely only on the Peto group.  In other    10:40 AM

Page 417

1 experiments, in 1970, Cudolli et al., had a
2 very important study where they did frogs,
3 and they showed in the control group no frogs
4 got cancer; and then when they exposed the
5 frogs to NDMA at 5 part per million and 50    10:40 AM
6 part per million, within 9 to 11 weeks only
7 the treated animals got cancer.  And within
8 16 to 18 weeks, the latency period was within
9 four to five months, 50 percent of the frogs
10 got cancer and zero control animals got    10:40 AM
11 cancer.
12    So while in Peto, at a very, very
13 small dose, some of the controls get cancer,
14 we call that spontaneous cancers, I cited
15 multiple publications in my report where, in    10:40 AM
16 a control group, there was no cancer, and
17 NDMA or NDEA stimulated cancer in -- only in
18 the treated group.  That's part of animal
19 modeling, is that in certain animal models a
20 control group can get what we call    10:41 AM
21 spontaneous cancer.
22    What's important in the Peto
23 study, in the 4,000 rats, is not to focus on
24 the first few where -- and they call it the
25 observed-to-expected ratio, the first few    10:41 AM

Page 418

1 rats at the very, very tiny doses where there
2 was no difference, that's where you have to
3 go to higher doses, and that's where, in the
4 16 different doses, that the NDMA and NDEA
5 caused the cancer.    10:41 AM
6    But what's important here is I
7 don't rely only on Peto.  I rely on hundreds
8 of publications that I cited in this paper.
9 On liver alone, I cited 32 publications that
10 NDMA and NDEA caused cancer in and in many -- I    10:41 AM
11 just told you just one -- I could go into
12 other ones, but I just cited one, where only
13 the treated group caused cancer and the
14 controlled group didn't get any cancer.
15    Q.  Doctor, you're not going to tell    10:42 AM
16 this jury that they should accept information
17 from a frog study where they're swimming
18 around in water treated with NDMA and accept
19 that what happens to the frog is in any way
20 comparable to the level of NDMA in orally    10:42 AM
21 ingested valsartan tablets, are you?
22    MR. NIGH:  Form objection.
23    A.  So we have over 60 years of
24 evidence showing the reason why every drug
25 that's ever tested in people has to go    10:42 AM

22 (Pages 415 - 418)

CONFIDENTIAL

Page 419

1 through animals, by the FDA, is there a
2 biological chemical, genetic similarities
3 between animals and humans.
4      So we don't rely only on one
5 species or one animal, we'll do -- every drug    10:42 AM
6 that goes into people gets tested at some
7 point in a large animal species.  It could be
8 a dog, monkey, pig.  And what's important in
9 that case, that those animals, the
10 bioavailability of NDMA and NDEA are much    10:43 AM
11 higher.
12      But what's important here is I --
13 not only did I -- NDMA and NDEA cause, like I
14 said before, cancer in 10 to 18 different
15 species.  I cited one study, a frog, I    10:43 AM
16 could -- and in my report I've cited hundreds
17 of papers with multiple species.  I cited
18 papers where NDMA and NDEA can cause cancer
19 in snakes, in monkeys, in pigs, in swine, in
20 chickens, in cats.    10:43 AM
21      So because it's a human
22 carcinogen, we cannot do experiments on
23 people; and that's why, as I mentioned
24 before, that we do other mechanistic studies
25 with humans and then we do -- I have the epi    10:43 AM

Page 420

1 studies in the report.
2      Q.  Doctor, directing your attention
3 to page 328 on this exhibit.  Do you see the
4 chart, Figure 6?
5      Are you with me, Doctor?    10:44 AM
6      A.  Yes.
7      Q.  It is called "Dose-response
8 relationship between a single administration
9 of NDMA (milligram per kilogram body weight)
10 and the induction of mesen-" --    10:44 AM
11      A.  Mesenchymal.
12      Q.  -- "mesenchymal kidney tumors" --
13 thank you -- "in the rat, 28 to 24 months
14 after administration."
15      Do you see, Doctor, a threshold    10:44 AM
16 level at the low single doses up until just
17 after 10 on this chart?
18      A.  Like I -- no.
19      What was the question?
20      Q.  You don't see a threshold here?    10:44 AM
21      A.  Oh, yes.
22      Q.  And this is up to 10 milligrams
23 per kilogram there was no increase in the
24 incidence of the kidney tumors, according to
25 this paper, correct, Doctor?    10:45 AM

Page 421

1      MR. NIGH:  Form objection.
2      A.  Correct.
3 BY MR. FOWLER:
4      Q.  And that demonstrates a threshold
5 both -- that demonstrates a threshold dose    10:45 AM
6 response, correct?
7      A.  Correct.  However --
8      Q.  Thank you.
9      A.  -- what I would say is that
10 because NDMA and NDEA are genotoxic    10:45 AM
11 carcinogens, we know that these genotoxic
12 carcinogens do not have a dose threshold,
13 because of the mechanism of action that I've
14 said before.
15      MR. FOWLER:  I can't read -- this    10:45 AM
16 says we know that these genotoxic
17 counter terrorists.  What was his
18 statement, please?
19      A.  That genotoxic carcinogens do not
20 exhibit a dose threshold.    10:45 AM
21 BY MR. FOWLER:
22      Q.  I thought what's what you said,
23 sir.
24      But according to the Zeilmaker
25 article, using the Peto data on page 327, it    10:46 AM

Page 422

1 demonstrates -- contrary to your opinion, the
2 Peto data demonstrates that there is a
3 threshold, correct?
4      MR. NIGH:  Form objection.
5      A.  Correct.    10:46 AM
6 BY MR. FOWLER:
7      Q.  Thank you.
8      A.  But as I said before --
9      Q.  There's not a at question pending.
10      A.  -- I rely on hundreds of    10:46 AM
11 publications in the field; and here, in the
12 context of this case, does exogenous
13 NDMA/NDEA cause cancer, as I said before, the
14 four lines of evidence show that NDMA and
15 NDEA cause cancer in animals, similar    10:46 AM
16 mechanism in humans, and increase the risk of
17 cancer in the epi studies.
18      MR. FOWLER:  24, please.
19 (Exhibit 24, Concepts of threshold in
20 mutagenesis and carcinogenesis, marked for    10:47 AM
21 identification.)
22 BY MR. FOWLER:
23      Q.  Doctor, this is an article that
24 you -- let me start that again for the
25 record.    10:48 AM

23 (Pages 419 - 422)

CONFIDENTIAL

Page 423

1    This article is by
2 Dr. Kirsch-Volders, it's entitled "Concepts
3 of threshold in mutagenesis and carcinogens,"
4 and it's from Mutation Research in 2000.
5        Is that a peer-reviewed journal,      10:48 AM
6 Doctor?
7    A.  I believe so, yes.
8    Q.  And in the abstract, it starts
9 out, "Although the existence of a threshold
10 in the dose effect relationship is well      10:48 AM
11 documented for many, if not most, types of
12 toxicological effects, the existence of a
13 threshold for the mutagenic effects of
14 ionizing radiation and certain chemicals has
15 been questioned since the middle of the      10:48 AM
16 centry and only recently the questions for
17 thresholds of radiation and chemical
18 carcinogenesis has been addressed."
19        Do you agree with that statement,
20 Doctor?                               10:48 AM
21    A.  Yes.
22    Q.  And if I direct your attention,
23 please, to page 9 of this article, the
24 conclusions.
25        "The existence of biologically      10:49 AM

Page 424

1 meaningful threshold dose-response curves for
2 mutagenic and carcinogenic events is
3 probable."
4        Do you see that sir?
5    A.  Yes.                           10:49 AM
6    Q.  "However, it is not expected in
7 the case where the interaction between
8 mutagen/carcinogen and the target is governed
9 by a single direct biological reaction."
10        Have I read that correctly?      10:49 AM
11    A.  Correct.
12    Q.  "Therefore, if a statistical
13 threshold is observed, no important
14 conclusions about the real threshold can be
15 drawn before the mutagenic/carcinogenic      10:50 AM
16 mechanism is understood."
17        It says, the last sentence, "This
18 would not lead to a threshold on the basis on
19 interaction with DNA but to a threshold on
20 the basis of adverse effect."                10:50 AM
21        Doctor, do you understand that to
22 mean that when DNA mutations are involved,
23 the important threshold to consider is the
24 effect, such as the incidence of liver
25 tumors?                                10:50 AM

Page 425

1    A.  Yes.  But what's important is not
2 all mutagens can cause cancer.  So mutagenic
3 alone doesn't necessarily mean you get
4 cancer.  So that's why the readout -- and
5 also, this paper that we're talking about,      10:50 AM
6 Volders, is a concept paper.  This is not --
7 there's no original data.  This is a concept
8 paper that's based on this one hit -- single
9 hit, thinking of cancer from 20 years ago.
10 It's very outdated.  That's why I mentioned      10:51 AM
11 yesterday that IARC relies on the 10 key
12 characteristics.
13        We know today that cancer has
14 evolved from only -- not just
15 genotoxic/nongenotoxic carcinogens but cancer   10:51 AM
16 as a whole tissue.  And that's
17 how extensive -- we talked about 10 key
18 characteristics.  So this is -- the concept
19 of mutagenic and carcinogenic is not the same
20 thing.  Mutagenesis and carcinogenesis are      10:51 AM
21 not the same thing.
22        I was asked does NDMA or NDEA
23 cause cancer not are they mutagenic.
24    Q.  Right.
25    A.  So just a different --           10:51 AM

Page 426

1    Q.  Yes, Doctor.
2        And according to your definition
3 of a concept paper being where there's no
4 original data, your entire report is a
5 concept paper under that definition, isn't      10:51 AM
6 it, sir?
7        MR. NIGH:  Form objection.
8    A.  No.  I cited many publications
9 that cite the original papers and --
10 BY MR. FOWLER:                          10:52 AM
11    Q.  Doctor, you have no original data
12 in your entire report.  It is a concept
13 paper.
14        MR. NIGH:  Form objection.
15    A.  So my report relies on four --      10:52 AM
16 like I mentioned before, four manners of
17 evidence.  So the animals, carcinogenesis and
18 human and the epidemiology data.
19        THE REPORTER:  I'm sorry, I lost
20 you on that.                          10:52 AM
21        "So the animals, carcinogenesis
22 and the epi data.
23        That's in the context of a
24 chemical causing cancer and this context
25 is different.  Mutagenesis, as I've      10:52 AM

24 (Pages 423 - 426)

CONFIDENTIAL

Page 427

1    mentioned, the field has evolved over
2    the last 20 years, that not all mutagens
3    are carcinogenic, so it's a different
4    question.
5        MR. FOWLER:  25, please.        10:53 AM
6    (Exhibit 25, Dose-Response Studies and
7    'No-Effect-Levels' of N-Nitroso Compounds,
8    marked for identification.)
9    BY MR. FOWLER:
10       Q.  Before you, Doctor, Exhibit 25 is    10:53 AM
11   an article by Dr. Preussmann, and this is an
12   article that you cited in Footnote 80 of your
13   report.  So I trust you're familiar with it?
14       A.  Yes.
15       Q.  And looking at the abstract, sir,    10:54 AM
16   it states, "One major problem in the
17   evaluation of potential carcinogenic food
18   additives and contaminates is that of
19   thresholds or, better, of
20   'no-adverse-effect-levels.'"        10:54 AM
21       Do you see that, sir?
22       A.  Yes.
23       Q.  "Arguments in favor of the
24   postulated 'irreversibility' of carcinogenic
25   effects are based on dose-response studies,    10:54 AM

Page 428

1    single dose and multi generation experiments,
2    as well as on the concept of somatic mutation
3    as the first step in carcinogenesis with
4    subsequent transmittance of induced effects
5    during cell replication.  The problem of    10:54 AM
6    extrapolation of results of animal
7    experiments using high doses to low exposure
8    and low incidence in man is not yet solved
9    satisfactorily."
10       Do you agree with that statement,    10:55 AM
11   Doctor?
12       A.  So that sentence -- I don't
13   completely agree with that sentence.  We have
14   60 years of animal literature that shows
15   up -- when a chemical causes cancer in    10:55 AM
16   animals, it's a presumed human carcinogen
17   otherwise.  The dose -- it's not at a certain
18   dose.  The question, does the chemical cause
19   cancer?
20       Q.  Okay.  The last sentence in the    10:55 AM
21   abstract, it states, "Acceptable intake
22   should never be considered constants but
23   should be changeable as soon as new facts in
24   regard to the safety evaluation are
25   available."        10:55 AM

Page 429

1        Do you agree with that statement,
2    sir?
3        A.  Yes.
4        Q.  And by "acceptable intake" at FDA,
5    if new safety data is provided, such as a    10:55 AM
6    BMDL calculation, would you agree, then, that
7    FDA should reconsider the 96 nanogram AI if
8    new facts in regard to the safety evaluation
9    are available?
10       MR. NIGH:  Form objection.        10:56 AM
11       A.  Correct.  However, what science
12   moves in peer-reviewed journals.  Like I
13   mentioned before, IARC is very careful -- the
14   leading national -- international agency in
15   cancer causation is very careful to use    10:56 AM
16   peer-reviewed original papers in their
17   assessment on does a chemical cause cancer.
18       So the regulatory agencies that I
19   have reviewed their documents, I have not
20   seen any of them that use the -- anything    10:56 AM
21   else accept the TD 50, based on the linear
22   approach, as we've talked about.
23       And I said, the recommendations
24   from these agencies, which I agree with, is
25   that the amount of NDMA or NDEA should be    10:57 AM

Page 430

1    limited; and even though the FDA does allow
2    96 nanogram per day, as I said before, that
3    does have a risk of one in a hundred thousand
4    to get cancer.  And so in this case the
5    contaminated valsartan pills had over that    10:57 AM
6    amount of NDMA or NDEA.
7        Q.  Doctor, the FDA's linear back
8    extrapolation does not include any
9    determination of the level of DNA repair that
10   is present.        10:57 AM
11       Do you agree with that, sir.
12       MR. NIGH:  Form objection.  Asked
13       and answered many times.
14       A.  As I said before, the DNA
15   repair -- correct, the DNA repair is part of    10:57 AM
16   the 10 key characteristics of cancer, and
17   there's multiple mechanisms how NDMA and NDEA
18   can cause cancer.
19   BY MR. FOWLER:
20       Q.  Okay.  Doctor, do you agree -- you    10:58 AM
21   can set that exhibit aside.  Thank you.
22       You agree, Doctor, that it is
23   important to assess the risk of exposure to
24   potential carcinogens in a manner that most
25   closely resembles the exposure at issue, and    10:58 AM

25 (Pages 427 - 430)

CONFIDENTIAL

Page 431

1 in this case the exposure at issue being the
2 orally ingested valsartan tablets with low
3 levels of NDMA.
4        A.  Correct.  Yes.
5        Q.  That's important.  You want to        10:58 AM
6 consider the route of exposure most similar
7 to the route of exposure at issue, correct?
8        A.  Correct.
9        Q.  Because the NDMA that's found in
10 the orally ingested valsartan tablets is        10:58 AM
11 metabolized --
12        I'm sorry.  Let me start that
13 again.
14        The exposure route from an orally
15 ingested tablet requires that tablet to first        10:59 AM
16 be metabolized by the liver, correct?
17        A.  What's the question?
18        Q.  Inhalation studies, Doctor, tell
19 us nothing about the risk from low level of
20 NDMA in tablets that must be swallowed, for        10:59 AM
21 example?
22        A.  No -- well, we know from NDMA and
23 NDEA that they cause cancer in six different
24 routes of administration:  inhalation,
25 orally, IP and intraperitoneal --        10:59 AM

Page 432

1        THE REPORTER:  I'm sorry, no, no.
2 "Routes of administration, inhalation"?
3        THE WITNESS:  Inhalation, oral,
4 intraperitoneal, subcutaneous,
5 intratracheal -- whether it's oral or        11:00 AM
6 inhalation, NDMA or NDEA can cause
7 cancer.
8        What's important, is that even in
9 animal studies that were -- inhaled
10 NDMA, they got cancer in systemic        11:00 AM
11 places, such as the kidney.  So we all
12 already know -- and what we know is that
13 when we convert the bioavailability from
14 rodents to humans, what we know -- and
15 these were studies done by Gombar,        11:00 AM
16 there's three studies I cited in the
17 monkey, 49 percent bioavailability; in
18 the swine, 67 percent bioavailability;
19 and in the dog, 93 percent.  In the
20 rodent it's 8 percent bioavailable.        11:00 AM
21 So when we talk about translating
22 the results that I just said, inhalation
23 in animals can lead to systemic
24 exposure.  When we go to a human, you
25 have increased bioavailability of the        11:00 AM

Page 433

1 NDMA and NDEA.
2        And why that's important, is that
3 this carcinogen can cause cancer orally
4 or by inhalation, either way,
5 systemically, and we have higher --        11:01 AM
6 because of the Gombar studies, which
7 were done very carefully in monkeys,
8 dogs and swine, we know there's higher
9 bioavailability when we go to larger
10 species.        11:01 AM
11 BY MR. FOWLER:
12        Q.  I'll get back to that point,
13 Doctor.  But my question is about the mode of
14 exposure, Doctor.
15        In an inhalation study, it becomes        11:01 AM
16 systemic -- it causes systemic exposure
17 because from the lungs it goes blood, heart,
18 body, right?
19        MR. NIGH:  Hold on.  Form
20 objection.  And object to the colloquy        11:01 AM
21 at the beginning of the question.
22        A.  What's the question?
23 BY MR. FOWLER:
24        Q.  In an inhalation study you get
25 systemic exposure --        11:01 AM

Page 434

1        A.  Yes.
2        Q.  -- because it goes directly into
3 the blood from the lungs to the heart and its
4 pumped all over the body, right?
5        MR. NIGH:  Hold on.  You need to        11:01 AM
6 let him finish his question before you
7 answer.
8        MR. FOWLER:  So he can object.
9        A.  Correct.
10        MR. NIGH:  And not just so I can        11:02 AM
11 object.  I don't know why you filled
12 that in for me.  It's so that you can
13 finish the question, he can answer, and
14 you have a clean record.  That's what
15 we're supposed to do here.        11:02 AM
16 BY MR. FOWLER:
17        Q.  So you agree, Doctor, that
18 inhalation studies where the NDMA goes
19 directly to the circulatory system is a
20 different mode of exposure from an orally        11:02 AM
21 ingested tablet where NDMA must be
22 metabolized by the liver, correct?
23        A.  Correct.
24        Q.  It is not comparable to suggests
25 that -- well, strike that.        11:02 AM

26 (Pages 431 - 434)

CONFIDENTIAL

Page 435

1    Doctor, massive doses given to
2  animals by an IP, an intraperitoneal
3  injection, are not reflective of the exposure
4  from low level NDMA in the tablets that must
5  be swallowed.                    11:02 AM
6    Do you degree with that also?
7    MR. NIGH:  Form objection.
8    A.  I would agree with that.  But,
9  however, I said there's six different ways
10 that NDMA has been given to animals all cause   11:02 AM
11 cancer.
12   Q.  Isn't the question, Doctor,
13 whether the NDMA, in orally ingested tablets,
14 whether that incremental increase of NDMA
15 exogenous exposure increases the risk of        11:03 AM
16 cancer?  Isn't that the question, sir?
17   MR. NIGH:  Form objection.
18   A.  Yes.  I was asked, does orally
19 ingested valsartan contaminated NDMA cause
20 human cancer.  To answer that question, as I    11:03 AM
21 mentioned before, I used inhalation studies
22 in animals and people, and I used oral --
23 where NDMA was given orally, and both of them
24 cause cancer or in humans increase your risk
25 of cancer.  Using the dietary occupational      11:03 AM

Page 436

1  studies, such as Hidajat, which is a very
2  important study where the NDMA was inhaled,
3  and that caused 10 type -- that increased the
4  risk of 10 different types of cancer related
5  to the cumulative exposure of NDMA.             11:03 AM
6    MR. FOWLER:  26, please.
7  (Exhibit 26, Scientific Concepts, Value, and
8  Significance of Chemical Carcinogenesis
9  studies, marked for identification.)
10   Q.  Before you, Doctor, is a study by  11:04 AM
11 James Huff, "Scientific concepts, value, and
12 significance of chemical carcinogenesis
13 studies," from 1991, correct?
14   A.  Yes.
15   Q.  Is the annual review pharmacology   11:04 AM
16 toxicology [sic] a peer-reviewed journal?
17   A.  I would believe so, yes.
18   Q.  And you rely on this in your
19 report, it's from Footnote 40, sir, correct?
20   A.  Correct.                   11:05 AM
21   Q.  And directing your attention in
22 this page, sir, to 629, it's the page number
23 on the top right.
24      Referring to the value and
25 significance of chemical carcinogenesis       11:05 AM

Page 437

1  studies, Doctor, under routes of exposure
2  here it states, "The optimal route should
3  most closely mimic the major human exposure
4  route where possible."
5    Have I read that correctly, sir?      11:05 AM
6    A.  Correct.
7    Q.  Inhalation studies and rubber
8  workers with dermal exposure are not the
9  route of exposure that's at issue in this
10 case, correct, sir?                    11:06 AM
11   A.  Correct.
12   Q.  Okay.
13   A.  However -- so, in an ideal world,
14 we would give NDMA and NDEA -- pure NDEA
15 orally.  However, because it's a human        11:06 AM
16 carcinogen that's not possible.  So I relied
17 on my report not only on Hidajat inhalation
18 studies, but I relied on multiple epi studies
19 where -- using diet, where different types of
20 cancer had an increase risk of cancer with    11:06 AM
21 the amount of NDMA in the diet and that diet
22 was oral.
23      So I not only relied on inhalation
24 with Hidajat, which is a very important study
25 because there's 36,000 people over a 49-year   11:06 AM

Page 438

1  follow up; and, like I said before, 10
2  different types of cancer were increased.  So
3  what we do in science is we have to use a
4  whole set of papers, not rely on only one
5  paper.                         11:07 AM
6    Q.  Got it, Doctor.
7      In this case, in order for -- let
8  me start that again.
9      In this case, the NDMA detected in
10 the valsartan tablets would go to the liver    11:07 AM
11 first, correct?
12   A.  So --
13   Q.  Let me start the question again.
14      In this study, Doctor  -- in this
15 litigation, Doctor, the exposure to the        11:07 AM
16 levels of NDMA detected in the valsartan
17 tablets because of oral ingestion, would
18 first go -- first be metabolized by the
19 liver, correct?
20      MR. NIGH:  Form objection.          11:07 AM
21   A.  Correct.  There's a first-pass
22 metabolism initially.
23 BY MR. FOWLER:
24   Q.  That's right, Doctor.
25      And the liver has the highest      11:08 AM

27 (Pages 435 - 438)

CONFIDENTIAL

Page 439

1  level of the cytochrome P450 2E1 enzymes,
2  correct, Doctor.
3      A.  Correct.  They're highly expressed
4  in the liver, the enzymes.
5      Q.  And, Doctor, NDMA, you would          11:08 AM
6  agree, is subject to first-pass metabolism in
7  the liver, right?
8      A.  Correct.
9      Q.  And in order to escape the liver,
10 the liver would have to be saturated to the     11:08 AM
11 point where first-pass metabolism would not
12 be successful in eliminating the NDMA.
13         Do we agree with that.
14         MR. NIGH:  Form objection.
15     A.  So I'm not -- what's important          11:08 AM
16 here, like I said before, that the
17 bioavailability in humans for NDMA is much
18 higher than in rodents.  So in rodents it's
19 easier -- at certain doses you have to go
20 higher to scope the first-pass metabolism,      11:09 AM
21 but because of the studies we know from
22 Gombar, with the higher bioavailability in
23 swine, monkey and dogs, which is much higher,
24 like I said, in rodents at 8 percent, in the
25 larger animals, 49 to 93 percent, we know in    11:09 AM

Page 440

1  humans likely have a higher bioavailability.
2  What that means is that the NDMA
3  can go past the first-pass metabolism in the
4  liver.  And, in fact, we know that from the
5  occupational -- from the dietary studies,       11:09 AM
6  that there's an increased risk of people who
7  had NDMA in their diet who took -- who had
8  NDMA exposed orally, had increased risk of
9  cancer.
10        So we know in the gastric studies        11:09 AM
11 I've documented in my report, with Song and
12 four other studies, there's statistical
13 increase, and in my report I detailed the
14 other types where the dietary studies, in
15 which the NDMA exposure is orally, have an      11:10 AM
16 increased risk of cancer.
17 BY MR. FOWLER:
18     Q.  Doctor, in order for NDMA to
19 escape the liver, it would have to not be
20 successfully metabolized through first-pass     11:10 AM
21 metabolism, correct?
22        Strike that.  Ask it a different
23 way.
24        When NDMA is successfully
25 metabolized with first-pass metabolism, that    11:10 AM

Page 441

1  NDMA is excreted without going through the
2  rest of the body, correct?
3         MR. NIGH:  Form objection.
4      A.  Correct.  If it's only first-pass
5  metabolism -- if a drug only goes through       11:10 AM
6  first metabolism, it won't make it to the
7  systemic.  But what I'm saying is that we
8  know from the epi data that orally ingested
9  NDMA through the diet increased the risk of
10 multiple systemic cancers, and I've            11:10 AM
11 documented it in my report.  It wasn't only
12 liver cancer.  There's other cases where the
13 lung, the gastric -- yeah, in other systemic
14 cancers there's an increased risk.  Even, for
15 example, esophageal and other types.           11:11 AM
16 BY MR. FOWLER:
17     Q.  Doctor, there is a level of NDMA
18 that would be successfully metabolized with
19 first-pass metabolism; isn't that correct?
20     A.  Correct.                                11:11 AM
21     Q.  That's what first-pass metabolism
22 means, right?
23     A.  Correct.
24     Q.  Tell the jury what what first-pass
25 metabolism means, sir.                          11:11 AM

Page 442

1      A.  Right, that's when --
2      Q.  Explain first-pass metabolism.
3      A.  When a drug is taken orally, it is
4  metabolized through GI tract and the liver,
5  through the small intestine, liver, and if a    11:11 AM
6  drug is completely metabolized by first-pass
7  metabolism, it will not make it past the
8  liver.
9      Q.  Okay.  And there is a level above
10 which the liver's first-pass metabolism is      11:12 AM
11 not successful, for whatever drug or chemical
12 we're talking about, right?
13         MR. NIGH:  Form objection.
14     Q.  Let me ask a better question.
15        We know for example that the           11:12 AM
16 active pharmaceutical ingredient in valsartan
17 would not be effective in treating
18 hypertension if it was metabolized by the
19 liver and left the body; right; so we know
20 that the actual active ingredient that          11:12 AM
21 successfully treats hypertension leaves the
22 liver, right?
23         MR. NIGH:  Form objection.
24     A.  Right.  So valsartan is the ARB
25 inhibitor, it blocks angiotensin --            11:12 AM

28 (Pages 439 - 442)

CONFIDENTIAL

Page 443

1  BY MR. FOWLER:
2      Q.  Right.
3      A.  -- angiotensin II, it's an
4  angiotensin receptor blocker, and those
5  receptors are expressed systemically.          11:13 AM
6      Q.  And when the valsartan tablet is
7  taken, it goes stomach, small intestine, and
8  it's through -- is it ileum that has the
9  mesentery artery that goes to the liver,
10 correct, or the duod- --                        11:13 AM
11     A.  Correct.
12     Q.  Right.  And that's how the
13 valsartan tablet gets to the liver, right?
14     A.  Correct, the first pass.
15     Q.  It's not -- when it's in the          11:13 AM
16 stomach, the valsartan tablet is not
17 metabolized such that NDMA is exposed; isn't
18 that right?
19          MR. NIGH:  Objection.
20     A.  I don't know what the question      11:13 AM
21 here is.
22 BY MR. FOWLER:
23     Q.  The question is, just swallowing
24 the valsartan tablet does not expose the
25 stomach to NDMA, does it?                       11:13 AM

Page 444

1          MR. NIGH:  Form objection.
2      A.  The NDMA will go through the
3  stomach.
4  BY MR. FOWLER:
5      Q.  The tablet will go through the      11:13 AM
6  stomach?
7      A.  Yeah.
8      Q.  It's not broken down until it gets
9  past the stomach, right?
10         MR. NIGH:  Form objection.          11:13 AM
11     A.  So NDMA -- the enzymes that
12 metabolize NDMA, the cytochrome P450s, are
13 highly expressed throughout the body.  As I
14 mentioned in the report, the 10 tumor types
15 that I showed through my report that NDMA and   11:14 AM
16 NDEA can cause in humans, cytochrome P450s
17 are expressed by each of those 10 organs and
18 tissues.
19         So, for example, gastric expresses
20 cytochrome P450s, bladders expresses           11:14 AM
21 cytochrome P450s, kidney expresses the
22 cytochrome P450s.  And that's actually a very
23 important point.  Why NDMA and NDEA are very
24 dangerous is that the enzymes that quickly
25 metabolize them into ion are expressed         11:14 AM

Page 445

1  throughout the body, and that's -- and that,
2  in conjunction with the Anderson 1991 paper,
3  where they gave NDMA to monkeys and showed in
4  32 different tissues that these adducts were
5  expressed; that that was because these          11:15 AM
6  cytochrome P450s are expressed throughout the
7  body; while liver is the highest expression,
8  they're expressed everywhere.
9      Q.  Doctor, in order for the NDMA to
10 get to any other system in the body, it would   11:15 AM
11 have to escape the liver.
12         Can we agree on that?
13         MR. NIGH:  Form objection.
14     A.  Correct.  To go -- systemically.
15 BY MR. FOWLER:                                   11:15 AM
16     Q.  It would have to escape the liver
17 in order to reach any of those other organs
18 that you're talking about; correct?
19     A.  Yes.
20     Q.  And NDMA itself is fairly stable    11:15 AM
21 without being metabolized, correct?
22         MR. NIGH:  Form objection.
23 BY MR. FOWLER:
24     Q.  Withdrawn.
25         Doctor, you have no data in your     11:15 AM

Page 446

1  report where you -- and you have no opinion
2  in your report as to what level of NDMA is
3  necessary to escape the liver, do you?
4      A.  I'm not sure of the question.  I
5  don't go into endogenous levels of NDMA         11:16 AM
6  because it's not -- there's no scientific
7  reliable study to measure the levels --
8      Q.  We're not talking about that, sir.
9         We've established that there is a
10 level of NDMA that is successfully first        11:16 AM
11 metabolized -- first-pass metabolized by the
12 liver, correct?
13     A.  Correct.
14     Q.  And you have not done any -- you
15 have not reached any opinion as to what level   11:16 AM
16 of NDMA is necessary to not be successfully
17 metabolized with first-pass metabolism, have
18 you?
19         MR. NIGH:  Form objection.
20     A.  So, in my report, in the            11:17 AM
21 bioavailability section, which, as I just
22 said before, what's important in rodents,
23 there's 8 percent bio --
24         MR. NIGH:  Hold on.  Hold on.
25         You have to stop shaking your head   11:17 AM

29 (Pages 443 - 446)

CONFIDENTIAL

Page 447

1 at every answer. That is completely
2 inappropriate. You're pursing your lip;
3 you're shaking your head, not on video,
4 but I'm seeing it time and time again.
5       He's answering the question.    11:17 AM
6 Maybe it's not the answer that you want
7 because it's not your theory, but he's
8 answering.
9       MR. FOWLER: You can believe that
10 he's answering, Counsel --    11:17 AM
11       MR. NIGH Absolutely, he's
12 answering.
13       MR. FOWLER: -- but the record
14 will speak for itself.
15       THE WITNESS: So, as I was saying,    11:17 AM
16 when we go to humans, the reason I
17 only -- the first-pass metabolism is
18 very -- it's very important to rodents,
19 if you're a mouse or rat, because
20 there's only 8 percent bioavailability.    11:17 AM
21 But as you get into a larger species,
22 like human, the systemic -- throughout
23 my report I talk about systemic cancer
24 caused by NDMA and NDEA, but because
25 it's a human carcinogen and we can't    11:18 AM

Page 448

1 study carefully the amount of first-pass
2 metabolism in a human, because it would
3 be unethical to do that, to subject
4 someone to a carcinogen.
5       What Gombar and other people in    11:18 AM
6 the field have studied that -- they've
7 asked that question, what is the
8 bioavailability systemically in a large
9 animal, which I mention in my report,
10 that large animals are very similar to    11:18 AM
11 humans, the genetic, the metabolic, the
12 biochemical properties of large animals
13 are used throughout the world, and the
14 FDA requires it to get into -- a drug
15 into people.    11:18 AM
16       And, as I mentioned before, the
17 monkey, 49 percent bioavailability; the
18 swine, 67 percent; a dog, 93 percent; so
19 that tells us that in a human, likely
20 the NDMA is going systemically, because    11:18 AM
21 a human is closer to a larger animal
22 than a rodent.
23 BY MR. FOWLER:
24   Q. Okay. I think you want to talk
25 about Gombar.    11:19 AM

Page 449

1       MR. FOWLER: Let's mark 27,
2   please.
3 (Exhibit 27, Interspecies Scaling of the
4   Pharmacokinetics of N-Nitrosodimethyelamine,
5   marked for identification.)    11:19 AM
6 BY MR. FOWLER:
7   Q. Are you familiar with this study,
8 Doctor?
9   A. Yes.
10   Q. And you elected to cite in your    11:19 AM
11 report the first two Gombar studies, but you
12 omitted this study from your references,
13 Doctor; isn't that correct?
14   A. I believe I reference three Gomar
15 papers.    11:20 AM
16   Q. You have all three. Then I must
17 be mistaken.
18   A. I can check.
19       Yeah, I reference -- 213 is
20 actually this paper, and the reference 214 is    11:20 AM
21 the Gombar and swine reference, and 215 is
22 the Beagle Gombar.
23   Q. Okay. Perfect. Thank you, sir. I
24 apologize. I missed that in your paper.
25       So you do rely on this in your    11:20 AM

Page 450

1 paper. And you rely on it for the statements
2 you've been making the last several minutes
3 about bioavailability, correct?
4   A. Correct.
5   Q. Let's look Dr. Gombar's    11:20 AM
6 discussion, which is on the second page.
7       "The role of pharmacokinetics of a
8 carcinogen plays --
9   A. The discussion on the third page?
10   Q. Oh, yeah, I'm double-sided.    11:21 AM
11 Sorry. Yeah, third page.
12       Under "Discussion, The role that
13 the pharmacokinetics of a carcinogen plays in
14 its impact both qualitatively (i.e. target
15 organ) and quantitatively (i.e. risk    11:21 AM
16 assessment), has not been adequately
17 determined for most compounds assumed or
18 suspected to be human carcinogens."
19       Do you agree with that
20 statement?    11:21 AM
21   A. Correct. I mean, this is 30 years
22 ago, yes, yeah.
23   Q. Yes, sir. Yes, sir.
24       You rely on it -- and you rely on
25 nothing else for your bioavailability    11:21 AM

30 (Pages 447 - 450)

CONFIDENTIAL

Page 451

1 opinions in the Gombar studies; isn't that
2 correct.
3        MR. NIGH:  Form objection.
4    A.  Yes, I did rely on this paper.
5 BY MR. FOWLER:                    11:21 AM
6    Q.  Okay.  And if we look --
7 continuing in the discussion, the bottom of
8 that column it says "It is clear these
9 factors play a role, since, for carcinogens,
10 such as the nitrosamines, the route of       11:21 AM
11 administration can alter the
12 organospecificity as can manipulation of the
13 clearance with inducers or inhibitors of
14 metabolism."
15        Have I read that correctly?       11:22 AM
16    A.  Correct.
17    Q.  And if you look -- I guess we're
18 now on the fourth page, first column, sir, at
19 the bottom of that first paragraph, it
20 states, "The use of carcinogenesis data       11:22 AM
21 obtained in small species (rodents) to
22 estimate risk in larger species (humans),
23 which do not take these differences into
24 account, may introduce error" (as read).
25        Do you agree with that statement,       11:22 AM

Page 452

1 Doctor?
2    A.  Yes.
3    Q.  And it states on the next
4 paragraph, "We have attempted this type of
5 analysis with the well-known carcinogen NDMA.       11:22 AM
6 It is well established that NDMA must be
7 metabolized to the ultimate methylating
8 species to observe its toxic effect."
9        Do you agree with that
10 statement?                    11:23 AM
11    A.  Yes.
12    Q.  If you look further down that
13 column, sir, the -- just above of the
14 equation it says, "In spite of good
15 correlations between body weight and both       11:23 AM
16 clearance and V" -- I can't even read that
17 subscript -- "there was not a uniformly
18 predictable relationship between body weight
19 and bioavailability?
20        MR. NIGH:  It's "ss."       11:23 AM
21        MR. FOWLER:  Good for you.  That's
22 subscript.
23 BY MR. FOWLER:
24    Q.  Do you agree with that statement,
25 Doctor?                    11:23 AM

Page 453

1    A.  In the context of this paper, yes.
2    Q.  This is the paper you rely upon
3 for your bioavailability opinions?
4    A.  Yeah, but then I cite in a swine,
5 a pig, and then a Beagle.  So I don't only       11:23 AM
6 rely on this paper.  And Bombar himself and
7 the people who review Gombar papers, the
8 bottom line is they use it and I use it to
9 mimic in a human the bioavailability of NDMA.
10    Q.  Doctor, in the series of Gombar       11:24 AM
11 articles, this is the third one, and he
12 himself relies upon the Beagle and the swine
13 study in this paper.
14        Did you understand that?
15    A.  Yes.                    11:24 AM
16    Q.  Okay.  So it's actually using the
17 same data that you're talking about from
18 those prior studies in reaching conclusions
19 in this study.
20        Do we agree on that?       11:24 AM
21    A.  In my report, I don't only rely on
22 the Gombar peak -- these studies.  I rely on
23 an entire totality.  For example, the
24 carcinogens can cause cancer systemically in
25 animals.  There's an increase risk of the       11:24 AM

Page 454

1 cancer when you're exposed to quantitative
2 amounts of NDMA in humans.
3        So when I rely on an opinion in a
4 report, I'm relying on these 500 publications
5 as a total.                    11:24 AM
6    Q.  Doctor, I'm talking about the
7 Gombar article that's in front of you, and my
8 question was simply, this third article in
9 his series uses the data from the Beagle and
10 the swine study; isn't that correct?       11:25 AM
11        MR. NIGH:  Form objection.
12    A.  Correct.
13 BY MR. FOWLER:
14    Q.  Okay.  So this paper is the result
15 of those bioavailability studies of swine,       11:25 AM
16 Beagle, and I believe the monkey was the
17 third one that's discussed in this paper as
18 well, correct?
19    A.  Correct.
20        MR. NIGH:  Form objection.       11:25 AM
21    Q.  Now, Doctor, at the bottom of the
22 column, below the equation, it says "The wide
23 interspecies difference in bioavailability of
24 NDMA is difficult to explain."
25        Do you agree with that statement?       11:25 AM

31 (Pages 451 - 454)

CONFIDENTIAL

Page 455

1    A.  Correct.  Well, yeah  -- what
2  Gombar did was compare a monkey to a swine to
3  a dog.  So sometimes in science you don't
4  have an exact correlation, so you have to put
5  it in the context of the question that you're    11:26 AM
6  asking.  And in this case we're asking the
7  question, does NDMA and NDEA cause cancer?
8        So in a very tight correlation, in
9  an ideal world, you have a very linear curve
10 between body weight and bioavailability, and    11:26 AM
11 we call it the R-value of .99 is a perfect
12 linear curve.
13       THE REPORTER:  I'm sorry.  We call
14 it an R-value of?
15       THE WITNESS:  R-value.    11:26 AM
16       THE REPORTER:  Of?
17       THE WITNESS:  Of correlation
18 coefficient.
19       And, in this case, what they're
20 just saying that -- they're trying to    11:26 AM
21 come up with an explanation of there was
22 a variability.  The dog had 90 -- the
23 monkey was 49 percent, the swine was 67
24 percent, and the dog was 93 percent;
25 and, actually, another study showed the    11:26 AM

Page 456

1    dog could be a hundred percent
2    bioavailability.
3  BY MR. FOWLER:
4    Q.  Doctor, Dr. Gombar concludes that
5  the differences in the bioavailability    11:27 AM
6  between the animal species is not -- cannot
7  simply be due to the size of the animal,
8  correct, including humans?
9        MR. NIGH:  Form objection.
10    A.  And as I've said, in the context    11:27 AM
11 of this case, it's inappropriate to try to
12 convert the body weight of rodents to a body
13 weight of a human, because the mechanism of
14 action of this -- of NDMA and NDEA in
15 inducing these potent electrophilic    11:27 AM
16 compounds.
17 BY MR. FOWLER:
18    Q.  Doctor, the result of Dr. Gombar
19 does not conclude that there's high
20 bioavailability in humans, based on the    11:27 AM
21 studies he did in Beagles, swines, and
22 monkeys, correct?
23       MR. NIGH:  Form objection.
24    A.  In the context of -- so when I
25 looked at the literature and in rodents such    11:28 AM

Page 457

1    as mouse, rats, there's an 8 percent
2  bioavailability and in larger animals there's
3  a higher bioavailability.  The human is
4  closer to a swine, dog, and monkey than a
5  rodent.  So that's where -- not only me but    11:28 AM
6  other people have come to that conclusion
7  that a human is more likely to be like a rat,
8  pig -- a swine or a monkey then a rodent.
9        So when it comes to
10 bioavailability, our bioavailability will be    11:28 AM
11 almost tenfold higher than the rodent.  If
12 you look at 8 percent, you can calculate --
13 in a dog there's 93 percent in one study.
14 And there's another study that I've cited
15 which had a hundred percent bioavailability.    11:28 AM
16       So these aren't experiments you
17 can do in people because it's a carcinogen.
18 So we have to rely on peer-reviewed
19 publications in animals for the -- to
20 quantify the amount of bioavailability in    11:29 AM
21 people.
22    Q.  Dr. Gombar, his findings are
23 completely inconsistent with what you're
24 saying, Doctor, aren't they?
25       Well, let me start that question    11:29 AM

Page 458

1    again.
2        Dr. Gombar's study that you have
3  before you does not agree that you can take
4  that data from mice, monkeys and swine in the
5  linear fashion to predict bioavailability in    11:29 AM
6  humans, that's his finding, that you can't do
7  what you're saying you did?
8        MR. NIGH:  Form objection.
9    A.  I disagree with that.  In
10 science -- and not only me, like I said,    11:29 AM
11 other people will use large animals to mimic
12 humans.
13       In fact, the FDA, in order to get
14 a drug into people, you have to go through
15 some type of large animal toxicity study,    11:29 AM
16 whether it's a monkey or a dog, you cannot
17 even get into people.  And the reason for
18 that is larger animals are very close
19 metabolically, genetically.  In fact, I cite
20 in my report, in a Nature biotech    11:30 AM
21 publication, a key paper, a landmark paper
22 that showed monkeys have 93 percent homology
23 to humans when it comes to your DNA and your
24 gene.
25       So in an ideal world, even in our    11:30 AM

32 (Pages 455 - 458)

CONFIDENTIAL

Page 459

1 lab, we would study large animals. However,
2 large animals are more expensive; they're
3 more difficult to do experiments with. So
4 many labs can't do large animals. But there
5 is -- so before you can even test any drug in    11:30 AM
6 humans, let alone to try to do -- we're
7 talking about a carcinogen here.
8          Before you can do that, people go
9 to rodent species. So we know from the
10 rodent -- each paper that I cite in here    11:30 AM
11 has -- is a piece of a puzzle, and science is
12 like you're putting the puzzle together. So
13 it's not like one piece of the puzzle is more
14 important than the other.
15         So the rodent specie animal data    11:31 AM
16 is very important. It shows that NDMA causes
17 cancer. And these studies and the
18 bioavailability are important because we
19 can't do these studies in humans. And the
20 body weight -- like I said before, the body    11:31 AM
21 weight of these large animals are closer to
22 humans than the rodent.
23     Q.  Doctor, my questions are strictly
24 about this article right now. Okay?
25         And directing your attention in    11:31 AM

Page 460

1 the first column, on 4369 where we are, it
2 states that -- the paragraph starting "In
3 spite."
4          "In spite of good correlations
5 between body weight and both clearance and    11:31 AM
6 VSS, there was not a uniformly predictable
7 relationship between body weight and
8 bioavailability," Doctor, that's what Gombar
9 has found.
10         Do you disagree with that    11:32 AM
11 statement?
12         MR. NIGH: Hold on. Objection.
13 Objection to the form. Objection to the
14 colloquy of the question. The prior
15 questions have not been strictly on this    11:32 AM
16 document. I think the record will show
17 that.
18         MR. FOWLER: Please.
19         MR. NIGH: No, no. You put a
20 colloquy that said my questions are    11:32 AM
21 strictly about this article. It was
22 not. The prior question was not.
23         MR. FOWLER: It was a hundred
24 percent, Counsel.
25         MR. NIGH: Not the way it was    11:32 AM

Page 461

1          worded. Not the way it was worded.
2 /
3 BY MR. FOWLER:
4     Q.  Doctor --
5     A.  So if you go to the next sentence.    11:32 AM
6 "In general, the smaller species tended to
7 show lower bioavailability than the larger
8 species."
9          A human is closer to a dog, a pig,
10 and a monkey than a rodent. So when it comes    11:32 AM
11 to bioavailability, the bioavailability in
12 rodents, the next sentence is absolutely
13 supporting what I'm saying, that, "In
14 general, smaller species tend to show lower
15 bioavailability than larger" series [sic].    11:32 AM
16         The sentence before, what I tried
17 to explain before, that in science sometimes
18 you need a certain number of data points to
19 get a tight correlation coefficient that we
20 call and that you need multiple data points    11:33 AM
21 to get a perfect correlation of .99.
22         In this case, sometimes in science
23 you have to go with the data that you have,
24 we have as a scientist. And in this case we
25 have data showing the bioavailability in    11:33 AM

Page 462

1 three different large species is closer, that
2 that bioavailability is much higher than that
3 that was in rodents.
4     Q.  Doctor, the finding is that it is
5 not uniformly predictable relationship    11:33 AM
6 between body weight and bioavailability.
7         That's what he found, correct?
8         MR. NIGH: Object to form. This
9 has been asked and answered multiple
10 times.    11:33 AM
11     A.  I think the sentence that I just
12 said in the paper, "In general, smaller
13 species tend to show lower bioavailability,"
14 like the rodent, 8 percent bioavailability,
15 than than the larger species.    11:33 AM
16 BY MR. FOWLER:
17     Q.  And could that be because rodents
18 have a lower hepatic blood flow, Doctor?
19         Do you know what that is?
20         MR. NIGH: Form objection.    11:34 AM
21     A.  Yes.
22 BY MR. FOWLER:
23     Q.  Okay. And it states, "If it is
24 assumed that NDMA is cleared solely by
25 hepatic metabolism, bioavailability will    11:34 AM

33 (Pages 459 - 462)

CONFIDENTIAL

Page 463

1 ultimately depend on C" subscript, "int and
2 hepatic blood flow (Qh)."
3         Correct, Doctor, that's what it
4 says?
5     A.  Correct, if the systemic blood      11:34 AM
6 flow is greater then the blood flow going to
7 the liver, then you have increased
8 bioavailability systemically.
9     Q.  If the blood flow in the liver --
10 the hepatic blood flow is greater, that is      11:34 AM
11 what effects bioavailability, Doctor; isn't
12 it?
13         MR. NIGH:  Form objection.
14 BY MR. FOWLER:
15     Q.  Withdrawn.      11:34 AM
16         Doctor, the bottom of the page,
17 "The wide interspecies difference in
18 bioavailability of NDMA is difficult to
19 explain."
20         Dr. Gombar doesn't believe,      11:34 AM
21 according to this, that you can simply look
22 at body weight and determine bioavailability.
23         That's what he's saying, correct?
24         MR. NIGH:  Form objection.
25     A.  Like -- I think we've said this      11:35 AM

Page 464

1 before.  So swine, 67 percent; dog, 93 to 100
2 percent; and monkey, 49 percent.
3         So there's not -- so in science,
4 like I said before, we have to come up with
5 the -- nobody can do the experiment in human      11:35 AM
6 bioavailability because it's a carcinogen.
7 So a human is more likely like a body weight
8 of a large animal than a rodent.  So it is
9 likely that the bioavailability of NDMA --
10 and I said before, I don't rely on one paper.      11:35 AM
11 In the context of these three papers, that's
12 what he's saying, the wide interspecies
13 difference in bioavailability is difficult to
14 explain.
15         But in the same paper, in general,      11:36 AM
16 the smaller species tend to show lower
17 bioavailability than the larger species.
18     Q.  Isn't that because their liver
19 doesn't function the same, Doctor?
20         MR. NIGH:  Form objection.      11:36 AM
21     A.  There's multiple mechanisms that
22 take into account bioavailability.  That's
23 one of them.
24     Q.  Okay.  Can we agree that human DNA
25 repair greatly capacity exceeds that of a      11:36 AM

Page 465

1 rat?
2     A.  Yes.
3     Q.  Okay.  Good.
4         THE REPORTER:  Before we go to the
5 next, can we please take a break?      11:36 AM
6         MR. FOWLER:  By all means.
7         THE VIDEOGRAPHER:  The time is
8 11:36.  We're off the record.
9 (Recess taken at 11:37 a.m. to 12:02 p.m.)
10         THE VIDEOGRAPHER:  The time is      12:02 PM
11 12:01.  We're back on the record.
12 BY MR. FOWLER:
13     Q.  Doctor, in your report on page
14 204, you contend that NDMA can activate tumor
15 dormancy?      12:02 PM
16         ZOOM PARTICIPANT:  We can't hear
17 you.  Steve, you're on mute.
18         MR. FOWLER:  Sorry.  Start that
19 again.
20 BY MR. FOWLER:      12:02 PM
21     Q.  Doctor, in your report on page
22 204, you contend that NDMA can activate tumor
23 dormancy.
24         Do you recall that section of your
25 report?      12:02 PM

Page 466

1     A.  Yes.
2     Q.  And when you're referring to
3 activating tumor dormancy, you're referring
4 to a subclinical tumor that exists already in
5 the body, correct?  I'm just trying to take      12:02 PM
6 this in baby steps.
7     A.  Yes.  Yes.
8     Q.  Okay.  And it's -- any tumor that
9 you would contend is -- any, quote/unquote,
10 "dormant tumor" that you would contend is      12:03 PM
11 affected by NDMA would be a cancerous tumor
12 that was not caused by the NDMA, it was
13 something that preexisted, correct?
14         MR. NIGH:  Form objection.
15     A.  So a dormant tumor -- I think      12:03 PM
16 we're on the same page.  A dormant tumor is
17 not a cancerous tumor.  It's dormant.  It can
18 be proliferating, so it can be alive but it's
19 not growing.
20     Q.  Okay.      12:03 PM
21     A.  And it's -- and the reason -- I
22 can get into how we know that it's dormant
23 tumors --
24     Q.  That's okay.  I'm just trying to
25 understand the, you know, the definition of      12:03 PM

34 (Pages 463 - 466)

Page 467

1  dormancy that you're using and I wanted --
2  I'll stop there.
3         And then my question is, Doctor,
4  you're talking about an effect of NDMA on
5  existing tumors.  Yes?  Is that right?    12:04 PM
6     A.  So a dormant tumor is different
7  from a tumor.  A dormant tumor -- and how we
8  know this is basing in autopsy patients from
9  car accidents, is that --
10    Q.  Right.                    12:04 PM
11    A.  -- a certain percentage of people,
12  if -- in a car accident -- of someone who
13  died of a car accident, they didn't die of
14  their cancer, you resection their -- it could
15  be their prostate, their breast or thyroid, a  12:04 PM
16  pathologist can see signs of dormancy.
17        And then when we studied those
18  dormant tumors in models, we see that they're
19  proliferating, they're alive but they're not
20  growing.                       12:04 PM
21        So a dormant tumor, by definition,
22  is a tumor that's not growing but they're --
23  there's evidence of something that's either
24  dysplastic or hyperplasia, but we know from
25  studies that there are dormant tumors in many  12:05 PM

Page 468

1  difference types of tissues.
2     Q.  Yes, sir.  You would agree that
3  dormant comes from the Latin word "sleeping,"
4  right?
5         MR. NIGH:  Form objection.     12:05 PM
6         MR. FOWLER:  Is there a problem
7  with that question, Counsel?
8         MR. NIGH:  Sure.
9         MR. FOWLER:  What's the problem
10  with that question?               12:05 PM
11        MR. NIGH:  Weighted.
12        MR. FOWLER:  What?
13        MR. NIGH:  Weighted.  It's a
14  weighted question.
15        MR. FOWLER:  It's a weighted     12:05 PM
16  question.
17        MR. NIGH:  Yeah.
18        MR. FOWLER:  I've never heard that
19  objection before.
20        MR. NIGH:  That is one.         12:05 PM
21        MR. FOWLER:  That's cool.  Learned
22  a new one.
23  BY MR. FOWLER:
24     Q.  Doctor, do you agree that the term
25  "dormant" comes from the latin word      12:05 PM

Page 469

1  "sleeping"?
2         MR. NIGH:  Form objection.
3  BY MR. FOWLER:
4     Q.  In order for something to be
5  called to be dormant -- in order for a tumor   12:05 PM
6  to be called dormant, it must be capable of
7  waking up, correct?
8         MR. NIGH:  Form objection.
9     A.  And that's -- dormant tumors can
10  be awakened if there's a trigger of dormancy   12:05 PM
11  escape, and that's where we get into the key
12  characteristics and the processes that can
13  awaken a tumor.
14     Q.  Right.  Right.
15        Doctor, I believe we previously    12:06 PM
16  marked Exhibit 5, which is your report from
17  Actos.  Would you like to turn to that,
18  please?
19     A.  Yes.
20        MR. NIGH:  And just for the       12:06 PM
21  record, we believe that this is not
22  available on the public record.
23        MR. FOWLER:  Okay.  So you're
24  welcome to deem it confidential.  We
25  will or whatever you want to do.       12:06 PM

Page 470

1         MR. NIGH:  I think there may be
2  some more complications other than just
3  that, but we have to see what you're
4  asking.
5         MR. FOWLER:  Fair enough.  It's   12:06 PM
6  the Doctor's -- fair enough.
7  BY MR. FOWLER:
8     Q.  Doctor, if you turn -- and get
9  your report out too, please, at the same
10  time.  You can use the exhibit that we       12:07 PM
11  marked -- whichever one you have.
12     A.  I have it.
13     Q.  Okay.  Turn to the Actos report
14  page 4 and turn to your report, page 1.
15        Are you on page -- I'll give you a  12:07 PM
16  you second there.
17     A.  Yes.
18     Q.  On page 1, do you see your
19  sentence, "As an academic scientist, I am
20  committed to research efforts that are       12:07 PM
21  focused on preventing and finding a cure for
22  cancer.  I am motivated and dedicated to
23  discovering inno --
24     A.  Oh, you're on the first paragraph.
25     Q.  Yes, sir.                 12:07 PM

35 (Pages 467 - 470)

CONFIDENTIAL

Page 471

1      "Innovative approaches to
2  answering important biological questions that
3  impact carcinogenesis in humans."
4      Do you see that, sir?
5      A.  Yes.                              12:08 PM
6      Q.  Now turn to Actos pages 4 and 5.
7      Do you see that exact same
8  sentence?
9      A.  On page -- which page?
10     Q.  It goes to 4 to 5.  It's at the    12:08 PM
11 bottom of 5.
12     A.  Yes.
13     Q.  Okay.  If you look at page --
14 Actos report page 28; valsartan report page
15 34.                                       12:08 PM
16     A.  Yes.
17     Q.  You have the same chart -- the
18 same figure appears in both -- identically in
19 both reports, correct?
20     A.  Yes.                              12:08 PM
21     Q.  So when you were preparing your
22 valsartan report, you had your Actos report
23 available to you and you borrowed from that,
24 correct?
25     MR. NIGH:  Form objection.            12:09 PM

Page 472

1      A.  This is a figure that I have,
2  that's my figure that I use for multiple --
3  to explain the tumor microenvironment, which
4  is very important.  That cancer is not just a
5  genetic process, that tumor microenvironment   12:09 PM
6  plays an important role.  This is a figure
7  that -- part of explaining that process, I
8  use this figure.
9  BY MR. FOWLER:
10     Q.  Right.  But the sentence that you   12:09 PM
11 copied identically, you literally took that
12 from the Actos record and dropped that same
13 sentence in the valsartan reports, right?
14     MR. NIGH:  Form objection.
15     A.  Which sentence?                   12:09 PM
16 BY MR. FOWLER:
17     Q.  The one we looked at before, on
18 page 1 and page 4 to 5 -- page 1 of
19 valsartan, 4 to 5.  We just looked at it.
20     A.  Yes.                              12:09 PM
21     Q.  Okay.  You literally cut and
22 pasted that from Actos into valsartan, right?
23     MR. NIGH:  Form objection.
24     A.  Well, that's -- that's an
25 important concept that is true, and in my     12:10 PM

Page 473

1  250-page report, there are certain concepts
2  that haven't changed from Actos in 2014 to
3  this report.
4  BY MR. FOWLER:
5      Q.  I'm not talking about concepts.   12:10 PM
6  I'm actually talking exact verbiage.
7      You literally took sentences,
8  whole cloth from the Actos report and dropped
9  them into your valsartan report, didn't you,
10 sir.                                       12:10 PM
11     MR. NIGH:  Form objection.
12     A.  So I -- that's one sentence in a
13 250-page report that explains what I do,
14 which is a generic statement.
15 BY MR. FOWLER:                            12:10 PM
16     Q.  Turn to Actos report page 19.
17 Valsartan report page 33.
18     A.  Yep.  19 and 33.
19     Q.  If you look at the -- in Actos you
20 see the paragraph, you start, "However, even   12:11 PM
21 though the classic model of initiation,
22 promotion, progression."
23     Do you see that section?
24     A.  Sure.
25     Q.  And the sentence goes on, "The     12:11 PM

Page 474

1  picture of cancer is a cell autonomous
2  disease."
3      Do you see where I am there?
4      A.  On the Actos report?
5      Q.  Yep.                              12:11 PM
6      A.  Yes.
7      Q.  Valsartan page 33, do we see the
8  same -- you changed pictured idea that the
9  cancer is a cell autonomous?
10     MR. NIGH:  Form objection.            12:12 PM
11     A.  I don't see the exact sentence.
12 Where are you --
13 BY MR. FOWLER:
14     Q.  Let me --
15     A.  It says -- my report --            12:12 PM
16     Q.  I'll withdraw the question,
17 Doctor.  Just forget that question, please.
18 I've got a bad note.
19     Please turn on Actos page 34,
20 Actos report page 34, and valsartan page 212,   12:12 PM
21 valsartan report page 212.
22     A.  Yep.
23     Q.  On page 212 that you're looking
24 at, do you see the sentence, "Moreover, long
25 latency periods reviewed as hallmark of       12:13 PM

36 (Pages 471 - 474)

CONFIDENTIAL

Page 475

1 cancer causation, a genotoxic carcinogen such
2 as cigarette smoke"?
3      A.   Are you in Actos?
4      Q.   I said 212, valsartan?
5      A.   Sorry, what sentence --        12:13 PM
6      Q.   "Moreover, long latency" --
7      A.   Oh, yes.
8           THE REPORTER:  Hold on, gentlemen.
9   We need one at a time.  We're talking
10  over a lot.                   12:13 PM
11          MR. FOWLER:  Apologies.
12          THE REPORTER:  I'm kind of losing
13  you guys.
14  BY MR. FOWLER:
15      Q.   Do you see that sentence, sir?   12:13 PM
16      A.   The "Moreover, long latency"?
17      Q.   Yes.  And then Actos on page 34,
18  do you see that exact same sentence?
19      A.   Yes.
20      Q.   And so do you acknowledge that you   12:13 PM
21  had the Actos report available to you and you
22  borrowed language from it in the places we've
23  discussed, language and images that we
24  discussed?
25          MR. NIGH:  Form objection.       12:14 PM

Page 476

1      A.   The concepts of -- that I mention
2   in the Actos report of how a nongenotoxic
3   carcinogen promote cancer and the key
4   characteristics that IARC has done, are the
5   same key characteristics that I talk about in   12:14 PM
6   valsartan.
7   BY MR. FOWLER:
8      Q.   Right.
9      A.   There may be some overlapping
10  concepts and a few identical sentence.  In a   12:14 PM
11  250-page report, sometimes you -- with a
12  similar concept, such as Actos can stimulate
13  tumor dormancy via inflammation or
14  angiogenesis, a carcinogen such as NDMA can
15  also stimulate inflammation and angiogenesis.   12:14 PM
16          So in a 250-page report, there may
17  be a few sentences that were -- the concept
18  is -- here the concepts are very similar.
19          As a tumor promoter, NDMA in the
20  valsartan can act as a tumor promoter by   12:15 PM
21  stimulating inflammation and angiogenesis,
22  and this is in the dormancy escape section,
23  that concept of stimulating inflammation
24  angiogenesis was what I was talking about in
25  the Actos, so there is some overlap in the   12:15 PM

Page 477

1   concepts.
2      Q.   Yes, sir.  I'm not talking about
3   concepts.  I'm talking about the actual
4   sentence.
5           Do you acknowledge that you cut   12:15 PM
6   and pasted or do you -- is it your testimony
7   it's a coincidence that you used the exact
8   same words and commas in the two reports in
9   those sentences?
10          MR. NIGH:  Hold on.  Form         12:15 PM
11  objection.
12  BY MR. FOWLER:
13      Q.   And let me try to ask the question
14  again.
15          My question is simply, where we   12:15 PM
16  see the identical sentences, is it your
17  testimony it is simply coincidental because
18  the topics are the same, or do you
19  acknowledge that you took from your --
20  literally took from your Actos report when   12:16 PM
21  preparing your valsartan report?
22          MR. NIGH:  Form objection.
23      A.   As I said before, when I do
24  similar concept and even when I'm writing
25  papers and reviews, I have certain concepts   12:16 PM

Page 478

1   that I have written.  And this particular
2   concept was written in the Actos report, but
3   in a 250-page report, it would -- it's not
4   surprising that a sentence here and there may
5   be similar to a sentence here in the Actos   12:16 PM
6   report because these are similar concepts
7   that --
8   BY MR. FOWLER:
9      Q.   And you knew they were similar
10  concepts when you began writing your   12:16 PM
11  valsartan report, right?
12          MR. NIGH:  Form objection.
13      A.   So when I started to do my
14  independent peer-reviewed research of does
15  NDMA or NDEA cause cancer, one of the   12:16 PM
16  processes I looked at are the mechanisms of
17  action; and as IARC has said, of the 10 key
18  characteristics, to stimulate inflammation,
19  chronic inflammation, angiogenesis, that is
20  one of the key characteristics, so that was   12:17 PM
21  part of what I had to investigate.  And in
22  the Actos case, that was a similar mechanism.
23  BY MR. FOWLER:
24      Q.   My question was simply this:  Were
25  you aware, when you prepared your valsartan   12:17 PM

37 (Pages 475 - 478)

Page 479

1 report, that you had similar concepts in your
2 Actos report? Did you recall that at the
3 time or not?
4    A. Yes.
5    Q. Okay.                    12:17 PM
6    A. Yes.
7    Q. And did you --
8    A. When it comes to inflammation
9 angiogenesis.
10    Q. Perfect. Fine. Sticking to that.    12:17 PM
11        Did you then consult your Actos
12 report for language that you liked or
13 references that you liked and brought them
14 into the valsartan report? Did you do that,
15 sir? It's okay.                    12:17 PM
16        MR. NIGH: Form objection.
17    A. So what I'm saying is that not
18 only the Actos report is -- I have concepts
19 and figures that explain inflammation and
20 angiogenesis that aren't just specific to the    12:18 PM
21 Actos report. We're talking about how a
22 tumor -- how inflammation can act as a tumor
23 promoter for a particular chemical, whether
24 it's Actos or in this case NDMA or NDEA,
25 there are concepts I have that are similar to    12:18 PM

Page 480

1 whatever I am writing.
2        So I have multiple reviews on
3 tumor dormancy, on angiogenesis inflammation.
4 Those concepts are in all the reviews that we
5 have. I've studied angiogenesis for 30    12:18 PM
6 years, so this is a concept that I've been
7 studying since 1990, for 30 years.
8    Q. Okay. Thank you. You can set
9 those aside, Doctor.
10        Doctor, are you aware of reports    12:18 PM
11 of ranitidine contamination with NDMA?
12    A. Yes.
13    Q. And are you aware that there are
14 many epidemiological studies specifically
15 designed to test the hypothesis that NDMA and    12:19 PM
16 ranitidine increases risk of cancer outcomes?
17 Are you aware of those?
18        MR. NIGH: Hold on. Form
19 objection.
20    A. So I've only focused on this    12:19 PM
21 question specific to valsartan. So I haven't
22 studied epidemiology studies for ranitidine.
23 BY MR. FOWLER:
24    Q. Why did you review dietary NDMA
25 studies but not the ranitidine studies?    12:19 PM

Page 481

1    A. I focused on papers that were
2 specific for valsartan and NDMA. I didn't --
3 I did not -- I didn't think ranitidine
4 epidemiology studies -- I focused on studies
5 that were NDMA and --                12:20 PM
6    Q. Maybe my question wasn't good.
7        Are you aware that there were
8 studies of NDMA in ranitidine? Are you aware
9 of that?
10        MR. NIGH: Form objection.    12:20 PM
11    A. Yes, as part of my -- like I said,
12 I read papers that aren't in my report, and
13 part of it I am aware that -- of NDMA is not
14 only in valsartan but other drugs.
15 BY MR. FOWLER:                    12:20 PM
16    Q. Okay. Have you been retained in
17 any other litigation related to NDMA besides
18 valsartan?
19    A. No.
20    Q. Okay.                    12:20 PM
21        MR. FOWLER: I'm going to pass the
22 witness. Thank you, sir. You're still
23 on the hook. We have questions coming.
24        MR. FOWLER: And I think what we'd
25 like to do, take a quick -- nobody needs    12:20 PM

Page 482

1 to leave the room. We're going to move
2 the TV so you can see the questioner and
3 they can see you.
4        What I might suggests, it's up to
5 counsel. I can just get out of my seat    12:21 PM
6 and trade seats with you and then --
7 let's go off the record.
8        THE VIDEOGRAPHER: The time is
9 12:21. We're off the record.
10 (Recess taken at 12:21 p.m. to 12:45 p.m.)    12:21 PM
11        THE VIDEOGRAPHER: The time is
12 12:45. We're back on is record.
13        EXAMINATION
14 BY MR. TRISCHLER:
15    Q. Doctor, good afternoon.    12:46 PM
16    A. Good afternoon.
17    Q. My name is Clem Trischler. I
18 represent the Mylan defendants in this
19 litigation. I'm going to follow up on some
20 of the questions that have been asked of you    12:46 PM
21 by Mr. Fowler. Okay?
22    A. Great.
23    Q. You told us that you relied on the
24 Hidajat study to support your opinion that
25 nitrosamine exposures cause cancer in humans,    12:46 PM

38 (Pages 479 - 482)

Page 483

1 correct?
2    A.  My opinion is on NDMA and --
3    Q.  All right.  I'll be more precise.
4        You told us that you relied on the
5 Hidajat study to support your opinion that      12:46 PM
6 NDMA exposure causes cancers in humans,
7 correct?
8    A.  Correct.
9    Q.  As we've already established,
10 Hidajat was an occupational study of factory    12:46 PM
11 workers in the rubber industry, true?
12    A.  True.
13    Q.  The route of administration or the
14 route of exposure to NDMA among the factory
15 workers was inhalation, correct?               12:47 PM
16    A.  Correct.
17    Q.  And as I recall, the stated
18 purpose of that study was to evaluate cancer
19 mortality risks associated with occupational
20 exposures to rubber dust, rubber fumes and      12:47 PM
21 nitrosamines, correct?
22    A.  Correct.
23    Q.  And as Hidajat observed, rubber
24 workers are exposed to a host of potential
25 carcinogens in addition to NDMA, correct?       12:47 PM

Page 484

1    A.  Correct.
2    Q.  But some of those other
3 carcinogens represent potential confounding
4 exposures.  Would you agree?
5    A.  Yes.  However, Hidajat quantified    12:47 PM
6 the amount of NDMA using four different
7 quartiles to relate to the cancer mortality.
8    Q.  I understand that.
9        But he also noted and observed
10 that there were other -- that every subject    12:47 PM
11 in that study was exposed to carcinogens --
12 other carcinogens in addition to NDMA, right?
13    A.  Correct.
14    Q.  Hidajat found cancer risks
15 associated with rubber dust, correct?          12:48 PM
16    A.  Yes.
17    Q.  Hidajat found cancer risks
18 associated with rubber fumes, true?
19    A.  Correct.
20    Q.  And in the study, Hidajat -- the    12:48 PM
21 authors of the Hidajat study look only at
22 rubber dust, rubber fumes, and nitrosamines
23 correct?
24    A.  They also looked at NDMA.
25    Q.  I'm including NDMA as one of the    12:48 PM

Page 485

1 nitrosamines that they looked at.
2    A.  Yes, then correct.
3    Q.  But the point I was trying to get
4 at is, they did not consider it a confounding
5 contribution or risk of carcinogens such as    12:49 PM
6 benzene or nathylamine; is that correct?
7    A.  When they calculated the risks of
8 cancer mortality, they quantified the NDMA
9 exposure using quartiles.  So they related
10 the amount of NDMA that these workers were      12:49 PM
11 exposed to to the cancer mortality.
12    Q.  I know what they did with respect
13 to NDMA.  I asked you a different question.
14 Let me see if I can try it again.
15        Did the authors of the Hidajat     12:49 PM
16 study consider the confounding contribution
17 of risks for carcinogens such as benzene or
18 nathylamine, both of which are prevalent in
19 the rubber industry.
20    A.  I don't believe they looked at     12:49 PM
21 benzene.
22    Q.  And another notable limitation of
23 the Hidajat study is that the authors were
24 not able or did not have the ability to
25 control for smoking or other lifestyle          12:50 PM

Page 486

1 factors, correct?
2    A.  Correct, yes.
3    Q.  But nevertheless, in your report,
4 you provide us with cumulative exposure data
5 for NDMA from the Hidajat study, right?         12:50 PM
6    A.  Correct.
7    Q.  And I think it's at page 87 of
8 your report, if you have it in front of you,
9 the second full paragraph there, you suggest
10 that workers in Quartile II had cumulative     12:50 PM
11 exposure to 7,488 micrograms, correct?
12    A.  Yes.
13    Q.  That's -- that translates to
14 7,488,000 nanograms, true?
15    A.  Yes.                              12:51 PM
16    Q.  And workers in Quartile III,
17 according to you and your interpretation of
18 the Hidajat data, had cumulative exposures to
19 14,304 micrograms, correct?
20    A.  Correct.                          12:51 PM
21    Q.  And that translates to 14,304,000
22 nanograms?
23    A.  Correct.
24    Q.  And in Quartile IV, the workers in
25 the Hidajat study had cumulative exposure to   12:51 PM

39 (Pages 483 - 486)

CONFIDENTIAL

Page 487

1  23,208 micrograms of NDMA, correct?
2      A.  Yes.
3      Q.  And, again, simple math tells us
4  that that translate to 23,208,000 nanograms
5  of NDMA, to which the workers in Quartile IV    12:51 PM
6  were exposed, right?
7      A.  Yes.
8      Q.  In looking at your report, you did
9  not provide any calculation of cumulative
10 exposure for Quartile I; is that true?    12:52 PM
11     A.  Yes.  Quartile I was the baseline
12 of the background.
13     Q.  And that baseline -- that baseline
14 exposure, then, was less -- was less than the
15 7,488 micrograms.  Is that what I understand    12:52 PM
16 that to be then?
17     A.  Correct.
18     Q.  Did anyone in Quartile I have an
19 increased risk of cancer in the Hidajat
20 study?    12:52 PM
21     A.  So what Hidajat compared, and they
22 did actually -- you had brought up smoking.
23 They did comment on they thought had they
24 adjusted smoking it wouldn't have made a
25 difference.    12:52 PM

Page 488

1          And what they did was compare
2  Quartile II, III and IV to Quartile I, was
3  the comparison.
4      Q.  So in Hidajat, is it your
5  understanding in that study there's no effort    12:53 PM
6  made to determine whether cumulative exposure
7  to something less than 7 1/2 million
8  nanograms over a lifetime would cause an
9  increased risk of cancer; that wasn't the
10 analysis that Hidajat did, right?    12:53 PM
11     A.  Correct.  My understanding is that
12 they were comparing this increased exposure
13 to NDMA and using increased exposure from
14 Quartile II to Quartile III was even higher,
15 to Quartile IV was even higher, was that each    12:53 PM
16 comparison was to Quartile I.
17     Q.  Right.  So what they were looking
18 at was whether there's an increasing risk of
19 cancer at exposure levels above 7 1/2 million
20 nanograms, agreed?    12:53 PM
21     A.  Correct.
22     Q.  And -- now, the numbers that you
23 gave us for cumulative exposures from Hidajat
24 we just talked about were strictly cumulative
25 exposures to NDMA in that rubber industry,    12:54 PM

Page 489

1  right?
2      A.  Correct.
3      Q.  So workers in that study were
4  thought to be exposed to other nitrosamines
5  as well, right?    12:54 PM
6      A.  Correct.
7      Q.  In fact, Hidajat talks about other
8  nitrosamines that were prevalent in the
9  rubber industry, including NMOR, right?
10     A.  Right.  In rubber dust, NDMA is    12:54 PM
11 the most highest and -- the highest
12 concentration of a nitrosamine in rubber
13 dust.
14     Q.  We can talk about that, perhaps,
15 if we have additional time.  But what I'm    12:54 PM
16 interested in trying to make clear and trying
17 to understand, is that all the workers in the
18 Hidajat occupational study were exposed to
19 other nitrosamines in addition to NDMA.
20         We know that for a fact, right?    12:55 PM
21     A.  Correct.
22     Q.  And Hidajat actually went so far
23 as to calculate a total nitrosamine score for
24 the individuals in Quartiles II, III and IV,
25 correct?    12:55 PM

Page 490

1      A.  Correct.  Yes.
2      Q.  The -- and that total nitrosamine
3  score was even higher than the cumulative
4  numbers that you reported to us for NDMA,
5  right?    12:55 PM
6      A.  Yes.
7      Q.  I think if you look at -- do you
8  have the Hidajat paper in front of you or do
9  you need me to --
10     A.  Yes, I have it.    12:55 PM
11     Q.  Okay.  Great.
12         I think if you go to -- might be
13 the second to the last page.  It's the last
14 page of Table 2 there, so looking at the
15 material down at the bottom.    12:56 PM
16         Do you see that?
17     A.  Yes.
18     Q.  All right.  And it's there, where
19 Hidajat documents the total nitrosamine
20 scores for occupational exposures of workers    12:56 PM
21 in Quartiles II, III and IV, right?
22     A.  Yes.
23     Q.  And what he says is that, in
24 Quartile II, the total nitrosamines exposure
25 for these workers is on the order of    12:56 PM

40 (Pages 487 - 490)

CONFIDENTIAL

Page 491

1 something greater than 10.03 micrograms,
2 right?
3      A.   Yes.
4      Q.   And in Quartile III, the exposure
5 is between 10.03 to 21.8 micrograms?      12:56 PM
6      A.   I'm not following where you are.
7      Q.   The footnotes --
8      A.   Oh, at the footnote.
9      Q.   -- down at the bottom of the page,
10 the Hidajat's paper we were talking about.   12:57 PM
11      A.   Yes, the exposure Quartile I?
12      Q.   Right.  Correct.
13      A.   Yes.
14      Q.   Then you see Quartile II with the
15 exposure of 10.0 to 21.38.  You see that?   12:57 PM
16      A.   Yes.
17      Q.   Quartile III lists 2138 to 442?
18      A.   Yes.
19      Q.   And usually the same calculations
20 and assumptions and methodology that you put   12:57 PM
21 in your report, you can calculate a total
22 cumulative nitrosamine exposure for the
23 rubber workers based on that data that
24 Hidajat just gave us, right?
25      A.   Correct.                         12:58 PM

Page 492

1      Q.   And that's what you did in your
2 report for purposes of looking at cumulative
3 NDMA exposure, correct?
4      A.   Correct.
5      Q.   You took the NDMA calculation that   12:58 PM
6 Hidajat gave and made assumptions for hours
7 of employment, work weeks, work weeks and
8 breathing rates, correct?
9      A.   Correct.
10      Q.   And if we apply those same      12:58 PM
11 assumptions to the total nitrosamine score
12 for cumulative exposures, the cumulative
13 nitrosamine in Quartile II, the numbers that
14 we get are on the order of 24,000 to 51,000
15 micrograms, correct?               12:59 PM
16          MR. NIGH:  Form objection.
17      A.   Yeah, I would have to calculate it
18 out.  But yeah, I would agree it's a similar
19 calculation times the 48 weeks per year, 40
20 hours per -- you know, work per day and the   12:59 PM
21 breathing rate.
22 BY MR. FOWLER:
23      Q.   Right.  And it's just a math
24 problem and in Quartile III cumulative
25 nitrosamine exposure would be on the order of   12:59 PM

Page 493

1 51,000 to 1 million micrograms, using the
2 same assumptions and methodology that you
3 used in your report, correct?
4          MR. NIGH:  Form objection.
5      A.   Yes.                            12:59 PM
6 BY MR. TRISCHLER:
7      Q.   So, in this -- by the way, have
8 you ever looked at any of the medical records
9 for any of the plaintiffs in this litigation?
10      A.   No.                            01:00 PM
11      Q.   Have you looked at any of the
12 pharmacy records for any of the plaintiffs in
13 this litigation?
14      A.   Yes, I did have files on the
15 amount of NDMA in the valsartan tablets.   01:00 PM
16      Q.   Okay.  Perhaps my question wasn't
17 clear.  So I apologize for that.
18          I was not asking you about testing
19 information that you may have received on
20 nitrosamine levels that were found in some   01:00 PM
21 valsartan.  I was asking about patient
22 pharmacy records showing what medications a
23 given patient received and when and from
24 whom.  That's what I was referring to as
25 pharmacy records                      01:00 PM

Page 494

1      A.   You mean specific patients?
2      Q.   Correct.
3      A.   No.  No, I didn't get specific
4 patient -- I just had from different types of
5 manufacturers.                         01:01 PM
6      Q.   Right.  I think we're on the same
7 page, but let me try to ask the question
8 again just so that we're clear and just so we
9 have a clean record.
10          In your work in this case, did you   01:01 PM
11 look at any patient pharmacy records to
12 evaluate what any given plaintiff -- what
13 medications any given plaintiff took and in
14 what quantity and for what duration?
15      A.   No.                            01:01 PM
16      Q.   And I know from listening to your
17 answers to Mr. Fowler's questions that you
18 have a medical degree, correct?
19      A.   Yes, correct.
20      Q.   You're not a licensed physician,   01:01 PM
21 though, true?
22      A.   Correct.
23      Q.   And since you're not a licensed
24 physician, I take it you've not treated or
25 examined any of the plaintiffs to this   01:01 PM

41 (Pages 491 - 494)

CONFIDENTIAL

Page 495

1 litigation, correct?
2     A.  Correct.
3     Q.  In your connection with your work
4 in this case, have you taken a medical or
5 prescription history from any plaintiff in          01:02 PM
6 this litigation?
7     A.  I'm sorry, I missed the question.
8     Q.  I said in connection with your
9 work in this case, have you taken a medical
10 history or a prescription history from any          01:02 PM
11 plaintiff in this litigation?
12     A.  No.
13     Q.  Have you reviewed any depositions
14 of any plaintiffs in this litigation?
15     A.  No.                              01:02 PM
16     Q.  Can you identify a single
17 plaintiff in this litigation who ingested 23
18 million nanograms of NDMA or NDEA from a
19 valsartan-containing medication?
20     A.  Can you repeat that again?  Sorry.    01:02 PM
21     Q.  Sure.  Can you identify a single
22 plaintiff by name in this litigation who
23 ingested 23 million nanograms of NDMA or NDEA
24 from a valsartan-containing medication?
25     A.  Yeah, I didn't go through specific    01:03 PM

Page 496

1 names.  In my report I went through -- I
2 calculated the levels of NDMA and compared
3 them to the levels that the FDA allowed; and
4 then compared them to amounts that were in
5 the different diet study.  So I didn't -- I     01:03 PM
6 think we're on the same page.  I didn't go
7 into specific patients.
8     Q.  I largely understand what's in
9 your report, that's why I didn't ask you
10 about that, sir.  I asked you a different     01:03 PM
11 even question, and I'd like an answer to it.
12     Did you -- are you capable or
13 able to identify a single plaintiff to this
14 litigation who was exposed to 23 million
15 nanograms of NDMA from valsartan-containing     01:04 PM
16 medication?
17     A.  I'll just read from -- so -- my
18 report.  So there are levels, for example,
19 ZHP API levels are 188.1 part per million,
20 and ZHP007991345, and I wrote "If the 188.1     01:04 PM
21 part per million made into 320 milligram
22 tablets, these tablets would approximate
23 60,000 nanograms of NDMA."
24     And then I get into if a patient
25 taking the 320 milligrams were to ingest     01:04 PM

Page 497

1 20,000 nanograms, this patient would reach
2 Quartile II in about 300 days, approximately
3 10 months.  And that doesn't take into
4 account the amount of NDMA in the diet.
5     MR. TRISCHLER:  Object and move to     01:05 PM
6     strike as nonresponsive.
7 BY MR. TRISCHLER:
8     Q.  I didn't ask you what was in your
9 report, and I didn't ask you what the testing
10 showed.                              01:05 PM
11     My question was:  Can you name for
12 me a plaintiff, an individual who took
13 valsartan containing 188 parts per million at
14 the maximum dose for 300 days?  Is there any
15 such person out there that you are aware of?     01:05 PM
16     A.  So I had a list of the amounts of
17 NDMA in the different tablets from the
18 different sources.  So I'm not totally
19 understanding the question.
20     Q.  I'm asking you -- then let me ask     01:05 PM
21 it a third time.  Help you.
22     Can you name an individual
23 plaintiff who you claim actually took
24 valsartan-containing medication that
25 contained 188 parts per million of valsartan     01:05 PM

Page 498

1 for every day for 300 days; do you know
2 anyone either at that level -- of actual
3 level of exposure; and if so, I want to know
4 their name.
5     MR. NIGH:  Form objection.          01:06 PM
6     A.  So my understanding is this in a
7 pharmacy where people had different valsartan
8 tablets.  So there was a mixture of different
9 amounts.
10     So I don't -- if you're asking --     01:06 PM
11 I don't know specific names of anyone.  My
12 understanding is that there's different
13 tablets that have different amounts of DMDA
14 [sic].  And so as I said in my report, I took
15 the amounts that I had -- that were          01:06 PM
16 documented in these valsartan tablets, and I
17 did a range.
18     The high was 188.1.  There were
19 lower amounts, and there was a range of
20 anywhere from 170- to 200-fold higher amounts     01:06 PM
21 of the NDMA.  For example, just a little
22 earlier -- I think -- you have the report so
23 you know all this.  Like, for example, the
24 65.1 part per million for D5191, 63.4 part
25 per million for product code, and 56.7 part     01:07 PM

42 (Pages 495 - 498)

CONFIDENTIAL

Page 499

1 per million for product code c55523,
2 and these are all way above the FDA
3 allowable -- acceptable intake for NDMA.
4     Q.  Do you remember what my question
5 was, sir?                    01:07 PM
6     A.  I don't know an individual -- I
7 answered -- I don't know by name a particular
8 person, I think.
9     Q.  There you go.  Thank you.
10        Now, the workers in Quartile II in    01:07 PM
11 the Hidajat study had total nitrosamines
12 exposures between 24 million to 51 million
13 nanograms, right?
14     A.  I would have to calculate it out,
15 but it seems reasonable that it's a similar    01:08 PM
16 calculation that I used in my report for
17 NDMA.
18     Q.  Well, we've been talking in
19 generalities.  So let me see if I can get
20 specific and maybe that will help us.    01:08 PM
21        Do you agree that the occupational
22 exposures in Hidajat, where workers were
23 exposed for years and years and years to tens
24 of millions of nanograms of nitrosamines, is
25 not at all representative of the nitrosamine    01:08 PM

Page 500

1 levels observed in the valsartan-containing
2 medications at issue?  Can we agree on that
3 simple fact?
4     A.  Well, as said in my report, I
5 quantified the amount of -- using the Hidajat    01:09 PM
6 paper and their quartiles and the
7 calculation, I quantified the amount of NDMA
8 that those rubber workers were exposed to.
9 And this was a study with 36,000 people over
10 a 49-year follow up    01:09 PM
11     Q.  Okay.  Then let's -- if you're not
12 able to give me a simple yes to that then
13 maybe we can get specific.
14        I told you I represent Mylan.
15 You're familiar with my client, right?    01:09 PM
16     A.  Yes.
17     Q.  You reviewed data from testing
18 that was conducted to determine nitrosamine
19 levels in some of Mylan's
20 valsartan-containing medications, right?    01:09 PM
21     A.  Correct.
22     Q.  And you've been -- you discussed
23 that data in your report and you've mentioned
24 it a few times in response to some of my
25 questions here today, right?    01:10 PM

Page 501

1     A.  Correct.
2     Q.  And, in fact, I think if you take
3 a look at page 10 of your report, that's
4 where we'll find a mention of my client,
5 right?    01:10 PM
6     A.  Yes.  Yes.
7     Q.  And at page 10 of your report, one
8 of the things you suggest is that Mylan had
9 NDMA ranging from .01 parts per million to
10 .09 parts per million that was reported."    01:10 PM
11        Did I read that correctly?
12     A.  Yes.
13     Q.  So if we assume that someone was
14 taking Mylan's valsartan at the maximize
15 daily dose of 320 milligrams per day, the    01:11 PM
16 NDMA content in that medication was no more
17 than 3 to 28 nanograms per day, correct?
18        MR. NIGH:  Form objection.
19     A.  Correct.
20 BY MR. TRISCHLER:    01:11 PM
21     Q.  That's far below the acceptable
22 intake level of 96 nanograms set by the FDA,
23 though, right?
24     A.  Correct.  My understanding is --
25     Q.  By the way, when we were talking    01:11 PM

Page 502

1 about Hidajat and we mentioned that the
2 exposures in Hidajat were on the order of
3 tens of millions of nanograms, that was a
4 cumulative yearly exposure not over a
5 lifetime, right?    01:11 PM
6        MR. NIGH:  Form objection.
7     A.  Correct.  My understanding is that
8 there are people who had -- they went to the
9 pharmacy and had different -- different
10 valsartan batches, so there was not only    01:11 PM
11 Mylan, they may have gone to the pharmacy and
12 then gotten another valsartan tablet from a
13 different --
14 BY MR. TRISCHLER:
15     Q.  Well, in fairness, sir, you told    01:12 PM
16 me you haven't reviewed any patient day, you
17 haven't reviewed any medical records, you
18 haven't talked to any patient, you haven't
19 looked at any pharmacy records, you're just
20 speculating right now.    01:12 PM
21        MR. NIGH:  Form objection.
22 BY MR. TRISCHLER:
23     Q.  Right?
24     A.  Okay.  I'm not following the
25 question, though.    01:12 PM

43 (Pages 499 - 502)

CONFIDENTIAL

Page 503

1    Q.  Well, let's stick to the question.
2  Let's stick to the specific facts that I'm
3  asking about.
4       Any exposure to nitrosamines from
5  Mylan's valsartan-containing medications          01:12 PM
6  comes nowhere close to approaching the levels
7  that were reported in Hidajat.
8       Can we agree on that?
9       MR. NIGH:  Form objection.
10   A.  Yes.                                         01:12 PM
11  BY MR. TRISCHLER:
12   Q.  All right.  And we talked about
13  NDMA.  Your report, at page 10, suggests that
14  you've seen testing materials suggesting --
15  or that provided you with information about       01:13 PM
16  NDEA content in some of Mylan's medication,
17  right?
18   A.  Correct.
19   Q.  And I think what you suggest in
20  your report, is that the NDEA content from        01:13 PM
21  testing of commercialized API lots from Mylan
22  were found to range from somewhere between
23  .01 parts per million to a high of 1.57 parts
24  per million.
25       That's what you wrote, right?                01:13 PM

Page 504

1    A.  Yes.
2    Q.  In your work in this case, have
3  you made any attempt to calculate the mean
4  NDEA levels observed in all lots of
5  commercialized API tested by Mylan?              01:13 PM
6    A.  So in the NDA [sic] -- I didn't
7  calculate the NDA -- the answer is I did not
8  calculate the amount of NDEA.  What I rely on
9  in my report is that the mechanism of action
10  of NDA -- because we have so much evidence       01:13 PM
11  that NDA is a potent carcinogen in animals
12  and that the mechanism of action of NDA is
13  highly similar to NDMA.
14       So my first 150 pages of my report
15  are dedicated to NDMA.  And NDEA I relied on     01:14 PM
16  a lot of the similar -- in fact, a lot of the
17  studies are overlapping, where they look at
18  both NDMA and NDEA, and they have similar
19  mechanisms of action.  They both are very
20  potent carcinogens.                              01:14 PM
21       In fact, NDEA is three times more
22  potent in certain animal studies than NDMA;
23  and, in fact, NDEA can cause cancer in about
24  60 substrains of mice and about 32 -- about
25  10 substrains of rats, and I won't -- I know    01:14 PM

Page 505

1  we're on a time.  I've detailed this in my
2  report, so I won't go into details.
3       But the mechanism of action -- not
4  only is it a potent carcinogen causing cancer
5  in all these animals, but the mechanism of       01:14 PM
6  action of that potent electrophilic DNA
7  adduct, that -- NDA has a very similar
8  mechanism of action as NDMA.
9       And then I spent a good part of my
10  report, with the first 150 pages, on the        01:15 PM
11  mechanism of action of NDMA and the 9 key
12  characteristics.  And then I went in through
13  my report, NDEA also has nine of those key
14  characteristics.
15       And, in fact, scientists -- and we    01:15 PM
16  use it in our own lab every day.  We use
17  these NDEA actually to stimulate oxidative
18  stress, which is one of the key
19  characteristics of cancer, and we use it to
20  initiate cancer growth.  And multiple labs       01:15 PM
21  throughout the country used to start -- it
22  can initiate esophageal cancer, liver cancer.
23       So, basically, the bottom line is
24  I use NDEA, the mechanisms of action, and the
25  activity as a carcinogen are very similar to     01:15 PM

Page 506

1  NDMA.
2    Q.  Do you remember the rather simple,
3  straightforward question that I asked you?
4    A.  I think I started and said that
5  the answer was I didn't calculate NDEA          01:16 PM
6  concentrations.
7    Q.  All right.  All I asked you was,
8  in connection with your work in this case,
9  have you received information about NDEA
10  levels in Mylan's commercialized API, did you    01:16 PM
11  make any attempt to calculate a mean
12  concentration?
13   A.  So -- no, because the epi studies
14  said I relied on, occupational with Hidajat
15  and the diet studies, I focused on NDMA,        01:16 PM
16  which was -- they had evidence on NDMA.  The
17  only NDEA study that I cited for epi, as you
18  know in the report, was the Zhejiang case
19  with pancreatic cancer.
20   Q.  Other than Zhejiang, there are no    01:16 PM
21  epidemiology studies on NDEA that you found?
22   A.  Correct.
23   Q.  And so what you told me, although
24  I didn't quite ask it, but what you told me
25  was that you didn't calculate a mean            01:17 PM

44 (Pages 503 - 506)

CONFIDENTIAL

Page 507

1 concentration from the API commercialized
2 lots produced by Mylan. Your focus, as it
3 related to NDEA, was looking at mechanism of
4 action, right?
5    A. Well, just to clarify, I didn't    01:17 PM
6 calculate the NDEA levels from the
7 occupational studies and the Hidajat. But I
8 calculated the NDEA levels, you know, that's
9 in the report, from these -- from page 10,
10 these concentrations are in the report.    01:17 PM
11    Q. Well, didn't you just tell me that
12 your focus when it came to NDEA was looking
13 at mechanism of action?
14    A. Well, to clarify, there were --
15 the levels of NDEA were still highly above --    01:18 PM
16 the levels of NDEA that are in these
17 valsartan tablets that I wrote here are
18 higher than the FDA approved level, and
19 that's what I was talking about in the
20 report.    01:18 PM
21    Q. Did you ever look at FDA's testing
22 of Mylan's finished dose product?
23    A. No, I don't have that.
24    Q. Are you aware that the results of
25 Mylan's FDA testing on finished dose products    01:18 PM

Page 508

1 are even lower than the concentrations that
2 you itemized in your report?
3    A. So as you have here, I have the
4 Mylan MDL 2875 that I relied on and said that
5 the NDEA range from 0.1 to 1.57 part per    01:18 PM
6 million, and the FDA acceptable index is
7 0.083 part per million.
8    Q. Yeah, I know what you relied on.
9 You already told me that three time.
10    My question was, were you aware    01:19 PM
11 that there was FDA testing done on Mylan's
12 product that showed that the actual
13 concentrations in finished dose were lower
14 than what you reported on page 10 of your
15 report?
16    MR. NIGH: Form objection.
17    A. No.
18 BY MR. TRISCHLER:
19    Q. Why did you ignore or not report
20 on FDA's finished dose testing Mylan's    01:19 PM
21 product?
22    A. I didn't have -- I didn't have
23 that data. And what I was -- I only could
24 report on the data that I had access to.
25    Q. Did you ask for other data?    01:19 PM

Page 509

1    A. So the data I had documented
2 levels of NDMA, NDEA in the different
3 valsartan manufacturer -- in the different
4 manufacturers.
5    Q. Right. I understand that.    01:20 PM
6    I said did you ask or do anything
7 to validate that data or to determine if
8 there was other more reliable data in terms
9 of the actual concentrations in Mylan's
10 finished dose product?    01:20 PM
11    A. So I was -- I was asked does NDMA
12 and NDEA cause cancer as a general causation.
13 I wasn't asked for a particular patient, a
14 specific example -- a specific patient who
15 took a particular valsartan.    01:20 PM
16    As I said before, my understanding
17 was, and this is what I document in the
18 report, that there are different levels.
19 ZHP, you know, very high, and some of these
20 other ones are lower. So this is the -- I    01:20 PM
21 base this on -- I was asked does NDMA, NDEA,
22 are they human carcinogens?
23    Q. I understand what you were tasked
24 to do. I think you probably said that 20
25 times over the last two days, sir.    01:21 PM

Page 510

1    My question to you is very
2 specific. And that was, did you do anything
3 to validate whether the Mylan numbers that
4 you report on page 10 of your report are
5 accurate or if there is additional data with    01:21 PM
6 respect to finished dose testing, suggesting
7 that the levels are even lower than what you
8 reported? You either did something or you
9 didn't.
10    MR. NIGH: Form objection.    01:21 PM
11 BY MR. TRISCHLER:
12    Q. What's the answer?
13    A. I did not.
14    Q. All right. And you made a
15 statement yesterday that I found notable, and    01:21 PM
16 I'm sure I'll come back to it. And I think
17 what you told us is that scientists don't
18 cherry-pick data. Agreed?
19    A. Correct.
20    Q. A good scientist should always    01:22 PM
21 look at and consider all the facts, right?
22    A. Correct.
23    Q. And if you wanted to consider all
24 the facts, one of the things that you can --
25 and if you wanted to determine whether or not    01:22 PM

45 (Pages 507 - 510)

CONFIDENTIAL

Page 511

1 the dose and duration of a exposure from
2 Mylan's valsartan-containing medications can
3 cause cancer, one of the things you could do
4 is to calculate the mean exposure from test
5 data that's available, right?                01:22 PM
6        MR. NIGH:  Form objection
7     A.  Correct.
8 BY MR. TRISCHLER:
9     Q.  You never did that?
10    A.  Well, I wasn't asked to        01:22 PM
11 differentiate by -- between ZHP, Torrent and
12 Mylan, the exact amounts of NDMA from each
13 one in a specific -- for a specific patient,
14 for a specific person.
15    Q.  Right.  And since you weren't      01:23 PM
16 asked to do it, you didn't do it?
17    A.  Correct.
18    Q.  And so since you didn't calculate
19 a mean from the test data, I'll represent to
20 you, and I'll ask you to assume as an expert,      01:23 PM
21 that the mean concentration for Mylan's test
22 data that you cite is .47 parts per million.
23 Okay?
24    A.  Correct.
25    Q.  And so accepting that as true, the      01:23 PM

Page 512

1 maximum daily exposure to a patient that was
2 taking a 320 milligram tablet, would be about
3 150 nanograms per day, correct?
4     A.  Correct.
5     Q.  And so if someone took Mylan's      01:23 PM
6 valsartan every day for a year, that
7 hypothetical person would have been exposed
8 to 54,750 nanograms of NDEA, correct?
9     A.  Correct.  But as I said before,
10 when people go to the pharmacy, they're      01:24 PM
11 getting different batches of valsartan over
12 their time when they're taking the drug,
13 so...
14    Q.  Well, I'm not asking about any --
15 I'm not asking about any plaintiffs because      01:24 PM
16 you don't have any information on any
17 plaintiffs.  I'm asking about a
18 hypothetical -- this hypothetical that I'm
19 asking you to assume.  Okay?
20    A.  Okay.  Yes.              01:24 PM
21    Q.  So if someone takes Mylan's
22 valsartan for a year and is exposed to 54,750
23 nanograms of nitrosamines, what we know, from
24 your own study, from your own report, is that
25 that concentration is about .002 percent of      01:24 PM

Page 513

1 the cumulative nitrosamine exposure seen by
2 the workers in Hidajat, right?
3        MR. NIGH:  Form objection.
4     A.  Well, as I said before, I
5 didn't -- I went into NDMA specifically not      01:25 PM
6 nitrosamine concentration.  So I was focused
7 on NDMA.
8 BY MR. TRISCHLER:
9     Q.  Right.  And you understand I'm
10 allowed to ask you different questions?      01:25 PM
11    A.  Yeah, yeah, I agree.
12    Q.  So that's what I'm doing.  And
13 it's simple math, Doctor.
14       If we assume a nitrosamine
15 exposure from medication of 54,000 nanograms,      01:25 PM
16 we know in Hidajat that the workers in
17 Quartile II were exposed annually to 23
18 million nanograms of nitrosamines, correct?
19       MR. NIGH:  Form objection.
20    A.  Correct.              01:25 PM
21 BY MR. TRISCHLER:
22    Q.  And so the math tells us that
23 someone taking Mylan's valsartan at the mean
24 concentration observed for a full year, would
25 see an increase in their -- would see a      01:25 PM

Page 514

1 nitrosamine exposure to about .002 percent of
2 what was seen by the workers in Hidajat.
3 Simple math, right?
4     A.  If they were only taking the
5 Mylan, yes.              01:26 PM
6     Q.  And the reality is then --
7        THE REPORTER:  I'm sorry, Counsel,
8 I didn't get that.
9        "And the reality is?
10    Q.  That the exposure to nitrosamines      01:26 PM
11 from Mylan's valsartan-containing medication,
12 is a minute fraction of the nitrosamine
13 exposures that were seen in Hidajat.
14       Can we agree on that?
15    A.  As I said before, I focused on the      01:26 PM
16 NDMA -- on the NDMA levels in the -- in
17 Hidajat, not the total nitrosamines.  If this
18 is a hypothetical question, then correct.
19    Q.  And the bottom line is that
20 there's nothing in Hidajat to suggest that      01:27 PM
21 consuming 150 nanograms per day of
22 nitrosamines will will lead to an increased
23 risk of cancer; is that correct?
24    A.  Of total nitrosamines, was your
25 question?              01:27 PM

46 (Pages 511 - 514)

Page 515

1  Q.  Let me ask it again because I want
2 to be clear.
3      There is absolutely nothing in the
4 Hidajat study to suggest that consuming 150
5 nanograms of nitrosamines a day will lead to      01:27 PM
6 an increased risk of cancer, is there?
7  A.  Like I said, I would have to go
8 through the calculations.  If it's a similar
9 calculation of what I did with NDMA, and
10 then -- well, yes, it's similar reasoning      01:28 PM
11 with the calculation.
12  Q.  Right.  Because you don't need to
13 do any calculations to answer this question,
14 Doctor, if we're being -- if we're being
15 honest and we're looking at all the facts and      01:28 PM
16 all the evidence, which you told me a good
17 scientist does.  Hidajat didn't talk about
18 the impact of small incremental increases in
19 nitrosamine loads, right?
20      MR. NIGH:  Form objection.      01:28 PM
21 BY MR. TRISCHLER:
22  Q.  That was not even the subject of
23 that paper.
24      MR. NIGH:  Form objection.
25  A.  So when I -- in my report, I      01:28 PM

Page 516

1 didn't rely only on Hidajat, I relied --
2 /
3 BY MR. TRISCHLER:
4  Q.  I didn't ask you if you relied on
5 anything else.      01:29 PM
6      What I asked you was, in Hidajat,
7 the authors of that paper never claim that
8 small incremental increases in nitrosamine
9 exposure on the order of 150 nanograms per
10 day is going to lead to an increased risk of      01:29 PM
11 cancer.  They never set out to answer that
12 question; they never made that claim; and
13 that wasn't even the purpose of the paper.
14      Can we agree on that?
15  A.  For my -- the purpose of this      01:29 PM
16 paper in the context of my report is that
17 rubber dust isn't the rubber dust or the
18 total nitrosamines.  I focused on quantifying
19 the levels of NDMA in the study.  So
20 that's -- I focused on those quartiles with      01:29 PM
21 NDMA, not the total nitrosamines and the
22 other factors they looked at.
23  Q.  Well, you missed my question with
24 that answer, so that's probably my fault.
25      What you told me earlier was that      01:30 PM

Page 517

1 what the authors of the Hidajat paper did,
2 was to compare the increased risk of cancer
3 among workers in Quartile I with those in
4 Quartiles II, III, and IV, right?
5  A.  Correct.  And that's what I wrote      01:30 PM
6 in my report.
7  Q.  And the workers in Quartile I had
8 a baseline exposure to 7 million nanograms of
9 NDEA on a yearly basis, right?
10  A.  So when they did the comparisons      01:30 PM
11 between Quartile II, III and IV to Quartile
12 I, in the 10 different cancers that I
13 documented there was a significant increase
14 in risk of that cancer.
15  Q.  When comparing individuals that      01:31 PM
16 had a baseline exposure of 7 million
17 nanograms to individuals that had a baseline
18 exposure to 25 to 50 million nanograms every
19 year, right?
20  A.  Yes.  They compared Quartile II to      01:31 PM
21 I, and then Quartile III to I, and then
22 Quartile IV to I, and seven of the 10 cancers
23 had a significant trend increase between II,
24 III, and IV versus I, and then in three of
25 the cancers, in two of the blood cancers and      01:31 PM

Page 518

1 liver, I believe, they went to Quartile III,
2 and Quartile III versus I was significant and
3 Quartile IV versus I was significant.
4      In all of these study, it's only
5 NDMA.  They quantified the amount of NDMA in      01:31 PM
6 each of the quartiles.
7  Q.  So nowhere in the Hidajat paper do
8 the authors ever attempt to make the claim
9 that a small increase of daily exposure
10 of nitro -- to NDMA on the order of 100, 200,      01:32 PM
11 300 nanograms per day is going to lead to an
12 increase risk of cancer.
13      Do they make that claim, yes or
14 no.
15      MR. NIGH:  Form objection.      01:32 PM
16  A.  I don't -- they do not.
17 BY MR. TRISCHLER:
18  Q.  Right.  And one thing we can agree
19 upon, Doctor, is that if the occupational
20 exposures in Hidajat were in orders of      01:32 PM
21 magnitude greater than any plaintiff
22 taking Mylan's valsartan-containing
23 medication was ever confronted with.
24      Can we agree on that?
25      MR. NIGH:  Form objection.      01:32 PM

47 (Pages 515 - 518)

CONFIDENTIAL

Page 519

1    A.  So, yeah, in my report I did
2  compare the amounts that they would have
3  exposed to through the tablets and that was
4  on the order of anywhere 180 to 200, so I
5  agree it was much higher.                01:33 PM
6        And Hidajat -- in epidemiology
7  study there are limitations.  So -- and
8  you've mentioned a couple of them.  But the
9  strength of this particular epidemiology
10  study, as you know, is 35,000, 36,000 people,    01:33 PM
11  a long follow up.  But it was -- it actually
12  underestimated the amount of cancer of
13  mortality, because people also developed
14  cancer and don't die, and they use cancer
15  mortality as the readout.                01:33 PM
16        So as in any epidemiology study,
17  there are strengths and limitations.  And
18  you've mentioned some of the limitations.
19        MR. TRISCHLER:  Object and move
20    to strike at nonresponsive.            01:33 PM
21  BY MR. TRISCHLER:
22    Q.  I didn't ask you about the
23  limitations of the study, nor did I ask you
24  about comparisons that you made of other
25  manufacturer's product to the levels observed    01:33 PM

Page 520

1  in Hidajat.  I asked you about Mylan.
2    A.  Sorry.  I missed the question
3  then.
4        MR. NIGH:  Hold on.  I would
5    object to the colloquy.  You actually    01:34 PM
6    asked about patients who have taken
7    Mylan.
8  BY MR. TRISCHLER:
9    Q.  Can we agree that the exposures
10  reported by authors of the Hidajat paper, are    01:34 PM
11  on orders of magnitude far greater than any
12  amounts of nitrosamines ever reported in any
13  of Mylan's valsartan-containing medications?
14    A.  So I would agree with that, with
15  the data I've seen, but I -- yes.        01:34 PM
16    Q.  We all know nitrosamines are
17  ubiquitous, correct?
18        MR. NIGH:  Form objection.
19    A.  I assume you mean in the body.
20  Are you talking about -- yes.            01:34 PM
21  BY MR. TRISCHLER:
22    Q.  No, in nature, in the world.  What
23  does --
24    A.  Yes.  Yeah, but as a scientist,
25  you know, we look -- ubiquitous is a very --    01:35 PM

Page 521

1  you know, to say it's everywhere, you know,
2  it's commonly in -- yeah, in the air, water,
3  food.  I mean, I assume you're talking about
4  that.
5    Q.  Have you ever written that        01:35 PM
6  nitrosamines are ubiquitous?
7    A.  I would have to look.  I've
8  written a lot of things.  Like I said, in
9  this case -- nitrosamines has a class of, you
10  know, over 200 different compounds.  So, you    01:35 PM
11  know, like 80 percent of them can cause
12  cancer and 15 are reasonably anticipated.
13  But yes, so I -- yes, they can be expressed.
14    Q.  What does that mean, "they could
15  be expressed"?  I'm not sure I understand    01:36 PM
16  what you're telling me.
17    A.  Well -- okay.  I agree that they
18  can be ubiquitous.
19    Q.  And they're ubiquitous because
20  they're present in the air we breathe, the    01:36 PM
21  water we drink, and the foods we eat, right?
22    A.  Correct.
23    Q.  And the fact -- I believe you
24  cited a paper.  I'm just going to read this,
25  quote -- you tell me if you are familiar with    01:36 PM

Page 522

1  it.
2        "Nitrosamines are ubiquitous in the
3  human environment and have been detected in
4  food items, including cured meats, bacon,
5  fish and beer, cosmetics, drugs and even the    01:36 PM
6  front passenger areas of new cars."
7        Do you remember reading that
8  statement?
9    A.  So yes, nitrosamines can be -- I
10  agree, yes.  Like I said before, ours focused    01:37 PM
11  more on NDMA, the specific nitrosamine rather
12  than as a class, but...
13    Q.  Do you agree with that statement
14  that I just read?
15    A.  Yes.  Yes.                        01:37 PM
16    Q.  So you and I can agree, then, that
17  all of us are exposed to nitrosamines,
18  including NDMA and NDEA on a daily basis,
19  right?
20    A.  Correct.                         01:37 PM
21    Q.  And every day we're exposed to
22  those nitrosamines, right?
23    A.  Correct.
24    Q.  Every day we metabolize those
25  nitrosamines, correct?                  01:37 PM

48 (Pages 519 - 522)

CONFIDENTIAL

Page 523

1    A.  Yes.
2    Q.  And every day we eliminate them?
3    A.  Yes.
4    Q.  Have you ever personally
5    participated in any study or done any        01:37 PM
6    original research that's been published to
7    estimate daily exposures to NDMA or NDEA?
8    A.  No.
9    Q.  Okay.  Prior to this case, have
10   you ever participated in any research to try   01:38 PM
11   and determine the range of exogenous
12   exposures to nitrosamines across a given
13   population base?
14   A.  No.
15   Q.  As part of your work in this case,    01:38 PM
16   did you attempt to do any sort of survey of
17   the literature to determine if there was a
18   known or recognized range for exogenous
19   exposures to nitrosamines?
20   A.  So, as I mentioned in the case,    01:38 PM
21   we, like many other labs in the world, use
22   NDMA and NDEA in our lab to cause cancer in
23   animals, and we use it to induce oxidative
24   stress.  We use it to -- one of our lab
25   findings, as other labs have shown, that the   01:38 PM

Page 524

1    cell death can stimulate tumor growth.  So we
2    use NDMA and NDEA to stimulate cell death in
3    the lab.
4        So we do use NDMA and NDEA in
5    laboratories, just like many laboratories    01:39 PM
6    throughout the world.
7    Q.  Well, thank you for that
8    explanation.  I don't think that's what I was
9    asking you, though.
10       My question was, in connection    01:39 PM
11   with your work in this litigation, did you
12   make -- do any attempt to survey the
13   literature to determine if there were known
14   reported or recognized ranges for exogenous
15   exposures to NDMA?    01:39 PM
16   A.  Yes, that was part of my research,
17   to see what -- so as I mentioned in my
18   report, so in the diet there's a certain
19   range, it could be .03 to .06 microgram per
20   kilogram or in alcohol there can be NDMA.  So   01:39 PM
21   in diet, there's a certain amount that you
22   can get of the NDMA.
23   Q.  All right.  Well, then, go to page
24   32 of your report, if you don't mind.
25   A.  Yes.    01:40 PM

Page 525

1    Q.  Page 32 of your report, you note
2    that NDMA is found in beer, cured meats,
3    bacon, smoked and salted fish, and cheeses.
4        Do you see that?
5    A.  Yes.    01:40 PM
6    Q.  And then you go on to suggest that
7    estimated daily dietary intake of NDMA ranges
8    from .03 to .08 micrograms.
9        Do you see that?
10   A.  Yes.    01:40 PM
11   Q.  And in your report you cite a
12   single source for that estimate, papered by
13   Hrudey, correct?
14   A.  Yes.
15   Q.  And I think that paper is titled    01:40 PM
16   "Drinking Water as a Proportion of Total
17   Human Exposure to Volatile Nitrosamines."
18       Did I get that right?
19   A.  Yes.
20   Q.  Do you have a copy of that paper    01:41 PM
21   with you?  If not, I can put it up.
22   A.  I think I do have it.  Sorry.
23   There's a lot of papers.
24   Q.  Why don't we just put it up.  It
25   might be quicker and easier.    01:41 PM

Page 526

1        MR. TRISCHLER:  Let's have the
2        Hrudey paper marked as our next
3        sequential exhibit.
4    (Exhibit 28, Drinking Water as a Proportion
5    of Total Human Exposure to Volatile    01:40 PM
6    N-Nitrosamines, marked for identification.)
7    Q.  So what we're looking at right now
8    is the -- on screen, it's the first page of
9    the Hrudey paper, correct, Doctor?
10   A.  Yes.    01:42 PM
11   Q.  And this is -- you can confirm for
12   us this is the paper that you cite in your
13   expert report that you did in this case,
14   true?
15   A.  True.    01:42 PM
16   Q.  And you found this article to be
17   reliable and authoritative, at least with
18   respect to its estimates of exogenous NDMA
19   intake from food, correct?
20   A.  Correct.    01:42 PM
21   Q.  And you cite it favorably in terms
22   of estimating amount of nitrosamine ingested
23   on a daily basis from food, water and
24   beverages, right?
25   A.  Right.  I mean, other people do    01:42 PM

49 (Pages 523 - 526)

CONFIDENTIAL

Page 527

1 cite a little different amounts and, you
2 know, every has different -- they're not
3 exactly the same, but I thought this was a
4 reasonable one.
5     Q.  Well, that's what I was going to     01:43 PM
6 get at.  So you sort of anticipated where I
7 was going.
8         Since you never personally
9 researched or studied daily dietary intake of
10 nitrosamines before this case, what did you     01:43 PM
11 do to validate Hrudey's estimate of daily
12 intake levels as compared to other levels
13 that are reported in the scientific
14 literature?
15     A.  Well, as part of my background     01:43 PM
16 reading, I compared it to what's known, like
17 the EPA has certain limits, even New Jersey
18 has a certain limit of NDMA in the water,
19 that's a little different than California,
20 and, like, California is the 10 nanogram per     01:43 PM
21 ml.
22         So is your question what's the
23 allowable safe level of NDMA?  Maybe I'm
24 missing the question.
25     Q.  No.  What I'm getting at is you     01:43 PM

Page 528

1 already told me that Hrudey provided an
2 estimate of daily nitrosamine consumption
3 from food, water and beverages, right?
4     A.  Yes.  This was for a dietary, yes,
5 food.     01:44 PM
6     Q.  And that estimate was on the order
7 of .06 to .08 micrograms per day, right?
8         MR. NIGH:  Form objection.
9     A.  Yeah, it was .03 to .06.  And then
10 if you included beer, according to them, it     01:44 PM
11 was .08 micrograms per day.
12 BY MR. TRISCHLER:
13     Q.  Okay.  And what I was getting at
14 was, and I think you alluded to this, is that
15 you recognize there are lots of other studies     01:44 PM
16 in the literature that would suggest that
17 exogenous NDMA intake from diet is far higher
18 than the estimates that Hrudey made?
19     A.  Correct.  And that's why, when I
20 went in the epi studies, I picked the epi     01:44 PM
21 studies especially that focused -- or that
22 quantified the amount of NDMA in their study.
23     Q.  So, for instance --
24         MR. TRISCHLER:  Can we put up the
25 next exhibit, which will be a paper from     01:45 PM

Page 529

1     Gushgari, G-u-s-h-g-a-r-i?
2 /
3 (Exhibit 29, Critical review of major
4 sources of human exposure to N-nitrosamines,
5 marked for identification.)     01:45 PM
6         MR. TRISCHLER:  Can you highlight
7 the abstract for the benefit of witness
8 and myself and others?  Thank you.
9         THE WITNESS:  Yep, I see it.
10 BY MR. TRISCHLER:     01:45 PM
11     Q.  So in your review of 500-plus
12 articles that you undertook to prepare for
13 this case, did you review Gushgari's paper?
14     A.  I don't recall reviewing this
15 particular one.  But, like I said, we review     01:45 PM
16 hundreds of papers that I -- you know,
17 through the course of the evaluation period.
18     Q.  Okay.  But if we look at it now,
19 what we can see is that Gushgari estimates
20 daily exogenous exposure to nitrosamines to     01:46 PM
21 be in the range of 2,000 nanograms to 25,000
22 nanograms, depending upon whether the
23 individual is a smoker, right?
24     A.  Correct.
25     Q.  So according to Gushgari at least,     01:46 PM

Page 530

1 tobacco usually accounts for about 22,000
2 nanograms per day of nitrosamine intake,
3 correct?
4     A.  Correct.
5     Q.  Food accounts for roughly 2000     01:46 PM
6 nanograms?
7     A.  Yes.  Well, actually -- I'm sorry.
8 I'm just reading it.
9         THE REPORTER:  We had some talking
10 over, so I didn't get your question     01:46 PM
11 counsel.
12     A.  Sorry, I'm just reading -- it
13 looks like food and beverage is 6.7 nanogram
14 per gram.  I'm just reading from the
15 abstract.     01:46 PM
16 BY MR. TRISCHLER:
17     Q.  So it says food was -- about three
18 quarters of the way down -- 1900 nanograms
19 plus or minus three.
20         Do you see that?     01:47 PM
21     A.  Oh, okay.  The pictures are
22 blocking some of it, but I can see the 1900.
23 I can't see the food, but I take your --
24         MR. NIGH:  You can't take his word
25 for it.  He's asking if you see it.  You     01:47 PM

50 (Pages 527 - 530)

CONFIDENTIAL

Page 531

1    got to actually see it. You can't just
2    take his word for it.
3        THE WITNESS: The pictures are
4    blocking -- okay, now I can see it.
5    Okay. Yes, food, 1900.            01:47 PM
6 BY MR. TRISCHLER:
7    Q. All right. And alcohol
8 contributes another thousand nanograms,
9 correct?
10    A. Yes.                    01:47 PM
11    Q. Again, these estimates were
12 reported by Gushgari in his paper.
13        Do you have a recollection,
14 sitting here today, whether you actually
15 reviewed this paper as part of your work in    01:48 PM
16 this case?
17    A. Well part of -- this is total
18 nitrosamine exposure. I focused on the human
19 epi studies that actually quantified the NDMA
20 concentrations rather than the total         01:48 PM
21 nitrosamine exposure. So I don't recall this
22 particular study, and I wouldn't be
23 surprised, because I focus more on the
24 specific NDMA and NDEA specifically rather
25 than total nitrosamines.              01:48 PM

Page 532

1    Q. Do you know Stephen Hecht,
2 H-e-c-h-t?
3    A. I don't know him personally. I
4 know, you know, of his work.
5    Q. Do you know him by reputation?     01:48 PM
6    A. Somewhat.
7    Q. What do you know of Dr. Hecht's
8 work?
9    A. Well, we just went over it
10 yesterday. He was on the nitrosamines -- the    01:49 PM
11 review that we had -- the assessment -- or
12 the workshop that we had -- that we had
13 talked about.
14    Q. Do you know him in any other -- do
15 you know of his work in any or context other    01:49 PM
16 than his involvement in the FDA workshop?
17    A. I believe he's part of -- on the
18 plaintiffs' team.
19    Q. Sure. Do you know him to be a
20 skilled and capable scientist?         01:49 PM
21    A. From what I -- from what I know,
22 yes.
23    Q. And I'll represent to you that
24 Dr. Hecht testified that these estimates of
25 daily exposures that were provided by      01:49 PM

Page 533

1 Gushgari were reasonable and he considered
2 them to be accurate.
3        Do you have any reason to disagree
4 with Dr. Hecht's conclusions?
5    A. No.                      01:50 PM
6        MR. NIGH: Form objection.
7 BY MR. TRISCHLER:
8    Q. Aside from this paper from
9 Gushgari that we've been talking about that
10 provides estimates of daily exogenous       01:50 PM
11 nitrosamine intake on the order of 2,000 to
12 25,000 nanograms per day, are you aware of
13 any other estimates in the literature of
14 daily nitrosamine intake?
15    A. As I mentioned, I focused on NDMA    01:50 PM
16 rather than total nitrosamines. So I really
17 didn't go into total nitrosamine exposure,
18 because that wasn't the question I was asked.
19    Q. I understand what the question you
20 were asked.                    01:50 PM
21        I just asked you, are you aware of
22 any others -- any other papers that provide
23 an estimate of daily nitrosamine exogenous
24 intake?
25    A. Offhand -- so -- because this is    01:51 PM

Page 534

1 such a well-studied group of carcinogens, so
2 likely there are other papers that also study
3 the total nitrosamine exposure.
4    Q. So we talked earlier about Mylan's
5 API testing.                    01:51 PM
6        Do you remember?
7    A. Yes.
8    Q. And remember we talked about the
9 fact that -- I asked you to assume a mean
10 concentration of .47 parts per million, which    01:51 PM
11 translate into a 150 nanogram maximum daily
12 dose associated with Mylan's product.
13        Do you remember all of that?
14    A. Yes.
15    Q. If Gushgari's sometimes are      01:51 PM
16 correct, the smoker consumes roughly 25,000
17 nanograms of valsartan a day, the 150
18 nanogram increase translates to a daily
19 exposure increase of about .6 percent, right?
20    A. Correct.                   01:52 PM
21    Q. And for nonsmokers who consume
22 roughly 2,000 nanograms per day, the 150
23 nanogram intake represents about a 7.5
24 increase in daily nitrosamine intake,
25 correct?                      01:52 PM

51 (Pages 531 - 534)

CONFIDENTIAL

Page 535

1    A.  Right.  Smoking -- exactly, has
2 high amounts of nitrosamines.
3    Q.  And going back to Hidajat, you
4 would agree with me that there's absolutely
5 nothing in that occupational study that would    01:52 PM
6 suggest that a 1 to 7 percent short-term
7 increase in daily nitrosamine exposure will
8 cause cancer in humans?
9        MR. NIGH:  Form objection.
10    A.  As I said before, I focused on the    01:52 PM
11 quantification of NDMA by the quartiles and
12 that relationship to the increase in 10
13 different types of cancers.
14 BY MR. TRISCHLER:
15    Q.  My question was different than    01:53 PM
16 that.
17        My question was, there is nothing
18 in the conclusions rendered by the Hidajat --
19 the scientists in the Hidajat paper that
20 would suggests or support a conclusion that a    01:53 PM
21 1 to 7 percent short-term increase in daily
22 nitrosamine exposure will cause cancer in
23 humans, is there?
24    A.  Yes, that seems reasonable,
25 correct.                            01:53 PM

Page 536

1    Q.  And in the 500 -- I think it's 586
2 citations that you have in your report, are
3 you able to cite to me a single paper that --
4 that would support a claim that a short-term
5 increase in daily nitrosamine intake on the    01:54 PM
6 order of 1 to 7 percent will cause cancer in
7 humans?
8        MR. NIGH:  Form objection.
9    A.  As I said before, I focused on
10 papers on NDMA and NDEA.  It's very -- I    01:54 PM
11 didn't -- I didn't focus on total
12 nitrosamines.  The question wasn't does total
13 nitrosamines caused cancer.  It was does NDMA
14 or -- and NDEA cause cancer.
15    Q.  All right.  Let me rephrase my    01:54 PM
16 question then.
17        In the 586 citations in your
18 report, can you identify a single one that
19 would support a claim that a short-term
20 increase in daily NDEA intake on the order of    01:54 PM
21 1 to 7 percent cause cancer in humans?
22    A.  Well, as we mentioned -- no.  And
23 in NDEA, I only had one human epi study, the
24 Zhejiang with pancreatic cancer.
25    Q.  And in the 5 -- and while you have    01:55 PM

Page 537

1 586 citations in your report, I assume we can
2 agree that not a single one of those
3 studies -- strike that.
4        Let me try again.
5        While you have 586 citations in    01:55 PM
6 your report, I assume we can agree that none
7 of the authors of any of those papers ever
8 reach a conclusion that a short-term increase
9 in daily NDMA intake on the order of 1 to 7
10 percent cause cancer in humans?    01:55 PM
11        MR. NIGH:  Form objection.
12    A.  So as I mentioned, I cited --
13 correct, but as I mentioned, I cited -- I
14 focused on the epi studies that measured the
15 amount of NDMA in the diet, as well as the    01:55 PM
16 Hidajat study.  And those ones clearly show
17 that an increased level of NDMA increases
18 your chance of getting cancer.  And I didn't
19 cherry-pick.  I included studies that were --
20 it was a nonstatistical increase, as well as    01:56 PM
21 no increase.
22        So, as I said, so I did cite
23 papers with human epi -- with NDMA and only
24 one with NDEA.
25 BY MR. TRISCHLER:                    01:56 PM

Page 538

1    Q.  I think what I heard, I want to
2 make sure my record is clear, was the first
3 part of that answer was that you agree that
4 my statement was correct, true?
5    A.  True.                        01:56 PM
6    Q.  Now, you -- I want to talk about
7 the Pottegard and Gom [sic] papers, if we
8 can.
9        You're familiar with those,
10 right.                            01:57 PM
11    A.  Yes.
12        MR. TRISCHLER:  You can take --
13 whoever is controlling the screen can
14 take down that paper, if you'd like.
15        Let me stop for a minute.    01:57 PM
16        MR. TRISCHLER:  Dan, I have more
17 to go.  I don't know where we are time
18 wise.  I don't want to just plow ahead
19 in violation of the court's directive.
20 So can I check on time, because if we --    01:57 PM
21        MR. NIGH:  Do we know the total
22 time is?
23        The videographer says the total
24 time is 10 hours.
25        Do you agree?                01:57 PM

52 (Pages 535 - 538)

Page 539

1    MR. TRISCHLER: I don't have any
2  reason to dispute that. That's why I
3  was asking.
4    MR. NIGH: How much longer do you
5  think you have, Clem?            01:57 PM
6    MR. TRISCHLER: In all honesty,
7  Dan, I probably have another hour at
8  least. But I don't want to -- like I
9  said, I don't want to --
10    MR. NIGH: And how long does      01:58 PM
11  the -- I don't recall who it was -- the
12  firm from Duane Morris have?
13    MR. BALL: At least an hour and a
14  half.
15    MR. NIGH: Okay. And how long     01:58 PM
16  does Kara Kapke have?
17    MS. KAPKE: It depends. I might
18  not go at all.
19    MR. NIGH: Do you have any
20  questions now?            01:58 PM
21    MR. TRISCHLER: I presume you're
22  asking Kara that?
23    MR. NIGH: Yes.
24    MS. KAPKE: I anticipate that they
25  will be covered by Clem or Rick, so at   01:58 PM

Page 540

1  this point no.
2    MR. NIGH: But if they're not, in
3  other words, I think Clem's time, we're
4  at 10 hours, and if you have questions
5  now, I'm asking how long do you think   01:58 PM
6  your questions would be?
7    MS. KAPKE: Maybe 15 minutes.
8    MR. NIGH: Okay. Let's go ahead
9  and take a quick break. About 10
10  minutes.            01:59 PM
11    MR. TRISCHLER: Thanks.
12    THE VIDEOGRAPHER: The time is
13  1:58. We're off the record.
14  (Recess taken at 1:58 p.m., to 2:20 p.m.)
15    THE VIDEOGRAPHER: The time is    02:20 PM
16  2:20. We're back on the record.
17    MR. NIGH: It's currently 2:20
18  here. We haven't taken a lunch break.
19  In addition to that, I've consulted with
20  my expert, and we simply would not have   02:20 PM
21  the time to be able to accommodate all
22  the witnesses here -- or all the counsel
23  here that want at least another 2 hours
24  and 45 minutes of questioning.
25    We believe that the judge's order   02:21 PM

Page 541

1  was clear, that defendants were to
2  coordinate. We do not believe that
3  happened. The coordinating that the
4  judge directed, he did say I'll give you
5  10 hours but you have to coordinate.    02:21 PM
6    I also believe that the majority
7  -- many of the documents and questions
8  are not based on the length of his
9  report, because they are actually based
10  on the absence of what was in his report  02:21 PM
11  and/or documents that he hadn't looked
12  at, even though the basis for that
13  amount of time was the length of the
14  report.
15    In addition, we recognize that,    02:21 PM
16  you know, multiple other expert
17  witnesses, they were all given 10 hours
18  to question, even, you know, above and
19  beyond plaintiffs' objections. Many of
20  those other experts had reports that    02:21 PM
21  were less than 30 pages, yet we still
22  accommodated 10 hours of questioning of
23  those experts.
24    At this time we recognize that the
25  people who stated that they have     02:22 PM

Page 542

1  questions, Duane Morris -- additional
2  questions, Duane Morris, and Clem
3  Trischler are all lead counsel, as we
4  are the firm for the lead questioner, and we
5  believe that, as lead counsel, they are   02:22 PM
6  lead counsel for defendants not just
7  their clients, far and above the duty to
8  coordinate their time on behalf of the
9  MDL and the direction given by Judge
10  Vanaskie.            02:22 PM
11    On the flip side, we recognize
12  that Kara Kapke has stated that she has
13  15 minutes of questioning. And so if
14  the defendants are prepared, we are okay
15  going another 15 minutes, and then we're  02:22 PM
16  going to have to conclude at that point.
17    So if Kara Kapke is ready to do
18  her questioning, we will offer the
19  witness to sit for another 15 minutes
20  for her questioning.            02:23 PM
21    MR. FOWLER: I will respond first,
22  Counsel. I think the record will speak
23  for itself as to how the time was used
24  and the documents that were shown the
25  witness. I disagree with your      02:23 PM

53 (Pages 539 - 542)

Page 543

1    characterization that the questions were
2    about what was not in his report. All
3    of the questions were focused on his
4    opinions, and he was shown documents --
5    whether or not he considered them, he          02:23 PM
6    was shown some documents not referenced
7    in his report.
8        But with 586 citations and a
9    200-page report; and, most importantly,
10   a witness who would run on page after          02:23 PM
11   page after page of nonresponsive answers
12   to what was -- were very straightforward
13   questions, I think this transcript will
14   speak for itself, and I think -- you
15   know, if you're going to force               02:24 PM
16   defendants to get a ruling to get a
17   couple hours time, I think that's going
18   to be a short walk.
19       Because this transcript is like
20   nothing I've seen. And I looked and it        02:24 PM
21   will speak for itself, Counsel, and if
22   you -- and I appreciate your position,
23   and defendants obviously have means and
24   options to address that with the court,
25   which we may well do.                         02:24 PM

Page 544

1        But I disagree with your
2    characterization. I think this record
3    speaks for itself of at least two hours
4    that were unnecessary based upon run-on,
5    nonresponsive answers.                        02:24 PM
6        MR. NIGH: Does anybody else on
7    defense want to speak?
8        MR. TRISCHLER: Yes, thank you.
9    This is Clem Trischler. Obviously, for
10   madam court reporter so she knows who's       02:24 PM
11   speaking.
12       I am very cognizant of the time
13   limitation established by Judge
14   Vanaskie. I think everyone on the
15   defendant's side is very cognizant of        02:25 PM
16   that time limitation that we all worked
17   very diligently through the expert phase
18   of this case to comply with those time
19   limits.
20       Every deposition up until this          02:25 PM
21   point, we've been able to complete the
22   deposition within the time period
23   allowed by the court. And I concur with
24   Mr. Fowler that the reasons that this
25   deposition is not finished have little       02:25 PM

Page 545

1    to do with the defendants in the manner
2    in which issues were allocated, but more
3    to do with how questions were answered
4    or not answered. But, again, the record
5    on that well speak for itself.               02:25 PM
6        Judge Vanaskie himself recognized
7    that we have a unique litigation here
8    where there are over 50 defendants.
9    While we have common interest, we also
10   have individual interest and unique         02:26 PM
11   facts among us. The fact that we have
12   two or three examiners every expert
13   deposition taking the depositions of the
14   experts in a way that's not cumulative
15   is entirely appropriate, consistent with   02:26 PM
16   what the court ruled.
17       And the fact of the matter, we
18   have one additional expert deposition
19   for the plaintiff to complete. We need
20   a few more hours to do it. I understand    02:26 PM
21   your position, while I can respect it, I
22   disagree with it, but I understand it.
23       And I think we'll have to assess
24   the situation amongst ourselves on the
25   defense side, take a look at the           02:26 PM

Page 546

1    transcript that bears out what I think
2    it does, then I think we'll be raising
3    the issue with Judge Vanaskie and asking
4    that the witness be brought back so that
5    I have an opportunity to finish my exam.   02:27 PM
6        I've not been repetitive with the
7    witness. I've not covered issues that
8    were previously covered, but these are
9    important issues that go to the heart of
10   the causation issues in this case, and I   02:27 PM
11   think that asking the witness to come
12   back for a few more hours so that those
13   issues can be fairly covered is not an
14   unreasonable burden under the
15   circumstances.                             02:27 PM
16       So I'll turn it over to anyone
17   else that wants to add anything, but I
18   think -- I think we obviously have to
19   agree to disagree. Our position is that
20   the deposition is not concluded. My        02:27 PM
21   questioning is not finished, and I'll
22   reserve the right to continue when so
23   directed by the court.
24       THE BALL: This is Mr. Ball. I
25   concur with what my two colleagues have    02:28 PM

54 (Pages 543 - 546)

CONFIDENTIAL

Page 547

1    said, my two co-counsel said.
2         And, Mr. Nigh, I want to assure
3    you that none of the questions I have
4    will in any way be cumulative.
5         MR. NIGH:  Anybody for defense    02:28 PM
6    want to speak?  Ms. Kapke?
7         MS. KAPKE:  I can ask a few of my
8    questions, but I echo what the other
9    counsel have said.  I also -- I have
10   coordinated with those counsel, and my    02:28 PM
11   preference is to feed any questions that
12   I have to them, but they have not had
13   the opportunity to finish their
14   questioning, so I don't think it's
15   appropriate for me to ask the questions    02:29 PM
16   that I would ask if they do not ask
17   them.  Because they haven't had their
18   complete opportunities and chance to ask
19   those questions.
20        So I think the best thing for me    02:29 PM
21   to do is to, again, say that the other
22   defendants would like to go first, and
23   I'd like them to finish their questions
24   before I ask my questions.
25        MR. NIGH:  Well, my -- I'm sorry,    02:29 PM

Page 548

1    just to clarify your position.  Our
2    offer is for you to be able to go now,
3    as the only defense counsel here who
4    doesn't sit as lead counsel who has
5    stated that they have questions of this    02:29 PM
6    witness and thought that, as of right
7    now, you would have about 15 minutes of
8    questions.
9         Is it your statement that you're
10   rejecting that offer?    02:29 PM
11        MS. KAPKE:  Yes.  I'm rejecting
12   that offer because I think the other
13   defendants need to finish their
14   questioning first.
15        MR. NIGH:  Okay.  Anybody else on    02:30 PM
16   the defense have a position?
17        Hearing none, I will also respond
18   that I think any attempt to raise
19   enlargement of time motions are
20   untimely, given the calendar that we    02:30 PM
21   have set out.  And given the time on my
22   expert's witness -- on the expert
23   witness's calendar, and I think that
24   that's just one more thing we have to
25   consider.    02:30 PM

Page 549

1         I disagree that the record will
2    speak for itself.  I actually believe
3    that, you know, defense counsel has a
4    choice as to how they want to ask
5    questions and what questions they want    02:30 PM
6    to ask.  But I do believe the record
7    will show numerous cumulative questions,
8    and had those questions been eliminated,
9    there would have been enough time to
10   cover the other questioners and the    02:31 PM
11   information that they wanted to cover.
12        In addition, I believe that the
13   loaded questions that were chose to be
14   asked on numerous occasions lead to
15   lengthier answers.  That's a choice by    02:31 PM
16   the defense counsel and that's the
17   choice they made.
18        As we can see from other
19   questioners, they have far less
20   lengthy -- or other questioner, they had    02:31 PM
21   far less lengthier answers because they
22   weren't loaded questions.  Okay.  That's
23   all I have.
24        THE VIDEOGRAPHER:  The time is
25   2:31.  We are off the record.    02:31 PM

Page 550

1    (Deposition suspended 2:32 p.m.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

55 (Pages 547 - 550)

CONFIDENTIAL

Page 551

1 COMMONWEALTH OF MASSACHUSETTS
2 SUFFOLK, SS.
3
4    I, Sandra A. Deschaine, Registered
   Professional Reporter and Notary Public
5 within and for the Commonwealth of
   Massachusetts at large, do hereby certify
6 that the videotaped deposition of Dipak
   Panigrahy, M.D., Day 2, in the matter of In
7 Re:  Valsartan, Losartan and Irbesartan
   Products Liability Litigation, at the offices
8 of Greenberg Traurig, One International
   Place, Boston, Massachusetts, on September 9,
9 2021, taken and transcribed by me; that the
   witness provided satisfactory evidence of
10 identification as prescribed by Executive
   Order 455 (03-13) issued by the Governor of
11 the Commonwealth of Massachusetts; that the
   transcript produced by me is a true record of
12 the proceedings to the best of my ability;
   that the witness is reading and signing; that
13 I am neither counsel for, related to, nor
   employed by any of the parties to the action
14 in which this deposition was taken, and
   further that I am not a relative or employee
15 of any attorney or counsel employed by the
   parties thereto, nor financially or otherwise
16 interested in the outcome of the action, on
   this 17th day of September 2021.
17
18
19

20    _Sandra A. Deschaine_
21       Registered Professional Reporter
22
23
24
   My Commission Expires:
25 July 5, 2024

Page 553

1       ERRATA SHEET
2          DAY 2
3    IN RE:  VALSARTAN, LOSARTAN AND IRBESARTAN
4    DIPAK PANIGRAHY, M.D. - SEPTEMBER 9, 2021
5
6 Page| Line| Change/Correction
7 ____|____|_____
8 ____|____|_____
9 ____|____|_____
10 ____|____|_____
11 ____|____|_____
12 ____|____|_____
13 ____|____|_____
14 ____|____|_____
15 ____|____|_____
16 ____|____|_____
17 ____|____|_____
18 ____|____|_____
19 ____|____|_____
20 ____|____|_____
21 ____|____|_____
22 ____|____|_____
23 ____|____|_____
24 ____|____|_____
25 ____|____|_____

Page 552

1       SIGNATURE PAGE
2          DAY 2
3    IN RE:  VALSARTAN, LOSARTAN AND IRBESARTAN
4    DIPAK PANIGRAHY, M.D. - SEPTEMBER 10, 2021
5
6    I, the undersigned, declare under penalty
7 of perjury that I have read the foregoing
8 transcript, and I have made any corrections,
9 additions or deletions that I was desirous of
10 making; that the foregoing is a true and
11 correct transcript of my testimony contained
12 therein.
13
14    Executed this_____day of
15    _____,
16
17 at_____, _____.
18    (CITY)      (STATE)
19
20    -------------------------
21    DIPAK PANIGRAHY, M.D.
22
23
24
25

56 (Pages 551 - 553)

CONFIDENTIAL

**[& - 02:31]**                                                                  Page 1

| **&** |
|---|
| **&** 337:3,11,18 338:3 339:3 340:4 341:4 342:7 |

| **0** |
|---|
| **0** 361:24,25 |
| **0.03** 362:1 |
| **0.06** 362:1 |
| **0.08** 362:3 |
| **0.083** 508:7 |
| **0.1** 508:5 |
| **0.2** 396:19 |
| **0.27** 378:11 379:2 |
| **0.5** 352:24 |
| **001** 403:8 |
| **002** 512:25 514:1 |
| **003** 403:20 |
| **01** 501:9 503:23 |
| **01:00** 493:10,15 493:20,25 |
| **01:01** 494:5,10,15 494:20,25 |
| **01:02** 495:5,10,15 495:20 |
| **01:03** 495:25 496:5,10 |
| **01:04** 496:15,20 496:25 |
| **01:05** 497:5,10,15 497:20,25 |
| **01:06** 498:5,10,15 498:20 |
| **01:07** 498:25 499:5,10 |
| **01:08** 499:15,20 499:25 |
| **01:09** 500:5,10,15 500:20 |
| **01:10** 500:25 501:5,10 |

**01:11** 501:15,20 501:25 502:5,10
**01:12** 502:15,20 502:25 503:5,10
**01:13** 503:15,20 503:25 504:5,10
**01:14** 504:15,20 504:25 505:5
**01:15** 505:10,15 505:20,25
**01:16** 506:5,10,15 506:20
**01:17** 506:25 507:5,10
**01:18** 507:15,20 507:25 508:5
**01:19** 508:10,15 508:20,25
**01:20** 509:5,10,15 509:20
**01:21** 509:25 510:5,10,15
**01:22** 510:20,25 511:5,10
**01:23** 511:15,20 511:25 512:5
**01:24** 512:10,15 512:20,25
**01:25** 513:5,10,15 513:20,25
**01:26** 514:5,10,15
**01:27** 514:20,25 515:5
**01:28** 515:10,15 515:20,25
**01:29** 516:5,10,15 516:20
**01:30** 516:25 517:5,10
**01:31** 517:15,20 517:25 518:5

**01:32** 518:10,15 518:20,25
**01:33** 519:5,10,15 519:20,25
**01:34** 520:5,10,15 520:20
**01:35** 520:25 521:5,10
**01:36** 521:15,20 521:25 522:5
**01:37** 522:10,15 522:20,25 523:5
**01:38** 523:10,15 523:20,25
**01:39** 524:5,10,15 524:20
**01:40** 524:25 525:5,10,15 526:5
**01:41** 525:20,25
**01:42** 526:10,15 526:20,25
**01:43** 527:5,10,15 527:20,25
**01:44** 528:5,10,15 528:20
**01:45** 528:25 529:5,10,15
**01:46** 529:20,25 530:5,10,15
**01:47** 530:20,25 531:5,10
**01:48** 531:15,20 531:25 532:5
**01:49** 532:10,15 532:20,25
**01:50** 533:5,10,15 533:20
**01:51** 533:25 534:5,10,15
**01:52** 534:20,25 535:5,10

**01:53** 535:15,20 535:25
**01:54** 536:5,10,15 536:20
**01:55** 536:25 537:5,10,15
**01:56** 537:20,25 538:5
**01:57** 538:10,15 538:20,25 539:5
**01:58** 539:10,15 539:20,25 540:5
**01:59** 540:10
**02109** 337:21
**02110-1724** 339:22
**027** 378:16
**02:20** 540:15,20
**02:21** 540:25 541:5,10,15,20
**02:22** 541:25 542:5,10,15
**02:23** 542:20,25 543:5,10
**02:24** 543:15,20 543:25 544:5,10
**02:25** 544:15,20 544:25 545:5
**02:26** 545:10,15 545:20,25
**02:27** 546:5,10,15 546:20
**02:28** 546:25 547:5,10
**02:29** 547:15,20 547:25 548:5,10
**02:30** 548:15,20 548:25 549:5
**02:31** 549:10,15 549:20,25

CONFIDENTIAL

**[03 - 10]**                                                                                    Page 2

**03**  361:23 524:19
525:8 528:9
**03-13**  551:10
**06**  361:23 524:19
528:7,9
**07102**  340:16
**08**  528:7,11
**08543-5226**
341:16
**08:49**  345:10
**08:50**  345:15,20
345:25 346:5,10
**08:51**  346:15,20
**08:52**  346:25
347:5,10,15
**08:53**  347:20,25
348:5
**08:54**  348:10,15
348:20,25
**08:55**  349:5,10,15
**08:56**  349:20,25
350:5,10,15,20
**08:57**  350:25
351:5,10,15,20,25
**08:58**  352:5,10,15
**08:59**  352:20,25
353:5,10,15,20,25
355:5,10,15
**09**  501:10
**095**  382:23 383:5
**0959**  381:9
**096**  373:25
**09:00**  354:5,10,15
354:20,25
**09:01**  355:20,25
**09:02**  356:5,10,15
356:20,25
**09:03**  357:5,10,15
**09:04**  357:20,25
358:5

**09:05**  358:10,15
358:20,25
**09:06**  359:5,10,15
359:20
**09:07**  359:25
360:5,10
**09:08**  360:15,20
360:25 361:5
**09:09**  361:10,15
361:20
**09:10**  361:25
362:5,10,15
**09:11**  362:20,25
363:5,10
**09:12**  363:15,20
363:25 364:5
**09:13**  364:10,15
364:20,25 365:5
**09:14**  365:10,15
365:20
**09:15**  365:25
366:5,10,15
**09:16**  366:20,25
367:5
**09:17**  367:10,15
367:20
**09:18**  367:25
368:5,10
**09:19**  368:15,20
368:25
**09:20**  369:5,10,15
369:20
**09:21**  369:25
370:5,10
**09:22**  370:15,20
370:25 371:5
**09:23**  371:10,15
371:20
**09:24**  371:25
372:5,10

**09:25**  372:15,20
372:25
**09:26**  373:5,10
**09:27**  373:15,20
373:25 374:5
**09:28**  374:10,15
374:20,25
**09:29**  375:5,10,15
375:20
**09:30**  375:25
376:5,10,15
**09:31**  376:20,25
377:5
**09:32**  377:10,15
377:20,25
**09:33**  378:5,10,15
378:20
**09:34**  378:25
379:5,10,15
**09:35**  379:20,25
380:5
**09:36**  380:10,15
380:20,25
**09:37**  381:5,10,15
381:20,25
**09:38**  382:5,10,15
**09:39**  382:20,25
383:5,10
**09:40**  383:15,20
**09:41**  383:25
384:5,10,15
**09:42**  384:20,25
385:5
**09:43**  385:10,15
385:20,25
**09:44**  386:5,10,15
386:20,25
**09:45**  387:5,10,15
387:20,25
**09:46**  388:5,10,15

**09:47**  388:20,25
389:5,10,15
**09:48**  389:20,25
390:5,10
**09:49**  390:15,20
390:25 391:5
**09:50**  391:10,15
391:20
**09:51**  391:25
392:5,10,15
**09:52**  392:20,25
393:5,10
**09:53**  393:15,20
393:25 394:5
**09:54**  394:10,15
394:20
**09:55**  394:25
395:5,10,15
**09:56**  395:20,25
396:5
**09:57**  396:10,15
396:20,25
**09:58**  397:5,10,15
397:20
**09:59**  397:25
398:5,10,15

|         **1**         |

**1**  337:5 378:4
389:1,17 402:17
406:6 470:14,18
472:18,18 493:1
535:6,21 536:6,21
537:9
**1.5**  413:21
**1.57**  503:23 508:5
**1.6**  379:4
**1/2**  488:7,19
**10**  334:14 335:1
360:12 361:2,18
363:18,20 367:3
368:13 371:10,14

CONFIDENTIAL

**[10 - 11:23]**                                                      Page 3

374:18,20 375:3
378:8 384:19
385:20,23 389:16
389:20,24 390:1,1
391:3 393:8 395:5
399:6,19 403:1,1,3
403:11,16,22
410:17 413:21
415:19 416:20
419:14 420:17,22
425:11,17 430:16
436:3,4 438:1
444:14,17 478:17
497:3 501:3,7
503:13 504:25
507:9 508:14
510:4 517:12,22
527:20 535:12
538:24 540:4,9
541:5,17,22 552:4
**10.0**  491:15
**10.03**  491:1,5
**100**  339:21 340:15
360:12 464:1
518:10
**1000**  336:5
**109**  404:13
**10:00**  398:20,25
399:5
**10:01**  399:10,15
399:20,21
**10:16**  399:23
**10:17**  399:21,25
400:5,10,15
**10:18**  400:20,25
**10:19**  401:5
**10:20**  401:10,15
401:20,25
**10:21**  402:5,10,15
**10:22**  402:20,25

**10:23**  403:5,10,15
**10:24**  403:20,25
404:5
**10:25**  404:10,15
404:20,25 405:5
**10:26**  405:10,15
**10:27**  405:20,25
406:5
**10:28**  406:10,15
406:20,25 407:5
**10:29**  407:10,15
407:20,25
**10:30**  408:5,10,15
408:20
**10:31**  408:25
409:5,10,15,20,25
**10:32**  410:5,10,15
410:20
**10:33**  410:25
411:5,10,15
**10:34**  411:20,25
412:5,10,15
**10:35**  412:20,25
413:5,10
**10:36**  413:15,20
413:25 414:5,10
**10:37**  414:15,20
414:25 415:5
**10:38**  415:10,15
415:20,25
**10:39**  416:5,10,15
416:20
**10:40**  416:25
417:5,10,15
**10:41**  417:20,25
418:5,10
**10:42**  418:15,20
418:25 419:5
**10:43**  419:10,15
419:20,25

**10:44**  420:5,10,15
420:20
**10:45**  420:25
421:5,10,15,20
**10:46**  421:25
422:5,10,15
**10:47**  422:20
**10:48**  422:25
423:5,10,15,20
**10:49**  423:25
424:5,10
**10:50**  424:15,20
424:25 425:5
**10:51**  425:10,15
425:20,25 426:5
**10:52**  426:10,15
426:20,25
**10:53**  427:5,10
**10:54**  427:15,20
427:25 428:5
**10:55**  428:10,15
428:20,25 429:5
**10:56**  429:10,15
429:20
**10:57**  429:25
430:5,10,15
**10:58**  430:20,25
431:5,10
**10:59**  431:15,20
431:25
**10th**  345:5 404:12
**11**  340:6 417:6
**11:00**  432:5,10,15
432:20,25
**11:01**  433:5,10,15
433:20,25 434:5
**11:02**  434:10,15
434:20,25 435:5
435:10
**11:03**  435:15,20
435:25 436:5

**11:04**  436:10,15
**11:05**  436:20,25
437:5
**11:06**  437:10,15
437:20,25
**11:07**  438:5,10,15
438:20
**11:08**  438:25
439:5,10,15
**11:09**  439:20,25
440:5,10
**11:10**  440:15,20
440:25 441:5,10
**11:11**  441:15,20
441:25 442:5
**11:12**  442:10,15
442:20,25
**11:13**  345:5 443:5
443:10,15,20,25
444:5,10
**11:14**  444:15,20
444:25
**11:15**  445:5,10,15
445:20,25
**11:16**  446:5,10,15
**11:17**  446:20,25
447:5,10,15,20
**11:18**  447:25
448:5,10,15,20
**11:19**  448:25
449:5,10
**11:20**  449:15,20
449:25 450:5
**11:21**  450:10,15
450:20,25 451:5
451:10
**11:22**  451:15,20
451:25 452:5
**11:23**  452:10,15
452:20,25 453:5

CONFIDENTIAL

**[11:24 - 2]**

| | | | |
|---|---|---|---|
| **11:24** 453:10,15 453:20,25 454:5 | **12:07** 470:10,15 470:20,25 | **12:51** 486:15,20 486:25 487:5 | 400:12 |
| **11:25** 454:10,15 454:20,25 | **12:08** 471:5,10,15 471:20 | **12:52** 487:10,15 487:20,25 | **170** 498:20 |
| **11:26** 455:5,10,15 455:20,25 | **12:09** 471:25 472:5,10,15,20 | **12:53** 488:5,10,15 488:20 | **17th** 551:16 |
| **11:27** 456:5,10,15 456:20 | **12:10** 472:25 473:5,10,15 | **12:54** 488:25 489:5,10,15 | **18** 343:10 372:1,3 372:6 417:8 419:14 |
| **11:28** 456:25 457:5,10,15 | **12:11** 473:20,25 474:5 | **12:55** 489:20,25 490:5,10 | **180** 366:25 519:4 |
| **11:29** 457:20,25 458:5,10,15 | **12:12** 474:10,15 474:20 | **12:56** 490:15,20 490:25 491:5 | **1800law1010.com** 337:8 |
| **11:30** 458:20,25 459:5,10 | **12:13** 474:25 475:5,10,15,20 | **12:57** 491:10,15 491:20 | **186** 410:2,7 |
| **11:31** 459:15,20 459:25 460:5 | **12:14** 475:25 476:5,10,15 | **12:58** 491:25 492:5,10 | **18755** 551:19 |
| **11:32** 460:10,15 460:20,25 461:5 461:10,15 | **12:15** 476:20,25 477:5,10,15 | **12:59** 492:15,20 492:25 493:5 | **188** 497:13,25 |
| **11:33** 461:20,25 462:5,10,15 | **12:16** 477:20,25 478:5,10,15 | **14,304** 486:19 | **188.1** 496:19,20 |
| **11:34** 462:20,25 463:5,10,15,20 | **12:17** 478:20,25 479:5,10,15 | **14,304,000** 486:21 | **188.1.** 498:18 |
| **11:35** 463:25 464:5,10 | **12:18** 479:20,25 480:5,10 | **14127134023** 342:14 | **19** 343:12 377:6,8 473:16,18 |
| **11:36** 464:15,20 464:25 465:5,8 | **12:19** 480:15,20 480:25 | **15** 402:22 521:12 540:7 542:13,15 542:19 548:7 | **1900** 530:18,22 531:5 |
| **11:37** 465:9 | **12:20** 481:5,10,15 481:20,25 | **150** 504:14 505:10 512:3 514:21 515:4 516:9 534:11,17,22 | **19422** 338:6 |
| **12205** 337:6 | **12:21** 482:5,9,10 482:10 | **15219** 339:10 | **1954** 347:17 |
| **12:01** 465:11 | **12:45** 482:10,12 | **15th** 340:15 | **1956** 347:18,19 |
| **12:02** 465:9,10,15 465:20,25 466:5 | **12:46** 482:15,20 482:25 483:5,10 | **16** 350:24 385:3 388:6 394:13 415:15,22 416:14 417:8 418:4 | **1960s** 347:20 |
| **12:03** 466:10,15 466:20,25 | **12:47** 483:15,20 483:25 484:5,10 | **16092139142** 342:13 | **1964** 347:22 |
| **12:04** 467:5,10,15 467:20 | **12:48** 484:15,20 484:25 | **1620** 375:12,21 379:5,10,16 | **1967** 347:23 398:16 399:1,5 |
| **12:05** 467:25 468:5,10,15,20,25 469:5,10 | **12:49** 485:5,10,15 485:20 | **17** 343:8 350:25 351:4 367:10,12 | **1970** 346:15,18,24 347:16 348:6 349:11 417:1 |
| **12:06** 469:15,20 469:25 470:5 | **12:50** 485:25 486:5,10 | | **1974** 351:8 |
| | | | **1990** 480:7 |
| | | | **1991** 369:25 397:22 436:13 445:2 |
| | | | **1998** 384:8 |
| | | | **1:19** 334:3 |
| | | | **1:58** 540:13,14 |

|   |
|---|
| **2** |
| **2** 334:10 335:6 345:6 387:4,17 388:20 398:17 399:5 490:14 |

CONFIDENTIAL

**[2 - 450]**                                                                        Page 5

| | | | |
|---|---|---|---|
| 540:23 551:6 | **21**  341:14 343:18 | **27th**  337:20 | **33**  473:17,18 474:7 |
| 552:2 553:2 | 377:23 401:1,2 | **28**  344:17 420:13 | **333**  336:12 |
| **2,000**  529:21 | **21.38.**  491:15 | 471:14 501:17 | **34**  406:4 407:20 |
| 533:11 534:22 | **21.8**  491:5 | 526:4 | 408:3,12,23 |
| **20**  343:14 352:10 | **2101**  336:5 | **28202**  341:7 | 471:15 474:19,20 |
| 352:11 360:14 | **212**  474:20,21,23 | **2875**  334:3 508:4 | 475:17 |
| 366:17 367:7 | 475:4 | **29**  344:20 529:3 | **344**  343:3 |
| 370:8 383:25 | **213**  449:19 | **2:31**  549:25 | **35,000**  519:10 |
| 384:1,2,7 425:9 | **2138**  491:17 | **2:32**  334:15 550:1 | **36,000**  437:25 |
| 427:2 509:24 | **214**  449:20 | **2e1**  439:1 | 500:9 519:10 |
| **20,000**  361:15 | **215**  449:21 | **2nd**  371:7 | **367**  343:8 |
| 497:1 | **22**  343:19 401:7,9 | **3** | **372**  343:10 |
| **200**  338:5 360:12 | 401:16 |  | **377**  343:12 |
| 360:15 366:18 | **22,000**  530:1 | **3**  368:16 377:23,25 | **384**  343:14 |
| 370:8 498:20 | **2220**  338:13 | 404:2 501:17 | **3rd**  371:7 |
| 518:10 519:4 | **227**  341:6 | **30**  356:14,19 | **4** |
| 521:10 543:9 | **23**  344:5 405:8,9 | 384:25 388:7,7 |  |
| **2000**  334:17 | 405:14 495:17,23 | 394:13 450:21 | **4**  387:1,18 388:19 |
| 410:21 423:4 | 496:14 513:17 | 480:5,7 541:21 | 400:5,10,19,20 |
| 530:5 | **23,208**  487:1 | **300**  361:18 410:20 | 470:14 471:6,10 |
| **2002**  356:6 380:13 | **23,208,000**  487:4 | 497:2,14 498:1 | 472:18,19 |
| **20037**  336:6 | **230**  338:13 | 518:11 | **4,000**  388:6 394:13 |
| **2004**  407:9 | **24**  344:9 420:13 | **30350**  336:13 | 414:23 415:14 |
| **2010**  405:15 | 422:18,19 499:12 | **312.277.1945** | 417:23 |
| 407:25 | **24,000**  492:14 | 339:23 | **4,080**  390:16 394:6 |
| **2011**  380:8 | **2400**  339:21 | **312.566.4808** | 398:24 |
| **2012**  363:12 | **25**  344:11 396:17 | 338:15 | **40**  436:19 492:19 |
| **2014**  473:2 | 415:23 427:5,6,10 | **316**  336:20 | **401**  343:18,19 |
| **2016**  363:13 | 517:18 | **317.231.6491** | **405**  344:5 |
| **2019**  363:13 380:8 | **25,000**  529:21 | 340:8 | **4080**  343:21 |
| 380:9 | 533:12 534:16 | **32**  398:20 418:9 | 401:11 |
| **202.530.8587** | **250**  473:1,13 | 445:4 504:24 | **412.263.4246** |
| 336:7 | 476:11,16 478:3 | 524:24 525:1 | 339:11 |
| **2020**  364:21 | **2500**  336:12 | **320**  361:12 496:21 | **422**  344:9 |
| 379:23 408:1 | **26**  343:18 344:13 | 496:25 501:15 | **427**  344:11 |
| **2021**  334:14 335:1 | 401:2 436:6,7 | 512:2 | **436**  344:13 |
| 345:5 551:9,16 | **26.5**  382:14 | **325**  406:18 | **4369**  460:1 |
| 552:4 553:4 | **27**  344:15 375:4,11 | **32502**  336:21 | **442**  491:17 |
| **2024**  551:25 | 406:4 407:20 | **327**  410:25 412:21 | **449**  344:15 |
| **204**  465:14,22 | 408:3,12 410:2 | 421:25 | **45**  540:24 |
| | 449:1,3 | **328**  420:3 | **450**  338:5 |

CONFIDENTIAL

**[455 - acceptable]**                                                        Page 6

**455**  551:10
**46204-3535**  340:7
**47**  511:22 534:10
**4769072**  334:25
**48**  492:19
**482**  343:4
**49**  432:17 437:25
  439:25 448:17
  455:23 464:2
  500:10
**4th**  371:7

**5**

**5**  352:25 355:3,15
  356:14,18,19
  385:2 388:25
  398:17 399:5
  417:5 469:16
  471:6,10,11
  472:18,19 536:25
  551:25
**5.7**  381:11 382:18
  383:7,18
**5.74**  382:25
**50**  358:9,18 367:21
  368:10,21 369:5,7
  369:14,16,21,23
  369:24 370:2,10
  370:12 373:25
  376:8 377:5 381:4
  382:1,6,9,10,17,23
  383:4,11,12,17
  417:5,9 429:21
  517:18 545:8
**500**  393:21 411:25
  454:4 529:11
  536:1
**504.524.5777**
  337:15
**51**  499:12
**51,000**  492:14
  493:1

**518.862.1200**
  337:7
**5226**  341:15
**526**  344:17
**529**  344:20
**53**  337:20
**54,000**  513:15
**54,750**  512:8,22
**56.7**  498:25
**5700**  381:12
  383:18
**574**  383:1
**580**  351:16
**583**  379:25 398:15
**586**  536:1,17 537:1
  537:5 543:8

**6**

**6**  374:8 420:4
  534:19
**6.7**  530:13
**60**  352:10,11 353:1
  355:4,11,19
  356:20 375:13,22
  378:15,16 379:3
  381:11 382:19,24
  383:6,6 393:20
  397:13 415:16
  418:23 428:14
  504:24
**60,000**  496:23
**600**  341:6
**6606**  338:14
**610.567.0700**
  338:7
**617.231.7000**
  337:22
**629**  436:22
**63.4**  498:24
**6463**  402:2
**65.1**  361:14 498:24

**67**  432:18 448:18
  455:23 464:1
**678.553.2312**
  336:14

**7**

**7**  378:4 402:2
  404:4,8 488:7,19
  517:8,16 535:6,21
  536:6,21 537:9
**7,488**  486:11
  487:15
**7,488,000**  486:14
**7.5**  534:23
**701**  337:13
**70130**  337:14
**704.444.3475**
  341:8
**735**  384:17
**737**  392:7

**8**

**8**  352:24 432:20
  439:24 446:23
  447:20 457:1,12
  462:14
**80**  427:12 521:11
**850.435.7013**
  336:22
**87**  486:7
**8:49**  334:15 335:3
  345:6

**9**

**9**  363:20 391:3
  404:8 417:6
  423:23 505:11
  551:8 553:4
**9/9/21**  400:20
**90**  455:22
**93**  432:19 439:25
  448:18 455:24
  457:13 458:22

**464**:1
**96**  357:11,23
  358:10 359:17
  360:6,16 367:20
  368:6 370:4,19
  376:12 380:25
  382:13 383:13
  410:12,18 416:4
  429:7 430:2
  501:22
**973.757.1100**
  340:17
**99**  455:11 461:21

**a**

**a.m.**  334:15 335:3
  345:6 399:21,21
  465:9
**ability**  485:24
  551:12
**able**  365:6,22
  485:24 496:13
  500:12 536:3
  540:21 544:21
  548:2
**absence**  541:10
**absolutely**  447:11
  461:12 515:3
  535:4
**abstract**  423:8
  427:15 428:21
  529:7 530:15
**academic**  470:19
**accept**  418:16,18
  429:21
**acceptable**  357:11
  357:14,24 358:9
  359:17 360:16
  368:5 369:8 370:3
  370:10,15 382:13
  383:12 410:8,13
  410:18 428:21

CONFIDENTIAL

[acceptable - amines]                                                                    Page 7

429:4 499:3
501:21 508:6
**accepted** 394:4
**accepting** 511:25
**access** 508:24
**accident** 467:12
467:13
**accidents** 467:9
**accommodate**
540:21
**accommodated**
541:22
**account** 361:20
369:16 408:3
451:24 464:22
497:4
**accounts** 369:5
530:1,5
**accurate** 408:1,6
408:18 510:5
533:2
**acid** 347:5
**acknowledge**
475:20 477:5,19
**act** 476:20 479:22
**action** 348:20
349:22 355:23
356:1,4 359:12
363:3,17 364:5
366:12 378:22
421:13 456:14
478:17 504:9,12
504:19 505:3,6,8
505:11,24 507:4
507:13 551:13,16
**actions** 334:7
**activate** 465:14,22
**activating** 466:3
**activation** 390:12
391:17

**active** 442:16,20
**activity** 505:25
**actos** 469:17
470:13 471:6,14
471:22 472:12,22
473:2,8,16,19
474:4,19,20 475:3
475:17,21 476:2
476:12,25 477:20
478:2,5,22 479:2
479:11,18,21,24
**actual** 442:20
477:3 498:2
508:12 509:9
**add** 546:17
**added** 407:13
**addition** 345:20
363:2 483:25
484:12 489:19
540:19 541:15
549:12
**additional** 374:7
489:15 510:5
542:1 545:18
**additions** 552:9
**additives** 427:18
**address** 543:24
**addressed** 423:18
**adduct** 505:7
**adducts** 343:14
348:14 356:3
384:2,8 391:22
445:4
**adequately** 450:16
**adjourned** 367:6
**adjusted** 487:24
**administration**
391:9 420:8,14
431:24 432:2
451:11 483:13

**adverse** 385:16
386:12 424:20
427:20
**affect** 368:19
**afternoon** 482:15
482:16
**age** 361:24 362:2
**agencies** 364:7
369:22 376:3,19
377:3 378:20
380:18 395:20
396:4,4 429:18,24
**agency** 429:14
**ago** 379:23 380:9
410:17 425:9
450:22
**agree** 349:24
350:18 359:15
364:7 379:7
387:16 389:10
402:9 407:2
408:14 409:1,17
413:10 423:19
428:10,13 429:1,6
429:24 430:11,20
430:22 434:17
435:8 439:6,13
445:12 450:19
451:25 452:9,24
453:20 454:25
458:3 464:24
468:2,24 484:4
492:18 499:21
500:2 503:8
513:11 514:14
516:14 518:18,24
519:5 520:9,14
521:17 522:10,13
522:16 535:4
537:2,6 538:3,25
546:19

**agreed** 364:18,24
488:20 510:18
**ahead** 538:18
540:8
**ai** 429:7
**aid** 340:3
**air** 521:2,20
**al** 347:22,23 377:4
386:24 388:25
398:16 417:1
**albany** 337:6
**albertson's** 341:3
**alcohol** 524:20
531:7
**aldehyde** 348:16
**alfano** 339:3
**alive** 466:18
467:19
**alkylating** 356:3
**alkylation** 347:5
**allocated** 545:2
**allow** 382:18
430:1
**allowable** 499:3
527:23
**allowance** 382:13
**allowed** 360:6,16
366:19 369:9
370:4 376:12
380:22 416:4
496:3 513:10
544:23
**allows** 370:9
**alluded** 528:14
**alter** 451:11
**alternative** 374:13
374:16
**alters** 358:24
**amines** 343:13
377:9 381:23

**amount** 355:20
357:15 358:6,13
359:20 360:4,5,7
360:13,19 361:3
362:11 363:24
366:9,15,23 367:2
369:8 370:9 371:8
371:21,21 380:21
388:13 406:3
407:20,23,24
408:14 409:1,3
429:25 430:6
437:21 448:1
457:20 484:6
485:10 493:15
497:4 500:5,7
504:8 518:5
519:12 524:21
526:22 528:22
537:15 541:13
**amounts** 360:2
361:5 454:2 496:4
497:16 498:9,13
498:15,19,20
511:12 519:2
520:12 527:1
535:2
**analysis** 396:2
407:3 409:22
452:5 488:10
**anderson** 445:2
**angiogenesis**
359:6 385:25
390:10 476:14,15
476:21,24 478:19
479:9,20 480:3,5
**angiotensin**
442:25 443:3,4
**animal** 348:11
355:25 359:24
364:2 371:16

386:5 394:23
395:5,24 415:7
417:18,19 419:5,7
428:6,14 432:9
448:9,21 456:6,7
458:15 459:15
464:8 504:22
**animals** 347:24
348:4,7,9,18,22
349:23 351:20
352:1,21 356:5
362:22 364:5
366:12,13 370:23
378:24 380:15
385:5 388:13
390:7,14 393:14
394:13,19 397:14
398:18 415:16
416:2 417:7,10
419:1,3,9 422:15
426:17,21 428:16
432:23 435:2,10
435:22 439:25
448:10,12 453:25
457:2,19 458:11
458:18 459:1,2,4
459:21 504:11
505:5 523:23
**annexes** 378:4
**annual** 436:15
**annually** 513:17
**answer** 414:20
434:7,13 435:20
447:1,6 496:11
504:7 506:5
510:12 515:13
516:11,24 538:3
**answered** 430:13
462:9 499:7 545:3
545:4

**answering** 350:6
447:5,8,10,12
471:2
**answers** 494:17
543:11 544:5
549:15,21
**anticipate** 539:24
**anticipated** 364:16
521:12 527:6
**anybody** 544:6
547:5 548:15
**anyway** 406:6
**api** 496:19 503:21
504:5 506:10
507:1 534:5
**apologies** 475:11
**apologize** 449:24
493:17
**apoptosis** 386:1
390:10 391:15,21
**appearances**
336:25 337:25
338:25 339:25
340:25 341:25
**appears** 389:15
471:18
**applicable** 394:10
**apply** 492:10
**appreciate** 543:22
**approach** 382:1
394:3 429:22
**approaches** 471:1
**approaching**
503:6
**appropriate**
354:24 545:15
547:15
**approved** 394:4
507:18
**approximate**
496:22

**approximately**
361:18 385:2
413:17 497:2
**arb** 442:24
**area** 355:24 356:9
**areas** 522:6
**arguments** 427:23
**arose** 365:23
**arrived** 381:9
**artery** 443:9
**article** 346:17
351:8 372:7,14
373:9 377:16
384:8,12 392:2,19
405:15,20 406:17
406:17 407:17
410:9 421:25
422:23 423:1,23
427:11,12 454:7,8
459:24 460:21
526:16
**articles** 400:3,13
401:17,24 406:13
410:21 453:11
529:12
**aside** 383:24 405:7
430:21 480:9
533:8
**asked** 345:15,18
354:19 359:19
425:22 430:12
435:18 448:7
462:9 482:20
485:13 496:10
506:3,7 509:11,13
509:21 511:10,16
516:6 520:1,6
533:18,20,21
534:9 549:14
**asking** 353:10,25
365:14 398:1

408:20 455:6,6 470:4 493:18,21 497:20 498:10 503:3 512:14,15 512:17,19 524:9 530:25 539:3,22 540:5 546:3,11
**assay** 351:25 352:1,3,6 394:24 407:23
**assays** 388:9
**assemble** 395:21
**assess** 430:23 545:23
**assessment** 344:5 364:21,25 373:10 373:13 374:4,14 376:2 405:9,21 406:22 429:17 450:16 532:11
**associated** 360:8 361:1 367:2 371:4 371:9 387:2 396:17 398:11 483:19 484:15,18 534:12
**association** 364:17 379:22
**assume** 408:23 501:13 511:20 512:19 513:14 520:19 521:3 534:9 537:1,6
**assumed** 450:17 462:24
**assuming** 408:9,11
**assumption** 392:14 397:1 408:25 409:4
**assumptions** 491:20 492:6,11

493:2
**assure** 547:2
**atlanta** 336:13
**attempt** 504:3 506:11 518:8 523:16 524:12 548:18
**attempted** 452:4
**attention** 373:9 377:22 381:3 384:17 392:6 402:1,3 406:16 410:25 420:2 423:22 436:21 459:25
**attorney** 551:15
**attribute** 403:25
**aurobindo** 338:2
**authoritative** 526:17
**authors** 387:17 484:21 485:15,23 516:7 517:1 518:8 520:10 537:7
**autonomous** 474:1 474:9
**autopsy** 467:8
**autrup** 349:12
**available** 428:25 429:9 469:22 471:23 475:21 511:5
**average** 361:13
**avoided** 364:23 368:4,9
**awaken** 469:13
**awakened** 469:10
**aware** 382:3 478:25 480:10,13 480:17 481:7,8,13 497:15 507:24

508:10 533:12,21

**b**

**baby** 466:6
**back** 355:1 367:21 368:10,21 399:23 400:14,18 401:5 409:16 412:15 414:22 415:13 430:7 433:12 465:11 482:12 510:16 535:3 540:16 546:4,12
**background** 403:2 403:16 404:3 487:12 527:15
**backtrack** 397:10
**bacon** 522:4 525:3
**bad** 474:18
**ball** 339:20 539:13 546:24,24
**barnes** 340:4
**base** 369:25 390:15 395:13 396:8 509:21 523:13
**based** 358:7 366:10 370:9 371:15 374:5 376:8 378:1 380:2 380:5 382:1 389:14 392:14 394:5 409:25 425:8 427:25 429:21 456:20 491:23 541:8,9 544:4
**baseline** 360:25 487:11,13,13 517:8,16,17
**basically** 505:23

**basing** 467:8
**basis** 353:20 354:1 354:2,11,15,20 424:18,20 517:9 522:18 526:23 541:12
**batches** 502:10 512:11
**bay** 367:8
**baylen** 336:20
**beagle** 449:22 453:5,12 454:9,16
**beagles** 456:21
**bear** 402:19
**bears** 546:1
**beer** 362:3 522:5 525:2 528:10
**began** 478:10
**beginning** 433:21
**begins** 384:18
**behalf** 336:2,17 337:2,10,17 338:2 338:10 339:2,15 340:3,11 341:3,11 542:8
**believe** 346:8 354:23 368:1 397:21 411:5,7 423:7 436:17 447:9 449:14 454:16 463:20 469:15,21 485:20 518:1 521:23 532:17 540:25 541:2,6 542:5 549:2,6,12
**bell** 338:6
**ben** 342:4
**benchmark** 374:19

CONFIDENTIAL

[benefit - cancer]                                                                      Page 10

**benefit**  529:7
**benzene**  485:6,17
  485:21
**best**  412:1 547:20
  551:12
**better**  381:17
  411:14 427:19
  442:14
**beverage**  530:13
**beverages**  526:24
  528:3
**beyond**  541:19
**big**  389:3
**bio**  446:23
**bioassay**  394:24
  397:22 401:17
  409:18
**bioavailability**
  419:10 432:13,17
  432:18,25 433:9
  439:17,22 440:1
  446:21 447:20
  448:8,17 450:3,25
  452:19 453:3,9
  454:15,23 455:10
  456:2,5,20 457:2,3
  457:10,10,15,20
  458:5 459:18
  460:8 461:7,11,11
  461:15,25 462:2,6
  462:13,14,25
  463:8,11,18,22
  464:6,9,13,17,22
**bioavailable**
  432:20
**biochemical**
  448:12
**biogenesis**  352:6
**biological**  408:19
  419:2 424:9 471:2

**biologically**  408:6
  423:25
**biotech**  458:20
**bipc.com**  341:9
**bladder**  349:17
**bladders**  444:20
**blocker**  443:4
**blocking**  530:22
  531:4
**blocks**  442:25
**blood**  359:7
  385:24 433:17
  434:3 462:18
  463:2,5,6,9,10
  517:25
**blue**  338:6 389:3
**bmdl**  374:18 375:3
  375:11,16 378:8
  382:8 429:6
**bob**  342:2
**body**  352:24,25
  355:3,24,24 356:8
  359:4 378:12
  408:23 420:9
  433:18 434:4
  441:2 442:19
  444:13 445:1,7,10
  452:15,18 455:10
  456:12,12 459:20
  459:20 460:5,7
  462:6 463:22
  464:7 466:5
  520:19
**bogdan**  337:4
**bombar**  453:6
**borrowed**  471:23
  475:22
**bosick**  339:3
**boston**  334:18
  335:7 337:21
  339:22 551:8

**bottom**  402:2
  451:7,19 453:8
  454:21 463:16
  471:11 490:15
  491:9 505:23
  514:19
**bound**  361:17
  374:20
**box**  341:15
**bradford**  362:7
  371:13
**bradley**  339:8
**break**  389:23
  399:9,13 465:5
  540:9,18
**breaks**  399:12
**breast**  467:15
**breathe**  521:20
**breathing**  492:8
  492:21
**brett**  342:11
**bring**  349:9
**broken**  444:8
**bronchus**  349:16
**brought**  345:21
  400:3 479:13
  487:22 546:4
**btlaw.com**  340:9
**buchanan**  341:4
**burden**  546:14

**c**

**c**  336:1 337:1
  338:1,8 339:1
  340:1 341:1 342:1
  345:2 463:1 532:2
**c3h**  384:24
**c55523**  499:1
**c57**  389:13
**calculate**  370:3
  379:3 397:20
  457:12 489:23

491:21 492:17
  499:14 504:3,7,8
  506:5,11,25 507:6
  511:4,18
**calculated**  357:15
  382:11 485:7
  496:2 507:8
**calculation**  369:14
  369:16 373:24
  375:17 378:9
  381:5,8 383:4,16
  383:17 396:25
  429:6 487:9 492:5
  492:19 499:16
  500:7 515:9,11
**calculations**
  369:21 378:3
  491:19 515:8,13
**calendar**  548:20
  548:23
**california**  527:19
  527:20
**call**  346:16 376:21
  416:23 417:14,20
  417:24 455:11,13
  461:20
**called**  372:8
  374:16 406:21
  420:7 469:5,6
**camp**  337:13
**canada**  364:24
  376:4 380:17
  381:25 382:4
**cancer**  347:19,23
  348:3,22 351:20
  352:2,5,9,14
  359:13,21 360:8
  360:11 362:16,21
  362:25 363:1,18
  364:3 365:19,23
  366:4,6 368:13,14

369:1 370:25
371:5,16 374:6
376:19,21 380:4
382:2 385:20
388:2,6 390:9,14
390:17,18,21,22
390:24 391:8,10
392:1 393:1,3,11
393:25 395:2,10
395:11 396:13,15
396:16,18,21,23
397:5,6,7,11,16,17
397:22 398:9,13
398:18,19,20,25
399:6 402:10,11
411:21 412:20
415:2,3,6,15,18
416:1,7,13,16,19
416:21,22,23,24
417:4,7,10,11,13
417:16,17,21
418:5,10,13,14
419:14,18 422:13
422:15,17 425:2,4
425:9,13,15,23
426:24 428:15,19
429:15,17 430:4
430:16,18 431:23
432:7,10 433:3
435:11,16,20,24
435:25 436:4
437:20,20 438:2
440:9,16 441:12
447:23 453:24
454:1 455:7
459:17 467:14
470:22 472:4
474:1,9 475:1
476:3 478:15
480:16 482:25
483:18 484:7,14

484:17 485:8,11
487:19 488:9,19
504:23 505:4,19
505:20,22,22
506:19 509:12
511:3 514:23
515:6 516:11
517:2,14 518:12
519:12,14,14
521:12 523:22
535:8,22 536:6,13
536:14,21,24
537:10,18
cancerous  466:11
466:17
cancers  359:5
361:2 364:1 367:4
371:11 417:14
441:10,14 483:6
517:12,22,25,25
535:13
capable  469:6
496:12 532:20
capacity  464:25
car  467:9,12,13
carbon  348:15
350:9,12
carcinogen  364:3
364:16,19,22
366:14 378:23
382:2 388:9 391:7
391:16 393:14,15
412:19 415:9
416:1,8 419:22
424:8 428:16
433:3 437:16
447:25 448:4
450:8,13 452:5
457:17 459:7
464:6 475:1 476:3
476:14 504:11

505:4,25
carcinogenesis
344:10 347:6,12
351:25 378:2
394:9,24 422:20
423:18 425:20
426:17,21 428:3
436:8,12,25
451:20 471:3
carcinogenic
424:2,15 425:19
427:3,17,24
carcinogenicity
410:1
carcinogens  357:7
357:17,20 358:18
358:20 364:9
377:2,5 391:14
394:10 416:12
421:11,12,19
423:3 425:15
430:24 450:18
451:9 453:24
483:25 484:3,11
484:12 485:5,17
504:20 509:22
534:1
carcinogensis
344:14 392:4
cardesa  351:9
careful  429:13,15
carefully  360:22
362:7,10 363:24
376:6 433:7 448:1
carolina  341:7
carry  401:5
cars  522:6
case  334:3 359:16
365:11 370:6
380:20,23 393:12
394:2 395:10

416:3 419:9
422:12 424:7
430:4 431:1
437:10 438:7,9
455:6,19 456:11
461:22,24 478:22
479:24 494:10
495:4,9 504:2
506:8,18 521:9
523:9,15,20
526:13 527:10
529:13 531:16
544:18 546:10
cases  441:12
cats  419:20
causation  352:2
359:24 366:13
368:14 369:1
371:17 392:1
393:1 429:15
475:1 509:12
546:10
cause  347:19,23
348:3 351:20
352:4,8,14 359:21
362:21 363:18
365:19 366:5
376:20 380:4
382:2 388:5 389:8
390:14,24 393:3
393:10 395:2,9,11
396:23 397:17
398:19,24 399:6
411:21 415:2,3,6
415:15 416:12,15
419:13,18 422:13
422:15 425:2,23
428:18 429:17
430:18 431:23
432:6 433:3
435:10,19,24

CONFIDENTIAL

**[cause - close]**                                                                 Page 12

444:16 453:24
455:7 478:15
482:25 488:8
504:23 509:12
511:3 521:11
523:22 535:8,22
536:6,14,21
537:10
**caused** 415:18,20
416:19,21 418:5
418:10,13 436:3
447:24 466:12
536:13
**causes** 348:22
391:7,10 412:20
416:1 428:15
433:16 459:16
483:6
**causing** 359:13
366:4 426:24
505:4
**cct** 339:12
**cd** 386:25
**cell** 359:7 384:22
385:25 389:2
391:15 392:9
403:1 428:5 474:1
474:9 524:1,2
**cells** 348:10
349:18,21
**center** 340:14
**centre** 339:9
**centry** 423:16
**certain** 358:6
371:25 373:19
376:12 380:21
384:9 397:10
414:4,11 416:22
428:17 439:19
461:18 467:11

473:1 477:25
504:22 524:18,21
527:17,18
**certified** 335:10
**certify** 551:5
**cgannon** 340:18
**chance** 537:18
547:18
**change** 553:6
**changeable** 428:23
**changed** 473:2
474:8
**changes** 358:23
414:11
**characteristic**
368:16,18 385:23
385:24
**characteristics**
359:10 363:15,16
363:19,21 366:8
368:13 385:20
388:2 390:9 391:2
391:3,20 393:8
395:5 425:12,18
430:16 469:12
476:4,5 478:18,20
505:12,14,19
**characterization**
543:1 544:2
**charlotte** 341:7
**chart** 352:22
420:4,17 471:17
**check** 372:12
381:18 449:18
538:20
**checked** 407:15,21
**cheeses** 525:3
**chemical** 344:14
351:25 352:1,4,5
357:4 362:21
376:20 388:5,8

390:10 393:3
394:8,24 395:1,9
419:2 423:17
426:24 428:15,18
429:17 436:8,12
436:25 442:11
479:23
**chemicals** 352:7
363:5 393:10
423:14
**cherry** 510:18
537:19
**chicago** 338:14
**chicago37b** 342:12
**chickens** 419:20
**choice** 549:4,15,17
**chose** 549:13
**christine** 340:13
**christopher** 341:5
**christopher.henry**
341:9
**chronic** 343:21
359:1 401:11
409:22 478:19
**cigarette** 475:2
**cijen** 337:17
**cipriani** 338:3
**circulatory** 434:19
**circumstances**
546:15
**citations** 536:2,17
537:1,5 543:8
**cite** 346:2 384:13
411:16 426:9
449:10 453:4
458:19 459:10
511:22 525:11
526:12,21 527:1
536:3 537:22
**cited** 347:21
349:14 360:2

366:21 376:16
392:2,20 393:20
398:14,20,21
411:19,25 415:4
417:14 418:8,9,12
419:15,16,17
426:8 427:12
432:16 457:14
506:17 521:24
537:12,13
**citing** 380:8 408:4
**city** 552:18
**claim** 497:23
516:7,12 518:8,13
536:4,19
**clarify** 507:5,14
548:1
**class** 521:9 522:12
**classic** 388:12
394:9 397:25
473:21
**classified** 364:8
**clastogenic** 358:22
**clean** 434:14 494:9
**clear** 451:8 489:16
493:17 494:8
515:2 538:2 541:1
**clearance** 451:13
452:16 460:5
**cleared** 462:24
**clearly** 376:7
537:16
**clem** 339:5 482:17
539:5,25 542:2
544:9
**clem's** 540:3
**client** 500:15
501:4
**clients** 542:7
**close** 458:18 503:6

CONFIDENTIAL

[closely - consider]                                                                Page 13

closely  430:25
  437:3
closer  448:21
  457:4 459:21
  461:9 462:1
cloth  473:8
clr  334:24
code  498:25 499:1
coefficient  455:18
  461:19
cognizant  544:12
  544:15
coincidence  477:7
coincidental
  477:17
coleen  342:5
colleagues  349:12
  546:25
collection  352:18
colloquy  369:20
  386:15 405:25
  433:20 460:14,20
  520:5
colon  349:17
column  373:23
  375:8 382:23
  384:17 392:8
  406:2 451:8,18
  452:13 454:22
  460:1
columns  349:3
combination
  363:23
combined  364:1,4
combines  412:24
come  368:5 372:15
  455:21 457:6
  464:4 510:16
  546:11
comes  358:11
  379:4 383:7,12

457:9 458:23
  461:10 468:3,25
  479:8 503:6
coming  481:23
commas  477:8
comment  375:25
  487:23
commentaries
  372:24 376:16
commentary
  343:10 372:3,8
  376:15,24 377:20
  379:10 380:2
commercialized
  503:21 504:5
  506:10 507:1
commission
  379:14 383:5,20
  551:24
committed  470:20
committee  375:2
  375:10,20 376:1
  377:15 381:20,21
committee's
  375:25
common  545:9
commonly  521:2
commonwealth
  335:12 551:1,5,11
comparable
  418:20 434:24
comparative
  351:9
compare  348:6
  455:2 488:1 517:2
  519:2
compared  348:8
  360:25 387:18
  487:21 496:2,4
  517:20 527:12,16

comparing  488:12
  517:15
comparison  488:3
  488:16
comparisons
  517:10 519:24
compilation  351:5
compiled  405:3
complete  544:21
  545:19 547:18
completely  357:10
  428:13 442:6
  447:1 457:23
complications
  470:2
comply  544:18
compounds
  344:12 351:11
  427:7 450:17
  456:16 521:10
comprehensive
  374:5
computer  377:12
concentration
  384:25 385:6
  489:12 506:12
  507:1 511:21
  512:25 513:6,24
  534:10
concentrations
  506:6 507:10
  508:1,13 509:9
  531:20
concept  349:8
  425:6,7,18 426:3,5
  426:12 428:2
  472:25 476:12,17
  476:23 477:24
  478:2 480:6
concepts  344:9,13
  422:19 423:2

436:7,11 473:1,5
  476:1,10,18 477:1
  477:3,25 478:6,10
  479:1,18,25 480:4
concierge  342:4
conclude  386:1
  456:19 542:16
concluded  345:12
  546:20
concludes  456:4
concluding  347:4
conclusion  348:17
  363:22 392:7
  403:13 404:17
  457:6 535:20
  537:8
conclusions
  423:24 424:14
  453:18 533:4
  535:18
concur  544:23
  546:25
conducted  500:18
confidential
  334:11 469:24
confirm  526:11
confirmed  349:15
confounding
  484:3 485:4,16
confronted  518:23
conjunction
  362:18,20 370:23
  371:12 445:2
connection  495:3
  495:8 506:8
  524:10
consider  368:11
  368:15,22 424:23
  431:6 485:4,16
  510:21,23 548:25

CONFIDENTIAL

[considered - correction]                                                    Page 14

considered 428:22
  533:1 543:5
considers 367:22
  368:25
consistent 399:2
  412:19 545:15
constants 428:22
constitutes 373:15
consult 479:11
consulted 540:19
consume 534:21
consumer 375:3
  375:10,21,22
  377:15 381:21
consumes 534:16
consuming 514:21
  515:4
consumption
  528:2
contained 346:17
  350:22 497:25
  552:11
containing 495:19
  495:24 496:15
  497:13,24 500:1
  500:20 503:5
  511:2 514:11
  518:22 520:13
contaminant
  373:17
contaminated
  361:4 366:9 370:7
  430:5 435:19
contaminates
  427:18
contamination
  343:10 361:13
  372:4,9 480:11
contend 465:14,22
  466:9,10

content 501:16
  503:16,20
contention 398:6
context 347:16
  348:1,21 391:5,6
  393:18,19 422:12
  426:23,24 453:1
  455:5 456:10,24
  464:11 516:16
  532:15
continue 404:6
  546:22
continued 336:25
  337:1,25 338:1,25
  339:1,25 340:1,25
  341:1,25 342:1
  343:25 344:1,2
  345:9
continuing 451:7
contrary 422:1
contributes 531:8
contribution
  485:5,16
control 402:17,25
  403:2,23 404:10
  404:14 415:25
  416:19,23 417:3
  417:10,16,20
  485:25
controlled 363:8
  418:14
controlling 538:13
controls 417:13
conversion 356:8
  378:20 380:14
  382:5 383:11
convert 355:24
  432:13 456:12
cool 468:21
coordinate 541:2
  541:5 542:8

coordinated
  547:10
coordinating
  541:3
copied 472:11
copies 401:6
copy 400:12
  525:20
corner 406:18
correct 346:22
  349:4 350:1,4
  351:13 352:22
  355:17 356:20,22
  357:2 365:19
  372:12,13 374:8
  375:18 377:20
  378:17 379:5,10
  381:13 382:21,25
  383:8 384:10,13
  385:12,14,18
  386:13 387:7
  388:21,22 389:12
  392:4,5 397:2
  401:18,19,23,24
  402:13,18,23,24
  403:3,5,9,10,17,18
  403:23,24 404:3
  404:10,16,24
  405:19,23 406:10
  407:21 408:16
  409:20,23 410:22
  412:11,15,25
  414:6,7,9 420:25
  421:2,6,7 422:3,5
  424:11 429:11
  430:15 431:4,7,8
  431:16 434:9,22
  434:23 436:13,19
  436:20 437:6,10
  437:11 438:11,19
  438:21 439:2,3,8

440:21 441:2,4,19
  441:20,23 443:10
  443:11,14,18
  445:14,18,21
  446:12,13 449:13
  450:3,4,21 451:2
  451:16 454:10,12
  454:18,19 455:1
  456:8,22 462:7
  463:3,5,23 466:5
  466:13 469:7
  471:19,24 483:1,7
  483:8,15,16,21,22
  483:25 484:1,13
  484:15,19,23
  485:2,6 486:1,2,6
  486:11,19,20,23
  487:1,17 488:11
  488:21 489:2,6,21
  489:25 490:1
  491:11,25 492:3,4
  492:8,9,15 493:3
  494:2,18,19,22
  495:1,2 500:21
  501:1,17,19,24
  502:7 503:18
  506:22 510:19,22
  511:7,17,24 512:3
  512:4,8,9 513:18
  513:20 514:18,23
  517:5 520:17
  521:22 522:20,23
  522:25 525:13
  526:9,19,20
  528:19 529:24
  530:3,4 531:9
  534:16,20,25
  535:25 537:13
  538:4 552:11
correction 553:6

Case 1:19-md-02875-RMB-SAK   Document 1716-4   Filed 11/01/21   Page 224 of 259
PageID: 42280
CONFIDENTIAL

[corrections - defendants]                                        Page 15

corrections 552:8
correctly 387:6
406:9,10 424:10
437:5 451:15
501:11
correlates 416:5
correlation 347:7
455:4,8,17 461:19
461:21
correlations
452:15 460:4
corresponding
374:20
cosmetic 343:13
377:9
cosmetics 522:5
counsel 353:19
367:6 400:17
401:6 447:10
460:24 468:7
482:5 514:7
530:11 540:22
542:3,5,6,22
543:21 547:1,9,10
548:3,4 549:3,16
551:13,15
counter 421:17
country 505:21
couple 372:23
399:25 519:8
543:17
course 529:17
court 334:1 400:2
543:24 544:10,23
545:16 546:23
court's 538:19
cover 549:10,11
covered 539:25
546:7,8,13
cra 334:24

criteria 362:7
371:13
critical 344:20
359:11 529:3
csr 334:23
cudolli 417:1
culbertson 337:18
cumulative 360:24
361:16 436:5
486:4,10,18,25
487:9 488:6,23,24
490:3 491:22
492:2,12,12,24
502:4 513:1
545:14 547:4
549:7
cure 353:18,20
470:21
cured 373:19
522:4 525:2
current 410:18
currently 381:24
407:11 540:17
curve 370:1 386:7
396:19 455:9,12
curves 424:1
cut 472:21 477:5
cvs 340:3
cytochrome
358:23 439:1
444:12,16,20,21
444:22 445:6

d

d 345:2
d.c. 336:6
d5191 361:14
498:24
daily 379:16 385:1
386:25 388:25
389:16 501:15
512:1 518:9

522:18 523:7
525:7 526:23
527:9,11 528:2
529:20 532:25
533:10,14,23
534:11,18,24
535:7,21 536:5,20
537:9
dairy 373:19
damage 357:8
392:16
dan 538:16 539:7
dangerous 358:20
416:12 444:24
daniel 336:19
data 362:18
363:23 364:2
366:15 371:16,17
371:18 375:17
378:2 380:6
389:14 395:24,25
395:25 396:10,24
397:23 398:3,7
407:3 409:18
411:9,11 412:4,5
412:13,22,25
413:14 414:8,22
415:13 421:25
422:2 425:7 426:4
426:11,18,22
429:5 441:8
445:25 451:20
453:17 454:9
458:4 459:15
461:18,20,23,25
486:4,18 491:23
500:17,23 508:23
508:24,25 509:1,7
509:8 510:5,18
511:5,19,22
520:15

date 345:4
day 334:10 335:6
345:6 358:6,11
360:6,17 361:12
361:15,24 362:2,3
368:6 370:5 374:1
375:12,13,21
376:13 380:25
382:14,15,18
383:13,19 406:7
408:13,24 410:12
410:19 416:5
430:2 492:20
498:1 501:15,17
502:16 505:16
512:3,6 514:21
515:5 516:10
518:11 522:21,24
523:2 528:7,11
530:2 533:12
534:17,22 551:6
551:16 552:2,14
553:2
days 361:18
366:25 385:3
390:1 497:2,14
498:1 509:25
death 359:7
385:25 391:15
524:1,2
decide 380:1
decides 380:3
declare 552:6
dedicated 470:22
504:15
deem 469:24
defendant's
544:15
defendants 339:15
482:18 541:1
542:6,14 543:16

Veritext Legal Solutions
800-227-8440                                                973-410-4040

543:23 545:1,8
547:22 548:13
**defense** 544:7
545:25 547:5
548:3,16 549:3,16
**defining** 387:19
**definition** 426:2,5
466:25 467:21
**definitive** 347:11
**degree** 435:6
494:18
**deletions** 552:9
**demonstrated**
402:25
**demonstrates**
413:14,19 414:10
421:4,5 422:1,2
**department**
364:10
**departure** 374:17
**depend** 391:11
463:1
**depending** 361:24
362:2 529:22
**depends** 539:17
**deposition** 334:12
335:5 401:21
544:20,22,25
545:13,18 546:20
550:1 551:6,14
**depositions** 495:13
545:13
**derived** 410:2
**dermal** 437:8
**desalvo** 342:6
**deschaine** 334:23
335:9 551:4,20
**described** 413:10
**describing** 349:25
350:17,18

**description** 343:7
344:4
**designed** 480:15
**desirous** 552:9
**detailed** 371:13
395:4 440:13
505:1
**details** 505:2
**detectable** 387:5
387:11,23
**detected** 357:1
408:15 409:2
438:9,16 522:3
**determination**
382:17 392:25
430:9
**determinative**
370:18
**determine** 386:4
388:10 390:7
394:16 395:9
396:1,5 463:22
488:6 500:18
509:7 510:25
523:11,17 524:13
**determined** 375:3
375:11 379:15
450:17
**determines** 376:19
412:18
**determining**
392:10
**develop** 403:3
**developed** 519:13
**dhs** 364:10
**die** 467:13 519:14
**died** 467:13
**diet** 358:5 360:19
361:22 366:22
437:19,21,21
440:7 441:9 496:5

497:4 506:15
524:18,21 528:17
537:15
**dietary** 360:3
361:7 362:12
365:8,22,24
370:25 371:18
435:25 440:5,14
480:24 525:7
527:9 528:4
**difference** 418:2
454:23 463:17
464:13 468:1
487:25
**differences** 451:23
456:5
**different** 360:22
361:2 363:1 367:3
371:10,14 374:7
381:23 388:7
415:16 416:15
418:4 419:14
425:25 426:25
427:3 431:23
434:20 435:9
436:4 437:19
438:2 440:22
445:4 462:1 467:6
484:6 485:13
494:4 496:5,10
497:17,18 498:7,8
498:12,13 502:9,9
502:13 509:2,3,18
512:11 513:10
517:12 521:10
527:1,2,19 535:13
535:15
**differentiate**
511:11
**difficult** 454:24
459:3 463:18

464:13
**diligently** 544:17
**dimethyl** 346:20
**dioxide** 348:16
350:9,13
**dipak** 334:13
335:5 343:8,18
345:6 367:12
401:2 551:6 552:4
552:21 553:4
**direct** 402:3 406:4
423:22 424:9
**directed** 541:4
546:23
**directing** 373:8
377:22 384:16
402:1 420:2
436:21 459:25
**direction** 542:9
**directive** 538:19
**directly** 434:2,19
**disagree** 357:10
458:9 460:10
533:3 542:25
544:1 545:22
546:19 549:1
**discovering**
470:23
**discussed** 454:17
475:23,24 500:22
**discussion** 450:6,9
450:12 451:7
**disease** 474:2
**dispute** 375:19
410:6 539:2
**dissolved** 384:24
**distribution** 347:8
**district** 334:1,2
**dmda** 498:13
**dna** 343:14 357:8
358:24 367:22

CONFIDENTIAL

**[dna - dysplastic]**                                                      Page 17

368:2,11,12,15,16
368:20,22 369:2,5
369:16 370:11
384:2,8 391:22
392:15 393:8
424:19,22 430:9
430:14,15 458:23
464:24 505:6
**dnigh** 336:23
**doctor** 345:11
346:14 350:22
351:7 352:19
356:14,18 357:21
359:15 365:5,15
365:21 367:18
368:10,23 372:6
374:23 377:14
378:25 381:3
384:7 386:8,18
395:12 396:6
397:21 399:25
402:19 403:17
405:24 406:2
407:16 408:8,9,20
409:16 410:20
412:5,21 413:4
414:2 415:17
416:17 418:15
420:2,5,15,25
422:23 423:6,20
424:21 426:1,11
427:10 428:11
430:7,20,22
431:18 433:13,14
434:17 435:1,12
436:10 437:1
438:6,14,15,24
439:2,5 440:18
441:17 445:9,25
449:8,13 452:1,25
453:10 454:6,21

456:4,18 457:24
459:23 460:8
461:4 462:4,18
463:3,11,16
464:19 465:13,21
467:3 468:24
469:15 470:8
474:17 480:9,10
482:15 513:13
515:14 518:19
526:9
**doctor's** 470:6
**document** 334:7
373:6 377:18
379:21,23 382:20
383:5 460:16
509:17
**documented**
380:18 423:11
440:11 441:11
498:16 509:1
517:13
**documents** 358:3
367:24 368:7
369:22 376:5
429:19 490:19
541:7,11 542:24
543:4,6
**dog** 419:8 432:19
448:18 455:3,22
455:24 456:1
457:4,13 458:16
461:9 464:1
**dogs** 433:8 439:23
**doing** 381:10
513:12
**dolores** 342:6
**doolittle** 386:24
388:18
**dormancy** 465:15
465:23 466:3

467:1,16 469:10
476:13,22 480:3
**dormant** 466:10
466:15,16,17,22
467:6,7,18,21,25
468:3,25 469:5,6,9
**dose** 343:19
344:11 351:10,13
351:15,19 352:8
352:14,20,21
355:16,16 357:5,7
357:10,23 358:7
373:15 374:6,19
383:19 384:21
385:1,10 388:12
389:19,24 390:7
392:13,14,15,21
393:1 394:3,16
396:22,25 397:5
397:10,16,20
398:12,19,25
399:3,4 401:9
403:7,14,19
406:22 409:16,22
413:16,21 414:24
416:2,9 417:13
420:7 421:5,12,20
423:10 424:1
427:6,25 428:1,17
428:18 497:14
501:15 507:22,25
508:13,20 509:10
510:6 511:1
534:12
**doses** 386:7 388:4
388:7 389:1,17
397:2,7 402:12
404:18 412:20
413:20 414:4,11
415:15,16,22
416:15 418:1,3,4

420:16 428:7
435:1 439:19
**double** 450:10
**download** 367:25
**dr** 372:7,7 379:9
412:7 423:2
427:11 450:5
456:4,18 457:22
458:2 463:20
532:7,24 533:4
**draw** 403:13
404:17
**drawn** 424:15
**drink** 521:21
**drinking** 344:17
373:20 384:25
525:16 526:4
**dropbox** 346:9
**dropped** 472:12
473:8
**drug** 418:24 419:5
441:5 442:3,6,11
448:14 458:14
459:5 512:12
**drugs** 341:11
481:14 522:5
**duane** 339:19
342:5 539:12
542:1,2
**duanemorris.com**
339:24
**due** 456:7
**duod** 443:10
**duration** 494:14
511:1
**dust** 483:20
484:15,22 489:10
489:13 516:17,17
**duty** 542:7
**dysplastic** 467:24

800-227-8440                                                          973-410-4040

CONFIDENTIAL

[dzikowski - exam]                                                    Page 18

dzikowski 336:11

**e**

e 336:1,1 337:1,1
  338:1,1 339:1,1
  340:1,1 341:1,1
  342:1,1 345:2,2
  532:2
e.g. 410:2
earlier 498:22
  516:25 534:4
easier 400:16
  439:19 525:25
eat 521:21
echo 547:8
effect 344:11
  385:16,22 386:12
  387:5,11,14,17,23
  388:17,19 389:8
  389:25 390:23
  423:10 424:20,24
  427:7,20 452:8
  467:4
effective 442:17
effects 384:21
  392:13 423:12,13
  427:25 428:4
  463:11
effort 488:5
efforts 470:20
eight 359:11 401:4
  404:19
either 411:7 433:4
  467:23 498:2
  510:8
elder 372:7 379:9
elected 449:10
electrophilic 356:3
  390:11 456:15
  505:6
eliminate 523:2

eliminated 549:8
eliminating
  439:12
ema 357:17 358:2
  364:20 376:4,10
  379:21,21 380:16
  381:25 382:4
  394:5
emphasis 363:5
employed 389:18
  389:19 551:13,15
employee 551:14
employment 492:7
endogenous 406:3
  407:7,12,19,23
  408:2,19 409:12
  446:5
endogenously
  344:6 405:10,21
  408:13 409:3
enlargement
  548:19
entire 345:15
  394:17 426:4,12
  453:23
entirely 545:15
entitled 354:13
  423:2
environment
  522:3
environmental
  373:17
enzymes 439:1,4
  444:11,24
epa 364:8 376:4
  380:17 394:5
  527:17
epi 363:23 366:12
  366:20 367:1
  370:22 371:5,22
  380:6 393:15

419:25 422:17
  426:22 437:18
  441:8 506:13,17
  528:20,20 531:19
  536:23 537:14,23
epidemiological
  363:10 480:14
epidemiology
  360:1,20 362:8,18
  366:15 371:18
  395:7,25 426:18
  480:22 481:4
  506:21 519:6,9,16
equate 355:20
equates 353:10
equation 452:14
  454:22
equivalent 375:12
errata 553:1
error 451:24
escape 439:9
  440:19 445:11,16
  446:3 469:11
  476:22
esophagus 343:21
  349:16 401:10
esophogeal 441:15
  505:22
especially 363:5
  528:21
esquire 336:4,10
  336:11,19 337:4
  337:12,19 338:4
  338:12 339:5,6,7,8
  339:20 340:5,13
  341:5,13
established 412:10
  446:9 452:6 483:9
  544:13
estimate 371:8
  451:22 523:7

525:12 527:11
  528:2,6 533:23
estimated 361:22
  406:6 525:7
estimates 526:18
  528:18 529:19
  531:11 532:24
  533:10,13
estimating 526:22
et 347:22,22 377:4
  386:24 388:25
  398:16 417:1
european 364:17
  379:14,22 383:5
  383:20
evaluate 483:18
  494:12
evaluation 427:17
  428:24 429:8
  529:17
evening 345:13
events 424:2
everybody's 359:4
evidence 362:20
  366:11 380:5,10
  387:9 393:13,19
  395:24 418:24
  422:14 426:17
  467:23 504:10
  506:16 515:16
  551:9
evolved 425:14
  427:1
exact 455:4 471:7
  473:6 474:11
  475:18 477:7
  511:12
exactly 527:3
  535:1
exam 546:5

CONFIDENTIAL

**[examination - facts]**                                          Page 19

**examination** 343:2
  345:9 482:13
**examined** 494:25
**examiners** 545:12
**example** 371:7
  399:4 431:21
  441:15 442:15
  444:19 453:23
  496:18 498:21,23
  509:14
**exceed** 370:19
**exceeded** 357:16
**exceeds** 360:5,7
  408:14 464:25
**excel** 350:13
**excreted** 441:1
**executed** 552:14
**executive** 551:10
**exhibit** 343:7,8,10
  343:12,14,18,19
  344:4,5,9,11,13,15
  344:17,20 350:24
  351:4 363:20
  367:12 372:3,6
  377:8 384:2,7
  391:3 400:5,10,20
  400:24 401:2,7,9
  401:16 405:8,9,14
  420:3 421:20
  422:19 427:6,10
  430:21 436:7
  449:3 469:16
  470:10 526:3,4
  528:25 529:3
**exhibited** 404:8
**exhibits** 343:6,25
  344:2
**existence** 423:9,12
  423:25
**existing** 467:5

**exists** 466:4
**exogenous** 359:20
  406:5 422:12
  435:15 523:11,18
  524:14 526:18
  528:17 529:20
  533:10,23
**expected** 405:3,4
  411:20 417:25
  424:6
**expensive** 459:2
**experience** 357:6
**experiment**
  388:10 464:5
**experiments**
  359:24 386:5
  417:1 419:22
  428:1,7 457:16
  459:3
**expert** 343:18
  401:2 408:11
  511:20 526:13
  540:20 541:16
  544:17 545:12,18
  548:22
**expert's** 548:22
**experts** 541:20,23
  545:14
**expires** 551:24
**explain** 442:2
  454:24 461:17
  463:19 464:14
  472:3 479:19
**explaining** 472:7
**explains** 473:13
**explanation**
  455:21 524:8
**expose** 349:21
  443:24
**exposed** 348:10
  369:9 371:20

385:5 417:4 440:8
  443:17 454:1
  483:24 484:11
  485:11 487:6
  489:4,18 496:14
  499:23 500:8
  512:7,22 513:17
  519:3 522:17,21
**exposure** 344:18
  344:21 360:10,24
  360:25 361:17,20
  362:11,13 363:25
  364:23 368:8
  371:9 379:16
  380:19 409:23
  428:7 430:23,25
  431:1,6,7,14
  432:24 433:14,16
  433:25 434:20
  435:3,15 436:5
  437:1,3,8,9 438:15
  440:15 483:6,14
  485:9 486:4,11,25
  487:10,14 488:6
  488:12,13,19
  490:24 491:4,11
  491:15,22 492:3
  492:25 498:3
  502:4 503:4 511:1
  511:4 512:1 513:1
  513:15 514:1,10
  516:9 517:8,16,18
  518:9 525:17
  526:5 529:4,20
  531:18,21 533:17
  534:3,19 535:7,22
**exposures** 482:25
  483:20 484:4
  486:18 488:23,25
  490:20 492:12
  499:12,22 502:2

514:13 518:20
  520:9 523:7,12,19
  524:15 532:25
**expressed** 365:16
  392:15 439:3
  443:5 444:13,17
  444:25 445:5,6,8
  521:13,15
**expresses** 444:19
  444:20,21
**expression** 445:7
**extensive** 425:17
**extent** 346:23
**extrapolate** 369:8
  370:1 396:18
**extrapolated**
  396:23
**extrapolation**
  358:8 367:22
  368:11,22 376:9
  392:12 397:9,18
  397:19 415:11
  428:6 430:8
**extreme** 363:4

**f**

**fact** 352:13 362:22
  364:20 388:9
  390:13 391:2
  393:2 440:4
  458:13,19 489:7
  489:20 500:3
  501:2 504:16,21
  504:23 505:15
  521:23 534:9
  545:11,17
**factors** 451:9
  486:1 516:22
**factory** 483:10,14
**facts** 407:15
  428:23 429:8
  503:2 510:21,24

CONFIDENTIAL

**[facts - form]**                                                                 Page 20

515:15 545:11
**fair** 470:5,6
**fairly** 445:20
546:13
**fairness** 502:15
**falanga** 340:12
**falkenberg** 338:11
**falkenbergives.c...**
338:16
**familiar** 384:14
427:13 449:7
500:15 521:25
538:9
**familiarize** 373:3
**far** 382:3 489:22
501:21 520:11
528:17 542:7
549:19,21
**fashion** 349:20
458:5
**fault** 516:24
**favor** 427:23
**favorably** 526:21
**fda** 357:13,17
358:7,12 360:5,13
360:15 366:19
367:20,25 369:7
369:24 370:9,19
376:8,11 379:21
380:16,21,24
381:24 382:3
383:10 394:4
410:18 416:4
419:1 429:4,7
430:1 448:14
458:13 496:3
499:2 501:22
507:18,25 508:6
508:11 532:16
**fda's** 357:11,23
359:17 370:14

373:24 383:15
410:12 430:7
507:21 508:20
**feed** 547:11
**feel** 354:2,7
**female** 394:14
412:25
**females** 388:8
**fhs** 339:13
**field** 347:17 348:2
358:1 388:9 391:6
393:20 394:9
395:19,22 397:19
416:11 422:11
427:1 448:6
**figure** 420:4
471:18 472:1,2,6,8
**figures** 479:19
**file** 345:15
**files** 345:24 493:14
**filled** 434:11
**finally** 388:25
**financially** 551:15
**find** 501:4
**finding** 386:9
391:6 392:20
458:6 462:4
470:21
**findings** 375:20
457:22 523:25
**fine** 409:15 479:10
**finish** 434:6,13
546:5 547:13,23
548:13
**finished** 365:3
507:22,25 508:13
508:20 509:10
510:6 544:25
546:21
**firm** 539:12 542:4

**first** 375:8 402:8
402:16 403:7
404:19 405:24
406:1,1 407:5
411:15 413:8
417:24,25 428:3
431:15 438:11,18
438:18,21 439:6
439:11,20 440:3
440:20,25 441:4,6
441:19,21,24
442:2,6,10 443:14
446:10,11,17
447:17 448:1
449:11 451:18,19
460:1 470:24
504:14 505:10
526:8 538:2
542:21 547:22
548:14
**fish** 344:7 352:12
405:11,22 522:5
525:3
**fitzgerald** 374:4
**five** 417:9
**flip** 542:11
**floor** 337:20
340:15
**florida** 336:21
**flow** 399:12
462:18 463:2,6,6,9
463:10
**focus** 417:23 507:2
507:12 531:23
536:11
**focused** 392:24
470:21 480:20
481:1,4 506:15
513:6 514:15
516:18,20 522:10
528:21 531:18

533:15 535:10
536:9 537:14
543:3
**fold** 360:14 366:18
370:8 498:20
**follow** 438:1
482:19 500:10
519:11
**followed** 369:21
**following** 375:5
383:3,22 491:6
502:24
**food** 427:17 521:3
522:4 526:19,23
528:3,5 530:5,13
530:17,23 531:5
**foods** 521:21
**foodstuffs** 373:18
**footnote** 427:12
436:19 491:8
**footnotes** 491:7
**force** 543:15
**foregoing** 552:7
552:10
**forget** 367:11
474:17
**form** 347:14 349:5
350:2 351:14
353:3,16,24 354:6
354:15 355:21
356:11,21 357:12
358:15 359:18
365:9 366:2
367:23 368:24
369:6,19 370:20
374:9 375:24
379:19 381:15
383:9,21 386:14
387:12,20 392:23
396:12 397:3
403:4 409:5,8

CONFIDENTIAL

**[form - given]**                                                    Page 21

410:10 411:13
412:8 413:24
414:14 418:22
421:1 422:4 426:7
426:14 429:10
430:12 433:19
435:7,17 438:20
439:14 441:3
442:13,23 444:1
444:10 445:13,22
446:19 451:3
454:11,20 456:9
456:23 458:8
460:13 462:8,20
463:13,24 464:20
466:14 468:5
469:2,8 471:25
472:14,23 473:11
474:10 475:25
477:10,22 478:12
479:16 480:18
481:10 492:16
493:4 498:5
501:18 502:6,21
503:9 508:16
510:10 511:6
513:3,19 515:20
515:24 518:15,25
520:18 528:8
533:6 535:9 536:8
537:11
**formation**  348:14
406:3 407:19
**formed**  344:6
405:10,21
**found**  373:18
385:12 410:7
431:9 460:9 462:7
484:14,17 493:20
503:22 506:21
510:15 525:2

526:16
**four**  366:10
395:23 403:8,11
403:14 417:9
422:14 426:15,16
440:12 484:6
**fourth**  451:18
**fowler**  336:4 343:3
345:10 346:12,13
350:15 351:1,3
353:4,8,14,18,25
354:7,11,17,25
355:6,11,14
356:13,23 359:14
365:2 367:10,14
367:17 369:3,12
372:1 374:11
377:6,11,13 381:2
381:15,16 383:14
383:23 384:1,6
386:21 387:15
393:4 399:7,10,17
399:24 401:4,15
403:6 405:8,13
409:6,9 410:14
412:9 413:25
414:17 421:3,15
421:21 422:6,18
422:22 426:10
427:5,9 430:19
433:11,23 434:8
434:16 436:6
438:23 440:17
441:16 443:1,22
444:4 445:15,23
447:9,13 448:23
449:1,6 451:5
452:21,23 454:13
456:3,17 460:18
460:23 461:3
462:16,22 463:14

465:6,12,18,20
468:6,9,12,15,18
468:21,23 469:3
469:23 470:5,7
472:9,16 473:4,15
474:13 475:11,14
476:7 477:12
478:8,23 480:23
481:15,21,24
482:21 492:22
542:21 544:24
**fowler's**  494:17
**fowlerst**  336:8
**fraction**  514:12
**frank**  339:6
**frball**  339:24
**frederick**  339:20
**frequencies**
343:15 384:2,9
**friday**  334:14
**frog**  418:17,19
419:15
**frogs**  417:2,3,5,9
**front**  454:7 486:8
490:8 522:6
**full**  486:9 513:24
**fumes**  483:20
484:18,22
**function**  464:19
**further**  452:12
551:14
**furthermore**
386:24

| g |
|---|

**g**  345:2 529:1,1
**game**  367:8
**gannon**  340:13
**gastric**  440:10
441:13 444:19
**gateway**  340:14

**gene**  458:24
**general**  461:6,14
462:12 464:15
509:12
**generalities**
499:19
**generation**  356:2
428:1
**generic**  473:14
**genetic**  419:2
448:11 472:5
**genetically**  458:19
**genomic**  358:24
368:17 390:10
**genotoxic**  357:4,6
357:16 358:18,20
358:22 364:22
377:2,4 378:22
382:2 391:16
412:19 416:8,11
421:10,11,16,19
425:15 475:1
**genotoxicity**
391:23
**gentlemen**  475:8
**georgia**  336:13
**getting**  416:7
512:11 527:25
528:13 537:18
**gi**  442:4
**giannini**  342:2
**give**  345:18 352:1
352:24 353:12,15
353:23 354:5,14
356:10 363:9
437:14 470:15
500:12 541:4
**given**  352:20
355:16 357:13
403:8 404:18
435:1,10,23

CONFIDENTIAL

**[given - hidajat]**                                                                    Page 22

493:23 494:12,13
523:12 541:17
542:9 548:20,21
**glich** 356:16
**go** 362:5,8 371:14
376:6 394:20
395:22 399:9,16
411:15,16,23
412:2 414:22
415:13,21,22
418:3,11,25
432:24 433:9
438:10,18 439:19
440:3 444:2,5
445:14 446:5
447:16 458:14
459:8 461:5,23
465:4 482:7
490:12 495:25
496:6 499:9 505:2
512:10 515:7
524:23 525:6
533:17 538:17
539:18 540:8
546:9 547:22
548:2
**goal** 394:25
**goes** 414:6 419:6
433:17 434:2,18
441:5 443:7,9
471:10 473:25
**going** 350:23
351:7 352:17
399:8 401:7 402:3
407:4 410:6,11,17
410:23 418:15
441:1 448:20
463:6 481:21
482:1,19 516:10
518:11 521:24
527:5,7 535:3

542:15,16 543:15
543:17
**gom** 538:7
**gomar** 449:14
**gombar** 432:15
433:6 439:22
448:5,25 449:11
449:21,22 451:1
453:7,10,22 454:7
455:2 456:4,18
457:22 460:8
463:20
**gombar's** 450:5
458:2
**good** 345:3,11
351:2 397:22
452:14,21 460:4
465:3 481:6
482:15,16 505:9
510:20 515:16
**gordon** 339:3
**gotten** 502:12
**governed** 424:8
**governor** 551:10
**gram** 530:14
**graph** 414:13,19
**graphic** 412:22,24
413:4
**great** 482:22
490:11
**greater** 356:25
404:13 463:6,10
491:1 518:21
520:11
**greatly** 464:25
**greenberg** 334:16
335:6 336:3 551:8
**group** 394:14
397:14 402:16,17
402:25 403:3,9,21
403:23 404:1,7,10

404:12,15 416:23
416:25 417:3,16
417:18,20 418:13
418:14 534:1
**groups** 394:13
402:21,22 404:19
416:20
**grow** 390:21,22
**growing** 466:19
467:20,22
**growth** 359:6,8
505:20 524:1
**gtlaw.com** 336:8
336:15
**guess** 451:17
**gushgari** 529:1,19
529:25 531:12
533:1,9
**gushgari's** 529:13
534:15
**guys** 475:13

**h**

**h** 529:1 532:2,2
**half** 413:8 539:14
**hallmark** 474:25
**hamsters** 352:12
**hand** 367:14
**hands** 355:13
**happened** 541:3
**happens** 418:19
**happy** 356:10
399:11 400:19
**harding** 337:3
**hardinger** 342:7
**harkins** 336:10
337:17
**harkinss** 336:15
**harris** 349:12
**hazard** 396:2
**hazards** 376:19,20

**head** 446:25 447:3
**health** 364:24
409:25
**healthcare** 339:17
**hear** 465:16
**heard** 468:18
538:1
**hearing** 548:17
**heart** 433:17
434:3 546:9
**hecht** 532:1,24
**hecht's** 532:7
533:4
**heinz** 338:4
**held** 335:6
**heller** 342:4
**help** 359:4 497:21
499:20
**henry** 341:5
**hepatic** 462:18,25
463:2,10
**hepatocyte** 385:4
385:11,17 387:3
387:25 388:1
389:15 390:6,19
**hepatocytes** 389:3
389:13
**hetero** 341:11,11
**hidajat** 360:4,21
361:6 362:9
366:21 371:6
380:9 436:1
437:17,24 482:24
483:5,10,23 484:5
484:14,17,20,21
485:15,23 486:5
486:18,25 487:19
487:21 488:4,10
488:23 489:7,18
489:22 490:8,19
491:24 492:6

499:11,22 500:5
502:1,2 503:7
506:14 507:7
513:2,16 514:2,13
514:17,20 515:4
515:17 516:1,6
517:1 518:7,20
519:6 520:1,10
535:3,18,19
537:16
**hidajat's** 491:10
**high** 339:21
348:25 349:2
428:7 456:19
498:18 503:23
509:19 535:2
**higher** 360:12,15
361:5 366:17,18
370:8,14 371:22
418:3 419:11
433:5,8 439:18,20
439:22,23 440:1
457:3,11 462:2
488:14,15 490:3
498:20 507:18
519:5 528:17
**highest** 356:25
389:19 438:25
445:7 489:11,11
**highlight** 400:18
529:6
**highly** 355:22
356:7 366:7
378:19,23 439:3
444:13 504:13
507:15
**hill** 341:12 342:5
362:7 371:13
**hillwallack.com**
341:17

**hilton** 337:12
**hinshaw** 337:18
**hinshawlaw.com**
337:23
**history** 495:5,10
495:10
**hit** 425:8,9
**hj** 337:17
**hold** 355:2,12
369:18 386:14
433:19 434:5
446:24,24 460:12
475:8 477:10
480:18 520:4
**homology** 458:22
**honest** 515:15
**honesty** 539:6
**hook** 481:23
**horizontal** 402:4
413:9
**host** 483:24
**hour** 399:8 539:7
539:13
**hours** 492:6,20
538:24 540:4,23
541:5,17,22
543:17 544:3
545:20 546:12
**housekeeping**
399:25 400:23
**hrudey** 525:13
526:2,9 528:1,18
**hrudey's** 527:11
**huahai** 339:15,18
**huff** 436:11
**human** 344:18,20
346:20 348:8,10
349:1,1,15,16,17
349:17,17,18,21
353:2 355:4,19,25
356:20 359:21

360:20 362:8,17
363:23 364:9,16
364:18 366:11,14
366:14,20 370:22
371:18,22 380:4,6
382:19 383:6
395:6,8,11,25
415:8 419:21
426:18 428:16
432:24 435:20
437:3,15 447:22
447:25 448:2,19
448:21 450:18
453:9 456:13
457:3,7 461:9
464:5,7,24 509:22
522:3 525:17
526:5 529:4
531:18 536:23
537:23
**humana** 338:10
**humans** 348:7,20
348:24 353:11
356:9 363:6 364:1
364:5 366:5,13
378:21,24 380:15
419:3,25 422:16
432:14 435:24
439:17 440:1
444:16 447:16
448:11 451:22
454:2 456:8,20
458:6,12,23 459:6
459:19,22 471:3
482:25 483:6
535:8,23 536:7,21
537:10
**hundred** 376:5
415:4 416:6 430:3
456:1 457:15
460:23

**hundreds** 372:17
372:25 411:24
418:7 419:16
422:10 529:16
**hyperplasia**
467:24
**hypertension**
442:18,21
**hypothesis** 480:15
**hypothetical**
408:17,21 512:7
512:18,18 514:18
**hypothetically**
408:10,12

**i**

**i.e.** 389:20 450:14
450:15
**iarc** 359:10 363:4
363:14 364:8
376:3,18 380:3,16
381:25 391:13
393:7 394:5
395:20 425:11
429:13 476:4
478:17
**ich** 374:15
**idea** 474:8
**ideal** 437:13 455:9
458:25
**ideally** 412:1
**identical** 348:19
349:22 356:5
364:6 378:24
476:10 477:16
**identically** 471:18
472:11
**identification**
367:13 372:5
377:10 384:5
401:3,14 405:12
422:21 427:8

436:9 449:5 526:6
529:5 551:10
**identify** 495:16,21
496:13 536:18
**ignore** 508:19
**ii** 360:23 361:18
443:3 486:10
488:2,14 489:24
490:21,24 491:14
492:13 497:2
499:10 513:17
517:4,11,20,23
**iii** 360:23 486:16
488:2,14 489:24
490:21 491:4,17
492:24 517:4,11
517:21,24 518:1,2
**ileum** 443:8
**illinois** 338:14
**illustration** 361:11
**images** 475:23
**immune** 359:3
**immunosuppres...**
359:2
**impact** 450:14
471:3 515:18
**important** 349:10
351:22,24 352:3
360:9,18 363:16
368:17 369:24
370:22 391:5,12
392:10 393:6,17
394:16 397:12
398:14 411:22
412:16 414:15
415:1,3,7,10 416:3
416:13 417:2,22
418:6 419:8,12
424:13,23 425:1
430:23 431:5
432:8 433:2 436:2

437:24 439:15
444:23 446:22
447:18 459:14,16
459:18 471:2
472:4,6,25 546:9
**importantly** 543:9
**improper** 354:8
354:18
**inappropriate**
354:19 355:23
356:7 378:19
380:14 447:2
456:11
**inbred** 343:21
401:11
**incidence** 374:21
396:17 404:14
413:14 414:3,5,5
414:12,24 420:24
424:24 428:8
**include** 369:2
372:10 411:3,10
411:12 430:8
**included** 362:4
528:10 537:19
**including** 362:9
366:21 368:20
373:18 456:8
484:25 489:9
522:4,18
**inconsistent**
359:16 416:8
457:23
**increase** 374:20
385:3,5,11 386:2
386:17 387:2,25
405:2 413:15,20
414:4,12,24
415:24 420:23
422:16 435:14,24
437:20 440:13

453:25 513:25
517:13,23 518:9
518:12 534:18,19
534:24 535:7,12
535:21 536:5,20
537:8,20,21
**increased** 360:7,8
360:11 361:1
362:16 363:25
367:3 370:24
371:5,10 432:25
436:3 438:2 440:6
440:8,16 441:9,14
463:7 487:19
488:9,12,13
514:22 515:6
516:10 517:2
537:17
**increases** 358:25
360:10 405:5
414:11,25 435:15
480:16 515:18
516:8 537:17
**increasing** 360:23
415:15 488:18
**incremental**
435:14 515:18
516:8
**independent**
478:14
**index** 343:1 344:1
358:10 368:6
369:8 370:3,10,15
383:12 410:13,18
508:6
**indiana** 340:7
**indianapolis** 340:7
**indicate** 385:15
**individual** 497:12
497:22 499:6
529:23 545:10

**individuals** 489:24
517:15,17
**induce** 357:8
359:7 389:2
393:10 523:23
**induced** 384:22
389:16,25 392:9
410:1 428:4
**inducers** 451:13
**induces** 358:23,24
359:2
**inducing** 456:15
**induction** 343:20
387:22 390:17,19
391:22 394:1,19
401:10 414:25
420:10
**industry** 483:11
485:19 488:25
489:9
**inflammation**
359:1 390:12
391:21 476:13,15
476:21,23 478:18
478:19 479:8,19
479:22 480:3
**information**
346:17 350:1
418:16 493:19
503:15 506:9
512:16 549:11
**ingersoll** 341:4
**ingest** 361:15
496:25
**ingested** 418:21
431:2,10,15
434:21 435:13,19
441:8 495:17,23
526:22
**ingestion** 343:22
401:11 438:17

**ingredient** 442:16
442:20
**inhalation** 366:21
431:18,24 432:2,3
432:6,22 433:4,15
433:24 434:18
435:21 437:7,17
437:23 483:15
**inhaled** 432:9
436:2
**inhibitor** 442:25
**inhibitors** 451:13
**initially** 438:22
**initiate** 362:25
364:3 505:20,22
**initiation** 473:21
**injection** 435:3
**inno** 470:23
**innovative** 471:1
**instability** 358:24
368:17 390:11
393:9
**instance** 528:23
**int** 463:1
**intake** 357:11,14
357:19,24 359:17
365:8,22,24 368:4
376:11 382:13
406:5 428:21
429:4 499:3
501:22 525:7
526:19 527:9,12
528:17 530:2
533:11,14,24
534:23,24 536:5
536:20 537:9
**interaction** 424:7
424:19
**interest** 545:9,10
**interested** 414:18
489:16 551:16

**international**
334:17 335:7
429:14 551:8
**interpretation**
414:21 486:17
**interspecies**
344:15 449:3
454:23 463:17
464:12
**intestine** 442:5
443:7
**intraperitoneal**
431:25 432:4
435:2
**intratracheal**
432:5
**introduce** 451:24
**investigate** 478:21
**involved** 370:11
424:22
**involvement**
532:16
**ion** 444:25
**ionizing** 423:14
**ip** 431:25 435:2
**irbesartan** 334:5
551:7 552:3 553:3
**irreversibility**
427:24
**isolate** 385:21
**issue** 430:25 431:1
431:7 437:9 500:2
546:3
**issued** 551:10
**issues** 545:2 546:7
546:9,10,13
**itemized** 508:2
**items** 522:4
**iv** 360:23 486:24
487:5 488:2,15
489:24 490:21

517:4,11,22,24
518:3
**ives** 338:11

**j**

**james** 436:11
**jason** 339:7
**jersey** 334:2
340:16 341:16
527:17
**jessica** 338:4
**jheinz** 338:8
**job** 334:25
**journal** 346:15,18
346:25 392:4
405:17 407:15,18
423:5 436:16
**journals** 362:14
429:12
**judge** 353:14
541:4 542:9
544:13 545:6
546:3
**judge's** 540:25
**july** 551:25
**jury** 418:16
441:24

**k**

**kanner** 337:11
**kapke** 340:5
539:16,17,24
540:7 542:12,17
547:6,7 548:11
**kara** 340:5 539:16
539:22 542:12,17
**kara.kapke** 340:9
**kathleen** 337:19
**keep** 400:19
**kekelley** 337:23
**kelly** 337:19

**ken** 342:8
**kenneth** 336:11
**key** 359:9,23
363:14,15,18,20
366:8 368:13,15
368:18 385:20,23
385:24 388:2
390:8 391:1,3,19
393:8 395:5
425:11,17 430:16
458:21 469:11
476:3,5 478:17,20
505:11,13,18
**kg** 352:24,25
355:3,15 356:14
356:19
**kidney** 420:12,24
432:11 444:21
**kilogram** 353:1
355:4,19 356:20
374:1 375:12,13
375:22 378:12,15
379:3,3 381:9,11
382:19,24 383:6,8
385:2 387:1,4
389:1,17,20,25
410:3,8 420:9,23
524:20
**kilograms** 387:4
**kind** 475:12
**kirsch** 423:2
**knew** 347:17,17
478:9
**knock** 377:12
**know** 351:24
352:11,12 353:8
353:20 357:5
367:20 369:13
372:25 391:7,9
408:1 411:9
416:10 421:11,16

**[know - literature]** Page 26

425:13 431:22
432:12,12,14
433:8 434:11
439:21,25 440:4
440:10 441:8
442:15,19 443:20
459:9 462:19
466:22,25 467:8
467:24 485:12
489:20 492:20
494:16 498:1,3,11
498:23 499:6,7
504:25 506:18
507:8 508:8
509:19 512:23
513:16 519:10
520:16,25 521:1,1
521:10,11 527:2
529:16 532:1,3,4,4
532:5,7,14,15,19
532:21 538:17,21
541:16,18 543:15
549:3
**knowing** 348:21
**known** 347:6,16
348:2,3 373:17
380:11 452:5
523:18 524:13
527:16
**knows** 544:10
**krul** 406:12 407:9

**l**

**l** 336:5
**lab** 459:1 505:16
523:22,24 524:3
**laboratories**
362:24 415:5
524:5,5
**labs** 341:11 459:4
505:20 523:21,25

**lacz** 343:15 384:3
**landmark** 458:21
**landscape** 402:4
**language** 475:22
475:23 479:12
**large** 419:7 448:8
448:10,12 458:11
458:15 459:1,2,4
459:21 462:1
464:8 551:5
**largely** 496:8
**larger** 433:9
439:25 447:21
448:21 451:22
457:2 458:18
461:7,15 462:15
464:17
**largest** 388:8
398:23
**latency** 417:8
474:25 475:6,16
**latin** 468:3,25
**lauren** 342:9
**lawyer** 381:17
**layne** 337:12
**lead** 424:18
432:23 514:22
515:5 516:10
518:11 542:3,4,5,6
548:4 549:14
**leading** 376:3,18
377:3 380:18
395:20,21 396:3
429:14
**learned** 468:21
**leave** 482:1
**leaves** 442:21
**left** 442:19
**length** 349:8 541:8
541:13

**lengthier** 549:15
549:21
**lengthy** 549:20
**level** 356:25 358:3
361:13 366:18
375:23 376:12
385:16 386:10
387:10,19 389:8
398:8 402:10
403:19 408:15
410:8 413:5,7
418:20 420:16
430:9 431:19
435:4 439:1
441:17 442:9
446:2,10,15 498:2
498:3 501:22
507:18 527:23
537:17
**levels** 344:11
347:7 362:20
370:7,13,18,25
371:4,23 392:13
392:22 427:7,20
431:3 438:16
446:5,7 488:19
493:20 496:2,3,18
496:19 500:1,19
503:6 504:4
506:10 507:6,8,15
507:16 509:2,18
510:7 514:16
516:19 519:25
527:12,12
**levin** 336:18
**levinlaw.com**
336:23
**liability** 334:5
551:7
**licensed** 494:20,23

**lifestyle** 485:25
**lifetime** 360:24
374:5 394:15
488:8 502:5
**liked** 411:9 479:12
479:13
**limit** 409:25
527:18
**limitation** 485:22
544:13,16
**limitations** 519:7
519:17,18,23
**limited** 338:2
364:23 380:20
430:1
**limits** 527:17
544:19
**line** 453:8 505:23
514:19 553:6
**linear** 358:8
367:21 368:21
370:1 376:8 382:1
388:11 394:3
396:19 397:9,18
397:19 399:3
415:11 429:21
430:7 455:9,12
458:5
**linearity** 392:14
**lines** 366:10
384:19 395:23
422:14
**lip** 447:2
**list** 411:6 497:16
**listening** 494:16
**lists** 491:17
**literally** 376:5
472:11,21 473:7
477:20
**literature** 358:19
393:20 394:8

428:14 456:25
523:17 524:13
527:14 528:16
533:13
**litigation** 334:5
438:15 481:17
482:19 493:9,13
495:1,6,11,14,17
495:22 496:14
524:11 545:7
551:7
**littering** 354:17
**little** 389:15
498:21 527:1,19
544:25
**live** 394:15 397:15
**livenote** 335:11
**liver** 343:20
346:20 348:8,9
349:1 374:5 392:9
392:11 396:13,15
396:15,21 397:5
397:16 398:9,12
398:20,24 401:10
402:10,11 403:1,1
403:3,8 404:8,14
404:19 413:15,20
414:3,5,5,12
415:19 418:9
424:24 431:16
434:22 438:10,19
438:25 439:4,7,9
439:10 440:4,19
441:12 442:4,5,8
442:19,22 443:9
443:13 445:7,11
445:16 446:3,12
463:7,9 464:18
505:22 518:1
**liver's** 442:10

**liza** 342:10
**llc** 337:11 339:18
341:3
**llp** 334:16 335:7
336:3 337:3
338:11 339:4,19
340:4,12 341:12
**loaded** 549:13,22
**loads** 515:19
**log** 413:21
**logarithmic**
413:16
**long** 474:24 475:6
475:16 519:11
539:10,15 540:5
**longer** 399:8,15
539:4
**look** 348:23
373:23 374:12,25
386:22 396:5,13
396:15 402:8
403:7 412:22
413:7 450:5 451:6
451:17 452:12
457:12 463:21
471:13 473:19
484:21 490:7
494:11 501:3
504:17 507:21
510:21 520:25
521:7 529:18
545:25
**looked** 348:5,11
378:5 406:13
456:25 472:17,19
478:16 484:24
485:1,20 493:8,11
502:19 516:22
541:11 543:20
**looking** 388:24
427:15 474:23

**liza** 342:10
**looks** 352:23
530:13
**losartan** 334:4
551:7 552:3 553:3
**losing** 475:12
**lost** 426:19
**lot** 475:10 504:16
504:16 521:8
525:23
**lots** 503:21 504:4
507:2 528:15
**louisiana** 337:14
**low** 392:13,21
396:24 397:2
404:18 412:20
416:2 420:16
428:7,8 431:2,19
435:4
**lower** 374:20
385:6,10 406:6
461:7,14 462:13
462:18 464:16
498:19 508:1,13
509:20 510:7
**lowest** 352:20
355:15 397:4
398:12 403:14
**lunch** 400:11,12
540:18
**lung** 349:16
441:13
**lungs** 433:17
434:3

**m**

**m.d.** 334:13 335:6
551:6 552:4,21
553:4

**m7** 374:15
**madam** 400:1
544:10
**magee** 347:18
348:5
**magnitude** 518:21
520:11
**major** 344:20
427:16 437:3
529:3
**majority** 541:6
**making** 450:2
552:10
**male** 412:24
**males** 388:7
**man** 428:8
**manipulation**
451:12
**manner** 430:24
545:1
**manners** 426:16
**manufacturer**
509:3
**manufacturer's**
519:25
**manufacturers**
494:5 509:4
**mark** 350:23
351:5 367:10
372:1 377:6 400:9
400:19,24 401:7
449:1
**marked** 367:13
372:4 377:10
384:4 400:20
401:3,13 405:11
422:20 427:8
436:9 449:5
469:16 470:11
526:2,6 529:5

**marker** 390:20
**martin** 337:3
 342:6
**massachusetts**
 334:18 335:8,12
 337:21 339:22
 551:1,5,8,11
**massey** 342:9
**massive** 435:1
**material** 411:4
 490:15
**materials** 503:14
**math** 378:25 379:6
 379:7,8 381:10,14
 383:2,8 487:3
 492:23 513:13,22
 514:3
**mathematical**
 415:12
**matta** 339:8
**matter** 400:23
 545:17 551:6
**matters** 400:1
**maximize** 501:14
**maximum** 497:14
 512:1 534:11
**maz** 338:16
**mazzotti** 337:3
 342:7
**md** 334:3 343:18
 401:3
**mdl** 508:4 542:9
**meals** 344:8
 405:11,22
**mean** 393:3
 400:16 424:22
 425:3 450:21
 494:1 504:3
 506:11,25 511:4
 511:19,21 513:23
 520:19 521:3,14

 526:25 534:9
**meaningful** 424:1
**means** 357:10
 358:23 390:3
 440:2 441:22,25
 465:6 543:23
**measure** 350:14
 407:7,12 408:2,5,6
 408:19 446:7
**measured** 350:8
 537:14
**meat** 373:19
**meats** 522:4 525:2
**mechanism**
 348:19 349:22
 355:23 356:1,4
 359:12 363:3,17
 364:4 366:12
 368:14 378:22
 390:18 391:11,25
 393:16 421:13
 422:16 424:16
 456:13 478:22
 504:9,12 505:3,5,8
 505:11 507:3,13
**mechanisms**
 348:23 350:17
 390:22,25 391:14
 430:17 464:21
 478:16 504:19
 505:24
**mechanistic**
 359:25 370:24
 371:17 395:3,24
 419:24
**mediated** 392:12
**medical** 364:17
 379:22 493:8
 494:18 495:4,9
 502:17

**medication** 495:19
 495:24 496:16
 497:24 501:16
 503:16 513:15
 514:11 518:23
**medications**
 493:22 494:13
 500:2,20 503:5
 511:2 520:13
**megan** 338:12
**mention** 361:9
 388:1 391:12
 394:23 448:9
 476:1 501:4
**mentioned** 357:3
 359:10,22 362:23
 363:19 366:6,11
 368:2 370:7,21
 371:12 372:16
 376:25 378:18
 385:19 391:1,19
 393:7 395:19
 396:3 419:23
 425:10 426:16
 427:1 429:13
 435:21 444:14
 448:16 500:23
 502:1 519:8,18
 523:20 524:17
 533:15 536:22
 537:12,13
**meridian** 340:6
**mesen** 420:10
**mesenchymal**
 420:11,12
**mesentery** 443:9
**metabolic** 391:17
 448:11
**metabolically**
 458:19

**metabolism**
 346:19 348:6,12
 348:14,18,20
 349:20 438:22
 439:6,11,20 440:3
 440:21,25 441:5,6
 441:19,21,25
 442:2,7,10 446:17
 447:17 448:2
 451:14 462:25
**metabolite** 390:11
**metabolize** 444:12
 444:25 522:24
**metabolized**
 431:11,16 434:22
 438:18 440:20,25
 441:18 442:4,6,18
 443:17 445:21
 446:11,11,17
 452:7
**method** 368:22
 369:5 375:1
 408:19
**methodology**
 381:24 491:20
 493:2
**methylating** 452:7
**methylation** 347:8
**metric** 374:16
**metrics** 374:14
**mgs** 352:24,25
 355:3,15 356:14
 356:15,18,19
**mice** 343:16
 352:10 384:3,10
 384:24 387:1
 389:4,13 402:12
 458:4 504:24
**microenvironment**
 472:3,5

**microgram** 361:23 362:2,3 408:4 524:19
**micrograms** 374:8 375:4,11,13,21 379:5,16 381:12 383:19 406:4,7 407:20 408:13,23 486:11,19 487:1 487:15 491:1,5 492:15 493:1 525:8 528:7,11
**middle** 423:15
**milligram** 361:12 389:1,17 390:2 420:9 496:21 512:2
**milligrams** 356:20 373:25 378:11 379:2,4 381:9,12 382:18,24 383:7 383:18 385:2 387:1,17,18 388:19,20 389:20 389:24 390:1 420:22 496:25 501:15
**million** 385:1 396:16,19 398:11 398:17,17 399:5,5 399:6 405:2,6 411:21 415:23 417:5,6 488:7,19 493:1 495:18,23 496:14,19,21 497:13,25 498:24 498:25 499:1,12 499:12 501:9,10 503:23,24 508:6,7 511:22 513:18 517:8,16,18

534:10
**millions** 499:24 502:3
**mimic** 437:3 453:9 458:11
**mind** 410:24 524:24
**minimize** 357:19 376:11
**minimized** 380:20
**minus** 530:19
**minute** 351:6 373:3 514:12 538:15
**minutes** 367:7 396:7 450:2 540:7 540:10,24 542:13 542:15,19 548:7
**misleading** 390:8
**missed** 449:24 495:7 516:23 520:2
**missing** 527:24
**mistaken** 449:17
**mixture** 498:8
**ml** 527:21
**mode** 433:13 434:20
**model** 473:21
**modeling** 408:5 415:10,12 417:19
**models** 415:7 417:19 467:18
**molecule** 357:8,22 358:14 365:5,6,7 365:14,17,18,24 365:25 366:5
**monkey** 419:8 432:17 439:23 448:17 454:16 455:2,23 457:4,8

458:16 461:10 464:2
**monkeys** 419:19 433:7 445:3 456:22 458:4,22
**monograph** 363:14
**monroe** 338:13
**monsanto** 348:4
**months** 361:19 367:1 371:3 417:9 420:13 497:3
**morning** 345:3,11 345:13 395:13
**morris** 339:19 342:5 539:12 542:1,2
**mortality** 483:19 484:7 485:8,11 519:13,15
**motions** 548:19
**motivated** 470:22
**mouse** 352:12 447:19 457:1
**move** 350:20 482:1 497:5 519:19
**moves** 429:12
**mulberry** 340:15
**multi** 428:1
**multiple** 347:21 352:9 357:6 365:17 391:8,8,9 391:13,18 398:21 415:5 417:15 419:17 430:17 437:18 441:10 461:20 462:9 464:21 472:2 480:2 505:20 541:16

**multiplied** 382:24
**multiply** 378:16 383:6
**mutagen** 424:8
**mutagenesis** 344:9 391:23 392:11 393:2,8,10,25 422:20 423:3 425:20 426:25
**mutagenic** 358:22 392:12 423:13 424:2,15 425:2,19 425:23
**mutagens** 425:2 427:2
**mutant** 343:14 384:2,8
**mutation** 343:15 384:3,9 423:4 428:2
**mutations** 392:25 392:25 424:22
**mute** 465:17
**mylan** 339:2 482:18 500:14 501:8 502:11 503:21 504:5 507:2 508:4 510:3 511:12 514:5 520:1,7
**mylan's** 500:19 501:14 503:5,16 506:10 507:22,25 508:11,20 509:9 511:2,21 512:5,21 513:23 514:11 518:22 520:13 534:4,12

**n**

**n**  336:1 337:1
338:1 339:1 340:1
341:1 342:1
343:17,22,23
344:6,12,16,19,21
345:2 384:4
401:12,13 405:10
427:7 449:4 526:6
529:4
**n.w.**  336:5
**nakul**  341:13
**name**  482:17
495:22 497:11,22
498:4 499:7
**names**  496:1
498:11
**nanogram**  357:11
357:23 359:17
360:16 368:6
370:5 376:12
380:25 383:13
410:12,18 416:4
429:7 430:2
527:20 530:13
534:11,18,23
**nanograms**  358:10
360:6 361:15
367:21 370:19
382:14,14 410:3,7
486:14,22 487:4
488:8,20 495:18
495:23 496:15,23
497:1 499:13,24
501:17,22 502:3
512:3,8,23 513:15
513:18 514:21
515:5 516:9 517:8
517:17,18 518:11
529:21,22 530:2,6
530:18 531:8

533:12 534:17,22
**nathylamine**
485:6,18
**national**  364:12,13
429:14
**nature**  346:15,24
348:5 349:3
458:20 520:22
**nda**  352:14 363:7
363:11 504:6,7,10
504:11,12 505:7
**ndea**  352:7 356:1
359:12 360:14
362:25 363:18,20
364:9 371:9 380:4
382:15 390:13
391:2,10 393:12
394:11 395:10
415:2,6,14 416:15
417:17 418:4,10
419:10,13,18
421:10 422:13,15
425:22 429:25
430:6,17 431:23
432:6 433:1
437:14,14 444:16
444:23 447:24
455:7 456:14
478:15 479:24
495:18,23 503:16
503:20 504:4,8,15
504:18,21,23
505:13,17,24
506:5,9,17,21
507:3,6,8,12,15,16
508:5 509:2,12,21
512:8 517:9
522:18 523:7,22
524:2,4 531:24
536:10,14,20,23
537:24

**ndma**  343:10
346:20 347:9,12
347:18,23 348:3,7
348:11,22 349:21
351:20 352:7,14
352:23 355:25
358:5,10,21 359:5
359:12,20 360:2,4
360:10,13,19,24
361:3,15,17,20
362:11,13,25
363:7,11,17,19,24
364:5,8,15 365:12
365:13,22,25
366:3,16,23 367:2
368:4,19 369:9
370:5,13 371:19
371:20,21,21
372:3,8,24 373:10
373:14,16 375:2,9
376:9,11 378:6
380:4 382:14
384:10,24 385:6
387:1 388:17
389:1,8,17 390:13
390:24 391:2,10
391:17 392:10,12
393:12 394:11
395:10 396:14,14
398:9,18,24
403:15 404:2,18
404:20 405:21
406:3,5 407:8,12
407:19 408:2,5,7
408:15,19 410:1
410:19 415:2,6,14
415:19 416:15
417:5,17 418:4,10
418:18,20 419:10
419:13,18 420:9
421:10 422:13,14

425:22 429:25
430:6,17 431:3,9
431:20,22 432:6
432:10 433:1
434:18,21 435:4
435:10,13,14,19
435:23 436:2,5
437:14,21 438:9
438:16 439:5,12
439:17 440:2,7,8
440:15,18,24
441:1,9,17 443:17
443:25 444:2,11
444:12,15,23
445:3,9,20 446:2,5
446:10,16 447:24
448:20 452:5,6
453:9 454:2,24
455:7 456:14
459:16 462:24
463:18 464:9
465:14,22 466:11
466:12 467:4
476:14,19 478:15
479:24 480:11,15
480:24 481:2,5,8
481:13,17 483:2,6
483:14,25 484:6
484:12,24,25
485:8,10,13 486:5
487:1,5 488:13,25
489:10,19 490:4
492:3,5 493:15
495:18,23 496:2
496:15,23 497:4
497:17 498:21
499:3,17 500:7
501:9,16 503:13
504:13,15,18,22
505:8,11 506:1,15
506:16 509:2,11

[ndma - noticed]

509:21 511:12
513:5,7 514:16,16
515:9 516:19,21
518:5,5,10 522:11
522:18 523:7,22
524:2,4,15,20,22
525:2,7 526:18
527:18,23 528:17
528:22 531:19,24
533:15 535:11
536:10,13 537:9
537:15,17,23
**ne** 336:12
**necessarily** 425:3
**necessary** 446:3
446:16
**need** 355:12 434:5
461:18,20 475:9
490:9 515:12
545:19 548:13
**needs** 481:25
**negative** 413:21
**neither** 551:13
**neoplastic** 351:9
**netherlands** 406:5
**never** 353:22
369:15 410:24
428:22 468:18
511:9 516:7,11,12
527:8
**nevertheless** 486:3
**new** 334:2 337:6
337:14 340:16
341:16 345:22,24
359:6 400:12
428:23 429:5,8
468:22 522:6
527:17
**newark** 340:16
**nigh** 336:19 346:7
347:14 349:5

350:2,5,25 351:14
353:3,6,12,17,22
354:4,10,13,22
355:10,21 356:10
356:21 357:12
358:15 359:18
365:9 366:2
367:23 368:24
369:6,18 370:20
374:9 375:24
379:19 383:9,21
386:14 387:12,20
392:23 396:12
397:3 399:7,14,18
403:4 409:5,8
410:10 411:13
412:8 413:24
414:14,20 418:22
421:1 422:4 426:7
426:14 429:10
430:12 433:19
434:5,10 435:7,17
438:20 439:14
441:3 442:13,23
443:19 444:1,10
445:13,22 446:19
446:24 447:11
451:3 452:20
454:11,20 456:9
456:23 458:8
460:12,19,25
462:8,20 463:13
463:24 464:20
466:14 468:5,8,11
468:13,17,20
469:2,8,20 470:1
471:25 472:14,23
473:11 474:10
475:25 477:10,22
478:12 479:16
480:18 481:10

492:16 493:4
498:5 501:18
502:6,21 503:9
508:16 510:10
511:6 513:3,19
515:20,24 518:15
518:25 520:4,18
528:8 530:24
533:6 535:9 536:8
537:11 538:21
539:4,10,15,19,23
540:2,8,17 544:6
547:2,5,25 548:15
**nine** 368:19
379:23 380:9
505:13
**nitro** 518:10
**nitrosamine**
381:22 394:8
482:25 489:12,23
490:2,19 491:22
492:11,13,25
493:20 499:25
500:18 513:1,6,14
514:1,12 515:19
516:8 522:11
526:22 528:2
530:2 531:18,21
533:11,14,17,23
534:3,24 535:7,22
536:5
**nitrosamines**
343:12 344:19,21
347:6 358:4 377:8
378:1 451:10
483:21 484:22
485:1 489:4,8,19
490:24 499:11,24
503:4 512:23
513:18 514:10,17
514:22,24 515:5

516:18,21 520:12
520:16 521:6,9
522:2,9,17,22,25
523:12,19 525:17
526:6 527:10
529:4,20 531:25
532:10 533:16
535:2 536:12,13
**nitroso** 344:12
351:10 427:7
**nitrosodiethyla...**
343:22 401:12
**nitrosodimethye...**
344:16 449:4
**nitrosodimethyl...**
343:17,23 344:6
384:4 401:13
405:10
**nmor** 489:9
**nongenotoxic**
425:15 476:2
**nonlinear** 392:21
**nonresponsive**
497:6 519:20
543:11 544:5
**nonsmokers**
534:21
**nonstatistical**
537:20
**north** 341:7
**notable** 485:22
510:15
**notary** 335:11
551:4
**note** 369:14
474:18 525:1
**noted** 372:10
384:23 484:9
**notice** 335:8
**noticed** 397:4

**nshah** 341:17
**ntp** 364:10,11,12
  376:4 380:17
  394:5
**nucleic** 347:5
**number** 368:16,18
  377:6 388:13
  401:1 402:2,17
  436:22 461:18
**numbers** 402:10
  488:22 490:4
  492:13 510:3
**numerous** 549:7
  549:14

**o**

**o** 345:2
**o'clock** 399:20
**o'reilly** 340:12
**object** 369:19
  386:15 433:20
  434:8,11 462:8
  497:5 519:19
  520:5
**objection** 347:14
  349:5 350:2
  351:14 353:3,9,11
  353:13,19,24
  354:1,3,6,8,10,16
  354:21,24 355:21
  356:11,21 357:12
  358:15 359:18
  365:9 366:2
  367:23 368:24
  369:6,18,19
  370:20 374:9
  375:24 379:19
  381:15 383:9,21
  386:15 387:12,20
  392:23 396:12
  397:3 403:4 409:5
  409:8 410:10

411:13 412:8
413:24 414:14
418:22 421:1
422:4 426:7,14
429:10 430:12
433:20 435:7,17
438:20 439:14
441:3 442:13,23
443:19 444:1,10
445:13,22 446:19
451:3 454:11,20
456:9,23 458:8
460:12,13,13
462:20 463:13,24
464:20 466:14
468:5,19 469:2,8
471:25 472:14,23
473:11 474:10
475:25 477:11,22
478:12 479:16
480:19 481:10
492:16 493:4
498:5 501:18
502:6,21 503:9
508:16 510:10
511:6 513:3,19
515:20,24 518:15
518:25 520:18
528:8 533:6 535:9
536:8 537:11
**objections** 354:18
541:19
**observe** 388:20
452:8
**observed** 385:5,17
388:18 403:20
404:1,20 405:3,4
411:20 416:20
417:25 424:13
483:23 484:9
500:1 504:4

513:24 519:25
**obtained** 451:21
**obviously** 543:23
  544:9 546:18
**occasions** 549:14
**occupational**
  360:3,21 362:9
  366:22 371:19
  435:25 440:5
  483:10,19 489:18
  490:20 499:21
  506:14 507:7
  518:19 535:5
**occurred** 402:11
**offer** 542:18 548:2
  548:10,12
**offhand** 533:25
**offices** 551:7
**oh** 345:20 420:21
  450:10 470:24
  475:7 491:8
  530:21
**okay** 345:23 346:4
  347:3 351:1
  365:21 373:7
  374:3,12 377:21
  379:13 383:24
  384:16 387:16
  388:23 393:5
  396:7 399:18
  402:20 409:13
  410:15,23 412:12
  412:21 413:13
  428:20 430:20
  437:12 442:9
  448:24 449:23
  451:6 453:16
  454:14 459:24
  462:23 464:24
  465:3 466:8,20,24
  469:23 470:13

471:13 472:21
479:5,15 480:8
481:16,20 482:21
490:11 493:16
500:11 502:24
511:23 512:19,20
521:17 523:9
528:13 529:18
530:21 531:4,5
539:15 540:8
542:14 548:15
549:22
**omitted** 449:12
**once** 374:15
**ones** 400:7 418:12
  509:20 537:16
**open** 368:8
**opens** 373:14
**opine** 365:23
**opinion** 343:12
  354:14 359:16
  365:16 376:1
  377:8 380:3
  381:22 398:7
  401:22 422:1
  446:1,15 454:3
  482:24 483:2,5
**opinions** 451:1
  453:3 543:4
**opportunities**
  547:18
**opportunity** 546:5
  547:13
**optimal** 437:2
**options** 543:24
**oral** 389:1 432:3,5
  435:22 437:22
  438:17
**orally** 418:20
  431:2,10,14,25
  433:3 434:20

CONFIDENTIAL

**[orally - particularly]**                                                      Page 33

435:13,18,23
437:15 440:8,15
441:8 442:3
**order** 438:7 439:9
440:18 445:9,17
458:13 469:4,5
490:25 492:14,25
502:2 516:9
518:10 519:4
528:6 533:11
536:6,20 537:9
540:25 551:10
**orders** 518:20
520:11
**organ** 347:8
450:15
**organospecificity**
451:12
**organs** 444:17
445:17
**original** 411:15,17
411:23 412:3,3,5
414:22 415:13
416:14 425:7
426:4,9,11 429:16
523:6
**orleans** 337:14
**outcome** 551:16
**outcomes** 480:16
**outdated** 425:10
**overall** 376:14
**overlap** 476:25
**overlapping** 476:9
504:17
**overwhelming**
393:13,19 394:22
**oxford** 339:9
**oxidative** 358:25
390:12 391:20
505:17 523:23

**p**

**p** 336:1,1 337:1,1
338:1,1 339:1,1
340:1,1 341:1,1
342:1,1 345:2
**p.c.** 338:3
**p.m.** 334:15 465:9
482:10,10 540:14
540:14 550:1
**p.o.** 341:15
**p450** 439:1
**p450s** 444:12,16
444:20,21,22
445:6
**page** 343:2,7 344:4
352:22 373:9
375:1 376:5
377:23 384:17
392:7,7 402:2
406:1,17,18
410:25 412:21
420:3 421:25
423:23 436:22,22
450:6,9,11 451:18
463:16 465:13,21
466:16 470:14,14
470:15,18 471:9,9
471:13,14,14
472:18,18,18
473:1,13,16,17
474:7,19,20,20,21
474:23 475:17
476:11,16 478:3
486:7 490:13,14
491:9 494:7 496:6
501:3,7 503:13
507:9 508:14
510:4 524:23
525:1 526:8 543:9
543:10,11,11
552:1 553:6

**pages** 471:6
504:14 505:10
541:21
**pancreas** 349:17
**pancreatic** 506:19
536:24
**panigrahy** 334:13
335:6 343:9,18
345:7 367:12
401:3 551:6 552:4
552:21 553:4
**papantonio**
336:18
**paper** 347:1 348:1
348:25 349:2,8
351:16,19 369:25
376:16 380:2
392:24 393:18
408:4 410:16
412:3 418:8
420:25 425:5,6,8
426:3,5,13 438:5
445:2 449:20,24
450:1 451:4 453:1
453:2,6,13 454:14
454:17 458:21,21
459:10 462:12
464:10,15 490:8
491:10 500:6
515:23 516:7,13
516:16 517:1
518:7 520:10
521:24 525:15,20
526:2,9,12 528:25
529:13 531:12,15
533:8 535:19
536:3 538:14
**papered** 525:12
**papers** 345:14,16
345:19 346:1,1,8
398:15 411:23

419:17,18 426:9
429:16 438:4
449:15 453:7
464:11 477:25
481:1,12 525:23
529:16 533:22
534:2 536:10
537:7,23 538:7
**paragraph** 347:4
374:13 375:8
451:19 452:4
460:2 470:24
473:20 486:9
**parkway** 338:5
**part** 346:19
352:17 368:15
369:1,24 370:22
393:9 396:16,19
397:12 398:11,17
398:17 399:5,5,6
405:1,5 411:20
415:7,10,23
416:13 417:5,6,18
430:15 472:7
478:21 481:11,13
496:19,21 498:24
498:24,25 505:9
508:5,7 523:15
524:16 527:15
531:15,17 532:17
538:3
**participant** 465:16
**participated** 523:5
523:10
**particular** 346:16
478:1 479:23
499:7 509:13,15
519:9 529:15
531:22
**particularly**
373:16

CONFIDENTIAL

[parties - plays]                                                              Page 34

parties  551:13,15
parts  385:1 497:13
  497:25 501:9,10
  503:23,23 511:22
  534:10
partway  375:8
pass  438:21 439:6
  439:11,20 440:3
  440:20,25 441:4
  441:19,21,24
  442:2,6,10 443:14
  446:11,17 447:17
  448:1 481:21
passenger  522:6
pasted  472:22
  477:6
pathologist  467:16
patient  361:11,16
  361:21 366:24
  493:21,23 494:4
  494:11 496:24
  497:1 502:16,18
  509:13,14 511:13
  512:1
patients  467:8
  494:1 496:7 520:6
pc  341:4
pdfs  400:15
peak  453:22
peer  362:14
  376:15,23,24
  392:3 405:17
  407:14,18,21
  412:1 423:5
  429:12,16 436:16
  457:18 478:14
pelta  342:4
penalty  552:6
pending  422:9
pennsylvania
  338:6 339:10

pensacola  336:21
people  348:3
  358:5,17 360:10
  369:10 370:4
  371:1,24,24 395:8
  397:8,25 418:25
  419:6,23 435:22
  437:25 440:6
  448:5,15 453:7
  457:6,17,21
  458:11,14,17
  459:8 467:11
  498:7 500:9 502:8
  512:10 519:10,13
  526:25 541:25
percent  350:9,11
  350:12 396:17,20
  415:23 417:9
  432:17,18,19,20
  439:24,25 446:23
  447:20 448:17,18
  448:18 455:23,24
  455:24 456:1
  457:1,12,13,15
  458:22 460:24
  462:14 464:1,2,2
  512:25 514:1
  521:11 534:19
  535:6,21 536:6,21
  537:10
percentage  467:11
perfect  449:23
  455:11 461:21
  479:10
period  371:25
  417:8 529:17
  544:22
periods  474:25
perjury  552:7
permitted  360:13
  366:18 370:4

374:14 382:12
person  366:25
  375:13 378:16
  379:4 381:11
  497:15 499:8
  511:14 512:7
personally  523:4
  527:8 532:3
peto  358:8 369:25
  377:4 386:5 388:6
  390:14 393:22
  394:2,13,19
  395:14 396:6,7,9
  396:10,21,24
  397:4,12,13,22
  398:4,7,16,23
  399:1 401:17
  405:1 406:24
  407:3 409:18
  411:9,11,17,18
  412:6,13,22,25
  413:13 414:8,15
  414:23 415:1,14
  415:17 416:14,25
  417:12,22 418:7
  421:25 422:2
pharma  338:2
pharmaceutical
  339:16,17 442:16
pharmaceuticals
  336:2 339:2
  340:11
pharmacokinetics
  344:16 449:4
  450:7,13
pharmacology
  436:15
pharmacy  338:10
  493:12,22,25
  494:11 498:7
  502:9,11,19

512:10
phase  544:17
physician  494:20
  494:24
pick  510:18
  537:19
picked  528:20
picture  474:1
pictured  474:8
pictures  530:21
  531:3
piece  459:11,13
piedmont  336:12
pietragallo  339:3
pietragallo
  339:12,13
pietragallo.com
  339:12,13
pig  419:8 453:5
  457:8 461:9
pigs  419:19
pills  359:21 430:5
pioneering  349:7
pittsburgh  339:10
pizzi  340:12
place  334:17 335:7
  551:8
placeholder  400:4
places  432:11
  475:22
plaintiff  494:12,13
  495:5,11,17,22
  496:13 497:12,23
  518:21 545:19
plaintiffs  336:17
  337:2,10 493:9,12
  494:25 495:14
  512:15,17 532:18
  541:19
play  392:10 451:9
plays  450:8,13
  472:6

CONFIDENTIAL

**[please - printed]**                                                Page 35

**please** 353:11
355:1 367:11
372:2 377:7 401:8
405:8 408:10
421:18 422:18
423:23 427:5
436:6 449:2
460:18 465:5
469:18 470:9
474:17,19
**plenty** 390:21
**plotted** 413:3
**plow** 538:18
**plus** 529:11
530:19
**pm** 465:10,15,20
465:25 466:5,10
466:15,20,25
467:5,10,15,20,25
468:5,10,15,20,25
469:5,10,15,20,25
470:5,10,15,20,25
471:5,10,15,20,25
472:5,10,15,20,25
473:5,10,15,20,25
474:5,10,15,20,25
475:5,10,15,20,25
476:5,10,15,20,25
477:5,10,15,20,25
478:5,10,15,20,25
479:5,10,15,20,25
480:5,10,15,20,25
481:5,10,15,20,25
482:5,10,15,20,25
483:5,10,15,20,25
484:5,10,15,20,25
485:5,10,15,20,25
486:5,10,15,20,25
487:5,10,15,20,25
488:5,10,15,20,25
489:5,10,15,20,25

490:5,10,15,20,25
491:5,10,15,20,25
492:5,10,15,20,25
493:5,10,15,20,25
494:5,10,15,20,25
495:5,10,15,20,25
496:5,10,15,20,25
497:5,10,15,20,25
498:5,10,15,20,25
499:5,10,15,20,25
500:5,10,15,20,25
501:5,10,15,20,25
502:5,10,15,20,25
503:5,10,15,20,25
504:5,10,15,20,25
505:5,10,15,20,25
506:5,10,15,20,25
507:5,10,15,20,25
508:5,10,15,20,25
509:5,10,15,20,25
510:5,10,15,20,25
511:5,10,15,20,25
512:5,10,15,20,25
513:5,10,15,20,25
514:5,10,15,20,25
515:5,10,15,20,25
516:5,10,15,20,25
517:5,10,15,20,25
518:5,10,15,20,25
519:5,10,15,20,25
520:5,10,15,20,25
521:5,10,15,20,25
522:5,10,15,20,25
523:5,10,15,20,25
524:5,10,15,20,25
525:5,10,15,20,25
526:5,10,15,20,25
527:5,10,15,20,25
528:5,10,15,20,25
529:5,10,15,20,25
530:5,10,15,20,25

531:5,10,15,20,25
532:5,10,15,20,25
533:5,10,15,20,25
534:5,10,15,20,25
535:5,10,15,20,25
536:5,10,15,20,25
537:5,10,15,20,25
538:5,10,15,20,25
539:5,10,15,20,25
540:5,10,15,20,25
541:5,10,15,20,25
542:5,10,15,20,25
543:5,10,15,20,25
544:5,10,15,20,25
545:5,10,15,20,25
546:5,10,15,20,25
547:5,10,15,20,25
548:5,10,15,20,25
549:5,10,15,20,25
**point** 352:13
374:17,17 381:8
381:20 395:12
414:4,12 419:7
433:12 439:11
444:23 485:3
540:1 542:16
544:21
**points** 461:18,20
**population** 523:13
**position** 409:14
543:22 545:21
546:19 548:1,16
**possible** 437:4,16
**postulated** 427:24
**potencies** 378:1
**potent** 352:8 356:3
364:2 393:14,15
416:1 456:15
504:11,20,22
505:4,6

**potential** 391:25
427:17 430:24
483:24 484:3
**potently** 362:22
**pottegard** 538:7
**pounds** 401:5
**ppm** 361:14
**precise** 483:3
**predict** 458:5
**predictable**
452:18 460:6
462:5
**preexisted** 466:13
**preference** 547:11
**prepare** 529:12
**prepared** 478:25
542:14
**preparing** 471:21
477:21
**prescribed** 551:10
**prescription** 495:5
495:10
**present** 342:2
430:10 521:20
**presented** 378:3
380:6
**presenting** 352:16
**presume** 539:21
**presumed** 415:8
428:16
**preussmann**
427:11
**prevalent** 485:18
489:8
**preventing** 470:21
**previously** 354:5
469:15 546:8
**princeton** 341:16
**prinston** 339:16
**printed** 345:16,19

CONFIDENTIAL

**[prior - question]**                                                                 Page 36

**prior** 410:7 453:18
  460:14,22 523:9
**probable** 364:9,18
  424:3
**probably** 367:7
  509:24 516:24
  539:7
**problem** 412:12
  427:16 428:5
  468:6,9 492:24
**proceed** 345:8
**proceedings**
  551:12
**process** 369:1
  395:1 472:5,7
**processes** 469:12
  478:16
**produce** 390:2
**produced** 408:13
  409:3 507:2
  551:11
**produces** 408:23
**product** 361:14
  498:25 499:1
  507:22 508:12,21
  509:10 519:25
  534:12
**production** 348:16
  348:16
**products** 334:5
  343:11,13 372:4,9
  373:19 377:9
  507:25 551:7
**professional**
  335:10 551:4,21
**profile** 348:25
  349:2
**program** 364:13
  364:14
**progression**
  473:22

**proliferating**
  466:18 467:19
**proliferation**
  359:5 384:22
  385:4,11,17,22
  386:2,17 388:3
  389:3,13,16 390:6
  390:9,19,20,23,25
  391:15,24 392:9
  393:24
**promote** 476:3
**promoter** 476:19
  476:20 479:23
**promotion** 473:22
**properties** 448:12
**proportion** 344:18
  525:16 526:4
**prostate** 467:15
**protect** 359:4
**proven** 415:9
**provide** 387:8
  486:4 487:9
  533:22
**provided** 402:12
  429:5 503:15
  528:1 532:25
  551:9
**provides** 533:10
**public** 335:11
  469:22 551:4
**publication** 348:5
  376:24 458:21
**publications**
  347:21 349:14
  372:17 373:1
  376:23 393:21
  398:21,22 411:18
  411:25 415:4
  417:15 418:8,9
  422:11 426:8
  454:4 457:19

**publish** 349:11
**published** 349:3
  363:13 523:6
**pumped** 434:4
**pure** 363:11
  437:14
**purpose** 483:18
  516:13,15
**purposes** 408:22
  492:2
**pursing** 447:2
**pursuant** 335:8
**put** 363:4 391:5
  393:18 400:4
  455:4 460:19
  491:20 525:21,24
  528:24
**putting** 459:12
**puzzle** 459:11,12
  459:13
**pzikowski** 342:8

**q**

**qh** 463:2
**quadrants** 371:8
**qualitative** 349:25
  350:7,19
**qualitatively**
  450:14
**quantification**
  535:11
**quantified** 348:17
  362:10,13 484:5
  485:8 500:5,7
  518:5 528:22
  531:19
**quantifies** 363:24
**quantify** 407:23
  457:20
**quantifying**
  516:18

**quantitative**
  349:25 350:7,8,14
  454:1
**quantitatively**
  450:15
**quantity** 494:14
**quarters** 530:18
**quartile** 361:17
  486:10,16,24
  487:5,10,11,18
  488:2,2,14,14,15
  488:16 490:24
  491:4,11,14,17
  492:13,24 497:2
  499:10 513:17
  517:3,7,11,11,20
  517:21,22 518:1,2
  518:3
**quartiles** 360:22
  360:23 484:7
  485:9 489:24
  490:21 500:6
  516:20 517:4
  518:6 535:11
**question** 350:6,20
  352:4 353:5,9,21
  354:9 355:1,9,10
  365:11,11,12
  366:3 368:23
  369:11,20 370:12
  370:17 378:25
  386:8,20 388:15
  395:1 398:1
  399:15 408:21,22
  408:25 409:10,16
  411:8 413:17
  414:1 416:17,18
  420:19 422:9
  427:4 428:18
  431:17 433:13,21
  433:22 434:6,13

[question - received]                                                                    Page 37

435:12,16,20
438:13 442:14
443:20,23 446:4
447:5 448:7 454:8
455:5,7 457:25
460:14,22 467:3
468:7,10,14,16
474:16,17 477:13
477:15 478:24
480:21 481:6
485:13 493:16
494:7 495:7
496:11 497:11,19
499:4 502:25
503:1 506:3
508:10 510:1
514:18,25 515:13
516:12,23 520:2
524:10 527:22,24
530:10 533:18,19
535:15,17 536:12
536:16 541:18
**questioned** 423:15
**questioner** 482:2
542:4 549:20
**questioners**
549:10,19
**questioning**
540:24 541:22
542:13,18,20
546:21 547:14
548:14
**questions** 355:7
373:4 404:7
423:16 459:23
460:15,20 471:2
481:23 482:20
494:17 500:25
513:10 539:20
540:4,6 541:7
542:1,2 543:1,3,13

545:3 547:3,8,11
547:15,19,23,24
548:5,8 549:5,5,7
549:8,13,22
**quick** 481:25
540:9
**quicker** 525:25
**quickly** 444:24
**quite** 506:24
**quote** 356:7 376:9
466:9 521:25
**quoted** 378:19
**quoting** 358:2
407:8,9

### r

**r** 336:1 337:1
338:1 339:1 340:1
341:1 342:1 345:2
455:11,14,15
529:1
**r1** 374:15
**radiation** 423:14
423:17
**rafferty** 336:18
**raise** 548:18
**raising** 546:2
**randomized** 363:8
**range** 361:23
374:7 498:17,19
503:22 508:5
523:11,18 524:19
529:21
**ranges** 524:14
525:7
**ranging** 501:9
**ranitidine** 480:11
480:16,22,25
481:3,8
**ranking** 377:25
**raspanti** 339:3

**rat** 420:13 447:19
457:7 465:1
**rate** 353:1 355:3
403:2,16 404:3
492:21
**rates** 492:8
**ratio** 405:3,4
411:20 417:25
**rats** 343:21 347:9
347:18 348:9
352:12 378:2
388:6 390:16
394:6,14,15
397:14 398:24
401:11 402:14,14
402:15 403:17
404:3 414:23
415:14,16,18
417:23 418:1
457:1 504:25
**rbk** 334:3
**reach** 361:16
371:4 445:17
497:1 537:8
**reached** 366:24
371:1 446:15
**reaching** 453:18
**reaction** 424:9
**read** 355:1,13
361:10 367:24
371:3 372:16,20
372:23 374:22
376:2 387:6 406:8
406:10 421:15
424:10 437:5
451:15,24 452:16
481:12 496:17
501:11 521:24
522:14 552:7
**reading** 372:25
522:7 527:16

530:8,12,14
551:12
**readout** 350:3,8
387:21,23 388:3,4
390:6,16 391:25
393:25 394:1,18
394:18 425:4
519:15
**readouts** 348:13
348:15
**ready** 542:17
**real** 424:14
**reality** 514:6,9
**really** 353:6
370:12 381:20
409:11 410:23
411:9 533:16
**reason** 348:24
353:7,13,16,24
354:6,15 356:11
375:19 418:24
447:16 458:17
466:21 533:3
539:2
**reasonable** 373:14
499:15 527:4
533:1 535:24
**reasonably** 364:15
364:15 521:12
**reasoning** 376:22
515:10
**reasons** 544:24
**recall** 368:2
372:19,21 395:15
406:14 465:24
479:2 483:17
529:14 531:21
539:11
**received** 493:19
493:23 506:9

**receptor** 443:4
**receptors** 443:5
**recess** 399:21
  465:9 482:10
  540:14
**recognize** 406:24
  528:15 541:15,24
  542:11
**recognized** 523:18
  524:14 545:6
**recollection**
  531:13
**recommendations**
  429:23
**reconcile** 357:21
  357:22,24 358:12
**reconsider** 429:7
**record** 345:4
  354:18 399:20,23
  422:25 434:14
  447:13 460:16
  465:8,11 469:21
  469:22 472:12
  482:7,9,12 494:9
  538:2 540:13,16
  542:22 544:2
  545:4 549:1,6,25
  551:11
**recorded** 384:23
**records** 343:8
  367:12 493:8,12
  493:22,25 494:11
  502:17,19
**reefer** 339:7
**reference** 351:16
  374:17 411:6
  449:14,19,20,21
**referenced** 346:15
  377:19,19 543:6
**references** 372:11
  373:24 379:25

449:12 479:13
**referencing**
  377:17 401:21
**referred** 402:21
  406:25
**referring** 346:18
  347:2 436:24
  466:2,3 493:24
**reflective** 435:3
**reflects** 402:9
**regard** 397:1
  401:22 428:24
  429:8
**registered** 335:10
  551:4,21
**regulatory** 396:4
  429:18
**rejecting** 548:10
  548:11
**relate** 484:7
**related** 391:21
  403:15 409:22
  436:4 481:17
  485:9 507:3
  551:13
**relates** 334:7
**relation** 375:2,9
**relationship**
  392:21 420:8
  423:10 452:18
  460:7 462:5
  535:12
**relationships**
  343:20 401:9
**relative** 551:14
**relatively** 406:8
**relevant** 348:24
**reliable** 397:23
  398:3 407:7,12
  446:7 509:8
  526:17

**reliance** 411:3
**relied** 351:15
  359:22 379:20,24
  380:12 410:20
  437:16,18,23
  482:23 483:4
  504:15 506:14
  508:4,8 516:1,4
**relies** 407:22
  411:11 425:11
  426:15 453:12
**rely** 351:12 359:23
  376:17,22 377:3
  398:4,15,25
  416:10,25 418:7,7
  419:4 422:10
  436:18 438:4
  449:25 450:1,24
  450:24 451:4
  453:2,6,21,22
  454:3 457:18
  464:10 504:8
  516:1
**relying** 362:17
  393:22 454:4
**remains** 414:3
**remember** 368:3
  372:24 499:4
  506:2 522:7 534:6
  534:8,13
**remembered**
  416:18
**rendered** 535:18
**repair** 358:25
  367:22 368:3,11
  368:12,15,16,20
  368:22 369:2,5,16
  370:11 430:9,15
  430:15 464:25
**repeat** 495:20

**repetitive** 546:6
**rephrase** 536:15
**replication** 387:3
  387:25 388:1,4
  428:5
**report** 343:18
  346:2 347:22
  349:14 361:9,10
  362:6 364:21
  366:17 376:2,10
  376:10,17 379:25
  380:8,19 382:12
  384:13 387:17
  391:1 395:4
  398:15 399:2
  400:24 401:2
  417:15 419:16
  420:1 426:4,12,15
  427:13 436:19
  437:17 440:11,13
  441:11 444:14,15
  446:1,2,20 447:23
  448:9 449:11
  453:21 454:4
  458:20 465:13,21
  465:25 469:16
  470:9,13,14
  471:14,14,22,22
  473:1,3,8,9,13,16
  473:17 474:4,15
  474:20,21 475:21
  476:2,11,16
  477:20,21 478:2,3
  478:6,11 479:1,2
  479:12,14,18,21
  481:12 486:3,8
  487:8 491:21
  492:2 493:3 496:1
  496:9,18 497:9
  498:14,22 499:16
  500:4,23 501:3,7

503:13,20 504:9
504:14 505:2,10
505:13 506:18
507:9,10,20 508:2
508:15,19,24
509:18 510:4,4
512:24 515:25
516:16 517:6
519:1 524:18,24
525:1,11 526:13
536:2,18 537:1,6
541:9,10,14 543:2
543:7,9
**reported** 334:23
369:23 386:11,25
388:25 403:9
490:4 501:10
503:7 508:14
510:8 520:10,12
524:14 527:13
531:12
**reporter** 335:9,10
335:11 350:10
355:2,8,12 356:16
361:25 364:11
380:23 383:25
386:18 400:2
426:19 432:1
455:13,16 465:4
475:8,12 514:7
530:9 544:10
551:4,21
**reporting** 389:7
389:24
**reports** 376:2
388:21 389:11
471:19 472:13
477:8 480:10
541:20
**represent** 346:7
482:18 484:3

500:14 511:19
532:23
**representative**
499:25
**represents** 534:23
**reputation** 532:5
**requested** 353:15
**requires** 431:15
448:14
**research** 372:15
423:4 470:20
478:14 523:6,10
524:16
**researched** 527:9
**resection** 467:14
**resembles** 430:25
**reserve** 546:22
**respect** 485:12
510:6 526:18
545:21
**respond** 542:21
548:17
**response** 344:11
350:19 351:10
399:3 406:22
409:22 420:7
421:6 424:1 427:6
427:25 500:24
**rest** 441:2
**result** 404:20
454:14 456:18
**resulting** 385:1
**results** 428:6
432:22 507:24
**retained** 481:16
**returning** 381:3
400:21
**review** 344:20
345:12 436:15
453:7 480:24
529:3,11,13,15

532:11
**reviewed** 345:14
362:14 376:15,23
376:24 392:3
405:17 407:14,18
411:24 412:1
423:5 429:12,16
429:19 436:16
457:18 474:25
478:14 495:13
500:17 502:16,17
531:15
**reviewers** 407:21
**reviewing** 373:6
529:14
**reviews** 477:25
480:2,4
**rick** 539:25
**right** 353:25
355:18 373:8
379:6 382:7 383:8
383:15 402:17
404:15 405:22
407:16 409:7,19
410:21 412:7
413:9 425:24
433:18 434:4
436:23 438:24
439:7 441:22
442:1,12,19,22,24
443:2,12,13 444:9
459:24 467:5,10
468:4 469:14,14
472:10,13,22
476:8 478:11
483:3 484:12
486:5 487:6
488:10,17 489:1,5
489:9,10,20 490:5
490:18,21 491:2
491:12,24 492:23

494:6 499:13
500:15,20,25
501:5,23 502:5,20
502:23 503:12,17
503:25 506:7
507:4 509:5
510:14,21 511:5
511:15 513:2,9
514:3 515:12,19
517:4,9,19 518:18
521:21 522:19,22
524:23 525:18
526:7,24,25 528:3
528:7 529:23
531:7 534:19
535:1 536:15
538:10 546:22
548:6
**rigorous** 395:23
**rise** 385:3 387:2
**risk** 344:5 360:8
360:11,11 361:1
362:16 363:25
367:3 370:25
371:5,10 373:10
373:13 374:3
376:20 396:5
405:9,20 422:16
430:3,23 431:19
435:15,24 436:4
437:20 440:6,8,16
441:9,14 450:15
451:22 453:25
480:16 485:5
487:19 488:9,18
514:23 515:6
516:10 517:2,14
518:12
**risks** 374:14 416:6
483:19 484:14,17
485:7,17

**rite** 340:3
**road** 336:12
  341:14
**robinson** 374:4
**rodent** 356:8
  395:6 432:20
  448:22 457:5,8,11
  459:9,10,15,22
  461:10 462:14
  464:8
**rodents** 356:5
  378:21 432:14
  439:18,18,24
  446:22 447:18
  451:21 456:12,25
  461:12 462:3,17
**role** 392:10 450:7
  450:12 451:9
  472:6
**room** 482:1
**rooney** 341:4
**rosemarie** 337:4
**rosemarie.bogdan**
  337:8
**roszel** 341:14
**roughly** 410:20
  530:5 534:16,22
**route** 431:6,7,14
  437:2,4,9 451:10
  483:13,14
**routes** 431:24
  432:2 437:1
**routinely** 362:23
  363:6 373:18
**rpr** 334:23
**rubber** 371:20
  437:7 483:11,20
  483:20,23 484:15
  484:18,22,22
  485:19 488:25
  489:9,10,12

  491:23 500:8
  516:17,17
**rule** 343:18 401:2
**ruled** 545:16
**ruling** 543:16
**run** 543:10 544:4

### s

**s** 336:1 337:1
  338:1 339:1 340:1
  340:6 341:1 342:1
  345:2 529:1
**safe** 357:4,7,9
  358:3,13 373:15
  375:22 379:16
  383:19 527:23
**safety** 375:3,10,21
  377:15 381:21
  428:24 429:5,8
**salted** 525:3
**sandra** 334:23
  335:9 551:4,20
**satisfactorily**
  428:9
**satisfactory** 551:9
**saturated** 439:10
**saw** 397:6 398:12
**saying** 358:13
  386:16 441:7
  447:15 455:20
  457:24 458:7
  461:13 463:23
  464:12 479:17
**says** 346:19
  364:21 374:13,15
  378:11 379:17
  382:20 392:22
  409:19 421:16
  424:17 451:8
  452:14 454:22
  463:4 474:15
  490:23 530:17

  538:23
**scaling** 344:15
  449:3
**sccs** 343:12 375:2
  375:9 377:8
  382:17
**science** 347:25
  349:6,11 362:19
  380:1 391:4
  393:17 394:21
  411:14,22 429:11
  438:3 455:3
  458:10 459:11
  461:17,22 464:3
**sciences** 405:16
**scientific** 344:13
  358:19 369:22
  375:2,10,20
  376:22 377:15
  379:14 381:21
  436:7,11 446:6
  527:13
**scientist** 461:24
  470:19 510:20
  515:17 520:24
  532:20
**scientists** 386:11
  395:21 412:2
  505:15 510:17
  535:19
**scope** 439:20
**score** 489:23 490:3
  492:11
**scores** 490:20
**screen** 526:8
  538:13
**screening** 352:3
**seat** 482:5
**seats** 482:6
**second** 352:22
  375:7 376:25

  380:12 384:17
  392:8 400:11,23
  402:19 403:19
  406:2 450:6
  470:16 486:9
  490:13
**secondary** 343:13
  377:9 381:22
**section** 362:6
  406:21 446:21
  465:24 473:23
  476:22
**see** 373:21 374:3
  374:19,22 375:1
  375:14 376:1
  377:23 378:4,6,8
  378:13 381:6
  382:22 384:18
  385:7 386:6
  387:13,22 389:5
  389:21 392:17
  394:17 396:21
  402:20 404:13
  406:2,21 410:4
  413:4,23 414:2
  420:3,15,20 424:4
  427:21 467:16,18
  470:3,18 471:4,7
  473:20,23 474:3,7
  474:11,24 475:15
  475:18 477:16
  482:2,3 485:14
  490:16 491:14,15
  499:19 513:25,25
  524:17 525:4,9
  529:9,19 530:20
  530:22,23,25
  531:1,4 549:18
**seeing** 447:4
**seen** 372:14,22
  377:3 403:14

CONFIDENTIAL

**[seen - small]**                                                                            Page 41

| | | | |
|---|---|---|---|
| 429:20 503:14 | **shorthand** 335:9 | **similar** 349:19 | 392:4,17 396:11 |
| 513:1 514:2,13 | **show** 362:15,15 | 350:20 387:3 | 400:6,9,21 401:16 |
| 520:15 543:20 | 366:22 367:1 | 422:15 431:6 | 401:18,23 402:6 |
| **sentence** 384:18 | 370:24 397:7 | 448:10 476:12,18 | 404:4 405:7,14,18 |
| 386:22 388:24 | 399:2 422:14 | 477:24 478:5,6,9 | 406:14,19 410:4 |
| 407:6,8 424:17 | 460:16 461:7,14 | 478:22 479:1,25 | 411:1 412:17 |
| 428:12,13,20 | 462:13 464:16 | 492:18 499:15 | 421:23 424:4 |
| 461:5,12,16 | 537:16 549:7 | 504:13,16,18 | 426:6 427:15,21 |
| 462:11 470:19 | **showed** 349:13,19 | 505:7,25 515:8,10 | 429:2 430:11 |
| 471:8 472:10,13 | 397:15 411:19 | **similarities** 419:2 | 435:16 436:19,22 |
| 472:15 473:12,25 | 414:23 417:3 | **simple** 398:1 | 437:5,10 441:25 |
| 474:11,24 475:5 | 444:15 445:3 | 487:3 500:3,12 | 446:8 449:23 |
| 475:15,18 476:10 | 455:25 458:22 | 506:2 513:13 | 450:23,23 451:18 |
| 477:4 478:4,5 | 497:10 508:12 | 514:3 | 452:13 468:2 |
| **sentences** 473:7 | **showing** 418:24 | **simply** 454:8 | 470:25 471:4 |
| 476:17 477:9,16 | 461:23 493:22 | 456:7 463:21 | 473:10 475:15 |
| **sentry** 338:5 | **shown** 347:18 | 477:15,17 478:24 | 477:2 479:15 |
| **september** 334:14 | 360:1 523:25 | 540:20 | 481:22 496:10 |
| 335:1 345:5 551:8 | 542:24 543:4,6 | **single** 351:13,15 | 499:5 502:15 |
| 551:16 552:4 | **shows** 358:19 | 351:19 352:2,8,13 | 509:25 |
| 553:4 | 414:13 428:14 | 352:20,21 355:16 | **sit** 542:19 548:4 |
| **sequential** 526:3 | 459:16 | 357:22,23 389:19 | **sites** 391:9 |
| **series** 349:13 | **sic** 436:16 461:15 | 389:24 394:25 | **sitting** 531:14 |
| 453:10 454:9 | 498:14 504:6 | 420:8,16 424:9 | **situation** 395:17 |
| 461:15 | 538:7 | 425:8 428:1 | 408:17 545:24 |
| **set** 350:23 383:24 | **side** 542:11 544:15 | 495:16,21 496:13 | **six** 349:13 363:1 |
| 405:7 430:21 | 545:25 | 525:12 536:3,18 | 364:6 367:1 371:3 |
| 438:4 480:8 | **sided** 450:10 | 537:2 | 380:17 431:23 |
| 501:22 516:11 | **sigmoidal** 415:11 | **sir** 345:17 346:12 | 435:9 |
| 548:21 | **signal** 351:10 | 351:13,17,21 | **size** 456:7 |
| **seven** 349:13 | **signature** 551:19 | 352:25 353:2 | **skilled** 532:20 |
| 386:25 404:9 | 552:1 | 355:5,15 357:9 | **sleeping** 468:3 |
| 517:22 | **significance** | 369:5,17 372:11 | 469:1 |
| **shah** 341:13 | 344:13 347:5 | 372:18,22 373:21 | **slices** 346:20 348:8 |
| **shaking** 446:25 | 436:8,12,25 | 375:7,17 377:20 | **slid** 377:12 |
| 447:3 | **significant** 362:16 | 378:6,17 379:6,8 | **small** 396:22 |
| **sheet** 553:1 | 367:3 385:3 389:2 | 379:18 381:14 | 417:13 442:5 |
| **short** 343:10 372:3 | 517:13,23 518:2,3 | 382:9,23 383:2 | 443:7 451:21 |
| 372:8 535:6,21 | **signing** 551:12 | 384:13 385:7,13 | 515:18 516:8 |
| 536:4,19 537:8 | **signs** 467:16 | 386:23 388:16,21 | 518:9 |
| 543:18 | | 389:5,21 390:4 | |

**smaller** 461:6,14
462:12 464:16
**smoke** 475:2
**smoked** 525:3
**smoker** 529:23
534:16
**smoking** 485:25
487:22,24 535:1
**snakes** 419:19
**snodin** 372:7
379:9
**snowdin** 377:16
377:20
**solco** 339:17
**solely** 462:24
**solved** 428:8
**somatic** 428:2
**somebody** 363:9
**somewhat** 532:6
**song** 440:11
**soon** 428:23
**sorry** 350:10
373:12 375:5,7
386:18 402:15
404:23 405:25
426:19 431:12
432:1 450:11
455:13 465:18
475:5 495:7,20
514:7 520:2
525:22 530:7,12
547:25
**sort** 523:16 527:6
**source** 525:12
**sources** 344:20
497:18 529:4
**south** 336:20
**speak** 447:14
542:22 543:14,21
544:7 545:5 547:6
549:2

**speaking** 346:21
346:24 544:11
**speaks** 544:3
**specie** 459:15
**species** 351:23
352:9 391:8 419:5
419:7,15,17
433:10 447:21
451:21,22 452:8
456:6 459:9 461:6
461:8,14 462:1,13
462:15 464:16,17
**specific** 386:8
479:20 480:21
481:2 494:1,3
495:25 496:7
498:11 499:20
500:13 503:2
509:14,14 510:2
511:13,13,14
522:11 531:24
**specifically** 368:2
372:20 480:14
513:5 531:24
**spectra** 343:15
384:3,9
**speculating**
502:20
**spend** 367:5
**spent** 505:9
**spite** 452:14 460:3
460:4
**spontaneous**
416:24 417:14,21
**spread** 390:1
**ss** 452:20 551:2
**stable** 445:20
**standard** 394:25
**start** 351:2 352:4,5
367:19 394:25
413:5,17 422:24

431:12 438:8,13
457:25 465:18
473:20 505:21
**started** 478:13
506:4
**starting** 460:2
**starts** 423:8
**state** 337:20
552:18
**stated** 354:4
395:12 483:17
541:25 542:12
548:5
**statement** 353:23
396:8 406:2
407:22 409:19
421:18 423:19
428:10 429:1
450:20 451:25
452:10,24 454:25
460:11 473:14
510:15 522:8,13
538:4 548:9
**statements** 407:19
450:1
**states** 334:1 347:3
361:23 383:17
389:14 392:8
409:21 413:1
427:16 428:21
437:2 451:20
452:3 460:2
462:23
**stating** 395:15
**statistical** 424:12
440:12
**step** 348:22 393:6
428:3
**stephen** 336:4
532:1

**steps** 391:18 466:6
**steve** 465:17
**steven** 336:10
**stick** 503:1,2
**sticking** 479:10
**stimulate** 359:8
476:12,15 478:18
505:17 524:1,2
**stimulated** 417:17
**stimulates** 359:1,5
359:6
**stimulating**
476:21,23
**stomach** 443:7,16
443:25 444:3,6,9
**stop** 399:10,11
400:11 405:25
446:25 467:2
538:15
**stoy** 339:6
**straightforward**
506:3 543:12
**street** 336:5,20
337:5,13,20
338:13 339:21
340:6,15 341:6
**strength** 519:9
**strengths** 519:17
**stress** 359:1
390:12 391:20
505:18 523:24
**stressed** 391:13
393:7
**strictly** 459:23
460:15,21 488:24
**strike** 350:20
434:25 440:22
497:6 519:20
537:3
**studied** 388:18
448:6 467:17

[studied - systemically]                                                                Page 43

480:5,22 527:9
534:1
**studies** 344:11,14
347:17 349:7
351:9 359:25
360:1,3,3,5,20
361:6,8 362:8,12
362:14,15 366:20
367:1 370:22,23
370:24 371:1,5,19
371:22 378:2
380:7 393:15,23
394:23 395:4,8
396:16,21 397:6
397:17,25 399:1
406:25 410:7
412:13,16 419:24
420:1 422:17
427:6,25 431:18
432:9,15,16 433:6
434:18 435:21
436:1,9,13 437:1,7
437:18,18 439:21
440:5,10,12,14
449:11 451:1
453:18,22 454:15
456:21 459:17,19
467:25 480:14,22
480:25,25 481:4,4
481:8 504:17,22
506:13,15,21
507:7 528:15,20
528:21 531:19
537:3,14,19
**study** 352:17,21
355:16 360:21
363:10,10 366:22
366:22 371:6,19
384:21 385:9
387:9,19 388:12
389:11,18 390:14

394:7,9,12 397:1
398:24 399:4
401:20 407:2
409:18,21 411:3
411:10,11,15,16
411:17,19 412:6
414:16 415:2,17
416:14 417:2,23
418:17 419:15
433:15,24 436:2
436:10 437:24
438:14 446:7
448:1 449:7,12
453:13,19 454:10
455:25 457:13,14
458:2,15 459:1
482:24 483:5,10
483:18 484:11,20
484:21 485:16,23
486:5,25 487:20
488:5 489:3,18
496:5 499:11
500:9 506:17
512:24 515:4
516:19 518:4
519:7,10,16,23
523:5 528:22
531:22 534:2
535:5 536:23
537:16
**studying** 386:13
389:9,12 480:7
**subclinical** 466:4
**subcommittee**
379:15
**subcutaneous**
432:4
**subject** 439:6
448:3 484:10
515:22

**subjected** 358:6
**subscript** 452:17
452:22 463:1
**subsequent** 350:23
428:4
**substance** 373:16
**substrain** 352:11
**substrains** 352:10
352:11 504:24,25
**successful** 439:12
442:11
**successfully**
440:20,24 441:18
442:21 446:10,16
**sufficient** 365:18
**suffolk** 551:2
**suggest** 486:9
501:8 503:19
514:20 515:4
525:6 528:16
535:6
**suggesting** 392:20
396:9 408:3
503:14 510:6
**suggestion** 396:2
**suggests** 392:8
434:24 482:4
503:13 535:20
**suite** 334:17 336:5
336:12 338:5,13
339:21 341:6
**support** 482:24
483:5 535:20
536:4,19
**supporting** 461:13
**supports** 366:15
392:21 396:10
398:7
**supposed** 434:15
**suppresses** 359:2
359:3

**sure** 365:10 373:2
373:5 386:16
446:4 468:8
473:24 495:21
510:16 521:15
532:19 538:2
**surface** 355:24
356:9
**surprised** 531:23
**surprising** 478:4
**survey** 523:16
524:12
**suspected** 450:18
**suspended** 550:1
**suzuki** 388:25
**swallowed** 431:20
435:5
**swallowing** 443:23
**swimming** 418:17
**swine** 419:19
432:18 433:8
439:23 448:18
449:21 453:4,12
454:10,15 455:2
455:23 457:4,8
458:4 464:1
**swines** 456:21
**sworn** 345:7
**synthesis** 394:22
**system** 359:3
434:19 445:10
**systematic** 384:21
395:23
**systemic** 384:20
432:10,23 433:16
433:16,25 441:7
441:10,13 447:22
447:23 463:5
**systemically** 433:5
443:5 445:14
448:8,20 453:24

CONFIDENTIAL

463:8

**t**

**t** 532:2
**table** 377:23,23,25
378:5,6 381:4
402:4,5,9 404:4
413:8 490:14
**tables** 378:4
**tablet** 357:1 361:4
361:5 365:25
366:4 370:19
431:15,15 434:21
443:6,13,16,24
444:5 502:12
512:2
**tablets** 360:14
366:16,24 370:8
370:14 371:2
408:16 409:2
418:21 431:2,10
431:20 435:4,13
438:10,17 493:15
496:22,22 497:17
498:8,13,16
507:17 519:3
**take** 361:19 373:3
379:2 399:12
451:23 458:3
464:22 465:5
466:5 481:25
494:24 497:3
501:2 530:23,24
531:2 538:12,14
540:9 545:25
**taken** 378:3
399:21 442:3
443:7 465:9
482:10 495:4,9
520:6 540:14,18
551:9,14

**takes** 512:21
**talk** 407:4 409:11
432:21 447:23
448:24 476:5
489:14 515:17
538:6
**talked** 356:2
425:17 429:22
488:24 502:18
503:12 532:13
534:4,8
**talking** 351:23
371:23 392:3
396:6 400:7,11
425:5 442:12
445:18 446:8
453:17 454:6
459:7 467:4 473:5
473:6 475:9
476:24 477:2,3
479:21 491:10
499:18 501:25
507:19 520:20
521:3 530:9 533:9
**talks** 489:7
**tampa** 367:8
**target** 396:14
424:8 450:14
**tasked** 509:23
**taurig** 335:7
**td** 358:9 367:21
368:10,21 369:5,7
369:14,16,21,23
369:24 370:2,10
370:12 373:25
376:8 377:5 381:4
382:1,6,9,10,17,23
383:4,11,12,17
429:21
**team** 532:18

**tell** 352:19 354:12
365:6 418:15
431:18 441:24
507:11 521:25
**telling** 521:16
**tells** 448:19 487:3
513:22
**ten** 368:19
**tend** 461:14
462:13 464:16
**tended** 461:6
**tenfold** 457:11
**tens** 499:23 502:3
**term** 388:5 468:24
535:6,21 536:4,19
537:8
**terms** 392:15
509:8 526:21
**terracini** 347:22
347:22 386:6
393:22 398:16
399:1,4
**terrible** 414:1
**terrorists** 421:17
**test** 459:5 480:15
511:4,19,21
**tested** 363:6
418:25 419:6
504:5
**testified** 532:24
**testimony** 369:4
477:6,17 552:11
**testing** 493:18
497:9 500:17
503:14,21 507:21
507:25 508:11,20
510:6 534:5
**teva** 336:2
**teve** 340:11
**thank** 345:25
384:1 388:23

400:22 404:25
406:11 420:13
421:8 422:7
430:21 449:23
480:8 481:22
499:9 524:7 529:8
544:8
**thanks** 540:11
**theory** 351:13,18
352:15 358:14,17
365:6 447:7
**therapy** 357:23
**thereto** 551:15
**thing** 425:20,21
518:18 547:20
548:24
**things** 501:8
510:24 511:3
521:8
**think** 346:9
353:14 354:17
365:17 369:11
370:16,17 416:18
448:24 460:16
462:11 463:25
466:15 470:1
481:3,24 486:7
490:7,12 494:6
496:6 498:22
499:8 501:2
503:19 506:4
509:24 510:16
524:8 525:15,22
528:14 536:1
538:1 539:5 540:3
540:5 542:22
543:13,14,17
544:2,14 545:23
546:1,2,11,18,18
547:14,20 548:12
548:18,23

CONFIDENTIAL

**[thinking - true]**                                                        Page 45

**thinking** 425:9
**third** 373:9 406:17
  450:9,11 453:11
  454:8,17 497:21
**thornburg** 340:4
**thought** 412:10
  421:22 487:23
  489:4 527:3 548:6
**thousand** 416:6,6
  430:3 531:8
**thousands** 356:24
  372:17
**three** 340:14
  368:18 403:20,22
  432:16 449:14,16
  462:1 464:11
  504:21 508:9
  517:24 530:17,19
  545:12
**threefold** 385:6
**threshold** 344:9
  357:5 361:20
  385:16,21 386:3,4
  386:10 387:10,19
  388:4,11,11 390:7
  390:15,16 393:1
  393:22 394:3,17
  395:13 396:9,10
  396:22 397:20
  398:8 401:23
  413:10 416:9
  420:15,20 421:4,5
  421:12,20 422:3
  422:19 423:3,9,13
  424:1,13,14,18,19
  424:23
**thresholds** 423:17
  427:19
**thyroid** 467:15
**tight** 455:8 461:19

**time** 343:19 345:5
  347:13 348:2
  356:24 361:7
  367:5,15 371:25
  384:22 399:19,22
  401:9 447:4,4
  465:7,10 470:10
  475:9 479:3 482:8
  482:11 489:15
  497:21 505:1
  508:9 512:12
  538:17,20,22,24
  540:3,12,15,21
  541:13,24 542:8
  542:23 543:17
  544:12,16,18,22
  548:19,21 549:9
  549:24
**times** 360:12,15
  365:17 378:16
  430:13 462:10
  492:19 500:24
  504:21 509:25
**tiny** 418:1
**tissue** 348:10,11
  349:1,1 395:6,6,7
  425:16
**tissues** 349:19
  395:25 444:18
  445:4 468:1
**titled** 405:20
  525:15
**to.08** 525:8
**tobacco** 530:1
**today** 400:5
  425:13 500:25
  531:14
**today's** 345:4
**told** 418:11 482:23
  483:4 500:14
  502:15 506:23,24

**508:9 510:17**
  515:16 516:25
  528:1
**top** 376:3 392:7
  406:18 436:23
**topics** 477:18
**torrent** 511:11
**total** 344:18 349:3
  454:5 489:23
  490:2,19,24
  491:21 492:11
  499:11 514:17,24
  516:18,21 525:16
  526:5 531:17,20
  531:25 533:16,17
  534:3 536:11,12
  538:21,23
**totality** 380:5,11
  453:23
**totally** 497:18
**toxic** 452:8
**toxicity** 384:22
  387:2,24 392:9
  458:15
**toxicological**
  405:15 423:12
**toxicology** 364:13
  364:14 436:16
**tract** 442:4
**trade** 341:6 482:6
**transcribed** 551:9
**transcript** 543:13
  543:19 546:1
  551:11 552:8,11
**transgenic** 343:16
  384:3,10
**translate** 487:4
  534:11
**translates** 486:13
  486:21 534:18

**translating** 432:21
**transmittance**
  428:4
**traurig** 334:16
  336:3 551:8
**treated** 347:9
  384:4,10 415:19
  415:24 417:7,18
  418:13,18 494:24
**treating** 442:17
**treatment** 384:24
  387:4 402:16,21
  402:22 404:1,7,19
**treatments** 386:25
**treats** 442:21
**treeated** 343:16
**trend** 517:23
**trials** 363:8
**tried** 461:16
**trigger** 391:17,18
  469:10
**trischler** 339:5
  343:4 482:14,17
  493:6 497:5,7
  501:20 502:14,22
  503:11 508:18
  510:11 511:8
  513:8,21 515:21
  516:3 518:17
  519:19,21 520:8
  520:21 526:1
  528:12,24 529:6
  529:10 530:16
  531:6 533:7
  535:14 537:25
  538:12,16 539:1,6
  539:21 540:11
  542:3 544:8,9
**trouble** 400:1,25
**true** 404:21
  472:25 483:11,12

CONFIDENTIAL

[true - valsartan]                                                                                    Page 46

484:18 486:14
487:10 494:21
511:25 526:14,15
538:4,5 551:11
552:10
**trust** 427:13
**try** 365:15 456:11
459:6 477:13
485:14 494:7
523:10 537:4
**trying** 455:20
466:5,24 485:3
489:16,16
**tumor** 343:20
359:8 371:15
374:21 386:6
387:21 394:18
401:10 414:5,25
415:20 444:14
465:14,22 466:3,4
466:8,10,11,15,16
466:17 467:6,7,7
467:21,22 469:5
469:13 472:3,5
476:13,19,20
479:22,22 480:3
524:1
**tumors** 347:9
371:14 403:1,3,8
403:14,16,20
404:1,8,14,20
413:15 414:3,13
415:19 416:20
420:12,24 424:25
466:23 467:5,18
467:25 469:9
**turn** 405:24
410:25 469:17
470:8,13,14 471:6
473:16 474:19
546:16

**turning** 392:6
406:16
**tv** 482:2
**two** 349:3 397:22
401:6,16,17
449:11 477:8
509:25 517:25
544:3 545:12
546:25 547:1
**type** 377:1 378:20
380:14 382:4
407:15 436:3
452:4 458:15
**types** 363:1 371:10
371:14,15 416:22
423:11 436:4
437:19 438:2
440:14 441:15
444:14 468:1
494:4 535:13

## u

**u** 529:1
**u.s.** 339:18 364:13
376:4 380:17
**ubiquitous** 520:17
520:25 521:6,18
521:19 522:2
**ultimate** 452:7
**ultimately** 463:1
**underestimated** 519:12
**underlining** 346:4
346:11
**undersigned** 552:6
**understand** 347:10 365:10
367:18 369:11
377:18 386:20
407:13 409:14
424:21 453:14
466:25 484:8

487:15 489:17
496:8 509:5,23
513:9 521:15
533:19 545:20,22
**understanding** 347:11,12 369:10
388:15 488:5,11
497:19 498:6,12
501:24 502:7
509:16
**understood** 424:16
**undertook** 529:12
**unethical** 363:9
448:3
**uniformly** 452:17
460:6 462:5
**unique** 545:7,10
**united** 334:1
361:22
**unnecessary** 544:4
**unquote** 466:9
**unreasonable** 546:14
**untimely** 548:20
**untreated** 403:16
404:3
**unusual** 394:12
**use** 350:9,11 356:8
362:19,24 364:3
377:5 382:4,6,9,10
387:21 388:3
393:25 394:21
395:3,5,6 397:8,8
397:9,16,17,25
429:15,20 438:3
451:20 453:8,8
458:11 470:10
472:2,8 505:16,16
505:19,24 519:14
523:21,23,24

524:2,4
**uses** 369:7,25
370:10 397:19
454:9
**usually** 491:19
530:1

## v

**v** 452:16
**validate** 509:7
510:3 527:11
**valsartan** 334:4
343:11 357:1
359:21 361:4,5,13
361:21 365:7,13
365:25 366:4,10
366:16,23,25
370:8,13,19 371:2
371:24,25 372:4,9
408:16 409:2
418:21 430:5
431:2,10 435:19
438:10,16 442:16
442:24 443:6,13
443:16,24 471:14
471:22 472:13,19
472:22 473:9,17
474:7,20,21 475:4
476:6,20 477:21
478:11,25 479:14
480:21 481:2,14
481:18 493:15,21
495:19,24 496:15
497:13,24,25
498:7,16 500:1,20
501:14 502:10,12
503:5 507:17
509:3,15 511:2
512:6,11,22
513:23 514:11
518:22 520:13
534:17 551:7

CONFIDENTIAL

**[valsartan - writing]**                                    Page 47

552:3 553:3
**value** 344:13
  436:7,11,24
  455:11,14,15
**values** 409:25
**vanaskie** 542:10
  544:14 545:6
  546:3
**variability** 455:22
**various** 402:11
**vaughn** 342:11
**vegetable** 344:7
  405:11,22
**vegetables** 373:20
**verbiage** 473:6
**versus** 365:7,24
  415:11 517:24
  518:2,3
**vessels** 359:7
  385:25
**video** 447:3
**videographer**
  342:2 345:3
  399:19,22 465:7
  465:10 482:8,11
  538:23 540:12,15
  549:24
**videotaped** 334:12
  335:5 551:6
**violation** 538:19
**virtually** 348:19
  349:22 356:4
  364:6 373:15
  375:22 378:23
  383:19
**vitro** 407:22
**volatile** 344:19
  525:17 526:5
**volders** 423:2
  425:6

**vss** 460:6

**w**

**w** 338:13
**waking** 469:7
**walk** 412:23
  543:18
**wall** 337:5
**wallack** 341:12
**walsh** 340:12
  342:10
**walsh.law** 340:18
**want** 346:16 353:6
  353:8,18 354:12
  354:20 377:11
  379:11 394:17
  399:9,15 400:17
  400:24 411:16
  431:5 447:6
  448:24 469:25
  498:3 515:1 538:1
  538:6,18 539:8,9
  540:23 544:7
  547:2,6 549:4,5
**wanted** 467:1
  510:23,25 549:11
**wants** 546:17
**washington** 336:6
**watched** 367:8
**water** 344:17
  373:20 384:25
  418:18 521:2,21
  525:16 526:4,23
  527:18 528:3
**way** 350:16 361:11
  394:20 395:23
  404:7 407:7,12
  408:1,6 411:2
  418:19 433:4
  440:23 460:25
  461:1 493:7 499:2
  501:25 530:18

545:14 547:4
**ways** 391:8 435:9
**we've** 399:7
  429:22 446:9
  463:25 475:22
  483:9 499:18
  533:9 544:21
**website** 367:25
  368:1,7
**weeks** 417:6,8
  492:7,7,19
**weight** 352:24
  355:25 356:8
  378:12 420:9
  452:15,18 455:10
  456:12,13 459:20
  459:21 460:5,7
  462:6 463:22
  464:7
**weighted** 468:11
  468:13,14,15
**welcome** 469:24
**went** 362:11
  412:15 489:22
  496:1 502:8
  505:12 513:5
  518:1 528:20
  532:9
**werner** 338:3
**west** 341:6
**whichever** 470:11
**whiteley** 337:11
**wide** 454:22
  463:17 464:12
**wise** 538:18
**withdraw** 354:21
  409:10 474:16
**withdrawn** 410:24
  445:24 463:15
**witness** 336:17
  345:7 350:12

362:1 364:12
373:6 380:24
432:3 447:15
455:15,17 481:22
529:7,9 531:3
542:19,25 543:10
546:4,7,11 548:6
548:22 551:9,12
**witness's** 548:23
**witnesses** 540:22
  541:17
**wlaw.com** 338:8
**word** 468:3,25
  530:24 531:2
**worded** 461:1,1
**words** 477:8 540:3
**work** 492:7,7,20
  494:10 495:3,9
  504:2 506:8
  523:15 524:11
  531:15 532:4,8,15
**worked** 544:16
**workers** 371:20
  437:8 483:11,15
  483:24 485:10
  486:10,16,24
  487:5 489:3,17
  490:20,25 491:23
  499:10,22 500:8
  513:2,16 514:2
  517:3,7
**workshop** 532:12
  532:16
**world** 362:24
  415:5 437:13
  448:13 455:9
  458:25 520:22
  523:21 524:6
**write** 348:1
**writing** 346:10
  477:24 478:10

CONFIDENTIAL

**[writing - zoom]**                                                    Page 48

| | |
|---|---|
| 480:1 | 357:3,18 358:21 |
| **written** 347:13 | 359:23 362:23 |
| 478:1,2 521:5,8 | 363:4 367:6 |
| **wrong** 353:4,21 | 369:15 391:19 |
| **wrote** 347:15 | 395:19 400:4,8 |
| 496:20 503:25 | 406:13 425:11 |
| 507:17 517:5 | 510:15 532:10 |

**y**

**yeah** 349:6 352:23
365:4 372:23
377:1 379:12
383:8 399:17
400:15 404:5
408:8 441:13
444:7 449:19
450:10,11,22
453:4 455:1
468:17 492:17,18
495:25 508:8
513:11,11 519:1
520:24 521:2
528:9
**year** 397:22
401:17 410:16,21
437:25 492:19
500:10 512:6,22
513:24 517:19
**yearly** 502:4 517:9
**years** 357:6
358:18 359:11
379:23 380:9
393:20 410:17
418:23 425:9
427:2 428:14
450:21 480:6,7
499:23,23,23
**yep** 407:10 473:18
474:5,22 529:9
**yesterday** 345:12
345:21 346:14,21
351:24 355:22

**york** 337:6

**z**

**zeilmaker** 411:3
412:6,7 421:24
**zero** 417:10
**zhejiang** 339:15
506:18,20 536:24
**zhp** 361:12 496:19
509:19 511:11
**zhp007991345**
496:20
**zmick** 338:12
**zoom** 336:11
337:12,19 338:4
338:12 339:5,6,7,8
339:20 340:5,13
341:5,13 342:3
465:16

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.