# EXHIBIT C

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
 2            CAMDEN VICINAGE
                         - - -
 3
     IN RE:  VALSARTAN,       :MDL NO. 2875
 4   LOSARTAN, AND IRBESARTAN :
     PRODUCTS LIABILITY       :CIVIL NO.
 5   LITIGATION               :19-2875 (RBK/JS)
                              :
 6   THIS DOCUMENT APPLIES    :HON. ROBERT
     TO ALL CASES             : B. KUGLER
 7
                   - CONFIDENTIAL INFORMATION -
 8                 SUBJECT TO PROTECTIVE ORDER
 9                         - - -
10                    SEPTEMBER 29, 2021
11                         - - -
12
13            Videotaped remote deposition of
14       LEWIS A. CHODOSH, M.D., Ph.D., taken
15       pursuant to notice, was held at GREENBERG
16       TRAURIG, LLP, 1717 Arch Street, Suite 400,
17       Philadelphia, Pennsylvania, via Zoom
18       Videoconference, beginning at 9:24 A.M.
19       (EST), on the above date, before Margaret
20       M. Reihl, RPR, CRR, CCR-NJ.
21                         - - -
22
23             GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
24                   deps@golkow.com
```

Page 350

1 when you have a nongenotoxic chemical versus a
2 genotoxic chemical?
3      A.   So you're talking about regulatory
4 issues for calculating safe doses, which is not my
5 domain, other than to say for genotoxic
6 carcinogens the FDA guidance on their -- with a
7 safety mandate is to use linear low dose
8 extrapolation, which assumes effectively that one
9 molecule of an agent will increase the risk of
10 cancer, whereas, to my recollection, nongenotoxic
11 carcinogens are considered to have thresholds and,
12 of course, the suitability from a biological
13 perspective of the assumption by FDA, essentially
14 that linear low dose extrapolation is biologically
15 accurate at the exceedingly low doses that are at
16 issue in this litigation, I think most scientists,
17 cancer biologists would say that that is -- those
18 are overly conservative assumptions which are
19 appropriate for a safety mandate of the FDA, but
20 from the biological perspective of causation, they
21 do not make biological sense.
22      Q.   How many molecules of NDMA are in 1
23 nanogram?
24      A.   I believe it's going to be

Page 351

1 somewhere in the vicinity of 7 trillion.
2      Q.   In 1 nanogram of NDMA?
3      A.   That's correct.
4      Q.   So in --
5      A.   And I'm doing this at whatever time
6 this is at night, sitting here in this deposition.
7 I believe it's somewhere in the range of
8 7 trillion molecules for a nanogram, maybe a
9 little bit more than that.
10     Q.   So in 96 nanograms that would be 96
11 times 7 trillion molecules, correct?
12     A.   Going to be 700, 750 trillion
13 molecules, which if you needed a common sense
14 demonstration that the notion that one molecule is
15 biologically meaningful when 700 trillion
16 molecules is considered to be safe by the FDA with
17 a safety mandate QED, clearly, that one molecule
18 is not biologically meaningful, just one of the
19 many reasons why one molecule cannot reasonably be
20 considered to increase risk of cancer.
21     Q.   The highest level of NDMA that's
22 noted by the FDA in their laboratory analysis of
23 valsartan products is 20.19 micrograms, correct?
24     A.   That's correct.

Page 352

1      Q.   How many molecules of NDMA would be
2 in 20.19 micrograms?
3      A.   I can't sit here and do the math
4 but what I can tell you is that whatever that
5 number is, the number of molecules that our body
6 produces every day is a thousand times higher than
7 that.
8      Q.   That's not the question I asked.
9      A.   That's the answer that I can give
10 you without a calculator in front of me.
11          MS. BOGDAN:  All right.  Let's take
12 a break.  I am done for tonight.
13          THE VIDEOGRAPHER:  Standby.  7:26
14 we are off the video record.
15          (Witness excused.)
16               - - -

Page 353

1          C E R T I F I C A T I O N
2          I, MARGARET M. REIHL, a
3 Registered Professional Reporter,
4 Certified Realtime Reporter, Certified
5 Court Reporter, Certified LiveNote
6 Reporter, do hereby certify that the
7 foregoing is a true and accurate
8 transcript of the testimony as taken
9 stenographically, by and before me,
10 remotely, via Zoom, to the best of my
11 ability, and on the date hereinbefore set
12 forth.
13         I DO FURTHER CERTIFY that I am
14 neither a relative nor employee nor
15 attorney nor counsel of any of the parties
16 to this action, and that I am neither a
17 relative nor employee of such attorney or
18 counsel, and that I am not financially
19 interested in the action.
20
21
22 ----------------------------------------------
   Margaret M. Reihl, RPR, CRR, CLR
23 CCR License #XI01497
   NCRA License #047425
24

Page 489

1    of NDMA would cause a detectable increase
2    in risk.
3        In contrast to that what we know
4    from biology is that there are DNA repair
5    systems that are designed to repair just
6    this type of DNA damage.  There's even a
7    specific system that has evolved in
8    mammals to directly repair, completely
9    repair any DNA damage that would be caused
10   by NDMA.
11       And the point is is that at these
12   very low exogenous exposure levels they're
13   so much lower than our endogenous levels
14   that the expectation would be that any DNA
15   damage would be repaired.  And let me
16   simplify it to say that if our bodies
17   are -- day in and day out are used to
18   repairing damage from endogenously
19   produced NDMA of a thousand molecules a
20   day, what even these largest theoretical
21   maximum doses are for valsartan,
22   basically, would represent one more
23   molecule.  So this is well within the
24   physiological range that we have evolved
25   to repair DNA damage of exactly this type.

Page 490

1    BY MR. INSOGNA:
2        Q.    And just so we have a very simple
3    explanation of this for the record, when you refer
4    to endogenously produced NDMA, what does that
5    mean?
6        A.    What I mean is that if we look at
7    the metabolism of our cells and tissues, in the
8    absence of any exposures to NDMA in the outside
9    world, our bodies produce chemicals like NDMA and
10   NDEA.  We know that they are present even in
11   individuals where we do not think that they've
12   been exposed.  You see them in animals, you see
13   them in human beings.  So that's what I mean by
14   endogenously produced.
15       Q.    And so if the assumption from
16   linear low dose extrapolation that there is no
17   threshold, that there is no DNA repair mechanism,
18   if that assumption were accurate what would the
19   assumption be?
20       A.    If there was no DNA repair --
21           MS. BOGDAN:  Objection to form.
22           THE WITNESS:  If there was no DNA
23       repair, given the very high levels or the
24       levels of endogenous NDMA that our bodies
25       are producing all the time, most of us, if

Page 491

1    not all of us, would have liver cancer.
2        And I guess the best way to explain
3    the threshold is to say if I damage a
4    nucleotide in DNA and then I repair it, it
5    has no effect, that cannot lead to a
6    mutation.  So as long as the DNA damage
7    occurs within a range that can be
8    repaired, there will be no damage.  So it
9    will not be until one rises above that
10   threshold of DNA repair where you would
11   begin to have a significant potential of
12   mutations and because our bodies evolve to
13   deal with the levels that we have, our DNA
14   repair systems evolved to accommodate the
15   endogenous levels of NDMA and other
16   nitrosamines that we all produce in our
17   bodies every day.
18   BY MR. INSOGNA:
19       Q.    Okay.  You can put aside that
20   document.
21           Counsel asked you some questions
22   today about the key characteristics of cancer and
23   I believe you testified that you considered those
24   characteristics in forming your opinions in this
25   case; is that right?

Page 492

1        A.    That's correct.
2        Q.    Okay.  How, if at all, do those
3    characteristics fit with the opinions that you've
4    offered?
5        A.    Well, those particular key
6    characteristics are things that I consider but
7    they are descriptions of just some of the
8    properties and information that one would consider
9    in making an assessment of carcinogenicity.
10           I mean, for instance, that list
11   doesn't even have studies of carcinogenicity on
12   them and there are multiple, quote, key
13   characteristics that were listed in that list for
14   which my opinion is NDMA and NDEA don't fulfill
15   those, but this is just sort of one slice of the
16   pie of things that one would consider in reaching
17   an opinion or a conclusion about carcinogenicity
18   of a compound.
19       Q.    Shifting gears a little bit,
20   counsel showed you a number of dietary studies
21   today and I believe you agreed that some of them
22   on their face showed statistically significant
23   associations in some categories.
24           First, did you consider the dietary
25   studies in forming your opinions in this case?