# EXHIBIT D

RESTRICTED CONFIDENTIAL

Page 1

1            UNITED STATES DISTRICT COURT
                DISTRICT OF NEW JERSEY
2     - - - - - - - - - - - - - - - - - x
      IN RE: VALSARTAN, LOSARTAN, AND    :   MDL NO. 2875
3     IRBESARTAN PRODUCTS LIABILITY      :
      LITIGATION,                        :
4                                        :
      THIS DOCUMENT RELATES TO:          :
5     Duffy, et al. v. Solco Healthcare  :
      U.S., L.L.C., et al.,              :
6     Case No. 1:18-cv-15076-RBK-JS      :
      - - - - - - - - - - - - - - - - - x
7
8
9                       VOLUME II
              ***RESTRICTED CONFIDENTIAL***
10
11
12          Veritext Virtual Zoom Videotaped
13    deposition of MAHYAR ETMINAN, taken on Wednesday,
14    August 25, 2021, held in Vancouver, City of British
15    Columbia, Canada, commencing at 8:32 a.m., before
16    Jamie I. Moskowitz, a Certified Court Reporter and
17    Certified Livenote Reporter.
18
19
20
21
22
23
24
25

```
 1          the risk of cancer over time.  I don't have any
 2          specific data to, sort of, give you a specific
 3          number right now.
 4     BY MS. KAPKE:
 5          Q        You would agree with me that a person
 6     who took a single pill for -- you know, one -- one
 7     pill of valsartan that contained NDMA or NDEA would
 8     not have an increased risk of cancer, correct?
 9          A        One pill over what period?
10          Q        One day.
11          A        No.
12          Q        You don't agree or you do agree with
13     that?
14          A        I agree with you that taking one pill
15     of valsartan for one day does not increase the risk
16     of cancer.
17          Q        What about 30 days, so 30 days' worth
18     of pills?
19          A        30 days, probably not as well.
20          Q        I'm going to push it out.  How about
21     90 days?
22          A        Again, less likely.
23          Q        Another way you -- you framed the
24     question that you are evaluating was whether
25     systemic exposure to NDMA could cause cancer.
```