# EXHIBIT G

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

CAMDEN VICINAGE

- - - - - - - - - - - - - - - - - x

IN RE:

VALSARTAN, LOSARTAN,                MDL No. 2875

and IRBESARTAN PRODUCTS

LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - x

PARTICIPANTS APPEARING VIA ZOOM

VIDEO DEPOSITION of DAVID MADIGAN, PhD

Thursday, August 5, 2021 - 9:32 a.m.

Reporter:  Jill K. Ruggieri, RPR, RMR, FCRR, CRR

Page 270

1  A  I did not.
2  Q  In connection with your work in
3  this case, did you find any studies that
4  suggest a statistically significant increased
5  risk of colorectal or intestinal cancer and
6  NDEA?
7  A  I did not.
8  Q  In connection with your work in
9  this case, did you read any studies or find
10 any studies suggesting a statistically
11 significant increased risk of gastric cancer
12 and NDEA?
13 A  I did not.
14 Q  In connection with your work in
15 this case, did you find any studies
16 suggesting a statistically significant
17 increased risk of kidney cancer and NDEA?
18 A  I did not.
19 Q  In connection with your work in
20 this case, did you find any study suggesting
21 a statistically significant increased risk of
22 liver cancer and NDEA?
23 A  I did not.
24 Q  In connection with your work in
25 this case, did you find any studies

Page 271

1  suggesting a statistically significant risk
2  of lung cancer and NDEA?
3  A  I did not.
4  Q  In connection with your work in
5  this case, did you find any studies
6  suggesting a statistically significant risk
7  of -- I'm going to butcher the
8  pronunciation -- pharyngeal cancer and NDEA?
9  A  I did not.
10 Q  In connection with your work in
11 this case, did you find any studies
12 suggesting a statistically significant risk
13 of prostate cancer and NDEA?
14 A  I did not.
15 Q  In connection with your work in
16 this case, did you find any study suggesting
17 a statistically significant increased risk of
18 uterine cancer and NDEA?
19 A  I did not.
20 Q  Based on the absence of any
21 observation studies relating to NDEA and any
22 form of cancer other than pancreatic, I take
23 it that you are not able to testify to any
24 reasonable degree of scientific certainty
25 that exposure to NDA creates statistically

Page 272

1  significant risk of developing any form of
2  cancer other than pancreatic?
3  A  NDEA.  I think you said "NDA."
4  That's right.  I don't have -- I don't have
5  studies that are germane to that question so
6  I can't answer the question.
7  Q  And just NDEA is what I was asking
8  about.
9  A  You said NDA.
10 Q  Not NDA, so thank you for
11 clarifying that.
12       On page 6 of your report,
13 there it is, it's numbered paragraph 26.
14 A  Right.
15 Q  You sort of wrote in summary
16 fashion on the subject that you and I have
17 just been talking about.
18       Your paragraph 26 reads:
19 "Concerning NDEA, Zheng, et al., shows a
20 statistically significant increased risk and
21 an LCE of 2,520 micrograms," correct?
22 A  Correct.
23 Q  And "LCE" is an abbreviation for
24 "lifetime cumulative exposure."
25       Is that right?

Page 273

1  A  Right.
2  Q  And so what you write in your
3  report that you filed with the court in this
4  case -- which has been filed with the court
5  in this case is that there is a -- in your
6  opinion, a statistically significant
7  increased risk of pancreatic cancer where the
8  lifetime cumulative exposure of the NDEA is
9  greater than 2,520 micrograms?
10 A  Right.
11 Q  In doing the math, that would be
12 2,250,000 nanograms?
13 A  Two and a half million nanograms,
14 yes.
15 Q  Yes, 2,520,000 nanograms.
16       I told you at the outset I
17 represent Mylan.  I don't think you've
18 reviewed any Mylan company documents in
19 connection with your work in this case.
20       Is that true?
21 A  I believe that's true.
22 Q  In your report, I didn't see any
23 reference to any Mylan company documents.
24       Can we agree on that?
25 A  I believe that's correct.  I

69 (Pages 270 - 273)

Page 278

1         (Reporter interrupted.)
2    A   Sorry.
3    Q   I asked him. I can't even
4  remember.
5         I think what I asked you is do
6  you intend to offer that opinion, and there
7  was an objection to form, and then the
8  witness was about to give an answer.
9    A   And the answer was I don't intend
10 to, but if I was asked to, I would -- I could
11 do that.
12   Q   Do you remember what exhibit that
13 was that you looked at earlier this morning
14 with the FDA numbers?
15   A   I think the first few exhibits, you
16 took them back. Was it an early exhibit or
17 was it later?
18   Q   It was early.
19   A   I have it. Let me check. Let me
20 check I'm giving you the right thing. No,
21 sorry, it's not the FDA one. It's the
22 Torrent.
23   Q   Well, do you want to go off the
24 record for a minute while we try to find the
25 exhibit?

Page 279

1         I only have about ten more
2  minutes of questions, I think.
3         (Counsel conferred.)
4         THE VIDEOGRAPHER: Are we
5  going off the record?
6         MS. LOCKARD: No, we have it.
7  BY MR. TRISCHLER:
8    Q   So Ms. Lockhard has been kind
9  enough to provide us with a chart that we've
10 been referencing, and you can see on page 2
11 of that chart, there is some data that was
12 provided with respect to Mylan.
13        Do you see that?
14   A   I do.
15   Q   So if you wanted to do the
16 calculation, let's take, for instance, the
17 highest level for Mylan reported on that
18 chart I think is .38 parts per million,
19 correct?
20   A   In micrograms per tablet.
21   Q   Okay.
22        And --
23   A   And the level that you were asking
24 me about is -- the number in paragraph 35,
25 2520.

Page 280

1    Q   Correct.
2    A   Okay. So it would take -- at that
3  level, it would take 6600 days to get to --
4  if you're consuming .38 micrograms a day of
5  Mylan -- of NDEA, it would take you 6,631
6  days to get to 2500 -- an exposure --
7  cumulative exposure of 2520, ignoring --
8  ignoring NDEA from diet and other sources,
9  just purely from that source.
10   Q   And that's -- and that
11 2,520 micrograms is the LCE that you've
12 calculated for there to be a statistically
13 significant increase of pancreatic cancer?
14   A   That's --
15   Q   NDEA.
16   A   As the Zheng study would suggest,
17 yes.
18   Q   Okay. Thank you for that.
19        The -- and I guess just to
20 sort of wrap it up from my perspective,
21 Dr. Madigan, what I understood your testimony
22 to be is that you are not going to offer any
23 general causation opinions, correct?
24   A   Correct.
25   Q   What you are able to do and what --

Page 281

1  the work that you did in this case was to
2  perform a statistical analysis on the
3  literature that was provided to you by
4  Dr. Etminan, correct?
5    A   No.
6         MR. NIGH: Objection.
7    A   So the -- this -- I was provided
8  with a list by Dr. Etminan which was a seed
9  list, if you will, so I consider lots of
10 other potential materials.
11        As it turns out, none of them,
12 you know, the set of studies that are
13 ultimately in Table 1 are the ones in
14 Etminan, as it happens.
15   Q   So while you may have looked beyond
16 what was originally given to you in the list
17 created by Dr. Etminan, the studies that you
18 have -- that you ultimately utilize for your
19 statistical analysis are the same ones that
20 he provided to you?
21   A   They were on his -- they're studies
22 that are on the list of references in his
23 report, as it happens.
24   Q   And just to make sure my feeble
25 mind is able to understand it, what you're

Veritext Legal Solutions
800-227-8440                                                                973-410-4040