# EXHIBIT H

Confidential Information - Subject to Protective Order

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     DISTRICT OF NEW JERSEY

 3                       CAMDEN VICINAGE

 4    ------------------------------------ x

 5    IN RE: VALSARTAN, LOSARTAN, AND         MDL No. 2875

 6    IRBESARTAN PRODUCTS LIABILITY LITIGATION

 7

 8    THIS DOCUMENT RELATES TO ALL CASES

 9    ------------------------------------ x

10

11                 * CONFIDENTIAL INFORMATION *

12                 * SUBJECT TO PROTECTIVE ORDER *

13                  Thursday, September 30, 2021

14                       Volume II of II

15              VIDEOTAPED ORAL DEPOSITION OF

16                 HERMAN J. GIBB, Ph.D., M.P.H.,

17    conducted at the law offices of Greenberg Traurig,

18    LLP, 2101 L Street, NW, Washington, DC  20037,

19    commencing at 8:35 a.m. EDT, on the above-referenced

20    date.

21    Reported by:  Linda S. Kinkade, RDR CRR RMR RPR CSR

22

23                  GOLKOW LITIGATION SERVICES

24             T 877.370.3377 | F 917.591.5672

25                      deps@golkow.com
```

Confidential Information - Subject to Protective Order

---

Page 350

1  epidemiology studies and...
2      Q. So the vast majority, if not all of the
3  studies that you've been asked about in this case,
4  relate to NDMA; is that correct?
5      A. Right.
6      Q. Did you review any NDEA papers or studies
7  in performing your review of the case?
8      A. There were studies that looked at NDEA. I
9  mean, in particular, there was one by Zheng, et al.
10 that -- it was a case-control study that reported
11 there was an association between NDEA and I think it
12 was -- I believe it was pancreatic cancer. But,
13 curiously, there was no association with NDMA. But
14 based on -- but I cannot conclude that there's an
15 association with NDEA based on one study, and other
16 studies yeah, so, I mean, there's only one study. It
17 was a case-control study.
18     Q. Can you base a causal association on the
19 results of just one study?
20     A. No. I mean, absolutely not. I mean, it
21 was not -- it was -- the strength of association
22 was -- it was not -- it was a weak strength of
23 association. There's no consistency with other
24 studies so -- and, as I indicated, odds ratios -- this
25 is a limitation -- the odds ratios can exaggerate the

---

Page 351

1  relative risk, and I cite to Davies, et al. And
2  following the Davies paper, an odds ratio of 2.28,
3  which is weak anyway, would translate to a relative
4  risk of less than 1.5.
5      Q. Do you take into account the quality of the
6  study when rendering your opinions?
7      A. Oh, absolutely.
8      Q. Is a case-control study, how does that
9  compare to the cohort studies that you've cited in
10 your paper?
11     A. It's not as strong a design as the cohort
12 study in evaluating risk.
13     Q. Can you extrapolate from the NDMA studies
14 to draw a causal association between NDEA and cancer?
15         MR. NIGH: Form objection.
16     A. Can I extrapolate from the NDMA for -- for
17 NDEA?
18     Q. Right.
19     A. No, absolutely not. In fact, it was
20 curious that Zheng found or claimed an association,
21 found an odds ratio, NDEA, but not NDMA, which is sort
22 of the opposite of what you might think, so...
23     Q. What is your opinion with regard to whether
24 the epidemiology supports a causal association between
25 NDEA and cancer?

---

Page 352

1      A. There's no evidence. I mean, there is no
2  evidence of a causal association. There's just not.
3  You can't have consistency when you only have one
4  study, the strength of association is weak, the -- so
5  it just -- it's not. There's just -- there's no
6  evidence for NDEA.
7      Q. Okay. And, again, when you were asked
8  about the dietary studies, you were asked questions
9  about -- you were asked questions about some cohort
10 studies and some case-control studies.
11     A. Right.
12     Q. So what is the difference between a cohort
13 and a case-control study?
14     A. So a cohort study is where you're starting
15 with a group that -- and where you identified what the
16 exposure is and follow them forward in time. With a
17 case-control study, you start with the cases and you --
18 who have a disease, and then you go -- and controls,
19 and then you determine what their exposure is.
20     Q. Which one is better at determining a causal
21 association?
22     A. Well, I would always want to rely on cohort
23 studies to evaluate the risk. And I think the same is
24 true in determining a causal association. If I have
25 several cohort studies and some case-control studies,

---

Page 353

1  I'm going to look at the cohort studies first.
2      Q. Mr. Nigh discussed with you the Loh study.
3  Do you recall the ultimate finding of that study?
4      A. Yes, I recall that.
5      Q. Mr. Nigh referred to the finding of Loh as
6  to rectal cancer showing a 46 percent increased risk.
7  Do you recall that?
8      A. I recall the -- that was for what endpoint
9  was it? For colorectal cancer, you said?
10     Q. Rectal cancer.
11     A. Rectal cancer, right.
12     Q. Let me ask you, is increased risk the same
13 as causal association?
14     A. No, it's not.
15     Q. Can you explain that?
16     A. You can look at results of individual
17 studies, but, at the end of the day, you have to look
18 at issues such as the strength of association, how
19 strong is the association. 1.46 is not -- is a weak
20 association. You have to look at consistency with
21 other studies. You'd have to look at -- you'd want to
22 look at dose response in the studies.
23         So it's not a causal association. I mean,
24 pulling out individual studies and saying, well, this
25 showed this risk, perhaps, but in another study that's

---