# EXHIBIT I



| 调查报告 Investigation Report | 编号 No.: DC$_E$-18003 | |
|---|---|---|
| | 版本号 Version No.: 02 | 页码 Page: 36 of 236 |

表 3-11：缬沙坦 NDMA 检测数据汇总表

Table 3-11. Summary of NDMA test results of Valsartan

| 车间名称<br>Workshop | 产品代号<br>Product Code | 工艺<br>Process | 标准<br>Spec. | 检测批次<br>Batches | 结果范围 ppm<br>Range (ppm) | 平均值 ppm<br>Avg.(ppm) |
|---|---|---|---|---|---|---|
| W02 车间<br>Workshop W02 | D5191 | 氯化锌<br>$ZnCl_2$ | EDMF/USDMF | 1568 | 0.3-240.1 | 65.1 |
| W02 车间<br>Workshop W02 | D5195 | 三乙胺<br>TEA | EDMF/USDMF | 64 | 0-7.7 | 0.9 |
| 2 车间<br>Workshop 2 | C5354 | 三乙胺<br>TEA | EDMF/USDMF | 122 | 0-37.3 | 1.8 |
| 2 车间<br>Workshop 2 | C5355 | 氯化锌<br>$ZnCl_2$ | EDMF/USDMF | 1579 | 0.4-136.3 | 63.4 |
| 2 车间<br>Workshop 2 | C5356 | 三乙胺/氯化锌<br>TEA/ $ZnCl_2$ | CP | 195 | 8.7-138.9 | 65.8 |
| 4 车间<br>Workshop 4 | C5069 | 三乙胺<br>TEA | EDMF/USDMF | 338 | 0-73.9 | 5.5 |
| 12/13 车间<br>Workshop 12/13 | C5271 | 氯化锌<br>$ZnCl_2$ | USP | 987 | 0-166.7 | 70.8 |
| 13 车间<br>Workshop 13 | C5523 | 氯化锌<br>$ZnCl_2$ | CEP/USDMF | 2157 | 0-188.1 | 56.7 |

**3.1.8 其他产品基因毒性杂质 NDMA 的系统排查 Further test plan of NDMA in other products**

3.1.8.1 其他产品NDMA基因毒性杂质排查计划  Test plan of NDMA in other products

1) 公司沙坦类产品 NDMA 基毒排查已完成，见 RARC-20180824 其他沙坦类产品潜在杂质 NDMA 的风险评估报告。

   Test of NDMA in other sartans product of Huahai has been completed; refer to RARC-20180824 Quality Risk Assessment Report of NDMA in Other Sartans for details.