UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**[PROPOSED] ORDER EXCLUDING THE OPINIONS OF DIPAK PANIGRAHY, M.D.** |

## ORDER

**THIS MATTER,** having been opened to the Court by Defendants for entry of an order excluding the opinions of Plaintiffs' expert Dipak Panigrahy, M.D. and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown;

**IT IS** on this ____ day of _____, 2022

**ORDERED** as follows:

1. Defendants' Joint Motion to Exclude the Opinions of Dipak Panigrahy, M.D. is Granted in its entirety; and

2. Dipak Panigrahy, M.D. shall be barred from offering general causation opinions and testifying about general causation.

_____
Hon. Robert B. Kugler, U.S.D.J

DM1\12576338.1