# EXHIBIT B

Page 1

```
 1        UNITED STATES DISTRICT COURT
              DISTRICT OF NEW JERSEY
 2  - - - - - - - - - - - - - - - - x
     IN RE: VALSARTAN, LOSARTAN, AND   :  MDL NO. 2875
 3   IRBESARTAN PRODUCTS LIABILITY     :
     LITIGATION,                       :
 4                                     :
     THIS DOCUMENT RELATES TO:         :
 5   Duffy, et al. v. Solco Healthcare :
     U.S., L.L.C., et al.,             :
 6   Case No. 1:18-cv-15076-RBK-JS     :
    - - - - - - - - - - - - - - - - x
 7
 8
 9       ***RESTRICTED CONFIDENTIAL***
10
11
12       Veritext Virtual Zoom Videotaped
13  deposition of MAHYAR ETMINAN, Ph.D., taken on
14  Tuesday, August 24, 2021, held in Vancouver, City of
15  British Columbia, Canada, commencing at 8:00 a.m.,
16  before Jamie I. Moskowitz, a Certified Court
17  Reporter and Certified Livenote Reporter.
18
19
20
21
22
23
24
25
```

Page 2

```
 1  A P P E A R A N C E S:
      (All appearances via Zoom)
 2
 3  LEVIN PAPANTONIO RAFFERTY LAW FIRM
      BY:  DANIEL A. NIGH, ESQUIRE
 4  BY:  MADELINE E. PENDLEY, ESQUIRE
      BY:  SARA PAPANTONIO, ESQUIRE
 5  BY:  LAUREN MASSEY, ESQUIRE
      315 South Baylen Street
 6  Pensacola, Florida 32502
      850.435.7013
 7  dnigh@levinlaw.com
      Counsel for the Plaintiffs
 8
 9  MARTIN, HARDING & MAZZOTTI, LLP
      BY:  ROSEMARIE R. BOGDEN, ESQUIRE
10  111 Washington Avenue - Suite 750
      Albany, New York 12211
11  518.724.2207
      rosemarie.bogden@1800law1010.com
12  Counsel for the Plaintiffs
13
     DUANE MORRIS
14  BY:  PATRICK C. GALLAGHER, ESQUIRE
      BY:  LAUREN A. APPEL, ESQUIRE
15  BY:  FREDERICK R. BALL, ESQUIRE
      1875 NW Corporate Boulevard - Suite 300
16  Boca Raton, Florida 33431-8561
      561.962.2100
17  pcgallagher@duanemorris.com
      Counsel for Defendants Prinston Pharmaceutic Inc.,
18  Zhejiant Huahai Pharmaceutic Co., Ltd; Solco
      Healthcare U.S., LLC and Huahai U.S., Inc.
19
20  CIPRIANI & WERNER
      BY:  JESSICA M. HEINZ, ESQUIRE
21  450 Sentry Parkway - Suite 200
      Blue Bell, Pennsylvania  19422
22  610.567.0700
      jheinz@c-wlaw.com
23  Counsel for Defendant Aurobindo Pharma Ltd.
24
25
```

Page 3

```
 1  A P P E A R A N C E S:
      (All appearances via Zoom)
 2
 3  GREENBERG TRAURIG
      BY:  STEPHEN T. FOWLER, ESQUIRE
 4  2101 L Street, N.W. - Suite 1000
      Washington, DC 20037
 5  202.331.3100
      fowlerst@gtlaw.com
 6  Counsel for Defendant Teva Pharmaceuticals
      Industries Ltd.
 7
 8  GREENBERG TRAURIG
      BY:  STEVEN M. HARKINS, ESQUIRE
 9  Terminus 200
      3333 Piedmont Road NE - Suite 2500
10  Atlanta, Georgia 30305
      678.553.2100
11  harkinss@gtlaw.com
      Counsel for Defendant Teva Pharmaceuticals
12  Industries Ltd.
13
     HILL WALLACK LLP
14  BY:  NAKUL Y. SHAH, ESQUIRE
      21 Roszel Road
15  Princeton, New Jersey 08540
      609.924.0808
16  nshah@hillwallack.com
      Counsel for the Defendants Hetero Drugs and Hetero
17  Labs
18
     PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
19  BY:  JASON M. REEFER, ESQUIRE
      BY:  CLEM C. TRISCHLER, ESQUIRE
20  One Oxford Centre
      301 Grant Street -- Floor 38
21  Pittsburgh, Pennsylvania 15219
      412.263.2000
22  jmr@pietragallo.com
      Counsel for the Defendant Mylan
23
24
25
```

Page 4

```
 1  A P P E A R A N C E S:
      (All appearances via Zoom)
 2
 3  HINSHAW & CULBERTSON LLP
      BY:  KATHLEEN E. KELLY, ESQUIRE
 4  53 State Street - 27th Floor
      Boston, Massachusetts 02109
 5  617.213.7000
      kekelly@hinshaw.com
 6  Counsel for the Defendants Sciegen Pharmaceuticals
      Inc. and H.J. Harkins Company Inc.
 7
 8  BARNES & THORNBURG LLP
      BY:  KARA KAPKE, ESQUIRE
 9  11 South Meridian Street
      Indianapolis, Indiana 46204
10  317.236.1313
      kara.kapke@btlaw.com
11  Counsel for the Defendants CVS and Rite Aid
12
     WALSH PIZZI O'REILLY FALANGA LLP
13  BY:  LISA M. WALSH, ESQUIRE
      Three Gateway Center
14  100 Mulberry Street - 15th Floor
      Newark, New Jersey 07102
15  973.757.1100
      lwalsh@walsh.law
16  Counsel for the Defendant Teva
17
     BUCHANAN INGERSOLL & ROONEY PC
18  BY:  CHRISTOPHER B. HENRY, ESQUIRE
      Carillon Tower
19  227 West Trade Street - Suite 600
      Charlotte, North Carolina 28202-2601
20  704.444.3300
      chrispher.henry@bipc.com
21  Counsel for Albertsons LLC
22
23
24
25
```

Page 5

1 A P P E A R A N C E S:
(All appearances via Zoom)
2
3 FALKENBERG IVES LLP
BY:  MEGAN A. ZMICK, ESQUIRE
4 230 West Monroe Street - Suite 2220
Chicago, Illinois 60606
5 312.566.4801
maz@falkenbergives.com
6 Counsel for the Defendant Humana Pharmacy
7
ALSO PRESENT:
8
JUSTIN BILEY
9 Legal Videographer and Concierge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1          E X H I B I T S
2
EXHIBIT NUMBER        DESCRIPTION              PAGE
3
Exhibit 23      De Stefani article 2009      243
4
Exhibit 24      De Stefani article 1996      243
5
Exhibit 25      Goodman study                252
6
Exhibit 26      Pottegard study              266
7
Exhibit 27      Gomm study                   266
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 6

1          E X H I B I T S
2
EXHIBIT NUMBER        DESCRIPTION              PAGE
3
Exhibit 1       Deposition Notice            13
4
Exhibit 2       Curriculum Vitae             17
5
Exhibit 3       Article entitled Personal    32
6               Use of Hair Dyes
7 Exhibit 4       Invoices                     42
8 Exhibit 5       Dr. Etminan's Report         44
9 Exhibit 6       McElvenny article            51
10 Exhibit 7      Straif article               51
11 Exhibit 8      Hidajat article              51
12 Exhibit 9      DeVocht article              68
13 Exhibit 10     Lavecchia article            110
14 Exhibit 11     Lavecchia article            110
15 Exhibit 12     Jakszyn article              117
16 Exhibit 13     Palli study                  134
17 Exhibit 14     Palli study                  136
18 Exhibit 15     Loh paper                    139
19 Exhibit 16     Kefzei paper                 140
20 Exhibit 17     Song study                   143
21 Exhibit 18     Knekt paper                  147
22 Exhibit 19     Bradford Hill article        162
23 Exhibit 20     Zheng article                202
24 Exhibit 21     Jakszyn article              232
25 Exhibit 22     Richardson study             240

Page 8

1              REQUEST PAGE
2 INSTRUCTIONS NOT TO ANSWER:
3 Page  Line
4 None
5 REQUEST FOR PRODUCTION OF DOCUMENTS:
6 Page  Line          Description
7 None
8 STIPULATIONS:
9 Page  Line
10 None
11 QUESTIONS MARKED:
12 Page  Line
13 None
14
15
16
17
18
19
20
21
22
23
24
25

Page 9

1    TABLE OF CONTENTS
2  MAHYAR ETMINAN
3
   Examination
4
   By Mr. Gallagher...................Page 11
5
   Notice to Read & Sign..............Page 274
6
   Reporter Certificate...............Page 276
7
   Index of Exhibits..................Page  6
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 11

1  objections, please state them now.
2            *   *   *
3        MAHYAR ETMINAN, after having been
4    first duly sworn, was examined and testified as
5    follows:
6            *   *   *
7        THE COURT REPORTER:  Okay, please
8    proceed.
9  EXAMINATION BY MR. GALLAGHER:
10    Q    Good morning, Dr. Etminan.  You can
11  put your hand down now.
12    A    Good morning.
13    Q    My name is Patrick Gallagher.  I'm
14  with the law firm of Duane Morris.  I represent some
15  of the defendants in this matter, and I'll be asking
16  you a series of questions today for your deposition.
17  Can you please state your name for the record?
18    A    Mahyar Etminan.
19    Q    Dr. Etminan, have you ever been
20  deposed before?
21    A    Yes.
22    Q    How many times?
23    A    Just off the top of my head, at least
24  four or five times.
25    Q    Okay.  When did you first speak with

Page 10

1        THE VIDEOGRAPHER:  We are going on the
2  record at 8 a.m. on August 24th, 2021.  This is
3  Media Unit Number 1 of the video recorded
4  deposition of Mahyar Etminan in regards to the
5  valsartan, losartan litigation.
6        My name's Justin Bily from the firm
7  Veritext and I am the videographer.  The court
8  reporter is Jamie Moskowitz from the firm
9  Veritext.  All counsel will be noted on the
10  stenographic record.  Will the court reporter
11  please swear in witness and then we can begin.
12            *   *   *
13      P R O C E E D I N G S
14        THE COURT REPORTER:  The attorneys
15  participating in this deposition acknowledge
16  that I am not physically present in the
17  deposition room and that I will be reporting
18  this deposition remotely.
19        They further acknowledge that, in lieu
20  of an oath administered in person, the witness
21  will verbally declare his testimony in this
22  matter is under penalty of perjury.
23        The parties and their counsel consent
24  to this arrangement and waive any objections to
25  this manner of reporting.  If there are any

Page 12

1  plaintiffs' counsel with respect to this case?
2    A    Again, to the best of my recollection,
3  I believe it was probably in late spring, maybe
4  April or May.
5    Q    Okay.  And who was that counsel that
6  you first spoke to about this case?
7    A    Again, it was either Mr. Nigh or
8  Ms. -- I forget her last name.  Rosemarie.
9    Q    Okay.
10    A    I don't -- I'm not sure exactly which
11  one posed the question, but they both approached me.
12    Q    Okay.  And have you ever spoken to
13  either -- either Mr. Nigh or Rosemarie prior to
14  speaking to them about this case?
15    A    I did some work for them on a
16  different litigation as well.
17    Q    Did you serve as a testifying expert?
18        MR. NIGH:  Hold on.  Don't answer that
19    question.  We have not disclosed experts in
20    Zantac, so I'm not going to allow him to answer
21    any more questions about the Zantac litigation.
22        MR. GALLAGHER:  Okay.
23  BY MR. GALLAGHER:
24    Q    Other than this case, have you had
25  other -- strike that.

Page 13

1    Have you spoken to any other experts
2 involved in this case, the valsartan litigation?
3    A    No.
4    Q    Okay. Have you reviewed any -- have
5 you reviewed any expert reports of other experts
6 with respect to this litigation?
7    A    Yes, I have reviewed Dr. Prizing, I
8 believe, and their reports.
9    Q    Okay.
10    MR. GALLAGHER:  Can we mark the first
11 exhibit Exhibit 1?  It's the deposition notice.
12    (Whereupon, Exhibit 1 was marked for
13 Identification.)
14    MS. APPEL:  It's already marked.
15 BY MR. GALLAGHER:
16    Q    Dr. Etminan, have you seen this
17 document before?
18    A    Yes.
19    MR. GALLAGHER:  And if we go to the --
20    I think it's on the next page, next page.
21 BY MR. GALLAGHER:
22    Q    Have you -- did you review this?
23    MR. GALLAGHER:  Then we can skip ahead
24    to the next page.
25    THE WITNESS:  Yes, I have.

Page 14

1 BY MR. GALLAGHER:
2    Q    Do you see there's a series of
3 requests for certain documents?  Did you -- did you
4 collect documents to -- to be produced in response
5 to these requests?
6    A    Yes.
7    MR. NIGH:  And for the record, we did
8    serve response to his requests on defense
9    counsel more than 48 hours prior to this
10    deposition.
11    MR. GALLAGHER:  We did receive --
12    receive those documents.
13 BY MR. GALLAGHER:
14    Q    How did you go about collecting the
15 documents that you provided in response to these
16 requests?
17    A    I provided all documents, pertinent
18 studies that I used to formulate an opinion in my
19 expert report, including my search strategy and,
20 again, the articles that I found that sort of
21 contributed to the weight of the evidence that I
22 used in my report.
23    Q    Okay.  And with respect to the
24 articles that you provided in response to the
25 request, how did you -- how did you decide what

Page 15

1 articles you were going include and provide?
2    A    Again, the articles where I talked
3 about extensively in the report, that contribute
4 substantially to the weight of the evidence, I have
5 included all of those articles.
6    Q    Okay.  Did you have like a file of
7 these articles, or was -- were you --
8    A    Well, I had --
9    MR. NIGH:  Form.  Objection.
10    THE WITNESS:  I -- I -- my report is
11    mainly a systematic review of the literature.
12    So when I did my systematic review, I found
13    articles that met the selection criteria in
14    that review.  So I went ahead and completed the
15    report.  And when I received this request, I
16    went back and looked at all the -- the main
17    articles or studies that I have included.  And
18    I went about selecting them again, using mainly
19    the criteria in my research, in my search and
20    also the weight of the evidence that they
21    contributed to the report.
22 BY MR. GALLAGHER:
23    Q    So I think that -- the documents
24 that -- or the articles -- strike that.
25    The articles that you provided in

Page 16

1 response to these requests, include some of the
2 articles and papers that are cited in your report
3 but not all of the articles and papers that are
4 cited in your report.
5    MR. NIGH:  Hold on, Doctor.  Doctor,
6    hold on.  Hold on.  If you can, let Patrick
7    finish his question.  I know it may be a little
8    difficult because it sometimes does sound like
9    he trails off at the end.  But at the same
10    point, I need a pause in between his question
11    and your answer, so I that I can, you know,
12    interject an objection if I -- if I need to.
13    So here, I'm going to object to form.
14    Go ahead, you can answer, Doctor.
15    THE WITNESS:  Yeah, so if there were
16    citations in the report where I only looked at
17    the abstract of the paper and not really
18    included the body of the paper because I didn't
19    need to, those articles are just cited in my
20    report.  But I provided the articles that
21    actually contributed to the weight of the
22    evidence and my opinions in the report.
23 BY MR. GALLAGHER:
24    Q    So would it be fair to say, then, that
25 articles that are cited -- that may be cited in your

Page 17

1  report but that you did not provide in response to
2  these requests did not contribute to your opinions
3  in this matter?
4          MR. NIGH:  Form.  Objection.
5  Misstates his testimony.
6          You can answer.
7          THE WITNESS:  No, they do.  Again,
8      if -- if there was -- if there were statements
9      that I made that are general statements that
10     are -- that are sort of known facts, I, you
11     know, didn't really provide those specific
12     articles.  But I cite them.  I provided
13     articles where I, you know, make a lot of
14     discussions around the weight of the evidence
15     provided in those articles.
16  BY MR. GALLAGHER:
17     Q      Okay.  Let's move on and mark as
18  Exhibit  2 your  CV.
19          (Whereupon, Exhibit  2 was marked for
20     Identification.)
21          THE WITNESS:  Sorry.  Is this going to
22     be a document upload or is it --
23  BY MR. GALLAGHER:
24     Q      It is.
25     A      I'm still waiting.

Page 18

1          MR. NIGH:  Yeah, we don't have it yet.
2      There it is.  Do you have it, Doctor?
3          THE WITNESS:  I got it, yeah.
4  BY MR. GALLAGHER:
5      Q      So Dr. Etminan, you're an associate
6  professor in the Department of Ophthalmology and
7  Visual Sciences; is that correct?
8      A      That's right.
9      Q      At the University of British Columbia,
10  correct?
11     A      Correct.
12     Q      What does that position entail?
13     A      The position is mainly 60, 70 percent
14  research position.  And the 30 or 40 percent
15  remainder is basically -- basically, it's made up of
16  teaching, graduate and undergraduate training and a
17  few hours a month of service.
18     Q      And when you refer to service, what do
19  you mean by "service"?
20     A      Service means attending committees,
21  departmental meetings, that sort of thing.
22     Q      Okay.  And in your teaching, what
23  courses do you teach?
24     A      Currently, I teach a two-hour course
25  on evidence-based medicine and with a -- with a

Page 19

1  focus on causal inference to pharmacy students.  I
2  also teach a similar lecture to graduate students in
3  the department of ophthalmology.  And another
4  pharmacy course on evidence-based medicine, with --
5  one is undergraduate, and one is for the pharmacy
6  residents who have graduated.  But it's two
7  different courses but same sort of topic:
8  evidence-based medicine.
9      Q      Okay.  And I believe you mentioned in
10  the 30 to 40 percent, you said teaching and
11  graduate, undergraduate training.  Is there any
12  aspect of graduate or undergraduate training you're
13  referring to other than the courses you teach?
14     A      Right.  So I teach undergraduate
15  medical students, and it's more of a -- sort of a
16  research rotation, if you will, that they have.  So
17  they spend six to eight weeks reading up on
18  epidemiological methodology and taking on a project.
19  I do some -- the same sort of research teaching as
20  well to ophthalmology residents.
21          And then I have also graduate students
22  who are enrolled in a master's or a Ph.D program
23  through the Department of Experimental Medicine, and
24  I supervise them on sort of a more regular basis
25  because they're -- you know, they're graduate

Page 20

1  students working toward a master's or a Ph.D.
2          THE COURT REPORTER:  I'm sorry.
3      You -- they have a master's or Ph.D. through
4      the Department of Experimental Medicine?  I'm
5      sorry, I missed what you said.
6          THE WITNESS:  Yes, so experimental
7      medicine is a department where all faculties of
8      school -- all faculties who are researching in
9      the faculty of medicine can train students
10     through the Department of Experimental
11     Medicine.  So it's like an academic hub, if you
12     will, to -- for graduates training in the -- in
13     the faculty of medicine.
14          MR. NIGH:  And, Doctor, if Jamie
15     speaks up -- or Ms. Moskowitz, if she speaks
16     up, she just wants to clarify what words you
17     used at the end of a sentence.  Patrick is
18     going to be the one asking you questions about
19     like what is that type of thing.  Okay?
20          THE WITNESS:  Okay.
21  BY MR. GALLAGHER:
22     Q      Dr. Etminan, in the -- you referred to
23  graduate and undergraduate students.  Do you teach
24  medical students?
25     A      Yes, I teach undergraduate medical

Page 21

1 students.  I also have started teaching, as I
2 mentioned to you, undergraduate pharmacy students as
3 well.
4     Q     How long have you been a professor at
5 the University of British Columbia?
6     A     Since 2008.
7     Q     And where were you immediately before
8 you started at the University of British Columbia?
9     A     Before -- I held a research associate
10 position at Vancouver General Hospital.  Before I
11 was, you know, I started my professorial position, I
12 worked as a research associate for 2 or 3 years at
13 Vancouver Hospital.
14     Q     Okay.  And, Dr. Etminan, you received
15 a PharmD degree from Idaho State University; is that
16 correct?
17     A     That's right.
18     Q     Did you do your -- did you attend any
19 other universities for a PharmD program?
20         MR. NIGH:  Form objection.
21         THE WITNESS:  Yes, I -- I started my
22     PharmD at the University of British Columbia,
23     but I completed it at Idaho State University.
24 BY MR. GALLAGHER:
25     Q     And so how many years did you -- what

Page 22

1 year did you start the PharmD program at the
2 University of British Columbia?
3     A     I believe it was in 1999, or actually
4 1998 or 9, I forget.  And I did one year at UBC, and
5 then I transferred and completed my degree at Idaho.
6     Q     Okay.  Why did you transfer?
7     A     I felt that the program, it does not
8 really state my, sort of, objectives, which were
9 more research, pharmaceutical research in
10 epidemiology.  It was a more of a clinical program,
11 so I completed it -- Idaho allowed me to finish my
12 degree faster and then go ahead and continue my
13 training in epidemiology.
14     Q     Okay.  And then after your PharmD, you
15 went to the University of Toronto; is that correct?
16     A     That's right.
17     Q     And what was the program you were
18 enrolled in at University of Toronto?
19     A     It was a master's degree in clinical
20 epidemiology.
21     Q     Then looks like subsequently, you did
22 a postdoctoral fellowship at McGill University; is
23 that correct?
24     A     That's right.
25     Q     What was the nature of your work

Page 23

1 during that postdoctoral fellowship?
2     A     I undertook epidemiological studies on
3 prescription drugs, safety questions using launch
4 databases or big data.
5     Q     Did any of those studies involve the
6 study of cancer?
7     A     No, not -- not during my training at
8 McGill.  I wasn't -- no.  Or at least I don't
9 remember.  I have done a lot of studies.  I don't
10 think one of my studies at McGill had anything to do
11 with cancer.
12     Q     Okay.  Jumping ahead to -- as we
13 discussed just a few minutes ago, you're a professor
14 in the Department of Ophthalmology and Visual
15 Sciences, correct?
16     A     That's right.
17     Q     And I think you said 60 to 70 percent
18 of your time was -- was research?
19     A     That's right.
20     Q     What's the primary -- what's the
21 primary focus of your research currently?
22     A     My primary focus of my research again
23 is sort of broken down to 40 to 50 percent
24 epidemiology of the eye or ocular diseases or drug
25 safety questions related to the eye.  And the rest

Page 24

1 of the -- the other 40 to 50 percent is drug safety
2 questions on any other area in -- in medicine.  So I
3 worked on drugs related to the lung, to the
4 gastrointestinal tract, any -- anything -- any drug
5 safety question that is of public health concern.
6     Q     How do you identify drugs that you're
7 going to undertake research on?
8         MR. NIGH:  Form objection.
9         THE WITNESS:  Well, it's usually case
10     reports or case series or alerts from drug
11     regulatory agencies.  Sometimes the media is a
12     good source to highlight important --
13     importance of a safety question.  So it could
14     be a combination of all of those, or it could
15     be one of them.
16 BY MR. GALLAGHER:
17     Q     You're not a medical doctor, correct?
18     A     No.
19     Q     And you don't diagnose patients,
20 correct?
21     A     No.
22     Q     You don't treat patients, correct?
23     A     Correct.
24     Q     When I asked you about what you did as
25 a professor in the Department of Ophthalmology and

Page 25

1 Visual Science, you didn't mention anything about
2 clinical involvement.  That's not a part of what you
3 do as a professor at the
4 University of British Columbia, correct?
5    A    Correct.
6    Q    I believe you said you -- I believe
7 you have been deposed four or five times; is that
8 correct?
9    A    Correct.
10    Q    Have you ever testified at trial?
11    A    I testified, I believe, in the lower
12 Manhattan court for Fosamax once, yes.
13    Q    Okay.  Do you know if your testimony
14 has ever been excluded by a court?
15        MR. NIGH:  Form objection.
16        THE WITNESS:  I'm not sure.  It's
17 possible -- possibly Fosamax, but I'm not
18 100 percent sure.
19    Q    Okay.
20        THE COURT REPORTER:  I'm sorry.  What
21 was that?  Fosamax?
22        THE WITNESS:  Right.  Fosamax.
23 F-o-s-a-m-a-x.
24        THE COURT REPORTER:  Oh, Fosamax.
25 Okay.  Thank you.

Page 26

1 BY MR. GALLAGHER:
2    Q    Dr. Etminan, have you ever withdrawn
3 as an expert in this case?
4        MR. NIGH:  Form objection.
5        THE WITNESS:  Yes.
6        THE COURT REPORTER:  I'm sorry .I need
7    the question repeated.
8 BY MR. GALLAGHER:
9    Q    Dr. Etminan, have you ever withdrawn
10 as an expert in a case?
11        MR. NIGH:  Form objection.
12        THE WITNESS:  Yes.
13 BY MR. GALLAGHER:
14    Q    What case did you withdraw as an
15 expert?
16    A    It was the Mirena litigation.
17    Q    Why did you withdraw?
18    A    I felt that I could not contribute
19 anymore to the litigation, and I felt more
20 comfortable to withdraw.
21    Q    Dr. Etminan, do you consider yourself
22 to be a statistician?
23    A    I'm not a statistician, but I have
24 good familiarity with biostatistics that pertains to
25 my line of work in the area of epidemiology that

Page 27

1 I -- that I work at.
2    Q    Would you say that you use statistics
3 in your work as an -- as an epidemiologist?
4    A    Yes.
5    Q    Okay.  What does the term
6 "statistically significant" mean --
7        THE COURT REPORTER:  I'm sorry.
8    There's -- there's background noise coming in.
9    I'm not sure where it's coming from, but I'm
10    not hearing you well.
11        MR. GALLAGHER:  I'll -- I'll repeat
12    the question.
13 BY MR. GALLAGHER:
14    Q    What does the term "statistically
15 significant" mean from an epidemiological
16 standpoint?
17    A    Actually, it's -- that's a great
18 question.  So for many, believe that the
19 statistically significant means that results of a
20 study are -- for example, if the P value is large
21 and the results are not statistically significant,
22 that means that the -- there is really no effect
23 associated with that -- that exposure, carcinogen.
24        But in reality, this is really not the
25 case.  And the American Statistical Association, in

Page 28

1 2016, published commentary to sort of clear the
2 water on this issue.
3        So the correct interpretation of your
4 question on statistical significance means that if
5 some -- if an effect size of a -- from a study is
6 not statistically significant, that means that it
7 does not deviate from the statistical model and
8 assumptions that it -- that it carries with it.
9        It does not have anything -- it does
10 not say anything at all about whether, you know,
11 that particular exposure of a study and the outcome
12 are related or associated.  That's -- that's all it
13 means, that the -- the data and the assumptions
14 around that data for that analysis do not deviate.
15    Q    So what does that mean, to say that
16 "the data and the assumptions do not deviate"?
17        MR. NIGH:  Form objection.
18        THE WITNESS:  Again, in more simple
19    terms, when we do a study, there are -- the
20    data that we use.  The type of a statistical
21    model that we use carries with it a number of
22    assumptions.
23        And if -- if the results are
24    statistically significant, all it means is that
25    your data, the data that you have from that

Page 29

1    study, are, if you will, different than --
2    than -- than the model that you're using,
3    provided that all other assumptions are met.
4         So it's more about whether the data
5    fits in the assumptions or not. It's not
6    about -- statistically significant means that,
7    yes, this exposure causes this outcome, or if
8    it's not significant, it means it doesn't.
9    That's not what a statistical significant means
10   at all.
11   BY MR. GALLAGHER:
12   Q     So statistical significance -- are you
13   saying -- what I understand you to be saying is that
14   statistical significance is not evidence of
15   causation?
16        MR. NIGH: Object to form,
17   mischaracterizes his testimony.
18        THE WITNESS: Yeah, it's --
19   statistical significance doesn't have anything
20   to do with causation. Statistical
21   significance, again, means how similar is my
22   data to the statistical model that I'm using
23   provided all other -- all the assumptions that
24   need to be met are met. Sometimes they are
25   not. But do the assumptions have to -- to be

Page 30

1    met, so, again, there are caveats.
2         It also -- statistical significance
3    also is a reflection of precision as well.
4    Studies with a large sample size are -- are
5    more precise in terms of the -- let's say, the
6    confidence interval above the effect size
7    because there are very large sample sizes.
8    Usually, they have higher events.
9         Smaller studies with lower sample size
10   and lower events usually have a wider
11   confidence interval or a larger P value because
12   of -- they're -- they're more imprecise. So,
13   again, statistical significance and whether an
14   exposure is causing an outcome are different --
15   are two different entities.
16   BY MR. GALLAGHER:
17   Q     In your work, do you have an
18   understanding of the concept of adjusted rate ratio?
19   A     Yes.
20   Q     From your perspective, what is an
21   adjusted rate ratio?
22   A     An adjusted rate ratio is a rate
23   ratios that's been adjusted using statistical
24   modeling for either one other variable, which we
25   call covariate. So it could be age, or it could be

Page 31

1    adjusted for multiple variables.
2    Q     And what's the purpose of doing the
3    adjustment?
4    A     The purpose of an adjustment is to
5    make sure that the two groups exposed -- or, say,
6    the drug group and the unexposed group are balanced
7    with respect to potential confounding variables
8    in -- in a particular study.
9         However, again, all of these issues
10   have intricacies and nuances. And one of the
11   nuances is that, you know, adjustment for the wrong
12   variable can actually be detrimental as well. So we
13   want to make sure that we adjust for variables that
14   need to be adjusted for.
15   Q     How do you determine what variables
16   need to be adjusted for?
17   A     Well, that's an area that actually I
18   have been working on for the past few years, and I
19   have been advocating. So what one of the -- sort of
20   up-and-coming methods is the use of what we call
21   "causal diagrams" where we draw -- draw out all the
22   common causes of whatever the question is, whether
23   it -- exposure on health that you're looking at. We
24   draw all the common causes for that question, and
25   then we find which -- which are the paths -- what we

Page 32

1    call "biasing paths" that need to be adjusted for or
2    blocked.
3         MR. GALLAGHER: Let's mark as the next
4    exhibit, Exhibit 3, a paper in which you are an
5    author, you cited in your report titled
6    "Personal Use of Hair Dyes" --
7         THE COURT REPORTER: I'm sorry,
8    "Personal Use of Hair Dye" --
9         MR. GALLAGHER: "And Risk of Cancer."
10        (Whereupon, Exhibit 3 was marked for
11   Identification.)
12        MR. GALLAGHER: That will be coming up
13   shortly.
14   BY MR. GALLAGHER:
15   Q     Do you have it, Dr. Etminan?
16   A     Is that Exhibit 3?
17   Q     Yes.
18   A     Yes, I'm just opening it.
19   Q     You're familiar with this paper?
20   A     It's -- it's been a while because it
21   was published a few years back, but yes.
22   Q     Okay. When is the last time you read
23   this paper?
24   A     Many years ago.
25   Q     Okay. It was published in 2005. That

Page 33

1 would probably be the last time you read it?
2    A    Yes.
3    Q    What was your contribution to this
4 paper?
5    A    Again, as the best of my recollection,
6 I helped with the search -- searching of the studies
7 and the write of the manuscript -- write-up of the
8 manuscript, yeah.  So I think mostly gathering the
9 evidence and writing the paper up.
10    Q    Would you consider this to be a
11 landmark paper?
12        MR. NIGH:  Form objection.
13        THE WITNESS:  It was -- I'm not sure
14    what you mean by "landmark," but it was, at
15    that time, the first study or review,
16    comprehensive review of the topic.
17 BY MR. GALLAGHER:
18    Q    If we go to Page 2519, which I think
19 is the fourth page of the document, do you see
20 there's a section here called "Quality Assessment"?
21    A    Yes.
22    Q    What was the purpose of doing a
23 quality assessment?
24        THE COURT REPORTER:  I'm sorry.
25    Doctor, can you start that again, please?

Page 34

1 BY MR. GALLAGHER:
2    Q    What was the purpose of doing a
3 quality assessment?
4    A    The purpose of a quality assessment
5 was to look at the quality of the studies that was
6 included.
7    Q    And it looks like you tried to
8 establish an objective 10-point scale to evaluate
9 the quality of the study; is that correct?
10    A    Let me just read it for a second.
11    Q    Sure.
12    A    So it seems like from the description
13 that we came up with our own sort of a description
14 of a quality assessment.  It's nothing that is -- is
15 validated.  We kind of improvised based on this --
16 you know, the type of data that we had.
17    Q    Okay.  But you established specific
18 criteria by which the quality of the -- each of the
19 studies that were included was evaluated?
20    A    Yes.
21    Q    Is that correct?
22        MR. NIGH:  Object to the form.
23        THE WITNESS:  Yeah.
24 BY MR. GALLAGHER:
25    Q    If we go to Page 2523 of the article,

Page 35

1 under -- do you see there's a heading "Comment," the
2 paragraph right under that.
3        So it looks like the -- in this --
4 this paper your -- the results indicated that
5 there's no effect of personal hair dye use on the
6 risk of breast and bladder cancer; is that correct?
7    A    Yes.
8    Q    And you concluded, there's a
9 borderline effect for hematopoietic cancers, but the
10 evidence of a causal effect is too weak to represent
11 a major public health concern.
12        How did you --
13        MR. NIGH:  We couldn't hear you.  It
14    just broke up during your question, Patrick.
15        THE WITNESS:  Sorry.  Patrick, can you
16    repeat your question?  I'm okay.
17        MR. GALLAGHER:  Yes, I will repeat the
18    question.
19 BY MR. GALLAGHER:
20    Q    How did you decide that the causal
21 effect is too weak?
22        MR. NIGH:  Form objection.
23        THE WITNESS:  Honestly, I -- I don't
24    remember.  It's -- it's way back.  Could have
25    been just the numbers that we got.  I don't

Page 36

1    remember exactly how we decided on the wording
2    of -- of the comment.
3 BY MR. GALLAGHER:
4    Q    If we go back one page to Page 2522,
5 look at Table 6, which looks like is presenting
6 pooled relative risks of hematopoietic cancers of
7 hair dye use.
8        THE COURT REPORTER:  I'm sorry.  Can
9    you repeat that?
10 BY MR. GALLAGHER:
11    Q    Table 6 is presenting the pooled
12 relative risks of hematopoietic cancers in hair dye
13 use, correct?
14    A    Yes.
15    Q    Are these the numbers that -- that
16 you're referring to that you would have looked at to
17 decide the -- the causal effect is too weak?
18        MR. NIGH:  Form objection.  That
19    misstates the -- the evidence of the prior
20    document.
21        THE WITNESS:  Yes.  We probably looked
22    at these numbers to come up with a conclusion.
23 BY MR. GALLAGHER:
24    Q    What does it mean for -- for the
25 relative risk to be --

Page 37

1        THE COURT REPORTER:  To be what?
2        MR. GALLAGHER:  One.
3        THE WITNESS:  One means there's no
4    effect.  There is no causal link.
5 BY MR. GALLAGHER:
6    Q     Is the relative risk looking at a
7 causal link or looking at an association?
8    A     Well, again, for the purposes of this
9 paper -- this academic paper, you can use
10 association, if you will.  And so a relative risk of
11 1.0 would be no association.
12    Q     Okay.  And then I guess more broadly,
13 the concept of the relative risk generally is
14 looking at an association.  It's not determinative
15 of causation, correct?
16        MR. NIGH:  Form objection.
17        THE WITNESS:  No, I disagree with
18    that.  A relative risk is just a measure of
19    effect.  I mean, if you have -- you could have
20    a relative risk from a very well-designed
21    randomized trial, which is a, you know, true
22    experiment.  That relative risk would probably
23    mean, to a high degree of certainty, a
24    causation.
25        So it's not the relative risk --

Page 38

1    whether it's a relative risk or the odds ratio
2    that's presenting the effect size.  It's the
3    study design, and all the other factors that
4    have gone into the study design, and the
5    methodology that would tell you whether you
6    believe the numbers are a causal blame versus
7    an association.
8 BY MR. GALLAGHER:
9    Q     And so what -- what factors -- how do
10 you determine whether a study is -- is being used
11 to -- to evaluate an association versus being used
12 to evaluate causation?
13        MR. NIGH:  Form objection.
14        THE WITNESS:  So if I'm looking at one
15    study, I look at the methodology, the -- the
16    way -- you know, the type of biases that may
17    have played and whether those biases actually
18    would reverse the direction of the effect side,
19    would change the results or not.  If I'm
20    looking at a more broader question, then I am
21    looking at the totality of the evidence.
22        So again, one study from a journal, I
23    kind of look at it differently than, you know,
24    a real-life broader question, where I have to
25    decide whether the substance causes --

Page 39

1        THE COURT REPORTER:  Whether the
2    substance causes what?
3        THE WITNESS:  Whatever outcome that we
4    are looking at.
5 BY MR. GALLAGHER:
6    Q     If in this article, we go ahead to
7 Page 2524.  In the middle column, the last full
8 paragraph starts "The borderline effect."  In this
9 section of your paper, you wrote, "The borderline
10 effect observed for brain tumors and ovarian cancer
11 is based on the pooling of only two studies and does
12 not permit a meaningful assessment of the risk."
13        Do you see that?
14    A     Yes.
15    Q     So you agree that, here, only looking
16 at two studies wasn't -- wasn't sufficient to be
17 able to evaluate the risk of hair dye for
18 development of brain tumors and ovarian cancer,
19 correct?
20        MR. NIGH:  Form objection.
21        THE WITNESS:  I mean, that's what we
22    have.  And again, you have to factor in a
23    number of, I think, points.  One is that my
24    knowledge in causal inference in 2005 was not
25    the same as it is now, so I may have done

Page 40

1    things differently.
2        And a lot of what we write in these
3    academic papers is also influenced by the
4    editors who tell us, sort of, what type of
5    wording to use, sometimes.
6        So, you know, yes, that's what we say
7    here on this specific paper, and that's what
8    was said.  But I think there are sort of
9    caveats to that.
10 BY MR. GALLAGHER:
11    Q     Do you disagree with this statement in
12 your paper?
13    A     I don't disagree that that's what we
14 said.  But, again, the specific wording of that
15 statement -- going back, I'm not sure what
16 discussions we had -- could have been also
17 influenced by the editors wanting us to sort of
18 lower the tone, perhaps.  Or in this case, you know,
19 it is -- it could have been possible -- I'm not
20 familiar with this area right now, with this area of
21 hair dye and cancers.
22        But back then, it would have been
23 feasible to say that with two studies, it's not a
24 meaningful risk based on the data that we had then.
25    Q     So you made -- do you believe that the

Page 41

1  editors asked you to change the wording of this
2  specific sentence in this paper?
3      A      I -- I don't know.
4          MR. NIGH:  Form objection.
5          THE WITNESS:  I'm not saying that they
6      did.  I'm just saying sometimes in academic
7      writing, if I want to say -- if I believe from
8      my study that this drug causes this disease, at
9      times we are -- we do receive pushback for,
10     sort of, a lighter tone in that -- in
11     presenting that statement.
12         And I don't know if this happened here
13     or not, but I'm just saying that it's -- it
14     could have been possible that this sentence
15     came up with my contribution, my other authors'
16     contribution and potentially the contribution
17     of other editors as well.
18 BY MR. GALLAGHER:
19     Q      In your academic work, when you're
20 submitting articles for publication, do you allow
21 editors to change the language of the article that
22 you have written?
23         MR. NIGH:  Form objection.
24 BY MR. GALLAGHER:
25     Q      To something that you don't agree

Page 42

1  with?
2          MR. NIGH:  Form objection.
3          THE WITNESS:  Well, it's a collective
4      agreement.  They make suggestions, and we look
5      at the suggestions.  And we agree or disagree.
6      So it's -- you know, it's in -- you know,
7      different situations are different.
8          MR. GALLAGHER:  Okay.  We can take
9      this -- take this exhibit down.
10         Let's mark as Exhibit 4 your invoices.
11         THE WITNESS:  Okay.
12         MR. GALLAGHER:  Which, I believe, they
13     provided -- were provided through the
14     plaintiffs' counsel in response to the document
15     requests.
16         (Whereupon, Exhibit 4 was marked for
17     Identification.)
18         MR. GALLAGHER:  That will be uploaded
19     shortly.
20 BY MR. GALLAGHER:
21     Q      Dr. Etminan --
22         MR. GALLAGHER:  If we can go to the
23     last page of this collection of invoices.  I
24     believe they are in reverse chronological
25     order.

Page 43

1  BY MR. GALLAGHER:
2      Q      Dr. Etminan, does this refresh your
3  recollection as to when you first spoke with
4  plaintiffs' counsel about this case?
5      A      Yes, probably around those dates,
6  around those dates or maybe a bit before.
7      Q      Okay.  Around the time that you first
8  became involved in this case, did plaintiffs'
9  attorneys send you any documents?
10     A      They -- yeah.  I mean, they may have
11 sent me some articles on the topic, and then as we
12 went along, there were more documents that I
13 reviewed.
14     Q      Okay.  Are -- are some of the articles
15 that they provided to you articles that you cited in
16 your report?
17     A      I mean, I did -- I did my own
18 systematic search.  Some of the articles at the end
19 would have -- could have been, you know, also the
20 ones that they may have provided as well.  But I
21 didn't go with what they gave me.  I went with my --
22 the articles that came out of my systematic review.
23     Q      Okay.  Have you ever seen any of these
24 articles prior to being involved in this litigation?
25     A      I can't recall.  I mean, I read a lot

Page 44

1  on different topics.
2          MR. GALLAGHER:  Let's mark as
3      Exhibit 5 a copy of your report.
4          (Whereupon, Exhibit 5 was marked for
5      Identification.)
6  BY MR. GALLAGHER:
7      Q      Is it up?  Do you have it there?
8      A      Yeah, I have it.
9      Q      Okay.
10     A      Yes.
11     Q      If you go up to page -- let's start at
12 Page 12 of your report.
13     A      Okay.
14     Q      At the bottom, Section 8.1, you talk
15 about a search strategy and study ascertainment.  Do
16 you see that section?
17     A      Yes.
18     Q      Is this the search strategy that you
19 were just referring to for your identification of --
20 of articles?
21     A      Sorry.  I lost you there.  What was
22 the question?
23     Q      Sure.  A few minutes ago, you had
24 referenced, I think you called it a systematic
25 search that you had done?

Page 45

1    A    Yes.
2    Q    Is this the search strategy that you
3 are referring to?
4    A    Yes.
5    Q    How did you come up with this
6 particular search strategy?
7    A    Well, I mean, I have done a lot of
8 search strategies for my work, so I -- the question
9 is on the risk of cancer and --
10        THE COURT REPORTER:  I'm sorry -- and
11   what?
12        THE WITNESS:  NDMA.
13        So I identified the MeSH terms, the
14   medical subject heading terms that would
15   capture NDMA and combined it with cancer,
16   including different types of cancer, and
17   restricted it to epidemiological studies
18   because those are the type of studies that I
19   wanted to look at.  So in a nutshell, that was
20   the structure of the search.
21 BY MR. GALLAGHER:
22   Q    Okay.  And then if we go to the next
23 page, Page 13, it's referring to study inclusion and
24 exclusion criteria.  Do you see that?
25   A    Yes.

Page 46

1    Q    How did you come up with the inclusion
2 and exclusion criteria?
3    A    In order to, again, assess a causation
4 for this question, I needed the studies to have
5 presented some sort of an effect size, like the
6 relative risk or an odds ratio or hazard ratio, have
7 identified the outcome, cancer, and also have -- it
8 has to have measured NDMA because I don't want to
9 mix -- did not want to mix studies that included
10 other carcinogens with NDMA.  So that had to be one
11 of the key criteria.
12        And I think those are the main
13 criteria that I included.
14   Q    Okay.  What do you mean when you say
15 you didn't want to use studies that mixed other
16 carcinogens with NDMA?
17   A    Well, you have a lot of studies on
18 diet and processed food that also have looked at
19 cancer that we know that -- for example, you know,
20 red meat that could have NDMA, but it could also
21 have other carcinogens that also contribute to
22 cancer.  So I wanted this study to
23 specifically look at NDMA and cancer.
24   Q    Okay.  But the -- but the study -- so
25 if the study is looking at red meat, any study that

Page 47

1 is -- is looking at a causal association of dietary
2 intake of red meat and cancer is going to include
3 exposure to other carcinogens, correct?
4        MR. NIGH:  Form objection.
5        THE WITNESS:  Yes.  There are -- there
6    are carcinogens in red meat.  But my interest
7    is looking at the risk of cancer with the NDMA
8    component.  And if the study did not measure
9    NDMA, sort of, separately, then it is very
10   difficult to draw a causal relation between the
11   NDMA and cancer in the meat product or other
12   carcinogens and cancer in the meat product.
13 BY MR. GALLAGHER:
14   Q    Okay.  If you look under "Study
15 Exclusion Criteria," the sentence immediately after
16 the bolded underlined sentence.  It says, "Moreover,
17 lack of quantifying or categorizing (low versus
18 high) NDMA/NDEA amounts in these studies will make
19 it difficult to necessarily draw a causal link."
20        Do you see that?
21   A    Uh-huh.
22   Q    So were you only looking for studies
23 that would support the conclusion of a causal link?
24        MR. NIGH:  Form objection.
25        THE WITNESS:  No, I'm not sure -- I'm

Page 48

1        not clear on your question.  So the sentence
2    says, "Studies of meat intake where NDMA was
3    not measured."
4        Again, if -- if the study is looking
5    at meat and that -- that meat product has NDMA
6    and other carcinogens and they show a risk with
7    cancer, we can never tell what caused the
8    cancer.  Was it the NDMA component or the other
9    components?  So those studies that did not
10   specify NDMA measurement were excluded.
11 BY MR. GALLAGHER:
12   Q    Okay.  Did you -- did you review or
13 consider studies that were not cited in your report?
14   A    You mean to reach my conclusion in the
15 report?
16   Q    We'll start with it more broadly.
17        Did you review and consider studies
18 that were not cited in your report?
19   A    I -- I reviewed studies that met my
20 inclusion criteria that were included in my report.
21   Q    So -- but were there -- were there
22 studies that met your inclusion criteria that you
23 reviewed that you haven't cited in your report?
24   A    I don't believe so.  If it's not in
25 the report, it's because it didn't have the

Page 49

1  inclusion criteria. For example, it, you know, did
2  not provide odds ratios or relative risks or NDMA
3  levels. That -- I mean, that's -- that's why they
4  were not in the report.
5    Q    Okay. Some of the -- of the papers
6  that you cited in your report are occupational
7  studies, correct?
8    A    Correct.
9    Q    What is "occupational studies"?
10   A    Occupational epidemiological studies
11  are studies that -- that look at risk of, whether
12  it's cancer, or it could be cardiovascular disease,
13  in people who are exposed to an occupational
14  exposure, so -- you know, people working in
15  factories or rubber factories or, you know, hair dye
16  factories. I mean, those would be considered
17  examples of occupational exposure.
18   Q    And the occupational studies that you
19  looked at for your report were looking at people
20  working in rubber factories, correct?
21   A    Yes, the Hidajat studies and a couple
22  of other ones that --
23        THE COURT REPORTER: I'm sorry. The
24  what studies?
25        THE WITNESS: Hidajat, spelled

Page 50

1    H-i-d-a-j-a-t.
2  BY MR. GALLAGHER:
3    Q    And are -- how -- for -- for people
4  working in the rubber industry, how many different
5  carcinogens are they exposed to by virtue of working
6  in a rubber factory?
7        MR. NIGH: Form objection.
8        THE WITNESS: They could be different
9  carcinogen exposures.
10  BY MR. GALLAGHER:
11   Q    Do you have an estimate for how many
12  different carcinogens they're exposed to?
13        MR. NIGH: Form objection.
14        THE WITNESS: No, I don't.
15  BY MR. GALLAGHER:
16   Q    So you don't know -- you reviewed --
17  you reviewed a few of these occupations studies, but
18  you don't know how many different carcinogens the
19  rubber workers are exposed to by virtue of working
20  in a rubber factory?
21        MR. NIGH: Form objection.
22        THE WITNESS: I don't remember --
23        MR. NIGH: Hold on. Hold on. Let me
24  object to the form first. Form objection.
25        Go ahead, Doctor.

Page 51

1        THE WITNESS: I don't remember the
2  specific numbers, but I think it's important to
3  know, and I agree with you, that they would be
4  exposed to a -- a number of different
5  carcinogens.
6  BY MR. GALLAGHER:
7    Q    Okay. In these -- in these
8  occupational studies -- strike that. Let's go ahead
9  and mark them, first.
10        MR. GALLAGHER: So let's mark as
11  Exhibit 6 the McElvenny article 7 is the Straif
12  article.
13        THE COURT REPORTER: Is the what
14  article?
15        MR. GALLAGHER: Straif, S-t-r-a-i-f
16  article.
17        A n d Exhibit 8 will be the Hidajat
18  article.
19        (Whereupon, Exhibit 6 was marked for
20  Identification.)
21        (Whereupon, Exhibit 7 was marked for
22  Identification.)
23        (Whereupon, Exhibit 8 was marked for
24  Identification.)
25        THE COURT REPORTER: Can I take one

Page 52

1    minute? I don't need to go off the record.
2    Can I take one minute?
3        MR. GALLAGHER: Why don't we go ahead
4  and go off the record for a minute?
5        THE VIDEOGRAPHER: The time is now
6  9:09. This ends Media Unit Number 1. We're
7  going off the record.
8        (Whereupon, a short break was taken.)
9        THE VIDEOGRAPHER: The time is now
10  9:11. This begins Media Unit Number 2. We're
11  back on the record.
12  BY MR. GALLAGHER:
13   Q    Okay. Dr. Etminan, we have marked as
14  Exhibits 6, 7 and 8 three articles you cited in your
15  report that are all occupational studies.
16   A    Yes.
17   Q    McElvenny paper, the Straif paper and
18  the Hidajat paper. Do you see those?
19   A    Yeah.
20        MR. NIGH: We don't -- I don't see
21  Number 8 in the Dropbox, in the chat, I mean.
22  There we go. Just came up.
23        MR. GALLAGHER: Sorry. It was a bit
24  late.
25

Page 53

1 BY MR. GALLAGHER:
2    Q    And each of these three papers is
3 looking at -- are occupational studies looking at
4 risk of cancer in workers at rubber factories,
5 correct?
6    A    Generally speaking, they are, but they
7 are a little different in terms of the study design.
8    Q    When you say they're a little
9 different, do you mean each of the studies is
10 slightly different from the other study in their
11 study design?
12    A    Well, I mean, the main difference
13 between McElvenny and Hidajat is that McElvenny just
14 looked at cancer with occupational exposure, whereas
15 Hidajat actually teased out the NDMA exposure
16 component, looked at different -- those categories
17 for each cancer, and took a number of methodological
18 steps to reduce potential biases that McElvenny did
19 not do.
20    Q    Okay. You included McElvenny in --
21 why did you include McElvenny in your report?
22       MR. NIGH: Form objection.
23       THE WITNESS: I -- I wanted to also
24    just briefly touch on other occupational
25    studies as well, because if I hadn't, then

Page 54

1    there would be a question of, you know, why did
2    you -- why did you only look at Hidajat. So I
3    wanted to mention that there are these
4    occupational studies as well, but my focus was
5    on the study by Hidajat because it met the main
6    inclusion criteria for my question.
7    Q    Did the McElvenny study -- article,
8 though, meet your exclusion criteria?
9    A    It may have because they did not
10 include NDMA. And again, I just mentioned that it's
11 not in my main analytical framework of evidence when
12 I'm deciding on the causal question. But I just
13 thought to introduce, you know, just to mention it
14 as background that there -- you know -- and it is
15 part of Hidajat -- in a way related to Hidajat.
16 It's an older version of Hidajat, so I thought I
17 should mention it.
18    Q    So you included the McElvenny article
19 in your report even though it met the exclusion
20 criteria for studies that should be excluded?
21    A    Again --
22       MR. NIGH: Form objection.
23       THE WITNESS: The -- the -- the
24    inclusion criteria is -- is mainly used to form
25    my opinion, which, again, is included in the

Page 55

1    Bradford Hill criteria and the main, sort of,
2    framework of my opinion on the causal effects.
3    I mention -- I briefly mentioned McElvenny and
4    Straif because they are also other -- the other
5    relatively well-cited occupational exposure
6    cancer studies, and I mentioned them as, you
7    know, background in my -- in the paragraph.
8 BY MR. GALLAGHER:
9    Q    But I am correct that McElvenny meets
10 the exclusion criteria that you set out for studies
11 that should be excluded?
12    A    Yes.
13    Q    Okay. For these occupational studies,
14 the method of exposure was primarily through
15 inhalation or skin contact. Would you agree with
16 that?
17       MR. NIGH: Form objection.
18       THE WITNESS: Yeah.
19 BY MR. GALLAGHER:
20    Q    Okay. And that method of exposure is
21 different from the method of exposure that's at
22 issue in this case, correct?
23    A    The method of exposure is different,
24 but my -- the question, the general causation
25 question that I -- that my report refers to does not

Page 56

1 specify cause of cancer with NDMA with respect to
2 different rounds of exposure. It refers to,
3 generally speaking, exposure. And we mean systemic
4 exposure, which could be mouth or through the skin
5 or through inhalation cause cancer.
6    Q    Okay. So the question that you were
7 evaluating was not whether NDMA ingested orally
8 could cause certain cancers; is that correct?
9       MR. NIGH: Form objection.
10       THE WITNESS: No, that's not -- that's
11    not what I said. The question that I addressed
12    was: Does exposure to NDMA and exposure would
13    mean NDMA that gets in to the body systemic --
14    systemically absorbed NDMA, which can be
15    through oral, inhalation, skin. I think mainly
16    those are the -- the main routes of the
17    exposure. Does builds -- does exposure to NDMA
18    through any of those routes that make it
19    systemic in the body cause cancer.
20 BY MR. GALLAGHER:
21    Q    So is -- the question that you were
22 addressing was more broadly, does exposure to NDMA
23 in any manner have an association or potentially
24 lead to cancer; is that correct?
25    A    Any matter that -- that leads to

Page 57

1  systemic absorption.  So if I could clarify, so
2  if -- if -- if for -- let's say, hypothetically,
3  there was a study where a person inhaled NDMA for
4  one day, that -- that would not really be systemic
5  absorption of NDMA.  But if in a study of a 40-year
6  follow up, people are exposed to NDMA through skin
7  and inhalation, you can be sure that they are,
8  throughout the time of follow up, are getting
9  exposed to NDMA systemically.
10    Q      Okay.  Let me unpack that a little
11  bit.
12          So you're referring to a time frame
13  component?
14    A      Yes, I mean the studies that I
15  included are epidemiological studies.  They are --
16  either follow a patient forward or have asked about
17  their intake.  So they -- they have been followed
18  for a time, and these patients have been exposed to
19  NDMA over time.
20    Q      Okay.  Do you agree with me that
21  the -- that the method of -- what the method of
22  exposure is to NDMA can have an impact on what
23  tissues in body are exposed to NDMA?
24    A      Can you clarify the question, please?
25    Q      Sure.  I guess do you have any

Page 58

1  understanding -- let me ask it this way:  Do you
2  have any understanding whether different tissues are
3  exposed to NDMA if the exposure is through
4  inhalation versus through skin contact versus oral
5  ingestion?
6    A      From animal studies, we know that it
7  has caused cancer from those different routes of
8  administration in animals.  In humans, again,
9  exposure to NDMA where it gets into your system can
10  affect different organs, just like smoking --
11  primarily smoking causes lung cancer.  But we have
12  evidence that it can also cause other cancers.
13          So it's not that -- although it's
14  mostly affecting the lung, that the carcinogen is
15  probably affecting other -- other organs as well.
16    Q      Okay.  I understand what you're
17  saying, but do you have any understanding whether
18  the method by which a person is exposed to NDMA
19  impacts the tissues that are actually exposed to
20  NDMA?
21          MR. NIGH:  Form objection.
22          THE WITNESS:  You mean like a
23  toxicology study or an epidemiological study
24  that looks at different tissue levels with
25  respect to cancer?  Can you, maybe, elaborate a

Page 59

1  little bit about the type of study you're
2  asking about?
3  BY MR. GALLAGHER:
4    Q      Sure.  I don't think I'm asking about
5  a study, necessarily.  I'm asking if you have an
6  understanding of whether the -- do you have any
7  understanding whether an exposure to NDMA through
8  oral ingestion versus exposure through inhalation
9  has any differences in the tissues that are
10  ultimately exposed -- ultimately exposed to NDMA?
11    A      No.  I mean, I think that's -- that's
12  sort of like a toxicology type of question.  I don't
13  know of any details of specific concentration of
14  NDMA in each organ, no.
15    Q      Okay.  Let's look at the Straif
16  article that's Exhibit 7.
17          So in your report, you say -- you say
18  that there with an increase in the risk of --
19          THE COURT REPORTER:  In the risk of --
20  I'm sorry.  In the risk of what?
21          MR. GALLAGHER:  All cancer deaths.
22          THE COURT REPORTER:  I'm not
23  understanding.
24          MR. GALLAGHER:  I'll repeat the
25  question.

Page 60

1  BY MR. GALLAGHER:
2    Q      In your report, you say about the
3  Straif study that there was an increase in the risk
4  of all cancer deaths.  And you identify the relative
5  risk of 1.4 with the confidence interval of 1 to
6  1.8?
7    A      Let me find that, just one second.
8    Q      Okay.  If you look at Page 14 of your
9  report.
10    A      Okay.  14, okay.  Okay.
11    Q      So you agree that this -- this was not
12  statistically significant?
13          MR. NIGH:  Form objection.
14          THE WITNESS:  I think it just missed
15  the statistical significance because it -- the
16  lower balance starts with 1.0.
17  BY MR. GALLAGHER:
18    Q      So it did miss the statistical
19  significance because the lower bound of the
20  95 percent --
21          THE COURT REPORTER:  Can you repeat
22  that, please?
23          MR. GALLAGHER:  Sure.
24  BY MR. GALLAGHER:
25    Q      Sure.  It missed statistical

Page 61

1 significance because the lower bound of 95 percent
2 confidence interval included 1.0, correct?
3    A      Correct.
4    Q      And as we discussed previously, a
5 relative risk of 1.0 means there's no association
6 between the exposure and the risk that's being
7 validated, correct?
8    A      Well, the relative risk is 1.4. The
9 lower bound is 1.0. And, again, it speaks to
10 precision. I cannot -- I cannot exclude this
11 size -- this relative risk of 1.4 and just say it's
12 not -- because it's not statistically significant,
13 there is no harm. Again, I -- I think we spoke
14 about the caveats of interpretation of what the
15 P value is and statistical significance really
16 means.
17          So I mean, it is a 1.4 relative risk
18 with those confidence intervals.
19    Q      Okay. If you were to present data to
20 a peer --
21          THE COURT REPORTER: To appear what?
22 BY MR. GALLAGHER:
23    Q      To a peer-reviewed journal, like this
24 where the confidence interval includes 1.0.
25    A      Uh-huh.

Page 62

1    Q      Would you expect that peer-reviewed
2 journal would not let you say that there was
3 statistically significant association?
4          MR. NIGH: Form objection.
5          THE WITNESS: Again, it -- it depends
6    on the journal on the editorial board. The
7    statistical significant, sort of, misnomer, if
8    you will, that I talked about, is relatively
9    recent. And the American Statistical
10    Association put out this correction on the
11    interpretation of this -- this topic in 2016.
12    So it will take a while before most editorial
13    boards and editors really come to grasp of
14    what -- what this concept means.
15          So, again, because up until now, a lot
16    of these editors are sort of interested in
17    statistical significance versus nonstatistical
18    significance. It's possible that some journals
19    still ask that.
20 BY MR. GALLAGHER:
21    Q      I believe we've talked about this a
22 couple of times now. When you submit an article for
23 consideration to be published in a peer-reviewed
24 journal, there's review by, you call them editors;
25 is that right?

Page 63

1    A      There's usually a peer review of two
2 or more peers, external reviewers, and then there
3 is -- yes, there is an editor that also reviews it.
4    Q      And when -- what is the purpose of the
5 peer-review process?
6    A      The peer-review process is to try to
7 ensure as much as possible, and sometimes that does
8 not happen, but the process is there to ensure that
9 the research is -- is vetted and -- and checked
10 before it's published.
11    Q      Okay. And when you -- when you submit
12 an article for the peer-review process, is it
13 sometimes either the peer reviewers or the editors
14 ask you to make changes to the article?
15    A      Yes, usually they do.
16    Q      And part of the purpose of that peer
17 review process and the changes that they may ask for
18 is to improve the scientific accuracy and validity
19 of what's being published, right?
20    A      That is correct.
21          MR. NIGH: Objection.
22 BY MR. GALLAGHER:
23    Q      Okay. And the report, Exhibit 5, that
24 you submitted in this litigation, your expert
25 report, that was not submitted through peer review,

Page 64

1 correct?
2    A      No.
3    Q      Looking at the Straif article, Exhibit
4 7, specifically on Page 181.
5    A      Yes.
6    Q      I'll come back to that later.
7          MR. GALLAGHER: Let's take maybe a
8    10-minute break right now.
9          THE WITNESS: Sure.
10          THE VIDEOGRAPHER: The time is
11    9:33 a.m. and we're going off the record.
12          (Whereupon, a short break was taken.)
13          THE VIDEOGRAPHER: The time is now
14    9:47. We're back on the record.
15 BY MR. GALLAGHER:
16    Q      Welcome back, Dr. Etminan.
17    A      Thank you.
18    Q      If you look at Page 14 of your report,
19 the paragraph about -- where you're writing about
20 the McElvenny article?
21    A      Uh-huh.
22    Q      Is that -- this is Exhibit 5, the --
23 towards the bottom of that paragraph, you say,
24 "These men might have been exposed to carcinogens
25 other than NDMA and NDEA"?

Page 65

1    A    Yes.

2    Q    And, in fact, working in the rubber

3  factories, they probably were exposed to many

4  carcinogens other than NDMA and NDEA, right?

5    A    Yes, possible.

6    Q    And the same would be true for the

7  rubber workers who are study subjects of the Straif

8  article?

9    A    Yeah.

10    Q    And the same would be true for the

11  cohort of rubber workers that were subjects of the

12  Hidajat article, right?  Those men would have been

13  exposed to many carcinogens other than NDMA and

14  NDEA, correct?

15    A    If I could clarify, so, yes, all of

16  these men were working in these factories, and they

17  were exposed to a number of carcinogens, including

18  NDMA.  However, Hidajat was the only one that

19  actually quantified NDMA in different levels.  And

20  if -- if you're inferring that there could be a

21  potential risk of cancer with other carcinogens,

22  that is true.  However, we have to actually know

23  that the -- the men who are on the highest NDMA

24  exposure in the Hidajat study are actually exposed

25  more to other carcinogens than the men in the lower

Page 66

1  NDMA exposed group.

2    In other words, for carcinogens -- for

3  other carcinogens to introduce this bias for

4  measurement in this study, you have to be able to

5  show that the NDMA, the highest NDMA category met

6  were getting -- were getting more exposure to those

7  carcinogens than the control group.

8    And I don't think -- in other words,

9  there is what we call a differential, sort of,

10  measurement.  In other words, it's affecting one

11  group more, that's why we see more cancers.  But

12  that's not -- I mean, there's no reason to believe

13  that.  This is a large population study in the UK.

14  All these men are in the factory.  They are all

15  being exposed to different carcinogens probably at

16  the same rate.  I mean, there is no -- there is no

17  reason to believe that the ND -- the highest NDMA

18  group that has -- shows higher cancer rates were

19  also exposed to other carcinogens more than the

20  other -- they were probably exposed at equal rates.

21    Q    Okay.  Well, let's look at the Hidajat

22  studies.  That's Exhibit 8.

23    And if you look at -- first off, let's

24  look at the first page, the right-hand column,

25  the -- the last paragraph starts off -- it says,

Page 67

1  "Exposures vary throughout the rubber manufacturing

2  process."

3    Do you see that?

4    A    Yes.

5    Q    So that's following a list of several

6  potential -- exposures to potential carcinogens that

7  exist in the -- in the rubber factory, and it's

8  saying that the exposures vary throughout the rubber

9  manufacturing process, right?

10    A    What was your -- the last part of your

11  comment?  Sorry.  I couldn't hear.

12    Q    It's saying here that the exposures to

13  these potential carcinogens vary throughout the

14  rubber manufacturing process, right?

15    A    Yes, they vary, yeah.

16    Q    And then going to the next page,

17  Page 251, the right-hand column, the top heading,

18  "Exposure Assessment" -- first off, this is looking

19  at a study of rubber workers in the UK, correct?

20    A    Yes.

21    Q    The cohort of -- it was male rubber

22  factory workers in the UK aged 35 years or older as

23  of 1 February 1967, and that's on this Page 251

24  under "Materials and Methods"?

25    A    Uh-huh.

Page 68

1    THE COURT REPORTER:  Is that yes?

2    THE WITNESS:  Yes.

3  BY MR. GALLAGHER:

4    Q    So the first sentence under "Exposure

5  Assessment," says, "Exposure assessment was based on

6  estimates from the EU-EX-ASRUB database of

7  measurements of compounds in rubber factories in

8  Europe," right?

9    A    Uh-huh.  Yes.

10    Q    So this is where they're getting the

11  estimates for each of the compounds that they're

12  looking at, including NDMA, right?

13    A    Yes.

14    Q    Okay.  And that's citing to

15  Reference Number 18, and if we go forward to

16  Page 258 on the right-hand column, you see

17  Reference 18.  And that's an article by DeVocht as

18  the lead author, right?

19    A    Yeah.

20    MR. GALLAGHER:  Let's mark as

21  Exhibit 9 the DeVocht article.

22    (Whereupon, Exhibit 9 was marked for

23  Identification.)

24    MR. GALLAGHER:  Let me know when it

25  shows up in the chat.

Page 69

1        THE WITNESS:  Yeah, it just showed up.
2 BY MR. GALLAGHER:
3    Q     If we go to Page 694 under -- under
4 "Results"?
5    A     Uh-huh.
6    Q     And this is explaining that -- well, I
7 guess, first off, this is the article that Hidajat
8 is citing to as the source of the estimates for
9 exposures, including the exposures to NDMA, correct?
10   A     Yes.
11   Q     Okay.  And under "Results," it's
12 describing the EX-ASRUB database and explaining that
13 "the measurements in the database have been
14 collected from very different sources in the
15 participating countries."
16       Did I read that correct?
17   A     That is correct, but they -- they
18 do -- there's statistical modeling that is mentioned
19 in their method.  They do correct for a lot of those
20 heterogeneity between country measurements.  So I
21 found that modeling quite robust.  Not that -- not
22 that it doesn't have -- I mean, every study has
23 limitations, but I found that -- that part of what
24 they did was quite strong in terms of correcting for
25 those differences that we just mentioned of exposure

Page 70

1 in different countries.
2    Q     Who -- who did the corrections that
3 you're referring to?
4    A     Well, they used the random effects, if
5 you look at the -- if you look at the method -- the
6 statistical methods, I believe.
7    Q     Which article are you looking at?
8    A     DeVocht.
9    Q     Doctor, are you referencing -- are you
10 talking about DeVocht, or are you talking about
11 Hidajat?
12   A     No, DeVocht.
13   Q     Maybe let's look on the Page 697, and
14 if we can start -- start in the left-hand column,
15 the bottom paragraph that's going to then carry over
16 to the right-hand column?
17   A     Okay.
18   Q     Do you see that, it says, "Not only
19 the number of collected measurements and the time
20 periods when they were collected differed between
21 the different countries, but large differences were
22 also found in the type of chemical agents collected
23 depending on nationally set priorities and research
24 interests of particular investigators," right?
25   A     I see that.

Page 71

1    Q     Okay.  Then it goes on to say, "For
2 example, N-nitrosamine measurements were primarily
3 collected in Germany, while in the UK, measurements
4 of rubber process dust and rubber fumes were made."
5        Do you see that?
6        THE COURT REPORTER:  I'm sorry.  While
7 in the UK, measurements of...
8        MR. GALLAGHER:  Rubber process dust
9 and rubber fumes were made.
10 BY MR. GALLAGHER:
11   Q     Do you see that?
12   A     Yes.
13   Q     So N-nitrosamine measurements were
14 primarily coming from exposures in factories in
15 Germany?  That's where the estimates were coming
16 from in DeVocht, correct?
17       MR. NIGH:  Object to form.
18 BY MR. GALLAGHER:
19   Q     Correct?  Am I correct -- the
20 measurements of N-nitrosamine that are being used in
21 DeVocht are primarily collected from rubber
22 factories in Germany?
23       MR. NIGH:  Object to form.
24       THE WITNESS:  Can I have a few minutes
25 just to read this section, if you allow -- if

Page 72

1 you allow me?
2 BY MR. GALLAGHER:
3    Q     Sure.  Sure.  Take a minute.
4    A     Okay.  So, yes, they do -- they do --
5 they do list these limitations as you pointed out.
6 However, I mean, one can argue that these
7 limitations could also potentially underestimate the
8 exposure of -- of what they have measured in their
9 study.
10       And, again, I go back to my original
11 point.  You're following -- you have 35,000 men for
12 about -- sorry, 15,000 men for about 40 years.  In
13 order to produce results that are a major deviation
14 from the risks that they have shown, you have to be
15 able to actually show that one group was -- had, you
16 know, a major measurement error in other carcinogens
17 or NDMA more than the other group because this is a
18 population-based study.
19       And there is really no reason to
20 believe that one group had these limitations and the
21 other group did not.  It probably occurred
22 non-differentially in both groups over a long period
23 of time.
24       So yes, as they said, the study does
25 have some limitations.  But I think this limitation

Page 73

1 does -- could actually mean the risk could be
2 potentially higher because it's smaller -- perhaps,
3 potentially a smaller quantity of NDMA was measured,
4 so the techniques that they were talking about.
5        But overall, I think that the study's
6 strengths, sort of, outweigh its limitations. But,
7 I mean, that is a limitation that they discuss.
8      Q     So you say that based on this
9 limitation, they could have -- potentially could
10 have underestimated any potential association, but
11 they are -- based on that limitation -- they also
12 could have overestimated any potential association,
13 right?  That's the nature of the limitation?
14     A     Yes, it could go both ways, but I --
15 I'm more -- again, I go back to my -- I'm more of a
16 stronger believer in the fact that any major
17 deviation from these results requires, you know, a
18 large amount of measurement error over time only in
19 one group and not the other group.  Other
20 limitations could perhaps change the effect size,
21 you know, perhaps a little bit.  But I don't see a
22 relative risk of three or four, you know, coming
23 down to one or -- or to the left of one.  I don't --
24 I don't see -- without having evidence of any major
25 measurement error going on, I don't see those

Page 74

1 results drastically changing.
2      Q     Okay.  You talked about measurement
3 errors.  So talking about the Hidajat study, the
4 Hidajat article?
5      A     Yes.
6      Q     This is a cohort of men working in
7 rubber factories in the UK.
8      A     Right.
9      Q     And --
10     A     Right.  By "measurement" there, I mean
11 if one group is exposed, as you also agreed because
12 of other potential carcinogens, if one group -- if
13 there is a measurement error in NDMA in one group,
14 say, the high users more than the lower users, or if
15 there is more exposure of other carcinogens in one
16 group versus the other, in the presence of those,
17 there -- there could be a bias introduced.
18        But we don't have any evidence that in
19 this long-followed-up large-sample study these
20 errors only favored one group, let's say the high
21 NDMA users and not the -- not the other -- not the
22 control group.  There is no evidence to believe
23 that.  It probably happened equally over time in
24 both groups.
25     Q     Okay.  So you're talking about

Page 75

1 measurement error and measurement of NDMA in the
2 Hidajat study.
3      A     And -- and exposure -- and exposure of
4 other carcinogens, which was also brought up --
5      Q     Okay.
6      A     -- as well.
7      Q     I want to talk for just a minute about
8 the measurement of NDMA.
9      A     Okay.
10     Q     Hidajat -- Hidajat is a cohort of
11 workers in rubber factories in the UK, right?
12     A     Yes.
13     Q     Hidajat did not measure the levels of
14 NDMA to which any of -- to which those workers were
15 exposed, right?  It was based on estimates from this
16 database, right?
17     A     Correct.
18        MR. NIGH:  Objection.
19        THE WITNESS:  Measuring -- measuring
20     direct NDMA for each subject and following them
21     for 35 years is pretty much impossible, so
22     that's -- that's the approach that they took.
23 BY MR. GALLAGHER:
24     Q     Right.  But Hidajat didn't take any
25 measurements.  Hidajat based -- Hidajat based their

Page 76

1 exposure assessment on estimates from the EX-SARUB
2 database.
3      A     Yes, I think we've -- we've agreed on
4 that, yes.
5      Q     Okay.  And now we're looking at
6 DeVocht article, and there, the -- the measurements
7 for N-nitrosamine primarily were collected in
8 Germany, right?
9        MR. NIGH:  Form objection.
10        THE WITNESS:  Yes.
11 BY MR. GALLAGHER:
12     Q     And they say that there were large
13 differences in the time periods and large
14 differences in the type of chemical agents collected
15 depending on nationally set priorities and research
16 interests of particular investigators, right?
17     A     Right.
18     Q     Okay.  Further on here in the next
19 paragraph right below that paragraph, it goes on to
20 say in the DeVocht article, "Furthermore, measured
21 concentrations cannot be compared directly between
22 countries because of the differences in sampling
23 devices used to measure exposures," right?
24     A     Yeah.  That's what they said, yeah.
25     Q     So that's a further limitation.

Page 77

1        And then -- and then the bottom of
2   this page, it carries over to the next page, they
3   further say, "This makes it difficult to distinguish
4   between actual differences of exposure between
5   countries and differences in the performances of
6   different sampling devices that are known to exist,"
7   right?
8      A    Yes.
9      Q    So we don't know that the exposures
10  for N-nitrosamine, for NDMA, or for NDEA that were
11  included in this database from the DeVocht article,
12  are representative of the rubber factory that are
13  included -- the rubber factories in the UK that are
14  included in the Hidajat cohort, right?
15        MR. NIGH:  Object to form.
16        THE WITNESS:  Again, that -- that
17     could -- I mean, I believe this -- we don't.  I
18     believe the assumption would be that they
19     are -- I mean, it's Europe -- it's European
20     countries.
21        If -- if they were using NDMA exposure
22     data from China and applying it to the UK, I
23     would be concerned.  But, here, yes, they don't
24     have exact measurements for each country.  But
25     again, there has to be a huge difference

Page 78

1     affecting both the high NDMA and the low NDMA
2     groups over 30 years to -- to shift the -- you
3     know, create a major change in the results that
4     Hidajat produced.
5   BY MR. GALLAGHER:
6      Q    But that's a limitation that
7   DeVocht -- the authors of the DeVocht article are
8   acknowledging in this database, right?
9      A    Yes.
10     Q    Let's go back to the Hidajat article,
11  on the first page of the article right under
12  "Introduction."
13     A    Okay.
14     Q    It says -- starting off the article,
15  first sentence, they say, "Employment in the rubber
16  industry has been concluded to cause cancer by the
17  International Agency for Research in Cancer (IARC)."
18        Do you see that?
19     A    Yes.
20     Q    Do you have any reason to disagree
21  with that statement?
22     A    No.
23     Q    And, in fact, rubber -- workers in
24  rubber factories in the UK are exposed to a variety
25  of potential carcinogens, right?

Page 79

1      A    Yes.
2      Q    And that includes rubber dust, rubber
3   fumes, polycyclic aromatic hydrocarbons, aromatic
4   amines, benzene, all of those, correct?
5      A    Correct.
6      Q    And that exposure is primarily by
7   inhalation or direct contact with skin, right?
8      A    Yeah.
9      Q    Okay.  The -- the Hidajat study
10  didn't -- didn't control for all of these potential
11  confounding exposures, did they?
12     A    I wouldn't call them confounders
13  because the specific definition of a confounder is a
14  variable that has to be associated with both NDMA
15  use and cancer.  These are mostly risk factors which
16  means that they are mostly causes of cancer.
17        And again, I go back to my point,
18  major -- if you're inferring that these -- yes,
19  these are all carcinogens.  That's what IARC says,
20  and I have -- I agree with what they're saying.  But
21  if you're inferring that these carcinogens
22  contributed to the high relative risk of cancer that
23  we see from Hidajat based on the high NDMA levels;
24  again, I go back to my explanation of the type of
25  bias that -- that needs to be created, has to be

Page 80

1   differential, meaning that it has to -- we have to
2   have data, or we have to intuitively think that
3   these chemicals are only affecting the NDMA -- high
4   NDMA category and not the control group.  And
5   there's no reason to believe that's the case.
6        Most probably, just inferring from
7   what we know from the data from -- from the article
8   of the cancer studies, that this long follow up,
9   these -- these other carcinogens probably affect
10  both the high NDMA -- well, it affects everyone in
11  -- in the study, high NDMA group versus low NDMA
12  group.
13        And when that happens in the
14  epidemiological studies, it usually -- usually is an
15  underestimation of the true effect.  In other words,
16  the risk, relative risk is 7, and it comes down to 5
17  because of this error, this potential contamination
18  in both groups, which we call "non-differential
19  measurement error."
20        The bias that you, I think, are
21  referring to is a case where all of these
22  carcinogens are only affecting the high NDMA group
23  and not the other group.  And that just doesn't --
24  you know, we don't have any data for that.  It
25  doesn't make a lot of sense why that would happen.

Page 81

1      So to answer your question, yes, a
2  number of these carcinogens were present in this --
3  in this study just because of the nature of the
4  exposure.
5      But I don't think it would have
6  changed the results that much, because of this
7  presence of other carcinogens.  Again, because there
8  is no reason to believe that it affects one group
9  and not the other group.
10  Q      Well, unless you control for these
11 other exposures, you don't know if there's a
12 differential effect or not?
13     MR. NIGH:  Form objection.
14 BY MR. GALLAGHER:
15  Q      Correct?
16  A      Can you repeat your question, please?
17  Q      Unless you control for these other
18 exposures, you don't know whether there's a
19 differential effect or not?
20     MR. NIGH:  Form objection.
21     THE WITNESS:  Well, I mean, it's --
22 it's gonna be very difficult to measure for all
23 of these variables.  And, again, they're not --
24 we -- we control for -- we control for mainly
25 confounders.  I'm not sure if all of these are

Page 82

1  confounders in the true sense of the term,
2  which is a variable that affects both the
3  outcome and the exposure.
4      There are mainly risk factors, and
5  risk factors are not -- not controlling for
6  risk factors is not as detrimental as not
7  controlling for confounders.
8      This is -- this is a very -- you know,
9  it's a very difficult study to execute, and
10 there's no -- there is no way to control for
11 all of those variables.  And I'm not -- again,
12 I'm not sure if -- they're not true
13 confounders, I'm not sure -- not controlling
14 for them would affect the results, or at least
15 a direction of the results, that much.
16 BY MR. GALLAGHER:
17  Q      Okay.  Understanding the distinction
18 you're making between exposures to these other
19 potential carcinogens and confounders, let's talk
20 first about these other potential exposures.  And
21 we'll talk about confounders in a few minutes.
22     If the workers in a specific area of
23 the rubber factory in -- in the UK are exposed to
24 rubber fumes, polycyclic aromatic hydrocarbons,
25 aromatic amines and NDMA, and half of those are

Page 83

1  carcinogens and half of them are not, how do you
2  separate which ones are, if you haven't controlled
3  for those different -- for those exposures?
4      MR. NIGH:  Form objection.
5      THE WITNESS:  Again, that's -- that's
6  very difficult to do.  And, again, I go back to
7  my previous point:  In a large cohort of 15,000
8  men with 35 years of follow up, you have to
9  show consistently that the other carcinogens is
10 only affecting the high NDMA users, through the
11 35 years of follow up constantly in order for
12 the effect of -- of other -- the other
13 carcinogens to be reflected in the relative
14 risk.  That -- we don't have any data that
15 that's happening.  It doesn't make intuitive
16 sense.
17     It makes sense that these men are
18 exposed to these carcinogens, but in the span
19 of a 35-year follow-up, it's probably affecting
20 both the high NDMA and the low NDMA equally.
21 And when that happens, that actually dilutes
22 the -- the -- the relative risk that you're
23 seeing.
24     So, again, we don't have -- there's no
25 way to measure all the -- all these agents that

Page 84

1  you mentioned for all these men and follow them
2  for the 35 years.  But because I don't believe
3  it's affecting one group more than the other, I
4  don't -- I don't see a major -- this potential
5  limitation leading to a major bias.
6  BY MR. GALLAGHER:
7  Q      Well, you say you don't believe it's
8  affecting one group more than another, but that's an
9  assumption you're making, right?
10     MR. NIGH:  Object to form.
11     THE WITNESS:  It's not just an
12 assumption.  It's -- I mean, it's -- it's based
13 on the -- the information you're given, this
14 is -- this is rubber factory workers, 35 years
15 of follow-up in the UK.  And we are not
16 giving -- we are not given any information
17 that, you know, all of a sudden, this cohort,
18 or at least part of the cohort, is exposed to
19 this other carcinogen more, you know, in the
20 high -- especially in the high NDMA group more
21 than the other, the control group.
22     So I -- I feel comfortable with the
23 assumption because I -- I just can't see any
24 sort of a logical reason as to why that would
25 happen.  It's a -- it's a large population

Page 85

1      based study on the same cohort in the same
2      country followed forward for 35 years.
3  BY MR. GALLAGHER:
4      Q      Can we go for just a minute to your
5  invoices again, which is Exhibit 4, I think?  Is
6  that right?  Exhibit 4.
7           And if we look at Page 3 of 5, this is
8  an invoice from May 5th of 2021.
9           Do you see the -- there's three
10 entries on this invoice.  The bottom entry looks
11 like you spent three hours searching for
12 methodologies to control for unmeasured confounding
13 for the Hidajat study.  Do you see that?
14     A      Yes.
15     Q      Why were you searching for
16 methodologies to try to control for unmeasured
17 confounding in the Hidajat study?
18     A      Because I wanted to show how robust
19 the -- the results would be in the absence of one
20 uncontrolled confound.
21     Q      When you're saying you want to show
22 how robust it is, you're assuming that the results
23 are robust, but for unmeasured confounding factors,
24 right?
25          MR. NIGH:  Form objection.

Page 86

1          THE WITNESS:  Well, let me put it,
2      then, another way.  I wanted to know if there
3      is -- how much change -- how much the results
4      would change when I include -- when I
5      assimilate this unmeasured confounder into the
6      results.
7  BY MR. GALLAGHER:
8      Q      Okay.  And in order to do that, you
9  had to go search for methodologies to control for
10 those unmeasured confounders, right?
11     A      Yes.
12          MR. NIGH:  Form -- form objection.
13 BY MR. GALLAGHER:
14     Q      It's not something that you -- you had
15 a methodology that you -- you -- that you typically
16 use, yourself, in your -- in your research?
17          MR. NIGH:  Form objection.
18          THE WITNESS:  Can you repeat the
19     question, please?
20 BY MR. GALLAGHER:
21     Q      You had to go search for methodologies
22 because you didn't have -- you didn't have a
23 methodology that you typically used for this type of
24 looking at potential effects of unmeasured
25 confounders, right?

Page 87

1          MR. NIGH:  Form, form objection.
2          THE WITNESS:  No, I -- I used the
3      E-value methodology which I had -- I have used
4      actually before in my -- in my research
5      studies.  I just wanted to do another search
6      just to see if there is any newer or perhaps
7      better methodology than the E-value
8      methodology.  And I found that there isn't any,
9      so I used the method that I have used, you
10     know, a number of times in the past in my own
11     research.
12 BY MR. GALLAGHER:
13     Q      Okay.  If we look at your report,
14 Page 15?
15     A      Yes.
16     Q      And is this -- is this table part of
17 what you're referring to in terms of looking at the
18 effect of unmeasured confounders?
19     A      Yes.
20     Q      And walking through the table on the
21 left-hand column, you've listed different specific
22 types of cancer, right?
23     A      Yes.
24     Q      And in the middle column, you --
25 you're listing hazard ratios without unmeasured

Page 88

1  confounder.  Where are you getting those numbers
2  from?
3      A      So by using this methodology that's
4  published, if you include -- there is a formula
5  where you include the -- for example, the stomach
6  cancer is 1.72.  If you include this in this
7  formula, it tells you how large that unmeasured
8  confounder has to be to eliminate the risk of 1.72.
9           So you can see for all the other
10 cancers -- all the cancers listed, the -- the
11 magnitude of the effect of that confounder has to be
12 pretty large to reverse the -- the relevant risks on
13 the left-hand column.
14     Q      So I guess -- let me walk through it
15 this way.
16          The left-hand column, those are -- are
17 reporting hazard ratios that are coming from the
18 Hidajat study; is that right?
19     A      That's right.
20     Q      Okay.  And then in the right-hand
21 column is where you're now calculating what -- what
22 that hazard ratio for an unmeasured confounder would
23 need to be in order to take the relative risk in the
24 left-hand column down to one; is that right?
25     A      Correct.

Page 89

1    Q      Okay. And Hidajat, they did not
2  directly control for smoking, right?
3    A      They did not, although -- they did
4  not, although they said they simulated smoking data,
5  and the results did not change.
6    Q      They simulated smoking data, but they
7  didn't control for smoking, right?
8    A      No.
9    Q      Would you consider smoking to be a
10 potential confounder?
11   A      So smoking is definitely a risk factor
12 for cancer, and smoking, in order for it to be a
13 confounder, has to also be potentially associated
14 with NDMA exposure. So it could potentially be
15 confounded, yes.
16   Q      Okay. And another potential
17 confounding factor would be family history of
18 cancer?
19   A      Yes, family history of cancer --
20 again, so the family history of cancer is definitely
21 a risk factor for cancer. Whether people with
22 family history of cancer are more likely to be
23 exposed to NDMA, that, you know, that side of the
24 triangle, I'm not sure it's possible. But then
25 again, for that confounder to introduce bias, it has

Page 90

1  to -- it's dependent on how prevalent that
2  confounder is in that population and how strong the
3  confounder cancer and confounder NDMA relationship
4  is. So just the absence of a confounder does not
5  mean that necessarily the study is biased, if a
6  confounder has to, you know, a number of criteria
7  have to be met for that unmeasured confounder to
8  actually -- as I have demonstrated in my table, to
9  cause bias in the results.
10        But theoretically, it could be a
11 potential confounder.
12   Q      Okay. And Hidajat did not control for
13 family history of cancer?
14   A      No.
15   Q      Correct?
16   A      No.
17   Q      Are you aware that infection with
18 H. pylori is a potential risk factor for certain
19 types of cancer?
20   A      Again, it is a risk factor but it's
21 not necessarily a confounder, because H. pylori is
22 not really associated with NDMA exposure.
23        So not having H. pylori is not going
24 to really bias the results because it's not a
25 confounder. It's a risk factor. However, I don't

Page 91

1  really see it as a major bias. Plus, again, it has
2  to be differential between the two groups, even if
3  it were a confounder.
4        So I don't -- yes, H. pylori was not
5  measured. And it is -- it is a risk factor for
6  mainly actually stomach cancer, but it is a risk
7  factor of cancer. But it's not -- I don't believe
8  it's necessarily a confounder because it doesn't
9  meet the H. pylori NDMA length in the triangle, in
10 the causal triangle.
11   Q      Well, again, unless you control for
12 it, you don't know if there's differential exposure
13 between --
14   A      Well, first -- first of all, it's not
15 a confounder, so even if it's differential or not
16 differential, because it's not a confounder, it
17 should not really change the results. Smoking is a
18 confounder. We talked about it because it satisfies
19 the confounder definition, but H. pylori, you know,
20 at first glance, it seems, like, oh, we should
21 control for it because it's a risk factor for
22 cancer. But it's not really -- it's not really
23 associated with NDMA users. It's a relatively
24 prevalent infection that many people have. So I
25 don't really -- I don't really see how -- not

Page 92

1  measuring H. pylori could really change the results.
2    Q      What's the distinction that you see
3  between smoking and infection with H. pylori, if
4  smoking is a confounder but H. pylori infection is
5  not?
6    A      Smoking is a confounder because it's
7  associated with cancer, and since it's probably
8  associated with NDMA because these are -- rubber
9  factory workers in the '60s and '70s and, you know,
10 that -- that sort of profession. Especially back
11 then, they were probably smokers. So it meets
12 the -- the dual criteria of a confounder.
13        H. pylori only has one arrow to
14 cancer, but it doesn't really have an arrow to NDMA
15 in any way. It's not really associated with NDMA,
16 so that's why it's only one arrow to cancer that
17 makes it a risk factor and not a confounder.
18   Q      Do you agree with me that if the
19 members of the cohort from the Hidajat study who
20 were classified -- who were classified by them as
21 high NDMA were more likely to have H. pylori
22 infection than the members of the cohort that were
23 classified as low NDMA exposure, if that would skew
24 the results?
25        MR. NIGH: Form objection.

Page 93

1      THE WITNESS: No. Again, what you're
2   talking about in terms of one group having more
3   than the other is -- again, it's for
4   confounders. So if you have a confounder
5   that's showing up more in one group than the
6   other, that confounder is probably biasing the
7   results, and you have to do an analysis where
8   you stratify by that confounder to make things
9   clean.
10      H. pylori is not a confounder, and so
11   even if one group had it more than the other,
12   which we don't really believe is the case,
13   would not really change, because it's --
14   because it cannot change -- it's not affecting
15   the exposure. It's only affecting the outcome.
16   It wouldn't change the results, I don't believe
17   so.
18 BY MR. GALLAGHER:
19      Q      If there was a difference in the -- in
20   the percentage of the cohort for high NDMA exposure
21   that had H. pylori infection versus the percentage
22   of the cohort classified as low NDMA that had
23   H. pylori infection, you don't think that that would
24   have any impact on --
25      A      The --

Page 94

1      MR. NIGH: Hold on. Hold on. He
2   didn't finish his question.
3      Did you finish, Mr. Gallagher?
4      MR. GALLAGHER: I did, yeah.
5      MR. NIGH: Okay. Form objection.
6      THE COURT REPORTER: I didn't hear the
7   end of the question, just the very end.
8      MR. GALLAGHER: Let me rephrase it.
9 BY MR. GALLAGHER:
10      Q      Dr. Etminan, is it your opinion that
11   if -- if there was a difference in the percentage of
12   the cohort Hidajat classified as high NDMA exposure
13   that had H. pylori infection versus the percentage
14   of the cohort classified as low NDMA
15   exposure that has H. pylori infection, that -- that
16   would not have any impact on the results --
17      A      I --
18      MR. NIGH: Hold on. Hold on. Hold
19   on. I'm not sure if he's done.
20 BY MR. GALLAGHER:
21      Q      That would not have any impact on the
22   results of the study?
23      MR. NIGH: Form objection.
24      Go ahead, Doctor.
25      THE WITNESS: Well, I wouldn't say it

Page 95

1   wouldn't have any impact. I would say it
2   would -- it would affect maybe the precision,
3   maybe a relative risk of say 5 to a 4. But it
4   wouldn't reverse the direction of that -- that
5   effect size. It wouldn't take a 4 to a .5,
6   which confounders could -- could do.
7      This is just a risk factor. So
8   absence of a risk factor could slightly change
9   the precision, but it wouldn't change the
10   direction of the -- of the effect size in
11   Hidajat.
12 BY MR. GALLAGHER:
13      Q      So you agree it could impact the
14   observed hazard ratio?
15      A      In the -- in the way that I just
16   explained, yes.
17      Q      So if we look at the table, you -- you
18   say it could go theoretically from a hazard ratio of
19   5 to a hazard ratios of 4 --
20      A      It could -- it could, but it could be
21   even lower because it has -- you know, there's such
22   a huge sample size. But it's possible to affect
23   precision of the -- of the effect size.
24      Q      Okay. So if we look at your table,
25   for stomach cancer, you're showing a hazard ratio

Page 96

1   without a measured -- a measured confounder of
2   1.782. Why couldn't it go from 1.72 to 1?
3      A      No. I think -- I think you're just --
4   I mean, that's -- that's speculation. I could also
5   go to 1.4. I'm just making a general statement that
6   because H. pylori is mainly a risk factor, provided
7   that there is a huge differential in the -- in the
8   level in the measurement of H. pylori between the
9   high NDMA group versus the low NDMA group, there
10   could be changing precision of the hazard ratio, but
11   not a -- not a reversal of the direction of the
12   hazard ratio.
13      Q      Okay. Let's look at the Hidajat
14   study, Exhibit 8.
15      THE VIDEOGRAPHER: Counsel, there's
16   about 10 minutes left on this media unit.
17      MR. GALLAGHER: Okay. Thanks.
18 BY MR. GALLAGHER:
19      Q      At Page 251, again, under "Exposure
20   Assessments" --
21      MR. NIGH: I'm sorry. Why are we
22   having to -- to break for a media? I haven't
23   seen that with any other court reporter.
24      MR. GALLAGHER: It has happened in
25   the -- in the other depositions.

Page 97

1     MR. NIGH:  The other -- you mean the
2  other depositions using Veritext?  Because I
3  don't think that we need to be breaking to
4  switch tapes.  This is being done via Zoom, and
5  it's being recorded via Zoom.  I just don't
6  understand why we would -- why we would break
7  unnecessarily.
8     MR. GALLAGHER:  Let me finish up for
9  10 minutes, and then we can talk about that.
10 BY MR. GALLAGHER:
11  Q     So looking under "Exposure
12 Assessments" --
13  A     Okay.
14  Q     -- we had looked at this earlier, that
15 the -- the measurements of NDMA are based on
16 estimates from a database.  And then further on,
17 about halfway through this paragraph, it says,
18 "Because only job information in 1967 was available,
19 the primary analyses assumed all subjects remained
20 in the same factory department, i.e., not
21 necessarily in the same job, throughout their
22 careers and were employed until retirement at age
23 70, death or immigration."
24     Do you see that?
25  A     Yeah.

Page 98

1  Q     So in addition to NDMA not actually
2  being measured but being based on estimates from
3  primarily German factories, in Hidajat, in this
4  cohort, they didn't know what part of the factory
5  these individuals were actually working in.  They
6  only had job information for one year, and they
7  assumed that they stayed in the same department,
8  right?
9  A     Can I just have a few minutes to read
10 this, if you don't mind?
11  Q     Sure.
12  A     I'm actually going to look at Hidajat
13 at the very end in the discussion.
14  Q     Sure, what --
15  A     What was the exhibit number again for
16 Hidajat?
17  Q     Exhibit 8.
18  A     Okay.  Just one second, please.
19  Q     Sure.
20  A     Okay.  So would you please repeat your
21 question?
22  Q     Sure.
23     So in addition to not actually
24 measuring NDMA but relying on estimates that came
25 primarily from measurements of German rubber

Page 99

1  factories, because job information was only
2  available for one year, 1967, the authors assumed
3  that all the subjects stayed in the same factory
4  department throughout their career.  But they don't
5  know if any of these workers moved -- moved around
6  to various different departments?
7  A     So, I mean, obviously, it's
8  challenging to keep track of people -- people's
9  occupation for 35 years.  However, I think they took
10 this issue seriously, and they do mention that they
11 did sensitivity analyses looking at different
12 duration of employment.  And they mentioned that
13 that didn't change the results.
14  Q     So I understand that they did some
15 sensitivity analyses around duration of employment,
16 but they're still assuming that for the duration of
17 employment, each subject is staying in the same
18 factory department, right?
19  A     Yeah.  There is that assumption, but
20 at least, you know, the sensitivity analysis of the
21 different duration of employment, I believe is
22 reassuring.  But, yes, the assumption is that they
23 did stay in that -- in that employment for -- for
24 the amount of time.
25  Q     So the sensitivity -- sensitivity

Page 100

1  analysis around duration of employment, I understand
2  that addresses the duration of employment, but that
3  doesn't address this assumption that all the
4  subjects are staying in the same department.
5     MR. NIGH:  Form objection.
6     THE WITNESS:  I mean, I'm not sure,
7  honestly, whether different departments would
8  have different exposure to NDMA over a 35-year
9  period.  But that -- that's -- I mean, that's
10 just the nature of the study.  And that's what
11 they mention.  Again, it -- the exposure of
12 NDMA in the different departments for it to
13 change a major cause and major bias in the
14 study, it has to be quite big and only
15 affecting one group as -- as we talked about
16 with other types of carcinogens, to maintain --
17 to change the direction of these results.
18 BY MR. GALLAGHER:
19  Q     So if we go back to the first page of
20 Hidajat, the right-hand column, bottom paragraph,
21 the authors expressly say, "Exposures vary
22 throughout the rubber manufacturing process."
23  A     Exposures do vary, but my -- I think
24 my point was exposure has to vary in one group, the
25 high NDMA, for -- constantly for long periods, and

Page 101

1  they don't have to -- and they shouldn't vary or
2  stay static in the control group for a long period
3  for this -- for this bias to be introduced.  If
4  exposure -- varied exposure happens randomly through
5  the population of these men in 35 years, again, that
6  could maybe affect the precision a little bit then.
7  But it shouldn't change the direction of the -- of
8  the risk.
9      Q      But you're assuming the exposure to
10  NDMA.  And what the -- the authors are admitting on
11  Page 251 is they only have job information for one
12  year.  So they're assuming that all subjects stayed
13  in the same department.  They don't -- they don't
14  know if they moved.
15          MR. NIGH:  Form objection.
16  BY MR. GALLAGHER:
17      Q      Right?
18          MR. NIGH:  Form objection.
19          THE WITNESS:  They don't know if they
20      moved, yeah.
21  BY MR. GALLAGHER:
22      Q      Okay.  And then additionally, if we go
23  forward to Page 257, the right-hand column, the
24  paragraph just above "Conclusions."  So in this
25  paragraph, Hidajat is acknowledging several

Page 102

1  limitations of -- of the study, right?
2      A      Uh-huh.
3      Q      Including the final sentence,
4  "Finally, cross-contamination between departments
5  cannot rule out the need for multi-pollutant
6  models," right?
7      A      Yeah.
8      Q      "But given the high correlations
9  between exposures, this requires different and
10  complex statistical modeling with currently unknown
11  validity in this context," right?
12          MR. NIGH:  Form objection.
13          THE WITNESS:  Right.  Again, I go back
14      to my -- the point that I have been repeating,
15      the cross-contamination, for it to change the
16      direction of the results, has to be
17      differential only in one group.  And I think
18      they are just -- they are just listing one of
19      the limitations that the study in general.  But
20      for this cross-contamination to change the
21      consistent -- the increased risk of cancer in
22      this study, it has to be a major differential
23      factor.  And I -- I believe that if it was, the
24      authors would mention that in their limitations
25      as well.  Rather than just, you know,

Page 103

1      mentioning that there could be
2      cross-contamination, they would maybe elaborate
3      that the cross-contamination has affected these
4      results because -- and they don't say that.
5      And I don't have any reason to believe there
6      was a major differential contamination in one
7      group versus the other group.
8  BY MR. GALLAGHER:
9      Q      So -- but, again, this is impacting
10  the actual measurement, so if we go back to the
11  first page again, that paragraph we were just
12  looking at, that says, "Exposures varied throughout
13  the rubber manufacturing process."  And then they go
14  on to say, "Rubber dust tends to have the highest
15  exposure in the beginning of the production process,
16  particularly in handling of raw materials," right?
17      A      Right.
18      Q      And then, "Rubber fumes and
19  N-nitrosamines are generated during the heating and
20  curing processes," right?
21      A      Right.
22      Q      So Hidajat is basing their exposure to
23  NDMA on the estimates of exposures in the various --
24  in the various parts of the factory, right?
25      A      Right.

Page 104

1          MR. NIGH:  Form objection.
2  BY MR. GALLAGHER:
3      Q      They're not -- they're not actually
4  measuring what the exposure to NDMA is, right?
5      A      Well, I mean, I don't think that's --
6  that's very, very difficult to do, so they are using
7  the estimates.  I think we have talked about this
8  already.
9      Q      Sure.  And the limitation that they're
10  acknowledging is potential for cross-contamination
11  between departments.  So if there was contamination
12  of rubber dust into the department that was doing
13  the heating and curing processes, that would have a
14  huge impact on the assumption that the people in the
15  heating and curing processes are the ones most
16  highly exposed to N-nitrosamines and basing their
17  conclusions of the hazard ratios off of that, right?
18          MR. NIGH:  Form objection.
19          THE WITNESS:  Again, that
20      cross-contamination has to be sustained for
21      duration of the followup and only in the
22      NDMA -- high NDMA category, to cause the type
23      of bias that you're talking about.
24  BY MR. GALLAGHER:
25      Q      So that's what I'm saying, is the

Page 105

1 cross-contamination would, because the high ND --
2 they're classifying people in the cohort as either
3 high NDMA or low NDMA based on where they're working
4 in the -- in the factory; is that right?
5          MR. NIGH: Form objection.
6 BY MR. GALLAGHER:
7     Q     In other words, that's their
8 assumption. If there's actually cross-contamination
9 into that department of, for example, rubber dust,
10 just to use one, then their -- their assumptions --
11 or their assignment of those individuals being high
12 NDMA, it is directly impacting 100 percent of those
13 people, differentially?
14          MR. NIGH: Form objection,
15 argumentative.
16          THE WITNESS: Yeah. I don't -- I'm
17 not sure if I agree with that. I mean, that's
18 -- that's -- I think that's quite a stretch of
19 what -- what could have happened. There is
20 no -- I mean, I think you're just -- I mean,
21 you're -- you're coming up with an assumption.
22 But I don't -- I mean, even in this -- the
23 limitations of their study, they don't mention
24 such a huge limitation as a potential reason
25 for the results that they found.

Page 106

1          THE VIDEOGRAPHER: Counsel, there's
2 about three minutes remaining.
3          MR. GALLAGHER: Okay. Why don't we go
4 ahead and take a break?
5          MR. NIGH: I'm sorry. Are we taking a
6 break because there's three minutes remaining
7 on tape? Because we're -- we're ready to keep
8 going. I mean, if this is going to be 10 hours
9 of record time to have interruptions just
10 because there's a certain amount of record, you
11 know, tape time, this is not an interruption
12 that we've had for any other court reporter.
13 And I don't understand why we would have it
14 here.
15          We have not had this for any of our
16 depositions that the plaintiffs have taken of
17 custodial depositions. And frankly, I think
18 that this is not a reason to take a break. I
19 want to us continue forward at this time.
20          Dr. Etminan, can you continue? Do you
21 want to continue forward?
22          MR. GALLAGHER: Let's take a break.
23          MR. NIGH: No. No. No. We don't
24 just take a break because -- because there's a
25 limitation for -- for tapes for some reason

Page 107

1 that we can't even get an explanation for.
2          MR. GALLAGHER: Can we go off the
3 record and discuss that?
4          MR. NIGH: No. No. I want this on
5 the record because I want to be arguing that if
6 we're going to have 10 hours of record time,
7 that we need to be getting through the
8 deposition, not taking breaks just because
9 there's a limitation in terms of tape time.
10 This should not be -- this should not be a
11 limitation for a Zoom deposition. We're ready
12 to continue forward.
13          THE VIDEOGRAPHER: Counsel, there's
14 one minute.
15          THE COURT REPORTER: Your court
16 reporter needs a break.
17          MR. NIGH: This is all coming out now
18 in response to the tapes. I can tell. So you
19 know we -- we need to be getting through this
20 deposition, and now -- now, we're -- it is --
21 this prompt was clearly because of tapes.
22 That's what I heard. That's what started the
23 whole thing. Now, it's sounding to me like
24 other people are weighing in to try to save
25 this response on the tapes. This happened

Page 108

1 multiple times in other depositions, and that's
2 exactly what I think the record is going to
3 show here as well. We can go ahead and take a
4 break.
5          THE VIDEOGRAPHER: The time is now
6 1:57. This is the end of Media Number 2.
7 We're going off the record.
8          (Whereupon, a short break was taken.)
9          THE VIDEOGRAPHER: The time is now
10 11:13. This begins Media Unit Number 3. We're
11 back on the record.
12 BY MR. GALLAGHER:
13     Q     Okay. Dr. Etminan, looking at the
14 Hidajat article again, Exhibit 8, it's the sentence
15 starting on the first page, very bottom of the first
16 page. It's only two words, "Due to," and then
17 moving on to the beginning of the second page,
18 Page 251, the author states, "Due to the complexity
19 of exposure pattern and the numerous chemicals used
20 in the rubber production process, this entangling
21 exposure response associations between specific
22 suspected carcinogens and cancer risks in this
23 industry remains difficult."
24          Do you see that?
25     A     Yes.

Page 109

1    Q     And so the authors are acknowledging
2  that while working in the rubber industry may be a
3  significant risk of cancer, using occupational
4  studies of the rubber industry to evaluate exposure
5  response associations for a specific suspected
6  carcinogen is something that's difficult to do,
7  right?
8          MR. NIGH:  Form objection.
9          THE WITNESS:  Yes.  That's what they
10   say.  But I think that part of -- part of what
11   they're saying is to kind of strengthen their
12   case as to why they did this study.  I mean,
13   this is in their introduction.  But I mean, as
14   a general statement, I -- I agree with -- with
15   what is said.
16  BY MR. GALLAGHER:
17   Q     Okay.
18          MR. GALLAGHER:  If we can move on now
19   to the next exhibit, are we at 10, Exhibit 10,
20   the Lavecchia article?
21          THE COURT REPORTER:  Can you spell
22   that?
23          MR. GALLAGHER:  Sure.  Lavecchia,
24   L-a-v-e-c-c-h-i-a.
25          THE COURT REPORTER:  Thank you.

Page 110

1          (Whereupon, Exhibit 10 was marked for
2   Identification.)
3          THE WITNESS:  I have it.
4  BY MR. GALLAGHER:
5    Q     Okay.  You relied on this study for
6  your opinions related to gastric cancer; is that
7  right?
8    A     Yes.  This is just the abstract,
9  though.  It's not the full PDF.
10   Q     Right. Let me correct that.
11          MR. GALLAGHER:  Okay.  Can we go off
12   the record for just one minute.
13          THE VIDEOGRAPHER:  Sure.  The time is
14   now 11:17.  We're going off the record.
15          (Whereupon, a discussion was held off
16   the record.)
17          (Whereupon, Exhibit 11 was marked for
18   Identification.)
19          THE VIDEOGRAPHER:  The time is now
20   11:19.  We're back on the record.
21  BY MR. GALLAGHER:
22   Q     Dr. Etminan --
23          MR. NIGH:  Hold on.  Before you ask --
24   ask a question, I want to put on the record
25   that we just had to take a three-minute break

Page 111

1  to go off the record so that Counsel could
2  substitute the "Nitrosamine Intake and Gastric
3  Cancer Risk" abstract for the full study.
4          Do you disagree that's the reason we
5  just went off the record, Mr. Gallagher?
6          MR. GALLAGHER:  I don't understand
7  your -- your -- all your troubles about taking
8  breaks.  I've never been in a deposition where
9  we didn't take breaks for the court reporter,
10   for the witness, for everybody, so --
11          MR. NIGH:  I have been in many
12   depositions where --
13          MR. GALLAGHER:  -- we can take a
14   break --
15          MR. NIGH:  I have been in many
16   depositions where we've -- especially expert
17   depositions, where we have been able to go
18   two hours at a time, and where the expert is
19   at-will to be able to take the breaks.
20          At this point, the expert has not
21   asked for a single one of these breaks that
22   we've had at this point.  And so, yes, I am
23   concerned about excessive breaks when we have
24   10 hours of record time.  That leads to many
25   hours of not record time.

Page 112

1          MR. GALLAGHER:  But --
2          MR. NIGH:  No.  You asked why I'm
3  concerned.  I am concerned.  So here we just
4  had another break that was not anything asked
5  for by the witness.  It was yet again you,
6  Mr. Gallagher, here that just had the wrong
7  document.  All I wanted to do was put the
8  reason for the break on the record.  I asked if
9  it was true.  Do you agree that that was the
10   reason for the break?
11  BY MR. GALLAGHER:
12   Q     Dr. Etminan, do you have in front of
13  you Exhibit 11?
14   A     Yes.
15   Q     And this is the Lavecchia article?
16   A     Yes.
17   Q     And you relied on this study in
18  relation to your opinions related to NDMA and
19  gastric cancer in this case, right?
20   A     Right.
21   Q     If you look at the abstract on the
22  first page, the last sentence, you will see it says,
23  "Limitations of exposure assessment and absence of
24  information on other N-nitrosamines preclude,
25  however, any definite assessment of the possible

Page 113

1 role of exogenous N-nitrosamines in gastric
2 carcinogenesis."
3        Do you see that?
4    A    Yes.
5    Q    And so the -- the authors are
6 acknowledging that they can't make any definitive
7 assessment of an association between exogenous
8 N-nitrosamines and stomach cancer because of that
9 limitation, right?
10        MR. NIGH:  Form objection.
11        THE WITNESS:  That's -- that's what
12    they're suggesting, yes.
13 BY MR. GALLAGHER:
14    Q    Okay.  And they refer here to
15 specifically exogenous N-nitrosamines, right?
16    A    Yes.
17    Q    Do you have an understanding of the
18 distinction between endogenous NDMA and exogenous
19 NDMA?
20    A    To -- to -- you know, to certain
21 levels, yes.
22    Q    Okay.  You haven't addressed anywhere
23 in your report the -- the -- any potential impact of
24 endogenous NDMA, have you?
25        MR. NIGH:  Form objection.

Page 114

1        THE WITNESS:  No, because it's -- it's
2    very difficult to quantify and ascertain
3    endogenous NDMA exposure.  I'm not familiar
4    with any sort of robust gold standard, if you
5    will, method to do it, because it's so complex.
6    But then again back to what we discussed
7    before, endogenous NDMA, you have to have a
8    good reason why one group -- endogenous NDMA
9    can be -- we can all be exposed to endogenous
10    NDMA.  It's a very complex sort of process to
11    quantify.
12        But then, again, how can we actually
13    say that one group in this study is exposed to
14    more endogenous NDMA than the other?  And
15    that's -- and why -- and there's no reason to
16    believe that's the case.  So that's -- that's
17    why I didn't discuss it in my report.
18 BY MR. GALLAGHER:
19    Q    Okay.  Why don't we turn to Page 472
20 of this article?
21        So, Dr. Etminan, you say that there's
22 a lot of complex factors that can influence
23 endogenous NDMA; is that right?
24    A    Yes.
25    Q    Okay.  And that's why you didn't

Page 115

1 include it in your report or address it because it
2 was complex?
3    A    I mean, again, it's very hard to
4 quantify and discuss it in most of the studies that
5 I looked at it, and there's a lot of them.  It
6 wasn't really mentioned or measured, so for the
7 whole host of reasons, that's why I mainly focus on
8 exogenous NDMA.
9        MR. NIGH:  And I object to the form of
10    the last question.
11 BY MR. GALLAGHER:
12    Q    Looking at the left-hand column here
13 on Page 472, the sentence right above the last
14 paragraph starting with, "However," the authors say,
15 "However, we had no information on endogenous
16 N-nitroso compound formation, which is influenced by
17 gastric PH levels and other complex factors
18 including microbial species in the mouth and
19 stomach, N-nitrosation inhibitors besides subjective
20 individual variation."
21        Do you see that?
22    A    Yes.
23    Q    So the -- the authors of the Lavecchia
24 study acknowledge the potential issues with not
25 having information on endogenous N-nitroso compound

Page 116

1 formation influenced by all these complex factors,
2 right?
3    A    I mean, they say that -- yeah, I mean,
4 they say that's something that they probably
5 won't -- would have liked to have had and address.
6 But they don't go as far as saying that they think
7 the results of their study could have been changed
8 because of endogenous NDMA exposure.
9        And, again, I think it's because there
10 is no reason to believe that the controls in the
11 cases vary very differently coming from the same
12 sort of population in terms of endogenous NDMA
13 exposure.
14    Q    But, again, unless you actually
15 evaluate that, you don't know if there's a
16 differential effect of --
17    A    Yes -- for certain.  Like, if you want
18 to be certain whether there is a change in the
19 effects, yes, you have to evaluate.  But I am --
20 again, I don't really know -- as far as I know,
21 there are no sort of gold standard measurement tools
22 to measure this in -- and incorporate it in an epi
23 study.
24        THE COURT REPORTER:  In a what study?
25        THE WITNESS:  In an epidemiological

Page 117

1    study.
2        MR. GALLAGHER:  Can we mark as
3    Exhibit 12 an article by Jakszyn,
4    J-a-k-s-z-y-n, from 2006.
5        And, Doctor, let me know when it shows
6    up and you have it.
7        THE WITNESS:  Oh, sure.  Sure.
8        (Whereupon, Exhibit 12 was marked for
9    Identification.)
10        THE WITNESS:  Okay.  I got it.
11   BY MR. GALLAGHER:
12   Q    You got it?  Okay.
13        So the title of this article by
14   Jakszyn is "Endogenous versus exogenous exposure to
15   N-nitroso compounds and gastric cancer risk in the
16   European Prospective Investigation into Cancer and
17   Nutrition Study."  Is that right?
18   A    Yes.
19   Q    So in this study, they did try to
20   evaluate -- to measure and evaluate the potential
21   impact of endogenous N-nitroso compounds, right?
22   A    Yeah, seems like it.
23   Q    Okay.  And looking at the abstract, on
24   the right-hand column -- of the top of the
25   right-hand column of the first page, in this study,

Page 118

1    they also were evaluating potential association of
2    NDMA intake with risk of gastric cancer, right?
3    A    Yes.
4    Q    And you see about halfway down they
5    say, "There was no association between NDMA intake
6    and gastric cancer risk," right?
7    A    Sorry.  Where are you referring to?
8    Oh.  Yes, that's what they say.
9    Q    Okay.  And their observed hazard ratio
10   for any potential association of NDMA intake and
11   gastric cancer risk was exactly 1.00, right?
12   A    Right.
13   Q    And we had talked about a hazard ratio
14   of 1 means there's no evidence of an association
15   between the exposure and the risk, right?
16   A    Right.
17   Q    So in this study, when they were --
18   they also evaluated endogenous N-nitroso compounds.
19   That's abbreviated ENOC, right?
20   A    Yes.
21   Q    And there in the abstract they
22   concluded -- or their data for endogenous N-nitroso
23   compounds, the ENOC, was significantly associated
24   with non-cardia cancer risk, right?
25   A    Yes.

Page 119

1    Q    If we turn to Table 1, which is on
2    Page 1499.
3    A    Uh-huh.
4    Q    And this is providing a description of
5    the sample included in the cohort.  And do you see
6    it's providing mean values for certain of the -- of
7    the variables, including NDMA and endogenous
8    N-nitroso compounds?
9    A    Yeah.
10   Q    The mean endogenous N-nitroso
11   compounds in the -- in the study was 93.05
12   micrograms per day, right?
13        MR. NIGH:  Object to form.
14        THE WITNESS:  How many --
15   BY MR. GALLAGHER:
16   Q    And that would be 93,050 nanograms per
17   day; is that right?
18   A    Micrograms per nanograms.
19        THE COURT REPORTER:  I'm sorry.  Can
20   you repeat that?
21        THE WITNESS:  I was just saying
22   micrograms per nanograms.
23        Can I just have a few minutes to read
24   this, if you don't mind?
25

Page 120

1    BY MR. GALLAGHER:
2    Q    Sure, sure.
3        MR. GALLAGHER:  So, Daniel, in our
4    depositions when the witness needed a long time
5    to review a document, we went off the record.
6    My question is pretty simple.
7        MR. NIGH:  We can go off the record.
8        MR. GALLAGHER:  Okay.  Off the record.
9        THE VIDEOGRAPHER:  The time is now
10   11:38.  We're going off the record.
11        (Whereupon, a short break was taken.)
12        THE VIDEOGRAPHER:  The time is now
13   11:38.  We're back on the record.
14        MR. GALLAGHER:  Thank you.  And can
15   the court reporter read back the last question.
16        (Whereupon, the testimony was read
17   back as requested.)
18   BY MR. GALLAGHER:
19   Q    Dr. Etminan --
20   A    Yes.  So with respect to the lack
21   of -- risk with exogenous NDMA, I think I have
22   addressed this in my report at the follow-up of the
23   study.  It was only about 3 and a half years, which
24   is inadequate for an exogenous carcinogen causing
25   cancer, and also, I do mention that just from the

Page 121

1 demographics of the study, which are mainly --
2          THE COURT REPORTER:  Which are mainly
3 what?
4          THE WITNESS:  Elderly, older adults.
5          That they may have died before getting
6 cancer, which usually has a longer sort of an
7 onset.  With respect to the 93,000 exogenous
8 values, I -- the value seems quite high to me.
9 And I don't -- I'm not familiar with the
10 methodology that they used.  And, again, I'm
11 not saying that it's not the right methodology,
12 but I just haven't seen any other study
13 measuring endogenous NDMA as well.
14 BY MR. GALLAGHER:
15    Q     Okay.  In this study where they
16 address endogenous and N-nitroso compounds, the mean
17 endogenous N-nitroso compound in the -- in the study
18 was 93,050 nanograms per day, right?
19    A     Yes.
20    Q     And if we go back to the abstract --
21    A     Yeah.
22    Q     -- the -- after presenting the hazard
23 ratios for endogenous N-nitroso compounds, they go
24 on to say, "Although the number of not infected
25 cases is low, our data suggests a possible

Page 122

1 interaction between ENOC and H. pylori infection,"
2 right?
3    A     Yes.
4    Q     So they're seeing a possible
5 interaction between an impact of endogenous
6 N-nitroso compounds and infection with H. pylori?
7          MR. NIGH:  Form objection.
8 BY MR. GALLAGHER:
9    Q     Right?
10    A     Yeah, the interaction basically means
11 that the levels of the -- the risk of cancer with
12 endogenous NDMA changes with levels of H. pylori, so
13 I mean, they have H. pylori measured.  So that's
14 what they found.  That's -- I mean, I agree with
15 that.
16    Q     Right.  And so in this study where the
17 authors accounted for endogenous N-nitroso compound
18 and accounted for H. pylori infection, with respect
19 to NDMA, the data showed no association between NDMA
20 intake and gastric cancer, right?
21    A     You mean --
22          THE COURT REPORTER:  I'm sorry.  You
23 mean what?
24          THE WITNESS:  No association with
25 exogenous NDMA?

Page 123

1 BY MR. GALLAGHER:
2    Q     Yes, no association of exogenous NDMA
3 intake and gastric cancer risk?
4    A     Right.  But I think I did address
5 that, although those are restraints of the study,
6 the limitation -- I mean, not showing an association
7 is also dependent on other factors.  One, you need
8 an adequate follow up to be able to detect the
9 cancer.  Two, you need to control for deaths other
10 than cancer, which may sort of lower the -- your
11 sample size.  So you have to address for that, which
12 they haven't.
13          So I can't -- because they have other
14 limitation -- methodological limitations, I can't
15 just say, you know, there is no risk because they
16 control for H. pylori and endogenous NDMA.  There
17 are other issues in the study design.
18    Q     So with respect to the -- the time for
19 follow up, it was sufficiently long since they
20 identified a significant association of endogenous
21 N-nitroso compound with non-cardia cancers, right?
22          MR. NIGH:  Object to form.
23          THE WITNESS:  Right.  But I mean, the
24 mechanism of cancer with exogenous, I mean,
25 could take longer.  And so you need to -- you

Page 124

1 may need a longer follow up for that to be
2 picked up.
3          THE COURT REPORTER:  Could be what?
4          THE WITNESS:  You may need longer
5 follow up for the exogenous for -- for cancers
6 from exogenous NDMA to be picked up or to be
7 detected.
8          THE COURT REPORTER:  Thank you.
9 BY MR. GALLAGHER:
10    Q     Why do you -- why do think it would
11 take longer for an exogenous?
12    A     Because you have to be taking it
13 constantly, and it has to be ingested and then
14 absorbed systemically.  And it's possible that the
15 mechanism of carcinogenesis with exogenous NDMA
16 may -- may be different.
17          Just like when you have a drug that's
18 culled in your system, it's -- it's getting absorbed
19 more than if you're taking a pill every day that's
20 only 20 percent absorbed.  So the -- the constant
21 exposure and the concentrations may be different.
22          MR. NIGH:  Object to the form of the
23 last question.
24 BY MR. GALLAGHER:
25    Q     So you're telling me that the time

Page 125

1  frame of exposure to an -- to an exogenous
2  carcinogen --
3      A      I'm just saying that should -- it's
4  possible that the -- sorry.  I should have let you
5  finish.
6           I'm just saying that the follow-up
7  time for the exogenous NDMA to show cancer events
8  where they could actually pick it up would have
9  been -- could have been higher -- you know, longer
10 than just the 3-year or 3-and-a-half-year follow up
11 that they had.
12     Q      And am I understanding right that
13 you're saying the reason for that is because the
14 time frame of exposure to an exogenous carcinogen
15 is --
16     A      Well, I mean, you don't --
17          THE COURT REPORTER:  I'm sorry -- I'm
18     sorry, Doctor.  I'm not hearing the -- I'm not
19     hearing the end of the questions, and
20     therefore, I'm not having the full question on
21     the record.  If you could just take a deep
22     breath and let Patrick finish his question
23     before answering, I would appreciate it.
24          THE WITNESS:  Okay.
25          MR. GALLAGHER:  My apologies to the

Page 126

1      court reporter and to Dr. Etminan.
2  BY MR. GALLAGHER:
3      Q      So am I understanding properly, you're
4  saying that the reason for that is because the time
5  frame of exposure to an exogenous carcinogen is a
6  significant factor in the potential for actual risk
7  of cancer?
8          MR. NIGH:  Object to the form.
9          THE WITNESS:  Perhaps I would call it
10     induction time, which means the time from being
11     exposed from exogenous NDMA, which may take
12     longer to the cancer process to occur and be
13     diagnosed.  Whereas, the endogenous, it's
14     already in the system.  Whereas, the exogenous,
15     you need to be exposed to it, you know,
16     constantly through -- orally or through the
17     skin or through inhalation.  So it may take
18     longer for the NDMA to cause its carcinogenic
19     effect for the cancer process.
20 BY MR. GALLAGHER:
21     Q      Okay.  You mentioned a few minutes ago
22 and also in your report one aspect of -- of this
23 study that you considered to be a material
24 limitation is that it included in mostly older
25 adults?  Do I understand that right?  And if you

Page 127

1  want to look at Page 17 of your report, if you want
2  to look at it is where you're discussing this.
3      A      Yes.
4      Q      Okay.  So you recall that it's one of
5  your criticisms of this -- of this article, right?
6      A      Right.
7      Q      If we look on Page 1498 of the
8  article, just under "Material and Methods for
9  Subjects," this cohort included women and men aged
10 35 to 70 years, right?  So their age range is 35 to
11 70, right?
12     A      Uh-huh.
13     Q      And if we look at table 1, the mean
14 age at recruitment was 59.2, right?
15     A      Right.  So -- sorry.  Can I address --
16     Q      Yes.
17     A      Yes.  So 60 is a year where, you know,
18 they have cardiovascular disease.  You could have
19 diabetes.  It's the year where these conditions
20 these are prevalent.  And deaths due to these
21 conditions, the risk for -- for deaths due to
22 diabetes and cardiovascular disease and other
23 co-morbid condition is -- is also increasing.
24          So if patients die for these causes
25 and not live -- live long enough to get cancer, that

Page 128

1  is a bias that should be addressed, should have been
2  addressed in this study.  That's what I was
3  referring to.
4      Q      And then additionally, the -- so let
5  me ask you this:  Those other co-morbid conditions
6  are factors from your perspective to be considered
7  because they can impact -- could have impacted the
8  results of this study?
9      A      As you can see in Table 1, there's
10 no -- there's no information given on -- as they
11 have with the other variables, on the percentage
12 and -- and the breakdown of other co-morbid
13 conditions.  I mean, if -- if the cases we're
14 sicker, get more ill, because of these kind of
15 conditions, could that have affected, you know dying
16 of -- of cancer, including the ones that were --
17 that died because of endogenous exposure.  So I
18 think that those are potential confounders that
19 should have been adjusted for.  And they were not.
20 They were only adjusted for things like smoking and
21 diet and physical activity, which are important, but
22 there are other potential confounders which I think
23 should have at least been mentioned as to why
24 they --
25          THE COURT REPORTER:  As to why they

Page 129

1  were what?
2        THE WITNESS:  They were not controlled
3  for.
4  BY MR. GALLAGHER:
5     Q     Do you know what the age of the cohort
6  was for the --
7        THE COURT REPORTER:  For the what
8  study?
9        MR. GALLAGHER:  Hidajat.
10       THE WITNESS:  I can look -- look it up
11  right now.  I don't know off the top of my
12  head.
13 BY MR. GALLAGHER:
14    Q     Okay.  So if we go to Exhibit 8,
15 Page 251.
16    A     Uh-huh.
17    Q     Under "Material and Methods," the data
18 is from male UK rubber factory workers aged 35 years
19 or older as of 1 February 1967, right?
20    A     Right.
21    Q     And it's not -- perhaps not that
22 surprising that in a cohort study, looking at risks
23 of cancer, the cohort is including older
24 individuals, right?
25    A     Right.  But -- but what Hidajat did

Page 130

1  unlike -- none of the other studies that I have
2  seen, is, if you look at Page 251 under "Statistical
3  Methods," they did a special modeling technique
4  called "Fine and Gray," which controls for death
5  because it was such a long study with such a long
6  follow up of say -- in 35 years.  So people started
7  at 35, but they would get to 50 and 60 and, you
8  know -- in 10, 20 years, which is -- puts them at
9  risk of other deaths, which as we've talked about,
10 can bias the results if it's not -- if they're not
11 accounted for.  If they drop out of deaths other
12 than cancer, then they don't get to get cancer.  So
13 they actually controlled for that with the
14 Fine and Gray analysis.
15    Q     And as people get older, one of the --
16 one of the risks for getting cancer is getting
17 older, right?
18    A     Right.
19    Q     Okay.  You also criticize the Jakszyn
20 study for not controlling for confounders such as
21 history of stomach cancer, right?
22    A     Yes.
23    Q     If you look on Page 17 of your
24 report --
25    A     Right.

Page 131

1     Q     -- that was one of your criticisms of
2  the Jakszyn study.
3     A     Uh-huh.
4     Q     So the Hidajat study didn't control
5  for confounders like history of stomach cancer,
6  right?
7     A     You're right.  They did not.  But
8  again, just the sheer size of the -- the sample
9  size, the very long follow up, that -- that
10 confounding factor, which theoretically is a
11 confounder has to be disproportionately, you know,
12 higher in the high NDMA group than the low NDMA
13 group.  And given this is a population-based study
14 where to some accounts the rates are, you know,
15 probably stable over time, or go up, you know, a
16 little bit just like most European countries in the
17 UK, I don't see why absence of that confounder would
18 have made any difference.  Whereas here with
19 Jakszyn, it's a much smaller study, only a
20 3-and-a-half-year follow up.  So I'm -- and I
21 believe it's -- I'm just looking at the sample size.
22 I believe it's a smaller sample size --
23       THE COURT REPORTER:  I'm sorry.  Than
24 what?
25       THE WITNESS:  Than Hidajat.  No.  It's

Page 132

1  a bigger study.  It's a bigger study.  It's a
2  bigger study.  But I believe it's got smaller
3  number of cases than Hidajat does, because
4  Hidajat followed for a long time.  So there are
5  more cases.
6  BY MR. GALLAGHER:
7     Q     Okay.  So you agree with me that
8  the -- the Jakszyn study, which evaluated exogenous
9  NDMA intake as well as endogenous N-nitroso
10 compounds is a larger study than the Hidajat study?
11    A     Number-wise, yes.  Number-wise, it is.
12       MR. NIGH:  Object to form.
13 BY MR. GALLAGHER:
14    Q     And you criticized the Jakszyn study
15 for not controlling for confounders like history of
16 stomach cancer, right?
17    A     Yes.
18    Q     And the -- the Hidajat study also
19 didn't control for confounders like history of
20 stomach cancer, right?
21    A     Yes.
22    Q     And so that same criticism applies --
23    A     It does.
24       THE COURT REPORTER:  I'm sorry.  Can
25 you repeat that?

Page 133

1  BY MR. GALLAGHER:
2     Q     That same criticism of not controlling
3  for confounders like a history of stomach cancer
4  would be a criticism of any study that didn't
5  account for that confounder?
6     A     That's right.  But keep in mind that
7  I -- I sort of came up with my opinion on stomach
8  cancer, not just on Hidajat alone and Jakszyn alone.
9  It was the totality of evidence.  And there are --
10           THE COURT REPORTER:  I'm sorry.  I'm
11     sorry.  What was that?
12           THE WITNESS:  Lavecchia, the study we
13     just talked about before this one, did control
14     for stomach cancer history.
15  BY MR. GALLAGHER:
16     Q     Okay.  What does that mean to you -- I
17  understand you didn't base your opinions solely on
18  the Hidajat and the Jakszyn study.  What does that
19  mean to you, though, to be looking at the "totality
20  of the evidence"?
21     A     Totality of the evidence means
22  biologically plausible evidence, which is mostly
23  from animal studies; data from, mainly, Hidajat;
24  from occupational studies; and data from dietary
25  studies.  And, again, it doesn't mean that every

Page 134

1  single study is a perfect study that shows an
2  increase in risk, and they don't have limitations.
3  But the constellation of all of the evidence is what
4  I weighted my opinion on.
5     Q     Okay.
6           MR. GALLAGHER:  Can we mark as the
7     next  exhibit, Exhibit 13, the Palli study.
8           (Whereupon, Exhibit  13 was marked for
9     Identification.)
10           THE COURT REPORTER:  Can you spell
11     that?
12           MR. GALLAGHER:  P-a-l-l-i.
13           THE COURT REPORTER:  Thank you.
14  BY MR. GALLAGHER:
15     Q     And, Dr. Etminan, you discuss this
16  study at the top of Page 17 of your report.
17     A     Okay.
18     Q     Dr. Etminan, in this study, there
19  was --
20     A     Sorry.  Sorry.  Just give me one
21  second to read this paper.
22     Q     Sure.
23     A     Okay.  Go ahead.
24     Q     This study did not find a
25  statistically significant association between NDMA

Page 135

1  and the risk of gastric cancer, right?
2     A     It found an odd ratio of two that just
3  missed statistical significance.
4     Q     But it did miss statistical
5  significance, right?
6     A     Yes.
7     Q     This study also reported a
8  statistically significant increased risk for gastric
9  cancer based on family history, right?
10     A     Yes.
11     Q     And family history for gastric cancer
12  would be a known risk factor, right?
13     A     It would be.
14           Is there a table that I should refer
15  to or any numbers here?
16     Q     Sure.  You can look at -- we can look
17  on Page 165.
18     A     Sorry.  Palli is Pages 1206 to --
19     Q     Oh, sorry.  It's the third page of the
20  PDF, Page 165.  There's Table 1.
21     Q     Okay.
22     Q     Showing the family history and then in
23  the left-hand column under "Results"?
24     A     Uh-huh.
25           MR. NIGH:  Are you following along on

Page 136

1     Page 165 because I don't see a 165?
2           THE WITNESS:  It's Page 1208.
3           MR. GALLAGHER:  I think we need a
4     different --
5           MS. APPEL:  Yeah, I'm sorry --
6           MR. GALLAGHER:  No worries.
7           MS. APPEL:  (inaudible)
8  BY MR. GALLAGHER:
9     Q     So we'll get there.  But, Dr. Etminan,
10  let's talk just -- let's talk about family history
11  of gastric cancer.
12           Do you acknowledge that that is a
13  known risk factor for a person to develop gastric
14  cancer if they have a family history of gastric
15  cancer, right?
16     A     Yes.
17     Q     And the -- the Hidajat study and the
18  Lavecchia study, they didn't account for that?
19     A     Yes.
20     Q     -- as a factor -- as a factor, right?
21     A     No.
22           MR. GALLAGHER:  So Exhibit 14 should
23     be coming.  It's a Palli study.
24           (Whereupon, Exhibit  14 was marked for
25     Identification.)

Page 137

1          THE WITNESS:  Okay.
2   BY MR. GALLAGHER:
3      Q      Dr. Etminan, have you seen this
4   article before?
5      A      It's by Palli, so I may have seen it,
6   but included the one that I -- included within my
7   report, because it's pretty much from the same
8   authors.
9      Q      So can you explain that to me again?
10  Have you seen this before or not?
11     A      I may have, but I haven't included it
12  in my report.  I may have seen it in my search.
13     Q      Okay.  So you're not relying on
14  this -- can you turn to your report, which is
15  Exhibit 5, I think?
16     A      Sorry.
17     Q      Turn to your report, Exhibit 5, and on
18  Page 17...
19     A      Yes.
20     Q      And you see at the top of Page 17, you
21  refer to a population-based case controlled study
22  conducted by Palli, right --
23     A      Yes.
24     Q      -- in Citation 43?
25     A      Yes.

Page 138

1      Q      Can we go to Page 38 of your report?
2      A      Yes.
3      Q      And so the citation for 43 is to
4   Palli, an article titled "Dietary Patterns, Nutrient
5   Intake and Gastric Cancer in a High-Risk Area of
6   Italy," right?
7      A      Right.
8      Q      And that citation is to the article
9   that we were just looking at that's Exhibit 14,
10  right?
11     A      Right.
12     Q      But you said you didn't rely on this
13  for your report?
14     A      Right.  I thought there were two Palli
15  studies that you showed me.  The one Palli study
16  that I cite in my report, I believe, is this one.
17  Yes.  It's this one because it's 382 gastric cancer
18  cases, and that's what I have.  So it's this one.
19     Q      Okay.
20     A      By Palli, Russo and Decarli.
21     Q      I think we're confused because the
22  article that you -- the Palli article you produced
23  to us was the other one.
24     A      Okay.  Sorry.
25     Q      Okay.  Okay.  So if we -- if we look

Page 139

1   at Exhibit 14, on Page 165, the third page of the
2   PDF, Table 1, it's presenting the data with respect
3   to family history.
4      A      Yes.
5      Q      And in the description of the results,
6   which is starting on the left-hand column of this
7   same page, the authors state, "A positive family
8   history for gastric cancer among parents or
9   siblings, rural residence and lower social class
10  were strongly associated with increased risk"?
11     A      Yes.
12     Q      So all of those -- the Palli study was
13  able to determine that all of those factors were
14  strongly associated with risk of gastric cancer,
15  right?
16     A      Those are risk factors, yes.
17     Q      Okay.  But there was no -- no
18  statistically significant association between
19  exogenous NDMA intake and gastric cancer from this
20  study, right?
21     A      No.
22          MR. GALLAGHER:  Can we mark as
23  Exhibit 15 the Loh paper, L-o-h.
24          (Whereupon, Exhibit 15 was marked for
25  Identification.)

Page 140

1          MR. GALLAGHER:  Actually, I'll come
2   back to that one.  Can we mark the Kefzei paper
3   and this will be Exhibit 16.  K-e-f-z-e-i.
4          THE COURT REPORTER:  K-e-f-z-e-i?
5          MR. GALLAGHER:  Correct.
6          (Whereupon, Exhibit 16 was marked for
7   Identification.)
8          THE WITNESS:  I have it open.
9   BY MR. GALLAGHER:
10     Q      Okay.  And this is a paper that you
11  refer to also on Page 17 of your report, right?
12     A      Yes.
13     Q      So the -- if we pull up Page 17 of
14  your report that would be helpful.
15     A      Yeah.
16     Q      The paragraph on Kefzei, "The
17  adjusted --"  "The adjusted risk of gastric
18  cancer" --
19     A      I'm sorry.  So -- I'm sorry.  You're
20  not on Loh then?  You want to look at Kefzei?
21     Q      Sorry.  Yes.
22     A      Okay.  Let me get that.  Let me get
23  that.  Okay.
24     Q      So you say that, "The adjusted risk of
25  gastric cancers with nitrosamine intake among men

Page 141

1 was elevated by 6 percent, and you're basing that
2 off of a hazard ratio of 1.06," right?
3          MR. NIGH:  Objection.
4 BY MR. GALLAGHER:
5     Q     And that's for one type of gastric
6 cancer, right?
7     A     Yes.
8     Q     And then you acknowledge that this is
9 not for other types of gastric cancer, gastric
10 cardia, although the observed hazard ratio is 1.31,
11 that did not --
12          THE COURT REPORTER:  I'm sorry.
13     That's not very specific...
14          THE WITNESS:  It did not reach
15     statistical significance.
16 BY MR. GALLAGHER:
17     Q     Did not reach statistical
18 significance.
19     A     Yeah.
20     Q     You see that, right?
21     A     Yes.
22     Q     And then among women, the risk was
23 also not elevated, right?
24     A     Correct.
25     Q     And you go on to say, "The lack of an

Page 142

1 effect in this study," so you acknowledge that in
2 this study, there's a lack of any association of
3 exogenous NDMA with gastric cancer, right?
4          MR. NIGH:  Object to form.
5          THE WITNESS:  That's -- yes.
6 BY MR. GALLAGHER:
7     Q     Okay.  And you go on to try and -- one
8 issue that you raised is a potential for
9 misclassification of the diet questionnaire used in
10 the study?
11     A     Yes.
12     Q     Right?  That potential for
13 misclassification that you're referring to is
14 potential inaccurate reporting of -- of food intake
15 by the subjects in the study, right?
16     A     Correct.
17     Q     Okay.  Isn't that true of every
18 dietary study that's based on a diet questionnaire?
19     A     Yes, it could -- it could occur in any
20 dietary study.
21     Q     So the -- I guess what I want -- so
22 regardless of whether the observed association is
23 showing no association or showing some association,
24 there is -- this is a criticism of dietary studies
25 generally, the potential for inaccurate reporting

Page 143

1 of -- of food intake, right?
2     A     That's the one limitation of all
3 dietary studies, right.
4     Q     Okay.  So -- let's move on then.
5          MR. GALLAGHER:  Can we mark the Song
6     study as -- are we at -- what exhibit number
7     are we at?
8          (Whereupon, Exhibit 17 was marked for
9     Identification.)
10          MR. GALLAGHER:  So this will be
11     Exhibit 17, the Song article.
12 BY MR. GALLAGHER:
13     Q     Let me know when you have it,
14 Dr. Etminan.
15     A     I have it now.
16     Q     Okay.  So you agree with me that this
17 is -- this article is reporting on a meta-analysis?
18     A     That's correct.
19     Q     Okay.  Have you conducted a
20 meta-analysis before?
21     A     Yes.
22     Q     Okay.  And this is a meta-analysis of
23 observational studies, right?
24     A     Yes.
25     Q     Is one of the limitations of a

Page 144

1 meta-analysis observational studies the potential
2 for confounding variable?
3     A     I mean -- yeah.  I mean, that's a
4 limitation of observational studies as well, yes.
5     Q     So for any meta-analysis of
6 observational studies, you would agree that residual
7 confounding factors may distort the results?
8     A     I mean, there is a potential,
9 theoretically, yes.
10     Q     So have you actually seen this article
11 or just the abstract for it?
12     A     No.  I have seen -- I have -- I mean,
13 I have looked at the numbers and the tables as well.
14     Q     Okay.  So if we look on -- do we have
15 Page 9892?
16     A     Okay.
17     Q     So I guess, I think I asked this
18 question somewhat generally although it applies to
19 the -- certainly to the Song meta-analysis.
20          You would agree with me that
21 measurement errors resulting from dietary
22 questionnaires can impact the reliability of dietary
23 studies, right?
24          MR. NIGH:  Form objection.
25          THE WITNESS:  Generally speaking, I

Page 145

1    think we've -- we've talked about this, yes.
2  BY MR. GALLAGHER:
3      Q      Okay.  And dietary questionnaires -- a
4  questionnaire doesn't ask subjects, how much NDMA
5  did you eat -- the dietary, right?
6      A      Yes.  They ask about the dietary
7  patterns of individuals, and then they convert the
8  food groups to -- they convert the NDMA content in
9  each food group based on the information they have
10 on the amount of NDMA in each food category.
11     Q      Okay.  So it may ask, how much bacon
12 do you eat, how much fish, how much fruit?
13     A      That's right.
14     Q      And then -- and then from there, the
15 authors or the people conducting the study estimate
16 NDMA intake for the subjects based on estimates for
17 the amount of NDMA or any other compound in that
18 particular food group, right?
19     A      That's right.
20     Q      And if those -- if those estimates are
21 wrong, that also impacts the validity of the results
22 from a dietary study?
23     A      Also, I mean, potentially.  We have
24 talked about this.  It's a limitation of dietary
25 study.

Page 146

1      Q      Okay.  Let's go back to your report.
2  We'll look at Page 18 and Section 10.2 at the bottom
3  of the page.
4      A      Okay.
5      Q      It's is referring to colorectal
6  cancer.
7      A      Okay.
8      Q      So for colorectal cancer, Hidajat
9  didn't look at colorectal cancer right?
10     A      No.
11     Q      Didn't examine -- okay.
12            And the Straif occupational study did
13 not find any specifically significant association,
14 right?
15     A      No.
16     Q      Okay.
17     A      Because I think it was just they
18 didn't have enough cases because they -- I don't
19 think they had enough number of events.  But the
20 answer to your question, is no.
21            They found a relative risk of
22 one-and-a half, but because of the small number of
23 events, it was very imprecise and not statistically
24 significant.
25     Q      What was imprecise?

Page 147

1      A      The confidence interval.  It was from
2  .5 to 4.7, around the 1.5 estimate.
3      Q      Right.  And so because the confidence
4  interval includes 1.0, there's -- there's no
5  evidence of an association, right?
6      A      No, I -- again, I think I talked about
7  this earlier.  It's -- the relative risk is 1.5
8  based on very small number of events.  And that 1.5
9  comes with a very imprecise estimate.  We cannot
10 necessarily say that there is no increased risk.  We
11 can say that it's imprecise, and the results are
12 basically -- I'm trying to find the right word.
13 Uncertain, if you will.
14     Q      Okay.
15            MR. GALLAGHER:  Can we mark the Knekt
16 paper?  This will be Exhibit 18, I believe.
17            (Whereupon, Exhibit 18 was marked for
18 Identification.)
19            THE COURT REPORTER:  How do you spell
20 that.
21            MR. GALLAGHER:  K-n-e-k-t.
22 BY MR. GALLAGHER:
23     Q      Let me know when it shows up.
24     A      Okay.
25     Q      So, Dr. Etminan, you rely on this

Page 148

1  study with respect to your opinion -- your opinions
2  with respect to colorectal cancer?
3      A      Right.
4      Q      But you criticize the study with
5  respect to your opinion for gastric cancer.  Do you
6  recall that?
7            MR. NIGH:  Object to form.
8  BY MR. GALLAGHER:
9      Q      And feel free to refer to Pages 17 and
10 19 of -- of your report, which is Exhibit  5.
11     A      Yes, just give me a second.
12            So my criticism was, again, for, I
13 believe, competing events -- lack of control for
14 competing events.  Patients end up dying before
15 getting stomach cancer.  You could argue it's -- you
16 know, it could be --
17            THE COURT REPORTER:  I'm sorry.  I'm
18 sorry.  Can you speak up and repeat that,
19 please?
20            THE WITNESS:  So my criticism was a
21 lack of controlling for competing events for --
22 for death due to other causes.  If patients
23 died earlier, they -- you know, some patients
24 could have died early and not get stomach
25 cancer.  One could argue it's the same -- it

Page 149

1  could be the same for colorectal cancer
2  patients. But it's also possible that those
3  patients were followed up over longer periods.
4  We don't know.
5       But my other criticism is the smaller
6  number of cases in the -- for stomach cancer is
7  68 in the -- for the stomach cancer cases, and
8  for colorectal cancer, it's 73. 68 versus --
9  I'm reading that off of Table 1 -- 73. So
10  those -- those five extra cases could -- you
11  know, could change the results. So that's what
12  I based my opinion on.
13       Because -- I'm sorry. If I could just
14  add because the -- the upper bound --
15       THE COURT REPORTER: I'm sorry.
16  Doctor, I'm sorry. You're speaking with your
17  hand over your mouth, and I'm not understanding
18  you.
19       THE WITNESS: Okay. The upper bound
20  confidence interval for stomach cancer is 1.51,
21  so it's very wide, suggestive of a small number
22  of cases. Whereas for colorectal cancer, it's
23  higher. And it's significant, so the
24  difference of these five cases could
25  potentially -- I mean, it is possible that

Page 150

1  these extra five cases made a difference, but
2  we don't know.
3  BY MR. GALLAGHER:
4       Q    Well, for gastric cancer, the lower
5  bound is 0.37, right?
6       A    Yes, it's .037. I'm not arguing about
7  the magnitude. It's -- it goes from very low to
8  relatively high. I'm just saying that this very
9  wide bound is suggestive of a small number of
10  events. And so this study may not have had enough
11  events to show a more precise estimate for stomach
12  cancer.
13       Q    Well, the lower bounds -- let's talk
14  for a minute about what it would mean for the hazard
15  ratio to be 0.37. What would that mean to you?
16       A    The 3.7 hazard ratio is -- it means
17  that it's -- it's a protective event.
18       Q    So if the -- okay. It would be
19  protective.
20       In your report -- Dr. Etminan, do you
21  have a phone with you or anything else?
22       A    Yes.
23       Q    I guess I would ask that you -- okay.
24  You're not receiving communications from anybody --
25       A    No. No. No.

Page 151

1       Q    -- on the phone are you?
2       A    No. My phone was right behind my
3  laptop.
4       Q    Okay. Yes, please keep that set to
5  the side.
6       So in your report on page Exhibit 17,
7  you criticize the Knekt study possibly having
8  imprecision of dietary questionnaires for
9  quantifying NDMA from different food groups, right?
10       A    Right.
11       Q    And then carrying over onto Page 18,
12  "This imprecision might have led to
13  misclassification of the true NDMA effects with
14  respect to cancer and might have led to null
15  results."
16       Do you see that?
17       A    Yes.
18       Q    When you're saying that, that
19  imprecision of the dietary questionnaires, would
20  apply equally to the data with respect to colorectal
21  cancer, right?
22       MR. NIGH: Object to form.
23       THE WITNESS: Not if they're not the
24  same people answering the question. I mean,
25  if -- if they -- if the stomach cancer cases,

Page 152

1  let's say -- and we don't know this, but I'm
2  just answering your question. If the stomach
3  cancer cases give more imprecise answering than
4  the colorectal cancer cases, then they would
5  have more imprecise estimate in the results
6  because they're not the same patients.
7  BY MR. GALLAGHER:
8       Q    Okay. Would you expect there to be a
9  difference in the imprecision of -- well, I guess a
10  couple of questions.
11       One, when you're talking about that,
12  you're talking about imprecision of the actual
13  answers to the dietary questionnaire, what foods --
14       A    Right. So you have imprecision on
15  what's a measurement error from the -- the study
16  population, and then you -- I mean, you may have --
17  in all studies of this nature, you could have an
18  imprecision in recording the data.
19       I'm just saying because they're --
20  they're not the same patients. You can't assume
21  that the same thing would happen to cancer -- happen
22  to colorectal cancer than happen to stomach cancer
23  cases or vice versa.
24       Q    Okay. Would you expect there to be a
25  difference in the manner in which the foods -- the

Page 153

1  dietary questionnaires answered by individuals who
2  end up with stomach cancer versus individuals who
3  end up with colorectal cancer?
4      A      Generally speaking, no.  But again --
5  let me just check one thing.
6      Q      Dr. Etminan --
7      A      Generally speaking, no.
8      Q      Okay.  And then there's an additional
9  possibility for error -- additional possibility for
10  imprecision in quantifying the NDMA.  And that's if
11  the estimate that the authors used for the amount of
12  NDMA in any specific food group, if that's
13  incorrect, then that's going to lead to
14  imprecision -- imprecision also.  And that
15  imprecision would apply equally with respect to
16  stomach cancer and colorectal cancer, right?
17      A      Yes.
18      Q      Okay.  When you make the statement
19  here that the imprecision might have led to
20  misclassification of the true NDMA effect with
21  respect to cancer, you're assuming that there's an
22  effect of NDMA on the cancer, right?
23          MR. NIGH:  Object to form.
24          THE WITNESS:  I'm assuming -- again,
25      because of the smaller number of cases and the

Page 154

1      upper bound confidence interval, the number in
2      the results we see is -- basically, we don't
3      know.  And so it is possible.
4  BY MR. GALLAGHER:
5      Q      But what the data is -- okay.
6          THE VIDEOGRAPHER:  Counsel, there's
7      about 10 minutes left on this video unit.
8          MR. GALLAGHER:  Okay.  I will finish
9      this up, and then we can take a break for
10      lunch.
11          Can we mark the -- we already marked
12      the Loh study.
13          THE WITNESS:  What's the exhibit
14      number on Loh?
15          MR.   GALLAGHER:  Exhibit  15.
16          THE WITNESS:  Okay.
17  BY MR. GALLAGHER:
18      Q      And I think this is similar to the
19  Knekt paper that we were just talking about, you --
20  you criticize the Loh study with respect to gastric
21  cancer.  But then you rely on it for your opinions
22  with respect to colorectal cancer.  Do you recall
23  that?
24          MR. NIGH:  Object to form,
25      mischaracterizes evidence.

Page 155

1          THE WITNESS:  I don't recall.  I don't
2      recall.
3  BY MR. GALLAGHER:
4      Q      Okay.  If you want to look at your
5  report on Page 17 and on Page 19?
6      A      Okay.
7      Q      So -- and maybe if we pull up Page 17,
8  the second paragraph.
9      A      Yes.
10      Q      Okay.  So you refer to imprecise
11  estimates of the risk.  Why do you consider them to
12  be imprecise?
13      A      Of the 1.13?  Because -- because your
14  upper bound when the -- when the upper bound is
15  clinically can -- shows a clinically significant
16  risk and you have an end point interval which goes
17  from .81 and the relative risk is 1.13.  So it's,
18  you know, it's not large, but it's a 13 percent
19  increase.  That means, it's -- it's an imprecise
20  estimate.  And then if you look at Loh's number of
21  gastric cancers, that also kind of brings the
22  message home, because they only had, I believe,
23  55 -- I'm just trying to look at it -- what was Loh
24  number again, sorry, the exhibit number?
25      Q      15, Exhibit 15.

Page 156

1      A      They only had 64 cases where, you
2  know, in other cancers -- like others in the "other
3  cancer" category, you have 1,462 cases.  For
4  stomach, you only have 64.  So that's why I said
5  it's imprecise.
6      Q      So would you -- you're referring to
7  the upper bound and the lower bound?
8      A      Yeah.
9      Q      And you said where the upper bound is
10  showing a potential association that's what
11  you're considering to be imprecise --
12      A      I would say -- I wouldn't say
13  association.  It shows a risk of 1.57, which is
14  clinically significant.  If it was 1.2, then one
15  would say well, even the upper bound of 1.2 is not
16  that big of a deal.  But 1.57 makes it significant.
17      Q      How are you -- how are you deciding
18  that 1.2 might not be clinically significant but
19  1.57 might be clinically significant?
20      A      I mean, usually anything below 1.5, we
21  think that -- and closer to 1 is significant of no
22  risk.  And the higher, from 1.5 to even higher, is
23  suggestive of -- if it's the upper bound and it's
24  imprecise, I would say, if it's above an increase in
25  risk that's imprecise, that needs to be looked into,

Page 157

1 or inconclusive basically.
2    Q    Okay.  You would agree with me that if
3 there is no association between an exposure and a
4 risk, you would expect the observed relative risk to
5 be close to 1, right?
6         MR. NIGH:  Object to form.
7         THE WITNESS:  I don't -- I don't want
8    a say yes.  That's a very, very general
9    statement.  There are large -- very large
10   studies done with relative risks of 1.15 or
11   1.16 that is -- where the results have been
12   taken seriously.  So I don't want to say yes as
13   a general statement.
14        THE VIDEOGRAPHER:  Counsel, there's
15   about 3 minutes remaining.
16        MR. GALLAGHER:  Okay.  Let me finish
17   this up, and I'll take a break.
18 BY MR. GALLAGHER:
19   Q    I guess my question was slightly
20 different.  If there is no association between an
21 exposure and a risk, start from that assumption, you
22 would expect the observed -- the observed relative
23 risk to be close to 1, right?
24        MR. NIGH:  Object to form.
25        THE WITNESS:  If you knew -- if you

Page 158

1    knew there isn't an association?
2 BY MR. GALLAGHER:
3    Q    You know there is not an association
4 between the exposure and the risk --
5    A    Right.  Right.  I want -- right.  So
6 the relative risk has to be close to 1 and the
7 upper -- the -- the confidence intervals also have
8 to be precise enough to exclude a risk, right?
9         So -- so if you tell me there is a
10 relative risk of 1.2 with a confidence interval of
11 1.9 to 1.3, that -- that would tell me that, yes,
12 there's probably no risk associated.  But with an
13 upper bound of 1.57, I would like -- you know, I'm
14 more comfortable saying this is an inconclusive
15 study rather than a no risk or a negative study.
16   Q    But you agree that the data, the
17 confidence interval is -- is going to or can include
18 both below 1 and above 1 if there's no association?
19 In fact, you might expect that?
20        MR. NIGH:  Object to form.
21 BY MR. GALLAGHER:
22   Q    Correct?
23   A    Well, precision, if I wanted -- if I
24 want to decide on risk or no risk, precision is also
25 important because you could have -- again, as I

Page 159

1 think you mentioned, you could have a low relative
2 risk that has a huge confidence interval.  Actually,
3 that -- that is more inconclusive than negative.  If
4 it's a relative risk close to 1 with a very tight
5 confidence interval also close to 1 or below 1.5 for
6 the upper limits, that is -- yes, that -- I'm more
7 confident in that case that there is no risk.
8 BY MR. GALLAGHER:
9    Q    Where are you coming up with this --
10 this limit of 1.5?
11   A    1.5 or higher, not just 1.5.  1.5 or
12 higher.
13        Because it's -- it's technically a
14 15 percent increase that -- that is included in that
15 interval.  And one should, you know, do a further
16 investigation to further look at that.  I don't
17 think it's -- it's high enough to warrant further
18 investigation with a bigger study, you know, higher
19 number of cases.  It is not a definitive negative
20 with those numbers.
21        MR. GALLAGHER:  We can go off the
22   record now.
23        THE VIDEOGRAPHER:  The time is now
24   12:49.  This ends Media Unit Number 3.  We're
25   going off the record.

Page 160

1         (Whereupon, a lunch recess was taken.)
2         THE VIDEOGRAPHER:  The time is now
3    1:30.  This begins Media Unit Number 4.  We're
4    back on the record.
5 BY MR. GALLAGHER:
6    Q    Welcome back, Dr. Etminan.
7    A    Thank you.
8    Q    Did you have a good lunch?
9    A    Not bad.
10   Q    Excellent.  In part of your report,
11 Dr. Etminan, you go through a Bradford Hill
12 analysis?
13   A    Yes.
14   Q    Is a Bradford Hill analysis something
15 that you do in your professional capacity outside of
16 serving as an expert for litigation?
17   A    I mean, I use the criteria set by
18 Bradford Hill to when I'm looking for -- or asking
19 questions as part of my research on whether Drug A
20 causes, you know, outcome Y, because I feel like it
21 is relatively complete, and it has a lot of the sort
22 of variables that one needs to consider when
23 deciding on a cause --
24        THE COURT REPORTER:  On a cause of
25   what?

Page 161

1      THE WITNESS:  Causal question.
2      THE COURT REPORTER:  Thank you.
3  BY MR. GALLAGHER:
4      Q      Have you published papers that present
5  the Bradford Hill analysis?
6      A      I can't remember off the top of my
7  head, but most of my papers are original research,
8  which means I am -- I am not really asking a causal
9  question based on the available evidence.  I'm
10  asking a causal question, say, on the drug that's
11  never been asked before.  So, you know, the
12  Bradford Hill doesn't necessarily apply to those
13  types of questions.  But I have used it as part of
14  my research when I'm reviewing a topic.
15      Q      So when you say most of your
16  research -- I will ask you a new question.  Strike
17  that.
18          When you say most of your research is
19  the type of research that Bradford Hill wouldn't
20  apply to, why is that?
21      A      Because Bradford Hill, again, is a
22  method used to establish causality on questions
23  where there is evidence already.  And so one uses
24  this criteria with that evidence to see whether
25  there's a causal link between that drug and that

Page 162

1  outcome.
2          If I'm doing an original study where
3  no one has looked at the question, you know, before,
4  or there isn't a lot of evidence and I am the
5  actual -- the only person or the very few people who
6  are actually trying to answer the question, then the
7  Bradford Hill doesn't really apply to these types of
8  original research studies.
9          MR. GALLAGHER:  I'd like to mark as
10  the next exhibit, Exhibit 19, an article by
11  Bradford Hill that you cited in your report.
12  Let me know when it shows up.
13          (Whereupon, Exhibit 19 was marked for
14  Identification.)
15          THE WITNESS:  Okay.  Oh, sorry.  I'm
16  still -- I'm still waiting.
17  BY MR. GALLAGHER:
18      Q      Okay.  Did it just pop up now?
19      A      It did now, yeah.
20      Q      Okay.  If we can share the first page
21  of this article.  So this is an article by a
22  professor from the University of London,
23  Sir Austin Bradford Hill, right?
24      A      Right.
25      Q      And the title of the article is, "The

Page 163

1  Environment and Disease Association or Causation,"
2  right?
3      A      Right.
4      Q      And this is -- the article
5  originally -- this is a republication of an article
6  first published in 1965 where Sir Bradford Hill lays
7  out the factors that he feels are appropriate to
8  evaluate in assessing the causation question, right?
9          MR. NIGH:  Object to form.
10          THE WITNESS:  Yes.
11  BY MR. GALLAGHER:
12      Q      You agree with me that association is
13  different from causation, right?
14      A      Generally speaking, all the causations
15  are associations, but not all associations are
16  causations.
17      Q      All right.  Can you say that again?
18      A      All causations are associations, but
19  the reverse is not true; so not all associations are
20  causations.
21      Q      Okay.  I just wanted to make sure that
22  I understood you properly.
23          So those are -- there can be
24  associations that are observed where there's not a
25  causal connection between the exposure and the

Page 164

1  result?
2      A      Yes.
3      Q      Correct?
4      A      That's called an association, yeah.
5      Q      And the numbers -- or the variables
6  that we have been discussing today, like relative
7  risk and hazard ratio, those are a measure of
8  association, right?
9      A      No, those are measures -- or they are
10  measures of effect.  So you could have an effect of,
11  let's say, a hazard ratio of 10 that's -- from a
12  study that only shows an association, or it can show
13  a hazard ratio of 10 from a study that shows
14  causation.
15          So the hazard ratio and the rate ratio
16  is mainly the effect size, the -- the -- the
17  magnitude of the effect.  Whether it's an
18  association or a causation comes to, you know, the
19  variables discussed by Bradford Hill and also, you
20  know, presence of confounding and all the other
21  principals that we've discussed.
22      Q      Okay.  And when you say it's a measure
23  of the magnitude of the effect, it's -- the hazard
24  ratio, as a variable being measured, is not of
25  itself measuring causation.  You have to go through

Page 165

1 the...
2    A    One of the criteria set by
3 Bradford Hill and also --
4        THE COURT REPORTER:  And also the
5    what?
6        THE WITNESS:  There has to be an
7    effect from the exposure to classify whether
8    it's a -- you know, if it's -- if a drug is --
9    has a relative risk of 1 with respect on
10   outcome, that drug is not causing that outcome.
11   So that -- that magnitude has to be more than
12   1.
13       But on top of that, that -- you know,
14   that magnitude that's greater than 1 also has
15   to have other criteria that Bradford Hill has
16   talked about to be classified as a causal link.
17 BY MR. GALLAGHER:
18   Q    Okay.  Looking at the -- the first
19 page on the right-hand column going through the nine
20 factors that Bradford Hill lists, the first factor
21 he lists is strength.  Do you see that?
22   A    Yes.
23   Q    And so is this what -- what you're
24 referring to in terms of the greater the magnitude
25 of the association, the more evidence there is that

Page 166

1 the association may actually be a causal
2 relationship?
3    A    Right.  It's one of the criteria, yes.
4    Q    It's just one of the criteria.  Okay.
5        And Sir Bradford Hill gives an example
6 of an association -- occupations of patients with
7 scrotal cancer versus occupations of patients
8 presenting with other diseases.  And the mortality
9 of chimney sweeps --
10       THE COURT REPORTER:  I'm sorry.  The
11   mortality of what?
12 BY MR. GALLAGHER:
13   Q    Of chimney sweeps from scrotal cancer
14 was some 200 times that of workers who were not
15 specially exposed to tar or mineral oils.  Do you
16 see that?
17   A    Yes.
18   Q    And so that's an example of a strong
19 association where the magnitude of the observed
20 association is high enough that it's much more
21 suggestive of a causal relationship, right?
22   A    Right.
23   Q    And so if we're looking at hazard
24 ratios that are perhaps above -- the observed hazard
25 ratio is above 1, it's like 1.5, that's less

Page 167

1 suggestive of a causal relationship without --
2 without more, right?
3        MR. NIGH:  Object to form.
4        THE WITNESS:  Again, I disagree.  It's
5    not a -- it's not a -- size fit all sort of
6    assumption to make.  A hazard ratio of 1.5 that
7    meets the other criteria set by Bradford Hill
8    and also other -- it also satisfies, you know,
9    minimal bias in terms of a study having a
10   minimal amount of biases.  One can still infer
11   that there is a causal link.  I mean, the 200
12   times is a very rare example that he mentions,
13   and I have never seen any drug or any exposure
14   to having 200 times of the risk.  That's an
15   extreme.
16       It's a good teaching example, but in
17   real life, I have never seen anything that can
18   cause that much of a magnitude.  So that's
19   really not a -- that level should not really be
20   set as a -- as a sort of standard of effect
21   sizes for causality.
22 BY MR. GALLAGHER:
23   Q    Sure.  I mean, additional --
24 Sir Bradford Hill goes on to provide an additional
25 example of the death rate from cancer of the lung in

Page 168

1 cigarette smokers as nine to ten times the rate of
2 nonsmokers.  And the death rate in heavy smokers is
3 20 to 30 times as great, right?
4    A    Uh-huh.
5    Q    So that's just another example.
6        I guess my only question is -- is to
7 understand how this factor is evaluated.  If you
8 have a relative risk -- observed relative risk of
9 1.5, that is for this factor not as suggestive for a
10 causal relationship as if the relative risk is like
11 for cigarette smoking, 10 times or 20 to 30 times?
12       MR. NIGH:  Object to form.
13       THE WITNESS:  No.  I wouldn't say
14   that, you can't -- if it's 1.5 and, again, all
15   the other criteria have been met, I don't think
16   you can say it's -- it's not causal.  We can
17   say that a relative risk of 10, again, with
18   everything being checked in and checked out
19   with all the other criteria, just talking about
20   the effect size, a relative risk of 10 is -- is
21   suggestive of a stronger causal link than the
22   1.5.  But you can disregard the 1.5 risk,
23   especially if you're making a population,
24   because the 1.5 risk of a disease in the large
25   population can lead to -- even though it's a

Page 169

1  small number, but it can -- because the
2  population is large, it can lead to a
3  significant number of cases. So I think,
4  again, you can't generalize it in that fashion.
5  BY MR. GALLAGHER:
6      Q      So is what you're saying is you
7  essentially don't -- from your perspective, you
8  don't apply this factor of evaluating the strength
9  of the association because there -- you know, there
10  can be an association no matter what the relative --
11  observed relative risk is?
12         MR. NIGH: Object to the form,
13  mischaracterizes testimony.
14         THE WITNESS: No. I definitely look
15  at it -- I definitely look at event sizes, but
16  I don't have a threshold to say, you know, if
17  it's not close to 200, then I'm not going to
18  consider it as a causal link. I would say
19  again, and this is -- a lot of scientists,
20  epidemiologists, use a relative risk of 2.
21  Some use 1.5. I would say anything greater
22  than 1.5 that satisfies the other criteria
23  would be -- or higher, would be -- would
24  satisfy this effect size criteria of
25  Bradford Hill.

Page 170

1  BY MR. GALLAGHER:
2      Q      Okay. But you would agree with me
3  that if the observed relative risk is 1.5, that you
4  would want more additional information from the
5  other factors to infer causal relationship than
6  perhaps you would insist on if the observed relative
7  risk was 20 or 200?
8      A      Again, the other -- the other factors
9  are independent of the effect size. I mean, you can
10  have an effect size of 100, but if the other factors
11  do not satisfy -- are not satisfied, just because
12  you have an effect size of 200, you cannot say
13  there's a causal link because the temporality may
14  not be there. The analogy may not be there. The
15  biases could be there.
16         So again, the magnitude of effect size
17  has to be there, but there is no set standard. And
18  it doesn't -- it's not the only variable that we
19  look at.
20      Q      Okay. Moving on to on Page 33, the
21  right-hand column, the second Bradford Hill factor
22  is consistency?
23      A      Yes.
24      Q      And under "Consistency" for
25  Bradford Hill --beneath that in the paragraph, if we

Page 171

1  can include the -- and the paragraph right below
2  that as well.
3         So Sir Bradford Hill says that, "This
4  requirement may be of special importance for those
5  rare hazards singled out in the section's terms of
6  reference," right?
7         Do you see that?
8      A      Uh-huh.
9      Q      What is your understanding of how
10  the -- this factor of consistency is applied?
11      A      Again, I think Bradford Hill, as you
12  have it on -- on the screen, he mentions is -- he
13  means by consistency, has it been repeated in
14  different persons, in different places,
15  circumstances. So is it perhaps consistent with
16  being observed or seen?
17         And so that's -- that's what I also
18  take -- take it to mean, that is this -- is this
19  effect that I'm seeing, has it been seen in other
20  settings or in other studies. It doesn't mean that
21  it has to be observed in every single study, but is
22  it -- is it just a one-time event, or is it being
23  observed in other settings as well.
24      Q      Okay. And so that would be like, for
25  example, there's -- where there's multiple studies

Page 172

1  designed in different ways that are showing -- that
2  are showing the same relationship, right?
3      A      Yes. And I also would include even
4  animal studies as well, because they also -- I mean,
5  I know that's far more biologic plausibility. But
6  if there is studies repeating -- like, repeatedly
7  showing that there is cancer within carcinogenic
8  animal studies, I think that should also be part of
9  consistency as well.
10      Q      Okay. And if you see over on Page 34,
11  the next page, the top -- the left-hand column at
12  the top, again discussing consistency,
13  Sir Bradford Hill says, "I would, myself, put a good
14  deal of weight upon similar results reached in quite
15  different ways, e.g., prospectively and
16  retrospectively."
17         Do you see that?
18      A      Yeah.
19      Q      And so from -- from his perspective,
20  looking at studies, both studies that may be looking
21  retrospectively but also studies that are being done
22  prospectively, is significant to him in terms of
23  determining whether an association -- whether this
24  factor of consistency is met, right?
25         MR. NIGH: Object to form.

Page 173

1      THE WITNESS: Yeah.
2  BY MR. GALLAGHER:
3    Q      The third factor over on the
4  right-hand column of -- of this Page 34,
5  specificity?
6    A      Yes.
7    Q      And this factor -- and this factor is
8  looking at whether there's a specific association
9  between the -- disease and an exposure; is that
10 right?
11   A      Yes.
12   Q      And then at the bottom of Page 34, the
13 fourth factor is temporality. So this is a question
14 of -- of timing, right?
15   A      Yes.
16   Q      Does the -- does the exposure come
17 before the outcome, right?
18   A      Yes.
19   Q      And with respect -- when -- when the
20 outcome that you're looking at is cancer, for -- for
21 temporality a part of the question would be does the
22 exposure come before the subject gets -- gets
23 cancer, right?
24   A      Yes.
25   Q      And there's also, specifically with

Page 174

1  respect to cancer, because it can be slower to
2  develop, typically subjects are exposed to many
3  factors, including environmental factors, that come
4  before they develop cancer?
5      MR. NIGH: Object to form.
6      THE WITNESS: Well, I mean,
7   temporality is just focusing on does the
8   exposure come before the outcome, really. It's
9   not talking about one exposure, different
10  exposure. It's -- I mean, obviously, if -- if
11  the exposure came after the outcome, then
12  that's -- there's no causal link. So there has
13  to be -- the exposure has to come before the
14  outcome to -- to show a cause and effect
15  relationship.
16 BY MR. GALLAGHER:
17   Q      Okay. Going on to Page 35, the fifth
18 factor is called biological gradient.
19   A      Yes.
20   Q      This is referring to essentially a
21 dose response relationship; is that right?
22   A      Yes.
23   Q      That the greater the level of
24 exposure -- if the -- if the risk of the outcome
25 increases with increase in the level of exposure,

Page 175

1  that can be one -- one factor that is indicative of
2  a causal relationship, right?
3    A      Yes.
4    Q      Moving on to the bottom of that
5  column, the sixth factor is plausibility.
6    A      Yes.
7    Q      For this factor, it's just a question
8  of is the -- is there a suggestion that it's
9  biologically plausible that the exposure is
10 associated with the outcome -- or that the exposure
11 is a causation of the outcome, right?
12   A      Yes.
13      MR. NIGH: Form objection.
14      THE WITNESS: It asks -- it basically
15   asks is there a plausible mechanism for this
16   cause to -- for this exposure to cause the
17   outcome.
18 BY MR. GALLAGHER:
19   Q      Okay. And then the -- the -- moving
20 on to the right-hand column of Page 35 the seventh
21 factor is coherence. In your mind, how is coherence
22 different from plausibility?
23   A      So coherence to me is whether --
24 whether there is a length between the plausibility,
25 the basic science studies, and the --

Page 176

1      THE COURT REPORTER: I'm sorry. The
2   what and the clinical studies?
3      THE WITNESS: If -- if there is a --
4   if there is a link or there is a nice flow, if
5   you will, from the basic science animal studies
6   and the clinical/epidemiological studies.
7  BY MR. GALLAGHER:
8    Q      Okay. Moving on to the bottom of
9  this, Page 35, in the right-hand column, the eighth
10 factor is experiment. And essentially this is
11 looking for experimental evidence, right?
12   A      Yeah.
13   Q      And that's experimental evidence
14 that's different from -- it's not looking at an
15 observational study but a true experiment or
16 randomized control trial, right?
17      MR. NIGH: Form objection.
18      THE WITNESS: Yeah. I mean, again, I
19   don't think it's clear enough on that, but most
20   people take it to mean that it means a true
21   experiment and, you know, in a randomized trial
22   or an RCT.
23   Q      And then on -- going on to Page 36,
24 the ninth -- the ninth factor is analogy, right?
25   A      Yes.

Page 177

1   Q     And this is just a question of are
2   there -- I guess, what's your understanding of how
3   this factor of analogy is applied?
4   A     I'm just going to refer to my report
5   just to refresh my memory.
6   Q     Sure.  It's on Page 27.
7   A     Right.  So analogy means that is there
8   any evidence that carcinogens that are similar
9   chemically, you know, similar in the chemical
10  structure of the carcinogen in question also cause
11  cancer.  So sometimes people refer to it as a class
12  effect, for example.  So if one drug can cause an
13  adverse event, then that -- sometimes, it's a class
14  effect so that the group of drugs in that class of
15  drugs can also cause that adverse event, which
16  strengthens the analogy -- analogy argument.
17        But it generally means whether -- if
18  we talk about the carcinogen, whether other
19  carcinogens that are similar in structure also --
20  have also shown to cause cancer.
21  Q     Okay.  Let's go up ahead and pull up
22  your report, section -- report Page 29, and we can
23  look at the table.  And if you want to refer back to
24  Pages 27 or 28, please -- you know, please feel free
25  to.

Page 178

1         So I guess -- Sir Bradford Hill
2   presented these -- one question -- Sir Bradford Hill
3   presented these factors in a -- in a particular
4   order.  The first being strength, then consistency,
5   then specificity, then temporality, then biological
6   gradient, then plausibility, then coherence, then
7   experiment and then analogy, right?
8   A     Right.
9   Q     And you haven't followed that -- that
10  pattern.  Is there any particular why -- particular
11  reason why?
12        MR. NIGH:  Form objection.
13        THE WITNESS:  No, I don't think -- I
14  don't think the pattern is important.  I think
15  it's the presence or the status of these
16  variables that's important, not -- not -- I
17  mean, it's not a temporal exercise.  It's
18  whether this variable exists, whether an
19  analogy exists, whether temporality exists.
20  BY MR. GALLAGHER:
21  Q     Okay.  With respect to -- with respect
22  to the data that's in here, you've only included the
23  Hidajat study, right?
24  A     Yes.
25  Q     You haven't included the studies or

Page 179

1   referred to the studies that suggest that there
2   may -- that there was not a statistically
3   significant observation of an association, right?
4         MR. NIGH:  Form objection.
5         THE WITNESS:  Again, we have talked
6   about statistical significance.  It's not a --
7   it's not a -- statistical significance has not
8   -- has nothing to do with the Bradford Hill
9   criteria.
10        I have included the Hidajat because I
11  felt that it satisfies this criteria more than
12  the -- in this table.  But I have included
13  the -- the data from the dietary studies in my
14  assessment from all the variables as well.
15  BY MR. GALLAGHER:
16  Q     And the data -- the data that you're
17  showing for strength of evidence, I guess -- where
18  are you getting that data from?  That's just --
19  strike that.
20        The data that you're presenting for
21  strength of evidence is just the odds ratios that
22  were reported from the Hidajat study, right?
23  A     It's the hazard ratios of the highest
24  versus lowest NDMA categories.
25  Q     From the Hidajat study, right?

Page 180

1   A     Yes.  Yes.  It actually says in it on
2   the -- on the bottom of the table.
3   Q     Sure.  So are you looking at the first
4   footnote, I guess, where there's the carat?
5   A     Yes.
6   Q     The numbers are --
7         THE COURT REPORTER:  I'm sorry.  The
8   numbers are what?
9         MR. GALLAGHER:  Numbers are from the
10  study by Hidajat only.
11  BY MR. GALLAGHER:
12  Q     Is that correct?
13  A     Yes.
14  Q     And that carat is actually next to
15  dose response.  And dose response is presented --
16  these data I think as you said, is the hazard ratio
17  of the NDEA --
18  A     Yes.  I mean, the dose response
19  analysis is -- is the strength of the evidence,
20  because they only, pretty much, did a dose response.
21  So they -- they don't have a category of just other
22  use -- you know, other risks of cancer with NDMA.
23  They looked at a dose response, so that's -- that's
24  why I could see the numbers duplicated because
25  they're pretty much the same.

Page 181

1    Q      So you essentially treated those --
2 you treated those factors as the same, not
3 different?
4    A      Right.
5           MR. NIGH:  Form objection.
6 BY MR. GALLAGHER:
7    Q      In evaluating coherence, if we blow up
8 on Page 29, Section IX, which is just above the
9 table.
10   A      Yes.
11   Q      So you explain that from your
12 perspective, coherence examines whether there's a
13 link or coherence between basic science and
14 epidemiological evidence, right?
15   A      Yes.
16   Q      And then in your -- but then in
17 applying that, you say, "All nine cancers have been
18 shown to have a causal link from well-designed large
19 epidemiologic, occupational and scientific studies."
20          It seems like you're assuming a causal
21 link from the epidemiologic, occupational and
22 scientific studies, right?
23          MR. NIGH:  Form objection.
24          THE WITNESS:  Well, that's -- I mean,
25   that's -- that's where my -- I mean, I talk

Page 182

1    about this in my opinion.  Here, I use the word
2    "causal" because they -- you know, if you look
3    at the strength of the -- of the evidence and
4    ratios and also the other -- the categories of
5    Bradford Hill, they do satisfy the -- the
6    different categories.  And that's why I -- I
7    use the word "causal."
8           Because when you get to coherence,
9    then I have also looked at biologic
10   plausibility, and analogy and all the other --
11   this -- this is the last criteria.  So I have
12   already looked at all the other criterion and
13   have, you know, determined my -- my opinion
14   that I do believe there is causal link.
15 BY MR. GALLAGHER:
16   Q      So you're not applying coherence.  By
17 the time you get here, you've decided there's a
18 causal link, and it's based specifically on the
19 strength of the association.  That's what you said?
20          MR. NIGH:  Form objection,
21   mischaracterizes his testimony.
22          THE WITNESS:  No.  I disagree with
23   that.  By the time I got to coherence, I have
24   looked at the other criteria as well.
25

Page 183

1 BY MR. GALLAGHER:
2    Q      Right.  But how -- how are you
3 applying coherence here?
4           MR. NIGH:  Form objection.
5           THE WITNESS:  I am -- I am -- I'm
6    stating that there -- because there is a link
7    -- there is a causal link in terms of strength,
8    temporality, biologic plausibility, that
9    satisfies the coherence or the flow between the
10   basic science data and the clinical data.
11 BY MR. GALLAGHER:
12   Q      Okay.  The data that you had looked
13 at, though, were epidemiologic, occupational --
14 well, let's break those down.
15          Epidemiologic and occupational
16 studies, so those are like the Hidajat study, Straif
17 study, right, the occupational studies?  Those are a
18 couple of occupational studies that you looked at?
19          MR. NIGH:  Form objection, incomplete
20   question.
21          You can answer.
22          THE WITNESS:  And -- and the dietary
23   studies, yes.
24 BY MR. GALLAGHER:
25   Q      Okay.  So the dietary studies would be

Page 184

1 epidemiologic studies; is that right?
2    A      Yes.
3    Q      Okay.  The dietary studies are not
4 occupational studies, right?
5    A      No.
6    Q      What are the basic scientific studies
7 that you're --
8    A      Those are the animal studies that have
9 shown NDMA can cause cancer.
10   Q      If we go back to Page 28, looking at
11 consistency, it's labeled VI.
12   A      Uh-huh.
13   Q      So, again, explain to me how you --
14 how you've applied consistency here?
15   A      Consistency means that there is basic
16 science evidence suggesting of cancer, the
17 causing -- the cancer-causing effects of NDMA in
18 animals, and the occupational studies, mainly
19 Hidajat.  And many of the dietary epi studies have
20 also shown that the -- the risk of cancer is
21 increased.  So that's the consistency.
22   Q      So you say -- you say, mainly Hidajat.
23 And in terms of consistency from Sir Bradford Hill,
24 it seems like he was wanting -- be wanting to look
25 at all of the studies, including studies that were

Page 185

1 prospective and retrospective, right?
2        MR. NIGH: Form objection.
3        THE WITNESS: Hidajat was prospective,
4 it was a prospective cohort where they followed
5 men for 35 years. We have the dietary studies
6 where they're a mixture, a mix of prospective
7 and retrospective. And Bradford Hill does not
8 say that -- he says there has to be evidence
9 from, as you said, prospective and
10 retrospective.
11        He doesn't say there has to be, you
12 know, a consistent increase in risk in all
13 of the studies that you have. He's just
14 suggesting that there has to be evidence from a
15 mix of studies, which we do have here.
16 BY MR. GALLAGHER:
17    Q    So wouldn't it be relevant to this
18 factor of consistency, if there are studies that --
19 some studies show -- in some studies, they reach
20 statistical significance or an association, but that
21 there's other studies where there's no statistically
22 significant association? Isn't that inconsistent
23 results?
24    A    Again, a statistical significant has
25 nothing to do with either the Bradford Hill criteria

Page 186

1 or consistency. And I think I've -- I've talked
2 about the caveats of interpreting statistical
3 significance. So if you'd just give me a few
4 minutes, and I'll just read consistency from his
5 paper again.
6    Q    Sure.
7    A    I mean mainly what it says is, "I
8 would myself put a good deal of weight upon similar
9 results" from prospective and retrospective studies.
10        Again, it doesn't say that all of
11 these results have to be consistently showing an
12 increased risk with that particular exposure. So
13 he's -- he's quite -- he's quite general in his
14 statement, and we do have in this question a mixture
15 of prospective and retrospective epi -- epi and
16 occupational studies.
17    Q    So I'm not following. I think you
18 said he's not requiring that the results are
19 consistently showing the same --
20    A    He's not --
21        MR. NIGH: Hold on. Let him finish
22 his question.
23 BY MR. GALLAGHER:
24    Q    I'll start over.
25        I heard you to say that your

Page 187

1 interpretation of this, Doctor, is that
2 Bradford Hill is not requiring that the studies
3 consistently show the same observed association?
4        MR. NIGH: Objection, form and
5 mischaracterizes his testimony.
6        THE WITNESS: Let me clarify. I'm
7 just reading from what he's saying. "I would
8 myself put a good deal of weight upon similar
9 results reached in quite different ways, e.g.,
10 prospective and" -- "prospectively and
11 retrospectively."
12        And so -- so this -- I mean, this
13 report and the findings does meet this
14 criteria. I have retrospective studies and
15 prospective studies. And it doesn't talk about
16 the statistical significance or anything like
17 that at all.
18 BY MR. GALLAGHER:
19    Q    Well, but wouldn't it be relevant --
20 wouldn't it be relevant to this, Doctor, if there
21 are some studies that are concluding evidence of an
22 association based on statistical significance, but
23 there's other studies that are concluding no
24 evidence of an association?
25        MR. NIGH: Form objection.

Page 188

1        THE WITNESS: Again -- the
2 Bradford Hill criteria is a method of looking
3 at the totality of the evidence. You're rarely
4 going to have a situation where all the studies
5 that you have are consistently showing at one
6 direction with minimal limitations. You're
7 gonna have a mixed bag.
8        And I think that's why his -- I mean,
9 the bar is quite low from what he's saying. He
10 says, I want to see the, you know, results from
11 a mix of prospective and retrospective. He's
12 not going into any detail about, you know, what
13 if some of them are negative, some of them are
14 positive, what's the statistical significance.
15 That's -- that's not -- at least that's not how
16 I read it.
17 BY MR. GALLAGHER:
18    Q    So from your perspective, this factor
19 of consistency, it's not relevant if, among the
20 studies that are being -- that have evaluated the
21 question, some of them are positive and some of them
22 are negative?
23        MR. NIGH: Object to form,
24 mischaracterizes testimony.
25        THE WITNESS: I think I -- I think the

Page 189

1     ones that have the highest weight and the
2     stronger methodology, I think if those studies
3     are showing an association -- plus there's, you
4     know, evidence from animal studies.  And as he
5     says there's a mixed bag of prospective and
6     retrospective.  That to me, has satisfied his
7     criteria.
8         Q      So again, if there's -- if there's a
9   mixed bag of some studies are positive and some
10  studies are negative, wouldn't you consider that to
11  be evidence of inconsistency?
12        MR. NIGH:  Object to form.
13        THE WITNESS:  In most situations,
14     you're gonna have a mixed bag of studies, as I
15     mentioned.  If -- if you wanted to apply
16     Bradford Hill to just questions that have only
17     positive studies, you wouldn't -- you wouldn't
18     be applying it a lot.  So it all depends if the
19     mixed bag, what -- you know, what -- what
20     quality of evidence comes from those -- those
21     mixed studies.
22        And here, I think that the study by
23     Hidajat, has, you know, perhaps a high end
24     rate.  Plus the studies, the epi studies, and
25     plus the data from animal studies, satisfy the

Page 190

1     consistency criteria.
2   BY MR. GALLAGHER:
3     Q      Okay.  Let's go to -- let's go to the
4   exhibit we were looking at early this morning, the
5   article you had written about personal use of hair
6   dyes and risk of cancer.
7     A      Can you please -- can you please
8   upload that again?
9     Q      Sure.
10        MR. GALLAGHER:  Can you put that back
11     in the chat?
12  BY MR. GALLAGHER:
13    Q      Do you have it?
14    A      Yes.
15    Q      Okay.  We had looked at this this
16  morning, and in this paper, you walk through the way
17  you structured the searches for this, right?
18    A      Yes.
19    Q      And then you established -- you
20  established inclusion criteria for collecting the
21  data, right?
22    A      Yes.
23    Q      And then you set forth the way in
24  which you did a quality assessment of the studies
25  that were inclusive, right?  And this is on

Page 191

1   Page 2519.  It's the fourth page of the article.
2        MR. NIGH:  Form objection.
3   BY MR. GALLAGHER:
4     Q      On the left-hand side.
5        Do you see that where you're
6   describing the quality assessment that you had done?
7     A      Yes.
8     Q      And in that quality assessment, you
9   came up with a series of criteria that were used to
10  rank the quality of each of the studies; is that
11  right?
12    A      Yes.
13    Q      And you would have come up with this
14  quality assessment before deciding which -- which
15  studies were of higher quality and which were of
16  lower quality, right?
17        MR. NIGH:  Form objection.
18        THE WITNESS:  Usually, that's what
19     quality assessments are done for, yes, used
20     for.
21  BY MR. GALLAGHER:
22    Q      Okay.  Okay.  You haven't described
23  that type of quality assessment in your report for
24  evaluating the -- the studies that you decided to
25  include on which to base your opinions, have you?

Page 192

1        MR. NIGH:  Form objection.
2        THE WITNESS:  I did not, because first
3     of all, as you can see here, we have a lot of
4     studies, that needs to be sifted through with
5     different methodologies.  In this case, I was
6     mainly faced with two types of studies.
7     Hidajat was one, and then the rest are all
8     dietary studies with dietary questionnaires and
9     very similar design.
10        So I preferred to kind of describe the
11     methodology, the limitations and strengths
12     rather than, you know, come up with a
13     quality -- quality score.
14  BY MR. GALLAGHER:
15    Q      So you haven't gone through this --
16  sorry -- this -- of having criteria to evaluate
17  these studies that you're relying on for quality,
18  and then --
19    A      No.  And again -- another -- another
20  reason is this --
21        MR. NIGH:  Sorry.  We couldn't hear
22     the question because someone coughed.  And that
23     happens, I know.  But can you please ask that
24     question again?
25        MR. GALLAGHER:  Sure.  No worries.

Page 193

1 BY MR. GALLAGHER:
2    Q    So you haven't -- you haven't gone
3 through the process of having criteria to evaluate
4 the quality of the studies that you're including in
5 your report on which your opinions are based,
6 prospectively to describe the quality of each of
7 them, right?
8    A    Right.  And I believe I did reply as
9 to why.  And if I could also add, qualities --
10 although it was done here, and this was a quality
11 score that we just came up ourselves, it's not a
12 standardized quality score that's published.  We
13 just came up with it ourselves.
14       But there's really no evidence that a
15 quality score would necessarily improve the quality
16 of the review when -- you know, when the strengths
17 and limitations of the studies in the review are
18 discussed and sort of analyzed.  And with the fact
19 that, again, the studies are very similar in design,
20 I choose not to use the quality score.
21    Q    Okay.  When you say "they are similar
22 in design," I thought we had discussed earlier this
23 morning, that all of the studies have different
24 designs, right?
25    A    Well --

Page 194

1       MR. NIGH:  Form objection.  Form
2 objection.
3       Go ahead.  You can answer.
4       THE WITNESS:  So, you have -- you have
5 pretty much one occupational study that I
6 relied on, and that's in Hidajat.  And I talked
7 about that extensively in more than a couple of
8 pages.  And then -- so that's obviously
9 different than the epi studies.
10       But then the epi studies are pretty
11 much very similar in design.  That's what I
12 meant.  So you have two types of designs,
13 occupational and epi.  And then the epi are
14 very similar in design.  They are all
15 questionnaire-based dietary studies.
16       So if I had a number of randomized
17 trials, a number of occupational studies, a
18 number of dietary epi studies and number of
19 studies on different designs, then that may
20 have warranted a quality score.
21       But because of the small number of
22 studies and -- and the -- and the fact that I
23 felt I could describe them, the strengths and
24 limitations and the fact that really, quality
25 scores, although intuitively, they look -- they

Page 195

1 sound good for observational reviews, have not
2 really shown to improve the -- you know, to
3 change the quality of the review if that review
4 does contain a formal discussion of the
5 limitations and strengths of the studies
6 included.
7 BY MR. GALLAGHER:
8    Q    Okay.  Can we look at the Straif paper
9 again?
10    A    Sorry, which paper?
11    Q    Exhibit 7, Straif.
12       This was another occupational study
13 looking at the workers in the rubber industry,
14 right?
15    A    Yes.
16    Q    On Page 19 of your report, you're
17 looking -- you're discussing your opinion with
18 respect to pancreatic cancer?
19    A    Yes.
20    Q    And you -- you criticize the Straif
21 study as being, in your opinion, underpowered to
22 examine pancreatic cancer deaths, right?
23    A    Yes.
24    Q    And that's because there were only 15
25 pancreatic cancer deaths in the cohort for the

Page 196

1 Straif study, right?
2       MR. NIGH:  Form objection.
3       THE WITNESS:  Right.
4 BY MR. GALLAGHER:
5    Q    So isn't it -- isn't it the case that
6 at least for the cohort that Straif was looking at,
7 there weren't very many members of that cohort that
8 had pancreatic cancer or died from pancreatic
9 cancer, right?
10       MR. NIGH:  Object to form.
11       THE WITNESS:  So 15 cases only.
12 BY MR. GALLAGHER:
13    Q    Right.  So the -- the powering of the
14 study is -- is based largely off of sample size, and
15 the expected size of a potential association, right?
16       MR. NIGH:  Form.  Form objection.
17       THE WITNESS:  So there are about four
18 criteria for the power.  One of them is sample
19 size or, more specifically, number of events.
20 BY MR. GALLAGHER:
21    Q    Okay.  If you look -- let's look at
22 the Straif study, on Page 181, in the right-hand
23 column just above the table.
24    A    Okay.
25    Q    Do you see where they're describing

Page 197

1  for this cohort, they "assessed exposure to total
2  nitrosamine because animal studies indicated linear
3  additive carcinogenicity for exposure to low
4  concentrations of different nitrosamines and because
5  assessment of exposure to specific nitrosamines
6  would not have been possible." Right?
7      A     Okay.
8      Q     So for this -- for this study,
9  assessment of the exposure to specific nitrosamines
10 would not have been possible, right?
11     A     Right.
12     Q     If we go to Page 185 in the left-hand
13 column, the -- the top, the first full sentence,
14 they state, "We have discussed previously that the
15 increased risk of stomach cancer among rubber
16 workers was mostly found in work areas with
17 relatively low exposure to nitrosamine."
18         Do you see that?
19     A     What page is that? I'm trying to look
20 at in my PDF. What page is that?
21     Q     Sure. It's Page 185. 185, the top
22 left-hand column. Do you see that sentence where
23 they --
24     A     Yes.
25     Q     -- say, "We have discussed previously

Page 198

1  that the increased risk of stomach cancer among
2  rubber workers was mostly found in work areas with
3  relatively low exposure to nitrosamine"?
4      A     Right. And they reference two
5  studies. Okay.
6      Q     So wouldn't that be inconsistent with
7  a suggestion that among rubber workers, it was
8  nitrosamine that was leading to an increased risk of
9  stomach cancer?
10         MR. NIGH: Form objection.
11         THE WITNESS: First of all,
12     nitrosamines are a more general, as you know,
13     chemical name that includes NDMA.
14         And I mean, here, I'm just reading one
15     sentence from the paper. I have to go and read
16     the paper and see whether I believe those
17     results or not. So I mean, that's what they're
18     saying. I can't just go with what they're
19     saying. I haven't reviewed those two articles.
20 BY MR. GALLAGHER:
21     Q     Okay. But -- but at least these
22 authors who are reporting in this study that you
23 have chosen to include -- include in your report are
24 describing that from their perspective, they have
25 previously shown that any increased risk of stomach

Page 199

1  cancer among rubber workers was mostly found in work
2  areas with relatively low exposure to nitrosamines,
3  right?
4         MR. NIGH: Form objection.
5         THE WITNESS: Again, even -- even in
6     this study, they only have 44 cases of stomach
7     cancer deaths, which leads to -- you know, as
8     expected, a very wide confidence interval.
9         So if -- if that study that they're
10     mentioning is similar to this study, it may be
11     because, again, it -- it was a very low -- in a
12     small number of stomach cancer cases. And
13     unlike Hidajat, it did not control for death by
14     other causes.
15         So, yes, that's what they're saying,
16     but I don't -- I'm not sure if I, you know,
17     believe their -- their methodology.
18 BY MR. GALLAGHER:
19     Q     Okay. Back to your report, Page 19
20 over to Page 20?
21     A     I'm sorry. Can I just mention -- can
22 we -- after you ask your question on Page 19, can we
23 take a ten-minute break?
24     Q     Sure. Absolutely.
25         Let me just ask this quick question,

Page 200

1  and then -- and then we'll take a break.
2         So you discount the Straif study and
3  are relying on the Hidajat study with respect to
4  your opinions for pancreatic cancer, right?
5         MR. NIGH: Form objection.
6         THE WITNESS: For pancreatic cancer, I
7     also do mention the Zheng study and I mention
8     the Fritz -- Fritschi study.
9      Q     What's the -- what's the second study
10 you just referred to, Fritschi?
11     A     Yeah.
12     Q     Well, the -- the Fritschi study,
13 F-r-i-t-s-c-h-i, you'll agree with me did not find
14 an association --
15     A     That's correct.
16     Q     -- between nitrosamines and pancreatic
17 cancer, right?
18     A     That's right.
19     Q     And you discounted the Straif study,
20 which also did not show an association of NDMA -- or
21 of nitrosamines and pancreatic cancer, right?
22         MR. NIGH: Form objection.
23 BY MR. GALLAGHER:
24     Q     And you do rely on the Hidajat study
25 in support of your opinion regarding the association

Page 201

1 of NDMA and pancreatic cancer, right?
2    A    And -- and Zheng.
3    Q    Sure.  Okay.  I'll get to Zheng in a
4 minute.
5    A    Okay.
6    Q    So -- but the Hidajat study as we
7 discussed earlier today, was one of occupational
8 exposure where the exposure is primarily inhalation
9 or contact through skin, right?
10    A    Yes.
11    Q    Okay.
12        MR. GALLAGHER:  Why don't we take a
13    ten-minute break now, and we'll pick up with
14    the Zheng study when we come back.
15        THE WITNESS:  Sure.
16        THE VIDEOGRAPHER:  The time is now
17    2:30.  This ends Media Unit Number 4.  We're
18    going off the record.
19        (Whereupon, a short break was taken.)
20        THE VIDEOGRAPHER:  The time is now
21    2:49.  This begins Media Unit Number 5.  We're
22    back on the record.
23 BY MR. GALLAGHER:
24    Q    Dr. Etminan, I'm going to mark as
25 Exhibit 20 an article by Zheng, Z-h-e-n-g entitled

Page 202

1 "Dietary N-nitroso Compounds and Risk of Pancreatic
2 Cancer:  Results From a Large Case Control Study."
3        (Whereupon, Exhibit 20 was marked for
4    Identification.)
5        THE WITNESS:  Which exhibit is this?
6 Sorry, 37?
7    Q    Exhibit 20.
8    A    Oh, 20.  Okay.
9    Q    It's Exhibit 20.  It is -- you have
10 cited it on Page 20 of your report, and it's
11 Reference 37 from -- from your report.
12        If we go to Page 258, Table 2?
13    A    I'm sorry.  Can you just give me
14 30 seconds to find this in my report?
15    Q    Sure.  It's on Page 20 of your report.
16    A    Oh, 20, okay.
17    Q    And if you want we can -- sorry to --
18 we can --
19    A    On Page 20 is -- on Page 20, I talk
20 about Zheng and Straif, Loh.  I don't see Jane.
21    Q    Z-h-e-n-g.
22    A    Oh, Zheng.
23    Q    Sorry.  My apologies if I'm
24 mispronouncing it.
25    A    That's all right.

Page 203

1        So it's number, which one, sorry.
2    Q    It's Exhibit 20.
3    A    Is it uploaded?
4    Q    I believe it is now.
5    A    All right.
6    Q    Do you see it?
7    A    Yes, I see it.
8    Q    Okay.  If we go to Page 258, Table 2.
9    A    Yeah.
10    Q    And Table 2 is presenting "Adjusted
11 odds ratios and 95 percent confidence intervals for
12 pancreatic cancer risk according to quartiles of
13 consumption of certain N-nitroso compounds," right?
14    A    That's right.
15    Q    And if we -- if you look down to NDMA,
16 the adjusted odds ratio for NDMA exposure as -- in
17 association with pancreatic cancer is 0.13, right?
18    A    Yes.
19    Q    That's essentially evidence of no
20 association between exposure to NDMA and risk of
21 pancreatic cancer in this study, right?
22    A    For the general NDMA, yes.
23    Q    Okay.  For the general NDMA.  And then
24 if we look at -- it also separately presents an odds
25 ratio for NDMA from plant source, right?

Page 204

1    A    Yes.
2    Q    And the adjusted odds ratio for NDMA
3 from plant sources is 1.93; is that right?
4    A    Yeah.
5    Q    And then separately, it breaks out
6 NDMA from animal sources and the adjusted odds ratio
7 for risk of pancreatic cancer and exposure to NDMA
8 having an association of 1.7, right?
9    A    Right.
10    Q    So for exposure to NDMA from animal
11 sources that's, again, evidence of no association
12 between exposure to NDMA from animal sources and
13 risk of pancreatic cancer, right?
14    A    Yeah.
15    Q    So don't you think these results
16 are -- at a minimum, the results for plant NDMA from
17 plant sources are inconsistent with the results for
18 NDMA and results for NDMA from animal sources,
19 right?
20        MR. NIGH:  Form objection.
21        THE WITNESS:  It is inconsistent, but
22    I think that's something that should be -- I
23    mean, you can't disregard it.  I mean, they
24    are -- they are not consistent.  But if you
25    can't -- you can't disregard the fact that

Page 205

1    there is a signal with plant sources, but of
2    course, not with NDMA from animal sources.
3   BY MR. GALLAGHER:
4    Q     Okay.  And -- and we also can't
5   disregard that the data for NDMA is showing no
6   association of exposure to NDMA and risk of
7   pancreatic cancer, right?
8          MR. NIGH:  Form objection.
9          THE WITNESS:  Well, it -- it -- it
10   shows -- it doesn't show a risk for general
11   NDMA, right.
12  BY MR. GALLAGHER:
13   Q     Okay.  You'd agree with me that the
14  exposure to NDMA from valsartan is not exposure to
15  NDMA from plant sources, right?
16         MR. NIGH:  Object to form.
17         THE WITNESS:  And it's not from
18   animals either.  But I mean, the molecule --
19   the molecule is the molecule.  So I don't know
20   if -- whether it comes from the plant -- I
21   mean, it comes from the plant.  But in the
22   body, it gets broken down to the chemical NDMA.
23   So whether it comes from a plant or any other
24   source, I don't think that really matters that
25   much.

Page 206

1          It's just like, you know, getting
2    protein from dairy or from meat.  Once it's
3    broken down to its amino acids, it's -- it's
4    protein in the body.  It does what it's
5    supposed to do.
6   BY MR. GALLAGHER:
7    Q     Okay.  Do you have any explanation for
8   why they might observe from plant sources NDMA, a
9   hazard ratio of 1.93, but for NDMA generally and
10  NDMA from animal sources, there's no evidence of
11  association?
12   A     I -- I don't.  But again, I think that
13  it -- I mean, it is a piece of evidence that should
14  be looked at in -- in -- in the grand scheme of all
15  the evidence.  And that's why I did talk about it in
16  my report.  I mentioned that no association with
17  animal studies -- with the animal sources, but also
18  did mention with the plant sources.
19         So I think it's one piece of the
20  puzzle that should be -- should be looked at.  If --
21  if the plant source was also a negative, then I
22  would say we can disregard it.  But since the plant
23  source does show a signal and maybe we can't really
24  explain why.  But we can't really disregard the
25  signal.

Page 207

1    Q     So you said if the plant sources were
2   negative, then we could disregard it.  Are you
3   disregarding studies that show no association?
4          MR. NIGH:  Object to form,
5   mischaracterizes testimony.
6          THE WITNESS:  No, but what I meant to
7   say is that if the plant source was also -- was
8   showing a negative association, we could say
9   that NDMA in the study does not show a link.
10   But -- but it -- but it does show a link from
11   plants and not animals.  So we can't totally
12   disregard it because of that reason.
13  BY MR. GALLAGHER:
14   Q     Okay.  Is it possible that there's
15  some unmeasured confounding factor for those who are
16  getting NDMA from plant sources that explains the
17  inconsistency in this data?
18   A     I mean, I can't think of a measured
19  confounder that only affects plant users, but I
20  mean, I don't know.  I -- I wouldn't speculate.
21   Q     Is it possible that there's some
22  factor for which there's an interaction with NDMA
23  that those who are -- have a diet higher in plant
24  sources than NDMA have -- that hasn't been measured
25  here, and that's creating the inconsistency in the

Page 208

1   results?
2    A     I mean, I -- that's the next -- I
3   don't -- again, I don't want to speculate.  It's not
4   really within my expertise to -- to opine on.
5    Q     Okay.  So getting back to your report
6   with respect to pancreatic cancer, as we talked
7   about on Pages 19 and 20, you cite to the Fritschi
8   article?
9    A     Yes.
10   Q     Which reported no association of
11  nitrosamines and pancreatic cancer.
12         You cite to the Straif article, which
13  again found no evidence of an association between
14  nitrosamines --
15   A     Again, just to clarify, Straif was
16  inconclusive because of a very small number of
17  cases.  And Fritschi, I do explain the limitations
18  in my report.
19   Q     Right.  Okay.  But neither of those --
20  neither of those are supportive -- are evidence for
21  an association of NDMA with pancreatic cancer,
22  right?
23   A     Correct.
24   Q     And then you cite the Hidajat study,
25  which we have discussed previously, right?

Page 209

1    A      Yes.
2    Q      And then the Zheng study, which we've
3 just looked at, for NDMA generally, is showing no
4 evidence of an association of NDMA and pancreatic
5 cancer, right?
6    A      For general NDMA, yes.
7    Q      Okay.  So you've cited four articles.
8 Three of them have no evidence for an association.
9 One of them where the mechanism -- method of
10 exposure was through inhalation or skin contact more
11 than oral.
12          And it's essentially on the basis of
13 that -- that one study that you're concluding the
14 dietary and occupational evidence demonstrates an
15 increase in the risk of NDMA and NDEA with
16 pancreatic cancer, right?
17   A      Yes.  So I say the -- so I say the
18 constellation of animal studies, the -- the large
19 occupational studies that probably has a higher rate
20 in terms of methodology and one increased risk of
21 NDMA plant-based on one study.  I'm kind of looking
22 at the totality of the evidence for that.
23          THE COURT REPORTER:  Counsel, I'm
24   sorry.  I need to just -- I need to take one
25   minute.

Page 210

1          MR. GALLAGHER:  Okay.  Can we go off
2 the record?
3          THE VIDEOGRAPHER:  The time is now
4 3:02.  We're going off the record.
5          (Whereupon, a short break was taken.)
6          THE VIDEOGRAPHER:  The time is now
7 3:03.  We're back on the record.
8          Mr. Gallagher, I think you're on mute.
9          MR. GALLAGHER:  Sorry.  Thank you.
10 BY MR. GALLAGHER:
11   Q      Dr. Etminan, I want to explore this
12 concept of totality of evidence with you.
13   A      Okay.
14   Q      So with -- with respect to pancreatic
15 cancer, you have cited to three studies that show no
16 evidence of an association of NDMA with pancreatic
17 cancer.  And you cite to one article again where the
18 method of exposure was primarily inhalation or skin
19 contact, not oral.
20          And based on that one study, you're
21 telling us that the totality of evidence is
22 supportive of an association of exposure to NDMA and
23 the risk for pancreatic cancer; is that right?
24   A      So --
25          MR. NIGH:  Object to form.

Page 211

1          Hold on.  Let me make my objection,
2 please.
3          Object to form, and mischaracterizes
4 testimony.
5          THE WITNESS:  So totality doesn't mean
6 just looking at what -- how many positive
7 studies you have and how many negative studies
8 you have.  First of all, I -- I included three
9 negative studies because they included my --
10 they met my search criteria in my report.  And
11 so I had to talk about them, and I -- they were
12 negative, and I had to talk about the
13 limitations.
14          And one of those three studies is
15 Straif that -- that you mentioned, could not --
16 with 15 cases, could not really study the
17 question.  So it wasn't really a negative
18 study.  It wasn't a well-designed study that
19 led to a negative results.  It was a very small
20 study that could not answer the question.
21          Fritschi also combined different
22 exposures.  I talked about the limitations of
23 that study.  And the -- when I say totality,
24 yes, I believe that the study by Hidajat
25 carries more of the weight because it was very

Page 212

1 long follow-up, good sample size.  Yes, it
2 wasn't oral NDMA.  I don't think we could ever
3 have an oral -- orally-based NDMA exposure
4 study that's well designed and can follow
5 patients for a long time.  I think logistically
6 and ethically, that's impossible.
7          But the -- over time, the data that we
8 have from animal studies and other data over
9 time, exposure to skin and lungs can lead to
10 systemic absorption of NDMA.
11          So to answer your question, it is not
12 just three negative, one positive, I decided on
13 the positive.  It's -- it's the quality of the
14 event.  It's the weight of the evidence that
15 goes into that decision.
16 BY MR. GALLAGHER:
17   Q      Well, wouldn't the dietary studies be
18 looking at oral -- oral exposure to NDMA to the
19 extent they're being based on assumptions of the
20 estimates for the amount of NDMA in particular
21 foods?
22   A      Yes, they do.  But, again, they also
23 have limitations that, for example, Hidajat did not.
24 And then most of their limitation would be -- that's
25 why potentially it's that some of them are negative

Page 213

1 is the -- the follow-up was not as long as Hidajat
2 to -- for -- to allow cancers to form.
3        And they did not control for competing
4 deaths or deaths of other causes. So if somebody
5 died of a heart attack, they were out of the study.
6 They could not get cancer. That would lead to a
7 smaller number of cancer cases.
8        So, yes, the dietary studies may --
9 may mimic -- may better mimic the valsartan
10 scenario, but they -- they have other limitations
11 that -- that may prevent them from showing a -- you
12 know, an effect -- an increase in risk with NDMA and
13 cancer.
14     Q      Okay. Understanding that the dietary
15 studies do have limitations, and I think we had
16 discussed some of those earlier today, one of the --
17 one of the limitations of Hidajat study is that the
18 method of exposure -- strike that.
19        With respect to assessing exposure to
20 NDMA from valsartan, which would be oral, one of the
21 limitations of the Hidajat studies as a -- as a
22 basis for evaluating that question, is that the
23 method of exposure is primarily inhalation or direct
24 contact with skin, not oral exposure, right?
25     A      Yes, I think we talked about it.

Page 214

1     Q      Okay. Moving on in your report to
2 head and neck cancers?
3     A      Okay.
4     Q      So the first -- the first study cited
5 here is Loh, L-o-h.
6     A      All right.
7     Q      And for this, the observed relative
8 risk is 1.13; is that correct?
9     A      Yes.
10     Q      And this is exhibit -- the article is
11 Exhibit 15, if you want to look at it. But at the
12 moment, we can just look at Page 20 of your report.
13     A      Okay.
14     Q      So you agree that that was not
15 statistically significant evidence for an
16 association of NDMA and esophageal cancer, right?
17     A      Yes.
18     Q      Okay. And the confidence interval is
19 from 0.77 to 1.68, right?
20     A      Yes. And, again, we have talked about
21 imprecision and the very low and very high limits
22 and what that means. But, yes --
23        THE COURT REPORTER: But, yes, what?
24        THE WITNESS: It wasn't statistically
25 significant.

Page 215

1 BY MR. GALLAGHER:
2     Q      In your report, you focus on the upper
3 bound of that confidence interval. I want to talk
4 for a minute about the lower bound of the confidence
5 interval, 0.77.
6        So the -- according to this data, it
7 would be the -- the likelihood of the actual
8 relative risk being 0.77 is as good as the
9 possibility that the actual relative risk is 1.68.
10 Do I understand that right?
11     A      I -- I don't -- I don't think I agree
12 with that. But I do agree that it's -- and you can
13 say it's an inconclusive result. I don't know if
14 the probability of getting .77 is the same. I mean,
15 it could be similar. It could be a bit -- I
16 can't -- that's a technical statistical question. I
17 can't -- I have to, kind of, maybe, go back and look
18 at it.
19        But for the purposes of our
20 discussion, I'm comfortable in saying that it's --
21 because it goes from very low to very high, that
22 it's inconclusive. But, again, if it went from very
23 low to, let's say, 1.2, 1.3, I would be more
24 comfortable saying it's negative. But because it's
25 going all the way up to 1.68, I'm more comfortable

Page 216

1 in saying it's inconclusive.
2        MR. NIGH: And I would object to the
3        form of that last question.
4 BY MR. GALLAGHER:
5     Q      If we look at Exhibit 15, the Loh
6 study, turning to Page 1057, I believe, just below
7 Table 2 --
8     A      Yes.
9     Q      -- on the left-hand side?
10     A      Table 2, okay.
11     Q      Yeah. Sorry, just below -- just below
12 Table 2.
13     A      Okay.
14     Q      And this is -- these studies are
15 evaluating multiple cancers. So this is carrying
16 over from the prior page where they say, "There was
17 no significant association with esophageal and
18 stomach cancers for all three exposures."
19        Do you see that?
20     A      Which -- which -- are you looking at a
21 table or --
22     Q      No. I'm sorry. I'm looking just
23 below the table.
24     A      Below Table 2?
25     Q      Yes. And it's -- it's going from

Page 217

1 the -- the sentence starts at the end of Page 1056,
2 the prior page and carries over to Page 1057.
3     A     Yeah. I mean, I -- I think that's
4 also reflected in Table 5. But in Table 5, they
5 also -- they also show the number of cases, and as I
6 mentioned before, with 55 cases of esophageal
7 cancer, that does not give you a very precise
8 estimate. So, yeah, it's not statistically
9 significant because it's probably not supposed to be
10 this small number of cases.
11     Q     And the small number of cases is due
12 in part because relatively few people in this cohort
13 actually got -- actually had esophageal cancer,
14 right?
15     A     Well, again, from the table, it seems,
16 like, compared to the other types of cancer, they --
17 this group had a smaller -- you know, had a smaller
18 number of cases. I'm not sure what the percentage
19 would be. I don't think they -- they have that as
20 to the percentage of patients in this study who had
21 esophageal cancer. But we just have the number of
22 esophageal cancers from the total number of cancers,
23 and it seems to be low.
24     Q     Let's look at -- have we already
25 marked the Kefzei article? Exhibit 16, the Kefzei,

Page 218

1 article. And you're citing to this on Page 21 of
2 your report, with respect to --
3     A     Please hold on.
4     Q     Okay.
5     A     Okay.
6     Q     Again, now the -- the observed hazard
7 ratio is 1.15, right?
8     A     For which cancer? Are you looking at
9 a specific table?
10     Q     Oh, I'm sorry. The -- I'm looking at
11 your report. And you're more than welcome to look
12 at it.
13     A     1.15, yes.
14     Q     For esophageal cancer?
15     A     Uh-huh.
16     Q     You had earlier -- when you were
17 discussing Keszei with respect to gastric cancer?
18     A     Yes.
19     Q     You had criticized this article
20 because of potential misclassification and
21 inaccurate reporting the different food intake by
22 the subjects. Do you remember that?
23         MR. NIGH: Form objection.
24         THE WITNESS: Yes.
25

Page 219

1 BY MR. GALLAGHER:
2     Q     Okay. That potential for
3 misclassification applies as equally for esophageal
4 cancer as it does for gastric cancer, right?
5         MR. NIGH: Form objection.
6         THE WITNESS: It does, but, usually
7     misclassification that affects both groups,
8     usually, gives no results, which we got for
9     stomach cancer. Here, we have, you know, a
10     statistically significant increase in risk.
11         So, again, there has to be a very
12     clear mechanism as to how misclassification is
13     causing this increase in risk where --
14     esophageal because usually misclassification
15     that's non-differential just dilutes the
16     effect, which we --
17         THE COURT REPORTER: Between what?
18         THE WITNESS: Dilutes the effect. But
19     here, we do see a slight increase in risk
20     with -- in Kefzei with esophageal cancer.
21 BY MR. GALLAGHER:
22     Q     Well, but you don't know if -- if
23 there's inaccurate reporting, either inaccurate
24 recording by the study subjects of what their actual
25 dietary intake is, or inaccurate assumptions about

Page 220

1 the estimates of what the actual content of NDMA is
2 in each of the specific foods?
3         MR. NIGH: Form objection.
4 BY MR. GALLAGHER:
5     Q     The data is going to be inaccurate.
6 You don't know what -- what the effect is going to
7 be.
8         MR. NIGH: Is that the end of the
9     question?
10         MR. GALLAGHER: Yes.
11         MR. NIGH: Form objection.
12         THE WITNESS: Yeah. We -- we don't
13     know. And, again, I'm just saying,
14     misclassification of a questionnaire would
15     usually lead to null -- or null results. And
16     we don't know what could have happened here.
17     They're different subjects.
18         The other -- the other potential
19     possibility is that, again, more of the -- I'm
20     just making this -- I'm making this inference
21     based on epi study design and the data. It's
22     possible that more of the cancer patients
23     with -- stomach cancer patients -- I'm sorry.
24     More of the patients who were followed died
25     before they got stomach cancer versus the --

Page 221

1    those who got esophageal cancer probably could
2    have survived longer to get esophageal cancer.
3    So these are just sort of inferential
4    possibilities based on the data and their study
5    design that they present.
6  BY MR. GALLAGHER:
7    Q      You have no basis, though, for
8  suggesting -- for saying that the -- the people who
9  ultimately got esophageal cancer just survived
10  longer than the people who got gastric cancer?
11          MR. NIGH:  Form objection.
12          THE WITNESS:  Again, we don't have --
13  we are not privy to any of this data.  But from
14  the -- from the fact that they followed these
15  patients and looked at three related cancers,
16  they don't talk about how many died and dropped
17  out and any control for competing, you know,
18  events, such as death, and making an
19  inferential sort of suggestion that these could
20  be possibilities.  Yes, of course, I don't
21  know.  I don't think anybody would know unless
22  you actually had access to the data and
23  could -- you know, could analyze the data and
24  ask more questions.
25

Page 222

1  BY MR. GALLAGHER:
2    Q      Okay.  And then in your -- in your
3  report, again on Page 21, you go on and discuss the
4  Straif study and the Hidajat study, right?
5    A      Yes.
6    Q      Neither of those studies controlled
7  for alcohol use, correct?
8    A      No.  But, again, my analysis for one
9  unmeasured confounder, which could be alcohol,
10  showed -- with using the E-value that we talked
11  about earlier, showed that the effect of that one
12  unmeasured confounder, that could be alcohol, has to
13  be very large to make the results, you know, not --
14  you know, take the results to 1, basically.
15          So they did not -- they did not
16  control for alcohol in their study.  But, again, I'm
17  using a simulation.  I have shown that one
18  unmeasured confounder would not have changed the
19  results.
20    Q      Okay.  Well, alcohol is a strong risk
21  factor for cancer of the pharynx, larynx and
22  esophagus, right?
23    A      Right.  And, again, remember, based on
24  our discussion, the risk factor is not as
25  detrimental as a confounder.  In this case, it

Page 223

1  actually is a confounder for -- for esophageal and
2  stomach cancers.  And that's why it could fit that
3  unmeasured confounder scenario that I show, you
4  know, what happens if you have that unmeasured
5  confounder and how much -- how strong that
6  confounder has to be to make the results known.
7          So in a way, I did simulate for it --
8  but it was -- it was not controlled for in the
9  study.
10    Q      Okay.  And the same for -- for
11  smoking.  The Straif study didn't control for
12  smoking, right?
13    A      The -- the Hidajat study simulated --
14    Q      That wasn't my question.
15          My question was the Straif study
16  didn't control for smoking, right?
17    A      The Straif study --
18          MR. NIGH:  Hold on.  If you can please
19  not interrupt the witness.  I don't know if he
20  finished that last question -- answer, but
21  please don't interrupt him going forward.
22          You can answer, Doctor.
23          THE WITNESS:  No.  I think I have
24  finished my question.  Let me just pull Straif
25  again because you --

Page 224

1  BY MR. GALLAGHER:
2    Q      Sure.  Yup.
3    A      So the Straif did not adjust for
4  smoking.  But again, the main problem with Straif
5  was with 15 cases, even if they had smoking, it
6  wouldn't have done anything because you have so --
7  small number of cases that, I mean, controlling for
8  smoking would be a moot point within the data, to
9  move the needle, if you will.
10    Q      Okay.  And the Hidajat study, as we
11  discussed, did not directly control for smoking,
12  correct?
13    A      They did not directly control, but
14  they simulated smoking data in their study.
15    Q      Okay.  So now we have just talked
16  about two factors that haven't been accounted for in
17  these studies.  In your --
18    A      I -- I -- I sort of disagree with
19  that.
20          I -- when you simulate smoking data
21  and see if that changes the results or not, that
22  is -- I mean, that is not -- it may not be the same
23  as having the variable, but it -- it does -- I mean,
24  you have to give it some weight.  If it doesn't
25  change your results, you can't just say, you know,

Page 225

1 they didn't control for it.
2     Q     Okay.  Well, they haven't adjusted
3 for --
4     A     They didn't have the --
5     Q     None of these studies adjusted for --
6     A     Right.
7         THE COURT REPORTER:  I'm sorry.
8 Adjusted for what?
9         MR. GALLAGHER:  Alcohol use or tobacco
10 use.
11 BY MR. GALLAGHER:
12     Q     And just a minute ago, you were
13 referring to this E-value methodology?
14     A     Yes.
15     Q     Magnitude of an unmeasured variable to
16 reverse the risk, right?
17     A     Yes.
18     Q     What if there's two unmeasured
19 variables?
20     A     This methodology only works with one.
21 It only works for one unmeasured confounder.
22     Q     Okay.  So it does -- it doesn't work
23 if there's multiple unmeasured confounders?
24     A     It does not, but, again, when you talk
25 about confounders, as I talked about earlier -- I

Page 226

1 mean, alcohol use in gastric cancer and -- and in
2 this question is a true confounder.
3         But there may be other variables that
4 may look like a confounder.  They may not be actual
5 confounders.  And the fact that they're not
6 controlled for does not necessarily mean that had
7 they been present, they would have changed the
8 results, again, because you could have a classic
9 confounder.  But if the prevalence of that
10 confounder is very low or its association with the
11 outcome and the exposure is very low, it may not
12 affect the results at all.
13         So I think it's a bit premature to say
14 I don't want to believe these results because they
15 didn't control for these unmeasured confounders.
16 It's something to think about and sort of factor in,
17 but I think there are caveats to it.
18     Q     Okay.  And then moving on in your
19 report, you also address the Knekt study?
20     A     Yes.
21     Q     Do you see that towards the bottom on
22 Page 21?
23         And you would agree with me that Knekt
24 did -- did not find statistically significant
25 evidence of an association between exposure to NDMA

Page 227

1 and risk of head and neck cancers, right?
2     A     It found an increased risk, a
3 1.37 relative risk that was not statistically
4 significant.
5     Q     Okay.  Okay.  Talking for a minute
6 about when you're doing -- looking at data from an
7 observational study, in theory, if there's no
8 association between the exposure and the outcome,
9 the relative risk is 1.0, right?
10         MR. NIGH:  Form objection.
11         THE WITNESS:  Yes, that's possible.
12 BY MR. GALLAGHER:
13     Q     Well, is it possible, or is that --
14     A     I mean, no.  That -- that scenario --
15 that scenario is possible that you could have -- you
16 could have no association in a study with a relative
17 risk of 1.0.
18     Q     Okay.  I'm -- if -- if -- by
19 definition, if there's no association between an
20 exposure and an outcome, the relative risk is 1.0?
21         MR. NIGH:  Object to form.
22         THE WITNESS:  Yes.
23 BY MR. GALLAGHER:
24     Q     Okay.  And if the relative -- if, in
25 fact, the exposure is protective against having the

Page 228

1 outcome, the relative -- the actual relative risk is
2 below 1, correct?
3     A     Yeah, yes.
4         MR. NIGH:  Form objection.
5 BY MR. GALLAGHER:
6     Q     And if the -- if there's a positive
7 association between the exposure and the outcome,
8 the relative risk, the actual relative risk, is
9 above 1, right?
10         MR. NIGH:  Form objection.
11         THE WITNESS:  Yes.
12 BY MR. GALLAGHER:
13     Q     In practice, when you're looking at
14 data from an observational study, you would rarely
15 observe data where the observed relative risk is
16 exactly 1.0, correct?
17         MR. NIGH:  Object to form.
18         THE WITNESS:  I mean, because I read a
19 lot of papers, I have -- I wouldn't say it's
20 that rare.  I mean, it happens.
21 BY MR. GALLAGHER:
22     Q     Sure.  It can happen, but observation
23 of a relative risk of data where the measured
24 relative risk is above 1 does not mean there is an
25 association, right?

Page 229

1      MR. NIGH:  Object to form.
2      THE WITNESS:  Again, you are -- you're
3  only looking at a very small piece of the very
4  large puzzle.  I mean, one has to look at the
5  methodology, the question, the study design,
6  all the variables we've talked about today to
7  be able to come up to that conclusion rather
8  than just looking at the relative risk.
9  BY MR. GALLAGHER:
10    Q      Okay.  Moving on in your report on
11  Page 22, Section 10.5 "Liver Cancer"?
12    A      Yeah.
13    Q      So, again, you criticize the Straif
14  study as lacking the power to -- to examine the
15  question, right?
16      MR. NIGH:  Form objection.
17      THE WITNESS:  Right.
18  BY MR. GALLAGHER:
19    Q      And then you cite to the Hidajat
20  study.  That's the only other study that you cite
21  to, right?
22    A      That's the only other study that has
23  looked at liver cancer, you know, in a -- as a
24  follow-up epidemiological study that my search --
25  that I could find.

Page 230

1    Q      All right.  In your report on Page 22,
2  in the Section 10.5, you don't reach any conclusions
3  about the risk of liver cancer through NDMA
4  exposure, right?
5      MR. NIGH:  Form objection.
6      THE WITNESS:  Can you repeat the
7  question?
8  BY MR. GALLAGHER:
9    Q      In your report, in Section 10.5 on
10  Page 22 of your report --
11    A      Right.
12    Q      You don't reach any conclusions about
13  the risk of liver cancer through NDMA exposure at
14  the end of your discussion like you do for the --
15    A      If you mean -- if you mean -- if you
16  mean I don't have, like, a bolded summary, I -- I
17  think it was just missed because I do have it for
18  all the other sections.  But, I mean, I do say at
19  the very last sentence that, "To date, the study by
20  Hidajat provides the strongest evidence on the risk
21  of liver cancer."
22    Q      Okay.  And you -- you don't have any
23  other studies that -- you don't -- there are -- as
24  far as you're aware, there aren't other studies
25  evaluating the risk of liver cancer from NDMA

Page 231

1  exposure; is that right?
2      MR. NIGH:  Form objection.  Do you
3  mean epi studies or animal studies or all
4  studies?
5  BY MR. GALLAGHER:
6    Q      You're not aware of any other studies
7  in humans with respect to evaluating risk of
8  exposure to NDMA and occurrence of liver cancer,
9  right?
10      MR. NIGH:  Form objection.
11      THE WITNESS:  I'm not aware of any
12  human studies that met my inclusion criteria,
13  which required, again, measurement of NDMA and
14  demonstration of the effect size, pretty much
15  everything I have in my inclusion criteria.  I
16  could not find a human study that would fit
17  those criteria that I could include in my
18  report.
19  BY MR. GALLAGHER:
20    Q      Okay.  And so you don't have -- you
21  don't have any studies that you're relying on that
22  are evaluating oral exposure to NDMA and risk of
23  liver cancer, correct?
24    A      No.
25    Q      Okay.  Moving on, Section 10.6 of your

Page 232

1  report which is looking at bladder cancer?
2    A      That's right.
3      MR. GALLAGHER:  Can we mark another
4  Jakszyn article as Exhibit 21?  And this is the
5  Jakszyn article, J-a-k-s-z-y-n, Reference 48
6  that you're citing to on Page 22?
7      THE WITNESS:  Right.
8      (Whereupon, Exhibit 21 was marked for
9  Identification.)
10      MR. GALLAGHER:  So let me know when
11  that gets pulled up.
12  BY MR. GALLAGHER:
13    Q      Do you see it there yet?
14    A      I'm here, yeah.
15    Q      Okay.  So in this article -- or in
16  this study, this study found no overall association
17  between exogenous NDMA intake and bladder cancer,
18  right?
19    A      No.
20    Q      So the observed relative risk was
21  1.12, right?
22    A      That's right.
23    Q      And the confidence interval was 0.88
24  to 1.4, right?
25    A      Yes.

Page 233

1    Q    So there's no evidence from this study
2 of any association between NDMA exposure and bladder
3 cancer, right?
4        MR. NIGH:  Form objection.
5        THE WITNESS:  I -- I do present some
6    of the limitations of the study, but from the
7    numbers that you cited and that I present, no.
8 BY MR. GALLAGHER:
9    Q    Okay.  And then back to your report,
10 again, you look at the Straif study, right?
11    A    Yes.
12    Q    You cite to the Straif study, and
13 there was no evidence or association between
14 nitrosamines and bladder cancer, right?
15    A    Right.
16    Q    And then you cite to the Hidajat study
17 in support of your opinions with respect to bladder
18 cancer, right?
19    A    That's right.
20    Q    And you don't have -- those are the
21 three studies on which your opinion with respect to
22 bladder cancer is based, right?
23    A    Yes.
24    Q    And of those three studies, Hidajat
25 was the only one where there was an observation of a

Page 234

1 relative risk that -- that reached statistical
2 significance, correct?
3    A    Correct.
4    Q    Okay.
5        Moving on.  On Page 23 of your report,
6 you're looking at prostate cancer.
7    A    Right.
8    Q    Okay.  So -- and, again, the first
9 study you refer to is the Loh study, right?
10    A    Right.
11    Q    And that study, there was not a
12 statistically significant -- not a statistically
13 significant observation for any association of NDMA
14 exposure with prostate cancer, right?
15    A    That's right.
16    Q    In fact, the relative risk was 1.01,
17 right?
18    A    Correct.
19    Q    The lower bound of the 95 percent
20 confidence interval is 0.90, and the upper bound was
21 1.13, right?
22    A    Yes.
23    Q    Would you consider that confidence
24 interval precise?
25    A    The confidence interval is precise,

Page 235

1 but that doesn't mean that the -- that the potential
2 biases in the study that it -- that precluded the
3 study from showing an effect.  So in other words,
4 it's not a -- it's not a very tight confidence
5 interval coming from the very well-designed study.
6        So you can't just look at the
7 precision.  You have to put it into context of
8 the -- what are the potential limitations of this
9 study that could have led to this nonsignificant
10 result.
11    Q    Okay.  You criticize the Loh study
12 because it doesn't adjust for previous history of
13 prostate cancer, right?
14    A    Well, that's one of the criticisms.
15 One other criticism is that they also said that
16 overall in the population that NDMA levels is
17 relatively low to other populations.  They didn't
18 look at high versus low NDMA, so -- so yeah, so
19 those are the limitations.
20    Q    Okay.  The Hidajat study did not
21 adjust for previous history of prostate cancer,
22 right?
23    A    It did not, but since it showed
24 again -- because it showed a statistically -- an
25 increase in risk, that that potential confounding

Page 236

1 effect of previous history of prostate cancer has to
2 be quite prevalent in that large population, has to
3 affect one group more than the other.  So, again,
4 just absence of or not adjusting for a non-measured
5 confounder doesn't necessarily mean that had it been
6 included that the results would have been different.
7        So here I'm just mentioning it as one
8 limitation.  But in Hidajat, because they did find
9 the signal, I think one has to have -- has to put
10 this into perspective, but in a different Hidajat
11 versus Loh.
12    Q    So you -- if it's -- if it's not
13 adjusted for and it's an unmeasured confounder, you
14 don't know what the effect is, right?
15    A    We don't know what the effect is, but
16 we know that the -- that the unmeasured confounder
17 changes the results when -- when certain conditions
18 are present.  So if let's say, yes, they didn't
19 adjust for Hidajat for previous history of prostate
20 cancer, but let's say only .5 percent of the
21 population of these men had previous history,
22 because of that low number, adjusting or not
23 adjusting, because of that low prevalence, would
24 probably not have changed the results of the study.
25        So, again, unmeasured confounders

Page 237

1 changed the results of studies if -- you know, based
2 on a number of other factors, the prevalence, their
3 strength of association to the outcome and to the
4 exposure.
5    Q    Well, if -- if the -- if the
6 prevalence of prior history of prostate cancer was
7 that low in the population, it also wouldn't have
8 changed the results of the Loh study, right?
9         MR. NIGH: Object to form.
10        THE WITNESS: No, it wouldn't, but
11   again, I'm not -- I'm kind of mentioning a
12   number of limitations and potential limitations
13   for why Loh has that, you know, pardon the pun,
14   low relative risk, not just unmeasured
15   confounders.
16 BY MR. GALLAGHER:
17    Q    Okay. I understand. But --
18    A    Yeah.
19    Q    All right. Hidajat has the same
20 limitation.
21        MR. NIGH: Form objection.
22 BY MR. GALLAGHER:
23    Q    Correct?
24    A    Hidajat, yes. Hidajat does have the
25 same limitation, but Hidajat found an increase in

Page 238

1 risk. And unmeasured -- and the effect of an
2 unmeasured confounder has to be more profound to
3 change that result.
4        Here, as we said, the unmeasured
5 confounder may have been less of an issue because of
6 the results. However, it is still a limitation that
7 I thought I should include because, again, we don't
8 really know, you know, have all the numbers from
9 this study. We don't know, was it collected or not,
10 or how it would have changed the results.
11    Q    Sure. And you agree that we should
12 acknowledge the limitations of studies regardless of
13 if the result was there was an association or not an
14 association?
15        MR. NIGH: Form objection.
16        THE WITNESS: Yes. But I mean,
17   limitations have -- I don't -- I don't think we
18   can paint all limitations with the same brush.
19   There are some limitations that would not be
20   that detrimental. There are limitations that
21   would be.
22        So generally speaking, your -- I agree
23   with your statement, but at the same time, I
24   think there could be caveats and nuances on
25   that statement.

Page 239

1    Q    Okay.
2        THE WITNESS: Can we have a ten-minute
3   break and come back at 4?
4        MR. GALLAGHER: Sure.
5        THE VIDEOGRAPHER: The time is now
6   3:50. This ends Media Unit Number 5. We're
7   going off the record.
8        (Whereupon, a short break was taken.)
9        THE VIDEOGRAPHER: The time is now
10   4:01. This begins Media Unit Number 6. We're
11   back on the record.
12 BY MR. GALLAGHER:
13    Q    Welcome back, Dr. Etminan.
14    A    Thank you.
15    Q    Looking again at your report on
16 Page 23.
17    A    Okay.
18    Q    And I'm gonna -- you'll be happy to
19 know I'm going to move ahead to the next section,
20 10.8: "Blood Cancers."
21    A    Okay.
22    Q    So you cite a study by Richardson,
23 right?
24    A    Yes.
25    Q    And Richardson is --

Page 240

1        MR. GALLAGHER: Well, why don't we go
2   ahead and mark it as the next exhibit. Are we
3   up to 23 now?
4        (Whereupon, Exhibit 22 was marked for
5   Identification.)
6        MR. GALLAGHER: Okay. This is going
7   to be -- the Richardson article will be
8   Exhibit 22.
9 BY MR. GALLAGHER:
10    Q    Let me know when that shows up in the
11 chat, Dr. Etminan.
12    A    Okay. So I have it.
13    Q    Okay. The title of this article is
14 "Occupational Risk Factors for Non-Hodgkin's
15 Lymphoma: A Population Based Case Control Study in
16 Northern Germany," right?
17    A    That's right.
18    Q    So this is an occupational study,
19 right?
20    A    Right.
21    Q    And the -- you looked at this study
22 and the odds ratio for exposure to nitrites,
23 nitrates or nitrosamine, all three combined in terms
24 of the risk factor for lymphoma, right?
25    A    Yes.

Page 241

1    Q       In this study, they didn't -- in this
2  study, they didn't even try to separate out NDMA
3  separately, right?
4    A       I don't know if they couldn't or
5  didn't try.  It wasn't separated.
6    Q       Okay.  But regardless of if they
7  couldn't or didn't try or tried and it didn't work,
8  the data that you're relying on is looking at
9  exposure of -- exposure to nitrites, nitrates and
10 nitrosamine all together, right?
11         MR. NIGH:  Form objection.
12         THE WITNESS:  Right.
13 BY MR. GALLAGHER:
14   Q       And so you're not going to be able to
15 separate out the specific impact of -- from this
16 study, specific impact for NDMA risk for lymphoma,
17 right?
18   A       No, not specifically for NDMA.
19   Q       You then look at the Straif study --
20 or you cite to the Straif study again.  And
21 you're -- this is back in your report on Page 23?
22   A       Uh-huh.
23   Q       Right?
24   A       Yes.
25   Q       And -- and you have the same criticism

Page 242

1  for Straif, that it was underpowered as you have
2  for -- for other of the cancers, right?
3    A       Yes.
4    Q       But regardless, Straif does not
5  provide evidence for an association of exposure to
6  NDMA and occurrence of blood cancers, right?
7    A       Let me just look at Straif again
8  before I -- I mean, they had -- they had a small
9  number of cases.  They looked at nitrosamines.  I
10 mean, similar in structure, but not NDMA, per se.
11 And they -- I mean, there was an increase in risk
12 with lymphoma but not significant because of small
13 number of cases.
14   Q       Next -- and then you cite again to the
15 Hidajat study, right?
16   A       Right.
17   Q       And you're looking at the data from
18 Hidajat for lymphoma, leukemia and multiple myeloma,
19 right?
20   A       Right.
21   Q       So really, Hidajat is the only study
22 that you're citing to in support of your opinion
23 with respect to exposure to NDMA and any association
24 with blood cancers, right?
25   A       Right.

Page 243

1          MR. NIGH:  Form objection.
2  BY MR. GALLAGHER:
3    Q       Moving on to Section 10.9 of your
4  report on Page 24, which is "Lung Cancer"?
5    A       Okay.
6    Q       So, for lung cancer, you cite to a
7  De Stefani article?
8    A       Uh-huh.
9    Q       Right?
10   A       Is there an exhibit?
11   Q       It's a 2009 article that you cited to.
12 That's what Citation Number 44 is.
13   A       Right.  Are you going to upload it, or
14 am I just going to look at it here?
15         MR. GALLAGHER:  Can we go ahead and
16 mark that.
17         (Whereupon, Exhibit 23 was marked for
18 Identification.)
19         MR. GALLAGHER:  So  that's Exhibit 23,
20 and I'm also going to mark now as Exhibit 24 a
21 De Stefani article from 1998.
22         (Whereupon, Exhibit 24 was marked for
23 Identification.)
24 BY MR. GALLAGHER:
25   Q       Do you have Exhibit 23 in front of

Page 244

1  you?
2    A       Yes.
3    Q       Okay.  This -- this study was looking
4  at meat intake and risk of lung cancer; is that
5  right?
6    A       I just want to note, make sure that
7  this is the one that I cite.
8    Q       Okay.  We had some confusion there to,
9  so that's why I'm going to pull up the other one.
10   A       The meat intake one, I don't think it
11 provided NDMA levels.  I don't think that I used
12 that.  I think I used the other one.
13   Q       Okay.  If you look in your report,
14 looking at Page 24, under "Lung Cancer," you say, "A
15 study by De Stefani examined the risk of lung cancer
16 among subjects exposed to different levels of NDMA
17 through diet."
18         Do you see that, right?
19   A       Right.  I think that should be another
20 De Stefani.  It probably got mixed up.
21   Q       Okay.  But if we go to --
22   A       If we go to the '96 article.
23   Q       Okay.  But if we go to Page 38 of --
24 of your report, listing the references?
25   A       Uh-huh.

Page 245

1    Q       The -- Reference 44 you're citing to
2  this article "Meat Intake, Meat Mutagens and Risk of
3  Lung Cancer in Uruguayan Men."
4           THE COURT REPORTER:  I'm sorry.  I'm
5  sorry.  Excuse me.
6           MR. GALLAGHER:  Do you need me to
7  repeat the question with it?
8           THE COURT REPORTER:  No.
9           MR. GALLAGHER:  Do you need
10  Dr. Etminan to repeat his answer?
11          THE COURT REPORTER:  Yes.
12  BY MR. GALLAGHER:
13    Q      I'll repeat the question.
14          So Dr. Etminan, here in your report,
15  Reference 44 is this De Stefani article from 2009
16  titled, "Meat Intake, Meat Mutagens and Risk of Lung
17  Cancer in Uruguayan Men," right?
18    A      Right.  And I believe that that should
19  actually be another -- should be replaced by another
20  De Stefani.  It got mixed up, some so the De Stefani
21  data that I included is from the De Stefani '96 in
22  "Cancer Epidemiology" --
23          THE COURT REPORTER:  What markers?
24          THE WITNESS:  "Cancer Epidemiology
25      Biomarkers and Prevention."

Page 246

1           THE COURT REPORTER:  Thank you.
2  BY MR. GALLAGHER:
3    Q      But you agree with me that this 2009
4  article does not separately evaluate levels of NDMA,
5  right?
6    A      Right.
7    Q      Okay.
8           MR. GALLAGHER:  We'll mark as
9    Exhibit 24 a 1996 De Stefani article.  Let me
10    know when that shows up in your chat.
11          THE WITNESS:  Sorry.  That should be
12    De Stefani 2000 -- is it -- exhibit which
13    number?
14  BY MR. GALLAGHER:
15    Q      Exhibit  24.  It should be coming
16  shortly.
17    A      Right.  24, okay.
18    Q      Have you got it?
19    A      Yes.
20    Q      Okay.  So is this -- this is the
21  article that you meant to refer to?
22    A      Yes.
23    Q      That's in Reference 44 from your
24  report?
25    A      Yes.

Page 247

1    Q       Okay.  And the title of this -- this
2  is an older article than Exhibit 23 that we were
3  just looking at, right?
4    A      That's right.
5    Q      And this is entitled, "Dietary
6  Nitrosodimethylamine and the Risk of Lung Cancer:  A
7  Case Control Study from Uruguay," right?
8    A      That's right.
9    Q      Okay.  So this -- this was a dietary
10  study, right?
11    A      Yes.
12    Q      And this is subject to the same
13  limitations of the other dietary studies that we've
14  talked about in terms of -- errors in filling out
15  the dietary questionnaire would be one, right?
16    A      Well, again, dietary questionnaires,
17  usually, the error is differential --
18  non-differential -- pardon me, non-differential.
19  Here they do show a risk, but it is a dietary
20  questionnaire study.  So generally speaking, it
21  could have limitations, but I don't -- I mean, I
22  can't even think of a specific reason why the -- a
23  specific reason as to why they put limitations in
24  terms of the questionnaire would, you know, would
25  affect the results.  But generally speaking, all

Page 248

1  dietary studies could have --
2           THE COURT REPORTER:  Could have what?
3           THE WITNESS:  Limitations.
4           THE COURT REPORTER:  Thank you.
5  BY MR. GALLAGHER:
6    Q      Okay.  And this is a case control
7  study, correct?
8    A      Yeah.  Yeah.
9    Q      Would you consider this a
10  retrospective study?
11    A      Yes.
12    Q      Is there a potential for recall bias
13  for the dietary questionnaire?
14    A      There could be.  In all dietary
15  studies that's a possibility.
16    Q      Okay.  And is a part of -- a part of
17  what leads to that recall bias could be that the
18  cases for those with lung cancer feel more invested
19  in identifying what the -- what led to their
20  diagnosis, whereas the controls are not in the -- in
21  the same type of a situation, right?
22          THE COURT REPORTER:  I'm sorry.  What
23  was the objection?
24          MR. NIGH:  Form objection.
25          THE COURT REPORTER:  And was there an

Page 249

1    answer?
2         THE WITNESS:  I said that it's
3    possible.
4    BY MR. GALLAGHER:
5    Q     Okay.  Moving on in your report, you
6    next cite to a study by Goodman?
7    A     Yes.
8    Q     One more thing.  Back in your report,
9    when you're discussing the De Stefani article --
10        MR. GALLAGHER:  If we can highlight
11   that section.  Yup.
12   BY MR. GALLAGHER:
13   Q     And you talk about, "The study
14   identified 320 cases of lung cancer and matched them
15   to 320 controls," right?
16   A     Yeah.
17   Q     And -- and then you say, "After
18   adjusting for important confounding variables,
19   including pack-years of smoking and history of lung
20   cancer," and you go on to talk about the data.
21   A     Uh-huh.
22   Q     So you agree that smoking and past
23   history of cancer are important confounding
24   variables, right?
25   A     Yes.  And if you have the data, if

Page 250

1    you -- have the data available, it should be
2    adjusted for.  I think what we talked about, in a
3    different sort of context, today is that lack of an
4    unmeasured confounder doesn't always mean that the
5    results would be biased.  But if you have a
6    confounder that is important and it's been
7    collected, then by all means, it should be --
8         THE COURT REPORTER:  It should be
9    what?
10        THE WITNESS:  Controlled for.
11   BY MR. GALLAGHER:
12   Q     And so for studies that don't control
13   for these important confounding variables, that is a
14   limitation of those studies, right?
15   A     It is a limitation, but again, we
16   have -- we have sort of techniques, too, that we can
17   use to simulate the data and see how it affects --
18   it would affect the results.  And it is a
19   limitation, but it does not necessarily mean that
20   the study should not be believed in.  Because, as
21   I -- as I mentioned a number of times, a lack of an
22   unmeasured confounder doesn't always lead to, you
23   know, biased results.  It depends on a number of
24   criteria and situations on the confounding.
25   Q     Right.  But you don't know if -- if

Page 251

1    any one given confounding variable -- actually,
2    unmeasured confounding variable, actually did bias
3    the results, right?
4         MR. NIGH:  Form objection.
5         THE WITNESS:  Exactly and precisely,
6    no, unless you have the data.
7    BY MR. GALLAGHER:
8    Q     Okay.  And when you have multiple
9    unmeasured confounding variables, that just
10   complicates it even more in terms of whether one or
11   more of those multiple unmeasured confounding
12   variables actually bias the results, right?
13        MR. NIGH:  Form objection.
14        THE WITNESS:  If -- if those -- a lot
15   of times, these variables that, you know, are
16   mentioned as confounders are not true
17   confounders.  They are risk factors as we
18   talked about it.  So in -- in a situation of
19   risk factors, I -- I don't think again, lack of
20   measuring for a risk factor only affects the
21   precision around the effect size.  It --
22   usually minimally, doesn't change the
23   direction.  So to answer your question, yes,
24   but a lot of times, these are not really
25   unmeasured confounders.  They are just risk

Page 252

1    factors.  Yeah.
2    BY MR. GALLAGHER:
3    Q     Okay.  Moving on in your report, now
4    you cite to a study by Goodman?
5    A     Yes.
6         MR. GALLAGHER:  And let's go ahead and
7    mark this.  This is going to be Exhibit 25.
8    Let me know when you have it.
9         (Whereupon, Exhibit 25 was marked for
10   Identification.)
11        THE WITNESS:  I have it.
12   BY MR. GALLAGHER:
13   Q     So this article, Exhibit 25, is
14   titled, "High Fat Foods and the Risk of Lung
15   Cancer," right?
16   A     Yes.
17   Q     So this study is focusing on the
18   effect of dietary cholesterol and dietary fat on
19   lung cancer risk, right?
20        THE COURT REPORTER:  And dietary what?
21        MR. GALLAGHER:  Dietary fat.
22        THE WITNESS:  Okay.
23   BY MR. GALLAGHER:
24   Q     And this was a diet history survey,
25   right?

Page 253

1    A    Yes.
2    Q    And, in fact, in almost -- this is a
3 diet history survey, and do you understand that --
4 so in terms of a diet history survey, that's
5 different from a food frequency questionnaire; is
6 that right?
7         MR. NIGH:  Form objection.
8         THE WITNESS:  Let me just -- can I
9    just read it for a few minutes?
10 BY MR. GALLAGHER:
11   Q    Sure.
12        MR. GALLAGHER:  Can we go off the
13   record for a minute while he -- to give him
14   time to review?
15        THE VIDEOGRAPHER:  The time is now
16   4:25.  We're going off the record.
17        (Whereupon, a short break was taken.)
18        THE VIDEOGRAPHER:  The time is now
19   4:27.  We're back on the record.
20 BY MR. GALLAGHER:
21   Q    Okay.  So this -- this study uses diet
22 history survey, right?
23   A    Yes.
24   Q    Okay.  And, in fact, in -- in many
25 instances, the subject of the study wasn't

Page 254

1 available, and so they actually used -- did an
2 interview with a surrogate in order to collect the
3 historic information on diet history, right?
4 Maybe -- go ahead.
5    A    Yes, I mean, in a lot of dietary
6 studies, especially when the patients are elderly,
7 it's usually a family member who helps to complete
8 the questionnaire.  So -- I don't think this is that
9 much of a difference in, sort of, a step involving
10 the survey versus other dietary questionnaires that
11 we see.
12   Q    Okay.  If we turn to Page 289 of the
13 Goodman article?
14   A    Yes.
15   Q    And here, this is the section
16 describing subjects and methods.  On the left-hand
17 side, the paragraph second from the bottom starts,
18 "In some instances."  And this is describing --
19   A    Yeah.
20   Q    -- why in some circumstances they
21 obtained surrogate interviews from the spouse or
22 next of kin, right?
23   A    Yeah.
24   Q    And for this study, surrogate
25 interviews were conducted for 29 percent of the

Page 255

1 cases, but only 7 percent of the controls, right?
2    A    Right.
3    Q    So there's an unequal -- there's an
4 unequal distribution of surrogate interviews for the
5 cases versus for the controls, right?
6    A    Right.  But you're -- I think you're
7 automatically assuming that the unequal distribution
8 leads to, say, again, measurement error on the part
9 of the cases.  And we -- we don't know if that's the
10 case.  I mean, it could, in fact, because it's --
11   Q    Sure.
12   A    -- it could actually improve accuracy.
13 We don't know.  All we know is that there is a
14 difference in percentage of those who used the
15 surrogate versus those who didn't.
16   Q    Okay.  So we have already talked about
17 one of the -- and it's just an inherent limitation
18 of dietary studies, is the potential for
19 inaccurately reporting in terms of foods that the
20 subject does eat, the food frequency.
21   A    Generally speaking, yes --
22        MR. NIGH:  Hold on.  Form objection.
23   Form objection.
24        Go ahead.  You can answer.
25        THE WITNESS:  Generally speaking, I

Page 256

1    think it's -- we talked about this already.
2 BY MR. GALLAGHER:
3    Q    Okay.  And there certainly is a
4 possibility that a surrogate will have a different
5 level of accuracy than the subject themselves in
6 recalling foods that the subject has -- has
7 typically eaten, correct?
8         MR. NIGH:  Form objection.
9         THE WITNESS:  It's -- it's possible.
10 BY MR. GALLAGHER:
11   Q    And especially where the -- the
12 percentage of surrogate interviews for the cases is
13 different from the percentage of surrogate
14 interviews for the controls.  Any difference in
15 accuracy of the surrogates and the actual subjects,
16 both see the data, right?
17        MR. NIGH:  Form objection.
18        THE WITNESS:  Again, if you're
19   assuming that there are measurement errors with
20   the cases versus the controls.  If that would
21   be the case, then, yes.
22 BY MR. GALLAGHER:
23   Q    Okay.  And just to be clear, I'm not
24 just asking about differences in recall of cases
25 versus controls.

Page 257

1       I'm asking about, there can be
2 differences in -- in recall of foods that were
3 typical in a person's diet if the person answering
4 the question is the subject themselves versus if the
5 person answering the questions is a surrogate for
6 the subject, right?
7    A    Yes.
8    Q    Back to your report on Page 24, the
9 second paragraph of "Lung Cancer," that is referring
10 to the Goodman study.
11   A    Uh-huh.
12   Q    So after discussing the odds ratio,
13 you say, "One limitation of Goodman is that it is
14 unclear how duration of exposure to nitrosamines was
15 assessed."
16       Do you see that?
17   A    Yes.
18   Q    You agree with me that duration of
19 exposure to nitrosamine is a factor that has to be
20 considered in terms of evaluating them if there's
21 any potential risk factor, right?
22   A    Yes.  And, again, that's why I'm
23 also -- in forming my opinion, I'm also relying on
24 the Hidajat study, which measured NDMA exposure
25 through inhalation, which would have a direct effect

Page 258

1 in this specific -- for this specific cancer on the
2 lung.
3    Q    Okay.  And then in your report you
4 next cite to the Loh study, which we have looked at
5 and discussed previously.  The Loh study reports a
6 relative risk of 1.05, a 95 percent confidence
7 interval of 0.88 to 1.24, correct?
8    A    Yes.
9    Q    So you would agree with me that the
10 Loh study does not provide evidence of an
11 association between NDMA exposure and risk of lung
12 cancer, right?
13   A    Correct.
14   Q    Okay.  Going back to the odds ratios
15 for -- from the Goodman study, for the first one
16 which is intake of NDMA in men, the confidence
17 interval is 1.7 to 6.2, right?
18   A    Yes.
19   Q    Would you consider that confidence
20 interval to be imprecise?
21       MR. NIGH:  Form objection.
22       THE WITNESS:  No.  Imprecise, we
23   usually mean imprecise when it crosses 1 and
24   goes beyond 1, and -- and -- so that the lower
25   bound goes from, say, minus 1 -- or minus 1,

Page 259

1 and the upper bound goes to greater than 1.
2 That's what they call imprecise.
3       If it's -- if it's some sort of skew
4 to the right from 1.1 or higher, as it is in
5 this case, we wouldn't say that's imprecise.
6 BY MR. GALLAGHER:
7    Q    Okay.  Well, if there's no
8 association, you would expect the confidence
9 interval to go below 1 and above 1, correct?
10   A    I'm sorry.  Can you clarify the
11 question?
12   Q    If there's no association between the
13 exposure and the outcome, you would expect the
14 confidence interval, the lower bound to be below 1
15 and the upper bound to be above 1, correct?
16   A    Well, that's -- again, I think we
17 talked about this.  So that would be an
18 inconclusive.  I wouldn't say no association.  If
19 the effect size is greater than 1, but the
20 confidence intervals are as wide as you just
21 mentioned, that would be an inconclusive sort of a
22 result rather than no association.
23   Q    Okay.  I guess, I didn't say the
24 confidence intervals were wide.  I just said if
25 there's no association, you would expect the lower

Page 260

1 bound of the confidence interval to be below 1 and
2 the upper bound of the confidence interval to be
3 above 1, right?
4    A    Yes.  So, again, what you're
5 portraying the confidence interval that's -- that
6 crosses 1.  So it goes either way, and, again, that
7 fits the -- again, we don't have specific numbers
8 here.  But that usually fits the definition of
9 imprecision or uncertain results, not necessarily
10 negative results, uncertain results.  Or
11 inconclusive results.
12   Q    Okay.  If you had a study that was
13 extremely well-powered, and you -- you actually did
14 observe from the data a relative risk of 1.0, and
15 the confidence interval was 0.98 to 1.02, are you
16 telling me that you would consider that confidence
17 interval to be imprecise?
18       MR. NIGH:  Form objection.
19       THE WITNESS:  No.  But, again, in your
20   example, you didn't -- you didn't specify
21   numbers with the numbers that you're -- you're
22   giving me now, which -- which seem to be very
23   tight.  And, again, if -- if this is a
24   non-biased study, a perfectly designed study,
25   then that would be a no association.

Page 261

1  BY MR. GALLAGHER:
2      Q     Okay.  And so this discussion about
3  imprecise confidence intervals are when it's -- the
4  lower bound is below 1 and the upper bound is above
5  1, that's not actually a measured determination of
6  whether the confidence interval is precise or not,
7  right?
8      A     Again, it -- it depends on the -- what
9  the confidence interval is -- what the effect size
10 is, and what the confidence interval is around that
11 effect size.  The example that you gave me fits your
12 description, but if you have situations where you
13 have, say, a relative risk of 4 and a very wide
14 confidence interval, that does not -- that does not
15 mean that there is no association.  That means that
16 that's an inconclusive study.  So, again, I can't --
17 at least, I can't come up with a cookie-cutter
18 definition.  It depends on what the effect size is,
19 and what the confidence interval around the effect
20 size is.
21     Q     Okay.  You can't come up with a
22 cookie-cutter definition, but are there -- are there
23 some sort of standards around what you're
24 considering to be an imprecise confidence interval
25 versus a precise confidence interval?

Page 262

1      A     Yes, so again --
2            MR. NIGH:  Form objection.
3            Go ahead.  You can answer.
4            THE WITNESS:  If the relative risk of
5      a study is 4 and the 95 confidence interval is
6      from .3 to 15, that would be an inconclusive
7      study.  If the relative risk of the study is 4
8      and the -- and the lower bound starts from 1.8
9      to 6, that is not an imprecise study.  That
10     is -- that confidence interval, we call it a
11     relatively tight confidence interval.
12 BY MR. GALLAGHER:
13     Q     Okay.  And then back to your report on
14 Page 24, the next paragraph, you cite to the Hidajat
15 study again, right?
16     A     Yes.
17     Q     And you cite to that, where the hazard
18 ratio reported by Hidajat for exposure and NDMA
19 having a potential association of lung cancer with
20 the hazard ratio being 1.70, right?
21     A     Yes.
22     Q     And as we have discussed, the Hidajat
23 study is an occupational study in the rubber
24 industry in the UK where the exposure to NDMA was
25 primarily through inhalation, not oral, right?

Page 263

1      A     Yes.
2      Q     And as I think you just mentioned,
3  there's perhaps some plausibility to why inhalation
4  of something may have an impact that the lung --
5  that oral ingestion would not, right?
6      A     Can you repeat that last question,
7  please?
8      Q     Sure.
9            I think you had referenced in one of
10 your earlier answers that you can understand why
11 inhalation of a substance could -- could have some
12 sort of an impact on the lungs, right?
13     A     Yeah.  I mean, inhaling a carcinogen
14 would have probably more of a -- would -- would
15 have -- would be able to impose more of its
16 carcinogenic effect because it's directly affecting
17 that organ.  But eventually, it will be -- it will
18 be absorbed systemically over time.  It's just that
19 the first organ its seeing is the lungs because it's
20 going through inhalation.  So it may affect the
21 organ -- the lungs more, but over time, it will be
22 systemically absorbed and affect potentially other
23 parts of the body.
24     Q     Okay.  And as we talked about, workers
25 in rubber factories are not just inhaling NDMA.

Page 264

1  They're inhaling all sorts of things, including
2  rubber dust, rubber fumes, benzine.  There's all
3  sorts of things that are --
4            MR. NIGH:  Hold on.  I'd like to
5      object here.  This is about the 20th plus time
6      that I've heard this same question, you know.
7      I think there was an instruction not to be
8      cumulative.  We have been patient.  We have let
9      the cumulative questions come on multiple
10     topics, but this is the point as to which it's
11     becoming very much overly cumulative.  It's the
12     same question over and over on the same topic.
13     And I could come up with probably 20 examples
14     right now of the same question being asked.
15           You know, at this point, I -- you
16     know, I would caution the counsel that
17     they're -- I think that counsel may be thinking
18     they have 10 hours of record time.  I do not
19     believe that's the case.  I think that there
20     were strings that were attached and things that
21     were said that -- you know, in terms of
22     seven hours and when the exception may apply.
23     And, frankly, I don't think that that exception
24     is applied here.
25           So, again, I would object.  This has

1 become completely overly cumulative. And I
2 would rest on the federal rules of seven hours
3 saying that none of the exceptions have been
4 met for the judge's ruling on 10 hours in this
5 case.
6        You can answer.
7        THE WITNESS: Sorry. I forgot what
8 the question was.
9        MR. GALLAGHER: You know, I think the
10 judge was -- was very clear in his ruling that
11 we had 10 hours, and was equally as clear
12 during the Hecht deposition and unhappy when he
13 was bothered in the middle of dinner and the
14 deposition had not -- was not anywhere close
15 to -- to 10 hours. So moving on.
16 BY MR. GALLAGHER:
17    Q    Dr. Etminan, on Section 11 in your
18 expert report?
19    A    Yes.
20    Q    This is addressing epidemiologic
21 studies of valsartan-containing NDMA and cancer,
22 right?
23    A    Yes.
24    Q    In these studies, they are actually
25 addressing the exposure -- well, let me step back

1 for a minute.
2        MR. GALLAGHER: Let's mark as
3 Exhibit 26, the Pottegard study, and as
4 Exhibit 27 the Gomm, G-o-m-m, study.
5        (Whereupon, Exhibit 26 was marked for
6 Identification.)
7        (Whereupon, Exhibit 27 was marked for
8 Identification.)
9 BY MR. GALLAGHER:
10    Q    Let me know when those two exhibits
11 show up, Exhibit 26 and 27.
12        THE WITNESS: Sorry. I got
13 disconnected and got reconnected. There is
14 nothing in the -- okay, I see it now.
15 BY MR. GALLAGHER:
16    Q    Okay. You have Exhibit 26 as the
17 Pottegard study, right?
18    A    Yeah.
19    Q    And Exhibit 27 is that there also, the
20 Gomm study?
21    A    I just got 26 for now. Yes.
22    Q    So both of these studies are
23 evaluating the exposure that's actually at issue in
24 this litigation, right, which is exposure to
25 valsartan that contains some small amount of NDMAs

1 of impurity, right?
2    A    They're not -- I disagree. They're
3 not -- they're not quantifying the NDMA valsartan.
4 They are only looking at valsartan tablets and
5 doses.
6    Q    The exposure that they're evaluating
7 is -- so the title of the Pottegard study is "Use of
8 N-nitrosodimethylamine (NDMA) Contaminated Valsartan
9 Products and Risk of Cancer: Danish Nationwide
10 Cohort Study," right?
11    A    That -- that is the title, but if you
12 read the study -- the exposure that we're here today
13 to talk about is NDMA and its risk of cancer, and so
14 the study should address the amount of NDMA in
15 valsartan and its risk with cancer. What it does,
16 though, is look at valsartan tablets that have some
17 NDMA in it, in them, we don't know how much.
18        And with respect to Pottegard, we --
19 we are not even sure if the -- the control valsartan
20 group didn't have NDMA in those formulations.
21        So there is definitely measurement
22 error going on in quantifying -- appropriately
23 quantifying NDMA in valsartan along with other
24 limitations.
25    Q    Why do you say that there's definitely

1 measurement error?
2    A    Because NDMA levels vary in different
3 batches or different types of valsartan. But there
4 are many different generic valsartan products, and
5 they may have different levels of NDMA in them. So
6 higher levels may put somebody at a higher risk of
7 cancer, and this study did not look at that, which I
8 think is an important distinct that should be looked
9 at.
10        And also because the study was done
11 early on, it turns out that some of the control
12 group, which they -- they thought did not have NDMA
13 in them probably did have NDMA in them as well. So
14 there is again an error in measurement between the
15 two groups. So that is -- that is the limitation of
16 the, you know, measurement error portion of this
17 study.
18    Q    Okay. So am I understanding right,
19 they would have to know the amount of NDMA that each
20 of the subjects was actually exposed to to evaluate
21 whether there actually is a risk of these cancers,
22 from that literature?
23    A    They would have to -- they would have
24 to categorize -- have had to categorize the
25 different levels of -- hello?

Page 269

1       MR. GALLAGHER:  I can hear you.  Does
2  somebody else need to mute, maybe?
3       THE WITNESS:  Yeah, there's an echo.
4       They should have -- maybe they
5  couldn't, but the -- the right thing to do is
6  to categorize different NDMA levels in these
7  valsartan tablets and categorize them to say:
8  High, medium and low dose.  And then follow
9  patients for more than the amount of time, I
10  think it's three years, I believe, that they
11  did, to make sure that they are at risk of
12  developing cancer.
13       And then also make sure that the
14  control group does not have any NDMA in
15  those -- in those batches.  And they can also
16  make sure there's no switching going on,
17  because, again, patients take these drugs from
18  their pharmacy.  And they don't really specify
19  which generic formulation they get.  So there
20  could be switching between patients, and they
21  could be switching between the doses of NDMA
22  over time.  So all of those limitations I think
23  probably led to the negative results.
24  BY MR. GALLAGHER:
25    Q     Okay.  You do agree with me that the

Page 270

1  Pottegard study reports a negative result in terms
2  of any association between exposure to NDMA as an
3  impurity in valsartan and --
4    A     Well, again, negative results with the
5  caveat of a number of limitations.
6    Q     Okay.  And among those -- among those
7  limitations that you've identified is the people
8  conducting the study would need to somehow quantify
9  the amount of NDMA to which the subjects were
10  actually exposed in order to evaluate that potential
11  association of exposure to NDMA as an impurity of
12  valsartan with cancer?
13    A     Right.  I make sure that those --
14  those patients are taking these higher levels of
15  NDMA for at least a specific period of time to allow
16  the cancer process to sort of form and be diagnosed.
17       You know, if somebody takes the drug
18  for three months and then leaves the study, that --
19  that is not a good follow up for this study.  You
20  need long follow up.  You need minimal switching.
21  You need specific NDMA dosing information for the
22  subjects, and you need to make sure that the control
23  group are all clean valsartan users, and there's no
24  NDMA in them as well.
25    Q     Okay.  Moving on to the Gomm study, do

Page 271

1  you have that now, Exhibit 27, I believe?
2    A     Yes.
3    Q     And you're addressing the Gomm study
4  on Page 26 of your report.  From your perspective,
5  does the Gomm study, you know, essentially have,
6  from your perspective, the same limitations as we
7  just discussed for the Pottegard study?
8    A     Yes, I would again --
9       MR. NIGH:  Hold on.  Hold on.  Let me
10  object.  Form objection.
11       You can answer, Dr. Etminan.
12       THE WITNESS:  Yes.  Again, just like
13  Pottegard, there's no specification of the NDMA
14  content in the valsartan users, and I think
15  they actually say possible or probable
16  contamination.  So there's a feeling of
17  uncertainty as to, you know, whether, say, for
18  example, the control group had any NDMA or did
19  not have any NDMA.  There's no discussion of
20  what if people switch between the, you know,
21  different doses which could have had different
22  NDMA levels.
23       And then there is the problem of only
24  a three-year follow up, which for a cancer is
25  quite inadequate.  And there's also some

Page 272

1  evidence of selection bias as well.
2  BY MR. GALLAGHER:
3    Q     Okay.  And with respect to -- just
4  discussing -- discussing the limitation you have
5  identified of -- of time to follow up, you
6  understand that these -- these products were on the
7  market only relatively recently.  So between
8  approximately 2014 and 2018, there's -- there's not,
9  at the moment, an opportunity for any longer follow
10  up, right?
11       MR. NIGH:  Form objection.
12       THE WITNESS:  Yes.  I mean, that is
13  the problem.  But that doesn't take away from
14  the fact that -- I mean, if you can't do this
15  study, you shouldn't do it.  You should wait
16  until you have adequate follow up.  You cannot
17  do sort of a -- you cannot disregard an
18  important part of this study design, which is
19  adequate follow up, because there just simply
20  isn't enough data.  I mean, they could have
21  waited until more data is accumulated before
22  they actually did this study.
23  BY MR. GALLAGHER:
24    Q     It's not that they necessarily
25  shouldn't do the study, but it's just acknowledging

Page 273

1 that there's no other data. There's no longer term
2 follow up data that's available right now?
3    A    Okay.
4        MR. GALLAGHER: I want to be sensitive
5 to the court reporter. We have been going for
6 an hour, when she asked that that be how far we
7 go, so can we -- can we go off the record now?
8        THE VIDEOGRAPHER: The time is now
9 4:59. We're going off the record. This ends
10 Media Unit Number 6.
11        (Whereupon, a short break was taken.)
12        (Whereupon, the deposition concluded
13 at 4:59 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 274

1    DEPOSITION REVIEW
     CERTIFICATION OF WITNESS
2
   ASSIGNMENT REFERENCE NO: 4772261
3 CASE NAME: Valsartan
   DATE OF DEPOSITION: August 24, 2021
4 WITNESS: MAHYAR ETMINAN, Ph.D.
5    In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of my
6 testimony or it has been read to me.
       I have listed my changes on the attached
7 Errata Sheet, listing page and line numbers as well
   as the reason(s) for the change(s).
8    I request that these changes be entered as
   part of the record of my testimony.
9    I have executed the Errata Sheet, as well
   as this Certificate, and request and authorize that
10 both be appended to the transcript of my testimony
   and be incorporated therein.
11
_____
12 Date          Mahyar Etminan
13    Sworn to and subscribed before me, a
   Notary Public in and for the State and County, the
14 referenced witness did personally appear and
   acknowledge that:
15    They have read the transcript;
      They have listed all of their corrections
16 in the appended Errata Sheet;
      They signed the foregoing Sworn Statement;
17 and
      Their execution of this Statement is of
18 their free act and deed.
      I have affixed my name and official seal
19 this_____day of_____, 20_____.
20 _____
   Notary Public
21
   _____
22 Commission Expiration Date
23
24
25

Page 275

1    DEPOSITION ERRATA SHEET
2 Page  Line    From        to
3 _____
4 _____
5 _____
6 _____
7 _____
8 _____
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 SIGNATURE:_____DATE:_____
20    MAHYAR ETMINAN
21
22
23
24
25

Page 276

1    C E R T I F I C A T E
2
3    I, Jamie I. Moskowitz, a Shorthand
4 (Stenotype) Reporter and Notary Public, do hereby
5 certify that the foregoing Deposition, of the
6 witness, MAHYAR ETMINAN, taken at the time and place
7 aforesaid, is a true and correct transcription of my
8 shorthand notes.
9    I further certify that I am neither
10 counsel for nor related to any party to said action,
11 nor in any way interested in the result or outcome
12 thereof.
13    IN WITNESS WHEREOF, I have hereunto set
14 my hand this 1st day of September 2021
15
       <%1154,Signature%>
16    Jamie Ilyse Moskowitz
       License No. XI01658
17
18
19
20
21
22
23
24
25

[& - 1875]

**&**

**&**
2:9,20 3:18 4:3,8,17 9:5

**0**

**0.13**
203:17
**0.37**
150:5
**0.37.**
150:15
**0.77**
214:19 215:8
**0.77.**
215:5
**0.88**
232:23 258:7
**0.90**
234:20
**0.98**
260:15
**02109**
4:4
**037**
150:6
**07102**
4:14
**08540**
3:15

**1**

**1**
6:3 10:3 13:11,12 52:6 60:5
67:23 96:2 118:14 119:1
127:13 128:9 129:19
135:20 139:2 149:9 156:21
157:5,23 158:6,18,18 159:4
159:5 165:9,12,14 166:25
222:14 228:2,9,24 258:23
258:24,25,25 259:1,9,9,14
259:15,19 260:1,3,6 261:4
261:5
**1,462**
156:3
**1.0**
37:11 61:2,5 147:4 227:9
227:20 228:16 260:14
**1.0.**
60:16 61:9,24 227:17
**1.00**
118:11
**1.01**
234:16
**1.02**
260:15
**1.05**
258:6
**1.06**
141:2

**1.1**
259:4
**1.12**
232:21
**1.13**
155:13 214:8 234:21
**1.13.**
155:17
**1.15**
157:10 218:7,13
**1.16**
157:11
**1.2**
156:14,15,18 158:10
215:23
**1.24**
258:7
**1.3**
158:11 215:23
**1.31**
141:10
**1.37**
227:3
**1.4**
60:5 61:11,17 232:24
**1.4.**
61:8 96:5
**1.5**
147:2,7,8 156:20,22 159:5
159:10,11,11 166:25 167:6
168:9,14,22,24 169:22
170:3
**1.5.**
159:11 168:22 169:21
**1.51**
149:20
**1.57**
156:13,16,19 158:13
**1.68**
214:19 215:25
**1.68.**
215:9
**1.7**
204:8 258:17
**1.70**
262:20
**1.72**
96:2
**1.72.**
88:6,8
**1.782.**
96:2
**1.8**
60:6 262:8
**1.9**
158:11
**1.93**
204:3 206:9

**1:18**
1:6
**1:30**
160:3
**1:57**
108:6
**10**
6:13 34:8 64:8 96:16 97:9
106:8 107:6 109:19,19
110:1 111:24 130:8 154:7
164:11,13 168:11,17,20
264:18 265:4,11,15
**10.2**
146:2
**10.5**
229:11 230:2,9
**10.6**
231:25
**10.8**
239:20
**10.9**
243:3
**100**
4:14 25:18 105:12 170:10
**1000**
3:4
**1056**
217:1
**1057**
216:6 217:2
**11**
4:9 6:14 9:4 110:17 112:13
265:17
**11:13**
108:10
**11:17**
110:14
**11:19**
110:20
**11:38**
120:10,13
**110**
6:13,14
**111**
2:10
**1154**
276:15
**117**
6:15
**12**
6:15 44:12 117:3,8
**12:49**
159:24
**1206**
135:18
**1208**
136:2

**12211**
2:10
**13**
6:3,16 45:23 134:7,8
155:18
**134**
6:16
**136**
6:17
**139**
6:18
**14**
6:17 60:8,10 64:18 136:22
136:24 138:9 139:1
**140**
6:19
**143**
6:20
**147**
6:21
**1498**
127:7
**1499**
119:2
**15**
6:18 87:14 139:23,24
154:15 155:25,25 159:14
195:24 196:11 211:16
214:11 216:5 224:5 262:6
**15,000**
72:12 83:7
**15076**
1:6
**15219**
3:21
**15th**
4:14
**16**
6:19 140:3,6 217:25
**162**
6:22
**165**
135:17,20 136:1,1 139:1
**17**
6:4,20 127:1 130:23 134:16
137:18,20 140:11,13 143:8
143:11 148:9 151:6 155:5,7
**18**
6:21 68:15,17 146:2 147:16
147:17 151:11
**1800law1010.com**
2:11
**181**
64:4 196:22
**185**
197:12,21,21
**1875**
2:15

[19 - 48]

**19**
6:22 148:10 155:5 162:10
162:13 195:16 199:19,22
208:7
**19422**
2:21
**1965**
163:6
**1967**
67:23 97:18 99:2 129:19
**1996**
7:4 246:9
**1998**
22:4 243:21
**1999**
22:3
**1st**
276:14

**2**

**2**
6:4 17:18,19 21:12 52:10
108:6 169:20 202:12 203:8
203:10 216:7,10,12,24
**2:30**
201:17
**2:49**
201:21
**20**
6:23 124:20 130:8 168:3,11
170:7 199:20 201:25 202:3
202:7,8,9,10,15,16,19,19
203:2 208:7 214:12 264:13
274:19
**200**
2:21 3:9 166:14 167:11,14
169:17 170:7,12
**2000**
246:12
**20037**
3:4
**2005**
32:25 39:24
**2006**
117:4
**2008**
21:6
**2009**
7:3 243:11 245:15 246:3
**2014**
272:8
**2016**
28:1 62:11
**2018**
272:8
**202**
6:23
**202.331.3100**
3:5

**2021**
1:14 10:2 85:8 274:3
276:14
**20th**
264:5
**21**
3:14 6:24 218:1 222:3
226:22 232:4,8
**2101**
3:4
**22**
6:25 229:11 230:1,10 232:6
240:4,8
**2220**
5:4
**227**
4:19
**23**
7:3 234:5 239:16 240:3
241:21 243:17,19,25 247:2
**230**
5:4
**232**
6:24
**24**
1:14 7:4 243:4,20,22
244:14 246:9,15,17 257:8
262:14 274:3
**240**
6:25
**243**
7:3,4
**24th**
10:2
**25**
7:5 252:7,9,13
**2500**
3:9
**251**
67:17,23 96:19 101:11
108:18 129:15 130:2
**2519**
33:18 191:1
**252**
7:5
**2522**
36:4
**2523**
34:25
**2524**
39:7
**257**
101:23
**258**
68:16 202:12 203:8
**26**
7:6 266:3,5,11,16,21 271:4
**266**
7:6,7

**27**
7:7 177:6,24 266:4,7,11,19
271:1
**274**
9:5
**276**
9:6
**27th**
4:4
**28**
177:24 184:10
**28202-2601**
4:19
**2875**
1:2
**289**
254:12
**29**
177:22 181:8 254:25

**3**

**3**
6:5 21:12 32:4,10,16 85:7
108:10 120:23 125:10,10
131:20 157:15 159:24
262:6
**3.7**
150:16
**3:02**
210:4
**3:03**
210:7
**3:50**
239:6
**30**
18:14 19:10 78:2 168:3,11
202:14
**300**
2:15
**301**
3:20
**30305**
3:10
**312.566.4801**
5:5
**315**
2:5
**317.236.1313**
4:10
**32**
6:5
**320**
249:14,15
**32502**
2:6
**33**
170:20
**3333**
3:9

**33431-8561**
2:16
**34**
172:10 173:4,12
**35**
67:22 75:21 83:8,11,19
84:2,14 85:2 99:9 100:8
101:5 127:10,10 129:18
130:6,7 174:17 175:20
176:9 185:5
**35,000**
72:11
**36**
176:23
**37**
202:6,11
**38**
3:20 138:1 244:23
**382**
138:17

**4**

**4**
6:7 42:10,16 85:5,6 95:3,5
95:19 160:3 201:17 239:3
261:13 262:5,7
**4.7**
147:2
**4:01**
239:10
**4:25**
253:16
**4:27**
253:19
**4:59**
273:9,13
**40**
18:14 19:10 23:23 24:1
57:5 72:12
**412.263.2000**
3:21
**42**
6:7
**43**
137:24 138:3
**44**
6:8 199:6 243:12 245:1,15
246:23
**450**
2:21
**46204**
4:9
**472**
114:19 115:13
**4772261**
274:2
**48**
14:9 232:5

[5 - aged]

**5**

**5**
6:8 44:3,4 63:23 64:22
80:16 85:7 95:3,5,19
137:15,17 147:2 148:10
201:21 217:4,4 236:20
239:6
**50**
23:23 24:1 130:7
**51**
6:9,10,11
**518.724.2207**
2:11
**53**
4:4
**55**
155:23 217:6
**561.962.2100**
2:16
**59.2**
127:14
**5th**
85:8

**6**

**6**
6:9 9:7 36:5,11 51:11,19
52:14 141:1 239:10 262:9
273:10
**6.2**
258:17
**60**
18:13 23:17 127:17 130:7
**600**
4:19
**60606**
5:4
**609.924.0808**
3:15
**60s**
92:9
**610.567.0700**
2:22
**617.213.7000**
4:5
**64**
156:1,4
**678.553.2100**
3:10
**68**
6:12 149:7,8
**694**
69:3
**697**
70:13

**7**

**7**
6:10 51:11,21 52:14 59:16

**7 (cont.)**
64:4 80:16 195:11 255:1
**70**
18:13 23:17 97:23 127:10
127:11
**704.444.3300**
4:20
**70s**
92:9
**73**
149:8,9
**750**
2:10
**77**
215:14

**8**

**8**
6:11 10:2 51:17,23 52:14
52:21 66:22 96:14 98:17
108:14 129:14
**8.1**
44:14
**8:00**
1:15
**81**
155:17
**850.435.7013**
2:6

**9**

**9**
6:12 22:4 68:21,22
**9:09**
52:6
**9:11**
52:10
**9:33**
64:11
**9:47**
64:14
**93,000**
121:7
**93,050**
119:16 121:18
**93.05**
119:11
**95**
60:20 61:1 203:11 234:19
258:6 262:5
**96**
244:22 245:21
**973.757.1100**
4:15
**9892**
144:15

**a**

**a.m.**
1:15 10:2 64:11
**abbreviated**
118:19
**able**
39:17 66:4 72:15 111:17,19
123:8 139:13 229:7 241:14
263:15
**absence**
85:19 90:4 95:8 112:23
131:17 236:4
**absolutely**
199:24
**absorbed**
56:14 124:14,18,20 263:18
263:22
**absorption**
57:1,5 212:10
**abstract**
16:17 110:8 111:3 112:21
117:23 118:21 121:20
144:11
**academic**
20:11 37:9 40:3 41:6,19
**access**
221:22
**account**
133:5 136:18
**accounted**
122:17,18 130:11 224:16
**accounts**
131:14
**accumulated**
272:21
**accuracy**
63:18 255:12 256:5,15
**acids**
206:3
**acknowledge**
10:15,19 115:24 136:12
141:8 142:1 238:12 274:14
**acknowledging**
78:8 101:25 104:10 109:1
113:6 272:25
**act**
274:18
**action**
276:10
**activity**
128:21
**actual**
77:4 103:10 126:6 152:12
162:5 215:7,9 219:24 220:1
226:4 228:1,8 256:15
**add**
149:14 193:9

**addition**
98:1,23
**additional**
153:8,9 167:23,24 170:4
**additionally**
101:22 128:4
**additive**
197:3
**address**
100:3 115:1 116:5 121:16
123:4,11 127:15 226:19
267:14
**addressed**
56:11 113:22 120:22 128:1
128:2
**addresses**
100:2
**addressing**
56:22 265:20,25 271:3
**adequate**
123:8 272:16,19
**adjust**
31:13 224:3 235:12,21
236:9
**adjusted**
30:18,21,22,23 31:1,14,16
32:1 128:19,20 140:17,17
140:24 203:10,16 204:2,6
225:2,5,8 236:13 250:2
**adjusting**
236:4,22,23 249:18
**adjustment**
31:3,4,11
**administered**
10:20
**administration**
58:8
**admitting**
101:10
**adults**
121:4 126:25
**adverse**
177:13,15
**advocating**
31:19
**affect**
58:10 80:9 82:14 95:2,22
101:6 226:12 236:3 247:25
250:18 263:20,22
**affixed**
274:18
**aforesaid**
276:7
**age**
30:25 97:22 127:10,14
129:5
**aged**
67:22 127:9 129:18

[agencies - association]

agencies
24:11
agency
78:17
agents
70:22 76:14 83:25
ago
23:13 32:24 44:23 126:21
225:12
agree
39:15 41:25 42:5 51:3
55:15 57:20 60:11 79:20
92:18 95:13 105:17 109:14
112:9 122:14 132:7 143:16
144:6,20 157:2 158:16
163:12 170:2 200:13
205:13 214:14 215:11,12
226:23 238:11,22 246:3
249:22 257:18 258:9
269:25
agreed
74:11 76:3
agreement
42:4
ahead
13:23 15:14 16:14 22:12
23:12 39:6 50:25 51:8 52:3
94:24 106:4 108:3 134:23
177:21 194:3 239:19 240:2
243:15 252:6 254:4 255:24
262:3
aid
4:11
al
1:5,5
albany
2:10
albertsons
4:21
alcohol
222:7,9,12,16,20 225:9
226:1
alerts
24:10
alfano
3:18
allow
12:20 41:20 71:25 72:1
213:2 270:15
allowed
22:11
american
27:25 62:9
amines
79:4 82:25
amino
206:3
amount
73:18 99:24 106:10 145:10

amount (cont.)
145:17 153:11 167:10
212:20 266:25 267:14
268:19 269:9 270:9
amounts
47:18
analogy
170:14 176:24 177:3,7,16
177:16 178:7,19 182:10
analyses
97:19 99:11,15
analysis
28:14 93:7 99:20 100:1
130:14 143:17,20,22 144:1
144:5,19 160:12,14 161:5
180:19 222:8
analytical
54:11
analyze
221:23
analyzed
193:18
animal
58:6 133:23 172:4,8 176:5
184:8 189:4,25 197:2 204:6
204:10,12,18 205:2 206:10
206:17,17 209:18 212:8
231:3
animals
58:8 184:18 205:18 207:11
answer
8:2 12:18,20 16:11,14 17:6
81:1 146:20 162:6 183:21
194:3 211:20 212:11
223:20,22 245:10 249:1
251:23 255:24 262:3 265:6
271:11
answered
153:1
answering
125:23 151:24 152:2,3
257:3,5
answers
152:13 263:10
anybody
150:24 221:21
anymore
26:19
apologies
125:25 202:23
appear
61:21 274:14
appearances
2:1 3:1 4:1 5:1
appel
2:14 13:14 136:5,7
appended
274:10,16

applied
171:10 177:3 184:14
264:24
applies
132:22 144:18 219:3
apply
151:20 153:15 161:12,20
162:7 169:8 189:15 264:22
applying
77:22 181:17 182:16 183:3
189:18
appreciate
125:23
approach
75:22
approached
12:11
appropriate
163:7
appropriately
267:22
approximately
272:8
april
12:4
area
24:2 26:25 31:17 40:20,20
82:22 138:5
areas
197:16 198:2 199:2
argue
72:6 148:15,25
arguing
107:5 150:6
argument
177:16
argumentative
105:15
aromatic
79:3,3 82:24,25
arrangement
10:24
arrow
92:13,14,16
article
6:5,9,10,11,12,13,14,15,22
6:23,24 7:3,4 34:25 39:6
41:21 51:11,12,14,16,18
54:7,18 59:16 62:22 63:12
63:14 64:3,20 65:8,12
68:17,21 69:7 70:7 74:4
76:6,20 77:11 78:7,10,11
78:14 80:7 108:14 109:20
112:15 114:20 117:3,13
127:5,8 137:4 138:4,8,22
138:22 143:11,17 144:10
162:10,21,21,25 163:4,5
190:5 191:1 201:25 208:8
208:12 210:17 214:10

article (cont.)
217:25 218:1,19 232:4,5,15
240:7,13 243:7,11,21
244:22 245:2,15 246:4,9,21
247:2 249:9 252:13 254:13
articles
14:20,24 15:1,2,5,7,13,17
15:24,25 16:2,3,19,20,25
17:12,13,15 41:20 43:11,14
43:15,18,22,24 44:20 52:14
198:19 209:7
ascertain
114:2
ascertainment
44:15
asked
24:24 41:1 57:16 111:21
112:2,4,8 144:17 161:11
264:14 273:6
asking
11:15 20:18 59:2,4,5
160:18 161:8,10 256:24
257:1
asks
175:14,15
aspect
19:12 126:22
asrub
68:6 69:12
assess
46:3
assessed
197:1 257:15
assessing
163:8 213:19
assessment
33:20,23 34:3,4,14 39:12
67:18 68:5,5 76:1 112:23
112:25 113:7 179:14
190:24 191:6,8,14,23 197:5
197:9
assessments
96:20 97:12 191:19
assignment
105:11 274:2
assimilate
86:5
associate
18:5 21:9,12
associated
27:23 28:12 79:14 89:13
90:22 91:23 92:7,8,15
118:23 139:10,14 158:12
175:10
association
27:25 37:7,10,11,14 38:7
38:11 47:1 56:23 61:5 62:3
62:10 73:10,12 113:7 118:1
118:5,10,14 122:19,24

[association - boca]

**association (cont.)**
123:2,6,20 134:25 139:18
142:2,22,23,23 146:13
147:5 156:10,13 157:3,20
158:1,3,18 163:1,12 164:4
164:8,12,18 165:25 166:1,6
166:19,20 169:9,10 172:23
173:8 179:3 182:19 185:20
185:22 187:3,22,24 189:3
196:15 200:14,20,25
203:17,20 204:8,11 205:6
206:11,16 207:3,8 208:10
208:13,21 209:4,8 210:16
210:22 214:16 216:17
226:10,25 227:8,16,19
228:7,25 232:16 233:2,13
234:13 237:3 238:13,14
242:5,23 258:11 259:8,12
259:18,22,25 260:25
261:15 262:19 270:2,11

**associations**
108:21 109:5 163:15,15,18
163:19,24

**assume**
152:20

**assumed**
97:19 98:7 99:2

**assuming**
85:22 99:16 101:9,12
153:21,24 181:20 255:7
256:19

**assumption**
77:18 84:9,12,23 99:19,22
100:3 104:14 105:8,21
157:21 167:6

**assumptions**
28:8,13,16,22 29:3,5,23,25
105:10 212:19 219:25

**atlanta**
3:10

**attached**
264:20 274:6

**attack**
213:5

**attend**
21:18

**attending**
18:20

**attorneys**
10:14 43:9

**august**
1:14 10:2 274:3

**aurobindo**
2:23

**austin**
162:23

**author**
32:5 68:18 108:18

**authorize**
274:9

**authors**
41:15 78:7 99:2 100:21
101:10 102:24 109:1 113:5
115:14,23 122:17 137:8
139:7 145:15 153:11
198:22

**automatically**
255:7

**available**
97:18 99:2 161:9 250:1
254:1 273:2

**avenue**
2:10

**aware**
90:17 230:24 231:6,11

**b**

**back**
15:16 32:21 35:24 36:4
40:15,22 52:11 64:6,14,16
72:10 73:15 78:10 79:17,24
83:6 92:10 100:19 102:13
103:10 108:11 110:20
114:6 120:13,15,17 121:20
140:2 146:1 160:4,6 177:23
184:10 190:10 199:19
201:14,22 208:5 210:7
215:17 233:9 239:3,11,13
241:21 249:8 253:19 257:8
258:14 262:13 265:25

**background**
27:8 54:14 55:7

**bacon**
145:11

**bad**
160:9

**bag**
188:7 189:5,9,14,19

**balance**
60:16

**balanced**
31:6

**ball**
2:15

**bar**
188:9

**barnes**
4:8

**base**
133:17 191:25

**based**
18:25 19:4,8 34:15 39:11
40:24 68:5 72:18 73:8,11
75:15,25,25 79:23 84:12
85:1 97:15 98:2 105:3
131:13 135:9 137:21
142:18 145:9,16 147:8

**based (cont.)**
149:12 161:9 182:18
187:22 193:5 194:15
196:14 209:21 210:20
212:3,19 220:21 221:4
222:23 233:22 237:1
240:15

**basic**
175:25 176:5 181:13
183:10 184:6,15

**basically**
18:15,15 122:10 147:12
154:2 157:1 175:14 222:14

**basing**
103:22 104:16 141:1

**basis**
19:24 209:12 213:22 221:7

**batches**
268:3 269:15

**baylen**
2:5

**becoming**
264:11

**beginning**
103:15 108:17

**begins**
52:10 108:10 160:3 201:21
239:10

**believe**
12:3 13:8 19:9 22:3 25:6,6
25:11 27:18 38:6 40:25
41:7 42:12,24 48:24 62:21
66:12,17 70:6 72:20 74:22
77:17,18 80:5 81:8 84:2,7
91:7 93:12,16 99:21 102:23
103:5 114:16 116:10
131:21,22 132:2 138:16
147:16 148:13 155:22
182:14 193:8 198:16
199:17 203:4 211:24 216:6
226:14 245:18 264:19
269:10 271:1

**believed**
250:20

**believer**
73:16

**bell**
2:21

**beneath**
170:25

**benzene**
79:4

**benzine**
264:2

**best**
12:2 33:5

**better**
87:7 213:9

**beyond**
258:24

**bias**
66:3 74:17 79:25 80:20
84:5 89:25 90:9,24 91:1
100:13 101:3 104:23 128:1
130:10 167:9 248:12,17
251:2,12 272:1

**biased**
90:5 250:5,23 260:24

**biases**
38:16,17 53:18 167:10
170:15 235:2

**biasing**
32:1 93:6

**big**
23:4 100:14 156:16

**bigger**
132:1,1,2 159:18

**biley**
5:8

**bily**
10:6

**biologic**
172:5 182:9 183:8

**biological**
174:18 178:5

**biologically**
133:22 175:9

**biomarkers**
245:25

**biostatistics**
26:24

**bipc.com**
4:20

**bit**
43:6 52:23 57:11 59:1
73:21 101:6 131:16 215:15
226:13

**bladder**
35:6 232:1,17 233:2,14,17
233:22

**blame**
38:6

**blocked**
32:2

**blood**
239:20 242:6,24

**blow**
181:7

**blue**
2:21

**board**
62:6

**boards**
62:13

**boca**
2:16

[body - causal]

**body**
16:18 56:13,19 57:23
205:22 206:4 263:23
**bogden**
2:9
**bolded**
47:16 230:16
**borderline**
35:9 39:8,9
**bosick**
3:18
**boston**
4:4
**bothered**
265:13
**bottom**
44:14 64:23 70:15 77:1
85:10 100:20 108:15 146:2
173:12 175:4 176:8 180:2
226:21 254:17
**boulevard**
2:15
**bound**
60:19 61:1,9 149:14,19
150:5,9 154:1 155:14,14
156:7,7,9,15,23 158:13
215:3,4 234:19,20 258:25
259:1,14,15 260:1,2 261:4
261:4 262:8
**bounds**
150:13
**bradford**
6:22 55:1 160:11,14,18
161:5,12,19,21 162:7,11,23
163:6 164:19 165:3,15,20
166:5 167:7,24 169:25
170:21,25 171:3,11 172:13
178:1,2 179:8 182:5 184:23
185:7,25 187:2 188:2
189:16
**brain**
39:10,18
**break**
52:8 64:8,12 96:22 97:6
106:4,6,18,22,24 107:16
108:4,8 110:25 111:14
112:4,8,10 120:11 154:9
157:17 183:14 199:23
200:1 201:13,19 210:5
239:3,8 253:17 273:11
**breakdown**
128:12
**breaking**
97:3
**breaks**
107:8 111:8,9,19,21,23
204:5
**breast**
35:6

**breath**
125:22
**briefly**
53:24 55:3
**brings**
155:21
**british**
1:15 18:9 21:5,8,22 22:2
25:4
**broader**
38:20,24
**broadly**
37:12 48:16 56:22
**broke**
35:14
**broken**
23:23 205:22 206:3
**brought**
75:4
**brush**
238:18
**btlaw.com**
4:10
**buchanan**
4:17
**builds**
56:17

**C**

**calculating**
88:21
**call**
30:25 31:20 32:1 62:24
66:9 79:12 80:18 126:9
259:2 262:10
**called**
33:20 44:24 130:4 164:4
174:18
**canada**
1:15
**cancer**
23:6,11 32:9 35:6 39:10,18
45:9,15,16 46:7,19,22,23
47:2,7,11,12 48:7,8 49:12
53:4,14,17 55:6 56:1,5,19
56:24 58:7,11,25 59:21
60:4 65:21 66:18 78:16,17
79:15,16,22 80:8 87:22
88:6 89:12,18,19,20,21,22
90:3,13,19 91:6,7,22 92:7
92:14,16 95:25 102:21
108:22 109:3 110:6 111:3
112:19 113:8 117:15,16
118:2,6,11,24 120:25 121:6
122:11,20 123:3,9,10,24
125:7 126:7,12,19 127:25
128:16 129:23 130:12,12
130:16,21 131:5 132:16,20
133:3,8,14 135:1,9,11

**cancer (cont.)**
136:11,14,15 138:5,17
139:8,14,19 140:18 141:6,9
142:3 146:6,8,9 148:2,5,15
148:25 149:1,6,7,8,20,22
150:4,12 151:14,21,25
152:3,4,21,22,22 153:2,3
153:16,16,21,22 154:21,22
156:3 166:7,13 167:25
172:7 173:20,23 174:1,4
177:11,20 180:22 184:9,16
184:17,20 190:6 195:18,22
195:25 196:8,9 197:15
198:1,9 199:1,7,12 200:4,6
200:17,21 201:1 202:2
203:12,17,21 204:7,13
205:7 208:6,11,21 209:5,16
210:15,17,23 213:6,7,13
214:16 217:7,13,16,21
218:8,14,17 219:4,4,9,20
220:22,23,25 221:1,2,9,10
222:21 226:1 229:11,23
230:3,13,21,25 231:8,23
232:1,17 233:3,14,18,22
234:6,14 235:13,21 236:1
236:20 237:6 243:4,6 244:4
244:14,15 245:3,17,22,24
247:6 248:18 249:14,20,23
252:15,19 257:9 258:1,12
262:19 265:21 267:9,13,15
268:7 269:12 270:12,16
271:24
**cancers**
35:9 36:6,12 40:21 56:8
58:12 66:11 88:10,10
123:21 124:5 140:25
155:21 156:2 181:17 213:2
214:2 216:15,18 217:22,22
221:15 223:2 227:1 239:20
242:2,6,24 268:21
**capacity**
160:15
**capture**
45:15
**carat**
180:4,14
**carcinogen**
27:23 50:9 58:14 84:19
109:6 120:24 125:2,14
126:5 177:10,18 263:13
**carcinogenesis**
113:2 124:15
**carcinogenic**
126:18 172:7 263:16
**carcinogenicity**
197:3
**carcinogens**
46:10,16,21 47:3,6,12 48:6
50:5,12,18 51:5 64:24 65:4

**carcinogens (cont.)**
65:13,17,21,25 66:2,3,7,15
66:19 67:6,13 72:16 74:12
74:15 75:4 78:25 79:19,21
80:9,22 81:2,7 82:19 83:1,9
83:13,18 100:16 108:22
177:8,19
**cardia**
118:24 123:21 141:10
**cardiovascular**
49:12 127:18,22
**career**
99:4
**careers**
97:22
**carillon**
4:18
**carolina**
4:19
**carries**
28:8,21 77:2 211:25 217:2
**carry**
70:15
**carrying**
151:11 216:15
**case**
1:6 12:1,6,14,24 13:2 24:9
24:10 26:3,10,14 27:25
40:18 43:4,8 55:22 80:5,21
93:12 109:12 112:19
114:16 137:21 159:7 192:5
196:5 202:2 222:25 240:15
247:7 248:6 255:10 256:21
259:5 264:19 265:5 274:3
**cases**
116:11 121:25 128:13
132:3,5 138:18 146:18
149:6,7,10,22,24 150:1
151:25 152:3,4,23 153:25
156:1,3 159:19 169:3
196:11 199:6,12 208:17
211:16 213:7 217:5,6,10,11
217:18 224:5,7 242:9,13
248:18 249:14 255:1,5,9
256:12,20,24
**categories**
53:16 179:24 182:4,6
**categorize**
268:24,24 269:6,7
**categorizing**
47:17
**category**
66:5 80:4 104:22 145:10
156:3 180:21
**causal**
19:1 31:21 35:10,20 36:17
37:4,7 38:6 39:24 47:1,10
47:19,23 54:12 55:2 91:10
161:1,8,10,25 163:25

[causal - company]

**causal (cont.)**
165:16 166:1,21 167:1,11
168:10,16,21 169:18 170:5
170:13 174:12 175:2
181:18,20 182:2,7,14,18
183:7

**causality**
161:22 167:21

**causation**
29:15,20 37:15,24 38:12
46:3 55:24 163:1,8,13
164:14,18,25 175:11

**causations**
163:14,16,18,20

**cause**
56:1,5,8,19 58:12 78:16
90:9 100:13 104:22 126:18
160:23,24 167:18 174:14
175:16,16 177:10,12,15,20
184:9

**caused**
48:7 58:7

**causes**
29:7 31:22,24 38:25 39:2
41:8 58:11 79:16 127:24
148:22 160:20 199:14
213:4

**causing**
30:14 120:24 165:10
184:17,17 219:13

**caution**
264:16

**caveat**
270:5

**caveats**
30:1 40:9 61:14 186:2
226:17 238:24

**center**
4:13

**centre**
3:20

**certain**
14:3 56:8 90:18 106:10
113:20 116:17,18 119:6
203:13 236:17

**certainly**
144:19 256:3

**certainty**
37:23

**certificate**
9:6 274:9

**certification**
274:1

**certified**
1:16,17

**certify**
276:5,9

**challenging**
99:8

**change**
38:19 41:1,21 73:20 78:3
86:3,4 89:5 91:17 92:1
93:13,14,16 95:8,9 99:13
100:13,17 101:7 102:15,20
116:18 149:11 195:3
224:25 238:3 251:22 274:7

**changed**
81:6 116:7 222:18 226:7
236:24 237:1,8 238:10

**changes**
63:14,17 122:12 224:21
236:17 274:6,8

**changing**
74:1 96:10

**charlotte**
4:19

**chat**
52:21 68:25 190:11 240:11
246:10

**check**
153:5

**checked**
63:9 168:18,18

**chemical**
70:22 76:14 177:9 198:13
205:22

**chemically**
177:9

**chemicals**
80:3 108:19

**chicago**
5:4

**chimney**
166:9,13

**china**
77:22

**cholesterol**
252:18

**choose**
193:20

**chosen**
198:23

**chrisopher.henry**
4:20

**christopher**
4:18

**chronological**
42:24

**cigarette**
168:1,11

**cipriani**
2:20

**circumstances**
171:15 254:20

**citation**
137:24 138:3,8 243:12

**citations**
16:16

**cite**
17:12 138:16 208:7,12,24
210:17 229:19,20 233:12
233:16 239:22 241:20
242:14 243:6 244:7 249:6
252:4 258:4 262:14,17

**cited**
16:2,4,19,25,25 32:5 43:15
48:13,18,23 49:6 52:14
55:5 162:11 202:10 209:7
210:15 214:4 233:7 243:11

**citing**
68:14 69:8 218:1 232:6
242:22 245:1

**city**
1:14

**civil**
274:5

**clarify**
20:16 57:1,24 65:15 187:6
208:15 259:10

**class**
139:9 177:11,13,14

**classic**
226:8

**classified**
92:20,20,23 93:22 94:12,14
165:16

**classify**
165:7

**classifying**
105:2

**clean**
93:9 270:23

**clear**
28:1 48:1 176:19 219:12
256:23 265:10,11

**clearly**
107:21

**clem**
3:19

**clinical**
22:10,19 25:2 176:2,6
183:10

**clinically**
155:15,15 156:14,18,19

**close**
157:5,23 158:6 159:4,5
169:17 265:14

**closer**
156:21

**coherence**
175:21,21,23 178:6 181:7
181:12,13 182:8,16,23
183:3,9

**cohort**
65:11 67:21 74:6 75:10
77:14 83:7 84:17,18 85:1
92:19,22 93:20,22 94:12,14

**cohort (cont.)**
98:4 105:2 119:5 127:9
129:5,22,23 185:4 195:25
196:6,7 197:1 217:12
267:10

**collect**
14:4 254:2

**collected**
69:14 70:19,20,22 71:3,21
76:7,14 238:9 250:7

**collecting**
14:14 190:20

**collection**
42:23

**collective**
42:3

**colorectal**
146:5,8,9 148:2 149:1,8,22
151:20 152:4,22 153:3,16
154:22

**columbia**
1:15 18:9 21:5,8,22 22:2
25:4

**column**
39:7 66:24 67:17 68:16
70:14,16 87:21,24 88:13,16
88:21,24 100:20 101:23
115:12 117:24,25 135:23
139:6 165:19 170:21
172:11 173:4 175:5,20
176:9 196:23 197:13,22

**combination**
24:14

**combined**
45:15 211:21 240:23

**comfortable**
26:20 84:22 158:14 215:20
215:24,25

**coming**
27:8,9 31:20 32:12 71:14
71:15 73:22 88:17 105:21
107:17 116:11 136:23
159:9 235:5 246:15

**commencing**
1:15

**comment**
35:1 36:2 67:11

**commentary**
28:1

**commission**
274:22

**committees**
18:20

**common**
31:22,24

**communications**
150:24

**company**
4:6

[compared - country]

**compared**
76:21 217:16
**competing**
148:13,14,21 213:3 221:17
**complete**
160:21 254:7
**completed**
15:14 21:23 22:5,11
**completely**
265:1
**complex**
102:10 114:5,10,22 115:2
115:17 116:1
**complexity**
108:18
**complicates**
251:10
**component**
47:8 48:8 53:16 57:13
**components**
48:9
**compound**
115:16,25 121:17 122:17
123:21 145:17
**compounds**
68:7,11 117:15,21 118:18
118:23 119:8,11 121:16,23
122:6 132:10 202:1 203:13
**comprehensive**
33:16
**concentration**
59:13
**concentrations**
76:21 124:21 197:4
**concept**
30:18 37:13 62:14 210:12
**concern**
24:5 35:11
**concerned**
77:23 111:23 112:3,3
**concierge**
5:9
**concluded**
35:8 78:16 118:22 273:12
**concluding**
187:21,23 209:13
**conclusion**
36:22 47:23 48:14 229:7
**conclusions**
101:24 104:17 230:2,12
**condition**
127:23
**conditions**
127:19,21 128:5,13,15
236:17
**conducted**
137:22 143:19 254:25
**conducting**
145:15 270:8

**confidence**
30:6,11 60:5 61:2,18,24
147:1,3 149:20 154:1 158:7
158:10,17 159:2,5 199:8
203:11 214:18 215:3,4
232:23 234:20,23,25 235:4
258:6,16,19 259:8,14,20,24
260:1,2,5,15,16 261:3,6,9
261:10,14,19,24,25 262:5
262:10,11
**confident**
159:7
**confidential**
1:9
**confounded**
85:20 89:15
**confounder**
79:13 86:5 88:1,8,11,22
89:10,13,25 90:2,3,3,4,6,7
90:11,21,25 91:3,8,15,16
91:18,19 92:4,6,12,17 93:4
93:6,8,10 96:1 131:11,17
133:5 207:19 222:9,12,18
222:25 223:1,3,5,6 225:21
226:2,4,9,10 236:5,13,16
238:2,5 250:4,6,22
**confounders**
79:12 81:25 82:1,7,13,19
82:21 86:10,25 87:18 93:4
95:6 128:18,22 130:20
131:5 132:15,19 133:3
225:23,25 226:5,15 236:25
237:15 251:16,17,25
**confounding**
31:7 79:11 85:12,17,23
89:17 131:10 144:2,7
164:20 207:15 235:25
249:18,23 250:13,24 251:1
251:2,9,11
**confused**
138:21
**confusion**
244:8
**connection**
163:25
**consent**
10:23
**consider**
26:21 33:10 48:13,17 89:9
155:11 160:22 169:18
189:10 234:23 248:9
258:19 260:16
**consideration**
62:23
**considered**
49:16 126:23 128:6 257:20
**considering**
156:11 261:24

**consistency**
170:22,24 171:10,13 172:9
172:12,24 178:4 184:11,14
184:15,21,23 185:18 186:1
186:4 188:19 190:1
**consistent**
102:21 171:15 185:12
204:24
**consistently**
83:9 186:11,19 187:3 188:5
**constant**
124:20
**constantly**
83:11 100:25 124:13
126:16
**constellation**
134:3 209:18
**consumption**
203:13
**contact**
55:15 58:4 79:7 201:9
209:10 210:19 213:24
**contain**
195:4
**containing**
265:21
**contains**
266:25
**contaminated**
267:8
**contamination**
80:17 102:4,15,20 103:2,3
103:6 104:10,11,20 105:1,8
271:16
**content**
145:8 220:1 271:14
**contents**
9:1
**context**
102:11 235:7 250:3
**continue**
22:12 106:19,20,21 107:12
**contribute**
15:3 17:2 26:18 46:21
**contributed**
14:21 15:21 16:21 79:22
**contribution**
33:3 41:15,16,16
**control**
66:7 74:22 79:10 80:4
81:10,17,24,24 82:10 84:21
85:12,16 86:9 89:2,7 90:12
91:11,21 101:2 123:9,16
131:4 132:19 133:13
148:13 176:16 199:13
202:2 213:3 221:17 222:16
223:11,16 224:11,13 225:1
226:15 240:15 247:7 248:6
250:12 267:19 268:11

**control (cont.)**
269:14 270:22 271:18
**controlled**
83:2 129:2 130:13 137:21
222:6 223:8 226:6 250:10
**controlling**
82:5,7,13 130:20 132:15
133:2 148:21 224:7
**controls**
116:10 130:4 248:20
249:15 255:1,5 256:14,20
256:25
**convert**
145:7,8
**cookie**
261:17,22
**copy**
44:3
**corporate**
2:15
**correct**
18:7,10,11 21:16 22:15,23
23:15 24:17,20,22,23 25:4
25:5,8,9 28:3 34:9,21 35:6
36:13 37:15 39:19 47:3
49:7,8,20 53:5 55:9,22 56:8
56:24 61:2,3,7 63:20 64:1
65:14 67:19 69:9,16,17,19
71:16,19,19 75:17 79:4,5
81:15 88:25 90:15 110:10
140:5 141:24 142:16
143:18 158:22 164:3
180:12 200:15 208:23
214:8 222:7 224:12 228:2
228:16 231:23 234:2,3,18
237:23 248:7 256:7 258:7
258:13 259:9,15 276:7
**correcting**
69:24
**correction**
62:10
**corrections**
70:2 274:15
**correlations**
102:8
**coughed**
192:22
**counsel**
2:7,12,17,23 3:6,11,16,22
4:6,11,16,21 5:6 10:9,23
12:1,5 14:9 42:14 43:4
96:15 106:1 107:13 111:1
154:6 157:14 209:23
264:16,17 276:10
**countries**
69:15 70:1,21 76:22 77:5
77:20 131:16
**country**
69:20 77:24 85:2

[county - detected]

**county**
274:13
**couple**
49:21 62:22 152:10 183:18
194:7
**course**
18:24 19:4 205:2 221:20
**courses**
18:23 19:7,13
**court**
1:1,16 10:7,10,14 11:7 20:2
25:12,14,20,24 26:6 27:7
32:7 33:24 36:8 37:1 39:1
45:10 49:23 51:13,25 59:19
59:22 60:21 61:21 68:1
71:6 94:6 96:23 106:12
107:15,15 109:21,25 111:9
116:24 119:19 120:15
121:2 122:22 124:3,8
125:17 126:1 128:25 129:7
131:23 132:24 133:10
134:10,13 140:4 141:12
147:19 148:17 149:15
160:24 161:2 165:4 166:10
176:1 180:7 209:23 214:23
219:17 225:7 245:4,8,11,23
246:1 248:2,4,22,25 250:8
252:20 273:5
**covariate**
30:25
**create**
78:3
**created**
79:25
**creating**
207:25
**criteria**
15:13,19 34:18 45:24 46:2
46:11,13 47:15 48:20,22
49:1 54:6,8,20,24 55:1,10
90:6 92:12 160:17 161:24
165:2,15 166:3,4 167:7
168:15,19 169:22,24 179:9
179:11 182:11,24 185:25
187:14 188:2 189:7 190:1
190:20 191:9 192:16 193:3
196:18 211:10 231:12,15
231:17 250:24
**criterion**
182:12
**criticism**
132:22 133:2,4 142:24
148:12,20 149:5 235:15
241:25
**criticisms**
127:5 131:1 235:14
**criticize**
130:19 148:4 151:7 154:20
195:20 229:13 235:11

**criticized**
132:14 218:19
**cross**
102:4,15,20 103:2,3 104:10
104:20 105:1,8
**crosses**
258:23 260:6
**culbertson**
4:3
**culled**
124:18
**cumulative**
264:8,9,11 265:1
**curing**
103:20 104:13,15
**currently**
18:24 23:21 102:10
**curriculum**
6:4
**custodial**
106:17
**cutter**
261:17,22
**cv**
1:6 17:18
**cvs**
4:11

**d**

**dairy**
206:2
**daniel**
2:3 120:3
**danish**
267:9
**data**
23:4 28:13,14,16,20,25,25
29:4,22 34:16 40:24 61:19
77:22 80:2,7,24 83:14 89:4
89:6 118:22 121:25 122:19
129:17 133:23,24 139:2
151:20 152:18 154:5
158:16 178:22 179:13,16
179:16,18,20 180:16
183:10,10,12 189:25
190:21 205:5 207:17 212:7
212:8 215:6 220:5,21 221:4
221:13,22,23 224:8,14,20
227:6 228:14,15,23 241:8
242:17 245:21 249:20,25
250:1,17 251:6 256:16
260:14 272:20,21 273:1,2
**database**
68:6 69:12,13 75:16 76:2
77:11 78:8 97:16
**databases**
23:4
**date**
230:19 274:3,12,22 275:19

**dates**
43:5,6
**day**
57:4 119:12,17 121:18
124:19 274:19 276:14
**dc**
3:4
**de**
7:3,4 243:7,21 244:15,20
245:15,20,20,21 246:9,12
249:9
**deal**
156:16 172:14 186:8 187:8
**death**
97:23 130:4 148:22 167:25
168:2 199:13 221:18
**deaths**
59:21 60:4 123:9 127:20,21
130:9,11 195:22,25 199:7
213:4,4
**decarli**
138:20
**decide**
14:25 35:20 36:17 38:25
158:24
**decided**
36:1 182:17 191:24 212:12
**deciding**
54:12 156:17 160:23
191:14
**decision**
212:15
**declare**
10:21
**deed**
274:18
**deep**
125:21
**defendant**
2:23 3:6,11,22 4:16 5:6
**defendants**
2:17 3:16 4:6,11 11:15
**defense**
14:8
**definite**
112:25
**definitely**
89:11,20 169:14,15 267:21
267:25
**definition**
79:13 91:19 227:19 260:8
261:18,22
**definitive**
113:6 159:19
**degree**
21:15 22:5,12,19 37:23
**demographics**
121:1

**demonstrated**
90:8
**demonstrates**
209:14
**demonstration**
231:14
**department**
18:6 19:3,23 20:4,7,10
23:14 24:25 97:20 98:7
99:4,18 100:4 101:13
104:12 105:9
**departmental**
18:21
**departments**
99:6 100:7,12 102:4 104:11
**dependent**
90:1 123:7
**depending**
70:23 76:15
**depends**
62:5 189:18 250:23 261:8
261:18
**deposed**
11:20 25:7
**deposition**
1:13 6:3 10:4,15,17,18
11:16 13:11 14:10 107:8,11
107:20 111:8 265:12,14
273:12 274:1,3 275:1 276:5
**depositions**
96:25 97:2 106:16,17 108:1
111:12,16,17 120:4
**describe**
192:10 193:6 194:23
**described**
191:22
**describing**
69:12 191:6 196:25 198:24
254:16,18
**description**
6:2 7:2 8:6 34:12,13 119:4
139:5 261:12
**design**
38:3,4 53:7,11 123:17
192:9 193:19,22 194:11,14
220:21 221:5 229:5 272:18
**designed**
37:20 172:1 181:18 211:18
212:4 235:5 260:24
**designs**
193:24 194:12,19
**detail**
188:12
**details**
59:13
**detect**
123:8
**detected**
124:7

[determination - duplicated]

**determination**
261:5
**determinative**
37:14
**determine**
31:15 38:10 139:13
**determined**
182:13
**determining**
172:23
**detrimental**
31:12 82:6 222:25 238:20
**develop**
136:13 174:2,4
**developing**
269:12
**development**
39:18
**deviate**
28:7,14,16
**deviation**
72:13 73:17
**devices**
76:23 77:6
**devocht**
6:12 68:17,21 70:8,10,12
71:16,21 76:6,20 77:11
78:7,7
**diabetes**
127:19,22
**diagnose**
24:19
**diagnosed**
126:13 270:16
**diagnosis**
248:20
**diagrams**
31:21
**die**
127:24
**died**
121:5 128:17 148:23,24
196:8 213:5 220:24 221:16
**diet**
46:18 128:21 142:9,18
207:23 244:17 252:24
253:3,4,21 254:3 257:3
**dietary**
47:1 133:24 138:4 142:18
142:20,24 143:3 144:21,22
145:3,5,6,22,24 151:8,19
152:13 153:1 179:13
183:22,25 184:3,19 185:5
192:8,8 194:15,18 202:1
209:14 212:17 213:8,14
219:25 247:5,9,13,15,16,19
248:1,13,14 252:18,18,20
252:21 254:5,10 255:18

**differed**
70:20
**difference**
53:12 77:25 93:19 94:11
131:18 149:24 150:1 152:9
152:25 254:9 255:14
256:14
**differences**
59:9 69:25 70:21 76:13,14
76:22 77:4,5 256:24 257:2
**different**
12:16 19:7 29:1 30:14,15
42:7,7 44:1 45:16 50:4,8,12
50:18 51:4 53:7,9,10,16
55:21,23 56:2 58:2,7,10,24
65:19 66:15 69:14 70:1,21
77:6 83:3 87:21 99:6,11,21
100:7,8,12 102:9 124:16,21
136:4 151:9 157:20 163:13
171:14,14 172:1,15 174:9
175:22 176:14 181:3 182:6
187:9 192:5 193:23 194:9
194:19 197:4 211:21
218:21 220:17 236:6,10
244:16 250:3 253:5 256:4
256:13 268:2,3,4,5,25
269:6 271:21,21
**differential**
66:9 80:1,18 81:12,19 91:2
91:12,15,16 96:7 102:17,22
103:6 116:16 219:15
247:17,18,18
**differentially**
72:22 105:13
**differently**
38:23 40:1 116:11
**difficult**
16:8 47:10,19 77:3 81:22
82:9 83:6 104:6 108:23
109:6 114:2
**dilutes**
83:21 219:15,18
**dinner**
265:13
**direct**
75:20 79:7 213:23 257:25
**direction**
38:18 82:15 95:4,10 96:11
100:17 101:7 102:16 188:6
251:23
**directly**
76:21 89:2 105:12 224:11
224:13 263:16
**disagree**
37:17 40:11,13 42:5 78:20
111:4 167:4 182:22 224:18
267:2
**disclosed**
12:19

**disconnected**
266:13
**discount**
200:2
**discounted**
200:19
**discuss**
73:7 107:3 114:17 115:4
134:15 222:3
**discussed**
23:13 61:4 114:6 164:19,21
193:18,22 197:14,25 201:7
208:25 213:16 224:11
258:5 262:22 271:7
**discussing**
127:2 164:6 172:12 195:17
218:17 249:9 257:12 272:4
272:4
**discussion**
98:13 110:15 195:4 215:20
222:24 230:14 261:2
271:19
**discussions**
17:14 40:16
**disease**
41:8 49:12 127:18,22 163:1
168:24 173:9
**diseases**
23:24 166:8
**disproportionately**
131:11
**disregard**
168:22 204:23,25 205:5
206:22,24 207:2,12 272:17
**disregarding**
207:3
**distinct**
268:8
**distinction**
82:17 92:2 113:18
**distinguish**
77:3
**distort**
144:7
**distribution**
255:4,7
**district**
1:1,1
**dnigh**
2:7
**doctor**
16:5,5,14 18:2 20:14 24:17
33:25 50:25 70:9 94:24
117:5 125:18 149:16 187:1
187:20 223:22
**document**
1:4 13:17 17:22 33:19
36:20 42:14 112:7 120:5

**documents**
8:5 14:3,4,12,15,17 15:23
43:9,12
**doing**
31:2 33:22 34:2 104:12
162:2 227:6
**dose**
174:21 180:15,15,18,20,23
269:8
**doses**
267:5 269:21 271:21
**dosing**
270:21
**dr**
6:8 11:10,19 13:7,16 18:5
20:22 21:14 26:2,9,21
32:15 42:21 43:2 52:13
64:16 94:10 106:20 108:13
110:22 112:12 114:21
120:19 126:1 134:15,18
136:9 137:3 143:14 147:25
150:20 153:6 160:6,11
201:24 210:11 239:13
240:11 245:10,14 265:17
271:11
**drastically**
74:1
**draw**
31:21,21,24 47:10,19
**drop**
130:11
**dropbox**
52:21
**dropped**
221:16
**drug**
23:24 24:1,4,10 31:6 41:8
124:17 160:19 161:10,25
165:8,10 167:13 177:12
270:17
**drugs**
3:16 23:3 24:3,6 177:14,15
269:17
**dual**
92:12
**duane**
2:13 11:14
**duanemorris.com**
2:17
**due**
108:16,18 127:20,21
148:22 217:11
**duffy**
1:5
**duly**
11:4
**duplicated**
180:24

**duration**
99:12,15,16,21 100:1,2
104:21 257:14,18
**dust**
71:4,8 79:2 103:14 104:12
105:9 264:2
**dye**
32:8 35:5 36:7,12 39:17
40:21 49:15
**dyes**
6:6 32:6 190:6
**dying**
128:15 148:14

**e**

**e.g.**
172:15 187:9
**earlier**
97:14 147:7 148:23 193:22
201:7 213:16 218:16
222:11 225:25 263:10
**early**
148:24 190:4 268:11
**eat**
145:5,12 255:20
**eaten**
256:7
**echo**
269:3
**editor**
63:3
**editorial**
62:6,12
**editors**
40:4,17 41:1,17,21 62:13
62:16,24 63:13
**effect**
27:22 28:5 30:6 35:5,9,10
35:21 36:17 37:4,19 38:2
38:18 39:8,10 46:5 73:20
80:15 81:12,19 83:12 87:18
88:11 95:5,10,23 116:16
126:19 142:1 153:20,22
164:10,10,16,17,23 165:7
167:20 168:20 169:24
170:9,10,12,16 171:19
174:14 177:12,14 213:12
219:16,18 220:6 222:11
231:14 235:3 236:1,14,15
238:1 251:21 252:18
257:25 259:19 261:9,11,18
261:19 263:16
**effects**
55:2 70:4 86:24 116:19
151:13 184:17
**eight**
19:17
**eighth**
176:9

**either**
12:7,13,13 30:24 57:16
63:13 105:2 185:25 205:18
219:23 260:6
**elaborate**
58:25 103:2
**elderly**
121:4 254:6
**elevated**
141:1,23
**eliminate**
88:8
**employed**
97:22
**employment**
78:15 99:12,15,17,21,23
100:1,2
**endogenous**
113:18,24 114:3,7,8,9,14
114:23 115:15,25 116:8,12
117:14,21 118:18,22 119:7
119:10 121:13,16,17,23
122:5,12,17 123:16,20
126:13 128:17 132:9
**ends**
52:6 159:24 201:17 239:6
273:9
**enoc**
118:19,23 122:1
**enrolled**
19:22 22:18
**ensure**
63:7,8
**entail**
18:12
**entangling**
108:20
**entered**
274:8
**entire**
274:5
**entities**
30:15
**entitled**
6:5 201:25 247:5
**entries**
85:10
**entry**
85:10
**environment**
163:1
**environmental**
174:3
**epi**
116:22 184:19 186:15,15
189:24 194:9,10,13,13,18
220:21 231:3
**epidemiologic**
181:19,21 183:13,15 184:1

**epidemiologic (cont.)**
265:20
**epidemiological**
19:18 23:2 27:15 45:17
49:10 57:15 58:23 80:14
116:25 176:6 181:14
229:24
**epidemiologist**
27:3
**epidemiologists**
169:20
**epidemiology**
22:10,13,20 23:24 26:25
245:22,24
**equal**
66:20
**equally**
74:23 83:20 151:20 153:15
219:23 265:11
**errata**
274:7,9,16 275:1
**error**
72:16 73:18,25 74:13 75:1
80:17,19 152:15 153:9
247:17 255:8 267:22 268:1
268:14,16
**errors**
74:3,20 144:21 247:14
256:19
**esophageal**
214:16 216:17 217:6,13,21
217:22 218:14 219:3,14,20
221:1,2,9 223:1
**esophagus**
222:22
**especially**
84:20 92:10 111:16 168:23
254:6 256:11
**esquire**
2:3,4,4,5,9,14,14,15,20 3:3
3:8,14,19,19 4:3,8,13,18
5:3
**essentially**
169:7 174:20 176:10 181:1
203:19 209:12 271:5
**establish**
34:8 161:22
**established**
34:17 190:19,20
**estimate**
50:11 145:15 147:2,9
150:11 152:5 153:11
155:20 217:8
**estimates**
68:6,11 69:8 71:15 75:15
76:1 97:16 98:2,24 103:23
104:7 145:16,20 155:11
212:20 220:1

**et**
1:5,5
**ethically**
212:6
**etminan**
1:13 9:2 10:4 11:3,10,18,19
13:16 18:5 20:22 21:14
26:2,9,21 32:15 42:21 43:2
52:13 64:16 94:10 106:20
108:13 110:22 112:12
114:21 120:19 126:1
134:15,18 136:9 137:3
143:14 147:25 150:20
153:6 160:6,11 201:24
210:11 239:13 240:11
245:10,14 265:17 271:11
274:4,12 275:20 276:6
**etminan's**
6:8
**eu**
68:6
**europe**
68:8 77:19
**european**
77:19 117:16 131:16
**evaluate**
34:8 38:11,12 39:17 109:4
116:15,19 117:20,20 163:8
192:16 193:3 246:4 268:20
270:10
**evaluated**
34:19 118:18 132:8 168:7
188:20
**evaluating**
56:7 118:1 169:8 181:7
191:24 213:22 216:15
230:25 231:7,22 257:20
266:23 267:6
**event**
150:17 169:15 171:22
177:13,15 212:14
**events**
30:8,10 125:7 146:19,23
147:8 148:13,14,21 150:10
150:11 196:19 221:18
**eventually**
263:17
**everybody**
111:10
**evidence**
14:21 15:4,20 16:22 17:14
18:25 19:4,8 29:14 33:9
35:10 36:19 38:21 54:11
58:12 73:24 74:18,22
118:14 133:9,20,21,22
134:3 147:5 154:25 161:9
161:23,24 162:4 165:25
176:11,13 177:8 179:17,21
180:19 181:14 182:3

[evidence - faculties]

**evidence (cont.)**
184:16 185:8,14 187:21,24
188:3 189:4,11,20 193:14
203:19 204:11 206:10,13
206:15 208:13,20 209:4,8
209:14,22 210:12,16,21
212:14 214:15 226:25
230:20 233:1,13 242:5
258:10 272:1
**ex**
68:6 69:12 76:1
**exact**
77:24
**exactly**
12:10 36:1 108:2 118:11
228:16 251:5
**examination**
9:3 11:9
**examine**
146:11 195:22 229:14
**examined**
11:4 244:15
**examines**
181:12
**example**
27:20 46:19 49:1 71:2 88:5
105:9 166:5,18 167:12,16
167:25 168:5 171:25
177:12 212:23 260:20
261:11 271:18
**examples**
49:17 264:13
**excellent**
160:10
**exception**
264:22,23
**exceptions**
265:3
**excessive**
111:23
**exclude**
61:10 158:8
**excluded**
25:14 48:10 54:20 55:11
**exclusion**
45:24 46:2 47:15 54:8,19
55:10
**excuse**
245:5
**execute**
82:9
**executed**
274:9
**execution**
274:17
**exercise**
178:17
**exhibit**
6:2,3,4,5,7,8,9,10,11,12,13

**exhibit (cont.)**
6:14,15,16,17,18,19,20,21
6:22,23,24,25 7:2,3,4,5,6,7
13:11,11,12 17:18,19 32:4
32:4,10,16 42:9,10,16 44:3
44:4 51:11,17,19,21,23
59:16 63:23 64:3,22 66:22
68:21,22 85:5,6 96:14
98:15,17 108:14 109:19,19
110:1,17 112:13 117:3,8
129:14 134:7,7,8 136:22,24
137:15,17 138:9 139:1,23
139:24 140:3,6 143:6,8,11
147:16,17 148:10 151:6
154:13,15 155:24,25
162:10,10,13 190:4 195:11
201:25 202:3,5,7,9 203:2
214:10,11 216:5 217:25
232:4,8 240:2,4,8 243:10
243:17,19,20,22,25 246:9
246:12,15 247:2 252:7,9,13
266:3,4,5,7,11,16,19 271:1
**exhibits**
9:7 52:14 266:10
**exist**
67:7 77:6
**exists**
178:18,19,19
**exogenous**
113:1,7,15,18 115:8 117:14
120:21,24 121:7 122:25
123:2,24 124:5,6,11,15
125:1,7,14 126:5,11,14
132:8 139:19 142:3 232:17
**expect**
62:1 152:8,24 157:4,22
158:19 259:8,13,25
**expected**
196:15 199:8
**experiment**
37:22 176:10,15,21 178:7
**experimental**
19:23 20:4,6,10 176:11,13
**expert**
12:17 13:5 14:19 26:3,10
26:15 63:24 111:16,18,20
160:16 265:18
**expertise**
208:4
**experts**
12:19 13:1,5
**expiration**
274:22
**explain**
137:9 181:11 184:13
206:24 208:17
**explained**
95:16

**explaining**
69:6,12
**explains**
207:16
**explanation**
79:24 107:1 206:7
**explore**
210:11
**exposed**
31:5 49:13 50:5,12,19 51:4
57:6,9,18,23 58:3,18,19
59:10,10 64:24 65:3,13,17
65:24 66:1,15,19,20 74:11
75:15 78:24 82:23 83:18
84:18 89:23 104:16 114:9
114:13 126:11,15 166:15
174:2 244:16 268:20
270:10
**exposure**
27:23 28:11 29:7 30:14
31:23 47:3 49:14,17 53:14
53:15 55:5,14,20,21,23
56:2,3,4,12,12,17,17,22
57:22 58:3,9 59:7,8 61:6
65:24 66:6 67:18 68:4,5
69:25 72:8 74:15 75:3,3
76:1 77:4,21 79:6 81:4 82:3
89:14 90:22 91:12 92:23
93:15,20 94:12,15 96:19
97:11 100:8,11,24 101:4,4
101:9 103:15,22 104:4
108:19,21 109:4 112:23
114:3 116:8,13 117:14
118:15 124:21 125:1,14
126:5 128:17 157:3,21
158:4 163:25 165:7 167:13
173:9,16,22 174:8,9,10,11
174:13,24,25 175:9,10,16
186:12 197:1,3,5,9,17
198:3 199:2 201:8,8 203:16
203:20 204:7,10,12 205:6
205:14,14 209:10 210:18
210:22 212:3,9,18 213:18
213:19,23,24 226:11,25
227:8,20,25 228:7 230:4,13
231:1,8,22 233:2 234:14
237:4 240:22 241:9,9 242:5
242:23 257:14,19,24
258:11 259:13 262:18,24
265:25 266:23,24 267:6,12
270:2,11
**exposures**
50:9 67:1,6,8,12 69:9,9
71:14 76:23 77:9 79:11
81:11,18 82:18,20 83:3
100:21,23 102:9 103:12,23
211:22 216:18
**expressly**
100:21

**extensively**
15:3 194:7
**extent**
212:19
**external**
63:2
**extra**
149:10 150:1
**extreme**
167:15
**extremely**
260:13
**eye**
23:24,25

**f**

**faced**
192:6
**fact**
65:2 73:16 78:23 158:19
193:18 194:22,24 204:25
221:14 226:5 227:25
234:16 253:2,24 255:10
272:14
**factor**
39:22 89:11,17,21 90:18,20
90:25 91:5,7,21 92:17 95:7
95:8 96:6 102:23 126:6
131:10 135:12 136:13,20
136:20 165:20 168:7,9
169:8 170:21 171:10
172:24 173:3,7,7,13 174:18
175:1,5,7,21 176:10,24
177:3 185:18 188:18
207:15,22 222:21,24
226:16 240:24 251:20
257:19,21
**factories**
49:15,15,16,20 53:4 65:3
65:16 68:7 71:14,22 74:7
75:11 77:13 78:24 98:3
99:1 263:25
**factors**
38:3,9 79:15 82:4,5,6 85:23
114:22 115:17 116:1 123:7
128:6 139:13,16 144:7
163:7 165:20 170:5,8,10
174:3,3 178:3 181:2 224:16
237:2 240:14 251:17,19
252:1
**factory**
50:6,20 66:14 67:7,22
77:12 82:23 84:14 92:9
97:20 98:4 99:3,18 103:24
105:4 129:18
**facts**
17:10
**faculties**
20:7,8

[faculty - full]

faculty
20:9,13
fair
16:24
falanga
4:12
falkenberg
5:3
falkenbergives.com
5:5
familiar
32:19 40:20 114:3 121:9
familiarity
26:24
family
89:17,19,20,22 90:13 135:9
135:11,22 136:10,14 139:3
139:7 254:7
far
116:6,20 172:5 230:24
273:6
fashion
169:4
faster
22:12
fat
252:14,18,21
favored
74:20
feasible
40:23
february
67:23 129:19
federal
265:2
feel
84:22 148:9 160:20 177:24
248:18
feeling
271:16
feels
163:7
fellowship
22:22 23:1
felt
22:7 26:18,19 179:11
194:23
fifth
174:17
file
15:6
filling
247:14
final
102:3
finally
102:4
find
31:25 60:7 134:24 146:13

find (cont.)
147:12 200:13 202:14
226:24 229:25 231:16
236:8
findings
187:13
fine
130:4,14
finish
16:7 22:11 94:2,3 97:8
125:5,22 154:8 157:16
186:21
finished
223:20,24
firm
2:3 10:6,8 11:14
first
11:4,25 12:6 13:10 33:15
43:3,7 50:24 51:9 66:23,24
67:18 68:4 69:7 78:11,15
82:20 91:14,14,20 100:19
103:11 108:15,15 112:22
117:25 162:20 163:6
165:18,20 178:4 180:3
192:2 197:13 198:11 211:8
214:4,4 234:8 258:15
263:19
fish
145:12
fit
167:5 223:2 231:16
fits
29:5 260:7,8 261:11
five
11:24 25:7 149:10,24 150:1
floor
3:20 4:4,14
florida
2:6,16
flow
176:4 183:9
focus
19:1 23:21,22 54:4 115:7
215:2
focusing
174:7 252:17
follow
57:6,8,16 80:8 83:8,11,19
84:1,15 120:22 123:8,19
124:1,5 125:6,10 130:6
131:9,20 212:1,4 213:1
229:24 269:8 270:19,20
271:24 272:5,9,16,19 273:2
followed
57:17 74:19 85:2 132:4
149:3 178:9 185:4 220:24
221:14
following
67:5 72:11 75:20 135:25

following (cont.)
186:17
follows
11:5
followup
104:21
food
46:18 142:14 143:1 145:8,9
145:10,18 151:9 153:12
218:21 253:5 255:20
foods
152:13,25 212:21 220:2
252:14 255:19 256:6 257:2
footnote
180:4
foregoing
274:16 276:5
forget
12:8 22:4
forgot
265:7
form
15:9 16:13 17:4 21:20 24:8
25:15 26:4,11 28:17 29:16
33:12 34:22 35:22 36:18
37:16 38:13 39:20 41:4,23
42:2 47:4,24 50:7,13,21,24
50:24 53:22 54:22,24 55:17
56:9 58:21 60:13 62:4
71:17,23 76:9 77:15 81:13
81:20 83:4 84:10 85:25
86:12,12,17 87:1,1 92:25
94:5,23 100:5 101:15,18
102:12 104:1,18 105:5,14
109:8 113:10,25 115:9
119:13 122:7 123:22
124:22 126:8 132:12 142:4
144:24 148:7 151:22
153:23 154:24 157:6,24
158:20 163:9 167:3 168:12
169:12 172:25 174:5
175:13 176:17 178:12
179:4 181:5,23 182:20
183:4,19 185:2 187:4,25
188:23 189:12 191:2,17
192:1 194:1,1 196:2,10,16
196:16 198:10 199:4 200:5
200:22 204:20 205:8,16
207:4 210:25 211:3 213:2
216:3 218:23 219:5 220:3
220:11 221:11 227:10,21
228:4,10,17 229:1,16 230:5
231:2,10 233:4 237:9,21
238:15 241:11 243:1
248:24 251:4,13 253:7
255:22,23 256:8,17 258:21
260:18 262:2 270:16
271:10 272:11

formal
195:4
formation
115:16 116:1
forming
257:23
formula
88:4,7
formulate
14:18
formulation
269:19
formulations
267:20
forth
190:23
forward
57:16 68:15 85:2 101:23
106:19,21 107:12 223:21
fosamax
25:12,17,21,22,24
found
14:20 15:12 69:21,23 70:22
87:8 105:25 122:14 135:2
146:21 197:16 198:2 199:1
208:13 227:2 232:16
237:25
four
11:24 25:7 73:22 196:17
209:7
fourth
33:19 173:13 191:1
fowler
3:3
fowlerst
3:5
frame
57:12 125:1,14 126:5
framework
54:11 55:2
frankly
106:17 264:23
frederick
2:15
free
148:9 177:24 274:18
frequency
253:5 255:20
fritschi
200:8,10,12 208:7,17
211:21
fritz
200:8
front
112:12 243:25
fruit
145:12
full
39:7 110:9 111:3 125:20

[full - guess]

**full (cont.)**
197:13
**fumes**
71:4,9 79:3 82:24 103:18
264:2
**further**
10:19 76:18,25 77:3 97:16
159:15,16,17 276:9
**furthermore**
76:20

**g**

**gallagher**
2:14 9:4 11:9,13 12:22,23
13:10,15,19,21,23 14:1,11
14:13 15:22 16:23 17:16,23
18:4 20:21 21:24 24:16
26:1,8,13 27:11,13 29:11
30:16 32:3,9,12,14 33:17
34:1,24 35:17,19 36:3,10
36:23 37:2,5 38:8 39:5
40:10 41:18,24 42:8,12,18
42:20,22 43:1 44:2,6 45:21
47:13 48:11 50:2,10,15
51:6,10,15 52:3,12,23 53:1
55:8,19 56:20 59:3,21,24
60:1,17,23,24 61:22 62:20
63:22 64:7,15 68:3,20,24
69:2 71:8,10,18 72:2 75:23
76:11 78:5 81:14 82:16
84:6 85:3 86:7,13,20 87:12
93:18 94:3,4,8,9,20 95:12
96:17,18,24 97:8,10 100:18
101:16,21 103:8 104:2,24
105:6 106:3,22 107:2
108:12 109:16,18,23 110:4
110:11,21 111:5,6,13 112:1
112:6,11 113:13 114:18
115:11 117:2,11 119:15
120:1,3,8,14,18 121:14
122:8 123:1 124:9,24
125:25 126:2,20 129:4,9,13
132:6,13 133:1,15 134:6,12
134:14 136:3,6,8,22 137:2
139:22 140:1,5,9 141:4,16
142:6 143:5,10,12 145:2
147:15,21,22 148:8 150:3
152:7 154:4,8,15,17 155:3
157:16,18 158:2,21 159:8
159:21 160:5 161:3 162:9
162:17 163:11 165:17
166:12 167:22 169:5 170:1
173:2 174:16 175:18 176:7
178:20 179:15 180:9,11
181:6 182:15 183:1,11,24
185:16 186:23 187:18
188:17 190:2,10,12 191:3
191:21 192:14,25 193:1
195:7 196:4,12,20 198:20

**gallagher (cont.)**
199:18 200:23 201:12,23
205:3,12 206:6 207:13
210:1,8,9,10 212:16 215:1
216:4 219:1,21 220:4,10
221:6 222:1 224:1 225:9,11
227:12,23 228:5,12,21
229:9,18 230:8 231:5,19
232:3,10,12 233:8 237:16
237:22 239:4,12 240:1,6,9
241:13 243:2,15,19,24
245:6,9,12 246:2,8,14
248:5 249:4,10,12 250:11
251:7 252:2,6,12,21,23
253:10,12,20 256:2,10,22
259:6 261:1 262:12 265:9
265:16 266:2,9,15 269:1,24
272:2,23 273:4
**gastric**
110:6 111:2 112:19 113:1
115:17 117:15 118:2,6,11
122:20 123:3 135:1,8,11
136:11,13,14 138:5,17
139:8,14,19 140:17,25
141:5,9,9 142:3 148:5
150:4 154:20 155:21
218:17 219:4 221:10 226:1
**gastrointestinal**
24:4
**gateway**
4:13
**gathering**
33:8
**general**
17:9 21:10 55:24 96:5
102:19 109:14 157:8,13
186:13 198:12 203:22,23
205:10 209:6
**generalize**
169:4
**generally**
37:13 53:6 56:3 142:25
144:18,25 153:4,7 163:14
177:17 206:9 209:3 238:22
247:20,25 255:21,25
**generated**
103:19
**generic**
268:4 269:19
**georgia**
3:10
**german**
98:3,25
**germany**
71:3,15,22 76:8 240:16
**getting**
57:8 66:6,6 68:10 88:1
107:7,19 121:5 124:18
130:16,16 148:15 179:18

**getting (cont.)**
206:1 207:16 208:5 215:14
**give**
134:20 148:11 152:3 186:3
202:13 217:7 224:24
253:13
**given**
84:13,16 102:8 128:10
131:13 251:1
**gives**
166:5 219:8
**giving**
84:16 260:22
**glance**
91:20
**go**
13:19 14:14 16:14 22:12
33:18 34:25 36:4 39:6
42:22 43:21 44:11 45:22
50:25 51:8 52:1,3,4,22
68:15 69:3 72:10 73:14,15
78:10 79:17,24 83:6 85:4
86:9,21 94:24 95:18 96:2,5
100:19 101:22 102:13
103:10,13 106:3 107:2
108:3 110:11 111:1,17
116:6 120:7 121:20,23
129:14 131:15 134:23
138:1 141:25 142:7 146:1
159:21 160:11 164:25
177:21 184:10 190:3,3
194:3 197:12 198:15,18
202:12 203:8 210:1 215:17
222:3 240:1 243:15 244:21
244:22,23 249:20 252:6
253:12 254:4 255:24 259:9
262:3 273:7,7
**goes**
71:1 76:19 150:7 155:16
167:24 212:15 215:21
258:24,25 259:1 260:6
**going**
10:1 12:20 15:1 16:13
17:21 20:18 24:7 40:15
47:2 52:7 64:11 67:16
70:15 73:25 90:23 98:12
106:8,8 107:6 108:2,7
110:14 120:10 153:13
158:17 159:25 165:19
169:17 174:17 176:23
177:4 188:4,12 201:18,24
210:4 215:25 216:25 220:5
220:6 223:21 239:7,19
240:6 241:14 243:13,14,20
244:9 252:7 253:16 258:14
263:20 267:22 269:16
273:5,9
**gold**
114:4 116:21

**gomm**
7:7 266:4,20 270:25 271:3
271:5
**gonna**
81:22 188:7 189:14 239:18
**good**
11:10,12 24:12 26:24 114:8
160:8 167:16 172:13 186:8
187:8 195:1 212:1 215:8
270:19
**goodman**
7:5 249:6 252:4 254:13
257:10,13 258:15
**gordon**
3:18
**gradient**
174:18 178:6
**graduate**
18:16 19:2,11,12,21,25
20:23
**graduated**
19:6
**graduates**
20:12
**grand**
206:14
**grant**
3:20
**grasp**
62:13
**gray**
130:4,14
**great**
27:17 168:3
**greater**
165:14,24 169:21 174:23
259:1,19
**greenberg**
3:3,8
**group**
31:6,6 66:1,7,11,18 72:15
72:17,20,21 73:19,19 74:11
74:12,13,16,20,22 80:4,11
80:12,22,23 81:8,9 84:3,8
84:20,21 93:2,5,11 96:9,9
100:15,24 101:2 102:17
103:7,7 114:8,13 131:12,13
145:9,18 153:12 177:14
217:17 236:3 267:20
268:12 269:14 270:23
271:18
**groups**
31:5 72:22 74:24 78:2
80:18 91:2 145:8 151:9
219:7 268:15
**gtlaw.com**
3:5,11
**guess**
37:12 57:25 69:7 88:14

[guess - identification]

**guess (cont.)**
142:21 144:17 150:23
152:9 157:19 168:6 177:2
178:1 179:17 180:4 259:23

**h**

**h.j.**
4:6
**hair**
6:6 32:6,8 35:5 36:7,12
39:17 40:21 49:15 190:5
**half**
82:25 83:1 120:23 125:10
131:20 146:22
**halfway**
97:17 118:4
**hand**
11:11 66:24 67:17 68:16
70:14,16 87:21 88:13,16,20
88:24 100:20 101:23
115:12 117:24,25 135:23
139:6 149:17 165:19
170:21 172:11 173:4
175:20 176:9 191:4 196:22
197:12,22 216:9 254:16
276:14
**handling**
103:16
**happen**
63:8 80:25 84:25 152:21,21
152:22 228:22
**happened**
41:12 74:23 96:24 105:19
107:25 220:16
**happening**
83:15
**happens**
80:13 83:21 101:4 192:23
223:4 228:20
**happy**
239:18
**hard**
115:3
**harding**
2:9
**harkins**
3:8 4:6
**harkinss**
3:11
**harm**
61:13
**hazard**
46:6 87:25 88:17,22 95:14
95:18,19,25 96:10,12
104:17 118:9,13 121:22
141:2,10 150:14,16 164:7
164:11,13,15,23 166:23,24
167:6 179:23 180:16 206:9
218:6 262:17,20

**hazards**
171:5
**head**
11:23 129:12 161:7 214:2
227:1
**heading**
35:1 45:14 67:17
**health**
24:5 31:23 35:11
**healthcare**
1:5 2:18
**hear**
35:13 67:11 94:6 192:21
269:1
**heard**
107:22 186:25 264:6
**hearing**
27:10 125:18,19
**heart**
213:5
**heating**
103:19 104:13,15
**heavy**
168:2
**hecht**
265:12
**heinz**
2:20
**held**
1:14 21:9 110:15
**hello**
268:25
**helped**
33:6
**helpful**
140:14
**helps**
254:7
**hematopoietic**
35:9 36:6,12
**henry**
4:18
**hereunto**
276:13
**hetero**
3:16,16
**heterogeneity**
69:20
**hidajat**
6:11 49:21,25 51:17 52:18
53:13,15 54:2,5,15,15,16
65:12,18,24 66:21 69:7
70:11 74:3,4 75:2,10,10,13
75:24,25,25 77:14 78:4,10
79:9,23 85:13,17 88:18
89:1 90:12 92:19 94:12,14
95:11 96:13 98:3,12,16
100:20 101:25 103:22
108:14 129:9,25 131:4,25

**hidajat (cont.)**
132:3,4,10,18 133:8,18,23
136:17 146:8 178:23
179:10,22,25 180:10
183:16 184:19,22 185:3
189:23 192:7 194:6 199:13
200:3,24 201:6 208:24
211:24 212:23 213:1,17,21
222:4 223:13 224:10
229:19 230:20 233:16,24
235:20 236:8,10,19 237:19
237:24,24,25 242:15,18,21
257:24 262:14,18,22
**high**
37:23 47:18 74:14,20 78:1
79:22,23 80:3,10,11,22
83:10,20 84:20,20 92:21
93:20 94:12 96:9 100:25
102:8 104:22 105:1,3,11
121:8 131:12 138:5 150:8
159:17 166:20 189:23
214:21 215:21 235:18
252:14 269:8
**higher**
30:8 66:18 73:2 125:9
131:12 149:23 156:22,22
159:11,12,18 169:23
191:15 207:23 209:19
259:4 268:6,6 270:14
**highest**
65:23 66:5,17 103:14
179:23 189:1
**highlight**
24:12 249:10
**highly**
104:16
**hill**
3:13 6:22 55:1 160:11,14
160:18 161:5,12,19,21
162:7,11,23 163:6 164:19
165:3,15,20 166:5 167:7,24
169:25 170:21,25 171:3,11
172:13 178:1,2 179:8 182:5
184:23 185:7,25 187:2
188:2 189:16
**hillwallack.com**
3:16
**hinshaw**
4:3
**hinshaw.com**
4:5
**historic**
254:3
**history**
89:17,19,20,22 90:13
130:21 131:5 132:15,19
133:3,14 135:9,11,22
136:10,14 139:3,8 235:12
235:21 236:1,19,21 237:6

**history (cont.)**
249:19,23 252:24 253:3,4
253:22 254:3
**hodgkin's**
240:14
**hold**
12:18 16:5,6,6 50:23,23
94:1,1,18,18,18 110:23
186:21 211:1 218:3 223:18
255:22 264:4 271:9,9
**home**
155:22
**honestly**
35:23 100:7
**hospital**
21:10,13
**host**
115:7
**hour**
18:24 273:6
**hours**
14:9 18:17 85:11 106:8
107:6 111:18,24,25 264:18
264:22 265:2,4,11,15
**huahai**
2:18,18
**hub**
20:11
**huge**
77:25 95:22 96:7 104:14
105:24 159:2
**huh**
47:21 61:25 64:21 67:25
68:9 69:5 102:2 119:3
127:12 129:16 131:3
135:24 168:4 171:8 184:12
218:15 241:22 243:8
244:25 249:21 257:11
**human**
231:12,16
**humana**
5:6
**humans**
58:8 231:7
**hydrocarbons**
79:3 82:24
**hypothetically**
57:2

**i**

**i.e.**
97:20
**iarc**
78:17 79:19
**idaho**
21:15,23 22:5,11
**identification**
13:13 17:20 32:11 42:17
44:5,19 51:20,22,24 68:23

[identification - interval]

**identification (cont.)**
110:2,18 117:9 134:9
136:25 139:25 140:7 143:9
147:18 162:14 202:4 232:9
240:5 243:18,23 252:10
266:6,8
**identified**
45:13 46:7 123:20 249:14
270:7 272:5
**identify**
24:6 60:4
**identifying**
248:19
**illinois**
5:4
**ilyse**
276:16
**immediately**
21:7 47:15
**immigration**
97:23
**impact**
57:22 93:24 94:16,21 95:1
95:13 104:14 113:23
117:21 122:5 128:7 144:22
241:15,16 263:4,12
**impacted**
128:7
**impacting**
103:9 105:12
**impacts**
58:19 145:21
**importance**
24:13 171:4
**important**
24:12 51:2 128:21 158:25
178:14,16 249:18,23 250:6
250:13 268:8 272:18
**impose**
263:15
**impossible**
75:21 212:6
**imprecise**
30:12 146:23,25 147:9,11
152:3,5 155:10,12,19 156:5
156:11,24,25 258:20,22,23
259:2,5 260:17 261:3,24
262:9
**imprecision**
151:8,12,19 152:9,12,14,18
153:10,14,14,15,19 214:21
260:9
**improve**
63:18 193:15 195:2 255:12
**improvised**
34:15
**impurity**
267:1 270:3,11

**inaccurate**
142:14,25 218:21 219:23
219:23,25 220:5
**inaccurately**
255:19
**inadequate**
120:24 271:25
**inaudible**
136:7
**include**
15:1 16:1 47:2 53:21 54:10
86:4 88:4,5,6 115:1 158:17
171:1 172:3 191:25 198:23
198:23 231:17 238:7
**included**
15:5,17 16:18 34:6,19 46:9
46:13 48:20 53:20 54:18,25
57:15 61:2 77:11,13,14
119:5 126:24 127:9 137:6,6
137:11 159:14 178:22,25
179:10,12 195:6 211:8,9
236:6 245:21
**includes**
61:24 79:2 147:4 198:13
**including**
14:19 45:16 65:17 68:12
69:9 102:3 115:18 119:7
128:16 129:23 174:3
184:25 193:4 249:19 264:1
**inclusion**
45:23 46:1 48:20,22 49:1
54:6,24 190:20 231:12,15
**inclusive**
190:25
**incomplete**
183:19
**inconclusive**
157:1 158:14 159:3 208:16
215:13,22 216:1 259:18,21
260:11 261:16 262:6
**inconsistency**
189:11 207:17,25
**inconsistent**
185:22 198:6 204:17,21
**incorporate**
116:22
**incorporated**
274:10
**incorrect**
153:13
**increase**
59:18 60:3 134:2 155:19
156:24 159:14 174:25
185:12 209:15 213:12
219:10,13,19 235:25
237:25 242:11
**increased**
102:21 135:8 139:10
147:10 184:21 186:12

**increased (cont.)**
197:15 198:1,8,25 209:20
227:2
**increases**
174:25
**increasing**
127:23
**independent**
170:9
**index**
9:7
**indiana**
4:9
**indianapolis**
4:9
**indicated**
35:4 197:2
**indicative**
175:1
**individual**
115:20
**individuals**
98:5 105:11 129:24 145:7
153:1,2
**induction**
126:10
**industries**
3:6,12
**industry**
50:4 78:16 108:23 109:2,4
195:13 262:24
**infected**
121:24
**infection**
90:17 91:24 92:3,4,22
93:21,23 94:13,15 122:1,6
122:18
**infer**
167:10 170:5
**inference**
19:1 39:24 220:20
**inferential**
221:3,19
**inferring**
65:20 79:18,21 80:6
**influence**
114:22
**influenced**
40:3,17 115:16 116:1
**information**
84:13,16 97:18 98:6 99:1
101:11 112:24 115:15,25
128:10 145:9 170:4 254:3
270:21
**ingersoll**
4:17
**ingested**
56:7 124:13

**ingestion**
58:5 59:8 263:5
**inhalation**
55:15 56:5,15 57:7 58:4
59:8 79:7 126:17 201:8
209:10 210:18 213:23
257:25 262:25 263:3,11,20
**inhaled**
57:3
**inhaling**
263:13,25 264:1
**inherent**
255:17
**inhibitors**
115:19
**insist**
170:6
**instances**
253:25 254:18
**instruction**
264:7
**instructions**
8:2
**intake**
47:2 48:2 57:17 111:2
118:2,5,10 122:20 123:3
132:9 138:5 139:19 140:25
142:14 143:1 145:16
218:21 219:25 232:17
244:4,10 245:2,16 258:16
**interaction**
122:1,5,10 207:22
**interest**
47:6
**interested**
62:16 276:11
**interests**
70:24 76:16
**interject**
16:12
**international**
78:17
**interpretation**
28:3 61:14 62:11 187:1
**interpreting**
186:2
**interrupt**
223:19,21
**interruption**
106:11
**interruptions**
106:9
**interval**
30:6,11 60:5 61:2,24 147:1
147:4 149:20 154:1 155:16
158:10,17 159:2,5,15 199:8
214:18 215:3,5 232:23
234:20,24,25 235:5 258:7
258:17,20 259:9,14 260:1,2

**interval (cont.)**
  260:5,15,17 261:6,9,10,14
  261:19,24,25 262:5,10,11
**intervals**
  61:18 158:7 203:11 259:20
  259:24 261:3
**interview**
  254:2
**interviews**
  254:21,25 255:4 256:12,14
**intricacies**
  31:10
**introduce**
  54:13 66:3 89:25
**introduced**
  74:17 101:3
**introduction**
  78:12 109:13
**intuitive**
  83:15
**intuitively**
  80:2 194:25
**invested**
  248:18
**investigation**
  117:16 159:16,18
**investigators**
  70:24 76:16
**invoice**
  85:8,10
**invoices**
  6:7 42:10,23 85:5
**involve**
  23:5
**involved**
  13:2 43:8,24
**involvement**
  25:2
**involving**
  254:9
**irbesartan**
  1:3
**issue**
  28:2 55:22 99:10 142:8
  238:5 266:23
**issues**
  31:9 115:24 123:17
**italy**
  138:6
**ives**
  5:3
**ix**
  181:8

**j**

**jakszyn**
  6:15,24 117:3,14 130:19
  131:2,19 132:8,14 133:8,18
  232:4,5

**jamie**
  1:16 10:8 20:14 276:3,16
**jane**
  202:20
**jason**
  3:19
**jersey**
  1:1 3:15 4:14
**jessica**
  2:20
**jheinz**
  2:22
**jmr**
  3:22
**job**
  97:18,21 98:6 99:1 101:11
**journal**
  38:22 61:23 62:2,6,24
**journals**
  62:18
**js**
  1:6
**judge**
  265:10
**judge's**
  265:4
**jumping**
  23:12
**justin**
  5:8 10:6

**k**

**kapke**
  4:8
**kara**
  4:8
**kara.kapke**
  4:10
**kathleen**
  4:3
**keep**
  99:8 106:7 133:6 151:4
**kefzei**
  6:19 140:2,16,20 217:25,25
  219:20
**kekelly**
  4:5
**kelly**
  4:3
**keszei**
  218:17
**key**
  46:11
**kin**
  254:22
**kind**
  34:15 38:23 109:11 128:14
  155:21 192:10 209:21
  215:17 237:11

**knekt**
  6:21 147:15 151:7 154:19
  226:19,23
**knew**
  157:25 158:1
**know**
  16:7,11 17:11,13 19:25
  21:11 25:13 28:10 31:11
  34:16 37:21 38:16,23 40:6
  40:18 41:3,12 42:6,6 43:19
  46:19,19 49:1,14,15 50:16
  50:18 51:3 54:1,13,14 55:7
  58:6 59:13 65:22 68:24
  72:16 73:17,21,22 77:9
  78:3 80:7,24 81:11,18 82:8
  84:17,19 86:2 87:10 89:23
  90:6 91:12,19 92:9 95:21
  98:4 99:5,20 101:14,19
  102:25 106:11 107:19
  113:20 116:15,20,20 117:5
  123:15 125:9 126:15
  127:17 128:15 129:5,11
  130:8 131:11,14,15 143:13
  147:23 148:16,23 149:4,11
  150:2 152:1 154:3 155:18
  156:2 158:3,13 159:15,18
  160:20 161:11 162:3,12
  164:18,20 165:8,13 167:8
  169:9,16 172:5 176:21
  177:9,24 180:22 182:2,13
  185:12 188:10,12 189:4,19
  189:23 192:12,23 193:16
  195:2 198:12 199:7,16
  205:19 206:1 207:20
  213:12 215:13 217:17
  219:9,22 220:6,13,16
  221:17,21,21,23 222:13,14
  223:4,19 224:25 229:23
  232:10 236:14,15,16 237:1
  237:13 238:8,8,9 239:19
  240:10 241:4 246:10
  247:24 250:23,25 251:15
  252:8 255:9,13,13 264:6,15
  264:16,21 265:9 266:10
  267:17 268:16,19 270:17
  271:5,17,20
**knowledge**
  39:24
**known**
  17:10 77:6 135:12 136:13
  223:6

**l**

**l.l.c.**
  1:5
**labeled**
  184:11
**labs**
  3:17

**lack**
  47:17 120:20 141:25 142:2
  148:13,21 250:3,21 251:19
**lacking**
  229:14
**landmark**
  33:11,14
**language**
  41:21
**laptop**
  151:3
**large**
  27:20 30:4,7 66:13 70:21
  73:18 74:19 76:12,13 83:7
  84:25 88:7,12 155:18 157:9
  157:9 168:24 169:2 181:18
  202:2 209:18 222:13 229:4
  236:2
**largely**
  196:14
**larger**
  30:11 132:10
**larynx**
  222:21
**late**
  12:3 52:24
**launch**
  23:3
**lauren**
  2:5,14
**lavecchia**
  6:13,14 109:20,23 112:15
  115:23 133:12 136:18
**law**
  2:3 11:14
**lays**
  163:6
**lead**
  56:24 68:18 153:13 168:25
  169:2 212:9 213:6 220:15
  250:22
**leading**
  84:5 198:8
**leads**
  56:25 111:24 199:7 248:17
  255:8
**leaves**
  270:18
**lecture**
  19:2
**led**
  151:12,14 153:19 211:19
  235:9 248:19 269:23
**left**
  70:14 73:23 87:21 88:13,16
  88:24 96:16 115:12 135:23
  139:6 154:7 172:11 191:4
  197:12,22 216:9 254:16

[legal - making]

**legal**
5:9
**length**
91:9 175:24
**leukemia**
242:18
**level**
96:8 167:19 174:23,25
256:5
**levels**
49:3 58:24 65:19 75:13
79:23 113:21 115:17
122:11,12 235:16 244:11
244:16 246:4 268:2,5,6,25
269:6 270:14 271:22
**levin**
2:3
**levinlaw.com**
2:7
**liability**
1:3
**license**
276:16
**lieu**
10:19
**life**
38:24 167:17
**lighter**
41:10
**liked**
116:5
**likelihood**
215:7
**limit**
159:10
**limitation**
72:25 73:7,9,11,13 76:25
78:6 84:5 104:9 105:24
106:25 107:9,11 113:9
123:6,14 126:24 143:2
144:4 145:24 212:24 236:8
237:20,25 238:6 250:14,15
250:19 255:17 257:13
268:15 272:4
**limitations**
69:23 72:5,7,20,25 73:6,20
102:1,19,24 105:23 112:23
123:14 134:2 143:25 188:6
192:11 193:17 194:24
195:5 208:17 211:13,22
212:23 213:10,15,17,21
233:6 235:8,19 237:12,12
238:12,17,18,19,20 247:13
247:21,23 248:3 267:24
269:22 270:5,7 271:6
**limits**
159:6 214:21
**line**
8:3,6,9,12 26:25 274:7

**line (cont.)**
275:2
**linear**
197:2
**link**
37:4,7 47:19,23 161:25
165:16 167:11 168:21
169:18 170:13 174:12
176:4 181:13,18,21 182:14
182:18 183:6,7 207:9,10
**lisa**
4:13
**list**
67:5 72:5
**listed**
87:21 88:10 274:6,15
**listing**
87:25 102:18 244:24 274:7
**lists**
165:20,21
**literature**
15:11 268:22
**litigation**
1:3 10:5 12:16,21 13:2,6
26:16,19 43:24 63:24
160:16 266:24
**little**
16:7 53:7,8 57:10 59:1
73:21 101:6 131:16
**live**
127:25,25
**livenote**
1:17
**liver**
229:11,23 230:3,13,21,25
231:8,23
**llc**
2:18 4:21
**llp**
2:9 3:13,18 4:3,8,12 5:3
**logical**
84:24
**logistically**
212:5
**loh**
6:18 139:23 140:20 154:12
154:14,20 155:23 202:20
214:5 216:5 234:9 235:11
236:11 237:8,13 258:4,5,10
**loh's**
155:20
**london**
162:22
**long**
21:4 72:22 74:19 80:8
100:25 101:2 120:4 123:19
127:25 130:5,5 131:9 132:4
212:1,5 213:1 270:20

**longer**
121:6 123:25 124:1,4,11
125:9 126:12,18 149:3
221:2,10 272:9 273:1
**look**
34:5 36:5 38:15,23 42:4
45:19 46:23 47:14 49:11
54:2 59:15 60:8 64:18
66:21,23,24 70:5,5,13 85:7
87:13 95:17,24 96:13 98:12
112:21 127:1,2,7,13 129:10
129:10 130:2,23 135:16,16
138:25 140:20 144:14
146:2,9 155:4,20,23 159:16
169:14,15 170:19 177:23
182:2 184:24 194:25 195:8
196:21,21 197:19 203:15
203:24 214:11,12 215:17
216:5 217:24 218:11 226:4
229:4 233:10 235:6,18
241:19 242:7 243:14
244:13 267:16 268:7
**looked**
15:16 16:16 36:16,21 46:18
49:19 53:14,16 97:14 115:5
144:13 156:25 162:3
180:23 182:9,12,24 183:12
183:18 190:15 206:14,20
209:3 221:15 229:23
240:21 242:9 258:4 268:8
**looking**
31:23 37:6,7,14 38:14,20
38:21 39:4,15 46:25 47:1,7
47:22 48:4 49:19 53:3,3
64:3 67:18 68:12 70:7 76:5
86:24 87:17 97:11 99:11
103:12 108:13 115:12
117:23 129:22 131:21
133:19 138:9 160:18
165:18 166:23 172:20,20
173:8,20 176:11,14 180:3
184:10 188:2 190:4 195:13
195:17 196:6 209:21 211:6
212:18 216:20,22 218:8,10
227:6 228:13 229:3,8 232:1
234:6 239:15 241:8 242:17
244:3,14 247:3 267:4
**looks**
22:21 34:7 35:3 36:5 58:24
85:10
**losartan**
1:2 10:5
**lost**
44:21
**lot**
17:13 23:9 40:2 43:25 45:7
46:17 62:15 69:19 80:25
114:22 115:5 160:21 162:4
169:19 189:18 192:3

**lot (cont.)**
228:19 251:14,24 254:5
**low**
47:17 78:1 80:11 83:20
92:23 93:22 94:14 96:9
105:3 121:25 131:12 150:7
159:1 188:9 197:3,17 198:3
199:2,11 214:21 215:21,23
217:23 226:10,11 235:17
235:18 236:22,23 237:7,14
269:8
**lower**
25:11 30:9,10 40:18 60:16
60:19 61:1,9 65:25 74:14
95:21 123:10 139:9 150:4
150:13 156:7 191:16 215:4
234:19 258:24 259:14,25
261:4 262:8
**lowest**
179:24
**lunch**
154:10 160:1,8
**lung**
24:3 58:11,14 167:25 243:4
243:6 244:4,14,15 245:3,16
247:6 248:18 249:14,19
252:14,19 257:9 258:2,11
262:19 263:4
**lungs**
212:9 263:12,19,21
**lwalsh**
4:15
**lymphoma**
240:15,24 241:16 242:12
242:18

---

**m**

**madeline**
2:4
**magnitude**
88:11 150:7 164:17,23
165:11,14,24 166:19
167:18 170:16 225:15
**mahyar**
1:13 9:2 10:4 11:3,18 274:4
274:12 275:20 276:6
**main**
15:16 46:12 53:12 54:5,11
55:1 56:16 224:4
**maintain**
100:16
**major**
35:11 72:13,16 73:16,24
78:3 79:18 84:4,5 91:1
100:13,13 102:22 103:6
**making**
82:18 84:9 96:5 168:23
220:20,20 221:18

[male - minimum]

**male**
67:21 129:18
**manhattan**
25:12
**manner**
10:25 56:23 152:25
**manufacturing**
67:1,9,14 100:22 103:13
**manuscript**
33:7,8
**mark**
13:10 17:17 32:3 42:10
44:2 51:9,10 68:20 117:2
134:6 139:22 140:2 143:5
147:15 154:11 162:9
201:24 232:3 240:2 243:16
243:20 246:8 252:7 266:2
**marked**
8:11 13:12,14 17:19 32:10
42:16 44:4 51:19,21,23
52:13 68:22 110:1,17 117:8
134:8 136:24 139:24 140:6
143:8 147:17 154:11
162:13 202:3 217:25 232:8
240:4 243:17,22 252:9
266:5,7
**markers**
245:23
**market**
272:7
**martin**
2:9
**massachusetts**
4:4
**massey**
2:5
**master's**
19:22 20:1,3 22:19
**matched**
249:14
**material**
126:23 127:8 129:17
**materials**
67:24 103:16
**matter**
10:22 11:15 17:3 56:25
169:10
**matters**
205:24
**maz**
5:5
**mazzotti**
2:9
**mcelvenny**
6:9 51:11 52:17 53:13,13
53:18,20,21 54:7,18 55:3,9
64:20
**mcgill**
22:22 23:8,10

**mdl**
1:2
**mean**
18:19 27:6,15 28:15 33:14
36:24 37:19,23 39:21 43:10
43:17,25 45:7 46:14 48:14
49:3,16 52:21 53:9,12 56:3
56:13 57:14 58:22 59:11
61:17 66:12,16 69:22 72:6
73:1,7 74:10 77:17,19
81:21 84:12 90:5 96:4 97:1
99:7 100:6,9 104:5 105:17
105:20,20,22 106:8 109:12
109:13 115:3 116:3,3 119:6
119:10 121:16 122:13,14
122:21,23 123:6,23,24
125:16 127:13 128:13
133:16,19,25 144:3,3,8,12
145:23 149:25 150:14,15
151:24 152:16 156:20
160:17 167:11,23 170:9
171:18,20 172:4 174:6,10
176:18,20 178:17 180:18
181:24,25 186:7 187:12
188:8 198:14,17 204:23,23
205:18,21 206:13 207:18
207:20 208:2 211:5 215:14
217:3 224:7,22,23 226:1,6
227:14 228:18,20,24 229:4
230:15,15,16,18 231:3
235:1 236:5 238:16 242:8
242:10,11 247:21 250:4,19
254:5 255:10 258:23
261:15 263:13 272:12,14
272:20
**meaning**
80:1
**meaningful**
39:12 40:24
**means**
18:20 27:19,22 28:4,6,13
28:24 29:6,8,9,21 37:3 61:5
61:16 62:14 79:16 118:14
122:10 126:10 133:21
150:16 155:19 161:8
171:13 176:20 177:7,17
184:15 214:22 250:7
261:15
**meant**
194:12 207:6 246:21
**measure**
37:18 47:8 75:13 76:23
81:22 83:25 116:22 117:20
164:7,22
**measured**
46:8 48:3 72:8 73:3 76:20
91:5 96:1,1 98:2 115:6
122:13 164:24 207:18,24
228:23 236:4 257:24 261:5

**measurement**
48:10 66:4,10 72:16 73:18
73:25 74:2,10,13 75:1,1,8
80:19 96:8 103:10 116:21
144:21 152:15 231:13
255:8 256:19 267:21 268:1
268:14,16
**measurements**
68:7 69:13,20 70:19 71:2,3
71:7,13,20 75:25 76:6
77:24 97:15 98:25
**measures**
164:9,10
**measuring**
75:19,19 92:1 98:24 104:4
121:13 164:25 251:20
**meat**
46:20,25 47:2,6,11,12 48:2
48:5,5 206:2 244:4,10
245:2,2,16,16
**mechanism**
123:24 124:15 175:15
209:9 219:12
**media**
10:3 24:11 52:6,10 96:16
96:22 108:6,10 159:24
160:3 201:17,21 239:6,10
273:10
**medical**
19:15 20:24,25 24:17 45:14
**medicine**
18:25 19:4,8,23 20:4,7,9,11
20:13 24:2
**medium**
269:8
**meet**
54:8 91:9 187:13
**meetings**
18:21
**meets**
55:9 92:11 167:7
**megan**
5:3
**member**
254:7
**members**
92:19,22 196:7
**memory**
177:5
**men**
64:24 65:12,16,23,25 66:14
72:11,12 74:6 83:8,17 84:1
101:5 127:9 140:25 185:5
236:21 245:3,17 258:16
**mention**
25:1 54:3,13,17 55:3 99:10
100:11 102:24 105:23
120:25 199:21 200:7,7
206:18

**mentioned**
19:9 21:2 54:10 55:3,6
69:18,25 84:1 99:12 115:6
126:21 128:23 159:1
189:15 206:16 211:15
217:6 250:21 251:16
259:21 263:2
**mentioning**
103:1 199:10 236:7 237:11
**mentions**
167:12 171:12
**meridian**
4:9
**mesh**
45:13
**message**
155:22
**met**
15:13 29:3,24,24 30:1
48:19,22 54:5,19 66:5 90:7
168:15 172:24 211:10
231:12 265:4
**meta**
143:17,20,22 144:1,5,19
**method**
55:14,20,21,23 57:21,21
58:18 69:19 70:5 87:9
114:5 161:22 188:2 209:9
210:18 213:18,23
**methodological**
53:17 123:14
**methodologies**
85:12,16 86:9,21 192:5
**methodology**
19:18 38:5,15 86:15,23
87:3,7,8 88:3 121:10,11
189:2 192:11 199:17
209:20 225:13,20 229:5
**methods**
31:20 67:24 70:6 127:8
129:17 130:3 254:16
**microbial**
115:18
**micrograms**
119:12,18,22
**middle**
39:7 87:24 265:13
**mimic**
213:9,9
**mind**
98:10 119:24 133:6 175:21
**mineral**
166:15
**minimal**
167:9,10 188:6 270:20
**minimally**
251:22
**minimum**
204:16

[minus - nigh]

**minus**
258:25,25
**minute**
52:1,2,4 64:8 72:3 75:7
85:4 107:14 110:12,25
150:14 199:23 201:4,13
209:25 215:4 225:12 227:5
239:2 253:13 266:1
**minutes**
23:13 44:23 71:24 82:21
96:16 97:9 98:9 106:2,6
119:23 126:21 154:7
157:15 186:4 253:9
**mirena**
26:16
**mischaracterizes**
29:17 154:25 169:13
182:21 187:5 188:24 207:5
211:3
**misclassification**
142:9,13 151:13 153:20
218:20 219:3,7,12,14
220:14
**misnomer**
62:7
**mispronouncing**
202:24
**missed**
20:5 60:14,25 135:3 230:17
**misstates**
17:5 36:19
**mix**
46:9,9 185:6,15 188:11
**mixed**
46:15 188:7 189:5,9,14,19
189:21 244:20 245:20
**mixture**
185:6 186:14
**model**
28:7,21 29:2,22
**modeling**
30:24 69:18,21 102:10
130:3
**models**
102:6
**molecule**
205:18,19,19
**moment**
214:12 272:9
**monroe**
5:4
**month**
18:17
**months**
270:18
**moot**
224:8
**morbid**
127:23 128:5,12

**morning**
11:10,12 190:4,16 193:23
**morris**
2:13 11:14
**mortality**
166:8,11
**moskowitz**
1:16 10:8 20:15 276:3,16
**mouth**
56:4 115:18 149:17
**move**
17:17 109:18 143:4 224:9
239:19
**moved**
99:5,5 101:14,20
**moving**
108:17 170:20 175:4,19
176:8 214:1 226:18 229:10
231:25 234:5 243:3 249:5
252:3 265:15 270:25
**mulberry**
4:14
**multi**
102:5
**multiple**
31:1 108:1 171:25 216:15
225:23 242:18 251:8,11
264:9
**mutagens**
245:2,16
**mute**
210:8 269:2
**myeloma**
242:18
**mylan**
3:22

---

**n**

**n.w.**
3:4
**nakul**
3:14
**name**
11:13,17 12:8 198:13 274:3
274:18
**name's**
10:6
**nanograms**
119:16,18,22 121:18
**nationally**
70:23 76:15
**nationwide**
267:9
**nature**
22:25 73:13 81:3 100:10
152:17
**nd**
66:17 105:1

**ndea**
47:18 64:25 65:4,14 77:10
180:17 209:15
**ndma**
45:12,15 46:8,10,16,20,23
47:7,9,11,18 48:2,5,8,10
49:2 53:15 54:10 56:1,7,12
56:13,14,17,22 57:3,5,6,9
57:19,22,23 58:3,9,18,20
59:7,10,14 64:25 65:4,13
65:18,19,23 66:1,5,5,17
68:12 69:9 72:17 73:3
74:13,21 75:1,8,14,20
77:10,21 78:1,1 79:14,23
80:3,4,10,11,11,22 82:25
83:10,20,20 84:20 89:14,23
90:3,22 91:9,23 92:8,14,15
92:21,23 93:20,22 94:12,14
96:9,9 97:15 98:1,24 100:8
100:12,25 101:10 103:23
104:4,22,22 105:3,3,12
112:18 113:18,19,24 114:3
114:7,8,10,14,23 115:8
116:8,12 118:2,5,10 119:7
120:21 121:13 122:12,19
122:19,25 123:2,16 124:6
124:15 125:7 126:11,18
131:12,12 132:9 134:25
139:19 142:3 145:4,8,10,16
145:17 151:9,13 153:10,12
153:20,22 179:24 180:22
184:9,17 198:13 200:20
201:1 203:15,16,20,22,23
203:25 204:2,6,7,10,12,16
204:18,18 205:2,5,6,11,14
205:15,22 206:8,9,10 207:9
207:16,22,24 208:21 209:3
209:4,6,15,21 210:16,22
212:2,3,10,18,20 213:12,20
214:16 220:1 226:25 230:3
230:13,25 231:8,13,22
232:17 233:2 234:13
235:16,18 241:2,16,18
242:6,10,23 244:11,16
246:4 257:24 258:11,16
262:18,24 263:25 265:21
267:3,8,13,14,17,20,23
268:2,5,12,13,19 269:6,14
269:21 270:2,9,11,15,21,24
271:13,18,19,22
**ndmas**
266:25
**ne**
3:9
**necessarily**
47:19 59:5 90:5,21 91:8
97:21 147:10 161:12
193:15 226:6 236:5 250:19
260:9 272:24

**neck**
214:2 227:1
**need**
16:10,12,19 26:6 29:24
31:14,16 32:1 52:1 88:23
97:3 102:5 107:7,19 123:7
123:9,25 124:1,4 126:15
136:3 209:24,24 245:6,9
269:2 270:8,20,20,21,22
**needed**
46:4 120:4
**needle**
224:9
**needs**
79:25 107:16 156:25
160:22 192:4
**negative**
158:15 159:3,19 188:13,22
189:10 206:21 207:2,8
211:7,9,12,17,19 212:12,25
215:24 260:10 269:23
270:1,4
**neither**
208:19,20 222:6 276:9
**new**
1:1 2:10 3:15 4:14 161:16
**newark**
4:14
**newer**
87:6
**nice**
176:4
**nigh**
2:3 12:7,13,18 14:7 15:9
16:5 17:4 18:1 20:14 21:20
24:8 25:15 26:4,11 28:17
29:16 33:12 34:22 35:13,22
36:18 37:16 38:13 39:20
41:4,23 42:2 47:4,24 50:7
50:13,21,23 52:20 53:22
54:22 55:17 56:9 58:21
60:13 62:4 63:21 71:17,23
75:18 76:9 77:15 81:13,20
83:4 84:10 85:25 86:12,17
87:1 92:25 94:1,5,18,23
96:21 97:1 100:5 101:15,18
102:12 104:1,18 105:5,14
106:5,23 107:4,17 109:8
110:23 111:11,15 112:2
113:10,25 115:9 119:13
120:7 122:7 123:22 124:22
126:8 132:12 135:25 141:3
142:4 144:24 148:7 151:22
153:23 154:24 157:6,24
158:20 163:9 167:3 168:12
169:12 172:25 174:5
175:13 176:17 178:12
179:4 181:5,23 182:20
183:4,19 185:2 186:21

[nigh - okay]

**nigh (cont.)**
187:4,25 188:23 189:12
191:2,17 192:1,21 194:1
196:2,10,16 198:10 199:4
200:5,22 204:20 205:8,16
207:4 210:25 216:2 218:23
219:5 220:3,8,11 221:11
223:18 227:10,21 228:4,10
228:17 229:1,16 230:5
231:2,10 233:4 237:9,21
238:15 241:11 243:1
248:24 251:4,13 253:7
255:22 256:8,17 258:21
260:18 262:2 264:4 271:9
272:11

**nine**
165:19 168:1 181:17

**ninth**
176:24,24

**nitrates**
240:23 241:9

**nitrites**
240:22 241:9

**nitrosamine**
71:2,13,20 76:7 77:10
111:2 140:25 197:2,17
198:3,8 240:23 241:10
257:19

**nitrosamines**
103:19 104:16 112:24
113:1,8,15 197:4,5,9
198:12 199:2 200:16,21
208:11,14 233:14 242:9
257:14

**nitrosation**
115:19

**nitroso**
115:16,25 117:15,21
118:18,22 119:8,10 121:16
121:17,23 122:6,17 123:21
132:9 202:1 203:13

**nitrosodimethylamine**
247:6 267:8

**noise**
27:8

**non**
72:22 80:18 118:24 123:21
219:15 236:4 240:14
247:18,18 260:24

**nonsignificant**
235:9

**nonsmokers**
168:2

**nonstatistical**
62:17

**north**
4:19

**northern**
240:16

**notary**
274:13,20 276:4

**note**
244:6

**noted**
10:9

**notes**
276:8

**notice**
6:3 9:5 13:11

**nshah**
3:16

**nuances**
31:10,11 238:24

**null**
151:14 220:15,15

**number**
6:2 7:2 10:3 28:21 39:23
51:4 52:6,10,21 53:17
65:17 68:15 70:19 81:2
87:10 90:6 98:15 108:6,10
121:24 132:3,11,11 143:6
146:19,22 147:8 149:6,21
150:9 153:25 154:1,14
155:20,24,24 159:19,24
160:3 169:1,3 194:16,17,18
194:18,21 196:19 199:12
201:17,21 203:1 208:16
213:7 217:5,10,11,18,21,22
224:7 236:22 237:2,12
239:6,10 242:9,13 243:12
246:13 250:21,23 270:5
273:10

**numbers**
35:25 36:15,22 38:6 51:2
88:1 135:15 144:13 159:20
164:5 180:6,8,9,24 233:7
238:8 260:7,21,21 274:7

**numerous**
108:19

**nutrient**
138:4

**nutrition**
117:17

**nutshell**
45:19

**nw**
2:15

---

**o**

---

**o'reilly**
4:12

**oath**
10:20

**object**
16:13 29:16 34:22 50:24
71:17,23 77:15 84:10 115:9
119:13 123:22 124:22
126:8 132:12 142:4 148:7

**object (cont.)**
151:22 153:23 154:24
157:6,24 158:20 163:9
167:3 168:12 169:12
172:25 174:5 188:23
189:12 196:10 205:16
207:4 210:25 211:3 216:2
227:21 228:17 229:1 237:9
264:5,25 271:10

**objection**
15:9 16:12 17:4 21:20 24:8
25:15 26:4,11 28:17 33:12
35:22 36:18 37:16 38:13
39:20 41:4,23 42:2 47:4,24
50:7,13,21,24 53:22 54:22
55:17 56:9 58:21 60:13
62:4 63:21 75:18 76:9
81:13,20 83:4 85:25 86:12
86:17 87:1 92:25 94:5,23
100:5 101:15,18 102:12
104:1,18 105:5,14 109:8
113:10,25 122:7 141:3
144:24 175:13 176:17
178:12 179:4 181:5,23
182:20 183:4,19 185:2
187:4,25 191:2,17 192:1
194:1,2 196:2,16 198:10
199:4 200:5,22 204:20
205:8 211:1 218:23 219:5
220:3,11 221:11 227:10
228:4,10 229:16 230:5
231:2,10 233:4 237:21
238:15 241:11 243:1
248:23,24 251:4,13 253:7
255:22,23 256:8,17 258:21
260:18 262:2 271:10
272:11

**objections**
10:24 11:1

**objective**
34:8

**objectives**
22:8

**observation**
179:3 228:22 233:25
234:13

**observational**
143:23 144:1,4,6 176:15
195:1 227:7 228:14

**observe**
206:8 228:15 260:14

**observed**
39:10 95:14 118:9 141:10
142:22 157:4,22,22 163:24
166:19,24 168:8 169:11
170:3,6 171:16,21,23 187:3
214:7 218:6 228:15 232:20

**obtained**
254:21

**obviously**
99:7 174:10 194:8

**occupation**
99:9

**occupational**
49:6,9,10,13,17,18 51:8
52:15 53:3,14,24 54:4 55:5
55:13 109:3 133:24 146:12
181:19,21 183:13,15,17,18
184:4,18 186:16 194:5,13
194:17 195:12 201:7
209:14,19 240:14,18
262:23

**occupations**
50:17 166:6,7

**occur**
126:12 142:19

**occurred**
72:21

**occurrence**
231:8 242:6

**ocular**
23:24

**odd**
135:2

**odds**
38:1 46:6 49:2 179:21
203:11,16,24 204:2,6
240:22 257:12 258:14

**official**
274:18

**oh**
25:24 91:20 117:7 118:8
135:19 162:15 202:8,16,22
218:10

**oils**
166:15

**okay**
11:7,25 12:5,9,12,22 13:4,9
14:23 15:6 17:17 18:22
19:9 20:19,20 21:14 22:6
22:14 23:12 25:13,19,25
27:5 32:22,25 34:17 35:16
37:12 42:8,11 43:7,14,23
44:9,13 45:22 46:14,24
47:14 48:12 49:5 51:7
52:13 53:20 55:13,20 56:6
57:10,20 58:16 59:15 60:8
60:10,10,10 61:19 63:11,23
66:21 68:14 69:11 70:17
71:1 72:4 74:2,25 75:5,9
76:5,18 78:13 79:9 82:17
86:8 87:13 88:20 89:1,16
90:12 94:5 95:24 96:13,17
97:13 98:18,20 101:22
106:3 108:13 109:17 110:5
110:11 113:14,22 114:19
114:25 117:10,12,23 118:9
120:8 121:15 125:24

[okay - pdf]

**okay (cont.)**
126:21 127:4 129:14
130:19 132:7 133:16 134:5
134:17,23 135:21 137:1,13
138:19,24,25,25 139:17
140:10,22,23 142:7,17
143:4,16,19,22 144:14,16
145:3,11 146:1,4,7,11,16
147:14,24 149:19 150:18
150:23 151:4 152:8,24
153:8,18 154:5,8,16 155:4
155:6,10 157:2,16 162:15
162:18,20 163:21 164:22
165:18 166:4 170:2,20
171:24 172:10 174:17
175:19 176:8 177:21
178:21 183:12,25 184:3
190:3,15 191:22,22 193:21
195:8 196:21,24 197:7
198:5,21 199:19 201:3,5,11
202:8,16 203:8,23 205:4,13
206:7 207:14 208:5,19
209:7 210:1,13 213:14
214:1,3,13,18 216:10,13
218:4,5 219:2 222:2,20
223:10 224:10,15 225:2,22
226:18 227:5,5,18,24
229:10 230:22 231:20,25
232:15 233:9 234:4,8
235:11,20 237:17 239:1,17
239:21 240:6,12,13 241:6
243:5 244:3,8,13,21,23
246:7,17,20 247:1,9 248:6
248:16 249:5 251:8 252:3
252:22 253:21,24 254:12
255:16 256:3,23 258:3,14
259:7,23 260:12 261:2,21
262:13 263:24 266:14,16
268:18 269:25 270:6,25
272:3 273:3
**older**
54:16 67:22 121:4 126:24
129:19,23 130:15,17 247:2
**once**
25:12 206:2
**ones**
43:20 49:22 83:2 104:15
128:16 189:1
**onset**
121:7
**open**
140:8
**opening**
32:18
**ophthalmology**
18:6 19:3,20 23:14 24:25
**opine**
208:4

**opinion**
14:18 54:25 55:2 94:10
133:7 134:4 148:1,5 149:12
182:1,13 195:17,21 200:25
233:21 242:22 257:23
**opinions**
16:22 17:2 110:6 112:18
133:17 148:1 154:21
191:25 193:5 200:4 233:17
**opportunity**
272:9
**oral**
56:15 58:4 59:8 209:11
210:19 212:2,3,18,18
213:20,24 231:22 262:25
263:5
**orally**
56:7 126:16 212:3
**order**
42:25 46:3 72:13 83:11
86:8 88:23 89:12 178:4
254:2 270:10
**organ**
59:14 263:17,19,21
**organs**
58:10,15
**original**
72:10 161:7 162:2,8
**originally**
163:5
**outcome**
28:11 29:7 30:14 39:3 46:7
82:3 93:15 160:20 162:1
165:10,10 173:17,20 174:8
174:11,14,24 175:10,11,17
226:11 227:8,20 228:1,7
237:3 259:13 276:11
**outside**
160:15
**outweigh**
73:6
**ovarian**
39:10,18
**overall**
73:5 232:16 235:16
**overestimated**
73:12
**overly**
264:11 265:1
**oxford**
3:20

**p**

**p.m.**
273:13
**pack**
249:19
**page**
6:2 7:2 8:1,3,6,9,12 9:4,5,6

**page (cont.)**
9:7 13:20,20,24 33:18,19
34:25 36:4,4 39:7 42:23
44:11,12 45:23,23 60:8
64:4,18 66:24 67:16,17,23
68:16 69:3 70:13 77:2,2
78:11 85:7 87:14 96:19
100:19 101:11,23 103:11
108:15,16,17,18 112:22
114:19 115:13 117:25
119:2 127:1,7 129:15 130:2
130:23 134:16 135:17,19
135:20 136:1,2 137:18,20
138:1 139:1,1,7 140:11,13
144:15 146:2,3 151:6,11
155:5,5,7 162:20 165:19
170:20 172:10,11 173:4,12
174:17 175:20 176:9,23
177:6,22 181:8 184:10
191:1,1 195:16 196:22
197:12,19,20,21 199:19,20
199:22 202:10,12,15,19,19
203:8 214:12 216:6,16
217:1,2,2 218:1 222:3
226:22 229:11 230:1,10
232:6 234:5 239:16 241:21
243:4 244:14,23 254:12
257:8 262:14 271:4 274:7
275:2
**pages**
135:18 148:9 177:24 194:8
208:7
**paint**
238:18
**palli**
6:16,17 134:7 135:18
136:23 137:5,22 138:4,14
138:15,20,22 139:12
**pancreatic**
195:18,22,25 196:8,8 200:4
200:6,16,21 201:1 202:1
203:12,17,21 204:7,13
205:7 208:6,11,21 209:4,16
210:14,16,23
**papantonio**
2:3,4
**paper**
6:18,19,21 16:17,18 32:4
32:19,23 33:4,9,11 35:4
37:9,9 39:9 40:7,12 41:2
52:17,17,18 134:21 139:23
140:2,10 147:16 154:19
186:5 190:16 195:8,10
198:15,16
**papers**
16:2,3 40:3 49:5 53:2 161:4
161:7 228:19
**paragraph**
35:2 39:8 55:7 64:19,23

**paragraph (cont.)**
66:25 70:15 76:19,19 97:17
100:20 101:24,25 103:11
115:14 140:16 155:8
170:25 171:1 254:17 257:9
262:14
**pardon**
237:13 247:18
**parents**
139:8
**parkway**
2:21
**part**
25:2 54:15 63:16 67:10
69:23 84:18 87:16 98:4
109:10,10 160:10,19
161:13 172:8 173:21
217:12 248:16,16 255:8
272:18 274:8
**participating**
10:15 69:15
**particular**
28:11 31:8 45:6 70:24
76:16 145:18 178:3,10,10
186:12 212:20
**particularly**
103:16
**parties**
10:23
**parts**
103:24 263:23
**party**
276:10
**paths**
31:25 32:1
**patient**
57:16 264:8
**patients**
24:19,22 57:18 127:24
148:14,22,23 149:2,3 152:6
152:20 166:6,7 212:5
217:20 220:22,23,24
221:15 254:6 269:9,17,20
270:14
**patrick**
2:14 11:13 16:6 20:17
35:14,15 125:22
**pattern**
108:19 178:10,14
**patterns**
138:4 145:7
**pause**
16:10
**pc**
4:17
**pcgallagher**
2:17
**pdf**
110:9 135:20 139:2 197:20

[peer - preclude]

**peer**
61:20,23 62:1,23 63:1,5,6
63:12,13,16,25
**peers**
63:2
**penalty**
10:22
**pendley**
2:4
**pennsylvania**
2:21 3:21
**pensacola**
2:6
**people**
49:13,14,19 50:3 57:6
89:21 91:24 99:8 104:14
105:2,13 107:24 130:6,15
145:15 151:24 162:5
176:20 177:11 217:12
221:8,10 270:7 271:20
**people's**
99:8
**percent**
18:13,14 19:10 23:17,23
24:1 25:18 60:20 61:1
105:12 124:20 141:1
155:18 159:14 203:11
234:19 236:20 254:25
255:1 258:6
**percentage**
93:20,21 94:11,13 128:11
217:18,20 255:14 256:12
256:13
**perfect**
134:1
**perfectly**
260:24
**performances**
77:5
**period**
72:22 100:9 101:2 270:15
**periods**
70:20 76:13 100:25 149:3
**perjury**
10:22
**permit**
39:12
**person**
10:20 57:3 58:18 136:13
162:5 257:3,5
**personal**
6:5 32:6,8 35:5 190:5
**personally**
274:14
**persons**
171:14
**person's**
257:3

**perspective**
30:20 128:6 169:7 172:19
181:12 188:18 198:24
236:10 271:4,6
**pertains**
26:24
**pertinent**
14:17
**ph**
115:17
**ph.d.**
1:13 19:22 20:1,3 274:4
**pharma**
2:23
**pharmaceutic**
2:17,18
**pharmaceutical**
22:9
**pharmaceuticals**
3:6,11 4:6
**pharmacy**
5:6 19:1,4,5 21:2 269:18
**pharmd**
21:15,19,22 22:1,14
**pharynx**
222:21
**phone**
150:21 151:1,2
**physical**
128:21
**physically**
10:16
**pick**
125:8 201:13
**picked**
124:2,6
**piece**
206:13,19 229:3
**piedmont**
3:9
**pietragallo**
3:18
**pietragallo.com**
3:22
**pill**
124:19
**pittsburgh**
3:21
**pizzi**
4:12
**place**
276:6
**places**
171:14
**plaintiffs**
2:7,12 12:1 42:14 43:4,8
106:16
**plant**
203:25 204:3,16,17 205:1

**plant (cont.)**
205:15,20,21,23 206:8,18
206:21,22 207:1,7,16,19,23
209:21
**plants**
207:11
**plausibility**
172:5 175:5,22,24 178:6
182:10 183:8 263:3
**plausible**
133:22 175:9,15
**played**
38:17
**please**
10:11 11:1,7,17 33:25
57:24 60:22 81:16 86:19
98:18,20 148:19 151:4
177:24,24 190:7,7 192:23
211:2 218:3 223:18,21
263:7
**plus**
91:1 189:3,24,25 264:5
**point**
16:10 34:8 72:11 79:17
83:7 100:24 102:14 111:20
111:22 155:16 224:8
264:10,15
**pointed**
72:5
**points**
39:23
**pollutant**
102:5
**polycyclic**
79:3 82:24
**pooled**
36:6,11
**pooling**
39:11
**pop**
162:18
**population**
66:13 72:18 84:25 90:2
101:5 116:12 131:13
137:21 152:16 168:23,25
169:2 235:16 236:2,21
237:7 240:15
**populations**
235:17
**portion**
268:16
**portraying**
260:5
**posed**
12:11
**position**
18:12,13,14 21:10,11
**positive**
139:7 188:14,21 189:9,17

**positive (cont.)**
211:6 212:12,13 228:6
**possibilities**
221:4,20
**possibility**
153:9,9 215:9 220:19
248:15 256:4
**possible**
25:17 40:19 41:14 62:18
63:7 65:5 89:24 95:22
112:25 121:25 122:4
124:14 125:4 149:2,25
154:3 197:6,10 207:14,21
220:22 227:11,13,15 249:3
256:9 271:15
**possibly**
25:17 151:7
**postdoctoral**
22:22 23:1
**potential**
31:7 53:18 65:21 67:6,6,13
73:10,12 74:12 78:25 79:10
80:17 82:19,20 84:4 86:24
89:10,16 90:11,18 104:10
105:24 113:23 115:24
117:20 118:1,10 126:6
128:18,22 142:8,12,14,25
144:1,8 156:10 196:15
218:20 219:2 220:18 235:1
235:8,25 237:12 248:12
255:18 257:21 262:19
270:10
**potentially**
41:16 56:23 72:7 73:2,3,9
89:13,14 145:23 149:25
212:25 263:22
**pottegard**
7:6 266:3,17 267:7,18
270:1 271:7,13
**power**
196:18 229:14
**powered**
260:13
**powering**
196:13
**practice**
228:13
**precise**
30:5 150:11 158:8 217:7
234:24,25 261:6,25
**precisely**
251:5
**precision**
30:3 61:10 95:2,9,23 96:10
101:6 158:23,24 235:7
251:21
**preclude**
112:24

[precluded - quite]

**precluded**
235:2
**preferred**
192:10
**premature**
226:13
**prescription**
23:3
**presence**
74:16 81:7 164:20 178:15
**present**
5:7 10:16 61:19 81:2 161:4
221:5 226:7 233:5,7 236:18
**presented**
46:5 178:2,3 180:15
**presenting**
36:5,11 38:2 41:11 121:22
139:2 166:8 179:20 203:10
**presents**
203:24
**pretty**
75:21 88:12 120:6 137:7
180:20,25 194:5,10 231:14
**prevalence**
226:9 236:23 237:2,6
**prevalent**
90:1 91:24 127:20 236:2
**prevent**
213:11
**prevention**
245:25
**previous**
83:7 235:12,21 236:1,19,21
**previously**
61:4 197:14,25 198:25
208:25 258:5
**primarily**
55:14 58:11 71:2,14,21
76:7 79:6 98:3,25 201:8
210:18 213:23 262:25
**primary**
23:20,21,22 97:19
**princeton**
3:15
**principals**
164:21
**prinston**
2:17
**prior**
12:13 14:9 36:19 43:24
216:16 217:2 237:6
**priorities**
70:23 76:15
**privy**
221:13
**prizing**
13:7
**probability**
215:14

**probable**
271:15
**probably**
12:3 33:1 36:21 37:22 43:5
58:15 65:3 66:15,20 72:21
74:23 80:6,9 83:19 92:7,11
93:6 116:4 131:15 158:12
209:19 217:9 221:1 236:24
244:20 263:14 264:13
268:13 269:23
**problem**
224:4 271:23 272:13
**procedure**
274:5
**proceed**
11:8
**process**
63:5,6,8,12,17 67:2,9,14
71:4,8 100:22 103:13,15
108:20 114:10 126:12,19
193:3 270:16
**processed**
46:18
**processes**
103:20 104:13,15
**produce**
72:13
**produced**
14:4 78:4 138:22
**product**
47:11,12 48:5
**production**
8:5 103:15 108:20
**products**
1:3 267:9 268:4 272:6
**profession**
92:10
**professional**
160:15
**professor**
18:6 21:4 23:13 24:25 25:3
162:22
**professorial**
21:11
**profound**
238:2
**program**
19:22 21:19 22:1,7,10,17
**project**
19:18
**prompt**
107:21
**properly**
126:3 163:22
**prospective**
117:16 185:1,3,4,6,9 186:9
186:15 187:10,15 188:11
189:5

**prospectively**
172:15,22 187:10 193:6
**prostate**
234:6,14 235:13,21 236:1
236:19 237:6
**protective**
150:17,19 227:25
**protein**
206:2,4
**provide**
15:1 17:1,11 49:2 167:24
242:5 258:10
**provided**
14:15,17,24 15:25 16:20
17:12,15 29:3,23 42:13,13
43:15,20 96:6 244:11
**provides**
230:20
**providing**
119:4,6
**public**
24:5 35:11 274:13,20 276:4
**publication**
41:20
**published**
28:1 32:21,25 62:23 63:10
63:19 88:4 161:4 163:6
193:12
**pull**
140:13 155:7 177:21
223:24 244:9
**pulled**
232:11
**pun**
237:13
**purpose**
31:2,4 33:22 34:2,4 63:4,16
**purposes**
37:8 215:19
**pushback**
41:9
**put**
11:11 62:10 86:1 110:24
112:7 172:13 186:8 187:8
190:10 235:7 236:9 247:23
268:6
**puts**
130:8
**puzzle**
206:20 229:4
**pylori**
90:18,21,23 91:4,9,19 92:1
92:3,4,13,21 93:10,21,23
94:13,15 96:6,8 122:1,6,12
122:13,18 123:16

| q |
| --- |

**qualities**
193:9

**quality**
33:20,23 34:3,4,5,9,14,18
189:20 190:24 191:6,8,10
191:14,15,16,19,23 192:13
192:13,17 193:4,6,10,12,15
193:15,20 194:20,24 195:3
212:13
**quantified**
65:19
**quantify**
114:2,11 115:4 270:8
**quantifying**
47:17 151:9 153:10 267:3
267:22,23
**quantity**
73:3
**quartiles**
203:12
**question**
12:11,19 16:7,10 24:5,13
26:7 27:12,18 28:4 31:22
31:24 35:14,16,18 38:20,24
44:22 45:8 46:4 48:1 54:1,6
54:12 55:24,25 56:6,11,21
57:24 59:12,25 81:1,16
86:19 94:2,7 98:21 110:24
115:10 120:6,15 124:23
125:20,22 144:18 146:20
151:24 152:2 157:19 161:1
161:9,10,16 162:3,6 163:8
168:6 173:13,21 175:7
177:1,10 178:2 183:20
186:14,22 188:21 192:22
192:24 199:22,25 211:17
211:20 212:11 213:22
215:16 216:3 220:9 223:14
223:15,20,24 226:2 229:5
229:15 230:7 245:7,13
251:23 257:4 259:11 263:6
264:6,12,14 265:8
**questionnaire**
142:9,18 145:4 152:13
194:15 220:14 247:15,20
247:24 248:13 253:5 254:8
**questionnaires**
144:22 145:3 151:8,19
153:1 192:8 247:16 254:10
**questions**
8:11 11:16 12:21 20:18
23:3,25 24:2 125:19 152:10
160:19 161:13,22 189:16
221:24 257:5 264:9
**quick**
199:25
**quite**
69:21,24 100:14 105:18
121:8 172:14 186:13,13
187:9 188:9 236:2 271:25

**r**

**rafferty**
2:3
**raised**
142:8
**random**
70:4
**randomized**
37:21 176:16,21 194:16
**randomly**
101:4
**range**
127:10
**rank**
191:10
**rare**
167:12 171:5 228:20
**rarely**
188:3 228:14
**raspanti**
3:18
**rate**
30:18,21,22,22 66:16
164:15 167:25 168:1,2
189:24 209:19
**rates**
66:18,20 131:14
**ratio**
30:18,21,22 38:1 46:6,6
88:22 95:14,18,25 96:10,12
118:9,13 135:2 141:2,10
150:15,16 164:7,11,13,15
164:15,24 166:25 167:6
180:16 203:16,25 204:2,6
206:9 218:7 240:22 257:12
262:18,20
**ratios**
30:23 49:2 87:25 88:17
95:19 104:17 121:23
166:24 179:21,23 182:4
203:11 258:14
**raton**
2:16
**raw**
103:16
**rbk**
1:6
**rct**
176:22
**reach**
48:14 141:14,17 185:19
230:2,12
**reached**
172:14 187:9 234:1
**read**
9:5 32:22 33:1 34:10 43:25
69:16 71:25 98:9 119:23
120:15,16 134:21 186:4

**read (cont.)**
188:16 198:15 228:18
253:9 267:12 274:5,6,15
**reading**
19:17 149:9 187:7 198:14
**ready**
106:7 107:11
**real**
38:24 167:17
**reality**
27:24
**really**
16:17 17:11 22:8 27:22,24
57:4 61:15 62:13 72:19
90:22,24 91:1,17,22,22,25
91:25 92:1,14,15 93:12,13
115:6 116:20 161:8 162:7
167:19,19 174:8 193:14
194:24 195:2 205:24
206:23,24 208:4 211:16,17
238:8 242:21 251:24
269:18
**reason**
66:12,17 72:19 78:20 80:5
81:8 84:24 103:5 105:24
106:18,25 111:4 112:8,10
114:8,15 116:10 125:13
126:4 178:11 192:20
207:12 247:22,23 274:7
**reasons**
115:7
**reassuring**
99:22
**recall**
43:25 127:4 148:6 154:22
155:1,2 248:12,17 256:24
257:2
**recalling**
256:6
**receive**
14:11,12 41:9
**received**
15:15 21:14
**receiving**
150:24
**recess**
160:1
**recollection**
12:2 33:5 43:3
**reconnected**
266:13
**record**
10:2,10 11:17 14:7 52:1,4,7
52:11 64:11,14 106:9,10
107:3,5,6 108:2,7,11
110:12,14,16,20,24 111:1,5
111:24,25 112:8 120:5,7,8
120:10,13 125:21 159:22
159:25 160:4 201:18,22

**record (cont.)**
210:2,4,7 239:7,11 253:13
253:16,19 264:18 273:7,9
274:8
**recorded**
10:3 97:5
**recording**
152:18 219:24
**recruitment**
127:14
**red**
46:20,25 47:2,6
**reduce**
53:18
**reefer**
3:19
**refer**
18:18 113:14 135:14
137:21 140:11 148:9
155:10 177:4,11,23 234:9
246:21
**reference**
68:15,17 171:6 198:4
202:11 232:5 245:1,15
246:23 274:2
**referenced**
44:24 263:9 274:14
**references**
244:24
**referencing**
70:9
**referred**
20:22 179:1 200:10
**referring**
19:13 36:16 44:19 45:3,23
57:12 70:3 80:21 87:17
118:7 128:3 142:13 146:5
156:6 165:24 174:20
225:13 257:9
**refers**
55:25 56:2
**reflected**
83:13 217:4
**reflection**
30:3
**refresh**
43:2 177:5
**regarding**
200:25
**regardless**
142:22 238:12 241:6 242:4
**regards**
10:4
**regular**
19:24
**regulatory**
24:11
**related**
23:25 24:3 28:12 54:15

**related (cont.)**
110:6 112:18 221:15
276:10
**relates**
1:4
**relation**
47:10 112:18
**relationship**
90:3 166:2,21 167:1 168:10
170:5 172:2 174:15,21
175:2
**relative**
36:6,12,25 37:6,10,13,18
37:20,22,25 38:1 46:6 49:2
60:4 61:5,8,11,17 73:22
79:22 80:16 83:13,22 88:23
95:3 146:21 147:7 155:17
157:4,10,22 158:6,10 159:1
159:4 164:6 165:9 168:8,8
168:10,17,20 169:10,11,20
170:3,6 214:7 215:8,9
227:3,9,16,20,24 228:1,1,8
228:8,15,23,24 229:8
232:20 234:1,16 237:14
258:6 260:14 261:13 262:4
262:7
**relatively**
55:5 62:8 91:23 150:8
160:21 197:17 198:3 199:2
217:12 235:17 262:11
272:7
**relevant**
88:12 185:17 187:19,20
188:19
**reliability**
144:22
**relied**
110:5 112:17 194:6
**rely**
138:12 147:25 154:21
200:24
**relying**
98:24 137:13 192:17 200:3
231:21 241:8 257:23
**remainder**
18:15
**remained**
97:19
**remaining**
106:2,6 157:15
**remains**
108:23
**remember**
23:9 35:24 36:1 50:22 51:1
161:6 218:22 222:23
**remotely**
10:18
**repeat**
27:11 35:16,17 36:9 59:24

[repeat - right]

**repeat (cont.)**
60:21 81:16 86:18 98:20
119:20 132:25 148:18
230:6 245:7,10,13 263:6
**repeated**
26:7 171:13
**repeatedly**
172:6
**repeating**
102:14 172:6
**rephrase**
94:8
**replaced**
245:19
**reply**
193:8
**report**
6:8 14:19,22 15:3,10,15,21
16:2,4,16,20,22 17:1 32:5
43:16 44:3,12 48:13,15,18
48:20,23,25 49:4,6,19
52:15 53:21 54:19 55:25
59:17 60:2,9 63:23,25
64:18 87:13 113:23 114:17
115:1 120:22 126:22 127:1
130:24 134:16 137:7,12,14
137:17 138:1,13,16 140:11
140:14 146:1 148:10
150:20 151:6 155:5 160:10
162:11 177:4,22,22 187:13
191:23 193:5 195:16
198:23 199:19 202:10,11
202:14,15 206:16 208:5,18
211:10 214:1,12 215:2
218:2,11 222:3 226:19
229:10 230:1,9,10 231:18
232:1 233:9 234:5 239:15
241:21 243:4 244:13,24
245:14 246:24 249:5,8
252:3 257:8 258:3 262:13
265:18 271:4
**reported**
135:7 179:22 208:10
262:18
**reporter**
1:17,17 9:6 10:8,10,14 11:7
20:2 25:20,24 26:6 27:7
32:7 33:24 36:8 37:1 39:1
45:10 49:23 51:13,25 59:19
59:22 60:21 61:21 68:1
71:6 94:6 96:23 106:12
107:15,16 109:21,25 111:9
116:24 119:19 120:15
121:2 122:22 124:3,8
125:17 126:1 128:25 129:7
131:23 132:24 133:10
134:10,13 140:4 141:12
147:19 148:17 149:15
160:24 161:2 165:4 166:10

**reporter (cont.)**
176:1 180:7 209:23 214:23
219:17 225:7 245:4,8,11,23
246:1 248:2,4,22,25 250:8
252:20 273:5 276:4
**reporting**
10:17,25 88:17 142:14,25
143:17 198:22 218:21
219:23 255:19
**reports**
13:5,8 24:10 258:5 270:1
**represent**
11:14 35:10
**representative**
77:12
**republication**
163:5
**request**
8:1,5 14:25 15:15 274:8,9
**requested**
120:17
**requests**
14:3,5,8,16 16:1 17:2 42:15
**required**
231:13
**requirement**
171:4
**requires**
73:17 102:9
**requiring**
186:18 187:2
**research**
15:19 18:14 19:16,19 21:9
21:12 22:9,9 23:18,21,22
24:7 63:9 70:23 76:15
78:17 86:16 87:4,11 160:19
161:7,14,16,18,19 162:8
**researching**
20:8
**residence**
139:9
**residents**
19:6,20
**residual**
144:6
**respect**
12:1 13:6 14:23 31:7 56:1
58:25 120:20 121:7 122:18
123:18 139:2 148:1,2,5
151:14,20 153:15,21
154:20,22 165:9 173:19
174:1 178:21,21 195:18
200:3 208:6 210:14 213:19
218:2,17 231:7 233:17,21
242:23 267:18 272:3
**response**
14:4,8,15,24 16:1 17:1
42:14 107:18,25 108:21
109:5 174:21 180:15,15,18

**response (cont.)**
180:20,23
**rest**
23:25 192:7 265:2
**restraints**
123:5
**restricted**
1:9 45:17
**result**
164:1 215:13 235:10 238:3
238:13 259:22 270:1
276:11
**resulting**
144:21
**results**
27:19,21 28:23 35:4 38:19
69:4,11 72:13 73:17 74:1
78:3 81:6 82:14,15 85:19
85:22 86:3,6 89:5 90:9,24
91:17 92:1,24 93:7,16
94:16,22 99:13 100:17
102:16 103:4 105:25 116:7
128:8 130:10 135:23 139:5
144:7 145:21 147:11
149:11 151:15 152:5 154:2
157:11 172:14 185:23
186:9,11,18 187:9 188:10
198:17 202:2 204:15,16,17
204:18 208:1 211:19 219:8
220:15 222:13,14,19 223:6
224:21,25 226:8,12,14
236:6,17,24 237:1,8 238:6
238:10 247:25 250:5,18,23
251:3,12 260:9,10,10,11
269:23 270:4
**retirement**
97:22
**retrospective**
185:1,7,10 186:9,15 187:14
188:11 189:6 248:10
**retrospectively**
172:16,21 187:11
**reversal**
96:11
**reverse**
38:18 42:24 88:12 95:4
163:19 225:16
**review**
13:22 15:11,12,14 33:15,16
43:22 48:12,17 62:24 63:1
63:5,6,12,17,25 120:5
193:16,17 195:3,3 253:14
274:1
**reviewed**
13:4,5,7 43:13 48:19,23
50:16,17 61:23 62:1,23
198:19
**reviewers**
63:2,13

**reviewing**
161:14
**reviews**
63:3 195:1
**richardson**
6:25 239:22,25 240:7
**right**
18:8 19:14 21:17 22:16,24
23:16,19 25:22 35:2 40:20
62:25 63:19 64:8 65:4,12
66:24 67:9,14,17 68:8,12
68:16,18 70:16,24 73:13
74:8,10 75:11,15,16,24
76:8,16,17,19,23 77:7,14
78:8,11,25 79:7 84:9 85:6
85:24 86:10,25 87:22 88:18
88:19,20,24 89:2,7 98:8
99:18 100:20 101:17,23
102:1,6,11,13 103:16,17,20
103:21,24,25 104:4,17
105:4 109:7 110:7,10
112:19,20 113:9,15 114:23
115:13 116:2 117:17,21,24
117:25 118:2,6,11,12,15,16
118:19,24 119:12,17
121:11,18 122:2,9,16,20
123:4,21,23 125:12 126:25
127:5,6,10,11,14,15 129:11
129:19,20,24,25 130:17,18
130:21,25 131:6,7 132:16
132:20 133:6 135:1,5,9,12
136:15,20 137:22 138:6,7
138:10,11,14 139:15,20
140:11 141:2,6,20,23 142:3
142:12,15 143:1,3,23
144:23 145:5,13,18,19
146:9,14 147:3,5,12 148:3
150:5 151:2,9,10,21 152:14
153:16,22 157:5,23 158:5,5
158:5,8 162:23,24 163:2,3
163:8,13,17 164:8 165:19
166:3,21,22 167:2 168:3
170:21 171:1,6 172:2,24
173:4,10,14,17,23 174:21
175:2,11,20 176:9,11,16,24
177:7 178:7,8,23 179:3,22
179:25 181:4,14,22 183:2
183:17 184:1,4 185:1
190:17,21,25 191:11,16
193:7,8,24 195:14,22 196:1
196:3,9,13,15,22 197:6,10
197:11 198:4 199:3 200:4
200:17,18,21 201:1,9
202:25 203:5,13,14,17,21
203:25 204:3,8,9,13,19
205:7,11,15 208:19,22,25
209:5,16 210:23 213:24
214:6,16,19 215:10 217:14
218:7 219:4 222:4,22,23

[right - sentence]

**right (cont.)**
223:12,16 225:6,16 227:1,9
228:9,25 229:15,17,21
230:1,4,11 231:1,9 232:2,7
232:18,21,22,24 233:3,10
233:14,15,18,19,22 234:7,9
234:10,14,15,17,21 235:13
235:22 236:14 237:8,19
239:23 240:16,17,19,20,24
241:3,10,12,17,23 242:2,6
242:15,16,19,20,24,25
243:9,13 244:5,18,19
245:17,18 246:5,6,17 247:3
247:4,7,8,10,15 248:21
249:15,24 250:14,25 251:3
251:12 252:15,19,25 253:6
253:22 254:3,22 255:1,2,5
255:6 256:16 257:6,21
258:12,17 259:4 260:3
261:7 262:15,20,25 263:5
263:12 264:14 265:22
266:17,24 267:1,10 268:18
269:5 270:13 272:10 273:2

**risk**
32:9 35:6 36:25 37:6,10,13
37:18,20,22,25 38:1 39:12
39:17 40:24 45:9 46:6 47:7
48:6 49:11 53:4 59:18,19
59:20 60:3,5 61:5,6,8,11,17
65:21 73:1,22 79:15,22
80:16,16 82:4,5,6 83:14,22
88:8,23 89:11,21 90:18,20
90:25 91:5,6,21 92:17 95:3
95:7,8 96:6 101:8 102:21
109:3 111:3 117:15 118:2,6
118:11,15,24 120:21
122:11 123:3,15 126:6
127:21 130:9 134:2 135:1,8
135:12 136:13 138:5
139:10,14,16 140:17,24
141:22 146:21 147:7,10
155:11,16,17 156:13,22,25
157:4,4,21,23 158:4,6,8,10
158:12,15,24,24 159:2,4,7
164:7 165:9 167:14 168:8,8
168:10,17,20,22,24 169:11
169:20 170:3,7 174:24
184:20 185:12 186:12
190:6 197:15 198:1,8,25
202:1 203:12,20 204:7,13
205:6,10 209:15,20 210:23
213:12 214:8 215:8,9
219:10,13,19 222:20,24
225:16 227:1,2,3,9,17,20
228:1,8,8,15,23,24 229:8
230:3,13,20,25 231:7,22
232:20 234:1,16 235:25
237:14 238:1 240:14,24
241:16 242:11 244:4,15

**risk (cont.)**
245:2,16 247:6,19 251:17
251:19,20,25 252:14,19
257:21 258:6,11 260:14
261:13 262:4,7 267:9,13,15
268:6,21 269:11

**risks**
36:6,12 49:2 72:14 88:12
108:22 129:22 130:16
157:10 180:22

**rite**
4:11

**road**
3:9,14

**robust**
69:21 85:18,22,23 114:4

**role**
113:1

**room**
10:17

**rooney**
4:17

**rosemarie**
2:9 12:8,13

**rosemarie.bogden**
2:11

**roszel**
3:14

**rotation**
19:16

**rounds**
56:2

**routes**
56:16,18 58:7

**rubber**
49:15,20 50:4,6,19,20 53:4
65:2,7,11 67:1,7,8,14,19,21
68:7 71:4,4,8,9,21 74:7
75:11 77:12,13 78:15,23,24
79:2,2 82:23,24 84:14 92:8
98:25 100:22 103:13,14,18
104:12 105:9 108:20 109:2
109:4 129:18 195:13
197:15 198:2,7 199:1
262:23 263:25 264:2,2

**rule**
102:5

**rules**
265:2 274:5

**ruling**
265:4,10

**rural**
139:9

**russo**
138:20

---

**s**

**safety**
23:3,25 24:1,5,13

**sample**
30:4,7,9 74:19 95:22 119:5
123:11 131:8,21,22 196:14
196:18 212:1

**sampling**
76:22 77:6

**sara**
2:4

**sarub**
76:1

**satisfied**
170:11 189:6

**satisfies**
91:18 167:8 169:22 179:11
183:9

**satisfy**
169:24 170:11 182:5
189:25

**save**
107:24

**saying**
29:13,13 41:5,6,13 58:17
67:8,12 79:20 85:21 104:25
109:11 116:6 119:21
121:11 125:3,6,13 126:4
150:8 151:18 152:19
158:14 169:6 187:7 188:9
198:18,19 199:15 215:20
215:24 216:1 220:13 221:8
265:3

**says**
47:16 48:2 66:25 68:5
70:18 78:14 79:19 97:17
103:12 112:22 171:3
172:13 180:1 185:8 186:7
188:10 189:5

**scale**
34:8

**scenario**
213:10 223:3 227:14,15

**scheme**
206:14

**school**
20:8

**sciegen**
4:6

**science**
25:1 175:25 176:5 181:13
183:10 184:16

**sciences**
18:7 23:15

**scientific**
63:18 181:19,22 184:6

**scientists**
169:19

**score**
192:13 193:11,12,15,20
194:20

**scores**
194:25

**screen**
171:12

**scrotal**
166:7,13

**se**
242:10

**seal**
274:18

**search**
14:19 15:19 33:6 43:18
44:15,18,25 45:2,6,8,20
86:9,21 87:5 137:12 211:10
229:24

**searches**
190:17

**searching**
33:6 85:11,15

**second**
34:10 60:7 98:18 108:17
134:21 148:11 155:8
170:21 200:9 254:17 257:9

**seconds**
202:14

**section**
33:20 39:9 44:14,16 71:25
146:2 177:22 181:8 229:11
230:2,9 231:25 239:19
243:3 249:11 254:15
265:17

**sections**
230:18

**section's**
171:5

**seeing**
83:23 122:4 171:19 263:19

**seen**
13:16 43:23 96:23 121:12
130:2 137:3,5,10,12 144:10
144:12 167:13,17 171:16
171:19

**selecting**
15:18

**selection**
15:13 272:1

**send**
43:9

**sense**
80:25 82:1 83:16,17

**sensitive**
273:4

**sensitivity**
99:11,15,20,25,25

**sent**
43:11

**sentence**
20:17 41:2,14 47:15,16
48:1 68:4 78:15 102:3

[sentence - sorts]

**sentence (cont.)**
108:14 112:22 115:13
197:13,22 198:15 217:1
230:19
**sentry**
2:21
**separate**
83:2 241:2,15
**separated**
241:5
**separately**
47:9 203:24 204:5 241:3
246:4
**september**
276:14
**series**
11:16 14:2 24:10 191:9
**seriously**
99:10 157:12
**serve**
12:17 14:8
**service**
18:17,18,19,20
**serving**
160:16
**set**
55:10 70:23 76:15 151:4
160:17 165:2 167:7,20
170:17 190:23 276:13
**settings**
171:20,23
**seven**
264:22 265:2
**seventh**
175:20
**shah**
3:14
**share**
162:20
**sheer**
131:8
**sheet**
274:7,9,16 275:1
**shift**
78:2
**short**
52:8 64:12 108:8 120:11
201:19 210:5 239:8 253:17
273:11
**shorthand**
276:3,8
**shortly**
32:13 42:19 246:16
**show**
48:6 66:5 72:15 83:9 85:18
85:21 108:3 125:7 150:11
164:12 174:14 185:19
187:3 200:20 205:10
206:23 207:3,9,10 210:15

**show (cont.)**
217:5 223:3 247:19 266:11
**showed**
69:1 122:19 138:15 222:10
222:11 235:23,24
**showing**
93:5 95:25 123:6 135:22
142:23,23 156:10 172:1,2,7
179:17 186:11,19 188:5
189:3 205:5 207:8 209:3
213:11 235:3
**shown**
72:14 177:20 181:18 184:9
184:20 195:2 198:25
222:17
**shows**
66:18 68:25 117:5 134:1
147:23 155:15 156:13
162:12 164:12,13 205:10
240:10 246:10
**siblings**
139:9
**sicker**
128:14
**side**
38:18 89:23 151:5 191:4
216:9 254:17
**sifted**
192:4
**sign**
9:5
**signal**
205:1 206:23,25 236:9
**signature**
275:19 276:15
**signed**
274:16
**significance**
28:4 29:12,14,19,21 30:2
30:13 60:15,19 61:1,15
62:17,18 135:3,5 141:15,18
179:6,7 185:20 186:3
187:16,22 188:14 234:2
**significant**
27:6,15,19,21 28:6,24 29:6
29:8,9 60:12 61:12 62:3,7
109:3 123:20 126:6 134:25
135:8 139:18 146:13,24
149:23 155:15 156:14,16
156:18,19,21 169:3 172:22
179:3 185:22,24 214:15,25
216:17 217:9 219:10
226:24 227:4 234:12,13
242:12
**significantly**
118:23
**similar**
19:2 29:21 154:18 172:14
177:8,9,19 186:8 187:8

**similar (cont.)**
192:9 193:19,21 194:11,14
199:10 215:15 242:10
**simple**
28:18 120:6
**simply**
272:19
**simulate**
223:7 224:20 250:17
**simulated**
89:4,6 223:13 224:14
**simulation**
222:17
**single**
111:21 134:1 171:21
**singled**
171:5
**sir**
162:23 163:6 166:5 167:24
171:3 172:13 178:1,2
184:23
**situation**
188:4 248:21 251:18
**situations**
42:7 189:13 250:24 261:12
**six**
19:17
**sixth**
175:5
**size**
28:5 30:4,6,9 38:2 46:5
61:11 73:20 95:5,10,22,23
123:11 131:8,9,21,22
164:16 167:5 168:20
169:24 170:9,10,12,16
196:14,15,19 212:1 231:14
251:21 259:19 261:9,11,18
261:20
**sizes**
30:7 167:21 169:15
**skew**
92:23 259:3
**skin**
55:15 56:4,15 57:6 58:4
79:7 126:17 201:9 209:10
210:18 212:9 213:24
**skip**
13:23
**slight**
219:19
**slightly**
53:10 95:8 157:19
**slower**
174:1
**small**
146:22 147:8 149:21 150:9
169:1 194:21 199:12
208:16 211:19 217:10,11
224:7 229:3 242:8,12

**small (cont.)**
266:25
**smaller**
30:9 73:2,3 131:19,22
132:2 149:5 153:25 213:7
217:17,17
**smokers**
92:11 168:1,2
**smoking**
58:10,11 89:2,4,6,7,9,11,12
91:17 92:3,4,6 128:20
168:11 223:11,12,16 224:4
224:5,8,11,14,20 249:19,22
**social**
139:9
**solco**
1:5 2:18
**solely**
133:17
**somebody**
213:4 268:6 269:2 270:17
**somewhat**
144:18
**song**
6:20 143:5,11 144:19
**sorry**
17:21 20:2,5 25:20 26:6
27:7 32:7 33:24 35:15 36:8
44:21 45:10 49:23 52:23
59:20 67:11 71:6 72:12
96:21 106:5 118:7 119:19
122:22 125:4,17,18 127:15
131:23 132:24 133:10,11
134:20,20 135:18,19 136:5
137:16 138:24 140:19,19
140:21 141:12 148:17,18
149:13,15,16 155:24
162:15 166:10 176:1 180:7
192:16,21 195:10 199:21
202:6,13,17,23 203:1
209:24 210:9 216:11,22
218:10 220:23 225:7 245:4
245:5 246:11 248:22
259:10 265:7 266:12
**sort**
14:20 17:10 18:21 19:7,15
19:19,24 22:8 23:23 28:1
31:19 34:13 40:4,8,17
41:10 46:5 47:9 55:1 59:12
62:7,16 66:9 73:6 84:24
92:10 114:4,10 116:12,21
121:6 123:10 133:7 160:21
167:5,20 193:18 221:3,19
224:18 226:16 250:3,16
254:9 259:3,21 261:23
263:12 270:16 272:17
**sorts**
264:1,3

[sound - studies]

**sound**
16:8 195:1
**sounding**
107:23
**source**
24:12 69:8 203:25 205:24
206:21,23 207:7
**sources**
69:14 204:3,6,11,12,17,18
205:1,2,15 206:8,10,17,18
207:1,16,24
**south**
2:5 4:9
**span**
83:18
**speak**
11:25 148:18
**speaking**
12:14 53:6 56:3 144:25
149:16 153:4,7 163:14
238:22 247:20,25 255:21
255:25
**speaks**
20:15,15 61:9
**special**
130:3 171:4
**specially**
166:15
**species**
115:18
**specific**
17:11 34:17 40:7,14 41:2
51:2 59:13 79:13 82:22
87:21 108:21 109:5 141:13
153:12 173:8 197:5,9 218:9
220:2 241:15,16 247:22,23
258:1,1 260:7 270:15,21
**specifically**
46:23 64:4 113:15 146:13
173:25 182:18 196:19
241:18
**specification**
271:13
**specificity**
173:5 178:5
**specify**
48:10 56:1 260:20 269:18
**speculate**
207:20 208:3
**speculation**
96:4
**spell**
109:21 134:10 147:19
**spelled**
49:25
**spend**
19:17
**spent**
85:11

**spoke**
12:6 43:3 61:13
**spoken**
12:12 13:1
**spouse**
254:21
**spring**
12:3
**stable**
131:15
**standard**
114:4 116:21 167:20
170:17
**standardized**
193:12
**standards**
261:23
**standpoint**
27:16
**start**
22:1 33:25 44:11 48:16
70:14,14 157:21 186:24
**started**
21:1,8,11,21 107:22 130:6
**starting**
78:14 108:15 115:14 139:6
**starts**
39:8 60:16 66:25 217:1
254:17 262:8
**state**
4:4 11:1,17 21:15,23 22:8
139:7 197:14 274:13
**statement**
40:11,15 41:11 78:21 96:5
109:14 153:18 157:9,13
186:14 238:23,25 274:16
274:17
**statements**
17:8,9
**states**
1:1 108:18
**static**
101:2
**stating**
183:6
**statistical**
27:25 28:4,7,20 29:9,12,14
29:19,20,22 30:2,13,23
60:15,18,25 61:15 62:7,9
62:17 69:18 70:6 102:10
130:2 135:3,4 141:15,17
179:6,7 185:20,24 186:2
187:16,22 188:14 215:16
234:1
**statistically**
27:6,14,19,21 28:6,24 29:6
60:12 61:12 62:3 134:25
135:8 139:18 146:23 179:2
185:21 214:15,24 217:8

**statistically (cont.)**
219:10 226:24 227:3
234:12,12 235:24
**statistician**
26:22,23
**statistics**
27:2
**status**
178:15
**stay**
99:23 101:2
**stayed**
98:7 99:3 101:12
**staying**
99:17 100:4
**stefani**
7:3,4 243:7,21 244:15,20
245:15,20,20,21 246:9,12
249:9
**stenographic**
10:10
**stenotype**
276:4
**step**
254:9 265:25
**stephen**
3:3
**steps**
53:18
**steven**
3:8
**stipulations**
8:8
**stomach**
88:5 91:6 95:25 113:8
115:19 130:21 131:5
132:16,20 133:3,7,14
148:15,24 149:6,7,20
150:11 151:25 152:2,22
153:2,16 156:4 197:15
198:1,9,25 199:6,12 216:18
219:9 220:23,25 223:2
**straif**
6:10 51:11,15 52:17 55:4
59:15 60:3 64:3 65:7
146:12 183:16 195:8,11,20
196:1,6,22 200:2,19 202:20
208:12,15 211:15 222:4
223:11,15,17,24 224:3,4
229:13 233:10,12 241:19
241:20 242:1,4,7
**strategies**
45:8
**strategy**
14:19 44:15,18 45:2,6
**stratify**
93:8
**street**
2:5 3:4,20 4:4,9,14,19 5:4

**strength**
165:21 169:8 178:4 179:17
179:21 180:19 182:3,19
183:7 237:3
**strengthen**
109:11
**strengthens**
177:16
**strengths**
73:6 192:11 193:16 194:23
195:5
**stretch**
105:18
**strike**
12:25 15:24 51:8 161:16
179:19 213:18
**strings**
264:20
**strong**
69:24 90:2 166:18 222:20
223:5
**stronger**
73:16 168:21 189:2
**strongest**
230:20
**strongly**
139:10,14
**structure**
45:20 177:10,19 242:10
**structured**
190:17
**students**
19:1,2,15,21 20:1,9,23,24
21:1,2
**studies**
14:18 15:17 23:2,5,9,10
30:4,9 33:6 34:5,19 39:11
39:16 40:23 45:17,18 46:4
46:9,15,17 47:18,22 48:2,9
48:13,17,19,22 49:7,9,10
49:11,18,21,24 50:17 51:8
52:15 53:3,9,25 54:4,20
55:6,10,13 57:14,15 58:6
66:22 80:8,14 87:5 109:4
115:4 130:1 133:23,24,25
138:15 142:24 143:3,23
144:1,4,6,23 152:17 157:10
162:8 171:20,25 172:4,6,8
172:20,20,21 175:25 176:2
176:5,6 178:25 179:1,13
181:19,22 183:16,17,18,23
183:25 184:1,3,4,6,8,18,19
184:25,25 185:5,13,15,18
185:19,19,21 186:9,16
187:2,14,15,21,23 188:4,20
189:2,4,9,10,14,17,21,24
189:24,25 190:24 191:10
191:15,24 192:4,6,8,17
193:4,17,19,23 194:9,10,15

[studies - tapes]

**studies (cont.)**
194:17,18,19,22 195:5
197:2 198:5 206:17 207:3
209:18,19 210:15 211:7,7,9
211:14 212:8,17 213:8,15
213:21 216:14 222:6
224:17 225:5 230:23,24
231:3,3,4,6,12,21 233:21
233:24 237:1 238:12
247:13 248:1,15 250:12,14
254:6 255:18 265:21,24
266:22
**study**
6:16,17,20,25 7:5,6,7 23:6
27:20 28:5,11,19 29:1 31:8
33:15 34:9 38:3,4,10,15,22
41:8 44:15 45:23 46:22,24
46:25,25 47:8,14 48:4 53:7
53:10,11 54:5,7 57:3,5
58:23,23 59:1,5 60:3 65:7
65:24 66:4,13 67:19 69:22
72:9,18,24 74:3,19 75:2
79:9 80:11 81:3 82:9 85:1
85:13,17 88:18 90:5 92:19
94:22 96:14 100:10,14
102:1,19,22 105:23 109:12
110:5 111:3 112:17 114:13
115:24 116:7,23,24 117:1
117:17,19,25 118:17
119:11 120:23 121:1,12,15
121:17 122:16 123:5,17
126:23 128:2,8 129:8,22
130:5,20 131:2,4,13,19
132:1,1,2,8,10,10,14,18
133:4,12,18 134:1,1,7,16
134:18,24 135:7 136:17,18
136:23 137:21 138:15
139:12,20 142:1,2,10,15,18
142:20 143:6 145:15,22,25
146:12 148:1,4 150:10
151:7 152:15 154:12,20
158:15,15 159:18 162:2
164:12,13 167:9 171:21
176:15 178:23 179:22,25
180:10 183:16,17 189:22
194:5 195:12,21 196:1,14
196:22 197:8 198:22 199:6
199:9,10 200:2,3,7,8,9,12
200:19,24 201:6,14 202:2
203:21 207:9 208:24 209:2
209:13,21 210:20 211:16
211:18,18,20,23,24 212:4
213:5,17 214:4 216:6
217:20 219:24 220:21
221:4 222:4,4,16 223:9,11
223:13,15,17 224:10,14
226:19 227:7,16 228:14
229:5,14,20,20,22,24
230:19 231:16 232:16,16

**study (cont.)**
233:1,6,10,12,16 234:9,9
234:11 235:2,3,5,9,11,20
236:24 237:8 238:9 239:22
240:15,18,21 241:1,2,16,19
241:20 242:15,21 244:3,15
247:7,10,20 248:7,10 249:6
249:13 250:20 252:4,17
253:21,25 254:24 257:10
257:24 258:4,5,10,15
260:12,24,24 261:16 262:5
262:7,7,9,15,23,23 266:3,4
266:17,20 267:7,10,12,14
268:7,10,17 270:1,8,18,19
270:25 271:3,5,7 272:15,18
272:22,25
**study's**
73:5
**subject**
45:14 75:20 99:17 173:22
247:12 253:25 255:20
256:5,6 257:4,6
**subjective**
115:19
**subjects**
65:7,11 97:19 99:3 100:4
101:12 127:9 142:15 145:4
145:16 174:2 218:22
219:24 220:17 244:16
254:16 256:15 268:20
270:9,22
**submit**
62:22 63:11
**submitted**
63:24,25
**submitting**
41:20
**subscribed**
274:13
**subsequently**
22:21
**substance**
38:25 39:2 263:11
**substantially**
15:4
**substitute**
111:2
**sudden**
84:17
**sufficient**
39:16
**sufficiently**
123:19
**suggest**
179:1
**suggesting**
113:12 184:16 185:14
221:8

**suggestion**
175:8 198:7 221:19
**suggestions**
42:4,5
**suggestive**
149:21 150:9 156:23
166:21 167:1 168:9,21
**suggests**
121:25
**suite**
2:10,15,21 3:4,9 4:19 5:4
**summary**
230:16
**supervise**
19:24
**support**
47:23 200:25 233:17
242:22
**supportive**
208:20 210:22
**supposed**
206:5 217:9
**sure**
12:10 25:16,18 27:9 31:5
31:13 33:13 34:11 40:15
44:23 47:25 57:7,25 59:4
60:23,25 64:9 72:3,3 81:25
82:12,13 89:24 94:19 98:11
98:14,19,22 100:6 104:9
105:17 109:23 110:13
117:7,7 120:2,2 134:22
135:16 163:21 167:23
177:6 180:3 186:6 190:9
192:25 197:21 199:16,24
201:3,15 202:15 217:18
224:2 228:22 238:11 239:4
244:6 253:11 255:11 263:8
267:19 269:11,13,16
270:13,22
**surprising**
129:22
**surrogate**
254:2,21,24 255:4,15 256:4
256:12,13 257:5
**surrogates**
256:15
**survey**
252:24 253:3,4,22 254:10
**survived**
221:2,9
**suspected**
108:22 109:5
**sustained**
104:20
**swear**
10:11
**sweeps**
166:9,13

**switch**
97:4 271:20
**switching**
269:16,20,21 270:20
**sworn**
11:4 274:13,16
**system**
58:9 124:18 126:14
**systematic**
15:11,12 43:18,22 44:24
**systemic**
56:3,13,19 57:1,4 212:10
**systemically**
56:14 57:9 124:14 263:18
263:22

**t**

**table**
9:1 36:5,11 87:16,20 90:8
95:17,24 119:1 127:13
128:9 135:14,20 139:2
149:9 177:23 179:12 180:2
181:9 196:23 202:12 203:8
203:10 216:7,10,12,21,23
216:24 217:4,4,15 218:9
**tables**
144:13
**tablets**
267:4,16 269:7
**taken**
1:13 52:8 64:12 106:16
108:8 120:11 157:12 160:1
201:19 210:5 239:8 253:17
273:11 276:6
**talk**
44:14 75:7 82:19,21 97:9
136:10,10 150:13 177:18
181:25 187:15 202:19
206:15 211:11,12 215:3
221:16 225:24 249:13,20
267:13
**talked**
15:2 62:8,21 74:2 91:18
100:15 104:7 118:13 130:9
133:13 145:1,24 147:6
165:16 179:5 186:1 194:6
208:6 211:22 213:25
214:20 222:10 224:15
225:25 229:6 247:14 250:2
251:18 255:16 256:1
259:17 263:24
**talking**
70:10,10 73:4 74:3,25 93:2
104:23 152:11,12 154:19
168:19 174:9 227:5
**tape**
106:7,11 107:9
**tapes**
97:4 106:25 107:18,21,25

[tar - true]

**tar**
166:15
**teach**
18:23,24 19:2,13,14 20:23
20:25
**teaching**
18:16,22 19:10,19 21:1
167:16
**teased**
53:15
**technical**
215:16
**technically**
159:13
**technique**
130:3
**techniques**
73:4 250:16
**tell**
38:5 40:4 48:7 107:18
158:9,11
**telling**
124:25 210:21 260:16
**tells**
88:7
**temporal**
178:17
**temporality**
170:13 173:13,21 174:7
178:5,19 183:8
**ten**
168:1 199:23 201:13 239:2
**tends**
103:14
**term**
27:5,14 82:1 273:1
**terminus**
3:9
**terms**
28:19 30:5 45:13,14 53:7
69:24 87:17 93:2 107:9
116:12 165:24 167:9 171:5
172:22 183:7 184:23
209:20 240:23 247:14,24
251:10 253:4 255:19
257:20 264:21 270:1
**testified**
11:4 25:10,11
**testifying**
12:17
**testimony**
10:21 17:5 25:13 29:17
120:16 169:13 182:21
187:5 188:24 207:5 211:4
274:6,8,10
**teva**
3:6,11 4:16
**thank**
25:25 64:17 109:25 120:14

**thank (cont.)**
124:8 134:13 160:7 161:2
210:9 239:14 246:1 248:4
**thanks**
96:17
**theoretically**
90:10 95:18 131:10 144:9
**theory**
227:7
**thereof**
276:12
**thing**
18:21 20:19 107:23 152:21
153:5 249:8 269:5
**things**
40:1 93:8 128:20 264:1,3
264:20
**think**
13:20 15:23 23:10,17 33:8
33:18 39:23 40:8 44:24
46:12 51:2 56:15 59:4,11
60:14 61:13 66:8 72:25
73:5 76:3 80:2,20 81:5 85:5
93:23 96:3,3 97:3 99:9
100:23 102:17 104:5,7
105:18,20 106:17 108:2
109:10 116:6,9 120:21
123:4 124:10 128:18,22
136:3 137:15 138:21
144:17 145:1 146:17,19
147:6 154:18 156:21 159:1
159:17 168:15 169:3
171:11 172:8 176:19
178:13,14,14 180:16 186:1
186:17 188:8,25,25 189:2
189:22 204:15,22 205:24
206:12,19 207:18 210:8
212:2,5 213:15,25 215:11
217:3,19 221:21 223:23
226:13,16,17 230:17 236:9
238:17,24 244:10,11,12,19
247:22 250:2 251:19 254:8
255:6 256:1 259:16 263:2,9
264:7,17,19,23 265:9 268:8
269:10,22 271:14
**thinking**
264:17
**third**
135:19 139:1 173:3
**thornburg**
4:8
**thought**
54:13,16 138:14 193:22
238:7 268:12
**three**
4:13 52:14 53:2 73:22 85:9
85:11 106:2,6 110:25 209:8
210:15 211:8,14 212:12
216:18 221:15 233:21,24

**three (cont.)**
240:23 269:10 270:18
271:24
**threshold**
169:16
**tight**
159:4 235:4 260:23 262:11
**time**
23:18 32:22 33:1,15 43:7
52:5,9 57:8,12,18,19 64:10
64:13 70:19 72:23 73:18
74:23 76:13 99:24 106:9,11
106:19 107:6,9 108:5,9
110:13,19 111:18,24,25
120:4,9,12 123:18 124:25
125:7,14 126:4,10,10
131:15 132:4 159:23 160:2
171:22 182:17,23 201:16
201:20 210:3,6 212:5,7,9
238:23 239:5,9 253:14,15
253:18 263:18,21 264:5,18
269:9,22 270:15 272:5
273:8 276:6
**times**
11:22,24 25:7 41:9 62:22
87:10 108:1 166:14 167:12
167:14 168:1,3,11,11
250:21 251:15,24
**timing**
173:14
**tissue**
58:24
**tissues**
57:23 58:2,19 59:9
**title**
117:13 162:25 240:13
247:1 267:7,11
**titled**
32:5 138:4 245:16 252:14
**tobacco**
225:9
**today**
11:16 164:6 201:7 213:16
229:6 250:3 267:12
**tone**
40:18 41:10
**tools**
116:21
**top**
11:23 67:17 117:24 129:11
134:16 137:20 161:6
165:13 172:11,12 197:13
197:21
**topic**
19:7 33:16 43:11 62:11
161:14 264:12
**topics**
44:1 264:10

**toronto**
22:15,18
**total**
197:1 217:22
**totality**
38:21 133:9,19,21 188:3
209:22 210:12,21 211:5,23
**totally**
207:11
**touch**
53:24
**tower**
4:18
**toxicology**
58:23 59:12
**track**
99:8
**tract**
24:4
**trade**
4:19
**trails**
16:9
**train**
20:9
**training**
18:16 19:11,12 20:12 22:13
23:7
**transcript**
274:5,10,15
**transcription**
276:7
**transfer**
22:6
**transferred**
22:5
**traurig**
3:3,8
**treat**
24:22
**treated**
181:1,2
**trial**
25:10 37:21 176:16,21
**trials**
194:17
**triangle**
89:24 91:9,10
**tried**
34:7 241:7
**trischler**
3:19
**troubles**
111:7
**true**
37:21 65:6,10,22 80:15
82:1,12 112:9 142:17
151:13 153:20 163:19
176:15,20 226:2 251:16

[true - vitae]

true (cont.)
276:7
try
63:6 85:16 107:24 117:19
142:7 241:2,5,7
trying
147:12 155:23 162:6
197:19
tuesday
1:14
tumors
39:10,18
turn
114:19 119:1 137:14,17
254:12
turning
216:6
turns
268:11
type
20:19 28:20 34:16 38:16
40:4 45:18 59:1,12 70:22
76:14 79:24 86:23 104:22
141:5 161:19 191:23
248:21
types
45:16 87:22 90:19 100:16
141:9 161:13 162:7 192:6
194:12 217:16 268:3
typical
257:3
typically
86:15,23 174:2 256:7

**u**

u.s.
1:5 2:18,18
ubc
22:4
uh
47:21 61:25 64:21 67:25
68:9 69:5 102:2 119:3
127:12 129:16 131:3
135:24 168:4 171:8 184:12
218:15 241:22 243:8
244:25 249:21 257:11
uk
66:13 67:19,22 71:3,7 74:7
75:11 77:13,22 78:24 82:23
84:15 129:18 131:17
262:24
ultimately
59:10,10 221:9
uncertain
147:13 260:9,10
uncertainty
271:17
unclear
257:14

uncontrolled
85:20
underestimate
72:7
underestimated
73:10
underestimation
80:15
undergraduate
18:16 19:5,11,12,14 20:23
20:25 21:2
underlined
47:16
underpowered
195:21 242:1
understand
29:13 58:16 97:6 99:14
100:1 106:13 111:6 126:25
133:17 168:7 215:10
237:17 253:3 263:10 272:6
understanding
30:18 58:1,2,17 59:6,7,23
82:17 113:17 125:12 126:3
149:17 171:9 177:2 213:14
268:18
understood
163:22
undertake
24:7
undertook
23:2
unequal
255:3,4,7
unexposed
31:6
unhappy
265:12
unit
10:3 52:6,10 96:16 108:10
154:7 159:24 160:3 201:17
201:21 239:6,10 273:10
united
1:1
universities
21:19
university
18:9 21:5,8,15,22,23 22:2
22:15,18,22 25:4 162:22
unknown
102:10
unmeasured
85:12,16,23 86:5,10,24
87:18,25 88:7,22 90:7
207:15 222:9,12,18 223:3,4
225:15,18,21,23 226:15
236:13,16,25 237:14 238:1
238:2,4 250:4,22 251:2,9
251:11,25

unnecessarily
97:7
unpack
57:10
upload
17:22 190:8 243:13
uploaded
42:18 203:3
upper
149:14,19 154:1 155:14,14
156:7,9,15,23 158:7,13
159:6 215:2 234:20 259:1
259:15 260:2 261:4
uruguay
247:7
uruguayan
245:3,17
use
6:6 27:2 28:20,21 31:20
32:6,8 35:5 36:7,13 37:9
40:5 46:15 79:15 86:16
105:10 160:17 169:20,21
180:22 182:1,7 190:5
193:20 222:7 225:9,10
226:1 250:17 267:7
users
74:14,14,21 83:10 91:23
207:19 270:23 271:14
uses
161:23 253:21
usually
24:9 30:8,10 63:1,15 80:14
80:14 121:6 156:20 191:18
219:6,8,14 220:15 247:17
251:22 254:7 258:23 260:8

**v**

validated
34:15 61:7
validity
63:18 102:11 145:21
valsartan
1:2 10:5 13:2 205:14 213:9
213:20 265:21 266:25
267:3,4,8,15,16,19,23
268:3,4 269:7 270:3,12,23
271:14 274:3
value
27:20 30:11 61:15 87:3,7
121:8 222:10 225:13
values
119:6 121:8
vancouver
1:14 21:10,13
variable
30:24 31:12 79:14 82:2
144:2 164:24 170:18
178:18 224:23 225:15
251:1,2

variables
31:1,7,13,15 81:23 82:11
119:7 128:11 160:22 164:5
164:19 178:16 179:14
225:19 226:3 229:6 249:18
249:24 250:13 251:9,12,15
variation
115:20
varied
101:4 103:12
variety
78:24
various
99:6 103:23,24
vary
67:1,8,13,15 100:21,23,24
101:1 116:11 268:2
verbally
10:21
veritext
1:12 10:7,9 97:2
versa
152:23
version
54:16
versus
38:6,11 47:17 58:4,4 59:8
62:17 74:16 80:11 93:21
94:13 96:9 103:7 117:14
149:8 153:2 166:7 179:24
220:25 235:18 236:11
254:10 255:5,15 256:20,25
257:4 261:25
vetted
63:9
vi
184:11
vice
152:23
video
10:3 154:7
videographer
5:9 10:1,7 52:5,9 64:10,13
96:15 106:1 107:13 108:5,9
110:13,19 120:9,12 154:6
157:14 159:23 160:2
201:16,20 210:3,6 239:5,9
253:15,18 273:8
videotaped
1:12
virtual
1:12
virtue
50:5,19
visual
18:7 23:14 25:1
vitae
6:4

[wait - zoom]

## w

**wait**
272:15
**waited**
272:21
**waiting**
17:25 162:16
**waive**
10:24
**walk**
88:14 190:16
**walking**
87:20
**wallack**
3:13
**walsh**
4:12,13
**walsh.law**
4:15
**want**
31:13 41:7 46:8,9,15 75:7
85:21 106:19,21 107:4,5
110:24 116:17 127:1,1
140:20 142:21 155:4 157:7
157:12 158:5,24 170:4
177:23 188:10 202:17
208:3 210:11 214:11 215:3
226:14 244:6 273:4
**wanted**
45:19 46:22,22 53:23 54:3
85:18 86:2 87:5 112:7
158:23 163:21 189:15
**wanting**
40:17 184:24,24
**wants**
20:16
**warrant**
159:17
**warranted**
194:20
**washington**
2:10 3:4
**water**
28:2
**ways**
73:14 172:1,15 187:9
**weak**
35:10,21 36:17
**weeks**
19:17
**weighing**
107:24
**weight**
14:21 15:4,20 16:21 17:14
172:14 186:8 187:8 189:1
211:25 212:14 224:24
**weighted**
134:4

**welcome**
64:16 160:6 218:11 239:13
**went**
15:14,16,18 22:15 43:12,21
111:5 120:5 215:22
**werner**
2:20
**west**
4:19 5:4
**we've**
62:21 76:3,3 106:12 111:16
111:22 130:9 145:1,1
164:21 209:2 229:6 247:13
**whereof**
276:13
**wide**
149:21 150:9 199:8 259:20
259:24 261:13
**wider**
30:10
**wise**
132:11,11
**withdraw**
26:14,17,20
**withdrawn**
26:2,9
**witness**
10:11,20 13:25 15:10 16:15
17:7,21 18:3 20:6,20 21:21
24:9 25:16,22 26:5,12
28:18 29:18 33:13 34:23
35:15,23 36:21 37:3,17
38:14 39:3,21 41:5 42:3,11
45:12 47:5,25 49:25 50:8
50:14,22 51:1 53:23 54:23
55:18 56:10 58:22 60:14
62:5 64:9 68:2 69:1 71:24
75:19 76:10 77:16 81:21
83:5 84:11 86:1,18 87:2
93:1 94:25 100:6 101:19
102:13 104:19 105:16
109:9 110:3 111:10 112:5
113:11 114:1 116:25 117:7
117:10 119:14,21 120:4
121:4 122:24 123:23 124:4
125:24 126:9 129:2,10
131:25 133:12 136:2 137:1
140:8 141:14 142:5 144:25
148:20 149:19 151:23
153:24 154:13,16 155:1
157:7,25 161:1 162:15
163:10 165:6 167:4 168:13
169:14 173:1 174:6 175:14
176:3,18 178:13 179:5
181:24 182:22 183:5,22
185:3 187:6 188:1,25
189:13 191:18 192:2 194:4
196:3,11,17 198:11 199:5
200:6 201:15 202:5 204:21

**witness (cont.)**
205:9,17 207:6 211:5
214:24 218:24 219:6,18
220:12 221:12 223:19,23
227:11,22 228:11,18 229:2
229:17 230:6 231:11 232:7
233:5 237:10 238:16 239:2
241:12 245:24 246:11
248:3 249:2 250:10 251:5
251:14 252:11,22 253:8
255:25 256:9,18 258:22
260:19 262:4 265:7 266:12
269:3 271:1 272:12 272:12 274:1
274:4,14 276:6,13
**wlaw.com**
2:22
**women**
127:9 141:22
**word**
147:12 182:1,7
**wording**
36:1 40:5,14 41:1
**words**
20:16 66:2,8,10 80:15
105:7 108:16 235:3
**work**
12:15 22:25 26:25 27:1,3
30:17 41:19 45:8 197:16
198:2 199:1 225:22 241:7
**worked**
21:12 24:3
**workers**
50:19 53:4 65:7,11 67:19
67:22 75:11,14 78:23 82:22
84:14 92:9 99:5 129:18
166:14 195:13 197:16
198:2,7 199:1 263:24
**working**
20:1 31:18 49:14,20 50:4,5
50:19 65:2,16 74:6 98:5
105:3 109:2
**works**
225:20,21
**worries**
136:6 192:25
**write**
33:7,7 40:2
**writing**
33:9 41:7 64:19
**written**
41:22 190:5
**wrong**
31:11 112:6 145:21
**wrote**
39:9

## x

**xi01658**
276:16

## y

**yeah**
16:15 18:1,3 29:18 33:8
34:23 43:10 44:8 52:19
55:18 65:9 67:15 68:19
69:1 76:24,24 79:8 94:4
97:25 99:19 101:20 102:7
105:16 116:3 117:22 119:9
121:21 122:10 136:5
140:15 141:19 144:3 156:8
162:19 164:4 172:18 173:1
176:12,18 200:11 203:9
204:4,14 216:11 217:3,8
220:12 228:3 229:12
232:14 235:18 237:18
248:8,8 249:16 252:1
254:19,23 263:13 266:18
269:3
**year**
22:1,4 57:5 83:19 98:6 99:2
100:8 101:12 125:10,10
127:17,19 131:20 271:24
**years**
21:12,25 31:18 32:21,24
67:22 72:12 75:21 78:2
83:8,11 84:2,14 85:2 99:9
101:5 120:23 127:10
129:18 130:6,8 185:5
249:19 269:10
**york**
2:10
**yup**
224:2 249:11

## z

**zantac**
12:20,21
**zhejiant**
2:18
**zheng**
6:23 200:7 201:2,3,14,25
202:20,22 209:2
**zmick**
5:3
**zoom**
1:12 2:1 3:1 4:1 5:1 97:4,5
107:11