# EXHIBIT C

Page 1

```
 1          UNITED STATES DISTRICT COURT
              DISTRICT OF NEW JERSEY
 2     - - - - - - - - - - - - - - - x
       IN RE: VALSARTAN, LOSARTAN, AND  : MDL NO. 2875
 3     IRBESARTAN PRODUCTS LIABILITY   :
       LITIGATION,                     :
 4                                     :
       THIS DOCUMENT RELATES TO:       :
 5     Duffy, et al. v. Solco Healthcare :
       U.S., L.L.C., et al.,           :
 6     Case No. 1:18-cv-15076-RBK-JS   :
       - - - - - - - - - - - - - - - x
 7
 8
 9              VOLUME II
           ***RESTRICTED CONFIDENTIAL***
10
11
12        Veritext Virtual Zoom Videotaped
13     deposition of MAHYAR ETMINAN, taken on Wednesday,
14     August 25, 2021, held in Vancouver, City of British
15     Columbia, Canada, commencing at 8:32 a.m., before
16     Jamie I. Moskowitz, a Certified Court Reporter and
17     Certified Livenote Reporter.
18
19
20
21
22
23
24
25
```

Page 2

```
 1   A P P E A R A N C E S:
     (All appearances via Zoom)
 2
 3   LEVIN PAPANTONIO RAFFERTY LAW FIRM
     BY:  DANIEL A. NIGH, ESQUIRE
 4   BY:  MADELINE E. PENDLEY, ESQUIRE
     BY:  SARA PAPANTONIO, ESQUIRE
 5   BY:  LAUREN MASSEY, ESQUIRE
     315 South Baylen Street
 6   Pensacola, Florida 32502
     850.435.7013
 7   dnigh@levinlaw.com
     Counsel for the Plaintiffs
 8
 9   MARTIN, HARDING & MAZZOTTI, LLP
     BY:  ROSEMARIE R. BOGDEN, ESQUIRE
10   111 Washington Avenue - Suite 750
     Albany, New York 12211
11   518.724.2207
     rosemarie.bogden@1800law1010.com
12   Counsel for the Plaintiffs
13
     DUANE MORRIS
14   BY:  PATRICK C. GALLAGHER, ESQUIRE
     BY:  LAUREN A. APPEL, ESQUIRE
15   BY:  FREDERICK R. BALL, ESQUIRE
     1875 NW Corporate Boulevard - Suite 300
16   Boca Raton, Florida 33431-8561
     561.962.2100
17   pcgallagher@duanemorris.com
     Counsel for Defendants Prinston Pharmaceutic Inc.,
18   Zhejiant Huahai Pharmaceutical Co., Ltd; Solco
     Healthcare U.S., LLC and Huahai U.S., Inc.
19
20   CIPRIANI & WERNER
     BY:  JESSICA M. HEINZ, ESQUIRE
21   450 Sentry Parkway - Suite 200
     Blue Bell, Pennsylvania  19422
22   610.567.0700
     jheinz@c-wlaw.com
23   Counsel for Defendant Aurobindo Pharma Ltd.
24
25
```

Page 3

```
 1   A P P E A R A N C E S:
     (All appearances via Zoom)
 2
 3   GREENBERG TRAURIG
     BY:  STEPHEN T. FOWLER, ESQUIRE
 4   2101 L Street, N.W. - Suite 1000
     Washington, DC 20037
 5   202.331.3100
     fowlerst@gtlaw.com
 6   Counsel for Defendant Teva Pharmaceuticals
     Industries Ltd.
 7
 8   GREENBERG TRAURIG
     BY:  STEVEN M. HARKINS, ESQUIRE
 9   Terminus 200
     3333 Piedmont Road NE - Suite 2500
10   Atlanta, Georgia 30305
     678.553.2100
11   harkinss@gtlaw.com
     Counsel for Defendant Teva Pharmaceuticals
12   Industries Ltd.
13
     HILL WALLACK LLP
14   BY:  NAKUL Y. SHAH, ESQUIRE
     21 Roszel Road
15   Princeton, New Jersey 08540
     609.924.0808
16   nshah@hillwallack.com
     Counsel for the Defendants Hetero Drugs and Hetero
17   Labs
18
     PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
19   BY:  JASON M. REEFER, ESQUIRE
     BY:  CLEM C. TRISCHLER, ESQUIRE
20   One Oxford Centre
     301 Grant Street -- Floor 38
21   Pittsburgh, Pennsylvania 15219
     412.263.2000
22   jmr@pietragallo.com
     Counsel for the Defendant Mylan
23
24
25
```

Page 4

```
 1   A P P E A R A N C E S:
     (All appearances via Zoom)
 2
 3
     HINSHAW & CULBERTSON LLP
 4   BY:  KATHLEEN E. KELLY, ESQUIRE
     53 State Street - 27th Floor
 5   Boston, Massachusetts 02109
     617.213.7000
 6   kekelly@hinshaw.com
     Counsel for the Defendants Sciegen Pharmaceuticals
 7   Inc. and H.J. Harkins Company Inc.
 8
     BARNES & THORNBURG
 9   BY:  KARA KAPKE, ESQUIRE
     11 South Meridian Street
10   Indianapolis, Indiana 46204
     317.236.1313
11   kara.kapke@btlaw.com
     Counsel for the Defendants CVS and Rite Aid
12
13   WALSH PIZZI O'REILLY FALANGA LLP
     BY:  LISA M. WALSH, ESQUIRE
14   Three Gateway Center
     100 Mulberry Street - 15th Floor
15   Newark, New Jersey 07102
     973.757.1100
16   lwalsh@walsh.law
     Counsel for the Defendant Teva
17
18   BUCHANAN INGERSOLL & ROONEY PC
     BY:  CHRISTOPHER B. HENRY, ESQUIRE
19   Carillon Tower
     227 West Trade Street - Suite 600
20   Charlotte, North Carolina 28202-2601
     704.444.3300
21   chrisopher.henry@bipc.com
     Counsel for Albertsons LLC
22
23
24
25
```

Page 5

1
2  A P P E A R A N C E S:
   (All appearances via Zoom)
3
4  FALKENBERG IVES LLP
   BY:  MEGAN A. ZMICK, ESQUIRE
5  230 West Monroe Street - Suite 2220
   Chicago, Illinois 60606
6  312.566.4801
   maz@falkenbergives.com
7  Counsel for the Defendant Humana Pharmacy
8
   ALSO PRESENT:
9
   JUSTIN BILEY
10 Legal Videographer and Concierge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1  REQUEST PAGE
2  INSTRUCTIONS NOT TO ANSWER:
3  Page  Line
4  None
5  REQUEST FOR PRODUCTION OF DOCUMENTS:
6  Page  Line        Description
7  None
8  STIPULATIONS:
9  Page  Line
10 None
11 QUESTIONS MARKED:
12 Page  Line
13 None
14
15
16
17
18
19
20
21
22
23
24
25

Page 6

1        E X H I B I T S
2

   EXHIBIT NUMBER    DESCRIPTION          PAGE
3
   EX 28        Document        76
4
   EX 29        Search criteria     77
5
   EX 30        Bradford Hill criteria   107
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 8

1  TABLE OF CONTENTS
2  MAHYAR ETMINAN
3
   Examination
4
   By Mr. Gallagher...................Page  9
5
   By Mr. Trischler..................Page  9
6
   By Ms. Kapke......................Page  60
7
   By Mr. Fowler.....................Page  63
8
   Notice to Read & Sign..............Page 120
9
   Reporter Certificate...............Page 122
10
   Index of Exhibits..................Page  6
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 9

1    THE VIDEOGRAPHER:  The time is now
2    8:32.  This is a continuation of
3    Mahyar Etminan's deposition.  We are back on
4    the record.
5    EXAMINATION BY MR. GALLAGHER:
6    Q    Good morning, Dr. Etminan.
7    A    Good morning.
8    Q    At this time, I don't -- at this time
9    I don't have further questions for you.  Some of the
10   other defense counsel do, so I'm going to turn it
11   over to counsel for Mylan.
12   EXAMINATION BY MR. TRISCHLER:
13   Q    Good morning, Doctor.
14   A    Good morning.
15   Q    I'll just start by introducing myself
16   to you.  My name's Clem Trischler.  I represent the
17   Mylan defendants in this litigation.  I'll be asking
18   you some questions following up on Mr. Gallagher.
19       If you can -- if you have any trouble
20   hearing me, please let me know so I can rephrase or
21   repeat the question.  Okay?
22   A    Okay.
23   Q    Let me start by asking you this
24   relatively simple and straightforward question,
25   Doctor.  Would you agree with me that NDMA and NDEA

Page 10

1    are ubiquitous?
2        MR. NIGH:  Form objection.
3        THE WITNESS:  Yes, generally speaking.
4    BY MR. TRISCHLER:
5    Q    Those compounds are found virtually
6    everywhere?
7        MR. NIGH:  Form objection.
8        THE WITNESS:  Generally speaking, yes.
9    BY MR. TRISCHLER:
10   Q    NDMA and NDEA are found in the air we
11   breathe, in the water we drink and in the food we
12   eat, correct?
13   A    Yes.
14   Q    In fact, I think you wrote in your
15   report that NDMA and NDEA are found in pesticides,
16   hair dye, air, water and food.  That's what you
17   wrote I think on Page 7 of your report, right?
18   A    Yes.
19   Q    So it's a known fact that each and
20   every one of us are exposed to nitrosamines such as
21   NDMA and NDEA on a daily basis, true?
22   A    Yes.
23   Q    And as part of your work in this case,
24   have you attempted to quantify the baseline level of
25   exposure to NDEA that the average American receives

Page 11

1    on a daily basis?
2    A    No, not personally.
3    Q    Have you done any original research in
4    your career that's been designed to determine or
5    calculate the baseline daily exposure to NDEA?
6    A    No.
7    Q    Are you aware of the fact that there
8    are studies that have been published in the
9    peer-reviewed literature that suggest that dietary
10   intake of NDEA and NDMA can be as high as 2,000
11   nanograms per day for the average American?
12       MR. NIGH:  Form objection.
13       THE WITNESS:  That -- I mean, that's
14   possible.  I don't remember of a specific
15   paper, but that's possible.
16   BY MR. TRISCHLER:
17   Q    Okay.  And are you aware of the same
18   studies suggesting that smokers have a daily intake
19   of NDEA and NDMA that can be as high as 20,000 --
20   25,000 nanograms per day?
21   A    I'm not aware of studies, but it's
22   possible that's the case.
23       MR. NIGH:  Form objection to that
24   question.
25

Page 12

1    BY MR. TRISCHLER:
2    Q    Assuming there are studies that
3    suggest daily intake of nitrosamines for smokers can
4    be as high as 20,000 to 25,000 nanograms per day, do
5    you have any scientific basis to dispute that fact?
6        MR. NIGH:  Form objection.
7        THE WITNESS:  Well, I mean I have
8    to -- I have to read the scientific paper and
9    then see exactly how that number was derived.
10   So I think you're asking me a very general
11   question.
12   BY MR. TRISCHLER:
13   Q    Well, I don't know whether it's
14   general or specific.  I'm just asking you a
15   question, and the question is this:  As you sit here
16   today providing testimony under oath, are you aware
17   of any evidence to suggest that daily intake of
18   nitrosamines for smokers is something other than 20
19   to 25,000 nanograms per day on average?
20       MR. NIGH:  Form objection.
21       THE WITNESS:  I -- I don't -- I didn't
22   look at nitrosamine exposure among smokers, so,
23   again, this is -- this is not an area that I
24   specifically looked at.  I know generally
25   speaking, smokers could have a higher

Page 13

1    concentration of NDMA than nonsmokers.
2    BY MR. TRISCHLER:
3        Q      And I think what you said as part of
4    your research in this case and part of your work in
5    this case, you did not do any analysis to determine
6    baseline exposures for either NDEA or NDMA, right?
7            MR. NIGH:  Form objection.
8            THE WITNESS:  Yes.
9    BY MR. TRISCHLER:
10       Q      Would you agree that if an individual
11   consumes alcohol, his or her daily exposure to NDEA
12   and NDMA would be expected to increase?
13       A      Than a nonalcoholic, yes.
14       Q      Well, not just a known alcoholic, but
15   anyone that consumes alcoholic.  I like a beer or
16   two from time to time, and I don't think I'm an
17   alcoholic.  But when I consume alcohol, research
18   suggests that my daily intake of nitrosamines is
19   going to go up.  Wouldn't you agree?
20       A      It's -- yeah, it's going to go -- it's
21   going to be higher than, you know, when you were not
22   taking alcohol or compared to somebody who's not
23   taking alcohol.
24       Q      Sure, so -- so we can agree that
25   there's a baseline of exogenous exposure to NDEA and

Page 14

1    NDMA that all of us experience, right?
2        A      Yes.
3        Q      All of us have a lifetime of exposures
4    to NDMA and NDEA, right?
5        A      Yes.
6        Q      Every plaintiff in this litigation has
7    been exposed to NDMA and NDEA throughout their
8    lifetimes just like you and I have, right?
9        A      Yes.
10       Q      In this case, though, you've done
11   nothing to independently assess, evaluate or
12   quantify what that baseline exposure is, right?
13           MR. NIGH:  Form objection.
14           THE WITNESS:  You're talking about me
15       undertaking a study, looking at your question.
16       That was not what I did or I was asked to do.
17   BY MR. TRISCHLER:
18       Q      I understand.  That's what I'm just
19   trying to clarify.  There were things were you asked
20   to do and things you were not.
21           And one of the things you have not
22   done is to quantify a baseline exposure for NDEA and
23   NDMA for any plaintiff in this litigation or any
24   average person in the community, right?
25           MR. NIGH:  Form objection.

Page 15

1            THE WITNESS:  Yes.
2    BY MR. TRISCHLER:
3        Q      Nothing in your report that's been
4    filed with the court in this case quantifies
5    baseline NDEA or NDMA exposures, agreed?
6            MR. NIGH:  Object to form.
7            THE WITNESS:  Yes.
8    BY MR. TRISCHLER:
9        Q      And at the outset of yesterday when
10   you were being asked questions by Mr. Gallagher,
11   what I recall you stating is that what you were
12   retained to do was to review the literature and
13   provide an answer to the question of whether NDMA,
14   regardless of route of administration, could
15   plausibly cause cancer in humans.  That was the
16   question you were asked, and you -- and you
17   undertook a literature review to try to answer that
18   question, correct?
19       A      Yes.
20       Q      And while that was the question you
21   were asked to evaluate, I think, as we have just
22   established, there were other questions concerning
23   NDMA and NDEA that you never examined, right?
24       A      Well, what do you mean by "other
25   questions"?

Page 16

1        Q      Well, for instance, we talked about
2    the fact that you never researched the amounts of
3    NDMA that the average American adult consumes on a
4    daily basis, right?
5        A      I do have in my report a citation of
6    general range of exposure of NDMA in -- you know, in
7    the American diet.  And I agree with you that, you
8    know, generally, they are all exposed to NDMA, you
9    know, from the environment or from air or what have
10   you.
11       Q      Right.  And I think you agreed with me
12   that daily exposure is on the order of
13   2,000 nanograms per day.  But my question was that
14   was not the -- determining that average baseline
15   exposure from dietary intake was not the question
16   that you were asked to answer?
17           MR. NIGH:  Hold on.  Hold on.  Object
18       to form, mischaracterizes his testimony.  Never
19       was there an agreement that the average
20       baseline is 2,000 nanograms of NDMA.
21           You can answer.
22           MR. TRISCHLER:  I don't think speaking
23       objections are permitted, Daniel, so please
24       don't do it.
25           MR. NIGH:  Well, you can't

Page 17

1 mischaracterize testimony.
2          MR. TRISCHLER:  Well, I think you can
3 object to form, but let's not -- let's not
4 start testifying, please.
5          MR. NIGH:  Okay.  Form objection.
6          THE WITNESS:  Yes.
7 BY MR. TRISCHLER:
8      Q      And you never researched the amount of
9 NDEA that the average American consumes on a daily
10 basis, right?
11     A      Yes.
12     Q      You have not reviewed the cases of any
13 plaintiff in this litigation to calculate their
14 cumulative -- cumulative lifetime exposure to NDMA
15 or NDEA prior to the time they consumed any
16 valsartan-containing medication, right?
17     A      Correct.
18     Q      Have you ever -- we have been talking
19 about exogenous exposure, but have you ever
20 independently researched endogenous formation of
21 nitrosamines where the extent of endogenous
22 formation that occurs prior to the time you were
23 retained in this case?
24     A      No.
25     Q      And in connection with your work in

Page 18

1 this case, have you ever done any research to try
2 and answer the question of the extent of endogenous
3 formation of nitrosamines that occurs in the human
4 body?
5      A      No.  I mean, that -- that is not my
6 field of expertise.
7      Q      Understood.
8          Are you aware of any research
9 suggesting that all of us endogenously form
10 nitrosamines in our body at levels even higher than
11 what we consume exogenously?
12     A      I know that there is potential for
13 endogenous formation of NDMA in -- in the human
14 body.
15     Q      Right.  And in reading some of the
16 studies that you cite in your report, and that you
17 were kind enough to discuss with us yesterday, some
18 of those studies suggest that the level of
19 nitrosamines that form endogenously are far greater
20 than what we consume on a daily basis, right?
21          MR. NIGH:  Form objection.
22          THE WITNESS:  Yes.
23 BY MR. TRISCHLER:
24     Q      In fact, I think one of the papers
25 that was cited in your report was a paper that was

Page 19

1 published by a gentleman named Jakszyn as the lead
2 author -- lead author, excuse me.  Jakszyn is
3 spelled J-a-k-s-z-y-n, I believe.  Do you recall
4 that paper?
5      A      Yes.
6      Q      I think it was entitled "Endogenous
7 Versus Exogenous Exposure to Nitroso Compounds" and
8 was marked as Exhibit 12, yesterday.  Do you
9 remember that?
10     A      Right.
11     Q      And according to that paper by
12 Jakszyn, we're exposed to over 93,000 nanograms of
13 nitrosamines every single day.  Do you remember
14 that?
15          MR. NIGH:  Form objection.
16          THE WITNESS:  I do remember that.
17 BY MR. NIGH:
18     Q      And as part of your work in this case,
19 you have not done any independent research studies
20 or testing to -- to suggest or establish that the
21 estimates of total nitrosamine exposure as predicted
22 by Jakszyn were incorrect, fair to say?
23     A      Yes.
24     Q      And I trust you'd agree with me that
25 if you want to evaluate the impact of nitrosamines

Page 20

1 in valsartan-containing medications, what we need to
2 consider is the extent to which individual
3 consumption of NDMA and NDEA increase due to the
4 presence of those compounds in the drugs, right?
5          MR. NIGH:  Form objection.
6          THE WITNESS:  I mean, if you want to
7 do a perfect study, yes, that's -- that's what
8 needs to be done.
9 BY MR. TRISCHLER:
10     Q      And in assessing carcinogenicity of
11 any compound, you agree that dose and duration of
12 exposure are always important, right?
13     A      Generally speaking, yes.
14     Q      Right.  Well, in fact, yesterday, we
15 discussed the Pottegard and Gomm studies.  Do you
16 remember that?
17     A      Yes.
18     Q      And one of the things I remember from
19 your testimony yesterday was that you were critical
20 of those studies because the amount of NDMA exposure
21 was not specified in the controls.  Do you recall
22 telling us that?
23     A      Yes.
24     Q      And you told us that, you know, for
25 that -- in that study, you would have liked to have

Page 21

1  seen the controls broken down by high exposure,
2  medium exposure and low exposure.  Do you remember
3  telling us that?
4      A    Yes.
5      Q    And the inference from that is that
6  you wanted them broken down that way because dose
7  and duration are undoubtedly important and
8  undoubtedly contribute to carcinogenicity, right?
9      A    Yes.
10      MR. NIGH:  Form objection.
11  BY MR. TRISCHLER:
12      Q    And in this case, you've been very
13  clear and very honest and open in telling us that
14  you have not done any work to -- since you have not
15  done any work to establish baseline exposures,
16  right?
17      MR. NIGH:  Form objection.
18      THE WITNESS:  Yes, I think I have
19  answered that already.
20  BY MR. TRISCHLER:
21      Q    Right.  And since you have not done
22  any work to establish baselines, you can't tell us
23  the extent to which any plaintiff's daily intake of
24  NDMA or NDEA increased due to the use of
25  valsartan-containing medications, right?

Page 22

1      A    Correct.
2      Q    So if we -- I told you at the outset I
3  introduced myself, my client is Mylan.  If we use
4  Mylan is an example.  You reference my client I
5  think only in one place in that -- in your --
6      THE COURT REPORTER:  I'm sorry.  You
7  cut out.
8  BY MR. TRISCHLER:
9      Q    I said you reference Mylan only in one
10  place in your entire report.  Would you agree?
11      A    I believe it's the -- the part where I
12  show the ranges of -- of NDMA in the product.
13      Q    Agreed.
14      You -- you -- you provided us with a
15  40-page report, and the only place where you ever
16  mention my client is in a footnote on Page 8,
17  correct?
18      A    Yes.  I wasn't asked to write reports
19  for different manufacturers.
20      Q    I understand.  But in that footnote,
21  you suggest that NDEA concentrations in some of
22  Mylan's products were found to range from .01 parts
23  per million to 1.57 parts per million.  Do you
24  remember writing that?
25      A    Yes.

Page 23

1      Q    And the -- as part of your work in
2  this case, did you -- did you calculate the mean
3  parts per million that was observed in Mylan's
4  product?
5      A    I remember I may have calculated
6  either the mean or the -- or the higher range of the
7  PPM.
8      Q    Well, if you calculated a mean, what
9  did you calculate?
10      A    I don't remember off the top of my
11  head.  But I mean, if I can just do a quick
12  calculation if you tell me what the -- if I can --
13  I'm just looking at my report.
14      Q    Well, to calculate the mean, you'd
15  need to know a lot more than just what the lower
16  bound and what the upper bound of the range was,
17  right?
18      A    Yes.
19      Q    Right.  And the only information you
20  have in your report is the low -- low range being
21  .01 parts per million, and the high being 1.57 parts
22  per million -- per million.  So how would you
23  calculate a mean?  But you can't calculate a mean
24  based on that.  You'd need other data and other
25  information.

Page 24

1      A    Yeah, I probably -- I probably just --
2      MR. NIGH:  Hold on.  Hold on.  Let me
3  object to the form first.  Form objection.
4      You can answer, Doctor.
5      THE WITNESS:  I probably only looked
6  at the higher -- higher end of the 1.57.
7  BY MR. TRISCHLER:
8      Q    So -- so your best recollection,
9  sitting here today, is you never calculated a mean
10  concentration of NDEA in the Mylan product, right?
11      A    Right.
12      Q    Well, I'll represent to you that
13  the -- for purposes of my questions that the mean
14  concentration for -- in Mylan's product is observed
15  to be 0.047 parts per million, okay?
16      A    Okay.
17      Q    And if we assume the -- did you --
18  were you made aware of the fact that the largest
19  concentration in which valsartan-containing
20  medications or the largest dose in which
21  valsartan-containing medications were made available
22  in the United States was 320 milligrams per day?
23      A    Yes.
24      Q    And so if the mean is .047 parts per
25  million, and we assume the largest dose of

Page 25

1  320 milligrams, that results in a mean exposure of
2  150 nanograms, correct?
3      A      Correct.
4      Q      So going back to Jakszyn's data in
5  Exhibit 12 that you -- in his paper that you
6  included with your report, if his estimate of
7  nitrosamine exposure of 93,000 nanograms per day is
8  accurate, in 150 nanogram --
9             THE COURT REPORTER: I'm sorry. You
10  broke up. You broke up.
11             MR. TRISCHLER: I'll start over.
12  BY MR. TRISCHLER:
13      Q      If we assume the data from Jakszyn's
14  paper is accurate, then adding a 150-nanogram
15  exposure to a daily nitrosamine exposure of 93,000
16  nanograms is miniscule, correct?
17             MR. NIGH: Object to form. Object to
18  form.
19             THE WITNESS: Well, again, we --
20  that's -- the Jakszyn study is one study. It
21  has some limitations. Back to your -- back to
22  your point, the 150, I believe the -- the Mylan
23  nanogram per -- the mean Mylan nanogram per day
24  of 150 is -- one has to look at this as a
25  cumulative exposure. So patients would be

Page 26

1  taking this over extended period of time. 150
2  is still higher than the -- the recommended or
3  the allowable daily dose by the FDA.
4             And you are sort of assuming that only
5  the patient who's taking the 150-nanogram Mylan
6  dose has that endogenous exposure -- sort of
7  exposure to endogenous nitrosamines as well.
8  In other words, you know, in the population, as
9  we spoke earlier, we are all exposed to
10  nitrosamines. So population-wise, there is no
11  reason to believe that the people who are not
12  taking that extra dose of Mylan also do not
13  have endogenous exposure to NDMA.
14             What I'm trying to say is that
15  endogenous exposure in the population is
16  probably very similar, at least in the American
17  population, based on the diet. And if a
18  patient is taking an extra dose of 150
19  nanograms per day of Mylan or any other
20  exposures, an extra dose added to that baseline
21  dose, which again is higher than the
22  recommended daily dose by the FDA, cumulatively
23  over a long period of time, it is possible that
24  that dose could potentially increase the risk
25  of cancer.

Page 27

1             MR. TRISCHLER: Objection, move to
2      strike as nonresponsive.
3  BY MR. TRISCHLER:
4      Q      Let's see if we can try this again,
5  Doctor.
6             A 150-nanogram exposure is miniscule
7  compared to a 93,000-nanogram exposure, right?
8             MR. NIGH: Object to form.
9             THE WITNESS: Yes.
10  BY MR. TRISCHLER:
11      Q      It's .01 percent of the total
12  exposure, simple math, right?
13             MR. NIGH: Object to form.
14             THE WITNESS: Yes, but you are -- you
15      are -- you're assuming that the -- that there
16      is one patient taking -- exposed to endogenous
17      X amount -- I don't know if the Jakszyn study
18      is -- is the true endogenous value. But let's
19      say there is an X amount of endogenous NDMA in
20      one person. That person is being -- is adding
21      to that, cumulatively, an extra dose. You're
22      assuming that the other people who are not
23      taking that extra dose do not have endogenous
24      exposure, and only that patient has endogenous
25      plus exogenous exposure.

Page 28

1             What I'm trying to say that in a
2      population, as we discussed, where diets are
3      pretty stable, and this is in the U.S., for the
4      most part, most people will have that baseline
5      endogenous exposure. So the person who's
6      taking the exogenous NDMA in valsartan, you'll
7      have -- you'll have an added extra risk if
8      you're taking it cumulatively every day.
9             So that -- that's what I was trying to
10      explain to you.
11  BY MR. TRISCHLER:
12      Q      I think I understand, Doctor. I'm not
13  making the assumption that you believe I am. I
14  agree with you 100 percent, that every one of us has
15  exogenous and endogenous exposures to nitrosamines.
16  And if Jakszyn is correct, that that exposure is on
17  the order of 93,000 nanograms per day.
18             And so my -- so the issue in this
19  case, then, is does an exposure of an extra
20  150-nanograms representing a .01 percent increase in
21  that exposure level result in a substantial --
22  statistically significant increased risk of cancer.
23  That's the question I want to answer.
24             And what I'm asking hearing from you
25  is that's not a question -- I haven't asked the

Page 29

1  question. That's not a question you ever answered
2  in this case. You certainly don't answer it in your
3  report, right?
4       MR. NIGH: Hold on. Object to the
5  colloquy, argumentative.
6       You can answer.
7       THE WITNESS: So, again, as I
8  mentioned yesterday, I'd love to answer that
9  question. But the -- the type of question
10  you're asking, data for that question, good
11  data, is not available. What I was asked to do
12  is to answer the question as a general
13  causation question, does exposure to NDMA over
14  time increase the risk of cancer. So that's
15  what I -- that's what my systematic review
16  addressed.
17  BY MR. TRISCHLER:
18  Q      Understood.
19  A      I did not -- I did not address mostly
20  because I -- you know, I did search for the data.
21  But that specific question that you're asking -- and
22  it's quite more of an individual -- you know,
23  individual causation question rather than a general
24  causation question. So I did not answer that, the
25  type of question you're asking.

Page 30

1  Q      Well, I agree with a lot of what you
2  said. I disagree that it's not a general causation
3  question.
4       But I think what we can really agree
5  on is your statement that good data does not exist
6  to answer the question of whether an incremental
7  increase in nitrosamine exposures above the baseline
8  that we all experience will lead to a statistically
9  significant increased risk of cancer. It's not a
10  question that you answered, and the data is not
11  there to answer it. That's what you just told us
12  under oath, right?
13       MR. NIGH: Object to form.
14       You can answer.
15       THE WITNESS: Again, I -- in my
16  report, I -- I was asked to answer whether
17  there is general causation with exposure to
18  NDMA over time. That's what I answered in my
19  report.
20  BY MR. TRISCHLER:
21  Q      And you did not answer the question of
22  whether an incremental increase over some period
23  of -- over some period less than lifetime would lead
24  to a statistically significant increased risk of
25  cancer because the data is not there to answer that

Page 31

1  question, agreed?
2       MR. NIGH: Object to the form.
3       You can answer.
4       THE WITNESS: I answered the question
5  that NDMA exposure over time increases the risk
6  of cancer. I did not answer the question of
7  incremental increase, and I really don't
8  understand what you mean by "statistically
9  significant."
10       But I did not answer the question
11  whether incremental increase of any specific
12  doses of NDMA increased the risk of cancer. I
13  answered a more general question of exposure,
14  exposure over time versus cancer risk.
15  BY MR. TRISCHLER:
16  Q      In your review of the scientific
17  literature, did you find a single cohort or case
18  control study that reported that a 1 to 2-percent
19  increase in daily NDMA exposure would lead to a
20  statistically significant increased risk of
21  esophageal cancer?
22       MR. NIGH: Object to form.
23       THE WITNESS: Can you repeat the
24  question, please?
25  BY MR. TRISCHLER:

Page 32

1  Q      In your review of the scientific
2  literature, did you find a single cohort or case
3  control study that reported that a 1 to 2-percent
4  increase in daily NDMA exposure would lead to a
5  statistically significant increased risk of
6  esophageal cancer?
7       MR. NIGH: Object to form.
8       THE WITNESS: I don't know if the
9  study looked at 1 to 2-percent increase, but
10  there are -- the dietary studies that I
11  included have looked at sort of a dose response
12  exposure of NDMA per day, looking at high
13  versus low doses with respect to cancer.
14  BY MR. TRISCHLER:
15  Q      Can you cite me any study, as you sit
16  here today, where the authors looked at incremental
17  increases in nitrosamine exposure and concluded that
18  a 1 to 2-percent increase in NDMA or NDEA intake
19  would lead to an increased risk of cancer?
20  A      Can you clarify --
21       MR. NIGH: Hold on. Hold on. Object
22  to the form.
23       You can answer.
24       THE WITNESS: Can you clarify what you
25  mean by "incremental increase"?

Page 33

1  BY MR. TRISCHLER:
2     Q     What I'm -- what we've been talking
3  about, Doctor, that we all have a baseline of -- of
4  exposure that we have been receiving on a daily
5  basis. Let's assume that that baseline exposure is
6  2,000-nanograms. If we were exposed to
7  2,000-nanograms for the first 40 years of our life,
8  and then in year 41, we begin to -- that exposure
9  increases to 2,100 nanograms per day, what I want to
10  know is: Are there any studies to suggest that an
11  incremental increase in daily nitrosamine exposure
12  is expected to lead to an increased risk of cancer?
13            MR. NIGH: Hold on. Hold on. Hold
14  on. Hold on. Object to the form.
15            THE WITNESS: What I think you're --
16     you're referring to is whether -- whether there
17     is a dose response increase with NDMA exposure
18     and cancer so that the more NDMA you take over
19     a period, your risk of cancer is higher.
20            So again, some of the dietary studies
21     that I've discussed have looked at subjects who
22     have taken the highest cumulative dose of NDMA
23     in their diet and compared them to the -- to
24     the lowest, considering that all of those --
25     all of that population is also exposed to some

Page 34

1     level of endogenous NDMA through their diet.
2            They have looked at exogenous NDMA
3     using dietary measures and looked at that dose
4     response. So I think, again, your -- I think
5     your question is whether there's a dose
6     response relation. And I have shown in my
7     report that some of these dietary studies have
8     shown a dose response.
9  BY MR. TRISCHLER:
10     Q     That's not -- that wasn't my question,
11  but let me -- so let me try to ask it again.
12            Name me a study that's in your report
13  or that you uncovered in your research that
14  establishes that there is an increased risk of
15  cancer if my nitrosamine intake is increased by
16  5 percent for a period of five years.
17            MR. NIGH: Sorry. Was that the end of
18     the question?
19            MR. TRISCHLER: Yes.
20            MR. NIGH: Okay. Object to form.
21            THE WITNESS: Again, I think -- I
22     think you're asking -- I think your question is
23     asking the same concept of a dose response in a
24     different fashion.
25            And so again, if -- the studies may

Page 35

1     not have looked at nitrosamines in the way
2     you're asking the question. But they have
3     looked at those response. You're -- you're
4     basically saying does somebody who has an
5     increase in 1 to 2 percent over five years,
6     does that person have a higher risk of cancer,
7     and I think what -- and I think what you mean,
8     and correct me if I'm wrong, is compared to
9     somebody who doesn't have that 1 to 2 percent
10     increase. That -- that is a dose response
11     question, and I'm -- and that has been looked
12     at in the dietary studies, not -- not exactly
13     the way you have put it. But they have looked
14     at cumulative dosing.
15  BY MR. TRISCHLER:
16     Q     Well, I'm -- well, the way you phrased
17  the question is the way I'm looking for you to
18  answer it, Doctor.
19            And -- and so my question is, tell me
20  the -- name me the dietary study where it says that
21  a slight, short duration increase in nitrosamine
22  exposure is gonna increase your risk for developing
23  cancer. I can -- I read your papers, the papers you
24  sent. I can't find it, so tell me where it is.
25            MR. NIGH: Object to form. This is

Page 36

1  getting argumentative, lots of colloquy. It's
2  inappropriate. It's not a question.
3            MR. TRISCHLER: It's a question. It
4  might not be a good one, Dan, but it's a
5  question.
6            MR. NIGH: But the -- "I've read your
7  report. I can't find out where it is." You
8  know, that's not a question. That's
9  argumentative. It's inappropriate.
10            THE WITNESS: Again, the -- the -- the
11  dose response analysis done in the dietary
12  studies look at or present a dose response
13  relation. They have not looked at it the way
14  you have portrayed your question or the way you
15  want the dose response to be looked at. But
16  they have addressed -- I still think that your
17  question -- your question is a dose response
18  question. And they have addressed dose
19  response in the way that all dietary studies
20  address them, high dose versus low dose. What
21  is the risk? Is there a difference in risk?
22  BY MR. TRISCHLER:
23     Q     And what you're saying -- what you're
24  suggesting with your answer is the same thing I
25  think we already talked about, and that is that dose

Page 37

1  and duration do matter, correct?
2  A    Yes.
3  Q    Right.  And so what I'm trying to
4  define is when does the dose and duration exposure
5  to nitrosamines lead to an increased risk of cancer?
6  Where do we draw the line?  You have cited in your
7  report -- you have got 71 references listed in this
8  report, correct?
9  A    Yes.
10  Q    Tell me by number which one of those
11  71 references that I can go to that is going to
12  suggest that if I increase my daily nitrosamine
13  exposure by 5 percent or less for some period of
14  time, that I'm -- I'm at an increased risk for
15  cancer?  Does that -- does that data exist anywhere?
16  MR. NIGH:  Objection.
17  THE WITNESS:  Again, the -- the way --
18  the question that you're asking me, that --
19  that type of analysis, I -- I did not find.
20  But I did include, as you mentioned, dietary
21  studies of the dose response analysis.
22  BY MR. TRISCHLER:
23  Q    We talked about the fact that all of
24  us are exposed to NDMA and NDEA on a regular basis
25  true?

Page 38

1  A    Correct.
2  Q    But we can agree that while all of us
3  are exposed to NDMA and NDEA every day, not all of
4  us are going to develop cancer, correct?
5  A    Yes.
6  Q    So there's obviously a threshold dose
7  or a threshold exposure at which NDMA and NDEA will
8  not cause harm, agreed?
9  MR. NIGH:  Object to form.
10  THE WITNESS:  I -- I don't know.  I
11  don't know the answer to that question.
12  BY MR. TRISCHLER:
13  Q    You have never calculated a threshold
14  dose for NDEA, have you?
15  A    Well, you're -- your question is not
16  about the threshold dose on NDMA -- NDEA.  I believe
17  your question is whether there is a threshold dose
18  in causing cancer, and so that requires another
19  study.  It's not as simple as just calculating
20  threshold dose.
21  BY MR. TRISCHLER:
22  Q    Well, I'm just asking you if you've
23  ever done it.
24  A    No, because that requires, again, a
25  very large sophisticated study, and I -- I have not

Page 39

1  done it.  And I was not -- that's not what I was
2  asked to do.
3  Q    Are you familiar with the concept of
4  permissible daily exposure?
5  A    Yes.
6  Q    Is it true that permissible daily
7  exposure is defined as a dose that's unlikely to
8  cause an adverse effect if the individual is exposed
9  at or below that dose for a lifetime?
10  A    I believe that's what it stands for.
11  Q    Okay.  Have you ever calculated a
12  permissible daily exposure for any nitrosamine?
13  A    No, because I relied on the
14  epidemiologic studies that I looked at.  I mean, the
15  permissible daily exposure mostly comes from animal
16  data.
17  Q    I'm just asking if you have ever
18  calculated a PDE for any nitrosamine?
19  A    No.  I appreciate that, but I just
20  need to be able to explain myself.  So, no, I have
21  not.
22  Q    Do you agree there is one though,
23  right?
24  A    There is one, for example, the FDA has
25  one, yes.

Page 40

1  Q    Well, the FDA has an acceptable intake
2  level that it's established for nitrosamine levels
3  in drug products, but that's not a PDE, is it?
4  MR. NIGH:  Object to form.
5  THE WITNESS:  It may not be.  I'll
6  have to -- I'd have to check.
7  BY MR. TRISCHLER:
8  Q    Well, just think about it.  We've
9  already -- we've already talked about and
10  established that nitrosamines are ubiquitous and
11  we're exposed to them from lots of sources, not just
12  drugs, right?
13  A    Yes.
14  Q    Right.  So there's a -- there's a
15  permissible daily exposure for all nitrosamines
16  including NDMA and NDEA.  You've -- but you've not
17  determined what they are, correct?
18  MR. NIGH:  Object to form.
19  THE WITNESS:  I don't know -- I mean,
20  I could have during my research, but it doesn't
21  ring a bell right now.
22  BY MR. TRISCHLER:
23  Q    And you don't recall seeing any data
24  suggesting a PDE for NDEA or NDMA, right?
25  A    Correct.

Page 41

1    Q    Are you aware of any research that's
2  been published in the peer-reviewed literature
3  suggesting that a short-term increase in NDEA or
4  NDMA exposure above the PDE will lead to an
5  increased risk of cancer in humans?
6         MR. NIGH:  Object to form.
7         THE WITNESS:  No.
8  BY MR. TRISCHLER:
9    Q    So if I could summarize what I
10  understand your work in this case to be, Doctor, is
11  that -- your focus was on addressing the general
12  question of whether the literature supports a
13  plausible causal connection between NDMA and cancer
14  in humans, right?
15        MR. NIGH:  Object to form.
16        THE WITNESS:  Yes.
17  BY MR. TRISCHLER:
18    Q    I didn't hear your answer because of
19  the objection.
20    A    Yes.
21    Q    And your -- your research was not
22  focused on dose or duration or on examining the
23  impact of incremental increases in daily exposures,
24  right?
25        MR. NIGH:  Object to form.

Page 42

1         THE WITNESS:  Yes.
2  BY MR. TRISCHLER:
3    Q    And now I want to ask you some
4  questions specifically about NDEA.  Before you were
5  retained in this case, had you ever done any
6  original clinical research on the carcinogenicity of
7  NDEA?
8    A    No.
9    Q    For that matter, before you were
10  retained by the plaintiffs' lawyers in this case,
11  had you ever done any original clinical research on
12  the carcinogenicity of NDMA?
13    A    No.
14    Q    Had you ever published any
15  peer-reviewed studies assessing or evaluating the
16  carcinogenicity of NDEA in humans?
17    A    No.
18    Q    Had you ever published any
19  peer-reviewed studies assessing or evaluating the
20  carcinogenicity of NDMA in humans?
21    A    No.
22    Q    Had you ever done any animal studies
23  or participated in any animal studies looking at the
24  carcinogenicity of any nitrosamine?
25    A    No.  I'm not a basic scientist, so no.

Page 43

1    Q    Okay.  Had you ever participated in
2  any epidemiological studies involving NDEA?
3    A    No.
4    Q    Had you ever participated in any
5  animal study -- or excuse me.  Have you ever
6  participated in any epidemiological studies
7  involving NDMA?
8    A    No.
9    Q    Prior to the time the plaintiffs'
10  lawyers knocked on your door to ask you to work on
11  this case, had you ever done any work in your
12  professional career with nitrosamines?
13    A    No.
14    Q    So is it fair to say that in your
15  career as a -- in the fields of pharmacology and
16  epidemiology, that you never researched, studied or
17  investigated the possible association of
18  nitrosamines and cancers before you were retained in
19  this case?
20    A    I have done studies in the past on
21  carcinogens and cancer, but not specifically on
22  nitrosamines.
23    Q    Right.  And so since you had no
24  specific background in studying, researching or
25  investigating nitrosamines, the only basis for your

Page 44

1  opinion as to whether NDMA or NDEA can cause cancer
2  in humans is the literature that -- review that you
3  did in connection with this case, right?
4    A    Yes.
5         MR. NIGH:  Object to form.
6  BY MR. TRISCHLER:
7    Q    And in the -- with that literature
8  review, I want to ask you specifically about NDEA.
9    Q    Did you identify in your literature
10  review any observational study in the literature
11  that found a statistically significant association
12  between NDEA and breast cancer?
13    A    Specifically on breast cancer?
14    Q    Yes, NDEA and breast cancer.
15    A    No.
16    Q    In your research for purposes of this
17  case, did you -- can you identify any observational
18  study that you found in the literature that reported
19  a statistically significant association between NDEA
20  and esophageal cancer?
21    A    No.
22    Q    In connection with your work in this
23  case, can you identify for me any observational
24  study in the literature that found a statistical --
25  statistically significant association between NDEA

Page 45

1   and stomach cancer?
2       A      No.
3       Q      In connection with your work in this
4   case, can you identify any observational study that
5   you found in the literature that found a
6   statistically significant association between NDEA
7   and colorectal cancer?
8       A      No.
9       Q      In connection with your work in this
10  case, can you identify any observational study in
11  the literature that found a statistically
12  significant association between NDEA and liver
13  cancer?
14      A      No.
15      Q      In connection with your work in this
16  case, can you identify any observational study in
17  the literature that found a statistically
18  significant association between NDEA and lung
19  cancer?
20      A      No.
21      Q      In connection with your work in this
22  case, can you identify any observational study that
23  found a statistically significant association
24  between NDEA and bladder cancer?
25      A      No.

Page 46

1       Q      In connection with your work in this
2   case, can you identify any observational study
3   published in the literature that found a
4   statistically significant association between NDEA
5   and prostate cancer?
6       A      No.
7       Q      In connection with your work in this
8   case, can you identify any observational study
9   reported in the literature with a statistically
10  significant association between NDEA and blood
11  cancers?
12      A      No.
13      Q      In connection with your work in this
14  case, can you identify any observational studies
15  published in the literature that found a
16  statistically significant association between NDEA
17  and pancreatic cancer?
18      A      I identified one study by Zheng that
19  looked at NDEA and found an increase in risk.
20      Q      And that -- that paper was -- the lead
21  author was Zheng, Z-h-e-n-g, correct?
22      A      That's right.
23      Q      And that was published in 2018 in a
24  publication called "Carcinogenesis"?
25      A      Yes.

Page 47

1       Q      And would you agree with me that even
2   while finding an association between pancreatic
3   cancer and NDEA, the authors of the Zheng paper were
4   careful to note that their observations were
5   preliminary?
6       A      That's what they may have stated in
7   their paper, yes.
8       Q      And isn't it true that the authors of
9   that paper were careful to note that the findings
10  and this reported association between NDEA and
11  pancreatic cancer was merely preliminary?
12      A      If that's what they said in their
13  paper, then that's what they said, but -- I mean,
14  that's what --
15      Q      Well, you read -- you read it.  Do you
16  recall?
17      A      I have read a lot of these papers.  I
18  can read it now.  I don't recall that statement,
19  but --
20      Q      Isn't it true that the authors of the
21  Zheng paper noted that their findings were
22  preliminary and needed to be confirmed in a large
23  prospective cohort study with consideration of
24  sufficient time between diet assessment and disease
25  diagnosis?

Page 48

1               MR. NIGH:  Object to form.
2               THE WITNESS:  That is -- they are sort
3   of portraying a perfect scenario.  I'm not sure
4   if -- and they call this preliminary.  I'm not
5   sure if there will ever be a large prospective
6   study looking at this question again, but
7   that's what they state.
8   BY MR. TRISCHLER:
9       Q      Well, that was going to be my next
10  question.  Do you -- are you aware of the large
11  prospective cohort study that Zheng and his
12  colleagues recommended to be done, whether it was
13  ever done?
14              MR. NIGH:  Object to form.
15              THE WITNESS:  I'm not aware.
16  BY MR. TRISCHLER:
17      Q      We talked about my client,
18  Mylan Pharmaceuticals, a bit and how you mentioned
19  them in that footnote on Page 8.
20              Can we agree that nowhere in your
21  40-page report that you filed in this case did you
22  ever conclude that an increase in NDEA intake in the
23  amounts contained in Mylan's valsartan-containing
24  medication to cause cancer in humans?
25              MR. NIGH:  Can you repeat that?  You

Page 49

1    broke up.  You broke up at the end.
2         MR. TRISCHLER:  Sure.
3         MR. NIGH:  Thank you.
4    BY MR. NIGH:
5         Q    Can we agree that nowhere in your
6    report you ever conclude that an increase in NDEA
7    intake in the amounts contained in Mylan's
8    valsartan-containing medications was sufficient to
9    cause cancer in humans?
10        A    Yes.
11        Q    And you -- and in your work in this
12   case, you have not found a single study in the
13   peer-reviewed literature that would support a
14   statistically significant increased risk of any
15   cancer from a short-term duration nitrosamine intake
16   increase of 150 nanograms per day, right?
17        A    You mean a specific study that -- that
18   looks at that specific dosage and cancer?
19        Q    Yes.
20        A    No.
21        Q    The -- the -- are you familiar with
22   the concept of latency periods in cancer?
23        A    Yes.
24        Q    Do you know what the average latency
25   period is for esophageal cancer?

Page 50

1         A    Specifically for esophageal cancer,
2    no.
3         Q    Do you know the average latency period
4    for stomach cancer?
5         A    No.
6         MR. NIGH:  Object to form.
7    BY MR. TRISCHLER:
8         Q    Do you know the average latency period
9    for colorectal cancer?
10        MR. NIGH:  Object to form.
11        THE WITNESS:  The latency period for
12   cancer in general is usually around, give or
13   take, ten years.
14   BY MR. TRISCHLER:
15        Q    All right.  I'm asking about specific
16   cancer types, and if you don't know, you can simply
17   tell me you don't know.
18        A    Right.  I mean, I'm not an oncologist.
19   So no, I -- I -- the answer to your question -- the
20   last -- the answer to your last question on stomach
21   latency is I don't know.
22        Q    Okay.  So and if I went through the
23   nine cancer types that you mention in your report,
24   would you know the average latency period for any of
25   them?

Page 51

1         MR. NIGH:  Object to form.
2         THE WITNESS:  Not specifically.
3    BY MR. TRISCHLER:
4         Q    We talked a little bit about the
5    Gomm -- or you talked a little bit about the Gomm
6    and Pottegard studies yesterday.  And we mentioned
7    them again this morning.  You're familiar with those
8    papers, right?
9         A    Yes.
10        Q    And I think one of the things that you
11   indicated to us was that you were critical of the
12   observations by Gomm and Pottegard in their papers
13   because the study durations too short; is that
14   correct?
15        A    Yes.
16        Q    Basically what you -- what you said
17   was that a study duration of -- with a study
18   duration on the order of three, four and five years,
19   it was simply too early to tell whether or not
20   nitrosamines in valsartan-containing medications
21   might have an increased risk of cancer, right?  You
22   need more time?
23        A    Well, for a population-based study, it
24   is short.  But that doesn't mean that, you know, in
25   some patients, a shorter onset of cancer cannot

Page 52

1    occur.  But when I'm looking at a -- obviously, this
2    was a population study, the ones you're mentioning.
3    And for a population study that median of
4    three years is short.
5         Q    I wasn't asking you about whether
6    there's any particular individual that might have a
7    shorter latency period than another.  I was asking
8    you about study design.
9         And what you told us yesterday was
10   that a study period of four or five years, which I
11   believe is the time frame in the Pottegard and Gomm
12   studies is just too short, and it's too early to
13   tell whether or not nitrosamines in
14   valsartan-containing medications can cause an
15   increased risk of cancer; you need a longer period
16   of time to study that, right?
17        A    Yes.
18        MR. NIGH:  Object to form.  Hold on.
19   Hold on.  Object to form.  That was asked and
20   answered.
21   BY MR. TRISCHLER:
22        Q    That's what you told us yesterday,
23   right?
24        A    Yes.
25        Q    Okay.  And so in your opinion, how

Page 53

1 long would you have to go out to find a credible
2 study that evaluates NDMA and NDEA in
3 valsartan-containing medications and whether those
4 medications lead to an increased risk of cancer?
5        MR. NIGH:  Form objection.
6        THE WITNESS:  Certainly, more than,
7    you know, five years.
8 BY MR. TRISCHLER:
9    Q      Okay.  What does that mean?  Does it
10 mean six years is enough, or do you have to go to
11 like 10, 15?
12    A      Well, again, you're asking me a
13 technical question.  So one has to sit down, and if
14 you're looking at different types of cancer, you
15 have to factor in the -- the different latencies of
16 all the cancers that you want to study and then make
17 sure that the follow-up period that you have in your
18 study design meets those latency periods.
19    Q      Okay.  So are you familiar with a
20 paper by Nadler, N-a-d-l-e-r, entitled, "Estimating
21 Cancer Latency Times Using Weibull," W-e-i-b-u-l-l,
22 "Model"?
23    A      Doesn't ring a bell.
24    Q      Are you familiar with the Weibull
25 model?

Page 54

1    A      Yes.
2    Q      What is it?
3    A      A Weibull model is -- I believe it's a
4 parametric statistical model.
5    Q      For estimating latency periods?
6    A      I -- again, that's a technical
7 statistical question, but I believe it could be.
8 It's a very general model that's used for different,
9 sort of, outcomes and -- and one -- I mean, it could
10 possibly be used for statistical modeling of latency
11 as well.  Because it looks at time, and latency is a
12 time.  You know, it's a function of time.
13    Q      So I'll represent to you that in
14 this -- in the Nadler paper using the Weibull model
15 to estimate cancer latency times, the authors
16 concluded that the average latency period for
17 stomach cancer is 22 years.  You don't have any
18 information to dispute that, right?
19        MR. NIGH:  Object to form.
20        THE WITNESS:  I'm not going to agree
21    right now on the latency period, which is quite
22    a complex topic, based on just one paper.
23 BY MR. TRISCHLER:
24    Q      I didn't ask you to agree to it.  I
25 asked you -- I made a representation to you of the

Page 55

1 average latency period in the literature.  And I
2 asked if you have any basis to dispute it.
3        MR. NIGH:  Object to form.
4        THE WITNESS:  No, I have no basis to
5    dispute it or agree to it.
6 BY MR. TRISCHLER:
7    Q      Okay.  And in -- in the same paper,
8 the authors estimate the average latency period of
9 lung cancer to be 13 years.  Do you have any basis
10 to dispute that?
11        MR. NIGH:  Object to form.
12        THE WITNESS:  Again, I can't agree or
13    dispute.
14 BY MR. NIGH:
15    Q      And so if we wanted to -- if we were
16 an epidemiologist like yourself and we wanted to
17 carry out, you know, a well-designed epidemiological
18 study to evaluate whether nitrosamines in
19 valsartan-containing medications led to an increased
20 risk of stomach cancer, we'd need to carry that
21 study out for 22 years, right?
22        MR. NIGH:  Object to form.
23 BY MR. TRISCHLER:
24    Q      If we assume that's the correct
25 latency period?

Page 56

1        MR. NIGH:  Object to form.
2        THE WITNESS:  It -- it will be -- it
3    should be a study that has a very long follow
4    up.  Again, I don't want to be agreeing on
5    numbers that -- that I haven't seen or from one
6    paper.  But generally speaking, it needs a long
7    period of follow up.
8 BY MR. NIGH:
9    Q      And so if we're going to be -- if
10 we're going to approach the question of whether
11 nitrosamines in valsartan-containing medications
12 lead to an increased risk of cancer, we're going to
13 make that determination based on the science, what
14 you're telling us is we just don't know at this
15 point because the -- we don't have enough time to
16 answer the question, right?
17        MR. NIGH:  Object to form.
18        THE WITNESS:  To specifically design a
19    study that looks at oral nitrosamine, it's
20    going to be a complex study.  But again, my
21    report and my review was on a general causation
22    of exposure of nitrosamine -- nitrosamines and
23    cancer.
24 BY MR. TRISCHLER:
25    Q      By the way, there are -- there are a

Page 57

1  few other cancer types that are at issue in this
2  litigation, breast cancer, kidney cancer, pharyngeal
3  cancer and uterine cancer.
4       In your report, you did not observe
5  any statistically significant increased risk between
6  NDMA and NDEA exposure and breast cancer, do you?
7    A    Again, I don't think a statistically
8  significant increase is the right kind of portrayal. I
9  did not include any studies, whether significant
10  or not, because they did not meet -- those types
11  studies did not meet my inclusion criteria, which --
12    Q    So you don't -- I'm sorry. I didn't
13  mean to interrupt you.
14    A    Go ahead.
15    Q    No. I thought you were finished.
16    A    I -- sorry. I think I am finished.
17    Q    I guess what I'm asking is you do not
18  intend to offer an opinion that NDMA exposure or
19  NDEA exposure will lead to an increased risk of
20  breast cancer, do you?
21    A    No, because it's a not in my report,
22  and I did not cover -- cover this topic.
23    Q    You do not intend to offer an opinion
24  that exposure to NDMA or NDEA lead to an increased
25  risk of kidney cancer, do you?

Page 58

1    A    No.
2    Q    You do not intend to offer an opinion
3  that exposure to NDMA or NDEA lead to an increased
4  risk of pharyngeal cancer, do you?
5    A    Well, I do have -- I do have oral
6  cancers including larynx, I believe, in my report.
7  So pharyngeal, specifically no, but I do talk about
8  oral cancers, in general, including the larynx. And
9  so, again, I do make an opinion on oral cancers in
10  general. It does not specifically say pharyngeal.
11    Q    Okay. But when you say "oral
12  cancers," the only one I'm aware of that arguably
13  constitute oral, at least as I understand the
14  anatomy, is esophageal?
15    A    No. Oral cancers can also include the
16  mouth, the esophagus and also the pharynx and the
17  larynx. So I do have a section in my report on
18  pharynx, larynx and the esophagus, which I combine
19  into head and neck cancers.
20    Q    Okay. Do you intend to offer an
21  opinion that exposure to NDMA or NDEA increase the
22  risk of uterine cancer?
23    A    No.
24       THE WITNESS: Can I interject?
25       MR. TRISCHLER: Yes.

Page 59

1       THE WITNESS: Can we take a break now
2  if you have more information to cover, but if
3  you're reaching the end, maybe we can continue.
4  Either option is okay.
5       MR. TRISCHLER: Well, I'm -- I'm
6  reaching my end, but there will be another
7  examiner, at least one other examiner that I'm
8  aware of. So we can take a break.
9       THE WITNESS: No, I understand. I
10  meant just your section.
11       MR. TRISCHLER: Yeah. You won't --
12  you won't -- we can take a break whenever you
13  want. It won't mess me up, so you're in
14  control of that. So you tell me.
15       THE WITNESS: I mean, if you have
16  another 5, 10 minutes, we can go -- you know,
17  we can continue. If it's longer, I'd like to
18  take a break.
19       MR. TRISCHLER: No, I don't have
20  any -- in fact, I think -- I think I'm probably
21  finished, so I will pass the witness. If you
22  want to take a break now then, or, you know,
23  I'll leave that up to you and Daniel.
24       THE WITNESS: Sure. Can I take a
25  break, everyone?

Page 60

1       MR. NIGH: Yeah, let's take a
2  ten-minute break.
3       THE VIDEOGRAPHER: The time is now
4  9:34. This ends Media Unit Number 1. We're
5  going off the record.
6       (Whereupon, a short break was taken.)
7       THE VIDEOGRAPHER: The time is now
8  9:49 in this begins Media Unit Number 2 we're
9  back on the record.
10  EXAMINATION BY MS. KAPKE:
11    Q    Good morning, Dr. Etminan. My name's
12  Kara Kapke, and I just have a few short questions.
13       You talked about how the -- one of the
14  questions you were answering was whether NDMA or
15  NDEA exposure over time increases the risk of
16  cancer. Can you quantify the duration of time that
17  you're talking about?
18       MR. NIGH: Form objection.
19       THE WITNESS: Different studies have
20  different durations. So I can't really give
21  you a specific answer.
22       I believe that -- in the range from
23  maybe three or four years up to the study --
24  the occupational study, I believe had a 35 or
25  40-year follow up, so it is a big range.

Page 61

1  BY MS. KAPKE:
2      Q      So given that -- your answer, is it
3  fair to say that a person would need to take NDMA or
4  NDEA containing valsartan for at least three years
5  before they had an increased risk of cancer?
6          MR. NIGH: Object to form.
7          THE WITNESS: No, I -- I wouldn't say
8      that because, again, every -- it's a very --
9      latency to cancer is very individualized. And
10     those are median follow-ups -- you -- which
11     means that you have -- at each end -- you have
12     a lower end and a higher end. So I can't -- I
13     don't really want to make that specific sort of
14     statement.
15 BY MS. KAPKE:
16     Q      What are you willing to say, to a
17 reasonable degree of scientific certainty, that is
18 the -- minimum amount of time that a person would
19 need to have taken valsartan that contained NDMA or
20 NDEA before they are subject to an increased risk of
21 cancer?
22         MR. NIGH: Form objection.
23         THE WITNESS: Again, given that I
24     looked at general causation, I can say that
25     exposure to NDMA and NDMA valsartan increases

Page 62

1      the risk of cancer over time. I don't have any
2      specific data to, sort of, give you a specific
3      number right now.
4  BY MS. KAPKE:
5      Q      You would agree with me that a person
6  who took a single pill for -- you know, one -- one
7  pill of valsartan that contained NDMA or NDEA would
8  not have an increased risk of cancer, correct?
9      A      One pill over what period?
10     Q      One day.
11     A      No.
12     Q      You don't agree or you do agree with
13 that?
14     A      I agree with you that taking one pill
15 of valsartan for one day does not increase the risk
16 of cancer.
17     Q      What about 30 days, so 30 days' worth
18 of pills?
19     A      30 days, probably not as well.
20     Q      I'm going to push it out. How about
21 90 days?
22     A      Again, less likely.
23     Q      Another way you -- you framed the
24 question that you are evaluating was whether
25 systemic exposure to NDMA could cause cancer.

Page 63

1  Similar type of question, but what does "systemic"
2  mean to you?
3      A      Systemic means that NDMA that's
4  available in -- in the body, and it's absorbed and
5  available in the body to, you know, all the organs.
6  All the organs are subject to some level of NDMA.
7      Q      And have you ever put a quantification
8  of the dose or the duration that it takes to reach
9  that systemic exposure?
10         MR. NIGH: Form objection.
11         THE WITNESS: Can you repeat the
12     question, please?
13         MS. KAPKE: Can the court reporter
14     read it back?
15         (Whereupon, the testimony was read
16     back as requested.)
17         THE WITNESS: No.
18         MS. KAPKE: Thank you very much,
19     Dr. Etminan. I'll pass the witness.
20         THE WITNESS: Thank you.
21 EXAMINATION BY MR. FOWLER:
22     Q      Good day, Dr. Etminan.
23         You may have seen me briefly
24 yesterday. Let me just reintroduce myself. I'm
25 Steve Fowler with the law firm Greenberg Traurig,

Page 64

1  and we represent the Teva defendants. I've got some
2  additional questions for you.
3          But let me just start very quickly.
4  Am I correct that in -- in your research, nor in
5  your report, did you attempt to determine whether
6  the levels of NDMA and NDEA in the valsartan tablets
7  at issue here, whether that level poses an increased
8  risk of cancer?
9          MR. NIGH: Object to form.
10         THE WITNESS: Specifically looking at
11     the levels, no. I made general sort of
12     analogies based on the NDMA levels in the
13     different manufacturers with respect to the --
14     the sort of a dose response relations that I
15     found from the occupational and epi studies.
16 BY MR. FOWLER:
17     Q      I see.
18         MR. FOWLER: By the way, Mr. Nigh, is
19     there any reason that you're not on camera as a
20     -- as a speaking role in this deposition?
21         MR. NIGH: We have had many of us that
22     haven't been on camera on speaking objections,
23     you know, the people that are handling the
24     depositions. So I have seen it on multiple
25     occasions from attorneys throughout this

Page 65

1  litigation. So I'm not sure why at this point
2  you're raising this issue, almost nine hours
3  into the deposition.
4          MR. FOWLER: Well, you were initially
5      yesterday, but if you're not comfortable,
6      that's -- that's fine. I'll -- I'll leave it
7      alone.
8  BY MR. FOWLER:
9      Q      Dr. Etminan, let me shift gears here
10  and go back to yesterday. I think your CV was
11  marked as Exhibit 2. I'd like to -- to put your CV
12  up.
13          MR. FOWLER: I don't know, Justin, if
14      you can do that. I think it was Number 2.
15  BY MR. FOWLER:
16      Q      Are you with me, sir?
17      A      Yes.
18      Q      Directing your attention to the top,
19  you see the date of May 2021. Is that the date that
20  you revised or updated your CV?
21      A      Yes.
22      Q      And when you did that, did you review
23  your entire CV for accuracy and any changes that
24  needed to be made?
25      A      To the best of my ability, yes.

Page 66

1      Q      And you would -- you believe
2  everything that you've stated on your CV is true and
3  accurate to the best of your knowledge?
4      A      Yes.
5      Q      Do you recall what changes that you
6  made or additions in May of 2021? Was it simply
7  publications, or was it something else?
8      A      No. It's usually just adding new
9  publications.
10      Q      Yes, sir.
11          Now, presently, according to your CV,
12  you are an associate member in neurology, department
13  of medicine; and associate member, department of
14  anesthesiology, pharmacology and therapeutics.
15          What -- what responsibilities, if any,
16  do you have in the department of neurology, for
17  example?
18      A      So as an associate member, my
19  responsibilities are far fewer than my -- my own
20  department, which is ophthalmology. For -- for
21  neurology, I'm a reviewer for the journal --
22  movement disorder and epidemiology reviewer for the
23  journal "Movement Disorder" where the editor in
24  chief happens to be also in the department of
25  neurology. So that's -- that's the connection.

Page 67

1      Q      And you are -- your title as associate
2  professor in the department of ophthalmology is not
3  because you had any education, training or
4  experience in ophthalmology before changing to that
5  department, correct?
6      A      Correct. So the department of
7  ophthalmology has clinical faculty who are
8  ophthalmologists. Then they have -- and then they
9  have research faculty, and I'm part of the research
10  faculty.
11      Q      Yes, sir.
12          And -- and prior to that, you were in
13  the department of pediatrics; is that correct?
14      A      Yes. Yes.
15      Q      And you are no more a pediatrician
16  than you are an ophthalmologist, right?
17      A      Correct.
18      Q      You simply acquire the title when you
19  are transferred from one department to another?
20      A      Well, the title doesn't -- I mean,
21  title is assistant professor or associate professor,
22  and then the department changes, right? So I'm not
23  sure what you mean by "title."
24      Q      Okay. Well, before, you were an
25  associate professor in the department of pediatrics

Page 68

1  at one point, the department of respiratory medicine
2  at another point, correct?
3      A      Correct.
4      Q      But you have no medical training in
5  either of those specialties, right?
6      A      Correct.
7      Q      And you call yourself -- or I've seen
8  you call yourself an adjunct position in the
9  department of pharmacology. Do you still contend
10  that's your position?
11          MR. NIGH: Form objection.
12          You can answer.
13          THE WITNESS: In the department of
14      pharmacology -- anesthesiology, pharmacology
15      and therapeutics, yes.
16  BY MR. FOWLER:
17      Q      Just to be clear, my question is, do
18  you still believe that you have an adjunct position
19  in the department of pharmacology at UBC?
20      A      Yes.
21          MR. NIGH: Form objection.
22  BY MR. FOWLER:
23      Q      And why do you call it adjunct? Are
24  you teaching classes in the department of
25  pharmacology?

Page 69

1    A    I -- I -- actually used to teach
2  classes until last year. And I have some other
3  collaborations with some of the faculty there, so
4  that's why I do have the adjunct position.
5    Q    I see.
6        Let's go to the second page of your
7  CV, please. Sir, you indicate having received your
8  PharmD at Idaho State University, and you note
9  clinical pharmacology next to it. Are you with me?
10   A    Yes.
11   Q    The PharmD program at Iowa [sic] State
12 does not have a separate program or separate degree
13 or track for clinical pharmacology, does it?
14   A    Idaho State. No. I put clinical
15 pharmacology because many don't really understand or
16 know who are non-pharmacists what a PharmD entails.
17 And so I put clinical pharmacology just to explain
18 what the degree entails, not specifically on a
19 specific clinical pharmacology program.
20   Q    Right. So you're not holding yourself
21 out as having received some special PharmD degree in
22 clinical pharmacology. Those are just the words you
23 self-selected to describe your degree, correct?
24   A    Correct.
25   Q    And likewise -- and also, sir, you

Page 70

1  testified yesterday you started your PharmD degree
2  at University of British Columbia, but then you
3  testified that you left. You, kind of, mentioned a
4  couple of reasons.
5        One of them, you indicated the program
6  was shorter at Iowa State. You would get your
7  degree -- at Idaho State. You would get your degree
8  faster. Is that your testimony, sir?
9    A    I don't recall exactly what I said
10 yesterday, but I could clarify.
11       I believe I did say that the UBC
12 pharmacy program was clinically oriented, and I
13 wanted to pursue a research career. So I -- I
14 didn't see a fit there. And possibly, it was -- it
15 was a more, perhaps, busier, if you will, stringent
16 program that I didn't think I would really benefit
17 from. So that's why I completed my degree at Idaho.
18   Q    And there's not another reason that
19 you left UBC that's a nonacademic reason, sir?
20   A    No.
21   Q    And the Idaho State University degree
22 is four years just as UBC, correct?
23   A    It was a two-year -- two years post
24 baccalaureate program.
25   Q    I see.

Page 71

1        Your master's, your MSC from
2  University of Toronto, is it your contention that
3  that was specifically in clinical epidemiology, or
4  is that, again, your choice of words to describe it?
5    A    It was in clinical epidemiology.
6    Q    And that was the degree that was
7  specifically conferred, sir?
8    A    I believe so.
9    Q    And is it your contention that you
10 were in a postdoc fellowship specifically in
11 pharmacoepidemiology at McGill as opposed to a
12 postdoc fellow in pharmacy?
13   A    No, it was specifically
14 pharmacoepidemiology.
15       MR. FOWLER: You can take that down.
16 Thank you.
17 BY MR. FOWLER:
18   Q    Now, sir, when you conduct research
19 projects when you seek to determine what subject
20 you're going to investigate, you testified yesterday
21 that you look to various areas defined as -- "emerging
22 issues," perhaps, that you wanted to investigate.
23 Is that a fair characterization?
24   A    Yes.
25   Q    And you mentioned media as one source

Page 72

1  as well as health regulatory agencies, right?
2    A    Correct.
3    Q    But you also purposefully do studies
4  with an eye towards assisting in litigation,
5  correct, sir?
6    A    I -- I wouldn't say that -- that's
7  something I do systematically, no.
8    Q    Doctor, have -- have you testified
9  that you have contacted lawyers in the course of
10 starting a study because you believe that that was
11 going to be useful to them in litigation?
12       MR. NIGH: Form objection.
13       THE WITNESS: There could have been
14    one occasion where I was in the process of
15    doing the same sort of study, and a lawyer may
16    have approached me at, sort of, the same
17    timing.
18 BY MR. FOWLER:
19   Q    I see. And you have done that with
20 the Mirena IUD litigation?
21   A    Yes.
22   Q    Bear with me, sir. I apologize.
23       And you have never contacted a drug
24 company to offer any benefit of your study or your
25 expertise, only plaintiff lawyers, correct?

Page 73

1      MR. NIGH:  Object to form.
2      THE WITNESS:  Again, I -- I am not --
3  you're sort of portraying it as I'm contacting
4  lawyers.  The Mirena situation, as I mentioned
5  to you, was a situation where I was starting to
6  question because it was in the media, and I was
7  approached, sort of, in the same time by -- by
8  -- by a lawyer.
9      With respect to approaching
10  manufacturers, no, I have not.  But I know that
11  my research has been used by them in their
12  defense.
13  BY MR. FOWLER:
14      Q      You have never been retained by a
15  pharmaceutical company as an expert in any matter;
16  isn't that correct?
17      A      No.  I -- probably because a lot of my
18  studies where I show an increase in risk with a
19  drug, you know, they -- they don't, probably, want
20  to retain me.  So that's why -- that's one of the
21  reasons I believe I have not been retained.
22      Q      And they have never -- well, strike
23  that.
24      You've only been retained by counsel
25  for plaintiff in litigations involving

Page 74

1  pharmaceuticals; isn't that correct?
2      A      Yes.
3      Q      And you withdrew from a case where you
4  were retained by plaintiffs' counsel, you said
5  yesterday it was because of the science.  But isn't
6  the reason that you withdrew from Copley v. Bayer
7  was because you weren't happy with your -- with the
8  lawyer you were working with?
9      A      That could have been one of the
10  reasons as well.
11      Q      Sir, do you recall testifying that as
12  a consultant for plaintiffs in the Risperdal
13  litigation that you were paid approximately
14  $200,000?
15      A      I don't -- that number, I don't recall
16  that number.  I'm not sure if that's an accurate
17  number.
18      Q      Have you testified that your annual
19  lawyer consulting income is 20 to $30,000 a year, at
20  least in 2017, sir?
21      A      That -- I may have mentioned that as
22  an approximation, but -- but I don't really know
23  what that $200,000 figure is coming from.
24      Q      Have -- has your consulting with
25  plaintiff lawyers increased, decreased or stayed the

Page 75

1  same since 2017, sir?
2      A      Since 2017, I would say it -- I would
3  say it may have increased.
4      Q      And other than the matter for
5  ranitidine that you were instructed not to discuss
6  further yesterday, do you have other pending
7  litigation matters that you are involved in?  I'm
8  not asking what at the moment, sir.
9      A      You just want to know if I am involved
10  in other litigation?
11      Q      Yes, sir.
12      A      Yes.
13      Q      Okay.  About how many?  If this is one
14  and ranitidine is two, how many others?
15      A      I just have to think about it.  I have
16  to count them.  When you say "litigation," do you
17  mean just the -- sort of the -- the topic area or
18  how many different perhaps groups or lawyers?
19      Q      What would be the best way for you to
20  describe how many other topics that you are working
21  with lawyers on presently other than the two I have
22  mentioned?
23      A      I would say two other topics.
24      Q      Okay.  Do you have any other
25  depositions scheduled, sir?

Page 76

1      A      No.
2      Q      Prior to your deposition, counsel for
3  the plaintiffs provided some documents to the
4  defendants, and what I'd like to do is just mark
5  that entire set of documents as an exhibit.  Then
6  there may be some that I pull out.
7      MR. FOWLER:  Can we do that, Steve?
8  Can we mark that entire production as -- as the
9  next exhibit?
10      MR. HARKINS:  That will be marked as
11  Exhibit 28.  It may take a moment to upload.
12      MR. FOWLER:  Thank you.
13      THE WITNESS:  Can I take a two-minute
14  break if you don't mind?
15      MR. FOWLER:  Absolutely, Doctor.
16  You're in charge.  Off the record.
17      THE VIDEOGRAPHER:  The time is now
18  10:12.  We're going off the record.
19      (Whereupon, a short break was taken.)
20      (Whereupon, Exhibit 28 was marked for
21  Identification.)
22      THE VIDEOGRAPHER:  The time is now
23  10:15.  We're back on the record.
24  BY MR. FOWLER:
25      Q      Doctor, I would submit that Exhibit 28

Page 77

1  is a composite exhibit of documents that were
2  provided by counsel for plaintiffs to the defense
3  counsel prior to your dep.
4         Did you have any role in deciding, for
5  example, which articles would be included in that
6  set of documents?
7         MR. NIGH: Form objection.
8         THE WITNESS: Yes. So I included
9  documents that weighted heavily in my report
10  and the opinion presented in my report. So all
11  the major studies that I relied on, my search
12  strategy are all included.
13  BY MR. FOWLER:
14  Q     And where did you get copies of those
15  articles?
16  A     I ascertained the articles through the
17  UBC library, electronic library.
18  Q     Yes, sir.
19         MR. FOWLER: Let's mark as Exhibit 29
20  the search criteria documents, if I can refer
21  to those as such. Are you with me, Doctor? Do
22  you know what I mean?
23         (Whereupon, Exhibit 29 was marked for
24  Identification.)
25         THE WITNESS: Which exhibit is this?

Page 78

1         MR. FOWLER: It will be 29. Bear with
2  me. It's going to come up.
3  BY MR. FOWLER:
4  Q     And as it's posting, Doctor, you would
5  agree that you attempted to set forth in the
6  documents we're going to look at, your quote/unquote
7  search methodology for selecting documents to review
8  for your report; is that a fair statement?
9  A     Yes.
10  Q     And other than the searches that we're
11  going to look at here that are described for the
12  various cancers, was there any other medical
13  database that you reviewed or other research you did
14  to select articles other than what was the product
15  of this search criteria that we're going to look at
16  here on Exhibit 29?
17  A     So as I mention in my report, I also
18  looked at -- I used Google Scholar using the same
19  terminologies. And I found pertinent articles
20  through reviewing the articles that I -- I had found
21  in case they were not listed in my search.
22         MR. FOWLER: How are we doing on
23  Exhibit 29?
24         THE WITNESS: I'm looking at it.
25         THE VIDEOGRAPHER: Yes, it's up. I

Page 79

1  was just waiting for the doctor.
2         MR. FOWLER: Okay. Because I'm not
3  seeing it. There we go.
4  BY MR. FOWLER:
5  Q     Okay, sir. So let's first orient
6  ourselves to this. Can we scroll to the second
7  page? Do you see we have bladder cancer there,
8  Doctor, in the next page?
9  A     Yes.
10  Q     And brain -- brain tumors.
11         You're not offering any opinion that
12  NDMA at the levels contained in the valsartan pills
13  caused brain tumors, are you?
14  A     No, but I --
15  Q     Let's go to the top the first page.
16         MR. NIGH: Hold on. Hold on. You
17  interrupted his answer. You gotta let him
18  finish.
19         MR. FOWLER: I'm sorry. He answered
20  no.
21         MR. NIGH: No. No. No. He was not
22  finished. He said, "No, but," and you just
23  spoke up. You gotta let him finish.
24  BY MR. FOWLER:
25  Q     I'm sorry, Doctor. Go ahead.

Page 80

1  A     Because I did a systematic review of
2  the literature of NDMA with all types of cancer, I
3  included all types of cancer in my original search.
4  And then I -- and after I looked at the evidence and
5  synthesized the evidence, then I chose, depending on
6  the amount of data that I had, which cancers to
7  include and which not to include.
8         So, again, to be thorough and
9  systematic, I did include all types of cancers in my
10  search. But depending on the type of data and
11  whether the data met my inclusion criteria, then I
12  went ahead and mentioned in the report or included
13  data for that in the report.
14  Q     I see.
15         MR. FOWLER: Let's go to Page 1 of
16  Exhibit 19 -- I mean, Exhibit 29. Now -- thank
17  you.
18  BY MR. FOWLER:
19  Q     What we're looking at here, Doctor,
20  and -- is this a document that you created, or is
21  it -- is it a printout, if you will, from your
22  search engine?
23  A     It's a printout. It's an electronic
24  output of the search that I did.
25  Q     Okay. Thank you. And what does the

Page 81

1  EXP mean?
2     A     It means expanded.
3     Q     And what -- what you do you understand
4  expanded to mean?
5     A     So that -- that -- basically, it looks
6  at all terminologies that would be related to
7  nitrites, all different chemical -- chemicals that
8  may be tagged in the database as nitrites just to
9  be -- to make sure that nothing is missed.
10    Q     So do I understand, in Line 1, that
11 your search would have included not only NDMA, but
12 any nitrosamines?
13    A     Yes, because NDMA by itself does not
14 have --
15          THE COURT REPORTER:  I'm sorry.  Does
16 not have a what?
17          THE WITNESS:  They don't have a MeSH
18 M-e-S-H, which stands for medical subject
19 heading.  I believe it's -- I believe it stands
20 for medical subject heading.
21          Anyway, it's the -- it's the key
22 medical terminologies that are tagged by the
23 National Library of Medicine, PubMed.  So NDMA
24 does not have a specific tag, but it's tagged
25 under "nitrosamines."

Page 82

1          So, again, to be ensuring that I'm not
2  missing anything, I started the search with
3  nitrosamine, which is the bigger umbrella term.
4  But then I restricted at the end my inclusion
5  for studies that -- specifically with NDMA.
6          MR. FOWLER:  Let's go to the next
7  page.
8  BY MR. FOWLER:
9     Q     So for bladder cancer, sir, as I read
10 this, again, your 120 articles that come out of --
11 at Line 8, include anything to do with nitrosamines
12 or nitrites or NDMA, right?
13    A     Right.  So then what I -- what I did
14 was, go through the 120 articles, which would have
15 been animal studies where they could have looked at
16 NDMA, NDEA or other nitrosamines.  But then I only
17 selected those that met my inclusion criteria, which
18 is specifically looking at nitrosamines, NDMA or
19 NDEA.
20          MR. FOWLER:  Next page, please.
21 BY MR. FOWLER:
22    Q     So there are 120 articles you said you
23 reviewed there, correct?
24          MR. NIGH:  Form objection.
25

Page 83

1  BY MR. FOWLER:
2     Q     Correct, Doctor?
3     A     Yes.
4     Q     And same question here for the brain
5  tumors, it's your contention that you reviewed 64
6  articles looking for NDMA or NDEA?
7     A     Yes.
8          MR. FOWLER:  Next -- next page.
9  BY MR. FOWLER:
10    Q     And for breast cancer, is it your
11 contention you reviewed the 115 articles that are on
12 line 16 looking for NDMA and NDEA?
13    A     Yes.
14          MR. FOWLER:  Next page.
15 BY MR. FOWLER:
16    Q     You contend there are 130 articles
17 that you looked through here?
18    A     Yes.
19    Q     And you did this all -- let me ask it
20 differently.
21          Did you use any kind of electronic
22 search method as you're reviewing these several
23 hundred articles, sir?
24    A     No.  I just went through them, read
25 the title of the article, read the abstract and then

Page 84

1  decided whether they would meet my inclusion
2  criteria or not.
3     Q     And with regard to your inclusion
4  criteria, you mentioned yesterday that it was
5  important to you that the -- if NDMA is mentioned,
6  that it be quantified when it's mentioned.  Is that
7  an accurate statement of your testimony yesterday,
8  sir?
9     A     Yes.
10    Q     It was important to you that there be
11 a measure of NDMA, not just a broad reference to
12 NDMA.  Does that make sense to you?
13    A     Yes.
14    Q     Okay.
15          MR. FOWLER:  Next page, please.
16 BY MR. FOWLER:
17    Q     And Doctor, of course, you -- you
18 billed for all your time reviewing these 6, 7, 800
19 articles, didn't you?
20    A     It was part of my work that I bill for
21 it, yes.
22    Q     And you would have reviewed all of
23 these before you put pen to paper for your report?
24    A     I'm not sure.  I mean, either before
25 or maybe during the time I was writing, perhaps, say

Page 85

1  the introduction of the report, but definitely prior
2  to the time where I sort of formed -- you know,
3  formulated my opinion on the different types of
4  cancer.
5      Q    And is it your testimony that you
6  can't go to PubMed and put in "NDMA" and "cancer,"
7  that it's not going to give you any results?  Is
8  that what you're saying?
9          MR. NIGH:  Form objection.
10         THE WITNESS:  It will give the
11     results, but -- but it may not give you
12     accurate results.  There could be studies that
13     may not be included in that search strategy.
14  BY MR. FOWLER:
15     Q    So you didn't do it?
16         MR. NIGH:  Object to form.
17         THE WITNESS:  No, because, again, I
18     wanted to be more thorough and do a -- do a
19     more systematic approach.
20  BY MR. FOWLER:
21     Q    Okay.  Okay.  And when -- let's say
22  here in esophageal cancer, in those 19 articles, if
23  you came across one or two that looked good to you,
24  would you stop there, or would you look through all
25  19?

Page 86

1      A    I'm not sure what you mean by "looked
2  good."  So I went through the 19, and all from --
3  from the denominator of the 19 articles, whichever
4  met my inclusion criteria was reviewed.
5      Q    Okay.  And did you electronically
6  slide those over to some file on your computer?  Did
7  you print them?  What did you do with it once you
8  identified an article?
9      A    I -- I tried to look at the -- or find
10  the PDF versions so I could read them, and then I
11  would -- I saved them in files under different, you
12  know, sort of cancers.
13     Q    I see.
14         And what if it -- let me start that
15  again.
16         Did you have to purchase any of the
17  articles that came up?
18     A    No.
19     Q    If -- if, for example, your search in
20  PubMed came up with an article that required
21  purchase, did you just move on to the next article?
22     A    No.  I would not leave important data
23  because it could not be purchased.  I would try to
24  get it through --
25         THE COURT REPORTER:  Through what?

Page 87

1      Through what?  You would get it -- you would
2      get it through what?
3          THE WITNESS:  Interlibrary loan
4      service.
5  BY MR. FOWLER:
6      Q    And, Doctor, for each article that you
7  contend met your inclusion criteria -- let's stick
8  with esophageal cancer here -- did you cite all of
9  those articles in your report?
10     A    No, I only cited, again, the articles
11  that met my inclusion criteria.
12     Q    Well, that was my question, sir.
13         Let's say esophageal cancer, there
14  were 9 out of the 19 that met your inclusion
15  criteria.  Would you have cited all 9, or did you
16  have another cut as to what you were going to cite?
17     A    No.  If -- if they met the inclusion
18  criteria, I mentioned them.
19         THE COURT REPORTER:  Counsel, can we
20  go off the record for one second?
21         MR. FOWLER:  Certainly.
22         THE VIDEOGRAPHER:  The time is now
23  10:29.  We're going off the record.
24         (Whereupon, a short break was taken.)
25         THE VIDEOGRAPHER:  The time is now

Page 88

1  10:29.  We're back on the record.
2  BY MR. FOWLER:
3      Q    Doctor, do you recall yesterday when
4  we were talking about your report and that Table 1
5  on Page 15, you testified that you determined the --
6  the level of an unmeasured confounder that would be
7  necessary to change the relative risk reported for
8  an individual cancer?  Did I get that right?
9      A    Yes.
10     Q    And you used this E-value methodology
11  that you referred to in your report, right?
12     A    Yes.
13     Q    And with regard to the E-value
14  methodology, do I recall your testimony correctly
15  that the E-valued methodology can't be applied if
16  there's more than one unmeasured confounder?
17     A    Yes.
18     Q    And so if -- in Table 1, if there was
19  more than one unmeasured confounder amongst, let's
20  say, the Hidajat study that you pulled from, this
21  table would be moot, correct?
22         MR. NIGH:  Form objection.
23         THE WITNESS:  If there was a true
24  unmeasured confounder, and we talked a lot
25  about this topic yesterday, then this -- again,

Page 89

1    this method is only designed to look at one.
2    BY MR. FOWLER:
3        Q    Yes, sir. And you would consider that
4    a limitation of the E-value methodology, sir?
5        A    Yes.
6        Q    Okay. Are you aware of other
7    limitations to using an E-value methodology?
8        A    The E-value methodology, like any
9    epidemiologic tool, has -- or carries a number of
10   assumptions. So, yes, it does have some assumptions
11   built into it. But I think that overall, it is a
12   widely accepted methodology.
13       Q    Okay. Thank you. I think that was an
14   answer to a different question. Let me ask my
15   question. Listen carefully, please.
16           Are you aware of any limitations to
17   using the E-value methodology, yes or no, sir?
18           MR. NIGH: Form objection.
19           THE WITNESS: What do you mean by --
20           MR. NIGH: Hold on. Hold on. Form
21   objection and argumentative.
22           You can answer.
23           THE WITNESS: Can you -- can you
24   clarify what you mean by "limitations"? One
25   limitation we just agreed on is that it only

Page 90

1        looks at -- it can only quantify one unmeasured
2        confounder.
3    BY MR. FOWLER:
4        Q    Okay.
5        A    What -- what -- what other
6    limitations? Can you -- if you could just elaborate
7    on that wording.
8        Q    Well, that's exactly what I'm asking
9    you, sir.
10           You expressed limitations about all
11   sorts of studies yesterday, and I'm asking about
12   this methodology. You know what the term
13   "limitations" means, right, sir?
14       A    Yes.
15       Q    Okay. What other limitations -- and
16   if you don't know, that's fine. Are there other
17   limitations of the E-value methodology?
18           MR. NIGH: Form objection.
19           THE WITNESS: Again, one limitation is
20           what we spoke about. The other limitation is
21           that the unmeasured confounder has to satisfy a
22           couple of other sort of criteria for the -- for
23           the E-value to work, but that's just like any
24           statistical model that is -- are based on
25           assumptions.

Page 91

1    BY MR. FOWLER:
2        Q    Are you aware of any articles critical
3    of applying the E-value methodology?
4        A    There have been articles talking about
5    its limitations, yes.
6        Q    And did you review those prior to
7    applying the E-value methodology here to make sure
8    it was a good fit?
9        A    No. Because again, it is an accepted
10   methodology used despite -- I mean, limitation is
11   a -- is a very complex term. There could be
12   limitations to a methodology, but it's still -- the
13   limitations do not outweigh its strengths. And then
14   there are limitations where you should not really
15   use a specific approach.
16           In this case, there are limitations,
17   but I think that if -- the strengths of the
18   methodology outweighs its limitations. And that's
19   why it's widely used as one way to assimilate what
20   would happen to the effect size in the absence of an
21   unmeasured confounder.
22       Q    And, Doctor, for each of the cancers
23   in your Table 1 where you drew the -- the -- let me
24   start that again.
25           For each of the cancers listed in

Page 92

1    Table 1 where you have attempted to apply the
2    E-value methodology, if there is an unmeasured
3    confounder for any one or all of those cancers, your
4    conclusions from Table 1 would be null and void;
5    they would be moot, correct?
6        A    No. That's not what Table 1 means.
7        Q    Table 1, the magnitude of hazard ratio
8    on your right-hand column is derived using the
9    E-value methodology, correct?
10       A    It's the magnitude of the hazard ratio
11   of the unmeasured confounder necessary to make the
12   hazard ratio on the left null, so for the first
13   cancer, for it to go from 1.72 to 1.0.
14       Q    Yes, sir. Thank you.
15           And if that stomach cancer there is a
16   second unmeasured confounder that you would not be
17   able to calculate -- strike that -- you would not be
18   able to apply the E-value methodology. I thought we
19   established that; am I right?
20       A    Correct.
21           MR. NIGH: Form objection.
22   BY MR. FOWLER:
23       Q    Okay.
24           THE COURT REPORTER: Counsel, I'm
25   sorry. Can we just go off the record for one

Page 93

1  more second?

2        MR. FOWLER:  Sure.

3        THE VIDEOGRAPHER:  The time is now

4  10:36.  This ends Media Unit Number 2.  We're

5  going off the record.

6        (Whereupon, a short break was taken.)

7        THE VIDEOGRAPHER:  The time is now

8  10:37.  This begins Media Unit Number 3.  We're

9  back on the record.

10  BY MR. FOWLER:

11    Q      Doctor, from the Hidajat study on the

12  rubber workers, you agree that they were exposed to

13  multiple carcinogens, correct?

14        MR. NIGH:  Object to form.  I think

15  that's the 21st time that question has been

16  asked.

17        MR. FOWLER:  Well, it was just a

18  foundation because I was shifting gears, sir.

19  BY MR. FOWLER:

20    Q      Right, Doctor?

21    A      Correct.

22    Q      And you have not and cannot draw any

23  conclusion that any of the workers who expired in

24  that study died from NDMA cancer, NDMA-induced

25  cancer, correct?

Page 94

1    A      Can you repeat the question, please?

2    Q      You cannot tell -- and the authors of

3  this study made no -- reached no conclusion that any

4  of the workers who died during this study period

5  died as a result of NDMA-induced cancer; isn't that

6  correct?

7    A      Well, the study actually showed

8  elevated risks of death secondary to high NDMA use

9  versus low NDMA use in the different types of

10  cancer.  That's what the study actually set out to

11  do.  I'm -- I'm missing your question.  I'm sorry.

12    Q      Okay.  I'll just withdraw that and

13  move on.

14        Sir, you testified yesterday that the

15  mechanism of cancer with exogenous exposure may take

16  longer follow up than for endogenous exposure.  Do

17  you recall that testimony?

18    A      I do.  If I could clarify.

19    Q      I really -- I only had that one

20  question, if you recall testifying.

21        And so my follow-up to that is, you

22  further testified that you believe it takes longer

23  because you have to take it longer.  It has to be

24  digested and absorbed.  Do you recall saying that?

25    A      Well, now that I think about it, I'd

Page 95

1  like to clarify that endogenous -- endogenous NDMA

2  or nitrosamines or NDMA, nitroso compounds in

3  general, I mean, they are already in the body.  But

4  they have -- they have been -- they got into the

5  body from the outside, from the environment, from

6  our food.

7        So now that I think about it again, I

8  believe both exogenous and endogenous may take time

9  for -- you know, for their effect to take place with

10  respect to cancer.

11        I think the reason I said what I said

12  yesterday is it was in reference to the Jakszyn

13  study because the Jakszyn study had data on

14  endogenous nitrosamines, which means that they had

15  already been there and measured in that population.

16        But they had to get there somehow in

17  the body, and that's probably through, again,

18  outside.  So a lot of endogenous NDMA could

19  initially be exogenous, and it's just a matter of

20  when you're measuring, you know.  When you're

21  measuring NDMA, you're measuring somebody's blood,

22  and there is NDMA in there, that would be

23  endogenous.  But they have to be taking it from the

24  outside to -- for that NDMA to get into the body.

25        So I'm not sure if I answered your

Page 96

1  question, but I just wanted to clarify on endogenous

2  versus exogenous.

3    Q      Thank you, Doctor.

4        And if I understand what you just

5  said, you believe that -- that endogenous levels of

6  NDMA at some point started from the outside?  Is

7  that what you're saying?

8    A      I think so, because as we've

9  discussed, they -- NDMA is in the environment, and

10  it gets into our body eventually.  So I'm not aware

11  of any mechanisms that the body itself creates

12  endogenous NDMA.  It has to be brought into our body

13  from -- exogenously, if you will.

14    Q      You're not aware because you're not a

15  toxicologist, correct?

16    A      No.

17    Q      This is completely outside your field

18  of education, training or experience to be

19  commenting on endogenous NDMA, correct, sir?

20        MR. NIGH:  Object to form.  He's been

21  asked numerous questions about this.

22        You can -- you can answer.

23        THE WITNESS:  I -- I -- again, I was

24  asked about endogenous NDMA with respect -- in

25  an epidemiological studies context.  I did not

Page 97

1    opine, nor did I -- was I asked, I believe, to
2    opine about, you know, toxicologic --
3    toxicological aspects of endogenous NDMA.  It
4    was just in the context of that one study --
5    study that we discussed yesterday.
6    BY MR. FOWLER:
7        Q      Okay.  Thank you.
8        And, Doctor, am I correct that you are
9    unaware of the mechanism by which NDMA can be a
10   carcinogenic substance in animals, for example?
11       A      Well, from the literature that I have
12   read and I have included in my report, it's through
13   genotoxic mechanisms and potentially through other
14   mechanisms that would qualify as a promoter for
15   cancer.
16       Q      You are not -- you have never
17   published on quote/unquote cancer promoters, have
18   you, sir?
19           THE COURT REPORTER:  Cancer what?
20           MR. FOWLER:  Promoters.
21   BY MR. FOWLER:
22       Q      Right?
23       A      No, that's not my field.  What I
24   was -- what I was trying to say is that for the
25   biological plausibility section of my report and my

Page 98

1    readings, I have reviewed some basic science cancer
2    studies to form my opinion about the mechanism of
3    NDMA cancer.
4        Q      And you do not have an opinion whether
5    any of the NDMA or NDEA contained in valsartan
6    products ever leaves the liver, correct?
7           MR. NIGH:  Form objection.
8           THE WITNESS:  I cannot -- I don't have
9    an opinion on that.
10   BY MR. FOWLER:
11       Q      And if it doesn't leave -- did you
12   consider what body systems -- what tissue systems
13   NDMA that is ingested in -- with an oral -- orally
14   ingested in tablet form, did you make any attempt to
15   consider what parts of the body that oral ingestion
16   may reach at the level of exposure in the pill?
17       A      I believe that's a --
18           MR. NIGH:  Hold on.  Hold on.  Hold
19   on.  Hold on.
20           Are you done with the question?
21           MR. FOWLER:  I am.
22           MR. NIGH:  Okay.  Form objection.
23           You can answer, Doctor.
24           THE WITNESS:  I believe that's a more
25   of a basic pharmacology toxicology question

Page 99

1    you're asking me.  That's not my field, and I
2    did not look at that.
3    BY MR. FOWLER:
4        Q      Does -- does exposure to a chemical
5    that -- that is being studied, does exposure affect
6    the biologic plausibility in any attempt to evaluate
7    the biologic plausibility, sir?
8           MR. NIGH:  Form objection.
9           THE WITNESS:  Can you clarify?
10   BY MR. FOWLER:
11       Q      Sure.  Does the method of exposure
12   affect the analysis of biologic plausibility when
13   assessing if exposure can lead to cancer?
14           MR. NIGH:  Form objection.
15           THE WITNESS:  Yes, it could.
16   BY MR. FOWLER:
17       Q      Doctor, the Hidajat study used a
18   sub-distribution hazard analysis; is that your
19   recollection?
20       A      That's right.
21       Q      And given that it was over the course
22   of 49 years of observation, the 94.1 percent of the
23   study had died, would you agree it's very difficult
24   to determine cause of death?
25       A      I disagree because this was one of the

Page 100

1    few papers that actually -- what the
2    sub-distribution hazard that you explained does is
3    actually controlled -- it calculates the hazard of
4    death.  It controls the hazard of death due to
5    cancer from death due to other causes.  And this was
6    rightfully done -- because of the very long follow
7    up, it's likely that these men could die of other
8    causes.
9           And if you don't take that into
10   account, you may actually see a protective effect
11   from any exposure, because people are not surviving
12   long enough to get cancer.  And so the
13   sub-distribution hazard -- it's called
14   sub-distribution hazard because it comes from a sort
15   of a -- I don't want to say different, but a more
16   sophisticated model that takes into account death
17   due to other causes.
18       Q      Do you know how to calculate a
19   sub-distribution hazard ratio?
20       A      I'm familiar with the methodology, and
21   the modeling that -- they have the equation in their
22   paper actually.
23       Q      But you've never done it?
24       A      I don't think I have done it --
25           MR. NIGH:  Hold on.  Hold on.

Page 101

1    Form objection. I can't tell, "you've
2    never done it," calculated whenever or from
3    that study. Form objection.
4    MR. FOWLER: Thank you for clarifying,
5    Counsel.
6    BY MR. FOWLER:
7    Q    Dr. Etminan, you have never, yourself,
8    made any such calculation of a sub-distribution
9    hazard ratio at any time, correct?
10    A    No, because I haven't done studies
11    that have such a long follow up. So I have not done
12    it myself, but I'm familiar with the methodology.
13    Q    Okay. Sir, yesterday, we talked -- or
14    you talked a good bit about the relative risk
15    calculations and your opinions with regard to when
16    there is a wide confidence interval. Do you recall
17    those -- that testimony?
18    A    Yes.
19    Q    And you -- you said that it was a wide
20    confidence interval because of a small sample size?
21    Is that -- is that what you believe?
22    A    Well, sometimes it is a sample size,
23    but it's actually more a function of number of cases
24    or cancer cases, which sometimes can be a function
25    of sample size, sometimes not. So if I want to be

Page 102

1    more precise, I would say that the width of the
2    confidence interval is -- is one of the -- one of
3    the variables that affects the precision or the
4    width of the confidence interval or the number of
5    events or cases, which -- which could be related to
6    sample size.
7    Q    And you agree, Doctor, that high
8    variability can also affect the confidence interval?
9    A    That is also one of the other
10    parameters that can affect the confidence interval,
11    yes.
12    Q    And, Doctor, when you're talking about
13    sample size, let me just give you a hypothetical.
14    If there were 5,000 patients in a -- in a cohort
15    study and somebody is studying the number of
16    pancreatic cancers, for example, let's say there's
17    14, do you -- is it your contention that the 14 is
18    the sample size or the 5,000 cohort members?
19    A    Again, to be more precise, in many
20    cases, sample size is a function of the number of
21    cases as well. So I mean, usually if you have a
22    larger sample size for many conditions, let's say,
23    heart attacks, the more people you follow up, the
24    more people are going to have heart attacks.
25    So in this situation, sample size and

Page 103

1    number of events are sort of directly proportional.
2    But there are situations such as cancer where you
3    have a large sample size, but you still have a small
4    number of events. So what affects the precision of
5    confidence interval is mostly -- it can be a sample
6    size issue, but it's mostly directly related to the
7    number of events or cases.
8    Q    Doctor, you mentioned several times
9    yesterday that the P value, according to the ASA,
10    has -- has lost importance; is that a fair
11    characterization?
12    A    Well, it's still being used and
13    accepted by many journals, but what I -- I believe I
14    said was that the ASA has warned on the
15    interpretation of what the P value is and what it is
16    not.
17    Q    Yes, sir. And the P value is simply
18    the probability that results such as those actually
19    observed in the study could arise under the null
20    hypothesis? That's what a P value is, correct?
21    A    Yes.
22    Q    And what is the null hypothesis in the
23    Hidajat study, Doctor?
24    MR. NIGH: Form objection.
25    THE WITNESS: The null hypothesis --

Page 104

1    hypothesis would be that there is no risk of
2    NDMA with cancer deaths.
3    BY MR. FOWLER:
4    Q    Did you operate under a null
5    hypothesis in your research and report drafting in
6    this case, sir?
7    MR. NIGH: Form objection.
8    THE WITNESS: No, because null
9    hypotheses are done when you actually want to
10    do an -- a true experiment. When you're
11    looking at observational studies you don't --
12    you don't have a -- I mean, you don't start
13    with a null hypothesis. You -- you would form
14    a hypothesis, but null hypotheses are mostly
15    related to when you're designing your
16    randomized trial and you want to calculate your
17    sample size. And you have --
18    THE COURT REPORTER: I'm sorry, what?
19    I'm sorry. Can you repeat the end of your
20    answer?
21    THE WITNESS: What part of it did you
22    want me to repeat?
23    THE COURT REPORTER: The hypotheses
24    are mostly related to designing your randomized
25    trial and you want to calculate your sample

Page 105

1    size.  And you have...
2         THE WITNESS:  Yeah.  So a null
3    hypothesis is mainly used in a true -- in a
4    randomized trial or a true experiment.  When
5    you want to calculate your power of the study,
6    the null hypothesis is important.  But for
7    observational studies where I'm reviewing
8    literature on a specific topic, I don't really
9    see why a null hypothesis would be beneficial.
10   BY MR. FOWLER:
11        Q       Doctor, when there are studies that
12   are based on hospitalized patients, you agree that
13   there is a bias to the -- self-reporting from
14   those patients?  Do you understand the question?
15        MR. NIGH:  Form objection.
16        THE WITNESS:  I understand your
17   question, but you have to be very specific,
18   because self -- I mean, if it's a
19   hospital-based study and both cases and
20   controls are in the hospital, then you wouldn't
21   have a self-reporting limitation.
22        So it -- it's -- you have to have the
23   very specifics of the study, and then you have
24   to show exactly where a limitation of bias
25   would affect the outcome.  I mean, I don't want

Page 106

1    to make generalizations on a hospital-based
2    study.
3    BY MR. FOWLER:
4         Q       Sure.  Let me try it this way:  For a
5    lung cancer patient who's being presented with a
6    survey to complete which may help them understand
7    the cause of their lung cancer, do you believe that
8    that creates a reporting bias from the patient?
9         MR. NIGH:  Form objection.
10        THE WITNESS:  The reporting bias would
11   only occur if the patient also believed that
12   the -- and these questionnaires are very long.
13   It's not about, you know, did you take this or
14   that.  They -- they covered a whole host of
15   different items.  So unless a patient knows
16   that a specific item is linked to the -- to
17   their lung cancer, then no, I won't -- I
18   wouldn't see any sort of a differential bias in
19   that situation in terms of the cases and many
20   controls.
21   BY MR. FOWLER:
22        Q       Okay.
23        MR. FOWLER:  I'm going to mark
24   Exhibit 30.  It's an article applying the
25   Bradford Hill criteria in the 21st century.

Page 107

1    Steve, can you load that up?
2         (Whereupon, Exhibit 30 was marked for
3    Identification.)
4         THE WITNESS:  Do you mind if I take a
5    break after your question with the article?
6         MR. FOWLER:  Yes, this will be -- my
7    last series of questions will be on this
8    article and I'm done, sir.  Can you make it
9    10 minutes?
10        THE WITNESS:  Absolutely.
11        MR. FOWLER:  Thank you.
12        MR. HARKINS:  Introduced as
13   Exhibit 30, if we can screen share.
14        THE WITNESS:  Let me just -- I'm
15   having trouble.
16   BY MR. FOWLER:
17        Q       There it is.  Can you see that now?
18        A       Yes.
19        Q       Okay.  Thank you.  Do you recognize --
20   have you seen this article before, Doctor?
21        A       I may have.  I'm not sure.
22        Q       Do you agree or disagree that when
23   doing an analysis using the Bradford Hill criteria,
24   that it is appropriate to look to scientific
25   articles in addition to epidemiologic articles when

Page 108

1    assessing any of these criteria?
2         A       What do you mean -- what do you mean
3    between scientific article versus epidemiological
4    articles?
5         Q       Fair point, sir.
6         Do you agree that studies -- molecular
7    studies, toxicology studies are appropriate to
8    consider along with epidemiology studies when
9    analyzing something under the Bradford Hill
10   criteria?
11        MR. NIGH:  Form objection.
12        THE WITNESS:  I believe it depends on
13   the question you're trying to ask.  If your
14   question is a general causation question and
15   part of the Bradford Hill criteria requires a
16   biologic plausibility, which usually requires a
17   sort of mechanistic explanation, from animal
18   studies.  Then I don't think one would need --
19   for this specific question, need to go any
20   further examining, you know, other than that
21   mechanistic part of the Bradford Hill that
22   requires some evidence of a mechanism from
23   animal studies.
24        Beyond that, I don't think this
25   question warrants further review of, you know,

Page 109

1    complicated toxicological studies because,
2    again, it -- the question doesn't really mean
3    that. The question is on general causation.
4    So I would -- I would maybe shorten my answer,
5    if you will. It depends on the question.
6         For the question that I answered, I
7    don't believe that those types of studies were
8    necessary.
9    BY MR. FOWLER:
10    Q    Thank you.
11         Let me direct your attention to
12    criteria five, biologic gradient.
13         MR. FOWLER: I think it's on like the
14    fifth or sixth page, please. There are no page
15    numbers on mine.
16    BY MR. FOWLER:
17    Q    Okay, sir. Do you see that Hill,
18    referring to Sir Bradford Hill, wrote that, "If the
19    dose response is seen, it is more likely that an
20    association is causal.
21         Do you see that, sir?
22    A    Yes.
23    Q    And if you look about five lines down
24    you see, "However, Hill acknowledged that the more
25    complex dose-response relationships may exist, and

Page 110

1    modern studies have confirmed that a monotonic dose
2    response curve is an overly simplistic
3    representation of most causal relationships."
4         Do you agree with that, sir?
5         MR. NIGH: Form objection. Agree that
6    that's what it says or agree with that
7    statement?
8         MR. FOWLER: Thank you.
9    BY MR. FOWLER:
10    Q    Do you agree with that statement?
11    A    Again, I think Hill is presenting a
12    very general idea, and I -- it could be true for
13    some instances and perhaps not for others.
14    Q    Do you believe that -- strike that.
15         Let me just look a little bit further
16    down.
17         You see after Footnote 9, "Integration
18    of advanced statistical capabilities, data modeling
19    techniques and knowledge from understanding of
20    biomolecular interactions have resulted in the
21    descriptions of more defined dose response curves
22    capable of showing molecular effects at very low
23    levels of exposure."
24         Do you agree that that -- that
25    understanding the molecular effects at very low

Page 111

1    levels of exposure for your analysis here would be
2    important?
3         MR. NIGH: Form objection.
4         THE WITNESS: Again, these are not
5    from Bradford Hill himself. I believe these
6    are the opinions of the authors, correct?
7    BY MR. FOWLER:
8    Q    I'm asking if you agree with that --
9    that statement, sir.
10    A    Well, I want to -- I mean, I think
11    it's important to sort of establish that these
12    are -- what we have here on this screen and I'm
13    reading, are the opinions of the authors of this
14    paper.
15         MR. NIGH: Doctor, you have a right --
16    you have a right to look at this document. You
17    can upload it, remember, and look at it.
18    That's why it's put into chat.
19         THE WITNESS: Okay.
20    BY MR. FOWLER:
21    Q    My question, Doctor, just so you keep
22    it top of mind -- of course, you can look at
23    whatever you like.
24         Do you agree that it would have been
25    important for forming your opinions in this case to

Page 112

1    understand the molecular effects at very low level
2    of exposure to NDMA and NDEA?
3         MR. NIGH: Form objection.
4         THE WITNESS: No. I don't agree
5    because, again, I was looking at a general
6    causation question of exposure of NDMA over a
7    long period. You know, it could have been
8    three years, five years, up to 40 years. That
9    was my question.
10         And what these authors are -- are, I
11    believe, arguing, does not -- does not talk
12    about any specific type of question, does not
13    talk about the -- you know, the type of
14    exposure, the -- the risk of cancer, the type
15    of risk of cancer or the -- or the follow-up
16    involved.
17         So for my specific question that I set
18    out to answer, I don't believe any -- I mean,
19    if there -- if there was any specific modeling
20    data, I would have looked at it. But I don't
21    believe that would negate looking at studies
22    that looked at -- at those responses.
23         And by the way, the Hidajat studies
24    did quite a sophisticated dose response
25    analysis. So, again, I -- I don't quite

Page 113

1    understand what these authors are -- are
2    referring to when they're talking about
3    modeling, because statistical dosing modeling
4    was done in some of the studies that I
5    included.
6    BY MR. FOWLER:
7        Q    I want to show you the paragraph that
8    starts, "Biological gradient." It's just down below
9    this box.
10        Doctor, "Biological gradient is an
11    example of how data integration can complicate
12    causal inference." Do you agree with that
13    description of the Bradford Hill criteria,
14    biologic -- biological gradient?
15       A    Yes.
16       Q    And if you look three lines -- strike
17    that.
18        The next sentence, "New tools and
19    technical capabilities have allowed researchers to
20    characterize a variety of low level molecular end
21    points that may not lead to disease or observable
22    outcomes on a larger scale."
23        Did I read that correctly, Doctor?
24       A    Yes, I'm just rereading it.
25       Q    Yes, sir.

Page 114

1        And it says further down, "Thus
2    molecular changes within the no observable adverse
3    effect level may not contribute to disease and are
4    more indicative of a threshold dose."
5        Doctor, with that backdrop, did you
6    make any attempt to determine whether there is a no
7    observable effects level for low doses of NDMA or
8    NDEA?
9        MR. NIGH: Form objection.
10        THE WITNESS: Again, that wasn't the
11    question that I set out to answer. The
12    question that I set out to answer was -- was
13    exposure to NDMA over a long period of time,
14    high dose versus low dose, has a differential
15    risk of cancer. What they're talking about
16    here are -- again, they don't really specify
17    the type of studies, the type of exposure. I
18    think they're making very -- very general
19    statements on the very large sort of scope of
20    topics.
21    BY MR. FOWLER:
22       Q    And do you believe, Doctor, that the
23    biological gradient of the Bradford Hill criteria
24    can be satisfied when evaluating NDMA and NDEA
25    without an understanding of any threshold dose

Page 115

1    level?
2        MR. NIGH: Form objection.
3        THE WITNESS: I think threshold dose
4    levels are a very technical, specific question
5    with respect to NDMA and cancer. The more
6    general question that's sort of the umbrella
7    question that I was set up to look at was,
8    generally speaking, does exposure to NDMA over
9    a long period cause cancer. And I don't
10    believe that you need -- I mean, they were --
11    statistical modeling was used in the studies.
12    But I don't -- I don't think you specifically
13    need sophisticated tools or modelings to set
14    out the question that I -- that I wanted to
15    answer.
16    BY MR. FOWLER:
17       Q    Well, Doctor, looking at the first
18    part of this criteria five, it states that
19    Sir Bradford Hill -- it says, "However, Hill
20    acknowledged that more complex dose relationships
21    may exist."
22        Did you consider that when trying to
23    evaluate the biological gradient for NDMA, sir?
24        MR. NIGH: Form objection.
25        THE WITNESS: Again, I did not have,

Page 116

1    you know, data on NDMA gradient or doses.
2    My -- my question was to look at the literature
3    and answer the question whether long-term
4    exposure to NDMA causes cancer. Again, I go
5    back to what I mentioned a few minutes --
6    seconds ago.
7    BY MR. FOWLER:
8        Q    Yes, sir.
9        A    Your -- your question I believe is
10    looking at a more specific type of a question.
11        For a general causation question, I do
12    not believe that -- and, again, with Bradford Hill's
13    statement here, which is very general, I do not
14    believe that for the question that I set out to do,
15    I needed that information that you mentioned.
16       Q    Thank you.
17        MR. FOWLER: I have nothing further,
18    sir. I think we have left some time remaining
19    for any follow-up questions. Thank you for
20    your time over these two days. I appreciate
21    it.
22        THE WITNESS: Thank you.
23        MR. NIGH: Do we have anybody else
24    that's asking questions on the defense side?
25    Steven, do you know?

Page 117

1    MR. FOWLER: No, sir. I don't believe
2    we do.
3    MR. NIGH: Okay. Can we get a -- are
4    we on the record, or can we go off the record?
5    THE VIDEOGRAPHER: Yes. The time is
6    now 11:09. We're going off the record.
7    (Whereupon, a short break was taken.)
8    THE VIDEOGRAPHER: The time is now
9    11:27. We're back on the record.
10    MR. NIGH: Steven, this is -- in
11    response to your question earlier about not
12    being on camera, I didn't want to be short with
13    you, and I did want to give you a reason. My
14    daughter has been -- was diagnosed with COVID
15    about a week and a half ago. I think that's
16    the timing. And so, frankly, I have had to
17    do -- and defend the deposition remotely. So I
18    don't have the same sort of bandwidth that I
19    have in my office. And with that, we have had
20    some storms that have rolled through both
21    yesterday and today. And when I'm on -- not on
22    video, but just speaking, then it doesn't have
23    as much breakup.
24    So I think right now, it's probably
25    okay. The weather is a little bit better

Page 118

1    outside, but I figured I'd give you that
2    explanation since you asked. And I know that
3    we have had, you know, multiple other past
4    depositions where the one making objections has
5    not appeared on camera.
6    MR. FOWLER: Thank you. And best
7    wishes for you daughter's recovery. I'm sorry
8    to hear that.
9    MR. NIGH: Yes, thank you.
10    At this time, we do -- we're not going
11    to ask any questions, and so I'd like to thank
12    Dr. Etminan for his time. And I think that
13    this time, you're free to go. Thank you.
14    THE VIDEOGRAPHER: The time is now
15    11:27. This ends today's deposition. Thank
16    you. Thank you all.
17    THE COURT REPORTER: Counsel, does
18    anybody want copies?
19    MR. NIGH: We will want one copy. It
20    can come to me on the plaintiff's side, I don't
21    know if you have my information already -- and
22    then we do want a -- we do want to read the
23    transcript --
24    THE COURT REPORTER: Sure.
25    Any other counsel?

Page 119

1    MR. GALLAGHER: Duane Morris would
2    like a copy. I think we're already set up to
3    get one, but just in case.
4    MR. HARKINS: Same for
5    Greenberg Traurig. If you don't have an order
6    for us, we certainly want a copy.
7    MS. KAPKE: Jamie, this is Kara from
8    CVS and Rite Aid. I'll take a copy, just
9    regular delivery, etrans.
10    MR. TRISCHLER: This is Clem Trischler
11    from Mylan. I think we have -- we should have
12    a standing order for all depositions, so we
13    would want that. But if we don't, or if you
14    don't have that, we do want a copy.
15    THE COURT REPORTER: Counsel, anyone
16    else?
17    MR. SHAH: This is Nakul Shah for
18    Hetero Drugs and Hetero Labs. We would like a
19    final version of the transcript as well.
20    THE COURT REPORTER: Okay. Anything
21    else, counsel?
22    (Whereupon, the deposition concluded
23    at 11:27 a.m.)

Page 120

1    C E R T I F I C A T E
2
3    I, Jamie I. Moskowitz, a Shorthand
4    (Stenotype) Reporter and Notary Public, do hereby
5    certify that the foregoing Deposition, of the
6    witness, MAHYAR ETMINAN, taken at the time and place
7    aforesaid, is a true and correct transcription of my
8    shorthand notes.
9    I further certify that I am neither
10    counsel for nor related to any party to said action,
11    nor in any way interested in the result or outcome
12    thereof.
13    IN WITNESS WHEREOF, I have hereunto set
14    my hand this 2nd day of September, 2021.
15
16    <%1154,Signature%>
       Jamie Ilyse Moskowitz
       License No. XI01658
17

Page 121

1  Daniel A. Nigh, Esq.
2  dnigh@levinlaw.com
3           September 2, 2021.
4  RE: In Re: Valsartan, Losartan, Et Al  v.
5    8/25/2021, Mahyar Etminan (#4772413)
6    The above-referenced transcript is available for
7  review.
8    Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  cs-ny@veritext.com.
16
17    Return completed errata within 30 days from
18  receipt of testimony.
19    If the witness fails to do so within the time
20  allotted, the transcript may be used as if signed.
21
22           Yours,
23           Veritext Legal Solutions
24
25

Page 123

1  In Re: Valsartan, Losartan, Et Al  v.
2  Mahyar Etminan (#4772413)
3      ACKNOWLEDGEMENT OF DEPONENT
4    I, Mahyar Etminan, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11  _____  _____
12  Mahyar Etminan              Date
13  *If notary is required
14      SUBSCRIBED AND SWORN TO BEFORE ME THIS
15      _____ DAY OF _____, 20____.
16
17
18      _____
19      NOTARY PUBLIC
20
21
22
23
24
25

Page 122

1  In Re: Valsartan, Losartan, Et Al  v.
2  Mahyar Etminan (#4772413)
3      E R R A T A  S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____  _____
24  Mahyar Etminan              Date
25

**&**

**&**
2:9,20 3:18 4:3,8,18 8:8

**0**

**0.047**
24:15
**01**
22:22 23:21 27:11 28:20
**02109**
4:5
**047**
24:24
**07102**
4:15
**08540**
3:15

**1**

**1**
31:18 32:3,9,18 35:5,9 60:4
80:15 81:10 88:4,18 91:23
92:1,4,6,7
**1.0.**
92:13
**1.57**
22:23 23:21
**1.57.**
24:6
**1.72**
92:13
**1:18**
1:6
**10**
53:11 59:16 107:9
**10:12**
76:18
**10:15**
76:23
**10:29**
87:23 88:1
**10:36**
93:4
**10:37**
93:8
**100**
4:14 28:14
**1000**
3:4
**107**
6:5
**11**
4:9
**11:09**
117:6
**11:27**
117:9 118:15 119:23
**111**
2:10

**115**
83:11
**1154**
120:15
**12**
19:8 25:5
**120**
8:8 82:10,14,22
**122**
8:9
**12211**
2:10
**13**
55:9
**130**
83:16
**14**
102:17,17
**15**
53:11 88:5
**150**
25:2,8,14,22,24 26:1,5,18
27:6 28:20 49:16
**15076**
1:6
**15219**
3:21
**15th**
4:14
**16**
83:12
**1800law1010.com**
2:11
**1875**
2:15
**19**
80:16 85:22,25 86:2,3
87:14
**19422**
2:21

**2**

**2**
31:18 32:3,9,18 35:5,9 60:8
65:11,14 93:4 121:3
**2,000**
11:10 16:13,20 33:6,7
**2,100**
33:9
**20**
12:18 74:19 123:15
**20,000**
11:19 12:4
**200**
2:21 3:9
**200,000**
74:14,23
**20037**
3:4

**2017**
74:20 75:1,2
**2018**
46:23
**202.331.3100**
3:5
**2021**
1:14 65:19 66:6 120:14
121:3
**21**
3:14
**2101**
3:4
**21st**
93:15 106:25
**22**
54:17 55:21
**2220**
5:5
**227**
4:19
**230**
5:5
**25**
1:14
**25,000**
11:20 12:4,19
**2500**
3:9
**27th**
4:4
**28**
6:3 76:11,20,25
**28202-2601**
4:20
**2875**
1:2
**29**
6:4 77:19,23 78:1,16,23
80:16
**2nd**
120:14

**3**

**3**
93:8
**30**
6:5 62:17,17,19 106:24
107:2,13 121:17
**30,000**
74:19
**300**
2:15
**301**
3:20
**30305**
3:10
**312.566.4801**
5:6

**315**
2:5
**317.236.1313**
4:10
**320**
24:22 25:1
**32502**
2:6
**3333**
3:9
**33431-8561**
2:16
**35**
60:24
**38**
3:20

**4**

**40**
22:15 33:7 48:21 60:25
112:8
**41**
33:8
**412.263.2000**
3:21
**450**
2:21
**46204**
4:10
**4772413**
121:5 122:2 123:2
**49**
99:22

**5**

**5**
34:16 37:13 59:16
**5,000**
102:14,18
**518.724.2207**
2:11
**53**
4:4
**561.962.2100**
2:16

**6**

**6**
8:10 84:18
**60**
8:6
**600**
4:19
**60606**
5:5
**609.924.0808**
3:15
**610.567.0700**
2:22

[617.213.7000 - appropriate]

**617.213.7000**
4:5
**63**
8:7
**64**
83:5
**678.553.2100**
3:10

**7**

**7**
10:17 84:18
**704.444.3300**
4:20
**71**
37:7,11
**750**
2:10
**76**
6:3
**77**
6:4

**8**

**8**
22:16 48:19 82:11
**8/25/2021**
121:5
**8:32**
1:15 9:2
**800**
84:18
**850.435.7013**
2:6

**9**

**9**
8:4,5 87:14,15 110:17
**9:34**
60:4
**9:49**
60:8
**90**
62:21
**93,000**
19:12 25:7,15 27:7 28:17
**94.1**
99:22
**973.757.1100**
4:15

**a**

**a.m.**
1:15 119:23
**ability**
65:25
**able**
39:20 92:17,18
**absence**
91:20

**absolutely**
76:15 107:10
**absorbed**
63:4 94:24
**abstract**
83:25
**acceptable**
40:1
**accepted**
89:12 91:9 103:13
**account**
100:10,16
**accuracy**
65:23 121:9
**accurate**
25:8,14 66:3 74:16 84:7
85:12
**acknowledged**
109:24 115:20
**acknowledgement**
123:3
**acknowledgment**
121:12
**acquire**
67:18
**action**
120:10
**added**
26:20 28:7
**adding**
25:14 27:20 66:8
**addition**
107:25
**additional**
64:2
**additions**
66:6 123:6
**address**
29:19 36:20
**addressed**
29:16 36:16,18
**addressing**
41:11
**adjunct**
68:8,18,23 69:4
**administration**
15:14
**adult**
16:3
**advanced**
110:18
**adverse**
39:8 114:2
**affect**
99:5,12 102:8,10 105:25
**aforesaid**
120:7
**agencies**
72:1

**ago**
116:6 117:15
**agree**
9:25 13:10,19,24 16:7
19:24 20:11 22:10 28:14
30:1,4 38:2 39:22 47:1
48:20 49:5 54:20,24 55:5
55:12 62:5,12,14 78:5
93:12 99:23 102:7 105:12
107:22 108:6 110:4,5,6,10
110:24 111:8,24 112:4
113:12
**agreed**
15:5 16:11 22:13 31:1 38:8
89:25
**agreeing**
56:4
**agreement**
16:19
**ahead**
57:14 79:25 80:12
**aid**
4:11 119:8
**air**
10:10,16 16:9
**al**
1:5,5 121:4 122:1 123:1
**albany**
2:10
**albertsons**
4:21
**alcohol**
13:11,17,22,23
**alcoholic**
13:14,15,17
**alfano**
3:18
**allotted**
121:20
**allowable**
26:3
**allowed**
113:19
**american**
10:25 11:11 16:3,7 17:9
26:16
**amount**
17:8 20:20 27:17,19 61:18
80:6
**amounts**
16:2 48:23 49:7
**analogies**
64:12
**analysis**
13:5 36:11 37:19,21 99:12
99:18 107:23 111:1 112:25
**analyzing**
108:9

**anatomy**
58:14
**anesthesiology**
66:14 68:14
**animal**
39:15 42:22,23 43:5 82:15
108:17,23
**animals**
97:10
**annual**
74:18
**answer**
7:2 15:13,17 16:16,21 18:2
24:4 28:23 29:2,6,8,12,24
30:6,11,14,16,21,25 31:3,6
31:10 32:23 35:18 36:24
38:11 41:18 50:19,20 56:16
60:21 61:2 68:12 79:17
89:14,22 96:22 98:23
104:20 109:4 112:18
114:11,12 115:15 116:3
**answered**
21:19 29:1 30:10,18 31:4
31:13 52:20 79:19 95:25
109:6
**answering**
60:14
**anybody**
116:23 118:18
**anyway**
81:21
**apologize**
72:22
**appearances**
2:1 3:1 4:2 5:2
**appeared**
118:5
**appel**
2:14
**appended**
123:7
**applicable**
121:8
**applied**
88:15
**apply**
92:1,18
**applying**
91:3,7 106:24
**appreciate**
39:19 116:20
**approach**
56:10 85:19 91:15
**approached**
72:16 73:7
**approaching**
73:9
**appropriate**
107:24 108:7

[approximately - break]

**approximately**
74:13
**approximation**
74:22
**area**
12:23 75:17
**areas**
71:21
**arguably**
58:12
**arguing**
112:11
**argumentative**
29:5 36:1,9 89:21
**article**
83:25 86:8,20,21 87:6
106:24 107:5,8,20 108:3
**articles**
77:5,15,16 78:14,19,20
82:10,14,22 83:6,11,16,23
84:19 85:22 86:3,17 87:9
87:10 91:2,4 107:25,25
108:4
**asa**
103:9,14
**ascertained**
77:16
**asked**
14:16,19 15:10,16,21 16:16
22:18 28:25 29:11 30:16
39:2 52:19 54:25 55:2
93:16 96:21,24 97:1 118:2
**asking**
9:17,23 12:10,14 28:24
29:10,21,25 34:22,23 35:2
37:18 38:22 39:17 50:15
52:5,7 53:12 57:17 75:8
90:8,11 99:1 111:8 116:24
**aspects**
97:3
**assess**
14:11
**assessing**
20:10 42:15,19 99:13 108:1
**assessment**
47:24
**assimilate**
91:19
**assistant**
67:21
**assisting**
72:4
**associate**
66:12,13,18 67:1,21,25
**association**
43:17 44:11,19,25 45:6,12
45:18,23 46:4,10,16 47:2
47:10 109:20

**assume**
24:17,25 25:13 33:5 55:24
**assuming**
12:2 26:4 27:15,22
**assumption**
28:13
**assumptions**
89:10,10 90:25
**atlanta**
3:10
**attached**
121:11
**attacks**
102:23,24
**attempt**
64:5 98:14 99:6 114:6
**attempted**
10:24 78:5 92:1
**attention**
65:18 109:11
**attorney**
121:13
**attorneys**
64:25
**august**
1:14
**aurobindo**
2:23
**author**
19:2,2 46:21
**authors**
32:16 47:3,8,20 54:15 55:8
94:2 111:6,13 112:10 113:1
**available**
24:21 29:11 63:4,5 121:6
**avenue**
2:10
**average**
10:25 11:11 12:19 14:24
16:3,14,19 17:9 49:24 50:3
50:8,24 54:16 55:1,8
**aware**
11:7,17,21 12:16 18:8
24:18 41:1 48:10,15 58:12
59:8 89:6,16 91:2 96:10,14

**— b —**

**baccalaureate**
70:24
**back**
9:3 25:4,21,21 60:9 63:14
63:16 65:10 76:23 88:1
93:9 116:5 117:9
**backdrop**
114:5
**background**
43:24
**ball**
2:15

**bandwidth**
117:18
**barnes**
4:8
**based**
23:24 26:17 51:23 54:22
56:13 64:12 90:24 105:12
105:19 106:1
**baseline**
10:24 11:5 13:6,25 14:12
14:22 15:5 16:14,20 21:15
26:20 28:4 30:7 33:3,5
**baselines**
21:22
**basic**
42:25 98:1,25
**basically**
35:4 51:16 81:5
**basis**
10:21 11:1 12:5 16:4 17:10
18:20 33:5 37:24 43:25
55:2,4,9
**bayer**
74:6
**baylen**
2:5
**bear**
72:22 78:1
**beer**
13:15
**begins**
60:8 93:8
**believe**
19:3 22:11 25:22 26:11
28:13 38:16 39:10 52:11
54:3,7 58:6 60:22,24 66:1
68:18 70:11 71:8 72:10
73:21 81:19,19 94:22 95:8
96:5 97:1 98:17,24 101:21
103:13 106:7 108:12 109:7
110:14 111:5 112:11,18,21
114:22 115:10 116:9,12,14
117:1
**believed**
106:11
**bell**
2:21 40:21 53:23
**beneficial**
105:9
**benefit**
70:16 72:24
**best**
24:8 65:25 66:3 75:19
118:6
**better**
117:25
**beyond**
108:24

**bias**
105:13,24 106:8,10,18
**big**
60:25
**bigger**
82:3
**biley**
5:9
**bill**
84:20
**billed**
84:18
**biologic**
99:6,7,12 108:16 109:12
113:14
**biological**
97:25 113:8,10,14 114:23
115:23
**biomolecular**
110:20
**bipc.com**
4:21
**bit**
48:18 51:4,5 101:14 110:15
117:25
**bladder**
45:24 79:7 82:9
**blood**
46:10 95:21
**blue**
2:21
**boca**
2:16
**body**
18:4,10,14 63:4,5 95:3,5,17
95:24 96:10,11,12 98:12,15
**bogden**
2:9
**bosick**
3:18
**boston**
4:5
**boulevard**
2:15
**bound**
23:16,16
**box**
113:9
**bradford**
6:5 106:25 107:23 108:9,15
108:21 109:18 111:5
113:13 114:23 115:19
116:12
**brain**
79:10,10,13 83:4
**break**
59:1,8,12,18,22,25 60:2,6
76:14,19 87:24 93:6 107:5
117:7

[breakup - coming]

**breakup**
117:23
**breast**
44:12,13,14 57:2,6,20
83:10
**breathe**
10:11
**briefly**
63:23
**british**
1:14 70:2
**broad**
84:11
**broke**
25:10,10 49:1,1
**broken**
21:1,6
**brought**
96:12
**btlaw.com**
4:11
**buchanan**
4:18
**built**
89:11
**busier**
70:15

---

**c**

**calculate**
11:5 17:13 23:2,9,14,23,23
92:17 100:18 104:16,25
105:5
**calculated**
23:5,8 24:9 38:13 39:11,18
101:2
**calculates**
100:3
**calculating**
38:19
**calculation**
23:12 101:8
**calculations**
101:15
**call**
48:4 68:7,8,23
**called**
46:24 100:13
**camera**
64:19,22 117:12 118:5
**canada**
1:15
**cancer**
15:15 26:25 28:22 29:14
30:9,25 31:6,12,14,21 32:6
32:13,19 33:12,18,19 34:15
35:6,23 37:5,15 38:4,18
41:5,13 43:21 44:1,12,13
44:14,20 45:1,7,13,19,24

**cancer (cont.)**
46:5,17 47:3,11 48:24 49:9
49:15,18,22,25 50:1,4,9,12
50:16,23 51:21,25 52:15
53:4,14,21 54:15,17 55:9
55:20 56:12,23 57:1,2,2,3,3
57:6,20,25 58:4,22 60:16
61:5,9,21 62:1,8,16,25 64:8
79:7 80:2,3 82:9 83:10 85:4
85:6,22 87:8,13 88:8 92:13
92:15 93:24,25 94:5,10,15
95:10 97:15,17,19 98:1,3
99:13 100:5,12 101:24
103:2 104:2 106:5,7,17
112:14,15 114:15 115:5,9
116:4
**cancers**
43:18 46:11 53:16 58:6,8,9
58:12,15,19 78:12 80:6,9
86:12 91:22,25 92:3 102:16
**capabilities**
110:18 113:19
**capable**
110:22
**carcinogenesis**
46:24
**carcinogenic**
97:10
**carcinogenicity**
20:10 21:8 42:6,12,16,20
42:24
**carcinogens**
43:21 93:13
**career**
11:4 43:12,15 70:13
**careful**
47:4,9
**carefully**
89:15
**carillon**
4:19
**carolina**
4:20
**carries**
89:9
**carry**
55:17,20
**case**
1:6 10:23 11:22 13:4,5
14:10 15:4 17:23 18:1
19:18 21:12 23:2 28:19
29:2 31:17 32:2 41:10 42:5
42:10 43:11,19 44:3,17,23
45:4,10,16,22 46:2,8,14
48:21 49:12 74:3 78:21
91:16 104:6 111:25 119:3
**cases**
17:12 101:23,24 102:5,20
102:21 103:7 105:19

**cases (cont.)**
106:19
**causal**
41:13 109:20 110:3 113:12
**causation**
29:13,23,24 30:2,17 56:21
61:24 108:14 109:3 112:6
116:11
**cause**
15:15 38:8 39:8 44:1 48:24
49:9 52:14 62:25 99:24
106:7 115:9
**caused**
79:13
**causes**
100:5,8,17 116:4
**causing**
38:18
**center**
4:14
**centre**
3:20
**century**
106:25
**certainly**
29:2 53:6 87:21 119:6
**certainty**
61:17
**certificate**
8:9
**certified**
1:16,17
**certify**
120:5,9
**change**
88:7 122:4,7,10,13,16,19
**changes**
65:23 66:5 67:22 114:2
121:10 123:6
**changing**
67:4
**characterization**
71:23 103:11
**characterize**
113:20
**charge**
76:16
**charlotte**
4:20
**chat**
111:18
**check**
40:6
**chemical**
81:7 99:4
**chemicals**
81:7
**chicago**
5:5

**chief**
66:24
**choice**
71:4
**chose**
80:5
**chrisopher.henry**
4:21
**christopher**
4:18
**cipriani**
2:20
**citation**
16:5
**cite**
18:16 32:15 87:8,16
**cited**
18:25 37:6 87:10,15
**city**
1:14
**clarify**
14:19 32:20,24 70:10 89:24
94:18 95:1 96:1 99:9
**clarifying**
101:4
**classes**
68:24 69:2
**clear**
21:13 68:17
**clem**
3:19 9:16 119:10
**client**
22:3,4,16 48:17
**clinical**
42:6,11 67:7 69:9,13,14,17
69:19,22 71:3,5
**clinically**
70:12
**cohort**
31:17 32:2 47:23 48:11
102:14,18
**collaborations**
69:3
**colleagues**
48:12
**colloquy**
29:5 36:1
**colorectal**
45:7 50:9
**columbia**
1:15 70:2
**column**
92:8
**combine**
58:18
**comfortable**
65:5
**coming**
74:23

[commencing - day]

commencing
1:15
commenting
96:19
community
14:24
company
4:7 72:24 73:15
compared
13:22 27:7 33:23 35:8
complete
106:6 123:8
completed
70:17 121:17
completely
96:17
complex
54:24 56:20 91:11 109:25
115:20
complicate
113:11
complicated
109:1
composite
77:1
compound
20:11
compounds
10:5 19:7 20:4 95:2
computer
86:6
concentration
13:1 24:10,14,19
concentrations
22:21
concept
34:23 39:3 49:22
concerning
15:22
concierge
5:10
conclude
48:22 49:6
concluded
32:17 54:16 119:22
conclusion
93:23 94:3
conclusions
92:4
conditions
102:22
conduct
71:18
conferred
71:7
confidence
101:16,20 102:2,4,8,10
103:5

confidential
1:9
confirmed
47:22 110:1
confounder
88:6,16,19,24 90:2,21
91:21 92:3,11,16
connection
17:25 41:13 44:3,22 45:3,9
45:15,21 46:1,7,13 66:25
consider
20:2 89:3 98:12,15 108:8
115:22
consideration
47:23
considering
33:24
constitute
58:13
consultant
74:12
consulting
74:19,24
consume
13:17 18:11,20
consumed
17:15
consumes
13:11,15 16:3 17:9
consumption
20:3
contacted
72:9,23
contacting
73:3
contained
48:23 49:7 61:19 62:7
79:12 98:5
containing
17:16 20:1 21:25 24:19,21
48:23 49:8 51:20 52:14
53:3 55:19 56:11 61:4
contend
68:9 83:16 87:7
contention
71:2,9 83:5,11 102:17
contents
8:1
context
96:25 97:4
continuation
9:2
continue
59:3,17
contribute
21:8 114:3
control
31:18 32:3 59:14

controlled
100:3
controls
20:21 21:1 100:4 105:20
106:20
copies
77:14 118:18 121:14
copley
74:6
copy
118:19 119:2,6,8,14
corporate
2:15
correct
10:12 15:18 17:17 22:1,17
25:2,3,16 28:16 35:8 37:1,8
38:1,4 40:17,25 46:21
51:14 55:24 62:8 64:4 67:5
67:6,13,17 68:2,3,6 69:23
69:24 70:22 72:2,5,25
73:16 74:1 82:23 83:2
88:21 92:5,9,20 93:13,21
93:25 94:6 96:15,19 97:8
98:6 101:9 103:20 111:6
120:7 123:8
corrections
123:6
correctly
88:14 113:23
counsel
2:7,12,17,23 3:6,11,16,22
4:6,11,16,21 5:7 9:10,11
73:24 74:4 76:2 77:2,3
87:19 92:24 101:5 118:17
118:25 119:15,21 120:10
121:14
count
75:16
couple
70:4 90:22
course
72:9 84:17 99:21 111:22
court
1:1,16 15:4 22:6 25:9 63:13
81:15 86:25 87:19 92:24
97:19 104:18,23 118:17,24
119:15,20
cover
57:22,22 59:2
covered
106:14
covid
117:14
created
80:20
creates
96:11 106:8
credible
53:1

criteria
6:4,5 57:11 77:20 78:15
80:11 82:17 84:2,4 86:4
87:7,11,15,18 90:22 106:25
107:23 108:1,10,15 109:12
113:13 114:23 115:18
critical
20:19 51:11 91:2
cs
121:15
culbertson
4:3
cumulative
17:14,14 25:25 33:22 35:14
cumulatively
26:22 27:21 28:8
curve
110:2
curves
110:21
cut
22:7 87:16
cv
1:6 65:10,11,20,23 66:2,11
69:7
cvs
4:11 119:8

d

daily
10:21 11:1,5,18 12:3,17
13:11,18 16:4,12 17:9
18:20 21:23 25:15 26:3,22
31:19 32:4 33:4,11 37:12
39:4,6,12,15 40:15 41:23
dan
36:4
daniel
2:3 16:23 59:23 121:1
data
23:24 25:4,13 29:10,11,20
30:5,10,25 37:15 39:16
40:23 62:2 80:6,10,11,13
86:22 95:13 110:18 112:20
113:11 116:1
database
78:13 81:8
date
65:19,19 122:24 123:12
daughter
117:14
daughter's
118:7
day
11:11,20 12:4,19 16:13
19:13 24:22 25:7,23 26:19
28:8,17 32:12 33:9 38:3
49:16 62:10,15 63:22
120:14 123:15

**[days - elaborate]**

**days**
62:17,17,19,21 116:20
121:17
**dc**
3:4
**death**
94:8 99:24 100:4,4,5,16
**deaths**
104:2
**decided**
84:1
**deciding**
77:4
**declare**
123:4
**decreased**
74:25
**deemed**
123:6
**defend**
117:17
**defendant**
2:23 3:6,11,22 4:16 5:7
**defendants**
2:17 3:16 4:6,11 9:17 64:1
76:4
**defense**
9:10 73:12 77:2 116:24
**define**
37:4
**defined**
39:7 71:21 110:21
**definitely**
85:1
**degree**
61:17 69:12,18,21,23 70:1
70:7,7,17,21 71:6
**delivery**
119:9
**denominator**
86:3
**dep**
77:3
**department**
66:12,13,16,20,24 67:2,5,6
67:13,19,22,25 68:1,9,13
68:19,24
**depending**
80:5,10
**depends**
108:12 109:5
**deponent**
121:13 123:3
**deposing**
121:13
**deposition**
1:13 9:3 64:20 65:3 76:2
117:17 118:15 119:22
120:5

**depositions**
64:24 75:25 118:4 119:12
**derived**
12:9 92:8
**describe**
69:23 71:4 75:20
**described**
78:11
**description**
6:2 7:6 113:13
**descriptions**
110:21
**design**
52:8 53:18 56:18
**designed**
11:4 55:17 89:1
**designing**
104:15,24
**despite**
91:10
**determination**
56:13
**determine**
11:4 13:5 64:5 71:19 99:24
114:6
**determined**
40:17 88:5
**determining**
16:14
**develop**
38:4
**developing**
35:22
**diagnosed**
117:14
**diagnosis**
47:25
**die**
100:7
**died**
93:24 94:4,5 99:23
**diet**
16:7 26:17 33:23 34:1
47:24
**dietary**
11:9 16:15 32:10 33:20
34:3,7 35:12,20 36:11,19
37:20
**diets**
28:2
**difference**
36:21
**different**
22:19 34:24 53:14,15 54:8
60:19,20 64:13 75:18 81:7
85:3 86:11 89:14 94:9
100:15 106:15
**differential**
106:18 114:14

**differently**
83:20
**difficult**
99:23
**digested**
94:24
**direct**
109:11
**directing**
65:18
**directly**
103:1,6
**disagree**
30:2 99:25 107:22
**discuss**
18:17 75:5
**discussed**
20:15 28:2 33:21 96:9 97:5
**disease**
47:24 113:21 114:3
**disorder**
66:22,23
**dispute**
12:5 54:18 55:2,5,10,13
**distribution**
99:18 100:2,13,14,19 101:8
**district**
1:1,1
**dnigh**
2:7 121:2
**doctor**
9:13,25 24:4 27:5 28:12
33:3 35:18 41:10 72:8
76:15,25 77:21 78:4 79:1,8
79:25 80:19 83:2 84:17
87:6 88:3 91:22 93:11,20
96:3 97:8 98:23 99:17
102:7,12 103:8,23 105:11
107:20 111:15,21 113:10
113:23 114:5,22 115:17
**document**
1:4 6:3 80:20 111:16
**documents**
7:5 76:3,5 77:1,6,9,20 78:6
78:7
**doing**
72:15 78:22 107:23
**door**
43:10
**dosage**
49:18
**dose**
20:11 21:6 24:20,25 26:3,6
26:12,18,20,21,22,24 27:21
27:23 32:11 33:17,22 34:3
34:5,8,23 35:10 36:11,12
36:15,17,18,20,20,25 37:4
37:21 38:6,14,16,17,20
39:7,9 41:22 63:8 64:14

**dose (cont.)**
109:19,25 110:1,21 112:24
114:4,14,14,25 115:3,20
**doses**
31:12 32:13 114:7 116:1
**dosing**
35:14 113:3
**dr**
9:6 60:11 63:19,22 65:9
101:7 118:12
**drafting**
104:5
**draw**
37:6 93:22
**drew**
91:23
**drink**
10:11
**drug**
40:3 72:23 73:19
**drugs**
3:16 20:4 40:12 119:18
**duane**
2:13 119:1
**duanemorris.com**
2:17
**due**
20:3 21:24 100:4,5,17
**duffy**
1:5
**duration**
20:11 21:7 35:21 37:1,4
41:22 49:15 51:17,18 60:16
63:8
**durations**
51:13 60:20
**dye**
10:16

---

**e**

**earlier**
26:9 117:11
**early**
51:19 52:12
**eat**
10:12
**editor**
66:23
**education**
67:3 96:18
**effect**
39:8 91:20 95:9 100:10
114:3
**effects**
110:22,25 112:1 114:7
**either**
13:6 23:6 59:4 68:5 84:24
**elaborate**
90:6

[electronic - files]

electronic
77:17 80:23 83:21
electronically
86:5
elevated
94:8
emerging
71:21
endogenous
17:20,21 18:2,13 19:6 26:6
26:7,13,15 27:16,18,19,23
27:24 28:5,15 34:1 94:16
95:1,1,8,14,18,23 96:1,5,12
96:19,24 97:3
endogenously
18:9,19
ends
60:4 93:4 118:15
engine
80:22
ensuring
82:1
entails
69:16,18
entire
22:10 65:23 76:5,8
entitled
19:6 53:20
environment
16:9 95:5 96:9
epi
64:15
epidemiologic
39:14 89:9 107:25
epidemiological
43:2,6 55:17 96:25 108:3
epidemiologist
55:16
epidemiology
43:16 66:22 71:3,5 108:8
equation
100:21
errata
121:11,13,17
esophageal
31:21 32:6 44:20 49:25
50:1 58:14 85:22 87:8,13
esophagus
58:16,18
esq
121:1
esquire
2:3,4,4,5,9,14,14,15,20 3:3
3:8,14,19,19 4:4,9,13,18
5:4
establish
19:20 21:15,22 111:11
established
15:22 40:2,10 92:19

establishes
34:14
estimate
25:6 54:15 55:8
estimates
19:21
estimating
53:20 54:5
et
1:5,5 121:4 122:1 123:1
etminan
1:13 8:2 9:6 60:11 63:19,22
65:9 101:7 118:12 120:6
121:5 122:2,24 123:2,4,12
etminan's
9:3
etrans
119:9
evaluate
14:11 15:21 19:25 55:18
99:6 115:23
evaluates
53:2
evaluating
42:15,19 62:24 114:24
events
102:5 103:1,4,7
eventually
96:10
evidence
12:17 80:4,5 108:22
ex
6:3,4,5
exactly
12:9 35:12 70:9 90:8
105:24
examination
8:3 9:5,12 60:10 63:21
examined
15:23
examiner
59:7,7
examining
41:22 108:20
example
22:4 39:24 66:17 77:5
86:19 97:10 102:16 113:11
excuse
19:2 43:5
exhibit
6:2 19:8 25:5 65:11 76:5,9
76:11,20,25 77:1,19,23,25
78:16,23 80:16,16 106:24
107:2,13
exhibits
8:10
exist
30:5 37:15 109:25 115:21

exogenous
13:25 17:19 19:7 27:25
28:6,15 34:2 94:15 95:8,19
96:2
exogenously
18:11 96:13
exp
81:1
expanded
81:2,4
expected
13:12 33:12
experience
14:1 30:8 67:4 96:18
experiment
104:10 105:4
expert
73:15
expertise
18:6 72:25
expired
93:23
explain
28:10 39:20 69:17
explained
100:2
explanation
108:17 118:2
exposed
10:20 14:7 16:8 19:12 26:9
27:16 33:6,25 37:24 38:3
39:8 40:11 93:12
exposure
10:25 11:5 12:22 13:11,25
14:12,22 16:6,12,15 17:14
17:19 19:7,21 20:12,20
21:1,2,2 25:1,7,15,15,25
26:6,7,13,15 27:6,7,12,24
27:25 28:5,16,19,21 29:13
30:17 31:5,13,14,19 32:4
32:12,17 33:4,5,8,11,17
35:22 37:4,13 38:7 39:4,7
39:12,15 40:15 41:4 56:22
57:6,18,19,24 58:3,21
60:15 61:25 62:25 63:9
94:15,16 98:16 99:4,5,11
99:13 100:11 110:23 111:1
112:2,6,14 114:13,17 115:8
116:4
exposures
13:6 14:3 15:5 21:15 26:20
28:15 30:7 41:23
expressed
90:10
extended
26:1
extent
17:21 18:2 20:2 21:23

extra
26:12,18,20 27:21,23 28:7
28:19
eye
72:4

f

fact
10:14,19 11:7 12:5 16:2
18:24 20:14 24:18 37:23
59:20
factor
53:15
faculty
67:7,9,10 69:3
fails
121:19
fair
19:22 43:14 61:3 71:23
78:8 103:10 108:5
falanga
4:13
falkenberg
5:4
falkenbergives.com
5:6
familiar
39:3 49:21 51:7 53:19,24
100:20 101:12
far
18:19 66:19
fashion
34:24
faster
70:8
fda
26:3,22 39:24 40:1
fellow
71:12
fellowship
71:10
fewer
66:19
field
18:6 96:17 97:23 99:1
fields
43:15
fifth
109:14
figure
74:23
figured
118:1
file
86:6
filed
15:4 48:21
files
86:11

[final - hear]

**final**
119:19
**find**
31:17 32:2 35:24 36:7
37:19 53:1 86:9
**finding**
47:2
**findings**
47:9,21
**fine**
65:6 90:16
**finish**
79:18,23
**finished**
57:15,16 59:21 79:22
**firm**
2:3 63:25
**first**
24:3 33:7 79:5,15 92:12
115:17
**fit**
70:14 91:8
**five**
34:16 35:5 51:18 52:10
53:7 109:12,23 112:8
115:18
**floor**
3:20 4:4,14
**florida**
2:6,16
**focus**
41:11
**focused**
41:22
**follow**
53:17 56:3,7 60:25 61:10
94:16,21 100:6 101:11
102:23 112:15 116:19
**following**
9:18
**food**
10:11,16 95:6
**footnote**
22:16,20 48:19 110:17
**foregoing**
120:5 123:5
**form**
10:2,7 11:12,23 12:6,20
13:7 14:13,25 15:6 16:18
17:3,5 18:9,19,21 19:15
20:5 21:10,17 24:3,3 25:17
25:18 27:8,13 30:13 31:2
31:22 32:7,22 33:14 34:20
35:25 38:9 40:4,18 41:6,15
41:25 44:5 48:1,14 50:6,10
51:1 52:18,19 53:5 54:19
55:3,11,22 56:1,17 60:18
61:6,22 63:10 64:9 68:11
68:21 72:12 73:1 77:7

**form (cont.)**
82:24 85:9,16 88:22 89:18
89:20 90:18 92:21 93:14
96:20 98:2,7,14,22 99:8,14
101:1,3 103:24 104:7,13
105:15 106:9 108:11 110:5
111:3 112:3 114:9 115:2,24
**formation**
17:20,22 18:3,13
**formed**
85:2
**forming**
111:25
**formulated**
85:3
**forth**
78:5
**found**
10:5,10,15 22:22 44:11,18
44:24 45:5,5,11,17,23 46:3
46:15,19 49:12 64:15 78:19
78:20
**foundation**
93:18
**four**
51:18 52:10 60:23 70:22
**fowler**
3:3 8:7 63:21,25 64:16,18
65:4,8,13,15 68:16,22
71:15,17 72:18 73:13 76:7
76:12,15,24 77:13,19 78:1
78:3,22 79:2,4,19,24 80:15
80:18 82:6,8,20,21 83:1,8,9
83:14,15 84:15,16 85:14,20
87:5,21 88:2 89:2 90:3 91:1
92:22 93:2,10,17,19 97:6
97:20,21 98:10,21 99:3,10
99:16 101:4,6 104:3 105:10
106:3,21,23 107:6,11,16
109:9,13,16 110:8,9 111:7
111:20 113:6 114:21
115:16 116:7,17 117:1
118:6
**fowlerst**
3:5
**frame**
52:11
**framed**
62:23
**frankly**
117:16
**frederick**
2:15
**free**
118:13
**function**
54:12 101:23,24 102:20
**further**
9:9 75:6 94:22 108:20,25

**further (cont.)**
110:15 114:1 116:17 120:9

### g

**gallagher**
2:14 8:4 9:5,18 15:10 119:1
**gateway**
4:14
**gears**
65:9 93:18
**general**
12:10,14 16:6 29:12,23
30:2,17 31:13 41:11 50:12
54:8 56:21 58:8,10 61:24
64:11 95:3 108:14 109:3
110:12 112:5 114:18 115:6
116:11,13
**generalizations**
106:1
**generally**
10:3,8 12:24 16:8 20:13
56:6 115:8
**genotoxic**
97:13
**gentleman**
19:1
**georgia**
3:10
**getting**
36:1
**give**
50:12 60:20 62:2 85:7,10
85:11 102:13 117:13 118:1
**given**
61:2,23 99:21 123:9
**go**
13:19,20 37:11 53:1,10
57:14 59:16 65:10 69:6
79:3,15,25 80:15 82:6,14
85:6 87:20 92:13,25 108:19
116:4 117:4 118:13
**going**
9:10 13:19,20,21 25:4
37:11 38:4 48:9 54:20 56:9
56:10,12,20 60:5 62:20
71:20 72:11 76:18 78:2,6
78:11,15 85:7 87:16,23
93:5 102:24 106:23 117:6
118:10
**gomm**
20:15 51:5,5,12 52:11
**gonna**
35:22
**good**
9:6,7,13,14 29:10 30:5 36:4
60:11 63:22 85:23 86:2
91:8 101:14
**google**
78:18

**gordon**
3:18
**gotta**
79:17,23
**gradient**
109:12 113:8,10,14 114:23
115:23 116:1
**grant**
3:20
**greater**
18:19
**greenberg**
3:3,8 63:25 119:5
**groups**
75:18
**gtlaw.com**
3:5,11
**guess**
57:17

### h

**h.j.**
4:7
**hair**
10:16
**half**
117:15
**hand**
92:8 120:14
**handling**
64:23
**happen**
91:20
**happens**
66:24
**happy**
74:7
**harding**
2:9
**harkins**
3:8 4:7 76:10 107:12 119:4
**harkinss**
3:11
**harm**
38:8
**hazard**
92:7,10,12 99:18 100:2,3,4
100:13,14,19 101:9
**head**
23:11 58:19
**heading**
81:19,20
**health**
72:1
**healthcare**
1:5 2:18
**hear**
41:18 118:8

[hearing - irbesartan]

**hearing**
9:20 28:24
**heart**
102:23,24
**heavily**
77:9
**heinz**
2:20
**held**
1:14
**help**
106:6
**henry**
4:18
**hereto**
123:7
**hereunto**
120:13
**hetero**
3:16,16 119:18,18
**hidajat**
88:20 93:11 99:17 103:23
112:23
**high**
11:10,19 12:4 21:1 23:21
32:12 36:20 94:8 102:7
114:14
**higher**
12:25 13:21 18:10 23:6
24:6,6 26:2,21 33:19 35:6
61:12
**highest**
33:22
**hill**
3:13 6:5 106:25 107:23
108:9,15,21 109:17,18,24
110:11 111:5 113:13
114:23 115:19,19
**hill's**
116:12
**hillwallack.com**
3:16
**hinshaw**
4:3
**hinshaw.com**
4:6
**hold**
16:17,17 24:2,2 29:4 32:21
32:21 33:13,13,14 52:18
52:19 79:16,16 89:20,20
98:18,18,18,19 100:25,25
**holding**
69:20
**honest**
21:13
**hospital**
105:19,20 106:1
**hospitalized**
105:12

**host**
106:14
**hours**
65:2
**huahai**
2:18,18
**human**
18:3,13
**humana**
5:7
**humans**
15:15 41:5,14 42:16,20
44:2 48:24 49:9
**hundred**
83:23
**hypotheses**
104:9,14,23
**hypothesis**
103:20,22,25 104:1,5,13,14
105:3,6,9
**hypothetical**
102:13

**i**

**idaho**
69:8,14 70:7,17,21
**idea**
110:12
**identification**
76:21 77:24 107:3
**identified**
46:18 86:8
**identify**
44:9,17,23 45:4,10,16,22
46:2,8,14
**ii**
1:9
**illinois**
5:5
**ilyse**
120:16
**impact**
19:25 41:23
**importance**
103:10
**important**
20:12 21:7 84:5,10 86:22
105:6 111:2,11,25
**inappropriate**
36:2,9
**include**
37:20 57:9 58:15 80:7,7,9
82:11
**included**
25:6 32:11 77:5,8,12 80:3
80:12 81:11 85:13 97:12
113:5
**including**
40:16 58:6,8

**inclusion**
57:11 80:11 82:4,17 84:1,3
86:4 87:7,11,14,17
**income**
74:19
**incorrect**
19:22
**increase**
13:12 20:3 26:24 28:20
29:14 30:7,22 31:7,11,19
32:4,9,18,25 33:11,17 35:5
35:10,21,22 37:12 41:3
46:19 48:22 49:6,16 57:8
58:21 62:15 73:18
**increased**
21:24 28:22 30:9,24 31:12
31:20 32:5,19 33:12 34:14
34:15 37:5,14 41:5 49:14
51:21 52:15 53:4 55:19
56:12 57:5,19,24 58:3 61:5
61:20 62:8 64:7 74:25 75:3
**increases**
31:5 32:17 33:9 41:23
60:15 61:25
**incremental**
30:6,22 31:7,11 32:16,25
33:11 41:23
**independent**
19:19
**independently**
14:11 17:20
**index**
8:10
**indiana**
4:10
**indianapolis**
4:10
**indicate**
69:7
**indicated**
51:11 70:5
**indicative**
114:4
**individual**
13:10 20:2 29:22,23 39:8
52:6 88:8
**individualized**
61:9
**induced**
93:24 94:5
**industries**
3:6,12
**inference**
21:5 113:12
**information**
23:19,25 54:18 59:2 116:15
118:21
**ingersoll**
4:18

**ingested**
98:13,14
**ingestion**
98:15
**initially**
65:4 95:19
**instance**
16:1
**instances**
110:13
**instructed**
75:5
**instructions**
7:2
**intake**
11:10,18 12:3,17 13:18
16:15 21:23 32:18 34:15
40:1 48:22 49:7,15
**integration**
110:17 113:11
**intend**
57:18,23 58:2,20
**interactions**
110:20
**interested**
120:11
**interject**
58:24
**interlibrary**
87:3
**interpretation**
103:15
**interrupt**
57:13
**interrupted**
79:17
**interval**
101:16,20 102:2,4,8,10
103:5
**introduced**
22:3 107:12
**introducing**
9:15
**introduction**
85:1
**investigate**
71:20,22
**investigated**
43:17
**investigating**
43:25
**involved**
75:7,9 112:16
**involving**
43:2,7 73:25
**iowa**
69:11 70:6
**irbesartan**
1:3

[issue - lost]

**issue**
  28:18 57:1 64:7 65:2 103:6
**issues**
  71:22
**item**
  106:16
**items**
  106:15
**iud**
  72:20
**ives**
  5:4

**j**

**jakszyn**
  19:1,2,12,22 25:20 27:17
  28:16 95:12,13
**jakszyn's**
  25:4,13
**jamie**
  1:16 119:7 120:3,16
**jason**
  3:19
**jersey**
  1:1 3:15 4:15
**jessica**
  2:20
**jheinz**
  2:22
**jmr**
  3:22
**journal**
  66:21,23
**journals**
  103:13
**js**
  1:6
**justin**
  5:9 65:13

**k**

**kapke**
  4:9 8:6 60:10,12 61:1,15
  62:4 63:13,18 119:7
**kara**
  4:9 60:12 119:7
**kara.kapke**
  4:11
**kathleen**
  4:4
**keep**
  111:21
**kekelly**
  4:6
**kelly**
  4:4
**key**
  81:21

**kidney**
  57:2,25
**kind**
  18:17 70:3 83:21
**knocked**
  43:10
**know**
  9:20 12:13,24 13:21 16:6,8
  16:9 18:12 20:24 23:15
  26:8 27:17 29:20,22 32:8
  33:10 36:8 38:10,11 40:19
  49:24 50:3,8,16,17,21,24
  51:24 53:7 54:12 55:17
  56:14 59:16,22 62:6 63:5
  64:23 65:13 69:16 73:10,19
  74:22 75:9 77:22 85:2
  86:12 90:12,16 95:9,20
  97:2 100:18 106:13 108:20
  108:25 112:7,13 116:1,25
  118:2,3,21
**knowledge**
  66:3 110:19
**known**
  10:19 13:14
**knows**
  106:15

**l**

**l.l.c.**
  1:5
**labs**
  3:17 119:18
**large**
  38:25 47:22 48:5,10 103:3
  114:19
**larger**
  102:22 113:22
**largest**
  24:18,20,25
**larynx**
  58:6,8,17,18
**latencies**
  53:15
**latency**
  49:22,24 50:3,8,11,21,24
  52:7 53:18,21 54:5,10,11
  54:15,16,21 55:1,8,25 61:9
**lauren**
  2:5,14
**law**
  2:3 63:25
**lawyer**
  72:15 73:8 74:8,19
**lawyers**
  42:10 43:10 72:9,25 73:4
  74:25 75:18,21
**lead**
  19:1,2 30:8,23 31:19 32:4
  32:19 33:12 37:5 41:4

**lead (cont.)**
  46:20 53:4 56:12 57:19,24
  58:3 99:13 113:21
**leave**
  59:23 65:6 86:22 98:11
**leaves**
  98:6
**led**
  55:19
**left**
  70:3,19 92:12 116:18
**legal**
  5:10 121:23
**level**
  10:24 18:18 28:21 34:1
  40:2 63:6 64:7 88:6 98:16
  112:1 113:20 114:3,7 115:1
**levels**
  18:10 40:2 64:6,11,12
  79:12 96:5 110:23 111:1
  115:4
**levin**
  2:3
**levinlaw.com**
  2:7 121:2
**liability**
  1:3
**library**
  77:17,17 81:23
**license**
  120:16
**life**
  33:7
**lifetime**
  14:3 17:14 30:23 39:9
**lifetimes**
  14:8
**liked**
  20:25
**likewise**
  69:25
**limitation**
  89:4,25 90:19,20 91:10
  105:21,24
**limitations**
  25:21 89:7,16,24 90:6,10
  90:13,15,17 91:5,12,13,14
  91:16,18
**line**
  7:3,6,9,12 37:6 81:10 82:11
  83:12 122:4,7,10,13,16,19
**lines**
  109:23 113:16
**linked**
  106:16
**lisa**
  4:13
**listed**
  37:7 78:21 91:25

**listen**
  89:15
**literature**
  11:9 15:12,17 31:17 32:2
  41:2,12 44:2,7,9,10,18,24
  45:5,11,17 46:3,9,15 49:13
  55:1 80:2 97:11 105:8
  116:2
**litigation**
  1:3 9:17 14:6,23 17:13 57:2
  65:1 72:4,11,20 74:13 75:7
  75:10,16
**litigations**
  73:25
**little**
  51:4,5 110:15 117:25
**livenote**
  1:17
**liver**
  45:12 98:6
**llc**
  2:18 4:21
**llp**
  2:9 3:13,18 4:3,8,13 5:4
**load**
  107:1
**loan**
  87:3
**long**
  26:23 53:1 56:3,6 100:6,12
  101:11 106:12 112:7
  114:13 115:9 116:3
**longer**
  52:15 59:17 94:16,22,23
**look**
  12:22 25:24 36:12 71:21
  78:6,11,15 85:24 86:9 89:1
  99:2 107:24 109:23 110:15
  111:16,17,22 113:16 115:7
  116:2
**looked**
  12:24 24:5 32:9,11,16
  33:21 34:2,3 35:1,3,11,13
  36:13,15 39:14 46:19 61:24
  78:18 80:4 82:15 83:17
  85:23 86:1 112:20,22
**looking**
  14:15 23:13 32:12 35:17
  42:23 48:6 52:1 53:14
  64:10 78:24 80:19 82:18
  83:6,12 104:11 112:5,21
  115:17 116:10
**looks**
  49:18 54:11 56:19 81:5
  90:1
**losartan**
  1:2 121:4 122:1 123:1
**lost**
  103:10

**[lot - nanogram]**

**lot**
23:15 30:1 47:17 73:17
88:24 95:18
**lots**
36:1 40:11
**love**
29:8
**low**
21:2 23:20,20 32:13 36:20
94:9 110:22,25 112:1
113:20 114:7,14
**lower**
23:15 61:12
**lowest**
33:24
**lung**
45:18 55:9 106:5,7,17
**lwalsh**
4:16

**m**

**madeline**
2:4
**magnitude**
92:7,10
**mahyar**
1:13 8:2 9:3 120:6 121:5
122:2,24 123:2,4,12
**major**
77:11
**making**
28:13 114:18 118:4
**manufacturers**
22:19 64:13 73:10
**mark**
76:4,8 77:19 106:23
**marked**
7:11 19:8 65:11 76:10,20
77:23 107:2
**martin**
2:9
**massachusetts**
4:5
**massey**
2:5
**master's**
71:1
**math**
27:12
**matter**
37:1 42:9 73:15 75:4 95:19
**matters**
75:7
**maz**
5:6
**mazzotti**
2:9
**mcgill**
71:11

**mdl**
1:2
**mean**
11:13 12:7 15:24 18:5 20:6
23:2,6,8,11,14,23,23 24:9
24:13,24 25:1,23 31:8
32:25 35:7 39:14 40:19
47:13 49:17 51:24 53:9,10
54:9 57:13 59:15 63:2
67:20,23 75:17 77:22 80:16
81:1,4 84:24 86:1 89:19,24
91:10 95:3 102:21 104:12
105:18,25 108:2,2 109:2
111:10 112:18 115:10
**means**
61:11 63:3 81:2 90:13 92:6
95:14
**meant**
59:10
**measure**
84:11
**measured**
95:15
**measures**
34:3
**measuring**
95:20,21,21
**mechanism**
94:15 97:9 98:2 108:22
**mechanisms**
96:11 97:13,14
**mechanistic**
108:17,21
**media**
60:4,8 71:25 73:6 93:4,8
**median**
52:3 61:10
**medical**
68:4 78:12 81:18,20,22
**medication**
17:16 48:24
**medications**
20:1 21:25 24:20,21 49:8
51:20 52:14 53:3,4 55:19
56:11
**medicine**
66:13 68:1 81:23
**medium**
21:2
**meet**
57:10,11 84:1
**meets**
53:18
**megan**
5:4
**member**
66:12,13,18
**members**
102:18

**men**
100:7
**mention**
22:16 50:23 78:17
**mentioned**
29:8 37:20 48:18 51:6 70:3
71:25 73:4 74:21 75:22
80:12 84:4,5,6 87:18 103:8
116:5,15
**mentioning**
52:2
**merely**
47:11
**meridian**
4:9
**mesh**
81:17
**mess**
59:13
**met**
80:11 82:17 86:4 87:7,11
87:14,17
**method**
83:22 89:1 99:11
**methodology**
78:7 88:10,14,15 89:4,7,8
89:12,17 90:12,17 91:3,7
91:10,12,18 92:2,9,18
100:20 101:12
**milligrams**
24:22 25:1
**million**
22:23,23 23:3,21,22,22
24:15,25
**mind**
76:14 107:4 111:22
**mine**
109:15
**minimum**
61:18
**miniscule**
25:16 27:6
**minute**
60:2 76:13
**minutes**
59:16 107:9 116:5
**mirena**
72:20 73:4
**mischaracterize**
17:1
**mischaracterizes**
16:18
**missed**
81:9
**missing**
82:2 94:11
**model**
53:22,25 54:3,4,8,14 90:24
100:16

**modeling**
54:10 100:21 110:18
112:19 113:3,3 115:11
**modelings**
115:13
**modern**
110:1
**molecular**
108:6 110:22,25 112:1
113:20 114:2
**moment**
75:8 76:11
**monotonic**
110:1
**monroe**
5:5
**moot**
88:21 92:5
**morning**
9:6,7,13,14 51:7 60:11
**morris**
2:13 119:1
**moskowitz**
1:16 120:3,16
**mouth**
58:16
**move**
27:1 86:21 94:13
**movement**
66:22,23
**msc**
71:1
**mulberry**
4:14
**multiple**
64:24 93:13 118:3
**mylan**
3:22 9:11,17 22:3,4,9 24:10
25:22,23 26:5,12,19 48:18
119:11
**mylan's**
22:22 23:3 24:14 48:23
49:7

**n**

**n.w.**
3:4
**nadler**
53:20 54:14
**nakul**
3:14 119:17
**name**
34:12 35:20
**named**
19:1
**name's**
9:16 60:11
**nanogram**
25:8,14,23,23 26:5 27:6,7

[nanograms - ophthalmologist]

**nanograms**
11:11,20 12:4,19 16:13,20
19:12 25:2,7,16 26:19
28:17,20 33:6,7,9 49:16

**national**
81:23

**ndea**
9:25 10:10,15,21,25 11:5
11:10,19 13:6,11,25 14:4,7
14:22 15:5,23 17:9,15 20:3
21:24 22:21 24:10 32:18
37:24 38:3,7,14,16 40:16
40:24 41:3 42:4,7,16 43:2
44:1,8,12,14,19,25 45:6,12
45:18,24 46:4,10,16,19
47:3,10 48:22 49:6 53:2
57:6,19,24 58:3,21 60:15
61:4,20 62:7 64:6 82:16,19
83:6,12 98:5 112:2 114:8
114:24

**ndma**
9:25 10:10,15,21 11:10,19
13:1,6,12 14:1,4,7,23 15:5
15:13,23 16:3,6,8,20 17:14
18:13 20:3,20 21:24 22:12
26:13 27:19 28:6 29:13
30:18 31:5,12,19 32:4,12
32:18 33:17,18,22 34:1,2
37:24 38:3,7,16 40:16,24
41:4,13 42:12,20 43:7 44:1
53:2 57:6,18,24 58:3,21
60:14 61:3,19,25,25 62:7
62:25 63:3,6 64:6,12 79:12
80:2 81:11,13,23 82:5,12
82:16,18 83:6,12 84:5,11
84:12 85:6 93:24,24 94:5,8
94:9 95:1,2,18,21,22,24
96:6,9,12,19,24 97:3,9 98:3
98:5,13 104:2 112:2,6
114:7,13,24 115:5,8,23
116:1,4

**ne**
3:9

**necessary**
88:7 92:11 109:8 123:6

**neck**
58:19

**need**
20:1 23:15,24 39:20 51:22
52:15 55:20 61:3,19 108:18
108:19 115:10,13

**needed**
47:22 65:24 116:15

**needs**
20:8 56:6

**negate**
112:21

**neither**
120:9

**neurology**
66:12,16,21,25

**new**
1:1 2:10 3:15 4:15 66:8
113:18

**newark**
4:15

**nigh**
2:3 10:2,7 11:12,23 12:6,20
13:7 14:13,25 15:6 16:17
16:25 17:5 18:21 19:15,17
20:5 21:10,17 24:2 25:17
27:8,13 29:4 30:13 31:2,22
32:7,21 33:13 34:17,20
35:25 36:6 37:16 38:9 40:4
40:18 41:6,15,25 44:5 48:1
48:14,25 49:3,4 50:6,10
51:1 52:18 53:5 54:19 55:3
55:11,14,22 56:1,8,17 60:1
60:18 61:6,22 63:10 64:9
64:18,21 68:11,21 72:12
73:1 77:7 79:16,21 82:24
85:9,16 88:22 89:18,20
90:18 92:21 93:14 96:20
98:7,18,22 99:8,14 100:25
103:24 104:7 105:15 106:9
108:11 110:5 111:3,15
112:3 114:9 115:2,24
116:23 117:3,10 118:9,19
121:1

**nine**
50:23 65:2

**nitrites**
81:7,8 82:12

**nitrosamine**
12:22 19:21 25:7,15 30:7
32:17 33:11 34:15 35:21
37:12 39:12,18 40:2 42:24
49:15 56:19,22 82:3

**nitrosamines**
10:20 12:3,18 13:18 17:21
18:3,10,19 19:13,25 26:7
26:10 28:15 35:1 37:5
40:10,15 43:12,18,22,25
51:20 52:13 55:18 56:11,22
81:12,25 82:11,16,18 95:2
95:14

**nitroso**
19:7 95:2

**non**
69:16

**nonacademic**
70:19

**nonalcoholic**
13:13

**nonresponsive**
27:2

**nonsmokers**
13:1

**north**
4:20

**notary**
120:4 123:13,19

**note**
47:4,9 69:8 121:10

**noted**
47:21 123:7

**notes**
120:8

**notice**
8:8

**nshah**
3:16

**null**
92:4,12 103:19,22,25 104:4
104:8,13,14 105:2,6,9

**number**
6:2 12:9 37:10 60:4,8 62:3
65:14 74:15,16,17 89:9
93:4,8 101:23 102:4,15,20
103:1,4,7

**numbers**
56:5 109:15

**numerous**
96:21

**nw**
2:15

**ny**
121:15

**o**

**o'reilly**
4:13

**oath**
12:16 30:12

**object**
15:6 16:17 17:3 24:3 25:17
25:17 27:8,13 29:4 30:13
31:2,22 32:7,21 33:14
34:20 35:25 38:9 40:4,18
41:6,15,25 44:5 48:1,14
50:6,10 51:1 52:18,19
54:19 55:3,11,22 56:1,17
61:6 64:9 73:1 85:16 93:14
96:20

**objection**
10:2,7 11:12,23 12:6,20
13:7 14:13,25 17:5 18:21
19:15 20:5 21:10,17 24:3
27:1 37:16 41:19 53:5
60:18 61:22 63:10 68:11,21
72:12 77:7 82:24 85:9
88:22 89:18,21 90:18 92:21
98:7,22 99:8,14 101:1,3
103:24 104:7 105:15 106:9
108:11 110:5 111:3 112:3
114:9 115:2,24

**objections**
16:23 64:22 118:4

**observable**
113:21 114:2,7

**observation**
99:22

**observational**
44:10,17,23 45:4,10,16,22
46:2,8,14 104:11 105:7

**observations**
47:4 51:12

**observe**
57:4

**observed**
23:13 24:14 103:19

**obviously**
38:6 52:1

**occasion**
72:14

**occasions**
64:25

**occupational**
60:24 64:15

**occur**
52:1 106:11

**occurs**
17:22 18:3

**offer**
57:18,23 58:2,20 72:24

**offering**
79:11

**office**
117:19

**okay**
9:21,22 11:17 17:5 24:15
24:16 34:20 39:11 43:1
50:22 52:25 53:9,19 55:7
58:11,20 59:4 67:24 75:13
75:24 79:2,5 80:25 84:14
85:21,21 86:5 89:6,13 90:4
90:15 92:23 94:12 97:7
98:22 101:13 106:22
107:19 109:17 111:19
117:3,25 119:20

**once**
86:7

**oncologist**
50:18

**ones**
52:2

**onset**
51:25

**open**
21:13

**operate**
104:4

**ophthalmologist**
67:16

[ophthalmologists - portrayed]

**ophthalmologists**
67:8
**ophthalmology**
66:20 67:2,4,7
**opine**
97:1,2
**opinion**
44:1 52:25 57:18,23 58:2,9
58:21 77:10 79:11 85:3
98:2,4,9
**opinions**
101:15 111:6,13,25
**opposed**
71:11
**option**
59:4
**oral**
56:19 58:5,8,9,11,13,15
98:13,15
**orally**
98:13
**order**
16:12 28:17 51:18 119:5,12
**organs**
63:5,6
**orient**
79:5
**oriented**
70:12
**original**
11:3 42:6,11 80:3
**outcome**
105:25 120:11
**outcomes**
54:9 113:22
**output**
80:24
**outset**
15:9 22:2
**outside**
95:5,18,24 96:6,17 118:1
**outweigh**
91:13
**outweighs**
91:18
**overall**
89:11
**overly**
110:2
**oxford**
3:20

**p**

**page**
6:2 7:1,3,6,9,12 8:4,5,6,7,8
8:9,10 10:17 22:15,16
48:19,21 69:6 79:7,8,15
80:15 82:7,20 83:8,14
84:15 88:5 109:14,14 122:4

**page (cont.)**
122:7,10,13,16,19
**paid**
74:13
**pancreatic**
46:17 47:2,11 102:16
**papantonio**
2:3,4
**paper**
11:15 12:8 18:25 19:4,11
25:5,14 46:20 47:3,7,9,13
47:21 53:20 54:14,22 55:7
56:6 84:23 100:22 111:14
**papers**
18:24 35:23,23 47:17 51:8
51:12 100:1
**paragraph**
113:7
**parameters**
102:10
**parametric**
54:4
**parkway**
2:21
**part**
10:23 13:3,4 19:18 22:11
23:1 28:4 67:9 84:20
104:21 108:15,21 115:18
**participated**
42:23 43:1,4,6
**particular**
52:6
**parts**
22:22,23 23:3,21,21 24:15
24:24 98:15
**party**
120:10
**pass**
59:21 63:19
**patient**
26:5,18 27:16,24 106:5,8
106:11,15
**patients**
25:25 51:25 102:14 105:12
105:14
**patrick**
2:14
**pc**
4:18
**pcgallagher**
2:17
**pde**
39:18 40:3,24 41:4
**pdf**
86:10
**pediatrician**
67:15
**pediatrics**
67:13,25

**peer**
11:9 41:2 42:15,19 49:13
**pen**
84:23
**pending**
75:6
**pendley**
2:4
**pennsylvania**
2:21 3:21
**pensacola**
2:6
**people**
26:11 27:22 28:4 64:23
100:11 102:23,24
**percent**
27:11 28:14,20 31:18 32:3
32:9,18 34:16 35:5,9 37:13
99:22
**perfect**
20:7 48:3
**period**
26:1,23 30:22,23 33:19
34:16 37:13 49:25 50:3,8
50:11,24 52:7,10,15 53:17
54:16,21 55:1,8,25 56:7
62:9 94:4 112:7 114:13
115:9
**periods**
49:22 53:18 54:5
**permissible**
39:4,6,12,15 40:15
**permitted**
16:23
**person**
14:24 27:20,20 28:5 35:6
61:3,18 62:5
**personally**
11:2
**pertinent**
78:19
**pesticides**
10:15
**pharma**
2:23
**pharmaceutic**
2:17,18
**pharmaceutical**
73:15
**pharmaceuticals**
3:6,11 4:6 48:18 74:1
**pharmacists**
69:16
**pharmacoepidemiology**
71:11,14
**pharmacology**
43:15 66:14 68:9,14,14,19
68:25 69:9,13,15,17,19,22
98:25

**pharmacy**
5:7 70:12 71:12
**pharmd**
69:8,11,16,21 70:1
**pharyngeal**
57:2 58:4,7,10
**pharynx**
58:16,18
**phrased**
35:16
**piedmont**
3:9
**pietragallo**
3:18
**pietragallo.com**
3:22
**pill**
62:6,7,9,14 98:16
**pills**
62:18 79:12
**pittsburgh**
3:21
**pizzi**
4:13
**place**
22:5,10,15 95:9 120:6
**plaintiff**
14:6,23 17:13 72:25 73:25
74:25
**plaintiffs**
2:7,12 42:10 43:9 74:4,12
76:3 77:2
**plaintiff's**
21:23 118:20
**plausibility**
97:25 99:6,7,12 108:16
**plausible**
41:13
**plausibly**
15:15
**please**
9:20 16:23 17:4 31:24
63:12 69:7 82:20 84:15
89:15 94:1 109:14
**plus**
27:25
**point**
25:22 56:15 65:1 68:1,2
96:6 108:5
**points**
113:21
**population**
26:8,10,15,17 28:2 33:25
51:23 52:2,3 95:15
**portrayal**
57:8
**portrayed**
36:14

[portraying - receiving]

**portraying**
48:3 73:3
**poses**
64:7
**position**
68:8,10,18 69:4
**possible**
11:14,15,22 26:23 43:17
**possibly**
54:10 70:14
**post**
70:23
**postdoc**
71:10,12
**posting**
78:4
**potential**
18:12
**potentially**
26:24 97:13
**pottegard**
20:15 51:6,12 52:11
**power**
105:5
**ppm**
23:7
**precise**
102:1,19
**precision**
102:3 103:4
**predicted**
19:21
**preliminary**
47:5,11,22 48:4
**presence**
20:4
**present**
5:8 36:12
**presented**
77:10 106:5
**presenting**
110:11
**presently**
66:11 75:21
**pretty**
28:3
**princeton**
3:15
**prinston**
2:17
**print**
86:7
**printout**
80:21,23
**prior**
17:15,22 43:9 67:12 76:2
77:3 85:1 91:6
**probability**
103:18

**probably**
24:1,1,5 26:16 59:20 62:19
73:17,19 95:17 117:24
**process**
72:14
**product**
22:12 23:4 24:10,14 78:14
**production**
7:5 76:8
**products**
1:3 22:22 40:3 98:6
**professional**
43:12
**professor**
67:2,21,21,25
**program**
69:11,12,19 70:5,12,16,24
**projects**
71:19
**promoter**
97:14
**promoters**
97:17,20
**proportional**
103:1
**prospective**
47:23 48:5,11
**prostate**
46:5
**protective**
100:10
**provide**
15:13
**provided**
22:14 76:3 77:2
**providing**
12:16
**public**
120:4 123:19
**publication**
46:24
**publications**
66:7,9
**published**
11:8 19:1 41:2 42:14,18
46:3,15,23 97:17
**pubmed**
81:23 85:6 86:20
**pull**
76:6
**pulled**
88:20
**purchase**
86:16,21
**purchased**
86:23
**purposefully**
72:3

**purposes**
24:13 44:16
**pursue**
70:13
**push**
62:20
**put**
35:13 63:7 65:11 69:14,17
84:23 85:6 111:18

**q**

**qualify**
97:14
**quantification**
63:7
**quantified**
84:6
**quantifies**
15:4
**quantify**
10:24 14:12,22 60:16 90:1
**question**
9:21,24 11:24 12:11,15,15
14:15 15:13,16,18,20 16:13
16:15 18:2 28:23,25 29:1,1
29:9,9,10,12,13,21,23,24
29:25 30:3,6,10,21 31:1,4,6
31:10,13,24 34:5,10,18,22
35:2,11,17,19 36:2,3,5,8,14
36:17,17,18 37:18 38:11,15
38:17 41:12 48:6,10 50:19
50:20 53:13 54:7 56:10,16
62:24 63:1,12 68:17 73:6
83:4 87:12 89:14,15 93:15
94:1,11,20 96:1 98:20,25
105:14,17 107:5 108:13,14
108:14,19,25 109:2,3,5,6
111:21 112:6,9,12,17
114:11,12 115:4,6,7,14
116:2,3,9,10,11,14 117:11
**questionnaires**
106:12
**questions**
7:11 9:9,18 15:10,22,25
24:13 42:4 60:12,14 64:2
96:21 107:7 116:19,24
118:11
**quick**
23:11
**quickly**
64:3
**quite**
29:22 54:21 112:24,25
**quote**
78:6 97:17

**r**

**rafferty**
2:3

**raising**
65:2
**randomized**
104:16,24 105:4
**range**
16:6 22:22 23:6,16,20
60:22,25
**ranges**
22:12
**ranitidine**
75:5,14
**raspanti**
3:18
**ratio**
92:7,10,12 100:19 101:9
**raton**
2:16
**rbk**
1:6
**reach**
63:8 98:16
**reached**
94:3
**reaching**
59:3,6
**read**
8:8 12:8 35:23 36:6 47:15
47:15,17,18 63:14,15 82:9
83:24,25 86:10 97:12
113:23 118:22 121:9 123:5
**reading**
18:15 111:13
**readings**
98:1
**really**
30:4 31:7 60:20 61:13
69:15 70:16 74:22 91:14
94:19 105:8 109:2 114:16
**reason**
26:11 64:19 70:18,19 74:6
95:11 117:13 121:11 122:6
122:9,12,15,18,21
**reasonable**
61:17
**reasons**
70:4 73:21 74:10
**recall**
15:11 19:3 20:21 40:23
47:16,18 66:5 70:9 74:11
74:15 88:3,14 94:17,20,24
101:16
**receipt**
121:18
**received**
69:7,21
**receives**
10:25
**receiving**
33:4

[recognize - scheduled]

recognize
107:19
recollection
24:8 99:19
recommended
26:2,22 48:12
record
9:4 60:5,9 76:16,18,23
87:20,23 88:1 92:25 93:5,9
117:4,4,6,9
recovery
118:7
reefer
3:19
refer
77:20
reference
22:4,9 84:11 95:12
referenced
121:6
references
37:7,11
referred
88:11
referring
33:16 109:18 113:2
regard
84:3 88:13 101:15
regardless
15:14
regular
37:24 119:9
regulatory
72:1
reintroduce
63:24
related
81:6 102:5 103:6 104:15,24
120:10
relates
1:4
relation
34:6 36:13
relations
64:14
relationships
109:25 110:3 115:20
relative
88:7 101:14
relatively
9:24
relied
39:13 77:11
remaining
116:18
remember
11:14 19:9,13,16 20:16,18
21:2 22:24 23:5,10 111:17

remotely
117:17
repeat
9:21 31:23 48:25 63:11
94:1 104:19,22
rephrase
9:20
report
10:15,17 15:3 16:5 18:16
18:25 22:10,15 23:13,20
25:6 29:3 30:16,19 34:7,12
36:7 37:7,8 48:21 49:6
50:23 56:21 57:4,21 58:6
58:17 64:5 77:9,10 78:8,17
80:12,13 84:23 85:1 87:9
88:4,11 97:12,25 104:5
reported
31:18 32:3 44:18 46:9
47:10 88:7
reporter
1:16,17 8:9 22:6 25:9 63:13
81:15 86:25 87:19 92:24
97:19 104:18,23 118:17,24
119:15,20 120:4
reporting
105:13,21 106:8,10
reports
22:18
represent
9:16 24:12 54:13 64:1
representation
54:25 110:3
representing
28:20
request
7:1,5
requested
63:16
required
86:20 123:13
requires
38:18,24 108:15,16,22
rereading
113:24
research
11:3 13:4,17 18:1,8 19:19
34:13 40:20 41:1,21 42:6
42:11 44:16 64:4 67:9,9
70:13 71:18 73:11 78:13
104:5
researched
16:2 17:8,20 43:16
researchers
113:19
researching
43:24
respect
32:13 64:13 73:9 95:10
96:24 115:5

respiratory
68:1
response
32:11 33:17 34:4,6,8,23
35:3,10 36:11,12,15,17,19
37:21 64:14 109:19,25
110:2,21 112:24 117:11
responses
112:22
responsibilities
66:15,19
restricted
1:9 82:4
result
28:21 94:5 120:11
resulted
110:20
results
25:1 85:7,11,12 103:18
retain
73:20
retained
15:12 17:23 42:5,10 43:18
73:14,21,24 74:4
return
121:13,17
review
15:12,17 29:15 31:16 32:1
44:2,8,10 56:21 65:22 78:7
80:1 91:6 108:25 121:7
reviewed
11:9 17:12 41:2 42:15,19
49:13 78:13 82:23 83:5,11
84:22 86:4 98:1
reviewer
66:21,22
reviewing
78:20 83:22 84:18 105:7
revised
65:20
right
10:17 13:6 14:1,4,8,12,24
15:23 16:4,11 17:10,16
18:15,20 19:10 20:4,12,14
21:8,16,21,25 23:17,19
24:10,11 27:7,12 29:3
30:12 37:3 39:23 40:12,14
40:21,24 41:14,24 43:23
44:3 46:22 49:16 50:15,18
51:8,21 52:16,23 54:18,21
55:21 56:16 57:8 62:3
67:16,22 68:5 69:20 72:1
82:12,13 88:8,11 90:13
92:8,19 93:20 97:22 99:20
111:15,16 117:24
rightfully
100:6
ring
40:21 53:23

risk
26:24 28:7,22 29:14 30:9
30:24 31:5,12,14,20 32:5
32:19 33:12,19 34:14 35:6
35:22 36:21,21 37:5,14
41:5 46:19 49:14 51:21
52:15 53:4 55:20 56:12
57:5,19,25 58:4,22 60:15
61:5,20 62:1,8,15 64:8
73:18 88:7 101:14 104:1
112:14,15 114:15
risks
94:8
risperdal
74:12
rite
4:11 119:8
road
3:9,14
role
64:20 77:4
rolled
117:20
rooney
4:18
rosemarie
2:9
rosemarie.bogden
2:11
roszel
3:14
route
15:14
rubber
93:12

_____
s
_____

sample
101:20,22,25 102:6,13,18
102:20,22,25 103:3,5
104:17,25
sara
2:4
satisfied
114:24
satisfy
90:21
saved
86:11
saying
35:4 36:23 85:8 94:24 96:7
says
35:20 110:6 114:1 115:19
scale
113:22
scenario
48:3
scheduled
75:25

[scholar - state]

scholar
    78:18
sciegen
    4:6
science
    56:13 74:5 98:1
scientific
    12:5,8 31:16 32:1 61:17
    107:24 108:3
scientist
    42:25
scope
    114:19
screen
    107:13 111:12
scroll
    79:6
search
    6:4 29:20 77:11,20 78:7,15
    78:21 80:3,10,22,24 81:11
    82:2 83:22 85:13 86:19
searches
    78:10
second
    69:6 79:6 87:20 92:16 93:1
secondary
    94:8
seconds
    116:6
section
    58:17 59:10 97:25
seeing
    40:23 79:3
seek
    71:19
seen
    21:1 56:5 63:23 64:24 68:7
    107:20 109:19
select
    78:14
selected
    69:23 82:17
selecting
    78:7
self
    69:23 105:13,18,21
sense
    84:12
sent
    35:24 121:14
sentence
    113:18
sentry
    2:21
separate
    69:12,12
september
    120:14 121:3

series
    107:7
service
    87:4
set
    76:5 77:6 78:5 94:10
    112:17 114:11,12 115:7,13
    116:14 119:2 120:13
shah
    3:14 119:17,17
share
    107:13
sheet
    121:11
shift
    65:9
shifting
    93:18
short
    35:21 41:3 49:15 51:13,24
    52:4,12 60:6,12 76:19
    87:24 93:6 117:7,12
shorten
    109:4
shorter
    51:25 52:7 70:6
shorthand
    120:3,8
show
    22:12 73:18 105:24 113:7
showed
    94:7
showing
    110:22
shown
    34:6,8
sic
    69:11
side
    116:24 118:20
sign
    8:8 121:12
signature
    120:15
signed
    121:20
significant
    28:22 30:9,24 31:9,20 32:5
    44:11,19,25 45:6,12,18,23
    46:4,10,16 49:14 57:5,8,9
similar
    26:16 63:1
simple
    9:24 27:12 38:19
simplistic
    110:2
simply
    50:16 51:19 66:6 67:18
    103:17

single
    19:13 31:17 32:2 49:12
    62:6
sir
    65:16 66:10 67:11 69:7,25
    70:8,19 71:7,18 72:5,22
    74:11,20 75:1,8,11,25
    77:18 79:5 82:9 83:23 84:8
    87:12 89:3,4,17 90:9,13
    92:14 93:18 94:14 96:19
    97:18 99:7 101:13 103:17
    104:6 107:8 108:5 109:17
    109:18,21 110:4 111:9
    113:25 115:19,23 116:8,18
    117:1
sit
    12:15 32:15 53:13
sitting
    24:9
situation
    73:4,5 102:25 106:19
situations
    103:2
six
    53:10
sixth
    109:14
size
    91:20 101:20,22,25 102:6
    102:13,18,20,22,25 103:3,6
    104:17 105:1
slide
    86:6
slight
    35:21
small
    101:20 103:3
smokers
    11:18 12:3,18,22,25
solco
    1:5 2:18
solutions
    121:23
somebody
    13:22 35:4,9 102:15
somebody's
    95:21
sophisticated
    38:25 100:16 112:24
    115:13
sorry
    22:6 25:9 34:17 57:12,16
    79:19,25 81:15 92:25 94:11
    104:18,19 118:7
sort
    26:4,6 32:11 48:2 54:9 57:8
    61:13 62:2 64:11,14 72:15
    72:16 73:3,7 75:17 85:2
    86:12 90:22 100:14 103:1

sort (cont.)
    106:18 108:17 111:11
    114:19 115:6 117:18
sorts
    90:11
source
    71:25
sources
    40:11
south
    2:5 4:9
speaking
    10:3,8 12:25 16:22 20:13
    56:6 64:20,22 115:8 117:22
special
    69:21
specialties
    68:5
specific
    11:14 12:14 29:21 31:11
    43:24 49:17,18 50:15 60:21
    61:13 62:2,2 69:19 81:24
    91:15 105:8,17 106:16
    108:19 112:12,17,19 115:4
    116:10
specifically
    12:24 42:4 43:21 44:8,13
    50:1 51:2 56:18 58:7,10
    64:10 69:18 71:3,7,10,13
    82:5,18 115:12
specifics
    105:23
specified
    20:21
specify
    114:16
spelled
    19:3
spoke
    26:9 79:23 90:20
stable
    28:3
standing
    119:12
stands
    39:10 81:18,19
start
    9:15,23 17:4 25:11 64:3
    86:14 91:24 104:12
started
    70:1 82:2 96:6
starting
    72:10 73:5
starts
    113:8
state
    4:4 48:7 69:8,11,14 70:6,7
    70:21

[stated - thornburg]

**stated**
47:6 66:2
**statement**
30:5 47:18 61:14 78:8 84:7
110:7,10 111:9 116:13
**statements**
114:19
**states**
1:1 24:22 115:18
**stating**
15:11
**statistical**
44:24 54:4,7,10 90:24
110:18 113:3 115:11
**statistically**
28:22 30:8,24 31:8,20 32:5
44:11,19,25 45:6,11,17,23
46:4,9,16 49:14 57:5,7
**stayed**
74:25
**stenotype**
120:4
**stephen**
3:3
**steve**
63:25 76:7 107:1
**steven**
3:8 116:25 117:10
**stick**
87:7
**stipulations**
7:8
**stomach**
45:1 50:4,20 54:17 55:20
92:15
**stop**
85:24
**storms**
117:20
**straightforward**
9:24
**strategy**
77:12 85:13
**street**
2:5 3:4,20 4:4,9,14,19 5:5
**strengths**
91:13,17
**strike**
27:2 73:22 92:17 110:14
113:16
**stringent**
70:15
**studied**
43:16 99:5
**studies**
11:8,18,21 12:2 18:16,18
19:19 20:15,20 32:10 33:10
33:20 34:7,25 35:12 36:12
36:19 37:21 39:14 42:15,19

**studies (cont.)**
42:22,23 43:2,6,20 46:14
51:6 52:12 57:9,11 60:19
64:15 72:3 73:18 77:11
82:5,15 85:12 90:11 96:25
98:2 101:10 104:11 105:7
105:11 108:6,7,7,8,18,23
109:1,7 110:1 112:21,23
113:4 114:17 115:11
**study**
14:15 20:7,25 25:20,20
27:17 31:18 32:3,9,15
34:12 35:20 38:19,25 43:5
44:10,18,24 45:4,10,16,22
46:2,8,18 47:23 48:6,11
49:12,17 51:13,17,17,23
52:2,3,8,10,16 53:2,16,18
55:18,21 56:3,19,20 60:23
60:24 72:10,15,24 88:20
93:11,24 94:3,4,7,10 95:13
95:13 97:4,5 99:17,23
101:3 102:15 103:19,23
105:5,19,23 106:2
**studying**
43:24 102:15
**sub**
99:18 100:2,13,14,19 101:8
**subject**
61:20 63:6 71:19 81:18,20
**subjects**
33:21
**submit**
76:25
**subscribed**
123:14
**substance**
97:10
**substantial**
28:21
**sufficient**
47:24 49:8
**suggest**
11:9 12:3,17 18:18 19:20
22:21 33:10 37:12
**suggesting**
11:18 18:9 36:24 40:24
41:3
**suggests**
13:18
**suite**
2:10,15,21 3:4,9 4:19 5:5
**summarize**
41:9
**support**
49:13
**supports**
41:12
**sure**
13:24 48:3,5 49:2 53:17

**sure (cont.)**
59:24 65:1 67:23 74:16
81:9 84:24 86:1 91:7 93:2
95:25 99:11 106:4 107:21
118:24
**survey**
106:6
**surviving**
100:11
**sworn**
123:14
**synthesized**
80:5
**systematic**
29:15 80:1,9 85:19
**systematically**
72:7
**systemic**
62:25 63:1,3,9
**systems**
98:12,12

**t**

**table**
8:1 88:4,18,21 91:23 92:1,4
92:6,7
**tablet**
98:14
**tablets**
64:6
**tag**
81:24
**tagged**
81:8,22,24
**taken**
1:13 33:22 60:6 61:19
76:19 87:24 93:6 117:7
120:6
**talk**
58:7 112:11,13
**talked**
16:1 36:25 37:23 40:9
48:17 51:4,5 60:13 88:24
101:13,14
**talking**
14:14 17:18 33:2 60:17
88:4 91:4 102:12 113:2
114:15
**teach**
69:1
**teaching**
68:24
**technical**
53:13 54:6 113:19 115:4
**techniques**
110:19
**tell**
21:22 23:12 35:19,24 37:10
50:17 51:19 52:13 59:14

**tell (cont.)**
94:2 101:1
**telling**
20:22 21:3,13 56:14
**ten**
50:13 60:2
**term**
41:3 49:15 82:3 90:12
91:11 116:3
**terminologies**
78:19 81:6,22
**terminus**
3:9
**terms**
106:19
**testified**
70:1,3 71:20 72:8 74:18
88:5 94:14,22
**testifying**
17:4 74:11 94:20
**testimony**
12:16 16:18 17:1 20:19
63:15 70:8 84:7 85:5 88:14
94:17 101:17 121:9,18
123:8
**testing**
19:20
**teva**
3:6,11 4:16 64:1
**thank**
49:3 63:18,20 71:16 76:12
80:16,25 89:13 92:14 96:3
97:7 101:4 107:11,19
109:10 110:8 116:16,19,22
118:6,9,11,13,15,16
**therapeutics**
66:14 68:15
**thereof**
120:12
**thing**
36:24
**things**
14:19,20,21 20:18 51:10
**think**
10:14,17 12:10 13:3,16
15:21 16:11,22 17:2 18:24
19:6 21:18 22:5 28:12 30:4
33:15 34:4,4,21,22,22 35:7
35:7 36:16,25 40:8 51:10
57:7,16 59:20,20 65:10,14
70:16 75:15 89:11,13 91:17
93:14 94:25 95:7,11 96:8
100:24 108:18,24 109:13
110:11 111:10 114:18
115:3,12 116:18 117:15,24
118:12 119:2,11
**thornburg**
4:8

**[thorough - volume]**

**thorough**
80:8 85:18
**thought**
57:15 92:18
**three**
4:14 51:18 52:4 60:23 61:4
112:8 113:16
**threshold**
38:6,7,13,16,17,20 114:4
114:25 115:3
**time**
9:1,8,8 13:16,16 17:15,22
26:1,23 29:14 30:18 31:5
31:14 37:14 43:9 47:24
51:22 52:11,16 54:11,12,12
56:15 60:3,7,15,16 61:18
62:1 73:7 76:17,22 84:18
84:25 85:2 87:22,25 93:3,7
93:15 95:8 101:9 114:13
116:18,20 117:5,8 118:10
118:12,13,14 120:6 121:19
**timeframe**
121:8
**times**
53:21 54:15 103:8
**timing**
72:17 117:16
**tissue**
98:12
**title**
67:1,18,20,21,23 83:25
**today**
12:16 24:9 32:16 117:21
**today's**
118:15
**told**
20:24 22:2 30:11 52:9,22
**tool**
89:9
**tools**
113:18 115:13
**top**
23:10 65:18 79:15 111:22
**topic**
54:22 57:22 75:17 88:25
105:8
**topics**
75:20,23 114:20
**toronto**
71:2
**total**
19:21 27:11
**tower**
4:19
**toxicologic**
97:2
**toxicological**
97:3 109:1

**toxicologist**
96:15
**toxicology**
98:25 108:7
**track**
69:13
**trade**
4:19
**training**
67:3 68:4 96:18
**transcript**
118:23 119:19 121:6,20
123:5,8
**transcription**
120:7
**transferred**
67:19
**traurig**
3:3,8 63:25 119:5
**trial**
104:16,25 105:4
**tried**
86:9
**trischler**
3:19 8:5 9:12,16 10:4,9
11:16 12:1,12 13:2,9 14:17
15:2,8 16:22 17:2,7 18:23
20:9 21:11,20 22:8 24:7
25:11,12 27:1,3,10 28:11
29:17 30:20 31:15,25 32:14
33:1 34:9,19 35:15 36:3,22
37:22 38:12,21 40:7,22
41:8,17 42:2 44:6 48:8,16
49:2 50:7,14 51:3 52:21
53:8 54:23 55:6,23 56:24
58:25 59:5,11,19 119:10,10
**trouble**
9:19 107:15
**true**
10:6,21 27:18 37:25 39:6
47:8,20 66:2 88:23 104:10
105:3,4 110:12 120:7 123:8
**trust**
19:24
**try**
15:17 18:1 27:4 34:11
86:23 106:4
**trying**
14:19 26:14 28:1,9 37:3
97:24 108:13 115:22
**tumors**
79:10,13 83:5
**turn**
9:10
**type**
29:9,25 37:19 63:1 80:10
112:12,13,14 114:17,17
116:10

**types**
50:16,23 53:14 57:1,10
80:2,3,9 85:3 94:9 109:7

**u**

**u.s.**
1:5 2:18,18 28:3
**ubc**
68:19 70:11,19,22 77:17
**ubiquitous**
10:1 40:10
**umbrella**
82:3 115:6
**unaware**
97:9
**uncovered**
34:13
**understand**
14:18 22:20 28:12 31:8
41:10 58:13 59:9 69:15
81:3,10 96:4 105:14,16
106:6 112:1 113:1
**understanding**
110:19,25 114:25
**understood**
18:7 29:18
**undertaking**
14:15
**undertook**
15:17
**undoubtedly**
21:7,8
**unit**
60:4,8 93:4,8
**united**
1:1 24:22
**university**
69:8 70:2,21 71:2
**unmeasured**
88:6,16,19,24 90:1,21
91:21 92:2,11,16
**unquote**
78:6 97:17
**updated**
65:20
**upload**
76:11 111:17
**upper**
23:16
**ups**
61:10
**use**
21:24 22:3 83:21 91:15
94:8,9
**useful**
72:11
**usually**
50:12 66:8 102:21 108:16

**uterine**
57:3 58:22

**v**

**valsartan**
1:2 17:16 20:1 21:25 24:19
24:21 28:6 48:23 49:8
51:20 52:14 53:3 55:19
56:11 61:4,19,25 62:7,15
64:6 79:12 98:5 121:4
122:1 123:1
**value**
27:18 88:10,13 89:4,7,8,17
90:17,23 91:3,7 92:2,9,18
103:9,15,17,20
**valued**
88:15
**vancouver**
1:14
**variability**
102:8
**variables**
102:3
**variety**
113:20
**various**
71:21 78:12
**verify**
121:9
**veritext**
1:12 121:14,23
**veritext.com.**
121:15
**version**
119:19
**versions**
86:10
**versus**
19:7 31:14 32:13 36:20
94:9 96:2 108:3 114:14
**video**
117:22
**videographer**
5:10 9:1 60:3,7 76:17,22
78:25 87:22,25 93:3,7
117:5,8 118:14
**videotaped**
1:12
**virtual**
1:12
**virtually**
10:5
**void**
92:4
**volume**
1:9

[waiting - zoom]

| w |
|---|
| **waiting** |
| 79:1 |
| **wallack** |
| 3:13 |
| **walsh** |
| 4:13,13 |
| **walsh.law** |
| 4:16 |
| **want** |
| 19:25 20:6 28:23 33:9 |
| 36:15 42:3 44:8 53:16 56:4 |
| 59:13,22 61:13 73:19 75:9 |
| 100:15 101:25 104:9,16,22 |
| 104:25 105:5,25 111:10 |
| 113:7 117:12,13 118:18,19 |
| 118:22,22 119:6,13,14 |
| **wanted** |
| 21:6 55:15,16 70:13 71:22 |
| 85:18 96:1 115:14 |
| **warned** |
| 103:14 |
| **warrants** |
| 108:25 |
| **washington** |
| 2:10 3:4 |
| **water** |
| 10:11,16 |
| **weather** |
| 117:25 |
| **wednesday** |
| 1:13 |
| **week** |
| 117:15 |
| **weibull** |
| 53:21,24 54:3,14 |
| **weighted** |
| 77:9 |
| **went** |
| 50:22 80:12 83:24 86:2 |
| **werner** |
| 2:20 |
| **west** |
| 4:19 5:5 |
| **we've** |
| 33:2 40:8,9 96:8 |
| **whereof** |
| 120:13 |
| **whichever** |
| 86:3 |
| **wide** |
| 101:16,19 |
| **widely** |
| 89:12 91:19 |
| **width** |
| 102:1,4 |
| **willing** |
| 61:16 |

| (cont.) |
|---|
| **wise** |
| 26:10 |
| **wishes** |
| 118:7 |
| **withdraw** |
| 94:12 |
| **withdrew** |
| 74:3,6 |
| **witness** |
| 10:3,8 11:13 12:7,21 13:8 |
| 14:14 15:1,7 17:6 18:22 |
| 19:16 20:6 21:18 24:5 |
| 25:19 27:9,14 29:7 30:15 |
| 31:4,23 32:8,24 33:15 |
| 34:21 36:10 37:17 38:10 |
| 40:5,19 41:7,16 42:1 48:2 |
| 48:15 50:11 51:2 53:6 |
| 54:20 55:4,12 56:2,18 |
| 58:24 59:1,9,15,21,24 |
| 60:19 61:7,23 63:11,17,19 |
| 63:20 64:10 68:13 72:13 |
| 73:2 76:13 77:8,25 78:24 |
| 81:17 85:10,17 87:3 88:23 |
| 89:19,23 90:19 96:23 98:8 |
| 98:24 99:9,15 103:25 104:8 |
| 104:21 105:2,16 106:10 |
| 107:4,10,14 108:12 111:4 |
| 111:19 112:4 114:10 115:3 |
| 115:25 116:22 120:6,13 |
| 121:8,10,12,19 |
| **wlaw.com** |
| 2:22 |
| **wording** |
| 90:7 |
| **words** |
| 26:8 69:22 71:4 |
| **work** |
| 10:23 13:4 17:25 19:18 |
| 21:14,15,22 23:1 41:10 |
| 43:10,11 44:22 45:3,9,15 |
| 45:21 46:1,7,13 49:11 |
| 84:20 90:23 |
| **workers** |
| 93:12,23 94:4 |
| **working** |
| 74:8 75:20 |
| **worth** |
| 62:17 |
| **write** |
| 22:18 |
| **writing** |
| 22:24 84:25 |
| **wrong** |
| 35:8 |
| **wrote** |
| 10:14,17 109:18 |

| x |
|---|
| **xi01658** |
| 120:16 |

| y |
|---|
| **yeah** |
| 13:20 24:1 59:11 60:1 |
| 105:2 |
| **year** |
| 33:8 60:25 69:2 70:23 |
| 74:19 |
| **years** |
| 33:7 34:16 35:5 50:13 |
| 51:18 52:4,10 53:7,10 |
| 54:17 55:9,21 60:23 61:4 |
| 70:22,23 99:22 112:8,8,8 |
| **yesterday** |
| 15:9 18:17 19:8 20:14,19 |
| 29:8 51:6 52:9,22 63:24 |
| 65:5,10 70:1,10 71:20 74:5 |
| 75:6 84:4,7 88:3,25 90:11 |
| 94:14 95:12 97:5 101:13 |
| 103:9 117:21 |
| **york** |
| 2:10 |

| z |
|---|
| **zhejiant** |
| 2:18 |
| **zheng** |
| 46:18,21 47:3,21 48:11 |
| **zmick** |
| 5:4 |
| **zoom** |
| 1:12 2:1 3:1 4:2 5:2 |