# EXHIBIT H

CONFIDENTIAL

Page 334

```
 1              UNITED STATES DISTRICT COURT
 2                 DISTRICT OF NEW JERSEY
 3                Case No. 1:19-md-2875-RBK
    _____
 4                                              )
     IN RE:  VALSARTAN, LOSARTAN AND            )
 5   IRBESARTAN PRODUCTS LIABILITY              )
     LITIGATION,                                )
 6                                              )
                                                )
 7                                              )
     THIS DOCUMENT RELATES TO ALL ACTIONS       )
 8                                              )
                                                )
 9   ----------------------------------------
10                        DAY 2
11                     CONFIDENTIAL
12               VIDEOTAPED DEPOSITION OF
13                 DIPAK PANIGRAHY, M.D.
14              FRIDAY, SEPTEMBER 10, 2021
15                 8:49 a.m. - 2:32 p.m.
16                 GREENBERG TRAURIG LLP
17         ONE INTERNATIONAL PLACE, SUITE 2000
18                 BOSTON, MASSACHUSETTS
19
20
21
22
23   Reported by:  Sandra A. Deschaine, CSR, RPR,
24   CLR, CRA
25   Job No. 4769072
```

Page 483

1 correct?
2  A. My opinion is on NDMA and --
3  Q. All right. I'll be more precise.
4     You told us that you relied on the
5 Hidajat study to support your opinion that          12:46 PM
6 NDMA exposure causes cancers in humans,
7 correct?
8  A. Correct.
9  Q. As we've already established,
10 Hidajat was an occupational study of factory       12:46 PM
11 workers in the rubber industry, true?
12  A. True.
13  Q. The route of administration or the
14 route of exposure to NDMA among the factory
15 workers was inhalation, correct?                    12:47 PM
16  A. Correct.
17  Q. And as I recall, the stated
18 purpose of that study was to evaluate cancer
19 mortality risks associated with occupational
20 exposures to rubber dust, rubber fumes and         12:47 PM
21 nitrosamines, correct?
22  A. Correct.
23  Q. And as Hidajat observed, rubber
24 workers are exposed to a host of potential
25 carcinogens in addition to NDMA, correct?          12:47 PM

Page 484

1  A. Correct.
2  Q. But some of those other
3 carcinogens represent potential confounding
4 exposures. Would you agree?
5  A. Yes. However, Hidajat quantified              12:47 PM
6 the amount of NDMA using four different
7 quartiles to relate to the cancer mortality.
8  Q. I understand that.
9     But he also noted and observed
10 that there were other -- that every subject       12:47 PM
11 in that study was exposed to carcinogens --
12 other carcinogens in addition to NDMA, right?
13  A. Correct.
14  Q. Hidajat found cancer risks
15 associated with rubber dust, correct?             12:48 PM
16  A. Yes.
17  Q. Hidajat found cancer risks
18 associated with rubber fumes, true?
19  A. Correct.
20  Q. And in the study, Hidajat -- the            12:48 PM
21 authors of the Hidajat study look only at
22 rubber dust, rubber fumes, and nitrosamines
23 correct?
24  A. They also looked at NDMA.
25  Q. I'm including NDMA as one of the            12:48 PM

Page 485

1 nitrosamines that they looked at.
2  A. Yes, then correct.
3  Q. But the point I was trying to get
4 at is, they did not consider it a confounding
5 contribution or risk of carcinogens such as        12:49 PM
6 benzene or nathylamine; is that correct?
7  A. When they calculated the risks of
8 cancer mortality, they quantified the NDMA
9 exposure using quartiles. So they related
10 the amount of NDMA that these workers were       12:49 PM
11 exposed to to the cancer mortality.
12  Q. I know what they did with respect
13 to NDMA. I asked you a different question.
14 Let me see if I can try it again.
15     Did the authors of the Hidajat       12:49 PM
16 study consider the confounding contribution
17 of risks for carcinogens such as benzene or
18 nathylamine, both of which are prevalent in
19 the rubber industry.
20  A. I don't believe they looked at         12:49 PM
21 benzene.
22  Q. And another notable limitation of
23 the Hidajat study is that the authors were
24 not able or did not have the ability to
25 control for smoking or other lifestyle           12:50 PM

Page 486

1 factors, correct?
2  A. Correct, yes.
3  Q. But nevertheless, in your report,
4 you provide us with cumulative exposure data
5 for NDMA from the Hidajat study, right?            12:50 PM
6  A. Correct.
7  Q. And I think it's at page 87 of
8 your report, if you have it in front of you,
9 the second full paragraph there, you suggest
10 that workers in Quartile II had cumulative       12:50 PM
11 exposure to 7,488 micrograms, correct?
12  A. Yes.
13  Q. That's -- that translates to
14 7,488,000 nanograms, true?
15  A. Yes.                                        12:51 PM
16  Q. And workers in Quartile III,
17 according to you and your interpretation of
18 the Hidajat data, had cumulative exposures to
19 14,304 micrograms, correct?
20  A. Correct.                                    12:51 PM
21  Q. And that translates to 14,304,000
22 nanograms?
23  A. Correct.
24  Q. And in Quartile IV, the workers in
25 the Hidajat study had cumulative exposure to    12:51 PM

39 (Pages 483 - 486)

CONFIDENTIAL

Page 487

1  23,208 micrograms of NDMA, correct?
2      A.  Yes.
3      Q.  And, again, simple math tells us
4  that that translate to 23,208,000 nanograms
5  of NDMA, to which the workers in Quartile IV      12:51 PM
6  were exposed, right?
7      A.  Yes.
8      Q.  In looking at your report, you did
9  not provide any calculation of cumulative
10  exposure for Quartile I; is that true?      12:52 PM
11      A.  Yes.  Quartile I was the baseline
12  of the background.
13      Q.  And that baseline -- that baseline
14  exposure, then, was less -- was less than the
15  7,488 micrograms.  Is that what I understand      12:52 PM
16  that to be then?
17      A.  Correct.
18      Q.  Did anyone in Quartile I have an
19  increased risk of cancer in the Hidajat
20  study?      12:52 PM
21      A.  So what Hidajat compared, and they
22  did actually -- you had brought up smoking.
23  They did comment on they thought had they
24  adjusted smoking it wouldn't have made a
25  difference.      12:52 PM

Page 488

1          And what they did was compare
2  Quartile II, III and IV to Quartile I, was
3  the comparison.
4      Q.  So in Hidajat, is it your
5  understanding in that study there's no effort      12:53 PM
6  made to determine whether cumulative exposure
7  to something less than 7 1/2 million
8  nanograms over a lifetime would cause an
9  increased risk of cancer; that wasn't the
10  analysis that Hidajat did, right?      12:53 PM
11      A.  Correct.  My understanding is that
12  they were comparing this increased exposure
13  to NDMA and using increased exposure from
14  Quartile II to Quartile III was even higher,
15  to Quartile IV was even higher, was that each      12:53 PM
16  comparison was to Quartile I.
17      Q.  Right.  So what they were looking
18  at was whether there's an increasing risk of
19  cancer at exposure levels above 7 1/2 million
20  nanograms, agreed?      12:53 PM
21      A.  Correct.
22      Q.  And -- now, the numbers that you
23  gave us for cumulative exposures from Hidajat
24  we just talked about were strictly cumulative
25  exposures to NDMA in that rubber industry,      12:54 PM

Page 489

1  right?
2      A.  Correct.
3      Q.  So workers in that study were
4  thought to be exposed to other nitrosamines
5  as well, right?      12:54 PM
6      A.  Correct.
7      Q.  In fact, Hidajat talks about other
8  nitrosamines that were prevalent in the
9  rubber industry, including NMOR, right?
10      A.  Right.  In rubber dust, NDMA is      12:54 PM
11  the most highest and -- the highest
12  concentration of a nitrosamine in rubber
13  dust.
14      Q.  We can talk about that, perhaps,
15  if we have additional time.  But what I'm      12:54 PM
16  interested in trying to make clear and trying
17  to understand, is that all the workers in the
18  Hidajat occupational study were exposed to
19  other nitrosamines in addition to NDMA.
20          We know that for a fact, right?      12:55 PM
21      A.  Correct.
22      Q.  And Hidajat actually went so far
23  as to calculate a total nitrosamine score for
24  the individuals in Quartiles II, III and IV,
25  correct?      12:55 PM

Page 490

1      A.  Correct.  Yes.
2      Q.  The -- and that total nitrosamine
3  score was even higher than the cumulative
4  numbers that you reported to us for NDMA,
5  right?      12:55 PM
6      A.  Yes.
7      Q.  I think if you look at -- do you
8  have the Hidajat paper in front of you or do
9  you need me to --
10      A.  Yes, I have it.      12:55 PM
11      Q.  Okay.  Great.
12          I think if you go to -- might be
13  the second to the last page.  It's the last
14  page of Table 2 there, so looking at the
15  material down at the bottom.      12:56 PM
16          Do you see that?
17      A.  Yes.
18      Q.  All right.  And it's there, where
19  Hidajat documents the total nitrosamine
20  scores for occupational exposures of workers      12:56 PM
21  in Quartiles II, III and IV, right?
22      A.  Yes.
23      Q.  And what he says is that, in
24  Quartile II, the total nitrosamines exposure
25  for these workers is on the order of      12:56 PM

Veritext Legal Solutions
800-227-8440                                                  973-410-4040

CONFIDENTIAL

Page 491

1  something greater than 10.03 micrograms,
2  right?
3      A.  Yes.
4      Q.  And in Quartile III, the exposure
5  is between 10.03 to 21.8 micrograms?          12:56 PM
6      A.  I'm not following where you are.
7      Q.  The footnotes --
8      A.  Oh, at the footnote.
9      Q.  -- down at the bottom of the page,
10  the Hidajat's paper we were talking about.    12:57 PM
11      A.  Yes, the exposure Quartile I?
12      Q.  Right.  Correct.
13      A.  Yes.
14      Q.  Then you see Quartile II with the
15  exposure of 10.0 to 21.38.  You see that?     12:57 PM
16      A.  Yes.
17      Q.  Quartile III lists 2138 to 442?
18      A.  Yes.
19      Q.  And usually the same calculations
20  and assumptions and methodology that you put  12:57 PM
21  in your report, you can calculate a total
22  cumulative nitrosamine exposure for the
23  rubber workers based on that data that
24  Hidajat just gave us, right?
25      A.  Correct.                              12:58 PM

Page 492

1       Q.  And that's what you did in your
2  report for purposes of looking at cumulative
3  NDMA exposure, correct?
4       A.  Correct.
5       Q.  You took the NDMA calculation that    12:58 PM
6  Hidajat gave and made assumptions for hours
7  of employment, work weeks, work weeks and
8  breathing rates, correct?
9       A.  Correct.
10      Q.  And if we apply those same            12:58 PM
11  assumptions to the total nitrosamine score
12  for cumulative exposures, the cumulative
13  nitrosamine in Quartile II, the numbers that
14  we get are on the order of 24,000 to 51,000
15  micrograms, correct?                          12:59 PM
16         MR. NIGH:  Form objection.
17      A.  Yeah, I would have to calculate it
18  out.  But yeah, I would agree it's a similar
19  calculation times the 48 weeks per year, 40
20  hours per -- you know, work per day and the   12:59 PM
21  breathing rate.
22  BY MR. FOWLER:
23      Q.  Right.  And it's just a math
24  problem and in Quartile III cumulative
25  nitrosamine exposure would be on the order of 12:59 PM

Page 493

1  51,000 to 1 million micrograms, using the
2  same assumptions and methodology that you
3  used in your report, correct?
4          MR. NIGH:  Form objection.
5      A.  Yes.                                   12:59 PM
6  BY MR. TRISCHLER:
7      Q.  So, in this -- by the way, have
8  you ever looked at any of the medical records
9  for any of the plaintiffs in this litigation?
10     A.  No.                                    01:00 PM
11     Q.  Have you looked at any of the
12  pharmacy records for any of the plaintiffs in
13  this litigation?
14     A.  Yes, I did have files on the
15  amount of NDMA in the valsartan tablets.      01:00 PM
16     Q.  Okay.  Perhaps my question wasn't
17  clear.  So I apologize for that.
18         I was not asking you about testing
19  information that you may have received on
20  nitrosamine levels that were found in some    01:00 PM
21  valsartan.  I was asking about patient
22  pharmacy records showing what medications a
23  given patient received and when and from
24  whom.  That's what I was referring to as
25  pharmacy records                              01:00 PM

Page 494

1       A.  You mean specific patients?
2       Q.  Correct.
3       A.  No.  No, I didn't get specific
4  patient -- I just had from different types of
5  manufacturers.                                 01:01 PM
6       Q.  Right.  I think we're on the same
7  page, but let me try to ask the question
8  again just so that we're clear and just so we
9  have a clean record.
10         In your work in this case, did you    01:01 PM
11  look at any patient pharmacy records to
12  evaluate what any given plaintiff -- what
13  medications any given plaintiff took and in
14  what quantity and for what duration?
15     A.  No.                                    01:01 PM
16     Q.  And I know from listening to your
17  answers to Mr. Fowler's questions that you
18  have a medical degree, correct?
19     A.  Yes, correct.
20     Q.  You're not a licensed physician,       01:01 PM
21  though, true?
22     A.  Correct.
23     Q.  And since you're not a licensed
24  physician, I take it you've not treated or
25  examined any of the plaintiffs to this        01:01 PM

41 (Pages 491 - 494)

```
                                        Page 499                                              Page 501
 1  per million for product code c55523,         1      A.  Correct.
 2  and these are all way above the FDA          2      Q.  And, in fact, I think if you take
 3  allowable -- acceptable intake for NDMA.     3  a look at page 10 of your report, that's
 4      Q.  Do you remember what my question     4  where we'll find a mention of my client,
 5  was, sir?                       01:07 PM     5  right?                             01:10 PM
 6      A.  I don't know an individual -- I      6      A.  Yes.  Yes.
 7  answered -- I don't know by name a particular 7      Q.  And at page 10 of your report, one
 8  person, I think.                              8  of the things you suggest is that Mylan had
 9      Q.  There you go.  Thank you.            9  NDMA ranging from .01 parts per million to
10          Now, the workers in Quartile II in 01:07 PM 10 .09 parts per million that was reported." 01:10 PM
11  the Hidajat study had total nitrosamines    11          Did I read that correctly?
12  exposures between 24 million to 51 million 12      A.  Yes.
13  nanograms, right?                           13      Q.  So if we assume that someone was
14      A.  I would have to calculate it out,   14  taking Mylan's valsartan at the maximize
15  but it seems reasonable that it's a similar 01:08 PM 15 daily dose of 320 milligrams per day, the 01:11 PM
16  calculation that I used in my report for   16  NDMA content in that medication was no more
17  NDMA.                                       17  than 3 to 28 nanograms per day, correct?
18      Q.  Well, we've been talking in         18          MR. NIGH:  Form objection.
19  generalities.  So let me see if I can get   19      A.  Correct.
20  specific and maybe that will help us. 01:08 PM 20  BY MR. TRISCHLER:                   01:11 PM
21          Do you agree that the occupational 21      Q.  That's far below the acceptable
22  exposures in Hidajat, where workers were    22  intake level of 96 nanograms set by the FDA,
23  exposed for years and years and years to tens 23  though, right?
24  of millions of nanograms of nitrosamines, is 24     A.  Correct.  My understanding is --
25  not at all representative of the nitrosamine 01:08 PM 25  Q.  By the way, when we were talking 01:11 PM

                                        Page 500                                              Page 502
 1  levels observed in the valsartan-containing  1  about Hidajat and we mentioned that the
 2  medications at issue?  Can we agree on that  2  exposures in Hidajat were on the order of
 3  simple fact?                                 3  tens of millions of nanograms, that was a
 4      A.  Well, as said in my report, I        4  cumulative yearly exposure not over a
 5  quantified the amount of -- using the Hidajat 01:09 PM 5  lifetime, right?                    01:11 PM
 6  paper and their quartiles and the            6          MR. NIGH:  Form objection.
 7  calculation, I quantified the amount of NDMA 7      A.  Correct.  My understanding is that
 8  that those rubber workers were exposed to.   8  there are people who had -- they went to the
 9  And this was a study with 36,000 people over 9  pharmacy and had different -- different
10  a 49-year follow up               01:09 PM 10  valsartan batches, so there was not only 01:11 PM
11      Q.  Okay.  Then let's -- if you're not 11  Mylan, they may have gone to the pharmacy and
12  able to give me a simple yes to that then   12  then gotten another valsartan tablet from a
13  maybe we can get specific.                  13  different --
14          I told you I represent Mylan.      14  BY MR. TRISCHLER:
15  You're familiar with my client, right? 01:09 PM 15     Q.  Well, in fairness, sir, you told 01:12 PM
16      A.  Yes.                               16  me you haven't reviewed any patient day, you
17      Q.  You reviewed data from testing     17  haven't reviewed any medical records, you
18  that was conducted to determine nitrosamine 18  haven't talked to any patient, you haven't
19  levels in some of Mylan's                   19  looked at any pharmacy records, you're just
20  valsartan-containing medications, right? 01:09 PM 20  speculating right now.            01:12 PM
21      A.  Correct.                           21          MR. NIGH:  Form objection.
22      Q.  And you've been -- you discussed   22  BY MR. TRISCHLER:
23  that data in your report and you've mentioned 23    Q.  Right?
24  it a few times in response to some of my   24      A.  Okay.  I'm not following the
25  questions here today, right?      01:10 PM 25  question, though.                  01:12 PM
```