# EXHIBIT O

Cancer Epidemiology, Biomarkers & Prevention

Null Results in Brief

# Nitrosamines and Heme Iron and Risk of Prostate Cancer in the European Prospective Investigation into Cancer and Nutrition

Paula G. Jakszyn[1], Naomi E. Allen[2], Leila Lujan-Barroso[1], Carlos A. Gonzalez[1], Timothy J. Key[2], Ana Fonseca-Nunes[1], Anne Tjønneland[3], Nina Føns-Johnsen[3], Kim Overvad[4], Birgit Teucher[5], Kuanrong Li[5], Heiner Boeing[6], Antonia Trichopoulou[7,8], Eleni Oikonomou[7], Maria Sarantopoulou[8], Calogero Saieva[9], Vittorio Krogh[10], Rosario Tumino[11], Fulvio Ricceri[12], H. Bas Bueno-de-Mesquita[13,14], José M. Huerta[15], Eva Ardanaz[16,17], Marcial V. Arguelles[18], Esther Molina-Montes[17,19], Nerea Larrañaga[17,20], Elisabet Wirfält[21], Peter Wallström[22], Mattias Johansson[23,24], Pär Stattin[23,24], Kay-Tee Khaw[25], Mazda Jenab[26], Veronika Fedirko[26], and Elio Riboli[27]

## Abstract

**Background:** The evidence about nitrosamines and heme iron intake and cancer risk is limited, despite the biologic plausibility of the hypothesis that these factors might increase cancer risk. We investigated the association between dietary nitrosamines and heme iron and the risk of prostate cancer among participants of European Prospective Investigation into Cancer and Nutrition (EPIC).

**Methods:** Data on food consumption and complete follow-up for cancer occurrence was available for 139,005 men, recruited in 8 European countries. Estimates of HRs were obtained by proportional hazard models, stratified by age at recruitment, and study center, and adjusted for total energy intake, smoking status, marital status, dairy products, educational level, and body mass index.

**Results:** After a mean follow-up of 10 years, 4,606 participants were diagnosed with first incident prostate cancer. There was no overall association between prostate cancer risk and nitrosamines exposure (preformed and endogenous) or heme iron intake (HR for a doubling of intake: 1.00; 95% CI: 0.98–1.03 for $N$-Nitrosodimethlyamine, 0.95; 95% CI: 0.88–1.03 for endogenous Nitrosocompounds, and 1.00; 95 CI: 0.97–1.03 for heme iron).

**Conclusions and Impact:** Our findings do not support an effect of nitrosamines (endogenous and exogenous) and heme iron intake on prostate cancer risk. *Cancer Epidemiol Biomarkers Prev; 21(3); 547–51.* ©2012 AACR.

## Introduction

Prostate cancer is the second most common cancer diagnosed in men, and it is the sixth most common cause of cancer mortality worldwide (1). It has been suggested that some aspect of a Western diet, such as a high meat intake, may increase prostate cancer risk (2, 3). There are various mechanisms by which meat could increase risk, one of which is via heme iron, which can

**Authors' Affiliations:** [1]Unit of Nutrition, Environment and Cancer, Cancer Epidemiology Research Programme, Catalan Institute of Oncology, L'Hospitalet de Llobregat, Barcelona, Spain; [2]Cancer Epidemiology Unit, Nuffield Department of Clinical Medicine, University of Oxford, Oxford, United Kingdom; [3]Danish Cancer Society, Institute of Cancer Epidemiology, Copenhagen; [4]Department of Epidemiology, School of Public Health, Aarhus University, Aarhus, Denmark; [5]German Cancer Research Center, Division of Cancer Epidemiology, Heidelberg; [6]Department of Epidemiology, German Institute of Human Nutrition, Potsdam-Rehbrücke, Germany; [7]WHO Collaborating Center for Food and Nutrition Policies, Department of Hygiene, Epidemiology and Medical Statistics, University of Athens Medical School; [8]Hellenic Health Foundation, Athens, Greece; [9]Molecular and Nutritional Epidemiology Unit, Cancer Research and Prevention Institute (ISPO), Florence; [10]Nutritional Epidemiology Unit Fondazione IRCCS Istituto Nazionale Tumori, Milan; [11]Cancer Registry and Histopathology Unit, Civile–M.P.Arezzo Hospital, Ragusa; [12]Human Genetics Foundation, HuGeF, Turin, Italy; [13]National Institute for Public Health and the Environment, Bilthoven; [14]Department of Gastroenterology and Hepatology, University Medical Center, Utrecht, the Netherlands; [15]Department of Epidemiology, Murcia Regional Health Authority, Murcia; [16]Navarre Public Health Institute, [17]CIBER Epidemiology and Public Health CIBERESP, Pamplona; [18]Public Health Directorate, Asturias; [19]Andalusian School of Public Health, Granada; [20]Public Health Department of Gipuzkoa, Basque Government, Spain; [21]Department of Clinical Sciences (Malmö), Nutrition Epidemiology, [22]Nutrition Epidemiology Research Group, Department of Clinical Sciences, Lund University, Malmö; [23]Department of Surgical and Perioperative Sciences, Urology and Andrology, Umeå University Hospital, Umeå, Sweden; [24]Department of Surgery, Urology Service, Memorial Sloan-Kettering Cancer Center, New York; [25]Department of Public Health and Primary Care, University of Cambridge, Cambridge; [26]Nutritional Epidemiology Group, Nutrition and Metabolism Section, International Agency for Research on Cancer, Lyon, France; and [27]Department of Epidemiology and Biostatistics, School of Public Health, Imperial College, London, United Kingdom

**Corresponding Author:** Paula G. Jakszyn, Unit of Nutrition, Environment and Cancer, Cancer Epidemiology Research Programme, Catalan Institute of Oncology, AV gran via 199 (08907), L'Hospitalet de Llobregat, Barcelona 08908, Spain. Phone: 349-326-07401; Fax: 349-326-07787; E-mail: paujak@iconcologia.net

doi: 10.1158/1055-9965.EPI-11-1181

©2012 American Association for Cancer Research.

Downloaded from cebp.aacrjournals.org on May 29, 2013. © 2012 American Association for Cancer Research.

Table 1. Baseline characteristics of the cohort according to quintiles of nitrosamines and heme iron intake

|  |  | Heme Iron (mg/d) | | NDMA (µg/d) | | ENOC (µg/d) | |
|---|---|---|---|---|---|---|---|
|  |  | Q1 | Q5 | Q1 | Q5 | Q1 | Q5 |
| Mean intake |  | 0.41 | 2.74 | 0.045 | 0.87 | 54.27 | 142.85 |
| Age at recruitment (y) |  | 50.44 | 51.37 | 53.33 | 52.26 | 50.99 | 51.35 |
| Smoking status (%) | Never | 25.99 | 16.93 | 23.21 | 15.07 | 24.5 | 18.98 |
|  | Former | 20.33 | 18.02 | 19.64 | 21.67 | 20.78 | 18.21 |
|  | Smoker | 12.25 | 26.32 | 15.7 | 24.21 | 13.17 | 23.93 |
|  | Unknown | 31.13 | 11.44 | 42.86 | 5.79 | 35.51 | 8.89 |
| Educational level (%) | None | 7.07 | 31.37 | 33.87 | 9.22 | 18.06 | 16.21 |
|  | Primary school | 13.05 | 23.94 | 20.74 | 22.18 | 13.62 | 22.91 |
|  | Technical/professional | 18.77 | 19.99 | 18.36 | 21.76 | 17.58 | 21.19 |
|  | Secondary school | 21.53 | 17.87 | 19.86 | 13.2 | 20.14 | 19.72 |
|  | Longer education | 26.17 | 16.79 | 16.53 | 21.98 | 26 | 18.12 |
|  | Not specified | 56.17 | 3.25 | 41.49 | 9.7 | 53.23 | 3.47 |
| BMI (%) | Normal | 27.57 | 15.55 | 21.49 | 17.29 | 26.01 | 18.35 |
|  | Overweight | 17.14 | 21 | 19.16 | 20.85 | 17.53 | 20.12 |
|  | Obese | 11.03 | 27.47 | 19.1 | 23.8 | 13.5 | 23.61 |
| Marital status (%) | Single | 36.13 | 11.99 | 23.24 | 17.79 | 33.37 | 15.6 |
|  | Married/living together | 25.38 | 13.11 | 24.77 | 20.87 | 24.95 | 16.03 |
|  | Divorced/separated | 30.32 | 12.74 | 17.67 | 31.34 | 26.95 | 18 |
|  | Widowed | 32.15 | 10.99 | 31.37 | 22.29 | 31.63 | 14.29 |
|  | Unknown | 3.88 | 36.36 | 10.16 | 17.15 | 5.88 | 29.07 |
| Alcohol (g/d) |  | 13.55 | 27.55 | 9.55 | 36.86 | 14.49 | 24.85 |
| Red and processed meats (g/d) |  | 31.08 | 117.37 | 53.98 | 133.39 | 28.27 | 158.63 |
| Protein from dairy (g/d) |  | 18.73 | 19.9 | 16.08 | 18.02 | 18.27 | 20.63 |
| Total energy intake (Kcal/d) |  | 2,025.73 | 2,818.44 | 2,053 | 2,639.4 | 2,038.06 | 2,782.98 |

promote endogenous production of NOCs (Nitrosocompounds; ref. 4); in addition, any sources of iron can also catalyze free radical formation leading to oxidative cell damage (5). Although a recent meta-analysis on cohort studies is not supportive of a positive association with red or processed meat (6), it does not preclude an association with certain aspects of meat intake, such as its content of heme iron, or nitrosamines. The aim of this study was to examine the association between dietary nitrosamines (endogenous and exogenous), heme iron intake and prostate cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC).

### Material and Methods

The rationale and design of EPIC conducted in 23 centers in 10 European countries were described in detail elsewhere (7). A questionnaire collected information about sociodemographic and lifestyle characteristics and medical history. Dietary data were collected by validated country-specific questionnaires that recorded the usual dietary intake over the previous 12 months (7), and which were used to estimate preformed NDMA (*N*-Nitrosodimethylamine) from different food groups, predicted ENOC (endogenous NOCs; µg/d; ref. 8) and heme iron intake, as described elsewhere (9, 10).

Men were not eligible for this analysis if they had no dietary or nondietary data were missing (5,761 men). Individuals were also excluded if they were in the top or bottom 1% of the distribution of the ratio of reported energy intake to energy requirement (79 cases), to reduce the impact of implausible extreme values in the analysis (11). One male noncase from Athens, who was aged <30 at recruitment, was excluded. We also excluded subjects with an extreme heme iron intake (heme iron >4 mg/d; 2% of cases and noncases). Following these exclusions, complete data on diet and follow-up for cancer were available for 139,005 men of the 148,016 men in the original data set.

Prostate cancer case ascertainment was via cancer registries, active follow-up, and other methods as previously described (12). Proportional hazards models were used to estimate the association between nitrosamines (NDMA and ENOC) and heme iron and prostate cancer risk. Age was used as the underlying time scale, with entry time defined as age at recruitment and exit time defined as age at first prostate tumor (cases) and age at death or last complete follow-up (noncases). All models were stratified by age and center and adjusted for confounding variables (see Table 2). Subgroup analyses were also carried out according to stage and grade of the tumor, as previously described (12). Trend tests

Downloaded from cebp.aacrjournals.org on May 29, 2013. © 2012 American Association for Cancer Research.

**Table 2.** Adjusted HRs for full cohort and high/low risk of prostate cancer by quartiles of heme iron, ENOC, NDMA, and meat

| | Heme iron (mg/Kcal)[a] | | | ENOC (μg/kcal) | | | NDMA (μg/kcal)[b] | | |
|---|---|---|---|---|---|---|---|---|---|
| | Noncases | Cases | HR | Noncases | Cases | HR | Noncases | Cases | HR |
| Full cohort (139,005) | | | | | | | | | |
| Q1 | 26,862 | 923 | 1.00 | 27,065 | 736 | 1.00 | 26,889 | 795 | 1.00 |
| Q2 | 26,742 | 1,043 | 0.98 (0.89–1.08) | 26,877 | 924 | 1.04 (0.94–1.15) | 26,880 | 804 | 1.07 (0.96–1.19) |
| Q3 | 26,828 | 958 | 0.98 (0.89–1.08) | 62,857 | 944 | 0.99 (0.89–1.10) | 26,774 | 910 | 1.05 (0.94–1.17) |
| Q4 | 26,964 | 821 | 0.88 (0.79–0.98) | 26,801 | 1,000 | 1.00 (0.89–1.11) | 26,673 | 1,011 | 1.05 (0.94–1.18) |
| Q5 | 26,928 | 857 | 0.91 (0.82–1.02) | 26,799 | 1,002 | 0.91 (0.81–1.03) | 26,607 | 1,077 | 1.04 (0.92–1.18) |
| P for trend | | | 0.03 | | | 0.04 | | | 0.95 |
| $\log_2$ | 134,324 | 4,602 | 1.00 (0.97–1.03) | 170,399 | 4,606 | 0.95 (0.88–1.03) | 133,823 | 4,597 | 1.00 (0.98–1.03) |
| Stage[c] | | | | | | | | | |
| Advanced | | | | | | | | | |
| Q1 | 27,603 | 182 | 1.00 | 27,658 | 143 | 1.00 | 27,523 | 161 | 1.00 |
| Q2 | 27,622 | 163 | 0.77 (0.61–0.96) | 27,631 | 170 | 0.97 (0.77–1.23) | 27,537 | 147 | 1.00 (0.78–1.27) |
| Q3 | 27,598 | 188 | 0.84 (0.67–1.05) | 27,613 | 188 | 0.93 (0.73–1.18) | 27,492 | 192 | 0.98 (0.76–1.26) |
| Q4 | 27,606 | 179 | 0.77 (0.61–0.98) | 27,615 | 186 | 0.84 (0.65–1.08) | 27,475 | 209 | 0.93 (0.72–1.21) |
| Q5 | 27,585 | 200 | 0.87 (0.69–1.11) | 27,574 | 227 | 0.97 (0.75–1.27) | 27,480 | 204 | 0.93 (0.72–1.21) |
| P for trend | | | 0.55 | | | 0.83 | | | 0.54 |
| $\log_2$ | 138,014 | 912 | 0.96 (0.90–1.03) | 138,091 | 914 | 0.96 (0.78–1.15) | 137,507 | 913 | 1.00 (0.94–1.06) |
| Localized | | | | | | | | | |
| Q1 | 27,503 | 282 | 1.00 | 27,552 | 249 | 1.00 | 27,398 | 286 | 1.00 |
| Q2 | 27,439 | 346 | 1.01 (0.86–1.19) | 27,517 | 284 | 0.86 (0.72–1.02) | 27,383 | 301 | 1.20 (1.01–1.43) |
| Q3 | 27,427 | 359 | 1.07 (0.90–1.26) | 27,442 | 359 | 0.98 (0.82–1.16) | 27,373 | 311 | 1.12 (0.93–1.35) |
| Q4 | 27,470 | 315 | 0.91 (0.76–1.08) | 27,402 | 399 | 0.99 (0.83–1.19) | 27,347 | 337 | 1.15 (0.94–1.40) |
| Q5 | 27,407 | 378 | 1.01 (0.84–1.20) | 27,411 | 390 | 0.85 (0.70–1.03) | 27,242 | 442 | 1.23 (0.99–1.53) |
| P for trend | | | 0.75 | | | 0.24 | | | 0.19 |
| $\log_2$ | 137,246 | 1,680 | 1.00 (0.94–1.06) | 137,324 | 1,681 | 0.93 (0.82–1.06) | 136,743 | 1,677 | 1.04 (0.98–1.09) |
| Uncertain | | | | | | | | | |
| Q1 | 27,326 | 459 | 1.00 | 27,457 | 344 | 1.00 | 27,336 | 348 | 1.00 |
| Q2 | 27,251 | 534 | 1.05 (0.92–1.20) | 27,331 | 470 | 1.23 (1.06–1.42) | 27,328 | 356 | 1.10 (0.86–1.18) |
| Q3 | 27,375 | 411 | 0.99 (0.85–1.14) | 27,404 | 397 | 1.01 (0.86–1.18) | 27,277 | 407 | 1.02 (0.87–1.20) |
| Q4 | 27,458 | 327 | 0.92 (0.79–1.07) | 27,386 | 415 | 1.07 (0.91–1.26) | 27,219 | 465 | 1.03 (0.87–1.21) |
| Q5 | 27,506 | 279 | 0.83 (0.71–0.99) | 27,416 | 385 | 0.93 (0.78–1.10) | 27,253 | 431 | 0.96 (0.80–1.15) |
| P for trend | | | 0.01 | | | 0.06 | | | 0.43 |
| $\log_2$ | 136,916 | 2,010 | 1.01 (0.97–1.05) | 136,994 | 2,011 | 0.96 (0.86–1.08) | 136,413 | 2007 | 0.98 (0.95–1.02) |
| Grade[d] | | | | | | | | | |
| Low | | | | | | | | | |
| Q1 | 27,401 | 384 | 1.00 | 27,487 | 314 | 1.00 | 27,644 | 314 | 1.00 |
| Q2 | 27,341 | 444 | 1.00 (0.86–1.15) | 27,415 | 386 | 1.04 (0.89–1.21) | 27,632 | 366 | 1.12 (0.96–1.31) |
| Q3 | 27,387 | 399 | 0.99 (0.85–1.15) | 27,408 | 393 | 1.01 (0.86–1.18) | 27,620 | 331 | 1.02 (0.86–1.20) |
| Q4 | 27,461 | 324 | 0.86 (0.73–1.01) | 27,401 | 400 | 0.98 (0.82–1.15) | 27,633 | 371 | 1.08 (0.91–1.29) |
| Q5 | 27,420 | 365 | 0.91 (0.77–1.07) | 27,378 | 423 | 0.87 (0.73–1.04) | 27,626 | 533 | 1.13 (0.93–1.36) |
| P for trend | | | 0.08 | | | 0.04 | | | 0.33 |
| $\log_2$ | 137,010 | 1,916 | 1.01 (0.96–1.05) | 137,089 | 1,916 | 0.92 (0.82–1.04) | 138,155 | 1915 | 1.02 (0.98–1.07) |
| High | | | | | | | | | |
| Q1 | 27,729 | 56 | 1.00 | 27,752 | 49 | 1.00 | 27,644 | 40 | 1.00 |
| Q2 | 27,731 | 54 | 0.95 (0.64–1.41) | 27,747 | 54 | 1.04 (0.70–1.57) | 27,632 | 52 | 1.32 (0.86–2.03) |
| Q3 | 27,739 | 47 | 0.91 (0.60–1.39) | 27,762 | 39 | 0.73 (0.46–1.15) | 27,620 | 64 | 1.50 (0.97–2.32) |
| Q4 | 27,733 | 52 | 1.01 (0.66–1.55) | 27,740 | 61 | 1.12 (0.72–1.73) | 27,633 | 51 | 1.18 (0.74–1.88) |

*(Continued on the following page)*

Downloaded from cebp.aacrjournals.org on May 29, 2013. © 2012 American Association for Cancer Research.

Jakszyn et al.

**Table 2.** Adjusted HRs for full cohort and high/low risk of prostate cancer by quartiles of heme iron, ENOC, NDMA, and meat (Cont'd)

| | Heme iron (mg/Kcal)[a] | | | ENOC ($\mu$g/kcal) | | | NDMA ($\mu$g/kcal)[b] | | |
|---|---|---|---|---|---|---|---|---|---|
| | Noncases | Cases | HR | Noncases | Cases | HR | Noncases | Cases | HR |
| Q5 | 27,729 | 56 | 1.05 (0.68–1.64) | 27,739 | 62 | 1.03 (0.65–1.66) | 27,626 | 58 | 1.34 (0.81–2.24) |
| P for trend | | | 0.68 | | | 0.71 | | | 0.68 |
| log$_2$ | 138,661 | 265 | 0.99 (0.89–1.10) | 138,740 | 265 | 1.01 (0.73–1.38) | 138,155 | 265 | 1.09 (0.97–1.21) |
| Uncertain | | | | | | | | | |
| Q1 | 27,326 | 483 | 1.00 | 27,428 | 373 | 1.00 | 27,246 | 441 | 1.00 |
| Q2 | 27,251 | 545 | 0.97 (0.85–1.10) | 27,317 | 484 | 1.05 (0.91–1.21) | 27,298 | 386 | 0.99 (0.86–1.15) |
| Q3 | 27,375 | 512 | 0.98 (0.86–1.12) | 27,289 | 512 | 1.00 (0.87–1.16) | 27,169 | 515 | 1.01 (0.86–1.18) |
| Q4 | 27,458 | 445 | 0.88 (0.76–1.02) | 27,262 | 539 | 1.00 (0.86–1.16) | 27,095 | 589 | 0.99 (0.84–1.16) |
| Q5 | 27,506 | 436 | 0.90 (0.78–1.05) | 27,284 | 517 | 0.94 (0.80–1.10) | 27,198 | 486 | 0.92 (0.76–1.10) |
| P for trend | | | 0.10 | | | 0.23 | | | 0.18 |
| log$_2$ | 136,916 | 2,421 | 0.99 (0.95–1.03) | 136,580 | 2,425 | 0.97 (0.86–1.08) | 136,006 | 2,417 | 0.98 (0.95–1.02) |

NOTE: All models were stratified by age, and center and adjusted for educational level (none, primary school, technical/professional school, secondary school, longer education and unknown), marital status, BMI (as continuous variable), protein from dairy (continuous), smoking status (never, former, and current), lifetime intensity of smoking (for current smokers, <20 cigarettes per day and >20) and time since quitting (for former smokers, <10 years and >10 years) and total energy intake (continuous per 2,000 kcal).
[a]79 noncases missing.
[b]cases and 576 noncases missing.
[c]Prostate cancer stage was based on the TNM code: Advanced (T3 or T4 or N1+ or M1, or stage coded in the recruitment center as metastatic), localized (TNM staging score of T0/T1/T2 and N0/NX and M0 or stage coded in the recruitment center as localized) or unknown.
[d]Prostate cancer grade was defined as follow: low grade was defined as (Gleason sum <8 or equivalent) and high-grade disease (Gleason >8 or equal) or unknown.
2,592 cases (61%) had information on stage and 2,281 cases (60%) had information on grade.
Linear trends were tested by using the median value of each category as an ordinal variable.
Homogeneity of risk by stage and grade were tested by Wald test (all P values >0.05).

were done by assigning the median value for each quintile category and modeling this as a continuous variable. The Statistical Analysis System version 9 (SAS Institute) was used for analyses.

### Results

After a mean follow-up of 11 years, 4,606 prostate cancer cases were identified. The association of lifestyle characteristics by dietary intake of nitrosamine and heme iron is shown in Table 1. In multivariable models, prostate cancer risk was not associated with intake of nitrosamines (HR for the highest vs. lowest quintile: 0.91; 95% CI: 0.81–1.03 for ENOC, and 1.04; 95% CI: 0.95–1.18 for NDMA) or heme iron (HR for the highest vs. lowest quintile: 1.00; 95 CI: 0.88–1.39). This lack of association was supported by analyses of continuous variables (Table 2). Furthermore, similar findings were found when stratifying prostate cancer cases by grade and stage.

### Discussion

To our knowledge this is the first European prospective study of nitrosamines, heme iron intake, and prostate cancer risk. We found no overall association between intake of nitrosamines and heme iron and prostate cancer risk. One study reported that heme iron intake was associated with a 9% increased risk for total prostate cancer and 28% for advanced disease (3), but we did not find any associations of the dietary factors with risk regardless of stage or grade. One possible explanation for our null findings is that red meat intake (the most important source of heme iron) is also a source of selenium and zinc. The WCRF report (1) judges foods containing selenium as probably protective against prostate cancer. However, a previous analysis from our group did not find any association between plasma selenium and prostate cancer risk (13). The strengths of this study include its large size, prospective design, and adjustment of potential confounding variables.

In summary, our findings do not support the hypothesis that dietary nitrosamines and heme iron intakes are associated with the risk of developing prostate cancer.

### Disclosure of Potential Conflicts of Interest

No potential conflicts of interest were disclosed.

Received December 22, 2011; accepted December 30, 2011; published OnlineFirst January 17, 2012.

Downloaded from cebp.aacrjournals.org on May 29, 2013. © 2012 American Association for Cancer Research.

## References

1. World Cancer Research Fund American Institute for Cancer Research. Food, nutrition, physical activity, and the prevention of cancer: a global perspective. Washington, DC: AICR; 2007.
2. Mirvish SS. Role of N-nitroso compounds (NOC) and N-nitrosation in etiology of gastric, esophageal, nasopharyngeal and prostate cancer and contribution to cancer of known exposures to NOC. Cancer Lett 1995;93:17–48.
3. Sinha R, Park Y, Graubard BI, Leitzmann MF, Hollenbeck A, Schatzkin A, et al. Meat and meat-related compounds and risk of prostate cancer in a large prospective cohort study in the United States. Am J Epidemiol 2009;170:1165–77.
4. Cross AJ, Pollock JR, Bingham SA. Haem, not protein or inorganic iron, is responsible for endogenous intestinal N-nitrosation arising from red meat. Cancer Res 2003;63:2358–60.
5. Tappel A. Heme of consumed red meat can act as a catalyst of oxidative damage and could initiate colon, breast and prostate cancers, heart disease and other diseases. Med Hypotheses 2007;68:562–4.
6. Alexander DD, Mink PJ, Cushing CA, Sceurman B. A review and meta-analysis of prospective studies of red and processed meat intake and prostate cancer. Nutr J 2010;9:50.
7. Riboli E, Hunt KJ, Slimani N, Ferrari P, Norat T, Fahey M, et al. European Prospective Investigation into Cancer and Nutrition (EPIC): study populations and data collection. Public Health Nutr 2002;5:1113–24.
8. Jakszyn P, Bingham S, Pera G, Agudo A, Luben R, Welch A, et al. Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. Carcinogenesis 2006;27:1497–501.
9. Jakszyn P, González CA, Luján-Barroso L, Ros MM, Bueno-de-Mesquita HB, Roswall N, et al. Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). Cancer Epidemiol Biomarkers Prev 2011;20:555–9.
10. Jakszyn P, Agudo A, Lujan-Barroso L, Bueno-de-Mesquita HB, Jenab M, Navarro C, et al. Dietary intake of heme iron and risk of gastric cancer in the European prospective investigation into cancer and nutrition (EURGAST- EPIC) study. Int J Cancer 2011 Jun 29. [Epub ahead of print].
11. Ferrari P, Slimani N, Ciampi A, Trichopoulou A, Naska A, Lauria C, et al. Evaluation of under- and overreporting of energy intake in the 24-hour diet recalls in the European Prospective Investigation into Cancer and Nutrition (EPIC). Public Health Nutr 2002;5:1329–45.
12. Allen NE, Key TJ, Appleby PN, Travis RC, Roddam AW, Tjønneland A, et al. Animal foods, protein, calcium and prostate cancer risk: the European Prospective Investigation into Cancer and Nutrition. Br J Cancer 2008;98:1574–81.
13. Allen NE, Appleby PN, Roddam AW, Tjønneland A, Johnsen NF, Overvad K, et al. Plasma selenium concentration and prostate cancer risk: results from the European Prospective Investigation into Cancer and Nutrition (EPIC). Am J Clin Nutr 2008;88:1567–75.

Downloaded from cebp.aacrjournals.org on May 29, 2013. © 2012 American Association for Cancer Research.

View publication stats