UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**[PROPOSED] ORDER EXCLUDING THE OPINIONS OF MAHYAR ETMINAN, PHARMD, MSC** |

## ORDER

**THIS MATTER,** having been opened to the Court by Defendants for entry of an order excluding the opinions of Plaintiffs' expert Mahyar Etminan, PharmD, MSc, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown;

**IT IS** on this _____ day of _____, 2022

**ORDERED** as follows:

1. Defendants' Joint Motion to Exclude the Opinions of Mahyar Etminan, PharmD, MSc, is Granted in its entirety; and

2. Mahyar Etminan, PharmD, MSc, shall be barred from offering general causation opinions and testifying about general causation.

_____
Hon. Robert B. Kugler, U.S.D.J