UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Oral Argument Requested |

### NOTICE OF DEFENDANTS' JOINT MOTION TO EXCLUDE THE OPINIONS OF STEPHEN LAGANA, M.D.

**PLEASE TAKE NOTICE** that on January 18, 2022, or as soon as counsel may be heard, the undersigned Defense Executive Committee counsel, on behalf of all Defendants named in the operative Master Personal Injury Complaint (Dkt. 122), the operative Consolidated Second Amended Economic Loss Class Action Complaint (Dkt. 398), and the operative Consolidated Amended Medical Monitoring Class Action Complaint (Dkt. 123) shall move for the entry of an Order excluding the opinions of Plaintiffs' expert, Stephen Lagana, M.D., pursuant to Federal Rules of Evidence 702, 403, and 104.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, the undersigned defendants shall rely upon the Memorandum of Law in Support submitted herewith, and any reply submissions made hereafter; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: November 1, 2021        By: /s/ *Seth A. Goldberg*

    Seth A. Goldberg, Esq.
    *Lead Counsel and Liaison Counsel for Defendants*

    DUANE MORRIS LLP
    Seth A. Goldberg, *Lead Counsel and Liaison Counsel for Defendants*
    Jessica Priselac
    Lauren Appel
    Coleen W. Hill
    Melissa A. Ruth
    30 South 17th Street
    Philadelphia, Pennsylvania 19103
    Tel.: (215) 979-1000
    Fax: (215) 979-1020
    SAGoldberg@duanemorris.com
    JPriselac@duanemorris.com
    LAAppel@duanemorris.com
    CWHill@duanemorris.com
    MARuth@duanemorris.com

    *Counsel for Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*

    GREENBERG TRAURIG, LLP
    Lori G. Cohen, *Lead Counsel for Defendants*
    Victoria Davis Lockard
    Steven M. Harkins

Terminus 200
3333 Piedmont Road, N.E.,
Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
LockardV@gtlaw.com
HarkinsS@gtlaw.com

*Counsel for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis Pharma, Inc., and Actavis LLC*

PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
Clem C. Trischler
Jason M. Reefer
Frank H. Stoy
38th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219
Tel: (412) 263-2000
Fax: (412) 263-2001
CCT@PIETRAGALLO.com

*Counsel for Mylan Laboratories, Ltd. and Mylan Pharmaceuticals, Inc.*

BARNES & THORNBURG LLP
Sarah E. Johnston, *Liaison Counsel for Retailer Defendants*
Kara Kapke
Kristen L. Richer
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Tel: (310) 284-3798

Fax: (310) 284-3894  
Sarah.Johnston@btlaw.com  
Kara.Kapke@btlaw.com  
Kristen.Richer@btlaw.com  

*Counsel for CVS Pharmacy, Inc. (incorrectly named as CVS Health Corporation)*

ULMER & BERNE LLP  
Jeffrey D. Geoppinger, *Liaison Counsel for Wholesaler Defendants*  
600 Vine Street, Suite 2800  
Cincinnati, OH 45202-2409  
Tel.: (513) 698-5038  
Fax: (513) 698-5039  
jgeoppinger@ulmer.com  

*Counsel for AmerisourceBergen Corporation*

DM1\12581889.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Seth A. Goldberg*
Seth A. Goldberg