# EXHIBIT A

# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

| | |
|---|---|
| David A. Mazie* | Karen G. Kelsen° |
| Adam M. Slater*° | Cheryll A. Calderon |
| Eric D. Katz*° | Adam M. Epstein° |
| David M. Freeman | Cory J. Rothbort*° |
| Beth G. Baldinger | Michael R. Griffith° |
| Matthew R. Mendelsohn° | Christopher J. Geddis |
| David M. Estes | Samuel G. Wildman |
| | Julia S. Slater° |

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney                                                °Member of N.J. & N.Y. Bars

July 12, 2021

**<u>VIA FEDERAL EXPRESS</u>**

Honorable Robert Kugler, U.S.D.J.
U.S. District Court - District of New Jersey
Mitchell S. Cohen Building & US Courthouse
1 John F. Gerry Plaza, Courtroom 4D
4th and Cooper Streets
Camden, NJ  08101

    Re: IN RE: VALSARTAN, LOSARTAN, & IRBESARTAN PRODUCTS
       LIABILITY LITIGATION
       Civil No. 19-2875 (RBK/JS)

Dear Judge Kugler:

  Pursuant to the request of Loretta, enclosed are the general causation expert reports served by the Plaintiffs' leadership.  The reports are from:

 (1) Dr. Stephen S. Hecht,

 (2) Dr. Stephen M. Lagana,

 (3) Dr. David Madigan,

 (4) Dr. Mahyar Etminan, and

 (5) Dr. Dipak Panigraphy.

We have separately forwarded a link to Loretta as well.

Honorable Robert Kugler, U.S.D.J.
July 12, 2021
Page 2

      Please let us know if you need anything further.

      Thank you for your courtesies.

                                      Respectfully,

                                      ADAM M. SLATER

Encls.

Cc: Seth Goldberg