# EXHIBIT C

Page 1

1    UNITED STATES DISTRICT COURT

     DISTRICT OF NEW JERSEY

2    CAMDEN VICINAGE

     MDL No. 2875

3    ----------------------------------------x

     IN RE:

4

     VALSARTAN, LOSARTAN and IRBESARTAN

5    PRODUCTS

     LIABILITY LITIGATION

6    ----------------------------------------x

7                         August 13, 2021

                          9:12 a.m.

8

9

10         VIDEOTAPED DEPOSITION of STEPHEN

11   LAGANA, MD, held at the offices of

12   Greenberg Traurig LLP, located at 445

13   Hamilton Avenue, 9th Floor, White Plains,

14   New York 10601, before Anthony Giarro, a

15   Registered Professional Reporter, a

16   Certified Realtime Reporter and a Notary

17   Public of the State of New York.

18

19

20

21

22

23

24

25

Page 2

```
 1   A P P E A R A N C E S :
 2
 3   MAZIE SLATER KATZ & FREEMAN LLC
       103 Eisenhower Parkway 2nd Floor
 4   Roseland, New Jersey 07068
       973.228.9898
 5
     BY:  ADAM M. SLATER, ESQ.
 6      CHRISTOPHER J. GEDDIS, ESQ.
        aslater@mazieslater.com
 7      cgeddis@mazieslater.com

     Counsel for Plaintiffs
 8
 9
10   GREENBERG TRAURIG LLP
11   Terminus 200
       3333 Piedmont Road, N.E., Suite 2500
12   Atlanta, Georgia 30305
       678.553.2385
13
     BY:  VICTORIA DAVIS LOCKARD, ESQ.
14      (via Zoom)
        LORI COHEN, ESQ.
15      BARDIA SANJABI, ESQ.
        lockardv@gtlaw.com
16      cohenl@gtlaw.com
        sanjabib@gtlaw.com
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1   A P P E A R A N C E S (Cont.):
 2
     GREENBERG TRAURIG LLP
 3   500 Campus Drive, Suite 400
       Florham Park, New Jersey 07932
 4   973.443.3571
 5   BY:  KENNETH DZIKOWSKI, ESQ.
        dzikowskik@gtlaw.com
 6
 7
 8   Counsel for Teva Pharmaceuticals USA,
       Inc., Teva Pharmaceutical Industries Ltd.,
 9   Actavis Pharma, Inc., and Actavis LLC
10
11   PIETRAGALLO GORDON ALFANO BOSICK &
       RASPANTI, LLP
12   38th Floor, One Oxford Centre
       Pittsburgh, Pennsylvania 15219
13   412.263.1816
14   BY:  CLEM C. TRISCHLER, ESQ.
        cct@pietragallo.com
15
16   Counsel for Mylan Pharmaceuticals and
       Mylan Laboratories, Ltd.
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1   A P P E A R A N C E S (Cont.)
 2
     BARNES & THORNBERG
 3   2029 Century Park East, Suite 300
       Los Angeles, California 90067-2904
 4   310.284.3880
     BY:  KARA M. KAPKE, ESQ.
 5      (via Zoom)
        kara.kapke@btlaw.com
 6
 7   Counsel for CVS Pharmacy, Inc., and
       Rite Aid Corporation
 8
 9
     CIPRIANI & WERNER, P.C.
10   450 Sentry Parkway
       Blue Bell, Pennsylvania 19422
11   610.567.0700
12   BY:  JILL FERTEL, ESQ.
        (via Zoom)
13      jfertel@c-wlaw.com
14   Counsel for CVS Health Co., Aurobindo
       Pharma USA, Inc., Aurolife Pharma, LLC,
15   Aurobindo Pharma, Ltd.
16
17   HILL WALLACK LLP
       21 Roszel Road
18   Princeton, New Jersey 08540
       609.924.0808
19
     BY:  NAKUL Y. SHAH, ESQ.
20      (via Zoom)
        nshah@hillwallack.com
21
22   Counsel for Hetero Labs/Hetero Drugs
23
24
25
```

Page 5

```
 1   A P P E A R A N C E S (Cont.):
 2
     HUSCH BLACKWELL LLP
 3   190 Carondelet Plaza, Suite 600
       St. Louis, Missouri 63105
 4   314.480.1500
 5   BY:  MATTHEW D. KNEPPER, ESQ.
 6      matt.knepper@huschblackwell.com
 7   Counsel for Cigna Corporation, Express
       Scripts Holding Company, Express Scripts,
 8   Inc.
 9
10
     DUANE MORRIS LLP
11   1875 NW Corporate Boulevard, Suite 300
       Boca Raton, Florida 33431
12   561.962.2131
13   BY:  PATRICK C. GALLAGHER, PH.D., ESQ.
        (via Zoom)
14      pcgallagher@duanemorris.com
15
     Counsel for Zhejiang Huahai Pharmaceutical
16   Co., Ltd., Solco Healthcare LLC, Prinston
       Pharmaceutical Inc., and Huahai U.S. Inc.
17
18   FALKENBERG IVES LLP
       230 W. Monroe, Suite 2220
19   Chicago, Illinois 60606
       312.566.4801
20
     BY:  KIRSTEN B. IVES, ESQ.
21      (via Zoom)
        kbi@falkenbergives.com
22
     Counsel for Humana
23
24
25
```

2 (Pages 2 - 5)

Page 6

1  A P P E A R A N C E S (Cont.):
2
3  HINSHAW & CULBERTSON LLP
     53 State Street, 27th Floor
4  Boston, Massachusetts 02109
     617.213.7000
5
   BY:  GEOFFREY M. COAN, ESQ.
6     (via Zoom)
        gcoan@hinshawlaw.com
7
   Counsel for HJ Harkins Co., Inc.
8
9
10
11
12
13
14  ALSO PRESENT:
15
     COREY WAINAINA (via Zoom),
16     Videographer
        BRAD MATTA (via Zoom), Esq., Viatris
17
18
19
20
21
22
23
24
25

Page 8

1  administer an oath, I am not related
2  to any party in this action, nor am I
3  financially interested in the
4  outcome.
5        Counsel and all present in
6  the room and everyone attending
7  remotely will now state their
8  appearances and affiliations for the
9  record.  If there are any objections
10  to proceeding, please state them at
11  the time of your appearance,
12  beginning with the noticing attorney.
13        MS. COHEN:  Good morning.
14  This is Lori Cohen on behalf of the
15  Teva entities, as well as the defense
16  executive committee, and I'll be
17  taking and asking questions.
18        MR. TRISCHLER:  Clem
19  Trischler, representing the Mylan
20  entities.
21        MR. SANJABI:  Bardia Sanjabi
22  representing Teva.
23        MS. COHEN:  Chris Geddis for
24  the plaintiffs.  And that will be
25  everybody in the room.

Page 7

1        THE VIDEOGRAPHER:  Good
2  morning, everyone.  We are going on
3  the record at 9:12 a.m., Eastern Time
4  on Friday, August 13th, 2021.  Please
5  note that the microphones are
6  sensitive and may pick up whispering,
7  private conversations and cellular
8  interference.
9        This is Media Unit 1 of the
10  video-recorded deposition of
11  Dr. Stephen Lagana, in the matter of
12  In Re:  Valsartan, Losartan, et al.
13  This was filed in the United States
14  District Court for the District of
15  New Jersey, Camden, Vicinage.  The
16  docket number is 2875.  This
17  deposition is being held via video
18  conference.
19        My name is Corey Wainaina
20  from the firm Veritext Legal
21  Solutions.  And I am the
22  videographer.  The court reporter is
23  Anthony Giarro from the firm Veritext
24  Legal Solutions.
25        I am not authorized to

Page 9

1  DR.  S T E P H E N  L A G A N A, after
2  having first been duly sworn by a Notary
3  Public of the State of New York, was
4  examined and testified as follows:
5  EXAMINATION BY
6  MS. COHEN:
7     Q      So I think we're through the
8  logistics of all this and thank you for
9  bearing with us, Doctor.  But because of
10  issues and all the people, we want to
11  make sure we get started correctly and
12  have a smooth day.
13        So you and I met off the
14  record in the hallway.  My name is Lori
15  Cohen.  I'm with Greenberg Traurig.  And
16  we're here in our White Plains office.
17  And I represent the Teva entities but
18  also the executive committee defense.
19  I'll be starting the questioning, asking
20  a majority of the questions today on
21  behalf of everyone, who I am and my role
22  here.  Okay?
23     A      Understood.
24     Q      You've now sworn to tell the
25  truth.

3 (Pages 6 - 9)

Page 10

1      Would you like to read and
2  sign the deposition so I don't forget to
3  ask that question?
4      MR. SLATER:  We'll talk
5  about that later.
6      Q     I think you've been deposed
7  at least a couple of times before; is
8  that correct?
9      A     I have.
10     Q     And I know -- tell me how
11  many times you've been deposed.
12     A     Two that I recall.
13     Q     One of them was in the
14  Benicar litigation with Mr. Slater; is
15  that right?
16     A     Yes.
17     Q     What was the other one?
18     A     It was a medical
19  malpractice.
20     Q     Was that the same one you
21  testified at trial, the Matthews versus
22  Leslie case?
23     A     No.
24     Q     What was the other
25  deposition you gave?

Page 11

1      A     I don't remember the name of
2  any of the litigants.  But the general
3  gist was whether a patient had been
4  released from the hospital too
5  prematurely or not.  And I was hired by
6  the defense in that case.
7      Q     Roughly what time frame was
8  that?  I know it was earlier than four
9  years ago.  But any idea when that was?
10     A     Probably around four years
11  ago.
12     Q     Were you on the side of the
13  hospital or the doctor?
14     MR. SLATER:  Object to form.
15     A     Might have been both.  I
16  don't entirely recall.  But one or the
17  other or both.
18     Q     So I know you've been
19  deposed before.  Obviously, if you need
20  to take a break for any reason, let me
21  know.  I'm not going to go through a
22  whole long introductory spiel like
23  sometimes you'll get about what my
24  questions are.  If you need a break, let
25  me know.  If I ask a question that

Page 12

1  doesn't make sense, please let me know.
2  If I talk too fast, which sometimes
3  happens, let me know also; is that okay?
4      A     Thank you.
5      Q     And I think we'll have a
6  good communication today.  But again, if
7  there's anything that you need or I don't
8  make myself clear about, please ask me;
9  okay?
10     A     Thank you.
11     Q     And if you answer my
12  questions, I'll assume you understood
13  them.
14     A     Okay.
15     Q     I know you brought with you
16  a number of items today.  Also, counsel
17  who retained you sent us a bunch of
18  things.  And we'll get through some of
19  those logistics as we go.
20     But I take it you have with
21  you what you think you need to answer
22  questions today?
23     MR. SLATER:  Objection.  You
24  can answer.
25     Q     I notice you have your

Page 13

1  report there in laminated fashion, and
2  you have that by your side; right?
3      A     I do.
4      Q     So as a little bit of
5  background, my understanding in terms of
6  your prior legal experience is that
7  you've testified two times at trial, once
8  in 2019, and that was a recent one,
9  Matthews versus Leslie case in the Bronx
10  Supreme Court?
11     A     Yeah.
12     Q     And that was a medical
13  malpractice case, testifying about your
14  field of specialty, that is anatomic
15  pathology; correct?
16     MR. SLATER:  Objection.  You
17  can answer.
18     A     Well, I am an anatomic
19  pathologist.  And I've testified as both
20  a pathologist and as a medical provider.
21     Q     You agree that your field of
22  specialty is anatomic pathology; correct?
23     MR. SLATER:  Objection.  You
24  can answer.
25     A     Yes.  I'm a medical doctor

4 (Pages 10 - 13)

Page 14

1 with postgraduate training in anatomic
2 pathology.
3    Q     What you hold yourself out
4 as, as an anatomic pathologist, when we
5 look at your Web site or when we read
6 your depositions, that sort of thing;
7 correct?
8         MR. SLATER:  Objection to
9 form.
10   A     Again, as a physician, I
11 have a medical degree.  So I have
12 knowledge of medicine beyond just
13 anatomic pathology; in fact, an anatomic
14 pathologist needs to have grounding in
15 general.  But I am a practicing anatomic
16 pathologist.
17   Q     And let's just agree that
18 you're a medical doctor or you wouldn't
19 have an M.D.; correct?
20   A     That's correct.
21   Q     But beyond that in terms of
22 specialization, your specialty is
23 anatomic pathology; correct?
24   A     Correct.
25   Q     You've testified in another

Page 15

1 trial, other than Mathews, another med
2 mal one?
3    A     Correct.
4    Q     Was that the same one you
5 gave the recent deposition about the
6 patient being released prematurely?
7    A     No.
8    Q     What was the other medical
9 mal one?
10   A     Other medical mal one was --
11 nothing at all that relates to this.
12 It's something -- I forget if it was a
13 hernia repair that maybe didn't go as
14 planned.  There was a bowel injury, along
15 those lines.
16   Q     That was the Matthews versus
17 Leslie case in 2019.
18         Is it possible that you
19 covered the same areas?
20   A     Yeah.
21   Q     You've done 30 to 40 cases
22 where you've reviewed cases as an expert
23 witness?
24   A     I believe that's
25 approximately correct.

Page 16

1    Q     In the Benicar litigation,
2 Mr. Slater and his law firm hired you;
3 correct?
4    A     Correct.
5    Q     And in this case, you gave
6 an expert witness report under Rule 26
7 like you did here; correct?
8    A     I don't know what Rule 26
9 is.
10   Q     You gave an expert report?
11   A     I did.
12   Q     And you also gave a
13 deposition; correct?
14   A     I did.
15   Q     And Mr. Slater was there
16 defending you; right?
17   A     No, not on trial.
18   Q     That's what we say when an
19 attorney defends a deposition.  I don't
20 mean a trial.
21         He was there defending your
22 deposition as an expert witness?
23         MR. SLATER:  Objection.
24   A     He was there as plaintiff's
25 attorney.  And I was an expert.

Page 17

1         MS. COHEN:  Let's go off the
2 record.
3         THE VIDEOGRAPHER:  We are
4 now off the record.  The time is
5 9:23 a.m.
6         (A short recess was taken.)
7         THE VIDEOGRAPHER:  We are
8 now back on the record.  The time is
9 9:31 a.m. Eastern Time.
10   Q     So, Doctor, I'm going to
11 give this another shot.  Hopefully, I'll
12 try to keep my voice up.  And this will
13 work.  When we broke, we were talking
14 about your work in the Benicar
15 litigation.
16         In Benicar, you gave an
17 expert witness report in that case, much
18 like you did here; correct?
19   A     Yes.
20   Q     And then you also gave a
21 deposition, and at the deposition was
22 Mr. Slater present there; correct?
23   A     Correct.
24   Q     You talked about your review
25 of cases.

5 (Pages 14 - 17)

Page 18

1    Does that sort of summarize
2  and recap your expert witness work that
3  you've done?
4    A    Yeah.  I would say so.
5    Q    In this case, we'll go
6  ahead, and we'll obviously be going
7  through your report and some of the
8  information that you've read today.
9    Let's just start with
10  stating your full name for the record.
11    A    Sure.  Stephen Lagana.
12    Q    And where do you practice?
13    A    I'm on the faculty at
14  Columbia University Medical Center.
15    Q    And you're part of the
16  anatomic pathology division, if you will?
17    A    Yes.
18    Q    And is that part of
19  pathology, one division of pathology?
20    A    Correct.
21    MS. COHEN:  In this case,
22  let's go ahead and mark his report.
23  We'll make that Exhibit 1.
24    (The above-referred-to
25  document was marked as Exhibit 1 for

Page 19

1  identification, as of this date.)
2    Q    And we'll have that put up.
3  I think you have that already.
4    A    I do.
5    Q    Now, in your report -- I
6  just want to start looking a little bit
7  here -- on page 1, you understand this is
8  what we call your official expert witness
9  report in this case; correct?
10    MR. SLATER:  Objection.
11    A    I do.
12    Q    And although you didn't take
13  an oath like you did at the deposition,
14  you signed it on page 33; correct?
15    A    I did.
16    Q    If you go to page 33, is
17  that date of July 26th incorrect?
18    A    I don't remember.
19    Q    We'll get that straight.  I
20  believe that --
21    THE VIDEOGRAPHER:  Counsel,
22  sorry to interrupt.  You want to have
23  the document and the witness for the
24  video record?
25    MS. COHEN:  No.  We did not

Page 20

1  ask to have that put up there,
2  please.
3    THE VIDEOGRAPHER:  Going
4  forward, if you do screen share a
5  document, would you like to see the
6  witness only or the document and the
7  witness?
8    MS. COHEN:  Yes.  Let me
9  make that clear.  When we mark
10  exhibits, I'll announce what the
11  exhibit is.  But we don't need to
12  screen share it.  People can pull it
13  up if they want to.  But I'm not
14  asking for the document to be pulled
15  up; okay?
16    THE VIDEOGRAPHER:  Thank
17  you.
18    Q    Just on the date issue,
19  Doctor, we have July 6th as the day that
20  the report was sent to us by Mr. Slater.
21    I take it July 26th is just
22  the wrong date?
23    A    That sounds reasonable.
24    MS. COHEN:  We'll mark the
25  July 6th letter as Exhibit 2.

Page 21

1    (The above-referred-to
2  document was marked as Exhibit 2 for
3  identification, as of this date.)
4    Q    And I'll show it to you.  I
5  take it, it was just a mistype, if you
6  will.
7    A    It might be.
8    Q    I'll show you the letter,
9  Exhibit 2, a July 6th letter where
10  Mr. Slater sent the reports.  Tell me if
11  you've seen this before.
12    A    I haven't seen that.  Okay.
13  I don't have an argument.  It's certainly
14  possible I mistyped the date.  There's
15  only one report.
16    Q    Only one report.
17    You understand -- and,
18  again, in this report, you start with a
19  sentence that says, "This report sets
20  forth my opinions with regard to the
21  question of whether ingestion of NDMA and
22  NDEA as a contaminant or impurity of
23  Valsartan (hereinafter 'contaminated
24  Valsartan') can cause cancer in humans."
25    You understood that was the

Page 22

1  question you were being called on to
2  answer in this phase of the litigation;
3  correct?
4            MR. SLATER: Objection. You
5     can answer.
6     A    I knew that that was the
7  purpose of the litigation.
8     Q    That was the question that
9  Mr. Slater gave to you when he framed
10 your question to you; correct?
11           MR. SLATER: Objection. You
12    can answer.
13    A    That's perhaps a little bit
14 more narrow than everything I've looked
15 at.
16    Q    Right.
17           But you start your report by
18 saying the question of whether -- and I
19 won't repeat it again. That was the
20 question that Mr. Slater told you, was
21 the question for you to start with;
22 correct?
23           MR. SLATER: Objection. You
24    can answer.
25    A    That was certainly the main

Page 23

1  issue. I don't know if that encompasses
2  every aspect.
3     Q    And that question was
4  presented to you by Mr. Slater; correct?
5     A    Yes.
6            THE VIDEOGRAPHER: We are
7     now off the record. The time is
8     9:38 a.m. Eastern Time.
9            (A short recess was taken.)
10           THE VIDEOGRAPHER: We are
11    back on the record. The time is
12    9:43 a.m. Eastern Time.
13    Q    It sounds like in terms of
14 the other plaintiffs' expert witnesses,
15 you did not read their reports; correct?
16    A    I did not.
17    Q    You're aware the existence
18 of some of the other plaintiffs' experts;
19 correct?
20    A    Correct.
21    Q    You don't know anything
22 about Dr. Panigrahi, who's also a
23 pathologist; correct?
24    A    No.
25    Q    Never heard of him; correct?

Page 24

1     A    No.
2     Q    You don't know anything
3  about his credentials; correct?
4     A    Correct.
5     Q    I turned to the defense
6  experts, and I said there were nine
7  defense experts, and I think you
8  confirmed that you received
9  Dr. Catenacci's, the oncologist, report?
10    A    Correct.
11    Q    And you said that you read
12 the last part of that report?
13    A    Correct.
14           MR. SLATER: Objection.
15    Those are of a much broader
16    conversation.
17    Q    When did you receive that
18 report?
19    A    About roughly five days ago.
20    Q    And in terms of volume you
21 received, just that one, you don't know?
22    A    That's right.
23    Q    Did you ask for specific
24 ones or were you just given that one?
25    A    I didn't ask for specific

Page 25

1  ones. I think I asked Adam if there are
2  any that were relevant that were talking
3  about the same papers, given that I had
4  very limited time. There wasn't much
5  time between then and now. If there were
6  any he thought I should read, I would be
7  happy to do so.
8     Q    He sent you back the
9  Catenacci, the oncology defense expert
10 report?
11    A    Correct.
12    Q    Are you aware of who the
13 other eight are?
14    A    I am not.
15    Q    Were any of them mentioned
16 to you?
17    A    No.
18    Q    Do you know who, for
19 example, Dr. Chodosh is, a cancer
20 biologist?
21    A    No.
22    Q    What about Dr. Gibb, an
23 epidemiologist?
24    A    No.
25    Q    Do you know Dr. Johnson, a

7 (Pages 22 - 25)

Page 26

1 toxicologist who came out with a recent
2 article on NDMA and NDEA?
3    A    No.
4    Q    Never heard of him?
5    A    Not that I recall.
6    Q    Did you read his article?
7    A    We'd have to check the list.
8    Q    Sitting here right now, do
9 you have any recollection of reading
10 Dr. Johnson's recent article that came
11 out in 2021?
12    A    I might recall the article.
13 I don't recall the name. I'd have to see
14 what article we're talking about.
15    Q    And, again, to date, sitting
16 here, you don't have any other expert
17 reports on the defense, other than
18 Dr. Catenacci, to your knowledge?
19    A    Correct.
20    Q    In terms of the materials in
21 this case, and we'll get into some more
22 of this as we go -- you provided to us --
23 let me start with this, your expert
24 witness report, which we have marked as
25 Exhibit 1 already. It has attached to it

Page 27

1 a list of the references cited. And it
2 goes from pages 34 to 37.
3         Is it fair to say that at
4 the time you issued your report, which is
5 Exhibit 1, these were the materials you
6 considered?
7    A    Yes.
8    Q    And either things that are
9 referenced in the expert report or on
10 that list; correct?
11         MR. SLATER: Objection.
12    A    Everything on this list is
13 referenced in the report.
14    Q    Got it.
15         And we received over the
16 last couple of days some supplemental
17 lists which we'll mark at some point
18 today. And some of that I think is
19 contained in here.
20         But is it fair to say that
21 everything -- again, in terms of issuing
22 your opinions on July 6th, which is the
23 date I think we agree it came out -- that
24 all encompasses Exhibit 1?
25         MR. SLATER: Objection. You

Page 28

1 can answer.
2    A    Well, it's a little bit of a
3 hard question to answer because as far as
4 specific issues related to causation,
5 then these are the materials I relied on.
6 But, of course, I didn't address this
7 question in a vacuum. I addressed it as
8 a doctor who's been to medical school and
9 has practiced for however many years, ten
10 years or so that I've been practicing.
11         So my thinking is shaped by
12 not just the specific articles cited
13 here, but my training and background and
14 experience. But as far as specific
15 reliances for this report, yes, they're
16 all included here with the exception of
17 the one that Chris should have provided
18 to you last night. There was one article
19 I got my citation mixed up. And I
20 thought I was referencing two articles by
21 the same person, published in the same
22 year. So one reference is missing.
23    Q    Understood. And I think you
24 have that here. But let me ask it this
25 way.

Page 29

1         I understand that your
2 background, training and experience and
3 all of that informs your opinions;
4 correct?
5    A    Correct.
6    Q    That's the point you're
7 making; right?
8         MR. SLATER: Objection. You
9 can answer the question.
10    A    Yes.
11    Q    But in terms of specific
12 references and materials reviewed, that's
13 what's attached in the references that I
14 just referred to, to your report;
15 correct?
16         MR. SLATER: Objection. You
17 can answer again.
18 Mischaracterization of testimony.
19    Q    References cited, pages 34
20 to 37, those are the references you gave
21 in your report; correct?
22         MR. SLATER: Objection.
23 That's a continuation of a prior
24 inappropriate question. I object.
25 You can answer.

8 (Pages 26 - 29)

Page 30

1    A    Yes, with the addition of
2 the paper that we sent over last night.
3    Q    The one article that Chris
4 cited?
5    A    Yes.
6    Q    Let me give you the exact
7 names so I have it here. Let's see.
8 Mr. Geddis said first citation, 36, on
9 page 16 should be Jakszyn P Gonzalez, CA,
10 the nitrosamines article.
11    A    Correct.
12    Q    That's the document I'm
13 talking about.
14    A    Yes.
15    Q    With that substitution, this
16 reference list is what you had at the
17 time to formulate your opinions; correct?
18    A    Yes.
19        MS. COHEN: I want to mark
20 his curriculum vitae. It's
21 unfortunately not marked.
22        (The above-referred-to
23    document was marked as Exhibit 3 for
24    identification, as of this date.)
25    Q    Let me hand that to you.

Page 31

1    A    Okay.
2    Q    Just confirm if that's your
3 curriculum vitae.
4        MR. SLATER: This is now
5    Exhibit 2?
6        MS. COHEN: Exhibit 3.
7    A    It appears to be current up
8 until the 5th of April.
9    Q    And I have a quick question
10 about this. I know your curriculum vitae
11 from the Benicar litigation obviously was
12 different. It's an earlier time, back in
13 2016.
14        Do you have a different
15 curriculum vitae for different purposes
16 or is this your current curriculum vitae
17 for all purposes?
18    A    This is my curriculum vitae
19 for all purposes.
20    Q    And so the one that was used
21 in Benicar is just an updated, is what
22 you're saying?
23    A    I don't know what the CV for
24 Benicar was. But Columbia University has
25 a very precise format for promotion. And

Page 32

1 when I was preparing for a promotion a
2 couple of years ago, two and a half years
3 ago, I had to make a CV that conformed
4 exactly to the Columbia format. And
5 since then, I've only used this document
6 which conforms with the Columbia format.
7    Q    What promotion are you
8 talking about? Are you talking about
9 from assistant professor of pathology to
10 associate professor of pathology?
11    A    Precisely.
12        MS. COHEN: I'm going to
13    have the Benicar marked as well and
14    the attached curriculum vitae while
15    we talk about this. And that one is
16    attached there. So we'll mark it as
17    Exhibit 4.
18    A    Okay.
19        (The above-referred-to
20    document was marked as Exhibit 4 for
21    identification, as of this date.)
22    Q    And what you're saying is,
23 it was in a different format when you
24 were an assistant professor?
25        MR. SLATER: Objection.

Page 33

1    You're saying what he just said.
2    Q    It was a different format of
3 your curriculum vitae?
4        MR. SLATER: I don't
5    understand what the question is. Can
6    you literally just walk me through
7    the CVs?
8        MS. COHEN: Adam --
9        MR. SLATER: It's a
10    confusing question.
11        MS. COHEN: Adam, you don't
12    have to talk. No speaking
13    objections. It's a very simple
14    question.
15    Q    Again, you had a very
16 different curriculum vitae style and
17 approach back in the Benicar litigation.
18        And I think you attribute
19 that to going from assistant to
20 associate; is that correct?
21        MR. SLATER: Objection to
22    the form of the question. You can
23    answer.
24    A    Well, before I went for a
25 promotion, I had a CV format that I

9 (Pages 30 - 33)

Page 34

1 probably got from a Microsoft Word
2 template. And then when I decided to go
3 for a promotion or was invited to go for
4 a promotion, I had to put all the data in
5 the Columbia format which is what you
6 have before you.
7    Q    And that was because you
8 went from assistant to associate?
9    A    Yes.
10    Q    And that was in December of
11 2018; is that correct?
12    A    Sounds correct.
13    Q    That's because you went from
14 assistant to associate professor. And
15 was that in 2018?
16    A    Yes.
17    Q    Is there anything else in
18 terms of the content of the CVs that you
19 think would have been different?
20        MR. SLATER: Are you asking
21    him to state and compare them one by
22    one right now? Is that the question?
23        MS. COHEN: If you have an
24    objection, say objection. I'm asking
25    my questions.

Page 35

1        MR. SLATER: I'm asking you
2    to clarify. Do you want to clarify?
3    I object to the question.
4    Q    Is there anything else that
5 you know that's different between them?
6    A    Well, there are specific
7 things that Columbia requires in the
8 Columbia format. And there may be -- no
9 place for other things. And I might have
10 included it in a more informal CV. So I
11 can't be sure that everything
12 substantive -- I mean everything
13 important, should be the same. I don't
14 know if there are minor things that
15 either didn't get transferred or what
16 have you.
17    Q    Fair enough.
18        And other than, again, going
19 from assistant professor of pathology
20 with a specialty in anatomic pathology,
21 from assistant to associate in 2018, what
22 you do every day has been the same;
23 correct?
24        MR. SLATER: Objection.
25        THE COURT REPORTER: It's

Page 36

1 hard to hear.
2        MR. SLATER: I objected to
3    the form of the question.
4        THE COURT REPORTER: I'm
5    very uncomfortable continuing under
6    these circumstances. I'm sorry.
7        MS. COHEN: Maybe we'll just
8    bring him in here or bring him in the
9    hallway or something like that.
10    Let's take a break. We'll take a
11    break and do that.
12        THE VIDEOGRAPHER: We are
13    now off the record. The time is
14    9:57 a.m. Eastern Time.
15        (A short recess was taken.)
16        THE VIDEOGRAPHER: We are
17    back on the record. The time is
18    10:08 a.m. Eastern Time.
19    Q    So, Doctor, thank you for
20 being patient on all this.
21    A    Sure.
22    Q    And I just organized in
23 front of you so we have it all. We
24 have -- 1 is the report; 3 is the CV that
25 went with your report; 4 is the Benicar

Page 37

1 report. We're waiting on a copy of 2
2 which is the letter. And then I'm going
3 to mark as Exhibit 5, what was sent to us
4 last night by Mr. Geddis.
5        Just again for completeness
6 sake, is that the article you said you
7 needed to be -- I think you had the wrong
8 cite; is that right?
9    A    Yeah. Incorrect citation.
10    Q    So this article now is the
11 right one that goes with your reliance
12 list, if you will, reference list?
13    A    Yeah. The reference that's
14 in the -- that's in the report now is
15 also the reliance and reference. This
16 one was missing. So this adds to what's
17 here.
18    Q    I see what you're saying.
19    A    It only replaces in that one
20 specific sentence.
21    Q    And two, I'm going to hand
22 you this letter. That is the correct
23 one --
24        MR. SLATER: I think we're
25    all going to have to put our masks on

1    if we're not questioning.  I hate to
2    do this.  It's just too many people
3    in here.
4        Q    Again, this is Exhibit 2
5    which is the July 6th letter.  And I do
6    want to look at the last page of this.
7    And --
8            MR. SLATER:  Which exhibit
9    is this?
10           MS. COHEN:  Exhibit 2.
11           MR. SLATER:  I don't think I
12    have it.  I have no e-mail on my
13    computer.
14       Q    So you have that in front of
15    you.  It says that your rate is $600 per
16    hour, except for depositions and
17    courtroom testimony, which is $5,000 per
18    hour; is that correct?
19       A    That's what it says.  That
20    is not correct.
21       Q    That's not correct?
22       A    No.  That would be lovely.
23    But, no, $6,000 per day for deposition
24    and courtroom testimony.
25       Q    Do you know why it says

1    $5,000 an hour?
2        A    I could only presume it's a
3    typographical error.
4        Q    But it's $6,000 per day?
5        A    Yes.
6        Q    Not $5,000 per hour?
7        A    Correct.
8        Q    We'll put that aside for
9    now.  Now, one thing I want to ask you is
10    that -- well, let me ask.
11           In Dr. Chodosh's expert
12    report, I know you haven't seen this, he
13    says that the central question at this
14    stage of this litigation is whether
15    exposure to NDMA and/or NDEA at the doses
16    to which plaintiffs were potentially
17    exposed via ingestion of Valsartan and
18    within the time frame of which they were
19    potentially exposed could have caused the
20    types of cancer in human beings that are
21    claimed in this litigation.
22           You don't disagree that
23    that's a central question, do you?
24           MR. SLATER:  Objection for
25    multiple reasons.  You can answer.

1    A    Could you read it again,
2    please?
3        Q    Sure.
4        The central question of this
5    stage of the litigation is whether
6    exposure to NDMA and/or NDEA at the
7    dosage to which plaintiffs were
8    potentially exposed via ingestion of
9    Valsartan and within the time frame of
10    which they were potentially exposed could
11    have caused the types of cancer in human
12    beings that are claimed in this
13    litigation; in other words, and I'll ask,
14    adding in the doses and the time frames,
15    you agree those are significant features
16    of the question; right?
17           MR. SLATER:  Objection.  You
18    could answer.
19       A    I don't agree with
20    everything in that statement.
21       Q    Do you disagree that the
22    doses matter?
23           MR. SLATER:  Objection to
24    this entire line because it's built
25    on a false premise.  You can answer.

1    A    Understanding that there is
2    no safe dosage and that any exposure is
3    likely to increase risk of cancer, I
4    would -- from that baseline, I would
5    agree that bigger doses for longer
6    duration are worse than smaller doses for
7    shorter durations.  Likely, likely.
8        Q    You wouldn't have any
9    quarrel with an expert, whether on the
10    defense side or the plaintiffs' side,
11    that includes the issue of doses and the
12    issue of time frame in terms of looking
13    at this issue; correct?
14           MR. SLATER:  Objection.  You
15    could answer.
16       A    It's an extremely broad
17    proposition.  But in general, I think
18    looking at the dose and length of
19    exposure are both reasonable things to
20    consider.
21       Q    And should be considered
22    when looking at the issue of general
23    causation and cancer; correct?
24           MR. SLATER:  Objection.  You
25    could answer.

Page 42

1    A    Certainly, but with some
2 humility for what we don't know, insofar
3 as there is no safe baseline level of
4 NDMA.
5    Q    Your answer is those have to
6 be considered; true?
7        MR. SLATER: Objection. You
8    could answer.
9    A    Those are factors amongst
10 many which have to be considered.
11    Q    Now, just to make sure I
12 cover this, all of the information that
13 you've obtained in this litigation that
14 we have on the table list and that's
15 referenced, did all of that come through
16 Mr. Slater and his firm?
17        MR. SLATER: Objection. You
18    can answer.
19    Q    Putting aside your training
20 and experience, all of the references and
21 information came to you from Mr. Slater
22 and his law firm; correct?
23    A    Absolutely not.
24    Q    You pulled some of it
25 yourself?

Page 43

1    A    Almost everything.
2    Q    All the literature, you're
3 talking about in your reference list?
4        MR. SLATER: Objection. You
5    could answer.
6    A    I didn't keep a record of
7 what was -- what I found myself and what
8 was provided by Mr. Slater. But roughly
9 speaking, I would say 90-some-odd percent
10 of the studies, I found myself, and maybe
11 a few were sent by Mr. Slater. And, of
12 course, all the corporate documents and
13 deposition and stuff was provided by
14 Mr. Slater.
15    Q    All the depositions and
16 corporate documents all came through
17 Mr. Slater and his law firm, is what
18 you're saying?
19    A    Yeah.
20    Q    You would agree that you
21 have looked high and low and gathered the
22 information, and there is not a single
23 article, Peer Reviewed article that
24 proves that NDMA and NDEA are known
25 carcinogens in humans; correct?

Page 44

1        MR. SLATER: Objection. You
2    could answer.
3    A    Can you repeat the question?
4    Q    Sure.
5        I said you've looked high
6 and low, you've looked everywhere, you've
7 gathered your references, and there's not
8 a single article that establishes that
9 NDMA and NDEA are known carcinogens in
10 humans; correct?
11        MR. SLATER: Objection. You
12    can answer.
13    A    I totally disagree with
14 that.
15    Q    You have articles that prove
16 in laboratory animals; correct?
17        MR. SLATER: Objection. You
18    can answer.
19    A    I wasn't done answering the
20 question.
21    Q    Okay.
22    A    There are, as referenced in
23 my report, a number of Peer Reviewed and
24 scientific articles looking at dietary
25 NDMA exposure in humans, some of which

Page 45

1 include tens of thousands of patients
2 that do, in fact, show an association
3 between dietary NDMA exposure in cancer.
4 So that's one line of that.
5        As far as a single article,
6 there's nothing in the medical literature
7 that has definitively established by a
8 single article, by the weight of
9 evidence, the totality of the evidence.
10 So looking at those dietary NDMA
11 articles, my opinion to a reasonable
12 degree of medical certainty is that NDMA
13 ingestion is clearly associated with
14 human carcinogenesis.
15    Q    So you rely on the dietary
16 articles in your report for an
17 association; correct?
18    A    Amongst others.
19    Q    You cannot point us to any
20 single Peer Review article that
21 establishes causation in terms of human
22 carcinogens with NDMA and NDEA; correct?
23        MR. SLATER: Objection. You
24    can answer.
25    A    It's a large question. It's

12 (Pages 42 - 45)

Page 46

1 hard to drill down to one -- to one, you
2 know, short answer. To some extent, I
3 could say that my -- my report deals
4 entirely with that question and concludes
5 that does, in fact, cause human cancer.
6         However, to try to answer
7 the question, other than just saying read
8 my report, we know the mechanisms by
9 which NDMA causes cancer. It's stated by
10 WHO and IARC that metabolism in
11 experimental models, meaning animals and
12 humans, is likely to be the same. And
13 IARC concludes that NDMA is a probable
14 human carcinogen.
15         And I agree with IARC's
16 assessment based on both epidemiologic
17 studies as they relate to diet, early
18 indications about contaminated Valsartan
19 itself and knowing the mechanism by which
20 NDMA is a potent mutagenic compound.
21   Q    Do you know the difference
22 between association and causation?
23   A    I do.
24   Q    And are you familiar with
25 that from -- let me strike that.

Page 47

1         I want to go back to my
2 question which is, you could not point us
3 to any single Peer Review article that
4 establishes causation in terms of human
5 carcinogens with NDMA and NDEA. And you
6 point to, again, the dietary studies,
7 your report, which we'll go through in
8 great depth.
9         Can you point to any single
10 Peer Review article that causes
11 causation?
12         MR. SLATER: Objection. You
13   could answer the question.
14   A    As far as a single article,
15 I think it's an unrealistic -- it's not
16 the way that medical research is
17 evaluated. You don't just look for one
18 article that definitively proves
19 causation. The way to do that would be
20 to do a double blind randomized placebo
21 controlled trial, wherein one group of
22 people who is exactly the same as another
23 group of people get fed massive doses of
24 NDMA. And then you see how many cancers
25 they get. And such a thing would be

Page 48

1 wildly unethical.
2         So we have to infer
3 causation by applying the criteria -- I
4 chose to use Bradford Hill's criteria,
5 although there are other ways of
6 distinguishing between association and
7 causation. I chose Bradford hill. I
8 looked at the totality of the evidence.
9 And my opinion has landed in the same
10 place with WHO and IARC and FDA.
11   Q    We're going to go through
12 all of the articles and your report. I'm
13 just asking you, can you cite -- I'm not
14 saying you can only look at one article.
15         Can you cite to us any
16 article that establishes a Peer Review
17 process, causation as a human carcinogen
18 for NDMA and NDEA?
19         MR. SLATER: Objection. You
20   can answer.
21   Q    You would have it in your
22 report if you could find it; right?
23         MR. SLATER: Objection. You
24   can answer.
25   Q    True?

Page 49

1         MR. SLATER: Objection. You
2   can answer.
3   A    I'm sorry. I think that's
4 three things. I'm asking still about the
5 first. What is the question?
6   Q    Can you cite to us any
7 article, Peer Review literature that
8 establishes NDMA, NDEA as a human
9 carcinogen?
10         MR. SLATER: Objection. You
11   can answer.
12   A    Well, consensus statements
13 by IARC, WHO, FDA, EMA.
14   Q    So the answer's no, no
15 article that you can cite to?
16         MR. SLATER: Objection.
17   A    I think I just said, or
18 publications.
19   Q    I'm asking about Peer Review
20 literature.
21   A    Those are Peer Review.
22 Well, IARC, WHO are Peer Review.
23   Q    We'll circle back to that.
24         You're here as a scientist;
25 correct?

Page 50

1    MR. SLATER: Objection. You
2  can answer.
3    A    I'm here as a physician,
4  medical scientist, yes.
5    Q    You're not here as an
6  advocate; correct?
7    A    No.
8    Q    And you're not leaning
9  towards one side or the other as you look
10  at this case?
11    A    Well, I've drawn
12  conclusions. I mean I have an opinion.
13    Q    Before you got started, had
14  you ever looked at the issue of NDMA and
15  NDEA as a contaminant or impurity of
16  Valsartan and carcinogen? Have you ever
17  looked at that issue in any capacity
18  outside of this case?
19    A    I think, yeah. I must have
20  seen it. It was in the news. I'm sure I
21  looked at it to some extent.
22    Q    You first got involved in
23  this case by the invoices, I think in
24  late 2020; correct?
25    A    If that's what the invoices

Page 51

1  say, that sounds correct.
2    Q    You started off with an
3  hour-long meeting with Mr. Slater;
4  correct?
5    A    Sounds correct.
6    Q    He gave you the question
7  that is from the plaintiffs' perspective,
8  whether ingestion of NDMA and NDEA as a
9  contaminant or impurity of Valsartan can
10  cause cancer in humans; correct?
11    A    I don't remember the details
12  of what we spoke about. I mean I'm sure
13  we spoke about the case in general.
14    Q    He gave you your assignment;
15  correct?
16    MR. SLATER: Objection.
17    A    He asked me to look at the
18  issue.
19    Q    At that issue; right? That
20  question; correct?
21    MR. SLATER: Objection. You
22  can answer.
23    A    He asked me to look at the
24  issue of whether NDMA ingestion can cause
25  cancer in humans.

Page 52

1    Q    You had never studied that
2  in any capacity prior to your meeting
3  with Mr. Slater; correct?
4    A    Whether NDMA causes cancer?
5    Q    Yes.
6    A    I probably had looked at it
7  before.
8    Q    Can you tell me where?
9    MR. SLATER: I'm going to
10  direct you only to answer to the
11  extent that you are not bound by any
12  confidentiality outside of this case.
13    Q    Let me ask it this way. I'm
14  not asking about anything that's
15  confidential.
16    In your role as a clinician,
17  an M.D., did you ever look at this issue
18  before you sat down with Mr. Slater?
19    MR. SLATER: Objection to
20  the term "this issue." You can
21  answer.
22    MS. COHEN: This issue of
23  NDMA and NDEA and relationship with
24  cancer.
25    Q    Did you ever in any capacity

Page 53

1  in your real world life outside of expert
2  witness work look at this issue?
3    A    You know, there have been
4  times when this has come up in the late
5  press. And so I have, you know, looked
6  to some extent at this issue. But as
7  part of my practice of medicine, no.
8    Q    As a scientist or clinician
9  or M.D., you had never looked at this
10  issue; correct?
11    MR. SLATER: Objection. You
12  can answer.
13    A    Not that I recall.
14    Q    And so all of your
15  knowledge, education, experience is
16  derived in litigation in terms of the
17  seminal question at issue in this case;
18  true?
19    MR. SLATER: Objection. You
20  can answer.
21    A    To a large extent, this
22  question is about carcinogenesis and
23  carcinogenicity. And I am an anatomic
24  pathologist with a lot of experience
25  diagnosing cancers, staging cancer. So I

14 (Pages 50 - 53)

Page 54

1 am an expert on cancer.
2        So that, I think, is
3 probably why Mr. Slater contacted me.
4 But as for the sort of ways in which
5 cancer's developed, I know very well, I
6 understand very well the role of NDMA.
7 Precisely in cancer causation, I learned
8 largely by doing research for this
9 litigation.
10    Q    We'll unpack that statement.
11 I'm going to ask a straightforward
12 question, though.
13        In terms of this question,
14 whether ingestion of NDMA and NDEA as a
15 contaminant or impurity of Valsartan can
16 cause cancer in humans, that question,
17 all of your knowledge, research came in
18 litigation; correct?
19        MR. SLATER: Objection. You
20    can answer.
21    A    Well, before this started, I
22 certainly knew that NDMA was a potent
23 laboratory carcinogen for animals. As
24 far as how carcinogenic it was or was not
25 for humans, I don't recall having looked

Page 55

1 at that literature in detail before the
2 litigation.
3    Q    And it's not an issue that's
4 come up in your clinical practice; true?
5    A    True.
6    Q    And, in fact, let's go
7 into -- we've talked a little bit about
8 your expert witness work, your legal
9 work. Let me ask you one more question
10 before I move on.
11        Have you ever consulted
12 with -- on the issue of NDMA and NDEA
13 with anyone other than Mr. Slater?
14        MR. SLATER: You can answer
15    the question with a yes or no. But
16    if you consulted in the capacity that
17    was not disclosed with anybody else,
18    then you won't be allowed to give any
19    of those details. But you can say
20    yes or no to that first question.
21        THE WITNESS: Okay.
22    A    Yes.
23    Q    Other plaintiffs' attorneys?
24        MR. SLATER: Don't answer
25    the question. I'm happy to talk

Page 56

1 about this. But there's probably
2 people that would assert objections
3 to him answering those questions.
4 And I'm not involved with that.
5        MS. COHEN: Let's talk on a
6    break.
7        MR. SLATER: So I'm not -- I
8    don't think he should answer that
9    question.
10    Q    Well, let me ask the
11 question.
12        Have you consulted with the
13 defense at any point in time on NDMA and
14 NDEA?
15        MR. SLATER: Isn't that the
16    flip side to the same question?
17        MS. COHEN: I'm phrasing the
18    question. If he doesn't answer,
19    we'll have it on the record.
20        MR. SLATER: Why don't you
21    come back to this. And I'll talk to
22    you. I'm telling you it's a question
23    that he can't answer. It's the flip
24    side of the other question. I'm
25    happy to talk to you about it during

Page 57

1 a break.
2        MS. COHEN: Okay.
3    Q    And you made a comment a
4 minute ago about this is why
5 Mr. Slater -- why you thought Mr. Slater
6 called you.
7        The reason he called you is
8 because you and he had worked together
9 before; correct?
10        MR. SLATER: Objection. You
11    can answer.
12    A    I would expect and hope that
13 the reason he called me is because he
14 knows that I am an expert on cancer
15 development and that I would give a
16 thorough and fair evaluation of the
17 literature.
18    Q    We know you worked for
19 Mr. Slater and his firm on Benicar, that
20 you did a report in 2016, and that you
21 did a deposition in 2017; correct?
22    A    Yes.
23    Q    And you and he had worked on
24 some cases before that too; is that
25 right?

15 (Pages 54 - 57)

Page 58

1    A    No.
2    Q    Had you worked on another
3 case with him at any point in time?
4    A    Not that I recall.
5    Q    Just Benicar, is what you're
6 saying?
7    A    Yes.
8    Q    I think in the deposition,
9 there was reference to another case.  But
10 I think that was part of Benicar cases,
11 perhaps.
12         MR. SLATER:  Objection.  Do
13    you want to tell us what you're
14    specifically referring to?
15    Q    Did you do work with
16 Mr. Slater on anything that was not
17 Benicar-related at any point in time?
18    A    No.  We worked on -- there
19 were several Benicar cases.
20    Q    And you're saying other
21 than -- after Benicar, this is the next
22 involvement you had with Mr. Slater and
23 his law firm?
24    A    Yes.
25    Q    This being Valsartan?

Page 59

1    A    Correct.
2    Q    And the question of NDMA and
3 NDEA; correct?
4    A    Yes.
5    Q    When we look at your Web
6 site, the Columbia Web site, you're
7 listed as -- I want to move to your
8 medical-clinical practice as opposed to
9 your legal work for just a moment.
10        (The above-referred-to
11    document was marked as Exhibit 5 for
12    identification, as of this date.)
13    Q    I'll give you Exhibit 5.
14        Do you recognize this as
15 part of your Columbia Web site?
16    A    Yes.  Looks correct.
17    Q    And what is listed as your
18 specialties:  Pathology-anatomic,
19 gastrointestinal pathology; correct?
20    A    Yes.
21    Q    And that's consistent with
22 how you hold yourself out in terms of
23 your specialty; correct?
24        MR. SLATER:  Objection.  You
25    can answer.

Page 60

1    A    I'm a surgical pathologist
2 or an anatomic pathologist.
3    Q    Well, there's a difference
4 between them, aren't there?
5    A    Between anatomic pathology
6 and surgical pathology?
7    Q    Yes.
8    A    Surgical pathology is a
9 subcategory of anatomic pathology.
10    Q    Let's move a couple of pages
11 in -- one, two, three pages in on that,
12 Exhibit 5.  This also says -- again, more
13 description about what you do and who you
14 are -- "I am a surgical pathologist with
15 sub-specialty expertise in GI and liver
16 pathology"; correct?
17    A    Correct.
18    Q    And that's accurate; right?
19    A    It is.
20    Q    And what that means is that
21 you primarily study
22 tissues --correct?-- and samples and
23 specimens removed from patients; correct?
24        MR. SLATER:  Objection.  You
25    can answer.

Page 61

1    A    Yeah.  We look at everything
2 from -- well, we look at everything from
3 clinical history of a patient to the
4 gross organ that's removed.  That has to
5 be removed from the patient in surgery.
6 We look for important parts -- if it's a
7 cancer case, we look at a tumor, we make
8 slices of that, turn that into slides,
9 which we stain, and look at glass slides
10 under a microscope, make diagnoses, stage
11 cancers.
12    Q    But in terms of how you
13 spend your time as a clinician, first of
14 all, I guess, you said in your report or
15 your deposition that 75 percent of your
16 time is on clinical commitment and
17 reviews of specimen; correct?
18    A    Yes.
19    Q    And that means again as an
20 anatomic or surgical pathologist;
21 correct?
22    A    Correct.
23    Q    You're not a
24 cytopathologist; correct?
25    A    Correct.

16 (Pages 58 - 61)

Page 62

1    Q      You're not a forensic
2  pathologist; correct?
3    A      I do perform autopsies, but
4  medical autopsies which are different
5  than forensic autopsies.
6    Q      I think I read in your 2019
7  deposition that you hadn't done any full
8  autopsies for two years at that point
9  which would have been 2017.
10        Has that changed at all?
11    A      Yes.  I did autopsies during
12 COVID.
13    Q      And is that because of need?
14    A      Yes.
15    Q      But you don't hold yourself
16 out as a forensic pathologist; correct?
17        MR. SLATER:  Objection.  You
18    can answer.
19    A      Not a forensic pathologist
20 in the sense of going to crime scenes and
21 investigating, no.  Medical autopsies, I
22 am fully capable of performing.
23    Q      For a while, you hadn't been
24 doing them?
25    A      Right.

Page 63

1    Q      How many years was that?
2    A      I did them for a few years.
3  I stopped doing them for a few years.  I
4  went back to them last year.  I stopped
5  again now.  So I didn't keep careful
6  track of it.
7    Q      And you're not a molecular
8  pathologist; you don't specialize in DNA
9  and RNA sequencing; correct?
10        MR. SLATER:  Objection.  You
11    can answer.
12    A      Molecular pathology has
13 become really a very integral part of
14 being an anatomic and surgical
15 pathologist.  So I do have a very good
16 working knowledge of molecular pathology.
17 And I'm not versed in it in any way.
18 Mainly, though, in interpreting results,
19 I could not run the machine per se to do
20 it.
21    Q      You don't hold yourself
22 out -- that's not one of the things you
23 put on your CV or on your Web site that
24 you're a molecular pathologist; correct?
25        MR. SLATER:  Objection.  You

Page 64

1    can answer.
2    A      I'm a codirector of a
3  committee that actually comes up with
4  molecular testing protocols.  So I
5  interface between the surgical pathology
6  division and the molecular pathology
7  division to come up with optimal testing
8  protocols.
9        So if someone has a colon
10 cancer diagnosed at Columbia, they get a
11 number of ancillary tests, both within
12 the molecular lab and with anatomic
13 pathology.  And I'm the codirector of the
14 committee that decides what those best
15 tests are.
16    Q      If we look at your
17 curriculum vitae, either Version 1 from
18 Benicar, Version 2 from Valsartan, we
19 don't see anything calling yourself a
20 molecular pathologist; correct?
21    A      I mean the administrative
22 role I just described is on it.  But, no,
23 a molecular pathologist is someone who
24 can run the machines.  I can't run the
25 machines.  But I am going to say -- and

Page 65

1  I'll defend this -- that I can certainly
2  interpret molecular results very well.
3    Q      I went through all the Web
4  sites that I could find online that
5  describe you.  And they all list you as
6  an anatomic pathologist.
7        You don't disagree with
8  that, do you?
9        MR. SLATER:  Objection.  You
10    can answer.
11    A      No.  I'm an anatomic
12 pathologist.
13    Q      That's how you hold yourself
14 out to the world; correct?
15    A      Yes.
16    Q      Anatomic pathology again
17 primarily consists of tissue evaluation
18 from individual cells, finding the
19 lacerations, evaluations of specimens and
20 tissues; correct?
21        MR. SLATER:  Objection.  You
22    could answer again.  We just went
23    through this for ten minutes.
24    A      So anatomic pathology is the
25 study of disease in organs and cells.

17 (Pages 62 - 65)

Page 66

1 And so that is what I do. I look at
2 gross organs. I may look at a whole body
3 in the case of an autopsy. I may look at
4 cells. I may do ancillary tests to look
5 at subcellular structures. Any of that
6 would be part and parcel of my daily
7 practice.
8    Q    And, again, 75 percent of
9 your time is on this anatomic pathology
10 clinical commitment and review of
11 specimen, I think is how it was
12 described. Does that sound right?
13         MR. SLATER: Objection. You
14    can answer.
15    A    Yeah. Actually, a lot of
16 that also entails teaching. If I have a
17 resident or a fellow assigned to me while
18 I'm doing that work, I'm also teaching.
19    Q    I'll tell you in a recent
20 trial transcript, Mathews versus Puente
21 case in the Bronx, that was in 2019,
22 nothing has changed about your practice
23 since 2019; correct?
24         MR. SLATER: Objection. You
25    could answer.

Page 67

1    A    It's generally the same,
2 yeah.
3    Q    And what you said there --
4 and I could show you if you want me to
5 get out the transcript --
6         MR. SLATER: Let's do that.
7         MS. COHEN: That's fine.
8    We'll give you a copy of this. We'll
9    mark that as Exhibit 6.
10        (The above-referred-to
11    document was marked as Exhibit 6 for
12    identification, as of this date.)
13        MR. SLATER: What page of
14    Exhibit 6?
15    Q    Do you recall giving this
16 testimony in the Bronx court?
17    A    I do.
18    Q    And you recall turning to
19 the jury giving this testimony about what
20 you did, what you do?
21    A    What page are we looking at?
22    Q    Page 5.
23        This is where you're in the
24 medical malpractice case as an expert for
25 the defense, I believe; correct?

Page 68

1    A    Expert for the defense,
2 correct.
3    Q    And what you said is, "I'm
4 an anatomic -- on line 5, page 5 --
5 pathologist. What that means, I think
6 perhaps you have heard something about
7 that work before, so I won't go into too
8 much depth. But different than an MD who
9 deal entirely with autopsies, a hospital
10 based anatomic pathologist looks at
11 basically any tissue that can be removed
12 from a person and analyzes it under a
13 microscope"; correct? You said that?
14    A    I think that's probably a
15 typo. I probably said "different than an
16 ME," medical examiner.
17    Q    It goes on and says, "If
18 you've ever had a biopsy or a surgery,
19 anything like that, that goes to an
20 anatomic pathology lab and someone like
21 myself will look at it under a microscope
22 and make a diagnosis as to whether
23 something is benign, malignant, inflamed,
24 normal."
25    A    Okay.

Page 69

1    Q    And then you also describe
2 how -- well, it goes on to -- that's your
3 description to the jury in 2019 in the
4 Bronx about what you do as an anatomic
5 pathologist; correct?
6         MR. SLATER: Objection. You
7    can answer.
8    A    That's what I said at the
9 time. My understanding is that the
10 practice of pathology had been discussed
11 with the jury before. I believe I was
12 under that impression. So I gave sort of
13 a general and high-level view of what an
14 anatomic pathologist does. I could talk
15 for an hour about the details, if we want
16 to. But this is what I said.
17    Q    You're under oath; correct?
18    A    Yes.
19    Q    You swore to tell the truth;
20 correct?
21    A    Yes.
22    Q    And you did tell the truth;
23 correct?
24    A    Oh, yes, that's true.
25    Q    You're a board-certified

18 (Pages 66 - 69)

Page 70

1 anatomic pathologist; correct?
2    A    I am.
3    Q    Also, in terms of patients
4 as I understand it from looking at prior
5 testimony of yours, you sort of team up
6 with the doctor who follows the patient
7 and sees the patient; in fact, as a
8 gastroenterologist in the Benicar
9 litigation, for example.
10        So there's another doctor
11 that teams up with you who provides the
12 clinical part; correct?
13        MR. SLATER:  Objection.
14    Mischaracterization.  You can answer.
15    A    Well, the way it works is, a
16 pathologist doesn't ever procure or
17 almost never -- I never procure my own
18 specimen.  So anytime that I'm looking at
19 a biopsy or a surgical resection, it's
20 either a surgeon or gastroenterologist,
21 some other physician has collected that
22 sample.  And that other physician is the
23 one who has been seeing the patient,
24 talking with the patient and working on
25 them.

Page 71

1        So by the time I get the
2 sample, there's a care team.  And I'm
3 part of the care team, similar to the way
4 a radiologist, you know, doesn't go out
5 on to the street to pull them into the
6 MRI machines.  Another doctor refers
7 them.  So any patient that I see has, you
8 know, seen a different physician and is
9 working with another physician.
10    Q    I think that's a correct way
11 of looking at it.  Part of the team, your
12 role again as the anatomic or surgical
13 pathologist is to look at the tissues,
14 the specimens, you know, that kind of
15 thing; correct?
16    A    In the context of the
17 patient, it would be inappropriate to
18 just look it in a vacuum.  In most
19 instances, it's important to know the
20 clinical history of the patient,
21 presenting the symptoms and to synthesize
22 both patient's clinical background and
23 what I might see under a microscope.
24    Q    And, Dr. Lagana, what you do
25 is you prepare reports that again

Page 72

1 describe what you see under the
2 microscope as you said; correct?
3    A    That's the main way I
4 communicate my results.
5    Q    75 percent of your practices
6 are on that; correct?
7        MR. SLATER:  Objection.  You
8    can answer.
9    A    Or more.  Certainly, there
10 are times when a discussion is needed.
11 And that could be an e-mail to a
12 clinician or a phone call.
13    Q    25 percent of your work I
14 guess is split between teaching, research
15 and administrative tasks, maybe a little
16 bit of legal work?
17    A    Well, the legal work, I try
18 to keep on nights and weekends.  So my
19 official time is for the most part
20 clinical work, first and foremost;
21 administrative work, which has increased
22 over the years, and is continuing to
23 increase; teaching and research.
24    Q    In the clinical pocket,
25 again, you're part of a care team;

Page 73

1 correct?
2    A    Yes.
3    Q    You're official role is to
4 do the pathology report; correct?
5        MR. SLATER:  Objection.  You
6    can answer.
7    A    Yeah.
8    Q    When you see patients, it's
9 like one and done with your patients;
10 correct?
11        MR. SLATER:  Objection.  You
12    can answer.
13    A    Well, that I definitely
14 would not say is entirely correct, no.
15    Q    Largely correct?
16        MR. SLATER:  Objection.  You
17    can answer.
18    A    What do you mean by one and
19 done?
20    Q    Well, how often do you
21 follow patients from Point A to Point B
22 to Point C?  Aren't you doing your
23 pathology role where you get specimens
24 and not seeing patients?
25        MR. SLATER:  Objection.  You

19 (Pages 70 - 73)

Page 74

1    could answer.
2        A       So really depends on the
3    patient.  There are some patients, I've
4    seen their biopsies for years and years;
5    for example, we have an active
6    transplantation service at Columbia.  So
7    there are liver transplant patients who
8    I've probably seen 20 biopsies from over
9    the years, you know.  So I do know -- I
10   know their history very well.  I know
11   what they've had both clinically and
12   pathologically.
13       Q       It's just coincidental --
14           MR. SLATER:  I'm sorry.  He
15       was not done talking.  I don't think
16       you realize it.  But please don't
17       interrupt him.
18       Q       Were you finished?
19       A       I wasn't finished.
20           So the patients who require
21   frequent biopsies and especially the ones
22   who have GI or liver problems, I am quite
23   familiar with and do provide some
24   continuity of care in that regard.
25           Furthermore, there are a lot

Page 75

1    of times where I'll look at a biopsy or a
2    resection, and I'll feel the need to
3    check a prior specimen.  If we had a
4    prior biopsy, you know, I'll want to know
5    what was in that one.  So I'll go back,
6    and I'll look at that.
7            So it's not always a
8    one-and-done type of thing; you know,
9    there are certain times where it is one
10   and done if someone has reflux, a
11   gastroenterologist does an esophageal
12   biopsy that shows reflux-related
13   inflammation and nothing more advanced,
14   no other issue.  I probably would not
15   make a mental note of that or feel the
16   need to check something else about that.
17           So there are one-and-done
18   cases.  And there are cases where it's a
19   long -- I mean there are patients that
20   had been diagnosed and had biopsies for
21   ten years.
22       Q       The vast majority of the
23   time where you're doing your pathological
24   review, they're one and done; correct?
25           MR. SLATER:  Objection.

Page 76

1        A       That's the majority.  I
2    wouldn't say vast majority.
3        Q       And you team up with a
4    clinician who treats the patient, follows
5    the patient, discusses things with the
6    patient; correct?
7            MR. SLATER:  Objection to
8        the form.  And I'm going to just
9        state for the record, this is one of
10       the multiple areas where counsel has
11       continued to ask the same questions
12       in the same areas over and over again
13       which is not appropriate.  It's
14       contrary to the protocol in the
15       rulings in this case and is going to
16       have a significant impact on our
17       decision as to whether to file a
18       motion for a protective order at the
19       conclusion of seven hours on the
20       record by defense counsel.
21           MS. COHEN:  We're also going
22       to keep track of how many speaking
23       objections are made.  And we're going
24       to count those against the time as
25       well.  I'm entitled to ask my

Page 77

1    questions, and I will.  We'll call
2    the judge.
3        Q       You want to have the
4    question read back?
5        A       Please.
6            (The requested portion was
7        read back by the court reporter.)
8        A       Yeah.  For the most part,
9    that's true.  These days in the
10   electronic medical record era and people
11   having access to their reports, sometimes
12   they result themselves online.
13   Traditionally and the way it's supposed
14   to work is if a physician takes a biopsy
15   or does a surgery, that's the physician
16   who should be speaking with the patient
17   and relaying the results that they got
18   from the pathology report.
19       Q       And that's what I want to
20   ask you.
21           You're not actually
22   conveying diagnoses to the patients;
23   correct?
24       A       Well, as I said, now that
25   question has become much more complicated

20 (Pages 74 - 77)

Page 78

1 to answer than it would have been a
2 couple of years ago before the health
3 apps and that sort of thing. As of now,
4 actually, a lot of patients are getting
5 my report directly.
6    Q    You're talking about
7 communications, you and a patient
8 verbally, meeting, discussing, assessing;
9 that happens with a different doctor;
10 correct?
11    A    Almost always.
12    Q    You're not the one giving
13 cancer diagnosis to the patient; correct?
14    A    It depends what you mean by
15 giving.
16    Q    Let me fix that.
17        Other than your report,
18 which may have some commentary about the
19 findings, you're not conveying cancer
20 diagnosis in patients; correct?
21    A    Well, I would disagree
22 with -- I'm not sure I know exactly what
23 you mean. I would say that when I make a
24 decision of cancer, I have given the
25 diagnosis of cancer for that patient.

Page 79

1    Q    You're not in any way
2 verbally communicating or doing anything
3 outside of the report to convey cancer
4 diagnosis to the patient?
5    A    That I agree with, yes.
6    Q    You expect other doctors --
7 whether it be, again, surgeons or
8 gastroenterologists or other
9 specialties -- to utilize your report,
10 your findings and then go about meeting
11 with a patient and conveying that to the
12 patient; correct?
13        MR. SLATER: Objection. You
14    can answer.
15    A    The only issue I would take
16 with that statement is that often, it's
17 not a surgeon we're relying on. I could
18 be a gastroenterologist. It could be
19 many different members of the care team
20 that are going to be tasked with acting
21 on my report.
22        But I would expect that
23 whoever recorded the procedure that
24 resulted in the issuing of a report, that
25 physician is responsible for interfacing

Page 80

1 with the patient and putting in place the
2 proper care plan.
3    Q    Fair enough.
4        So sitting here today, you
5 cannot think of any time -- let me ask it
6 this way.
7        Sitting here today, you have
8 never made a diagnosis in any of your
9 reports that you've done as a pathologist
10 of an NDMA- or NDEA-induced cancer;
11 correct?
12        MR. SLATER: Objection. You
13    could answer.
14    A    I don't know.
15    Q    Have you ever used those
16 words in a report?
17    A    The etiology of a cancer
18 essentially never goes into a report. So
19 even if I diagnose a lung cancer, I don't
20 say lung adenocarcinoma-smoking-related.
21 It's just lung adenocarcinoma. So I
22 couldn't say whether any of the cancers
23 that I've diagnosed have been caused in
24 part or in whole by an NDMA or not.
25    Q    Super helpful. Thank you

Page 81

1 for saying that. Exactly my point.
2        You don't get into exactly
3 the genesis or cause of the cancer; you
4 just list the cancer in your report or
5 what you think is consistent with cancer;
6 correct?
7        MR. SLATER: Objection. You
8    can answer.
9    A    Can you ask the question
10 again?
11    Q    Yes. Again, I think you
12 said it.
13        You said in your reports,
14 you put down your findings, not the cause
15 of the findings or the genesis of the
16 findings; correct?
17        MR. SLATER: Objection. You
18    can answer.
19    A    I think there are two issues
20 that are getting a little bit conflated
21 here that I want to tease apart.
22        One is, as a pathologist,
23 I'm an expert on pathobiology and
24 pathophysiology. So knowing etiologies
25 of cancer is certainly part of my

21 (Pages 78 - 81)

Page 82

1 practice and part of the knowledge base
2 to be a good anatomic pathologist. In an
3 individual case, we usually do not
4 attempt to ascribe an etiology to an
5 individual biopsy sample.
6     Q     Let me ask it again.
7         So in your clinical practice
8 when you're preparing your reports,
9 putting down your diagnosis, you don't
10 include etiology is what you're saying;
11 correct?
12    A     I may think about the
13 etiology. I may know the etiology. But
14 I very rarely write an etiology in a
15 report.
16    Q     And, again, you have never
17 put in any report or any written
18 assessment, pharmaceutical
19 induced-cancer; correct?
20    A     I have never used the words
21 "pharmaceutical-induced cancer."
22    Q     Or NDMA or NDEA-induced
23 cancer; correct?
24    A     Those wouldn't be terms I
25 would put in a report.

Page 83

1     Q     And sitting here today, you
2 can't think of any time when you thought
3 that something was NDMA or NDEA-induced;
4 you can't come up in your mind of any
5 instance where you thought that was the
6 cause or genesis?
7     A     I think a patient's exposure
8 history to NDMA is not something that
9 would normally be provided to me. It's
10 not something that would typically enter
11 my thinking.
12    Q     That's exactly my point.
13        In your clinical practice,
14 you have never addressed or dealt with
15 the issue of NDEA or NDMA in terms of
16 that being the cause or origin of a
17 cancer; correct?
18        MR. SLATER: Objection. You
19 could answer.
20    Q     Or the etiology?
21        MR. SLATER: Objection. You
22 could answer.
23    A     Can you ask the question
24 again?
25    Q     Yes.

Page 84

1        Again, in terms of your
2 analysis or assessment of the specimens
3 you're looking at in any of the cancer
4 diagnosis you've made, you've never in
5 your mind thought, oh, NDEA or NDMA in
6 terms of the etiology?
7     A     Correct. In clinical
8 practice, in a busy clinical practice
9 day, that's probably not the sort of like
10 thinking that I would entertain.
11    Q     And in terms of the types of
12 cancers that you diagnose, I think you
13 said you diagnose liver cancer from time
14 to time, not diagnosing, you make
15 findings that are consistent with liver
16 cancer; correct?
17    A     That's a hair too fine to
18 split. I certainly diagnose many
19 cancers, including liver cancer. I'm a
20 subspecialist in GI and liver cancer. So
21 that means -- or a subspecialist in GI
22 and liver pathology, I should say. So I
23 frequently diagnose cancers of the
24 esophagus, stomach, small intestine,
25 colon, liver, pancreas and bile deducts.

Page 85

1 I also spend three months a year on a
2 general surgery pathology service which
3 exposes me to really almost any type of
4 cancer. But common ones that I see would
5 be breast cancers, lung cancers, cancers
6 of the thyroid gland or head and neck and
7 also prostate, bladder, kidney.
8     Q     What percentage of your time
9 of yours is on the surgical rotation?
10    A     It can vary a little bit.
11 Usually, it's about a quarter.
12    Q     Total time of the year?
13    A     Yeah.
14    Q     And let me ask this
15 question.
16        As a pathologist -- and I've
17 seen a lot of these reports pathologists
18 make -- when you have a suspicion of
19 cancer of whatever type it is, you don't
20 put down diagnosis of cancer; you put
21 down whatever the finding is consistent
22 with cancer; right?
23        MR. SLATER: Objection. You
24 could answer.
25    A     No, not necessarily.

22 (Pages 82 - 85)

Page 86

1    Q    You tell me.
2         What verbs do you use?  If
3    we were to have access to your reports on
4    your service and they were
5    cancer-related, what is the verb you use?
6    A    It depends what sort of
7    cancer that we're talking about.  But if
8    we're talking about, say, a colon cancer
9    and it was clearly a cancer, not I'm
10   concerned it's cancer, I know it's
11   cancer, then the diagnosis is invasive
12   adenocarcinoma, then I would give it a
13   degree of differentiation.  I would
14   comment on how deeply invasive it is.  So
15   that is very clear, a diagnosis of
16   cancer.
17   Q    But you're including --
18   again, the verbiage is talking about the
19   findings; correct?
20   A    Well, invasive
21   adenocarcinoma, adenocarcinoma is cancer.
22   That's just a technical way of saying
23   cancer.
24   Q    And, again, in terms of any
25   of the times that you are either

Page 87

1    suspicious of cancer or listing something
2    that is either a finding of cancer or as
3    you said adenocarcinoma, you never put
4    down etiologies in any of the reports;
5    correct?
6         MR. SLATER:  Objection.  You
7    could answer.
8    A    I wouldn't say never.  There
9    are some specific cancers where knowing
10   etiology is actually very important.
11   Q    Give me an example.
12   A    Sure.  So head and neck
13   cancer, for example, especially in the
14   oral cavity.  You can get head and neck
15   cancer in the oral cavity from two main
16   ways.  One is cigarette smoking.  The
17   other is Human Papilloma Virus infection.
18   And I can actually test for HPV
19   infection.  And it's important to know
20   whether an oral cancer is HPV-related or
21   not because the HPV ones respond very
22   well to radiation, whereas the smoking
23   and drinking ones don't.  So it's
24   standard of care for that cancer to say
25   whether it is or is not caused by HPV.

Page 88

1    Q    If you know about the HPV,
2    is what you're saying?
3    A    Well, we can test for it.
4    So testing for it is part of my job.
5    Q    So that would be an
6    endogenous etiology; correct?
7         MR. SLATER:  Objection.  You
8    can answer.
9    A    No.  It would not be
10   endogenous.  It would exogenous from
11   outside.  It's the virus.  That would be
12   the cause of the cancer.
13   Q    And the cigarette smoking,
14   if you're aware of that in the clinical
15   history, you might list that?  Do you
16   actually put that in your report?
17        MR. SLATER:  Objection.
18   A    No, I wouldn't.  I would
19   just include the results of HPV testing,
20   negative in that case.
21   Q    So that's an example of
22   where you might include an etiology if
23   you're aware of it from a specimen or a
24   test you conduct yourself?
25        MR. SLATER:  Objection.  You

Page 89

1    can answer.
2    Q    Correct?
3    A    Yeah, if I do the test
4    myself and if there is a clinical benefit
5    to including that data.
6    Q    But other than that --
7    again, I think you said you won't say
8    never -- but virtually at all times,
9    you're not including an etiology; true?
10   We looked at all your reports?
11        MR. SLATER:  Objection.  You
12   can answer.
13   A    Let me just think for a
14   second.  Yeah.  I would say in most
15   instances, I do not include an etiology
16   in a report, in most instances.
17   Q    And my question was, in
18   virtually all instances other than the
19   one example you came up with, you do not
20   include an etiology?  That's not your
21   job; correct?
22        MR. SLATER:  Objection.  You
23   can answer.
24   A    Well, in the liver cancer
25   world, we will often include an etiology

23 (Pages 86 - 89)

Page 90

1 of the chronic liver cancers, almost
2 always caused by chronic liver disease,
3 be that chronic Hepatitis C, B or
4 alcoholic hepatitis. So we'll almost
5 always include what the background liver
6 disease is. I wouldn't necessarily say
7 hepatocellular carcinoma due to chronic
8 Hepatitis C virus. But I would say
9 hepatocellular carcinoma, moderately
10 differentiated, period; new line, chronic
11 Hepatitis C stage, whatever, et cetera.
12 So a lot of my liver cancers do have an
13 etiology embedded in them.
14     Q     Yet, never, have you listed
15 a drug or toxicity or impurity as an
16 etiology; true?
17         MR. SLATER: Objection. You
18     can answer.
19     A     I've diagnosed many
20 drug-induced injuries in people. As I
21 sit here today, I don't recall making a
22 diagnosis of a drug-induced cancer or a
23 saying, claiming that some cancer was
24 specifically drug-induced.
25     Q     And, again, in terms of

Page 91

1 treatment -- well, let me ask this.
2         The phrase "clinical
3 pathologic" or "clinical pathology"
4 refers to what you're talking about where
5 it's you and a team of other specialists
6 who are the clinicians following the
7 patient who team up; correct?
8         MR. SLATER: Objection. You
9     can answer.
10     A     The term "clinical
11 pathologic" correlation or "clinical
12 pathologic" diagnosis, what that really
13 is saying is that there are some
14 diagnoses that cannot be made in a vacuum
15 by a pathologist. And there are some
16 that can.
17         But, for example, I'm an
18 expert in celiac disease. And I can tell
19 you exactly what celiac disease in the
20 small intestine looks like. But there
21 happen to be a few celiac disease mimics.
22 So I might look at a specimen, and it
23 looks exactly like celiac disease. But a
24 patient actually is not sensitive to
25 gluten. They had a different problem

Page 92

1 that is causing the same histology. So
2 that celiac disease is always a clinical
3 pathologic correlation.
4     Contrary, cancer, if I
5 diagnose cancer, there's pretty much
6 nothing that the clinician can tell me
7 that would change my mind about that
8 being cancer.
9     Q     You're giving your opinion
10 about the findings in the specimen that
11 you look at; true?
12         MR. SLATER: Objection. You
13     can answer.
14     A     Well, I mean if I look at
15 the slide and it's a malignant cancer,
16 then that's what it is. And there's no
17 other explanation for it.
18     Q     That's what your opinions
19 derive from in your clinical practice,
20 the slides and the specimen; that's what
21 I'm saying; correct?
22         MR. SLATER: Objection. You
23     can answer.
24     A     I'd say that's very narrow.
25 And that's certainly not always the case.

Page 93

1 I think by what you said, there is a sort
2 of cutout of the whole clinical part. It
3 is not a pathologist's job to only do the
4 pathology in a vacuum and ignore the
5 clinical data. There are times when the
6 clinical data is more important than
7 others which is what I was sort of
8 getting at there.
9         And the pathologist usually
10 isn't the only one evaluating the
11 clinical data. But, you know, it is --
12 ultimately, if there's anything in the
13 patient's history that I need to know,
14 it's my job to know it.
15     Q     That's a very important part
16 of what you take into account then;
17 correct?
18         MR. SLATER: Objection. You
19     could answer.
20     A     The patient history?
21     Q     Yes.
22     A     Is important.
23     Q     Patient history, the patient
24 factors in terms of cancer; correct?
25         MR. SLATER: Objection. You

24 (Pages 90 - 93)

Page 94

1    can answer.
2    A    As far as diagnosis?
3    Q    Right.
4    A    Yes.
5    Q    And, in fact, one of the
6    things when we talked about differential
7    diagnosis, that's something that
8    obviously you're required to do in your
9    clinical practice; correct?
10        MR. SLATER: Objection. You
11   can answer.
12   A    Putting together a
13   differential diagnosis, a formal
14   differential diagnosis, I would include
15   it if I think there's doubt about the
16   diagnosis.
17   Q    So you have your report in
18   this case, Valsartan. I think it's been
19   marked as Exhibit 1 if you pull it up
20   there. We'll come back to the deposition
21   on some other points later. But you
22   could put that aside for now.
23        But if you look at
24   Exhibit 1, I want to just hone in on page
25   3 there. You're familiar with the word

Page 95

1    "methodology," of course; right?
2    A    Yes.
3    Q    That's something that you do
4    in all of your patients; correct?
5    A    Yes.
6        MR. SLATER: Objection.
7    A    I have a systematic way that
8    I approach cases, yes.
9    Q    And that's something that
10   you do in the few expert witness cases
11   you were involved in; you know the
12   importance of methodology too; correct?
13   A    Yes.
14   Q    In your last report,
15   Benicar, we had a report and a
16   deposition, one thing that was noted was
17   that you did not cover in any way, the
18   Bradford Hill methodology and
19   differential diagnosis in your report;
20   correct?
21        MR. SLATER: Objection. You
22   could answer.
23   Q    Do you recall that?
24   A    I recall that being an
25   issue, that I had not explicitly -- or a

Page 96

1    line of questioning anyway that I had not
2    explicitly referenced Bradford Hill.
3    Q    And Mr. Parker questioned
4    you about that in your deposition. Do
5    you recall that?
6    A    Vaguely.
7    Q    And Mr. Slater came back and
8    asked you more questions about that. Do
9    you recall that?
10   A    Yes. Vaguely.
11   Q    Did you ever receive or
12   become aware of a Daubert motion that was
13   filed? Do you understand what that is?
14   A    Not entirely.
15   Q    There was a motion filed to
16   exclude you as a witness.
17        Did you ever get a copy of
18   that?
19   A    No.
20   Q    Were you aware of that?
21   A    I may have been, yes. I
22   think I was aware.
23   Q    In this report in Valsartan,
24   you've included specific commentary about
25   Bradford Hill?

Page 97

1    A    Yes.
2    Q    And was that in response to
3    that Daubert motion? Do you know?
4    A    Well, the Bradford Hill
5    viewpoints are kind of standard
6    epidemiologic viewpoints that we cover
7    when we're in med school learning about
8    differences between causation and
9    association.
10        Now, I did not -- in the
11   Benicar report, I did not specifically
12   list them out. And that became an
13   argument. So for the purposes of not
14   getting into the same argument, I listed
15   them here. However, there are things I
16   would think about. Those are things that
17   I thought about in the Benicar litigation
18   before producing the report. And there
19   are things I think about anytime when
20   someone is talking about whether
21   something is in association or causative
22   relationship.
23   Q    So you are familiar with
24   methodology, differential diagnosis in
25   the context of your clinical practice, as

25 (Pages 94 - 97)

Page 98

1 well as expert work; correct?
2          MR. SLATER: Objection. You
3    could answer the question.
4     A    I'm aware that one should
5 have a method.
6     Q    Are you familiar with what
7 the other Daubert criteria are? Is that
8 legal stuff you don't fully appreciate?
9          MR. SLATER: Objection. You
10    could answer.
11    A    I don't know.
12    Q    One of the things you said
13 here on page 3 of your report is, "I am
14 basing everything stated herein on the
15 basis of the methodology that I apply in
16 my clinical and academic work."
17          Those were your words;
18 right?
19    A    Yes.
20    Q    One of the things -- I know
21 you just mentioned and we talked about
22 before -- is association and causation.
23 You agree -- and I'll read this quote --
24 "It's a foundational tenet of medical
25 science that an association does not

Page 99

1 equal causation."
2          You agree with that; right?
3          MR. SLATER: Objection. You
4    can answer.
5     A    Yes. Certainly, an
6 association is not definitive evidence of
7 a causation.
8     Q    And you said that before
9 under oath, haven't you?
10    A    I don't know. But I agree
11 with it.
12    Q    You agree with it.
13          So, again, here, Valsartan
14 report, you say you're going to use the
15 basis and methodology you apply in your
16 clinical work; correct?
17          MR. SLATER: Objection. You
18    can answer.
19    A    Yes. And I did. I
20 consulted Peer Review literature which is
21 what I do in clinical work.
22    Q    Let's look at the Benicar
23 report which we marked over there. And I
24 think it's that one right there.
25    A    Okay.

Page 100

1          MR. SLATER: Just give me a
2    second. Let me get to that. So now
3    we're deposing him on the Benicar
4    report?
5          MS. COHEN: Which exhibit is
6    that?
7     A    4.
8     Q    And you actually had a
9 section called Methodology and Literature
10 in the Benicar report. Do you see that
11 on page 2?
12    A    Okay.
13    Q    Are you with me on that?
14    A    I see it.
15    Q    What you -- I take it again,
16 your clinical methodology in 2017 is the
17 same as you have now; correct?
18    A    More or less, yeah.
19    Q    Nothing has changed about
20 that; correct?
21          MR. SLATER: Objection. You
22    can answer.
23    A    My clinical methodology?
24    Q    Yes. We go back to what you
25 said here. You said, the basis of the

Page 101

1 methodology --
2          MR. SLATER: Wait. I'm
3    sorry. Valsartan or Benicar?
4          MS. COHEN: I'm going back
5    to Valsartan, page 3 where it says,
6    "I'm basing everything stated herein
7    on the basis of methodology --
8          MR. SLATER: I'm sorry.
9    Where are you reading from?
10          MS. COHEN: Page 3 of the
11    Valsartan report.
12          MR. SLATER: Oh. You're in
13    the middle of the sentence.
14          MS. COHEN: Yes, which we
15    read before.
16    Q    "I'm basing everything
17 stated herein on the basis of the
18 methodology I apply in my clinical and
19 academic work."
20          We just read that; right?
21          MR. SLATER: Objection. Not
22    accurately read.
23    A    Could you read it again,
24 please?
25    Q    You could take a look. We

26 (Pages 98 - 101)

1 just read it before. It's the same
2 sentence. You don't disagree with that,
3 do you?
4         MR. SLATER: Objection.
5    Q    What you said there?
6    A    I agree with what I said
7 here.
8    Q    And then if we go back to
9 Benicar, because you had an actual
10 section there a little bit more robust,
11 if you will. So I want to ask you about
12 it.
13         What you said there is, "The
14 diagnostic approach I take to such cases
15 is standardized."
16         And that's what you said
17 again today; correct?
18         MR. SLATER: Objection. You
19    can answer.
20    A    We're talking about
21 different things here.
22    Q    Let me read this part.
23         MR. SLATER: Were you still
24    talking before counsel interrupted
25    you?

1         THE WITNESS: Yes.
2         MR. SLATER: You could
3    finish your answer.
4    A    Okay. The Benicar
5 litigation came with a number of actual
6 cases that I investigated at the time.
7 So what I'm describing at least just from
8 a quick overview here is how I would
9 approach a clinical case. So this is
10 not -- I'm sure at some point in getting
11 to review the literature, maybe.
12         But at least what I'm seeing
13 here on page 2 is if I received a biopsy
14 from a clinical case, this is the way I
15 would approach it which is the same way I
16 approached the clinical cases that came
17 to me through that litigation. In this
18 litigation, I haven't looked at any
19 specific cases.
20    Q    I think we agree with all
21 that.
22    A    Okay.
23    Q    So let me unpackage that.
24         In your clinical practice as
25 an anatomic pathologist or a surgical

1 pathologist, what you're doing is looking
2 at specimens; that's what you do; you
3 look at slides, specimens, perhaps some
4 bodies as you said, and that's how you
5 make your determination; correct?
6         MR. SLATER: Objection. You
7    can answer.
8    A    That is the practice of
9 surgical and anatomic pathology.
10    Q    That's your practice; that's
11 what you do; right?
12         MR. SLATER: Objection. You
13    could answer.
14    Q    Doctor?
15    A    Yes.
16    Q    And then when we get to in
17 Benicar in 2016 in your report -- or
18 2017, you said, "The diagnostic approach
19 I take to such cases is standardized, and
20 is the approach utilized in my clinical
21 practice, in connection with the studies
22 I have authored in the Peer-Reviewed
23 medical literature, and presentations
24 given at major professional meetings. I
25 start with the review of very basic,

1 clinical information (generally limited
2 to the presenting symptom; e.g.
3 diarrhea). I then begin my slide
4 review;" right?
5    A    Remains true.
6    Q    And that is how you do your
7 clinical work; correct?
8         MR. SLATER: Objection. You
9    can answer.
10    A    Yes.
11    Q    And that's how you do your
12 expert work; correct?
13         MR. SLATER: Objection. You
14    could answer.
15    A    You know, expert work is not
16 one size fits all. So it's different --
17 I've done expert work where they sent me
18 a slide and say, did the original doctor
19 missed diagnosis of cancer? If that were
20 the case, I would apply the methods
21 specifically listed here which apply to
22 looking at slides and looking at clinical
23 cases. By here, I mean in the page 2 of
24 the Benicar report.
25         Part of my practice, though,

Page 106

1  is also to keep abreast of medical
2  literature and need to produce medical
3  literature. And so if someone were to
4  ask me, as in this case, to look into the
5  issue or issues around NDMA or NDEA,
6  contamination of Valsartan, you know, I
7  wouldn't start looking at a glass slide.
8  I would go to the PubMed. And the
9  methodology I used was a research
10 methodology, essentially, of looking at
11 both statements from regulatory agencies
12 and looking at original Peer Review
13 medical research. And that's the
14 approach I would take if I were writing a
15 paper on a particular topic. Or as new
16 things come up in medicine, that's how I
17 keep abreast.
18    Q    You obviously never looked
19 at any clinical information, slide
20 reviewed patient information in
21 Valsartan; correct?
22         MR. SLATER: Objection. You
23 could answer.
24    A    That's correct.
25    Q    And in terms of what you

Page 107

1  just described, what you described
2  before, answering a general question of
3  general causation of cancer in humans,
4  you've never done that as part of your
5  clinical practice, have you?
6         MR. SLATER: Objection. You
7  could answer.
8    A    Sorry. What is the
9  question?
10   Q    Yes.
11        When you go through the
12 pathology evidence that you do in your
13 cases as part of your clinical practice,
14 you're obviously looking at data,
15 clinical data slides, patient
16 information; correct?
17   A    Yes.
18   Q    You've never in terms of
19 your clinical practice answered a general
20 causation question like the one that
21 Mr. Slater put to you that kicks off your
22 expert report; correct?
23        MR. SLATER: Objection. You
24 could answer.
25   Q    It's not what you do?

Page 108

1    A    Well, I integrate that
2  information; for example, you know, it
3  would be a pretty lame pathologist who
4  didn't know that cigarette smoking causes
5  lung cancer. And there are more specific
6  examples like the one we talked about
7  with respect to HPV-related cancers of
8  the head and neck.
9         But it would be totally
10 inappropriate to Mr. Jones who has a
11 biopsy to get into some treatise on
12 etiology as part of the report on
13 Mr. Jones's cancer. That's not part of
14 my practice.
15   Q    Right. But that's what I'm
16 saying.
17        This answering of a general
18 causation like the one Mr. Slater posed
19 to you that kicks off in your report is
20 not what you do in your clinical
21 practice; true?
22   A    No. I think that's
23 mischaracterizing it, I think. Every
24 pathologist -- I'm an expert in
25 pathobiology. So pathologists know about

Page 109

1  the causative factors of cancers and
2  inflammatory illnesses. It's a major
3  part of that. But it doesn't go in a
4  report, usually. But not going in a
5  report is different from not using that
6  information or knowing that information.
7    Q    Let me ask a couple of
8  follow-up questions.
9         You agree you don't put that
10 in the report; correct?
11        MR. SLATER: Objection. You
12 can answer.
13   Q    You just said it.
14   A    In most instances.
15   Q    You agree you don't put it
16 in the report in most instances; correct?
17   A    Correct.
18   Q    You haven't written any
19 papers about it; correct?
20        MR. SLATER: Objection. You
21 can answer.
22   A    About causation?
23   Q    Yes.
24        General causation of cancer
25 like we have in this case, you've never

28 (Pages 106 - 109)

Page 110

1 written a paper on that topic; true?
2    A    No. I don't think that's
3 true.
4    Q    You're welcome to tell me
5 which ones are general causation
6 literature.
7    A    Give me a moment, please, to
8 review. Reference 7.
9    Q    Van Treeck, is that the one?
10    A    Yes.
11    Q    And that's the
12 hepatocellular carcinoma, reveals novel
13 distinct biological features?
14    A    Yes.
15    Q    And you believe that is a
16 general causation article?
17    A    Yes.
18    Q    We have it. And I'm happy
19 to discuss it with you later.
20        What else?
21    A    12.
22    Q    Metastatic breast cancer
23 revealed by a systematic analysis.
24    A    Enrichment of kinase fusions
25 in the SR wild-type, yeah, that deals

Page 111

1 with causation of cancer.
2    Q    Do you believe that that is
3 an opinion on general causation like the
4 type that was framed in this case to you
5 by Mr. Slater?
6        MR. SLATER: Objection. You
7    can answer.
8    A    I'm giving you papers that
9 I've been involved in dealing with
10 causation of cancer.
11    Q    Right. Let me ask.
12        12 is about 4,854 patients
13 that addresses a specific patient like
14 the clinical findings we're talking
15 about, like the methodology that's in the
16 Benicar. There are patients here; right?
17        MR. SLATER: Objection. You
18    could answer.
19    Q    Mr. Slater likes to laugh at
20 every question. So I assume that doesn't
21 bother you. Doesn't bother me either.
22    A    I'm afraid I don't totally
23 understand where we're --
24    Q    Do you understand the
25 difference between general causation and

Page 112

1 specific causation? I'm happy to explain
2 it to you.
3    A    I certainly have thoughts on
4 that. But let me hear how you're
5 interpreting it first.
6    Q    I think specific causation
7 would be a situation where you're
8 assessing medical records, clinical
9 features, specific data points, specific
10 pathological information.
11    A    Okay.
12    Q    Like you describe in your
13 Benicar report.
14        Isn't that what this article
15 with the 4,854 patients is?
16        MR. SLATER: Objection.
17    Q    Specific issues of patients?
18        MR. SLATER: Objection. You
19    can answer.
20    A    It's pathobiology of cancer.
21    Q    Any other articles that --
22 the question that I posed to you is, have
23 you written about general causation of
24 cancer?
25        MR. SLATER: Objection. You

Page 113

1    can answer.
2    Q    Can this etiology cause this
3 type of cancer?
4    A    Well, yeah. I mean No. 12
5 certainly is satisfactory there.
6    Q    You think 7 is too, the one
7 we pointed to first?
8    A    Possibly.
9    Q    Not sure, but maybe?
10    A    It could be argued, one way
11 or the other.
12    Q    It might be.
13    A    We can do that. 12 is; 14;
14 17; 19 is related to causation of
15 neoplasia, non-malignant neoplasia; 21;
16 29; No. 6 under case reports.
17    Q    Does that involve a patient?
18    A    Yes.
19    Q    So that wouldn't be
20 case-specific as opposed to general
21 commentary on causation?
22    A    Well, I mean -- generally,
23 any case report is published because the
24 thought is, it might be generalizable at
25 least to other patients.

29 (Pages 110 - 113)

Page 114

1    Q    You understand what
2 epidemiology is; right?
3    A    Yes.
4    Q    And you're not an
5 epidemiology expert, are you?
6         MR. SLATER: Objection. You
7 can answer.
8    A    So are we putting aside the
9 last question?
10   Q    No. I'll re-ask it in a
11 minute.
12   A    Okay. No. 6 on selected
13 published abstracts.
14   Q    Have you gone back and read
15 any of these before today?
16   A    Any of my papers?
17   Q    Yes. The ones that you're
18 looking at now.
19   A    Okay. I think that covers
20 that.
21   Q    Any other business where
22 you've written about or published about
23 general causation, like a question that
24 was posed in this case, and you listed
25 the ones that you think are part of that?

Page 115

1         MR. SLATER: Objection.
2 Foundation. You can answer.
3    A    Yeah. I answered with
4 respect to Peer Review publications that
5 I've authored or coauthored that deal
6 with the issue of causation of cancer.
7    Q    My question was about
8 general causation. You remember that;
9 right?
10        MR. SLATER: Objection.
11   A    Yeah. I'm not sure, you
12 know, where -- anything I've published is
13 because I would expect it to be
14 generalizable, at least to some extent.
15   Q    And just because this will
16 be part of the record later, you
17 understood my question --right?-- when I
18 asked you?
19        MR. SLATER: Objection.
20   A    I answered it to the best of
21 my understanding. I understood
22 something. I answered that thing. That
23 is not what you asked, then I didn't
24 understand you. If that was what you
25 asked, then I did.

Page 116

1    Q    I didn't ask you about -- I
2 asked you about general causation.
3         What I mean by that is, in
4 this case, what you told me a little
5 while ago is that you didn't look at any
6 patient-specific information, no medical
7 records, no slides, which is what you do
8 in your normal practice; correct?
9         MR. SLATER: Objection. You
10 can answer.
11   A    I didn't look at any
12 specific patient data, correct.
13   Q    And the articles you cited
14 to me, at least some of them, look at
15 patient-specific data?
16   A    I don't see how the fact
17 that they might have used specific
18 patients as a basis for their
19 conclusions, how that would relate to
20 whether or not a conclusion is
21 generalizable or not.
22        For example, saying that we
23 looked at 4,000 patients and we found
24 X percent had this mutation and we think
25 this maybe driving their cancer, that is

Page 117

1 pathobiology of cancer, that's causation
2 of cancer. And presumably, those are not
3 the only patients on earth with that
4 situation.
5    Q    That's an important part of
6 your analysis; that is what happened in
7 those patients; correct?
8    A    Those patients provided the
9 basis of the analysis that took place.
10   Q    Other than this report that
11 we've marked as Exhibit 1 in this case,
12 have you ever rendered a causation
13 opinion based purely on articles and
14 general information without patient
15 information as an anatomic pathologist
16 that you are?
17        MR. SLATER: Objection. You
18 can answer.
19   A    Could you repeat that?
20   Q    I'll try it again.
21        Never once in real life, not
22 in a litigation, have you rendered a
23 causation opinion based purely on
24 articles and not with regard to patients?
25        MR. SLATER: Objection. You

30 (Pages 114 - 117)

Page 118

1    can answer.
2        A    I base opinions on causation
3    strictly from articles many times.  But I
4    have not written a report to that effect.
5        Q    So what I said was true?
6    You never rendered an official causation
7    opinion based on articles without regard
8    to patients?
9            MR. SLATER:  Objection.  You
10    can answer.
11        Q    And patient information.
12        A    Well, I mean without
13    regard -- this is all -- I'm a doctor.
14    So, of course, I'm thinking about how
15    this would impact a patient.  That's the
16    framing that I used to understand this
17    problem, is, would this do something or
18    nothing to a patient.  And if so, would
19    that be a good, bad or neutral thing.
20        Q    I asked the question, never
21    once in real life, not in litigation have
22    you rendered a causation opinion based
23    purely on articles and not with regard to
24    patients.  And you said I have not
25    written a report to that effect; correct?

Page 119

1            MR. SLATER:  Objection.  You
2    can answer.
3        Q    Is that what you said?
4        A    Not that I could think of at
5    this moment.
6        Q    So I took it one step
7    further.
8            You've never given an
9    official causation opinion, report or
10    otherwise, based purely on general
11    articles without patients and patient
12    information?
13            MR. SLATER:  Objection.  You
14    can answer.
15        A    Sure.  I mean it's not on
16    general articles.  It's on specific
17    articles that did look at patients
18    largely and also experimental animals.
19    Those are the reliances that were
20    provided and are included here.  That's
21    the basis of my opinion, Peer Review
22    medical literature, as well as guidelines
23    and consensus statements from World
24    Health Organization, IARC, FDA.
25        Q    We're going to go through

Page 120

1    all that in a minute.
2            But my question again is,
3    this is the first time you've done this,
4    that is rendered an official opinion like
5    this without looking at patient
6    information?
7            MR. SLATER:  Objection.
8    Foundation.  You can answer.
9        A    I mean I definitely looked
10    at patient information.  All the
11    epidemiologic studies deal with patient
12    information.  I just didn't look at my
13    own data.  I didn't treat any of these
14    patients.
15        Q    That's not what you do in
16    real life, is it?
17            MR. SLATER:  Objection.
18        A    In real life?
19        Q    As a doctor, as a clinical
20    pathologist, an anatomic pathologist, you
21    do not do what you did in this case;
22    true?
23            MR. SLATER:  Objection.  You
24    could answer.
25        A    Well, I read literature of

Page 121

1    this type in my daily practice.  It's
2    important for me as I said to know
3    etiologies and to know causation.  So
4    reading these things, forming opinions is
5    all very much part of what I do.
6            As far as making an official
7    report, I mean that doesn't go into a
8    patient report.  In the literature that I
9    write, I might include things that I
10    found, and I certainly do include things
11    that were found in the Peer Review
12    literature, some of which I can't off the
13    top of my head mention every -- you know,
14    every citation included in any of my
15    research.
16            But, you know, the
17    discussion portions or the introduction
18    portions of a research paper often
19    summarize literature similar to what's
20    done in this report.  Now, there probably
21    are some patients that I encountered also
22    in that Peer Review literature.  So if
23    you want to drive some -- draw some
24    bright line there, I'm not sure that it
25    really is applicable.  But I don't

31 (Pages 118 - 121)

Page 122

1  think -- you know, I haven't produced a
2  document like this outside of this.
3      Q      This is the first time in
4  this litigation; correct?
5          MR. SLATER: Objection. You
6  can answer.
7      A      Yeah. I've dealt with the
8  issue of causation in other contexts but
9  not as a stand-alone.
10     Q      And I think I asked you this
11  before.
12         You certainly do not hold
13  yourself out as an epidemiologist;
14  correct?
15     A      Again, I understand
16  epidemiology. I learned epidemiology in
17  medical school. I am aware of
18  epidemiologic concepts. And I've worked
19  with and published with epidemiologists.
20     Q      Have you ever said under
21  oath that you certainly do not hold
22  yourself out as an epidemiologist?
23     A      I do not know. I am not a
24  professional epidemiologist per say. I
25  am familiar with it.

Page 123

1      Q      Let's go ahead and mark this
2  one as an exhibit too.
3          And while we're getting that
4  out, you're a member of CAP?
5      A      Yes.
6      Q      You've been a member for how
7  many years?
8      A      I don't remember. Maybe
9  ten.
10     Q      You're familiar with their
11  expert witness guidelines?
12     A      I don't know that I've seen
13  them.
14     Q      Regardless, I'm sure that
15  you would agree as an expert witness, you
16  should only venture into areas where
17  you're qualified; correct?
18     A      Yes.
19     Q      You would not again offer
20  opinions in areas where you're not
21  qualified or it's outside of the realm of
22  what you know and do in your practice;
23  correct?
24     A      Well, I wouldn't offer
25  opinions outside of things that I know

Page 124

1  about.
2      Q      And you understand the
3  importance as an expert witness of being
4  honest and unbiased and not being an
5  advocate; correct?
6      A      Yes.
7          (The above-referred-to
8  document was marked as Exhibit 7 for
9  identification, as of this date.)
10     Q      And here is Exhibit 7, which
11  I'll give you. And this is --
12         MR. SLATER: A different
13  version that I have. Oh. You just
14  put the sticker on it. Got it. No
15  problem.
16     Q      On this one, just going back
17  to page 342 on this epidemiology --
18         MR. SLATER: Just one
19  question, counsel. I'm just not sure
20  and I don't remember because the
21  Benicar litigation was several years
22  ago. But this is marked as protected
23  information, this transcript. So I
24  just want to make sure -- I'm not
25  sure how you got this or whether or

Page 125

1  not there was any violation of the
2  protective order in the Benicar
3  litigation.
4          MS. COHEN: I think it was
5  filed.
6          MR. SLATER: It was attached
7  to the Daubert motion?
8          MS. COHEN: I think so.
9          MR. SLATER: I think Susan
10  Sharko might not be excited if
11  confidential or protective
12  information is being put on the
13  record.
14         MS. COHEN: I'll state on
15  the record, it's online, publicly
16  available.
17         MR. SLATER: Perfectly fine.
18  Just looking out for everyone's
19  interests.
20     Q      Page 342?
21         MR. SLATER: 342?
22         MS. COHEN: Yes.
23         MR. SLATER: Just give me a
24  second to turn to that page.
25     Q      And the question was on line

32 (Pages 122 - 125)

Page 126

1  2, "You certainly don't hold yourself out
2  as an epidemiologist?"
3       And what did you say back
4  then under oath?
5    A    "I do not."
6    Q    And you said as far as being
7  a part of the College of American
8  Pathologists, you're not familiar with
9  the expert witness guidelines?
10   A    Not that I recall.
11   Q    Would you say you agree with
12 the points of --
13       MR. SLATER:  If you're
14 reading from something --
15       MS. COHEN:  No.  I'm going
16 to ask if he understands this.
17       MR. SLATER:  So you're not
18 going to show him the document that
19 he's not familiar with?
20       MS. COHEN:  Right.
21       MR. SLATER:  You're just
22 going to read from it?
23       MS. COHEN:  Yes.
24       MR. SLATER:  I don't have
25 it.  So I can't verify what you're

Page 127

1  saying is accurate.
2       MS. COHEN:  No.  My
3  questions are just in general.  I
4  want to just ask him whether he
5  agrees with this statement.
6    Q    That an expert witness
7  should possess current experience and
8  ongoing knowledge in the area in which
9  you're testifying.  You agree with that?
10   A    Yes.
11   Q    You agree that as an expert,
12 you should testify fairly -- as fairly
13 and objectively as possible?
14   A    Definitely.
15   Q    And as an expert witness, do
16 you agree that you should review the
17 facts in a thorough, fair and objective
18 manner and not exclude any relevant
19 information?
20   A    I do.
21   Q    Now, we talked about before
22 that -- and we have your invoices which
23 we can go ahead and mark as an exhibit.
24       (The above-referred-to
25       document was marked as Exhibit 8 for

Page 128

1  identification, as of this date.)
2       MS. COHEN:  These are the
3  ones that counsel for plaintiffs have
4  provided to us.  We'll mark them as a
5  composite exhibit.
6       MR. SLATER:  This will be
7  Exhibit 8, I guess, the invoices?
8       MR. SANJABI:  It is, yes.
9       THE VIDEOGRAPHER:  We are
10 now going off the record.  The time
11 is 11:41 a.m. Eastern Time.
12       (A short recess was taken.)
13       THE VIDEOGRAPHER:  We are
14 now back on the record.  The time is
15 11:57 a.m. Eastern Time.
16       MS. COHEN:  So we're back
17 on.  And we'll shoot to get to the
18 next part.  We're going to take a
19 break at one o'clock for everybody so
20 they know that's coming.  And I did
21 pull out the invoices while on the
22 break.  And I think we have them all
23 together now.
24   Q    Let's see.  Exhibit 8, I'll
25 give that to you.

Page 129

1    A    Okay.
2    Q    I'll just tell you, Doctor,
3  that counsel provided these to us as all
4  of the invoices to date.  So I just want
5  to have you confirm that.  And then I'll
6  ask you a few questions as well.
7    A    Yes.  This looks like
8  everything that I've billed to date.
9    Q    And this shows us -- again,
10 I know the date on the first page,
11 although you can't see it here, I think
12 when we pulled it up electronically was
13 2020.  Is that your understanding as
14 well?
15   A    Yes.
16   Q    And I think we know from our
17 discussion before in Benicar, you did
18 your report I believe in 2016, and at
19 your deposition in 2017.  I want to make
20 sure those dates are correct.  Does that
21 sound right?
22   A    Sounds generally right.  I
23 don't recall specifically.
24   Q    November 30th, 2016 was the
25 report.  And then we have the deposition

33 (Pages 126 - 129)

Page 130

1 taken in 2017, February 7th, 2017.
2        So, again, this is now just
3 a few years later. An hour discussion
4 with Mr. Slater kind of kicked things off
5 in August 2012. You agree with that?
6    A    Sounds right.
7    Q    In terms of the rates, I
8 think you clarified that the rate was
9 $600 an hour; is that correct?
10    A    That is.
11    Q    And that's for all review
12 information, review of everything; in the
13 deposition, you charge $5,000 a day?
14    A    $6,000 per day.
15    Q    In the Benicar report on
16 page 2, which I believe is Exhibit 4,
17 let's see, your compensation at that time
18 was $500 an hour. So that's gone up
19 $100; is that right? My sophisticated
20 math.
21    A    If that's what it says here,
22 then, yes, it's gone up.
23    Q    Page 2, looks like that's
24 increased by 100. I thought it was going
25 to be a very significant increase going

Page 131

1 from $1,000 about an hour for testimony
2 to about $5,000 per hour.
3    A    Yeah. It's not that much.
4 Yeah.
5    Q    It's gone up, though?
6    A    It's gone up, as does
7 everything.
8    Q    You said here back in 2017
9 that you have not previously testified at
10 court or in deposition at any lawsuit.
11        So was it at that time that
12 you had not given any testimony at all?
13    A    Right.
14    Q    Are you doing anything to
15 advertise your availability or
16 willingness to do expert witness work?
17    A    I think I might have signed
18 up for one or two directories.
19    Q    And was that like SEAK? Is
20 that one of them?
21    A    I don't know. To be honest,
22 I haven't gotten any referrals for many
23 years. I don't recall.
24    Q    How did you and Mr. Slater
25 first meet?

Page 132

1    A    I think Mr. Slater knew one
2 of my colleagues. And he was looking for
3 a pathologist. And I was recommended.
4    Q    And then you got involved in
5 the Benicar litigation?
6    A    Yeah.
7    Q    And that litigation --
8 again, the Benicar litigation had to do
9 with, would you agree -- let me ask you.
10        What do you think it had to
11 do with, the Benicar litigation?
12        MR. SLATER: Objection. You
13    can answer.
14    A    Some percentage of patients
15 who take Benicar and other sartans. But
16 mainly, Benicar, have a terrible reaction
17 to it where they get diarrhea,
18 malabsorption, they lose tons of weight,
19 many of them end up hospitalized with
20 dehydration from all the diarrhea. So
21 really, a terrible celiac-like illness
22 that thankfully seems to be away
23 relatively quickly when they stop taking
24 the drug.
25    Q    And celiac disease, celiac

Page 133

1 disease research is one of your primary
2 areas of research; correct?
3    A    Yes.
4    Q    And, in fact, in the report,
5 you talk about how celiac is one of your
6 areas of focus, and inflammatory
7 conditions of the small intestine are
8 also one of your major research
9 interests; correct?
10    A    Definitely.
11    Q    And that's still true;
12 right?
13    A    Absolutely.
14    Q    Now, this has -- let's
15 see -- you're billing up to the date of
16 the report, July 6th?
17    A    Correct.
18    Q    How much time have you spent
19 since the report? An estimate is fine.
20    A    15 hours.
21    Q    Getting ready for today?
22    A    Yes.
23    Q    And what did you
24 specifically do to get ready for today?
25    A    I re-read my report, perhaps

34 (Pages 130 - 133)

Page 134

1 more than once. I re-read key literature
2 studies.
3     Q     Are those some of the ones
4 you have here on the table?
5     A     In the -- yeah.
6     Q     If they're key, you'd have
7 them here on the table; is that right?
8     A     I believe so, yeah.
9     Q     And we'll probably get those
10 marked or at least identify them before
11 the end of the day.
12     A     Okay.
13         MR. SLATER: Objection to
14 the form of the question. I didn't
15 want to talk over you.
16         THE WITNESS: Okay.
17     A     So, yeah, reviewed my
18 report, reviewed my literature or the
19 literature that I had collected as part
20 of my research, had some discussions with
21 Mr. Slater.
22     Q     Did you get together to
23 meet?
24     A     No.
25         MR. SLATER: You mean in

Page 135

1     person?
2         MS. COHEN: It's not that
3     important.
4     Q     Do you talk by phone?
5     A     We talked by phone.
6     Q     And today, you two walked in
7 together.
8         That was just a coincidence?
9     A     I saw him pull into the
10 parking lot and said hi.
11     Q     How much in total, how many
12 hours have you spent? Do you know?
13     A     No.
14     Q     How much time have you spent
15 on your report itself, that is writing
16 it?
17     A     I think most of the last
18 bill was spent writing the report. So
19 that would be 33 and a half hours. I
20 didn't -- some of this, other than the
21 December bill, could have been
22 report-related, or it could have been
23 literature review-related.
24     Q     Did you have to consult with
25 anybody about any issues or questions?

Page 136

1     A     No.
2     Q     You didn't seek any
3 information from any colleagues?
4     A     No.
5     Q     There's an oncology group at
6 Columbia; right?
7     A     Yes.
8     Q     And are they people that you
9 consult with on patients?
10     A     Yes.
11     Q     They treat patients;
12 correct?
13     A     Yes.
14     Q     Terrible question.
15         On the patients for whom you
16 write your pathology reports, the
17 oncologists would be involved to treat
18 the patients; correct?
19         MR. SLATER: Objection. You
20     can answer.
21     A     If it's a patient that
22 requires oncologic medicines. If they
23 need surgery, they might go to a surgeon
24 instead.
25     Q     Are there particular ones

Page 137

1 that you collaborate on patients or does
2 that just happen just some other way?
3     A     It's kind of luck of the
4 draw, I would say. Maybe not luck. I
5 don't have a specific relationship,
6 whereas some oncologists, you know,
7 specifically refers to me or vice versa.
8     Q     You don't hold yourself out
9 as an oncologist; correct?
10     A     No.
11     Q     And there's nowhere we could
12 look online, either with the expert
13 witness groups that you signed up for or
14 Web sites or anywhere on the Columbia Web
15 site that says you're a cancer
16 specialist; correct?
17         MR. SLATER: Objection. You
18     can answer.
19     A     So there are some people who
20 refer to the surgical pathology of cancer
21 as oncologic pathology. And certainly, I
22 am an oncologic pathologist. I'm an
23 expert in pathology of cancer and
24 pathobiology of cancer. Oncologists,
25 medical oncologists, I say medical

Page 138

1  oncologists because this would refer to a
2  radiation or surgical oncologist. But a
3  medical oncologist is an expert at the
4  drug regimens that are given to patients
5  with cancer. So that, I am certainly
6  not. I have a little bit of knowledge
7  there. But I am not a medical
8  oncologist. You could say I'm an
9  oncologic pathologist.
10     Q     So I understand that you
11  think you have -- you consider yourself
12  to have in the field of pathology,
13  expertise in cancer?
14     A     Yes.
15     Q     And that's what you said
16  already today. I'm not going to argue
17  with you about that, nor am I going to
18  agree with you on that. It's a fact.
19  And we'll leave it alone.
20         But is there anywhere that
21  you've held yourself out publicly to the
22  world on a Web site as expert witness,
23  anything where you say I'm a cancer
24  expert?
25         MR. SLATER: Objection. You

Page 139

1  can answer.
2     A     Well, I'm definitely an
3  expert on cancer diagnostics.
4     Q     But --
5     A     And cancer biology.
6         MR. SLATER: Can you please
7  let him finish?
8     Q     I already said --
9         MR. SLATER: Counsel, you're
10  doing it again. Please let him
11  finish his answers.
12     A     Whether it says on my
13  faculty Web site or something, those
14  words, I don't know.
15     Q     That's what I'm asking you.
16     A     I don't know.
17     Q     Is there anywhere in the
18  world that you hold yourself out as
19  either having a special expertise of
20  cancer oncology?
21     A     I think we're maybe getting
22  a little confused about medical oncology
23  versus cancer in general. So medical
24  oncology, again, I am not a medical
25  oncologist. And I would never claim to

Page 140

1  be. As far as expert on cancer, I mean I
2  certainly am. I'm an expert in the
3  diagnostics of cancer, pathobiology of
4  cancer.
5     Q     And, again --
6     A     Et cetera.
7     Q     Are you finished?
8     A     Yes.
9     Q     So I basically said we're
10  not going to argue about that.
11         What I'm asking you is, is
12  there anywhere you've held yourself out
13  on a Web site, publicly as someone who
14  has expertise in cancer or oncology?
15         MR. SLATER: Objection. You
16     can answer it again.
17         MS. COHEN: Well, he keeps
18     changing the answer.
19         MR. SLATER: Counsel, you're
20     getting argumentative.
21         MS. COHEN: I'm not.
22         MR. SLATER: Well, you know
23     what, counselor, you are. And I
24     don't think you're listening to his
25     answers.

Page 141

1         MS. COHEN: No. I am.
2         MR. SLATER: So you're
3     withdrawing the last question?
4         MS. COHEN: Yes.
5     Q     I'm asking you again, is
6  there anywhere -- it's the same question,
7  but you keep changing the direction.
8         MR. SLATER: Counsel, that's
9     the third time --
10         MS. COHEN: Do you want to
11     call --
12         MR. SLATER: No. I'm just
13     asking you not to be argumentative
14     with him. I think I've been very
15     polite today. I don't think your
16     suggesting that I'm not being polite
17     is fair.
18         MS. COHEN: I'm not always
19     fair. But I try to be.
20     Q     Is there anywhere that
21  you've held yourself out publicly on a
22  Web site or in advertising or anywhere
23  else as having cancer oncology expertise?
24         MR. SLATER: Objection. You
25     could answer.

36 (Pages 138 - 141)

Page 142

1    A    I don't know. Maybe.
2    Q    Now, in the expert witness
3  groups that you've now signed up for, how
4  many of them are there?
5    A    I don't know; two, maybe.
6    Q    And you don't remember the
7  names of them?
8    A    Correct.
9    Q    You're listed as part of
10  them to offer up your expert services?
11    A    Correct.
12    Q    Could you provide the names
13  of the companies to Mr. Slater after
14  since you can't remember them now
15  following this event today?
16    A    I don't know.
17    Q    Do you get paid by them?
18    A    If I recall correctly, I
19  might have been referred one case through
20  one of them many years ago. And in which
21  case, I would -- I don't know if they
22  paid me or whoever hired me paid me.
23  Certainly not in recent memory, have I
24  gotten a case from them. So I'm just not
25  sure I could produce that information.

Page 143

1    Q    Do you know what you listed
2  yourself as in those groups? Do you list
3  yourself as a pathology expert?
4    A    Probably, yes. I would
5  assume so. I don't remember.
6    Q    And is it fair to say that
7  you do not list yourself as a cancer
8  expert?
9        MR. SLATER: Objection. You
10    can answer.
11    A    I wouldn't say that that's
12  fair. I mean I am an expert on cancer
13  diagnostics, pathobiology of cancer. At
14  least, you know, a good portion of my
15  time is spent diagnosing cancer, staging
16  cancer. As I mentioned before, working
17  on the proper ancillary tests to do for
18  patients with cancer. So I certainly do
19  not think it is in any stretch, in any
20  way a stretch to say that I'm not an
21  expert on cancer.
22    Q    Why doesn't the Columbia Web
23  site call you an expert on cancer?
24        MR. SLATER: Objection. You
25    can answer.

Page 144

1    A    May I review what the Web
2  site says?
3    Q    Yes.
4    A    Okay. So the Columbia web
5  site says I'm a surgical pathologist.
6  And surgical pathologists are an expert
7  at cancer -- and that is a fact -- where
8  the cancer diagnosticians with
9  subspecialty expertise in GI and
10  pathology. And that would encompass
11  inflammatory and malignant neoplasms.
12        And then if you go to the
13  next page, page 4, it does include liver
14  tumors as an area of expertise and also
15  hepatocellular carcinoma.
16    Q    Liver cancer?
17    A    Liver cancer.
18    Q    Does it say anywhere
19  cancers?
20        MR. SLATER: Can you let him
21    finish, please?
22    A    It doesn't list other
23  cancers. But as I said, I'm a
24  subspecialist in GI pathology. So GI
25  neoplasms, their biology, their

Page 145

1  diagnostics, their prognosis, there's
2  staging, there's theranostics, meaning
3  what markers they express that might
4  guide treatment. I'm damn sure an expert
5  on all of that. And I'm not going to,
6  you know, negotiate that word.
7    Q    Liver is what you're saying?
8        MR. SLATER: Objection.
9    A    No. Liver, GI, which
10  includes esophagus, stomach, small
11  intestine, colon, anus, liver, pancreas,
12  bile deducts.
13    Q    So if we look at your
14  curriculum vitae, let's take a quick look
15  at that.
16    A    Sure.
17    Q    We already talked about how
18  it's a different version from the Benicar
19  version. But we'll focus on the
20  Valsartan one.
21        You have that in front of
22  you? I think it was marked as Exhibit 3.
23        MR. SLATER: You're going to
24    question him on the Valsartan case,
25    not the Benicar case?

37 (Pages 142 - 145)

1    MS. COHEN:  Valsartan CC.
2    A    I have it.
3        MS. COHEN:  So I didn't say
4    that, no.
5        MR. SLATER:  So I should go
6    back to the Benicar report?
7        MS. COHEN:  If you want to.
8        MR. SLATER:  Counsel, I'm
9    asking you.  I got confused.  Did you
10   say we're on Benicar or Valsartan?
11       MS. COHEN:  No.  We're on
12   the CV in Exhibit 3, Valsartan.  But
13   we may go to the other one too.
14       MR. SLATER:  It's your time.
15   It's your use of your time.
16       MS. COHEN:  Thank you, Adam.
17   I appreciate that.
18   Q    If we look at page 1 of
19   this, this gives your training and
20   education; right, Doctor?
21   A    Correct.
22   Q    And, again, obviously, it's
23   all focused on pathology; correct?
24   A    Well, medical school is not
25   pathology-specific.  That was a broad

1    medical education that included rotations
2    in internal medicine, surgery,
3    everything.
4    Q    And then it gets into
5    pathology; correct?
6    A    Yes.
7    Q    And we don't see anything
8    about cancer on page 1, do we?
9        MR. SLATER:  Objection.  You
10   can answer.
11   A    That's a gross
12   mischaracterization.  Medical school had
13   quite a bit on cancer.  My residency and
14   fellowship training both were heavily
15   focused on cancer.
16   Q    Does it say the word
17   "cancer" on page 1?
18   A    It doesn't say a word about
19   any specific disease on page 1.
20   Q    Does it say anything about
21   oncology on page 1?
22   A    What diseases are mentioned
23   on page 1?  I don't see any.
24   Q    So it included oncology?
25   A    Cancer is included in

1    gastrointestinal, liver and surgical
2    pathology and anatomic pathology.  All of
3    these include cancer.
4    Q    I'm just asking you the
5    words on there.
6        Is it cancer oncology?
7    A    Whether or not the word is
8    there is meaningless.  It's included in
9    this.
10   Q    You can't look at the page
11   and tell me whether cancer oncology is on
12   there?
13   A    The words are not on there.
14   But the training encompassed it.  And as
15   I said, I just have to -- it's an
16   important point to me personally.
17   Q    And then on page 2 where it
18   talks about organizations, Peer Review,
19   are you on any boards that are specific
20   to cancer?
21   A    Boards?
22   Q    Yes.
23   A    Boards specific to cancer?
24       MR. SLATER:  Objection.  You
25   can answer.

1    Q    Or an organization.  I'm
2    trying to figure out what, if any --
3        MR. SLATER:  Objection.  You
4    can answer.
5    Q    Members of foreign
6    organizations, Peer Review, any of those
7    specific to cancer on page 2?
8        MR. SLATER:  Objection.  You
9    can answer.
10   A    Okay.  Almost any of these
11   will deal with cancer in part.  So, you
12   know, papers -- well, other than
13   perhaps -- well, actually, all of them
14   deal with cancer to varying degrees, some
15   quite a lot.  And I review papers related
16   to cancer all the time.
17   Q    There are organizations that
18   are cancer and oncology; correct?
19       MR. SLATER:  Objection.  You
20   can answer.
21   A    There are ones that are
22   specific to oncology that would not have
23   an interest in inflammatory conditions,
24   yes.
25   Q    So there are specific cancer

38 (Pages 146 - 149)

Page 150

1  in oncology. We could take out any of
2  our cancer biology experts and people
3  like that or oncology experts. There are
4  specific organizations.
5          I'm trying to ask, are you
6  on any specific organizations related to
7  cancer oncology?
8          MR. SLATER: Objection. You
9  can answer.
10  A    Yeah. I mean I'm not in any
11  organization that is exclusive to cancer.
12  I'm in many organizations that deal in
13  large part with cancer.
14  Q    Sure. I'm asking you a
15  different question, though. And I can
16  certainly pull out our cancer expert's CV
17  if we need to.
18          Are you in any of those
19  organizations?
20          MR. SLATER: Objection. You
21  haven't listed them.
22  A    I think I answered that.
23  Q    So you're not on any of
24  those?
25          MR. SLATER: Objection. You

Page 151

1  can answer.
2  A    I'm in societies and
3  organizations that deal in large part
4  with cancer. College of American
5  Pathologists, for instance, puts out the
6  guidelines for the diagnosis of many
7  types of cancer. And I'm involved with
8  those organizations. But I mean if --
9  I'm not a member of any societies that
10  deal exclusively with cancer.
11  Q    Do you ever attend their
12  meetings?
13  A    College of American
14  Pathologists?
15  Q    No. The oncology meetings,
16  cancer meetings.
17  A    The meetings I attend, I
18  frequently attend USCAP and the CAP,
19  well, most often, the CAP. And they deal
20  in large part with cancer. But I have
21  not gone to American Association for
22  Cancer Research.
23  Q    Or oncology meetings, you
24  don't go to their meetings, I take it?
25          MR. SLATER: Objection. You

Page 152

1  can answer.
2  A    Well, there would be no
3  reason for me to go to a medical oncology
4  meeting. I don't prescribe any
5  medicines.
6  Q    How about a surgical
7  oncology meeting? Do you go to any of
8  them?
9  A    No.
10  Q    How does it work at
11  Columbia? Just tell me about the way it
12  works. There's a pathology department,
13  and that's where you're housed, if you
14  will. You're a member of that; right?
15  A    Yes.
16  Q    There's probably a surgery
17  department as well; correct?
18  A    There is.
19  Q    Now, where are the cancer
20  specialists located? Are they in their
21  own group?
22          MR. SLATER: Objection. You
23  can answer.
24  A    So I mean cancer care,
25  monitoring cancer care is really a

Page 153

1  multidisciplinary endeavor. So you have
2  medical oncologists who -- I'm inferring
3  that you're referring to when you say
4  cancer doctors, or maybe I'm wrong there.
5  Q    No.
6  A    You said medical oncologists
7  who are a division of the division of
8  internal medicine at Columbia. You have
9  surgical oncologists who are housed under
10  the department of surgery. You have
11  radiation oncologists who I think are
12  their own department. I don't think
13  they're under radiology, and you have
14  radiologists who specialize in cancer
15  diagnostics.
16  Q    Under Columbia University,
17  there's the -- on the Web site, there's a
18  whole section on cancer, and there's the
19  cancer center, the cancer center which is
20  designated by The National Cancer
21  Institute. Are you part of that cancer
22  group?
23  A    I don't know. I work with
24  them all the time. I'm not sure if
25  pathology is included. If pathology is

39 (Pages 150 - 153)

Page 154

1 included, I would be part of it. But I
2 don't know if pathology is included.
3    Q    Does Columbia University
4 Herbert Irving Conference Cancer Center,
5 HICCC, which again is set up by The
6 National Cancer Institute --
7    A    I did not say that.
8    Q    -- recognized as a
9 comprehensive cancer center by The
10 National Cancer Institute?
11    A    Okay. I agree.
12    Q    Are you part of that, are
13 you listed there?
14    A    I don't know.
15    Q    Do you participate in any of
16 their meetings of things?
17    A    Definitely, yes.
18    Q    Would it surprise you if we
19 looked at this and your name didn't come
20 up?
21        MR. SLATER: Objection. You
22    can answer.
23    A    I really don't know. I
24 don't know if there are any pathologists
25 listed. If there are, I would expect

Page 155

1 probably to be one of them. But I don't
2 know.
3    Q    And are there at Columbia
4 what's called cancer biologists or cancer
5 researchers who specifically look at
6 issues of causality in cancer?
7    A    I presume so.
8    Q    Have you ever talked to any
9 of them about the issues in this case?
10    A    No.
11    Q    Have you ever talked to them
12 about causation issues for any of the
13 patients?
14    A    It doesn't sound
15 implausible. But as I sit here today, I
16 don't have a specific recollection.
17    Q    And, again, could you name
18 any of the cancer biologists or cancer
19 researchers that are known to be part of
20 this -- where it said the Herbert Irving
21 Comprehensive Cancer Center? Do you know
22 any of the people there who are on the
23 cutting edge on the study of cancer
24 biology?
25        MR. SLATER: Objection. You

Page 156

1    can answer.
2    A    I'm sure the medical
3 oncologists are listed: Dr. Schwartz,
4 Dr. Manji, Dr. Drake. Yes. I know the
5 medical oncologists. As far as the
6 people who do only research and do not
7 see patients and are cancer researchers,
8 those are not people I would likely
9 interact with closely. I am aware of
10 some of them.
11    Q    Do you read their research?
12    A    Sometimes.
13    Q    Do you know whether they
14 have published or had anything -- doing
15 any research on the issues of
16 nitrosamines, Valsartan, anything related
17 to this case?
18    A    To my knowledge, no.
19    Q    When Mr. Slater first got
20 you involved in the case and we just
21 looked at those, pull it back up, at the
22 invoices. Let's see. Starting in
23 August, August 12th of 2020, and we
24 talked about sort of the initial question
25 that was framed for you.

Page 157

1        And I want to ask, were you
2 asked to assume anything in the case?
3    A    Not to my recollection.
4    Q    When you said you read over
5 your report, you said maybe a couple of
6 times in recent days?
7    A    Yes.
8    Q    Did you read it last night?
9    A    I did.
10    Q    Did you read it this
11 morning?
12    A    No.
13    Q    How many times did you read
14 it yesterday?
15    A    Probably twice.
16    Q    And, again, I know I asked
17 you about epidemiology.
18        You're also not a
19 biostatistician; correct?
20    A    Right. I understand
21 biostatistics. I have a functional
22 knowledge of it. But I am not a
23 biostatistician by any stretch.
24    Q    And I mean probably everyone
25 in this room, we all have a different

40 (Pages 154 - 157)

Page 158

1 functional knowledge of things.
2         But I'm asking you
3 specifically, do you hold yourself out as
4 an expert in biostatistics or as a
5 biostatistician?
6    A    No, not an expert or a
7 particular biostatistician. I have a
8 working knowledge, functional knowledge
9 of biostatistics. And I do use that
10 knowledge to analyze medical literature
11 as part of my normal practice.
12    Q    And you're not a cancer
13 biologist; correct?
14         MR. SLATER: Objection. You
15    could answer.
16    A    Again, I have a deep
17 knowledge of cancer biology and cancer --
18 I'm an applied -- I have a deep knowledge
19 of cancer biology, cancer physiology. I
20 am not a researcher devoted entirely to
21 cancer biology.
22    Q    No.
23         You've told us today what
24 your cancer experience is; correct?
25    A    Certainly not. I haven't

Page 159

1 told you all of it.
2    Q    No.
3         You told me about some of
4 the articles you identified for us;
5 correct?
6    A    I did tell you that.
7    Q    You told us about how as
8 part of your work as an anatomic
9 pathologist where you sometimes make
10 diagnoses that you incorporate into the
11 report; correct?
12    A    Almost every day. I
13 diagnose probably thousands of cancer
14 cases.
15    Q    And of the thousands of
16 cancer cases, what percentage are liver
17 or hepatocellular?
18    A    A very rough estimate. I
19 would say perhaps 20 percent, 15 to
20 20 percent, mainly because the incidents
21 of liver cancer is much lower than some
22 other common cancers like colon cancer or
23 prostate cancer.
24    Q    How many pathologists do
25 what you do at Columbia, that is a part

Page 160

1 of -- I know you're obviously an
2 associate professor.
3         How many do what you do as
4 part of the anatomic pathology group?
5         MR. SLATER: Objection. You
6    could answer.
7    A    There are about 24 anatomic
8 pathologists at Columbia. There are five
9 or six of us in the -- five of us active
10 in the GI and liver subdivision.
11    Q    And so anytime there's a GI
12 issue, they tend to come to one of you
13 five?
14    A    Yes.
15    Q    And the same would be
16 true -- what are the other areas
17 within -- if you're in --
18    A    What other sub-specialties?
19    Q    Yes.
20         Is breast cancer a special
21 one?
22    A    Partially, yes.
23    Q    Breast cancer patients would
24 tend to go to those people?
25    A    Tend to, yes.

Page 161

1    Q    What other areas, if you
2 know?
3    A    Neuropathology is a separate
4 area; non-neoplastic kidney is another
5 area; skin, inflammatory conditions of
6 the skin anyway, go to a separate area;
7 hemopathology, blood cancers.
8    Q    Different people deal with
9 that; right?
10    A    Yeah. I might see them. If
11 I see a case, let's say leukemia or
12 lymphoma, I'd say this is not for me.
13    Q    You send those to the
14 subspecialists?
15    A    Right.
16    Q    How about bladder? Would
17 other people deal with bladder?
18    A    No. Bladder and prostate go
19 to the general surgical pathology
20 service. And this is very detailed
21 minutia of how our department is. But
22 those go to general surgical pathology
23 which I rotate on for three months of the
24 year. So diagnosing bladder cancer, I
25 probably do 50 to 100 cases a year;

41 (Pages 158 - 161)

Page 162

1 prostate cancer, probably the same;
2 kidney cancer, probably less because just
3 the incident's less; 25 kidney cancers
4 per year.
5    Q    How many pathology specimens
6 typically are you looking at?  And if you
7 can't tell me because you don't keep
8 track of those, it's fine to estimate.
9    A    Roughly speaking, I look at
10 around 6,000 a year.  And I'm on service
11 75 percent of the time.  So we could do
12 the math.
13    Q    And you're saying
14 20 percent -- I may have written this
15 down.
16        What percentage are cancer
17 of the 6,000?
18    A    Variable.  To be in the
19 ballpark, I would say 10 percent.
20    Q    And then of the 10 percent,
21 20 percent are of the liver?
22    A    Again, ballpark, that's
23 correct.
24    Q    Colorectal are in its own
25 group?

Page 163

1    A    It's part of GI which I do
2 several ones a year as well.  This again
3 gets into some minutia.  If there are too
4 many cases of GI, then things go to
5 surgical pathology.  I diagnose a lot of
6 colon cancer a year, probably 100 cases a
7 year, maybe 50, something like that.
8    Q    Other than the blood
9 cancers, are there any cancers that you
10 absolutely will not get involved in?
11        MR. SLATER:  Objection.
12    Lack of foundation.  You could
13    answer.
14    A    Primary brain cancers.
15    Q    Now, also, before I go back
16 to the point I started with on this path
17 was about assumptions, I do want to ask
18 you, you're not a pharmacologist;
19 correct?
20    A    Correct.
21    Q    You're not a toxicologist;
22 correct?
23    A    Correct.
24    Q    You're not an internal
25 medicine hypertensive expert?

Page 164

1        MR. SLATER:  Objection.  You
2    can answer.
3    A    I'm not an expert on the
4 management of hypertension.
5    Q    Before this litigation,
6 getting involved in this litigation in
7 the fall of 2020, I take it you didn't do
8 any research on NDMA, NDEA or Valsartan?
9        MR. SLATER:  Objection and
10    asked and answered.  You can answer.
11    She's only asking if you did the
12    research, not the reason for which
13    you did the research.
14    A    Okay.  Then the answer is
15 yes.
16    Q    Let me ask it this way.
17        Before this litigation,
18 meaning Valsartan, and meeting with Mr.
19 Slater in the fall of 2020, did you ever
20 do any research outside of the litigation
21 on NDMA, NDEA or Valsartan?
22        MR. SLATER:  Objection.
23    Counsel, you asked this question
24    before.  I mean I'll let him answer
25    again because it's one question.  But

Page 165

1    you're retreading ground now
2    repeatedly.  You can answer.
3        MS. COHEN:  And I'll just
4    state I disagree on the record.
5    A    No.
6    Q    Now, on the issue of
7 assumptions, again, you understand as an
8 expert witness, your job, your role is to
9 give opinions; correct?
10        MR. SLATER:  Objection.  You
11    can answer.
12    A    As long as we're saying that
13 they're scientific or medical opinions to
14 a reasonable degree of medical certainty,
15 then yes.
16    Q    And that's what you
17 understand is important as part of your
18 expert report, your report and your
19 testimony; correct?
20        MR. SLATER:  Objection.  You
21    can answer.
22    A    Yeah.  I mean I considered
23 my role to look through the medical and
24 scientific literature to form an opinion
25 and then to express that opinion.

42 (Pages 162 - 165)

1    Q    And as you said, with a
2 requisite degree of certainty, with a
3 reasonable degree of medical certainty?
4    A    Yes.
5    Q    Your job is not to come in
6 here or in your report and speculate;
7 correct?
8    A    Yeah, correct.
9    Q    It would be improper to
10 guess; correct?
11        MR. SLATER: Objection. You
12 can answer.
13    A    And that's a broad
14 hypothetical. But generally speaking, I
15 would try to avoid any guesses.
16    Q    And you're not -- again, you
17 think it would be improper to assume
18 things that you don't know to be true;
19 correct?
20        MR. SLATER: Objection. You
21 can answer.
22    A    You know, it's such a broad
23 question that it's hard for me to give --
24 we assume many things throughout the
25 normal course of doing business. So I

1 don't think I assume anything beyond --
2 you know, for example, if I download
3 something from the IARC Web site, I
4 assume that I'm getting what the IARC
5 meant to upload. But for all I know,
6 Russian hackers could have changed it.
7 So I can't say, oh, I've made zero
8 assumptions. Of course, I made normal
9 assumptions like any person would. But I
10 don't think I made any assumptions that
11 are outside of the realm of how I
12 normally go about my business.
13    Q    What I'm asking is, let's
14 put it in the context of your clinical
15 practice and how you do things.
16        When you write one of your
17 reports based on your specimens and
18 review of specimens, you're not going to
19 put in there assumptions about what may
20 or may not be in there; correct?
21        MR. SLATER: Objection. You
22 can answer.
23    A    Well, that's an interesting
24 point. I can't really agree with that.
25 There are times in a surgical pathology

1 report where speculation, or even one
2 might say guesses do sometimes come into
3 reports. If there is a specimen that is
4 not entirely diagnostic, it's not really
5 my job to say I don't know what this is,
6 period. I would go through a standard
7 workup which might include going to
8 certain colleagues, doing additional
9 testing, show it to colleagues, maybe
10 even send it to another institution and
11 to have them take a look and I still
12 don't have an answer and no one I come in
13 contact with has a firm answer, then I
14 would write a differential diagnosis
15 which is, you know, some thoughts on what
16 it could be. It's not based on nothing.
17 It's not wild speculation. It's based on
18 previous cases I've seen or descriptions
19 in the literature or what have you.
20        To some extent, it's a
21 homework assignment for whoever sent the
22 specimen because now they need to go and
23 think about, okay, Dr. Lagana suggested
24 Diagnosis X, Y and Z, is there a blood
25 test for this. And I might say I

1 wouldn't do this blood test, I would do
2 this imagining, something like that.
3    Q    Would you ever say in a
4 report I assume this finding is cancer or
5 would you say in my opinion, it's cancer?
6    A    If something is diagnostic
7 of cancer, I wouldn't -- I mean I guess
8 it's implied that it's an opinion. But I
9 would just write hepatocellular
10 carcinoma, period; invasive
11 adenocarcinoma, period; sphenoid cell
12 carcinoma, period.
13    Q    So I'll get back to that in
14 a minute.
15        But have you ever had a
16 situation where you've turned down a
17 legal case -- and I know you didn't get
18 many from your signing up of these
19 organizations. But did you ever turn
20 down a legal case and say I'm not the
21 right person for this, it's not my area
22 of expertise?
23    A    Yes.
24    Q    And you would do that;
25 right?

43 (Pages 166 - 169)

Page 170

1    A    Yeah. I have done that.
2    Q    What type of case have you
3 turned down?
4    A    Let me think. It's not
5 terribly infrequent that I'll get asked
6 to look at a case that is not really like
7 cytology cases, for example. I don't
8 practice cytopathology. So it's not too
9 infrequent that I'll get asked to look
10 at, say, like a cytology specimen from
11 the pancreas because I do practice
12 pancreatic pathology, but not in the
13 fashion that a cytopathologist would.
14 That would be a common request that I
15 would turn down.
16    Q    I'm sure you said from time
17 to time, I'm a pathologist, this is far
18 afield and outside my area of expertise;
19 correct?
20        MR. SLATER: Objection. You
21    can answer.
22    A    Usually, when I get asked to
23 look at a case, it is reasonable for a
24 pathologist to look at a case.
25 Occasionally or often, questions will

Page 171

1 come up in the case where I don't have an
2 opinion. And I have to express. And I
3 don't have an opinion on this.
4    Q    Did you say that to Mr.
5 Slater about anything? Did you say there
6 are certain areas I can't get into this
7 litigation, I can only cover pathology?
8        MR. SLATER: Objection. You
9    can answer.
10    A    Yeah. I mean there are
11 parts of this litigation that we've
12 discussed that I've tried to familiarize
13 myself with. But I have definitely
14 expressed to Mr. Slater that they would
15 be better covered by a different expert.
16    Q    For example, if you're
17 giving a differential diagnosis or
18 applying a methodology, you have to
19 understand how the methodology in the
20 differential diagnosis works clinically;
21 correct?
22        MR. SLATER: Objection. You
23    could answer.
24    A    Sorry. Can you rephrase?
25    Q    In order for you to do a

Page 172

1 Bradford Hill diagnosis, give a
2 differential diagnosis, apply a
3 methodology, you have to have the
4 grounding and the expertise in that area;
5 correct?
6        MR. SLATER: Objection. You
7    could answer.
8    A    So I'm still not entirely
9 sure I understand.
10    Q    Do you agree -- we've
11 already looked at the earlier reports,
12 your differential diagnosis in this case,
13 and we talked about Benicar is grounded
14 in your clinical expertise; correct?
15        MR. SLATER: Objection. You
16    could answer.
17    A    Well, in this case, I
18 haven't issued a differential diagnosis.
19 I haven't looked at any specific cases
20 with respect to this. In the Benicar
21 case, sure, then I looked at individual
22 patients. And for those patients, I
23 could put together a differential
24 diagnosis.
25    Q    Let's put aside the

Page 173

1 differential diagnosis. Let's talk about
2 methodology.
3    A    Okay.
4    Q    Your methodology and your
5 opinions and your report is basically
6 clinical experience; correct?
7        MR. SLATER: Objection. You
8    could answer.
9    A    It depends on how strictly
10 you want to define clinical. In the
11 issuing of a pathology report for a
12 particular specimen, usually, I don't
13 need to go back to the medical and
14 scientific literature to issue that
15 opinion, although there are times when
16 something is very rare where I do have to
17 go to the primary literature in valuing
18 it. So that's on one level.
19        On a higher level, being a
20 pathologist, it requires me to be -- and
21 I am -- an expert on pathobiology. And
22 so to acquire that expertise, I do stay
23 abreast of the medical literature and
24 scientific literature. And I do read it
25 as part of my routine practice.

44 (Pages 170 - 173)

Page 174

1    Q      Do you recall earlier today
2 when you told me that the basis of the
3 methodology you applied in this case was
4 your clinical work?
5           MR. SLATER: Objection. You
6    can answer.
7    A      I don't recall saying that
8 exactly. I certainly said that with
9 respect to when we were reading from the
10 Benicar methodology because again, that
11 was evaluating specific patients.
12   Q      You don't remember saying
13 that in this case?
14   A      Clinical work informs it.
15   Q      Do you understand that --
16 well, let me ask this.
17          When you do an expert
18 witness report like this, do you take it
19 seriously?
20          MR. SLATER: Is that a
21   serious question?
22          MS. COHEN: Yes, absolutely.
23          MR. SLATER: If he takes
24   this seriously?
25   Q      Do you take the expert

Page 175

1 witness report in this case seriously?
2    A      Yes.
3    Q      And do you take it as
4 seriously as the testimony you're giving?
5    A      Yes.
6    Q      And everything you say in it
7 is true; correct?
8    A      To the best of my knowledge,
9 yes.
10   Q      Let me have you look at page
11 11, going back to the assumption part. I
12 asked you before whether you assumed
13 anything in this case. And I think what
14 you said is you may have made some
15 assumptions, but you wouldn't assume
16 something that goes to the core issue?
17          MR. SLATER: Objection.
18   Lack of foundation.
19   A      I said that we can't get
20 through life in any endeavor without
21 making some assumptions. And I tried to
22 make no more assumptions than I would
23 normally make to get through life.
24   Q      On the key issue that was
25 framed for you that was given to you to

Page 176

1 answer, you wouldn't make assumptions on
2 that; you would actually give opinions;
3 correct?
4           MR. SLATER: Objection. You
5    can answer.
6    A      With respect to the key
7 issues, I would look at the literature
8 and statements from regulatory agencies,
9 like WHO, IARC, FDA, as I did and come to
10 an opinion, yeah.
11   Q      Page 11 of your report,
12 let's look at that for a minute.
13   A      Okay.
14   Q      And obviously, as you say,
15 cancer is a multifactorial disease. And
16 you list many things that can contribute
17 to carcinogenesis; right?
18   A      Yes.
19   Q      Then you go on to say,
20 "Therefore, for any patient who develops
21 cancer and is known to have a significant
22 exposure to a probable human carcinogen
23 (the levels documented above constitute a
24 significant exposure in my opinion), it
25 should be assumed that the carcinogenic

Page 177

1 exposure at least increased the risk or
2 contributed to the subsequent cancer
3 unless there is a convincing body of
4 evidence to suggest that the carcinogenic
5 insult is null with respect to the
6 specific cancer in question."
7           Is that your opinion?
8    A      Yes.
9    Q      And you don't have any cite
10 there, do you?
11   A      No.
12   Q      And, again, what's your
13 definition of significant exposure?
14 What's the basis for it?
15   A      Well, the significant
16 exposure would vary depending on what the
17 carcinogen is. But this statement is
18 actually not super controversial.
19 Basically, if you're looking at -- is
20 cigarette smoking associated with
21 whatever cancer, general baseline, it's
22 reasonable to suspect that it is.
23          And, in fact, cigarette
24 smoking is associated with lots of
25 cancers. But then there are some cancers

Page 178

1 which are proven through the research not
2 to be affected by cigarette smoking. And
3 so, fine, we accept that.
4        HPV is another great
5 example. HPV can cause cancer in the
6 mouth like we discussed and the anus.
7 Similar cancers arise in the esophagus.
8 And for many years, there was concern, is
9 HPV causing these esophageal cancers.
10 And it had to be disproven that it was
11 not. So now we know it does not.
12        Anyway, I think if you're
13 asking me what level is a significant
14 exposure to NDMA and contaminated
15 Valsartan, is that the question you want
16 me to address?
17 Q    No.
18        My question was -- you had
19 no cite.
20        And I'm asking you, what is
21 your definition and the basis for the
22 words "significant exposure"?
23        MR. SLATER: Which question
24    is it? Sorry. It seemed like there
25    was a few questions. I object. You

Page 179

1    can answer.
2    A    It depends on what the
3 exposure is.
4    Q    So it's not an absolute
5 answer there; it depends on the exposure;
6 right?
7    A    What is a significant
8 exposure? Yes, certainly.
9    Q    And you gave me two specific
10 answers: Cigarettes and HPV?
11        MR. SLATER: Objection. You
12    can answer.
13    A    Yeah. I mean -- right.
14 Radiation is another example. Having a
15 lung chest x-ray is okay; having 1,000 is
16 not.
17    Q    You say next, "The crucial
18 point is that we start from the
19 assumption that exposure to a human
20 carcinogen contributed to carcinogenesis
21 in a patient with a cancer unless there's
22 convincing evidence to the contrary."
23        Now, you don't have any cite
24 there; correct?
25    A    That's right.

Page 180

1    Q    That's your opinion;
2 correct?
3    A    That's my opinion.
4    Q    You said I think about the
5 prior sentence, and I want to ask you,
6 you don't think it's very controversial.
7 Do you think this sentence is not
8 controversial either?
9        MR. SLATER: Objection.
10    A    Well, with respect to NDMA,
11 you have a compound that is a known
12 mutagen, well-known mutagen as defined by
13 IARC, cohort of concern where it's --
14 capacity to cause mutation. We know
15 exactly how it does it, by alkylating DNA
16 and causing methylguanine which is one of
17 the main drivers of mutation in cells.
18        So if someone had an
19 exposure to a drug, to a substance, that
20 was causing -- that was a known mutagen,
21 then I think -- and someone then develops
22 a cancer, one would at least have to be
23 very suspicious that the known mutagen,
24 which messed up their DNA, contributed in
25 part or largely to their cancer.

Page 181

1        Now, it may be that some
2 cancers have nothing to do with this.
3 And the literature could maybe eventually
4 show that. But, you know, there's never
5 been an experiment where we gave humans
6 massive doses of NDMA because it would be
7 wildly unethical.
8    Q    So my question was, as this
9 sentence, do you think that this is
10 controversial or not?
11        MR. SLATER: Objection. You
12    can answer.
13    Q    What you said there?
14    A    Let me read it again. It
15 could be controversial.
16    Q    You want to go back to the
17 prior sentence and tell me whether you
18 think the prior one is controversial now
19 that you've had a chance to read it
20 again?
21        MR. SLATER: Objection. You
22    can answer.
23    A    It's hard for me to
24 speculate on what other people might read
25 into my words. So maybe I shouldn't have

46 (Pages 178 - 181)

Page 182

1 said it's not controversial. I don't
2 know whether it is or is not. I guess
3 you have to ask a lot of different
4 experts, what they think.
5      Q      And you haven't run those
6 two sentences by any cancer experts, have
7 you?
8      A      I am a cancer expert. But I
9 haven't asked anyone else to read it.
10      Q      What I mean by that, any
11 cancer biologist, any epidemiologist, any
12 oncologist? Have you run that by any of
13 them?
14      A      I haven't run the report by
15 any of them, other than Mr. Slater.
16      Q      One of the things you say in
17 your report -- and I'm sorry to jump
18 around here -- speaking of controversy,
19 on page 5 --
20          MR. SLATER: Where are we
21 now? In the same report?
22          MS. COHEN: Yes.
23          MR. SLATER: We're on page
24 5?
25          MS. COHEN: Yes.

Page 183

1      Q      There's a sentence here that
2 caught my attention. It says -- bottom
3 paragraph, it says, "If one of these
4 mutations causes the cell to become
5 immortalized, then that can be the start
6 of a cancer."
7          There's no citation there;
8 correct?
9      A      That's the basics of cancer
10 biology. But I didn't cite anything, no.
11      Q      Do you believe that one
12 mutation can cause a cell to become
13 immortalized and start cancer?
14      A      Yeah, certainly. It
15 depends -- it doesn't always happen that
16 way. It's not that once a mutation
17 happens, you have to get a cancer. There
18 are various ways in which the body may be
19 able to correct that error, that
20 mutation, if we call it a mutation error.
21 But that is the basis of how tumors
22 begin. The mutation causes a cell to
23 become immortalized. And it starts
24 reproducing, reproducing. If the body
25 fails to stop it, then that is the start

Page 184

1 of a cancer.
2      Q      Is it your opinion to a
3 reasonable degree of medical certainty
4 that one of these mutations, one mutation
5 can lead to cancer?
6          MR. SLATER: Objection. You
7 can answer.
8      A      Well, there are a lot of
9 examples of cancers that are caused by
10 one mutation.
11      Q      So the answer is, yes, you
12 believe one mutation can lead to cancer?
13      A      Yeah. Not that it always
14 does, not that every cancer only has one
15 mutation. There's a lot of data here
16 that we're drilling down to one very
17 narrow question. But on that very narrow
18 question, can one mutation cause a
19 cancer? Yeah.
20      Q      And you can't give us any
21 cite to that; you just believe that to be
22 true?
23      A      Well, CK mutations in the
24 gastrointestinal stromal tumors are a
25 well-known example; the BRAF V600

Page 185

1 mutation in melanoma, in some colorectal
2 cancers. Those are point mutations. And
3 that one mutation certainly is a main
4 driver of the cancer. BRCA1, PROP1
5 mutation, breast ovarian cancers. This
6 is not rare where one mutation drives a
7 cancer.
8      Q      But have you ever given any
9 talks, not on pathology, talks on cancer
10 and cancer biology, cancer causation,
11 anything like that?
12          MR. SLATER: Objection. You
13 can answer.
14      A      I'm sure talks that I've
15 given have dealt with those issues. I
16 don't know if any of them were
17 specifically and exclusively on those
18 issues.
19      Q      So you may have been talking
20 about pathology issues, and something
21 related to cancer came up?
22      A      Yeah. You can't really
23 separate pathology and cancer this way.
24 Cancer is a major concern of pathology.
25 If there was no cancer, you know, we'd

47 (Pages 182 - 185)

Page 186

1 have maybe 10 percent of the pathologists
2 that we have.
3    Q    But etiology of cancer is
4 not part and parcel of what you do every
5 day? We've already discussed that;
6 right?
7        MR. SLATER: Objection. You
8    can answer.
9    A    Well, I want to make sure
10 we're clear on that point. I said I
11 don't include in the etiology in a report
12 for an individual patient in most
13 instances. And that is true. But
14 knowing the etiology of cancers and what
15 causes cancer, what's the pathobiology of
16 cancer from both the population level
17 down to a molecular level is definitely
18 part and parcel of what a pathologist
19 needs to know.
20    Q    But you don't always know
21 the pathobiology, nor the etiology of
22 cancer when you're writing your reports,
23 do you?
24        MR. SLATER: Objection. You
25    can answer.

Page 187

1    Q    You couldn't; right?
2    A    It depends how high up you
3 want to go with that question. Do I know
4 an etiology for every cancer I diagnose?
5 No. But I'm aware of the molecular
6 mechanisms behind any cancer I would
7 diagnose. So in a narrow level, the
8 answer usually is yes. On a broad level,
9 it's sometimes yes, sometimes no.
10    Q    Because as you say on page
11 11, we've looked at this before, "Cancer
12 is a multifactorial disease. Permissive
13 genetics, environmental exposures,
14 epigenetics, random chance, bad luck all
15 contribute to carcinogenesis."
16        You don't know what's
17 happening with people in all of those
18 areas, do you?
19        MR. SLATER: Objection. You
20    can answer.
21    A    I haven't cited to a lot of
22 those areas. I don't necessarily have a
23 complete picture of all of them.
24    Q    I want to just quickly --
25 you said you make cancer diagnosis 6,000

Page 188

1 times a year; correct?
2        MR. SLATER: Objection. You
3    can answer.
4    A    I believe I said I examined
5 around 6,000 specimens per year.
6    Q    I'm sorry.
7        And 10 percent of cancer,
8 that's 600?
9    A    Yeah. I think that that's
10 directionally right.
11    Q    So about 600 patients a
12 year.
13        You can't possibly know the
14 multifactorial issues that you just
15 raised in your own report for those 600
16 patients, can you?
17        MR. SLATER: Objection. You
18    can answer.
19    A    Yeah. I mean again, it
20 depends on -- it depends largely on how
21 wide or narrow you want to make that
22 question. It's really not a question I
23 can answer in that context. There are
24 things I know and things I don't know.
25    Q    And the factors that you

Page 189

1 listed there are just a small part of the
2 real multifactorial set of issues that
3 can cause cancer; right?
4    A    I wouldn't say that genetics
5 environment, epigenetics and chance
6 constitute a small part. I would say
7 that probably constitutes a large part.
8    Q    You mean the broad swaths
9 you describe in there?
10    A    Yes.
11    Q    Everybody has bad luck?
12        MR. SLATER: Objection. You
13    can answer.
14    A    Yeah. I mean as I say,
15 cancer is a multifactorial disease. I
16 listed some of the most important factors
17 here, some of which I might know, some of
18 which I don't know when I diagnose a
19 particular patient. But it is important
20 for a pathologist to have a working
21 knowledge of all of these things at a
22 high level at least.
23    Q    And how do you get the
24 working knowledge? You're not talking to
25 the patient; correct?

48 (Pages 186 - 189)

Page 190

1    A    Yeah.
2    Q    So you look at medical
3 records?
4          MR. SLATER: Objection. You
5    can answer.
6    A    Well, I mean I look at the
7 patient medical records and the medical
8 and scientific literature.
9    Q    But in terms of, you said
10 here, it's important for a pathologist to
11 have a working knowledge of these things
12 at a high level.
13          And I'm asking, in your
14 given 600 patients per year of cancer,
15 20 percent of which are of the liver, the
16 ones that we've talked about, again,
17 working knowledge would come from either
18 discussion with the referring doctor,
19 doctors treating the patient, Number One;
20 Number Two, the medical records; right?
21          MR. SLATER: Objection. You
22    could answer.
23    A    That's not always the case;
24 you know, for liver cancers, I might look
25 at the benign liver next to the tumor and

Page 191

1 see features of alcohol, cirrhosis, for
2 example. So then I can get the
3 information I need right off the slide.
4 Other times I might talk to the
5 submitting physician. I might read the
6 patient's chart. I might go to the
7 medical and scientific literature. Any
8 of those things would be not out of the
9 standard way to do things.
10    Q    But from your perspective,
11 just so we're clear before we move off of
12 this, in terms of the factors, the ones
13 you list here -- permissive generics,
14 environmental exposures, epigenetics and
15 random chance -- are the top ones for
16 you? Those are the top factors; correct?
17          MR. SLATER: Objection. You
18    can answer.
19    Q    That's why you put them in
20 your report?
21    A    Yeah. I think those are
22 probably the most powerful predictors of
23 cancer development.
24          THE VIDEOGRAPHER: We're now
25    off the record. The time is

Page 192

1    1:01 p.m. Eastern Time.
2          (A lunch recess was taken.)
3          THE VIDEOGRAPHER: We are
4    now back on the record. The time is
5    1:43 p.m. Eastern Time.
6    Q    Thank you, Doctor. Welcome
7 back after lunch.
8    A    Thank you.
9    Q    We'll just pick up. Just a
10 couple of questions still lingering from
11 before that I want to go back to before
12 we go forward. And that's on page 11 of
13 your report. I don't know that I ever
14 got an answer from you about what your
15 definition of significant exposure is.
16 Can you tell us?
17    A    Sure. Are you asking in a
18 general sense or as it relates to NDMA?
19    Q    Well, you said, "Therefore,
20 for any patient who develops cancer, and
21 is known to have a significant exposure
22 to a probable human carcinogen."
23          I'm talking about in that
24 sentence, what are you referring to?
25    A    Well, significant would

Page 193

1 depend on the carcinogen.
2    Q    So you don't have any
3 parameters; you're just saying whatever
4 it is in a given situation?
5          MR. SLATER: Objection. You
6    can answer.
7    A    Well, I have plenty of
8 parameters. But the parameters would be
9 different if we're talking about --
10 depending on the carcinogen in question.
11 If you want to go to NDMA specifically,
12 the dietary literature seems to show a
13 fact that around 100 nanograms per day,
14 the FDA has set their maximum allowable
15 amount at 96 nanograms per day. So I
16 mean anything above the FDA's maximum
17 allowable would strike me as significant
18 exposure.
19    Q    What do you have as the
20 FDA's maximum allowable?
21    A    96 nanograms per day in a
22 pill.
23    Q    So basically, the purpose of
24 this page of your report, when you use
25 the words "significant exposure" related

49 (Pages 190 - 193)

Page 194

1 to NDMA, you're talking about anything
2 over 96 nanograms?
3     A     To the extent that this
4 sentence wasn't specifically about NDMA.
5 And as I said, the specifics of what is
6 significant would depend on the
7 situation. I mean as far as NDMA, even
8 the FDA maximum allowable is an interim
9 maximum allowable. We can live with that
10 for now. The goal is to get to zero
11 because it's a carcinogen. And there is
12 no known safe intake amount. But
13 certainly, 96 nanograms or above is
14 significant. Less may be significant as
15 well.
16     Q     But for the purpose of this
17 when you use significant, I think you
18 already gave the answer, you're using the
19 96 nanograms by the FDA, and anything
20 above that would be significant?
21         MR. SLATER: Objection. You
22     can answer again.
23     Q     Would you say that?
24     A     Anything above that is
25 definitely significant. I'm not ruling

Page 195

1 out the possibility that less is
2 significant.
3     Q     But sitting here today,
4 you're using 96 as significant?
5         MR. SLATER: Objection. You
6     could answer.
7     A     I think it's a reasonable
8 shorthand for the time being.
9     Q     One other question about
10 something from earlier.
11         I think you'll agree with us
12 that in terms of the etiology of cancer,
13 you can't diagnose or know that from
14 looking at a slide or specimen; true?
15         MR. SLATER: Objection. You
16     can answer.
17     A     No. I said I wouldn't agree
18 with that.
19     Q     Do you think you can tell
20 the sources and using the multifactorial
21 from looking at the specimen?
22         MR. SLATER: Objection. You
23     can answer.
24     A     Well, you said it as a rule
25 that you can't identify the source of the

Page 196

1 etiology of a cancer by looking at the
2 slide. There are many instances in which
3 you can, not all instances, but it's not
4 a blanket statement that I would make,
5 one way or the other.
6         The aforementioned
7 HPV-related cancers, I can usually tell
8 just by looking at the slide, whether
9 they are or are not. Liver cancers, I
10 can almost always tell what the cause of
11 the liver cancer was by looking at the
12 slide; you know, lung cancers, you might
13 find an emphysematous lung in which case
14 it would indicate cigarette smoking. So
15 there are many times in which --
16 including common situations which you can
17 certainly diagnose the cause or know the
18 etiology of the cancer.
19     Q     There are certain instances
20 where you can, but there are many
21 instances where you cannot; correct?
22     A     Yeah. There are both
23 instances where you can and instances
24 where you can't.
25     Q     If you talk about

Page 197

1 environmental exposures, genetics, random
2 choice, you wouldn't be able to discern
3 those using your list from looking at a
4 slide?
5         MR. SLATER: Objection.
6     A     Well, as I just mentioned, a
7 lot of the environmental exposures can be
8 figured out by looking at the slides. So
9 that one, yes. Whether -- the person's
10 genetics, there are certainly some tumors
11 that are related to genetic syndromes and
12 have a specific histologic phenotype
13 which I can diagnose. Epigenetic
14 changes, there are certain types of colon
15 cancer, for example, that are thought to
16 be caused by epigenetic phenomenon which
17 do have a characteristic histologic
18 appearance which I could recognize. So I
19 would just avoid blanket statements in
20 that regard because there are different
21 scenarios.
22     Q     What about let's say, No. 4,
23 random chance, bad luck? You can't piece
24 that together to discern from looking at
25 a slide, can you?

50 (Pages 194 - 197)

Page 198

1         MR. SLATER: Objection. You
2    can answer.
3    A    I can't tell you how many
4    times I've looked at this slide and
5    thought, this poor person, that's really
6    an awful lot.
7    Q    Right.
8         But what I'm asking you
9    about --
10   A    At least in that scenario.
11   Q    And I think what I
12   understood you just said is that there
13   are some instances where there's a
14   specific marker, if you will, a specific
15   pattern on the slide, and there, you can
16   tell an etiology; right?
17   A    Yeah.
18        There are many instances
19   where you just cannot tell looking at a
20   slide, you have to piece together the
21   clinical, pathological points that we
22   made earlier, consulting with another
23   doctor, looking at the medical history;
24   right?
25   A    Both of those are scenarios,

Page 199

1    yeah.
2    Q    Now, obviously, your report,
3    which was signed off on July 6th, we're
4    going to accept that as July 26th, you
5    still stand by everything in it; correct?
6    A    Yes, other than the
7    reference issue that we -- the citation
8    issue that we addressed.
9    Q    What you said about that is
10   you wanted to add a cite, not remove a
11   cite?
12        MR. SLATER: Objection.
13   A    Well, the citation that
14   is -- I cited to the wrong Jakszyn paper
15   in that -- I think it's No. 36. And I
16   meant to cite to the one that we
17   provided.
18   Q    You're not backing off of
19   the original 36, are you?
20   A    Well, the original 36, I
21   think I used for a different context.
22   And so in whatever other context I used
23   it, I still stand by that, that usage.
24   It's just where I used it on whatever
25   page that was, I meant to cite a

Page 200

1    different article there.
2    Q    Right. Understood. It was
3    in the wrong place.
4         But you still stand by that
5    original 36 as being an important
6    article; correct?
7    A    Let me see what it is. I
8    remember the author because of the
9    citation. But let me see what the
10   article is. Yeah. I mean this is one of
11   many articles that I considered, was of
12   some importance.
13        I mean really, there are --
14   I'm not so sure that there's one article
15   that blows any of the others away. It's
16   a weight of evidence approach where I
17   looked at all the relevant literature.
18   And they all contributed, one way or the
19   other, to my understanding of the issue.
20   Q    How many of the articles
21   that you relied on were dietary ones as
22   you described it?
23   A    Pretty good number. If you
24   want to know an exact number, we can go
25   through them.

Page 201

1    Q    It's okay.
2    A    A decent proportion.
3    Q    I was going to say, would
4    you agree that the vast majority of the
5    articles you cite to are dietary ones
6    that you talked about before?
7         MR. SLATER: Objection. You
8    can answer.
9    A    Vast majority, I think,
10   might be a little bit of an
11   overstatement. I think dietary studies
12   certainly provide a good -- a good
13   portion, some significant portion of the
14   basis of my opinions. But those aren't
15   the only evidence.
16        I mean we also have
17   industrial exposure evidence. We have
18   what is -- we have what could be
19   considered almost an ecological type
20   study where they were looking at the
21   urine of patients in China with cancers
22   of the esophagus. Then we have
23   experimental models in animals. And we
24   have statements from regulatory agencies.
25        Finally, we have some, at

51 (Pages 198 - 201)

Page 202

1 least preliminary data in humans related
2 to drugs and I think the Al-Kindi
3 article, for example, where they were
4 looking at the incidents of neoplasms in
5 Valsartan patients before and after the
6 FDA recall. I think that's a really
7 important article.
8    Q    We're going to go through
9 all those.
10    Sorry. You're still
11 answering?
12    A    Yes. The main gist of that
13 article was, it's very interesting to me
14 because the relative risk of reporting
15 neoplasms associated with Valsartan is,
16 went from 1.7 pre-announcement to like
17 7-point-something post-announcement. So
18 the author said, oh, my God, these people
19 panicked. And they started reporting
20 neoplastic adverse events because of news
21 media or whatever. But it's very
22 striking to me that there is a 1.7
23 relative risk before the announcements
24 were made. So that meant the patients
25 who were using Valsartan were 70 percent

Page 203

1 more likely to report a neoplastic
2 adverse event compared to other ARB
3 users. So I think that's a really scary
4 number. And I mean as a doctor, it
5 scares me.
6    MS. COHEN: Move to strike
7    the part that's not responsive.
8    Q    Let's look at in your
9 report, page 3, if you will. So if we
10 look at your report and take it in
11 pieces, if you will.
12    A    Sure.
13    Q    It's 33 pages.
14    The first, we start with the
15 introduction and the key question which
16 we talked about earlier.
17    And then this background
18 that covers part of page -- well, it
19 covers page 2.
20    A    Okay.
21    Q    Tell me if you agree with me
22 on that.
23    MR. SLATER: Objection. You
24    can answer.
25    A    I agree that page 2 seems to

Page 204

1 deal predominantly with background
2 information.
3    Q    Page 3 talked about again
4 the methodology that you're going to
5 apply in this case, as we already talked
6 about, about six lines down. Then we get
7 to the background section next, starting
8 at the bottom -- halfway about page 3.
9    And the first sentence
10 is, "NDMA and NDEA are volatile organic
11 compounds known as nitrosamines, found in
12 certain foods, cigarette smoke, water,
13 and other sources as is germane to this
14 discussion, certain medications."
15    And then you cite to
16 References 2, 3 and 4; right?
17    MR. SLATER: Objection.
18    Lack of foundation. Inaccurately
19    read. You can answer.
20    Q    I'm sorry. Do you not have
21 foundation for this? Do you feel not
22 qualified --
23    MR. SLATER: My objection
24    was to you not reading the report
25    accurately, asking to confirm the

Page 205

1    report was accurately read.
2    Q    Do you feel qualified to
3 speak to this sentence?
4    A    The sentence as you read it,
5 yes.
6    Q    You can read it right there?
7    A    Yes.
8    Q    If I skip the parens?
9    A    Yeah.
10    Q    Certainly, you can look at
11 that.
12    MR. SLATER: Objection.
13    Lack of foundation.
14    Q    And if we look at page 34,
15 which is where the citations are, and
16 Cite 2 is the article by Sörgel. I
17 assume you read that one?
18    A    Yes.
19    Q    And you read all the
20 articles that are cited herein?
21    A    I did.
22    Q    Let's get that one pulled
23 out, if we can. Just for reference
24 purposes, just so we're all on the same
25 page, some of these articles, you cite to

52 (Pages 202 - 205)

Page 206

1 in multiple places; is that correct?  If
2 you look at page 7, just so you know
3 where we're going on this, page 3.  Then
4 we also cite to the same article on page
5 7.  I want to make sure we're all
6 tracking this.
7        MR. SLATER:  What article
8   are you talking about?
9        MS. COHEN:  I'm going to
10  hand it to you.  This is the Sörgel
11  article which we're going to mark as
12  9.
13       (The above-referred-to
14  document was marked as Exhibit 9 for
15  identification, as of this date.)
16       MS. COHEN:  I'll give a copy
17  to the doctor.  Do you need this one,
18  Clem?
19       MR. TRISCHLER:  If you have
20  it, great.  If not, don't worry about
21  it, Lori.
22  Q      So first of all, on page 3,
23 where we started, you're citing to
24 this -- for the proposition that NDMA,
25 NDEA are volatile organic compounds found

Page 207

1 in various sources; correct?
2        MR. SLATER:  Objection.  You
3   can answer.
4  A      Yeah.  I think I probably
5 used this reference to relate to the part
6 that it was found in Valsartan.
7  Q      But, again, the sentence
8 here doesn't distinguish between 2, 3,
9 and 4; it basically says, the sentence I
10 read, and you cite to this article?
11       MR. SLATER:  Objection for
12   multiple reasons, including
13   argumentative.  You can answer.
14  A      The sentence makes various
15 claims.  And they are backed by the
16 References 2, 3, 4 of which this is one.
17  Q      So this is Article 2, and
18 it's listed there -- right there after
19 the first sentence.  Then on page 7, if
20 you look over that one where you cite to
21 it again.  And here, it says-- I'm going
22 to start at the beginning of that one.
23       "The German central pharmacy
24 (German's FDA equivalent) collected
25 Valsartan pills from various

Page 208

1 manufacturers.  They found between 3,700
2 ng per pill to 22,000 ng per pill in
3 pills using the API produced by ZHP."
4        And your sentence is, "This
5 paper equated a pill of Valsartan as
6 being similar to smoking a package of
7 cigarettes as far as cancer-free from
8 NDMA."
9        Did I read that correctly?
10       MR. SLATER:  Objection.
11  Lack of foundation.
12  A      "Cancer risk NDMA."
13  Q      Let me try it again.
14       Package of cigarettes as far
15 as cancer risk from NDMA, and you cite to
16 this; right?
17  A      Yes.
18  Q      First of all, you're not an
19 FDA regulatory expert; correct?
20  A      Correct.
21  Q      And you -- I take it, you
22 are not an expert on the German Central
23 Pharmacy which is the FDA equivalent;
24 correct?
25  A      This is what I understood it

Page 209

1 to be.
2  Q      I'm just --
3  A      I studied the
4 organization -- I haven't studied the
5 organization in particular detail.
6  Q      Have you even heard it
7 before this litigation case?
8  A      The German Central Pharmacy?
9  Q      Yes.
10  A      Not that I recall.
11  Q      This is obviously something
12 new to you.
13       But am I correct that you're
14 citing this sentence about a pill of
15 Valsartan as being equivalent to smoking
16 a package of cigarettes?
17       MR. SLATER:  Objection.  You
18   can answer.
19  A      Could you repeat the
20 question?
21  Q      So you see No. 2, that's a
22 reference right at the end of that
23 paragraph?
24  A      Yes.
25  Q      The sentence that you cite,

53 (Pages 206 - 209)

1 reference to that is this paper equated a
2 pill of Valsartan as being similar to
3 smoking a package of cigarettes as far as
4 cancer risk from NDMA. That's what you
5 said in this article; right?
6    A    Yes. That's what I said.
7    Q    Can you show me where in
8 this article it says that?
9    A    Okay. It's going to take me
10 some time to find, but sure.
11    Q    Before you embark on that,
12 let me ask this question.
13        Did you re-review all the
14 articles you cited from your report to
15 get ready for today or did you just again
16 not re-review them all, stand by the
17 articles that you had cited?
18        MR. SLATER: Objection. You
19    can answer.
20    A    I certainly re-reviewed a
21 number of them. I don't think I
22 re-reviewed every single one.
23    Q    Did you re-review this one?
24    A    Not to my recollection.
25    Q    So if you can look at this,

1 tell me where you got that statement.
2    A    Sure. Okay. Well, the
3 first relevant portion I see here is in
4 Table 5, the 53.8 parts per million --
5 not Table 4. It's on Table 5, I guess.
6 But let's look at page 399, Section 3.4,
7 Tablets Tested. 53.8 parts per million
8 and highest dose, which is 320 mg, around
9 20-some-odd thousand nanograms per pill.
10 Package of cigarettes has about 17 to
11 22,000 nanograms of NDMA. So it's in
12 that range.
13    Q    The article itself doesn't
14 make that statement, though, does it?
15    A    Equate to the cigarettes?
16    Q    Yes.
17    A    I don't see it now. It may
18 be in here. I don't see it there now but
19 does give that amount of NDMA.
20    Q    Right.
21        But in terms of the
22 statement that this paper equated a pill
23 of Valsartan similar to smoking a pack of
24 cigarettes as far as cancerous, those
25 words are not in this article, are they?

1    A    I'd have to look some more
2 to see if that's in there or not
3 specifically.
4    Q    Look at page 404 under the
5 conclusion. And, again, I could have
6 missed that. I will state that on the
7 record. I'm sure Mr. Slater will agree I
8 missed things before. But this to me is
9 the only reference to the cigarettes on
10 page 404 under 5, talking about a
11 reference to a paper reducing nicotine in
12 cigarettes.
13    A    Well, two possibilities.
14 One is that I forgot the reference or
15 messed up the reference there or that I
16 just extrapolated the fact that they
17 showed 20-some-odd thousand nanograms of
18 NDMA which is a massive amount per pill
19 with the fact that it's -- that's about
20 what's in the package of cigarettes. So
21 it's possible that I wrote that badly.
22 I'm not totally sure. Or maybe it's in
23 here. And we just haven't found it yet.
24    Q    You would agree a statement
25 like that, which is pretty salacious, if

1 you will -- let me strike that because
2 I'm getting a laugh across the table.
3        MR. SLATER: I didn't laugh,
4    counsel. For the record, I did not
5    laugh.
6    Q    A pretty serious accusation
7 that a pill is the same as smoking a
8 package of cigarettes, I mean you want to
9 be careful about statements like that in
10 official reports; correct?
11        MR. SLATER: Objection. You
12    could answer.
13    A    Sure, sure. And the crucial
14 point is this paper did show up to
15 22,000 nanograms per pill. And that is
16 about the equivalent of what you find in
17 a package of cigarettes. So I mean it's
18 not -- it may be that I could have
19 written that sentence better. There's a
20 lot of sentences there. And possibly, I
21 could have been -- possibly, it's in
22 here, or possibly, I could have written
23 it better. But the main point is, this
24 is a massive amount of a carcinogen found
25 in these pills.

54 (Pages 210 - 213)

Page 214

1    Q    Right.
2         But the German Central
3  Pharmacy, the German's FDA equivalent,
4  unless you find it, and I'm getting you a
5  chance to do that later, never said that
6  a pill of Valsartan was equivalent to
7  smoking a pack of cigarettes as far as we
8  know?
9         MR. SLATER: Objection.
10   A    They said it had up to
11  22,000 nanograms per pill which is
12  equivalent to a package of cigarettes.
13  Whether they made that specific, I
14  thought they did. It's possible I made
15  an error or wrote unclearly. But they
16  did establish a level of NDMA in these
17  pills which is equivalent to a package of
18  cigarettes.
19   Q    Right. But let me just get
20  this straight so I understand what we
21  could take from your report.
22         When you have a reference
23  after a sentence and you say this paper,
24  you're suggesting that the paper covers
25  that point; right?

Page 215

1    A    Yes.
2    Q    And you're suggesting that
3  what you put down in the official expert
4  report is in here, in the paper; correct?
5         MR. SLATER: Objection. You
6    can answer.
7    Q    That's what you're
8  suggesting about that reference; correct?
9    A    Yeah. As I said, it's
10  possible I made a mistake with the
11  reference, or I wrote the sentence a
12  little bit sloppily. It's possible. But
13  the central point there, that, you know,
14  this group found a massive amount of NDMA
15  in Valsartan, an amount of which is
16  equivalent to a package of cigarettes.
17   Q    Now, do you know what other
18  errors or mistakes in terms of references
19  are in the report? Have you spotted any
20  other ones since you gone back and read
21  it a couple of more times?
22         MR. SLATER: Objection for
23    multiple reasons including foundation
24    and argumentative.
25   A    Sure. The one we discussed

Page 216

1  yesterday.
2    Q    The paper, just misciting
3  the paper. But in terms of having a
4  statement like this as attributed to a
5  regulatory agency that isn't in the
6  paper, you're not aware of any other
7  off-the-cuff error; right?
8         MR. SLATER: Objection. You
9    can answer the question.
10   A    I am unaware of any other
11  errors.
12   Q    If you come across any, will
13  you tell me?
14   A    Sure.
15   Q    I know you said at Columbia
16  since you became associate professor,
17  there was like a change in the curriculum
18  vitae and the parameters of that,
19  requirements. Do you remember that?
20   A    I do.
21   Q    Are there any parameters at
22  Columbia about papers you write, papers
23  you author, citations? Do they have any
24  like specific rigor required for some of
25  those things?

Page 217

1         MR. SLATER: Objection.
2    Q    Is there any board --
3  obviously, plagiarism would be a bad
4  thing.
5         Is there any board that
6  reviews papers that professors at
7  Columbia write?
8         MR. SLATER: Objection. You
9    could answer.
10   A    Not to my knowledge.
11   Q    There's no panel that has to
12  review them since they're going out under
13  your name which is under the auspices of
14  Columbia?
15         MR. SLATER: Objection. You
16    can answer.
17   A    They're Peer Reviewed by the
18  journals.
19   Q    But the university
20  doesn't -- the institution doesn't weigh
21  in on that?
22         MR. SLATER: Objection.
23    Asked and answered multiple times.
24    You can answer again. It's counsel's
25    time. If she wants to ask the same

55 (Pages 214 - 217)

Page 218

1    question over and over, she can.
2    A    No.
3    Q    You have another citation on
4    page 3 of your report.  And I'll make
5    sure I have the right one.  You cite to
6    an article, I found the reference, I
7    think it's 31.  Which one is this one?
8    Oh.  3.  Reference 3 and page 3.  Okay.
9        So this is the agency EM.
10   A    Okay.
11   Q    Referral under Article 31 of
12   directive -- you see the numbers there.
13   This is another one that you cite to.
14   A    Okay.
15   Q    Do you understand this was
16   written in 2019 after the recall of
17   Valsartan?
18   A    Yes.
19   Q    And you're citing it in the
20   same place for that same reference about
21   NDMA and NDEA being volatile organic
22   compounds on various other sources.  It's
23   in the same spot.
24       MS. COHEN:  I'll make this
25   No. 10.

Page 219

1        (The above-referred-to
2    document was marked as Exhibit 10 for
3    identification, as of this date.)
4    Q    This is the European
5    Medicines Agency.
6        What do you know about this
7    group?
8    A    This group, to my
9    understanding, is like an EU, an EU FDA
10   equivalent.
11   Q    And have you -- did you know
12   anything about this group before this
13   litigation, getting involved as an expert
14   here?
15   A    I may have heard of them.  I
16   wouldn't say I'm deeply familiar with
17   them.
18   Q    So let's look at this one.
19       I think you said this
20   earlier, that NDMA can be created within
21   the body; correct?
22   A    Yes.
23   Q    Which means it's an
24   endogenous source of NDMA; correct?
25   A    There is endogenous creation

Page 220

1    of NDMA, yes.
2    Q    And let's turn to page 16 of
3    this paper.  We'll go to the paragraph
4    that starts with -- and, again, did you
5    read everything in these articles that
6    you cited to?
7    A    I read -- depends on the
8    article.  I couldn't say I read every
9    word of every article I read.
10   Q    It's not going to be a
11   memory test.  I promise.
12   A    I read the substance of
13   every article.  And some of them in
14   tremendous detail; some of them were a
15   little bit less detailed.
16   Q    Was this one that you were
17   focused on?
18   A    I read this one with some
19   good attention to detail, yeah.
20   Q    Because it was an agency?
21       MR. SLATER:  Objection.
22   Q    Do you tend to give those
23   more weight?
24       MR. SLATER:  Objection.  You
25   can answer.

Page 221

1    A    Well, I looked at
2    everything.  I put everything together,
3    the studies, the agencies, everything.
4    This one is quite germane to the topic.
5    I did read it in detail.
6    Q    So on page 16, it says, "As
7    happening in a real life context, intake
8    of NDMA and NDEA --
9        MR. SLATER:  I'm sorry.
10   Where are you?  I'm just trying to
11   find where you're reading.
12       MS. COHEN:  Page 16.
13       MR. SLATER:  I know the
14   page.  I don't know where you're
15   reading.
16       MS. COHEN:  Second full
17   paragraph, starting at the first of
18   that.
19   Q    "As happening in real life
20   context, intake of NDMA and NDEA should
21   be seen in relation to the overall intake
22   of carcinogens, e.g., as benozo[a]pyrene
23   and other PAHs -- I'm probably saying
24   that wrong -- and also other nitrosamines
25   that are present in common food sources

56 (Pages 218 - 221)

1 such as grilled meat. Exogenous intake
2 of NDMA and NDEA is however considered to
3 be lower than intake of some other
4 carcinogens."
5        Did I capture that right?
6    A    You read it correctly.
7    Q    And then it says, "The
8 amount of NDMA and NDEA coming from
9 endogenous sources through conversion of
10 amines to NDMA and NDEA in gastric and
11 other acid tissue environments is
12 described to be higher than general
13 exogenous exposure."
14        Let me tell you what my
15 interpretation of that is. You tell me
16 if I'm wrong or right.
17        That means the body is
18 producing a significant amount of NDMA on
19 its own; right?
20    A    So it's a very interesting
21 and somewhat controversial area. The
22 first thing to establish there is that
23 any study that has looked at endogenous
24 production of NDMA is doing it by
25 modeling and by inference. There's not

1 really any way to study, to measure that.
2 You'd have to, I don't know, vaporize a
3 human and perform a chromatography on
4 them. So there's no measurement. It's
5 all by inference. And there are some
6 studies, I think some of the ones that
7 are referred to here, are also referred
8 to by Hrudey, et al. that do point to
9 very high levels of endogenous and NDMA
10 production.
11        On the other hand, there are
12 some like Choi, which I believe I've
13 referenced in my report, which show a
14 much less, a much lower level of
15 endogenous production. So I don't think
16 that we really know precisely how much
17 NDMA is made within the body
18 endogenously.
19        And the other thing is that
20 it's highly dependent on a lot of other
21 factors, such as what are you eating,
22 like why are nitrites carcinogenic.
23 Nitrites are considered carcinogenic
24 because they're converted to NDMA when
25 eating proteins in the acidic environment

1 of the stomach. It's hard to point to a
2 baseline of endogenous NDMA production.
3    Q    You agree with this paper
4 that you cite to and rely upon in your
5 report that, again, the body's producing
6 a significant amount of NDMA --
7 correct? -- endogenously?
8    A    Yes.
9    Q    You did not sort of factor
10 that into your analysis of looking at the
11 big question that started off your
12 report? You didn't try to do any
13 determination as to what impact that had;
14 correct?
15        MR. SLATER: Objection. You
16    can answer the question.
17    Q    Did you come up with any
18 measurements?
19        MR. SLATER: Objection. So
20    which question is it?
21    A    I'm sorry. I was thinking
22 about the first question.
23    Q    It was a recap of that one.
24        MR. SLATER: Objection.
25    Lack of foundation.

1    Q    If you're not comfortable
2 answering this, let me know.
3        MR. SLATER: Objection. I'm
4    asking counsel, what is this? We
5    don't know which question you're
6    referring to.
7    Q    Are you uncomfortable
8 answering this? If you're not capable of
9 this answering this, just let me know.
10        MR. SLATER: Objection.
11    Argumentative. Harassing.
12    A    Okay. So the question is,
13 did I consider endogenous NDMA?
14    Q    Yes.
15    A    I certainly did.
16    Q    Did you come up with any
17 measurements, was my next question?
18    A    A measurement of endogenous
19 NDMA formation?
20    Q    Yes.
21    A    Yes. As I said, I saw
22 numerous sources. They ranged widely on
23 how much there is. So, you know, when
24 you look at dietary studies, presumably,
25 those people are all making endogenous

Page 226

1 NDMA. So if the studies still show a
2 signal, that the exogenous NDMA is potent
3 with respect to cancer, which many of
4 them, though not all, many of them do,
5 then you would assume that the correction
6 for endogenous NDMA had been made,
7 particularly since some of them
8 explicitly studied nitrite consumption,
9 protein consumption, et cetera.
10    Q    And on page 3, again,
11 further down in the next sentence, you
12 say, "NDMA can also be created within the
13 body," kind of making that same point
14 that's in the article; right?
15    A    Yes.
16    Q    And you're talking about
17 what circumstances after ingestion of
18 nitrates and nitrates plus proteins are
19 the point that we're making here;
20 correct?
21    A    Nitrites.
22    Q    Do you know how to correlate
23 or compare the level of NDMA in a
24 Valsartan tablet versus the amount that's
25 being made endogenously?

Page 227

1        MR. SLATER: Objection. You
2    can answer.
3    A    In my opinion, having looked
4 at the literature on endogenous
5 formation, I don't think that there is a
6 solid evidentiary basis to make that
7 comparison. As I said, I saw widely
8 varying models as to how much endogenous
9 NDMA is produced.
10       And furthermore, there is no
11 direct study. There is no measurement of
12 it. There's only a model of inference.
13 And they vary greatly.
14    Q    Do you know the amount of
15 endogenous -- or do you have an opinion
16 whether the amount of endogenously
17 produced NDMA is more or less than the
18 FDA's stated acceptable intake levels of
19 96 ngs per day in the Valsartan
20 320-milligram tablets?
21       MR. SLATER: Objection to
22    the question. You can answer.
23    A    I think almost all sources
24 certainly think it's more than
25 96 nanograms per day. I haven't seen any

Page 228

1 studies that say endogenous production is
2 less than 96 nanograms per day. But
3 those numbers do vary quite a bit as to
4 how much the endogenous production is.
5        And, you know, NDMA is
6 carcinogenic and probably on a dose
7 response curve. So more of it is bad.
8 So if I already have X amount that I'm
9 making and then I start taking Y amount,
10 Y has hurt me.
11    Q    You have no reason to
12 believe that the NDMA, which is produced
13 endogenously, is any different or less
14 toxic than the exposure to the exogenous
15 sources of the NDMA; true?
16       MR. SLATER: Objection. You
17    can answer.
18    A    I don't think that that's
19 really known at this point.
20    Q    And you don't have an
21 opinion about that, therefore; correct?
22       MR. SLATER: Objection. You
23    can answer.
24    A    I leave open the
25 possibilities that it could be more or

Page 229

1 less toxic.
2    Q    In other words, you do not
3 have an expert opinion on that topic;
4 correct?
5        MR. SLATER: Objection. You
6    can answer.
7    A    Just to clarify, the
8 question is, on whether endogenous versus
9 exogenous is more or less dangerous?
10    Q    Yes.
11    A    Well, not to a reasonable
12 degree of scientific certainty.
13    Q    Okay. Fair enough.
14       Let's look at the -- let's
15 see. So the next exhibit will be --
16       MR. SLATER: What was the
17    EMA document?
18       MS. COHEN: 10. We'll mark
19    as 11 the original Jakszyn.
20       (The above-referred-to
21    document was marked as Exhibit 11 for
22    identification, as of this date.)
23    Q    And I'll refer you to the
24 cites. This is Footnote 36 in the
25 report. And that's the one that was

58 (Pages 226 - 229)

Page 230

1 originally there which we got last night.
2 And then page 16 is I think where it's
3 cited. And it's not really an
4 appropriate cite right there. Is that
5 what you were telling me before?
6         MR. SLATER: Objection.
7     A    Yes, correct. On 16, the
8 reference should not go to this report.
9 It belongs to the other Jakszyn paper.
10    Q    And you already told me that
11 it's still applicable to the report
12 overall -- let's look at under the
13 discussion part. And it says -- this is
14 1499. It's the page on Discussion.
15        "This is the first study
16 reporting relationships between both
17 endogenous and exogenous exposures to
18 NOCs and GC risk. The exposure of NDMA
19 from food was less than 1 per day,
20 whereas that from ENOC was 93 per day
21 (Table 1)."
22        And then it says, "We found
23 that non-cardia GC was positively
24 associated with ENOC exposure but not
25 with dietary NDMA."

Page 231

1         Do you see that?
2     A    I do.
3     Q    And then if you turn to
4 Table 1, which shows that the mean daily
5 exposure to endogenously produced
6 N-nitroso compounds to be 93, is that MG?
7     A    Microgram.
8     Q    Per day. Thank you.
9         Can you convert what 93.05
10 microgram per day is in terms of ng per
11 day?
12    A    Sure. 93,000.
13    Q    And, of course, 93.05 would
14 be 93,050 to be exact; right?
15    A    Yes.
16    Q    Did you know -- and, again,
17 there's been some reports on this -- that
18 the endogenous production of NDMA
19 estimated to result in exposures that are
20 approximately 1,875 higher than the
21 highest estimated levels of exogenous
22 exposure due to the preformed NDMA in the
23 food, drinking water and such? Do you
24 read that?
25    A    Well, as I said, I looked at

Page 232

1 multiple studies with respect to
2 endogenous formation of NDMA. And the
3 results varied greatly. There are
4 studies I believe that are in Hrudey or
5 referenced at least in Hrudey which come
6 up with numbers like the one you just
7 said. There are others like Choi, which
8 are more on the order -- it's about
9 1,000, 1,300 nanograms per day.
10        But irrespective of what the
11 baseline is, we still have the dietary
12 studies, which fully weighted, you know,
13 looking at them in their totality show an
14 effect for doses of NDMA, you know,
15 really getting into a little over
16 100 nanograms per day.
17    Q    But you've seen this
18 article; you read that part of
19 it --right?-- when you read it or maybe
20 not?
21    A    Yes.
22    Q    Again, you cited to it
23 originally?
24    A    Yes.
25    Q    And you knew from this that

Page 233

1 there were studies -- this says this is
2 the first study reporting relationships
3 that show that the endogenous biochemical
4 processes are far greater in terms of
5 contribution to genome mutation than
6 exogenous. You came across this and in
7 other studies like this; right?
8         MR. SLATER: Objection. You
9     could answer.
10    A    Yeah. As I said, there are
11 studies that show a lot of endogenous
12 formation. There are studies that show
13 much less. And these are all estimates.
14 These are models.
15    Q    You were not given the
16 report -- we may mark it at some point --
17 the report of Lewis Chodosh, M.D., Ph.D.?
18    A    No.
19    Q    Have you heard of him?
20    A    No.
21    Q    Do you know who he is in
22 this case?
23    A    I think you mentioned him as
24 a defense expert earlier.
25    Q    Cancer biologist.

59 (Pages 230 - 233)

Page 234

1    A    Okay.
2    Q    That's not your area of
3 expertise; correct?
4       MR. SLATER: Objection. You
5    can answer.
6    A    I mean I think I said
7 multiple times, I am an expert on cancer.
8 I am not a practicing cancer biologist.
9    Q    You're not trained as a
10 cancer biologist, are you, Doctor?
11       MR. SLATER: Objection. You
12    can answer.
13    A    I have extensive training in
14 cancer biology.
15    Q    You didn't take any
16 schooling or extra training on cancer
17 biology, did you?
18       MR. SLATER: Objection. You
19    could answer.
20    A    It was certainly covered in
21 medical school.
22    Q    Putting aside medical
23 school --
24    A    Putting aside my graduate
25 school? Okay.

Page 235

1    Q    Well, people learn about
2 pathology in medical school, don't they?
3    A    Yeah.
4    Q    Maybe a pathologist does it?
5       MR. SLATER: No, counsel.
6    Are you arguing with the witness or
7    do you have a question for him?
8       MS. COHEN: No. I'm asking
9    him.
10    Q    People who go to medical
11 school want to learn about pathology;
12 right?
13    A    Yes.
14    Q    Doesn't make them a
15 pathologist?
16    A    Doesn't make them a
17 practicing pathologist. I would hope
18 they have some knowledge of pathology.
19    Q    And cancer biology, that
20 requires extra schooling and education.
21    Have you had any of that?
22       MR. SLATER: Objection. You
23    can answer.
24    A    I've had a lot of education
25 on cancer biology. I read articles.

Page 236

1 I've written articles related to cancer
2 biology. I am not a cancer biologist in
3 the sense of, you know, maintaining a
4 research laboratory devoted strictly to
5 cancer biology research.
6    Q    But you haven't had any
7 training beyond medical school and cancer
8 biology. I'm not talking about reading.
9       Do you have any advanced
10 degrees?
11       MR. SLATER: Objection. You
12    can answer.
13    A    Advanced degrees other than
14 my M.D.?
15    Q    Yes.
16    A    I do not.
17    Q    Any specific courses or
18 training in cancer biology, beyond your
19 M.D?
20       MR. SLATER: Objection. You
21    can answer.
22    A    During my training, topic of
23 cancer biology came up frequently. And I
24 was educated on it, probably nearly a
25 daily basis.

Page 237

1    Q    Did you do a fellowship
2 related to cancer biology?
3       MR. SLATER: Objection. You
4    could answer.
5    A    My fellowship did encompass
6 parts of cancer biology.
7    Q    What fellowship did you do?
8    A    GI liver pathology.
9    Q    Did you do any residency
10 that covered cancer biology?
11    A    Anatomic pathology residency
12 certainly covers the biology of cancer.
13    Q    Do you have any extra
14 certifications as a cancer biologist?
15    A    No.
16    Q    Did you look at
17 Dr. Chodosh's CV?
18    A    No.
19    Q    And let's look at page --
20 and, again, you've never held yourself
21 out publicly, either through your expert
22 witness groups, on your Columbia Web
23 site, on your CV as being a cancer
24 biologist; true?
25       MR. SLATER: Objection. You

60 (Pages 234 - 237)

Page 238

1    could answer.
2    A    I think you're using the
3   words "cancer biologist" as if it's some
4   set-in-stone thing that to be a cancer
5   biologist, you are -- you know, this is
6   exactly what describes a cancer
7   biologist. I certainly have deep
8   knowledge about cancer biology.
9    Q    Did you ever win any awards
10   or honors in cancer biology?
11        MR. SLATER: Objection. You
12   can answer.
13   A    No.
14   Q    Still in your report, let's
15   look at page 3. And another reference I
16   want to look at, I think it's the next
17   sentence.
18        "NDMA (and related compounds
19   such as NDEA) have been studied
20   extensively in animal models, where it
21   has been shown to be a potent
22   carcinogen."
23        Is that your sentence there?
24   A    Yes.
25   Q    And you cite to No. 5 for

Page 239

1   that. That is the IARC monograph, I
2   believe. 2020. And let's make sure I
3   have that right.
4        So on page 34 of your report
5   No. 5 is the IARC: Carcinogenicity, and
6   the Lancet, 2020, just to make sure we're
7   all on the same page as we go through
8   this.
9        I take it you have not read
10   this article before, getting involved in
11   this litigation as a litigation expert;
12   correct?
13   A    Correct.
14        (The above-referred-to
15    document was marked as Exhibit 12 for
16    identification, as of this date.)
17   Q    I'm going to hand you
18   Exhibit 12.
19        And this is one of the
20   things that you referred us to earlier
21   today; right?
22        MR. SLATER: Objection. You
23    can answer the question.
24   A    Sure. This is not the main
25   IARC document on NDMA.

Page 240

1    Q    It's one of them?
2        MR. SLATER: Objection. You
3   can answer.
4    A    Sure. Well, the main one is
5   a monograph. It's about 350 pages.
6    Q    The good news is we'll
7   probably get to that one.
8    A    Okay.
9    Q    So hang tight.
10        You've read this one.
11        Obviously, you cited to it;
12   right?
13   A    Yes.
14   Q    So I have a couple of things
15   to point out on this.
16        This is, I guess -- Lancet
17   is a very well-known journal, of course;
18   right?
19   A    Yes.
20   Q    One that's respected?
21   A    Yes.
22   Q    And this article, what it
23   says, let's look at page 1 over on the
24   right-hand column.
25        And it says, "The evidence

Page 241

1   in humans was inadequate as aniline's
2   effects could not be differentiated from
3   those of other bladder carcinogens in the
4   most informative studies."
5        You see that?
6    A    Yeah. I'm sorry to do this.
7   This is a little embarrassing. But I
8   have to admit it, this is the wrong cite.
9   It's the wrong IARC cite. I meant to say
10   the main IARC monograph. So 19 was what
11   that should be cited to.
12   Q    So you want to cite to 19?
13   A    Yes.
14   Q    Which is on page 34?
15   A    Yes.
16   Q    Which I think we'll probably
17   get to in any event.
18   A    This is not
19   nitrosamine-related. I don't think I
20   should have included this. I think every
21   reference -- every cite to this should
22   really be to 19.
23   Q    Well, first of all --
24   A    These are aromatic amines.
25   It's not the same thing.

61 (Pages 238 - 241)

Page 242

1    Q      But they're related?
2    A      You know, they're chemically
3  related, but they're not the same.
4    Q      You understand why I'm going
5  through this?  You cite to this.
6    A      It was a mistake on my part.
7         MR. SLATER:  There's nothing
8    for you to add.  She's telling you
9    something.
10   Q      On page 2, let's go to the
11 other cite I want to go to.  It says --
12 let's see.
13        Again, on the left-hand
14 column, it says, "The evidence in humans
15 was inadequate, consisting solely of a
16 bladder cancer case series with
17 concomitant exposure to other bladder
18 carcinogens."
19        That's what this article
20 says; right?
21   A      Yeah, but not talking about
22 nitrosamines.
23   Q      Well, it's talking about
24 nitro -- what's the word? -- anisoles?
25   A      Yeah.

Page 243

1    Q      And then on page 2, let's go
2  to the last sentence of this.  This
3  article that you cited to, it says, "The
4  evidence for cancer in humans was
5  inadequate as no data were available";
6  correct?
7    A      Again, not related to NDMA,
8  but, yes, that's what it says.
9    Q      And it also says -- it says,
10 "A working group of 19 scientists were
11 involved here and that the assessments
12 will be published in Volume 127 of the
13 monographs" in the top part.
14   A      Okay.
15   Q      So further down, let's see,
16 on page 3, I'm going to go back to your
17 report.  And I'll put aside your
18 Reference 5.
19        And you also mentioned the
20 World Health Organization earlier today
21 and, of course, the IARC which is an arm
22 of the World Health Organization you're
23 talking about here on page 3.  Do you see
24 that?
25   A      Yes.

Page 244

1    Q      And do you agree that it's
2  classified as 2A as you note there?
3    A      Yes.
4    Q      And this is also, I believe,
5  Reference 6 which we see on page 3 on the
6  bottom there.  Let's pull out this IARC.
7         Is this the one you wanted
8  to look at, this IARC?
9         MR. SLATER:  This one?
10   Objection.
11        MS. COHEN:  That's what he
12   said.
13   Q      Is this the IARC that you
14 wanted to cite to?
15   A      Let's cite to 19, 19 IARC.
16   Q      We'll go through this one
17 first.  This is the one.
18        6 is listed in your report;
19 right?
20   A      Yes.  That might be right.
21 There's similar information involved.
22   Q      And here is the IARC
23 monograph, Exhibit 13.
24        (The above-referred-to
25   document was marked as Exhibit 13 for

Page 245

1    identification, as of this date.)
2    Q      This is your Reference 6;
3  correct?
4    A      Yes.
5    Q      And 2A, do you agree, is
6  defined as IARC states that Class 2A is
7  appropriate classification for a
8  potential carcinogen when there is
9  limited evidence of carcinogenicity in
10 humans and sufficient evidence of
11 carcinogenicity in experimental animals?
12   A      Are you reading that
13 directly from IARC?
14   Q      Yes.
15   A      I'd just like to see it.
16   Q      You got it.  I understand.
17 I had flagged it last night.  This is in
18 your Reference 6, page 30.  Just tell me
19 when you're there, sir.
20   A      Okay.
21   Q      And, again, this is -- if we
22 look back in your report, you say --
23 classifies NDMA as Class 2A.  Reference 6
24 is what we're looking at.  And then we
25 look at page 30 to see what 2A says, not

62 (Pages 242 - 245)

Page 246

1  just the highlight and not just the
2  header.  It says, "This category is used
3  when there's limited evidence of
4  carcinogenicity in humans and sufficient
5  evidence of carcinogenicity in
6  experimental animals.  In some cases an
7  agent may be classified in this category
8  where there's inadequate evidence of
9  carcinogenicity in humans and sufficient
10  evidence of carcinogenicity in
11  experimental animals and strong evidence
12  that the carcinogenesis is mediated by a
13  mechanism that also operates in humans."
14      And it goes on to say,
15  "Exceptionally, an agent may be
16  classified in this category solely on the
17  basis of limited evidence of
18  carcinogenicity in humans."
19      And you understood that;
20  right?
21  A      Yes.
22  Q      And that's what you meant
23  when you said 2A in here; right?
24  A      Yes.
25  Q      Now, the part I'm curious

Page 247

1  on, page 3 in your report, if we go back
2  to that, where it says, "In its monograph
3  on processed meats, IARC refers to NDMA
4  as 'genotoxic compounds.'"  You have
5  quotes there.
6      Is that in here, this
7  article?
8  A      Yes.
9  Q      Can you tell us where it is?
10  A      No.  It would take -- I'd
11  have to -- if we have an electronic
12  version, we can probably search through
13  it.
14  Q      We can look, we being
15  Bardia.
16      And did you read the entire
17  document here?  I know it's many pages.
18  A      No.
19  Q      On page 421 in this article,
20  421, about halfway down, I'll let you get
21  there.
22  A      Okay.
23  Q      It says, "NDMA has been fed
24  to mice, rats, hamsters, guinea-pigs,
25  rabbits, dogs, pigs and monkeys.  It

Page 248

1  induced tumors in all species when fed at
2  doses of 1 to 13-milligram/kilogram bw
3  per day for life"; correct?
4  A      That is what it says.
5  Q      And that concentration, if
6  extrapolated to humans, would mean in a
7  50-kilogram, 110-pound human or adult
8  getting from 50,000 micrograms to 650,000
9  micrograms per day in order to observe
10  that effect?
11  A      Sorry.  What was that?
12  Q      If you want to extrapolate
13  that and figure out what is that
14  concentration in humans, it would be in a
15  110-pound adult, 50,000 micrograms to
16  650,000 micrograms per day.  You know
17  that that's true?
18      MR. SLATER:  Objection.  You
19  can answer.
20  A      I don't know that to be
21  true.
22  Q      You haven't done that
23  calculation?
24  A      Correct.
25  Q      Wouldn't that have been

Page 249

1  important in this article that you're
2  citing to in terms of IARCs that you've
3  cited to multiple times in your report to
4  know how you could extrapolate to humans,
5  what we're talking about?
6  A      Well, there are several
7  problems with that.  First is, you can't
8  just -- humans are -- there are
9  differences between humans and animals.
10  So there are similarities, and there are
11  differences.  And doses might not be
12  easily extrapolated from one to the
13  other.
14      Secondly, I mean this is
15  what you do if you're aggressively trying
16  to give them cancer.  So I mean no one is
17  saying that the purpose of these
18  medicines was to give people cancer,
19  whereas the purpose of these experiments
20  is to give the animals cancer.
21      So if you want to be
22  absolutely sure that everybody who took
23  it got cancer, maybe you would try to run
24  that calculation and do it.  But I don't
25  think that's what anyone is attempting.

63 (Pages 246 - 249)

Page 250

1    Q    So the next paragraph
2 underneath that says, "NDMA has been
3 administered orally to mice, rats,
4 hamsters, guinea-pigs, rabbits and fish.
5 All species were susceptible to increased
6 tumor formation in doses of 0.4 to
7 4-milligram/kilogram bw per day.  Tumors
8 were the most prevalent."
9         Again, there, did you make
10 any extrapolation in terms of what that
11 would mean in humans?
12    A    Well, the EMA and the FDA
13 did.  So I read that in their reports.
14    Q    Did you figure out that this
15 means 20,000 micrograms to 200,000
16 micrograms per day to get that exposure?
17        MR. SLATER:  Objection.  You
18    can answer.
19    A    Again, you can't just
20 extrapolate so easily between animals and
21 humans.  The purpose of these experiments
22 was to give these animals cancer.  And,
23 finally, the EMA and the FDA did do those
24 calculations based on the TD50 in the
25 animal studies.  And that's how they came

Page 251

1 up with their -- with some of their
2 estimates.
3    Q    We're going to get to those
4 too.
5         You would agree that those
6 levels of NDMA and NDEA are hundreds of
7 times higher than the exposure issued in
8 the Valsartan products?  Do you know
9 that?
10    A    I don't recall what levels
11 it said.
12        MR. SLATER:  Objection.
13    Q    Well, I'll tell you what
14 they are if you want to know.
15        There are 50,000 micrograms
16 to 650,000 micrograms, 20,000 micrograms
17 to 200,000 micrograms.  Those would be
18 hundreds of times higher; true?
19    A    Those numbers for what they
20 mean -- and I don't know what they mean
21 exactly in this context -- are higher
22 than what was actually found in the
23 pills.
24    Q    On page -- let's go to
25 another point on page 4 of your report.

Page 252

1 Just tell me when you're there.
2    A    Sure.
3    Q    You could put that aside if
4 it's uncomfortable on your lap there.
5         So page 4 -- and you cite to
6 7 here -- that is the ICH M7 which we'll
7 get to in a minute.  This talks about a
8 cohort of concern which they define as
9 high potency.  Here, you're talking about
10 ICH, high potency mutagenic compounds.
11 Do you see that?
12    A    I do, yes.
13    Q    And you agree that not all
14 the compounds and cohort of concern are
15 shown to be carcinogenic to humans;
16 correct?
17        MR. SLATER:  Objection.  You
18    can answer.
19    A    I don't have an opinion on
20 that.
21    Q    You're just not sure sitting
22 here right now?
23    A    Right.
24    Q    And, for example, all
25 nitrosamines are included in a cohort of

Page 253

1 concern, but you know that not all
2 nitrosamines are carcinogenic?  You know
3 that; right?
4    A    I know that some are more
5 potent than others.  I know that there
6 are non-volatile ones.  But probably,
7 that's true.
8    Q    You just don't know, sitting
9 here; right?
10    A    I think it's probably true.
11    Q    You've been studying this
12 literature in your report in this case,
13 and it's the first time you're reading
14 these materials; right?
15        MR. SLATER:  Objection.  You
16    could answer.
17    A    I mean most of them, I've
18 read for the first time in conjunction
19 with this case.
20    Q    The IARC 2020 monograph, you
21 never read that before this case, did
22 you?
23    A    No.
24    Q    The IARC 2018 monograph, you
25 never read that before this case, did

64 (Pages 250 - 253)

1 you?

2    A    Nope.

3    Q    The IARC 2019, which I know
4 you want to get to, you haven't read
5 that, have you, before this?

6         MR. SLATER:  Objection.

7    A    No.

8    Q    The ICH M7, you didn't read
9 that before this case, did you?

10   A    I did not.

11 Can we do a break?

12   Q    Yes, absolutely.

13        THE VIDEOGRAPHER:  We are
14 now off the record.  The time is
15 2:52 p.m. Eastern Time.

16        (A short recess was taken.)

17        THE VIDEOGRAPHER:  We are
18 back on the record.  The time is
19 3:11 p.m. Eastern Time.

20   Q    So we're back on.  We're
21 kind of moving through some of these
22 references.  Let's see where I left off.

23        This is the ICH M7 that we
24 have on page 4 of your report.

25   A    Yes.

1    Q    I may have already said this
2 before.  Reference 7.  I'm giving you
3 Exhibit 14.

4         (The above-referred-to
5    document was marked as Exhibit 14 for
6    identification, as of this date.)

7    Q    You cite to this -- it's on
8 the bottom of 3, top of 4.  It says
9 "International Counsel for Harmonisation
10 of Technical Requirements for
11 Pharmaceuticals for Human Use (ICH)
12 includes nitrosamines in a cohort of
13 concern -- that we talked about before --
14 which they define as high potency
15 mutagenic compounds.  A mutagenic
16 compound is one which can cause mutations
17 in DNA and can lead to cancer."

18        Those were your words;
19 right?

20   A    Correct.

21   Q    You're not familiar with
22 ICH, are you, in general?

23   A    I am familiar with them.

24   Q    Now you are?

25   A    Correct.

1    Q    And you understand that ICH
2 has brought together regulatory
3 authorities, pharmaceutical industry
4 authorities to discuss some of these
5 scientific and technical issues,
6 collaborative group?

7         MR. SLATER:  Objection.  You
8    can answer.

9    A    Yeah.  Sounds about right.

10   Q    And have you read this --
11 and I'll call it the M7, if that's okay
12 with you -- in full?

13   A    In considerable detail.

14   Q    Now, what it says on page 6
15 is -- let's see -- it states that --
16 Class 2 impurities like nitrosamines are
17 "known mutagens with unknown carcinogenic
18 potential."

19        You see that?

20   A    I do see that as a
21 definition of a Class 2 compound.

22   Q    And it actually says, again,
23 they have unknown carcinogenic potential.
24 And it goes on to say, "Bacterial
25 mutagenicity, positive, no rodent

1 carcinogenicity data."

2         MR. SLATER:  What page are
3    you on?

4         MS. COHEN:  Page 6.

5         MR. SLATER:  6, okay.

6         MS. COHEN:  Did I say that
7    wrong?

8         MR. SLATER:  No.  I misheard
9    you when you said the page number.

10   Q    What you said in your report
11 was "well-known carcinogens"; right?  You
12 see that on the top of page 4?

13   A    Yes.  I see that there.

14   Q    But what this says is
15 actually known mutagens or unknown
16 carcinogenic potential; correct?

17   A    Well, as I sit here right
18 now, I don't recall if ICH called this
19 Class 2 or Class 1.

20   Q    We may put this to the side
21 and come back to it.

22   A    Okay.

23   Q    So let's move to -- we'll
24 put this aside -- Reference 11 which is
25 on page 5 of your report.

Page 258

1  MR. SLATER: You said page 5
2  of his report?
3  MS. COHEN: Yes. Page 5 of
4  his report. And it'll be Reference
5  11 which is the Thresher article.
6  Q  Do you recall that one?
7  A  Yes.
8  Q  This relates to the NDEA.
9  You say on the top of page 5, first full
10  paragraph, you say, "NDEA also identified
11  in Valsartan and according to
12  researchers, using both bacterial and
13  rodent experimental data, may be the most
14  potent carcinogen of any known
15  nitrosamine," citing to this Reference 11
16  which is the Thresher article. That is
17  Exhibit 15.
18  (The above-referred-to
19  document was marked as Exhibit 15 for
20  identification, as of this date.)
21  Q  Do you recall reading this
22  article?
23  A  Yes.
24  Q  Page 3, bottom of the
25  right-hand column, it talks about, "NDEA

Page 259

1  is the most potent nitrosamine for which
2  carcinogenicity data is available" is
3  what --
4  A  I'm not finding that.
5  Q  I'm sorry. It's right down
6  here. Do you see that?
7  A  Yes. I see it.
8  Q  On the next page, page 4, it
9  says under Discussion, talking about the
10  study in the article, "This has shown
11  that despite the majority of nitrosamines
12  being carcinogenic, approximately
13  18 percent of the data set resolved as
14  non-carcinogenic based on the expanded
15  data."
16  Do you see that?
17  A  Let me just read and
18  familiarize myself. Okay. Yes.
19  82 percent of nitrosamines are
20  carcinogenic.
21  Q  Right.
22  And 18 percent of this
23  article are not; correct?
24  A  Yes.
25  Q  Your reference to NDEA, it

Page 260

1  could be the most potent; is that what
2  you said there?
3  A  I believe that is consistent
4  with what the article says. It goes
5  against the idea that all nitrosamines
6  would be carcinogenic.
7  MR. SLATER: Objection. You
8  can answer.
9  A  A, I did not make that
10  statement. And B, I agree. This paper
11  shows that 82 percent are, and 18 percent
12  aren't.
13  Q  And, again, other than
14  looking at the materials that were
15  provided to you in this case that we're
16  going through, you've never undertaken
17  any independent research of NDMA or NDEA;
18  true?
19  MR. SLATER: Objection. You
20  can answer.
21  A  Outside of litigation work
22  and what is represented here, I have not.
23  Q  Much of the extensive
24  studies on NDMA have focused on the
25  animal studies. You agree with that;

Page 261

1  correct?
2  MR. SLATER: Objection. You
3  can answer.
4  A  Yes. When we're talking
5  about a mutagenic compound, you cannot
6  ethically give this to people, really to
7  any extent. It would be unethical. And
8  nobody would sign up for it.
9  Q  I want to go to next, talk
10  about some of the FDA information.
11  A  Okay.
12  Q  Because I think we talked
13  about that a little bit before. Let's
14  pick up on that now on what the FDA had
15  to say.
16  And starting on page 4 of
17  your report, I think it's in the first
18  full paragraph, second paragraph of the
19  page, we talked a little bit about this
20  before. But I want to get to some of the
21  cites. The FDA set the maximum daily
22  exposure to NDMA. These are the numbers
23  we went over before. And you have a
24  number of references here that you cite
25  to, 9 and 10. 10 is FDA.

66 (Pages 258 - 261)

Page 262

1    MR. SLATER: Go ahead. I'm
2  sorry. I don't want to object.
3  But --
4    MS. COHEN: I'm going too
5  fast?
6    MR. SLATER: No. I thought
7  you were reading one paragraph. And
8  then you were citing references to a
9  different one. I'm not trying to
10  interrupt.
11    Q    You cited to FDA references;
12  correct?
13    A    Yes.
14    Q    Did all of the FDA
15  references that you cite to come to you
16  from Mr. Slater?
17    A    No.
18    Q    Did you pull some yourself
19  from the FDA?
20    A    I did.
21    Q    And you would agree it's
22  important to consider all the FDA had to
23  say; correct?
24    A    I read everything that the
25  FDA said that I could find and took it in

Page 263

1  context of all the other information that
2  I was finding.
3    Q    Now, on page 4, you used the
4  term "maximum daily exposure limit";
5  right?
6    A    I did.
7    Q    But the FDA words are really
8  acceptable intake, aren't they?
9    A    As I sit here right now, I
10  don't quite recall. If you show me the
11  verbiage, I'd be happy to look at it.
12    Q    Let's go to the
13  February 28th, 2019 FDA press release.
14    (The above-referred-to
15    document was marked as Exhibit 16 for
16    identification, as of this date.)
17    Q    I'm going to give you
18  Exhibit 16. And if you look to --
19    MR. SLATER: Is this the one
20  that starts -- it says "FDA Warns
21  Mylan for CGMP Deviations"?
22    MS. COHEN: No. About six
23  pages in, the one that starts with
24  February 28th, 2019.
25    A    Okay. I'm on that one.

Page 264

1    Q    And what it says here, if
2  you look at the bottom of the page, it
3  talks about, "The acceptable intake is a
4  daily exposure to a compound such as
5  NDMA, NDEA or MMBA that approximates a
6  1:100,000 cancer risk up to 70 years
7  exposure."
8    Have you seen that before?
9    A    I have.
10    Q    Had you read this specific
11  document before?
12    A    I did.
13    Q    And do you agree having seen
14  this now that the 96 nanograms of NDMA is
15  the daily acceptable intake for Valsartan
16  320-milligram tablet?
17    A    I believe it's an interim
18  limit, actually. I think the FDA's
19  guidance is to get it down to
20  non-detectable. But in the interim, they
21  will allow up to 96 nanograms.
22    Q    Well, what you said on page
23  4 of your report is the U.S. Food and
24  Drug Administration, FDA, has set a
25  maximum daily exposure limit to NDMA at

Page 265

1  96 nanograms per day or 0.3 ppm. Do you
2  see that?
3    A    I do.
4    Q    You don't say interim, do
5  you?
6    A    Well, it says quite clearly
7  here, interim.
8    Q    In your report?
9    A    No. The FDA does.
10    Q    But your report doesn't call
11  it an interim; you talk about maximum
12  daily exposure limit, but really, it's --
13  the phrase is the acceptable -- the
14  acceptable intake.
15    MR. SLATER: Objection. You
16    could answer.
17    A    Sure. Right above that, you
18  see interim on that. So it's interim
19  acceptable intake.
20    Q    Which you don't have in your
21  report?
22    A    I could have used that
23  phraseology.
24    Q    And then this also says, as
25  we talked about, the 1:100,000 cancer

67 (Pages 262 - 265)

Page 266

1  risk after 70 years exposure.
2        You've seen that before,
3  that statement?
4     A    I have.
5     Q    You don't disagree with this
6  assessment, do you?
7        MR. SLATER:  Objection.  You
8  can answer.
9     A    I agree that it's the FDA's
10 estimate.  Doesn't necessarily mean it's
11 true.  And for the 1:100,000 person, it
12 really sucks.  But I don't disagree
13 specifically.  I agree it's the best
14 estimate.
15    Q    Again, you're not a
16 biostatistician; correct?
17    A    I am not.
18    Q    And let's go to the next FDA
19 document.  This would be 28.
20       (The above-referred-to
21    document was marked as Exhibit 17 for
22    identification, as of this date.)
23    Q    So I take it you've seen
24 this one at some point too, another FDA?
25    A    Looks familiar.

Page 267

1     Q    And the FDA gov site, as we
2  say.  And turn to page -- get past the
3  pictures, maybe three, four pages in.
4  And, again, this is what the FDA is
5  putting out at the time of this article
6  to the public to reassure, provide
7  information, whatever you want to say.
8        And the fourth bullet here,
9  it says, "Nitrosamine impurities may
10 increase the risk of cancer if people are
11 exposed to them above acceptable levels
12 and over long periods of time, but a
13 person taking a drug that contains
14 nitrosamines at-or-below the acceptable
15 daily intake limits every day for 70
16 years is not expected to have an
17 increased risk of cancer."
18       You see that?
19    A    I see that.
20    Q    That's what the FDA told --
21 I think you cited to the FDA earlier.
22 That's what the FDA was telling the
23 public; correct?
24    A    Yes.
25    Q    And you don't disagree with

Page 268

1  that; you don't have any reason to
2  disagree with those statistics; correct?
3        MR. SLATER:  Objection.  You
4  can answer.
5     A    I accept that that method
6  that FDA used to come up with that method
7  is probably close to accurate.
8     Q    Then it says in the next
9  bullet on the next page that "Patients
10 taking prescription medications with
11 potential nitrosamine impurities should
12 not stop taking their medications.
13 Patients should talk to their health care
14 professionals about concerns and other
15 treatment options."
16       I take it you read that?
17    A    I do.  I did.
18    Q    You certainly agree with
19 that; that's something that a patient
20 should consult with their doctors about;
21 right?
22    A    I certainly agree that
23 patients should talk to their doctors.  I
24 don't believe that they should continue
25 taking their medications.

Page 269

1     Q    But, again, you don't
2  prescribe these medications; true?
3     A    That's true.
4     Q    Other types of doctors and
5  other specialties do the prescribing;
6  correct?
7     A    Correct.
8     Q    And that would be people
9  like internal medicine doctors,
10 hypertension experts, that sort of thing;
11 correct?
12    A    Yeah.  Nephrologists.
13    Q    And you would defer to
14 those --
15    A    Cardiologists.
16    Q    -- doctors in terms of their
17 assessment in valuation of a risk versus
18 benefit; correct?
19    A    Generally, yeah.
20    Q    Turn to another article.
21 This will be 18.
22       (The above-referred-to
23    document was marked as Exhibit 18 for
24    identification, as of this date.)
25    Q    So this is another one that

68 (Pages 266 - 269)

Page 270

1 the FDA put out on April 14th, 2019 by
2 Scott Gottlieb, who was the former
3 commissioner of the FDA.
4         You've seen this one, I take
5 it?
6         MR. SLATER:  This is
7 Exhibit 18; right?
8         MS. COHEN:  Yes.
9    A     I don't specifically recall
10 reading this one.
11   Q     It says that, few pages
12 in -- if you could turn to the paragraph
13 starting with, "Patients should
14 continue," it says, "Patients should
15 continue taking their medicine until
16 their pharmacist provides a replacement
17 or their doctor provides an alternative
18 treatment option even if they learn that
19 their ARB medicine is recalled.  The risk
20 associated with abruptly discontinuing
21 the use of these important medicines far
22 outweighs the low risks that our
23 scientists estimate to be associated with
24 continuing medicine until the patient's
25 doctor or pharmacist provides a safe

Page 271

1 replacement or a different treatment
2 option."
3         And it says, "Despite these
4 very low risks," the next paragraph.
5         Again, it's kind of more of
6 the same from the FDA; correct?
7    A     Well, I mean this, broadly
8 speaking, patients who get
9 anti-hypersensitive drugs are at an
10 increased risk of a heart attack.  So
11 these people don't take Valsartan
12 recreationally.  They take it to prevent
13 cardiac events.  They certainly have
14 every reason to expect and believe that
15 their drugs will be free of contaminants.
16 And this is a huge breach of their trust.
17        But whether they should stop
18 abruptly, the FDA is saying not to stop
19 abruptly but to go to your pharmacist and
20 go to your doctor to get an alternative.
21        MS. COHEN:  I'll move to
22 strike that.
23   Q     I appreciate your response.
24        Let me ask another question
25 which is, you understand that the FDA had

Page 272

1 a comprehensive and constant working
2 group, a multidisciplinary team of
3 chemists, toxicologists, physicians,
4 pharmacists, communication specialists,
5 investigators, laboratory staff to
6 address this issue?
7    A     Yes.
8    Q     And you didn't consult on
9 this issue for the FDA, I take it;
10 correct?
11   A     Correct.
12   Q     You certainly aren't
13 positioned to disagree with the numerous
14 FDA scientists on these issues --
15 correct? -- in terms of the risks being
16 very low?
17   A     Well, I mean I have done my
18 own review of the medical scientific
19 literature.  And I don't think that the
20 risk is that low.  I think that we see
21 particularly from the Al-Kindi article
22 that even virtually no -- very little
23 time for latency.  There was really a
24 rather significant increase in the risk
25 of neoplasms associated with Valsartan.

Page 273

1 So I think that it will take time for all
2 the studies to be conducted and for final
3 answers to be known.  But I don't think
4 that risk is very low.
5    Q     So you disagree with the FDA
6 and the statement here and the
7 scientists?
8    A     Which statement?
9    Q     This statement from 2019,
10 which we've marked as Exhibit 18, you
11 would disagree with the FDA and their
12 scientists?
13   A     With which?
14   Q     That the risk is very low.
15   A     Let's read the sentence
16 where they say that.  Then I can respond
17 to you.
18   Q     In the prior FDA cite, it
19 says, "The risk associated with abruptly
20 discontinuing the use of these important
21 medicines far outweighs the low risk that
22 our scientists estimate to be associated
23 with medication until the patient's
24 doctor or pharmacist provides a safe
25 replacement or a different treatment

Page 274

1 option."
2      That's one.
3   A    Okay. Well, there, what
4 they're saying is they're talking about a
5 period of a couple of days. They're
6 talking about until the medication can be
7 replaced with a clean one. So, yeah, you
8 know, I don't necessarily agree or
9 disagree that three extra days of
10 Valsartan is -- I think actually, it does
11 confirm some significant risk. I mean I
12 wouldn't take three of those pills right
13 now. But if I was at high risk of having
14 a heart attack or if I stopped abruptly,
15 I would be forced to take them.
16   Q    Where does it say three
17 days?
18   A    Well, it says until the
19 patient's doctor or pharmacist provides a
20 safe replacement. So I mean I would
21 assume that people would be going about
22 that expeditiously, rather than taking
23 contaminated medicines.
24   Q    Yes.
25      You interjected three. I

Page 275

1 just want to make it clear. Three was
2 your add; right?
3   A    Yes.
4   Q    And if we go back to the
5 prior article in the FDA because that had
6 other information, I think it was 17, you
7 asked whether you disagreed with the FDA
8 and the scientists on this, and the
9 fourth bullet on the page, we talked
10 about where it says, "Nitrosamine
11 impurities may increase the risk of
12 cancer if people are exposed to them
13 above acceptable levels and over long
14 period of times, but a person taking a
15 drug that contains nitrosamines at or
16 below the acceptable daily intake limits
17 every day for 70 years is not expected to
18 have an increased risk of cancer."
19      Are you going to disagree
20 with that statement?
21   A    No. I think I've already
22 said I don't have any real basis to
23 disagree with that statement. But the
24 contaminated Valsartan didn't have less
25 than 96 nanograms per pill. I mean we're

Page 276

1 talking about 20,000, even up to 76,000.
2 And that's only of what was tested. So
3 these people were taking wildly above the
4 acceptable levels, perhaps more than any
5 people have ever taken before and over
6 certain periods of years.
7   Q    But, again, you are not
8 disagreeing with that statement I
9 described; correct?
10   A    That statement pertains to
11 acceptable levels, which are under
12 96 nanograms, which I don't specifically
13 disagree with.
14   Q    You don't disagree with the
15 Bullet Point No. 4 that I just read to
16 you there; correct?
17      MR. SLATER: Objection. You
18 can answer.
19   A    I think I've just answered
20 it.
21   Q    Well, I just want to be
22 clear because at the end, I want to make
23 sure -- you don't disagree with this
24 Bullet Point 4; correct?
25   A    I don't disagree with that.

Page 277

1   Q    I have one other --
2      MR. SLATER: Last question.
3      MS. COHEN: Oh, stop.
4      MR. SLATER: She's like one
5   other question.
6   Q    So, again, Doctor, why don't
7 we pull this out. This is Dr. Chodosh's
8 reports since we talked about it. And I
9 want to make sure you can look at it if
10 you want to. It cites to a reference,
11 but it was in book form. So I didn't
12 have enough time to get it. So that's
13 why I'll just mark it and let you look at
14 it.
15      MS. COHEN: We'll give you a
16   copy, Adam, if you want.
17      MR. SLATER: Yes. I'm just
18   seeing. I thought I might have it
19   here.
20      MS. COHEN: We got it for
21   you.
22      MR. SLATER: I didn't bring
23   it.
24      MS. COHEN: We'll mark this
25 as Exhibit 19.

70 (Pages 274 - 277)

Page 278

1  (The above-referred-to
2  document was marked as Exhibit 19 for
3  identification, as of this date.)
4  Q    I know you haven't seen the
5  report. And, again, the reason I'm not
6  showing you this cite is not because I'm
7  holding it back, but because it was in
8  book form. And we don't have it yet.
9  The page 124 -- I'm sorry.
10  Page 30, paragraph 124, are you there?
11  A    Yes.
12  MR. SLATER:  I'm sorry,
13  Lori. You said page 30?
14  MS. COHEN:  Page 30, Cite
15  124.
16  Q    So it talks about the
17  American Conference of Governmental
18  Industrial Hygienists.
19  Have you read that?
20  A    No.
21  Q    You haven't seen that, I
22  take it?
23  A    Never heard of that.
24  Q    And it says, "Has classified
25  carcinogenicity of NDMA as Group A3 which

Page 279

1  denotes a confirmed animal carcinogen
2  with unknown relevance to humans."
3  Have you heard that
4  classification?
5  A    Nope.
6  Q    It says, "Specifically, the
7  A3 designation indicates that 'the agent
8  is carcinogenic in experimental animals
9  at a relativity high dose, by route(s) of
10  administration, at site(s), or histologic
11  type(s), or by mechanism(s), that may not
12  be relevant to worker exposure.
13  Available epidemiologic studies do not
14  confirm an increased risk of cancer in
15  exposed humans."
16  Not aware of that study?
17  MR. SLATER:  Study?
18  Q    Of that?
19  A    It's basically impossible
20  for me to react to this without knowing
21  more about, A, this group of people, and,
22  B, when they published what they
23  published. It seems like they're looking
24  at worker exposure. I don't know if this
25  came out before the Hidajat study which

Page 280

1  did show people who were exposed to NDMA
2  through the workplace.
3  Q    What was the date on that
4  one?
5  A    I don't know.
6  MR. SLATER:  It's referenced
7  38.
8  A    2019.
9  Q    Yes. This is 2019 too.
10  A    Probably didn't have it.
11  Q    But fair enough. I don't
12  have it with me.
13  So I just want to see if
14  you've seen it, and the answer's no?
15  A    Yes.
16  (The above-referred-to
17  document was marked as Exhibit 20 for
18  identification, as of this date.)
19  Q    Exhibit 20, this is February
20  2021 guidelines that came out by the FDA.
21  I don't think you cited for that.
22  Have you seen this one?
23  A    Yeah, I did. I have seen
24  this. I think it's one of my
25  supplemental reliances.

Page 281

1  Q    We'll obviously check. But
2  the reason I want to bring this up is I
3  think you said earlier that the 96
4  nanograms were interim levels?
5  A    Yes.
6  Q    And here we have on page 10,
7  this has a section called, A, Acceptable
8  Intake Limits. It says, "The FDA
9  recommends the following several intake
10  (AI) 31 limits for nitrosamine
11  impurities."
12  So this is moved from
13  interim to being part of this guidance
14  document; correct?
15  MR. SLATER:  Objection.
16  Lack of foundation.
17  Q    If you know.
18  A    I need a minute to re-review
19  it.
20  MR. SLATER:  I can just tell
21  you -- do you want to know why I'm
22  objecting? I don't know if this is
23  only geared to Valsartan. So I just
24  want to make sure that the question
25  doesn't suggest that. I'm not saying

71 (Pages 278 - 281)

Page 282

1    it does or it doesn't.  But if it
2    does, I'm just preserving my
3    objection.
4       A     Okay.  It looks like they
5    left the word "interim" out of this.
6       Q     On one of the supplemental
7    lists, you did cite to this one; right?
8       A     Yeah.  I've looked at this
9    before.  I'm pretty sure.
10      Q     It's on the first
11   supplemental list we got from Mr. Geddis
12   48 hours ago or thereabouts.  So we've
13   confirmed that.  You could put that
14   aside.
15      A     Okay.
16      Q     Keep things moving.
17            Now, this quote that you
18   have on page 4 of your report, the old
19   adage, "the dose makes the poison," is
20   that a phrase you've used before?
21      A     Sure.
22      Q     It's not new to this report?
23      A     New to me?
24      Q     Yes.
25      A     No.  I'm familiar with this

Page 283

1    phrase.
2       Q     But have you ever said it
3    before?
4       A     Probably.  I don't
5    specifically recall saying it.
6       Q     Have you ever written it
7    before?
8       A     Not that I recall.
9       Q     Do you know whether it's
10   dated or cited in any other expert
11   report?
12      A     It's sort of a cliche in
13   medicine.  It certainly could be in many
14   reports.  I don't know.
15      Q     I think I know the answer to
16   this.  I just wanted to make sure.
17            You cite in your report I
18   think three different employees of Teva,
19   my client in this case.  And you're
20   obviously not giving any opinions about
21   sort of how the company did things.
22   That's outside of your purview for
23   purposes of this deposition; correct?
24            MR. SLATER:  You're talking
25   about like how the nitrosamines

Page 284

1    occurred, the testing and all that?
2            MS. COHEN:  Right.
3       Q     That's not -- even though
4    you referenced reading the reports, that
5    was just for specific kind of markers or
6    information?
7            MR. SLATER:  Objection.  You
8    can answer.
9       Q     Again, you cited to
10   depositions, but you're not here to give
11   any comments about on how the company
12   handled things?
13           MR. SLATER:  He's not giving
14   any liability opinions against Teva
15   at this stage of the litigation or
16   against any manufacturers at this
17   stage.  I think we agreed to that.
18      Q     You were citing to them, but
19   not getting into the details of that?
20      A     Whatever statements I made,
21   whatever context I cited to is what I
22   would say about it.
23      Q     This is another press
24   release.
25           (The above-referred-to

Page 285

1    document was marked as Exhibit 21 for
2    identification, as of this date.)
3       Q     I want to see if you've seen
4    this one, Exhibit 21.
5            Have you seen this one
6    before?
7       A     Certainly.
8       Q     This is the one that has --
9    I think this is part of your materials,
10   the laboratory analysis chart?
11      A     Yes.
12      Q     Which I think you inserted
13   in your report at some point?
14      A     I'm sure I cited it.  But I
15   don't think I inserted it.
16      Q     And the FDA in this press
17   release, again looking at the estimated
18   risk on page 1, this is their statement.
19   "Laboratory Analysis of Valsartan
20   Products" is what it says at the top.
21   And this is where they talk about the LOD
22   or limit of detection.  We've seen that.
23      A     Yup.
24      Q     And it says in the next
25   paragraph, "The FDA expects the actual

72 (Pages 282 - 285)

Page 286

1 cancer risk to most consumers to be lower
2 than our estimate."
3        And you don't have any
4 reason to disagree with that; correct?
5        MR. SLATER: Objection. You
6    can answer.
7    A    Let me just find the exact
8 statement that you're referring to.
9    Q    Sure. It's the third
10 paragraph.
11    A    Well, I don't know that I
12 entirely agree with that statement.
13    Q    You just don't know, one way
14 or another?
15    A    Well, FDA didn't disclose
16 how they did their calculation. But EMA
17 did a similar calculation. And they did
18 disclose the methodology. And what they
19 did is they extrapolated TD50, tumor dose
20 50, for animals based on the mean value
21 of nitrosamines of NDMA that they found
22 in their analysis.
23        So the mean, means that half
24 the people have more -- or half the
25 measurements are higher, and half the

Page 287

1 measurements are lower. So, you know,
2 for any individual person, you don't have
3 a 1 in 8,000 risk. The risk is going to
4 be different for each person. This is
5 maybe a big-picture calculation. But
6 it's not applicable to an individual
7 person.
8    Q    What it says is the FDA
9 estimates that if 8,000 people took the
10 highest Valsartan dose, 320 milligrams
11 containing NDMA from recall batches daily
12 for four years, and maybe one additional
13 case of cancer over the lifetime of the
14 8,000 patients?
15    A    Right. That's an estimate.
16 Since the numbers are fairly similar to
17 EMA, I'm going to presume they probably
18 used the same methodology which is based
19 on the mean. And the mean, as I said,
20 half the people had a higher dose than
21 the mean.
22    Q    So are you taking the
23 position that you disagree with the FDA
24 and what they say here about the cancer
25 risk being lower than their estimate?

Page 288

1        MR. SLATER: Objection. You
2    can answer.
3    A    Look, the FDA is usually
4 right. But they're not always right. No
5 agency is always right. So I don't
6 likely say or flippantly say I disagree.
7 But I think that this is one of the
8 instances in which they could be wrong.
9 Based on the data that I see,
10 particularly some of the already
11 published data, I think that there are
12 going to be more cancers than that.
13    Q    Could be wrong, but you
14 can't say that within a reasonable degree
15 of medical certainty; true?
16    A    Well, it's an estimate. So
17 I'm opining basically about an opinion at
18 this point.
19    Q    You didn't do any study
20 yourself; correct?
21    A    No.
22    Q    And you're referring to some
23 of the --
24    A    I assume you mean I didn't
25 do a study where I personally calculated

Page 289

1 a dose response?
2    Q    Yes.
3    A    I did not do that.
4    Q    You didn't take the data
5 that the EMA and the FDA used and run any
6 calculations yourself?
7    A    Right. I didn't make my own
8 model based on their data. But I did
9 read the published literature,
10 specifically with respect to cancer
11 potency, including what we're already
12 seeing in the use of Valsartan. And I
13 drew a conclusion which I think this is
14 going to be worse than what FDA states
15 here.
16    Q    And that's totally
17 speculative on your part, isn't it,
18 Doctor?
19        MR. SLATER: Objection. You
20    can answer.
21    A    Sure. Well, it's not
22 speculative. I'm basing it on Peer
23 Review published literature.
24    Q    Which literature?
25    A    Well, Al-Kindi showed an

73 (Pages 286 - 289)

Page 290

1 effect; Gomm showed liver cancer effect.
2    Q    Any others?
3    A    I believe it's Pottegård.
4    Q    You cite to three in your
5 report. You don't cite them necessarily
6 by name. But you cite three articles on
7 pages 25 --
8    A    So Pottegård was showing --
9 didn't reach the statistical significance
10 yet. But there are trends towards
11 increased cancer, including 46 percent
12 increased risk of colorectal cancer and
13 80 percent risk of uterine cancer.
14    Q    Did not reach statistical
15 significance; true?
16    A    That is true. But those
17 trends are very disturbing. And I think,
18 you know, this is a very short latency
19 period. So give this more time to
20 develop. And these numbers could be --
21 well, let's say they can get a lot worse.
22    Q    And it's funny. We're going
23 to go through your part about latency
24 periods with the Valsartan studies.
25        You say it's a very short

Page 291

1 latency period, you said?
2    A    Yes. With respect to
3 cancer, short latency.
4    Q    You do say in your report,
5 "Some common carcinogenic exposures can
6 take decades, 30 years or more"; right?
7    A    Some, yeah; some less.
8    Q    That would not be short,
9 would it?
10    A    30 years?
11    Q    Yes.
12    A    No.
13    Q    We'll circle back to that in
14 your bell curve discussion a little bit.
15 I just want to finish this part.
16    A    Sure.
17    Q    Now, none of the cites of
18 the literature that you established in
19 your report establishes an increased risk
20 of cancer from the oral ingestion of
21 NDMA -- NDMA containing Valsartan
22 products in terms of human
23 carcinogenicity; true?
24    A    False.
25    Q    And, again, when you say

Page 292

1 "false," are you citing to Al-Kindi, Gomm
2 and Pottegård or are you citing to the
3 dietary studies?
4    A    Well, I'm not -- I excluded
5 my answer just now to not include dietary
6 studies because you asked specifically
7 about Valsartan. But the ones that show
8 statistically significant potency for
9 cancer from Valsartan itself are Al-Kindi
10 and Gomm.
11    Q    Now, you haven't seen --
12 because you've only been given
13 Dr. Catenacci. You haven't seen what any
14 of the defense experts -- and I'll tell
15 you there are nine in total -- had to say
16 about your report and your opinions and
17 your assessment of the articles; correct?
18    A    Correct.
19    Q    You haven't seen any
20 summaries of them from plaintiffs'
21 counsel?
22    A    No.
23    Q    Has Mr. Slater or his team
24 told you what they had to say about any
25 of these articles in your use of them?

Page 293

1    A    He mentioned a few
2 particular points.
3    Q    What points did he mention?
4    A    It's hard for me to remember
5 specifically what we discussed.
6    Q    And I'll jump through some
7 of this. So we may get it to anyway.
8 I'm curious.
9        When Mr. Slater was talking
10 to you in one of your recent meetings or
11 discussions, did he say let me tell you
12 what so-and-so has to say about you?
13 They each had sections about you. Did he
14 tell you that?
15    A    He made a couple of comments
16 about it. Again, I'm having a hard time
17 recalling exactly what was said.
18        MR. SLATER: Just to be
19 clear, we're going to be able to ask
20 all your experts about all the
21 discussions with counsel; right?
22 It's open season; right? I didn't
23 object. But I assume no defense
24 lawyer is going to object when we
25 question the defense experts about

74 (Pages 290 - 293)

Page 294

1  discussions with counsel.
2         MS. COHEN: I'm not agreeing
3  to that.
4         MR. SLATER: Then I object.
5  Move on to another subject.
6    Q    I'm asking you, are you
7  aware of what the defense experts have
8  said about you?
9         MS. COHEN: That's fair.
10        MR. SLATER: It's a
11  different question.
12    Q    Are you aware of what they
13  said about you?
14    A    As a professional scenario,
15  I hope they haven't said too much about
16  me.
17    Q    I'm sorry.
18    A    As far as my report?
19    Q    Yes.
20        MR. SLATER: They said some
21  stuff about your musical taste.
22    A    You know, as I said, Mr.
23  Slater made a couple of comments about --
24        MR. SLATER: Don't talk
25  about what I said.

Page 295

1         THE WITNESS: Okay.
2         MR. SLATER: They don't want
3  to have an even playing field on
4  that. So we're not going to go
5  there.
6    A    Nothing jumps out as a major
7  thing.
8    Q    You said Al-Kindi and Gomm
9  are the ones you cited to?
10        MR. SLATER: Objection. I
11  object to the characterization.
12    A    Yes.
13    Q    What's a scientific method?
14    A    What is a scientific method?
15    Q    Yes.
16    A    Hypothesis-driven,
17  evidence-based research, testing, testing
18  replication.
19    Q    Have you ever heard that the
20  scientific method or heard or read
21  scientific method is that the null
22  hypothesis should be true, that there's
23  no association of causation unless it's
24  proven otherwise?
25    A    That is a statement I've

Page 296

1  heard before.
2    Q    In your report, you did the
3  opposite; correct?
4         MR. SLATER: Objection. You
5  can answer.
6    A    Well, I mean in some
7  situations, that statement that you made
8  is a little bit misleading; you know, if
9  I want to know if jumping out of the
10  ninth floor is harmful, should I start
11  with the null hypothesis or could I use a
12  little bit of common sense?
13    Q    Just to be clear, on page
14  11 -- I think we covered some of this
15  before -- you actually do the opposite of
16  the null hypothesis study?
17        MR. SLATER: Objection. You
18  can answer.
19    A    In the very specific case of
20  someone being exposed to a significant
21  amount of a carcinogenic compound and
22  then developing a cancer, I would start
23  with a very high index of suspicion that
24  that carcinogenic compound contributed to
25  their cancer.

Page 297

1    Q    But that's understood.
2         But that's not what you did;
3  you didn't start with a high degree of
4  suspicion or whatever your quote was; you
5  started that the assumption that exposure
6  to a human carcinogen contributed to this
7  carcinogenesis; you did the opposite of
8  the null hypothesis? Wouldn't you agree
9  with that?
10        MR. SLATER: Objection. You
11  can answer.
12    A    Again, in this specific
13  context, I don't think that one needs to
14  start with the null hypothesis by the
15  same reasoning that, you know -- well, I
16  gave an example.
17    Q    Do you agree that what you
18  did in your report with your assumptions
19  as you noted, page 11 and into page 12,
20  you did the opposite of a null
21  hypothesis?
22        MR. SLATER: Objection. You
23  can answer.
24    A    I think it's unfair to
25  characterize the whole report based on

75 (Pages 294 - 297)

Page 298

1 that statement.
2    Q    I'm going to then -- I won't
3 state the entire report. I'm going to
4 say, you're dealing with the key
5 question, the core question that we
6 discussed earlier.
7        You did the opposite of a
8 null hypothesis; true?
9        MR. SLATER: Objection. You
10 can answer.
11   A    No. I don't think the
12 things that are dealt in this report
13 really impact -- let me read the
14 statement again, please.
15   Q    Okay. Page 11.
16   A    So in that statement, it's
17 talking about any patient, talking about
18 a particular patient. I'm not talking
19 about a general approach or methodology
20 to reviewing scientific literature. So,
21 no, I wouldn't agree with your
22 characterization.
23   Q    The crucial part is it
24 starts with the assumption that exposure
25 to a human carcinogen contributed to

Page 299

1 carcinogenesis in the patient cancer
2 unless there is convincing evidence to
3 the contrary.
4        Is it your position that is
5 not the opposite of the null hypothesis?
6        MR. SLATER: Objection. You
7 can answer.
8    A    Sure. That's dealing with
9 looking at a particular patient. It's
10 not dealing with taking the literature as
11 a whole.
12   Q    Does that say anything about
13 a patient in there?
14   A    Yes.
15   Q    Any patient?
16   A    That is the part about a
17 patient and the previous sentence.
18 Therefore, for any patient. Both make
19 specific reference to specific patients.
20   Q    Page 24 is where you get
21 into the discussion of the Valsartan
22 articles that we mentioned a little while
23 ago. So just so you know where I'm
24 going. And we'll pull them out here in
25 just a few minutes.

Page 300

1        So, first of all, you talk
2 about the three studies.
3        Again, you agree these are
4 Gomm, Pottegård and Al-Kindi; right?
5    A    Those are the three that are
6 being referred here.
7    Q    When you talk about the
8 Danish study, that's Pottegård; is that
9 right? German study's Gomm, and the
10 study looking at adverse events reported
11 to the FDA is Al-Kindi? I just want to
12 make sure we're on the same page.
13   A    The FDA one is certainly
14 Al-Kindi, I believe it's true; Pottegård
15 is Danish; and Gomm is German; Al-Kindi,
16 American.
17   Q    First of all, you say in the
18 very beginning, you talk about the
19 potential latency period is extremely
20 short in each study.
21   A    Yes.
22   Q    And you talk about the
23 latency period -- precise latency period
24 is still being studied, and the maximum
25 follow-up in the study is six years, a

Page 301

1 pretty short latency period in most
2 cancers; right?
3    A    Yes.
4    Q    What you're saying there is
5 that the studies are too short but the
6 latency periods are long; right?
7    A    You're asking me if I think
8 biologically, the latency periods for
9 cancer due to NDMA are long?
10   Q    Yes.
11   A    Well, as I say here, it's
12 still being studied. So I think it's
13 unclear at the moment.
14   Q    So to be clear, to a
15 reasonable degree of medical certainty,
16 you cannot offer an opinion as to the
17 latency periods involved in these cancers
18 that are at issue in this case?
19       MR. SLATER: Objection. You
20 can answer.
21   A    There is some data to this
22 effect. You could look at Hidajat which
23 did have a latency period. I believe it
24 was seven years, immediate latency period
25 of seven years, Hidajat. So there is

Veritext Legal Solutions
800-227-8440                                        973-410-4040

Page 302

1 some evidentiary basis to offer an
2 opinion in that regard.
3    Q    I understand that.
4        And there are certainly
5 experts who have offered opinions on
6 that, the latency period.
7        I'm saying, you do not have
8 an opinion as to a reasonable degree of
9 medical certainty to the latency period
10 because as you say here, it's still being
11 studied; is that right?
12        MR. SLATER:  Objection.  You
13    can answer again.
14    A    It's still being studied.
15 And we don't know exactly.  But looking
16 at the preliminary report, the first
17 pieces of data, such as Hidajat, I think
18 that was seven years, was a good study,
19 big study.
20    Q    You haven't offered any
21 opinions specifically about the latency
22 period; is that right?
23    A    I haven't offered a specific
24 opinion on latency.
25    Q    Let's pull out Gomm.

Page 303

1        (The above-referred-to
2    document was marked as Exhibit 22 for
3    identification, as of this date.)
4        (The above-referred-to
5    document was marked as Exhibit 23 for
6    identification, as of this date.)
7        (The above-referred-to
8    document was marked as Exhibit 24 for
9    identification, as of this date.)
10        MS. COHEN:  Why don't we
11    pull out all of them:  Pottegård,
12    Gomm and Al-Kindi.  22 will be Gomm;
13    23 will be Pottegård; 24, Al-Kindi.
14    Q    So let's look at Pottegård
15 first.
16    A    Okay.
17    Q    And I notice when I asked
18 you to tell me which articles quoted your
19 opinion that there was some Valsartan
20 studies that showed increased risk of
21 cancer.  You did not include Pottegård.
22 You said Al-Kindi and Gomm.  So I know
23 this one is not part of that.  But you do
24 cite to it in your report.  So I want to
25 just cover it briefly; is that correct?

Page 304

1    A    Well, when one is reviewing
2 scientific or medical literature,
3 different studies can get different
4 weights for various reasons, quality,
5 strength of association, many different
6 factors come into it.  Pottegård did not
7 achieve, did not reach statistical
8 significance which is why I can't put a
9 lot of weight on it.
10        But there were trends
11 towards increased cancer in Pottegård.
12 So it is alarming.  The other --
13 Pottegård has two really big problems.
14 One is that they -- their study group was
15 ZHP -- sorry -- ZHP Valsartan users.  And
16 their control group was users of other
17 Valsartan products.  So they don't say
18 who their white list was.
19        And since this study was
20 done, you know, we now know many
21 different manufacturers had NDMA
22 contaminated Valsartan.  So it's quite
23 possible that Valsartan use across the
24 board, both in the patient and the
25 subject's end controls, was artificially

Page 305

1 high because of Valsartan use; in fact,
2 Al-Kindi supported that hypothesis.
3    Q    Let me try to go through
4 this quickly and just cover a couple of
5 points.
6        One is, you agree that this
7 did not show a statistically significant
8 increase in cancer risk from NDMA
9 contaminated Valsartan products; correct?
10    A    Pottegård?
11    Q    Yes.
12    A    I agree.
13    Q    And I think what it says
14 here is on page -- three pages I think
15 under results, I'll let you catch up
16 there, it just says, "Overall, exposure
17 to potentially (probably or possibly)
18 NDMA contaminated Valsartan products
19 showed no association with cancer
20 compared with exposure to Valsartan
21 products unlikely to be contaminated with
22 NDMA and no evidence of a dose-response
23 relation."
24        That's what you're pointing
25 to; right?

77 (Pages 302 - 305)

Page 306

1       MR. SLATER: Objection. You
2    can answer.
3    A     Right. It says that. But
4  they don't tell us what manufacturers
5  were in which group.
6    Q     But we agree that this could
7  not be used to support the position that
8  there's some increased risk; correct?
9       MR. SLATER: Objection.
10   A     Yeah. I think that that
11 would be overstating my position on that.
12 I think, as I said, when you're reviewing
13 medical and scientific literature, you
14 can put various amounts of weight on
15 various studies based on a number of
16 factors. The fact that it didn't reach
17 statistical significance certainly limits
18 its utility. But it doesn't completely
19 trivialize it.
20       As I said, there were trends
21 towards increased cancer for colorectal
22 and uterine cancer. And that in and of
23 itself I think is quite interesting
24 because those cancers are seen most
25 commonly -- well, those are the most

Page 307

1  common cancers in people who have
2  deficient DNA cleanup machinery.
3    Q     So this cites to IARC for
4  one. You see that in here?
5    A     Pottegård?
6    Q     Yes.
7       Pottegård cites IARC?
8       MR. SLATER: Where are you?
9  What page? The first page right
10 there?
11       MS. COHEN: No. It's a
12 little bit further. It's the section
13 on biological rationale. It's three
14 from the back. These don't have page
15 numbers.
16       MR. SLATER: I saw it on the
17 front page.
18       MS. COHEN: Maybe it's on
19 the front page too.
20   Q     They're obviously
21 referenced, the IARC; right?
22   A     Yes. They're referenced,
23 the IARC.
24   Q     One of the things I think
25 you criticized the study for was

Page 308

1  excluding individuals with Lynch
2  Syndrome?
3    A     Well, I criticized this
4  article for excluding patients who had a
5  previous diagnosis of cancer. And I
6  mentioned that the cancers, which were
7  showing trends towards increased
8  incidents, are the cancers that are most
9  commonly seen in patients with Lynch
10 Syndrome. Lynch Syndrome was what I was
11 just referring to when I said some
12 patients have deficient machinery to
13 clean up their DNA.
14   Q     But you don't know of any
15 studies that actually establish that NDMA
16 or NDEA causes or accelerates cancer
17 growth with Lynch Syndrome? You can't
18 cite a study; right?
19       MR. SLATER: Objection. You
20    can answer.
21   A     Well, I know the mechanism
22 by which NDMA -- NDMA causes mutation in
23 cells. And it's precisely the kind of
24 thing that you would want the enzymes of
25 Lynch Syndrome to face. So I would say

Page 309

1  patients, if they have a deficiency in
2  those cleanup -- in the cleanup machinery
3  would be at very high risk from in-dose
4  to digesting dosages of NDMA as described
5  in Valsartan.
6    Q     Is there any study that you
7  can cite to for that? I know you said
8  you know what kind of study there would
9  be. Is there any kind of study we should
10 be aware of?
11       MR. SLATER: Objection. You
12    can answer.
13   A     There's no study, yet, of
14 Valsartan use in Lynch Syndrome patients
15 in cancer outcomes.
16   Q     So let's move to Gomm.
17   A     Sure.
18   Q     Which we marked.
19       That's one of the ones that
20 you cite to as being supportive of your
21 answer to the big question in the report
22 about risk of cancer. This is one of the
23 two; right?
24   A     Well, I really -- so the big
25 question was not answered on the basis of

78 (Pages 306 - 309)

Page 310

1 any two studies. The big question was
2 answered on the basis of pretty much
3 everything that I've referenced here. So
4 the dietary studies, the animal studies,
5 the WHO, the IARC. And these studies
6 played a part, Gomm and Al-Kindi, as did
7 everything else, including the negative
8 studies.
9    Q    In terms of actual studies,
10 articles and studies for human carcinogen
11 increase, the only two studies you cite
12 here are Gomm and Al-Kindi; true?
13        MR. SLATER: Objection. You
14    can answer.
15    A    No. There are quite a few
16 studies that I reference that show
17 potency with respect to cancer for NDMA.
18    Q    You're talking about dietary
19 studies?
20    A    Yes.
21    Q    Putting those aside for this
22 moment, these are the two studies: Gomm
23 and Al-Kindi; true?
24        MR. SLATER: Objection. You
25    could answer.

Page 311

1    A    These are the two studies
2 that specifically deal with the
3 contaminated Valsartan pills and
4 association with cancer.
5    Q    And looking at this Gomm
6 study, I know you've read it, of course;
7 right?
8    A    I've read it.
9    Q    You probably read this
10 multiple times since it's one of the two
11 that you cite to for that particular
12 issue?
13        MR. SLATER: Objection.
14    Lack of foundation.
15    Q    Did you read this recently?
16    A    Relatively recently.
17    Q    Last night?
18    A    No.
19    Q    Today?
20    A    No.
21    Q    Sometime in the last week?
22    A    Maybe. One to two weeks.
23    Q    Conclusion of the study --
24 I'm kind of a highlights person --
25 conclusion on page 1 is, "These findings

Page 312

1 suggest that the consumption of
2 NDMA-contaminated Valsartan is associated
3 with a slightly increased risk of hepatic
4 cancer; no association was found with the
5 risk of cancer overall."
6        MR. SLATER: Objection.
7    A    That's what it says.
8        MR. SLATER: Objection.
9    Q    And you read the article,
10 and you know that's not what it says, but
11 that's what it found; right?
12    A    In a short time frame, yeah.
13 I think that studies like this in ten
14 years might look dramatically different.
15 But for now, they found already an
16 increased incident of liver cancer which
17 is a deadly and horrible disease and no
18 other causative associations thus far.
19    Q    Did you learn in your
20 preparation today what other experts had
21 to say about the Gomm article and the
22 failings of it?
23    A    No.
24    Q    And I would say that what it
25 says in the conclusion, which comes

Page 313

1 obviously at the end of this 35762, it
2 says --
3        MR. SLATER: You're talking
4    about the conclusion?
5        MS. COHEN: Yes.
6        MR. SLATER: Let me just get
7    there.
8        MS. COHEN: It's before 361.
9        MR. SLATER: Okay. I'm
10    there.
11    Q    It says, "We detected a
12 small, yet statistically significant
13 increase in the risk for liver cancer
14 with the use of NDMA-contaminated
15 Valsartan while no association was found
16 for overall cancer risk or other examined
17 single cancer outcomes" similar to what
18 it says in the front part.
19        Then it says, "However, the
20 present study can only state the
21 existence of a statistical association.
22 Causality cannot be inferred"; right?
23        MR. SLATER: Objection. You
24    can answer.
25    Q    That's what it said; right?

79 (Pages 310 - 313)

Page 314

1    A    It did.  And it goes on to
2 say, "Long-term effects of regular use of
3 potentially NDMA contaminated Valsartan
4 for more than three years could not be
5 evaluated because of the currently still
6 relatively short follow-up time."
7    Q    Let me ask you a few
8 additional questions about Gomm.
9    A    Sure.
10    Q    While found a statistically
11 significant association, there was no
12 dose-dependent effect observed; correct?
13    A    Is there a specific line,
14 part that you're referring to where it
15 says --
16    Q    No.  I'm just asking if you
17 know that.
18    A    I don't recall if they
19 commented on that.
20    Q    So this is 358.
21    A    Okay.
22    Q    And on the right-hand column
23 about three quarters of the way down, it
24 says, "However, no dose-dependent effect
25 on the risk of liver cancer was found for

Page 315

1 higher exposure to potentially any
2 NDMA-contaminated Valsartan."
3        Do you see that?
4        MR. SLATER:  Sorry.  What
5    page did you say?
6        MS. COHEN:  358.
7    Q    You see that?
8    A    Okay.  I see that.
9    Q    And the study did not
10 control for other risk factors for liver
11 cancer.
12        Do you agree with that?
13    A    Well, right above where you
14 just highlighted, it says, "The
15 association with liver cancer remains
16 stable after basic adjustment for age and
17 gender and also after additional
18 adjustment for hepatitis and other liver
19 diseases."
20        So I think that it did
21 certainly make adjustments for hepatitis
22 and liver diseases.
23    Q    Also, this study did not
24 correct for multiple testing, i.e.,
25 testing for an association for multiple

Page 316

1 types of cancer one type at a time?  Are
2 you aware of that?
3    A    Where are you reading that?
4    Q    From my expert's report.
5 just being honest.
6    A    Can you give it to me again?
7    Q    If you don't know that, it's
8 fine.
9    A    We could move on.  I didn't
10 quite get the question.  But we could
11 move on, if you want, or we could go
12 through it again.
13    Q    No.  I want to keep moving.
14        The last part was, it did
15 not correct for multiple testing.
16    A    Multiple testing.
17    Q    Testing for an association
18 for multiple types of cancer.
19    A    I don't think I totally
20 understand what the expert was saying
21 with that comment.
22    Q    I'm sure he can handle it
23 far better than I can.
24        And, again, it ends with,
25 "Causality cannot be inferred" in the

Page 317

1 conclusion part.
2        You saw that; right?
3    A    Yeah.
4    Q    Now, Al-Kindi is our last
5 one that I want to go to.  And we marked
6 this.  You should have it over there.
7 Two pages in total; right?
8    A    Yeah.
9    Q    This is the one that the
10 FDA -- adverse event reporting that you
11 mentioned in your report?
12    A    Yeah.
13    Q    And this is the one -- tell
14 me if I'm wrong about this -- that we
15 talked about before where this came after
16 the recall -- and I may get objected
17 to -- but I think you said this had sort
18 of the impact of the press and PR and the
19 recall leading to kind of a spike; is
20 this what you were talking about?
21    A    Yeah.  So I think what this
22 article was really kind of saying -- and
23 I'm going to make the case of it very
24 believed, actually -- but what they were
25 saying is, wow, if you look at the chart

80 (Pages 314 - 317)

Page 318

1 on page 2, they're saying, oh my God,
2 look at how many tumors were reported as
3 adverse events after the recall. And so,
4 you know, these people taking these
5 medicines must have panicked. And anyone
6 who got cancer blamed it on their drug.
7 And, okay, fine, certainly, people who
8 see this in the news and recently gotten
9 a diagnosis of cancer may make that
10 conclusion, not necessarily an error.
11 They could be right. But what to me
12 really jumped off the page, if you look
13 on the first page of this, the fourth
14 paragraph, reporting odds ratio for
15 neoplasm adverse event, increased from
16 1.7, and then it gives paren 1.3 to 2.1,
17 pre-recall to 7.1 post recall. So that's
18 saying, wow, it went from 1.7 to 7.1.
19 And that's a lot. But what that 1.7 is,
20 is a pre-recall number showing the odds
21 of reporting a tumor as an adverse event
22 from Valsartan compared to other ARBs was
23 1.7, meaning 170 percent other ARBs or a
24 70 percent increase to other ARBs. So
25 there's no psychological explanation for

Page 319

1 why that number should be 1.7 pre-recall.
2        And just to put a fine point
3 on it, it indicates that Valsartan use
4 was associated with tumor development or
5 at least the reporting of tumors before
6 the recall.
7    Q    So, first of all, you talk
8 in your report on page 26 about this
9 article, and you say a massive spike in
10 neoplasms reported adverse events; right?
11   A    What page?
12   Q    Page 26 in your report.
13   A    Yes.
14   Q    Neoplasms are not cancer?
15   A    Many of them are. In old
16 people, most of them are. But there are
17 some that are not neoplasms. That's
18 true.
19   Q    They're not all malignant?
20   A    Not everyone is malignant.
21 But they're tumors. They are tumors.
22 Not every neoplasm is a tumor.
23   Q    What's particularly striking
24 about the article was the calculated risk
25 of reporting a neoplasm as an adverse

Page 320

1 event was 70 percent higher for Valsartan
2 users, compared to consumers of other
3 angiotensin receptor blockers, even
4 before the NDMA contamination was
5 announced.
6        Where in the study do you
7 derive this statistic from?
8    A    Well, I just explained it.
9 If you look at the fourth paragraph on
10 page 1 of this study, reporting odds
11 ratio for neoplasm AEs, adverse events,
12 increased from 1.7. So 1.7 means that
13 those users, users of Valsartan had a
14 70 percent higher risk of reporting a
15 neoplasm adverse event pre-recall.
16   Q    Right.
17        But --
18   A    1.7 is the statistic. Then
19 it shows the range there, the confidence
20 interval of 1.3 to 2.2.
21   Q    But you go from neoplasm to
22 cancer; you're conflating those two
23 words, aren't you?
24   A    Well, they're all tumors.
25 And I'm sure most of them are cancerous

Page 321

1 because these are old people taking this
2 drug.
3    Q    But you don't know that, do
4 you? Do you know that all of those
5 neoplasms are cancerous?
6    A    I didn't say all of them are
7 cancerous. I said a lot of them are
8 cancerous.
9    Q    You're speculating on that,
10 aren't you?
11        MR. SLATER: Objection. You
12 can answer.
13   Q    You said most of them are
14 cancerous.
15   A    Most neoplasms in people of
16 the age group taking Valsartan are
17 cancerous. Some are benign tumors. I'm
18 sure there are some benign tumors in
19 there. But my statement is accurate.
20   Q    You don't think you're
21 speculating when you say that?
22   A    I'm basing it on well-known
23 epidemiology that most neoplasms in
24 people in their 60s and 70s are going to
25 be malignant.

81 (Pages 318 - 321)

Page 322

1   Q      There's a section in your
2  report, Ranitidine Studies, page 28.  The
3  Yoon study also found -- I could pull it
4  out.  I'm sure you read it recently;
5  right?  Yoon.  It's the only one you cite
6  to in the section.
7   A     I don't think it's the only
8  study that I cite to in the section.  I
9  mean I did read this study.  If we're
10 going to talk about it in detail, I would
11 like to see it.
12  Q     I'm just going to ask you
13 one question right now.
14       Are you aware that study
15 found no association between cancer and
16 ingestion in nitrosamines?
17  A     I'm aware that this study
18 found no association between the
19 nitrosamine levels in Ranitidine and
20 cancer so far.  Ranitidine levels are
21 much lower than what's been reported for
22 Valsartan.  And, again, this suffers from
23 the same problems as Gomm and Pottegård
24 which is that it may need more time.
25  Q     So no one should rely on

Page 323

1  them with any degree of certainty, is
2  what you're saying?
3       MR. SLATER: Objection.  You
4  can answer.
5   A     They're one piece of the
6  puzzle.  We had to go through all of the
7  research to take the disparate data
8  points and synthesize them into an
9  opinion.
10       I think I might like another
11 break soon.
12  Q     Why don't we do it now.
13       THE VIDEOGRAPHER:  We are
14 off the record.  The time is
15 4:35 p.m. Eastern Time.
16       (A short recess was taken.)
17       THE VIDEOGRAPHER:  We are
18 back on the record.  The time is
19 4:57 p.m. Eastern Time.
20  Q     So, Doctor, I'm going to
21 just shift gears a little bit, move away
22 from the literature and your report for a
23 little while and ask you some general
24 questions that I have.
25  A     Sure.

Page 324

1   Q     And then we'll get where we
2  get to.
3       So can you name for us as
4  many human carcinogens that you could
5  name?
6   A     Oh, boy.  Okay.  Cigarette
7  smoke, smokeless tobacco.
8       MR. SLATER:  While you're
9  doing that, objection to the
10 question.  But you can continue to
11 answer.
12  A     Radiation, asbestos,
13 nitrosamines, Human Papilloma Virus,
14 Epstein Barr Virus, Human T-cell Lymphoma
15 Virus, Clonorchis, Chinese Liver Fluke,
16 Schistosoma, Reflux.  Well, that's not --
17 that's not an exogenous one.  Hepatitis B
18 Virus, Hepatitis C Virus, alcohol,
19 certain asbestiform minerals, such as
20 tremolite.  There are probably more.  I
21 can keep thinking about them, if you'd
22 like.
23  Q     I'm going to ask you a
24 follow-up question.
25  A     Okay.

Page 325

1   Q     Do you consider there to be
2  a universal carcinogen?
3       MR. SLATER:  Objection.  You
4  can answer.
5   A     What do you mean by that?
6   Q     That each type of these
7  potential carcinogen has the same
8  reaction.
9   A     You mean across species?
10  Q     Well, and in people in terms
11 of type of cancer they cause.
12  A     Can you ask the question a
13 little differently?  It's a little hard
14 for me to get.
15  Q     Well, for the various
16 cancers that you named before, what types
17 of human cancers do they cause?  Do they
18 cause the same types or different ones?
19  A     For the carcinogens that I
20 mentioned before?
21  Q     Yes.
22  A     I mean they -- each can
23 cause various types of cancer.  And
24 there's a concept perhaps that -- they
25 each can cause various types of cancer.

Page 326

1  Well, some would only cause one type of
2  cancer.  Hepatitis B or Hepatitis C, for
3  example, causes liver cancer.
4      Q      On page 18 of your report --
5  I know I was getting away from your
6  report -- I want to go back to this one
7  point.  You said on page 18 -- it says,
8  "However, it's worth noting that once a
9  carcinogen has entered the bloodstream,
10  it's likely that it can cause cancers in
11  nearly any organ."
12          What's the basis for saying
13  that?
14      A      The basis for saying that is
15  that once a carcinogen is in the blood,
16  it can be pumped to any part of the body.
17  And so many of the carcinogens that we
18  mentioned before are not bloodborne.
19      Q      And you'd agree that the
20  presence of a carcinogen, whether it's
21  NDMA or something else, in the
22  bloodstream by itself, that fact does not
23  make NDMA carcinogenic?  The fact that
24  NDMA is in the bloodstream, that doesn't
25  make it carcinogenic?

Page 327

1      A      It's the DNA damage that
2  makes it carcinogenic.
3      Q      Well, it still has to be
4  metabolized, doesn't it?
5      A      Yes.  And then it causes DNA
6  damage.
7      Q      On the universal carcinogen,
8  are you asking me to re-ask the question?
9      A      Yes.
10      Q      Is there any carcinogen that
11  equally can cause all types of cancer?
12      A      That's a concept I haven't
13  considered before.  So there's a concept
14  in medicine called the multi-specificity,
15  which I think would apply to this
16  discussion, whereas if we say something
17  is specific, that seems to exclude other
18  avenues.
19          But take, for example, like
20  cigarette smoking, it is a multi-specific
21  carcinogenic.  It can cause lung cancer.
22  Obviously, it can cause head and neck
23  cancers.  It can cause bladder cancer.
24  So it's multi-specific.  And there are a
25  lot of multi-specific carcinogens,

Page 328

1  universal, meaning any single organ in
2  any single person, something can cause
3  cancer.  A carcinogen can cause cancer.
4  I can't think of an example right now.
5  Ionizing radiation, maybe.
6      Q      Back to page 18 of your
7  report, you go on to say, "It will be
8  difficult for one to scientifically
9  exclude the potential for a bloodborne
10  carcinogen to cause cancer in any organ
11  to a reasonable degree of medical
12  certainty."
13          Again, you have no cite
14  there; correct?
15      A      There's no cite, right.
16      Q      And you have no cite to give
17  us for that statement, do you?
18          MR. SLATER:  Objection.  You
19  can answer.
20      A      It's an opinion based on my
21  knowledge of biology and pathobiology.
22  Probably, it could have been said better
23  by adding "without prospective data."
24      Q      It's your opinion there's no
25  prospective data to support that; is that

Page 329

1  right?
2          MR. SLATER:  Objection.  You
3  can answer.
4      A      That's not exactly what I'm
5  saying, no.  I'm saying that carcinogens
6  that enter the bloodstream like NDMA and
7  its metabolites could potentially cause
8  any cancer.  Now, it may be true that
9  over time, we'll learn it's more likely
10  to cause Cancer Y, X and Z than A, B, C.
11  But that data doesn't exist yet.
12      Q      And can you point to any
13  studies cited in your report that is
14  determined that the NDMA will reach the
15  bloodstream after oral ingestion for up
16  to 20 micrograms of NDMA?
17      A      Yes.
18      Q      Which ones?
19      A      Well, of course, it's
20  well-known.  It's a scientific consensus
21  that NDMA does get into the bloodstream.
22  That is not a contentious issue.  I'll
23  try to find the specific reference now.
24  As far as I'm aware, there's not a shred
25  of scientific argument against that

83 (Pages 326 - 329)

Page 330

1  proposition.
2      Q      Well, it doesn't mean it's
3  carcinogenic just because it's in the
4  bloodstream; right?
5          MR. SLATER: Objection. You
6  can answer.
7      A      Yeah. I mean there are two
8  different questions. If you're asking,
9  is NDMA -- does NDMA get into the
10 bloodstream, I think it's completely
11 uncontroversial. I can probably find it
12 in the WHO article from 2002, a
13 reference, if you need it. But it's
14 well-known there's scientific consensus.
15         As to whether or not it's a
16 carcinogen being in the blood does not in
17 and of itself make it a carcinogen, if
18 that was your question.
19     Q      Yes. That's fair.
20         And you don't have any
21 specific citation, as you said, for those
22 two sentences or one sentence -- no --
23 two sentences on page 18?
24     A      Those two bolded sentences?
25     Q      Yes.

Page 331

1      A      There's not a citation to
2  that. Those are professional opinions
3  based on my knowledge and experience.
4      Q      And one thing I meant to ask
5  about, in your report, you talk sort of
6  at the end about injuries and harm and
7  what people experience.
8          Again, you're not offering
9  those opinions today at this point in
10 this litigation because you're not
11 getting into any case-specific issues or
12 assessing people, what they've
13 experienced; is that correct?
14         MR. SLATER: Objection. You
15 can answer. Do you mean he's not
16 offering an opinion on any specific
17 patient at this time?
18         MS. COHEN: Yes.
19     A      Yeah. I mean --
20     Q      I'll start with that.
21     A      Yeah. I mean as a human, I
22 feel for all the people who took this
23 drug.
24         MR. SLATER: Her question
25 is, when you made that statement,

Page 332

1  were you referring to a specific
2  plaintiff in this litigation or was
3  it a general statement?
4          THE WITNESS: General
5  statement.
6      Q      And even on the general
7  aspect of it, you haven't -- and, again,
8  as you said, let me find the exact
9  pages -- I don't want to forget to ask --
10 page 33.
11         You said, "Anyone who
12 actually develops cancer as a result of
13 being exposed to contaminated-Valsartan
14 with NDMA and NDEA has been harmed."
15         This is a general statement
16 you're making; if someone gets cancer,
17 you consider that a harm; right?
18         MR. SLATER: Objection. You
19 can answer.
20         MS. COHEN: I'm taking it
21 one sentence at a time.
22     A      Yes. Certainly, anyone who
23 develops a cancer as a result of being
24 exposed to contaminated Valsartan with
25 nitrosamines has been harmed.

Page 333

1      Q      But in terms of how they've
2  been harmed, what long-term risks they
3  have, what exactly they have suffered,
4  again, that's not anything you're able to
5  comment on today to a reasonable degree
6  of medical certainty?
7          MR. SLATER: Objection. You
8  can answer.
9      A      I find the question a little
10 bit overly broad. If, again, we're
11 talking about any particular person, I'm
12 not commenting today on any particular
13 people with any particular disease.
14     Q      Right.
15         And the next piece of it --
16 because I don't want to leave here and
17 regret not asking this.
18         The next piece of it, even
19 though you've given this general
20 statement -- well, let me ask this.
21         You would offer the opinion
22 that anybody who's developed cancer has
23 suffered harm; right?
24     A      That would again be overly
25 broad. Anyone who develops cancer in

84 (Pages 330 - 333)

Page 334

1  what context?
2  Q    In any capacity.
3       You obviously said you feel
4  terrible for anyone who develops cancer;
5  correct?
6  A    I do.
7  Q    And, again, it's a
8  generalization that you feel like if
9  somebody develops cancer from some
10 exogenous source, they've been harmed;
11 correct?
12 A    Yeah.  I mean the specific
13 question you just asked, if people
14 developed cancer from an exogenous
15 source, then, yes, definitely.
16 Q    But to go any further, in
17 other words, in terms of what oncologic
18 risk, what future harms someone might
19 have, what they will experience, that
20 again, you're not able to offer to a
21 reasonable degree of medical certainty
22 here because you haven't studied those
23 issues?
24      MR. SLATER:  Objection.  You
25  can answer.

Page 335

1  A    Well, for some of these
2  products, the degree of contamination is
3  unprecedented in human history.  As far
4  as I know, there's never been a time
5  where people might have consumed
6  50,000 nanograms per day of NDMA.
7       So, you know, for me to give
8  an exact -- an exact risk rate, I don't
9  think anyone can really do it right now.
10 You could make models.  You could make
11 guesses.  But we don't know the exact
12 risk.  And especially if you're going to
13 talk about a particular person, then we
14 have to look at the whole case.
15 Q    You have not assessed, for
16 example, the oncologic risk, the risk
17 that they would at some point in their
18 life develop cancer?  You have not done a
19 modeling or assessment of that; correct?
20      MR. SLATER:  Objection.  You
21  can answer.
22 A    I haven't done my own
23 mathematical models.  I have read through
24 the studies, including the dietary
25 studies, which do show -- both in many

Page 336

1  instances, they show a certain amount of
2  NDMAs associated with a certain amount of
3  increased cancer.
4       So I am directionally aware
5  of what the risks may be.  But for this
6  particular question -- the Valsartan
7  question is going to be different
8  depending on which medications the
9  patient was taking.
10 Q    The amount of it?
11 A    Yeah.
12 Q    Time frame of it?
13 A    All of that.
14 Q    And confounding factors?
15 A    All those factors come into
16 play.
17 Q    Multifactorial, it could be
18 Valsartan, it could be combined with
19 something else; so, in other words,
20 sitting here today, whatever day it is
21 today -- I don't even know -- 2021 --
22 what's the date today?  Friday the 13th,
23 you can't offer any opinion to a
24 reasonable degree of medical certainty as
25 to the risk of future harm or the

Page 337

1  increased risk?  You haven't studied all
2  that; correct?
3       MR. SLATER:  Objection.  You
4  can answer.
5  A    I don't agree with that
6  characterization at all.  I think -- so
7  there's a degree of precision that I
8  cannot provide because we basically don't
9  have an evidentiary basis for what
10 happens if you take multiple thousands of
11 milligrams of this substance.
12      But I have looked at the
13 evidence that exists.  And that concludes
14 dietary studies which show rather
15 significant potency for NDMA causing
16 cancer.  So based on the dietary studies,
17 as well as animal studies, if you're
18 asking me if I can say to a reasonable
19 degree of medical certainty whether these
20 people have been harmed or not, I
21 absolutely believe they've been harmed.
22 Q    What you can't say to a
23 reasonable degree of medical certainty is
24 what the increased risk is they will at
25 some point in their lives develop cancer?

85 (Pages 334 - 337)

Page 338

1 That's not something you can offer today;
2 right?
3         MR. SLATER: Objection. You
4   can answer.
5    A    Like a precise percentage?
6    Q    Yes, percentage anything,
7 right.
8    A    I could give -- it could be
9 answered in a couple of ways. One way is
10 we've never seen this much NDMA
11 administered to people before. At the
12 lower levels, I think that you could
13 definitely make an analogy to the dietary
14 studies.
15    Q    So, again, I'll just go back
16 to what I said before.
17         You haven't talked to any of
18 these people; correct?
19    A    If I can clarify my previous
20 answer, you know, the dietary studies,
21 some of them show about like a -- we can
22 go to my report here. There are some
23 that show 40, 60 or 100 percent increase
24 risk for high dietary consumers of NDMA.
25         And so those dietary

Page 339

1 studies, the high consumers of NDMA are
2 consistent with the very low end of the
3 spectrum for contaminated-Valsartan
4 pills. So I think in those instances, I
5 could give you a relatively reasonable
6 estimate of increased risk, the people
7 who are taking 25,000 nanograms, 50,000
8 and 76,000 nanograms. I have no idea.
9 No human has ever been subjected to that,
10 to the best of my knowledge, but a lot.
11    Q    Here's my issue.
12         Page 33, you throw in at the
13 end this paragraph about harm, an
14 unreasonable oncologic risk, having
15 increased the risk; there's not a single
16 citation there -- correct? -- in that
17 paragraph.
18    A    That's right.
19    Q    You also do not express any
20 opinion, other than these generalities,
21 about the degree of risk, percentage of
22 risk? There's no specificity here. You
23 agree with that?
24    A    No.
25    Q    What do you mean no? Where

Page 340

1 is the specificity? Where are the
2 percentages, the numbers?
3    A    There's a difference between
4 precision and specificity. I don't put
5 any precise statements in here. But I do
6 think the statements are specific to
7 people -- I mean the statements read as
8 it reads. But I don't consider them
9 particularly non-specific. I mean they
10 are sort of a closing statement.
11         But I think it's absolutely
12 true that if you are a person in 2012,
13 you had hypertension, you had X percent
14 chance you were going to get cancer in
15 your life. Me, everyone here has
16 some percent chance they're going to get
17 cancer. The people who took these
18 medicines have a more likelihood of
19 getting cancer.
20    Q    But you cannot in any way
21 give us a citation as to what the
22 increase is; correct?
23    A    I think I just explained
24 that for people at the lower end of the
25 spectrum, we can go to the dietary

Page 341

1 literature where the numbers are
2 relatively analogous. And with that, we
3 probably could put together a pretty
4 reasonable model.
5    Q    But you haven't done that
6 here, have you?
7         MR. SLATER: Objection. You
8   can answer.
9    Q    Is there -- look at this
10 paragraph. Is there any number in here?
11 Is there any model in here? Anything?
12         MR. SLATER: You're talking
13   about on this page?
14         MS. COHEN: Yes.
15    Q    This is your chance to do
16 it.
17         Is there any number here?
18         MR. SLATER: Objection. You
19   can answer the question.
20    A    I disagree that this is the
21 place I would have to do that. I spoke
22 in great detail in this report about the
23 increased cancer rates for dietary
24 studies. And we can look.
25         And for everyone where I had

86 (Pages 338 - 341)

Page 342

1 an amount of ingestion, I included that,
2 that data. So we can look at the
3 specific drug products and the specific
4 levels of contamination. And then we can
5 say, okay, if this is analogous to Study
6 X and this is the increased amount of
7 cancer for some of them as I said, I mean
8 you could never ethically give someone
9 tens of thousands of nanograms of NDMA.
10    Q    Do you understand that if
11 you didn't do some analysis or some
12 calculation or some modeling put in your
13 report, it's not in the report.
14        I'm asking you, did you do a
15 modeling or calculation for harm or a
16 reasonable oncologic risk anywhere?
17        MR. SLATER: Objection. You
18 can answer.
19    Q    Did you do it?
20    A    I didn't do a calculation,
21 no. I relied on calculations in the Peer
22 Review literature.
23    Q    In the dietary studies you
24 mentioned?
25    A    Yeah.

Page 343

1    Q    And you didn't try to take
2 those and extrapolate in this -- because
3 this is the only paragraph where you talk
4 about harm -- come up with any type of
5 calculations for this litigation?
6        MR. SLATER: Objection.
7 Mischaracterization of the report.
8 You can answer again.
9    A    So I didn't personally take
10 any of the original data and model to do
11 some sort of risk assessment model.
12    Q    And none of the other
13 experts who are part of the plaintiffs'
14 expert team did so; correct?
15        MR. SLATER: Objection.
16    A    I have no idea.
17    Q    You haven't seen any of
18 those?
19    A    I have not seen any of them.
20    Q    You haven't been told about
21 any modeling they've done?
22    A    No.
23    Q    Or any increased risk
24 analysis?
25    A    No.

Page 344

1    Q    Sitting here today, 2021, do
2 we know all the reasons why people
3 develop cancer?
4    A    All the reasons, no. We
5 know a lot of the reasons. But I
6 couldn't say all.
7    Q    Do individuals who are not
8 exposed to environmental carcinogens
9 develop cancer?
10    A    Definitely.
11    Q    Do individuals --
12        MR. SLATER: One second.
13 Objection to the form. I just didn't
14 want to step on your answer.
15    Q    Do individuals who do have
16 an inherent predisposition of cancer
17 still develop cancer?
18    A    Some, sure. Many.
19    Q    Can observational
20 epidemiologic studies prove causation?
21        Let me retract that and look
22 at what you said on page 22. I'm going
23 to withdraw that question for now.
24        Would you agree that DNA
25 damage commonly occurs in the cells of

Page 345

1 our bodies as a result of endogenous
2 processes or is it always external
3 exogenous factors?
4        MR. SLATER: Objection. You
5 can answer.
6    A    It's both. Certainly both.
7    Q    And you agree -- I think you
8 said this earlier.
9        You agreed earlier that
10 association does not mean causation? You
11 agreed with that earlier?
12    A    Right.
13    Q    And you also agree that risk
14 factors, not all risk factors are not
15 causes?
16    A    What's that?
17    Q    All risk factors for cancer
18 are not causes of cancer. Do you agree
19 with that?
20        MR. SLATER: Objection. You
21 can answer.
22    A    All risk factors for cancer
23 are not causes for cancer. As a general
24 supposition, I would agree with that.
25    Q    How long does it typically

87 (Pages 342 - 345)

Page 346

1 take to develop cancer starting from a
2 normal cell without mutations until the
3 time a cancer is clinically diagnosed or
4 diagnoseable?
5        MR. SLATER: Objection. You
6   can answer.
7    A     Without knowing the specific
8 cancers in question, it's almost
9 impossible to answer that. There are
10 some that can take ten years or more.
11 There are some that can be detected on
12 the order of weeks. So it's a really
13 broad range.
14    Q      There was one part of your
15 report where you were talking about
16 polyps. I'm trying to see where that is.
17        I'm going to ask you a
18 question, how long does it take for a
19 polyp in a colon to turn into invasive
20 colon cancer?
21        MR. SLATER: Objection. You
22   can answer.
23    A     From the first day that it's
24 a polyp to the day that it's a cancer,
25 you know, there's not an exact timeline.

Page 347

1 But ten years or more in most cases with
2 outliers.
3    Q      So the latency period is
4 long; correct?
5    A     For colon?
6    Q      Yes.
7    A     Yes. But latency period is
8 not a term I would use in that context.
9    Q      What would you use?
10    A     Just the rate of progression
11 is slow until the point it's cancer, then
12 it's fast, slowly, and then all at once.
13    Q      If a polyp becomes an
14 invasive cancer, can you tell what caused
15 it to become invasive?
16    A     Yeah. I mean this is --
17 that question gets at really the basis of
18 colorectal carcinogenesis. And
19 typically, when you have a polyp, you see
20 the first mutation in a gene called APC,
21 adenomatous polyposis coli, causes the
22 polyp. As it progresses, the polyp
23 requires additional genetic defects. So
24 typically -- and, again, there are
25 outliers. But typically, the next one,

Page 348

1 there's a mutation in the KRAS oncogene.
2 At that point, it's still not usually
3 invasive carcinoma. But the typical
4 third hit would be a mutation in the TP53
5 tumor suppressor gene. And by the time
6 that happens, there's a very good chance
7 of the polyp becoming an invasive cancer.
8 Often, you'll have a final hit, which is
9 the TPC4 gene detected in pancreas
10 cancer, although in this case, we're
11 talking about it in relation to
12 colorectal cancer. So the reason a polyp
13 becomes an invasive cancer is because it
14 requires additional somatic genetic
15 mutation as I just described.
16    Q      Is it your opinion to a
17 reasonable degree of medical certainty
18 that exposure to even a single molecule
19 of a carcinogen can be sufficient to
20 cause cancer?
21    A     I would think that that's a
22 very extreme statement.
23    Q      So you would not express
24 that opinion?
25    A     As a general rule, that

Page 349

1 would not seem terribly plausible to me.
2 There may be some substances that are so
3 potently carcinogenic. I don't know what
4 plutonium might do if put in the wrong
5 place. But as a general rule, I find
6 that statement to be -- I don't find that
7 to be one molecule being terribly
8 convincing.
9    Q      As a general rule, you would
10 agree, I'm sure, that common carcinogenic
11 exposures could take decades to cause
12 cancer; right?
13        MR. SLATER: Objection. You
14   can answer.
15    A     Sure. Some, definitely.
16    Q      How many packs of cigarettes
17 does it take to cause lung cancer in a
18 cigarette smoker?
19        MR. SLATER: Objection. You
20   can answer.
21    A     A number.
22    Q      What's the shortest period
23 of time it takes to develop cancer,
24 starting from the normal cell without
25 mutations in key genes until the time a

88 (Pages 346 - 349)

Page 350

1 cancer is clinically diagnosed?
2          MR. SLATER: Objection. You
3    can answer.
4     A      I believe you asked that
5 exact question. I'm virtually sure. The
6 answer is the same. It doesn't matter.
7 The answer is I can't answer that
8 question without knowing the specific
9 cancer in question. There are some that
10 could take decades to become clinically
11 apparent. And there are others that can
12 become clinically apparent within a
13 matter of weeks or even days in some
14 instances. So it's an overly broad
15 question. Weeks to decades, days to
16 decades is my answer.
17     Q      I take it that you do not
18 have an opinion to a reasonable degree of
19 medical certainty as to a typical period
20 of time it takes for NDMA or NDEA to
21 cause cancer?
22          MR. SLATER: Objection. You
23    can answer.
24     Q      Given the limitations of the
25 studies we talked about earlier.

Page 351

1     A      Well, the issue of
2 latency -- and, you know, we got to that
3 a little bit earlier. Maybe I didn't
4 make myself entirely clear. We have some
5 studies that get at latency, including
6 Hidajat, which was I believe seven years,
7 was the immediate latency period, which
8 implies that for some, it's longer, ten
9 years or more; some, it's less, three
10 years, an order of three years.
11          And I think that Gomm, for
12 example, has three years of follow-up.
13 And it shows an increased risk of liver
14 cancer. So the low end of the spectrum
15 is probably a couple of years; the high
16 end is still being defined.
17     Q      While you mentioned the
18 Hidajat, let's pull out that one which is
19 I think cited on page 17.
20          (The above-referred-to
21    document was marked as Exhibit 25 for
22    identification, as of this date.)
23          (The above-referred-to
24    document was marked as Exhibit 26 for
25    identification, as of this date.)

Page 352

1     A      Straif is the next paper
2 referenced in my report.
3     Q      Since you've referred to
4 this Hidajat several times, this is the
5 one about the lifetime exposure rubber
6 dust fumes and nitrosamines and cancer
7 mortality and a cohort of British rubber
8 workers?
9     A      That is the study, yes.
10     Q      The study followed rubber
11 factor workers; correct?
12     A      It did.
13     Q      And rubber workers were
14 exposed to a variety of substances,
15 including aromatic amines, which are
16 known to be associated with an increased
17 risk of bladder cancer?
18     A      A number of substances,
19 right.
20     Q      This study did not take into
21 account in any way, smoking or factor
22 that in or out; correct?
23          MR. SLATER: Objection. You
24    can answer.
25     A      So what the study did that

Page 353

1 was very important, was they were able to
2 estimate the exposures of the substances.
3 So aromatic amines are one. NDMAs are
4 another. So they did a careful analysis
5 in that regard.
6          As to how they dealt with
7 the issue of smoking, my guess is that a
8 ton of people that worked in the British
9 rubber industries, starting in 1967,
10 smoked. But I don't have a recollection
11 off the top of my head of how they dealt
12 with that in this paper. I'm happy to
13 take some time to go through it if you'd
14 like.
15     Q      You cited this in your
16 report; correct?
17          MR. SLATER: Do you want him
18    to find that and explain that to you?
19          MS. COHEN: No. I'm going
20    to ask the question.
21     Q      You cited this in your
22 report --correct?-- this article?
23     A      Yes.
24     Q      On page 257, I think it's
25 where the issue of smoking comes up. So

89 (Pages 350 - 353)

Page 354

1 on the bottom of this paragraph, you can
2 certainly read through it, it ends with
3 suggesting that confounding by a smoking
4 cohort was likely not a significant
5 confounding factor.
6      A    I'm just reading through
7 that section.  Okay.  I've read that
8 section.
9      Q    Does that answer the
10 question about how they dealt with this
11 cohort and the smoking aspect?
12     A    Yes.  They statistically
13 modeled the potential for bias from
14 smoking and concluded that it was not a
15 significant confounding factor.
16     Q    Now, this is the McElvenny.
17 It's the next article that we gave you,
18 No. 26.
19          You haven't read this one,
20 have you?
21     A    Did I cite this one?
22     Q    No.  I don't think so unless
23 it came in one of the supplemental
24 citations.
25          Have you seen this one

Page 355

1 anywhere?
2      A    I'm not entirely sure if I
3 did or did not.  If I didn't supply it, I
4 didn't rely on that.
5      Q    So this is the same cohort
6 as Hidajat from what I can tell.
7      A    It may be or it may not be.
8 Not having been really familiar with it,
9 I can't agree to that.
10          MR. SLATER:  Do you want to
11     take your time and take a look at it
12     since you've been asked the question?
13          THE WITNESS:  Sure.
14     Q    Let me ask the question.
15          You have never seen this
16 before; right, Doctor?  You've never read
17 this?
18          MR. SLATER:  Objection.
19     Asked and answered.  You can answer
20     again.
21     A    I don't have a specific
22 recollection of doing so.
23     Q    In terms of the study
24 cohort, you can look at page 849, it
25 talks about the assembly of the study

Page 356

1 cohort.  It might help you get to the
2 answer.  And it even refers to the
3 predecessor.
4      A    So where is it that you're
5 finding that this same cohort is the
6 Hidajat cohort?  I don't see that.
7      Q    Well, there's several
8 places.  First is --
9          MR. SLATER:  Is it really?
10     I just want to understand the
11     question.  You're asking, is
12     McElvenny a subsequent article about
13     the Hidajat group?
14          MS. COHEN:  Yes.  Same
15     cohort.
16     Q    So page 849, assembly of
17 study cohort, did you read that section?
18     A    Yeah.
19     Q    And then also --
20     A    But the study it references
21 to in previous analysis, Reference 6, is
22 not Hidajat.
23     Q    But look at page 854 also.
24     A    It was also published before
25 Hidajat.

Page 357

1      Q    It's the same --
2      A    McElvenny.
3      Q    It's the same cohort.
4      A    Okay.  I haven't seen
5 evidence of that yet.  But I'll keep
6 looking.
7      Q    Let me show you this.  This
8 may clarify it.
9          Also, if you want to look at
10 page 854, it talks about it being the
11 same cohort.  It talks about the
12 prospective cohort based on the consensus
13 in the industry carried out in 1967.
14     A    Page 854, you said?
15     Q    Yes.
16     A    I'm still not finding any
17 reference here that says it's the same
18 cohort as Hidajat.
19     Q    And we can deal with that
20 later.  But look down here.
21          It says on page 854,
22 "Third -- on this study -- we had no
23 information on smoking or any other
24 important risk factors such as work in
25 other industries, exposure to asbestos or

90 (Pages 354 - 357)

Page 358

1  diet. This omission could have resulted
2  in a bias in those SMRs potentially
3  affected by those risk factors. Our
4  findings will be subject to multiple
5  significance testing."
6        Do you see that part?
7     A    I see that part. But I
8  don't even know what this study deals
9  with, who these patients are. That
10 statement that you read, I agree that's
11 what it says in this paper. I have no
12 idea what means or what the context is.
13 It means nothing to me at this point.
14    Q    I understand. This wasn't
15 part of your reliance list. This wasn't
16 something you looked at. Let's just
17 agree on that; okay?
18    A    Okay. Are we moving past
19 this?
20    Q    Yes.
21    A    I just want to be clear.
22 That statement that we just read in this
23 paper, as far as I understand it, has no
24 relevance to my report.
25    Q    You don't believe it has any

Page 359

1  connection to Hidajat?
2     A    I've never seen it before.
3  I don't know what it means, what it says
4  or who the patients are. So at this
5  point, I ascribe it no value.
6     Q    Understood.
7        There's a lot of studies
8  that you didn't look at; correct?
9        MR. SLATER: Objection. Is
10    that argumentative?
11       MS. COHEN: No, not at all.
12    Q    In general, you didn't
13 intend in your 33-page report to cover
14 every article that exists out there, did
15 you?
16    A    I read all the ones I found
17 that seemed relevant and important.
18    Q    But after the nine expert
19 reports and defense side came in, did you
20 make any effort to find out who they
21 cited to, what articles they cited and
22 try to review those?
23       MR. SLATER: Objection. You
24    can answer.
25    A    Other than one, I didn't see

Page 360

1  any of the other reports. And I didn't
2  look up any of the literature.
3     Q    Understood.
4     A    Catenacci.
5     Q    So your report on page 21,
6  it says, "Amino acids in proteins are one
7  of the building blocks of nitrosamines."
8        You see that on page 21?
9     A    Let me just find that. Yes.
10 I see that sentence.
11    Q    And there's no cite there;
12 correct?
13    A    True.
14    Q    How are nitrosamines
15 produced through amino acids?
16    A    So when you have a
17 nitrosamine, or formally, N-nitrosamines,
18 nitrogen group containing nitrosamines,
19 are amines which an amino acid produces
20 an amine. And a nitrosamine is attached
21 to it. Nitrites would be a common donor
22 of the nitrosamine group. So under
23 specific conditions, particularly under
24 acidic conditions, proteins or amino
25 acids and nitrosamines and other

Page 361

1  nitrogen-containing compounds can form
2  nitrosamine.
3     Q    That happens inside the
4  body; correct?
5     A    Well, it can happen
6  endogenously or exogenously. It can
7  happen outside of any body. It can
8  happen in a lake.
9     Q    Would you agree that fruits
10 and vegetables are a major source of
11 ingested nitrates and nitrites?
12       MR. SLATER: Objection. You
13    could answer.
14    A    Different fruits and
15 different vegetables have a different
16 amount of nitrate and nitrite. Nitrate
17 is not really harmful to the best of my
18 recollection. Nitrites are. Also, there
19 are certain foods that aggregate the
20 effect of nitrites, Vitamin C-containing
21 fruit foods, which would be a lot of
22 fruits.
23    Q    Speaking of fruits, would
24 you agree that food that we all consume
25 is typically composed or comprised of

91 (Pages 358 - 361)

Page 362

1  tens of thousands of different types of
2  molecules in compounds?
3      A      Tens of thousands?
4          MR. SLATER: Objection. You
5  can answer.
6      A      I don't have a specific
7  opinion as to how many molecules are in
8  an average -- how many different types of
9  molecules are an average.
10     Q      I want to ask you about --
11 because we talked a lot today. And I
12 want to make sure we mark the binders
13 before we go.
14         Your research approach when
15 you said you found most of the articles,
16 you did the searching, how did you go
17 about searching for the articles in this
18 case? What did you search?
19     A      Nitrosamine -- well, okay.
20 Let me just back up a little bit. I
21 approached this the way I would try to
22 describe the background of a scientific
23 or medical question in a research
24 article. And that would be to start with
25 typically a search of PubMed, PubMed

Page 363

1  database of Peer Review articles. And to
2  do that, I would search for key terms:
3  Nitrosamine, NDMA, dietary NDMA, NDMA
4  cancer, whatever else. I would also look
5  to statements by regulatory bodies,
6  international agencies, WHO article,
7  which we haven't had a chance to talk
8  about yet, unfortunately, WHO, IARC. And
9  that's the way I would frame -- frame a
10 discussion of a background question in a
11 scientific paper.
12     Q      So my question again was
13 just to make sure I have down what search
14 terms you used.
15         You said nitrosamine?
16     A      NDMA, nitrosamine. I didn't
17 keep a list of what search terms I used.
18     Q      You didn't keep the
19 search --
20         MR. SLATER: You're still
21 answering?
22         THE WITNESS: Yes, I was.
23         MR. SLATER: Continue.
24         THE WITNESS: Okay.
25     A      Right. I searched on

Page 364

1  multiple occasions. I would try to come
2  up with different terms to try to capture
3  as much of the literature as I could.
4      Q      Did you share the search
5  results with counsel?
6      A      No.
7      Q      I know that the question
8  before you answered, that you were the
9  one that found most of the articles, not
10 counsel finding them for you; is that
11 fair?
12     A      Yes.
13     Q      And again, you shared them
14 with counsel?
15     A      Yes.
16     Q      The articles?
17     A      Yes.
18     Q      Your report on page 5, I
19 don't think I asked you about this. But
20 I want to make sure I cover it.
21         The top of page 5, you
22 state, "Moreover, it's probable that
23 individuals who are predisposed to cancer
24 for any reason, genetic or environmental,
25 have an even greater likelihood of

Page 365

1  developing cancer following and in part
2  as a result of ingestion of NDMA or NDEA
3  at the levels established with the
4  contaminated Valsartan."
5          No cite there, is there?
6      A      That's my professional
7  opinion based on my review of the Peer
8  Review medical literature, my knowledge
9  of cancer biology.
10     Q      And you can't offer a cite
11 to support that, can you?
12         MR. SLATER: Objection. You
13 can answer.
14     A      It's my professional
15 opinion, yes. I didn't pull that from a
16 different document. I included that for
17 myself, based on the Peer Review
18 literature that I reviewed, I included in
19 my report.
20     Q      Can you give us any cite
21 that stands for the proposition that
22 individuals who are predisposed to cancer
23 for any reason have a greater likelihood
24 of developing cancer following ingestion
25 of NDMA or NDEA?

92 (Pages 362 - 365)

Page 366

1    A    Well, it's a scientific
2  inference based on the fact that we know
3  NDMA is an alkylating -- or when it's
4  metabolized, NDMA is an alkylating agent
5  which causes methylguanine formation.
6  Methylguanine is one of the most
7  mutagenic nucleic acids known to man.
8        So if you already have a
9  problem predisposed to cancer, it's a
10 perfectly reasonable scientific inference
11 based on the mechanism of injury that
12 those people would be at increased risk.
13   Q    I understand that's your
14 inference.  I understand that's what
15 you're saying.
16        Is there any article
17 citation to give us that you believe
18 supports that?
19   A    As we spoke about before,
20 there are different levels of evidence
21 and different weight that you could put
22 on different studies.  But to get to the
23 specific -- I want to be very responsive
24 to your particular question.  I would say
25 that Pottegård does provide preliminary

Page 367

1  evidence in that regard.
2        As I said, the fact that
3  Pottegård's trends -- and I admit they're
4  not significant at this point.  So I'm
5  not saying it's definitely true.  I'm
6  saying that there's reason to believe
7  it's true.  The trends for increased
8  cancer in Pottegård work for colon cancer
9  and uterine cancer.  Colon cancer and
10 uterine cancer are the two most common
11 cancers amongst patients with Lynch
12 Syndrome.
13        So I think it is --
14 certainly when you have the mechanistic
15 evidence, and we know the mechanisms by
16 which NDMA does cause mutations, then we
17 have at least preliminary data, showing
18 that the cancers that were trending
19 towards significance in Pottegård are
20 those associated with Lynch which would
21 be a genetic predisposition syndrome to
22 cancer.  I think that that supports my
23 evidence-based hypothesis here.
24   Q    Well, on the -- are you
25 aware of any studies that demonstrate

Page 368

1  that individuals with Lynch Syndrome have
2  an increased risk of cancer following
3  exposure to NDMA and NDEA?
4        MR. SLATER:  Objection.  You
5  can answer.
6    A    There have not been any
7  studies to date about patients with Lynch
8  Syndrome exposed to NDMA and NDEA.
9    Q    The part where we're reading
10 where you don't have a cite on the top of
11 page 5 because of your professional
12 opinion?
13   A    Yeah.
14   Q    I heard you say that.
15        But it's your professional
16 opinion; right?
17   A    Yes.
18   Q    And I think you said that's
19 your supposition, did you say?
20   A    Maybe.
21   Q    What genetic factors are you
22 talking about here that predispose an
23 indication of cancer?  What factors are
24 you referring to?
25   A    Well, there are a number

Page 369

1  of -- quite a few, actually, genetically
2  factors that could predispose someone to
3  cancer.  The one that comes to my mind
4  most acutely in this context is -- as
5  we've discussed, Lynch Syndrome.  But
6  there are any number of other cancer
7  predisposition syndromes.
8        Familial adenomatous
9  polyposis, for example, causes hundreds
10 of colon polyps.  If you start ingesting
11 something that cranks up the rate of
12 mutation in those polyps, you could be in
13 similar trouble.  I mean we could talk
14 about a lot of them and what would be
15 plausible hypotheses for why they would
16 put someone at an increased risk for
17 cancer.  But I think the early data
18 points towards Lynch Syndrome as being
19 relevant.
20   Q    You also mentioned
21 environmental factors.
22        Which ones are you referring
23 to when you said that on line 2, page 5
24 of the supposition?
25   A    Well, I mean it's part and

Page 370

1 parcel of the same -- same line of
2 thinking that if you're exposed to
3 something that is injuring your DNA and
4 then you take another substance that
5 injures your DNA, that's bad, to speak
6 technically.
7         So smokers or given that
8 gastric cancer has come up in quite a few
9 of the dietary studies very commonly,
10 helicobacter pylori infection is a very
11 common cause of gastric cancer. So
12 people who had that infection and were
13 exposed to large amounts of nitrosamines
14 might well be at increased risk. And the
15 data that would support that, the dietary
16 studies, showing gastric cancer is one of
17 the main cancers associated with
18 increased dietary NDMA would support that
19 supposition as well.
20         THE WITNESS: Can I ask how
21 much time we have left so we can
22 determine whether to do a break now
23 or plow through?
24         MR. SLATER: How much time
25 are we in, Mr. Videographer, please?

Page 371

1         THE VIDEOGRAPHER: Six hours
2 and 41 minutes.
3         MR. SLATER: It's not
4 possible.
5         MS. COHEN: Which part's not
6 possible?
7         MR. SLATER: He said six
8 hours and 41 minutes. He said we
9 were at 5 hours and 42 minutes
10 before.
11         MR. SANJABI: That was an
12 hour when we went back on.
13         MR. TRISCHLER: We could
14 stop for a minute.
15         MR. SLATER: We don't need
16 to stop for a minute.
17         THE WITNESS: No. If it's
18 18 minutes, I'm good.
19         MR. SLATER: Let's just keep
20 going. You're still going; right?
21         MS. COHEN: Yes.
22         MR. SLATER: Let's keep
23 going.
24         MS. COHEN: Do you need to
25 go, though?

Page 372

1         MR. TRISCHLER: Go ahead.
2     Q    Let me have you turn to
3 page -- I'm really trying to get through
4 and finish up the best I can. So page --
5 no regulatory agency that you've come
6 across has classified NDMA or NDEA as a
7 known human carcinogen. You agree with
8 that; right?
9         MR. SLATER: Objection. You
10 can answer.
11     A    It's classified by most as a
12 probable human carcinogen.
13     Q    We went through all of it;
14 no one classified it as a human
15 carcinogen; true?
16     A    My understanding is that
17 it's a probable human carcinogen
18 according to the regulatory agencies.
19     Q    You would agree that no
20 regulatory agency anywhere in the world
21 has classified it as a known carcinogen;
22 true?
23         MR. SLATER: Counsel, didn't
24 he just answer that question twice in
25 a row?

Page 373

1         MS. COHEN: He actually
2 didn't.
3         MR. SLATER: You can answer
4 it again, Doctor.
5     A    To the best of my knowledge,
6 it's classified as a probable human
7 carcinogen.
8     Q    And, therefore, not a known
9 human carcinogen; true?
10         MR. SLATER: Objection.
11     A    Yes, to the best of my
12 knowledge.
13     Q    Right.
14         Page 23, I want to ask you a
15 question about that in your report.
16         The part here on the latency
17 periods where it says, "The latency for
18 cancer causes in whole or in part
19 contaminated Valsartan -- I'm just going
20 to ask you there.
21         This part about the bell
22 curve being the likely latency curve,
23 again, you have no cite there; that's
24 because you don't have anything to cite
25 there; right?

94 (Pages 370 - 373)

Page 374

1    MR. SLATER: Objection. You
2  can answer.
3    A    Well, again, that's an
4  opinion based on my knowledge of cancer
5  biology, cancer pathology. And it's a
6  typical -- it would be typical for
7  latency periods to be at least somewhat
8  bell-shaped.
9    Q    Based on your experience?
10   A    Yes, and my knowledge of the
11 medical literature.
12   Q    But, again, you didn't cite
13 to anything, nor can you cite to anything
14 right now; true?
15   MR. SLATER: Objection. You
16 can answer.
17   A    I didn't cite to anything
18 clearly here. But I mean, that's just
19 the way cancers work. It's not like
20 smokers get lung cancer precisely 20
21 years and 17 days after the first
22 cigarette. There's some spectrum to it.
23 Some get early cancer; some get late
24 cancers. This is the way cancer
25 physiology, pathobiology tends to work.

Page 375

1    Q    Are there particular types
2  of cancers that you believe that NDMA and
3  NDEA more likely caused in animals?
4    A    In animals?
5    Q    Yes.
6    A    Yeah. Give me a moment.
7    Q    Okay.
8    A    So in the IARC monograph on
9  nitrosamines and NDMA, it says
10 specifically -- and I reference this
11 paragraph -- "N-nitrosodimethylamine is
12 carcinogenic, and all animal species
13 tested."
14        It lists a bunch of animals,
15 including one I never heard of, called a
16 Mastomy.
17        "It induces benign and
18 malignant tumors following administration
19 via various roots, including digestion
20 and inhalation in various organs and
21 various species. It produces tumors of
22 the liver, kidney and respiratory tract."
23        So as far as the animal
24 studies go, I have no specific feeling or
25 knowledge -- I should say knowledge to

Page 376

1  countermand IARC's statement there.
2    Q    What about in human beings?
3  Are there particular types of cancers
4  that you think are most likely when again
5  caused by NDMA and NDEA in your opinion,
6  even understanding that we're obviously
7  in disagreement with?
8    A    Yeah, certainly.
9        I think you have to start
10 with the dietary studies, what cancers
11 were we seeing in the dietary studies.
12 And from the dietary studies, it seems
13 the GI tract, specifically the stomach,
14 the colon and in particular, the rectum,
15 seem to be target-oriented.
16        I would also say that liver
17 would be a high-risk organ based, A, on
18 the animal studies; B on Gomm. And then
19 the dietary studies also point to potency
20 with respect to lung cancer. So those
21 are the ones that preliminary data or in
22 some cases fairly well-established data
23 are pointing to as the most likely
24 cancers. That's not to say that those
25 are the only cancers that could be caused

Page 377

1  by NDMA ingestion. But you asked most
2  likely. And I'm giving you the data on
3  what is most likely.
4    Q    Are most human beings
5  exposed to the medical sources of
6  ionizing and radiation?
7    MR. SLATER: Objection. You
8  can answer.
9    A    I don't know.
10   Q    Are most human beings
11 exposed to asbestos in the environment?
12   A    Definitely.
13   Q    When individuals are exposed
14 to more than one kind of mutagen in their
15 lifetime, can you determine as between
16 them, which one causes cancer?
17   MR. SLATER: Objection. You
18 can answer.
19   A    It's a very broad question.
20 In some instances, yes; in some
21 instances, perhaps not.
22   Q    Carcinogens from cigarette
23 smoking enter the bloodstream?
24   MR. SLATER: Objection. You
25 can answer.

95 (Pages 374 - 377)

Page 378

1    A    Yes.
2    Q    Does cigarette smoking cause
3 cancer in human beings in every tissue?
4        MR. SLATER: Objection. You
5 can answer.
6    A    No. It goes back to the
7 concept we talked about before of
8 multi-specificity. It's not every
9 tissue. But it's also not entirely
10 restricted tissues either.
11    Q    You said in your report --
12    A    For example, cigarette
13 smoking causes bladder cancer. So nobody
14 is inhaling a cigarette through their
15 urethra, hopefully. So the carcinogens
16 are getting into the bloodstream.
17    Q    On page 5, you had a comment
18 about -- I can't find it here -- about --
19 let's see -- "Mutagenic effects likely
20 greater in organs in which the cells
21 replicate frequently (e.g.
22 gastrointestinal tract)."
23        It's on the bottom. That's
24 the -- on the bottom of 5.
25    A    Okay. I'm looking. Yes.

Page 379

1    Q    Which tissues in the human
2 body have the highest proliferation
3 rates?
4    A    Well, as the example I give
5 here, gastrointestinal tract, skin, blood
6 cells, hematolymphoid cells.
7    Q    And which ones --
8        MR. SLATER: I'm sorry. Did
9 you finish?
10        MS. COHEN: I thought he
11 said yes.
12    A    I think so. Those are the
13 vast ones.
14    Q    Which ones would have the
15 lowest proliferation rates?
16    A    Neurons are the lowest.
17 Liver cells are fairly long-lived as well
18 in the absence of an insult. Any organ
19 can be stimulated to proliferate. Any
20 cell can be stimulated to proliferate.
21 And there are many different insults to
22 the organ that can cause that. But in
23 the resting state, sort of the
24 homeostatic state, the things I said are
25 applicable.

Page 380

1        MS. COHEN: I think I'm
2 going to pass the witness now. I
3 don't know if we want to try to
4 finish or not. But I'm going to cede
5 the witness. I'll reserve additional
6 questions if I need to. But I'm
7 largely finished.
8        MR. TRISCHLER: Let's go off
9 the record, please.
10        THE VIDEOGRAPHER: We are
11 now off the record. The time is
12 6:08 p.m. Eastern Time.
13        (A short recess was taken.)
14        MS. COHEN: I'm marking 27,
15 which is the initial production.
16 It's an index of what you sent; 28 is
17 a second production that you sent.
18 And we typed it up; 29 is a third
19 production that you sent; 30 is the
20 fourth production that you sent; and
21 then 31 is the Jakszyns article; and
22 we have 32 which is the Doctor's 2002
23 WHR article binder.
24        (The above-referred-to
25 document was marked as Exhibit 27 for

Page 381

1 identification, as of this date.)
2        (The above-referred-to
3 document was marked as Exhibit 28 for
4 identification, as of this date.)
5        (The above-referred-to
6 document was marked as Exhibit 29 for
7 identification, as of this date.)
8        (The above-referred-to
9 document was marked as Exhibit 30 for
10 identification, as of this date.)
11 EXAMINATION BY
12 MR. GALLAGHER:
13        THE VIDEOGRAPHER: We are
14 back on the record. The time is
15 6:26 p.m. Eastern Time.
16    Q    Good afternoon, Dr. Lagana.
17 My name is Patrick Gallagher. I'm a
18 partner with the law firm of Duane
19 Morris. We represent the ZHP parties. I
20 have just a few very limited questions
21 for you.
22    A    Okay.
23    Q    Do you have your report in
24 front of you? Can you turn to page 8?
25    A    Yes.

96 (Pages 378 - 381)

Page 382

1    Q    And the heading on the top
2 of that page is "ZHP Nitrosamine
3 Contamination Levels," the page you're
4 looking at?
5    A    Yes.
6    Q    And on that page, you cite
7 to some measurements of reported NDMA
8 levels in certain batches of Valsartan,
9 identify the lowest, the 3.4 ppm;
10 highest, 188.1 ppm.  Do you see that?
11    A    I see it.
12    Q    Those measurements are
13 measurements of NDMA in Valsartan API.
14 You understand that?
15    A    Yes.
16    Q    And you would agree with me
17 that none of the individuals are patients
18 who were prescribed Valsartan took
19 Valsartan API?  They all were ingesting
20 finished dosage form; right?
21    A    Yes.
22    Q    And also, either in this
23 section of your report or anywhere else
24 in your report, you didn't consider or
25 take into account the amount of time that

Page 383

1 a finished dosage form incorporating ZHP
2 Valsartan API was being sold and
3 distributed to patients, did you?
4        MR. SLATER:  Objection.
5    A    Could you rephrase that?
6    Q    Sure.
7        You identified here,
8 levels -- reported levels of NDMA in
9 Valsartan API that was manufactured by
10 ZHP; is that right?
11    A    Yes.
12    Q    And that Valsartan API was
13 incorporated into finished dosage forms?
14    A    Yes.
15    Q    Dr. Lagana, in this section
16 of your report or anywhere else in your
17 report, you did not consider the amount
18 of time that any finished dosage -- a
19 finished dosage form incorporating
20 Valsartan API manufactured by ZHP is
21 actually available on the market and
22 being distributed to patients?
23    A    I don't believe I made
24 reference to that set of data in my
25 report.  But I certainly saw some

Page 384

1 information getting at the root cause of
2 the impurity and when it was thought that
3 it likely started until the point where
4 Novartis discovered it.
5        So in my thinking, yes, I
6 took into account, you know, how many
7 years such contaminated medicines were on
8 the market.  I don't recall if I made a
9 specific reference to that in my report.
10    Q    So you haven't -- in
11 reaching your opinions in your report,
12 you haven't relied on it?
13        MR. SLATER:  Objection.  You
14    can answer.
15    A    Well, in my reliance list
16 are regulatory press releases and others
17 that talk about the root cause and the
18 year in which the processing,
19 manufacturing process changed.  And as I
20 said, it did shape my thinking.  So I
21 provided those reliances.  And I thought
22 about those issues.
23    Q    You thought about them, but
24 in your report, you didn't identify that
25 time frame in reaching your opinions?

Page 385

1        MR. SLATER:  Objection.  You
2    could look at your report.  But I
3    object to the question.  I'm not sure
4    it makes sense.  And I'm not even
5    sure what you're getting at, counsel.
6    A liability question?
7        MR. GALLAGHER:  No.
8    A    Yeah.  I don't believe I
9 made specific reference to the number of
10 years by which ZHP was producing
11 contaminated Valsartan.
12        MR. GALLAGHER:  Thank you.
13    I don't have any further questions.
14 EXAMINATION BY
15 MR. SLATER:
16    Q    Doctor, can you look at
17 page 8, please, the top?
18    A    Yes.
19    Q    You see the first sentence?
20 It says, "ZHP documented NDMA testing
21 results in a chart of 783 batches
22 manufactured with the zinc chloride
23 process between December 28, 2011 and
24 May 23, 2018."
25        Do you see that?

97 (Pages 382 - 385)

Page 386

1    A    I see that.
2    Q    And then you gave a summary
3 of the levels between 3.4 parts per
4 million and 188.1 parts per million;
5 correct?
6    A    Correct.
7    Q    And I'm not going to go
8 through all the other information.
9        Earlier, you were being
10 asked by counsel about your opinions on
11 latency and your reference to a bell
12 curve in your report.  Do you recall
13 that?
14    A    I do.
15    Q    Let's talk about the front
16 end of the bell curve.
17        Would that be the shorter
18 term latency period for people who get
19 cancer sooner after ingestion or exposure
20 to the NDMA or NDEA?
21    A    Yes.
22    Q    At the front end of the
23 curve, what would you say would be the
24 shortest period of time in your opinion
25 that somebody as a general proposition

Page 387

1 you would believe could get cancer due to
2 the NDMA or NDEA as ingested in this
3 matter?
4    A    I think shorter -- less than
5 a year would be hard to -- I would say
6 probably a year or more.
7    Q    On the back end of the
8 curve, in your report, you referred to a
9 period of 30 years or more.
10       What does that mean?
11    A    Well, I mean, I think that
12 this substance has damaged people's DNA.
13 I think as time goes on, there's going to
14 be more -- more cancer, more time, in my
15 opinion, is going to lead to
16 significantly more cancers.  And it could
17 take 30 years or more for those to be
18 known.
19    Q    You were asked by counsel
20 about the increased risk, and you
21 referred to the dietary studies, and it's
22 my term, analogizing or being closely
23 akin to the lower levels seen in the
24 Valsartan pills.  Do you recall testimony
25 to that effect?

Page 388

1    A    I do.
2    Q    For the higher consumers who
3 took higher levels as compared to the
4 lower consumers who took lower levels of
5 these contaminants, what would their
6 increased risk be in comparison to the
7 people who took the lower levels?
8        MS. COHEN:  Objection.
9 Foundation.
10    Q    You can answer.
11    A    I would expect the rates to
12 be higher and potentially much higher,
13 much higher risk depending on how much
14 NDMA they inadvertently consumed.
15    Q    I'm not going to go through
16 your report.
17        But in your report, you
18 addressed those cancers that were
19 reflected in the literature with regard
20 to both animals and humans.
21        Do you stand by what you put
22 in your report based on your review of
23 the Peer Review literature on the cancers
24 that are shown in the published
25 literature being related to the

Page 389

1 substances?
2        MS. COHEN:  Objection.
3 Form.
4    A    I stand by everything in the
5 report with respect to that.
6    Q    Do you have the Gomm study
7 handy which was Exhibit --
8    A    I got it.
9    Q    Please look at Gomm,
10 page 360, 360.
11    A    Okay.
12    Q    In the right-hand column,
13 just above the heading that says
14 "Regulatory and Public Health
15 Implications," there's a paragraph that
16 says, "However, molecular mechanisms
17 known for NDMA in the pathogenesis of
18 liver cancer in experimental animals
19 support an association with NDMA exposure
20 in humans.  It may be that NDMA exposure
21 promotes cancer development in already
22 existing, as yet undiagnosed early stages
23 and thus hastens clinical manifestation."
24        I wanted to read that and
25 ask you, counsel was earlier asking you

98 (Pages 386 - 389)

Page 390

1  about your opinion about the interaction
2  of the NDMA or NDEA with somebody who has
3  a predisposition of some sort, and,
4  again, those are my words.  And you were
5  asked, was there any published Peer
6  Review literature on that topic?
7      Is this published Peer
8  Review literature addressing that topic
9  at least in part?
10      MS. COHEN:  Objection.
11      A    It is.
12      Q    Counsel asked you earlier
13  about the Sörgel article which is
14  Reference No. 2 to your report.  Do you
15  recall that?
16      A    I do.
17      Q    And you were asked about
18  your analogy in your report to a pack of
19  cigarettes.  Do you recall that?
20      A    I do.
21      Q    And you went through the
22  data and indicated that based on the
23  amounts of NDMA noted, that would be
24  comparable to a pack of cigarettes.  You
25  remember you said that?

Page 391

1      A    I do.
2      Q    I want to show you what
3  we're going to mark as -- I guess we'll
4  just mark it as Plaintiffs' Exhibit 1.
5      (The above-referred-to
6      document was marked as Plaintiffs'
7      Exhibit 1 for identification, as of
8      this date.)
9      Q    And I'm going to put
10  a Post-it note on it in the interest of
11  moving quickly here on a Friday
12  afternoon.  So I'm going to put P1 on it,
13  on a Post-it note.  I'm going to hand you
14  one.  I'm going to hand one to counsel.
15  It's P1.
16      Is this an article that
17  you're familiar with?
18      A    It is.
19      Q    When you compare that
20  article to the Sörgel, Abdel-Tawab, et
21  cetera, article, are there similar -- any
22  similar authors?
23      A    Yes.  Abdel-Tawab I believe
24  is a similar author.  Let me just pull
25  out Sörgel.

Page 392

1      Q    And if you could look at --
2  and what I just handed you, which is
3  page 5 out of 8 --
4      A    Okay.
5      MR. SLATER:  And I could
6  tell you, this is a
7  translation --correct, Chris? -- of a
8  German article?
9      MR. GEDDIS:  Yes.
10      Q    If you look at page 5 out of
11  8 --
12      A    Okay.
13      Q    -- and if you look at the
14  second paragraph, it says, "Accordingly,
15  the mean intake of nitrosamines from food
16  is estimated at a total of 0.3 ug per
17  day.  Smoking 20 cigarettes a day can
18  generally increase the exposure to
19  nitrosamines to 17 to 85 ug per day."
20      Is that of significance with
21  regard to counsel's questions as to where
22  you came up with the smoking a pack of
23  cigarettes today and citing to
24  Abdel-Tawab?
25      MS. COHEN:  Objection to

Page 393

1  form.
2      A    Yes.  I meant to include
3  this as an additional cite at that point
4  of the report.  So 22 micrograms is
5  22,000 nanograms which is within the
6  range of what's said here in 20
7  cigarettes.
8      And if you read the next
9  sentence, it makes the inference in
10  comparison with the 22 micrograms of NDMA
11  alone can be obtained by taking a
12  contaminated tablet from the present
13  examination samples.
14      Q    With regard to counsel's
15  questions about the accuracy of your
16  references, are you telling us that you
17  saw this article, you were relying on it,
18  but it was not specifically cited in the
19  report?
20      MS. COHEN:  Objection to
21  form.
22      A    Yes.  It was inadvertently
23  omitted.
24      Q    Finally, you were asked
25  about the FDA's statements previously;

99 (Pages 390 - 393)

Page 394

1  okay? You remember that? You were asked
2  questions about a bunch of FDA
3  statements.
4      A    I do.
5      Q    And one of them, which we
6  marked as -- you don't have to find it,
7  was marked as Exhibit 17, information
8  about nitrosamine impurities in
9  medications.
10         On page 4 out of 8, counsel
11  read to you from the fourth bullet point
12  that says, "Nitrosamine impurities may
13  increase the risk of cancer if people are
14  exposed to them above acceptable levels
15  and over long periods of time. But a
16  person taking a drug that contains
17  nitrosamines at or below the acceptable
18  daily intake limits every day for 70
19  years is not expected to have an
20  increased risk of cancer."
21         In this case, based on the
22  information that you've been provided,
23  was the level of nitrosamines,
24  specifically NDMA and NDEA, above or
25  below the limits that were set by the

Page 395

1  FDA?
2         MS. COHEN: Objection to
3  form and foundation.
4      Q    You can answer the question.
5      A    By and large above and in
6  some instances, wildly above.
7      Q    And lastly, counsel asked
8  you a bunch of questions about the fact
9  that people were allowed to keep taking
10  their Valsartan until they spoke to their
11  doctor.
12         Is that because the FDA did
13  a balancing and a risk-benefit and said,
14  well, if people go off their blood
15  pressure medication in the short-term
16  like in the next few days or weeks, they
17  could die of things like strokes and
18  heart attacks, whereas we're talking
19  about a longer-term risk with these
20  pills, so let's not have a bunch of
21  people dropping dead from heart attacks
22  and strokes while they get on to other
23  medications? Was that your understanding
24  of the FDA's thinking?
25         MS. COHEN: Objection to

Page 396

1  form, foundation, calls for
2  speculation on his part.
3      A    I do think that is probably
4  what informed the FDA's thinking.
5         MR. SLATER: Thank you. I
6  have no other questions.
7  FURTHER EXAMINATION BY
8  MS. COHEN:
9      Q    The only follow-up I have is
10  on the new article that just suddenly
11  appeared just now, which is Plaintiffs'
12  Exhibit 1, this Abdel-Tawab article.
13         MR. SLATER: Just for one,
14  counsel, I'm informed by Mr. Geddis
15  you actually were provided that
16  article. It wasn't referenced
17  specifically in the report. But it
18  was produced to you.
19         MR. GEDDIS: It was in the
20  first production.
21         MR. SLATER: I just wanted
22  you to know that.
23         MS. COHEN: I appreciate
24  that.
25      Q    So basically, this was not

Page 397

1  cited in your report; is that right?
2      A    Correct.
3      Q    And this was not referenced
4  on the reference sheet in your report;
5  correct?
6      A    Correct.
7      Q    The number of articles.
8         So you didn't have this at
9  the time you issued your report on
10  July 6th; correct?
11      A    I definitely had this. I
12  read this before I wrote my report. I
13  meant I should have included this as a
14  cite in my report. I overlooked doing
15  that.
16      Q    And I think you highlighted
17  for us today, 34 different kind of errors
18  and citation; is that a fair statement?
19         MR. SLATER: Objection. You
20  can answer.
21      A    Certainly on the three side
22  of things, yeah.
23      Q    How many other cites did you
24  miss?
25      A    I don't think any.

100 (Pages 394 - 397)

Page 398

1    Q    This was just given to us in
2 the last couple of days by Mr. Geddis.
3         Do you have this in your
4 materials?
5    A    I read this a while ago.  I
6 don't remember exactly when I gave
7 Mr. Geddis the study, or the paper, I
8 should say.
9    Q    But regardless in terms of
10 the quote in your report about the
11 cigarettes, that citation was not in your
12 report; correct?
13    A    That citation should have
14 been two citations.  Both -- the Sörgel
15 was appropriate.  But also, I should have
16 included a citation to Abdel-Tawab, who
17 really makes the more direct reference to
18 a pack of cigarettes.
19    Q    Let me just quickly, just so
20 I'm clear on that, if you don't mind,
21 show me in this article where the -- in
22 the Abdel-Tawab where the quote is
23 written.
24    A    Sure.  Page 5, the second
25 paragraph.

Page 399

1         "Accordingly, the mean
2 intake of nitrosamines from food is
3 estimated to be 0.3 micrograms per day.
4 Smoking 20 cigarettes, a standard pack a
5 day can generally increase the exposure
6 to nitrosamines is 17 to 85 micrograms
7 per day.  In comparison with this, up to
8 22 micrograms of NDMA alone can be
9 obtained by taking a contaminated tablet
10 from the present examination samples."
11         So 22 is in between 17 to
12 85; thus, it is equal to the amount of
13 exposure in a package of cigarettes.
14    Q    So you're saying you read
15 this article, you interpreted it as you
16 interpreted it, and you included this
17 statement in your report and didn't have
18 any cite to it?
19    A    Yes.  I overlooked including
20 this cite.
21    Q    And sitting here today, you
22 don't know how many other cites you've
23 overlooked, do you?
24         MR. SLATER:  Objection.
25    A    I don't believe I overlooked

Page 400

1 any other cites.
2    Q    Well, if I had questioned
3 you about this, would you have realized
4 you overlooked this site?
5         MR. SLATER:  Objection.  You
6    can answer.
7    A    Probably not because if I
8 had realized it before, I would have
9 corrected it.
10    Q    It was only because I
11 focused on that sentence, not being
12 supported by Reference 2, that you even
13 noticed it; correct?
14         MR. SLATER:  Objection.  You
15    can answer.
16    A    Well, I was surprised I
17 didn't find exactly what I was looking
18 for in the article.  And I knew there was
19 something I had read about a German lab
20 study.  And this is something that we did
21 produce and that I had reviewed.  And
22 this is definitely what I wanted to cite.
23    Q    In the world of publishing,
24 again, I guess usually the journals have
25 people who are usually checking your

Page 401

1 work?
2    A    The Peer Reviewers check,
3 yeah.  You can also issue a corrigendum
4 for small little things like that.
5         MS. COHEN:  Just quickly, we
6    marked 27, 28, 29, 30, a list of the
7    articles that were produced.
8         Can you show us, Chris?
9         MR. SLATER:  He didn't say
10    it was on the list.
11         MR. GEDDIS:  They made their
12    own lists.  I'll go on Dropbox and
13    pull it, so that we're pulling it
14    from the same.
15         MS. COHEN:  Can you just
16    maybe tell us, let us know where we
17    can find it?
18         MR. GEDDIS:  I can do it in
19    like two seconds.
20         MS. COHEN:  So it was
21    produced.
22         MR. SLATER:  That's all I
23    have.  Thank you.
24         THE VIDEOGRAPHER:  We are
25    now off the record.  The time is

101 (Pages 398 - 401)

Page 402

```
 1      6:48 Eastern Time.  This concludes
 2    the testimony of Dr. Stephen Lagana.
 3          (Time noted:  6:48 p.m.)
 4
 5        _____
 6         DR. STEPHEN LAGANA
 7
 8    Subscribed and sworn to
 9    before me on this _____day
10    of _____, 2021.
11
12    _____
13         NOTARY PUBLIC
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 403

```
 1            I N D E X
 2
 3        E X A M I N A T I O N
 4
 5      EXAMINATION   FURTHER EXAMINATION
 6    Ms. Cohen         9  396
      Mr. Gallagher    381
 7    Mr. Slater       385
 8
 9         E X H I B I T S
10
11    Exhibit      Description      Page
12    Exhibit 1      Expert report of  19
      Dr. Stephen
13    Lagana
14    Exhibit 2      Letter, dated     21
      July 6th, 2021
15
      Exhibit 3      CV of Dr. Stephen  30
16    Lagana
17    Exhibit 4      Expert report of   32
      Dr. Stephen
18    Lagana
19    Exhibit 5      Web site printout  59
20    Exhibit 6      Deposition         67
      transcript of Dr.
21    Stephen Lagana
22    Exhibit 7      Deposition        124
      transcript of Dr.
23    Stephen Lagana
24    Exhibit 8      Invoices          128
25
```

Page 404

```
 1            INDEX (Cont.)
 2
      Exhibit 9      Sörgel article    206
 3
      Exhibit 10     Europeans         219
 4    Medicines Agency
      Assessment Report
 5
      Exhibit 11     Report of Paula   229
 6    Jakszyn
 7    Exhibit 12     Article entitled  239
      Carcinogenicity
 8    of some aromatic
      amines and
 9    related compounds
10    Exhibit 13     IARC Monograph    245
11    Exhibit 14     Document entitled 255
      International
12    Council for
      Harmonisation of
13    Technical
      Requirements for
14    Pharmaceuticals
      for Human Use
15    (ICH)
16    Exhibit 15     Thresher Article  258
17    Exhibit 16     FDA press release 263
18    Exhibit 17     FDA article       266
19    Exhibit 18     FDA article       269
20    Exhibit 19     Expert report of  278
      Dr. Lewis Chodosh
21
      Exhibit 20     FDA February 2021 280
22    guidelines
23    Exhibit 21     FDA press release 285
24    Exhibit 22     Gomm article      303
25
```

Page 405

```
 1            INDEX (Cont.)
 2    Exhibit 23     Pottegård article  303
 3    Exhibit 24     Al-Kindi article   303
 4    Exhibit 25     Hidajat report     351
 5    Exhibit 26     McElvenny report   352
 6    Exhibit 27     Lagana initial     381
      production index
 7
      Exhibit 28     Lagana             381
 8    supplemental
      literature
 9    production index
10    Exhibit 29     Lagana second      381
      supplemental
11    literature
      production index
12
      Exhibit 30     Lagana fourth      381
13    supplemental
      literature
14    production index
15    Plaintiffs' Exhibit  1 Mona Abdel-Tawab  391
      article
16
17
18
19
20
21
22
23
24
25
```

Page 406

```
 1          C E R T I F I C A T I O N
 2
 3
 4      I, ANTHONY GIARRO, a Shorthand
 5  Reporter and a Notary Public, do hereby
 6  certify that the foregoing witness, DR.
 7  STEPHEN LAGANA, was duly sworn on the date
 8  indicated, and that the foregoing, to the
 9  best of my ability, is a true and accurate
10  transcription of my stenographic notes.
11      I further certify that I am not
12  employed by nor related to any party to
13  this action
14
15
16
17          ANTHONY GIARRO
18
19
20
21
22
23
24
25
```

Page 407

```
 1          ERRATA SHEET
             VERITEXT/NEW YORK REPORTING, LLC
 2              1-800-727-6396
 3  330 Old Country Road   1250 Broadway
    Mineola, NY 11501    New York, New York
 4  10001
 5  NAME OF CASE:  In Re: Valsartan, Losartan
    and Irbesartan Products Liability
 6  Litigation
    DATE OF DEPOSITION: August 13, 2021
 7  NAME OF DEPONENT:  Dr. Stephen Lagana
 8  PAGE LINE (S)  CHANGE      REASON
 9
10
11
12
13
14
15
16
17
18
19
20
21      DR. STEPHEN LAGANA
22
    SUBSCRIBED AND SWORN TO BEFORE ME
23  THIS ____ DAY OF _____, 20__.
24
25  (NOTARY PUBLIC)  MY COMMISSION EXPIRES:
```

103 (Pages 406 - 407)

[& - 2021]                                                                                                    Page 1

**&**

**&**   2:3 3:11 4:2,9
6:3

**0**

**0.3**   265:1 392:16
399:3
**0.4**   250:6
**02109**   6:4
**07068**   2:4
**07932**   3:3
**08540**   4:18

**1**

**1**   7:9 18:23,25
19:7 26:25 27:5
27:24 36:24 64:17
94:19,24 117:11
146:18 147:8,17
147:19,21,23
230:19,21 231:4
240:23 248:2
257:19 285:18
287:3 311:25
320:10 391:4,7
396:12 403:12
405:15
**1,000**   131:1 179:15
232:9
**1,300**   232:9
**1,875**   231:20
**1-800-727-6396**
407:2
**1.3**   318:16 320:20
**1.7**   202:16,22
318:16,18,19,23
319:1 320:12,18
**1.7.**   320:12
**10**   162:19,20 186:1
188:7 218:25
219:2 229:18
261:25,25 281:6

404:3
**100**   130:19,24
161:25 163:6
193:13 232:16
338:23
**10001**   407:4
**103**   2:3
**10601**   1:14
**10:08**   36:18
**11**   175:11 176:11
187:11 192:12
229:19,21 257:24
258:5,15 296:14
297:19 298:15
404:5
**110**   248:7,15
**11501**   407:3
**11:41**   128:11
**11:57**   128:15
**12**   110:21 111:12
113:4,13 239:15
239:18 297:19
404:7
**124**   278:9,10,15
403:22
**1250**   407:3
**127**   243:12
**128**   403:24
**12th**   156:23
**13**   1:7 244:23,25
248:2 404:10
407:6
**13th**   7:4 336:22
**14**   113:13 255:3,5
404:11
**1499**   230:14
**14th**   270:1
**15**   133:20 159:19
258:17,19 404:16
**15219**   3:12

**16**   30:9 220:2
221:6,12 230:2,7
263:15,18 404:17
**17**   113:14 211:10
266:21 275:6
351:19 374:21
392:19 394:7
399:6,11 404:18
**170**   318:23
**18**   259:13,22
260:11 269:21,23
270:7 273:10
326:4,7 328:6
330:23 371:18
404:19
**1875**   5:11
**188.1**   382:10 386:4
**19**   113:14 241:10
241:12,22 243:10
244:15,15 277:25
278:2 403:12
404:20
**190**   5:3
**19422**   4:10
**1967**   353:9 357:13
**1:01**   192:1
**1:100,000**   264:6
265:25 266:11
**1:43**   192:5

**2**

**2**   20:25 21:2,9
31:5 37:1 38:4,10
64:18 100:11
103:13 105:23
126:1 130:16,23
148:17 149:7
203:19,25 204:16
205:16 207:8,16
207:17 209:21
242:10 243:1
256:16,21 257:19

318:1 369:23
390:14 400:12
403:14
**2.1**   318:16
**2.2.**   320:20
**20**   74:8 159:19,20
162:14,21 190:15
211:9 212:17
280:17,19 329:16
374:20 392:17
393:6 399:4
404:21 407:23
**20,000**   250:15
251:16 276:1
**200**   2:11
**200,000**   250:15
251:17
**2002**   330:12
380:22
**2011**   385:23
**2012**   130:5 340:12
**2016**   31:13 57:20
104:17 129:18,24
**2017**   57:21 62:9
100:16 104:18
129:19 130:1,1
131:8
**2018**   34:11,15
35:21 253:24
385:24
**2019**   13:8 15:17
62:6 66:21,23
69:3 218:16 254:3
263:13,24 270:1
273:9 280:8,9
**2020**   50:24 129:13
156:23 164:7,19
239:2,6 253:20
**2021**   1:7 7:4 26:11
280:20 336:21
344:1 402:10

**[2021 - 5]**

403:14 404:21
407:6
**2029**  4:3
**206**  404:2
**21**  4:17 113:15
285:1,4 360:5,8
403:14 404:23
**219**  404:3
**22**  303:2,12 344:22
393:4,10 399:8,11
404:24
**22,000**  208:2
211:11 213:15
214:11 393:5
**2220**  5:18
**229**  404:5
**23**  303:5,13 373:14
385:24 405:2
**230**  5:18
**239**  404:7
**24**  160:7 299:20
303:8,13 405:3
**245**  404:10
**25**  72:13 162:3
290:7 351:21
405:4
**25,000**  339:7
**2500**  2:11
**255**  404:11
**257**  353:24
**258**  404:16
**26**  16:6,8 319:8,12
351:24 354:18
405:5
**263**  404:17
**266**  404:18
**269**  404:19
**26th**  19:17 20:21
199:4
**27**  380:14,25 401:6
405:6

**278**  404:20
**27th**  6:3
**28**  266:19 322:2
380:16 381:3
385:23 401:6
405:7
**280**  404:21
**285**  404:23
**2875**  1:2 7:16
**28th**  263:13,24
**29**  113:16 380:18
381:6 401:6
405:10
**2:52**  254:15
**2a**  244:2 245:5,6
245:23,25 246:23
**2nd**  2:3

**3**

**3**  30:23 31:6 36:24
94:25 98:13 101:5
101:10 145:22
146:12 203:9
204:3,8,16 206:3
206:22 207:8,16
218:4,8,8,8 226:10
238:15 243:16,23
244:5 247:1 255:8
258:24 403:15
**3,700**  208:1
**3.4**  211:6 382:9
386:3
**30**  15:21 245:18,25
278:10,13,14
291:6,10 380:19
381:9 387:9,17
401:6 403:15
405:12
**300**  4:3 5:11
**303**  404:24 405:2,3
**30305**  2:12

**30th**  129:24
**31**  218:7,11 281:10
380:21
**310.284.3880**  4:4
**312.566.4801**  5:19
**314.480.1500**  5:4
**32**  380:22 403:17
**320**  211:8 227:20
264:16 287:10
**33**  19:14,16 135:19
203:13 332:10
339:12 359:13
**330**  407:3
**3333**  2:11
**33431**  5:11
**34**  27:2 29:19
205:14 239:4
241:14 397:17
**342**  124:17 125:20
125:21
**350**  240:5
**351**  405:4
**352**  405:5
**35762**  313:1
**358**  314:20 315:6
**36**  30:8 199:15,19
199:20 200:5
229:24
**360**  389:10,10
**361**  313:8
**37**  27:2 29:20
**38**  280:7
**381**  403:6 405:6,7
405:10,12
**385**  403:7
**38th**  3:12
**391**  405:15
**396**  403:6
**399**  211:6
**3:11**  254:19

**4**

**4**  32:17,20 36:25
100:7 130:16
144:13 197:22
204:16 207:9,16
211:5 250:7
251:25 252:5
254:24 255:8
257:12 259:8
261:16 263:3
264:23 276:15,24
282:18 394:10
403:17
**4,000**  116:23
**4,854**  111:12
112:15
**40**  15:21 338:23
**400**  3:3
**404**  212:4,10
**41**  371:2,8
**412.263.1816**  3:13
**42**  371:9
**421**  247:19,20
**445**  1:12
**450**  4:10
**46**  290:11
**48**  282:12
**4:35**  323:15
**4:57**  323:19

**5**

**5**  37:3 59:11,13
60:12 67:22 68:4
68:4 182:19,24
211:4,5 212:10
238:25 239:5
243:18 257:25
258:1,3,9 364:18
364:21 368:11
369:23 371:9
378:17,24 392:3

**[5 - actavis]**                                                                Page 3

392:10 398:24
403:19
**5,000**  38:17 39:1,6
130:13 131:2
**50**  161:25 163:7
248:7 286:20
**50,000**  248:8,15
251:15 335:6
339:7
**500**  3:3 130:18
**5259**  406:16
**53**  6:3
**53.8**  211:4,7
**561.962.2131**  5:12
**59**  403:19
**5th**  31:8

**6**

**6**  67:9,11,14
113:16 114:12
244:5,18 245:2,18
245:23 256:14
257:4,5 356:21
403:20
**6,000**  38:23 39:4
130:14 162:10,17
187:25 188:5
**60**  338:23
**600**  5:3 38:15
130:9 188:8,11,15
190:14
**60606**  5:19
**609.924.0808**  4:18
**60s**  321:24
**610.567.0700**  4:11
**617.213.7000**  6:4
**63105**  5:3
**650,000**  248:8,16
251:16
**67**  403:20
**678.553.2385**  2:12

**6:08**  380:12
**6:26**  381:15
**6:48**  402:1,3
**6th**  20:19,25 21:9
27:22 38:5 133:16
199:3 397:10
403:14

**7**

**7**  110:8 113:6
124:8,10 202:17
206:2,5 207:19
252:6 255:2
403:22
**7.1**  318:17
**7.1.**  318:18
**70**  202:25 264:6
266:1 267:15
275:17 318:24
320:1,14 394:18
**70s**  321:24
**75**  61:15 66:8 72:5
162:11
**76,000**  276:1 339:8
**783**  385:21
**7th**  130:1

**8**

**8**  127:25 128:7,24
381:24 385:17
392:3,11 394:10
403:24
**8,000**  287:3,9,14
**80**  290:13
**82**  259:19 260:11
**849**  355:24 356:16
**85**  392:19 399:6,12
**854**  356:23 357:10
357:14,21

**9**

**9**  206:12,14 261:25
403:6 404:2
**90**  43:9
**90067-2904**  4:3
**93**  230:20 231:6
**93,000**  231:12
**93,050**  231:14
**93.05**  231:9,13
**96**  193:15,21 194:2
194:13,19 195:4
227:19,25 228:2
264:14,21 265:1
275:25 276:12
281:3
**973.228.9898**  2:4
**973.443.3571**  3:4
**9:12**  1:7 7:3
**9:23**  17:5
**9:31**  17:9
**9:38**  23:8
**9:43**  23:12
**9:57**  36:14
**9th**  1:13

**a**

**a.m.**  1:7 7:3 17:5,9
23:8,12 36:14,18
128:11,15
**a3**  278:25 279:7
**abdel**  391:20,23
392:24 396:12
398:16,22 405:15
**ability**  406:9
**able**  183:19 197:2
293:19 333:4
334:20 353:1
**abreast**  106:1,17
173:23
**abruptly**  270:20
271:18,19 273:19

274:14
**absence**  379:18
**absolute**  179:4
**absolutely**  42:23
133:13 163:10
174:22 249:22
254:12 337:21
340:11
**abstracts**  114:13
**academic**  98:16
101:19
**accelerates**  308:16
**accept**  178:3 199:4
268:5
**acceptable**  227:18
263:8 264:3,15
265:13,14,19
267:11,14 275:13
275:16 276:4,11
281:7 394:14,17
**access**  77:11 86:3
**account**  93:16
352:21 382:25
384:6
**accuracy**  393:15
**accurate**  60:18
127:1 268:7
321:19 406:9
**accurately**  101:22
204:25 205:1
**accusation**  213:6
**achieve**  304:7
**acid**  222:11
360:19
**acidic**  223:25
360:24
**acids**  360:6,15,25
366:7
**acquire**  173:22
**actavis**  3:9,9

[acting - amount]                                                                    Page 4

**acting** 79:20
**action** 8:2 406:13
**active** 74:5 160:9
**actual** 102:9 103:5
  285:25 310:9
**acutely** 369:4
**adage** 282:19
**adam** 2:5 25:1
  33:8,11 146:16
  277:16
**add** 199:10 242:8
  275:2
**adding** 40:14
  328:23
**addition** 30:1
**additional** 168:8
  287:12 314:8
  315:17 347:23
  348:14 380:5
  393:3
**address** 28:6
  178:16 272:6
**addressed** 28:7
  83:14 199:8
  388:18
**addresses** 111:13
**addressing** 390:8
**adds** 37:16
**adenocarcinoma**
  80:20,21 86:12,21
  86:21 87:3 169:11
**adenomatous**
  347:21 369:8
**adjustment**
  315:16,18
**adjustments**
  315:21
**administer** 8:1
**administered**
  250:3 338:11

**administration**
  264:24 279:10
  375:18
**administrative**
  64:21 72:15,21
**admit** 241:8 367:3
**adult** 248:7,15
**advanced** 75:13
  236:9,13
**adverse** 202:20
  203:2 300:10
  317:10 318:3,15
  318:21 319:10,25
  320:11,15
**advertise** 131:15
**advertising** 141:22
**advocate** 50:6
  124:5
**aes** 320:11
**affiliations** 8:8
**afield** 170:18
**aforementioned**
  196:6
**afraid** 111:22
**afternoon** 381:16
  391:12
**age** 315:16 321:16
**agencies** 106:11
  176:8 201:24
  221:3 363:6
  372:18
**agency** 216:5
  218:9 219:5
  220:20 288:5
  372:5,20 404:4
**agent** 246:7,15
  279:7 366:4
**aggregate** 361:19
**aggressively**
  249:15

**ago** 11:9,11 24:19
  32:2,3 57:4 78:2
  116:5 124:22
  142:20 282:12
  299:23 398:5
**agree** 13:21 14:17
  27:23 40:15,19
  41:5 43:20 46:15
  79:5 98:23 99:2
  99:10,12 102:6
  103:20 109:9,15
  123:15 126:11
  127:9,11,16 130:5
  132:9 138:18
  154:11 167:24
  172:10 195:11,17
  201:4 203:21,25
  212:7,24 224:3
  244:1 245:5 251:5
  252:13 260:10,25
  262:21 264:13
  266:9,13 268:18
  268:22 274:8
  286:12 297:8,17
  298:21 300:3
  305:6,12 306:6
  315:12 326:19
  337:5 339:23
  344:24 345:7,13
  345:18,24 349:10
  355:9 358:10,17
  361:9,24 372:7,19
  382:16
**agreed** 284:17
  345:9,11
**agreeing** 294:2
**agrees** 127:5
**ahead** 18:6,22
  123:1 127:23
  262:1 372:1

**ai** 281:10
**aid** 4:7
**akin** 387:23
**al** 7:12 202:2
  223:8 272:21
  289:25 292:1,9
  295:8 300:4,11,14
  300:15 303:12,13
  303:22 305:2
  310:6,12,23 317:4
  405:3
**alarming** 304:12
**alcohol** 191:1
  324:18
**alcoholic** 90:4
**alfano** 3:11
**alkylating** 180:15
  366:3,4
**allow** 264:21
**allowable** 193:14
  193:17,20 194:8,9
**allowed** 55:18
  395:9
**alternative** 270:17
  271:20
**american** 126:7
  151:4,13,21
  278:17 300:16
**amine** 360:20
**amines** 222:10
  241:24 352:15
  353:3 360:19
  404:8
**amino** 360:6,15,19
  360:24
**amount** 193:15
  194:12 211:19
  212:18 213:24
  215:14,15 222:8
  222:18 224:6
  226:24 227:14,16

[amount - answer]                                                                    Page 5

228:8,9 296:21
336:1,2,10 342:1,6
361:16 382:25
383:17 399:12
**amounts**  306:14
370:13 390:23
**analogizing**
387:22
**analogous**  341:2
342:5
**analogy**  338:13
390:18
**analysis**  84:2
110:23 117:6,9
224:10 285:10,19
286:22 342:11
343:24 353:4
356:21
**analyze**  158:10
**analyzes**  68:12
**anatomic**  13:14,18
13:22 14:1,4,13,13
14:15,23 18:16
35:20 53:23 59:18
60:2,5,9 61:20
63:14 64:12 65:6
65:11,16,24 66:9
68:4,10,20 69:4,14
70:1 71:12 82:2
103:25 104:9
117:15 120:20
148:2 159:8 160:4
160:7 237:11
**ancillary**  64:11
66:4 143:17
**angeles**  4:3
**angiotensin**  320:3
**aniline's**  241:1
**animal**  238:20
250:25 260:25
279:1 310:4

337:17 375:12,23
376:18
**animals**  44:16
46:11 54:23
119:18 201:23
245:11 246:6,11
249:9,20 250:20
250:22 279:8
286:20 375:3,4,14
388:20 389:18
**anisoles**  242:24
**announce**  20:10
**announced**  320:5
**announcement**
202:16,17
**announcements**
202:23
**answer**  12:11,21
12:24 13:17,24
22:2,5,12,24 28:1
28:3 29:9,17,25
33:23 39:25 40:18
40:25 41:15,25
42:5,8,18 43:5
44:2,12,18 45:24
46:2,6 47:13
48:20,24 49:2,11
50:2 51:22 52:10
52:21 53:12,20
54:20 55:14,24
56:8,18,23 57:11
59:25 60:25 62:18
63:11 64:1 65:10
65:22 66:14,25
69:7 70:14 72:8
73:6,12,17 74:1
78:1 79:14 80:13
81:8,18 83:19,22
85:24 87:7 88:8
89:1,12,23 90:18
91:9 92:13,23

93:19 94:1,11
95:22 98:3,10
99:4,18 100:22
102:19 103:3
104:7,13 105:9,14
106:23 107:7,24
109:12,21 111:7
111:18 112:19
113:1 114:7 115:2
116:10 117:18
118:1,10 119:2,14
120:8,24 122:6
132:13 136:20
137:18 139:1
140:16,18 141:25
143:10,25 147:10
148:25 149:4,9,20
150:9 151:1 152:1
152:23 154:22
156:1 158:15
160:6 163:13
164:2,10,14,24
165:2,11,21
166:12,21 167:22
168:12,13 170:21
171:9,23 172:7,16
173:8 174:6 176:1
176:5 179:1,5,12
181:12,22 184:7
184:11 185:13
186:8,25 187:8,20
188:3,18,23
189:13 190:5,22
191:18 192:14
193:6 194:18,22
195:6,16,23 198:2
201:8 203:24
204:19 207:3,13
209:18 210:19
213:12 215:6
216:9 217:9,16,24

220:25 224:16
227:2,22 228:17
228:23 229:6
233:9 234:5,12,19
235:23 236:12,21
237:4 238:1,12
239:23 240:3
248:19 250:18
252:18 253:16
256:8 260:8,20
261:3 265:16
266:8 268:4
276:18 283:15
284:8 286:6 288:2
289:20 292:5
296:5,18 297:11
297:23 298:10
299:7 301:20
302:13 306:2
308:20 309:12,21
310:14,25 313:24
321:12 323:4
324:11 325:4
328:19 329:3
330:6 331:15
332:19 333:8
334:25 335:21
337:4 338:4,20
341:8,19 342:18
343:8 344:14
345:5,21 346:6,9
346:22 349:14,20
350:3,6,7,7,16,23
352:24 354:9
355:19 356:2
359:24 361:13
362:5 365:13
368:5 372:10,24
373:3 374:2,16
377:8,18,25 378:5
384:14 388:10

395:4 397:20
400:6,15
**answer's**  49:14
280:14
**answered**  107:19
115:3,20,22
150:22 164:10
217:23 276:19
309:25 310:2
338:9 355:19
364:8
**answering**  44:19
56:3 107:2 108:17
202:11 225:2,8,9
363:21
**answers**  139:11
140:25 179:10
273:3
**anthony**  1:14 7:23
406:4,17
**anti**  271:9
**anus**  145:11 178:6
**anybody**  55:17
135:25 333:22
**anytime**  70:18
97:19 160:11
**anyway**  96:1
161:6 178:12
293:7
**apart**  81:21
**apc**  347:20
**api**  208:3 382:13
382:19 383:2,9,12
383:20
**apparent**  350:11
350:12
**appearance**  8:11
197:18
**appearances**  8:8
**appeared**  396:11

**appears**  31:7
**applicable**  121:25
230:11 287:6
379:25
**applied**  158:18
174:3
**apply**  98:15 99:15
101:18 105:20,21
172:2 204:5
327:15
**applying**  48:3
171:18
**appreciate**  98:8
146:17 271:23
396:23
**approach**  33:17
95:8 102:14 103:9
103:15 104:18,20
106:14 200:16
298:19 362:14
**approached**
103:16 362:21
**appropriate**  76:13
230:4 245:7
398:15
**approximately**
15:25 231:20
259:12
**approximates**
264:5
**apps**  78:3
**april**  31:8 270:1
**arb**  203:2 270:19
**arbs**  318:22,23,24
**area**  127:8 144:14
161:4,5,6 169:21
170:18 172:4
222:21 234:2
**areas**  15:19 76:10
76:12 123:16,20
133:2,6 160:16

161:1 171:6
187:18,22
**argue**  138:16
140:10
**argued**  113:10
**arguing**  235:6
**argument**  21:13
97:13,14 329:25
**argumentative**
140:20 141:13
207:13 215:24
225:11 359:10
**arm**  243:21
**aromatic**  241:24
352:15 353:3
404:8
**article**  26:2,6,10
26:12,14 28:18
30:3,10 37:6,10
43:23,23 44:8
45:5,8,20 47:3,10
47:14,18 48:14,16
49:7,15 110:16
112:14 200:1,6,10
200:14 202:3,7,13
205:16 206:4,7,11
207:10,17 210:5,8
211:13,25 218:6
218:11 220:8,9,13
226:14 232:18
239:10 240:22
242:19 243:3
247:7,19 249:1
258:5,16,22
259:10,23 260:4
267:5 269:20
272:21 275:5
308:4 312:9,21
317:22 319:9,24
330:12 353:22
354:17 356:12

359:14 362:24
363:6 366:16
380:21,23 390:13
391:16,20,21
392:8 393:17
396:10,12,16
398:21 399:15
400:18 404:2,7,16
404:18,19,24
405:2,3,15
**articles**  28:12,20
44:15,24 45:11,16
48:12 112:21
116:13 117:13,24
118:3,7,23 119:11
119:16,17 159:4
200:11,20 201:5
205:20,25 210:14
210:17 220:5
235:25 236:1
290:6 292:17,25
299:22 303:18
310:10 359:21
362:15,17 363:1
364:9,16 397:7
401:7
**artificially**  304:25
**asbestiform**
324:19
**asbestos**  324:12
357:25 377:11
**ascribe**  82:4 359:5
**aside**  39:8 42:19
94:22 114:8
172:25 234:22,24
243:17 252:3
257:24 282:14
310:21
**asked**  25:1 51:17
51:23 96:8 115:18
115:23,25 116:2

[asked - back]                                                                Page 7

118:20 122:10
157:2,16 164:10
164:23 170:5,9,22
175:12 182:9
217:23 275:7
292:6 303:17
334:13 350:4
355:12,19 364:19
377:1 386:10
387:19 390:5,12
390:17 393:24
394:1 395:7
**asking**  8:17 9:19
20:14 34:20,24
35:1 48:13 49:4
49:19 52:14
139:15 140:11
141:5,13 146:9
148:4 150:14
158:2 164:11
167:13 178:13,20
190:13 192:17
198:8 204:25
225:4 235:8 294:6
301:7 314:16
327:8 330:8
333:17 337:18
342:14 356:11
389:25
**aslater**  2:6
**aspect**  23:2 332:7
354:11
**assembly**  355:25
356:16
**assert**  56:2
**assessed**  335:15
**assessing**  78:8
112:8 331:12
**assessment**  46:16
82:18 84:2 266:6
269:17 292:17

335:19 343:11
404:4
**assessments**
243:11
**assigned**  66:17
**assignment**  51:14
168:21
**assistant**  32:9,24
33:19 34:8,14
35:19,21
**associate**  32:10
33:20 34:8,14
35:21 160:2
216:16
**associated**  45:13
177:20,24 202:15
230:24 270:20,23
272:25 273:19,22
312:2 319:4 336:2
352:16 367:20
370:17
**association**  45:2
45:17 46:22 48:6
97:9,21 98:22,25
99:6 151:21
295:23 304:5
305:19 311:4
312:4 313:15,21
314:11 315:15,25
316:17 322:15,18
345:10 389:19
**associations**
312:18
**assume**  12:12
111:20 143:5
157:2 166:17,24
167:1,4 169:4
175:15 205:17
226:5 274:21
288:24 293:23

**assumed**  175:12
176:25
**assumption**
175:11 179:19
297:5 298:24
**assumptions**
163:17 165:7
167:8,9,10,19
175:15,21,22
176:1 297:18
**atlanta**  2:12
**attached**  26:25
29:13 32:14,16
125:6 360:20
**attack**  271:10
274:14
**attacks**  395:18,21
**attempt**  82:4
**attempting**  249:25
**attend**  151:11,17
151:18
**attending**  8:6
**attention**  183:2
220:19
**attorney**  8:12
16:19,25
**attorneys**  55:23
**attribute**  33:18
**attributed**  216:4
**august**  1:7 7:4
130:5 156:23,23
407:6
**aurobindo**  4:14,15
**aurolife**  4:14
**auspices**  217:13
**author**  200:8
202:18 216:23
391:24
**authored**  104:22
115:5

**authorities**  256:3
256:4
**authorized**  7:25
**authors**  391:22
**autopsies**  62:3,4,5
62:8,11,21 68:9
**autopsy**  66:3
**availability**
131:15
**available**  125:16
243:5 259:2
279:13 383:21
**avenue**  1:13
**avenues**  327:18
**average**  362:8,9
**avoid**  166:15
197:19
**awards**  238:9
**aware**  23:17 25:12
88:14,23 96:12,20
96:22 98:4 122:17
156:9 187:5 216:6
279:16 294:7,12
309:10 316:2
322:14,17 329:24
336:4 367:25
**awful**  198:6

**b**

**b**  5:20 73:21 90:3
260:10 279:22
324:17 326:2
329:10 376:18
403:9
**back**  17:8 23:11
25:8 31:12 33:17
36:17 47:1 49:23
56:21 63:4 75:5
77:4,7 94:20 96:7
100:24 101:4
102:8 114:14
124:16 126:3

128:14,16 131:8
146:6 156:21
163:15 169:13
173:13 175:11
181:16 192:4,7,11
215:20 243:16
245:22 247:1
254:18,20 257:21
275:4 278:7
291:13 307:14
323:18 326:6
328:6 338:15
362:20 371:12
378:6 381:14
387:7
**backed** 207:15
**background** 13:5
28:13 29:2 71:22
90:5 203:17 204:1
204:7 362:22
363:10
**backing** 199:18
**bacterial** 256:24
258:12
**bad** 118:19 187:14
189:11 197:23
217:3 228:7 370:5
**badly** 212:21
**balancing** 395:13
**ballpark** 162:19
162:22
**bardia** 2:15 8:21
247:15
**barnes** 4:2
**barr** 324:14
**base** 82:1 118:2
**based** 46:16 68:10
117:13,23 118:7
118:22 119:10
167:17 168:16,17
250:24 259:14

286:20 287:18
288:9 289:8
295:17 297:25
306:15 328:20
331:3 337:16
357:12 365:7,17
366:2,11 367:23
374:4,9 376:17
388:22 390:22
394:21
**baseline** 41:4 42:3
177:21 224:2
232:11
**basic** 104:25
315:16
**basically** 68:11
140:9 173:5
177:19 193:23
207:9 279:19
288:17 337:8
396:25
**basics** 183:9
**basing** 98:14
101:6,16 289:22
321:22
**basis** 98:15 99:15
100:25 101:7,17
116:18 117:9
119:21 174:2
177:14 178:21
183:21 201:14
227:6 236:25
246:17 275:22
302:1 309:25
310:2 326:12,14
337:9 347:17
**batches** 287:11
382:8 385:21
**bearing** 9:9
**becoming** 348:7

**beginning** 8:12
207:22 300:18
**behalf** 8:14 9:21
**beings** 39:20 40:12
376:2 377:4,10
378:3
**believe** 15:24
19:20 67:25 69:11
110:15 111:2
129:18 130:16
134:8 183:11
184:12,21 188:4
223:12 228:12
232:4 239:2 244:4
260:3 264:17
268:24 271:14
290:3 300:14
301:23 337:21
350:4 351:6
358:25 366:17
367:6 375:2
383:23 385:8
387:1 391:23
399:25
**believed** 317:24
**bell** 4:10 291:14
373:21 374:8
386:11,16
**belongs** 230:9
**benefit** 89:4
269:18 395:13
**benicar** 10:14 16:1
17:14,16 31:11,21
31:24 32:13 33:17
36:25 57:19 58:5
58:10,17,19,21
64:18 70:8 95:15
97:11,17 99:22
100:3,10 101:3
102:9 103:4
104:17 105:24

111:16 112:13
124:21 125:2
129:17 130:15
132:5,8,11,15,16
145:18,25 146:6
146:10 172:13,20
174:10
**benign** 68:23
190:25 321:17,18
375:17
**benozo** 221:22
**best** 64:14 115:20
175:8 266:13
339:10 361:17
372:4 373:5,11
406:9
**better** 171:15
213:19,23 316:23
328:22
**beyond** 14:12,21
167:1 236:7,18
**bias** 354:13 358:2
**big** 224:11 287:5
302:19 304:13
309:21,24 310:1
**bigger** 41:5
**bile** 84:25 145:12
**bill** 135:18,21
**billed** 129:8
**billing** 133:15
**binder** 380:23
**binders** 362:12
**biochemical** 233:3
**biological** 110:13
307:13
**biologically** 301:8
**biologist** 25:20
158:13 182:11
233:25 234:8,10
236:2 237:14,24
238:3,5,7

[biologists - camden]                                                          Page 9

**biologists**  155:4,18
**biology**  139:5
  144:25 150:2
  155:24 158:17,19
  158:21 183:10
  185:10 234:14,17
  235:19,25 236:2,5
  236:8,18,23 237:2
  237:6,10,12 238:8
  238:10 328:21
  365:9 374:5
**biopsies**  74:4,8,21
  75:20
**biopsy**  68:18
  70:19 75:1,4,12
  77:14 82:5 103:13
  108:11
**biostatistician**
  157:19,23 158:5,7
  266:16
**biostatistics**
  157:21 158:4,9
**bit**  13:4 19:6 22:13
  28:2 55:7 72:16
  81:20 85:10
  102:10 138:6
  147:13 201:10
  215:12 220:15
  228:3 261:13,19
  291:14 296:8,12
  307:12 323:21
  333:10 351:3
  362:20
**blackwell**  5:2
**bladder**  85:7
  161:16,17,18,24
  241:3 242:16,17
  327:23 352:17
  378:13
**blamed**  318:6

**blanket**  196:4
  197:19
**blind**  47:20
**blockers**  320:3
**blocks**  360:7
**blood**  161:7 163:8
  168:24 169:1
  326:15 330:16
  379:5 395:14
**bloodborne**
  326:18 328:9
**bloodstream**
  326:9,22,24 329:6
  329:15,21 330:4
  330:10 377:23
  378:16
**blows**  200:15
**blue**  4:10
**board**  69:25 217:2
  217:5 304:24
**boards**  148:19,21
  148:23
**boca**  5:11
**bodies**  104:4 345:1
  363:5
**body**  66:2 177:3
  183:18,24 219:21
  222:17 223:17
  226:13 326:16
  361:4,7 379:2
**body's**  224:5
**bolded**  330:24
**book**  277:11 278:8
**bosick**  3:11
**boston**  6:4
**bother**  111:21,21
**bottom**  183:2
  204:8 244:6 255:8
  258:24 264:2
  354:1 378:23,24

**boulevard**  5:11
**bound**  52:11
**bowel**  15:14
**boy**  324:6
**brad**  6:16
**bradford**  48:4,7
  95:18 96:2,25
  97:4 172:1
**braf**  184:25
**brain**  163:14
**brca1**  185:4
**breach**  271:16
**break**  11:20,24
  36:10,11 56:6
  57:1 128:19,22
  254:11 323:11
  370:22
**breast**  85:5 110:22
  160:20,23 185:5
**briefly**  303:25
**bright**  121:24
**bring**  36:8,8
  277:22 281:2
**british**  352:7
  353:8
**broad**  41:16
  146:25 166:13,22
  187:8 189:8
  333:10,25 346:13
  350:14 377:19
**broader**  24:15
**broadly**  271:7
**broadway**  407:3
**broke**  17:13
**bronx**  13:9 66:21
  67:16 69:4
**brought**  12:15
  256:2
**btlaw.com**  4:5
**building**  360:7

**built**  40:24
**bullet**  267:8 268:9
  275:9 276:15,24
  394:11
**bunch**  12:17
  375:14 394:2
  395:8,20
**business**  114:21
  166:25 167:12
**busy**  84:8
**bw**  248:2 250:7

**c**

**c**  2:1 3:1,14 4:1,13
  5:1,13 6:1 73:22
  90:3,8,11 324:18
  326:2 329:10
  361:20 406:1,1
**ca**  30:9
**calculated**  288:25
  319:24
**calculation**  248:23
  249:24 286:16,17
  287:5 342:12,15
  342:20
**calculations**
  250:24 289:6
  342:21 343:5
**california**  4:3
**call**  19:8 72:12
  77:1 141:11
  143:23 183:20
  256:11 265:10
**called**  22:1 57:6,7
  57:13 100:9 155:4
  257:18 281:7
  327:14 347:20
  375:15
**calling**  64:19
**calls**  396:1
**camden**  1:2 7:15

**campus** 3:3
**cancer** 21:24
  25:19 39:20 40:11
  41:3,23 45:3 46:5
  46:9 51:10,25
  52:4,24 53:25
  54:1,7,16 57:14
  61:7 64:10 78:13
  78:19,24,25 79:3
  80:10,17,19 81:3,4
  81:5,25 82:19,21
  82:23 83:17 84:3
  84:13,16,19,20
  85:4,19,20,22 86:5
  86:7,8,9,10,11,16
  86:21,23 87:1,2,13
  87:15,20,24 88:12
  89:24 90:22,23
  92:4,5,8,15 93:24
  105:19 107:3
  108:5,13 109:24
  110:22 111:1,10
  112:20,24 113:3
  115:6 116:25
  117:1,2 137:15,20
  137:23,24 138:5
  138:13,23 139:3,5
  139:20,23 140:1,3
  140:4,14 141:23
  143:7,12,13,15,16
  143:18,21,23
  144:7,8,16,17
  147:8,13,15,17,25
  148:3,6,11,20,23
  149:7,11,14,16,18
  149:25 150:2,7,11
  150:13,16 151:4,7
  151:10,16,20,22
  152:19,24,25
  153:4,14,18,19,19
  153:20,21 154:4,6

  154:9,10 155:4,4,6
  155:18,18,21,23
  156:7 158:12,17
  158:17,19,19,21
  158:24 159:13,16
  159:21,22,23
  160:20,23 161:24
  162:1,2,16 163:6
  169:4,5,7 176:15
  176:21 177:2,6,21
  178:5 179:21
  180:22,25 182:6,8
  182:11 183:6,9,13
  183:17 184:1,5,12
  184:14,19 185:4,7
  185:9,10,10,21,23
  185:24,25 186:3
  186:15,16,22
  187:4,6,11,25
  188:7 189:3,15
  190:14 191:23
  192:20 195:12
  196:1,11,18
  197:15 208:7,12
  208:15 210:4
  226:3 233:25
  234:7,8,10,14,16
  235:19,25 236:1,2
  236:5,7,18,23
  237:2,6,10,12,14
  237:23 238:3,4,6,8
  238:10 242:16
  243:4 249:16,18
  249:20,23 250:22
  255:17 264:6
  265:25 267:10,17
  275:12,18 279:14
  286:1 287:13,24
  289:10 290:1,11
  290:12,13 291:3
  291:20 292:9

  296:22,25 299:1
  301:9 303:21
  304:11 305:8,19
  306:21,22 308:5
  308:16 309:15,22
  310:17 311:4
  312:4,5,16 313:13
  313:16,17 314:25
  315:11,15 316:1
  316:18 318:6,9
  319:14 320:22
  322:15,20 325:11
  325:23,25 326:2,3
  327:11,21,23
  328:3,3,10 329:8
  329:10 332:12,16
  332:23 333:22,25
  334:4,9,14 335:18
  336:3 337:16,25
  340:14,17,19
  341:23 342:7
  344:3,9,16,17
  345:17,18,22,23
  346:1,3,20,24
  347:11,14 348:7
  348:10,12,13,20
  349:12,17,23
  350:1,9,21 351:14
  352:6,17 363:4
  364:23 365:1,9,22
  365:24 366:9
  367:8,8,9,10,22
  368:2,23 369:3,6
  369:17 370:8,11
  370:16 373:18
  374:4,5,20,23,24
  376:20 377:16
  378:3,13 386:19
  387:1,14 389:18
  389:21 394:13,20

**cancer's** 54:5
**cancerous** 211:24
  320:25 321:5,7,8
  321:14,17
**cancers** 47:24
  53:25 61:11 80:22
  84:12,19,23 85:5,5
  85:5 87:9 90:1,12
  108:7 109:1
  144:19,23 159:22
  161:7 162:3 163:9
  163:9,14 177:25
  177:25 178:7,9
  181:2 184:9 185:2
  185:5 186:14
  190:24 196:7,9,12
  201:21 288:12
  301:2,17 306:24
  307:1 308:6,8
  325:16,17 326:10
  327:23 346:8
  367:11,18 370:17
  374:19,24 375:2
  376:3,10,24,25
  387:16 388:18,23
**cap** 123:4 151:18
  151:19
**capable** 62:22
  225:8
**capacity** 50:17
  52:2,25 55:16
  180:14 334:2
**capture** 222:5
  364:2
**carcinogen** 46:14
  48:17 49:9 50:16
  54:23 176:22
  177:17 179:20
  192:22 193:1,10
  194:11 213:24
  238:22 245:8

258:14 279:1
297:6 298:25
310:10 325:2,7
326:9,15,20 327:7
327:10 328:3,10
330:16,17 348:19
372:7,12,15,17,21
373:7,9
**carcinogenesis**
45:14 53:22
176:17 179:20
187:15 246:12
297:7 299:1
347:18
**carcinogenic**
54:24 176:25
177:4 223:22,23
228:6 252:15
253:2 256:17,23
257:16 259:12,14
259:20 260:6
279:8 291:5
296:21,24 326:23
326:25 327:2,21
330:3 349:3,10
375:12
**carcinogenicity**
53:23 239:5 245:9
245:11 246:4,5,9
246:10,18 257:1
259:2 278:25
291:23 404:7
**carcinogens** 43:25
44:9 45:22 47:5
221:22 222:4
241:3 242:18
257:11 324:4
325:19 326:17
327:25 329:5
344:8 377:22
378:15

**carcinoma** 90:7,9
110:12 144:15
169:10,12 348:3
**cardia** 230:23
**cardiac** 271:13
**cardiologists**
269:15
**care** 71:2,3 72:25
74:24 79:19 80:2
87:24 152:24,25
268:13
**careful** 63:5 213:9
353:4
**carondelet** 5:3
**carried** 357:13
**case** 10:22 11:6
13:9,13 15:17
16:5 17:17 18:5
18:21 19:9 26:21
50:10,18,23 51:13
52:12 53:17 58:3
58:9 61:7 66:3,21
67:24 76:15 82:3
88:20 92:25 94:18
103:9,14 105:20
106:4 109:25
111:4 113:16,20
113:23 114:24
116:4 117:11
120:21 142:19,21
142:24 145:24,25
155:9 156:17,20
157:2 161:11
169:17,20 170:2,6
170:23,24 171:1
172:12,17,21
174:3,13 175:1,13
190:23 196:13
204:5 209:7
233:22 242:16
253:12,19,21,25

254:9 260:15
283:19 287:13
296:19 301:18
317:23 331:11
335:14 348:10
362:18 394:21
407:5
**cases** 15:21,22
17:25 57:24 58:10
58:19 75:18,18
95:8,10 102:14
103:6,16,19
104:19 105:23
107:13 159:14,16
161:25 163:4,6
168:18 170:7
172:19 246:6
347:1 376:22
**catch** 305:15
**category** 246:2,7
246:16
**catenacci** 25:9
26:18 292:13
360:4
**catenacci's** 24:9
**caught** 183:2
**causality** 155:6
313:22 316:25
**causation** 28:4
41:23 45:21 46:22
47:4,11,19 48:3,7
48:17 54:7 97:8
98:22 99:1,7
107:3,20 108:18
109:22,24 110:5
110:16 111:1,3,10
111:25 112:1,6,23
113:14,21 114:23
115:6,8 116:2
117:1,12,23 118:2
118:6,22 119:9

121:3 122:8
155:12 185:10
295:23 344:20
345:10
**causative** 97:21
109:1 312:18
**cause** 21:24 46:5
51:10,24 54:16
81:3,14 83:6,16
88:12 113:2 178:5
180:14 183:12
184:18 189:3
196:10,17 255:16
325:11,17,18,23
325:25 326:1,10
327:11,21,22,23
328:2,3,10 329:7
329:10 348:20
349:11,17 350:21
367:16 370:11
378:2 379:22
384:1,17
**caused** 39:19
40:11 80:23 87:25
90:2 184:9 197:16
347:14 375:3
376:5,25
**causes** 46:9 47:10
52:4 108:4 183:4
183:22 186:15
308:16,22 326:3
327:5 345:15,18
345:23 347:21
366:5 369:9
373:18 377:16
378:13
**causing** 92:1 178:9
180:16,20 337:15
**cavity** 87:14,15
**cc** 146:1

cct 3:14
cede 380:4
celiac 91:18,19,21
  91:23 92:2 132:21
  132:25,25 133:5
cell 169:11 183:4
  183:12,22 324:14
  346:2 349:24
  379:20
cells 65:18,25 66:4
  180:17 308:23
  344:25 378:20
  379:6,6,17
cellular 7:7
center 18:14
  153:19,19 154:4,9
  155:21
central 39:13,23
  40:4 207:23
  208:22 209:8
  214:2 215:13
centre 3:12
century 4:3
certain 75:9 168:8
  171:6 196:19
  197:14 204:12,14
  276:6 324:19
  336:1,2 361:19
  382:8
certainly 21:13
  22:25 42:1 54:22
  65:1 72:9 81:25
  84:18 92:25 99:5
  112:3 113:5
  121:10 122:12,21
  126:1 137:21
  138:5 140:2
  142:23 143:18
  150:16 158:25
  174:8 179:8
  183:14 185:3

194:13 196:17
197:10 201:12
205:10 210:20
225:15 227:24
234:20 237:12
238:7 268:18,22
271:13 272:12
283:13 285:7
300:13 302:4
306:17 315:21
318:7 332:22
345:6 354:2
367:14 376:8
383:25 397:21
certainty 45:12
  165:14 166:2,3
  184:3 229:12
  288:15 301:15
  302:9 323:1
  328:12 333:6
  334:21 336:24
  337:19,23 348:17
  350:19
certifications
  237:14
certified 1:16
  69:25
certify 406:6,11
cetera 90:11 140:6
  226:9 391:21
cgeddis 2:7
cgmp 263:21
chance 181:19
  187:14 189:5
  191:15 197:23
  214:5 340:14,16
  341:15 348:6
  363:7
change 92:7
  216:17 407:8

changed 62:10
  66:22 100:19
  167:6 384:19
changes 197:14
changing 140:18
  141:7
characteristic
  197:17
characterization
  295:11 298:22
  337:6
characterize
  297:25
charge 130:13
chart 191:6
  285:10 317:25
  385:21
check 26:7 75:3,16
  281:1 401:2
checking 400:25
chemically 242:2
chemists 272:3
chest 179:15
chicago 5:19
china 201:21
chinese 324:15
chloride 385:22
chodosh 25:19
  233:17 404:20
chodosh's 39:11
  237:17 277:7
choi 223:12 232:7
choice 197:2
chose 48:4,7
chris 8:23 28:17
  30:3 392:7 401:8
christopher 2:6
chromatography
  223:3
chronic 90:1,2,3,7
  90:10

cigarette 87:16
  88:13 108:4
  177:20,23 178:2
  196:14 204:12
  324:6 327:20
  349:18 374:22
  377:22 378:2,12
  378:14
cigarettes 179:10
  208:7,14 209:16
  210:3 211:10,15
  211:24 212:9,12
  212:20 213:8,17
  214:7,12,18
  215:16 349:16
  390:19,24 392:17
  392:23 393:7
  398:11,18 399:4
  399:13
cigna 5:7
cipriani 4:9
circle 49:23
  291:13
circumstances
  36:6 226:17
cirrhosis 191:1
citation 28:19 30:8
  37:9 121:14 183:7
  199:7,13 200:9
  218:3 330:21
  331:1 339:16
  340:21 366:17
  397:18 398:11,13
  398:16
citations 205:15
  216:23 354:24
  398:14
cite 37:8 48:13,15
  49:6,15 177:9
  178:19 179:23
  183:10 184:21

199:10,11,16,25
201:5 204:15
205:16,25 206:4
207:10,20 208:15
209:25 218:5,13
224:4 230:4
238:25 241:8,9,12
241:21 242:5,11
244:14,15 252:5
255:7 261:24
262:15 273:18
278:6,14 282:7
283:17 290:4,5,6
303:24 308:18
309:7,20 310:11
311:11 322:5,8
328:13,15,16
354:21 360:11
365:5,10,20
368:10 373:23,24
374:12,13,17
382:6 393:3
397:14 399:18,20
400:22
**cited** 27:1 28:12
29:19 30:4 116:13
187:21 199:14
205:20 210:14,17
220:6 230:3
232:22 240:11
241:11 243:3
249:3 262:11
267:21 280:21
283:10 284:9,21
285:14 295:9
329:13 351:19
353:15,21 359:21
359:21 393:18
397:1
**cites** 229:24
261:21 277:10

291:17 307:3,7
397:23 399:22
400:1
**citing** 206:23
209:14 218:19
249:2 258:15
262:8 284:18
292:1,2 392:23
**ck** 184:23
**claim** 139:25
**claimed** 39:21
40:12
**claiming** 90:23
**claims** 207:15
**clarified** 130:8
**clarify** 35:2,2
229:7 338:19
357:8
**class** 245:6,23
256:16,21 257:19
257:19
**classification**
245:7 279:4
**classified** 244:2
246:7,16 278:24
372:6,11,14,21
373:6
**classifies** 245:23
**clean** 274:7 308:13
**cleanup** 307:2
309:2,2
**clear** 12:8 20:9
86:15 186:10
191:11 275:1
276:22 293:19
296:13 301:14
351:4 358:21
398:20
**clearly** 45:13 86:9
265:6 374:18

**clem** 3:14 8:18
206:18
**cliche** 283:12
**client** 283:19
**clinical** 55:4 59:8
61:3,16 66:10
70:12 71:20,22
72:20,24 82:7
83:13 84:7,8
88:14 89:4 91:2,3
91:10,11 92:2,19
93:2,5,6,11 94:9
97:25 98:16 99:16
99:21 100:16,23
101:18 103:9,14
103:16,24 104:20
105:1,7,22 106:19
107:5,13,15,19
108:20 111:14
112:8 120:19
167:14 172:14
173:6,10 174:4,14
198:21 389:23
**clinically** 74:11
171:20 346:3
350:1,10,12
**clinician** 52:16
53:8 61:13 72:12
76:4 92:6
**clinicians** 91:6
**clonorchis** 324:15
**close** 268:7
**closely** 156:9
387:22
**closing** 340:10
**coan** 6:5
**coauthored** 115:5
**codirector** 64:2,13
**cohen** 2:14 8:13,14
8:23 9:6,15 17:1
18:21 19:25 20:8

20:24 30:19 31:6
32:12 33:8,11
34:23 36:7 38:10
52:22 56:5,17
57:2 67:7 76:21
100:5 101:4,10,14
125:4,8,14,22
126:15,20,23
127:2 128:2,16
135:2 140:17,21
141:1,4,10,18
146:1,3,7,11,16
165:3 174:22
182:22,25 203:6
206:9,16 218:24
221:12,16 229:18
235:8 244:11
257:4,6 258:3
262:4 263:22
270:8 271:21
277:3,15,20,24
278:14 284:2
294:2,9 303:10
307:11,18 313:5,8
315:6 331:18
332:20 341:14
353:19 356:14
359:11 371:5,21
371:24 373:1
379:10 380:1,14
388:8 389:2
390:10 392:25
393:20 395:2,25
396:8,23 401:5,15
401:20 403:6
**cohenl** 2:16
**cohort** 180:13
252:8,14,25
255:12 352:7
354:4,11 355:5,24
356:1,5,6,15,17

357:3,11,12,18
**coincidence** 135:8
**coincidental** 74:13
**coli** 347:21
**collaborate** 137:1
**collaborative**
256:6
**colleagues** 132:2
136:3 168:8,9
**collected** 70:21
134:19 207:24
**college** 126:7
151:4,13
**colon** 64:9 84:25
86:8 145:11
159:22 163:6
197:14 346:19,20
347:5 367:8,9
369:10 376:14
**colorectal** 162:24
185:1 290:12
306:21 347:18
348:12
**columbia** 18:14
31:24 32:4,6 34:5
35:7,8 59:6,15
64:10 74:6 136:6
137:14 143:22
144:4 152:11
153:8,16 154:3
155:3 159:25
160:8 216:15,22
217:7,14 237:22
**column** 240:24
242:14 258:25
314:22 389:12
**combined** 336:18
**come** 42:15 53:4
55:4 56:21 64:7
83:4 94:20 106:16
154:19 160:12

166:5 168:2,12
171:1 176:9
190:17 216:12
224:17 225:16
232:5 257:21
262:15 268:6
304:6 336:15
343:4 364:1 370:8
372:5
**comes** 64:3 312:25
353:25 369:3
**comfortable** 225:1
**coming** 128:20
222:8
**comment** 57:3
86:14 316:21
333:5 378:17
**commentary**
78:18 96:24
113:21
**commented**
314:19
**commenting**
333:12
**comments** 284:11
293:15 294:23
**commission**
407:25
**commissioner**
270:3
**commitment**
61:16 66:10
**committee** 8:16
9:18 64:3,14
**common** 85:4
159:22 170:14
196:16 221:25
291:5 296:12
307:1 349:10
360:21 367:10
370:11

**commonly** 306:25
308:9 344:25
370:9
**communicate** 72:4
**communicating**
79:2
**communication**
12:6 272:4
**communications**
78:7
**companies** 142:13
**company** 5:7
283:21 284:11
**comparable**
390:24
**compare** 34:21
226:23 391:19
**compared** 203:2
305:20 318:22
320:2 388:3
**comparison** 227:7
388:6 393:10
399:7
**compensation**
130:17
**complete** 187:23
**completely** 306:18
330:10
**completeness** 37:5
**complicated** 77:25
**composed** 361:25
**composite** 128:5
**compound** 46:20
180:11 255:16
256:21 261:5
264:4 296:21,24
**compounds**
204:11 206:25
218:22 231:6
238:18 247:4
252:10,14 255:15

361:1 362:2 404:9
**comprehensive**
154:9 155:21
272:1
**comprised** 361:25
**computer** 38:13
**concentration**
248:5,14
**concept** 325:24
327:12,13 378:7
**concepts** 122:18
**concern** 178:8
180:13 185:24
252:8,14 253:1
255:13
**concerned** 86:10
**concerns** 268:14
**concluded** 354:14
**concludes** 46:4,13
337:13 402:1
**conclusion** 76:19
116:20 212:5
289:13 311:23,25
312:25 313:4
317:1 318:10
**conclusions** 50:12
116:19
**concomitant**
242:17
**conditions** 133:7
149:23 161:5
360:23,24
**conduct** 88:24
**conducted** 273:2
**conference** 7:18
154:4 278:17
**confidence** 320:19
**confidential** 52:15
125:11
**confidentiality**
52:12

**confirm** 31:2
129:5 204:25
274:11 279:14
**confirmed** 24:8
279:1 282:13
**conflated** 81:20
**conflating** 320:22
**conformed** 32:3
**conforms** 32:6
**confounding**
336:14 354:3,5,15
**confused** 139:22
146:9
**confusing** 33:10
**conjunction**
253:18
**connection** 104:21
359:1
**consensus** 49:12
119:23 329:20
330:14 357:12
**consider** 41:20
138:11 225:13
262:22 325:1
332:17 340:8
382:24 383:17
**considerable**
256:13
**considered** 27:6
41:21 42:6,10
165:22 200:11
201:19 222:2
223:23 327:13
**consistent** 59:21
81:5 84:15 85:21
260:3 339:2
**consisting** 242:15
**consists** 65:17
**constant** 272:1
**constitute** 176:23
189:6

**constitutes** 189:7
**consult** 135:24
136:9 268:20
272:8
**consulted** 55:11
55:16 56:12 99:20
**consulting** 198:22
**consume** 361:24
**consumed** 335:5
388:14
**consumers** 286:1
320:2 338:24
339:1 388:2,4
**consumption**
226:8,9 312:1
**cont** 3:1 4:1 5:1
6:1 404:1 405:1
**contact** 168:13
**contacted** 54:3
**contained** 27:19
**containing** 287:11
291:21 360:18
361:1,20
**contains** 267:13
275:15 394:16
**contaminant**
21:22 50:15 51:9
54:15
**contaminants**
271:15 388:5
**contaminated**
21:23 46:18
178:14 274:23
275:24 304:22
305:9,18,21 311:3
312:2 313:14
314:3 315:2
332:13,24 339:3
365:4 373:19
384:7 385:11
393:12 399:9

**contamination**
106:6 320:4 335:2
342:4 382:3
**content** 34:18
**contentious**
329:22
**context** 71:16
97:25 167:14
188:23 199:21,22
221:7,20 251:21
263:1 284:21
297:13 334:1
347:8 358:12
369:4
**contexts** 122:8
**continuation**
29:23
**continue** 268:24
270:14,15 324:10
363:23
**continued** 76:11
**continuing** 36:5
72:22 270:24
**continuity** 74:24
**contrary** 76:14
92:4 179:22 299:3
**contribute** 176:16
187:15
**contributed** 177:2
179:20 180:24
200:18 296:24
297:6 298:25
**contribution**
233:5
**control** 304:16
315:10
**controlled** 47:21
**controls** 304:25
**controversial**
177:18 180:6,8
181:10,15,18

182:1 222:21
**controversy**
182:18
**conversation**
24:16
**conversations** 7:7
**conversion** 222:9
**convert** 231:9
**converted** 223:24
**convey** 79:3
**conveying** 77:22
78:19 79:11
**convincing** 177:3
179:22 299:2
349:8
**copy** 37:1 67:8
96:17 206:16
277:16
**core** 175:16 298:5
**corey** 6:15 7:19
**corporate** 5:11
43:12,16
**corporation** 4:7
5:7
**correct** 10:8 13:15
13:22 14:7,19,20
14:23,24 15:3,25
16:3,4,7,13 17:18
17:22,23 18:20
19:9,14 22:3,10,22
23:4,15,19,20,23
23:25 24:3,4,10,13
25:11 26:19 27:10
29:4,5,15,21 30:11
30:17 33:20 34:11
34:12 35:23 37:22
38:18,20,21 39:7
41:13,23 42:22
43:25 44:10,16
45:17,22 49:25
50:6,24 51:1,4,5

51:10,15,20 52:3
53:10 54:18 57:9
57:21 59:1,3,16,19
59:23 60:16,17,22
60:23 61:17,21,22
61:24,25 62:2,16
63:9,24 64:20
65:14,20 66:23
67:25 68:2,13
69:5,17,20,23 70:1
70:12 71:10,15
72:2,6 73:1,4,10
73:14,15 75:24
76:6 77:23 78:10
78:13,20 79:12
80:11 81:6,16
82:11,19,23 83:17
84:7,16 86:19
87:5 88:6 89:2,21
91:7 92:21 93:17
93:24 94:9 95:4
95:12,20 98:1
99:16 100:17,20
102:17 104:5
105:7,12 106:21
106:24 107:16,22
109:10,16,17,19
116:8,12 117:7
118:25 122:4,14
123:17,23 124:5
129:20 130:9
133:2,9,17 136:12
136:18 137:9,16
142:8,11 146:21
146:23 147:5
149:18 152:17
157:19 158:13,24
159:5,11 162:23
163:19,20,22,23
165:9,19 166:7,8
166:10,19 167:20

170:19 171:21
172:5,14 173:6
175:7 176:3
179:24 180:2
183:8,19 188:1
189:25 191:16
196:21 199:5
200:6 206:1 207:1
208:19,20,24
209:13 213:10
215:4,8 219:21,24
224:7,14 226:20
228:21 229:4
230:7 234:3
239:12,13 243:6
245:3 248:3,24
252:16 255:20,25
257:16 259:23
261:1 262:12,23
266:16 267:23
268:2 269:6,7,11
269:18 271:6
272:10,11,15
276:9,16,24
281:14 283:23
286:4 288:20
292:17,18 296:3
303:25 305:9
306:8 314:12
315:24 316:15
328:14 331:13
334:5,11 335:19
337:2 338:18
339:16 340:22
343:14 347:4
352:11,22 353:16
353:22 359:8
360:12 361:4
386:5,6 392:7
397:2,5,6,10
398:12 400:13

**corrected** 400:9
**correction** 226:5
**correctly** 9:11
    142:18 208:9
    222:6
**correlate** 226:22
**correlation** 91:11
    92:3
**corrigendum**
    401:3
**council** 404:12
**counsel** 2:8 3:8,16
    4:7,14,22 5:7,15
    5:22 6:7 8:5 12:16
    19:21 76:10,20
    102:24 124:19
    128:3 129:3 139:9
    140:19 141:8
    146:8 164:23
    213:4 225:4 235:5
    255:9 292:21
    293:21 294:1
    364:5,10,14
    372:23 385:5
    386:10 387:19
    389:25 390:12
    391:14 394:10
    395:7 396:14
**counsel's** 217:24
    392:21 393:14
**counselor** 140:23
**count** 76:24
**countermand**
    376:1
**country** 407:3
**couple** 10:7 27:16
    32:2 60:10 78:2
    109:7 157:5
    192:10 215:21
    240:14 274:5
    293:15 294:23

305:4 338:9
    351:15 398:2
**course** 28:6 43:12
    95:1 118:14
    166:25 167:8
    231:13 240:17
    243:21 311:6
    329:19
**courses** 236:17
**court** 1:1 7:14,22
    13:10 35:25 36:4
    67:16 77:7 131:10
**courtroom** 38:17
    38:24
**cover** 42:12 95:17
    97:6 171:7 303:25
    305:4 359:13
    364:20
**covered** 15:19
    171:15 234:20
    237:10 296:14
**covers** 114:19
    203:18,19 214:24
    237:12
**covid** 62:12
**cranks** 369:11
**created** 219:20
    226:12
**creation** 219:25
**credentials** 24:3
**crime** 62:20
**criteria** 48:3,4
    98:7
**criticized** 307:25
    308:3
**crucial** 179:17
    213:13 298:23
**cuff** 216:7
**culbertson** 6:3
**curious** 246:25
    293:8

**current** 31:7,16
  127:7
**currently** 314:5
**curriculum** 30:20
  31:3,10,15,16,18
  32:14 33:3,16
  64:17 145:14
  216:17
**curve** 228:7
  291:14 373:22,22
  386:12,16,23
  387:8
**cutout** 93:2
**cutting** 155:23
**cv** 31:23 32:3
  33:25 35:10 36:24
  63:23 146:12
  150:16 237:17,23
  403:15
**cvs** 4:7,14 33:7
  34:18
**cytology** 170:7,10
**cytopathologist**
  61:24 170:13
**cytopathology**
  170:8

**d**

**d** 5:5 9:1 403:1
**daily** 66:6 121:1
  231:4 236:25
  261:21 263:4
  264:4,15,25
  265:12 267:15
  275:16 287:11
  394:18
**damage** 327:1,6
  344:25
**damaged** 387:12
**damn** 145:4
**dangerous** 229:9

**danish** 300:8,15
**data** 34:4 89:5
  93:5,6,11 107:14
  107:15 112:9
  116:12,15 120:13
  184:15 202:1
  243:5 257:1
  258:13 259:2,13
  259:15 288:9,11
  289:4,8 301:21
  302:17 323:7
  328:23,25 329:11
  342:2 343:10
  367:17 369:17
  370:15 376:21,22
  377:2 383:24
  390:22
**database** 363:1
**date** 19:1,17 20:18
  20:22 21:3,14
  26:15 27:23 30:24
  32:21 59:12 67:12
  124:9 128:1 129:4
  129:8,10 133:15
  206:15 219:3
  229:22 239:16
  245:1 255:6
  258:20 263:16
  266:22 269:24
  278:3 280:3,18
  285:2 303:3,6,9
  336:22 351:22,25
  368:7 381:1,4,7,10
  391:8 406:7 407:6
**dated** 283:10
  403:14
**dates** 129:20
**daubert** 96:12
  97:3 98:7 125:7
**davis** 2:13

**day** 9:12 20:19
  35:22 38:23 39:4
  84:9 130:13,14
  134:11 159:12
  186:5 193:13,15
  193:21 227:19,25
  228:2 230:19,20
  231:8,10,11 232:9
  232:16 248:3,9,16
  250:7,16 265:1
  267:15 275:17
  335:6 336:20
  346:23,24 392:17
  392:17,19 394:18
  399:3,5,7 402:9
  407:23
**days** 24:19 27:16
  77:9 157:6 274:5
  274:9,17 350:13
  350:15 374:21
  395:16 398:2
**dead** 395:21
**deadly** 312:17
**deal** 68:9 115:5
  120:11 149:11,14
  150:12 151:3,10
  151:19 161:8,17
  204:1 311:2
  357:19
**dealing** 111:9
  298:4 299:8,10
**deals** 46:3 110:25
  358:8
**dealt** 83:14 122:7
  185:15 298:12
  353:6,11 354:10
**decades** 291:6
  349:11 350:10,15
  350:16
**december** 34:10
  135:21 385:23

**decent** 201:2
**decided** 34:2
**decides** 64:14
**decision** 76:17
  78:24
**deducts** 84:25
  145:12
**deep** 158:16,18
  238:7
**deeply** 86:14
  219:16
**defects** 347:23
**defend** 65:1
**defending** 16:16
  16:21
**defends** 16:19
**defense** 8:15 9:18
  11:6 24:5,7 25:9
  26:17 41:10 56:13
  67:25 68:1 76:20
  233:24 292:14
  293:23,25 294:7
  359:19
**defer** 269:13
**deficiency** 309:1
**deficient** 307:2
  308:12
**define** 173:10
  252:8 255:14
**defined** 180:12
  245:6 351:16
**definitely** 73:13
  120:9 127:14
  133:10 139:2
  154:17 171:13
  186:17 194:25
  334:15 338:13
  344:10 349:15
  367:5 377:12
  397:11 400:22

**definition** 177:13
178:21 192:15
256:21
**definitive** 99:6
**definitively** 45:7
47:18
**degree** 14:11
45:12 86:13
165:14 166:2,3
184:3 229:12
288:14 297:3
301:15 302:8
323:1 328:11
333:5 334:21
335:2 336:24
337:7,19,23
339:21 348:17
350:18
**degrees** 149:14
236:10,13
**dehydration**
132:20
**demonstrate**
367:25
**denotes** 279:1
**department**
152:12,17 153:10
153:12 161:21
**depend** 193:1
194:6
**dependent** 223:20
314:12,24
**depending** 177:16
193:10 336:8
388:13
**depends** 74:2
78:14 86:6 173:9
179:2,5 183:15
187:2 188:20,20
220:7

**deponent** 407:7
**deposed** 10:6,11
11:19
**deposing** 100:3
**deposition** 1:10
7:10,17 10:2,25
15:5 16:13,19,22
17:21,21 19:13
38:23 43:13 57:21
58:8 61:15 62:7
94:20 95:16 96:4
129:19,25 130:13
131:10 283:23
403:20,22 407:6
**depositions** 14:6
38:16 43:15
284:10
**depth** 47:8 68:8
**derive** 92:19 320:7
**derived** 53:16
**describe** 65:5 69:1
72:1 112:12 189:9
362:22
**described** 64:22
66:12 107:1,1
200:22 222:12
276:9 309:4
348:15
**describes** 238:6
**describing** 103:7
**description** 60:13
69:3 403:11
**descriptions**
168:18
**designated** 153:20
**designation** 279:7
**despite** 259:11
271:3
**detail** 55:1 209:5
220:14,19 221:5
256:13 322:10

341:22
**detailed** 161:20
220:15
**details** 51:11
55:19 69:15
284:19
**detectable** 264:20
**detected** 313:11
346:11 348:9
**detection** 285:22
**determination**
104:5 224:13
**determine** 370:22
377:15
**determined**
329:14
**develop** 290:20
335:18 337:25
344:3,9,17 346:1
349:23
**developed** 54:5
333:22 334:14
**developing** 296:22
365:1,24
**development**
57:15 191:23
319:4 389:21
**develops** 176:20
180:21 192:20
332:12,23 333:25
334:4,9
**deviations** 263:21
**devoted** 158:20
236:4
**diagnose** 80:19
84:12,13,18,23
92:5 159:13 163:5
187:4,7 189:18
195:13 196:17
197:13

**diagnoseable**
346:4
**diagnosed** 64:10
75:20 80:23 90:19
346:3 350:1
**diagnoses** 61:10
77:22 91:14
159:10
**diagnosing** 53:25
84:14 143:15
161:24
**diagnosis** 68:22
78:13,20,25 79:4
80:8 82:9 84:4
85:20 86:11,15
90:22 91:12 94:2
94:7,13,14,16
95:19 97:24
105:19 151:6
168:14,24 171:17
171:20 172:1,2,12
172:18,24 173:1
187:25 308:5
318:9
**diagnostic** 102:14
104:18 168:4
169:6
**diagnosticians**
144:8
**diagnostics** 139:3
140:3 143:13
145:1 153:15
**diarrhea** 105:3
132:17,20
**die** 395:17
**diet** 46:17 358:1
**dietary** 44:24 45:3
45:10,15 47:6
193:12 200:21
201:5,11 225:24
230:25 232:11

[dietary - documented]                                                                 Page 19

292:3,5 310:4,18
335:24 337:14,16
338:13,20,24,25
340:25 341:23
342:23 363:3
370:9,15,18
376:10,11,12,19
387:21
**difference** 46:21
60:3 111:25 340:3
**differences** 97:8
249:9,11
**different** 31:12,14
31:15 32:23 33:2
33:16 34:19 35:5
62:4 68:8,15 71:8
78:9 79:19 91:25
102:21 105:16
109:5 124:12
145:18 150:15
157:25 161:8
171:15 182:3
193:9 197:20
199:21 200:1
228:13 262:9
271:1 273:25
283:18 287:4
294:11 304:3,3,5
304:21 312:14
325:18 330:8
336:7 361:14,15
361:15 362:1,8
364:2 365:16
366:20,21,22
379:21 397:17
**differential** 94:6
94:13,14 95:19
97:24 168:14
171:17,20 172:2
172:12,18,23
173:1

**differentiated**
90:10 241:2
**differentiation**
86:13
**differently** 325:13
**difficult** 328:8
**digesting** 309:4
**digestion** 375:19
**direct** 52:10
227:11 398:17
**direction** 141:7
**directionally**
188:10 336:4
**directive** 218:12
**directly** 78:5
245:13
**directories** 131:18
**disagree** 39:22
40:21 44:13 65:7
78:21 102:2 165:4
266:5,12 267:25
268:2 272:13
273:5,11 274:9
275:19,23 276:13
276:14,23,25
286:4 287:23
288:6 341:20
**disagreed** 275:7
**disagreeing** 276:8
**disagreement**
376:7
**discern** 197:2,24
**disclose** 286:15,18
**disclosed** 55:17
**discontinuing**
270:20 273:20
**discovered** 384:4
**discuss** 110:19
256:4
**discussed** 69:10
171:12 178:6

186:5 215:25
293:5 298:6 369:5
**discusses** 76:5
**discussing** 78:8
**discussion** 72:10
121:17 129:17
130:3 190:18
204:14 230:13,14
259:9 291:14
299:21 327:16
363:10
**discussions** 134:20
293:11,21 294:1
**disease** 65:25 90:2
90:6 91:18,19,21
91:23 92:2 132:25
133:1 147:19
176:15 187:12
189:15 312:17
333:13
**diseases** 147:22
315:19,22
**disparate** 323:7
**disproven** 178:10
**distinct** 110:13
**distinguish** 207:8
**distinguishing**
48:6
**distributed** 383:3
383:22
**district** 1:1,1 7:14
7:14
**disturbing** 290:17
**division** 18:16,19
64:6,7 153:7,7
**dna** 63:8 180:15
180:24 255:17
307:2 308:13
327:1,5 344:24
370:3,5 387:12

**docket** 7:16
**doctor** 9:9 11:13
13:25 14:18 17:10
20:19 28:8 36:19
70:6,10 71:6 78:9
104:14 105:18
118:13 120:19
129:2 146:20
190:18 192:6
198:23 203:4
206:17 234:10
270:17,25 271:20
273:24 274:19
277:6 289:18
323:20 355:16
373:4 385:16
395:11
**doctor's** 380:22
**doctors** 79:6 153:4
190:19 268:20,23
269:4,9,16
**document** 18:25
19:23 20:5,6,14
21:2 30:12,23
32:5,20 59:11
67:11 122:2 124:8
126:18 127:25
206:14 219:2
229:17,21 239:15
239:25 244:25
247:17 255:5
258:19 263:15
264:11 266:19,21
269:23 278:2
280:17 281:14
285:1 303:2,5,8
351:21,24 365:16
380:25 381:3,6,9
391:6 404:11
**documented**
176:23 385:20

**documents** 43:12
43:16
**dogs** 247:25
**doing** 54:8 62:24
63:3 66:18 73:22
75:23 79:2 104:1
131:14 139:10
156:14 166:25
168:8 222:24
324:9 355:22
397:14
**donor** 360:21
**dosage** 40:7 41:2
382:20 383:1,13
383:18,19
**dosages** 309:4
**dose** 41:18 211:8
228:6 279:9
282:19 286:19
287:10,20 289:1
305:22 309:3
314:12,24
**doses** 39:15 40:14
40:22 41:5,6,11
47:23 181:6
232:14 248:2
249:11 250:6
**double** 47:20
**doubt** 94:15
**download** 167:2
**dr** 7:11 23:22 24:9
25:19,22,25 26:10
26:18 39:11 71:24
156:3,4,4 168:23
237:17 277:7
292:13 381:16
383:15 402:2,5
403:12,15,17,20
403:22 404:20
406:6 407:7,21

**drake** 156:4
**dramatically**
312:14
**draw** 121:23 137:4
**drawn** 50:11
**drew** 289:13
**drill** 46:1
**drilling** 184:16
**drinking** 87:23
231:23
**drive** 3:3 121:23
**driven** 295:16
**driver** 185:4
**drivers** 180:17
**drives** 185:6
**driving** 116:25
**dropbox** 401:12
**dropping** 395:21
**drug** 90:15,20,22
90:24 132:24
138:4 180:19
264:24 267:13
275:15 318:6
321:2 331:23
342:3 394:16
**drugs** 4:22 202:2
271:9,15
**duane** 5:10 381:18
**duanemorris.com**
5:14
**due** 90:7 231:22
301:9 387:1
**duly** 9:2 406:7
**duration** 41:6
**durations** 41:7
**dust** 352:6
**dzikowski** 3:5
**dzikowskik** 3:5

**e**

**e** 2:1,1 3:1,1 4:1,1
5:1,1 6:1,1 9:1,1
38:12 72:11 403:1
403:3,9 406:1
**e.g.** 105:2 221:22
378:21
**earlier** 11:8 31:12
172:11 174:1
195:10 198:22
203:16 219:20
233:24 239:20
243:20 267:21
281:3 298:6 345:8
345:9,11 350:25
351:3 386:9
389:25 390:12
**early** 46:17 369:17
374:23 389:22
**earth** 117:3
**easily** 249:12
250:20
**east** 4:3
**eastern** 7:3 17:9
23:8,12 36:14,18
128:11,15 192:1,5
254:15,19 323:15
323:19 380:12
381:15 402:1
**eating** 223:21,25
**ecological** 201:19
**edge** 155:23
**educated** 236:24
**education** 53:15
146:20 147:1
235:20,24
**effect** 118:4,25
232:14 248:10
290:1,1 301:22
314:12,24 361:20
387:25

**effects** 241:2 314:2
378:19
**effort** 359:20
**eight** 25:13
**eisenhower** 2:3
**either** 27:8 35:15
64:17 70:20 86:25
87:2 111:21
137:12 139:19
180:8 190:17
237:21 378:10
382:22
**electronic** 77:10
247:11
**electronically**
129:12
**em** 218:9
**ema** 49:13 229:17
250:12,23 286:16
287:17 289:5
**embark** 210:11
**embarrassing**
241:7
**embedded** 90:13
**emphysematous**
196:13
**employed** 406:12
**employees** 283:18
**encompass** 144:10
237:5
**encompassed**
148:14
**encompasses** 23:1
27:24
**encountered**
121:21
**endeavor** 153:1
175:20
**endogenous** 88:6
88:10 219:24,25
222:9,23 223:9,15

224:2 225:13,18
225:25 226:6
227:4,8,15 228:1,4
229:8 230:17
231:18 232:2
233:3,11 345:1
**endogenously**
223:18 224:7
226:25 227:16
228:13 231:5
361:6
**ends** 316:24 354:2
**enoc** 230:20,24
**enrichment**
110:24
**entails** 66:16
**enter** 83:10 329:6
377:23
**entered** 326:9
**entertain** 84:10
**entire** 40:24
247:16 298:3
**entirely** 11:16
46:4 68:9 73:14
96:14 158:20
168:4 172:8
286:12 351:4
355:2 378:9
**entities** 8:15,20
9:17
**entitled** 76:25
404:7,11
**environment**
189:5 223:25
377:11
**environmental**
187:13 191:14
197:1,7 344:8
364:24 369:21
**environments**
222:11

**enzymes** 308:24
**epidemiologic**
46:16 97:6 120:11
122:18 279:13
344:20
**epidemiologist**
25:23 122:13,22
122:24 126:2
182:11
**epidemiologists**
122:19
**epidemiology**
114:2,5 122:16,16
124:17 157:17
321:23
**epigenetic** 197:13
197:16
**epigenetics** 187:14
189:5 191:14
**epstein** 324:14
**equal** 99:1 399:12
**equally** 327:11
**equate** 211:15
**equated** 208:5
210:1 211:22
**equivalent** 207:24
208:23 209:15
213:16 214:3,6,12
214:17 215:16
219:10
**era** 77:10
**errata** 407:1
**error** 39:3 183:19
183:20 214:15
216:7 318:10
**errors** 215:18
216:11 397:17
**esophageal** 75:11
178:9
**esophagus** 84:24
145:10 178:7

201:22
**especially** 74:21
87:13 335:12
**esq** 2:5,6,13,14,15
3:5,14 4:4,12,19
5:5,13,20 6:5,16
**essentially** 80:18
106:10
**establish** 214:16
222:22 308:15
**established** 45:7
291:18 365:3
376:22
**establishes** 44:8
45:21 47:4 48:16
49:8 291:19
**estimate** 133:19
159:18 162:8
266:10,14 270:23
273:22 286:2
287:15,25 288:16
339:6 353:2
**estimated** 231:19
231:21 285:17
392:16 399:3
**estimates** 233:13
251:2 287:9
**et** 7:12 90:11
140:6 223:8 226:9
391:20
**ethically** 261:6
342:8
**etiologies** 81:24
87:4 121:3
**etiology** 80:17
82:4,10,13,13,14
83:20 84:6 87:10
88:6,22 89:9,15,20
89:25 90:13,16
108:12 113:2
186:3,11,14,21

187:4 195:12
196:1,18 198:16
**eu** 219:9,9
**european** 219:4
**europeans** 404:3
**evaluated** 47:17
314:5
**evaluating** 93:10
174:11
**evaluation** 57:16
65:17
**evaluations** 65:19
**event** 142:15
203:2 241:17
317:10 318:15,21
320:1,15
**events** 202:20
271:13 300:10
318:3 319:10
320:11
**eventually** 181:3
**everybody** 8:25
128:19 189:11
249:22
**everyone's** 125:18
**evidence** 45:9,9
48:8 99:6 107:12
177:4 179:22
200:16 201:15,17
240:25 242:14
243:4 245:9,10
246:3,5,8,10,11,17
295:17 299:2
305:22 337:13
357:5 366:20
367:1,15,23
**evidentiary** 227:6
302:1 337:9
**exact** 30:6 200:24
231:14 286:7
332:8 335:8,8,11

[exact - experts]                                                      Page 22

346:25 350:5
**exactly** 32:4 47:22
  78:22 81:1,2
  83:12 91:19,23
  174:8 180:15
  238:6 251:21
  293:17 302:15
  329:4 333:3 398:6
  400:17
**examination** 9:5
  381:11 385:14
  393:13 396:7
  399:10 403:5,5
**examined** 9:4
  188:4 313:16
**examiner** 68:16
**example** 25:19
  70:9 74:5 87:11
  87:13 88:21 89:19
  91:17 108:2
  116:22 167:2
  170:7 171:16
  178:5 179:14
  184:25 191:2
  197:15 202:3
  252:24 297:16
  326:3 327:19
  328:4 335:16
  351:12 369:9
  378:12 379:4
**examples** 108:6
  184:9
**exception** 28:16
**exceptionally**
  246:15
**excited** 125:10
**exclude** 96:16
  127:18 327:17
  328:9
**excluded** 292:4

**excluding** 308:1,4
**exclusive** 150:11
**exclusively** 151:10
  185:17
**executive** 8:16
  9:18
**exhibit** 18:23,25
  20:11,25 21:2,9
  26:25 27:5,24
  30:23 31:5,6
  32:17,20 37:3
  38:4,8,10 59:11,13
  60:12 67:9,11,14
  94:19,24 100:5
  117:11 123:2
  124:8,10 127:23
  127:25 128:5,7,24
  130:16 145:22
  146:12 206:14
  219:2 229:15,21
  239:15,18 244:23
  244:25 255:3,5
  258:17,19 263:15
  263:18 266:21
  269:23 270:7
  273:10 277:25
  278:2 280:17,19
  285:1,4 303:2,5,8
  351:21,24 380:25
  381:3,6,9 389:7
  391:4,7 394:7
  396:12 403:11,12
  403:14,15,17,19
  403:20,22,24
  404:2,3,5,7,10,11
  404:16,17,18,19
  404:20,21,23,24
  405:2,3,4,5,6,7,10
  405:12,15
**exhibits** 20:10

**exist** 329:11
**existence** 23:17
  313:21
**existing** 389:22
**exists** 337:13
  359:14
**exogenous** 88:10
  222:1,13 226:2
  228:14 229:9
  230:17 231:21
  233:6 324:17
  334:10,14 345:3
**exogenously** 361:6
**expanded** 259:14
**expect** 57:12 79:6
  79:22 115:13
  154:25 271:14
  388:11
**expected** 267:16
  275:17 394:19
**expects** 285:25
**expeditiously**
  274:22
**experience** 13:6
  28:14 29:2 42:20
  53:15,24 127:7
  158:24 173:6
  331:3,7 334:19
  374:9
**experienced**
  331:13
**experiment** 181:5
**experimental**
  46:11 119:18
  201:23 245:11
  246:6,11 258:13
  279:8 389:18
**experiments**
  249:19 250:21
**expert** 15:22 16:6
  16:10,22,25 17:17

18:2 19:8 23:14
  25:9 26:16,23
  27:9 39:11 41:9
  53:1 54:1 55:8
  57:14 67:24 68:1
  81:23 91:18 95:10
  98:1 105:12,15,17
  107:22 108:24
  114:5 123:11,15
  124:3 126:9 127:6
  127:11,15 131:16
  137:12,23 138:3
  138:22,24 139:3
  140:1,2 142:2,10
  143:3,8,12,21,23
  144:6 145:4 158:4
  158:6 163:25
  164:3 165:8,18
  171:15 173:21
  174:17,25 182:8
  208:19,22 215:3
  219:13 229:3
  233:24 234:7
  237:21 239:11
  283:10 316:20
  343:14 359:18
  403:12,17 404:20
**expert's** 150:16
  316:4
**expertise** 60:15
  138:13 139:19
  140:14 141:23
  144:9,14 169:22
  170:18 172:4,14
  173:22 234:3
**experts** 23:18 24:6
  24:7 150:2,3
  182:4,6 269:10
  292:14 293:20,25
  294:7 302:5
  312:20 343:13

expires 407:25
explain 112:1
  353:18
explained 320:8
  340:23
explanation 92:17
  318:25
explicitly 95:25
  96:2 226:8
exposed 39:17,19
  40:8,10 267:11
  275:12 279:15
  280:1 296:20
  332:13,24 344:8
  352:14 368:8
  370:2,13 377:5,11
  377:13 394:14
exposes 85:3
exposure 39:15
  40:6 41:2,19
  44:25 45:3 83:7
  176:22,24 177:1
  177:13,16 178:14
  178:22 179:3,5,8
  179:19 180:19
  192:15,21 193:18
  193:25 201:17
  222:13 228:14
  230:18,24 231:5
  231:22 242:17
  250:16 251:7
  261:22 263:4
  264:4,7,25 265:12
  266:1 279:12,24
  297:5 298:24
  305:16,20 315:1
  348:18 352:5
  357:25 368:3
  386:19 389:19,20
  392:18 399:5,13

exposures 187:13
  191:14 197:1,7
  230:17 231:19
  291:5 349:11
  353:2
express 5:7,7
  145:3 165:25
  171:2 339:19
  348:23
expressed 171:14
extensive 234:13
  260:23
extensively 238:20
extent 46:2 50:21
  52:11 53:6,21
  115:14 168:20
  194:3 261:7
external 345:2
extra 234:16
  235:20 237:13
  274:9
extrapolate
  248:12 249:4
  250:20 343:2
extrapolated
  212:16 248:6
  249:12 286:19
extrapolation
  250:10
extreme 348:22
extremely 41:16
  300:19

**f**

f 406:1
face 308:25
fact 14:13 45:2
  46:5 55:6 70:7
  94:5 116:16 133:4
  138:18 144:7
  177:23 193:13
  212:16,19 305:1

306:16 326:22,23
  366:2 367:2 395:8
factor 224:9
  352:11,21 354:5
  354:15
factors 42:9 93:24
  109:1 188:25
  189:16 191:12,16
  223:21 304:6
  306:16 315:10
  336:14,15 345:3
  345:14,14,17,22
  357:24 358:3
  368:21,23 369:2
  369:21
facts 127:17
faculty 18:13
  139:13
failings 312:22
fails 183:25
fair 27:3,20 35:17
  57:16 80:3 127:17
  141:17,19 143:6
  143:12 229:13
  280:11 294:9
  330:19 364:11
  397:18
fairly 127:12,12
  287:16 376:22
  379:17
falkenberg 5:18
falkenbergives.c...
  5:21
fall 164:7,19
false 40:25 291:24
  292:1
familial 369:8
familiar 46:24
  74:23 94:25 97:23
  98:6 122:25
  123:10 126:8,19

219:16 255:21,23
  266:25 282:25
  355:8 391:17
familiarize 171:12
  259:18
far 28:3,14 45:5
  47:14 54:24 94:2
  121:6 126:6 140:1
  156:5 170:17
  194:7 208:7,14
  210:3 211:24
  214:7 233:4
  270:21 273:21
  294:18 312:18
  316:23 322:20
  329:24 335:3
  358:23 375:23
fashion 13:1
  170:13
fast 12:2 262:5
  347:12
fda 48:10 49:13
  119:24 176:9
  193:14 194:8,19
  202:6 207:24
  208:19,23 214:3
  219:9 250:12,23
  261:10,14,21,25
  262:11,14,19,22
  262:25 263:7,13
  263:20 264:24
  265:9 266:18,24
  267:1,4,20,21,22
  268:6 270:1,3
  271:6,18,25 272:9
  272:14 273:5,11
  273:18 275:5,7
  280:20 281:8
  285:16,25 286:15
  287:8,23 288:3
  289:5,14 300:11

300:13 317:10
394:2 395:1,12
404:17,18,19,21
404:23
**fda's** 193:16,20
227:18 264:18
266:9 393:25
395:24 396:4
**features** 40:15
110:13 112:9
191:1
**february** 130:1
263:13,24 280:19
404:21
**fed** 47:23 247:23
248:1
**feel** 75:2,15 204:21
205:2 331:22
334:3,8
**feeling** 375:24
**fellow** 66:17
**fellowship** 147:14
237:1,5,7
**fertel** 4:12
**field** 13:14,21
138:12 295:3
**figure** 149:2
248:13 250:14
**figured** 197:8
**file** 76:17
**filed** 7:13 96:13,15
125:5
**final** 273:2 348:8
**finally** 201:25
250:23 393:24
**financially** 8:3
**find** 48:22 65:4
196:13 210:10
213:16 214:4
221:11 262:25
286:7 329:23

330:11 332:8
333:9 349:5,6
353:18 359:20
360:9 378:18
394:6 400:17
401:17
**finding** 65:18
85:21 87:2 169:4
259:4 263:2 356:5
357:16 364:10
**findings** 78:19
79:10 81:14,15,16
84:15 86:19 92:10
111:14 311:25
358:4
**fine** 67:7 84:17
125:17 133:19
162:8 178:3 316:8
318:7 319:2
**finish** 103:3 139:7
139:11 144:21
291:15 372:4
379:9 380:4
**finished** 74:18,19
140:7 380:7
382:20 383:1,13
383:18,19
**firm** 7:20,23 16:2
42:16,22 43:17
57:19 58:23
168:13 381:18
**first** 9:2 30:8 49:5
50:22 55:20 61:13
72:20 112:5 113:7
120:3 122:3
129:10 131:25
156:19 203:14
204:9 206:22
207:19 208:18
211:3 221:17
222:22 224:22

230:15 233:2
241:23 244:17
249:7 253:13,18
258:9 261:17
282:10 300:1,17
302:16 303:15
307:9 318:13
319:7 346:23
347:20 356:8
374:21 385:19
396:20
**fish** 250:4
**fits** 105:16
**five** 24:19 160:8,9
160:13
**fix** 78:16
**flagged** 245:17
**flip** 56:16,23
**flippantly** 288:6
**floor** 1:13 2:3 3:12
6:3 296:10
**florham** 3:3
**florida** 5:11
**fluke** 324:15
**focus** 133:6 145:19
**focused** 146:23
147:15 220:17
260:24 400:11
**follow** 73:21 109:8
300:25 314:6
324:24 351:12
396:9
**followed** 352:10
**following** 91:6
142:15 281:9
365:1,24 368:2
375:18
**follows** 9:4 70:6
76:4
**food** 221:25
230:19 231:23

264:23 361:24
392:15 399:2
**foods** 204:12
361:19,21
**footnote** 229:24
**forced** 274:15
**foregoing** 406:6,8
**foreign** 149:5
**foremost** 72:20
**forensic** 62:1,5,16
62:19
**forget** 10:2 15:12
332:9
**forgot** 212:14
**form** 11:14 14:9
33:22 36:3 76:8
134:14 165:24
277:11 278:8
344:13 361:1
382:20 383:1,19
389:3 393:1,21
395:3 396:1
**formal** 94:13
**formally** 360:17
**format** 31:25 32:4
32:6,23 33:2,25
34:5 35:8
**formation** 225:19
227:5 232:2
233:12 250:6
366:5
**former** 270:2
**forming** 121:4
**forms** 383:13
**formulate** 30:17
**forth** 21:20
**forward** 20:4
192:12
**found** 43:7,10
116:23 121:10,11
204:11 206:25

207:6 208:1
212:23 213:24
215:14 218:6
230:22 251:22
286:21 312:4,11
312:15 313:15
314:10,25 322:3
322:15,18 359:16
362:15 364:9
**foundation**  115:2
120:8 163:12
175:18 204:18,21
205:13 208:11
215:23 224:25
281:16 311:14
388:9 395:3 396:1
**foundational**
98:24
**four**  11:8,10 267:3
287:12
**fourth**  267:8 275:9
318:13 320:9
380:20 394:11
405:12
**frame**  11:7 39:18
40:9 41:12 312:12
336:12 363:9,9
384:25
**framed**  22:9 111:4
156:25 175:25
**frames**  40:14
**framing**  118:16
**free**  208:7 271:15
**freeman**  2:3
**frequent**  74:21
**frequently**  84:23
151:18 236:23
378:21
**friday**  7:4 336:22
391:11

**front**  36:23 38:14
145:21 307:17,19
313:18 381:24
386:15,22
**fruit**  361:21
**fruits**  361:9,14,22
361:23
**full**  18:10 62:7
221:16 256:12
258:9 261:18
**fully**  62:22 98:8
232:12
**fumes**  352:6
**functional**  157:21
158:1,8
**funny**  290:22
**further**  119:7
226:11 243:15
307:12 334:16
385:13 396:7
403:5 406:11
**furthermore**
74:25 227:10
**fusions**  110:24
**future**  334:18
336:25

**g**

**g**  9:1
**gallagher**  5:13
381:12,17 385:7
385:12 403:6
**gastric**  222:10
370:8,11,16
**gastroenterologist**
70:8,20 75:11
79:18
**gastroenterologi...**
79:8
**gastrointestinal**
59:19 148:1
184:24 378:22

379:5
**gathered**  43:21
44:7
**gc**  230:18,23
**gcoan**  6:6
**geared**  281:23
**gears**  323:21
**geddis**  2:6 8:23
30:8 37:4 282:11
392:9 396:14,19
398:2,7 401:11,18
**gender**  315:17
**gene**  347:20 348:5
348:9
**general**  11:2 14:15
41:17,22 51:13
69:13 85:2 107:2
107:3,19 108:17
109:24 110:5,16
111:3,25 112:23
113:20 114:23
115:8 116:2
117:14 119:10,16
127:3 139:23
161:19,22 177:21
192:18 222:12
255:22 298:19
323:23 332:3,4,6
332:15 333:19
345:23 348:25
349:5,9 359:12
386:25
**generalities**
339:20
**generalizable**
113:24 115:14
116:21
**generalization**
334:8
**generally**  67:1
105:1 113:22

129:22 166:14
269:19 392:18
399:5
**generics**  191:13
**genes**  349:25
**genesis**  81:3,15
83:6
**genetic**  197:11
347:23 348:14
364:24 367:21
368:21
**genetically**  369:1
**genetics**  187:13
189:4 197:1,10
**genome**  233:5
**genotoxic**  247:4
**geoffrey**  6:5
**georgia**  2:12
**german**  207:23
208:22 209:8
214:2 300:9,15
392:8 400:19
**german's**  207:24
214:3
**germane**  204:13
221:4
**getting**  78:4 81:20
93:8 97:14 103:10
123:3 133:21
139:21 140:20
164:6 167:4 213:2
214:4 219:13
232:15 239:10
248:8 284:19
326:5 331:11
340:19 378:16
384:1 385:5
**gi**  60:15 74:22
84:20,21 144:9,24
144:24 145:9
160:10,11 163:1,4

**giarro** 1:14 7:23
406:4,17
**gibb** 25:22
**gist** 11:3 202:12
**give** 17:11 30:6
55:18 57:15 59:13
67:8 86:12 87:11
100:1 110:7
124:11 125:23
128:25 165:9
166:23 172:1
176:2 184:20
206:16 211:19
220:22 249:16,18
249:20 250:22
261:6 263:17
277:15 284:10
290:19 316:6
328:16 335:7
338:8 339:5
340:21 342:8
365:20 366:17
375:6 379:4
**given** 24:24 25:3
78:24 104:24
119:8 131:12
138:4 175:25
185:8,15 190:14
193:4 233:15
292:12 333:19
350:24 370:7
398:1
**gives** 146:19
318:16
**giving** 67:15,19
78:12,15 92:9
111:8 171:17
175:4 255:2
283:20 284:13
377:2

237:8 376:13

**gland** 85:6
**glass** 61:9 106:7
**gluten** 91:25
**go** 11:21 12:19
15:13 17:1 18:5
18:22 19:16 26:22
34:2,3 47:1,7
48:11 55:6 68:7
71:4 75:5 79:10
100:24 102:8
106:8 107:11
109:3 119:25
121:7 123:1
127:23 136:23
144:12 146:5,13
151:24 152:3,7
160:24 161:6,18
161:22 163:4,15
167:12 168:6,22
173:13,17 176:19
181:16 187:3
191:6 192:11,12
193:11 200:24
202:8 220:3 230:8
235:10 239:7
242:10,11 243:1
243:16 244:16
247:1 251:24
261:9 262:1
263:12 266:18
271:19,20 275:4
290:23 295:4
305:3 316:11
317:5 320:21
323:6 326:6 328:7
334:16 338:15,22
340:25 353:13
362:13,16 371:25
372:1 375:24
380:8 386:7
388:15 395:14

401:12
**goal** 194:10
**god** 202:18 318:1
**goes** 27:2 37:11
68:17,19 69:2
80:18 175:16
246:14 256:24
260:4 314:1 378:6
387:13
**going** 7:2 11:21
17:10 18:6 20:3
32:12 33:19 35:18
37:2,21,25 48:11
52:9 54:11 62:20
64:25 76:8,15,21
76:23 79:20 99:14
101:4 109:4
119:25 124:16
126:15,18,22
128:10,18 130:24
130:25 138:16,17
140:10 145:5,23
167:18 168:7
175:11 199:4
201:3 202:8 204:4
206:3,9,11 207:21
210:9 217:12
220:10 239:17
242:4 243:16
251:3 260:16
262:4 263:17
274:21 275:19
287:3,17 288:12
289:14 290:22
293:19,24 295:4
298:2,3 299:24
317:23 321:24
322:10,12 323:20
324:23 335:12
336:7 340:14,16
344:22 346:17

353:19 371:20,20
371:23 373:19
380:2,4 386:7
387:13,15 388:15
391:3,9,12,13,14
**gomm** 290:1 292:1
292:10 295:8
300:4,9,15 302:25
303:12,12,22
309:16 310:6,12
310:22 311:5
312:21 314:8
322:23 351:11
376:18 389:6,9
404:24
**gonzalez** 30:9
**good** 7:1 8:13 12:6
63:15 82:2 118:19
143:14 200:23
201:12,12 220:19
240:6 302:18
348:6 371:18
381:16
**gordon** 3:11
**gotten** 131:22
142:24 318:8
**gottlieb** 270:2
**gov** 267:1
**governmental**
278:17
**graduate** 234:24
**great** 47:8 178:4
206:20 341:22
**greater** 233:4
364:25 365:23
378:20
**greatly** 227:13
232:3
**greenberg** 1:12
2:10 3:2 9:15

grilled 222:1
gross 61:4 66:2
  147:11
ground 165:1
grounded 172:13
grounding 14:14
  172:4
group 47:21,23
  136:5 152:21
  153:22 160:4
  162:25 215:14
  219:7,8,12 243:10
  256:6 272:2
  278:25 279:21
  304:14,16 306:5
  321:16 356:13
  360:18,22
groups 137:13
  142:3 143:2
  237:22
growth 308:17
gtlaw.com 2:15,16
  2:16 3:5
guess 61:14 72:14
  128:7 166:10
  169:7 182:2 211:5
  240:16 353:7
  391:3 400:24
guesses 166:15
  168:2 335:11
guidance 264:19
  281:13
guide 145:4
guidelines 119:22
  123:11 126:9
  151:6 280:20
  404:22
guinea 247:24
  250:4

**h**

h 9:1 403:9
hackers 167:6
hair 84:17
half 32:2 135:19
  286:23,24,25
  287:20
halfway 204:8
  247:20
hallway 9:14 36:9
hamilton 1:13
hamsters 247:24
  250:4
hand 30:25 37:21
  206:10 223:11
  239:17 240:24
  242:13 258:25
  314:22 389:12
  391:13,14
handed 392:2
handle 316:22
handled 284:12
handy 389:7
hang 240:9
happen 91:21
  137:2 183:15
  361:5,7,8
happened 117:6
happening 187:17
  221:7,19
happens 12:3 78:9
  183:17 337:10
  348:6 361:3
happy 25:7 55:25
  56:25 110:18
  112:1 263:11
  353:12
harassing 225:11
hard 28:3 36:1
  46:1 166:23
  181:23 224:1

293:4,16 325:13
  387:5
harkins 6:7
harm 331:6
  332:17 333:23
  336:25 339:13
  342:15 343:4
harmed 332:14,25
  333:2 334:10
  337:20,21
harmful 296:10
  361:17
harmonisation
  255:9 404:12
harms 334:18
hastens 389:23
hate 38:1
head 85:6 87:12
  87:14 108:8
  121:13 327:22
  353:11
header 246:2
heading 382:1
  389:13
health 4:14 78:2
  119:24 243:20,22
  268:13 389:14
healthcare 5:16
hear 36:1 112:4
heard 23:25 26:4
  68:6 209:6 219:15
  233:19 278:23
  279:3 295:19,20
  296:1 368:14
  375:15
heart 271:10
  274:14 395:18,21
heavily 147:14
held 1:11 7:17
  138:21 140:12
  141:21 237:20

helicobacter
  370:10
help 356:1
helpful 80:25
hematolymphoid
  379:6
hemopathology
  161:7
hepatic 312:3
hepatitis 90:3,4,8
  90:11 315:18,21
  324:17,18 326:2,2
hepatocellular
  90:7,9 110:12
  144:15 159:17
  169:9
herbert 154:4
  155:20
hereinafter 21:23
hernia 15:13
hetero 4:22,22
hi 135:10
hiccc 154:5
hidajat 279:25
  301:22,25 302:17
  351:6,18 352:4
  355:6 356:6,13,22
  356:25 357:18
  359:1 405:4
high 43:21 44:5
  69:13 187:2
  189:22 190:12
  223:9 252:9,10
  255:14 274:13
  279:9 296:23
  297:3 305:1 309:3
  338:24 339:1
  351:15 376:17
higher 173:19
  222:12 231:20
  251:7,18,21

|  | | | **i** |
|---|---|---|---|

286:25 287:20
315:1 320:1,14
388:2,3,12,12,13
**highest** 211:8
231:21 287:10
379:2 382:10
**highlight** 246:1
**highlighted**
315:14 397:16
**highlights** 311:24
**highly** 223:20
**hill** 4:17 48:7
95:18 96:2,25
97:4 172:1
**hill's** 48:4
**hillwallack.com**
4:20
**hinshaw** 6:3
**hinshawlaw.com**
6:6
**hired** 11:5 16:2
142:22
**histologic** 197:12
197:17 279:10
**histology** 92:1
**history** 61:3 71:20
74:10 83:8 88:15
93:13,20,23
198:23 335:3
**hit** 348:4,8
**hj** 6:7
**hold** 14:3 59:22
62:15 63:21 65:13
122:12,21 126:1
137:8 139:18
158:3
**holding** 5:7 278:7
**homeostatic**
379:24
**homework** 168:21

**hone** 94:24
**honest** 124:4
131:21 316:5
**honors** 238:10
**hope** 57:12 235:17
294:15
**hopefully** 17:11
378:15
**horrible** 312:17
**hospital** 11:4,13
68:9
**hospitalized**
132:19
**hour** 38:16,18
39:1,6 51:3 69:15
130:3,9,18 131:1,2
371:12
**hours** 76:19
133:20 135:12,19
282:12 371:1,8,9
**housed** 152:13
153:9
**hpv** 87:18,20,21
87:25 88:1,19
108:7 178:4,5,9
179:10 196:7
**hrudey** 223:8
232:4,5
**huahai** 5:15,16
**huge** 271:16
**human** 39:20
40:11 45:14,21
46:5,14 47:4
48:17 49:8 87:17
176:22 179:19
192:22 223:3
248:7 255:11
291:22 297:6
298:25 310:10
324:4,13,14
325:17 331:21

335:3 339:9 372:7
372:12,14,17
373:6,9 376:2
377:4,10 378:3
379:1 404:14
**humana** 5:22
**humans** 21:24
43:25 44:10,25
46:12 51:10,25
54:16,25 107:3
181:5 202:1 241:1
242:14 243:4
245:10 246:4,9,13
246:18 248:6,14
249:4,8,9 250:11
250:21 252:15
279:2,15 388:20
389:20
**humility** 42:2
**hundreds** 251:6
251:18 369:9
**hurt** 228:10
**husch** 5:2
**huschblackwell....**
5:6
**hygienists** 278:18
**hypersensitive**
271:9
**hypertension**
164:4 269:10
340:13
**hypertensive**
163:25
**hypotheses** 369:15
**hypothesis** 295:16
295:22 296:11,16
297:8,14,21 298:8
299:5 305:2
367:23
**hypothetical**
166:14

**i.e.** 315:24
**iarc** 46:10,13
48:10 49:13,22
119:24 167:3,4
176:9 180:13
239:1,5,25 241:9
241:10 243:21
244:6,8,13,15,22
245:6,13 247:3
253:20,24 254:3
307:3,7,21,23
310:5 363:8 375:8
404:10
**iarc's** 46:15 376:1
**iarcs** 249:2
**ich** 252:6,10 254:8
254:23 255:11,22
256:1 257:18
404:15
**idea** 11:9 260:5
339:8 343:16
358:12
**identification** 19:1
21:3 30:24 32:21
59:12 67:12 124:9
128:1 206:15
219:3 229:22
239:16 245:1
255:6 258:20
263:16 266:22
269:24 278:3
280:18 285:2
303:3,6,9 351:22
351:25 381:1,4,7
381:10 391:7
**identified** 159:4
258:10 383:7
**identify** 134:10
195:25 382:9
384:24

ignore  93:4
illinois  5:19
illness  132:21
illnesses  109:2
imagining  169:2
immediate  301:24
  351:7
immortalized
  183:5,13,23
impact  76:16
  118:15 224:13
  298:13 317:18
implausible
  155:15
implications
  389:15
implied  169:8
implies  351:8
importance  95:12
  124:3 200:12
important  35:13
  61:6 71:19 87:10
  87:19 93:6,15,22
  117:5 121:2 135:3
  148:16 165:17
  189:16,19 190:10
  200:5 202:7 249:1
  262:22 270:21
  273:20 353:1
  357:24 359:17
impossible  279:19
  346:9
impression  69:12
improper  166:9
  166:17
impurities  256:16
  267:9 268:11
  275:11 281:11
  394:8,12
impurity  21:22
  50:15 51:9 54:15

90:15 384:2
inaccurately
  204:18
inadequate  241:1
  242:15 243:5
  246:8
inadvertently
  388:14 393:22
inappropriate
  29:24 71:17
  108:10
incident  312:16
incident's  162:3
incidents  159:20
  202:4 308:8
include  45:1 82:10
  88:19,22 89:15,20
  89:25 90:5 94:14
  121:9,10 144:13
  148:3 168:7
  186:11 292:5
  303:21 393:2
included  28:16
  35:10 96:24
  119:20 121:14
  147:1,24,25 148:8
  153:25 154:1,2
  241:20 252:25
  342:1 365:16,18
  397:13 398:16
  399:16
includes  41:11
  145:10 255:12
including  84:19
  86:17 89:5,9
  196:16 207:12
  215:23 289:11
  290:11 310:7
  335:24 351:5
  352:15 375:15,19
  399:19

incorporate
  159:10
incorporated
  383:13
incorporating
  383:1,19
incorrect  19:17
  37:9
increase  41:3
  72:23 130:25
  267:10 272:24
  275:11 305:8
  310:11 313:13
  318:24 338:23
  340:22 392:18
  394:13 399:5
increased  72:21
  130:24 177:1
  250:5 267:17
  271:10 275:18
  279:14 290:11,12
  291:19 303:20
  304:11 306:8,21
  308:7 312:3,16
  318:15 320:12
  336:3 337:1,24
  339:6,15 341:23
  342:6 343:23
  351:13 352:16
  366:12 367:7
  368:2 369:16
  370:14,18 387:20
  388:6 394:20
independent
  260:17
index  296:23
  380:16 404:1
  405:1,6,9,11,14
indicate  196:14
indicated  390:22
  406:8

indicates  279:7
  319:3
indication  368:23
indications  46:18
individual  65:18
  82:3,5 172:21
  186:12 287:2,6
individuals  308:1
  344:7,11,15
  364:23 365:22
  368:1 377:13
  382:17
induced  80:10
  82:19,21,22 83:3
  90:20,22,24 248:1
induces  375:17
industrial  201:17
  278:18
industries  3:8
  353:9 357:25
industry  256:3
  357:13
infection  87:17,19
  370:10,12
infer  48:2
inference  222:25
  223:5 227:12
  366:2,10,14 393:9
inferred  313:22
  316:25
inferring  153:2
inflamed  68:23
inflammation
  75:13
inflammatory
  109:2 133:6
  144:11 149:23
  161:5
informal  35:10
information  18:8
  42:12,21 43:22

105:1 106:19,20
107:16 108:2
109:6,6 112:10
116:6 117:14,15
118:11 119:12
120:6,10,12
124:23 125:12
127:19 130:12
136:3 142:25
191:3 204:2
244:21 261:10
263:1 267:7 275:6
284:6 357:23
384:1 386:8 394:7
394:22
**informative** 241:4
**informed** 396:4,14
**informs** 29:3
174:14
**infrequent** 170:5,9
**ingested** 361:11
387:2
**ingesting** 369:10
382:19
**ingestion** 21:21
39:17 40:8 45:13
51:8,24 54:14
226:17 291:20
322:16 329:15
342:1 365:2,24
377:1 386:19
**inhalation** 375:20
**inhaling** 378:14
**inherent** 344:16
**initial** 156:24
380:15 405:6
**injures** 370:5
**injuries** 90:20
331:6
**injuring** 370:3

**injury** 15:14
366:11
**inserted** 285:12,15
**inside** 361:3
**insofar** 42:2
**instance** 83:5
151:5
**instances** 71:19
89:15,16,18
109:14,16 186:13
196:2,3,19,21,23
196:23 198:13,18
288:8 336:1 339:4
350:14 377:20,21
395:6
**institute** 153:21
154:6,10
**institution** 168:10
217:20
**insult** 177:5
379:18
**insults** 379:21
**intake** 194:12
221:7,20,21 222:1
222:3 227:18
263:8 264:3,15
265:14,19 267:15
275:16 281:8,9
392:15 394:18
399:2
**integral** 63:13
**integrate** 108:1
**intend** 359:13
**interact** 156:9
**interaction** 390:1
**interest** 149:23
391:10
**interested** 8:3
**interesting** 167:23
202:13 222:20
306:23

**interests** 125:19
133:9
**interface** 64:5
**interfacing** 79:25
**interference** 7:8
**interim** 194:8
264:17,20 265:4,7
265:11,18,18
281:4,13 282:5
**interjected** 274:25
**internal** 147:2
153:8 163:24
269:9
**international**
255:9 363:6
404:11
**interpret** 65:2
**interpretation**
222:15
**interpreted**
399:15,16
**interpreting** 63:18
112:5
**interrupt** 19:22
74:17 262:10
**interrupted**
102:24
**interval** 320:20
**intestine** 84:24
91:20 133:7
145:11
**introduction**
121:17 203:15
**introductory**
11:22
**invasive** 86:11,14
86:20 169:10
346:19 347:14,15
348:3,7,13
**investigated** 103:6

**investigating**
62:21
**investigators**
272:5
**invited** 34:3
**invoices** 50:23,25
127:22 128:7,21
129:4 156:22
403:24
**involve** 113:17
**involved** 50:22
56:4 95:11 111:9
132:4 136:17
151:7 156:20
163:10 164:6
219:13 239:10
243:11 244:21
301:17
**involvement** 58:22
**ionizing** 328:5
377:6
**irbesartan** 1:4
407:5
**irrespective**
232:10
**irving** 154:4
155:20
**issue** 20:18 23:1
41:11,12,13,22
50:14,17 51:18,19
51:24 52:17,20,22
53:2,6,10,17 55:3
55:12 75:14 79:15
83:15 95:25 106:5
115:6 122:8
160:12 165:6
173:14 175:16,24
199:7,8 200:19
272:6,9 301:18
311:12 329:22
339:11 351:1

353:7,25 401:3
**issued** 27:4 172:18
  251:7 397:9
**issues** 9:10 28:4
  81:19 106:5
  112:17 135:25
  155:6,9,12 156:15
  176:7 185:15,18
  185:20 188:14
  189:2 256:5
  272:14 331:11
  334:23 384:22
**issuing** 27:21
  79:24 173:11
**it'll** 258:4
**items** 12:16
**ives** 5:18,20

**j**

**j** 2:6
**jakszyn** 30:9
  199:14 229:19
  230:9 404:6
**jakszyns** 380:21
**jersey** 1:1 2:4 3:3
  4:18 7:15
**jfertel** 4:13
**jill** 4:12
**job** 88:4 89:21
  93:3,14 165:8
  166:5 168:5
**johnson** 25:25
**johnson's** 26:10
**jones** 108:10
**jones's** 108:13
**journal** 240:17
**journals** 217:18
  400:24
**judge** 77:2
**july** 19:17 20:19
  20:21,25 21:9
  27:22 38:5 133:16

199:3,4 397:10
  403:14
**jump** 182:17
  293:6
**jumped** 318:12
**jumping** 296:9
**jumps** 295:6
**jury** 67:19 69:3,11

**k**

**kapke** 4:4
**kara** 4:4
**kara.kapke** 4:5
**katz** 2:3
**kbi** 5:21
**keep** 17:12 43:6
  63:5 72:18 76:22
  106:1,17 141:7
  162:7 282:16
  316:13 324:21
  357:5 363:17,18
  371:19,22 395:9
**keeps** 140:17
**kenneth** 3:5
**key** 134:1,6
  175:24 176:6
  203:15 298:4
  349:25 363:2
**kicked** 130:4
**kicks** 107:21
  108:19
**kidney** 85:7 161:4
  162:2,3 375:22
**kilogram** 248:2,7
  250:7
**kinase** 110:24
**kind** 71:14 97:5
  130:4 137:3
  226:13 254:21
  271:5 284:5
  308:23 309:8,9
  311:24 317:19,22

377:14 397:17
**kindi** 202:2 272:21
  289:25 292:1,9
  295:8 300:4,11,14
  300:15 303:12,13
  303:22 305:2
  310:6,12,23 317:4
  405:3
**kirsten** 5:20
**knepper** 5:5
**knew** 22:6 54:22
  132:1 232:25
  400:18
**know** 10:10 11:8
  11:18,21,25 12:1,3
  12:15 16:8 23:1
  23:21 24:2,21
  25:18,25 31:10,23
  35:5,14 38:25
  39:12 42:2 46:2,8
  46:21 53:3,5 54:5
  57:18 71:4,8,14,19
  74:9,9,10,10 75:4
  75:4,8 78:22
  80:14 82:13 86:10
  87:19 88:1 93:11
  93:13,14 95:11
  97:3 98:11,20
  99:10 105:15
  106:6 108:2,4,25
  115:12 121:2,3,13
  121:16 122:1,23
  123:12,22,25
  128:20 129:10,16
  131:21 135:12
  137:6 139:14,16
  140:22 142:1,5,16
  142:21 143:1,14
  145:6 149:12
  153:23 154:2,14
  154:23,24 155:2

155:21 156:4,13
  157:16 160:1
  161:2 166:18,22
  167:2,5 168:5,15
  169:17 178:11
  180:14 181:4
  182:2 185:16,25
  186:19,20 187:3
  187:16 188:13,24
  188:24 189:17,18
  190:24 192:13
  195:13 196:12,17
  200:24 206:2
  214:8 215:13,17
  216:15 219:6,11
  221:13,14 223:2
  223:16 225:2,5,9
  225:23 226:22
  227:14 228:5
  231:16 232:12,14
  233:21 236:3
  238:5 242:2
  247:17 248:16,20
  249:4 251:8,14,20
  253:1,2,4,5,8
  254:3 274:8 278:4
  279:24 280:5
  281:17,21,22
  283:9,14,15
  286:11,13 287:1
  290:18 294:22
  296:8,9 297:15
  299:23 302:15
  303:22 304:20,20
  308:14,21 309:7,8
  311:6 312:10
  314:17 316:7
  318:4 321:3,4
  326:5 335:4,7,11
  336:21 338:20
  344:2,5 346:25

| | l | latency 272:23 | level 42:3 69:13 |
|---|---|---|---|
| 349:3 351:2 358:8 | **l** 9:1 | 290:18,23 291:1,3 | 173:18,19 178:13 |
| 359:3 364:7 366:2 | **lab** 64:12 68:20 | 300:19,23,23 | 186:16,17 187:7,8 |
| 367:15 377:9 | 400:19 | 301:1,6,8,17,23,24 | 189:22 190:12 |

l

**l** 9:1
**lab** 64:12 68:20
 400:19
**laboratories** 3:16
**laboratory** 44:16
 54:23 236:4 272:5
 285:10,19
**labs** 4:22
**lacerations** 65:19
**lack** 163:12
 175:18 204:18
 205:13 208:11
 224:25 281:16
 311:14
**lagana** 1:11 7:11
 18:11 71:24
 168:23 381:16
 383:15 402:2,5
 403:13,16,18,21
 403:23 405:6,7,10
 405:12 406:7
 407:7,21
**lake** 361:8
**lame** 108:3
**laminated** 13:1
**lancet** 239:6
 240:16
**landed** 48:9
**lap** 252:4
**large** 45:25 53:21
 150:13 151:3,20
 189:7 370:13
 395:5
**largely** 54:8 73:15
 119:18 180:25
 188:20 380:7
**lastly** 395:7
**late** 50:24 53:4
 374:23

349:3 351:2 358:8
359:3 364:7 366:2
367:15 377:9
380:3 384:6
396:22 399:22
401:16
**knowing** 46:19
 81:24 87:9 109:6
 186:14 279:20
 346:7 350:8
**knowledge** 14:12
 26:18 53:15 54:17
 63:16 82:1 127:8
 138:6 156:18
 157:22 158:1,8,8
 158:10,17,18
 175:18 189:21,24
 190:11,17 217:10
 235:18 238:8
 328:21 331:3
 339:10 365:8
 373:5,12 374:4,10
 375:25,25
**known** 43:24 44:9
 155:19 176:21
 180:11,12,20,23
 184:25 192:21
 194:12 204:11
 228:19 240:17
 256:17 257:11,15
 258:14 273:3
 321:22 329:20
 330:14 352:16
 366:7 372:7,21
 373:8 387:18
 389:17
**knows** 57:14
**kras** 348:1

**latency** 272:23
 290:18,23 291:1,3
 300:19,23,23
 301:1,6,8,17,23,24
 302:6,9,21,24
 347:3,7 351:2,5,7
 373:16,17,22
 374:7 386:11,18
**laugh** 111:19
 213:2,3,5
**law** 16:2 42:22
 43:17 58:23
 381:18
**lawsuit** 131:10
**lawyer** 293:24
**lead** 184:5,12
 255:17 387:15
**leading** 317:19
**leaning** 50:8
**learn** 235:1,11
 270:18 312:19
 329:9
**learned** 54:7
 122:16
**learning** 97:7
**leave** 138:19
 228:24 333:16
**left** 242:13 254:22
 282:5 370:21
**legal** 7:20,24 13:6
 55:8 59:9 72:16
 72:17 98:8 169:17
 169:20
**length** 41:18
**leslie** 10:22 13:9
 15:17
**letter** 20:25 21:8,9
 37:2,22 38:5
 403:14
**leukemia** 161:11

**level** 42:3 69:13
 173:18,19 178:13
 186:16,17 187:7,8
 189:22 190:12
 214:16 223:14
 226:23 394:23
**levels** 176:23
 223:9 227:18
 231:21 251:6,10
 267:11 275:13
 276:4,11 281:4
 322:19,20 338:12
 342:4 365:3
 366:20 382:3,8
 383:8,8 386:3
 387:23 388:3,4,7
 394:14
**lewis** 233:17
 404:20
**liability** 1:5
 284:14 385:6
 407:5
**life** 53:1 117:21
 118:21 120:16,18
 175:20,23 221:7
 221:19 248:3
 335:18 340:15
**lifetime** 287:13
 352:5 377:15
**likelihood** 340:18
 364:25 365:23
**likes** 111:19
**limit** 263:4 264:18
 264:25 265:12
 285:22
**limitations** 350:24
**limited** 25:4 105:1
 245:9 246:3,17
 381:20
**limits** 267:15
 275:16 281:8,10

306:17 394:18,25
**line** 40:24 45:4
  68:4 90:10 96:1
  121:24 125:25
  314:13 369:23
  370:1 407:8
**lines** 15:15 204:6
**lingering** 192:10
**list** 26:7 27:1,10
  27:12 30:16 37:12
  37:12 42:14 43:3
  65:5 81:4 88:15
  97:12 143:2,7
  144:22 176:16
  191:13 197:3
  282:11 304:18
  358:15 363:17
  384:15 401:6,10
**listed** 59:7,17
  90:14 97:14
  105:21 114:24
  142:9 143:1
  150:21 154:13,25
  156:3 189:1,16
  207:18 244:18
**listening** 140:24
**listing** 87:1
**lists** 27:17 282:7
  375:14 401:12
**literally** 33:6
**literature** 43:2
  45:6 49:7,20 55:1
  57:17 99:20 100:9
  103:11 104:23
  106:2,3 110:6
  119:22 120:25
  121:8,12,19,22
  134:1,18,19
  135:23 158:10
  165:24 168:19
  173:14,17,23,24

176:7 181:3 190:8
  191:7 193:12
  200:17 227:4
  253:12 272:19
  289:9,23,24
  291:18 298:20
  299:10 304:2
  306:13 323:22
  341:1 342:22
  360:2 364:3 365:8
  365:18 374:11
  388:19,23,25
  390:6,8 405:8,11
  405:13
**litigants** 11:2
**litigation** 1:5
  10:14 16:1 17:15
  22:2,7 31:11
  33:17 39:14,21
  40:5,13 42:13
  53:16 54:9,18
  55:2 70:9 97:17
  103:5,17,18
  117:22 118:21
  122:4 124:21
  125:3 132:5,7,8,11
  164:5,6,17,20
  171:7,11 209:7
  219:13 239:11,11
  260:21 284:15
  331:10 332:2
  343:5 407:6
**little** 13:4 19:6
  22:13 28:2 55:7
  72:15 81:20 85:10
  102:10 116:4
  138:6 139:22
  201:10 215:12
  220:15 232:15
  241:7 261:13,19
  272:22 291:14

296:8,12 299:22
  307:12 323:21,23
  325:13,13 333:9
  351:3 362:20
  401:4
**live** 194:9
**lived** 379:17
**liver** 60:15 74:7,22
  84:13,15,19,20,22
  84:25 89:24 90:1
  90:2,5,12 144:13
  144:16,17 145:7,9
  145:11 148:1
  159:16,21 160:10
  162:21 190:15,24
  190:25 196:9,11
  237:8 290:1
  312:16 313:13
  314:25 315:10,15
  315:18,22 324:15
  326:3 351:13
  375:22 376:16
  379:17 389:18
**lives** 337:25
**llc** 2:3 3:9 4:14
  5:16 407:1
**llp** 1:12 2:10 3:2
  3:11 4:17 5:2,10
  5:18 6:3
**located** 1:12
  152:20
**lockard** 2:13
**lockardv** 2:15
**lod** 285:21
**logistics** 9:8 12:19
**long** 11:22 51:3
  75:19 165:12
  267:12 275:13
  301:6,9 314:2
  333:2 345:25
  346:18 347:4

379:17 394:15
**longer** 41:5 351:8
  395:19
**look** 14:5 38:6
  47:17 48:14 50:9
  51:17,23 52:17
  53:2 59:5 61:1,2,6
  61:7,9 64:16 66:1
  66:2,3,4 68:21
  71:13,18 75:1,6
  91:22 92:11,14
  94:23 99:22
  101:25 104:3
  106:4 116:5,11,14
  119:17 120:12
  137:12 145:13,14
  146:18 148:10
  155:5 162:9
  165:23 168:11
  170:6,9,23,24
  175:10 176:7,12
  190:2,6,24 203:8
  203:10 205:10,14
  206:2 207:20
  210:25 211:6
  212:1,4 219:18
  225:24 229:14
  230:12 237:16,19
  238:15,16 240:23
  244:8 245:22,25
  247:14 263:11,18
  264:2 277:9,13
  288:3 301:22
  303:14 312:14
  317:25 318:2,12
  320:9 335:14
  341:9,24 342:2
  344:21 355:11,24
  356:23 357:9,20
  359:8 360:2 363:4
  385:2,16 389:9

392:1,10,13
**looked** 22:14
  43:21 44:5,6 48:8
  50:14,17,21 52:6
  53:5,9 54:25
  89:10 103:18
  106:18 116:23
  120:9 154:19
  156:21 172:11,19
  172:21 187:11
  198:4 200:17
  221:1 222:23
  227:3 231:25
  282:8 337:12
  358:16
**looking** 19:6 41:12
  41:18,22 44:24
  45:10 67:21 70:4
  70:18 71:11 84:3
  104:1 105:22,22
  106:7,10,12
  107:14 114:18
  120:5 125:18
  132:2 162:6
  177:19 195:14,21
  196:1,8,11 197:3,8
  197:24 198:19,23
  201:20 202:4
  224:10 232:13
  245:24 260:14
  279:23 285:17
  299:9 300:10
  302:15 311:5
  357:6 378:25
  382:4 400:17
**looks** 59:16 68:10
  91:20,23 129:7
  130:23 266:25
  282:4
**lori** 2:14 8:14 9:14
  206:21 278:13

**los** 4:3
**losartan** 1:4 7:12
  407:5
**lose** 132:18
**lot** 53:24 66:15
  74:25 78:4 85:17
  90:12 135:10
  149:15 163:5
  182:3 184:8,15
  187:21 197:7
  198:6 213:20
  223:20 233:11
  235:24 290:21
  304:9 318:19
  321:7 327:25
  339:10 344:5
  359:7 361:21
  362:11 369:14
**lots** 177:24
**louis** 5:3
**lovely** 38:22
**low** 43:21 44:6
  270:22 271:4
  272:16,20 273:4
  273:14,21 339:2
  351:14
**lower** 159:21
  222:3 223:14
  286:1 287:1,25
  322:21 338:12
  340:24 387:23
  388:4,4,7
**lowest** 379:15,16
  382:9
**luck** 137:3,4
  187:14 189:11
  197:23
**lunch** 192:2,7
**lung** 80:19,20,21
  85:5 108:5 179:15
  196:12,13 327:21

349:17 374:20
  376:20
**lymphoma** 161:12
  324:14
**lynch** 308:1,9,10
  308:17,25 309:14
  367:11,20 368:1,7
  369:5,18

**m**

**m** 2:5 4:4 6:5
  403:3
**m.d** 236:19
**m.d.** 14:19 52:17
  53:9 233:17
  236:14
**m7** 252:6 254:8,23
  256:11
**machine** 63:19
**machinery** 307:2
  308:12 309:2
**machines** 64:24,25
  71:6
**mail** 38:12 72:11
**main** 22:25 72:3
  87:15 180:17
  185:3 202:12
  213:23 239:24
  240:4 241:10
  370:17
**maintaining** 236:3
**major** 104:24
  109:2 133:8
  185:24 295:6
  361:10
**majority** 9:20
  75:22 76:1,2
  201:4,9 259:11
**making** 29:7 90:21
  121:6 175:21
  225:25 226:13,19
  228:9 332:16

**mal** 15:2,9,10
**malabsorption**
  132:18
**malignant** 68:23
  92:15 113:15
  144:11 319:19,20
  321:25 375:18
**malpractice** 10:19
  13:13 67:24
**man** 366:7
**management**
  164:4
**manifestation**
  389:23
**manji** 156:4
**manner** 127:18
**manufactured**
  383:9,20 385:22
**manufacturers**
  208:1 284:16
  304:21 306:4
**manufacturing**
  384:19
**mark** 18:22 20:9
  20:24 27:17 30:19
  32:16 37:3 67:9
  123:1 127:23
  128:4 206:11
  229:18 233:16
  277:13,24 362:12
  391:3,4
**marked** 18:25
  21:2 26:24 30:21
  30:23 32:13,20
  59:11 67:11 94:19
  99:23 117:11
  124:8,22 127:25
  134:10 145:22
  206:14 219:2
  229:21 239:15
  244:25 255:5

258:19 263:15 266:21 269:23 273:10 278:2 280:17 285:1 303:2,5,8 309:18 317:5 351:21,24 380:25 381:3,6,9 391:6 394:6,7 401:6

**marker** 198:14

**markers** 145:3 284:5

**market** 383:21 384:8

**marking** 380:14

**masks** 37:25

**massachusetts** 6:4

**massive** 47:23 181:6 212:18 213:24 215:14 319:9

**mastomy** 375:16

**materials** 26:20 27:5 28:5 29:12 253:14 260:14 285:9 398:4

**math** 130:20 162:12

**mathematical** 335:23

**mathews** 15:1 66:20

**matt.knepper** 5:6

**matta** 6:16

**matter** 7:11 40:22 350:6,13 387:3

**matthew** 5:5

**matthews** 10:21 13:9 15:16

**maximum** 193:14 193:16,20 194:8,9

261:21 263:4 264:25 265:11 300:24

**mazie** 2:3

**mazieslater.com** 2:6,7

**mcelvenny** 354:16 356:12 357:2 405:5

**md** 1:11 68:8

**mdl** 1:2

**mean** 16:20 35:12 50:12 51:12 64:21 73:18 75:19 78:14 78:23 92:14 105:23 113:4,22 116:3 118:12 119:15 120:9 121:7 134:25 140:1 143:12 150:10 151:8 152:24 157:24 164:24 165:22 169:7 171:10 179:13 182:10 188:19 189:8,14 190:6 193:16 194:7 200:10,13 201:16 203:4 213:8,17 231:4 234:6 248:6 249:14,16 250:11 251:20,20 253:17 266:10 271:7 272:17 274:11,20 275:25 286:20,23 287:19,19,21 288:24 296:6 322:9 325:5,9,22 330:2,7 331:15,19 331:21 334:12

339:25 340:7,9 342:7 345:10 347:16 369:13,25 374:18 387:10,11 392:15 399:1

**meaning** 46:11 145:2 164:18 318:23 328:1

**meaningless** 148:8

**means** 60:20 61:19 68:5 84:21 219:23 222:17 250:15 286:23 320:12 358:12,13 359:3

**meant** 167:5 199:16,25 202:24 241:9 246:22 331:4 393:2 397:13

**measure** 223:1

**measurement** 223:4 225:18 227:11

**measurements** 224:18 225:17 286:25 287:1 382:7,12,13

**meat** 222:1

**meats** 247:3

**mechanism** 46:19 246:13 279:11 308:21 366:11

**mechanisms** 46:8 187:6 367:15 389:16

**mechanistic** 367:14

**med** 15:1 97:7

**media** 7:9 202:21

**mediated** 246:12

**medical** 10:18 13:12,20,25 14:11 14:18 15:8,10 18:14 28:8 45:6 45:12 47:16 50:4 59:8 62:4,21 67:24 68:16 77:10 98:24 104:23 106:1,2,13 112:8 116:6 119:22 122:17 137:25,25 138:3,7 139:22,23 139:24 146:24 147:1,12 152:3 153:2,6 156:2,5 158:10 165:13,14 165:23 166:3 173:13,23 184:3 190:2,7,7,20 191:7 198:23 234:21,22 235:2,10 236:7 272:18 288:15 301:15 302:9 304:2 306:13 328:11 333:6 334:21 336:24 337:19,23 348:17 350:19 362:23 365:8 374:11 377:5

**medication** 273:23 274:6 395:15

**medications** 204:14 268:10,12 268:25 269:2 336:8 394:9 395:23

**medicine** 14:12 53:7 106:16 147:2 153:8 163:25 269:9 270:15,19

270:24 283:13
327:14
**medicines** 136:22
152:5 219:5
249:18 270:21
273:21 274:23
318:5 340:18
384:7 404:4
**meet** 131:25
134:23
**meeting** 51:3 52:2
78:8 79:10 152:4
152:7 164:18
**meetings** 104:24
151:12,15,16,17
151:23,24 154:16
293:10
**melanoma** 185:1
**member** 123:4,6
151:9 152:14
**members** 79:19
149:5
**memory** 142:23
220:11
**mental** 75:15
**mention** 121:13
293:3
**mentioned** 25:15
98:21 143:16
147:22 197:6
233:23 243:19
293:1 299:22
308:6 317:11
325:20 326:18
342:24 351:17
369:20
**messed** 180:24
212:15
**met** 9:13
**metabolism** 46:10

**metabolites** 329:7
**metabolized** 327:4
366:4
**metastatic** 110:22
**method** 98:5 268:5
268:6 295:13,14
295:20,21
**methodology** 95:1
95:12,18 97:24
98:15 99:15 100:9
100:16,23 101:1,7
101:18 106:9,10
111:15 171:18,19
172:3 173:2,4
174:3,10 204:4
286:18 287:18
298:19
**methods** 105:20
**methylguanine**
180:16 366:5,6
**mg** 211:8 231:6
**mice** 247:24 250:3
**microgram** 231:7
231:10
**micrograms** 248:8
248:9,15,16
250:15,16 251:15
251:16,16,17
329:16 393:4,10
399:3,6,8
**microphones** 7:5
**microscope** 61:10
68:13,21 71:23
72:2
**microsoft** 34:1
**middle** 101:13
**milligram** 227:20
248:2 250:7
264:16
**milligrams** 287:10
337:11

**million** 211:4,7
386:4,4
**mimics** 91:21
**mind** 83:4 84:5
92:7 369:3 398:20
**mineola** 407:3
**minerals** 324:19
**minor** 35:14
**minute** 57:4
114:11 120:1
169:14 176:12
252:7 281:18
371:14,16
**minutes** 65:23
299:25 371:2,8,9
371:18
**minutia** 161:21
163:3
**mischaracterizat...**
29:18 70:14
147:12 343:7
**mischaracterizing**
108:23
**misciting** 216:2
**misheard** 257:8
**misleading** 296:8
**missed** 105:19
212:6,8
**missing** 28:22
37:16
**missouri** 5:3
**mistake** 215:10
242:6
**mistakes** 215:18
**mistype** 21:5
**mistyped** 21:14
**mixed** 28:19
**mmba** 264:5
**model** 227:12
289:8 341:4,11
343:10,11

**modeled** 354:13
**modeling** 222:25
335:19 342:12,15
343:21
**models** 46:11
201:23 227:8
233:14 238:20
335:10,23
**moderately** 90:9
**molecular** 63:7,12
63:16,24 64:4,6,12
64:20,23 65:2
186:17 187:5
389:16
**molecule** 348:18
349:7
**molecules** 362:2,7
362:9
**moment** 59:9
110:7 119:5
301:13 310:22
375:6
**mona** 405:15
**monitoring** 152:25
**monkeys** 247:25
**monograph** 239:1
240:5 241:10
244:23 247:2
253:20,24 375:8
404:10
**monographs**
243:13
**monroe** 5:18
**months** 85:1
161:23
**morning** 7:2 8:13
157:11
**morris** 5:10
381:19
**mortality** 352:7

**motion**  76:18
  96:12,15 97:3
  125:7
**mouth**  178:6
**move**  55:10 59:7
  60:10 191:11
  203:6 257:23
  271:21 294:5
  309:16 316:9,11
  323:21
**moved**  281:12
**moving**  254:21
  282:16 316:13
  358:18 391:11
**mri**  71:6
**multi**  327:14,20,24
  327:25 378:8
**multidisciplinary**
  153:1 272:2
**multifactorial**
  176:15 187:12
  188:14 189:2,15
  195:20 336:17
**multiple**  39:25
  76:10 206:1
  207:12 215:23
  217:23 232:1
  234:7 249:3
  311:10 315:24,25
  316:15,16,18
  337:10 358:4
  364:1
**musical**  294:21
**mutagen**  180:12
  180:12,20,23
  377:14
**mutagenic**  46:20
  252:10 255:15,15
  261:5 366:7
  378:19

**mutagenicity**
  256:25
**mutagens**  256:17
  257:15
**mutation**  116:24
  180:14,17 183:12
  183:16,20,20,22
  184:4,10,12,15,18
  185:1,3,5,6 233:5
  308:22 347:20
  348:1,4,15 369:12
**mutations**  183:4
  184:4,23 185:2
  255:16 346:2
  349:25 367:16
**mylan**  3:16,16
  8:19 263:21

**n**

**n**  2:1 3:1 4:1 5:1
  6:1 9:1,1 231:6
  360:17 375:11
  403:1,3,3 406:1
**n.e.**  2:11
**nakul**  4:19
**name**  7:19 9:14
  11:1 18:10 26:13
  154:19 155:17
  217:13 290:6
  324:3,5 381:17
  407:5,7
**named**  325:16
**names**  30:7 142:7
  142:12
**nanograms**  193:13
  193:15,21 194:2
  194:13,19 211:9
  211:11 212:17
  213:15 214:11
  227:25 228:2
  232:9,16 264:14
  264:21 265:1

  275:25 276:12
  281:4 335:6 339:7
  339:8 342:9 393:5
**narrow**  22:14
  92:24 184:17,17
  187:7 188:21
**national**  153:20
  154:6,10
**ndea**  21:22 26:2
  39:15 40:6 43:24
  44:9 45:22 47:5
  48:18 49:8 50:15
  51:8 52:23 54:14
  55:12 56:14 59:3
  80:10 82:22 83:3
  83:15 84:5 106:5
  164:8,21 204:10
  206:25 218:21
  221:8,20 222:2,8
  222:10 238:19
  251:6 258:8,10,25
  259:25 260:17
  264:5 308:16
  332:14 350:20
  365:2,25 368:3,8
  372:6 375:3 376:5
  386:20 387:2
  390:2 394:24
**ndma**  21:21 26:2
  39:15 40:6 42:4
  43:24 44:9,25
  45:3,10,12,22 46:9
  46:13,20 47:5,24
  48:18 49:8 50:14
  51:8,24 52:4,23
  54:6,14,22 55:12
  56:13 59:2 80:10
  80:24 82:22 83:3
  83:8,15 84:5
  106:5 164:8,21
  178:14 180:10

  181:6 192:18
  193:11 194:1,4,7
  204:10 206:24
  208:8,12,15 210:4
  211:11,19 212:18
  214:16 215:14
  218:21 219:20,24
  220:1 221:8,20
  222:2,8,10,18,24
  223:9,17,24 224:2
  224:6 225:13,19
  226:1,2,6,12,23
  227:9,17 228:5,12
  228:15 230:18,25
  231:18,22 232:2
  232:14 238:18
  239:25 243:7
  245:23 247:3,23
  250:2 251:6
  260:17,24 261:22
  264:5,14,25
  278:25 280:1
  286:21 287:11
  291:21,21 301:9
  304:21 305:8,18
  305:22 308:15,22
  308:22 309:4
  310:17 312:2
  313:14 314:3
  315:2 320:4
  326:21,23,24
  329:6,14,16,21
  330:9,9 332:14
  335:6 337:15
  338:10,24 339:1
  342:9 350:20
  363:3,3,3,16 365:2
  365:25 366:3,4
  367:16 368:3,8
  370:18 372:6
  375:2,9 376:5

377:1 382:7,13
383:8 385:20
386:20 387:2
388:14 389:17,19
389:20 390:2,23
393:10 394:24
399:8
**ndmas** 336:2
353:3
**nearly** 236:24
326:11
**necessarily** 85:25
90:6 187:22
266:12 274:8
290:5 318:10
**neck** 85:6 87:12,14
108:8 327:22
**need** 11:19,24 12:7
12:21 20:11 62:13
75:2,16 93:13
106:2 136:23
150:17 168:22
173:13 191:3
206:17 281:18
322:24 330:13
371:15,24 380:6
**needed** 37:7 72:10
**needs** 14:14
186:19 297:13
**negative** 88:20
310:7
**negotiate** 145:6
**neoplasia** 113:15
113:15
**neoplasm** 318:15
319:22,25 320:11
320:15,21
**neoplasms** 144:11
144:25 202:4,15
272:25 319:10,14
319:17 321:5,15

321:23
**neoplastic** 161:4
202:20 203:1
**nephrologists**
269:12
**neurons** 379:16
**neuropathology**
161:3
**neutral** 118:19
**never** 23:25 26:4
52:1 53:9 70:17
70:17 80:8,18
82:16,20 83:14
84:4 87:3,8 89:8
90:14 106:18
107:4,18 109:25
117:21 118:6,20
119:8 139:25
181:4 214:5
237:20 253:21,25
260:16 278:23
335:4 338:10
342:8 355:15,16
359:2 375:15
**new** 1:1,14,17 2:4
3:3 4:18 7:15 9:3
90:10 106:15
209:12 282:22,23
396:10 407:1,3,3
**news** 50:20 202:20
240:6 318:8
**ng** 208:2,2 231:10
**ngs** 227:19
**nicotine** 212:11
**night** 28:18 30:2
37:4 157:8 230:1
245:17 311:17
**nights** 72:18
**nine** 24:6 292:15
359:18

**ninth** 296:10
**nitrate** 361:16,16
**nitrates** 226:18,18
361:11
**nitrite** 226:8
361:16
**nitrites** 223:22,23
226:21 360:21
361:11,18,20
**nitro** 242:24
**nitrogen** 360:18
361:1
**nitrosamine**
241:19 258:15
259:1 267:9
268:11 275:10
281:10 322:19
360:17,20,22
361:2 362:19
363:3,15,16 382:2
394:8,12
**nitrosamines**
30:10 156:16
204:11 221:24
242:22 252:25
253:2 255:12
256:16 259:11,19
260:5 267:14
275:15 283:25
286:21 322:16
324:13 332:25
352:6 360:7,14,17
360:18,25 370:13
375:9 392:15,19
394:17,23 399:2,6
**nitroso** 231:6
**nitrosodimethyl...**
375:11
**nocs** 230:18
**non** 113:15 161:4
230:23 253:6

259:14 264:20
340:9
**nope** 254:2 279:5
**normal** 68:24
116:8 158:11
166:25 167:8
346:2 349:24
**normally** 83:9
167:12 175:23
**notary** 1:16 9:2
402:12 406:5
407:25
**note** 7:5 75:15
244:2 391:10,13
**noted** 95:16
297:19 390:23
402:3
**notes** 406:10
**notice** 12:25
303:17
**noticed** 400:13
**noticing** 8:12
**noting** 326:8
**novartis** 384:4
**novel** 110:12
**november** 129:24
**nshah** 4:20
**nucleic** 366:7
**null** 177:5 295:21
296:11,16 297:8
297:14,20 298:8
299:5
**number** 7:16
12:16 44:23 64:11
103:5 190:19,20
200:23,24 203:4
210:21 257:9
261:24 306:15
318:20 319:1
341:10,17 349:21
352:18 368:25

[number - obviously]                                                    Page 39

369:6 385:9 397:7
**numbers** 218:12
  228:3 232:6
  251:19 261:22
  287:16 290:20
  307:15 340:2
  341:1
**numerous** 225:22
  272:13
**nw** 5:11
**ny** 407:3

**o**

**o** 403:3 406:1
**o'clock** 128:19
**oath** 8:1 19:13
  69:17 99:9 122:21
  126:4
**object** 11:14 29:24
  35:3 178:25 262:2
  293:23,24 294:4
  295:11 385:3
**objected** 36:2
  317:16
**objecting** 281:22
**objection** 12:23
  13:16,23 14:8
  16:23 19:10 22:4
  22:11,23 24:14
  27:11,25 29:8,16
  29:22 32:25 33:21
  34:24,24 35:24
  39:24 40:17,23
  41:14,24 42:7,17
  43:4 44:1,11,17
  45:23 47:12 48:19
  48:23 49:1,10,16
  50:1 51:16,21
  52:19 53:11,19
  54:19 57:10 58:12
  59:24 60:24 62:17
  63:10,25 65:9,21

66:13,24 69:6
70:13 72:7 73:5
73:11,16,25 75:25
76:7 79:13 80:12
81:7,17 83:18,21
85:23 87:6 88:7
88:17,25 89:11,22
90:17 91:8 92:12
92:22 93:18,25
94:10 95:6,21
98:2,9 99:3,17
100:21 101:21
102:4,18 104:6,12
105:8,13 106:22
107:6,23 109:11
109:20 111:6,17
112:16,18,25
114:6 115:1,10,19
116:9 117:17,25
118:9 119:1,13
120:7,17,23 122:5
132:12 134:13
136:19 137:17
138:25 140:15
141:24 143:9,24
145:8 147:9
148:24 149:3,8,19
150:8,20,25
151:25 152:22
154:21 155:25
158:14 160:5
163:11 164:1,9,22
165:10,20 166:11
166:20 167:21
170:20 171:8,22
172:6,15 173:7
174:5 175:17
176:4 179:11
180:9 181:11,21
184:6 185:12
186:7,24 187:19

188:2,17 189:12
190:4,21 191:17
193:5 194:21
195:5,15,22 197:5
198:1 199:12
201:7 203:23
204:17,23 205:12
207:2,11 208:10
209:17 210:18
213:11 214:9
215:5,22 216:8
217:1,8,15,22
220:21,24 224:15
224:19,24 225:3
225:10 227:1,21
228:16,22 229:5
230:6 233:8 234:4
234:11,18 235:22
236:11,20 237:3
237:25 238:11
239:22 240:2
244:10 248:18
250:17 251:12
252:17 253:15
254:6 256:7 260:7
260:19 261:2
265:15 266:7
268:3 276:17
281:15 282:3
284:7 286:5 288:1
289:19 295:10
296:4,17 297:10
297:22 298:9
299:6 301:19
302:12 306:1,9
308:19 309:11
310:13,24 311:13
312:6,8 313:23
321:11 323:3
324:9 325:3
328:18 329:2

330:5 331:14
332:18 333:7
334:24 335:20
337:3 338:3 341:7
341:18 342:17
343:6,15 344:13
345:4,20 346:5,21
349:13,19 350:2
350:22 352:23
355:18 359:9,23
361:12 362:4
365:12 368:4
372:9 373:10
374:1,15 377:7,17
377:24 378:4
383:4 384:13
385:1 388:8 389:2
390:10 392:25
393:20 395:2,25
397:19 399:24
400:5,14
**objections** 8:9
  33:13 56:2 76:23
**objective** 127:17
**objectively** 127:13
**observational**
  344:19
**observe** 248:9
**observed** 314:12
**obtained** 42:13
  393:11 399:9
**obviously** 11:19
  18:6 31:11 94:8
  106:18 107:14
  146:22 160:1
  176:14 199:2
  209:11 217:3
  240:11 281:1
  283:20 307:20
  313:1 327:22
  334:3 376:6

[occasionally - organization]                                    Page 40

**occasionally**
  170:25
**occasions** 364:1
**occurred** 284:1
**occurs** 344:25
**odd** 43:9 211:9
  212:17
**odds** 318:14,20
  320:10
**offer** 123:19,24
  142:10 301:16
  302:1 333:21
  334:20 336:23
  338:1 365:10
**offered** 302:5,20
  302:23
**offering** 331:8,16
**office** 9:16
**offices** 1:11
**official** 19:8 72:19
  73:1 118:6 119:9
  120:4 121:6
  213:10 215:3
**oh** 69:24 84:5
  101:12 124:13
  167:7 202:18
  218:8 277:3 318:1
  324:6
**okay** 9:22 12:3,9
  12:14 20:15 21:12
  31:1 32:18 44:21
  55:21 57:2 68:25
  99:25 100:12
  103:4,22 112:11
  114:12,19 129:1
  134:12,16 144:4
  149:10 154:11
  164:14 168:23
  173:3 176:13
  179:15 201:1
  203:20 210:9

211:2 218:8,10,14
  225:12 229:13
  234:1,25 240:8
  243:14 245:20
  247:22 256:11
  257:5,22 259:18
  261:11 263:25
  274:3 282:4,15
  295:1 298:15
  303:16 313:9
  314:21 315:8
  318:7 324:6,25
  342:5 354:7 357:4
  358:17,18 362:19
  363:24 375:7
  378:25 381:22
  389:11 392:4,12
  394:1
**old** 282:18 319:15
  321:1 407:3
**omission** 358:1
**omitted** 393:23
**once** 13:7 117:21
  118:21 134:1
  183:16 326:8,15
  347:12
**oncogene** 348:1
**oncologic** 136:22
  137:21,22 138:9
  334:17 335:16
  339:14 342:16
**oncologist** 24:9
  137:9 138:2,3,8
  139:25 182:12
**oncologists** 136:17
  137:6,24,25 138:1
  153:2,6,9,11 156:3
  156:5
**oncology** 25:9
  136:5 139:20,22
  139:24 140:14

141:23 147:21,24
  148:6,11 149:18
  149:22 150:1,3,7
  151:15,23 152:3,7
**ones** 24:24 25:1
  74:21 85:4 87:21
  87:23 110:5
  114:17,25 128:3
  134:3 136:25
  149:21 163:2
  190:16 191:12,15
  200:21 201:5
  215:20 223:6
  253:6 292:7 295:9
  309:19 325:18
  329:18 359:16
  369:22 376:21
  379:7,13,14
**ongoing** 127:8
**online** 65:4 77:12
  125:15 137:12
**open** 228:24
  293:22
**operates** 246:13
**opining** 288:17
**opinion** 45:11 48:9
  50:12 92:9 111:3
  117:13,23 118:7
  118:22 119:9,21
  120:4 165:24,25
  169:5,8 171:2,3
  173:15 176:10,24
  177:7 180:1,3
  184:2 227:3,15
  228:21 229:3
  252:19 288:17
  301:16 302:2,8,24
  303:19 323:9
  328:20,24 331:16
  333:21 336:23
  339:20 348:16,24

350:18 362:7
  365:7,15 368:12
  368:16 374:4
  376:5 386:24
  387:15 390:1
**opinions** 21:20
  27:22 29:3 30:17
  92:18 118:2 121:4
  123:20,25 165:9
  165:13 173:5
  176:2 201:14
  283:20 284:14
  292:16 302:5,21
  331:2,9 384:11,25
  386:10
**opposed** 59:8
  113:20
**opposite** 296:3,15
  297:7,20 298:7
  299:5
**optimal** 64:7
**option** 270:18
  271:2 274:1
**options** 268:15
**oral** 87:14,15,20
  291:20 329:15
**orally** 250:3
**order** 76:18 125:2
  171:25 232:8
  248:9 346:12
  351:10
**organ** 61:4 326:11
  328:1,10 376:17
  379:18,22
**organic** 204:10
  206:25 218:21
**organization**
  119:24 149:1
  150:11 209:4,5
  243:20,22

organizations
  148:18 149:6,17
  150:4,6,12,19
  151:3,8 169:19
organized  36:22
organs  65:25 66:2
  375:20 378:20
oriented  376:15
origin  83:16
original  105:18
  106:12 199:19,20
  200:5 229:19
  343:10
originally  230:1
  232:23
outcome  8:4
outcomes  309:15
  313:17
outliers  347:2,25
outside  50:18
  52:12 53:1 79:3
  88:11 122:2
  123:21,25 164:20
  167:11 170:18
  260:21 283:22
  361:7
outweighs  270:22
  273:21
ovarian  185:5
overall  221:21
  230:12 305:16
  312:5 313:16
overlooked  397:14
  399:19,23,25
  400:4
overly  333:10,24
  350:14
overstatement
  201:11
overstating  306:11

overview  103:8
oxford  3:12

**p**

p  2:1,1 3:1,1 4:1,1
  5:1,1 6:1,1 9:1
  30:9
p.c.  4:9
p.m.  192:1,5
  254:15,19 323:15
  323:19 380:12
  381:15 402:3
p1  391:12,15
pack  211:23 214:7
  390:18,24 392:22
  398:18 399:4
package  208:6,14
  209:16 210:3
  211:10 212:20
  213:8,17 214:12
  214:17 215:16
  399:13
packs  349:16
page  19:7,14,16
  30:9 38:6 67:13
  67:21,22 68:4
  94:24 98:13
  100:11 101:5,10
  103:13 105:23
  124:17 125:20,24
  129:10 130:16,23
  144:13,13 146:18
  147:8,17,19,21,23
  148:10,17 149:7
  175:10 176:11
  182:19,23 187:10
  192:12 193:24
  199:25 203:9,18
  203:19,25 204:3,8
  205:14,25 206:2,3
  206:4,22 207:19
  211:6 212:4,10

218:4,8 220:2
221:6,12,14
226:10 230:2,14
237:19 238:15
239:4,7 240:23
241:14 242:10
243:1,16,23 244:5
245:18,25 247:1
247:19 251:24,25
252:5 254:24
256:14 257:2,4,9
257:12,25 258:1,3
258:9,24 259:8,8
261:16,19 263:3
264:2,22 267:2
268:9 275:9 278:9
278:10,13,14
281:6 282:18
285:18 296:13
297:19,19 298:15
299:20 300:12
305:14 307:9,9,14
307:17,19 311:25
315:5 318:1,12,13
319:8,11,12
320:10 322:2
326:4,7 328:6
330:23 332:10
339:12 341:13
344:22 351:19
353:24 355:24
356:16,23 357:10
357:14,21 359:13
360:5,8 364:18,21
368:11 369:23
372:3,4 373:14
378:17 381:24
382:2,3,6 385:17
389:10 392:3,10
394:10 398:24
403:11 407:8

pages  27:2 29:19
  60:10,11 203:13
  240:5 247:17
  263:23 267:3
  270:11 290:7
  305:14 317:7
  332:9
pahs  221:23
paid  142:17,22,22
pancreas  84:25
  145:11 170:11
  348:9
pancreatic  170:12
panel  217:11
panicked  202:19
  318:5
panigrahi  23:22
paper  30:2 106:15
  110:1 121:18
  199:14 208:5
  210:1 211:22
  212:11 213:14
  214:23,24 215:4
  216:2,3,6 220:3
  224:3 230:9
  260:10 352:1
  353:12 358:11,23
  363:11 398:7
papers  25:3
  109:19 111:8
  114:16 149:12,15
  216:22,22 217:6
papilloma  87:17
  324:13
paragraph  183:3
  209:23 220:3
  221:17 250:1
  258:10 261:18,18
  262:7 270:12
  271:4 278:10
  285:25 286:10

318:14 320:9
339:13,17 341:10
343:3 354:1
375:11 389:15
392:14 398:25
**parameters**  193:3
193:8,8 216:18,21
**parcel**  66:6 186:4
186:18 370:1
**paren**  318:16
**parens**  205:8
**park**  3:3 4:3
**parker**  96:3
**parking**  135:10
**parkway**  2:3 4:10
**part**  18:15,18
24:12 53:7 58:10
59:15 63:13 66:6
70:12 71:3,11
72:19,25 77:8
80:24 81:25 82:1
88:4 93:2,15
102:22 105:25
107:4,13 108:12
108:13 109:3
114:25 115:16
117:5 121:5 126:7
128:18 134:19
142:9 149:11
150:13 151:3,20
153:21 154:1,12
155:19 158:11
159:8,25 160:4
163:1 165:17
173:25 175:11
180:25 186:4,18
189:1,6,7 203:7,18
207:5 230:13
232:18 242:6
243:13 246:25
281:13 285:9

289:17 290:23
291:15 298:23
299:16 303:23
310:6 313:18
314:14 316:14
317:1 326:16
343:13 346:14
358:6,7,15 365:1
368:9 369:25
373:16,18,21
390:9 396:2
**part's**  371:5
**partially**  160:22
**participate**  154:15
**particular**  106:15
136:25 158:7
173:12 189:19
209:5 293:2
298:18 299:9
311:11 333:11,12
333:13 335:13
336:6 366:24
375:1 376:3,14
**particularly**  226:7
272:21 288:10
319:23 340:9
360:23
**parties**  381:19
**partner**  381:18
**parts**  61:6 171:11
211:4,7 237:6
386:3,4
**party**  8:2 406:12
**pass**  380:2
**path**  163:16
**pathobiology**
81:23 108:25
112:20 117:1
137:24 140:3
143:13 173:21
186:15,21 328:21

374:25
**pathogenesis**
389:17
**pathologic**  91:3,11
91:12 92:3
**pathological**  75:23
112:10 198:21
**pathologically**
74:12
**pathologist**  13:19
13:20 14:4,14,16
23:23 53:24 60:1
60:2,14 61:20
62:2,16,19 63:8,15
63:24 64:20,23
65:6,12 68:5,10
69:5,14 70:1,16
71:13 80:9 81:22
82:2 85:16 91:15
93:9 103:25 104:1
108:3,24 117:15
120:20,20 132:3
137:22 138:9
144:5 159:9
170:17,24 173:20
186:18 189:20
190:10 235:4,15
235:17
**pathologist's**  93:3
**pathologists**  85:17
108:25 126:8
144:6 151:5,14
154:24 159:24
160:8 186:1
**pathology**  13:15
13:22 14:2,13,23
18:16,19,19 32:9
32:10 35:19,20
59:18,19 60:5,6,8
60:9,16 63:12,16
64:5,6,13 65:16,24

66:9 68:20 69:10
73:4,23 77:18
84:22 85:2 91:3
93:4 104:9 107:12
136:16 137:20,21
137:23 138:12
143:3 144:10,24
146:23,25 147:5
148:2,2 152:12
153:25,25 154:2
160:4 161:19,22
162:5 163:5
167:25 170:12
171:7 173:11
185:9,20,23,24
235:2,11,18 237:8
237:11 374:5
**pathophysiology**
81:24
**patient**  11:3 15:6
36:20 61:3,5 70:6
70:7,23,24 71:7,17
71:20 74:3 76:4,5
76:6 77:16 78:7
78:13,25 79:4,11
79:12 80:1 91:7
91:24 93:20,23,23
106:20 107:15
111:13 113:17
116:6,12,15
117:14 118:11,15
118:18 119:11
120:5,10,11 121:8
136:21 176:20
179:21 186:12
189:19,25 190:7
190:19 192:20
268:19 298:17,18
299:1,9,13,15,17
299:18 304:24
331:17 336:9

**patient's** 71:22
83:7 93:13 191:6
270:24 273:23
274:19
**patients** 45:1
60:23 70:3 73:8,9
73:21,24 74:3,7,20
75:19 77:22 78:4
78:20 95:4 111:12
111:16 112:15,17
113:25 116:18,23
117:3,7,8,24 118:8
118:24 119:11,17
120:14 121:21
132:14 136:9,11
136:15,18 137:1
138:4 143:18
155:13 156:7
160:23 172:22,22
174:11 188:11,16
190:14 201:21
202:5,24 268:9,13
268:23 270:13,14
271:8 287:14
299:19 308:4,9,12
309:1,14 358:9
359:4 367:11
368:7 382:17
383:3,22
**patrick** 5:13
381:17
**pattern** 198:15
**paula** 404:5
**pcgallagher** 5:14
**peer** 43:23 44:23
45:20 47:3,10
48:16 49:7,19,21
49:22 99:20
104:22 106:12
115:4 119:21
121:11,22 148:18

149:6 217:17
289:22 342:21
363:1 365:7,17
388:23 390:5,7
401:2
**pennsylvania** 3:12
4:10
**people** 9:10 20:12
38:2 47:22,23
56:2 77:10 90:20
136:8 137:19
150:2 155:22
156:6,8 160:24
161:8,17 181:24
187:17 202:18
225:25 235:1,10
249:18 261:6
267:10 269:8
271:11 274:21
275:12 276:3,5
279:21 280:1
286:24 287:9,20
307:1 318:4,7
319:16 321:1,15
321:24 325:10
331:7,12,22
333:13 334:13
335:5 337:20
338:11,18 339:6
340:7,17,24 344:2
353:8 366:12
370:12 386:18
388:7 394:13
395:9,14,21
400:25
**people's** 387:12
**percent** 43:9 61:15
66:8 72:5,13
116:24 159:19,20
162:11,14,19,20
162:21 186:1

188:7 190:15
202:25 259:13,19
259:22 260:11,11
290:11,13 318:23
318:24 320:1,14
338:23 340:13,16
**percentage** 85:8
132:14 159:16
162:16 338:5,6
339:21
**percentages** 340:2
**perfectly** 125:17
366:10
**perform** 62:3
223:3
**performing** 62:22
**period** 90:10
168:6 169:10,11
169:12 274:5
275:14 290:19
291:1 300:19,23
300:23 301:1,23
301:24 302:6,9,22
347:3,7 349:22
350:19 351:7
386:18,24 387:9
**periods** 267:12
276:6 290:24
301:6,8,17 373:17
374:7 394:15
**permissive** 187:12
191:13
**person** 28:21
68:12 135:1 167:9
169:21 198:5
266:11 267:13
275:14 287:2,4,7
311:24 328:2
333:11 335:13
340:12 394:16

**person's** 197:9
**personally** 148:16
288:25 343:9
**perspective** 51:7
191:10
**pertains** 276:10
**ph.d.** 5:13 233:17
**pharma** 3:9 4:14
4:14,15
**pharmaceutical**
3:8 5:15,16 82:18
82:21 256:3
**pharmaceuticals**
3:8,16 255:11
404:14
**pharmacist**
270:16,25 271:19
273:24 274:19
**pharmacists** 272:4
**pharmacologist**
163:18
**pharmacy** 4:7
207:23 208:23
209:8 214:3
**phase** 22:2
**phenomenon**
197:16
**phenotype** 197:12
**phone** 72:12 135:4
135:5
**phrase** 91:2
265:13 282:20
283:1
**phraseology**
265:23
**phrasing** 56:17
**physician** 14:10
50:3 70:21,22
71:8,9 77:14,15
79:25 191:5

physicians 272:3
physiology 158:19
  374:25
pick 7:6 192:9
  261:14
picture 187:23
  287:5
pictures 267:3
piece 197:23
  198:20 323:5
  333:15,18
pieces 203:11
  302:17
piedmont 2:11
pietragallo 3:11
pietragallo.com
  3:14
pigs 247:24,25
  250:4
pill 193:22 208:2,2
  208:5 209:14
  210:2 211:9,22
  212:18 213:7,15
  214:6,11 275:25
pills 207:25 208:3
  213:25 214:17
  251:23 274:12
  311:3 339:4
  387:24 395:20
pittsburgh 3:12
place 35:9 48:10
  80:1 117:9 200:3
  218:20 341:21
  349:5
placebo 47:20
places 206:1 356:8
plagiarism 217:3
plains 1:13 9:16
plaintiff 332:2
plaintiff's 16:24

plaintiffs 2:8 8:24
  23:14,18 39:16
  40:7 41:10 51:7
  55:23 128:3
  292:20 343:13
  391:4,6 396:11
  405:15
plan 80:2
planned 15:14
plausible 349:1
  369:15
play 336:16
played 310:6
playing 295:3
plaza 5:3
please 7:4 8:10
  12:1,8 20:2 40:2
  74:16 77:5 101:24
  110:7 139:6,10
  144:21 298:14
  370:25 380:9
  385:17 389:9
plenty 193:7
plow 370:23
plus 226:18
plutonium 349:4
pocket 72:24
point 27:17 29:6
  45:19 47:2,6,9
  56:13 58:3,17
  62:8 73:21,21,22
  81:1 83:12 103:10
  148:16 163:16
  167:24 179:18
  185:2 186:10
  202:17 213:14,23
  214:25 215:13
  223:8 224:1
  226:13,19 228:19
  233:16 240:15
  251:25 266:24

276:15,24 285:13
  288:18 319:2
  326:7 329:12
  331:9 335:17
  337:25 347:11
  348:2 358:13
  359:5 367:4
  376:19 384:3
  393:3 394:11
pointed 113:7
pointing 305:24
  376:23
points 94:21 112:9
  126:12 198:21
  293:2,3 305:5
  323:8 369:18
poison 282:19
polite 141:15,16
polyp 346:19,24
  347:13,19,22,22
  348:7,12
polyposis 347:21
  369:9
polyps 346:16
  369:10,12
poor 198:5
population 186:16
portion 77:6
  143:14 201:13,13
  211:3
portions 121:17
  121:18
posed 108:18
  112:22 114:24
position 287:23
  299:4 306:7,11
positioned 272:13
positive 256:25
positively 230:23
possess 127:7

possibilities
  212:13 228:25
possibility 195:1
possible 15:18
  21:14 127:13
  212:21 214:14
  215:10,12 304:23
  371:4,6
possibly 113:8
  188:13 213:20,21
  213:22 305:17
post 202:17
  318:17 391:10,13
postgraduate 14:1
potency 252:9,10
  255:14 289:11
  292:8 310:17
  337:15 376:19
potent 46:20 54:22
  226:2 238:21
  253:5 258:14
  259:1 260:1
potential 245:8
  256:18,23 257:16
  268:11 300:19
  325:7 328:9
  354:13
potentially 39:16
  39:19 40:8,10
  305:17 314:3
  315:1 329:7 358:2
  388:12
potently 349:3
pottegård 290:3,8
  292:2 300:4,8,14
  303:11,13,14,21
  304:6,11,13
  305:10 307:5,7
  322:23 366:25
  367:8,19 405:2

[pottegård's - production]                                                          Page 45

**pottegård's** 367:3
**pound** 248:7,15
**powerful** 191:22
**ppm** 265:1 382:9
   382:10
**pr** 317:18
**practice** 18:12
   53:7 55:4 59:8
   66:7,22 69:10
   82:1,7 83:13 84:8
   84:8 92:19 94:9
   97:25 103:24
   104:8,10,21
   105:25 107:5,13
   107:19 108:14,21
   116:8 121:1
   123:22 158:11
   167:15 170:8,11
   173:25
**practiced** 28:9
**practices** 72:5
**practicing** 14:15
   28:10 234:8
   235:17
**pre** 202:16 318:17
   318:20 319:1
   320:15
**precise** 31:25
   300:23 338:5
   340:5
**precisely** 32:11
   54:7 223:16
   308:23 374:20
**precision** 337:7
   340:4
**predecessor** 356:3
**predicters** 191:22
**predispose** 368:22
   369:2
**predisposed**
   364:23 365:22

366:9
**predisposition**
   344:16 367:21
   369:7 390:3
**predominantly**
   204:1
**preformed** 231:22
**preliminary** 202:1
   302:16 366:25
   367:17 376:21
**prematurely** 11:5
   15:6
**premise** 40:25
**preparation**
   312:20
**prepare** 71:25
**preparing** 32:1
   82:8
**prescribe** 152:4
   269:2
**prescribed** 382:18
**prescribing** 269:5
**prescription**
   268:10
**presence** 326:20
**present** 6:14 8:5
   17:22 221:25
   313:20 393:12
   399:10
**presentations**
   104:23
**presented** 23:4
**presenting** 71:21
   105:2
**preserving** 282:2
**press** 53:5 263:13
   284:23 285:16
   317:18 384:16
   404:17,23
**pressure** 395:15

**presumably** 117:2
   225:24
**presume** 39:2
   155:7 287:17
**pretty** 92:5 108:3
   200:23 212:25
   213:6 282:9 301:1
   310:2 341:3
**prevalent** 250:8
**prevent** 271:12
**previous** 168:18
   299:17 308:5
   338:19 356:21
**previously** 131:9
   393:25
**primarily** 60:21
   65:17
**primary** 133:1
   163:14 173:17
**princeton** 4:18
**prinston** 5:16
**printout** 403:19
**prior** 13:6 29:23
   52:2 70:4 75:3,4
   180:5 181:17,18
   273:18 275:5
**private** 7:7
**probable** 46:13
   176:22 192:22
   364:22 372:12,17
   373:6
**probably** 11:10
   34:1 52:6 54:3
   56:1 68:14,15
   74:8 75:14 84:9
   121:20 134:9
   143:4 152:16
   155:1 157:15,24
   159:13 161:25
   162:1,2 163:6
   189:7 191:22

207:4 221:23
   228:6 236:24
   240:7 241:16
   247:12 253:6,10
   268:7 280:10
   283:4 287:17
   305:17 311:9
   324:20 328:22
   330:11 341:3
   351:15 387:6
   396:3 400:7
**problem** 91:25
   118:17 124:15
   366:9
**problems** 74:22
   249:7 304:13
   322:23
**procedure** 79:23
**proceeding** 8:10
**process** 48:17
   384:19 385:23
**processed** 247:3
**processes** 233:4
   345:2
**processing** 384:18
**procure** 70:16,17
**produce** 106:2
   142:25 400:21
**produced** 122:1
   208:3 227:9,17
   228:12 231:5
   360:15 396:18
   401:7,21
**produces** 360:19
   375:21
**producing** 97:18
   222:18 224:5
   385:10
**production** 222:24
   223:10,15 224:2
   228:1,4 231:18

[production - question]                                                      Page 46

380:15,17,19,20
396:20 405:6,9,11
405:14
**products**  1:5
251:8 285:20
291:22 304:17
305:9,18,21 335:2
342:3 407:5
**professional**  1:15
104:24 122:24
294:14 331:2
365:6,14 368:11
368:15
**professionals**
268:14
**professor**  32:9,10
32:24 34:14 35:19
160:2 216:16
**professors**  217:6
**prognosis**  145:1
**progresses**  347:22
**progression**
347:10
**proliferate**  379:19
379:20
**proliferation**
379:2,15
**promise**  220:11
**promotes**  389:21
**promotion**  31:25
32:1,7 33:25 34:3
34:4
**prop1**  185:4
**proper**  80:2
143:17
**proportion**  201:2
**proposition**  41:17
206:24 330:1
365:21 386:25
**prospective**
328:23,25 357:12

**prostate**  85:7
159:23 161:18
162:1
**protected**  124:22
**protective**  76:18
125:2,11
**protein**  226:9
**proteins**  223:25
226:18 360:6,24
**protocol**  76:14
**protocols**  64:4,8
**prove**  44:15
344:20
**proven**  178:1
295:24
**proves**  43:24
47:18
**provide**  74:23
142:12 201:12
267:6 337:8
366:25
**provided**  26:22
28:17 43:8,13
83:9 117:8 119:20
128:4 129:3
199:17 260:15
384:21 394:22
396:15
**provider**  13:20
**provides**  70:11
270:16,17,25
273:24 274:19
**psychological**
318:25
**public**  1:17 9:3
267:6,23 389:14
402:12 406:5
407:25
**publications**  49:18
115:4

**publicly**  125:15
138:21 140:13
141:21 237:21
**published**  28:21
113:23 114:13,22
115:12 122:19
156:14 243:12
279:22,23 288:11
289:9,23 356:24
388:24 390:5,7
**publishing**  400:23
**pubmed**  106:8
362:25,25
**puente**  66:20
**pull**  20:12 71:5
94:19 128:21
135:9 150:16
156:21 244:6
262:18 277:7
299:24 302:25
303:11 322:3
351:18 365:15
391:24 401:13
**pulled**  20:14 42:24
129:12 205:22
**pulling**  401:13
**pumped**  326:16
**purely**  117:13,23
118:23 119:10
**purpose**  22:7
193:23 194:16
249:17,19 250:21
**purposes**  31:15,17
31:19 97:13
205:24 283:23
**purview**  283:22
**put**  19:2 20:1 34:4
37:25 39:8 63:23
81:14 82:17,25
85:20,20 87:3
88:16 94:22

107:21 109:9,15
124:14 125:12
167:14,19 172:23
172:25 191:19
215:3 221:2
243:17 252:3
257:20,24 270:1
282:13 304:8
306:14 319:2
340:4 341:3
342:12 349:4
366:21 369:16
388:21 391:9,12
**puts**  151:5
**putting**  42:19 80:1
82:9 94:12 114:8
234:22,24 267:5
310:21
**puzzle**  323:6
**pylori**  370:10
**pyrene**  221:22

**q**

**qualified**  123:17
123:21 204:22
205:2
**quality**  304:4
**quarrel**  41:9
**quarter**  85:11
**quarters**  314:23
**question**  10:3
11:25 21:21 22:1
22:8,10,18,20,21
23:3 28:3,7 29:9
29:24 31:9 33:5
33:10,14,22 34:22
35:3 36:3 39:13
39:23 40:4,16
44:3,20 45:25
46:4,7 47:2,13
49:5 51:6,20
53:17,22 54:12,13

[question - read]                                                           Page 47

54:16 55:9,15,20
55:25 56:9,11,16
56:18,22,24 59:2
77:4,25 81:9
83:23 85:15 89:17
98:3 107:2,9,20
111:20 112:22
114:9,23 115:7,17
118:20 120:2
124:19 125:25
134:14 136:14
141:3,6 145:24
150:15 156:24
164:23,25 166:23
174:21 177:6
178:15,18,23
181:8 184:17,18
187:3 188:22,22
193:10 195:9
203:15 209:20
210:12 216:9
218:1 224:11,16
224:20,22 225:5
225:12,17 227:22
229:8 235:7
239:23 271:24
277:2,5 281:24
293:25 294:11
298:5,5 309:21,25
310:1 316:10
322:13 324:10,24
325:12 327:8
330:18 331:24
333:9 334:13
336:6,7 341:19
344:23 346:8,18
347:17 350:5,8,9
350:15 353:20
354:10 355:12,14
356:11 362:23
363:10,12 364:7

366:24 372:24
373:15 377:19
385:3,6 395:4
**questioned** 96:3
400:2
**questioning** 9:19
38:1 96:1
**questions** 8:17
9:20 11:24 12:12
12:22 34:25 56:3
76:11 77:1 96:8
109:8 127:3 129:6
135:25 170:25
178:25 192:10
314:8 323:24
330:8 380:6
381:20 385:13
392:21 393:15
394:2 395:8 396:6
**quick** 31:9 103:8
145:14
**quickly** 132:23
187:24 305:4
391:11 398:19
401:5
**quite** 74:22 147:13
149:15 221:4
228:3 263:10
265:6 304:22
306:23 310:15
316:10 369:1
370:8
**quote** 98:23
282:17 297:4
398:10,22
**quoted** 303:18
**quotes** 247:5

**r**

**r** 2:1 3:1 4:1 5:1
6:1 9:1 406:1

**rabbits** 247:25
250:4
**radiation** 87:22
138:2 153:11
179:14 324:12
328:5 377:6
**radiologist** 71:4
**radiologists**
153:14
**radiology** 153:13
**raised** 188:15
**random** 187:14
191:15 197:1,23
**randomized** 47:20
**range** 211:12
320:19 346:13
393:6
**ranged** 225:22
**ranitidine** 322:2
322:19,20
**rare** 173:16 185:6
**rarely** 82:14
**raspanti** 3:11
**rate** 38:15 130:8
335:8 347:10
369:11
**rates** 130:7 341:23
379:3,15 388:11
**ratio** 318:14
320:11
**rationale** 307:13
**raton** 5:11
**rats** 247:24 250:3
**ray** 179:15
**reach** 290:9,14
304:7 306:16
329:14
**reaching** 384:11
384:25
**react** 279:20

**reaction** 132:16
325:8
**read** 10:1 14:5
18:8 23:15 24:11
25:6 26:6 40:1
46:7 62:6 77:4,7
98:23 101:15,20
101:22,23 102:1
102:22 114:14
120:25 126:22
133:25 134:1
156:11 157:4,8,10
157:13 173:24
181:14,19,24
182:9 191:5
204:19 205:1,4,6
205:17,19 207:10
208:9 215:20
220:5,7,8,9,12,18
221:5 222:6
231:24 232:18,19
235:25 239:9
240:10 247:16
250:13 253:18,21
253:25 254:4,8
256:10 259:17
262:24 264:10
268:16 273:15
276:15 278:19
289:9 295:20
298:13 311:6,8,9
311:15 312:9
322:4,9 335:23
340:7 354:2,7,19
355:16 356:17
358:10,22 359:16
389:24 393:8
394:11 397:12
398:5 399:14
400:19

**reading** 26:9
101:9 121:4
126:14 174:9
204:24 221:11,15
236:8 245:12
253:13 258:21
262:7 270:10
284:4 316:3 354:6
368:9
**reads** 340:8
**ready** 133:21,24
210:15
**real** 53:1 117:21
118:21 120:16,18
189:2 221:7,19
275:22
**realize** 74:16
**realized** 400:3,8
**really** 63:13 74:2
85:3 91:12 121:25
132:21 152:25
154:23 167:24
168:4 170:6
185:22 188:22
198:5 200:13
202:6 203:3 223:1
223:16 228:19
230:3 232:15
241:22 261:6
263:7 265:12
266:12 272:23
298:13 304:13
309:24 317:22
318:12 335:9
346:12 347:17
355:8 356:9
361:17 372:3
398:17
**realm** 123:21
167:11

**realtime** 1:16
**reason** 11:20 57:7
57:13 152:3
164:12 228:11
268:1 271:14
278:5 281:2 286:4
348:12 364:24
365:23 367:6
407:8
**reasonable** 20:23
41:19 45:11
165:14 166:3
170:23 177:22
184:3 195:7
229:11 288:14
301:15 302:8
328:11 333:5
334:21 336:24
337:18,23 339:5
341:4 342:16
348:17 350:18
366:10
**reasoning** 297:15
**reasons** 39:25
207:12 215:23
304:4 344:2,4,5
**reassure** 267:6
**recall** 10:12 11:16
26:5,12,13 53:13
54:25 58:4 67:15
67:18 90:21 95:23
95:24 96:5,9
126:10 129:23
131:23 142:18
174:1,7 202:6
209:10 218:16
251:10 257:18
258:6,21 263:10
270:9 283:5,8
287:11 314:18
317:16,19 318:3

318:17,17,20
319:1,6 320:15
384:8 386:12
387:24 390:15,19
**recalled** 270:19
**recalling** 293:17
**recap** 18:2 224:23
**receive** 24:17
96:11
**received** 24:8,21
27:15 103:13
**receptor** 320:3
**recess** 17:6 23:9
36:15 128:12
192:2 254:16
323:16 380:13
**recognize** 59:14
197:18
**recognized** 154:8
**recollection** 26:9
155:16 157:3
210:24 353:10
355:22 361:18
**recommended**
132:3
**recommends**
281:9
**record** 7:3 8:9
9:14 17:2,4,8
18:10 19:24 23:7
23:11 36:13,17
43:6 56:19 76:9
76:20 77:10
115:16 125:13,15
128:10,14 165:4
191:25 192:4
212:7 213:4
254:14,18 323:14
323:18 380:9,11
381:14 401:25

**recorded** 7:10
79:23
**records** 112:8
116:7 190:3,7,20
**recreationally**
271:12
**rectum** 376:14
**reducing** 212:11
**refer** 137:20 138:1
229:23
**reference** 28:22
30:16 37:12,13,15
43:3 58:9 110:8
199:7 205:23
207:5 209:22
210:1 212:9,11,14
212:15 214:22
215:8,11 218:6,8
218:20 230:8
238:15 241:21
243:18 244:5
245:2,18,23 255:2
257:24 258:4,15
259:25 277:10
299:19 310:16
329:23 330:13
356:21 357:17
375:10 383:24
384:9 385:9
386:11 390:14
397:4 398:17
400:12
**referenced** 27:9
27:13 42:15 44:22
96:2 223:13 232:5
280:6 284:4
307:21,22 310:3
352:2 396:16
397:3
**references** 27:1
29:12,13,19,20

42:20 44:7 204:16
207:16 215:18
254:22 261:24
262:8,11,15
356:20 393:16
**referencing** 28:20
**referral** 218:11
**referrals** 131:22
**referred** 18:24
21:1 29:14 30:22
32:19 59:10 67:10
124:7 127:24
142:19 206:13
219:1 223:7,7
229:20 239:14,20
244:24 255:4
258:18 263:14
266:20 269:22
278:1 280:16
284:25 300:6
303:1,4,7 351:20
351:23 352:3
380:24 381:2,5,8
387:8,21 391:5
**referring** 58:14
153:3 190:18
192:24 225:6
286:8 288:22
308:11 314:14
332:1 368:24
369:22
**refers** 71:6 91:4
137:7 247:3 356:2
**reflected** 388:19
**reflux** 75:10,12
324:16
**regard** 21:20
74:24 117:24
118:7,13,23
197:20 302:2
353:5 367:1

388:19 392:21
393:14
**regardless** 123:14
398:9
**regimens** 138:4
**registered** 1:15
**regret** 333:17
**regular** 314:2
**regulatory** 106:11
176:8 201:24
208:19 216:5
256:2 363:5 372:5
372:18,20 384:16
389:14
**relate** 46:17
116:19 207:5
**related** 8:1 28:4
58:17 75:12 80:20
86:5 87:20 108:7
113:14 135:22,23
149:15 150:6
156:16 185:21
193:25 196:7
197:11 202:1
236:1 237:2
238:18 241:19
242:1,3 243:7
388:25 404:9
406:12
**relates** 15:11
192:18 258:8
**relation** 221:21
305:23 348:11
**relationship** 52:23
97:22 137:5
**relationships**
230:16 233:2
**relative** 202:14,23
**relatively** 132:23
311:16 314:6
339:5 341:2

**relativity** 279:9
**relaying** 77:17
**release** 263:13
284:24 285:17
404:17,23
**released** 11:4 15:6
**releases** 384:16
**relevance** 279:2
358:24
**relevant** 25:2
127:18 200:17
211:3 279:12
359:17 369:19
**reliance** 37:11,15
358:15 384:15
**reliances** 28:15
119:19 280:25
384:21
**relied** 28:5 200:21
342:21 384:12
**rely** 45:15 224:4
322:25 355:4
**relying** 79:17
393:17
**remains** 105:5
315:15
**remember** 11:1
19:18 51:11 115:8
123:8 124:20
142:6,14 143:5
174:12 200:8
216:19 293:4
390:25 394:1
398:6
**remotely** 8:7
**remove** 199:10
**removed** 60:23
61:4,5 68:11
**rendered** 117:12
117:22 118:6,22
120:4

**repair** 15:13
**repeat** 22:19 44:3
117:19 209:19
**repeatedly** 165:2
**rephrase** 171:24
383:5
**replaced** 274:7
**replacement**
270:16 271:1
273:25 274:20
**replaces** 37:19
**replicate** 378:21
**replication** 295:18
**report** 13:1 16:6
16:10 17:17 18:7
18:22 19:5,9
20:20 21:15,16,18
21:19 22:17 24:9
24:12,18 25:10
26:24 27:4,9,13
28:15 29:14,21
36:24,25 37:1,14
39:12 44:23 45:16
46:3,8 47:7 48:12
48:22 57:20 61:14
73:4 77:18 78:5
78:17 79:3,9,21,24
80:16,18 81:4
82:15,17,25 88:16
89:16 94:17 95:14
95:15,19 96:23
97:11,18 98:13
99:14,23 100:4,10
101:11 104:17
105:24 107:22
108:12,19 109:4,5
109:10,16 112:13
113:23 117:10
118:4,25 119:9
121:7,8,20 129:18
129:25 130:15

133:4,16,19,25
134:18 135:15,18
135:22 146:6
157:5 159:11
165:18,18 166:6
168:1 169:4 173:5
173:11 174:18
175:1 176:11
182:14,17,21
186:11 188:15
191:20 192:13
193:24 199:2
203:1,9,10 204:24
205:1 210:14
214:21 215:4,19
218:4 223:13
224:5,12 229:25
230:8,11 233:16
233:17 238:14
239:4 243:17
244:18 245:22
247:1 249:3
251:25 253:12
254:24 257:10,25
258:2,4 261:17
264:23 265:8,10
265:21 278:5
282:18,22 283:11
283:17 285:13
290:5 291:4,19
292:16 294:18
296:2 297:18,25
298:3,12 302:16
303:24 309:21
316:4 317:11
319:8,12 322:2
323:22 326:4,6
328:7 329:13
331:5 338:22
341:22 342:13,13
343:7 346:15

352:2 353:16,22
358:24 359:13
360:5 364:18
365:19 373:15
378:11 381:23
382:23,24 383:16
383:17,25 384:9
384:11,24 385:2
386:12 387:8
388:16,17,22
389:5 390:14,18
393:4,19 396:17
397:1,4,9,12,14
398:10,12 399:17
403:12,17 404:4,5
404:20 405:4,5
**reported**  300:10
318:2 319:10
322:21 382:7
383:8
**reporter**  1:15,16
7:22 35:25 36:4
77:7 406:5
**reporting**  202:14
202:19 230:16
233:2 317:10
318:14,21 319:5
319:25 320:10,14
407:1
**reports**  21:10
23:15 26:17 71:25
77:11 80:9 81:13
82:8 85:17 86:3
87:4 89:10 113:16
136:16 167:17
168:3 172:11
186:22 213:10
231:17 250:13
277:8 283:14
284:4 359:19
360:1

**represent**  9:17
381:19
**represented**
260:22
**representing**  8:19
8:22
**reproducing**
183:24,24
**request**  170:14
**requested**  77:6
**require**  74:20
**required**  94:8
216:24
**requirements**
216:19 255:10
404:13
**requires**  35:7
136:22 173:20
235:20 347:23
348:14
**requisite**  166:2
**research**  47:16
54:8,17 72:14,23
106:9,13 121:15
121:18 133:1,2,8
134:20 151:22
156:6,11,15 164:8
164:12,13,20
178:1 236:4,5
260:17 295:17
323:7 362:14,23
**researcher**  158:20
**researchers**  155:5
155:19 156:7
258:12
**resection**  70:19
75:2
**reserve**  380:5
**residency**  147:13
237:9,11

**resident**  66:17
**resolved**  259:13
**respect**  108:7
115:4 172:20
174:9 176:6 177:5
180:10 226:3
232:1 289:10
291:2 310:17
376:20 389:5
**respected**  240:20
**respiratory**
375:22
**respond**  87:21
273:16
**response**  97:2
228:7 271:23
289:1 305:22
**responsible**  79:25
**responsive**  203:7
366:23
**resting**  379:23
**restricted**  378:10
**result**  77:12
231:19 332:12,23
345:1 365:2
**resulted**  79:24
358:1
**results**  63:18 65:2
72:4 77:17 88:19
232:3 305:15
364:5 385:21
**retained**  12:17
**retract**  344:21
**retreading**  165:1
**revealed**  110:23
**reveals**  110:12
**review**  17:24
45:20 47:3,10
48:16 49:7,19,21
49:22 66:10 75:24
99:20 103:11

104:25 105:4
106:12 110:8
115:4 119:21
121:11,22 127:16
130:11,12 135:23
144:1 148:18
149:6,15 167:18
210:13,16,23
217:12 272:18
281:18 289:23
342:22 359:22
363:1 365:7,8,17
388:22,23 390:6,8
**reviewed**  15:22
29:12 43:23 44:23
104:22 106:20
134:17,18 210:20
210:22 217:17
365:18 400:21
**reviewers**  401:2
**reviewing**  298:20
304:1 306:12
**reviews**  61:17
217:6
**right**  10:15 13:2
16:16 22:16 24:22
26:8 29:7 34:22
37:8,11 40:16
48:22 51:19 57:25
60:18 62:25 66:12
85:22 94:3 95:1
98:18 99:2,24
101:20 104:11
105:4 108:15
111:11,16 114:2
115:9,17 126:20
129:21,22 130:6
130:19 131:13
133:12 134:7
136:6 146:20
152:14 157:20

161:9,15 169:21
169:25 176:17
179:6,13,25 186:6
187:1 188:10
189:3 190:20
191:3 198:7,16,24
200:2 204:16
205:6 207:18
208:16 209:22
210:5 211:20
214:1,19,25 216:7
218:5 222:5,16,19
226:14 230:4
231:14 232:19
233:7 235:12
239:3,21 240:12
240:18,24 242:20
244:19,20 246:20
246:23 252:22,23
253:3,9,14 255:19
256:9 257:11,17
258:25 259:5,21
263:5,9 265:17
268:21 270:7
274:12 275:2
282:7 284:2
287:15 288:4,4,5
289:7 291:6
293:21,22 300:4,9
301:2,6 302:11,22
305:25 306:3
307:9,21 308:18
309:23 311:7
312:11 313:22,25
314:22 315:13
317:2,7 318:11
319:10 320:16
322:5,13 328:4,15
329:1 330:4
332:17 333:14,23
335:9 338:2,7

339:18 345:12
349:12 352:19
355:16 363:25
368:16 371:20
372:8 373:13,25
374:14 382:20
383:10 389:12
397:1
**rigor**  216:24
**risk**  41:3 177:1
202:14,23 208:12
208:15 210:4
230:18 264:6
266:1 267:10,17
269:17 270:19
271:10 272:20,24
273:4,14,19,21
274:11,13 275:11
275:18 279:14
285:18 286:1
287:3,3,25 290:12
290:13 291:19
303:20 305:8
306:8 309:3,22
312:3,5 313:13,16
314:25 315:10
319:24 320:14
334:18 335:8,12
335:16,16 336:25
337:1,24 338:24
339:6,14,15,21,22
342:16 343:11,23
345:13,14,17,22
351:13 352:17
357:24 358:3
366:12 368:2
369:16 370:14
376:17 387:20
388:6,13 394:13
394:20 395:13,19

**risks**  270:22 271:4
272:15 333:2
336:5
**rite**  4:7
**rna**  63:9
**road**  2:11 4:17
407:3
**robust**  102:10
**rodent**  256:25
258:13
**role**  9:21 52:16
54:6 64:22 71:12
73:3,23 165:8,23
**room**  8:6,25
157:25
**root**  384:1,17
**roots**  375:19
**roseland**  2:4
**roszel**  4:17
**rotate**  161:23
**rotation**  85:9
**rotations**  147:1
**rough**  159:18
**roughly**  11:7
24:19 43:8 162:9
**route**  279:9
**routine**  173:25
**row**  372:25
**rubber**  352:5,7,10
352:13 353:9
**rule**  16:6,8 195:24
348:25 349:5,9
**ruling**  194:25
**rulings**  76:15
**run**  63:19 64:24
64:24 182:5,12,14
249:23 289:5
**russian**  167:6

| s |
|---|

**s** 2:1 3:1 4:1 5:1
6:1 9:1 279:9,10
279:11,11 403:9
407:8
**safe** 41:2 42:3
194:12 270:25
273:24 274:20
**sake** 37:6
**salacious** 212:25
**sample** 70:22 71:2
82:5
**samples** 60:22
393:13 399:10
**sanjabi** 2:15 8:21
8:21 128:8 371:11
**sanjabib** 2:16
**sartans** 132:15
**sat** 52:18
**satisfactory** 113:5
**saw** 135:9 225:21
227:7 307:16
317:2 383:25
393:17
**saying** 22:18 31:22
32:22 33:1 37:18
43:18 46:7 48:14
58:6,20 81:1
82:10 86:22 88:2
90:23 91:13 92:21
108:16 116:22
127:1 145:7
162:13 165:12
174:7,12 193:3
221:23 249:17
271:18 274:4
281:25 283:5
301:4 302:7
316:20 317:22,25
318:1,18 323:2
326:12,14 329:5,5

366:15 367:5,6
399:14
**says** 21:19 38:15
38:19,25 39:13
60:12 68:17 101:5
130:21 137:15
139:12 144:2,5
183:2,3 207:9,21
210:8 221:6 222:7
230:13,22 233:1
240:23,25 242:11
242:14,20 243:3,8
243:9,9 245:25
246:2 247:2,23
248:4 250:2 255:8
256:14,22 257:14
259:9 260:4
263:20 264:1
265:6,24 267:9
268:8 270:11,14
271:3 273:19
274:18 275:10
278:24 279:6
281:8 285:20,24
287:8 305:13,16
306:3 312:7,10,25
313:2,11,18,19
314:15,24 315:14
326:7 357:17,21
358:11 359:3
360:6 373:17
375:9 385:20
389:13,16 392:14
394:12
**scares** 203:5
**scary** 203:3
**scenario** 198:10
294:14
**scenarios** 197:21
198:25

**scenes** 62:20
**schistosoma**
324:16
**school** 28:8 97:7
122:17 146:24
147:12 234:21,23
234:25 235:2,11
236:7
**schooling** 234:16
235:20
**schwartz** 156:3
**science** 98:25
**scientific** 44:24
165:13,24 173:14
173:24 190:8
191:7 229:12
256:5 272:18
295:13,14,20,21
298:20 304:2
306:13 329:20,25
330:14 362:22
363:11 366:1,10
**scientifically**
328:8
**scientist** 49:24
50:4 53:8
**scientists** 243:10
270:23 272:14
273:7,12,22 275:8
**scott** 270:2
**screen** 20:4,12
**scripts** 5:7,7
**se** 63:19
**seak** 131:19
**search** 247:12
362:18,25 363:2
363:13,17,19
364:4
**searched** 363:25
**searching** 362:16
362:17

**season** 293:22
**second** 89:14
100:2 125:24
221:16 261:18
344:12 380:17
392:14 398:24
405:10
**secondly** 249:14
**seconds** 401:19
**section** 100:9
102:10 153:18
204:7 211:6 281:7
307:12 322:1,6,8
354:7,8 356:17
382:23 383:15
**sections** 293:13
**see** 20:5 26:13
30:7 37:18 47:24
64:19 71:7,23
72:1 73:8 85:4
100:10,14 116:16
128:24 129:11
130:17 133:15
147:7,23 156:7,22
161:10,11 191:1
200:7,9 209:21
211:3,17,18 212:2
218:12 229:15
231:1 241:5
242:12 243:15,23
244:5 245:15,25
252:11 254:22
256:15,19,20
257:12,13 259:6,7
259:16 265:2,18
267:18,19 272:20
280:13 285:3
288:9 307:4 315:3
315:7,8 318:8
322:11 346:16
347:19 356:6

358:6,7 359:25
360:8,10 378:19
382:10,11 385:19
385:25 386:1
**seeing**  70:23 73:24
103:12 277:18
289:12 376:11
**seek**  136:2
**seen**  21:11,12
39:12 50:20 71:8
74:4,8 85:17
123:12 168:18
221:21 227:25
232:17 264:8,13
266:2,23 270:4
278:4,21 280:14
280:22,23 285:3,5
285:22 292:11,13
292:19 306:24
308:9 338:10
343:17,19 354:25
355:15 357:4
359:2 387:23
**sees**  70:7
**selected**  114:12
**seminal**  53:17
**send**  161:13
168:10
**sense**  12:1 62:20
192:18 236:3
296:12 385:4
**sensitive**  7:6 91:24
**sent**  12:17 20:20
21:10 25:8 30:2
37:3 43:11 105:17
168:21 380:16,17
380:19,20
**sentence**  21:19
37:20 101:13
102:2 180:5,7
181:9,17 183:1

192:24 194:4
204:9 205:3,4
207:7,9,14,19
208:4 209:14,25
213:19 214:23
215:11 226:11
238:17,23 243:2
273:15 299:17
330:22 332:21
360:10 385:19
393:9 400:11
**sentences**  182:6
213:20 330:22,23
330:24
**sentry**  4:10
**separate**  161:3,6
185:23
**sequencing**  63:9
**series**  242:16
**serious**  174:21
213:6
**seriously**  174:19
174:24 175:1,4
**service**  74:6 85:2
86:4 161:20
162:10
**services**  142:10
**set**  154:5 189:2
193:14 238:4
259:13 261:21
264:24 383:24
394:25
**sets**  21:19
**seven**  76:19
301:24,25 302:18
351:6
**shah**  4:19
**shape**  384:20
**shaped**  28:11
374:8

**share**  20:4,12
364:4
**shared**  364:13
**sharko**  125:10
**sheet**  397:4 407:1
**shift**  323:21
**shoot**  128:17
**short**  17:6 23:9
36:15 46:2 128:12
254:16 290:18,25
291:3,8 300:20
301:1,5 312:12
314:6 323:16
380:13 395:15
**shorter**  41:7
386:17 387:4
**shortest**  349:22
386:24
**shorthand**  195:8
406:4
**shot**  17:11
**show**  21:4,8 45:2
67:4 126:18 168:9
181:4 193:12
210:7 213:14
223:13 226:1
232:13 233:3,11
233:12 263:10
280:1 292:7 305:7
310:16 335:25
336:1 337:14
338:21,23 357:7
391:2 398:21
401:8
**showed**  212:17
289:25 290:1
303:20 305:19
**showing**  278:6
290:8 308:7
318:20 367:17
370:16

**shown**  238:21
252:15 259:10
388:24
**shows**  75:12 129:9
231:4 260:11
320:19 351:13
**shred**  329:24
**side**  11:12 13:2
41:10,10 50:9
56:16,24 257:20
359:19 397:21
**sign**  10:2 261:8
**signal**  226:2
**signature**  406:16
**signed**  19:14
131:17 137:13
142:3 199:3
**significance**  290:9
290:15 304:8
306:17 358:5
367:19 392:20
**significant**  40:15
76:16 130:25
176:21,24 177:13
177:15 178:13,22
179:7 192:15,21
192:25 193:17,25
194:6,14,14,17,20
194:25 195:2,4
201:13 222:18
224:6 272:24
274:11 292:8
296:20 305:7
313:12 314:11
337:15 354:4,15
367:4
**significantly**
387:16
**signing**  169:18
**similar**  71:3
121:19 178:7

208:6 210:2
211:23 244:21
286:17 287:16
313:17 369:13
391:21,22,24
**similarities** 249:10
**simple** 33:13
**single** 43:22 44:8
45:5,8,20 47:3,9
47:14 210:22
313:17 328:1,2
339:15 348:18
**sir** 245:19
**sit** 90:21 155:15
257:17 263:9
**site** 14:5 59:6,6,15
63:23 137:15
138:22 139:13
140:13 141:22
143:23 144:2,5
153:17 167:3
237:23 267:1
279:10 400:4
403:19
**sites** 65:4 137:14
**sitting** 26:8,15
80:4,7 83:1 195:3
252:21 253:8
336:20 344:1
399:21
**situation** 112:7
117:4 169:16
193:4 194:7
**situations** 196:16
296:7
**six** 160:9 204:6
263:22 300:25
371:1,7
**size** 105:16
**skin** 161:5,6 379:5

**skip** 205:8
**slater** 2:3,5 10:4
10:14 11:14 12:23
13:16,23 14:8
16:2,15,23 17:22
19:10 20:20 21:10
22:4,9,11,20,23
23:4 24:14 27:11
27:25 29:8,16,22
31:4 32:25 33:4,9
33:21 34:20 35:1
35:24 36:2 37:24
38:8,11 39:24
40:17,23 41:14,24
42:7,16,17,21 43:4
43:8,11,14,17 44:1
44:11,17 45:23
47:12 48:19,23
49:1,10,16 50:1
51:3,16,21 52:3,9
52:18,19 53:11,19
54:3,19 55:13,14
55:24 56:7,15,20
57:5,5,10,19 58:12
58:16,22 59:24
60:24 62:17 63:10
63:25 65:9,21
66:13,24 67:6,13
69:6 70:13 72:7
73:5,11,16,25
74:14 75:25 76:7
79:13 80:12 81:7
81:17 83:18,21
85:23 87:6 88:7
88:17,25 89:11,22
90:17 91:8 92:12
92:22 93:18,25
94:10 95:6,21
96:7 98:2,9 99:3
99:17 100:1,21
101:2,8,12,21

102:4,18,23 103:2
104:6,12 105:8,13
106:22 107:6,21
107:23 108:18
109:11,20 111:5,6
111:17,19 112:16
112:18,25 114:6
115:1,10,19 116:9
117:17,25 118:9
119:1,13 120:7,17
120:23 122:5
124:12,18 125:6,9
125:17,21,23
126:13,17,21,24
128:6 130:4
131:24 132:1,12
134:13,21,25
136:19 137:17
138:25 139:6,9
140:15,19,22
141:2,8,12,24
142:13 143:9,24
144:20 145:8,23
146:5,8,14 147:9
148:24 149:3,8,19
150:8,20,25
151:25 152:22
154:21 155:25
156:19 158:14
160:5 163:11
164:1,9,19,22
165:10,20 166:11
166:20 167:21
170:20 171:5,8,14
171:22 172:6,15
173:7 174:5,20,23
175:17 176:4
178:23 179:11
180:9 181:11,21
182:15,20,23
184:6 185:12

186:7,24 187:19
188:2,17 189:12
190:4,21 191:17
193:5 194:21
195:5,15,22 197:5
198:1 199:12
201:7 203:23
204:17,23 205:12
206:7 207:2,11
208:10 209:17
210:18 212:7
213:3,11 214:9
215:5,22 216:8
217:1,8,15,22
220:21,24 221:9
221:13 224:15,19
224:24 225:3,10
227:1,21 228:16
228:22 229:5,16
230:6 233:8 234:4
234:11,18 235:5
235:22 236:11,20
237:3,25 238:11
239:22 240:2
242:7 244:9
248:18 250:17
251:12 252:17
253:15 254:6
256:7 257:2,5,8
258:1 260:7,19
261:2 262:1,6,16
263:19 265:15
266:7 268:3 270:6
276:17 277:2,4,17
277:22 278:12
279:17 280:6
281:15,20 283:24
284:7,13 286:5
288:1 289:19
292:23 293:9,18
294:4,10,20,23,24

295:2,10 296:4,17
297:10,22 298:9
299:6 301:19
302:12 306:1,9
307:8,16 308:19
309:11 310:13,24
311:13 312:6,8
313:3,6,9,23 315:4
321:11 323:3
324:8 325:3
328:18 329:2
330:5 331:14,24
332:18 333:7
334:24 335:20
337:3 338:3 341:7
341:12,18 342:17
343:6,15 344:12
345:4,20 346:5,21
349:13,19 350:2
350:22 352:23
353:17 355:10,18
356:9 359:9,23
361:12 362:4
363:20,23 365:12
368:4 370:24
371:3,7,15,19,22
372:9,23 373:3,10
374:1,15 377:7,17
377:24 378:4
379:8 383:4
384:13 385:1,15
392:5 396:5,13,21
397:19 399:24
400:5,14 401:9,22
403:7
**slices**  61:8
**slide**  92:15 105:3
105:18 106:7,19
191:3 195:14
196:2,8,12 197:4
197:25 198:4,15

198:20
**slides**  61:8,9 92:20
104:3 105:22
107:15 116:7
197:8
**slightly**  312:3
**sloppily**  215:12
**slow**  347:11
**slowly**  347:12
**small**  84:24 91:20
133:7 145:10
189:1,6 313:12
401:4
**smaller**  41:6
**smoke**  204:12
324:7
**smoked**  353:10
**smokeless**  324:7
**smoker**  349:18
**smokers**  370:7
374:20
**smoking**  80:20
87:16,22 88:13
108:4 177:20,24
178:2 196:14
208:6 209:15
210:3 211:23
213:7 214:7
327:20 352:21
353:7,25 354:3,11
354:14 357:23
377:23 378:2,13
392:17,22 399:4
**smooth**  9:12
**smrs**  358:2
**societies**  151:2,9
**solco**  5:16
**sold**  383:2
**solely**  242:15
246:16

**solid**  227:6
**solutions**  7:21,24
**somatic**  348:14
**somebody**  334:9
386:25 390:2
**somewhat**  222:21
374:7
**soon**  323:11
**sooner**  386:19
**sophisticated**
130:19
**sorry**  19:22 36:6
49:3 74:14 101:3
101:8 107:8
171:24 178:24
182:17 188:6
202:10 204:20
221:9 224:21
241:6 248:11
259:5 262:2 278:9
278:12 294:17
304:15 315:4
379:8
**sort**  14:6 18:1 54:4
69:12 70:5 78:3
84:9 86:6 93:1,7
156:24 224:9
269:10 283:12,21
317:17 331:5
340:10 343:11
379:23 390:3
**sound**  66:12
129:21 155:14
**sounds**  20:23
23:13 34:12 51:1
51:5 129:22 130:6
256:9
**source**  195:25
219:24 334:10,15
361:10

**sources**  195:20
204:13 207:1
218:22 221:25
222:9 225:22
227:23 228:15
377:5
**speak**  205:3 370:5
**speaking**  33:12
43:9 76:22 77:16
162:9 166:14
182:18 271:8
361:23
**special**  139:19
160:20
**specialist**  137:16
**specialists**  91:5
152:20 272:4
**specialization**
14:22
**specialize**  63:8
153:14
**specialties**  59:18
79:9 160:18 269:5
**specialty**  13:14,22
14:22 35:20 59:23
60:15
**species**  248:1
250:5 325:9
375:12,21
**specific**  24:23,25
28:4,12,14 29:11
35:6 37:20 87:9
96:24 103:19
108:5 111:13
112:1,6,9,9,17
113:20 116:6,12
116:15,17 119:16
137:5 146:25
147:19 148:19,23
149:7,22,25 150:4
150:6 155:16

[specific - stenographic]                                              Page 56

172:19 174:11
177:6 179:9
197:12 198:14,14
214:13 216:24
236:17 264:10
284:5 296:19
297:12 299:19,19
302:23 314:13
327:17,20,24,25
329:23 330:21
331:11,16 332:1
334:12 340:6,9
342:3,3 346:7
350:8 355:21
360:23 362:6
366:23 375:24
384:9 385:9
**specifically** 58:14
90:24 97:11
105:21 129:23
133:24 137:7
155:5 158:3
185:17 193:11
194:4 212:3
266:13 270:9
276:12 279:6
283:5 289:10
292:6 293:5
302:21 311:2
375:10 376:13
393:18 394:24
396:17
**specificity** 327:14
339:22 340:1,4
378:8
**specifics** 194:5
**specimen** 61:17
66:11 70:18 75:3
88:23 91:22 92:10
92:20 168:3,22
170:10 173:12

195:14,21
**specimens** 60:23
65:19 71:14 73:23
84:2 104:2,3
162:5 167:17,18
188:5
**spectrum** 339:3
340:25 351:14
374:22
**speculate** 166:6
181:24
**speculating** 321:9
321:21
**speculation** 168:1
168:17 396:2
**speculative** 289:17
289:22
**spend** 61:13 85:1
**spent** 133:18
135:12,14,18
143:15
**sphenoid** 169:11
**spiel** 11:22
**spike** 317:19 319:9
**split** 72:14 84:18
**spoke** 51:12,13
341:21 366:19
395:10
**spot** 218:23
**spotted** 215:19
**sr** 110:25
**st** 5:3
**stable** 315:16
**staff** 272:5
**stage** 39:14 40:5
61:10 90:11
284:15,17
**stages** 389:22
**staging** 53:25
143:15 145:2

**stain** 61:9
**stand** 122:9 199:5
199:23 200:4
210:16 388:21
389:4
**standard** 87:24
97:5 168:6 191:9
399:4
**standardized**
102:15 104:19
**stands** 365:21
**start** 18:9 19:6
21:18 22:17,21
26:23 104:25
106:7 179:18
183:5,13,25
203:14 207:22
228:9 296:10,22
297:3,14 331:20
362:24 369:10
376:9
**started** 9:11 50:13
51:2 54:21 163:16
202:19 206:23
224:11 297:5
384:3
**starting** 9:19
156:22 204:7
221:17 261:16
270:13 346:1
349:24 353:9
**starts** 183:23
220:4 263:20,23
298:24
**state** 1:17 6:3 8:7
8:10 9:3 34:21
76:9 125:14 165:4
212:6 298:3
313:20 364:22
379:23,24

**stated** 46:9 98:14
101:6,17 227:18
**statement** 40:20
54:10 79:16 127:5
177:17 196:4
211:1,14,22
212:24 216:4
260:10 266:3
273:6,8,9 275:20
275:23 276:8,10
285:18 286:8,12
295:25 296:7
298:1,14,16
321:19 328:17
331:25 332:3,5,15
333:20 340:10
348:22 349:6
358:10,22 376:1
397:18 399:17
**statements** 49:12
106:11 119:23
176:8 197:19
201:24 213:9
284:20 340:5,6,7
363:5 393:25
394:3
**states** 1:1 7:13
245:6 256:15
289:14
**stating** 18:10
**statistic** 320:7,18
**statistical** 290:9
290:14 304:7
306:17 313:21
**statistically** 292:8
305:7 313:12
314:10 354:12
**statistics** 268:2
**stay** 173:22
**stenographic**
406:10

**step** 119:6 344:14
**stephen** 1:10 7:11
  18:11 402:2,5
  403:12,15,17,21
  403:23 406:7
  407:7,21
**sticker** 124:14
**stimulated** 379:19
  379:20
**stomach** 84:24
  145:10 224:1
  376:13
**stone** 238:4
**stop** 132:23
  183:25 268:12
  271:17,18 277:3
  371:14,16
**stopped** 63:3,4
  274:14
**straif** 352:1
**straight** 19:19
  214:20
**straightforward**
  54:11
**street** 6:3 71:5
**strength** 304:5
**stretch** 143:19,20
  157:23
**strictly** 118:3
  173:9 236:4
**strike** 46:25
  193:17 203:6
  213:1 271:22
**striking** 202:22
  319:23
**strokes** 395:17,22
**stromal** 184:24
**strong** 246:11
**structures** 66:5
**studied** 52:1 209:3
  209:4 226:8

238:19 300:24
301:12 302:11,14
334:22 337:1
**studies** 43:10
  46:17 47:6 104:21
  120:11 134:2
  201:11 221:3
  223:6 225:24
  226:1 228:1 232:1
  232:4,12 233:1,7
  233:11,12 241:4
  250:25 260:24,25
  273:2 279:13
  290:24 292:3,6
  300:2 301:5
  303:20 304:3
  306:15 308:15
  310:1,4,4,5,8,9,10
  310:11,16,19,22
  311:1 312:13
  322:2 329:11
  335:24,25 337:14
  337:16,17 338:14
  338:20 339:1
  341:24 342:23
  344:20 350:25
  351:5 359:7
  366:22 367:25
  368:7 370:9,16
  375:24 376:10,11
  376:12,18,19
  387:21
**study** 60:21 65:25
  155:23 201:20
  222:23 223:1
  227:11 230:15
  233:2 259:10
  279:16,17,25
  288:19,25 296:16
  300:8,10,20,25
  302:18,19 304:14

304:19 307:25
308:18 309:6,8,9
309:13 311:6,23
313:20 315:9,23
320:6,10 322:3,8,9
322:14,17 342:5
352:9,10,20,25
355:23,25 356:17
356:20 357:22
358:8 389:6 398:7
400:20
**study's** 300:9
**studying** 253:11
**stuff** 43:13 98:8
  294:21
**style** 33:16
**sub** 60:15 160:18
**subcategory** 60:9
**subcellular** 66:5
**subdivision**
  160:10
**subject** 294:5
  358:4
**subject's** 304:25
**subjected** 339:9
**submitting** 191:5
**subscribed** 402:8
  407:22
**subsequent** 177:2
  356:12
**subspecialist**
  84:20,21 144:24
**subspecialists**
  161:14
**subspecialty** 144:9
**substance** 180:19
  220:12 337:11
  370:4 387:12
**substances** 349:2
  352:14,18 353:2
  389:1

**substantive** 35:12
**substitution** 30:15
**sucks** 266:12
**suddenly** 396:10
**suffered** 333:3,23
**suffers** 322:22
**sufficient** 245:10
  246:4,9 348:19
**suggest** 177:4
  281:25 312:1
**suggested** 168:23
**suggesting** 141:16
  214:24 215:2,8
  354:3
**suite** 2:11 3:3 4:3
  5:3,11,18
**summaries** 292:20
**summarize** 18:1
  121:19
**summary** 386:2
**super** 80:25
  177:18
**supplemental**
  27:16 280:25
  282:6,11 354:23
  405:8,10,13
**supply** 355:3
**support** 306:7
  328:25 365:11
  370:15,18 389:19
**supported** 305:2
  400:12
**supportive** 309:20
**supports** 366:18
  367:22
**supposed** 77:13
**supposition**
  345:24 368:19
  369:24 370:19
**suppressor** 348:5

**supreme** 13:10

**sure** 9:11 18:11
35:11 36:21 40:3
42:11 44:4 50:20
51:12 78:22 87:12
103:10 113:9
115:11 119:15
121:24 123:14
124:19,24,25
129:20 142:25
145:4,16 150:14
153:24 156:2
170:16 172:9,21
185:14 186:9
192:17 200:14
203:12 206:5
210:10 211:2
212:7,22 213:13
213:13 215:25
216:14 218:5
231:12 239:2,6,24
240:4 249:22
252:2,21 265:17
276:23 277:9
281:24 282:9,21
283:16 285:14
286:9 289:21
291:16 299:8
300:12 309:17
314:9 316:22
320:25 321:18
322:4 323:25
344:18 349:10,15
350:5 355:2,13
362:12 363:13
364:20 383:6
385:3,5 398:24

**surgeon** 70:20
79:17 136:23

**surgeons** 79:7

**surgery** 61:5
68:18 77:15 85:2
136:23 147:2
152:16 153:10

**surgical** 60:1,6,8
60:14 61:20 63:14
64:5 70:19 71:12
85:9 103:25 104:9
137:20 138:2
144:5,6 148:1
152:6 153:9
161:19,22 163:5
167:25

**surprise** 154:18

**surprised** 400:16

**susan** 125:9

**susceptible** 250:5

**suspect** 177:22

**suspicion** 85:18
296:23 297:4

**suspicious** 87:1
180:23

**swaths** 189:8

**swore** 69:19

**sworn** 9:2,24
402:8 406:7
407:22

**symptom** 105:2

**symptoms** 71:21

**syndrome** 308:2
308:10,10,17,25
309:14 367:12,21
368:1,8 369:5,18

**syndromes** 197:11
369:7

**synthesize** 71:21
323:8

**systematic** 95:7
110:23

**sörgel** 205:16
206:10 390:13

391:20,25 398:14
404:2

**t**

**t** 9:1 324:14 403:3
403:9 406:1,1

**table** 42:14 134:4
134:7 211:4,5,5
213:2 230:21
231:4

**tablet** 226:24
264:16 393:12
399:9

**tablets** 211:7
227:20

**take** 11:20 12:20
19:12 20:21 21:5
36:10,10 79:15
93:16 100:15
101:25 102:14
104:19 106:14
128:18 132:15
145:14 150:1
151:24 164:7
168:11 174:18,25
175:3 203:10
208:21 210:9
214:21 234:15
239:9 247:10
266:23 268:16
270:4 271:11,12
272:9 273:1
274:12,15 278:22
289:4 291:6 323:7
327:19 337:10
343:1,9 346:1,10
346:18 349:11,17
350:10,17 352:20
353:13 355:11,11
370:4 382:25
387:17

**taken** 17:6 23:9
36:15 128:12
130:1 192:2
254:16 276:5
323:16 380:13

**takes** 77:14 174:23
349:23 350:20

**talk** 10:4 12:2
32:15 33:12 55:25
56:5,21,25 69:14
133:5 134:15
135:4 173:1 191:4
196:25 261:9
265:11 268:13,23
285:21 294:24
300:1,7,18,22
319:7 322:10
331:5 335:13
343:3 363:7
369:13 384:17
386:15

**talked** 17:24 55:7
94:6 98:21 108:6
127:21 135:5
145:17 155:8,11
156:24 172:13
190:16 201:6
203:16 204:3,5
255:13 261:12,19
265:25 275:9
277:8 317:15
338:17 350:25
362:11 378:7

**talking** 17:13 25:2
26:14 30:13 32:8
32:8 43:3 70:24
74:15 78:6 86:7,8
86:18 91:4 97:20
102:20,24 111:14
185:19 189:24
192:23 193:9

194:1 206:8
212:10 226:16
236:8 242:21,23
243:23 249:5
252:9 259:9 261:4
274:4,6 276:1
283:24 293:9
298:17,17,18
310:18 313:3
317:20 333:11
341:12 346:15
348:11 368:22
395:18
**talks**  148:18 185:9
185:9,14 252:7
258:25 264:3
278:16 355:25
357:10,11
**target**  376:15
**tasked**  79:20
**tasks**  72:15
**taste**  294:21
**tawab**  391:20,23
392:24 396:12
398:16,22 405:15
**td50**  250:24
286:19
**teaching**  66:16,18
72:14,23
**team**  70:5 71:2,3
71:11 72:25 76:3
79:19 91:5,7
272:2 292:23
343:14
**teams**  70:11
**tease**  81:21
**technical**  86:22
255:10 256:5
404:13
**technically**  370:6

**tell**  9:24 10:10
21:10 52:8 58:13
66:19 69:19,22
86:1 91:18 92:6
110:4 129:2
148:11 152:11
159:6 162:7
181:17 192:16
195:19 196:7,10
198:3,16,19
203:21 211:1
216:13 222:14,15
245:18 247:9
251:13 252:1
281:20 292:14
293:11,14 303:18
306:4 317:13
347:14 355:6
392:6 401:16
**telling**  56:22 230:5
242:8 267:22
393:16
**template**  34:2
**ten**  28:9 65:23
75:21 123:9
312:13 346:10
347:1 351:8
**tend**  160:12,24,25
220:22
**tends**  374:25
**tenet**  98:24
**tens**  45:1 342:9
362:1,3
**term**  52:20 91:10
263:4 314:2 333:2
347:8 386:18
387:22 395:15,19
**terminus**  2:11
**terms**  13:5 14:21
23:13 24:20 26:20
27:21 29:11 34:18

41:12 45:21 47:4
53:16 54:13 59:22
61:12 70:3 82:24
83:15 84:1,6,11
86:24 90:25 93:24
106:25 107:18
130:7 190:9
191:12 195:12
211:21 215:18
216:3 231:10
233:4 249:2
250:10 269:16
272:15 291:22
310:9 325:10
333:1 334:17
355:23 363:2,14
363:17 364:2
398:9
**terrible**  132:16,21
136:14 334:4
**terribly**  170:5
349:1,7
**test**  87:18 88:3,24
89:3 168:25 169:1
220:11
**tested**  211:7 276:2
375:13
**testified**  9:4 10:21
13:7,19 14:25
131:9
**testify**  127:12
**testifying**  13:13
127:9
**testimony**  29:18
38:17,24 67:16,19
70:5 131:1,12
165:19 175:4
387:24 402:2
**testing**  64:4,7 88:4
88:19 168:9 284:1
295:17,17 315:24

315:25 316:15,16
316:17 358:5
385:20
**tests**  64:11,15 66:4
143:17
**teva**  3:8,8 8:15,22
9:17 283:18
284:14
**thank**  9:8 12:4,10
20:16 36:19 80:25
146:16 192:6,8
231:8 385:12
396:5 401:23
**thankfully**  132:22
**theranostics**  145:2
**thereabouts**
282:12
**thing**  14:6 39:9
47:25 71:15 75:8
78:3 95:16 115:22
118:19 217:4
222:22 223:19
238:4 241:25
269:10 295:7
308:24 331:4
**things**  12:18 27:8
35:7,9,14 41:19
49:4 63:22 76:5
94:6 97:15,16,19
98:12,20 102:21
106:16 121:4,9,10
123:25 130:4
154:16 158:1
163:4 166:18,24
167:15 176:16
182:16 188:24,24
189:21 190:11
191:8,9 212:8
216:25 239:20
240:14 282:16
283:21 284:12

**[things - times]**    Page 60

298:12 307:24
379:24 395:17
397:22 401:4
**think**  9:7 10:6
  12:5,21 19:3 24:7
  25:1 27:18,23
  28:23 33:18 34:19
  37:7,24 38:11
  41:17 47:15 49:3
  49:17 50:19,23
  54:2 56:8 58:8,10
  62:6 66:11 68:5
  68:14 71:10 74:15
  80:5 81:5,11,19
  82:12 83:2,7
  84:12 89:7,13
  93:1 94:15,18
  96:22 97:16,19
  99:24 103:20
  108:22,23 110:2
  112:6 113:6
  114:19,25 116:24
  119:4 122:1,10
  125:4,8,9 128:22
  129:11,16 130:8
  131:17 132:1,10
  135:17 138:11
  139:21 140:24
  141:14,15 143:19
  145:22 150:22
  153:11,12 166:17
  167:1,10 168:23
  170:4 175:13
  178:12 180:4,6,7
  180:21 181:9,18
  182:4 188:9
  191:21 194:17
  195:7,11,19
  198:11 199:15,21
  201:9,11 202:2,6
  203:3 207:4

210:21 218:7
219:19 223:6,15
227:5,23,24
228:18 230:2
233:23 234:6
238:2,16 241:16
241:19,20 249:25
253:10 261:12,17
264:18 267:21
272:19,20 273:1,3
274:10 275:6,21
276:19 280:21,24
281:3 283:15,18
284:17 285:9,12
285:15 288:7,11
289:13 290:17
296:14 297:13,24
298:11 301:7,12
302:17 305:13,14
306:10,12,23
307:24 312:13
315:20 316:19
317:17,21 321:20
322:7 323:10
327:15 328:4
330:10 335:9
337:6 338:12
339:4 340:6,11,23
345:7 348:21
351:11,19 353:24
354:22 364:19
367:13,22 368:18
369:17 376:4,9
379:12 380:1
387:4,11,13 396:3
397:16,25
**thinking**  28:11
  83:11 84:10
  118:14 224:21
  324:21 370:2
  384:5,20 395:24

396:4
**third**  141:9 286:9
  348:4 357:22
  380:18
**thornberg**  4:2
**thorough**  57:16
  127:17
**thought**  25:6
  28:20 57:5 83:2,5
  84:5 97:17 113:24
  130:24 197:15
  198:5 214:14
  262:6 277:18
  379:10 384:2,21
  384:23
**thoughts**  112:3
  168:15
**thousand**  211:9
  212:17
**thousands**  45:1
  159:13,15 337:10
  342:9 362:1,3
**three**  49:4 60:11
  85:1 161:23 267:3
  274:9,12,16,25
  275:1 283:18
  290:4,6 300:2,5
  305:14 307:13
  314:4,23 351:9,10
  351:12 397:21
**thresher**  258:5,16
  404:16
**throw**  339:12
**thyroid**  85:6
**tight**  240:9
**time**  7:3 8:11 11:7
  17:4,8,9 23:7,8,11
  23:12 25:4,5 27:4
  30:17 31:12 36:13
  36:14,17,18 39:18
  40:9,14 41:12

56:13 58:3,17
61:13,16 66:9
69:9 71:1 72:19
75:23 76:24 80:5
83:2 84:13,14
85:8,12 103:6
120:3 122:3
128:10,11,14,15
130:17 131:11
133:18 135:14
141:9 143:15
146:14,15 149:16
153:24 162:11
170:16,17 191:25
192:1,4,5 195:8
210:10 217:25
253:13,18 254:14
254:15,18,19
267:5,12 272:23
273:1 277:12
290:19 293:16
312:12 314:6
316:1 322:24
323:14,15,18,19
329:9 331:17
332:21 335:4
336:12 346:3
348:5 349:23,25
350:20 353:13
355:11 370:21,24
380:11,12 381:14
381:15 382:25
383:18 384:25
386:24 387:13,14
394:15 397:9
401:25 402:1,3
**timeline**  346:25
**times**  10:7,11 13:7
  53:4 72:10 75:1,9
  86:25 89:8 93:5
  118:3 157:6,13

[times - tumors]                                                                                                 Page 61

167:25 173:15
188:1 191:4
196:15 198:4
215:21 217:23
234:7 249:3 251:7
251:18 275:14
311:10 352:4
**tissue** 65:17 68:11
222:11 378:3,9
**tissues** 60:22
65:20 71:13
378:10 379:1
**tobacco** 324:7
**today** 9:20 12:6,16
12:22 18:8 27:18
80:4,7 83:1 90:21
102:17 114:15
133:21,24 135:6
138:16 141:15
142:15 155:15
158:23 174:1
195:3 210:15
239:21 243:20
311:19 312:20
331:9 333:5,12
336:20,21,22
338:1 344:1
362:11 392:23
397:17 399:21
**told** 22:20 116:4
158:23 159:1,3,7
174:2 230:10
267:20 292:24
343:20
**ton** 353:8
**tons** 132:18
**top** 121:13 191:15
191:16 243:13
255:8 257:12
258:9 285:20
353:11 364:21

368:10 382:1
385:17
**topic** 106:15 110:1
221:4 229:3
236:22 390:6,8
**total** 85:12 135:11
292:15 317:7
392:16
**totality** 45:9 48:8
232:13
**totally** 44:13 108:9
111:22 212:22
289:16 316:19
**toxic** 228:14 229:1
**toxicity** 90:15
**toxicologist** 26:1
163:21
**toxicologists** 272:3
**tp53** 348:4
**tpc4** 348:9
**track** 63:6 76:22
162:8
**tracking** 206:6
**tract** 375:22
376:13 378:22
379:5
**traditionally**
77:13
**trained** 234:9
**training** 14:1
28:13 29:2 42:19
146:19 147:14
148:14 234:13,16
236:7,18,22
**transcript** 66:20
67:5 124:23
403:20,22
**transcription**
406:10
**transferred** 35:15

**translation** 392:7
**transplant** 74:7
**transplantation**
74:6
**traurig** 1:12 2:10
3:2 9:15
**treat** 120:13
136:11,17
**treating** 190:19
**treatise** 108:11
**treatment** 91:1
145:4 268:15
270:18 271:1
273:25
**treats** 76:4
**treeck** 110:9
**tremendous**
220:14
**tremolite** 324:20
**trending** 367:18
**trends** 290:10,17
304:10 306:20
308:7 367:3,7
**trial** 10:21 13:7
15:1 16:17,20
47:21 66:20
**tried** 171:12
175:21
**trischler** 3:14 8:18
8:19 206:19
371:13 372:1
380:8
**trivialize** 306:19
**trouble** 369:13
**true** 42:6 48:25
53:18 55:4,5
69:24 77:9 89:9
90:16 92:11 105:5
108:21 110:1,3
118:5 120:22
133:11 160:16

166:18 175:7
184:22 186:13
195:14 228:15
237:24 248:17,21
251:18 253:7,10
260:18 266:11
269:2,3 288:15
290:15,16 291:23
295:22 298:8
300:14 310:12,23
319:18 329:8
340:12 360:13
367:5,7 372:15,22
373:9 374:14
406:9
**trust** 271:16
**truth** 9:25 69:19
69:22
**try** 17:12 46:6
72:17 117:20
141:19 166:15
208:13 224:12
249:23 305:3
329:23 343:1
359:22 362:21
364:1,2 380:3
**trying** 149:2 150:5
221:10 249:15
262:9 346:16
372:3
**tumor** 61:7 190:25
250:6 286:19
318:21 319:4,22
348:5
**tumors** 144:14
183:21 184:24
197:10 248:1
250:7 318:2 319:5
319:21,21 320:24
321:17,18 375:18
375:21

**turn** 61:8 125:24
169:19 170:15
220:2 231:3 267:2
269:20 270:12
346:19 372:2
381:24
**turned** 24:5
169:16 170:3
**turning** 67:18
**twice** 157:15
372:24
**two** 10:12 13:7
28:20 32:2 37:21
60:11 62:8 81:19
87:15 131:18
135:6 142:5 179:9
182:6 190:20
212:13 304:13
309:23 310:1,11
310:22 311:1,10
311:22 317:7
320:22 330:7,22
330:23,24 367:10
398:14 401:19
**type** 75:8 85:3,19
110:25 111:4
113:3 121:1 170:2
201:19 279:11
316:1 325:6,11
326:1 343:4
**typed** 380:18
**types** 39:20 40:11
84:11 151:7
197:14 269:4
316:1,18 325:16
325:18,23,25
327:11 362:1,8
375:1 376:3
**typical** 348:3
350:19 374:6,6

**typically** 83:10
162:6 345:25
347:19,24,25
361:25 362:25
**typo** 68:15
**typographical**
39:3

---

### u

**u.s.** 5:16 264:23
**ug** 392:16,19
**ultimately** 93:12
**unaware** 216:10
**unbiased** 124:4
**unclear** 301:13
**unclearly** 214:15
**uncomfortable**
36:5 225:7 252:4
**uncontroversial**
330:11
**underneath** 250:2
**understand** 19:7
21:17 29:1 33:5
54:6 70:4 96:13
111:23,24 114:1
115:24 118:16
122:15 124:2
138:10 157:20
165:7,17 171:19
172:9 174:15
214:20 218:15
242:4 245:16
256:1 271:25
302:3 316:20
342:10 356:10
358:14,23 366:13
366:14 382:14
**understanding**
13:5 41:1 69:9
115:21 129:13
200:19 219:9
372:16 376:6

395:23
**understands**
126:16
**understood** 9:23
12:12 21:25 28:23
115:17,21 198:12
200:2 208:25
246:19 297:1
359:6 360:3
**undertaken**
260:16
**undiagnosed**
389:22
**unethical** 48:1
181:7 261:7
**unfair** 297:24
**unfortunately**
30:21 363:8
**unit** 7:9
**united** 1:1 7:13
**universal** 325:2
327:7 328:1
**university** 18:14
31:24 153:16
154:3 217:19
**unknown** 256:17
256:23 257:15
279:2
**unpack** 54:10
**unpackage** 103:23
**unprecedented**
335:3
**unrealistic** 47:15
**unreasonable**
339:14
**updated** 31:21
**upload** 167:5
**urethra** 378:15
**urine** 201:21
**usa** 3:8 4:14

**usage** 199:23
**uscap** 151:18
**use** 48:4 86:2,5
99:14 146:15
158:9 193:24
194:17 255:11
270:21 273:20
289:12 292:25
296:11 304:23
305:1 309:14
313:14 314:2
319:3 347:8,9
404:14
**users** 203:3 304:15
304:16 320:2,13
320:13
**usually** 82:3 85:11
93:9 109:4 170:22
173:12 187:8
196:7 288:3 348:2
400:24,25
**uterine** 290:13
306:22 367:9,10
**utility** 306:18
**utilize** 79:9
**utilized** 104:20

---

### v

**v600** 184:25
**vacuum** 28:7
71:18 91:14 93:4
**vaguely** 96:6,10
**valsartan** 1:4 7:12
21:23,24 39:17
40:9 46:18 50:16
51:9 54:15 58:25
64:18 94:18 96:23
99:13 101:3,5,11
106:6,21 145:20
145:24 146:1,10
146:12 156:16
164:8,18,21

178:15 202:5,15
202:25 207:6,25
208:5 209:15
210:2 211:23
214:6 215:15
218:17 226:24
227:19 251:8
258:11 264:15
271:11 272:25
274:10 275:24
281:23 285:19
287:10 289:12
290:24 291:21
292:7,9 299:21
303:19 304:15,17
304:22,23 305:1,9
305:18,20 309:5
309:14 311:3
312:2 313:15
314:3 315:2
318:22 319:3
320:1,13 321:16
322:22 332:13,24
336:6,18 339:3
365:4 373:19
382:8,13,18,19
383:2,9,12,20
385:11 387:24
395:10 407:5
**valuation** 269:17
**value** 286:20
  359:5
**valuing** 173:17
**van** 110:9
**vaporize** 223:2
**variable** 162:18
**varied** 232:3
**variety** 352:14
**various** 183:18
  207:1,14,25
  218:22 304:4

306:14,15 325:15
325:23,25 375:19
  375:20,21
**vary** 85:10 177:16
  227:13 228:3
**varying** 149:14
  227:8
**vast** 75:22 76:2
  201:4,9 379:13
**vegetables** 361:10
  361:15
**venture** 123:16
**verb** 86:5
**verbally** 78:8 79:2
**verbiage** 86:18
  263:11
**verbs** 86:2
**verify** 126:25
**veritext** 7:20,23
  407:1
**versa** 137:7
**versed** 63:17
**version** 64:17,18
  124:13 145:18,19
  247:12
**versus** 10:21 13:9
  15:16 66:20
  139:23 226:24
  229:8 269:17
**viatris** 6:16
**vice** 137:7
**vicinage** 1:2 7:15
**victoria** 2:13
**video** 7:10,17
  19:24
**videographer** 6:16
  7:1,22 17:3,7
  19:21 20:3,16
  23:6,10 36:12,16
  128:9,13 191:24
  192:3 254:13,17

323:13,17 370:25
371:1 380:10
  381:13 401:24
**videotaped** 1:10
**view** 69:13
**viewpoints** 97:5,6
**violation** 125:1
**virtually** 89:8,18
  272:22 350:5
**virus** 87:17 88:11
  90:8 324:13,14,15
  324:18,18
**vitae** 30:20 31:3
  31:10,15,16,18
  32:14 33:3,16
  64:17 145:14
  216:18
**vitamin** 361:20
**voice** 17:12
**volatile** 204:10
  206:25 218:21
  253:6
**volume** 24:20
  243:12

**w**

**w** 5:18
**wainaina** 6:15
  7:19
**wait** 101:2
**waiting** 37:1
**walk** 33:6
**walked** 135:6
**wallack** 4:17
**want** 9:10 19:6,22
  20:13 30:19 35:2
  38:6 39:9 47:1
  58:13 59:7 67:4
  69:15 75:4 77:3
  77:19 81:21 94:24
  102:11 121:23
  124:24 127:4

129:4,19 134:15
141:10 146:7
157:1 163:17
173:10 178:15
180:5 181:16
186:9 187:3,24
188:21 192:11
193:11 200:24
206:5 213:8
235:11 238:16
241:12 242:11
248:12 249:21
251:14 254:4
261:9,20 262:2
267:7 275:1
276:21,22 277:9
277:10,16 280:13
281:2,21,24 285:3
291:15 295:2
296:9 300:11
303:24 308:24
316:11,13 317:5
326:6 332:9
333:16 344:14
353:17 355:10
356:10 357:9
358:21 362:10,12
364:20 366:23
373:14 380:3
391:2
**wanted** 199:10
  244:7,14 283:16
  389:24 396:21
  400:22
**wants** 217:25
**warns** 263:20
**water** 204:12
  231:23
**way** 28:25 47:16
  47:19 52:13 63:17
  70:15 71:3,10

[way - wrote]                                                    Page 64

72:3 77:13 79:1
80:6 86:22 95:7
95:17 103:14,15
113:10 137:2
143:20 152:11
164:16 183:16
185:23 191:9
196:5 200:18
223:1 286:13
314:23 338:9
340:20 352:21
362:21 363:9
374:19,24
**ways** 48:5 54:4
87:16 183:18
338:9
**we've** 55:7 117:11
171:11 172:10
186:5 187:11
190:16 273:10
282:12 285:22
338:10 369:5
**web** 14:5 59:5,6,15
63:23 65:3 137:14
137:14 138:22
139:13 140:13
141:22 143:22
144:1,4 153:17
167:3 237:22
403:19
**week** 311:21
**weekends** 72:18
**weeks** 311:22
346:12 350:13,15
395:16
**weigh** 217:20
**weight** 45:8
132:18 200:16
220:23 304:9
306:14 366:21

**weighted** 232:12
**weights** 304:4
**welcome** 110:4
192:6
**went** 33:24 34:8
34:13 36:25 63:4
65:3,22 202:16
261:23 318:18
371:12 372:13
390:21
**werner** 4:9
**whispering** 7:6
**white** 1:13 9:16
304:18
**whr** 380:23
**wide** 188:21
**widely** 225:22
227:7
**wild** 110:25
168:17
**wildly** 48:1 181:7
276:3 395:6
**willingness** 131:16
**win** 238:9
**withdraw** 344:23
**withdrawing**
141:3
**witness** 15:23 16:6
16:22 17:17 18:2
19:8,23 20:6,7
26:24 53:2 55:8
55:21 95:10 96:16
103:1 123:11,15
124:3 126:9 127:6
127:15 131:16
134:16 137:13
138:22 142:2
165:8 174:18
175:1 235:6
237:22 295:1
332:4 355:13

363:22,24 370:20
371:17 380:2,5
406:6
**witnesses** 23:14
**wlaw.com** 4:13
**word** 34:1 94:25
145:6 147:16,18
148:7 220:9
242:24 282:5
**words** 40:13 80:16
82:20 98:17
139:14 148:5,13
178:22 181:25
193:25 211:25
229:2 238:3
255:18 263:7
320:23 334:17
336:19 390:4
**work** 17:13,14
18:2 53:2 55:8,9
58:15 59:9 66:18
68:7 72:13,16,17
72:20,21 77:14
98:1,16 99:16,21
101:19 105:7,12
105:15,17 131:16
152:10 153:23
159:8 174:4,14
260:21 357:24
367:8 374:19,25
401:1
**worked** 57:8,18,23
58:2,18 122:18
353:8
**worker** 279:12,24
**workers** 352:8,11
352:13
**working** 63:16
70:24 71:9 143:16
158:8 189:20,24
190:11,17 243:10

272:1
**workplace** 280:2
**works** 70:15
152:12 171:20
**workup** 168:7
**world** 53:1 65:14
89:25 119:23
138:22 139:18
243:20,22 372:20
400:23
**worry** 206:20
**worse** 41:6 289:14
290:21
**worth** 326:8
**wow** 317:25
318:18
**write** 82:14 121:9
136:16 167:16
168:14 169:9
216:22 217:7
**writing** 106:14
135:15,18 186:22
**written** 82:17
109:18 110:1
112:23 114:22
118:4,25 162:14
213:19,22 218:16
236:1 283:6
398:23
**wrong** 20:22 37:7
153:4 199:14
200:3 221:24
222:16 241:8,9
257:7 288:8,13
317:14 349:4
**wrote** 212:21
214:15 215:11
397:12

[x - zoom]                                                                                    Page 65

**x**

**x**  1:3,6 116:24
168:24 179:15
228:8 329:10
340:13 342:6
403:1,3,9

**y**

**y**  4:19 168:24
228:9,10 329:10
**yeah**  13:11 15:20
18:4 37:9,13
43:19 50:19 61:1
66:15 67:2 73:7
77:8 85:13 89:3
89:14 100:18
110:25 113:4
115:3,11 122:7
131:3,4 132:6
134:5,8,17 150:10
161:10 165:22
166:8 170:1
171:10 176:10
179:13 183:14
184:13,19 185:22
188:9,19 189:14
190:1 191:21
196:22 198:17
199:1 200:10
205:9 207:4 215:9
220:19 233:10
235:3 241:6
242:21,25 256:9
269:12,19 274:7
280:23 282:8
291:7 306:10
312:12 317:3,8,12
317:21 330:7
331:19,21 334:12
336:11 342:25
347:16 356:18

368:13 375:6
376:8 385:8
397:22 401:3
**year**  28:22 63:4
85:1,12 161:24,25
162:4,10 163:2,6,7
188:1,5,12 190:14
384:18 387:5,6
**years**  11:9,10 28:9
28:10 32:2,2 62:8
63:1,2,3 72:22
74:4,4,9 75:21
78:2 123:7 124:21
130:3 131:23
142:20 178:8
264:6 266:1
267:16 275:17
276:6 287:12
291:6,10 300:25
301:24,25 302:18
312:14 314:4
346:10 347:1
351:6,9,10,10,12
351:15 374:21
384:7 385:10
387:9,17 394:19
**yesterday**  157:14
216:1
**yoon**  322:3,5
**york**  1:14,17 9:3
407:1,3,3
**yup**  285:23

**z**

**z**  168:24 329:10
**zero**  167:7 194:10
**zhejiang**  5:15
**zhp**  208:3 304:15
304:15 381:19
382:2 383:1,10,20
385:10,20

**zinc**  385:22
**zoom**  2:14 4:5,12
4:20 5:5,13,21 6:6
6:15,16

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.