IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>*This Document relates to:*<br><br>Betty Hebert<br><br>vs.<br><br>AUROBINDO PHARMA, LTD., et al | CIVIL NO. 19-2875 (RBK/JS)<br><br>Honorable Robert B. Kugler<br>District Court Judge<br><br>Honorable Joe Schneider<br>Magistrate Judge<br><br>NOTICE OF DISMISSAL<br><br>Civil Action No. 1:19-cv-14647 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, BETTY HEBERT, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal of all claims asserted against Aurobindo Pharma, LTD., Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC, without prejudice, in the above-entitled matter.

Specifically, Rule 41(a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its claims without prejudice and without a Court Order by notice at any time prior to the Defendants filing an Answer or moving for summary judgment. As of the filing of this Notice, no Defendant has filed an Answer in this action. In light thereof, Plaintiff asserts the voluntary dismissal by notice alone is appropriate under Rule 41(a)(1)(A)(i).

DATE: 11/1/2021

By: *Damon J. Baldone*
Damon J. Baldone, Esq.
Damon J. Baldone and Associates, APLC
162 New Orleans Blvd.
Houma, LA 70364
Telephone: (985) 868-3427
Facsimile: (985) 872-2319
damon@baldonelaw.com