# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION, <br><br> THIS DOCUMENT RELATES TO: <br><br> Economic Loss Plaintiff Mary McLean | MDL NO. 2875 <br><br> HON. ROBERT B. KUGLER DISTRICT JUDGE |

## AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF MARY MCLEAN

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order #20, filed November 17, 2020 - Document 632), Defendants Teva Pharmaceuticals USA, Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc. (collectively, "Teva") will take the deposition upon oral examination of Mary McLean, on **November 11, 2021, at 9:00 a.m. CT** and continuing until completion, **via remote deposition.** The witness, court reporter, and videographer will be located at Regus Center, 1545 Crossways Blvd., Suite 250, Chesapeake, VA 23320. The deposition will be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. Remote access using audio-visual conference technology will be available to permit counsel for the parties to participate from various, separate locations.

Additionally, in accordance with paragraph B(1) of C.M.O. 20 (Dkt. 632), notice is hereby given that the undersigned will be the lead questioning attorney during the deposition.

//

1

Date: November 4, 2021					Respectfully submitted,

							/s/ Gerond J. Lawrence
							Gerond J. Lawrence
							GREENBERG TAURIG, LLP
							Terminus 200
							3333 Piedmont Road NE, Suite 2500
							Atlanta, GA 30305
							Telephone: (678) 553-2400
							E-mail: lawrencege@gtlaw.com

							*Attorney for Teva Pharmaceuticals USA, Inc.,
							Teva Pharmaceutical Industries Ltd., Actavis
							LLC, and Actavis Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November 2021, I caused a true and correct copy of the foregoing Notice of Videotaped Deposition of Mary McLean to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was served on the Plaintiff's counsel by e-mail at stacy@bartonburrows.com, with a copy served on all parties via MDL Centrality. Per agreement by the parties, Plaintiff's counsel has agreed to serve a copy of the foregoing on Mary McLean via e-mail.

This 4th day of November 2021.

                                             */s/ Gerond J. Lawrence*
                                             *Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*