# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875 (RBK) |

## SPECIAL MASTER ORDER NO. 52

**NOW, this 8th Day of November, 2021, IT IS HEREBY ORDERED THAT** the deadline for the ZHP Defendants to comply with Paragraph 2 of Special Master Order No. 49 (ECF No. 1667) is extended to and including **November 15, 2021. IT IS FURTHER ORDERED THAT** the deadlines for (1) the ZHP Parties' reply brief regarding the July 27, 2017 email and related testimony of Dr. Min Li referenced in SMO No. 49; and (2) Plaintiffs' opposition to the ZHP Parties' Motion to Seal exhibits to Plaintiffs' Motion to Compel the ZHP Parties' supplemental production (ECF No. 1629) are extended to **November 8, 2021**.

s/ Thomas I. Vanaskie<br>
Hon. Thomas I. Vanaskie (Ret.)<br>
Special Master

November 8, 2021

1