**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875 (RBK/JS) |

### SPECIAL MASTER ORDER NO. 53

**IT IS HEREBY ORDERED** that Plaintiffs' and Defendants' briefs in opposition to the Rule 53 motions filed on October 29, 2021, are due to be filed with the Court on or before November 24, 2021.

**IT IS FURTHER ORDERED** that Plaintiffs' and Defendants' reply briefs in support of the Rule 53 motions filed on October 29, 2021, are due to be filed with the Court on or before December 2, 2021.

Dated: November 8, 2021

s/ Thomas I. Vanaskie<br>
Hon. Thomas I. Vanaskie (Ret.)<br>
Special Master