# Exhibits C & D

      **ZHP has designated Exhibit C & D as confidential. Plaintiffs hereby challenge these designations. In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibits to the Court directly via email for its in camera review.**