# CUNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875 |
| THIS DOCUMENT RELATES TO: | HON. ROBERT B. KUGLER DISTRICT JUDGE |
| Economic Loss Plaintiff Mary McLean | |

## NOTICE OF CANCELLATION OF
## VIDEOTAPED DEPOSITION OF MARY MCLEAN

PLEASE TAKE NOTICE that the deposition of Mary McLean, currently scheduled for November 11, 2021, at 9:00 a.m. CT is hereby cancelled. The deposition will be re-noticed for a date and time to be determined.

Date: November 9, 2021

Respectfully submitted,

*/s/ Gerond J. Lawrence*
Gerond J. Lawrence
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2400
E-mail: lawrencege@gtlaw.com

*Attorney for Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Actavis LLC, and Actavis Pharma, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November 2021, I caused a true and correct copy of the foregoing Notice of Cancellation of Videotaped Deposition of Mary McLean to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was served on the Plaintiff's counsel by e-mail at stacy@bartonburrows.com, with a copy served on all parties via MDL Centrality. Per agreement by the parties, Plaintiff's counsel has agreed to serve a copy of the foregoing on Mary McLean via e-mail.

This 9th day of November 2021.

                                         */s/ Gerond J. Lawrence*
                                         *Attorney for Teva Pharmaceuticals USA, Inc.,*
                                         *Teva Pharmaceutical Industries Ltd., Actavis*
                                         *LLC, and Actavis Pharma, Inc.*