# Exhibit 3

**Document Filed Under Seal**

# Exhibit 4

**Document Filed Under Seal**

# Exhibit 5

**Document Filed Under Seal**

# Exhibit 6

**Document Filed Under Seal**