Exhibit 7



INTERNATIONAL AGENCY FOR RESEARCH ON CANCER

WORLD HEALTH ORGANIZATION



EXHIBIT

PL-Molnar-3



COMMISSION OF THE EUROPEAN COMMUNITIES

DIRECTORATE GENERAL FOR RESEARCH, SCIENCE AND EDUCATION

# MOLECULAR AND CELLULAR ASPECTS OF CARCINOGEN SCREENING TESTS

*Proceedings of a meeting organized by IARC and the Commission of the European Communities and held in Hanover, Federal Republic of Germany, 4–9 June 1979*

EDITORS

R. MONTESANO    H. BARTSCH    L. TOMATIS

TECHNICAL EDITOR FOR IARC

W. DAVIS

IARC Scientific Publications No. 27

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER

LYON

1980

The International Agency for Research on Cancer (IARC) was
established in 1965 by the World Health Assembly as an independently
financed organization within the framework of the World Health
Organization.   The headquarters of the Agency are at Lyon, France,
and it has Research Centres in Iran, Kenya and Singapore.

The Agency conducts a programme of research concentrating
particularly on the epidemiology of cancer and the study of potential
carcinogens in the human environment.   Its field studies are supple-
mented by biological and chemical research carried out in the Agency's
laboratories in Lyon and, through collaborative research agreements,
in national research institutions in many countries.   The agency also
conducts a programme for the education and training of personnel for
cancer research.

The publications of the Agency are intended to contribute to the
dissemination of authoritative information on different aspects of
cancer research.

ISBN 92 832 1127 8

© International Agency for Research on Cancer 1979
150 cours Albert Thomas, 69372 Lyon Cedex 2, France

The authors alone are responsible for the views expressed in the
signed articles in this publication.

PRINTED IN SWITZERLAND

This material may be protected by Copyright law (Title 17 U.S. Code)

# METABOLISM OF *N*-NITROSODIMETHYLAMINE

A.E. PEGG

*Department of Physiology and Specialized Cancer Research Center,*
*The Pennsylvania State University Medical School,*
*The Milton S. Hershey Medical Center,*
*Hershey, PA, USA*

## INTRODUCTION

It is now generally recognized that most carcinogenic chemicals exert their cancer-initiating effects only if they are converted by metabolic processes to chemically reactive species (Magee et al., 1975; Miller, 1978). The wide variety of chemical structures now known to be carcinogenic and the diverse group of enzymatic reactions leading to generation of ultimate carcinogens render it quite impossible to cover this area in a short review, except at a most superficial level. Therefore, in this article, only the metabolic activation of *N*-nitrosodimethyl-amine (NDMA) is discussed in detail.

This compound is a potent carcinogen (Magee et al., 1975, 1976), which has a simple chemical structure, is readily synthesized in a radioactively-labelled form and is metabolized relatively rapidly. It is, therefore, a useful research tool with which to study parameters of carcinogen uptake and metabolism and provides a model system from which some interesting conclusions can be drawn which may be applicable to other chemical carcinogens. A second reason for wishing to understand the 'pharmacokinetics' involved in the metabolic activation and clearance of NDMA is that there is direct evidence that humans are exposed to this carcinogen. It has been detected in many foods and can be formed by the reaction of nitrite with appropriate amines within the gastrointestinal tract (IARC, 1978). The compound has been detected in human blood after a meal (Fine et al., 1977; Lakritz et al., 1979), in human faeces (Wang et al., 1978) and in urine (Kakizoe et al., 1979). Although the levels measured in these experiments were quite low, they can be used to estimate exposures if appropriate calculations are made on the basis of the uptake and metabolism of the compound.

PEGG


## ABSORPTION AND UPTAKE OF NDMA

NDMA and *N*-nitrosodiethylamine (NDEA) are absorbed relatively slowly
from the stomach, with a half-life of more than one hour (Hashimoto et
al., 1976; Heading et al., 1974; Pegg, 1979). This uptake is, in
fact, slower than the rate of metabolism of NDMA when small doses are
administered to rats *via* a stomach tube (Diaz Gomez et al., 1977; Pegg,
1979). Uptake of the carcinogen is very rapid from the intestine and
particularly from the upper part of the small intestine (Hashimoto et
al., 1976; Heading et al., 1974; Pegg, 1979), where the half-life was
only about three minutes. It appears, therefore, that absorption of
these dialkylnitrosamines occurs predominantly from the duodenum when
exposure is due to their presence in ingested food or by their formation
by nitrosation at the acid pH of the stomach.

When NDMA is present in the blood, it readily passes into tissues.
Autoradiographic studies in which $^{14}$C-NDMA was administered to mice in
the presence of an inhibitor of metabolism, to ensure that the carcinogen
itself and not a metabolite was being investigated, have confirmed the
original observation of Magee (reviewed in Magee & Barnes, 1967) that
NDMA is distributed uniformly during a short period of exposure
(Johansson & Tjälve, 1978). Although the question has not been addressed
by any direct experimentation, it appears unlikely that any specific
transport system is required for the uptake of NDMA. The compound
appears to pass readily through cell membranes; therefore, all tissues
in the body may contain it.


## METABOLISM AND SITE OF TUMOUR PRODUCTION

Despite its ubiquitous distribution, NDMA produces tumours at only a
few sites. In rats, large single doses (10–40 mg/kg) given by intra-
peritoneal injection produce kidney tumours (IARC, 1978; Magee et al.,
1975, 1976). The incidence of kidney tumours can be increased to 100%
by feeding a protein-free diet for seven days prior to administration of
60 mg/kg NDMA (McLean & Magee, 1970). Prolonged exposure of rats to
much lower doses of the carcinogen, *via* the diet or drinking-water,
results in the induction of liver tumours (IARC, 1978; Magee et al.,
1976); dietary levels of 50 mg/kg (ppm) produce virtually 100% tumour
incidence. NDEA also produces kidney tumours in rats when given in
large single doses (280 mg/kg), and it results in liver tumours after
prolonged feeding of much lower doses (IARC, 1978; Magee et al., 1976).
Many other species have also been shown to be sensitive to the carcino-
genic action of these compounds and to respond by development of
tumours in the same organs. Certain other organs are also targets for
tumour induction by NDMA and NDEA (for example, the oesophagus and
the lung); but, in general, tumours are observed in only a very few
sites, despite the widespread distribution of the carcinogens.

These results are in excellent agreement with the hypothesis that the carcinogenic action of NDMA is mediated *via* the formation of a chemically reactive species which is too unstable to escape from the cell in which it is generated.    Tumours are observed only in those organs capable of metabolic activation.    Metabolism of NDMA takes place predominantly in the liver, to a lesser extent in the kidney, and to a much smaller extent in the lung (Magee & Barnes, 1967;  Magee et al., 1975, 1976;  Montesano & Magee, 1974).    The rate of metabolism is substantially greater than the rate of excretion, unless very large doses, exceeding the median lethal dose, are given (Heath, 1962).    In some strains of rats, the ability of the liver to metabolize NDMA is reduced by feeding a diet deficient in protein, while that of the kidney is not (Swann & McLean, 1971;  Waynforth et al., 1977);  in rats fed such a diet, therefore, the kidney metabolizes a greater proportion of the dose than in controls, and the increased tumour incidence in the kidney is readily explained.

It should be noted that because NDMA metabolism is virtually complete and there is very little excretion of unchanged carcinogen, a moderate reduction in metabolism would not be expected to alter tumour initiation.    Such inhibition of metabolism would be effective in altering carcinogenicity only if the rate were slowed sufficiently to allow for substantial elimination by excretion or by other pathways. This can be brought about by treatment with aminoacetonitrile, a powerful inhibitor of NDMA metabolism both *in vivo* and *in vitro* (Fiume et al., 1970;  Hadjiolov & Mundt, 1974).    Treatment with disulfiram prevented metabolism of NDEA and NDMA by the liver and reduced toxicity and hepatocarcinogenicity, but it also increased tumour incidence at other sites (Schmähl et al., 1976).    These results all support the concept that metabolism to an alkylating species is the cause of toxicity and carcinogenicity.    However, the finding that pregnenolone-16$\alpha$-carbonitrile reduces toxicity without affecting alkylation of DNA or clearance of NDMA from the plasma has not yet been explained satisfactorily (Grandjean & Somogyi, 1976;  Somogyi et al., 1972).

## MECHANISM OF METABOLIC ACTIVATION

Metabolism of NDMA is thought to occur by means of the reaction scheme shown in Figure 1.    Although there is good experimental evidence favouring this scheme, it has not been entirely proven.    It is known that metabolism can be mediated by a liver microsomal fraction which requires NADPH and molecular oxygen (Magee & Barnes, 1967);  it has therefore been postulated that the reaction involves oxidative demethylation to eliminate formaldehyde, which has been identified as a product. The resultant $\alpha$-nitrosoaminocarbinol intermediate has never been identified;  but it would be highly unstable, resulting in methylation of accessible nucleophiles, including nucleic acids, proteins and water, with formation of stoichiometric amounts of molecular nitrogen.    An early study reported failure to find the expected release of nitrogen

6                                  PEGG

FIG. 1.  METABOLISM OF *N*-NITROSODIMETHYLAMINE

X represents a cellular nucleophile.



(Cottrell et al., 1977);  however, recently, Milstein & Guttenplan (1979) have succeeded, using an experimental system in which considerable care was taken to remove endogenous nitrogen.  The generation of nitrogen from NDMA metabolized by rats *in vivo* has also been found to be virtually stoichiometric with the degradation of the nitrosamine[1].

    The postulated first step in the enzymatic decomposition of NDMA, outlined in Figure 1, is breakage of a carbon-hydrogen bond leading to an enzyme-bound carbanion, which would then be converted to the α-hydroxy derivative.  Support for this mechanism derives from observations that fully deuterated NDMA reacts more slowly than NDMA itself (Dagani & Archer, 1976;  Kroeger-Koepke & Michejda, 1979).  This result is in accordance with the postulate that an initial enzymatic oxidation step is rate-limiting for the decomposition.

    Further support for the idea that a hydroxymethyl derivative of NDMA is a reactive intermediate important in its carcinogenic action has been provided by studies of the carcinogenicity and chemical properties of methyl(acetoxymethyl)nitrosamine.  This ester is converted to the presumed metabolite by the action of esterases (Kleihues et al., 1979; Roller et al., 1975;  Wiessler & Schmähl, 1976);  and the reactive alkylating species generated in this way produces a spectrum of alkylated products in DNA identical to those found when NDMA is administered to rats (Kleihues et al., 1979).  The esterases capable of activating

---

[1] P.N. Magee, J. Holsman & D. Halliday, personal communication

METABOLISM OF $N$-NITROSODIMETHYMALINE                               7

methyl(acetoxymethyl)nitrosamine are much more widely distributed than
the NDMA-activating system.     Tumour induction by the methyl ester
depends on the route of administration:   intraperitoneal injection
resulted in predominantly intestinal tumours, with some tumours in
other abdominal viscera (Berman et al., 1979;  Joshi et al., 1977;
Ward et al., 1977);  intravenous injection gave predominantly lung and
heart tumours (Habs et al., 1978;  Kleihues et al., 1979);  and
application $via$ oral, subcutaneous or intrarectal routes produced
tumours at the site of application (Habs et al., 1978;  Wiessler &
Schmähl, 1976).   These results are readily explained by a rapid uptake
of methyl(acetoxymethyl)nitrosamine into cells followed by rapid meta-
bolism by esterases to the hydroxymethyl derivative, which decomposes
spontaneously to alkylate tissue components in the cell.   Because of
the widespread distribution of the activating esterases and the rapid
uptake into cells, the greatest degree of alkylation takes place in those
organs near the site of application, or in those first exposed by uptake
into the systemic circulation (Kleihues et al., 1979).

Decomposition of monomethylnitrosamine is thought to proceed $via$ the
formation of a methyldiazonium ion or a related species.   The possible
generation of diazomethane as an alkylating intermediate was ruled out
by the demonstration that when $d_6$-NDMA was used, the resulting alkylated
nucleic acids contained methyl groups that retained all three deuterium
atoms (Lijinsky et al., 1968).

The overwhelming weight of experimental evidence suggests that the
great majority, if not all, of NDMA metabolism occurs $via$ the scheme shown
in Figure 1.   Further metabolism of the formaldehyde takes place to
yield carbon dioxide.   A substantial fraction of the methylating species
derived from decomposition of the NDMA reacts with water, producing
methanol, which is also oxidized to carbon dioxide.   The $^{14}CO_2$ in the
expired air following administration of $^{14}C$-NDMA (Heath, 1962;  Fiume
et al., 1970) or in the gaseous phase of incubations of tissue slices
(Montesano & Magee, 1974;  Swann & McLean, 1971) can be quantitated,
and these measurements can provide some information concerning the rate
of metabolism of the carcinogen;  however, account must be taken of the
lag time before conversion of the formaldehyde or methanol to $^{14}CO_2$,
owing to the other oxidative steps involved.   The rate-limiting step in
$^{14}CO_2$-production may not be the metabolism of the nitrosamine (Den
Engelse et al., 1975).

The almost quantitative release of nitrogen, the substantial produc-
tion of $^{14}CO_2$ and the high activity of the liver enzymes catalysing the
oxidative demethylation suggest that other metabolic pathways are
likely to account, at best, for only a very small fraction of the total
metabolism.   It has been reported, however, that a liver enzyme system,
prepared by precipitation at pH5, catalysed production of $N,N$-dimethyl-
hydrazine and that microsomal fractions produced methylamine and $N$-
methylhydrazine (Grilli & Prodi, 1975).   The extent to which such a
reaction occurs $in vivo$ is likely to be small, as argued above;  but
its importance cannot be overlooked, and confirmation and extension of
these results is highly desirable.

8                                    PEGG

## ENZYMOLOGY OF ACTIVATION

Many reports have attested to the presence of enzymes that catalyse
the oxidative demethylation of NDMA in rodent liver extracts.   Much
confusion was generated in this field by the publication of apparently
contradictory results in which inducers of hepatic microsomal enzymes
were claimed to both increase and inhibit NDMA demethylase activity.
This discrepancy has now been explained by work in a number of labora-
tories, which shows that there are two or more enzyme forms that
catalyse this reaction (Arcos et al., 1977;  Kroeger-Koepke & Michejda,
1979;  Lake et al., 1976;  Lotlikar et al., 1978;  Sipes et al., 1978).
These forms have different kinetic properties with respect to the nitros-
amine substrate concentration;  analysis of the kinetics suggests that
one form has a $K_m$ of substantially less than 1 mM whereas the others
have $K_m$ values of the order of 100 mM.

Since the median lethal dose of NDMA is such that a concentration
of more than 1 mM is unlikely to be reached if the compound is distri-
buted uniformly (and, as discussed above, there is autoradiographic
evidence for such uniform distribution), it is unlikely that the high-
$K_m$ forms of the enzyme play a significant role in the metabolism of
NDMA under experimental pathophysiological conditions.   Therefore,
although it has been shown that increases in this activity take place
after rats, mice, hamsters and guineapigs are treated with inducers of
drug metabolism, such as Aroclor 1254, 3-methylcholanthrene and pheno-
barbital (Arcos et al., 1977;  Czygan et al., 1973;  Guttenplan & Garro,
1977;  Lake et al., 1974;  Lotlikar et al., 1978;  Sipes et al., 1978),
such increases are not likely to be reflected in an increased rate of
metabolism of NDMA *in vivo*.   Indeed, the low-$K_m$ form of the enzyme is
actually repressed by Aroclor 1254, phenobarbital, 3-methylcholanthrene,
pregnenolone-16α-carbonitrile and β-naphthoflavone in some species
(Arcos et al., 1975, 1977;  Lotlikar et al., 1978;  Sipes et al., 1978);
and under some conditions these agents actually protect against the
carcinogenic or toxic effects of NDMA (Argus et al., 1978).

These recent studies have, therefore, substantially clarified the
situation and emphasize the importance of making *in vitro* measurements
at physiologically relevant concentrations of substrate and of restricting
comparison between different experimental results to those obtained
under identical assay conditions.   At present, however, little is known
of the mechanism by which induction or repression of the various forms of
the NDMA demethylase is brought about or of the relationship between
the various forms.   It should also be noted that there are striking
species and strain differences in the response of the enzyme(s) to
inducers/repressors (Arcos et al., 1977;  Kroeger-Koepke & Michejda,
1979;  Lotlikar et al., 1978).

These questions are unlikely to be answered satisfactorily until
highly purified preparations of the enzyme are available;  and, despite

much effort, this has not been achieved.    Indeed, there is still
disagreement as to the role of the cytochrome P-450-dependent mixed-func-
tion oxidase in the metabolism of NDMA.    On the one hand, both
the low- and high-$K_m$ forms of the enzyme are microsomal, require NADPH
and oxygen and are inhibited by carbon monoxide or pretreatment with
cobalt chloride.    Reconstitution studies with partially purified
extracts revealed a need for both cytochrome P-450 and NADPH-cytochrome
c reductase (Lotlikar et al., 1975).    On the other hand, the atypical
repression of the low-$K_m$ form by compounds considered to be inducers of
microsomal mixed-function oxidases, the relatively weak inhibition of
activity by well known inhibitors of these oxidases, such as SKF 525A
(Godoy et al., 1978;  Lake et al., 1976), the greater stability under
storage of NDMA demethylase compared with cytochrome P-450 and other
mixed-function oxidase enzyme activities in liver extracts (Lake et al.,
1976) and the inhibition of NDMA metabolism by a variety of compounds
that do not inhibit other mixed-function oxidases (Lake et al., 1976;
Phillips et al., 1977) suggest that NDMA metabolism does not occur $via$
a typical mixed-function oxidase.    There is also evidence that,
although the NDMA demethylase system is microsomal, its activity is
stimulated by a cytosolic component (Godoy et al., 1978;  Kroeger-Koepke
& Michejda, 1979;  Lake et al., 1976;  Magee & Barnes, 1967).    It seems
probable, therefore, that the NDMA demethylase is a complex multi-
component system which differs significantly from the 'typical' mixed-
function oxidases.    There is much evidence to show that there are
multiple cytochrome P-450 species with different substrate specificities;
if only one such species is involved in NDMA metabolism, the lack of
correlation with measurements based on overall, total cytochrome P-450
can readily be explained.


METABOLISM OF NDMA TO MUTAGENIC OR CARCINOGENIC AGENTS *IN VITRO*

Isolated hepatocytes have been shown to be transformed by exposure
to NDMA (Montesano et al., 1975;  Williams, 1976), and mutations can be
obtained in response to the carcinogen when various test cells are co-
cultivated with liver cells (Langenbach et al., 1978).    Initiation of
DNA repair is also produced by exposure of isolated hepatocytes to NDMA
(Williams & Laspia, 1979).    These results suggest that metabolic acti-
vation is taking place in such cells, but, since the NDMA concentrations
used in these experiments were relatively high, it is likely that the
high-$K_m$ forms of the NDMA demethylase are responsible for the metabolism;
therefore, the relevance of the low-$K_m$ form to *in vivo* metabolism is
not tested in these experiments.    Similarly, as pointed out by Argus
& Arcos (1978), the production of mutagenic metabolites by liver micro-
somes has been observed by numerous groups (Bartsch et al., 1975;  Czygan
et al., 1973;  Frantz & Malling, 1975;  Kuroki et al., 1977);  but they
have all used such high concentrations of NDMA that the physiologically
relevant metabolism was not tested.    Very recently, Guttenplan (1979)
has reported the induction of mutations in *Salmonella typhimurium* with

10                                PEGG

lower concentrations of NDMA in the presence of microsomes from untreated mice.


## REACTION WITH NUCLEIC ACIDS

The methylating agent derived from NDMA reacts with cellular macro-molecules, including protein, RNA and DNA.  Extensive and comprehensive reviews describe the sites and extents of such methylation (Lawley, 1976; Magee & Barnes, 1967;  Magee et al., 1976;  Pegg, 1977a;  Singer, 1977). Particular attention has been paid to the reaction with DNA, since it is widely believed that alterations to DNA may provide the basis of tumour initiation.   It has been known for some time that the major product of this reaction is 7-methylguanine, but a wide variety of other products are now recognized, including methylphosphate triesters, 1-, 3- and 7-methyl-adenine, 3- and $O^6$-methylguanine, 3- and $O^4$-methylcytosine and 3-, $O^2$- and $O^4$-methylthymine.  Analogous products have been reported to be present in RNA.   In livers of rats treated with NDMA, the extent of alkylation of cytoplasmic RNA or mitochondrial DNA was slightly higher than that of nuclear DNA (Swann & Magee, 1968;  Wilkinson et al., 1975), but the difference was only small.  In view of the high reactivity of the methyl-ating species generated by metabolism of NDMA, it is perhaps surprising that it can travel from a microsomal site of generation to the nucleus in order to react with DNA.   An explanation of this phenomenon may be found in a recent preliminary report which suggests that isolated nuclei are capable of metabolic activation of NDMA (Grandjean et al., 1978). Similar nuclear activation has now been firmly established for several other carcinogens (Bresnick et al., 1977; Kawajiri et al., 1979;  Stout & Becker, 1979).   It is, therefore, possible that most of the reaction with DNA is mediated *via* the nuclear activation pathway, even though the greater part of the carcinogen is metabolized by the microsomal system.

It is possible to measure the extent to which a chemical carcinogen is metabolized by a particular organ by determining the amount of a product formed within the tissue.   This is a particularly valuable method for comparing the degree of metabolism within different organs, since the reactive ultimate carcinogen is too unstable to react signif-icantly in organs other than those in which it was generated.   It is necessary that the product measured be sufficiently stable (or at least equally persistent in all organs, and its persistence independent of the amount of product) that the content measured not be affected sig-nificantly by its loss during the period of metabolism.   Thus, of the alkylated bases produced by dialkylnitrosamines, 7-alkylguanine in DNA is particularly suitable for this purpose, because its rate of loss is slow (half-life, more than fifty hours) and independent of the extent of alkylation or the type of tissue, provided that allowance is made for the rate of cell division (Pegg, 1977b; Pegg & Hui, 1978a). It also has the advantage that analytical measurement is relatively simple (Pegg, 1977a;  Swann & Magee, 1968).   In contrast, the alkyl-ated adenine derivatives are lost too quickly from DNA; $O^6$-alkylguanine

METABOLISM OF *N*-NITROSODIMETHYLAMINE                    11

is lost at a different rate depending on the tissue or the extent of
reaction;  and the pyrimidine and alkylphosphate triesters are more
difficult to measure (Pegg, 1977a;  Pegg & Hui, 1978b;  Singer, 1977).

   Table 1 shows the amounts of 7- and $O^6$-alkylguanine present in rat
liver DNA at various times after administration of doses of NDMA and NDEA.

Table 1.  Alkylated guanine derivatives present in rat liver DNA after
administration of *N*-nitrosodimethylamine (NDMA) or *N*-nitrosodiethyl-
amine (NDEA)

| Nitrosamine | Dose (mg/kg) | Time (hrs) | Alkylated guanines in DNA ($\mu$mol/mol guanine) | |
|---|---|---|---|---|
| | | | 7-alkylguanine | $O^6$-alkylguanine |
| NDMA | 0.01 | 0.5 | 3.2 | 0.25 |
| | 0.01 | 2.0 | 3.3 | 0.07 |
| | 0.02 | 0.5 | 5.3 | 0.41 |
| | 0.02 | 2.0 | 5.4 | 0.10 |
| | 0.02 | 4.0 | 4.6 | 0.04 |
| | 0.04 | 0.5 | 12.5 | 0.64 |
| | 0.04 | 2 | 10.8 | 0.36 |
| | 0.04 | 4 | 11.0 | 0.29 |
| NDEA | 0.5 | 0.5 | 2.5 | 1.4 |
| | 0.5 | 2 | 2.7 | 1.0 |
| | 0.5 | 4 | 2.6 | 0.6 |
| | 2.0 | 1.5 | 9.6 | 4.7 |
| | 2.0 | 3.75 | 9.7 | 2.8 |
| | 2.0 | 6.0 | 7.9 | 2.2 |
| | 4.0 | 2 | 18.8 | 10.0 |
| | 4.0 | 5 | 19.8 | 7.7 |
| | 4.0 | 8 | 15.8 | 4.7 |

It can be seen that the reaction with DNA, as measured by production of
7-alkylguanine, is complete within thirty minutes after doses of 10–40 µg/
kg NDMA.   The content of 7-methylguanine did not change over a further
3.5-hour period, but that of $O^6$-methylguanine decreased by more than
65%.   Similarly, after doses of 0.5–4 mg/kg of NDEA, 7-ethylguanine
levels were maximal at the earliest times measured (30 min to 2 hrs)
and declined only slowly, whereas $O^6$-ethylguanine levels were reduced
much more rapidly.   The relative proportions of the alkylated bases
produced initially in DNA by any particular alkylating species should be
constant and irrespective of the dose, and this has generally been found

to be the case.    For instance, the ratio of $O^6$-:7-methylguanine produced by NDMA is about 0.115 (Pegg, 1977a,b;  Pegg & Hui, 1978a), whereas the ratio of $O^6$-:7-ethylguanine produced by NDEA is about 0.7 (Pegg & Balog, 1979).    It has been suggested by Scherer et al. (1977) that this is not invariably the case and that a lower ratio was observed following small doses of NDEA.    However, as shown in Table 1 and discussed in more detail elsewhere (Pegg & Balog, 1979), the lower ratio is caused by more efficient removal of the $O^6$-ethylguanine from DNA following alkylation to only small extents by low doses of NDEA.

A final advantage to measuring the appearance of reaction products rather than loss of the carcinogen is that the former method provides information concerning the nature of the ultimate carcinogen derived by metabolic activation.    The spectrum of methylated bases produced in DNA by NDMA *in vivo* is exactly the same as that produced by reaction with the methylating species derived by chemical decomposition of *N*-methyl-*N*-nitrosourea *in vitro*, both in the sites alkylated and the relative proportions of alkylated products (Pegg, 1977a; Singer, 1977).    This provides some assurance that the reactive metabolite is the methyldi-azonium ion or an equivalent species, as described above.    The simple chemical structure of NDMA renders it improbable that any reactive species other than a methylating agent could be the ultimate carcinogen;  however, with other, more complex chemicals it is likely that more than one reactive species may be generated by metabolic reaction.    Which of these species is responsible for the reaction with DNA may be determined by the subcellular generation sites, reaction with competing nucleophiles and abilities to serve as substrate for further metabolism.    Only by measurement of the product of reaction with the target molecule can the identity of the ultimate carcinogen be established completely, and it follows from this that one cannot be certain of the ultimate carcinogen without knowing the target molecule.


## CLEARANCE OF NDMA

Several workers have measured the rate of loss of administered doses of NDMA or NDEA from the blood in rats (Heath, 1962; Swann & McLean, 1971; Wishnok et al., 1978).    In experiments with relatively large doses of NDMA (50 mg/kg), the concentration in the blood fell linearly with time at a rate corresponding to the metabolism of 4.9-5.7 mg/hr per kg body weight in rats fed a control diet, and this decreased to 2.7 mg/hr in rats maintained on a protein-free diet (Heath, 1962; Swann & McLean, 1971).    Similarly, after doses of 200 mg/kg NDEA, it was decomposed at a rate of about 9 mg/hr per kg body weight (Heath, 1962).    These results show that the rate of metabolism of these doses of the nitros-amine was not influenced by the concentration and that the metabolic system was effectively saturated over the time during which measurements were made.    However, measurements were not continued over the entire time course of dialkylnitrosamine metabolism, and these values cannot be used for calculating clearance rates of much lower doses of the carcinogens.

METABOLISM OF *N*-NITROSODIMETHYLAMINE                    13

It has been claimed that after doses of 3 mg/kg NDMA and 25 mg/kg
NDEA, the disappearance of the carcinogens from the blood followed
first-order kinetics, with a rate constant of about 0.018 $min^{-1}$ in control
rats and 0.013 in rats fed a lipotrope-deficient diet (Wishnok et al.,
1978). Careful consideration of the data presented in this paper
reveals very large standard errors and significant deviation from first-
order kinetics, rendering interpretation difficult. There are, there-
fore, no reliable results concerning the true rates of metabolism of low
doses of dialkylnitrosamine, approximating those to which the general
population may be exposed. However, as shown in Table 1, measurements
of 7-alkylguanine present in liver DNA after intraperitoneal administra-
tion of 10–40 µg/kg NDMA or 0.5–4 mg/kg NDEA show that reaction is
complete within thirty minutes or at most two hours, respectively.
These results and those described below, in which oral administration of
NDMA was studied, indicate that small doses of the nitrosamines may be
metabolized very rapidly. Such rapid clearance would lead to a sub-
stantial underestimation of exposure to dialkylnitrosamine if estimates
were based only on the steady-state blood level, with no correction for
clearance rates.


## IMPORTANCE OF ROUTE OF ADMINISTRATION TO SITE OF METABOLISM

When NDMA was administered to rats by intraperitoneal, intravenous
or oral administration at doses of 1 mg/kg or more, the ratio of alkyl-
ation of DNA in the liver to that in the kidney, as measured by 7-methyl-
guanine production, was approximately the same (Diaz Gomez et al.,
1977; Pegg, 1977a, 1979; Pegg & Hui, 1978a; Swann & Magee, 1968).
This ratio was about 5–10, depending on the experimental conditions, and
is in agreement with results of *in vitro* studies in which the capacity
of liver slices to metabolize NDMA was about eight times greater than
that of kidney slices (Montesano & Magee, 1974; Swann & McLean, 1971).
The same ratio was observed when lower doses of NDMA (1–250 µg/kg) were
given by intravenous injection (Pegg, 1979; Table 2). However, as
previously reported by Diaz Gomez et al. (1977), when such low doses of
NDMA were given by oral administration, the ratio of reaction with the
liver to that with the kidney was much higher (Pegg, 1979; Table 2).
The increase in the ratio was due to a marked decline in the proportion
of the carcinogen metabolized by the kidney. The alkylation of liver
DNA is proportional to dose over the range 1 µg/kg–20 mg/kg and is not
greatly affected by the route of administration. Alkylation of kidney
DNA, however, is much less after low doses when given by oral administra-
tion than when given by intravenous or intraperitoneal injection (Diaz
Gomez et al., 1977; Pegg, 1977b, 1979; Pegg & Hui, 1978a).

The most probable explanation of these results is that NDMA given
by oral administration is absorbed rapidly from the upper part of the
small intestine into the portal blood supply and is then metabolized
by the liver. Provided that the dose is sufficiently low, the liver
metabolizes virtually all of the carcinogen in a 'first pass' clearance

14                                    PEGG

Table 2.  Effect of route of administration of $N$-nitrosodimethylamine on alkylation of liver and kidney DNA 6 hrs later

| Route of administration | Dose ($\mu$g/kg) | Alkylation of DNA ($\mu$mol 7-methylguanine/mol guanine) | | Ratio |
|---|---|---|---|---|
| | | Liver | Kidney | |
| Oral | 1 | 0.48 | 0.01 | 48 |
| I.v. | 1 | 0.40 | 0.06 | 6.7 |
| Oral | 50 | 21 | 0.4 | 52 |
| I.v. | 50 | 24 | 2.6 | 9.2 |
| Oral | 100 | 49 | 1.5 | 33 |
| I.v. | 100 | 45 | 5.2 | 8.7 |

effect well known from the pharmacology of many other drugs.  The liver thus prevents the carcinogen from interacting with other organs such as the kidney.  This hepatic clearance of NDMA has a number of important consequences.

Firstly, there is now considerable evidence that a critical alkylation product that leads to tumour initiation by simple $N$-nitroso compounds is $O^6$-alkylguanine and that certain organs are more resistant than others to carcinogenesis by these agents because they have a greater capacity to remove $O^6$-alkylguanine from their DNA (Goth & Rajewsky, 1974; Pegg, 1977a; Singer, 1979):  the liver has the greatest ability to catalyse this removal reaction (Pegg, 1977a,b, 1978; Pegg & Hui, 1978a).  After small oral doses of NDMA, therefore, virtually all of the reaction is with the organ best able to remove a critical alkylation product.  As described above, continued feeding of NDMA produces tumours in the liver, whereas large single doses induce renal tumours.  A contributing factor to the absence of kidney tumours in rats fed NDMA may be the low degree of interaction with this organ unless doses sufficiently high to avoid clearance by the liver are given.  It is important to note that the presence of an active enzyme system that removes $O^6$-methylguanine from liver DNA in rat liver does not imply the existence of a threshold dose below which no significant carcinogenic effect would be expected. It merely implies that at some point in the dose-response curve the risk of tumours developing increases more rapidly than in proportion to the dose rate.  In fact, this phenomenon has been observed in long-term feeding experiments with NDMA in which liver tumours were produced in rats[1] (IARC, 1978).

[1] R. Peto, personal communication

Secondly, the extent to which the liver might act to prevent interaction of the carcinogen with other organs may depend on several physiological parameters.   For example, when the ability of the liver to metabolize NDMA is impaired (e.g., by feeding a protein-deficient diet, as discussed above), a greater fraction of the carcinogen may become available for reaction with other organs.   Also, since uptake of NDMA is much more rapid from the small intestine than from the stomach, agents that retard gastric emptying might be expected to slow the rate of absorption.   Agrelo et al. (1978) have recently published data which show that the presence of fat retards the rate of uptake and the metabolism of oral doses of NDMA.   It is possible that reduction of the rate of absorption of the carcinogen in this way may increase its clearance by the liver, since the lower concentration in the portal blood that would result would give the hepatic enzymes more chance to effect complete metabolism.

Finally, it has been reported that NDMA and NDEA were present in human peripheral blood samples, and that the amounts increased after a meal (Fine et al., 1977;  Lakritz et al., 1979).   Calculations of total daily exposures have been made on the basis of these figures (National Research Council, 1978), but without knowledge of the clearance rate these calculations may be seriously in error and may underestimate total exposure.   The results with rats suggest that orally ingested dialkylnitrosamines would appear in the systemic circulation only when the capacity of the liver to metabolize them in a first-pass effect is exceeded.   Since rat and human liver slices have comparable levels of metabolizing activity (Montesano & Magee, 1974), the presence in peripheral blood of dialkylnitrosamines derived from the gastrointestinal tract may indicate a substantially greater exposure.

## SUMMARY

NDMA and NDEA are metabolized by a microsomal enzyme system that requires NADPH and oxygen.   This metabolism leads to an unstable product which decomposes to yield a reactive alkylating species.   This species is too reactive chemically to influence significantly organs other than those in which it was generated.   Alkylation of cellular components, particularly DNA, is a critical event in the initiation of tumours by these carcinogens.   The greatest capacity to metabolize these nitrosamines to alkylating agents is found in the liver, but other organs, including the oesophagus, lung and kidney, are also capable of activation.   These organs may be more susceptible to alkylation than the liver because they have a lesser ability to catalyse the removal of $O^6$-alkylguanine from their DNA.   However, orally administered doses of NDMA and the NDMA formed by nitrosation reactions

16                                          PEGG

within the gastrointestinal tract are rapidly absorbed from the upper
part of the small intestine and carried to the liver in the portal
blood supply.   When small doses are given in this way, the capacity of
the liver to metabolize the carcinogen is sufficient that the nitrosamine
is effectively cleared in a 'first-pass' effect, leaving very little to
interact with other organs.   This has two important consequences:
firstly, levels of NDMA found in peripheral blood may be significantly
lower than those expected on the basis of total dietary exposure because
of the rapid metabolism and effective clearance of the carcinogen by
the liver;  secondly, physiological factors leading to reduction of the
metabolic activation in the liver may result in more of the carcinogen
being metabolized by other tissues and in a greater risk of cancer
developing in those tissues.


ACKNOWLEDGEMENTS


This research was supported in part by grants CA18137
and CA18450 and contract CP61063 awarded by the
National Cancer Institute.


REFERENCES


Agrelo, C., Phillips, J.C., Lake, B.G., Longland, R.C. & Gangolli, S.D.
    (1978)   Studies on the gastrointestinal absorption of *N*-nitros-
    amines:  effect of dietary constituents.   *Toxicology*, *10*, 159-167

Arcos, J.C., Bryant, G.M., Venkatesan, N. & Argus, M.F. (1975)
    Repression of dimethylnitrosamine-demethylase by typical inducers
    of microsomal mixed-function oxidase.   *Biochem. Pharmacol.*, *24*,
    1544-1547

Arcos, J.C., Davies, D.L., Brown, C.E.L. & Argus, M.F. (1977)
    Repressible and inducible enzymic forms of DMN-demethylase.
    *Z. Krebsforsch.*, *89*, 181-199

Argus, M.F. & Arcos, J.C. (1978)   Use of high concentrations of
    dimethylnitrosamine in bacterial lethality, mutagenesis, and
    enzymological studies.   *Cancer Res.*, *38*, 226-228

Argus, M.F., Hoch-Ligeti, C., Arcos, J.C. & Conney, A.H. (1978)
    Differential effects of β-naphthoflavone and pregnenolone-16α-
    carbonitrile on dimethylnitrosamine-induced hepatocarcinogenesis.
    *J. natl Cancer Inst.*, *61*, 441-449

METABOLISM OF *N*-NITROSODIMETHYLAMINE                               17

Bartsch, H., Malaveille, C. & Montesano, R. (1975)   Differential
     effect of phenobarbitone, pregnenolone-16-α-carbonitrile and amino
     acetonitrile on dialkylnitrosamine metabolism and mutagenicity *in
     vitro*.   *Chem.-biol. Interactions, 10*, 377-382

Berman, J.J., Rice, J.M., Wenk, M.L. & Roller, P.P. (1979)   Intestinal
     tumors induced by a single intraperitoneal injection of methyl-
     (acetoxymethyl) nitrosamine in three strains of rats.   *Cancer Res.,
     39*, 1462-1466

Bresnick, E., Stoming, T.A., Vaught, J.B., Thakker, D.R. & Jerina, D.
     M. (1977)   Nuclear metabolism of benzo[*a*]pyrene and of trans-7,8-
     dihydroxy-7,8-dihydrobenzo[*a*]pyrene: comparative chromatographic
     analysis of alkylated DNA.   *Arch. Biochem. Biophys., 181*, 31-37

Cottrell, R.C., Young, P.J., Herod, I.A., Lake, B.G., Phillips, J.C.
     & Gangolli, S.D. (1977)   Preliminary studies of the metabolism of
     *N*-nitroso [2,5-$^{14}$C]pyrrolidine in the rat.   *Biochem. Soc. Trans.
     5*, 1011-1013

Czygan, P., Greim, H., Garro, A.J., Hutterer, F., Schaffner, F.,
     Popper, H., Rosenthal, O. & Cooper, D.Y. (1973)   Microsomal
     metabolism of dimethylnitrosamine and the cytochrome P-450
     dependency of its activation to a mutagen.   *Cancer Res., 33*,
     2983-2986

Dagani, D. & Archer, M.C. (1976)   Deuterium isotope effect in
     the microsomal metabolism of dimethylnitrosamine.   *J. natl
     Cancer Inst., 57*, 955-957

Den Engelse, L., Gebbink, M. & Emmelot, P. (1975)   Studies on lung
     tumours.   III. Oxidative metabolism of dimethylnitrosamine by
     rodent and human lung tissue.   *Chem.-biol. Interactions, 11*,
     535-544

Diaz Gomez, M.I., Swann, P.F. & Magee, P.N. (1977)   The absorption
     and metabolism in rats of small oral doses of dimethylnitrosamine.
     *Biochem. J., 164*, 497-500

Fine, D.H., Ross, R., Rounbehler, D.P., Silvergleid, A. & Song, L.
     (1977)   Formation *in vivo* of volatile *N*-nitrosamines in man
     after ingestion of cooked bacon and spinach.   *Nature, 265*, 753-755

Fiume, L., Campadelli-Fiume, G., Magee, P.N. & Holsman, J. (1970)
     Cellular injury and carcinogenesis.   Inhibition of metabolism of
     dimethylnitrosamine by aminoacetonitrile.   *Biochem. J., 120*,
     601-605

Frantz, C.N. & Malling, H.V. (1975)   Factors affecting metabolism and
     mutagenicity of dimethylnitrosamine and diethylnitrosamine.
     *Cancer Res., 35*, 2307-2314

Godoy, H.M., Gomez, M.I.D. & Castro, J.A. (1978)   Mechanism of
     dimethylnitrosamine metabolism and activation in rats.   *J. natl
     Cancer Inst., 61*, 1285-1289

18                                    PEGG

Goth, R. & Rajewsky, M. (1974)    Molecular and cellular mechanisms
    associated with pulse-carcinogenesis in the rat nervous system by
    ethylnitrosourea:  ethylation of nucleic acids and elimination rates
    of ethylated bases from the DNA of different tissues.    *Z. Krebs-*
    *forsch., 82*, 37-64

Grandjean, C.J. & Somogyi, A. (1976)    Effect of pregnenolone-16α-carbo-
    nitrile on the metabolism of dimethylnitrosamine and binding to rat
    liver macromolecules.    *Biochem. Pharmacol., 25*, 2097-2098

Grandjean, C.J., Gold, B.I., Knepper, S. & Morris, N. (1978)    Activation
    of *N*-nitrosamines to alkylating agents by rat liver nuclei and micro-
    somes:  binding to endogenous and exogenous DNA.    *Proc. Am. Assoc.*
    *Cancer Res., 19*, 185

Grilli, S. & Prodi, G. (1975)    Identification of dimethylnitrosoamine
    metabolites *in vitro*.    *Gann, 66*, 473-480

Guttenplan, J.B. (1979)    Detection of trace amounts of dimethylnitros-
    amine in a modified *Salmonella*/microsome assay.    *Mutat. Res., 64*,
    91-94

Guttenplan, J.B. & Garro, A.J. (1977)    Factors affecting the induction
    of dimethylnitrosamine demethylase by Aroclor 1254.    *Cancer Res.,*
    *37*, 329-330

Habs, M., Schmähl, D. & Wiessler, M. (1978)    Carcinogenicity of
    acetoxymethyl-methyl-nitrosamine after subcutaneous, intravenous
    and intrarectal applications in rats.    *Z. Krebsforsch., 91*, 217-221

Hadjiolov, D. & Mundt, D. (1974)    Effect of aminoacetonitrile on the
    metabolism of dimethylnitrosamine and methylation of RNA during
    liver carcinogenesis.    *J. natl Cancer Inst., 52*, 753-756

Hashimoto, S., Yokokura, T., Kawai, Y. & Mutai, M. (1976)    Dimethyl-
    nitrosamine formation in the gastro-intestinal tract of rats.    *Food*
    *Cosmet. Toxicol., 14*, 553-556

Heading, C.E., Phillips, J.C., Lake, B.G., Gangolli, S.D. & Lloyd, A.G.
    (1974)    Some aspects of the metabolism of dimethylnitrosamine in
    the rat.    *Biochem. Soc. Trans., 2*, 607-611

Heath, D.F. (1962)    The decomposition and toxicity of dialkylnitrosamines
    in rats.    *Biochem. J., 85*, 72-81

IARC (1978)    *IARC Monographs on the Evaluation of the Carcinogenic Risk*
    *of Chemicals to Humans*, Vol. 17, *Some N-Nitroso Compounds*, Lyon,
    International Agency for Research on Cancer

Johansson, E.B. & Tjälve, H. (1978)    The distribution of [$^{14}$C]dimethyl-
    nitrosamine in mice.    Autoradiographic studies in mice with inhi-
    bited and noninhibited dimethylnitrosamine metabolism and a compari-
    son with the distribution of [$^{14}$C]formaldehyde.    *Toxicol. appl.*
    *Pharmacol., 45*, 565-575

Joshi, S.R., Rice, J.M., Wenk, M.L., Roller, P.P. & Keefer, L.K.
    (1977)  Brief communication:  selective induction of intestinal
    tumors in rats by methyl (acetoxymethyl) nitrosamine, an ester of
    the presumed reactive metabolite of DMN.  *J. natl Cancer Inst., 58*,
    1531–1535

Kakizoe, T., Wang, T.-T., Eng, V.W.S., Furrer, R., Dion, P. & Bruce,
    W.R. (1979)  Volatile *N*-nitrosamines in the urine of normal donors
    and of bladder cancer patients.  *Cancer Res., 39*, 829–832

Kawajiri, K., Yonekawa, H., Hara, E. & Tagashira, Y. (1979)  Activation
    of 2-acetylaminofluorene in the nuclei of rat liver.  *Cancer Res.,
    39*, 1089–1093

Kleihues, P., Doerjer, G., Keefer, L.K., Rice, J.M. & Roller, P.P.
    (1979)  DNA methylation by methyl (acetoxymethyl) nitrosamine:
    correlation with organ-specific carcinogenicity in rats.  *Cancer
    Res.* (in press)

Kroeger-Koepke, M.B. & Michejda, C.J. (1979)  Evidence for several
    demethylase enzymes in the oxidation of dimethylnitrosamine and
    phenylmethylnitrosamine by rat liver fractions.  *Cancer Res., 39*,
    1587–1591

Kuroki, T., Drevon, C. & Montesano, R. (1977)  Microsome-mediated
    mutagenesis in V79 Chinese hamster cells by various nitrosamines.
    *Cancer Res., 37*, 1044–1050

Lake, B.G., Heading, C.E., Phillips, J.C., Gangolli, S.D. & Lloyd, A.G.
    (1974)  Studies on the effects of phenobarbitone and 20-methyl-
    cholanthrene pretreatments on the metabolism and toxicity of dimethyl-
    nitrosamine in the rat.  *Biochem. Soc. Trans., 2*, 882–885

Lake, B.G., Phillips, J.C., Headings, C.E. & Gangolli, S.D. (1976)
    Studies on the *in vitro* metabolism of dimethylnitrosamine by rat
    liver.  *Toxicology, 5*, 297–309

Lakritz, L., Simenhoff, M.L., Dunn, S.R. & Fiddler, W. (1979)  *N*-Nitro-
    sodimethylamine in human blood.  *Lancet* (in press)

Langenbach, R., Freed, H.J. & Huberman, E. (1978)  Liver cell-mediated
    mutagenesis of mammalian cells by liver carcinogens.  *Proc. natl
    Acad. Sci. USA, 75*, 2864–2867

Lawley, P.D. (1976)  *Carcinogenesis by alkylating agents.*  In:
    Searle, C.E., ed., *Chemical Carcinogens (ACS Monograph Series No.
    173)*, Washington DC, American Chemical Society, pp. 83–244

Lijinsky, W., Loo, J. & Ross, A.E. (1968)  Mechanism of alkylation of
    nucleic acids by nitrosodimethylamine.  *Nature, 218*, 1174–1175

Lotlikar, P.D., Baldy, W.J. & Dwyer, E.N. (1975)  Dimethylnitrosamine
    demethylation by reconstituted liver microsomal cytochrome P-450
    enzyme system.  *Biochem. J., 152*, 705–708

PEGG

Lotlikar, P.D., Hong, Y.S. & Baldy, W.J. (1978)   Effect of dimethyl-
    nitrosamine concentration on its demethylation by liver microsomes
    from control and 3-methylcholanthrene pretreated rats, hamsters and
    guinea pigs.   *Cancer Lett.*, *4*, 355-361

Magee, P.N. & Barnes, J.M. (1967)   Carcinogenic nitroso compounds.
    *Adv. Cancer Res.*, *10*, 163-246

Magee, P.N., Pegg, A.E. & Swann, P.F. (1975)   *Molecular mechanisms in
    chemical carcinogenesis*.   In: Grundmann, E., ed., *Handbuch der
    Allgemeinen Pathologie*, Berlin, Springer, pp. 329-420

Magee, P.N., Montesano, R. & Preussman, R. (1976)   N-*Nitroso compounds
    and related carcinogens*.   In: Searle, C.E., ed., *Chemical
    Carcinogens (ACS Monograph Series No. 173)*, Washington DC,
    American Chemical Society, pp. 491-625

McLean, A.E.M. & Magee, P.N. (1970)   Increased renal carcinogenesis
    by dimethylnitrosamine in protein-deficient rats.   *Br. J. exp.
    Pathol.*, *51*, 587-590

Miller, E.C. (1978)   Some current perspectives on chemical carcino-
    genesis in humans and experimental animals: presidential address.
    *Cancer Res.*, *38*, 1479-1496

Milstein, S. & Guttenplan, J.B. (1979)   Near quantitative production
    of molecular nitrogen from metabolism of dimethylnitrosamine.
    *Biochem. biophys. Res. Commun.*, *87*, 337-342

Montesano, R. & Magee, P.N. (1974)   *Comparative metabolism* in vitro
    *of nitrosamines in various animals species including man*.   In:
    Montesano, R., Tomatis, L. & Davis, W., eds, *Chemical Carcinogenesis
    Essays*, Lyon, International Agency for Research on Cancer (*IARC
    Scientific Publications No. 10*), pp. 39-56

Montesano, R., Saint Vincent, L., Drevon, C. & Tomatis, L. (1975)
    Production of epithelial and mesenchymal tumours with rat liver
    cells transformed *in vitro*.   *Int. J. Cancer*, *16*, 550-558

National Research Council (1978)   *NRC Report on Nitrates: An
    Environmental Assessment*, Washington DC, National Academy of
    Sciences, pp. 706-717

Pegg, A.E. (1977a)   Formation and metabolism of alkylated nucleosides:
    possible role in carcinogenesis by nitroso compounds and alkylating
    agents.   *Adv. Cancer Res.*, *25*, 195-269

Pegg, A.E. (1977b)   Alkylation of rat liver DNA by dimethylnitrosamine:
    effect of dosage on $O^6$-methylguanine levels.   *J. natl Cancer Inst.*,
    *54*, 681-687

Pegg, A.E. (1978)   Enzymatic removal of $O^6$-methylguanine from DNA
    by mammalian cell extracts.   *Biochem. biophys. Res. Commun.*, *84*,
    166-173

Pegg, A.E. (1979)   Formation and subsequent repair of alkylation
     lesions in tissues of rodents treated with nitrosamines.   *Arch.
     Toxicol.* (in press)

Pegg, A.E. & Balog, B. (1979)   Formation and subsequent excision of
     $O^6$-ethylguanine from DNA of rat liver following administration of
     diethylnitrosamine.   *Cancer Res.* (in press)

Pegg, A.E. & Hui, G. (1978a)   Formation and subsequent removal of
     $O^6$-methylguanine from DNA in rat liver and kidney after small
     doses of dimethylnitrosamine.   *Biochem. J., 173*, 739-748

Pegg, A.E. & Hui, G. (1978b)   Removal of methylated purines from rat
     liver DNA after administration of dimethylnitrosamine.   *Cancer
     Res., 38*, 2011-2017

Phillips, J.C., Lake, B.G., Gangolli, S.D., Grasso, P. & Lloyd, A.G.
     (1977)   Effects of pyrazole and 3-amino-1,2,4-triazole on the
     metabolism and toxicity of dimethylnitrosamine in the rat.   *J natl
     Cancer Inst., 58*, 629-633

Roller, P.P., Shimp, D.R. & Keefer, L.K. (1975)   Synthesis and
     solvolysis of methyl (acetoxymethyl) nitrosamine.   Solution
     chemistry of the presumed carcinogenic metabolite of dimethyl-
     nitrosamine.   *Tetrahedron Lett., 25*, 2065-2068

Scherer, E., Steward, A.P. & Emmelot, P. (1977)   Kinetics of formation
     of $O^6$-ethylguanine in, and its removal from liver DNA of rats
     receiving DEN.   *Chem.-biol. Interactions, 19*, 1-11

Schmähl, D., Krüger, F., Habs, M. & Diehl, B. (1976)   Influence of
     disulfiram on the organotropy of the carcinogenic effect of DMN
     and DEN in rats.   *Z. Krebsforsch., 85*, 271-276 ·

Singer, B. (1977)   Sites in nucleic acids reacting with alkylating
     agents of different carcinogenicity or mutagenicity.   *J. Toxicol.
     environ. Health, 2*, 1279-1295

Singer, B. (1979)   *N*-Nitroso alkylating agents:  formation and
     persistence of alkyl derivatives in mammalian nucleic acids as
     contributing factors in carcinogenesis.   *J. natl Cancer Inst., 62*,
     1329-1339

Sipes, I.G., Slocumb, M.L. & Holtzman, G. (1978)   Stimulation of micro-
     somal dimethylnitrosamine-*N*-demethylase by pretreatment of mice with
     acetone.   *Chem.-biol. Interactions, 21*, 155-166

Somogyi, I., Conney, A.H., Kuntzman, R. & Solymos, B. (1972)
     Protection against dimethylnitrosamine toxicity by pregnenolone-
     16-α-carbonitrile.   *Nature New Biol., 237*, 61-62

Stout, D.L. & Becker, F.F. (1979)   Metabolism of 2-aminofluorene and
     2-acetylaminofluorene to mutagens by rat hepatocyte nuclei.   *Cancer
     Res., 39*, 1168-1173

Swann, P.F. & Magee, P.N. (1968)   Nitrosamine-induced carcinogenesis.
     The alkylation of nucleic acids of the rat by $N$-methyl-$N$-nitroso-
     urea, dimethylnitrosamine, dimethyl sulphate and methyl methane-
     sulphonate.   *Biochem. J., 110*, 39–47

Swann, P.F. & McLean, A.E.M. (1971)   Cellular injury and carcinogenesis.
     The effect of a protein-free, high carbohydrate diet on the metabolism
     of dimethylnitrosamine in the rat.   *Biochem. J., 124*, 283–288

Wang, T., Kakizoe, T., Dion, P., Furrer, R., Varghese, A.J. & Bruce, W.
     R. (1978)   Volatile nitrosamines in normal human faeces.   *Nature,
     276*, 280–281

Ward, J.M., Rice, J.M., Roller, P.P. & Wenk, M.L. (1977)   Natural
     history of intestinal neoplasms induced in rats by a single injec-
     tion of methyl (acetoxymethyl) nitrosamine.   *Cancer Res., 37*, 3046–
     3052

Waynforth, H.B., Parkin, R. & Stoddart, D.J. (1977)   The effect of a
     protein-free diet, a sugar diet and of carbon tetrachloride adminis-
     tration on the toxicity and rate of metabolism of DMN in different
     rat strains.   *Br. J. exp. Pathol., 58*, 225–229

Wiessler, M. & Schmähl, D. (1976)   Zur carcinogen Wirkung von $N$-Nitroso-
     Verbindungen.   5. Acetoxymethyl-Methyl-Nitrosamin.   *Z. Krebsforsch.,
     85*, 47–49

Wilkinson, R., Hawks, A. & Pegg, A.E. (1975)   Methylation of rat liver
     mitochondrial DNA by chemical carcinogens and associated alterations
     in physical properties.   *Chem.-biol. Interactions, 9*, 157–167

Williams, G.M. (1976)   The use of liver epithelial cultures for the
     study of chemical carcinogenesis.   *Am. J. Pathol., 85*, 739–754

Williams, G.M. & Laspia, M.F. (1979)   The detection of various nitros-
     amines in the hepatocyte primary culture/DNA repair test.   *Cancer
     Lett., 6*, 199–206

Wishnok, J.S., Rogers, A.E., Sanchez, O. & Archer, M.C. (1978)   Dietary
     effects of the pharmacokinetics of three carcinogenic nitrosamines.
     *Toxicol. appl. Pharmacol., 43*, 391–398