# Exhibit 16

**Document Filed Under Seal**

# Exhibit 17

**Document Filed Under Seal**

# Exhibit 18

**Document Filed Under Seal**

# Exhibit 19

**Document Filed Under Seal**

# Exhibit 20

**Document Filed Under Seal**

# Exhibit 21

**Document Filed Under Seal**

# Exhibit 22

**Document Filed Under Seal**

# Exhibit 23

**Document Filed Under Seal**

# Exhibit 24

**Document Filed Under Seal**

# Exhibit 25

**Document Filed Under Seal**

# Exhibit 26

**Document Filed Under Seal**

# Exhibit 27

Document Filed Under Seal

# Exhibit 28

**Document Filed Under Seal**

# Exhibit 29

**Document Filed Under Seal**

# Exhibit 30

**Document Filed Under Seal**

# Exhibit 31

**Document Filed Under Seal**

# Exhibit 32

**Document Filed Under Seal**

# Exhibit 33

**Document Filed Under Seal**

# Exhibit 34

# Exhibit 35

**Document Filed Under Seal**

# Exhibit 36

**Document Filed Under Seal**

# Exhibit 37

# Exhibit 38

**Document Filed Under Seal**

# Exhibit 39

**Document Filed Under Seal**

# Exhibit 40

**Document Filed Under Seal**

# Exhibit 41

**Document Filed Under Seal**

# Exhibit 42

**Document Filed Under Seal**

# Exhibit 43

**Document Filed Under Seal**

# Exhibit 44

**Document Filed Under Seal**

# Exhibit 45

# Exhibit 46

**Document Filed Under Seal**

# Exhibit 47

**Document Filed Under Seal**

# Exhibit 48

**Document Filed Under Seal**

# Exhibit 49

**Document Filed Under Seal**

# Exhibit 50

**Document Filed Under Seal**

# Exhibit 51

**Document Filed Under Seal**

# Exhibit 52

**Document Filed Under Seal**

# Exhibit 53

**Document Filed Under Seal**

# Exhibit 54

**Document Filed Under Seal**

# Exhibit 55

**Document Filed Under Seal**

# Exhibit 56

**Document Filed Under Seal**

# Exhibit 57

**Document Filed Under Seal**

# Exhibit 58

**Document Filed Under Seal**

# Exhibit 59

**Document Filed Under Seal**

# Exhibit 60

Document Filed Under Seal

# Exhibit 61

**Document Filed Under Seal**

# Exhibit 62

**Document Filed Under Seal**

# Exhibit 63

**Document Filed Under Seal**

# Exhibit 64

**Document Filed Under Seal**

# Exhibit 65

**Document Filed Under Seal**

# Exhibit 66

Document Filed Under Seal

# Exhibit 67

**Document Filed Under Seal**

# Exhibit 68

**Document Filed Under Seal**

# Exhibit 69

**Document Filed Under Seal**

# Exhibit 70

**Document Filed Under Seal**

# Exhibit 71

**Document Filed Under Seal**

# Exhibit 72

Document Filed Under Seal

# Exhibit 73

**Document Filed Under Seal**

# Exhibit 74

**Document Filed Under Seal**

# Exhibit 75

**Document Filed Under Seal**

# Exhibit 76

Document Filed Under Seal

# Exhibit 77

**Document Filed Under Seal**

# Exhibit 78

**Document Filed Under Seal**

# Exhibit 79

**Document Filed Under Seal**

# Exhibit 80

**Document Filed Under Seal**

# Exhibit 81

# Exhibit 82

**Document Filed Under Seal**

# Exhibit 83

**Document Filed Under Seal**

# Exhibit 84

**Document Filed Under Seal**

# Exhibit 85

**Document Filed Under Seal**

# Exhibit 86

**Document Filed Under Seal**

# Exhibit 87

**Document Filed Under Seal**

# Exhibit 88

**Document Filed Under Seal**

# Exhibit 89

**Document Filed Under Seal**

# Exhibit 90

**Document Filed Under Seal**

# Exhibit 91

# Exhibit 92

**Document Filed Under Seal**

# Exhibit 93

**Document Filed Under Seal**

# Exhibit 94

Document Filed Under Seal

# Exhibit 95

**Document Filed Under Seal**

# Exhibit 96

**Document Filed Under Seal**

# Exhibit 97

**Document Filed Under Seal**

# Exhibit 98

**Document Filed Under Seal**

# Exhibit 99

**Document Filed Under Seal**

# Exhibit 100

Document Filed Under Seal

# Exhibit 101

**Document Filed Under Seal**

# Exhibit 102

**Document Filed Under Seal**

# Exhibit 103

**Document Filed Under Seal**

# Exhibit 104

**Document Filed Under Seal**

# Exhibit 105

**Document Filed Under Seal**

# Exhibit 106

**Document Filed Under Seal**

# Exhibit 107

**Document Filed Under Seal**

# Exhibit 108

**Document Filed Under Seal**

# Exhibit 109

**Document Filed Under Seal**

# Exhibit 110

**Document Filed Under Seal**

# Exhibit 111

**Document Filed Under Seal**

# Exhibit 112

**Document Filed Under Seal**

# Exhibit 113

**Document Filed Under Seal**

# Exhibit 114

**Document Filed Under Seal**

# Exhibit 115

**Document Filed Under Seal**