# Exhibit 117

**Document Filed Under Seal**

# Exhibit 118

# Exhibit 119

# Exhibit 120

**Document Filed Under Seal**

# Exhibit 121

# Exhibit 122

**Document Filed Under Seal**

# Exhibit 123

# Exhibit 124

# Exhibit 125

# Exhibit 126

**Document Filed Under Seal**

# Exhibit 127

# Exhibit 128

**Document Filed Under Seal**

# Exhibit 129

**Document Filed Under Seal**

# Exhibit 130

**Document Filed Under Seal**

# Exhibit 131

Document Filed Under Seal

# Exhibit 132

**Document Filed Under Seal**

# Exhibit 133

**Document Filed Under Seal**

# Exhibit 134

**Document Filed Under Seal**

# Exhibit 135

**Document Filed Under Seal**

# Exhibit 136

**Document Filed Under Seal**

# Exhibit 137

**Document Filed Under Seal**

# Exhibit 138

**Document Filed Under Seal**

# Exhibit 139

**Document Filed Under Seal**

# Exhibit 140

**Document Filed Under Seal**

# Exhibit 141

**Document Filed Under Seal**

# Exhibit 142

**Document Filed Under Seal**

# Exhibit 143

# Exhibit 144

**Document Filed Under Seal**

# Exhibit 145

Document Filed Under Seal

# Exhibit 146

**Document Filed Under Seal**

# Exhibit 147

**Document Filed Under Seal**

# Exhibit 148

**Document Filed Under Seal**

# Exhibit 149

**Document Filed Under Seal**

# Exhibit 150

**Document Filed Under Seal**

# Exhibit 151

**Document Filed Under Seal**

# Exhibit 152

**Document Filed Under Seal**

# Exhibit 153

# Exhibit 154

**Document Filed Under Seal**

# Exhibit 155

**Document Filed Under Seal**

# Exhibit 156

**Document Filed Under Seal**

# Exhibit 157

**Document Filed Under Seal**

# Exhibit 158

**Document Filed Under Seal**

# Exhibit 159

**Document Filed Under Seal**

# Exhibit 160

Document Filed Under Seal

# Exhibit 161

**Document Filed Under Seal**

# Exhibit 162

**Document Filed Under Seal**

# Exhibit 163

**Document Filed Under Seal**

# Exhibit 164

**Document Filed Under Seal**

# Exhibit 165

**Document Filed Under Seal**

# Exhibit 166

**Document Filed Under Seal**

# Exhibit 167

Document Filed Under Seal

# Exhibit 168

**Document Filed Under Seal**

# Exhibit 169

**Document Filed Under Seal**

# Exhibit 170

**Document Filed Under Seal**

# Exhibit 171

**Document Filed Under Seal**

# Exhibit 172

**Document Filed Under Seal**

# Exhibit 173

**Document Filed Under Seal**

# Exhibit 174

**Document Filed Under Seal**

# Exhibit 175

**Document Filed Under Seal**

# Exhibit 176

**Document Filed Under Seal**

# Exhibit 177

**Document Filed Under Seal**

# Exhibit 178

Document Filed Under Seal

# Exhibit 179

**Document Filed Under Seal**

# Exhibit 180

**Document Filed Under Seal**

# Exhibit 181

**Document Filed Under Seal**

# Exhibit 182

**Document Filed Under Seal**

# Exhibit 183

**Document Filed Under Seal**

# Exhibit 184

**Document Filed Under Seal**

# Exhibit 185