# Exhibit 187

**Document Filed Under Seal**

# Exhibit 188

**Document Filed Under Seal**

# Exhibit 189

**Document Filed Under Seal**

# Exhibit 190

**Document Filed Under Seal**

# Exhibit 191

**Document Filed Under Seal**