# Exhibit 194

**Document Filed Under Seal**

# Exhibit 195

**Document Filed Under Seal**

# Exhibit 196

**Document Filed Under Seal**

# Exhibit 197

**Document Filed Under Seal**