# Exhibit 1

## Declaration of Laura R. Craft Regarding Data Availability

## Filed Together with the Consumer Memorandum; Exhibit under Seal