# Exhibit 2

Declaration of Rena Conti, Ph.D.

Filed Together with the Consumer Memorandum; Exhibit under Seal