# Exhibit 6

Declaration of Gregory Hansel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler<br><br>**Declaration of Gregory P. Hansel in Support of Third Party Payor Plaintiffs' Motion to Certify Class** |

## DECLARATION OF GREGORY P. HANSEL

I, GREGORY P. HANSEL, declare:

1. I have personal knowledge of the matters set forth herein, and if called to testify thereto, I could and would do so competently.

2. Should this proceeding be certified as a class action under Fed. R. Civ. P. 23, Gregory P. Hansel of Preti Flaherty Beliveau & Pachios Chartered LLP ("Preti") is qualified to serve as class counsel. Nationally recognized as a leader in complex class action litigation, Preti is a preeminent commercial law firm based in New England with offices in Maine, New Hampshire and Massachusetts, approximately 100 attorneys and an experienced legal support staff with special expertise in managing class action and multidistrict litigation. The firm litigates cases throughout the country in both federal and state courts. Preti has recovered hundreds of millions of dollars for its clients.

3. Gregory P. Hansel has already been appointed by this Court to serve as co-chair of the TPP Committee and as a member of the Economic Reimbursement PSC. He also serves as a member of Plaintiffs' Time and Expense Committee. Mr. Hansel has committed extensive time and

1

resources to the prosecution of this MDL. Among other things, Mr. Hansel defended the deposition of TPP Plaintiff and proposed TPP class representative Maine Automobile Dealers Association Inc. Insurance Trust ("MADA"), coordinated a team of Preti attorneys participating in large scale review and coding of defendants' documents, helped write and coordinate preparation of TPPs' Motion to Certify Class and brief in support, and worked with one of TPP Plaintiffs' experts, Kali Panagos, Pharm.D.

4. Outside of this litigation, Gregory P. Hansel oversees Preti's class action and antitrust practice and focuses his practice on federal class action litigation. For each year since 2008 to present, Mr. Hansel has been recognized in SuperLawyers® for Class Actions/Mass Torts, Business Litigation, and Antitrust Litigation. Mr. Hansel was cited in the National Law Journal for winning one of the 100 largest jury verdicts of 2011 as lead trial counsel in an international business dispute, for $19.3 million, in the U.S. District Court for the Eastern District of Missouri; is listed in Woodard/White's The Best Lawyers in America for Mass Torts and Class Actions/Plaintiffs; rated AV Preeminent by Martindale-Hubbell; was recognized for Commercial Litigation in Chambers USA: America's Leading Lawyers for Business, which stated "Greg Hansel stands out for his prowess in relation to complex business litigation work," and noted that "One interviewee...heralded him as 'a master of class action litigation'"; and is a vice chair of the Global Private Litigation Committee of the American Bar Association Section of Antitrust Law. He is Board Certified in Business Litigation and Antitrust and Trade Regulation by The Florida Bar Board of Legal Specialization and Education. Mr. Hansel's firm biography is attached as **Exhibit A**.

5. Mr. Hansel has been appointed as class counsel by federal courts across the country, including *Automotive Parts Antitrust Litigation*, MDL 2311 (E.D. Mich.) (consisting of over 20

class actions with partial settlements of over $300 million); *Iowa Ready-Mix Concrete Antitrust Litigation*, Case No. C 10-4038-MWB (N.D. Iowa)(U.S. District Judge Mark Bennett wrote, "Class Counsel achieved…fabulous results with incredible efficiency.…*** This case is a model for the nation that class actions can, indeed, work exactly as Congress and the federal courts intended ….They placed their clients' best interests light years ahead of their own, which is exactly the way the practice of law is supposed to work." *Id.*, 2011 WL 5547159, at *2-4 (N.D. Iowa Nov. 9, 2011); *Marine Hose Antitrust Litigation*, MDL 1888 (S.D. Fla.)($32 million recovery); and *Foundry Resins Antitrust Litigation*, MDL 1638 (S.D. Ohio)($14.2 million recovery)(U.S. District Judge Gregory Frost commented, "I wouldn't have ever thought that this case would have proceeded along as smoothly as it did.". *Id.*, transcript of hearing on final approval of settlement, March 28, 2008, p. 32.)

6. Mr. Hansel helped pioneer the TPP Class Action in *Synthroid Marketing Litigation*, MDL 1182 (N.D.Ill.), the first case in which a U.S. District Court certified a litigation class of TPPs against a prescription drug manufacturer. In that case, his client and a class representative was Aetna, Inc., one of the nation's largest third party payors. The Court ultimately approved a $45.5 million class settlement for the TPP class.

7. Mr. Hansel has continuously been an attorney in good standing licensed to practice law in the States of Florida (1986) and Maine (1997), and the District of Columbia (1998), and has never been the subject of a grievance in any state bar proceeding.

8. Mr. Hansel has been and will continue to be willing, able, and dedicated to committing Preti's resources, including labor and expenses, to vigorously litigating this matter on behalf of TPP Plaintiffs named herein and the proposed class members until this case reaches a final determination.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Portland, Maine, this 9th day of November 2021.

_____
Gregory P. Hansel

# Exhibit A

Firm Biography of Gregory Hansel

**PretiFlaherty**



# Gregory P. Hansel

Partner

ghansel@preti.com
207.791.3000

Greg is chair of the firm's Antitrust & Competition practice group and a nationally recognized trial lawyer in complex business litigation.

He has won victories for defendants and plaintiffs in some of Maine's largest cases and maintains a national and international litigation practice. He frequently advises overseas clients on U.S. legal matters. He is listed in Woodward/White's *The Best Lawyers in America*, which named him 2017 and 2015 "Lawyer of the Year" for Mass Tort Litigation/Class Actions - Defendants. He currently serves as court-appointed co-lead counsel for direct purchasers in *In re Automotive Parts Antitrust Litigation*, a series of private civil actions, with more than $200 million in partial settlements to date, that stem from the largest Department of Justice criminal antitrust investigation in U.S. history.

In other recent cases, he won a $19 million jury verdict as lead trial counsel in Missouri federal court in an international contract dispute, recognized in the National Law Journal as one of Top 100 Verdicts of the year; recovered $32 million for a class of direct purchasers of marine hose in federal antitrust litigation in Miami; and brought an antiterrorism case on behalf of American missionaries murdered in Colombia. He has argued five times before the U.S. Judicial Panel on Multidistrict Litigation.

Greg is experienced in class actions, antitrust & trade regulation, international, securities, construction, corporate, intellectual property, products liability, mass torts, contract, fraud, healthcare, RICO, employment, real estate, land use, technology, lender liability, professional malpractice, personal injury, wrongful death, fidelity & surety, insurance, arbitration and mediation.

## Admissions

- Maine
- Florida
- District of Columbia
- U.S. District Court, District of Maine
- U.S. District Court, Eastern District of Michigan
- U.S. District Court, Middle District of Florida
- U.S. District Court, Southern District of Florida
- U.S. Court of Appeals, First Circuit
- U.S. Court of Appeals, Fourth Circuit

**Services**

- Antitrust & Competition
- Business Law
- International Commerce
- Litigation
- Securities

- U.S. Court of Appeals, Eighth Circuit
- U.S. Court of Appeals, Eleventh Circuit
- U.S. Court of Appeals, D.C. Circuit
- U.S. Supreme Court

## Education

- University of Virginia School of Law  (J.D., 1986)
    - Dillard Fellow, Moot Court Board
- Harvard University  (B.A., *magna cum laude*, 1982)

## Professional Activities

- Vice Chair, American Bar Association Section of Antitrust Law Global Private Litigation Committee
- 
Member, The Florida Bar, Antitrust & Trade Regulation Law Certification Committee

- 
Participant, Gubernatorial Trade Mission to South Korea

- Served as Chairman of The Florida Bar Convention
- Former Member, Florida Bar Grievance Committee

## Honors & Recognition

- AV Preeminent™ rating by the Martindale-Hubbell® Law Directory
- Listed in the Woodward/White's *The Best Lawyers in America* for Commercial Litigation, Litigation - Securities, Mass Tort Litigation / Class Actions - Defendants and Mass Tort Litigation / Class Actions - Plaintiffs
- Recognized for Commercial Litigation in *Chambers USA: America's Leading Lawyers for Business*, which stated "Greg Hansel stands out for his prowess in relation to complex business litigation work. One interviewee also heralded him as 'a master of class action litigation.'"
- Selected as a *New England Super Lawyer* in Antitrust Litigation, Business Litigation and Class Action/Mass Torts
- Named a Litigation Star in *Benchmark: Litigation, the Guide to America's Leading Litigation Firms and Attorneys*
- Board Certified in Antitrust and Trade Regulation Law by The Florida Bar
- Board Certified in Business Litigation by The Florida Bar

## Civic and Charitable Activities

- Past Chairman of the Board and current Board Member, ProsperityME
- Regional Vice-Chair, and Member, Board of Directors, Lawyers' Committee for Civil Rights Under Law, Washington, D.C.
- Chairman, Annual Giving in Northern New England for the University of Virginia School of Law
- Member, Harvard Alumni Association Board of Directors

    - Regional Director, Harvard Clubs in Maine, New Hampshire, Vermont, and North/Central Massachusetts
    - Past President, Harvard Clubs in Maine and Tampa Bay (formerly West Coast Florida)

- Member, Maine International Trade Center
- Portland Rotary Club
- Served on Executive Committee, Appalachian Mountain Club, Maine Chapter
- Former Member, Board of Trustees, Portland Symphony Orchestra
- Acted as pro bono attorney, Maine Equal Justice Partners
- President, Cape Elizabeth Mock Trial Boosters

**Publications and Presentations**

- "Extreme Litigation: An Interview with Judge Wm. Terrell Hodges, Chairman of the Judicial Panel on Multidistrict Litigation", *Maine Bar Journal*
- Speaker, "Private Damages Actions: An International Perspective," ABA Section of Antitrust Law Spring Meeting
- "Antitrust Class Certification After Hydrogen Peroxide" ABA Section of Antitrust Law Spring Meeting
- "Dispute Resolution," author of Maine Chapter in international legal guide for corporate counsel, *Getting the Deal Through*, Law Business Research Ltd.
- Speaker, "Betting-the-Company, How to Avoid and Survive High Stakes U.S. Litigation," Korea In-House Counsel Forum, program co-sponsored by U.S. Embassy, Seoul
- Speaker, "Hot Topics in Class Actions," Annual Meeting of Maine State Bar Association
- "Limiting Shareholder Class Actions: The Private Securities Litigation Reform Act of 1995," *The Florida Bar Journal*
- "Strong Suit: A Primer on Class Actions," *Mainebiz*

# Representative Matters

- Recovered over $200 million in partial settlements as court-appointed co-lead counsel for direct purchasers in ongoing *In re Automotive Parts Antitrust Litigation*, MDL No. 2311 (E.D. Mich.)
- Won a $19 million jury verdict in international contract dispute. *Semi-Materials, Ltd. v MEMC Electronic Materials, Inc.* (E.D.Mo.)
- Defending Maine's largest private employer, Bath Iron Works division of General Dynamics, defeated class certification in federal claim of former employees
- Won a $40 million international arbitration award in securities fraud case tried for three weeks in Washington, D.C. on behalf of Kingspan Group PLC
- Recovered a $143 million settlement in *Compact Disc Minimum Advertised Price Antitrust Litigation*, MDL No. 1361 (D. Maine), as Court-appointed liaison counsel
- Recovered $18.5 million as co-lead counsel for ready-mix concrete purchasers in *Iowa Ready-Mix Concrete Antitrust Litigation* (N.D. Iowa)
- Lead trial counsel in a $1 million jury verdict for punitive damages, one of the largest in Maine history, in landlord/tenant litigation. *Harris v. Soley*, 756 A.2d 499 (Me.)
- As Court-appointed co-lead counsel in *Marine Hose Antitrust Litigation*, MDL No. 1888 (S.D. Fla.), recovered $32 million for class of purchasers

# News

October 12, 2021

**Nineteen Preti Flaherty Attorneys Selected for Inclusion in 2021 Super Lawyers**

August 19, 2021
**46 Preti Flaherty Attorneys Selected by Peers for Inclusion in Best Lawyers in America 2022, Including 3 "Lawyers of the Year"**

May 20, 2021
**Fifteen Preti Flaherty Attorneys Selected as Chambers USA Leaders in Their Field**

March 31, 2021
**Benchmark Litigation Names Preti Flaherty 2021 "Maine Firm of the Year"**

October 13, 2020
**Twenty-Two Preti Flaherty Attorneys Selected for Inclusion in 2020 Super Lawyers**

September 4, 2020
**Federal Indictments Follow Long-Running Antitrust Class Action in Ready-Mix Concrete Industry**

August 20, 2020
**46 Preti Flaherty Attorneys Selected by Peers for Inclusion in Best Lawyers in America 2021, Including 4 "Lawyers of the Year"**

July 20, 2020
**Preti Flaherty Attorneys Sigmund Schutz and Greg Hansel Lead Suit to Help Students Get Housing and Tuition Refunds for Study Abroad Programs Cancelled by CIEE**

April 24, 2020
**Seventeen Preti Flaherty Attorneys Selected as Chambers USA Leaders in Their Field**

October 18, 2019
**Gregory P. Hansel Appointed to Board of Directors of Harvard Alumni Association**

October 17, 2019
**Twenty-One Preti Flaherty Attorneys Selected for Inclusion in 2019 Super Lawyers**

August 15, 2019
**45 Preti Flaherty Attorneys Selected by Peers for Inclusion in Best Lawyers in America 2020, Including 3 "Lawyers of the Year"**

May 16, 2019
**Twenty Preti Flaherty Attorneys Selected as Chambers USA Leaders in Their Field**

March 8, 2019
**Benchmark Litigation Names Preti Flaherty 2019 "Maine Firm of the Year"**

October 18, 2018
**Twenty-Three Preti Flaherty Attorneys Selected for Inclusion in 2018 Super Lawyers**

August 15, 2018
**45 Preti Flaherty Attorneys Selected by Peers for Inclusion in Best Lawyers in America 2019, Including 3 "Lawyers of the Year"**

May 3, 2018
**Twenty-two Preti Flaherty Attorneys Selected as Chambers USA Leaders in Their Field**

October 17, 2017
**Nineteen Preti Flaherty attorneys selected for inclusion in 2017 Super Lawyers**

August 15, 2017
**41 Preti Flaherty Attorneys Selected by Peers for Inclusion in Best Lawyers in America 2018**

May 26, 2017
**Twenty-three Preti Flaherty Attorneys Selected as Chambers USA Leaders in Their Field**

May 4, 2017
**Florida Bar Appoints Preti Flaherty Attorney Greg Hansel to Antitrust & Trade Regulation Law Certification Committee**

October 21, 2016
**17 Preti Flaherty Attorneys Recognized by Super Lawyers**

August 15, 2016
**36 Preti Flaherty Attorneys Selected by Peers for Inclusion in Best Lawyers in America 2017**

May 27, 2016
**Nineteen Preti Flaherty Attorneys Selected as Chambers USA Leaders in their Field**

February 18, 2016
**Benchmark Litigation Names Preti Flaherty 2016 "New Hampshire Firm of the Year"**

October 19, 2015
**16 Preti Flaherty Attorneys Recognized by New England Super Lawyers**

October 1, 2015
**Greg Hansel Appointed as Vice Chair of ABA Antitrust Law Global Private Litigation Committee**

August 17, 2015
**35 Attorneys Selected by Peers for Inclusion in The Best Lawyers in America® 2016**

May 28, 2015
**Twenty Preti Flaherty Attorneys Selected as Chambers USA Leaders in their Field**

November 17, 2014
**Preti Flaherty Named "Highly Recommended" Law Firm by 2015 Benchmark Litigation**

October 27, 2014
**14 Preti Flaherty Attorneys Recognized by New England Super Lawyers**

August 22, 2014
**35 Preti Flaherty Attorneys Named to Best Lawyers 2015**

May 23, 2014
**Twenty Preti Flaherty Attorneys Selected as Chambers USA Leaders in their Field**

February 17, 2014
**Twenty Preti Flaherty Attorneys Selected as Chambers USA Leaders in Their Field**

November 19, 2013
**Benchmark Litigation Recognizes Preti Flaherty's Litigators in Maine and New Hampshire**

November 1, 2013
**10 Preti Flaherty Attorneys Recognized by New England Super Lawyers**

August 28, 2013
**36 Preti Flaherty Attorneys Selected for Inclusion in Best Lawyers 2014**

May 29, 2013
**Preti Flaherty Earns Top Rankings by Chambers USA**

December 7, 2012
**Benchmark Litigation 2013 Recognizes Preti Flaherty's Litigators in Maine and New Hampshire**

March 22, 2012
**Preti Flaherty Jury Verdict Listed Among Top 100 Verdicts of 2011 by The National Law Journal**

March 19, 2012
**Greg Hansel Presents "Anatomy of an International Trial: Civil Litigation Across National Borders"**

January 31, 2012
**Two more Japanese auto parts makers admit to price-fixing scheme**

June 24, 2011
**Preti Flaherty Attorney Gregory Hansel Appointed Chairman of Community Financial Literacy Board**

March 3, 2011
**Preti Flaherty Wins $19 million Jury Verdict for Semi-Materials Co., Ltd.**

February 5, 2010
**Case Brought by Families of Murdered American Missionaries Against Chiquita Can Go Forward**

# Press Coverage

July 8, 2020
**Portland-Based Education Nonprofit Sued For Study Abroad Refunds**

July 9, 2018
**Furukawa, Mitsubishi To Pay $19.6M To End Antitrust Claims**

February 5, 2018
**Chiquita Settles Antiterrorism Act Case Involving Six U.S. Deaths**

January 18, 2017
**Yazaki Settles Car Parts Antitrust Claims For $212M**

April 30, 2014
**Direct purchasers survive dismissal bid in auto parts MDL**

March 12, 2012
**The Top 100 Verdicts of 2011**

January 31, 2012
**Two more Japanese auto parts makers admit to price-fixing scheme**