# Exhibit 7

Declaration of Jorge Mestre

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler |

**DECLARATION OF JORGE A. MESTRE IN SUPPORT OF
THIRD-PARTY PAYOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Jorge A. Mestre, declare:

1. I am a partner with the law firm of Rivero Mestre LLP ("RM") and have personal knowledge of the facts stated here. I am a member of the Florida Bar, New York State Bar, and the District of Colombia Bar. I am also admitted to practice in many federal courts.

2. I am Board Certified in International Litigation and Arbitration by the Florida Bar.

3. I am ranked in Chambers USA Litigation: General Commercial in Florida. RM is also ranked by Chambers in the "Elite in Florida" category and was recognized by Chambers and Partners as the winner of its 2020 Diversity & Inclusion Award for Outstanding Firm for Furthering Diversity and Inclusion (USA Private Practice Firm category). RM was recently honored by Benchmark Litigation as Florida Firm of the Year for 2021.

4. I have litigated this matter and will continue to do so vigorously. What's more, RM has already been selected in this matter to: (1) represent the interests of TPPs on the executive committee; and (2) co-chair a TPP committee. In those roles, our firm has dedicated a significant amount of resources to this matter.

5. In addition, I was recently appointed interim co-lead counsel on behalf of the putative class in the consolidated class action styled, *In re Metformin Marketing and Sales Practices Litigation*, pending in the United States District Court for the District of New Jersey. In that case, our firm represents third-party payers against several manufacturers and distributors of Metformin.

6. "Judges and attorneys alike are recognizing that diversity of all kinds—demographic diversity, skill diversity, diversity of prior case experiences—improve outcomes." *See* Dodge, *Facilitative Judging*, 64 EMORY L.J. at 367. Our firm and my prior experience satisfy all three factors.

7. I and RM have a diverse skillset, having litigated high-stakes cases for both plaintiffs and defendants. One of our recent cases included representation of a Chevron attorney in a case that was part of the $100 billion, 18-year litigation over Chevron's alleged environmental damage in the Amazon. The Wall Street Journal has called the case the "Legal Fraud of the Century." Based on that representation, our firm won the American Lawyer's Global Legal Award in the category of Global Dispute of the Year: U.S. Fraud Litigation.

8. RM also represented directors and officers in the third largest FDIC lawsuit at the time measured by loss to the deposit insurance fund.

9. RM represented individuals who suffered personal injury in the billion-dollar multi-district litigation arising from defective airbags manufactured by Takata. We also represented the physician association class members in a RICO-based multi-district litigation against nine of the largest managed care companies in the US for their alleged conspiracy to inflate their profits by denying or underpaying physicians who provided covered services to individual patients enrolled in their plans.

10. When individuals in two groups of about 9,000 insureds were denied insurance coverage for Harvoni—the first-ever cure for Hepatitis C—RM sued various insurers to obtain coverage. RM successfully obtained class-action settlements from insurers to pay for Harvoni coverage. The settlements are conservatively valued at over $350 million dollars. For our work in these set of cases, RM was honored in the 2017 *Most Effective Lawyers* special report for Class Actions by the Daily Business Review. That annual recognition is based on one overriding benchmark—tangible results and impact in plaintiffs' class action litigation.

11. I was appointed to serve as one of only four members of the Plaintiffs' Steering Committee in a case that was related to and consolidated with the Madoff Ponzi scheme MDL in the Southern District of New York.

12. Florida Governor Rick Scott appointed me to the Judicial Nominating Commission for the Eleventh Circuit, Miami-Dade County. Florida state court judges also have appointed me as a Receiver and Assignee for the Benefit of Creditors.

13. I have served in various leadership positions in the American Bar Association, including presidential appointments to the Commission on Hispanic Legal

Rights and Responsibilities, and the Coalition on Racial and Ethnic Justice. I am the current President of the Hispanic National Bar Foundation.

14. I have attached my resume as Exhibit A to this declaration.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Miami, Florida, this 9th day of November 2021.

_____
Jorge A. Mestre

# EXHIBIT A

**JORGE A. MESTRE**
**RIVERO MESTRE LLP**
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
E-Mail: jmestre@riveromestre.com

Jorge A. Mestre engages exclusively in a commercial-litigation practice and is Board Certified in International Litigation and Arbitration by the Florida Bar. In Chambers USA, he has been praised for "his strategic sense and creative thinking in critical litigation matters" and characterized as "a brilliant litigator with the creative edge; he sees a tactical advantage in what seems like an intractable problem."

Among his many high-stakes matters, Mestre successfully represented a Chevron attorney in a case that was part of the $100 billion, 18-year litigation over Chevron's alleged environmental damage in the Amazon. As part of the defense, a series of U.S. discovery proceedings were commenced that ultimately resulted in the Second Circuit ordering the production of more than 600 hours of outtakes (the most ever to be ordered produced in U.S. history) from "Crude"—a film about the litigation. The Wall Street Journal has called the case the "Legal Fraud of the Century." Rivero Mestre was honored by the American Lawyer as a winner of a Global Legal Award in the category of Global Dispute of the Year: U.S. Fraud Litigation for its work on the case.

Mestre also represented six former directors and officers in *FDIC v. Stipes*, the FDIC's lawsuit arising from its takeover of Westernbank Puerto Rico. The lawsuit, measured by the alleged loss, was the third largest brought by the FDIC during the recent financial crisis. Although the insurer denied coverage based on the "Insured v. Insured" exception, the District Court ordered advancement of defense costs—the first such order in this banking failure. Commentators have called the ruling "a significant victory for the individual directors and officers who hoped to be able to rely on the D&O insurance policies in order to be able to defend themselves against the FDIC's claims against them." In yet another high-profile matter, Mestre was appointed to serve as one of four members of the Plaintiffs Steering Committee in the multi-district litigation in the Southern District of New York in a case related to the massive Ponzi scheme perpetrated by Bernie Madoff.

Mestre currently represents Dr. Craig Wright in a lawsuit that alleges he is the inventor of the crypto currency Bitcoin—and the blockchain itself— and that he has stolen half of the $22 billion fortune thus created. Mestre was also recently appointed interim co-lead counsel on behalf of the putative class in the consolidated class action styled, *In re Metformin Marketing and Sales Practices Litigation*, pending in the United States District Court for the District of New Jersey. In that case, Mestre represents third-party payers against several manufacturers and distributors of Metformin—the most prescribed generic drug used to treat type 2 diabetes, which was revealed to be contaminated with the known cancer-causing substance N-nitrosodimethylamine ("NDMA"). The U.S. Food

and Drug Administration has begun issuing nationwide recalls of contaminated Metformin drugs after its own tests confirmed the presence of NDMA in the drugs.

A seasoned practitioner, Mestre has litigated cases through trial in both federal district court and Florida state court and has handled appeals before numerous state and federal courts. He has also litigated domestic and international arbitration matters in both English and Spanish, including an arbitration victory in Spanish. He has served as a party-appointed arbitrator in cases administered by the International Chamber of Commerce, the American Arbitration Association, the International Center for Dispute Resolution, and in an ad hoc international arbitration—experiences that give him a valuable understanding of how arbitration tribunals work.

What's more, Mestre has conducted internal investigations in the United States and in foreign countries, involving varied allegations of wrongdoing from securities fraud to accounting malpractice to Foreign Corrupt Practices. For example, he conducted an internal investigation related to procurement fraud for the United Nations (Office for Project Services).

Reflecting the excellent reputation he enjoys in the community, Florida Governor Rick Scott appointed him to the Judicial Nominating Commission for the Eleventh Circuit, Miami-Dade County. Florida state court judges have also appointed Mestre as a Receiver and as an Assignee for the Benefit of Creditors. Finally, he was recently appointed by the New York City Bar Association as a representative to the 74th session of the United Nations Commission on International Trade Law Working Group II regarding dispute settlement.

Mestre has served in various leadership positions within the American Bar Association including presidential appointments to the Commission on Hispanic Legal Rights and Responsibilities and the Coalition on Racial and Ethnic Justice and is currently the President of the Hispanic National Bar Foundation. He is a member of the Florida, New York, and Washington, D.C. bars, as well as many federal courts.

**EXPERIENCE**

**2001-present**       **Partner**
                       Rivero Mestre LLP (and predecessor firm)

**1998-2001**          **Litigation Attorney**
                       J. Patrick Fitzgerald, P.A.
                       Office of the General Counsel to the Archdiocese of Miami and the Diocese of Palm Beach

**1996-1998**          **Litigation Attorney**
                       Walton Lantaff Schroeder & Carson, P.A.

**1995**               **Judicial Intern**
                       Justice Major B. Harding, Supreme Court of Florida

| | |
|---|---|
| **1994** | **Judicial Intern**<br>The Honorable Donald L. Graham, United States District Court, Southern District of Florida |

## TEACHING EXPERIENCE

| | |
|---|---|
| **Fall 2012** | **Adjunct Professor**<br>University of Miami School of Business Administration<br>Business Law Department<br>Introduction to Business Law |
| **Fall 2010** | **Adjunct Law Professor**<br>St. Thomas University School of Law<br>International Arbitration |

## EDUCATION

**Georgetown University Law Center,** Washington, D.C., LL.M. in Securities and Financial Regulation, *with distinction* and Dean's List, 2016

**Florida State University School of Law**, Tallahassee, Florida, J.D., *cum laude*, 1996
    Recipient, Local Government Law Book Award
    Articles and Notes Editor, Journal of Land Use and Environmental Law, 1995-96

**Catholic University of America**, Washington, D.C., B.A., 1993
    Concentration: Financial Management
    Sub-concentration: Political Science

**Belen Jesuit Preparatory School**, Miami, Florida, 1989

## CERTIFICATIONS

Board Certified in International Litigation and Arbitration, The Florida Bar, 2020

Certificate, International Chamber of Commerce, *Seminario PIDA Avanzado, Arbitraje Comercial Internacional (Advanced PIDA Seminar, International Comercial Arbitration),* Paris, June 2010

## REPRESENTATIVE PUBLICATIONS

The Florida Bar's Civil Practice Before Trial Manual, Fourteenth Edition, Chapter 4: Settlement, Chapter 6: Jurisdiction, Chapter 21: Injunctions, and Chapter 26: Third-Party Practice, December 2021

*International E-Discovery, A Global Handbook of Law and Technology, Second Edition,* co-author of US E-discovery Chapter, Globe Law and Business, July 2021

*Discovery across the Globe: Obtaining Evidence Abroad to Support U.S. Proceedings,* American Bar Association Section of Litigation, January 2020

The Florida Bar's Civil Practice Before Trial Manual, Thirteenth Edition, Chapter 4: Settlement, Chapter 6: Jurisdiction, Chapter 21: Injunctions, Chapter 26: Third-Party Practice, and Chapter 28: Comparative Fault, December 2019

*International E-Discovery, A Global Handbook of Law and Technology,* co-author of US E-discovery Chapter, Globe Law and Business, August 2018

The Florida Bar's Civil Practice Before Trial Manual, Twelfth Edition, Chapter 4: Settlement, Chapter 6: Jurisdiction, Chapter 21: Injunctions, Chapter 26: Third-Party Practice, and Chapter 28: Comparative Fault, December 2017

*Remembrance of Rules Past: Rule 44.1 at Motion to Dismiss Stage*, American Bar Association Section of Litigation: Commercial and Business, January 2017

*A Bribe New World: The Federal Government Gets Creative in Chasing Foreign Officials for Taking Bribes*, University of Florida Journal of Law and Public Policy, Volume 26, 2015

The Florida Bar's Civil Practice Before Trial Manual, Eleventh Edition, Chapter 4: Settlement, Chapter 6: Jurisdiction, Chapter 21: Injunctions, Chapter 26: Third-Party Practice, and Chapter 28: Comparative Fault, 2014

*Growing Diversity & Inclusion: ABA INT. Energy & Resources Committee,* Diversity Global—The Many Faces of Diversity, The American Bar Association Section of International Law, Spring/Summer Edition, 2014

The Florida Bar's Civil Practice Before Trial Manual, Tenth Edition, Chapter 6: Jurisdiction, Chapter 21: Injunctions, Chapter 26: Third-Party Practice, and Chapter 28: Comparative Fault, 2013

*Liberty, Equality, Arbitration: Is Too Much of a Good Thing Heading Us Towards Waterloo?*, DRI Today, Volume 11, No. 25, June 27, 2012

The Florida Bar's Civil Practice Before Trial Manual, Ninth Edition, Chapter 6: Jurisdiction, 2011

*The Art of War: Competing as a Minority-Owned Law Firm in the Global Marketplace*, American Bar Association Section of Litigation: Minority Trial Lawyer, Winter 2010

The Florida Bar's Civil Practice Before Trial Manual, Eighth Edition, Chapter 6: Jurisdiction, 2009

*A Comity of Errors: Understanding the International Abstention Doctrine*, University of Florida Journal of International Law, Volume 17, Issue 2, June 2005

*International Arbitration in Miami*, CABA Briefs, September 2005

*Deposing Nonhumans: Corporate Representative Depositions in Florida*, The Florida Bar Journal, Volume 79, No. 1, January 2005

**REPRESENTATIVE RECOGNITIONS**

Rivero Mestre honored by Benchmark Litigation as Florida Firm of the Year for 2021

Recognized in *LAWDRAGON 500* Global Litigators Guide for 2021

Rivero Mestre honored by Chambers and Partners as the winner of its 2020 Diversity & Inclusion Award for Outstanding Firm for Furthering Diversity and Inclusion (USA Private Practice Firm category)

Rivero Mestre recognized by the Daily Business Review in the *13th Annual Most Effective Lawyers* special report in the category of Class Actions

Rivero Mestre honored by The American Lawyer as a winner of a Global Legal Award for its work on the *Chevron v. Donziger* case in the category of Global Dispute of the Year: U.S. Fraud Litigation

Ranked in the 2014 through 2020 edition of Chambers USA in General Litigation as a Leader in his Field (Florida)

Rivero Mestre honored by Chambers and Partners as a finalist for the 2016 Diversity & Inclusive Award for Most Inclusive Firm for Minority Lawyers

Rivero Mestre ranked in the 2021 edition of Benchmark Litigation in Dispute Resolution as a "Highly Recommended Firm" in Florida

Ranked in the 2021 edition of Benchmark Litigation as a "Local Litigation Star" in General Commercial

AV Preeminent Peer Rated for Highest Level of Professional Excellence by Lexis-Nexis Martindale Hubbell

Rivero Mestre ranked as a Tier 1 law firm in U.S. News Media Group and Best Lawyers' "Best Law Firm" rankings for: White-Collar Governmental Investigations and White-Collar Litigation, 2013; White-Collar Criminal Defense, since 2014; Commercial Litigation, since 2019; Litigation – Securities, since 2020; Litigation - Banking & Finance, 2021

Recognized in *The Best Lawyers in America* in various categories including International Trade and Finance Law, Litigation—Securities, Commercial Litigation, International Trade, and International Arbitration (Commercial) since 2013

Recognized by American Lawyer Media and Martindale Hubbell as a Top-Rated Lawyer in Commercial Litigation, 2012 and 2013

Rivero Mestre recognized by the Leadership Council on Legal Diversity as a Top Performer, 2014 through 2016

Recognized by Latino Leaders Magazine as a Top Latino Lawyer, 2018 and 2020

Consistently recognized as among Florida Super Lawyers since 2011 (voted for by members of the Florida Bar)

Rivero Mestre ranked by South Florida Legal Guide as a Top Law Firm, 2021

Consistently ranked by South Florida Legal Guide as a Top Lawyer in International Litigation and Commercial Litigation

Recognized as Florida Legal Elite by Florida Trend Magazine (voted for by members of the Florida Bar), 2021

## BAR ADMISSIONS

Florida Bar
New York State Bar
District of Columbia Bar
United States District Court, Southern District of Florida
United States District Court, Middle District of Florida
United States District Court, Northern District of Florida
United States District Court, Southern District of New York
United States District Court, Eastern District of New York
United States District Court, District of Colorado
United States District Court, District of Columbia
United States Court of Appeals, Second Judicial Circuit
United States Court of Appeals, Third Judicial Circuit
United States Court of Appeals, Eleventh Judicial Circuit
Supreme Court of the United States

## PROFESSIONAL AND COMMUNITY MEMBERSHIPS

### State of Florida

*Judicial Nominating Commission,* Eleventh Circuit, Gubernatorial Appointment (2018-2022)

### American Bar Association

*Commission on Hispanic Legal Rights and Responsibilities*, Presidential Appointment (2013-2014)

*Coalition on Racial and Ethnic Justice*, Presidential Appointment (2010-2013)

### ABA Section of Litigation

Commercial and Business Litigation Committee
Co-Chair, International Litigation Subcommittee (2010-2011)
Minority Trial Lawyers
Co-Chair (2012-2015)

### ABA International Law Section

Latin America & the Caribbean Committee
	Vice Chair, Programming Subcommittee (2021-Present)
Diversity Committee, Member (2021-Present)

### Florida Bar

Civil Procedure Rules Committee (2005-2011)

**Dade County Bar Association**

Director (2001)
Vice-Chair, Civil Litigation Committee (2007)

**Belen Jesuit Preparatory School**

Belen Alumni Lawyers, Professional Chapter of Alumni Association
Executive Committee Member (2007-2009)

**Legalink International Legal Network**

>Deputy Leader, International Litigation and Arbitration Practice Group (2017-present)

**Hispanic National Bar Association**

President Region VIII 2009-2010
Deputy President Region VIII 2007-2009, and 2010-2011

**London Court of International Arbitration**, Member

**Cuban-American Bar Association**

Director (2001-03); Treasurer (2001); Vice-President (2002)
CABA on Cuba Committee (2005-2010)

Co-drafter:
Petition for Immediate Relief Against Human Rights Violations Committed by the Republic of Cuba filed with the Inter-American Commission on Human Rights of the Organization of American States (2003)

Co-drafter:
*Amicus Curiae* Brief of CABA in Support of the United States of America filed in *United States of America v. Guerrero, et al.* ("Cuban Spy" case), United States Court of Appeals for the 11th Circuit, Case Nos. 01-17176-BB and 03-11087-BB (2006)

**Hispanic National Bar Foundation**

President (2018-present)
Director (2011-2018)

**Energy Related Arbitration Practitioners**

Founder, Miami Chapter (2021)

**Catholic Relief Services**

Professional Advisors Group, Member (2021)

**REPRESENTATIVE SPEAKING ENGAGEMENTS**

New York City Bar Association and Cyrus R. Vance Center for International Justice, Speaker, Compliance Challenges facing U.S. Businesses in the Northern Triangle and Central America, October 2021

ABA 2021 Virtual Business Law Section Annual Meeting, Speaker, Litigating and Settling Cases Across Borders and Cultures, September 2021

New York International Arbitration Center Webinar, Speaker, The Great Tension: Electronic Discovery in International Arbitration Is It Here to Stay?, June 2021

ABA 2021 Virtual Litigation Section Annual Conference, Speaker, Diversifying Experts: Identifying Implicit Bias in the Selection of Expert Witnesses and Strategies for retaining a Diverse Team of Experts, May 2021

National Latina/o Law Student Association National Conference, Speaker, Starting from Scratch, March 2021

ABA Latin America & the Caribbean Committee e-Meeting, Speaker, Update on 28 USC 1782– Obtaining Discovery in Aid of Foreign Proceedings, February 2021

Legalink Members' General e-Meetings, Speaker, Resolving Technology Disputes Through Arbitration And The Use Of Technology In Arbitral Proceedings, November 2020

The Litigation Room: Where it Happens Podcast, Speaker, Diversity and Inclusion: Why is D&I a game changer?, October 2020

American Association for Justice Rapid Response Webinar, Speaker, Status of the Zantac Litigation, January 2020

HarrisMartin's Zantac Litigation Conference (Miami Beach), Speaker, Class Actions for Consumers & TPPs, January 2020

ABA Section of Litigation & Solo, Small Firm and General Practice Division CLE Conference (New York), Speaker, International Discovery: Around the World in Sixty Minutes, May 2019

HarrisMartin's Valsartan & Losartan Recall Litigation Conference (Philadelphia), Speaker, Third-Party Payor Cases, April 2019

Legalink Interview Series, April 2019

International Litigation Panel (Guatemala City, Guatemala), Speaker, Managing Complex International Investigations, January 2019

University of Miami Business School, Guest Lecturer, Cross-Border Fraud Investigations (Forensic Accounting/Fraud Investigations Graduate Course), January 2019

2018 Cryptocurrencies and Regulation Forum (Mexico City, Mexico), Speaker, Litigation Experiences in the Unregulated Crypto Space, November 2018

NAMWOLF 2018 Annual Meeting (Chicago), Speaker, International Arbitration & Cross-Border Litigation—Highlighting the Differences, September 2018

Legalink Members' General Meeting (Lisbon, Portugal), Speaker, IT and New Business Opportunities, May 2018

Legalink International Litigation & Arbitration Practice Group Meeting (Lisbon, Portugal), Speaker, Class Actions in the United States as Compared with Other Foreign Jurisdictions, May 2018

Legalink Natural Resources, Energy and Environmental Practice Group Meeting (Lisbon, Portugal), Speaker, Issues and Developments in Latin America, May 18, 2018

NAMWOLF Business Meeting, Financial Services Litigation (San Diego), Speaker, Secured Transactions, UCC v. Hague Securities Convention, February 2018

Prudential MWOLF Conference (Newark), Speaker, Internal Investigations, November 2017

The Leadership Council on Legal Diversity Mid-Year CLE Seminar & Webinar, Speaker, Opportunity at the Crossroads: Using Authentic Leadership Presence to Interrupt Unconscious Bias, June 2017

American Bar Association Annual Conference (San Francisco), Speaker, Beyond Sherlock Holmes: Ethics and Inferences in Light of Amended Model Rule 8.4(g), May 2017

American Bar Association, Latin America & Caribbean Committee Meeting, Speaker, The Practical Implications of *De Fontbrune v. Wofsy* as it Relates to Rule 44.1 at the Motion to Dismiss Stage, February 2017

Leadership Council on Legal Diversity Pathfinder Meeting (Texas), Speaker, "Law Firm: The Business of Law Firms & Making Partner Case Study," October 2016

Leadership Council on Legal Diversity Pathfinder Meeting (Dallas), Speaker, Law Firm Economics, October 2016

University of Miami School of Business Administration, Guest Lecturer about Cross-Border Fraud Investigations (Forensic Accounting/Fraud Investigations Graduate Course), August 2016

American Bar Association Annual Meeting (San Francisco), Speaker, International Discovery: Around the World in Seventy-Five Minutes, August 2016

Florida International University, Florida International University, Guest Lecturer (Fraud Examination Course), May 2016

Derecho Procesal Civil de Los EE.UU. y Arbitraje Internacional (Lima, Peru), Moderator, March 2016

American Bar Association International Discovery Webinar, Speaker, March 2016

International Chamber of Commerce (San José, Costa Rica), Speaker, Advanced PIDA training on the ICC Rules of Arbitration (entire program in Spanish), May 2015

American Bar Association, Section of International Law Spring Meeting (Washington, D.C.), Program Chair, Litigating in an Evolving Landscape: A Survey of Data Privacy Laws in Latin American Countries, April 2015

Leadership Council on Legal Diversity Fellows Regional Roundtable, Speaker, "The Effect a Diverse Background Has on a Career Path," March 2015

American Bar Association International Discovery Webinar, Speaker, January 2015

American Bar Association's Commercial and Business Litigation Committee Roundtable, Speaker, A Guide to Cross-Border Discovery, November 2014

Leadership Council on Legal Diversity Membership Meeting (Phoenix), Speaker, "What's Working," September 2014

Cuban-American Bar Association's 2013 Legal Aspects of Doing Business in the Americas Conference, Speaker, Business Disputes Know No Boundaries: Emerging Trends and Important Things to Consider in Litigation that Spans Across Borders, November 2013

American Bar Association Annual Meeting (San Francisco), Speaker, Shakespeare and Professionalism—What Shakespeare's Lens Reveals about Perceptions of the Bar—Then and Now, August 2013

University of Miami School of Business and Administration, Global Executive MBA Program, Guest Lecturer regarding Discrepancies, Incongruities, and Surprises that Latin American Clients Face When Doing Business or Litigating in the United States (Legal and Ethical Implications in Executive Decision-Making Spanish-language course), May 2013

University of Chicago Law School, sponsored by the Latino/a Law Students Association and the Law Women's Caucus, Panelist, Doing Business in Latin America: Myths and Realities, May 2013

Florida International University College of Law, Guest Lecturer regarding Complex Commercial Litigation (Complex Commercial Litigation Course), April 2013

Defense Research Institute's Annual Meeting (New Orleans), Alternative Dispute Resolution Committee, Speaker, Is the Supreme Court Marching Arbitration to Waterloo?, October 2012

Hispanic National Bar Foundation 2012 Annual Awards Dinner, July 2012

11th Annual Minority Corporate Counsel Association Chicago CLE Expo, Faculty, Decidedly Supreme: U.S. Supreme Court Decisions that Warrant Further Review, March 2012

Florida International University College of Law, Guest Lecturer regarding Multi-District Litigation (Complex Commercial Litigation Course), February 2012

University of Miami School of Business Administration, Business Law Department, Guest Lecturer regarding Cross-Border Litigation Issues (International Business Law Course), October 2011

Florida International University College of Law, Guest Lecturer regarding Private Securities Class Action Litigation (Securities Enforcement Law Course), September 2011

Georgetown University Law Center, Guest Lecturer regarding International Business Litigation in US Courts, September 2011

American Bar Association Annual Convention (Toronto), Speaker, Cross-border Practice in a Shrinking Global Economy, August 2011

American Bar Association, Section of Litigation Annual Convention, Speaker, International Discovery in US Courts: An Analysis of the Use of 28 U.S.C. § 1782, April 2011

American University Washington College of Law, Guest Lecturer regarding 28 U.S.C. § 1782 (Obtaining Discovery in Aid of a Foreign Proceeding), March 2011

10th Annual Minority Corporate Counsel Association Chicago CLE Expo, Faculty, U.S. Supreme Court Docket and its Growing Influence on Corporate Board Policies, March 2011

Georgetown University Law Center, Guest Lecturer regarding International Litigation and Arbitration, October 2010

American University Washington College of Law, Guest Lecturer regarding Multidistrict Securities Litigation, March 2010

9th Annual CLE Chicago Expo 2010, MCCA, Parallel Proceedings and Collaborative Enforcement Efforts Between State, Federal, and International Enforcement Agencies, March 2010

8th Annual International Litigation and Arbitration Conference, Developments in International Litigation, February 2010

St. Thomas University School of Law, Guest Lecturer regarding the International Chamber of Commerce Rules of Arbitration, October 2009

Federal Bar Association, Bench and Bar Conference, Moderated Roundtable Discussion with various Federal District Court and Magistrate Judges, November 2008

St. Thomas University School of Law, Guest Lecturer regarding International Arbitration, November 2008

Florida Association of Managing Partners, Discussion leader about electronic discovery and going paperless, July 2008

Dade County Bar Association Young Lawyers Section, Strategies for Professionalism and Professional Development Panel Discussion, October 2008

The Florida Bar Young Lawyers Division, Practicing with Professionalism Panel Discussion, May 2008

Florida International University, College of Business Administration Graduate Program, Guest Lecturer, Domestic and International Arbitration, Summer 2007

International Center for Dispute Resolution, 5th Annual Miami International Arbitration Conference, Human Rights Litigation Panel, February 2007

## LANGUAGES

Spanish

## APPOINTMENTS

Appointed by the New York City Bar Association as a representative to the 74th session of the United Nations Commission on International Trade Law Working Group II regarding dispute settlement (2021)

Appointed by Governor Rick Scott to the Judicial Nominating Commission for the Eleventh Judicial Circuit, Miami-Dade County (2018-present).

Reflecting the excellent reputation he enjoys in the community, Florida state-court judges have appointed him as a receiver and as an assignee for the benefit of creditors.

He has served as an arbitrator in cases administered by the International Chamber of Commerce, American Arbitration Association, International Centre for Dispute Resolution (the AAA's international arm), and in an ad hoc international arbitration—experiences that give him a valuable understanding of how arbitration tribunals work.

## PRACTICE AREAS AND EXPERIENCE

Engages exclusively in a litigation practice focused primarily on commercial litigation, including international litigation and arbitration.