# Exhibit 9

## Table of TPP Consumer Law Claims

**Table of TPP State Consumer Law Claims**

| | Statute | Additional Detail |
|---|---|---|
| Alaska | Alaska Stat. § 45.50.471 et. seq. | Alaska Stat. §§ 45.50.531(a) |
| Arizona | Arizona Rev. Stat. § 44-1522 *et. seq.* | Arizona Rev. Stat. § 45-1521(6) |
| Arkansas | Ark. Code § 4-88-101 *et seq.* | Ark. Code § 4-88-102(5) |
| California | Cal. Bus. Prof. Code § 17200 *et. seq.* <br> Cal. Bus. Prof. Code §§ 17500, *et seq.* | Cal. Bus. Prof. Code § 17201 <br> Cal. Bus. Prof. Code §§ 17506 |
| Colorado | Colo. Rev. Stat. § 6-1-105 *et. seq.* | Colo. Rev. Stat. § 6-1-102(6); Colo. Rev. Stat. § 6-1-113 |
| Connecticut | Conn. Gen. Stat. § 42-110b, *et. seq.* | Conn. Gen. Stat. § 42-110(g)(a) |
| Delaware | 6 Del. Code § 2511, *et seq.* | 6 Del. Code § 2525(a); *Lony v. E.I. du Pont de Nemours and Co., Inc.*, 821 F.Supp. 956 (D. Del. 1993) |
| Florida | Fla. Stat. § 501.201, *et seq.* | Fla. Stat. § 501.211(1)-(2); Fla. Stat. § 501.203(7) |
| Georgia | Ga. State § 10-1-392, *et. seq.* | Ga. State § 10-1-399(a); Ga. State § 10-1-392(a)(24) |
| Hawaii | Haw. Rev. Stat. § 480, *et. seq.* | Haw. Rev. Stat. § 480-1, 2; Haw. Rev. Stat. § 480-13(a); *Haw. Med. Ass'n v. Haw. Med. Serv. Ass'n, Inc.*, 148 P.3d 1179, 1211 (Haw. 2006); *Star Mkts., Ltd. v. Texaco, Inc.*, 945 F. Supp. 1344, 1346 (D. Haw. 1996) |
| Idaho | Idaho Code § 48-601, *et. seq.* | Idaho Code § 48-601; Idaho Code § 48-602(1) |
| Illinois | 815 ILCS 505/1, *et. seq.* | 815 ILCS 505/10a(a) |
| Kentucky | Ky. Rev. Stat. § 367.110, *et. seq.* | Ky. Rev. Stat. § 367.220(1); Ky. Rev. Stat. § 367.110(1) |
| Maine | 5 Me. Rev. Stat. § 207, *et. seq.* | 5 Me. Rev. Stat. § 213(1); 5 Me. Rev. Stat. § 206(2) |
| Massachusetts | Mass. Gen. L. Ch. 93A, *et. seq.* | Mass. Gen. L. Ch. 93A § 1(a); Mass Gen. L. Ch. 93A § (9)(1); Mass. Gen. L. Ch. 93A § 11 |
| Minnesota | Minn. Stat. § 325F.67, *et. seq.*; Minn. Stat. § 325F.69, *et. seq.* | *Kinetic Co. v. Medtronic, Inc.*, 672 F.Supp.2d 933 (D. Minn. 2009) |
| Mississippi | Miss. Code. Ann. § 75-24-1, *et. seq.* | Miss. Code. Ann. § 75-24-15(1); Miss. Code. Ann. § 75-24-3(a) |
| Missouri | Mo. Rev. Stat. § 407.0 10, *et. seq.* | Mo. Rev. Stat. § 407.025(1); Mo. Rev. Stat. § 407.010(5) |

**Table of TPP State Consumer Law Claims**

| | | |
|---|---|---|
| Nebraska | Neb. Rev. Stat. § 59-1601, *et. seq.* | Neb. Rev. Stat. § 59-1601(1); Neb. Rev. Stat. § 59-1609 |
| New Hampshire | N.H. Rev. Stat. § 358-A:1, *et. seq.* | N.H. Rev. Stat. § 358-A:1(I); N.H. Rev. Stat. § 358-A:10 (I) |
| New Mexico | N.M. Stat. Ann. § 57-12-1, *et. seq.* | N.M. Stat. Ann. § 57-12-10(B); N.M. Stat. Ann. § 57-12-2(A) |
| New York | N.Y. Gen. Bus. Law § 349, *et. seq.* | N.Y. Gen. Bus. Law § 349(h); *Blue Cross and Blue Shield of New Jersey, Inc. v. Philip Morris USA Inc.,* 344 F.3d 211 (2d Cir. 2003) |
| North Carolina | N.C. Gen. Stat. § 75-1.1, *et. seq.* | N.C. Gen. Stat. § 75-16. |
| North Dakota | N.D. Cent. Code § 51-15-01, *et. seq.* | *Jorgenson v. Agway, Inc.,* 2001 ND 104, ¶ 5, 627 N.W.2d 391 |
| Oklahoma | Okla. Stat. tit. 15, § 751, *et. seq.* | Okla. Stat. tit. 15, § 761.1; Okla. Stat. tit. 15, § 752 |
| Oregon | Or. Rev. Stat. § 646.605, *et. seq.* | Or. Rev. Stat. § 646.638(1)-(2); Or. Rev. Stat. § 646.605(4) |
| Pennsylvania | 73 Pa. Stat. Ann. § 201-1, *et. seq.* | 73 Pa. Stat. Ann. § 201-9.2(a); 73 Pa. Stat. Ann. § 201-2(2) |
| South Carolina | S.C. Code Laws § 39-5-10, *et. seq.* | S.C. Code Laws § 39-5-140(a); S.C. Code Laws § 39-5-10(a) |
| South Dakota | S.D. Code Laws § 37-24-1., *et. seq.* | S.D. Code Laws § 37-24-31; S.D. Code Laws § 37-24-1(8) |
| Tennessee | Tenn. Code § 47-18-101, *et. seq.* | Tenn. Code § 47-18-109(a)(1); Tenn. Code § 47-18-103(14) |
| Texas | Tex. Bus. & Com. Code § 17.41, *et. seq.* | Tex. Bus. & Com. Code § 17.50(a)-(h); Tex. Bus. & Com. Code § 17.45(3) |
| Virginia | Va. Code § 59.1-196, *et. seq.* | Va. Code § 59.1-204(A); Va. Code § 59.1-198(6) |
| Washington | Wash. Rev. Code Ann. § 19.86.010, *et. seq.* | Wash. Rev. Code Ann. § 19.86.090; Wash. Rev. Code Ann. § 19.86.010(1) |