# EXHIBIT A

LIST OF CLAIMS FOR RELIEF AND APPLICABLE STATES AND DEFENDANT GROUPS

| Claim for Relief | Defendant Groups | States |
|---|---|---|
| **Negligence** | **Manufacturer Defendants** | **All States Except** Connecticut, Indiana, Kansas, Louisiana, Mississippi, New Jersey Ohio, Tennessee, and Washington |
| **Negligence *Per Se*** | **Manufacturer Defendants** | **All States Except** Arkansas, Arizona, California, Connecticut, Indiana, Kansas, Louisiana, Maine, Massachusetts, Nebraska, New Jersey, Mississippi, Ohio, Rhode Island, Tennessee, Texas, and Washington |
| **Negligent Misrepresentation and Omission** | **Manufacturer Defendants** | **All States Except** Connecticut, Indiana, Kansas, Louisiana, New Jersey, and Tennessee |
| **Medical Monitoring** | **All Defendants** | **All States Except** Alabama, Arkansas, California, Connecticut, Georgia, Indiana, Kansas, Kentucky, Louisiana, Maryland, Michigan, Mississippi, Nebraska, New Jersey, Ohio, Oklahoma, South Carolina, Tennessee, Texas, Virginia, Washington, and Wisconsin |
| **Products Liability – Manufacturing Defect** | **Manufacturer Defendants** | **All States Except** Connecticut, Indiana, Kansas, Louisiana, Mississippi, New Jersey, Ohio, Tennessee, and Washington |
| **Failure to Warn** | **Manufacturer Defendants** | **All States Except** Connecticut, Indiana, Kansas, Louisiana, Mississippi, New Jersey, Ohio, Tennessee, and Washington |
| **Breach of Implied Warranty of Merchantability** | **Manufacturer Defendants** | **All States Except** Alabama, Arizona, Idaho, Kentucky, North Carolina, Ohio, Tennessee |
| | **Wholesaler Defendants** | **All States Except** Arizona, Connecticut, Georgia, Idaho, Illinois, Kentucky, New York, Oregon, Tennessee, Vermont, Wisconsin |
| | **Retail Pharmacy Defendants** | **All States Except** Alabama, Arizona, Arkansas, California, Connecticut, the District of Columbia, Florida, Georgia, Hawaii, Illinois, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Pennsylvania, Puerto Rico, South Carolina, Tennessee, Texas, Vermont, Virginia, Washington, West Virginia, and Wisconsin |
| | **No Defendant** | **This claim is not brought against any defendant in** New Jersey, Connecticut, Kansas, Louisiana, Mississippi, Ohio, Tennessee, Washington |

| **Breach of Express Warranties** | **Manufacturer Defendants** | **All States Except** Connecticut, Kansas, Louisiana, Mississippi, Ohio, Tennessee, and Washington |
|---|---|---|
| **Fraud/Fraudulent Concealment** | **Manufacturer Defendants** | **All States Except** Connecticut, Indiana, Kansas, Louisiana, New Jersey, and Tennessee |
| **State Law Product Liability Act** | **All Defendants** | **Under the respective state statutes in:** Connecticut, Indiana, Kansas, Louisiana, Mississippi, New Jersey, Ohio, Tennessee, and Washington |