1IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | * * * * | Case No. 1:19-md-02875 (RBK/JS) |
| | * | MDL No. 2875 |
| | * | |
| This Document Relates to: 1:21-cv-13787 (Plaintiff Susan Marie Daniels) | * * * | Honorable Robert B. Kugler |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF APPEARANCE OF KATHLEEN H. WARIN**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Kathleen H. Warin of Wilson Elser Moskowitz Edelman & Dicker LLP on this Court's MDL master docket on behalf of Defendants Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Health Plan of the Northwest. Counsel has complied with the ECF requirements for this Court and has received a personal ID and password.

By entering this appearance, Defendants preserve all defenses, including but not limited to service and jurisdiction, in any and all cases in which Defendants are named that are currently pending in this MDL or that may be subsequently transferred to or consolidated with MDL 2875.

Dated: November 12, 2021    Respectfully submitted,

/s/ Kathleen H. Warin
Kathleen H. Warin, Esq.
Kathleen.Warin@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
1500 K Street NW, Suite 330
Washington, DC 20005
Phone: 202-626-7660
Fax: 202-628-3606
*Counsel for Defendants Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Health Plan of the Northwest*

262510474v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2021, I filed the foregoing Notice of Appearance electronically through the CM/ECF system, which will send notice of filing to all CM/ECF participants.

*/s/ Kathleen H. Warin*
Kathleen H. Warin

262510474v.1