Nakul Y. Shah, Esq. (nshah@hillwallack.com)
HILL WALLACK LLP
21 Roszel Road
Princeton, New Jersey 08540
Telephone: (609) 924-0808

*Attorneys for Defendants Hetero Labs Limited and Hetero Drugs Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAIN PRODUCTS LIABILITY LIGITATION<br><br>This Document Relates To All Cases | MDL. NO.: 2875<br><br>Civil Action No.: 19-2875-RBK-JS |

**WITHDRAWAL OF APPEARANCE**

The undersigned hereby withdraws his appearance in the above matter on behalf of

Defendants, Hetero Labs Limited and Hetero Drugs Limited.

Respectfully submitted,
HILL WALLACK LLP

By: */s/ Nakul Y. Shah*

Dated: November 10, 2021

Nakul Y. Shah
21 Roszel Road
Princeton, New Jersey 08540
(609) 924-0808

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing

### WITHDRAWAL OF APPEARANCE

is to be electronically filed.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


November 10, 2021                                */s/ Nakul Y. Shah*_____
Date                                                   Nakul Y. Shah