## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |
| THIS DOCUMENT RELATES TO:<br>*Joseph Kessinger v. Aurobindo Pharma USA, Inc., et. al.* | |

### NOTICE OF CANCELLATION OF VIDEOTAPED DEPOSITION OF PLAINTIFF, JOSEPH KESSINGER

YOU ARE HEREBY NOTIFIED that the deposition of Plaintiff, Joseph Kessinger, scheduled for **Thursday, November 18, 2021 at 10:00 a.m. EST**, is hereby cancelled. The deposition will be reset to a mutually agreeable date and time.

Date: November 15, 2021

Respectfully submitted,

s/ *Ethan R. Feldman*
Ethan R. Feldman
CIPRIANI & WERNER, P.C.
450 Sentry Parkway East
Suite 200
Blue Bell, PA 19422
(610) 567-0700
efeldman@c-wlaw.com

*Attorney for Defendants*
*Aurobindo Pharma USA, Inc.,*
*Aurobindo Pharma Ltd., and*
*Aurolife Pharma LLC*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November, 2021, I caused a true and correct copy of the foregoing Notice of Cancellation of Videotaped Deposition of Plaintiff, Joseph Kessinger to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was served on Plaintiff's counsel by e-mail, with a copy served on all parties via MDL Centrality, on November 15, 2021.

This 15th day of November, 2021.

/s/ *Ethan R. Feldman*
Ethan R. Feldman