**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |

## NOTICE OF VIDEOTAPED DEPOSITION OF
## PLAINTIFF SANDRA KELLY

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, Dkt. 632), and pursuant to a previously agreed-upon deposition place and date, Defendants Solco Healthcare U.S., LLC, Huahai U.S., Inc., and Prinston Pharmaceutical Inc. will take the deposition upon oral examination of Sandra Kelly on November 17, 2021 at 10:00 a.m EST (9:00 a.m. CST) at the Auburn Marriott Opelika Resort & Spa at Grand National, 3700 Robert Trent Jones Trail, Opelika, Alabama 36801.  Please take further notice that:  the deposition will be stenographically recorded and videotaped, and will also be joinable via remote videoconference using audio-visual conference technology.  Counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness, potentially remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and, if applicable, this identification must be legible on camera. The deposition shall continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

>Drew T. Dorner
>Duane Morris LLP
>505 9th Street N.W., Suite 1000
>(202) 776-5291
>dtdorner@duanemorris.com

Date: November 16, 2021                    Respectfully submitted,

                                                      s/ Drew T. Dorner
                                         Drew T. Dorner
                                         Duane Morris LLP
                                         505 9th Street N.W.
                                         Suite 1000
                                         Washington, DC 20004-2166
                                         T:  (202) 776-5291
                                         dtdorner@duanemorris.com

*Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2021 a true and correct copy of the Notice of Videotaped Deposition of Plaintiff Sandra Kelly was served upon counsel for the parties via this Court's CM/ECF system, including the counsel of record listed below:

Layne Hilton
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
(504) 524-5777
l.hilton@kanner-law.com

                                                s/ Drew T. Dorner
                                                Drew T. Dorner