# Exhibit A

|  |  | FILED<br>AUGUST 26, 2020 |
|---|---|---|
|  | : | /s/ Jamie D. Happas, P.J.Cv. |
| MICHAEL DESSOYE | : |  |
|  | : |  |
| *Plaintiff,* | : | SUPERIOR COURT OF NEW JERSEY |
|  | : | LAW DIVISION |
| v. | : | MIDDLESEX COUNTY |
|  | : |  |
| ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.; PRINSTON PHARMACEUTICAL INC.; SOLCO HEALTHCARE US, LLC; HUAHAI US, INC.; AUROBINDO PHARMA, LTD.; AUROBINDO PHARMA USA, INC.; AUROLIFE PHARMA, LLC; AND JOHN DOES 1-100 | : | DOCKET NO. MID-L-004614-20 |
|  | : |  |
|  | : | CIVIL ACTION |
|  | : |  |
|  | : | **CONSENT ORDER** |
|  | : |  |
|  | : |  |
| *Defendants.* | : |  |
|  | : |  |

**THIS MATTER** coming before the Honorable Jamie D. Happas, P.J.Cv. upon the joint application of all counsel of record, and the Court having reviewed the status of the litigation, and for good cause having been shown;

**IT IS ON THIS** __26th__ **DAY OF** __AUGUST__ **2020,**

**ORDERED AS FOLLOWS:**

1. Counsel acknowledge that in similarly situated actions such as *Garnes v. Zhejiang Huahai Pharmaceutical Co, Ltd.*, et al., MID-L-005191-19, *Orlowsky v. Solco Healthcare US, et al.*, MID-L-002554-19, and *Robertson v. Solco Healthcare US, et al.*, MID-L-004228-19, the Court has entered Orders holding those matters in abeyance until such time as an MCL application is granted or such other time as the Court lifts the abeyance order.

2. Counsel agree that any proceedings in this action should be coordinated with the proceedings in the multi-district litigation, *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, 1:19-md-02875 (RBK) (JS) (D.N.J.).

3. Counsel consent to hold this matter in abeyance until an MCL application is made and ruled upon, or until the Court in the MDL issues a coordination order, at which time the parties will jointly request a conference with the Court.

4. Defendants reserve, and do not waive, any and all defenses to the Complaint, including but not limited to lack of service, improper service, lack of personal jurisdiction, and failure to state a claim upon which relief may be granted.

/s/ Jamie D. Happas, P.J.Cv.
Hon. Jamie D. Happas, P.J.Cv.

CONSENTED TO BY:

IT IS FURTHER ORDERED that service of this Order shall be deemed effectuated upon all parties upon its upload to eCourts. Pursuant to Rule 1:5-1(a), movant shall serve a copy of this Order on all parties not served electronically within seven days of the date of this Order.

| | |
|---|---|
| **MAZIE SLATER KATZ & FREEMAN, LLC** | **DUANE MORRIS LLP**<br>A Delaware Limited Liability Partnership |
| /s/ *Adam M. Slater*<br>Adam M. Slater, Esq. (046211993)<br>103 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>Tel: (973) 228-9898<br><br>*Attorneys for Plaintiff* | /s/ *Seth A. Goldberg*<br>Seth A. Goldberg, Esq. (001542004)<br>30 South 17th Street<br>Philadelphia, PA 19103<br>Telephone: (973) 424-2000<br>Fax: (973) 556-1562<br><br>Melissa S. Geller, Esq. (041242012)<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1800<br>Newark, New Jersey 07102<br>Telephone: (973) 424-2000<br>Fax: (973) 556-1562<br><br>*Attorneys for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Prinston Pharmaceutical Inc., Solco Healthcare U.S., LLC, and Huahai U.S., Inc.* |
| | **CIPRIANI & WERNER**<br><br>/s/ *Jessica M. Heinz*<br>Ernest F. Koschineg, III (014381998)<br>Jessica M. Heinz (021732007)<br>450 Sentry Parkway E., Suite 200<br>Blue Bell, PA 19422<br>Telephone: (610) 567-0700<br>Fax: (610) 567-0712<br>Email: ekoschineg@c-wlaw.com<br>Email: jheinz@c-wlaw.com<br><br>*Attorneys for Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC* |

3