|  |  |
|---|---|
| ANNA VANCE, | : |
| *Plaintiff*, | : |
| v. | : |
| ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.; HUAHAI U.S., INC.; PRINSTON PHARMACEUTICAL, INC., dba SOLCO HEALTHCARE, LLC; SOLCO HEALTHCARE U.S., LLC; AUROBINDO PHARMA, LTD.; AUROBINDO PHARMA USA, INC.; AUROLIFE PHARMA, LLC; MYLAN LABORATORIES, LTD.; MYLAN N.V.; MYLAN PHARMACEUTICALS, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; ACTAVIS, LLC; ACTAVIS PHARMA, INC.; RITE AID CORP.; WALGREENS BOOTS ALLIANCE, INC.; AND JOHN DOES 1-100, | : SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>MIDDLESEX COUNTY<br><br>DOCKET NO. MID-L-002907-21<br><br>CIVIL ACTION<br><br>**CONSENT ORDER** |
| *Defendants*. | : |

**THIS MATTER** coming before the Honorable Joseph L. Rea upon the joint application of all counsel of record, and the Court having reviewed the status of the litigation, and for good cause having been shown;

**IT IS ON THIS** _____ **DAY OF** _____ **2021,**

**ORDERED AS FOLLOWS:**

1. Counsel acknowledge that in procedurally similarly situated actions such as *Garnes v. Zhejiang Huahai Pharmaceutical Co, Ltd*., et al., MID-L-005191-19, *Orlowsky v. Solco Healthcare US, et al*., MID-L-002554-19, and *Robertson v. Solco Healthcare US, et al*., MID-L-004228-19, the Court has entered Orders holding those matters in abeyance until such time as an MCL application is ruled upon or such other time as the Court lifts the abeyance order.

2. Counsel agree that consideration should be given to whether any proceedings in this action should be coordinated with the proceedings in the multi-district litigation, *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, 1:19-md-02875 (RBK) (JS) (D.N.J.).

3. Counsel consent to hold this matter in abeyance until an MCL application is ruled upon, or until the Court in the MDL issues a coordination order, or until April 1, 2022, whichever comes first, at which time the parties will jointly request a conference with the Court. Nothing shall prohibit the Parties from jointly filing a proposed Consent Order to further extend the abeyance beyond April 1, 2022, if the Parties so agree.

4. Defendants reserve, and do not waive, any and all defenses to the Complaint, including but not limited to lack of service, improper service, lack of personal jurisdiction, lack of subject matter jurisdiction, and failure to state a claim upon which relief may be granted.

5. Defendants reserve all rights and objections with respect to any coordination and/or consolidation of the foregoing matters.

_____

Hon. Joseph L. Rea

CONSENTED TO BY:

| | |
|---|---|
| **MAZIE SLATER KATZ & FREEMAN, LLC** | **DUANE MORRIS LLP**<br>A Delaware Limited Liability Partnership |
| /s/ *Adam M. Slater*<br>Adam M. Slater, Esq. (046211993)<br>103 Eisenhower Parkway, 2nd Floor<br>Roseland, New Jersey 07068<br>Tel: 973-228-9898<br>Fax: 973-228-0303<br>Email: aslater@mazieslater.com<br><br>*Attorneys for Plaintiff* | /s/ *Seth A. Goldberg*<br>Seth A. Goldberg, Esq. (001542004)<br>30 South 17th Street<br>Philadelphia, PA 19103<br>Telephone: (973) 424-2000<br>Fax: (973) 556-1562<br>Email: SAGoldberg@duanemorris.com<br><br>*Attorneys for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Prinston Pharmaceutical Inc., Solco Healthcare U.S., LLC, Huahai U.S., Inc. and Walgreens Boots Alliance, Inc.*<br><br>/s/ *Victoria Davis Lockard*<br>Victoria Davis Lockard, Esq.<br>Greenberg Traurig, LLP<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305<br>Tel 678.553.2103<br>Fax 678-553-2104<br>Email: lockardv@gtlaw.com<br><br>*Attorneys for Defendants Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., Actavis, LLC, Actavis Pharma, Inc.*<br><br>/s/ *Jessica M. Heinz*<br>Jessica M. Heinz, Esq.<br>Cipriani & Werner PC<br>450 Sentry Parkway, Suite 200<br>Blue Bell, PA 19422<br>Tel (610) 862-1929<br>Email: jheinz@c-wlaw.com<br><br>*Attorneys for Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., Aurolife Pharma LLC* |

        */s/ Clem C. Trischler*
        Clem C. Trischler, Esquire
        Pietragallo Gordon Alfano Bosick & Raspanti, LLP
        One Oxford Centre, 38th Floor
        Pittsburgh, PA 15219
        Tel (412) 263-1816
        Fax (412) 263-4246
        Email: CCT@Pietragallo.com

*Attorneys for Defendants Mylan Laboratories, Ltd., Mylan N.V., Mylan Pharmaceuticals, Inc.*


        */s/ Kristen Richer*
        Kristen Richer, Esq.
        Sarah Johnston, Esq.
        Barnes & Thornburg LLC
        2029 Century Park East
        Suite 300
        Los Angeles, CA 90067
        Tel (310) 284-3896
        Fax 310-284-3894
        Email: Kristen.Richer@btlaw.com
               Sarah.Johnston@btlaw.com

*Attorneys for Defendant Rite Aid Corp.*