# Exhibit 1

**From:** Norris, Ellie
**Sent:** Thursday, September 16, 2021 3:07 PM
**To:** Stephen Whaley <whaley@csdisco.com>
**Cc:** Valsartan <valsartan@csdisco.com>; Layne Hilton <l.hilton@kanner-law.com>; David J. Stanoch <d.stanoch@kanner-law.com>
**Subject:** RE: Valsartan MDL - McK Productions

I've attached the previous emails with the passwords to volumes 2, 3, and 4 here.

**Ellie Norris** | Associate
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600, Dallas, Texas  75201-7932, United States
Tel +1 214 855 8074 | Fax +1 214 855 8200
ellie.norris@nortonrosefulbright.com

# NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

---

**From:** Norris, Ellie
**Sent:** Thursday, September 16, 2021 3:05 PM
**To:** Stephen Whaley <whaley@csdisco.com>
**Cc:** Valsartan <valsartan@csdisco.com>; Layne Hilton <l.hilton@kanner-law.com>; David J. Stanoch <d.stanoch@kanner-law.com>
**Subject:** RE: Valsartan MDL - McK Productions

Hi Stephen,

I've reattached the emails with our production volumes 2, 3, and 4 here. The volume passwords will come in a separate email. Please advise if you can download from these old links, or if I need to get those volumes reproduced to the FTP site for you.

1

Ellie

**Ellie Norris** | Associate
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600, Dallas, Texas  75201-7932, United States
Tel +1 214 855 8074 | Fax +1 214 855 8200
ellie.norris@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com


**From:** Stephen Whaley [mailto:whaley@csdisco.com]
**Sent:** Thursday, September 16, 2021 2:59 PM
**To:** Norris, Ellie <ellie.norris@nortonrosefulbright.com>
**Cc:** Valsartan <valsartan@csdisco.com>; Layne Hilton <l.hilton@kanner-law.com>; David J. Stanoch <d.stanoch@kanner-law.com>
**Subject:** Re: Valsartan MDL - McK Productions

Thanks I really appreciate your assistance.

Regards,


Stephen Whaley  | Project Analyst



**D:** (713) 231-9100
3700 N. Capital of Texas Highway, Suite 150 Austin TX 78746 USA
www.csdisco.com





DISCO UNIVERSITY
Igniting career ambitions for the next generation of legal professionals
Get certified


On Thu, Sep 16, 2021 at 2:58 PM Norris, Ellie <ellie.norris@nortonrosefulbright.com> wrote:

> Hi Stephen,
>
>
> I will check which production volumes those are and resend the link to the download. They were sent a while ago, so I'm hopeful the production links will still work. If not, we will need our Practice Support Group to reproduce those productions to the FTP site. I'll circle back with you shortly and resend those previous production emails.

Ellie

**Ellie Norris** | Associate
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600, Dallas, Texas  75201-7932, United States
Tel +1 214 855 8074 | Fax +1 214 855 8200
ellie.norris@nortonrosefulbright.com

# NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

---

**From:** Stephen Whaley [mailto:whaley@csdisco.com]
**Sent:** Thursday, September 16, 2021 2:46 PM
**To:** Norris, Ellie <ellie.norris@nortonrosefulbright.com>
**Cc:** Valsartan <valsartan@csdisco.com>; Layne Hilton <l.hilton@kanner-law.com>; David J. Stanoch <d.stanoch@kanner-law.com>
**Subject:** Re: Valsartan MDL - McK Productions

**[External Email – Use Caution]**

Hi Ellie,

I am following up on this. Are you able to provide the requested productions?

Regards,

**Stephen Whaley**  | Project Analyst



**D:** (713) 231-9100

3700 N. Capital of Texas Highway, Suite 150 Austin TX 78746 USA

Case 1:19-md-02875-RMB-SAK   Document 1773-1   Filed 11/23/21   Page 5 of 9 PageID: 46023

www.csdisco.com





On Wed, Sep 15, 2021 at 12:18 PM Stephen Whaley <whaley@csdisco.com> wrote:

Hi Ellie,

My name is Stephen Whaley with DISCO's project management team. We are reaching out for the Valsartan matter. It appears we are missing a few productions with the bates range MCK00000744 - MCK00001785. Are you able to provide these missing productions so that we can get them uploaded for review?

Regards,

**Stephen Whaley** | Project Analyst



D: (713) 231-9100

3700 N. Capital of Texas Highway, Suite 150 Austin TX 78746 USA

www.csdisco.com





**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

| | |
|---|---|
| **From:** | Norris, Ellie <ellie.norris@nortonrosefulbright.com> |
| **Sent:** | Monday, September 14, 2020 6:41 PM |
| **To:** | Honik, Ruben; Adam Slater; Conlee Whiteley; Daniel Nigh |
| **Cc:** | Davis, D'Lesli M.; Norris, Ellie |
| **Subject:** | In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL 2875 - McKesson's Responses to Requests for Production - Volume 2 Password |

September 14, 2020

*Re: IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, MDL No. 2875.*

Counsel:

As noted in my previous email, the volume password to access MCK00000744 – MCK00001304 on the SFTP site is:

9CX6d=N,y>Q2NfZ~

Best,
Ellie

**Ellie Norris** | Associate
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600, Dallas, Texas 75201-7932, United States
Tel +1 214 855 8074 | Fax +1 214 855 8200
ellie.norris@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

1

| | |
|---|---|
| **From:** | Norris, Ellie <ellie.norris@nortonrosefulbright.com> |
| **Sent:** | Tuesday, October 13, 2020 7:01 PM |
| **To:** | Honik, Ruben; Adam Slater; Conlee Whiteley; Daniel Nigh |
| **Cc:** | Davis, D'Lesli M.; Norris, Ellie |
| **Subject:** | In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL 2875 - McKesson's First Amended Responses to Requests & Production Vol. 3 |

October 13, 2020

*Re: IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, MDL No. 2875.*

Counsel:

As noted in my previous email, the volume password to access MCK00001305 – MCK00001712 on the SFTP site is:

8XnQLE)#f9&$zw6e

Best,
Ellie

**Ellie Norris** | Associate
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600, Dallas, Texas 75201-7932, United States
Tel +1 214 855 8074 | Fax +1 214 855 8200
ellie.norris@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

1

| | |
|---|---|
| **From:** | Norris, Ellie <ellie.norris@nortonrosefulbright.com> |
| **Sent:** | Wednesday, November 25, 2020 8:58 PM |
| **To:** | Honik, Ruben; Adam Slater; Conlee Whiteley; Daniel Nigh |
| **Cc:** | Davis, D'Lesli M.; Norris, Ellie |
| **Subject:** | RE: In re Valsartan, Losartan, and Irbesartan Products Liability Litigation, MDL 2875 - McKesson's First Amended Responses to Requests & Production Vol. 4 |

November 25, 2020

*Re: IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, MDL No. 2875.*

Counsel:

As noted in my previous email, the volume password to access MCK00001713 - MCK00001785 on the SFTP site is:

BIAz0TCFSTh2rNoW

Best,
Ellie

**Ellie Norris** | Associate
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600, Dallas, Texas 75201-7932, United States
Tel +1 214 855 8074 | Fax +1 214 855 8200
ellie.norris@nortonrosefulbright.com

# NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com