THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**CERTIFICATION OF SETH A. GOLDBERG, ESQ.** |

SETH A. GOLDBERG, ESQ., being of full age, certifies as follows:

1.  I am a Partner at Duane Morris LLP, attorneys for Defendants Zhejiang Huahai Pharmaceutical Co, Ltd., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC. I am also Liaison Counsel for all Defendants in this MDL. I make this Certification based on personal knowledge and in support of the Defendants' Memorandum of Law in Opposition to Plaintiffs' *Daubert* Motion to Preclude Opinions of Defense Expert Jon P. Fryzek, MPH, Ph.D.

2.  Attached hereto as Exhibit A is a true and accurate copy of the Expert Report of Jon P. Fryzek, MPH, Ph.D., dated August 1, 2021, with Appendices A-C, served in MDL 2875.

3.  Attached hereto as Exhibit B is a true and accurate copy of the transcript of the deposition of Jon P. Fryzek, MPH, Ph.D., in MDL 2875, dated September 30, 2021, with Errata.

1

4.Attached hereto as Exhibit C is a true and correct copy of the article, Zeng, et al., *Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine*, 37(6) CARCINOGENESIS 625-34 (2016), with published retraction.

5.Attached hereto as Exhibit D is a true and correct copy of the article Song, et al., *Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis*, 7 NUTRIENTS 9872-9895 (2015).

6.Attached hereto as Exhibit E is a true and correct copy of the article Goodman, et al., *High-Fat Foods and the Risk of Lung Cancer*, 3 EPIDEMIOLOGY 4, 288-99 (1992).

Respectfully submitted,

/s/ *Seth A. Goldberg*
Seth A. Goldberg, *Liaison Counsel for Defendants*
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Tel.: (215) 979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com

*Attorney for Zhejiang Huahai Pharmaceutical Co, Ltd., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*

Dated: December 1, 2021

DM1\12648867.1