# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**CERTIFICATION OF SETH A. GOLDBERG, ESQ.** |

SETH A. GOLDBERG, ESQ., being of full age, certifies as follows:

1. I am a Partner at Duane Morris LLP, attorneys for Defendants Zhejiang Huahai Pharmaceutical Co, Ltd., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC. I am Liaison Counsel for all Defendants in this MDL. I make this Certification based on personal knowledge and in support of the Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Preclude Opinions of Defense Expert Lee-Jen Wei, Ph.D.

2. Attached hereto as Exhibit A is a true and accurate copy of the Expert Report of Lee-Jen Wei, Ph.D., dated August 2, 2021, with Exhibits A & B served in MDL 2875.

3. Attached hereto as Exhibit B is a true and accurate copy of the Expert Report of David Madigan, Ph.D., dated July 7, 2021, with Appendices 1 & 2 served in MDL 2875.

4. Attached hereto as Exhibit C is a true and accurate copy of the transcript of the deposition of Lee-Jen Wei, Ph.D., in MDL 2875, dated September 14-15, 2021, with errata.

5. Attached hereto as Exhibit D is a true and correct copy of the cited excerpts of the deposition of Herman J. Gibb, Ph.D., M.P.H., in MDL 2875, dated September 29, 2021.

Respectfully submitted,

/s/ *Seth A. Goldberg*
Seth A. Goldberg, *Liaison Counsel for Defendants*
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Tel.: (215) 979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com

*Attorney for Zhejiang Huahai Pharmaceutical Co, Ltd., Prinston Pharmaceutical Inc., and Solco Healthcare US, LLC*

Dated: December 1, 2021

2