# EXHIBIT D

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    DISTRICT OF NEW JERSEY

 3                      CAMDEN VICINAGE

 4    ------------------------------------ x

 5    IN RE: VALSARTAN, LOSARTAN, AND        MDL No. 2875

 6    IRBESARTAN PRODUCTS LIABILITY LITIGATION

 7

 8    THIS DOCUMENT RELATES TO ALL CASES

 9    ------------------------------------ x

10

11                * CONFIDENTIAL INFORMATION *

12                * SUBJECT TO PROTECTIVE ORDER *

13                Wednesday, September 29, 2021

14                      Volume I of II

15                VIDEOTAPED ORAL DEPOSITION OF

16                HERMAN J. GIBB, Ph.D., M.P.H.,

17     conducted at the law offices of Greenberg Traurig,

18     LLP, 2101 L Street, NW, Washington, DC  20037,

19     commencing at 9:05 a.m. EDT, on the above-referenced

20     date.

21     Reported by:  Linda S. Kinkade, RDR CRR RMR RPR CSR

22

23                GOLKOW LITIGATION SERVICES

24            T 877.370.3377 | F 917.591.5672

25                    deps@golkow.com
```

Confidential Information Subject to Protective Order

Page 58

1  Preheater, Incorporated?
2      A. I wasn't in it.
3      Q. Is that another one where you provided
4  expert testimony on behalf of the defendants?
5      A. I provided -- yes.
6      Q. Okay. And the defendant there was -- were
7  you retained to provide expert testimony on behalf of
8  AB Preheater, Incorporated?
9      A. It wasn't AB Preheater, I don't believe. I
10 don't recall who the defendant was.
11     Q. Was it a manufacturer or a producer?
12     A. I don't recall.
13     Q. But you do recall it was on behalf of a
14 defendant?
15     A. I recall on behalf of defendant, yes.
16     Q. Let's take a look at LP 1569. This will be
17 marked as Exhibit 5.
18         (Exhibit 5 marked for
19         identification.)
20     Q. Actually what we see here is the "ASA
21 Statement on p-values: Context, Process and Purpose."
22 You've reviewed this article before today, correct?
23     A. I don't recall that I have actually.
24     Q. Okay. Let's take a look at the fourth
25 page. At the top it says, "ASA Statement on

Page 59

1  Statistical Significance and p-values."
2      A. Right.
3      Q. Doctor, what is the ASA?
4      A. American Statistical Association.
5      Q. Have you reviewed this ASA statement in
6  2016 -- from 2016?
7      A. I don't recall that I have.
8      Q. Okay. Let's highlight a couple things from
9  the statement. The second paragraph says (as read):
10         Underlining many published scientific
11         conclusions is the concept of
12         statistical significance, typically
13         assessed with an index called the
14         p-value. While the p-value can be a
15         useful statistical measure, it is
16         commonly misused and misinterpreted.
17         This has led to some scientific
18         journals discouraging the use of
19         p-values, and some scientists and
20         statisticians recommending their
21         abandonment, with some arguments
22         essentially unchanged since p-values
23         were first introduced.
24     Were you aware of these issues being raised by
25 the ASA?

Page 60

1      A. Not specifically, no.
2      Q. Okay. And were you aware that
3  scientific -- some scientific journals had discouraged
4  the use of p-values?
5      A. I'm not aware that -- I mean, no, I'm not
6  aware of that. Most journals will ask for statistics.
7      Q. Were you aware that in the last five years
8  the New England Journal of Medicine will commonly
9  discourage including p-values in publications?
10     A. I'm not aware of the New England Journal of
11 Medicine doing that, no.
12     Q. Let's take a look at number -- the third
13 principle. It says, "Scientific conclusions and
14 business or policy decisions should not be based only
15 on whether a p-value passes a specific threshold."
16     Would you agree with that principle?
17     A. I think that -- it says "only," which, I
18 think -- which is the operative word there, only on
19 p-value, and, you know, you can't -- at some point you
20 have to use some objectivity as to where you're
21 drawing the line.
22     So it still is a valuable tool. It will be
23 continued to be used. I haven't seen -- and I
24 peer-review a number of journal articles -- and I
25 haven't seen any articles that don't have p-values in

Page 61

1  them.
2      So it's probably not the only thing you want to
3  look at, but it is -- it is certainly what is commonly
4  used in epidemiologic studies and it will continue to
5  be used.
6      Q. Next it says, "Practices that reduce data
7  analysis or scientific inference to mechanical
8  bright-line rules (such as p less than .05) for
9  justifying scientific claims or conclusions can lead
10 to erroneous beliefs and poor decision-making. A
11 conclusion does not immediately become true on one
12 side of the divide and false on the other."
13     Do you see that?
14     A. I see that.
15     Q. Do you agree with that statement?
16     A. I think this statement is qualified by
17 saying that it can lead to erroneous beliefs and poor
18 decision-making, conclusions and so forth, the rest of
19 what you read.
20     And I think it's something that people should
21 be aware -- scientists should be aware of, but it's
22 not going to stop the use of p-values because you
23 can't -- you have to have some level of objectivity as
24 to where -- as to how you're making your conclusions.
25     So it's something that, I think, scientists