# EXHIBIT A

**VALSARTAN LITIGATION**
**REPORT OF MICHAEL BOTTORFF, Pharm. D.**

This report is offered pursuant to Rule 26 of the Federal Rules of Civil Procedure. Each

of the opinions I offer in this report is given to a reasonable degree of scientific certainty and is

based on the methods and procedures of science, my knowledge of recognized scientific

principles and methodology reasonably relied upon by members of my profession, the

materials and literature I have reviewed in connection with this litigation, as well as my

education, training, knowledge, and experience. Citations to specific reference material are

offered in this report, where I believe it necessary to cite a specific source. Otherwise, my

opinions are derived from a combination of reference sources, my own experience, and general

scientific knowledge. The facts and data set forth herein are the types of facts and data that I

and other experts in the fields of pharmacology and pharmacokinetics reasonably rely upon.

Each opinion in this report is offered to articulate a sufficiently reliable basis for my opinions

concerning this case. This report is not meant to be an exhaustive recitation of all of my

opinions in this case as I understand my opinions will be more fully explored at my deposition.[1]

## I.    CREDENTIALS AND EXPERIENCE

I am currently employed at the College of Pharmacy at Manchester University in Ft.

Wayne, Indiana as an adjunct professor, and at the University of Cincinnati in the same faculty

position. I have been employed by Manchester University since 2015, and hold the rank of Full

Professor. A copy of my current *curriculum vitae* detailing my education, academic and

---

[1] This report contains my opinions regarding general causation only. This report is not intended to be an exhaustive recitation of all of my opinions in this litigation, and I expressly reserve the right to amend or supplement this report to offer additional opinions, including opinions on liability, specific causation, damages, or other defenses, at the appropriate stage of litigation.

22    professional experience, editorial services, professional affiliations, and publications, is

23    attached as **Exhibit A**. I received a Bachelor of Science degree with honors in Industrial

24    Management from the Georgia Institute of Technology in 1976. I completed my Doctor of

25    Pharmacy in 1981 at the University of Kentucky. My postdoctoral training (1981-1983) was at

26    the Albert B. Chandler Medical Center at the University of Kentucky in the College of Pharmacy

27    where I was the chief resident.

28        In my current position, I teach or have taught medical students, pharmacy students and

29    residents pharmacology, including cardiovascular pharmacology. I provide information on how

30    pharmaceutical drugs work in the body and how drugs interact with the body's systems so they

31    may better understand how to select the best drug for a particular patient's needs. Since their

32    introduction into the U.S. market, sartans are drugs that I have taught my medical and

33    pharmacy students and/or residents when discussing the treatment of hypertension and heart

34    failure. "Sartans" are Angiotensin Receptor Blockers ("ARB"), including, for example, valsartan,

35    losartan, and irbesartan (hereafter "sartans"). I also instruct on issues related to pharmacology,

36    metabolism, clinical benefit, toxicities, and drug interactions for a variety of pharmaceutical

37    drugs, including for the sartans described above. I have a 30 year history of rounding on

38    hospital in-patients with cardiologists treating patients receiving drug therapy for hypertension

39    and heart failure, and I have lectured extensively on cardiovascular topics for nearly 40 years.

40        In addition to my current teaching responsibilities, I continue to author textbooks and

41    journal articles, as well as give presentations on cardiac pharmacotherapy and pharmacologic

42    principles. I have been awarded numerous research grants and have published 36 original

43    research articles in peer-reviewed journals in my field, along with dozens of abstracts related to

44    cardiovascular pharmacotherapy and pharmacokinetics. Most of these studies have

45    incorporated the use of pharmaceuticals, which has required specific knowledge of the

46    pharmacokinetics and pharmacodynamics of these drugs.

47         Prior to accepting my position at Manchester University, I was a Professor and Chair of

48    the Department of Pharmacy Practice for 4 years at the South College School of Pharmacy, and

49    held a similar position prior to that at the School of Pharmacy at the University of Charleston in

50    the Department of Pharmacy Practice.  I was also Co-Director, PharmUC, a Cardiovascular Risk

51    Reduction Clinic offering anticoagulation, lipid, diabetes, and hypertension ("HTN")

52    management services. My research has focused on cardiac and vascular function, and how

53    cardiovascular drugs affect function. I have lectured nationally and internationally on

54    antihypertensive drugs and drugs for heart failure, including their pharmacokinetic and

55    pharmacodynamic properties. Prior to working at the University of Charleston, I was a professor

56    of Clinical Pharmacy at the College of Pharmacy for 20 years at the University of Cincinnati.

57    Prior, I also served as faculty at the University of Tennessee where I lectured on the practice of

58    Clinical Pharmacy using cardiovascular drugs.

59         During my career, I have served on advisory boards and national speaker bureaus for

60    several of the pharmaceutical companies that make sartans, including Merck (lostaran), Bristol

61    Meyers-Squibb (irbisartan), and Novartis (valsartan). I have received numerous awards and

62    honors in the field of Clinical Pharmacy, and published original research, review articles and

63    book chapters in peer-reviewed journals and books, much of which involved investigation of

64    drug metabolism and pharmacokinetics. Additional presentations and publications on this

65    subject are reflected on my CV attached here. I have also participated in numerous pre-market

3

66  drug studies on the mechanisms of action, absorption and distribution of pharmaceuticals in

67  the body, and evaluation of new drugs for drug-drug interaction.

68  **II.    DISCLOSURES**

69

70         I have been asked on behalf of Defendants to provide an independent evaluation of

71  the pharmacokinetics of valsartan and N-nitrosodimethylamine ("NDMA") and N-

72  nitrosodiethylamine ("NDEA") in this case. I will offer opinions on the background of NDMA

73  and NDEA and valsartan, as well as general principles of pharmacokinetics, including the

74  related topics of pharmacology, pharmacodynamics, and drug interactions. I will offer

75  opinions on the pharmacokinetics and metabolic fate, including the absorption, metabolism,

76  distribution, and elimination, of valsartan as well as NDMA/NDEA. I will opine on whether the

77  trace amounts of NDMA/NDEA found in valsartan could create an independent or increased

78  risk of the cancers alleged by Plaintiffs. I will also opine on the clinical impact of stopping

79  valsartan.

80         The materials I have reviewed in connection with this matter are listed on **Exhibit B**

81  attached here. I reserve the right to supplement this list, as well as to amend and

82  supplement the opinions expressed in this report. I reserve the right to modify this report

83  and my opinions as additional information is provided, including but not limited to

84  additional discovery, records, expert reports, and the depositions of fact and expert

85  witnesses.  I also reserve the right to testify within my area of expertise in response to

86  testimony from any of the plaintiffs' experts, whom I understand have not yet been deposed,

87  or in later phases of the case involving liability, specific causation, damages or otherwise.

88        In addition to documents identified in **Exhibit B**, my opinions are based on my

89   knowledge, research and experience with the pharmacology and pharmacokinetics of drugs.

90         My customary fee for professional services, including my review and testimony in this

91   matter, is $500 per hour.  In the last four years, I have testified in Polt et al. v. Sandoz Inc., No.

92   2:16-cv-02362-ER, U.S. District Court for the Eastern District of Pennsylvania.

93   **III.    METHODOLOGY FOR REPORT**

94        In order to conduct research, write published manuscripts, give national/international

95   presentations and teach to pharmacy, medicine and nursing students, I rely on the retrieval,

96   analysis and synthesis of the medical and scientific literature.  I used this same process to

97   review the medical and scientific literature on the relevant issues in this litigation—and 40

98   years' experience conducting such processes—to derive my opinions.

99        I have independently conducted a literature review and research on the relevant issues

100  in this litigation, including the metabolic fate, metabolism, and distribution of NDMA/NDEA and

101  valsartan.

102  **IV.    BACKGROUND AND OPINIONS**

103  **1. Background on NDMA/NDEA Found in Valsartan**
104
105        Valsartan, along with losartan and irbesartan, are FDA-approved prescription drug

106  products that fall within the angiotensin receptor blockers (ARBs) drug class, used for the

107  treatment of hypertension, or high blood pressure, and heart failure. Valsartan has been used

108  for many years to safely and effectively treat hypertension and heart failure. Valsartan is

109  available in tablet and liquid forms and is ingested orally. It is commonly prescribed in dosage

110  strengths of 40 mg, 80 mg, 160 mg, or 320 mg.

111    This litigation arises from a situation in which the unexpected impurities NDMA and

112    later NDEA were found in certain lots of valsartan made by various manufacturers leading to

113    recalls beginning in or around June 2018 and November 2018, respectively.

114    When Zhejiang Huahai Pharmaceutical Co. Ltd. ("ZHP") became aware of the NDMA

115    impurity, ZHP tested certain of its active pharmaceutical ingredient ("API") batches and

116    determined that the levels of NDMA found ranged from 3.4 ppm to 120 ppm, with an average

117    of 66.5 ppm.  The U.S. Food and Drug Administration ("FDA") published NDMA testing results

118    for finished dose products that were manufactured using various manufacturers' APIs. The

119    FDA's publication included several valsartan products containing NDMA, in varying amounts:

120    **Table 1 – FDA's Testing of Valsartan for NDMA[2]**

| Company | Product (tablets) | Lots Tested | NDMA level micrograms – (mcg)/tablet (midpoint) | NDEA level micrograms – (mcg)/tablet (midpoint) |
|---|---|---|---|---|
| Aurobindo Pharma Ltd | Amlodipine 10mg/Valsartan 320 mg | VKSA18005-A, VKSA18007-A, VKSA18001-A | Below LOD | 0.02-0.09 (0.055) |
| Aurobindo Pharma Ltd | Valsartan 320mg | VUSD17008-A, VUSD17001-A, VUSD17009-A | Below LOD | 0-0.05 (0.025) |
| Aurobindo Pharma Ltd | Valsartan 320mg/HCT 25mg | HTSB18001-A, HTSB18028-A, | Below LOD | 0.02-0.19 (0.105) |

---

[2] *See* FDA, *Laboratory Analysis of Valsartan Products*, FDA.gov, *available at* https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products (last updated May 2, 2019) (midpoint amounts added in parentheticals).

| | | HTSB18029-A | | |
|---|---|---|---|---|
| Hetero Labs Ltd | Valsartan 320mg | VLS18049, VLS18051, VLS18050 | 0.33-0.44 (0.385) | Below LOD |
| Mylan Pharmaceutical Inc. | Amlodipine 10mg/Valsartan 320 mg | 3079709, 3077618, 3079708 | Below LOD | 0.04-0.11 (0.075) |
| Mylan Pharmaceutical Inc. | Amlodipine 10mg/Valsartan 320 mg/HCT 25mg | 2008702 | Below LOD | 0.05 |
| Mylan Pharmaceutical Inc. | Valsartan 320mg | 3080009, 3080010, 3079205 | Below LOD | 0.07-0.16 (0.115) |
| Mylan Pharmaceutical Inc. | Valsartan 320mg/HCT 25mg | 3084886, 3093804, 3084862 | Below LOD | 0.20-0.38 (0.29) |
| Prinston Pharmaceutical | Valsartan 320mg | 344B18027, 344B18028, 344B18029 | 15.18-16.30 (15.74) | Below LOD |
| Prinston Pharmaceutical | Valsartan 320mg/HCTZ 25mg | 611B18025, 611B18026, 611B18027 | 13.18-20.19 (16.69) | Below LOD |
| Teva Pharmaceutical | Amlodipine 10mg/Valsartan 320 mg | 26X053, 26X054, 26X055, 26X051, 26X044, 26X048 | Below LOD | 0-0.03 (0.015) |
| Teva Pharmaceutical | Amlodipine 10mg/Valsartan 320 mg/HCT 25mg | 22X045, 22X046, 22X047, 22X038, 22X041 | Below LOD | 0-0.03 (0.015) |
| Teva Pharmaceuticals | Valsartan 320mg | 1240425A, 1247282M | 7.92-16.55 (12.24) | Below LOD |
| Teva Pharmaceuticals | Valsartan 320mg/HCTZ 25mg | 1217576M, 1217577M, 1217578M | 6.94-10.35 (8.65) | 0-0.77 (0.385) |

| Torrent Pharmaceuticals | Amlodipine 10mg/Valsartan 320 mg/HCTZ 25mg | BBX2E001, BBX2E002, BBX2E003 | 10.24-11.53 (10.89) | Below LOD |
| Torrent Pharmaceuticals | Valsartan 320mg | BV48D001, BV48D002 | 0.56-0.62 (0.59) | 1.12-1.22 (1.17) |
| Torrent Pharmaceuticals | Valsartan 160mg | BV47D001 | 0.45 | 1.31 |

121    For values that report a range for any manufacturer, I have included (in parentheses) the

122    calculated midpoint for that range of values.

123      **2. Principles of Pharmacokinetics**

124

125      **a. What is Pharmacokinetics**

126          Pharmacokinetics is the description of what happens to a drug/chemical as it passes

127    through the human body.  The steps involved in this journey through the body are absorption,

128    distribution, metabolism, and elimination, often abbreviated ADME.  For the majority of drugs,

129    these processes have been clearly identified and expressed in mathematical terms that describe

130    the rate and extent of each step.[3]

131              i. *Absorption: the various ways in which xenobiotics enter the body*

132          Most drugs are introduced into the body by either an oral (by mouth) or injected

133    (intravenously or IV usually).  Other drugs may be introduced through inhalation, transdermally,

134    sublingually or rectally. Absorption, metabolism, distribution, and elimination are dependent on

135    the route of administration; thus, I will address absorption with oral and non-oral routes of

136    administration in turn.

---

[3] Caldwell, *An introduction to drug disposition: the basic principles of drug absorption, distribution, metabolism and excretion* (1995); Bottorff MB et al., *Drug concentration monitoring*, in: Progress in clinical biochemistry and medicine, Springer-Verlag, Heidelberg 1-16 (1988).

137   Oral Administration:

138        When administered orally, for the drug to eventually reach the blood stream (the

139   systemic circulation), the drug must first be released from the dosage form (e.g., tablet,

140   capsule) then absorbed across the gastrointestinal tract.  Although most drugs are released

141   from their dosage form in the acidic environment of the stomach, the stomach is not the most

142   common area for absorption into the body.  The design of the upper small intestine is such that

143   most drugs (and nutrients) are absorbed there.  Once absorbed across the small intestine,

144   adjacent blood supply transports the drug into the portal circulation directly into the liver.  The

145   liver is a most complex organ providing a number of important physiologic functions that

146   include drug metabolism as a detoxification step.  This is a protective system that gives the liver

147   a chance to metabolize/detoxify ingested compounds before releasing the drug and/or its

148   metabolites into the systemic circulation for ultimate elimination.  This metabolic step prior to a

149   drug reaching the systemic circulation is termed pre-systemic metabolism or first-pass

150   metabolism.  Graphically, for illustration purposes, this process is seen here:

151    **Figure 1.**



152

153    **Figure 2.**[4]



154

---

[4] Thelen K et al., *Cytochrome P450-mediated metabolism in the human gut wall*, J. Pharm. Pharmacol. 61:541-558 (2009).

155    Non-Oral Administration:

156    Drugs administered by non-oral routes are often given to "skip" the process of first-pass

157    metabolism. This is particularly important for drugs whose first-pass metabolism is so

158    extensive, that very little orally administered drugs reach the systemic circulation and would

159    have little systemic pharmacologic effect. The non-oral routes of drug administration have in

160    common that they are either injected or rapidly absorbed directly into the systemic circulation

161    without first undergoing any first-pass metabolism. Metabolism then would occur when blood

162    flow takes the drug to an organ with metabolizing activity (e.g., liver, kidney, lung). Thus, only

163    when an oral dose of drug is high enough to overcome metabolic capacity during first-pass

164    metabolism would systemic drug concentrations reach other organs in a fashion similar to

165    giving the drug by a non-oral route.

166        *ii. Metabolism is route-dependent*

167    Oral Administration:

168    A major function of the liver is to metabolize drugs, which are usually fat soluble, to a

169    metabolite that is more water soluble and more easily eliminated from the body through the

170    kidney. These metabolism steps are divided into two main types, Phase 1 and Phase 2

171    reactions. Phase 1 metabolic reactions are accomplished by a super family of metabolizing

172    enzymes called the cytochrome P450 system ("CYP").[5] There are over 50 individual CYP

173    enzyme identified in humans. Each individual CYP has a specific role in metabolism of a specific

174    drug, called substrate specificity, so the individual CYPs have a name that identifies its

175    specificity. Examples include CYP3A4, CYP2D6, CYP2E1 and so on. The majority of these CYPs

---

[5] McDonnell AM, Dang CH, *Basic review of the cytochrome p450 system*, J. Adv. Pract. Oncol. 4(4):263-268 (2013).

176 are found in the liver, however many of the CYPs are also located in the gut wall where some

177 drug metabolism may occur prior to reaching the liver, depending on the presence or absence

178 of that individual CYP in the gut wall.  Thus, one component of first-pass metabolism (see Figure

179 2) may occur as drugs are absorbed across the gut wall prior to another round of metabolism by

180 the liver.  Other sources of CYP are the lungs, kidney, and brain, where local drug metabolism

181 could occur if the parent compound reaches that organ by overloading the capacity of first-pass

182 metabolism.

183        Phase 2 reactions are termed conjugation reactions in that the parent compound has a

184 chemical structure added to the drug to make it more water soluble for renal elimination.

185 These include glucuronidation, sulfation, acetylation, and others.  In many cases, a drug is first

186 metabolized by the CYP system in a Phase 1 reaction then undergoes a second round of Phase 2

187 metabolism, rendering the drug's metabolites more readily excreted by the kidney.

188 <u>Non-Oral Administration:</u>

189        Non-oral routes of drug administration deliver the drug more directly into the systemic

190 circulation (see Figure 1) and bypass first-pass metabolism.  For drugs having a high rate of first

191 pass-metabolism, for example, the IV dose may be several fold lower than an oral dose given to

192 provide the same systemic exposure and pharmacologic effect.  There are many examples of

193 these type of drugs in the field of cardiology, such as lidocaine, metoprolol, nitroglycerin and

194 diltiazem.   For example, an oral dose of metoprolol of 100-200mg produces a similar effect to

195 an IV dose of only 5mg, due to high first-pass metabolism.  Thus, when evaluating the

196 relationship between a drug dose and some pharmacologic or toxic response, an IV or inhaled

197  dose would be expected to reach many different target organs.  An oral dose of the same

198  strength may not do so if the dose is below the first-pass metabolic capacity.

199          *iii. Distribution*

200  <u>Oral Administration:</u>

201          Drug distribution occurs if drug gets by first-pass metabolism and reaches the systemic

202  circulation, where it is transported by the blood stream to various organs and tissues.  For a

203  drug with higher affinity for plasma proteins (protein binding), the amount of drug escaping

204  first-pass metabolism would have a more limited tissue distribution as the drug prefers to

205  remain bound to the proteins in the blood stream itself.  Either unbound drug, or drugs with

206  little to no protein binding, are then free to interact with the various tissues and organs where

207  the clinical effects are seen.  The drug then binds to receptors, enzymes or other target sites

208  that result in the action (beneficial, toxic) of that drug.  This is termed the drug's pharmacology

209  or pharmacodynamics, or the effect of the drug on the body.  In some cases, the drug

210  metabolites actually have activity at a target site as well.

211  <u>Non-Oral Administration:</u>

212          Drug distribution begins immediately with non-oral administration—for example, as

213  soon as an IV dose of a drug is administered or a drug is inhaled—and elimination follows as the

214  drug reaches organs with drug metabolism capacity.  The rate of drug elimination (half-life) will

215  then be a reflection of the drug's distribution (volume of distribution) and the sum of the

216  metabolism in all the different tissues and organs (clearance).

217         *iv. Elimination*

218   <u>Oral Administration:</u>

219       Drugs or their metabolites are usually filtered by the kidney then eliminated from the

220   body in urine.  Some drugs may be eliminated in the feces; this could occur for a portion of a

221   drug that is never completely absorbed across the gut wall or for a drug that is incorporated in

222   the liver into the bile and secreted through the bile duct into the gall bladder, which dumps bile

223   into the small intestine.[6]  Other less common routes of elimination include in air vapor from the

224   lung or in sweat.

225   <u>Non-Oral Administration:</u>

226       Once drugs administered by non-oral routes reach the blood stream, they are circulated

227   into and then out of target or metabolizing tissues/organs.  Depending on the dose and the

228   efficiency of metabolism in each organ, the drug keeps "re-cycling" through repeat rounds of

229   metabolism until the drug is completely eliminated.  This is called the terminal elimination

230   phase for a drug, and usually follows first order kinetics in that a constant percentage of drug is

231   removed per time.  A terminal half-life can then be calculated as a reflection of this rate of

232   decline.

233       **b. Mathematically Characterizing Pharmacokinetic Processes**

234       Once an oral or injected drug has been administered, blood and/or urine samples can be

235   collected and the serum analyzed for a drug over a specified period of time to numerically

236   characterize the various steps in the ADME process.  This produces a concentration versus time

237   plot as in Figure 3 below.

---

[6] Dobrinska MR, *Enterohepatic circulation of drugs*, J. Clin. Pharmacology 29:577-80 (1989).

238          **Figure 3.**[7]



Source: Larry A. Bauer: Applied Clinical Pharmacokinetics, 3rd Edition
www.accesspharmacy.com
Copyright © McGraw-Hill Education. All rights reserved.

239

240     For an orally administered drug, represented by the solid blue line in Figure 3, there will be a

241     rise in serum concentrations reflecting the rate of absorption until the rate of distribution and

242     elimination exceeds the rate of absorption and drug concentrations begin to fall.  The highest

243     measured drug concentration is called the peak and the rate of drug decline in the serum can

244     be reflected by something called the half-life—that is, the time it takes for a drug concentration

245     to be cut in half.  There are three additional points of interest in Figure 3 above: 1) the dashed

246     line represents an injected dose of a drug (or some other non-oral route), which would have no

247     absorption phase and would also bypass the first-pass metabolism of that drug, making it more

248     readily distributed to tissues outside the liver; 2) the area under the concentration time curve

249     ("AUC") is a reflection of systemic exposure to the drug and related to the overall extent of

250     bioavailability in the case of an orally administered drug (bioavailability would essentially be

251     100% for a drug administered by the IV route); and 3) an orally administered drug with

---

[7] Bauer LA, Applied Clinical Pharmacokinetics Ch. I: *Basic Concepts* (3d ed. 2014).

252    extensive first-pass metabolism would not result in significant extrahepatic distribution,

253    elimination or pharmacologic effect and no or little drug would be measured in the blood after

254    administration.

255         **c. Linear vs. Non-Linear Pharmacokinetics**

256         When doubling the dose of a given drug results in a doubling of the AUC, or systemic

257    exposure, that drug is deemed to exhibit linear pharmacokinetics.  Since drug dose and

258    elimination are the primary determinants of the overall AUC, a drug displaying linear

259    pharmacokinetics implies that the metabolic process for that drug has not been exceeded.  If,

260    however, the increase in drug dose results in a disproportionately larger increase in AUC, then

261    the metabolic capacity of the drug has been exceeded and a larger than proportional increase

262    in systemic drug exposure will result.  This is often seen with drugs having significant first-pass

263    metabolism; once the metabolic capacity of the liver is exceeded by a high enough dose, then a

264    disproportionate rise in serum concentrations and systemic exposure would result.  When

265    drugs are given in doses that do not exceed the metabolic capacity, the elimination rate is

266    constant and it takes the same amount of time to eliminate the drug based on its half-life.  This

267    is termed first order elimination and 95% of drugs are given in doses that result in a first order

268    pharmacokinetic profile.  For example, for a drug with a 6 hour half-life, it would take 6 hours

269    for drug serum concentrations to reduce from 100 nanograms per milliliter to 50 nanograms

270    per milliliter and the same 6 hours to reduce from 10 nanograms per milliliter to 5 nanograms

271    per milliliter.

272         However, if the elimination system has been saturated with a higher dose, then the

273    dose has exceeded the metabolic capacity for that drug and a maximum amount of drug will be

274    eliminated in a fixed rate until the concentrations go below the maximum threshold, and first

275    order pharmacokinetics takes over.  Thus, doses that produce linear pharmacokinetics are

276    eliminated in a first order fashion, and doses above the metabolic capacity display non-linear

277    elimination and zero order pharmacokinetics.

278        **d. Pharmacokinetic Parameters**

279        As a result of mathematically describing the pharmacokinetics of a drug, there are

280    several calculated parameters unique to an administered drug at a particular dose.  The rate of

281    elimination is termed half-life—the time it takes for drug concentrations to fall by 50% during a

282    first order pharmacokinetic process.  The peak concentration, $C_{max}$, reflects the highest

283    measured drug concentration after an oral dose and is a reflection of the rate of absorption.

284    The AUC is a measure of the overall systemic exposure to a drug.  When observed serum

285    concentrations are compared to the dose given, there is an apparent volume of distribution,

286    $V_d$, usually expressed in liters, reflecting a hypothetical volume that the drug dose was

287    distributed in.  It is a reflection of how much the drug distributes into body.  Bioavailability is

288    another term that reflects what percent of an orally administered drug reaches the systemic

289    circulation.  Drugs with extensive first-pass metabolism will have a lower bioavailability than

290    drugs that have less extensive first-pass metabolism.  Finally, when comparing the

291    bioavailability of one drug to another, as in the case of a generic drug versus the original drug,

292    the term bioequivalence is used to reflect how similar one drug product is compared to

293    another, utilizing the $C_{max}$ and AUC as markers of rate and extent of bioavailability.

294        All of the pharmacokinetic terms may be determined after a single dose or in some

295    cases after multiple doses.  When enough multiple doses are administered such that the rate of

296    drug being given is matched by the rate drug elimination, then the drug is said to be at "steady

297    state," and the rise and fall of drug concentrations with each dose will be the same, dose after

298    dose.

299    **e. Mechanisms of Drug Interactions**

300    Drug-drug interactions can occur when two co-administered compounds interfere with

301    the ADME of one or both of the drugs administered together.  Drug concentrations could rise,

302    leading to drug toxicity, or fall, leading to a loss of drug effect.  Given that the vast majority of

303    administered drugs are lipid soluble to varying degrees and require the CYP450 system for

304    elimination, competition for a specific CYP enzyme is the most common mechanism of drug

305    interaction.[8]  The drug with higher affinity for the specific CYP enzyme will be preferentially

306    metabolized to the detriment of the other drug, increasing its drug levels to potentially

307    dangerous levels.  However, for drugs not as dependent on CYP enzymes, or for drugs with

308    different CYP pathways, no significant drug interaction would be expected.  Thus, the

309    identification of each compound's specific metabolic fate is important to predicting when two

310    co-administered compounds might interact, or not.

311    **f. Importance of Route of Administration**

312    From the above description of pharmacokinetic processes, it is evident that the ultimate

313    disposition of a compound will depend, to a large extent, on both the dose and the route of

314    administration.  This is most important for compounds with a high first-pass extraction, where

---

[8] Bottorff MB, *Safety considerations of statin therapy*, Cardiology Review 16:5-9 (1999); Worz CR & Bottorff MB, *The role of cytochrome P450-mediated drug-drug interactions in determining safety of statins*, Expert Opin. Pharmacother. 7:1119-27 (2001); Bottorff MB, *Statin safety and drug interactions: clinical implications*, Am. J. Cardiol. 97:27C-31C (2006).

315    the dose administered orally will determine ultimate drug distribution and metabolism.  If the

316    dose is below the capacity of the liver to efficiently extract the drug, then what escapes the

317    liver to the systemic circulation will be metabolites and very little parent compound.  Only

318    when the dose exceeds first-pass metabolism capacity, will unchanged drug or compound be

319    systemically available for distribution through the blood stream, leaving the liver and being

320    delivered to other tissues and organs.  There are numerous examples of this in the medical

321    literature; lidocaine, an anesthetic and antiarrhythmic drug, can only be administered

322    intravenously for its antiarrhythmic effect because oral use is almost completely cleared by

323    first-pass metabolism.  Nitroglycerin, a long-time drug for angina, is most effective given

324    intravenously, sublingually or transdermally, routes of administration that bypass the liver's

325    first-pass metabolism.  Only when given in large oral doses can nitroglycerin be an effective

326    antianginal drug by overloading the first-pass metabolism of the compound.  Thus, for drugs

327    having a high first-pass metabolism, more widespread drug distribution to organs beyond the

328    liver would be seen with non-oral routes of administration, such as sublingual, intravenous, and

329    inhalation, among others.

330        **3.  Pharmacology vs. Pharmacokinetics vs. Pharmacodynamics**

331        As explained above, a basic description of pharmacokinetics is how the body handles an

332    administered compound, resulting in a mathematical characterization of these processes using

333    ADME.  Pharmacodynamics is what the drug or compound does to the body.  Included in

334    pharmacodynamics is how a particular drug works, through what mechanism(s).  That is the

335    drug's pharmacology.  For example, is it a blood pressure lowering drug acting on the renin-

336    angiotensin system, or a blood pressure drug blocking the body's beta-receptors?

337     My 40 year career in clinical pharmacy has incorporated these and additional medical

338     disciplines such as drug formulation, medicinal chemistry, drug toxicity, clinical practice

339     guidelines, drug discovery and development, therapeutics, biostatistics, pharmacoeconomics,

340     and clinical trial assessment and interpretation.  This is evident through entries on my CV, which

341     include over 100 peer-reviewed publications and hundreds of presentations on these topics.

342     **4.  Metabolism of Valsartan**

343     **a. The pharmacologic properties of valsartan have been thoroughly studied and**
344     **therefore are well understood.**

345     Valsartan has been in clinical use for more than three decades, and thousands of

346     research studies ranging from in vitro pharmacology, animal pharmacology and toxicology, and

347     human studies have been conducted on this drug. The following summarizes important

348     features of valsartan, most of which have been known for decades.

349     As mentioned, valsartan is one of several drugs in the classification of angiotensin

350     receptor blockers (ARBs). ARBs were a logical follow-up to the angiotensin converting enzyme

351     inhibitors (ACEIs) which blocked the formation of angiotensin II, whereas ARBs block the effects

352     of angiotensin II at its receptor, the $AT_1$ receptor.  Angiotensin II (AII) is one of the most potent

353     vasoconstrictors in humans and is implicated in the pathophysiology of hypertension, heart

354     failure and certain types of kidney diseases.  Thus, either blocking angiotensin II (AII) formation

355     with an ACEI or its action at $AT_1$ receptors with an ARB improves patient outcomes in these

356     important diseases.  Although similar in benefit, ARBs are particularly important compared to

357     ACEIs as they are much less likely to cause some of the ACEIs' more serious side effects, cough

358     and angioedema. Angioedema is the more serious of the ACEI side effects and is an allergic type

359    reaction that manifests as swelling of the face, lips, tongue and sometimes the airway, which

360    can lead to severe shortness of breath and may require the insertion of breathing tubes.

361    　　　　Therefore, ARBs including valsartan are frequently prescribed for patients who have

362    experienced or are at higher risk for the ACEI related side effects in patients with these

363    important cardiovascular and renal diseases.  Any disruption in therapy for safety concerns,

364    such as the presence of trace amounts of NDMA/NDEA or other nitrosamines, should be

365    carefully considered in the context of the important clinical benefit the ARB is providing, as

366    discussed more fully below.  This balance of risk vs. benefit is the cornerstone of therapeutic

367    decision-making.

368    **b. Valsartan Pharmacokinetics**

369    　　　　After oral administration in humans, valsartan is absorbed into the body primarily in the

370    small intestine (below the level of the stomach) and reaches peak plasma concentrations

371    between two and four hours.  The amount of a given dose that reaches the systemic circulation

372    (beyond the liver) is expressed by the term absolute bioavailability, and this ranges from 10-

373    35%, averaging 25%.[9] This means that only ¼ of a valsartan dose, on average, actually circulates

374    in the blood stream to reach the AT1 receptor sites, the valsartan mechanism of action.  After

375    absorption in the body, the first organ to see valsartan, the liver, uses CYP2C9 to metabolize

376    only a very small amount, about 11%, producing an inactive metabolite.[10]  Because of such a

377    small amount of reliance on the CYP2C9 pathway, the potential for P450 based drug

---

[9] Flesch G, Müller P, Lloyd P, *Absolute bioavailability and pharmacokinetics of valsartan, an angiotensin II receptor antagonist, in man*, Eur. J. Clin. Pharmacol. 52(2):115-20 (1997).

[10] Nakashima A, Kawashita H, Masuda N, Saxer C, Niina M, Nagae Y, Iwasaki K, *Identification of cytochrome P450 forms involved in the 4-hydroxylation of valsartan, a potent and specific angiotensin II receptor antagonist, in human liver microsomes*, Xenobiotica 35(6):589-602 (2005).

378    interactions is negligible.  About 80% of valsartan is excreted unchanged and found in the

379    feces.[11] Most of this fecal elimination comes from biliary excretion from the liver.  Thus, there is

380    very little actual metabolism of valsartan, and no significant drug interactions involving

381    valsartan ADME have been identified.  The only identified drug interactions with valsartan are

382    pharmacodynamics in nature, meaning that drugs might cause fluid retention (such as

383    ibuprofen or other NSAIDs) that could offset the beneficial blood pressure effects, or drugs

384    might cause an increase in serum potassium levels, seen with valsartan, an effect also seen with

385    spironolactone.[12]  With this pharmacokinetic and pharmacodynamics profile, nitrosamines like

386    NDMA/NDEA would not alter the pharmacokinetics of or response to valsartan since there is no

387    common pathway of metabolism or alteration of its metabolism or effect.

388        Although not metabolized, following absorption, valsartan is taken up by the liver

389    through an uptake transporter protein called organic anion transporter polypeptide 1B1

390    (OATP1B1).  OATP1B1 is not a metabolizing protein, but transports valsartan into the liver, the

391    first step in its biliary excretion process outlined above.  Following liver uptake, valsartan

392    excretion into bile and subsequently the feces, is mediated by another non-metabolizing

393    transporter protein, multi-drug resistant related protein 2, or MRP2.  In theory, inhibitors of

394    either of these eliminating transporters could increase valsartan systemic exposure, although

395    specific drug interactions through these processes have not been specifically conducted.  In

396    fact, in one study in patients with a genetic reduction in OATP1B1 activity, there was little effect

---

[11] Waldmeier F, Flesch G, Müller P, Winkler T, Kriemler HP, Bühlmayer P, De Gasparo M, *Pharmacokinetics, disposition and biotransformation of [14C]-radiolabelled valsartan in healthy male volunteers after a single oral dose*, Xenobiotica 27(1):59-71 (1997).

[12] *See, e.g.*, Teva Valsartan package label (Rev. Dec. 2014).

397    on valsartan pharmacokinetics (blood levels), indicating that even if NDMA/NDEA altered this

398    transporter protein (although never demonstrated), there would be no significant effect on

399    valsartan drug levels or response.[13]  In any event, there is no known or identified interaction

400    with these transporters and NDMA/NDEA or other nitrosamines, so there is no known

401    interaction of NDMA/NDEA with the hepatic uptake or biliary excretion of valsartan, and thus

402    no know alteration in valsartan's clinical effects.

403        **5.  Generic Pharmaceutical Drug Approval by FDA**

404            **a.  ANDA Process**

405            The FDA has authority to approve generic drugs through its Abbreviated New Drug

406    Application ("ANDA") process.[14]  Generic drugs generally are the same in terms of active

407    ingredient, dosage form, strength, route of administration, quality, performance characteristics,

408    and labeling for any intended indications.  Once these dosage form characteristics are

409    demonstrated in the sponsor ANDA, the approved generic drug will be added alongside the

410    innovator original branded drug and be listed in the *FDA's Approved Products with Therapeutic*

411    *Equivalence Evaluations*, also known as the Orange Book.  The submission process is termed

412    abbreviated because the sponsor of a generic drug is generally not required to conduct and

413    include additional preclinical (animal) or clinical (human) safety and efficacy trials, and is

414    instead granted approval status based on the safety and efficacy data previously submitted by

415    the drug innovator or NDA holder.  However, the generic drug sponsor must demonstrate that

416    their product will perform in the same manner as the innovator drug.  The usual way for

---

[13] Maeda, *Effect of organic transporting polypeptide haplotype on pharmacokinetics of pravastatin, valsartan and temocapril*, Clin. Pharmacol. Ther. 79(5):427-439 (2006).
[14] *See generally* FDA.gov.

417    demonstrating performance in the same manner as the original product is to conduct

418    bioequivalence studies.  The generic drug sponsor will conduct these bioequivalence studies to

419    show their product has the same rate and extent of bioavailability such that the same amount

420    of **active ingredient** will be in a patient's blood stream in the same amount of time as that of

421    the innovator drug.[15]

422         **b.  FDA-Approved ANDAs for Valsartan and Combination Products**

423         I have reviewed the FDA-approved ANDA data for Teva valsartan (40mg, 80mg, 160mg,

424    320mg), valsartan plus hydrochlorothiazide, valsartan plus amlodipine, and

425    valsartan/amlodipine/hydrochlorothiazide.  The FDA approval for these generic products was,

426    in part, based on demonstrating that the intended, active ingredient(s) had bioavailability

427    studies that fell well within the FDA parameters for meeting bioequivalence to the reference

428    products Diovan, Diovan HCT, Exforge and Exforge HCT.  It is my opinion that the presence of

429    trace quantities of NDMA and NDEA would not alter the validity of these FDA approved generic

430    equivalents, based on the complete lack of overlap in any of the pharmacokinetic processes of

431    valsartan when compared to the metabolic fate of either NDMA or NDEA as described below.

432    **6.  Metabolism and Pharmacokinetics of NDMA and NDEA**

433         NDMA (N-nitrosodimethylamine) and NDEA (N-nitrosodiethylamine) have the following

434    chemical structures:

---

[15] I reserve the right to supplement this report to offer complete opinions regarding bioequivalence as it relates to class action claims, liability, specific causation, damages and/or other issues during subsequent phases of discovery.

435          **Figure 4.**[16]



N-Nitrosodimethylamine          N-Nitrosodiethylamine
(NDMA)                          (NDEA)

436

437     These two compounds and others are in a structural category called nitrosamines, and are

438     produced in the drug manufacturing process by a chemical reaction between amines (a single

439     nitrogen derivative of ammonia) and nitrous acid.  The concern over the detection of these

440     impurities is that the International Agency for Research on Cancer (IARC) has categorized

441     nitrosamines as a probable human carcinogen based on animal studies, primarily involving

442     rats.[17] Nitrosamines are unintentionally produced as a byproduct of industrial methods in the

443     production of medications, tanneries, pesticides, rubber/tires and fish processing.[18]  NDMA is

444     also found in many foods, such as cured meats and cheeses, foods preserved by smoking (meat,

445     fish), beer and pickled vegetables.  Since only animal data are available on the relationship

446     between dose of nitrosamines and cancer risk, we refer to animal data in assessing any

447     correlation between the exposure to NDMA/NDEA in valsartan products and the estimated

448     clinical impact, with an understanding of the limitations in its ability to reliably predict or

449     establish causation in humans.

---

[16] *FDA Guidance for Industry: Control of Nitrosamine Impurities in Human Drugs* at 4, fig. 2 (Sept. 2020).
[17] WHO / IARC (International Agency for Research on Cancer World Health Organization), *IARC Monographs on the Evaluation of Carcinogenic Risk of Chemicals to Humans, Some N-Nitroso Compounds* Vol. 17 (May 1978).
[18] EPA, *Technical Fact Sheet - N-Nitroso-dimethylamine* (NDMA) (2014).

450    **a.  Metabolic fate of NDMA/NDEA**

451    There are two identified metabolic pathways for the metabolism of NDMA, seen below,

452    which also apply to NDEA.

453    **Figure 5.[19]**



454

455    The alpha-hydroxylation pathway produces the methyldiazonium ion, which binds with

456    a segment of DNA to produce the primary mutagenic and carcinogenic substance, $O^6$-methyl-

457    guanine.[20] A key step in this metabolic activation to a potential carcinogen, is the hydroxylation

458    of NDMA/NDEA by cytochrome P450 pathways—CYP2E1 is used almost exclusively for NDMA,

---

[19] EMA, *Assessment Report: Angiotensin-II-receptor antagonists (sartans) containing a tetrazole group* 15 fig. 7 (2019).
[20] Liteplo RG et al. (WHO), *Concise International Chemical Assessment Document 38: N-nitrosodimethylamine January 2002 IPCS Concise International Chemical Assessment Documents* (2002).

459    and both CYP2E1 and CYP2A6 are used for NDEA.[21]  The methyldiazonium ion is too unstable to

460    escape from the cell in which it is generated, and therefore the carcinogenic potential would be

461    limited to the organ both receiving the NDMA/NDEA and having the requisite CYPs able to

462    produce it.[22]  Thus, the carcinogenic potential will, in part, be determined by the distribution of

463    NDMA/NDEA to tissues with the capacity to metabolize through the CYP2E1 and CYP2A6

464    pathways for NDMA and NDEA, respectively, and the delivery of the nitrosamines to that organ.

465         Due to a known high rate of first-pass metabolism, the pharmacokinetics of

466    nitrosamines will depend on the route of administration.  Following intravenous, inhalation or

467    intraperitoneal administration (IP), nitrosamines "skip" first-pass metabolism.  Therefore, as

468    described above, if administered through these non-oral methods, none of which is at issue in

469    this litigation, NDMA/NDEA would be expected to reach the systemic circulation and be

470    delivered to the various tissues and organs receiving blood flow.  Since the P450 metabolism

471    step is key to producing the mutagenic metabolite of NDMA and NDEA, the amount of drug

472    delivered and the individual metabolic capacity of that organ will determine how much

473    carcinogen is produced.

474         However, following the principles of first-pass metabolism, orally administered NDMA

475    and NDEA, such as the NDMA/NDEA present in valsartan, are absorbed through the upper small

476    intestine with a half-life of absorption of three minutes and then directly circulated to the liver

477    for metabolism.[23] The absorption process is described as first-order, meaning that absorption is

---

[21] Kushida H et al., *Metabolic activation of N-alkylnitrosamines in genetically engineered salmonella typhimurium expressing CYP2E1 or CYP2A6 together with human NADPH-cytochrome P450 reductase*, Carcinogenesis 21(6):1227-32 (2000); Bellec G. et al., *Cytochrome P450 Metabolic Dealkylation of Nine N-nitrosodialkylamines by Human Liver Microsomes*, Carcinogenesis 17(9):2029-2034 (1996).

[22] Pegg AE, *Metabolism of N-nitrosodimethylamine*, IARC Sci Publ. (27):3-22 (1980).

[23] *Id.*

478    not saturable.[24] Although many CYP enzymes are found in the gut wall and are able to

479    metabolize prior to reaching the liver, neither CYP2E1 nor CYP2A6 are found in appreciable

480    amounts in the gut wall; thus CYP-mediated metabolism of NDMA and NDEA following low dose

481    oral administration would be isolated to the liver, until a dose was given that exceeded the

482    first-pass capacity of the liver.[25]  Furthermore, there have been no appreciable genetic

483    polymorphisms identified in CYP2E1 that would result in loss of function such that the

484    metabolic capacity of the liver could be "overloaded" and result in more widespread

485    NDMA/NDEA distribution to organs beyond the liver.[26]  Smaller oral doses are metabolized in

486    the liver almost completely, minimizing exposure to other tissues and organs. Thus, metabolism

487    of NDMA/NDEA that is ingested orally—such as the trace NDMA/NDEA found in orally ingested

488    valsartan—is a classic example of first-pass metabolism: at low oral doses, like the trace

489    amounts found in valsartan products, metabolism occurs almost entirely during the

490    compound's first pass through the liver, before it ever reaches systemic circulation.

491        The localization of NDMA/NDEA metabolism to the liver in doses of valsartan is further

492    supported by studies involving administration of nitrosamines in rats.  However, because route

493    of administration so greatly dictates the methods and nature of absorption, metabolism, and

494    distribution, including in the case of NDMA's/NDEA's metabolic fate, as demonstrated above,

495    studies involving non-oral administration of nitrosamines in rats are not relevant in considering

---

[24] Gomez M. I. D. et al., *The Absorption and Metabolism in Rats of Small Oral Doses of Dimethylnitrosamine*, Biochem. J. 164:497-500 (1977).

[25] Chen J, Jiang S, Wang J, Renukuntla J, Sirimulla S, Chen J, *A comprehensive review of cytochrome P450 2E1 for xenobiotic metabolism*, Drug Metab. Rev. 51(2):178-195 (2019); Tanner JA, Tyndale RF, *Variation in CYP2A6 Activity and Personalized Medicine*, J. Pers. Med. 1;7(4):18 (2017).

[26] Chen J, Jiang S, Wang J, Renukuntla J, Sirimulla S, Chen J, *A comprehensive review of cytochrome P450 2E1 for xenobiotic metabolism*, Drug Metab. Rev. 51(2):178-195 (2019).

496    the metabolic fate of NDMA/NDEA in orally ingested valsartan. Only studies involving oral doses

497    of nitrosamines can provide the proper background with which to interpret and extrapolate the

498    content of these nitrosamines in valsartan products.

499    **b.  NDMA and NDEA have an additive, and *not* a synergistic, effect.**

500         It is a well-established principle of pharmacology that most, if not all, drugs will exhibit a

501    dose-response relationship—i.e., the greater the amount of drug administered, the larger the

502    biological response will be, until the target (e.g., enzyme, receptor) reaches its maximal

503    response, such that additional doses/concentrations cannot illicit any additional response. It is

504    equally accepted that two drugs that individually produce the same biological effect may have a

505    greater effect when they are used together. This occurs even when the molecular mechanism

506    of action differs between the drugs. Pharmacologists recognize different types of drug

507    combinations effects: two drugs can be *additive* in their actions (1 + 1 = 2), or they can be

508    *synergistic* in their actions (1 + 1 = 3)

509         I disagree with Dr. Lagana's suggestion of "synergy" between NDMA and NDEA if given

510    in trace amounts in valsartan generic products.  When drugs are given together or in sequence,

511    it is not possible to distinguish which drug is responsible for the observed response, or which

512    agent caused any particular adverse effects or toxicities.  NDEA and NDMA share a somewhat

513    common P450 pathway, 2E1; however, the metabolism of NDEA is more closely associated with

514    2A6. This suggests that NDMA and NDEA will be metabolized independently and do not alter

515    the metabolism of each other. As a result, the presence of both NDMA and NDEA in valsartan

516    would create an additive, and not a synergistic, effect.

517        **7.  NDMA/NDEA are not proven to cause cancer in humans.**

518        **a.  Carcinogenesis requires activation by 2E1-based metabolism.**

519        The presence of NDMA or NDEA in the bloodstream alone does not make NDMA/NDEA

520   carcinogenic. Rather, for carcinogenesis, NDMA/NDEA must be activated to the carcinogen by

521   CYP2E1-based metabolism. Specifically, for NDMA/NDEA to become a carcinogen, it requires

522   metabolism in the organ that will ultimately be affected, since the NDMA/NDEA metabolic

523   product that is carcinogenic is considered unstable and therefore unable to be released to the

524   blood stream or to reach tissues other than those in which it was generated.[27] Therefore, for

525   NDMA/NDEA to be carcinogenic in a particular organ, it requires two specific criteria to be met:

526   1) the delivery of NDMA/NDEA to that organ either directly by inhalation/injection or indirectly

527   by an oral dose exceeding hepatic clearance and then reaching the systemic circulation; and 2)

528   the organ having the capacity to metabolize the nitrosamine to its corresponding carcinogen

529   through the respective CYP450 pathway.

530        Accordingly, when evaluating literature for nitrosamine exposure, and comparing it to

531   the issues at hand (i.e., exposure to NDMA/NDEA in valsartan), inhaled, injected (IV or IP) or

532   large oral doses of nitrosamine are not comparable to the small oral doses of NDMA and NDEA

533   found in valsartan products.  Therefore, for many of the studies relied upon by Plaintiffs'

534   experts, the dose used in the studies and routes of administration do not provide a reliable

535   basis for reaching any conclusions as to dose or method of exposure in humans.

---

[27] Pegg AE, *Metabolism of N-nitrosodimethylamine*, IARC Sci Publ. (27):3-22 (1980).

536    **b.  Animal studies do not support an independent or increased risk of cancer from**
537    **exposure to NDMA/NDEA in valsartan, at the levels and for the time period at issue in**
538    **this litigation.**

539    i. *Ito Study*[28]

540    Ito studied the impact of various nitrosamines on rats, which included a long-term study

541    of male and female rats administered an NDMA-containing diet for 96 weeks. Ito found that

542    chronic (96 weeks) NDMA exposure at a dose of 10mg/kg/day was associated with liver tumors

543    in rats; however, a dramatically reduced number of liver cancers were seen at the dose of 1.0

544    mg/kg, and a dose of  0.1 mg/kg/day showed no increase in liver tumor occurrence.  No tumors

545    were observed in other organs even at the higher dose.  This demonstrates that doses of NDMA

546    as high as 10mg/kg/day are efficiently eliminated by the liver, resulting in no systemic exposure

547    to other tissues and organs.  Two major conclusions were drawn by Ito:

548    • The minimum carcinogenic intake of NDMA through an oral route is 1.0mg/kg;

549    and

550    • The non-effective level of carcinogenesis was 0.1mg/kg by the oral route.

551    As 0.1 mg/kg corresponds to a daily dose of 7mg of NDMA in a typical size adult of 70kg, this

552    non-carcinogenic dose would correspond to a daily dose over 300 times higher than the highest

553    amount of NDMA found in any valsartan product.  Stated another way, the highest amount of

554    NDMA in a valsartan product is only 0.03% of the non-carcinogenic dose from the Ito study.

555    Below is a similar comparison of the non-carcinogenic dose of NDMA in the Ito study

556    (0.1mg/kg) and how this compares to the amount of NDMA found in valsartan products

---

[28] Ito N et al., *Induction of preneoplastic and neoplastic lesions in rats treated N-nitroso compounds*, N-Nitroso Compounds: Occurrence and Biological Effects (41):597-601 (1982).

557     manufactured by various generic manufacturers of finished dose products which were analyzed

558     by the FDA:

559     *Ratio of Ito daily non-carcinogen dose of NDMA (0.1mg/kg or 7mg in a typical human adult) to*
560     *daily NDMA ingested in various valsartan generic products.*

| Company | Product | NDMA Range (mcg) | NDEA Range (mcg) | Estimated Daily Human NDMA Exposure | Estimated NDEA Exposure | Ratio to Valsartan Amount (NDMA) | Ratio to Valsartan Amount (NDEA) |
|---|---|---|---|---|---|---|---|
| Aurobindo Pharm LTD | Amlodipine 10mg, valsartan 320mg | Below LOD | 0.02-0.09 | 7mg (70000 mcg) | -- | -- | -- |
| Aurobindo Pharm LTD | Valsartan 320mg | Below LOD | 0-0.05 | 7mg (70000 mcg) | -- | -- | -- |
| Aurobindo Pharm LTD | Valsartan 320mg, HCTZ 25mg | Below LOD | 0.02-0.19 | 7mg (70000 mcg) | -- | -- | -- |
| Hetero Labs LTD | Valsartan 320mg | 0.33-0.44 | Below LOD | 7mg (70000 mcg) | -- | 15,909-21,212x | -- |
| Mylan Pharmaceutical Inc | Amlodipine 10mg, valsartan 320mg | Below LOD | 0.04-0.11 | 7mg (70000 mcg) | -- | -- | -- |
| Mylan Pharmaceutical Inc | Amlodipine 10mg, valsartan 320mg, HCTZ 25mg | Below LOD | 0.05 | 7mg (70000 mcg) | -- | -- | -- |
| Mylan Pharmaceutical Inc | Valsartan 320mg | Below LOD | 0.07-0.16 | 7mg (70000 mcg) | -- | -- | -- |
| Mylan Pharmaceutical Inc | Valsartan 320mg, HCTZ 25mg | Below LOD | 0.2-0.38 | 7mg (70000 mcg) | -- | -- | -- |
| Prinston Pharmaceutical | Valsartan 320mg | 15.18-16.30 | Below LOD | 7mg (70000 mcg) | -- | 429-461x | -- |
| Prinston Pharmaceutical | Valsartan 320mg, HCTZ 25mg | 13.18-20.19 | Below LOD | 7mg (70000 mcg) | -- | 347-531x | -- |
| Teva Pharmaceutical | Amlodipine 10mg, valsartan 320mg | Below LOD | 0-0.03 | 7mg (70000 mcg) | -- | -- | -- |
| Teva Pharmaceutical | Amlodipine 10mg, valsartan 320mg, HCTZ 25mg | Below LOD | 0-0.03 | 7mg (70000 mcg) | -- | -- | -- |

| Teva Pharmaceutical | Valsartan 320mg | 7.92-16.55 | Below LOD | 7mg (70000 mcg) | -- | 423-884x | -- |
| Teva Pharmaceutical | Valsartan 320mg, HCTZ 25mg | 6.94-10.35 | 0-0.77 | 7mg (70000 mcg) | -- | 676-1009x | -- |
| Torrent Pharmaceuticals | Amlodipine 10mg, valsartan 320mg, HCTZ 25mg | 10.24-11.53 | Below LOD | 7mg (70000 mcg) | -- | -- | -- |
| Torrent Pharmaceuticals | Valsartan 320mg | 0.56-0.62 | 1.12-1.22 | 7mg (70000 mcg) | -- | 11,290-12,500x | -- |
| Torrent Pharmaceuticals | Valsartan 160mg | 0.45 | 1.31 | 7mg (70000 mcg) | -- | 15,556x | -- |

561          ii. *Pegg Paper*[29]

562          The Ito study results mirror those reported by Pegg, who studied the uptake and

563 metabolism of NDMA. Pegg's research showed that the ratio of hepatic to kidney carcinogen

564 production with **IV** administration of NDMA is approximately 8:1 across a wide dose range of

565 between 1 mcg/kg to 100 mcg/kg.  This reflects an approximation of the ratio of CYP metabolic

566 activity between the two organs, with the liver having higher CYP activity than the kidney by a

567 similar ratio.  However, when NDMA is given **orally** over the same dosage range, the ratio of

568 carcinogen production ranges from 33-52:1 (liver to kidney), reflecting "localization" of

569 metabolism in the liver following oral doses.  Further, doses as low as 0.1 and 1.0mg/kg/day do

570 not appear to exceed the capacity of the liver to metabolize the potential carcinogen.  This may

571 be due to the presence in the liver of a carcinogenic "surveillance" system that removes $O^6$-

572 methyl-guanine from DNA prior to carcinogenesis.  Therefore, with the low level exposure of

573 NDMA/NDEA in the valsartan generic products, the production of potential carcinogen is within

574 the organ with the highest capacity for its removal.

---

[29] Pegg A.E., *Metabolism of N-Nitrosodimethylamine*, Molecular and Cellular Aspects of Carcinogen Screening Tests 3–22 (1980).

575              iii. *Peto Study*[30]

576              In one of the largest rat studies across a broad range of doses, Peto studied 4,080 rats

577    administered various levels of NDMA/NDEA in drinking water, for a period of either 12 or 18

578    months. Peto published two studies based on this same experiment: one was on the dose-

579    response relationship between either NDMA and NDEA and cancer formation (including death)

580    and the other was on the dose-time relationship.

581              One significant finding was that at NDEA doses below or equal to 0.264 parts per million

582    (ppm) given orally, an approximate dose of 13.2 mcg/kg and below, there were no esophageal

583    pre-cancerous tumors, cancerous tumors or esophageal cancer deaths.  This is consistent with

584    lower oral doses of NDEA being confined to the liver and not exceeding hepatic metabolic

585    capacity. Further, this upper dose of 13.2 mcg/kg would correspond to a daily dose of 924 mcg

586    of NDEA in an adult, or more than 700 times the largest amount of NDEA found in any generic

587    valsartan product, making the NDEA exposure unlikely to cause any cancer by "escaping" first-

588    pass metabolism.

589              In the Peto study, the relationship between the oral dose of either NDMA or NDEA and

590    liver cancer was complicated by the observation that 8% of the control treated rats still

591    developed hepatic cancers.  When looking at the dose of NDMA associated with an observed

592    lifetime hepatic cancer rate above the "background" hepatic cancer rate with no treatment, an

593    apparent increase in liver cancer was only seen at doses above 0.3 ppm, equating to 15

---

[30] Peto R et al., *Effects on 4080 Rats of Chronic Ingestion of Nitrosodiethylamine or N-Nitrosodimethylamine: A detailed dose response study*, Cancer Research 51:6415-6451 (1991) ("Peto 1991a"); Peto R et al., *Dose and Time Relationships for Tumor Induction in the Liver and Esophagus of 4080 Inbred Rats by Chronic Ingestion of N-Nitrosodiethylamine or N-Nitrosodimethylamine*, Cancer Research 51:6452-6469 (1991) ("Peto 1991b").

594    mcg/kg/day.  This would approximate an adult dose of 1050 mcg/day, or more than 52 times

595    the highest NDMA amount found in any generic valsartan product, keeping in mind that the

596    potential human exposure with valsartan containing NDMA would be less than lifetime (6 years

597    or less vs. lifetime in the rat study).  As above, I have calculated the ratio of Peto daily doses for

598    NDMA and NDEA vs the amounts of both compounds found in the FDA analysis of valsartan

599    generic products:

600    *Ratio of Peto daily non-carcinogen dose of NDMA (15 mcg/kg/day or 1050 mcg/day in a typical*
601    *human adult) or NDEA (13.2 mcg/kg or 924mcg/day) to daily NDMA and NDEA ingested in*
602    *various valsartan generic products.*

| Company | Product | NDMA Range (mcg) | NDEA Range (mcg) | Estimated Daily Human NDMA Exposure | Estimated NDEA Exposure | Ratio to Valsartan Amount (NDMA) | Ratio to Valsartan Amount (NDEA) |
|---|---|---|---|---|---|---|---|
| Aurobindo Pharm LTD | Amlodipine 10mg, valsartan 320mg | Below LOD | 0.02-0.09 | 1050mcg | 924mcg | -- | 10,267-46,200x |
| Aurobindo Pharm LTD | Valsartan 320mg | Below LOD | 0-0.05 | 1050mcg | 924mcg | -- | 18,480x |
| Aurobindo Pharm LTD | Valsartan 320mg, HCTZ 25mg | Below LOD | 0.02-0.19 | 1050mcg | 924mcg | -- | 4,863-46,200x |
| Hetero Labs LTD | Valsartan 320mg | 0.33-0.44 | Below LOD | 1050mcg | 924mcg | 2,386-3,182x | -- |
| Mylan Pharmaceutical Inc | Amlodipine 10mg, valsartan 320mg | Below LOD | 0.04-0.11 | 1050mcg | 924mcg | -- | 8,400-23,100x |
| Mylan Pharmaceutical Inc | Amlodipine 10mg, valsartan 320mg, HCTZ 25mg | Below LOD | 0.05 | 1050mcg | 924mcg | -- | 18,480x |
| Mylan Pharmaceutical Inc | Valsartan 320mg | Below LOD | 0.07-0.16 | 1050mcg | 924mcg | -- | 5,775-13,200x |
| Mylan Pharmaceutical Inc | Valsartan 320mg, HCTZ 25mg | Below LOD | 0.2-0.38 | 1050mcg | 924mcg | -- | 2,432-4,620x |
| Prinston Pharmaceutical | Valsartan 320mg | 15.18-16.30 | Below LOD | 1050mcg | 924mcg | 64-69x | -- |

| Prinston Pharmaceutical | Valsartan 320mg, HCTZ 25mg | 13.18-20.19 | Below LOD | 1050mcg | 924mcg | 52-80x | -- |
|---|---|---|---|---|---|---|---|
| Teva Pharmaceutical | Amlodipine 10mg, valsartan 320mg | Below LOD | 0-0.03 | 1050mcg | 924mcg | -- | 30,800x |
| Teva Pharmaceutical | Amlodipine 10mg, valsartan 320mg, HCTZ 25mg | Below LOD | 0-0.03 | 1050mcg | 924mcg | -- | 30,800x |
| Teva Pharmaceutical | Valsartan 320mg | 7.92-16.55 | Below LOD | 1050mcg | 924mcg | 63-133x | -- |
| Teva Pharmaceutical | Valsartan 320mg, HCTZ 25mg | 6.94-10.35 | 0-0.77 | 1050mcg | 924mcg | 101-151x | 1200x |
| Torrent Pharmaceuticals | Amlodipine 10mg, valsartan 320mg, HCTZ 25mg | 10.24-11.53 | Below LOD | 1050mcg | 924mcg | 91-103x | -- |
| Torrent Pharmaceuticals | Valsartan 320mg | 0.56-0.62 | 1.12-1.22 | 1050mcg | 924mcg | 1,694-1,875x | 757-825x |
| Torrent Pharmaceuticals | Valsartan 160mg | 0.45 | 1.31 | 1050mcg | 924mcg | 2,333x | 705x |

603    I should note that in the very complicated Peto papers, the statistics, mathematical

604    projections and calculations of probabilities and trends are quite complex.  One quote taken

605    from one of the Peto papers and used by several of Plaintiffs' experts, is that there is a 25%

606    excess of liver cancer at a dose of 1ppm, 2.5% at 0.1ppm, and therefore 0.25% at 0.01ppm, with

607    no apparent threshold.[31] However, from the remainder of that paragraph, in Peto's conclusion,

608    is the comment that "the general arguments about the _likely_ shapes of dose-response

609    relationships make it probable, even at lower doses, where direct observation is impracticable,

610    this linear relationship _may_ remain approximately true, for Colworth rats, if not for humans."

611    The basis for this "trend" analysis is from pooling the NDMA and NDEA treatment groups, both

---

[31] Peto 1991a.

612  male and female, and performing the trend statistics on these data.  The trend analysis of the

613  pooled data are presented in table 28 from Peto's 1991a paper.  However, when looking at the

614  trend statistics in the table legend, the critical z value is 2.16.  In the methodology section of the

615  same paper, the trend statistics description states: "[I]f the IP (one tailed P value) is of

616  intermediate value (eg. when 2<z<3), then judgment as to how likely it is that treatment really

617  did cause the disease of interest becomes more difficult…."  Thus, the reliability of using a linear

618  dose response relationship for liver cancer at low doses of NDMA and NDEA is not well

619  established, contrary to the representations of Plaintiffs' experts.  Peto goes on to say that

620  decisions would need to be more based on biological than statistical results, meaning that

621  observed liver cancers become more important than calculated ones.  Thus, the number of liver

622  cancers seen between the control groups and NDEA/NDMA doses of up to 0.066 ppm (3.3

623  mcg/kg) were the same, making it impossible to biologically conclude that these doses cause

624  liver cancer.  The 3.3 mcg/kg dose corresponds to a human daily dose of 231 mcg, still almost

625  11 times the dose of NDMA in any generic valsartan product (with the additional difference in

626  lifetime rat exposure vs. less than lifetime, 6 years or less, in humans).

627           iv. *Brantom Study*[32]

628           An additional study on the dose-response relationship between nitrosamines and cancer

629  in rats is seen in a graduate thesis paper by Brantom in 1983.  In his introductory remarks,

630  Brantom considers "the possibility that at very low levels of exposure there is no effect."   In his

631  thesis study, Brantom chose water-based NDMA and NDEA doses administered to rats in the

---

[32] Brantom P.G., *Dose-Response Relationships in Nitrosamine Carcinogenesis*, The British Industrial Biological Research Association (BIBRA) (1983).

632  dose range of 33 – 16,896 parts per billion (ppb), identical to the dose range in the previously

633  mentioned Peto study.  (This is not surprising in that Dr. Brantom is also an author on the Peto

634  papers.)  Thus, the same conversion of the ppb to dose/kg gives a dose range of approximately

635  2-1470 mcg/kg/day, as reflected in Brantom's  Table 4.1.  Doses of NDEA below about 80

636  mcg/kg/day and NDMA below about 120 mcg/kg/day had mortality rates no different from the

637  control group in Brantom's study.  Roughly 80-95% of control rats had tumors upon death,

638  again emphasizing that there is background "noise" for tumor studies in rats.  From Tables 4.6-

639  4.9 in Brantom's paper, one can see that liver tumors did not occur with NDEA or NDMA in

640  what could be called a dose-response relationship, and above what is seen in control rats, until

641  a dose of 132 ppb or higher for male and female rats, corresponding to a dose of approximately

642  8-11 mcg/kg/day.  This would correspond to a human daily dose of approximately 700 mcg/day,

643  or 35 times higher than the highest amount of NDMA found in any generic valsartan product

644  and 530 times higher than the highest amount of NDEA found in any generic valsartan product.

645  As above, I have calculated the ratio of the non-cancerous doses of both NDMA and NDEA in

646  the Brantom study with the various daily amounts of both found in valsartan generic products:

647  *Ratio of Brantom daily NDMA and NDEA ingestion (700 mcg/day) not associated with cancers to*
648  *the amount for both found in valsartan generic products.*

| Company | Product | NDMA Range (mcg) | NDEA Range (mcg) | Estimated Daily Human NDMA Exposure | Estimated NDEA Exposure | Ratio to Valsartan Amount (NDMA) | Ratio to Valsartan Amount (NDEA) |
|---|---|---|---|---|---|---|---|
| Aurobindo Pharm LTD | Amlodipine 10mg, valsartan 320mg | Below LOD | 0.02-0.09 | 700mcg | 700mcg | -- | 7,778-35,000x |
| Aurobindo Pharm LTD | Valsartan 320mg | Below LOD | 0-0.05 | 700mcg | 700mcg | -- | 14,000x |

| Aurobindo Pharm LTD | Valsartan 320mg, HCTZ 25mg | Below LOD | 0.02-0.19 | 700mcg | 700mcg | -- | 3,684-35,000x |
|---|---|---|---|---|---|---|---|
| Hetero Labs LTD | Valsartan 320mg | 0.33-0.44 | Below LOD | 700mcg | 700mcg | 1,591-2,121x | -- |
| Mylan Pharmaceutical Inc | Amlodipine 10mg, valsartan 320mg | Below LOD | 0.04-0.11 | 700mcg | 700mcg | -- | 6,364-17,500x |
| Mylan Pharmaceutical Inc | Amlodipine 10mg, valsartan 320mg, HCTZ 25mg | Below LOD | 0.05 | 700mcg | 700mcg | -- | 14,000x |
| Mylan Pharmaceutical Inc | Valsartan 320mg | Below LOD | 0.07-0.16 | 700mcg | 700mcg | -- | 4,375-10,000x |
| Mylan Pharmaceutical Inc | Valsartan 320mg, HCTZ 25mg | Below LOD | 0.2-0.38 | 700mcg | 700mcg | -- | 1,842-3,500x |
| Prinston Pharmaceutical | Valsartan 320mg | 15.18-16.30 | Below LOD | 700mcg | 700mcg | 43-46x | -- |
| Prinston Pharmaceutical | Valsartan 320mg, HCTZ 25mg | 13.18-20.19 | Below LOD | 700mcg | 700mcg | 34.7-53.1x | -- |
| Teva Pharmaceutical | Amlodipine 10mg, valsartan 320mg | Below LOD | 0-0.03 | 700mcg | 700mcg | -- | 23,333x |
| Teva Pharmaceutical | Amlodipine 10mg, valsartan 320mg, HCTZ 25mg | Below LOD | 0-0.03 | 700mcg | 700mcg | -- | 23,333x |
| Teva Pharmaceutical | Valsartan 320mg | 7.92-16.55 | Below LOD | 700mcg | 700mcg | 42.3-88.4x | -- |
| Teva Pharmaceutical | Valsartan 320mg, HCTZ 25mg | 6.94-10.35 | 0-0.77 | 700mcg | 700mcg | 67.6-100.9x | 909x |
| Torrent Pharmaceuticals | Amlodipine 10mg, valsartan 320mg, HCTZ 25mg | 10.24-11.53 | Below LOD | 700mcg | 700mcg | 60.7-68.4x | -- |
| Torrent Pharmaceuticals | Valsartan 320mg | 0.56-0.62 | 1.12-1.22 | 700mcg | 700mcg | 1,129-1,250x | 573.8-625x |
| Torrent Pharmaceuticals | Valsartan 160mg | 0.45 | 1.31 | 700mcg | 700mcg | 1555x | 534x |

649        Similarly, the occurrence of esophageal cancers was only dose-response evident, and

650        only in males at NDEA doses above 1580 ppb, or approximately 100 mcg/kg/day.  This would

651    correspond to a daily human dose approximately 5343 times higher than the dose of NDEA

652    found in any generic valsartan product.  Further, in scanning the other cancers observed in all

653    rats, at all doses, both male and female, there was no evident dose-response relationship with

654    either NDEA or NDMA.

655        A further analysis showed all treatment-related tumors in Tables 4.14 and 4.15 only

656    occurred with clear frequency above control rats at an NDEA dose above 1060 ppb (about 80

657    mcg/kg/day).  Brantom states a similar pattern existed for NDMA.  He further states that doses

658    below 200 mcg/kg/day revealed a reduction in tumor incidence in a dose-related fashion, but

659    does not state that it was linear.

660        With the observance of few cancers observed at low doses, and not different from

661    control animals, Brantom states that "any calculation of effect is based on extrapolation,"

662    indicating the potential inaccuracy of assuming there is no "threshold" effect—that is, a dose

663    below which neither NDMA nor NDEA causes cancer.  Given the assumptions in extrapolating

664    animal data to humans, Brantom nevertheless made calculations of the median time to tumor

665    occurrence in days for humans with higher nitrosamine doses (100 mcg per day) vs. lower doses

666    (10 mcg per day).  A final conclusion reached by Brantom is that based on his projections,

667    extrapolations and assumptions, in the United Kingdom human population, exposure of 100

668    mcg per day to NDMA is unlikely to increase human death rate by any detectable amount.

669                v. *Terracini Study*[33]

670                Terracini attempted to find a non-effective dose of NDMA in rats.  NDMA was

671  administered in doses of 2-50 ppm in the diet by adding NDMA in an oil solution to the diet.

672  Doses below 20 ppm did not induce liver histologic changes any different from untreated rats.

673  Although some hepatic cysts were seen at the dose of 5ppm, only one hepatic tumor was seen

674  at a dose of 2ppm.  However, the number of rats receiving no NDMA was too small to ascertain

675  the background number of liver tumors, so no correction for background noise was made.  No

676  kidney tumors were seen. The authors concluded that there was no obvious relationship

677  between the site and frequency of tumors and the dose of NDMA.  Further, they concluded that

678  there was no "precancerous" histological or cytological that would provide possible evidence of

679  impending malignancy.

680                vi. *Nixon Study*[34]

681                Nixon studied the combined effects of NDEA with cyclopropenoid fatty acids and

682  aflatoxin in rats. The NDEA was administered in the drinking water. Along with the other

683  compounds, NDEA was given in two doses, 0.2mg/kg/day and 1.0mg/kg/day.  Both NDEA doses

684  were associated with tumor formation; however, these doses are more than 10,000 and 53,000

685  times the daily amount of NDEA found in any NDEA-containing valsartan product.

---

[33] Terracini B et al., *Hepatic pathology in rats on low dietary levels of dimethylnitrosamine*, British Journal of Cancer 21:559-565 (1967).
[34] Nixon JE et al., *Effect of cyclopropenoid compounds on the carcinogenic activity of diethylnitrosamine and aflatoxin B in rats*, Journal of the National Cancer Institute 53:453-458 (1974).

686                      vii. *Kroes Study*[35]

687          A study by Kroes compared, in rats, tumor rates with arsenic-based compounds alone

688 and in combination with 25 mcg/week of NDEA (approximately 3.6 mcg/day), administered by

689 esophageal intubation (not gastric).  Over time, the rats gained weight such that the typical

690 male weighed around 300 grams and a typical female around 175 grams.  Thus, the dosing was

691 approximately 12 mcg/kg/day for males and about 20mcg/kg/day for females.  This

692 corresponds to between 840-1400 mcg per day of NDEA, or more than 640-1069 times the

693 highest amount of NDEA found in any valsartan product.  Their results, even at this high-dose

694 equivalent to humans for NDEA, revealed no indication that NDEA was able to induce tumors or

695 potentiate the tumor effects of the arsenic compounds.  Further, the authors concluded that

696 there is a no-effect level for NDEA (again, at a dose of at least 640 times the amount of NDEA in

697 any valsartan product).

698                      viii. *Terao Study*[36]

699          Terao studied the combined effects of NDMA and sterigmatocystin on carcinogenesis in

700 rats.  NDMA was administered in the diet at doses of 1-10 ppm for 54 weeks. The livers of rats

701 treated with 10ppm NDMA for 54 weeks showed almost normal histologic patterns and

702 induced no hepatic carcinomas.  There did seem to be an additive effect when NDMA was given

703 with sterigmatocystin; however, that is not relevant to the valsartan context as

704 sterigmatocystin is not found in or administered with valsartan.

---

[35] Kroes R et al., *Study on the carcinogenicity of lead arsenate and sodium arsenate and on the possible synergistic effect of diethylnitrosamine*, Food and Cosmetics Toxicology 12:671-679 (1974).
[36] Terao K et al., *A synergistic effect of nitrosodimethylamine on sterigmatocystin carcinogenesis in rats*, Food and Cosmetics Toxicology 16:591-596 (1978).

705                    ix. *Arai Study[37]*

706            The Arai study is relied upon by Dr. Panigrahy to suggest there is evidence for low dose

707    NDMA to cause many cancer types. Arai studied the lowest non-carcinogenic dose of NDMA in

708    rats given 0.1, 1.0 and 10 ppm for 96 weeks.  NDMA was added to the diet, presumably in the

709    chow.  No tumors were seen at the lowest dose of 0.1ppm, which translates into 0.35 mg/kg, or

710    about 24mg per day in a human adult—over 1200 times the daily amount of NDMA found in

711    any  generic valsartan product.  Of note, there were no renal tumors, and the authors conclude

712    that to see renal carcinogenicity, higher doses of NDMA must be given by intraperitoneal

713    injection, a route that would bypass first-pass metabolism.  Thus, the Arai study does not

714    support the induction of tumors with low dose NDMA with the trace amounts found in generic

715    valsartan products, and does not support the opinions of Dr. Panigrahy on this issue.

716                    x. *Angsubhakorn Study[38]*

717            In this study, Angsubhakorn observed the combined effects on rats of administering

718    NDMA with aflatoxin, a potent hepatic carcinogen derived from fungal sources.  Both chemicals

719    were added to chow, with NDMA at a dose of 25 ppm.  The lowest rate of carcinogenesis was

720    with NDMA administered alone.  Using a conversion from other rat studies, this dose of NDMA

721    would equate to roughly 0.25mg/kg in rats, or 17.5mg per day, which is approximately 867

722    times the highest amount of NDMA in any valsartan product.

---

[37] Arai M et al., *Long-term experiment of maximal non-carcinogenic dose of dimethylnitrosamine for carcinogenesis in rats*, Japanese Journal of Cancer Research 70:549-558 (1979).
[38] Angsubhakorn S et al., *Enhancing effects of dimethylnitrosamine on aflatoxin B1 hepatocarcinogenesis in rats,* International Journal of Cancer 28:621-626 (1981).

723                xi. *Gricute Study*[39]

724          Griciute studied the impact of co-administering in mice NDMA with ethanol (40%, or 80

725    proof).  The NDMA was administered by an intragastric tube at a weekly dose of 0.03mg for 50

726    weeks.  Weights of the mice were not reported; however, in looking at the mice strain for

727    research purposes at the Jackson Laboratory, the weight per mouse would appear to be

728    somewhat age dependent, with a rough estimate of 25 grams (0.025kg) at about 12 weeks of

729    age.  Thus, I estimate the 0.03mg dose to be equivalent to 0.17 mg/kg/day (0.03mg/week x

730    1week/7 days x 1/0.025kg).  This would correspond to a human adult dose of approximately

731    12mg per day, or approximately 700 times the amount of NDMA found in any Teva valsartan

732    product.

733                xii. *Lijinsky Studies*

734          In 1981, Lijinsky conducted a dose response study of NDEA in rats, with total oral doses

735    of 1.4 to 192mg in their drinking water for up to 30 weeks, then followed for up to 130 weeks.[40]

736    The survival times were similar with total doses of 1.4-8.4mg and placebo.  More cancers were

737    seen in the higher doses and tended to be esophageal and hepatic.   Animal size was not

738    reported, making it difficult to convert to a human dose equivalent; however, if one estimates

739    the weight of similar strain rats (300 gms or 0.3kg) and the 30 weeks of exposure, then the total

740    administered lowest dose of 1.4 mg can be estimated as approximately 22 mcg/kg/day, or

741    roughly 1540 mcg per day.  This is over 1175 times the highest NDEA amount found in any

---

[39] Gricute L et al., *Influence of ethyl alcohol on carcinogenesis with Nnitrosodimethylamine*, Cancer Letters 13:345-352 (1981).
[40] Lijinsky W et al., *Dose response studies of carcinogenesis in rats by nitrosodiethylamine*, Cancer Research 41:4997-5003  (1981).

742  valsartan product, thus making it difficult to extrapolate these results to humans in the context

743  of the microgram NDEA quantities found in valsartan.

744       In another study by Lijinsky in 1983, various combinations of n-nitrosoamines were

745  given to rats to study the additive or synergistic effect of carcinogen combinations.[41]  There was

746  no clear indication of additive or synergistic effects with NDEA and other n-nitroso compounds

747  with up to 30 weeks of individual or combination treatments.  NDMA was not studied in this

748  experiment.

749       In another Lijinsky study in 1984, NDMA was studied for effects on liver cancer in rats

750  who also received other nitrosomethylalklyamines.[42]  NDEA was not studied.  The nitrosoamines

751  were administered in drinking water, in total doses of 17 mg and 39 mg of NDMA.  When 17 mg

752  and 39 mg of NDMA given over 30 weeks are converted to human dose equivalents, one must

753  again extrapolate the estimate weight of the rats used in the study.[43]  At an estimate weight of

754  0.3kg, then the estimated dose of NDMA administered to these rats was between 270 and 540

755  mcg/day or approximately 19 mg and 38 mg per day.  This translates into at least  941 and 1882

756  times the highest daily amount of NDMA found in any  valsartan product.

757       In yet another Lijinsky study in 1987, a combination of NDMA and NDEA was

758  administered to the same strain of Fischer rats with azoxyalkanes, also a known carcinogen.[44]

759  The route of administration for NDMA and NDEA in this study was gastric lavage, a direct

---

[41] Lijinsky W et al., *Carcinogenesis by combinations of N-nitroso compounds in rats*, Food and Chemical Toxicology 21:601-605 (1983).

[42] Lijinsky W et al., *Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses*, Cancer Letters 22:83-88 (1984).

[43] *See Fischer 344 rats,* taconic.com, https://www.taconic.com/rat-model/fischer-344 (last visited Aug. 2, 2021).

[44] Lijinsky W et al., *Carcinogenesis by nitrosodialkylamines and azoxyalkanes given by gavage to rats and hamsters*, Cancer Research 47:3968-3972 (1987).

760    administration technique compared to studies using drinking water.  Interestingly, this author

761    concedes in his introduction that it has "not been entirely appropriate to compare the

762    biochemical results of carcinogenesis studies with the compound in drinking water" with

763    studies using a more direct intragastric approach.  This is presumed to be because in drinking

764    water, animals get exposed through the skin, sublingual absorption and possibly inhalation—all

765    of which are routes that circumvent the first-pass metabolism of compounds truly administered

766    orally, thus confounding study results that use n-nitrosoamines in drinking water.  Rats and

767    hamsters were studied, but given the preponderance of rat studies, only the rat data are shown

768    here.  NDMA was administered in a dose of 1.9 mg/kg/day, and NDEA was administered in a

769    dose of 2.3 mg/kg/day.  Again, these are over 6587 times and 122,000 times the amount of

770    daily exposure to these respective agents in any valsartan product.  At these extreme doses, no

771    esophageal cancers were seen with NDMA, and neoplasms of the nasal mucosa were

772    uncommon with both NDEA and NDMA.  Fewer liver tumors were seen with gavage than with

773    drinking water studies of NDMA.  NDEA induced tumors of the esophagus and nasal mucosa at

774    these gavage doses.

775             xiii. *Adamson Study*[45]

776             Adamson reported an ongoing series of the carcinogenic effect of many compounds in

777    non-human primates.  None of four animals at necropsy had any cancer after receiving

778    10mg/kg biweekly intraperitoneal (IP) injections of NDMA, although there was evidence of

779    hepatic toxicity (cirrhosis).  Hepatocellular carcinomas were detected in monkeys receiving

---

[45] Adamson RH, *Chemical carcino-genesis in non-human primates. In:Longenbach R, Nesnow S, Rice JM, eds. Organand Species Specifcity in Chemical Carcinogene-sis*, New York and London: Plenum Publishing Corp. 129–156 (1983).

780   either bimonthly IP injections or 5 days/week oral doses of 40mg/kg of NDEA.  This cumulative

781   NDEA oral dose ranged in total from 18-55 grams, or 6274 to 19,170 times the total 6-year dose

782   of the highest amount of NDEA in any valsartan product.

783          Adamson is also studying chronic doses of NDEA with IP doses of 0.1-40mg per kilogram.

784   Given IP, these results are not relevant to low oral doses of NDEA.[46]

785                xiv. *Anderson Study*[47]

786          Anderson studied the effects on carcinogenesis of combining NDMA and ethanol in

787   mice.  The hypothesis is that ethanol, in part, is also metabolized by CYP2E1 (the major

788   detoxifying metabolic pathway for NDMA), and that some studies suggest inhibition of 2E1 by

789   ethanol.  The dose of NDMA in this study was either 1 or 5 ppm and was administered to mice

790   in drinking water.  Although the addition of different amounts of ethanol appeared to increase

791   the observance of lung tumors, many of the comparisons were not statistically significant.

792   Further, 1mg/kg and 5mg/kg single NDMA doses were given directly into the stomach

793   (intragastric, or IG) with and without ethanol.  Although the 5mg/kg dose produced lung tumors

794   in 16 weeks, the lung cancer rate with the 1mg/kg NDMA dose was no different than giving

795   ethanol alone or the combination, until the highest ethanol dose was given. Thus the lower

796   doses of NDMA seemed unaffected by any but the highest amount of ethanol, which would

797   amount to consuming 40 proof alcohol in daily drinking water.

---

[46] Adamson et al., *The finding of n-nitrosodimethylamine in common medicines*, The Oncologist 25:460-462 (2020).
[47] Anderson LM et al., *Characterization of ethanol's enhancement of tumorigenesis by N-nitrosodimethylamine in mice*, Carcinogenesis 13:2107-2111 (1992).

798        xv. *Berger Study*[48]

799        Berger administered NDEA in the drinking water of rats who also received other

800    carcinogens, to study the combination effects.  Pertinent to the issues at hand, NDEA alone was

801    administered in drinking water, 5 days a week, at doses of 0.01, 0.032 and 0.1 mg/kg.  This

802    would correspond to human adult doses of 0.7, 2.24 and 7mg per day—or 534-5344 times the

803    highest daily amount of NDEA found in any  valsartan product. Thus, the tumor rates in this

804    study are not relevant in the context of human consumption of valsartan.

805        To a reasonable degree of scientific certainty, I can conclude from the above animal

806    studies that most studies used doses of NDMA and NDEA that are far above, in some cases

807    thousands of times above, the trace amounts of NDMA/NDEA found in valsartan products.  I

808    can also conclude that at the lower levels of oral exposure, the rates of measurable cancers

809    were small and often no different from control animals' rates—the so-called "background

810    noise."  Because of the small rates at the lowest doses of NDMA and/or NDEA, the cancer rates

811    are often extrapolated, which makes linearity assumptions that have not been proven.

812    Therefore, I do not find evidence from the animal studies that the exposure to trace amounts of

813    NDEA and/or NDMA in valsartan would be expected to lead to any detectable cancers.

814        **c. The studies cited by Plaintiffs' experts also do not support any causal association**
815        **between NDMA/NDEA in valsartan and the cancers alleged by Plaintiffs.**

816        Throughout their reports, Drs. Panigrahy and Etminan rely on occupational studies

817    involving NDMA exposure due to inhalation (e.g., exposure in rubber manufacturing workers)

818    as well as animal studies involving NDMA exposure through injection. These studies are equally

---

[48] Berger MR et al., *Combination experiments with very low doses of three genotoxic N-nitrosamines with similar organotropic carcinogenicity in rats*, Carcinogenesis 8:1635-1643 (1987).

819     not relevant to the issues in this case, which involve the oral intake of small doses of NDMA, as

820     the nature and mechanisms of absorption, distribution, and metabolism of NDMA are

821     dependent upon the route of administration, as demonstrated above. And, in the studies of

822     rubber manufacturing workers, there were several potential alternative sources of exposure to

823     carcinogens that were not adequately controlled for, which is of particular importance given

824     the various chemicals involved in the manufacturing process and the environment of a

825     manufacturing plant. Specific criticisms of the studies relied upon by Plaintiffs' experts are set

826     forth below.

827               i. *Occupational/Industrial Exposure*

828

829     Studies cited by Plaintiffs' experts include the following:

830

| Study | Cancer Odds Ratio | Confidence Limits | Comments/Criticisms |
|---|---|---|---|
| McElvenny[49] | 1.13 (mortality) | 1.11-1.16 | No control for exposure to NDEA/NDMA specifically |
| Straif[50] | 1.4 (mortality) | 1.0-1.8 | Low vs. high nitrosamine exposure; not controlled for other carcinogens |
| Hidajat[51] | 1.7-3.47 (mortality for different cancers) | | No control for smoking |

---

[49] McElvenny DM et al., *British rubber and cable industry cohort: 49-year mortality follow-up*, Occup. Environ. Med. 75(12):848-855 (2018).

[50] Straif K et al., *A review of human carcinogens– part C: metals, arsenic, dusts, and fibres*, The Lancet Oncology 10:453-54 (2009).

[51] Hidajat M et al., *Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up*, Occupational and Environmental Medicine 76:250-258 (2019).

831  None of these studies can control for all variables needed to draw any meaningful conclusion,

832  in that cancer history, smoking, and exposure to other potential carcinogens were not

833  accounted for, nor was the actual exposure to nitrosamines.  Further, these occupational

834  studies involved exposure through inhalation, which is not relevant to the matter at hand—i.e.,

835  oral administration of valsartan—for the reasons discussed above.

836         ii. *Stomach Cancer*

837         Plaintiffs' experts cite the following related to stomach cancer:

| Study | Odds Ratio | Confidence Limits | Comments/ Criticisms |
|---|---|---|---|
| Hidajat[52] | 1.72 | 1.41-2.10 | No control for other carcinogens, such as smoking |
| La Vecchia[53] | 1.37 | 1.1-1.7 | Risk at daily dose of >190ng/day |
| Larsson[54] | 1.96 | 1.08-3.58 | Risk at doses above 194ng/day |
| De Stefani[55] | 3.62 | 2.38-5.51 | Risk at doses above 270ng/day |
| Palli[56] | 1.99 | 1.0-3.98 | Not statistically significant; NDMA exposure not clear |
| Loh[57] | 1.13 | 0.81-1.57 | Not significant |
| Jakszyn[58] | 1.00 | 0.7-1.43 | Poorly controlled |

---

[52] *Id.*
[53] LaVecchia C et al., *Nitrosamine intake and gastric cancer risk*, Eur. J. Cancer Prev. 4(6):469-74 (1995).
[54] Larsson SC et al., *Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women*, Int. J. Cancer 119(4):915-9 (2006).
[55] DeStefani E et al., *Dietary nitrosodimethylamine and the risk of lung cancer: a case-control study from Uruguay*, Cancer Epidemiol. Biomarkers Prev. 5(9):679-82 (1996).
[56] Palli D et al., *Dietary patterns, nutrient intake and gastric cancer in a high-risk area of Italy*, Cancer Causes Control 12(2):163-72 (2001).
[57] Loh YH et al., *N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study*, Am. J. Clin. Nutr. 93(5):1053-61 (2011).
[58] Jakszyn P, Bingham S, Pera G et al, *Endogenous versus exogenous exposure to N -nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study*, Carcinogenesis 27:1497-1501 (2006).

| Keszei[59] | 1.06 | 1.01-1.10 | Poor diet questionnaire |
|---|---|---|---|
| Knekt[60] | 0.75 | 0.37-1.51 | Could not exclude a reduction of 63% |
| Pobel[61] | 7.0 | 1.85-26.46 | Dose above 290ng/day |
| Song (meta-analysis)[62] | 1.34 | 1.02-1.76 | Incorporates all the weaknesses from each study included |

838    The meta-analysis by Song cannot exclude an only 2% increase in risk, and with reliance on

839    questionnaires for intake (and poor control of other cancer risk factors), one cannot with

840    confidence assign a proven cause and effect relationship with dietary NDMA and stomach

841    cancer.

842            iii. *Colorectal Cancer*

843        Plaintiffs' experts' sources related to colorectal cancer are as follows:

| Study | Odds Ratio | Confidence Limits | Comments/ Criticisms |
|---|---|---|---|
| Straif[63] | 1.5 (colon) 1.6 (rectal) | 0.5-4.7 0.2-3.9 | No statistical difference in either |
| Zhu[64] | 1.42 (colorectal) | 1.03-1.96 | Dietary study, poor control for intake |
| Knekt[65] | 2.12 (colorectal) | 1.04-4.33 | NDMA amounts not specified |

[59] Keszei AP et al., *Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study*, Am. J. Clin. Nutr. 97(1):135-46 (2013).
[60] Knekt P et al., *Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study*, Int. J. Cancer 80(6):852-6 (1999).
[61] Pobel D et al., *Nitrosamine, nitrate and nitrite in relation to gastric cancer: a case-control study in Marseille, France*, Eur. J. Epidemiol. 11(1):67-73 (1995).
[62] Song P et al., *Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis*, Nutrients 7(12):9872-95 (2015).
[63] Straif K et al., *A review of human carcinogens– part C: metals, arsenic, dusts, and fibres*, The Lancet Oncology 10:453-54 (2009).
[64] Zhu Y et al., *Dietary N-nitroso compounds and risk of colorectal cancer: a case-control study in Newfoundland and Labrador and Ontario, Canada*, Brit. J. Nutrition 111:1109-1117 (2014).
[65] Knekt P et al., *Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study*, Int. J. Cancer 80(6):852-6 (1999).

| Loh[66] | 0.99 (colon) | 0.83-1.18 | Poor control, no |
| | 1.46 (rectal) | 1.16-1.84 | reliable intake of |
| | | | nitrosamines |

844          iv.  *Pancreatic Cancer*

845          Plaintiffs' experts cite the following in discussing pancreatic cancer:

| Study | Odds Ratio | Confidence Limits | Comments/ Criticisms |
| --- | --- | --- | --- |
| Fritschi[67] | 0.85 | 0.5-1.42 | Nitrosamines not specifically evaluated |
| Straif[68] | No association | | |
| Hidajat[69] | 2.6 (death) | 1.94-3.49 | No control for smoking and other carcinogen exposure |
| Zheng[70] | 2.28 | 1.71-3.04 | Higher levels of estimated NDMA exposure above 240ng per day |
| Zheng[71] | 1.03 | 0.78-1.37 | At dietary estimated dose of 2 mcg/day |

846          v.  *Head and Neck Cancers*

847          With regard to head and neck cancers, Plaintiffs' experts cite:

| Study | Odds Ratio | Confidence Limits | Comments/ Criticisms |
| --- | --- | --- | --- |
| Loh[72] | 1.13 (esophageal) | 0.77-1.68 | Not significant; states an increase of 68% cannot be ruled out; |

---

[66] Loh YH et al., *N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study*, Am. J. Clin. Nutr. 93(5):1053-61 (2011).

[67] Fritschi L et al., *Occupational exposure to N-nitrosamines and pesticides and risk of pancreatic cancer*, Occup. Environ. Med. 72(9):678-83 (2015).

[68] Straif K et al., *A review of human carcinogens– part C: metals, arsenic, dusts, and fibres*, The Lancet Oncology 10:453-54 (2009).

[69] Hidajat M et al., *Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up*, Occupational and Environmental Medicine 76:250-258 (2019).

[70] Zheng J et al., *Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study*, Carcinogenesis 40(2):254-62 (2019).

[71] *Id.*

[72] Loh YH et al., *N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study*, Am. J. Clin. Nutr. 93(5):1053-61 (2011).

| | | | equally so for a 23% decrease |
|---|---|---|---|
| Rogers[73] | 1.82 (oral)<br>1.86 (esophageal) | 1.1-3.0<br>0.87-3.95 | Estimated exposure above 179ng/day |
| Keszei[74] | 1.15 (esophageal) | 1.05-1.25 | 15% increase per 100ng/day exposure |
| Straif[75] | 5.1 (head/neck) | 1.2-20.6 | Other factors not controlled for |
| Hidajat[76] | 3.04 (esophageal death)<br>1.39 (laryngeal) | 2.26-4.09<br>0.67-2.90 | No control for smoking and other carcinogen exposure |
| Knekt[77] | 1.37 (head/neck) | 0.5-3.74 | Not significant |

848            vi. *Liver Cancer*

849       Plaintiffs' experts' references concerning liver cancer include:

| Study | Odds Ratio | Confidence Limits | Comments/ Criticisms |
|---|---|---|---|
| Straif[78] | Only 9 liver cancer deaths | | Not significant |
| Hidajat[79] | 2.86 | 1.78-4.59 | No control for smoking and other carcinogen exposure |

850            vii. *Bladder Cancer*

851       Plaintiffs' experts cite the following regarding bladder cancer:

[73] Rogers MA et al., *Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer*, Cancer Epidemiol. Biomarkers Prev. 4(1):29-36 (1995).

[74] Keszei AP et al., *Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study*, Am. J. Clin. Nutr. 97(1):135-46 (2013).

[75] Straif K et al., *A review of human carcinogens– part C: metals, arsenic, dusts, and fibres*, The Lancet Oncology 10:453-54 (2009).

[76] Hidajat M et al., *Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up*, Occupational and Environmental Medicine 76:250-258 (2019).

[77] Knekt P et al., *Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study*, Int. J. Cancer 80(6):852-6 (1999).

[78] Straif K et al., *A review of human carcinogens– part C: metals, arsenic, dusts, and fibres*, The Lancet Oncology 10:453-54 (2009).

[79] Hidajat M et al., *Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up*, Occupational and Environmental Medicine 76:250-258 (2019).

| Study | Odds Ratio | Confidence Limit | Comments/ Criticisms |
|---|---|---|---|
| Jakszyn[80] | 1.12 | 0.88-1.44 | Not significant; states increase of 44% cannot be ruled out (neither can a 12% reduction) |
| Straif[81] | 1.3 | 0.4-5.0 | Not significant |
| Hidajat[82] | 2.82 | 2.16-3.67 | At higher doses |

852          viii. *Prostate Cancer*

853          Plaintiffs' experts rely on the following studies with regard to prostate cancer:

| Study | Odds Ratio | Confidence Limit | Comments/ Criticisms |
|---|---|---|---|
| Loh[83] | 1.01 | 0.9-1.13 | Not significant |
| Jakszyn[84] | 1.23 | 0.99-1.53 | Not significant |
| Straif[85] | 2.1 | 0.7-1.53 | Not significant |
| Hidajat[86] | 5.36 | 4.27-6.73 | In higher level of exposure compared to lower exposure |

854          ix. *Blood Cancers*

855          Plaintiffs' experts' sources regarding blood cancers include:

---

[80] Jakszyn P, Gonzalez CA, Lujan-Barroso L et al., *Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC)*, Cancer Causes and Cancer Epidemiol. Biomarkers Prev. 20:555-9 (2011).

[81] Straif K et al., *A review of human carcinogens– part C: metals, arsenic, dusts, and fibres*, The Lancet Oncology 10:453-54 (2009).

[82] Hidajat M et al., *Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up*, Occupational and Environmental Medicine 76:250-258 (2019).

[83] Loh YH et al., *N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study*, Am. J. Clin. Nutr. 93(5):1053-61 (2011).

[84] Jakszyn PG, Allen NE, Lujan-Barroso L et al., *Nitrosamines and Heme Iron and Risk of Prostate Cancer in the European Prospective Investigation into Cancer and Nutrition*, Cancer Epidemiol. Biomarkers Prev. 21;547-51 (2012).

[85] Straif K et al., *A review of human carcinogens– part C: metals, arsenic, dusts, and fibres*, The Lancet Oncology 10:453-54 (2009).

[86] Hidajat M et al., *Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up*, Occupational and Environmental Medicine 76:250-258 (2019).

| Study | Odds Ratio | Confidence Limit | Comments/ Criticisms |
|---|---|---|---|
| Richardson[87] | 2.22 | 1.48-3.35 | Occupational with nitrates, nitrites, nitrosamines combined |
| Straif[88] | Not significant | | Occupational exposure estimates lacking precision |
| Hidajat[89] | 2.25 (lymphoma) 3.47 (leukemia) 2.81 (multiple myeloma) | 1.41-3.59 2.35-5.13 2.17-3.64 | In higher level of exposure compared to lower exposure |

856    Dr. Etminan's conclusion regarding blood cancers, in particular, appears to be simply

857    cut-and-pasted from the bladder cancer section of Dr. Etminan's report.

858         x. *Lung Cancer*

859    Plaintiffs' experts' citations regarding lung cancer include:

| Study | Odds Ratio | Confidence Limit | Comments/ Criticisms |
|---|---|---|---|
| De Stefani[90] | 3.14 | 1.86-5.29 | With limitations |
| Goodman[91] | 3.3 (men) 2.7 (women) | 1.7-6.2 (men) 1.0-6.9 (women) | Dietary exposure; duration not reported |
| Loh[92] | 1.05 | 0.88-1.24 | Not significant |
| Hidajat[93] | 1.7 | 1.54-1.87 | No control for other potential carcinogenic |

---

[87] Richardson DB et al., *Occupational risk factors for non-Hodgkin's lymphoma: a population-based case-control study in Northern Germany*, Am. J. Ind. Med. 51(4):258-68 (2008).

[88] Straif K et al., *A review of human carcinogens– part C: metals, arsenic, dusts, and fibres*, The Lancet Oncology 10:453-54 (2009).

[89] Hidajat M et al., *Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up*, Occupational and Environmental Medicine 76:250-258 (2019).

[90] DeStefani E et al., *Dietary nitrosodimethylamine and the risk of lung cancer: a case-control study from Uruguay*, Cancer Epidemiol. Biomarkers Prev. 5(9):679-82 (1996).

[91] Goodman MT et al., *High-fat foods and the risk of lung cancer*, Epidemiology 3(4):288-99 (1992).

[92] Loh YH et al., *N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study*, Am. J. Clin. Nutr. 93(5):1053-61 (2011).

[93] Hidajat M et al., *Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up*, Occupational and Environmental Medicine 76:250-258 (2019).

| | | | exposures like smoking |
|---|---|---|---|

860       **d. Other criticisms of and flaws in Plaintiffs' expert reports**

861       Dr. Hecht, on page 8 of his report, lumps several studies together to opine that in

862       several species, NDMA has demonstrated a high systemic clearance and high oral

863       bioavailability.  He cites a study by Hino et al. in his reference 21, for the proposition that

864       NDMA was found in beagles after oral administration, suggesting to him that there is systemic

865       bioavailability after oral NDMA exposure in larger mammals.  First, the NDMA administered to

866       the beagles in the cited study was administered intravenously and orally at a dose of 2mg/kg,[94]

867       which would correspond to an oral dose in a typical weight (70kg) human of 140mg, or an oral

868       dose more than 8000 times the highest NDMA amount found in any Teva valsartan product

869       (16.55 mcg, or 0.01655 mg).  Second, even smaller doses of NDMA administered to beagles

870       would not be comparable to humans because dogs have been demonstrated to have only ¼ the

871       CYP2E1 metabolic capacity of human 2E1, so dogs would have less capacity to clear any oral

872       dose of NDMA than humans.[95] Thus, I disagree with Dr. Hecht's theories regarding systemic

873       clearance and oral bioavailability of NDMA.

874       I also disagree with Dr. Lagana's statement on page 22 of his report that based on his

875       review of the literature, it appears that "NDMA is absorbed into the blood." As demonstrated

876       above, whether NDMA reaches the bloodstream is clearly dependent on the route of

877       administration and the dose as well. Dr. Lagana's blanket statement is therefore incorrect.

---

[94] Hino K et al., *Salivary Excretion of N-nitrosodimethylamine in Dogs*, Eur. J. Cancer Prev. 9:271-276 (2000).
[95] Lankford SM, Bai SA, Goldstein JA, *Cloning of canine cytochrome P450 2E1 cDNA: identification and characterization of two variant alleles*, Drug Metab. Dispos. 28(8):981-6 (2000).

878        Notably, in Dr. Panigrahy's report on page 31, he states that "only a single dose of

879    NDMA is required to cause and initiate cancer in multiple animal species"; however, Dr.

880    Panigrahy does not cite to any literature in support of this assertion. Based on my experience

881    and my review of the literature, I do not agree with Dr. Panigrahy's blanket assertion. A single

882    dose of NDMA would be fully or almost entirely metabolized in the liver, if administered in an

883    amount below the level that the liver is able to process, as in the case of the trace amounts of

884    NDMA found in valsartan. NDMA would only be able to initiate cancer after a single dose if it

885    were administered in a massive quantity, which has not been the case in any study and

886    certainly is not the case here, where only small, trace amounts of NDMA were present in

887    valsartan.

888    **8. Clinical and Practical Implications of NDMA/NDEA in Valsartan**

889        The presence of trace amounts of NDMA/NDEA in valsartan during the time period in

890    question (i.e., 2012 to 2018) did not create any independent or increased risk of cancer in

891    patients taking valsartan, nor did it render the medications "unreasonably dangerous."

892    According to the FDA's NDMA guidance, the acceptable intake of NDMA is 96 nanograms (ng) a

893    day.[96]  This daily limit was estimated to be the amount that would cause a 1:100,000 cancer risk

894    after 70 years of daily exposure.  That daily amount was estimated from the dose that would

895    induce a tumor in half of the rodents exposed in animal toxicity experiments.  In most of these

896    studies, animals received between 1-5mg of NDMA per kilogram of body weight, for both short

897    and long-term exposure.  This would be the equivalent of giving between 70 and 350mg daily to

898    a human, which is approximately 700,000 to 3.5 million times higher than the FDA proposed

---

[96] *FDA Guidance for Industry: Control of Nitrosamine Impurities in Human Drugs* at 10 (Sept. 2020).

899    safe upper limit of daily exposure—and still more than 4000-21,000 times higher than the

900    highest amount of NDMA the FDA measured in any finished dose manufacturer's valsartan

901    product(s).

902            Additionally, at these levels of exposure, there is no legitimate concern about whether

903    daily ingestion could lead to some type of accumulation or saturation in the human body.  That

904    would only happen if the human body could not adequately metabolize the daily ingested

905    amount of either NDMA or NDEA, which it is able to do at these trace amounts.

906            There are a few studies that have looked at the use of valsartan, at least in the short

907    term, and the risk of cancer.  In a Danish national study, during the period of 2012 (when

908    valsartan products produced in China were first identified with NDMA) until the recall in 2018,

909    the investigators identified 3450 patients taking valsartan that probably or possibly contained

910    NDMA and compared the rates of cancer in these patients compared to 3625 patients taking

911    valsartan products unlikely to contain NDMA.[97]  The patients taking the probable/possible

912    NDMA valsartan products were no more likely to develop cancer compared to the patients

913    taking valsartan that was free of NDMA.  There were two individual cancers that weakly were

914    associated with valsartan containing NDMA (colorectal and uterine); however, the confidence

915    limits (a measure of the uncertainty of the data) were very wide and therefore no statistical

916    association was identified.  Similarly, there were actually fewer bladder and pancreatic cancers,

917    albeit with the same wide confidence limits, indicating no statistical likelihood of reduced

918    cancer with valsartan NDMA exposure either.  The main limitation of this Danish study was the

---

[97] Pottegard A et al., *Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study*, BMJ 2018;362:k3851 (2018).

919    relatively short period of time that patients were exposed to NDMA, approximately 4.5 years on

920    average and ranging from 2-5 years.  However, if this is the time frame of exposure to valsartan

921    products containing NDMA/NDEA until the recall, it mimics the exposure time until these

922    products became part of the recall.  Thus, the authors conclude that any actual increased risk of

923    cancer due to valsartan products containing NDMA/NDEA is unlikely.

924         Similar to the Pottegard study reviewed above, Gomm reports on a cohort study of

925    valsartan use and cancer in the German health care system.[98]  The authors suggest that

926    exposure to valsartan products containing NDMA would have been in the time period from the

927    change in the manufacturing process in 2012 until the recall that occurred in  July of 2018.

928    They cite a weakness in the Danish study in that only about 5000 patients were evaluated; in

929    Gomm's analysis, a total of over 780,000 patients were evaluated, comparing cancer rates in

930    those taking valsartan products found to have NDMA versus those taking valsartan products

931    without NDMA.  The primary study analysis was the incidence of all cancers between valsartan-

932    with-NDMA users and valsartan-without-NDMA users.  Over a mean exposure period of 3 years,

933    the hazard ratio was 1.0, indicating that there was no difference in all cancer rates whether

934    patients took valsartan containing NDMA or not.  After adjusting for higher doses in some

935    patients and longer durations of exposure, there was still no evidence of valsartan associated

936    cancers.  When evaluating for specific cancers, there was a statistically significant increase in

937    liver cancers, with a hazard ratio of 1.16, and a confidence interval of 1.03-1.31.  However,

938    there was no association of liver cancer with valsartan dose, duration of exposure or variation

---

[98] Gomm W et al., *N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer - A Longitudinal Cohort Study Based on German Health Insurance Data*, Dtsch. Arztebl. Int. 118:357–62 (2021).

939    in lag time.  The finding of liver cancer is in contrast with the results of the Danish study, in that

940    the Danish study did not detect a single case of liver cancer.  And, despite the study size, there

941    was no association with NDMA-containing valsartan products and other cancers, including

942    bladder, breast, colorectal, kidney, lung, melanoma, pancreatic, prostate and uterine.

943        Despite its retrospective nature, this type of trial attempts to adjust for variables they

944    can try to control, such as matching the two groups for age and duration of exposure, among

945    others; however the Charlson co-morbidity index was more likely in the group exposed to

946    NDMA-containing valsartan products, making it difficult to ascribe the liver cancer risk to

947    valsartan alone.  Consistent with more NDMA-exposed patients having a higher Charlson co-

948    morbidity index, NDMA-exposed patients had more polypharmacy, heart failure, diabetes,

949    statin use, aspirin use and steroid use, indicating that the two groups were not equal in their

950    background diseases or treatments.  The investigators were also not able to adjust their results

951    for differences in other cancer risk factors such as smoking status, dietary/environmental

952    exposures and genetic predispositions.  A strength of the study, compared to the Danish study,

953    is many more patient-years of data to analyze.  Despite the finding of a small increase in liver

954    cancer, the authors conclude that this type of study only establishes a statistical association,

955    and that causality cannot be established.

956        Dr. Etminan criticizes one aspect of the Gomm study that I disagree with.  He contends

957    that the Gomm study excluded cancers that occurred in the first two years, a so-called lag

958    period, which in the three year study meant that there was, on average, only 1 year of follow-

959    up to detect a cancer.  This is a misinterpretation of the study design.  Patients followed for

960  three years were followed for three years, not one, so the lag period did not "restart the clock"

961  on duration of follow-up.

962       In July 2019, Al-Kindi published an analysis of the FDA Adverse Event Reporting System

963  (FAERS) for spontaneous reports of neoplasms for a two year period dating from January 1,

964  2017 through December 31, 2018.[99]  In context, the FDA recall of valsartan products containing

965  NDMA/NDEA was in July 2018, and the FDA-announced recalls of irbesartan products and

966  losartan products, also for the detection of NDMA/NDEA, were in October and November of

967  2018, respectively.  The reporting from health care providers and/or consumers is completely

968  voluntary, and these reports often fail to provide sufficient data to make any clinical judgement

969  as to cause and effect of the reports.  Al-Kindi assessed spontaneous reports of neoplasms as a

970  percentage of all ARB adverse events reported and compared valsartan reports vs. other ARBs.

971  Further, he evaluated whether the spontaneous reports came from health care professionals or

972  consumers.

973       As would be expected, there was an abrupt increase in valsartan neoplasm reports to

974  FAERS beginning in July 2018.  Given the timing of the increased reports in relation to the date

975  of valsartan product recalls, the authors conclude that it is biologically implausible (and I would

976  conclude impossible) for this increase in reports to occur so quickly after the recall and is more

977  a representation of the national media attention to the recall.  They further highlight the

978  problems with the FAERS system, which include inaccuracy of reports, delayed reports, and its

979  passive nature, which make it an unreliable system for post-marketing surveillance of drug

---

[99] Al-Kindi S et al., *Abrupt increase in reporting of neoplasms associated with valsartan after medication recall*, Circ. Cadiovascular Qual. Outcomes, at 1 (2019).

980    safety.  Al-Kindi urges for a government sponsored program of patient and provider education

981    to avoid premature drug discontinuation, legal disputes and inaccurate drug-adverse event

982    associations.

983    **V.    SUMMARY OF OPINIONS AND CONCLUSION**

984            As noted above, all of the opinions that I have offered in this report are based on my

985    education, training, knowledge, and experience in pharmacokinetics and pharmacology, as well

986    as the materials I have reviewed in this case, and are based on grounds in scientifically valid

987    reasoning and methodology and given to a reasonable degree of scientific certainty. As

988    reflected above and summarized below, these are my opinions concerning this case, and I have

989    a sufficient factual basis and good grounds for my conclusions:

990        i.    I have analyzed the pharmacokinetic characteristics and pharmacology of

991              valsartan.

992        ii.    I have also analyzed the pharmacokinetic characteristics and pharmacology of

993              NDMA and NDEA, including a comprehensive review of the published potency

994              data.

995        iii.    I have read and reviewed the reports, opinions, and references cited by Drs.

996              Mahyar Etminan, Stephen Hecht, Stephen Lagana, and Dipak Panigrahy in this

997              litigation, and I disagree with their conclusions and opinions concerning the

998              pharmacology and pharmacokinetics of NDMA and NDEA. I have outlined many

999              of my criticisms of those conclusions and opinions above, but this report is not

1000             intended to be an exhaustive recitation of all of my criticisms of the reports and

1001             opinions of Drs. Etminan, Hecht, Lagana, and Panigrahy.

iv.    The ANDA for valsartan is valid, and there has been no requirement for a new ANDA. The efficacy and bioequivalence of valsartan are not altered by the presence of NDMA or NDEA.

v.    Based on my analysis of their pharmacokinetic properties, my extensive review of the scientific literature, and my own research and the research of others on this very issue, it is my opinion to a reasonable degree of scientific certainty that the level of NDMA and/or NDEA found in the valsartan drugs at issue would not be circulated beyond the liver and would not reach organs that are not part of the digestion / metabolism process.

vi.    It is my opinion to a reasonable degree of scientific certainty that the scientific evidence does not support a causal association between exposure to the very low levels of NDMA and/or NDEA impurities detected in valsartan and any of the cancer types alleged by Plaintiffs.

vii..    The scientific literature and evidence, which I have reviewed extensively, do not support that the valsartan products, during the time period at issue, carried an independent risk of cancer, nor that there is any increased risk of cancer associated with the valsartan containing the NDMA/NDEA impurity as compared to valsartan with a zero level of NDMA/NDEA.

viii.    It is my opinion that no scientific professional could credibly claim to a reasonable degree of scientific certainty that Plaintiffs' cancer was caused by their treatment with any valsartan product containing trace levels of NDMA/NDEA impurities during the time period in question.

1024        I may use at trial any exhibits as a summary or in support of all of my opinions, including

1025    but not limited to: (1) any of the materials, or excerpts therefrom, identified in this report and

1026    attachments, including the materials considered list; (2) excerpts from scientific articles or

1027    learned treatises; (3) demonstrative models; (4) exhibits used by Plaintiffs' experts, or other

1028    witnesses; and (5) any exhibit used in or identified at any deposition taken in this litigation. If

1029    further data becomes available, I reserve the right to review it and consider whether to modify

1030    any portion of these opinions.

Dated: August 2, 2021

Michael Bottorff, Pharm.D., FCCP, FNLA, CLS

# BOTTORFF

# EXHIBIT A

# *CURRICULUM VITAE*

## Michael B. Bottorff, Pharm.D., FCCP, FNLA, CLS

### July, 2021

**Office Address:**
27920 Hines Valley Road
Loudon, TN 37774

**Home Address:**
27920 Hines Valley Road
Loudon, TN 37774

**Office Phone:**
502-655-1886
E-Mail: mbbottorff@manchester.edu

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| August, 2020 | Adjunct Professor<br>Manchester University<br><br>Adjunct Professor of Pharmacogenomics<br>University of Cincinnati |
| 2015-2020 | Professor and Chair<br>Department of Pharmacy Practice<br>Pharmacy Programs<br>Manchester University<br>Ft. Wayne, IN |
| 2011-2015 | Professor and Chair<br>Department of Pharmacy Practice<br>South College School of Pharmacy<br>Knoxville, TN |
| 2009 – 2011 | Professor and Chair<br>Department of Pharmacy Practice<br>School of Pharmacy<br>University of Charleston<br>Charleston, WV<br><br>Co-Director, PharmUC, Cardiovascular Risk Reduction Clinic offering Anticoagulation, Lipid, Diabetes and HTN Management Services |
| 1997 – 2009 | Professor of Clinical Pharmacy<br>Division of Pharmacy Practice<br>College of Pharmacy<br>University of Cincinnati |
| 1989 - 1997 | Associate Professor<br>(Chairman, 1989-94)<br>Division of Pharmacotherapy<br>University of Cincinnati |

| 1988 - 1989 | Associate Professor and |
| | Director of Educational Programs |
| | Department of Clinical Pharmacy |
| | University of Tennessee, Memphis |
| | |
| 1983 - 1988 | Assistant Professor |
| | Department of Clinical Pharmacy |
| | University of Tennessee, Memphis |

## EDUCATION AND TRAINING

| Pharmacy Residency | Chief Resident |
| 1981 - 1983 | Albert B. Chandler Medical Center |
| | College of Pharmacy |
| | University of Kentucky |
| | Lexington, KY |
| | |
| Doctor of Pharmacy | Graduated with High Distinction |
| 1977 - 1981 | University of Kentucky |
| | Lexington, KY |
| | |
| Bachelor of Science | Graduated with Honor |
| 1972 - 1976 | Industrial Management |
| | Georgia Institute of Technology |
| | Atlanta, GA |

## PRESENTATIONS

### *Invited Presentations (selected from over 1800 since 1982)*

1. "New inotropic agents." Michigan Society of Hospital Pharmacists, Detroit, MI -- February 1985
2. "Pharmacokinetic software for personal computers." ASHP Computer Systems Conference, Orlando, FL -- March 1985
3. "Advances in cardiovascular therapeutics." Kentucky Society of Hospital Pharmacists, Lexington, KY -- September 1985
4. "Medical management of ischemic heart disease." Virginia Society of Hospital Pharmacists, Williamsburg, VA --October 1986
5. "Clinical pharmacokinetics of antiarrhythmic agents." Norwich Eaton Research and Development, Norwich, NY -- December 1988
6. "Clinical significance of digoxin-like immunoreactive substances." ACCP Regional Symposium on Cardiovascular Therapeutics, Minneapolis, MN -- May 1989 and Pittsburgh, PN -- October 1989
7. "The current state of antiarrhythmic therapy: focus on the newer agents." Washington State Society of Hospital Pharmacists, Tacoma, WA -- October 1989
8. "Pharmacokinetic and pharmacodynamic alterations in critically ill cardiac patients." Twenty-fourth Annual American Society of Hospital Pharmacists Midyear Clinical Meeting, Atlanta, GA -- December 1989
9. "Differentiating between the calcium channel antagonists." Medical Grand Rounds, VA Medical Center, Tampa, FL -- April 1990
10. "Choosing drug therapy for the hypertensive diabetic patient." Texas Society for Hospital Pharmacists." Galveston, TX -- October 1990
11. "Calcium channel antagonists: which to use when." Pharmacy Department, Beth Israel Hospital, Newark, NJ -- November 1990

12. "A comparison of Holter monitoring vs. electrophysiologic testing for guiding the therapy of ventricular arrhythmias." ASHP Symposium on the Treatment of Arrhythmias, Las Vegas, NV -- December 1990

13. "Recent trends in antiarrhythmic therapy." Albany College of Pharmacy 13th Annual Pharmacy Practice Institute, Albany, NY -- February 1991

14. "The effects of positive inotropes on mortality in congestive heart failure." ACCP Symposium on Congestive Heart Failure, Minneapolis, MN -- August 1991

15. "Clinical pharmacology of calcium channel antagonists." Speaker and Program Moderator, ASHP Symposium on Calcium Channel Antagonists: Sustained-Release Technology, New Orleans, LA -- December 1991

16. "Variability in drug response: influence of genetics, race and stereochemistry." Symposium Moderator, APhA Annual Meeting, San Diego, CA -- March, 1992

17. "Interaction of toxicology with clinical pharmacy." Professional Practice in Clinical Toxicology: A Review, American Association of Clinical Chemists, Cincinnati, OH -- June, 1992

18. "Therapeutic dilemmas in the management of lipid disorders." Symposium Moderator at American Society of Hospital Pharmacists Exhibitor's Theater, Orlando, FL -- December, 1992

19. "Current drug therapy for acute hypertensive emergencies." Emergency Medicine Grand Rounds, University of Cincinnati Department of Emergency Medicine, Cincinnati, OH -- January 1993

20. "Management of the patient with hyperlipidemia." Pharmacy Grand Rounds, Metro Health Medical Center, Cleveland, OH -- May, 1993

21. "Evaluating drug therapy in patients with cardiovascular disorders." Two Day Workshop in Clinical Pharmacy presented at the University of Ulm Hospital, Ulm, Germany -- October 5,6 1993

22. "Risk factors for cardiovascular disease." Symposium on Lipid Therapy in the Elderly, American Society of Consultant Pharmacists, New Orleans, LA -- November, 1993

23. "Clinical pharmacology of HMG-CoA reductase inhibitors." National Lipid Education Faculty, Bristol-Myers Squibb, Orlando, FL -- April, 1994

24. "Drug therapy for lipid disorders." Medical Grand Rounds, St. Joseph Hospital, Parkersburg, WV -- April, 1994

25. "Altering the natural history of coronary artery disease." Internal Medicine Grand Rounds, Mt. Clemens General Hospital, Michigan State School of Osteopathy, Detroit, MI -- May 1994

26. "Treatment dilemma: the high-risk patient." Speaker and Symposium Moderator for "Evolving Challenges in Coronary Artery Disease: Focus on the High Risk Patient," American College of Clinical Pharmacy Annual Meeting, St. Louis, MO -- August, 1994

27. "Management of congestive heart failure." Family Practice Program, Wright-Patterson Air Force Base, Dayton, OH -- August, 1994

28. "Treatment options for patients with congestive heart failure." Fayette County Medical Society, Lexington, KY -- August, 1994

29. "Drug therapy selection for patients with lipid disorders." Pharmacy Grand Rounds, VA Medical Center, Beckley, WV -- October, 1994

30. "Medical management of patients with hyperlipidemia." Internal Medicine Grand Rounds, Bay City Medical Center, Bay City, MI -- November, 1994

31. "Treatment guidelines for congestive heart failure." American College of Clinical Pharmacy, New York Chapter, Ossining, NY -- November, 1994

32. "Principles of Geriatric Drug Therapy." 17th Annual Family Medicine Review, University of Louisville Medical School and Jewish Hospital, Louisville, KY -- April, 1995

33. "Implementation of treatment guidelines for congestive heart failure." College of Pharmacy, University of Colorado, Denver, CO -- May, 1995

34. "Beyond diuretics, ACE-inhibitors and digoxin: alternate approaches to the drug therapy for congestive heart failure." Cardiology Grand Rounds, Division of Cardiology, College of Medicine, University of Colorado, Denver, CO -- May, 1995

35. "Treatment guidelines for congestive heart failure and the Ohio State Medicaid system." CHF Care Standards Advisory Board, Tampa, FL -- May, 1995

36. "Medical management of congestive heart failure." Mid-Atlantic Consultant Pharmacists MTG, Baltimore, MD -- February, 1996

37. "Controversies in the management of heart failure." Albany College of Pharmacy, Albany, NY -- March, 1996

38. "Update on new drugs approved in 1995." University of Louisville Family Practice Symposium, Louisville, KY -- March, 1996

39. "The role of pharmacy in optimizing outcomes for patients with heart failure." Annual Meeting Ohio Pharmacists Association, Columbus, OH -- March, 1996

40.  "Heart Failure: Implications for the consultant pharmacist." Purdue University Geriatrics Seminar, West Lafayette, IN -- April, 1996

41.  "A disease state management approach to Medicaid patients with heart failure." Invited speaker to the Illinois Medicaid DUR Board, Chicago, IL -- April, 1996

42.  "National guidelines for the diagnosis and management of heart failure." American Medical Directors Association (AMDA), Ohio Affiliate, Columbus, OH -- May, 1996

43.  "Renal pharmacology of drugs used for congestive heart failure." North East Ohio College of Medicine Spring Seminar, Youngstown, OH -- May, 1996

44.  "Impact of heart failure on renal hemodynamics and pharmacology." North East Ohio College of Medicine Grand Rounds, Youngstown, OH -- May, 1996

45.  "Disease state management of heart failure." American Society of Consultant Pharmacists Annual Meeting, Marco Island, FL -- May, 1996

46.  "Impact of new AMDA Heart Failure guidelines." Purdue University Annual Update in Pharmacy Practice, Indianapolis, IN -- July, 1996

47.  "Adequacy of AHCPR heart failure guidelines." American College of Clinical Pharmacy Annual Meeting, Nashville, TN -- August, 1996

48.  "Treatment of heart failure in long-term care facilities." Virginia AMDA Physicians, Norfolk, VA – October, 1996

49.  "Disease state management and the drug therapy for heart failure." Maryland Medicaid DUR Board, Baltimore, MD – November, 1996

50.  "Update on drug trials for the management of hyperlipidemia." American Society of Health System Pharmacists satellite symposium, New Orleans, LA – December, 1996

51.  "Drug therapy selection and monitoring for the patient with heart failure." American Society of Health System Pharmacists, New Orleans, LA – December, 1996

52.  "Disease state management for heart failure." Pennsylvania state Medicaid DUR Board, Harrisburg, PA – December, 1996

53.  "Medicaid DUR and disease state management for heart failure." National DUR Board meeting, San Diego, CA – February, 1997

54.  "The pharmacoeconomics of treating hyperlipidemia." Toledo College of Pharmacy annual CE program, Toledo, OH – April, 1997

55.  "Disease state management for heart failure." Indiana Medicaid DUR Board, Indianapolis, IN – April, 1997

56.  "Use of angiotensin II receptor antagonists in children." Children' Hospital pharmacists, Cincinnati, OH – April, 1997

57.  "Treating hyperlipidemia in a managed care environment." Maryland Society of Health System Pharmacists, Baltimore, MD – May, 1997

58   "The medical management of acute myocardial infarction."  Directors of Pharmacy in the Los Angeles area, Los Angeles, CA – May, 1997

59   "Therapeutic frontiers for treating congestive heart failure." Family Practice Physicians Annual MTG, Family Practice Department, Medical University of South Carolina, Charleston, SC – May, 1997

60   Evidence based approach to treating hyperlipidemia. American Pharmaceutical Association Annual Meeting, Dallas, TX – August, 1997

61   Treatment guidelines for heart failure. Michigan AMDA Annual Meeting, Detroit, MI -- October, 1997

62   Treating hypertension in the elderly. American Medical Directors Assoc. Annual Meeting, San Antonio, TX – March, 1998

63   The great lipid debate. Academy of Managed Care Pharmacy Annual Meeting, Philadelphia, PA – May, 1998

64   Formulary decision making for HMG-CoA reductase inhibitors.  Department of Defense, San Antonio, TX – September, 1998

65   Treating hyperlipidemia – new treatment for an old problem. Program chair and presenter, ASHP Midyear Meeting, Las Vegas, NV – December, 1998

66   Natriuretic peptides in heart failure. Program chair and presenter, ASHP Midyear Meeting, Las Vegas, NV – December, 1998

67   Angiotensin II receptor blockers for heart failure and hypertension. Program chair and presenter, ASHP Midyear Meeting, Las Vegas, NV – December, 1998

68   JNC VI guidelines for hypertension. ASHP Midyear Meeting, Las Vegas, NV – December, 1998

69   Are HMG-CoA reductase inhibitors for everyone? Lipid debate, ASHP Midyear Meeting, Las Vegas, NV – December, 1998

70   Comparison of European and NCEP treatment guidelines for hyperlipidemia. Program Moderator, ACCP Spring Meeting, Orlando, FL – April, 1999

71   The great lipid debate. Arizona Society of Hospital Pharmacists, Annual Meeting, Tucson, AZ -- July, 1998

72   Drug metabolism and HMG-CoA reductase inhibitors. A Consultants Conference, Toronto, Ontario – October, 1999

73   Ventricular tachycardia and heart failure – a lethal combination. ACCP Annual Meeting, Kansas City, Kansas – October, 1999

74   Estrogen and womens cardiovascular health.  Program Moderator, ACCP Annual Meeting, Kansas City, Kansas – October, 1999

75   Betablockers are a standard of care for heart failure. ASHP Midyear Meeting, Orlando, FL – December, 1999

76   Understanding and predicting cardiovascular drug interactions. ASHP Midyear Meeting, Orlando, FL – December, 1999

77   Vasopeptidase inhibition in hypertension and heart failure. Program Moderator and Presenter, ASHP Midyear Meeting, Orlando, FL – December, 1999

78   Cytochrome P450 mechanisms of drug interactions. Michigan APhA Annual Meeting, Detroit, MI – February, 2000

79   Managing hypertension in the diabetic patient.  American Pharmaceutical Association Annual Meeting, Washington D.C. – March 2000

80   Treating hypertension to new blood pressure goals. Cincinnati area physicians, Cincinnati, OH – March, 2000

81   Modern management of heart failure: beta-blockers. American Society of Consultant Pharmacists Annual Meeting, Boston, MA – November, 2000

82   Heart failure therapy: beta-blockers. American Society of Health System Pharmacists Mid-Year Clinical Meeting, Las Vegas, NV – December, 2000

83   Statins in acute coronary syndromes. American Pharmaceutical Association Annual Meeting, San Francisco, CA – March, 2001

84   Expanding the role of statins: acute coronary syndromes. Academy of Managed Care Pharmacy Annual Meeting, Tampa, FL – April, 2001

85   Combination antiplatelet therapy for atherosclerotic disease. Kentucky Society of Hospital Pharmacists Annual Meeting, Louisville, KY – May, 2001

86   Avoiding drug interactions by understanding cytochrome P450. American Association of Physician Assistants Annual Meeting, Chicago, IL – May, 2001

87   Application of the MIRACL trial results. Wright Patterson Air Force Base, Internal Medicine Grand Rounds, Dayton, OH – October, 2001

88   Innovations in treating dyslipidemias. VA Hospital Internal Medicine Grand Rounds, Lexington, KY – November, 2001

89   Preventing the next cardiovascular event. American Society of Health System Pharmacists Mid-Year Clinical Meeting, New Orleans, LA – December, 2001

90   Lipid management in acute coronary syndromes. Academy of Managed Care Pharmacy Annual Meeting, Salt Lake City, UT – April, 2002

91   New strategies for managing hypertension. American Society for Consultant Pharmacists North Carolina Chapter, Charlotte, NC – April, 2002

92   Using hand-held devices to manage drug-drug interactions. American Association of Physician Assistants Annual Meeting, Boston, MA – May, 2002

93   Drug therapy for the acute coronary syndrome patient. American Association of Nurse Practitioners Annual Meeting, Reno, NV – June, 2002

94   Clinically important drug interactions. Continuing Medical Education Company Winter Seminar, Phoenix, AZ – March, 2005

95   Lipid management in metabolic syndrome. DiMedex Continuing Education Seminar, New York, NY – April, 2005

96   Antiplatelet therapy in acute coronary syndromes. American Geriatric Society Annual Meeting, Orlando, FL – May, 2005

97   Drug interactions with cardiovascular drugs. Iowa Heart Center, Des Moines, IA – June, 2005

98   Statin safety and drug interactions. National Lipid Association Statin Safety Task Force, Washington, DC – July, 2005

99   NCEP goal attainment with statin therapy. PharmMed Continuing Education Seminar, Boston, MA – October, 2005

100  Meeting NCEP treatment guidelines: primary and secondary goals. American Society of Health System Pharmacists, Las Vegas, NV – Dec, 2005

101  Combination antiplatelet therapy for patients with ACS. American Pharmaceutical Association Annual

Meeting, San Francisco, CA – March, 2006

102    Update in the medical management of heart failure. Albany College of Pharmacy Annual CE Program, Albany, NY – June, 2006

103    Compliance with lipid medications: a primer for pharmacists. PharmMed CE for Pharmacists, Boston, MA – October, 2006

104    The NLA statin safety report. Deleware Cardiology Annual CE, Wilmington, DE – November, 2006

105    Aggressive management of lipid disorders. American Society of Health System Pharmacists, Orlando, FL – December, 2006

106    Statin selection: issues of efficacy and safety. Wright Patterson AirForce Internal Medicin Grand Rounds, Dayton, OH – February, 2007

107    New cardiovascular therapies. Michigan Pharmacists Association Annual Meeting, Detroit, MI – March, 2007

108    Promoting compliance with lipid therapies. National Lipid Association Masters Review Course, Phoenix, AZ – May, 2007

109    Optimizing outcomes in patients with metabolic syndrome. University of Cincinnati Interdisciplinary Conference, Greenbriar, WV – November, 2007

110    Safety of antiplatelet therapy in the elderly population. American Society of Consultant Pharmacists Annual Meeting, Philadelphia, PA – November, 2007

111    New AHA guidelines for ACS. American Society of Health System Pharmacists Annual Meeting, Las Vegas, NV – December, 2007

112    Antiplatelet drug therapy for acute coronary syndromes. ASHP Annual Meeting, Anaheim, CA – December, 2010

113    Oral anticoagulation for atrial fibrillation. University of Tennessee Cardiology Grand Rounds, Knoxville, TN March 2012

114    Transition of care issues for patients with atrial fibrillation. Case Manager Society of America Annual Meeting San Francisco, CA June 2012

115    Antiplatelet selection for ACS. American Society of Consultant Pharmacists Annual Meeting, Product Theater, Seattle, WA November, 2013

116    Antiplatelet agents for ACS. American Pharmacists Association Annual Meeting, Orlando, FL March, 2013

117    Antiplatelet drug selection for ACS patients.  State ASHP chapters in Georgia, North Carolina, Louisiana, Tennessee, New York, Minnesota, Ohio, Maryland, and Massachusetts

118    Use of NOACs for stroke prevention in atrial fibrillation.  State ASHP chapters in Georgia, Minnesota, North Carolina and Louisiana, 2014

119    Safety and Efficacy of NOACs for stroke prevention in Atrial Fibrillation.  Cardiology Grand Rounds, Ft. Sanders and University of Tennessee College of Medicine, 2013 and 2014

120    Comparing NOACs for stroke prevention in atrial fibrillation. Missouri Society of Health System Pharmacists, St. Louis, MO, March, 2015

121    Anticoagulation for atrial fibrillation.  Medical Grand Rounds, South Williamson, KY January, 2016

122    Stroke prevention in atrial fibrillation. Medical Grand Rounds, AHEC regional hospital Hazard, KY February 2016

123    Updates in oral anticoagulation.  Dayton Area Society of Hospital Pharmacists, Dayton, OH June, 2016

124    Application of guidelines for atrial fibrillation. Case Managers Society of Tennessee, Memphis, TN September 2016

125    Application of guidelines for atrial fibrillation.  Case Managers Society of Texas, Houston, TX September 2016

126    Treatment and prevention of deep venous thrombosis with novel anticoagulants. Kentucky Internal Medicine Associates, Lexington KY October, 2016

127    New guidelines for treating heart failure. Arizona Society of Hospital Pharmacists, Tucson AZ February 2017

128    New guidelines for treating heart failure.  North Carolina Society of Hospital Pharmacists, Greensboro, NC March, 2017

129    Application of guidelines for atrial fibrillation.  Case Managers Society of North Carolina, Raleigh NC April, 2017

130    New guidelines for treating heart failure. Oklahoma Society of Hospital Pharmacists, Oklahoma City OK April, 2017

131    New guidelines for treating heart failure. New York Society of Hospital Pharmacists. Albany NY April 2017

132    New guidelines for treating heart failure. Georgia Society of Hospital Pharmacists, Amelia Island GA July 2017

133    Careers in academia. Butler/Purdue Residency Conference, Indianapolis IN August 2017

134    New guidelines for treating heart failure. Kansas Society of Hospital Pharmacists. Wichita KS September 2017

135    New guidelines for treating heart failure. Chicago area Society of Hospital Pharmacists. Chicago, IL September 2017

136    Careers in academia. Butler/Purdue Residency Conference, Indianapolis IN. August 2018

137    Treatments for residual risk in patients with atherosclerotic vascular disease. Symposium program chair and speaker. APhA annual meeting Seattle, WA March 2019

138    Cardiovascular guidelines for the primary care physician (heart failure, atrial fibrillation, cholesterol). Primary Care CE symposium, Naples FL April 2019

139    Issues in anticoagulation. Owensboro Regional Health Hospital pharmacy grand rounds. Owensboro, KY April 2019

140    Update on antiarrhythmic drugs.  American Society of Consultant Pharmacists webinar, May 2019

141    Management of COVID-19 related thrombosis. American Society of Consultant Pharmacists Midwest meeting South Bend, IN August, 2020


## *Scientific Presentations:*  *(Not published as abstracts)*

1.    "Tobramycin distribution in pericardial fluid, heart tissues and serum in patients undergoing cardiac surgery." Seventeenth Annual American Society of Hospital Pharmacists Midyear Clinical Meeting, Los Angeles, CA -- December 1982

2.    "Nifedipine stability in cardioplegic solutions."  Eighteenth Annual American Society of Hospital Pharmacists Midyear Clinical Meeting, Atlanta, GA -- December 1983

3.    "In-vitro determination of lidocaine protein binding in pre-eclamptic patients."  Annual Meeting of the Society of Perinatal Obstetricians, San Antonio, TX -- January 1986

4.    "Bayesian vs. least square methods for aminoglycoside TDM."  Twenty-first Annual American Society of Hospital Pharmacists Midyear Clinical Meeting, Las Vegas, NV -- December 1986

5.    "The clinical significance of digoxin-like immunoreactive substances."  Department of Pharmacy Practice Research Seminar Series, Wayne State University, Detroit, MI -- February 1987

6.    "The pharmacology of DLIS."  Division of Cardiology Research Grand Rounds, Wayne State University, Detroit, MI -- April 1987

7.    "The effects of diltiazem on oxidative drug metabolism." Ohio Conference on Clinical Pharmacy and Clinical Pharmacology, Columbus, OH -- October 1989

8.    "The contribution of polymorphic drug metabolism to the pharmacodynamic response of metoprolol." Cardiology Research Seminars, Division of Cardiovascular Diseases University of Cincinnati College of Medicine -- August 1990

9.    "Future trends in cardiovascular drug research."  Florida Society of Hospital Pharmacists Annual Meeting, Tarpon Springs, FL -- May 1991

10.   "Heart rate response to exercise for evaluating pharmacodynamic response to stereoselective drug metabolism."  Annual Meeting of the Ohio Conference on Clinical Pharmacy and Clinical Pharmacology, Toledo, OH -- November 1991

11.   "Stereoselective pharmacokinetics and pharmacodynamics of the CYP2D6 metabolic pathway: studies with metoprolol." University of Kentucky Research Seminar Series, Lexington, KY -- February 1992

12.   "Assessing pharmacodynamics of antiarrhythmic agents." American College of Clinical Pharmacy Pharmacodynamic Symposium, Toronto, Canada -- August, 1992

13.   "The influence of CYP2D6 inhibition with quinidine on valproic acid pharmacokinetics." Ohio College of Clinical Pharmacy Annual Meeting, Cincinnati, OH -- October, 1992

14.   "Stereoselective aspects of CYP2D6 metabolism." Research Seminar Series, Division of Clinical Pharmacology, Indiana University Medical School, Indianapolis, IN -- November, 1992

15.   "Differences in drug metabolism between HMG-CoA reductase inhibitors." Scientific Session for the National Pharmacy Cholesterol Council, Orlando, FL -- December, 1992

16.   "Pharmacodynamic modeling in cardiovascular pharmacology."  Scientific Symposium for the American College of Clinical Pharmacy Winter Forum, Ft. Lauderdale, FL -- February, 1993

17.   "Hepatic metabolism of the HMG-CoA reductase inhibitors lovastatin and simvastatin is CYP3A-dependent." Lipid Education Symposium on Issues in Lipid Education in the 1990's: Therapeutic Considerations, San Diego, CA -- March, 1993

18.   "Molecular mechanisms of drug metabolism and its application to predicting drug interactions."  College of Pharmacy Research Seminar Series, University of Kentucky, Lexington, KY -- September, 1993

**Curriculum Vitae**                                                                 **Page 8**
**Michael B. Bottorff, Pharm.D.**

19.  "Molecular mechanisms of significant drug interactions with the HMG-CoA reductase inhibitors."  Squibb Research Institute, Atlanta, GA -- October, 1993

20.  "Predicting drug interactions with HMG-CoA reductase inhibitors."  Family Practice Grand Rounds, Jewish Hospital, Louisville, KY -- November, 1993

21.  "Predicting and understanding drug interactions involving the cytochrome P450 system." Cardiology Grand Rounds, University of Cincinnati Medical Center, Cincinnati, OH -- April, 1994

22.  "Molecular biology, drug metabolism and drug interactions." Research Seminar Series, Department of Pharmacy Practice, Ohio State University College of Pharmacy, Columbus, OH -- Sept, 1994

23.  "From molecular biology to the bedside: prediction of drug interactions."  University of Cincinnati College of Pharmacy Research Seminars, Division of Pharmaceutical Sciences, Cincinnati, Ohio -- January, 1995

24.  "Advances in congestive heart failure: an opportunity for future research." Department of Clinical Pharmacy, University of Tennessee College of Pharmacy, Memphis, TN -- June, 1995

25.  "Medical advances in the treatment of congestive heart failure: research that focuses on patient outcomes." College of Pharmacy, State University of New York at Buffalo, Buffalo, NY -- July, 1995

26.  "Pharmacokinetic and pharmacodynamic modeling." Symposium Moderator, ACCP Winter Meeting, Monterey, CA -- February, 1996

27.  Understanding and predicting clinically important drug-drug interactions: the role of Cytochrome P450. University of Georgia College of Pharmacy Seminar Series, Augusta, GA – August, 1997

28.  Understanding and predicting clinically important drug-drug interactions: the role of Cytochrome P450. Turkish Cardiology Congress, Istanbul, Turkey – June, 1998

29.  Understanding and predicting clinically important drug-drug interactions: the role of Cytochrome P450. Turkish Endocrinology Congress, Istanbul, Turkey – October, 1998

30.  Understanding and predicting clinically important drug-drug interactions: the role of Cytochrome P450.  South American Cardiology Congress, Cartagena, Colombia – November, 1998

31.  Understanding and predicting clinically important drug-drug interactions: the role of Cytochrome P450. European Cardiology Congress, Lisbon, Portugal – February, 1999

32.  Understanding and predicting clinically important drug-drug interactions: the role of Cytochrome P450. University of Pittsburgh Division of Cardiology Grand Rounds, Pittsburgh, PA – December, 1999

33.  Drug interactions and the cytochrome P450 system: how to predict and prevent. St. Louis University Cardiovascular Symposium, St. Louis, MO – April, 2000

34.  Complexities of heart failure drug management. Ohio State College of Pharmacy Cardiovascular Symposium, Columbus, OH – April, 2000

35.  Clinical pharmacology of statins. Lakewood Hospital Grand Rounds, Cleveland, OH – May, 2000

36.  Vasopeptidase inhibition: a new class of drug for heart failure and hypertension. Good Samaritan Hospital Grand Rounds, Dayton, OH – May, 2000

37.  Cytochrome P450 as a mechanism of clinically important drug interactions. University of Chicago Medical Grand Rounds, Chicago, IL – May, 2000

38.  Innovations in heart failure and hypertension: vasopeptidase inhibition. Doctors Hospital Medical Grand Rounds, Columbus, OH – May, 2000

39.  Combining neutral endopeptidase inhibition with ACE-inhibition for hypertension and heart failure. University of Washington Cardiology Grand Rounds, Seattle, WA – May, 2000

40.  Cytochrome P450 principles to predict drug-drug in-vivo drug-drug interactions. American College of Clinical Pharmacy Indiana Chapter, Indianapolis, IN – November, 2000

41.  How to predict and prevent drug interactions through cytochrome P450. Medical Society of Delaware, Newark, DE – November, 2000

42.  Cardiovascular drug interactions. Cleveland Clinic Department of Preventative Cardiology, Cleveland, OH – January, 2001

43.  Advances in the therapeutics of acute myocardial infarction. American College of Clinical Pharmacy Michigan Chapter, Traverse City, MI – April, 2001

44.  Cardiovascular risk reduction. Cardiology Grand Rounds, Bethesda North Hospital, Cincinnati, OH – September, 2001

45.  Cytochrome P450 and predicting drug interactions. University Hospitals of Cleveland Medical Grand Rounds, Cleveland, OH – November, 2001

46.  Understanding and predicting clinically important drug-drug interactions. Case Western Reserve Cardiology Grand Rounds, Cleveland, OH – March, 2002

47.  Clinically important drug-drug interactions for endocrinologists. Indiana Society of Endocrinologists, Indianapolis, IN – April, 2002

48.  The future of therapeutic interventions for raising HDL. University of Alabama Department of Cardiology

Visiting Professorship, Birmingham, AL – May, 2006

49.   Heart failure therapy for the terminally ill. Bay Area Hospice Society, San Francisco, CA Nov, 2006
50.   Drug metabolism and drug interactions with cardiovascular drugs. Delaware Cardiology Institute, Wilmington, DE Nov, 2006
51.   Therapeutic frontiers in lipid management. ASHP Mid-Year Meeting, Dec, 2006
52.   Evidence-based medicine in lipid management. Wright-Patterson Airforce Base Internal Medicine Grand Rounds, Dayton, OH Feb, 2007
53.   Understanding and predicting cytochrome P450-based drug interactions. Nebraska Cardiology Consultants, Omaha, NE – March, 2007
54.   The safety of combination therapy for dyslipidemias. Nebraska Heart Institute Annual CE meeting, Omaha, NE Feb, 2007
55.   Managing patients with complex dyslipidemias. National Lipid Association training course, Montreal, Canada Mar, 2007
56.   Managing patients with complex dyslipidemias. National Lipid Association training course, Phoenix, AZ May, 2007
57.   The clopidogrel/PPI drug interaction. Cardiology Grand Rounds, University of Cincinnati, Cincinnati, OH November, 2009
58.   New antiarrhythmic agents for atrial fibrillation. Minneapolis Heart Institute Grand Rounds, Minneapolis, MN February, 2010
59.   American Heart Association Spotlight Series presentation on dyslipidemia. Good Samaritan Hospital Grand Rounds, Lexington, KY November 2010
60.   Evolving antiplatelet strategies for Acute Coronary Syndromes. CE Presentation ASHP meeting, Anaheim, CA Dec 2010.
61.   American Heart Association Spotlight Series presentation on dyslipidemia. Pittsburgh, PA May 2011
62.   Statin induced new-onset diabetes. National Lipid Association Annual Meeting, Scottsdale, AZ June 2012
63.   What clinicians should know about generic drugs.  National Lipid Association Northeast Regional Meeting, Baltimore, MD September, 2013
64.   Bottorff MB, Henriksen B. The medicinal chemistry and pharmacology of reversal agents for anticoagulants. AACP scientific session, Medicinal Chemistry section, Anaheim CA July 2016

# AWARDS

Academic All-American (basketball), Georgia Tech -- 1976
Rho-Chi President, University of Kentucky -- 1979-80
Jefferson County Academy of Pharmacy Award, University of Kentucky -- 1979
Eli Lilly Achievement Award, University of Kentucky -- 1980
Crawford E. Meyer Award, University of Kentucky -- 1980
Chief Pharmacy Resident, University of Kentucky -- 1982-3
Outstanding Pharmacy Resident, University of Kentucky -- 1983
Outstanding Paper in Clinical Research, Conference of Residents, Omaha, NE--1983
Impact Award, University of Kentucky Residency Program --1983
Outstanding Clinical Pharmacy Educator, University of Tennessee -- 1984
Recipient, Preceptor for American College of Clinical Pharmacy-Merck Cardiovascular Fellowship-- 1985
Academic Challenge Fellowship Award, University of Cincinnati -- 1989-91
Astra Pharmaceuticals Award for Clinical Pharmacy Research, University of Cincinnati -- 1989
Outstanding Didactic Instructor, Pharm.D. Program, University of Cincinnati -- 1990, 1994
Who's Who in Health and Medical Services -- 1990
Speaker, Abstract Plenary Session ACCP Annual Meeting -- 1990
Fellow Recognition, American College of Clinical Pharmacy – 1991
Rho Chi Award for Teaching Excellence, University of Cincinnati – 2000
Faculty Excellence Award for Teaching, P2 students, University of Cincinnati-- 2004
Rho Chi Award for Teaching Excellence, University of Cincinnati -- 2006
Teacher of the Year Golden Apple Award, University of Charleston – 2010
Fellow Recognition, National Lipid Association – 2009
Spotlight Speaker, American Heart Association Spotlight Series, 2010-2011
Most Inspirational Teacher, South College, 2015 (elected by students)

**Curriculum Vitae**                                                                                    **Page 10**
**Michael B. Bottorff, Pharm.D.**

# PROFESSIONAL ORGANIZATIONS

Rho Chi Honor Society
American Association of Colleges of Pharmacy (1983-89, 2009-Present)
American College of Clinical Pharmacy (Full Member, 1985-Present)
 Member, Educational Affairs Committee (1988-89)
 Chairman, Educational Affairs Committee (1989-90)
 Nominee, Board of Regents (1990, 1994)
 Member, Nominations Committee (1990-92)
 ACCP Fellow (1991)
 Chair, Abstract Review Committee for Winter Meeting (1993)
 Vice-Chair, Awards Committee (1993)
 Chair, Awards Committee (1994)
 Member, Winter Program Committee (1995)
 Chair, 1998 Annual Program Committee (1997)
 Member, Scientific Abstract Award Committee (1997)
 Member, 2011 Programming Committee (2010)
 Member, Educational Affairs Committee (2011)
 Member, Credentials Committee (2012)
 Faculty Mentor, 2011 and 2012
 Member, Cardiology PRN Nominations Committee
 Virtual Poster Judge 2015
 Cardiology PRN Research and Scholarship Committee 2015-16
 Abstract Reviewer Annual Meeting 2015, 2016, 2017, 2018, 2019
 CardSAP reviewer, Precision Medicine Presentation 2019
American Heart Association (1983-89, 2008-Present)
American Society for Clinical Pharmacology and Therapeutics (1985-1999)
American Pharmaceutical Association (1990-93)
 Chair-Elect, Clinical Section, Academy for Pharmaceutical Research and Science (1991)
 Chairman, Clinical Section, Academy for Pharmaceutical Research and Science (1992)
 Member, Educational Program Committee, 1992 Meeting
 Member, Policy Committee (1992)
National Lipid Association (2006-Present)
 Midwest Board of Directors (2006-2008)
American Association of Colleges of Pharmacy (2009-Present)
 New Investigator Award Reviewer, 2014
 Strategic Plan and Bylaws Committee, 2015

# JOURNAL REFEREE/EDITORIAL BOARDS

**Editorial Advisory Board:**
Journal of Applied Therapeutic Research (1994-2005)
Pharmacotherapy (1998-2007)
Cardiology Review (1995-2006)
Journal of Clinical Lipidology (2007-present)

**Journal Referee:**
Biopharmaceutics and Drug Disposition
Journal of Pharmaceutical Sciences
American Journal of Hospital Pharmacy
Chest
Pharmacotherapy
DICP, Annals of Pharmacotherapy
Hospital Formulary
Archives of Internal Medicine
American Journal of Pharmaceutical Education

Clinical Pharmacy
American Journal of Cardiology
Journal of Cardiovascular Pharmacology
Drugs and Aging
Drug Safety

# COMMITTEES

### *Committees – Manchester University (2015-Present)*

Member, University Council 2015-16

Member, Leadership Team 2015-Present

Member, Experiential Education Advisory Committee 2015-Present

Member, Admissions Committee 2016-17, 2019-20

Member, Chief Business Officer Search Committee

Member, Benefits and 403(b) Committees

Member, Honor Council 2017-19

### *Committees – South College (2011-2015)*

Member, Leadership Team

Chair, Academic Standing and Progression Committee (2012-2015)

Member, Curricular Affairs Committee (2011-2015)

Member, Research Committee (2011-2015)

Member, Experiential Education Advisory Board (2011-2015)

Chair, Admissions Committee (2014-2015)

### *Committees – University of Charleston (2009-2011)*

Member, Executive Committee (2009-2011)

Member, Strategic Planning Committee (2010)

Member, University of Charleston Ad Hoc Committee on Faculty Evaluations (2011)

### *Committees - University of Cincinnati (1989-2009):*

Chair, Admissions Committee 2006-2009
Member, Division Research and Scholarship Committee, 2000-2005
Chair, College ARPT Committee, 1993-2006
Member, Ad Hoc Committee on New Masters Program, 2001-2003
Member, Strategic Planning Committee 2000
Member, Curriculum Committee 1999-2000
Member, Pharmacoeconomics Faculty Search Committee 1999-2000
Member, Admissions Committee 1999-2000
Member, Ad Hoc College Space Committee, 1997
Member, Task Force for Strengthening MS/PhD Programs, 1997-98
Member, Biopharmaceutics Faculty Search Committee, 1997
Member, Dean Search Committee, College of Pharmacy, 1995-96
Member, Academic Programs Committee, Division of Pharmacy Practice, 1989-1991
Member, Pharmacology Task Force, College of Medicine, 1994
Member, Executive Committee, College of Pharmacy, 1989-1996
Member, Pharm.D. Program Admissions Committee, 1991-94
Member, College Space Utilization Ad Hoc Committee, 1997-1999
Chair, Task Force on Professional Experience Programs, 1993-94

Chair, ACPE Self-Study Committees on College Administration and Clinical Programs, 1993-94
Member, Medical Center Task Force on Focus Area Review, 1992-93
Member, New Drug Evaluation Unit Review Task Force, 1992
Chairman, College Strategic Planning Non-Academic Internal Audit Committee, 1989-91
Member, Capital Equipment Committee, College of Pharmacy, 1989-91
Chair, Curriculum Committee, College of Pharmacy, 1989-91
Chair, Faculty Search Committee, Division of Pharmacotherapy, 1989-90, 1990-91
Member,  Pharm.D. Planning Committee, College of Pharmacy, 1990-91
Member (alternate), ARPT Committee, College of Pharmacy, 1989-90
Member, Clinical Pharmacists Search Committee, University Hospital, 1991, 1992
Member, University Council on General Education, 1991-93
Member, Space Committee, College of Pharmacy, 1991-92
Member,  Pharm.D. Selection Committee, College of Pharmacy, 1990-91, 1991-92
Leader, Focus Group Discussion on Pharmacotherapy, Curriculum Review Task Force, 1992

### *Committees - National:*

Board of Directors, MidWest Lipid Association 2006-2007
Member, Inter-disciplinary Council, 2001-2006
Chair, National Pharmacy Cardiovascular Council 2000-2007
Chair, ACCP 1998 Annual Program Committee
Chair & Past-Chair, Cardiology Practice & Research Network, American College of Clinical Pharmacy 1998-00
Member, ACCP Scientific Abstract Award Committee, 1997
Vice-Chair, Parke-Davis Pharmacy CE Advisory Board for Hyperlipidemia
Member, Hypertension Advisory Board, Bristol-Myers Squibb, 1996-2003
Member, Cardiac Advisory Board, Bristol-Myers Squibb, 1995-2001
Member, CHF Care Standards Advisory Board, Merck and Co., 1995-1998
Chair, Heart Failure Consensus Panel, State of Ohio Medicaid DUR Board, 1994-1997
Member, National Clinical Pharmacy Cholesterol Council, 1990-2007
      Vice-Chair, 1996-2000
Member, Federal Agency for Health Care Policy and Research, Expert Panel on Congestive Heart
      Failure, 1992-1994
Member, Expert Panel on CHF in the Elderly, Managed Care Resources, 1992-93
Chair, Midwestern Pharmacy Cholesterol Council, 1991-93
Vice Chair, ACCP Awards Committee, 1993
Chair, ACCP Awards Committee, 1994
Member, ACCP Winter Program Committee, 1995
Member, ASHP Cardiovascular Fellowship Review Panel, 1987, 1988, 1990, 1991, 1992
Member, ACCP Educational Affairs Committee, 1988-89
Member, ACCP Cardiovascular Fellowship Review Panel, 1989, 1995, 1996
Chair, ACCP Educational Affairs Committee, 1989-90
Member, Abstract Review Committee, ACCP Annual Meeting, 1987, 1988, 1989,1990,
      1991, 1992, 1994, 1995, 1996, 1997, 1998, 1999, 2000
      Winter Meeting 1994, 1996, 1997, 1998, 1999, 2000,2010,2011
Member, ACCP Grant Review Committee, 1994,1995
Member, AACP Task Force on Pharm.D. Curricula, 1990-91
Member, ACCP Nominations Committee, 1990-91, 1991-92
Chair-elect, APhA Clinical Section of the APRS, 1991
Chair, APhA Clinical Section of the APRS, 1992
Member, APhA Education Committee (Annual Meeting Program), 1991-92
Member, Grant Selection Committee, Astra Clinical Pharmacy Research Award, 1991
Member, Faculty Affairs Committee, AACP 2011

# Board Certifications
Certified Lipid Specialist, Accreditation Council for Clinical Lipidology – 2006-Present

## CONSULTING

Scribner Medical Productions, 1989-1992
Norwich Eaton Pharmaceuticals, Cardiovascular Research Group, 1989-1992
Omnicare, 1994-2006
CHF Care Standards Advisory Board, Merck Human Health Division, 1995-1998
International Cardiovascular Advisory Board, Bristol-Myers Squibb, 1995-2005
State Medicaid DUR Boards for Ohio, Indiana, Illinois, Pennsylvania and Maryland (1994-1999)
EAGLE Council, Boehringer Ingelheim 2010-2014
Esperion Advisory Board on Cholesterol 2018

## OTHER ACTIVITIES

Faculty Preceptor for Dr. Margaret Whidden, Resident in Adult Medicine Department of Clinical
    Pharmacy, 1984-85
Faculty Preceptor for Dr. Timothy J. Hoon, ACCP-Merck Fellow in Cardiovascular Pharmacokinetics
    and Therapeutics, 1985-87
Faculty Preceptor for Dr. David Kazierad, Research Fellow in Cardiovascular Pharmacokinetics and
    Therapeutics, 1987-89
Faculty Preceptor for Karen Schlanz, Research Fellow in Cardiovascular Pharmacokinetics and
    Pharmacodynamics, 1989-91
Team Leader, American Heart Association Research Funds Teleparty, Cincinnati, Ohio -- November, 1993
Research Sabbatical 1999
Thesis Committee, Sharon Haines, Ph.D. in clinical pharmacology, School of Nursing, 1998-2000
Certified Masters in Lipidology 2007

## GRANTS AND CONTRACTS RECEIVED

1.  Therapeutic Drug Monitoring Education for Clinical Chemists ($66,000). Abbott Laboratories, 1983; Co-Investigator (Dr. William Evans, PI).
2.  Clofibrate Induced Acetylation of Procainamide ($5,000). American Heart Association, Tennessee Affiliate, 1984; Principal Investigator.
3.  Evaluation of Fluorescence Polarization Immunoassays for Digoxin, Procainamide, Ethosuximide and Acetaminophen ($12,000). Abbott Laboratories, 1984; Principal Investigator.
4.  Clindamycin Disposition in Patients Undergoing Cardiac Surgery ($2,000). The Upjohn Company, 1984; Principal Investigator.
5.  Urapidil in the Treatment of Hypertensive Urgencies ($40,000).  Marion Laboratories, 1985; Co-Principal Investigator.
6.  Grant to Develop and Test New  Assays for Therapeutically Monitored Drugs ($162,000). Abbott Laboratories, 1984-1987; Co-Principal Investigator.
7.  Fluorescence Polarization Immunoassay vs HPLC for Flecainide Acetate In Biological Fluids ($6,000).  Abbott Laboratories, 1986; Principal Investigator.
8.  Na/K ATPase Inhibition By Digitalis-Like Factors in Neonates ($10,000). American Heart Association, Tennessee Affiliate, 1986; Principal Investigator.
9.  Age Relationship of DLIS in Neonates ($5,000). LeBonheur Small Grants Program, 1985; Co-Investigator (Dr. Stephanie Phelps, PI).
10. DLIS Evaluation in Neonates ($5,000). ASHP Research and Education Foundation, 1985; Co-Investigator (Dr. Stephanie Phelps, PI).
11. ACCP-Merck Fellowship Award in Cardiovascular Pharmacotherapeutics ($19,500), 1985; Principal Investigator.
12. The Effect of Diltiazem on the Pharmacokinetics and Pharmacodynamics of Encainide and its Active Metabolites ($5,000). Bristol-Meyers, 1987; Principal Investigator.

13. The Effect of Cimetidine on the Disposition of Labetalol Stereoisomers ($33,000). Smith, Kline and French Laboratories, 1987; Co-Investigator (Dr. Richard Lalonde, PI).

14. Indocyanine Green Clearance To Estimate Hepatic Blood Flow in Gastric Bypass Patients ($25,000). Janssen Pharmaceuticals, 1987; Co-Investigator (Dr. Schedawie, PI).

15. The Effect of Cimetidine on the Disposition of Dilevalol ($89,000). Schering Pharmaceuticals, 1987; Co-Principal Investigator (Dr. Richard Lalonde, PI).

16. Stereospecific Inhibition of Propranolol Metabolism: A Comparison of Verapamil and Diltiazem ($19,000). Marion Laboratories, 1988; Co-Investigator (Dr. Richard Lalonde, PI).

17. University of Tennessee-Marion Laboratories Research Fellowship ($25,000). Marion Laboratories, 1988-89; Co-Preceptor (Dr. Richard Lalonde, PI).

18. Quinidine and the Pharmacokinetics and Pharmacodynamics of Hepatic Drug Oxidative Metabolism ($7500). Astra Pharmaceuticals, 1989; Principal Investigator.

19. Academic Challenge Fellowship Award ($50,000). University of Cincinnati, 1989-91; Principal Investigator. (Fellowship support from Dean's office)

20. Stereoselective Aspects of Quinidine Inhibition of Hepatic Drug Metabolism ($8500). University of Cincinnati Research Council, 1990; Principal Investigator.

21. Introduction to Therapeutic Drug Monitoring ($4,500). Abbott Diagnostics Division, 1990; Principal Investigator.

22. The pharmacokinetics and pharmacodynamics of LNF-209, a new cardiotonic agent ($33,000). Norwich Eaton Pharmaceuticals, 1991; Principal Investigator.

23. Cholesterol Awareness Training Program for Pharmacists ($17,000). Squibb U.S. Pharmaceutical Group, 1992; Principal Investigator.

24. Quinidine as a probe for evaluating polymorphic drug metabolism of valproic acid ($1000). Abbott Laboratories, 1992; Principal Investigator.

25. The influence of age on stereoselective renal excretion and organic cation/proton antiport activity. Astra Pharmaceuticals ($10,000), American Diabetes Foundation ($5000), and University of Cincinnati Academic Challenge ($5000); 1992; Co-Principal Investigator.

26. Mechanisms of lidocaine induced elevation in defibrillation threshold and its reversibility ($30,000). American Heart Association, Ohio Affiliate, 1992; Co-Investigator (Dr. Michael Ujhelyi, PI).

27. Analysis of the pharmacologic management of acute myocardial infarction survivors in academic medical centers in the United States ($4875). University Hospital Consortium, Technology Advancement Center (TAC), 1994; Principal Investigator.

28. Development of therapeutic guidelines for the use of angiotensin converting-enzyme inhibitors in congestive heart failure ($16,115). American Society for Hospital Pharmacists, 1994; Principal Investigator.

29. Implementation of CHF guidelines and monitoring patient outcomes: A case for state Drug Utilization Review boards ($20,000). Merck Human Health Division, 1994; Principal Investigator.

30. Drug interactions involving hepatic CYP3A isozyme: studies with HMG-CoA reductase inhibitors and erythromycin ($48,750). Bristol Myers-Squibb Research Institute, 1994; Principal Investigator.

31. Cardiovascular research support, unrestricted grant ($20,000). Bristol Myers - Squibb U.S. Pharmaceutical Group, 1994; Principal Investigator.

32. Congestive heart failure: new treatment guidelines ($10,000). Merck Human Health Division grant for a videotape, 1994; Principal Investigator.

33. Education grant to support DUR educational activities in heart failure ($20,000). Merck Human Health Division, 1995; Principal Investigator

34. Unrestricted grant to support Heart Failure Outcomes Project ($60,000). Bristol-Myers Squibb and Parke-Davis, 1996; Co-Principal Investigator.

35. Unrestricted research grant to support cardiovascular research ($10,000). Bristol-Myers Squibb, 1996; Principal Investigator.

36. NACDS Community Pharmacy Residency Expansion Project, University of Charleston/Fruth Pharmacy. $25,000, 2011. Principal Investigator

37. Kowa Pharmaceuticals, Drug Interactions with Pitavastatin in the FAERS Database ($5,000). Co-PI, 2013

# PUBLICATIONS

## *Abstracts*

1. Batenhorst RL, Bottorff MB, Booth D. Hemodynamic response to IV nitroglycerin in patients with unstable

angina. Drug Intelligence and Clinical Pharmacy 1984;18(6):504

2. Phelps SJ, Bottorff MB, Stewart CS. False-positive digoxin concentrations in pediatric patients: age relationship. Clinical Research 1984;32(5):882A.

3. Ramanathan J, Bottorff M. Sibai BM. Maternal and neonatal effects of epidural lidocaine in preeclamptic women undergoing cesarean section. Anesthesia and Analgesia 1985;64:268.

4. Bottorff MB, Ramanathan J, Sibai BM. Lidocaine pharmacokinetics following epidural administration to preeclamptic patients. Drug Intelligence and Clinical Pharmacy 1985;19:456.

5. Phelps SJ, Bottorff MB, Stewart CF, Kamper CA. Evaluation of a digoxin-like immunoreactive substance in pediatric patients. Drug Intelligence and Clinical Pharmacy 1985;19:466.

6. Lalonde RL, Bottorff MB, Straughn AB. Comparison of results obtained by HPLC and FPIA methods in a theophylline pharmacokinetic study. Drug Intelligence and Clinical Pharmacy 1985;19:449.

7. Bottorff MB, Songu-Mize E, Hoon TJ, et al. Na/K ATPase inhibition by digitalis-like factors in neonates. Federation Proceedings 1986;45(3):651.

8. Lalonde RL, Pieper JA, Straka RJ, Bottorff MB, Rutledge DR, Mirvis D. Duration and extent of beta blockade in relation to propranolol pharmacokinetics. Drug Intelligence and Clinical Pharmacy 1986;20(6):461-2.

9. Lalonde RL, Pieper JA, Straka RJ, Bottorff MB, Mirvis DM. Pharmacodynamic modeling of propranolol. Drug Intelligence and Clinical Pharmacy 1986;20(6):462.

10. Bottorff MB, Pieper JA, Boucher BA, Hoon TJ, Ramanathan J, Sibai BM. The effect of preeclampsia on alpha-1-acid glycoprotein and lidocaine protein binding. Drug Intelligence and Clinical Pharmacy 1986;20(6):463.

11. Hoon TJ, Bottorff MB. Relative predictive performance of three theophylline pharmacokinetic programs. Drug Intelligence and Clinical Pharmacy 1986;20(6):463.

12. Lalonde R, Pieper J, Straka R, Bottorff M. Mirvis D. Propranolol pharmacokinetics and pharmacodynamics after single and chronic doses. Acta Pharmacologica et Toxicologica 1986;59(Suppl.V):66.

13. Bottorff MB, Hoon TJ, Rodman JH, Ramanathan KB. Urapidil pharmacokinetics in patients with hypertensive urgencies. Acta Pharmacologica et Toxicologica 1986;59(Suppl. V):277.

14. Bottorff MB, Hoon TJ, Griffin BG, Ramanathan KB. Intravenous urapidil in hypertensive emergencies. Clinical Pharmacology and Therapeutics 1987;41:187.

15. Lalonde RL, Pieper JA, Straka RJ, Bottorff MB, Mirvis DM. Pharmacodynamic modeling of free and total propranolol. Clinical Pharmacology and Therapeutics 1987;41:156.

16. Straka RJ, Lalonde RL, Pieper JA, Bottorff MB, Mirvis DM. Nonlinear pharmacokinetics of free propranolol. Clinical Pharmacology and Therapeutics 1987;41:197.

17. Hokerman GJ, Heiman DF, Wang PP, Cohen-Giecek C, Bottorff MB. A fluorescence polarization immunoassay for the quantitation of flecainide acetate. Clinical Chemistry 1987;33:1017.

18. Bottorff MB and Lalonde RL. Clindamycin disposition in patients undergoing cardiac surgery. Drug Intelligence and Clinical Pharmacy 1987;21:14A.

19. Schedewie HK, Lee LA, Cowan GS, Gold RE, Bottorff MB, Peters TG, Heerdt ME, Angel JJ. Hepatic clearance of sufentanil in humans. Anesthesiology 1987;67:A291.

20. Bottorff MB, Hoon TJ, Lalonde RL, Kazierad DJ, Mirvis DM. Effects of diltiazem on the disposition of encainide and its active metabolites. Clinical Pharmacology and Therapeutics 1988;43:195.

21. Lalonde RL, Bottorff MB, Straka RJ, Tenero DM, Pieper JA, Wainer IW. Disposition of propranolol enantiomers during accumulation to steady-state. Clinical Pharmacology and Therapeutics 1988;43:140.

22. Bottorff MB, Lalonde RL, Kazierad DJ, Hoon TJ, Tsiu S, Mirvis DM. Effects of high clearance drugs on hepatic oxidative metabolism. Pharmacotherapy 1988;8:126.

23. Lalonde RL, Tenero DM, Bottorff MB, Given BD, Kramer WG, Affrime MB. Pharmacodynamic modeling of the cardiovascular effects of dilevalol. Clinical Pharmacology and Therapeutics 1989;45:179.

24. Tenero DM, Bottorff MB, Given BD, Affrime MB, Alton KB, Kramer WG, Lalonde RL. Pharmacokinetics and pharmacodynamics of dilevalol alone and with cimetidine. Clinical Pharmacology and Therapeutics 1989;45:170.

25. Bottorff MB, Kazierad DJ, Hoon TJ, Lalonde RL. Effects of diltiazem on the kinetics and dynamics of encainide and its active metabolites. European Journal of Clinical Pharmacology 1989;36(Suppl.):A149.

26. Lalonde RL, Tenero DM, Herring VL, Bottorff MB. Effects of age on the protein binding and apparent affinity of l-propranolol for cardiac beta-receptors. European Journal of Clinical Pharmacology 1989;36(Suppl.):A182.

27. Lalonde RL, Tenero DM, Hunt BA, Burlew BS, Herring VL, Bottorff MB. The effects of age on propranolol isomer disposition and affinity for beta-receptors. Clinical Pharmacology and Therapeutics 1990;47:162.

28. O'Rear TL, Drda KD, Bottorff MB, Straka RS, Herring VL, Lalonde RL. Effects of enzyme inhibition on labetalol pharmacokinetics and pharmacodynamics. Clinical Pharmacology and Therapeutics 1990;47:172.

29. Hunt BA, Bottorff MB, Tenero DM, Herring VL, Self TH, Lalonde RL. The effects of calcium antagonists on the pharmacokinetics of propranolol stereoisomers. Clinical Pharmacology and Therapeutics 1990;47:130.

30.  Schlanz KD, Yingling KW, Verme CN, Harrison DC, Bottorff MB.  Metoprolol pharmacodynamics and quinidine-induced inhibition of polymorphic drug metabolism.  Pharmacotherapy 1990;10:232.

31.  Schlanz KD, Yingling KW, Verme CN, Harrison DC, Bottorff MB.  Loss of stereoselective metoprolol metabolism following quinidine inhibition of P450IID6.  Pharmacotherapy 1991;11:271-2.

32.  Gearhart MO, Joseph A, Schlanz KD, Bottorff MB. Lack of effects on labetalol pharmacodynamics with quinidine inhibition of P450IID6. Pharmacotherapy 1991;11:P-36.

33.  Bottorff MB, Dean S, Bennett JA, Keck PE. Valproic acid pharmacokinetics are not altered following CYP2D6 inhibition with quinidine. Clinical Pharmacology and Therapeutics 1993;53:223.

34.  Ujhelyi MR, Roll K, Schur M, Markel ML, Bottorff MB. Increased activity of the organic cation/proton antiport: a pharmacodynamic model. Clinical Pharmacology and Therapeutics 1994; 55:206.

35.  Ujhelyi MR, Schur M, Frede T, Gabel M, Bottorff MB, Markel ML. Mechanisms of lidocaine induced elevation in defibrillation threshold. Journal of the American College of Cardiology 1994; 23:259A.

36.  Ujhelyi MR, Schur M, Frede T, Gabel M, Bottorff MB, Markel ML. Hypertonic saline does not reverse sodium channel blocking actions of lidocaine. Pharmacotherapy 1994; 14(3):347.

37.  Ujhelyi MR, Roll K, Schur M, Markel ML, Bottorff MB. Age effects on the activity of the organic cation/proton antiport: a pharmacodynamic model. Pharmacotherapy 1994;14(3):365.

38.  Ujhelyi MR, Schur M, Bottorff, MB, et al. Effects of inhibition and stimulation of organic cation secretion on stereoselective renal clearance. Clinical Pharmacology and Therapeutics, 1995;57:217A.

39.  Bottorff MB, Marien ML, Clendening C. Macrolide antibiotics and inhibition of CYP3A isozymes: differences in cyclosporin pharmacokinetics. Clinical Pharmacology and Therapeutics 1997;61:224.

40.  Bottorff MB, Behrens D, Gross A, Markel M.  Differences in in vivo metabolism of pravastatin and lovastatin as assessed by CYP3A inhibition with erythromycin. Pharmacotherapy 1997.

41.  Bottorff, MB, Boyd M. Computerized decision making in hypertension; the role of computerized prompting. International Society for Clinical Pharmacology and Therapeutics, Florence, Italy 2000

42.  Latif DA, Alkhateeb FM, Easton M, Bowyer D, Bottorff M. Assessment of Pharmacy Manpower in West Virginia. American Association of Colleges of Pharmacy (AACP) Annual Meeting, San Antonia, TX, July 9-13, 2011.

43.  Capehart K, O'Neil M, Bottorff M. Collaborative health risk assessment and management program between the University Pharmacy Clinic and City Employees. Pharmacotherapy 2011; 31390e7(abstract)

44.  Gandhi PK, Gentry WM, Bottorff MB. Cardiovascular thromboembolic events associated with the use of febuxostat: investigation of case reports from the FDA adverse event reporting system database. Pharmacotherapy 2012;32:e232

45.  Gandhi PK, Gentry WM, Bottorff MB. Identification of bleeding adverse events associated with the concurrent administration of dabigatran and dronedarone: investigation of case reports from the FDA adverse event reporting system database. Pharmacotherapy 2012;32:e232

46.  Gandhi PK, Gentry WM, Bottorff MB. Cardiovascular thrombotic events associated with the use of febuxostat: Investigation of case reports from the FDA adverse event reporting system database. Pharmacotherapy 2012; 32:e235

47.  Gandhi PK, Gentry WM, Bottorff MB. Investigation of pitavastatin-associated muscular and renal adverse events compared to other statins: cases from the FDA adverse event reporting system database. NLA Scientific Sessions May 30-June 2, 2013, Las Vegas NV

48.  Stafford K, Hartley M, Williams B, Dotson M, Bottorff MB, Gentry WM, Gandhi PK. Pegloticase-associated adverse events: investigation of cases from a spontaneous reporting system. ASHP Annual Meeting Dec 8-12, 2013, Orlando FL

49.  Gentry WM, Ma Q, Newsome J, Walker W, Bottorff MB, Gandhi PK. Cost-effectiveness analysis of pharmacologic treatments for gout: a US payer perspective. Academy of Managed Care Pharmacy Annual Meeting April 1-4 2014, Tampa FL

50.  McDowell A, DeLellis T, Bottorff MB. Lack of discharge summary information for patients on oral anticoagulation. ASHP Mid-year meeting, Orlando, FL December 2018


### *Refereed Reviews and Book Chapters*

1.  Bottorff MB. Antianginal agents. In:  Abrams AC, Shank W, eds.  Clinical Drug Therapy: Rationale for Nursing Practice.  Philadelphia: JB Lippincott Co., 1983:515-9.

2.  Bottorff MB.  Drugs for treatment of hypotension and shock.  In: Abrams AC, Shank W, eds.  Clinical Drug Therapy:  Rationale for Nursing Practice. Philadelphia:  JB Lippincott Co., 1983;2:320-9.

3.  Batenhorst RL, Bottorff MB, Kuo CS.  Mechanisms and control of ventricular tachyarrhythmias.  Clinical

Pharmacy 1983:2:320-9.

4.  Wong P, Bottorff MB, Heritage RW, et al.  Acute rifampin overdose: a pharmacokinetic study and review of the literature.  Journal of Pediatrics 1984;104(5):781-3.

5.  Bottorff MB, Rutledge DA, Pieper JA.  Evaluation of intravenous amrinone: the first of a new class of positive inotropic agents with vasodilator properties.  Pharmacotherapy 1985;5:227-37.

6.  Bottorff MB and Stewart CF.  Analytical techniques and quality control. In:  Taylor W, ed.  Therapeutic drug monitoring.  Irving: Abbott Diagnostics, 1986;51-7.

7.  Hoon TJ and Bottorff MB.  Serum digoxin concentrations. Hospital Therapy 1987;12(7):80-96.

8.  Bottorff MB, Evans WE.  Drug concentration monitoring.  In:  Progress in clinical biochemistry and medicine.  Springer-Verlag, Heidelberg, 1988;1-16.

9.  Lalonde RL, Bottorff MB, Wainer IW.  The study of chiral cardiovascular drugs: analytical approaches and some pharmacological consequences.  In:  Reid E, Robinson JD, eds.  Bioanalysis of drugs and metabolites.  Plenum Publishing Corporation, 1988;169-77.

10.  Hunt BA, Self TH, Lalonde RL, Bottorff MB.  Calcium channel blockers as inhibitors of drug metabolism.  Chest 1989;96:393-9.

11.  Schlanz KD, Myre SA, Bottorff MB.  Pharmacokinetic interactions with calcium channel antagonists (Part I).  Clinical Pharmacokinetics 1991;21:344-56.

12.  Schlanz KD, Myre SA, Bottorff MB.  Pharmacokinetic interactions with calcium channel antagonists (Part II).  Clinical Pharmacokinetics 1991;21:448-60.

13.  Kazierad DJ, Schlanz KD, Bottorff MB.  Beta-blockers.  In:  Evans WE, Schentag JJ, Jusko WJ, eds.  Applied Pharmacokinetics, Third Edition.  Applied Therapeutics Press, 1992; (24)1-41.

14.  Harrison DC, Bottorff MB.  Advances in antiarrhythmic drug therapy.  In:  August JT, Anders MW, Murad F, eds.  Advances in Pharmacology.  Academic Press, Inc., 1992;23:179-225.

15.  Bottorff MB.  Bepridil hydrochloride in refractory stable angina.  Pharmacy and Therapeutics 1992;17(1):75-90.

16.  Harrison DC and Bottorff MB. Basic principles of pharmacokinetics: antiarrhythmic drugs. In: Sperelakis N, ed.  Physiology and Pathophysiology of the Heart, Third Edition. Kluwer Academic Publishing, 1995:565-587.

17.  Bottorff MB. Therapeutic options in the treatment of congestive heart failure.  The Long Term Care Director, Premier Issue, 1993;1(1):34-36 (Part I) and 1994;2(1):15-17 (Part II).

18.  Lutomski DM, Bottorff MB, Sangha K. Pharmacokinetic optimization of the treatment of embolic disorders.  Clinical Pharmacokinetics, 1995;28:67-92.

19.  Baker DW, Konstam M, Bottorff M, Pitt B. Management of heart failure, I: pharmacologic treatment. JAMA 1994;272:1361-66.

20.  Bottorff MB. Clinical pharmacology of HMG-CoA reductase inhibitors. In: McKenney J and Hawkins D, eds.  The Pharmacists Handbook of Lipid Disorders.  Scientific Therapeutics, 1995.

21.  Konstam MA, Dracup K, Baker DW, Bottorff MB, et al. Heart failure: evaluation and care of patients with left ventricular systolic dysfunction. J Card Fail 1995;1(2):183-7.

22   Bottorff MB, Tenero DM. Pharmacokinetics of eprosartan in healthy subjects, patients with hypertension and special populations. Pharmacotherapy 1999;19(suppl):79S-85S

23.  Worz CR and Bottorff MB. Management of hypertension in the elderly. Journal of the American Society of Consultant Pharmacists 1999;20:1-15

24  .Bottorff MB. Fire and forget: pharmacological considerations in coronary care. Atherosclerosis 1999;147:S23-S30

25.  Bottorff MB. Safety considerations of statin therapy. Cardiology Review 1999;16:5-9

26.  Worz CR and Bottorff MB. Erectile dysfunction in patients with cardiovascular disease. Cardiology Review 1999;16:8-9

27  Bottorff MB and Hansten P. Long-term safety of HMG-CoA reductase inhibition: role of metabolism.  Archives of Internal Medicine 2000;160:2273-2280.

28.  Bottorff MB. Recent advances in the treatment of congestive heart failure. Ann Long Term Care 2001;9:47-56.

29.  Worz CR and Bottorff MB. The role of cytochrome P450-mediated drug-drug interactions in determining safety of statins. Expert Opin Pharmacother 2001;Jul;2(7):1119-27.

30.  Talbert RL, Spinler SA, Nappi JM, Bottorff MB. Combination antiplatelet therapy: implications for pharmacists. Pharmacotherapy 2002;10:1211-15.

31.  Talbert RL, Spinler SA, Nappi JM, Bottorff MB. Combination antiplatelet therapy: implications for pharmacists. J Am Pharm Assoc 2002;42:880-3

32.  Bottorff MB. Underidentification and undertreatment issues. J Manag Care Pharm 2003;9:6-8

33.  Worz CR, Bottorff M. Treating dyslipidemic patients with lipid-modifying and combination therapies.  Pharmacotherapy. 2003 May;23(5):625-37

34.   Bottorff MB. New roles for antiplatelet agents in treatment of atherothrombotic diseases. J Am Pharm Assoc 2004;44:S4

35.   Bottorff MB. Statin safety: what to know. Am J Geriatr Cardiol 2004;13:34-8.

36.   Toscani MR, Makkar R, Bottorff MB. Quality improvement in the continuum of care: impact of atherothrombosis in managed care pharmacy. 2004:10:S2-12

38.   Bottorff MB. Statin safety and drug interactions: clinical implications. Am J Cardiol 2006;97:27C-31C

39.   Bottorff MB. The role of the pharmacist in managing metabolic syndrome. Pharmacotherapy 2006;227s-232s.

39.   Bottorff MB, Nutescu EA, Spinler S. Antiplatelet therapy in patients with unstable angina and non-ST-segment-elevation myocardial infarction: findings from the CRUSADE national quality improvement initiative.  Pharmacotherapy 2007;8:1145-62

40.   Bottorff MB and Mason CM. Reducing coronary heart disease risk through lifestyle modification. In Pharmacist's Guide to Lipid Management. ACCP Publications, Lenexa, KS, 2008.

41.   Bottorff MB. The safety of triple therapy with aspirin, clopidogrel and warfarin. Acute Coronary Symdromes 2009;9(3):95-101.

42.   Bottorff MB and Hein BE. Oral anticoagulation: warfarin. In Cardiology Secrets, Mosby 2010.

43.   Hester EK, McBane SE, Bottorff MB, et al. Educational outcomes necessary to enter pharmacy residency training. Pharmacotherapy 2014;34(4):425.

44.   Knapp KK, Meszaros K, Goldsmith PC, McCarter GC, Hester EK, McBane SE, Bottorff MB, Carnes TA, Dell K, Gonyeau MJ, Greco AJ, McConnell KJ, Skaar DJ, Splinter MY, Trujillo TC.   Alternative viewpoint:preparation for residency. Pharmacotherapy:2014; 34:e157-8

45.   Kellick KA, Bottorff MB, Toth PP. A clinicians guide to statin drug-drug interactions. J Clin Lipidol 2014; 8:S30-S46.

46.   Hester EK, McBane SE, Bottorff MB, et al. Educational outcomes necessary to enter pharmacy residency training. Pharmacotherapy 2014;34:e22-5

47.   Knapp KK, Meszaros K, Goldsmith PC, McCarter GC, Hester EK, McBane SE, Bottorff MB, et al. Alternative viewpoint: preparation for residency. Phamacotherapy 2014;34:e157-8

48.   BottorffMB, Bright DR, Kisor DF. Commentary: Should pharmacogenomic evidence be considered in clinical decision making? Focus on select cardiac drugs. Pharmacotherapy 2017;doi 10.1002.phar1979

49.   Hilleman D, Bottoff MB, Wiggins B. Critical differences between dietary supplement and prescription omega-3 fatty acids: a critical review. Advances in Therapy 2020; 37:656-670

## *Books Edited*

1.   Caviness MD, MacKichan J, Bottorff M, Taylor W (eds.) Therapeutic Drug Monitoring: A guide to clinical application. Abbott Laboratories Diagnostics Division, Irving, TX; 1987.

## *Books Written*

1.   Konstam MA, Dracup K, Bottorff MB, et al. Heart Failure: Evaluation and Care of Patients with Left-Ventricular Systolic Dysfunction. U.S. Department of Health and Human Services, Agency for Health Care Policy and Research, Clinical Practice Guidelines, Washington, D.C., 1994.

2.   Handbook on the Management of Lipid Disorders. American College of Clinical Pharmacy, 2008.

## *Videotapes Made (National Distribution)*

1.   Understanding and Predicting Clinically Important Drug Interactions. Bristol-Myers Squibb U.S. Pharmaceutical Group, 1993.

2.   New Treatment Guidelines for Congestive Heart Failure.  Scribner Productions, 1994.

3.   Update on Treatment Guidelines for Congestive Heart Failure: 1996. Omnicare, Inc., 1996

## *Original Research*

1.   Bottorff MB, Graves DA, Batenhorst RL, et al.  Nifedipine stability in cardioplegic solution.  American Journal of Hospital Pharmacists 1984;41:2068-70.

2.   Lalonde RL, Bottorff MB, Straughn AB. Comparison of high pressure liquid chromatography and fluorescence polarization immunoassay methods in a theophylline pharmacokinetic study. Therapeutic Drug Monitoring 1985;7:442-6.

3.  Ramanathan J, Bottorff M, Jeter JN, Khalil M, Sibai BM.  The pharmacokinetics and maternal and neonatal effects of epidural lidocaine in preeclampsia.  Anesthesia and Analgesia 1986;65:120-6.

4.  Stewart CF and Bottorff MB.  Fluorescence polarization immunoassay for ethosuximide evaluated and compared with two other immunoassay techniques. Clinical Chemistry 1986:32(9):1781-3.

5.  Phelps SJ, Kamper C, Bottorff MB, Alpert B.  Effect of age and serum creatinine on the endogenous digoxin-like substances in infants and children.  Journal of Pediatrics 1987;110:136-9.

6.  Bottorff MB, Pieper JA, Boucher BA, Hoon TJ, Ramanathan J, Sibai BM. Lidocaine protein binding in preeclampsia.  European Journal of Clinical Pharmacology 1987;31:719-22.

7.  Bottorff MB, Lalonde RL, Straughn AB.  Comparison of high pressure liquid chromatography and fluorescence polarization immunoassay to assess quinidine pharmacokinetics.  Biopharmaceutics and Drug Disposition 1987;8:213-21.

8.  Straka RJ, Lalonde RL, Pieper JA, Bottorff MB, Mirvis DM.  Nonlinear pharmacokinetics of un-bound propranolol after oral administration.  Journal of Pharmaceutical Sciences 1987;76:521-4.

9.  Lalonde RL, Pieper JA, Straka RJ, Bottorff MB, Mirvis DM.  Propranolol pharmacokinetics and pharmacodynamics after single doses and at steady-state.  European Journal of Clinical Pharmacology 1987;33:315-8.

10. Straka RJ, Hoon TJ, Lalonde RL, Pieper JA, Bottorff MB.  Liquid chromatography and fluorescence polarization immunoassay methods compared for measuring flecainide acetate in serum.  Clinical Chemistry 1987;33(10):1898-1900.

11. Lalonde RL, Straka RJ, Pieper JA, Bottorff MB, Mirvis DM.  Propranolol pharmacodynamic modeling using unbound and total concentrations in healthy volunteers.  Journal of Pharmacokinetics and Biopharmaceutics 1987;15(6):569-82.

12. Hoon TJ, Wood CA, Whidden MA, Greene WL, Bottorff MB.  The relative predictive performance of two theophylline pharmacokinetic dosing programs.  Pharmacotherapy 1988;8:82-8.

13. Bottorff MB, Hoon TJ, Rodman JH, Gerlach P, Ramanathan KB.  Pharmacokinetics and dynamics of urapidil in severe hypertension.  Journal Clinical Pharmacology 1988;28:420-426.

14. Lalonde RL, Bottorff MB, Straka RJ, Tenero DM, Pieper JA, Wainer IW. Nonlinear accumulation of propranolol enantiomers.  British Journal of Clinical Pharmacology 1988;26:100-2.

15. Kazierad DJ, Hoon TJ, Bottorff MB.  A HPLC method for the determination of encainide and its major metabolites in urine and serum using solid-phase extraction.  Therapeutic Drug Monitoring 1989;11:327-31.

16. Tenero DM, Bottorff MB, Given BD, Kramer WG, Affrime MB, Patrick JE, Lalonde RL.  Pharmacokinetics and pharmacodynamics of dilevalol.  Clinical Pharmacology and Therapeutics 1989;46:648-56.

17. Bottorff MB, Lalonde RL, Kazierad DJ, Hoon TJ, Tsiu SJ, Mirvis DM.  The effects of encainide versus diltiazem on oxidative metabolic pathways of antipyrine.  Pharmacotherapy 1989;9(5):315-21.

18. Kazierad DJ, Lalonde RL, Hoon TJ, Mirvis DM, Bottorff MB.  The effect of diltiazem on the disposition of encainide and its active metabolites. Clinical Pharmacology and Therapeutics 1989;46:668-73.

19. Lalonde RL, Tenero DM, Burlew BS, Herring VL, Bottorff MB.  Effects of age on the protein binding and disposition of propranolol stereoisomers. Clinical Pharmacology and Therapeutics 1990;47:447-55.

20. Hunt BA, Bottorff MB, Herring VL, Self TH, Lalonde RL.  Effects of calcium channel blockers on the pharmacokinetics of propranolol stereoisomers. Clinical Pharmacology and Therapeutics 1990;47:584-91.

21. Tenero DM, Bottorff MB, Burlew BS, Williams JB, Lalonde RL.  Altered beta-adrenergic sensitivity and protein binding to l-propranolol in the elderly. Journal of Cardiovascular Pharmacology 1990;16:702-7.

22. Lalonde RL, O'Rear TL, Wainer IW, Drda KD, Herring VL, Bottorff MB.  Labetalol pharmacokinetics and pharmacodynamics: evidence of stereoselective disposition.  Clinical Pharmacology and Therapeutics 1990;48:509-19.

23. Jolk L, Lutomski D, Bottorff MB. Accuracy of a first-order method for estimating initial heparin dosage. Clinical Pharmacy 1993;30:597-601.

24. Ujhelyi MR, Schur M, Frede T, Gabel M, <u>Bottorff MB</u>, Markel ML. Mechanisms of antiarrhythmic drug-induced changes in defibrillation thresholds: role of potassium and sodium channel conductance. Journal of the American College of Cardiology, 1996;27:1534-42.

25. Ujhelyi MR, Schur M, Frede T, <u>Bottorff MB</u>, Gabel M, Markel ML. Hypertonic saline does not reverse lidocaine's sodium channel blocking actions: evidence from electrophysiologic and defibrillation studies. Journal of Cardiovascular Pharmacology, 1997;29:61-8.

26. Ujhelyi M, <u>Bottorff MB</u>, Schur M, Roll K, Zhang H, Stewart J, Markel M. Urine proton gradient and organic cation/proton antiport activity. Journal of Pharmacology and Experimental Therapeutics 1996;276:683-9.

27. Ujhelyi MR, Schur M, Frede T, <u>Bottorff MB</u>, Gabel M, Markel ML. Influence of hypertonic saline infusion on defibrillation efficacy. Chest  1996;110:784-90.

28. Ujhelyi M, <u>Bottorff MB</u>, Schur M, Zhang H, Stewart J, Markel M. Urine proton gradient and organic

cation/proton antiport activity. Clinical Pharmacology and Therapeutics 1997;62:117-28. 28.

29.  Bottorff MB, Yenkowsky JP, Cave DG. Use of diagnostic cluster methodology for therapeutic costing and drug surveillance of HMG-CoA reductase inhibitor therapy. Clinical Therapeutics 1999;21:218-235

30.  Bottorff MB and Tenero DM. Pharmacokinetics of eprosartan in healthy subjects, patients with hypertension and special populations. Pharmacotherapy 1999;19:73S-78S

31.  Gandhi PK, Gentry WM, Bottorff MB. Thrombotic events associated with C1 esterase inhibitor products in patients with hereditary angioedema: investigation from the United States food and drug administration adverse event reporting system database. Pharmacotherapy 2012;32:902-909.

32.  Gandhi PK, Gentry William M, Bottorff MB. Cardiovascular thromboembolic events associated with febuxostat: investigation of cases from the FDA adverse event reporting system database. Seminars in Arthritis and Rheumatism, 2013: 42:562-6.

33.  Gandhi PK, Gentry WM, Bottorff MB. Dabigatran-dronedarone interaction in a spontaneous reporting system. Journal of the American Pharmacists Association 2013;53:414-9

34.  Gentry WM, Dotson M, Williams B, Hartley M, Stafford K, Bottorff MB, Gandhi PK. Investigation of pegloticase-associated adverse events from a nationwide reporting system database. American Journal of Health-System Pharmacists 2014;71:722-27

35.  Gandhi PK, Gentry WM, Ma Q, Bottorff MB. Cost-effectiveness analysis of allopurinol vs febuxostat in chronic gout patients: a US payer perspective. J Manag Care Spec Pharm 2015; 21:165-75.

36.  Gandhi PK, Gentry WM, Kibert JL, Lee EY, Jordan W, Bottorff MB, Huang IC. The relationship between four health-related quality-of-life indicators and use of mammography and Pap test screening in US women. Qual Life Res 2015; 24:2113-28

### *Case Reports, Unrefereed Reviews, Letters to the Editor*

1.  Bottorff MB, Kuo CS, Batenhorst RL.  High dose procainamide in chronic renal failure.  Drug Intelligence and Clinical Pharmacy 1983;17:279-81.

2.  Phelps SJ, Bottorff MB, Alpert BS.  Endogenous digoxin-like substances.  [Letter]  Journal of Pediatrics 1986;109:10.

3.  Bottorff MB, Phelps SJ, Hoon TJ.  Digoxin-like immunoreactive substances.  [Letter]  Clinical Pharmacy 1987;6:100.

4.  Bottorff MB. Clinical pharmacology of the HMG-CoA reductase inhibitors.  Fat Facts, published by the National Pharmacy Cholesterol Council, 1993; Vol 1(#3):1-3.

5.  Bottorff MB. Comment: possible interaction between nafazodone and pravastatin. Annals of Pharmacotherapy 2000;34:538 (letter).

6.  Bottorff M. Concomitant use of cytochrome P450 3A4 inhibitors and simvastatin. Am J Cardiol 2000;85(8):1042-3.

7.  Bottorff MB. Comment on drug-drug interactions involving statins. Archives of Internal Medicine, 2001.

# PERSONAL INFORMATION

|  |  |
|---|---|
| Birthdate: | January 27, 1954 |
| Birthplace: | Jeffersonville, IN |
| Marital Status: | Leslee G. Bottorff (artist) |
| Children: | Jenna Marie (9/19/85) |
|  | Barbara Lee (7/18/89) |
| Licensure: | Kentucky (#8531) |

*In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation*
*Case No. 19-2875*

**MICHAEL BOTTORFF, PHARM.D., FCCP, FNLA**
**LIST OF MATERIALS CONSIDERED**

| MATERIALS CONSIDERED | BATES NOS. |
|---|---|
| **MDL PLEADINGS AND GENERAL DOCUMENTS** | |
| 2019.06.17 – Amended Complaint - Master Personal Injury Complaint | N/A |
| 2019.06.17 – Amended Medical Monitoring | N/A |
| 2020.03.13 – Second Amended Economic Loss Class Action Complaint | N/A |
| 2020.12.31 – Plaintiff Cancer Disclosure Type | N/A |
| **EXPERT REPORTS (with exhibits)** | |
| **Plaintiffs' Expert Reports (with exhibits)** | |
| 2021.07.06 – Report of Mahyar Etminan | N/A |
| 2021.07.06 – Report of Dipak Panigrahy | N/A |
| 2021.07.06 – Report of Stephen S. Hecht | N/A |
| 2021.07.06 – Report of Stephen M. Lagana | N/A |
| 2021.07.06 – Report of David Madigan | N/A |
| **Defendants' Expert Reports (with exhibits)** | |
| 2021.08.02 – Report of George Johnson, Ph.D. | N/A |
| 2021.08.02 – Report of Janice K. Britt, Ph.D. | N/A |
| 2021.08.02 – Report of Daniel Catenacci, M.D. | N/A |
| 2021.08.02 – Report of Lewis Chodosh, M.D. | N/A |
| 2021.08.02 – Report of John M. Flack, M.D., MPH, FAHA, FASH, MACP | N/A |
| 2021.08.02 – Report of Jon Fryzek, Ph.D., MPH | N/A |
| 2021.08.02 – Report of Herman J. Gibb, Ph.D. MPH | N/A |
| 2021.08.02 – Report of Lee-Jen Wei, Ph.D. | N/A |
| **DEPOSITION TRANSCRIPTS (with exhibits)** | |
| 04.14.2021 & 04.15.2021 – Transcripts of Daniel Barreto Deposition | N/A |
| 05.13.2021 – Transcript of Anthony Binsol Deposition | N/A |
| 04.08.2021 – Transcript of Raphael Nudelman Deposition | N/A |
| 02.26.2021 – Transcript of Elizabeth Gray Deposition | N/A |
| 03.18.2021 – Transcript of Stefan Karlsson Deposition | N/A |
| 03.24.2021 – Transcript of Narendra Vadsola Deposition | N/A |
| 04.27.2021 – Transcript of Claire Lyons Deposition | N/A |
| 05.26.2021 – Transcript of Pan Lin Deposition | N/A |
| 2021.08.05 – Transcript of David Madigan | N/A |
| 2021.08.13 – Transcript of Stephen Lagana | N/A |
| 2021.08.17 – Transcript of Stephen Hecht | N/A |
| 2021.08.24 – Transcript of Mahyar Etminan | N/A |
| **REGULATORY GUIDANCES AND DOCUMENTS** | |
| 2019.01.28 – Combined N-Nitrosodimethylamine (NDMA) and N-Nitrosodiethylamine (NDEA) Impurity Assay | N/A |
| 2018.12.11 – Combined Direct Injection N-Nitrosodimethylamine (NDMA) and N-Nitrosodiethylamine (NDEA) Impurity Assay | N/A |

| | |
|---|---|
| 2019.04.19 – Combined Direct Injection N-Nitrosodimethylamine (NDMA), N-Nitrosodiethylamine (NDEA), N-Nitrosoethylisopropylamine (NEIPA), N-Nitrosodiisopropylamine (NDIPA), and N-Nitrosodibutylamine (NDBA) Impurity Assay by GC-MS/MS | N/A |
| 2019.04.29 – Combined Headspace N-Nitrosodimethylamine (NDMA), N-Nitrosodiethylamine (NDEA), N-Nitrosoethylisopropylamine (NEIPA), and N-Nitrosodiisopropylamine (NDIPA) Impurity Assay by GC-MS/MS | N/A |
| 2019.05.21 – Liquid Chromatography-High Resolution Mass Spectrometry (LC-HRMS) Method for the Determination of Six Nitrosamine Impurities in ARB Drugs | N/A |
| 2019.07.24 – Development and validation of a RapidFire-MS/MS method for screening of nitrosamine carcinogen impurities N-Nitrosodimethylamine (NDMA), N-Nitrosodiethylamine (NDEA), N-Nitrosoethylisopropylamine (NEIPA), N-Nitrosodiisopropylamine (NDIPA), NNitrosodibutylamine (NDBA) and N-Nitroso-N-methyl-4-aminobutyric acid (NMBA) in ARB drugs | N/A |
| 2008.12.00 – Guidance for Industry – Genotoxic and Carcinogenic impurities in drug substances and products: Recommended approaches | N/A |
| 2008.12.16 – Federal Register Vol 73 – No 242 Summary – FDA announcing the availability of a draft guidance for industry entitled "genotoxic and Carcinogenic Impurities in Drug Substances…." | N/A |
| 2012.06.00 - Guidance for Industry S2(R1) Genotoxicity Testing and data interpretation for pharmaceuticals intended for human use. | N/A |
| 2015.06.09 – M7(R1) addendum to ICH M7: assessment and control of DNA reactive impurities in pharmaceuticals to limit potential carcinogenic risk. | N/A |
| 2017.03.31 - ICH Harmonised Guideline - assessment and control of DNA impurities in pharmaceuticals to limit potential carcinogenic risk | N/A |
| ICH M7(R1) Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk (March 2017) | TEVA-MDL2875-00118444 |
| ICH, ICH Draft Consensus Guideline, Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk, M7, Step 2 Version (2013). | N/A |
| 2018.03.03 – M7(R1) assessment and control of DNA reactive impurities in pharmaceuticals to limit potential carcinogenic risk – guidance for industry | N/A |
| 2020.06.29 – ICH M7 Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk – Questions and Answers | N/A |
| 2020.10.02 – FDA Webinar – Overview of the guidance for industry: control of nitrosamine impurities in human drugs | N/A |
| 2021.02.00 – Control of nitrosamine impurities in human drugs – guidance for industry | N/A |
| 2020.09.00 – Control of nitrosamine impurities in human drugs – guidance for industry | N/A |
| 2021.03.29 – Nitrosamines as impurities in drugs; health risk assessment and mitigation workshop day 1 | N/A |
| 2018    FDA, FDA Posts Laboratory Test Results of NDMA Levels, 10/2/18 | N/A |
| 2000    FDA, N-Nitrosodimethylamine - Hazard Summary | N/A |
| 2019    FDA, Laboratory analysis of valsartan products | N/A |
| 2015    FDA, M7 Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to limit Potential Carcinogenic Risk Guidance for Guidance" – May, 2015 – 2015WL 4652900 (F.D.A) | N/A |

| | |
|---|---|
| 2019     FDA, Laboratory analysis of valsartan products | N/A |
| 2008     FDA, Guidance for Industry Process Validation: General Principles and Practices" 2008 | N/A |
| 2017     EPA 2017 Technical Fact Sheet of N-Nitroso-Dimethylamine (NDMA) | N/A |
| 2014     EPA, Guidance for Applying Quantitative Data to Develop Data-Derived Extrapolation Factors for Interspecies and Intraspecies Extrapolation | N/A |
| 2014     N/A, (EPA) Technical Fact Sheet N-Nitrosodimethylamine NDMA | N/A |
| 2011     (EPA) Regulatory Determinations for the Third Drinking Water Contaminant Candidate List | N/A |
| 2018     EMA (European Medicines Agency), Valsartan: Review of Impurities Extended to Other Sartan Medicines | N/A |
| 2002     EPA – NDMA CASRN 62-75-9 | N/A |
| 2012     EMA (European Medicines Agency), Guideline on setting specifications for related impurities in antibiotics. 30 June 2012 | N/A |
| 2010     EMA (European Medicines Agency Evaluation of Medicines for Human Use – Committee for Medicinal Products for Human Use), Questions and answers on the "Guideline on the limits of genotoxic impurities | N/A |
| 2015     EMA (European Medicines Agency), ICH Guidance M7(R1) Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk (EMA/CHMP/ICH/83812/2013) | N/A |
| 2007     EMA (European Medicines Agency), Committee for Medical Products for Human Use, "Guideline on the Limits of Genotoxic Impurities", valid 1/2007 – 1/2018 | N/A |
| 2019.02.14  EMA, Committee for Medicinal Products for Human Use (CHMP), Assessment Report | N/A |
| European Commission (EC) Scientific Committee on Consumer Safety SCCS, Opinion on Nitrosamines and Secondary Amines in Cosmetic Products (adopted 2012). | N/A |
| 07.13.2018 – FDA News Release: FDA announces voluntary recall of several medicines containing valsartan following detection of an impurity | N/A |
| IARC, Summaries & Evaluations, N-Nitrosodimethylamine, Vol. 17, 125 (1978). | N/A |
| US EPA, Integrated Risk Information System, Chemical Assessment Summary, N-Nitrosodimethylamine; CASRN 62-75-9 (2002) | N/A |
| WHO / IARC (International Agency for Research on Cancer World Health Organization), IARC Monographs on the Evaluation of Carcinogenic Risk of Chemicals to Humans, Some N-Nitroso Compounds, Vol. 17, May 1978 | N/A |
| ATSDR, (USDHHS) ToxFAQs N-Nitrosodimethylamine, https://www.atsdr.cdc.gov/toxfaqs/tfacts141.pdf, (1999). | N/A |
| ATSDR, (CDC) Toxicological Profile for n-Nitrosodimethylamine, https://www.atsdr.cdc.gov/toxprofiles/tp141.pdf (1989). | N/A |
| ATSDR, Agency for Toxic Substances and Disease Registry Tox FAQs, n-NITROSO-DIMETHYLAMINE, CAS #62-75-9, (July 1999). | N/A |
| FDA Orange Book, FDA.gov/scripts/cder/ob | N/A |
| FDA inactive ingredient database (current as of 11/2/20) | N/A |
| EPA Technical Fact Sheet: N-Nitroso-dimethylamine (NDMA) (2014) | N/A |
| **LITERATURE AND STANDARDS** | |

| | |
|---|---|
| Müller L, et al., A rationale for determining, testing, and controlling specific impurities in pharmaceuticals that possess potential for genotoxicity. Regul Toxicol Pharmacol 44(3): 198-211 (2006). | N/A |
| Klein RG, Janowsky I, Schmezer P, Hermann R, Spiegelhalder B, Zeller WJ, Pool BL. Effect of long-term inhalation of N-nitroso-dimethylamine (NDMA) and SO2/NOx in rats. Exp Pathol. 1989;37(1-4):273-80. doi: 10.1016/s0232-1513(89)80067-2. PMID: 2637168. | N/A |
| Marco J. Zeilmaker, Martine I. Bakker, Ronald Schothorst, Wout Slob, Risk Assessment of N-nitrosodimethylamine Formed Endogenously after Fish-with-Vegetable Meals, Toxicological Sciences, Volume 116, Issue 1, July 2010, Pages 323–335, https://doi.org/10.1093/toxsci/kfq093 | N/A |
| B.A. Owen, C.S. Dudney, E.L. Tan, C.E. Easterly, Formaldehyde in drinking water: Comparative hazard evaluation and an approach to regulation, Regulatory Toxicology and Pharmacology, Volume 11, Issue 3, 1990. | N/A |
| Fine, D.R., Ross, R., Rounbehler, D.P., Silvergleid, A. & Song, L. (1977) Formation in vivo of volatile N-nitrosamines in man after ingestion of cooked bacon and spinach. Nature, 265, 753-755 | N/A |
| Lakritz, L., Simenhoff, M.L., Dunn, S.R. & Fiddler, W. (1979) N-Nitrosodimethylamine in human blood. Lancet | N/A |
| Kakizoe, T., Wang, T.-T., Eng, V.W.S., Furrer, R., Dion, P. & Bruce, W.R. (1979) Volatile N-nitrosamines in the urine of normal donors and of bladder cancer patients . Cancer Res ., 39, 829-832 | N/A |
| Wang, T., Kakizoe, T., Dion, P., Furrer, R., Varghese, A.J. & Bruce, W. R. (1978) Volatile nitrosamines in normal human faeces. Nature, 2?6 , 280-281 | N/A |
| Sundeep S. Dhareshwar, Valentino J. Stella, Your Prodrug Releases Formaldehyde: Should You Be Concerned? No!, Journal of Pharmaceutical Sciences, Volume 97, Issue 10, 2008. | N/A |
| Bercu JP, Galloway SM, Parris P, Teasdale A, Masuda-Herrera M, Dobo K, Heard P, Kenyon M, Nicolette J, Vock E, Ku W, Harvey J, White A, Glowienke S, Martin EA, Custer L, Jolly RA, Thybaud V. Potential impurities in drug substances: Compound-specific toxicology limits for 20 synthetic reagents and by-products, and a class-specific toxicology limit for alkyl bromides. Regul Toxicol Pharmacol. 2018 Apr;94:172-182. doi: 10.1016/j.yrtph.2018.02.001. Epub 2018 Feb 9. PMID: 29408293. | N/A |
| Bercu, Supplement, Compound-Specific Toxicology Limits for Common Reagents and By-Products in Drug Substances | N/A |
| European Food Safety Authority, 2014. Endogenous formaldehyde turnover in humans compared with exogenous contribution from food sources. EFSA Journal 2014;12(2):3550, 11 pp. doi:10.2903/j.efsa.2014.3550 | N/A |
| Fitzgerald, D., & Robinson, N. Development of a Tolerable Daily Intake for N-Nitrosodimethylamine Using a Modified Benchmark Dose Methodology. Journal of Toxicology and Environmental Health-Part A-Current Issues, 70(19), 1670-1678 (2007). | N/A |
| Kirkland D., et al., In vivo genotoxicity testing strategies: Report from the 7th International workshop on genotoxicity testing (IWGT), Mutat Res Gen Tox En 847 (2019). | N/A |
| Muzart J, N, N-Dimethylformamide: Much More Than a Solvent, Tetrahedron 65:8313-8323 (2009). | N/A |
| Sethi et al., Genotoxic Impurities Evaluation in Active Pharmaceutical Ingredients (API)/Drug Substance, Der Pharmacia Lettre 8(12):234-243 (2016). | N/A |

| | |
|---|---|
| Fristachi A, Rice G, Estimation of the total daily oral intake of NDMA attributable to drinking water, J Water Health, 5(3):341-55. doi: 10.2166/wh.2007.030. PMID: 17878549 (2007). | N/A |
| Peto R, Gray R, Brantom P, Grasso P, Effects on 4080 rats of chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine: a detailed dose-response study. Cancer Res. 51(23 Pt 2):6415-51. PMID: 1933906 (1991). | N/A |
| Peto R, Gray R, Brantom P, Grasso P, Dose and time relationships for tumor induction in the liver and esophagus of 4080 inbred rats by chronic ingestion of N-nitrosodiethylamine or N-nitrosodimethylamine, Cancer Res. 51(23 Pt 2):6452-69. PMID: 1933907 (1991). | N/A |
| Snodin D, Genotoxic Impurities: From Structural Alerts to Qualification, Organic Process Research & Devel. (2010). | TEVA-MDL2875-00259836 |
| Pierson et al., Approaches to Assessment, Testing Decisions, and Analytical Determination of Genotoxic Impurities in Drug Substances, Organic Process Research & Devel. (2009). | TEVA-MDL2875-00539900 |
| Giordani et al., Review: Overall impact of the regulatory requirements for genotoxic impurities on the drug development process, European J. of Pharmaceutical Sciences (2011). | TEVA-MDL2875-00259905 |
| Raman NV, Prasad AV, Ratnakar Reddy K, Strategies for the identification, control and determination of genotoxic impurities in drug substances: a pharmaceutical industry perspective, J Pharm Biomed Anal.; 55(4):662-7 (2010). | TEVA-MDL2875-00259910 |
| Charoo NA, Ali AA, Buha SK, Rahman Z, Lesson Learnt from Recall of Valsartan and Other Angiotensin II Receptor Blocker Drugs Containing NDMA and NDEA Impurities, AAPS PharmSciTech. (2019). | TEVA-MDL2875-00426245 |
| Teasdale A, et al., A Detailed Study of Sulfonate Ester Formation and Solvolysis Reaction Rates and Application toward Establishing Sulfonate Ester Control in Pharmaceutical Manufacturing Processes, Organic Process Research & Devel. 14, 4, 999–1007 (2010). | TEVA-MDL2875-00539898 |
| Robinson D, Control of Genotoxic Impurities in Active Pharmaceutical Ingredients: A Review and Perspective, Organic Process Research & Devel. 14, 4, 946-959 (2010). | TEVA-MDL2875-00259900 |
| Liu DQ, Sun M, Kord AS, Recent advances in trace analysis of pharmaceutical genotoxic impurities, J Pharm Biomed Anal., 51(5):999-1014 (2010). | TEVA-MDL2875-00539908 |
| Peto R, Pike MC, Bernstein L, Gold LS, Ames BN, The TD50: a proposed general convention for the numerical description of the carcinogenic potency of chemicals in chronic-exposure animal experiments, Environmental Health Perspectives. 58:1-8. DOI: 10.1289/ehp.84581. PMID: 6525991; PMCID: PMC1569426 (1984). | N/A |
| Chen J, Jiang S, Wang J, Renukuntla J, Sirimulla S, Chen J. A comprehensive review of cytochrome P450 2E1 for xenobiotic metabolism. Drug Metab Rev. 2019 May;51(2):178-195. doi: 10.1080/03602532.2019.1632889. Epub 2019 Jun 28. PMID: 31203697. | N/A |
| Tanner JA, Tyndale RF. Variation in CYP2A6 Activity and Personalized Medicine. J Pers Med. 2017 Dec 1;7(4):18. doi: 10.3390/jpm7040018. PMID: 29194389; PMCID: PMC5748630. | N/A |
| Domb AJ, Turovsky L, Nudelman R, Chemical interactions between drugs containing reactive amines with hydrolyzable insoluble biopolymers in aqueous solutions, Pharm Res. 11(6):865-8. doi: 10.1023/a:1018985909777. PMID: 7937527 (1994). | N/A |

| | |
|---|---|
| Domb AJ, Nudelman R, In vivo and in vitro elimination of aliphatic polyanhydrides, Biomaterials, (4):319-23. doi: 10.1016/0142-9612(95)93260-k. PMID: 7772672 (1995). | N/A |
| Liteplo, RG, et al. (WHO), Concise International Chemical Assessment Document 38: N-nitrosodimethylamine, IPCS Concise International Chemical Assessment Documents (2002). | N/A |
| Zheng J, Stuff J, Tang H, Hassan MM, Daniel CR, Li D. Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study. Carcinogenesis. 2019 Apr 29;40(2):254-262. doi: 10.1093/carcin/bgy169. PMID: 30475991; PMCID: PMC6487678. | N/A |
| Nebert DW, Dalton TP, The role of cytochrome P450 enzymes in endogenous signalling pathways and environmental carcinogenesis, Nat Rev Cancer. 6(12):947-60. doi: 10.1038/nrc2015. PMID: 17128211 (2006). | N/A |
| Usunomena, NDMA, Liver Function Enzymes, Renal Function Parameters and Oxidative Stress Parameters A Review, British J. of Pharmacology and Tox. 3(4): 165-176 (2012). | N/A |
| Chowdhury S, N-Nitrosodimethylamine (NDMA) in Food and Beverages: A Comparison in Context to Drinking Water, Human and Ecological Risk Assessment: An International Journal, 20:5, 1291-1312, DOI: 10.1080/10807039.2013.817144 (2014). | N/A |
| HSDB  (TOXNET), N-Nitrosodimethylamine Full Record, HSDN 1667 (2013) | N/A |
| Zeng T, Mitch WA, Oral intake of ranitidine increases urinary excretion of N-nitrosodimethylamine, Carcinogenesis, 37(6):625-634. doi: 10.1093/carcin/bgw034 (2016). Retraction in: Carcinogenesis, 42(7):1008. PMID: 26992900 (2021). | N/A |
| Committee on Mutagenicity of Chemicals in Food, Consumer Products and the Environment, Statement on the quantitative approaches to the assessment of genotoxicity data, https://www.gov.uk/government/organisations/committee-on-mutagenicity-of-chemicals-in-food-consumer-products-and-the-environment (2018). | N/A |
| CVUA (CHEMISCHES UND VETERINÄRUNTERSUCHUNGSAMT KARLSRUHE), Test method for the determination of NDMA by LC/MS/MS in Valsartan finished products (2018). | N/A |
| National Toxicology Program, Toxicity Effects 62-75-9, Selected toxicity information from HSDB (2018). | N/A |
| Lankford SM, Bai SA, Goldstein JA. Cloning of canine cytochrome P450 2E1 cDNA: identification and characterization of two variant alleles. Drug Metab Dispos. 2000 Aug;28(8):981-6. PMID: 10901710. | N/A |
| Pottegard A, et al., Use of N-nitrosodimethylamine (NDMA) contaminated valsartan products and risk of cancer: Danish nationwide cohort study.  BMJ 2018;362:k3851, DOI:10.1136/bmj.k3851 (2018). | N/A |
| Wang, C., Nonclinical Safety Assessment of N-nitrosodimethylamine (NDMA) and Recommended Limit in Drug Product, Min-Li (Ex. ZHP-320) (June 16, 2018). | N/A |
| Ashworth I, Dirat O, Teasdale A, Whiting M, Potential for the Formation of N-Nitrosamines During the Manufacture of Active Pharmaceutical Ingredients: An Assessment of the Risk Posed by Trace Nitrite in Water, Org. Process Res. Dev. 24, 9, 1629–1646 (2020). | N/A |

| | |
|---|---|
| Battistoni, Allegra, and Massimo Volpe. Recent Warnings about Antihypertensive Drugs and Cancer Risk: Where Do They Come From?, European cardiology vol. 15 e21, doi:10.15420/ecr.2019.21 (2020). | N/A |
| George, et al., Metabolism of N-nitrosodimethylamine, Methylation of Macromolecules, and Development of Hepatic Fibrosis in Rodent Models, Journal of Molecular Medicine 98:1203-1213 (2020). | N/A |
| George, J., Tsuchishima, M. & Tsutsumi, M. Molecular mechanisms in the pathogenesis of N-nitrosodimethylamine induced hepatic fibrosis. Cell Death Dis 10, 18 (2019). https://doi.org/10.1038/s41419-018-1272-8 | N/A |
| Bercu JP, Masuda-Herrera M, Johnson G, Czich A, Glowienke S, Kenyon M, Thomas R, Ponting DJ, White A, Cross K, Waechter F, Rodrigues MAC. Use of less-than-lifetime (LTL) durational limits for nitrosamines: Case study of N-Nitrosodiethylamine (NDEA). Regul Toxicol Pharmacol. 2021 Jul;123:104926. doi: 10.1016/j.yrtph.2021.104926. Epub 2021 Apr 13. PMID: 33862169. | N/A |
| Bureau of Environmental Health, The Wilmington Childhood Cancer Study, https://www.mass.gov/doc/full-study-report/download (2021). | N/A |
| Yoon HJ, Kim JH, Seo GH, Park H. Risk of Cancer Following the Use of N-Nitrosodimethylamine (NDMA) Contaminated Ranitidine Products: A Nationwide Cohort Study in South Korea. J Clin Med. 2021 Jan 5;10(1):153. doi: 10.3390/jcm10010153. PMID: 33466237; PMCID: PMC7795144. | N/A |
| Kay J, et al., Excision of mutagenic replication-blocking lesions suppresses cancer but promotes cytotoxicity and lethality in nitrosamine-exposed mice, Cell Reports, Volume 34, Issue 11, 2021, 108864, ISSN 2211-1247, https://doi.org/10.1016/j.celrep.2021.108864. | N/A |
| Terracini, B, et al. Hepatic pathology in rats on low dietary levels of dimethylnitrosamine, British Journal of Cancer 21:559-565 (1967). | N/A |
| Kroes, R, et al., Study on the carcinogenicity of lead arsenate and sodium arsenate and on the possible synergistic effect of diethylnitrosamine, Food and Cosmetics Toxicology 12:671-679 (1974). | N/A |
| Nixon, JE, et al., Effect of cyclopropenoid compounds on the carcinogenic activity of diethylnitrosamine and aflatoxin B in rats, Journal of the National Cancer Institute 53:453-458 (1974). | N/A |
| Terracini, B, et al., The effects of long-term feeding of DDT to BALB/c mice, International Journal of Cancer 11:747-764 (1973). | N/A |
| Terao, K, et al., A synergistic effect of nitrosodimethylamine on sterigmatocystin carcinogenesis in rats, Food and Cosmetics Toxicology 16:591-596 (1978). | N/A |
| Arai, M, et al., Long-term experiment of maximal non-carcinogenic dose of dimethylnitrosamine for carcinogenesis in rats, Japanese Journal of Cancer Research 70:549-558 (1979). | N/A |
| Habs, M, et al., Synergistic effects of N-nitroso compounds in experimental long-term carcinogenesis studies, Oncology 37:259-265 (1980). | N/A |
| Angsubhakorn S, et al., Enhancing effects of dimethylnitrosamine on aflatoxin B1 hepatocarcinogenesis in rats, International Journal of Cancer 28:621-626 (1981). | N/A |
| Gricute, L, et al., Influence of ethyl alcohol on carcinogenesis with Nnitrosodimethylamine, Cancer Letters 13:345-352 (1981). | N/A |
| Lijinsky, W, et al., Dose response studies of carcinogenesis in rats by nitrosodiethylamine, Cancer Research 41:4997-5003 (1981). | N/A |

| | |
|---|---|
| Adamson, RH, Chemical carcino-genesis in non-human primates. In:Longenbach R, Nesnow S, Rice JM, eds. Organand Species Specifcity in Chemical Carcinogene-sis, New York and London: Plenum Publishing Corp. 129–156 (1983). | N/A |
| Lijinsky, W, et al., Carcinogenesis by combinations of N-nitroso compounds in rats, Food and Chemical Toxicology 21:601-605 (1983). | N/A |
| Lijinsky, W, et al., Carcinogenesis in rats by nitrosodimethylamine and other nitrosomethylalkylamines at low doses, Cancer Letters 22:83-88 (1984). | N/A |
| Berger, MR, et al., Combination experiments with very low doses of three genotoxic N-nitrosamines with similar organotropic carcinogenicity in rats, Carcinogenesis 8:1635-1643 (1987). | N/A |
| Lijinsky, W, et al., Carcinogenesis by nitrosodialkylamines and azoxyalkanes given by gavage to rats and hamsters, Cancer Research 47:3968-3972 (1987). | N/A |
| Anderson, LM, et al., Characterization of ethanol's enhancement of tumorigenesis by N-nitrosodimethylamine in mice, Carcinogenesis 13:2107-2111 (1992). | N/A |
| Takayama et al., Chemical carcinogenesis studies in nonhuman primates, Proc. Japan Academy 84:176-88 (2008). | N/A |
| Adamson et al., The finding of n-nitrosodimethylamine in common medicines, The Oncologist 25:460-462 (2020). | N/A |
| Gao, Z, et al., In Vitro Analysis of NDMA formation from Ranitidine Under Simulated Gastrointestinal Conditions (2021). | N/A |
| Gomm, W, et al., N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer - A Longitudinal Cohort Study Based on German Health Insurance Data (2021). | N/A |
| Caldwell J, Gardner I, Swales N. An Introduction to Drug Disposition: The Basic Principles of Absorption, Distribution, Metabolism, and Excretion. Toxicologic Pathology. 1995;23(2):102-114. doi:10.1177/019262339502300202. | N/A |
| McDonnell AM, Dang CH. Basic review of the cytochrome p450 system. J Adv Pract Oncol. 2013;4(4):263-268. doi:10.6004/jadpro.2013.4.4.7. | N/A |
| Flesch G, Müller P, Lloyd P. Absolute bioavailability and pharmacokinetics of valsartan, an angiotensin II receptor antagonist, in man. Eur J Clin Pharmacol. 1997;52(2):115-20. doi: 10.1007/s002280050259. PMID: 9174680. | N/A |
| Johnson, GE et al., Tolerability of risk - A commentary on the nitrosamine contamination issue, Journal of Pharmaceutical Sciences (2021). | N/A |
| Maeda K, Ieiri I, Yasuda K, Fujino A, Fujiwara H, Otsubo K, Hirano M, Watanabe T, Kitamura Y, Kusuhara H, Sugiyama Y. Effects of organic anion transporting polypeptide 1B1 haplotype on pharmacokinetics of pravastatin, valsartan, and temocapril. Clin Pharmacol Ther. 2006 May;79(5):427-39. doi: 10.1016/j.clpt.2006.01.011. Epub 2006 Apr 11. PMID: 16678545. | N/A |
| Nakashima A, Kawashita H, Masuda N, Saxer C, Niina M, Nagae Y, Iwasaki K. Identification of cytochrome P450 forms involved in the 4-hydroxylation of valsartan, a potent and specific angiotensin II receptor antagonist, in human liver microsomes. Xenobiotica. 2005 Jun;35(6):589-602. doi: 10.1080/00498250500158175. PMID: 16192110. | N/A |
| Waldmeier F, Flesch G, Müller P, Winkler T, Kriemler HP, Bühlmayer P, De Gasparo M. Pharmacokinetics, disposition and biotransformation of [14C]-radiolabelled valsartan in healthy male volunteers after a single oral dose. | N/A |

| | |
|---|---|
| Xenobiotica. 1997 Jan;27(1):59-71. doi: 10.1080/004982597240767. PMID: 9041679. | |
| Johnson, GE, et al., Derivation of Point of Departure (PoD) Estimates in Genetic Toxicology Studies and Their Potential Applications in Risk Assessment, Environmental and Molecular Mutagenesis DOI 10.1002/em (2014). | N/A |
| Johnson, GE, et al., New approaches to advance the use of genetic toxicology analyses for human health risk assessment, Toxicological Research DOI: 10.1039/C4TX00118D (2014). | N/A |
| Nebert, DW, et al., The role of cytochrome P450 enzymes in endogenous signalling pathways and environmental carcinogenesis, Nature Reviews, Cancer. 6:947-960 (2006). | N/A |
| White, P.A., et al., Quantitative Interpretation of Genetic Toxicity Dose-Response Data for Risk Assessment and Regulatory Decision-Making: Current Status and Emerging Priorities, Environmental and Molecular Mutagenesis 61:66-83 (2020). | N/A |
| White, CM, Ranitidine's N-nitrosodimethylamine Problem May be Tip of the Iceberg, JAMA Network Open 4(1), e2035158, doi:10.1001/jamanetworkopen.2020.35158 (2021). | N/A |
| Johnson, GE, et al., Quantitative aspects of DNA reactive genotoxins assessed in vitro, Mutagenesis 25(6):56 (2010). | N/A |
| Johnson, GE, et al., Permitted daily exposure limits for noteworthy N-nitrosamines, Environmental and Molecular Mutagenesis 62:293-305 (2021). | N/A |
| Pegg, AE, Metabolism of N-nitrosodimethylamine, Molecular and Cellular Aspects of Carcinogen Screening Tests 3-22 (1980). | N/A |
| Bottorff MB, Evans WE, Drug concentration monitoring. In: Progress in clinical biochemistry and medicine, Springer-Verlag, Heidelberg 1-16 (1988). | N/A |
| Dobrinska MR, Enterohepatic circulation of drugs, J. Clin. Pharmacology 29:577-80 (1989). | N/A |
| Bauer LA, In Applied Clinical Pharmacokinetics Ch. I: Basic Concepts, (3d. ed. 2014). | N/A |
| Bottorff MB, Safety considerations of statin therapy, Cardiology Review 16:5-9 (1999). | N/A |
| Worz CR & Bottorff MB, The role of cytochrome P450-mediated drug-drug interactions in determining safety of statins, Expert Opin. Pharmacother. 7:1119-27 (2001). | N/A |
| Bottorff MB, Statin safety and drug interactions: clinical implications, Am. J. Cardiol. 97:27C-31C (2006). | N/A |
| Kushida H, Fujita K, Suzuki A, Yamada M, Endo T, Nohmi T, Kamataki T. Metabolic activation of N-alkylnitrosamines in genetically engineered Salmonella typhimurium expressing CYP2E1 or CYP2A6 together with human NADPH-cytochrome P450 reductase, Carcinogenesis 21(6):1227-32 (2000). | N/A |
| Ito N et al., Induction of preneoplastic and neoplastic lesions in rats treated N-nitroso compounds, IARC Sci Publ. (41):597-601 (1982). | N/A |
| Arimtage P, The Assessment of Low-Dose Carcinogenicity, Biometrics Supplement: Current Topics in Biostatistics and Epidemiology 38:119-129 (1982). | N/A |
| Gomez M. I. D. et al., The Absorption and Metabolism in Rats of Small Oral Doses of Dimethylnitrosamine, Biochem. J. 164:497-500 (1977). | N/A |

| | |
|---|---|
| Odagiri Y et al., Detection of the Cytogenetic Effect of Inhaled Aerosols by the Micronucleus Test, Mutation Research 170:79-83 (1986). | N/A |
| Fedak K et al., Applying the Bradford-Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology, Emerging Themes in Epidemiology 12:14 (2015). | N/A |
| Brantom P G, Dose-Response Relationships in Nitrosamine Carcinogenesis, The British Industrial Biological Research Association (BIBRA) (1983). | N/A |
| Shargel et al., Drug Product Performance, In Vivo: Bioavailability and Bioequivalence, in Applied Biopharmaceutics and Pharmacokinetics (7th ed. 2016). | N/A |
| Henderson JD et al., Generic substitution: issues for problematic drugs, Southern Medical Journal 94:16-21 (2001). | N/A |
| Gupta R et al., Generic Drugs in the United States: Policies to Address Pricing and Competition, Clin. Pharmacol. Ther. 105(2):329-337 (2019). | N/A |
| Bellec G et al., Cytochrome P450 Metabolic Dealkylation of Nine N-nitrosodialkylamines by Human Liver Microsomes, Carcinogenesis 17(9):2029-2034 (1996). | N/A |
| Straif K, Benbrahim-Tallaa L, Baan R, Grosse Y, Secretan B, Bouvard GFEV, Guha N, Freeman C, Galichet L, Cogliano V. 2009. A review of human carcinogens– part C: metals, arsenic, dusts, and fibres. | N/A |
| Hidajat M, McElvenny DM, Ritchie P, et alLifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up, Occupational and Environmental Medicine 2019;76:250-258. | N/A |
| McElvenny DM, Mueller W, Ritchie P, et al. 2018. British rubber and cable industry cohort: 49-year mortality follow-up. Occup Environ Med 75(12):848-855. doi: 10.1136/oemed-2017-104834. | N/A |
| LaVecchia C, D'Avanzo B, Airoldi L, Braga C, Decarli A. 1995. Nitrosamine intake and gastric cancer risk. Eur J Cancer Prev 4(6):469-74. doi: 10.1097/00008469-199512000-00005. | N/A |
| Palli D, Russo A, Decarli A. 2001. Dietary patterns, nutrient intake and gastric cancer in a high-risk area of Italy. Cancer Causes Control 12(2):163-72. doi: 10.1023/a:1008970310963. | N/A |
| Loh YH, Jakszyn P, Luben RN, Mulligan AA, Mitrou PN, Khaw KT. 2011. N-Nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)-Norfolk Study. Am J Clin Nutr 93(5):1053-61. doi: 10.3945/ajcn.111.012377. | N/A |
| Jakszyn P, Agudo A, Ibáñez R, et al. 2004. Development of a food database of nitrosamines, heterocyclic amines, and polycyclic aromatic hydrocarbons. J Nutr 134(8):2011-4. doi: 10.1093/jn/134.8.2011. PMID: 15284391. | N/A |
| Jakszyn P, Bingham S, Pera G, et al. 2006. Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study. Carcinogenesis 27(7):1497-501. doi: 10.1093/carcin/bgl019. | N/A |
| Jakszyn P, González CA, Luján-Barroso L, et al. 2011. Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). Cancer Epidemiol Biomarkers Prev 20(3):555-9. doi: 10.1158/1055-9965.EPI-10-0971. | N/A |

| | |
|---|---|
| Jakszyn PG, Allen NE, Lujan-Barroso L, et al. 2012. Nitrosamines and heme iron and risk of prostate cancer in the European prospective investigation into cancer and nutrition. Cancer Epidemiol Biomarkers Prev 21(3):547-51. doi: 10.1158/1055-9965. | N/A |
| Keszei AP, Goldbohm RA, Schouten LJ, Jakszyn P, van den Brandt PA. 2013. Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study. Am J Clin Nutr 97(1):135-46. doi: 10.3945/ajcn.112.043885. Epub 2012 Nov 28. | N/A |
| Knekt P, Järvinen R, Dich J, Hakulinen T. 1999. Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study. Int J Cancer 80(6):852-6. | N/A |
| Al-Kindi S et al., Abrupt increase in reporting of neoplasms associated with valsartan after medication recall, Circ. Cadiovascular Qual. Outcomes, at 1 (2019). | N/A |
| Sorahan TM 2019, Conflicting findings from a rubber industry cohort study: what is the explanation? Occup Environ Med; 76:780. doi: 10.1136/oemed-2019-105841. | N/A |
| Sorahan TM. Cancer incidence in UK electricity generation and transmission workers, 1973-2015. Occup Med (Lond). 2019 Aug 22;69(5):342-351. doi: 10.1093/occmed/kqz082. PMID: 31375830; PMCID: PMC6704976. | N/A |
| Hidajat M, McElvenny DM, Ritchie P, et al., Occup Environ Med 2019;76:781. http://dx.doi.org/10.1136/oemed-2019-105841 | N/A |
| Pobel D, Riboli E, Cornée J, Hémon B, Guyader M. 1995. Nitrosamine, nitrate and nitrite in relation to gastric cancer: a case-control study in Marseille, France. Eur J Epidemiol 11(1):67-73. doi: 10.1007/BF01719947. | N/A |
| Song P, Wu L, Guan W. 2015. Dietary Nitrates, Nitrites, and Nitrosamines Intake and the Risk of Gastric Cancer: A Meta-Analysis. Nutrients 7(12):9872-95. doi: 10.3390/nu7125505. | N/A |
| Larsson SC, Bergkvist L, Wolk A. 2006. Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women. Int J Cancer 119(4):915-9. doi: 10.1002/ijc.21925. | N/A |
| Rogers MA, Vaughan TL, Davis S, Thomas DB. 1995. Consumption of nitrate, nitrite, and nitrosodimethylamine and the risk of upper aerodigestive tract cancer. Cancer Epidemiol Biomarkers Prev 4(1):29-36. | N/A |
| Richardson DB, Terschüren C, Hoffmann W. 2008. Occupational risk factors for non-Hodgkin's lymphoma: a population-based case-control study in Northern Germany. Am J Ind Med 51(4):258-68. doi: 10.1002/ajim.20552. | N/A |
| DeStefani E, Deneo-Pellegrini H, Carzoglio JC, Ronco A, Mendilaharsu M. 1996. Dietary nitrosodimethylamine and the risk of lung cancer: a case-control study from Uruguay. Cancer Epidemiol Biomarkers Prev 5(9):679-82. | N/A |
| DeStefani E, Boffetta P, Mendilaharsu M, Carzoglio J, Deneo-Pellegrini H. 1998. Dietary nitrosamines, heterocyclic amines, and risk of gastric cancer: a case-control study in Uruguay. Nutr Cancer 30(2):158-62. doi: 10.1080/01635589809514656. | N/A |
| Goodman MT, Hankin JH, Wilkens LR, Kolonel LN. 1992. High-fat foods and the risk of lung cancer. Epidemiology 3(4):288-99. doi: 10.1097/00001648-199207000-00004. | N/A |
| **COMPANY DOCUMENTS PRODUCED** | |
| 2018.06.21 ZHP Notice and updated Notice to Teva of NDMA in Valsartan API | TEVA-MDL2875-00640941 TEVA-MDL2875-00640947 |

| | |
|---|---|
| 2018.07.06 Teva Global Quality Assessment for NDMA in Valsartan API | TEVA-MDL2875-00120362 |
| 2018.08.30 DEREK and SARAH report for valsartan | TEVA-MDL2875-00158561 |
| 2018.11.14 Email from D. Barreto to Carlos Baerga, et al. re: US samples for testing | TEVA-MDL2875-00558068 |
| 2018.10.30 TAPI Determination of N-Nitrosodimethylamine Content in Valsartan By GCHS Method Validation Report | TEVA-MDL2875-00328918 |
| 2018.10.31 Submission to EMA Article 31 Referral | TEVA-MDL2875-00328431 |
| 2018.11.16 Interim Quality Assessment Report | TEVA-MDL2875-00411263 |
| 2018.11.16 MAC Follow Up Meeting | TEVA-MDL2875-00768747 |
| 2018.11.26 Mylan NDEA Investigation Report | TEVA-MDL2875-00415333 |
| 2018.11.30 API Testing Results | TEVA-MDL2875-00539494 |
| ZHP Assessment | TEVA-MDL2875-00559763 |
| Mylan Assessment | TEVA-MDL2875-00559764 |
| Mylan API Testing Results | TEVA-MDL2875-00560868 |
| 2018.07.04 Draft Health Hazard Assessment | TEVA-MDL2875-00020676 |
| 2019.07.02 Investigation Report for gDR# 1336473 | TEVA-MDL2875-00048658 |
| 2018.07.04 Draft Health Hazard Assessment | TEVA-MDL2875-00057056 |
| 2018.07.06 Quality Assessment for Recall Evaluation of Valsartan Single and Combination Products | TEVA-MDL2875-00120362 |
| 2014.03.30 Toxicological Qualification of Impurity in Amlodipine/Valsartan Tablets | TEVA-MDL2875-00158435 |
| 2014.03.30 Toxicological Qualification of Impurity in Amlodipine/Valsartan Tablets | TEVA-MDL2875-00158440 |
| 2018.08.23 Email from K. Praveen to M. Ohana re Derek, Sarah Evaluation | TEVA-MDL2875-00158561 |
| 2020.02.06 Computational Mutagenicity and Control Recommendations for Potential Impurities in Valsartan | TEVA-MDL2875-00158698 |
| 2019.07.29 Email from A. Hafif to D. Wang re Emailing: TPI01065 | TEVA-MDL2875-00168411 |
| 2019.07.30 Email from A. Hafif to D. Wang re Emailing: gDR # 1336473 | TEVA-MDL2875-00168436 |
| 2019.06.20 gDR - Full Report | TEVA-MDL2875-00168437 |
| 2020.03.10 Guidance on the Risk Evaluation Process for the Potential Formation of Nitrosamine Impurities | TEVA-MDL2875-00171820 |
| 2012.07.19 Computational Toxicology Report for Valsartan Reagents and Intermediates | TEVA-MDL2875-00259857 |
| 2015.10.14 Computational Mutagenicity Report for Potential Impurity in Valsartan | TEVA-MDL2875-00259986 |
| 2015.10.14 Computational Mutagenicity Report for Potential Impurity in Valsartan | TEVA-MDL2875-00259993 |
| 2016.03.09 Email from D. Doron to S. Biloglav re Amlodipine Besilate | TEVA-MDL2875-00260009 |
| 2016.03.09 Toxicological Qualification of EP Impurity D in Valsartan and Hydrochlorothiazide Tablets | TEVA-MDL2875-00260014 |
| 2017.08.16 Analytical Method for Drug Product | TEVA-MDL2875-00260052 |
| 2018.07.03 Draft Health Hazard Assessment | TEVA-MDL2875-00260089 |
| 2018.12.17 Computational Mutagenicity and Control Recommendations for Potential Impurities in Valsartan | TEVA-MDL2875-00260232 |
| 2020.03.24 Expert Report of Professor Dr. Jan Tytgat | TEVA-MDL2875-00260391 |
| 2018.07.06 Quality Assessment for Recall Evaluation of Valsartan Single and Combination Products, Containing Active Pharmaceutical Ingredient (API): Valsartan, Manufactured by Zhejiang Huahai Pharmaceutical Co. Ltd. | TEVA-MDL2875-00274360 |

| | |
|---|---|
| 2018.09.10 Rapporteur's JOINT Preliminary Assessment Report | TEVA-MDL2875-00324743 |
| 2018.09.10 Rapporteur's JOINT Preliminary Assessment Report | TEVA-MDL2875-00324793 |
| 2020.02.06 Computational Mutagenicity and Control Recommendations for Potential Impurities in Valsartan | TEVA-MDL2875-00351418 |
| 2018.09.13 Update on review of valsartan medicines Risk from NDMA remains low, a related substance NDEA also being investigated | TEVA-MDL2875-00423390 |
| 2018.06.28 Request for Safety Assessment of N-nitrosodimethylamine (NDMA) for Valsartan dose 1x daily for 320mg, 160mg and 80mg | TEVA-MDL2875-00425812 |
| 2019.02.15 Letter from Department of Health and Human Services FDA to Teva Pharmaceutical Industries LTD (Kerri McCullough Wood) | TEVA-MDL2875-00437866 |
| 2018.06.26 Email from T. Varga to J. Ebert et al re GNTM -CORP-QRM-2018-018 has been added – impact on Amlo/Vals/HCTZ Dubnitsa file | TEVA-MDL2875-00640941 |
| 2018.06.26 Email from M. Shoshan re GNTM -CORP-QRM-2018-018 has been added – Zhejiang Huahai Pharmaceutical Co Ltd | TEVA-MDL2875-00640947 |
| 2019.03.13 Toxicological Assessment for N-Nitrosodimethylamine (NDMA) and N-Nitrosodiethylamine (NDEA) in Parallel in Sartan-Drug Substances | TEVA-MDL2875-00773542 |
| 2013.05.12 Change Control Instance Report | TEVA-MDL2875-0950662 |
| 2013.08.06 Risk Assessment for the use of Valsartan sourced from a new dedicated workshop with changes in CEP at Actavis Ltd | TEVA-MDL2875-00950663 |
| Evaluation report regarding NDMA.pdf (ZHP root cause) | TEVA-MDL2875-00041861 |
| Valsartan communication to customers_Nov2018.pdf (Mylan root cause) | TEVA-MDL2875-00019995 |
| Quality Agreement for Active Pharmaceutical Ingredient | TEVA-MDL2875-00020212 TEVA-MDL2875-00020279 |
| 2014.03.30 Tox Assessment for Impurity D in Valsartan by Dr. Nudelman | TEVA-MDL2875-00158435 |
| 2018.07.06 Teva Global Quality Assessment | TEVA-MDL2875-00120362 |
| 2018.07.16 Rapporteur's Joint preliminary assessment report | TEVA-MDL2875-00059354 |
| 2018.09.14 Rapporteur's JOINT preliminary assessment report on Amlodipine-Valsartan Mylan EMEA/H/A-31 | TEVA-MDL2875-00059354 |
| 2018.11.19 HHA for Valsartan products provided by Mylan | TEVA-MDL2875-00426004 |
| 2019.02.15 letter from FDA – "General Advice Letter" to all holders of DMF 02654 (Valsartan) | TEVA-MDL2875-00437866 |
| DRK20-1795 Results of this DEREK and SARAH evaluation | TEVA-MDL2875-00158698-805 |
| 2020.03.24 Ku Leuven Expert [Toxicology] report. Not a Teva-Valsartan specific report, but applies to all the sartan meds contaminated with NDMA | TEVA-MDL2875-00260391 |
| 2020.04.21 Global Nitrosamine Project – Primary Amine Position Paper | TEVA-MDL2875-00130591 TEVA-MDL2875-00158852 |
| Global Nitrosamine Project – Primary Amine Position Paper – Greg Ott (April 2020) | TEVA- MDL2875- 00130592 |
| 2020.04.21 Report Computational Mutagenicity and Control Recommendations for Potential Impurities in Valsartan | TEVA-MDL2875-00260411 |
| Quality Technical agreement for active pharmaceutical ingredients | TEVA-MDL2875-00679902 |
| Negligible Risk of Primary Amines to Form Stable Secondary N-Nitrosamines in Active Pharmaceutical Ingredients (Greg Ott, Ph.D.) | TEVA-MDL2875-00158835 TEVA-MDL2875-00158853 TEVA-MDL2875-00130592 |
| ZHP "To whom it may concern" Letter Providing Notice Re NDMA Discovery | TEVA-MDL2875-00056569 |
| 2012.01.17 ZHP Change Notification | TEVA-MDL2875-00159856 |
| 2012.10.18 ZHP Change Notification | TEVA-MDL2875-00147386 |
| 2018.06.28 Teva Quality Request for Safety Assessment to Dr. Nudelman re NDMA investigation | TEVA-MDL2875-00425812-14 |

| | |
|---|---|
| 2014.03.30 Tox Assessment for Impurity in Valsartan; | TEVA-MDL2875-00158435 |
| 3/30/14 corrected report | TEVA-MDL2875-00158440 |
| May 2020 draft position paper by working group for FDA re NDMA | TEVA-MDL2875-00329942 |
| Test Specification and Certificate of Analysis | TEVA-MDL2875-00016498 |
| Certificate of Analysis | TEVA-MDL2875-00019752 |
| Certificate of Analysis | TEVA-MDL2875-00019756 |
| Certificate of Analysis | TEVA-MDL2875-00019760 |
| Certificate of Analysis | TEVA-MDL2875-00019764 |
| Certificate of Analysis | TEVA-MDL2875-00019768 |
| Certificate of Analysis | TEVA-MDL2875-00019772 |
| 2017.11.04 - Certificate of Conformance | TEVA-MDL2875-00149885 |
| 2017.12.04 - Certificate of Conformance | TEVA-MDL2875-00149886 |
| 2017.04.11 - Certificate of Conformance | TEVA-MDL2875-00149887 |
| 2017.06.06 - Certificate of Conformance | TEVA-MDL2875-00149888 |
| 2017.06.19 - Certificate of Conformance | TEVA-MDL2875-00149889 |
| 2017.06.06 - Certificate of Conformance | TEVA-MDL2875-00149890 |
| 2017.06.13 - Certificate of Conformance | TEVA-MDL2875-00149891 |
| 2017.06.12 - Certificate of Conformance | TEVA-MDL2875-00149892 |
| 2016.08.22 - Certificate of Conformance | TEVA-MDL2875-00149893 |
| 2017.07.17 - Certificate of Conformance | TEVA-MDL2875-00154314 |
| 2017.07.31 - Certificate of Conformance | TEVA-MDL2875-00154315 |
| 2017.10.05 - Certificate of Conformance | TEVA-MDL2875-00154316 |
| 2017.07.17 - Certificate of Conformance | TEVA-MDL2875-00154317 |
| 2017.03.15 - Certificate of Conformance | TEVA-MDL2875-00154318 |
| 2017.03.15 - Certificate of Conformance | TEVA-MDL2875-00154319 |
| 2017.03.09 - Certificate of Conformance | TEVA-MDL2875-00154320 |
| 2017.03.20 - Certificate of Conformance | TEVA-MDL2875-00154321 |
| 2017.03.15 - Certificate of Conformance | TEVA-MDL2875-00154322 |
| 2017.03.20 - Certificate of Conformance | TEVA-MDL2875-00154323 |
| 2017.03.21 - Certificate of Conformance | TEVA-MDL2875-00154324 |
| 2017.03.15 - Certificate of Conformance | TEVA-MDL2875-00154325 |
| 2017.03.15 - Certificate of Conformance | TEVA-MDL2875-00154326 |
| 2017.07.17 - Certificate of Conformance | TEVA-MDL2875-00161708 |
| 2017.07.31 - Certificate of Conformance | TEVA-MDL2875-00161709 |
| 2017.10.05 - Certificate of Conformance | TEVA-MDL2875-00161710 |
| 2017.07.17 - Certificate of Conformance | TEVA-MDL2875-00161711 |
| 2017.03.15 - Certificate of Conformance | TEVA-MDL2875-00161712 |
| 2017.03.15 - Certificate of Conformance | TEVA-MDL2875-00161713 |
| 2017.03.09 - Certificate of Conformance | TEVA-MDL2875-00161714 |
| 2017.03.20 - Certificate of Conformance | TEVA-MDL2875-00161715 |
| 2017.03.15 - Certificate of Conformance | TEVA-MDL2875-00161716 |
| 2017.03.24 – Certificate of Conformance | TEVA-MDL2875-00161717 |
| 2017.03.24 – Certificate of Conformance | TEVA-MDL2875-00161718 |
| 2017.03.24 – Certificate of Conformance | TEVA-MDL2875-00161719 |
| 2017.03.24 – Certificate of Conformance | TEVA-MDL2875-00161720 |
| 2017.07.21 – Certificate of Conformance | TEVA-MDL2875-00537628 |
| 2017.07.17 – Certificate of Conformance | TEVA-MDL2875-00537629 |
| 2017.10.25 – Certificate of Conformance | TEVA-MDL2875-00537630 |
| 2017.07.21 – Certificate of Conformance | TEVA-MDL2875-00537631 |

| | |
|---|---|
| 2017.03.24 – Certificate of Conformance | TEVA-MDL2875-00537632 |
| 2017.03.15 – Certificate of Conformance | TEVA-MDL2875-00537633 |
| 2017.03.24 – Certificate of Conformance | TEVA-MDL2875-00537634 |
| 2017.03.24 – Certificate of Conformance | TEVA-MDL2875-00537635 |
| 2017.03.24 – Certificate of Conformance | TEVA-MDL2875-00537636 |
| 2017.03.24 – Certificate of Conformance | TEVA-MDL2875-00537637 |
| 2017.03.24 – Certificate of Conformance | TEVA-MDL2875-00537638 |
| 2017.03.24 – Certificate of Conformance | TEVA-MDL2875-00537639 |
| 2017.03.24 – Certificate of Conformance | TEVA-MDL2875-00537640 |
| 2017.07.21 – Certificate of Conformance | TEVA-MDL2875-00546457 |
| 2017.07.25 – Certificate of Conformance | TEVA-MDL2875-00546458 |
| 2017.10.25 – Certificate of Conformance | TEVA-MDL2875-00546459 |
| 2017.07.21 – Certificate of Conformance | TEVA-MDL2875-00546460 |
| 2017.03.24 – Certificate of Conformance | TEVA-MDL2875-00546461 |
| 2017.03.24 – Certificate of Conformance | TEVA-MDL2875-00546462 |
| 2017.03.24 – Certificate of Conformance | TEVA-MDL2875-00546463 |
| 2017.03.24 – Certificate of Conformance | TEVA-MDL2875-00546464 |
| 2017.03.24 – Certificate of Conformance | TEVA-MDL2875-00546465 |
| 2017.03.24 – Certificate of Conformance | TEVA-MDL2875-00546466 |
| 2017.03.24 – Certificate of Conformance | TEVA-MDL2875-00546467 |
| 2017.03.15 – Certificate of Conformance | TEVA-MDL2875-00546468 |
| 2017.03.15 – Certificate of Conformance | TEVA-MDL2875-00546469 |
| 2016.07.25 – Certificate of Conformance | TEVA-MDL2875-00676170 |
| 2016.07.25 – Certificate of Analysis | TEVA-MDL2875-00676174 |
| 2016.07.25 – Certificate of Analysis | TEVA-MDL2875-00676178 |
| 2014.07.17 – Certificate of Analysis | TEVA-MDL2875-00676182 |
| 2014.07.17 – Certificate of Analysis | TEVA-MDL2875-00676186 |
| 2014.07.17 – Certificate of Analysis | TEVA-MDL2875-00676190 |
| 2017.07.13 – Batch manufacturing record | TEVA-MDL2875-00676393 |
| 2017.08.08 – Batch record finishing report | TEVA-MDL2875-00676470 |
| 2017.08.21 – Bulk finished product specification | TEVA-MDL2875-00676489 |
| 2012.11.13 – Batch manufacturing record | TEVA-MDL2875-00676519 |
| 2014.09.23 - Test Specification and Certificate of Analysis | TEVA-MDL2875-00676734 |
| 2012.09.05 - Test Specification and Certificate of Analysis | TEVA-MDL2875-00676747 |
| 2017.07.07 – Test Specification and Certificate of Analysis | TEVA-MDL2875-00676760 |
| All regulatory submissions pertaining to:<br>• ANDA077530-001<br>• ANDA077530-002<br>• ANDA090642-001<br>• ANDA091235-001<br>• ANDA091235-002<br>• ANDA091519-001<br>• ANDA091519-002<br>• ANDA091519-003<br>• ANDA200435-001 | N/A |
| NDMA/NDEA test results | TEVA-MDL2875-00063060<br>TEVA-MDL2875-00539061-<br>00539066 |

Page 15

|  | TEVA-MDL2875-00539082-00539087 |
| --- | --- |
|  | TEVA-MDL2875-00693421, 00693422, 00693423, 00693424 |
|  | TEVA-MDL2875-00765603 |
|  | TEVA-MDL2875-00765609 |
| Columbia Analytical Services, Low Level Determination of N-nitrosodimethylamine by Chemical Ionization GC/MS with Large Volume Injection | HLL01179737-01179738 |
| Kahl A et al., Analysis of N-nitrosodimethylamine (NDMA) in water using GC triple quadruple mass spectrometry, Agilent Technologies, Inc. (2013). | HLL01179754-01179759 |
| 0000, Unknown - (Huahai Pharma) Evaluation of Products Manufactured in Chuanna Site Regarding NDMA | TEVA-MDL2875-00681508 |
| Batch manufacturing record audit checklist - production | TEVA-MDL2875-00676617 |
| Bulk finished product specification | TEVA-MDL2875-00676727 |
| **MISCELLANEOUS** | |
| Johnson, GE, Benchmark Dose Modelling of in vivo Genotoxicity Studies to Determine Permissible Daily Exposures for Genotoxic Impurities, Berlin Informa (2018) (powerpoint). | N/A |
| Johnson, GE, Quantitative Analysis of in vivo Mutagenicity Dose-Response Data for Risk Assessment and Regulatory Decision-Making: A Case Study of Alkylnitrosamines, Informa (2020) (powerpoint). | N/A |
| Fischer 344 rats, taconic.com, https://www.taconic.com/rat-model/fischer-344 (last visited Aug. 2, 2021). | N/A |
| American Chemistry Council, Inc., Formaldehyde occurs naturally and is all around us (2020). | N/A |
| All materials cited or referenced in my expert report and curriculum vitae | N/A |
| All materials cited by Plaintiffs' expert witnesses - Drs. Etminan, Panigrahy, Hecht, Lagana, Madigan - in their reports and exhibits | N/A |
| This list includes items Plaintiffs' experts relied upon. By so doing, Defendants and this expert are not waiving any arguments or objections related to admissibility. | N/A |