# EXHIBIT B

Confidential Information - Subject to Protective Order

```
 1        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
 2                    -  -  -
 3   IN RE:  VALSARTAN,     :  MDL NO. 2875
     LOSARTAN, AND          :
 4   IRBESARTAN PRODUCTS     :  HON. ROBERT
     LIABILITY LITIGATION    :  B. KUGLER
 5   _____ :
                             :
 6   THIS DOCUMENT APPLIES   :
     TO ALL CASES            :
 7
           - CONFIDENTIAL INFORMATION -
 8         SUBJECT TO PROTECTIVE ORDER
 9                    -  -  -
10           September 16, 2021
11                    -  -  -
12
13        Videotaped remote deposition of
     MICHAEL B. BOTTORFF, Pharm.D., taken
14   pursuant to notice, was held via Zoom
     Videoconference, beginning at 9:04 a.m.,
15   EST, on the above date, before Michelle
     L. Gray, a Registered Professional
16   Reporter, Certified Shorthand Reporter,
     Certified Realtime Reporter, and Notary
17   Public.
18
                       -  -  -
19
20        GOLKOW LITIGATION SERVICES
       877.370.3377 ph | 917.591.5672 fax
21            deps@golkow.com
22
23
24
```

Page 2

1  ZOOM APPEARANCES:
2
3  HOLLIS LAW FIRM, PA
   BY:  BRETT VAUGHN, ESQ.
4      IRIS SIMPSON, ESQ.
   8101 College Boulevard, Suite 260
5  Overland Park, Kansas 66210
   (913) 385-5400
6  brett@hollislawfirm.com
   Iris@hollislawfirm.com
7  Representing the Plaintiffs
8
   LEVIN PAPANTONIO RAFFERTY PROCTOR
9  BUCHANAN, O'BRIEN, BARR, MOUGEY, PA
   BY:  DANIEL NIGH, ESQ.
10 316 South Baylen Street
   Suite 600
11 Pensacola, Florida 32502
   (888) 435-7001
12 dnigh@levinlaw.com
   Representing the Plaintiffs
13
14 DALIMONTE RUEB STOLLER
   BY:  BEHRAM V. PAREKH, ESQ.
15 515 S. Figueroa Street
   Suite 1550
16 Los Angeles, California 90071
   (213) 348-7277
17 Behram.parekh@drlawllp.com
   Representing the Plaintiffs
18
19 MARTIN HARDING & MAZZOTTI, LLP
   BY:  ROSEMARIE RIDDELL BOGDAN, ESQ.
20 1 Wall Street
   Albany, New York 12205
21 (800) LAW-1010
   Rosemarie.bogdan@1800law1010.com
22 Representing the Plaintiffs
23
24

Page 3

1  ZOOM APPEARANCES:  (Cont'd.)
2
3  KANNER & WHITELEY, LLC
   BY:  LAYNE HILTON, ESQ.
4  701 Camp Street
   New Orleans, Louisiana 70130
5  (504) 524-5777
   Lhilton@kanner-law.com
6  Representing the Plaintiffs
7
   GREENBERG TRAURIG, LLP
8  BY:  SARA K. THOMPSON, ESQ.
       VICTORIA DAVIS LOCKARD, ESQ.
9  Terminus 200
   3333 Piedmont Road NE
10 Suite 2500
   Atlanta, Georgia 30305
11 (678) 553-2312
   Thompsons@gtlaw.com
12 Lockardv@gtlaw.com
13     - and -
14 GREENBERG TRAURIG, LLP
   BY:  STEPHEN T. FOWLER, ESQ.
15 2101 L Street NW
   Washington, D.C. 20037
16 (202) 530-8587
   Fowlerst@gtlaw.com
17     - and -
18 GREENBERG TRAURIG, LLP
   BY:  KENNETH DZIKOWSKI, ESQ.
19 500 Campus Drive, Suite 400
   Florham Park, New Jersey 07932
20 (973) 360-7900
   Dzikowskik@gtlaw.com
21 Representing the Defendants, Teva
   Pharmaceutical Industries, Ltd., Teva
22 Pharmaceuticals USA, Inc., Actavis LLC,
   and Actavis Pharma, Inc.
23
24

Page 4

1  ZOOM APPEARANCES:  (Cont'd.)
2
   WALSH PIZZI O'REILLY FALANGA LLP
3  BY:  LIZA M. WALSH, ESQ.
   Three Gateway Center
4  100 Mulberry Street
   15th Floor
5  Newark, New Jersey 07102
   (973) 757-1017
6  Lwalsh@walsh.law
7  Representing the Defendants, Teva
   Pharmaceutical Industries, Ltd., Teva
8  Pharmaceuticals USA, Inc., Actavis LLC,
   and Actavis Pharma, Inc.
9
   DUANE MORRIS, LLP
10 BY:  COLEEN W. HILL, ESQ.
   30 South 17th Street
11 Philadelphia, PA 19103
   (215) 979-1164
12 cwhill@duanemorris.com
13     - and -
14 DUANE MORRIS, LLP
   BY:  ROBERT KUM, ESQ.
15 865 South Figueroa Street
   Suite 3100
16 Los Angeles, California 90017
   (213) 689-7424
17 Rkum@duanemorris.com
   Representing the Defendants, Zhejiang
18 Huahai Pharmaceutical Co., Ltd., Prinston
   Pharmaceutical Inc., Huahai U.S., Inc.,
19 and Solco Healthcare US, LLC
20
   BARNES & THORNBURG, LLP
21 BY:  KARA KAPKE, ESQ.
   11 S. Meridian Street
22 Indianapolis, Indiana 46204
   (317) 231-6491
23 Kara.kapke@btlaw.com
   Representing CVS Pharmacy, Inc., and Rite
24 Aid Corporation

Page 5

1  ZOOM APPEARANCES:  (Cont'd.)
2
   HINSHAW & CULBERTSON, LLP
3  BY:  GEOFFREY M. COAN, ESQ.
   53 State Street, 27th Floor
4  Boston, Massachusetts  02109
   (617) 213-7047
5  Gcoan@hinshawlaw.com
   Representing the Defendant, ScieGen
6  Pharmaceuticals, Inc.
7
   PIETRAGALLO GORDON ALFANO BOSICK &
8  RASPANTI, LLP
   BY:  JASON M. REEFER, ESQ.
9  One Oxford Centre, 38th Floor
   Pittsburgh, Pennsylvania 15219
10 (412) 263-1840
   JMR@pietragallo.com
11 Representing the Defendant, Mylan
   Pharmaceuticals, Inc.
12
13 CIPRIANI & WERNER, P.C.
   BY:  JESSICA HEINZ, ESQ.
14 450 Sentry Parkway, Suite 200
   Blue Bell, Pennsylvania 19422
15 (610) 567-0700
   jheinz@c-wlaw.com
16 Representing the Defendants, Aurobindo
   Pharma, USA, Inc., and
17 Aurolife Pharma, LLC
18
19 FALKENBERG IVES, LLP
   BY:  KIRSTEN B. IVES, ESQ.
20 230 W. Monroe Street, Suite 2220
   Chicago, IL 60606
21 (312) 566.4808
   KBI@falkenbergives.com
22 Representing the Defendant, Humana
23
24

Page 6

1 ZOOM APPEARANCES:  (Cont'd.)
2
3 HILL WALLACK, LLP
  BY: NAKUL Y. SHAH, ESQ.
  21 Roszel Road
4 Princeton, New Jersey 08543
  (609) 734-6358
5 Nshah@hillwallack.com
  Representing the Defendants, Hetero, USA,
6 Inc., Hetero Labs
7
8 VIDEOTAPE TECHNICIAN:
  Judy Diaz
9
10 LITIGATION TECHNICIAN:
   Tyler Crotty
11
12 ALSO PRESENT:
13 Lauren Massey - Paralegal
   (Levin Papantonio)
14
15 Melisha Valenzuela - Paralegal
   (Hollis Firm)
16
   Bradley Matta, Esq.
17 Elana Williams, Esq.
   (Mylan - Viatris)
18
19
20
21
22
23
24

Page 8

1       - - -
2 E X H I B I T S  (Cont'd.)
3       - - -
4
5 NO.      DESCRIPTION        PAGE
6 Bottorff-5  M7(R1) Assessment    277
             and Control of DNA
7            Reactive...
             Guidance for Industry
8
  Bottorff-6  Control of        285
9            Nitrosamine Impurities
             In Human Drugs
10           Guidance for Industry
11 Bottorff-7  N-Nitrosodimethylamine
             Concise International
12           Chemical Assessment
             Document 38       307
13
14 Bottorff-8  Effects of DNA      323
             Polymerase Kappa and
15           Mismatch Repair
             (Nohmi)
16
17
18
19
20
21
22
23
24

Page 7

1       - - -
2     I N D E X
3       - - -
4
5 Testimony of:
6     MICHAEL B. BOTTORFF, Pharm.D.
7 By Mr. Vaughn          11, 370
8 By Ms. Thompson          356
9
10
11
12       - - -
13    E X H I B I T S
14       - - -
15
16 NO.      DESCRIPTION        PAGE
17 Bottorff-1  Expert Report      19
             (Bottorff)
18           8/2/21
19 Bottorff-2  List of Materials    44
             Considered
20
   Bottorff-3  Curriculum Vitae   105
21           (Bottorff)
22 Bottorff-4  WHO, Molecular     228
             And Cellular Aspects
23           Of Carcinogen Screening
             Tests
24

Page 9

1       - - -
2   DEPOSITION SUPPORT INDEX
3       - - -
4
5 Direction to Witness Not to Answer
6 PAGE   LINE
  None.
7
8 Request for Production of Documents
9 PAGE   LINE
  None.
10
11 Stipulations
12 PAGE   LINE
   None.
13
14 Questions Marked
15 PAGE   LINE
   None.
16
17
18
19
20
21
22
23
24

Confidential - Information Subject to Protective Order

Page 10

1           - - -
2           THE VIDEOGRAPHER:  We are
3   now on the record.  My name is
4   Judy Diaz.  I'm a legal
5   videographer for Golkow Litigation
6   Services.
7           Today's date is
8   September 16, 2021, and the time
9   is 9:04 a.m.
10          This remote video deposition
11  is being held in the matter of
12  Valsartan, Losartan, and
13  Irbesartan Products Liability
14  Litigation MDL for the United
15  States District Court District of
16  New Jersey.
17          The deponent is Dr. Michael
18  Bottorff.
19          All parties to this
20  deposition are appearing remotely
21  and have agreed to the witness
22  being sworn in remotely.
23          All counsel will be noted on
24  the stenographic record.

Page 11

1           The court reporter is
2   Michelle Gray and will now swear
3   in the witness.
4           - - -
5       ... MICHAEL B. BOTTORFF, Pharm.D.,
6   having been first duly sworn, was
7   examined and testified as follows:
8           - - -
9           EXAMINATION
10          - - -
11  BY MR. VAUGHN:
12      Q.   Doctor, can you introduce
13  yourself for the jury?
14      A.   Yes.  Michael Bottorff.
15      Q.   And am I saying it right,
16  Bottorff?
17      A.   That's good.
18      Q.   All right.  I'll try my best
19  not to butcher that.
20      A.   No problem.
21      Q.   Have you ever had your
22  deposition taken before?
23      A.   I'm sorry.  The question?
24      Q.   Have you previously had your

Page 12

1   deposition taken in any matter?
2       A.   Yes, I have.
3       Q.   Was that a yes?
4       A.   Yes.
5       Q.   And what litigations were
6   those?
7       A.   There was an amiodarone
8   litigation that I think we've disclosed.
9   That's the only one that's been in the
10  last maybe four or five years.  Prior to
11  that I did some depositions in Niaspan
12  patent law.  And then a couple of
13  personal injury depositions probably back
14  in the 1990s.
15      Q.   Okay.  There's only -- was
16  the first one a drug case that you were
17  an expert in?
18      A.   In the '90s, yes.
19      Q.   And were you on the
20  plaintiffs' or the defense side?
21      A.   Defense.
22      Q.   And have you ever had your
23  deposition taken via Zoom before?
24      A.   No.

Page 13

1       Q.   If you have any problems
2   hearing me just let me know.  Okay?
3       A.   I will.
4       Q.   All right.  And then for the
5   court reporter's sake, let's try our best
6   not to talk over each other and give, you
7   know, the defense attorney time to make
8   her objections, if she has any.  Is that
9   fair?
10      A.   Yes.
11      Q.   And do you understand that
12  if there are objections, those are just
13  between the defense attorney and myself
14  and they shouldn't influence your answers
15  in any way?
16      A.   I understand.
17      Q.   And you're an expert for the
18  defense in this litigation, correct?
19      A.   Correct.
20      Q.   And as an expert, you're
21  aware that I'm allowed to ask you
22  hypothetical questions, right?
23      A.   Yes.
24      Q.   And if you don't understand

Confidential Information - Subject to Protective Order

Page 14

1 my questions, you'll let me know, right?
2    A.   I will.
3    Q.   Okay.  So I want to explore
4 just some of your opinions first and the
5 basis for those opinions.  And so, kind
6 of reading through here, I guess my first
7 question is, Dr. Bottorff, is it your
8 opinion that generic valsartan
9 contaminated with NDMA or NDEA has the
10 same monetary value as generic valsartan
11 without NDMA or NDEA?
12       MS. THOMPSON:  Objection.
13    Form.  Compound.
14       THE WITNESS:  So the
15    question, as I understand it, is
16    the same monetary value?
17 BY MR. VAUGHN:
18    Q.   Correct.
19    A.   I believe it would be.
20    Q.   And what's the basis for
21 your opinion on that?
22    A.   Because I don't see how it
23 substantially changed the effectiveness
24 of the drug.

Page 15

1    Q.   And what do you mean by the
2 effectiveness of the drug?
3    A.   Its ability to do what it
4 was intended to do, which was control
5 heart failure, hypertension post-MI.
6    Q.   Okay.  And is it your opinion that
7 the levels of NDMA in generic valsartan
8 are unable to increase a person's risk of
9 developing cancer?
10       MS. THOMPSON:  Objection.
11    Form.
12       THE WITNESS:  I don't think
13    I'd characterize my opinion as
14    being unable.  I don't think I
15    used those terms anywhere.
16 BY MR. VAUGHN:
17    Q.   What is your opinion as to
18 if the levels of NDMA contained in
19 generic valsartan can increase the
20 levels -- increase the risk of someone
21 developing cancer?
22       MS. THOMPSON:  Objection.
23    Form.
24       THE WITNESS:  We don't have

Page 16

1 the answer to that because we
2 don't have adequate data in humans
3 to make that determination.
4 BY MR. VAUGHN:
5    Q.   If the levels of NDMA in
6 generic valsartan did increase the risk
7 of someone developing cancer, would you
8 agree that it would reduce the monetary
9 value of that medication?
10       MS. THOMPSON:  Objection.
11    Form.  He wasn't designated on
12    issues of monetary value.  So
13    I'm --
14       MR. VAUGHN:  He just said --
15    he just told me that he had an
16    opinion on it, so I'm exploring
17    that opinion.
18       THE WITNESS:  Yeah, I don't
19    really -- it wasn't any of the
20    focus that I used in my
21    evaluation.
22       So I haven't really
23    expressed any kind of opinion on
24    monetary, other than I don't think

Page 17

1 it would have altered its
2 effectiveness and not necessarily
3 another step of whatever that
4 monetary value would be.
5 BY MR. VAUGHN:
6    Q.   So you do not plan to
7 tell the jury that the monetary value of
8 valsartan contaminated with NDMA is
9 unchanged?
10    A.   I have no plans on talking
11 about monetary value.
12    Q.   Okay.  Do you think it's
13 acceptable for a patient to take generic
14 valsartan at the highest levels of
15 contamination of NDMA that we've seen?
16       MS. THOMPSON:  Objection.
17    Form.
18       THE WITNESS:  Well, again,
19    I'm not sure exactly what you're
20    asking.
21       What I have formed an
22    opinion on and provided in my
23    report is that I don't believe
24    there's any -- any risk associated

Confidential Information - Subject to Protective Order

Page 18

1    with the amount of NDMA that's in
2    any of the valsartan products that
3    I evaluated.
4  BY MR. VAUGHN:
5    Q.   And what amount of NDMA
6  would be necessary in valsartan to
7  increase the risk of someone developing
8  cancer?
9    A.   In humans, we don't have
10  that answer.  We're having to completely
11  rely on animal data to make any kind of
12  extrapolation along those lines at all.
13    And I think we've seen in
14  the literature multiple people express
15  concerns about extrapolating animal data
16  to human data.
17    I did in my report try to
18  do, based on the available data with all
19  those known limitations, suggest that the
20  amount of what I'm going to call
21  impurities of NDMA in any of the
22  valsartan products seems well below what
23  in the animal studies might be expected
24  to cause any cancer.

Page 19

1    Q.   And so do you not have an
2  opinion as to how much NDMA it would take
3  to increase the risk of someone
4  developing cancer?
5    MS. THOMPSON:  Objection.
6  Form.  And again, this is not what
7  he was designated on.
8    THE WITNESS:  Yeah, I don't
9  think that's what any focus on my
10  report was on.
11    MR. VAUGHN:  Tyler, can you
12  pull up his expert report for me.
13    TRIAL TECH:  Sure.  Give me
14  one second.
15    (Document marked for
16  identification as Exhibit
17  Bottorff-1.)
18    MS. THOMPSON:  We're giving
19  him a hard copy of his report as
20  well.
21    MR. VAUGHN:  Sounds good.
22  Tyler, can we go to Page 63
23  of this report.
24    TRIAL TECH:  Sure.  And this

Page 20

1  will be Exhibit 1.
2    MR. VAUGHN:  Yeah.  Thank
3  you for that.
4    TRIAL TECH:  No problem.
5  You said Page 63?
6    MR. VAUGHN:  Yeah.
7  BY MR. VAUGHN:
8    Q.   And Dr. Bottorff, let me
9  know when you're there.
10    A.   I am.  I'm there now.
11    Q.   Can you read looks like
12  Opinion VII..?
13    Can you read it out loud?
14  I'm sorry.
15    A.   Yes, I will.
16    "The scientific literature
17  and evidence, which I have reviewed
18  extensively, do not support that the
19  valsartan products during the time period
20  at issue carried an independent risk of
21  cancer, nor that there is any increased
22  risk of cancer associated with the
23  valsartan containing the NDMA/NDEA
24  impurity as compared to valsartan with a

Page 21

1  zero level of NDMA or NDEA."
2    Q.   Okay.  Would you agree with
3  me that you're giving an opinion that the
4  levels of NDMA do not increase the risk
5  of a patient's cancer?
6    A.   Yes.  But I thought your
7  question was, how much would it take to
8  cause cancer.  And I didn't have a good
9  answer to that.
10    MS. THOMPSON:  I was trying
11  to get an objection in there.
12    THE WITNESS:  Oh, sorry.
13    MR. VAUGHN:  So reminder to
14  give me a pause.
15    I was objecting to the form
16  of the last question.
17    THE WITNESS:  Sorry.
18  BY MR. VAUGHN:
19    Q.   Doctor, is it your opinion
20  that no level of NDMA would cause cancer
21  in a human?
22    MS. THOMPSON:  Objection.
23  Form.
24    THE WITNESS:  I don't know

Confidential Information - Subject to Protective Order

Page 22

1  the answer to that.  We don't have
2  any data on what it would take to
3  cause cancer in humans with drugs
4  that haven't been -- or compounds
5  that haven't been studied in
6  humans.
7  BY MR. VAUGHN:
8      Q.   If you do not know the level
9  that would -- of NDMA that it would take
10 to cause cancer, how can you give an
11 opinion that the levels of NDMA in
12 valsartan cannot increase the risk of
13 someone developing cancer?
14         MS. THOMPSON:  Objection.
15 Form.
16         THE WITNESS:  Again, as I
17 said before, we're having to
18 extrapolate the animal data with
19 all those known limitations.
20         And so, this statement was
21 based on how much NDMA did not
22 seem to cause cancer in animals.
23         And that was in many cases
24 way above the amount that's in any

Page 23

1  of these valsartan products.
2         So again, accepting those
3  limitations, that's where this
4  conclusion comes from.
5  BY MR. VAUGHN:
6      Q.   So you're not able to tell
7  our jury at what point -- at what level
8  NDMA in valsartan would increase the risk
9  of someone developing cancer?
10     A.   Yeah.  I don't think there's
11 anybody who can do that.
12     Q.   What is the highest level of
13 NDMA that you're aware of in generic
14 valsartan?
15     A.   I can look at my report,
16 which I think --
17     Q.   Take your time.
18     A.   No problem.  Just scanning
19 through the NDMA amounts on Page 6, 7,
20 and 8 of my report, the highest amount, I
21 think, was just over 20 micrograms.
22     Q.   So is it safe -- I'm sorry.
23     A.   I was just going to add, in
24 a valsartan 320-milligram tablet.

Page 24

1      Q.   I appreciate that.
2         And so the opinions in your
3  expert report only apply to a daily NDMA
4  exposure level of 20 micrograms or lower?
5         MS. THOMPSON:  Objection to
6  form.
7         THE WITNESS:  Sorry.  I'm
8  not -- that's not exactly what I
9  say in my report.
10 BY MR. VAUGHN:
11     Q.   What is it -- how did I
12 mischaracterize it?
13     A.   If we go to Page 32 and 33,
14 which is where I make that extrapolation
15 from -- this is one study, for example,
16 by Ito that there was an animal dose that
17 did not produce cancers, and
18 extrapolating that in kilogram to the
19 human exposure, if you use the same
20 milligram per kilogram calculation,
21 again, with all those limitations, then
22 the amount that was not cancer causing in
23 this study were anywhere from
24 approximately 300 to over 20,000 times

Page 25

1  the amount that's in any of the valsartan
2  products.
3      Q.   We'll get more into that in
4  a little bit.  But in forming your expert
5  opinions, the highest level of NDMA that
6  you were aware of in valsartan was
7  20 micrograms, correct?
8      A.   Correct.
9         MR. VAUGHN:  Can we go to --
10 back to Page 6 real quick, Tyler.
11 BY MR. VAUGHN:
12     Q.   All right.  On that second
13 paragraph, Doctor, you note that there's
14 levels as high as 120 parts per million.
15 Where did that information come from?
16     A.   I'm assuming that it's a
17 part per million conversion from these
18 data, from the FDA's laboratory analysis.
19     Q.   Where did you find that data
20 though?  Where did you find the 120 parts
21 per million?  Are you the one that did
22 that calculation?
23     A.   No.  I wouldn't have done
24 the calculation.

Confidential Information - Subject to Protective Order

Page 26

1   Q.   So where did you find that
2  information?  I don't see a citation.  So
3  I'm just wondering where this came from?
4      A.   I don't recall exactly.
5      Q.   What did you say ppm stands
6  for?
7      A.   Parts per million.
8      Q.   Okay.  And you would expect
9  that that part per million, if you
10 actually do the math to figure out how
11 many micrograms that could be in a pill
12 of valsartan, would be no more than
13 20 micrograms, right?
14     A.   If this range is
15 representative of what the FDA's analysis
16 is, then that would be correct.
17     Q.   But you're not sure where
18 this range even comes from?
19         MS. THOMPSON:  Objection to
20     form.
21         THE WITNESS:  No.
22         Sorry.
23         My best guess at this point
24     in time is that those are the

Page 27

1      ranges that were also in the FDA's
2      testing, but I don't recall it
3      exactly at this point.
4  BY MR. VAUGHN:
5      Q.   Okay.  Doctor, are you aware
6  how to convert parts per million into
7  micrograms or nanograms in a pill?
8      A.   Yes, it's based on the
9  milligram strength of the tablet that
10 that's calculated.
11     Q.   And how many nanograms --
12 are you aware of how many nanograms are
13 in a milligram?
14     A.   Yes.
15     Q.   How many?
16     A.   A milligram has a thousand
17 micrograms, which also has a thousand
18 nanograms per microgram.  So that would
19 be about a million.
20     Q.   It would be one million?
21     A.   Yes.
22     Q.   And so for every milligram
23 of valsartan, there would be 120
24 nanograms of NDMA; is that correct?

Page 28

1      A.   I think that's the correct
2  calculation.
3         MR. VAUGHN:  Tyler, can you
4      pull a calculator up for us.
5  BY MR. VAUGHN:
6      Q.   All right.  And how --
7  before we do this, 20 micrograms, how
8  many nanograms would that be?
9      A.   20,000.
10     Q.   20,000.  Okay.  So let's
11 take the 120 -- let me see if I can --
12 there we go.  120 was the parts per
13 million.  Oh, didn't want that to happen.
14     120.
15         And what's the largest dose
16 of valsartan?
17     A.   320 milligrams.
18     Q.   One second.
19     120 times -- did you say 320
20 was the largest?
21     A.   Correct.
22         MR. VAUGHN:  Hey, Tyler, can
23 you try and control this?  It's
24 not working for me.

Page 29

1         TRIAL TECH:  Yeah, I think
2      you just need to clear -- do it
3      120.
4         MR. VAUGHN:  Times 320.
5         TRIAL TECH:  Where is --
6      okay, now it's clear.  120 times
7      320.
8         There you go.
9  BY MR. VAUGHN:
10     Q.   That's 38,400 nanograms,
11 correct, Doctor?
12     A.   Yes.
13     Q.   And how many micrograms
14 would that be?
15     A.   38.4.
16     Q.   And would you agree with me
17 that's approximately twice as high as any
18 of the levels the FDA identified?
19         MS. THOMPSON:  Objection.
20     Form.
21         THE WITNESS:  Yeah, so I'm
22 guessing that was ZHP's own
23 analysis and not the FDA's
24 analysis where that separate range

Page 30

1    of 120 came from.
2    BY MR. VAUGHN:
3        Q.   Did you review ZHP's
4    analysis?
5        A.   I think it's -- I think it's
6    in my reliance documents.
7        Q.   Okay.  Do you remember any
8    levels higher than 120 parts per million
9    in ZHP's analysis?
10       A.   I do not.
11           If you -- if I can just
12   expand a little bit.  If I recall, ZHP's
13   analysis was based on the parts per
14   million of their API, which would be the
15   small amount of milligrams of the active
16   ingredient.
17           So I don't know if that
18   changes the calculation or not.
19       Q.   Can you explain to me what
20   API is?
21       A.   The active ingredient.
22       Q.   And what's the active
23   ingredient in valsartan?
24       A.   Valsartan.

Page 31

1        Q.   Okay.  And the final pill,
2    what is it made up of besides valsartan
3    and sometimes NDMA and NDEA?
4            MS. THOMPSON:  Objection to
5        form.
6            THE WITNESS:  Off the top of
7        my head, I don't know that
8        exactly.  But I can tell you,
9        having been trained in pharmacy,
10       that it will have all kinds of
11       binders and other excipients and
12       lubricants so it flows through
13       machines when they make the
14       tablets and that kind of thing.
15   BY MR. VAUGHN:
16       Q.   So a 320-milligram valsartan
17   pill will have 320 milligrams of
18   valsartan in it, correct?
19       A.   Correct.
20       Q.   But will the total pill be
21   more than 320 milligrams because it has
22   other constituents in it?
23       A.   It would have to be.
24       Q.   Okay.  And so if ZHP's parts

Page 32

1    per million is on the API of valsartan,
2    how does that make a difference now when
3    we're going to the final pill if there's
4    still 320 milligrams in there?
5        A.   It's part of the same part
6    per million calculation.  But I don't
7    know how that changes when the API gets
8    incorporated in -- into the tablet.
9        Q.   Okay.  But the final tablet
10   would be more than 320 milligrams, right?
11       A.   Right.
12       Q.   Do you have any idea, like,
13   as a pharmacist, on average, what
14   percentage of a pill is filler?
15       A.   I haven't looked at that
16   kind of calculation in, gosh, years,
17   because it's never really been called
18   into question or needed to be known.
19       Q.   And so, in forming your
20   opinions in this litigation, you didn't
21   consider the amount of filler in
22   valsartan, correct?
23           MS. THOMPSON:  Objection to
24       form.

Page 33

1            THE WITNESS:  Correct.
2            Sorry.
3            I did not.
4    BY MR. VAUGHN:
5        Q.   If someone were to test a
6    pill, the parts per million would be
7    lower than if they tested the API,
8    correct?
9        A.   You know, at this point I'm
10   not sure, because if it's based on the
11   320 milligrams of active ingredient,
12   seems like the calculation would still be
13   the same.
14       Q.   Well, let's say a pill is
15   640 milligrams but only half of that is
16   valsartan, would that not half the parts
17   per million of the NDMA in the pill?
18           MS. THOMPSON:  Objection to
19       form.
20           THE WITNESS:  If you based
21       it on the weight of the actual
22       pill instead of based on the
23       active ingredient.
24   BY MR. VAUGHN:

Confidential Information - Subject to Protective Order

Page 34

Q.   And if you didn't know the percentages of what the filler were, what would you -- how could you base it on anything but the entire pill's weight?

A.   Well, I think the issue at hand was the part per million of the valsartan and not the ppm based on any of the excipients or anything else.

Q.   So would you agree with me that it would be more appropriate to use the ppm of the API than the final product?

A.   I would agree with that.

MR. VAUGHN:  Tyler, can we go back to --

Can you guys all hear me? It says my connection is unstable right now.

Okay.  Tyler can we go back to Page 6 of this report excerpt. Zoom out a little bit.

BY MR. VAUGHN:

Q.   You note here, the fourth column on the right, midpoint --

Page 35

MR. VAUGHN:  And if we go to the next page, Tyler.

BY MR. VAUGHN:

Q.   It looks like you calculated the midpoint of the contamination; is that correct?

MS. THOMPSON:  Objection to form.

THE WITNESS:  Correct.

BY MR. VAUGHN:

Q.   Why did you calculate the midpoint?

A.   It was an attempt to try to represent that it would be unlikely over the three to four or whatever years of exposure at the time that these impurities were known to be in valsartan tablets that someone would take the exact same lot for the entire period of time that they were on that particular dose of valsartan.

And so they would have, even within the same manufacturer, probable exposure to a different lot that had a

Page 36

different amount and/or be switched over, depending on what the pharmacy was carrying at the time, to another product that had a different amount.

So it was really just to try to give an idea.  You have the lowest amount that could be found, which in many cases was below the lower limits of detection, and the highest amount that was found in one of the products.

But the reality is that an exposure value might actually be something that's more of a midpoint.

Q.   Do you know how the FDA came to these results?

A.   In terms of the analytical process?

Q.   Yeah.  I mean, were they testing the whole pill or were they testing the API?

A.   I think they could only have been testing the full pill.

Q.   And have you seen any evidence that the FDA considered how much

Page 37

filler is in the pill?

A.   I've not seen that anywhere.

Q.   A midpoint isn't the same as the average, correct?

A.   Correct.  Which is why I did not put the average in there, is you don't have the raw data to be able to accurately calculate an average.

Q.   Did the defense attorneys not provide you the raw data?

MS. THOMPSON:  Objection. Form.

THE WITNESS:  No.  I went off this, which was the FDA's report.  And if you don't have each individual result for each individual tablet, and you just have an upper and lower limit of the range, you can't guesstimate how many that was involving to be able to calculate statistically an average.

BY MR. VAUGHN:

Q.   Did you not ask defense

Confidential Information - Subject to Protective Order

Page 38

1  counsel to provide you all the levels of
2  the internal testing?
3          MS. THOMPSON:  Objection.
4  Form.
5          THE WITNESS:  I did not.
6  BY MR. VAUGHN:
7      Q.   Why?
8      A.   I had no reason to.
9      Q.   I'm sorry.  You didn't
10 consider any of the internal testing in
11 forming your opinions?
12         MS. THOMPSON:  Objection.
13 Form.
14         THE WITNESS:  No.  That is
15 in my report.  It is what I
16 considered for the amounts
17 contained in the valsartan
18 products.
19 BY MR. VAUGHN:
20     Q.   What if the internal testing
21 shows much higher levels than this?
22         MS. THOMPSON:  Objection.
23 Form.
24         THE WITNESS:  I don't have

Page 39

1      that data, so I don't know.
2  BY MR. VAUGHN:
3      Q.   So your opinions won't apply
4  to it if the -- to the levels if they
5  were higher than what's in the FDA's?
6      A.   It would depend how much
7  higher.  And I'd have to see them.
8      Q.   How much higher?
9      A.   I don't know.  I'd have to
10 see it.
11     Q.   You said it depends on how
12 much higher.  At what point does it
13 matter?
14         MS. THOMPSON:  Objection.
15 Form.
16         THE WITNESS:  Again, I'd
17 have to see them and then be able
18 to make that determination.
19 BY MR. VAUGHN:
20     Q.   Is there any level that
21 you're going to say is unacceptable?
22         MS. THOMPSON:  Objection
23 form.
24         THE WITNESS:  I believe

Page 40

1      you've asked that, and my answer
2  was I don't think there is a level
3  that I can say is going to be
4  related to cancer in humans,
5  because we don't know that.  We
6  don't have that data.
7  BY MR. VAUGHN:
8      Q.   So it's irrelevant to you
9  how much NDMA is in valsartan?
10         MS. THOMPSON:  Objection.
11 Form.  Mischaracterizes testimony.
12         THE WITNESS:  Yeah, I don't
13 think I ever used the word
14 "irrelevant."
15 BY MR. VAUGHN:
16     Q.   Is there any point when you
17 would be concerned on the level of NDMA
18 in valsartan?
19         MS. THOMPSON:  Objection.
20 Form.
21         THE WITNESS:  Yeah, I don't
22 really know what you're trying to
23 get me to say or what you're
24 really asking.

Page 41

1      I'm concerned with the
2  amounts that I know, based on the
3  FDA's analysis, were in valsartan
4  tablets, and then comparing that
5  to the animal data, which is all
6  we have, to see if I believe that
7  this exceeded the metabolic
8  capacity -- and this is from a
9  pure pharmacokinetic drug
10 metabolism standpoint -- that has
11 been associated in animal studies
12 with not causing cancer.
13         So I wasn't looking to try
14 to establish an amount that would
15 cause cancer.  So I don't have an
16 opinion on that.
17 BY MR. VAUGHN:
18     Q.   You weren't trying to figure
19 out how much NDMA it would take to cause
20 cancer in humans?
21     A.   No.  I was not.
22     Q.   Okay.  And in forming your
23 opinions, you assumed that the FDA's
24 analysis is actually the highest levels

Page 42

1 of NDMA engineered in valsartan, correct?
2          MS. THOMPSON:  Objection.
3     Form.
4          THE WITNESS:  I did not
5     assume that.
6 BY MR. VAUGHN:
7     Q.   So you think that there
8 might be actually higher levels than the
9 FDA is aware of?
10         MS. THOMPSON:  Objection to
11    form.
12         THE WITNESS:  I don't know.
13    This is what I had to go off of,
14    based on the FDA's published data.
15 BY MR. VAUGHN:
16    Q.   So why is that not assuming
17 the highest levels?  You didn't even ask
18 for the internal data.
19    A.   I wasn't assuming anything.
20 I was evaluating what I had access to.
21    Q.   Doctor, were you initially
22 retained for this litigation by Teva?
23    A.   No one from Teva has ever
24 contacted me.

Page 43

1     Q.   Were you initially retained
2 for this litigation for every defendant
3 or a specific defendant?
4     A.   I think when I was
5 originally retained, the word Teva may
6 have been mentioned in some of those
7 early communications.  But since then
8 there's never been any contact directly
9 with Teva at all.
10    Q.   Okay. So you do think you
11 might have initially been retained by
12 Teva?
13    A.   No.  I didn't say that.
14         I've only been retained by
15 GT.  And they may have mentioned that
16 Teva was one of the defendants in some of
17 the earlier communication.  But since
18 then, I understand that there are other
19 defendants in this as well.
20    Q.   When were you initially
21 retained for this litigation?
22    A.   It was either right at the
23 end of 2020 or the very early part of
24 2021.

Page 44

1     Q.   And approximately when did
2 you become aware of all the other
3 defendants?
4     A.   I -- I don't have a date for
5 that.  Probably sometime in the spring.
6          MR. VAUGHN:  Okay.  Tyler,
7     can we go to -- I think it's
8     Exhibit B on my files.  It's -- or
9     exhibit -- one second.  Yeah,
10    Exhibit B of his expert report.
11         And then can we go to
12    Page 10.
13         (Document marked for
14    identification as Exhibit
15    Bottorff-2.)
16 BY MR. VAUGHN:
17    Q.   All right.  We'll see down
18 here some Teva Bates numbers.
19         MR. VAUGHN:  And then,
20    Tyler, can we go to the next page.
21 BY MR. VAUGHN:
22    Q.   And then a bunch more Teva
23 Bates numbers.
24         MR. VAUGHN:  Next page,

Page 45

1     Tyler.
2 BY MR. VAUGHN:
3     Q.   A bunch more Teva.
4          MR. VAUGHN:  Next page.
5 BY MR. VAUGHN:
6     Q.   A bunch more Teva.
7          MR. VAUGHN:  Next page.
8 BY MR. VAUGHN:
9     Q.   All Teva again.
10         MR. VAUGHN:  Next page.
11 BY MR. VAUGHN:
12    Q.   And then there's two other
13 Bates numbers here.  There's HLL.  Do you
14 know what the HLL Bates numbers denote,
15 Doctor?
16    A.   Is that on this screen that
17 I'm looking at?
18    Q.   Yeah.  The top right-hand
19 corner.  It's the only ones that didn't
20 have a Teva Bates number.  I didn't know
21 if you knew what company's documents
22 those two are.
23         MS. THOMPSON:  Objection.
24    Form.

Page 46

1      THE WITNESS: I -- I assume
2   they're associated with what's on
3   the left hand column.
4   BY MR. VAUGHN:
5      Q.   Okay.  So did you only
6   review internal documents of Teva in this
7   litigation?
8      MR. VAUGHN:  Is that my
9   internet or his that's messing up?
10  He's frozen on my screen.
11     THE VIDEOGRAPHER:  He looks
12  frozen on my screen.
13     THE WITNESS:  Oh, well.
14     THE VIDEOGRAPHER:  Oh, yeah,
15  he's back.
16  BY MR. VAUGHN:
17     Q.   Okay.  I'm sorry, Doctor.  I
18  missed whatever your answer was.
19     A.   I didn't yet because you
20  said I was frozen so --
21     Q.   Okay.
22     A.   -- I didn't think you could
23  hear me either.
24     Q.   I appreciate it.

Page 47

1      A.   In looking at these
2   documents, my recollection back then, I
3   think the first round of materials that
4   were provided to me were probably Teva
5   materials.
6      Q.   Were any of those internal
7   testing by Teva?
8      A.   They may have been.  I don't
9   recall specifically.
10     Q.   You didn't review any other
11  documents of any other defendant besides
12  Teva, did you?
13     A.   No, I don't believe so.
14     Q.   Why did you only review Teva
15  documents?
16     A.   The question that I was
17  specifically addressing didn't seem to be
18  as important to be looking at internal
19  documents for every single defendant as
20  opposed to evaluating the literature for
21  NDMA, NDEA metabolism and distribution.
22     Q.   Well, then why did you
23  review Teva documents?
24     MS. THOMPSON:  Objection.

Page 48

1   Form.
2      THE WITNESS:  They were sent
3   to me early on.  And when I
4   receive documents, I reviewed
5   them.
6   BY MR. VAUGHN:
7      Q.   Are these the documents that
8   you requested, or they just picked out
9   documents and sent to you?
10     MS. THOMPSON:  Objection to
11  form.
12     THE WITNESS:  I didn't
13  request them, so they were somehow
14  selected and sent to me.
15     MR. VAUGHN:  We can take
16  down the exhibit.  I'm done with
17  that for now.
18  BY MR. VAUGHN:
19     Q.   Doctor, what degrees do you
20  hold?
21     A.   I hold a bachelor's degree
22  from Georgia Tech, and PharmD degree from
23  the University of Kentucky.
24     Q.   You're a pharmacist?

Page 49

1      A.   Yes.
2      Q.   When you're filling a
3   medication for someone, what do you call
4   that person that you're filling the
5   medication for?  For instance, are they
6   your client, a customer, a patient?
7      A.   Well, they would be a
8   patient in my reference.  But that's not
9   been what my career has been, is filling
10  prescriptions, that type of pharmacist.
11     Q.   Have you ever filled a
12  prescription?
13     A.   Yes.
14     Q.   When was the last time that
15  you did that?
16     A.   Probably the summer of 1982.
17     Q.   If you're not filling
18  prescriptions, what is it that you do for
19  work?
20     A.   My career has always been in
21  academic pharmacy.  So certainly teaching
22  has been part of that.  But as part of
23  that, I had a clinical practice where I
24  rounded with an interdisciplinary

Confidential Information - Subject to Protective Order

---

Page 50

[1] cardiology team on inpatients at academic
[2] medical centers for 35 years.
[3]     Q.    What do you currently do for
[4] work?
[5]     A.    What I thought was going to
[6] be a semi-state of retirement has turned
[7] out to be almost full-time, because I'm
[8] continuing to teach for my most recent
[9] academic appointment at Manchester
[10] University in Fort Wayne, Indiana.  And
[11] certainly Covid has allowed a lot of
[12] online teaching to be done, so I didn't
[13] have to be in Indiana all the time to do
[14] that.
[15]         And then I -- the position
[16] that I was in prior to that was in
[17] Knoxville at South College.  And I'm now
[18] chair of their independent research
[19] committee.
[20]         And then most recently I've
[21] been added to the adjunct faculty the
[22] University of Cincinnati where I used to
[23] teach for 20 years to be involved in
[24] their online Masters in pharmacogenomics

Page 51

[1] program.
[2]     Q.    At Manchester University,
[3] are you a professor or an adjunct
[4] professor?
[5]     A.    As of last August, I am
[6] adjunct.  And I was professor for five
[7] years prior to that.
[8]     Q.    What is an adjunct
[9] professor?  What's the difference of that
[10] and a professor?
[11]     A.    A pay cut basically.
[12]         You know, going to some more
[13] of what would be called a part-time
[14] status.  Still paid, but part-time
[15] status.
[16]     Q.    Okay.  How many hours a week
[17] are you -- do you devote to the adjunct
[18] professor?
[19]     A.    For Manchester, probably 15.
[20] For University of Cincinnati probably
[21] five to ten depending on when things are
[22] being done that are -- or what I'm being
[23] expected to do.
[24]     Q.    How many students do you

Page 52

[1] currently teach?
[2]     A.    There are roughly 65 in each
[3] class of the four years of pharmacy
[4] students at Manchester.  And the online
[5] genomics program has just started at
[6] Cincinnati, so it is a smaller program.
[7] I think it has like eight to ten.
[8]     Q.    Okay.  What is
[9] pharmacogenomics?  Can you explain that?
[10]     A.    Yeah.  It's the study of the
[11] interaction between genetic alterations
[12] in drug metabolism or response and the
[13] drugs that are being given to patients.
[14]         So it is a component of sort
[15] of a common buzzword these days called
[16] personalized medicine.
[17]     Q.    And so is the focus on it
[18] specifically pharmacological drugs, not
[19] carcinogens?
[20]     A.    All drugs.
[21]     Q.    Are there drugs that are
[22] carcinogens?
[23]     A.    Yes.
[24]     Q.    Such as?

Page 53

[1]     A.    Immunosuppressant drugs for
[2] transplant patients have the ability to
[3] induce cancers by blocking cancer sort of
[4] surveillance systems.
[5]     Q.    How do they block cancer
[6] surveillance systems?
[7]     A.    They're immunosuppressants.
[8] And as part of the immune system is a
[9] component of it that suppresses cancer
[10] cells.
[11]     Q.    So would you agree with me
[12] that an immunosuppressant increases the
[13] risk of one developing cancer?
[14]     A.    Yep.  That's been reported.
[15]         MS. THOMPSON:  Sorry, we
[16] have a loud air conditioner.
[17] Hopefully it will turn off soon.
[18]         MR. VAUGHN:  I can't hear it
[19] actually.
[20]         MS. THOMPSON:  It's loud in
[21] here.
[22]         MR. VAUGHN:  Can we go back
[23] to the expert report, Tyler.
[24] Page 3.

Confidential Information - Subject to Protective Order

Page 54

BY MR. VAUGHN:

Q. All right. You note during your career that you have served on advisory boards and national speaking bureaus for several pharmaceutical companies that make sartans, including Merck -- should that be losartan?

A. Yeah.

Q. And Bristol-Myers Squibb, irbesartan, and Novartis, valsartan. Were those paid positions?

A. Yes. Being on speakers bureaus, you're asked to give presentations and be paid for those when you go.

Q. Approximately in what years were you paid by these pharmaceutical companies?

A. Merck was the first sartan company on the market. So that would have been maybe in the mid to late '90s, irbesartan sort of in the late '90s, and valsartan, late '90s early 2000. But I haven't been on the speaker bureaus for

Page 55

over 20 years.

Q. Have you done work for pharmaceutical companies within the last 20 years?

A. What do you mean by work?

Q. Have you been paid by pharmaceutical companies in the last 20 years outside of litigation?

A. A little bit. You know, if you keep up with what's happened in pharma and speaker bureaus, there's really been a pretty strict federal limit on what they used to do.

So I am on a couple speaker bureaus now, But for neither one of those companies have I given a talk in the last 18 months because they shut those down for Covid.

Q. Are there any other pharmaceutical companies that make sartans that you have been paid by previously, besides the ones listed here?

A. No.

Q. How many types of sartans

Page 56

are there?

A. Structural differences or in that whole category of sartans, how many of them?

Q. In the category of sartans.

A. I think there's eight or nine.

Q. Can you name off the ones that you recall?

A. Oh, there's these three. There's eprosartan. I'd have to look at a list. These are by far the more common used though.

Q. The eight or nine types of sartans, how many have been found to have lots that are contaminated with NDMA or NDEA?

MS. THOMPSON: Objection. Form.

THE WITNESS: To my knowledge, these three. So I've not really looked into the other ones.

BY MR. VAUGHN:

Page 57

Q. And so would you agree that there are numerous sartans that are not contaminated with NDMA or NDEA?

A. I don't know about numerous, but I think there's some.

Q. Do you think there's more than there are that are contaminated?

MS. THOMPSON: Objection to form.

THE WITNESS: I don't have a breakdown because I haven't looked at the other ones that much.

BY MR. VAUGHN:

Q. Okay. So there's eight or nine types of sartans, and at least three of them that you're aware of are contaminated with a carcinogen, correct?

MS. THOMPSON: Objection to form.

THE WITNESS: Correct.

BY MR. VAUGHN:

Q. And you didn't consider the other sartans in forming your opinions in this litigation, correct?

Page 58

1    A.  Correct.  I did not.
2    Q.  And so the whole
3  risk/benefit analysis thing that you're
4  talking about in your report, you didn't
5  consider the fact that there's sartans on
6  the market that aren't contaminated with
7  a carcinogen?
8          MS. THOMPSON:  Objection to
9      form.
10         THE WITNESS:  No.  I would
11     say that's part of my
12     consideration, is that there were
13     potential alternatives for these
14     three.
15  BY MR. VAUGHN:
16     Q.  How many pharmaceutical
17  companies make sartans?
18     A.  I guess now that many of
19  them are generic, there could be as many
20  as two dozen.  I don't know for sure.
21     Q.  How many pharmaceutical
22  companies make valsartan?
23     A.  I don't have an exact
24  number.  I would say maybe as many as

Page 59

1  ten.
2      Q.  Can you list off the name of
3  all the defendants in this litigation?
4          MS. THOMPSON:  Objection.
5      Form.
6  BY MR. VAUGHN:
7      Q.  Sorry.  Let me rephrase
8  that.
9          Can you list off all of the
10  defendants who manufacture valsartan?
11     A.  Well, I don't know if it's
12  the same as what I used, which is the
13  FDA's list of valsartan products
14  containing the NDMA or NDEA.  But I could
15  read those off if that's what you would
16  like.
17     Q.  No.  That's okay.  But your
18  opinion is that it doesn't matter the
19  manufacturer, none of the levels of NDMA
20  in valsartan are going to increase
21  someone's risk of cancer?
22         MS. THOMPSON:  Objection.
23     Form.
24         THE WITNESS:  Could you ask

Page 60

1  that again?  I want to be sure I
2  answer it right.
3  BY MR. VAUGHN:
4      Q.  Is it your opinion that it
5  doesn't matter who the manufacturer is of
6  the generic valsartan that contains
7  levels of NDMA; it's not going to
8  increase someone's risk of cancer?
9          MS. THOMPSON:  Objection.
10     Form.
11         THE WITNESS:  The
12     manufacturer played no role in any
13     of my analyses.  It was only the
14     amount of NDMA or NDEA that
15     factored into my analyses.
16  BY MR. VAUGHN:
17     Q.  But you -- so the amount of
18  NDMA did factor into your analysis, but
19  you're not sure if you're aware of the
20  highest levels, correct?
21     A.  I'm sure that no one knows
22  what the highest levels would be.
23     Q.  Would you want to know if
24  there are levels higher than you're

Page 61

1  aware -- than you are aware of in your
2  report?
3          MS. THOMPSON:  Objection to
4      form.
5          THE WITNESS:  I suppose.  If
6      I had that, I could redo my
7      calculations and my opinions.  But
8      this is what I worked off of.
9  BY MR. VAUGHN:
10     Q.  If defense counsel was aware
11  of levels higher than what you worked off
12  of, do you think that they would have
13  given you that information?
14         MS. THOMPSON:  Objection.
15     Form.  Calls for speculation.
16         THE WITNESS:  I have no
17     idea.
18  BY MR. VAUGHN:
19     Q.  Would you have expected them
20  to give you that information?
21         MS. THOMPSON:  Same
22     objection.
23         THE WITNESS:  I guess so.
24  BY MR. VAUGHN:

Confidential Information - Subject to Protective Order

Page 62

1    Q.   Is there a brand name of
2  valsartan?
3    A.   Diovan.
4    Q.   Can you say that again?  The
5  audio broke -- cut out.
6    A.   I'm sorry.  The originator
7  was --
8    Q.   I'm not -- you're frozen and
9  no audio.
10    A.   Hmm.
11    Q.   Oh, you're back.
12    A.   Okay.  The originator was
13  Diovan with Novartis.
14    Q.   Is that still on the market?
15    A.   I think so.
16    Q.   And are you aware if the
17  brand name Diovan has NDMA or NDEA in it?
18         MS. THOMPSON:  Objection.
19  Form.
20         THE WITNESS:  I'm not aware
21  specifically.
22  BY MR. VAUGHN:
23    Q.   And so you're not aware if
24  it's ever had it in it?

Page 63

1    A.   I am not.  And I know a lot
2  of times what the originators do when the
3  drug goes generic, is they either stop it
4  totally or they actually get generic drug
5  from somebody else and make their own
6  generic.  And I don't know specifically
7  if they've done that or not.
8    Q.   You haven't looked into that
9  in this litigation, did you?
10    A.   I did not.
11    Q.   So you have no idea if the
12  brand name has always been completely
13  clean of carcinogens?
14         MS. THOMPSON:  Objection.
15  Form.
16         THE WITNESS:  I -- I don't
17  know that anybody knows that.
18  BY MR. VAUGHN:
19    Q.   Do you know if the
20  manufacturing process is different?
21    A.   I didn't look into that.  So
22  I don't.
23    Q.   So as a nurse I have an
24  ethical obligation -- had an ethical

Page 64

1  obligation to patients.  And, you know, a
2  doctor has an patient relationship, and
3  that carries certain ethical obligations.
4         Are there similar type
5  ethical obligations a pharmacist has to
6  the person whose medication they are
7  filling?
8         MS. KAPKE:  This is Kara
9  Kapke.  Object to form.
10         MR. VAUGHN:  Are you all --
11  I'm sorry.
12         Are all the defense
13  attorneys going to be objecting or
14  just one of them?
15         MS. THOMPSON:  She, I
16  believe, represents a retailer
17  who's not part of the manufacturer
18  group.  So --
19         MR. VAUGHN:  Okay.  I
20  appreciate the clarification.
21  BY MR. VAUGHN:
22    Q.   So, Doctor, do pharmacists
23  have any type of ethical obligations to
24  the person whose medication they are

Page 65

1  filling?
2    A.   Every professional has an
3  ethical obligation.
4    Q.   Can you go over -- go ahead.
5    A.   It's part of the definition
6  of being a professional.
7    Q.   Can you go through some of
8  those ethical obligations with me that a
9  pharmacist would have to a person who's
10  filling their medication?
11         MS. KAPKE:  Object to form.
12         MS. THOMPSON:  Same
13  objection.
14         THE WITNESS:  Following the
15  laws, you know, being honest,
16  accurate.  I'm not sure what
17  you're getting at.
18  BY MR. VAUGHN:
19    Q.   Is informed consent part of
20  the relationship a pharmacist has with a
21  patient?
22         MS. THOMPSON:  Objection.
23  Form.
24         THE WITNESS:  In my

Confidential Information - Subject to Protective Order

Page 66

1    professional career, informed
2    consent is a document in a
3    clinical trial that a patient
4    signs that they understand and
5    have been aware of the risks and
6    the benefits of being involved in
7    that clinical trial.
8         So I don't -- I don't see
9    informed consent in what my daily
10   practice was, in that term.
11   BY MR. VAUGHN:
12        Q.   Is that because you don't
13   actually fill medications for patients?
14        A.   I wouldn't say it's for that
15   reason.  That's just not how informed
16   consent is used.
17        Q.   Do you not discuss informed
18   consent at all with your pharmacy
19   students?
20        A.   In courses where I've taught
21   the process of conducting clinical trials
22   I have.
23        Q.   If a pharmacist is aware
24   that one medication contains a carcinogen

Page 67

1    and another version of that same
2    medication does not contain a carcinogen,
3    should they warn the patient about that?
4         MS. KAPKE:  Object to form.
5         THE WITNESS:  I mean, again,
6         in your hypothetical, you're
7         supposing that they know this.
8         And so if someone were to ask me
9         or you in your former practice --
10        you said you were a nurse?
11   BY MR. VAUGHN:
12        Q.   Correct.
13        A.   In your hypothetical that
14   you had two compounds, one that was a
15   known carcinogen, which is not what we're
16   talking about here, and one that was, and
17   one that wasn't, you know, would you go
18   ahead and give them the one that was?  I
19   mean, I don't think anybody would answer
20   that they would do that.
21        Q.   What about probable
22   carcinogen?
23        MS. THOMPSON:  Objection to
24        form.

Page 68

1         THE WITNESS:  You know, I
2    don't -- I don't know that that
3    changes.
4         I think I would have to look
5    at the data to see if I agreed
6    with it.
7    BY MR. VAUGHN:
8         Q.   What if a top cancer
9    researcher is the one that thinks that
10   the levels are high enough to increase
11   someone's risk of cancer?
12        Would you as a pharmacist
13   defer to a top cancer researcher?
14        MS. THOMPSON:  Objection.
15   Form.
16        THE WITNESS:  Again, I
17   haven't practiced in a drug store
18   setting in over probably 35 years.
19   So I don't know how that
20   information, if it were available,
21   would actually reach the
22   individual everyday practicing
23   pharmacist.
24   BY MR. VAUGHN:

Page 69

1         Q.   So you don't know if there's
2    a computer system that, like, notifies
3    the pharmacist, hey, this drug has a
4    carcinogen in it?
5         MS. KAPKE:  Object to form.
6         THE WITNESS:  Sorry.  I'm
7         pretty sure that's not the case.
8    BY MR. VAUGHN:
9         Q.   Okay.  If you were aware of
10   literature that said the amount of a
11   carcinogen in a medication would increase
12   the risk of someone developing cancer,
13   would you let the patient know that?
14        MS. KAPKE:  Object to form.
15        MS. THOMPSON:  Same
16   objection.
17        THE WITNESS:  Well, it's not
18   done at that level where that
19   responsibility is put in the hands
20   of an individual practicing
21   pharmacist.
22        Those decisions get made at
23   corporate levels or at regulatory
24   levels, not at the -- not at the

Page 70

1  level of an individual practicing
2  pharmacist.
3  BY MR. VAUGHN:
4      Q.   What do you mean by
5  corporate level?
6      A.   Well --
7          MS. KAPKE:  Sorry, Doctor.
8  This is Kara Kapke again.  I'm
9  just going to interpose an
10 objection to this entire line of
11 questioning.  This witness has
12 been designated on general
13 causation issues, not liability
14 issues.
15         And there's been an
16 agreement that the experts at this
17 stage of the litigation are only
18 testifying and will only be
19 questioned about liability
20 issues -- or only about causation
21 issues, and they will not be asked
22 about for -- designated on
23 liability issues.
24         And so I think this entire

Page 71

1  line of questioning is improper
2  and in violation of the agreement
3  that has been made and -- among
4  the plaintiff and defendants.
5          MR. VAUGHN:  I note your
6  objection.  And just for the
7  record I'm trying to fully explore
8  the opinions that are within his
9  expert report.
10         Tyler, can we go back to his
11 expert report, I guess.  Let's go
12 to Page 21.
13         MS. THOMPSON:  And on that
14 line, I mean, if you're going to
15 talk about specific items in his
16 report, that's fine.  But I don't
17 think anything about the ethical
18 obligations of a dispensing
19 pharmacist is in the report.
20         MR. VAUGHN:  That's fine.
21 BY MR. VAUGHN:
22     Q.   Here in the bottom of that
23 first paragraph, you note the risks --
24 you need to balance the risks and

Page 72

1  benefits, that being the cornerstone --
2          MR. VAUGHN:  Sorry, one
3  above that, Tyler.  Yeah, the very
4  last sentence there.
5  BY MR. VAUGHN:
6      Q.   "The balance of risk/benefit
7  is the cornerstone of therapeutic
8  decisionmaking."
9          That sounded a whole lot
10 like -- to me like informed consent.
11         Does that not sound like
12 informed consent to you, Doctor?
13         MS. THOMPSON:  Objection.
14 Form.
15         THE WITNESS:  No.  As I said
16 before, informed consent is -- in
17 my professional experience, has
18 been used in the context of
19 enrolling a patient in a clinical
20 trial where there's a consent form
21 that they're asked -- that has to
22 be approved by an investigational
23 review board.
24         And that's -- I'm not sure

Page 73

1  that we're using the same
2  terminology on what informed
3  consent is.
4  BY MR. VAUGHN:
5      Q.   Okay.  And so that informed
6  consent that you're talking about in a
7  clinical trial, what all does it have to
8  disclose?
9      A.   The procedures of the study,
10 the amount that they're being reimbursed
11 for participating in the trial, the
12 nature of the drug, whether it's
13 experimental or not, those kind of
14 things.
15     Q.   What does that have to --
16 this says decisionmaking, though, in your
17 opinion.  What does what you just said
18 have to do with decisionmaking?
19     A.   It doesn't.  That's why I
20 was saying the use of the term "informed
21 consent" is not what this is.
22     Q.   Okay.  So you don't think
23 that a patient needs to be aware of all
24 risks and all benefits in order to obtain

Page 74

1 informed consent?
2         MS. KAPKE:  Object to form.
3         MS. THOMPSON:  Object to
4     form.
5         THE WITNESS:  Again,
6     therapeutic decisionmaking is
7     different from informed consent.
8     So I think that you're using it in
9     a context that it's not typically
10     used in.
11 BY MR. VAUGHN:
12     Q.   Okay.  So for therapeutic
13 decisionmaking when we're talking about
14 the risk and the benefit, would one of
15 the risks be what the level of NDMA is in
16 a pill?
17     A.   I think you would have to
18 assess that risk and decide if there was
19 one or not.
20     Q.   What other risk -- when
21 taking valsartan, besides how much of a
22 carcinogen in it, what are the other
23 risks that would go into this therapeutic
24 decisionmaking?

Page 75

1     A.   Well, first let me -- let me
2 say that using the term "carcinogen"
3 is -- it's a probable carcinogen in
4 humans.  We don't have the data that it's
5 a for sure carcinogen.
6         Drugs have all kinds of
7 risks, particularly sartans.
8 Hyperkalemia, hypotension, renal
9 dysfunction.  So the -- a rare case of
10 angioedema.
11         Those are the kind of risks
12 that you typically consider when you're
13 talking about therapeutic decisionmaking.
14     Q.   Of those potential
15 complications that you just listed, would
16 you consider any of those or the
17 development of cancer to be a bigger risk
18 to the patient?
19         MS. THOMPSON:  Objection.
20     Form.
21         THE WITNESS:  Well, if the
22     question is, is cancer worse than
23     hyperkalemia, then I would say
24     yes, it is.

Page 76

1 BY MR. VAUGHN:
2     Q.   And so would it not be very
3 important to know the levels of a
4 potential carcinogen in a medication and
5 evaluating the risk/benefit of that
6 medication?
7         MS. THOMPSON:  Objection.
8         MS. KAPKE:  Object to form.
9         THE WITNESS:  Yeah, again, I
10     think we're getting back into this
11     liability issue that is not what I
12     was considering.
13         I was looking at the
14     metabolism and distribution of
15     NDMA and NDEA.
16         And by putting this comment
17     in my statement or in my report,
18     it was more to remind people that
19     when the risk is unknown, which is
20     what I consider it to be, unknown
21     in humans, you also have to
22     remember stopping drugs in
23     patients is not without risk as
24     well.

Page 77

1         And that's been clearly
2     identified in all of the FDA
3     reports that I've seen.
4 BY MR. VAUGHN:
5     Q.   Doctor, why are there no
6 studies of NDMA in humans?
7     A.   Why are there no studies?
8     Q.   Yeah.
9     A.   I'm not sure.
10     Q.   Would it be ethical to give
11 humans NDMA and study what happens?
12         MS. THOMPSON:  Objection.
13     Form.  Outside the scope.
14         THE WITNESS:  I think it
15     depends on the amount.
16 BY MR. VAUGHN:
17     Q.   So you think the regulatory
18 agencies would approve a study on a
19 probable carcinogen in humans?
20         MS. THOMPSON:  Objection to
21     form.  Outside the scope.
22         THE WITNESS:  Yeah, I don't
23     know.  I think it would depend on
24     the amount, but I don't know.

Confidential Information - Subject to Protective Order

Page 78

1 BY MR. VAUGHN:
2     Q.   Okay.  So in forming your
3 opinions, you did not consider any human
4 data regarding NDMA exposure, correct?
5     A.   That is not correct.
6     Q.   I thought you said that
7 there wasn't any.
8     A.   I think what I said is that
9 there were no data in humans showing that
10 it was a carcinogen.  Or --
11     Q.   What's -- go ahead.
12     A.   I'm sorry.  Or proving that
13 it was a carcinogen.
14     Q.   Okay.  What studies did you
15 look at in humans then that you are
16 opining didn't show it can cause cancer?
17 Because I didn't see that in your expert
18 report.
19     A.   Let's go to Pages 48 through
20 end of 55, 56.
21         I did review the
22 epidemiology studies that have been done.
23     Q.   Okay.
24     A.   Either environmental or

Page 79

1 dietary.
2         And let me be clear about
3 what my reason for putting that in my
4 report was.
5         I wasn't attempting to
6 individually critique or support any one
7 of these studies.
8         The purpose of putting them
9 in my report is that I saw some plaintiff
10 experts that looked at these same data
11 and were pretty confident in stating that
12 this proves that NDMA causes cancer.
13         And I look at the same
14 data -- and again, without getting into
15 discussion of odds ratios and confidence
16 limits, I didn't see a consistency in
17 these data that led me to the same
18 conclusion.
19         And so I thought it was
20 worth putting in my report that two
21 people or more looking at these same data
22 might not necessarily draw the exact same
23 conclusion.
24     Q.   Would you agree that these

Page 80

1 studies in humans at least identify what
2 organs NDMA could impact, if it went
3 systemically?
4         MS. THOMPSON:  Objection.
5 Form.
6         THE WITNESS:  I don't think
7 so.  Because I don't think this
8 proves anything.
9 BY MR. VAUGHN:
10     Q.   Why?
11     A.   Because of their
12 inconsistency, some of their limitations
13 that, again, that others have commented
14 on.  You know, if this proved that it was
15 definitely a human causing cancer
16 substance, then it would have had a
17 different level of designation in the
18 IARC.
19     Q.   When you say prove, what
20 level of evidence is that?  Is that like
21 more likely than not, like 51 percent,
22 75 percent?  Do you have to get to
23 100 percent to get to prove?
24     A.   I don't know.  I don't have

Page 81

1 an opinion on that level.
2         My comment more is that
3 there's inconsistency in the data.  And
4 so I don't know what that cut point ought
5 to be.
6     Q.   So is it your opinion that
7 every single study must say that NDMA
8 causes cancer in order to prove that it
9 causes cancer?
10         MS. THOMPSON:  Objection.
11 Form.  Mischaracterizes.
12         THE WITNESS:  Yeah, that's
13 not what I'm saying.
14         What I'm saying is these
15 data look inconsistent enough to
16 me that I would not be willing to
17 draw the conclusion that we have
18 proof that NDMA causes cancer in
19 humans based on these epidemiology
20 trials and their limitations and
21 their inconsistencies.
22         MR. VAUGHN:  We've been
23 going for a little over an hour.
24 Now is a decent time for a break

Page 82

1  if you guys want to take one.
2      MS. THOMPSON:  That's fine
3  with us.
4      MR. VAUGHN:  All right.
5  Want to do --
6      THE VIDEOGRAPHER:  The time
7  right now is 10:06 a.m.  We're off
8  the record.
9      (Short break.)
10      THE VIDEOGRAPHER:  The time
11  right now is 10:20 a.m.  We're
12  back on the record.
13 BY MR. VAUGHN:
14      Q.   Doctor, do you have any
15 programs open on your computer except for
16 Zoom?
17      A.   No.
18      Q.   And you'll keep it that way
19 for the whole deposition?
20      A.   Yes.
21      Q.   Great.  A second ago you
22 said human studies did not prove that
23 NDMA causes cancer in humans.  Doctor, do
24 you agree, though, that at least some of

Page 83

1  the studies in humans where they gave
2  them NDMA or where they were exposed to
3  NDMA, that they found an association
4  between increasing levels of NDMA and
5  increasing rates of cancer?
6      MS. THOMPSON:  Objection.
7      Form.
8      THE WITNESS:  Yes, some of
9      those studies did show a
10      statistical association.
11 BY MR. VAUGHN:
12      Q.   And was that cancer that
13 they found an association with NDMA, was
14 that specific to a certain organ?
15      A.   No.
16      Q.   What organs do you recall
17 being associated with NDMA being able to
18 incite cancer?
19      MS. THOMPSON:  Objection.
20      Form.
21      THE WITNESS:  Well, again,
22      the association was in differing
23      studies, different organs.  They
24      looked at almost anything that you

Page 84

1  can imagine.  So it's sort of all
2  over the board.
3 BY MR. VAUGHN:
4      Q.   There's a lot of organs that
5 NDMA is associated with causing cancer in
6 these studies?
7      A.   There were many different
8 organs, yes.  Again, I would add that it
9 wasn't necessarily within an individual
10 organ that it was always consistent that
11 it did show the association.
12      Q.   Doctor, your audio cut out
13 again.
14      A.   I'm sorry.  What I was
15 adding was that in many cases when you
16 looked at a specific organ, for example,
17 you might find inconsistent results that
18 one study would find an association and
19 another study would not.
20      Q.   Doctor, how many hours did
21 you spend in coming to your opinions
22 within your expert report?
23      A.   I'd have to look at the two
24 invoices that I have sent.  I'm guessing

Page 85

1  somewhere around 100 to 120, something
2  like that.
3      MR. VAUGHN:  Tyler, can we
4      go back to Exhibit B of his expert
5      report.
6      And can we go to the next
7      page.
8 BY MR. VAUGHN:
9      Q.   Doctor, can you read off the
10 names of all plaintiff expert reports
11 that you reviewed?
12      A.   Not off the top of my head,
13 but I certainly did review these that you
14 see on my list.
15      MS. THOMPSON:  Here is the
16      same thing in hardcopy.  Sorry.
17      It might be easier to read.
18      THE WITNESS:  Yeah, so the
19      ones that you see here, are the
20      ones that I did look at.
21 BY MR. VAUGHN:
22      Q.   Can you go ahead and read
23 those off for me, aloud?
24      A.   Etminan, Panigrahy, Hecht,

Page 86

Lagana, Madigan.

Q.   And then at the top of that it says with exhibits.  What does that mean?  Does that mean like their CV and their materials considered?

A.   CVs, not thoroughly, but just to get an idea of what their background was and where -- what institutions they were in.

And in reading the report, if there was a material that I thought was germane to what I was doing, that I might have looked at those too.

Q.   Did you consider the experts' CV when you were critiquing their opinions?

A.   In terms of their background or their institution they were in, or what part of the CV?

Q.   Any part of the CV?

A.   No.  No that was not apart of my critique is what their CV would have been.

Q.   I'm not saying critiquing

Page 87

their CV.  I'm saying when you were critiquing their opinions, did you consider what their specialty and background was?

A.   I mean, yes, I would have considered it.  I don't think it played any role in what my critique was though.

Q.   Okay.  Did you review the literature that each plaintiff expert relied on?

A.   Not all.

Q.   Approximately how much of it did you review?

A.   I think it might have depended on who it was, but I relied mostly on their report and not on the materials that they used to derive their report.

So 20 percent, if I felt it was germane to what I was interested in.

Q.   But you didn't consider all of the citations that plaintiffs' experts used to support their opinions?

MS. THOMPSON:  Objection.

Page 88

Form.

THE WITNESS:  No, I did not.

BY MR. VAUGHN:

Q.   Was there one expert report that you focused on more than the others?

MS. THOMPSON:  Objection. Form.

THE WITNESS:  No, not really.  I sort of gave them equal weight and time relative to how big they were and how detailed they were.

BY MR. VAUGHN:

Q.   Do you recall which one was the largest expert report?

A.   Not exactly.  My best recollection was Panigrahy, but I can't swear to that.

Q.   Do you recall approximately how many pieces of literature Dr. Panigrahy relied on?

A.   I don't recall at all.

Q.   So you don't know if it was 100, 200, 500 articles?

Page 89

A.   I do not.

Q.   If you reviewed the article that a plaintiffs expert relied on, would that appear on your materials considered list?

MS. THOMPSON:  Objection. Form.

THE WITNESS:  If it was included in the exhibits, which is what this says is my reliance document, then I would have had it.

BY MR. VAUGHN:

Q.   Well, if the exhibit just gave the names of the studies and didn't actually have the study itself there, did you go and find that study to look at?

A.   If there was a study I had interest in, I wouldn't have had any assessment on it based on just reading the title of the study.  I would have pulled the study if I felt like I needed to look in.

Q.   And then would that -- would

Confidential Information - Subject to Protective Order

Page 90

¹ you have then included that on your
² materials considered list in the area
³ that lists all the different studies that
⁴ you reviewed?
⁵        A.   Not always.
⁶        Q.   Why not?
⁷        A.   If it ended up not being
⁸ something that was used to form my
⁹ opinions, then I didn't feel it was
¹⁰ relevant to put in my reliance list.
¹¹        Q.   And so you didn't even
¹² critique the literature that plaintiffs'
¹³ experts relied on?  It just wasn't
¹⁴ relevant to you?
¹⁵        MS. THOMPSON:  Objection to
¹⁶    form.  Mischaracterizes.
¹⁷        THE WITNESS:  Yeah, I didn't
¹⁸    say it was irrelevant.
¹⁹        When I looked at them, I
²⁰    would have decided if it was
²¹    relevant or irrelevant to what I
²²    was doing.
²³ BY MR. VAUGHN:
²⁴        Q.   Okay.  How many deposition

Page 91

¹ transcripts with exhibits did you review
² in forming your opinions?
³        A.   The ones that are listed
⁴ here.
⁵        Q.   And were each of those
⁶ transcripts several hundred pages?
⁷        A.   Yes.
⁸        Q.   Who is this Daniel Barreto?
⁹ I don't know if I'm saying the names
¹⁰ right.
¹¹        A.   I have to look at my notes.
¹² He might have been a Teva employee.
¹³        Q.   Do you know what any of
¹⁴ these depositions you reviewed -- can you
¹⁵ tell me who any of them are or who they
¹⁶ work for?
¹⁷        A.   The one that I remember the
¹⁸ most because it -- was Nudelman.  I know
¹⁹ he was a Teva employee involved in sort
²⁰ of risk assessment or something like
²¹ that.
²²        Q.   Why did you -- why were
²³ these the transcripts you decided to
²⁴ review out of all the depositions that

Page 92

¹ have been taken in this litigation?
²        A.   These were the ones that I
³ received from counsel.
⁴        Q.   So counsel determined what
⁵ you reviewed?
⁶        MS. THOMPSON:  Objection.
⁷    Form.  Mischaracterizes.
⁸        THE WITNESS:  No.  Counsel
⁹    does not determine what I review.
¹⁰ BY MR. VAUGHN:
¹¹        Q.   Did you ask to review
¹² certain depositions of people in certain
¹³ positions?
¹⁴        A.   No.
¹⁵        MR. VAUGHN:  All right.  Can
¹⁶    we scroll down a little bit,
¹⁷    Tyler, on this regulatory guidance
¹⁸    and documents.
¹⁹ BY MR. VAUGHN:
²⁰        Q.   I note there's over 40
²¹ regulatory guidances and documents on
²² your materials considered.  How did you
²³ come into possession of all of these
²⁴ regulatory guidelines?

Page 93

¹        A.   Where are we now?
²        Q.   Bottom of the page.  So it
³ starts -- bottom of Page 1, and I think
⁴ it goes to -- two, three -- yeah, till
⁵ Page 3 is your regulatory guidance
⁶ documents.
⁷        A.   I'd say some of them came
⁸ from counsel as part of what were called
⁹ my initial documents for consideration.
¹⁰ And some of them were documents that I
¹¹ already had because in the nature of my
¹² normal day-to-day job responsibilities,
¹³ as I try to keep track of what's going on
¹⁴ with the drugs that I have an interest
¹⁵ in.
¹⁶        So particularly, the FDA
¹⁷ documents, most of those I had already.
¹⁸        Q.   So you reviewed all these
¹⁹ guidance documents, correct?
²⁰        A.   Yes.
²¹        Q.   Did you have -- did you have
²² any disagreements with any of these
²³ guidance documents?
²⁴        A.   I mean, how many did you say

Page 94

1  there were?
2      Q.   About 40.
3      A.   Yeah, I can't recall
4  specifically if I would have had an
5  agreement within one or, you know, out of
6  all the things it would have been in all
7  the -- each of the individual 40
8  documents.  So I don't recall that
9  specifically.
10     Q.   If you disagreed with the
11 regulatory guideline, would that be not
12 significant?
13         MS. THOMPSON:  Object to
14     form.
15         THE WITNESS:  I don't know
16     what significant would mean.
17 BY MR. VAUGHN:
18     Q.   I mean, would you not note
19 it in your expert report if you disagreed
20 with one of the regulatory guidance
21 documents?
22     A.   Only, I suspect -- because I
23 don't recall doing it.  But only if I
24 suspect it would have altered one of my

Page 95

1  opinions.
2      Q.   Do you know if any of these
3  regulatory guidance documents lay out the
4  methodology in which you -- and how you
5  convert animal exposure to NDMA to human
6  exposure?
7          MS. THOMPSON:  Objection.
8      Form.
9          THE WITNESS:  There may have
10     been areas that touched on that in
11     some of these documents.  But I
12     don't recall specifically which
13     ones and where.
14 BY MR. VAUGHN:
15     Q.   Would you agree that would
16 be important for your methodology to
17 follow what is laid out in the regulatory
18 guidelines?
19         MS. THOMPSON:  Objection.
20     Form.
21         THE WITNESS:  In terms of
22     forming my opinion on the
23     distribution and metabolism of
24     NDMA and NDEA?

Page 96

1  BY MR. VAUGHN:
2      Q.   On the equivalent dose for a
3  human based on what an animal got.
4      A.   Well, that question
5  specifically has been addressed, not just
6  in regulatory documents, but in many,
7  many, many of the articles that I
8  reviewed in the animal studies.
9          And I don't recall ever
10 seeing a single one that did not list
11 that as a limitation in expanding animal
12 data to humans in this regard.
13     Q.   Did you give more weight to
14 an article or to a regulatory guidance?
15     A.   I guess I don't look at it
16 in those terms, to say one is better than
17 the other or stronger than the other.
18         I would say that in general,
19 regulatory documents look at a variety of
20 clinical and/or animal situation or data
21 as opposed to one single study.
22         So in a pure volume
23 standpoint, there would probably be more
24 data reviewed in a regulatory document.

Page 97

1  But that's not always the case.
2      Q.   If the regulatory document
3  laid out a different methodology than
4  some random study, which would you use?
5          MS. THOMPSON:  Objection.
6      Form.
7          THE WITNESS:  Which would I
8      use to do what with?
9  BY MR. VAUGHN:
10     Q.   To convert the dose of NDMA
11 given to an animal, to the equivalent
12 dose needed to give a human.
13     A.   Well, again, I'm not sure
14 exactly what you're asking.  So maybe you
15 can rephrase it, and I'll try to do a
16 better job of answering.
17     Q.   No.  It was a bad question.
18 You're okay.  We'll get to it here in a
19 little bit.
20     A.   Okay.
21     Q.   Did you conduct your own
22 literature review in forming your
23 opinions?
24     A.   Yes.

Confidential Information Subject to Protective Order

Page 98

1    Q.   Can you explain your
2 methodology on your literature review to
3 me?
4    A.   Yeah.  I'd be happy to.
5         Original communications
6 between counsel and myself, I was asked
7 to evaluate the metabolism and
8 distribution of NDMA and NDEA.  And then
9 with a focus of -- in regards to the
10 amount that had been identified in the
11 valsartan tablets.
12         And so after my original
13 review of documents that were provided in
14 those initial files, one of those was
15 also the pleadings from plaintiffs.
16         And even before I did my
17 literature search, I went through those
18 and tried to identify areas that were
19 within my area of expertise, like
20 bioequivalence, drug metabolism, and
21 those types of things.  So I sort of knew
22 what direction I was wanting to head.
23         And then I went to PubMed
24 and started looking at articles relative

Page 99

1 to NDMA and NDEA and metabolism,
2 dose-response, drug distribution.
3         And then, in addition, I
4 looked at valsartan as well, just because
5 there seemed to be issues about whether
6 there was potential overlapping
7 metabolism between valsartan and the
8 impurity.
9         So I included valsartan,
10 which pretty well characterized it, so it
11 didn't take too long anything that I
12 needed to find out about valsartan.
13         MR. VAUGHN:  Tyler, can we
14    go to the next page of this
15    reliance list, or materials
16    considered.  One more page.
17    Sorry.
18 BY MR. VAUGHN:
19    Q.   At the bottom -- yeah, so
20 literature and standards down here.  I
21 note that you have approximately 100,
22 117 pieces of literature on here.  Were
23 you saying earlier that there's even more
24 literature than this that you reviewed,

Page 100

1 you just didn't include it on your
2 materials considered?
3    A.   Yeah.  I think there's more.
4 Sometimes I would look at an article that
5 I thought was relevant.  And then one of
6 my additional things that I do, instead
7 of just relying on my PubMed returns, is
8 I look at the references that are in that
9 article.
10         And sometimes you find one
11 that you might not have found through a
12 PubMed search.  And I decide whether that
13 adds additional information or is
14 supportive or -- so, yeah, there's other
15 articles beyond these that, in the course
16 of the last four or five months, that I
17 looked at as well.
18    Q.   I mean, if you had to
19 estimate, how many more?  Like twice as
20 many, another dozen?
21         MS. THOMPSON:  Objection.
22    Form.
23         THE WITNESS:  I really can't
24    give you a number.  It could be

Page 101

1    between 25 and 75.  I don't really
2    recall.
3 BY MR. VAUGHN:
4    Q.   So less than 200 articles in
5 total you reviewed then?
6    A.   Maybe.  It could be more
7 than that.
8    Q.   So you reviewed five expert
9 reports with the exhibits, eight
10 deposition transcripts with exhibits,
11 over 40 regulatory documents, and
12 approximately 200 pieces of literature
13 and 100 or so internal documents, and you
14 did all of that in 100 to 120 hours; is
15 that correct?
16    A.   That is correct.
17    Q.   Doctor, is this litigation
18 the first time that you ever researched
19 the carcinogenicity and potency of a
20 probable human carcinogen?
21         MS. THOMPSON:  Objection.
22    Form.
23         THE WITNESS:  Probably the
24    first time to this level of

Confidential Information - Subject to Protective Order

Page 102

research. But the concepts here are essentially the same for any new drug or any grant that I submitted, where you have to be thorough in your approach to evaluating the literature, selecting that, that you think is relevant to what your question is that you're trying to answer.

And so I -- it's maybe the second time that I've looked at what would be a potential carcinogenic response to a drug. But it's not any different from what I've done for the last 35 years.

BY MR. VAUGHN:

Q.   I know you don't believe NDMA or NDEA to be human carcinogens. But would you agree with me that they are animal carcinogens?

MS. THOMPSON: Objection. Form.

THE WITNESS: Yes. There

Page 103

are numerous, numerous studies showing carcinogenicity in animals.

BY MR. VAUGHN:

Q.   Are you aware of any animal that NDMA is not a carcinogen in?

A.   I didn't approach it looking for one that escaped that. So I don't know. I'm not aware of any, I don't know.

Q.   So you didn't consider if every mammal ever tested with NDMA was found to -- scratch that. Let me re-ask the question.

So you didn't consider if every animal is susceptible to cancer formation when exposed to NDMA?

A.   There's no opinion in my report that was based on that, so no.

Q.   Is a human an animal?

A.   Yes.

Q.   I'm sorry. For the jury.

So if every animal -- ever mammal tested with NDMA was found to

Page 104

increase their risk of cancer, would that not be relevant to your opinion on if NDMA is a human carcinogen also?

MS. THOMPSON: Objection. Form.

THE WITNESS: No. And again, I don't differ from the -- from the IARC's designation that this is a probable human carcinogen. I don't disagree with that assessment.

And as I said before, with the availability and the limitations of the epidemiology studies that have been done, those were available to IARC and they still didn't change that designation from probable.

So the number of animal species that had cancer responses to various, and I might add super high doses relative to what we are talking about with NDMA, that didn't change anything for me.

Page 105

BY MR. VAUGHN:

Q.   So at least in regards to animals, NDMA and NDEA are the most potent carcinogens that you've ever investigated, correct?

MS. THOMPSON: Objection. Form.

THE WITNESS: I mean, possibly, yes.

MR. VAUGHN: Tyler, can we go to Exhibit A of his expert report now.

I think this will be Exhibit 3 Tyler.

TRIAL TECH: Exhibit 3. Yes.

(Document marked for identification as Exhibit Bottorff-3.)

MR. VAUGHN: Thank you. Can we go to Page 11 of the PDF. Perfect.

BY MR. VAUGHN:

Q.   Doctor. It looks like

Page 106

¹ you've been involved in many journals.
² What does it mean to be an editor of a
³ journal?
⁴        A.    When researchers write
⁵ articles to be considered for
⁶ publication, they first go to an editor.
⁷ And the editor makes a preliminary
⁸ decision about whether it's worthy or not
⁹ of publication.
¹⁰        And if they believe it is
¹¹ and within the scope of what that journal
¹² focuses on, then they will send it out to
¹³ individual reviewers to provide specific
¹⁴ comments on all of the methodology and
¹⁵ conclusions and statistics and so forth.
¹⁶        So the editor level is sort
¹⁷ of one step above the individual journal
¹⁸ article referees or reviewers.
¹⁹        Q.    How do you become either a
²⁰ referee or an editor on a journal?
²¹        A.    Usually those journals will
²² call me.  Often it's a journal that I've
²³ published in several times already.  And
²⁴ based on your expertise and experience,

Page 107

¹ they will invite you to be an editor.  So
² it's a selection, not something that you
³ volunteer for.
⁴        Q.    So being an editor on a
⁵ journal is kind of a way of -- you've
⁶ been recognized as one of the leaders in
⁷ that area.  Is that fair to say?
⁸        A.    Very fair to say, correct.
⁹        Q.    Have you ever worked --
¹⁰ sorry.
¹¹        Have you ever been an editor
¹² or reviewer or referee for a journal that
¹³ has a focus on cancer?
¹⁴        A.    No.  My focus has been
¹⁵ cardiovascular drugs, but again,
¹⁶ everything within the realm of those
¹⁷ drugs involving their pharmacology,
¹⁸ pharmacokinetics, pharmacodynamics,
¹⁹ safety, efficacy.
²⁰        Q.    So, you know, sometimes
²¹ people publish in journals that's a
²² little outside of the scope of what their
²³ article is on.  Have you ever been
²⁴ involved in the peer review process of an

Page 108

¹ article on cancer, that was submitted for
² publication?
³        A.    Gosh, you know, some of
⁴ these were 25 to 30 years ago, so I don't
⁵ recall.  I know it wouldn't have been a
⁶ major area of the articles that I would
⁷ have been asked to review.  But it's
⁸ possible there was something there.  And
⁹ I didn't -- that I just don't recall.
¹⁰        MR. VAUGHN:  Tyler, can we
¹¹ go to Page 3 of this document, PDF
¹² Page 3.
¹³ BY MR. VAUGHN:
¹⁴        Q.    I see there's like 141
¹⁵ invited presentations that you listed.
¹⁶        A.    Is that all?
¹⁷        Q.    Right.  Can you explain to
¹⁸ me what invited presentations are?
¹⁹        A.    Anywhere from -- yeah,
²⁰ because those are followed by scientific
²¹ presentations.  So I've done about maybe
²² 1,500 internationally and nationally.
²³        I break them down into two
²⁴ types.  One would be if a professional

Page 109

¹ society, a local organization, a
² pharmacist, physicians, nurses would ask
³ me to give a presentation, that would be
⁴ an invited presentation in that setting.
⁵        The other ones that are more
⁶ scientific are typically other
⁷ professional societies or places like
⁸ hospitals to do grand rounds and those
⁹ types of things.
¹⁰        Q.    Of all these invited
¹¹ presentations, of the 141 listed, do any
¹² of them relate to the carcinogenicity of
¹³ a substance?
¹⁴        MS. THOMPSON:  Object to
¹⁵ form.
¹⁶        THE WITNESS:  No, they all
¹⁷ relate to the safety, efficacy,
¹⁸ therapeutic decisionmaking, if you
¹⁹ will, of cardiovascular drugs in
²⁰ general.
²¹ BY MR. VAUGHN:
²²        Q.    You're noting the different
²³ types of people -- or organizations that
²⁴ would invite you to give these

Confidential Information - Subject to Protective Order

Page 110

¹ presentations. Would any of them be
² pharmaceutical companies?
³     A.    No, I wouldn't have listed
⁴ those. And they usually don't invite
⁵ someone like me to just come in and give
⁶ a presentation. I have done, in
⁷ 40 years, maybe three or four of those.
⁸ But that's not a usual thing that
⁹ happens.
¹⁰     Q.    Have you ever given a
¹¹ presentation on behalf of a
¹² pharmaceutical company?
¹³     A.    Yes. And that gets back to
¹⁴ the speaker bureau question that we had
¹⁵ earlier this morning.
¹⁶     Q.    And they pay you for those
¹⁷ presentations?
¹⁸     A.    Correct. And these
¹⁹ professionals societies, when they invite
²⁰ you, they pay you as well.
²¹     Q.    But, again, some of the
²² presentations that you've given, you were
²³ hired by a pharmaceutical company, but
²⁴ you weren't presenting to the

Page 111

¹ pharmaceutical company, correct?
²     A.    Correct. I was presenting
³ to other healthcare professionals.
⁴     Q.    Do you disclose to them when
⁵ you are presenting, that you're hired to
⁶ present to them by the pharmaceutical
⁷ company?
⁸     A.    Yes. That's required.
⁹     Q.    And then under the
¹⁰ scientific presentations that you were
¹¹ also talking about, do any of them relate
¹² to the carcinogenicity of a substance?
¹³     A.    No. I don't believe so.
¹⁴ They're all related again to the complete
¹⁵ profile and safety and efficacy and the
¹⁶ therapeutic application of any
¹⁷ cardiovascular drug that I had an
¹⁸ interest in.
¹⁹     MR. VAUGHN: Tyler, can we
²⁰ go to PDF Page 10.
²¹ BY MR. VAUGHN:
²²     Q.    You list numerous awards
²³ spanning several decades. Do any of the
²⁴ awards have anything to do with cancer

Page 112

¹ research?
²     A.    No. I don't do cancer
³ research.
⁴     Q.    Why don't you do cancer
⁵ research?
⁶     A.    My focus is on
⁷ pharmacokinetics, pharmacodynamics, drug
⁸ metabolism, drug interactions with
⁹ cardiovascular drugs. And if cancer was
¹⁰ part of that, then that's part of that.
¹¹ But --
¹²     Q.    So in general, would you be
¹³ relying in your professional field on
¹⁴ someone who has a focus in cancer
¹⁵ research?
¹⁶     MS. THOMPSON: Objection.
¹⁷ Form.
¹⁸     THE WITNESS: Would I be
¹⁹ relying on -- I'm sorry. I'm not
²⁰ sure I understand the question.
²¹ BY MR. VAUGHN:
²²     Q.    I guess -- so you said that
²³ you don't really research carcinogenicity
²⁴ of substances.

Page 113

¹     If you needed to know the
² carcinogenicity of a substance in your
³ daily practice, where would you get that
⁴ information, would you defer -- would you
⁵ get it from an expert in the field?
⁶     MS. THOMPSON: Objection.
⁷ Form. Mischaracterizes.
⁸     THE WITNESS: Yeah, I'm not
⁹ sure under what circumstances that
¹⁰ might be. But yeah, I could --
¹¹ oncology people were part of the
¹² academic medical centers where I
¹³ was. So I could always have
¹⁴ access to them.
¹⁵ BY MR. VAUGHN:
¹⁶     Q.    All right. You would agree
¹⁷ that the oncologists at the places that
¹⁸ you've worked at would be more qualified
¹⁹ to give an opinion on the carcinogenicity
²⁰ of a substance than you?
²¹     MS. THOMPSON: Objection.
²² Form.
²³     THE WITNESS: Not if it came
²⁴ to the area of drug metabolism and

Page 114

pharmacokinetics.

They would refer to me.

BY MR. VAUGHN:

Q.   What about dose-response?

A.   Pretty much the same thing in the context of how a drug is metabolized.

Q.   Would you consult with them?

MS. THOMPSON:  Objection. Form.

THE WITNESS:  If necessary.

MR. VAUGHN:  All right.  Can we go to PDF Page 12 now, Tyler.

BY MR. VAUGHN:

Q.   Again, you have lots of committees that you've been on in your career.

Do any of them, of these committees, have a focus on cancer?

A.   Again, I'm not trying to recall every single committee that I've been on, but I have been on, and chaired institutional review boards where cancer-related studies were part of the

Page 115

submission.  So I have interacted in that -- in that regard.

Q.   Do you recall any of those cancer related studies that you just referenced?

A.   Not off the top of my head, no.

Q.   A long time ago?

A.   I mean, in the range of 10 to 20 years ago, yes.

Q.   Has the field of pharmacology evolved in the last ten years?

MS. THOMPSON:  Objection. Form.

THE WITNESS:  Quite a bit.

BY MR. VAUGHN:

Q.   What about cancer or our knowledge on carcinogens?

A.   It looks like it has, based on some of the documents that I reviewed for this.

MR. VAUGHN:  And, Tyler, can we go to PDF Page 14, please.

Page 116

BY MR. VAUGHN:

Q.   It looks like you have been 37 grants or contracts.  What is a grant or a contract?

A.   A grant is typically something you submit to a funding agency. And they review and approve for funding.

A contract is more a negotiation with a funding agency, specifically for something that you want to do.  And you're not necessarily in competition for other people like you would be for a grant.

Q.   Are you doing animal studies here or just all different types of studies?

A.   Majority is human pharmacokinetics, pharmacodynamics, and drug interactions.

I have done animal studies. I'm not sure I got funded for any of those.  But I have worked in a fair number of animal studies.

Q.   What experience do you have

Page 117

with animal studies?

A.   My earliest one is at the University of Kentucky as a resident. One of my projects was looking at drug distribution based on obesity using a rat model.  These are called Zucker rats.

I was mostly just helping out in the lab and looking at the techniques.  So I never became an author on the paper.  But I have done that in animals.

I've also done a dog study looking at isolated cardiac myocytes in the lab.  And I've done some did defibrillation threshold studies in pigs, which I do have publications on.

Q.   Have you ever done any carcinogenicity studies in animals?

A.   No.

Q.   In your opinion, what animal or animals are most similar to a human in how they are going to respond to a drug?

A.   It depends.  And -- you know, when you're looking at a specific

Confidential Information - Subject to Protective Order

Page 118

1 drug metabolism, then what it appears --
2 and this popped up in many of the studies
3 that I looked at for my report -- that
4 the rat is actually the animal that seems
5 the most similar to humans for drug
6 metabolism based on a standardized weight
7 of the liver in the rat, versus the liver
8 of a human, and not quite so much so in
9 the other animal models of drug
10 metabolism.
11        Q.   So are you telling our jury
12 that humans are more similar to rats than
13 they are to monkeys?
14        MS. THOMPSON:  Objection to
15 form.
16        THE WITNESS:  In terms of
17 opposing thumbs, I think we're
18 closer to monkeys.  But in terms
19 of drug metabolism, sometimes
20 we're closer to rats.
21 BY MR. VAUGHN:
22        Q.   What about our DNA?  What
23 percentage of our DNA do we share with
24 monkeys?  Do you know?

Page 119

1        MS. THOMPSON:  Objection.
2 Scope.
3        THE WITNESS:  I think it's
4 probably in the 90 percent.
5 Something like that.
6 BY MR. VAUGHN:
7        Q.   What percent of DNA do we
8 share with rats?
9        A.   It's probably in the
10 88 percent.  So it's not as far off as
11 you would think.
12        Q.   But we're more similar, DNA,
13 at least wise, to a monkey than a rat,
14 correct?
15        MS. THOMPSON:  Objection.
16 Form.
17        MR. VAUGHN:  I appreciate if
18 you quit laughing, Counsel.
19        MS. THOMPSON:  Sorry.  This
20 is a really funny line of
21 questioning.
22        THE WITNESS:  Again, I think
23 it depends on what you are talking
24 about.  And for this litigation,

Page 120

1 for the question that I was asked
2 to address, it just turns out that
3 drug metabolism of NDMA is more
4 closely related in the rat than it
5 would be in any of the other
6 species.
7        And that's not getting into
8 the oncology part of it.  It's
9 just getting into the drug
10 metabolism part.  And that's the
11 part where I focus.
12 BY MR. VAUGHN:
13        Q.   Are there any oral human
14 studies of NDMA exposure?
15        A.   Other than the epidemiology
16 ones that we've mentioned already?
17        Q.   Mm-hmm.
18        A.   I do believe there was a
19 ranitidine study that looked at urinary
20 NDMA.  I didn't focus on it for this
21 particular question that I was asked to
22 address.  But I think there is at least
23 one that I can vaguely recall seeing.
24        Q.   And did it look into the

Page 121

1 metabolism of NDMA in the human body?
2        A.   Not that I recall.  But
3 again I didn't -- it's been a while since
4 I saw that one.  So I haven't considered
5 it recently.
6        Q.   What are you basing your
7 opinion on that humans metabolize NDMA
8 the same -- most similarly to rats of any
9 animal?
10        A.   Numerous mentions of that in
11 the articles that I considered for this.
12 And I'm trying to recall.  I probably
13 have in my note when it happened.  If we
14 want to take the time to do that, I can
15 recall one specifically.
16        But my recollection is I saw
17 that as many as four or five times
18 mentioned.
19        Q.   Did you look to see how they
20 came to their opinion on that?
21        A.   Again, in the absence of
22 pharmacokinetic studies in humans, it was
23 more based on either rat 2E1, which is
24 the major metabolizing enzyme in question

Confidential Information - Subject to Protective Order

Page 122

1 here for NDMA, and NDEA for that matter.
2 That was one area that was discussed.
3          And then another area was
4 the volume that you can isolate of P450
5 per gram of liver in the rat is similar
6 if not close to identical to what you see
7 with that same calculation in the human.
8      Q.   Is P450 an important --
9 strike that question.
10          What organs in the human
11 body have P450?
12      A.   Many.  But in almost every
13 study that I've ever seen, the majority,
14 by an overwhelming majority is the liver.
15 You do have, depending on the enzyme,
16 some in the gut wall, like the upper
17 small intestine, the kidney, the lungs.
18          There are a variety of other
19 organs that have been identified to have
20 it.  But on a rank order, it's liver far
21 and away number one, gut wall number two.
22      Q.   And so would you agree with
23 me that an organ or tissue must contain
24 P450 in order for NDMA to be able to

Page 123

1 incite cancer in that organ?
2      A.   Yes.  And that's been
3 written about in numerous of the studies
4 that I reviewed.
5      Q.   And so you would also agree
6 that organs with P450, if exposed to
7 NDMA, could be susceptible to cancer
8 formation?
9      A.   Depending on the dose.  And
10 then depending on the amount of P450 in
11 that organ, because they don't all have
12 the same amount.
13          So if you give the same dose
14 to two different organs and have one
15 organ that has ten times the P450 of the
16 other, and then it would produce a
17 different amount of carcinogen at that
18 point.
19          So it is relying on both the
20 dose, the amount of P450, and technically
21 in the way in which the drug is
22 administered as well.
23      Q.   But you're unable to tell me
24 how much of a dose of NDMA is needed in a

Page 124

1 human, right?
2          MS. THOMPSON:  Object to
3      form.
4          THE WITNESS:  No one has
5      that data.
6          Sorry.
7 BY MR. VAUGHN:
8      Q.   These grants and contracts
9 that you received, are any of them from
10 pharmaceutical manufacturers?
11      A.   Some of them are.  Yes.
12      Q.   What's the most recent grant
13 or contract that you received, do you
14 recall, or do you know?
15      A.   I can tell you looking here.
16          2013, which is around the
17 time that I started switching my
18 responsibilities from primarily a
19 researcher clinician, educator, faculty
20 member to picking up more administrative
21 responsibilities.
22      Q.   You are no longer conducting
23 research, correct?
24          MS. THOMPSON:  Objection.

Page 125

1      Form.
2          THE WITNESS:  Not in the way
3      in which would be reflected in
4      terms of doing, you know, a grant
5      submission or something like that.
6          But again, you know,
7      researching drugs, their
8      pharmacology, that's almost a
9      daily thing for me for 40 years.
10          MR. VAUGHN:  And, Tyler, if
11      we can go to PDF Page 15.
12 BY MR. VAUGHN:
13      Q.   So your publications start
14 there.  And it looks like you have about
15 50 publications listed.  Do any of your
16 publications focus on cancer?
17      A.   No, none of my publications
18 focused on cancer.  But you can see that
19 they are heavily involved in drug
20 metabolism, drug pharmacokinetics, drug
21 pharmacodynamics.
22          MR. VAUGHN:  And, Tyler, can
23      you go to 19.
24

Confidential - Information Subject to Protective Order

---

Page 126

1 BY MR. VAUGHN:
2     Q.   At the bottom you list
3 original research.  What do you mean by
4 original research?
5     A.   I try to break down
6 publications by either books or book
7 chapters that I've authored compared to
8 review articles, you know, which are sort
9 of an overview of a particular drug or
10 drug topic.
11         But then original research
12 are the actual studies that I conducted,
13 most of the time in collaboration with
14 others, and then have those published.
15     Q.   And of your original
16 research, any of it relate to cancer?
17     A.   No.  Again, it's all on
18 pretty much a drug pharmacokinetics, drug
19 metabolism, drug interactions, and
20 pharmacodynamics.
21     Q.   All right.  So, Doctor, I
22 don't see anywhere within your CV
23 anything on cancer.
24         Can you explain to our jury

---

Page 127

1 why you believe that you are qualified to
2 provide an opinion as to the potency of a
3 carcinogen?
4         MS. THOMPSON:  Objection.
5 Form.
6         THE WITNESS:  Again, I don't
7 think that I'm claiming anything
8 involving potency in the way in
9 which I think of that term from a
10 pharmacodynamic standpoint.
11         But again, the question that
12 I was asked to review was how was
13 NDMA and NDEA metabolized and
14 where would they go and what would
15 happened to them at these doses.
16         And, you know, without
17 sounding flippant, metabolism of
18 compounds evolved long before we
19 put drugs in capsules and tablets.
20         So whether the chemical is
21 NDMA and is going through
22 cytochrome P450, whether it's a
23 cardiovascular drug or
24 noncardiovascular drug, it's going

---

Page 128

1 through cytochrome P450.
2         Those principles are
3 identical, and in fact were
4 originally for ingested compounds,
5 long before we made capsules and
6 tablets.
7         So P450 has been around for
8 way longer than valsartan for
9 instance.
10 BY MR. VAUGHN:
11     Q.   What is your definition of
12 potency?
13     A.   Potency would typically be a
14 dose-response curve where you give
15 multiple doses and then characterize the
16 dose-response curve of two different
17 substances.  And if there is a shift to
18 the left or to the right, then one of
19 those would be considered more potent
20 than the other.
21         That's how potency is
22 defined in drug pharmacology.
23     Q.   As a pharmacist, do you
24 think you are more qualified than a

---

Page 129

1 cancer research specialist to opine on
2 the potency of a carcinogen?
3         MS. KAPKE:  Object to form.
4         MS. THOMPSON:  Objection.
5 Form.
6         THE WITNESS:  As a
7 pharmacist, what I'm probably more
8 qualified than anyone that I've
9 read depositions or expert reports
10 on, is to comment on drug
11 metabolism and drug distribution,
12 and a dose-response relationship
13 to that pharmacokinetic
14 distribution.
15 BY MR. VAUGHN:
16     Q.   When that substance is a
17 potential carcinogen, you still think
18 that you're more qualified than a cancer
19 research specialist?
20         MS. THOMPSON:  Objection.
21 Form.
22         THE WITNESS:  In the context
23 of what I focused on about drug
24 metabolism, absolutely.

---

Page 130

¹ BY MR. VAUGHN:
²     Q.   Did you do research to see
³ if, you know, any of the properties of
⁴ NDMA would change the way it's
⁵ metabolized in comparison to a
⁶ pharmaceutical drug?
⁷         MS. THOMPSON:  Objection.
⁸ Form.
⁹         THE WITNESS:  Yes, I did
¹⁰ actually.
¹¹         And again, many of my
¹² research and publications has
¹³ centered on not just drug
¹⁴ metabolism, but routes of drug
¹⁵ metabolism as a way of predicting
¹⁶ drug interactions.
¹⁷         And the number one cause of
¹⁸ a drug interaction is having two
¹⁹ co-administered compounds that
²⁰ compete for the same metabolic
²¹ pathway.
²²         And so one of my areas of
²³ review was to describe how
²⁴ valsartan is distributed and

Page 131

¹ metabolized, eliminated.  And the
² same for NDMA and NDEA.  And I
³ think clearly demonstrated in my
⁴ report, that there's no overlap at
⁵ all, so there would be no
⁶ expectation of any -- having any
⁷ effect on each other because of
⁸ not sharing routes of elimination.
⁹ BY MR. VAUGHN:
¹⁰     Q.   When you were determining
¹¹ the levels that were -- of NDMA that were
¹² given to animals, and you were trying to
¹³ opine what level would be needed for a
¹⁴ human to be equivalent, did you base that
¹⁵ in part off of the weight of the human?
¹⁶         MS. THOMPSON:  Objection.
¹⁷ Form.
¹⁸         THE WITNESS:  I mean, we can
¹⁹ look at that section in my report.
²⁰ But the way in which I tried to
²¹ do, with all its limitations, the
²² extrapolation of the animal data,
²³ particularly rats, because I think
²⁴ they are the closest approximation

Page 132

¹ to humans, into human dose
² equivalence, then that was done on
³ a milligram-per-kilogram basis.
⁴         So yes, it incorporated the
⁵ weight differential between the
⁶ two species, if you will, humans
⁷ and animals.
⁸ BY MR. VAUGHN:
⁹     Q.   As a pharmacist and, you
¹⁰ know, the medications that you deal with,
¹¹ is that how you convert every medication?
¹² You do it the same way?
¹³     A.   Convert from what to what?
¹⁴         MS. KAPKE:  Object to form.
¹⁵ BY MR. VAUGHN:
¹⁶     Q.   From an animal to a human?
¹⁷     A.   Sometimes.  I think it
¹⁸ depends on what's been done.  And
¹⁹ sometimes they use body surface area.
²⁰ But the usual way it's done is on a
²¹ milligram-per-kilogram basis.
²²     Q.   Usual way, but not always,
²³ right?
²⁴     A.   Usual way but not always.

Page 133

¹     Q.   Is there any -- is there any
² medication you're aware of or substance
³ where scaling for weight is
⁴ inappropriate?
⁵         MS. THOMPSON:  Objection.
⁶ Form.
⁷         THE WITNESS:  Off the top of
⁸ my head, I can't say.  I suspect
⁹ that it could be there.  But I
¹⁰ can't say.  I don't know off the
¹¹ top of my head.
¹² BY MR. VAUGHN:
¹³     Q.   What factors would make it
¹⁴ inappropriate to scale based on weight?
¹⁵         MS. THOMPSON:  Objection.
¹⁶ Form.
¹⁷         THE WITNESS:  Well, not
¹⁸ having seen that done very much, I
¹⁹ don't have -- I don't have an
²⁰ opinion on what that would be.
²¹ BY MR. VAUGHN:
²²     Q.   And so you didn't consider
²³ what factors might make scaling for
²⁴ weight when converting NDMA from an

Page 134

1 animal to a human, you didn't consider
2 what factors might make that
3 inappropriate?
4     A.   If I had ever seen in the
5 articles that I did review any allusion
6 to that, then I would have considered it.
7 But I didn't see it anywhere.
8     Q.   You didn't see it anywhere.
9 But you would have considered though if
10 you did see it?
11    A.   I would have always
12 considered it if I saw it.
13    Q.   And would it have been in
14 your report then if you saw that?
15    A.   Yes.
16        MR. VAUGHN:  Counsel, right
17        now is another really good time
18        for a break.  I know we're about
19        an hour.
20        (Whereupon a discussion was
21        held off the record.)
22        THE VIDEOGRAPHER:  The time
23        right now is 11:11 a.m.  We are
24        off the record.

Page 135

1        (Short break.)
2        THE VIDEOGRAPHER:  The time
3        right now is 11:26 a.m.  We're
4        back on the record.
5        MR. VAUGHN:  All right.
6        Tyler, can you pull the expert
7        report back up for us.  And let's
8        go to Page 63 again.
9 BY MR. VAUGHN:
10    Q.   Doctor, can you read that
11 opinion of yours at the bottom, VIII?
12    A.   Yes.
13        "It is my opinion that no
14 scientific professional could credibly
15 claim to a reasonable degree of
16 scientific certainty that plaintiffs'
17 cancer was caused by their treatment with
18 any valsartan product contain trace
19 levels of NDMA and NDEA impurities during
20 the time period in question."
21    Q.   Doctor, what do you consider
22 trace levels?
23    A.   The amounts that I consider
24 to be trace in these valsartan products.

Page 136

1     Q.   And that was 20 micrograms
2 or less, correct?
3     A.   Correct.
4     Q.   And you say any valsartan
5 product.  How could you give that opinion
6 when you haven't even reviewed all of the
7 testing data?
8        MS. THOMPSON:  Objection.
9        Form.
10        THE WITNESS:  Any valsartan
11        product that I evaluated.
12 BY MR. VAUGHN:
13    Q.   Okay.  So again, just less
14 than the 20 micrograms is what your
15 opinion is limited to?
16        MS. THOMPSON:  Objection.
17        Form.
18        THE WITNESS:  Not really.
19 BY MR. VAUGHN:
20    Q.   So would it be more accurate
21 to say that any valsartan product that
22 the FDA reviewed?
23        MS. THOMPSON:  Objection.
24        Form.

Page 137

1        THE WITNESS:  No.  What I
2        used to draw that conclusion in my
3        report were the levels of exposure
4        to NDMA and NDEA in the animal
5        studies that provided
6        dose-response relationships that
7        appeared to confine, number one,
8        doses of NDMA that would not leave
9        the liver due to first-pass
10        metabolism, and that also did not
11        appear to cause cancer in
12        predominately rats because they're
13        the best model for this.
14 BY MR. VAUGHN:
15    Q.   You're aware -- if you were
16 aware that the NDMA or NDEA levels in
17 generic valsartan were higher than what
18 the FDA was aware of, is that something
19 that you would have considered in forming
20 your opinions?
21        MS. THOMPSON:  Objection.
22        Form.
23        THE WITNESS:  If we go back
24        to the ZHP, for instance, comment

Confidential Information - Subject to Protective Order

Page 138

1    that was earlier in my report of
2    120 parts per million.
3  BY MR. VAUGHN:
4      Q.   Mm-hmm.
5      A.   That would correspond to
6  only about twice as much as what the
7  highest amount was in any of the products
8  that I evaluated.
9          And if you look at my tables
10  on 35, 36, 37, 38, 39, we're still
11  talking about hundreds to thousands times
12  more that was shown to be safe in animals
13  than the amount even in that 120 parts
14  per billion -- or million that we talked
15  about.
16      Q.   What if the levels were go
17  even higher than 120 parts per million?
18      A.   I don't have that
19  information, so I don't know what that
20  would look like or how much that would
21  be.  It's not enough information for me
22  to make an opinion on.
23      Q.   Defense counsel would have
24  needed to provide that information to you

Page 139

1  for you to provide an opinion on it,
2  right?
3          MS. THOMPSON:  Objection.
4      Form.
5          THE WITNESS:  Or the FDA or
6      anybody else.
7  BY MR. VAUGHN:
8      Q.   So in this opinion, when you
9  say no scientific professional could
10  credibly claim, what do you mean by that?
11      Is that more than just
12  disagreeing with the other side.  Are you
13  drawing into question their integrity in
14  making their opinions?
15          MS. THOMPSON:  Objection.
16      Form.
17          THE WITNESS:  No, I didn't
18      draw this conclusion based on
19      their opinions.
20      I drew that conclusion based
21      on my research into NDMA
22      metabolism and the dose-response
23      relationship that this seemed to
24      be far below that was associated

Page 140

1    with any cancer in the hundreds to
2    thousands times lower.
3  BY MR. VAUGHN:
4      Q.   Would you consider some of
5  the plaintiffs' experts to be scientific
6  professionals?
7      A.   Within their field, yes.
8      Q.   And did any of them make the
9  claim to a reasonable degree of
10  scientific certainty that a plaintiff's
11  cancer could have been caused by their
12  treatment with valsartan containing NDMA
13  or NDEA?
14      A.   I believe they made those
15  claims.  I'm not sure they had access to
16  the data that I've provided and whether
17  that would have changed their opinions or
18  not.
19      Q.   And do you think that you
20  reviewed all of the data that they
21  reviewed?
22      A.   Much of the same.
23      Q.   And so this -- this opinion
24  is not directed to any specific

Page 141

1  plaintiffs' expert?
2      A.   No, it is not.
3      Q.   And it's not directed at any
4  of them, correct?
5      A.   Correct.
6      Q.   Did you review
7  Dr. Panigrahy's CV?  You said that you
8  did, correct?
9      A.   I probably scanned it to
10  see, you know, what his background and
11  training was and what his interests were
12  and what his current position was.
13      Q.   Can you tell our jury what
14  you recall about Dr. Panigrahy's
15  credentials?
16      A.   The details of that, I don't
17  have off the top of my head.  I'd have to
18  look at my materials.
19      Q.   So you don't recall that
20  Dr. Panigrahy was a medical -- is -- was
21  a medical doctor and completed a surgical
22  residency?
23      A.   If I looked at it I would
24  recall that.

Confidential Information Subject to Protective Order

Page 142

1    Q.   Do you recall if
2 Dr. Panigrahy has taught both surgery and
3 pathology at Harvard?
4    A.   If that's what he did, I
5 would have recalled it if I saw it.
6    Q.   All right.  Do you recall
7 that Dr. Panigrahy has devoted almost his
8 entire career to studying cancer?
9    A.   That rings a bell, yes.
10    Q.   Do you recall that
11 Dr. Panigrahy has been an editor on
12 journals such as Carcinogenesis,
13 Neoplasia, Cancer Research, Clinical
14 Cancer Research and Nature Reviews
15 Cancer?
16    A.   Not those details, I don't
17 recall.
18    Q.   All the journals that I just
19 listed, they all deal with cancer,
20 correct?
21    A.   I don't remember each one of
22 them.  But I heard cancer a few times.
23 So I'm guessing that's the case.
24    Q.   Does Carcinogenesis, does

Page 143

1 that relate to cancer?
2    A.   Yes.
3    Q.   What about Neoplasia?
4    A.   Yes.
5    Q.   Cancer Research?
6    A.   Yes.
7    Q.   Clinical Cancer Research?
8    A.   Yes.
9    Q.   And Nature Reviews Cancer?
10    A.   Yes.
11    Q.   And previously you testified
12 that being an editor on a journal
13 signifies that you were a higher level or
14 respected individual in that field,
15 correct?
16    A.   I think I --
17    MS. THOMPSON:  Objection to
18 form.
19    THE WITNESS:  Sorry.
20 I think I used the word
21 "recognized."
22 BY MR. VAUGHN:
23    Q.   Okay.  So would you agree
24 with me that Dr. Panigrahy -- or

Page 144

1 Panigrahy is a recognized leader in the
2 field of cancer?
3    MS. THOMPSON:  Objection.
4 Form.
5    THE WITNESS:  He seems to
6 be.
7 BY MR. VAUGHN:
8    Q.   Are you familiar with the
9 NIH?
10    A.   Yes.
11    Q.   Can you tell our jury what
12 the NIH is?
13    A.   It's a research arm of the
14 federal government that conducts some of
15 its own research and then funds external
16 researchers who apply for grants.
17    Q.   Have you ever received
18 funding from the National Institute of
19 Health?
20    A.   I applied twice and did
21 not -- I got approved, but my priority
22 score wasn't high enough to receive the
23 dollars.
24    Q.   So they just don't hand that

Page 145

1 out to anybody, those grants, do they?
2    A.   No.
3    Q.   Are you aware -- are you
4 familiar with National Cancer Institute?
5    A.   That's one of the branches
6 of the National Institutes of Health.
7    Q.   That was going to be my next
8 question.  Thank you.
9    And have ever received -- I
10 guess you have not received funding from
11 the National Cancer Institute either,
12 because that's part of the National
13 Institute of Health?
14    A.   That's correct.  I have
15 received no NIH funding of any of their
16 branches.
17    Q.   Do you recall that
18 Dr. Panigrahy has received funding both
19 from the National Institute of Health and
20 the National Cancer Institute to study
21 cancer in -- on numerous occasions?
22    MS. THOMPSON:  Object to
23 form.
24    THE WITNESS:  I don't

Confidential Information - Subject to Protective Order

Page 146

1    recall -- sorry.
2         I don't recall those
3    details, but if they are in his
4    CV, I'm sure he did.
5    BY MR. VAUGHN:
6         Q.   So you don't recall that the
7    first time that he received funding was
8    back in 1998 for advanced training in
9    surgical oncology with a focus in
10   laboratory research?
11        MS. THOMPSON:  Objection.
12   Form.
13        THE WITNESS:  I do not
14   recall that specifically.
15   BY MR. VAUGHN:
16        Q.   And do you recall if the
17   National Institutes of Health and the
18   National Cancer Institute is still
19   funding Dr. Panigrahy to research cancer
20   to this very day?
21        MS. THOMPSON:  Objection.
22   Form.
23        THE WITNESS:  I do not
24   recall that detail.

Page 147

1    BY MR. VAUGHN:
2         Q.   Do you think the National
3    Institute of Health and the National
4    Cancer Institute would still be funding
5    Dr. Panigrahy's cancer research if they
6    questioned his credibility?
7         MS. THOMPSON:  Objection.
8    Form.
9         THE WITNESS:  They probably
10   would not fund someone whose
11   credibility that they questioned
12   based on the research that they
13   submitted for review.
14   BY MR. VAUGHN:
15        Q.   Are you aware that
16   Dr. Panigrahy, one of the top cancer
17   researchers in the world, spent around
18   1,400 hours researching and drafting his
19   opinions in this case?
20        MS. THOMPSON:  Objection.
21   Form.
22        THE WITNESS:  I don't have
23   access to that information.  So I
24   could not have been aware of that.

Page 148

1    BY MR. VAUGHN:
2         Q.   And you spent approximately
3    100 to 120 hours, right?
4         MS. THOMPSON:  Objection.
5    Form.
6         THE WITNESS:  So far, yes.
7    BY MR. VAUGHN:
8         Q.   Would that be about
9    10 percent of the time that Dr. Panigrahy
10   spent?
11        MS. THOMPSON:  Objection.
12   Form.
13        THE WITNESS:  That's how
14   that would be calculated, yes.
15   BY MR. VAUGHN:
16        Q.   Doctor, are you familiar
17   with the term bioavailability?
18        A.   Yes.
19        Q.   Can you explain to the jury
20   what bioavailability means?
21        A.   Bioavailability is the
22   assessment of what percent of a drug
23   that's taken actually reaches what we
24   would call the systemic circulation,

Page 149

1    which means you can measure it in the
2    bloodstream.
3         Q.   When the substance is taken
4    orally, what primarily impacts the
5    substance's bioavailability?
6         A.   Well, it's a multi-step
7    process.  And so the first step in that
8    is the actual release of the compound
9    from, let's say the pill or tablet that
10   was taken.  And there are a lot of
11   examples of pills that don't completely
12   release constituents.
13        But once they are, they are
14   typically absorbed in the small
15   intestine.  And there is a round,
16   potentially, depending on the product, of
17   drug metabolism that occurs across the
18   small intestine.
19        And once absorbed there, it
20   goes directly into the liver where it
21   sees another round of potential
22   metabolism.  And only after exceeding
23   those steps, would it then show up in the
24   bloodstream to measure its

Confidential Information - Subject to Protective Order

Page 150

¹ bioavailability.
²        Then that would be expressed
³ as a percentage of the dose of that
⁴ particular drug or chemical that you
⁵ gave.
⁶        Q.   Give me one -- I'm reading
⁷ the realtime.  My internet cut out a
⁸ little bit, so I missed part of your
⁹ answer.  So just give me one second.
¹⁰        You said that a lot of drugs
¹¹ don't release their constituents.  Can
¹² you explain that further to me?
¹³        A.   Yeah.  It just depends on
¹⁴ the drug.  It's been noted with a lot of
¹⁵ sustained-release drugs, for instance,
¹⁶ that they release the drug so slowly that
¹⁷ sometimes the product gets past the site
¹⁸ of absorption before all the drug in it
¹⁹ gets released.  And, therefore, you don't
²⁰ get as good as bioavailability as you
²¹ might expect you would get.
²²        Q.   Valsartan, would all of the
²³ NDMA be released or would some of that
²⁴ pass with the valsartan as it's being

Page 151

¹ excreted?
²        MS. THOMPSON:  Objection to
³    form.
⁴        THE WITNESS:  My suspicion
⁵    is that it would be released from
⁶    the dosage form, yes.
⁷ BY MR. VAUGHN:
⁸        Q.   Your suspicion -- what do
⁹ you base your suspicion on?
¹⁰        A.   Well, that dosage form is
¹¹ the type that usually is pretty much
¹² completely dissolved into its individual
¹³ components before or by the time it
¹⁴ reaches the upper part of the small
¹⁵ intestine.
¹⁶        Q.   So this process that you've
¹⁷ been talking about of what impacts the
¹⁸ bioavailability of a drug that is orally
¹⁹ ingested, is that known as first-pass
²⁰ metabolism?
²¹        A.   Well, not necessarily.  You
²² can give an injectable into the muscle
²³ and measure bioavailability.  And that
²⁴ would not be going through first pass.

Page 152

¹        So first pass is more
² pertinent to oral administration.
³        Q.   That's what my question was,
⁴ is with oral administration, it's known
⁵ as first pass?
⁶        A.   Yes.
⁷        Q.   And the organs you said that
⁸ were primarily involved, which is
⁹ stomach, small intestine, liver?
¹⁰        A.   Not so much the stomach.
¹¹ Small intestine and liver.
¹²        Q.   Okay.  And you would never
¹³ expect to see NDMA in the blood of a
¹⁴ human, correct, because you believe that
¹⁵ the liver should be able to handle all of
¹⁶ it?
¹⁷        A.   Well, let me -- let me
¹⁸ qualify that by saying that at the
¹⁹ amounts that were found in the -- of NDMA
²⁰ and NDEA in the valsartan tablets, I
²¹ would not expect that to reach the
²² systemic circulation at all based upon
²³ first-pass metabolism.
²⁴        Q.   If someone were to find it

Page 153

¹ in the blood, that means it got past the
² liver, right?
³        A.   I think that would be, if
⁴ the dose was high enough, possible.
⁵        Q.   Well, regardless of the
⁶ dose, if it was found in the blood, that
⁷ means it got past the liver, right?
⁸        MS. THOMPSON:  Objection.
⁹    Form.
¹⁰        THE WITNESS:  Not
¹¹    necessarily.  It could have gotten
¹²    there from another source.
¹³ BY MR. VAUGHN:
¹⁴        Q.   Such as?
¹⁵        A.   There's known endogenous
¹⁶ production of NDMA.  So that's possible.
¹⁷ It could have been an environmental
¹⁸ exposure that led to NDMA that you found.
¹⁹        Q.   What about if someone orally
²⁰ ingests NDMA, and after orally ingesting
²¹ it, the levels of NDMA in their blood go
²² up?
²³        MS. THOMPSON:  Objection to
²⁴    form.

Confidential Information - Subject to Protective Order

Page 154

1        THE WITNESS:  Then that
2    would imply to me that the dose is
3    far exceeding the doses that we
4    are talking about here.
5 BY MR. VAUGHN:
6    Q.    Sorry.  My internet is
7 really bad here.  You said that would
8 imply to you that the dose is far
9 exceeding the doses that we were talking
10 about here.
11        Again, regardless of dose
12 though, you could -- if you saw that,
13 it's getting past the liver, correct?
14    A.    Yeah.  But that wouldn't be
15 regardless of dose.  It would be as a
16 result of the dose.
17    Q.    And if we saw it in the
18 blood, that would mean that dose is
19 sufficient to get past the liver,
20 correct?
21    A.    Correct.
22    Q.    And would you also agree
23 then once it's in the blood, there are
24 many more organs in which the NDMA could

Page 155

1 potentially impact?
2    A.    There are multiple organs
3 that receive blood flow, if that were the
4 scenario, that would receive NDMA.
5    Q.    And those tissues or organs
6 would be at risk for cancer formation,
7 correct?
8    A.    Not necessarily.
9    Q.    Why not?
10    A.    Depends on the amount.  It
11 depends on that organ's ability to remove
12 potential mutagens.  And then it would
13 also depend on that organ's volume of the
14 specific enzyme that's involved in
15 creating the potential mutagen from NDMA.
16 And that specific P450 is called 2E1.
17 I'm sorry.
18    Q.    No, I'm sorry.  I didn't
19 mean to interrupt you.
20    A.    It's all right.
21        And 2E1 has different
22 amounts in different organs.  So there
23 are a lot of factors in play that would
24 have to be considered in that

Page 156

1 hypothetical.
2    Q.    You used the word "mutagen."
3 What is a mutagen?
4    A.    A drug that alters DNA
5 structure.
6    Q.    And is NDMA a mutagen?
7    A.    Yes.
8    Q.    And earlier I believe you
9 testified that human DNA is most similar
10 to a monkey's DNA, correct?
11    A.    It most likely is.  I
12 haven't looked at that information in a
13 long time.
14    Q.    Of all the pharmaceutical
15 medications that you've worked with, how
16 many of them are also mutagens?
17    A.    Gosh.  I couldn't tell you
18 off the top of my head.  Someone would
19 have had to have done a study
20 specifically looking for that.
21        Most of that work is done
22 when a drug is being developed in animal
23 studies before preclinical development,
24 and in most of those cases if there was

Page 157

1 even a suspicion of that, it might not
2 have continued in the drug development
3 process.  So I don't really have a good
4 number for you.
5    Q.    Why would that -- why would
6 that be?  Why, if there was a suspicion
7 that something was a mutagen, the drug
8 process would not continue?
9    A.    Well, there's a variety of
10 reasons that a drug would be killed in
11 the preclinical process.  In mutagenicity
12 studies, teratogenicity studies,
13 inability to get it stable in a dosage
14 form, a dependency on a specific P450
15 pathway that has a bunch of known drug
16 interactions.
17        I mean, the list is almost
18 endless.  And the way that companies do
19 this, is they have maybe as many as 20 or
20 30 similar chemically related drug
21 candidates.  And they do a variety of
22 those kind of studies on all those, and
23 what looks like the best to go forward
24 with are the ones that actually end up

Confidential Information - Subject to Protective Order

Page 158

1 making it in human trials.
2     Q.   And so when a medication is
3 found to be a mutagen, it makes more
4 sense to kill the drug development
5 process than potentially kill a human,
6 right?
7     A.   It depends on what the drug
8 is being developed for.
9     Q.   And in which situation do
10 you think it would be okay to keep going
11 and give it to a human?
12         MS. KAPKE:  Object to form.
13         MS. THOMPSON:  Objection to
14     form.
15         THE WITNESS:  I don't have a
16     lot of details of that part of the
17     drug development process.
18         So it also depends on what
19     disease it is they're trying to
20     treat and whether that's a risk
21     worth taking.
22         Those are -- those are
23     decisions made at the drug company
24     level looking at a variety of

Page 159

1     factors.
2 BY MR. VAUGHN:
3     Q.   Can you name a disease for
4 me that would be worse than cancer?
5         MS. THOMPSON:  Objection.
6     Form.
7         THE WITNESS:  I mean, there
8     are -- I don't know.  There are
9     some that I'm sure somebody can
10     say is worse than cancer.  It
11     depends on what type of cancer
12     we're talking about.  So I don't
13     have a strong opinion on that at
14     all.
15 BY MR. VAUGHN:
16     Q.   What type of cancer do you
17 think is the worst kind of cancer?
18         MS. KAPKE:  Object to form.
19         MS. THOMPSON:  Form.
20         THE WITNESS:  The fatal
21     ones, I guess.  I don't have a --
22 BY MR. VAUGHN:
23     Q.   So can you name one drug
24 that you've worked with that is a

Page 160

1 mutagen?
2         MS. THOMPSON:  Objection.
3     Form.
4         THE WITNESS:  What do you
5     mean by "worked with"?
6 BY MR. VAUGHN:
7     Q.   Studied?
8     A.   Did my own independent
9 research on?  Or as part of my 40 years
10 of evaluating drugs and drug safety and
11 pharmacokinetics and drug metabolism, any
12 drug within that realm that could have
13 turned out to be a mutagen?
14     Q.   Yeah, in any way.  Can you
15 name drugs that you've worked with in
16 some way that are mutagens?
17     A.   Actos, I think, is the one
18 that comes off the top of my head.
19     Q.   What did Actos cause?
20         MS. THOMPSON:  Objection.
21     Form.
22         THE WITNESS:  I believe it
23     was bladder cancer.
24 BY MR. VAUGHN:

Page 161

1     Q.   And was the mechanism there
2 because it was a mutagen?  Is that what
3 was resulting in the bladder cancer?
4     A.   I assume so.  I didn't get
5 into the details of the mechanisms of
6 mutagenicity or carcinogenicity.  The
7 mechanisms of that are not what I do.
8     Q.   Did you consider the
9 mechanisms of mutagenicity when forming
10 your opinions in this case?
11     A.   Yes and no.  I mean mostly
12 what I focused on was metabolism,
13 distribution, and drug dose-response.
14     Q.   Do you know if mutagenicity
15 has any impact on drug dose-response?
16         MS. THOMPSON:  Objection.
17     Form.
18         THE WITNESS:  Well,
19     mutagenicity would be a drug dose
20     response, or could be.
21 BY MR. VAUGHN:
22     Q.   Do you know if mutagenicity
23 has any impact on how you should be
24 scaling from an animal to a human?

Confidential Information - Subject to Protective Order

Page 162

1      MS. THOMPSON:  Objection.
2  Form.
3      THE WITNESS:  Well again, we
4  have all the limitations of
5  scaling from animals to humans.
6  And for me to form the opinions
7  that I did, I looked at the amount
8  of NDMA, NDEA in valsartan
9  products, the amounts that did not
10  seem to be carcinogenic, in what I
11  considered to be the best animal
12  model which is the rat model.
13      And so my opinions were
14  formed based on that relationship
15  between a drug dose that did not
16  appear to cause either -- at least
17  carcinogenicity, and in some cases
18  mutagenicity, and compared that to
19  the levels of valsartan-containing
20  products.
21      So did I consider
22  mutagenicity as part of my
23  evaluation?  Yes, I did.
24  BY MR. VAUGHN:

Page 163

1      Q.   How --
2      A.   In response to the drug or
3  chemical.
4      Q.   How does mutagenicity impact
5  interspecies scaling, if at all?
6      MS. THOMPSON:  Objection.
7  Form.
8      THE WITNESS:  Well, I don't
9  think -- again, it's not the
10  mutagenicity that impacts the
11  interspecies scaling.
12      Interspecies scaling is
13  always going to be an
14  extrapolation that has its
15  limitations.
16      In every one of articles you
17  read, in at least the last
18  paragraph or two, it always says
19  we're unsure what it means in
20  humans.
21      And so we are unsure about
22  that.  And so it's hard to say how
23  that impacts scaling because it's
24  not -- it's an inherent problem

Page 164

1  with doing the scaling to begin
2  with.
3  BY MR. VAUGHN:
4      Q.   Earlier, when we went
5  through your CV and the literature
6  review, you described to me the
7  methodology in which you found that
8  literature.
9      Did you seek out any
10  literature on if mutagenicity would
11  impact interspecies scaling?
12      A.   I don't even know that
13  that's the question that I was looking
14  at.
15      What I can say is that some
16  of the dose-response studies,
17  particularly in rats by some of the
18  trials, studies in rats that I relied on,
19  they used mutagenicity as the
20  dose-response marker.
21      Q.   Did you review any
22  literature on mutagenicity as it is
23  related to interspecies scaling?
24      MS. THOMPSON:  Objection.

Page 165

1  Form.
2      THE WITNESS:  Again, I'm not
3  even sure what that question is.
4  So I have a hard time answering
5  it.
6      So I did say that I
7  considered mutagenicity in making
8  an opinion or forming an opinion
9  about dose-response relationships
10  with rats relative to the amount
11  of NDMA, NDEA that are found in
12  the valsartan products.
13      So I made those
14  extrapolations, understanding all
15  of the limitations quoted by
16  almost every author in the study
17  that I looked at.
18  BY MR. VAUGHN:
19      Q.   Would you have scaled it the
20  same way regardless of if the substance
21  was a mutagen?
22      MS. THOMPSON:  Objection.
23  Form.
24  BY MR. VAUGHN:

Page 166

1    Q.   Sorry, would you have scaled
2 from the animal studies with NDMA to
3 humans the same way regardless if the
4 substance was a mutagen?
5        MS. THOMPSON:  Objection.
6    Form.
7        THE WITNESS:  I mean, that's
8    just one of the dose responses
9    that you would -- that you would
10   try and extrapolate.  So I'm not
11   even sure that I really understand
12   the question.
13 BY MR. VAUGHN:
14   Q.   Okay.  If NDMA was not a
15 mutagen, would your methodology have been
16 the exact same?
17   A.   In terms of evaluating the
18 literature for drug distribution and
19 metabolism, yes.
20   Q.   And dose-response and
21 interspecies scaling?
22   A.   And it would have been a
23 different response.
24   Q.   I want to focus on the

Page 167

1 interspecies scaling.
2    A.   Okay.  What do you mean by
3 that?
4    Q.   Okay.  When you take it from
5 an animal -- let's say an animal weighs
6 one kilogram, okay?
7    A.   Mm-hmm.
8    Q.   And only one nanogram, let's
9 say, for that animal can cause cancer,
10 that 1 kg animal.  How would you then --
11 using your methodology, how would you
12 determine how much would be needed to
13 give a human to cause cancer?
14       MS. THOMPSON:  Objection to
15   form.
16       THE WITNESS:  I didn't
17   evaluate it in those terms that
18   you're asking the question.
19 BY MR. VAUGHN:
20   Q.   Explain to me again then how
21 you did your analysis on these animal
22 studies to come to these conclusions that
23 the valsartan contained so much more NDMA
24 than the animal studies?

Page 168

1        MS. THOMPSON:  Objection.
2    Form.
3        THE WITNESS:  It's actually
4    the other way around.
5        The animal study doses, that
6    were often not related to any
7    cancer whatsoever, so mutagenicity
8    doesn't play a role in that
9    setting, I was able to find doses
10   that did not produce any mutagenic
11   or carcinogenic effect, and those
12   are the values that I used to make
13   my species extrapolation from --
14   from the rats to the humans.
15       So I was using the absence
16   of mutagenicity and
17   carcinogenicity, not the
18   production of it.
19 BY MR. VAUGHN:
20   Q.   Are you saying most of the
21 animal studies regarding NDMA did not
22 cause cancer?
23       MS. THOMPSON:  Objection.
24   Form.

Page 169

1        THE WITNESS:  No.  This gets
2    back to my whole premise and focus
3    in this review and report, is the
4    dose.
5        And obviously, and we talked
6    about this earlier this morning,
7    you know, if you give enough NDMA
8    and NDEA to many of the animal
9    species that we talked about, you
10   can induce cancer.  And that's not
11   the question that I was
12   addressing.
13       I was addressing, is there a
14   dose below which it doesn't appear
15   to, and how does that relate to
16   what's in valsartan.
17       MR. VAUGHN:  Tyler, can we
18   go back to his expert report.
19   Let's go to Page 21.
20 BY MR. VAUGHN:
21   Q.   Under valsartan
22 pharmacokinetics, can you read the first
23 two sentences aloud for me?
24   A.   "After oral administration

Confidential Information - Subject to Protective Order

Page 170

1 in humans, valsartan is absorbed into the
2 body primarily in the small intestine,
3 below the level of the stomach and
4 reaches peak plasma concentrations
5 between two and four hours.
6          "The amount of a given dose
7 that reaches the systemic circulation,
8 which means beyond the liver, is
9 expressed by the term of absolute
10 bioavailability and this ranges from 10
11 to 35 percent, averaging 25 percent."
12     Q.   Is there any difference
13 between absolute bioavailability and
14 bioavailability, the terms?
15     A.   Yes, in a way.  They're just
16 adding a descriptor of absolute because
17 they have something when they did this
18 study to compare it to.
19          Let's say you gave a dose
20 of -- I don't know -- any drug and you
21 measured it in blood, then you can claim
22 that it has bioavailability.  But what
23 you really have to do to calculate
24 absolute bioavailability is compare that

Page 171

1 back to the intravenously given dose of
2 the same drug.  And then the number that
3 you're calculating is absolute.
4     Q.   And this absolute
5 bioavailability of valsartan is 10 to
6 35 percent.  That's in humans, right?
7     A.   Correct.
8     Q.   Why is the bioavailability
9 of valsartan 350 percent higher in some
10 humans compared to others?
11          MS. THOMPSON:  Objection.
12 Form.
13          THE WITNESS:  Because of its
14 variability, do you mean?
15 BY MR. VAUGHN:
16     Q.   Well, I mean, this range of
17 ten percent to 35 percent.  35 percent is
18 like 350 times higher than 10 percent,
19 right?
20     A.   Yeah.
21     Q.   Why is there such a wide
22 range on the bioavailability in humans?
23     A.   For many drugs you would
24 find the same thing, so I don't consider

Page 172

1 that to be abnormal at all.  That's just
2 what drug variability is.
3     Q.   That's expected, right,
4 there's going to be variability between
5 humans?
6     A.   Yes.  What we call
7 interindividual variability.  But that
8 will be unique to whatever drug we happen
9 to be talking about.
10     Q.   But typically there's
11 variability among humans, correct,
12 regardless of the substance?
13     A.   There will always be some.
14 In some cases it's more than this, and in
15 some cases it's less than this in terms
16 of the variability.
17     Q.   In terms of percent
18 bioavailability of valsartan, which
19 animal is the most similar to humans?
20          MS. THOMPSON:  Objection.
21 Form.
22          THE WITNESS:  I do not know.
23 Because we have human data, we
24 don't have to worry about it.  And

Page 173

1 so I don't know which model.  I
2 assume if I were to go back and
3 look at the basic preclinical
4 studies, that probably someone in
5 Novartis or contracted by Novartis
6 did 25 to 30 years ago, that I
7 could probably find that.  But --
8 and so I know it's out there.  I
9 just haven't looked at it.
10 BY MR. VAUGHN:
11     Q.   Do you agree that knowing a
12 medication's bioavailability is critical
13 in determining the dose necessary for a
14 specific outcome?
15          MS. THOMPSON:  Objection to
16 form.
17          THE WITNESS:  Well, the way
18 that question is asked, you know,
19 could go a lot of different
20 answers.
21          You know, if only 5 percent
22 of something is absorbed, but you
23 give a high enough dose to get the
24 effect, then it's the effect you

Confidential Information - Subject to Protective Order

Page 174

1    care about, and not whether it was
2    5 percent and whether you liked
3    the number 5 percent or not.
4    BY MR. VAUGHN:
5        Q.    This 10 to 35 percent
6    bioavailability in your report, that's
7    specific to valsartan, right?  That
8    doesn't have anything to do with the
9    bioavailability of NDMA or NDEA, correct?
10       A.    Nothing to do with that at
11   all.  They -- they're not attached to
12   each other.  One doesn't carry the other.
13   So they're managed and handled
14   independently.
15       Q.    Can you identify in your
16   report where you specified the
17   bioavailability of NDMA in humans?
18       A.    I think in my report -- if
19   you give me a minute to look at it.  Is
20   that all right?
21       Q.    Absolutely.  Take all the
22   time you need.
23       A.    You're talking about NDMA or
24   NDEA?

Page 175

1        Q.    Yes, sir.
2        A.    Yeah, I don't find where I
3    specifically listed a specific
4    bioavailability number.  And the reason
5    probably for that is that it depends on
6    the dose because, unlike valsartan, this
7    is a highly subjective drug to first-pass
8    metabolism.  And so as the dose goes up,
9    the bioavailability changes.
10           So it's not as fixed a
11   number as the valsartan bioavailability
12   would be.
13       Q.    If there were studies in
14   which they were giving below -- scratch
15   that.
16           If there were studies in
17   which they were giving NDMA below what
18   would saturate the liver, would that
19   allow you to determine its
20   bioavailability?
21       A.    Well, actually what you
22   would determine in that setting by
23   measuring something downstream from the
24   liver, you would measure zero, which

Page 176

1    would mean it was essentially zero
2    bioavailability because it wouldn't get
3    into the systemic circulation, despite
4    being absorbed.
5        Q.    So it's your opinion the
6    liver must be fully saturated before it
7    can get past the liver?
8        A.    Absolutely.
9        Q.    Is that with every animal?
10       A.    That's with everybody with a
11   liver.
12       Q.    And then -- so once it's
13   saturated, is every amount of the dose
14   going to be going past the liver?
15       A.    Yes.  Depends again on the
16   compound, the drug, and how else it might
17   be metabolized.  But when it leaves the
18   liver, it goes into the venous
19   circulation.
20       Q.    And so can you explain to me
21   again how you determine the
22   bioavailability of a substance?
23       A.    The most pure way, if you
24   will -- excuse me -- is to give an oral

Page 177

1    dose and an IV dose and compare how much
2    you measure in the bloodstream using
3    something called the area under the curve
4    or the AUC.
5        Q.    And did you see any studies
6    like that on any animal?
7        A.    I did.
8        Q.    What animals?
9        A.    Predominately rats.  But a
10   few other species.  I think I saw a
11   monkey study and a pig study and a dog
12   study.  Actually two dog studies, maybe.
13       Q.    And do you recall what the
14   bioavailability of NDMA is in rats?
15       A.    It was less than 10 percent
16   at doses below, say, around .1 milligram
17   per kilogram given orally.  So in the
18   range of 6 to 8 percent.
19       Q.    What about monkey?  Do you
20   recall what the bioavailability of NDMA
21   is in a monkey?
22       A.    I think the study I saw was
23   it was higher.  Maybe as much as 80 or
24   90 percent.

Page 178

Q.   80 or 90 percent?

A.   That's my recollection.

Q.   So you're saying in monkeys, 80 to 90 percent of the NDMA you give them is going to get past the liver?

MS. THOMPSON:  Objection. Form.

THE WITNESS:  In the dose that they gave in that monkey study.  That's going to get back -- gets back to the heart of what my whole premise here is, is that bioavailability for a high-clearance drug like NDMA is based on the dose you give.

And I'm fairly certain in the monkey study that it gave at least a milligram per kilogram, which is way above what I'm contending is the liver's capacity to completely metabolize NDMA and spare downstream organs.

BY MR. VAUGHN:

Q.   What about pigs?  Do you

Page 179

recall the bioavailability of NDMA in pigs?

A.   Yeah.  I think that study was around -- oh, I'm going to say 45 percent, something like that.

Q.   And then do you recall the bioavailability of NDMA in dogs?

A.   I think it was somewhat similar to the pigs.  Maybe in that 40 to 50, 60 percent range.

Q.   And so pigs, dogs, monkeys, the bioavailability of NDMA is hundreds of times higher than in rats, correct?

A.   When you give a thousand times higher dose, yes.

Q.   But it's your opinion that humans are most similar to rats in their bioavailability of NDMA?

A.   That is my contention.  And there's literature to support that.

Q.   Is there literature that goes against that?

MS. THOMPSON:  Objection. Form.

Page 180

THE WITNESS:  Again, you have to be very specific about the doses given.

And the other animal species that you're talking about, the doses given were a thousand or more times higher than the doses that I'm talking about in the rat studies that have been shown to be completely metabolized in the liver.

MR. VAUGHN:  Give me just one second.

THE WITNESS:  And I should add, while you're looking, there's -- it's a little more complicated than that.

When you look at these kinds of bioavailability studies, not only is the dose important to determine what you're going to call bioavailability, the two other things that are important to look at, one is interspecies

Page 181

differences in the amount of the cytochrome P450 enzyme that we're talking about here, which is 2E1.

And so for a species to have less than a rat, let's say, then even the same dose would give a higher bioavailability because they have less metabolizing capacity by having less 2E1.  And beagles, swine, and monkey primates are all known to have less 2E1 than rats.

So that factors into that higher bioavailability.

And then to go even a little bit deeper, and this gets into the understanding of how you calculate or use AUCs to calculate bioavailability, is there's an assumption that you make.  And all of these articles we're referring to identify that assumption.

And they clearly identify in their own self-criticism of their

Confidential Information - Subject to Protective Order

Page 182

1  study, is it makes the assumption
2  that when you give a drug IV, it's
3  metabolized nowhere but in the
4  liver because you're comparing the
5  oral dose that goes straight
6  through the liver with the IV
7  dose.
8       And the more there is
9  extrahepatic metabolism of the
10  drug, the more the overestimate is
11  of the bioavailability.
12       So using those
13  bioavailability numbers in animals
14  that have less 2E1 that made
15  invalid assumptions about the
16  calculations of bioavailability to
17  begin with, and then thirdly give
18  a thousandfold or higher dose than
19  what the liver can handle at
20  smaller doses, then I evaluated
21  those studies, but because I
22  didn't think they were germane to
23  the doses of NDMA that we're
24  talking about here, they didn't

Page 183

1  alter my opinions in my report.
2  BY MR. VAUGHN:
3     Q.   Part of the reasons those
4  doses were not -- or you do not consider
5  similar to the amounts given to humans is
6  because humans weigh more than those
7  animals, correct?
8     A.   No.  You can do it on a
9  milligram per kilogram.
10       The three other species
11  studies we're talking about, beagles,
12  pig, and monkey, some of them gave both 1
13  and 5-milligram-per-kilogram oral doses.
14  And if you do that on a scale of what's
15  in valsartan containing NDMA, we are
16  talking thousands and thousands times
17  higher doses.
18       And I think it might have
19  been the monkey study that only gave one
20  milligram per kilogram.  They didn't do
21  the five as well.
22       So there are a lot -- there
23  are a lot of reasons why those trials did
24  not alter my conclusions, because they

Page 184

1  weren't relevant to the doses that we are
2  talking about, and they weren't as close
3  a species for 2E1 metabolism.
4     Q.   And you're saying humans are
5  more similar to rats than monkeys?
6       MS. THOMPSON:  Objection to
7  form.
8       THE WITNESS:  In 2E1
9  metabolism.
10  BY MR. VAUGHN:
11     Q.   Doctor, we got through that
12  section a little quicker than I had
13  anticipated.
14       MR. VAUGHN:  I think it's a
15  little after noon your guys' time.
16  If you want to take a lunch break
17  now, I think that would be --
18  that's okay with me.
19       MS. THOMPSON:  That's fine
20  with me.
21       THE WITNESS:  Yeah, that's
22  fine.
23       MR. VAUGHN:  How long do you
24  guys want to take?  We can go off

Page 185

1  the record.
2       THE VIDEOGRAPHER:  The time
3  now is 12:16 p.m.  We're off the
4  record.
5       (Whereupon a luncheon recess
6  was taken.)
7       THE VIDEOGRAPHER:  The time
8  right now is 1:07 p.m.  We're back
9  on the record.
10  BY MR. VAUGHN:
11     Q.   Doctor, you testified
12  earlier that NDMA is a probable human
13  carcinogen.  Can you define for the jury
14  the word "probable"?
15     A.   Again, I take that
16  definition from the IARC definition of a
17  known carcinogen in animals, but
18  insufficient data to call it a known
19  carcinogen in humans.
20     Q.   Do you not have a definition
21  for the word "probable"?
22       MS. THOMPSON:  Objection.
23  Form.
24       THE WITNESS:  No, I don't.

Confidential Information - Subject to Protective Order

Page 186

BY MR. VAUGHN:
Q.    Would you say that probable is the same as more likely than not or a higher level of proof?
MS. THOMPSON:  Objection to form.
THE WITNESS:  Yeah, I don't have an opinion on that.
BY MR. VAUGHN:
Q.    Do you think probable is possibly less than more likely than not?
MS. THOMPSON:  Objection to form.
THE WITNESS:  I don't have an opinion on that.
BY MR. VAUGHN:
Q.    Does the bioavailability of valsartan decrease as you decrease the dose of valsartan?
MS. THOMPSON:  Objection. Form.
THE WITNESS:  Not that I'm aware of.
I don't recall seeing

Page 187

anything in the -- in the pharmacokinetic valsartan studies that indicated that.  So it's probably of a similar amount across its usual oral dosage range.
BY MR. VAUGHN:
Q.    Is that typical of most drugs?
A.    It depends.  It depends on their clearance and how they're metabolized and what their dose range is.
Q.    So why would valsartan -- because do you have to saturate it before -- beforehand, the liver, before it can get systemic?
MS. THOMPSON:  Objection. Form.
THE WITNESS:  Well, unless you're giving a drug orally with the intent of treating the colon, which is like what happens with some drugs for ulcerative colitis and Crohn's disease, then orally

Page 188

administered drugs that are supposed to have an effect somewhere other than the colon or the liver, then you have to give it at a dose that will get to those sites of action.
But I wouldn't characterize the metabolism as having been saturated at the doses that we give for valsartan.
BY MR. VAUGHN:
Q.    If valsartan is not saturated in the liver then why is some of the valsartan getting past the liver?
MS. THOMPSON:  Objection. Form.
THE WITNESS:  In this case it's a slowly metabolized drug. So it just takes a while to metabolize.  So some drug is going on into the bloodstream while the other part that's still in the liver is waiting to be metabolized.

Page 189

So, I mean, you could call that a form of saturation if you want.  But it's -- it's not really a form of saturation.  It's a rate of metabolism in this case.
BY MR. VAUGHN:
Q.    And so I'm clear, the valsartan does not have to saturate the liver to get past the liver, correct?
MS. THOMPSON:  Objection. Form.
THE WITNESS:  I don't believe I've ever seen that described as being a saturable metabolism step.
BY MR. VAUGHN:
Q.    Why with NDMA do you believe that it must fully saturate the liver for any amount of NDMA to get past the liver?
MS. THOMPSON:  Objection. Form.
THE WITNESS:  Because its rate of metabolism is different. It's a faster rate.

Confidential Information - Subject to Protective Order

Page 190

1  BY MR. VAUGHN:
2      Q.   What's the rate of
3  metabolism of NDMA?
4      A.   I don't know that number off
5  the top of my head.
6      Q.   What's the rate of
7  metabolism for valsartan?
8      A.   I also don't know the number
9  off the top of my hand -- my head.
10         My point is that using the
11 term "saturation" to define what does or
12 does not get into the liver past the
13 bloodstream, it's more complicated than
14 that.  It's based on rate of metabolism
15 and the amount given as well.
16     Q.   How can you have the opinion
17 that NDMA is metabolized faster than
18 valsartan when you do not know the rate
19 of metabolism of either valsartan or
20 NDMA?
21         MS. THOMPSON:  Objection.
22 Form.
23         THE WITNESS:  Just its
24 clearance.  Clearance.

Page 191

1  BY MR. VAUGHN:
2      Q.   Can you explain that a
3  little more?
4      A.   Well, there's two types of
5  clearance.  There's high clearance and
6  low clearance.  And it depends on the
7  kind of drug and which one is going to be
8  more dependent on the intrinsic clearance
9  of the liver versus hepatic blood flow
10 itself.
11         And those ratios are all
12 different for different drugs.
13     Q.   Are you aware of any
14 substances that can inhibit P450?
15     A.   Yes.  I'm aware of many.
16     Q.   Can you list off the ones
17 that you're aware of?
18     A.   Amiodarone, cimetidine,
19 azole antifungals, erythromycin,
20 clarithromycin, many of the HIV drugs.
21 The list goes on and on.
22     Q.   So taking substances that
23 inhibit P450 increase the likelihood that
24 NDMA is going to get past the liver in a

Page 192

1  human?
2          MS. THOMPSON:  Objection.
3  Form.
4          THE WITNESS:  Again, it
5  would depend on what the inhibitor
6  inhibits.
7          Some of these drugs I
8  mentioned only block P450-3A4 and
9  they don't touch 2E1, which is the
10 major P450 we're talking about
11 here.  And in looking at my 2E1
12 metabolism, there are no listed
13 inhibitors for 2E1.
14 BY MR. VAUGHN:
15     Q.   None?
16     A.   None.
17     Q.   What about alcohol?
18     A.   Alcohol.  You asked me about
19 drugs.  And so I didn't list alcohol as a
20 drug.
21     Q.   I apologize.  So alcohol
22 could though?
23     A.   Alcohol has been shown to
24 block 2E1.

Page 193

1      Q.   So it would be a bad idea to
2  be drinking alcohol if you were taking
3  valsartan contaminated with NDMA,
4  correct?
5      A.   Actually, I should --
6          MS. THOMPSON:  Objection to
7  form.
8          THE WITNESS:  Sorry.
9          Let me clarify.  I think
10 it's the alcohol that blocks 2A6
11 and not 2E1.
12 BY MR. VAUGHN:
13     Q.   And what are you basing that
14 on?
15     A.   The data.
16     Q.   Are you aware of any other
17 substances -- doesn't have to be drugs --
18 any other substances that would inhibit
19 2E1?
20     A.   I am not.
21     Q.   What data are you relying on
22 to say that alcohol does not inhibit 2E1?
23     A.   The fact that there isn't
24 any.

Confidential Information - Subject to Protective Order

Page 194

1    Q.   So you're not aware of any?
2    A.   I'm not aware of any.
3    Q.   So you did not -- sorry.
4    A.   I'm aware though of the
5 alcohol and the 2A6.
6    Q.   If there is literature out
7 there on various substances that can
8 inhibit 2E1, you did not consider those
9 in forming your opinions in this case,
10 correct?
11        MS. THOMPSON:  Objection.
12        THE WITNESS:  I did not see
13    any.
14        Sorry.
15        MS. THOMPSON:  You got to
16    let me object.
17        Objection to form.
18        Go ahead.
19        THE WITNESS:  I did not see
20    any.
21 BY MR. VAUGHN:
22    Q.   And so, therefore, you did
23 not consider it, correct?
24    A.   Correct.

Page 195

1    Q.   Doctor, do you disagree with
2 the plaintiffs' experts that there is a
3 linear dose-response with NDMA or NDEA
4 and cancer with no dose threshold,
5 correct?
6        MS. KAPKE:  Object to form.
7        MR. VAUGHN:  Let me re-ask
8    that one.
9 BY MR. VAUGHN:
10    Q.   Doctor, are you aware if
11 sedatives can impact 2E1 or inhibit 2E1?
12        MS. THOMPSON:  Object to
13    form.
14        THE WITNESS:  I don't recall
15    specifically seeing that.  If I
16    did, my recollection was that it
17    was one of the older sedatives
18    that we don't use anymore.  But
19    I -- I don't have that off the top
20    of my head.
21 BY MR. VAUGHN:
22    Q.   So you do think that there
23 are some substances that can inhibit 2E1?
24    A.   Maybe.

Page 196

1    Q.   Maybe.  What about
2 phytochemicals?
3    A.   I'm not sure what you're
4 referring to.
5    Q.   Chemical compounds produced
6 by plants.  Are you aware of any
7 compounds that plants could produce that
8 could inhibit 2E1?
9    A.   If there is, I didn't look
10 at that or I didn't consider it.
11    Q.   Okay.  Doctor, plaintiffs'
12 experts have opined that NDMA and cancer
13 have a linear dose-response with no dose
14 threshold.  You disagree with that
15 opinion, correct?
16        MS. KAPKE:  Object to form.
17        THE WITNESS:  I disagree
18    with the latter part of that
19    conclusion about no dose
20    threshold, because that's not
21    consistent with the data that I've
22    included in my report.
23 BY MR. VAUGHN:
24    Q.   Okay.  Have you seen any

Page 197

1 evidence or literature suggesting that
2 there is a no-dose threshold?
3    A.   Yes.  I refer in my
4 report -- excuse me.  The Ito study.
5    Q.   You said Ito?
6    A.   I-T-O.
7    Q.   Okay.  Ito.  Gotcha.
8    A.   There was a noneffective
9 level of carcinogenesis at .1 milligrams
10 per kilogram by the oral route.
11    Q.   Is that the only thing that
12 you're basing your opinion off of?
13    A.   No.
14    Q.   What else?
15    A.   One of the Peto studies on
16 Page 34.  The apparent increase in liver
17 cancer was only seen in doses above
18 .3 parts per million, equating to
19 15 micrograms per kilogram per day.
20    Q.   So you actually relied on
21 Peto to say there is no dose-response --
22 or there is no -- I'm sorry, there is no
23 dose threshold?
24        MS. THOMPSON:  Objection to

Page 198

1  form.
2      THE WITNESS:  I'm relying on
3  that particular Peto study.  And
4  this is in -- this is in comparing
5  against his rate of nontreated
6  rats who also developed liver
7  cancer.
8      So evidence of higher doses,
9  yes, but not at the dose different
10  from what was seen in the
11  background noise of his rat
12  population.
13  BY MR. VAUGHN:
14      Q.  Do you know if Peto believes
15  there is a no-dose threshold?
16      A.  I may --
17      MS. THOMPSON:  Object to the
18  form.  Sorry.
19      THE WITNESS:  Yeah, I may
20  have mentioned it in my report
21  that he uses terms about the
22  likely shapes of dose-response.
23  And that's on Page 36 in my
24  report.

Page 199

1      "In Peto's conclusion is the
2  comment, 'General arguments about
3  the likely shapes of dose-response
4  relationships make it probable,
5  even at lower doses where direct
6  observation is impractical, that
7  this linear relationship may
8  remain approximately true for
9  Colworth rats, if not for
10  humans.'"
11      And so he's not sure at the
12  low doses if there's enough
13  evidence to solidly state that
14  there is a linear relationship.
15  BY MR. VAUGHN:
16      Q.  He's not 100 percent sure,
17  but he thinks it's probable, correct?
18      A.  He think it's possible,
19  probable.  I'm just saying that the
20  people who do those studies are not
21  100 percent convinced at the low doses.
22      Q.  They are not 100 percent.
23  But they think it's probable, correct?
24      MS. THOMPSON:  Objection to

Page 200

1  form.
2      THE WITNESS:  That's not the
3  word he used.  He said
4  "approximately true."  So he
5  didn't use the word "probable."
6  That was your word.
7  BY MR. VAUGHN:
8      Q.  Approximately true.  Oh.
9  Would you at least think that's more
10  likely than not?
11      A.  I do not know what he meant
12  by that.
13      Q.  Okay.
14      A.  And what it does mean is
15  that he can draw through the numbers and
16  call it a straight line, but that doesn't
17  mean that it actually describes what
18  happens at low doses like we're talking
19  about because he didn't do enough animals
20  and you don't see enough cancer at those
21  doses to have reliability.
22      And one of his areas of
23  statistical analysis in that study
24  involved something called his Z value.

Page 201

1      And I go onto describe on
2  the next page, in his methodology, the Z
3  value, if it's between -- between the
4  numbers two and three, then judgment as
5  to how likely it is that treatment really
6  did cause the disease of interest becomes
7  more difficult.
8      And so he's unclear as well,
9  because in the ones that we are talking
10  about at these doses we're talking about
11  were in that range of uncertainty with
12  that Z value between two and three.
13      Q.  Again, when you say he's not
14  sure, do you mean that, you know, he's --
15  what was the word you used, approximately
16  true?
17      A.  That was his previous
18  statement.
19      Q.  So you rely on Peto to say
20  that there is a threshold, but you
21  disagree with Peto's analysis of his own
22  studies?
23      A.  I do not -- sorry.
24      MS. THOMPSON:  Objection to

Confidential Information - Subject to Protective Order

Page 202

1  form.
2       THE WITNESS:  I do not
3  disagree.  That's not what I said.
4       I said he is unsure at those
5  low doses.  And I am agreeing with
6  him at those low doses about the
7  uncertainty of a linear
8  relationship at doses that low.
9  BY MR. VAUGHN:
10      Q.   Do you agree with him that
11  it's approximately true?
12      A.   I agree that he can draw a
13  line through them and then claim that's
14  approximately true.
15      And I would just like to add
16  that this is an era at the time where
17  everyone pretty much already believed
18  that it was linear.  And so to me, he was
19  trying to not accept that it might not
20  be.
21      And I think there are other
22  experts in this field who might argue
23  that we have more modern data that
24  dispute a low range linearity

Page 203

1  relationship.
2       Q.   Approximately what year was
3  Peto's study going on?
4       A.   1991 for this one.  So
5  30 years ago.
6       Q.   If you didn't know what Peto
7  meant by approximately true, wouldn't you
8  want to see what he meant by that
9  wording?
10      MS. THOMPSON:  Objection.
11  Form.
12      THE WITNESS:  I think if he
13  was able to give more detail on
14  what he meant, he would have put
15  it in his paper.  So I'm only
16  going on what he put on his paper.
17  BY MR. VAUGHN:
18      Q.   Have you not reviewed any of
19  Peto's other papers where he says that
20  there's likely no threshold for NDMA?
21      A.   I have read his other
22  papers.
23      Q.   And do you recall him saying
24  that it is likely there is no threshold

Page 204

1  for NDMA?
2       MS. THOMPSON:  Objection.
3  Form.
4       THE WITNESS:  I recall him
5  saying that.  But that's not what
6  this study data shows.
7  BY MR. VAUGHN:
8       Q.   And so are you disagreeing
9  with Peto that it is likely there is no
10  threshold for NDMA?
11      MS. THOMPSON:  Objection.
12  Form.
13      THE WITNESS:  Again, I'm
14  disagreeing that the data show
15  that.  We're talking now about his
16  interpretation of his data at an
17  era where linearity was the
18  accepted, and which we now know is
19  not necessarily the case.
20  BY MR. VAUGHN:
21      Q.   Can you explain to the jury
22  what a linear dose-response means?
23      A.   In this case it means that
24  you can identify with dose increases

Page 205

1  across a broad enough dose range that you
2  see an increase in the effect.  And that
3  effect could be a positive effect or it
4  could be a negative effect.
5       And I think all of the
6  papers in this realm that talk about low
7  doses, that the effect rates are so small
8  that you start losing your reliability of
9  that linear relationship.
10      The Brantom study, which is
11  the next one at the bottom of Page 37, in
12  Brantom's introductory remarks he
13  considers the possibility that at very
14  low levels of exposure there is no
15  effect.
16      And he did essentially a
17  similar study to what Peto did.
18      Q.   He considers the
19  possibility.  Is that what you said?
20      A.   That's a quote in my -- in
21  my report from what he says in the
22  introductory components to his thesis
23  project.
24      Q.   So he thinks there's some

Page 206

¹ possibility that there might not be a
² threshold?
³          MS. THOMPSON:  Objection.
⁴      Form.
⁵          THE WITNESS:  That's what he
⁶      says.
⁷ BY MR. VAUGHN:
⁸      Q.   But you're convinced there
⁹ is a threshold?
¹⁰          MS. THOMPSON:  Objection.
¹¹      Form.
¹²          THE WITNESS:  I believe
¹³      there is a threshold, yes.
¹⁴ BY MR. VAUGHN:
¹⁵      Q.   And so is it your opinion
¹⁶ that you can consume a certain amount of
¹⁷ NDMA per day and not be at any increased
¹⁸ risk of developing cancer, but once you
¹⁹ pass some threshold, then boom, you can
²⁰ start developing cancer?
²¹          MS. THOMPSON:  Objection.
²²      Form.
²³          THE WITNESS:  That would
²⁴      mischaracterize what I've written

Page 207

¹      in my report.
² BY MR. VAUGHN:
³      Q.   How did I mischaracterize
⁴ it?
⁵      A.   I have identified a level
⁶ below which, number one, there does not
⁷ appear to be proof of a cancer effect,
⁸ again, in rat studies.  And that I
⁹ further go on to say that's consistent
¹⁰ with first-pass metabolism at low doses
¹¹ of this kind of compound, and that these
¹² reported no cancer rates are hundreds to
¹³ thousands of times higher than the amount
¹⁴ of NDMA found in any of the valsartan
¹⁵ products.
¹⁶      Q.   Based on your methodology,
¹⁷ correct?
¹⁸      A.   Based on what's in the
¹⁹ literature.
²⁰      Q.   Okay.  But, I mean, the dose
²¹ comparison, you're the one that did that
²² calculation, right?
²³      A.   I did.  But I didn't create
²⁴ the noncancer dose that I'm reporting

Page 208

¹ from these studies like Ito.
²      Q.   But to take the animal dose
³ to get the human dose, you're the one
⁴ that did that math, right?
⁵      A.   Yes.
⁶      Q.   All right.  And we'll get to
⁷ your methodology on that later.
⁸          In your opinion, what is the
⁹ threshold level of NDMA that is needed to
¹⁰ increase a human's risk of getting
¹¹ cancer?
¹²          MS. THOMPSON:  Objection.
¹³      Form.  Asked and answered.
¹⁴          THE WITNESS:  I do not know
¹⁵      that dose.  As I've said
¹⁶      previously, I'm able to identify
¹⁷      what appears to be a dose below
¹⁸      which you don't see cancer.  I
¹⁹      don't have the ability to identify
²⁰      above which, because at these low
²¹      dose exposure levels that seem
²²      they don't cause cancer or that do
²³      not cause cancer in animal
²⁴      studies, often the next dose is

Page 209

¹      100 or a thousand times.
²          So there may be something in
³      between.  I don't know where that
⁴      is.
⁵          So I'm only talking about
⁶      the no effect dose.  I'm not
⁷      trying to describe or define the
⁸      effect dose.
⁹ BY MR. VAUGHN:
¹⁰      Q.   Is this mysterious threshold
¹¹ for NDMA in humans, is it the exact same
¹² for every person?
¹³          MS. THOMPSON:  Objection.
¹⁴      Form.
¹⁵          THE WITNESS:  Since I don't
¹⁶      know what it is, I can't answer
¹⁷      that.
¹⁸ BY MR. VAUGHN:
¹⁹      Q.   Is it your opinion that once
²⁰ that threshold is crossed, the
²¹ dose-response then would be linear from
²² then on?
²³          MS. THOMPSON:  Objection.
²⁴      Form.

Confidential - Information Subject to Protective Order

Page 210

THE WITNESS:  That's not what I said.

What I said is the amount of NDMA in any valsartan product is hundreds to thousand times below doses that are no cancer related in the rat studies.

BY MR. VAUGHN:

Q.   I'm sorry.  I wasn't clear in my question probably.

Valsartan aside.  If you're giving a human NDMA, once you pass whatever that threshold is, is the dose-response going to be linear?

A.   We don't know that in humans.  I have no idea.  There's never been a --

Q.   Is there a chance that it becomes exponential at some point, it kind of goes straight up?

A.   I have no idea.

MS. THOMPSON:  Objection.

BY MR. VAUGHN:

Q.   What -- how do you define

Page 211

whether you have a linear dose-response?  What does the word "linear" in the dose-response mean?

A.   It depends on what the response is.

Q.   Can you explain that to me, what you mean?

A.   Well, which response are we talking about?

Q.   Well, let's talk about NDMA and its ability to increase the risk of cancer.  So what is a linear dose-response mean in that context?

A.   In that context it's defined a couple of different ways.

Pegg defined it by looking at the formation of adducts.

Peto defined it by the formation of tumors so there are different ways of defining that.

Q.   But the linear part of it, what does that mean?  Does that mean, like, it's proportional to the amount that you increase the dose to increase

Page 212

risk of cancer?  Is that what's going on with linear?

A.   Again, the use of the term linear means as the dose goes up, it looks like the occurrence goes up, which may or may not necessarily be characterized as a dead straight line.  They just sort of observe that there's more when they sort of plot it over time.

Q.   Is there a reason that throughout your entire expert report you never mention that NDMA is genotoxic?

MS. THOMPSON:  Objection.  Form.

THE WITNESS:  There's no reason that I didn't mention it.  It was not what I was focused on in my report.

BY MR. VAUGHN:

Q.   Do you know if NDMA is genotoxin?

MS. THOMPSON:  Objection.  Form.

THE WITNESS:  We know it is

Page 213

in animals.

BY MR. VAUGHN:

Q.   Do you know if a substance being a genotoxin impacts its dose threshold?

MS. THOMPSON:  Objection.  Form.

THE WITNESS:  I don't even understand the question.  So I'm not sure how to answer it.

BY MR. VAUGHN:

Q.   Okay.  So you didn't consider the fact that NDMA is a genotoxin when coming to your opinions that there is a threshold for NDMA exposure before it's going to increase the risk of cancer, correct?

A.   Well, not correct, because that's not what I testified.

I'm not defining, again, the threshold at which genotoxicity occurs.  That wasn't the focus of my report.

Q.   There's -- I think you kind of misconstrued things.  I don't think

Page 214

1 there's a threshold for genotoxicity.
2 NDMA is just a genotoxin, period,
3 correct?
4      A.   Yes, it's a genotoxin.
5      Q.   At any amount given, right?
6      A.   Well, I don't know about
7 that.  That sort of gets out of my area
8 of testimony, because there are
9 oncologists and toxicologists that that's
10 more within their realm.
11           I'm more looking at more
12 dose-response relationships at what
13 appear to be safe levels of NDMA and how
14 that compares to the amount of NDMA found
15 in valsartan products.
16      Q.   And so you would defer to an
17 oncologist or a toxicologist on if the
18 genotoxicity of a substance would impact
19 it's dose threshold?
20           MS. THOMPSON:  Objection.
21           THE WITNESS:  Not
22      necessarily, but again, I don't
23      know that I understand what that
24      question was asking.

Page 215

1 BY MR. VAUGHN:
2      Q.   Do you know or have you seen
3 any literature that says that you should
4 calculate the dose-response or the
5 threshold differently if the substance is
6 a genotoxin?
7           MS. THOMPSON:  Objection.
8      Form.
9           THE WITNESS:  Characterizing
10      dose-response relationships has
11      nothing to do with whether a
12      chemical or a drug is genotoxic or
13      not.
14 BY MR. VAUGHN:
15      Q.   What about dose threshold?
16      A.   Again, depends on the
17 response.  But there are many drugs where
18 you calculate a dose threshold that has
19 nothing to do with genotoxicity.
20      Q.   There are many drugs that
21 you can calculate -- sorry, scratch that.
22           Can you name one genotoxin
23 that has a threshold level needed to --
24 scratch that again.  I'm sorry.

Page 216

1           Can you name one genotoxin
2 that has a dose threshold?
3           MS. THOMPSON:  Objection.
4      Form.
5           THE WITNESS:  A dose
6      threshold for what?
7 BY MR. VAUGHN:
8      Q.   Before it can cause cancer.
9      A.   No.  I mean, that's what I
10 previously testified is that I'm not here
11 today to try to define the genotoxic dose
12 threshold that starts causing
13 genotoxicity.  That's not the nature of
14 my report.
15      Q.   Then how can you say that
16 there is a dose threshold for NDMA?
17      A.   And I'll say again, it's the
18 dose from the studies that was shown to
19 not be genotoxic.
20      Q.   And so that's all that you
21 base your opinion on, correct?
22      A.   That is what I'm basing my
23 opinion on.
24      Q.   Thank you.  Can you define

Page 217

1 genotoxic to the jury for me?
2           MS. THOMPSON:  Objection.
3      Form.
4           THE WITNESS:  I don't think
5      that's my role to do that.
6           Again, I'm focusing on drug
7      metabolism.  I think there are
8      others who have spent time on
9      toxicity, genotoxicity,
10      mutagenicity.  They're better
11      equipped to do that than I am.  So
12      it's not my role.
13 BY MR. VAUGHN:
14      Q.   And you would defer to them,
15 correct?
16      A.   In the definition of
17 genotoxicity, yes, I would.
18      Q.   And that's the only aspect
19 that you would defer to them on, is just
20 the definition?
21           MS. THOMPSON:  Objection.
22      Form.
23           THE WITNESS:  I never said
24      it was the only aspect I would

Page 218

1  refer to them on.  I said that
2  specific question is one that I
3  think it's -- I would defer to
4  them.
5  BY MR. VAUGHN:
6      Q.   Do you know if a genotoxin
7  can permanently alter a person's DNA?
8      MS. THOMPSON:  Objection.
9  Form.
10     THE WITNESS:  I have no
11 opinion on that.
12 BY MR. VAUGHN:
13     Q.   So you have no definition of
14 genotoxicity?
15     MS. THOMPSON:  Objection.
16 Form.
17     THE WITNESS:  I do not.
18 BY MR. VAUGHN:
19     Q.   And I assume you probably
20 have no opinion if it does permanently
21 mutate someone's DNA, if that can be
22 passed to every generation thereafter?
23     MS. THOMPSON:  Objection.
24 Form.

Page 219

1      THE WITNESS:  I do not have
2  an opinion on that.
3  BY MR. VAUGHN:
4      Q.   Let's go to Page 26 of your
5  expert report.  The first paragraph at
6  the bottom, if you can read us the first
7  sentence that starts with, "The alpha."
8      A.   "The alpha-hydroxylation
9  pathway produces the methyldiazonium ion,
10 which binds with a segment of DNA to
11 produce a primary mutagenic and
12 carcinogenic substance
13 O6-methyl-guanine."
14     Q.   Can you explain what that
15 means to the jury?
16     A.   Well, to me, what it means
17 particularly if you put it in the context
18 of the following sentence, is that the
19 key step in producing the potential
20 mutagenic carcinogenic substance is
21 forming the alpha-hydroxylated metabolite
22 of NDMA, which is 2E1-mediated.
23     Q.   Is it okay if we refer to
24 this as O6 going forward?

Page 220

1      A.   Sure.
2      Q.   It's a lot to say.  Thank
3  you.  And so you would agree that O6 is a
4  carcinogen, correct?
5      MS. THOMPSON:  Objection.
6  Form.
7      THE WITNESS:  That is the
8  known carcinogen, correct.
9  BY MR. VAUGHN:
10     Q.   And so O6 is not a probable
11 human carcinogen.  O6 is a known human
12 carcinogen, correct?
13     MS. THOMPSON:  Objection to
14 form.
15     THE WITNESS:  Incorrect.  We
16 do not know the known carcinogenic
17 effect of NDMA or its downstream
18 metabolites.
19 BY MR. VAUGHN:
20     Q.   Why did -- in your report,
21 do you note that O6 is a carcinogenic
22 substance?
23     A.   Because it caused cancer in
24 animals.

Page 221

1      Q.   Oh, so you're talking about
2  animals.  You are not talking about
3  humans?
4      A.   Yes.
5      Q.   You think O6 is unlikely to
6  cause cancer in humans?
7      MS. THOMPSON:  Objection.
8  Form.
9      THE WITNESS:  I never said
10 that.  I think that's, again, a
11 better question for toxicology
12 oncology.  The amounts, the
13 mechanism, the inherent protective
14 mechanisms.  That's not the nature
15 of my testimony.
16 BY MR. VAUGHN:
17     Q.   The amount, you would defer
18 to a toxicologist or an oncologist, is
19 what you just testified to, correct?
20     MS. THOMPSON:  Objection to
21 form.
22     THE WITNESS:  The amount
23 that would make it a carcinogen in
24 animals, yes.

Page 222

¹ BY MR. VAUGHN:
²    Q.  And in humans?
³    A.  I don't have to defer to
⁴ anybody on that one because it's never
⁵ been studied, so it's not known.
⁶    Q.  Okay.  But at least in
⁷ animals, you would defer to an oncologist
⁸ or toxicologist on how much of a dose is
⁹ necessary to induce cancer, correct?
¹⁰     MS. THOMPSON:  Objection.
¹¹   Form.
¹²     THE WITNESS:  Correct.  As
¹³   I've stated before, it was not the
¹⁴   intent of my report to define that
¹⁵   threshold.
¹⁶     My point was to find the
¹⁷   threshold below which there
¹⁸   doesn't appear to be a cancer
¹⁹   risk.
²⁰ BY MR. VAUGHN:
²¹    Q.  Okay.  So would you also
²² defer to a cancer researcher on what dose
²³ would cause cancer or could increase the
²⁴ risk of cancer?

Page 223

¹     MS. THOMPSON:  Objection.
²   Form.
³     THE WITNESS:  That's what I
⁴   said, yes.
⁵ BY MR. VAUGHN:
⁶    Q.  All right.  She objected.
⁷ Let me ask it again so it's really clear.
⁸     In regards to the dose
⁹ necessary for NDMA to increase the risk
¹⁰ of cancer, you would defer to a cancer
¹¹ researcher, correct?
¹²     MS. THOMPSON:  Objection.
¹³   Form.
¹⁴     THE WITNESS:  It's not the
¹⁵   nature of my testimony.
¹⁶ BY MR. VAUGHN:
¹⁷    Q.  And so you would defer to a
¹⁸ cancer researcher, correct?
¹⁹    A.  Potentially.  Could be
²⁰ toxicologist.  Could be somebody else.
²¹ But it's not the nature of my testimony.
²²    Q.  Let's go to Page 33 of your
²³ report now.
²⁴     So towards the bottom of

Page 224

¹ this page, you opine that the liver may
² have a carcinogenic surveillance system
³ that removes O6 from DNA prior to
⁴ carcinogenesis.
⁵     Is this opinion based on the
⁶ Pegg paper that you cited above?
⁷    A.  Pegg refers to it in his
⁸ paper.  There are many others that I came
⁹ across that refer to that too.  And the
¹⁰ surveillance system is my own sort of
¹¹ selection of a descriptor.
¹²    Q.  Do you find Pegg to be
¹³ reliable?
¹⁴    A.  Yes.
¹⁵    Q.  Your opinion regarding the
¹⁶ surveillance system being able to remove
¹⁷ O6 from DNA prior to carcinogenesis, is
¹⁸ that opinion specific to the liver?
¹⁹    A.  In the context of what my
²⁰ report is, I'm referring to the liver's
²¹ ability to protect itself against
²² potential carcinogens from NDMA, again
²³ depending on the dose.
²⁴     My understanding, although

Page 225

¹ it's not my area, is that that
² surveillance system is essentially in all
³ tissues, in all cells.
⁴    Q.  And so you agree that this
⁵ surveillance system opinion is really not
⁶ in your wheelhouse, correct?
⁷     MS. THOMPSON:  Objection.
⁸   Form.
⁹     THE WITNESS:  It's in my
¹⁰   wheelhouse in the context of how I
¹¹   used it.  I'm not trying to
¹²   quantify it.
¹³     I find it from a
¹⁴   pharmacologic sense interesting
¹⁵   that the lower dose NDMA, because
¹⁶   of first-pass metabolism and
¹⁷   clearance, 2E1 produces the
¹⁸   potential carcinogen in the very
¹⁹   organ that has the best probable
²⁰   capacity to remove it.
²¹ BY MR. VAUGHN:
²²    Q.  And so if NDMA were to have
²³ a high bioavailability in humans and was
²⁴ able to get past the liver, the liver's

Confidential Information - Subject to Protective Order

Page 226

carcinogenic surveillance system wouldn't have any impact on the O6 formations in other organs or tissues, correct?

MS. THOMPSON: Objection. Form.

THE WITNESS: Again, that's a hypothetical. That's not what I'm dealing with because we're not giving those kinds of doses to humans.

BY MR. VAUGHN:

Q. You are an expert in this litigation, so I can ask you a hypotheticals.

And I'm saying hypothetically, if it were to get past the liver, the liver surveillance system wouldn't have any impact on those O6 formations in other tissues and organs, correct?

MS. THOMPSON: Objection. Form.

THE WITNESS: Yeah, if you were to give some massive

Page 227

overdose, then I guess, in theory, in your hypothetical, you could bypass the liver.

BY MR. VAUGHN:

Q. But you don't know what dose that is, correct?

A. I do not.

Q. Okay. Are you aware -- sorry.

Are you aware of any factors that can inhibit or increase the metabolism of NDMA in the liver?

MS. THOMPSON: Objection. Form.

THE WITNESS: The only one that I looked at, because of my interest in pharmacogenomics, is to see if there is any 2E1 related polymorphisms. And those have not been identified. So no.

BY MR. VAUGHN:

Q. And so in coming to your opinions in this case, you did not consider any factors that could inhibit

Page 228

or increase the metabolism of NDMA in the liver?

MS. THOMPSON: Objection.

THE WITNESS: In the research that I did, if I came across it, then I would have commented on it. So it wasn't that I didn't consider it. I would have looked for it in the articles that I was looking at.

BY MR. VAUGHN:

Q. And you didn't comment anywhere in your expert report on it, did you?

A. I did not.

Q. Did you actually read the Pegg paper?

A. I did.

MR. VAUGHN: Hey, Tyler, can you pull up the 1980 Pegg paper for us.

(Document marked for identification as Exhibit Bottorff-4.)

Page 229

MR. VAUGHN: Go to PDF Page 15.

BY MR. VAUGHN:

Q. All right. And that second sentence, can you read that aloud for the jury, please, where it starts, "For example."

A. "For example, when the ability of the liver to metabolize NDMA is impaired by feeding a protein-deficient diet, a greater fraction of the carcinogen may become available for reaction with other organs."

Q. Why did you not mention that in your expert report?

MS. THOMPSON: Objection. Form.

THE WITNESS: I have no reason for that. But again, the impact of that would have to also depend on the dose.

And so, I didn't consider it as having an impact on the doses

Page 230

1    that we're talking about.
2  BY MR. VAUGHN:
3      Q.   Why didn't you mention that
4  in your expert report?  I thought you
5  said you would have addressed it?
6          MS. THOMPSON:  Objection.
7      Form.
8          THE WITNESS:  Because I
9      didn't think it would have an
10     impact at the amount of doses that
11     we are talking about.
12 BY MR. VAUGHN:
13     Q.   Well, that's not the answer
14 that you gave me a second ago, is it?
15         MS. THOMPSON:  Objection.
16     Form.
17 BY MR. VAUGHN:
18     Q.   Go ahead and read the next
19 sentence.  Starts also.  "Also since
20 uptake."
21         Can you read that for the
22 jury?
23         MS. THOMPSON:  Can he answer
24     the question that you had earlier

Page 231

1      before we --
2          MR. VAUGHN:  I'm sorry.  I
3      thought he -- yeah, absolutely.
4          MS. THOMPSON:  Okay.  We may
5      need the court reporter to read it
6      back.  But I think you asked an
7      question and then he didn't
8      answer --
9          MR. VAUGHN:  I can ask it
10     again.
11 BY MR. VAUGHN:
12     Q.   That was not the answer that
13 you gave earlier, was it?
14         MS. THOMPSON:  Objection.
15     Form.
16     Go ahead.
17         THE WITNESS:  And I think I
18     said that if it would have
19     impacted my opinions, I would have
20     included it.  And so it didn't
21     impact my opinion.
22 BY MR. VAUGHN:
23     Q.   I thought you said if you
24 would have read it in the literature you

Page 232

1  would have addressed it in your expert
2  report.
3          MS. THOMPSON:  Objection to
4      form.  Mischaracterizes.
5          THE WITNESS:  If it would
6      have impacted my opinion.
7  BY MR. VAUGHN:
8      Q.   And again, you haven't
9  reviewed all the internal testing on the
10 levels of NDMA in valsartan, have you?
11         MS. THOMPSON:  Objection.
12     Form.
13         THE WITNESS:  No, I haven't.
14 BY MR. VAUGHN:
15     Q.   Okay.  I'm going to now ask
16 you if you can read that next sentence
17 that starts with "Also, since uptake."
18     A.   "Also, since uptake of NDMA
19 is more rapid from the small intestine
20 than from the stomach, agents that retard
21 gastric emptying might be expected to
22 slow the rate of absorption."
23     Q.   What does "retard gastric
24 emptying" mean?

Page 233

1      A.   Slow gastric emptying into
2  the site of absorption.
3      Q.   Okay.  Can you read the next
4  sentence for me?
5      A.   "Agrelo have recently
6  published data which show that the
7  presence of fat retards the rate of
8  uptake and the metabolism of oral doses
9  of NDMA."
10     Q.   And you --
11     A.   And he -- I'm sorry.
12         Then he goes on to say that
13 that might actually increase its
14 metabolism by the liver, not enhance its
15 ability to escape the liver.
16     Q.   And you didn't mention that
17 in your report either, did you?
18         MS. THOMPSON:  Objection.
19     Form.
20         THE WITNESS:  No.  Again,
21     these aren't things that I
22     considered.  He was being thorough
23     in looking at potentials.
24         But most of these would have

Confidential Information - Subject to Protective Order

Page 234

1  effects, based on my knowledge of
2  these issues with other drugs that
3  would not be -- that would not
4  alter my opinion about NDMA in the
5  doses that we are talking about.
6  BY MR. VAUGHN:
7      Q.   Do you know if a person's
8  liver would metabolize NDMA with the same
9  efficiency if the person took their
10  valsartan with just water versus taking
11  their valsartan with food or drinks other
12  than water?
13         MS. THOMPSON:  Objection.
14     Form.
15         THE WITNESS:  I'm sorry,
16     effect their absorption of what?
17  BY MR. VAUGHN:
18     Q.   Do you know if a person's
19  liver would metabolize NDMA at the same
20  efficiency regardless if the patient took
21  the valsartan with water or if they took
22  it with food or if they took it with a
23  drink other than water?
24         MS. THOMPSON:  Object to

Page 235

1      form.
2         THE WITNESS:  We -- sorry.
3      We don't know that.
4  BY MR. VAUGHN:
5      Q.   We don't -- who is we?
6      A.   We, us, all of us.  Nobody
7  knows that answer.
8      Q.   Are you speaking for the
9  plaintiffs' experts as well?
10     A.   Well, let me rephrase my
11  answer then.
12         There are no data in humans
13  that address that question that you
14  asked.
15     Q.   What about animals?
16     A.   I mean, you could talk about
17  what he says here.  I don't think they
18  have a substantial effect at the doses
19  we're talking about.
20     Q.   What do you base that on?
21     A.   Just that these doses are so
22  small and generally these sort of
23  theoreticals don't have that much of an
24  impact.

Page 236

1      Q.   And again, these doses
2  are so small, you're not even aware of
3  the highest doses, are you?
4         MS. THOMPSON:  Objection.
5      Form.  Asked and answered.
6         THE WITNESS:  I'm aware of
7      the highest doses that I had
8      access to.
9  BY MR. VAUGHN:
10     Q.   Do you know if vitamins can
11  impact the carcinogenicity of NDMA or
12  NDEA in animals or humans?
13         MS. THOMPSON:  Objection to
14     form.
15         THE WITNESS:  I have not
16     looked at that.
17  BY MR. VAUGHN:
18     Q.   Being a vegetarian, would
19  that have any impact on how efficiently
20  someone's liver can metabolize NDMA?
21         MS. THOMPSON:  Objection to
22     form.
23         THE WITNESS:  I have no
24     opinion on that.

Page 237

1  BY MR. VAUGHN:
2      Q.   Same thing with a high-fat
3  diet.  You have no opinion on that if
4  it's going to impact the rate of
5  metabolism of NDMA in a human liver?
6      A.   I have no -- no opinion.
7      Q.   Same with alcohol, no
8  opinion on if that's going to impact the
9  metabolism of NDMA in a human?
10     A.   Correct.
11     Q.   So is your opinion regarding
12  NDMA in valsartan, how it's going to be
13  metabolized, based on the assumption that
14  nothing else can impact the metabolism?
15         MS. THOMPSON:  Objection.
16     Form.
17         THE WITNESS:  Let me put it
18     back into perspective that as my
19     approach.
20         Again, in the doses that do
21     not appear to be carcinogenic in
22     animals, which is hovering around
23     .1 milligrams per kilogram or
24     lower, that that threshold, which

Page 238

1  is not the carcinogenic threshold,
2  it's the non-carcinogenic
3  threshold, is in the range of 350
4  to 21,000 times higher than the
5  valsartan I evaluated as having
6  contained those amounts of NDMA.
7      And so, if gastric emptying
8  or taking a glass of water versus
9  a glass of milk, there's never
10  been any bioavailability study
11  with any drug under any of those
12  conditions that has changed
13  absorption by 350 times or, you
14  know, 22,000 times.
15      So these issues that
16  might -- in Pegg's paper where I
17  think he was being thorough in all
18  the data he analyzed, in my
19  opinion, having read this, it had
20  no impact on my conclusion.
21      So I didn't put it in the
22  paper for that reason.
23  BY MR. VAUGHN:
24      Q.  Your paper is not as

Page 239

1  thorough as Pegg's?
2      MS. THOMPSON:  Is that a
3  question or a statement?
4      MR. VAUGHN:  It's a
5  question.
6      MS. THOMPSON:  Objection.
7  Form.
8      THE WITNESS:  My paper is
9  focused on what I focused on.  His
10  paper focused on other things.
11  BY MR. VAUGHN:
12      Q.  In your opinion, is
13  100 percent of NDMA absorbed and makes
14  its way to the liver?
15      MS. THOMPSON:  Objection.
16  Form.
17      THE WITNESS:  Do you mean
18  given orally?
19  BY MR. VAUGHN:
20      Q.  Correct.
21      A.  Because inhaled --
22      Q.  No, I understand.  I
23  appreciate your clarification.  I'll
24  re-ask the question.

Page 240

1      Is it your opinion that when
2  NDMA is ingested orally, that 100 percent
3  of it makes its way to the liver?
4      A.  Yes.  I think there are
5  bioavailability studies in animals that
6  show that.
7      Q.  So none of it is going to be
8  excreted through the feces or make it
9  down that tract?
10      A.  No.  I think the study I
11  saw, the absorption was 90-something
12  percent.
13      Q.  Does the stomach have P450
14  in it?
15      A.  It does.  The only two
16  enzymes that I've seen in the stomach are
17  like 2J2 and 2S4, or something.
18      So very, very, very uncommon
19  P450s, but not the ones we are talking
20  about.
21      Q.  What about in the
22  intestines, large intestine, small
23  intestine?  Do they have P450-2E1?
24      A.  Actually, they do not.  The

Page 241

1  small intestine does not have 2E1.
2      Q.  A second ago, did you say
3  that you saw a study that said 90 percent
4  was absorbed?
5      A.  I believe that's the one
6  that I saw where they gave administration
7  through a feeding tube into the stomach
8  and then also down into the intestine.
9      Q.  So that's not 100 percent.
10  Where's that other ten percent going?
11      MS. THOMPSON:  Objection.
12  Form.
13      THE WITNESS:  They just
14  couldn't measure it anymore from
15  drawing back from the tube.
16  BY MR. VAUGHN:
17      Q.  Is there a chance that some
18  of it would be excreted to the feces?
19      A.  It hasn't been described.
20      Q.  Do you know if the rectum
21  has P450-2E1?
22      A.  I believe it does not.  My
23  understanding is that as you go further
24  down from the small intestine towards the

Page 242

¹ larger intestine, that there's this
² decline in all the P450s. And I have
³ never seen anything that identified 2E1
⁴ being in the colon or rectum.
⁵        Q.   Does the entire GI tract
⁶ have P450 in it?
⁷             MS. THOMPSON:  Objection.
⁸ Form.
⁹             THE WITNESS:  Some have
¹⁰ P450, and some do not.
¹¹ BY MR. VAUGHN:
¹²        Q.   The study in which you were
¹³ saying 90 percent, what animal was that
¹⁴ in?  Do you recall?
¹⁵        A.   Pretty sure it was in rats.
¹⁶        Q.   And was that an oral dose?
¹⁷        A.   Yes.  They put like a
¹⁸ feeding tube down and then administered
¹⁹ the NDMA through the feeding tube.  And
²⁰ then sampled back out of the feeding tube
²¹ over time to see how the drug was
²² absorbed.
²³        Q.   How does pulling it back out
²⁴ let you know if it made it to the liver?

Page 243

¹             MS. THOMPSON:  Objection.
² Form.
³             THE WITNESS:  There are
⁴ other studies showing that it goes
⁵ to the liver once it's absorbed in
⁶ the small intestine.
⁷             MR. VAUGHN:  Can we go to
⁸ Page 19 -- actually, before we do
⁹ that, stay here.
¹⁰             Can we go to the bottom of
¹¹ the summary of -- on this page,
¹² yeah.
¹³ BY MR. VAUGHN:
¹⁴        Q.   Then can you read the
¹⁵ sentence that starts with, "The greatest
¹⁶ capacity," and read that sentence and the
¹⁷ one afterward.
¹⁸        A.   Yeah, I can see fine on
¹⁹ mine.
²⁰             "The greatest capacity to
²¹ metabolize these nitrosamines to
²² alkylating agents is found in the liver,
²³ but other organs including the esophagus,
²⁴ lung and kidney are also capable of

Page 244

¹ activation."
²        Q.   And the next sentence as
³ well, please.
⁴        A.   "These organs may be more
⁵ susceptible to alkylation than the liver
⁶ because they have a lesser ability to
⁷ catalyze the removal of the
⁸ O6-alkyl-guanine from their DNA."
⁹        Q.   Do you agree with that?
¹⁰        A.   Particularly if you go on to
¹¹ the next sentence, because I want to put
¹² it in the proper context.
¹³             "However, orally
¹⁴ administered doses of NDMA and the NDMA
¹⁵ formed by nitrosation reactions" --
¹⁶             THE WITNESS:  Can you keep
¹⁷ scrolling for me, please.
¹⁸             MS. THOMPSON:  I don't have
¹⁹ control of the documents.
²⁰             THE WITNESS:  Oh, I'm sorry.
²¹             -- "within the GI tract are
²² rapidly absorbed from the upper
²³ part of the small intestine and
²⁴ carried to the liver in the portal

Page 245

¹ blood supply.  When small doses
² are given in this way, the
³ capacity of the liver to
⁴ metabolize the carcinogen is
⁵ sufficient that the nitrosamines
⁶ effectively cleared in a
⁷ first-pass effect, leaving very
⁸ little to interact with other
⁹ organs."
¹⁰             So to read those couple
¹¹ sentences that you had me start
¹² with, I think it was only fair to
¹³ put it into the context of the
¹⁴ rest of Pegg's comments.
¹⁵ BY MR. VAUGHN:
¹⁶        Q.   No, actually.  I'm really
¹⁷ glad that you did.  At the end of that,
¹⁸ it said "very little is left to interact
¹⁹ with other organs."
²⁰             You agree with that, right?
²¹ It's not that it's none left.  It's just
²² not as much, right?
²³        A.   No, not right.  It depends
²⁴ on the dose.

Confidential Information - Subject to Protective Order

Page 246

1    Q.   And here it says "when small
2  doses are given."  Would you agree with
3  that?  Small doses, you're still going to
4  get a little bit that goes to the other
5  organs?
6    A.   Depends on --
7        MS. THOMPSON:  Objection to
8    form.
9        Sorry.
10       THE WITNESS:  Sorry.
11       It depends on how small the
12   dose.
13 BY MR. VAUGHN:
14   Q.   Do you have any idea what
15 Pegg meant when he said small dose here?
16   A.   No, he didn't define it in
17 this set.
18   Q.   And we don't know if his
19 definition of small dose is the same as
20 your definition of a trace amount?
21   A.   I don't.
22   Q.   All right.  Can we go back
23 to your expert report, and go to Page 19
24 now.

Page 247

1        Can you read out loud the
2  first full sentence on this page?  It
3  starts at the end of Line 117.
4        MS. THOMPSON:  Line 117?
5        MR. VAUGHN:  I messed up on
6    that.  317.
7        It starts with the word
8    "only."  Sorry about that.
9        MS. THOMPSON:  Here, if it's
10   easier to read.
11       THE WITNESS:  I've go it.
12       "Only when the dose exceeds
13   first-pass metabolism capacity
14   will unchanged drug or compound be
15   systemically available for
16   distribution through the
17   bloodstream, leaving the liver and
18   being delivered to other tissues
19   and organs."
20 BY MR. VAUGHN:
21   Q.   And so is it your opinion
22 that if a human orally ingests NDMA, that
23 it would only be detectable in the blood
24 if it was exceeding the first-pass

Page 248

1  metabolism capacity of the liver?
2    A.   Correct.
3    Q.   Do you agree that if NDMA
4  reaches the bloodstream, that it has the
5  potential to cause cancer in numerous
6  organs and tissues?
7        MS. THOMPSON:  Objection.
8    Form.
9        THE WITNESS:  Again, I think
10   we've talked about this a few
11   times.
12       It depends on the amount,
13   how much gets past the liver.  And
14   the ability of that organ to
15   generate -- or to have the 2E1.
16       So it's dependent on a lot
17   of things.
18 BY MR. VAUGHN:
19   Q.   And again, you've stated
20 several times that you're not here to
21 talk about what dose is necessary.
22       So dose aside, if you're
23 getting into the bloodstream there's more
24 organs and tissues at risk, correct?

Page 249

1        MS. THOMPSON:  Object to
2    form.
3        THE WITNESS:  There's --
4    there's more organs and tissue
5    that can receive the drug.  I
6    don't know what that risk is
7    because it depends on the amount.
8  BY MR. VAUGHN:
9    Q.   I mean, the risk of it would
10 be getting cancer.  Are you saying that
11 you don't know how likely they are to get
12 cancer?
13   A.   Yes.
14       MS. THOMPSON:  Object to
15   form.
16       THE WITNESS:  I can't
17   quantify without having a dose
18   to -- or an amount that gets to
19   the organ or knowing which organ
20   and how much 2E1 it has and how
21   much of a removal system that it
22   has.
23       Those are -- those are all
24   things that would impact the

Confidential Information - Subject to Protective Order

---

Page 250

1    conclusion you were drawing.
2  BY MR. VAUGHN:
3       Q.   Are you aware if some people
4  are exposed to NDMA in their diet?
5       A.   I am aware of that.
6       Q.   Do you know what the average
7  amount of NDMA that -- scratch that.  One
8  second.
9            Do you know what the average
10  amount of NDMA an American is exposed to
11  in their diet every day?
12           MS. THOMPSON:  Objection to
13      form.
14           THE WITNESS:  I recall
15      having seen it.
16           My recollection is that it
17      might be like a few hundred
18      nanograms or up to maybe a tenth
19      of a microgram or something like
20      that.
21  BY MR. VAUGHN:
22      Q.   It's kind of impossible to
23  not be exposed to NDMA at all as a human,
24  correct?

---

Page 251

1      A.   I would say that the sources
2  of NDMA that I've read about that are in
3  dietary substances, some or many of them
4  are part of the normal American diet,
5  yes.
6      Q.   Is it your opinion that NDMA
7  in the diet can't cause cancer in humans?
8           MS. THOMPSON:  Objection to
9      form.
10           THE WITNESS:  It is my
11      opinion that looking at the
12      dietary studies that have been
13      done, I don't believe they
14      reliably and consistently show
15      that they have caused cancer
16      through dietary studies.
17  BY MR. VAUGHN:
18      Q.   But they do show an
19  association, correct?
20           MS. THOMPSON:  Objection to
21      form.
22           THE WITNESS:  Sorry.  An
23      association, yes.
24  BY MR. VAUGHN:

---

Page 252

1      Q.   I want to ask you again your
2  opinion.  Can the amount of NDMA in the
3  diet increase the risk of cancer in
4  humans?
5           MS. THOMPSON:  Objection to
6      form.
7           THE WITNESS:  And I'm saying
8      that hasn't been demonstrated.  If
9      it had been, it would have a
10      different IARC classification than
11      it does.
12  BY MR. VAUGHN:
13      Q.   You're saying the amount of
14  NDMA in the diet probably could increase
15  the risk of cancer in humans?
16      A.   No, I'm not saying that.
17  I'm saying there's no data that it does
18  increase cancer in humans.
19      Q.   There's no data at all?
20      A.   There are no data that prove
21  that NDMA in the diet causes cancer in
22  humans.
23      Q.   And so prove.  Again, like,
24  you're putting this at 100 percent

---

Page 253

1  standard, right?
2           MS. THOMPSON:  Objection.
3      Form.
4           THE WITNESS:  I don't
5      believe it's been proven.  The
6      preponderance of the data are
7      conflicting to me.
8  BY MR. VAUGHN:
9      Q.   Does it lean more one way or
10  the other?
11           MS. THOMPSON:  Objection to
12      form.
13           THE WITNESS:  Not in any
14      type of reliable conclusion that
15      I've been able to make, no.
16  BY MR. VAUGHN:
17      Q.   So I'm okay to start eating
18  a lot of bacon with my whiskey again?
19  It's not going to increase my risk of
20  cancer?
21           MS. THOMPSON:  Objection to
22      form.
23  BY MR. VAUGHN:
24      Q.   I'd like to be able to do

---

Page 254

1 that again. That's -- I really like
2 bacon.
3         A.   On your grilled hamburger,
4 yes.
5             MR. VAUGHN:  Do you want to
6 take a break real quick.  Is that
7 okay?
8             MS. THOMPSON:  Sure.
9             THE VIDEOGRAPHER:  The time
10 right now is 2:07 p.m.  We're off
11 the record.
12         (Short break.)
13             THE VIDEOGRAPHER:  The time
14 right now is 2:23 p.m.  We're back
15 on the record.
16 BY MR. VAUGHN:
17     Q.   Doctor, if a human is able
18 to exceed their body's repair mechanisms
19 just through NDMA in their diet, then
20 wouldn't any additional amount of NDMA
21 further increase their risk of cancer?
22             MS. THOMPSON:  Objection.
23     Form.
24             THE WITNESS:  Again, I

Page 255

1     suspect that's theoretically
2     possible, but --
3 BY MR. VAUGHN:
4     Q.   What do you mean theoretical
5 possible?
6         A.   Well they would have to --
7 well, number one, there's no proof in
8 humans that dietary NDMA causes cancer.
9         And so it's operating from
10 the assumption that it does, and so it
11 makes it hard for me to accept that
12 hypothetical.
13     Q.   If an animal is able to
14 exceed their body's repair mechanisms
15 just through the NDMA in their diet, then
16 wouldn't any additional amount of NDMA
17 further increase that animal's risk of
18 cancer?
19             MS. THOMPSON:  Objection.
20     Form.
21             THE WITNESS:  So again, the
22 basis for that question was that
23 dietary NDMA is causing cancer in
24 animals?

Page 256

1 BY MR. VAUGHN:
2     Q.   Yeah.  If/then.  It's a
3 hypothetical?
4         A.   I mean, same thing, it would
5 have to be enough to cause cancer to
6 begin with.
7     Q.   And, again, hypothetical.
8 If that was enough, then any additional
9 amount of NDMA would further increase the
10 risk of cancer, correct?
11             MS. THOMPSON:  Objection.
12     Form.
13             THE WITNESS:  Well, I
14 believe the dose studies that have
15 given enough to cause cancer sort
16 of prove that that's possible.
17 BY MR. VAUGHN:
18     Q.   Thank you, Doctor.  Now, a
19 second ago you said the average amount
20 diet would have a few hundred nanograms
21 of NDMA in it a day.  But what about a
22 single meal?  Do you know how much that
23 on average would have?
24             MS. THOMPSON:  Objection to

Page 257

1     form.  Scope.
2             THE WITNESS:  I don't.
3 BY MR. VAUGHN:
4     Q.   Less than a few hundred
5 nanograms, though, right?
6             MS. THOMPSON:  Objection.
7     Form.  Scope.
8             THE WITNESS:  I mean, I
9     guess it depends on the meal
10     relative to the other meals of the
11     day.  I mean, I don't know.
12             MR. VAUGHN:  Tyler, can we
13     pull Pegg back up again, the 1980
14     Pegg study.  Let's go to Page 15
15     again.
16 BY MR. VAUGHN:
17     Q.   Doctor, that second
18 paragraph that starts with the word
19 "finally," can you read that aloud for
20 the jury?
21         A.   "Finally, it has been
22 reported that NDMA and NDEA were present
23 in human peripheral blood samples and
24 that the amounts increased after a meal.

Page 258

¹ Calculations of total daily exposures
² have been made on the basis of these
³ figures but without knowledge of the
⁴ clearance rate these calculations may be
⁵ seriously in error and may underestimate
⁶ total exposure."
⁷     Q.   And so this is saying just
⁸ one meal is able to clear the liver and
⁹ get into the bloodstream, the NDMA; is
¹⁰ that correct?
¹¹     MS. THOMPSON:  Objection.
¹²     Form.
¹³     THE WITNESS:  Again, I'd
¹⁴     have to look at those studies to
¹⁵     see if just that one-sentence
¹⁶     summary would be an accurate
¹⁷     representation.
¹⁸ BY MR. VAUGHN:
¹⁹     Q.   Did you not look at those
²⁰ two studies when you were forming the
²¹ basis of your opinions?
²²     A.   No, I did not.
²³     Q.   And so if this is true, that
²⁴ a meal can -- levels of NDMA in a meal

Page 259

¹ can exceed what the liver can handle and
² make it into the bloodstream, then if
³ someone took valsartan with NDMA in it,
⁴ that would also be able to make it into
⁵ the bloodstream, correct?
⁶     MS. THOMPSON:  Objection.
⁷     Form.
⁸     THE WITNESS:  Again, I can't
⁹     draw that same conclusion without
¹⁰     looking at those studies.
¹¹ BY MR. VAUGHN:
¹²     Q.   And you didn't look at those
¹³ studies, so you can't really opine on
¹⁴ what impact dietary NDMA is going to have
¹⁵ on the NDMA that's in valsartan, correct?
¹⁶     MS. THOMPSON:  Objection.
¹⁷     Form.
¹⁸     THE WITNESS:  No, I haven't
¹⁹     looked at these studies.  So I
²⁰     can't tell you what impact they
²¹     would have on my opinions.
²² BY MR. VAUGHN:
²³     Q.   What were the levels that
²⁴ you were aware of, of NDMA in valsartan?

Page 260

¹ Was it 20,000 nanograms and they were
² able to show 38,000 nanograms?  Is that
³ what it says?
⁴     A.   Yes.
⁵     Q.   All right.  And you said
⁶ that the average diet would have a few
⁷ hundred nanograms.  But yet one meal is
⁸ able to bypass the liver and the NDMA get
⁹ into the bloodstream?
¹⁰     A.   I don't know that.  I
¹¹ haven't read these studies.  They weren't
¹² what I looked at in looking at NDMA
¹³ metabolism.
¹⁴     Q.   If just a couple hundred
¹⁵ nanograms can bypass the liver, then, I
¹⁶ mean, tens of thousands of nanograms of
¹⁷ NDMA would definitely bypass the liver,
¹⁸ correct?
¹⁹     MS. THOMPSON:  Objection to
²⁰     form.
²¹     THE WITNESS:  I can't answer
²²     that without looking at these
²³     studies.
²⁴ BY MR. VAUGHN:

Page 261

¹     Q.   It's a hypothetical.  It's
² an if/then.  If a few hundred was able to
³ bypass, then definitely tens of
⁴ thousands, correct?
⁵     MS. THOMPSON:  Objection to
⁶     form.
⁷     THE WITNESS:  Well, again,
⁸     you're asking me to accept the
⁹     "if."  And I have to look at these
¹⁰     studies before I would accept
¹¹     that.
¹² BY MR. VAUGHN:
¹³     Q.   Because you didn't review
¹⁴ all the literature before you formed your
¹⁵ opinions in this case or before this
¹⁶ deposition, right?
¹⁷     MS. THOMPSON:  Objection.
¹⁸     Form.
¹⁹     THE WITNESS:  I was not
²⁰     focused on dietary NDMA.
²¹ BY MR. VAUGHN:
²²     Q.   Are you going to review
²³ these studies after this deposition?
²⁴     A.   I could.

Page 262

1    Q.   And if you change your
2  opinions, are you going to notify us?
3    A.   If I change my opinions, I
4  would notify you.
5        MS. THOMPSON:  You will
6    notify us, and we will notify.
7        THE WITNESS:  Well.
8  BY MR. VAUGHN:
9    Q.   Doctor, can you explain how
10 you did your dosage conversions around
11 animal?
12   A.   I just used milligrams per
13 kilogram.  And the average typically used
14 weight for a human is 70 kilograms.
15   Q.   Based on what authority did
16 you decide that the -- scratch that one
17 second.
18       The average typically used
19 weight for a human is 70 kilograms.  What
20 did you base that off of?
21   A.   That's been a historical
22 number that you can find in the
23 literature for literally decades.
24   Q.   So it's not like a standard

Page 263

1  of practice in pharmacy and stuff that
2  you would use 70 kg for a human?
3        MS. KAPKE:  Object to form.
4        THE WITNESS:  Sorry.  Not
5    any more standard to pharmacy than
6    it is to any of the other health
7    professions.
8  BY MR. VAUGHN:
9    Q.   Including oncology?
10   A.   Including oncology,
11 including cardiology, nephrology.  That's
12 been in the literature as sort of a
13 standard for a long time, probably longer
14 than what would be accurate today.  I
15 think the number today would probably be
16 even bigger.
17   Q.   It's important to have that
18 number be accurate, correct?
19   A.   In a comparative basis, not
20 necessarily.  But you know, it's ballpark
21 enough to make the point.
22   Q.   And so you don't know -- you
23 said that cancer research oncologists,
24 they all use 70 kg, right?

Page 264

1        MS. THOMPSON:  Object to
2    form.
3        THE WITNESS:  I didn't say
4    that.  I said it's been accepted
5    by all branches of the medical and
6    pharmacy and nursing communities
7    when people are sort of talking
8    about what the average human
9    weight is.  And that's been around
10   for decades.
11 BY MR. VAUGHN:
12   Q.   Did you do any research to
13 make sure that that's the weight that's
14 used when you're dealing with a
15 carcinogen?
16       MS. THOMPSON:  Objection.
17   Form.
18       THE WITNESS:  No, I did not.
19 BY MR. VAUGHN:
20   Q.   You just assumed that you
21 would use the same weight?
22       MS. THOMPSON:  Objection.
23   Form.
24       THE WITNESS:  Again, it's

Page 265

1    for a relative basis.
2        If I were to use 10
3    kilograms less or 10 kilograms
4    more, or 20 kilograms more, it
5    wouldn't change my opinions.
6  BY MR. VAUGHN:
7    Q.   Isn't it your opinion that
8  the levels of NDMA present in generic
9  valsartan don't increase the risk of
10 cancer for anyone taking it?
11       MS. THOMPSON:  Objection.
12   Form.
13       THE WITNESS:  Could you
14   rephrase that again for me,
15   please?
16 BY MR. VAUGHN:
17   Q.   Yeah.
18       Is it your opinion that the
19 levels of NDMA that were present in
20 generic valsartan did not pose an
21 increased risk of cancer formation for
22 anyone that took the drug?
23   A.   Yes.  That's in my report.
24   Q.   If your opinion is on anyone

1 that took the drug, why are you using
2 average human weight?
3      A.   For comparative purposes.  I
4 guess I could have used, if I had them,
5 the weights of all the people who took
6 the drug.  But I didn't have that.
7      Q.   I mean, wouldn't
8 approximately half of humans weigh less
9 than the actual weight of a human?
10      A.   Yes.
11      Q.   If you were so confident in
12 your opinions that the levels of NDMA in
13 valsartan can't cause or increase the
14 risk of human cancer, why didn't you just
15 go with the lowest weight value.  Why did
16 you use average?
17          MS. THOMPSON:  Objection.
18      Form.
19          THE WITNESS:  I don't know
20      what the lowest weight would have
21      been.  But had I picked, you know,
22      60 kilograms or 20 or -- I don't
23      know what you mean, because I
24      don't know what that number is.

1 BY MR. VAUGHN:
2      Q.   Well, it significantly
3 impacts your calculation, does it not?
4          MS. THOMPSON:  Objection.
5      Form.
6          THE WITNESS:  No.  It really
7      doesn't.  If you look at my table,
8      you know, where I use the 70-kilo,
9      and get 7,000 milligrams, as what
10      appeared to be a non-cancerous
11      dose based on a .1 milligram per
12      kilogram in rat studies, whether
13      that number is 6,000 or in the
14      case of someone who's larger,
15      whether that number is 15,000, it
16      doesn't change my opinions.
17 BY MR. VAUGHN:
18      Q.   All right.  Based on your
19 methodology, if 1 nanogram of NDMA was
20 able to induce cancer in an animal that
21 weighed one kilogram, then based on your
22 calculations, it would take 70 nanograms
23 to induce cancer in a human; is that
24 correct?

1      A.   Well, I never calculated
2 that.
3      Q.   Well, I know you didn't do
4 this calculation.  But the way you're
5 doing your conversion -- and so I'm not
6 trying to represent that one nanogram
7 causes cancer in animals.  I'm just using
8 these numbers for simplicity's sake
9 because I want to understand your
10 methodology and how you came to these
11 numbers.
12          Does that make sense?
13      A.   Yeah, we can just use the
14 numbers and use them.  We don't have to
15 use something other than the numbers.
16      Q.   Well, I need the math to be
17 a lot easier, is why I'm doing it this
18 way.
19      A.   Okay.  This is pretty easy.
20      Q.   So you're just taking
21 whatever the nanograms per kilogram are
22 and you're timesing them by 70, correct?
23      A.   And they're actually
24 micrograms and/or milligrams, and not in

1 the nanogram range.
2      Q.   Would you be more
3 comfortable if I gave my hypothetical in
4 micrograms instead of nanograms?  Would
5 that make it easier for you?
6      A.   Well, like I said, we can
7 just use the numbers.  They're not that
8 complicated.  .1 --
9      Q.   I'm allowed to ask you
10 hypotheticals.  And if I use basic
11 numbers it's a lot easier for the jury to
12 understand what your methodology is.
13          So if 1 microgram of NDMA
14 was able to induce cancer in an animal
15 that weighed 1 kilogram, based on your
16 calculations, it would take 70 micrograms
17 to induce cancer in a human; is that
18 correct?
19          MS. THOMPSON:  Objection.
20      Form.
21          THE WITNESS:  Again, if that
22      were the case, which isn't the
23      case.
24 BY MR. VAUGHN:

Page 270

1  Q. But the way I did my math
2  was how you did your methodology,
3  correct?
4  A. Well, multiplying by 70,
5  yes.
6  Q. Okay. And so for every kg,
7  you added 100 percent of that base dose,
8  correct?
9  A. For a dose that did not
10 cause cancer in rats, that in a few
11 studies was fairly consistent
12 around .1 milligrams per kilogram, I
13 extrapolated that to the average weight
14 of a human adult, which is 70 kilograms.
15 So 70 times the .1 gave 7 milligrams,
16 which is 7,000 micrograms.
17 Q. Thank you, Doctor.
18       And so, if an animal weighs
19 70 times as much as another animal, based
20 on your methodology, it's going to take
21 70 times the amount of NDMA to have the
22 same impact on that animal, correct?
23       MS. THOMPSON: Objection.
24 Form.

Page 271

1       THE WITNESS: I don't think
2    that's what I'm saying here.
3  BY MR. VAUGHN:
4  Q. Can you explain to me what
5  you're saying then?
6  A. Well, you again, reverted
7  from the dose I said that doesn't cause
8  cancer to a dose that does cause cancer,
9  and I'm not claiming to know what that
10 is.
11 Q. Okay. Let's set aside
12 causing cancer. One nanogram per
13 kilogram would be the same as 70
14 nanograms for 70 kilograms.
15       That's what your math came
16 out to be, right?
17 A. Correct. That's the math.
18 Q. Okay. And is that known as
19 linear extrapolation?
20       MS. THOMPSON: Objection to
21 form.
22       THE WITNESS: I don't know
23 if that's the term that's used.
24 But that would describe it

Page 272

1  accurately, I think.
2  BY MR. VAUGHN:
3  Q. So it's like a one to one
4  ratio, right? Like, for every kg, you
5  add one part of the base, right?
6  A. Yeah. As long as it's
7  reported in kilograms.
8  Q. And what was your basis that
9  that one-to-one ratio was appropriate to
10 use for NDMA?
11 A. It's just the best that we
12 have. We don't have any other method of
13 conversion based on some other
14 physiologic factor. It's how the animals
15 were dosed. They were dosed in
16 milligrams per kilogram.
17 Q. But you have no basis for
18 why that's appropriate to extrapolate
19 them to humans based on weight?
20 A. Well, as I've already said,
21 we are not sure that extrapolating these
22 animal data to humans is accurate and the
23 right thing to do to begin with.
24       So we have some missing

Page 273

1  parts. We've got the milligram per
2  kilogram dose in the animals, what dose
3  didn't cause cancer, we have the weight,
4  the average weight of a human adult, and
5  then we have how much microgram
6  quantities were in the valsartan product.
7       So there's that missing link
8  connection that is an assumption that is
9  being made.
10 Q. Okay. Let's set humans
11 aside then.
12       If two different animal
13 species, each weighed one kilogram, you
14 would expect the exact same amount of
15 NDMA to be necessary to induce cancer in
16 those animals, correct?
17 A. No.
18 Q. Why?
19 A. Different amounts of 2E1.
20 Q. Does a rat and a mouse have
21 different amounts of 2E1?
22 A. I believe they do. I know
23 for sure a rat and a dog do and a rat and
24 a monkey does and a rat and a pig does.

Page 274

1  Q.  But you don't know if a rat
2 and a mouse have different amounts?
3  A.  I don't recall seeing that.
4 And the reason I do know about the
5 monkeys and the pigs and the beagle dogs,
6 is because there were studies that I
7 reviewed that were in that area.
8  Q.  And so you didn't consider
9 the amount of 2E1 in mice when forming
10 your opinions in this case?
11  A.  No, I did not.
12  Q.  Based on what you just said
13 about the 2E1, assuming that they have
14 comparable amounts of 2E1.  An animal
15 that weighs, let's say, 12 times as much
16 as another animal, you would expect it to
17 take 12 times the amount of NDMA to have
18 the same impact, correct?
19  A.  Well, I'm saying the dose
20 would be.  I am not saying what the
21 impact would be.  There's other parts to
22 the question about causing cancer.  And
23 it has to do with the amount of 2E1 in
24 the different organs and what the dose is

Page 275

1 and whether you exceed first-pass
2 metabolism, and do you give it IV or PO.
3  There's all these moving
4 parts to the puzzle to even get close to
5 having an apples-to-apples kind of
6 comparison.
7  Q.  Well, assuming that you're
8 giving it the same route, you know,
9 giving it orally for each of them.
10  A.  Right.  But again, they have
11 different amounts of 2E1.
12  Q.  I said assuming that they
13 had comparable amounts of 2E1.  I mean,
14 you're assuming that human and rats have
15 comparable amounts, right?
16  A.  Well, that's been
17 demonstrated.  And I can't say it across
18 all species.
19  Q.  You don't know if mice have
20 anything similar?
21  A.  I just didn't look at that,
22 no.
23  Q.  You listed, "2018 M7(R1)
24 Assessment and Control of DNA" --

Page 276

1 reactivity -- "Reactive Impurities in
2 Pharmaceuticals to Limit Potential
3 Carcinogenic Risk:  A Guidance For the
4 Industry."
5  Did you read that entire
6 document?
7  A.  I did.
8  Q.  And did you consider the
9 2018 guidance for the industry in forming
10 your opinions?
11  A.  I considered them.  But they
12 didn't have an impact on my opinions.
13  Q.  Do you recall disagreeing
14 with anything from the 2018 guidance for
15 industry?
16  A.  It doesn't mean that I
17 disagreed with them.  It just means that
18 they didn't have an impact on the
19 conclusions that I drew based on NDMA
20 metabolism relative to the amounts of
21 NDMA found in the valsartan products.
22  Q.  But what I was asking is do
23 you recall disagreeing with anything in
24 the guidance?

Page 277

1  A.  I don't recall being in any
2 position to disagree with it.  I just was
3 familiar with it.
4  Q.  And would you follow a
5 guidance document like that?
6  MS. THOMPSON:  Objection.
7 Form.
8  THE WITNESS:  I read the
9 guidance document.  I don't know
10 what you mean by follow.
11  MR. VAUGHN:  Tyler, you can
12 go ahead and pull that up for me.
13 The 2018 M7(R1).
14  (Document marked for
15 identification as Exhibit
16 Bottorff-5.)
17 BY MR. VAUGHN:
18  Q.  Guidance for industry.
19 Who's the industry that this is supposed
20 to guide?
21  A.  Pharmaceutical industry.
22  Q.  That's who you represent,
23 correct?
24  A.  Correct.

Confidential Information - Subject to Protective Order

Page 278

1    Q.  And at the bottom here, what
2  agencies are responsible for this
3  guidance document?
4    A.  HHS, FDA, the CDER, CBER,
5  which are branches of the FDA.
6    Q.  So the U.S. Department of
7  Health And and Human Services, the Food &
8  Drug Administration, the Center for Drug
9  Evaluation & Research, and the Center For
10  Biologic Evaluation & Research; is that
11  correct?
12    A.  Yes.  Just to clarify, CDER
13  and CBER are branches of the FDA, and the
14  FDA is a branch of the Health & Human
15  Services.
16    Q.  Okay.  So this guidance
17  document is basically put out by the U.S.
18  Department of Health & Human Services?
19    A.  Under the auspices of the
20  FDA, and it's two specific branches that
21  did the work.
22    Q.  And what year was this put
23  out?
24    A.  2018.

Page 279

1    Q.  And when did the industry --
2  or not the industry.  Scratch that.
3        When did the FDA
4  approximately learn about the valsartan
5  contamination with NDMA?
6        MS. THOMPSON:  Objection.
7    Form.
8        THE WITNESS:  I think it was
9    in July of 2018 that they
10    announced.  I can't remember the
11    exact date.  But it was in 2018.
12        MR. VAUGHN:  Go to Page 39,
13    Tyler.  Actually, one second.  One
14    second.  Page 24.  Can you go back
15    two pages actually, Tyler, for me.
16    I'm sorry.  I got my PDF stuff
17    wrong.  That works.  All right.
18    Got it.  Sorry.  I'm having a hard
19    time seeing it.  Go -- no, no.
20  BY MR. VAUGHN:
21    Q.  Do you see here what kg body
22  weight they are using?
23    A.  50.
24    Q.  And you used 70, correct?

Page 280

1    A.  Correct.
2        MS. THOMPSON:  I think I'm
3    in the wrong document.  Is this in
4    the shared file?
5        MR. VAUGHN:  I mean, it's in
6    his materials considered that you
7    gave us.
8        MS. THOMPSON:  I understand.
9    I'm just trying to make sure that
10    I'm pulling up the right one
11    because the last exhibit that I
12    have in here is Exhibit 5, which
13    looks like it's the guidance
14    document.
15        MR. VAUGHN:  The first page
16    says "Guidance for Industry.
17    M7(R1)."  It's March 2018.
18  BY MR. VAUGHN:
19    Q.  So would you agree with me,
20  Doctor, when the FDA is doing their
21  calculations on carcinogens, they use a
22  50 kg weight, not 70 kg rate?
23        MS. THOMPSON:  Objection to
24    form.

Page 281

1        THE WITNESS:  They did use
2    50.
3  BY MR. VAUGHN:
4    Q.  And do you know if they
5  always use 50 when it's a carcinogen?
6    A.  I do not know that.  I think
7  they -- I don't know if it's here or
8  somewhere else that they explained their
9  use of the 50 kilos, so they would be in
10  their calculations on the
11  ultra-conservative side.
12    Q.  And why would they want to
13  be on the more conservative side?
14    A.  Because they're a regulatory
15  agency.  I don't know.
16    Q.  Do you think it might have
17  anything to do with not wanting people to
18  get cancer?
19        MS. THOMPSON:  Object to
20    form.
21        THE WITNESS:  I'm sure they
22    don't want people to get cancer.
23  BY MR. VAUGHN:
24    Q.  And so setting that lower kg

Confidential Information - Subject to Protective Order

Page 282

¹ rate gives them a little bit more
² assurance, right?
³         MS. THOMPSON:  Objection.
⁴     Form.
⁵         THE WITNESS:  Not
⁶     necessarily, but that's what they
⁷     chose to do.
⁸ BY MR. VAUGHN:
⁹     Q.   What do you mean not
¹⁰ necessarily?  Isn't timesing something by
¹¹ 50 going to result in a lower number than
¹² timesing something by 70?
¹³         MS. THOMPSON:  Objection to
¹⁴     form.
¹⁵         THE WITNESS:  Every time.
¹⁶         MR. VAUGHN:  All right.
¹⁷     Sorry.  I got off.  I don't know
¹⁸     where I was at.
¹⁹ BY MR. VAUGHN:
²⁰     Q.   Doctor, you also listed the
²¹ FDA's February 2021 "Control of
²² Nitrosamine Impurities in Human Drugs:
²³ Guidance For Industry" on your list of
²⁴ your materials considered.

Page 283

¹         Do you recall reading that
² document?
³     A.   I do.
⁴     Q.   And did you read that entire
⁵ document?
⁶     A.   I probably scanned that one
⁷ in case there was something different
⁸ than what I had seen before.  I don't --
⁹ I don't remember specifically if I read
¹⁰ the entire word for word.
¹¹     Q.   You don't recall if FDA's
¹² guidance document lays out a different
¹³ methodology than the one that you used in
¹⁴ forming your opinions?
¹⁵     A.   Well, I believe the document
¹⁶ that you just have up there now used a
¹⁷ different methodology than I used.
¹⁸     Q.   And why did you decide to
¹⁹ use a different methodology than the FDA?
²⁰     A.   They have a different focus.
²¹     Q.   Is their focus more on
²² patient health and your focus is more on
²³ defending a pharmaceutical company?
²⁴         MS. THOMPSON:  Objection.

Page 284

¹ Form.
²         THE WITNESS:  Well, my focus
³     was on the science behind looking
⁴     at a non-cancerous dose as opposed
⁵     to trying to extrapolate something
⁶     over 70 years in a 50-kilogram
⁷     person, which I think is their
⁸     more regulatory approach.  I tried
⁹     to look at the science and
¹⁰     conclude what was available.
¹¹ BY MR. VAUGHN:
¹²     Q.   You didn't even look into
¹³ like, mutagenicity and stuff, did you?
¹⁴         MS. THOMPSON:  Object to
¹⁵     form.
¹⁶         THE WITNESS:  I'm not sure
¹⁷     what you're asking.
¹⁸ BY MR. VAUGHN:
¹⁹     Q.   That's fine.  We'll get into
²⁰ it more.
²¹         MR. VAUGHN:  Tyler, can you
²²     pull up the 2021 guidance for
²³     industry.
²⁴         And what exhibit number is

Page 285

¹ this going to be, Tyler?  I'm
² sorry.  Is it five?
³         TRIAL TECH:  This is going
⁴     to be six.
⁵         MR. VAUGHN:  Six.  Thank
⁶     you.
⁷         (Document marked for
⁸     identification as Exhibit
⁹     Bottorff-6.)
¹⁰ BY MR. VAUGHN:
¹¹     Q.   I'm trying to stay organized
¹² as we go.  Can we go to -- this is what I
¹³ want to go to 24.
¹⁴         MR. VAUGHN:  Can we go to 24
¹⁵     now, Tyler.  Sorry about that.
¹⁶ BY MR. VAUGHN:
¹⁷     Q.   All right.  If we go --
¹⁸         MR. VAUGHN:  Sorry.  You
¹⁹     were at the page I wanted.
²⁰         TRIAL TECH:  Okay.  I was
²¹     going to say, it doesn't look like
²²     there's a Page 24.  But this is
²³     the last one.
²⁴         MR. VAUGHN:  The last one.

Confidential Information - Subject to Protective Order

Page 286

1    That's what I meant.  Of the
2    document, Page 24 -- or of the
3    PDF.
4  BY MR. VAUGHN:
5    Q.  All right.  And, Doctor, if
6  we go to Line 39.  Do you see where the
7  FDA in this 2021 guidance to the industry
8  is still recommending that 50 kg be
9  utilized when doing conversions to
10  humans?
11    Doctor?
12    MR. REEFER:  Excuse me,
13  Brett.  Can you hear me?
14    MR. VAUGHN:  I can.  Can you
15  guys not hear me?
16    MR. REEFER:  We're having
17  some technical difficulties in the
18  room.  I apologize for
19  interjecting.  This is Jason from
20  the Pietragallo firm.
21    MR. VAUGHN:  No problem.
22  You guys -- is it fixed now?
23    MS. THOMPSON:  No.  We're on
24  this computer only.  So I'm trying

Page 287

1  to shut down and redo my
2  connection since I control the
3  mic.
4    THE VIDEOGRAPHER:  Should we
5  go off the record?
6    MR. VAUGHN:  Go off the
7  record.  Yeah.
8    THE VIDEOGRAPHER:  The time
9  right now is 2:52 p.m.  We're off
10  the record.
11    (Short break.)
12    THE VIDEOGRAPHER:  The time
13  right now is 2:57 p.m.  We're back
14  on the record.
15  BY MR. VAUGHN:
16    Q.  Doctor, is the amount of
17  P450-2E1 going to impact how much NDMA it
18  takes to kill an animal?
19    A.  Not necessarily.
20    Q.  What do you mean by not
21  necessarily?
22    A.  Well, you can give a massive
23  IV dose that goes -- that totally
24  disrupts liver function and causes

Page 288

1  massive bleeding which has been done and
2  that has nothing to do with 2E1.
3    Q.  Line 39, I don't know if we
4  got the question in before you guys
5  disconnected earlier.  The FDA here in
6  2021 is still recommending to use 50 kg
7  as the body weight, correct?
8    MS. THOMPSON:  Objection.
9  Form.
10    THE WITNESS:  I don't think
11  they are recommending that I or
12  anyone else use 50 kilograms.
13  It's what they did in their
14  calculation.
15  BY MR. VAUGHN:
16    Q.  And they're still doing that
17  calculation in 2021 with 50 kilograms,
18  correct?
19    A.  Correct.
20    Q.  And so, on that example we
21  gave earlier, that one nanogram per
22  kilogram for human, with your
23  methodology, you would come out at 70
24  nanograms.  Based on the FDA's

Page 289

1  methodology, it would be 50-nanograms,
2  correct?
3    A.  Yeah.  And we can apply that
4  to my calculations where the .1 milligram
5  per kilogram dose that doesn't appear to
6  cause cancer in rats, we can multiply it
7  by 50 and I get 5,000 milligrams instead
8  of 7,000 milligrams.  And that wouldn't
9  change my conclusions at all.
10    Q.  Down at the -- towards the
11  bottom, Line 52.  It's talking about TD50
12  values.  Do you know what a TD50 value
13  is?
14    A.  I do.
15    Q.  Can you explain to the jury
16  what a TD50 value?
17    A.  It's the dose given to the
18  animal that you've decided to give it to
19  that kills half of the animals.  It's
20  sort of like the lethal 50 dose.
21  Actually it's -- in this case, it's the
22  tumor dose.  It gives half the animals
23  tumors.
24    Q.  The amount that's needed per

Confidential Information - Subject to Protective Order

Page 290

¹ kg is half as much for a rat as it is for
² a mouse, isn't it?
³      A.   Yes.
⁴      Q.   And you don't know if that's
⁵ because of P450-2E1 or if it's because as
⁶ you increase weight it's not proportional
⁷ of the dose that you need to give the
⁸ animal, correct?
⁹           MS. THOMPSON:  Objection.
¹⁰      Form.
¹¹           THE WITNESS:  It's correct
¹²      that I don't know what the reason
¹³      for that is.  It could be that
¹⁴      the -- that the rat are more
¹⁵      resistant to getting tumors than
¹⁶      the mice.
¹⁷           I mean, there is a number of
¹⁸      reasons why that might be the
¹⁹      case.
²⁰ BY MR. VAUGHN:
²¹      Q.   You never investigated what
²² that reason is in forming your opinions,
²³ did you?
²⁴      A.   I did not.

Page 291

¹      Q.   And if the reason is because
² it's not a linear relationship when you
³ increase weight to dose, then that would
⁴ significantly impact your opinions,
⁵ wouldn't it?
⁶           MS. THOMPSON:  Objection.
⁷      Form.
⁸           THE WITNESS:  No.  In fact,
⁹      the FDA used the milligram per
¹⁰      kilogram in their calculations.  I
¹¹      mean, so they're comfortable using
¹²      milligrams per kilogram.
¹³ BY MR. VAUGHN:
¹⁴      Q.   The FDA did in this example.
¹⁵ But what I'm saying is if the rat is
¹⁶ increasing in weight, but only needs half
¹⁷ as much per kilogram, then that's more
¹⁸ like a 50 percent ratio, right, as
¹⁹ opposed to the 100 percent ratio?
²⁰           MS. THOMPSON:  Objection to
²¹      form.
²²           THE WITNESS:  This means
²³      that it takes less drug by about
²⁴      half in the rat versus the mouse

Page 292

¹ to cause a tumor in half of them.
² BY MR. VAUGHN:
³      Q.   And if that held true as the
⁴ weight kept going up all the way to a
⁵ human and we use the FDA's 50 kg, then
⁶ that would only be -- half of 50 is 25,
⁷ right?  So you'd multiply it by 25
⁸ instead, if this held true for humans,
⁹ correct?
¹⁰      A.   Again, we're not applying
¹¹ the mouse data to the humans.
¹²      Q.   You're not applying the
¹³ mouse data to the human?
¹⁴      A.   And nor did any of the other
¹⁵ studies that I looked at.
¹⁶      Q.   And you didn't consider the
¹⁷ mouse data?
¹⁸           MS. THOMPSON:  Objection to
¹⁹      form.
²⁰           THE WITNESS:  I did not.
²¹      Sorry.
²² BY MR. VAUGHN:
²³      Q.   I don't know if -- did you
²⁴ answer that?  I don't see it on -- oh,

Page 293

¹ there it is.  My internet is now
² unstable.  Are you able to hear me?
³      A.   I think I said correct.
⁴      Q.   You did.  I guess my
⁵ internet was having -- was going a little
⁶ slow there.
⁷           So there is a citation for
⁸ this, isn't there?  Citation Number 3.
⁹ And what is that citation?
¹⁰      A.   In the document?
¹¹      Q.   Yeah.
¹²      A.   It's this carcinogenicity
¹³ potency database for NDMA.
¹⁴      Q.   And who published that
¹⁵ database?
¹⁶      A.   I'm not sure publishes it.
¹⁷ But this is a reference to the National
¹⁸ Library of Medicine collection of those
¹⁹ databases.
²⁰      Q.   Is that what the NLM part of
²¹ that -- and then it has a ".NIH"; is
²² that -- what's the NIH part there?
²³      A.   I guess that's indicating
²⁴ that the National Library of Medicine is

Page 294

1 part of the NIH.
2        Q.   And that's the National
3 Institute of Health, correct?
4        A.   Correct.
5        Q.   And that's what we were
6 talking about earlier, the National
7 Institute of Health that continues to
8 fund Dr. Panigrahy -- sorry.  Scratch
9 that.
10        That's the same National
11 Institute of Health that we talked about
12 earlier that continues to fund
13 Dr. Panigrahy's cancer research, correct?
14        A.   Correct.
15        MS. THOMPSON:  Object to
16 form.
17 BY MR. VAUGHN:
18        Q.   It's a hard name sometimes.
19        Doctor, do you know what the
20 average rate -- I can't talk anymore.
21        Doctor, do you know what the
22 average weight of a rat was that was
23 studied with NDMA?
24        A.   I looked at that, because in

Page 295

1 some cases it wasn't so clear what that
2 number was.  And in other cases it was
3 more clear.
4        Most of these rats were in
5 the 300, 350, 400, 450 range, depending
6 on their age and whether they were male
7 or female.
8        Q.   And the mice, did you
9 calculate their average weight too?
10        A.   I did not.
11        Q.   You didn't calculate their
12 weight at .025 kg?
13        A.   I did not.
14        MR. VAUGHN:  Go to his
15 expert report.  Go to Page 44.
16 BY MR. VAUGHN:
17        Q.   On Line 728, where you note
18 the rough estimate of 25 grams or 0.025
19 kg for the mice, what did you base that
20 off of?  Or do you not recall putting
21 that into your expert report?
22        A.   No, I recall.  This was one
23 of the mice studies that I looked at, and
24 I don't believe in the paper they

Page 296

1 actually reported the weights.
2        So to do my calculation, I
3 had to go to the laboratory animal place
4 where you go buy them and look at that
5 specific strain and then look at the
6 weights that they give.
7        Q.   Did you not look at any
8 other NDMA studies in mice to see what
9 weights they were in those studies?
10        A.   No.  I don't recall any
11 other one.
12        Q.   Why didn't -- why didn't you
13 do that?
14        A.   As I did my search and
15 started looking for articles that had
16 some kind of dose-response relationship
17 that would indicate a non-cancerous dose,
18 the vast majority of that data were in
19 rats.  And so I used predominately rat
20 data.
21        Q.   Did you give more weight to
22 the rat data just because more studies
23 have been done in rats?
24        A.   No.  As I said earlier, I

Page 297

1 gave more weight because many of these
2 researchers talk about how the rat liver
3 metabolism is the closest to human liver
4 metabolism, which is why I think there's
5 way more rat studies in this area than
6 there is any other species.
7        Q.   So you wouldn't exclude any
8 animal data just because it wasn't a rat,
9 right?
10        A.   It depends on the data are
11 and what they found and how they got it.
12        Q.   So, like, if the data showed
13 that it increased the risk of cancer for
14 another animal, you wouldn't discount
15 that animal just because it wasn't a rat,
16 right?
17        A.   No, I wouldn't discount
18 that.  But again, I was looking for doses
19 that didn't cause cancer, not doses that
20 did.  And many of these are on the doses
21 given to cause cancer.
22        Q.   But you wouldn't exclude an
23 animal just because it wasn't a rat?
24        A.   I wouldn't exclude looking

Page 298

¹ at the study.  But I might exclude
² pharmacokinetic data or something else
³ that is less applicable to what my
⁴ question was.
⁵      Q.   What about just not
⁶ mentioning it in your study, like the
⁷ animal.  Like, you only focus on the rat
⁸ when the study looked at rats and another
⁹ animal?
¹⁰     A.   I think it was appropriate
¹¹ to focus on the rat because that's the
¹² animal that best approximates metabolism,
¹³ which is what the focus of my report was.
¹⁴     Q.   Right.  You don't even know
¹⁵ what the metabolism is in a mouse.  So
¹⁶ how do you know that the rat is the
¹⁷ closest to a human?
¹⁸         MS. THOMPSON:  Objection.
¹⁹     Form.
²⁰         THE WITNESS:  Because of all
²¹     the studies that I looked at.
²² BY MR. VAUGHN:
²³     Q.   What's a hamster?  How close
²⁴ is that to a human?

Page 299

¹         MS. THOMPSON:  Objection.
²     Form.
³         THE WITNESS:  I don't know
⁴     for sure.  I know studies have
⁵     been done.  But not that many.
⁶         MR. VAUGHN:  Can we go to
⁷     Page 46 of your expert report now.
⁸     And can we go to Line 766.
⁹ BY MR. VAUGHN:
¹⁰     Q.   And can you read the
¹¹ sentence for the jury that starts with
¹² "rats"?
¹³     A.   "Rats and hamsters were
¹⁴ studied, but given the preponderance of
¹⁵ rat studies, only the rat data are shown
¹⁶ here."
¹⁷     Q.   Is this consistent with what
¹⁸ you just testified to?
¹⁹     A.   Yes.
²⁰     Q.   How?
²¹     A.   That the preponderance of
²² evidence comes from rat data.
²³     Q.   And so you discounted the
²⁴ hamster data because it wasn't a rat,

Page 300

¹ right?
²         MS. THOMPSON:  Objection.
³     Form.
⁴         THE WITNESS:  I did not
⁵     include it because the rats are
⁶     the closest and I wanted to look
⁷     at as many rat studies as I could.
⁸ BY MR. VAUGHN:
⁹     Q.   And again, how can you say
¹⁰ that rats are closer to humans than
¹¹ hamsters if you don't know what hamsters'
¹² metabolism is like?
¹³     A.   When the researchers in my
¹⁴ research say rats are closest, I believe
¹⁵ them.
¹⁶     Q.   So you would defer to
¹⁷ someone else on that, correct?
¹⁸         MS. THOMPSON:  Objection.
¹⁹     Form.
²⁰         THE WITNESS:  For the people
²¹     who do animal studies in this
²²     area, yes, I would.
²³ BY MR. VAUGHN:
²⁴     Q.   So, like, a cancer

Page 301

¹ researcher that focuses on animal
² studies, you would defer to that cancer
³ researcher, correct?
⁴     A.   I would refer to the study,
⁵ regardless of who the researcher was.
⁶     Q.   Defer?
⁷     A.   I would defer to their
⁸ conclusion that they chose that animal
⁹ for a reason.
¹⁰     Q.   And so if a cancer
¹¹ researcher with a specialty in animal
¹² studies says that some other animal
¹³ besides a rat is closest to a human in
¹⁴ how they metabolize NDMA, you would defer
¹⁵ to that cancer researcher, correct?
¹⁶         MS. THOMPSON:  Objection to
¹⁷     form.
¹⁸         THE WITNESS:  I would look
¹⁹     at that, yes.
²⁰ BY MR. VAUGHN:
²¹     Q.   Would you defer to them?
²²         MS. THOMPSON:  Objection.
²³     Form.
²⁴         THE WITNESS:  Again, if it's

Confidential Information - Subject to Protective Order

Page 302

1  one study, no.  If it's, as in
2  this case, dozens and dozens of
3  studies that said that about the
4  rat, then I would defer to the rat
5  studies.
6  BY MR. VAUGHN:
7      Q.   But again, you don't know
8  about how other animals compare to humans
9  when it comes to their metabolism of
10 NDMA, correct?
11     A.   Well, that's not true.  I
12 have looked at that.
13     Q.   Okay.  Hamsters, did you
14 look at hamsters?
15     A.   I read the study.  But I
16 don't recall the hamster data.
17     Q.   Okay.  But -- sorry?
18     A.   That's okay.
19          As I previously testified, I
20 did look at the swine data.  I did look
21 at the beagle data.  I did look at the
22 monkey data.
23     Q.   But not the hamster or the
24 mouse?

Page 303

1      A.   Well, I did report on a
2  mouse study.  I just didn't report on a
3  hamster study.
4      Q.   But you didn't look into
5  either a mouse or a hamster as it relates
6  to metabolism of NDMA, correct?
7      A.   I did one mouse study.  We
8  just looked at it.
9      Q.   But that had to do with how
10 the mouse metabolizes NDMA?
11     A.   I think it had to do with
12 alcohol and the effects of NDMA.
13     Q.   And what impact does alcohol
14 have on NDMA?
15     A.   Go back to the study --
16 which one was it?  Will someone refresh
17 my memory where it was.
18          MS. THOMPSON:  Page 44.
19          THE WITNESS:  Page --
20          MS. THOMPSON:  44.
21          THE WITNESS:  44?
22          Oh, the Gricute.
23 BY MR. VAUGHN:
24     Q.   Where in that paragraph that

Page 304

1  you're talking about on Page 44 that you
2  discuss the metabolism of NDMA in mice?
3      A.   I don't.  I'd have to pull
4  the study to see why I only put this
5  amount of data in.  But it was trying to
6  get at what was the dose that was being
7  studied.
8          And again, my focus for this
9  report was to try to find studies that
10 gave doses that did not produce cancer.
11         And they gave such a large
12 dose, that it didn't give me evidence
13 with which to reach my conclusions.
14     Q.   So in forming your opinions,
15 you only considered data or studies that
16 did not cause cancer, you didn't consider
17 the ones that did cause cancer, correct?
18         MS. THOMPSON:  Objection.
19 Form.
20         THE WITNESS:  Untrue,
21 because many of these studies also
22 caused cancer.  But what I was
23 interested in is if they had dose
24 regimens small enough to allow me

Page 305

1  to evaluate a noncancer-causing
2  dose and what that dose was and
3  how it correlated to the amount of
4  NDMA in the valsartan products.
5  BY MR. VAUGHN:
6      Q.   Did you try and look for any
7  literature on low doses causing cancer in
8  animals?
9          MS. THOMPSON:  Objection.
10 Form.
11         THE WITNESS:  I think, in a
12 way that's what I just said, is I
13 looked for studies that had enough
14 of a low dose of the dosage range
15 on the low end, to have a low
16 enough dose to not cause cancer,
17 if that existed.  And if it didn't
18 exist, it didn't.  But it did.
19 BY MR. VAUGHN:
20     Q.   Were you only looking for
21 ones where it did not cause cancer?
22         MS. THOMPSON:  Objection.
23 Form.
24         THE WITNESS:  If there were

Page 306

1  low dose studies that did cause
2  cancer, I looked at them and I
3  included them.  But I was focusing
4  on low dose studies that had an
5  arm that didn't cause cancer so I
6  could try to find how that low
7  dose noncancer-causing dose
8  related to NDMA in valsartan.
9  BY MR. VAUGHN:
10     Q.    So any low dose studies that
11  did cause cancer would be contained in
12  the body of your expert report, correct?
13     A.    Well --
14     Q.    Let me rephrase that.  So
15  any low dose studies that did cause
16  cancer that you relied on in forming your
17  opinions in this case would be contained
18  in the body of your expert report,
19  correct?
20     A.    I believe so, yes.
21     Q.    I see a 1978 document from
22  the WHO on nitrosamines on your materials
23  considered list.
24         What is the WHO?

Page 307

1     A.    The World Health
2  Organization.
3     Q.    Is that a reputable
4  organization?
5     A.    Yes.
6     Q.    Is that an authoritative
7  organization?
8     A.    Yes.
9         MR. VAUGHN:  Tyler, do you
10     mind pulling the -- yeah, 2002
11     WHO.
12         (Document Marked for
13     identification as Exhibit
14     Bottorff-7.)
15  BY MR. VAUGHN:
16     Q.    Did you review anything
17  after the 1978 one?  I don't see this
18  2002 one on your materials considered.
19     A.    I have one that's dated
20  2002.  So I have looked at this.
21     Q.    Oh, good.  Is it included on
22  your materials considered?
23     A.    I don't know.  But I
24  actually looked at this, I don't know, a

Page 308

1  couple days ago.  So I know I've seen it.
2     Q.    Did you consider it when
3  forming your opinions in this case?
4     A.    We're looking for it.  I
5  don't know.
6     Q.    All right.  2002 is a lot
7  more recent been 1978, isn't it?
8     A.    Yes.
9     Q.    A lot has changed, you know,
10  from 1978 to 2002 in science.  Wouldn't
11  you agree?
12         MS. THOMPSON:  I'm giving
13     him the list of materials
14     considered.
15  BY MR. VAUGHN:
16     Q.    I could have missed it.  So
17  please double-check and let me know if
18  you included that on your materials
19  considered.
20     A.    Yeah, I have the article.  I
21  know I looked at it.  I just don't see it
22  at this point on the materials
23  considered.
24     Q.    Do you recall anything in

Page 309

1  this document that is counter to your
2  methodology?
3     A.    Not that I recall.
4     Q.    Would you want your
5  methodology to be counter to what the WHO
6  recommends?
7         MS. THOMPSON:  Objection.
8     Form.
9         THE WITNESS:  It depends on
10     what they're recommending.  So I
11     don't know -- I don't know how to
12     answer that.
13  BY MR. VAUGHN:
14     Q.    It's fine.  I'll be a little
15  more specific for you.
16         MR. VAUGHN:  Tyler, do you
17     mind taking us to PDF Page 27.  I
18     think it's 23 on the bottom of the
19     document though.
20  BY MR. VAUGHN:
21     Q.    I guess before we do that,
22  this n-nitroso -- how do you say that?
23     A.    N-nitrosodimethylamine.
24     Q.    What is that?

Page 310

1    A.   That's NDMA.
2    Q.   So this document is specific
3 to NDMA?
4    A.   Yeah.  And I did find this
5 in my -- in my documents that I reviewed.
6    Q.   It's on your materials
7 considered list?
8    A.   Very top of Page 5.
9    Q.   Okay.  See, I do -- oh, but
10 WHO is further in there.  That's why I
11 missed it.  Thank you for pointing that
12 out.
13    A.   No problem.  I know I had
14 seen it.
15    Q.   Appreciate it.
16        MR. VAUGHN:  So yeah, now,
17    can we go to Page 27 of the PDF,
18    Tyler.
19 BY MR. VAUGHN:
20    Q.   And then under dose-response
21 analysis, can you read that entire second
22 paragraph for the jury, Doctor?
23    A.   "Scaling for variations in
24 the ratios of surface area to body weight

Page 311

1 between rodent species and humans was not
2 considered appropriate for the measures
3 of exposure response developed on the
4 basis of experimental data in animals,
5 since it's highly probable that the
6 carcinogenicity of NDMA is mediated
7 primarily through the generation of an
8 active metabolite."
9    Q.   What do you understand that
10 to mean?
11    A.   That means that they chose
12 not to use body surface area, which you
13 use body weight when you calculate body
14 surface area.  So they're saying they
15 chose not to use body surface area.
16    Q.   So they didn't scale between
17 species to humans?
18    A.   Not using body surface area.
19    Q.   How did they recommend
20 scaling?
21    A.   Well, this doesn't say what
22 they recommended for that.
23    Q.   And what's the reason they
24 are saying not to scale based on surface

Page 312

1 area to body weight?
2    A.   Again, I'm not sure how they
3 derived their reason.  But the reason
4 they list is mediation through the active
5 metabolite generation.
6    Q.   And what active metabolite
7 is that?
8    A.   The methyldiazonium ion
9 mediated by 2E1, which we previously
10 talked about the rat model being a good
11 approximation of humans for that.
12    Q.   Were you aware that you
13 shouldn't be using surface area to body
14 weight conversions with NDMA?
15    A.   I don't recall specifically
16 that comment.  But in all these studies,
17 they've used body weight.  So that's
18 almost like saying that it's the accepted
19 way to do that, instead of body surface
20 area.
21    Q.   Your opinion is it's almost
22 like saying it's accepted to do it the
23 way you did?
24    A.   I would say that if I did it

Page 313

1 using body surface area, I would have
2 been wrong in their opinion.
3    Q.   This active metabolite, is
4 that a genotoxin?
5    A.   That is the genotoxin.
6    Q.   So is it because it is a
7 genotoxin they're saying not to do the
8 scaling?
9        MS. THOMPSON:  Objection to
10    form.
11        THE WITNESS:  Not to my
12    knowledge.
13 BY MR. VAUGHN:
14    Q.   It says "since it's
15 highly probable".  Isn't "since" kind of
16 like "because", this is the reason we're
17 telling you not to do it?
18        MS. THOMPSON:  Object to the
19    form.
20        THE WITNESS:  I think so.
21 But it's -- I think you could
22 argue it's metabolism, not the
23 genotoxicity that makes that
24 statement.

Page 314

1  BY MR. VAUGHN:
2      Q.   What do you derive that from
3  in this paragraph?
4      A.   Because they don't say we
5  recommend this because it's a genotoxin.
6  They recommend it because of the active
7  metabolite pathway.
8      Q.   If it was recommended
9  because it was a genotoxin, would that
10 change the way you did your methodology?
11     MS. THOMPSON:  Objection.
12 Form.
13     THE WITNESS:  Yeah,
14     possibly.  But that's not what
15     they are saying.
16 BY MR. VAUGHN:
17     Q.   Okay.  And you've never
18 worked with a genotoxin prior to this
19 litigation, correct?
20     MS. THOMPSON:  Objection.
21 Form sorry.
22     THE WITNESS:  Sorry.  What
23     do you mean by work?
24 BY MR. VAUGHN:

Page 315

1      Q.   Did you not testify earlier
2  that you have not had experience with
3  genotoxins prior to this litigation?
4      A.   I don't think that's exactly
5  how I worded it because I think you did
6  use the word "work with," and I wanted
7  you to define it.
8      Q.   And I said, you know,
9  anything.  I tossed some examples and I
10 said in any way.  And you said no.  I
11 mean, can you think of one now?
12     A.   No, I said that I had looked
13 at Actos and its genotoxicity.  And that
14 I've taken care of hundreds of patients
15 who were cardiac transplant patients that
16 were on immunosuppressive drugs that have
17 the potential to be genotoxic.  So it's
18 not a foreign concept to me at all.
19     Q.   How much immunosuppression
20 is necessary to be genotoxic?
21     A.   I'm not sure.  It's not how
22 those drugs are dosed.  The
23 immunosuppressive is dosed to prevent the
24 more problem at hand, which is the organ

Page 316

1  transplant.  So they're not dosed based
2  on their genotoxic potential.  It's an
3  unwanted side effect if it were to occur.
4      Q.   Are you aware if NDMA is an
5  immunosuppressant?
6      A.   I'm not aware of that.  I
7  focused on its metabolism.
8      Q.   And so you didn't consider
9  if NDMA was an immunosuppressant when
10 forming your opinions?
11     A.   No.  I did not consider
12 that.
13     Q.   Right.  Immunosuppressant
14 itself can cause cancer, correct?
15     MS. THOMPSON:  Object to
16 form.
17     THE WITNESS:  I mean, I
18     think that's a blanket yes/no
19     statement, and I think it's
20     probably a lot more complicated
21     than that.
22 BY MR. VAUGHN:
23     Q.   But you didn't evaluate any
24 other things that you would need to in

Page 317

1  forming your opinions, right?
2      MS. THOMPSON:  Objection.
3  Form.
4      THE WITNESS:  I didn't
5      evaluate immunosuppression as part
6      of my opinions.
7  BY MR. VAUGHN:
8      Q.   You didn't even consider
9  immunosuppression, did you?
10     MS. THOMPSON:  Objection to
11 form.  Asked and answered.
12     THE WITNESS:  I did not.
13 Metabolism is what I focused on.
14     MR. VAUGHN:  How long have
15 we been going in this section?
16     Have we been on the record a
17 little bit.
18     THE VIDEOGRAPHER:
19 28 minutes.
20     MR. VAUGHN:  Oh, yeah, we
21 had that break earlier.
22     Do you need a break, Doctor,
23 or are you good.
24     THE WITNESS:  I'm good.

Page 318

1    MR. VAUGHN:  Anyone else?
2    MS. THOMPSON:  No.
3    MR. VAUGHN:  All right.
4  Tyler, if we can go back to his
5  expert report.  And let's look at
6  Page 57 this time.
7  BY MR. VAUGHN:
8    Q.   Doctor, can you read aloud
9  the first two sentences of this page?
10    A.   "Notably, in Dr. Panigrahy's
11  report on Page 31, he states that only a
12  single dose of NDMA is required to cause
13  and initiate cancer in multiple animal
14  species; however, Dr. Panigrahy did not
15  cite any literature in support of this
16  assertion.  Based on my experience and my
17  review of the literature, I do not agree
18  with Dr. Panigrahy's blanket assertion."
19    Q.   Dr. Panigrahy, that's the
20  cancer researcher that we've been talking
21  a lot about that the NIH funds, right?
22    A.   Right.
23    Q.   And you don't agree with him
24  that a single dose of NDMA is capable of

Page 319

1  inducing cancer, correct?
2    A.   I think what I'm stating
3  here is I don't agree with that statement
4  without having a reference to it.
5    Q.   And did you review all the
6  literature at the end of Dr. Panigrahy's
7  expert report?
8    MS. THOMPSON:  Objection.
9  Form.
10    THE WITNESS:  I didn't read
11  every single article that he
12  referenced.
13  BY MR. VAUGHN:
14    Q.   So you didn't come across
15  any of the literature that supported his
16  opinion -- or that would support his
17  opinion that only one dose of NDMA can
18  cause cancer?
19    A.   No.  And I did it -- I
20  commented on it in the context that
21  follows those two sentences.
22    And it's that, if the dose
23  is low enough, which was again, the focus
24  of my contentions, that a single dose

Page 320

1  would be almost entirely metabolized by
2  the liver.
3    So I think it would be
4  better to put it into the context of what
5  I was referring to.
6    Q.   Just to be clear, you did
7  not review all the literature that Dr.
8  Panigrahy did, correct?
9    A.   Correct.
10    MR. VAUGHN:  Can we go to
11  Page 26 of his expert report now.
12  BY MR. VAUGHN:
13    Q.   Can you read that last
14  sentence that goes onto the next page.
15  It starts with, "A key step."
16    A.   This is my report, right?
17    Q.   Correct.  This is your
18  report?
19    A.   "A key step in this
20  metabolic activation to a potential
21  carcinogen is the hydroxylation of
22  NDMA/NDEA by cytochrome P450 pathways.
23  2E1 is almost exclusively for NDMA, and
24  both 2E1 and 2A6 are used for NDEA."

Page 321

1    Q.   And you have a citation
2  there, don't you?
3    A.   Yes.
4    MR. VAUGHN:  And can we
5  scroll down to see what that
6  citation is.
7  BY MR. VAUGHN:
8    Q.   You found these authors of
9  this article to be credible, correct?
10    A.   Correct.
11    Q.   And experienced in the field
12  of nitrosamines?
13    A.   I didn't look at each author
14  or even the first author's complete
15  publication list to see how many papers
16  they've written in that area.  I've just
17  focused on what this one said.
18    Q.   But the more papers they
19  wrote on it, probably the more
20  authoritative they are?
21    A.   Potentially, yes.
22    MR. VAUGHN:  Tyler, can we
23  go back now to Exhibit B, his
24  materials relied on.  Let's go to

Confidential Information - Subject to Protective Order

Page 322

1    PDF Page 9.  It's Page 8 on the
2  bottom of the document.
3  BY MR. VAUGHN:
4    Q.   Doctor, if you look up about
5  five rows, you'll see this Kushida.
6  That's the article that you were citing
7  to a second ago in your expert report,
8  right?
9    A.   Yes.
10    Q.   Do you see the -- oh, I
11  think it's about the sixth, the
12  next-to-last name, T.  -- I don't know
13  how you say that.  Nohmi?
14    A.   Mm-hmm.  I see it.
15    Q.   Do you recall if you
16  reviewed any other articles by this T.
17  Nohmi?
18    A.   I don't think I did.  I
19  don't recall that.
20    Q.   Do you recall seeing other
21  papers by this T. Nohmi in Dr.
22  Panigrahy's expert report?
23    A.   I may have seen that.  But I
24  didn't read those.

Page 323

1    Q.   Okay.  Well, let's have a
2  look at those.
3    MR. VAUGHN:  Tyler, will you
4    pull up the Nohmi 2020 for us.
5    (Document marked for
6    identification as Exhibit
7    Bottorff-8.)
8  BY MR. VAUGHN:
9    Q.   This first one that we were
10  looking at that you cited to is back in
11  2000.  And this one now is in 2020.  So
12  this -- Nohmi has at least been, you
13  know, involved in researching
14  nitrosamines for 20 years.  Would you
15  agree with that?
16    A.   I don't know what happened
17  in between.  So there's a 20-year time
18  period between these two papers.
19    Q.   He was studying nitrosamines
20  20 years ago, and he's still studying
21  nitrosamines though in 2020, right?
22    MS. THOMPSON:  Object to
23    form.
24    THE WITNESS:  That, I agree.

Page 324

1  BY MR. VAUGHN:
2    Q.   Right.
3    A.   That, I agree.  I just don't
4  know what happened in between.
5    Q.   You don't know if he's
6  published additional papers in between
7  2000 and 2020, like in 2018, right?
8    A.   Right.  I did not look at
9  that.
10    MR. VAUGHN:  Okay.  Then if
11    we can go down about two-thirds of
12    the way under that first paragraph
13    under introduction.  And there's a
14    sentence starting with "In
15    General."
16  BY MR. VAUGHN:
17    Q.   Doctor, can you read that
18  sentence aloud for the jury?
19    A.   "In general, genotoxic
20  carcinogens are regulated under the
21  policy that they have no thresholds or a
22  safe dose."
23    Q.   And then how many citations
24  are listed after that?

Page 325

1    A.   Three.
2    Q.   Do you know what ICH stands
3  for?
4    A.   Yeah.  I think it's a cancer
5  harmonization group or something like
6  that.  International cancer harmonization
7  or something.
8    Q.   And they are saying
9  genotoxic carcinogens are regulated under
10  the policy they have no threshold or safe
11  dose.  You weren't aware of that when you
12  were forming your opinions, were you?
13    MS. THOMPSON:  Objection.
14    Form.
15    THE WITNESS:  I was aware
16    that there are people who think
17    from a regulatory standpoint that
18    way.
19  BY MR. VAUGHN:
20    Q.   Why would regulators take
21  that stance?
22    MS. THOMPSON:  Objection.
23    Form.
24    THE WITNESS:  I'm not a

Confidential Information - Subject to Protective Order

Page 326

1    regulator.  I don't know.
2  BY MR. VAUGHN:
3      Q.   But you agree that a
4  genotoxin can alter a person's DNA,
5  correct?
6          MS. THOMPSON:  Objection.
7      Form.
8          THE WITNESS:  I agree that
9      that's the definition of a
10     genotoxin.
11 BY MR. VAUGHN:
12     Q.   But you don't know if that
13 has any impact on if there should be a
14 safe threshold, do you?
15     A.   Well, on that fact alone,
16 no, I don't think that's necessarily I
17 would agree with that.
18     Q.   Go ahead and read the next
19 sentence for us.
20     A.   "This is based on the
21 assumption that even one molecule of
22 genotoxic chemicals may induce a mutation
23 that may cause cancer."
24     Q.   And then there's a couple

Page 327

1  citations there as well, correct?
2      A.   Correct.
3      Q.   Did you happen to read
4  through of those citations either?
5      A.   I did not.  They were not
6  the focus in my report.
7      Q.   I thought the focus of your
8  report was to see how little or how much
9  NDMA you can -- a human can -- scratch
10 that.
11         I thought the purpose of
12 your opinion was to figure out how much
13 NDMA a person can consume and not get
14 cancer, right?
15         MS. THOMPSON:  Objection to
16     form.
17         THE WITNESS:  Well, again,
18     there are words in here about
19     regulatory policy.  I didn't
20     evaluate regulatory policy.
21         There are words in here
22     about assumption.  I didn't
23     operate on assumptions.
24         I looked at the data.  And

Page 328

1      found that there were doses that
2      did not cause cancer.
3  BY MR. VAUGHN:
4      Q.   And you're not trying to
5  give any regulatory opinions in this
6  litigation, correct?
7      A.   Correct.
8          MS. THOMPSON:  Objection to
9      form.
10         THE WITNESS:  Sorry.
11         MS. THOMPSON:  It's okay.
12         THE WITNESS:  Correct.
13 BY MR. VAUGHN:
14     Q.   The assumption is that one
15 molecule of a genotoxic chemical may
16 induce a mutation that may cause cancer.
17 This sentence though, what does that
18 actually have to do with regulatory?
19         MS. THOMPSON:  Objection.
20     Form.
21         Where are you reading that
22     from?
23         THE WITNESS:  The second
24     sentence.

Page 329

1  BY MR. VAUGHN:
2      Q.   Thank you, Doctor.
3      A.   Again, the first sentence is
4  regulatory policy that I said I was not
5  going to give any opinions on.
6          The second sentence I said
7  made an assumption and then gave two
8  references.
9          And so for example,
10 Panigrahy's report references this
11 article.  And this article only refers to
12 an assumption.
13         So what I don't know is if
14 this assumption is referring to papers
15 that also said assumption as opposed to
16 data proving it.  So I can't really tell
17 you if this is just somebody repeating
18 assumption and assumption and assumption
19 and keep referring to it without having
20 any evidence or proof.  They may have it.
21 I just can't tell from this.
22     Q.   Because you haven't read
23 this and you haven't read any of the
24 citations, have you?

1    A.   No.  But now I have read
2  Panigrahy's reference or citation for
3  that, and there's no data here to support
4  that contention.
5    Q.   I thought earlier -- I
6  thought your expert report you said you
7  did not have anything to support that
8  opinion?
9        MS. THOMPSON:  Objection to
10     form.
11       THE WITNESS:  I said he
12     didn't cite anything to form that
13     opinion.
14  BY MR. VAUGHN:
15     Q.   So do you think this is the
16  only article that he based that opinion
17  on?
18     A.   I do not know that.  I know
19  that this article has no data with which
20  to make that conclusion that he made.
21     Q.   But you haven't tried to
22  seek out any additional data regarding
23  genotoxic chemicals and their ability to
24  mutate someone's DNA and cause cancer

1  even with just one molecule, have you?
2    A.   I haven't looked for that.
3  Although I have found animal data with
4  way more than one molecule being given
5  that did not produce cancer over the
6  entire lifetime of rats which corresponds
7  to anywhere between 70 and 90 years of
8  exposure in humans.
9    Q.   And because you didn't look
10  for any literature on this, you cannot
11  base any of your opinions on the
12  literature that says this, right?  You
13  didn't -- scratch that.
14       Because you didn't look for
15  any literature on genotoxic chemicals,
16  you also did not consider any of that
17  literature in forming your opinions in
18  this case; is that correct?
19       MS. THOMPSON:  Objection.
20     Form.
21       THE WITNESS:  These opinions
22     were not germane to the focus of
23     my report.
24  BY MR. VAUGHN:

1    Q.   And explain to me again what
2  the focus of your report was?
3        MS. THOMPSON:  Objection.
4     Asked and answered.
5        THE WITNESS:  The metabolism
6     of NDMA and NDEA and in relation
7     to the amounts that were found in
8     valsartan, and in relation to
9     that, was there evidence based on
10     metabolism that there would be a
11     risk of cancer that I could
12     identify based on the animal data.
13  BY MR. VAUGHN:
14     Q.   Doctor, can you tell the
15  jury how many molecules of NDMA are in
16  one nanogram?
17       MS. THOMPSON:  Objection.
18     Form.
19       THE WITNESS:  Let's see.
20     Can we do micrograms
21     instead?
22  BY MR. VAUGHN:
23     Q.   Sure.
24     A.   And the reason I say that is

1  this gets back to what are called molar
2  calculations, which use the molecular
3  weight of the compound in question, which
4  in the case of NDMA is -- the molecular
5  weight is 74.  That's the weight of the
6  carbons the oxygen and the nitrogens
7  and the hydrogens.
8        And they add up to 74.  So a
9  microgram divided by 74 would be whatever
10  that ratio is in micromolar, and a mole
11  has Avoadra's number, 6.03 times ten to
12  the 23rd molecules.
13       So we can do that math if
14  you want.
15     Q.   How about this?  What's
16  larger, a nanogram or a molecule?
17       MS. THOMPSON:  Objection.
18       THE WITNESS:  A nanogram.
19  BY MR. VAUGHN:
20     Q.   So there are multiple
21  molecules of NDMA in every nanogram of
22  NDMA?
23     A.   Right.  And so I'm doubting
24  that there's any way that you could prove

Confidential Information - Subject to Protective Order

Page 334

1 that one molecule could cause cancer
2 because there's no way to give one
3 molecule.
4     Q.   You're saying they just
5 can't prove it, so you discount it?
6     A.   And that's why this is an
7 assumption that I think is being passed
8 on from person to person.
9         And in your nursing career,
10 you may have heard of something called
11 chart lore where someone has heart
12 failure, because someone else in a note
13 said they had heart failure, and you
14 can't find any evidence of an ejection
15 fraction or heart failure meds or
16 anything to substantiate what we call
17 chart lore.
18         You can't give one molecule
19 of anything.  We just don't do that.
20 There's no way to do it.  So this is an
21 assumption that I think is being passed
22 on.
23     Q.   An assumption based on the
24 fact that it's genotoxin and can alter

Page 335

1 someone's DNA, right?
2         MS. THOMPSON:  Objection.
3         THE WITNESS:  At some dose.
4     But there's no way to prove it
5     happened at one molecule.
6 BY MR. VAUGHN:
7     Q.   Would you say there's 100
8 molecules in a nanogram?  A thousand?
9 How much do you think there approximately
10 would be?
11     A.   It's based on the molecular
12 weight of the substance that you're
13 talking about.
14     Q.   It would be more than 100?
15     A.   Yeah, because we're talking
16 6.02 times ten to the 23rd for a
17 micromole.  So that's a lot of molecules.
18     Q.   Can you -- we'll go ahead
19 and do it in micrograms.
20         Can you give me an estimate
21 of how many of those molecules would be
22 in a microgram or a nanogram, either one?
23     A.   Yeah.  That's my estimate.
24 It's -- it's something like times ten to

Page 336

1 the 20th or something like that.
2     Q.   Per, is that microgram or
3 nanogram?
4     A.   Per microgram.
5     Q.   And what's ten to the 20th
6 for the jury?
7     A.   Quadrillion billions or
8 something.  I don't know what the exact
9 is.
10     Q.   So per microgram, there's
11 you said quadrillion billions?
12     A.   Oh, I don't know the exact
13 number.  It's got 20 zeros in front of
14 the decimal point.
15     Q.   20 zeros.  And then you are
16 aware of NDMA levels in valsartan that
17 are 40 micrograms.  So you're saying
18 billions and billions and billions of
19 molecules of a genotoxic substance, you
20 don't think has the potential to cause
21 cancer, correct?
22     A.   At the doses that we're --
23         MS. THOMPSON:  Objection.
24     Form.

Page 337

1         THE WITNESS:  At the doses
2     that we're talking about that have
3     been demonstrated in the best
4     approximator we have, which is the
5     rat, that there is no cancer that
6     formed in billions times those
7     billions.
8 BY MR. VAUGHN:
9     Q.   Just one nanogram, would
10 that be like trillions of molecules of
11 NDMA?
12     A.   I'd have to do the math.  I
13 couldn't assign a number to it unless I
14 did the math.  But we're talking about a
15 lot.
16     Q.   So these researchers have a
17 focus in carcinogens and NDMA.  They
18 think one molecule of it can induce
19 cancer.  And you, a pharmacist, thinks
20 that trillions of molecules of NDMA won't
21 even increase the risk of someone getting
22 cancer; is that correct?
23         MS. THOMPSON:  Object to
24     form.

Confidential Information - Subject to Protective Order

Page 338

1    MS. KAPKE:  Object to form.
2    THE WITNESS:  What is
3  correct is that there have been no
4  data showing cancer in humans.  So
5  we have to start there.
6    And just secondly, we have
7  millions and billions of molecules
8  being given to rats that don't
9  cause cancer.
10   And the NDMA in valsartan is
11  way less than that.
12   So that is what it is.
13 BY MR. VAUGHN:
14   Q.   So the only evidence that's
15 going to be good enough for you is if we
16 give humans a bunch of NDMA and see what
17 happens?  That's the only way that you're
18 going to say that it could be a
19 carcinogen in humans?
20   MS. THOMPSON:  Objection to
21  form.  Asked and answered.
22   THE WITNESS:  It's not the
23  focus of my report.
24   The focus of my report is

Page 339

1  whether the amount in valsartan
2  that we know, whether that
3  achieves some likelihood of
4  causing cancer based on the best
5  data we have, which are animal rat
6  data.
7    And so I concluded what I
8  did based on that.
9 BY MR. VAUGHN:
10   Q.   Are you aware of the widely
11 understood principle that animal studies
12 may simply be underpowered to pick up the
13 cancer risk at very low levels?
14   MS. THOMPSON:  Objection.
15  Form.
16   THE WITNESS:  I am aware of
17  any study can be limited by the
18  lack of something showing up at
19  low doses.  And that's what we
20  have.  That's the data that we
21  have.
22 BY MR. VAUGHN:
23   Q.   And are you aware that Peto
24 previously stated that too?

Page 340

1    A.   That Peto stated that we
2  have data showing that low doses won't
3  cause cancer?
4    Q.   No, that Peto says that
5  animal studies were underpowered;
6  therefore, they wouldn't be able to
7  detect low doses increasing the risk of
8  cancer, which is why they extrapolate all
9  the way down to a no dose threshold.
10   Are you aware if Peto said
11 that?
12   MS. THOMPSON:  Objection to
13  form.
14   THE WITNESS:  I am aware of
15  Peto's study.  I referenced it.  I
16  referenced the concerns that he
17  also expressed about the accuracy
18  of the no threshold concept.
19 BY MR. VAUGHN:
20   Q.   You said you are aware of
21 Peto study.
22   Is it your belief that Peto
23 has only done one study on NDMA?
24   A.   I never said that.  I was

Page 341

1  referring to the one that I referred to
2  where he gave a low enough dose that we
3  could see there was no association with
4  cancers.
5    Q.   Have you read all of Peto's
6  studies on NDMA?
7    A.   I'd have to look at my
8  reference list.  I think I've read at
9  least one or two others.
10   This was by far the largest.
11 So the reason he did a 4,000-rat study
12 was to address those concerns about not
13 having enough power to detect cancers at
14 low doses.  So he improved his power by
15 doing what I thought was the largest rat
16 study, although it turns out that REMS
17 was almost the same size.
18   Q.   I'm going to ask you one of
19 the questions again because I don't think
20 I got a clear answer.
21   One second.  You said that
22 you're aware of the Peto study.  And you
23 referenced it.
24   My question was, were you

Page 342

1 aware that Peto said that he believed the
2 animal studies were underpowered and,
3 therefore, were not able to detect the
4 increased risk of cancer at low doses of
5 NDMA?
6       MS. THOMPSON:  Objection.
7   Form.
8       THE WITNESS:  And in that
9   paper, was it in his introduction
10   or in his conclusions?
11 BY MR. VAUGHN:
12   Q.   You don't recall where it
13 was?
14       MS. THOMPSON:  Objection.
15   Form.
16       THE WITNESS:  I don't.  We
17   could look it up.  My suspicion is
18   that it's in his introduction to
19   explain why he chose to do a study
20   in 4,000 rats, is to address that
21   concern.
22 BY MR. VAUGHN:
23   Q.   That's your suspicion, but
24 you don't know, do you?

Page 343

1   A.   No.  We can call it up.  We
2 can look at it.  I would actually love to
3 do that.
4   Q.   We might do that in front of
5 the jury instead.
6       MR. VAUGHN:  Can we go back
7   to that Nohmi 2020 article,
8   please.
9       Can we zoom out a little
10   bit.
11 BY MR. VAUGHN:
12   Q.   Can you read out loud,
13 Doctor, the next sentence starting with
14 "accordingly."
15   A.   "Accordingly, genotoxic
16 carcinogens are strictly regulated and
17 not allowed to be used as food additives,
18 pesticides, or veterinary drugs."
19   Q.   So genotoxic carcinogens
20 aren't even allowed in veterinary drugs
21 or pesticides, but it's your opinion that
22 it's okay for them to be in human
23 medications; is that correct?
24       MS. THOMPSON:  Objection.

Page 344

1   Form.  Calls for speculation.
2       THE WITNESS:  Again, at
3   doses low enough that don't appear
4   to increase the risk for cancer,
5   which is what I found, that is
6   reporting the science, not making
7   a regulatory statement, which is
8   not what I'm attempting to do.
9 BY MR. VAUGHN:
10   Q.   Okay.  Pesticides, it's not
11 like low amounts of NDMA are allowed in
12 pesticides.  No NDMA is allowed to be in
13 a pesticide, right?
14       MS. THOMPSON:  Objection.
15   Form.  Scope.
16       THE WITNESS:  I mean that's
17   what it says, yes.
18 BY MR. VAUGHN:
19   Q.   And same for drugs that you
20 give to animals, it's not like you can
21 give a little bit.  You can't give any at
22 all, right?
23       MS. THOMPSON:  Objection.
24   Form.  Scope.

Page 345

1       THE WITNESS:  Again --
2   sorry.
3       This is a regulatory
4   perspective.  That's not the
5   approach I took.
6 BY MR. VAUGHN:
7   Q.   Which one -- which approach
8 would be safer for the public health,
9 your approach or this approach?
10       MS. THOMPSON:  Objection.
11   Form.  Scope.
12       THE WITNESS:  Again, you --
13   you are making the assumption that
14   one molecule causes cancer which
15   is an unsubstantiated claim.
16       So the reality is that we
17   have to look at what did happen,
18   not at what could or should or
19   might happen in the future.
20       But I was looking at the
21   reality of what did happen.  And
22   did I feel that this put patients
23   at risk for developing cancer at
24   the amount in the valsartan

Page 346

1    products.
2         And based on the best
3    available data that I have access
4    to, the answer is no, I don't
5    think it put people at excess
6    risk.
7    BY MR. VAUGHN:
8         Q.   Again, you don't know all
9    the levels that were in valsartan,
10   because you never even asked defense
11   attorneys to provide it to you, did you?
12        MS. THOMPSON:  Objection.
13   Form.  Asked and answered.
14        THE WITNESS:  I didn't ask
15   attorneys for that.  I took it
16   from the FDA's website which was
17   publicly available to all of us.
18   BY MR. VAUGHN:
19        Q.   Okay.  I mean, I guess,
20   would you expect that a manufacturer of a
21   pharmaceutical product would disclose all
22   of their testing data to the FDA?
23        MS. THOMPSON:  Objection.
24   Form.

Page 347

1         THE WITNESS:  They may have.
2    But the FDA didn't make it
3    available to me.
4         And even if we go back, I
5    think at the very beginning of
6    this morning, when you talked
7    about the 120 parts per billion,
8    let's call that the highest level.
9    It doesn't change the opinions in
10   my report anyway.
11   BY MR. VAUGHN:
12        Q.   Did you just say parts per
13   billion?  Did you mean parts per million?
14        A.   If I said billion, I meant
15   million.
16        Sorry.  The 120 parts per
17   million, which I think we calculated as
18   being just under 40 micrograms, like 38
19   something.
20        And so we're talking about,
21   instead of the calculations that I did on
22   20 micrograms, that 120 parts per
23   million, let's call it 40 micrograms.
24   And so instead of the amount in the

Page 348

1    valsartan products that I calculated
2    being anywhere from 350 to 22,000 times,
3    you know, it's still 150 to 11,000 times.
4    So it doesn't change my opinions at all.
5         Q.   The fact that you
6    underestimated the amount of NDMA in a
7    pill, the fact that you overestimated the
8    weight of the average human, the fact
9    that you did a one-to-one ratio when you
10   scaled it for kg, all of those things
11   together you don't think really impact
12   your opinion?
13        MS. THOMPSON:  Objection to
14   form.  Mischaracterizes his
15   testimony.
16        THE WITNESS:  No.  And just
17   making some assumptions that I
18   don't necessarily have to agree
19   with.
20        There's not a patient in
21   this country on valsartan for
22   hypertension at the usual age that
23   those people are that weigh
24   50 kilograms.

Page 349

1    BY MR. VAUGHN:
2         Q.   In the United States, right?
3         A.   Is there one somewhere?
4    Yeah, probably.
5         Q.   I mean, I guess Americans
6    are heavier on average than people in
7    other countries, aren't we?
8         A.   Yeah, that's true.
9         Q.   So --
10        A.   Again, we're not talking
11   about healthy 17-years-olds.  We're
12   talking about potentially unhealthy 50-,
13   60-, 70-year olds, who again aren't going
14   to be taking the drug for 70 years.  At
15   most they could have been taking it for
16   four years.
17        Q.   So if a company is making
18   valsartan and some of their product they
19   know has a lot of NDMA in it and some of
20   their product has just a little bit of
21   NDMA in it, do you think it would be more
22   appropriate for them to be sending that
23   high level of NDMA to Americans because,
24   you know, Americans weigh more than other

Page 350

1 people do in other countries on average?
2         MS. THOMPSON:  Objection.
3 Form.  Foundation.  Calls for
4 speculation.
5         THE WITNESS:  I don't think
6     I ever said that.  But I don't
7     think anyone would be doing that
8     anyway.
9 BY MR. VAUGHN:
10     Q.   Why?
11     A.   Why would they?  I can't
12 come up with a reason why they would.  So
13 I don't have a why.
14     Q.   It would be very unethical
15 if they were doing that, wouldn't it?
16         MS. THOMPSON:  Objection.
17     Form.  Scope.
18         THE WITNESS:  If someone
19     were to do something unethical, it
20     would be unethical.
21 BY MR. VAUGHN:
22     Q.   I mean, if a company was
23 intentionally sending the higher level of
24 NDMA product to the United States instead

Page 351

1 of other countries, that would be
2 unethical to do, right?
3         MS. THOMPSON:  Objection.
4     Form.  Asked and answered.  Scope.
5     I mean, this is so far afield from
6     his opinions in his report, I
7     don't know what we're doing here.
8 BY MR. VAUGHN:
9     Q.   You going to answer the
10 question, Doctor?
11     A.   Yes, I can answer.
12         I can't understand how that
13 would ever happen.  So I don't have an
14 opinion on something that would never
15 happen.
16     Q.   I agree with you, it's
17 completely inconceivable someone would do
18 something like that.
19         Do you agree that a
20 responsible pharmaceutical company would
21 disclose all of their testing data and
22 all of the levels of NDMA that they were
23 aware of in valsartan to the FDA?
24         MS. THOMPSON:  Objection to

Page 352

1 form.
2         MS. KAPKE:  Object to form.
3         MS. THOMPSON:  I'm going to
4 re-raise the issue that was raised
5 earlier, that that is a general
6 liability opinion.  That's not
7 about causation.  That's not what
8 we're here to discuss.
9         MR. VAUGHN:  Well, I mean,
10 the FDA has done some calculations
11 and stuff based on the data that
12 they're aware of.  And this expert
13 has relied on what the FDA was
14 aware of.
15         So I think it is applicable.
16 BY MR. VAUGHN:
17     Q.   You would expect a
18 responsible company to disclose all the
19 data that they are aware of to the FDA,
20 right?
21         MS. THOMPSON:  Same
22     objection.
23         THE WITNESS:  I'm assuming
24     they did.  So I don't know what

Page 353

1 happened there.  It wasn't
2 anything that I looked at or
3 relied upon.
4         MR. VAUGHN:  Great.  Let's
5 take a break.
6         THE VIDEOGRAPHER:  The time
7 right now is 3:55 p.m.  We're off
8 the record.
9         (Short break.)
10         THE VIDEOGRAPHER:  The time
11 right now is 4:06 p.m.  We're back
12 on the record.
13 BY MR. VAUGHN:
14     Q.   Doctor, can you hear me?  It
15 says my connection is unstable.  I think
16 it's good now.
17     A.   I hear you now.
18         MS. THOMPSON:  We hear you.
19 BY MR. VAUGHN:
20     Q.   All right.  Doctor, are you
21 aware -- strike that.  Just going to talk
22 clearly.
23         Doctor, are you aware of how
24 the FDA selected the valsartan pills that

Page 354

¹ it tested for NDMA?

² A.   No, I'm not, actually.  I
³ got the table that I included in my
⁴ report off of the FDA's published
⁵ website.

⁶ Q.   And so you're not aware if
⁷ the companies sent the valsartan pills to
⁸ the FDA to test, correct?

⁹ A.   I do not know that.

¹⁰ Q.   And, therefore, you don't
¹¹ know if those companies cherry-picked the
¹² valsartan pills that they decided to send
¹³ to the FDA, correct?

¹⁴ A.   I do not know that.

¹⁵ MR. VAUGHN:  Thank you very
¹⁶ much for your time today, Doctor.
¹⁷ I have no further questions,
¹⁸ subject to direct.

¹⁹ THE WITNESS:  Okay.  All
²⁰ right.  Thank you, Mr. Vaughn.

²¹ MS. THOMPSON:  We are going
²² to have some questions.  And I
²³ wasn't expecting you to do that.
²⁴ So give me a second to pull those

Page 355

¹ up.

² THE VIDEOGRAPHER:  Are we
³ going off the record?

⁴ MR. VAUGHN:  I'm fine with
⁵ staying on.

⁶ MS. THOMPSON:  If you don't
⁷ mind, I'd really like to go off
⁸ for just two minutes just to make
⁹ sure that I have all my questions.

¹⁰ MR. VAUGHN:  As long as it's
¹¹ just a couple minutes.

¹² MS. THOMPSON:  Real brief.

¹³ THE VIDEOGRAPHER:  The time
¹⁴ right now is 4:07 p.m.  We're off
¹⁵ the record.

¹⁶ (Short break.)

¹⁷ THE VIDEOGRAPHER:  The time
¹⁸ right now is 4:10 p.m.  We're back
¹⁹ on the record.

²⁰ MS. THOMPSON:  Just a few
²¹ questions.  Hopefully this will be
²² quick.

²³ - - -

²⁴ EXAMINATION

Page 356

¹ - - -

² BY MS. THOMPSON:

³ Q.   Dr. Bottorff, as a doctor of
⁴ pharmacy are you able to and have you
⁵ prescribed drugs to patients?

⁶ A.   In the context of physically
⁷ writing the prescription, I have done
⁸ that.

⁹ Usually I've done it in an
¹⁰ environment where a physician at some
¹¹ point would need to come behind and
¹² co-sign it instead of independent
¹³ prescriptive authority, although there
¹⁴ are some pharmacists in some states who
¹⁵ have that ability.  So yeah, I've
¹⁶ initiated, with co-signature, thousands
¹⁷ of drug therapies.

¹⁸ Q.   And has that included
¹⁹ prescribing anti-hypertensives like
²⁰ valsartan or other ARB drugs?

²¹ A.   Valsartan, many of the other
²² ARBs, and not just for hypertension, but
²³ also for heart failure.

²⁴ Q.   And you didn't study

Page 357

¹ valsartan and the other ARBs for their
² metabolism or their pharmacokinetics for
³ the first time for this case, right?

⁴ A.   No.  No.  Those are drugs
⁵ that on a regular basis, when they come
⁶ out, I look at their pharmacokinetics,
⁷ their pharmacodynamics, their side effect
⁸ profile.  Because when you have more than
⁹ one drug in the category, then you need
¹⁰ to evaluate in what situation would I use
¹¹ this one versus that one, what's the
¹² strength of their outcome data, as much
¹³ clinical information on those drugs as I
¹⁴ can get.

¹⁵ And it's not just in my own
¹⁶ interest.  I get asked questions about
¹⁷ those issues with these drugs from
¹⁸ physicians, from patients and from
¹⁹ students when I teach.

²⁰ Q.   We had some questions
²¹ earlier, and I just want to give you an
²² opportunity to explain it cleanly in a
²³ way that a layperson -- and I am a
²⁴ layperson -- can understand.

Page 358

1  What is first-pass
2  metabolism?
3       A.  Every drug that we give
4  orally that is absorbed towards the
5  liver, across the small intestine,
6  undergoes what we would call first-pass
7  metabolism.
8       And for some drugs that
9  clearance is pretty low, for some drugs
10 it's intermediate, and for some drugs
11 that clearance rate is really high.
12      And so the amount of drug
13 that gets through the liver, then into
14 the hepatic vein, which then enters the
15 circulation through the heart, the lungs,
16 back to the liver, to other organs, is
17 only occurring if drugs are given at a
18 dose that exceeds whatever that
19 first-pass metabolism capability is for
20 that particular drug.
21      Q.  So did you have to determine
22 a first-pass metabolism capability for
23 valsartan and NDMA?
24      MR. VAUGHN:  Object to form.

Page 359

1       THE WITNESS:  Sorry.  For --
2   for valsartan, that's what's
3   reported in the package label and
4   plenty of studies showing --
5   that's when we talked about its
6   bioavailability being between,
7   what was it, 10 and 35 percent.
8       That's the percent of the
9   drug that gets through the liver
10  and does its systemic effects,
11  because that's a drug that you
12  want to work on the heart, in the
13  kidney, on the blood vessels.
14      Can you repeat the question
15  real quick?
16 BY MS. THOMPSON:
17      Q.  I was asking about, did you
18 have to determine the first-pass
19 metabolism of both valsartan and then
20 NDMA --
21      A.  Yeah, it's easier for
22 valsartan because it's supposed to get
23 through the liver and do its
24 pharmacologic effect so you can measure

Page 360

1  the bloodstream to assess
2  bioavailability.
3       For NDMA, that assessment is
4  not as exact a science, except for a
5  couple small rat studies that looked at
6  it, because you don't want it to get into
7  the systemic circulation.
8       So -- and the dose is low
9  enough that you get first complete
10 first-pass metabolism, you couldn't
11 measure it in the bloodstream.
12      Q.  And before valsartan that
13 contains NDMA or NDEA gets to the liver,
14 does it get metabolized anywhere else or
15 exposed to any organs prior to the liver?
16      A.  No.  And some drugs do.
17 There is a fairly robust round of
18 cytochrome P450 in the small intestine.
19 So many drugs are first metabolized
20 there, and then into the mesenteric blood
21 system directly into the liver.
22      But in looking at this
23 issue, particularly at 2E1, there is no
24 2E1 in the small intestine.  So there is

Page 361

1  no pre-systemic metabolism before it gets
2  to the liver.  So all of it occurs in the
3  liver.
4       Q.  And so, how do we know that
5  the only metabolism that would occur
6  would be in the liver and not prior to
7  that?
8       MR. VAUGHN:  Object to form.
9       THE WITNESS:  Because there
10      is no metabolism ability present
11      until you get to the liver.
12 BY MS. THOMPSON:
13      Q.  Does first-pass metabolism
14 apply to both NDMA and NDEA?
15      A.  Yes, it does.
16      Q.  And you also used a term
17 earlier today that I'm going to again
18 make you explain to me like a layperson.
19      Liver saturation, can you
20 please explain that?
21      A.  Again, this sort of gets at
22 the issue of first-pass metabolism and at
23 what point do you reach the ability of
24 the liver to completely clear the dose of

Confidential Information - Subject to Protective Order

Page 362

1  that drug.
2         And saturation is a good
3  term.  Some people liken it to, like, how
4  much water can a sponge hold.  And when
5  you've reached the point where the sponge
6  can hold no more water, the water gets
7  past the sponge to wherever it would go
8  after that.
9         So that's a way of thinking
10 of a saturation point.  It's your ability
11 to measure it beyond the liver.
12    Q.   Were you able to determine a
13 liver saturation level for NDMA or NDEA?
14    A.   Not in the context of what
15 the actual dose would be based on blood
16 levels past the liver because it has such
17 a short half-life it's really difficult
18 to do.
19        So the surrogate for
20 measuring post-liver blood level
21 penetration, if you will, was whether
22 there was any either adducts or cancers
23 that occurred past that.  So that's where
24 I came up with that

Page 363

1  .1-milligram-per-kilogram sort of dose
2  that, if it does get through the liver,
3  it doesn't appear to cause any downstream
4  cancer.  So it must be in small enough
5  amounts that it can't do that.
6    Q.   Does NDMA or NDEA accumulate
7  in the liver if it is ingested every day?
8    A.   That's a good question.  In
9  a pharmacokinetic sense, drug metabolism
10 sense, for a drug to accumulate --
11 remembering that the liver's job is to
12 metabolize.  And if you can't measure any
13 downstream, it's because the drug has
14 been completely metabolized in the liver,
15 so no drug level accumulation would occur
16 as long as you weren't exceeding that
17 capacity on a daily basis.
18        So in the doses that we are
19 talking about, there would be no drug
20 level accumulation.
21    Q.   If valsartan makes it
22 through the liver and circulates into the
23 bloodstream and provides therapeutic
24 effect, how can you say that NDMA or NDEA

Page 364

1  in it doesn't make it to that point?
2    A.   We touched briefly on this.
3  I don't know how well I explained it.
4  But when a tablet of valsartan is
5  dissolved in the stomach and the upper
6  small intestine and then is absorbed, the
7  way I like to explain it, is that they
8  then go their merry way.
9         They are no longer
10 chemically connected.  They have their
11 own separate and independent routes of
12 metabolism and elimination.  And so
13 valsartan does what it does, and NDMA and
14 NDEA does what it does.
15    Q.   And --
16    A.   And those mechanisms do not
17 overlap at all.
18    Q.   Is evaluating whether,
19 where, and how a drug is metabolized part
20 and parcel of pharmacokinetics?
21    A.   Absolutely.  I give examples
22 in my report of drugs whose doses are
23 dramatically different, or in some cases
24 aren't even given at all because

Page 365

1  first-pass metabolism is so efficient
2  that the drug would be ineffective.
3         And a real classic example
4  of that is lidocaine.  We don't use it
5  that much anymore for arrhythmias.  But
6  when it was attempted to be given orally,
7  first-pass metabolism was so extensive
8  you've got no clinical effect from
9  lidocaine.  Only if you gave it
10 intravenously.
11        So measurable kinetics,
12 clearance, half-life, first-pass
13 metabolism, that's all dependent on the
14 route of administration.
15    Q.   And in your -- I hesitate to
16 put a number on there -- almost 40-year
17 career, have you done this type of
18 evaluation of whether, how, and where
19 drugs are metabolized in the body in your
20 ordinary course of your professional
21 experience?
22        MR. VAUGHN:  Object to form.
23        THE WITNESS:  I'm sorry.
24 Hundreds of times.  There were how

Confidential Information - Subject to Protective Order

Page 366

1  many drugs in the cardiovascular
2  arena on the market when I
3  graduated compared to how many are
4  in the arena now in that 40 years,
5  how many more.
6       It's like hundreds and
7  hundreds more, and I do that for
8  every one of these drugs.
9  BY MS. THOMPSON:
10      Q.   So the analysis that you've
11 done here to formulate your opinions, is
12 it consistent with what you've done in
13 your professional practice?
14      A.   It is a process for any drug
15 that I go through. What's its dose, how
16 effective, what are its side effects,
17 what's its toxicity, what are the data,
18 what are the type of data. In many cases
19 I look at the animal studies in addition
20 to the human studies when they are
21 conducted.
22      Q.   And you were asked earlier
23 about your kind of ultimate opinion that
24 the presence of NDMA in valsartan, based

Page 367

1  on all of these factors, does not
2  increase the risk of cancer in downstream
3  organs. Do you recall that?
4       A.   Yes.
5       Q.   Okay. How do you know that?
6       MR. VAUGHN: Object to form.
7       THE WITNESS: It's my best
8  clinical judgment based on an
9  evaluation of the trials that have
10 a dose that did not cause cancer
11 in the most close animal model for
12 NDMA metabolism, which is the rat.
13 I identified a dose that below
14 which would not cause tumors.
15      And then in the multiple
16 tables that I provided, I compared
17 that to the milligram-per-kilogram
18 dose in the valsartan products
19 versus extrapolating to humans.
20 And it was hundreds and hundreds,
21 and even thousands and in some
22 cases tens of thousands of times
23 more.
24      So if we add that evidence,

Page 368

1  which is the best we'll have,
2  we're not going to have any
3  better.
4       If that's the evidence that
5  we have of a dose and it doesn't
6  cause cancer --
7       (Brief interruption.)
8  BY MS. THOMPSON:
9       Q.   Sorry, Doctor. If you want
10 to kind of go back and --
11      A.   Poor child.
12      So again, using the animal
13 data, which is the best we have to
14 extrapolate into humans, a noncancerous
15 dose of NDMA which was about
16 .1 milligrams per kilogram -- and that
17 was fairly consistent across three or
18 four studies, at least that I looked at.
19 And you expressed that in a human dose
20 based on body weight, which is the best
21 way that we have to do it.
22      Then you get
23 valsartan-containing products, even if
24 you accept the 120 parts per million that

Page 369

1  we talked about, there are still hundreds
2  to tens of thousands times more than what
3  doesn't cause cancer in a rat.
4       Q.   I have one more question, at
5  least for now. We'll see if we have
6  anything further based on what you just
7  said. I hate to end on this note.
8       In preparing for this, did
9  you find a citation in your report that
10 you need to correct?
11      A.   Thank you for bringing that
12 up.
13      When I went through some of
14 the epidemiology studies and constructed
15 my tables showing what I thought -- well,
16 what is the inconsistency in the data on
17 the association between NDMA proposed in
18 dietary and/or environmental exposures,
19 there were two studies by an author named
20 Straif.
21      And in my tables I reference
22 Straif and his data. But the citation I
23 quote is his other study and not the one
24 that actually has the data that I have in

Page 370

1  there.  So I just need to switch the
2  citation to the article that has those
3  data.
4        The data are accurate,
5  they're what I wanted to have in the
6  report, but his reference is the other
7  one that I read of his, not the one that
8  has these data.
9        MS. THOMPSON:  And we'll
10       provide an updated version with
11       the correct citation for the other
12       Straif article.  I don't know if
13       anybody else has anything else
14       that they wanted to cover.
15       MR. VAUGHN:  I'll be quick
16       then.
17              - - -
18       EXAMINATION
19              - - -
20  BY MR. VAUGHN:
21       Q.   Doctor, when did you realize
22  that your report had citation errors?
23       A.   Yesterday afternoon.  It has
24  a citation error.

Page 371

1        Q.   And how did that come to
2  your attention?
3        A.   In just going through the
4  report and looking at some of where the
5  data came from.  I think it actually it
6  was one of counsel that picked it up.
7        Q.   Did you meet with counsel
8  prior to this deposition?
9        A.   Yes.
10       Q.   For how many hours?
11       A.   Maybe six hours yesterday.
12       Q.   Was yesterday the only day?
13       A.   It's the only day that we
14  met in person.
15       Q.   How many days did you meet
16  not in person or did you -- sorry not
17  meet.  Strike that.
18          Did you also consult or prep
19  with attorneys by remote meetings?
20       A.   There was a remote meeting
21  on Monday that just lasted a couple
22  hours.
23       Q.   Are those the only two
24  meetings that you had in preparation for

Page 372

1  your deposition?
2        A.   Yes.
3        Q.   I believe, just a few
4  minutes ago, you testified that NDMA is
5  not exposed to any organs prior to the
6  liver.  Is that what you meant to say?
7        A.   That is not what I said.
8        Q.   Okay.  So if the transcript
9  says that -- sorry.
10       A.   Yeah, let me clarify.
11          It's not exposed to an organ
12  with metabolic capability prior to
13  getting to the liver.
14       Q.   In your opinion, correct?
15       A.   Yes, in my opinion.
16       Q.   But there are several organs
17  that it touches prior to getting to the
18  liver?
19       A.   Not in a metabolizing
20  capacity.
21       Q.   But you would agree that it
22  at least touches several organs prior to
23  getting to the liver, correct?
24       A.   It passes through the

Page 373

1  esophagus in a solid pill form, which is
2  not where absorption would occur.
3          And then its dissolution to
4  be able to be absorbed occurs in the
5  stomach where there is no 2E1.  And then
6  it's absorbed across the small intestine,
7  which also does not have 2E1.  So the
8  first time it's in a form that can be
9  metabolized by 2E1 is when it gets to the
10 liver.
11       Q.   When a substance is absorbed
12 through the small intestine, does
13 100 percent of it go to the liver or does
14 some of that blood bypass the liver?
15       MS. THOMPSON:  Objection to
16       form.
17       THE WITNESS:  Yeah, the
18       mesenteric system drains it all
19       into the liver.  It's the
20       evolution of that defense
21       mechanism.  That's what it's there
22       for.
23  BY MR. VAUGHN:
24       Q.   The evolution, what do you

Confidential Information - Subject to Protective Order

Page 374

1   mean evolution of that defense mechanism?
2        A.   Our evolution of the liver
3   doing what it does and the cytochrome
4   P450 system and other metabolizing
5   pathways that are not, you know, at hand
6   here, those evolved as a way of
7   detoxifying things that we ingested.
8        So the evolution of our
9   alimentary system and our drug
10  metabolizing system is the way it is to
11  be a detoxifying system.
12       Q.   So is it your opinion that
13  because humans have been exposed to
14  environmental nitrosamines throughout
15  history, that humans have evolved to be
16  able to not get cancer from NDMA?
17       MS. THOMPSON:  Objection.
18  Form.
19       THE WITNESS:  Yeah, it's a
20  good line of thinking, but many of
21  these P450s evolved in response to
22  exposures that may have been other
23  toxins of other types that had
24  nothing to do with NDMA.

Page 375

1        But because they're there
2   and now we are exposed to NDMA, we
3   have the capacity to metabolize.
4   BY MR. VAUGHN:
5        Q.   So --
6        A.   Some of these enzymes are
7   not so super specific that they evolve
8   only to handle one potential toxin.
9        Q.   And is P450 one of those
10  that handles numerous toxins?
11       A.   Yeah.  There are like 250,
12  300 individually specific cytochrome P450
13  isozymes.
14       Q.   Why haven't humans evolved
15  to just not be able to get cancer at all?
16       MS. THOMPSON:  Objection.
17  Scope.
18       THE WITNESS:  That is beyond
19  my ability to understand and
20  answer.
21  BY MR. VAUGHN:
22       Q.   But you're able to give an
23  opinion that we've evolved to be able to
24  handle NDMA?

Page 376

1        MS. THOMPSON:  Objection.
2   Form.  Mischaracterizes.
3        THE WITNESS:  We have
4   evolved with the ability to
5   detoxify orally ingested
6   substances.
7        And I should add, it's a
8   little more complicated than I'm
9   portraying.
10       Many of the cytochrome P450s
11  are involved in endogenous
12  steroid, hormone, and cholesterol
13  metabolism.  So some of them have
14  multiple jobs.
15  BY MR. VAUGHN:
16       Q.   Do you have an opinion on
17  what animal a human evolved from?
18       MS. THOMPSON:  Object to
19  form.
20       THE WITNESS:  The -- I mean,
21  I'm pretty sure we evolved from
22  primates, from nonhuman primates.
23  BY MR. VAUGHN:
24       Q.   But you think we metabolize

Page 377

1   NDMA more like a rat than a nonhuman
2   primate?
3        MS. THOMPSON:  Objection.
4   Asked and answered.
5        THE WITNESS:  I think that
6   because that's what scientists
7   have said.
8   BY MR. VAUGHN:
9        Q.   Does that really make sense,
10  if we evolved from a nonhuman primate,
11  that we're going to metabolize it more
12  like a rat?
13       MS. THOMPSON:  Objection.
14  Asked and answered.
15       THE WITNESS:  You know, why,
16  I don't know that I have an answer
17  for.  It is just what it is.  And
18  so I observed it, reported on it.
19  BY MR. VAUGHN:
20       Q.   You noted lidocaine earlier.
21  Is Lidocaine a genotoxic carcinogen?
22       MS. THOMPSON:  Objection.
23  Form.
24       THE WITNESS:  I don't think

Confidential Information - Subject to Protective Order

Page 378

1   so.  It's just an example of a
2   drug that has a very high
3   first-pass metabolism, and so
4   giving it orally will never
5   produce any post-liver effect.  So
6   it's a good example in that
7   regard.
8   BY MR. VAUGHN:
9       Q.   But the only genotoxic
10   carcinogen that you have experience with
11   is Actos, correct?
12           MS. THOMPSON:  Objection.
13   Form.  Mischaracterizes testimony.
14           THE WITNESS:  No.  I also
15   mentioned the immunosuppressive
16   drugs for heart transplant
17   patients.  But that's pretty much
18   the extent.
19   BY MR. VAUGHN:
20       Q.   Those are genotoxins?
21           MS. THOMPSON:  Objection.
22   Form.
23           THE WITNESS:  I'm not sure
24   their mechanism of cancer

Page 379

1   production is genotoxic.  But they
2   are carcinogenic.
3   BY MR. VAUGHN:
4       Q.   Okay.  So the only genotoxic
5   carcinogen that you have experience with
6   is Actos?
7           MS. THOMPSON:  Objection.
8   Form.
9           THE WITNESS:  In -- in that
10   specific genotoxic sense, yes.
11   BY MR. VAUGHN:
12       Q.   Doctor, is every carcinogen
13   also a genotoxin?
14           MS. THOMPSON:  Objection.
15   Form.
16           THE WITNESS:  I don't think
17   so.  But -- yeah, I don't think
18   so.
19   BY MR. VAUGHN:
20       Q.   Were you an expert in the
21   Actos litigation at all?
22       A.   No.  That was just out of my
23   interest in -- when that report came out
24   about the potential association with

Page 380

1   bladder cancer in the normal part of what
2   I do, is I look at the data and where it
3   came from, and how solid it is, and what
4   type of data.  And Actos was one of those
5   drugs that a lot of my heart patients
6   were on.
7       Q.   And so you wanted to
8   investigate it because you cared about,
9   you know, if your patients got cancer or
10   not, right?
11           MS. THOMPSON:  Objection.
12   Form.
13           THE WITNESS:  I investigated
14   it to evaluate the quality of the
15   data to make a determination in
16   that regard.
17   BY MR. VAUGHN:
18       Q.   And in your opinion does
19   Actos actually incite bladder cancer or
20   increase the risk of bladder cancer?
21           MS. THOMPSON:  Objection.
22   Form.  Scope.
23           THE WITNESS:  Certainly not
24   anything that I put into my

Page 381

1   report.  But my understanding is
2   that there was some inconsistency
3   in that data, so I don't think it
4   was very clear.
5   BY MR. VAUGHN:
6       Q.   Did you keep all of your
7   patients on Actos?
8           MS. THOMPSON:  Objection.
9   Form.
10           THE WITNESS:  To the best of
11   my knowledge, yes.
12   BY MR. VAUGHN:
13       Q.   Do you know if any of them
14   got bladder cancer?
15           MS. THOMPSON:  Objection.
16   Form.  Scope.
17           THE WITNESS:  To the best of
18   my knowledge, no.
19   BY MR. VAUGHN:
20       Q.   Are you aware of studies
21   that have shown that gastric and
22   colorectal tissues are more efficient at
23   metabolizing NDMA in humans than in
24   animals?

Page 382

1    MS. THOMPSON: Objection.
2 Form.
3    THE WITNESS: I have not
4 seen that data. It didn't come up
5 in my research.
6 BY MR. VAUGHN:
7    Q.   Is it easier to measure the
8 bioavailability of valsartan in
9 comparison to NDMA?
10    A.   It's easier in the concept
11 that we can do that in humans and that
12 we've not done that with NDMA in humans.
13    Q.   Didn't you say earlier it's
14 not well studied in humans?
15    MS. THOMPSON: Objection.
16 BY MR. VAUGHN:
17    Q.   Or it's not studied at all,
18 I guess, is what you're saying?
19    A.   Yeah, there are no
20 pharmacokinetic studies on NDMA in
21 humans. Maybe the one that was in
22 ranitidine that we mentioned earlier
23 today.
24    Q.   So would you agree you don't

Page 383

1 know actually how much NDMA gets into the
2 bloodstream?
3    MS. THOMPSON: Objection.
4 Form.
5    THE WITNESS: Because we
6 don't measure -- number one, we
7 don't know in humans. And because
8 we don't measure it in the animal
9 studies, I use the surrogates,
10 whether that was a development of
11 tumor or adducts.
12 BY MR. VAUGHN:
13    Q.   But you agree that you do
14 not know how much would make it into the
15 bloodstream in a human, correct?
16    MS. THOMPSON: Objection.
17 Form. Asked and answered.
18    THE WITNESS: It depends on
19 the dose.
20 BY MR. VAUGHN:
21    Q.   At the doses that we are
22 discussing -- that your expert report
23 covers, do you know how much NDMA gets
24 into the bloodstream of a human?

Page 384

1    MS. THOMPSON: Objection.
2 Form. Asked and answered.
3    THE WITNESS: In a
4 quantitative amount in the rat
5 studies, no.
6    But not enough at the
7 .1-milligram-per-kilogram dose or
8 below to induce downstream cancer.
9 BY MR. VAUGHN:
10    Q.   My question is more simple
11 than that. Just strictly in humans, you
12 do not know how much NDMA would get into
13 their bloodstream after they consumed
14 valsartan contaminated with NDMA,
15 correct?
16    MS. THOMPSON: Objection.
17 Form. Asked and answered.
18    THE WITNESS: We do not have
19 those data in humans. And so
20 we're relying on the best
21 surrogate we have, which is the
22 animal models, particularly the
23 rat.
24 BY MR. VAUGHN:

Page 385

1    Q.   And so you would agree that
2 you do not know how much NDMA would get
3 into the human bloodstream, correct?
4    MS. THOMPSON: Objection.
5 Form. Asked and answered.
6    THE WITNESS: Correct. We
7 do not have those human data.
8 BY MR. VAUGHN:
9    Q.   And because you don't have
10 the data, you can't know, correct?
11    MS. THOMPSON: Objection.
12 Form. Asked and answered.
13    THE WITNESS: I do not know.
14    MR. VAUGHN: I have no
15 further questions.
16    MS. THOMPSON: One second.
17 I think we're done. Sorry.
18    MR. VAUGHN: Not a problem,
19 Sara.
20    MS. THOMPSON: Okay. Can we
21 go off.
22    MR. VAUGHN: Yeah.
23    THE VIDEOGRAPHER: The time
24 right now is 4:38 p.m. We're off

Page 386

```
1     the record.
2         ********
3         (Excused.
4         (Deposition concluded at
5     approximately 4:38 p.m. eastern
6     time.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 388

```
1         INSTRUCTIONS TO WITNESS
2
3         Please read your deposition
4     over carefully and make any necessary
5     corrections.  You should state the reason
6     in the appropriate space on the errata
7     sheet for any corrections that are made.
8         After doing so, please sign
9     the errata sheet and date it.
10        You are signing same subject
11    to the changes you have noted on the
12    errata sheet, which will be attached to
13    your deposition.
14        It is imperative that you
15    return the original errata sheet to the
16    deposing attorney within thirty (30) days
17    of receipt of the deposition transcript
18    by you.  If you fail to do so, the
19    deposition transcript may be deemed to be
20    accurate and may be used in court.
21
22
23
24
```

Page 387

```
1
2         CERTIFICATE
3
4
5         I HEREBY CERTIFY that the
      witness was duly sworn by me and that the
6     deposition is a true record of the
      testimony given by the witness.
7
          It was requested before
8     completion of the deposition that the
      witness, MICHAEL B. BOTTORFF, Pharm.D.,
9     have the opportunity to read and sign the
      deposition transcript.
10
11
12
      _____
      MICHELLE L. GRAY,
13    A Registered Professional
      Reporter, Certified Shorthand
14    Reporter, Certified Realtime
      Reporter and Notary Public
15    Dated:  September 20, 2021
16
17
18        (The foregoing certification
19    of this transcript does not apply to any
20    reproduction of the same by any means,
21    unless under the direct control and/or
22    supervision of the certifying reporter.)
23
24
```

Page 389

```
1         - - - - - -
          E R R A T A
2         - - - - - -
3
4     PAGE  LINE  CHANGE
5     ____ ____ _____
6       REASON: _____
7     ____ ____ _____
8       REASON: _____
9     ____ ____ _____
10      REASON: _____
11    ____ ____ _____
12      REASON: _____
13    ____ ____ _____
14      REASON: _____
15    ____ ____ _____
16      REASON: _____
17    ____ ____ _____
18      REASON: _____
19    ____ ____ _____
20      REASON: _____
21    ____ ____ _____
22      REASON: _____
23    ____ ____ _____
24      REASON: _____
```

Confidential Information - Subject to Protective Order

1

2                        CERTIFICATE

3

4

5             I HEREBY CERTIFY that the
    witness was duly sworn by me and that the
6   deposition is a true record of the
    testimony given by the witness.

7

            It was requested before
8   completion of the deposition that the
    witness, MICHAEL B. BOTTORFF, Pharm.D.,
9   have the opportunity to read and sign the
    deposition transcript.

10

11

12        *Michelle L Gray*_____
          MICHELLE L. GRAY,
13        A Registered Professional
          Reporter, Certified Shorthand
14        Reporter, Certified Realtime
          Reporter and Notary Public
15        Dated:  September 20, 2021

16

17

18            (The foregoing certification
19  of this transcript does not apply to any
20  reproduction of the same by any means,
21  unless under the direct control and/or
22  supervision of the certifying reporter.)

23

24

Confidential Information Subject to Protective Order

```
 1              INSTRUCTIONS TO WITNESS

 2

 3              Please read your deposition

 4   over carefully and make any necessary

 5   corrections.  You should state the reason

 6   in the appropriate space on the errata

 7   sheet for any corrections that are made.

 8              After doing so, please sign

 9   the errata sheet and date it.

10              You are signing same subject

11   to the changes you have noted on the

12   errata sheet, which will be attached to

13   your deposition.

14              It is imperative that you

15   return the original errata sheet to the

16   deposing attorney within thirty (30) days

17   of receipt of the deposition transcript

18   by you.  If you fail to do so, the

19   deposition transcript may be deemed to be

20   accurate and may be used in court.

21

22

23

24
```

**Errata Sheet**

**September 16, 2021 Deposition Transcript – Michael B. Bottorff, Pharm.D.
In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation**

| Pages, Lines | Change: | Reason |
|---|---|---|
| Page 24, Line 18 | "extrapolating that in kilogram**s** to the" | To correct transcription error |
| Page 36, Line 22 | "been testing the ~~full~~ **whole** pill." | Clarification / transcription error |
| Page 50, Line 21 | "been added to the adjunct faculty **at** the" | To correct transcription error |
| Page 98, Line 5 | "**In** original communications" | To correct transcription error |
| Page 99, Line 10 | "which **is** pretty well characterized ~~it~~, so it" | To correct transcription error, clarification |
| Page 109, Line 2 | "pharmacist, physicians, nurses **group** would ask" | To correct transcription error, clarification |
| Page 121, Line 13 | "have in my note**s** when it happened. If we" | To correct transcription error |
| Page 135, Line 18 | "any valsartan product contain**ing** trace" | To correct transcription error |
| Page 136, Lines 10-11 | **"Any valsartan product" meaning "**[a]ny valsartan product that I evaluated**."** | Clarification, completeness |
| Page 139, Line 24 | "be far below ~~that~~ **what** was associated" | To correct transcription error |

| Page 171, Line 13-14 | **"Your calculation would be incorrect. It would be 250% higher.** Because of its variability, do you mean?" | Clarification, completeness, accuracy |
|---|---|---|
| Page 192, Line 24 | "block 2E1 **under chronic exposure.**" | Clarification, completeness |
| Page 193, Line 10 | "it's the alcohol that ~~blocks~~ **induces** 2A6" | Clarification, accuracy. Witness misunderstood question. |
| Page 246, Line 17 | "this set**ting."** | To correct transcription error, clarification |
| Page 333, Line 11 | "has ~~Avoadra's~~ **Avogadro's** number, 6.03 times ten to" | To correct transcription error |
| Page 385, Line 6-7 | "Correct. We do not have ~~those that~~ human data **but as I previously testified, I would not expect it to reach systemic circulation.**" | Clarification, completeness |
| Page 385, Line 13 | "I do not know **but would expect it to be virtually none.**" | Clarification, completeness |

Michael B. Bottorff
_____
Michael B. Bottorff, Pharm.D.

_____ , Notary Public.

This, the 20th day of October , 2021.

My Commission Expires: _____ .

Kimberly Harris
NOTARY PUBLIC
Forsyth County, GEORGIA
My Commission Expires February 6, 2024

Confidential Information - Subject to Protective Order

**WORD
INDEX**

**< 0 >**
**0.025**  295:*18*
**02109**  5:*4*
**025**  295:*12*
**07102**  4:*5*
**07932**  3:*19*
**08543**  6:*4*

**< 1 >**
**1**  2:*20*  20:*1*
93:*3*  167:*10*
177:*16*
183:*12*  197:*9*
237:*23*
267:*11, 19*
269:*8, 13, 15*
270:*12, 15*
289:*4*  368:*16*
390:*6*
**1,400**  147:*18*
**1,500**  108:*22*
**1:07**  185:*8*
**10**  44:*12*
111:*20*  115:*9*
148:*9*  170:*10*
171:*5, 18*
174:*5*  177:*15*
265:*2, 3*  359:*7*
**10:06**  82:*7*
**10:20**  82:*11*
**100**  4:*4*
80:*23*  85:*1*
88:*24*  99:*21*
101:*13, 14*
148:*3*  199:*16,*
*21, 22*  209:*1*
239:*13*  240:*2*
241:*9*  252:*24*
270:*7*  291:*19*
335:*7, 14*
373:*13*
**105**  7:*19*
**11**  4:*21*  7:*7*
105:*21*
**11,000**  348:*3*
**11:11**  134:*23*
**11:26**  135:*3*

**117**  99:*22*
247:*3, 4*
**12**  114:*13*
274:*15, 17*
**12:16**  185:*3*
**120**  25:*14, 20*
27:*23*  28:*11,*
*12, 14, 19*
29:*3, 6*  30:*1,*
*8*  85:*1*
101:*14*  138:*2,*
*13, 17*  148:*3*
347:*7, 16, 22*
368:*24*
**12205**  2:*20*
**14**  115:*24*
**141**  108:*14*
109:*11*
**15**  51:*19*
125:*11*
197:*19*  229:*2*
257:*14*
**15,000**  267:*15*
**150**  348:*3*
**15219**  5:*9*
**1550**  2:*15*
**15th**  4:*4*
**16**  1:*10*  10:*8*
**17th**  4:*10*
**17-years-olds**
349:*11*
**18**  55:*17*
**19**  7:*17*
125:*23*  243:*8*
246:*23*
**19103**  4:*11*
**19422**  5:*14*
**1978**  306:*21*
307:*17*  308:*7,*
*10*
**1980**  228:*20*
257:*13*
**1982**  49:*16*
**1990s**  12:*14*
**1991**  203:*4*
**1998**  146:*8*
**1-milligram-
per-kilogram**
363:*1*  384:*7*

**< 2 >**
**2:07**  254:*10*
**2:23**  254:*14*
**2:52**  287:*9*
**2:57**  287:*13*
**20**  23:*21*
24:*4*  25:*7*
26:*13*  28:*7*
50:*23*  55:*1, 4,*
*8*  87:*19*
115:*10*  136:*1,*
*14*  157:*19*
265:*4*  266:*22*
323:*14, 20*
336:*13, 15*
347:*22*
387:*15*  390:*20*
**20,000**  24:*24*
28:*9, 10*  260:*1*
**200**  3:*8*  5:*14*
88:*24*  101:*4,*
*12*
**2000**  54:*23*
323:*11*  324:*7*
**2002**  307:*10,*
*18, 20*  308:*6,*
*10*
**20037**  3:*15*
**2013**  124:*16*
**2018**  275:*23*
276:*9, 14*
277:*13*
278:*24*  279:*9,*
*11*  280:*17*
324:*7*
**202**  3:*15*
**2020**  43:*23*
323:*4, 11, 21*
324:*7*  343:*7*
**2021**  1:*10*
10:*8*  43:*24*
282:*21*
284:*22*  286:*7*
288:*6, 17*
387:*15*
**20th**  336:*1, 5*
**20-year**  323:*17*
**21**  6:*3*  71:*12*
169:*19*
**21,000**  238:*4*

**2101**  3:*14*
**213**  2:*16*  4:*16*
**213-7047**  5:*4*
**215**  4:*11*
348:*2*
**2220**  5:*19*
**228**  7:*22*
**23**  309:*18*
**230**  5:*19*
**231-6491**  4:*22*
**23rd**  333:*12*
335:*16*
**24**  279:*14*
285:*13, 14, 22*
286:*2*
**25**  101:*1*
108:*4*  170:*11*
173:*6*  292:*6,*
*7*  295:*18*
**250**  375:*11*
**2500**  3:*9*
**26**  219:*4*
320:*11*
**260**  2:*4*
**263-1840**  5:*10*
**27**  309:*17*
310:*17*
**277**  8:*6*
**27th**  5:*3*
**28**  317:*19*
**285**  8:*7*
**2875**  1:*3*
**2A6**  193:*10*
194:*5*  320:*24*
**2E1**  121:*23*
155:*16, 21*
181:*3, 9, 12*
182:*14*  184:*3,*
*8*  192:*9, 11,*
*13, 24*  193:*11,*
*19, 22*  194:*8*
195:*11, 23*
196:*8*  225:*17*
227:*18*  241:*1*
242:*3*  248:*15*
249:*20*
273:*19, 21*
274:*9, 13, 14,*
*23*  275:*11, 13*
288:*2*  312:*9*

**320:**23, 24
**360:**23, 24
**373:**5, 7, 9
**2E1-mediated**
219:*22*
**2J2**  240:*17*
**2S4**  240:*17*

**< 3 >**
**3**  53:*24*  93:*5*
105:*14, 15*
108:*11, 12*
197:*18*  293:*8*
**3:55**  353:*7*
**30**  4:*10*
108:*4*  157:*20*
173:*6*  203:*5*
388:*16*
**300**  24:*24*
295:*5*  375:*12*
**30305**  3:*10*
**307**  8:*12*
**31**  318:*11*
**3100**  4:*15*
**312**  5:*20*
**316**  2:*10*
**317**  4:*22*
247:*6*
**32**  24:*13*
**320**  28:*17, 19*
29:*4, 7*  31:*17,*
*21*  32:*4, 10*
33:*11*
**320-milligram**
23:*24*  31:*16*
**323**  8:*12*
**32502**  2:*11*
**33**  24:*13*
223:*22*
**3333**  3:*9*
**34**  197:*16*
**348-7277**  2:*16*
**35**  50:*2*
68:*18*  102:*16*
138:*10*
170:*11*  171:*6,*
*17*  174:*5*
359:*7*
**350**  171:*9, 18*
238:*3, 13*

295:5  348:2
**356**  7:8
**36**  138:*10*
198:*23*
**360-7900**  3:*20*
**37**  116:*3*
138:*10*  205:*11*
**370**  7:7
**38**  8:*12*
138:*10*  347:*18*
**38,000**  260:2
**38,400**  29:*10*
**38.4**  29:*15*
**385-5400**  2:5
**38th**  5:9
**39**  138:*10*
279:*12*  286:6
288:*3*
**391**  390:6

**< 4 >**
**4,000**  342:*20*
**4,000-rat**
341:*11*
**4:06**  353:*11*
**4:07**  355:*14*
**4:10**  355:*18*
**4:38**  385:*24*
386:5
**40**  92:*20*
94:2, *7*
101:*11*  110:7
125:9  160:9
179:9  336:*17*
347:*18, 23*
366:*4*
**400**  3:*19*
295:5
**40-year**  365:*16*
**412**  5:*10*
**435-7001**  2:*11*
**44**  7:*19*
295:*15*
303:*18, 20, 21*
304:*1*
**45**  179:5
**450**  5:*14*
295:5
**46**  299:7
**46204**  4:22

**48**  78:*19*

**< 5 >**
**5**  173:*21*
174:2, *3*
280:*12*  310:8
**5,000**  289:7
**50**  125:*15*
179:*10*
279:*23*
280:22  281:2,
5, 9  282:*11*
286:8  288:6,
*12, 17*  289:7,
*20*  291:*18*
292:5, 6
348:*24*  349:*12*
**500**  3:*19*
88:*24*
**504**  3:*4*
**50-kilogram**
284:6
**50-nanograms**
289:*1*
**51**  80:*21*
**515**  2:*15*
**52**  289:*11*
**524-5777**  3:*4*
**53**  5:*3*
**530-8587**  3:*15*
**55**  78:*20*
**553-2312**  3:*10*
**56**  78:*20*
**566.4808**  5:*20*
**567-0700**  5:*15*
**57**  318:6
**5-milligram-
per-kilogram**
183:*13*

**< 6 >**
**6**  23:*19*
25:*10*  34:*20*
177:*18*
**6,000**  267:*13*
**6.02**  335:*16*
**6.03**  333:*11*
**60**  179:*10*
266:22  349:*13*
**600**  2:*10*

**60606**  5:*20*
**609**  6:*4*
**610**  5:*15*
**617**  5:*4*
**63**  19:22
20:5  135:8
**640**  33:*15*
**65**  52:2
**66210**  2:5
**678**  3:*10*
**689-7424**  4:*16*

**< 7 >**
**7**  23:*19*
270:*15*
**7,000**  267:9
270:*16*  289:8
**70**  262:*14, 19*
263:2, *24*
267:22
268:22
269:*16*  270:*4,
14, 15, 19, 21*
271:*13, 14*
279:*24*
280:22
282:*12*  284:6
288:*23*  331:7
349:*14*
**701**  3:*3*
**70130**  3:*4*
**70-kilo**  267:8
**70-year**  349:*13*
**728**  295:*17*
**734-6358**  6:*4*
**74**  333:5, *8, 9*
**75**  80:22
101:*1*
**757-1017**  4:5
**766**  299:8

**< 8 >**
**8**  23:*20*
177:*18*  322:*1*
**8/2/21**  7:*18*
**80**  177:*23*
178:*1, 4*
**800**  2:*21*
**8101**  2:*4*
**865**  4:*15*

**877.370.3377**
1:*20*
**88**  119:*10*
**888**  2:*11*

**< 9 >**
**9**  322:*1*
**9:04**  1:*14*
10:9
**90**  119:*4*
177:*24*  178:*1,
4*  241:*3*
242:*13*  331:7
**90017**  4:*16*
**90071**  2:*16*
**90s**  12:*18*
54:*21, 22, 23*
**90-something**
240:*11*
**913**  2:5
**917.591.5672**
1:*20*
**973**  3:*20*  4:5
**979-1164**  4:*11*

**< A >**
**a.m**  1:*14*
10:9  82:7, *11*
134:*23*  135:*3*
**ability**  15:*3*
53:2  155:*11*
208:*19*
211:*11*
224:*21*  229:9
233:*15*  244:6
248:*14*
330:*23*
356:*15*
361:*10, 23*
362:*10*
375:*19*  376:4
**able**  23:6
37:7, *21*
39:*17*  83:*17*
122:*24*
152:*15*  168:9
203:*13*
208:*16*
224:*16*
225:*24*
253:*15, 24*

254:*17*
255:*13*  258:8
259:*4*  260:2,
8  261:2
267:*20*
269:*14*  293:2
340:6  342:*3*
356:*4*  362:*12*
373:*4*  374:*16*
375:*15, 22, 23*
**abnormal**
172:*1*
**absence**
121:*21*  168:*15*
**absolute**
170:9, *13, 16,
24*  171:*3, 4*
**absolutely**
129:*24*
174:*21*  176:8
231:*3*  364:*21*
**absorbed**
149:*14, 19*
170:*1*  173:22
176:*4*  239:*13*
241:*4*  242:*2*
243:5  244:22
358:*4*  364:6
373:*4, 6, 11*
**absorption**
150:*18*
232:22  233:2
234:*16*
238:*13*
240:*11*  373:2
**academic**
49:*21*  50:*1, 9*
113:*12*
**accept**  202:*19*
255:*11*  261:8,
*10*  368:*24*
**acceptable**
17:*13*
**accepted**
204:*18*  264:*4*
312:*18, 22*
**accepting**  23:2
**access**  42:*20*
113:*14*
140:*15*

Confidential Information - Subject to Protective Order

147:23  236:8
346:3
**accumulate**
363:6, 10
**accumulation**
363:15, 20
**accuracy**
340:17
**accurate**
65:16  136:20
258:16
263:14, 18
272:22  370:4
388:20
**accurately**
37:8  272:1
**achieves**  339:3
**ACKNOWLE
DGMENT**
390:2
**Actavis**  3:22
4:7, 8
**action**  188:6
**activation**
244:1  320:20
**active**  30:15,
21, 22  33:11,
23  311:8
312:4, 6
313:3  314:6
**Actos**  160:17,
19  315:13
378:11  379:6,
21  380:4, 19
381:7
**actual**  33:21
126:12  149:8
266:9  362:15
**add**  23:23
84:8  104:21
180:15
202:15  272:5
333:8  367:24
376:7
**added**  50:21
270:7
**adding**  84:15
170:16
**addition**  99:3
366:19

**additional**
100:6, 13
254:20
255:16  256:8
324:6  330:22
**additives**
343:17
**address**  120:2,
22  235:13
341:12  342:20
**addressed**
96:5  230:5
232:1
**addressing**
47:17  169:12,
13
**adds**  100:13
**adducts**
211:17
362:22  383:11
**adequate**  16:2
**adjunct**  50:21
51:3, 6, 8, 17
**administered**
123:22  188:1
242:18  244:14
**administration**
152:2, 4
169:24  241:6
278:8  365:14
**administrative**
124:20
**adult**  270:14
273:4
**advanced**
146:8
**advisory**  54:4
**afield**  351:5
**afternoon**
370:23
**afterward**
243:17
**age**  295:6
348:22
**agencies**
77:18  278:2
**agency**  116:6,
9  281:15
**agents**  232:20
243:22

**ago**  82:21
108:4  115:8,
10  173:6
203:5  230:14
241:2  256:19
308:1  322:7
323:20  372:4
**agree**  16:8
21:2  29:16
34:9, 13
53:11  57:1
79:24  82:24
95:15  102:20
113:16
122:22  123:5
143:23
154:22
173:11
202:10, 12
220:3  225:4
244:9  245:20
246:2  248:3
280:19
308:11
318:17, 23
319:3  323:15,
24  324:3
326:3, 8, 17
348:18
351:16, 19
372:21
382:24
383:13  385:1
**agreed**  10:21
68:5
**agreeing**  202:5
**agreement**
70:16  71:2
94:5
**Agrelo**  233:5
**ahead**  65:4
67:18  78:11
85:22  194:18
230:18
231:16
277:12
326:18  335:18
**Aid**  4:24
**air**  53:16
**Albany**  2:20

**alcohol**
192:17, 18, 19,
21, 23  193:2,
10, 22  194:5
237:7  303:12,
13
**ALFANO**  5:6
**alimentary**
374:9
**alkylating**
243:22
**alkylation**
244:5
**allow**  175:19
304:24
**allowed**  13:21
50:11  269:9
343:17, 20
344:11, 12
**allusion**  134:5
**aloud**  85:23
169:23  229:5
257:19  318:8
324:18
**alpha**  219:7
**alpha-
hydroxylated**
219:21
**alpha-
hydroxylation**
219:8
**alter**  183:1,
24  218:7
234:4  326:4
334:24
**alterations**
52:11
**altered**  17:1
94:24
**alternatives**
58:13
**alters**  156:4
**American**
250:10  251:4
**Americans**
349:5, 23, 24
**amiodarone**
12:7  191:18
**amount**  18:1,
5, 20  22:24
23:20  24:22

25:1  30:15
32:21  36:1, 4,
7, 9  41:14
60:14, 17
69:10  73:10
77:15, 24
98:10  123:10,
12, 17, 20
138:7, 18
155:10  162:7
165:10  170:6
176:13  181:1
187:4  189:19
190:15
206:16
207:13  210:3
211:23  214:5,
14  221:17, 22
230:10
246:20
248:12  249:7,
18  250:7, 10
252:2, 13
254:20
255:16  256:9,
19  270:21
273:14  274:9,
17, 23  287:16
289:24  304:5
305:3  339:1
345:24
347:24  348:6
358:12  384:4
**amounts**
23:19  38:16
41:2  135:23
152:19
155:22  162:9
183:5  221:12
238:6  257:24
273:19, 21
274:2, 14
275:11, 13, 15
276:20  332:7
344:11  363:5
**analyses**
60:13, 15
**analysis**  25:18
26:15  29:23,
24  30:4, 9, 13
41:3, 24  58:3

Confidential Information - Subject to Protective Order

60:*18*  167:*21*
200:*23*
201:*21*
310:*21*  366:*10*
**analytical**
36:*16*
**analyzed**
238:*18*
**and/or**  36:*1*
96:*20*  268:*24*
369:*18*  387:*21*
**Angeles**  2:*16*
4:*16*
**angioedema**
75:*10*
**animal**  18:*11*,
*15, 23*  22:*18*
24:*16*  41:*5,*
*11*  95:*5*  96:*3,*
*8, 11, 20*
97:*11*  102:*21*
103:*5, 16, 20,*
*23*  104:*19*
116:*14, 20, 23*
117:*1, 20*
118:*4, 9*
121:*9*  131:*22*
132:*16*  134:*1*
137:*4*  156:*22*
161:*24*
162:*11*  166:*2*
167:*5, 9, 10,*
*21, 24*  168:*5,*
*21*  169:*8*
172:*19*  176:*9*
177:*6*  180:*4*
208:*2, 23*
242:*13*
255:*13*
262:*11*
267:*20*
269:*14*
270:*18, 19, 22*
272:*22*
273:*12*
274:*14, 16*
287:*18*
289:*18*  290:*8*
296:*3*  297:*8,*
*14, 15, 23*
298:*7, 9, 12*

300:*21*  301:*1,*
*8, 11, 12*
318:*13*  331:*3*
332:*12*  339:*5,*
*11*  340:*5*
342:*2*  366:*19*
367:*11*
368:*12*
376:*17*  383:*8*
384:*22*
**animals**  22:*22*
103:*3*  105:*3*
117:*11, 18, 21*
131:*12*  132:*7*
138:*12*  162:*5*
177:*8*  182:*13*
183:*7*  185:*17*
200:*19*  213:*1*
220:*24*  221:*2,*
*24*  222:*7*
235:*15*
236:*12*
237:*22*  240:*5*
255:*24*  268:*7*
272:*14*  273:*2,*
*16*  289:*19, 22*
302:*8*  305:*8*
311:*4*  344:*20*
381:*24*
**animal's**
255:*17*
**announced**
279:*10*
**Answer**  9:*5*
16:*1*  18:*10*
21:*9*  22:*1*
40:*1*  46:*18*
60:*2*  67:*19*
102:*9*  150:*9*
209:*16*
213:*10*
230:*13, 23*
231:*8, 12*
235:*7, 11*
260:*21*
292:*24*
309:*12*
341:*20*  346:*4*
351:*9, 11*
375:*20*  377:*16*

**answered**
208:*13*  236:*5*
317:*11*  332:*4*
338:*21*
346:*13*  351:*4*
377:*4, 14*
383:*17*  384:*2,*
*17*  385:*5, 21*
**answering**
97:*16*  165:*4*
**answers**  13:*14*
173:*20*  390:*8*
**anticipated**
184:*13*
**antifungals**
191:*19*
**anti-**
**hypertensives**
356:*19*
**anybody**
23:*11*  63:*17*
67:*19*  139:*6*
145:*1*  222:*4*
370:*13*
**anymore**
195:*18*
241:*14*
294:*20*  365:*5*
**anyway**
347:*10*  350:*8*
**apart**  86:*21*
**API**  30:*14, 20*
32:*1, 7*  33:*7*
34:*11*  36:*20*
**apologize**
192:*21*  286:*18*
**apparent**
197:*16*
**appear**  89:*4*
137:*11*
162:*16*
169:*14*  207:*7*
214:*13*
222:*18*
237:*21*  289:*5*
344:*3*  363:*3*
**APPEARANC**
**ES**  2:*1*  3:*1*
4:*1*  5:*1*  6:*1*
**appeared**
137:*7*  267:*10*

**appearing**
10:*20*
**appears**  118:*1*
208:*17*
**apples-to-**
**apples**  275:*5*
**applicable**
298:*3*  352:*15*
**application**
111:*16*
**applied**  144:*20*
**APPLIES**  1:*6*
**apply**  24:*3*
39:*3*  144:*16*
289:*3*  361:*14*
387:*19*
**applying**
292:*10, 12*
**appointment**
50:*9*
**appreciate**
24:*1*  46:*24*
64:*20*  119:*17*
239:*23*  310:*15*
**approach**
102:*5*  103:*7*
237:*19*  284:*8*
345:*5, 7, 9*
**appropriate**
34:*10*  272:*9,*
*18*  298:*10*
311:*2*  349:*22*
388:*6*
**approve**
77:*18*  116:*7*
**approved**
72:*22*  144:*21*
**approximately**
24:*24*  29:*17*
44:*1*  54:*16*
87:*12*  88:*19*
99:*21*  101:*12*
148:*2*  199:*8*
200:*4, 8*
201:*15*
202:*11, 14*
203:*2, 7*
266:*8*  279:*4*
335:*9*  386:*5*
**approximates**
298:*12*

**approximation**
131:*24*  312:*11*
**approximator**
337:*4*
**ARB**  356:*20*
**ARBs**  356:*22*
357:*1*
**area**  90:*2*
98:*19*  107:*7*
108:*6*  113:*24*
122:*2, 3*
132:*19*  177:*3*
214:*7*  225:*1*
274:*7*  297:*5*
300:*22*
310:*24*
311:*12, 14, 15,*
*18*  312:*1, 13,*
*20*  313:*1*
321:*16*
**areas**  95:*10*
98:*18*  130:*22*
200:*22*
**arena**  366:*2, 4*
**argue**  202:*22*
313:*22*
**arguments**
199:*2*
**arm**  144:*13*
306:*5*
**arrhythmias**
365:*5*
**article**  89:*2*
96:*14*  100:*4,*
*9*  106:*18*
107:*23*  108:*1*
308:*20*
319:*11*  321:*9*
322:*6*  329:*11*
330:*16, 19*
343:*7*  370:*2,*
*12*
**articles**  88:*24*
96:*7*  98:*24*
100:*15*  101:*4*
106:*5*  108:*6*
121:*11*  126:*8*
134:*5*  163:*16*
181:*21*
228:*10*
296:*15*  322:*16*

Confidential Information - Subject to Protective Order

**aside** 210:*11*
248:*22*
271:*11* 273:*11*
**asked** 40:*1*
54:*13* 70:*21*
72:*21* 98:6
108:*7* 120:*1,*
*21* 127:*12*
173:*18*
192:*18*
208:*13* 231:6
235:*14* 236:5
317:*11* 332:4
338:*21*
346:*10, 13*
351:*4* 357:*16*
366:*22* 377:*4,*
*14* 383:*17*
384:2, *17*
385:5, *12*
**asking** 17:*20*
40:*24* 97:*14*
167:*18*
214:*24* 261:8
276:22
284:*17* 359:*17*
**aspect** 217:*18,*
*24*
**Aspects** 7:*22*
**assertion**
318:*16, 18*
**assess** 74:*18*
360:*1*
**Assessment**
8:6, *12* 89:*20*
91:*20* 104:*11*
148:22
275:*24* 360:*3*
**assign** 337:*13*
**associated**
17:*24* 20:22
41:*11* 46:2
83:*17* 84:5
139:*24*
**association**
83:*3, 10, 13,*
*22* 84:*11, 18*
251:*19, 23*
341:*3* 369:*17*
379:*24*

**assume** 42:5
46:*1* 161:*4*
173:2 218:*19*
**assumed**
41:*23* 264:*20*
**assuming**
25:*16* 42:*16,*
*19* 274:*13*
275:*7, 12, 14*
352:*23*
**assumption**
181:*20, 22*
182:*1* 237:*13*
255:*10* 273:8
326:*21*
327:22
328:*14* 329:*7,*
*12, 14, 15, 18*
334:*7, 21, 23*
345:*13*
**assumptions**
182:*15*
327:*23* 348:*17*
**assurance**
282:2
**Atlanta** 3:*10*
**attached**
174:*11*
388:*12* 390:*11*
**attempt** 35:*13*
**attempted**
365:6
**attempting**
79:5 344:*8*
**attention**
371:2
**attorney** 13:*7,*
*13* 388:*16*
**attorneys**
37:9 64:*13*
346:*11, 15*
371:*19*
**AUC** 177:*4*
**AUCs** 181:*18*
**audio** 62:5, 9
84:*12*
**August** 51:5
**Aurobindo**
5:*16*
**Aurolife** 5:*17*

**auspices**
278:*19*
**author** 117:9
165:*16*
321:*13* 369:*19*
**authored**
126:7
**authoritative**
307:6 321:*20*
**authority**
262:*15* 356:*13*
**authors** 321:*8*
**author's**
321:*14*
**availability**
104:*13*
**available**
18:*18* 68:*20*
104:*16*
229:*13*
247:*15*
284:*10* 346:*3,*
*17* 347:*3*
**average** 32:*13*
37:*4, 6, 8, 22*
250:6, 9
256:*19, 23*
260:6 262:*13,*
*18* 264:*8*
266:2, *16*
270:*13* 273:*4*
294:*20, 22*
295:9 348:*8*
349:*6* 350:*1*
**averaging**
170:*11*
**Avoadra's**
333:*11*
**awards**
111:*22, 24*
**aware** 13:*21*
23:*13* 25:6
27:*5, 12* 42:9
44:2 57:*16*
60:*19* 61:*1,*
*10* 62:*16, 20,*
*23* 66:*5, 23*
69:9 73:*23*
103:*5, 9*
133:2 137:*15,*
*16, 18* 145:*3*

147:*15, 24*
186:*23*
191:*13, 15, 17*
193:*16* 194:*1,*
*2, 4* 195:*10*
196:6 227:*8,*
*10* 236:2, *6*
250:*3, 5*
259:*24*
312:*12* 316:*4,*
*6* 325:*11, 15*
336:*16*
339:*10, 16, 23*
340:*10, 14, 20*
341:*22* 342:*1*
351:*23*
352:*12, 14, 19*
353:*21, 23*
354:6 381:*20*
**azole** 191:*19*

**< B >**
**bachelor's**
48:*21*
**back** 12:*13*
25:*10* 34:*15,*
*19* 46:*15*
47:2 53:22
62:*11* 71:*10*
76:*10* 82:*12*
85:*4* 110:*13*
135:*4, 7*
137:*23* 146:*8*
169:2, *18*
171:*1* 173:2
178:*11* 185:*8*
231:6 237:*18*
241:*15*
242:*20, 23*
246:22
254:*14*
257:*13*
279:*14*
287:*13*
303:*15* 318:*4*
321:23
323:*10* 333:*1*
343:6 347:*4*
353:*11*
355:*18*
358:*16* 368:*10*

**background**
86:*8, 17* 87:*4*
141:*10* 198:*11*
**bacon** 253:*18*
254:2
**bad** 97:*17*
154:7 193:*1*
**balance** 71:*24*
72:6
**ballpark**
263:*20*
**BARNES** 4:*19*
**BARR** 2:9
**Barreto** 91:*8*
**base** 34:*3*
131:*14* 151:9
216:*21*
235:*20*
262:*20* 270:7
272:5 295:*19*
331:*11*
**based** 18:*18*
22:*21* 27:*8*
30:*13* 33:*10,*
*20, 22* 34:*7*
41:2 42:*14*
81:*19* 89:*20*
96:*3* 103:*19*
106:*24*
115:*20* 117:*5*
118:6 121:*23*
133:*14*
139:*18, 20*
147:*12*
152:*22*
162:*14*
178:*15*
190:*14*
207:*16, 18*
224:5 234:*1*
237:*13*
262:*15*
267:*11, 18, 21*
269:*15*
270:*19*
272:*13, 19*
274:*12*
276:*19*
288:*24*
311:*24* 316:*1*
318:*16*

326:20
330:16 332:9,
12 334:23
335:11 339:4,
8 346:2
352:11
362:15
366:24 367:8
368:20 369:6
**basic** 173:3
269:10
**basically**
51:11 278:17
**basing** 121:6
193:13
197:12 216:22
**basis** 14:5, 20
132:3, 21
255:22 258:2,
21 263:19
265:1 272:8,
17 311:4
357:5 363:17
**Bates** 44:18,
23 45:13, 14,
20
**Baylen** 2:10
**beagle** 274:5
302:21
**beagles**
181:10 183:11
**beginning**
1:14 347:5
**behalf** 110:11
**BEHRAM**
2:14
**Behram.parekh**
**@drlawllp.com**
2:17
**belief** 340:22
**believe** 14:19
17:23 39:24
41:6 47:13
64:16 102:18
106:10
111:13
120:18 127:1
140:14
152:14 156:8
160:22

189:13, 17
206:12 241:5,
22 251:13
253:5 256:14
273:22
283:15
295:24
300:14
306:20 372:3
**believed**
202:17 342:1
**believes**
198:14
**Bell** 5:14
142:9
**benefit** 74:14
**benefits** 66:6
72:1 73:24
**best** 11:18
13:5 26:23
88:16 137:13
157:23
162:11
225:19
272:11
298:12 337:3
339:4 346:2
367:7 368:1,
13, 20 381:10,
17 384:20
**better** 96:16
97:16 217:10
221:11 320:4
368:3
**beyond**
100:15 170:8
362:11 375:18
**big** 88:11
**bigger** 75:17
263:16
**billion** 138:14
347:7, 13, 14
**billions** 336:7,
11, 18 337:6,
7 338:7
**binders** 31:11
**binds** 219:10
**bioavailability**
148:17, 20, 21
149:5 150:1,
20 151:18, 23

170:10, 13, 14,
22, 24 171:5,
8, 22 172:18
173:12 174:6,
9, 17 175:4, 9,
11, 20 176:2,
22 177:14, 20
178:13 179:1,
7, 12, 18
180:19, 22
181:7, 14, 19
182:11, 13, 16
186:17
225:23
238:10 240:5
359:6 360:2
382:8
**bioequivalence**
98:20
**Biologic**
278:10
**bit** 25:4
30:12 34:21
55:9 92:16
97:19 115:16
150:8 181:16
246:4 282:1
317:17
343:10
344:21 349:20
**bladder**
160:23 161:3
380:1, 19, 20
381:14
**blanket**
316:18 318:18
**bleeding** 288:1
**block** 53:5
192:8, 24
**blocking** 53:3
**blocks** 193:10
**blood** 152:13
153:1, 6, 21
154:18, 23
155:3 170:21
191:9 245:1
247:23
257:23
359:13
360:20

362:15, 20
373:14
**bloodstream**
149:2, 24
177:2 188:21
190:13
247:17 248:4,
23 258:9
259:2, 5
260:9 360:1,
11 363:23
383:2, 15, 24
384:13 385:3
**Blue** 5:14
**board** 72:23
84:2
**boards** 54:4
114:23
**body** 121:1
122:11
132:19 170:2
279:21 288:7
306:12, 18
310:24
311:12, 13, 15,
18 312:1, 13,
17, 19 313:1
365:19 368:20
**body's** 254:18
255:14
**BOGDAN**
2:19
**book** 126:6
**books** 126:6
**boom** 206:19
**BOSICK** 5:6
**Boston** 5:4
**bottom** 71:22
93:2, 3 99:19
126:2 135:11
205:11 219:6
223:24
243:10 278:1
289:11
309:18 322:2
**BOTTORFF**
1:13 7:3, 17,
21 10:18
11:5, 14, 16
14:7 20:8

356:3 387:8
390:16
**Bottorff-1**
7:17 19:17
**Bottorff-2**
7:19 44:15
**Bottorff-3**
7:19 105:19
**Bottorff-4**
7:22 228:24
**Bottorff-5** 8:6
277:16
**Bottorff-6** 8:7
285:9
**Bottorff-7**
8:11 307:14
**Bottorff-8**
8:12 323:7
**Boulevard** 2:4
**Bradley** 6:15
**branch** 278:14
**branches**
145:5, 16
264:5 278:5,
13, 20
**brand** 62:1,
17 63:12
**Brantom**
205:10
**Brantom's**
205:12
**break** 81:24
82:9 108:23
126:5 134:18
135:1 184:16
254:6, 12
287:11
317:21, 22
353:5, 9
355:16
**breakdown**
57:11
**BRETT** 2:3
286:13
**brett@hollisla**
**wfirm.com** 2:6
**brief** 355:12
368:7
**briefly** 364:2
**bringing**
369:11

Confidential Information - Subject to Protective Order

Bristol-Myers 54:9
broad 205:1
broke 62:5
BUCHANAN 2:9
bunch 44:22 45:3, 6 157:15 338:16
bureau 110:14
bureaus 54:5, 13, 24 55:11, 15
butcher 11:19
buy 296:4
buzzword 52:15
bypass 227:3 260:8, 15, 17 261:3 373:14

< C >
calculate 35:11 37:8, 21 170:23 181:17, 18 215:4, 18, 21 295:9, 11 311:13
calculated 27:10 35:4 148:14 268:1 347:17 348:1
calculating 171:3
calculation 24:20 25:22, 24 28:2 30:18 32:6, 16 33:12 122:7 207:22 267:3 268:4 288:14, 17 296:2
calculations 61:7 182:16 258:1, 4 267:22 269:16 280:21 281:10 289:4

291:10 333:2 347:21 352:10
calculator 28:4
California 2:16 4:16
call 18:20 49:3 106:22 148:24 172:6 180:22 185:18 189:1 200:16 334:16 343:1 347:8, 23 358:6
called 32:17 51:13 52:15 93:8 117:6 155:16 177:3 200:24 333:1 334:10
Calls 61:15 344:1 350:3
Camp 3:3
Campus 3:19
cancer 15:9, 21 16:7 18:8, 24 19:4 20:21, 22 21:5, 8, 20 22:3, 10, 13, 22 23:9 24:22 40:4 41:12, 15, 20 53:3, 5, 9, 13 59:21 60:8 68:8, 11, 13 69:12 75:17, 22 78:16 79:12 80:15 81:8, 9, 18 82:23 83:5, 12, 18 84:5 103:16 104:1, 20 107:13 108:1 111:24 112:2, 4, 9, 14 114:19 115:4, 18 123:1, 7 125:16, 18 126:16, 23

129:1, 18 135:17 137:11 140:1, 11 142:8, 13, 14, 15, 19, 22 143:1, 5, 7, 9 144:2 145:4, 11, 20, 21 146:18, 19 147:4, 5, 16 155:6 159:4, 10, 11, 16, 17 160:23 161:3 167:9, 13 168:7, 22 169:10 195:4 196:12 197:17 198:7 200:20 206:18, 20 207:7, 12 208:11, 18, 22, 23 210:6 211:12 212:1 213:17 216:8 220:23 221:6 222:9, 18, 22, 23, 24 223:10, 18 248:5 249:10, 12 251:7, 15 252:3, 15, 18, 21 253:20 254:21 255:8, 18, 23 256:5, 10, 15 263:23 265:10, 21 266:14 267:20, 23 268:7 269:14, 17 270:10 271:8, 12 273:3, 15 274:22 281:18, 22 289:6 294:13 297:13, 19, 21 300:24 301:2, 10, 15 304:10, 16, 17, 22 305:7, 16, 21

306:2, 5, 11, 16 316:14 318:13, 20 319:1, 18 325:4, 6 326:23 327:14 328:2, 16 330:24 331:5 332:11 334:1 336:21 337:5, 19, 22 338:4, 9 339:4, 13 340:3, 8 342:4 344:4 345:14, 23 363:4 367:2, 10 368:6 369:3 374:16 375:15 378:24 380:1, 9, 19, 20 381:14 384:8
cancer-related 114:24
cancers 24:17 53:3 341:4, 13 362:22
candidates 157:21
capability 358:19, 22 372:12
capable 243:24 318:24
capacity 41:8 178:20 181:9 225:20 243:16, 20 245:3 247:13 248:1 363:17 372:20 375:3
capsules 127:19 128:5
carbons 333:6
Carcinogen 7:23 57:17 58:7 66:24 67:2, 15, 22 69:4, 11 74:22 75:2, 3,

5 76:4 77:19 78:10, 13 101:20 103:6 104:3, 10 123:17 127:3 129:2, 17 185:13, 17, 19 220:4, 8, 11, 12 221:23 225:18 229:12 245:4 264:15 281:5 320:21 338:19 377:21 378:10 379:5, 12
Carcinogenesis 142:12, 24 197:9 224:4, 17
carcinogenic 102:13 162:10 168:11 219:12, 20 220:16, 21 224:2 226:1 237:21 238:1 276:3 379:2
carcinogenicity 101:19 103:2 109:12 111:12 112:23 113:2, 19 117:18 161:6 162:17 168:17 236:11 293:12 311:6
carcinogens 52:19, 22 63:13 102:19, 21 105:4 115:19 224:22 280:21 324:20 325:9 337:17 343:16, 19

Confidential Information - Subject to Protective Order

cardiac 117:*13* 315:*15*
cardiology 50:*1* 263:*11*
cardiovascular 107:*15* 109:*19* 111:*17* 112:*9* 127:*23* 366:*1*
care 174:*1* 315:*14*
cared 380:*8*
career 49:*9, 20* 54:*3* 66:*1* 114:*17* 142:*8* 334:*9* 365:*17*
carefully 388:*4*
carried 20:*20* 244:*24*
carries 64:*3*
carry 174:*12*
carrying 36:*3*
case 12:*16* 69:*7* 75:*9* 97:*1* 142:*23* 147:*19* 161:*10* 188:*17* 189:*5* 194:*9* 204:*19, 23* 227:*23* 261:*15* 267:*14* 269:*22, 23* 274:*10* 283:*7* 289:*21* 290:*19* 302:*2* 306:*17* 308:*3* 331:*18* 333:*4* 357:*3*
CASES 1:*6* 22:*23* 36:*8* 84:*15* 156:*24* 162:*17* 172:*14, 15* 295:*1, 2* 364:*23* 366:*18* 367:*22*
catalyze 244:*7*
category 56:*3, 5* 357:*9*

causation 70:*13, 20* 352:*7*
cause 18:*24* 21:*8, 20* 22:*3, 10, 22* 41:*15, 19* 78:*16* 130:*17* 137:*11* 160:*19* 162:*16* 167:*9, 13* 168:*22* 201:*6* 208:*22, 23* 216:*8* 221:*6* 222:*23* 248:*5* 251:*7* 256:*5, 15* 266:*13* 270:*10* 271:*7, 8* 273:*3* 289:*6* 292:*1* 297:*19, 21* 304:*16, 17* 305:*16, 21* 306:*1, 5, 11, 15* 316:*14* 318:*12* 319:*18* 326:*23* 328:*2, 16* 330:*24* 334:*1* 336:*20* 338:*9* 340:*3* 363:*3* 367:*10, 14* 368:*6* 369:*3*
caused 135:*17* 140:*11* 220:*23* 251:*15* 304:*22*
causes 79:*12* 81:*8, 9, 18* 82:*23* 252:*21* 255:*8* 268:*7* 287:*24* 345:*14*
causing 24:*22* 41:*12* 80:*15* 84:*5* 216:*12* 255:*23* 271:*12* 274:*22* 305:*7* 339:*4*

CBER 278:*4, 13*
CDER 278:*4, 12*
cells 53:*10* 225:*3*
Cellular 7:*22*
Center 4:*3* 278:*8, 9*
centered 130:*13*
centers 50:*2* 113:*12*
Centre 5:*9*
certain 64:*3* 83:*14* 92:*12* 178:*16* 206:*16*
certainly 49:*21* 50:*11* 85:*13* 380:*23*
certainty 135:*16* 140:*10*
CERTIFICATE 387:*2*
certification 387:*18*
Certified 1:*16* 387:*13, 14*
CERTIFY 387:*5* 390:*5*
certifying 387:*22*
chair 50:*18*
chaired 114:*22*
chance 210:*18* 241:*17*
change 104:*17, 24* 130:*4* 262:*1, 3* 265:*5* 267:*16* 289:*9* 314:*10* 347:*9* 348:*4* 389:*4*
changed 14:*23* 140:*17* 238:*12* 308:*9*
changes 30:*18* 32:*7* 68:*3* 175:*9* 388:*11* 390:*10*
chapters 126:*7*

characterize 15:*13* 128:*15* 188:*7*
characterized 99:*10* 212:*7*
Characterizing 215:*9*
chart 334:*11, 17*
Chemical 8:*12* 127:*20* 150:*4* 163:*3* 196:*5* 215:*12* 328:*15*
chemically 157:*20* 364:*10*
chemicals 326:*22* 330:*23* 331:*15*
cherry-picked 354:*17*
Chicago 5:*20*
child 368:*11*
cholesterol 376:*12*
chose 282:*7* 301:*8* 311:*11, 15* 342:*19*
cimetidine 191:*18*
Cincinnati 50:*22* 51:*20* 52:*6*
CIPRIANI 5:*13*
circulates 363:*22*
circulation 148:*24* 152:*22* 170:*7* 176:*3, 19* 358:*15* 360:*7*
circumstances 113:*9*
citation 26:*2* 293:*7, 8, 9* 321:*1, 6* 330:*2* 369:*9, 22* 370:*2, 11, 22, 24*

citations 87:*22* 324:*23* 327:*1, 4* 329:*24*
cite 318:*15* 330:*12*
cited 224:*6* 323:*10*
citing 322:*6*
claim 135:*15* 139:*10* 140:*9* 170:*21* 202:*13* 345:*15*
claiming 127:*7* 271:*9*
claims 140:*15*
clarification 64:*20* 239:*23*
clarify 193:*9* 278:*12* 372:*10*
clarithromycin 191:*20*
class 52:*3*
classic 365:*3*
classification 252:*10*
clean 63:*13*
cleanly 357:*22*
clear 29:*2, 6* 79:*2* 189:*7* 210:*9* 223:*7* 258:*8* 295:*1, 3* 320:*6* 341:*20* 361:*24* 381:*4*
clearance 187:*11* 190:*24* 191:*5, 6, 8* 225:*17* 258:*4* 358:*9, 11* 365:*12*
cleared 245:*6*
clearly 77:*1* 131:*3* 181:*23* 353:*22*
client 49:*6*
clinical 49:*23* 66:*3, 7, 21* 72:*19* 73:*7* 96:*20* 142:*13*

Confidential Information - Subject to Protective Order

143:7  357:13
365:8  367:8
**clinician**
124:19
**close**  122:6
184:2  275:4
298:23  367:11
**closely**  120:4
**closer**  118:18,
20  300:10
**closest**  131:24
297:3  298:17
300:6, 14
301:13
**co-administered**
130:19
**COAN**  5:3
**COLEEN**  4:10
**colitis**  187:23
**collaboration**
126:13
**collection**
293:18
**College**  2:4
50:17
**colon**  187:21
188:3  242:4
**colorectal**
381:22
**column**  34:24
46:3
**Colworth**
199:9
**come**  25:15
92:23  110:5
167:22
288:23
319:14
350:12
356:11  357:5
371:1  382:4
**comes**  23:4
26:18  160:18
299:22  302:9
**comfortable**
269:3  291:11
**coming**  84:21
213:14  227:22
**comment**
76:16  81:2

129:10
137:24  199:2
228:12  312:16
**commented**
80:13  228:7
319:20
**comments**
106:14  245:14
**commission**
390:21
**committee**
50:19  114:21
**committees**
114:16, 19
**common**
52:15  56:12

**communication**
43:17
**communications**  43:7  98:5
**communities**
264:6
**companies**
54:6, 18  55:3,
7, 16, 20
58:17, 22
110:2  157:18
354:7, 11
**company**
54:20  110:12,
23  111:1, 7
158:23
283:23
349:17
350:22
351:20  352:18
**company's**
45:21
**comparable**
274:14
275:13, 15
**comparative**
263:19  266:3
**compare**
170:18, 24
177:1  302:8
**compared**
20:24  126:7
162:18

171:10  366:3
367:16
**compares**
214:14
**comparing**
41:4  182:4
198:4
**comparison**
130:5  207:21
275:6  382:9
**compete**
130:20
**competition**
116:12
**complete**
111:14
321:14  360:9
**completed**
141:21
**completely**
18:10  63:12
149:11
151:12
178:21
180:10
351:17
361:24  363:14
**completion**
387:8
**complicated**
180:17
190:13  269:8
316:20  376:8
**complications**
75:15
**component**
52:14  53:9
**components**
151:13  205:22
**Compound**
14:13  149:8
176:16
207:11
247:14  333:3
**compounds**
22:4  67:14
127:18  128:4
130:19  196:5,
7

**computer**
69:2  82:15
286:24
**concentrations**
170:4
**concept**
315:18
340:18  382:10
**concepts**  102:1
**concern**
342:21
**concerned**
40:17  41:1
**concerns**
18:15  340:16
341:12
**Concise**  8:11
**conclude**
284:10
**concluded**
339:7  386:4
**conclusion**
23:4  79:18,
23  81:17
137:2  139:18,
20  196:19
199:1  238:20
250:1  253:14
259:9  301:8
330:20
**conclusions**
106:15
167:22
183:24
276:19  289:9
304:13  342:10
**conditioner**
53:16
**conditions**
238:12
**conduct**  97:21
**conducted**
126:12  366:20
**conducting**
66:21  124:22
**conducts**
144:14
**confidence**
79:15
**confident**
79:11  266:11

**CONFIDENTIAL**  1:6
**confine**  137:7
**conflicting**
253:7
**connected**
364:10
**connection**
34:17  273:8
287:2  353:15
**consent**  65:19
66:2, 9, 16, 18
72:10, 12, 16,
20  73:3, 6, 21
74:1, 7
**conservative**
281:13
**consider**
32:21  38:10
57:22  58:5
75:12, 16
76:20  78:3
86:14  87:3,
21  103:11, 15
133:22  134:1
135:21, 23
140:4  161:8
162:21
171:24  183:4
194:8, 23
196:10
213:13
227:24  228:8
229:23  274:8
276:8  292:16
304:16  308:2
316:8, 11
317:8  331:16
**consideration**
58:12  93:9
**Considered**
7:19  36:24
38:16  86:5
87:6  89:4
90:2  92:22
99:16  100:2
106:5  121:4,
11  128:19
134:6, 9, 12
137:19
155:24

Confidential Information – Subject to Protective Order

162:*11*  165:*7*
233:*22*
276:*11*  280:*6*
282:*24*
304:*15*
306:*23*
307:*18, 22*
308:*14, 19, 23*
310:*7*  311:*2*
**considering**
76:*12*
**considers**
205:*13, 18*
**consistency**
79:*16*
**consistent**
84:*10*  196:*21*
207:*9*  270:*11*
299:*17*
366:*12*  368:*17*
**consistently**
251:*14*
**constituents**
31:*22*  149:*12*
150:*11*
**constructed**
369:*14*
**consult**  114:*8*
371:*18*
**consume**
206:*16*  327:*13*
**consumed**
384:*13*
**contact**  43:*8*
**contacted**
42:*24*
**contain**  67:*2*
122:*23*  135:*18*
**contained**
15:*18*  38:*17*
167:*23*  238:*6*
306:*11, 17*
**containing**
20:*23*  59:*14*
140:*12*  183:*15*
**contains**  60:*6*
66:*24*  360:*13*
**contaminated**
14:*9*  17:*8*
56:*16*  57:*3, 7,*

17  58:*6*
193:*3*  384:*14*
**contamination**
17:*15*  35:*5*
279:*5*
**Cont'd**  3:*1*
4:*1*  5:*1*  6:*1*
8:*2*
**contending**
178:*20*
**contention**
179:*19*  330:*4*
**contentions**
319:*24*
**context**  72:*18*
74:*9*  114:*6*
129:*22*
211:*13, 14*
219:*17*
224:*19*
225:*10*
244:*12*
245:*13*
319:*20*  320:*4*
356:*6*  362:*14*
**continue**  157:*8*
**continued**
157:*2*
**continues**
294:*7, 12*
**continuing**
50:*8*
**contract**
116:*4, 8*
124:*13*
**contracted**
173:*5*
**contracts**
116:*3*  124:*8*
**Control**  8:*6, 7*
15:*4*  28:*23*
244:*19*
275:*24*
282:*21*  287:*2*
387:*21*
**conversion**
25:*17*  268:*5*
272:*13*
**conversions**
262:*10*  286:*9*
312:*14*

**convert**  27:*6*
95:*5*  97:*10*
132:*11, 13*
**converting**
133:*24*
**convinced**
199:*21*  206:*8*
**copy**  19:*19*
**corner**  45:*19*
**cornerstone**
72:*1, 7*
**corporate**
69:*23*  70:*5*
**Corporation**
4:*24*
**correct**  13:*18,*
*19*  14:*18*
25:*7, 8*  26:*16*
27:*24*  28:*1,*
*21*  29:*11*
31:*18, 19*
32:*22*  33:*1, 8*
35:*6, 9*  37:*4,*
*5*  42:*1*  57:*17,*
*20, 24*  58:*1*
60:*20*  67:*12*
78:*4, 5*  93:*19*
101:*15, 16*
105:*5*  107:*8*
110:*18*  111:*1,*
*2*  119:*14*
124:*23*  136:*2,*
*3*  141:*4, 5, 8*
142:*20*
143:*15*
145:*14*
152:*14*
154:*13, 20, 21*
155:*7*  156:*10*
171:*7*  172:*11*
174:*9*  179:*13*
183:*7*  189:*9*
193:*4*  194:*10,*
*23, 24*  195:*5*
196:*15*
199:*17, 23*
207:*17*
213:*17, 18*
214:*3*  216:*21*
217:*15*  220:*4,*
*8, 12*  221:*19*

222:*9, 12*
223:*11, 18*
225:*6*  226:*3,*
*20*  227:*6*
237:*10*
239:*20*  248:*2,*
*24*  250:*24*
251:*19*
256:*10*
258:*10*  259:*5,*
*15*  260:*18*
261:*4*  263:*18*
267:*24*
268:*22*
269:*18*  270:*3,*
*8, 22*  271:*17*
273:*16*
274:*18*
277:*23, 24*
278:*11*
279:*24*  280:*1*
288:*7, 18, 19*
289:*2*  290:*8,*
*11*  292:*9*
293:*3*  294:*3,*
*4, 13, 14*
300:*17*  301:*3,*
*15*  302:*10*
303:*6*  304:*17*
306:*12, 19*
314:*19*
316:*14*  319:*1*
320:*8, 9, 17*
321:*9, 10*
326:*5*  327:*1,*
*2*  328:*6, 7, 12*
331:*18*
336:*21*
337:*22*  338:*3*
343:*23*  354:*8,*
*13*  369:*10*
370:*11*
372:*14, 23*
378:*11*
383:*15*
384:*15*  385:*3,*
*6, 10*  390:*7*
**corrections**
388:*5, 7*
390:*10*

**correlated**
305:*3*
**correspond**
138:*5*
**corresponds**
331:*6*
**co-sign**  356:*12*
**co-signature**
356:*16*
**counsel**  10:*23*
38:*1*  61:*10*
92:*3, 4, 8*
93:*8*  98:*6*
119:*18*
134:*16*
138:*23*  371:*6,*
*7*
**counter**  309:*1,*
*5*
**countries**
349:*7*  350:*1*
351:*1*
**country**
348:*21*
**couple**  12:*12*
55:*14*  211:*15*
245:*10*
260:*14*  308:*1*
326:*24*
355:*11*  360:*5*
371:*21*
**course**  100:*15*
365:*20*
**courses**  66:*20*
**COURT**  1:*1*
10:*15*  11:*1*
13:*5*  231:*5*
388:*20*
**cover**  370:*14*
**covers**  383:*23*
**Covid**  50:*11*
55:*18*
**create**  207:*23*
**creating**
155:*15*
**credentials**
141:*15*
**credibility**
147:*6, 11*
**credible**  321:*9*

Confidential Information - Subject to Protective Order

credibly 135:*14* 139:*10*

critical 173:*12*

critique 79:*6* 86:*22* 87:*7* 90:*12*

critiquing 86:*15, 24* 87:*2*

Crohn's 187:*24*

crossed 209:*20*

Crotty 6:*10*

CULBERTSON 5:*1*

current 141:*12*

currently 50:*3* 52:*1*

Curriculum 7:*19*

curve 128:*14, 16* 177:*3*

customer 49:*6*

cut 51:*11* 62:*5* 81:*4* 84:*12* 150:*7*

CV 86:*4, 15, 19, 20, 22* 87:*1* 126:*22* 141:*7* 146:*4* 164:*5*

CVS 4:*23* 86:*6*

cwhill@duane morris.com 4:*12*

cytochrome 127:*22* 128:*1* 181:*2* 320:*22* 360:*18* 374:*3* 375:*12* 376:*10*

< D >

D.C 3:*15*

daily 24:*3* 66:*9* 113:*3* 125:*9* 258:*1* 363:*17*

DALIMONTE 2:*14*

DANIEL 2:*9* 91:*8*

data 16:*2* 18:*11, 15, 16, 18* 22:*2, 18* 25:*18, 19* 37:*7, 10* 39:*1* 40:*6* 41:*5* 42:*14, 18* 68:*5* 75:*4* 78:*4, 9* 79:*10, 14, 17, 21* 81:*3, 15* 96:*12, 20, 24* 124:*5* 131:*22* 136:*7* 140:*16, 20* 172:*23* 185:*18* 193:*15, 21* 196:*21* 202:*23* 204:*6, 14, 16* 233:*6* 235:*12* 238:*18* 252:*17, 19, 20* 253:*6* 272:*22* 292:*11, 13, 17* 296:*18, 20, 22* 297:*8, 10, 12* 298:*2* 299:*15, 22, 24* 302:*16, 20, 21, 22* 304:*5, 15* 311:*4* 327:*24* 329:*16* 330:*3, 19, 22* 331:*3* 332:*12* 338:*4* 339:*5, 6, 20* 340:*2* 346:*3, 22* 351:*21* 352:*11, 19* 357:*12* 366:*17, 18* 368:*13* 369:*16, 22, 24* 370:*3, 4, 8* 371:*5* 380:*2, 4, 15* 381:*3* 382:*4* 384:*19* 385:*7, 10*

database 293:*13, 15*

databases 293:*19*

date 1:*15* 10:*7* 44:*4* 279:*11* 388:*9* 390:*16*

dated 307:*19* 387:*15*

DAVIS 3:*8*

day 146:*20* 197:*19* 206:*17* 250:*11* 256:*21* 257:*11* 363:*7* 371:*12, 13* 390:*20*

days 52:*15* 308:*1* 371:*15* 388:*16*

day-to-day 93:*12*

dead 212:*7*

deal 132:*10* 142:*19*

dealing 226:*8* 264:*14*

decades 111:*23* 262:*23* 264:*10*

decent 81:*24*

decide 74:*18* 100:*12* 262:*16* 283:*18*

decided 90:*20* 91:*23* 289:*18* 354:*12*

decimal 336:*14*

decision 106:*8*

decisionmaking 72:*8* 73:*16, 18* 74:*6, 13, 24* 75:*13* 109:*18*

decisions 69:*22* 158:*23*

decline 242:*2*

decrease 186:*18*

deemed 388:*19*

deeper 181:*16*

Defendant 5:*5, 11, 21* 43:*2, 3* 47:*11, 19*

Defendants 3:*21* 4:*6, 17* 5:*16* 6:*5* 43:*16, 19* 44:*3* 59:*3, 10* 71:*4*

defending 283:*23*

defense 12:*20, 21* 13:*7, 13, 18* 37:*9, 24* 61:*10* 64:*12* 138:*23* 346:*10* 373:*20* 374:*1*

defer 68:*13* 113:*4* 214:*16* 217:*14, 19* 218:*3* 221:*17* 222:*3, 7, 22* 223:*10, 17* 300:*16* 301:*2, 6, 7, 14, 21* 302:*4*

defibrillation 117:*15*

define 185:*13* 190:*11* 209:*7* 210:*24* 216:*11, 24* 222:*14* 246:*16* 315:*7*

defined 128:*22* 211:*14, 16, 18*

defining 211:*20* 213:*20*

definitely 80:*15* 260:*17* 261:*3*

definition 65:*5* 128:*11* 185:*16, 20* 217:*16, 20* 218:*13*

246:*19, 20* 326:*9*

degree 48:*21, 22* 135:*15* 140:*9*

degrees 48:*19*

delivered 247:*18*

demonstrated 131:*3* 252:*8* 275:*17* 337:*3*

denote 45:*14*

Department 278:*6, 18*

depend 39:*6* 77:*23* 155:*13* 192:*5* 229:*22*

depended 87:*15*

dependency 157:*14*

dependent 191:*8* 248:*16* 365:*13*

depending 36:*2* 51:*21* 122:*15* 123:*9, 10* 149:*16* 224:*23* 295:*5*

depends 39:*11* 77:*15* 117:*23* 119:*23* 132:*18* 150:*13* 155:*10, 11* 158:*7, 18* 159:*11* 175:*5* 176:*15* 187:*10* 191:*6* 211:*4* 215:*16* 245:*23* 246:*6, 11* 248:*12* 249:*7* 257:*9* 297:*10* 309:*9* 383:*18*

deponent 10:*17* 390:*2*

deposing 388:*16*

Confidential Information - Subject to Protective Order

deposition
1:*13*  9:2
10:*10, 20*
11:22  12:*1,
23*  82:*19*
90:*24*  101:*10*
261:*16, 23*
371:8  372:*1*
386:*4*  387:*6,
8, 9*  388:*3, 13,
17, 19*

depositions
12:*11, 13*
91:*14, 24*
92:*12*  129:9
deps@golkow.c
om  1:*21*

derive  87:*17*
314:2

derived  312:*3*

describe
130:*23*  201:*1*
209:7  271:*24*

described
164:6  189:*14*
241:*19*

describes
200:*17*

DESCRIPTIO
N  7:*16*  8:5

descriptor
170:*16*  224:*11*

designated
16:*11*  19:7
70:*12, 22*

designation
80:*17*  104:*8,
18*

despite  176:*3*

detail  146:*24*
203:*13*

detailed  88:*11*

details  141:*16*
142:*16*  146:*3*
158:*16*  161:*5*

detect  340:7
341:*13*  342:*3*

detectable
247:*23*

detection  36:9

determination
16:*3*  39:*18*
380:*15*

determine
92:9  167:*12*
175:*19, 22*
176:*21*
180:*21*
358:*21*
359:*18*  362:*12*

determined
92:*4*

determining
131:*10*  173:*13*

detoxify  376:5

detoxifying
374:7, *11*

developed
156:*22*  158:*8*
198:6  311:*3*

developing
15:9, *21*  16:7
18:7  19:*4*
22:*13*  23:9
53:*13*  69:*12*
206:*18, 20*
345:*23*

development
75:*17*  156:*2*
157:2  158:*4,
17*  383:*10*

devote  51:*17*

devoted  142:7

Diaz  6:8  10:*4*

diet  229:*11*
237:*3*  250:*4,
11*  251:*4, 7*
252:*3, 14, 21*
254:*19*
255:*15*
256:*20*  260:6

dietary  79:*1*
251:*3, 12, 16*
255:8, *23*
259:*14*
261:*20*  369:*18*

differ  104:7

difference
32:2  51:9
170:*12*

differences
56:2  181:*1*

different
35:*24*  36:*1, 4*
63:*20*  74:7
80:*17*  83:*23*
84:7  90:*3*
97:*3*  102:*14*
109:22
116:*15*
123:*14, 17*
128:*16*
155:*21, 22*
166:*23*
173:*19*
189:*23*
191:*12*  198:9
211:*15, 20*
252:*10*
273:*12, 19, 21*
274:2, *24*
275:*11*  283:7,
*12, 17, 19, 20*
364:*23*

differential
132:5

differently
215:5

differing  83:*22*

difficult  201:7
362:*17*

difficulties
286:*17*

Diovan  62:*3,
13, 17*

direct  199:5
354:*18*  387:*21*

directed
140:*24*  141:*3*

Direction  9:5
98:22

directly  43:8
149:*20*  360:*21*

disagree
104:*10*  195:*1*
196:*14, 17*
201:*21*  202:*3*
277:2

disagreed
94:*10, 19*
276:*17*

disagreeing
139:*12*  204:*8,
14*  276:*13, 23*

disagreements
93:22

disclose  73:8
111:*4*  346:*21*
351:*21*  352:*18*

disclosed  12:8

disconnected
288:5

discount
297:*14, 17*
334:5

discounted
299:*23*

discuss  66:*17*
304:2  352:8

discussed
122:2

discussing
383:22

discussion
79:*15*  134:*20*

disease
158:*19*  159:*3*
187:*24*  201:6

dispensing
71:*18*

dispute  202:*24*

disrupts
287:*24*

dissolution
373:*3*

dissolved
151:*12*  364:5

distributed
130:*24*

distribution
47:*21*  76:*14*
95:*23*  98:8
99:2  117:5
129:*11, 14*
161:*13*
166:*18*  247:*16*

DISTRICT
1:*1*  10:*15*

divided  333:9

DNA  8:*6, 12*
118:22, *23*
119:7, *12*

156:*4, 9, 10*
218:7, *21*
219:*10*  224:*3,
17*  244:8
275:*24*  326:4
330:*24*  335:*1*

dnigh@levinla
w.com  2:*12*

Doctor  11:*12*
21:*19*  25:*13*
27:5  29:*11*
42:*21*  45:*15*
46:*17*  48:*19*
64:2, *22*  70:7
72:*12*  77:5
82:*14, 23*
84:*12, 20*
85:9  101:*17*
105:*24*
126:*21*
135:*10, 21*
141:*21*
148:*16*
184:*11*
185:*11*  195:*1,
10*  196:*11*
254:*17*
256:*18*
257:*17*  262:9
270:*17*
280:*20*
282:*20*  286:*5,
11*  287:*16*
294:*19, 21*
310:*22*
317:*22*  318:8
322:4  324:*17*
329:2  332:*14*
343:*13*
351:*10*
353:*14, 20, 23*
354:*16*  356:*3*
368:9  370:*21*
379:*12*

DOCUMENT
1:6  8:*12*
19:*15*  44:*13*
66:2  89:*11*
96:*24*  97:2
105:*17*
108:*11*

228:22  276:6
277:5, 9, 14
278:3, 17
280:3, 14
283:2, 5, 12,
15  285:7
286:2  293:10
306:21
307:12  309:1,
19  310:2
322:2  323:5
**Documents**
9:8  30:6
45:21  46:6
47:2, 11, 15,
19, 23  48:4, 7,
9  92:18, 21
93:6, 9, 10, 17,
19, 23  94:8,
21  95:3, 11
96:6, 19
98:13  101:11,
13  115:21
244:19  310:5
**dog**  117:12
177:11, 12
273:23
**dogs**  179:7, 11
274:5
**doing**  86:12
90:22  94:23
116:14  125:4
164:1  268:5,
17  280:20
286:9  288:16
341:15  350:7,
15  351:7
374:3  388:8
**dollars**  144:23
**dosage**  151:6,
10  157:13
187:5  262:10
305:14
**dose**  24:16
28:15  35:20
96:2  97:10,
12  123:9, 13,
20, 24  132:1
150:3  153:4,
6  154:2, 8, 11,
15, 16, 18

161:19
162:15  166:8
169:4, 14
170:6, 19
171:1  173:13,
23  175:6, 8
176:13  177:1
178:8, 15
179:15
180:20  181:6
182:5, 7, 18
186:19
187:12  188:5
195:4  196:13,
19  197:23
198:9  204:24
205:1  207:20,
24  208:2, 3,
15, 17, 21, 24
209:6, 8
211:24  212:4
213:4  214:19
215:15, 18
216:2, 5, 11,
16, 18  222:8,
22  223:8
224:23
225:15  227:5
229:22
242:16
245:24
246:12, 15, 19
247:12
248:21, 22
249:17
256:14
267:11  270:7,
9  271:7, 8
273:2  274:19,
24  284:4
287:23  289:5,
17, 20, 22
290:7  291:3
296:17  304:6,
12, 23  305:2,
14, 16  306:1,
4, 7, 10, 15
318:12, 24
319:17, 22, 24
324:22
325:11  335:3

340:9  341:2
358:18  360:8
361:24
362:15  363:1
366:15
367:10, 13, 18
368:5, 15, 19
383:19  384:7
**dosed**  272:15
315:22, 23
316:1
**dose-response**
99:2  114:4
128:14, 16
129:12  137:6
139:22
161:13, 15
164:16, 20
165:9  166:20
195:3  196:13
197:21
198:22  199:3
204:22
209:21
210:14  211:1,
3, 13  214:12
215:4, 10
296:16  310:20
**doses**  104:22
127:15
128:15  137:8
154:3, 9
168:5, 9
177:16  180:3,
6, 7  182:20,
23  183:4, 13,
17  184:1
188:9  197:17
198:8  199:5,
12, 21  200:18,
21  201:10
202:5, 6, 8
205:7  207:10
210:6  226:9
229:24
230:10  233:8
234:5  235:18,
21  236:1, 3, 7
237:20
244:14  245:1
246:2, 3

297:18, 19, 20
304:10  305:7
328:1  336:22
337:1  339:19
340:2, 7
341:14  342:4
344:3  363:18
364:22  383:21
**double-check**
308:17
**doubting**
333:23
**downstream**
175:23
178:22
220:17  363:3,
13  367:2
384:8
**dozen**  58:20
100:20
**dozens**  302:2
**Dr**  10:17
14:7  20:8
88:21  141:7,
14, 20  142:2,
7, 11  143:24
145:18
146:19  147:5,
16  148:9
294:8, 13
318:10, 14, 18,
19  319:6
320:7  322:21
356:3
**drafting**
147:18
**drains**  373:18
**dramatically**
364:23
**draw**  79:22
81:17  137:2
139:18
200:15
202:12  259:9
**drawing**
139:13
241:15  250:1
**drew**  139:20
276:19
**drink**  234:23

**drinking**  193:2
**drinks**  234:11
**Drive**  3:19
**drug**  12:16
14:24  15:2
41:9  52:12
63:3, 4  68:17
69:3  73:12
98:20  99:2
102:3, 13
111:17  112:7,
8  113:24
114:6  116:19
117:4, 22
118:1, 5, 9, 19
120:3, 9
123:21
125:19, 20
126:9, 10, 18,
19  127:23, 24
128:22
129:10, 11, 23
130:6, 13, 14,
16, 18  148:22
149:17  150:4,
14, 16, 18
151:18  156:4,
22  157:2, 7,
10, 15, 20
158:4, 7, 17,
23  159:23
160:10, 11, 12
161:13, 15, 19
162:15  163:2
166:18
170:20  171:2
172:2, 8
175:7  176:16
178:14  182:2,
10  187:20
188:18, 20
191:7  192:20
215:12  217:6
238:11
242:21
247:14  249:5
265:22  266:1,
6  278:8
291:23
349:14
356:17  357:9

Confidential Information - Subject to Protective Order

358:*3, 12, 20*
359:*9, 11*
362:*1* 363:*9,*
*10, 13, 15, 19*
364:*19* 365:2
366:*14* 374:9
378:2
**Drugs** 8:*9*
22:*3* 52:*13,*
*18, 20, 21*
53:*1* 75:6
76:22 93:*14*
107:*15, 17*
109:*19* 112:9
125:7 127:*19*
150:*10, 15*
160:*10, 15*
171:*23* 187:*9,*
*23* 188:*1*
191:*12, 20*
192:*7, 19*
193:*17*
215:*17, 20*
234:2 282:22
315:*16, 22*
343:*18, 20*
344:*19* 356:*5,*
*20* 357:*4, 13,*
*17* 358:*8, 9,*
*10, 17* 360:*16,*
*19* 364:22
365:*19* 366:*1,*
*8* 378:*16*
380:5
**DUANE** 4:*8,*
*14*
**due** 137:*9*
**duly** 11:6
387:5
**dysfunction**
75:9
**DZIKOWSKI**
*3:18*
**Dzikowskik@gt**
**law.com** 3:*20*

**< E >**
**earlier** 43:*17*
99:*23* 110:*15*
138:*1* 156:8
164:4 169:6

185:*12*
230:24
231:*13* 288:*5,*
*21* 294:*6, 12*
296:24 315:*1*
317:*21* 330:*5*
352:*5* 357:*21*
361:*17*
366:22
377:*20*
382:*13, 22*
**earliest** 117:2
**early** 43:*7, 23*
48:*3* 54:*23*
**easier** 85:*17*
247:*10*
268:*17* 269:*5,*
*11* 359:*21*
382:*7, 10*
**eastern** 386:*5*
**easy** 268:*19*
**eating** 253:*17*
**editor** 106:2,
*6, 7, 16, 20*
107:*1, 4, 11*
142:*11* 143:*12*
**educator**
124:*19*
**effect** 131:7
168:*11*
173:*24* 188:2
205:2, *3, 4, 7,*
*15* 207:7
209:6, *8*
220:*17*
234:*16*
235:*18* 245:7
316:*3* 357:7
359:*24*
363:24 365:*8*
378:5
**effective**
366:*16*
**effectively**
245:6
**effectiveness**
14:*23* 15:2
17:2
**Effects** 8:*12*
234:*1* 303:*12*
359:*10* 366:*16*

**efficacy**
107:*19*
109:*17* 111:*15*
**efficiency**
234:*9, 20*
**efficient** 365:*1*
381:22
**efficiently**
236:*19*
**eight** 52:7
56:6, *14*
57:*14* 101:*9*
**either** 43:22
46:*23* 63:*3*
78:*24* 106:*19*
109:6 121:*23*
126:6 145:*11*
162:*16*
190:*19*
233:*17* 303:*5*
327:*4* 335:22
362:22
**ejection**
334:*14*
**Elana** 6:*17*
**eliminated**
131:*1*
**elimination**
131:8 364:*12*
**employee**
91:*12, 19*
**emptying**
232:*21, 24*
233:*1* 238:7
**ended** 90:7
**endless** 157:*18*
**endogenous**
153:*15* 376:*11*
**engineered**
42:*1*
**enhance**
233:*14*
**enrolling**
72:*19*
**enters** 358:*14*
**entire** 34:4
35:*19* 70:*10,*
*24* 142:8
212:*11* 242:*5*
276:*5* 283:*4,*

*10* 310:*21*
331:6
**entirely** 320:*1*
**environment**
356:*10*
**environmental**
78:*24* 153:*17*
369:*18* 374:*14*
**enzyme**
121:*24*
122:*15*
155:*14* 181:2
**enzymes**
240:*16* 375:6
**epidemiology**
78:22 81:*19*
104:*14*
120:*15* 369:*14*
**eprosartan**
56:*11*
**equal** 88:*9*
**equating**
197:*18*
**equipped**
217:*11*
**equivalence**
132:2
**equivalent**
96:2 97:*11*
131:*14*
**era** 202:*16*
204:*17*
**errata** 388:*6,*
*9, 12, 15*
390:*12*
**error** 258:*5*
370:24
**errors** 370:22
**erythromycin**
191:*19*
**escape** 233:*15*
**escaped** 103:*8*
**esophagus**
243:*23* 373:*1*
**ESQ** 2:*3, 4, 9,*
*14, 19* 3:*3, 7,*
*8, 14, 18* 4:*3,*
*10, 14, 21* 5:*3,*
*8, 13, 19* 6:*3,*
*15, 17*

**essentially**
102:2 176:*1*
205:*16* 225:2
**EST** 1:*15*
**establish** 41:*14*
**estimate**
100:*19*
295:*18*
335:*20, 23*
**ethical** 63:*24*
64:*3, 5, 23*
65:*3, 8* 71:*17*
77:*10*
**Etminan** 85:*24*
**evaluate** 98:7
167:*17* 305:*1*
316:*23* 317:*5*
327:*20*
357:*10* 380:*14*
**evaluated**
18:*3* 136:*11*
138:*8* 182:*20*
238:*5*
**evaluating**
42:*20* 47:*20*
76:*5* 102:6
160:*10*
166:*17* 364:*18*
**evaluation**
16:*21* 162:*23*
278:*9, 10*
365:*18* 367:9
**everybody**
176:*10*
**everyday**
68:22
**evidence**
20:*17* 36:*24*
80:*20* 197:*1*
198:8 199:*13*
299:22
304:*12*
329:*20* 332:9
334:*14*
338:*14*
367:*24* 368:*4*
**evolution**
373:*20, 24*
374:*1, 2, 8*
**evolve** 375:7

Confidential Information - Subject to Protective Order

evolved 115:12
127:18 374:6,
15, 21 375:14,
23 376:4, 17,
21 377:10
**exact** 35:18
58:23 79:22
166:16
209:11
273:14
279:11 336:8,
12 360:4
**exactly** 17:19
24:8 26:4
27:3 31:8
88:16 97:14
315:4
**EXAMINATIO
N** 11:9
355:24 370:18
**examined** 11:7
**example**
24:15 84:16
229:7, 8
288:20
291:14 329:9
365:3 378:1, 6
**examples**
149:11 315:9
364:21
**exceed** 254:18
255:14 259:1
275:1
**exceeded** 41:7
**exceeding**
149:22 154:3,
9 247:24
363:16
**exceeds**
247:12 358:18
**excess** 346:5
**excipients**
31:11 34:8
**exclude** 297:7,
22, 24 298:1
**exclusively**
320:23
**excreted**
151:1 240:8
241:18

**excuse** 176:24
197:4 286:12
**Excused** 386:3
**Exhibit** 19:16
20:1 44:8, 9,
10, 14 48:16
85:4 89:14
105:11, 14, 15,
18 228:23
277:15
280:11, 12
284:24 285:8
307:13
321:23 323:6
**exhibits** 86:3
89:9 91:1
101:9, 10
**exist** 305:18
**existed** 305:17
**expand** 30:12
**expanding**
96:11
**expect** 26:8
150:21
152:13, 21
273:14
274:16
346:20 352:17
**expectation**
131:6
**expected**
18:23 51:23
61:19 172:3
232:21
**expecting**
354:23
**experience**
72:17 106:24
116:24 315:2
318:16
365:21
378:10 379:5
**experienced**
321:11
**experimental**
73:13 311:4
**Expert** 7:17
12:17 13:17,
20 19:12
24:3 25:4
34:20 44:10

53:23 71:9,
11 78:17
84:22 85:4,
10 87:9 88:4,
15 89:3
94:19 101:8
105:11 113:5
129:9 135:6
141:1 169:18
212:11 219:5
226:12
228:13
229:16 230:4
232:1 246:23
295:15, 21
299:7 306:12,
18 318:5
319:7 320:11
322:7, 22
330:6 352:12
379:20 383:22
**expertise**
98:19 106:24
**experts** 70:16
79:10 86:15
87:22 90:13
140:5 195:2
196:12
202:22 235:9
**expires** 390:21
**explain** 30:19
52:9 98:1
108:17
126:24
148:19
150:12
167:20
176:20 191:2
204:21 211:6
219:14 262:9
271:4 289:15
332:1 342:19
357:22
361:18, 20
364:7
**explained**
281:8 364:3
**explore** 14:3
71:7
**exploring**
16:16

**exponential**
210:19
**exposed** 83:2
103:17 123:6
250:4, 10, 23
360:15 372:5,
11 374:13
375:2
**exposure** 24:4,
19 35:16, 24
36:12 78:4
95:5, 6
120:14 137:3
153:18
205:14
208:21
213:16 258:6
311:3 331:8
**exposures**
258:1 369:18
374:22
**express** 18:14
**expressed**
16:23 150:2
170:9 340:17
368:19
**extensive**
365:7
**extensively**
20:18
**extent** 378:18
**external**
144:15
**extrahepatic**
182:9
**extrapolate**
22:18 166:10
272:18 284:5
340:8 368:14
**extrapolated**
270:13
**extrapolating**
18:15 24:18
272:21 367:19
**extrapolation**
18:12 24:14
131:22
163:14
168:13 271:19
**extrapolations**

165:14

**< F >**
**fact** 58:5
128:3 193:23
213:13 291:8
326:15
334:24 348:5,
7, 8
**factor** 60:18
272:14
**factored** 60:15
**factors** 133:13,
23 134:2
155:23 159:1
181:13
227:10, 24
367:1
**faculty** 50:21
124:19
**fail** 388:18
**failure** 15:5
334:12, 13, 15
356:23
**fair** 13:9
107:7, 8
116:22 245:12
**fairly** 178:16
270:11
360:17 368:17
**FALANGA**
4:1
**FALKENBER
G** 5:17
**familiar** 144:8
145:4 148:16
277:3
**far** 56:12
119:10
122:20
139:24 148:6
154:3, 8
341:10 351:5
**faster** 189:24
190:17
**fat** 233:7
**fatal** 159:20
**fax** 1:20
**FDA** 29:18
36:14, 24
42:9 77:2

Confidential Information - Subject to Protective Order

93:16  136:22
137:18  139:5
278:4, 5, 13,
14, 20  279:3
280:20
283:19  286:7
288:5  291:9,
14  346:22
347:2  351:23
352:10, 13, 19
353:24  354:8,
13
**FDA's**  25:18
26:15  27:1
29:23  37:14
39:5  41:3, 23
42:14  59:13
282:21
283:11
288:24  292:5
346:16  354:4
**February**
282:21
**feces**  240:8
241:18
**federal**  55:12
144:14
**feeding**
229:10  241:7
242:18, 19, 20
**feel**  90:9
345:22
**felt**  87:19
89:22
**female**  295:7
**field**  112:13
113:5  115:11
140:7  143:14
144:2  202:22
321:11
**Figueroa**  2:15
4:15
**figure**  26:10
41:18  327:12
**figures**  258:3
**file**  280:4
**files**  44:8
98:14
**fill**  66:13
**filled**  49:11

**filler**  32:14,
21  34:2  37:1
**filling**  49:2, 4,
9, 17  64:7
65:1, 10
**final**  31:1
32:3, 9  34:11
**finally**  257:19,
21
**find**  25:19, 20
26:1  84:17,
18  89:17
99:12  100:10
152:24  168:9
171:24  173:7
175:2  222:16
224:12
225:13
262:22  304:9
306:6  310:4
334:14  369:9
**fine**  71:16, 20
82:2  184:19,
22  243:18
284:19
309:14  355:4
**FIRM**  2:3
6:15  286:20
**first**  11:6
12:16  14:4, 6
47:3  54:19
71:23  75:1
101:18, 24
106:6  146:7
149:7  151:24
152:1, 5
169:22  219:5,
6  247:2
280:15  318:9
321:14  323:9
324:12  329:3
357:3  360:9,
19  373:8
**first-pass**
137:9  151:19
152:23  175:7
207:10
225:16  245:7
247:13, 24
275:1  358:1,
6, 19, 22

359:18
360:10
361:13, 22
365:1, 7, 12
378:3
**five**  12:10
51:6, 21
100:16  101:8
121:17
183:21  285:2
322:5
**fixed**  175:10
286:22
**flippant**
127:17
**Floor**  4:4  5:3,
9
**Florham**  3:19
**Florida**  2:11
**flow**  155:3
191:9
**flows**  31:12
**focus**  16:20
19:9  52:17
98:9  107:13,
14  112:6, 14
114:19
120:11, 20
125:16  146:9
166:24  169:2
213:22
283:20, 21, 22
284:2  298:7,
11, 13  304:8
319:23  327:6,
7  331:22
332:2  337:17
338:23, 24
**focused**  88:5
125:18
129:23
161:12
212:17  239:9,
10  261:20
316:7  317:13
321:17
**focuses**
106:12  301:1
**focusing**
217:6  306:3

**follow**  95:17
277:4, 10
**followed**
108:20
**Following**
65:14  219:18
**follows**  11:7
319:21
**food**  234:11,
22  278:7
343:17
**foregoing**
387:18  390:6
**foreign**  315:18
**Form**  14:13
15:11, 23
16:11  17:17
19:6  21:15,
23  22:15
24:6  26:20
29:20  31:5
32:24  33:19
35:8  37:12
38:4, 13, 23
39:15, 23
40:11, 20
42:3, 11
45:24  48:1,
11  56:19
57:9, 19  58:9
59:5, 23
60:10  61:4,
15  62:19
63:15  64:9
65:11, 23
67:4, 24
68:15  69:5,
14  72:14, 20
74:2, 4  75:20
76:8  77:13,
21  80:5
81:11  83:7,
20  88:1, 7
89:7  90:8, 16
92:7  94:14
95:8, 20  97:6
100:22
101:22
102:23  104:5
105:7  109:15
112:17  113:7,

22  114:10
115:15
118:15
119:16  124:3
125:1  127:5
129:3, 5, 21
130:8  131:17
132:14  133:6,
16  136:9, 17,
24  137:22
139:4, 16
143:18  144:4
145:23
146:12, 22
147:8, 21
148:5, 12
151:3, 6, 10
153:9, 24
157:14
158:12, 14
159:6, 18, 19
160:3, 21
161:17  162:2,
6  163:7
165:1, 23
166:6  167:15
168:2, 24
171:12
172:21
173:16  178:7
179:24  184:7
185:23  186:6,
13, 21  187:18
188:16  189:2,
4, 11, 21
190:22  192:3
193:7  194:17
195:6, 13
196:16  198:1,
18  200:1
202:1  203:11
204:3, 12
206:4, 11, 22
208:13
209:14, 24
212:14, 23
213:7  215:8
216:4  217:3,
22  218:9, 16,
24  220:6, 14
221:8, 21

Confidential Information - Subject to Protective Order

222:*11*  223:2,
*13*  225:8
226:*5, 22*
227:*14*
229:*18*  230:7,
*16*  231:*15*
232:*4, 12*
233:*19*
234:*14*  235:*1*
236:5, *14, 22*
237:*16*  239:7,
*16*  241:*12*
242:8  243:2
246:8  248:8
249:2, *15*
250:*13*  251:9,
*21*  252:6
253:3, *12, 22*
254:*23*
255:20
256:*12*  257:*1,
7*  258:*12*
259:7, *17*
260:20  261:6,
*18*  263:3
264:2, *17, 23*
265:*12*
266:*18*  267:5
269:20
270:*24*
271:*21*  277:7
279:7  280:*24*
281:*20*  282:*4,
14*  284:*1, 15*
288:9  290:*10*
291:7, *21*
292:*19*
294:*16*
298:*19*  299:2
300:3, *19*
301:*17, 23*
304:*19*
305:*10, 23*
309:8  313:*10,
19*  314:*12, 21*
316:*16*  317:*3,
11*  319:9
323:*23*
325:*14, 23*
326:7  327:*16*
328:9, *20*

330:*10, 12*
331:*20*
332:*18*
336:*24*
337:*24*  338:*1,
21*  339:*15*
340:*13*  342:7,
*15*  344:*1, 15,
24*  345:*11*
346:*13, 24*
348:*14*  350:*3,
17*  351:*4*
352:*1, 2*
358:*24*  361:8
365:22  367:6
373:*1, 8, 16*
374:*18*  376:2,
*19*  377:*23*
378:*13, 22*
379:8, *15*
380:*12, 22*
381:9, *16*
382:2  383:*4,
17*  384:2, *17*
385:5, *12*
390:*10*
**formation**
103:*17*  123:8
155:6  211:*17,
19*  265:*21*
**formations**
226:2, *19*
**formed**  17:*21*
162:*14*
244:*15*
261:*14*  337:6
**former**  67:9
**forming**  25:*4*
32:*19*  38:*11*
41:22  57:*23*
78:2  91:2
95:22  97:22
137:*19*  161:9
165:8  194:9
219:*21*
258:*20*  274:9
276:9  283:*14*
290:22
304:*14*
306:*16*  308:3

316:*10*  317:*1*
325:*12*  331:*17*
**formulate**
366:*11*
**Fort**  50:*10*
**forth**  106:*15*
**forward**
157:*23*  219:*24*
**found**  36:7,
*10*  56:*15*
83:3, *13*
100:*11*
103:*13, 24*
152:*19*  153:6,
*18*  158:3
164:7  165:*11*
207:*14*
214:*14*
243:22
276:*21*
297:*11*  321:8
328:*1*  331:3
332:7  344:5
**Foundation**
350:3
**four**  12:*10*
35:*15*  52:3
100:*16*  110:7
121:*17*  170:5
349:*16*  368:*18*
**fourth**  34:*23*
**FOWLER**
3:*14*
**Fowlerst@gtla
w.com**  3:*16*
**fraction**
229:*12*  334:*15*
**front**  336:*13*
343:*4*
**frozen**  46:*10,
12, 20*  62:8
**full**  36:22
247:2
**full-time**  50:7
**fully**  71:7
176:6  189:*18*
**function**
287:*24*
**fund**  147:*10*
294:8, *12*
**funded**  116:*21*

**funding**  116:6,
7, 9  144:*18*
145:*10, 15, 18*
146:7, *19*
147:*4*
**funds**  144:*15*
318:*21*
**funny**  119:*20*
**further**
150:*12*  207:9
241:*23*
254:*21*
255:*17*  256:9
310:*10*
354:*17*  369:6
385:*15*
**future**  345:*19*

**< G >**
**gastric**  232:*21,
23*  233:*1*
238:7  381:*21*
**Gateway**  4:*3*
**Gcoan@hinsha
wlaw.com**  5:5
**general**  70:*12*
96:*18*  109:*20*
112:*12*  199:2
324:*15, 19*
352:5
**generally**
235:22
**generate**
248:*15*
**generation**
218:22  311:7
312:5
**generic**  14:*8,
10*  15:7, *19*
16:6  17:*13*
23:13  58:*19*
60:6  63:3, *4,
6*  137:*17*
265:8, *20*
**genetic**  52:*11*
**genomics**  52:5
**genotoxic**
212:*12*
215:*12*
216:*11, 19*
217:*1*  315:*17,*

*20*  316:2
324:*19*  325:9
326:22
328:*15*
330:*23*
331:*15*
336:*19*
343:*15, 19*
377:*21*  378:9
379:*1, 4, 10*
**genotoxicity**
213:*21*  214:*1,
18*  215:*19*
216:*13*  217:9,
*17*  218:*14*
313:*23*  315:*13*
**genotoxin**
212:*21*  213:*4,
14*  214:2, *4*
215:6, *22*
216:*1*  218:6
313:*4, 5, 7*
314:5, *9, 18*
326:*4, 10*
334:*24*  379:*13*
**genotoxins**
315:3  378:*20*
**GEOFFREY**
5:*3*
**Georgia**  3:*10*
48:22
**germane**
86:*12*  87:*20*
182:22  331:22
**getting**  65:*17*
76:*10*  79:*14*
120:7, *9*
154:*13*
188:*14*
208:*10*
248:*23*
249:*10*
290:*15*
337:*21*
372:*13, 17, 23*
**GI**  242:5
244:*21*
**give**  13:6
19:*13*  21:*14*
22:*10*  36:6
54:*13*  61:*20*

Confidential Information - Subject to Protective Order

67:18  77:10
96:13  97:12
100:24  109:3,
24  110:5
113:19
123:13
128:14  136:5
150:6, 9
151:22
158:11
167:13  169:7
173:23
174:19
176:24  178:4,
15  179:14
180:12  181:6
182:2, 17
188:4, 10
203:13
226:24  275:2
287:22
289:18  290:7
296:6, 21
304:12  328:5
329:5  334:2,
18  335:20
338:16
344:20, 21
354:24
357:21  358:3
364:21  375:22
**given**  52:13
55:16  61:13
97:11  110:10,
22  131:12
170:6  171:1
177:17  180:3,
6  183:5
190:15  214:5
239:18  245:2
246:2  256:15
289:17
297:21
299:14  331:4
338:8  358:17
364:24  365:6
387:6  390:8
**gives**  282:1
289:22
**giving**  19:18
21:3  175:14,

17  187:20
210:12  226:9
275:8, 9
308:12  378:4
**glad**  245:17
**glass**  238:8, 9
**go**  19:22
24:13  25:9
28:12  29:8
34:15, 19
35:1  42:13
44:7, 11, 20
53:22  54:15
65:4, 7  67:17
71:10, 11
74:23  78:11,
19  85:4, 6, 22
89:17  99:14
105:11, 21
106:6  108:11
111:20
114:19
115:24
125:11, 23
127:14  135:8
137:23
138:16
153:21
157:23
169:18, 19
173:2, 19
181:15
184:24
194:18  201:1
207:9  219:4
223:22  229:1
230:18
231:16
241:23  243:7,
10  244:10
246:22, 23
247:11
257:14
266:15
277:12
279:12, 14, 19
285:12, 13, 14,
17  286:6
287:5, 6
295:14, 15
296:3, 4

299:6, 8
303:15
310:17  318:4
320:10
321:23, 24
324:11
326:18
335:18  343:6
347:4  355:7
362:7  364:8
366:15
368:10
373:13  385:21
**goes**  63:3
93:4  149:20
175:8  176:18
179:22  182:5
191:21
210:20  212:4,
5  233:12
243:4  246:4
287:23  320:14
**going**  18:20
23:23  32:3
39:21  40:3
50:5  51:12
59:20  60:7
64:13  70:9
71:14  81:23
93:13  117:22
127:21, 24
145:7  151:24
158:10
163:13  172:4
176:14  178:5,
10  179:4
180:21
188:20  191:7,
24  203:3, 16
210:14  212:1
213:16
219:24
232:15  237:4,
8, 12  240:7
241:10  246:3
253:19
259:14
261:22  262:2
270:20
282:11  285:1,
3, 21  287:17

292:4  293:5
317:15  329:5
338:15, 18
341:18
349:13  351:9
352:3  353:21
354:21  355:3
361:17  368:2
371:3  377:11
**GOLKOW**
1:20  10:5
**good**  11:17
19:21  21:8
134:17
150:20  157:3
307:21
312:10
317:23, 24
338:15
353:16  362:2
363:8  374:20
378:6
**GORDON**  5:6
**gosh**  32:16
108:3  156:17
**Gotcha**  197:7
**gotten**  153:11
**government**
144:14
**graduated**
366:3
**gram**  122:5
**grams**  295:18
**grand**  109:8
**grant**  102:3
116:3, 5, 13
124:12  125:4
**grants**  116:3
124:8  144:16
145:1
**Gray**  1:15
11:2  387:12
**Great**  82:21
353:4
**greater**  229:11
**greatest**
243:15, 20
**GREENBERG**
3:7, 11, 18
**Gricute**

303:22
**grilled**  254:3
**group**  64:18
325:5
**GT**  43:15
**guess**  14:6
26:23  58:18
61:23  71:11
96:15  112:22
145:10
159:21  227:1
257:9  266:4
293:4, 23
309:21
346:19  349:5
382:18
**guessing**
29:22  84:24
142:23
**guesstimate**
37:19
**Guidance**  8:7,
10  92:17
93:5, 19, 23
94:20  95:3
96:14  276:3,
9, 14, 24
277:5, 9, 18
278:3, 16
280:13, 16
282:23
283:12
284:22  286:7
**guidances**
92:21
**guide**  277:20
**guideline**
94:11
**guidelines**
92:24  95:18
**gut**  122:16, 21
**guys**  34:16
82:1  184:15,
24  286:15, 22
288:4

**< H >**
**half**  33:15, 16
266:8  289:19,
22  290:1

Confidential Information - Subject to Protective Order

291:*16*, *24*
292:*1*, *6*
**half-life**
362:*17* 365:*12*
**hamburger**
254:*3*
**hamster**
298:*23*
299:*24*
302:*16*, *23*
303:*3*, *5*
**hamsters**
299:*13*
300:*11*
302:*13*, *14*
**hand** 34:*6*
46:*3* 144:*24*
190:*9* 315:*24*
374:*5*
**handle** 152:*15*
182:*19* 259:*1*
375:*8*, *24*
**handled**
174:*13*
**handles**
375:*10*
**hands** 69:*19*
**happen** 28:*13*
172:*8* 327:*3*
345:*17*, *19*, *21*
351:*13*, *15*
**happened**
55:*10* 121:*13*
127:*15*
323:*16* 324:*4*
335:*5* 353:*1*
**happens**
77:*11* 110:*9*
187:*22*
200:*18* 338:*17*
**happy** 98:*4*
**hard** 19:*19*
163:*22* 165:*4*
255:*11*
279:*18* 294:*18*
**hardcopy**
85:*16*
**HARDING**
2:*19*
**harmonization**

325:*5*, *6*
**Harvard** 142:*3*
**hate** 369:*7*
**head** 31:*7*
85:*12* 98:*22*
115:*6* 133:*8*,
*11* 141:*17*
156:*18*
160:*18* 190:*5*,
*9* 195:*20*
**Health** 144:*19*
145:*6*, *13*, *19*
146:*17* 147:*3*
263:*6* 278:*7*,
*14*, *18* 283:*22*
294:*3*, *7*, *11*
307:*1* 345:*8*
**Healthcare**
4:*19* 111:*3*
**healthy** 349:*11*
**hear** 34:*16*
46:*23* 53:*18*
286:*13*, *15*
293:*2* 353:*14*,
*17*, *18*
**heard** 142:*22*
334:*10*
**hearing** 13:*2*
**heart** 15:*5*
178:*11*
334:*11*, *13*, *15*
356:*23*
358:*15*
359:*12*
378:*16* 380:*5*
**heavier** 349:*6*
**heavily** 125:*19*
**Hecht** 85:*24*
**HEINZ** 5:*13*
**held** 1:*14*
10:*11* 134:*21*
292:*3*, *8*
**helping** 117:*7*
**hepatic** 191:*9*
358:*14*
**hesitate**
365:*15*
**Hetero** 6:*5*, *6*
**Hey** 28:*22*
69:*3* 228:*19*
**HHS** 278:*4*

**high** 25:*14*
29:*17* 68:*10*
104:*22*
144:*22* 153:*4*
173:*23* 191:*5*
225:*23*
349:*23*
358:*11* 378:*2*
**high-clearance**
178:*14*
**higher** 30:*8*
38:*21* 39:*5*, *7*,
*8*, *12* 42:*8*
60:*24* 61:*11*
137:*17*
138:*17*
143:*13* 171:*9*,
*18* 177:*23*
179:*13*, *15*
180:*7* 181:*7*,
*14* 182:*18*
183:*17* 186:*4*
198:*8* 207:*13*
238:*4* 350:*23*
**highest** 17:*14*
23:*12*, *20*
25:*5* 36:*9*
41:*24* 42:*17*
60:*20*, *22*
138:*7* 236:*3*,
*7* 347:*8*
**high-fat** 237:*2*
**highly** 175:*7*
311:*5* 313:*15*
**HILL** 4:*10*
6:*1*
**HILTON** 3:*3*
**HINSHAW**
5:*1*
**hired** 110:*23*
111:*5*
**historical**
262:*21*
**history** 374:*15*
**HIV** 191:*20*
**HLL** 45:*13*, *14*
**Hmm** 62:*10*
**hold** 48:*20*, *21*
362:*4*, *6*
**HOLLIS** 2:*3*

6:*15*
**HON** 1:*4*
**honest** 65:*15*
**Hopefully**
53:*17* 355:*21*
**hormone**
376:*12*
**hospitals**
109:*8*
**hour** 81:*23*
134:*19*
**hours** 51:*16*
84:*20* 101:*14*
147:*18* 148:*3*
170:*5* 371:*10*,
*11*, *22*
**hovering**
237:*22*
**Huahai** 4:*18*
**Human** 8:*9*
18:*16* 21:*21*
24:*19* 78:*3*
80:*15* 82:*22*
95:*5* 96:*3*
97:*12* 101:*20*
102:*19*
103:*20* 104:*3*,
*9* 116:*17*
117:*21* 118:*8*
120:*13* 121:*1*
122:*7*, *10*
124:*1* 131:*14*,
*15* 132:*1*, *16*
134:*1* 152:*14*
156:*9* 158:*1*,
*5*, *11* 161:*24*
167:*13*
172:*23*
185:*12* 192:*1*
208:*3* 210:*12*
220:*11* 237:*5*,
*9* 247:*22*
250:*23*
254:*17*
257:*23*
262:*11*, *14*, *19*
263:*2* 264:*8*
266:*2*, *9*, *14*
267:*23*
269:*17*
270:*14* 273:*4*

275:*14* 278:*7*,
*14*, *18* 282:*22*
288:*22* 292:*5*,
*13* 297:*3*
298:*17*, *24*
301:*13* 327:*9*
343:*22* 348:*8*
366:*20*
368:*19*
376:*17*
383:*15*, *24*
385:*3*, *7*
**Humana** 5:*21*
**humans** 16:*2*
18:*9* 22:*3*, *6*
40:*4* 41:*20*
75:*4* 76:*21*
77:*6*, *11*, *19*
78:*9*, *15* 80:*1*
81:*19* 82:*23*
83:*1* 96:*12*
118:*5*, *12*
121:*7*, *22*
132:*1*, *6*
162:*5* 163:*20*
166:*3* 168:*14*
170:*1* 171:*6*,
*10*, *22* 172:*5*,
*11*, *19* 174:*17*
179:*17* 183:*5*,
*6* 184:*4*
185:*19*
199:*10*
209:*11*
210:*16* 221:*3*,
*6* 222:*2*
225:*23*
226:*10*
235:*12*
236:*12* 251:*7*
252:*4*, *15*, *18*,
*22* 255:*8*
266:*8* 272:*19*,
*22* 273:*10*
286:*10* 292:*8*,
*11* 300:*10*
302:*8* 311:*1*,
*17* 312:*11*
331:*8* 338:*4*,
*16*, *19* 367:*19*
368:*14*

374:*13, 15*
375:*14*
381:*23*
382:*11, 12, 14,*
*21* 383:*7*
384:*11, 19*
**human's**
208:*10*
**hundred** 91:*6*
250:*17*
256:*20* 257:*4*
260:*7, 14*
261:*2*
**hundreds**
138:*11* 140:*1*
179:*12*
207:*12* 210:*5*
315:*14*
365:*24* 366:*6,*
*7* 367:*20*
369:*1*
**hydrogens**
333:*7*
**hydroxylation**
320:*21*
**Hyperkalemia**
75:*8, 23*
**hypertension**
15:*5* 348:*22*
356:*22*
**hypotension**
75:*8*
**hypothetical**
13:*22* 67:*6,*
*13* 156:*1*
226:*7* 227:*2*
255:*12* 256:*3,*
*7* 261:*1* 269:*3*
**hypothetically**
226:*16*
**hypotheticals**
226:*14* 269:*10*

< I >
**IARC** 80:*18*
104:*16*
185:*16* 252:*10*
**IARC's** 104:*8*
**ICH** 325:*2*
**idea** 32:*12*
36:*6* 61:*17*

63:*11* 86:*7*
193:*1* 210:*16,*
*21* 246:*14*
**identical**
122:*6* 128:*3*
**identification**
19:*16* 44:*14*
105:*18*
228:*23*
277:*15* 285:*8*
307:*13* 323:*6*
**identified**
29:*18* 77:*2*
98:*10* 122:*19*
207:*5* 227:*20*
242:*3* 367:*13*
**identify** 80:*1*
98:*18* 174:*15*
181:*22, 23*
204:*24*
208:*16, 19*
332:*12*
**If/then** 256:*2*
261:*2*
**IL** 5:*20*
**imagine** 84:*1*
**immune** 53:*8*
**Immunosuppre**
**ssant** 53:*1, 12*
316:*5, 9, 13*
**immunosuppre**
**ssants** 53:*7*
**immunosuppre**
**ssion** 315:*19*
317:*5, 9*
**immunosuppre**
**ssive** 315:*16,*
*23* 378:*15*
**impact** 80:*2*
155:*1* 161:*15,*
*23* 163:*4*
164:*11*
195:*11*
214:*18* 226:*2,*
*18* 229:*21, 24*
230:*10*
231:*21*
235:*24*
236:*11, 19*
237:*4, 8, 14*
238:*20*

249:*24*
259:*14, 20*
270:*22*
274:*18, 21*
276:*12, 18*
287:*17* 291:*4*
303:*13*
326:*13* 348:*11*
**impacted**
231:*19* 232:*6*
**impacts** 149:*4*
151:*17*
163:*10, 23*
213:*4* 267:*3*
**impaired**
229:*10*
**imperative**
388:*14*
**imply** 154:*2, 8*
**important**
47:*18* 76:*3*
95:*16* 122:*8*
180:*20, 23*
263:*17*
**impossible**
250:*22*
**impractical**
199:*6*
**improper** 71:*1*
**improved**
341:*14*
**Impurities**
8:*9* 18:*21*
35:*17* 135:*19*
276:*1* 282:*22*
**impurity**
20:*24* 99:*8*
**inability**
157:*13*
**inappropriate**
133:*4, 14*
134:*3*
**incite** 83:*18*
123:*1* 380:*19*
**include** 100:*1*
300:*5*
**included** 89:*9*
90:*1* 99:*9*
196:*22*
231:*20* 306:*3*
307:*21*

308:*18* 354:*3*
356:*18*
**including**
54:*6* 243:*23*
263:*9, 10, 11*
**inconceivable**
351:*17*
**inconsistencies**
81:*21*
**inconsistency**
80:*12* 81:*3*
369:*16* 381:*2*
**inconsistent**
81:*15* 84:*17*
**incorporated**
32:*8* 132:*4*
**Incorrect**
220:*15*
**increase** 15:*8,*
*19, 20* 16:*6*
18:*7* 19:*3*
21:*4* 22:*12*
23:*8* 59:*20*
60:*8* 68:*10*
69:*11* 104:*1*
191:*23*
197:*16* 205:*2*
208:*10*
211:*11, 24*
213:*16*
222:*23* 223:*9*
227:*11* 228:*1*
233:*13* 252:*3,*
*14, 18* 253:*19*
254:*21*
255:*17* 256:*9*
265:*9* 266:*13*
290:*6* 291:*3*
337:*21* 344:*4*
367:*2* 380:*20*
**increased**
20:*21* 206:*17*
257:*24*
265:*21*
297:*13* 342:*4*
**increases**
53:*12* 204:*24*
**increasing**
83:*4, 5*
291:*16* 340:*7*

**independent**
20:*20* 50:*18*
160:*8* 356:*12*
364:*11*
**independently**
174:*14*
**INDEX** 9:*2*
**Indiana** 4:*22*
50:*10, 13*
**Indianapolis**
4:*22*
**indicate**
296:*17*
**indicated**
187:*3*
**indicating**
293:*23*
**individual**
37:*16, 17*
68:*22* 69:*20*
70:*1* 84:*9*
94:*7* 106:*13,*
*17* 143:*14*
151:*12*
**individually**
79:*6* 375:*12*
**induce** 53:*3*
169:*10* 222:*9*
267:*20, 23*
269:*14, 17*
273:*15*
326:*22*
328:*16*
337:*18* 384:*8*
**inducing** 319:*1*
**Industries**
3:*21* 4:*7*
**Industry** 8:*7,*
*10* 276:*4, 9,*
*15* 277:*18, 19,*
*21* 279:*1, 2*
280:*16*
282:*23*
284:*23* 286:*7*
**ineffective**
365:*2*
**influence**
13:*14*
**INFORMATIO**
**N** 1:*6* 25:*15*
26:*2* 61:*13,*

Confidential Information - Subject to Protective Order

20 68:20 100:13 113:4 138:19, 21, 24 147:23 156:12 357:13

**informed** 65:19 66:1, 9, 15, 17 72:10, 12, 16 73:2, 5, 20 74:1, 7

**ingested** 128:4 151:19 240:2 363:7 374:7 376:5

**ingesting** 153:20

**ingests** 153:20 247:22

**ingredient** 30:16, 21, 23 33:11, 23

**inhaled** 239:21

**inherent** 163:24 221:13

**inhibit** 191:14, 23 193:18, 22 194:8 195:11, 23 196:8 227:11, 24

**inhibitor** 192:5

**inhibitors** 192:13

**inhibits** 192:6

**initial** 93:9 98:14

**initially** 42:21 43:1, 11, 20

**initiate** 318:13

**initiated** 356:16

**injectable** 151:22

**injury** 12:13

**inpatients** 50:1

**instance** 49:5 128:9 137:24 150:15

**Institute** 144:18 145:4, 11, 13, 19, 20

146:18 147:3, 4 294:3, 7, 11

**Institutes** 145:6 146:17

**institution** 86:18

**institutional** 114:23

**institutions** 86:9

**INSTRUCTIO NS** 388:1

**insufficient** 185:18

**integrity** 139:13

**intended** 15:4

**intent** 187:21 222:14

**intentionally** 350:23

**interact** 245:8, 18

**interacted** 115:1

**interaction** 52:11 130:18

**interactions** 112:8 116:19 126:19 130:16 157:16

**interdisciplinar y** 49:24

**interest** 89:19 93:14 111:18 201:6 227:17 357:16 379:23

**interested** 87:20 304:23

**interesting** 225:14

**interests** 141:11

**interindividual** 172:7

**interjecting** 286:19

**intermediate** 358:10

**internal** 38:2, 10, 20 42:18

46:6 47:6, 18 101:13 232:9

**International** 8:11 325:6

**internationally** 108:22

**internet** 46:9 150:7 154:6 293:1, 5

**interpose** 70:9

**interpretation** 204:16

**interrupt** 155:19

**interruption** 368:7

**interspecies** 163:5, 11, 12 164:11, 23 166:21 167:1 180:24

**intestine** 122:17 149:15, 18 151:15 152:9, 11 170:2 232:19 240:22, 23 241:1, 8, 24 242:1 243:6 244:23 358:5 360:18, 24 364:6 373:6, 12

**intestines** 240:22

**intravenously** 171:1 365:10

**intrinsic** 191:8

**introduce** 11:12

**introduction** 324:13 342:9, 18

**introductory** 205:12, 22

**invalid** 182:15

**investigate** 380:8

**investigated** 105:5 290:21 380:13

**investigational** 72:22

**invite** 107:1 109:24 110:4, 19

**invited** 108:15, 18 109:4, 10

**invoices** 84:24

**involved** 50:23 66:6 91:19 106:1 107:24 125:19 152:8 155:14 200:24 323:13 376:11

**involving** 37:20 107:17 127:8

**ion** 219:9 312:8

**IRBESARTAN** 1:4 10:13 54:10, 22

**IRIS** 2:4

**Iris@hollislawf irm.com** 2:6

**irrelevant** 40:8, 14 90:18, 21

**isolate** 122:4

**isolated** 117:13

**isozymes** 375:13

**issue** 20:20 34:5 76:11 352:4 360:23 361:22

**issues** 16:12 70:13, 14, 20, 21, 23 99:5 234:2 238:15 357:17

**items** 71:15

**Ito** 24:16 197:4, 5, 7 208:1

**I-T-O** 197:6

**Its** 15:3 17:1 131:21 144:15 149:24 151:12 163:14 171:13 175:19 187:5 189:22 190:23 211:11 213:4 220:17 233:13, 14 239:14 240:3 315:13 316:7 359:5, 10, 23 366:15, 16, 17 373:3

**IV** 177:1 182:2, 6 275:2 287:23

**IVES** 5:17, 19

**< J >**

**JASON** 5:8 286:19

**JERSEY** 1:1 3:19 4:5 6:4 10:16

**JESSICA** 5:13 jheinz@c-wlaw.com 5:15

JMR@pietraga llo.com 5:10

**job** 93:12 97:16 363:11

**jobs** 376:14

**journal** 106:3, 11, 17, 20, 22 107:5, 12 143:12

**journals** 106:1, 21 107:21 142:12, 18

**judgment**
201:*4* 367:*8*
**Judy** 6:*8* 10:*4*
**July** 279:*9*
**jury** 11:*13*
17:7 23:7
103:22
118:*11*
126:*24*
141:*13*
144:*11*
148:*19*
185:*13*
204:*21* 217:*1*
219:*15* 229:6
230:22
257:*20*
269:*11*
289:*15*
299:*11*
310:22
324:*18*
332:*15* 336:6
343:*5*

< K >
**KANNER** 3:*1*
**Kansas** 2:*5*
**KAPKE** 4:*21*
64:*8, 9* 65:*11*
67:*4* 69:*5, 14*
70:7, 8 74:2
76:*8* 129:*3*
132:*14*
158:*12*
159:*18* 195:6
196:*16* 263:*3*
338:*1* 352:2
**Kappa** 8:*14*
**KARA** 4:*21*
64:*8* 70:*8*
**Kara.kapke@b**
**tlaw.com** 4:*23*
**KBI@falkenbe**
**rgives.com**
5:*21*
**keep** 55:*10*
82:*18* 93:*13*
158:*10*
244:*16*
329:*19* 381:6

**KENNETH**
3:*18*
**Kentucky**
48:*23* 117:*3*
**kept** 292:*4*
**key** 219:*19*
320:*15, 19*
**kg** 167:*10*
263:2, *24*
270:6 272:*4*
279:*21*
280:22
281:*24* 286:*8*
288:6 290:*1*
292:5 295:*12,*
*19* 348:*19*
**kidney** 122:*17*
243:*24* 359:*13*
**kill** 158:*4, 5*
287:*18*
**killed** 157:*10*
**kills** 289:*19*
**kilogram**
24:*18, 20*
167:6 177:*17*
178:*18* 183:9,
*20* 197:*10, 19*
237:*23*
262:*13*
267:*12, 21*
268:*21*
269:*15*
270:*12*
271:*13*
272:16 273:2,
*13* 288:22
289:5 291:*10,*
*12, 17* 368:*16*
**kilograms**
262:*14, 19*
265:*3, 4*
266:22
270:*14*
271:*14* 272:7
288:*12, 17*
348:*24*
**kilos** 281:*9*
**kind** 14:*5*
16:*23* 18:*11*
31:*14* 32:*16*
73:*13* 75:*11*

107:5 157:22
159:*17* 191:7
207:*11*
210:*20*
213:*23*
250:22 275:5
296:*16*
313:*15*
366:*23* 368:*10*
**kinds** 31:*10*
75:6 180:*18*
226:*9*
**kinetics**
365:*11*
**KIRSTEN**
5:*19*
**knew** 45:*21*
98:*21*
**know** 13:2, 7
14:*1* 20:*9*
21:*24* 22:*8*
30:*17* 31:*7*
32:7 33:*9*
34:*1* 36:*14*
39:*1, 9* 40:*5,*
*22* 41:*2*
42:*12* 45:*14,*
*20* 51:*12*
55:9 57:*4*
58:*20* 59:*11*
60:*23* 63:*1, 6,*
*17, 19* 64:*1*
65:*15* 67:*7,*
*17* 68:*1, 2, 19*
69:*1, 13* 76:*3*
77:*23, 24*
80:*14, 24*
81:*4* 88:*23*
91:9, *13, 18*
94:5, *15* 95:2
102:*18* 103:9,
*10* 107:*20*
108:*3, 5*
113:*1* 117:*24*
118:*24*
124:*14* 125:*4,*
*6* 126:*8*
127:*16* 130:*3*
132:*10*
133:*10*
134:*18*

138:*19*
141:*10* 159:8
161:*14, 22*
164:*12* 169:7
170:*20*
172:22 173:*1,*
*8, 18, 21*
190:*4, 8, 18*
198:*14*
200:*11*
201:*14* 203:6
204:*18*
208:*14* 209:*3,*
*16* 210:*15*
212:*20, 24*
213:*3* 214:*6,*
*23* 215:2
218:6 220:*16*
227:5 234:*7,*
*18* 235:*3*
236:*10*
238:*14*
241:*20*
242:*24*
246:*18* 249:*6,*
*11* 250:*6, 9*
256:22
257:*11*
260:*10*
263:*20, 22*
266:*19, 21, 23,*
*24* 267:*8*
268:*3* 271:*9,*
*22* 273:22
274:*1, 4*
275:*8, 19*
277:*9* 281:*4,*
*6, 7, 15*
282:*17* 288:*3*
289:*12* 290:*4,*
*12* 292:*23*
294:*19, 21*
298:*14, 16*
299:*3, 4*
300:*11* 302:7
307:*23, 24*
308:*1, 5, 9, 17,*
*21* 309:*11*
310:*13* 315:8
322:*12*
323:*13, 16*

324:*4, 5*
325:2 326:*1,*
*12* 329:*13*
330:*18* 336:*8,*
*12* 339:2
342:*24* 346:*8*
348:*3* 349:*19,*
*24* 351:7
352:*24* 354:*9,*
*11, 14* 361:*4*
364:*3* 367:*5*
370:*12* 374:5
377:*15, 16*
380:9 381:*13*
383:*1, 7, 14,*
*23* 384:*12*
385:2, *10, 13*
**knowing**
173:*11* 249:*19*
**knowledge**
56:*21* 115:*19*
234:*1* 258:*3*
313:*12*
381:*11, 18*
**known** 18:*19*
22:*19* 32:*18*
35:*17* 67:*15*
151:*19* 152:*4*
153:*15*
157:*15*
181:*11*
185:*17, 18*
220:*8, 11, 16*
222:5 271:*18*
**knows** 60:*21*
63:*17* 235:7
**Knoxville**
50:*17*
**KUGLER** 1:*4*
**KUM** 4:*14*
**Kushida** 322:5

< L >
**l.hilton@kanne**
**r-law.com** 3:*5*
**lab** 117:*8, 14*
**label** 359:*3*
**laboratory**
25:*18* 146:*10*
296:*3*

Confidential Information - Subject to Protective Order

**Labs** 6:*6*
**lack** 339:*18*
**Lagana** 86:*1*
**laid** 95:*17*
*97:3*
**large** 240:*22*
*304:11*
**larger** 242:*1*
*267:14* 333:*16*
**largest** 28:*15,*
*20* 88:*15*
*341:10, 15*
**lasted** 371:*21*
**late** 54:*21, 22,*
*23*
**laughing**
*119:18*
**Lauren** 6:*13*
**LAW** 2:*3*
*12:12*
**LAW-1010**
*2:21*
**laws** 65:*15*
**LAWYER'S**
*391:1*
**lay** 95:*3*
**LAYNE** 3:*3*
**layperson**
*357:23, 24*
*361:18*
**lays** 283:*12*
**leader** 144:*1*
**leaders** 107:*6*
**lean** 253:*9*
**learn** 279:*4*
**leave** 137:*8*
**leaves** 176:*17*
**leaving** 245:*7*
*247:17*
**led** 79:*17*
*153:18*
**left** 46:*3*
*128:18*
*245:18, 21*
**legal** 10:*4*
**lesser** 244:*6*
**lethal** 289:*20*
**level** 21:*1, 20*
*22:8* 23:*7, 12*
*24:4* 25:*5*
*39:20* 40:*2,*

*17* 69:*18*
*70:1, 5* 74:*15*
*80:17, 20*
*81:1* 101:*24*
*106:16*
*131:13*
*143:13*
*158:24* 170:*3*
*186:4* 197:*9*
*207:5* 208:*9*
*215:23* 347:*8*
*349:23*
*350:23*
*362:13, 20*
*363:15, 20*
**levels** 15:*7, 18,*
*20* 16:*5*
*17:14* 21:*4*
*22:11* 25:*14*
*29:18* 30:*8*
*38:1, 21* 39:*4*
*41:24* 42:*8,*
*17* 59:*19*
*60:7, 20, 22,*
*24* 61:*11*
*68:10* 69:*23,*
*24* 76:*3* 83:*4*
*131:11*
*135:19, 22*
*137:3, 16*
*138:16*
*153:21*
*162:19*
*205:14*
*208:21*
*214:13*
*232:10*
*258:24*
*259:23* 265:*8,*
*19* 266:*12*
*336:16*
*339:13* 346:*9*
*351:22* 362:*16*
**LEVIN** 2:*7*
*6:13*
**LIABILITY**
*1:4* 10:*13*
*70:13, 19, 23*
*76:11* 352:*6*
**Library**
*293:18, 24*

**lidocaine**
*365:4, 9*
*377:20, 21*
**lifetime** 331:*6*
**liked** 174:*2*
**likelihood**
*191:23* 339:*3*
**liken** 362:*3*
**limit** 37:*18*
*55:12* 276:*2*
**limitation**
*96:11*
**limitations**
*18:19* 22:*19*
*23:3* 24:*21*
*80:12* 81:*20*
*104:14*
*131:21* 162:*4*
*163:15* 165:*15*
**limited**
*136:15* 339:*17*
**limits** 36:*8*
*79:16*
**LINE** 9:*6, 9,*
*12, 15* 70:*10*
*71:1, 14*
*119:20*
*200:16*
*202:13* 212:*7*
*247:3, 4*
*286:6* 288:*3*
*289:11*
*295:17* 299:*8*
*374:20* 389:*4*
*391:2*
**linear** 195:*3*
*196:13* 199:*7,*
*14* 202:*7, 18*
*204:22* 205:*9*
*209:21*
*210:14* 211:*1,*
*2, 12, 21*
*212:2, 4*
*271:19* 291:*2*
**linearity**
*202:24* 204:*17*
**lines** 18:*12*
**link** 273:*7*
**List** 7:*19*
*56:12* 59:*2, 9,*
*13* 85:*14*

*89:5* 90:*2, 10*
*96:10* 99:*15*
*111:22* 126:*2*
*157:17*
*191:16, 21*
*192:19*
*282:23*
*306:23*
*308:13* 310:*7*
*312:4* 321:*15*
*341:8*
**listed** 55:*22*
*75:15* 91:*3*
*108:15*
*109:11* 110:*3*
*125:15*
*142:19* 175:*3*
*192:12*
*275:23*
*282:20* 324:*24*
**lists** 90:*3*
**literally**
*262:23*
**literature**
*18:14* 20:*16*
*47:20* 69:*10*
*87:9* 88:*20*
*90:12* 97:*22*
*98:2, 17*
*99:20, 22, 24*
*101:12* 102:*6*
*164:5, 8, 10,*
*22* 166:*18*
*179:20, 21*
*194:6* 197:*1*
*207:19* 215:*3*
*231:24*
*261:14*
*262:23*
*263:12* 305:*7*
*318:15, 17*
*319:6, 15*
*320:7* 331:*10,*
*12, 15, 17*
**LITIGATION**
*1:4, 20* 6:*10*
*10:5, 14* 12:*8*
*13:18* 32:*20*
*42:22* 43:*2,*
*21* 46:*7* 55:*8*
*57:24* 59:*3*

*63:9* 70:*17*
*92:1* 101:*17*
*119:24*
*226:13*
*314:19* 315:*3*
*328:6* 379:*21*
**litigations** 12:*5*
**little** 25:*4*
*30:12* 34:*21*
*55:9* 81:*23*
*92:16* 97:*19*
*107:22* 150:*8*
*180:16*
*181:15*
*184:12, 15*
*191:3* 245:*8,*
*18* 246:*4*
*282:1* 293:*5*
*309:14*
*317:17* 327:*8*
*343:9* 344:*21*
*349:20* 376:*8*
**liver** 118:*7*
*122:5, 14, 20*
*137:9* 149:*20*
*152:9, 11, 15*
*153:2, 7*
*154:13, 19*
*170:8* 175:*18,*
*24* 176:*6, 7,*
*11, 14, 18*
*178:5* 180:*11*
*182:4, 6, 19*
*187:15* 188:*4,*
*13, 14, 23*
*189:9, 18, 19*
*190:12* 191:*9,*
*24* 197:*16*
*198:6* 224:*1,*
*18* 225:*24*
*226:17* 227:*3,*
*12* 228:*2*
*229:9* 233:*14,*
*15* 234:*8, 19*
*236:20* 237:*5*
*239:14* 240:*3*
*242:24* 243:*5,*
*22* 244:*5, 24*
*245:3* 247:*17*
*248:1, 13*
*258:8* 259:*1*

260:8, 15, 17
287:24  297:2,
3  320:2
358:5, 13, 16
359:9, 23
360:13, 15, 21
361:2, 3, 6, 11,
19, 24  362:11,
13, 16  363:2,
7, 14, 22
372:6, 13, 18,
23  373:10, 13,
14, 19  374:2
**liver's**  178:20
224:20
225:24  363:11
**LIZA**  4:3
**LLC**  3:1, 22
4:7, 19  5:17
**LLP**  2:19  3:7,
11, 18  4:1, 8,
14, 19  5:1, 8,
17  6:1
**local**  109:1
**LOCKARD**
3:8
**Lockardv@gtla**
**w.com**  3:11
**long**  99:11
115:8  127:18
128:5  156:13
184:23
263:13  272:6
317:14
355:10  363:16
**longer**  124:22
128:8  263:13
364:9
**look**  23:15
56:11  63:21
68:4  78:15
79:13  81:15
84:23  85:20
89:17, 23
91:11  96:15,
19  100:4, 8
120:24
121:19
131:19  138:9,
20  141:18
173:3  174:19

180:18, 24
196:9  258:14,
19  259:12
261:9  267:7
275:21  284:9,
12  285:21
296:4, 5, 7
300:6  301:18
302:14, 20, 21
303:4  305:6
318:5  321:13
322:4  323:2
324:8  331:9,
14  341:7
342:17  343:2
345:17  357:6
366:19  380:2
**looked**  32:15
56:22  57:11
63:8  79:10
83:24  84:16
86:13  90:19
99:4  100:17
102:11  118:3
120:19
141:23
156:12  162:7
165:17  173:9
227:16  228:9
236:16
259:19
260:12
292:15
294:24
295:23  298:8,
21  302:12
303:8  305:13
306:2  307:20,
24  308:21
315:12
327:24  331:2
353:2  360:5
368:18
**looking**  41:13
45:17  47:1,
18  76:13
79:21  98:24
103:7  117:4,
8, 13, 24
124:15
156:20

158:24
164:13
180:15
192:11
211:16
214:11
228:10
233:23
251:11
259:10
260:12, 22
284:3  296:15
297:18, 24
305:20  308:4
323:10
345:20
360:22  371:4
**looks**  20:11
35:4  46:11
105:24
115:20  116:2
125:14
157:23  212:5
280:13
**lore**  334:11, 17
**Los**  2:16  4:16
**LOSARTAN**
1:3  10:12
54:7
**losing**  205:8
**lot**  35:19, 24
50:11  63:1
72:9  84:4
149:10
150:10, 14
155:23
158:16
173:19
183:22, 23
220:2  248:16
253:18
268:17
269:11  308:6,
9  316:20
318:21
335:17
337:15
349:19  380:5
**lots**  56:16
114:15

**loud**  20:13
53:16, 20
247:1  343:12
**Louisiana**  3:4
**love**  343:2
**low**  191:6
199:12, 21
200:18  202:5,
6, 8, 24  205:6,
14  207:10
208:20  305:7,
14, 15  306:1,
4, 6, 10, 15
319:23
339:13, 19
340:2, 7
341:2, 14
342:4  344:3,
11  358:9
360:8
**lower**  24:4
33:7  36:8
37:18  140:2
199:5  225:15
237:24
281:24  282:11
**lowest**  36:6
266:15, 20
**lubricants**
31:12
**lunch**  184:16
**luncheon**
185:5
**lung**  243:24
**lungs**  122:17
358:15
**Lwalsh@walsh.**
**law**  4:6

**< M >**
**M7(R1**  8:6
275:23
277:13  280:17
**machines**
31:13
**Madigan**  86:1
**major**  108:6
121:24  192:10
**Majority**
116:17

122:13, 14
296:18
**making**
139:14  158:1
165:7  344:6
345:13
348:17  349:17
**male**  295:6
**mammal**
103:12, 24
**managed**
174:13
**Manchester**
50:9  51:2, 19
52:4
**manufacture**
59:10
**manufacturer**
35:23  59:19
60:5, 12
64:17  346:20
**manufacturers**
124:10
**manufacturing**
63:20
**March**  280:17
**Marked**  9:14
19:15  44:13
105:17
228:22
277:14  285:7
307:12  323:5
**marker**  164:20
**market**  54:20
58:6  62:14
366:2
**MARTIN**  2:19
**Massachusetts**
5:4
**Massey**  6:13
**massive**
226:24
287:22  288:1
**Masters**  50:24
**material**  86:11
**Materials**
7:19  47:3, 5
86:5  87:17
89:4  90:2
92:22  99:15
100:2  141:18

Confidential Information - Subject to Protective Order

280:6  282:24
306:22
307:18, 22
308:13, 18, 22
310:6  321:24
**math**  26:10
208:4  268:16
270:1  271:15,
17  333:13
337:12, 14
**Matta**  6:15
**matter**  10:11
12:1  39:13
59:18  60:5
122:1
**MAZZOTTI**
2:19
**MDL**  1:3
10:14
**meal**  256:22
257:9, 24
258:8, 24
260:7
**meals**  257:10
**mean**  15:1
36:18  55:5
67:5, 19  70:4
71:14  86:4
87:5  93:24
94:16, 18
100:18  105:8
106:2  115:9
126:3  131:18
139:10
154:18
155:19
157:17  159:7
160:5  161:11
166:7  167:2
171:14, 16
176:1  189:1
200:14, 17
201:14
207:20  211:3,
7, 13, 22
216:9  232:24
235:16
239:17  249:9
255:4  256:4
257:8, 11
260:16  266:7,

23  275:13
276:16
277:10  280:5
282:9  287:20
290:17
291:11
311:10
314:23
315:11
316:17
344:16
346:19
347:13  349:5
350:22  351:5
352:9  374:1
376:20
**means**  148:20
149:1  153:1,
7  163:19
170:8  204:22,
23  212:4
219:15, 16
276:17
291:22
311:11  387:20
**meant**  200:11
203:7, 8, 14
246:15  286:1
347:14  372:6
**measurable**
365:11
**measure**
149:1, 24
151:23
175:24  177:2
241:14
359:24
360:11
362:11
363:12  382:7
383:6, 8
**measured**
170:21
**measures**
311:2
**measuring**
175:23  362:20
**mechanism**
161:1  221:13
373:21  374:1
378:24

**mechanisms**
161:5, 7, 9
221:14
254:18
255:14  364:16
**mediated**
311:6  312:9
**mediation**
312:4
**medical**  50:2
113:12
141:20, 21
264:5
**medication**
16:9  49:3, 5
64:6, 24
65:10  66:24
67:2  69:11
76:4, 6
132:11  133:2
158:2
**medications**
66:13  132:10
156:15  343:23
**medication's**
173:12
**medicine**
52:16  293:18,
24
**meds**  334:15
**meet**  371:7,
15, 17
**meeting**
371:20
**meetings**
371:19, 24
**Melisha**  6:15
**member**
124:20
**memory**
303:17
**mention**
212:12, 16
229:15  230:3
233:16
**mentioned**
43:6, 15
120:16
121:18  192:8
198:20
378:15  382:22

**mentioning**
298:6
**mentions**
121:10
**Merck**  54:7,
19
**Meridian**  4:21
**merry**  364:8
**mesenteric**
360:20  373:18
**messed**  247:5
**messing**  46:9
**met**  371:14
**metabolic**
41:7  130:20
320:20  372:12
**metabolism**
41:10  47:21
52:12  76:14
95:23  98:7,
20  99:1, 7
112:8  113:24
118:1, 6, 10,
19  120:3, 10
121:1  125:20
126:19
127:17
129:11, 24
130:14, 15
137:10
139:22
149:17, 22
151:20
152:23
160:11
161:12
166:19  175:8
182:9  184:3,
9  188:8
189:5, 15, 23
190:3, 7, 14,
19  192:12
207:10  217:7
225:16
227:12  228:1
233:8, 14
237:5, 9, 14
247:13  248:1
260:13  275:2
276:20  297:3,
4  298:12, 15

300:12  302:9
303:6  304:2
313:22  316:7
317:13  332:5,
10  357:2
358:2, 7, 19,
22  359:19
360:10  361:1,
5, 10, 13, 22
363:9  364:12
365:1, 7, 13
367:12
376:13  378:3
**metabolite**
219:21  311:8
312:5, 6
313:3  314:7
**metabolites**
220:18
**metabolize**
121:7  178:21
188:20  229:9
234:8, 19
236:20
243:21  245:4
301:14
363:12  375:3
376:24  377:11
**metabolized**
114:7  127:13
130:5  131:1
176:17
180:10  182:3
187:12
188:18, 24
190:17
237:13  320:1
360:14, 19
363:14
364:19
365:19  373:9
**metabolizes**
303:10
**metabolizing**
121:24  181:8
372:19  374:4,
10  381:23
**method**  272:12
**methodology**
95:4, 16  97:3
98:2  106:14

164:7  166:15
167:11  201:2
207:16  208:7
267:19
268:10
269:12  270:2,
20  283:13, 17,
19  288:23
289:1  309:2,
5  314:10
**methyldiazoniu**
**m** 219:9
312:8
**mic** 287:3
**mice** 274:9
275:19
290:16  295:8,
19, 23  296:8
304:2
**MICHAEL**
1:13  7:3
10:17  11:5,
14  387:8
390:16
**Michelle** 1:15
11:2  387:12
**microgram**
27:18  250:19
269:13  273:5
333:9  335:22
336:2, 4, 10
**micrograms**
23:21  24:4
25:7  26:11,
13  27:7, 17
28:7  29:13
136:1, 14
197:19
268:24  269:4,
16  270:16
332:20
335:19
336:17
347:18, 22, 23
**micromolar**
333:10
**micromole**
335:17
**mid** 54:21

**midpoint**
34:24  35:5,
12  36:13  37:3
**milk** 238:9
**milligram**
24:20  27:9,
13, 16, 22
177:16
178:18  183:9,
20  267:11
273:1  289:4
291:9
**milligram-per-**
**kilogram**
132:3, 21
367:17
**milligrams**
28:17  30:15
31:17, 21
32:4, 10
33:11, 15
197:9  237:23
262:12  267:9
268:24
270:12, 15
272:16  289:7,
8  291:12
368:16
**million** 25:14,
17, 21  26:7, 9
27:6, 19, 20
28:13  30:8,
14  32:1, 6
33:6, 17  34:6
138:2, 14, 17
197:18
347:13, 15, 17,
23  368:24
**millions** 338:7
**mind** 307:10
309:17  355:7
**mine** 243:19
**minute** 174:19
**minutes**
317:19  355:8,
11  372:4
**mischaracteriz**
**e** 24:12
206:24  207:3
**Mischaracteriz**
**es** 40:11

81:11  90:16
92:7  113:7
232:4  348:14
376:2  378:13
**misconstrued**
213:24
**Mismatch**
8:14
**missed** 46:18
150:8  308:16
310:11
**missing**
272:24  273:7
**Mm-hmm**
120:17  138:4
167:7  322:14
**model** 117:6
137:13
162:12  173:1
312:10  367:11
**models** 118:9
384:22
**modern**
202:23
**molar** 333:1
**mole** 333:10
**Molecular**
7:22  333:2, 4
335:11
**molecule**
326:21
328:15  331:1,
4  333:16
334:1, 3, 18
335:5  337:18
345:14
**molecules**
332:15
333:12, 21
335:8, 17, 21
336:19
337:10, 20
338:7
**Monday**
371:21
**monetary**
14:10, 16
16:8, 12, 24
17:4, 7, 11
**monkey**
119:13

177:11, 19, 21
178:9, 17
181:10
183:12, 19
273:24  302:22
**monkeys**
118:13, 18, 24
178:3  179:11
184:5  274:5
**monkey's**
156:10
**Monroe** 5:19
**months** 55:17
100:16
**morning**
110:15  169:6
347:6
**MORRIS** 4:8,
14
**MOUGEY** 2:9
**mouse** 273:20
274:2  290:2
291:24
292:11, 13, 17
298:15
302:24  303:2,
5, 7, 10
**moving** 275:3
**Mulberry** 4:4
**multiple**
18:14  128:15
155:2  318:13
333:20
367:15  376:14
**multiply**
289:6  292:7
**multiplying**
270:4
**multi-step**
149:6
**muscle** 151:22
**mutagen**
155:15  156:2,
3, 6  157:7
158:3  160:1,
13  161:2
165:21  166:4,
15
**mutagenic**
168:10
219:11, 20

**mutagenicity**
157:11  161:6,
9, 14, 19, 22
162:18, 22
163:4, 10
164:10, 19, 22
165:7  168:7,
16  217:10
284:13
**mutagens**
155:12
156:16  160:16
**mutate**
218:21  330:24
**mutation**
326:22  328:16
**Mylan** 5:11
6:17
**myocytes**
117:13
**mysterious**
209:10

**< N >**
**NAKUL** 6:3
**name** 10:3
56:8  59:2
62:1, 17
63:12  159:3,
23  160:15
215:22  216:1
294:18  322:12
**named** 369:19
**names** 85:10
89:15  91:9
**nanogram**
167:8  267:19
268:6  269:1
271:12
288:21
332:16
333:16, 18, 21
335:8, 22
336:3  337:9
**nanograms**
27:7, 11, 12,
18, 24  28:8
29:10  250:18
256:20  257:5
260:1, 2, 7, 15,
16  267:22

Confidential Information – Subject to Protective Order

268:*21* 269:*4*
271:*14* 288:*24*
**national** 54:*4*
144:*18* 145:*4,
6, 11, 12, 19, 20*
146:*17, 18*
147:*2, 3*
293:*17, 24*
294:*2, 6, 10*
**nationally**
108:*22*
**nature** 73:*12*
93:*11* 142:*14*
143:*9* 216:*13*
221:*14*
223:*15, 21*
**NDEA** 14:*9,
11* 21:*1* 31:*3*
47:*21* 56:*17*
57:*3* 59:*14*
60:*14* 62:*17*
76:*15* 95:*24*
98:*8* 99:*1*
102:*19* 105:*3*
122:*1* 127:*13*
131:*2* 135:*19*
137:*4, 16*
140:*13*
152:*20* 162:*8*
165:*11* 169:*8*
174:*9, 24*
195:*3* 236:*12*
257:*22*
320:*24* 332:*6*
360:*13*
361:*14*
362:*13* 363:*6,
24* 364:*14*
**NDMA** 14:*9,
11* 15:*7, 18*
16:*5* 17:*8, 15*
18:*1, 5, 21*
19:*2* 21:*1, 4,
20* 22:*9, 11,
21* 23:*8, 13,
19* 24:*3* 25:*5*
27:*24* 31:*3*
33:*17* 40:*9,
17* 41:*19*
42:*1* 47:*21*
56:*16* 57:*3*

59:*14, 19*
60:*7, 14, 18*
62:*17* 74:*15*
76:*15* 77:*6,
11* 78:*4*
79:*12* 80:*2*
81:*7, 18*
82:*23* 83:*2, 3,
4, 13, 17* 84:*5*
95:*5, 24*
97:*10* 98:*8*
99:*1* 102:*19*
103:*6, 12, 17,
24* 104:*3, 23*
105:*3* 120:*3,
14, 20* 121:*1,
7* 122:*1, 24*
123:*7, 24*
127:*13, 21*
130:*4* 131:*2,
11* 133:*24*
135:*19* 137:*4,
8, 16* 139:*21*
140:*12*
150:*23*
152:*13, 19*
153:*16, 18, 20,
21* 154:*24*
155:*4, 15*
156:*6* 162:*8*
165:*11* 166:*2,
14* 167:*23*
168:*21* 169:*7*
174:*9, 17, 23*
175:*17*
177:*14, 20*
178:*4, 14, 21*
179:*1, 7, 12,
18* 182:*23*
183:*15*
185:*12*
189:*17, 19*
190:*3, 17, 20*
191:*24* 193:*3*
195:*3* 196:*12*
203:*20* 204:*1,
10* 206:*17*
207:*14* 208:*9*
209:*11* 210:*4,
12* 211:*10*
212:*12, 20*

213:*13, 15*
214:*2, 13, 14*
216:*16*
219:*22*
220:*17* 223:*9*
224:*22*
225:*15, 22*
228:*1*
229:*9* 232:*10,
18* 233:*9*
234:*4, 8, 19*
236:*11, 20*
237:*5, 9, 12*
238:*6* 239:*13*
240:*2* 242:*19*
244:*14*
247:*22* 248:*3*
250:*4, 7, 10,
23* 251:*2, 6*
252:*2, 14, 21*
254:*19, 20*
255:*8, 15, 16,
23* 256:*9, 21*
257:*22* 258:*9,
24* 259:*3, 14,
15, 24* 260:*8,
12, 17* 261:*20*
265:*8, 19*
266:*12*
267:*19*
269:*13*
270:*21*
272:*10*
273:*15*
274:*17*
276:*19, 21*
279:*5* 287:*17*
293:*13*
294:*23* 296:*8*
301:*14*
302:*10* 303:*6,
10, 12, 14*
304:*2* 305:*4*
306:*8* 310:*1,
3* 311:*6*
312:*14* 316:*4,
9* 318:*12, 24*
319:*17*
320:*23* 327:*9,
13* 332:*6, 15*
333:*4, 21, 22*

336:*16*
337:*11, 17, 20*
338:*10, 16*
340:*23* 341:*6*
342:*5* 344:*11,
12* 348:*6*
349:*19, 21, 23*
350:*24*
351:*22* 354:*1*
358:*23*
359:*20* 360:*3,
13* 361:*14*
362:*13* 363:*6,
24* 364:*13*
366:*24*
367:*12*
368:*15*
369:*17* 372:*4*
374:*16, 24*
375:*2, 24*
377:*1* 381:*23*
382:*9, 12, 20*
383:*1, 23*
384:*12, 14*
385:*2*
**NDMA/NDEA**
20:*23* 320:*22*
**NE** 3:*9*
**necessarily**
17:*2* 79:*22*
84:*9* 116:*11*
151:*21*
153:*11* 155:*8*
204:*19* 212:*6*
214:*22*
263:*20* 282:*6,
10* 287:*19, 21*
326:*16* 348:*18*
**necessary**
18:*6* 114:*11*
173:*13* 222:*9*
223:*9* 248:*21*
273:*15*
315:*20* 388:*4*
**need** 29:*2*
71:*24* 174:*22*
231:*5* 268:*16*
290:*7* 316:*24*
317:*22*
356:*11* 357:*9*
369:*10* 370:*1*

**needed** 32:*18*
89:*22* 97:*12*
99:*12* 113:*1*
123:*24*
131:*13*
138:*24*
167:*12* 208:*9*
215:*23* 289:*24*
**needs** 73:*23*
291:*16*
**negative** 205:*4*
**negotiation**
116:*9*
**neither** 55:*15*
**Neoplasia**
142:*13* 143:*3*
**nephrology**
263:*11*
**never** 32:*17*
43:*8* 117:*9*
152:*12*
210:*16*
212:*12*
217:*23* 221:*9*
222:*4* 238:*9*
242:*3* 268:*1*
290:*21*
314:*17*
340:*24*
346:*10*
351:*14* 378:*4*
**NEW** 1:*1*
2:*20* 3:*4, 19*
4:*5* 6:*4*
10:*16* 102:*3*
**Newark** 4:*5*
**next-to-last**
322:*12*
**Niaspan** 12:*11*
**NIGH** 2:*9*
**NIH** 144:*9, 12*
145:*15*
293:*21, 22*
294:*1* 318:*21*
**nine** 56:*7, 14*
57:*15*
**nitrogens**
333:*6*
**Nitrosamine**
8:*9* 282:*22*

nitrosamines
243:21  245:5
306:22
321:12
323:14, 19, 21
374:14
nitrosation
244:15
NLM  293:20
n-nitroso
309:22
N-
Nitrosodimethy
lamine  8:11
309:23
no-dose  197:2
198:15
Nohmi  8:15
322:13, 17, 21
323:4, 12
343:7
noise  198:11
noncancer
207:24
noncancer-
causing  305:1
306:7
noncancerous
368:14
non-cancerous
267:10  284:4
296:17
non-
carcinogenic
238:2
noncardiovascu
lar  127:24
noneffective
197:8
nonhuman
376:22  377:1,
10
nontreated
198:5
noon  184:15
normal  93:12
251:4  380:1
Notably
318:10
Notary  1:16
387:14  390:23

note  25:13
34:23  54:2
71:5, 23
92:20  94:18
99:21  121:13
220:21
295:17
334:12  369:7
noted  10:23
150:14
377:20
388:11  390:11
notes  91:11
391:1
notice  1:14
notifies  69:2
notify  262:2,
4, 6
noting  109:22
Novartis
54:10  62:13
173:5
Nshah@hillwal
lack.com  6:5
Nudelman
91:18
number  45:20
58:24  100:24
104:19
116:23
122:21
130:17  137:7
157:4  171:2
174:3  175:4,
11  190:4, 8
207:6  255:7
262:22
263:15, 18
266:24
267:13, 15
282:11
284:24
290:17  293:8
295:2  333:11
336:13
337:13
365:16  383:6
numbers
44:18, 23
45:13, 14
182:13

200:15  201:4
268:8, 11, 14,
15  269:7, 11
numerous
57:2, 4  103:1
111:22
121:10  123:3
145:21  248:5
375:10
nurse  63:23
67:10
nurses  109:2
nursing  264:6
334:9
NW  3:14

< O >
O6  219:24
220:3, 10, 11,
21  221:5
224:3, 17
226:2, 18
O6-alkyl-
guanine  244:8
O6-methyl-
guanine
219:13
obesity  117:5
Object  64:9
65:11  67:4
69:5, 14  74:2,
3  76:8  94:13
109:14  124:2
129:3  132:14
145:22
158:12
159:18
194:16  195:6,
12  196:16
198:17
234:24  249:1,
14  263:3
264:1  281:19
284:14
294:15
313:18
316:15
323:22
337:23  338:1
352:2  358:24

361:8  365:22
367:6  376:18
objected  223:6
objecting
21:15  64:13
Objection
14:12  15:10,
22  16:10
17:16  19:5
21:11, 22
22:14  24:5
26:19  29:19
31:4  32:23
33:18  35:7
37:11  38:3,
12, 22  39:14,
22  40:10, 19
42:2, 10
45:23  47:24
48:10  56:18
57:8, 18  58:8
59:4, 22  60:9
61:3, 14, 22
62:18  63:14
65:13, 22
67:23  68:14
69:16  70:10
71:6  72:13
75:19  76:7
77:12, 20
80:4  81:10
83:6, 19
87:24  88:6
89:6  90:15
92:6  95:7, 19
97:5  100:21
101:21
102:22  104:4
105:6  112:16
113:6, 21
114:9  115:14
118:14  119:1,
15  124:24
127:4  129:4,
20  130:7
131:16  133:5,
15  136:8, 16,
23  137:21
139:3, 15
143:17  144:3
146:11, 21

147:7, 20
148:4, 11
151:2  153:8,
23  158:13
159:5  160:2,
20  161:16
162:1  163:6
164:24
165:22  166:5
167:14  168:1,
23  171:11
172:20
173:15  178:6
179:23  184:6
185:22  186:5,
12, 20  187:17
188:15
189:10, 20
190:21  192:2
193:6  194:11,
17  197:24
199:24
201:24
203:10  204:2,
11  206:3, 10,
21  208:12
209:13, 23
210:22
212:13, 22
213:6  214:20
215:7  216:3
217:2, 21
218:8, 15, 23
220:5, 13
221:7, 20
222:10  223:1,
12  225:7
226:4, 21
227:13  228:3
229:17  230:6,
15  231:14
232:3, 11
233:18
234:13  236:4,
13, 21  237:15
239:6, 15
241:11  242:7
243:1  246:7
248:7  250:12
251:8, 20
252:5  253:2,

Confidential Information - Subject to Protective Order

11, 21 254:22
255:19
256:11, 24
257:6 258:11
259:6, 16
260:19 261:5,
17 264:16, 22
265:11
266:17 267:4
269:19
270:23
271:20 277:6
279:6 280:23
282:3, 13
283:24 288:8
290:9 291:6,
20 292:18
298:18 299:1
300:2, 18
301:16, 22
304:18 305:9,
22 309:7
313:9 314:11,
20 317:2, 10
319:8 325:13,
22 326:6
327:15 328:8,
19 330:9
331:19 332:3,
17 333:17
335:2 336:23
338:20
339:14
340:12 342:6,
14 343:24
344:14, 23
345:10
346:12, 23
348:13 350:2,
16 351:3, 24
352:22
373:15
374:17
375:16 376:1
377:3, 13, 22
378:12, 21
379:7, 14
380:11, 21
381:8, 15
382:1, 15
383:3, 16

384:1, 16
385:4, 11
**objections**
13:8, 12
**obligation**
63:24 64:1
65:3
**obligations**
64:3, 5, 23
65:8 71:18
**O'BRIEN** 2:9
**observation**
199:6
**observe** 212:8
**observed**
377:18
**obtain** 73:24
**obviously**
169:5
**occasions**
145:21
**occur** 316:3
361:5 363:15
373:2
**occurred**
362:23
**occurrence**
212:5
**occurring**
358:17
**occurs** 149:17
213:21 361:2
373:4
**odds** 79:15
**Oh** 21:12
28:13 46:13,
14 56:10
62:11 179:4
200:8 221:1
244:20
292:24
303:22
307:21 310:9
317:20
322:10 336:12
**Okay** 12:15
13:2 14:3
17:6, 12 21:2
26:8 27:5
28:10 29:6
30:7 31:1, 24

32:9 34:19
41:22 43:10
44:6 46:5, 17,
21 51:16
52:8 57:14
59:17 62:12
64:19 69:9
73:5, 22
74:12 78:2,
14, 23 87:8
90:24 97:18,
20 136:13
143:23
152:12
158:10
166:14 167:2,
4, 6 184:18
196:11, 24
197:7 200:13
207:20
213:12
219:23 222:6,
21 227:8
231:4 232:15
233:3 253:17
254:7 268:19
270:6 271:11,
18 273:10
278:16
285:20
302:13, 17, 18
310:9 314:17
323:1 324:10
328:11
343:22
344:10
346:19
354:19 367:5
372:8 379:4
385:20
**older** 195:17
**olds** 349:13
**once** 149:13,
19 154:23
176:12
206:18
209:19
210:12 243:5
**oncologist**
214:17
221:18 222:7

**oncologists**
113:17 214:9
263:23
**oncology**
113:11 120:8
146:9 221:12
263:9, 10
**ones** 45:19
55:22 56:8,
23 57:12
85:19, 20
91:3 92:2
95:13 109:5
120:16
157:24
159:21
191:16 201:9
240:19
304:17 305:21
**one-sentence**
258:15
**one-to-one**
272:9 348:9
**online** 50:12,
24 52:4
**open** 82:15
**operate** 327:23
**operating**
255:9
**opine** 129:1
131:13 224:1
259:13
**opined** 196:12
**opining** 78:16
**opinion** 14:8,
21 15:6, 13,
17 16:16, 17,
23 17:22
19:2 20:12
21:3, 19
22:11 41:16
59:18 60:4
73:17 81:1, 6
95:22 103:18
104:2 113:19
117:20 121:7,
20 127:2
133:20
135:11, 13
136:5, 15
138:22 139:1,

8 140:23
159:13 165:8
176:5 179:16
186:8, 15
190:16
196:15
197:12
206:15 208:8
209:19
216:21, 23
218:11, 20
219:2 224:5,
15, 18 225:5
231:21 232:6
234:4 236:24
237:3, 6, 8, 11
238:19
239:12 240:1
247:21 251:6,
11 252:2
265:7, 18, 24
312:21 313:2
319:16, 17
327:12 330:8,
13, 16 343:21
348:12
351:14 352:6
366:23
372:14, 15
374:12
375:23
376:16 380:18
**opinions** 14:4,
5 24:2 25:5
32:20 38:11
39:3 41:23
57:23 61:7
71:8 78:3
84:21 86:16
87:2, 23 90:9
91:2 95:1
97:23 137:20
139:14, 19
140:17
147:19
161:10 162:6,
13 183:1
194:9 213:14
227:23
231:19
258:21

Confidential Information - Subject to Protective Order

259:*21*
261:*15* 262:*2, 3* 265:*5*
266:*12*
267:*16*
274:*10*
276:*10, 12*
283:*14*
290:*22* 291:*4*
304:*14*
306:*17* 308:*3*
316:*10* 317:*1, 6* 325:*12*
328:5 329:*5*
331:*11, 17, 21*
347:*9* 348:*4*
351:*6* 366:*11*
**opportunity**
357:*22* 387:*9*
**opposed**
47:*20* 96:*21*
284:*4* 291:*19*
329:*15*
**opposing**
118:*17*
**oral** 120:*13*
152:*2, 4*
169:*24*
176:*24* 182:*5*
183:*13* 187:*5*
197:*10* 233:*8*
242:*16*
**orally** 149:*4*
151:*18*
153:*19, 20*
177:*17*
187:*20, 24*
239:*18* 240:*2*
244:*13*
247:*22* 275:*9*
358:*4* 365:*6*
376:*5* 378:*4*
**ORDER** 1:*8*
73:*24* 81:*8*
122:*20, 24*
**ordinary**
365:*20*
**O'REILLY**
4:*1*
**organ** 83:*14*
84:*10, 16*

122:*23* 123:*1, 11, 15* 225:*19*
248:*14*
249:*19*
315:*24* 372:*11*
**organization**
109:*1* 307:*2, 4, 7*
**organizations**
109:*23*
**organized**
285:*11*
**organs** 80:*2*
83:*16, 23*
84:*4, 8*
122:*10, 19*
123:*6, 14*
152:7 154:*24*
155:2, *5, 22*
178:*22* 226:*3, 19* 229:*14*
243:*23* 244:*4*
245:*9, 19*
246:5 247:*19*
248:*6, 24*
249:*4* 274:*24*
358:*16*
360:*15* 367:*3*
372:*5, 16, 22*
**organ's**
155:*11, 13*
**Original** 98:*5, 12* 126:*3, 4, 11, 15* 388:*15*
**originally**
43:*5* 128:*4*
**originator**
62:*6, 12*
**originators**
63:*2*
**Orleans** 3:*4*
**ought** 81:*4*
**outcome**
173:*14* 357:*12*
**outside** 55:*8*
77:*13, 21*
107:*22*
**overdose**
227:*1*
**overestimate**
182:*10*

**overestimated**
348:7
**Overland** 2:*5*
**overlap** 131:*4*
364:*17*
**overlapping**
99:*6*
**overview**
126:*9*
**overwhelming**
122:*14*
**Oxford** 5:*9*
**oxygen** 333:*6*

**< P >**
**P.C** 5:*13*
**p.m** 185:*3, 8*
254:*10, 14*
287:*9, 13*
353:7, *11*
355:*14, 18*
385:*24* 386:*5*
**P450** 122:*4, 8, 11, 24* 123:*6, 10, 15, 20*
127:*22* 128:*1, 7* 155:*16*
157:*14* 181:*2*
191:*14, 23*
192:*10*
240:*13* 242:*6, 10* 320:*22*
360:*18* 374:*4*
375:*9, 12*
**P450-2E1**
240:*23*
241:*21*
287:*17* 290:*5*
**P450-3A4**
192:*8*
**P450s** 240:*19*
242:2 374:*21*
376:*10*
**PA** 2:*3, 9*
4:*11*
**package** 359:*3*
**PAGE** 7:*16*
8:*5* 9:*6, 9, 12, 15* 19:*22*
20:*5* 23:*19*
24:*13* 25:*10*

34:*20* 35:*2*
44:*12, 20, 24*
45:*4, 7, 10*
53:*24* 71:*12*
85:7 93:*2, 3, 5* 99:*14, 16*
105:*21*
108:*11, 12*
111:*20*
114:*13*
115:*24*
125:*11* 135:*8*
169:*19*
197:*16*
198:*23* 201:*2*
205:*11* 219:*4*
223:*22* 224:*1*
229:*1* 243:*8, 11* 246:*23*
247:*22* 257:*14*
279:*12, 14*
280:*15*
285:*19, 22*
286:2 295:*15*
299:7 303:*18, 19* 304:*1*
309:*17* 310:*8, 17* 318:*6, 9, 11* 320:*11, 14*
322:*1* 389:*4*
391:*2*
**Pages** 78:*19*
91:6 279:*15*
390:*6*
**paid** 51:*14*
54:*11, 14, 17*
55:*6, 21*
**Panigrahy**
85:*24* 88:*17, 21* 141:*20*
142:*2, 7, 11*
143:*24* 144:*1*
145:*18*
146:*19*
147:*16* 148:*9*
294:*8* 318:*14, 19* 320:*8*
**Panigrahy's**
141:7, *14*
147:*5* 294:*13*
318:*10, 18*

319:6 322:*22*
329:*10* 330:*2*

**PAPANTONIO**
2:7 6:*13*
**paper** 117:*10*
203:*15, 16*
224:*6, 8*
228:*17, 20*
238:*16, 22, 24*
239:*8, 10*
295:*24* 342:*9*
**papers** 203:*19, 22* 205:*6*
321:*15, 18*
322:*21*
323:*18* 324:*6*
329:*14*
**paragraph**
25:*13* 71:*23*
163:*18* 219:*5*
257:*18*
303:*24*
310:*22* 314:*3*
324:*12*
**Paralegal**
6:*13, 15*
**parcel** 364:*20*
**PAREKH**
2:*14*
**Park** 2:*5* 3:*19*
**Parkway** 5:*14*
**part** 25:*17*
26:*9* 32:*5*
34:*6* 43:*23*
49:*22* 53:*8*
58:*11* 64:*17*
65:*5, 19*
86:*19, 20*
93:*8* 112:*10*
113:*11*
114:*24* 120:*8, 10, 11* 131:*15*
145:*12* 150:*8*
151:*14*
158:*16* 160:*9*
162:*22* 183:*3*
188:*22*
196:*18*
211:*21*
244:*23* 251:*4*

Confidential Information Subject to Protective Order

272:5  293:20,
22  294:1
317:5  364:19
380:1
**participating**
73:11
**particular**
35:20  120:21
126:9  150:4
198:3  358:20
**particularly**
75:7  93:16
131:23
164:17
219:17
244:10
360:23  384:22
**parties**  10:19
**parts**  25:14,
20  26:7  27:6
28:12  30:8,
13  31:24
33:6, 16
138:2, 13, 17
197:18  273:1
274:21  275:4
347:7, 12, 13,
16, 22  368:24
**part-time**
51:13, 14
**pass**  150:24
151:24  152:1,
5  206:19
210:12
**passed**  218:22
334:7, 21
**passes**  372:24
**patent**  12:12
**pathology**
142:3
**pathway**
130:21
157:15  219:9
314:7
**pathways**
320:22  374:5
**patient**  17:13
49:6, 8  64:2
65:21  66:3
67:3  69:13
72:19  73:23

75:18  234:20
283:22  348:20
**patients**  52:13
53:2  64:1
66:13  76:23
315:14, 15
345:22  356:5
357:18
378:17  380:5,
9  381:7
**patient's**  21:5
**pause**  21:14
**pay**  51:11
110:16, 20
**PDF**  105:21
108:11
111:20
114:13
115:24
125:11  229:1
279:16  286:3
309:17
310:17  322:1
**peak**  170:4
**peer**  107:24
**Pegg**  211:16
224:6, 7, 12
228:17, 20
246:15
257:13, 14
**Pegg's**  238:16
239:1  245:14
**penetration**
362:21
**Pennsylvania**
5:9, 14
**Pensacola**  2:11
**people**  18:14
76:18  79:21
92:12  107:21
109:23
113:11
116:12
199:20  250:3
264:7  266:5
281:17, 22
300:20
325:16  346:5
348:23  349:6
350:1  362:3

**percent**  80:21,
22, 23  87:19
119:4, 7, 10
148:9, 22
170:11  171:6,
9, 17, 18
172:17
173:21  174:2,
3, 5  177:15,
18, 24  178:1,
4  179:5, 10
199:16, 21, 22
239:13  240:2,
12  241:3, 9,
10  242:13
252:24  270:7
291:18, 19
359:7, 8
373:13
**percentage**
32:14  118:23
150:3
**percentages**
34:2
**Perfect**  105:22
**period**  20:19
35:19  135:20
214:2  323:18
**peripheral**
257:23
**permanently**
218:7, 20
**person**  49:4
64:6, 24  65:9
209:12  234:9
284:7  327:13
334:8  371:14,
16
**personal**  12:13
**personalized**
52:16
**person's**  15:8
218:7  234:7,
18  326:4
**perspective**
237:18  345:4
**pertinent**
152:2
**pesticide**
344:13

**pesticides**
343:18, 21
344:10, 12
**Peto**  197:15,
21  198:3, 14
201:19  203:6
204:9  205:17
211:18
339:23  340:1,
4, 10, 21, 22
341:22  342:1
**Peto's**  199:1
201:21  203:3,
19  340:15
341:5
**ph**  1:20
**Pharm.D**  1:13
7:3  11:5
387:8  390:16
**Pharma**  3:22
4:8  5:16, 17
55:11

**Pharmaceutical**
3:21  4:7, 18
54:5, 17  55:3,
7, 20  58:16,
21  110:2, 12,
23  111:1, 6
124:10  130:6
156:14
277:21
283:23
346:21  351:20
**Pharmaceutical
s**  3:22  4:7
5:6, 11  276:2
**pharmacist**
32:13  48:24
49:10  64:5
65:9, 20
66:23  68:12,
23  69:3, 21
70:2  71:19
109:2  128:23
129:7  132:9
337:19
**pharmacists**
64:22  356:14
**pharmacodyna
mic**  127:10

**pharmacodyna
mics**  107:18
112:7  116:18
125:21
126:20  357:7
**pharmacogeno
mics**  50:24
52:9  227:17
**pharmacokinet
ic**  41:9
121:22
129:13  187:2
298:2  363:9
382:20
**pharmacokinet
ics**  107:18
112:7  114:1
116:18
125:20
126:18
160:11
169:22  357:2,
6  364:20
**pharmacologic**
225:14  359:24
**pharmacologic
al**  52:18
**pharmacology**
107:17
115:12  125:8
128:22
**Pharmacy**
4:23  31:9
36:2  49:21
52:3  66:18
263:1, 5
264:6  356:4
**PharmD**  48:22
**Philadelphia**
4:11
**physically**
356:6
**physician**
356:10
**physicians**
109:2  357:18
**physiologic**
272:14

**phytochemicals**

Confidential Information - Subject to Protective Order

196:2
**pick** 339:12
**picked** 48:8
266:21 371:6
**picking** 124:20
**pieces** 88:20
99:22 101:12
**Piedmont** 3:9
**PIETRAGALL**
**O** 5:6 286:20
**pig** 177:11
183:12 273:24
**pigs** 117:15
178:24 179:2,
9, 11 274:5
**pill** 26:11
27:7 31:1, 17,
20 32:3, 14
33:6, 14, 17,
22 36:19, 22
37:1 74:16
149:9 348:7
373:1
**pills** 149:11
353:24 354:7,
12
**pill's** 34:4
**Pittsburgh** 5:9
**PIZZI** 4:1
**place** 296:3
**places** 109:7
113:17
**plaintiff** 71:4
79:9 85:10
87:9
**Plaintiffs** 2:7,
12, 17, 22 3:5
12:20 87:22
89:3 90:12
98:15 135:16
140:5 141:1
195:2 196:11
235:9
**plaintiff's**
140:10
**plan** 17:6
**plans** 17:10
**plants** 196:6, 7
**plasma** 170:4
**play** 155:23
168:8

**played** 60:12
87:6
**pleadings**
98:15
**please** 115:24
229:6 244:3,
17 265:15
308:17 343:8
361:20 388:3,
8
**plenty** 359:4
**plot** 212:9
**PO** 275:2
**point** 23:7
26:23 27:3
33:9 39:12
40:16 81:4
123:18
190:10
210:19
222:16
263:21
308:22
336:14
356:11
361:23 362:5,
10 364:1
**pointing**
310:11
**policy** 324:21
325:10
327:19, 20
329:4
**Polymerase**
8:14
**polymorphisms**
227:19
**Poor** 368:11
**popped** 118:2
**population**
198:12
**portal** 244:24
**portraying**
376:9
**pose** 265:20
**position** 50:15
141:12 277:2
**positions**
54:11 92:13
**positive** 205:3

**possession**
92:23
**possibility**
205:13, 19
206:1
**possible** 108:8
153:4, 16
199:18 255:2,
5 256:16
**possibly** 105:9
186:11 314:14
**post-liver**
362:20 378:5
**post-MI** 15:5
**potency**
101:19 127:2,
8 128:12, 13,
21 129:2
293:13
**potent** 105:4
128:19
**potential**
58:13 75:14
76:4 99:6
102:12
129:17
149:21
155:12, 15
219:19
224:22
225:18 248:5
276:2 315:17
316:2 320:20
336:20 375:8
379:24
**potentially**
149:16 155:1
158:5 223:19
321:21 349:12
**potentials**
233:23
**power** 341:13,
14
**ppm** 26:5
34:7, 11
**practice** 49:23
66:10 67:9
113:3 263:1
366:13
**practiced**
68:17

**practicing**
68:22 69:20
70:1
**preclinical**
156:23
157:11 173:3
**predicting**
130:15
**predominately**
137:12 177:9
296:19
**preliminary**
106:7
**premise** 169:2
178:12
**prep** 371:18
**preparation**
371:24
**preparing**
369:8
**preponderance**
253:6 299:14,
21
**prescribed**
356:5
**prescribing**
356:19
**prescription**
49:12 356:7
**prescriptions**
49:10, 18
**prescriptive**
356:13
**presence**
233:7 366:24
**PRESENT**
6:12 111:6
257:22 265:8,
19 361:10
**presentation**
109:3, 4
110:6, 11
**presentations**
54:14 108:15,
18, 21 109:11
110:1, 17, 22
111:10
**presenting**
110:24 111:2,
5

**pre-systemic**
361:1
**pretty** 55:12
69:7 79:11
99:10 114:5
126:18
151:11
202:17
242:15
268:19 358:9
376:21 378:17
**prevent**
315:23
**previous**
201:17
**previously**
11:24 55:22
143:11
208:16
216:10
302:19 312:9
339:24
**primarily**
124:18 149:4
152:8 170:2
311:7
**primary**
219:11
**primate** 377:2,
10
**primates**
181:11 376:22
**Princeton** 6:4
**principle**
339:11
**principles**
128:2
**Prinston** 4:18
**Prior** 12:10
50:16 51:7
224:3, 17
314:18 315:3
360:15 361:6
371:8 372:5,
12, 17, 22
**priority**
144:21
**probable**
35:23 67:21
75:3 77:19
101:20 104:9,

Confidential Information - Subject to Protective Order

18 185:12, 14, 21 186:2, 10 199:4, 17, 19, 23 200:5 220:10 225:19 311:5 313:15
**probably** 12:13 44:5 47:4 49:16 51:19, 20 68:18 96:23 101:23 119:4, 9 121:12 129:7 141:9 147:9 173:4, 7 175:5 187:4 210:10 218:19 252:14 263:13, 15 283:6 316:20 321:19 349:4
**problem** 11:20 20:4 23:18 163:24 286:21 310:13 315:24 385:18
**problems** 13:1
**procedures** 73:9
**process** 36:17 63:20 66:21 107:24 149:7 151:16 157:3, 8, 11 158:5, 17 366:14
**PROCTOR** 2:7
**produce** 24:17 123:16 168:10 196:7 219:11 304:10 331:5 378:5
**produced** 196:5
**produces** 219:9 225:17

**producing** 219:19
**product** 34:12 36:3 135:18 136:5, 11, 21 149:16 150:17 210:4 273:6 346:21 349:18, 20 350:24
**Production** 9:8 153:16 168:18 379:1
**PRODUCTS** 1:4 10:13 18:2, 22 20:19 23:1 25:2 36:10 38:18 59:13 135:24 138:7 162:9, 20 165:12 207:15 214:15 276:21 305:4 346:1 348:1 367:18 368:23
**Professional** 1:15 65:2, 6 66:1 72:17 108:24 109:7 112:13 135:14 139:9 365:20 366:13 387:13
**professionals** 110:19 111:3 140:6
**professions** 263:7
**professor** 51:3, 4, 6, 9, 10, 18
**profile** 111:15 357:8
**program** 51:1 52:5, 6
**programs** 82:15
**project** 205:23
**projects** 117:4

**proof** 81:18 186:4 207:7 255:7 329:20
**proper** 244:12
**properties** 130:3
**proportional** 211:23 290:6
**proposed** 369:17
**propounded** 390:9
**protect** 224:21

**PROTECTIVE** 1:8 221:13
**protein-deficient** 229:11
**prove** 80:19, 23 81:8 82:22 252:20, 23 256:16 333:24 334:5 335:4
**proved** 80:14
**proven** 253:5
**proves** 79:12 80:8
**provide** 37:10 38:1 106:13 127:2 138:24 139:1 346:11 370:10
**provided** 17:22 47:4 98:13 137:5 140:16 367:16
**provides** 363:23
**proving** 78:12 329:16
**Public** 1:17 345:8 387:14 390:23
**publication** 106:6, 9 108:2 321:15
**publications** 117:16 125:13, 15, 16,

17 126:6 130:12
**publicly** 346:17
**publish** 107:21
**published** 42:14 106:23 126:14 233:6 293:14 324:6 354:4
**publishes** 293:16
**PubMed** 98:23 100:7, 12
**pull** 19:12 28:4 135:6 228:20 257:13 277:12 284:22 304:3 323:4 354:24
**pulled** 89:22
**pulling** 242:23 280:10 307:10
**pure** 41:9 96:22 176:23
**purpose** 79:8 327:11
**purposes** 266:3
**pursuant** 1:14
**put** 37:6 69:19 90:10 127:19 203:14, 16 219:17 237:17 238:21 242:17 244:11 245:13 278:17, 22 304:4 320:4 345:22 346:5 365:16 380:24
**putting** 76:16 79:3, 8, 20 252:24 295:20

**puzzle** 275:4

**< Q >**
**Quadrillion** 336:7, 11
**qualified** 113:18 127:1 128:24 129:8, 18
**qualify** 152:18
**quality** 380:14
**quantify** 225:12 249:17
**quantitative** 384:4
**quantities** 273:6
**question** 11:23 14:7, 15 21:7, 16 32:18 47:16 75:22 96:4 97:17 102:8 103:14 110:14 112:20 120:1, 21 121:24 122:9 127:11 135:20 139:13 145:8 152:3 164:13 165:3 166:12 167:18 169:11 173:18 210:10 213:9 214:24 218:2 221:11 230:24 231:7 235:13 239:3, 5, 24 255:22 274:22 288:4 298:4 333:3 341:24 351:10 359:14 363:8 369:4 384:10
**questioned** 70:19 147:6, 11

questioning
70:*11*  71:*1*
119:*21*
**Questions**
9:*14*  13:22
14:*1*  341:*19*
354:*17, 22*
355:*9, 21*
357:*16, 20*
385:*15*  390:8
**quick**  25:*10*
254:*6*  355:22
359:*15*  370:*15*
**quicker**
184:*12*
**quit**  119:*18*
**Quite**  115:*16*
118:*8*
**quote**  205:*20*
369:*23*
**quoted**  165:*15*

< R >
**RAFFERTY**
2:*7*
**raised**  352:*4*
**random**  97:*4*
**range**  26:*14*,
*18*  29:*24*
37:*19*  115:9
171:*16, 22*
177:*18*
179:*10*  187:*6,*
*12*  201:*11*
202:*24*  205:*1*
238:*3*  269:*1*
295:5  305:*14*
**ranges**  27:*1*
170:*10*
**ranitidine**
120:*19*  382:22
**rank**  122:*20*
**rapid**  232:*19*
**rapidly**  244:*22*
**rare**  75:9
**RASPANTI**
5:*8*
**rat**  117:*5*
118:*4, 7*
119:*13*  120:*4*
121:*23*  122:5

162:*12*  180:*8*
181:5  198:*11*
207:*8*  210:*7*
267:*12*
273:*20, 23, 24*
274:*1*  290:*1,*
*14*  291:*15, 24*
294:*22*
296:*19, 22*
297:*2, 5, 8, 15,*
*23*  298:*7, 11,*
*16*  299:*15, 22,*
*24*  300:*7*
301:*13*  302:*4*
312:*10*  337:5
339:5  341:*15*
360:5  367:*12*
369:*3*  377:*1,*
*12*  384:*4, 23*
**rate**  189:*4, 23,*
*24*  190:*2, 6,*
*14, 18*  198:5
232:22  233:*7*
237:*4*  258:*4*
280:*22*  282:*1*
294:*20*  358:*11*
**rates**  83:5
205:7  207:*12*
**ratio**  272:*4, 9*
291:*18, 19*
333:*10*  348:9
**ratios**  79:*15*
191:*11*  310:*24*
**rats**  117:*6*
118:*12, 20*
119:8  121:*8*
131:*23*
137:*12*
164:*17, 18*
165:*10*
168:*14*  177:*9,*
*14*  179:*13, 17*
181:*12*  184:5
198:6  199:9
242:*15*
270:*10*
275:*14*  289:*6*
295:*4*  296:*19,*
*23*  298:*8*
299:*12, 13*
300:5, *10, 14*

331:6  338:*8*
342:*20*
**raw**  37:*7, 10*
**reach**  68:*21*
152:*21*
304:*13*  361:*23*
**reached**  362:5
**reaches**
148:*23*
151:*14*  170:*4,*
*7*  248:*4*
**reaction**
229:*13*
**reactions**
244:*15*
**Reactive**  8:*7*
276:*1*
**reactivity**
276:*1*
**read**  20:*11, 13*
59:*15*  85:9,
*17, 22*  129:9
135:*10*
163:*17*
169:22
203:*21*  219:6
228:*16*  229:5
230:*18, 21*
231:5, *24*
232:*16*  233:*3*
238:*19*
243:*14, 16*
245:*10*  247:*1,*
*10*  251:*2*
257:*19*
260:*11*  276:5
277:*8*  283:*4,*
*9*  299:*10*
302:*15*
310:*21*  318:*8*
319:*10*
320:*13*
322:*24*
324:*17*
326:*18*  327:*3*
329:22, *23*
330:*1*  341:5,
*8*  343:*12*
370:7  387:9
388:*3*  390:5

**reading**  14:6
86:*10*  89:*20*
150:6  283:*1*
328:*21*
**real**  25:*10*
254:6  355:*12*
359:*15*  365:*3*
**reality**  36:*11*
345:*16, 21*
**realize**  370:*21*
**really**  16:*19,*
*22*  32:*17*
36:5  40:22,
*24*  55:*12*
56:22  88:9
100:*23*  101:*1*
112:*23*
119:*20*
134:*17*
136:*18*  154:*7*
157:*3*  166:*11*
170:*23*  189:*3*
201:5  223:*7*
225:5  245:*16*
254:*1*  259:*13*
267:6  329:*16*
348:*11*  355:*7*
358:*11*
362:*17*  377:9
**realm**  107:*16*
160:*12*  205:6
214:*10*
**Realtime**  1:*16*
150:7  387:*14*
**re-ask**  103:*13*
195:7  239:*24*
**reason**  38:*8*
66:*15*  79:*3*
175:*4*  212:*10,*
*16*  229:*20*
238:22  274:*4*
290:*12, 22*
291:*1*  301:9
311:*23*  312:*3*
313:*16*
332:*24*
341:*11*
350:*12*  388:5
389:6, *8, 10,*
*12, 14, 16, 18,*
*20, 22, 24*

**reasonable**
135:*15*  140:9
**reasons**
157:*10*  183:*3,*
*23*  290:*18*
**recall**  26:*4*
27:2  30:*12*
47:9  56:9
83:*16*  88:*14,*
*19, 22*  94:*3, 8,*
*23*  95:*12*
96:9  101:*2*
108:5, *9*
114:*21*  115:*3*
120:*23*  121:*2,*
*12, 15*  124:*14*
141:*14, 19, 24*
142:*1, 6, 10,*
*17*  145:*17*
146:*1, 2, 6, 14,*
*16, 24*  177:*13,*
*20*  179:*1, 6*
186:*24*
195:*14*
203:*23*  204:*4*
242:*14*
250:*14*  274:*3*
276:*13, 23*
277:*1*  283:*1,*
*11*  295:*20, 22*
296:*10*
302:*16*
308:*24*  309:*3*
312:*15*
322:*15, 19, 20*
342:*12*  367:*3*
**recalled**  142:5
**receipt**  388:*17*
**receive**  48:*4*
144:22  155:*3,*
*4*  249:5
**received**  92:*3*
124:9, *13*
144:*17*  145:*9,*
*10, 15, 18*
146:*7*
**recess**  185:5
**recognized**
107:6  143:*21*
144:*1*

Confidential Information - Subject to Protective Order

**recollection**
47:2  88:17
121:16  178:2
195:16  250:16
**recommend**
311:19  314:5,
6
**recommended**
311:22  314:8
**recommending**
286:8  288:6,
11  309:10
**recommends**
309:6
**record**  10:3,
24  71:7  82:8,
12  134:21, 24
135:4  185:1,
4, 9  254:11,
15  287:5, 7,
10, 14  317:16
353:8, 12
355:3, 15, 19
386:1  387:6
**rectum**
241:20  242:4
**redo**  61:6
287:1
**reduce**  16:8
**REEFER**  5:8
286:12, 16
**refer**  114:2
197:3  218:1
219:23  224:9
301:4
**referee**
106:20  107:12
**referees**
106:18
**reference**
49:8  293:17
319:4  330:2
341:8  369:21
370:6
**referenced**
115:5  319:12
340:15, 16
341:23
**references**
100:8  329:8,

*10*
**referred**  341:1
**referring**
181:21  196:4
224:20  320:5
329:14, 19
341:1
**refers**  224:7
329:11
**reflected**  125:3
**refresh**  303:16
**regard**  96:12
115:2  378:7
380:16
**regarding**
78:4  168:21
224:15
237:11  330:22
**regardless**
153:5  154:11,
15  165:20
166:3  172:12
234:20  301:5
**regards**  98:9
105:2  223:8
**regimens**
304:24
**Registered**
1:15  387:13
**regular**  357:5
**regulated**
324:20  325:9
343:16
**regulator**
326:1
**regulators**
325:20
**regulatory**
69:23  77:17
92:17, 21, 24
93:5  94:11,
20  95:3, 17
96:6, 14, 19,
24  97:2
101:11
281:14  284:8
325:17
327:19, 20
328:5, 18
329:4  344:7
345:3

**reimbursed**
73:10
**relate**  109:12,
17  111:11
126:16  143:1
169:15
**related**  40:4
111:14  115:4
120:4  157:20
164:23  168:6
210:6  227:18
306:8
**relates**  303:5
**relation**  332:6,
8
**relationship**
64:2  65:20
129:12
139:23
162:14  199:7,
14  202:8
203:1  205:9
291:2  296:16
**relationships**
137:6  165:9
199:4  214:12
215:10
**relative**  88:10
98:24  104:22
165:10
257:10  265:1
276:20
**release**  149:8,
12  150:11, 16
**released**
150:19, 23
151:5
**relevant**
90:10, 14, 21
100:5  102:8
104:2  184:1
**reliability**
200:21  205:8
**reliable**
224:13  253:14
**reliably**
251:14
**reliance**  30:6
89:10  90:10
99:15

**relied**  87:10,
15  88:21
89:3  90:13
164:18
197:20
306:16
321:24
352:13  353:3
**rely**  18:11
201:19
**relying**  100:7
112:13, 19
123:19
193:21  198:2
384:20
**remain**  199:8
**remarks**
205:12
**remember**
30:7  76:22
91:17  142:21
279:10  283:9
**remembering**
363:11
**remind**  76:18
**reminder**
21:13
**remote**  1:13
10:10  371:19,
20
**remotely**
10:20, 22
**removal**
244:7  249:21
**remove**
155:11
224:16  225:20
**removes**  224:3
**REMS**  341:16
**renal**  75:8
**Repair**  8:14
254:18  255:14
**repeat**  359:14
**repeating**
329:17
**rephrase**  59:7
97:15  235:10
265:14  306:14
**Report**  7:17
17:23  18:17
19:10, 12, 19,

*23*  23:15, 20
24:3, 9  34:20
37:15  38:15
44:10  53:23
58:4  61:2
71:9, 11, 16,
19  76:17
78:18  79:4, 9,
20  84:22
85:5  86:10
87:16, 18
88:4, 15
94:19  103:19
105:12  118:3
131:4, 19
134:14  135:7
137:3  138:1
169:3, 18
174:6, 16, 18
183:1  196:22
197:4  198:20,
24  205:21
207:1  212:11,
18  213:22
216:14  219:5
220:20
222:14
223:23
224:20
228:13
229:16  230:4
232:2  233:17
246:23
265:23
295:15, 21
298:13  299:7
303:1, 2
304:9  306:12,
18  318:5, 11
319:7  320:11,
16, 18  322:7,
22  327:6, 8
329:10  330:6
331:23  332:2
338:23, 24
347:10  351:6
354:4  364:22
369:9  370:6,
22  371:4
379:23  381:1
383:22

**reported**
53:*14* 207:*12*
257:*22* 272:*7*
296:*1* 359:*3*
377:*18*
**Reporter** 1:*16*
11:*1* 231:*5*
387:*13, 14, 22*
**reporter's**
13:*5*
**reporting**
207:*24* 344:*6*
**reports** 77:*3*
85:*10* 101:*9*
129:*9*
**represent**
35:*14* 268:*6*
277:*22*
**representation**
258:*17*
**representative**
26:*15*
**Representing**
2:*7, 12, 17, 22*
3:*5, 21* 4:*6,*
*17, 23* 5:*5, 11,*
*16, 21* 6:*5*
**represents**
64:*16*
**reproduction**
387:*20*
**reputable**
307:*3*
**Request** 9:*8*
48:*13*
**requested**
48:*8* 387:*6*
**required**
111:*8* 318:*12*
**re-raise** 352:*4*
**research**
50:*18* 102:*1*
112:*1, 3, 5, 15,*
*23* 124:*23*
126:*3, 4, 11,*
*16* 129:*1, 19*
130:*2, 12*
139:*21*
142:*13, 14*
143:*5, 7*
144:*13, 15*

146:*10, 19*
147:*5, 12*
160:*9* 228:*5*
263:*23*
264:*12* 278:*9,*
*10* 294:*13*
300:*14* 382:*5*
**researched**
101:*18*
**researcher**
68:*9, 13*
124:*19*
222:*22*
223:*11, 18*
301:*1, 3, 5, 11,*
*15* 318:*20*
**researchers**
106:*4* 144:*16*
147:*17* 297:*2*
300:*13* 337:*16*
**researching**
125:*7* 147:*18*
323:*13*
**residency**
141:*22*
**resident** 117:*3*
**resistant**
290:*15*
**respected**
143:*14*
**respond**
117:*22*
**response**
52:*12* 102:*13*
161:*20* 163:*2*
166:*23* 211:*5,*
*8* 215:*17*
311:*3* 374:*21*
**responses**
104:*20* 166:*8*
**responsibilities**
93:*12* 124:*18,*
*21*
**responsibility**
69:*19*
**responsible**
278:*2* 351:*20*
352:*18*
**rest** 245:*14*
**result** 37:*16*
154:*16* 282:*11*

**resulting**
161:*3*
**results** 36:*15*
84:*17*
**retailer** 64:*16*
**retained**
42:*22* 43:*1, 5,*
*11, 14, 21*
**retard** 232:*20,*
*23*
**retards** 233:*7*
**retirement**
50:*6*
**return** 388:*15*
**returns** 100:*7*
**reverted** 271:*6*
**review** 30:*3*
46:*6* 47:*10,*
*14, 23* 72:*23*
78:*21* 85:*13*
87:*8, 13* 91:*1,*
*24* 92:*9, 11*
97:*22* 98:*2,*
*13* 107:*24*
108:*7* 114:*23*
116:*7* 126:*8*
127:*12*
130:*23* 134:*5*
141:*6* 147:*13*
164:*6, 21*
169:*3* 261:*13,*
*22* 307:*16*
318:*17* 319:*5*
320:*7*
**reviewed**
20:*17* 48:*4*
85:*11* 89:*2*
90:*4* 91:*14*
92:*5* 93:*18*
96:*8, 24*
99:*24* 101:*5,*
*8* 115:*21*
123:*4* 136:*6,*
*22* 140:*20, 21*
203:*18* 232:*9*
274:*7* 310:*5*
322:*16*
**reviewer**
107:*12*
**reviewers**
106:*13, 18*

**Reviews**
142:*14* 143:*9*
**RIDDELL**
2:*19*
**right** 11:*15,*
*18* 13:*4, 22*
14:*1* 25:*12*
26:*13* 28:*6*
32:*10, 11*
34:*18, 24*
43:*22* 44:*17*
54:*2* 60:*2*
82:*4, 7, 11*
91:*10* 92:*15*
108:*17*
113:*16*
114:*12* 124:*1*
126:*21*
128:*18*
132:*23*
134:*16, 23*
135:*3, 5*
139:*2* 142:*6*
148:*3* 153:*2,*
*7* 155:*20*
158:*6* 171:*6,*
*19* 172:*3*
174:*7, 20*
185:*8* 207:*22*
208:*4, 6*
214:*5* 223:*6*
229:*4* 245:*20,*
*22, 23* 246:*22*
253:*1* 254:*10,*
*14* 257:*5*
260:*5* 261:*16*
263:*24*
267:*18*
271:*16* 272:*4,*
*5, 23* 275:*10,*
*15* 279:*17*
280:*10* 282:*2,*
*16* 285:*17*
286:*5* 287:*9,*
*13* 291:*18*
292:*7* 297:*9,*
*16* 298:*14*
300:*1* 308:*6*
316:*13* 317:*1*
318:*3, 21, 22*
320:*16* 322:*8*

323:*21* 324:*2,*
*7, 8* 327:*14*
331:*12*
333:*23* 335:*1*
344:*13, 22*
349:*2* 351:*2*
352:*20* 353:*7,*
*11, 20* 354:*20*
355:*14, 18*
357:*3* 380:*10*
385:*24*
**right-hand**
45:*18*
**rings** 142:*9*
**risk** 15:*8, 20*
16:*6* 17:*24*
18:*7* 19:*3*
20:*20, 22*
21:*4* 22:*12*
23:*8* 53:*13*
59:*21* 60:*8*
68:*11* 69:*12*
74:*14, 18, 20*
75:*17* 76:*19,*
*23* 91:*20*
104:*1* 155:*6*
158:*20*
206:*18*
208:*10*
211:*11* 212:*1*
213:*17*
222:*19, 24*
223:*9* 248:*24*
249:*6, 9*
252:*3, 15*
253:*19*
254:*21*
255:*17*
256:*10* 265:*9,*
*21* 266:*14*
276:*3* 297:*13*
332:*11*
337:*21*
339:*13* 340:*7*
342:*4* 344:*4*
345:*23* 346:*6*
367:*2* 380:*20*
**risk/benefit**
58:*3* 72:*6*
76:*5*

risks 66:5
71:23, 24
73:24 74:15,
23 75:7, 11
Rite 4:23
Rkum@duane
morris.com
4:17
Road 3:9 6:3
ROBERT 1:4
4:14
robust 360:17
rodent 311:1
role 60:12
87:7 168:8
217:5, 12
room 286:18
ROSEMARIE
2:19
Rosemarie.bog
dan@1800law1
010.com 2:21
Roszel 6:3
rough 295:18
roughly 52:2
round 47:3
149:15, 21
360:17
rounded 49:24
rounds 109:8
route 197:10
275:8 365:14
routes 130:14
131:8 364:11
rows 322:5
RUEB 2:14

< S >
safe 23:22
138:12
214:13
324:22
325:10 326:14
safer 345:8
safety 107:19
109:17
111:15 160:10
sake 13:5
268:8
sampled
242:20

samples
257:23
SARA 3:7
385:19
sartan 54:19
sartans 54:6
55:21, 24
56:3, 5, 15
57:2, 15, 23
58:5, 17 75:7
saturable
189:14
saturate
175:18
187:14 189:8,
18
saturated
176:6, 13
188:9, 13
saturation
189:2, 4
190:11
361:19 362:2,
10, 13
saw 79:9
121:4, 16
134:12, 14
142:5 154:12,
17 177:10, 22
240:11 241:3,
6
saying 11:15
73:20 81:13,
14 86:24
87:1 91:9
99:23 152:18
168:20 178:3
184:4 199:19
203:23 204:5
226:15
242:13
249:10 252:7,
13, 16, 17
258:7 271:2,
5 274:19, 20
291:15
311:14, 24
312:18, 22
313:7 314:15
325:8 334:4
336:17 382:18

says 34:17
73:16 86:3
89:10 163:18
203:19
205:21 206:6
215:3 235:17
246:1 260:3
280:16
301:12
313:14
331:12 340:4
344:17
353:15 372:9
scale 133:14
183:14
311:16, 24
scaled 165:19
166:1 348:10
scaling 133:3,
23 161:24
162:5 163:5,
11, 12, 23
164:1, 11, 23
166:21 167:1
310:23
311:20 313:8
scanned 141:9
283:6
scanning
23:18
scenario 155:4
ScieGen 5:5
science 284:3,
9 308:10
344:6 360:4
scientific
20:16 108:20
109:6 111:10
135:14, 16
139:9 140:5,
10
scientists
377:6
scope 77:13,
21 106:11
107:22 119:2
257:1, 7
344:15, 24
345:11
350:17 351:4

375:17
380:22 381:16
score 144:22
scratch
103:13
175:14
215:21, 24
250:7 262:16
279:2 294:8
327:9 331:13
screen 45:16
46:10, 12
Screening 7:23
scroll 92:16
321:5
scrolling
244:17
search 98:17
100:12 296:14
second 19:14
25:12 28:18
44:9 82:21
102:11 150:9
180:13 229:4
230:14 241:2
250:8 256:19
257:17
262:17
279:13, 14
310:21 322:7
328:23 329:6
341:21
354:24 385:16
secondly 338:6
section 131:19
184:12 317:15
sedatives
195:11, 17
see 14:22
26:2 28:11
39:7, 10, 17
41:6 44:17
66:8 68:5
78:17 79:16
85:14, 19
108:14
121:19 122:6
125:18
126:22 130:2
134:7, 8, 10
141:10

152:13 177:5
194:12, 19
200:20 203:8
205:2 208:18
227:18
242:21
243:18
258:15
279:21 286:6
292:24 296:8
304:4 306:21
307:17
308:21 310:9
321:5, 15
322:5, 10, 14
327:8 332:19
338:16 341:3
369:5
seeing 96:10
120:23
186:24
195:15 274:3
279:19 322:20
seek 164:9
330:22
seen 17:15
18:13 36:23
37:2 77:3
122:13
133:18 134:4
189:13
196:24
197:17
198:10 215:2
240:16 242:3
250:15 283:8
308:1 310:14
322:23 382:4
sees 149:21
segment
219:10
selected 48:14
353:24
selecting 102:7
selection
107:2 224:11
self-criticism
181:24
semi-state
50:6

Confidential Information - Subject to Protective Order

send 106:12
354:12
sending
349:22  350:23
sense 158:4
225:14
268:12  363:9,
10  377:9
379:10
sent 48:2, 9,
14  84:24
354:7
sentence 72:4
219:7, 18
229:5  230:19
232:16  233:4
243:15, 16
244:2, 11
247:2  299:11
320:14
324:14, 18
326:19
328:17, 24
329:3, 6
343:13
sentences
169:23
245:11  318:9
319:21
Sentry 5:14
separate
29:24  364:11
September
1:10  10:8
387:15
seriously
258:5
served 54:3
SERVICES
1:20  10:6
278:7, 15, 18
set 246:17
271:11  273:10
setting 68:18
109:4  168:9
175:22  281:24
SHAH 6:3
shapes 198:22
199:3
share 118:23

119:8
shared 280:4
sharing 131:8
sheet 388:7, 9,
12, 15  390:12
shift 128:17
Short 82:9
135:1  254:12
287:11  353:9
355:16  362:17
Shorthand
1:16  387:13
show 78:16
83:9  84:11
149:23
204:14  233:6
240:6  251:14,
18  260:2
showed 297:12
showing 78:9
103:2  243:4
338:4  339:18
340:2  359:4
369:15
shown 138:12
180:9  192:23
216:18
299:15  381:21
shows 38:21
204:6
shut 55:17
287:1
side 12:20
139:12
281:11, 13
316:3  357:7
366:16
sign 387:9
388:8
significant
94:12, 16
significantly
267:2  291:4
signifies
143:13
signing 388:10
signs 66:4
similar 64:4
117:21  118:5,
12  119:12
122:5  156:9

157:20
172:19  179:9,
17  183:5
184:5  187:4
205:17  275:20
similarly
121:8
simple 384:10
simplicity's
268:8
simply 339:12
SIMPSON 2:4
single 47:19
81:7  96:10,
21  114:21
256:22
318:12, 24
319:11, 24
sir 175:1
site 150:17
233:2
sites 188:6
situation
96:20  158:9
357:10
six 285:4, 5
371:11
sixth 322:11
size 341:17
slow 232:22
233:1  293:6
slowly 150:16
188:18
small 30:15
122:17
149:14, 18
151:14  152:9,
11  170:2
205:7  232:19
235:22  236:2
240:22  241:1,
24  243:6
244:23  245:1
246:1, 3, 11,
15, 19  304:24
358:5  360:5,
18, 24  363:4
364:6  373:6,
12
smaller 52:6
182:20

societies
109:7  110:19
society 109:1
Solco 4:19
solid 373:1
380:3
solidly 199:13
somebody
63:5  159:9
223:20  329:17
someone's
59:21  60:8
68:11  218:21
236:20
330:24  335:1
somewhat
179:8
soon 53:17
sorry 11:23
20:14  21:12,
17  23:22
24:7  26:22
33:2  38:9
46:17  53:15
59:7  62:6
64:11  69:6
70:7  72:2
78:12  84:14
85:16  99:17
103:22
107:10
112:19
119:19  124:6
143:19  146:1
154:6  155:17,
18  166:1
193:8  194:3,
14  197:22
198:18
201:23  210:9
215:21, 24
227:9  231:2
233:11
234:15  235:2
244:20  246:9,
10  247:8
251:22  263:4
279:16, 18
282:17  285:2,
15, 18  292:21
294:8  302:17

314:21, 22
328:10  345:2
347:16  359:1
365:23  368:9
371:16  372:9
385:17
sort 52:14
53:3  54:22
84:1  88:9
91:19  98:21
106:16  126:8
212:8, 9
214:7  224:10
235:22
256:15
263:12  264:7
289:20
361:21  363:1
sound 72:11
sounded 72:9
sounding
127:17
Sounds 19:21
source 153:12
sources 251:1
South 2:10
4:10, 15  50:17
space 388:6
spanning
111:23
spare 178:22
speaker 54:24
55:11, 14
110:14
speakers 54:12
speaking 54:4
235:8
specialist
129:1, 19
specialty 87:3
301:11
species 104:20
120:6  132:6
168:13  169:9
177:10  180:4
181:4  183:10
184:3  273:13
275:18  297:6
311:1, 17
318:14

Confidential Information - Subject to Protective Order

specific 43:3
71:15 83:14
84:16 106:13
117:24
140:24
155:14, 16
157:14
173:14 174:7
175:3 180:2
218:2 224:18
278:20 296:5
309:15 310:2
375:7, 12
379:10
specifically
47:9, 17
52:18 62:21
63:6 94:4, 9
95:12 96:5
116:10
121:15
146:14
156:20 175:3
195:15 283:9
312:15
specified
174:16
speculation
61:15 344:1
350:4
spend 84:21
spent 147:17
148:2, 10
217:8
sponge 362:4,
5, 7
spring 44:5
Squibb 54:9
stable 157:13
stage 70:17
stance 325:21
standard
253:1 262:24
263:5, 13
standardized
118:6
standards
99:20
standpoint
41:10 96:23
127:10 325:17

stands 26:5
325:2
start 125:13
205:8 206:20
245:11
253:17 338:5
started 52:5
98:24 124:17
296:15
starting
324:14 343:13
starts 93:3
216:12 219:7
229:6 230:19
232:17
243:15 247:3,
7 257:18
299:11 320:15
State 5:3
199:13 388:5
stated 222:13
248:19
339:24 340:1
statement
22:20 76:17
201:18 239:3
313:24
316:19 319:3
344:7
STATES 1:1
10:15 318:11
349:2 350:24
356:14
stating 79:11
319:2
statistical
83:10 200:23
statistically
37:21
statistics
106:15
status 51:14,
15
stay 243:9
285:11
staying 355:5
stenographic
10:24
step 17:3
106:17 149:7
189:15

219:19
320:15, 19
STEPHEN
3:14
steps 149:23
steroid 376:12
Stipulations
9:11
STOLLER
2:14
stomach
152:9, 10
170:3 232:20
240:13, 16
241:7 364:5
373:5
stop 63:3
stopping 76:22
store 68:17
Straif 369:20,
22 370:12
straight 182:5
200:16
210:20 212:7
strain 296:5
Street 2:10,
15, 20 3:3, 14
4:4, 10, 15, 21
5:3, 19
strength 27:9
357:12
strict 55:12
strictly
343:16 384:11
strike 122:9
353:21 371:17
strong 159:13
stronger 96:17
Structural
56:2
structure
156:5
students
51:24 52:4
66:19 357:19
studied 22:5
160:7 222:5
294:23
299:14 304:7
382:14, 17

studies 18:23
41:11 77:6, 7
78:14, 22
79:7 80:1
82:22 83:1, 9,
23 84:6
89:15 90:3
96:8 103:1
104:15
114:24 115:4
116:14, 16, 20,
23 117:1, 15,
18 118:2
120:14
121:22 123:3
126:12 137:5
156:23
157:12, 22
164:16, 18
166:2 167:22,
24 168:21
173:4 175:13,
16 177:5, 12
180:9, 19
182:21
183:11 187:2
197:15
199:20
201:22 207:8
208:1, 24
210:7 216:18
240:5 243:4
251:12, 16
256:14
258:14, 20
259:10, 13, 19
260:11, 23
261:10, 23
267:12
270:11 274:6
292:15
295:23 296:8,
9, 22 297:5
298:21 299:4,
15 300:7, 21
301:2, 12
302:3, 5
304:9, 15, 21
305:13 306:1,
4, 10, 15
312:16

339:11 340:5
341:6 342:2
359:4 360:5
366:19, 20
368:18
369:14, 19
381:20
382:20 383:9
384:5
study 24:15,
23 52:10
73:9 77:11,
18 81:7
84:18, 19
89:16, 17, 18,
21, 22 96:21
97:4 117:12
120:19
122:13
145:20
156:19
165:16 168:5
170:18
177:11, 12, 22
178:10, 17
179:3 182:1
183:19 197:4
198:3 200:23
203:3 204:6
205:10, 17
238:10
240:10 241:3
242:12
257:14 298:1,
6, 8 301:4
302:1, 15
303:2, 3, 7, 15
304:4 339:17
340:15, 21, 23
341:11, 16, 22
342:19
356:24 369:23
studying
142:8 323:19,
20
stuff 263:1
279:16
284:13 352:11
SUBJECT
1:8 354:18
388:10

Confidential Information - Subject to Protective Order

subjective
175:7
submission
115:1  125:5
submit  116:6
submitted
102:4  108:1
147:13
Subscribed
390:19
substance
80:16  109:13
111:12  113:2,
20  129:16
133:2  149:3
165:20  166:4
172:12
176:22  213:3
214:18  215:5
219:12, 20
220:22
335:12
336:19
373:11  390:11
substances
112:24
128:17
191:14, 22
193:17, 18
194:7  195:23
251:3  376:6
substance's
149:5
substantial
235:18
substantially
14:23
substantiate
334:16
sufficient
154:19  245:5
suggest  18:19
suggesting
197:1
Suite  2:4, 10,
15  3:9, 19
4:15  5:14, 19
summary
243:11  258:16
summer  49:16

super  104:21
375:7
supervision
387:22
supply  245:1
SUPPORT
9:2  20:18
79:6  87:23
179:20
318:15
319:16  330:3,
7
supported
319:15
supportive
100:14
suppose  61:5
supposed
188:2  277:19
359:22
supposing
67:7
suppresses
53:9
sure  17:19
19:13, 24
26:17  33:10
58:20  60:1,
19, 21  65:16
69:7  72:24
75:5  77:9
97:13  112:20
113:9  116:21
140:15  146:4
159:9  165:3
166:11  196:3
199:11, 16
201:14
213:10  220:1
242:15  254:8
264:13
272:21
273:23  280:9
281:21
284:16
293:16  299:4
312:2  315:21
332:23  355:9
376:21  378:23
surface
132:19

310:24
311:12, 14, 15,
18, 24  312:13,
19  313:1
surgery  142:2
surgical
141:21  146:9
surrogate
362:19  384:21
surrogates
383:9
surveillance
53:4, 6  224:2,
10, 16  225:2,
5  226:1, 17
susceptible
103:16  123:7
244:5
suspect  94:22,
24  133:8
255:1
suspicion
151:4, 8, 9
157:1, 6
342:17, 23
sustained-
release  150:15
swear  11:2
88:18
swine  181:10
302:20
switch  370:1
switched  36:1
switching
124:17
sworn  10:22
11:6  387:5
390:19
system  53:8
69:2  224:2,
10, 16  225:2,
5  226:1, 17
249:21
360:21
373:18  374:4,
9, 10, 11
systemic
148:24
152:22  170:7
176:3  187:16
359:10  360:7

systemically
80:3  247:15
systems  53:4,
6

< T >
table  267:7
354:3
tables  138:9
367:16
369:15, 21
tablet  123:24
27:9  32:8, 9
37:17  149:9
364:4
tablets  31:14
35:18  41:4
98:11  127:19
128:6  152:20
take  17:13
19:2  21:7
22:2, 9  23:17
28:11  35:18
41:19  48:15
82:1  99:11
121:14  167:4
174:21
184:16, 24
185:15  208:2
254:6  267:22
269:16
270:20
274:17
325:20  353:5
taken  1:13
11:22  12:1,
23  92:1
148:23  149:3,
10  185:6
315:14
takes  188:19
287:18  291:23
talk  13:6
55:16  71:15
205:6  211:10
235:16
248:21
294:20  297:2
353:21
talked  138:14
169:5, 9

248:10
294:11
312:10  347:6
359:5  369:1
talking  17:10
58:4  67:16
73:6  74:13
75:13  104:23
111:11
119:23
138:11
151:17  154:4,
9  159:12
172:9  174:23
180:5, 8
181:3  182:24
183:11, 16
184:2  192:10
200:18  201:9,
10  204:15
209:5  211:9
221:1, 2
230:1, 11
234:5  235:19
240:19  264:7
289:11  294:6
304:1  318:20
335:13, 15
337:2, 14
347:20
349:10, 12
363:19
taught  66:20
142:2
TD50  289:11,
12, 16
teach  50:8, 23
52:1  357:19
teaching
49:21  50:12
team  50:1
TECH  19:13,
24  20:4  29:1,
5  48:22
105:15  285:3,
20
technical
286:17
technically
123:20

Confidential Information - Subject to Protective Order

**TECHNICIAN**
6:*8*, *10*
**techniques**
117:*9*
**tell** 17:*7* 23:*6*
31:*8* 91:*15*
123:*23*
124:*15*
141:*13*
144:*11*
156:*17*
259:*20*
329:*16*, *21*
332:*14*
**telling** 118:*11*
313:*17*
**ten** 51:*21*
52:*7* 59:*1*
115:*12*
123:*15*
171:*17*
241:*10*
333:*11*
335:*16*, *24*
336:*5*
**tens** 260:*16*
261:*3* 367:*22*
369:*2*
**tenth** 250:*18*
**teratogenicity**
157:*12*
**term** 66:*10*
73:*20* 75:*2*
127:*9* 148:*17*
170:*9* 190:*11*
212:*3* 271:*23*
361:*16* 362:*3*
**terminology**
73:*2*
**Terminus** 3:*8*
**terms** 15:*15*
36:*16* 86:*17*
95:*21* 96:*16*
118:*16*, *18*
125:*4* 166:*17*
167:*17*
170:*14*
172:*15*, *17*
198:*21*
**test** 33:*5*
354:*8*

**tested** 33:*7*
103:*12*, *24*
354:*1*
**testified** 11:*7*
143:*11* 156:*9*
185:*11*
213:*19*
216:*10*
221:*19*
299:*18*
302:*19* 372:*4*
**testify** 315:*1*
**testifying**
70:*18*
**Testimony**
7:*3* 40:*11*
214:*8* 221:*15*
223:*15*, *21*
348:*15*
378:*13* 387:*6*
**testing** 27:*2*
36:*19*, *20*, *22*
38:*2*, *10*, *20*
47:*7* 136:*7*
232:*9* 346:*22*
351:*21*
**Tests** 7:*23*
**Teva** 3:*21*
4:*6*, *7* 42:*22*,
*23* 43:*5*, *9*, *12*,
*16* 44:*18*, *22*
45:*3*, *6*, *9*, *20*
46:*6* 47:*4*, *7*,
*12*, *14*, *23*
91:*12*, *19*
**Thank** 20:*2*
105:*20* 145:*8*
216:*24* 220:*2*
256:*18*
270:*17* 285:*5*
310:*11* 329:*2*
354:*15*, *20*
369:*11*
**theoretical**
255:*4*
**theoretically**
255:*1*
**theoreticals**
235:*23*
**theory** 227:*1*

**therapeutic**
72:*7* 74:*6*, *12*,
*23* 75:*13*
109:*18*
111:*16* 363:*23*
**therapies**
356:*17*
**thesis** 205:*22*
**thing** 31:*14*
58:*3* 85:*16*
110:*8* 114:*5*
125:*9* 171:*24*
197:*11* 237:*2*
256:*4* 272:*23*
**things** 51:*21*
73:*14* 94:*6*
98:*21* 100:*6*
109:*9* 180:*23*
213:*24*
233:*21*
239:*10*
248:*17*
249:*24*
316:*24*
348:*10* 374:*7*
**think** 12:*8*
15:*12*, *14*
16:*24* 17:*12*
18:*13* 19:*9*
23:*10*, *16*, *21*
28:*1* 29:*1*
30:*5* 34:*5*
36:*21* 40:*2*,
*13* 42:*7* 43:*4*,
*10* 44:*7*
46:*22* 47:*3*
52:*7* 56:*6*
57:*5*, *6* 61:*12*
62:*15* 67:*19*
68:*4* 70:*24*
71:*17* 73:*22*
74:*8*, *17*
76:*10* 77:*14*,
*17*, *23* 78:*8*
80:*6*, *7* 87:*6*,
*14* 93:*3*
100:*3* 102:*7*
105:*13*
118:*17* 119:*3*,
*11*, *22* 120:*22*
127:*7*, *9*

128:*24*
129:*17* 131:*3*,
*23* 132:*17*
140:*19*
143:*16*, *20*
147:*2* 153:*3*
158:*10*
159:*17*
160:*17* 163:*9*
174:*18*
177:*10*, *22*
179:*3*, *8*
182:*22*
183:*18*
184:*14*, *17*
186:*10* 193:*9*
195:*22*
199:*18*, *23*
200:*9* 202:*21*
203:*12* 205:*5*
213:*23*, *24*
217:*4*, *7*
218:*3* 221:*5*,
*10* 230:*9*
231:*6*, *17*
235:*17*
238:*17* 240:*4*,
*10* 245:*12*
248:*9* 263:*15*
271:*1* 272:*1*
279:*8* 280:*2*
281:*6*, *16*
284:*7* 288:*10*
293:*3* 297:*4*
298:*10*
303:*11*
305:*11*
309:*18*
313:*20*, *21*
315:*4*, *5*, *11*
316:*18*, *19*
319:*2* 320:*3*
322:*11*, *18*
325:*4*, *16*
326:*16*
330:*15* 334:*7*,
*21* 335:*9*
336:*20*
337:*18* 341:*8*,
*19* 346:*5*
347:*5*, *17*

348:*11*
349:*21* 350:*5*,
*7* 352:*15*
353:*15* 371:*5*
376:*24* 377:*5*,
*24* 379:*16*, *17*
381:*3* 385:*17*
**thinking**
362:*9* 374:*20*
**thinks** 68:*9*
199:*17*
205:*24* 337:*19*
**thirdly** 182:*17*
**thirty** 388:*16*
**THOMPSON**
3:*7* 7:*8*
14:*12* 15:*10*,
*22* 16:*10*
17:*16* 19:*5*,
*18* 21:*10*, *22*
22:*14* 24:*5*
26:*19* 29:*19*
31:*4* 32:*23*
33:*18* 35:*7*
37:*11* 38:*3*,
*12*, *22* 39:*14*,
*22* 40:*10*, *19*
42:*2*, *10*
45:*23* 47:*24*
48:*10* 53:*15*,
*20* 56:*18*
57:*8*, *18* 58:*8*
59:*4*, *22* 60:*9*
61:*3*, *14*, *21*
62:*18* 63:*14*
64:*15* 65:*12*,
*22* 67:*23*
68:*14* 69:*15*
71:*13* 72:*13*
74:*3* 75:*19*
76:*7* 77:*12*,
*20* 80:*4*
81:*10* 82:*2*
83:*6*, *19*
85:*15* 87:*24*
88:*6* 89:*6*
90:*15* 92:*6*
94:*13* 95:*7*,
*19* 97:*5*
100:*21*
101:*21*

Confidential Information - Subject to Protective Order

102:22  104:4
105:6  109:14
112:16  113:6,
21  114:9
115:14
118:14  119:1,
15, 19  124:2,
24  127:4
129:4, 20
130:7  131:16
133:5, 15
136:8, 16, 23
137:21  139:3,
15  143:17
144:3  145:22
146:11, 21
147:7, 20
148:4, 11
151:2  153:8,
23  158:13
159:5, 19
160:2, 20
161:16  162:1
163:6  164:24
165:22  166:5
167:14  168:1,
23  171:11
172:20
173:15  178:6
179:23  184:6,
19  185:22
186:5, 12, 20
187:17
188:15
189:10, 20
190:21  192:2
193:6  194:11,
15  195:12
197:24
198:17
199:24
201:24
203:10  204:2,
11  206:3, 10,
21  208:12
209:13, 23
210:22
212:13, 22
213:6  214:20
215:7  216:3
217:2, 21

218:8, 15, 23
220:5, 13
221:7, 20
222:10  223:1,
12  225:7
226:4, 21
227:13  228:3
229:17  230:6,
15, 23  231:4,
14  232:3, 11
233:18
234:13, 24
236:4, 13, 21
237:15  239:2,
6, 15  241:11
242:7  243:1
244:18  246:7
247:4, 9
248:7  249:1,
14  250:12
251:8, 20
252:5  253:2,
11, 21  254:8,
22  255:19
256:11, 24
257:6  258:11
259:6, 16
260:19  261:5,
17  262:5
264:1, 16, 22
265:11
266:17  267:4
269:19
270:23
271:20  277:6
279:6  280:2,
8, 23  281:19
282:3, 13
283:24
284:14
286:23  288:8
290:9  291:6,
20  292:18
294:15
298:18  299:1
300:2, 18
301:16, 22
303:18, 20
304:18  305:9,
22  308:12
309:7  313:9,

18  314:11, 20
316:15  317:2,
10  318:2
319:8  323:22
325:13, 22
326:6  327:15
328:8, 11, 19
330:9  331:19
332:3, 17
333:17  335:2
336:23
337:23
338:20
339:14
340:12  342:6,
14  343:24
344:14, 23
345:10
346:12, 23
348:13  350:2,
16  351:3, 24
352:3, 21
353:18
354:21  355:6,
12, 20  356:2
359:16
361:12  366:9
368:8  370:9
373:15
374:17
375:16  376:1,
18  377:3, 13,
22  378:12, 21
379:7, 14
380:11, 21
381:8, 15
382:1, 15
383:3, 16
384:1, 16
385:4, 11, 16,
20
**Thompsons@gt
law.com**  3:11

**THORNBURG**
4:19
**thorough**
102:5  233:22
238:17  239:1
**thoroughly**
86:6

**thought**  21:6
50:5  78:6
79:19  86:11
100:5  230:4
231:3, 23
327:7, 11
330:5, 6
341:15  369:15
**thousand**
27:16, 17
179:14  180:6
209:1  210:5
335:8
**thousandfold**
182:18
**thousands**
138:11  140:2
183:16
207:13
260:16  261:4
356:16
367:21, 22
369:2
**Three**  4:3
35:15  56:10,
21  57:15
58:14  93:4
110:7  183:10
201:4, 12
325:1  368:17
**threshold**
117:15  195:4
196:14, 20
197:2, 23
198:15
201:20
203:20, 24
204:10  206:2,
9, 13, 19
208:9  209:10,
20  210:13
213:5, 15, 21
214:1, 19
215:5, 15, 18,
23  216:2, 6,
12, 16  222:15,
17  237:24
238:1, 3
325:10
326:14  340:9,
18

**thresholds**
324:21
**thumbs**  118:17
**till**  93:4
**time**  10:8
13:7  20:19
23:17  26:24
35:16, 19
36:3  49:14
50:13  81:24
82:6, 10
88:10  101:18,
24  102:11
115:8  121:14
124:17
126:13
134:17, 22
135:2, 20
146:7  148:9
151:13
156:13  165:4
174:22
184:15  185:2,
7  202:16
212:9  217:8
242:21  254:9,
13  263:13
279:19
282:15  287:8,
12  318:6
323:17  353:6,
10  354:16
355:13, 17
357:3  373:8
385:23  386:6
**times**  24:24
28:19  29:4, 6
63:2  106:23
121:17
123:15
138:11  140:2
142:22
171:18
179:13, 15
180:7  183:16
207:13  209:1
210:5  238:4,
13, 14  248:11,
20  270:15, 19,
21  274:15, 17
333:11

335:*16, 24*
337:*6*  348:*2,
3*  365:*24*
367:*22*  369:*2*
**timesing**
268:*22*
282:*10, 12*
**tissue**  122:*23*
249:*4*
**tissues**  155:*5*
225:*3*  226:*3,
19*  247:*18*
248:*6, 24*
381:*22*
**title**  89:*21*
**today**  216:*11*
263:*14, 15*
354:*16*
361:*17*  382:*23*
**Today's**  10:*7*
**told**  16:*15*
**top**  31:*6*
45:*18*  68:*8,
13*  85:*12*
86:*2*  115:*6*
133:*7, 11*
141:*17*
147:*16*
156:*18*
160:*18*  190:*5,
9*  195:*19*
310:*8*
**topic**  126:*10*
**tossed**  315:*9*
**total**  31:*20*
101:*5*  258:*1, 6*
**totally**  63:*4*
287:*23*
**touch**  192:*9*
**touched**  95:*10*
364:*2*
**touches**
372:*17, 22*
**toxicity**  217:*9*
366:*17*
**toxicologist**
214:*17*
221:*18*  222:*8*
223:*20*
**toxicologists**
214:*9*

**toxicology**
221:*11*
**toxin**  375:*8*
**toxins**  374:*23*
375:*10*
**trace**  135:*18,
22, 24*  246:*20*
**track**  93:*13*
**tract**  240:*9*
242:*5*  244:*21*
**trained**  31:*9*
**training**
141:*11*  146:*8*
**transcript**
372:*8*  387:*9,
19*  388:*17, 19*
**transcription**
390:*7*
**transcripts**
91:*1, 6, 23*
101:*10*
**transplant**
53:*2*  315:*15*
316:*1*  378:*16*
**TRAURIG**
3:*7, 11, 18*
**treat**  158:*20*
**treating**
187:*21*
**treatment**
135:*17*
140:*12*  201:*5*
**TRIAL**  19:*13,
24*  20:*4*  29:*1,
5*  66:*3, 7*
72:*20*  73:*7,
11*  105:*15*
285:*3, 20*
**trials**  66:*21*
81:*20*  158:*1*
164:*18*
183:*23*  367:*9*
**tried**  98:*18*
131:*20*  284:*8*
330:*21*
**trillions**
337:*10, 20*
**true**  199:*8*
200:*4, 8*
201:*16*
202:*11, 14*

203:*7*  258:*23*
292:*3, 8*
302:*11*  349:*8*
387:*6*
**try**  11:*18*
13:*5*  18:*17*
28:*23*  35:*13*
36:*5*  41:*13*
93:*13*  97:*15*
126:*5*  166:*10*
216:*11*  304:*9*
305:*6*  306:*6*
**trying**  21:*10*
40:*22*  41:*18*
71:*7*  102:*9*
114:*20*
121:*12*
131:*12*
158:*19*
202:*19*  209:*7*
225:*11*  268:*6*
280:*9*  284:*5*
285:*11*
286:*24*  304:*5*
328:*4*
**tube**  241:*7, 15*
242:*18, 19, 20*
**tumor**  289:*22*
292:*1*  383:*11*
**tumors**
211:*19*
289:*23*
290:*15*  367:*14*
**turn**  53:*17*
**turned**  50:*6*
160:*13*
**turns**  120:*2*
341:*16*
**twice**  29:*17*
100:*19*  138:*6*
144:*20*
**two**  45:*12, 22*
58:*20*  67:*14*
79:*20*  84:*23*
93:*4*  108:*23*
122:*21*
123:*14*
128:*16*
130:*18*  132:*6*
163:*18*
169:*23*  170:*5*

177:*12*
180:*22*  191:*4*
201:*4, 12*
240:*15*
258:*20*
273:*12*
278:*20*
279:*15*  318:*9*
319:*21*
323:*18*  329:*7*
341:*9*  355:*8*
369:*19*  371:*23*
**two-thirds**
324:*11*
**Tyler**  6:*10*
19:*11, 22*
25:*10*  28:*3,
22*  34:*14, 19*
35:*2*  44:*6, 20*
45:*1*  53:*23*
71:*10*  72:*3*
85:*3*  92:*17*
99:*13*  105:*10,
14*  108:*10*
111:*19*
114:*13*
115:*23*
125:*10, 22*
135:*6*  169:*17*
228:*19*
257:*12*
277:*11*
279:*13, 15*
284:*21*  285:*1,
15*  307:*9*
309:*16*
310:*18*  318:*4*
321:*22*  323:*3*
**type**  49:*10*
64:*4, 23*
151:*11*
159:*11, 16*
253:*14*
365:*17*
366:*18*  380:*4*
**types**  55:*24*
56:*14*  57:*15*
98:*21*  108:*24*
109:*9, 23*
116:*15*  191:*4*

374:*23*
**typical**  187:*8*
**typically**  74:*9*
75:*12*  109:*6*
116:*5*  128:*13*
149:*14*
172:*10*
262:*13, 18*

**< U >**
**U.S**  4:*18*
278:*6, 17*
**ulcerative**
187:*23*
**ultimate**
366:*23*
**ultra-
conservative**
281:*11*
**unable**  15:*8,
14*  123:*23*
**unacceptable**
39:*21*
**uncertainty**
201:*11*  202:*7*
**unchanged**
17:*9*  247:*14*
**unclear**  201:*8*
**uncommon**
240:*18*
**underestimate**
258:*5*

**underestimated**
348:*6*
**undergoes**
358:*6*
**underpowered**
339:*12*  340:*5*
342:*2*
**understand**
13:*11, 16, 24*
14:*15*  43:*18*
66:*4*  112:*20*
166:*11*  213:*9*
214:*23*
239:*22*  268:*9*
269:*12*  280:*8*
311:*9*  351:*12*
357:*24*  375:*19*

Confidential Information - Subject to Protective Order

**understanding** 165:*14* 181:*17* 224:*24* 241:*23* 381:*1*

**understood** 339:*11*

**unethical** 350:*14, 19, 20* 351:2

**unhealthy** 349:*12*

**unique** 172:*8*

**UNITED** 1:*1* 10:*14* 349:2 350:*24*

**University** 48:23 50:*10, 22* 51:2, *20* 117:3

**unknown** 76:*19, 20*

**unstable** 34:*17* 293:2 353:*15*

**unsubstantiate d** 345:*15*

**unsure** 163:*19, 21* 202:4

**Untrue** 304:*20*

**unwanted** 316:3

**updated** 370:*10*

**upper** 37:*18* 122:*16* 151:*14* 244:22 364:5

**uptake** 230:*20* 232:*17, 18* 233:8

**urinary** 120:*19*

**USA** 3:*22* 4:7 5:*16* 6:5

**use** 24:*19* 34:*10* 73:20 97:*4, 8* 132:*19* 181:*18* 195:*18* 200:5

212:*3* 263:2, *24* 264:*21* 265:2 266:*16* 267:8 268:*13, 14, 15* 269:*7, 10* 272:*10* 280:*21* 281:*1, 5, 9* 283:*19* 288:6, *12* 292:5 311:*12, 13, 15* 315:6 333:2 357:*10* 365:*4* 383:*9*

**uses** 198:*21*

**usual** 110:8

132:*20, 22, 24* 187:5 348:22

**Usually** 106:*21* 110:4 151:*11* 356:9

**utilized** 286:9

**< V >**

**vaguely** 120:*23*

**Valenzuela** 6:*15*

**VALSARTAN** 1:*3* 10:*12* 14:*8, 10* 15:7, *19* 16:6 17:*8, 14* 18:2, 6, 22 20:*19, 23, 24* 22:*12* 23:*1, 8, 14, 24* 25:*1, 6* 26:*12* 27:*23* 28:*16* 30:*23, 24* 31:2, *16, 18* 32:*1, 22* 33:*16* 34:7 35:*17, 21* 38:*17* 40:*9, 18* 41:*3* 42:*1* 54:*10, 23* 58:22 59:*10, 13, 20* 60:6 62:2 74:*21* 98:*11* 99:*4, 7, 9, 12* 128:8 130:*24* 135:*18, 24*

136:*4, 10, 21* 137:*17* 140:*12* 150:22, *24* 152:*20* 162:8 165:*12* 167:*23* 169:*16, 21* 170:*1* 171:*5, 9* 172:*18* 174:7 175:*6, 11* 183:*15* 186:*18, 19* 187:2, *13* 188:*10, 12, 14* 189:8 190:7, *18, 19* 193:*3* 207:*14* 210:*4, 11* 214:*15* 232:*10* 234:*10, 11, 21* 237:*12* 238:5 259:*3, 15, 24* 265:*9, 20* 266:*13* 273:6 276:*21* 279:4 305:*4* 306:8 332:8 336:*16* 338:*10* 339:*1* 345:*24* 346:9 348:*1, 21* 349:*18* 351:*23* 353:*24* 354:7, *12* 356:*20, 21* 357:*1* 358:*23* 359:2, *19, 22* 360:*12* 363:*21* 364:*4, 13* 366:*24* 367:*18* 382:8 384:*14*

**valsartan- containing** 162:*19* 368:*23*

**value** 14:*10, 16* 16:9, *12* 17:4, 7, *11* 36:*12* 200:*24* 201:*3, 12*

266:*15* 289:*12, 16*

**values** 168:*12* 289:*12*

**variability** 171:*14* 172:2, 4, 7, 11, 16

**variations** 310:*23*

**variety** 96:*19* 122:*18* 157:*9, 21* 158:*24*

**various** 104:*21* 194:7

**vast** 296:*18*

**VAUGHN** 2:*3* 7:7 11:*11* 14:*17* 15:*16* 16:*4, 14* 17:5 18:*4* 19:*11, 21* 20:2, 6, 7 21:*13, 18* 22:7 23:5 24:*10* 25:*9, 11, 17* 28:*3, 5, 22* 29:*4, 9* 30:2 31:*15* 33:*4, 24* 34:*14, 22* 35:*1, 3, 10* 37:*23* 38:*6, 19* 39:2, *19* 40:7, *15* 41:*17* 42:*6, 15* 44:6, *16, 19, 21, 24* 45:2, *4, 5, 7, 8, 10, 11* 46:*4, 8, 16* 48:*6, 15, 18* 53:*18, 22* 54:*1* 56:*24* 57:*13, 21* 58:*15* 59:6 60:*3, 16* 61:*9, 18, 24* 62:22 63:*18* 64:*10, 19, 21* 65:*18* 66:*11* 67:*11* 68:*7, 24* 69:8 70:*3* 71:*5, 20, 21* 72:2, 5

73:4 74:*11* 76:*1* 77:4, *16* 78:*1* 80:9 81:22 82:4, *13* 83:*11* 84:*3* 85:*3, 8, 21* 88:*3, 13* 89:*13* 90:23 92:*10, 15, 19* 94:*17* 95:*14* 96:*1* 97:9 99:*13, 18* 101:*3* 102:*17* 103:*4* 105:*1, 10, 20, 23* 108:*10, 13* 109:*21* 111:*19, 21* 112:*21* 113:*15* 114:*3, 12, 14* 115:*17, 23* 116:*1* 118:*21* 119:*6, 17* 120:*12* 124:*7* 125:*10, 12, 22* 126:*1* 128:*10* 129:*15* 130:*1* 131:*9* 132:*8, 15* 133:*12, 21* 134:*16* 135:*5, 9* 136:*12, 19* 137:*14* 138:*3* 139:*7* 140:*3* 143:22 144:7 146:*5, 15* 147:*1, 14* 148:*1, 7, 15* 151:7 153:*13* 154:5 159:2, *15, 22* 160:*6, 24* 161:*21* 162:*24* 164:*3* 165:*18, 24* 166:*13* 167:*19* 168:*19* 169:*17, 20* 171:*15* 173:*10* 174:*4* 178:*23*

Confidential Information - Subject to Protective Order

180:*12* 183:2
184:*10, 14, 23*
185:*10* 186:*1,*
*9, 16* 187:7
188:*11* 189:*6,*
*16* 190:*1*
191:*1* 192:*14*
193:*12*
194:*21* 195:*7,*
*9, 21* 196:*23*
198:*13*
199:*15* 200:7
202:9 203:*17*
204:7, *20*
206:7, *14*
207:2 209:*9,*
*18* 210:*8, 23*
212:*19* 213:*2,*
*11* 215:*1, 14*
216:7 217:*13*
218:5, *12, 18*
219:*3* 220:*9,*
*19* 221:*16*
222:*1, 20*
223:5, *16*
225:*21*
226:*11* 227:*4,*
*21* 228:*11, 19*
229:*1, 3*
230:2, *12, 17*
231:2, *9, 11,*
*22* 232:7, *14*
234:6, *17*
235:*4* 236:*9,*
*17* 237:*1*
238:*23* 239:*4,*
*11, 19* 241:*16*
242:*11* 243:7,
*13* 245:*15*
246:*13* 247:5,
*20* 248:*18*
249:8 250:2,
*21* 251:*17, 24*
252:*12* 253:8,
*16, 23* 254:5,
*16* 255:*3*
256:*1, 17*
257:*3, 12, 16*
258:*18*
259:*11, 22*
260:*24*

261:*12, 21*
262:8 263:*8*
264:*11, 19*
265:6, *16*
267:*1, 17*
269:*24* 271:*3*
272:2 277:*11,*
*17* 279:*12, 20*
280:5, *15, 18*
281:*3, 23*
282:8, *16, 19*
284:*11, 18, 21*
285:5, *10, 14,*
*16, 18, 24*
286:*4, 14, 21*
287:6, *15*
288:*15*
290:*20*
291:*13* 292:2,
*22* 294:*17*
295:*14, 16*
298:*22* 299:6,
*9* 300:*8, 23*
301:*20* 302:6
303:*23* 305:5,
*19* 306:*9*
307:9, *15*
308:*15*
309:*13, 16, 20*
310:*16, 19*
313:*13* 314:*1,*
*16, 24* 316:*22*
317:7, *14, 20*
318:*1, 3, 7*
319:*13*
320:*10, 12*
321:*4, 7, 22*
322:*3* 323:*3,*
*8* 324:*1, 10,*
*16* 325:*19*
326:2, *11*
328:*3, 13*
329:*1* 330:*14*
331:*24*
332:*13, 22*
333:*19* 335:6
337:8 338:*13*
339:9, *22*
340:*19*
342:*11, 22*
343:6, *11*

344:*9, 18*
345:6 346:7,
*18* 347:*11*
349:*1* 350:*9,*
*21* 351:*8*
352:9, *16*
353:*4, 13, 19*
354:*15, 20*
355:*4, 10*
358:*24* 361:*8*
365:*22* 367:*6*
370:*15, 20*
373:*23* 375:*4,*
*21* 376:*15, 23*
377:*8, 19*
378:*8, 19*
379:*3, 11, 19*
380:*17* 381:*5,*
*12, 19* 382:*6,*
*16* 383:*12, 20*
384:*9, 24*
385:*8, 14, 18,*
*22*
**vegetarian**
236:*18*
**vein** 358:*14*
**venous** 176:*18*
**version** 67:*1*
370:*10*
**versus** 118:7
191:9 234:*10*
238:8 291:*24*
357:*11* 367:*19*
**vessels** 359:*13*
**veterinary**
343:*18, 20*
**Viatris** 6:*17*
**VICTORIA**
3:*8*
**video** 10:*10*
**Videoconferenc**
**e** 1:*14*
**VIDEOGRAP**
**HER** 10:*2, 5*
46:*11, 14*
82:6, *10*
134:*22* 135:2
185:2, *7*
254:*9, 13*
287:*4, 8, 12*
317:*18* 353:6,

*10* 355:2, *13,*
*17* 385:*23*
**VIDEOTAPE**
6:*8*
**Videotaped**
1:*13*
**VII** 20:*12*
**VIII** 135:*11*
**violation** 71:2
**Vitae** 7:*19*
**vitamins**
236:*10*
**volume** 96:*22*
122:*4* 155:*13*
**volunteer**
107:*3*

< W >
**waiting** 188:*23*
**Wall** 2:*20*
122:*16, 21*
**WALLACK**
6:*1*
**WALSH** 4:*1, 3*
28:*13* 60:*1,*
*23* 82:*1, 5*
116:*10*
121:*14*
166:*24*
184:*16, 24*
189:*3* 203:8
244:*11* 252:*1*
254:5 268:*9*
281:*12, 22*
285:*13* 309:*4*
333:*14*
357:*21*
359:*12* 360:6
368:*9*
**wanted**
285:*19* 300:6
315:6 370:5,
*14* 380:7
**wanting** 98:*22*
281:*17*
**warn** 67:*3*
**Washington**
3:*15*

**water** 234:*10,*
*12, 21, 23*
238:8 362:*4, 6*
**way** 13:*15*
22:*24* 82:*18*
107:5 123:*21*
125:2 127:8
128:8 130:*4,*
*15* 131:*20*
132:*12, 20, 22,*
*24* 157:*18*
160:*14, 16*
165:*20* 166:*3*
168:*4* 170:*15*
173:*17*
176:*23*
178:*19*
239:*14* 240:*3*
245:2 253:9
268:*4, 18*
270:*1* 292:*4*
297:5 305:*12*
312:*19, 23*
314:*10*
315:*10*
324:*12*
325:*18* 331:*4*
333:*24* 334:*2,*
*20* 335:*4*
338:*11, 17*
340:9 357:*23*
362:9 364:*7,*
*8* 368:*21*
374:6, *10*
**Wayne** 50:*10*
**ways** 211:*15,*
*20*
**website**
346:*16* 354:5
**week** 51:*16*
**weigh** 183:6
266:8 348:*23*
349:*24*
**weighed**
267:*21*
269:*15* 273:*13*
**weighs** 167:5
270:*18* 274:*15*
**weight** 33:*21*
34:*4* 88:*10*
96:*13* 118:6

131:*15* 132:5
133:*3, 14, 24*
262:*14, 19*
264:*9, 13, 21*
266:2, *9, 15,*
*20* 270:*13*
272:*19* 273:*3,*
*4* 279:22
280:22 288:7
290:6 291:*3,*
*16* 292:*4*
294:22 295:*9,*
*12* 296:*21*
297:*1* 310:*24*
311:*13* 312:*1,*
*14, 17* 333:*3,*
*5* 335:*12*
348:8 368:*20*
**weights** 266:*5*
296:*1, 6, 9*
**Well** 17:*18*
18:22 19:*20*
33:*14* 34:5
43:*19* 46:*13*
47:22 49:7
59:*11* 69:*17*
70:6 75:*1, 21*
76:24 83:*21*
89:*14* 96:*4*
97:*13* 99:*4,*
*10* 100:*17*
110:*20*
123:22
133:*17* 149:6
151:*10, 21*
152:*17* 153:5
157:9 161:*18*
162:*3* 163:8
171:*16*
173:*17*
175:*21*
183:*21*
187:*19*
190:*15* 191:*4*
201:8 211:*8,*
*10* 213:*18*
214:6 219:*16*
230:*13* 235:*9,*
*10* 244:*3*
255:6, *7*
256:*13* 261:7

262:7 267:2
268:*1, 3, 16*
269:6 270:*4*
271:6 272:*20*
274:*19* 275:*7,*
*16* 283:*15*
284:2 287:22
302:*11* 303:*1*
306:*13*
311:*21* 323:*1*
326:*15* 327:*1,*
*17* 352:*9*
364:*3* 369:*15*
382:*14*
**went** 37:*13*
80:2 98:*17,*
*23* 164:*4*
369:*13*
**We're** 18:*10*
19:*18* 22:*17*
32:*3* 67:*15*
73:*1* 74:*13*
76:*10* 82:*7,*
*11* 118:*17, 20*
119:*12*
134:*18* 135:*3*
138:*10*
159:*12*
163:*19* 181:2,
*21* 182:*23*
183:*11* 185:*3,*
*8* 192:*10*
200:*18*
201:*10*
204:*15* 226:8
230:*1* 235:*19*
254:*10, 14*
286:*16, 23*
287:*9, 13*
292:*10* 308:*4*
313:*16*
335:*15*
336:22 337:2,
*14* 347:*20*
349:*10, 11*
351:*7* 352:8
353:*7, 11*
355:*14, 18*
368:2 377:*11*
384:*20*
385:*17, 24*

**WERNER**
5:*13*
**we've** 12:*8*
17:*15* 18:*13*
81:22 120:*16*
248:*10* 273:*1*
318:*20*
375:*23* 382:*12*
**whatsoever**
168:7
**wheelhouse**
225:*6, 10*
**whiskey**
253:*18*
**WHITELEY**
3:*1*
**wide** 171:*21*
**widely** 339:*10*
**Williams** 6:*17*
**willing** 81:*16*
**wise** 119:*13*
**Witness** 9:5
10:*21* 11:*3*
14:*14* 15:*12,*
*24* 16:*18*
17:*18* 19:8
21:*12, 17, 24*
22:*16* 24:7
26:*21* 29:*21*
31:6 33:*1, 20*
35:9 37:*13*
38:5, *14, 24*
39:*16, 24*
40:*12, 21*
42:*4, 12* 46:*1,*
*13* 48:*2, 12*
56:*20* 57:*10,*
*20* 58:*10*
59:*24* 60:*11*
61:5, *16, 23*
62:*20* 63:*16*
65:*14, 24*
67:5 68:*1, 16*
69:6, *17*
70:*11* 72:*15*
74:5 75:*21*
76:9 77:*14,*
*22* 80:6
81:*12* 83:*8,*
*21* 85:*18*
88:*2, 8* 89:8

90:*17* 92:8
94:*15* 95:*9,*
*21* 97:7
100:*23*
101:*23*
102:*24* 104:6
105:8 109:*16*
112:*18* 113:*8,*
*23* 114:*11*
115:*16*
118:*16* 119:*3,*
*22* 124:*4*
125:2 127:6
129:*6, 22*
130:9 131:*18*
133:*7, 17*
136:*10, 18*
137:*1, 23*
139:*5, 17*
143:*19* 144:5
145:*24*
146:*13, 23*
147:*9, 22*
148:6, *13*
151:*4* 153:*10*
154:*1* 158:*15*
159:*7, 20*
160:*4, 22*
161:*18* 162:*3*
163:8 165:2
166:7 167:*16*
168:*3* 169:*1*
171:*13*
172:22
173:*17* 178:8
180:*1, 14*
184:8, *21*
185:24 186:*7,*
*14, 22* 187:*19*
188:*17*
189:*12, 22*
190:*23* 192:*4*
193:8 194:*12,*
*19* 195:*14*
196:*17* 198:2,
*19* 200:2
202:2 203:*12*
204:*4, 13*
206:5, *12, 23*
208:*14*
209:*15* 210:*1*

212:*15, 24*
213:8 214:*21*
215:9 216:5
217:*4, 23*
218:*10, 17*
219:*1* 220:*7,*
*15* 221:*9, 22*
222:*12* 223:*3,*
*14* 225:9
226:*6, 23*
227:*15* 228:*4*
229:*19* 230:8
231:*17* 232:*5,*
*13* 233:*20*
234:*15* 235:2
236:*6, 15, 23*
237:*17* 239:*8,*
*17* 241:*13*
242:9 243:*3*
244:*16, 20*
246:*10*
247:*11* 248:9
249:*3, 16*
250:*14*
251:*10, 22*
252:7 253:*4,*
*13* 254:*24*
255:*21*
256:*13* 257:*2,*
*8* 258:*13*
259:*8, 18*
260:*21* 261:*7,*
*19* 262:7
263:*4* 264:*3,*
*18, 24* 265:*13*
266:*19* 267:6
269:*21* 271:*1,*
*22* 277:8
279:8 281:*1,*
*21* 282:*5, 15*
284:2, *16*
288:*10*
290:*11* 291:*8,*
*22* 292:*20*
298:*20* 299:*3*
300:*4, 20*
301:*18, 24*
303:*19, 21*
304:*20*
305:*11, 24*
309:9 313:*11,*

Confidential Information - Subject to Protective Order

20 314:*13*, 22 316:*17* 317:*4*, *12*, *24* 319:*10* 323:*24* 325:*15*, 24 326:*8* 327:*17* 328:*10*, *12*, *23* 330:*11* 331:*21* 332:*5*, *19* 333:*18* 335:*3* 337:*1* 338:*2*, 22 339:*16* 340:*14* 342:*8*, *16* 344:2, *16* 345:*1*, *12* 346:*14* 347:*1* 348:*16* 350:*5*, *18* 352:*23* 354:*19* 359:*1* 361:*9* 365:*23* 367:*7* 373:*17* 374:*19* 375:*18* 376:*3*, *20* 377:*5*, *15*, *24* 378:*14*, *23* 379:*9*, *16* 380:*13*, *23* 381:*10*, *17* 382:*3* 383:*5*, *18* 384:*3*, *18* 385:*6*, *13* 387:*5*, *6*, *8* 388:*1*

**wondering** 26:*3*

**word** 40:*13* 43:*5* 143:*20* 156:*2* 185:*14*, *21* 200:*3*, *5*, *6* 201:*15* 211:*2* 247:*7* 257:*18* 283:*10* 315:*6*

**worded** 315:*5*

**wording** 203:*9*

**words** 327:*18*, *21*

**work** 49:*19* 50:*4* 55:*2*, *5* 91:*16* 156:*21* 278:*21*

314:*23* 315:*6* 359:*12*

**worked** 61:*8*, *11* 107:*9* 113:*18* 116:*22* 156:*15* 159:*24* 160:*5*, *15* 314:*18*

**working** 28:*24*

**works** 279:*17*

**world** 147:*17* 307:*1*

**worry** 172:*24*

**worse** 75:*22* 159:*4*, *10*

**worst** 159:*17*

**worth** 79:*20* 158:*21*

**worthy** 106:*8*

**write** 106:*4*

**writing** 356:*7*

**written** 123:*3* 206:*24* 321:*16*

**wrong** 279:*17* 280:*3* 313:*2*

**wrote** 321:*19*

**< Y >**

**Yeah** 16:*18* 19:*8* 20:*2*, *6* 23:*10* 29:*1*, *21* 36:*18* 40:*12*, *21* 44:*9* 45:*18* 46:*14* 52:*10* 54:*8* 72:*3* 76:*9* 77:*8*, *22* 81:*12* 85:*18* 90:*17* 93:*4* 94:*3* 98:*4* 99:*19* 100:*3*, *14* 108:*19* 113:*8*, *10* 150:*13* 154:*14* 160:*14* 171:*20* 175:2 179:*3* 184:*21* 186:*7* 198:*19* 226:*23* 231:*3*

243:*12*, *18* 256:2 265:*17* 268:*13* 272:6 287:*7* 289:*3* 293:*11* 307:*10* 308:*20* 310:*4*, *16* 314:*13* 317:*20* 325:*4* 335:*15*, *23* 349:*4*, *8* 356:*15* 359:*21* 372:*10* 373:*17* 374:*19* 375:*11* 379:*17* 382:*19* 385:*22*

**year** 203:2 278:*22*

**years** 12:*10* 32:*16* 35:*15* 50:2, *23* 51:7 52:3 54:*16* 55:*1*, *4*, *8* 68:*18* 102:*16* 108:*4* 110:*7* 115:*10*, *13* 125:*9* 160:*9* 173:*6* 203:*5* 284:6 323:*14*, *20* 331:7 349:*14*, *16* 366:*4*

**Yep** 53:*14*

**yes/no** 316:*18*

**Yesterday** 370:*23* 371:*11*, *12*

**York** 2:*20*

**< Z >**

**zero** 21:*1* 175:*24* 176:*1*

**zeros** 336:*13*, *15*

**Zhejiang** 4:*17*

**ZHP** 137:*24*

**ZHP's** 29:*22* 30:*3*, *9*, *12* 31:*24*

**Zoom** 1:*14* 2:*1* 3:*1* 4:*1* 5:*1* 6:*1* 12:*23* 34:*21* 82:*16* 343:*9*

**Zucker** 117:*6*