# EXHIBIT F

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
MDL No. 2875

_____

IN RE: VALSARTAN, PRODUCTS        )
LIABILITY LITIGATION              )
                                  )
                                  )
                                  )
                                  )
TESTIMONY OF:                     )
                                  )
Stephen Hecht, Ph.D.              )
                                  )
                                  )
- - - - - - - - - - - - - - - - -

August 17, 2021
9:00 a.m.

    TRANSCRIPT of the stenographic notes of the video recorded proceedings in the above-entitled matter, as taken by and before Sara K. Killian, a Registered Professional Reporter, Certified Court Reporter and Notary Public, remotely via Zoom videoconferencing.

|   |   |
|---|---|
|   | Page 2 |

```
 1   A P P E A R A N C E S :

 2

 3   MAZIE SLATER KATZ & FREEMAN, LLC

 4   Attorneys for Plaintiffs

 5   103 Eisenhower Parkway, Second Floor

 6   Roseland, New Jersey  07068

 7   BY: ADAM SLATER, ESQ.

 8       CHRISTOPHER GEDDIS, ESQ.

 9       JULIA SLATER, ESQ.

10

11

12

13   MARTIN HARDING & MAZZOTTI, LLP

14   Attorneys for Plaintiffs

15   100 Park Avenue Center, 16th Floor

16   New York, New York  10017

17   BY: ROSEMARIE RIDDELL BOGDAN, ESQ.

18

19

20   GOLOMB & HONIK, PC

21   Attorneys for Plaintiffs

22   1835 Market Street, #2900

23   Philadelphia, Pennsylvania  19103

24   BY: RUBEN HONIK, ESQ.

25
```

```
 1   A P P E A R A N C E S: (cont'd)
 2
 3   PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
 4   Attorneys for Mylan Pharmaceuticals Inc., Mylan
 5       Laboratories Ltd., Mylan Inc., and Mylan N.V.
 6   One Oxford Centre
 7   301 Grant Street
 8   Pittsburgh, Pennsylvania  15219
 9   BY: CLEM TRISCHLER, ESQ.
10       FRANK STOY, ESQ.
11       TIFFANY GRIMES, Paralegal
12
13
14
15   BARNES & THORNBURG, LLP
16   Attorneys for CVS and Rite Aid
17   11 South Meridian Street
18   Indianapolis, Indiana  46204
19   BY: KARA KAPKE, ESQ.
20
21
22
23
24
25
```

```
 1   A P P E A R A N C E S: (cont'd)
 2
 3   GREENBERG TRAURIG, LLP
 4   Attorneys for Teva Pharmaceuticals USA
 5   333 SE 2nd Avenue, Suite 4400
 6   Miami, Florida  33131
 7   BY: STEPHEN FOWLER, ESQ.
 8       VICTORIA LOCKARD, ESQ.
 9
10
11
12   WALSH PIZZI O'REILLY FALANGA
13   Attorneys for Teva Pharmaceuticals USA
14   One Riverfront Plaza
15   1037 Raymond Boulevard, Suite 600
16   Newark, New Jersey  07102
17   BY: CHRISTINE GANNON, ESQ.
18
19
20   CIPRIANI & WERNER, PC
21   Attorneys for Aurobindo Pharma USA, Inc.
22   450 Sentry Parkway, Suite 200
23   Blue Bell, Pennsylvania  19422
24   BY: JILL FERTEL, ESQ.
25
```

```
 1   association between lung cancer and NDMA in
 2   valsartan, correct?
 3       A.   That's correct.  But I wonder if
 4   these were all nonsmokers.  I don't know if that's
 5   the case.
 6       Q.   No statistically significant
 7   association between pancreatic cancer and NDMA in
 8   valsartan, correct?
 9       A.   Correct.  Well, malignant melanoma.
10       Q.   No statistically significant
11   association between prostate cancer and NDMA in
12   valsartan, correct?
13       A.   Correct.
14       Q.   No statistically significant
15   association between uterine cancer and NDMA in
16   valsartan?
17       A.   Right.
18       Q.   Do you agree that the metabolism of
19   NDMA and NDEA is the only mechanism by which these
20   substances could possibly cause a mutation?
21       A.   Yes.
22       Q.   So NDMA and NDEA could circulate in
23   the body and unless and until they become
24   metabolized, they'll just be excreted without
25   causing harm, right?
```

Case 1:19-md-02875-RMB-SAK   Document 1789-7   Filed 12/01/21   Page 7 of 10
PageID: 47271
S. Hecht, Ph.D.

Page 293

1  A.  Say that again, please.
2  Q.  Absent -- what I was saying was until
3  NDMA and NDEA become metabolized, they would
4  simply be excreted from the body without causing
5  harm?
6  A.  That's true, but, in fact, you see
7  very little excretion of unchanged NDMA in the
8  urine.  When it's taken orally, it's metabolized
9  very effectively by the liver and other tissues.
10 Q.  Does most of the metabolism of the
11 NDMA occur in the liver?
12 A.  As far as we know, yes.
13 Q.  And at this point in time, would you
14 say that the scientific community has good data on
15 the metabolism of NDMA and NDEA in the human body?
16 A.  Yes.
17 Q.  Do you agree then that the primary
18 metabolism of NDMA and NDEA takes place through
19 the cytochrome P450 enzyme?
20 A.  Yes.
21 Q.  And that's in the liver.  That's
22 where that enzyme is primarily located, right?
23 A.  No.  They're in other tissues also.
24 Q.  It's not in every organ system of the
25 body, is it?

Case 1:19-md-02875-RMB-SAK   Document 1789-7   Filed 12/01/21   Page 8 of 10
                              PageID: 47272
S. Hecht, Ph.D.

Page 294

1      A.      Just about.
2      Q.      Just the enzyme?
3      A.      Yes.  There are different forms in
4  different tissues.  Not just in the liver.  The
5  lung, kidney, small intestine, esophagus, oral
6  cavity.  They all have P450 enzymes.  The liver,
7  of course, is the main metabolizing organ in the
8  body and has a higher P450 content than other
9  tissues, but all tissues have P450s.  Different
10 ones.  There are whole books written on it.
11     Q.      Okay.  I'll take your word for it.
12             Does the scientific community at this
13 point in time have a great deal of valid reliable
14 data about the type of DNA damage caused by NDMA
15 and NDEA?
16     A.      Yes.
17     Q.      Have you ever stated that there are
18 ways to look at a DNA adduct formation and how
19 much damage comes from nitrosamine exposure but
20 right now, in 2021, we don't have that type of
21 data?
22     A.      I'm not sure I understand your
23 question.
24     Q.      My question is simply have you ever
25 made the statement that "We do not have the data

1  the NDMA is exceeded?
2      A.     That data is in the literature.
3  There's plenty of data on that --
4      Q.     Did you make any --
5      A.     -- from the pharmacokinetic studies
6  and even from the early studies of Magee and Swan
7  that when the metabolic capacity of the liver is
8  exceeded in an oral dose, then kidney tumors start
9  to appear and there's plenty of data on that.  Not
10 only tumors, but DNA adduct studies and metabolism
11 studies.  There's a lot of data regarding the
12 first pass clearance of NDMA given orally, a lot
13 of data.  We understand that really very well.
14     Q.     So it follows, Doctor, that you would
15 understand and agree with the point that NDMA will
16 not escape the liver unless the level is at such a
17 point that it exceeds the liver's capacity to
18 metabolize it, correct?
19     A.     That's what the -- that's what all
20 the data indicates.  That's correct.
21     Q.     I'm also correct that sitting here
22 today, you are offering no opinion as to what that
23 level of NDMA is, correct?
24     A.     In humans?
25     Q.     Sir, yes.

Page 396

1      A C K N O W L E D G M E N T

2

3         I, STEPHEN HECHT, Ph.D., hereby certify that I

4   have read the transcript of my testimony taken under oath

5   in my examination of August 17, 2021; that the transcript

6   is a true, complete and correct record of what was asked,

7   answered and said during this deposition, and that the

8   answers on the record as given by me are true and

9   correct.

10   _____

11       STEPHEN HECHT, Ph.D.

12

13   Signed and subscribed to

14   before me, this      day of

15           2021.

16   _____

17       Notary Public