# EXHIBIT G

Page 1

1   UNITED STATES DISTRICT COURT

    DISTRICT OF NEW JERSEY

2   CAMDEN VICINAGE

    MDL No. 2875

3   ----------------------------------------x

    IN RE:

4

    VALSARTAN, LOSARTAN and IRBESARTAN

5   PRODUCTS

    LIABILITY LITIGATION

6   ----------------------------------------x

7                    August 13, 2021

                     9:12 a.m.

8

9

10          VIDEOTAPED DEPOSITION of STEPHEN

11   LAGANA, MD, held at the offices of

12   Greenberg Traurig LLP, located at 445

13   Hamilton Avenue, 9th Floor, White Plains,

14   New York 10601, before Anthony Giarro, a

15   Registered Professional Reporter, a

16   Certified Realtime Reporter and a Notary

17   Public of the State of New York.

18

19

20

21

22

23

24

25

```
 1    A P P E A R A N C E S :
 2
 3    MAZIE SLATER KATZ & FREEMAN LLC
       103 Eisenhower Parkway 2nd Floor
 4     Roseland, New Jersey 07068
       973.228.9898
 5
      BY:  ADAM M. SLATER, ESQ.
 6         CHRISTOPHER J. GEDDIS, ESQ.
           aslater@mazieslater.com
 7         cgeddis@mazieslater.com
 8
      Counsel for Plaintiffs
 9
10
      GREENBERG TRAURIG LLP
11     Terminus 200
       3333 Piedmont Road, N.E., Suite 2500
12     Atlanta, Georgia 30305
       678.553.2385
13
      BY:  VICTORIA DAVIS LOCKARD, ESQ.
14         (via Zoom)
           LORI COHEN, ESQ.
15         BARDIA SANJABI, ESQ.
           lockardv@gtlaw.com
16         cohenl@gtlaw.com
           sanjabib@gtlaw.com
17
18
19
20
21
22
23
24
25
```

Page 3

1    A P P E A R A N C E S (Cont.):

2

     GREENBERG TRAURIG LLP

3      500 Campus Drive, Suite 400
       Florham Park, New Jersey 07932

4      973.443.3571

5    BY:  KENNETH DZIKOWSKI, ESQ.
           dzikowskik@gtlaw.com

6

7

8    Counsel for Teva Pharmaceuticals USA,
     Inc., Teva Pharmaceutical Industries Ltd.,

9    Actavis Pharma, Inc., and Actavis LLC

10

11   PIETRAGALLO GORDON ALFANO BOSICK &
     RASPANTI, LLP

12     38th Floor, One Oxford Centre
       Pittsburgh, Pennsylvania 15219

13     412.263.1816

14   BY:  CLEM C. TRISCHLER, ESQ.
           cct@pietragallo.com

15

16   Counsel for Mylan Pharmaceuticals and
     Mylan Laboratories, Ltd.

17

18

19

20

21

22

23

24

25

```
                                              Page 4

 1    A P P E A R A N C E S (Cont.)
 2

      BARNES & THORNBERG
 3     2029 Century Park East, Suite 300
       Los Angeles, California 90067-2904
 4     310.284.3880
      BY:  KARA M. KAPKE, ESQ.
 5         (via Zoom)
           kara.kapke@btlaw.com
 6
 7     Counsel for CVS Pharmacy, Inc., and
       Rite Aid Corporation
 8
 9

      CIPRIANI & WERNER, P.C.
10     450 Sentry Parkway
       Blue Bell, Pennsylvania 19422
11     610.567.0700
12    BY:  JILL FERTEL, ESQ.
           (via Zoom)
13         jfertel@c-wlaw.com
14    Counsel for CVS Health Co., Aurobindo
      Pharma USA, Inc., Aurolife Pharma, LLC,
15    Aurobindo Pharma, Ltd.
16
17    HILL WALLACK LLP
       21 Roszel Road
18     Princeton, New Jersey 08540
       609.924.0808
19
      BY:  NAKUL Y. SHAH, ESQ.
20         (via Zoom)
           nshah@hillwallack.com
21
22     Counsel for Hetero Labs/Hetero Drugs
23
24
25
```

Page 327

```
 1        A       It's the DNA damage that

 2    makes it carcinogenic.

 3        Q       Well, it still has to be

 4    metabolized, doesn't it?

 5        A       Yes.  And then it causes DNA

 6    damage.

 7        Q       On the universal carcinogen,

 8    are you asking me to re-ask the question?

 9        A       Yes.

10        Q       Is there any carcinogen that

11    equally can cause all types of cancer?

12        A       That's a concept I haven't

13    considered before.  So there's a concept

14    in medicine called the multi-specificity,

15    which I think would apply to this

16    discussion, whereas if we say something

17    is specific, that seems to exclude other

18    avenues.

19                But take, for example, like

20    cigarette smoking, it is a multi-specific

21    carcinogenic.  It can cause lung cancer.

22    Obviously, it can cause head and neck

23    cancers.  It can cause bladder cancer.

24    So it's multi-specific.  And there are a

25    lot of multi-specific carcinogens,
```

Page 402

1      6:48 Eastern Time.  This concludes

2      the testimony of Dr. Stephen Lagana.

3                (Time noted:  6:48 p.m.)

4

5      _____

              DR. STEPHEN LAGANA

6

7

8      Subscribed and sworn to

9      before me on this _____day

10     of _____, 2021.

11

       _____

12              NOTARY PUBLIC

13

14

15

16

17

18

19

20

21

22

23

24

25