# EXHIBIT H

CONFIDENTIAL

Page 334

```
 1            UNITED STATES DISTRICT COURT
 2               DISTRICT OF NEW JERSEY
 3               Case No. 1:19-md-2875-RBK
    _____
 4                                          )
    IN RE:  VALSARTAN, LOSARTAN AND         )
 5  IRBESARTAN PRODUCTS LIABILITY           )
    LITIGATION,                             )
 6                                          )
                                            )
 7                                          )
    THIS DOCUMENT RELATES TO ALL ACTIONS    )
 8                                          )
                                            )
 9  ----------------------------------------
10                      DAY 2
11                   CONFIDENTIAL
12             VIDEOTAPED DEPOSITION OF
13               DIPAK PANIGRAHY, M.D.
14            FRIDAY, SEPTEMBER 10, 2021
15               8:49 a.m. - 2:32 p.m.
16              GREENBERG TRAURIG LLP
17      ONE INTERNATIONAL PLACE, SUITE 2000
18              BOSTON, MASSACHUSETTS
19
20
21
22
23  Reported by:  Sandra A. Deschaine, CSR, RPR,
24  CLR, CRA
25  Job No. 4769072
```

CONFIDENTIAL

Page 335

1 SEPTEMBER 10, 2021
2
3 8:49 a.m.
4
5 Videotaped Deposition of Dipak
6 Panigrahy, M.D., Day 2, held at Greenberg
7 Taurig, LLP, One International Place, Boston,
8 Massachusetts, pursuant to Notice, before
9 Sandra A. Deschaine, a Shorthand Reporter,
10 Registered Professional Reporter, Certified
11 LiveNote Reporter, and Notary Public in and
12 for the Commonwealth of Massachusetts.
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 336

1  A P P E A R A N C E S:

2  ON BEHALF OF TEVA PHARMACEUTICALS:

3  GREENBERG TRAURIG LLP

4      Stephen Fowler, Esquire

5      2101 L Street, N.W., Suite 1000

6      Washington, D.C. 20037

7      202.530.8587

8      fowlerst@gtlaw.com

9  and

10     Steven Harkins, Esquire

11     Kenneth Dzikowski, Esquire (Via Zoom)

12     333 Piedmont Road NE, Suite 2500

13     Atlanta, Georgia 30350

14     678.553.2312

15     harkinss@gtlaw.com

16

17 ON BEHALF OF THE PLAINTIFFS AND THE WITNESS:

18 LEVIN PAPANTONIO RAFFERTY

19     Daniel Nigh, Esquire

20     316 South Baylen Street

21     Pensacola, Florida 32502

22     850.435.7013

23     dnigh@levinlaw.com

24

25 (Appearances continued.)

CONFIDENTIAL

Page 337

1  A P P E A R A N C E S (continued.)

2  ON BEHALF OF THE PLAINTIFFS:

3  MARTIN HARDING & MAZZOTTI LLP

4      Rosemarie Bogdan, Esquire

5      1 Wall Street

6      Albany, New York 12205

7      518.862.1200

8      rosemarie.bogdan@1800law1010.com

9

10  ON BEHALF OF THE PLAINTIFFS:

11  KANNER & WHITELEY, LLC

12      Layne Hilton, Esquire  (Via Zoom)

13      701 Camp Street

14      New Orleans, Louisiana 70130

15      504.524.5777

16

17  ON BEHALF OF HJ HARKINS AND CIJEN:

18  HINSHAW & CULBERTSON

19      Kathleen Kelly, Esquire  (Via Zoom)

20      53 State Street, 27th Floor

21      Boston, Massachusetts 02109

22      617.231.7000

23      kekelley@hinshawlaw.com

24

25  (Appearances continued.)

Page 438

1  follow up; and, like I said before, 10
2  different types of cancer were increased.  So
3  what we do in science is we have to use a
4  whole set of papers, not rely on only one
5  paper.                                              11:07 AM
6       Q.   Got it, Doctor.
7            In this case, in order for -- let
8  me start that again.
9            In this case, the NDMA detected in
10 the valsartan tablets would go to the liver         11:07 AM
11 first, correct?
12      A.   So --
13      Q.   Let me start the question again.
14           In this study, Doctor  -- in this
15 litigation, Doctor, the exposure to the             11:07 AM
16 levels of NDMA detected in the valsartan
17 tablets because of oral ingestion, would
18 first go -- first be metabolized by the
19 liver, correct?
20           MR. NIGH:  Form objection.               11:07 AM
21      A.   Correct.  There's a first-pass
22 metabolism initially.
23 BY MR. FOWLER:
24      Q.   That's right, Doctor.
25           And the liver has the highest            11:08 AM

CONFIDENTIAL

Page 440

1  humans likely have a higher bioavailability.
2          What that means is that the NDMA
3  can go past the first-pass metabolism in the
4  liver.  And, in fact, we know that from the
5  occupational -- from the dietary studies,                11:09 AM
6  that there's an increased risk of people who
7  had NDMA in their diet who took -- who had
8  NDMA exposed orally, had increased risk of
9  cancer.
10         So we know in the gastric studies              11:09 AM
11 I've documented in my report, with Song and
12 four other studies, there's statistical
13 increase, and in my report I detailed the
14 other types where the dietary studies, in
15 which the NDMA exposure is orally, have an            11:10 AM
16 increased risk of cancer.
17 BY MR. FOWLER:
18    Q.  Doctor, in order for NDMA to
19 escape the liver, it would have to not be
20 successfully metabolized through first-pass           11:10 AM
21 metabolism, correct?
22         Strike that.  Ask it a different
23 way.
24         When NDMA is successfully
25 metabolized with first-pass metabolism, that          11:10 AM

CONFIDENTIAL

Page 441

| | |
|---|---|
| 1   NDMA is excreted without going through the | |
| 2   rest of the body, correct? | |
| 3           MR. NIGH:  Form objection. | |
| 4       A.   Correct.  If it's only first-pass | |
| 5   metabolism -- if a drug only goes through | 11:10 AM |
| 6   first metabolism, it won't make it to the | |
| 7   systemic.  But what I'm saying is that we | |
| 8   know from the epi data that orally ingested | |
| 9   NDMA through the diet increased the risk of | |
| 10  multiple systemic cancers, and I've | 11:10 AM |
| 11  documented it in my report.  It wasn't only | |
| 12  liver cancer.  There's other cases where the | |
| 13  lung, the gastric -- yeah, in other systemic | |
| 14  cancers there's an increased risk.  Even, for | |
| 15  example, esophogeal and other types. | 11:11 AM |
| 16  BY MR. FOWLER: | |
| 17      Q.   Doctor, there is a level of NDMA | |
| 18  that would be successfully metabolized with | |
| 19  first-pass metabolism; isn't that correct? | |
| 20      A.   Correct. | 11:11 AM |
| 21      Q.   That's what first-pass metabolism | |
| 22  means, right? | |
| 23      A.   Correct. | |
| 24      Q.   Tell the jury what what first-pass | |
| 25  metabolism means, sir. | 11:11 AM |

CONFIDENTIAL

Page 445

1  throughout the body, and that's -- and that,
2  in conjunction with the Anderson 1991 paper,
3  where they gave NDMA to monkeys and showed in
4  32 different tissues that these adducts were
5  expressed; that that was because these                11:15 AM
6  cytochrome P450s are expressed throughout the
7  body; while liver is the highest expression,
8  they're expressed everywhere.
9      Q.  Doctor, in order for the NDMA to
10 get to any other system in the body, it would         11:15 AM
11 have to escape the liver.
12          Can we agree on that?
13          MR. NIGH:  Form objection.
14     A.  Correct.  To go -- systemically.
15 BY MR. FOWLER:                                        11:15 AM
16     Q.  It would have to escape the liver
17 in order to reach any of those other organs
18 that you're talking about; correct?
19     A.  Yes.
20     Q.  And NDMA itself is fairly stable              11:15 AM
21 without being metabolized, correct?
22          MR. NIGH:  Form objection.
23 BY MR. FOWLER:
24     Q.  Withdrawn.
25          Doctor, you have no data in your             11:15 AM

CONFIDENTIAL

Page 552

1                SIGNATURE PAGE

2                    DAY 2

3    IN RE: VALSARTAN, LOSARTAN AND IRBESARTAN

4    DIPAK PANIGRAHY, M.D. - SEPTEMBER 10, 2021

5

6      I, the undersigned, declare under penalty

7    of perjury that I have read the foregoing

8    transcript, and I have made any corrections,

9    additions or deletions that I was desirous of

10   making; that the foregoing is a true and

11   correct transcript of my testimony contained

12   therein.

13

14         Executed this_____day of

15         _____,

16

17         at_____, _____.

18             (CITY)              (STATE)

19

20         -------------------------

21             DIPAK PANIGRAHY, M.D.

22

23

24

25