# EXHIBIT O

DOSE-RESPONSE   RELATIONSHIPS   IN

NITROSAMINE CARCINOGENESIS

PAUL G. BRANTOM, B.Sc., M.I.Biol.

The British Industrial Biological Research Association
(BIBRA),
Woodmansterne Road, Carshalton, Surrey.

A thesis for the degree of
Doctor of Philosophy
The University of Surrey
Guildford 1983

5901396

[i]

Dedicated to my wife

Margaret

for making it

possible.

[ii]

Summary

The current state of knowledge relating to nitrosamine carcinogenesis is reviewed.  An animal study is described which is designed to determine the dose-response pattern for two nitrosamines (diethyl and dimethyl nitrosamine) over a wide dose range using a large number of animals and dose-groups.

The results of this study are given with details of tumours, their incidences, sites and pattern in time.  These results are analysed to show that although there is an apparent threshold of response at low doses this is due to the failure of the animals to survive to a time when any incidence of tumours would be expected.  It is also concluded that incidence only decreases with decreasing dose as a result of the interaction of normal mortality patterns with the incidence pattern of tumours.

Finally the implications of some of the results are discussed and the analysis extrapolated to provide an estimate of risk for man from known exposure to low concentrations of nitrosamines.

[iii]

Acknowledgements

I am grateful to Professor D. M. Conning, Director of BIBRA for providing encouragement and advice. I am most appreciative of the advice, and efforts expended for me, by my University supervisor, Professor D. V. Parke.

My thanks must also go to many of the staff of BIBRA who contributed to this study but particular thanks are due to:

Mrs. C. Eusden for assistance with the post-mortem examinations and other practical aspects of the study;

Dr. P. Grasso, now of B.P. Research, Sunbury, for microscopic examination of all the tissues from this study, and for helpful advice and guidance;

Dr. S. D. Gangolli and the staff of the BIBRA Biochemistry department for their work in preparation and analysis of nitrosamine solutions.

I also offer my thanks to Mrs. N. P. Brewster for typing this thesis with such accuracy and attention to detail.

Finally, the contribution of the Ministry of Agriculture and Fisheries and Food is acknowledge for providing the funding for the research reported here.

INDEX

|  |  | Page |
|---|---|---|
| DEDICATION | . . . . . . . . . . . | i |
| SUMMARY | . . . . . . . . . . . | ii |
| ACKNOWLEDGEMENTS | . . . . . . . . . | iii |
| CHAPTER 1. | INTRODUCTION . . . . . . . | 1 |
|  | Nitrosamine Carcinogenesis . . . | 2 |
|  | The Nature of Cancer . . . . | 3 |
|  | Chemical Carcinogenesis . . . | 8 |
|  | Methods of Determination of Risk to Man from Carcinogens . . . . | 12 |
|  | Nitrosamines - Carcinogens for Animals | 13 |
|  | Nitrosamines - Structure, Metabolism and Mechanism of Action . . . | 15 |
|  | Nitrosamines - Human Exposure and Hazard? . . . . . . . | 18 |
|  | Nitrosamines as Model Chemical Carcinogens . . . . . . | 22 |
| CHAPTER 2. | STUDY DESIGN . . . . . . | 24 |
|  | Concept of Study . . . . . | 25 |
|  | Selection of Species . . . . | 25 |
|  | Selection of Nitrosamines . . . | 27 |
|  | Group Sizes, Dose Levels and Schedules | 27 |
| CHAPTER 3. | EXPERIMENTAL METHODS AND MANAGEMENT . | 32 |
|  | Environment Control . . . . | 33 |
|  | Animal Accommodation . . . | 33 |
|  | Animals . . . . . . | 35 |
|  | Animal Maintenance Procedures . | 36 |
|  | Diet . . . . . . . | 36 |
|  | Drinking Water . . . . | 39 |

CHAPTER 3 - Continued                                    Page

            Administration of Nitrosamines   .     .      41

                Preparation of Solutions      .     .      41

                Dispensing of Nitrosamine Solutions       45

                Drinking Bottles    .     .     .     .    45

            Observation of Animals and Palpation .        49

                Palpation      .     .     .     .     .   49

                Sick Rats     .     .     .     .     .    50

            Autopsy Procedures      .     .     .     .    50

            Histopathology    .     .     .     .     .    51

            Safety .    .     .     .     .     .     .    52

                Skin Contact Risk   .     .     .     .    52

                Inhalation Risk     .     .     .     .    53


CHAPTER 4.   RESULTS    .     .     .     .     .     .    55

            Intake of Nitrosamine .     .     .     .      56

            Mortality    .     .     .     .     .     .    56

            Tumour Incidences     .     .     .     .      56

            Treatment-related Tumours   .     .     .      77

            Relationship Between Dose and Tumour
            incidence    .     .     .     .     .     .    86

            Relationship Between Dose and Time of
            Tumour .     .     .     .     .     .     .    95

CHAPTER 5.   ANALYSIS OF RESULTS .    .     .     .        99

            Objective of Analysis .     .     .     .     100

            Standardisation of Cumulative Incidence      100

            Median Time of Tumour .     .     .     .     110

            Summarising the Cumulative Distribution      110

            Correction of Predicted Curves for
            Natural Mortality    .     .     .     .      120

|  |  | Page |
|---|---|---|
| CHAPTER 6.   DISCUSSION   .   .   .   .   .   . | | 134 |
| Tumour Types and Incidences   .   . | | 135 |
| Tumour Time related to Dose   .   . | | 137 |
| Factors that may Modify Relationship . | | 140 |
| Alternative Approaches to Analysis of this Data   .   .   .   .   .   . | | 141 |
| Extrapolation from Rat to Man   .   . | | 141 |
| Calculation of Expected Human Risk   . | | 143 |
| Conclusions .   .   .   .   .   . | | 149 |
| REFERENCES   .   .   .   .   .   .   .   .   . | | 152 |

## INDEX TO FIGURES

Page

CHAPTER 1.

1.1    Structures of some chemical
       carcinogens   .   .   .   .   .   .   9

1.2    Structures of proximate carcinogens   .   11

1.3    Some examples of nitrosamines   .   .   16

CHAPTER 3.

3.1    Distribution of study in animal rooms
       and coding system employed   .   .   .   34

3.2    Rodent ear-marking code   .   .   .   37

3.3    Dispensing system for nitrosamine
       solutions   .   .   .   .   .   .   46

3.4    Drinking-bottle design and identification   48

CHAPTER 4.

4.1    Mortality - male control   .   .   .   74

4.2    Mortality - female control   .   .   .   76

4.3    Photograph - well-differentiated
       hepatocellular carcinoma   .   .   .   83

4.4    Photograph - hepatocellular carcinoma
       with haemangiosarcoma   .   .   .   83

4.5    Photograph - biliary cystadenoma   .   .   84

4.6    Photograph - Kupffer-cell sarcoma   .   84

4.7    Photograph - oesophageal tumours   .   .   85

4.8    Relationship between incidence of liver
       tumours and dose of diethylnitrosamine .   90

4.9    Relationship between incidence of
       oesophageal tumours and dose of diethyl-
       nitrosamine   .   .   .   .   .   .   92

4.10   Relationship between incidence of animals
       with treatment-related tumours and dose
       of DEN   .   .   .   .   .   .   94

INDEX TO FIGURES - continued                          Page

CHAPTER 4 - continued

4.11 Relationship between incidence of liver
tumours and dose of dimethylnitrosamine          97

4.12 Cumulative incidence of fatal treatment-
-related tumours in male rats receiving
DEN in the drinking-water    .      .      .      98

CHAPTER 5.

5.1 Adjusted cumulative incidence of fatal
treatment-related tumours in DEN-
-treated male rats .    .      .      .      .    103

5.2 Adjusted cumulative incidence of fatal
treatment-related tumours in DEN-
treated female rats    .      .      .      .    105

5.3 Adjusted cumulative incidence of fatal
treatment-related tumours in DMN-
-treated male rats .    .      .      .      .    107

5.4 Adjusted cumulative incidence of fatal
treatment-related tumours in DMN-
treated female rats    .      .      .      .    109

5.5 Relationship between dose of diethyl-
nitrosamine and time of tumour    .      .    113

5.6 Relationship between dose of dimethyl-
nitrosamine and time of tumour    .      .    114

5.7 Standard curve for the cumulative
incidence of treatment-related tumours
in DEN-treated rats    .      .      .      .    117

5.8 Standard curve for the cumulative
incidence of treatment-related tumours
in DMN-treated rats    .      .      .      .    119

5.9 DEN-Predicted tumours - male    .      .    121

5.10 Comparison of observed and expected
incidences of fatal treatment-related
tumours in DEN-treated male rats .      .    127

5.11 Comparison of observed and expected
incidences of fatal treatment-related
tumours in DEN-treated female rats    .    129

INDEX TO FIGURES - continued                              Page

CHAPTER 5 - continued

        5.12 Comparison of observed and expected
             incidences of fatal treatment-related
             tumours in DMN-treated male rats  .      .    131

        5.13 Comparison of observed and expected
             incidences of fatal treatment-related
             tumours in DMN-treated female rats         .    133

CHAPTER 6.

        6.1  A comparison of the results of Druckrey
             (1967) with the dose-response line for
             DEN in female rats from the BIBRA
             study    .    .    .    .    .    .    .    138

        6.2  Alternative extrapolations of
             experimental dose-response data  .    .    139

INDEX TO TABLES

Page

CHAPTER 3.

3.1   Analysis of commercial rodent diet
      for nitrosamines   .    .    .    .    .         38

3.2   Analysis of diet constituents for
      nitrosamines and mycotoxins   .    .    .         38

3.3   Maximum permissible concentrations of
      dietary contaminants   .    .    .    .         40

3.4   Volume of second dilution to be taken
      for the preparation of the final
      solutions   .    .    .    .    .    .         44

CHAPTER 4.

4.1   Calculated mean mg/kg intakes of DEN
      and DMN by animals receiving these
      nitrosamines in their drinking-water   .         57

4.2   Cumulative mortality (%) of male rats
      receiving DEN in the drinking water   .         58

4.3   Cumulative mortality (%) of male rats
      receiving DMN in the drinking water   .         59

4.4   Cumulative mortality (%) of female rats
      receiving DEN in the drinking water   .         60

4.5   Cumulative mortality (%) of female rats
      receiving DMN in the drinking-water   .         61

4.6   Incidence of tumours in male rats
      receiving DEN in the drinking water   .         62

4.7   Incidence of tumours in male rats
      receiving DMN in the drinking water   .         65

4.8   Incidence of tumours in female rats
      receiving DEN in the drinking water   .         66

4.9   Incidence of tumours in female rats
      receiving DMN in the drinking water   .         71

4.10  Incidence of liver tumours in male rats
      receiving DEN in the drinking water   .         79

4.11  Incidence of liver tumours in female rats
      receiving DEN in the drinking water   .         80

INDEX TO TABLES - continued                              Page

CHAPTER 4 - continued

    4.12   Incidence of liver tumours in male rats
           receiving DMN in the drinking-water  .      81

    4.13   Incidence of liver tumours in female
           rats receiving DMN in the drinking water    82

    4.14   Incidence of treatment-related findings
           in male rats maintained on drinking-
           -water containing DEN  .    .    .    .     87

    4.15   Incidence of treatment-related findings
           in female rats maintained on drinking-
           -water containing DEN  .    .    .    .     88

CHAPTER 5.

    5.1    Predicted values for median time of
           tumour in male rats obtained from the
           linear regression of actual median
           time on dose of nitrosamine .    .    .    111

    5.2    Predicted values for median time of
           tumour in female rats obtained from the
           linear regression of observed median
           time on dose of nitrosamine .    .    .    112

    5.3    Ratio between median tumour time ($t_{50}$)
           and time at which specified cumulative
           tumour incidences are reached   .    .    120

    5.4    An example of calculation of predicted
           number of tumours .    .    .    .    .    124

CHAPTER 6.

    6.1    Estimates of median time of tumour by
           extrapolation from experimental data
           in rats .    .    .    .    .    .    .    145

    6.2    Predicted distribution of tumours at
           very low doses of nitrosamines   .    .    146

    6.3    Predicted cumulative incidence of
           tumours within rat lifespan at very
           low doses of DEN and DMN   .    .    .    147

    6.4    Predicted incidence of tumours   .    .    150

1

CHAPTER  ONE


INTRODUCTION

### Nitrosamine Carcinogenesis

N-Nitroso compounds are to be found in food [Gough et al., 1977], in certain alcoholic beverages [Spiegelhalder et al., 1979; Goff and Fine, 1979], in cigarette smoke [Brunneman et al., 1978; Webb and Gough, 1980], and in various industrial processes [Fan et al., 1977; Stephany et al., 1978; Webb and Gough, 1980; Fine, 1980].  Additionally N-nitroso compounds can be formed within the body by the interaction of nitrite and secondary or tertiary amines or amides [Lijinsky, 1981]. The evidence for the carcinogenicity of many nitroso-compounds in a wide range of animal species [Schmahl, 1981; Bogovski and Bogovski, 1981] leads to concern about the consequences of the known human exposure to these compounds.  The N-nitroso compounds can be conveniently divided into two broad cate-gories, the N-nitrosamines which require metabolic activation before demonstrating carcinogenic properties and the N-nitro-samides which do not require such activation.

Presence of N-nitroso compounds in food is frequently correlated with the use of sodium nitrite as a preservative. The N-nitroso compounds arise from the interaction of the nitrite and secondary or tertiary amines present in the food [Challis, 1981].  The production of some of these N-nitroso compounds, particularly N-nitroso pyrrolidine in bacon is significantly enhanced by cooking [Gough et al., 1978], although approximately 90% of that produced volatilises during the cooking process [Gough et al., 1976].  Diets that contain no preformed N-nitroso compounds may give rise to nitrosated products following ingestion [Walters et al., 1979].  These are again formed from nitrite and secondary or

tertiary amines, although there is evidence that dietary
nitrite may be supplemented by the conversion of nitrate to
nitrite both by plant enzymes and bacteria (White, 1975).

In addition to dietary sources of secondary or tertiary
amines or amides there is much concern about the fate of many
drugs which have such structures and are known to be nitro-
sated 'in vivo' in a number of animal species (Lijinsky, 1981).

Although some N-nitroso compounds are not carcinogenic
their production in the body cannot be regarded as without
risk as trans-nitrosation reactions are known to occur in which
the N-nitroso group is transferred to a different secondary
amine, possibly giving rise to a carcinogenic product
(Dennis et al., 1979).

The potential of the human exposure to these chemicals to
produce cancer is unknown and in view of effects in animals is
worthy of investigation.  Before going on to explore alter-
native ways of investigating this potential it is important
to consider the nature of cancer and its possible origins.

The Nature of Cancer

Cancer is a collective name for a variety of proliferative
lesions possessing certain common properties:

A.  GENETIC DAMAGE - The change present in the cells is
     heritable and generally irreversible and the lesion
     does not regress in the absence of the causative
     stimulus.

B.  INVASION - Surrounding tissue is invaded or
     infiltrated by cancer cells.

C.  METASTASIS - cells from the original tumour may be
transported to distant sites where they settle and
give rise to secondary colonies of cancer cells.

The main difference between a chemically-induced cancer
and any other toxic lesion is its ability to progress in the
absence of further stimulus.  The persistence of the change
together with its heritability is generally considered to
indicate that the ultimate carcinogenic mechanism involves
changes in the genetic material of affected cells.

The changes in DNA commonly associated with treatment
with chemical carcinogens are alkylations of nucleic acids.
Particular sites on particular nucleic acids show a high
frequency of alkylation [Faustman and Goodman, 1981].  Although
in certain cases there is a tendency for a correlation of
alkylation at a specific site on DNA with carcinogen-potency
at that site, this is not universally the case.  The site of
alkylation showing the best correlation with target specificity
and potency is the alkylation of the $O_6$ position of guanine
[Loveless, 1969; Pegg, 1977].  These workers demonstrated that
a significant factor in determining site of carcinogen action
was the rate of repair of the $O_6$-alkylated guanine.  However,
as in many areas of research, it is one thing to demonstrate
a correlation between two events, but is far more difficult
to demonstrate a causative relationship between them.  Thus,
while $O_6$ alkylation of guanine may play a part in chemical
carcinogenesis it may not be the step or even the pathway
that brings about cell transformation.

This is in accord with a view expressed by Cairns [1981]
who, in reviewing the role of mutation in carcinogenesis

concluded that the genetic changes involved in cancer pro-
duction are major structural alterations, possibly involving
changes in the expression of parts of the genome.  While it
is clear that the mutations which may result from local
damage, such as alkylation, may contribute to the major
structural alterations referred to, they are not sufficiently
significant, in themselves, to bring about the changes in cell
behaviour that are typical of cancer.

It is conceivable that some parts of the genetic material
are more susceptible to damage than others and there is some
evidence that alkylation of chromosomes is not uniform
[Faustman and Goodman, 1981].  One theory of control of gene
expression postulates the existence of control elements,
sequences of DNA which, according to their state permit or
prevent subsequent genes being coded.  If one of these con-
trol elements were damaged by carcinogens then the effect is
likely to be much greater than damage at other sites.  Such an
event might lead to expression of genes not normally typical
of the cell type.  This idea would tend to fit in with
observations made by Klein [1981] in a review of work with
transforming viruses.  This review suggests that cell trans-
formation may result from the activation of a single 'oncogene'
which forms part of the DNA of all cells.

Thus, in some way, the ability of all carcinogens to
bind to DNA or to generate radicals which do so can bring about
major changes in the genetic material which cause cell trans-
formation.  The precise mechanism awaits a greater under-
standing of the normal processes of control of gene expression.

If the only step in carcinogenesis was DNA damage then

cancer would follow exposure to carcinogens very rapidly.
Even at the highest non-toxic doses of the most potent
carcinogens known, some weeks must elapse between first
treatment and appearance of the first tumour.  In known
human cases of chemical carcinogenesis, cancer does not
usually appear until many years after first exposure.  Thus,
whatever change has taken place in the genetic material lies
apparently dormant until triggered by other processes or
events.  These two stages have been defined as Initiation
and Promotion.  The carcinogen is essential for initiation
and generally can act as a promoter, however, promotion may
be achieved by a much wider range of stimuli.  Recent work
on autoxidative changes resulting from free-radical generation
in the cells suggests a possible mechanism whereby the two
stage process may be achieved.  If it is assumed, as appears
to be the case, that a cell with altered DNA continues, in
the absence of other stimuli, to function as a relatively
normal member of the population from which it is derived, then
the essential step to a cancer cell might be achieved by a
gradual alteration of the rest of the cell to provide the
environment in which the altered DNA exerts its transforming
properties.  Such an alteration of non-nuclear cell components
is known to result from carcinogen treatment, with alkylation
of a whole range of cellular macromolecules.  One specific
change that has been identified, following carcinogen treat-
ment is abnormal glycoprotein synthesis [Warren et al., 1978].
As glycoproteins form an essential part of cell membranes and
particularly of cell-surface tissue-specific sites, they have
a significant role in preserving cell and tissue identity.

It is conceivable that this change in the cell may be prevented or, at least repaired in cells with undamaged nuclei.  In cells with altered DNA however these changes may accumulate until a suitable environment is created for the altered DNA to act to stimulate cell growth and division just as if the surrounding tissue did not exist.  Some support for this idea comes from work on cultured cells.  It is widely accepted that many cell cultures are more susceptible to cell transformation than the parent tissue and that such trans-formation occurs almost immediately after treatment with the carcinogen.  It is possible that these cells in culture are not subject to the normal range of tissue-specific factors, and as such are closer to the state which may be achieved by promotion.

There is evidence that treatment with high doses of carcinogens kills some cells or groups of cells within an organ, while others which are then resistant to subsequent treatment with the carcinogen, survive.  It may be that these 'selected' cells are genetically altered and, if so, present ideal targets for the epi-genetic effects of the carcinogen. There is much evidence from the pattern of development of some epithelial tumours, from hyperplasia through benign to malignancy, for a gradual process of carcinogenesis rather than a number of dramatic steps or stages.  Such a process could be the gradual loss of cell identity with increasing dominance of abnormal glycoproteins which eventually would allow a genetically altered cell to transform.

## Chemical Carcinogenesis

Agents known to be capable of causing cancer are:

a) Ionising and ultra-violet radiation.

b) Reactive chemicals including free-radicals.

c) Viruses.

While much effort has been devoted to discovering viral origins for human cancer, this has produced little evidence for viruses as a major cause. Suspicion has therefore fallen upon chemicals, as a potential cause of many apparently 'spontaneous' human cancers.

The variety of chemicals known to be capable, at high doses, of inducing tumours in animals does nothing to allay the suspicions. The mechanisms by which chemicals with widely diverse structures bring about very similar changes in the target tissues is worthy of discussion, for it is based on an understanding of these mechanisms that any con-clusions concerning human exposure can be drawn.

A number of examples of carcinogens are shown in figure 1.1.

The first factor that all these different structures have in common is the requirement for metabolism, generally occurring on the endoplasmic reticulum. The postulated proximal carcinogens in each case are shown in figure 1.2. Each of these is a highly active molecule which will tend to bind to cellular macromolecules or to generate radicals that do so. Thus a common feature of chemical carcinogens is the ability to give rise to covalently bound adducts of all cellular macromolecules including DNA. Certain molecules within the cell possess a great affinity for these active

9



BENZO(a)PYRENE

2-ACETYLAMINOFLUORENE

AFLATOXIN B$_1$

DIMETHYLNITROSAMINE

FIGURE 1.1   THE STRUCTURES OF SOME CHEMICAL
CARCINOGENS

Figure 1.2    This figure shows the structure of the proximate carcinogens

which are produced within the body from the carcinogens

shown in figure 1.1.

CARCINOGEN                          PROXIMATE CARCINOGEN

Benz(a)pyrene                       (a) Benzo(a)pyrene 7,8-diol-9,10-oxide

2-Acetylaminofluorene               (b) 2-Acetylaminofluorene-N-sulphate

Aflatoxin $B_1$                     (c) Aflatoxin $B_1$ 2,3-oxide

Dimethylnitrosamine                 (d) Methyldiazonium ion.

(a)



(b)



(c)

$$CH_3 - \overset{+}{N} \equiv N$$

(d)

FIGURE 1.2  STRUCTURES  OF  PROXIMATE

CARCINOGENS

molecules, and may, under normal circumstances act to reduce
the formation of covalent adducts with other molecules.
Examples of such 'scavengers' are glutathione, retinol and
vitamin E.  Other factors such as DNA repair may also act
to alter the effect of a dose of carcinogen.  While it is
known that man is susceptible to certain chemical carcinogens,
this evidence arises from circumstances where exposure is
high, such as occupational or drug treatment.  There is still
a need to discover what risk, if any, is posed by those
chemicals, known to be capable of causing cancer in animals,
and known to be present in the human environment.

### Methods of Determination of Risk to Man from Carcinogens

An approach which attempts to study this problem directly
is that of epidemiology.  By studying cancer incidence in
different populations it is possible firstly to decide
whether any population faces a different risk of cancer from
the rest.  If so, some cause for this difference can be
sought.  While this approach is useful in suggesting associa-
tions between particular habits or diets and cancer incidence
there is little chance of ever deriving a certain cause and
effect relationship.  Thus it is known that populations in
South America and parts of China who have high nitrate and
nitrosamine intakes respectively also demonstrate unusually
high incidences respectively of gastric and oesophageal
cancer.  While it is not possible to draw firm conclusions
from this data due to the difficulty of isolating single
factors, it must act to guide other experimental approaches.

The main experimental method, at present, for determining

whether or not a chemical is a carcinogen is by administration over the life-span to laboratory animals (generally rats and/or mice), at doses ranging up to the highest dose compatible with normal growth and survival of treated animals.  Interpretation of a positive result in such studies presents many problems, based in a general uncertainty as to the suitability of any animal species as a model for man, and much debate over the correct method of deriving quantitative conclusions for man from such data.  However, short of experimenting on humans, the animal studies are the best method available, and by understanding the process involved, it is possible to minimise the uncertainty.

Various short-term investigations designed to predict carcinogenic potential have been proposed and some have achieved usefulness, however such tests struggle to duplicate the results of animal studies and thus do not offer a better way of predicting human risk.  Most such studies are based on detecting the mutagenicity of a chemical, a property which appears to be closely linked to its carcinogenic potential.

In the future, studies of mutagenicity in different human populations may tell us more about risk of cancer but this data is not yet available and will not be for some time.

### Nitrosamines - Carcinogens for Animals

The story of nitrosamine toxicity begins as do many others with an observation of the effects of human exposure.  Two laboratory workers were found to have developed cirrhosis of the liver following approximately 10 months' exposure to dimethylnitrosamine (DMN) which was being used as a solvent.

This observation prompted investigations of acute and
short-term toxicity by Barnes and Magee [1954]. The animal
species used in the acute investigations were rats, mice,
rabbits, guinea-pigs and dogs. In all these species the
$LD_{50}$ appeared to be between 10 and 30 mg/kg. In all species
the liver was the target organ, showing various degrees of
damage accompanied by peritoneal exudate, haemorrhagic in the
case of rats, dogs and guinea-pigs. Animals surviving a
single dose for up to 10 days showed similar signs of hepatic
damage. A repeated dose study was confined to rats given
doses of 50, 100 and 200 ppm in the diet for 110 days. The
groups receiving 100 and 200 ppm died before the end of the
study.

The histological picture in all acute cases showed
centrilobular necrosis with haemorrhage into the necrotic
areas. Animals surviving the acute dose for more than 10
days showed evidence of regeneration of liver tissue from
the cells of the periportal areas. In the repeated dose
study centrilobular necrosis persisted with some evidence
of abnormal nuclear forms in the surviving periportal cells.

The same authors in 1956 went on to study the longer
term effects of DMN in rats and demonstrated its carcinogenic
properties. A group of 10 male and 10 female rats were fed
a diet containing 50 ppm DMN. A control group of 5 males
and 5 females received basal diet. The first treated animal
died after 27 wk of treatment and by wk 42 only one of this
group remained alive. As in the acute studies, the only
organ to be affected was the liver, where 19 of the 20 treated
animals developed primary tumours. The main lesions seen in

the livers were classified as hepatomas which appeared to
originate from hepatocytes and included a range of types
from advanced hyperplastic nodules to metastasising ana-
plastic tumours.  A second type of lesion was encountered,
described at autopsy as small translucent cysts.  These
were considered to be of biliary origin and to be a
separate lesion from the hepatomas, being described as
cystadenomata.

Following these observations a large number of nitro-
samines have been studied in a wide range of species.  In ma
instances, they are carcinogens each with specific target
organs, in a given species, although the target organ for
a single nitrosamine can vary from one species to another
as illustrated in data prepared by Schmähl (1981) for
diethylnitrosamine.

### Nitrosamines - Structure, Metabolism and Mechanism of Action

All nitrosamines possess the following structure:



where $R_1$ and $R_2$ are aryl or alkyl groups and may be
identical, different, or part of a ring system.  Some
examples are given in figure 1.3.

The lower members of the dialkyl series, together with
some cyclic nitrosamines are steam-volatile, and can be
quantitatively recovered from complex mixtures and body

FIGURE 1.3   SOME EXAMPLES   OF   N-NITROSAMINES

CH₃
  \
   N-NO
  /
CH₃

DIMETHYLNITROSAMINE

CH₃ CH₂
    \
     N-NO
    /
CH₃ CH₂

DIETHYLNITROSAMINE



N-NITROSOPIPERIDINE



N-NITROSOPYRROLIDINE

tissues and fluids for analysis.  As quantitative extraction
of the 'non-volatile' nitrosamines has not yet been achieved
successfully most research is restricted to the volatiles.
This is not too great a disadvantage as the most potent
carcinogens are the two lowest members of the dialkyl series,
diethylnitrosamine [DEN] and dimethylnitrosamine [DMN].

Studies of structure-activity relationships for nitro-
samines have suggested correlations between carcinogenicity
and water-hexane partition coefficients [Wishnok et al.,
1978] and chain-length or number of carbon atoms [Wishnok
and Archer, 1976].  These two factors may illustrate the
effects of transport and metabolism respectively on the
carcinogenic potency of a given nitrosamine.

The most frequently studied nitrosamine metabolism is
that of DMN.  Despite many years of work by a large number
of independent groups the metabolism of this nitrosamine is
poorly understood.  It is known that administration of DMN
leads to alkylation of cell macromolecules, including DNA
[Magee and Barnes, 1967], and that an administered dose is
rapidly broken down to $CO_2$ [Heath, 1962].  As for many
chemicals, it was suspected that the metabolism of nitrosa-
mines involved an initial oxidation by enzymes of the
microsomal mixed function oxidase system dependent upon
cytochrome $P_{450}$.  However, experiments based on this supposi-
tion failed to give entirely consistent and reproducible
results [Lake et al., 1974, 1976].  Recent work by Lake et al.
[1978] has pointed to a route for metabolism involving
N-oxidation by an amine oxidase which is independent of
cytochrome $P_{450}$.  It is possible that this pathway runs in

parallel with a $P_{450}$-dependent oxidation.  Beyond this point
it is postulated that degradation proceeds non-enzymically
to yield carbonium ions which are the active alkylating
species, along with formaldehyde, methanol and nitrogen.
Although it has been a temptation for many researchers in
this field to assume that the metabolism of DMN must proceed
via an alkylating mechanism, it is clear that this does not
need to be the major pathway.  This view is supported by
the results of Cottrell et al. [1977] who demonstrated in
studies using $^{15}$N-labelled DMN that production of nitrogen
was only 5% of that expected if DMN were metabolised as
predicted.  More recent data [Milstein and Guttenplan, 1979;
Kroeger-Koepke et al., 1981] have concluded that nitrogen
production is almost quantitatively what is expected.  This
anomaly awaits resolution.

There is evidence from studies with inhibitors of amine
oxidase activity that inhibition of this enzyme during DMN
treatment affords protection from the carcinogenic properties
of this nitrosamine [Hadjiolov, 1971; Schmähl et al., 1976;
Weisburger et al., 1974].

Thus, in summary, the main route of toxicity and carcino-
genicity of nitrosamines is concluded to be the alkylation of
cell components.  It is therefore the rate at which the
alkylating species is generated in each tissue which determines
the target organ and the potency of each nitrosamine.

Nitrosamines - Human Exposure and Hazard?
There is no direct evidence for the carcinogenicity of
any nitrosamine for man.  There is, on the other hand, no

reason to believe that man is any less susceptible to the
carcinogenic effects of nitrosamine than any other species
studied.  Human exposure to nitrosamines is composed of two
elements.  Firstly, the ingestion or absorbtion of preformed
nitrosamines present in various foodstuffs, tobacco smoke
and industrial chemicals.  Secondly nitrosamines are formed
in the body from secondary amines and nitrite.

Highly sensitive and specific analytical techniques
have demonstrated nitrosamines in many foods preserved with
or containing nitrite [e.g. bacon, cheese, ham] [Spiegelhalder
et al., 1980] in alcoholic beverages [Spiegelhalder et al.,
1980] in tobacco smoke [Brunneman, 1960] industrial cutting
oils [Webb and Gough, 1980] and a variety of other sources.
The general exposure to preformed nitrosamines from dietary
sources has been calculated to be 1.1 $\mu$g/day for DMN and
0.1-15 $\mu$g/day for N-nitroso pyrrolidine [NPYR] [Spiegelhalder
1980]; 1 $\mu$g/week for DMN and 3 $\mu$g/week for NPYR and N-nitroso-
piperidine [NPIP] [Gough et al., 1978]; 0.38 $\mu$g/day DMN
[Stephany and Schuller, 1980].  While there is some difference
between these figures a range of 0.1-1 $\mu$g/day for DMN and
other alkylnitrosamines and 0.1-15 $\mu$g/day for NPYR and NPIP
includes all the figures.  There is a contribution to nitro-
samine intake from cigarette smoking and exposure to side-
-stream cigarette smoke [Brunneman et al.,1980] and from certain
occupations such as those involving leather tanning,
rocket-fuel production and tyre chemicals.  Excluding these
avoidable exposures an upper limit of 10 $\mu$g/day expressed as
DMN should cover the average human exposure to preformed
nitrosamines.

The other major source of nitrosamines in the general
population is the _in vivo_ production from dietary amines,
and drugs combining with nitrite.  Nitrosation of secondary
and tertiary amines will proceed without enzyme assistance
on incubation with sodium nitrite at low pH (Andrews _et al_.,
1980).  As these conditions may exist in the stomach a number
of animal studies have been carried out to discover the effect
of simultaneous dietary administration of several amine drugs
and sodium nitrite (Lijinsky, 1981).  Not only was nitrosamine
formation demonstrated but these studies also continued for
long enough to show that the combination of amine and nitrite
was, in some cases, carcinogenic.

While these studies demonstrate that carcinogenic nitro-
samines can be formed '_in vivo_', the concentration of nitrite
is artificially high.  Thiocyanate is known to be a powerful
catalyst for nitrosation (Boyland and Walker, 1974) and is
present in normal human gastric juice (Ruddell _et al_., 1977].
It is therefore conceivable that nitrosamines could be formed
in the normal human stomach after ingestion of food or drugs
containing tertiary or secondary amines.  This formation would
be considerably enhanced by the simultaneous ingestion of
nitrite or nitrate.  This formation is likely to be enhanced
in individuals having a low basal level of acid secretion
since this appears to be correlated with higher gastric
nitrite concentration and colonisation of the stomach by
bacteria capable of catalysing nitrosation (Ruddell _et al_.,
1976].  Analysis of human urine samples has demonstrated the
presence of low levels of nitrosamines (Kakizoe, 1979) while
analysis of faecal samples detected no nitrosamines (Lyang-ja

Lee, 1981).  The detection of nitrosamines in urine may lend support to the view that the urinary bladder represents a second potential site for 'in vivo' nitrosamine formation, particularly when infected (Radomski et al., 1978).

It is likely that the rate-limiting factor in human 'in vivo' nitrosamine formation is the nitrite concentration. Due to the ability of oral bacteria to catalyse nitrite formation from nitrate, it is likely that human populations most at risk from nitrosamines formed in vivo are those exposed to high dietary nitrite and/or nitrate concentrations. Evidence for such a connection has been generated in a study of a population in Colombia exposed to an unusually high nitrate intake, and known to have an exceptionally high incidence of gastric cancer.  Hawksworth et al. (1974) detected only low levels of gastric nitrite in this population and concluded that high urinary nitrate levels were the source of nitrosamines which subsequently caused the gastric cancer. The precise course of events in this population has not been established.  However, it is generally accepted that nitro-samine formation is a major contributory factor to the excess cancer risk (Tannenbaum, 1981).

Thus, human exposure to nitrosamines is impossible to estimate accurately and is likely to vary considerably from one individual to another.  It is unlikely that exposure would exceed a total of 100 $\mu$g/day from all sources.  In any attempt to calculate risk for man from nitrosamine exposure the relative risks of exposure to 10 $\mu$g/day and 100 $\mu$g/day will be compared.

## Nitrosamines as Model Chemical Carcinogens

For many people cancer is a very emotive word, and the desire to see cancer conquered is very strong in our society. When well-known scientists indicate that up to 80% of cancer may have an environmental cause, and in the same breath identify a range of chemicals known to cause cancer, it is not surprising that many people believe that all cancer is caused by chemicals.

This is clearly not true, however, the belief has generated considerable pressure to reduce exposure to carcinogens. Before this can be achieved, we must know which chemicals are carcinogens and which are the most potent. In this way attention can be directed at the major hazards. The evidence cited in the preceding pages for the carcinogenicity of many nitrosamines in a range of animals species, and their possible involvement in at least some human cancers identifies these chemicals as deserving of investigation. A number of questions exist relating to the sensitivity of man to these compounds compared with animal species studied, and the precise level of exposure. One general question is also worthy of consideration; this relates to the quantitative difference between all animal studies and likely human exposure and the possibility that at very low levels of exposure there is no effect. This possible 'Threshold' of effect is dependent upon one or a combination of the following:

  (i) Failure of transport mechanisms below a certain
       concentration.

 (ii) Shift in metabolism to 100% detoxication at low doses.

[iii] Immediate and total repair of cell damage.

23

In order to shed some light on the significance of
nitrosamines as human carcinogens, some complete understanding
of the effects in animals must be achieved. One part of this
understanding is the clarification of the quantitative
relationship beyween rate of exposure to the carcinogen and
the incidence rate of the induced tumours over the widest
possible dose-range. The following is an account of such a
study carried out in rats, investigating the carcinogenicity
of a wide range of doses of dimethyl and diethylnitrosamine.

CHAPTER  TWO


STUDY  DESIGN

## Concept of Study

Faced with a decision to carry out an animal study and finite space and funds, the effects of low doses of nitrosamines can be studied in one of two ways.

The first approach is to expose a small number of groups of animals to the dose-levels of interest.  The number of groups is limited by the available space, as the groups themselves must be large to detect the low expected incidence of tumours.

The second approach is to measure the response of animals to a wide range of doses of nitrosamine.  In this way the relationship between dose and response may be established, and the likely response at the low doses deduced from this relationship.

Each approach has its merits and disadvantages.  The first studies the problem directly, but the accurate detection of an increased incidence of tumours requires more animals than could be employed.  The second approach is based, necessarily, on the assumption that a relationship established between dose and response at high doses will hold good at the dose-levels of interest.  It was decided to use a large number of dose-groups spanning a wide range of dose, as this approach was considered to stand more chance of providing useable data, than the large-group low-dose study, which might provide no information at all.

## Selection of Species

As the ultimate aim of this study is an understanding of human exposure it is necessary to ensure that the species

used makes this extrapolation as simple as possible.  Two
basic factors therefore affect species choice:

  a) Availability - the animals must be available in
     sufficient numbers from an adequately defined
     population.

  b) Experience - it is highly desirable that the value
     of the species selected, as a model for human
     carcinogenesis, is known.  Similarly, the back-
     ground pathology in the species chosen should be
     well-established.

These limit the choice of species to three; rat, mouse
and hamster.  Of these, the hamster has been used by
relatively few workers and is not known to be of any better
predictive value than rat or mouse.  Mice are available in
a much greater variety of strains than rats.  However, the
variability, between strains, in background incidence of a
number of tumours makes the rat the species of choice for
these studies, by default.

The next stage of the process was to define the
particular strain of rat that would be used.  To aid this
decision a number of further factors were considered:

  a) Inbred Strain - in an experiment setting out to
     quantify an already established response the aim
     is to minimise variability in the population
     studied.

  b) Experience - the strain must have been used in
     chronic studies, spanning at least 2 years, to
     provide the necessary background knowledge of
     spontaneous tumour incidences and age-related
     pathology.

c) Availability - sufficient animals must be
   available for the study.

d) Low tumour incidence - it would be preferable
   that the chosen strain had a low spontaneous
   incidence of the tumour types likely to be
   induced by treatment.  Similarly it would be
   preferable if the strain were not unusually
   susceptible to any specific type of tumour.

The only strain that satisfied all the above conditions, at
the time of designing this study, was the Colworth Inbred
Wistar from Unilever Ltd., Colworth, Sharnbrook, Beds.

### Selection of Nitrosamines

It was necessary to choose representative examples of
this group of chemicals as it was impossible to study the
whole range.  Diethyl (DEN) and dimethyl (DMN) nitrosamines
were selected as being the most potent carcinogens in the
group while being, structurally, the simplest members of
the dialkyl series.  For similar reasons they have also been
the subject of considerable study by a number of workers
(Druckrey, 1967; Terracini et al., 1967; Magee and Barnes,
1956).

### Group Sizes, Dose-levels and Schedules

Based on data from previous studies (Druckrey, 1967;
Terracini, Magee and Barnes, 1967) it was decided to use a
dose-range between 50 and 25,600 ppb in the diet.  The
lowest dose is considered to be of a similar magnitude to
the highest doses encountered by man; whereas the highest
dose is known to produce tumours in rats, but with minimal

toxic effect.

The major limitation on the number of groups was the available space. Accommodation was available for approximately 4,000 rats. Thus with a group size set at 50 of each sex, being the smallest number considered capable of giving a useful measure of response, 40 groups could be accommodated. It was decided that the study should contain a large control group to generate as much contemporary background data as possible. The design ultimately decided on was of a control group containing 240 males and 240 females and 15 dose-levels of each nitrosamine, each containing 60 males and 60 females, adding up to 4080 rats. The lowest dose shown to produce tumours by previous workers [Druckrey, 1967] was approximately 1000 ppb in diet. As the establishment of a dose-response relationship depends on the availability of a measurable response it was decided to bias the dose-range so that ten of the groups received doses in excess of 1000 ppb. This was achieved as below:

| Original dose-groups | Interpolated groups |
|---|---|
| 25600 ppb | |
| 12800 ppb | |
| | 9600 ppb |
| | 8000 ppb |
| 6400 ppb | |
| | 4800 ppb |
| | 4000 ppb |
| 3200 ppb | |
| | 2400 ppb |
| 1600 ppb | |
| 800 ppb | |
| 400 ppb | |
| 200 ppb | |
| 100 ppb | |
| 50 ppb | |

Preliminary investigations of the stability of DEN and
DMN in diet at the highest of the above concentrations showed
losses exceeding 20% of the added amount within 24 hours.
Stability in water solution was found to be considerably
better and therefore the drinking-water was selected as the
route of administration.  It was known from many previous
studies that rats drink a greater weight of water each day
than they consume diet.  From historic data it was deter-
mined that multiplication of the concentrations intended for
dietary administration by 0.66 would give the concentration
in the drinking water that would be likely to provide a
similar mg/day dose,  The resultant dose-levels were thus:

33, 66, 132, 264, 528, 1056, 1584, 2112, 2640,
3168, 4224, 5280, 6336, 8448, 16896 ppb in the
drinking-water.

The numbers of animals required for this study were too
large to consider starting the whole study at one time.  It
was therefore decided to divide the study, to ensure
effective management at all stages.  Each dose-group,
including the controls was divided into 10 sub-groups such
that each sub-group contained 24 controls of each sex and 6
of each sex for each dose of each nitrosamine.*
Each sub-group commenced treatment on a different occasion
as shown below:

---

*In sub-group 6 the female 16896 DEN group was omitted and
the female 2112 DEN group consisted of 12 animals.

| Sub-group | Day of [†] birth | Day of first treatment | Age [days at first treatment |
|-----------|------------------|------------------------|------------------------------|
| 1 | 1-11 | 48 | 37-48 |
| 2 | 15-25 | 60 | 35-45 |
| 3 | 30-40 | 75 | 35-45 |
| 4 | 44-54 | 89 | 35-45 |
| 5 | 56-68 | 104 | 36-48 |
| 6 | 86-96 | 133 | 37-47 |
| 7 | 99-110 | 147 | 37-48 |
| 8 | 113-123 | 161 | 38-48 |
| 9 | 127-137 | 175 | 38-48 |
| 10 | 156-166 | 203 | 37-47 |

The first two sub-groups were taken for interim kill at 12 months and 18 months from the start of treatment, respectively.* All the remaining animals were allowed to continue until they qualified for autopsy, either by death, sickness, or positive palpation.  Treatment continued until autopsy in all cases.  Animals were kept in their original cages without regrouping for the whole study.  The following observations were made for each animal during each week of the study:

    Body weight

    Presence of palpable abdominal lump

    General condition.

For each cage of animals the amount of water/solution consumed was measured weekly.

───────────────────────────────

[†] Day 1 is defined as the earliest day of birth of
   sub-group 1.

* Results from the groups terminated at 12 and 18 months are
   excluded from further analysis.

At autopsy the following data was recorded:

Date

Dose-group

Animal number

Sex

Reason for autopsy

Details of all macroscopic
abnormalities.

On microscopic examination of all the tissues taken at
autopsy details were recorded of all histopathological
changes seen.

Based on all the available information the most likely
cause of death was determined for each animal.

CHAPTER   THREE


EXPERIMENTAL  METHODS  AND  MANAGEMENT

## ENVIRONMENT CONTROL

Due to the extremely low concentrations of nitrosamine under investigation in this study, the diet, drinking-water, general accommodation and maintenance procedures for the animals were given much attention, in order to identify and minimise any additional variables.

### Animal Accommodation

All rats were housed in cages constructed from stainless steel and polyethylene. These cages were held in racks, each containing fifteen cages. Excreta were collected on high wet strength kraft paper, held on trays beneath the cages.

The animals were kept in four rooms of an animal unit given over specifically to this study. The division of the study between the rooms is shown in figure 3.1. Air was provided to the animal rooms at a rate sufficient to give 15 air changes per hour in each room. The cages were arranged in the room in such a way that the air was always being drawn away from the control animals, thus minimising possible contamination. This air was filtered to remove particles down to 1 m$\mu$ in size. Although the air supply unit contained no provision to reduce air temperature below ambient, the temperature of the animal rooms was maintained at 21 $\pm$ 2$^{\circ}$C., apart from a few isolated occasions when it reached 27$^{\circ}$C. Humidity was maintained between 50 and 80%.

Lighting of the rooms was on a 12-hour light, 12-hour dark cycle. The light part of the cycle coincided with the working day.

Figure 3.1   Distrubition of study in animal rooms and coding system employed.

**ROOM 1  Colour code BLUE  DIETHYLNITROSAMINE**

| Conc's (ppb) | Dose code | No. of rats ♂ | No. of rats ♀ |
|---|---|---|---|
| 33 | 1 | 60 | 60 |
| 66 | 2 | 60 | 60 |
| 130 | 3 | 60 | 60 |
| 260 | 4 | 60 | 60 |
| 530 | 5 | 60 | 60 |
| 1060 | 6 | 60 | 60 |
| 1580 | 7 | 60 | 60 |
| 2100 | 8 | 30 | 30 |
| Control | 0 | 60 | 60 |
| Total | | 510 | 510 |
| | | 1020 | |

**ROOM 2  Colour Code GREEN  DIETHYLNITROSAMINE**

| Conc's (ppb) | Dose code | No. of rats ♂ | No. of rats ♀ |
|---|---|---|---|
| 2100 | 1 | 30 | 30 |
| 2600 | 2 | 60 | 60 |
| 3200 | 3 | 60 | 60 |
| 4200 | 4 | 60 | 60 |
| 5300 | 5 | 60 | 60 |
| 6300 | 6 | 60 | 60 |
| 8400 | 7 | 60 | 60 |
| 16900 | 8 | 60 | 60 |
| Control | 0 | 60 | 60 |
| Total | | 510 | 510 |
| | | 1020 | |

**ROOM 3  Colour code RED  DIMETHYLNITROSAMINE**

| Conc's (ppb) | Dose code | No. of rats ♂ | No. of rats ♀ |
|---|---|---|---|
| 33 | 1 | 60 | 60 |
| 66 | 2 | 60 | 60 |
| 130 | 3 | 60 | 60 |
| 260 | 4 | 60 | 60 |
| 530 | 5 | 60 | 60 |
| 1060 | 6 | 60 | 60 |
| 1580 | 7 | 60 | 60 |
| 2100 | 8 | 30 | 30 |
| Control | 0 | 60 | 60 |
| Total | | 510 | 510 |
| | | 1020 | |

**ROOM 4  Colour code YELLOW  DIMETHYLNITROSAMINE**

| Conc's (ppb) | Dose code | No. of rats ♂ | No. of rats ♀ |
|---|---|---|---|
| 2100 | 1 | 30 | 30 |
| 2600 | 2 | 60 | 60 |
| 3200 | 3 | 60 | 60 |
| 4200 | 4 | 60 | 60 |
| 5300 | 5 | 60 | 60 |
| 6300 | 6 | 60 | 60 |
| 8400 | 7 | 60 | 60 |
| 16900 | 8 | 60 | 60 |
| Control | 0 | 60 | 60 |
| Total | | 510 | 510 |
| | | 1020 | |

<u>Animals</u>

Rats were transported weekly in cardboard transport boxes with soft-wood shavings as bedding, from Colworth to BIBRA. Food and water were not provided in the transport boxes. Each box contained animals of a single sex weaned on a single day, and was marked with this date.

On arrival at BIBRA the sex of each animal was checked and they were caged in groups of 10-15, each cage containing animals weaned on the same day. These cages were provided with pelletted diet (page 36) and distilled water.

When sufficient animals had been collected for the next phase of the experiment to commence and acclimatised at BIBRA for at least 7 days, the following procedure was used to assign animals at random to treatment group: on each occasion of randomisation the animals were to be allocated to 31 treatment groups, one (control) required 24 rats whereas all others required 6 rats. Lists of random sequences of numbers from 1 to 31 were generated for the purpose by Richard Peto (Oxford). The lists were employed as below:

A cage of rats was emptied into a clean plastic bucket. A rat was taken from the bucket and allocated to the treatment groups designated by the first number on the list. The tail of the rat was colour-coded as the first animal in that cage and the weaning date was recorded. The next animal was taken from the bucket and assigned to the treatment-group designated by the second number on the list etc. A different colour was used to mark the tail of the 1st, 2nd, 3rd, 4th, 5th and 6th rats in each cage. Once all

the cages contained the required number of rats the animals
were permanently identified using an ear-punch code
(Fig 3.2).

<u>Animal Maintenance Procedures</u>

The paper used for collecting excreta was changed
daily. All cages were washed on a 3-weekly rota. When
animals were transferred from one cage to another, this was
carried out so that only one cage was open at any one time.
The cages for each treatment group were labelled with
waterproof marker to ensure that there was no exchange of
cages between groups. The coding system used was a com-
bination of colours and numbers identified in Figure 3.1.
The use of the coding is best illustrated by examples:

    4200 ppb DEN    A figure 4 in black on a green background
    530 ppb DMN    A figure 5 in black on a red background.

<u>Diet</u>

Three commercially available diets suitable for the
maintenance of rats were analysed for content of steam-
-volatile nitrosamines and aflatoxin.[†] The results of these
analyses are shown in Table 3.1.

At this stage it was discovered that future production
of the Unilever diet was uncertain and this was withdrawn

[†]The invaluable assistance of the laboratory of the
Government Chemist, and the Tropical Products Institute,in
performing these analyses is gratefully acknowledged.

FIGURE 3.2    RODENT  EAR  MARKING  CODE



| Tens | Units | Thousands | Hundreds |
|------|-------|-----------|----------|
| R | L | R | L |
| 10 | 1 | 1000 | 100 |
| 20 | 2 | 2000 | 200 |
| 30 | 3 | 3000 | 300 |
| 40 | 4 | 4000 | 400 |
| 50 | 5 | 5000 | 500 |
| 60 | 6 | 6000 | 600 |
| 70 | 7 | 7000 | 700 |
| 80 | 8 | 8000 | 800 |
| 90 | 9 | 9000 | 900 |

Table 3.1   Analysis of commercial rodent diet for

         nitrosamines

| Diet Source | DMN (ppb) | Other nitrosamines (ppb) |
|-------------|-----------|--------------------------|
| Spillers    | 5-20      | N.D.                     |
| Oxoid       | 20-100    | N.D.                     |
| Unilever    | 0-5       | N.D.                     |

N.D. = None detected

Table 3.2   Analysis of diet constituents for nitrosamines

         and mycotoxins

| Constituent | Nitrosamines   | Aflatoxin and Ochratoxin |
|-------------|----------------|--------------------------|
| Fish-meal   | 50-250 ppb DMN | N.D.                     |
| Soya-meal   | N.D.           | N.D.                     |

N.D. = None detected

from consideration. The Spillers diet therefore offered the lowest nitrosamine content, but this was considered to be unacceptably high for this particular study. The protein source used in this diet was White Fish meal which has in the past been shown to contain nitrosamines [Koppang, 1974]. Samples of this ingredient and of soya-bean meal, an alternative protein source, were analysed for nitrosamine and aflatoxin content. The results are shown in Table 3.2.

Substitution of the soya-bean meal for fish meal was then contemplated and, in conjunction with the research laboratories of Spillers, a diet was developed with this change in formulation. At the same time it was agreed that supplies of this diet would be maintained for the duration of the study.

Each fresh batch of diet delivered was analysed for content of the contaminants shown in Table 3.3. For each contaminant a maximum permitted concentration was defined. These concentrations were arrived at after analysis of a sample of the diet and a review of the likely effect of each of the contaminants. At no time during the study did any batch of diet contain more than the concentration of contaminants shown in the table.

The diet used was in the form of expanded pellets and was fed 'ad libitum' from hoppers on each cage.

Drinking Water

To avoid any interference with the study, by nitrate or nitrite normally present in tap-water, distilled water was used throughout, both in the preparation of solutions

Table 3.3  Maximum permissible concentrations of dietary
contaminants

| Contaminant | Maximum permitted concentration |
|---|---|
| Nitrosamines | 5 ppb |
| Nitrate | 20 ppm |
| Nitrite | 0.5 ppm |
| Aflatoxin & ochratoxin | 5 ppb |
| Polycyclic aromatic hydrocarbons | 20 ppb |
| DDT | 250 ppb |
| Polychlorinated biphenyls | 500 ppb |
| Mercury | 7 ppb |
| Lead | 2 ppm |
| BHT [added antioxidant] | 10 ppm |

and for administration to control animals.

Distilled water was produced by two Fi-stream 8 litre/hr
stills.  The output from these stills was fed into a 1000
litre capacity high-density polyethylene storage tank.
Water was drawn from the tank when required, through
food-grade PVC tubing, using a centrifugal pump.  The tank
was regularly drained and cleaned, using fresh distilled
water, to prevent accumulation of any contamination.

## ADMINISTRATION OF NITROSAMINES

Nitrosamine solutions were prepared weekly, and the
concentration of nitrosamine in each solution was checked
before use [Walters et al., 1970].  The volatile nature of
the nitrosamines under study necessitated the development
of procedures which minimised loss.  The procedures for the
preparation and dispensing of the solutions are described
below.

To ensure that the animals received the intended
solutions all drinking water bottles were drained each week
prior to filling.  These quantities of effete solutions and
some excess preparation resulted in the production of con-
siderable volumes of waste solutions.  A method of neutra-
lising this waste was developed [Gangolli et al., 1974].

## Preparation of Solutions

The solutions were prepared in three stages of dilution.
All preparation of solutions was carried out in a room
within the animal unit that was specifically designated for
this purpose.  This room housed the stills and the storage-

-tank described previously, together with a refrigerator
for storage of nitrosamines and a fume-cupboard for the
preparation of solutions.

All mixing and dispensing operations were carried out
in the fume-cupboard. Small volumes were dispensed with
automatic pipettes using disposable tips, larger volumes
with automatic dispensers. Solution preparation consisted
of three stages, the first two of which were carried out
using glass volumetric flasks. Mixing of solutions was by
means of magnetic stirrers. Some of the containers used
for the final solutions could not be accommodated in the
fume-cupboard, and for these situations a system was employed
which permitted handling of the solutions to continue in the
fume-cupboard. This system of a funnel held in a retort-
stand within the fume-cupboard, connected by tubing to a
screw-on cap which fitted the container for the final
solution. A second tube was led back from this cap to the
fume-cupboard to provide an air-vent when the bottle was
being filled.

The procedure used for the preparation of solutions is
described below:

Stage 1

Stock solution in distilled water sufficient to last
for 3-4 weeks were prepared at a concentration of 5.3% v/v.
These solutions were stored in brown glass bottles at $4^{O}C$.

Stage 2

1 litre of a second dilution in distilled water was
prepared each week, the concentration depended on the volumes
of final solution that were required, [e.g. a final volume

of 8 litres required 10.0 ml to be diluted to 1 litre). At this stage the concentration was checked using a polaro- graphic technique (Walters et al., 1970).

### Stage 3

Volumes of second dilution as shown in Table 3.4 were dispensed into each final solution container and made up to volume with distilled water. The volumes of water added were measured using a flow meter calibrated in 10 ml divisions. These solutions were mixed, using a large magnetic stirrer, for ten minutes each.

Once all the final solutions had been prepared a small sample of each was taken for analysis.

Solutions were deemed acceptable for use if the analysed concentration was within 10% of that intended, with two exceptions. The dose levels, 1060 and 1590, and 2100 and 2600 were allowed a deviation of only 5% from the intended concentration, to prevent overlap.

All analyses were performed by the BIBRA Biological Chemistry department whose assistance is gratefully acknowledged. The polarograph technique (Walters et al., 1970) was used to analyse all solutions of greater than 1 ppm nominal concentration. The limit of detection for this technique did however, mean that it could not be used for solutions of nominal concentration less than 1 ppm. This problem was overcome in the following way:

Sodium chloride was added to the 'second dilution' referred to above to give a ratio of 20 gm NaCl to 0.53 ml nitrosamine. The ratio was checked at the time of analysis of this solution. The concentration of nitrosamine in the

Table 3.4  <u>Volumes of second dilution to be taken for the</u>

<u>preparation of the final solutions</u>

| Nominal concentration of final solution [ppb] | Volume of second dilution [ml] |
|---|---|
| 33 | 0.5 |
| 66 | 1.0 |
| 130 | 2.0 |
| 260 | 4.0 |
| 530 | 8.0 |
| 1060 | 16.0 |
| 1580 | 24.0 |
| 2100 | 32.0 |
| 2600 | 40.0 |
| 3200 | 48.0 |
| 4200 | 64.0 |
| 5300 | 80.0 |
| 6300 | 96.0 |
| 8400 | 128.0 |
| 16900 | 256.0 |

low-dose solutions (those less than 1 ppm) was assumed to
be correct if the appropriate concentration of sodium
chloride was found to be present using an Atomic
Absorption Spectrophotometer.  At approximately 6-weekly
intervals the accuracy of this procedure was checked by
analysing the solutions of less than 1 ppm nominal concen-
tration, using a gas-liquid chromatography technique
(Alliston et al., 1972).  Although this procedure could
analyse solutions, at all concentrations used it was too
slow for routine use.

## Dispensing of Nitrosamine Solutions

    The containers in which the final solutions were
prepared were used to dispense these solutions into the
animal drinking bottles.  The bottles were filled in situ on
the racks carrying the cages.  The design of these dispensing
containers is shown in Fig. 3.3(A).

    Solutions were dispensed by applying positive pressure
to the head space of the container.  The air-pressure was
developed by a pump fitted with a pressure release valve
operating at 5 p.s.i.  A fail-safe valve developed for the
purpose (Fig. 3.3 (B)), and fitted to the output tubing
enabled the bottles to be filled without spillage.

    Weekly emptying of the drinking-bottles was carried out
using a container similar to that used for dispensing but
with negative pressure applied to the head-space.

## Drinking-bottles

    The volatile nature of the nitrosamines used in this
study necessitated the development of an animal watering

46

FIGURE 3.3  DISPENSING SYSTEM FOR NITROSAMINE
SOLUTIONS

[A]  DISPENSING CONTAINER



connection
to air pump
(clamped
when not
in use)

Fail-safe valve
(see below)

High density polythene
container

[B]  FAIL SAFE VALVE



Neoprene washers

Rubber bung

Stainless steel spring

Brass tube

system which had minimal leakage but which also permitted
assessment of the volume of water consumed.  The system which
was developed for this study is shown in Fig. 3.4.  This
consists of a 1.3 litre high-density polyethylene bottle
fitted with a nylon cap, moulded to accept a short length
of clear PVC tubing, linking the cap to a stainless-steel
needle-valve (NKP TV25 Mk II).  To provide an air-bleed a ½
inch diameter hole was drilled in the base of each bottle,
and this was fitted with a No. 13 red rubber bung with a 19
gauge syringe needle pushed through and cut off.

The volume of water consumed by each cage of rats was
measured twice weekly.  Measurement was by means of an
adhesive scale fixed to the side of each bottle.  The volumes
equivalent to the scale divisions were defined in calibration
studies, the volume removed from the bottle being deter-
minable with an accuracy of $\pm$ 10 ml.  This method of
measurement did not rely on the scale being fixed in precisely
the same position on each bottle, as it simply required the
difference between two readings from the parallel region
of the bottle.

Each bottle for each cage was uniquely identified, a
duplicate set being used when bottles were removed for
washing.  The method of identification is shown in Fig. 3.4.
The bottles were fitted to the racking carrying the cages in
an inverted position.  The needle-valves were held in the
racking to locate in eyelets in the rear of each cage, thus
avoiding disturbance of the bottles on removal of the cages.

Prior to use the storage characteristics of nitrosamine
solutions in these bottles was investigated.  The results

FIGURE 3.4   DRINKING BOTTLE DESIGN AND IDENTIFICATION



demonstrated some variation but all within 10% of the
intended concentration.  On the basis of these results it
was decided that fresh nitrosamine solutions would be
prepared only once each week.

### OBSERVATION OF ANIMALS AND PALPATION

Each animal was weighed weekly and at this time was
palpated for abdominal masses, particularly those of the
liver.  Each cage of animals was inspected daily.  The
palpation procedure is by its nature a subjective obser-
vation, a method of maintaining consistency is detailed
below.  The procedure followed in the case of sick animals
is also described.

### Palpation

Each rat was palpated once weekly at the time of
weighing.  To avoid too much observer variation a programme
was devised using a team of three individuals working as
shown below:

| Palpater | Week 1 | Week 2 | Week 3 | Week 4 |
|----------|--------|--------|--------|--------|
| A        | 1[+]   | 2      | 3      | 1      |
| B        | 2[+]   | 3      | 1      | 2      |
| C        | 3[+]   | 1      | 2      | 3      |

[+]Study divided into 3 sub-groups containing
approximately equal numbers from each treatment.

If an animal was thought by one of the team to have a
palpable lump a second member of the team was called in to

confirm this observation.  When two of the team were agreed that an animal had a palpable lump, that animal was taken immediately for autopsy.

## Sick Rats

The animals found to be sick were monitored closely. When a sick rat reached a state where it could not reasonably be expected to survive a further 24 hours, it was taken for autopsy, together with any others found dead on the s me day.

In a number of rats large subcutaneous masses developed. When these reached dimensions sufficient to seriously impede movement, or if ulceration occurred, these animals were taken for autopsy.

## AUTOPSY PROCEDURES

Live animals brought to autopsy were killed by exsanguination from the aorta under deep barbiturate anaesthesia.  To avoid any possible exchange of tissue samples or other form of confusion autopsies were carried out sequentially unless numbers (e.g. interim kills) dictated otherwise.  The objective of the autopsy was defined clearly as the identification of the likely cause of sickness or death.  Thus attention was concentrated on the macroscopic examination and description of all possible tissues, and routine sampling confined to only a few organs as described below.

Liver, kidneys, bladder, lungs, skull and oesophagus were taken from every animal together with any other tissue found to be abnormal.  All tissues sampled were preserved in 10% buffered formalin.

All livers were examined for abnormality and the presence and position of all lesions was recorded. Each lobe of the liver was sampled after cutting into slices of approximately 5 mm thickness, and examination of the cut surfaces, two slices of each lobe were fixed separately in labelled tubes, to permit close correlation of histological and macroscopic findings.

Bladders were inflated with formalin before removal to ensure fixation of the epithelium. Lungs were also inflated in situ with formalin through the trachea, and then removed and fixed intact.

Oesophagi were removed complete with pharynx and the base of the tongue, opened up to reveal the mucosal surface and fixed intact on stiff card with the serosal surface against the card. The general position of any nodules and their size was recorded.

Skulls were fixed after removal of the brain and pituitary, and examination of the buccal cavity by cutting through one axis of the jaw. Ears were left in place so that identification could be checked if necessary.

Spinal cords were examined in situ by trimming off the dorsal part of the neural arches with bone-nibblers.

Tissues were stored in plastic pots and labelled using waterproof marker on non-peelable labels.

HISTOPATHOLOGY

All tissues collected at autopsy were examined after fixation, and, with reference to the autopsy report, appropriate samples were trimmed. All samples were processed

using an automated wax-embedding technique and stained with haematoxylin and eosin.

Microscopic examination of the sections was carried out with reference to the autopsy report, every attempt being made to identify the histological nature of the lesions seen at autopsy.

Where tumours were seen each was identified according to the degree of differentiation, the probable cell-type of origin, presence or absence of invasion and metastasis and the general appearance of the cells.

## SAFETY

As large volumes of nitrosamine solutions were involved in this study, safety was a major consideration.

The unit in which the study was carried out was totally devoted to this function and contained a room for the preparation of solutions and its own cage-wash facilities.

The risk attached to handling nitrosamine solutions can conveniently be divided into two areas, skin contact and inhalation. These two problems are considered separately below.

## Skin contact risk

Protective clothing was provided for every member of staff employed in the unit, consisting of rubber boots, a gown, a hat, a face-visor and thick rubber gloves. This clothing was worn when all operations were being performed in the animal rooms; apart from handling the rats, when surgical gloves were worn.

Any member of staff involved in the preparation of

solutions was required in addition, to wear a full-face gas-mask with an appropriate cannister attached.

In addition to the protective clothing each member of staff received a set of rules and instructions governing the wearing of the clothing and defining the procedure to be followed in the event of accidental spillage or contact with the nitrosamine solutions.

Occasionally spillages did occur and in these instances the animal room involved was immediately evacuated. The spillage was cleared by an individual in full protective clothing (including the respirator). The method of clearing the spillage was to soak up the solution using paper tissue; this was then sealed in a polythene bag which was sealed in a second bag and taken for immediate incineration. The room was then locked and no access allowed for at least one hour (15 changes of air). On no occasion did any staff report skin contact with the nitrosamine solutions.

Inhalation risk

Perhaps the highest risk area, as for skin contact, was the preparation room; the only area in the study where solutions containing more than 17 ppm nitrosamine were handled. This risk was considered adequately met by the use of respirators in this area.

Throughout the rest of the facility the systems for dispensing the solutions and the drinking bottles attached to the cages were designed to minimuse risk in this respect. Analysis of the solutions demonstrated that there was no

detectable loss of nitrosamine from either the drinking or dispensing bottles.  Coupled with the flow-rate of air in the animal rooms, the risk was regarded as minimal.

A major source of risk in any situation is under-staffing, which tends to lead to short-cuts in procedures.  Adequate staffing levels were ensured at all times during this study. Similarly no individual was permitted to work alone in the unit at any time.

Procedures were developed for the disposal of all solid waste by incineration, as was a process for the neutralisation of waste solutions [page 41].

.

CHAPTER FOUR


RESULTS

### Intake of Nitrosamine

Samples of the body-weight and water-intake were analysed to determine the mg/kg/day intakes of both nitrosamines. As neither body weight nor water intake appeared to be affected by treatment the intakes were based on a mean figure for water intake derived from all groups. The result of these calculations is shown in table 4.1.

### Mortality

Deaths occurred in the highest dose-groups of both nitrosamines after approximately 6 months of treatment. Subsequent mortality followed a dose-related pattern, with deaths occurring earlier at the higher doses (tables 4.2-4.5). In animals receiving less than 1056 ppb DEN or 1584 ppb DMN the mortality rate at all times was very similar to that of controls. Plots of cumulative mortality for both sexes of controls allow a median lifespan to be derived. This is estimated to be 920 days for males and 837 days for females (figures 4.1-4.2).

### Tumour incidences

The majority of animals had at least one tumour at death and the incidence of all tumours found in each dose-group, classified by site is given in tables 4.6 to 4.9. Of the control animals 79% of males and 94% of females had a tumour at death.

A considerable number of tumours showed variation in incidence related to the dose of nitrosamine. The incidence of tumours of pituitary, uterus and mammary tissue was significantly reduced, compared with controls, in the higher

Table 4.1   Calculated mean mg/kg/day intakes of DEN and

DMN by animals receiving these nitrosamines

in their drinking water

| Concentration (ppm) | mg/kg/day Males | mg/kg/day Females |
|---|---|---|
| 0.033 | 0.002 | 0.003 |
| 0.066 | 0.004 | 0.006 |
| 0.132 | 0.008 | 0.011 |
| 0.264 | 0.017 | 0.02 |
| 0.528 | 0.03 | 0.05 |
| 1.06 | 0.07 | 0.09 |
| 1.58 | 0.10 | 0.14 |
| 2.11 | 0.14 | 0.18 |
| 2.64 | 0.17 | 0.23 |
| 3.17 | 0.20 | 0.28 |
| 4.22 | 0.27 | 0.37 |
| 5.28 | 0.34 | 0.46 |
| 6.34 | 0.41 | 0.55 |
| 8.45 | 0.54 | 0.73 |
| 16.9 | 1.08 | 1.47 |

Table 4.2  Cumulative mortality [%] of male rats receiving
DEN in the drinking water

| Concentration [ppm] | Accumulated % mortality at day | | | | | | |
|---|---|---|---|---|---|---|---|
| | 200 | 400 | 600 | 800 | 1000 | 1200 | 1400 |
| 0 [control] | 2 | 4 | 7 | 29 | 71 | 99 | 100. |
| 0.033 | 0 | 0 | 6 | 29 | 69 | 100 | |
| 0.066 | 0 | 2 | 4 | 19 | 56 | 100 | |
| 0.132 | 0 | 2 | 6 | 29 | 63 | 100 | |
| 0.264 | 8 | 10 | 16 | 33 | 73 | 100 | |
| 0.528 | 2 | 2 | 8 | 18 | 62 | 100 | |
| 1.06 | 2 | 4 | 10 | 29 | 83 | 100 | |
| 1.58 | 0 | 0 | 6 | 46 | 96 | 100 | |
| 2.11 | 4 | 8 | 26 | 89 | 100 | | |
| 2.64 | 0 | 0 | 29 | 95 | 100 | | |
| 3.17 | 0 | 0 | 31 | 100 | | | |
| 4.22 | 0 | 8 | 81 | 100 | | | |
| 5.28 | 2 | 21 | 94 | 100 | | | |
| 6.34 | 0 | 10 | 100 | | | | |
| 8.45 | 0 | 54 | 100 | | | | |
| 16.9 | 2 | 98 | 100 | | | | |

Table 4.3  Cumulative mortality [%] of male rats receiving
DMN in the drinking water

| Concentration [ppm] | Accumulated % mortality at day | | | | | | |
|---|---|---|---|---|---|---|---|
| | 200 | 400 | 600 | 800 | 1000 | 1200 | 1400 |
| 0 (control) | 2 | 4 | 7 | 29 | 70 | 99 | 100 |
| 0.033 | 0 | 2 | 4 | 23 | 65 | 100 | |
| 0.066 | 0 | 0 | 2 | 29 | 71 | 100 | |
| 0.132 | 0 | 2 | 11 | 27 | 63 | 100 | |
| 0.264 | 0 | 2 | 2 | 33 | 71 | 98 | 100 |
| 0.528 | 0 | 0 | 6 | 21 | 61 | 98 | 100 |
| 1.06 | 0 | 0 | 11 | 36 | 79 | 98 | 100 |
| 1.58 | 0 | 2 | 4 | 36 | 81 | 100 | |
| 2.11 | 0 | 0 | 8 | 31 | 73 | 100 | |
| 2.64 | 0 | 4 | 17 | 65 | 94 | 100 | |
| 3.17 | 0 | 2 | 21 | 56 | 100 | | |
| 4.22 | 2 | 11 | 27 | 75 | 98 | 100 | |
| 5.28 | 0 | 6 | 71 | 100 | | | |
| 6.34 | 0 | 11 | 75 | 100 | | | |
| 8.45 | 2 | 29 | 100 | | | | |
| 16.9 | 25 | 100 | | | | | |

Table 4.4  Cumulative mortality (%) of female rats

receiving DEN in the drinking water

| Concentration (ppm) | Accumulated % mortality at day | | | | | | |
|---|---|---|---|---|---|---|---|
| | 200 | 400 | 600 | 800 | 1000 | 1200 | 1400 |
| 0 (control) | 0 | 2 | 9 | 40 | 83 | 99 | 100 |
| 0.033 | 0 | 0 | 8 | 33 | 86 | 100 | |
| 0.066 | 0 | 0 | 8 | 48 | 86 | 100 | |
| 0.132 | 0 | 0 | 11 | 46 | 94 | 100 | |
| 0.264 | 0 | 0 | 6 | 27 | 81 | 98 | 100 |
| 0.528 | 0 | 4 | 15 | 56 | 98 | 100 | |
| 1.06 | 0 | 0 | 8 | 63 | 100 | | |
| 1.58 | 0 | 2 | 21 | 92 | 100 | | |
| 2.11 | 0 | 0 | 65 | 98 | 100 | | |
| 2.64 | 0 | 2 | 86 | 100 | | | |
| 3.17 | 0 | 6 | 100 | | | | |
| 4.22 | 0 | 38 | 100 | | | | |
| 5.28 | 0 | 54 | 100 | | | | |
| 6.34 | 0 | 90 | 100 | | | | |
| 8.45 | 0 | 98 | 100 | | | | |
| 16.9 | 12 | 100 | | | | | |

Table 4.5  Cumulative mortality (%) of female rats

receiving DMN in the drinking water

| Concentration (ppm) | Accumulated % mortality at day | | | | | | |
|---|---|---|---|---|---|---|---|
| | 200 | 400 | 600 | 800 | 1000 | 1200 | 1400 |
| 0 (control) | 0 | 2 | 9 | 40 | 83 | 99 | 100 |
| 0.033 | 2 | 4 | 6 | 38 | 71 | 100 | |
| 0.066 | 2 | 2 | 13 | 48 | 79 | 98 | 100 |
| 0.132 | 2 | 6 | 11 | 50 | 83 | 100 | |
| 0.264 | 0 | 0 | 2 | 42 | 83 | 100 | |
| 0.528 | 0 | 2 | 15 | 52 | 94 | 98 | 100 |
| 1.06 | 2 | 2 | 11 | 44 | 78 | 100 | |
| 1.58 | 0 | 0 | 21 | 77 | 96 | 100 | |
| 2.11 | 0 | 2 | 25 | 73 | 100 | | |
| 2.64 | 0 | 4 | 48 | 98 | 100 | | |
| 3.17 | 0 | 4 | 65 | 98 | 100 | | |
| 4.22 | 0 | 10 | 88 | 100 | | | |
| 5.28 | 0 | 29 | 100 | | | | |
| 6.34 | 0 | 27 | 100 | | | | |
| 8.45 | 13 | 88 | 100 | | | | |
| 16.9 | 56 | 100 | | | | | |

Table 4.6    Incidence of tumours in male rats receiving DEN in the drinking water

| Tumour site | Tumour incidence (%) in males receiving (ppb DEN) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 33 | 66 | 132 | 264 | 528 | 1060 | 1580 | 2110 | 2640 | 3170 | 4220 | 5280 | 6340 | 8450 | 16900 |
| Liver | 8 | 10 | 8 | 21 | 6 | 21 | 40 | 58 | 40 | 60 | 54 | 65 | 58 | 67 | 58 | 81 |
| Oesophagus | 0 | 0 | 0 | 0 | 0 | 6 | 33 | 65 | 73 | 83 | 92 | 75 | 91 | 79 | 83 | 88 |
| Nasopharynx | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 2 | 2 | 2 | 0 | 2 | 2 | 0 | 0 | 0 |
| Kidney | 1 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bladder | 2 | 0 | 2 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 |
| Stomach | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 |
| Small intestine | 3 | 2 | 2 | 4 | 2 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Caecum | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Colon | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lung | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heart | 5 | 6 | 4 | 2 | 4 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Thymus | 4 | 2 | 4 | 2 | 2 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| Trachea | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Thyroid | 9 | 13 | 4 | 8 | 10 | 13 | 13 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Salivary gland | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mammary tissue | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 |
| S/c tissue | 10 | 19 | 8 | 4 | 17 | 2 | 21 | 13 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 0 |

Table 4.6   Continued

| Tumour site | \multicolumn{16}{c}{Tumour incidence (%) in males receiving (ppb DEN)} |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 33 | 66 | 132 | 264 | 528 | 1060 | 1580 | 2110 | 2640 | 3170 | 4220 | 5280 | 6340 | 8450 | 16900 |
| Skin | 1 | 2 | 4 | 0 | 0 | 10 | 0 | 2 | 4 | 0 | 0 | 2 | 0 | 0 | 0 | 0 |
| Harderian gland | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 |
| Brain | 7 | 4 | 10 | 8 | 4 | 8 | 0 | 4 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tongue | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pituitary | 26 | 23 | 19 | 23 | 21 | 31 | 23 | 6 | 6 | 4 | 4 | 2 | 0 | 0 | 0 | 0 |
| Adrenal | 4 | 4 | 0 | 2 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pancreas | 4 | 0 | 0 | 0 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Spleen/Lymph nodes | 7 | 10 | 10 | 8 | 2 | 8 | 4 | 2 | 6 | 2 | 0 | 2 | 0 | 0 | 0 | 0 |
| Testes | 7 | 10 | 10 | 8 | 8 | 17 | 8 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Seminal Vesicle | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prostate | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ureter | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bone-marrow | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 |
| Bone | 1 | 2 | 0 | 2 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Skeletal muscle | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reticulo-endothe- lial system | 4 | 0 | 0 | 2 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |

Table 4.6  Continued

|  | Tumour incidence (%) in males receiving (ppb DEN) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tumour site | 0 | 33 | 66 | 132 | 264 | 528 | 1060 | 1580 | 2110 | 2640 | 3170 | 4220 | 5280 | 6340 | 8450 | 16900 |
| Connective tissue | 1 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lower jaw | 3 | 4 | 0 | 4 | 6 | 8 | 4 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| Spinal cord | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Peripheral and cranial nerves | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Peritoneum | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Feet | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adamantinoma | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Incidences shown are for treated groups of 48 rats and control group (0 ppb DEN) of 192 rats receiving the appropriate concentration of DEN in their drinking water throughout their lives.

Table 4.7   Incidence of tumours in male rats receiving DMN in the drinking water

| Tumour site | Tumour incidence [%] in males receiving [ppb DMN] | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 0 | 33 | 66 | 132 | 264 | 528 | 1060 | 1580 | 2110 | 2640 | 3170 | 4220 | 5280 | 6340 | 8450 | 16900 |
| Liver | 8 | 19 | 21 | 13 | 17 | 15 | 25 | 31 | 48 | 69 | 79 | 79 | 92 | 98 | 100 | 92 |
| Kidney | 1 | 4 | 0 | 0 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bladder | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 0 | 2 | 2 | 2 | 0 | 2 | 0 |
| Stomach | 1 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 0 | 0 | 0 |
| Small intestine | 3 | 0 | 0 | 4 | 8 | 0 | 4 | 0 | 0 | 2 | 2 | 2 | 0 | 0 | 0 | 0 |
| Caecum | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Colon | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lung | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heart | 5 | 6 | 8 | 4 | 6 | 2 | 2 | 4 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 |
| Thymus | 4 | 0 | 2 | 2 | 0 | 0 | 2 | 0 | 2 | 0 | 2 | 2 | 0 | 0 | 0 | 0 |
| Thyroid | 9 | 17 | 10 | 10 | 17 | 19 | 15 | 2 | 8 | 6 | 6 | 2 | 0 | 0 | 0 | 0 |
| Salivary gland | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mammary tissue | 2 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| S/c tissue | 10 | 15 | 10 | 13 | 8 | 15 | 10 | 10 | 10 | 4 | 4 | 4 | 0 | 2 | 0 | 0 |

Table 4.7  Continued

| Tumour site | Tumour incidence (%) in males receiving [ppb DMN] | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 33 | 66 | 132 | 264 | 528 | 1060 | 1580 | 2110 | 2640 | 3170 | 4220 | 5280 | 6340 | 8450 | 16900 |
| Skin | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Harderian gland | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 |
| Brain | 7 | 8 | 2 | 4 | 4 | 0 | 6 | 4 | 4 | 8 | 4 | 0 | 0 | 0 | 0 | 0 |
| Tongue | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pituitary | 26 | 33 | 29 | 29 | 23 | 40 | 25 | 35 | 25 | 23 | 13 | 4 | 4 | 0 | 0 | 0 |
| Adrenal | 4 | 2 | 2 | 4 | 6 | 0 | 2 | 4 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 |
| Pancreas | 4 | 2 | 2 | 6 | 0 | 4 | 4 | 2 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 |
| Spleen/Lymph nodes | 7 | 2 | 4 | 2 | 0 | 8 | 4 | 6 | 2 | 2 | 0 | 8 | 0 | 0 | 0 | 0 |
| Testes | 7 | 0 | 8 | 4 | 2 | 10 | 4 | 8 | 6 | 6 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prostate | 0 | 0 | 2 | 0 | 0 | 2 | 2 | 0 | 2 | 2 | 2 | 0 | 2 | 0 | 0 | 0 |
| Cowpers complex | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bone-marrow | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bone | 1 | 0 | 0 | 4 | 0 | 2 | 2 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| Skeletal muscle | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reticulo-endo-thelial system | 4 | 0 | 6 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 |

Table 4.7  Continued

| Tumour site | Tumour incidence (%) in males receiving (ppb DMN) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 33 | 66 | 132 | 264 | 528 | 1060 | 1580 | 2110 | 2640 | 3170 | 4220 | 5280 | 6340 | 8450 | 16900 |
| Connective tissue | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 |
| Lower jaw | 3 | 4 | 6 | 6 | 2 | 2 | 2 | 6 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 |
| Spinal cord | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ear | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cranial nerves | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Peritoneum | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Feet | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Site uncertain | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Incidences shown are for treated groups of 48 rats and a control group (0 ppb DMN) of 192 rats receiving the appropriate concentration of DMN in their drinking water throughout their lives.

Table 4.8  Incidence of tumours in female rats receiving DEN in the drinking water

| Tumour site | Tumour incidence (%) in females receiving (ppb DEN) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 33 | 66 | 132 | 264 | 528 | 1060 | 1580 | 2110 | 2640 | 3170 | 4220 | 5280 | 6340 | 8450 | 16900 |
| Liver | 14 | 21 | 19 | 10 | 31 | 40 | 77 | 88 | 87 | 92 | 94 | 96 | 79 | 92 | 96 | 93 |
| Oesophagus | 0 | 0 | 0 | 0 | 0 | 6 | 35 | 42 | 52 | 48 | 71 | 63 | 65 | 77 | 69 | 62 |
| Kidney | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bladder | 1 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Stomach | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Small intes- tine | 1 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Caecum | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Colon | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rectum | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lung | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heart | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Thymus | 9 | 19 | 13 | 10 | 2 | 6 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Trachea | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Thyroid | 6 | 8 | 6 | 6 | 2 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Salivary gland | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Table 4.8    Continued

| Tumour site | \multicolumn{16}{c}{Tumour incidence (%) in females receiving (ppb DEN)} |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 33 | 66 | 132 | 264 | 528 | 1060 | 1580 | 2110 | 2640 | 3170 | 4220 | 5280 | 6340 | 8450 | 16900 |
| Mammary tissue | 12 | 19 | 13 | 10 | 21 | 8 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |
| S/c tissue | 9 | 2 | 15 | 8 | 13 | 2 | 8 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Skin | 0 | 0 | 2 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Eye | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Harderian gland | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Brain | 1 | 4 | 0 | 0 | 2 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tongue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pituitary | 38 | 41 | 52 | 33 | 46 | 46 | 29 | 13 | 2 | 6 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adrenal | 1 | 2 | 0 | 2 | 2 | 6 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pancreas | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Spleen/lymph nodes | 4 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ovaries | 2 | 0 | 0 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Uterus | 40 | 35 | 33 | 38 | 42 | 50 | 31 | 17 | 11 | 11 | 2 | 0 | 0 | 2 | 0 | 0 |
| Ureter | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bone-marrow | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bone | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Skeletal muscle | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Table 4.8   Continued

| Tumour site | \multicolumn{16}{c}{Tumour incidence (%) in females receiving (ppb DEN)} |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 33 | 66 | 132 | 264 | 528 | 1060 | 1580 | 2110 | 2640 | 3170 | 4220 | 5280 | 6340 | 8450 | 16900 |
| Diaphragm | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adipose tissue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reticulo-endo-thelial system | 2 | 2 | 0 | 10 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Connective tissue | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lower jaw | 4 | 2 | 0 | 0 | 4 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Spinal cord | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ear | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cranial nerves | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Peritoneum | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Feet | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cartilage | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adamantinoma | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Blood vessels | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Site uncertain | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Incidences shown are for treated groups of 48 rats and a control group (0 ppb DEN) of 192 rats receiving the appropriate concentration of nitrosamine in their drinking-water throughout their lives.

Table 4.9   Incidence of tumours in Female rats receiving DMN in the drinking water

| Tumour site | Tumour incidence (%) in Females receiving [ppb DMN] | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 0 | 33 | 66 | 132 | 264 | 528 | 1060 | 1580 | 2110 | 2640 | 3170 | 4220 | 5280 | 6340 | 8450 | 16900 |
| Liver | 14 | 25 | 21 | 19 | 27 | 29 | 44 | 79 | 81 | 96 | 98 | 100 | 96 | 98 | 92 | 85 |
| Nasal cavity | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kidney | 1 | 0 | 2 | 0 | 0 | 0 | 4 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bladder | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Stomach | 2 | 2 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Small intestine | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rectum | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lung | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heart | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Thymus | 9 | 23 | 10 | 6 | 15 | 17 | 10 | 6 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| Thyroid | 6 | 2 | 4 | 2 | 0 | 6 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Salivary gland | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mammary tissue | 12 | 8 | 13 | 17 | 15 | 8 | 13 | 2 | 13 | 2 | 4 | 0 | 0 | 0 | 0 | 0 |
| S/C tissue | 9 | 8 | 13 | 8 | 13 | 6 | 10 | 8 | 4 | 0 | 0 | 2 | 0 | 0 | 0 | 0 |
| Skin | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Brain | 1 | 4 | 2 | 2 | 4 | 4 | 2 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pituitary | 38 | 48 | 27 | 46 | 38 | 35 | 35 | 21 | 15 | 19 | 6 | 4 | 2 | 0 | 0 | 0 |

Table 4.9 Continued

|  | Tumour incidence (%) in females receiving [ppb DMN] | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tumour site | 0 | 33 | 66 | 132 | 264 | 528 | 1060 | 1580 | 2110 | 2640 | 3170 | 4220 | 5280 | 6340 | 8450 | 16900 |
| Adrenal | 1 | 2 | 2 | 2 | 0 | 0 | 2 | 0 | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 |
| Pancreas | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Spleen/lymph nodes | 4 | 2 | 2 | 2 | 2 | 6 | 13 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ovaries | 2 | 4 | 4 | 2 | 2 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Uterus | 40 | 35 | 38 | 54 | 38 | 31 | 31 | 31 | 17 | 13 | 10 | 4 | 6 | 2 | 0 | 0 |
| Bone | 1 | 2 | 0 | 0 | 2 | 0 | 2 | 4 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| Skeletal muscle | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reticulo-endo-thelial system | 2 | 0 | 2 | 2 | 0 | 2 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 2 |
| Connective tissue | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lower jaw | 4 | 2 | 2 | 8 | 8 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |
| Peritoneum | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cartilage | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Site uncertain | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Incidences shown are for treated groups of 48 rats and a control group (0 ppb DMN) of 192 rats receiving the appropriate concentration of DMN in their drinking-water throughout their lives.

73

Figure 4.1    This figure shows the cumulative mortality

of 192 untreated male rats maintained as

controls for animals receiving either DMN

or DEN in the drinking water.



Fig. 4.1   MORTALITY — MALE CONTROL

Figure 4.2    This figure shows the cumulative mortality

of 192 untreated female rats maintained as

controls for animals receiving either DMN

or DEN in their drinking water.

76



Fig.4.2   MORTALITY — FEMALE   CONTROL

dose-groups of both nitrosamines. This effect, along with
the reduced incidence of several other tumour types, is an
effect of treatment in that the animals died of treatment-
-related tumours before the normal time of appearance of
these spontaneous tumours. It clearly only represents a
protective effect of treatment insofar as early death
protects an individual from the hazards of growing old. The
incidence of a small number of tumour types was increased in
treated animals compared with controls. For diethyl-
nitrosamine, treatment was related to increased incidence
of tumours of:

                    Liver

                    Oesophagus

                    Nasal epithelium.

For dimethylnitrosamine the only site showing a treatment-
-related increase in incidence of tumours was the liver.

### Treatment-related tumours

     The liver is a target-organ common to both nitrosamines.
The full spectrum of change was seen in hepatocytes, with
both DEN and DMN, ranging from nodular hyperplasia to totally
anaplastic carcinoma. Hepatocellular tumours were common
with both nitrosamines but were seen slightly more frequently
with DEN. Other tumour types occurred originating from
every cell-type present in normal liver. Haemangiomatous
tumours were the next most common being seen more fre-
quently following DMN treatment. While benign tumours of the
biliary epithelium occurred with both nitrosamines only two
malignant tumours of this origin were seen in the whole

study.  The biliary cystadenomas were the commonest type of
tumour in the mid-dose groups of DMN.  Finally, the "Kupffer
cells gave rise to a small number of tumours following
treatment with either nitrosamine.  The incidences of the
different types of liver tumours are shown in tables 4.10
to 4.13.  Figures 4.3 to 4.6 illustrate the macroscopic
appearance of the various tumour types.

In diethylnitrosamine-treated animals tumours of the
oesophagus and nasopharynx showed treatment-related
incidences.  The oesophageal tumours originated in the
squamous epithelium and were frequently multiple, being
clearly visible at autopsy as papillary growths protruding
into the oesophageal lumen.  The commonest site for such
nodules was at the upper end of the oesophagus in the epi-
glottis region, where a small nodule rapidly caused deterio-
ration in the health of the animal.  Nodules were also seen
in these animals extending into the pharyngeal region, up
to the base of the tongue.

Malignant oesophageal tumours were frequently encountered
in DEN-treated animals, diagnosed by their invasive properties,
however, only one such tumour in the whole study showed
evidence of metastasis.  The response to treatment with DEN
was perhaps more clearly seen with oesophageal tumours than
with those of the liver, due to the total absence of spon-
taneous tumours of this region in almost 2000 DMN-treated and
control animals.  A typical oesophageal lesion is shown in the
photograph in figure 4.7.

Tumours of the nasopharynx were not detected macro-
scopically, however a few were seen on microscopic examination

Table 4.10  Incidences of liver tumours in male rats receiving DEN in the drinking water

| Tumour type | Tumour incidence (%) in males receiving (ppb DEN) | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | 0 | 33 | 66 | 132 | 264 | 528 | 1060 | 1580 | 2110 | 2640 | 3170 | 4220 | 5280 | 6340 | 8450 | 16900 |
| Hep. nodules | 2 | 6 | 4 | 2 | 2 | 6 | 10 | 21 | 15 | 21 | 8 | 8 | 15 | 17 | 6 | 21 |
| Hep. adenoma | 3 | 2 | 4 | 4 | 0 | 0 | 4 | 8 | 6 | 6 | 4 | 6 | 2 | 0 | 0 | 0 |
| Hep. carcinoma | 1 | 2 | 0 | 2 | 0 | 10 | 15 | 42 | 15 | 35 | 38 | 40 | 46 | 52 | 50 | 75 |
| Haemangioma | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Haemangio-sarcoma | 1 | 0 | 0 | 6 | 2 | 6 | 0 | 6 | 6 | 4 | 10 | 10 | 0 | 4 | 0 | 0 |
| Biliary cystadenoma | 1 | 4 | 0 | 2 | 2 | 0 | 8 | 4 | 2 | 4 | 6 | 6 | 4 | 0 | 0 | 0 |
| Bile-duct carcinoma | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| K-cell tumour | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 0 | 2 | 2 | 0 | 6 | 2 | 0 |
| Type uncertain | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 2 | 2 | 0 | 2 | 0 |

Table 4.11   Incidences of liver tumours in female rats receiving DEN in the drinking water

| Tumour type | Tumour incidence (%) in females receiving (ppb DEN) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 33 | 66 | 132 | 264 | 528 | 1060 | 1580 | 2110 | 2640 | 3170 | 4220 | 5280 | 6340 | 8450 | 16900 |
| Hep. nodules | 7 | 6 | 13 | 8 | 15 | 25 | 33 | 35 | 44 | 40 | 63 | 54 | 58 | 67 | 48 | 45 |
| Hep. adenoma | 5 | 6 | 2 | 4 | 0 | 17 | 17 | 13 | 20 | 8 | 15 | 6 | 6 | 4 | 2 | 2 |
| Hep. carcinoma | 1 | 4 | 4 | 2 | 4 | 6 | 46 | 71 | 61 | 85 | 77 | 81 | 75 | 81 | 94 | 88 |
| Haemangioma | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Haemangio-sarcoma | 3 | 0 | 0 | 0 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 |
| Biliary cysta-denoma | 2 | 4 | 0 | 2 | 4 | 2 | 6 | 6 | 4 | 6 | 4 | 2 | 2 | 0 | 2 | 5 |
| Bile-duct carcinoma | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| K-cell tumour | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 |
| Type uncertain | 1 | 0 | 2 | 0 | 4 | 0 | 0 | 0 | 2 | 0 | 4 | 2 | 0 | 0 | 0 | 2 |

Table 4.12   Incidences of liver tumours in male rats receiving DMN in the drinking water

| Tumour type | Tumour incidence (%) in males receiving (ppb DMN) | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 0 | 33 | 66 | 132 | 264 | 528 | 1060 | 1580 | 2110 | 2640 | 3170 | 4220 | 5280 | 6340 | 8450 | 16900 |
| Hep. nodules | 2 | 13 | 10 | 2 | 2 | 4 | 2 | 6 | 8 | 10 | 10 | 10 | 6 | 2 | 6 | 8 |
| Hep. adenoma | 3 | 6 | 4 | 0 | 6 | 2 | 0 | 6 | 2 | 0 | 0 | 2 | 2 | 0 | 0 | 0 |
| Hep. carcinoma | 1 | 2 | 2 | 4 | 2 | 6 | 10 | 13 | 10 | 25 | 29 | 33 | 58 | 60 | 77 | 88 |
| Haemangioma | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Haemangio-sarcoma | 1 | 0 | 0 | 2 | 4 | 0 | 2 | 2 | 13 | 13 | 29 | 21 | 6 | 15 | 6 | 6 |
| Biliary cystadenoma | 1 | 4 | 4 | 4 | 4 | 2 | 2 | 8 | 13 | 23 | 27 | 25 | 29 | 40 | 29 | 4 |
| Bile-duct carcinoma | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 0 | 0 | 0 | 0 |
| K-cell tumour | 0 | 0 | 2 | 0 | 0 | 0 | 4 | 0 | 0 | 6 | 0 | 0 | 4 | 0 | 0 | 0 |
| Type uncertain | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 6 | 0 | 2 | 0 | 0 | 0 | 2 | 0 |

Table 4.13  Incidences of liver tumours in female rats receiving DMN in the drinking water

| Tumour type | Tumour incidence (%) in females receiving (ppb DMN) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 33 | 66 | 132 | 264 | 528 | 1060 | 1580 | 2110 | 2640 | 3170 | 4220 | 5280 | 6340 | 8450 | 16900 |
| Hep. nodules | 7 | 15 | 8 | 6 | 13 | 17 | 17 | 13 | 15 | 19 | 13 | 15 | 19 | 23 | 21 | 17 |
| Hep. adenoma | 5 | 4 | 4 | 4 | 4 | 2 | 6 | 4 | 2 | 6 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hep.carcinoma | 1 | 0 | 0 | 4 | 4 | 10 | 6 | 10 | 10 | 8 | 13 | 15 | 25 | 38 | 69 | 73 |
| Haemangioma | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Haemangio-sarcoma | 1 | 2 | 0 | 2 | 0 | 2 | 4 | 2 | 6 | 2 | 6 | 4 | 0 | 0 | 6 | 10 |
| Biliary cystadenoma | 2 | 2 | 8 | 0 | 6 | 10 | 15 | 71 | 69 | 83 | 92 | 90 | 85 | 69 | 33 | 8 |
| Bile-duct carcinoma | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| K-cell tumour | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Type uncertain | 1 | 6 | 0 | 4 | 6 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 |

Figure 4.3   Solid lobulated multifocal tumour. Diagnosed
             microscopically as a well-differentiated
             hepatocellular carcinoma.  Hyperplastic nodules
             also present.  [8448 ppb DEN ♂ 4239]



Figure 4.4   Part cystic, part solid, multifocal tumour with
             very varied appearance.  Diagnosed microscopically
             as two distinct tumours, hepatocellular carcinoma
             and haemangiosarcoma.  [4224 ppb DMN ♂ 3529]



<u>Figure 4.5</u>    Totally cystic tumour, all cysts clear and
transparent.  Diagnosed microscopically as a
biliary cystadenoma.  [6336 ppb DMN ♀ 3797]



<u>Figure 4.6</u>    Only slightly raised nodules on this liver but
with the whole surface having a fine gravel type
appearance.  Diagnosed microscopically as a
Kupffer-cell sarcoma.  A haemangiosarcoma was
also diagnosed.  [3168 ppb DEN ♂ 1587].





Figure 4.7  Oesophagus showing 4 separate large nodules,
each indicated [ ◄ ] including one at the
base of the tongue and another in a position
where the epiglottis was obstructed
(magnification x 2).  Diagnosed microscopically
as papillomas and squamous cell carcinoma.

of the skulls.  Again, no tumours of this type were seen in
the controls.

    There was no other clear association between treatment
and incidence of tumours at a specific site, however a
complete time-related analysis was not carried out for all
tumour types.

### Relationship between dose and tumour incidence

    As DEN causes tumours at two sites (liver and oesophagus),
the first examination of the data was to check if the
preferred site changed with dose.  A plot of incidence of
liver and oesophageal tumours against dose showed that the
incidence of tumours at the two sites followed a similar
pattern in relation to dose (figures 4.8 and 4.9).  There
was a noticeable sex difference in that males seemed more
likely to develop oesophageal tumours than females.  It was
concluded that the most useful analysis of the data from
this study would be based on comparison of the total incidence
of treatment-related tumours at different doses.  Tables 4.14
and 4.15 show the incidences of the tumours at each site and
the incidence of animals with a tumour at both sites and the
incidence of animals with a tumour at one or the other site.
The incidences of fatal tumours will be discussed in a later
section.

    Figure 4.10 shows the incidence of treatment-related
tumours plotted against dose of DEN.  Over much of the
dose-range this plot runs close to 100% incidence and para-
llel to the dose axis.  At doses below 0.2 mg/kg/day
incidence is reduced in a dose-related manner.  The incidence

Table 4.14  Incidence of treatment-related findings in male rats maintained on drinking water containing DEN

| | No. of male rats with finding in group receiving (ppb DEN) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 33 | 66 | 132 | 246 | 528 | 1060 | 1580 | 2110 | 2640 | 3170 | 4220 | 5280 | 6340 | 8450 | 16900 |
| No. of rats | 192 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 48 |
| Liver tumour | 11 | 4 | 0 | 9 | 2 | 7 | 15 | 25 | 16 | 24 | 29 | 29 | 24 | 29 | 26 | 37 |
| Oesophageal tumour | 0 | 0 | 0 | 0 | 0 | 3 | 16 | 29 | 35 | 40 | 37 | 37 | 44 | 38 | 40 | 42 |
| Liver and oesophageal tumour | 0 | 0 | 0 | 0 | 0 | 1 | 5 | 16 | 13 | 17 | 21 | 21 | 20 | 20 | 19 | 32 |
| Fatal liver tumour | 2 | 1 | 0 | 5 | 1 | 4 | 8 | 15 | 7 | 17 | 24 | 24 | 22 | 29 | 23 | 32 |
| Fatal oesophageal tumour | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 13 | 26 | 26 | 18 | 18 | 21 | 17 | 23 | 15 |
| Fatal treatment-related tumour | 2 | 1 | 0 | 5 | 1 | 4 | 16 | 28 | 33 | 43 | 42 | 42 | 43 | 46 | 46 | 47 |
| Treatment-related tumour | 11 | 4 | 0 | 9 | 2 | 9 | 26 | 38 | 38 | 47 | 45 | 45 | 48 | 47 | 47 | 47 |

Table 4.15   Incidence of treatment-related findings in female rats maintained on drinking water containing DEN

| | No. of Female rats with finding in group receiving (ppb DEN) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 33 | 66 | 132 | 264 | 528 | 1060 | 1580 | 2110 | 2640 | 3170 | 4220 | 5280 | 6340 | 8450 | 16900 |
| No. of rats | 192 | 48 | 48 | 48 | 48 | 48 | 48 | 48 | 54 | 48 | 48 | 48 | 48 | 48 | 48 | 42 |
| Liver tumour | 17 | 7 | 4 | 3 | 8 | 13 | 32 | 39 | 44 | 42 | 38 | 41 | 34 | 40 | 45 | 39 |
| Oesophageal tumour | 0 | 0 | 0 | 0 | 0 | 3 | 17 | 20 | 28 | 23 | 34 | 30 | 31 | 37 | 33 | 26 |
| Liver and oesophageal tumour | 0 | 0 | 0 | 0 | 0 | 1 | 13 | 18 | 21 | 22 | 28 | 25 | 24 | 31 | 32 | 25 |
| Fatal liver tumour | 2 | 0 | 0 | 1 | 1 | 3 | 23 | 38 | 41 | 42 | 38 | 41 | 32 | 40 | 44 | 37 |
| Fatal oeso-phageal tumour | 0 | 0 | 0 | 0 | 0 | 1 | 3 | 3 | 8 | 1 | 6 | 5 | 9 | 5 | 2 | 3 |
| Fatal treatment-related tumour | 2 | 0 | 0 | 1 | 1 | 4 | 26 | 41 | 49 | 43 | 44 | 46 | 41 | 45 | 46 | 40 |
| Treatment-related tumour | 17 | 7 | 4 | 3 | 8 | 15 | 36 | 41 | 51 | 43 | 44 | 46 | 41 | 46 | 46 | 40 |

Figure 4.8    Each point represents the data from a group
of 48 rats receiving the appropriate
concentration of DEN in the drinking-water
throughout their life.



Fig.4.8   RELATIONSHIP  BETWEEN INCIDENCE OF LIVER TUMOURS

AND DOSE OF DIETHYLNITROSAMINE

Figure 4.9   Each point represents the data from a group of 48

rats receiving the appropriate concentrations of

DEN in the drinking water throughout their life.

Fig. 4.9   RELATIONSHIP BETWEEN INCIDENCE OF
OESOPHAGEAL TUMOURS AND DOSE OF DIETHYLNITROSAMINE

Figure 4.10   Each point represents the data from a group of

48 rats receiving the appropriate concentrations

of DEN in the drinking-water throughout their life.



Fig. 4.10 RELATIONSHIP BETWEEN INCIDENCE OF ANIMALS WITH TREATMENT-RELATED TUMOURS AND DOSE OF DEN

of liver tumours in DMN-treated animals shows a similar
picture [figure 4.11].

### Relationship between dose and time of tumour

In view of the mortality data [table 4.2-4.5] an
alternative analysis of this data might be based on time to
tumour.

If such an analysis is to be successfully carried out
the measure of time to tumour used must be unambiguous.  A
common approach to this problem, is to use the time at which
the tumour causes death.  This involves pathologists in the
exercise of determining cause of death, an exercise criti-
cised by many and relished by none.  If for a moment we
examine the reasons for requiring the cause of death infor-
mation, it is to allow a distinction to be made between
fully developed tumours and those at a much earlier stage of
development.  This distinction can be made without the need
to define cause of death.  Thus all tumours of similar size
and development to those which were fatal are, for the purpose
of analysis, regarded as fatal.  Cumulative incidence plots
have been drawn for the highest 4 doses of males given
diethylnitrosamine [figure 4.12].  This plot illustrates the
similarity in shape between the curves obtained at different
doses, together with the shift to the right with decreasing
dosage.  A detailed account of a method of analysis of this
data, based on the cumulative incidence of tumours, is given
in the next chapter.

Figure 4.11  Each point represents the data from a group

of 48 rats receiving the appropriate concentration

of DMN in the drinking-water throughout their life.



Fig. 4.11

RELATIONSHIP BETWEEN INCIDENCE OF LIVER
TUMOURS AND DOSE OF DIMETHYLNITROSAMINE



Fig. 4.12   CUMULATIVE INCIDENCE OF FATAL TREATMENT-RELATED
TUMOURS IN MALE RATS RECEIVNG DEN IN THE DRINKING WATER

1 – 16896 ppb
2 – 8448 ppb
3 – 6336 ppb
4 – 5280 ppb

CHAPTER FIVE


ANALYSIS OF RESULTS

## Objective of analysis

It is intended in this analysis to summarise the data from this study in such a way that it may be used to define the response that might be expected with any specified dose of nitrosamine.

## Standardisation of cumulative incidence

For most of the high-dose groups the incidence of treatment-related tumours is close to 100%. Any deaths without tumours are usually very early in the study when no tumours would be expected. As tumours do not suddenly appear it is necessary to define a specific point in tumour development which will be comparable from one animal to another. The only practical point is the time at which the tumour causes the death of the animal. For all practical purposes, it was found that palpation was unlikely to detect tumours before the animal became ill. In all subsequent analysis this time will be referred to as 'the time of tumour'. As it is intended to compare the cumulative incidence curves at different doses a method has been developed to standardise these. The method used is based on that of Kaplan and Meier [1958] and permits the visualisation of the cumulative distribution as it would be if there were no competing causes of death. The method works in the following way:

On each day that a tumour occurs the following data is available;

    [i]   Number of animals alive at start of that day [N]

    [ii]  Number of deaths from a tumour during that day [X]

The tumour incidence rate for that day is then defined as:

$$\frac{X}{N} \times 100$$

On days when only deaths from other causes occur N is reduced but no incidence is calculated, e.g:

| Day | Death from tumour | Death without tumour | No.of survivors | Tumour rate for day | Adjusted cumulative incidence |
|-----|-----|-----|-----|-----|-----|
| 1 | | 2 | 10 | - | |
| 2 | 1 | | 8 | $\frac{1}{8} \times 100 = 12.5\%$ | 12.5% |
| 3 | 2 | | 7 | $\frac{2}{7} \times 100 = 28.6\%$ | 37.5%[a] |
| 4 | | 2 | 5 | - | - |
| 5 | 3 | | 3 | $\frac{3}{3} \times 100 = 100\%$ | 100.0% |

[a]Value calculated as:

$$\left( \frac{[100 - 12.5] \times 28.6}{100} \right) + 12.5$$

The cumulative distributions adjusted in the above manner are shown for the highest doses of each sex of each nitrosamine in figures 5.1 - 5.4.

Figure 5.1    The cumulative incidence curves are coded 1 to 11 with each
curve summarising the data from a single treatment group of
48 animals as below:

| Code | Conc'n of DEN (ppm) | Code | Conc'n of DEN (ppm) |
|------|---------------------|------|---------------------|
| 1 | 16.9 | 7 | 2.64 |
| 2 | 8.45 | 8 | 2.11 |
| 3 | 6.34 | 9 | 1.58 |
| 4 | 5.28 | 10 | 1.06 |
| 5 | 4.22 | 11 | 0.53 |
| 6 | 3.17 | | |



Fig. 5.1  ADJUSTED CUMULATIVE INCIDENCE OF FATAL TREATMENT-RELATED TUMOURS IN DEN-TREATED MALE RATS

<u>Figure 5.2</u>  The cumulative incidence curves are coded 1 to 10 with each
curve summarising the data from a single treatment group of
48 animals as below:

| Code | Conc'n of DEN (ppm) | Code | Conc'n of DEN (ppm) |
|------|---------------------|------|---------------------|
| 1    | 16.9                | 6    | 3.17                |
| 2    | 8.45                | 7    | 2.64                |
| 3    | 6.34                | 8    | 2.11                |
| 4    | 5.28                | 9    | 1.58                |
| 5    | 4.22                | 10   | 1.06                |



Fig. 5.2 ADJUSTED CUMULATIVE INCIDENCE OF FATAL TREATMENT–RELATED
TUMOURS IN DEN–TREATED FEMALE RATS

<u>Figure 5.3</u>    The cumulative incidence curves are coded 1 to 9 with each
curve summarising the data from a single treatment group of
48 animals as below:

| <u>Code</u> | <u>Conc'n of DMN (ppm)</u> | <u>Code</u> | <u>Conc'n of DMN (ppm)</u> |
|------|------|------|------|
| 1 | 16.9 | 7 | 2.64 |
| 2 | 8.45 | 8 | 2.11 |
| 3 | 6.34 | 9 | 1.58 |
| 4 | 5.28 | | |
| 5 | 4.22 | | |
| 6 | 3.17 | | |

107



Fig. 5.3  ADJUSTED CUMULATIVE INCIDENCE OF FATAL TREATMENT–RELATED TUMOURS IN DMN–TREATED MALE RATS

<u>Figure 5.4</u>   The cumulative incidence curves are coded 1 to 11 with each
curve summarising the data from a single treatment group of
48 animals as below:

| <u>Code</u> | <u>Conc'n of DMN [ppm]</u> | <u>Code</u> | <u>Conc'n of DMN [ppm]</u> |
|---|---|---|---|
| 1 | 16.9 | 7 | 2.64 |
| 2 | 8.45 | 8 | 2.11 |
| 3 | 6.34 | 9 | 1.58 |
| 4 | 5.28 | 10 | 1.06 |
| 5 | 4.22 | 11 | 0.53 |
| 6 | 3.17 | | |



Fig. 5.4   ADJUSTED CUMULATIVE INCIDENCE OF FATAL TREATMENT–RELATED TUMOURS IN DMN–TREATED FEMALE RATS

## Median Time of Tumour

Part of the summary of the data from this study is to
derive a relationship between the time of tumour and dose of
nitrosamine.  The most convenient summary of time of tumour
is the median time for each group, which is the time at which
50% of the animals in that group are dead with a treatment-
-related tumour [$t_{50}$].  Values for this time [$t_{50}$] were
obtained directly from the cumulative plots for all high-dose
groups.  These values plotted against dose using $\log_e$ scales
on both axes are shown in figures 5.5 and 5.6.  A line was
fitted to these plots by linear regression.  From this linear
regression a set of predicted median times was obtained for
all groups.  These are shown in tables 5.1 and 5.2, compared
with the observed values.  A correlation coefficient was
calculated for the goodness of fit of the regression lines
and was better than 0.99 in all cases.

## Summarising the Cumulative Distribution

While the plot of median time against dose is useful in
illustrating the existence of a relationship between dose and
time of tumour, it is an incomplete summary of the data.  In
order to summarise the whole relationship it is necessary to
incorporate some measure of the distribution of tumours about
the median time.

A casual observation made upon the data provided the
basis for the next stage of the analysis.  It was noted that
on a log/log plot of median times of tumour against dose, if
time to 10% or 90% tumours was plotted these gave lines para-
llel to that given by median time but set to the left and

111

Table 5.1   Predicted values for median time of tumour in male rats obtained from the linear regression of actual median time on dose of nitrosamine

Median time (days) at dose of nitrosamine (mg/kg/day)

| | 1.08 | 0.54 | 0.41 | 0.34 | 0.27 | 0.20 | 0.17 | 0.14 | 0.10 | 0.07 | 0.03 | 0.017 | 0.008 | 0.004 | 0.002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEN - predicted | 285 | 393 | 446 | 486 | 540 | 620 | 668 | 730 | 852 | 1004 | 1483 | 1925 | 2722 | 3743 | 5148 |
| - observed | 288 | 386 | 444 | 488 | 549 | 618 | 662 | 729 | 851 | - | - | - | - | - | - |
| DMN - predicted | 251 | 411 | 500 | 571 | 672 | 831 | 933 | 1070 | 1359 | 1750 | 3190 | 4772 | 8144 | 13312 | 21760 |
| - observed | 224 | 469 | 529 | 550 | 729 | 803 | 879 | 1045 | - | - | - | - | - | - | - |

observed median time  -   is the time at which the adjusted cumulative incidence reaches 50%

predicted median time  -   is derived from the linear regression of $\log_e$ observed median time on $\log_e$ mg/kg/day dose.

The correlation coefficient for the fit of the regression line to the observed data was > 0.99 in both cases.

Table 5.2   Predicted values for median time of tumour in female rats obtained from the linear regression of observed median time on dose of nitrosamine

Median time [days] at dose of nitrosamine [mg/kg/day]

|  | 1.47 | 0.73 | 0.55 | 0.46 | 0.37 | 0.28 | 0.23 | 0.18 | 0.14 | 0.09 | 0.05 | 0.02 | 0.011 | 0.006 | 0.003 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEN - predicted | 228 | 313 | 355 | 385 | 425 | 483 | 528 | 590 | 661 | 807 | 1054 | 1597 | 2094 | 2756 | 3773 |
| observed | 239 | 301 | 344 | 403 | 412 | 467 | 529 | 572 | 709 | - | - | - | - | - | - |
| DMN - predicted | 218 | 322 | 377 | 417 | 470 | 550 | 614 | 704 | 810 | 1037 | 1440 | 2404 | 3358 | 4712 | 6942 |
| observed | 199 | 308 | 435 | 427 | 494 | 556 | 611 | 713 | 730 | - | - | - | - | - | - |

observed median time   -   is the time at which the adjusted cumulative incidence reaches 50%

predicted median time  -   is derived from the linear regression of $\log_e$ observed median time on $\log_e$ mg/kg/day dose.

The correlation coefficient for the fit of the regression line to the observed data was > 0.99 in both cases.

113

# Fig. 5.5 RELATIONSHIP BETWEEN DOSE OF

## DIETHYLNITROSAMINE AND TIME OF TUMOUR



114

Ｆｉｇ.５.６  RELATIONSHIP BETWEEN DOSE OF

DIMETHYLNITROSAMINE AND TIME OF TUMOUR



right respectively.

It was discovered that this is equivalent to the observation that the time taken to reach x% tumours is a constant proportion of the time taken to reach 50% tumours. This feature can therefore be used to describe the cumulative distribution for any dose of the particular nitrosamine. For each sex and each of the highest 6 treatment groups, the times that tumour incidence reached the following cumulative incidences were read from the graphs:

| | | | | | |
|---|---|---|---|---|---|
| 2% | ; | 10% | ; | 20% |
| 30% | ; | 40% | ; | |
| 60% | ; | 70% | ; | 80% |
| 90% | ; | 100%. | | |

The ratio between each of those times and $t_{50}$ was calculated. For each sex of each nitrosamine all the ratios for each incidence point were meaned. Comparison of the results for both sexes on each nitrosamine should produce similar curves, thus the data from both sexes were pooled to give a single curve for each nitrosamine. These are shown in figures 5.7 and 5.8 and are subsequently referred to as the Standard Curves for each nitrosamine.

Use of the Summary

The combination of the relationship between dose and time of tumour and the standard curves allows a complete summary of the distribution of tumours at any dose of either DMN or DEN. The predicted distribution of tumours in time for any dose is derived by the following process:

[i]   obtain the value for the $t_{50}$ from the line

Figure 5.7

The curve is derived from the ratio of median tumour

time ($t_{50}$) to time at which specified cumulative

incidences are reached (for data see table 5.3).

Each point is the mean of values from 18 treatment

groups.

117

Fig.5.7  Standard curve for the cumulative incidence

of treatment−related tumours

in DEN−treated rats.



Ratio of time of tumour / $t_{50}$

Figure 5.8

The curve is derived from the ratio of median tumour

time ($t_{50}$) to time at which specified cumulative incidences

are reached (for data see table 5.3).

Each point is the mean of values from 16 treatment

groups.

119

Fig.5.8  Standard curve for the cumulative incidence

of treatment−related tumours in

DMN−treated rats.



relating dose to median tumour time.

[ii]  Using the proportions of the standard curve
      as set out in table 5.3 below, the times that
      cumulative tumour incidence reaches 2, 10, 20,
      30, 40, 60, 70, 80 and 90% can be obtained.

Table 5.3  Ratio between median tumour time (t$_{50}$) and time
           at which specified cumulative tumour incidences
           are reached

| Ratio between t$_{50}$ and time cumulative tumour incidence reaches: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2% | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% | 90% |
| DEN 0.697 | 0.816 | 0.891 | 0.935 | 0.968 | 1 | 1.029 | 1.059 | 1.098 | 1.137 |
| DMN 0.570 | 0.748 | 0.850 | 0.910 | 0.951 | 1 | 1.054 | 1.102 | 1.154 | 1.215 |

Application of the standard curves for each nitrosamine to
the calculated t$_{50}$ values produces a set of curves as shown in
figure 5.9.  These demonstrate a similar pattern to that seen
in the original data but are in fact of little value in pre-
dicting events at low doses, where tumour incidence is
certainly considerably less than 100%.  The simplest reason
for tumour incidence to be lower than 100% is that a pro-
portion of the animals die before the time that tumours appear.
To explore the contribution of natural mortality, a technique
was developed to correct the predicted cumulative tumour
incidence curve at any dose, for this additional influence.

Correction of Predicted Curves for Natural Mortality

The estimate of expected natural mortality is based on
the cumulative mortality data from the relevant control group.



Fig. 5.9    DEN — PREDICTED TUMOURS — MALE

The lifespan was divided into a series of 50-day intervals starting at day 0, the first day of treatment, and ending at day 1400 when the last rat had died.  For each interval the expected death rate within that interval was derived from the cumulative mortality data as below:-

$M_S$ = % Cumulative mortality at start of interval

$M_E$ = % Cumulative mortality at end of interval

$S_S$ = % Survival at start of interval ($S_S$ = 100 - $M_S$)

DR = Death rate (%) within interval

$$DR = \frac{M_E - M_S}{S_S} \times 100$$

Thus DR% of animals alive at the start of the interval will be dead at the end of the interval.

By a similar calculation, using values obtained from the predicted cumulative tumour incidence curve, the expected tumour rate within each interval was derived:

$T_S$ = % Cumulative tumour incidence at start of interval

$T_E$ = % Cumulative tumour incidence at end of interval

$S_S$ = % Surviving tumour-free at start of interval

TR = Tumour rate (%) within interval.

$$TR = \frac{T_E - T_S}{S_S} \times 100$$

Thus TR% of animals surviving tumour-free at the start of the interval will have died from a tumour by the end of the interval.

The two rates DR and TR are assumed to act totally independently within each interval and are regarded as competing for the death of the animals. The following example in table 5.4 demonstrates how these rates can be applied to a hypothetical animal population to give expected values for the number of animals dying without tumours, and the number dying from tumours.

The figure given for number of survivors at the start of each interval (N) is calculated by subtracting the predicted numbers of deaths, both from tumours and other causes, in the previous interval from the number alive at the start of that interval. An allowance is made for the fact that regarding the two rates DR and TR as operating independently will lead to some animals being predicted as killed twice (i.e. from tumour and other causes in the same interval). Thus for interval i where preceding interval is i - 1:

$$N_i = N_{i-1} - A_{i-1} - B_{i-1} + \left( \frac{TR_{i-1} \times DR_{i-1} \times N_{i-1}}{10000} \right)$$

where $A_i = \dfrac{DR_i \times N_i}{100}$

and $B_i = \dfrac{TR_i \times N_i}{100}$

Calculations similar to the one shown above were performed for the predicted curves for all doses used on the study, where the first tumour was predicted to occur within the normal maximum lifespan (1400 days). The resultant calculated incidences are compared with observed values in figures

Table 5.4  An example of calculation of predicted numbers of tumours

| Interval | DR<br>Death-rate (%) | TR<br>Tumour-rate (%) | N<br>No. of survivors @ start of interval | A<br>No. of dead | B<br>No. of tumours |
|---|---|---|---|---|---|
| 1 | 1 | 2 | 48 | 0.48 | 0.96 |
| 2 | 3 | 10 | 46.57 | 1.397 | 4.657 |
| 3 | 5 | 20 | 40.66 | 2.033 | 8.132 |
| 4 | 9 | 30 | 30.80 | 2.772 | 9.24 |
| 5 | 15 | 60 | 19.62 | 2.943 | 11.772 |
| | | | Totals | 9.625 | 34.761 |

DR = Death-rate (%) within interval derived from control mortality data.

TR = Predicted tumour-rate (%) within interval derived from predicted cumulative tumour incidence curve.

N = Number of animals alive at start of interval derived as the number alive at start of preceding interval less the total predicted deaths within that interval

A = Predicted number of animals dying from causes other than an induced tumour, during the interval.

B = Predicted number of animals dying from an induced tumour during the interval.

5.10 - 5.13.  In all cases the predicted curves fit the
observed data sufficiently closely for the lack of tumours
at low doses to be considered totally explicable by the
failure of animals to survive in sufficient numbers to a
time when those doses would induce a detectable incidence of
tumours.

While various alternative explanations could be
offered to explain the decline in incidence at low doses
the results of this analysis confirm that the data from this
study was not incompatible with the following assumptions:

[i]   That all doses of both DEN and DMN used in this
      study have the potential to induce tumours in 100%
      of exposed animals if those animals survive long
      enough for the tumours to appear.

[ii]  The failure of animals to survive long enough is
      sufficient explanation for all incidences of
      tumours less than 100%

[iii] The major response factor in any dose-response
      relationship with these nitrosamines is time.

Figure 5.10

The solid black line and solid points are the predicted curve and values for tumour incidence. Observed data is represented by open circles.



Fig. 5.10    COMPARISON OF OBSERVED AND EXPECTED INCIDENCES OF FATAL
TREATMENT–RELATED TUMOURS IN DEN–TREATED MALE RATS

Figure 5.11

The solid black line and solid points are the predicted curve and points for tumour incidence. The open circles are the observed data.



Fig. 5.11  COMPARISON OF OBSERVED AND EXPECTED INCIDENCES OF FATAL
TREATMENT-RELATED TUMOURS IN DEN-TREATED FEMALE RATS

Figure 5.12

The solid black line is the predicted curve of tumour

incidence against dose.

The open circles are the observed data.



Fig.5.12    COMPARISON OF OBSERVED AND EXPECTED INCIDENCES
OF FATAL TREATMENT–RELATED TUMOURS IN DMN–TREATED MALE RATS

Figure 5.13

The solid black line is the predicted curve of

tumour incidence against dose.

The observed data is shown by open circles.



Fig 5.13    COMPARISON OF OBSERVED AND EXPECTED INCIDENCES
OF FATAL TREATMENT–RELATED TUMOURS IN DMN–TREATED FEMALE RATS

CHAPTER SIX


DISCUSSION

## Tumour Types and Incidences

In general, the type and site of the tumours induced in this study was similar to that described for DEN by Druckrey [1967] and for DMN by Barnes and Magee [1956]. For the first time, however, this study demonstrated the potential of these carcinogens to cause tumours of every cell type present in the liver. For all cell types, apart from the biliary epithelium both malignant and benign tumours were seen. In the case of the biliary epithelium, while both nitrosamines induced numerous benign cystadenomas very few malignant tumours were seen.

The pattern of the biliary tumours, particularly in the mid-dose DMN groups, where they were the commonest lesion, may be a confusing factor in the analysis of the dose-response pattern in these groups. While all other fatal, induced tumours show similar time distributions at similar doses the biliary cystadenomas appear to become palpable and thus fatal earlier at each dose than tumours of other cell types. It is likely, therefore, that the dose-response relationships derived from this data would overestimate the incidence of liver tumours at doses below those at which the biliary tumours are common.

With DEN the tumours of the oesophagus showed a clear cut-off point below which dose no lesion of the oesophageal epithelium was seen. The main reason for the clarity of this point is the total absence of spontaneous tumours of this epithelium in untreated rats. While such a clear cut-off indicates some form of effect threshold for this tissue

this may have many origins; and cannot be considered relevant to discussions of true thresholds of effect when other organs in the same animals were affected by treatment. It is possible that below a dose of 500 ppb the liver succeeds in metabolising so much of the ingested nitrosamine that the effective dose to the oesophagus is reduced to a value close to zero. It is also possible that a proportionate dose of nitrosamine does reach the oesophagus but is too small to cause sufficient damage for the repair processes to be overwhelmed. It is likely that a prime requirement for oesophageal tumours is a dose high enough to bring about epithelial hyperplasia and ulceration [Napalkov and Pozharisski, 1969] and that the tumour development does not proceed in the absence of stimulus until a relatively late stage. This would separate the tumour development process in the oesophagus from that in other tissues such as the liver. With nitrosamines there is little evidence for the need for hepatocellular hyperplasia as a precursor of malignant tumours, although this is known to be the mechanism of hepatocarcinogenesis with some other chemicals [e.g. Ponceau MX]. It is therefore concluded that the cut-off point for oesophageal tumours does not indicate the existence of an overall threshold of response to DEN. The details of tumour response in the liver show a background of spontaneous tumour incidence in untreated animals, making the detection of the very few additional tumours, predicted to occur at the lowest doses, impossible.

At most doses of DEN the tumours of the two main target sites appeared to compete for the death of the animal, thus at these doses a large proportion of the treated animals

had tumours at both sites.

## Tumour Time Related to Dose

The results of the studies with DEN are compared graphically in figure 6.1 with the data generated in an earlier study by Druckrey [1967]. The median time of tumour data obtained by Druckrey are plotted on the same axes as the dose-response lines for DEN from this study. The closeness of fit would tend to suggest that rat strain plays little part in the pattern of dose-response. There is in addition little indication of any change in the relationship between dose and time of tumour over the whole range of doses studied.

The analysis of this study reported in chapter 5, indicates that the lack of a detectable effect at the lowest doses of this study could be explained by the inability, of groups of the size used, to detect the low incidences of tumours which might be expected. While this explanation is that which requires least assumptions it is by no means the only one that can be applied to these results. If it is assumed that the pattern of dose-response changes at a point just below the level of detectable effects then a wide range of conclusions can be drawn. Three alternative extra-polations are given in figure 6.2. Alternative [a] assumes that the relationship alters at low doses such that there is little effect of reducing dose on median time of tumour. Alternative [b] assumes that the experimentally determined relationship remains valid at all doses, while [c] assumes that the relationship alters at low doses to allow reducing dose to increase time of tumour at a greater rate than before.

FIGURE 6.1    A COMPARISON OF THE RESULTS OF DRUCKREY
[1967] WITH THE DOSE-RESPONSE LINE FOR DEN
IN FEMALE RATS FROM THE BIBRA STUDY





FIGURE 6.2    ALTERNATIVE EXTRAPOLATIONS OF EXPERIMENTAL DOSE-RESPONSE DATA

The only justification for choice in this situation is lack
of information.  There is no evidence that there is any
change in the relationship at low doses thus alternative
(b) has been assumed throughout analysis of this study,
however, some consideration is given to other alternatives
below.

### Factors That May Modify Relationship

A wide range of influences may play a part in altering
the pattern of dose-response at very low doses.  The type of
changes that may decrease the chance of carcinogenic change
are:

    (i)  A metabolic shift from activation to detoxification
at low doses (i.e. at high doses the detoxification
pathway is saturated)

    (ii)  Ability of scavenger molecules such as glutathione
to contain the quantity of radicals generated.

    (iii)  Ability of DNA repair mechanisms to keep up
with the rate of damage.

There are however certain alternative changes that may act in
the opposite direction:

    (i)  A metabolic shift towards greater proportional
activation at low doses (i.e. that a first stage
activation process has been saturated at high
doses with the bulk of ingested nitrosamine being
detoxified)

    (ii)  At high doses it is likely that DNA repair
processes are induced by the carcinogen.  At low
doses the absence of such an induction may lead
to a relatively greater effect from these doses.

Unfortunately, although there is evidence for several pathways in nitrosamine metabolism and effects on DNA repair no firm conclusions can be reached as to the direction of such effects or about the 'in vivo' doses at which they may occur.  It is therefore assumed that these factors act to cancel out each other's effects.

Alternative Approaches to Analysis of this Data

A wide range of models exist at present, all seeking to provide the best method of analysing carcinogenicity data [Peto, 1980; Hartley and Sielkin, 1977; Albert and Altschuler, 1973].  Each of these methods has its basis in certain assumptions concerning the nature of chemical carcinogenesis and thus the mathematics of the relationship between dose and response.  Over the observable range of tumour incidence all the models are likely to be capable of providing a good fit to the data.  At the low doses, where any calculation of effect is based on extrapolation of the model, there is little to choose between the various approaches although each offer different conclusions.  This study provided a unique opportunity to avoid the use of established models by an analysis guided by the biology of the process involved, where assumptions have been kept to the minimum necessary to provide an adequate summary or explanation of the data.  An independent appraisal of this data is soon to be completed by Richard Peto of Oxford.

Extrapolation from Rat to Man

If the extrapolation from high to low dose in rats is considered to be uncertain the process of extrapolating

quantitatively from rat to man is almost totally a matter
of guided guesswork.

Some thought needs to be given to the equivalence of
exposure levels. In vitro metabolic studies by Montesano
and Magee (1970) using DMN indicated that for this nitro-
samine, under the conditions chosen, the rate of metabolism
was similar for rat and man. As liver weight represents a
roughly similar proportion of total body weight in the two
species a dose administered as mg/kg body weight is likely
to present a similar dose to each cell of the target tissue.

Generally the rate of xenobiotic oxygenation is
linearly related to body-weight (Parke, 1982), and
as such takes place more rapidly in rat than in man. As
nitrosamines are activated by oxidative metabolism it is
likely that activation of a given daily dose will be greater
in rats than man, leading to earlier effects in the former
species. It is possible however that the difference in
lifespans of the two species may to a great extent compen-
sate for these differences in metabolism when lifetime
carcinogenic risks are considered. As it is not yet certain
which enzyme is involved in nitrosamine activation it is
difficult to put any quantitative relationship on the
species differences in rates and extents of metabolic
activation. Thus the same units of dose-rate can be used
for rat and man.

A second consideration is the time taken for tumours
to appear. It is likely, from other experience of the
carcinogenic process, that the time from first treatment
to first tumour at a given dose is not an absolute quantity

regardless of species.  It is more likely that this
time-period is in some way related to average life-span.  It
is proposed therefore to assume that median lifespan in the
rat is equivalent to median human lifespan for the purposes
of extrapolation.

Although a whole range of other factors may be involved
in determining the response to nitrosamines it is considered
that, in general, human diversity may well be as great as
the species differences, thus little account of these factors
can be taken in extrapolating from rat to man.  It is con-
sidered that where species differences occur the rat is
likely to represent the most adverse response that might be
expected in a human population and is a valid model for
calculating maximum expected human risks.

Calculation of Expected Human Risk

By its nature, the process of extrapolation from
high-dose exposure in animals to low-dose human exposure
is open to a variety of techniques each with their own merits.
The extrapolation that follows is an extension of the analysis
described previously and is based on a number of assumptions
that are identified when appropriate.

The first stage of analysis is based on the assumption
that the relationship established between dose and time
of tumour for experimental doses, holds true for all doses.
The regression lines obtained for the plots of median time
of tumour against dose have been used to calculate median
tumour times appropriate to doses of 0.143 and 1.43 µg/kg/day,
these being equivalent to human exposure of 10 or 100 µg per

day at a body weight of 70 kg. (Table 6.1)

As might have been expected the predicted median times of tumour lie well beyond the normal lifespan of the animals used. However, the tumours at any dose are distributed in time. The pattern of this distribution was summarised from the experimental data in the Standard Curves (figures 5.7 and 5.8). Assuming that the pattern of the distribution continues to be appropriate at the doses equivalent to human exposure then the predicted cumulative incidence curves for these doses will be based on the following points (Table 6.2).

Due to the size of the experimental groups the derived curve for distribution around the median cannot directly be used to predict the time at which incidences lower than 2% are reached. If it is assumed that the risk approaches 0 at zero dose then the lower end of the distribution can be extrapolated to give some estimate of tumour risk within the normal lifespan. The regression of $\log_e$ Cumulative incidence on $\log_e$ time showed a correlation coefficient of $> 0.99$ in all cases and this relationship has been used to extrapolate the lower end of the cumulative distribution so that estimates of risk can be obtained for any age. The cumulative incidence of tumours expected at median lifespan and at the time that the last animal died is given in Table 6.3.

The predicted cumulative incidences within rat lifetimes can be used to estimate the magnitude of the human risk from these doses of nitrosamine. This use does however depend on the following assumptions:

Table 6.1  <u>Estimates of median time of tumour by extrapolation</u>
<u>from experimental data in rats</u>

| | Estimated median time of tumour[†] at a dose of | |
|---|---|---|
| | 0.143 µg/kg/day | 1.43 µg/kg/day |
| Male DEN | 17323 | 6007 |
| Female DEN | 14980 | 5278 |
| Male DMN | 141337 | 27605 |
| Female DMN | 38017 | 10502 |

† - time in days from first dose of nitrosamine.

Table 6.2   <u>Predicted distribution of tumours at very low</u>

<u>doses of nitrosamines</u>

| Cumulative Incidence (%) | Time (days from first dose) that incidence reached | | | |
|---|---|---|---|---|
| | ♂ DEN | ♀ DEN | ♂ DMN | ♀ DMN |
| 0.143 µg/kg per day | | | | |
| 2 | 12074 | 10441 | 80562 | 21670 |
| 10 | 14136 | 12224 | 105720 | 28437 |
| 20 | 15435 | 13347 | 120136 | 32314 |
| 30 | 16197 | 14006 | 128617 | 34595 |
| 40 | 16769 | 14501 | 134411 | 36154 |
| 50 | 17323 | 14980 | 141337 | 38017 |
| 1.43 µg/kg per day | | | | |
| 2 | 4187 | 3679 | 15735 | 5986 |
| 10 | 4902 | 4307 | 20649 | 7855 |
| 20 | 5352 | 4703 | 23464 | 8927 |
| 30 | 5617 | 4935 | 25121 | 9557 |
| 40 | 5815 | 5109 | 26252 | 9987 |
| 50 | 6007 | 5278 | 27605 | 10502 |

Table 6.3  Predicted cumulative incidence of tumours within rat lifespan at very low doses of DEN and DMN

| Dose [μg/kg/day] | Cumulative incidence [%] at day | |
|---|---|---|
| | 850 | 1300 |
| 0.143 DEN ♀ | $3.93 \times 10^{-10}$ | $1.75 \times 10^{-8}$ |
| 1.43  DEN ♀ | $4.40 \times 10^{-6}$ | $1.96 \times 10^{-4}$ |
| 0.143 DMN ♀ | $1.59 \times 10^{-8}$ | $1.84 \times 10^{-7}$ |
| 1.43  DMN ♀ | $2.64 \times 10^{-5}$ | $3.05 \times 10^{-4}$ |

| Dose [μg/kg/day] | Cumulative incidence [%] at day | |
|---|---|---|
| | 920 | 1300 |
| 0.143 DEN ♂ | $2.18 \times 10^{-10}$ | $4.79 \times 10^{-9}$ |
| 1.43  DEN ♂ | $2.81 \times 10^{-6}$ | $6.19 \times 10^{-5}$ |
| 0.143 DMN ♂ | $1.29 \times 10^{-11}$ | $9.49 \times 10^{-11}$ |
| 1.43  DMN ♂ | $1.58 \times 10^{-7}$ | $1.16 \times 10^{-6}$ |

[i] That the time taken for a given dose of nitrosamine to induce tumours is related to the natural lifespan of the species involved. For this purpose the median lifespan of rats and humans is assumed to be:

| Sex | Rat | Human |
|---|---|---|
| Male | 920 days | 70 years |
| Female | 850 days | 75 years. |

[ii] That there is no difference in sensitivity to the nitrosamines between man and rat, and that all the characteristics of the relationship between dose and time of tumour established for rats hold true for humans.

The cumulative incidence data cannot themselves be used to estimate human risk. First of all the expected incidence of tumours is calculated for the two intervals, 0 to median lifespan and median to end of lifespan. This is calculated as:

$$\text{Incidence of tumours expected within interval as (\%) of average numbers of animals alive in interval} = [I_E - I_S] \times \frac{100}{S_S - (\frac{S_S - S_E}{2})}$$

$I_S$ = Cumulative Incidence at start of interval

$I_E$ = Cumulative Incidence at end of interval

$S_S$ = Survival at start of interval

$S_E$ = Survival at end of interval.

The age distribution of the human population of the U.K. [CSO, 1980] shows the numbers of individuals alive in the

intervals corresponding to those used in Table 6.4 as:

O-Median     51.559 × $10^6$     Median-End     4.346 × $10^6$

From table 6.4 the extrapolated data for DMN-treated females indicates the greatest incidence of tumours, with a figure of 4.69 × $10^{-3}$ tumours/$10^6$ individuals/year up to median lifespan and 0.444 tumours/$10^6$ individuals/year over the remaining years.  With the population age-distribution defined above this would indicate a total incidence of 2 tumours/year, in the whole U.K. population, due to nitrosamines.

    As all the other extrapolations yield predicted incidences considerably lower than this it may be concluded, subject to all the assumptions identified, that exposure of the U.K. population to 100 μg/person/day of nitrosamines equivalent to DMN is unlikely to increase human death-rates by a detectable amount.

    Conclusions

    The magnitude of the calculated human risk may, if all the assumptions are agreed, provide some measure of assurance that current levels of exposure to nitrosamines are not a major cause of death in the U.K. population.

    It is clear, however, that the risk is finite, which poses two questions.  Firstly nitrosamines cannot be considered in isolation; it is known that two or more carcinogens having the same target organ can have an additive effect [Newberne and Connor, 1980].  The predicted level of response to 100 μg/day of nitrosamine would leave the population on the threshold of response to a whole range of other carcinogens.

Table 6.4  <u>Predicted incidence of tumours</u>

| Dose [µg/kg/day] | Predicted incidence [%] within interval | |
| --- | --- | --- |
| | 0 - MEDIAN | MEDIAN - END |
| 0.143 DEN ♀ | $5.24 \times 10^{-10}$[†] | $6.84 \times 10^{-8}$ |
| 1.43  DEN ♀ | $5.87 \times 10^{-6}$ | $7.66 \times 10^{-4}$ |
| 0.143 DMN ♀ | $2.12 \times 10^{-8}$ | $6.72 \times 10^{-7}$ |
| 1.43  DMN ♀ | $3.52 \times 10^{-5}$ | $1.11 \times 10^{-3}$ |
| 0.143 DEN ♂ | $2.91 \times 10^{-10}$ | $1.83 \times 10^{-8}$ |
| 1.43  DEN ♂ | $3.75 \times 10^{-6}$ | $2.36 \times 10^{-4}$ |
| 0.143 DMN ♂ | $1.72 \times 10^{-11}$ | $3.28 \times 10^{-10}$ |
| 1.43  DMN ♂ | $2.11 \times 10^{-7}$ | $4.01 \times 10^{-6}$ |

[†] Figures are the percentage of the average number of
animals alive in the interval that can be expected to die
from a treatment-related tumour in that interval.

A second thought, arising from the results of extrapolation relates to the end-point used in the animal studies described above. The time of tumour was the time at which the tumour brought about the death of the animal. No measure has been obtained, in this or any other study of the relationship between dose of carcinogen and tumour development time. The loss of a human life through cancer has its obvious sadness but it is the suffering that precedes death that has made cancer the dread of so many. No estimate is possible from this study of the amount or extent of suffering that may derive from nitrosamine exposure.

This study adds a step to the understanding of the risks posed by low levels of chemical carcinogens. Any further progress must come from a general understanding of the process of carcinogenesis and a detailed study of the fate 'in vivo' of very low doses of carcinogens.

REFERENCES

Albert A. and Altschuler, B. [1973]  Considerations
      relating to the formulation of limits for unavoidable
      population exposures to environmental carcinogens;
      In Radionuclide Carcinogenesis, J. Ballon, R. Busch,
      D. Mahlum and C. Sanders [eds.].  Atomic Energy
      Commission Symposium Series, Cont-720505, 233-253,
      Springfield, Virginia: Institute of National Science.

Alliston, T.G., Cox, G.B. and Kirk, R.S. [1972]  The
      determination of steam volatile N-nitrosamines in
      foodstuffs by formation of electron-capturing
      derivatives from electrochemically derived amines.
      Analyst, 97, 915.

Andrews, A.W., Fornwald, J.A. and Lijinsky, W. [1980]
      Nitrosation and mutagenicity of some amine drugs.
      Toxicol. Appl. Pharmacol. 52, 237.

Barnes, J.M. and Magee, P.N. [1954] Some toxic properties of
      dimethylnitrosamine.  Brit. J. industr. Med. 11, 167.

Bogovski, P. and Bogovski, S. [1981]  Animal species in which
      N-nitroso compounds induce cancer.  Int. J. Cancer 27, 471.

Boyland, E. and Walker, S.A. [1974]  Effect of thiocyanate
      on nitrosation of amines.  Nature, 248, 601.

Brunneman, K.D., Fink, W. and Moser, F. [1980] Analysis of
      volatile N-nitrosamines in mainstream and sidestream
      smoke from cigarettes by GLC-TEA.  Oncology, 37, 217.

Brunneman, K.D. and Hoffman, D. [1978]  Chemical studies on
      tobacco smoke. LIX. Analysis of volatile nitrosamines
      in tobacco smoke and polluted indoor environments; in
      Walker, Castagnaro and Griciute, Environmental aspects
      of N-nitroso compounds.  IARC Sci. Publ. No. 19, 343.

Cairns, J. [1981]  The origin of human cancers. Nature, 298, 353.

Challis, B.C. [1981].  The chemistry of formation of
      N-nitroso compounds; in Safety Evaluation of
      Nitrosatable Drugs and Chemicals, Gibson and Ioannides
      [eds.]  Taylor & Francis Ltd., London.

Cottrell, R.C., Lake, B.G., Phillips, J.C. and Gangolli, S.D.
      [1977]  The hepatic metabolism of $^{15}N$ labelled
      dimethylnitrosamine in the rat. Biochem. Pharmac., 26, 809.

CSO Annual Abstract of Statistics 1980 Edition.
      E. Lawrence [ed.] HMSO.

Dennis, M.J., Davies, R. and McWeeny, D.J. [1979]  The
      transnitrosation of secondary amines.  S-Nitroso-
      cysteine in relation to N-nitrosamine formation in
      cured meats.  J. Sci. Fd. Agric. 30, 639.

Druckrey, H. (1967) Quantitative aspects in chemical
    carcinogenesis; in UICC Monograph Series Vol. 7,
    Potential Carcinogenic Hazards from Drugs, R. Truhaut
    (ed.) Springer-Verlag, Berlin, Heidelberg, New York.

Fan, T.Y., Morrison, J., Rounbehler, D.P., Ross, R.,
    Fine, D.H., Miles, W. and Sen, N.P. (1977) Nitroso-
    diethanolamine in synthetic cutting fluids. A part
    per hundred impurity. Science 196, 70.

Faustman, E.M. and Goodman, J.I. (1981) Alkylation of DEN
    in specific hepatic chromatin fractions following
    exposure to methylnitrosourea or dimethylnitrosamine.
    Toxicology and Applied Pharmacology 57, 379.

Fine, D.H. (1980) Exposure assessment to preformed
    environmental N-nitroso compounds from the point of
    view of our own studies. Oncology 37, 199.

Gangolli, S.D.G., Shilling, W.H. and Lloyd, A.G. (1974)
    Letter: A method for the destruction of nitrosamines
    in solution. Fd. Cosmet. Toxicol. 12, 168.

Goff, E.U. and Fine, D.M. (1979) Analysis of volatile
    N-nitrosamines in alcoholic beverages.
    Fd. Cosmet. Toxicol. 17, 569.

Gough, T.A., McPhail, M.F., Webb, K.S., Wood, B.J. and
    Coleman, R.F. (1977) An examination of some foodstuffs
    for the presence of volatile nitrosamines.
    J. Sci. Fd. Agric. 28, 345.

Gough, T.A. and Walters, C.L. (1976) Volatile nitrosamines
    in fried bacon; in Walker, Bogovski and Griciute,
    Environmental N-nitroso Compounds, Analysis and
    Formation. IARC Sci. Publ. No. 14, 195.

Gough, T.A., Webb, K.S. and Coleman, R.F. (1978) Estimate
    of the volatile nitrosamine content of U.K. Food
    Nature, 272, 161.

Hadjiolov, D. (1971) The inhibition of dimethylnitrosamine
    carcinogenesis in rat liver by aminoacetonitrile.
    Z. Krebsforsch. 76, 91.

Hartley, H.O. and Sielken, R.L. (1977) Estimation of
    'safe doses' in carcinogenic experiments.
    Biometrics 33, 1.

Hawksworth, G., Hill, M.J., Gordillo, G. and Cuelle, C.
    (1974) Possible relationship between nitrates,
    nitrosamines and gastric cancer in south-west Colombia;
    in Bogovski and Walker, N-Nitroso Compounds in the
    Environment. IARC Sci. Publ. No. 9, 229.

Heath, D.F. (1962) The decomposition and toxicity of
    dialkylnitrosamines in rats. Biochem. J. 85, 72.

Kakizoe, T., Wang, T., Eng., V.W.S., Furrer, R., Dion, P.
    and Bruce, W.R. (1979)  Volatile N-nitrosamines in
    the urine of normal donors and of bladder cancer
    patients.  Cancer Res., 39, 829.

Kaplan, E.L. and Meier, P. (1958)  Nonparametric estimation
    from incomplete observations.  J. Am. Statist. Assoc.
    53, 457.

Klein, G. (1981)  The role of gene dosage and genetic
    transpositions in carcinogenesis.  Nature, 294, 313.

Koppang, N. (1974)  Dimethylnitrosamine-formation in fish meal
    and toxic effects in pigs.  Amer. J. Path. 74, 95.

Kroeger-Koepke, M.B., Koepke, S.R., McClusky, G.A., Magee, P.N.
    and Michejda, C.J. (1981)  $\alpha$-Hydroxylation pathway in
    the in vitro metabolism of carcinogenic nitrosamines:
    N-nitrosodimethylamine and N-nitrosomethylaniline.
    Proc. Natl. Acad. Sci. USA 78(10), 6489.

Lake, B.G., Heading, C.E., Phillips, J.C., Gangolli, S.D.
    and Lloyd, A.G. (1974)  Studies on the effects of
    phenobarbitone and 20-methyl cholanthrene pretreatments
    on the metabolism and toxicity of dimethylnitrosamine
    in the rat.  Biochem. Soc. Trans., 2, 882.

Lake, B.G., Phillips, J.C., Cottrell, R.C. and Gangolli, S.D.
    (1978)  The possible involvement of a microsomal amine
    oxidase enzyme in hepatic DMN degradation in vitro;
    in Biological Oxidation of Nitrogen, Gorrod (Ed.).,
    Elsevier Press, Amsterdam, p. 131.

Lake, B.G., Phillips, J.C., Gangolli, S.D. and Lloyd, A.G.
    (1976)  Further studies on the inhibition of rat hepatic
    dimethylnitrosamine metabolism in vitro.  Biochem. Soc.
    Trans. 4, 684.

Lijinsky, W. (1981)  The formation in vivo of N-nitroso compounds
    from drugs and other amines; in Safety Evaluation of
    Nitrosatable Drugs and Chemicals, Gibson and Ioannides
    (Eds.).  Taylor and Francis Ltd., London.

Loveless, A. (1969)  Possible relevance of O-6 alkylation
    of deoxyguanosine to the mutagenicity and carcinogenicity
    of nitrosamines and nitrosamides.  Nature 223, 206.

Lyang-ja Lee, Areher, M.C. and Bruce, W.R. (1981)  Absence
    of volatile nitrosamines in human feces.
    Cancer Research, 41, 3992.

Magee, P.N. and Barnes, J.M. (1956)  The production of
    malignant primary hepatic tumours in the rat by feeding
    dimethylnitrosamine.  Brit. J. Cancer, 10, 114.

Magee, P.N. and Barnes, J.M. [1967]  Carcinogenic nitroso
    compounds.  Advanc. Cancer Res. 10, 163.

Milstein, S. and Guttenplan, J.B. [1979]  Near quantitative
    production of molecular nitrogen from metabolism of
    dimethylnitrosamine.  Biochem. Biophys. Res. Commun.
    87, 337.

Montesano, R. and Magee, P.N. [1970]  Metabolism of
    dimethylnitrosamine by human liver slices in vitro.
    Nature, 288, 173.

Napalkov,N.P. and Pozharisski, K.M. [1969]  Morphogenesis
    of experimental tumours of the esophagus.
    J. Natl. Cancer Inst. 42, 927.

Newberne, P.M. and Connor, M. [1980]  Effects of sequential
    exposure to Aflatoxin B$_1$ and diethylnitrosamine on
    vascular and stomach tissue and additional target
    organs in rats.  Cancer Res. 40, 4037.

Parke, D.V. [1982]  Significance of the Metabolism of
    Xenobiotics for Toxicological Evaluation in Animals
    in Toxicological Research, Bartosek [ed.] Raven Press,
    New York, p. 127.

Pegg, A.E. [1977]  Alkylation of liver DNA by dimethyl-
    nitrosamine:  effect of dose on O$^6$-methylguanine levels.
    J. Natl. Cancer Inst. 58, 681.

Peto, R., Pike, M.C., Day, N.E., Gray, R.G., Lee, P.N.,
    Parish, S., Peto, J., Richards, S. and Wahrendorf, J.
    [1980]  Guidelines for simple sensitive significance
    tests for carcinogenic effects in long-term animal
    experiments: in "IARC Monographs on the Evaluation of
    the Carcinogenic Risk of Chemicals to Humans,
    Supplement 2: Long-term and Short-term Screening Assays
    for Carcinogens:  A Critical Appraisal", 311, IARC, Lyon.

Radomski, J.L., Greenwald, D., Hearn, W.L., Block, N.L.
    and Woods, F.M. [1978]  Nitrosamine formation in
    bladder infections and its role in the etiology of
    bladder cancer.  J. Urology, 120, 48.

Ruddell, W.S.J., Blendis, L.M. and Walters, C.L. [1977]
    Nitrite and thiocyanate in the fasting and secreting
    stomach and in saliva.  Gut, 18, 73.

Ruddell, W.S.J., Bone, E.S., Hill, M.J., Blendis, L.M. and
    Walters, C.L. [1976]  Gastric-juice nitrite: a risk
    factor for cancer in the hypochlorhydric stomach?
    Lancet, II, 1037.

Schmähl, D. [1981]  The role of nitrosamines in carcinogenesis -
    an overview: in Safety Evaluation of Nitrosatable Drugs
    and Chemicals, Gibson and Ioannides [eds.] Taylor and
    Francis Ltd., London.

Schmahl, D., Kruger, F.W., Habs, M. and Diehl, B. [1976]
    Influence of disulfiram on the organotrophy of the
    carcinogenic effect of dimethylnitrosamine in rats.
    Z. Krebsforsch., 85, 271.

Spiegelhalder, B., Eisenbrand, G. and Preussman, R. [1979]
    Contamination of beer with trace quantities of
    N-nitrosodimethylamine.  Fd. Cosmet. Toxicol. 17, 29.

Spiegelhalder, B., Eisenbrand, G. and Preussman, R. [1980]
    Volatile nitrosamines in food.  Oncology, 37, 211.

Stephany, R.W., Freudenthal, J. and Schuller, P.L. [1978]
    N-nitroso-5-methyl-1,3-oxozolidine identified as an
    impurity in a commercial cutting fluid.
    Recueil. J.R. Neth. chem. Soc., 97, 177.

Stephany, R.W. and Schuller, P.L. [1980]  Daily dietary
    intakes of nitrate, nitrite and volatile N-nitrosa-
    mines in the Netherlands using the duplicate portion
    sampling technique.  Oncology 37, 203.

Tannenbaum, S.R. [1981]  Epidemiological studies of
    nitrate, nitrite and gastric cancer: in Safety Evaluation
    of Nitrosatable Drugs and Chemicals, Gibson and
    Ioannides [eds.], Taylor and Francis Ltd., London.

Terracini, B., Magee, P.N. and Barnes, J.M. [1967]
    Hepatic pathology in rats on low dietary levels of
    dimethylnitrosamine.  Br. J. Cancer, 21, 559.

Walters, C.L., Carr, F.P.A., Dyke, C.S., Saxby, M.J.,
    Smith, P.L.R. and Walker, R. [1979]  Nitrite sources
    and nitrosamine formation in vitro and in vivo.
    Fd. Cosmet. Toxicol. 17, 473.

Walters, C.L., Johnson, E.M. and Ray, N. [1970]  Separation
    and detection of volatile and non-volatile
    N-nitrosamines.  Analyst. 95, 485.

Warren, L., Buck, C.A. and Tuszynski, G.P. [1978]
    Glycopeptide changes and malignant transformation.  A
    possible role for carbohydrate in malignant behaviour.
    Biochim. Biophys. Acta 516, 97.

Webb, K.S. and Gough, T.A. [1980]  Human exposure to
    preformed environmental N-nitroso compounds in the U.K.
    Oncology 37, 195.

Weisburger, E.K., Ward, J.M. and Brown, C.A. [1974]
    Dibenamine: selective protection against diethyl-
    nitrosamine-induced hepatic carcinogenesis but not
    oral, pharyngeal and oesophageal carcinogenesis.
    Toxicol. Appl. Pharmacol. 28, 477.

White, J.W. [1975]  Relative significance of dietary sources
    of nitrate and nitrite.  J. Agric. Fd. Chem. <u>23</u>, 886.

Wishnok, J.S. and Archer, M.C. [1976]  Structure activity
    relationships in nitrosamine carcinogenesis.
    Br. J. Cancer, <u>33</u>[3], 307.

Wishnok, J.S., Archer, M.C., Edelman, A.S. and Rand, W.M.
    [1978]  Nitrosamine carcinogenicity: a quantitative
    Hansch-Taft structure-activity relationship.  Chem.-Biol.
    Interactions, <u>20</u>, 43.