# Exhibit 5



# SUMMARY, HIGHLIGHTS and TIMELINE of GENERAL CHAPTER <1469> NITROSAMINE IMPURITIES

By: Edmond Biba
Senior Scientific Liaison,
Science – General Chapters

Webinar
July 28, 2020



# Background

## Introduction



- Nitrosamines are common chemicals in water and foods including cured and grilled meats, dairy products and vegetables. Everyone is exposed to some level of nitrosamines.

- However, their presence in medicines, even at trace level is considered unacceptable because Nitrosamine impurities are probable human carcinogens.

- They are part of a group of high potency mutagenic carcinogens referred to as the "cohort of concern" in ICH M7. This "cohort of concern comprises aflatoxin-like, N-nitroso- (functional group of nitrosamines), and alkyl-azoxy compounds

© 2017 USP