Exhibit 11

Confidential Information - Subject to Protective Order

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

- - -

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | : MDL NO. 2875<br>:<br>: CIVIL NO.<br>: 19-2875<br>: (RBK/JS) |
| _____ | : |
| THIS DOCUMENT APPLIES TO ALL CASES | : HON. ROBERT<br>: B. KUGLER |

- CONFIDENTIAL INFORMATION -
SUBJECT TO PROTECTIVE ORDER

VOLUME I

- - -

April 29, 2021

- - -

Videotaped remote deposition of BANDARU VENKATA RAMARAO, taken pursuant to notice, was held via Zoom Videoconference, beginning at 6:08 p.m., India Standard Time, on the above date, before Michelle L. Gray, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

1  any process of API here.  So directly
2  API, we are going to take for finished
3  tablets.
4         Q.    Got it.  So this is
5  referring to the fact that the finished
6  dose manufacturing process --
7         A.    Exactly, exactly.
8         Q.    -- doesn't create a risk of
9  NDMA.  The NDMA was part of the API
10 manufacturing process --
11        A.    Exactly.
12        Q.    -- before it ever got to
13 you?
14        A.    Yes.  Exactly.
15        Q.    Got it.
16              MR. SLATER:  Going now down
17        to the bottom half of the page,
18        please.
19 BY MR. SLATER:
20        Q.    There's a risk evaluation
21 section.  It looks like this is now the
22 analysis per the FMEA risk tool, correct?
23        A.    Yes, yes.
24        Q.    And there is -- rephrase.

```
 1                    The first line of the
 2   severity of effect table has an effect
 3   that's very high.  And it says, "The
 4   valsartan drug contained NDMA impurity
 5   above 0.5 parts per million, caused
 6   serious health hazard, rating of five,"
 7   correct?
 8           A.    Yes.
 9           Q.    And we're going to come to
10   it, but that was the severity rating,
11   correct?
12           A.    This was given by FDA, of
13   this limit of .5 ppm.
14           Q.    It was given by who?
15           A.    FDA.  FDA agency.
16           Q.    By the FDA?
17           A.    Yes.
18           Q.    Okay.  So -- rephrase.
19                    Did Hetero perform this
20   analysis, or you're saying this is per
21   the FDA saying that the risk level was
22   very high, the severity is very high?
23           A.    See, by that time, when this
24   has been identified, we do not have any
```

1   specified limit for the NDMA presence.
2              So since there is a presence
3   of NDMA and levels in the API
4   manufacturing, then we got that
5   communication, at that time we don't have
6   any methods to even establish what are
7   the levels which are there.
8              So immediately, the FDA
9   wanted us to go to the recall.  And we
10  initiated the recall.  Based on the
11  recall communication given to FDA agency
12  agent, FDA has been given the
13  communication saying that three drug
14  product of -- three finished doses, three
15  batches with higher dose, and you test it
16  and keep as defined .5 ppm limit.
17             If values are above that,
18  you go for the recall, like there is a
19  communication from FDA.
20             Basing it on that, we have
21  tested all the three finished product
22  lots are above .5 ppm.  That is the
23  result, and then have communicated to
24  agency that there are the levels above .5

1  ppm.
2          They recommended us go for
3  the -- for the recall.
4      Q.   So if I boil that down,
5  based on the information that Hetero had,
6  you determined that the severity was at
7  the highest level because of the level of
8  NDMA and because it's a probable
9  carcinogen, correct?
10      A.   Yes.
11      Q.   And that's a few other
12  boxes, which also the rating for
13  occurrence, and the rating for detection
14  and the risk acceptability, et cetera.
15  And we're going to get into the FMEA
16  table later, but that's where these
17  ranking hierarchies come from, correct?
18      A.   Ranking yes.
19          MR. SLATER:  Let's go now if
20      we could, Cheryll, to Page 9 of
21      12, please.
22  BY MR. SLATER:
23      Q.   This is the top half, talks
24  about what the API manufacturer was doing

1  to try to control the NDMA impurity, and
2  they were trying to modify the process so
3  that the sodium nitrite quenching
4  wouldn't react with the DMA from the DMF,
5  correct?
6          A.    Yes.
7          Q.    If you go to the bottom half
8  of the page under risk reduction, it says
9  in the first bullet point that Unit 5 has
10 initiated a recall of all the batches
11 which are within valid shelf life from
12 the market, correct?
13         A.    Yes.
14         Q.    And if I understand
15 correctly, that was based on the fact
16 that since this was a manufacturing
17 process impurity with the API, the
18 understanding was that all of the API
19 would have had the NDMA contamination, so
20 that would have been present in all of
21 the finished dose product, correct?
22         A.    Yes, yes, yes.
23              MR. SLATER:  Let's go if we
24         could, Cheryll, to the Bates

1           number -- it's one of the
2           annexures.  264 is the last three
3           digits.  Perfect.
4  BY MR. SLATER:
5      Q.    Here on this page, which has
6  the Bates Number 264 as the last 3
7  digits, this is the FMEA table which we
8  were talking about earlier, correct?
9      A.    Yes.
10      Q.    And we'll walk through it
11  right now.
12           The first column has the
13  item or function.  That's the input which
14  is NDMA impurity identified in valsartan,
15  correct?
16      A.    Yes.
17      Q.    The potential failure mode,
18  this is what can go wrong, is generation
19  of impurity, during drug substance
20  manufacturing process, generation of
21  impurity during drug product
22  manufacturing, unavailability of
23  specification for testing of impurity,
24  unavailability of suitable method for

1   identification of impurity.
2            So this is telling us the
3   impurity was created during the
4   manufacturing process, and you don't have
5   any information from the API manufacturer
6   as to a specification, so there's no way
7   for you to test for it.
8            Do I understand that
9   correctly?
10       A.   Yes.
11       Q.   Then the failure mode
12  effects is what can happen as a result of
13  this.  And it says, "Health hazard:
14  Identified impurity is carcinogenic in
15  nature."
16           So it's saying that this is
17  something that can cause cancer, correct?
18       A.   Yes.
19       Q.   The potential failure
20  clauses, it says, "Impurity not
21  identified during product development,"
22  and that's what we've talked about at
23  length here, that the risk assessment did
24  not identify the potential chemical

1  reactions that led to the NDMA, correct?
2          A.    Yeah.
3          Q.    Then it says, "Current
4  controls.  No controls are existing to
5  control the identified impurity in the
6  drug product."
7                That's meaning at this point
8  it's not being sold with any controls.
9  We haven't gotten to that point, and I
10 think we talked about it a few pages
11 earlier, Unit 1 was trying to come up
12 with a way to get rid of the NDMA as a
13 contaminant, correct?
14         A.    Yes.
15         Q.    Then the risk analysis and
16 evaluation we had started to talk about,
17 the severity was rated a five which is
18 the highest level which is defined as
19 very high with a serious health hazard,
20 correct?
21         A.    Yes.
22         Q.    And then the PF, if I
23 understand correctly, that would be the
24 probability of it occurring and I looked

1  at that from the occurrence rating table
2  as very high because it's a five meaning
3  failure is almost inevitable, correct?
4          A.    Yes.
5          Q.    And then I looked at the
6  detection rating table which we had just
7  looked at a few moments ago, Level 5,
8  detection none.  There are no detection
9  controls existing or cannot detect any
10 failure occurring.
11               And that's because, again,
12 you don't have a specification from the
13 API manufacturer to even look for it,
14 correct?
15         A.    Correct.
16         Q.    Then the RPN, which I
17 understand to be the risk priority
18 number, is calculated by multiplying the
19 severity times the probability times the
20 detection, and five times five times five
21 is a maximum risk priority number of 125,
22 correct?
23         A.    Correct.
24         Q.    And 125, as I looked through

1  the FMEA protocols means it's
2  intolerable, intolerable, the highest
3  possible score, correct?
4         A.    Yes.
5               MR. SLATER:  Cheryll, can
6      you turn to the last three digits
7      are 290, please.
8  BY MR. SLATER:
9         Q.    My understanding is what
10 we're looking at on this page and in more
11 particularly the bottom half of the page
12 is the testing procedure for NDMA that
13 was being established by Unit 1; is that
14 correct?
15        A.    Yes.
16        Q.    So they provided this
17 information to you so you could then
18 provide this document with this
19 information to the FDA, correct?
20        A.    Correct.
21        Q.    And I don't think I stated
22 that earlier, but this document was
23 provided to the FDA, correct?
24        A.    Yes.