Exhibit 12

```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
 2                    CAMDEN VICINAGE
                         - - -
 3

    IN RE:  VALSARTAN,       :   MDL NO. 2875
 4  LOSARTAN, AND            :
    IRBESARTAN PRODUCTS      :   CIVIL NO.
 5  LIABILITY LITIGATION     :   19-2875
                             :   (RBK/JS)
 6  _____ :
                             :
    THIS DOCUMENT APPLIES    :   HON. ROBERT
 7  TO ALL CASES             :   B. KUGLER
 8          - CONFIDENTIAL INFORMATION -
              SUBJECT TO PROTECTIVE ORDER
 9
                         VOLUME II
10
                          - - -
11
                      April 30, 2021
12
                          - - -
13
14           Continued videotaped remote
    deposition of BANDARU VENKATA RAMARAO,
15  taken pursuant to notice, was held via
    Zoom Videoconference, beginning at 6:13
16  p.m., India Standard Time, on the above
    date, before Michelle L. Gray, a
17  Registered Professional Reporter,
    Certified Shorthand Reporter, Certified
18  Realtime Reporter, and Notary Public.
19
                          - - -
20
21         GOLKOW LITIGATION SERVICES
        877.370.3377 ph | 917.591.5672 fax
22              deps@golkow.com
23
24
```

```
 1              getting into the U.S. country, and
 2              we are in line with the approved
 3              specifications.  We manufactured
 4              and tested again.
 5                   As I mentioned, prior to
 6              2018 we never know that this will
 7              be present in the valsartan
 8              product.  That is the reason we
 9              were unable to get at this one.
10   BY MR. SLATER:
11        Q.   Okay.  Let me ask the
12   question a little differently to try
13   to -- maybe I'll focus better.
14                   Because of these health
15   effects that we are talking about and the
16   risk of cancer, it would never be
17   acceptable to knowingly sell valsartan
18   containing NDMA, correct?
19        A.   Yeah.
20              MR. SLATER:  And let's go
21              now to the top of Page 23, the top
22              of the right-hand column.  Just to
23              finish this up.
24   BY MR. SLATER:
```

1  Q. Looking at the top of
2 Page 23 in the right-hand column, it
3 states, "Therefore, owing to the
4 considerable evidence of carcinogenicity
5 of NDMA in laboratory species, evidence
6 of direct interaction with DNA consistent
7 with tumor formation, and the apparent
8 lack of qualitative species-specific
9 differences in the metabolism of this
10 substance, NDMA is highly likely to be
11 carcinogenic to humans."
12        And, again, that's the
13 reason why the valsartan that was sold by
14 Unit 5 with the levels of NDMA that were
15 seen, that never would have knowingly
16 been done if you had known the NDMA was
17 there because of that health risk,
18 correct?
19  A. Yes.
20        MR. SLATER: Okay. We can
21    take that down.
22        Let's go to Exhibit 29.
23        (Document marked for
24    identification as Exhibit

1         Q.    And that was a violation of
2   cGMP and the regulatory requirements
3   applicable, correct?
4         A.    Yeah.
5         Q.    And again, we talked about
6   it.  I'm not going to go back to the
7   scientific literature, but the result of
8   that was that NDMA ended up in the
9   valsartan, which is something that causes
10  cancer, correct?
11        A.    Yes.
12        Q.    And the -- rephrase.
13              In going back to the FMEA
14  where you assessed that risk and that
15  hazard, it was assessed at the highest
16  level because people ingesting NDMA at
17  the levels that were found in these pills
18  is something that will increase their
19  risk for cancer, correct?
20        A.    Yes.
21              MR. ABRAHAM:  Objection.  I
22        think that's outside the scope of
23        his topic here.
24  BY MR. SLATER: