# Exhibit 28

Confidential Information - Subject to Protective Order

```
 1                UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW JERSEY
 2

 3   IN RE: VALSARTAN, LOSARTAN,      )
     AND IRBESARTAN PRODUCTS          )
 4   LIABILITY LITIGATION             )
     _____) MDL No. 2875
 5                                    )
     THIS DOCUMENT RELATES TO ALL     )
 6   CASES                            )

 7

 8

 9    CONFIDENTIAL INFORMATION - SUBJECT TO PROTECTIVE ORDER

10

11
             VIDEO DEPOSITION OF DANIEL CATENACCI, M.D.
12                     VIA VIDEOCONFERENCE
13                     September 14, 2021
                            9:20 a.m.
14
                              Volume 2
15

16

17

18
            Reporter:   John Arndt, CSR, CCR, RDR, CRR
19                     CSR No. 084-004605
                          CCR No. 1186
20

21

22

23

24
```

Confidential Information Subject to Protective Order

Page 303

1 higher in the one -- the patients who have higher
2 comorbidity indexes, there's a higher percentage of
3 them in the exposed group.  So that's an important
4 factor for sure, yes.
5     Q.    And those factors can be strong
6 confounders that traditional statistical techniques
7 cannot always control; correct?
8     A.    Potentially, yeah.  And especially when
9 you try to -- that doesn't necessarily mean you've been
10 able to eliminate all of the confounding.
11    Q.    For example, a traditional statistical
12 technique that doesn't control for those factors would
13 be the Cox model that was used here; correct?
14    A.    No, I think very clearly they state here
15 that they did adjustments based on these confounding
16 variables, including all the ones we just mentioned.
17 And that said, there's still going to be potential for
18 residual confounding because these patients clearly, as
19 you've pointed out, have higher risk factors at
20 baseline for getting cancer, and so despite trying to
21 make that adjustment -- that's why all of these hazard
22 ratios are called adjusted hazard ratios -- and they go
23 through that in the methods pretty detailed -- and they
24 even adjusted by just a few of them versus all of them

Page 304

1 to see if there are any major differences, and
2 ultimately there weren't any major differences.
3         But I think that we're agreeing that,
4 despite making all of those adjustments, there could
5 still be residual confounding that, as I mentioned,
6 usually would lead to a signal that's a false positive
7 signal if you don't account for an underlying factor
8 that was there.
9     Q.    Let's look for a moment at your report if
10 we could.  I'm looking at Page 39.  And I think, for
11 the record, I just got a note from Chris that we marked
12 the Gomm study as Exhibit 14, just for the record.
13        If you could look at your report, Page 39.
14 You make a statement in the middle of the page, or a
15 little below the middle of the page.  You say, "In
16 other words, taking NDMA containing the valsartan
17 impurity was not associated with any increased risk in
18 overall cancer or with any specific cancer."
19        Do you see that?
20    A.    Yes.
21    Q.    Looking now at Page 359 of the study, the
22 Gomm study, on the left-hand column.  They state in the
23 second full paragraph, "For liver cancer, however, we
24 observed a statistically significant association."

Page 305

1 Correct?
2     A.    I missed where you said we were, but I do
3 remember it saying that, yes.
4     Q.    I'm on Page 359, left-hand column, second
5 paragraph.
6     A.    Okay, yeah.  Uh-huh.
7     Q.    Liver cancer is a specific cancer; right?
8     A.    Yes, it is.
9     Q.    So when you said that NDMA containing the
10 valsartan impurity was not associated with any
11 increased risk in overall cancer or with any specific
12 cancer, that's an incorrect statement; correct?
13    A.    When it says any specific cancer, that is
14 inaccurate with respect to the liver finding here.
15    Q.    The authors continue where I was reading.
16 "This is interesting, as from a biological perspective
17 liver cancer is the most likely form of cancer to
18 resulting from NDMA contamination."
19        That's, I guess, their viewpoint; correct?
20    A.    Yes.  Yes.
21    Q.    Do you agree with that viewpoint?
22    A.    I think that it's an interesting finding,
23 given that that is -- one of the risk factors is that
24 that's where the NDMA is metabolized, in the liver, and

Page 306

1 that at least in the Keto (ph) studies at very high
2 doses, that's -- they do -- they have been noted to
3 have liver cancers, and that the finding here -- one of
4 many findings that's being looked at -- suggests that,
5 at least at a very, very small effect size.
6         I think that's an interesting signal that
7 comes out of this paper, that as we both mentioned has
8 confounding, could be a positive -- a false positive
9 signal based on not adjusting for a lot of different
10 things that we just talked about.
11        As we talked about earlier, it's an
12 interesting finding.  Is it enough to hang your hat on
13 and call definitive, as opposed to this should be
14 assessed in an independent cohort that is looking
15 specifically at this question, as opposed to one of
16 many things?  That's how I would frame the finding, but
17 it is in that context something that I would say.
18        The only other thing I would point out is
19 that in other animal models, I think I mentioned
20 earlier, is that the nonhuman primates at very high
21 doses of some of these agents don't show liver cancer
22 and that in the Gomm study, even as we both agreed that
23 there is a hypothetical potential of confounding of
24 some of the non-ZHP agents in the control arm, there

Page 351

1	MR. INSOGNA: Object to form.
2	A.	There are -- I mean, there are the three
3	ways, if I can pull up my --
4	BY MR. SLATER:
5	Q.	Or do you not know? You can say I don't
6	know and then I move on.
7	MR. INSOGNA: Object to form.
8	A.	Can I -- I want to point out one area in
9	my report just so that I state it correctly, if I can
10	find it. The Hrudy (ph) study, which is -- okay.
11	Right.
12	So I was just making sure that I got the
13	three ways in the Hrudy study that were used
14	simultaneously to sort of look at the range that was
15	identified, and so some of them are actually just
16	measuring NDMA levels directly in the blood.
17	And so if you're quantifying how much,
18	say, for example, you're exogenously taking and you
19	could compare how much is in the blood, you can
20	estimate how much was endogenously created. And so
21	your question of you can't accurately do that -- not
22	necessarily true.
23	You could estimate the exogenous exposure
24	with the limitations that that has, which are far

Page 352

1	lower, and then evaluate how much is in the blood and
2	deduce that there's endogenous creation, because it's
3	much higher in the blood than what you've estimated
4	that was being taken externally.
5	BY MR. SLATER:
6	Q.	You're saying that's one potential
7	approach, but you're not giving an opinion to a
8	reasonable degree of scientific certainty that that's
9	the accurate approach; right?
10	MR. INSOGNA: Object to form.
11	A.	You asked me if it's possible and what's
12	the rationale of it, and it's been done and shows that,
13	yes.
14	BY MR. SLATER:
15	Q.	But you agree with me you're not reaching
16	an opinion that, for example, the Hrudy model is the
17	right one and the other models are wrong? You're just
18	saying this is one person who came up with this way to
19	do it and you're pointing it out?
20	Do I understand correctly?
21	MR. INSOGNA: Object to form.
22	A.	There are multiple ways to do it and I
23	tried to show that there are various ways to do it and
24	that overall the answer is always that it's much higher

Page 353

1	than the exogenous levels in the diet.
2	BY MR. SLATER:
3	Q.	Did you see any studies that estimated the
4	level of endogenous formation of NDMA at not what you'd
5	consider to be very high levels?
6	A.	There were a range, I think, as we talked
7	about, at various extremes, but even at the lowest
8	levels they were higher -- much higher than, say, the
9	FDA ADI, as an example.
10	Q.	Well, for example, did you see any studies
11	that estimated the level at perhaps 1,000 nanograms a
12	day?
13	A.	I believe that 1,000 nanograms a day,
14	which is about 100 times the 96 nanograms that the FDA
15	has indicated as an acceptable level, so that's my
16	point, is that there are orders of magnitude even at
17	the lowest estimates. That's all I'm saying.
18	So I think in the end I'd agree with you
19	that I'm not here to opine on what's the appropriate
20	way to do it, but I'm looking at all of the body of
21	literature that's talking about endogenous formation,
22	how to calculate it, and the range -- the lower level
23	of the range is far higher, let alone probably the more
24	likely is about -- the actual true way of doing it is

Page 354

1	above that.
2	Q.	Are you saying that 1,000 nanograms a day
3	of intake of NDMA would be a very high level?
4	A.	No, I'm saying it's a lot higher than 96
5	nanograms, which was the FDA's accepted daily intake.
6	And this is on routine daily living. That's -- I think
7	that's the point.
8	Q.	Just to come back to my question --
9	because I got to know how far we have to go and if I
10	have to go start picking up articles in the other
11	room -- you're not offering an opinion that there's a
12	certain level of endogenous formation -- you're saying
13	this is the level that I'm assuming is formed?
14	You're just telling me there are studies
15	that have measured it with various methods at various
16	levels; correct?
17	MR. INSOGNA: Object to form.
18	A.	Yes, other than what we've already
19	mentioned in my previous responses.
20	BY MR. SLATER:
21	Q.	I need to understand this. I didn't see
22	an opinion in your report where you quantified an
23	assumption as to the level of endogenous formation of
24	NDMA in the human body.

Page 355

1  You're not offering a specific opinion as
2 to a specific level; right?
3     MR. INSOGNA: Object to form.
4  A. No, other than the ranges that I put in my
5 report.
6 BY MR. SLATER:
7  Q. And when you refer to the ranges in your
8 report, you're pointing out that there are different
9 models and different ranges have been presented and
10 that's as far as you're going in terms of quantifying
11 endogenous formation; right?
12  A. Yes.
13  Q. And you also hold out the -- for the --
14 rephrase.
15     You also agree with me that these models
16 may all be wrong and it may turn out the levels are
17 much lower; right?
18     MR. INSOGNA: Object to form.
19  A. There's no evidence about that. We're
20 always happy to evaluate new data. That's how science
21 works. But currently the data suggests that this is
22 the way to do it, that the levels are extremely high.
23 BY MR. SLATER:
24  Q. You don't have an opinion as to what the

Page 356

1 level of endogenously-formed NDMA is in the human body?
2     You don't have an opinion as to a specific
3 level, do you?
4     MR. INSOGNA: Object to form. Vague.
5  A. Not other than what I've put in my report
6 that there's a range that's very high compared to the
7 question at hand here and the questions at hand, no.
8 BY MR. SLATER:
9  Q. Your opinion is that there's a potential
10 range and that potential range may have some high
11 figures in it, but you're not saying, "In my opinion,
12 this is the right number," because you haven't
13 evaluated that issue or calculated it; right?
14  A. I'm not saying that it's one number. I'm
15 not saying it's a potential range. It is a clear range
16 that's been reported in the literature of a high --
17 very high amount and then the low end is still high
18 compared to the levels we're talking about at the FDA
19 level. There is a clear range -- not a potential
20 range. It's a range that we see in the literature.
21  Q. If a valsartan pill had 1,000 nanograms of
22 NDMA in it -- let me start over.
23     If a valsartan pill had 1,000 nanograms of
24 NDMA in it, you would agree that's a high exposure;

Page 357

1 right?
2     MR. INSOGNA: Object to form.
3  A. That's not what I'm using endogenous
4 amounts for.
5 BY MR. SLATER:
6  Q. I'm not asking about endogenous. I'm
7 asking you --
8  A. I'm telling you -- you're asking if 1,000
9 nanograms per microgram -- if 1,000 nanograms per day
10 is a high level?
11  Q. In a pill of valsartan.
12     MR. INSOGNA: I'm sorry. I missed the
13 question.
14 BY MR. SLATER:
15  Q. I'll ask it again. Let me -- we'll start
16 over.
17     Do you agree that 1,000 nanograms of NDMA
18 in a valsartan pill would be a high exposure?
19     MR. INSOGNA: I just want to make sure I'm
20 clear. You're saying 1,000 nanograms, is your
21 question?
22     MR. SLATER: Yes.
23  A. A high exposure relative to what?
24 Relative to the FDA level that's high --

Page 358

1 BY MR. SLATER:
2  Q. You just said 1,000 nanograms would even
3 be a high level of NDMA. I'm asking, does that hold
4 true when it's in a pill sold by the people that hired
5 you?
6     Is it still a high level if it's in the
7 pill from the people that hired you?
8     MR. INSOGNA: Object to form.
9 Misstates --
10 BY MR. SLATER:
11  Q. Or does it now become a low level because
12 they're responsible for it?
13     MR. INSOGNA: Object to form. Misstates
14 his testimony.
15  A. I'm trying to tell you that through
16 routine living we have high levels -- 1,000 nanograms
17 is at the lowest estimate of that -- just from living
18 and eating, and that these levels are extremely higher
19 than what the FDA has shown, has reported, or has put
20 out as a threshold of what's safe. That's all I'm
21 saying.
22     And so what you're asking now, is an extra
23 1,000 nanograms a lot? No, not in the context of that
24 sea of exposure that we're exposed to all the time just