Exhibit 31

Confidential Information - Subject to Protective Order

1      IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW JERSEY
2                CAMDEN VICINAGE
                    -   -   -
3

    IN RE:  VALSARTAN,      :   MDL NO. 2875
4   LOSARTAN, AND           :
    IRBESARTAN PRODUCTS      :   CIVIL NO.
5   LIABILITY LITIGATION     :   19-2875
    _____  :   (RBK/JS)
6                            :

    THIS DOCUMENT APPLIES    :   HON. ROBERT
7   TO ALL CASES             :   B. KUGLER
8         - CONFIDENTIAL INFORMATION -
           SUBJECT TO PROTECTIVE ORDER
9

10                  -   -   -

11              May 7, 2021

12                  -   -   -

13

14        Videotaped remote deposition of
    LANCE R. MOLNAR, Ph.D., taken pursuant to
15  notice, was held via Zoom
    Videoconference, beginning at 9:03 a.m.,
16  EST, on the above date, before Michelle
    L. Gray, a Registered Professional
17  Reporter, Certified Shorthand Reporter,
    Certified Realtime Reporter, and Notary
18  Public.
19

                    -   -   -

20

21       GOLKOW LITIGATION SERVICES
      877.370.3377 ph | 917.591.5672 fax
22            deps@golkow.com

23

24

```
 1            Q.    Understood.  Okay.  So let

 2   me see if I get this straight.

 3            So if something is -- so

 4   you're saying that threshold versus

 5   non-thresholded is a function of how a

 6   particular genotoxic compounds exerts its

 7   toxicity?

 8            A.    It doesn't have to be just

 9   genotoxic.  It's just how the -- the

10   mechanism through which a compound exerts

11   its toxicity, yes.  Or its beneficial

12   effects.  It doesn't matter.  I think

13   that's what a threshold is, right.  So...

14            Q.    Right.  So what does it mean

15   for a -- in the context of a genotoxic

16   compound for it to be non-threshold?

17            A.    Well, something that doesn't

18   exist.  That's kind of what I'm pointing

19   out is there's no such thing as a -- that

20   I know of, or that we know of, that is a

21   non-thresholded effect; i.e., a

22   non-threshold effect would mean that a

23   single molecule could be detrimental,

24   right?  There's no threshold of exposure
```

Confidential Information - Subject to Protective Order

1  You can treat them however you want.

2              The EMA, FDA, ICH, you know,

3  regulatory bodies in general, have

4  decided that that's how they are going to

5  treat them.  That's their expectations

6  for deriving limits for them will be.

7              I think the first kind of --

8  what's the word?  The first guidance

9  document to that effect is the one that

10  you have on the screen now, from the EMA,

11  and that approach to consider them non --

12  as being a non-thresholded mechanism has

13  continued to this point.

14       Q.    And so -- okay.  Thank you

15  for that.

16              And so for -- back to this

17  guidance document and the statement that

18  nitrosamines are of such high potency

19  that they have to be excluded from the

20  TTC approach.

21              What do you understand that

22  to mean?

23              MR. TRISCHLER:  Objection to

24       form.