# Exhibits 12-14

Solco, Prinston, and ZHP have designated Exhibits 12-14 as confidential, respectively. Plaintiffs hereby challenge these designations. In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibits to the Court directly via email for its in camera review.