# Exhibit 16

Confidential Information - Subject to Protective Order

```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
                              - - -

  IN RE:  VALSARTAN,           :  MDL NO. 2875
  LOSARTAN, AND                :
  IRBESARTAN PRODUCTS          :  CIVIL NO.
  LIABILITY LITIGATION         :  19-2875
  _____  :  (RBK/JS)
                               :
  THIS DOCUMENT APPLIES        :  HON. ROBERT
  TO ALL CASES                 :  B. KUGLER
           - CONFIDENTIAL INFORMATION -
             SUBJECT TO PROTECTIVE ORDER

                          VOLUME II

                            - - -

                       April 30, 2021

                            - - -
```

Continued videotaped remote deposition of BANDARU VENKATA RAMARAO, taken pursuant to notice, was held via Zoom Videoconference, beginning at 6:13 p.m., India Standard Time, on the above date, before Michelle L. Gray, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Realtime Reporter, and Notary Public.

                            - - -

              GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com

1    Q.    And that was a violation of
2 cGMP and the regulatory requirements
3 applicable, correct?
4    A.    Yeah.
5    Q.    And again, we talked about
6 it.  I'm not going to go back to the
7 scientific literature, but the result of
8 that was that NDMA ended up in the
9 valsartan, which is something that causes
10 cancer, correct?
11    A.    Yes.
12    Q.    And the -- rephrase.
13         In going back to the FMEA
14 where you assessed that risk and that
15 hazard, it was assessed at the highest
16 level because people ingesting NDMA at
17 the levels that were found in these pills
18 is something that will increase their
19 risk for cancer, correct?
20    A.    Yes.
21         MR. ABRAHAM:  Objection.  I
22    think that's outside the scope of
23    his topic here.
24 BY MR. SLATER: