Exhibit 17

# Stephen S. Hecht, Ph.D.

Winston R. and Maxine H. Wallin Land Grant Professor of Cancer Prevention
American Cancer Society Professor, American Chemical Society Fellow
Masonic Cancer Center, University of Minnesota, Minneapolis, MN 55455

## Education

Duke University, B.S. (with honors), Chemistry – 1964
Massachusetts Institute of Technology, Ph.D., Organic Chemistry – 1968

## Professional Experience

Masonic Cancer Center, University of Minnesota, Minneapolis, MN
- Wallin Land Grant Professor of Cancer Prevention and Professor, Department of Laboratory Medicine and Pathology, 1996-present
- Head, Carcinogenesis and Chemoprevention Program, 1998-2014
- Member, Medicinal Chemistry and Pharmacology Graduate Programs, 1996-present

American Health Foundation, Valhalla, NY
- Director of Research, 1987-1996
- Chief, Division of Chemical Carcinogenesis, 1980-1996
- Head, Section of Organic Chemistry, Division of Environmental Carcinogenesis, 1973-1980

United States Department of Agriculture, Philadelphia, PA
- National Research Council Fellow, 1971-1973

Haverford College, Haverford, PA
- Assistant Professor of Chemistry, 1969-1971

Massachusetts Institute of Technology, Cambridge, MA
- Postdoctoral Fellow, Mass Spectrometry, Professor Klaus Biemann, 1968-1969

## Honors and Awards

Academy for Excellence in Team Science, University of Minnesota, 2019
Listed in AACR Landmarks in Cancer Research, 2017: Tobacco-Specific Nitrosamines, *JNCI* 60: 819-824 (1978)
University of Minnesota Medical School Dean's Distinguished Research Lectureship, 2017
American Chemical Society Minnesota Section, Minnesota Award, 2017
University of Minnesota Medical School Wall of Scholarship, 2015
Elected American Association for the Advancement of Science Fellow, 2014
Selected as next Editor-In-Chief, *Chemical Research in Toxicology*, American Chemical Society, 2012
Joseph Cullen Award, American Society of Preventive Oncology, 2012
Elected American Chemical Society Fellow, 2009
Founders' Award, Division of Chemical Toxicology, American Chemical Society, 2009
Academy for Excellence in Health Research, Academic Health Center, University of Minnesota, 2006
American Association for Cancer Research-Cancer Research and Prevention Foundation Award for Excellence in Cancer Prevention Research, 2006
Merit Award, National Cancer Institute, 2004-2014
Dr. William Cahan Distinguished Professor Award, Flight Attendant Medical Research Institute, 2002
Alton Ochsner Award Relating Smoking and Health, 2001
American Cancer Society Research Professor, 2000-2009

Wallin Chair in Cancer Prevention, Masonic Cancer Center, University of Minnesota, 1996-
Endowed Chair in Carcinogenesis and Chemoprevention, American Health Foundation, 1992-1996
Cancer Research Covers: March 1, 1988; February 15, 1993
Chemical Research in Toxicology Covers: June 1998, July 2007, February 2011
Cancer Epidemiology Biomarkers & Prevention Cover, December 2003
Outstanding Investigator Grant, National Cancer Institute, 1987-2001
Research Career Development Award, National Cancer Institute, 1975-1980
National Research Council Fellow, 1971-1973
Phi Beta Kappa, 1964

## Current Research Interests

- Mechanisms and prevention of tobacco-induced cancer
- Carcinogen biomarkers and their application in molecular epidemiology and cancer prevention
- Mechanisms of chemical carcinogenesis in humans
- Chemoprevention of cancer

## Selected Active Grant Support

*Principal Investigator*
Continually funded by the U.S. National Cancer Institute since 1975
- NCI, CA-81301, Metabolism of Carcinogenic Tobacco-Specific Nitrosamines, 1999-
- NCI, CA-203851, e-Cigarettes: Formaldehyde DNA Adducts, Oxidative Damage, and Potential Toxicity and Carcinogenesis, 2017-
- NCI, CA-222005, Clinical Trial of Watercress in Detoxification of Environmental Toxicants and Carcinogens, 2018 -
- NCI, CA-138338 (P01), Mechanisms of Ethnic/Racial Differences in Lung Cancer due to Cigarette Smoking, 2010 -

*Co-Principal Investigator*
    NIEHS, U2CES26533, Minnesota CHEAR Exposure Assessment Hub

## Selected Professional Activities

*Peer Review*
    AACR-Johnson & Johnson Lung Cancer Innovation Science Grants Committee, 2017-2019
    NIH Center for Scientific Review Special Emphasis Panel, Member 2020; Chair, 2019
    NIH Cancer Prevention Study Section, ad hoc, 2018
    Special Emphasis Panel, NCI PREVENT Cancer Program, 2011 –
    NIEHS Childrens' Health Exposure Analysis Resource Access Committee, 2017 -
    Special Emphasis Panel, NCI SPORE grants, 2015
    Council for Extramural Grants, American Cancer Society, 2010-2014
    Chair, Chemo/Dietary Prevention Study Section, National Institutes of Health 2006-2009
    Board of Scientific Counselors, Subcommittee 2, Basic Sciences, National Cancer Institute, 2001-2004
    Peer Review Committee on Carcinogenesis, Nutrition, and the Environment, American Cancer Society, 1998-2001; Chair, 2001
    Grants Review Panel, American Institute for Cancer Research, 1984-1987
    Chemical Pathology Study Section, National Institutes of Health, 1981-1985

    Ad Hoc Reviewer:
        National Cancer Institute, Cancer Center Support Grant Program

National Institute of Environmental Health Sciences
Dutch Cancer Society
Florida Department of Health
Alberta Heritage Foundation for Medical Research
Veterans Administration
New Jersey Commission on Cancer Research
United States - Israel Bi-national Science Foundation
California Tobacco Related Disease Research Program
Ohio Cancer Research Associates

*Selected Advisory Groups and Related Activities*
European Food Safety Authority, Contamination Working Group on N-Nitrosamines in Food, 2021
National Research Council Committee on Health Effects and Patterns of Use of Premium Cigars, 2021
U.S. Food and Drug Administration Panel on N-Nitrosamines in Pharmaceutical Products, 2021
Panel Member, 2018 American Cancer Society Professors' Meeting Discussion: "Bad luck" hypothesis
Member (ad hoc), Tobacco Products Scientific Advisory Committee, FDA, 2018
Reviewer, U.S. National Academies, Public Health Risks and Benefits of e-Cigarettes, 2017
Nomination Committee, Division of Chemical Toxicology, American Chemical Society, 2017-2019
Expert Consultation on the Integrated Exposure-Response Function, Univ. of Washington, 2017
Data Safety and Monitoring Board: NHLBI HAPIN study, Household Air Pollution and Health, 2017-
Chair, Nominating Committee, American Chemical Society Sosnovsky Award for Cancer Research, 2014
International Agency for Research on Cancer Monographs Program, Peer Review Committee, 2014
Frontiers in Cancer Prevention Annual Meeting, Program Committee, 2013
Round Table Meeting of the Senate Commission on Food Safety of the German Research Foundation: Nitrate and
  Nitrite in the Diet, Bonn, Germany, 2012
International Agency for Research on Cancer, Workshops on Tumor Concordance and Meshansims of
  Carcinogenesis, Lyon, France, 2012
Institute of Medicine, Committee on Scientific Standards for Studies on Reduced Risk Tobacco Products, 2011
AACR Cancer Prevention Committee and Cancer Prevention Summit, 2016
Tobacco Constituents Subcommittee, TPSAC, U.S. Food and Drug Administration, 2010
Flavor and Extract Manufacturers Association Expert Panel, 2010-
AACR Task Force on Tobacco and Cancer, 2009- 2012
External Advisory Board, University of Illinois Cancer Center, 2010-2014
Advisory Committee, Translational Cancer Research Center, South Dakota State University, 2009-2014
Chair-Elect to Past Chair, Chemistry in Cancer Research Working Group, AACR, 2007-2009
Chair, Program Committee, AACR Conference, Chemistry in Cancer Research: A Vital Partnership, 2007
Member, NCI-SRNT FDA Tobacco Regulation Legislation Review Project, 2009
International Agency for Research on Cancer, Knowledge Synthesis in Gene-Environment Interactions in
  Cancer, Lyon, France, 2009
Strategic Dialogue on Tobacco Harm Reduction, 2006-2007
Committee on Defining Upper Limits for Tobacco Toxicants, WHO TobReg, 2006-2007
Chair, Scientific Advisory Board, Center for Excellence in Environmental Toxicology, University of Pennsylvania,
  2005-2010
Chemistry in Cancer Research, AACR, Think Tank of Leaders in the Field, 2005
Chapter Editor for Cancer, Surgeon General's Report, How Cigarette Smoking Causes Disease, 2010
Contributor, Surgeon General's Report, Passive Smoking and Health, 2004; Health Consequences of Smoking,
  Fifty Years of Progress, 2014
Co-organizer, Symposium on Tobacco Carcinogenesis, American Chemical Society National Meeting, 2005
Program Committee Co-Chairperson, AACR Frontiers in Cancer Prevention Meeting, 2004, 2007

National Cancer Institute Carcinogenesis Think Tank, 2004
National Cancer Institute Biotechnology Initiative for Cancer Public Health Working Group, 2004
National Tobacco Monitoring, Research, and Evaluation Workshop, 2002
International Agency for Research on Cancer Monographs on the Evaluation of Carcinogenic Risks to Humans,
Vol. 37, *Tobacco Habits Other than Smoking*, 1985; Vol. 83, *Tobacco Smoke and Involuntary Smoking*, 2002;
Vol. 85, *Betel Quid and Areca Nut*, Chair, 2003; Vol. 89, *Smokeless Tobacco and Some Related
Nitrosamines*, 2004; Vol 100E, *A Review of Human Carcinogens-Lifestyle Factors*, 2009
International Agency for Research on Cancer Handbooks on Cancer Prevention, Vol. 9, *Cruciferous Vegetables,
Isothiocyanates, and Indole-3-carbinol*, 2003
Lung Cancer Progress Review Group, Co-Chair, Chemoprevention Section, National Cancer Institute, 2001
Board of Scientific Counselors, National Toxicology Program, 1997-2001
Science Advisory Board, National Center for Toxicological Research, FDA, 1998-2002
Board of Scientific Counselors, Division of Cancer Etiology, National Cancer Institute, 1989-1995
Division of Chemical Toxicology, American Chemical Society, Chair, 1999-2000; Chair-elect, 1997-1998;
Program Chair, 1996; Chair, Nominations Committee, 2011
Board of Directors, Minnesota Smoke Free Coalition, 1997-2001
Health Research Committee, Health Effects Institute, 1992-1996
External Scientific Advisory Board, Ohio State University Comprehensive Cancer Center, 2002-2006
Corporation Visiting Committee, Division of Bioengineering and Environmental Health, Massachusetts Institute
of Technology, 2000-2003
External Advisory Committee, Environmental Health Sciences Center, Oregon State University, 1996-2000
Cancer Prevention Think Tank, American Cancer Society, 1995
American Association for Cancer Research Program Committee, 1983, 1990, 1993, 1997, 1999, 2000, 2003-
2005, 2009 (co-chair), 2010; Session Chair, 1984, 1986, 1988, 1991, 2000, 2003
Advisory Group, Center in Molecular Toxicology, Vanderbilt University School of Medicine, 1991-1997; Chair,
1995-1997
Advisory Panel, Inhalation Toxicology Research Institute, 1990-1996
Advisory Panels, Chemical Industry Institute of Toxicology, 1990-1996
Advisory Panel, NYU-Nelson Institute of Environmental Medicine, 1992-1995
Peer Review Committee-Scientific Council, International Agency for Research on Cancer, 1991
Upper Aerodigestive Cancer Working Group, National Cancer Institute, 1986-1989
Contributor, Surgeon General's Report on the Health Consequences of Using Smokeless Tobacco, 1986

*Editorial Activities*
Editor-in-Chief, *Chemical Research in Toxicology*, 2013 - 2017
Associate Editor, *Journal of Medicinal Chemistry*, 2004 - 2012
Associate Editor, *Nicotine and Tobacco Research*, 2009 - present

Editorial Boards:
Mutagenesis, 2014 - present
Cancer Research, 1980 - 2000; 2010 - 2012
Cancer Epidemiology, Biomarkers, and Prevention, 1990 - present
Molecular Cancer Therapeutics, 2001 - 2012
Cancer Prevention Research, 2008 – present
Journal of Environmental Science and Health, Part C, 2016 - present
Chemical Research in Toxicology, 1988 - 1990, 1992 - 1994, 2010 - 2012
Lung Cancer, 2001 - 2012
Cancer Letters, 1999 - 2006
Carcinogenesis, 1986 - 1990; 2001 - 2006

Chemico-Biological Interactions, 1992 - 1998
Mutation Research, 2002 - 2007
Clinical Cancer Research, 2007 - 2011

## Selected Invited Lectures and Conferences, 2002-2019

Cancer Research Campaign, Manchester, England
State University of New York, Stony Brook
Society of Toxicology National Meetings
New York University
Virginia Piper Cancer Research Institute
Vanderbilt University
Reducing Tobacco Harm Conference, Washington, DC
Diet and Optimum Health, Portland, OR
American Cancer Society, Atlanta, GA
Mechanisms of Carcinogenesis and Xenobiotic
    Metabolism, Rutgers University
International Symposium on Polycyclic Aromatic
    Compounds
EMS Special Conference, Breast Cancer and
    Environmental Mutagens
Mayo Clinic, Rochester, MN
Biomarkers for Tobacco Exposure, Minneapolis
University of Wisconsin
Ohio State University
National Cancer Institute Chemoprevention Branch
Columbia University
Society for Research on Nicotine and Tobacco
East-West Conference on Tobacco and Alcohol
Tobacco Harm Reduction Network
Chemistry in Cancer Research
National Cancer Institute – Frederick
Evaluation of Smokeless Tobacco, Washington, DC
University of California, San Diego
AACR Frontiers in Cancer Prevention Meetings
AACR National Meetings
Society for Research on Nicotine and Tobacco
University of North Carolina
Hormel Institute
University of Pittsburgh
National Cancer Institute – Causes of Cancer
National Cancer Institute – Methods and
    Biomarkers
Roswell Park Cancer Center
Hanna Symposium, Univ. of Minnesota
New Jersey Governor's Conference on Cancer
    Prevention
American Chemical Society National Meetings

Dietary Factors and Cancer Prevention, Rochester, MN
Wadsworth Center, Albany, NY
University of Pennsylvania
University of Iowa
University of Louisville
University of Kentucky
3M Company, St. Paul, MN
Reducing Tobacco Use in Minnesota
Penn State, Hershey Medical Center
Northwestern University
MD Anderson Cancer Center (2)
University of Utah
Abbott Laboratories
Virginia Commonwealth University
Medical University of South Carolina
Environmental Mutagen Society, Puerto Rico
Dartmouth University
Toxicology Forum, Washington, DC
Tulane University
Indiana University
South Dakota State University
EOHSI, Rutgers University/UMDNJ
World Conference on Tobacco or Health, Mumbai
International Agency for Research on Cancer, Lyon
Ohio State University
University of Arizona Cancer Center
University of Oklahoma
UCLA Molecular Toxicology
University of Tennessee
Microsomes and Drug Oxidation, Beijing
University of Sao Paulo, Brazil
ETH, Zurich
Biomarkers Workshop, Műnster, Germany
Medical College of Wisconsin
Healthy Foods, Healthy Lives Symposium, Univ. of
    Minnesota
Japan Society of Clinical Oncology, Yokohama
Nitrate and Nitrosamines, Bonn, Germany
Gordon Research Conference Drug Metabolism,
    Keynote Speaker
Brown University
University of Rhode Island

Minnesota Department of Health

Beijing University of Technology

Peking University

National Center for Nanoscience and Technology, Beijing

U.S. Food and Drug Administration-e-Cigarettes

North Dakota State University

U.S. Food and Drug Administration-Biomarkers

Joint AACR/IASLC Meeting, San Diego

ETH, Zurich

IASLC Meeting, Vienna, Austria

University of Pittsburgh

Penn State Cancer Institute

King's College, London

American Association for Dental Research

Minnesota Department of Health

Kaohsiung Medical University, Taiwan

## University Activities

*Principal Lecturer and Organizer*
Chemical Carcinogenesis and Chemoprevention, 3 credits, 1998 - 2003

*Lecturer*
Chemical Aspects of Drug Metabolism and Bioactivation
Advanced Pharmacology
Cancer Epidemiology
Molecular Epidemiology

*Academic Program Memberships*
Medicinal Chemistry Graduate Program
Pharmacology Graduate Program
Combined M.D./Ph.D. Program

*Committees*
Masonic Cancer Center: Executive Committee and Cancer Prevention and Control Steering Committee, 1998-2014
Masonic Cancer Center Space Committee, 2016 -
M.D./Ph.D. Program Steering Committee, 2000 - 2009

## Memberships

American Association for Cancer Research
American Association for the Advancement of Science
American Chemical Society
American Society of Preventive Oncology
American Society for Mass Spectrometry
International Society for the Study of Xenobiotics
Society for Research on Nicotine and Tobacco
American Society for Pharmacology and Experimental Therapeutics

## Selected Contributions to Science (with key references)

1. *Tobacco-specific nitrosamines: identification in tobacco products, carcinogenicity, metabolism, DNA binding, and biomarkers.* The tobacco-specific nitrosamines *N'*-nitrosonornicotine (NNN) and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) are considered to be important causes of tobacco-induced cancer. We carried out most of the carcinogenicity, metabolism, and DNA binding studies of NNN

and NNK, leading to a broad understanding of their uptake and metabolism in humans. We developed highly sensitive mass spectrometric methods for analysis of their metabolites in humans; the NNAL biomarker in particular has been widely used in multiple studies of tobacco-specific carcinogen exposure and risk for cancer. Our studies on NNAL in the urine of non-smokers exposed to secondhand smoke contributed to the clean indoor air now enjoyed nearly universally.

a. **Hecht, S. S.**, Carmella, S. G., Murphy, S. E., Akerkar, S., Brunnemann, K. D., and Hoffmann, D. (1993) A tobacco-specific lung carcinogen in the urine of men exposed to cigarette smoke. *N. Engl. J. Med.* 329, 1543-1546.

b. **Hecht, S. S.** (1998) Biochemistry, biology, and carcinogenicity of tobacco-specific N-nitrosamines. *Chem. Res. Toxicol.* 11, 559-603.

c. **Hecht, S. S.**, Stepanov, I., and Carmella, S. G. (2016) Exposure and metabolic activation biomarkers of carcinogenic tobacco-specific nitrosamines. *Acc. Chem. Res.* 49, 106-114. PMCID: PMC5154679

d. Li, Y., and **Hecht, S. S.** (2021) Identification of an *N'*-nitrosonornicotine-specific deoxyadenosine adduct in rat liver and lung DNA. *Chem. Res. Toxicol.* 34, 992-1003.

2. *Application of tobacco carcinogen and toxicant biomarkers in clinical and epidemiologic studies*. We developed a panel of urinary tobacco carcinogen and toxicant biomarkers, using state of the art high throughput liquid chromatography-mass spectrometric techniques, and have applied these methods in collaborative studies to explore human exposure and risk. Using samples from nested case-control studies within prospective cohorts, we demonstrated that NNAL, nicotine metabolites, and phenanthrene tetraol (a PAH metabolite) were significantly related to lung cancer and that NNN was significantly related to esophageal cancer. We further showed significant differences in levels of these metabolites in ethnic groups with differing risks for lung cancer, and have analyzed more than 60,000 urine samples for multiple biomarkers in a clinical study of the reduced nicotine cigarette.

a. Yuan, J. M., Knezevich, A. D., Wang, R., Gao, Y. T., **Hecht, S. S.**, and Stepanov, I. (2011) Urinary levels of the tobacco-specific carcinogen *N'*-nitrosonornicotine and its glucuronide are strongly associated with esophageal cancer risk in smokers. *Carcinogenesis* 32, 1366-1371. PMCID: PMC3202311

b. Park, S. L., Carmella, S. G., Ming, X., Stram, D. O., Le Marchand, L., and **Hecht, S. S.** (2015) Variation in levels of the lung carcinogen NNAL and its glucuronides in the urine of cigarette smokers from five ethnic groups with differing risks for lung cancer. *Cancer Epidemiol. Biomarkers Prev.* 24, 561-569. PMCID: PMC4355389

c. Yuan, J. M., Nelson, H. H., Carmella, S. G., Wang, R., Kuriger-Laber, J., Jin, A., Adams-Haduch, J., **Hecht, S. S.**, Koh, W. P., and Murphy, S. E. (2017) *CYP2A6* genetic polymorphisms and biomarkers of tobacco smoke constituents in relation to risk of lung cancer in the Singapore Chinese Health Study. *Carcinogenesis* 38, 411-418. PMCID: PMC6248819

d. Hatsukami, D. K., Luo, X., Jensen, J. A., al'Absi, M., Allen, S. S., Carmella, S. G., Chen, M., Cinciripini, P. M., Denlinger-Apte, R., Drobes, D. J., Koopmeiners, J. S., Lane, T., Le, C. T., Leischow, S., Luo, K., McClernon, F. J., Murphy, S. E., Paiano, V., Robinson, J. D., Severson, H., Sipe, C., Strasser, A. A., Strayer, L. G., Tang, M. K., Vandrey, R., **Hecht, S. S.**, Benowitz, N. L., and Donny, E. C. (2018) Effect of immediate vs gradual reduction in nicotine content of cigarettes on biomarkers of smoke exposure: a randomized clinical trial. *JAMA* 320, 880-891. PMCID: PMC6372240

3. *Metabolism and DNA adducts of PAH and aldehydes*. We carried out extensive studies on metabolism and DNA adduct formation by these compounds. The results of these studies were consistent with, expanded, and supported the bay region diol epoxide model of PAH carcinogenicity, leading us to develop the phenanthrene tetraol biomarker of PAH exposure plus metabolic activation, and to use high resolution mass spectrometry for analysis of benzo[*a*]pyrene-DNA adducts in the human lung. Our studies on

nitrosamine metabolism evolved to investigations of related metabolically formed aldehydes. Our group was the first to identify acrolein and crotonaldehyde-derived DNA adducts that have been extensively investigated, and we developed the first methods for reliable quantitation of formaldehyde and acetaldehyde-DNA adducts in humans. The latter are particularly relevant to alcohol consumption and its role in carcinogenesis.

   a.  Balbo, S., Meng, L., Bliss, R. L., Jensen, J. A., Hatsukami, D. K., and **Hecht, S. S.** (2012) Kinetics of DNA adduct formation in the oral cavity after drinking alcohol. *Cancer Epidemiol. Biomarkers Prev.* 21, 601-608. PMCID: PMC3319307

   b.  Villalta, P. W., Hochalter, J. B., and **Hecht, S. S.** (2017) Ultrasensitive high-resolution mass spectrometric analysis of a DNA adduct of the carcinogen benzo[*a*]pyrene in human lung. *Anal. Chem.* 89, 12735-12742. PMCID: PMC6027747.

   c.  Yang, J., Balbo, S., Villalta, P. W., and **Hecht, S. S.** (2019) Analysis of acrolein-derived 1,$N^2$-propanodeoxyguanosine adducts in human lung DNA from smokers and nonsmokers. *Chem. Res. Toxicol.* 32, 318-325. PMCID: PMC6644703

   d.  Chen, M., Carmella, S. G., Li, Y., Zhao, Y., and **Hecht, S. S.** (2020) Resolution and quantitation of mercapturic acids derived from crotonaldehyde, methacrolein, and methyl vinyl ketone in the urine of smokers and nonsmokers. *Chem. Res. Toxicol.* 33, 669-677. PMCID: PMC7193944

4.  *Chemoprevention of cancer.* We applied our understanding of mechanisms of tobacco carcinogenesis to the identification of potential naturally occurring agents which could diminish the risk for cancer. This led to extensive studies on a variety of agents including isothiocyanates, indole-3-carbinol, *myo*-inositol, and related compounds. 2-Phenethyl isothiocyanate (PEITC), a potent inhibitor of carcinogenesis in several systems, was chosen for further development because of its natural occurrence and favorable preclinical profile. Together with our colleagues, we carried out an FDA-approved clinical trial of PEITC as an inhibitor of the metabolic activation of NNK in smokers, which showed modest inhibition, but a far greater effect on detoxification of common environmental agents such as benzene, a lead we are pursuing actively in a clinical trial of watercress, an abundant source of PEITC, to enhance detoxification of these agents.

   a.  **Hecht, S. S.**, Trushin, N., Rigotty, J., Carmella, S. G., Borukhova, A., Akerkar, S. A., and Rivenson, A. (1996) Complete inhibition of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone induced rat lung tumorigenesis and favorable modification of biomarkers by phenethyl isothiocyanate. *Cancer Epidemiol. Biomarkers Prev.* 5, 645-652.

   b.  **Hecht, S. S.**, Kassie, F., and Hatsukami, D. K. (2009) Chemoprevention of lung carcinogenesis in addicted smokers and ex-smokers. *Nat. Rev. Cancer* 9, 476-488. PMCID: PMC3876956.

   c.  Yuan, J.-M., Stepanov, I., Murphy, S. E., Wang, R., Allen, S., Jensen, J., Strayer, L., Adams-Haduch, J., Carmella, S. G., Upadhyaya, P., Le, C., Kurzer, M., Nelson, H. H., Yu, M. C., Hatsukami, D. K., and **Hecht, S. S.** (2016) Clinical trial of 2-phenethyl isothiocyanate as an inhibitor of metabolic activation of a tobacco-specific lung carcinogen in cigarette smokers. *Cancer Prev. Res.* 9, 396-405. PMCID: PMC4854759.

   d.  Yuan, J. M., Murphy, S. E., Stepanov, I., Wang, R., Carmella, S. G., Nelson, H. H., Hatsukami, D., and **Hecht, S. S.** (2016) 2-Phenethyl isothiocyanate, *glutathione S-transferase M1* and *T1* polymorphisms, and detoxification of volatile organic carcinogens and toxicants in tobacco smoke. *Cancer Prev. Res.* 9, 598-606. PMCID: PMC4930697

5.  *Expertise in tobacco carcinogenesis.* I have served on multiple U.S. and W.H.O. committees evaluating the tobacco and cancer problem and recommending solutions, and have regularly contributed to U.S. Surgeon General Reports on tobacco and cancer. I have written numerous invited reviews and book chapters on

aspects of tobacco carcinogenesis. With Professor D. Hatsukami, I am currently editing a book entitled "Tobacco and Cancer: the Science and the Story" to be published in 2021 by World Scientific Press.

a. **Hecht, S. S.** (1999) Tobacco smoke carcinogens and lung cancer. *J. Natl. Cancer Inst.* 91, 1194-1210. (cited 1349 times).

b. **Hecht, S. S.** (2003) Tobacco carcinogens, their biomarkers, and tobacco-induced cancer. *Nature Rev. Cancer* 3, 733-744. (cited 883 times).

c. **Hecht, S. S.**, and Szabo, E. (2014) Fifty years of tobacco carcinogenesis research: From mechanisms to early detection and prevention of lung cancer. *Cancer Prev. Res.* 7, 1-8. PMCID: PMC4296669

d. **Hecht, S. S.** (2017) Oral cell DNA adducts as potential biomarkers for lung cancer susceptibility in cigarette smokers. *Chem Res Toxicol* 30, 367-375. PMCID: PMC5310195

**Link to Bibliography**  Over 850 publications including more than 590 peer-reviewed journal articles and over 250 book chapters and related publications; control plus click to follow link
**http://www.ncbi.nlm.nih.gov/sites/myncbi/stephen.hecht.1/bibliography/41146177/public/?sort=date&direction=ascending**

**Stephen S. Hecht, Ph.D.**

**Bibliography**

<u>Table of Contents</u>

613 Original articles and 5 patents                                    Pages

      1967-1980 ...................................................................................1-4

      1981-1990 ...................................................................................4-15

      1991-2000 ...................................................................................15-23

      2001-2010 ...................................................................................23-35

      2011-present...................................................................................35-46

280 Chapters, invited articles, books, and other papers

      1967-1990 ...................................................................................47-55

      1991-2000 ...................................................................................55-59

      2001-2010 ...................................................................................59-62

      2011-present...................................................................................62-66

**Stephen S. Hecht, Ph.D.**

**Bibliography**

## Original Articles and Patents

1.  Cope, A.C. and Hecht, S.S.  Proximity Effects, XLVIII. Aprotic decomposition of 2-phenylcyclooctanone p-toluenesulfonylhydrazone and 3-phenylcyclooctanone p-toluenesulfonylhydrazone.  *J. Am. Chem. Soc.*, **89**: 6920-6925, 1967.

2.  Hecht, S.S. and Greene, F.D.  Di-t-butyloxadiaziridine, the cyclic form of an azoxy group. Ring-chain isomerism in three-membered rings.  *J. Am. Chem. Soc.*, **89**: 6761, 1967.

3.  Greene, F.D. and Hecht, S.S.  Cyclic azoxy compounds-relation of structural considerations to NMR spectra.  *Tetrahedron Lett.*, **7**: 575-578, 1969.

4.  Greene, F.D. and Hecht, S.S.  Oxadiaziridines, the cyclic form of an azoxy group. Synthesis, valence isomerism, and reactivity.  *J. Org. Chem.*, **35**: 2482-2486, 1970.

5.  Hecht, S.S.  Alkylation of metal derivatives of 1,3-diphenyl-1,3-propanedione with 1,2-diphenyl-3,3-dichlorocyclopropene.  *Tetrahedron Lett.*, **50**: 4385-4388, 1970.

6.  Hecht, S.S.  Transannular carbene reactions; an intermediate organic laboratory experiment.  *J. Chem. Ed.*, **48**: 340-341, 1971.

7.  Hecht, S.S.  Reaction of hydrazine with 1,2-diphenyl-3-dibenzoylmethylenecyclopropene and 1,2-diphenyl-3-diacetylmethylenecyclopropene; formation of pyridazines.  *Tetrahedron Lett.*, **35**: 3731-3734, 1972.

8.  Rothman, E.S., Hecht, S.S., Pfeffer, P.E., and Silbert, L.S.  Enol Esters, XV. Synthesis of highly hindered esters *via* isopropenyl ester intermediates.  *J. Org. Chem.*, **37**: 3551-3552, 1972.

9.  Hecht, S.S. and Rothman, E.S.  Amide hydrofluoroborates.  *J. Org. Chem.*, **38**: 395-396, 1973.

10. Rothman, E.S., Moore, G.G., and Hecht, S.S.  Enol Esters, XVII. Reactions of isopropenyl stearate with diethyl malonate, acetoacetic ester, and related keto esters.  *J. Org. Chem.*, **38**: 2540-2543, 1973.

11. Hecht, S.S. and Rothman, E.S.  Cleavage of saturated fatty acid amides by anhydrous hydrogen fluoride-boron trifluoride.  *J. Org. Chem.*, **38**: 3733-3737, 1973.

12. Hecht, S.S., Bondinell, W.E., and Hoffmann, D.  Chemical studies on tobacco smoke, XXIX. Chrysene and methylchrysenes: Presence in tobacco smoke and carcinogenicity.  *J. Natl. Cancer Inst.*, **53**: 1121-1133, 1974.

13. Hoffmann, D., Hecht, S.S., Ornaf, R.M., and Wynder, E.L.  Chemical studies on tobacco smoke, XXX. N'-nitrosonornicotine in tobacco.  *Science*, **186**: 265-267, 1974.

14. Hecht, S.S., Ornaf, R.M., and Hoffmann, D.  Chemical studies on tobacco smoke, XXXIII. N'-Nitrosonornicotine in tobacco: Analysis of possible contributing factors and biologic implications.  *J. Natl. Cancer Inst.*, **54**: 1237-1244, 1974.

15. Hoffmann, D., Raineri, R., Hecht, S.S., Maronpot, R., and Wynder, E.L.  A study of tobacco carcinogenesis, XIV. Effects of N'-nitrosonornicotine and N'-nitrosoanabasine in rats.  *J. Natl. Cancer Inst.*, **55**: 977-981, 1975.

16. Hecht, S.S., Thorne, R.L., Maronpot, R.R., and Hoffmann, D.  A study of tobacco carcinogenesis, XIII. Tumor-promoting subfractions of the weakly acidic fraction.  *J. Natl. Cancer Inst.*, **55**: 1329-1336, 1975.

17.   Hecht, S.S., Ornaf, R.M., and Hoffmann, D.  Chemical studies on tobacco smoke. XLI.
       Determination of N'-nitrosonornicotine in tobacco by high speed liquid chromatography.  *Anal.
       Chem.*, **47**: 2046-2048, 1975.

18.   Hecht, S.S. and Rothman, E.  A fabric waterproofing process, U.S. Patent 3,899,290, 1975.

19.   Hecht, S.S., Loy, M., Maronpot, R.R., and Hoffmann, D.  A study of chemical carcinogenesis.
       Comparative carcinogenicity of 5-methylchrysene, benzo[a]pyrene, and modified chrysenes.  *Cancer
       Lett.*, **1**: 147-154, 1976.

20.   Hecht, S.S., Chen, C.B., and Hoffmann, D.  A study of chemical carcinogenesis, 2. Synthesis of
       N-nitrosamino aldehydes.  *Tetrahedron Lett.*, **8**: 593-596, 1976.

21.   Hecht, S.S., Chen, C.B., Dong, M., Ornaf, R.M., Hoffmann, D., and Tso, T.C.  Chemical studies on
       tobacco smoke, LI. Studies on non-volatile nitrosamines in tobacco.  *Beitr. Tabakforsch.*, **9**: 1-6,
       1977.

22.   Hilfrich, J., Hecht, S.S., and Hoffmann, D.  A study of tobacco carcinogenesis, XV. Effects of
       N'-nitrosonornicotine and N'-nitrosoanabasine in Syrian golden hamsters.  *Cancer Lett.*, **2**: 169-176,
       1977.

23.   Hoffmann, D., Dong, M., and Hecht, S.S.  Chemical studies on tobacco smoke, LII. Origin in tobacco
       smoke of N'-nitrosonornicotine, a tobacco-specific carcinogen: Brief Communication.  *J. Natl.
       Cancer Inst.*, **58**: 1841-1844, 1977.

24.   Mirvish, S.S., Sams, J., and Hecht, S.S.  Kinetics of nornicotine and anabasine nitrosation in relation
       to N'-nitrosonornicotine occurrence in tobacco and to tobacco-induced cancer.  *J. Natl. Cancer Inst.*,
       **59**: 1211-1213, 1977.

25.   Weiss, L., Loy, M., Hecht, S.S., and Hoffmann, D.  A study of chemical carcinogenesis, 4. Synthesis
       of the carbon-14 labelled carcinogens 5-methylchrysene, 2-methylaniline and 3-methyl-
       2-naphthylamine.  *J. Labelled Cmpd.*, **14**: 119-131, 1978.

26.   Hecht, S.S., Chen, C.B., Ornaf, R.M., Jacobs, E., Adams, J.D., and Hoffmann, D.  Chemical studies
       on tobacco smoke, LVII. Reaction of nicotine and sodium nitrite: Formation of nitrosamines and
       fragmentation of the pyrrolidine ring.  *J. Org. Chem.*, **43**: 72-76, 1978.

27.   Hecht, S.S., Chen, C.B., and Hoffmann, D.  A study of chemical carcinogenesis, 6. Evidence for
       metabolic α-hydroxylation of N-nitrosopyrrolidine.  *Cancer Res.*, **38**: 215-218, 1978.

28.   Hecht, S.S., Loy, M., Mazzarese, R., and Hoffmann, D.  A study of chemical carcinogenesis, 7.
       Synthesis and mutagenicity of modified chrysenes related to the carcinogen, 5-methylchrysene.  *J.
       Med. Chem.*, **21**: 38-44, 1978.

29.   Hecht, S.S., Chen, C.B., Hirota, N., Ornaf, R.M., Tso, T.C., and Hoffmann, D.  A study of tobacco
       carcinogenesis, XVI. Tobacco specific nitrosamines: Formation from nicotine *in vitro* and during
       tobacco curing and carcinogenicity in strain A mice.  *J. Natl. Cancer Inst.*, **60**: 819-824, 1978.

30.   Browne, C.E., Dobbs, T.K., Hecht, S.S., and Eisenbraun, E.J.  Stereochemical assignment of (E)- and
       (Z)-2-(1-naphthyl)-1-phenylpropene and their photocyclization to 5-methylchrysene.  *J. Org. Chem.*,
       **43**: 1656-1660, 1978.

31.   Hecht, S.S., Hirota, N., Loy, M., and Hoffmann, D.  A study of chemical carcinogenesis, 8. Tumor-
       initiating activity of fluorinated 5-methylchrysenes.  *Cancer Res.*, **38**: 1694-1698, 1978.

32.   Hecht, S.S., Carmella, S., and Hoffmann, D.  Chemical studies on tobacco smoke, LIV.
       Determination of hydroxybenzyl alcohols and hydroxyphenyl ethanols in tobacco and tobacco smoke.
       *J. Anal. Toxicol.*, **2**: 56-59, 1978.

33.  Hecht, S.S., LaVoie, E., Mazzarese, R., Amin, S., Bedenko, V., and Hoffmann, D.  A study of chemical carcinogenesis, 9. 1,2-Dihydro-1,2-dihydroxy-5-methylchrysene, a major activated metabolite of the environmental carcinogen 5-methylchrysene.  *Cancer Res.*, **38**: 2191-2194, 1978.

34.  Hecht, S.S., Chen, C.B., and Hoffmann, D.  Tobacco specific nitrosamines: Occurrence, formation, carcinogenicity, and metabolism.  *Acct. Chem. Res.*, **12**: 92-98, 1979.

35.  Chen, C.B., McCoy, G.D., Hecht, S.S., Hoffmann, D., and Wynder, E.L.  A study of chemical carcinogenesis, 10. High pressure liquid chromatographic assay for α-hydroxylation of N-nitrosopyrrolidine by isolated rat liver microsomes.  *Cancer Res.*, **38**: 3812-3816, 1978.

36.  Chen, C.B., Hecht, S.S., and Hoffmann, D.  A study of chemical carcinogenesis, 11. Metabolic α-hydroxylation of the tobacco specific carcinogen, N'-nitrosonornicotine.  *Cancer Res.*, **38**: 3639-3645, 1978.

37.  Hecht, S.S., Hirota, N., and Hoffmann, D.  A study of chemical carcinogenesis, 12. Comparative tumor initiating activity of 10-methylbenzo[a]pyrene, 7,10-dimethylbenzo[a]pyrene, and benzo[a]pyrene.  *Cancer Lett.*, **5**: 179-183, 1978.

38.  McCoy, G.D., Chen, C.B., Hecht, S.S., and McCoy, E.C.  Enhanced metabolism and mutagenesis of nitrosopyrrolidine in liver fractions isolated from chronic ethanol-consuming hamsters.  *Cancer Res.*, **39**: 793-796, 1979.

39.  Hecht, S.S. and Chen, C.B.  A study of chemical carcinogenesis, 14. Hydrolysis of model compounds for α-hydroxylation of the carcinogens, N-nitrosopyrrolidine and N'-nitrosonornicotine.  *J. Org. Chem.*, **44**: 1563-1566, 1979.

40.  Hecht, S.S., LaVoie, E.J., Mazzarese, R., Hirota, N., Ohmori, T., and Hoffmann, D.  A study of chemical carcinogenesis, 16. Comparative mutagenicity, tumor-initiating activity, carcinogenicity, and *in vitro* metabolism of fluorinated 5-methylchrysenes.  *J. Natl. Cancer Inst.*, **63**: 855-861, 1979.

41.  Hecht, S.S., Grabowski, W., and Groth, K.  Analysis of faeces for benzo[a]pyrene after consumption of charcoal-broiled beef by rats and humans.  *Food Cosmet. Toxicol.*, **17**: 223-227, 1979.

42.  Hoffmann, D., Adams, J.D., Brunnemann, K.D., and Hecht, S.S.  Chemical studies on tobacco smoke. LXII. Assessment of tobacco-specific N-nitrosamines in tobacco products.  *Cancer Res.*, **39**: 2505-2509, 1979.

43.  Hecht, S.S., El-Bayoumy, K., Tulley, L., and LaVoie, E.  A study of chemical carcinogenesis, 17. Structure-mutagenicity relationships of N-oxidized derivatives of aniline, o-toluidine, 2'-methyl-4-aminobiphenyl, and 3,2'-dimethyl-4-aminobiphenyl.  *J. Med. Chem.*, **22**: 981-987, 1979.

44.  Hecht, S.S., Chen, C.B., McCoy, G.D., Hoffmann, D., and Domellöf, L.  A study of chemical carcinogenesis, 18. α-Hydroxylation of N-nitrosopyrrolidine and N'-nitrosonornicotine by human liver microsomes.  *Cancer Lett.*, **8**: 35-41, 1979.

45.  Amin, S., Hecht, S.S., LaVoie, E., and Hoffmann, D.  A study of chemical carcinogenesis, 19. Synthesis and mutagenicity of 5,11-dimethylchrysene and some methyl-oxidized derivatives of 5-methylchrysene.  *J. Med. Chem.*, **22**: 1336-1340, 1979.

46.  Hecht, S.S., Amin, S., Rivenson, A., and Hoffmann, D.  A study of chemical carcinogenesis, 20. Tumor initiating activity of 5,11-dimethylchrysene and the structural requirements favoring carcinogenicity of methylated polynuclear aromatic hydrocarbons.  *Cancer Lett.*, **8**: 65-70, 1979.

47.  Hecht, S.S., Chen, C.B., Ohmori, T., and Hoffmann, D.  A study of tobacco carcinogenesis, XIX. Comparative carcinogenicity in F344 rats of the tobacco specific nitrosamines, N' nitrosonornicotine and 4-(N-methyl-N-nitrosamino)-1-(3-pyridyl)-1-butanone.  *Cancer Res.*, **40**: 298-302, 1980.

48.    Chen, C.B., Fung, P.T., and Hecht, S.S.  A study of chemical carcinogenesis, 21. Assay for microsomal α-hydroxylation of N'-nitrosonornicotine and determination of the deuterium isotope effect for α-hydroxylation.  *Cancer Res.*, **39**: 5057-5062, 1979.

49.    Amin, S., Bedenko, V., LaVoie, E., Hecht, S.S., and Hoffmann, D.  A study of chemical carcinogenesis, 22. Synthesis of dihydro diols as potential proximate carcinogens of benzofluoranthenes.  *J. Org. Chem.*, **46**: 2573-2578, 1981.

50.    Hecht, S.S., Rivenson, A., and Hoffmann, D.  A study of chemical carcinogenesis, 24. Tumor-initiating activity of dihydrodiols formed metabolically from 5-methylchrysene.  *Cancer Res.*, **40**: 1396-1399, 1980.

51.    LaVoie, E.J., Hecht, S.S., Amin, S., Bedenko, V., and Hoffmann, D.  Identification of mutagenic dihydrodiols as metabolites of benzo[j]fluoranthene and benzo[k]fluoranthene.  *Cancer Res.*, **40**: 4528-4532, 1980.

52.    El-Bayoumy, K., LaVoie, E.J., Tulley-Frieler, L., and Hecht, S.S.  A study of chemical carcinogenesis, 27. Effects of *ortho*-methyl substituents on the mutagenicity of aminobiphenyls and aminonaphthalenes.  *Mutat. Res.*, **90**: 345-354, 1981.

53.    Amin, S., Hecht, S.S., and Hoffmann, D.  A study of chemical carcinogenesis, 28. Synthesis of angular ring methoxy-5-methylchrysenes and 5-methylchrysenols.  *J. Org. Chem.*, **46**: 2394-2398, 1981.

54.    Hecht, S.S., Carmella, S., Mori, H., and Hoffmann, D.  A study of tobacco carcinogenesis. XX. Role of catechol as a major cocarcinogen in the weakly acidic fraction of smoke condensate.  *J. Natl. Cancer Inst.*, **66**: 163-169, 1981.

55.    Hecht, S.S., Chen, C.B., and Hoffmann, D.  A study of chemical carcinogenesis, 29. Metabolic β-hydroxylation and N-oxidation of N'-nitrosonornicotine.  *J. Med. Chem.*, **23**: 1175-1178, 1980.

56.    El-Bayoumy, K. and Hecht, S.S.  A study of chemical carcinogenesis, 30. Synthesis of 4-amino-3,2'-dimethylbiphenyl-3-methyl-[14]C and 4-amino-2'-dimethylbiphenyl-2'-methyl-[14]C.  *J. Labelled Cmpd. Radiopharm.*, **18**: 973-983, 1981.

57.    Hecht, S.S., Young, R., and Chen, C.B.  A study of chemical carcinogenesis, 31. Metabolism in the F344 rat of 4-(N-methyl-N-nitrosamino)-1-(3-pyridyl)-1-butanone, a tobacco specific carcinogen.  *Cancer Res.*, **40**: 4144-4150, 1980.

58.    El-Bayoumy, K., LaVoie, E.J., Hecht, S.S., Fow, E.A., and Hoffmann, D.  The influence of methyl substitution on the mutagenicity of nitronaphthalenes and nitrobiphenyls.  *Mutat. Res.*, **81**: 143-153, 1981.

59.    Hecht, S.S., Carmella, S., and Hoffmann, D.  Quantitative analysis of alkyl-2-hydroxy-2-cyclopenten-1-ones in tobacco smoke.  *J. Agric. Food Chem.*, **29**: 401-404, 1981.

60.    McCoy, G.D., Chen, C.B., and Hecht, S.S.  Influence of mixed function oxidase inducers on the *in vitro* metabolism of N'-nitrosonornicotine by rat and hamster liver microsomes.  *Drug Metab. Dispos.*, **9**: 168-169, 1981.

61.    Fiala, E.S., Kohl, N.E., Hecht, S.S., Yang, J.J., and Shimada, T.  The formation of azoxy-2-phenylethane during the biological oxidation of phenylethylamine by rabbit liver microsomes.  *Carcinogenesis*, **2**: 165-173, 1981.

62.    Hecht, S.S., Chen, C.B., Young, R., and Hoffmann, D.  Mass spectra of tobacco alkaloid-derived nitrosamines, their metabolites, and related compounds.  *Beitr. Tabakforsch.*, **11**: 57-66, 1981.

63.    Hecht, S.S., Lin, D., and Chen, C.B.  A study of chemical carcinogenesis, 33. Comprehensive analysis of urinary metabolites of N'-nitrosonornicotine.  *Carcinogenesis*, **2**: 833-838, 1981.

64. McCoy, G.D., Hecht, S.S., Katayama, S., and Wynder, E.L. Differential effect of chronic ethanol consumption on the carcinogenicity of N-nitrosopyrrolidine and N'-nitrosonornicotine in male Syrian golden hamsters. *Cancer Res.*, **41**: 2849-2854, 1981.

65. Hoffmann, D., Castonguay, A., Rivenson, A., and Hecht, S.S. Comparative carcinogenicity and metabolism of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and N'-nitrosonornicotine in Syrian golden hamsters. *Cancer Res.*, **41**: 2386-2393, 1981.

66. Hecht, S.S., LaVoie, E.J., Bedenko, V., Pingaro, L., Katayama, S., Hoffmann, D., Sardella, D.J., Boger, E., and Lehr, R.E. Reduction of tumorigenicity and of dihydrodiol formation by fluorine substitution in the angular rings of dibenzo[a,i]pyrene. *Cancer Res.*, **41**: 4341-4345, 1981.

67. McCoy, G.D., Hecht, S.S., and McCoy, E.C. Comparison of microsomal inducer pretreatment on the *in vitro* α-hydroxylation and mutagenicity of N-nitrosopyrrolidine in rat and hamster liver. *Environ. Mutagen.*, **4**: 221-230, 1982.

68. Hecht, S.S. and Young, R. A study of chemical carcinogenesis, 35. Metabolic α-hydroxylation of N-nitrosomorpholine and 3,3,5,5-tetradeutero-N-nitrosomorpholine in the F344 rat. *Cancer Res.*, **41**: 5039-5043, 1981.

69. Amin, S., Juchatz, A., Furuya, K., and Hecht, S.S. A study of chemical carcinogenesis, 36. Effects of fluorine substitution on the tumor initiating activity and metabolism of 5-hydroxymethylchrysene, a tumorigenic metabolite of 5-methylchrysene. *Carcinogenesis*, **2**: 1027-1032, 1981.

70. LaVoie, E.J., Amin, S., Hecht, S.S., Furuya, K., and Hoffmann, D. A study of chemical carcinogenesis, 38. Tumor initiating activity of dihydrodiols of benzo[b]fluoranthene, benzo[j]fluoranthene, and benzo[k]fluoranthene. *Carcinogenesis*, **3**: 49-52, 1982.

71. Melikian, A., LaVoie, E.J., Hecht, S.S., and Hoffmann, D. A study of chemical carcinogenesis, 39. Influence of a bay region methyl group on formation of 5-methylchrysene dihydrodiol epoxide: DNA adducts in mouse skin. *Cancer Res.*, **42**: 1239-1242, 1982.

72. El-Bayoumy, K. and Hecht, S.S. A study of chemical carcinogenesis, 40. Identification of mutagenic metabolites formed by C-hydroxylation and nitroreduction of 5-nitroacenaphthene in rat liver. *Cancer Res.*, **42**: 1243-1248, 1982.

73. Amin, S., LaVoie, E.J., and Hecht, S.S. A study of chemical carcinogenesis, 41. Identification of metabolites of benzo[b]fluoranthene. *Carcinogenesis*, **3**: 171-174, 1982.

74. Hecht, S.S., Morrison, J.B., and Wenninger, J.A. N-Nitroso-N-methyldodecylamine and N-nitroso-N-methyltetradecylamine in hair care products. *Food Chem. Toxicol.*, **20**: 165-169, 1982.

75. Carmella, S., LaVoie, E.J., and Hecht, S.S. Quantitative analysis of catechol and 4-methylcatechol in human urine. *Food Chem. Toxicol.*, **20**: 587-590, 1982.

76. LaVoie, E.J., Hecht, S.S., Bedenko, V., and Hoffmann, D. Identification of the mutagenic metabolites of fluoranthene, 2-methylfluoranthene, and 3-methylfluoranthene. *Carcinogenesis*, **3**: 841-846, 1982.

77. Morrison, J.B. and Hecht, S.S. N-Nitroso-N-methyldodecylamine and N-nitroso-N-methyltetradecylamine in household dishwashing liquids. *Food Chem. Toxicol.*, **20**: 583-586, 1982.

78. Hecht, S.S., Reiss, B., Lin, D., and Williams, G.M. A study of chemical carcinogenesis, 42. Metabolism of N'-nitrosonornicotine by cultured rat esophagus. *Carcinogenesis*, **3**: 453-456, 1982.

79. Hecht, S.S., El-Bayoumy, K., Rivenson, A., and Fiala, E. A study of chemical carcinogenesis, 43. Comparative carcinogenicity of o-toluidine hydrochloride and o-nitrosotoluene in F344 rats. *Cancer Lett.*, **16**: 103-108, 1982.

80.   Amin, S., Camanzo, J., and Hecht, S.S.  A study of chemical carcinogenesis, 44. Identification of metabolites of 5,11-dimethylchrysene and 5,12-dimethylchrysene and the influence of a peri-methyl group on their formation.  *Carcinogenesis*, **3**: 1159-1163, 1982.

81.   Castonguay, A., Lin, D., Stoner, G.D., Radok, P., Furuya, K., Hecht, S.S., Schut, H.A.J., and Klaunig, J.E.  A study of chemical carcinogenesis, 45. Comparative carcinogenicity in A/J mice and metabolism by cultured mouse peripheral lung of N'-nitrosonornicotine, 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and their analogues.  *Cancer Res.*, **43**: 1223-1229, 1983.

82.   El-Bayoumy, K., Hecht, S.S., and Hoffmann, D.  A study of chemical carcinogenesis, 46. Comparative tumor initiating activity on mouse skin of 6-nitrobenzo[a]pyrene, 6-nitrochrysene, 3-nitroperylene, 1-nitropyrene and their parent hydrocarbons.  *Cancer Lett.*, **16**: 333-337, 1982.

83.   Hecht, S.S. and Young, R.  A study of chemical carcinogenesis, 47. Regiospecificity in the metabolism of the homologous cyclic nitrosamines, N'-nitrosonornicotine and N'-nitrosoanabasine.  *Carcinogenesis*, **3**: 1195-1199, 1982.

84.   Morrison, J.B., Hecht, S.S., and Wenninger, J.A.  N-Nitroso-N-methyloctadecylamine in hair-care products.  *Food Chem. Toxicol.*, **21**: 69-73, 1983.

85.   Castonguay, A., Tjälve, H., and Hecht, S.S.  A study of chemical carcinogenesis, 48. Tissue distribution of the tobacco-specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone, and its metabolites in F344 rats.  *Cancer Res.*, **43**: 630-638, 1983.

86.   Chung, F.-L. and Hecht, S.S.  A study of chemical carcinogenesis, 49. Formation of cyclic 1,$N^2$-adducts by reaction of deoxyguanosine with α-acetoxy-N-nitrosopyrrolidine, 4-(carbethoxy-nitrosamino) butanal, or crotonaldehyde.  *Cancer Res.*, **43**: 1230-1235, 1983.

87.   Brittebo, E.B., Castonguay, A., Furuya, K., and Hecht, S.S.  A study of chemical carcinogenesis, 50. Metabolism of tobacco specific nitrosamines by cultured rat nasal mucosa.  *Cancer Res.*, **43**: 4343-4348, 1983.

88.   Hecht, S.S., Lin, D., and Castonguay, A.  A study of chemical carcinogenesis, 51. Effects of α-deuterium substitution on the mutagenicity of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK).  *Carcinogenesis*, **4**: 305-310, 1983.

89.   El-Bayoumy, K. and Hecht, S.S.  A study of chemical carcinogenesis, 52. Identification and mutagenicity of metabolites of 1-nitropyrene formed by rat liver.  *Cancer Res.*, **43**: 3132-3137, 1983.

90.   Hoffmann, D., Rivenson, A., Adams, J.D., Juchatz, A., Vinchkoski, N., and Hecht, S.S.  Effects of route of administration and dose on the carcinogenicity of N-nitrosodiethanolamine in the Syrian golden hamster.  *Cancer Res.*, **43**: 2521-2524, 1983.

91.   Melikian, A.A., LaVoie, E.J., Hecht, S.S., and Hoffmann, D.  A study of chemical carcinogenesis, 53. 5-Methylchrysene metabolism in mouse epidermis *in vivo*, diol epoxide-DNA adduct persistence, and diol epoxide reactivity with DNA as potential factors influencing the predominance of 5-methylchrysene-1,2-diol-3,4-epoxide-DNA adducts in mouse epidermis.  *Carcinogenesis*, **4**: 843-849, 1983.

92.   Castonguay, A., Stoner, G.D., Schut, H.A.J., and Hecht, S.S.  A study of chemical carcinogenesis, 54. Metabolism of tobacco-specific N-nitrosamines by cultured human tissues.  *Proc. Natl. Acad. Sci. USA*, **80**: 6694-6697, 1983. PMCID: PMC391237.

93.   El-Bayoumy, K., Sharma, C., Louis, Y.M., Reddy, B., and Hecht, S.S.  A study of chemical carcinogenesis, 55. The role of intestinal microflora in the metabolic reduction of 1-nitropyrene to 1-aminopyrene in conventional and germfree rats and in humans.  *Cancer Lett.*, **19**: 311-316, 1983.

94.    Carmella, S.G., Hecht, S.S., Tso, T.C., and Hoffmann, D.  Roles of tobacco cellulose, sugars, and chlorogenic acid as precursors to catechol in cigarette smoke.  *J. Agric. Food Chem.*, **32**: 267-273, 1984.

95.    Hecht, S.S., Adams, J.D., Numoto, S., and Hoffmann, D.  Induction of respiratory tract tumors in Syrian golden hamsters by a single dose of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) and the effect of smoke inhalation.  *Carcinogenesis*, **4**: 1287-1290, 1983.

96.    Castonguay, A., Tjälve, H., Trushin, N., and Hecht, S.S.  A study of chemical carcinogenesis, 56. Perinatal metabolism of the tobacco-specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in C57B1 mice.  *J. Natl. Cancer Inst.*, **72**: 1117-1126, 1984.

97.    Amin, S., Hussain, N., Brielmann, H., and Hecht, S.S.  A study of chemical carcinogenesis, 57. Synthesis and mutagenicity of dihydrodiol metabolites of benzo[b]fluoranthene.  *J. Org. Chem.*, **49**: 1091-1095, 1984.

98.    Hecht, S.S., El-Bayoumy, K., Rivenson, A., and Fiala, E.  A study of chemical carcinogenesis, 58. Bioassay for carcinogenicity of 3,2'-dimethyl-4-nitrosobiphenyl, o-nitrosotoluene, nitrosobenzene, and the corresponding amines in Syrian golden hamsters.  *Cancer Lett.*, **20**: 349-354, 1983.

99.    Amin, S., Camanzo, J., Huie, K., and Hecht, S.S.  A study of chemical carcinogenesis, 59. Improved photochemical synthesis of 5-methylchrysene derivatives and its application to the preparation of 7,8-dihydro-7,8-dihydroxy-5-methylchrysene.  *J. Org. Chem.*, **49**: 381-384, 1984.

100.    Hecht, S.S., Young, R., and Maeura, Y.  A study of chemical carcinogenesis, 60. Comparative carcinogenicity in F344 rats and Syrian golden hamsters of N'-nitrosonornicotine and N'-nitroso-nornicotine-1-N-oxide.  *Cancer Lett.*, **20**: 333-340, 1983.

101.    Chung, F.-L., Young, R., and Hecht, S.S.  A study of chemical carcinogenesis, 61. Formation of cyclic $1,N^2$-propanodeoxyguanosine adducts in DNA upon reaction with acrolein or crotonaldehyde. *Cancer Res.*, **44**: 990-995, 1984.

102.    Amin, S., Camanzo, J., and Hecht, S.S.  A study of chemical carcinogenesis, 62. Inhibition by a peri-fluorine atom of 1,2-dihydrodiol formation as a basis for the lower tumorigenicity of 12-fluoro-5-methylchrysene than of 5-methylchrysene.  *Cancer Res.*, **44**: 3772-3778, 1984.

103.    El-Bayoumy, K. and Hecht, S.S.  A study of chemical carcinogenesis, 63. Identification of *trans*-1,2-dihydro-1,2-dihydroxy-6-nitrochrysene as a major mutagenic metabolite of 6-nitrochrysene. *Cancer Res.*, **44**: 3408-3413, 1984.

104.    Melikian, A.A., Amin, S., Hecht, S.S., Hoffmann, D., Pataki, J., and Harvey, R.G.  A study of chemical carcinogenesis, 64. Identification of the major adducts formed by reaction of 5-methylchrysene *anti*-dihydrodiol epoxides with DNA *in vitro*.  *Cancer Res.*, **44**: 2524-2529, 1984.

105.    Castonguay, A., Rivenson, A., Trushin, N., Reinhardt, J., Stathopoulos, S., Weiss, C.J., Reiss, B., and Hecht, S.S.  A study of chemical carcinogenesis, 65. Effects of chronic ethanol consumption on the metabolism and carcinogenicity of N'-nitrosonornicotine in F344 rats.  *Cancer Res.*, **44**: 2285-2290, 1984.

106.    Hecht, S.S. and Morrison, J.B.  A study of chemical carcinogenesis, 66. A sensitive method for detecting *in vivo* formation of N-nitrosomorpholine and its application to rats given low doses of morpholine and sodium nitrite.  *Cancer Res.*, **44**: 2873-2877, 1984.

107.    Hecht, S.S., Morrison, J.B., and Young, R.  A study of chemical carcinogenesis, 67. N-Nitroso-(2-hydroxyethyl)glycine, a urinary metabolite of N,N-dinitrosopiperazine with potential utility as a monitor for its formation *in vivo* from piperazine.  *Carcinogenesis*, **5**: 979-981, 1984.

108.   Chung, F.-L., Juchatz, A., Vitarius, J., and Hecht, S.S.  A study of chemical carcinogenesis, 68.
Effects of dietary compounds on α-hydroxylation of N-nitrosopyrrolidine and N'-nitrosonornicotine
in rat target tissues. *Cancer Res.*, **44**: 2924-2928, 1984.

109.   El-Bayoumy, K. and Hecht, S.S.  A study of chemical carcinogenesis, 69. Metabolism of 1-nitro[U-
4,5,9,10-$^{14}$C]pyrene in the F344 rat. *Cancer Res.*, **44**: 4317-4322, 1984.

110.   Kashino, S., Zacharias, D.E., Prout, C.K., Carrell, H.L., Glusker, J.P., Hecht, S.S., and Harvey, R.G.
Structure of 5-methylchrysene, $C_{19}H_{14}$. *Acta Cryst.*, **C40**: 536-540, 1984.

111.   Hoffmann, D., Rivenson, A., Amin, S., and Hecht, S.S.  Dose-response study of the carcinogenicity
of tobacco-specific N-nitrosamines in F344 rats. *J. Cancer Res. Clin. Oncol.*, **108**: 81-86, 1984.

112.   Zacharias, D.E., Kashino, S., Glusker, J.P., Harvey, R.G., Amin, S., and Hecht, S.S.  The bay-region
geometry of some 5-methylchrysenes: steric effects in 5,6- and 5,12-dimethylchrysenes.
*Carcinogenesis*, **5**: 1421-1430, 1984.

113.   El-Bayoumy, K., Hecht, S.S., Sackl, T., and Stoner, G.D.  A study of chemical carcinogenesis, 71.
Tumorigenicity and metabolism of 1-nitropyrene in A/J mice. *Carcinogenesis*, **5**: 1449-1452, 1984.

114.   Carmella, S.G. and Hecht, S.S.  A study of chemical carcinogenesis, 72. High-performance
liquid chromatographic analysis of metabolites of the nicotine derived nitrosamines, N'-nitrosonornicotine
and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone. *Anal. Biochem.*, **145**: 239-244, 1985.

115.   El-Bayoumy, K., Reddy, B., and Hecht, S.S.  A study of chemical carcinogenesis, 73. Identification
of ring oxidized metabolites of 1-nitropyrene in the feces and urine of germfree F344 rats.
*Carcinogenesis*, **5**: 1371-1373, 1984.

116.   Castonguay, A. and Hecht, S.S.  A study of chemical carcinogenesis, 74. Synthesis of carbon-14
labeled 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone. *J. Labelled Cmpd. Radiopharm.*, **22**: 23-28,
1985.

117.   Amin, S., Huie, K., Hussain, N., Balanikas, G., and Hecht, S.S.  A study of chemical carcinogenesis,
75. Synthesis of methylated benzo[b]fluoranthenes and benzo[k]fluoranthenes. *J. Org. Chem.*, **50**:
1948-1954, 1985.

118.   Hecht, S.S.  A study of chemical carcinogenesis, 76. N-Nitroso-2-hydroxymorpholine, a mutagenic
metabolite of N-nitrosodiethanolamine. *Carcinogenesis*, **5**: 1745-1747, 1984.

119.   Hoffmann, D. and Hecht, S.S.  Nicotine-derived N-nitrosamines and tobacco related cancer: current
status and future directions. *Cancer Res.*, **45**: 935-944, 1985.

120.   Murphy, S.E. and Hecht, S.S.  A study of chemical carcinogenesis, 77. Dual-label high-performance
liquid chromatographic assay for femtomole levels of benzo[a]pyrene metabolites. *Anal. Biochem.*,
**146**: 442-447, 1985.

121.   Chung, F.-L., Wang, M., and Hecht, S.S.  Dietary inhibitors of chemical carcinogenesis, 1. Effects of
dietary indoles and isothiocyanates on N-nitrosodimethylamine and 4-(methylnitrosamino)-
1-(3-pyridyl)-1-butanone α-hydroxylation and DNA methylation in rat liver. *Carcinogenesis*, **6**: 539-
543, 1985.

122.   El-Bayoumy, K., O'Donnell, M., Hecht, S.S., and Hoffmann, D.  On the analysis of
1-nitronaphthalene, 1-nitropyrene and 6-nitrochrysene in cigarette smoke. *Carcinogenesis*, **6**: 505-
507, 1985.

123.   Melikian, A.A., Leszczynska, J.M., Amin, S., Hecht, S.S., Hoffmann, D., Pataki, J., and Harvey, R.G.
A study of chemical carcinogenesis, 78. Rates of hydrolysis and extents of DNA binding of
5-methylchrysene dihydrodiol epoxides. *Cancer Res.*, **45**: 1990-1996, 1985.

124.   Hecht, S.S., Radok, L., Amin, S., Huie, K., Melikian, A.A., Hoffmann, D., Pataki, J., and Harvey, R.G.  A study of chemical carcinogenesis, 79. Tumorigenicity of 5-methylchrysene dihydrodiols and dihydrodiol epoxides in newborn mice and on mouse skin.  *Cancer Res.*, **45**: 1449-1452, 1985.

125.   Melikian, A.A., Hecht, S.S., Hoffmann, D., Pataki, J., and Harvey, R.G.  A study of chemical carcinogenesis, 80. Analysis of *syn*- and *anti*-1,2-dihydroxy-3,4-epoxy-1,2,3,4-tetrahydro-5-methylchrysene-deoxyribonucleoside adducts by boronate chromatography. *Cancer Lett.*, **27**: 91-97, 1985.

126.   Amin, S., Huie, K., and Hecht, S.S.  A study of chemical carcinogenesis, 81. Mutagenicity and tumor initiating activity of methylated benzo[b]fluoranthenes. *Carcinogenesis*, **6**: 1023-1025, 1985.

127.   Amin, S., Hussain, N., Balanikas, G., Huie, K., and Hecht, S.S.  A study of chemical carcinogenesis, 83. Mutagenicity and tumor initiating activity of methylated benzo[k]fluoranthenes. *Cancer Lett.*, **26**: 343-347, 1985.

128.   Amin, S., Balanikas, G., Huie, K., Hussain, N., Geddie, J.E., and Hecht, S.S.  A study of chemical carcinogenesis, 84. Synthesis and fluorescence spectra of structural analogues of potential benzo[b]fluoranthene-DNA adducts. *J. Org. Chem.*, **50**: 4642-4646, 1985.

129.   Murphy, S.E. and Hecht, S.S.  A study of chemical carcinogenesis, 85. Effects of chronic ethanol consumption on benzo[a]pyrene metabolism and glutathione S-transferase activities in Syrian golden hamster cheek pouch and liver.  *Cancer Res.*, **46**: 141-146, 1986.

130.   Chung, F.-L., Tanaka, T., and Hecht, S.S.  A study of chemical carcinogenesis, 86. Induction of liver tumors in F344 rats by crotonaldehyde.  *Cancer Res.*, **46**: 1285-1289, 1986.

131.   Melikian, A.A., Leszczynska, J.M., Hecht, S.S., and Hoffmann, D.  A study of chemical carcinogenesis, 87. Effects of the cocarcinogen catechol on benzo[a]pyrene metabolism and DNA adduct formation in mouse skin. *Carcinogenesis*, **7**: 9-15, 1986.

132.   Hecht, S.S., Trushin, N., Castonguay, A., and Rivenson, A.  A study of chemical carcinogenesis, 88. Comparative tumorigenicity and DNA methylation in F344 rats by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and N-nitrosodimethylamine. *Cancer Res.*, **46**: 498-502, 1986.

133.   Amin, S., Huie, K., Melikian, A.A., Leszczynska, J.M., and Hecht, S.S.  A study of chemical carcinogenesis, 89. Comparative metabolic activation in mouse skin of the weak carcinogen 6-methylchrysene and the strong carcinogen 5-methylchrysene. *Cancer Res.*, **45**: 6406-6412, 1985.

134.   El-Bayoumy, K., Villucci, P., Roy, A.K., and Hecht, S.S.  A study of chemical carcinogenesis, 90. Synthesis of K-region derivatives of the carcinogen 1-nitropyrene. *Carcinogenesis*, **7**: 1577-1580, 1986.

135.   Chung, F.-L., Wang, M., Carmella, S.G., and Hecht, S.S.  Dietary inhibitors of chemical carcinogenesis. 2. Effects of butylated hydroxyanisole on the tumorigenicity and metabolism of N-nitrosodimethylamine and N-nitrosopyrrolidine in A/J mice. *Cancer Res.*, **46**: 165-168, 1986.

136.   Hecht, S.S., Lin, D., Chuang, J., and Castonguay, A.  A study of chemical carcinogenesis, 91. Reactions with deoxyguanosine of 4-(carbethoxynitrosamino)-1-(3-pyridyl)-1-butanone, a model compound for α-hydroxylation of tobacco specific nitrosamines. *J. Am. Chem. Soc.*, **108**: 1292-1295, 1986.

137.   Chung, F.-L. and Hecht, S.S.  A study of chemical carcinogenesis, 92. Formation of the cyclic 1,$N^2$-glyoxal-deoxyguanosine adduct upon reaction of N-nitroso-2-hydroxymorpholine with deoxyguanosine. *Carcinogenesis*, **6**: 1671-1673, 1985.

138.    Amin, S., Huie, K., Hussain, N., Balanikas, G., Carmella, S.G., and Hecht, S.S.  A study of chemical carcinogenesis, 93. Synthesis of potential phenolic metabolites of benzo[b]fluoranthene. *J. Org. Chem.*, **51**: 1206-1211, 1986.

139.    Hecht, S.S. and Lin, D.  A study of chemical carcinogenesis, 94. Comparative mutagenicity of 4-(carbethoxynitrosamino)-4-(3-pyridyl)butanal and 4-(carbethoxynitrosamino)-1-(3-pyridyl)-1-butanone, model compounds for $\alpha$-hydroxylation of N'-nitrosonornicotine. *Carcinogenesis*, **7**: 611-614, 1986.

140.    El-Bayoumy, K. and Hecht, S.S.  A study of chemical carcinogenesis, 95. Mutagenicity of K-region derivatives of 1-nitropyrene; remarkable activity of 1- and 3-nitro-5H-phenanthro[4,5-bcd]pyran-5-one. *Mutat. Res.*, **170**: 31-40, 1986.

141.    El-Bayoumy, K., Amin, S., and Hecht, S.S.  A study of chemical carcinogenesis, 96. Effects of 6-nitro substitution on 5-methylchrysene tumorigenicity, mutagenicity and metabolism. *Carcinogenesis*, **7**: 673-676, 1986.

142.    Hecht, S.S., Melikian, A.A., and Amin, S.  Methylchrysenes as probes for the mechanism of metabolic activation of carcinogenic methylated polynuclear aromatic hydrocarbons. *Acct. Chem. Res.*, **19**: 174-180, 1986.

143.    Hecht, S.S., Rivenson, A., Braley, J., DiBello, J., Adams, J.D., and Hoffmann, D.  Induction of oral cavity tumors in F344 rats by tobacco-specific nitrosamines and snuff. *Cancer Res.*, **46**: 4162-4166, 1986.

144.    Palladino, G.F., Chung, F.-L., and Hecht, S.S.  A study of chemical carcinogenesis, 97. 3-(2-Deoxy-$\beta$-D-erythropentofuranosyl)-6,7-dihydro-6,7-dihydroxyimidazo[1,2-a]purin-9(3H)-one, a major deoxyguanosine adduct formed from a novel diazohydroxide product of $\alpha$-hydroxylation of the carcinogen N-nitrosomorpholine. *J. Am. Chem. Soc.*, **108**: 6066-6068, 1986.

145.    El-Bayoumy, K., Donahue, J., Hecht, S.S., and Hoffmann, D.  Identification and quantitative determination of aniline and toluidines in human urine. *Cancer Res.*, **46**: 6064-6067, 1986.

146.    Foiles, P.G., Chung, F.-L., and Hecht, S.S.  Development of a monoclonal antibody-based immunoassay for cyclic DNA adducts resulting from exposure to crotonaldehyde. *Cancer Res.*, **47**: 360-363, 1987.

147.    Geddie, J.E., Amin, S., Huie, K., and Hecht, S.S.  A study of chemical carcinogenesis, 98. Formation and tumorigenicity of benzo[b]fluoranthene metabolites in mouse epidermis. *Carcinogenesis*, **8**: 1579-1584, 1987.

148.    Amin, S., Huie, K., Hecht, S.S., and Harvey, R.G.  A study of chemical carcinogenesis, 99. Synthesis of 6-methylchrysene-1,2-diol-3,4-epoxides and comparison of their mutagenicity to 5-methylchrysene-1,2-diol-3,4-epoxides. *Carcinogenesis*, **7**: 2067-2070, 1986.

149.    Hecht, S.S., Lin, D., Castonguay, A., and Rivenson, A.  A study of chemical carcinogenesis, 100. Effects of $\alpha$-deuterium substitution on the tumorigenicity of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in F344 rats. *Carcinogenesis*, **8**: 291-294, 1987.

150.    McCoy, G.D., Hecht, S.S., and Furuya, K.  The effect of chronic ethanol consumption on the tumorigenicity of N-nitrosopyrrolidine in male Syrian golden hamsters. *Cancer Lett.*, **33**: 151-159, 1986.

151.    Carmella, S.G. and Hecht, S.S.  A study of chemical carcinogenesis, 101. Formation of hemoglobin adducts upon treatment of F344 rats with the tobacco-specific nitrosamines 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and N'-nitrosonornicotine. *Cancer Res.*, **47**: 2626-2630, 1987.

152. Melikian, A.A., Bagheri, K., and Hecht, S.S.  A study of chemical carcinogenesis, 102. Contrasting disposition and metabolism of topically applied benzo[a]pyrene, *trans*-7,8-dihydroxy-7,8-dihydrobenzo[a]pyrene, and 7β,8 α-dihydroxy-9α,10α-epoxy-7,8,9,10-tetrahydrobenzo[a]pyrene in mouse epidermis *in vivo*.  *Cancer Res.*, **47**: 5354-5360, 1987.

153. Amin, S., Huie, K., Balanikas, G., Hecht, S.S., Pataki, J., and Harvey, R.G.  A study of chemical carcinogenesis, 103. High stereoselectivity in mouse skin metabolic activation of methylchrysenes to tumorigenic dihydrodiols.  *Cancer Res.*, **47**: 3613-3617, 1987.

154. Abbaspour, A., Hecht, S.S., and Hoffmann, D.  Synthesis of 5'-carboxy-N'-nitrosonornicotine and 5'-([$^{14}$C]carboxy)-N'-nitrosonornicotine.  *J. Org. Chem.*, **52**: 3474-3477, 1987.

155. Chung, F.-L., Roy, K.R., and Hecht, S.S.  A study of chemical carcinogenesis, 104. A study of reactions of α,β-unsaturated carbonyl compounds with deoxyguanosine.  *J. Org. Chem.*, **53**: 14-17, 1988.

156. Shiue, G.-H., El-Bayoumy, K., and Hecht, S.S.  A study of chemical carcinogenesis, 105. Comparative metabolism and DNA binding of 6-nitro-5-methylchrysene and 5-methylchrysene. *Carcinogenesis*, **8**: 1327-1331, 1987.

157. Hecht, S.S., Amin, S., Huie, K., Melikian, A.A., and Harvey, R.G.  A study of chemical carcinogenesis, 106. Enhancing effect of a bay region methyl group on tumorigenicity in newborn mice and mouse skin of enantiomeric bay region diol epoxides formed stereoselectively from methylchrysenes in mouse epidermis.  *Cancer Res.*, **47**: 5310-5315, 1987.

158. Roy, A.K., El-Bayoumy, K., and Hecht, S.S.  A study of chemical carcinogenesis, 107. $^{32}$P-Post-labelling analysis of 1-nitropyrene-DNA adducts in female Sprague-Dawley rats.  *Carcinogenesis*, **10**: 195-198, 1989.

159. Melikian, A.A., Amin, S., Huie, K., Hecht, S.S., and Harvey, R.G.  A study of chemical carcinogenesis, 108. Reactivity with DNA bases and mutagenicity toward *Salmonella typhimurium* of methylchrysene diol epoxide enantiomers.  *Cancer Res.*, **48**: 1781-1787, 1988.

160. Balanikas, G., Hussain, N., Amin, S., and Hecht, S.S.  A study of chemical carcinogenesis, 109. Oxidation of polynuclear aromatic hydrocarbons with ceric ammonium sulfate: Preparation of quinones and lactones.  *J. Org. Chem.*, **53**: 1007-1010, 1988.

161. Domellöf, L., Andersson, M., Tjälve, H., Veals, S., Trushin, N., and Hecht, S.S.  A study of chemical carcinogenesis, 110. Distribution and metabolism of N'-nitrosonornicotine in the miniature pig. *Carcinogenesis*, **8**: 1741-1747, 1987.

162. Roy, A.K., El-Bayoumy, K., and Hecht, S.S.  A study of chemical carcinogenesis, 111. Metabolism of K-region derivatives of 1-nitropyrene by rat liver *in vitro*.  *Carcinogenesis*, **9**: 255-258, 1988.

163. Wang, M., Chung, F.-L., and Hecht, S.S.  A study of chemical carcinogenesis, 112. Identification of crotonaldehyde as a hepatic microsomal metabolite formed by α-hydroxylation of the carcinogen N-nitrosopyrrolidine.  *Chem. Res. Toxicol.*, **1**: 28-31, 1988.

164. Wiley, J.C., Chien, D.H.T., Nungesser, N.A., Lin, D., and Hecht, S.S.  Synthesis of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone, 4-(carbethoxynitrosamino)-1-(3-pyridyl)-1-butanone, and N'-nitrosonornicotine labelled with tritium in the pyridine ring.  *J. Labelled Cmpd. Radiopharm.*, **25**: 707-716, 1988.

165. Hecht, S.S., Spratt, T.E., and Trushin, N.  A study of chemical carcinogenesis, 113. Evidence for 4-(3-pyridyl)-4-oxobutylation of DNA in F344 rats treated with the tobacco specific nitrosamines 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and N'-nitrosonornicotine.  *Carcinogenesis*, **9**: 161-165, 1988.

166.  El-Bayoumy, K., Rivenson, A., Johnson, B., DiBello, J., Little, P., and Hecht, S.S.  A study of chemical carcinogenesis, 114. Comparative tumorigenicity of 1-nitropyrene, 1-nitrosopyrene, and 1-aminopyrene administered by gavage to Sprague-Dawley rats.  *Cancer Res.*, **48**: 4256-4260, 1988.

167.  Melikian, A.A., Bagheri, K., Hecht, S.S., and Hoffmann, D.  A study of chemical carcinogenesis, 115. Metabolism of benzo[a]pyrene and 7 β,8α-dihydroxy-9α,10α -epoxy-7,8,9,10-tetrahydro-benzo[a]pyrene in lung and liver of newborn mice.  *Chem.-Biol. Interact.*, **69**: 245-257, 1989.

168.  El-Bayoumy, K., Shiue, G.-H., and Hecht, S.S.  A study of chemical carcinogenesis, 116. Metabolism and DNA binding of 1-nitropyrene and 1-nitrosopyrene in newborn mice.  *Chem. Res. Toxicol.*, **1**: 243-247, 1988.

169.  Foiles, P.G., Miglietta, L.M., Akerkar, S.A., Everson, R.B., and Hecht, S.S.  Detection of O⁶-methyl-deoxyguanosine in human placental DNA.  *Cancer Res.*, **48**: 4184-4188, 1988.

170.  Hecht, S.S. and Hoffmann, D.  Tobacco-specific nitrosamines, an important group of carcinogens in tobacco and tobacco smoke.  *Carcinogenesis*, **9**: 875-884, 1988.

171.  Hecht, S.S. and Trushin, N.  A study of chemical carcinogenesis, 117. DNA and hemoglobin alkylation by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and its major metabolite 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol in F344 rats.  *Carcinogenesis*, **9**: 1665-1668, 1988.

172.  Amin, S., Balanikas, G., Huie, K., and Hecht, S.S.  A study of chemical carcinogenesis, 118. Synthesis and tumor-initiating activities of dimethylchrysenes.  *Chem. Res. Toxicol.*, **1**: 349-355, 1988.

173.  Delclos, K.B., El-Bayoumy, K., Hecht, S.S., Walker, R.P., and Kadlubar, F.F.  Metabolism of the carcinogen [³H]6-nitrochrysene in the preweanling mouse: identification of 6-aminochrysene-1,2-dihydrodiol as the probable proximate carcinogenic metabolite.  *Carcinogenesis*, **9**: 1875-1884, 1988.

174.  Morse, M.A., Wang, C.-X., Amin, S.G., Hecht, S.S., and Chung, F.-L.  Dietary inhibitors of chemical carcinogenesis, 3. Effects of dietary sinigrin or indole-3-carbinol on O⁶-methylguanine-DNA-transmethylase activity and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone-induced DNA methylation and tumorigenicity in F344 rats.  *Carcinogenesis*, **9**: 1891-1895, 1988.

175.  Rivenson, A., Hoffmann, D., Prokopczyk, B., Amin, S., and Hecht, S.S.  A study of tobacco carcinogenesis, 42. Induction of lung and exocrine pancreas tumors in F344 rats by tobacco-specific and areca-derived N-nitrosamines.  *Cancer Res.*, **48**: 6912-6917, 1988.

176.  Chung, F.-L., Wang, M., and Hecht, S.S.  A study of chemical carcinogenesis, 119. Detection of exocyclic guanine adducts in hydrolysates of hepatic DNA of rats treated with N-nitrosopyrrolidine and in calf thymus DNA reacted with α-acetoxy-N-nitrosopyrrolidine.  *Cancer Res.*, **49**: 2034-2041, 1989.

177.  Amin, S., Huie, K., Balanikas, G., and Hecht, S.S.  A study of chemical carcinogenesis, 120. Synthesis and mutagenicity of 5-alkyl substituted chrysene-1,2-diol-3,4-epoxides.  *Carcinogenesis*, **9**: 2305-2308, 1988.

178.  Hecht, S.S., Abbaspour, A., and Hoffmann, D.  A study of tobacco carcinogenesis XLII. Bioassay in A/J mice of some structural analogues of tobacco-specific nitrosamines.  *Cancer Lett.*, **42**: 141-145, 1988.

179.  Weyand, E.H., Amin, S., Huie, K., Boger, E., Neuber, E., Hecht, S.S., and LaVoie, E.J.  Effects of fluorine substitution on the DNA binding and tumorigenicity of benzo[b]fluoranthene in mouse epidermis.  *Chem.-Biol. Interact.*, **71**: 279-290, 1989.

180. Amin, S., Misra, B., Desai, D., Huie, K., and Hecht, S.S. A study of chemical carcinogenesis, 121. Chromatographic conditions for separation of $^{32}$P-labeled phosphates of major polynuclear aromatic hydrocarbon-deoxyribonucleoside adducts. *Carcinogenesis*, **10**: 1971-1974, 1989.

181. El-Bayoumy, K., Shiue, G.-H., and Hecht, S.S. A study of chemical carcinogenesis, 122. Comparative tumorigenicity of 6-nitrochrysene and its metabolites in newborn mice. *Carcinogenesis*, **10**: 369-372, 1989.

182. Morse, M.A., Wang, C.-X., Stoner, G.D., Mandal, S., Conran, P.B., Amin, S.G., Hecht, S.S., and Chung, F.-L. Dietary inhibitors of chemical carcinogenesis, 4. Inhibition of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone-induced DNA adduct formation and tumorigenicity in lung of F344 rats by dietary phenethyl isothiocyanate. *Cancer Res.*, **49**: 549-553, 1989.

183. Morse, M.A., Amin, S.G., Hecht, S.S., and Chung, F.-L. Dietary inhibitors of chemical carcinogenesis, 5. Effects of aromatic isothiocyanates on tumorigenicity, $O^6$-methylguanine formation, and metabolism of the tobacco-specific nitrosamine 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in A/J mouse lung. *Cancer Res.*, **49**: 2894-2897, 1989.

184. El-Bayoumy, K., Delclos, K.B., Heflich, R.H., Walker, R., Shiue, G.-H., and Hecht, S.S. A study of chemical carcinogenesis, 123. Mutagenicity, metabolism and DNA adduct formation of 6-nitrochrysene in *Salmonella typhimurium*. *Mutagenesis*, **4**: 235-240, 1989.

185. Delclos, K.B., El-Bayoumy, K., Casciano, D.A., Walker, R.P., Kadlubar, F.F., Hecht, S.S., Shivapurker, N., Mandal, S., and Stoner, G.D. Metabolic activation of 6-nitrochrysene in explants of human bronchus and in isolated rat hepatocytes. *Cancer Res.*, **49**: 2909-2913, 1989.

186. Spratt, T.E., Trushin, N., Lin, D., and Hecht, S.S. A study of chemical carcinogenesis, 124. Analysis for $N^2$-(pyridyloxobutyl)deoxyguanosine adducts in DNA of tissues exposed to tritium-labeled 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and N'-nitrosonornicotine. *Chem. Res. Toxicol.*, **2**: 169-173, 1989.

187. Anderson, L.M., Hecht, S.S., Dixon, D.E., Dove, L.F., Kovatch, R.M., Amin, S., Hoffmann, D., and Rice, J.M. Evaluation of the transplacental tumorigenicity of the tobacco-specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in mice. *Cancer Res.*, **49**: 3770-3775, 1989.

188. Hecht, S.S., Lijinsky, W., Kovatch, R.M., Chung, F.-L., and Saavedra, J.E. Comparative tumorigenicity of N-nitroso-2-hydroxymorpholine, N-nitrosodiethanolamine, and N-nitrosomorpholine in A/J mice and F344 rats. *Carcinogenesis*, **10**: 1475-1477, 1989.

189. Chung, F.-L., Young, R., and Hecht, S.S. A study of chemical carcinogenesis, 125. Detection of cyclic 1,$N^2$-propanodeoxyguanosine adducts in DNA of rats treated with N-nitrosopyrrolidine and mice treated with crotonaldehyde. *Carcinogenesis*, **10**: 1291-1297, 1989.

190. El-Bayoumy, K., Shiue, G.-H., Amin, S., and Hecht, S.S. A study of chemical carcinogenesis, 126. The effects of bay-region methyl substitution on 6-nitrochrysene mutagenicity in *Salmonella typhimurium* and tumorigenicity in newborn mice. *Carcinogenesis*, **10**: 1685-1689, 1989.

191. Wang, M., Chung, F.-L., and Hecht, S.S. A study of chemical carcinogenesis, 127. Formation of acyclic and cyclic guanine adducts in DNA reacted with α-acetoxy-N-nitrosopyrrolidine. *Chem. Res. Toxicol.*, **2**: 423-428, 1989.

192. Foiles, P.G., Miglietta, L.M., Quart, A.M., Quart, E., Kabat, G.C., and Hecht, S.S. Evaluation of $^{32}$P-postlabeling analysis of DNA from exfoliated oral mucosa cells as a means of monitoring exposure of the oral cavity to genotoxic agents. *Carcinogenesis*, **10**: 1429-1434, 1989.

193. Morse, M.A., Eklind, K.I., Amin, S.G., Hecht, S.S., and Chung, F.-L. Dietary inhibitors of chemical carcinogenesis, 6. Effects of alkyl chain length on the inhibition of NNK-induced lung neoplasia in A/J mice by arylalkyl isothiocyanates. *Carcinogenesis*, **10**: 1757-1759, 1989.

194.  Belinsky, S.A., White, C.M., Trushin, N., and Hecht, S.S.  Cell specificity for the pulmonary metabolism of tobacco-specific nitrosamines in the Fischer rat.  *Carcinogenesis*, **10**: 2269-2274, 1989.

195.  Melikian, A.A., Jordan, K.G., Braley, J., Rigotty, J., Meschter, C.L., Hecht, S.S., and Hoffmann, D.  A study of chemical carcinogenesis, 130. Effects of catechol on the induction of tumors in mouse skin by 7,8-dihydroxy-7,8-dihydrobenzo[a]pyrenes.  *Carcinogenesis*, **10**: 1897-1900, 1989.

196.  Hecht, S.S., Morse, M.A., Amin, S., Stoner, G.D., Jordan, K.G., Choi, C.-I., and Chung, F.-L.  Dietary inhibitors of chemical carcinogenesis, 7. Rapid single-dose model for lung tumor induction in A/J mice by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and the effect of diet.  *Carcinogenesis*, **10**: 1901-1904, 1989.

197.  Morse, M.A., Reinhardt, J.C., Amin, S.G., Hecht, S.S., Stoner, G.D., and Chung, F.-L.  Dietary inhibitors of chemical carcinogenesis, 9. Effect of dietary aromatic isothiocyanates fed subsequent to the administration of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone on lung tumorigenicity in mice. *Cancer Lett.*, **49**: 225-230, 1990.

198.  Melikian, A.A., Fudem Goldin, B., Prahalad, A.K., and Hecht, S.S.  A study of chemical carcinogenesis, 131. Modulation of benzo[a]pyrene-DNA adducts in hamster cheek pouch by chronic ethanol consumption.  *Chem. Res. Toxicol.*, **3**: 139-143, 1990.

199.  Carmella, S.G., Kagan, S.S., Kagan, M., Foiles, P.G., Palladino, G., Quart, A.M., Quart, E., and Hecht, S.S.  Hemoglobin adducts as carcinogen dosimeters, 1. Mass spectrometric analysis of tobacco-specific nitrosamine hemoglobin adducts in snuff dippers, smokers, and non-smokers. *Cancer Res.*, **50**: 5438-5445, 1990.

200.  Murphy, S.E., Palomino, A., Hecht, S.S., and Hoffmann, D.  Hemoglobin adducts as carcinogen dosimeters, 2. Dose-response study of DNA and hemoglobin adduct formation by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in F344 rats.  *Cancer Res.*, **50**: 5446-5452, 1990.

201.  Carmella, S.G., Kagan, S.S., Spratt, T.E., and Hecht, S.S.  Hemoglobin adducts as carcinogen dosimeters, 3. Evaluation of cysteine adduct formation in rat hemoglobin by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and related compounds.  *Cancer Res.*, **50**: 5453-5459, 1990.

202.  Hecht, S.S., Jordan, K.G., Choi, C.-I., and Trushin, N.  A study of chemical carcinogenesis, 132. Effects of deuterium substitution on the tumorigenicity of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol in A/J mice.  *Carcinogenesis*, **11**: 1017-1020, 1990.

203.  Amin, S., Hecht, S.S., Di Raddo, P., and Harvey, R.G.  A study of chemical carcinogenesis, 133. Comparative tumor initiating activities of cyclopentano and methyl derivatives of 5-methylchrysene and chrysene.  *Cancer Lett.*, **51**: 17-20, 1990.

204.  Geacintov, N.E., Lee, M.-S., Ibanez, V., Amin, S., and Hecht, S.S.  Differences in conformations of covalent adducts derived from the binding of 5- and 6-methylchrysene diol epoxide stereoisomers to DNA.  *Carcinogenesis*, **11**: 985-989, 1990.

205.  Peterson, L.A., Carmella, S.G., and Hecht, S.S.  Hemoglobin adducts as carcinogen dosimeters, 4. Investigations of metabolic precursors to hemoglobin and DNA adducts of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone.  *Carcinogenesis*, **11**: 1329-1333, 1990.

206.  Spratt, T.E., Peterson, L.A., Confer, W.L., and Hecht, S.S.  A study of chemical carcinogenesis, 134. Solvolysis of model compounds for α-hydroxylation of N'-nitrosonornicotine and 4-(methyl-nitrosamino)-1-(3-pyridyl)-1-butanone: evidence for a cyclic oxonium ion intermediate in the alkylation of nucleophiles.  *Chem. Res. Toxicol.*, **3**: 350-356, 1990.

207.   Hecht, S.S., Foiles, P.G., and Chung, F.-L.  Monoclonal antibody-based immunoassay for cyclic DNA adducts resulting from exposure to crotonaldehyde or acrolein. U.S. Patent 4,923,813, 1990.

208.   Morse, M.A., Eklind, K.I., Hecht, S.S., Jordan, K.G., Choi, C.-I., Desai, D.H., Amin, S.G., and Chung, F.-L.  Dietary inhibitors of chemical carcinogenesis, 11. Structure-activity relationships for inhibition of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone lung tumorigenesis by arylalkyl isothiocyanates in A/J mice.  *Cancer Res.*, **51**: 1846-1850, 1991.

209.   Amin, S., Misra, B., Braley, J., and Hecht, S.S.  A study of chemical carcinogenesis, 135. Comparative tumorigenicity in newborn mice of chrysene- and 5-alkylchrysene-1,2-diol-3,4-epoxides.  *Cancer Lett.*, **58**: 115-118, 1991.

210.   Foiles, P.G., Akerkar, S.A., Carmella, S.G., Kagan, M., Stoner, G.D., Resau, J.H., and Hecht, S.S.  Mass spectrometric analysis of tobacco-specific nitrosamine-DNA adducts in smokers and nonsmokers.  *Chem. Res. Toxicol.*, **4**: 364-368, 1991.

211.   Doerr-O'Rourke, K., Trushin, N., Hecht, S.S., and Stoner, G.D.  Effect of phenethyl isothiocyanate on the metabolism of the tobacco-specific nitrosamine 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone by cultured rat lung tissue.  *Carcinogenesis*, **12**: 1029-1034, 1991.

212.   Peterson, L.A., Mathew, R., Murphy, S.E., Trushin, N., and Hecht, S.S.  A study of chemical carcinogenesis, 136. In vivo and in vitro persistence of pyridyloxobutyl DNA adducts from 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone.  *Carcinogenesis*, **12**: 2069-2072, 1991.

213.   Melikian, A.A., Prahalad, K.A., Amin, S., and Hecht, S.S.  A study of chemical carcinogenesis, 137. Comparative DNA binding of polynuclear aromatic hydrocarbons and their dihydrodiol and bay region diolepoxide metabolites in newborn mouse lung and liver.  *Carcinogenesis*, **12**: 1665-1670, 1991.

214.   Amin, S., Desai, D., and Hecht, S.S.  A study of chemical carcinogenesis, 138. Comparative tumorigenicity of dimethylchrysenes in mouse skin.  *Chem. Res. Toxicol.*, **5**: 237-241, 1992.

215.   Misra, B., Amin, S., and Hecht, S.S.  A study of chemical carcinogenesis, 139. Metabolism and DNA binding of 5,6-dimethylchrysene in mouse skin.  *Chem. Res. Toxicol.*, **5**: 242-247, 1992.

216.   Misra, B., Amin, S., and Hecht, S.S.  A study of chemical carcinogenesis, 140. Dimethylchrysene diol epoxides: mutagenicity in Salmonella typhimurium, tumorigenicity in newborn mice, and reactivity with deoxyadenosine in DNA.  *Chem. Res. Toxicol.*, **5**: 248-254, 1992.

217.   Anderson, L.M., Hecht, S.S., Kovatch, R.M., Amin, S., Hoffmann, D., and Rice, J.M.  Tumorigenicity of the tobacco-specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in infant mice.  *Cancer Lett.*, **58**: 177-181, 1991.

218.   Peterson, L.A. and Hecht, S.S.  A study of chemical carcinogenesis, 141. $O^6$-Methylguanine is a critical determinant of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone tumorigenesis in A/J mouse lung.  *Cancer Res.*, **51**: 5557-5564, 1991.

219.   Peterson, L.A., Mathew, R., and Hecht, S.S.  A study of chemical carcinogenesis, 142. Quantitation of metabolic α-hydroxylation of the tobacco-specific nitrosamine, 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone.  *Cancer Res.*, **51**: 5495-5500, 1991.

220.   Carmella, S.G., Kagan, S.S., and Hecht, S.S.  Hemoglobin adducts as carcinogen dosimeters, 5. Evidence that a hemoglobin adduct of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone is a 4-(3-pyridyl)-4-oxobutyl carboxylic acid ester.  *Chem. Res. Toxicol.*, **5**: 76-80, 1992.

221.   Lasker, S.E., Iatropoulos, M.J., Hecht, S.S., Misra, B., Amin, S., Zang, E., and Williams, G.M.  N-
       Ethyl-*N*-nitrosourea induced brain tumors in rats monitored by nuclear magnetic resonance imaging,
       plasma proton nuclear magnetic resonance spectroscopy and microscopy.  *Cancer Lett.*, **67**: 125-131,
       1992.

222.   Lin, J.-M., Desai, D.H., Morse, M.A., Amin, S., and Hecht, S.S.  A study of chemical carcinogenesis,
       143. Inhibition of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone pulmonary metabolism and
       tumorigenicity in mice by analogues of the investigational chemotherapeutic drug 4-ipomeanol.
       *Chem. Res. Toxicol.*, **5**: 674-679, 1992.

223.   Hecht, S.S., Carmella, S.G., and Murphy, S.E.  Tobacco-specific nitrosamine hemoglobin adducts.
       *Methods in Enzymology*, 231: 657-667, 1994.

224.   Chung, F.-L., Morse, M.A., Eklind, K.I., and Hecht, S.S.  Method of inhibiting lung tumors, arylalkyl
       isothiocyanates, and method of synthesizing same.  U.S. Patent 5,114,969, 1992.

225.   Hecht, S.S., Young-Sciame, R., and Chung, F.-L.  A study of chemical carcinogenesis, 144. Reaction
       of α-acetoxy-N-nitrosopiperidine with deoxyguanosine: oxygen dependent formation of 4-oxo-2-
       pentenal and a 1,$N^2$-ethenodeoxyguanosine adduct.  *Chem. Res. Toxicol.*, **5**: 706-712, 1992.

226.   Wang, M., Chung, F.-L., and Hecht, S.S.  A study of chemical carcinogenesis, 145. Formation of 7-
       (4-oxobutyl)guanine in hepatic DNA of rats treated with N-nitrosopyrrolidine.  *Carcinogenesis*, **13**:
       1909-1911, 1992.

227.   Desai, D., Kagan, S.S., Amin, S., Carmella, S.G., and Hecht, S.S.  A study of chemical
       carcinogenesis, 147. Identification of 4-(methylnitrosamino)-1-[3-(6-hydroxypyridyl)]-1-butanone as
       a urinary metabolite of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in the rat.  *Chem. Res.
       Toxicol.*, **6**: 794-799, 1993.

228.   Hecht, S.S., Trushin, N., Reid-Quinn, C.A., Burak, E.S., Jones, A.B., Southers, J.L., Gombar, C.T.,
       Carmella, S.G., Anderson, L.M., and Rice, J.M.  Metabolism of the tobacco-specific nitrosamine 4-
       (methylnitrosamino)-1-(3-pyridyl)-1-butanone in the patas monkey: pharmacokinetics and
       characterization of glucuronide metabolites.  *Carcinogenesis*, **14**: 229-236, 1993.

229.   Misra, B., Lin, J., Amin, S., and Hecht, S.S.  A study of chemical carcinogenesis, 146. Distinct
       conformers of alkylchrysene diol epoxide-deoxyguanosine adducts detected by proton NMR.  *Chem.
       Res. Toxicol.*, **5**: 756-759, 1992.

230.   El-Bayoumy, K., Desai, D., Upadhyaya, P., Amin, S., and Hecht, S.S.  Comparative tumorigenicity of
       nitrochrysene isomers in newborn mice.  *Carcinogenesis*, **13**: 2271-2275, 1992.

231.   Lin, J.-M., Amin, S., Murphy, S.E., Solomon, J.J., and Hecht, S.S.  Hemoglobin adducts as
       carcinogen dosimeters, 6. Synthesis of [3,3-$D_2$]-4-hydroxy-1-(3-pyridyl)-1-butanone, an internal
       standard for analysis of tobacco-specific nitrosamine hemoglobin and DNA adducts.  *J. Labelled
       Cmpd. Radiopharm.*, **33**: 285-292, 1993.

232.   Peterson, L.A., Liu, X.-K., and Hecht, S.S.  Pyridyloxobutyl DNA adducts inhibit the repair of $O^6$-
       methylguanine.  *Cancer Res.*, **53**: 2780-2785, 1993.

233.   El-Bayoumy, K., Upadhyaya, P., Desai, D.H., Amin, S., and Hecht, S.S.  Inhibition of 4-(methyl-
       nitrosamino)-1-(3-pyridyl)-1-butanone tumorigenicity in mouse lung by the synthetic organoselenium
       compound, 1,4-phenylenebis(methylene)selenocyanate.  *Carcinogenesis*, **14**: 1111-1113, 1993.

234.   Carmella, S.G., Akerkar, S., and Hecht, S.S.  Metabolites of the tobacco-specific nitrosamine
       4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in smokers' urine.  *Cancer Res.*, **53**: 721-724, 1993.

235.  Alworth, W.L., Young-Sciame, R., and Hecht, S.S.  Inhibition of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone mouse lung tumorigenesis by arylalkynes, mechanism-based inactivators of cytochrome P450.  *Carcinogenesis*, **14**: 1711-1713, 1993.

236.  Swenson, D.H., El-Bayoumy, K., Shiue, G.-H., Hecht, S.S., Fiala, E., Kadlubar, F.F., and Freeman, J.P.  Synthesis of N-(purin-8-yl)-arylamines.  *Chem. Res. Toxicol.*, **6**: 480-485, 1993.

237.  El-Bayoumy, K., Johnson, B., Partian, S., Upadhyaya, P., and Hecht, S.S.  In vivo binding of 1-nitropyrene to albumin in the rat.  *Carcinogenesis*, **15**: 119-123, 1994.

238.  Balasta, L., Xu, R., Geacintov, N.E., Swenberg, C.E., Amin, S., and Hecht, S.S.  Unwinding and hydrodynamic flow linear dichroism characteristics of supercoiled DNA covalently modified with two isomeric methylchrysene diol epoxides of different biological activities.  *Chem. Res. Toxicol.*, **6**: 616-624, 1993.

239.  Hecht, S.S., Carmella, S.G., Murphy, S.E., Akerkar, S., Brunnemann, K.D., and Hoffmann, D.  A tobacco-specific lung carcinogen in the urine of men exposed to cigarette smoke.  *New Engl. J. Med.*, **329**: 1543-1546, 1993.

240.  Amin, S., Desai, D., and Hecht, S.S.  A study of chemical carcinogenesis, 148. Tumor initiating activity on mouse skin of bay region diol-epoxides of 5,6-dimethylchrysene and benzo[c]phenanthrene.  *Carcinogenesis*, **14**: 2033-2037, 1993.

241.  Ronai, Z., Gradia, S., Peterson, L.A., and Hecht, S.S.  A study of chemical carcinogenesis, 149. G to A transitions and G to T transversions in codon 12 of the Ki-*ras* oncogene isolated from mouse lung tumors induced by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) and related DNA methylating and pyridyloxobutylating agents.  *Carcinogenesis*, **14**: 2419-2422, 1993.

242.  El-Bayoumy, K., Rivenson, A., Upadhyaya, P., Chae, Y.-H., and Hecht, S.S.  Induction of mammary cancer by 6-nitrochrysene in female CD rats.  *Cancer Res.*, **53**: 3719-3722, 1993.

243.  Trushin, N., Rivenson, A., and Hecht, S.S.  A study of chemical carcinogenesis, 150. Evidence supporting the role of DNA pyridyloxobutylation in rat nasal carcinogenesis by tobacco specific nitrosamines.  *Cancer Res.*, **54**: 1205-1211, 1994.

244.  Lin, J.-M., Amin, S., Trushin, N., and Hecht, S.S.  Effects of isothiocyanates on tumorigenesis by benzo[*a*]pyrene in murine tumor models.  *Cancer Lett.*, **74**: 151-159, 1993.

245.  Krzeminski, J., Lin, J.-M., Amin, S., and Hecht, S.S.  A study of chemical carcinogenesis, 151. Synthesis of fjord region diol epoxides as potential ultimate carcinogens of dibenzo[a,l]pyrene. *Chem. Res. Toxicol.*, **7**: 125-129, 1994.

246.  Hecht, S.S., El-Bayoumy, K., Rivenson, A., and Amin, S.  A study of chemical carcinogenesis, 152. Potent mammary carcinogenicity in female CD rats of a fjord region diol epoxide of benzo[*c*]phenanthrene compared to a bay region diol epoxide of benzo[*a*]pyrene.  *Cancer Res.*, **54**: 21-24, 1994.

247.  Chung, F.-L., Hecht, S.S., Eklind, K., and Morse, M.A.  Method of inhibiting lung tumors, arylalkyl isothiocyanates, and method of synthesizing same. U.S. Patent 5,231,209, 1993.

248.  Young-Sciame, R., Wang, M., Chung, F.-L., and Hecht, S.S.  A study of chemical carcinogenesis, 153. Reactions of α-acetoxy-*N*-nitrosopyrrolidine and α-acetoxy-*N*-nitrosopiperidine with deoxyguanosine: formation of $N^2$-tetrahydrofuranyl or $N^2$-tetrahydropyranyl adducts.  *Chem. Res. Toxicol.*, **8**: 607-616, 1995.

249. Wang, M., Young-Sciame, R., Chung, F.-L., and Hecht, S.S.  A study of chemical carcinogenesis, 154. Formation of $N^2$-tetrahydrofuranyl and $N^2$-tetrahydropyranyl adducts in the reactions of α-acetoxy-N-nitrosopyrrolidine and α-acetoxy-N-nitrosopiperidine with DNA.  *Chem. Res. Toxicol.*, **8**: 617-624, 1995.

250. Peterson, L. A., Ng, D. K., Stearns, R. A., and Hecht, S. S.  A study of chemical carcinogenesis, 155. Formation of NADP(H) analogs of tobacco-specific nitrosamines in rat liver and pancreatic microsomes.  *Chem. Res. Toxicol.*, **7**: 599-608, 1994.

251. Ronai, Z.A., Gradia, S., El-Bayoumy, K., Amin, S., and Hecht, S.S.  A study of chemical carcinogenesis, 156. Constrasting incidence of *ras* mutations in rat mammary and mouse skin tumors induced by *anti*-benzo[*c*]phenanthrene-3,4-diol-1,2-epoxide.  *Carcinogenesis*, **15**: 2113-2116, 1994.

252. El-Bayoumy, K., Chae, Y.-H., Upadhyaya, P., Rivenson, A., Kurtzke, C., Reddy, B., and Hecht, S.S.  Comparative tumorigenicity of benzo[a]pyrene, 1-nitropyrene, and 2-amino-1-methyl-6-phenylimid-azo[4,5-b]pyridine administered by gavage to female CD rats.  *Carcinogenesis*, **16**: 431-434, 1995.

253. Hecht, S.S., Isaacs, S., and Trushin, N.  Lung tumor induction in A/J mice by the tobacco smoke carcinogens 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and benzo[*a*]pyrene: a potentially useful model for evaluation of chemopreventive agents.  *Carcinogenesis*, **15**: 2721-2725, 1994.

254. Page, J.E., Szeliga, J., Amin, S., Hecht, S.S., and Dipple, A.  Mutational spectra for 5,6-dimethyl-chrysene 1,2-dihydrodiol 3,4-epoxides in the supF gene of pSP189.  *Chem. Res. Toxicol.*, **8**: 143-147, 1995.

255. Ronai, Z., Polotskaya, A., Gradia, S., El-Bayoumy, K., Amin, S., and Hecht, S.S.  Expression of a 32 KDa protein in rat mammary tumors induced by *anti*-benzo[*c*]phenanthrene-3,4-diol-1,2-epoxide. *Int. J. Cancer*, **67**: 124-128, 1996.

256. Carmella, S.G., Akerkar, S.A., Richie, J.P., Jr., and Hecht, S.S.  Intraindividual and interindividual differences in metabolites of the tobacco-specific lung carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) in smokers' urine.  *Cancer Epidemiol., Biomarkers & Prev.*, **4**: 635-642, 1995.

257. Hecht, S.S., Amin, S., Lin, J.-M., Rivenson, A., Kurtzke, C., and El-Bayoumy, K.  A study of chemical carcinogenesis, 157. Mammary carcinogenicity in female CD rats of a diol epoxide metabolite of fluoranthene, a commonly occurring environmental pollutant.  *Carcinogenesis*, **16**: 1433-1435, 1995.

258. Amin, S., Krzeminski, J., Rivenson, A., Kurtzke, C., Hecht, S.S., and El-Bayoumy, K.  A study of chemical carcinogenesis, 158.  Mammary carcinogenicity in female CD rats of fjord region diol epoxides of benzo[*c*]phenanthrene, benzo[*g*]chrysene, and dibenzo[*a,l*]pyrene.  *Carcinogenesis*, **16**: 1971-1974, 1995.

259. Chen, W., Weisburger, J.H., Fiala, E.S., Spratt, T.E., Carmella, S.G., Chen, D., and Hecht, S.S.  Gastric carcinogenesis: 2-chloro-4-methylthiobutanoic acid, a novel mutagen in salted, pickled Sanma Hiraki fish or similarly treated methionine.  *Chem. Res. Toxicol.*, **9**: 58-66, 1996.

260. Amin, S., Desai, D., Dai, W., Harvey, R.G., and Hecht, S.S.  A study of chemical carcinogenesis, 159.  Tumorigenicity in newborn mice of fjord region and other sterically hindered diol epoxides of benzo[*g*]chrysene, dibenzo[*a,l*]pyrene (dibenzo[*def,p*]chrysene), 4H-cyclopenta[*def*]chrysene, and fluoranthene.  *Carcinogenesis*, **16**: 2813-2817, 1995.

261. Hecht, S.S., Chung, F.-L., Richie Jr, J.P., Akerkar, S.A., Borukhova, A., Skowronski, L., and Carmella, S.G.  Effects of watercress consumption on metabolism of a tobacco-specific lung carcinogen in smokers.  *Cancer Epidemiol., Biomarkers & Prev*, **4**: 877-884, 1995.

262. Chen, L.-J., Hecht, S.S., and Peterson, L.A. Identification of *cis*-2-butene-1,4-dial as a microsomal metabolite of furan. *Chem. Res. Toxicol.*, **8**: 903-906, 1995.

263. Staretz, M.E. and Hecht, S.S. Effects of phenethyl isothiocyanate on the tissue distribution of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and metabolites in F344 rats. *Cancer Res.*, **55**: 5580-5588, 1995.

264. Koehl, W., Amin, S., Staretz, M.E., Ueng, Y.-F., Yamazaki, H., Tateishi, T., Guengerich, F.P., and Hecht, S.S. Metabolism of 5-methylchrysene and 6-methylchrysene by human hepatic and pulmonary cytochrome P450 enzymes. *Cancer Res.*, **56**: 316-324, 1996.

265. Melikian, A.A., Sun, P., Coleman, S., Amin, S., and Hecht, S.S. Detection of DNA and globin adducts of polynuclear aromatic hydrocarbon diol epoxides by gas chromatography-mass spectrometry and [³H]CH₃I postlabelling of released tetraols. *Chem. Res. Toxicol.*, **9**: 508-516, 1996.

266. Richie, J.P., Carmella, S.G., Muscat, J.E., Scott, D.G., Akerkar, S.A., and Hecht, S.S. Differences in the urinary metabolites of the tobacco-specific lung carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in black and white smokers. *Cancer Epidemiol., Biomarkers & Prev.*, **6**: 783-790, 1997.

267. Kresty, L.A., Carmella, S.G., Borukhova, A., Akerkar, S.A., Gopalakrishnan, R., Harris, R.E., Stoner, G.D., and Hecht, S.S. Metabolites of a tobacco-specific nitrosamine, 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK), in the urine of smokeless tobacco users: relationship of urinary biomarkers and oral leukoplakia. *Cancer Epidemiol., Biomarkers & Prev.*, **5**:521-525, 1996.

268. Shimada, T., Hayse, C.L., Yamazaki, H., Amin, S., Hecht, S.S., Guengerich, F.P., and Sutter, T.R. Activation of chemically diverse procarcinogens by human cytochrome P450 1B1. *Cancer Res.*, **56**: 2979-2984, 1996.

269. Liu, Z., Young-Sciame, R., and Hecht, S.S. A study of chemical carcinogenesis, 160. Liquid chromatography-electrospray ionization mass spectrometric detection of an ethenodeoxyguanosine adduct and its hemiaminal precursors in DNA reacted with α-acetoxy-*N*-nitrosopiperidine and *cis*-4-oxo-2-pentenal. *Chem. Res. Toxicol.*, **9**: 774-780, 1996.

270. El-Bayoumy, K., Ji, B.-Y., Upadhyaya, P., Chae, Y.-H., Kurtzke, C., Rivenson, A., Reddy, B.S., Amin, S., and Hecht, S.S. Lack of tumorigenicity of cholesterol epoxides and estrone-3,4-quinone in the rat mammary gland. *Cancer Res.*, **56**: 1970-1973, 1996.

271. Hecht, S.S., Rivenson, A., Amin, S., Krzeminski, J., El-Bayoumy, K., Reddy, B.S., Kurtzke, C., and LaVoie, E.J. Mammary carcinogenicity in female CD rats of diol epoxide metabolites of benzo[*j*]fluoranthene. *Cancer Lett.*, **106**: 251-255, 1996.

272. Hecht, S.S., Trushin, N., Rigotty, J., Carmella, S.G., Borukhova, A., Akerkar, S.A., and Rivenson, A. Complete inhibition of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone induced rat lung tumorigenesis and favorable modification of biomarkers by phenethyl isothiocyanate. *Cancer Epidemiol., Biomarkers & Prev.*, **5**: 645-652, 1996.

273. Hecht, S.S., Trushin, N., Rigotty, J., Carmella, S.G., Borukhova, A., Akerkar, S.A., Desai, D., Amin, S., and Rivenson, A. Inhibitory effects of 6-phenylhexyl isothiocyanate on 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone metabolic activation and lung tumorigenesis in rats. *Carcinogenesis*, **17**: 2061-2067, 1996.

274. Staretz, M.E., Murphy, S.E., Nunes, M.G., Koehl, W., Amin, S., Koenig, L., Guengerich, F.P., and Hecht, S.S. Comparative metabolism of the tobacco smoke carcinogens benzo[*a*]pyrene, 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone, 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol, and N′-nitrosonornicotine in human hepatic microsomes. *Drug Metab. Disp.*, **25**: 154-162 , 1997.

275.  Carmella, S., Borukhova, A., Desai, D., and Hecht, S.S. Evidence for endogenous formation of tobacco-specific nitrosamines from nicotine and other tobacco alkaloids in rats. *Carcinogenesis*, **18**: 587-592, 1997.

276.  Staretz, M.E., Foiles, P.G., Miglietta, L.M., and Hecht, S.S.  Evidence for an important role of DNA pyridyloxobutylation in rat lung carcinogensis by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone: effects of dose and phenethyl isothiocyanate.  *Cancer Res*., **57**: 259-266, 1997.

277.  Carmella, S.G., Borukhova, A., Akerkar, S.A., and Hecht, S.S.  Analysis of human urine for pyridine-*N*-oxide metabolites of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone, a tobacco-specific lung carcinogen.  *Cancer Epidemiol., Biomarkers & Prev.*, **6**: 113-120, 1997.

278.  Wang, M. and Hecht, S.S.  A cyclic N[7], C-8 guanine adduct of *N*-nitrosopyrrolidine (NPYR): formation in nucleic acids and excretion in the urine of NPYR rats.  *Chem. Res. Toxicol*., **10**: 772-778, 1997.

279.  Wang, L.,  Spratt, T.E., Liu, X-K, Hecht, S.S., Pegg, A.E., and Peterson, L.A.  Pyridyloxobutyl adduct O[6]-[4-oxo-4-(3-pyridyl)butyl]guanine is present in 4-(acetoxymethylnitrosamino)-1-(3-pyridyl)-1-butanone-treated DNA and is a substrate for O[6]-alkylguanine-DNA alkyltransferase. *Chem. Res. Toxicol*., **10**: 562-567, 1997.

280.  Melikian, A.A., Sun, P., Pierpont, C., Coleman, S., and Hecht, S.S.  Gas chromatography-mass spectrometric determination of benzo[*a*]pyrene and chrysene diol epoxide globin adducts in humans. *Cancer Epidemiol. Biomarkers & Prev*., **6**: 833-839, 1997.

281.  Staretz, M.E., Koenig, L.A., and Hecht, S.S.  Effects of long term dietary phenethyl isothiocyanate on the microsomal metabolism of  4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol in F-344 rats.  *Carcinogenesis*, **18**: 1715-1722, 1997.

282.  Taioli, E., Garbers, S., Bradlow, H.L., Carmella, S.G., Akerkar, S., and Hecht, S.S.  Effects of indole-3-carbinol on the metabolism of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) in smokers. *Cancer Epidemiol. Biomarkers &  Prev*., **6**:  517-522, 1997.

283.  Chen, L.-J., Hecht, S.S., and Peterson, L.A.  Characterization of amino acid and glutathione adducts of *cis*-2-butene-1,4-dial, a reactive metabolite of furan.  *Chem. Res. Toxicol*., **10**: 866-874, 1997.

284.  Gurney, J.G., Pogoda, J.M., Holly, E.A., Hecht, S.S., and Preston-Martin, S.  Aspartame comsumption in relation to childhood brain tumor risk:  results from a case-control study.  *J. Natl. Cancer Inst.,* **89**: 1072-1074, 1997.

285.  Hecht, S.S., Spratt, T.E., and Trushin, N.  Absolute configuration of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL) formed metabolically from 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK).  *Carcinogenesis*, **18**: 1851-1854, 1997.

286.  Huang, C., Ma, W-Y., Hecht, S.S., and Dong, Z.  Inositol hexaphosphate inhibits cell transformation and activator protein-1 activation by targeting phosphatidylinositol-3' kinase.  *Cancer Res*., **57**: 2873-2878, 1997.

287.  Hecht, S.S., Ronai, Z.A., Dolan, L., Desai, D., and Amin, S.  Comparative mouse skin tumorigenicity and induction of Ha-*ras* mutations by bay region diol epoxides of 5-methylchrysene and 5,6-dimethylchrysene.  *Carcinogenesis*, **19**: 157-160, 1998.

288.  Parsons, W.D., Carmella, S.G., Akerkar, S., Bonilla, L.E., Hecht, S.S. A metabolite of the tobacco-specific lung carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in the urine of hospital workers exposed to environmental tobacco smoke.  *Cancer Epidemiol, Biomarkers & Prev*., **7**: 257-260, 1998.

289.  Hecht, S.S.  Biochemistry, biology, and carcinogenicity of tobacco-specific *N*-nitrosamines.  *Chem. Res. Toxicol*., **11**:  559-603, 1998.

290.  Stoner, G.D., Adams, C., Kresty, L.A., Hecht, S.S., Murphy, S.E., and Morse, M.A.  Inhibition of *N*-nitrosonornicotine-induced esophageal tumorigenesis by 3-phenylpropyl isothiocyanate. *Carcinogenesis*, **19**, 2139-2143, 1998.

291.  Jyonouchi, H., Sun, S., Iijima, K., Wang, M., and Hecht, S.S.  Effects of *anti*-7,8-dihydroxy-9,10-epoxy-7,8,9,10-tetrahydrobenzo[*a*]pyrene on human small airway epithelial cells and the protective effects of *myo*-inositol.  *Carcinogenesis*, **20**: 139-145, 1999.

292.  Huang, C., Ma, W., Li, J., Hecht, S.S., and Dong, Z.  Essential role of *p53* in phenethyl isothiocyanate (PEITC)-induced apoptosis.  *Cancer Res.*, **58**: 4102-4106, 1998.

293.  Wang, M., Upadhyaya, P., Dinh, T.T., Bonilla, L.E., and Hecht, S. S.  Lactols in hydrolysates of DNA reacted with α-acetoxy-*N*-nitrosopyrrolidine and crotonaldehyde.  *Chem. Res. Toxicol.*, **11**: 1567-1573, 1998.

294.  Hecht, S.S., Kenney, P.M.J., Wang, M., Trushin, N., Agarwal, S., Rao, A.V., and Upadhyaya, P.  Evaluation of butylated hydroxyanisole, *myo*-inositol, curcumin, esculetin, resveratrol, and lycopene as inhibitors of benzo[*a*]pyrene plus 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone-induced lung tumorigenesis in A/J mice.  *Cancer Lett.*, **137**: 123-130, 1999.

295.  Lackmann, G.M., Salzberger, U., Töllner, U., Chen, M., Carmella, S.G., and Hecht, S.S.  Metabolites of a tobacco-specific carcinogen in the urine of newborns.  *J. Natl. Cancer Inst.*, **91**: 459-465, 1999.

296.  Lin, J-M., Desai, D., Chung, L., Hecht, S.S., and Amin, S.  Synthesis of *anti*-7,8-dihydroxy-9,10-epoxy-7,8,9,10-tetrahydro-11-methylbenzo[*a*]pyrene and its reaction with DNA.  *Chem. Res. Toxicol.*, **12**: 341-346, 1999.

297.  Hecht, S.S., Carmella, S.G., Chen, M., Koch, J. F. D., Miller, A.T., Murphy, S.E., Jensen, J.A., Zimmerman, C.L., and Hatsukami, D.K.  Quantitation of urinary metabolites of a tobacco-specific lung carcinogen after smoking cessation.  *Cancer Res.*, **59**: 590-596, 1999.

298.  Trushin, N., and Hecht, S. S.  Stereoselective metabolism of nicotine and tobacco-specific *N*-nitrosamines to 4-hydroxy-4-(3-pyridyl)butanoic acid in rats. *Chem. Res. Toxicol.*, **12**: 164-171, 1999.

299.  Hecht, S. S., Hatsukami, D. K., Bonilla, L. E., and Hochalter, J. B. Quantitation of 4-oxo-4-(3-pyridyl)butanoic acid and enantiomers of 4-hydroxy-4-(3-pyridyl)butanoic acid in human urine: a substantial pathway of nicotine metabolism.  *Chem. Res. Toxicol*, **12**: 172-179, 1999.

300.  Hecht, S. S.  Tobacco smoke carcinogens and lung cancer.  *J. Natl. Cancer Inst.*, **91**: 1194-1210, 1999.

301.  Upadhyaya, P., Kenney, P.M.J., Hochalter, J. B., Wang, M., and Hecht, S. S.  Tumorigenicity and metabolism of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL) enantiomers and metabolites in the A/J mouse.  *Carcinogenesis*, **20**: 1577-1582, 1999.

302.  Carmella, S.G., Ye, M., Upadhyaya, P., and Hecht, S. S.  Stereochemistry of metabolites of a tobacco specific lung carcinogen in smokers' urine.  *Cancer Res.*, **59**: 3602-3605, 1999.

303.  Hecht, S.S., Carmella, S.G., and Murphy, S.E.  Effects of watercress consumption on urinary metabolites of nicotine in smokers.  *Cancer Epidemiol. Biomarkers & Prev.*, **8**: 907-913, 1999.

304.  Hecht, S.S., Trushin, N., Chhabra, S.K., Anderson, L.M., and Nerurkar, P.V.  Metabolism of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) by cultured monkey lung explants.  *Drug Metab. Disp.*, **28**: 5-9, 2000.

305.  Murphy, S.E., Johnson, L.M., Losey, L.M., Carmella, S.G., and Hecht, S.S. Consumption of watercress fails to alter coumarin metabolism in humans. *Drug Metab. Disp.*, **29**: 786-788, 2001.

306.  Hecht, S.S., Kenney, P.M.J., Wang, W., Trushin, N., and Upadhyaya, P.  Effects of phenethyl isothiocyanate and benzyl isothiocyanate, individually and in combination, on lung tumorigenesis induced in A/J mice by benzo[*a*]pyrene and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone. *Cancer Lett.*, **150**: 49-56, 2000

307.  Milunsky, A., Carmella, S.G., Ye, M., and Hecht, S.S.  A tobacco-specific carcinogen in the fetus. *Prenat. Diagn.*, **20**: 307-310, 2000.

308.  McIntee, E.J. and Hecht, S.S. Metabolism of *N*-nitrosonornicotine enantiomers by cultured rat esophagus and *in vivo* in rats. *Chem. Res. Toxicol.*, **13**: 192-199, 2000 .

309.  Carmella, S.G., McIntee, E.J., Chen, M., and Hecht, S.S. Enantiomeric composition of *N*-nitrosonornicotine and *N*-nitrosoanatabine in tobacco. *Carcinogenesis,* **21**:  839-843, 2000.

310.  Upadhyaya, P., Carmella, S.G., Guengerich, F.P., and Hecht, S.S. Formation and metabolism of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol enantiomers *in vitro* in mouse, rat, and human tissues. *Carcinogenesis,* **21**: 1233-1238, 2000.

311.  Simpson, C.D., Wu, M.-T., Christiani, D.C., Santella, R.M., Carmella, S.G., and Hecht, S.S. Determination of *r*-7,*t*-8,9,*c*-10-tetrahydroxy-7,8,9,10-tetrahydrobenzo[*a*]pyrene in human urine by gas chromatography-negative ion chemical ionization-mass spectrometry. *Chem. Res. Toxicol.*, **13**: 271-280, 2000.

312.  Sticha, K.R.K., Staretz, M.E., Wang, M., Liang, H., Kenney, P.M.J., and Hecht, S.S.  Effects of benzyl isothiocyanate and phenethyl isothiocyanate on benzo[*a*]pyrene metabolism and DNA adduct formation in the A/J mouse.  *Carcinogenesis*, **21**: 1711-1719, 2000.

313.  Wang, M., McIntee, E.J., Cheng, G., Shi, Y., Villalta, P.W., and Hecht, S.S.  Identification of paraldol-deoxyguanosine adducts in DNA reacted with crotonaldehyde.  *Chem. Res. Toxicol.* **13**:1065-1074, 2000.

314.  Liebes, L., Conaway, C. C., Hochster, H., Mendoza, S., Hecht, S. S., Crowell, J., and Chung, F-L.  High-performance liquid chromatography-based determination of total isothiocyanate levels in human plasma:  Application to studies with 2-phenethyl isothiocyanate.  *Anal. Biochem.,* **291**: 279-289, 2001.

315.  Hecht, S.S., Hochalter, J.B., Villalta, P.W., and Murphy, S.E.  2'-Hydroxylation of nicotine by cytochrome P450 2A6 and human liver microsomes:  formation of a lung carcinogen precursor.  *Proc. Natl. Acad. Sci. USA*, **97**: 12493-12497, 2000. PMCID: PMC18791.

316.  Anderson, K.E., Carmella, S.G., Ye, M., Bliss, R.L., Le, C., Murphy, L., and Hecht, S.S.  Metabolites of a tobacco-specific lung carcinogen in nonsmoking women exposed to environmental tobacco smoke.  *J. Natl Cancer Inst.*, **93**: 378-381, 2001.

317.  Wang, M., McIntee, E.J., Cheng, G., Shi, Y., Villalta, P.W., and Hecht, S.S.  Identification of DNA adducts of acetaldehyde. *Chem. Res. Toxicol.*, **14**: 1149-1157, 2000.

318.  Hecht, S.S., Kenney, P.M.J., Wang, M., and Upadhyaya, P.  Dose-response study of *myo*-inositol as an inhibitor of lung tumorigenesis induced in A/J mice by benzo[*a*]pyrene and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone. *Cancer Lett.*, **167**: 1-6, 2001.

319.  Wang, M., McIntee, E.J., Cheng, G., Shi, Y., Villalta, P.W., and Hecht, S.S.  A Schiff base is a major DNA adduct of crotonaldehyde.  *Chem. Res. Toxicol.*, **14**: 423-430, 2001.

320.  Upadhyaya, P., McIntee, E.J., and Hecht, S.S.  Preparation of pyridine-*N*-glucuronides of tobacco-specific nitrosamines. *Chem. Res. Toxicol.*, **14**: 555-561, 2001.

321.  Baum, M., Amin, S., Guengerich, F.P., Hecht, S.S., Köhl, W., and Eisenbrand, G.  Metabolic activation of benzo[*c*]phenanthrene by cytochrome P450 enzymes in human liver and lung. *Chem. Res. Toxicol.*, **14**: 686-693, 2001.

322.    Wang, M., McIntee, E.J., Cheng, G., Shi, Y., Villalta, P.W., and Hecht, S.S.  Reactions of 2,6-dimethyl-1,3-dioxane-4-ol (aldoxane) with deoxyguanosine and DNA.  *Chem. Res. Toxicol.*, **14**:1025-1032, 2001.

323.    Leslie, E.M., Ito, K., Upadhyaya, P., Hecht, S.S., Deeley, R.G., and Cole, S.P.C.  Transport of the β-*O*-glucuronide conjugate of the tobacco-specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL) by the multidrug resistance protein 1 (MRP1/ABCC1): requirement for glutathione or a non-sulfur containing analog.  *J. Biol. Chem.*, **276**: 27846-27854, 2001.

324.    Hecht, S.S., Ye, M., Carmella, S.G., Fredrickson, A., Adgate, J.L., Greaves, I.A., Church, T.R., and Sexton, K.  Metabolites of a tobacco-specific lung carcinogen in the urine of elementary school-aged children.  *Cancer Epidemiol. Biomarkers & Prev.*, **10**: 1109-1116, 2001.

325.    Sticha, K.R.K., Kenney, P.M.J., Boysen, G., Liang, H., Su, X., Wang, M., Upadhyaya, P., and Hecht, S.S.  Effects of benzyl isothiocyanate and phenethyl isothiocyanate on DNA adduct formation by a mixture of benzo[*a*]pyrene and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in A/J mouse lung.  *Carcinogenesis*, **23**: 1433-1439, 2002.

326.    Wang, M., McIntee, E.J., Shi, Y., Cheng, G., Upadhyaya, P., Villalta, P.W., and Hecht, S.S.  Reactions of α-acetoxy-*N*-nitrosopyrrolidine with deoxyguanosine and DNA.  *Chem. Res. Toxicol.*, **14**: 1435-1445, 2001.

327.    Wu, M., Simpson, C.D., Christiani, D.C., and Hecht, S.S.  Relationship of exposure to coke-oven emissions and urinary metabolites of benzo[*a*]pyrene and pyrene in coke-oven workers.  *Cancer Epidemiol. Biomarkers & Prev.*, **11**: 311-314, 2002.

328.    Hecht, S.S., Carmella, S.G., Ye, M., Le, K., Jensen, J.A., Zimmerman, C.L., and Hatsukami, D.K.  Quantitation of metabolites of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone after cessation of smokeless tobacco use.  *Cancer Res.*, **62**: 129-134, 2002.

329.    Matthews, S.J., Hecht, S.S., Picton, H.M., Ye, M., Carmella, S.G., Shires, S., Wild, C.P., and Hay, A.W.M.  No association between smoking and the presence of tobacco-specific nitrosamine metabolites in ovarian follicular fluid.  *Cancer Epidemiol. Biomarkers & Prev.*, **11**: 321-322, 2002.

330.    Carmella, S.G., Le, K., Upadhyaya, P., and Hecht, S.S.  Analysis of *N*- and *O*-glucuronides of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL) in human urine.  *Chem. Res. Toxicol.*, **15**: 545-550, 2002.

331.    Stepanov, I., Carmella, S.G., Hecht, S.S., and Duca, G.  Analysis of tobacco-specific nitrosamines in Moldovan cigarette tobacco.  *J. Agric. Food. Chem.*, **50**: 2793-2797, 2002.

332.    Hatsukami, D.K., Edmonds, A., Schulte, S., Jensen, J., Le, C., Losey, L., Carmella, S.G., and Hecht, S.S.  Preliminary study on reducing oral moist snuff use.  *Drug and Alcohol Dependence*, **21**: 215-20, 2003.

333.    Gurney, J.G., Chen, M., Skluzacek, M.C., Kasum, C.M., Carmella, S.G., and Hecht, S.S.  Null association between frequency of cured meat consumption and methylvaline and ethylvaline hemoglobin adduct levels: the *N*-nitroso brain cancer hypothesis.  *Cancer Epidemiol. Biomarkers & Prev.,* **11**: 421-422, 2002.

334.    Wu, Z., Upadhyaya, P., Carmella, S.G., Hecht, S.S., and Zimmerman, C.L.  Disposition of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL) in bile duct-cannulated rats: Stereoselective metabolism and tissue distribution.  *Carcinogenesis,* **23**: 171-179, 2002.

335.    Hecht, S.S.  Human urinary carcinogen metabolites: biomarkers for investigating tobacco and cancer.  *Carcinogenesis*, **23**: 907-922, 2002.

336.   Hecht, S.S., Kenney, P.M.J., Upadhyaya, P., Bliss, R.L., and Wang, M. Inhibition of lung tumorigenesis in A/J mice by *N*-acetyl-*S*-(*N*-2-phenethylthiocarbamoyl)-L-cysteine and *myo*-inositiol, individually and in combination. *Carcinogenesis*, **23**: 1455-1461, 2002

337.   Upadhyaya, P., Zimmerman, C.L., and Hecht, S.S. Metabolism and pharmacokinetics of *N'*-nitrosonornicotine in the patas monkey. *Drug Metab.Disp*., **30**: 1115-1122, 2002.

338.   Hecht, S.S., Kenney, P.M.J., Wang, M., Upadhyaya, P. Benzyl isothiocyanate: an effective inhibitor of polycyclic aromatic hydrocarbon tumorigenesis in A/J mouse lung. *Cancer Lett.*, **187**: 87-94, 2002.

339.   Wong, H.L., Murphy, S.E., Wang, M., and Hecht, S.S. Comparative metabolism of *N*-nitrosopiperidine and *N*-nitrosopyrrolidine by rat liver and esophageal microsomes and cytochrome P450 2A3. *Carcinogenesis*, **24**: 291-300, 2003.

340.   Jalas, J.R., McIntee, E.J., Kenney, P.M.J., Upadhyaya, P., and Hecht, S.S. Stereospecific deuterium substitution attenuates the tumorigenicity and metabolism of the tobacco-specific nitrosamine 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK). *Chem. Res. Toxicol*., **16**: 794-806, 2003.

341.   Jalas, J.R. and Hecht, S.S. Synthesis of stereospecifically deuterated 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL) diastereomers and metabolism by A/J mouse lung microsomes and cytochrome P450 2A5. *Chem. Res. Toxicol*., **16**: 782-793, 2003.

342.   Carmella, S.G., Chen, M., Villalta, P.W., Gurney, J.G., Hatsukami, D.K., and Hecht, S.S. Ethylation and methylation of hemoglobin in smokers and non-smokers. *Carcinogenesis*, **23**: 1903-1910, 2002.

343.   Boysen, G. and Hecht, S.S. Analysis of DNA and protein adducts of benzo[*a*]pyrene in human tissues using structure-specific methods. *Mutation Res*., **543**: 17-30, 2003.

344.   Boysen, G, Kenney, P.M.J., Upadhyaya, P., Wang, M. and Hecht, S.S. Effects of benzyl isothiocyanate and 2-phenethyl isothiocyanate on benzo[*a*]pyrene and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone metabolism in F-344 rats. *Carcinogenesis*, **24**: 517-525, 2003.

345.   Cheng, G., Shi, Y., Sturla, S.J., Jalas, J.R., McIntee, E.J., Villalta, P.W., Wang, M. and Hecht, S.S. Reactions of formaldehyde plus acetaldehyde with deoxyguanosine and DNA: formation of cyclic deoxyguanosine adducts and formaldehyde cross-links. *Chem. Res. Toxicol*., **16**: 145-152, 2003.

346.   Upadhyaya, P., Sturla, S.J., Tretyakova, N., Ziegel, R., Villalta, P.W., Wang, M. and Hecht, S.S. Identification of adducts produced by the reaction of 4-(acetoxymethynitrosamino)-1-(3-pyridyl)-1-butanol with deoxyguanosine and DNA. *Chem. Res. Toxicol*., **16**: 180-190, 2003.

347.   Wang, M., Cheng, G., Sturla, S.J., Shi, Y., McIntee, E.J., Villalta, P.W., Upadhyaya, P., and Hecht, S.S. Identification of adducts formed by pyridyloxobutylation of deoxyguanosine and DNA by 4-(acetoxymethylnitrosamino)-1-(3-pyridyl)-1-butanone, a chemically activated form of tobacco-specific carcinogens. *Chem. Res. Toxicol*., **16**: 616-626, 2003.

348.   Sexton, K., Adgate, J.L., Church, T.R., Hecht, S.S., Ramachandran, G., Greaves, I.A., Fredrickson, A.L., Ryan, A.D., Carmella, S.G., and Geisser, M.S. Children's exposure to environmental tobacco smoke: using diverse exposure metrics to document ethnic/racial differences. *Environ. Health Perspect.*, **112**: 392-397, 2004. PMCID: PMC1241873.

349.   Anderson, K.E., Kliris, J., Murphy, L., Carmella, S.G., Han, S., Link, C., Bliss, R.L., Murphy, S.E., and Hecht, S.S. Metabolites of a tobacco-specific lung carcinogen in nonsmoking casino patrons. *Cancer Epidemiol. Biomarkers & Prev.*, **12**: 1544-1546, 2003.

350.   Wong, H.L., Murphy, S.E., and Hecht, S.S. Preferential metabolic activation of *N*-nitrosopiperidine compared to its structural homolog *N*-nitrosopyrrolidine by rat nasal microsomes. *Chem. Res. Toxicol.*, **16**: 1298-1305, 2003.

351.   Hecht, S.S., Murphy, S.E., Carmella, S.G., Zimmerman, C.L., Losey, L., Kramarczuk, I., Roe, M.R.,
       Puumala, S.S., Li, Y.S., Le, C., Jensen, J., and Hatsukami, D.  Effects of reduced cigarette smoking
       on uptake of a tobacco-specific lung carcinogen.  *J. Natl. Cancer Inst*., **96**: 107-115, 2004.

352.   Carmella, S.G., Han, S., Fristad, A., Yang, Y., and Hecht, S.S.  Analysis of total 4-
       (methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL) in human urine.  *Cancer Epidemiol.
       Biomarkers & Prev*., **12**: 1257-1261, 2003.

353.   Hecht, S.S., Chen, M., Yagi, H., Jerina, D.M., and Carmella, S.G.  *r*-1,*t*-2,3,*c*-4-Tetrahydroxy-1,2,3,4-
       tetrahydrophenanthrene in human urine: a potential biomarker for assessing polycyclic aromatic
       hydrocarbon metabolic activation. *Cancer Epidemiol. Biomarkers & Prev*., **12**: 1501-1508, 2003.

354.   Zimmerman, C.L., Wu, Z., Upadhyaya, P., and Hecht, S.S.  Stereoselective metabolism and tissue
       retention in rats of the individual enantiomers of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol
       (NNAL), metabolites of the tobacco-specific nitrosamine, 4-(methylnitrosamino)-1-(3-pyridyl)-1-
       butanone (NNK).  *Carcinogenesis*, **25**: 1237-1242, 2004.

355.   Hughes, J.R., Hecht, S.S., Carmella, S.G., Murphy, S.E., and Callas, P.  Smoking behavior and toxin
       exposure during six weeks use of a "less risky" cigarette - Omni.  *Tobacco Control*, **13**: 175-179,
       2004.

356.   Carmella, S.G., Le, K., and Hecht, S.S.  Improved method for determination of 1-hydroxypyrene in
       human urine.  *Cancer Epidemiol. Biomarkers & Prev.*,**13**:  1261-1264, 2004.

357.   Hatsukami, D.K., Lemmonds, C., Zhang Y., Murphy, S.E., Le, C., Carmella, S.G., and Hecht, S.S.
       Evaluation of carcinogen exposure in people who used "reduced exposure" tobacco products.  *J. Natl.
       Cancer Inst.,* **96**: 844-852, 2004.

358.   Hecht, S.S., Carmella, S.G., Le, K., Murphy, S.E., Li, Y.S., Le, C., Jensen, J., and Hatsukami, D.K.,
       Effects of reduced cigarette smoking on levels of 1-hydroxypyrene in urine.  *Cancer Epidemiol.
       Biomarkers & Prev*., **13**: 834-842, 2004.

359.   Hecht, S.S., Carmella, S.G., Kenney, P.M.J., Low, S-H., Arakawa, K., and Yu, M.C.  Effects of
       cruciferous vegetable consumption on urinary metabolites of the tobacco-specific lung carcinogen 4-
       (methylnitrosamino)-1-(3-pyridyl)-1-butanone in Singapore Chinese.  *Cancer Epidemiol. Biomarkers
       & Prev*., **13**: 997-1004, 2004.

360.   Lemmonds, C.A., Hecht, S.S., Jensen, J.A., Murphy, S.E., Carmella, S.G., Zhang, Y., and Hatsukami,
       D.K.  Smokeless tobacco topography and toxin exposure.  *Nicotine Tobacco Res*., **7**: 469-474, 2005.

361.   Hecht, S.S., Villalta, P.W., Sturla, S.J., Cheng, G., Yu, N., Upadhyaya, P., and Wang, M.
       Identification of $O^2$-substituted pyrimidine adducts formed in reactions of 4-
       (acetoxymethylnitrosamino)-1-(3-pyridyl)-1-butanone and 4-(acetoxymethylnitrosamino)-1-(3-
       pyridyl)-1-butanol with DNA.  *Chem. Res. Toxicol*., **17**: 588-597, 2004.

362.   Jalas, J.R., Seetharaman, M., Hecht, S.S., and Murphy, S.E.  Molecular modeling of cytochrome P450
       2A enzymes: application to metabolism of the tobacco-specific nitrosamine 4-(methylnitrosamino)-1-
       (3-pyridyl)-1-butanone (NNK).  *Xenobiotica*, **34**: 515-533, 2004.

363.   Murphy, S.E., Link, C.A., Jensen, J., Le, C., Puumala, S.S., Hecht, S.S., Carmella, S.G., Losey, L.,
       and Hatsukami, D.K.  A comparison of urinary biomarkers of tobacco and carcinogen exposure in
       smokers.  *Cancer Epidemiol. Biomarkers & Prev*., **13**: 1617-1623, 2004.

364.   Hecht, S.S., Murphy, S.E., Carmella, S.G., Li, S., Jensen, J., Le, C., Joseph, A.M., and Hatsukami,
       D.K.  Similar uptake of lung carcinogens by smokers of regular, light, and ultra-light cigarettes.
       *Cancer Epidemiol. Biomarkers & Prev.* **14**: 693-698, 2005

365.    Carmella, S.G., Chen, M., Yagi, H., Jerina, D.M., and Hecht, S.S.  Analysis of phenanthrols in human urine by gas chromatography-mass spectrometry: potential use in carcinogen metabolite phenotyping. *Cancer Epidemiol. Biomarkers & Prev.* **13**: 2167-2174, 2004

366.    Jalas, J.R., Hecht, S.S., and Murphy, S.E.  Cytochrome P450 enzymes as catalysts of metabolism of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone, a tobacco-specific carcinogen. *Chem. Res. Toxicol.*, **18**: 95-110, 2005

367.    Kim, J.Y., Hecht, S.S., Mukherjee, S., Carmella, S.G., Rodrigues, E.G., and Christiani, D.C.  A urinary metabolite of phenanthrene as a biomarker of polycyclic aromatic hydrocarbon metabolic activation in workers exposed to residual oil fly ash. *Cancer Epidemiol. Biomarkers & Prev.* **14**: 687-692, 2005

368.    Tulunay, O., Hecht, S.S., Carmella, S.G., Zhang, Y., Lemmonds, C., Murphy, S., and Hatsukami, D. Urinary metabolites of a tobacco-specific lung carcinogen in nonsmoking hospitality workers. *Cancer Epidemiol. Biomarkers & Prev.*, **14**: 1283-1286, 2005

369.    Kelley, M.J., Glaser, E.M., Herndon, J.E., II., Becker, F., Zhang, Y-J., Santella, R.M., Carmella, S.G., Hecht, S.S., Gallot, L., Schilder, L., Crowell, J.A., Perloff, M., Folz, R.J., and Bergan, R.C.  Safety and efficacy of weekly oral oltipraz in chronic smokers. *Cancer Epidemiol. Biomarkers & Prev.*, **14**: 892-899, 2005

370.    Stepanov, I., Hecht, S.S., Ramakrishnan, S., and Gupta, P.C.  Tobacco-specific nitrosamines in smokeless tobacco products marketed in India.  *International J. Cancer*, **116**: 16-19, 2005

371.    Wong, H.L., Murphy, S.E., and Hecht, S.S.  Cytochrome P450 2A-catalyzed metabolic activation of structurally similar carcinogenic nitrosamines: *N'*-nitrosonornicotine enantiomers, *N*-nitrosopiperidine, and *N*-nitrosopyrrolidine. *Chem. Res. Toxicol.*, **18**: 61-69, 2005

372.    Lao, Y. and Hecht, S.S.  Synthesis and properties of an acetaldehyde-derived oligonucleotide interstrand cross-link. *Chem. Res. Toxicol.*, **18**: 711-721, 2005

373.    Wong, H.L., Zhang, X., Zhang, Q-Y., Gu, J., Ding, X., Hecht, S.S., and Murphy, S.E.  Metabolic activation of the tobacco carcinogen 4-(methylnitrosamino)-(3-pyridyl)-1-butanone by cytochrome P450 2A13 in human fetal nasal microsomes. *Chem. Res. Toxicol.*, **18**: 913-918, 2005

374.    Stepanov, I. and Hecht, S.S.  Tobacco-specific nitrosamines and their pyridine-*N*-glucuronides in the urine of smokers and smokeless tobacco users. *Cancer Epidemiol. Biomarkers & Prev.*, **14**: 885-891, 2005

375.    Joseph, A.M., Hecht, S.S., Murphy, S.E., Carmella, S.G., Le, C.T., Zhang, Y., Han, S., and Hatsukami, D.K.  Relationships between cigarette consumption and biomarkers of tobacco toxin exposure. *Cancer Epidemiol. Biomarkers & Prev.*, **14**: 2963-2968, 2005

376.    Rosen, C.J., Fritz, V.A., Hecht, S.S., Gardner, G.M., Carmella, S.G, and Kenney, P.M.  Cabbage yield and glucosinolate concentrations as affected by nitrogen and sulfur fertility. *Hort. Science*, **40**: 1493-1498, 2005

377.    Stepanov, I., Jensen, J., Hatsukami, D., and Hecht, S.S. Tobacco-specific nitrosamines in new tobacco products. *Nicotine Tob. Res.*, **8**: 309-313, 2006

378.    Sturla, S.J., Scott, J., Lao, Y., Hecht, S.S., and Villalta, P.W.  Mass spectrometric analysis of relative levels of pyridyloxobutylation adducts formed in the reaction of DNA with a chemically activated form of the tobacco-specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone. *Chem. Res. Toxicol.* **18**: 1048-1055, 2005

379.   Conaway, C.C., Wang, C-X., Pittman, B., Yang, Y-M., Schwartz, J.E., Tian, D., McIntee, E.J., Hecht, S.S., and Chung, F-L.  Phenethyl isothiocyanate and sulforaphane and their *N*-acetylcysteine conjugates inhibit malignant progression of lung adenomas induced by tobacco carcinogens in A/J mice. *Cancer Res*. **65**: 8548-8557, 2005

380.   Carmella, S.G., Han, S., Villalta, P.W., and Hecht, S.S.  Analysis of total 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL) in smokers' blood.  *Cancer Epidemiol. Biomarkers & Prev*. **14**: 2669-2672, 2005

381.   Stepanov, I., Hecht, S.S., Mirvish, S.S., and Gonta, M. Comparative analysis of tobacco-specific nitrosamines and total *N*-nitroso compounds in Moldovan cigarette tobacco. *J. Agric. Food Chem*. **53**: 8082-8086, 2005

382.   Stepanov, I., Hecht, S.S., Duca, G., and Mardari, I.  Uptake of the tobacco-specific lung carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) by Moldovan children.  *Cancer Epidemiol. Biomarkers & Prev*., **15**: 7-11, 2006

383.   Kensler T.W., Chen J.G., Egner P.A., Fahey J.W., Jacobson L.P., Stephenson K.K., Ye L., Coady J.L., Wang J.B., Wu Y., Sun Y., Zhang Q.N., Zhang B.C., Zhu Y.R., Qian G.S., Carmella S.G., Hecht S.S., Benning L., Gange S.J., Groopman J.D., Talalay P.  Effects of glucosinolate-rich broccoli sprouts on urinary levels of aflatoxin-DNA adducts and phenanthrene tetraols in a randomized clinical trial in He Zuo township, Qidong, People's Republic of China. *Cancer Epidemiol. Biomarkers & Prev*. **14**: 2605-2613, 2005

384.   Hecht, S.S., Chen, M. Yoder, A., Jensen, J., Hatsukami, D., Le, C. and Carmella, S.G.  Longitudinal study of urinary phenanthrene metabolite ratios: effect of smoking on the diol epoxide pathway. *Cancer Epidemiol. Biomarkers & Prev*. **14**: 2969-2974, 2005.

385.   Derave, W., Eede, E.V., Hespel, P., Carmella, S.G., and Hecht, S.S.  Oral creatine supplementation in humans does not elevate urinary excretion of the carcinogen *N*-nitrososarcosine. *Nutrition*, **22**: 332-333, 2006.

386.   Hecht, S.S., Huang, C., Stoner, G.D., Li, J., Kenney, P.M.J., Sturla, S.J., and Carmella, S.G. Identification of cyanidin glycosides as constituents of freeze-dried black raspberries which inhibit *anti*-benzo[*a*]pyrene-7,8-diol-9,10-epoxide induced NFκB and AP-1 activity. *Carcinogenesis*, **27**: 1617-1626, 2006.

387.   Hecht, S.S., Carmella, S.G., Le, K., Murphy, S.E., Boettcher, A.J., Le, C., Koopmeiners, J., An, L., and Hennrikus, D.J.  4-(Methylnitrosamino)-1-(3-pyridyl)-1-butanol and its glucuronides in the urine of infants exposed to environmental tobacco smoke. *Cancer Epidemiol. Biomarkers & Prev*., **15**: 988-992, 2006.

388.   Upadhyaya, P., McIntee, E.J., Villalta, P.W., and Hecht, S.S.  Identification of adducts formed in the reaction of 5'-acetoxy-*N'*-nitrosonornicotine with deoxyguanosine and DNA,  *Chem. Res. Toxicol* , **19**: 426-435, 2006. PMCID: PMC2518848.

389.   Wang, M., Yu, N., Chen, L., Villalta, P.W., Hochalter, J.B., and Hecht, S.S.  Identification of an acetaldehyde adduct in human liver DNA and quantitation as $N^2$-ethyldeoxyguanosine. *Chem. Res. Toxicol*., **19**: 319-324, 2006

390.   Stein, S., Lao, Y., Yang, I-Y., Hecht, S.S., and Moriya, M.  Genotoxicity of acetaldehyde- and crotonaldehyde-induced 1,$N^2$-propanodeoxyguanosine DNA adducts in human cells. *Mutation Res.*, **608**: 1-7, 2006

391.   Lao, Y., Villalta, P.W., Sturla, S.J., Wang, M., and Hecht, S.S.   Quantitation of pyridyloxobutyl DNA adducts of tobacco-specific nitrosamines in rat tissue DNA by high performance liquid chromatography-electrospray ionization-tandem mass spectrometry. *Chem. Res. Toxicol.*, **19**: 674-682, 2006. PMCID: PMC2518839.

392.   Hecht, S.S., Carmella, S.G., Yoder, A., Chen, M., Li, Z., Le, C., Dayton, R., Jensen, J., and Hatsukami, D.K.   Comparison of polymorphisms in genes involved in polycyclic aromatic hydrocarbon metabolism with urinary phenanthrene metabolite ratios in smokers. *Cancer Epidemiol. Biomarkers & Prev.*, **15**: 1805-1811, 2006.

393.   Carmella, S.G., Yoder, A., and Hecht, S.S.   Combined analysis of *r*-1,*t*-2,3,*c*-4-tetrahydroxy-1,2,3,4-tetrahydrophenanthrene and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol in smokers' plasma. *Cancer Epidemiol. Biomarkers & Prev.*, **15**: 1490-1494, 2006

394.   Joseph, A.M., Hecht, S.S., Murphy, S.E., Lando, H., Carmella, S.G., Han, S., Gross, M., Bliss, R., Le, C.T., and Hatsukami, D.K.   Smoking reduction fails to improve clinical and biological markers of cardiac disease: a randomized controlled trial. *Nicotine. Tobacco Res.*, **10**: 471-481, 2008.

395.   Stepanov, I, Jensen, J., Hatsukami, D., and Hecht, S.S.   Mass spectrometric quantitation of nicotine, cotinine, and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol, in human toenails.   *Cancer Epidemiol., Biomarkers, & Prev.*, **15**: 2378-2383, 2006.

396.   Hatsukami, D.K., Le, C.T., Zhang, Y., Joseph, A.M., Mooney, M.E., Carmella, S.G., and Hecht, S.S.   Toxicant exposure in cigarette reducers vs. light smokers. *Cancer Epidemiol., Biomarkers, & Prev.*, **15**: 2355-2358, 2006.

397.   Liu, X., Lao, Y., Yang, I-Y., Hecht, S.S., and Moriya, M.   Replication-coupled repair of crotonaldehyde/acetaldehyde induced guanine-guanine interstrand cross-links and their mutagenicity. *Biochemistry*, **45**: 12898-12905, 2006. PMCID: PMC2518849.

398.   McNiel, E.A., Carmella, S.G., Heath, L.A., Bliss, R., Le, K., and Hecht, S.S.   Urinary biomarkers to assess exposure of cats to environmental tobacco smoke., *Am. J. Vet. Med.*, **68**:349-353, 2007.

399.   Hatsukami, D.K., Mooney, M., Babb, D., Murphy, S., and Hecht, S.S.   Effects of high dose transdermal nicotine replacement in cigarette smokers. *Pharmacology, Biochemistry, and Behavior*, 86: 132-139, 2007.

400.   Upadhyaya, P., Rao, P., Hochalter, J.B., Li, Z., Villalta, P.W., and Hecht, S.S.   Quantitation of *N*-acetyl-*S*-(9,10-dihydro-9-hydroxy-10-phenanthryl)-L-cysteine in human urine: comparison with glutathione-*S*-transferase genotypes in smokers. *Chem. Res. Toxicol.*, **19**: 1234-1240, 2006. PMCID: PMC2518842.

401.   Mendoza-Baumgart, M.I., Hecht, S.S., Zhong, Y., Murphy, S.E., Le, C., Jensen, J., and Hatsukami, D.K.   Pilot study on lower nitrosamine smokeless tobacco products compared with medicinal nicotine., *Nicotine Tobacco Res*., **9**: 1309-1323, 2007.

402.   Zhang, S., Villalta, P.W., Wang, M., and Hecht, S.S.   Analysis of crotonaldehyde- and acetaldehyde-derived $1,N^2$-propanodeoxyguanosine adducts in DNA from human tissues using liquid chromatography-electrospray ionization-tandem mass spectrometry. *Chem. Res. Toxicol.*, **19**: 1386-1392, 2006. PMCID: PMC2596066.

403.  Stark, M.J., Rohde, K., Maher, J.E., Pizacani, B.A., Dent, C., Bard, R., Carmella, S.G., Benoit, A.R., Thomson, N.M., and Hecht, S.S.  The impact of clean indoor air exemptions and preemption on the prevalence of a tobacco-specific lung carcinogen among nonsmoking bar and restaurant workers. *Am. J. Publ. Health*., **97:** 1457-1463, 2007.

404.  Hatsukami, D.K., Ebbert, J.O., Edmonds, A., Le, C., and Hecht, S.S.  Smokeless tobacco reduction: Preliminary study of tobacco free snuff versus no snuff.  *Nicotine Tobacco Res*., **10:** 77-85, 2008.

405.  Lao, Y., Yu, N., Kassie, F., Villalta, P.W., and Hecht, S.S.  Analysis of pyridyloxobutyl DNA adducts in F344 rats chronically treated with (*R*)- and (*S*)-*N′*-nitrosonornicotine.  *Chem. Res. Toxicol.*, **20:** 246-256, 2007. PMCID: PMC2518847.

406.  Lao, Y., Yu, N., Kassie, F., Villalta, P.W., and Hecht, S.S.  Formation and accumulation of pyridyloxobutyl DNA adducts in F344 rats chronically treated with 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and enantiomers of its metabolite, 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol.  *Chem. Res. Toxicol*., **20**: 235-245, 2007. PMCID: PMC2518979.

407.  Hatsukami, D.K., Ebbert, J.O., Anderson, A., Lin, H., Le, S., and Hecht, S.S.  Smokeless tobacco brand switching: a means to reduce toxicant exposure?  *Drug and Alcohol Dependence*, **87:** 217-224 2007. PMCID: PMC1987377.

408.  Chen, L., Wang, M., Villalta, P.W., Luo, X., Feuer, R., Jensen, J., Hatsukami, D.K., and Hecht, S.S.  Quantitation of an acetaldehyde adduct in human leukocyte DNA and the effect of smoking cessation.  *Chem. Res. Toxicol*., **20**: 108-113, 2007. PMCID: PMC2518843.

409.  Hecht, S.S., Han, S., Kenney, P.M.J., Wang, M., Lindgren, B., Wang, Y., Lao, Y., Hochalter, J.B., and Upadhyaya, P.  Investigation of the reaction of myosmine with sodium nitrite in vitro and in rats.  *Chem. Res. Toxicol*., **20**: 543-549, 2007. PMCID: PMC2518846.

410.  Wang, M., Lao, Y., Cheng, G., Shi, Y., Villalta, P.W., and Hecht, S.S.  Identification of adducts formed in the reaction of α-acetoxy-*N*-nitrosopyrrolidine with deoxyribonucleosides and DNA.  *Chem. Res. Toxicol*., **20**: 625-633, 2007. PMCID: PMC2518840.

411.  Wang, M., Lao, Y., Cheng, G., Shi, Y., Villalta, P.W., Nishikawa, A. and Hecht, S.S.  Analysis of adducts in hepatic DNA of rats treated with *N*-nitrosopyrrolidine.  *Chem. Res. Toxicol*., **20**: 634-640, 2007. PMCID: PMC2518975.

412.  Kassie, F., Anderson, L., Scherber, R., Yu, N., Lahti, D., Upadhyaya, P., and Hecht, S.S.  Indole-3-carbinol inhibits 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone plus benzo[*a*]pyrene-induced lung tumorigenesis in A/J mice and modulates carcinogen-induced alterations in protein levels.  *Cancer Res.*, **67**: 6502-6511, 2007.

413.  Lubin, J.H., Caporaso, N., Hatsukami, D.K., Joseph, A.M., and Hecht, S.S.  The association of a tobacco-specific biomarker and cigarette consumption and its dependence on host characteristics.  *Cancer Epidemiol, Biomarkers, & Prev.*, **16**: 1852-1857, 2007.

414.  Zhang, S., Villalta, P., Wang, M., and Hecht, S.S.  Detection and quantitation of acrolein-derived 1,$N^2$-propanodeoxyguanosine adducts in human lung by liquid chromatography-electrospray ionization-tandem mass spectrometry.  *Chem. Res. Toxicol*., **20**: 565-571, 2007. PMCID: PMC2518976.

415.  Stepanov, I., Hecht, S.S., Lindgren, B., Jacob, P., Wilson, M., and Benowitz, N.  Relationship of human toenail nicotine, cotinine, and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol to levels of these biomarkers in plasma and urine.  *Cancer Epidemiol, Biomarkers, & Prev.*, **16**: 1382-1386, 2007.

416. Hecht, S.S., Carmella, S.G., Murphy, S.E., Riley, W.T., Le, C., Luo, X., Mooney, M., and Hatsukami, D.K.  Similar exposure to a tobacco-specific carcinogen in smokeless tobacco users and cigarette smokers. *Cancer Epidemiol, Biomarkers, & Prev.*, **16:** 1567-1572, 2007.

417. Porubin, D., Hecht, S.S., Li, Z., Gonta, M., and Stepanov, I.  Endogenous formation of *N'*-nitrosonornicotine in F344 rats in the presence of some antioxidants and grape seed extract.  *J. Agric. Food Chem.*, **55:** 7199-7204, 2007.

418. Carmella, S.G., Chen, M., Zhong, Y., Zhang, S., Hatsukami, D.K., and Hecht, S.S.  Quantitation of acrolein-derived 3-hydroxypropylmercapturic acid in human urine by liquid chromatography-atmospheric pressure chemical ionization-tandem mass spectrometry: effects of cigarette smoking. *Chem. Res. Toxicol.*, **20:** 986-990, 2007. PMCID: PMC2556963.

419. Spector, L.G., Hecht, S.S., Ognjanovic, S., Carmella, S.G., and Ross, J.A.  Detection of cotinine in newborn dried blood spots.  *Cancer Epidemiol, Biomarkers, & Prev.,* **16:** 1902-1905, 2007.

420. Chen, L. Wang, M., Villalta, P.W., and Hecht, S.S.  Liquid chromatography electrospray ionization tandem mass spectrometry analysis of 7-ethylguanine in human liver DNA. *Chem. Res. Toxicol.*, **20:** 1498-1502, 2007.

421. Wang, M., Cheng, G., Villalta, P.W., and Hecht, S.S.  Development of liquid chromatography electrospray ionization tandem mass spectrometry methods for analysis of DNA adducts of formaldehyde and their application to rats treated with *N*-nitrosodimethylamine or 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone.  *Chem. Res. Toxicol.,* **20:** 1141-1148, 2007.

422. Kassie, F., Anderson, L.B., Higgins, L., Pan, Y., Matise, I., Negia, M., Upadhyaya, P., Wang, W., and Hecht, S.S.. Chemopreventive agents modulate the protein expression profile of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone plus benzo[*a*]pyrene-induced lung tumors in A/J mice. *Carcinogenesis*, **29:** 610-619, 2008.

423. Hecht, S.S., Carmella, S.G., Edmonds, A., Murphy, S.E., Stepanov, I., Luo, X., and Hatsukami, D.K.  Exposure to nicotine and a tobacco-specific carcinogen increase with duration of use of smokeless tobacco.  *Tobacco Control*, **17:** 128-131, 2008.

424. Liu, X., Moody, E.C., Hecht, S.S., and Sturla, S.J.  Deoxygenated phosphorothioate inositol phosphate analogues: synthesis, phosphatase stability, and binding affinity.  *Bioorganic & Med. Chem.*, **16:** 3419-3427, 2008.

425. Stepanov, I. and Hecht, S.S.  Detection and quantitation of *N'*-nitrosonornicotine in human toenails by liquid chromatography-electrospray ionization-tandem mass spectrometry.  *Cancer Epidemiol, Biomarkers & Prev.,* **17:** 945-948, 2008.

426. Cheng, G., Wang, M., Upadhyaya, P., Villalta, P.W., and Hecht, S.S.  Formation of formaldehyde adducts in the reactions of DNA and deoxyribonucleosides with α-acetates of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK), 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL), and *N*-nitrosodimethylamine (NDMA).  *Chem. Res. Toxicol.*, **21:** 746-751, 2008.

427. Hecht, S.S., Villalta, P.W., and Hochalter, J.B.  Analysis of phenanthrene diol epoxide mercapturic acid detoxification products in human urine: relevance to molecular epidemiology studies of glutathione-*S*-transferase polymorphisms.  *Carcinogenesis*, **29:** 937-943, 2008. PMCID: PMC2902377.

428.  Stepanov, I., Upadhyaya, P., Feuer, R., Jensen, J., Hatsukami, D.K., Hecht, S.S.  Extensive metabolic
      activation of the tobacco-specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in
      smokers.  *Cancer Epidemiol, Biomarkers, & Prev.*, **17**:1764-1773, 2008. PMCID: PMC2542896.

429.  Hecht, S.S., Carmella, S.G., Stepanov, I., Jensen, J., Anderson, A., and Hatsukami, D.  Metabolism of
      the tobacco-specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone to its biomarker
      total NNAL in smokeless tobacco users.  *Cancer Epidemiol, Biomarkers & Prev.*, **17**: 732-735, 2008.

430.  Stepanov, I., Jensen, J., Hatsukami, D., and Hecht, S.S.  New and traditional smokeless tobacco:
      comparison of toxicant and carcinogen levels.  *Nicotine Tob. Res.*, **10**: 1773-82, 2008. PMCID:
      PMC2892835.

431.  Johnson, T.E., Kassie, F., O'Sullivan, G., Negia, M., Hanson, T.E., Upadhyaya, P., Ruvolo, P.P.,
      Hecht, S.S., and Xing, C.  Chemopreventive effect of kava on 4-(methylnitrosamino)-1-(3-pyridyl)-1-
      butanone plus benzo[*a*]pyrene-induced lung tumorigenesis in A/J mice.  *Cancer Prev. Res.*, **1**: 430-
      438, 2008.

432.  Kassie, F., Matise, I., Negia, M., Lahti, D., Pan, Y., Scherber, R., Upadhyaya, P., and Hecht, S.S.
      Combinations of *N*-acetyl-*S*-(*N*-2-phenethylthiocarbamoyl)-L-cysteine and *myo*-inositol inhibit
      tobacco smoke carcinogen-induced lung adenocarcinoma in mice. *Cancer Prev. Res.*, **1**: 285-297,
      2008. PMCID: *In Process*.

433.  Stepanov, I., Carmella, S.G., Han, S., Pinto, A., Strasser, A.A., Lerman, C., and Hecht, S.S.  Evidence
      for endogenous formation of $N'$-nitrosonornicotine in some long term nicotine patch users. *Nicotine
      Tob. Res.*, **11**: 99-105, 2009.

434.  Balbo, S., Hashibe, M., Gundy, S., Brennan, P., Canova, C., Simonato, L., Merletti, F., Richiardi, L.,
      Agudo, A., Castellsague, X., Znaor, A., Talamini, R., Bencko, V., Holcatova, I., Wang, M., Hecht,
      S.S., and Boffetta, P.  $N^2$-Ethyldeoxyguanosine as a potential biomarker for assessing effects of
      alcohol consumption on DNA.  *Cancer Epidemiol, Biomarkers, & Prev.*, **17**: 3026-3032, 2008.

435.  Church, T.R., Anderson, K.E., Caporaso, N.E., Geisser, M.S., Le, C., Zhang, Y., Benoit, A.R.,
      Carmella, S.G., and Hecht, S.S.  A prospectively measured serum biomarker for a tobacco-specific
      carcinogen and lung cancer in smokers. *Cancer Epidemiol, Biomarkers, & Prev* **18**: 260-266, 2009.
      PMCID: PMC3513324.

436.  Upadhyaya, P., Kalscheuer, S., Hochalter, J.B., Villalta, P.W., and Hecht, S.S.  Quantitation of
      pyridylhydroxybutyl-DNA adducts in liver and lung of F-344 rats treated with 4-
      (methylnitrosamino)-1-(3-pyridyl)-1-butanone and enantiomers of its metabolite 4-
      (methylnitrosamino)-1-(3-pyridyl)-1-butanol.  *Chem. Res. Toxicol.*, **21**: 1468-1476, 2008. PMCID:
      PMC2575026.

437.  Kassie, F., Matise, I., Negia, M., Upadhyaya, P., and Hecht, S.S.  Dose-dependent inhibition of
      tobacco smoke carcinogen-induced lung tumorigenesis in A/J mice by indole-3-carbinol. *Cancer
      Prev. Res.*, **1**: 568-576, 2008. PMCID: PMC3874887.

438.  Hertsgaard, L.A., Hanson, K., Hecht, S.S., Lindgren, B.R., Luo, X., Carmella, S.G., Riley, W.T.,
      Zylla, E.B., Murphy, S.E., and Hatsukami, D.K.  Exposure to a tobacco-specific lung carcinogen in
      adolescent vs. adult smokers.  *Cancer Epidemiol, Biomarkers, & Prev.*, **17**: 3337-3343, 2008.

439.  Thomas, J.L., An, L., Luo, X., Scherber, R.M., Berg, C.J., Golden, D., Ehlinger, E.P., Murphy, S.E.,
      Hecht, S.S., and Ahluwalia, J.S.  Abstinence and relapse rates following a college campus-based quit
      and win contest.  *J. Amer. College Health*,  **58**: 365-372, 2010.

440.  Derby, K.S., Cutrell, K., Caberto, C., Carmella, S.G., Franke, A.A., Hecht, S.S., Murphy, S.E., and Le Marchand, L.  Nicotine metabolism in three ethnic/racial groups with different risks of lung cancer. *Cancer Epidemiol, Biomarkers, & Prev*., **17:** 3526-3535, 2008.

441.  Le Marchand, L., Derby, K., Murphy, S.E., Hecht, S.S., Hatsukami, D., Carmella, S.G., Tiirikainen, M., and Wang, H.  Smokers with the *CHRNA* lung cancer-associated variants are exposed to higher levels of nicotine equivalents and a carcinogenic tobacco-specific nitrosamine. *Cancer Res*,. **68:** 9137-9140, 2008. PMCID: PMC2587068.

442.  Upadhyaya, P. and Hecht, S.S.  Identification of adducts formed in the reactions of 5′-acetoxy-*N*′-nitrosonornicotine with deoxyadenosine, thymidine, and DNA. *Chem. Res. Toxicol*,. **21:** 2164–2171, 2008. PMCID: PMC2518848.

443.  Wang, L-S., Hecht, S.S., Carmella, S.G., Yu, N., Larue, B., Henry, C., McIntyre, C., Rocha, C., Lechner, J.F., and Stoner, G.D.  Anthocyanins in black raspberries prevent esophageal tumors in rats. *Cancer Prev. Res*,. **2:** 84-93, 2009.

444.  Hecht, S.S., Zinggeler Berg, J., and Hochalter, J.B.  Preferential glutathione conjugation of a reverse diol epoxide compared to a by region diol epoxide of phenanthrene in human hepatocytes: relevance to molecular epidemiology studies of glutathione-*S*-transferase polymorphisms and cancer. *Chem. Res. Toxicol.*, **22:** 426-432, 2009. PMCID: PMC2765539.

445.  Hatsukami, D.K., Kotlyar, M., Hertsgaard, L.A., Zhang, Y., Carmella, S.G., Jensen, J.A., Shields, P.G., Murphy, S.E., Stepanov, I., and Hecht, S.S.  Reduced nicotine content cigarettes: effects on toxicant exposure, dependence and cessation. *Addiction*  **105**: 343-355, 2010.

446.  Yuan, J.-M., Koh, W.-P., Murphy, S.E., Fan, Y., Wang, R., Carmella, S.G., Han, S., Wickham, K.M., Gao, Y.-T., Yu, M.C., and Hecht, S.S.  Urinary levels of tobacco-specific nitrosamine metabolites in relation to lung cancer development in two prospective cohorts of cigarette smokers. *Cancer Res.*, **69**: 2990-2995, 2009. PMCID: PMC2664854.

447.  Stepanov, I. and Hecht, S.S. Mitochondrial DNA adducts in the lung and liver of F-344 rats chronically treated with 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and (*S*)-4-(methylnitrosamino)-1-(3-pryidyl)-1-butanol. *Chem. Res. Toxicol.*, **22:** 406-414, 2008. PMCID: PMC2664261.

448.  Derby, K., Cuthrell, K., Caberto, C., Carmella, S., Murphy, S.E., Hecht, S.S., and Le Marchand, L.  Exposure to the carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) in smokers from three populations with different risks of lung cancer. *Int. J. Cancer*, **125:** 2418-2424, 2009.

449.  Carmella, S.G., Chen, M., Han, S., Briggs, A., Jensen, J., Hatsukami, D.K., and Hecht, S.S.  Effects of smoking cessation on eight urinary tobacco carcinogen and toxicant biomarkers. *Chem. Res. Toxicol*., **22:** 734-741, 2009. PMCID: PMC2704054.

450.  Zhang, S., Wang, M., Villalta, P.W., Lindgren, B.R., Upadhyaya, P., Lao, Y., and Hecht, S.S.  Analysis of pyridyloxobutyl and pyridylhydroxybutyl DNA adducts in extrahepatic tissues of F344 rats treated chronically with 4-(methylnitrosamino)-1-3-pyridyl)-1-butanone and enantiomers of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol. *Chem. Res. Toxicol*., **22:** 926-936, 2009. PMCID: PMC2701567.

451.  Zhang, S., Wang, M., Villalta, P.W., Lindgren, B.R., Lao, Y., and Hecht, S.S.  Quantitation of pyridyloxobutyl DNA adducts in nasal and oral mucosa of rats treated chronically with enantiomers of *N*′-nitrosonornicotine. *Chem. Res. Toxicol.*, **22:** 949-956, 2009. PMCID: PMC2743010.

452.  Upadhyaya, P., Lindgren, B.R., and Hecht, S.S.  Comparative levels of $O^6$-methylguanine, pyridyloxobutyl-, and pyridylhydroxybutyl-DNA adducts in lung and liver of rats treated chronically with the tobacco-specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone.  *Drug Metab. Disp.*, **37**: 1147-1151, 2009. PMCID: PMC2683686.

453.  Kim, Y.Y., von Weymarn, L., Larsson, O., Fan, D., Underwood, J.M., Peterson, M.S., Hecht, S.S., Polunovsky, V.A., and Bitterman, P.B.  Eukaryotic initiation factor 4E binding protein family of proteins: Sentinels at a translational control checkpoint in lung tumor defense. *Cancer Res.*, **69**: 8455-8462, 2009. PMCID: PMC2805259.

454.  Stepanov, I., Carmella, S.G., Briggs, A., Hertsgaard, L., Lindgren, B., Hatsukami, D., and Hecht, S.S.  Presence of the carcinogen *N*′-nitrosonornicotine in the urine of some users of oral nicotine replacement therapy products. *Cancer Res.*, **69**: 8236-8240, 2009. PMCID: PMC2783463.

455.  Li, L., Perdigao, J., Pegg, A.E., Lao, Y., Hecht, S.S., Lindgren, B., Reardon, J.T., Sancar, A., Wattenberg, E.V., and Peterson, L.A.  The influence of repair pathways on the cytotoxicity and mutagenicity induced by the pyridyloxobutylation pathway of tobacco specific nitrosamines.  *Chem. Res. Toxicol.*, **22**: 1464-1472, 2009. PMCID: PMC2787827.

456.  Church, T.R., Anderson, K.E., Le, C., Zhang, Y., Kampa, D.M., Benoit, A.R., Yoder, A.R., Carmella, S.G., and Hecht, S.S.  Temporal stability of urinary and plasma biomarkers of tobacco smoke exposure among cigarette smokers. *Biomarkers*, **15**: 345-352, 2010.

457.  Wang, M., Cheng, G., Balbo, S., Carmella, S.G., Villalta, P.W., and Hecht, S.S.  Clear differences in levels of a formaldehyde-DNA adduct in leukocytes of smokers and non-smokers.  *Cancer Res*., **69**: 7170-7174, 2009. PMCID: PMC2745488.

458.  Kassie, F., Kalscheuer, S., Matise, I., Ma, L., Melkamu, T., Upadhyaya, P., and Hecht, S.S.  Inhibition of vinyl carbamate-induced pulmonary adenocarcinoma by indole-3-carbinol and *myo*-inositol in A/J mice.  *Carcinogenesis*, **31**: 239-245, 2010. PMCID: PMC2812566.

459.  Loureiro, A.P.M., Zhang, W., Kassie, F., Zhang, S., Villalta, P.W., Wang, M., and Hecht, S.S.  Mass spectrometric analysis of a cyclic 7,8-butanoguanine adduct of *N*-nitrosopyrrolidine: comparison to other *N*-nitrosopyrrolidine adducts in rat hepatic DNA. *Chem. Res. Toxicol*., **22**: 1728-1735, 2009. PMCID: PMC2763979.

460.  Stepanov, I., Villalta, P.W., Knezevich, A., Jensen, J., Hatsukami, D., Biener, L., and Hecht, S.S.  Analysis of 23 polycyclic aromatic hydrocarbons in smokeless tobacco by gas chromatography-mass spectrometry.  *Chem. Res. Toxicol*., **23**: 66-73, 2010. PMCID: PMC2807893.

461.  Wang, L-S., Hecht, S.S., Carmella, S.G., Seguin, C., Rocha, C., Yu, N., Stoner, K., Chiu, S., and Stoner, G.D.  Berry ellagitannins may not be crucial for prevention of tumors in the rodent esophagus. *J. Agric. Food. Chem*., **58**: 3992-3995, 2010.

462.  Jensen, J.A., Schillo, B.A., Moilanen, M.M., Bindgren, B.R., Hecht, S.S., and Hatsukami, D.K.  Tobacco smoke exposure in non-smoking hospitality workers before and after a state smoking ban. *Cancer Epidemiol. Biomarkers & Prev*., **19**: 1016-1021, 2010. PMCID: PMC2859032.

463.  Maertens, L.A., Upadhyaya, P., Hecht, S.S., and Zimmerman, C.  Formation and distribution of NNK metabolites in an isolated perfused rat lung. *Drug Metab. Disp*., **38**: 752-760, 2010. PMCID: PMC2872947.

464.  Hecht, S.S., Seow, A., Wang, M., Wang, R., Meng, L., Koh, W-P, Carmella, S.G., Chen, M., Han, S., Yu, M.C., and Yuan, J-M.  Elevated levels of volatile organic carcinogen and toxicant biomarkers in Chinese women who regularly cook at home. *Cancer Epidemiol. Biomarkers & Prev*., **19**: 1185-1192, 2010. PMCID: PMC2866160.

465.  Hecht, S.S., Carmella, S.G., Villalta, P.W., and Hochalter, J.B.  Analysis of phenanthrene and benzo[*a*]pyrene tetraol enantiomers in human urine: relevance to the bay region diol epoxide hypothesis of benzo[*a*]pyrene carcinogenesis and to biomarker studies. *Chem. Res. Toxicol*., **23**: 900-908, 2010.  PMCID: PMC2871969.

466.  Cheng, G., Wang, M., Villalta, P.W., and Hecht, S.S.  Detection of 7-(2′-carboxyethyl)guanine but not 7-carboxymethyguanine in human liver DNA.  *Chem. Res. Toxicol.,* **23**: 1089-1096, 2010. PMCID: PMC3230219

467.  Kotlyar, M., Hertsgaard, L.A., Lindgren, B.R., Jensen, J.A., Carmella, S.G., Stepanov, I., Murphy, S.E., Hecht, S.S., and Hatsukami, D.K.  Effect of oral snus and medicinal nicotine in smokers on toxicant exposure and withdrawal symptoms: a feasibility study.  *Cancer Epidemiol. Biomarkers & Prev*. **20**: 91-100, 2011.

468.  Upadhyaya, P., Hochalter, J.B., Balbo, S., McIntee, E.J., and Hecht, S.S.  Preferential glutathione conjugation of a reverse diol epoxide compared to a bay region diol epoxide of benzo[*a*]pyrene in human hepatocytes. *Drug. Metab. Disp*. **38**: 1397-1402, 2010. PMCID: PMC2939474

469.  Kassie, F., Melkamu, T., Endalew, A., Upadhyaya, P., Luo, X., and Hecht, S.S.  Inhibition of lung carcinogenesis and critical cancer-related signaling pathways by *N*-acetyl-*S*-(*N*-2-phenethylthiocarbamoyl)-L-cysteine, indole-3-carbinol and *myo*-inositol, alone and in combination. *Carcinogenesis*  **31**:1634-1641, 2010. PMCID: PMC2930804.

470.  Strasser, A.A., Benowitz, N.L., Pinto, A., Tang, K.Z., Hecht, S.S., Carmella, S.G., Tyndale, R.F., and Lerman, C.  Nicotine metabolite ratio predicts smoking topography and carcinogen biomarker level. *Cancer Epidemiol. Biomarkers & Prev*. **20**: 234-238, 2011. PMCID: PMC3077576.

471.  Stepanov, I., Knezevich, A, Zhang, L., Watson, C.H., Hatsukami, D.K., and Hecht, S.S. Carcinogenic nitrosamines in U.S. cigarettes – three decades of remarkable neglect by the tobacco industry. *Tobacco Control* **21**: 44-48, 2012.  PMCID: PMC3572908.

472.  Church, T.R., Haznadar, M., Geisser, M.S., Anderson, K.E., Caporaso, N.E., Le, C., Abdullah, S.B., Hecht, S.S., Oken, M.M., and Van Ness, B.  Interaction of *CYP1B1*, cigarette-smoke carcinogen metabolism, and lung cancer risk. *Int. J. Mol. Epidemiol. Gen*. **1**: 295-309, 2010.

473.  Zhong, Y., Carmella, S.G., Hochalter, J.B., Balbo, S., and Hecht, S.S.  Analysis of *r*-7,*t*-8,9,*c*-10-tetrahydroxy-7,8,9,10-tetrahydrobenzo[*a*]pyrene in human urine: a biomarker for directly assessing carcinogenic polycyclic aromatic hydrocarbon exposure plus metabolic activation. *Chem. Res. Toxicol*. **24**: 73-80, 2011. PMCID: PMC3064259.

474.  Yuan, J.-M., Knezevich, A., Wang, R., Gao, Y-T., Hecht, S.S., and Stepanov, I.  Urinary levels of the tobacco-specific carcinogen *N*′-nitrosonornicotine and its glucuronide are strongly associated with esophageal cancer risk in smokers., *Carcinogenesis*. **32**: 1366-71, 2011. PMCID: PMC3202311.

475.  Zhong, Y., Carmella, S.G., Upadhyaya, P., Hochalter, J.B., Rauch, D., Oliver, A., Jensen, J., Hatsukami, D., Wang, J., Zimmerman, C., and Hecht. S.S.  Immediate consequences of cigarette smoking: rapid formation of polycyclic aromatic hydrocarbon diol epoxides, *Chem. Res. Toxicol*. **24**: 246-252, 2011. PMCID: PMC3042042.

476.    Zhang, S., Balbo, S., Wang, M., and Hecht, S.S.  Analysis of acrolein-derived 1,$N^2$-propanodeoxyguanosine adducts in human leukocyte DNA from smokers and non-smokers.  *Chem. Res. Toxicol.* **24**: 119-124, 2010. PMCID: PMC3064499.

477.    Thomas, J.L., Guo, H., Carmella, S.G., Balbo, S., Han, S., Davis, A., Murphy, S.E., An, L.C., Ahluwalia, J.S., and Hecht, S.S.  Metabolites of a tobacco-specific lung carcinogen in children exposed to secondhand or thirdhand tobacco smoke in their homes.  *Cancer Epidemiol. Biomarkers & Prev.* **20**: 1213-1221, 2011. PMCID: PMC3111852.

478.    Hochalter, J.B., Zhong, Y., Han, S., Carmella, S.G., and Hecht, S.S.  Quantitation of a minor enantiomer of phenanthrene tetraol in human urine: correlations with levels of overall phenanthrene tetraol, benzo[*a*]pyrene tetraol, and 1-hydroxypyrene.  *Chem. Res. Toxicol.* **24**: 262-268, 2011. PMCID: PMC3076645.

479.    Ter-Minassian, M., Asomaning, K., Zhao, Y., Chen, F., Su, L., Carmella, S.G., Lin, X., Hecht, S.S., and Christiani, D.C.  Genetic variability in the metabolism of the tobacco-specific nitrosamine 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) to 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol (NNAL).  *Int. J. Cancer*, **130**: 1338-1346, 2012. PMCID: PMC3247647.

480.    Yuan, J.-M., Gao, Y.-T., Murphy, S.E., Carmella, S.G., Wang, R., Zhong, Y., Moy, K.A., Davis, A.B., Tao, L., Chen, M., Han, S., Nelson, H.H., Yu, M.C., and Hecht, S.S.  Urinary levels of cigarette smoke constituent metabolites are prospectively associated with lung cancer development in smokers.  *Cancer Res.* **71**: 6749-6757, 2011. PMCID: PMC3392910.

481.    Vardavas, C.I., Fthenou, E., Patelarou, E., Bagkeris, M., Murphy, S., Hecht, S.S., Connolly, G.N., Chatzi, L., and Kogevinas, M.  Exposure to different sources of second-hand smoke during pregnancy and its effect on urinary cotinine and tobacco-specific nitrosamine (NNAL) concentrations.  *Tobacco Control* **22**: 194-200, 2013.

482.    Johnson, T.E., Hermanson, D., Wang, L., Kassie, F., Upadhyaya, P., O'Sullivan, M.G., Hecht, S.S., and Xing, C.  Lung tumorigenesis suppressing effects of a commercial kava extract and its selected compounds in A/J mice.  *Am. J. Chinese Med.*. **39**: 727-742, 2011.

483.    Zhong, Y., Wang, J., Carmella, S.G., Hochalter, J.B., Rauch, D., Oliver, A., Jensen, J., Hatsukami, D., Upadhyaya, P., Zimmerman, C., and Hecht, S.S. Metabolism of [D$_{10}$]phenanthrene to tetraols in smokers for potential lung cancer susceptibility assessment: comparison of oral and inhalation routes of administration.  *J. Pharm. Exp. Ther.* **338**: 353-361, 2011. PMCID: PMC3126648.

484.    Vogel, R.I., Carmella, S.G., Stepanov, I., Hatsukami, D.K., and Hecht, S.S.  The ratio of a urinary tobacco-specific lung carcinogen metabolite to cotinine is significantly higher in passive than in active smokers.  *Biomarkers* **16**: 491-497, 2011. PMCID: PMC3159775.

485.    Balbo, S., Villalta, P.W., and Hecht, S.S.  Quantitation of 7-ethylguanine in leukocyte DNA from smokers and nonsmokers by liquid chromatography-nanoelectrospray-high resolution tandem mass spectrometry.  *Chem. Res. Toxicol.* **24**: 1729-1734, 2011. PMCID: PMC3215090.

486.    Stepanov, I., Biener, L., Knezevich, A., Nyman, A.L., Bliss, R., Jensen, J., Hecht, S.S., and Hatsukami, D.K.  Monitoring tobacco-specific *N*-nitrosamines and nicotine in novel Malrboro and Camel smokeless tobacco products: findings from round 1 of the New Product Watch. *Nicotine Tob. Res.* **14**: 274-281, 2012. PMCID: PMC3281237.

487.    Stepanov, I., Jensen, J., Biener, L., Bliss, R.L., Hecht, S.S., and Hatsukami, D.  Increased pouch sizes and resulting changes in the amounts of nicotine and tobacco-specific *N*-nitrosamines in single pouches of Camel Snus and Marlboro Snus.  *Nicotine Tob. Res.* **14**: 1241-1245, 2012.

488.    Kensler, T.W., Ng, D., Carmella, S.G., Chen, M., Jacobson, L.P., Munoz, A., Egner, P.A., Chen, J.
G., Qian, G.S., Chen, T.Y., Fahey, J.W., Talalay, P., Groopman, J.D., Yuan, J-M., and Hecht, S.S.
Modulation of the metabolism of airborne pollutants by glucoraphanin-rich and sulforaphane-rich
broccoli sprout beverages in Qidong, China. *Carcinogenesis* 33: 101-107, 2012. PMCID:
PMC3276337.

489.    Yuan, J-M., Gao, Y-T., Wang, R., Chen, M., Carmella, S.G., and Hecht, S.S.  Urinary levels of
volatile organic carcinogen and toxicant biomarkers in relation to lung cancer development in
smokers.  *Carcinogenesis* 33: 804-809, 2012. PMCID: PMC3384073.

490.    Knezevich, A., Muzic, J., Hatsukami, D.K., Hecht, S.S., and Stepanov, I.  Nornicotine nitrosation in
saliva and its relation to endogenous synthesis of *N′*-nitrosonornicotine in humans. *Nicotine Tob Res.*
15: 591-595, 2013.

491.    Khariwala, S.S., Carmella, S.G., Stepanov, I., Fernandes, P., Lassig, A.A., Yueh, B., Hatsukami, D.,
and Hecht, S.S.  Elevated levels of 1-hydroxypyrene and *N′*-nitrosonornicotine in smokers with head
and neck cancer: a matched control study. *Head and Neck* 35: 1096-1100, 2013.

492.    Radwan, G., Hecht, S.S., Carmella, S., and Loffredo, C.  Tobacco-specific nitrosamine exposures in
smokers and non-smokers exposed to cigarette or waterpipe tobacco smoke.  *Nicotine Tob. Res.* 15:
130-138, 2013.

493.    Balbo, S., Meng, L., Bliss, R.L., Jensen, J.A., Hatsukami, D.K., and Hecht, S.S.  Kinetics of DNA
adduct formation in the oral cavity after drinking alcohol. *Cancer Epidemiol. Biomarkers & Prev.* 21:
601-608, 2012. PMCID: PMC3319307.

494.    Balbo, S., Meng, L., Bliss, R.L., Jensen, J.A., Hatsukami, D.K., and Hecht, S.S.  Time course of DNA
adduct formation in peripheral blood granulocytes and lymphocytes after drinking alcohol.
*Mutagenesis* 27: 485-490, 2012. PMCID: PMC3382307.

495.    Wang, J., Zhong, Y., Carmella, S.G., Hochalter, J.B., Rauch, D., Oliver, A., Jensen, J., Hatsukami,
D.K., Upadhyaya, P., Hecht, S.S., and Zimmerman, C.  Phenanthrene metabolism in smokers: use of
a two-step diagnostic plot approach to identify subjects with extensive metabolic activation.  *J.
Pharmacol. Exp. Ther.* 342: 750-760, 2012.  PMCID: PMC3422526.

496.    Upadhyaya, P., Kumar, A., Byun, H-S., Bittman, R., Saba, J.D., and Hecht, S.S.  The sphingolipid
degradation product *trans*-2-hexadecenal forms adducts with DNA.  *Biochem. Biophys. Res.
Commun.* 424: 18-21, 2012.

497.    Stepanov, I., Yershova, K., Carmella, S., Upadhyaya, P., and Hecht, S.S.  Levels of (*S*)-*N′*-
nitrosonornicotine in U.S. tobacco products.  *Nicotine Tob. Res.* 15: 1305-1310, 2013. PMCID:
PMC3682840.

498.    Stepanov, I., Muzic, J., Le, C.T., Sebero, E., Villalta, P., Jensen, J., Hatsukami, D., and Hecht, S.S.
Analysis of 4-hydroxy-1-(3-pyridyl)-1-butanone (HPB)-releasing DNA adducts in human exfoliated
oral mucosa cells by liquid chromatography-electrospray ionization-tandem mass spectrometry.
*Chem. Res. Toxicol*. 26: 37-45, 2013 PMCID: PMC3631465.

499.    Hecht, S.S., Hochalter, J.B., Carmella, S.G., Zhang, Y., Rauch, D.M., Fujioka, N., Jensen, J., and
Hatsukami, D.K.  Longitudinal study of [D$_{10}$]phenanthrene metabolism by the diol epoxide pathway
in smokers.  *Biomarkers* 18: 144-150, 2012. PMCID: PMC3577059.

500.   Ainslie-Waldman, C.E., Simpkins, S.W., Upadhyaya, P., Carmella, S.G., Hecht, S.S., and Trudo, S.P.
       Contamination of deconjugation enzymes derived from *Helix pomatia* with the plant bioactive
       compounds 3,3'-diindolylmethane, 5-methoxypsoralen, and 8-methoxypsoralen., *Food Chem.
       Toxicol*. **62**: 188-193, 2013. PMCID: PMC3842406.

501.   Balbo, S., James-Yi, S., Johnson, C.S., O'Sullivan, M.G., Stepanov, I., Wang, M., Bandyopadhyay,
       D., Kassie, F., Carmella, S.G., Upadhyaya, P., & Hecht, S.S.  (*S*)-*N'*-Nitrosonornicotine, a constituent
       of smokeless tobacco, is a powerful oral cavity carcinogen in rats. *Carcinogenesis* **34**: 2178-83, 2013.
       PMCID: PMC3765046.

502.   Hatsukami, D.K., Hertsgaard, L.A., Vogel, R.I., Jensen, J.A., Murphy, S.E., Hecht, S.S., Carmella,
       S.G., al'Absi, M., Joseph, A.M., and Allen, S.S.  Reduced nicotine content cigarettes and nicotine
       patch. *Cancer Epidemiol. Biomarkers & Prev.*, **22**: 1015-24, 2013. PMCID: PMC3681886.

503.   Thomas, J.L., Hecht, S.S., Luo, X., Ming, X., Ahluwalia, J.S., and Carmella, S.G.  Thirdhand tobacco
       smoke: a tobacco-specific lung carcinogen on surfaces in smokers' homes. *Nicotine Tob Res*. **16**: 26-
       32, 2014.

504.   Stepanov, I., Sebero, E., Wang, R., Gao, Y-T., Hecht, S.S., and Yuan, J-M.  Tobacco-specific *N*-
       nitrosamine exposures and cancer risk in the Shanghai cohort study: remarkable coherence with rat
       tumor sites., *Int. J. Cancer* **134**: 2278-2283, 2014. PMCID: PMC3949147.

505.   Carmella, S.G., Ming, X., Olvera, N., Brookmeyer, C., Yoder, A., and Hecht, S.S.  High throughput
       liquid and gas chromatography-tandem mass spectrometry assays for tobacco-specific nitrosamine
       and polycyclic aromatic hydrocarbon metabolites associated with lung cancer in smokers., *Chem.
       Res. Toxicol.*, **26**: 1209-1217, 2013.

506.   Wang, M., Cheng, G., Khariwala, S.S., Villalta, P. W., Balbo, S. and Hecht, S.S.  Evidence for
       endogenous formation of the hepatocarcinogen *N*-nitrosodihydrouracil in rats treated with
       dihydrouracil and sodium nitrite: a potential source of human hepatic DNA carboxyethylation. *Chem-
       Biol Interact*., **206**: 83-89, 2013. PMCID: PMC383942

507.   Carmella, S.G., Chen, M., Zarth, A., and Hecht, S.S.  High throughput liquid chromatography-tandem
       mass spectrometry assay for mercapturic acids of acrolein and crotonaldehyde in cigarette smokers'
       urine.  *J. Chromatog. B*., **935**: 36-40, 2013. PMCID: PMC3925436

508.   Yuan, J-M., Butler, L.M., Gao, Y.-T., Murphy, S.E., Carmella, S.G., Wang, R., Nelson, H.H., and
       Hecht, S.S.  Urinary metabolites of a polycyclic aromatic hydrocarbon and volatile organic
       compounds in relation to lung cancer development in lifelong never smokers in The Shanghai Cohort
       Study., *Carcinogenesis* **35**: 339-345, 2014.

509.   Fujioka, N., Ainslie-Waldman, C.E., Upadhyaya, P., Carmella, S.G., Fritz, V.A., Rohwer, C., Fan, Y.,
       Rauch, D., Le, C.T., Hatsukami, D., and Hecht, S.S.  Urinary 3,3'-diindolylmethane: a biomarker of
       glucobrassican exposure and indole-3-carbinol uptake in humans.  *Cancer Epidemiol. Biomarkers &
       Prev.*, **23**: 282-287, 2014.

510.   Zhao, L., Balbo, S., Wang, M., Upadhyaya, P., Khariwala, S.S., Villalta, P.W., and Hecht, S.S.
       Quantitation of pyridyloxobutyl-DNA adducts in tissues of rats treated chronically with (*R*)- or (*S*)-
       *N'*-nitrosornornicotine in a carcinogenicity study. *Chem. Res. Toxicol*., **26**: 1526-35, 2013.

511.   Mallery, S.R., Tong, M., Michaels, G.C., Kiyani, A.R., and Hecht, S.S.  Clinical and biochemical
       studies support smokeless tobacco's carcinogenic potential in the human oral cavity.  *Cancer Prev.
       Res.* **7**: 23-32, 2014.

512.  Leitzman, P., Narayanapillai, S.C., Balbo, S., Zhou, B., Upadhyaya, P., Shaik, A.A., O'Sullivan, M.G., Hecht, S.S., Lu, J., and Xing, C. Kava blocks 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone-induced lung tumorigenesis in association with reducing $O^6$-methylguanine DNA adduct in A/J mice. *Cancer Prev. Res.* **7**: 86-96, 2014. PMCID: PMC3888881

513.  Zarth, A., Cheng, G., Zhang, Z., Wang, M., Villalta, P.W., Balbo, S., and Hecht, S.S. Analysis of the benzene oxide-DNA adduct 7-phenylguanine by liquid chromatography-nanoelectrsopray ionization-high resolution tandem mass spectrometry-parallel reaction monitoring: application to DNA from exposed mice and humans. *Chem-Biol. Interact*., **215**C: 40-45, 2014.

514.  Kassem, N., Daffa, R., Liles, S., Jackson, S., Kassem, N., Younis, M., Mehta, S., Chen, M., Jacob III, P., Chatfield, D., Carmella, S., Chatfield, D., Benowitz, N., Matt, G., Hecht, S.S., and Hovell, M. Children's exposure to secondhand and thirdhand smoke carcinogens and toxicants in homes of hookah smokers. *Nicotine Tob. Res.* **16**: 961-975, 2014.

515.  Zarth, A., Carmella, S.G., Le, C.T., and Hecht, S.S. Effect of cigarette smoking on urinary 2-hydroxypropylmercapturic acid, a metabolite of propylene oxide. *J. Chromatog. B*., **953-954**: 126-131, 2014. PMCID: PMC3993985

516.  Kennedy, G.D., Nukaya, M., Moran, S.M., Glover, E., Weinberg, S., Balbo, S., Hecht, S.S., Pitot, H.C., Drinkwater, N.R. and Bradfield, C.A. Liver tumor promotion by 2,3,7,8-tetrachlorodibezo-*p*-dioxin is dependent on the aryl hydrocarbon receptor and tumor necrosis factor/interleukin-1 receptors. *Toxicolog. Sci.*, **140**: 135-143, 2014.

517.  Balbo, S., Hecht, S.S., Upadhyaya, P., and Villalta, P.W. Application of a high resolution mass spectrometry-based DNA adductomics approach for identification of DNA adducts in complex mixtures. *Anal. Chem.* **86**: 1744-1752, 2014. PMCID: PMC3982966.

518.  Peiffer, D.S., Wang, L-S., Zimmerman, N.P., Ransom, B., Carmella, S.G., Kuo, C-T., Siddiqui, J., Chen, J-H., Huang, Y-W., Hecht, S.S., Stoner, G.D. Chemoprevention of esophageal cancer with black raspberries, their componenet anthocyanins, and a major anthocyanin metabolite, protocatechuic acid. *Cancer Prev. Res.* **7**: 574-584, 2014.

519.  Narayanapillai, S.C., Balbo, S., Leitzman, P., Grill, A.E., Upadhyaya, P., Shaik, A.A., Zhou, B., O'Sullivan, M.G., Lu, J., Peterson, L., Hecht, S.S., and Xing, C. Dihydromethysticin (DHM) potently blocks tobacco carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK)-induced lung tumorigenesis and DNA damage in A/J mice. *Carcinogenesis* **35**: 2365-2372, 2014. PMCID: PMC4178470

520.  Balbo, S., Johnson, C.S., Kovi, R.C., O'Sullivan, M.G., Wang, M., Le, C.T., Khariwala, S.S., Upadhyaya, P., and Hecht, S.S. Carcinogenicity and DNA adduct formation of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and enantiomers of its metabolite 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol in F-344 rats. *Carcinogenesis* **35**: 2798-2806, 2014.

521.  Egner, P.A., Chen, J-G., Zarth, A.T., Ng, D.K., Wang, J-B., Kensler, K.H., Jacobson, L.P., Munoz, A., Johnson, J.L., Groopman, J.D., Fahey, J.W., Talalay, P., Zhu, J., Chen, T-Y., Qian, G-S., Carmella, S.G., Hecht, S.S., and Kensler, T.W. Rapid and sustainable detoxication of airborne pollutants by broccoli sprout beverage: results of a randomized clinical trial in China. *Cancer Prev. Res* **7**: 813-823, 2014.

522.  Zabala, V., Tong, M., Yu, R., Ramirez, T., Yalcin, E.B., Balbo, S., Silbermann, E., Deochand, C., Nunez, K., Hecht, S., and de la Monte, S.M. Potential contributions of the tobacco nicotine-derived nitrosamine ketone (NNK) in the pathogenesis of steatohepatitis in a chronic plus binge rat model of alcoholic liver disease. *Alcohol Alcoholism* **50**: 118-131, 2015 doi: 10.1093/alcalc/agu083.

523.  Hecht, S.S. and Hochalter, J.B.  Quantitation of enantiomers of *r*-7,*t*-8,9,*c*-10-tetrahydroxy-7,8,9,10-tetrahydrobenzo[*a*]pyrene in human urine: evidence supporting metabolic activation of benzo[*a*]pyrene via the bay region diol epoxide.  *Mutagenesis* **29**: 351-356, 2014. PMCID: PMC4141684

524.  Jing, M., Wang, Y., Upadhyaya, P., Jain, V., Yuan, J-M., Hatsukami, D.K., Hecht, S.S., and Stepanov, I.  Liquid chromatography-electrospray ionization-tandem mass spectrometry quantitation of urinary [pyridine-D$_4$]4-hydroxy-4-(3-pyridyl)butanoic acid, a biomarker of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone metabolic activation in smokers.  *Chem Res Toxicol* **27**: 1547-1555, 2014. PMCID: PMC4164226

525.  Kassem, N.O.F., Kassem, N.O., Jackson, S.R., Liles, S., Daffa, R.M., Zarth, A.T., Younis, M.A., Carmella, S.G., Hofstetter, C.R., Chatfield, D.A., Matt, G.E., Hecht, S.S., and Hovell, M.F.  Benzene uptake in hookah smokers and non-smokers attending hookah social events: regulatory implications. *Cancer Epidemiol. Biomarkers & Prev.* **23**: 2793-2809, 2014.

526.  Hatsukami, D., Stepanov, I., Severson, H., Jensen, J.A., Lindgren, B.R., Horn, K., Khariwala, S.S., Martin, J., Carmella, S.G., Murphy, S.E., and Hecht, S.S.  Evidence supporting product standards for carcinogens in smokeless tobacco products, *Cancer Prev. Res.* **8**: 20-26, 2015.

527.  Upadhyaya, P. and Hecht, S.S.  Quantitative analysis of 3′-hydroxynorcotinine in human urine. *Nicotine Tob. Res.* **17**: 524-529, 2014 doi:10.1093/ntr/ntu206. PMCID: PMC Journal- In Process.

528.  Hecht, S.S., Koh, W-P., Wang, R., Chen, M., Carmella, S.G., Murphy, S.E., and Yuan, J-M.  Elevated levels of mercapturic acids of acrolein and crotonaldehyde in the urine of Chinese women in Singapore who regularly cook at home. *PLOS ONE* doi:10.1371/journal.pone.0120023, 2015.

529.  Hecht, S.S., Carmella, S.G., Kotandeniya, D., Pillsbury, M.E., Chen, M., Ransom, B.W.S., Vogel, R.I., Thompson, E., Murphy, S.E., and Hatsukami, D.K.  Evaluation of toxicant and carcinogen metabolites in the urine of e-cigarette users versus cigarette smokers. *Nicotine Tob. Res.* **17**: 704-709, 2015.  doi:10.1093/ntr/ntu218.

530.  Park, S.L., Carmella, S.G., Ming, X., Stram, D.O., Le Marchand, L., and Hecht, S.S.  Variation in levels of the lung carcinogen NNAL and its glucuronides in the urine of cigarette smokers from five ethnic groups with differing risks for lung cancer. *Cancer Epidemiol. Biomarkers & Prev.* **24**: 561-569, 2015.

531.  Hatsukami, D.K., Severson, H., Anderson, A., Isaksson, R.V., Jensen, J., Broadbent, B., Murphy, S.E., Carmella, S.G., and Hecht, S.S.  Randomized clinical trial of snus vs. medicinal nicotine among smokers interested in product switching. *Tobacco Control* **25**: 267-274, 2016.

532.  Kotandeniya, D., Carmella, S.G., Ming, X., Murphy, S.E., and Hecht, S.S.  Combined analysis of the tobacco metabolites total cotinine and total 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol in human urine. *Anal. Chem.* **87**: 1514-1517, 2015.

533.  Wang, H., Park, S.L., Stram, D.O., Haiman, C.A., Wilkens, L.R., Hecht, S.S., Kolonel, L.N., Murphy, S.E., and Le Marchand, L.  Associations between genetic ancestries and nicotine metabolism biomarkers in the Multiethnic Cohort Study. *Am. J. Epidemiol.* **182**: 945-951, 2015.

534.  Zarth, A.T., Murphy, S.E., and Hecht, S.S.  Benzene oxide is a substrate for glutathione-*S*-transferases. *Chem-Biol. Interact.* **242**: 390-395, 2015.

535.  Narayanapillai, S.C., von Weymarn, L.B., Carmella, S.G., Leitzman, P., Upadhyaya, P., Hecht, S.S., Murphy, S.E., and Xing, C.  Dietary dihydromethysticin increases glucuronidation of 4-(methylnitrosmino)-1-(3-pyridyl)-1-butanol (NNAL) in A/J mice, potentially enhancing its detoxification.  *Drug Metab. Disp*. **44**: 422-427, 2016.

536.  Park, S.L., Carmella, S.G., Chen, M., Patel, Y., Stram, D.O., Haiman, C.A., LeMarchand, L., and Hecht, S.S.  Mercpaturic acids derived from the toxicants acrolein and crotonaldehyde in the urine of cigarette smokers from five ethnic groups with differing risks for lung cancer.  *PLOS ONE* doi:10.1371/journal.pone.0124841, 2015.

537.  C.A. Haiman, Y.M. Patel, D.O. Stram, S.G. Carmella, M. Chen, L. Wilkens, L. Le Marchand, and S.S.Hecht, Benzene uptake and *glutathione S-transferase T1* status as determinants of *S*-phenylmercapturic acid in cigarette smokers in the Multiethnic Cohort., *PLoS ONE* 11(3):e0150641 doi:10.1371/journal.pone.0150641, 2016.

538.  Donny, E.C., Denlinger, R.L., Tidey, J., Koopmeiners, J.S., Benowitz, N.L., Vandrey, R.G., al'Absi, M., Carmella, S.G., Cinciripini, P.M., Dermody, S.S., Drobes, D.J., Hecht, S.S., Jensen, J., Lane, T., Le, C., McClernon, J., Montoya, I., Murphy, S.E., Robinson, J.D., Stitzer, M.L., Strasser, A.A., Tindle, H., and Hatsukami, D.K.  Randomized trial of reduced-nicotine standards for cigarettes.  *New. Engl. J. Med*. **373**: 1340-1349, 2015.

539.  Khariwala, S.S., Carmella, S.G., Tepanov, I, Bandyopadhyay, D., Nelson, H.H., Yueh, B., Hatsukami, D.K., and Hecht, S.S.  Self-reported tobacco use does not correlate with carcinogen exposure in smokers with head and neck cancer.  *The Laryngoscope* **125**: 1844-1848, 2015.

540.  Peiffer, D.S., Wang, L-S., Zimmerman, N.P., Ransom, B.W.S., Carmella, S.G., Kuo, C-T., Chen, J-H., Oshima, K., Huang, Y-W., Hecht, S.S., and Stoner, G.D.  Dietary consumption of black raspberries or their anthocyanin consitutents alters innate immune cell trafficking in esophageal cancer.  *Cancer Immunology Res*. **4**: 72-82, 2016.

541.  Kotandeniya, D., Carmella, S.G., Pillsbury, M.E., and Hecht, S.S.  Combined analysis of *N'*-nitrosonornicotine and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol in the urine of cigarette smokers and e-cigarette users.  *J. Chromatog. B*. **1007**: 121-126, 2015.

542.  Yuan, J-Y., Nelson, H.H., Butler, L.M., Carmella, S.G., Wang, R., Kuriger-Laber, J., Adams-Haduch, J., Hecht, S.S., Gao, Y-T., and Murphy, S.E.  Genetic determinants of cytochrome P450 2A6 activity and biomarkers of tobacco smoke exposure in relation to risk of lung cancer development in the Shanghai Cohort Study, *Int. J. Cancer* **138**: 2161-2171, 2016.

543.  Stornetta, A., Villalta, P., Hecht S.S., Sturla, S., and Balbo, S. Screening for DNA alkylation adducts with an LC-MS[3] adductomic approach. *Anal. Chem*. **87**: 11706-11713, 2015.

544.  Yershova, K., Yuan, J-M., Wang, R., Valentin, L., Watson, C., Gao, Y-T., Hecht, S.S., and Stepanov, I.  Tobacco-specific *N*-nitrosamines and polycyclic aromatic hydrocarbons in cigarettes smoked by the participants of the Shanghai Cohort Study.  *Int. J. Cancer* **139**: 1261-1269, 2016.

545.  Ma, B., Villalta, P., Zarth, A., Kotandeniya, D., Upadhyaya, P., Stepanov, I., and Hecht, S.S.  Comprehensive high resolution mass spectrometric analysis of DNA phosphate adducts formed by the tobacco-specific lung carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK). *Chem. Res. Toxicol*. **28**: 2151-2159, 2015.

546.  Khammanivong, A., Anandharaj, A., Qian, X., Song, J-M., Upadhyaya, P., Balbo, S., Bandyopadhyay, D., Dickerson, E., Hecht, S.S., and Kassie, F.  Transcriptome profiling in oral cavity and esophagus tissues from (S)-N′-nitrosonornicotine-treated rats reveals candidate genes involved in human oral cavity and esophageal carcinogenesis. *Mol. Carcinogenesis* **55**: 2168-2182, 2016.

547.  Yang, J., Villalta, P.W., Upadhyaya, P., and Hecht, S.S.  Analysis of $O^6$-[4-(3-pyridyl)-4-oxobut-1-yl]-2′-deoxyguanosine and other DNA adducts in rats treated with enantiomeric or racemic N′-nitrosonornicotine. *Chem. Res. Toxicol.* **29**: 87-95, 2016.

548.  Mercincavage, M., Souprountchouk, V., Tang, K.Z., Dumont, R.L., Wileyto, E.P., Carmella, S.G., Hecht, S.S., and Strasser, A.A.  A randomized controlled trial of progressively reduced nicotine content cigarettes on smoking behaviors, biomarkers of exposure, and subjective ratings. *Cancer Epidemiol. Biomarkers & Prev*. **25**: 1125-1133, 2016.

549.  Hecht, S.S., Stepanov, I., and Carmella, S.G.  Exposure and metabolic activation biomarkers of carcinogenic tobacco-specific nitrosamines. *Accounts Chem. Res*. **49**: 106-114, 2016.

550.  Yuan, J-M., Stepanov, I., Murphy. S.E., Wang, R., Allen, S., Jensen, J., Strayer, L., Adams-Haduch, J., Carmella, S.G., Upadhyaya, P., Le, C., Kurzer, M., Nelson, H.H., Yu, M.C., Hatsukami, D., and Hecht, S.S.  Clinical trial of 2-phenethyl isothiocyanate as an inhibitor of metabolic activation of a tobacco-specific lung carcinogen in cigarette smokers. *Cancer Prev. Res*. **9**: 396-405, 2016.

551.  Zarth, A.T., Upadhyaya, P., Yang, J., and Hecht, S.S.  DNA adduct formation from metabolic 5′-hydroxylation of the tobacco-specific carcinogen N′-nitrosonornicotine in human enzyme systems and in rats. *Chem. Res. Toxicol*. **29**: 380-389, 2016.

552.  Hatsukami, D., Luo, X., Dick, L., Kangkum, M., Alen, S., Murphy, S., Hecht, S.S., Shields, P.  Reduced nicotine content cigarettes and use of alternative nicotine products: exploratory trial. *Addiction* **112**: 156-167, 2017.

553.  Yuan, J-M., Murphy, S.E., Stepanov, I., Wang, R., Carmella, S.G., Nelson, H.H., Hatsukami, D., and Hecht, S.S.  2-Phenethyl isothiocyanate, *glutathione S-transferase M1* and *T1* polymorphisms, and detoxification of volatile organic carcinogens and toxicants in tobacco smoke. *Cancer Prev. Res*. **9**: 598-606, 2016.

554.  Patel, Y.M., Park, S.L., Carmella, S.G., Paiano, V., Olvera, N., Stram, D.O., Haiman, C.A., Le Marchand, L., and Hecht, S.S.  Metabolites of the polycyclic aromatic hydrocarbon phenanthrene in the urine of cigarette smokers from five ethnic groups with differing risks for lung cancer.  *PLoS ONE*, DOI:10.1371/journal.pone.0156203, 2016.

555.  Kassem, N.O.F., Kassem, N.O., Liles, S., Jackson, S.R., Daffa, R.M., Younis, M.A., Chatfield, D.A., Zarth, A.T., Carmella, S.G., Hecht, S.S., and Hovell, M.F. Acrolein exposure in hookah smokers and non-smokers exposed to hookah tobacco secondhand smoke: implications for regulating hookah tobacco products. *Nicotine Tob. Res*., **20**: 492-501, 2018.

556.  Fujioka, N., Ransom, B., Carmella, S.G., Upadhyaya, P., Lindgren, B., Roper-Batker, A., Hatsukami, D.K., Fritz, V.A., Rohwer, C., and Hecht, S.S.  Harnessing the power of cruciferous vegetables: developing an objective biomarker for *Brassica* vegetable consumption using urinary 3,3′-diindolylmethane. *Cancer Prev. Res*. **10**: 788-793, 2016.

557.  Yang, J., Carmella, S.G., and Hecht, S.S.  Analysis of N′-nitrosonornicotine enantiomers in human urine by chiral stationary phase liquid chromatography-nanoelectrospray ionization-high resolution tandem mass spectrometry. *J. Chromatog. B*. **1044-1045**: 127-131, 2017.

558.  Meier, E., Vogel, R.I., Carmella, S., Paiano, V., Hecht, S.S., and Hatsukami, D.  Polycyclic aromatic hydrocarbon biomarker levels among smokers who switch to oral nicotine. *Tobacco Reg. Sci*. **3**: 204-209, 2017.

559.  Park, S.L., Murphy, S.E., Wilkens, L.R., Stram, D.O., Hecht, S.S., and Le Marchand, L.  Association of CYP2A6 activity with lung cancer risk in smokers: the Multiethnic Cohort Study.   PLoS ONE, DOI:10.1371/journal.pone.0178435, 2017.

560.  Carlson, E.S., Upadhyaya, P., and Hecht, S.S.  Evaluation of nitrosamide formation in the cytochrome P-450 mediated metabolism of tobacco-specific nitrosamines. *Chem. Res. Toxicol*. **29**: 2194-2205, 2016.

561.  Yuan, J.M., Nelson, H.H., Carmella, S.G., Wang, R., Kuriger-Laber, J., Jin, A., Adams-Haduch, J., Hecht, S.S., Koh, W-P., and Murphy, S.E. *CYP2A6* genetic polymorphisms and biomarkers of tobacco smoke constiuents in relation to risk of lung cancer in the Singapore Chinese Health Study. *Carcinogenesis*, **38**: 411-418, 2017.

562.  Cheng, G., Zarth, A.T., Upadhyaya, P., Villalta, P.W., Balbo, S., and Hecht, S.S.  Investigation of the presence in human urine of mercapturic acids derived from phenanthrene, a representative polycyclic aromatic hydrocarbon., *Chem-Biol. Interactions*, **274**: 80-88, 2017.

563.  Michel, A.K., Zarth, A.T., Upadhyaya, P., and Hecht, S.S.  Identification of 4-(3-pyridyl)-4-oxobutyl-2′-deoxycytidine adducts formed in the reaction of DNA with 4-(acetoxymethynitrosamino)-1-(3-pyridyl)-1-butanone, a chemically activated form of tobacco-specific carcinogens. *ACS Omega*, **2**: 1180-1190, doi 10.1021/acsomega.7b0072, 2017

564.  Puppala, M., Narayanapillai, S.C., Leitzman, P., Sun, H., Upadhyaya, P., O'Sullivan, M.G., Hecht, S.S., and Xing, C.  Pilot in vivo structure-activity relationship of dihydromethysiticn (DHM) in blocking tobacco carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK)-induced $O^6$-methylguanine DNA damage and lung tumorgenesis in A/J mice. *J. Med. Chem*., **60**: 7935-7940, 2017

565.  Khariwala, S., Ma, B., Ruszczak, C., Carmella, S.G., Lindgren, B., Hatsukami, D.K., Hecht, S.S., and Stepanov, I.  High level of tobacco carcinogen-derived DNA damage in oral cells is an independent predictor of oral/head and neck cancer risk in smokers. *Cancer Prev. Res*., **10**: 507-513, 2017.

566.  Villalta, P.W., Hochalter, J.B., and Hecht, S.S.  Ultra-sensitive high resolution mass spectrometric analysis of a DNA adduct of the carcinogen benzo[*a*]pyrene in human lung. *Anal. Chem*., **89**: 12735-12742, 2017.

567.  Ma, B., Zarth, A.T., Carlson, E.S., Villalta, P.W., Upadhyaya, P., Stepanov, I., and Hecht, S.S.  Identification of more than one hundred structurally unique DNA-phosphate adducts formed during rat lung carcinogenesis by the tobacco-specific nitrosamine 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone. *Carcinogenesis*, **39**: 232-241, 2018. doi:10.1093/carcin/bgx135.

568.  Ma, B., Zarth, A.T., Carlson, E.S., Villalta, P.W., Stepanov, I., and Hecht, S.S.  Pyridylhydroxybutyl and pyridyloxobutyl DNA phosphate adduct formation in rats treated chronically with enantiomers of the tobacco-specific nitrosamine metabolite 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol. *Mutagenesis*, **32**: 561-570, doi:10.1093/mutage/gex031, 2017.

569.  Yuan, J-M., Carmella, S.G., Wang, R., Yan, Y., Adams-Haduch, J., Gao, Y-T, and Hecht, S.S.  Relationship of the oxidative damage biomarker 8-*epi*-prostagalndin $F_{2\alpha}$ to risk of lung cancer development in the Shanghai Cohort Study. *Carcinogenesis*, **39**: 948-954, 2018.

570.  Ma, B., Zarth, A.T., Carlson, E.S. Villalta, P.W., Upadhyaya, P., Stepanov, I., and Hecht, S.S.
      Methyl DNA phosphate adduct formation in rats treated chronically with 4-(methylnitrosamino)-1-(3-
      pyridyl)-1-butanone and enantiomers of its metabolite 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol,
      *Chem. Res. Toxicol.*, **31**: 48-57, 2018.

571.  Kovi, R.C., Johnson, C.S., Balbo, S., Hecht, S.S, and O'Sullivan, M.G., Metastasis to the F-344 rat
      pancreas from lung cancer induced by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and
      enantiomers of its metabolite 4-(methylnitrosamino)1-(3-pyridyl)-1-butanol, constituents of tobacco
      products. *Toxicol. Pathol.*, **46**: 184-192, 2018.

572.  Upadhyaya, P., Zarth, A.T., Fujioka, N., Fritz, V.A., and Hecht, S.S.  Identification and analysis of a
      mercapturic acid conjugate of indole-3-methyl isothiocyanate in the urine of humans who consumed
      cruciferous vegetables.  *J. Chromatog. B.* **1072**: 341-346, 2018.

573.  Stram, D.O., Patel, Y., Haiman, C., Murphy, S.E., Hecht, S.S., Park, L., and Le Marchand, L.
      Racial/ethnic differences in lung cancer incidence in the Multiethnic Cohort Study: an update. *J. Natl.
      Cancer Inst.*, **111**: 811-819, 2019.

574.  Carlson, E.S., Upadhyaya, P., Villalta, P.W., Ma, B., and Hecht, S.S., Analysis and identification of
      2'-deoxyadenosine-derived adducts in lung and liver DNA of F-344 rats treated with the tobacco-
      specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and enantiomers of its
      metabolite 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanol. *Chem. Res. Toxicol.*, **31**: 358-370, 2018.

575.  Hatsukami, D.K., Luo, X., Jensen, J.A., al'Absi, M., Allen, S.S., Carmella, S.G., Chen, M.,
      Cinciripini, P.M., Denlinger-Apte, R., Drobes, D.J., Koopmeiners, J.S., Lane, T., Le, C.T., Leischow,
      S., Luo, K., McClernon, J., Murphy, S.E., Paiano, V., Robinson, J.D., Severson, H., Sipe, C., Strasser,
      A.A., Strayer, L.G., Tang, M.K., Vandrey, R., Hecht. S.S., Benowitz, N.L., and Donny, E.C., Effect
      of immediate vs. gradual reduction in nicotine content of cigarettes on biomarkers of smoke exposure:
      a randomized clinical trial, *J. Amer. Med. Assoc.*, **320**: 880-891, 2018.

576.  Wang, Y., Wong, L-Y, Ye, X., Meng, L., Pitman, E.N., Trinidad, D.N., Hubbard, K.L., Etheredge,
      A., Del Valle-Pinero, A.Y., Zamoiski, R., van Bemmel, D.M., Borek, N., Patel, V., Kimmel, H.L.,
      Conway, K.P., Lawrence, C., Edwards, K.C., Hyland, A., Goniewicz, M.L., Hatsukami, D., Hecht,
      S.S, and Calafat, A.M. Urinary concentrations of monohydroxylated polycyclic aromatic hydrocabons
      in adults from the U.S. Population Assessment of Tobacco and Health (PATH) Study Wave I (2013-
      2014), *Environment Int.*, **123**: 201-208, 2019.

577.  Goniewicz, M.L., Smith, D.M., Edwards, K.C., Blount, B.C., Caldwell, K.L., Feng, J., Wang, L.,
      Christensen, C., Ambrose, B., Boreek, N., van Bemmel, D., Konkel, K., Erives, G., Stanton, C.A.,
      Lambert, E., Kimmel, H.L., Hatsukami, D. Hecht, S.S., Niaura, R.S., Travers, M., Lawrence, C., and
      Hyland, A.J., Comparison of nicotine and toxicant exposure in users of electronic cigarettes and
      combustible cigarettes. *JAMA Netw Open*
      2018;1(8):e185937.doi:10.1001/jamanetworkopen.2018.5937.

578.  St. Helen, G., Benowitz, N.L., Ko, J., Jacob, P., III, Gregorich, S.E., Perez-Stable, E.J., Murphy, S.E.,
      Hecht, S.S., Hatsukami, D.K., and Donny, E.C. Differences in exposure to toxic and carcinogenic
      volatile organic compounds between Black and White cigarette smokers, *J. Exposure Sci. Environ.
      Epidemiol.*,doi: 10.1038/s41370-019-0159-9, 2019.

579.   Chen, M., Carmella, S.G., Sipe, C., Jensen, J., Luo, X., Le, C.T., Murphy, S.E., Benowitz, N. L., McClernon, F.J., Vandry, R., Allen, S.S., Denlinger-Apte, R., Cinciripini, P.M., Strasser, A.A., al'Absi, M., Robinson, J.D., Donny, E.C., Hatsukami, D., and Hecht, S.S., Longitudinal stability in cigarette smokers of urinary biomarkers of exposure to the toxicants acrylonitrile and acrolein. *PLoS ONE*, 10.1371/journal.pone.0210104, 2019.

580.   McElroy, J., Carmella, S.G., Heskin, A.K., Tang, M.K., Murphy, S.E., Reisinger, S.A., Jensen, J., Hatsukami, D.K., Hecht, S.S., and Shields, P.G., Effects of cessation of cigarette smoking on eicosanoid biomarkers of inflammation and oxidative damage. *PLoS ONE*., 14(6):e0218386.  doi: 10.1371/journal.pone.0218386, 2019.

581.   Yuan, J-M, Carmella, S.G., Yang, J., Heskin, A., Wang, R., Tan, Y-T., Adams-Haduch, J., Gao, Y-T., and Hecht, S.S.  Prediagnostic levels of urinary 8-*epi*-prostaglandin F2α and prostaglandin E2 metabolite, biomarkers of oxidative damage and inflammation, and risk of hepatocellular carcinoma, *Carcinogenesis* **40**: 989-997, 2019.

582.   Yang, J., Balbo, S., Villalta, P.W., and Hecht, S.S. Analysis of acrolein-derived 1,$N^2$-propanodeoxyguanosine adducts in human lung DNA from smokers and non-smokers, *Chem. Res. Toxicol.*, **32**: 318-325, 2019.

583.   Meier, E., Lindgren, B.R., Anderson, A., Reisinger, S.A., Norton, K.J., Jensen, J., Strayer, L., Dick, L., Tang, M.-K., Chen, M., Carmella, S.G., Hecht, S.S., Murphy, S.E., Yang, J., Stepanov, I., O'Connor, R.J, Shields, P.G., and Hatsukami, D.K., A randomized clinical trial of snus examining the effect of complete vs. partial cigarette substitution on smoking-related behaviours, and biomarkers of exposure, *Nicotine Tob. Res*. **22**: 473-481, 2020. doi: 10.1093/ntr/ntz055.

584.   Hatsukami, D., Luo,, X., Heskin, A., Tang, M., Carmella, S., Jensen, J., Robinson, J., Vandrey, R., Drobes, D., Strasser, A., al'Absi, M., Seischow, S., Cinciripini, P., Koopmeiners, J., Ikuemonisan, J., Benowitz, N., Donny, E., and Hecht S.S., Effects of immediate versus gradual nicotine reduction in cigarettes on biomarkers of biological effects, *Addiction* **114**: 1824-1833, 2019.

585.   Carroll, D.M., Allenzara, A., Jensen, J., Stepanov, I., Hecht, S., Murphy, S., Luo, X., Donny, E., and Hatsukami, D.K., Biomarkers of exposure and potential harm among Natural American Spirit smokers, *Tobacco Reg. Sci*., **5**: 339-351, 2019.

586.   Carmella, S.G., Heskin, A.K., Tang, M.K., Jensen, J., Luo, X., Le, C.T., Murphy, S.E., Benowitz, N. L., McClernon, F.J., Vandry, R., Allen, S.S., Denlinger-Apte, R., Cinciripini, P.M., Strasser, A.A., al'Absi, M., Robinson, J.D., Donny, E.C., Hatsukami, D., and Hecht, S.S., Longitudinal stability in cigarette smokers of urinary eicosanoid biomarkers of oxidative damage and inflammation, *PLoS ONE*, doi 10.1371/journal.pone.0215853, 2019.

587.   Ma, B., Villalta, P.W., Hochalter, J.B.,, Stepanov, I., and Hecht, S.S.  Methyl DNA phosphate adduct formation in lung tumor tissue and adjacent normal tissue of lung cancer patients.  *Carcinogenesis*, **40**: 1387-1394, 2019

588.   Li, Y., Ma, B., Cao, Q., Balbo, S., Zhao, L., Upadhyaya, P., and Hecht, S.S.  Mass spectrometric quantitation of pyridyloxobutyl DNA phosphate adducts in rats chronically treated with *N'*-nitrosonornicotine.  *Chem. Res. Toxicol.*, **32**: 773-783, 2019

589.   Hatsukami, D.K., Meier, E., Lindgren, B.R., Anderson, A., Reisinger, S.A., Norton, K.J., Strayer, L., Jensen, J.A., Dick, L., Murphy, S.E., Carmella, S.G, Tang, M.K., Chen, M., Hecht, S.S., O'Connor, R.J., and Shields, P.G., A randomized clinical trial examining the effects of instructions for electronic cigarette use on smoking-related behaviors and biomarkers of exposure, *Nicotine Tob. Res*., **22**: 1522-1534, 2020. doi: 10.1093/ntr/ntz233.

590. Chen, J-G., Johnson, J., Egner, P., Ng, D., Zhu, J., Wang, J-B., Xue, X-F., Sun, Y., Zhang, Y-H., Lu, L-L., Chen, Y-S., Wu, Y., Zhu, Y-R., Carmella, S., Hecht, S., Jacobson, L., Munoz, A., Kensler, K., Rule, A., Fahey, J., Kensler,T., and Groopman, J., Dose-dependent detoxication of the airborne pollutant benzene in a randomized trial of broccoli sprout beverage in Qidong, China, *Am. J. Clin. Nutr*. **110**: 675-684, 2019.

591. Cheng, Y-C., Reyes-Guzman, C.M., Christensen, C.H., Rostron, B.L., Edwards, K.C., Wang, L., Feng, J., Jarrett, J. M., Ward, C.D., Xia, B., Kimmel, H.L., Conway, K.P., Leggett, C., Taylor, K., Lawrence, C., Niaura, R., Travers, M.J., Hyland, A.J., Hecht, S.S., Hatsukami, D.K., Goniewicz, M.L., Borek, N., Blount, B., and van Bemmel, D.M., Biomarkers of exposure among adult smokeless tobacco users in the Population Assessment of Tobacco and Health Study (Wave 1), *Cancer Epidemiol. Biomarkers Prev.* **29**: 659-667, 2020.

592. Tidey, J.W., Colby, S.M., Denlinger-Apte, R.L., Goodwin, C., Cioe, P.A., Cassidy, R.N. Swift, R.M., Lindgren, B.R., Rubin, N., Murphy, S.E., Hecht, S.S., Hatsukami, D.K., and Donny, E.C.  Effects of 6-week use of very low nicotine content cigarettes in smokers with serious mental illness. *Nicotine Tob. Res.*, **21 (Suppl 1)**: S38-S45, 2019. doi:10.1093/ntr/ntz133.

593. Meier, E., Vandrey, R., Rubin, J., Pacek, L., Jensen, J., Donny, E., Hecht, S.S., Carmella, S.G., Murphy, S.E., Luo, X., Stepanov, I., Ikeumonisan, J., Severson, H., al'Absi, M., and Hatsukami, D.K., Cigarette smokers vs. co-users of cannabis and cigarettes: expxosure to toxicants, *Nicotine Tob.Res*. **22**: 1383-1389, 2020. doi: 10.1093/ntr/ntz199.

594. Boldry, E., Yuan, J-M., Carmella, S.G, Wang, R., Tessier, K., Hatsukami, D.K., Hecht, S.S., and Tretyakova, N.Y., Effects of  2-phenethyl isothiocyante on metabolism of 1,3-butadiene in smokers, *Cancer Prev. Res*., **13**: 91-100, 2020.

595. Cao, W., Hecht, S.S., Murphy, S.E., Chu, H., Benowitz, N.L., Donny, E.C., Hatsukami, D.K., and Luo, X., The association between amount of smoking and multiple biomarkers using structural equation modeling, *Tobacco Reg. Sci*., **6**: 266-278, 2020.

596. Wang, Y., Narayanapillai, S.C., Tessier, K.M., Strayer, L.G., Upadhyaya, P., Hu, Q., Kingston, R., Salloum, R.G., Lu, J., Hecht, S.S., Hatsukami, D.K., Fujioka, N., and Xing, C.  The impact of one-week dietary supplementation with kava on biomarkers of tobacco use and nitrosamine-based carcinogenesis risk among active smokers, *Cancer Prev. Res.*, **13**: 483-492, 2020.

597. Luo, K., Hochalter, J.B., Carmella, S.G., and Hecht, S.S.  Quantitation of phenanthrene dihydrodiols in the urine of smokers and non-smokers by gas chromatography-negative chemical ionization tandem-mass spectrometry. *J. Chromatog. B Analyt Technol Biomed Life Sci* doi: 10.1016/j.jchromb.2020.122023.

598. Smith, D.M., Christensen, C.H., van Bemmel, D.M., Borek, N., Ambrose, B.K., Ervies, G., Niaura, R., Edwards, K.C., Stanton, C.A., Blount, B.C., Wang, L., Feng, J., Jarrett, J.M., Ward, C.D., Hatsukami, D.K., Hecht, S.S., Kimmel, H.L., Travers, M.J., Hyland, A., and Goniewicz, M.L., Exposure to nicotine and toxicants among dual users of tobacco cigarettes and e-cigarettes: Population Assessment of Tobacco and Health (PATH) Study, 2013-2014, *Nicotine Tob. Res*., submitted, 2020.

599. Chen, M., Carmella, S.G., Li, Y., Zhao, Y., and Hecht, S.S. Resolution and quantitation of mercapturic acids derived from crotonaldehyde, methacrolein, and methyl vinyl ketone in the urine of smokers and non-smokers, *Chem. Res. Toxicol*., **33**: 669-677, 2020.

600.  Luo, X., Carmella, S.G., Chen, M., Jensen, J.A. Wilkens, L.R., Le Marchand, L., Hatsukami, D.K., Murphy, S.E., and Hecht, S.S., Urinary cyanoethyl mercapturic acid, a biomarker of the smoke toxicant acrylonitrile, clearly distinguishes smokers from non-smokers. *Nicotine & Tob. Res .***22**: 1744-1747, 2020. doi: 10.1093/ntr/ntz199.

601.  Carroll, D.M., Murphy, S.E., Benowitz, N.L., Strasser, A.A., Kotlyar, M., Hecht, S.S., Carmella, S.G., McClernon, F.J., Pacek, L.R., Dermody, S.S., Vandrey, R.G., Donny, E.C., and Hatsukami, D.K.  Relationships between the nicotine metabolite ratio and a panel of exposure and effect biomarkers: findings from two studies of U.S. commercial cigarette smokers. *Cancer Epidemiol. Biomarkers Prev.* **29**: 871-879, 2020.

602.  Travers, M.J., Rivard, C., Sharma, E., Retzky, S., Yucesoy, B., Goniewicz, M.L., Staonton, C.A., Chen, J., Callahan-Lyon, P., Kimmel, H.L., Xia, B., Wang, Y., Sosnoff, C.S., DeJesus, V.R., Blount, B.C., Hecht, S.S., and Hyland, A.  Biomarkers of exposure among U.S. adult hookah users: results from Wave 1 of the Population Assessment of Tobacco and Health (PATH) Study (2013-2014)  *Int. J. Environ. Res. Public Health.* 2020.  doi: 10.3390/ijerph17176403.

603.  Luo, K., Carmella, S.G., Zhao, Y., Tang, M.K., and Hecht, S.S. Identification and quantification of phenanthrene ortho-quinones in human urine and their association with lipid peroxidation.  *Environ. Pollution* 2020. doi: 10.1016/j.envpol.2020.115342.

604.  Hu, Q., Corral, P., Narayanapillai, S.C., Leitzman, P., Upadhyaya, P., O'Sullivan, M. G., Hecht, S.S., Lu, J., and Xing, C., Oral dosing of dihydromethysticin ahead of tobacco carcinogen NNK effectively prevents lung tumorigenesis in A/J mice, *Chem. Res. Toxicol.*, **33**: 1980-1988, 2020.

605.  Cheng, G., Reisinger, S.A., Shields, P.G., Hatsukami, D.K., Balbo, S., and Hecht, S.S. Quantitation by liquid chromatography-nanoelectrospray ionization-high resolution tandem mass spectrometry of DNA adducts derived from methyl glyoxal and carboxyethylating agents in leukocytes of smokers and non-smokers. *Chemico-Biological Interact.*, **327**: doi.10.1016/j.cbi.2020.109140

606.  Guo, J., Chen, H., Upadhyaya, P., Zhao, Y., Turesky, R., and Hecht, S.S. Mass spectrometric quantitation of apurinic/apyrimidinic sites in tissue DNA of rats exposed to tobacco-specific nitrosamines and in lung and leukocyte DNA of cigarette smokers and non-smokers. *Chem. Res. Toxicol.*, **33**: 1980-1988, 2020.

607.  Paiano, V., Maertens, L., Guidolin, V., Yang, J., Balbo, S., and Hecht, S.S. Quantitative liquid chromatography-nanoelectrospray ionization-high resolution tandem mass spectrometry analysis of acrolein-DNA adducts and etheno-DNA adducts in oral cells from cigarette smokers and non-smokers. *Chem. Res. Toxicol.* **33**: 2197-2207, 2020.

608.  Xia, B., Blount, B.C., Guillot, T., Brosius, C., Li, Y., van Bemmel, D.M., Kimmel, H.L., Chang, C.M., Borek, N., Edwards, K.C., Lawrence, C., Hyland, A., Goniewicz, M.L., Pine, B.N., Xia, Y., Bernert, J.T., deCastro, B.R., Lee, J., Brown, J.L., Arnstein, S., Choi, D., Wade, E.L., Hatsukami, D., Ervies, G., Cobos, A., Nicodemus, K., Freeman, D., Hecht, S.S., Conway, K., and Wang, L. Tobacco-specific nitrosamines NNAL, NNN, NAT, and NAB exposures in the U.S. Population Assessment of Tobacco and Health (PATH) Study Wave I (2013 - 2014). *Nicotine Tob. Res.*, **23**: 573-583, 2021. doi: 10.1093/ntr/ntaa 110.

609.  Tevis, D.S., Willmore, A., Bhandari, D., Bowman, B., Biren, C., Kenwood, B.M., Jacob, P., Liu, J., Bello, K., Hecht, S.S., Carmella, S.G., Chen, M., Gaudreau, E., Bienvenue, J.-F., Blount, B.C., and De Jesus, V.R. Large differences in urinary benzene metabolite S-phenyl mercapturic acid quantitation: a comparison of five LC-MS-MS methods. *J. Anal. Toxicol.*, 2020. doi: 10.1093/jat/bkaa137.

610.    Peterson, L., Oram, M., Flavin, M., Seabloom, D., Smith, W.E.., O'Sullivan, M.G., Vevang, K.R., Upadhyaya, P., Stornetta, A., Floeder, A.C., Ho, Y-Y., Zhang, L., Hecht, S.S., Balbo, S., Wiedmann, T.S. Coexposure to inhaled aldehydes or carbon dioxide enhances the carcinogenic activities of the tobacco-specific nitrosamine NNK in A/J mouse lungs. *Chem. Res. Toxicol.*, **34**: 723-732, 2021.

611.    Luo, K., Luo, X., Cao, W., Hochalter, J.B., Paiano, V., Cipe, C.J., Carmella, S.G., Murphy, S.E., Jensen, J., Lam, S., Golin, A.P., Bergstrom, L., Midthun, D., Fujioka, N., Hatsukami, D.K., and Hecht, S.S.  Cigarette smoking enhances the metabolic activation of carcinogenic polycyclic aromatic hydrocarbons in humans. *Carcinogenesis*, **42**: 570-577, 2021 doi: 10.1093/carcin/bgaa137.

612.    Meier, E., Vandrey, R., Rubin, N., Pacek, L.R., Jensen, J.A., Donny, E.C., Hecht, S.S., Carmella, S.G., Murphy, S.E., Luo, X., Stepanov, I., Ikuemonisan, J., Severson, H. al'Absi, M., and Hatsukami, D.K. Cigarette smokers versus cousers of cannabis and cigarettes: exposure to toxicants. *Nicotine Tob. Res.*, **22**: 1383-1389 (2020) doi:10.1093/ntr/ntz199

613.    Li, Y. and Hecht, S.S. Identification of an *N'*-nitrosonornicotine-specific deoxyadenosine adduct in rat liver and lung. *Chem. Res. Toxicol.*, **34**: 992-1003, 2021

614.    Li, Y., Carlson, E., Zarth, A., Upadhyaya, P., and Hecht, S.S. Investigation of 2'-deoxyadenosine-derived adducts specifically formed in rat liver and lung DNA by *N'*-nitrosonornicotine (NNN) metabolism. *Chem. Res. Toxicol.*, **34**: 1004-1015, 2021

615.    Guidolin, V., Carlson, E.S., Carra, A., Villalta, P.W., Maertens, L.A., Hecht, S.S., and Balbo, S. Identification of new markers of alcohol- derived DNA damage in humans using an ultrasensitive DNA adductomics approach. *Biomolecules.*, **11**:doi: 10.3390/biom11030366, 2021

616.    Xing, C., Hecht, S.S., Lu, J., Upadhyaya, P., Murphy, S.E., Leitzman, P., Narayanapillai, S., and Balbo, S. Kava derived therapeutic compounds and methods of use thereof. U.S. Patent 10918687, 2021

617.    Sosnoff, C.S., Caron, K., Akins, R., Dortch, K., Hunter, R.E., Brittany, N.P., Fing, J., Blount, B.C., Li, Y., van Bemmel, D.M., Kimmel, H.L., Edwards, K.C., Goniewicz, M.L., Hatsukami, D.K., deCastro, B.R., Bernert, J.T., Arnstein, S., Borek, N., Ying, D.-B., Mishina, E., Lawrence, C., Hyland, A., Hecht, S.S., Conway, K.P., Pirkle, J.L., and Wang, L. Serum concentrations of cotinine and *trans*-3'-hydroxycotinine in U.S. adults: results from Wave 1 (2013-2014) of the population assessment of tobacco and health (PATH) study. *Nicotine Tob. Res.*, submitted, 2021

618.    Feng, J. Sosnoff, C., Bernert, J.T., Blount, B.C., Li, Y., Valle-Pineiro, D., Kimmel, H., van Bemmel, D., Rutt, S.M., Crespo-Barreto, J., Borek, N., Edwards, K.C., Alexander, R., Arnstein, S., Lawrence, C., Hyland, A., Goniewicz, M.L., Rehmani, I., Pine, B., Pagnotti, V., Wade, E., Sandlin, J., Luo, Z., Piyankarage, S., Hatsukami, D., Hecht, S.S., Conway, K.P., and Wang, L.  Urinary nicotine metabolites and self-reported tobacco use among adults in the Population Assessment of Tobacco and Health (PATH) Study, 2013-2014.  *Nicotine Tob. Res.*,submitted, 2021

**Chapters, Invited Articles, Books and Other Papers**

1.  Hoffmann, D., Schmeltz, I., Hecht, S.S., and Wynder, E.L.  Chemical studies on tobacco smoke. XXXIX. On the identification of carcinogens, tumor promoters, and cocarcinogens in tobacco smoke. In: *Smoking and Health: I. Modifying the risk for the smoker*. (E.L. Wynder, D. Hoffmann, and G.B. Gori, eds.), Proc. Third World Conf. on Smoking and Health, Washington, DC:U.S. Govt. Printing Office, 1976, 125-145.

2.  Hecht, S.S., Schmeltz, I, Hoffmann, D., and Wynder, E.L.  Chemical studies on tobacco smoke. XL. Identification of carcinogens in tobacco.  In: *Smoking and Health: I. Modifying the risk for the smoker*. (E.L. Wynder, D. Hoffmann, and G.B. Gori, eds.), Proc. Third World Conf. on Smoking and Health, xWashington, D.C.:U.S. Govt. Printing Office, 1976, 191-202.

3.  Hecht, S.S., Tso, T.C., and Hoffmann, D.  Selective reduction of tumorigenicity of tobacco smoke. IV. Approaches to the reduction of nitrosamines and aromatic amines.  In: *Smoking and Health: I. Modifying the risk for the smoker*. (E.L. Wynder, D. Hoffmann, and G.B. Gori, eds.), Proc. Third World. Conf. on Smoking and Health, Washington, D.C.:U.S. Govt. Printing Office, 1976, 535-545.

4.  Hecht, S.S., Loy, M., and Hoffmann, D.  A study of chemical carcinogenesis, 3. On the structure and carcinogenicity of the methylchrysenes.  In: *Carcinogenesis, Vol. 1, Polynuclear Aromatic Hydrocarbons: Chemistry, Metabolism, and Carcinogenesis*. (R.I. Freudenthal and P.W. Jones, eds.), New York:Raven Press, 1976, 325-340.

5.  Hoffmann, D., Hecht, S.S., Ornaf, R.M., Wynder, E.L., and Tso, T.C.  Chemical studies on tobacco smoke, XLII. Nitrosonornicotine: presence in tobacco, formation and carcinogenicity.  In: *Environmental N-Nitroso Compounds: Analysis and Formation*, Vol. 1. (E.A. Walker, P. Bogovski, and L. Griciute, eds.), IARC Scientific Publications, No. 14, Lyon, France:International Agency for Research on Cancer, 1976, 307-320.

6.  Hoffmann, D., Hecht, S.S., Schmeltz, I., Brunnemann, K.D., and Wynder, E.L.  Chemical studies on tobacco smoke, XLIV. New separation techniques for classes of smoke compounds.  *Rec. Adv. Tobacco Sci.*, **1**: 97-122, 1976.

7.  Wynder, E.L. and Hecht, S.S., eds. Book  *Lung Cancer.*  UICC Technical Report Series, Vol. 25, Geneva:International Union Against Cancer,  1976, 170 pp.

8.  Hoffmann, D., Schmeltz, I., Hecht, S.S., Brunnemann, K.D., and Wynder, E.L.  Volatile carcinogens: occurrence, formation and analysis.  In: *Prevention and Detection of Cancer. Part I. Vol. 2*. (H.E. Nieburgs, ed.), New York:Marcel Dekker, 1978, 1943-1959.

9.  Hecht, S.S., Loy, M., Mazzarese, R., and Hoffmann, D.  A study of chemical carcinogenesis, 5. On the carcinogenicity of 5-methylchrysene: Structure-activity studies and metabolism.  In: *Polycyclic Hydrocarbons and Cancer*, Vol. 1. (H. Gelboin and P.O.P. Ts'o, eds.), New York:Academic Press, 1978, 119-130.

10. Hoffmann, D., Schmeltz, I., Hecht, S.S., and Wynder, E.L.  Tobacco carcinogenesis.  In: *Polycyclic Hydrocarbons and Cancer*, Vol. 1. (H. Gelboin and P.O.P. Ts'o, eds.), New York:Academic Press, 1978, 85-117.

11. Hecht, S.S., Chen, C.B., Ornaf, R.M., Hoffmann, D., and Tso, T.C.  Chemical studies on tobacco smoke, LVI. Tobacco specific nitrosamines: origins, carcinogenicity and metabolism.  In: *Environmental Aspects of N-Nitroso Compounds*, Vol. 1. (E.A. Walker, M. Castegnaro, L. Griciute, and R.E. Lyle, eds.), IARC Scientific Publications, No. 19, Lyon, France:International Agency for Research on Cancer, 1978, 395-413.

12. Hecht, S.S., Schmeltz, I., and Hoffmann, D.  Nitrogenous compounds in cigarette smoke and their possible precursors.  *Rec. Adv. Tobacco Sci.*, **3**: 59-93, 1977.

13.  Hoffmann, D., Hecht, S.S., Schmeltz, I., and Wynder, E.L.  Polynuclear aromatic hydrocarbons: occurrence, formation and carcinogenicity.  In: *Structural Correlates of Carcinogenesis and Mutagenesis: A Guide to Testing Priorities?* (I.M. Asher and C. Zervos, eds.), Proc. 2nd FDA Symposium, Washington,DC:FDA, 1978, 120-128.

14.  Hoffmann, D., Rivenson, A., Hecht, S.S., Hilfrich, J., Kobayashi, N., and Wynder, E.L.  Model studies in tobacco carcinogenesis with the Syrian golden hamster.  In: *Progress in Experimental Tumor Research*, Vol. 24. (F. Homburger, ed.), Basel:S. Karger, 1979, 370-390.

15.  Hecht, S.S., Chen, C.B., McCoy, G.D., and Hoffmann, D.  Tobacco specific N-nitrosamines: occurrence, carcinogenicity, and metabolism.  In: *N-Nitrosamines*. (J.P. Anselme, ed.), ACS Symposium Series, 101, Washington, DC:American Chemical Society, 1979, 125-152.

16.  Hecht, S.S., LaVoie, E.J., and Hoffmann, D.  A study of chemical carcinogenesis, 13. Structure-activity relationships in polynuclear aromatic hydrocarbons.  In: *Proceedings of the Lawrence Berkeley Laboratory Conference on Carbonaceous Particles in the Atmosphere*. (T. Novakov, ed.), Springfield, VA:National Technical Information Service, 1979, 177-186.

17.  Hecht, S.S., Mazzarese, R., Amin, S., LaVoie, E., and Hoffmann, D.  A study of chemical carcinogenesis, 15. On the metabolic activation of 5-methylchrysene.  In: *Polynuclear Aromatic Hydrocarbons*. (P.W. Jones and P. Leber, eds.), Ann Arbor, MI:Ann Arbor Sci. Publ., 1979, 733-752.

18.  LaVoie, E., Bedenko, V., Hirota, N., Hecht, S.S., and Hoffmann, D.  A comparison of the mutagenicity, tumor-initiating activity and complete carcinogenicity of polynuclear aromatic hydrocarbons.  In: *Polynuclear Aromatic Hydrocarbons*. (P.W. Jones and P. Leber, eds.), Ann Arbor, MI:Ann Arbor Scientific Publications, 1979, 705-721.

19.  Hecht, S.S., LaVoie, E., Amin, S., Bedenko, V., and Hoffmann, D.  A study of chemical carcinogenesis, 23. On the metabolic activation of benzofluoranthenes.  In: *Polynuclear Aromatic Hydrocarbons: Chemistry and Biological Effects*. (A. Bjorseth and A.J. Dennis, eds.), Columbus, OH:Battelle Press, 1980, 417-433.

20.  Chen, C.B., Hecht, S.S., McCoy, G.D., and Hoffmann, D.  A study of chemical carcinogenesis, 25. Assays for metabolic □-hydroxylation of N'-nitrosonornicotine and N-nitrosopyrrolidine and the influence of modifying factors.  In: *N-Nitroso Compounds: Analysis, Formation and Occurrence*. (E.A. Walker, M. Castegnaro, L. Griciute, and M. Borzsonyi, eds.), IARC Scientific Publications, No. 31, Lyon, France:International Agency for Research on Cancer, 1980, 349-357.

21.  Hecht, S.S., Chen, C.B., Young, R., Lin, D., and Hoffmann, D.  A study of chemical carcinogenesis, 26. Metabolism of the tobacco specific nitrosamines, N'-nitrosonornicotine and 4-(N-methyl-N-nitrosamino)-1-(3-pyridyl)-1-butanone.  In: *N-Nitroso Compounds: Analysis, Formation and Occurrence*. (E.A. Walker, M. Castegnaro, L. Griciute, eds.), IARC Scientific Publications, No. 31, Lyon, France:International Agency for Research on Cancer, 1980, 755-763.

22.  Hoffmann, D., Adams, J.D., Piade, J.J., and Hecht, S.S.  Chemical studies on tobacco smoke. LXVIII. Analysis of volatile and tobacco-specific nitrosamines in tobacco products.  In: *N-Nitroso Compounds: Analysis, Formation and Occurrence*. (E.A. Walker, M. Castegnaro, L. Griciute, and M. Borzsonyi, eds.), IARC Scientific Publications, No. 31, Lyon, France:International Agency for Research on Cancer, 1980, 507-514.

23.  McCoy, G.D., Chen, C.B., and Hecht, S.S.  Influence of modifiers of MFO activity on the *in vitro* metabolism of cyclic nitrosamines.  In: *Microsomes, Drug Oxidations, and Chemical Carcinogenesis*, Vol. II. (M.J. Coon, A.H. Conney, R.W. Estabrook, H.V. Gelboin, J.R. Gillette, and P.J. O'Brien, eds.), New York:Academic Press, 1980, 1189-1192.

24.   LaVoie, E.J., Hecht, S.S., Hoffmann, D., and Wynder, E.L.  The less harmful cigarette and tobacco smoke flavors.  In: *A Safe Cigarette?* (G.B. Gori and F.G. Bock, eds.), Banbury Report, 3, Cold Spring Harbor, New York:Cold Spring Harbor Laboratory, 1980, 251-260.

25.   Hoffmann, D., Chen, C.B., and Hecht, S.S.  The role of volatile and nonvolatile N-nitrosamines in tobacco carcinogenesis.  In: *A Safe Cigarette?* (G.B. Gori and F.G. Bock, eds.), Banbury Report, 3, Cold Spring Harbor, New York:Cold Spring Harbor Laboratory, 1980, 113-127.

26.   Rivenson, A., Ohmori, T., Hecht, S.S., and Hoffmann, D.  Organotropic carcinogenicity of tobacco specific N-nitrosamines.  In: *Biology of the Cancer Cell*. (K. Letnansky, ed.), Amsterdam:Kugler Publ., 1980, 51-62.

27.   McCoy, G.D., Hecht, S.S., and Wynder, E.L.  The roles of tobacco, alcohol, and diet in the etiology of upper alimentary and respiratory tract cancers.  *Prev. Med.*, **9**: 622-629, 1980.

28.   LaVoie, E.J. and Hecht, S.S.  Chemical carcinogens: *in vitro* metabolism and activation.  In: *Hazard Assessment of Chemicals: Current Developments*, Vol. 1. (J. Saxena, ed.), New York:Academic Press, 1981, 155-249.

29.   Hoffmann, D., Hecht, S.S., and Wynder, E.L.  The role of polynuclear aromatic hydrocarbons in tobacco carcinogenesis.  *VDI-Berichte*, **358**: 335-350, 1980.

30.   Hecht, S.S. and LaVoie, E.J.  Analysis of feces for benzo[a]pyrene after consumption of charcoal-broiled beef.  In: *Gastrointestinal Cancer: Endogenous Factors*, Vol. 1. Banbury Report, No. 7, Cold Spring Harbor, NY:Cold Spring Harbor Laboratory, 1981, 381-391.

31.   Hecht, S.S., LaVoie, E.J., Bedenko, V., Hoffmann, D., Sardella, D.J., Boger, E., and Lehr, R.E.  A study of chemical carcinogenesis, 32. On the metabolic activation of dibenz[a,i]pyrene and dibenzo[a,h]pyrene.  In: *Polynuclear Aromatic Hydrocarbons: Chemical Analysis and Biological Fate*. (M. Cooke and A.J. Dennis, eds.), Columbus, OH:Battelle Press, 1981, 43-54.

32.   Hecht, S.S., McCoy, G.D., Chen, C.B., and Hoffmann, D.  A study of chemical carcinogenesis, 34. The metabolism of cyclic nitrosamines.  In: *N-Nitroso Compounds*. (R.A. Scanlan and S.R. Tannenbaum, eds.), ACS Symposium, 174, Washington, DC:American Chemical Society, 1981, 49-75.

33.   Hoffmann, D., Adams, J.D., Brunnemann, K.D., and Hecht, S.S.  Formation, occurrence and carcinogenicity of N-nitrosamines in tobacco products.  In: *N-Nitroso Compounds*. (R.A. Scanlan and S.R. Tannenbaum, eds.), ACS Symposium, 174,  1981, 247-273.

34.   LaVoie, E.J., Hecht, S.S., and Hoffmann, D.  Molecular basis for the structure carcinogenicity relationships of polynuclear aromatic hydrocarbons.  In: *Structure-Activity Correlation as a Predictive Tool in Toxicology. Fundamentals, Methods, and Applications*. (L. Golberg, ed.), New York, NY:Hemisphere Publishing Corp., 1983, 263-274.

35.   McCoy, G.D., Katayama, S., Nicolais, M.M., and Hecht, S.S.  Influence of chronic ethanol consumption by hamsters on the carcinogenicity of N-nitrosopyrrolidine and N'-nitrosonornicotine.  In: *Biological Approach to Alcoholism*. (C.S. Lieber, ed.), National Institute on Alcohol Abuse and Alcoholism, Research Monograph 11, Washington, DC:U.S. Gov't. Printing Office, DHHS Publication No. (ADM) 83-1261, 1983, 142-151.

36.   Hecht, S.S., Young, R., Rivenson, A., and Hoffmann, D.  A study of chemical carcinogenesis, 37. On the metabolic activation of N-nitrosomorpholine and N'-nitrosonornicotine: effects of deuterium substitution.  In: *N-Nitroso Compounds: Occurrence and Biological Effects*. (H. Bartsch, I.K. O'Neill, M. Castegnaro, M. Okada, and W. Davis, eds.), IARC Scientific Publications, No. 41, Lyon, France:International Agency for Research on Cancer, 1982, 499-507.

37.  Hoffmann, D., Brunnemann, K.D., Rivenson, A., and Hecht, S.S.  N-Nitrosodiethanolamine: analysis, formation in tobacco products and carcinogenicity in Syrian golden hamsters.  In: *N-Nitroso Compounds: Occurrence and Biological Effects*. (H. Bartsch, I.K. O'Neill, M. Castegnaro, M. Okada, and W. Davis, eds.), IARC Scientific Publications, No. 41, Lyon, France:International Agency for Research on Cancer, 1982, 299-308.

38.  McCoy, G.D., Katayama, S., Young, R., Wyatt, M., and Hecht, S.  Influence of chronic ethanol consumption on the metabolism and carcinogenicity of tobacco-related nitrosamines.  In: *N-Nitroso Compounds: Occurrence and Biological Effects*. (H. Bartsch, I.K. O'Neill, M. Castegnaro, M. Okada, and W. Davis, eds.), IARC Scientific Publications, No. 41, Lyon, France:International Agency for Research on Cancer, 1982, 635-642.

39.  Hoffmann, D., Adams, J.D., Brunnemann, K.D., Rivenson, A., and Hecht, S.S.  Tobacco specific N-nitrosamines: occurrence and bioassays.  In: *N-Nitroso Compounds: Occurrence and Biological Effects*. (H. Bartsch, I.K. O'Neill, M. Castegnaro, M. Okada, and W. Davis, eds.), IARC Scientific Publications, No. 41, Lyon, France:International Agency for Research on Cancer, 1982, 309-318.

40.  Hecht, S.S., Carmella, S., Furuya, K., and LaVoie, E.J.  Polynuclear aromatic hydrocarbons and catechol derivatives as potential factors in digestive tract carcinogenesis.  In: *Environmental Mutagens and Carcinogens*. (T. Sugimura, S. Kondo, and H. Takebe, eds.), Tokyo, Japan:University of Tokyo Press, 1982, 545-556.

41.  El-Bayoumy, K. and Hecht, S.S.  Comparative metabolism *in vitro* of 5-nitroacenaphthene and 1-nitronaphthalene.  In: *Polynuclear Aromatic Hydrocarbons: Physical and Biological Chemistry*. (M. Cooke, A.J. Dennis, and G.L. Fisher, eds.), Columbus,OH:Battelle Press, 1982, 263-273.

42.  Hoffmann, D., LaVoie, E.J., and Hecht, S.S.  Polynuclear aromatic hydrocarbons: effects of chemical structure on tumorigenicity.  In: *Polynuclear Aromatic Hydrocarbons: Physical and Biological Chemistry*. (M. Cooke, A.J. Dennis, and G.L. Fisher, eds.), Columbus,OH:Battelle Press, 1982, 1-19.

43.  Hoffmann, D., Wynder, E.L., Rivenson, A., LaVoie, E.J., and Hecht, S.S.  Skin bioassays in tobacco carcinogenesis.  In: *Skin Painting Techniques and* in vivo *Carcinogenesis Bioassays.  Progress in Experimental Tumor Research*, Vol. 26. (F. Homburger, ed.), Basel:Karger, 1983, 43-67.

44.  Rivenson, A., Furuya, K., Hecht, S.S., and Hoffmann, D.  Experimental nasal cavity tumors induced by tobacco-specific nitrosamines (TSNA).  In: *Nasal Tumors in Animals and Man*, Vol. III. (G. Reznik and S.F. Stinson, eds.), Boca Raton, FL:CRC Press, Inc., 1983, 79-113.

45.  Hecht, S.S., Castonguay, A., and Hoffmann, D.  Nasal cavity carcinogens: possible routes of metabolic activation.  In: *Nasal Tumors in Animals and Man*, Vol. III. (G. Reznik and S.F. Stinson, eds.), Boca Raton, FL:CRC Press, Inc., 1983, 201-232.

46.  El-Bayoumy, K. and Hecht, S.S.  Tumor initiating activity and *in vitro* metabolism of 6-nitrochrysene and 1-nitropyrene.  In: *Toxicity of Nitroaromatic Compounds*. (D.E. Rickert, ed.), Raleigh, NC:Hemisphere Publishing Co., 1985, 231-242.

47.  Hoffmann, D., Brunnemann, K.D., Adams, J.D., Rivenson, A., and Hecht, S.S.  N-Nitrosamines in tobacco carcinogenesis.  In: *Nitrosamines and Human Cancer*. Banbury Report, No. 12, Cold Spring Harbor, NY:Cold Spring Harbor Laboratory, 1982, 211-225.

48.  Hecht, S.S., Castonguay, A., Chung, F.L., Hoffmann, D., and Stoner, G.D.  Recent studies on the metabolic activation of cyclic nitrosamines.  In: *Banbury Report 12: Nitrosamines and Human Cancer*. Banbury Report, No. 12, Cold Spring Harbor, NY:Cold Spring Harbor Laboratory, 1982, 103-120.

49.  Brunnemann, K.D., Hecht, S.S., and Hoffmann, D.  N-Nitrosamines: environmental occurrence, *in vivo* formation and metabolism.  *J. Toxicol. - Clin. Toxicol.*, **19**: 661-688, 1982.

50.   Melikian, A.A., LaVoie, E.J., Hecht, S.S., and Hoffmann, D.  On the enhancing effect of a bay-region methyl group in 5-methylchrysene carcinogenesis.  In: *Polynuclear Aromatic Hydrocarbons: Formation, Metabolism and Measurement*. (M. Cooke and A.J. Dennis, eds.), Columbus, OH:Battelle Press, 1983, 861-875.

51.   Hoffmann, D., Hecht, S.S., Haley, N.J., Brunnemann, K.D., Adams, J.D., and Wynder, E.L.  Tobacco carcinogenesis: metabolic studies in humans.  In: *Human Carcinogenesis*. (H. Autrup, ed.), New York, NY:Academic Press, 1983, 809-832.

52.   Hecht, S.S., Castonguay, A., Rivenson, A., Mu, B., and Hoffmann, D.  Tobacco specific nitrosamines: carcinogenicity, metabolism, and possible role in human cancer.  *J. Environ. Sci. Health*, **C1**: 1-54, 1983.

53.   Hoffmann, D., Hecht, S.S., and Wynder, E.L.  Tumor promoters and cocarcinogens in tobacco carcinogenesis.  *Environ. Health Perspect.*, **50**: 247-257, 1983. PMCID: PMC1569210.

54.   Eisenbrand, G., Archer, M., Brunnemann, K.D., Fine, D.H., Hecht, S.S., Hoffmann, D., Krull, J., and Webb, K.S.  Problems of contamination and artefact formation in nitrosamine sampling and analysis.  In: *Environmental Carcinogens: Selected Methods of Analysis - Vol. 6, N-Nitroso Compounds*. (R. Preussmann, I.K. O'Neill, G. Eisenbrand, B. Spiegelhalder, and H. Bartsch, eds.), IARC Scientific Publications, No. 45, Lyon, France:International Agency for Research on Cancer, 1983, 25-34.

55.   Hecht, S.S., Adams, J.D., and Hoffmann, D.  Tobacco-specific nitrosamines in tobacco and tobacco smoke.  In: *Environmental Carcinogens: Selected Methods of Analysis - Vol. 6, N-Nitroso Compounds*. (R. Preussmann, I.K. O'Neill, G. Eisenbrand, B. Spiegelhalder, and H. Bartsch, eds.), IARC Scientific Publications, No. 45, Lyon, France:International Agency for Research on Cancer, 1983, 93-101.

56.   Hecht, S.S., Adams, J.D., and Hoffmann, D.  HPLC-TEA of tobacco-specific nitrosamines.  In: *Environmental Carcinogens: Selected Methods of Analysis - Vol. 6, N-Nitroso Compounds*. (R. Preussmann, I.K. O'Neill, G. Eisenbrand, B. Spiegelhalder, and H. Bartsch, eds.), IARC Scientific Publications, No. 45, Lyon, France:International Agency for Research on Cancer, 1983, 429-436.

57.   Hoffmann, D., Brunnemann, K.D., Adams, J.D., and Hecht, S.S.  Formation and analysis of N-nitrosamines in tobacco products and their endogenous formation in consumers.  In: *N-Nitroso Compounds: Occurrence, Biological Effects and Relevance to Human Cancer*. (I.K. O'Neill, R.C. Von Borstel, C.T. Miller, J. Long, and H. Bartsch, eds.), IARC Scientific Publications, No. 57, Lyon, France:International Agency for Research on Cancer, 1984, 743-762.

58.   Hecht, S.S., Castonguay, A., Chung, F.-L., and Hoffmann, D.  Carcinogenicity and metabolic activation of tobacco-specific N-nitrosamines: current status and future prospects.  In: *N-Nitroso Compounds: Occurrence, Biological Effects and Relevance to Human Cancer*. (I.K. O'Neill, R.C. Von Borstel, C.T. Miller, J. Long, and H. Bartsch, eds.), IARC Scientific Publications, No. 57, Lyon, France:IARC, 1984, 763-778.

59.   Chung, F.-L., Juchatz, A., Vitarius, J., Reiss, B., and Hecht, S.S.  Inhibition of target tissue activation of N'-nitrosonornicotine and N-nitrosopyrrolidine by dietary components.  In: *N-Nitroso Compounds: Occurrence, Biological Effects and Relevance to Human Cancer*. (I.K. O'Neill, R.C. Von Borstel, C.T. Miller, J. Long, and H. Bartsch, eds.), IARC Scientific Publications, No. 57, Lyon, France:International Agency for Research on Cancer, 1984, 797-804.

60.   Morrison, J.B. and Hecht, S.S.  A sensitive new method for the detection of N-nitrosomorpholine formation in vivo.  In: *N-Nitroso Compounds: Occurrence, Biological Effects and Relevance to Human Cancer*. (I.K. O'Neill, R.C. von Borstel, C.T. Miller, J. Long, and H. Bartsch, eds.), IARC Scientific Publications, No. 57, Lyon, France:International Agency for Research on Cancer, 1984, 185-192.

61.  Castonguay, A., Tharp, R., and Hecht, S.S.  Kinetics of DNA methylation by the tobacco specific carcinogen 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone in F344 rats.  In: *N-Nitroso Compounds: Occurrence, Biological Effects and Relevance to Human Cancer*. (I.K. O'Neill, R.C. Von Borstel, C.T. Miller, J. Long, and H. Bartsch, eds.), IARC Scientific Publications, No. 57, Lyon, France:International Agency for Research on Cancer, 1984, 805-810.

62.  Tjälve, H., Castonguay, A., and Hecht, S.S.  Fate of the tobacco-specific carcinogen 4-(methyl-nitrosamino)-1-(3-pyridyl)-1-butanone in pregnant and newborn C57BL mice.  In: *N-Nitroso Compounds: Occurrence, Biological Effects and Relevance to Human Cancer*. (I.K. O'Neill, R.C. Von Borstel, C.T. Miller, J. Long, and H. Bartsch, eds.), IARC Scientific Publications, No. 57, Lyon, France:International Agency for Research on Cancer, 1984, 787-796.

63.  Amin, S., Hussain, N., Huie, K., Balanikas, G., Rice, J.E., LaVoie, E.J., and Hecht, S.S.  Synthesis and identification of dihydrodiol metabolites of benzo[b]fluoranthene and benzo[j]fluoranthene.  In: *Polynuclear Aromatic Hydrocarbons: Mechanisms, Methods and Metabolism*. (M.W. Cooke and A.J. Dennis, eds.), Columbus, OH:Battelle Press, 1983, 99-111.

64.  Hecht, S.S.  Chemical carcinogenesis: an overview.  *Clin. Physiol. Biochem.*, **3**: 89-97, 1985.

65.  Hoffmann, D., Rivenson, A.S., and Hecht, S.S.  The role of nicotine in tobacco carcinogenesis.  In: *Hommage au Professeur Rene Truhaut*. (G. Le Moan, ed.), Cahors, France:Tardy Quercy (S.A.), 1985, 491-495.

66.  Trushin, N., Castonguay, A., Rivenson, A., and Hecht, S.S.  Effects of ethanol consumption on the metabolism and carcinogenicity of N'-nitrosonornicotine in F344 rats.  *Ann. NY Acad. Sci.*, **435**: 214-218, 1984.

67.  Hecht, S.S., Amin, S., Melikian, A.A., LaVoie, E.J., and Hoffmann, D.  Effects of methyl and fluorine substitution on the metabolic activation and tumorigenicity of polycyclic aromatic hydrocarbons.  *ACS Symposium Series*, **283**: 85-105, 1985.

68.  Castonguay, A., Foiles, P.G., Trushin, N., and Hecht, S.S.  Study of DNA methylation by tobacco-specific N-nitrosamines.  *Environ. Health Perspect.*, **62**: 197-202, 1985. PMCID: PMC1568691.

69.  Chung, F.L., Palladino, G., and Hecht, S.S.  Formation of cyclic nucleic acid adducts from some simple α,β-unsaturated carbonyl compounds and cyclic nitrosamines.  In: *The Role of Cyclic Nucleic Acid Adducts in Carcinogenesis and Mutagenesis*. (B. Singer and H. Bartsch, eds.), IARC Scientific Publication, No. 70, Lyon, France:IARC, 1986, 207-225.

70.  Hoffmann, D., LaVoie, E.J., and Hecht, S.S.  Nicotine: a precursor for carcinogens.  *Cancer Lett.*, **26**: 67-75, 1985.

71.  Amin, S., Huie, K., Hussain, N., Balanikas, G., Geddie, J.E., LaVoie, E.J., and Hecht, S.S.  Synthesis of benzo[b]fluoranthene derivatives and their application in research on the metabolic activation of benzo[b]fluoranthene.  In: *Polynuclear Aromatic Hydrocarbons: Chemistry, Characterization and Carcinogenesis*. (M. Cooke and A.J. Dennis, eds.), Columbus, OH:Battelle Press, 1986, 41-52.

72.  Hoffmann, D., Hecht, S.S., Melikian, A.A., Haley, N.J., Brunnemann, K.D., Adams, J.D., and Wynder, E.L.  Tumorigenic agents in tobacco products and their uptake by chewers, smokers, and nonsmokers. Proc. UCLA Symposia.  In: *Biochemical and Molecular Epidemiology of Cancer*. (C.C. Harris, ed.), New York, NY:Alan R. Liss, Inc., 1986, 191-204.

73.  El-Bayoumy, K., Donahue, J., Hecht, S.S., and Hoffmann, D.  Analysis of aniline and *o*-toluidine in human urine.  In: *Mechanisms in Tobacco Carcinogenesis*. (D. Hoffmann and C.C. Harris, eds.), Banbury Report, No. 23, Cold Spring Harbor, NY:Cold Spring Harbor Laboratory, 1986, 77-84.

74.  Hecht, S.S., Foiles, P.G., Carmella, S.G., Trushin, N., Rivenson, A., and Hoffmann, D.  Recent studies on the metabolic activation of tobacco-specific nitrosamines: Prospects for dosimetry in humans.  In: *Mechanisms in Tobacco Carcinogenesis*. (D. Hoffmann and C.C. Harris, eds.), Banbury Report, No. 23, Cold Spring Harbor, NY:Cold Spring Harbor Laboratory, 1986, 245-257.

75.  Tjälve, H., Löfberg, B., Castonguay, A., Trushin, N., and Hecht, S.S.  Perinatal disposition and metabolism in mice and hamsters of some N-nitrosamines present in tobacco and tobacco smoke.  In: *Mechanisms in Tobacco Carcinogenesis*. (D. Hoffmann and C.C. Harris, eds.), Banbury Report, No. 23, Cold Spring Harbor:Cold Spring Harbor Laboratory, 1986, 179-195.

76.  Hecht, S.S., Melikian, A., and Amin, S.  Effects of methyl substitution on the tumorigenicity and metabolic activation of polycyclic aromatic hydrocarbons.  In: *Polycyclic Aromatic Hydrocarbon Carcinogenesis: Structure-Activity Relationships*. (S.K. Yang and B.D. Silverman, eds.), Boca Raton, FL:CRC Press, 1988, 95-128.

77.  Hecht, S.S.  Potential carcinogenic effects of polynuclear aromatic hydrocarbons and nitroaromatics in mobile source emissions.  In: *Air Pollution, The Automobile, and Public Health*. (A.Y. Watson, R.R. Bates, and D. Kennedy, eds.), Washington, DC:National Academy Press, 1988, 555-578.

78.  Connolly, G.N., Winn, D.M., Hecht, S.S., Henningfield, J.E., Walker, B., Jr., and Hoffmann, D.  The reemergence of smokeless tobacco.  *New Engl. J. Med.*, **314**: 1020-1027, 1986.

79.  Hoffmann, D., Brunnemann, K.D., Adams, J.D., and Hecht, S.S.  Laboratory studies on snuff-dipping and oral cancer.  *The Cancer Journal*, **1**: 10-13, 1986.

80.  Hecht, S.S., Carmella, S.G., Trushin, N., Foiles, P.G., Lin, D., Rubin, J.M., and Chung, F.L.  Investigations on the molecular dosimetry of tobacco-specific N-nitrosamines.  In: *The Relevance of N-Nitroso Compounds to Human Cancer: Exposures and Mechanisms*, Vol. 84. (H. Bartsch, I.K. O'Neill, and R. Schulte-Hermann, eds.), Lyon, France:IARC, 1987, 423-429.

81.  Brunnemann, K.D., Rivenson, A., Adams, J.D., Hecht, S.S., and Hoffmann, D.  A study of snuff carcinogenesis.  In: *The Relevance of N-Nitroso Compounds to Human Cancer: Exposures and Mechanisms*. (H. Bartsch, I.K. O'Neill, and R. Schulte-Hermann, eds.), IARC Scientific Publication, No. 84, Lyon, France:International Agency for Research on Cancer, 1987, 456-459.

82.  Hecht, S.S., Carmella, S.G., Trushin, N., Spratt, T.E., Foiles, P.G., and Hoffmann, D.  Approaches to the development of assays for interaction of tobacco specific nitrosamines with haemoglobin and DNA.  In: *Methods for Detecting DNA Damaging Agents in Humans: Applications in Cancer Epidemiology and Prevention*, Vol. 89. (H. Bartsch, K. Hemminki, and I.K. O'Neill, eds.), Lyon, France:International Agency for Research on Cancer, 1988, 121-128.

83.  Hoffmann, D., LaVoie, E.J., and Hecht, S.S.  Chemical fractionation and bioassay of complex mixtures: studies in tobacco carcinogenesis.  In: *Health and Environmental Research on Complex Organic Mixtures*. (R.H. Gray, E.K. Chess, P.J. Mellinger, R.G. Riley, and D.L. Springer, eds.), Richland, WA:Pacific Northwest Laboratories, 1987, 151-165.

84.  Hecht, S.S., Melikian, A.A., and Amin, S.  Methyl bay region diol epoxides: key intermediates in the metabolic activation of carcinogenic methylated polynuclear aromatic hydrocarbons.  In: *Chemical Carcinogens: Activation Mechanisms, Structural and Electronic Factors, and Reactivity*. (P. Politzer and F.J. Martin Jr, eds.), Amsterdam:Elsevier, 1988, 291-311.

85.  Delcos, K.B., El-Bayoumy, K., Hecht, S.S., Walker, R.P., and Kadlubar, F.F.  Metabolic activation of 6-aminochrysene and 6-nitrochrysene: a diol-epoxide of 6-aminochrysene as a probable ultimate carcinogen in preweanling mice.  In: *Carcinogenic and Mutagenic Responses to Aromatic Amines and Nitroarenes*. (C.M. King, L.J. Romano, and D. Schuetzle, eds.), Amsterdam:Elsevier, 1988, 103-106.

86.  Hoffmann, D. and Hecht, S.S.  Smokeless tobacco and cancer.  In: *ISI Atlas of Science: Pharmacology*, Vol. 2.  1988, 46-52.

87.  Hoffmann, D., Wynder, E.L., Hecht, S.S., Brunnemann, K.D., LaVoie, E.J., and Haley, N.J. Chemical carcinogens in tobacco.  In: *Cancer Risks: Strategies for Elimination*. (P. Bannasch, ed.), Berlin:Springer-Verlag, 1987, 101-113.

88.  Hoffmann, D. and Hecht, S.S.  Advances in tobacco carcinogenesis.  In: *Handbook of Experimental Pharmacology*, Vol. 94/I. (C.S. Cooper and P.L. Grover, eds.), Heidelberg:Springer-Verlag, 1990, 63-102.

89.  Hoffmann, D., Adams, J.D., LaVoie, E.J., and Hecht, S.S.  Biochemistry, pharmacokinetics and carcinogenicity of nicotine-derived nitrosamines.  In: *Pharmacology of Nicotine*. (M.J. Rand and K. Thurau, eds.), Oxford, UK:IRL Press, 1988, 43-60.

90.  Amin, S., Weyand, E.H., Huie, K., Boger, E., Neuber, E., Hecht, S.S., and LaVoie, E.J.  Effects of fluorine substitution on benzo[b]fluoranthene tumorigenicity and DNA adduct formation in mouse skin.  In: *Polynuclear Aromatic Hydrocarbons: Measurements, Means, and Metabolism*. (M. Cooke, K. Loening, and J. Merritt, eds.), Columbus, OH:Battelle Press, 1991, 25-35.

91.  Melikian, A.A., Hecht, S.S., and Hoffmann, D.  Mechanistic studies of tobacco carcinogenesis in mouse epidermis and lung tissues.  In: *Skin Carcinogenesis: Mechanisms and Human Relevance*. (T.J. Slaga, A.J.P. Klein-Szanto, R.K. Boutwell, D.E. Stevenson, H.L. Spitzer, and B. D'Motto, eds.), Progress in Clinical and Biological Research, Vol. 298, New York:Alan R. Liss, Inc., 1989, 331-345.

92.  Hecht, S.S., Haley, N.J., and Hoffmann, D.  Monitoring exposure to tobacco products by measurement of nicotine metabolites and derived carcinogens.  In: *Molecular Dosimetry and Human Cancer: Analytical, Epidemiological, and Social Considerations*. (J.D. Groopman and P.L. Skipper, eds.), Boca Raton, FL:CRC Press, 1991, 325-361.

93.  Hecht, S.S. and Hoffmann, D.  The relevance of tobacco-specific nitrosamines to human cancer. *Cancer Surv.*, **8**: 273-294, 1989.

94.  Morse, M.A., Hecht, S.S., and Chung, F.-L.  Inhibition of tobacco-specific nitrosamine 4-(methyl-nitrosamino)-1-(3-pyridyl)-1-butanone (NNK)-induced lung tumors and DNA methylation in F344 rats and A/J mice by phenethyl isothiocyanate.  In: *Antimutagenesis and Anticarcinogenesis Mechanisms II*. (Y. Kuroda, D.M. Shankel, and M.D. Waters, eds.), New York:Plenum Publishing Co., 1990, 345-350.

95.  Morse, M.A., Eklind, K.I., Hecht, S.S., and Chung, F.L.  Inhibition of tobacco-specific nitrosamine 4-(*N*-nitrosomethylamino)-1-(3-pyridyl)-1-butanone (NNK) tumorigenesis with aromatic isothiocyanates.  In: *Relevance to Human Cancer of N-Nitroso Compounds, Tobacco and Mycotoxins*. (I.K. O'Neill, J. Chen, and H. Bartsch, eds.), IARC Scientific Publication, No. 105, Lyon, France:IARC, 1991, 529-534.

96.  Hecht, S.S. and Hoffmann, D.  N-Nitroso compounds and tobacco-induced cancers in man.  In: *Relevance to Human Cancer of N-Nitroso Compounds, Tobacco and Mycotoxins*. (I.K. O'Neill, J. Chen, and H. Bartsch, eds.), IARC Scientific Publications, No. 105, Lyon, France:IARC, 1991, 54-61.

97.  Hecht, S.S. and El-Bayoumy, K.  The possible role of nitroarenes in human cancer.  In: *Nitroarenes: Occurrence, Metabolism, and Biological Impact*. (P.C. Howard, S.S. Hecht, and F.A. Beland, eds.), New York:Plenum Press, 1990, 309-316.

98.  El-Bayoumy, K., Roy, A.K., and Hecht, S.S.  Products obtained by *in vitro* reaction of 4,5-epoxy-4,5-dihydro-1-nitropyrene with DNA.  In: *Nitroarenes: Occurrence, Metabolism, and Biological Impact*. (P.C. Howard, S.S. Hecht, and F.A. Beland, eds.), New York:Plenum Press, 1990, 273-284.

99.    Hoffmann, D., Haley, N.J., Djordjevic, M., Brunnemann, K.D., and Hecht, S.S.  Biomarkers of exposure to tobacco products.  In: *Human Carcinogen Exposure: Biomonitoring and Risk Assessment*. (R.C. Garner, P.B. Farmer, G.T. Steel, and A.S. Wright, eds.), Oxford:IRL Press at Oxford University Press, 1991, 275-283.

100.   Hecht, S.S., Kagan, M., Kagan, S.S., and Carmella, S.G.  Quantitation of tobacco-specific nitrosamine-globin adducts in humans.  In: *Human Carcinogen Exposure: Biomonitoring and Risk Assessment*. (R.C. Garner, P.B. Farmer, G.T. Steel, and A.S. Wright, eds.), Oxford:IRL Press at Oxford University Press, 1991, 267-274.

101.   Hecht, S.S., Kagan, S.S., Kagan, M., and Carmella, S.G.  Quantification of 4-hydroxy-1-(3-pyridyl)-1-butanone released from human haemoglobin as a dosimeter for exposure to tobacco-specific nitrosamines.  In: *Relevance to Human Cancer of N-Nitroso Compounds, Tobacco and Mycotoxins*. (I.K. O'Neill, J. Chen, and H. Bartsch, eds.), IARC Scientific Publications, 105, Lyon, France:International Agency for Research on Cancer, 1991, 113-118.

102.   Hoffmann, D., Amin, S., Brunnemann, K.D., Prokopczyk, B., Rivenson, A., and Hecht, S.S.  Tobacco-specific N-nitrosamines: analysis, bioassays and biochemical studies.  In: *N-Nitroso Compounds: Biology and Chemistry*. (S.V. Bhide and K.V.K. Rao, eds.), New Delhi, India:Omega Scientific Publishers, 1990, 59-79.

103.   Hoffmann, D., Brunnemann, K.D., Hoffmann, I., Rivenson, A., and Hecht, S.S.  Advances in tobacco carcinogenesis: II. Cigarette smoke.  In: *Control of Tobacco-related Cancers and Other Diseases*. (P.C. Gupta, J.E. Hamner III, and P.R. Murti, eds.), Bombay, India:Oxford University Press, 1992, 205-216.

104.   Hecht, S.S., Morse, M.A., Eklind, K.I., and Chung, F.-L.  A/J mouse lung tumorigenesis by the tobacco-specific nitrosamine 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone and its inhibition by arylalkyl isothiocyanates.  *Exp. Lung Res.*, **17**: 501-511, 1991.

105.   Hecht, S.S., Carmella, S.G., and Murphy, S.E.  Hemoglobin adducts as biomarkers of exposure to and metabolic activation of carcinogenic tobacco-specific nitrosamines.  *Biomed. Environ. Sci.*, **4**: 93-103, 1991.

106.   Hoffmann, D., Rivenson, A., Chung, F.-L., and Hecht, S.S.  Relevance of nicotine-derived N-nitrosamines in tobacco carcinogenesis.  In: *Effects of Nicotine on Biological Systems; Advances in Pharmacological Sciences*. (F. Adlkofer and K. Thurau, eds.), Basel:Birkhäuser Verlag, 1990, 89-101.

107.   Hoffmann, D., Rivenson, A., Chung, F.-L., and Hecht, S.S.  Nicotine-derived N-nitrosamines (TSNA) and their relevance in tobacco carcinogenesis.  *CRC Crit. Rev. Toxicol.*, **21**: 305-311, 1991.

108.   Rivenson, A., Hecht, S.S., and Hoffmann, D.  Carcinogenicity of tobacco-specific N-nitrosamines (TSNA) :  The role of the vascular network in the selection of target organs.  *CRC Crit. Rev. Toxicol.*, **21**: 255-264, 1991.

109.   Hecht, S.S. and Hoffmann, D.  4-(Methylnitrosamino)-1-(3-pyridyl)-1-butanone, a nicotine-derived tobacco-specific nitrosamine, and cancer of the lung and pancreas in humans.  In: *Origins of Human Cancer: A Comprehensive Review*. (J. Brugge, T. Curran, E. Harlow, and F. McCormick, eds.), Cold Spring Harbor, NY:Cold Spring Harbor Laboratory Press, 1991, 745-755.

110.   Hecht, S.S., Morse, M.A., Eklind, K.I., and Chung, F.-L.  Recent advances in chemoprevention.  In: *Chemoprevention of Cancer*. (S.V. Bhide and G.B. Maru, eds.), New Delhi:Omega Scientific Publishers, 1992, 1-15.

111.  Hecht, S.S., Carmella, S.G., and Murphy, S.E.  Metabolism and macromolecular binding of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) and N'-nitrosonornicotine (NNN), important carcinogens in smokeless tobacco.  In: *Smokeless Tobacco or Health. An International Perspective*. NCI Smoking and Tobacco Control Program Monographs, 2,  1992, 141-152.

112.  Hoffmann, D., Rivenson, A., and Hecht, S.S.  Carcinogenesis of smokeless tobacco.  In: *Smokeless Tobacco or Health. An International Perspective*. NCI Smoking and Tobacco Control Program Monographs, 2,  1992, 109-118.

113.  Foiles, P.G., Murphy, S.E., Peterson, L.A., Carmella, S.G., and Hecht, S.S.  DNA and hemoglobin adducts as markers of metabolic activation of tobacco-specific carcinogens. *Cancer Res. [Suppl.]*, **52**: 2698s-2701s, 1992.

114.  Carmella, S.G., Kagan, S.S., and Hecht, S.S.  Evidence that a hemoglobin adduct used for dosimetry of 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone(NNK) is a carboxylic ester.  *Environ. Health Perspect.*, **99**: 203-205, 1993. PMCID: PMC1567070.

115.  Hecht, S.S., Carmella, S.G., Foiles, P.G., Murphy, S.E., and Peterson, L.A.  Tobacco-specific nitrosamine adducts:  studies in laboratory animals and humans.  *Environ. Health Perspect.*, **99**: 57-63, 1993. PMCID: PMC1567052.

116.  Howard, P.C., Hecht, S.S., and Beland, F.A., eds.  *Nitroarenes: Occurrence, Metabolism, and Biological Impact*, Vol. 40. Environmental Science Research, New York:Plenum Press, 1990.

117.  Hoffmann, D., Hecht, S.S., and Wynder, E.L.  Cancer of the upper aerodigestive tract: environmental factors and prevention. *J. Smoking-Related Disorders*, **3**: 109-129, 1992.

118.  Melikian, A.A., Bagheri, K., Hecht, S.S., and Hoffmann, D.  Comparative metabolism and disposition of benzo[a]pyrene and 7β,8α-dihydroxy-9α,10α-epoxy-7,8,9,10-tetrahydrobenzo[a]pyrene in mouse epidermis and in the lungs of newborn mice *in vivo*.  In:   *Polynuclear Aromatic Hydrocarbons: Measurements, Means, and Metabolism*. (M. Cooke, K. Loening, and J. Merritt, eds.), Columbus, OH:Battelle Press, 1991, 571-581.

119.  Hecht, S.S., Trushin, N., and Carmella, S.G.  Hemoglobin adducts, DNA adducts, and urinary metabolites of tobacco-specific nitrosamines as biochemical markers of their uptake and metabolic activation in humans.  In: *Nitrosamines and Related Compounds: Chemistry and Biochemistry*. (R.N. Loeppky and C.J. Michejda, eds.), ACS Symposium Series, No. 553, Washington, DC:American Chemical Society, 1994, 211-222.

120.  Peterson, L.A., Liu, X.-K., and Hecht, S.S.  DNA pyridyloxobutylation: 4-(acetoxymethyl-nitrosamino)-1-(3-pyridyl)-1-butanone inhibits the repair of O$^6$-methylguanine.  In: *Nitrosamines and Related Compounds: Chemistry and Biochemistry*. (R.N. Loeppky and C.J. Michejda, eds.), ACS Symposium Series, No. 553, Washington, DC:American Chemical Society, 1994, 343-345.

121.  Hoffmann, D., Rivenson, A., Wynder, E.L., and Hecht, S.S.  Formation of tobacco-specific nitrosamines: carcinogenicity and role of dietary fat in their carcinogenicity.  In: *Nitrosamines and Related Compounds: Chemistry and Biochemistry*. (R.N. Loeppky and C.J. Michejda, eds.), ACS Symposium Series, 553, Washington, DC:American Chemical Society, 1994, 267-278.

122.  Hecht, S.S., Peterson, L.A., and Spratt, T.E.  Tobacco-specific nitrosamines.  In: *DNA Adducts: Identification and Biological Significance*. (K. Hemminki, A. Dipple, D.E.G. Shuker, F.F. Kadlubar, D. Segerbäck, and H. Bartsch, eds.), IARC Scientific Publications, 125, Lyon, France:International Agency for Research on Cancer, 1994, 91-106.

123.  Hecht, S.S.  Understanding carcinogens and anticarcinogens in food (Editorial).  *Food Technology*, **47**: 14 & 16, 1993.

124.   El-Bayoumy, K., Johnson, B., Roy, A.K., Upadhyaya, P., Partian, S., and Hecht, S.S.  Development of methods to monitor exposure to 1-nitropyrene. *Environ. Health Perspect.*, **102,** Suppl. 6: 31-37, 1994. PMCID: PMC1566839.

125.   Hecht, S.S., Carmella, S.G., Murphy, S.E., Foiles, P.G., and Chung, F.L.  Carcinogen biomarkers related to smoking and upper aerodigestive tract cancer. *J. Cell. Biochem. [Suppl.]*, **17F**: 27-35, 1993.

126.   Hecht, S.S.  Metabolic activation and detoxification of tobacco-specific nitrosamines-a model for cancer prevention strategies. *Drug Metab. Rev.*, **26**: 373-390, 1994.

127.   Hoffmann, D., Rivenson, A., Murphy, S.E., Chung, F.-L., and Hecht, S.S.  Cigarette smoking and adenocarcinoma of the lung: the relevance of nicotine-derived N-nitrosamines. *J. Smoking-Related Disorders*, **4**: 165-189, 1993.

128.   Hecht, S.S., Carmella, S.G., Foiles, P.G., and Murphy, S.E.  Biomarkers for human uptake and metabolic activation of tobacco-specific nitrosamines. *Cancer Res. [Suppl.]*, **54**: 1912s-1917s, 1994.

129.   Hecht, S.S.  Carcinogenesis due to tobacco:  molecular mechanisms.  In: *Encyclopedia of Cancer*. (J.R. Bertino, ed.), San Diego: Academic Press, 1996, 220-232.

130.   Hecht, S.S.  Environmental tobacco smoke and lung cancer: the emerging role of carcinogen biomarkers and molecular epidemiology (Editorial).  *J. Natl. Cancer Inst.*, **86**: 1369-1370, 1994.

131    Hecht, S.S.  Chemoprevention by isothiocyanates.  *J. Cell Biochem. [Suppl.]*, **22**: 195-209, 1995.

132.   Hoffmann, D., Rivenson, A., and Hecht, S.S. The biological significance of tobacco-specific N-nitrosamines: smoking and adenocarcinoma of the lung. *CRC Crit. Rev. Toxicol.*, **26**: 199-211, 1996.

133.   Hecht, S. S. Recent studies on mechanisms of bioactivation and detoxification of 4-(methyl-nitrosamino)-1-(3-pyridyl)-1-butanone (NNK), a tobacco-specific lung carcinogen. *CRC Crit. Rev. Toxicol.*, **26**: 163-181, 1996.

134.   Amin, S., Desai, D., Hecht, S.S., and Hoffmann, D.  Synthesis of tobacco-specific N-nitrosamines and their metabolites and results of related bioassays. *Crit. Rev. Toxicol.*, **26**: 139-147, 1996.

135.   Chen, W., Weisburger, J.H., Fiala, E.S., Carmella, S.G., Chen, D., Spratt, T.E., and Hecht, S.S.  Unexpected mutagen in fish.  *Nature*, **374**: 599, 1995.

136.   Hecht, S.S. and Stoner, G.D.  Lung and esophageal carcinogenesis.  In: *Textbook on Thoracic Oncology*   (J. Aisner, R. Ariagada, M.R. Green, N. Martini, M.C. Perry, eds.), Baltimore, MD: Williams & Wilkins,  pp. 25-50, 1996.

137.   Hecht, S.S.  Carcinogenic effects of cigarette smoke on the respiratory tract.  In: *Comprehensive Toxicology* (I.G. Sipes, C.A. McQueen, A.J. Gandolfi, eds.), Volume 8, Toxicology of the Respiratory System (R.A. Roth, ed.), Oxford, Elsevier Science, Ltd., pp. 437-451, 1997.

138.   Hecht, S.S.  Chemoprevention of lung cancer by isothiocyanates.  *Adv. Exp. Med. Biol.* **401**:1-11, 1996.

139.   Koehl, W., Amin, S., Yamazaki, H., Ueng, Y.-F., Tateishi, T., Guengerich, F.P., and Hecht, S.S.  Metabolic activation of chrysene by human hepatic and pulmonary cytochrome P-450 enzymes. *Polycyclic Aromatic Compounds*, **10**: 59-66, 1996.

140.   Amin, S., Desai, D., El-Bayoumy, K., Rivenson, A., and Hecht, S.S. Tumorigenicity of fjord region diol epoxides of polycyclic aromatic hydrocarbons. *Polycyclic Aromatic Compounds*, **11**: 365-371, 1996.

141.    Amin, S., Laryea, A., Cosman, M., Liu, T., Xu, R., Dwarakanath, S., Mao, B., Smirnov, S., Harvey, R.G., Hecht, S.S., and Geacintov, N.  Direct synthesis and characterization of site-specific guanosyl and adenosyl adducts derived from the binding of PAH diol epoxides to oligonucleotides. *Polycyclic Aromatic Compounds*, **10**: 137-144, 1996.

142.    Melikian, A.A., Sun, P., Coleman, S., Murphy, S.E., Amin, S., and Hecht, S.S.  Detection of polynuclear aromatic hydrocarbon diol epoxide-derived DNA and globin adducts in humans by gas chromatography-mass spectrometry. *Polycyclic Aromatic Compounds*, **10**: 315-322, 1996.

143.    Hecht, S.S.  Approaches to chemoprevention of lung cancer based on carcinogens in tobacco smoke. *Environ. Health Perspect.*, **105**, Suppl 4: 955-963 , 1997. PMCID: PMC1470048.

144.    Hecht, S.S., Borukhova, A., and Carmella, S.G.  Tobacco-specific nitrosamines.  In: *Nicotine Safety and Toxicity* (N. Benowitz, ed.), New York, NY:  Oxford Press, pp. 67-75, 1998.

145.    Hecht, S.S.  Carcinogen-derived biomarkers and lung cancer.  *Prev. Med.*, **25**: 7-9, 1996.

146.    Canella, K.A., Diwan, B.A., Gorelick, P.L., Donovan, P.J., Sipowicz, M.A., Kasprzak, K.S., Weghorst, C.M., Snyderwine, E.G., Davis, C.D., Keefer, L.K., Kyrtopoulos, S.A., Hecht, S.S., Wang, M., Anderson, L.M., and Rice, J.M.  Liver tumorigenesis by *Helicobacter hepaticus*: considerations of mechanism. *In Vivo*, **10**: 285-292, 1996.

147.    Hecht, S. S. Chemoprevention of cancer by isothiocyanates, modifiers of carcinogen metabolism. *J. Nutrition*, **129**: 768S-774S, 1999.

148.    Hecht, S.S.  Cigarette smoking and cancer.  In: *Environmental and Occupational Medicine*, Third Edition (W.N. Rom, ed.) New York, NY: Lippincott-Raven, pp. 1479-1499, 1998.

149.    Hecht, S.S.  *N*-Nitrosamines.  In: *Environmental and Occupational Medicine*, Third Edition (W.N. Rom, ed.) New York, NY: Lippincott-Raven, pp. 1227-1238, 1998.

150.    Hecht, S.S.  Approaches to cancer prevention based on an understanding of *N*-nitrosamine carcinogenesis. *Proc. Soc. Exp. Biol. Med.*, **216**: 181-191, 1997.

151.    Cinciripini, P.M., Hecht, S.S., Henningfield, J.E., Manley, M.W., and Kramer, B.S.  Tobacco addiction:  implications for treatment and cancer prevention. *J. Natl. Cancer Inst.*, **89**: 1852-1867, 1997.

152.    Hecht, S.S.  Tobacco and cancer:  approaches using carcinogen biomarkers and chemoprevention. *Ann. N. Y. Acad. Sci.*, **833**: 91-111, 1997.

153.    Lin, J.-M., Desai, D., Chung, L., Hecht, S.S., and Amin, S.  Syntheses of *anti*-7,8,9,10-tetrahydro-11- and 12-methylbenzo[*a*]pyrene-7,8-diol-9,10-epoxides:  identification and comparison of DNA adduct formation with calf thymus DNA *in vitro*. *Polycyclic Aromatic Compounds*, **17**: 63-72, 1999.

154.    Melikian, A.A., Malpure, S., John, A., Meng, M., Shoket, B., Mayer, G., Vincze, I., Kolozsi-Ringelhann, A., and Hecht, S.S.  Determination of hemoglobin and serum albumin adducts of benzo[*a*]pyrene by gas chromatography-mass spectrometry in humans and their relation to exposure and to other biological markers. *Polycyclic Aromatic Compounds*, **17**: 125-134, 1999.

155.    Hecht, S.S.  DNA adduct formation from tobacco-specific *N*-nitrosamines. *Mutation Res.*, **424**: 127-142, 1999.

156.    Hecht, S.S., Upadhyaya, P., and Wang, M.  Reactions of α-acetoxy-*N*-nitrosopyrrolidine and crotonaldehyde with DNA.  In: *Exocyclic Nucleic Acid Adducts in Carcinogenesis and Mutagenesis* (B. Singer and H. Bartsch, eds.) IARC Scientific Publications No. 150, Lyon, France:  International Agency for Research on Cancer, pp. 147-154, 1999.

157.    Lackmann, G.-M., Salzberger, U., Chen, M., Carmella, S. G., Töllner, U., Hecht, S. S. Tabakspezifische transplazentare Kanzerogene, Nikotin und Cotinin im Urin von Neugeborenen rauchender Mütter. *Monatsschr. Kinderheilkd.*, **147**: 333-338, 1999.

158.    Hecht, S.S.  Anticarcinogenesis by isothiocyanates, indole-3-carbinol, and *Allium* thiols. In: *Carcinogenic and Anticarcinogenic Factors in Food* (G. Eisenbrand, A.D. Dayan, P. S. Elias, W. Grunow and J. Schlatter, eds.) Wiley-VCH, pp. 306-333, 2000.

159.    Hecht, S.S.  Chemoprevention by phytochemical modifiers of carcinogen metabolism. In: *Phytochemicals as Bioactive Agents*, (W.R. Bidlack, S.T. Omaye, M.S. Meskin, and D.K.W. Topham eds.), Lancaster, PA:  Technomic Publishing Co., pp. 43-74, 2000.

160.    Hecht, S.S. and Tricker, A.R.  Nitrosamines derived from nicotine and other tobacco alkaloids. In: *Analytical Determination of Nicotine and Related Compounds and Their Metabolites* (J.W. Gorrod and P. Jacob, III, eds.), Amsterdam: Elsevier Science, pp. 421-488, 1999.

161.    Gurney, J.G., Smith, M.A., Olshan, A.F., Hecht, S.S., and Kasum, C.M.  Clues to the etiology of childhood brain cancer: *N*-nitroso compounds, folates, polyomaviruses, and other factors of interest. *Cancer Invest.,* **19**: 630-640, 2001.

162.    Hecht, S.S.  Tobacco carcinogenesis.  In: *Encyclopedic Reference of Cancer* (M. Schwab, ed.), Berlin: Springer-Verlag, pp 897-900, 2001.

163.    Hecht, S.S.  Tobacco use and cancer.  In: *The Cancer Handbook* (M. Alison, ed)*,* Nature Publishing Group, pp 399-412, 2002.

164.    Hecht, S.S.  Inhibition of carcinogenesis by isothiocyanates.  *Drug Metabol. Rev.,* **32**: 395-411, 2000.

165.    Hecht, S.S.  Carcinogen biomarkers for lung or oral cancer chemoprevention trials.  In: *Biomarkers in Cancer Chemoprevention* (A.B. Miller, H. Bartsch, P. Boffetta, L. Dragsted, and H. Vainio, eds.) IARC Scientific Publications No. 154, Lyon, France, pp. 245-255, 2001.

166.    Hecht, S.S.  Metabolically activated carcinogens and mutations in the p53 tumor suppressor gene in lung cancer (Editorial).  *J. Natl. Cancer Inst.*, **92**: 782-783, 2000.

167.    Hecht, S.S., McIntee, E. J., Cheng, G., Shi, Y., Villalta, P.W., and Wang, M.  New aspects of DNA adduct formation by the carcinogens crotonaldehyde and acetaldehyde.  In: *Biological Reactive Intermediates VI:  Chemical and Biological Mechanisms in Susceptibility to and Prevention of Environmental Diseases* (P.M. Dansette et al., eds.), Adv. Exp. Biol. Med., Vol 500, New York: Kluwer Academic/Plenum Publishers, pp. 63-71, 2001.

168.    Hecht, S.S.  Tobacco carcinogenesis.  In: *Encyclopedia of Cancer, 2nd Edition* (J. R. Bertino, ed.), San Diego: Academic Press, Vol. 4, pp 397-406, 2002.

169.    Hecht, S.S., McIntee, E.J., and Wang, M.  New DNA adducts of crotonaldehyde and acetaldehyde. *Toxicology*, **166**: 31-36, 2001.

170.    Hecht, S.S.  Tobacco smoke carcinogens and breast cancer.  *Env. Mol. Mutagen*., **39**: 119-126, 2002

171.    Hecht, S.S.  Cigarette smoking and lung cancer: chemical mechanisms and approaches to prevention. *The Lancet Oncology*, **3**: 461-469, 2002.

172.    Hecht, S.S., Repine, J., and Glantz, S.  Toxicology of second-hand smoke. In: *The Health Consequences of Involuntary Exposure to Tobacco Smoke: A Report of the Surgeon General*, (J. Samet, ed.), pp. 27-82, 2006.

173.    Pfeifer, G.P., Denissenko, M.F., Olivier, M., Tretyakova, N., Hecht, S.S., and Hainaut, P.  Tobacco smoke carcinogens, DNA damage and p53 mutations in smoking-associated cancers.  *Oncogene*, **21**: 7435-7451, 2002.

174. Hecht, S.S.  Chemoprevention by isothiocyanates.  In: *Cancer Chemoprevention Volume 1: Promising Cancer Chemopreventive Agents* (G.J. Kelloff, E.T. Hawk, and C.C. Sigman, eds.), Totowa, N.J.: The Humana Press, p. 21-35, 2004.

175. Hecht, S.S.  Tobacco smoke carcinogens: human uptake and DNA interactions.  In: Tobacco and Public Health: Science and Policy (P.Boyle, N. Gray, J. Henningfield, J. Seffrin, and W. Zatonski, eds.) Oxford University Press, p. 93-125, 2004.

176. Hecht, S.S.  Carcinogen derived biomarkers: applications in studies of human exposure to secondhand tobacco smoke.  *Tob Control*, **13 Suppl 1**: i48-i56, 2003.

177. Hecht, S.S.  Tobacco carcinogens, their biomarkers and tobacco-induced cancer.  *Nature Rev. Cancer*, **3**: 733-744, 2003.

178. Kurie, J.M., Minoo, P., Hecht, S.S., and DeMayo, F.J.  Lung cancer.  In: *Mouse Models of Human Cancer* (E.C. Holland, ed) Wiley[Imprint], p. 83-102, 2004

179. Wogan, G.N., Hecht, S.S., Felton, J.S., Conney, A.H., and Loeb, L.  Environmental and chemical carcinogenesis.  *Seminars in Cancer Biol.*, **14**: 473-786, 2004.

180. Henn, S.A., Succop, P., Talaska, G., Anderson, K., Hecht, S.S., and Gross, M.  Carcinogen-DNA adducts are increased in the exfoliated urothelial cells of wives of smokers: biological monitoring of passive smoke exposure.  *Polycyclic Aromatic Compounds*, **24**: 475-485, 2004.

181. Hecht, S.S., DeMarini, D.M., Husgafvel-Pursiainen, K., Phillips, D.H., and Tredaniel, J. Other data relevant to an evaluation of carcinogenicity and its mechanisms.  In: *International Agency for Research on Cancer Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol 83, Tobacco Smoke and Involuntary Smoking.*  Lyon, France, IARC, pp 1005-1178, 2004.

182. Hecht, S.S., Jinot, J., Nair, J., Nair, U.J., and Ralhan, R.  Other data relevant to an evaluation of carcinogenicity and its mechanisms. In: *International Agency for Research on Cancer Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol 89, Smokeless Tobacco and Some Tobacco-Specific Nitrosamines.* Lyon, France, IARC, pp 480-531, 2007.

183. Dietrich, M., Block, G., Pogoda, J.M, Buffler, P., Hecht, S.S., and Preston-Martin, S.  A Review. Dietary and endogenously formed *N*-nitroso compounds and risk of childhood brain tumors. *Cancer Causes Control*, **16**: 619-635, 2005.

184. Hatsukami, D.K., Benowitz, N.L., Rennard, S.I., Oncken, C, and Hecht, S.S.  Biomarkers to assess the utility of potential reduced exposure tobacco products.  *Nicotine and Tob. Res.,* **8**: 600-622, 2006.

185. Preston-Martin, S., Wessels, G., Hecht, S., and Hesseling, P.B.  Follow-up of a suspected excess of brain tumors among Namibian children.  *SAMJ*, **95**: 776-780, 2005.

186. Hecht, S.S.  Carcinogenicity studies of inhaled cigarette smoke in laboratory animals: old and new. *Carcinogenesis*, **26**: 1488-1492, 2005.

187. Hecht, S.S. and Hatsukami, D. Reducing harm caused by tobacco.  Research findings from the University of Minnesota.  *Minn. Med.* **88**: 40-43, 2005.

188. Hecht, S.S. Deguelin as a chemopreventive agent in mouse lung tumorigenesis induced by tobacco smoke carcinogens.  (Editorial)  *J. Natl. Cancer Inst.* **97:** 1634-1635, 2005.

189. Hecht, S.S.  *N*-Nitrosamines. In: *Environmental and Occupational Medicine, 4th Edition*, (W.M.Rom and S.B. Markowitz, eds.), Philadelphia: Wolters Kluwer/Lippincott Williams & Wilkins,  pp 1226 – 1239, 2007.

190. Hecht, S.S. A biomarker of exposure to environmental tobacco smoke (ETS) and Ernst Wynder's opinion about ETS and lung cancer.  *Prev. Med.*, **43**: 256-260, 2006.

191.  Hecht, S.S. and Samet, J.M.  Cigarette smoking.  In : *Environmental and Occupational Medicine, 4th Edition*, (W.M.Rom and S.B. Markowitz, eds.), Philadelphia: Wolters Kluwer/Lippincott Williams & Wilkins, pp 1521 – 1551, 2007.

192.  Hecht, S.S., Belinsky, S.A., Bode, A.M., Christiani, D., Dennis, P.A., Dong, Z., Granville, C.A., Hainaut, P., Moriya, M., Murphy, S.E., Peterson, L.A., Pfeifer, G., and Spitz, M.R. Cancer. In: *How Tobacco Causes Disease - The Biology and Behavioral Basis for Tobacco-Attributable Disease: A Report of the Surgeon General*, (D. Sidransky, ed.), pp. 221-350, 2010.

193.  Hecht, S.S.  Tobacco use and cancer.  In: *The Cancer Handbook, 2nd Edition* (M.R. Alison, ed.), Wiley: pp 429-442, 2007.

194.  Hecht, S.S.  Cigarette smoking: cancer risks, carcinogens, and mechanisms.  *Langenbeck's Archives of Surgery*, **391**: 603-613, 2006

195.  Hecht, S.S.  Carcinogen metabolites as biomarkers.  In: *Molecular Epidemiology of Chronic Diseases*, (C. Wild, P. Vineis, and S. Garte, eds.), West Sussex, England: J. Wiley and Sons, Ltd, pp 97-110, 2008

196.  Hecht, S.S.  Smoking and lung cancer – a new role for an old toxicant?  *Proc. Natl. Acad. Sci. USA*, **103**: 15725-15726, 2006. PMCID: PMC1635070.

197.  Hatsukami, D.K., Joseph, A.M., LeSage, M., Jensen, J., Murphy, S.E., Pentel, P., Kotlyar, M., Borgida, E., Le, C., and Hecht, S.S.  Developing the science base for reducing tobacco harm.  *Nic. Tob. Res*., **9**: S537-S553, 2007.

198.  Hatsukami, D.K., Feuer, R.M., Ebbert, J.O., Stepanov, I., and Hecht, S.S.  Changing smokeless tobacco products: new tobacco delivery systems.  *Am. J. Prev. Med*., **33**: S368-378, 2007

199.  Hecht, S.S.  Human phenanthrene metabolites as probes for the metabolic activation and detoxification of carcinogenic polycyclic aromatic hydrocarbons.  In: *Advances in Bioactivation Research* (A. Elfarra, ed.), New York: Springer: pp 463-484, 2008

200.  Hecht, S.S.  Etiology of cancer: tobacco.  In: *Cancer: Principles and Practice of Oncology, 8th Edition* (V.T. DeVita, Jr., T.S. Lawrence, and S.A. Rosenberg, eds), Philadelphia: Wolters Kluwer/ Lippincott Williams & Wilkins, Vol 1, pp 147-155, 2008

201.  Hecht, S.S.  Tobacco carcinogenesis.  In: *Encyclopedia of Cancer, 2nd Edition* (M. Schwab, ed.), Berlin: Springer-Verlag, pp 2995-2997, 2008

202.  Stoner, G.D., Wang, L-S., Chen, T., Hecht, S.S., Huang, C., Sardo, C., Zikri, N., and Lechner, J.F. Cancer prevention with freeze-dried berries and berry components.  *Seminars in Cancer Biol*., **17**: 403-410, 2007.

203.  Hecht, S.S.  Progress and challenges in selected areas of tobacco carcinogenesis.  *Chem. Res. Toxicol*., **21**: 160-171, 2008. PMCID: PMC2556958.

204.  Boffetta, P., Hecht, S., Gray, N., Gupta, P., and Straif, K.  Smokeless tobacco and cancer.  *Lancet Oncol.*, **9**: 667-675, 2008.

205.  Burns, D.M., Dybing, E., Gray, N., Hecht, S., Ashley, D., Anderson, C., Sanner, T., O'Connor, R., Djordjevic, M., Dresler, C., Hainaut, P., Jarvis, M., Opperhuizen, A., and Straif, K.  Mandated lowering of toxicants in cigarette smoke: a description of the WHO TobReg proposal.  *Tobacco Control,* **17**: 132-141, 2008.

206. Ashley, D.L., Ayo-Yusuf, O.A., Burns, D.M., da Costa e Silva, V., Djordjevic, M., Gray, N., Hammond, S.K., Henningfield, J., Jarvis, M., Opperhuizen, A., Reddy, K.S., Robertson, C., Zaatari, G., and Hecht, S.S. Report on setting regulatory limits for carcinogens in smokeless tobacco. In: *WHO Technical Report Series No. 955, WHO Study Group on Tobacco Product Regualation, Report on the Scientific Basis of Tobacco Product Regulation: Third Report of a WHO Study Group*, Geneva, Switzerland, World Health Organization, pp 23-41, 2009.

207. Hecht, S.S. and Hatsukami, D.K. Tobacco induced cancers and their prevention. In: *Cancer Medicine, 8th Edition* (W.K. Hong, R.C. Bast, W.N. Hait, D.W.Kufe, R.E. Pollock, R.R. Weichselbaum, J.F. Holland, and E. Frei III, eds), Shelton, Conn.: People's Medical Publishing House-USA, pp 386-397, 2010.

208. Stoner, G.D., Wang, L-S., Sardo, C., Zikri, N., Hecht, S.S., and Mallery, S.R. Cancer prevention with berries: role of anthocyanins. In: *Bioactive Compounds and Cancer* (J.A. Milner and D.F. Romagnolo, eds.), Humana Press, pp 703-723, 2010.

209. Hecht, S.S. Tobacco carcinogenesis: mechanisms and biomarkers. In: *Tobacco: Science, Policy and Public Health, 2nd Edition* (P. Boyle, N. Gray, J. Henningfield, J. Seffrin, and W. Zatonski, eds), Oxford: Oxford University Press, pp 127-154, 2010.

210. Zeller, M., Hatsukami, D., Backinger, C., Benowitz, N., Biener, L., Burns, D., Clark, P., Connolly, G., Djordjevic, M.V., Eissenberg, T., Giovino, G.A., Healton, C., Hecht, S.S., Henningfield, J.E., Husten, C., Kobus, K., Leischow, S., Levy, D.T., Marcus, S., Myers, M.L., Parascandola, M., Ponkshe, P., Shields, P.G., Slovic, P., Sweanor, D., and Warner, K.E. The strategic dialogue on tobacco harm reduction: a vision and blueprint for action in the United States. *Tobacco Control*, **18**: 324-332, 2009.

211. Hecht, S.S., Kassie, F., and Hatsukami, D.K. Chemoprevention of lung carcinogenesis in addicted smokers and ex-smokers. *Nature Rev. Cancer*, **9**: 476-488, 2009.

212. Zhang, L., Beane Freeman, L., Nakamura, J., Hecht, S., Vandenberg, J., Smith, M., and Sonawane, B. Formaldehyde and leukemia: epidemiology, potential mechanisms, and implications for risk assessment. *Environ. Mol. Mutagenesis*, **51**: 181-191, 2010. PMCID: PMC2839060.

213. Hecht, S.S. Tobacco smoke carcinogens and lung cancer. In: *Chemical Carcinogenesis* (T. M. Penning, ed), New York: Springer/Humana Press, 53-74, 2011.

214. Peterson, L.A., Urban, A.M., and Hecht, S.S. Carcinogenic effects of cigarette smoke on the respiratory tract. In: *Comprehensive Toxicology, 2nd Edition, Vol. 8* (McQueen, C.A., ed) Oxford: Academic Press, pp 351-377, 2010.

215. Hecht, S.S., Bartsch, H., DeMarini, D., Eriksson, P., Husgafvel-Pursiainen, K., Norppa, H., and Ohshima, H. Mechanisms of tobacco carcinogenesis. In:*International Agency for Research on Cancer Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol 100E, A Review of Human Carcinogens, Personal Habits and Indoor Combustions.* Lyon, France, IARC, 575p, 2012.

216. Hecht, S.S., Yuan, J-Y., and Hatsukami, D. Applying tobacco carcinogen and toxicant biomarkers in product regulation and cancer prevention. *Chem. Res. Toxicol*., **23**: 1001-1008, 2010. PMCID: PMC2891118.

217. Herbst, R.S., Brandon, T.H., Fiore, M.C., Gritz, E.R., Hecht, S.S., Land, S.R., Leischow, S.J., Lerman, C., Minna, J.D., Shields, P.G., Sidransky, D., and Viswanath, K. Tobacco and cancer: an American Association for Cancer Research policy statement. *Cancer Res*., **70**: 3419-3430, 2010.

218. Gray, N. and Hecht, S.S. Smokeless tobacco – proposals for regulation. *Lancet,* **375**: 1589-1591, 2010.

219.  Hecht, S.S.  Etiology of Cancer: Tobacco.  In: *Cancer: Principles and Practice of Oncology, 9th Edition* (V.T. DeVita, Jr., T.S. Lawrence, and S.A. Rosenberg, eds), Philadelphia: Wolters Kluwer/ Lippincott Williams & Wilkins, 150-160, 2011.

220.  Hecht, S.S., Stepanov, I., and Hatsukami, D.  Major tobacco companies  have technology to reduce carcinogen levels but do not apply it to popular smokeless tobacco products. *Tobacco Control*, **20**: 443, 2011.

221.  Boffetta, P., Winn, D.M., Ioannidis, J.P., Thomas, D.C.., Little, J., Smith, G.D., Cogliano, V.J., Hecht, S.S., Seminara, D., Vineis, P., and Khoury, M.J.  Recommendations and proposed guidelines for assessing the cumulative evidence on joint effects of genes and environments on cancer occurrence in humans. *International J. Epidemiol*., **41**: 686-704, 2012.

222.  Khariwala, S.S., Hatsukami, D., and Hecht, S.S.  Tobacco carcinogen metabolites and DNA adducts as biomarkers in head and neck cancer: potential screening tools and prognostic indicators. *Head and Neck*, **34**: 441-447, 2012.

223.  Hecht, S.S.  Research opportunities related to establishing standards for tobacco products under the family smoking prevention and tobacco control act. *Nicotine Tob. Res*., **14**: 18-28, 2012. PMCID: PMC3242967.

224.  Hecht, S.S.  More than 500 trillion molecules of strong carcinogens per cigarette: use in product labeling? *Tobacco Control*, **20**: 387, 2011.

225.  Hecht, S.S.  Successful prevention requires attacking the causes, and the main target remains tobacco. *Nature*, **471**: S18, 2011.

226.  Hecht, S.S., Upadhyaya, P., and Wang, M.  Evolution of research on the DNA adduct chemistry of *N*-nitrosopyrrolidine and related aldehydes. *Chem. Res. Toxicol*, **24**: 781-790, 2011. PMCID: PMC3118975.

227.  Smith, R.L., Waddell, W.J., Cohen, S.M., Fukushima, S., Gooderham, N.J., Hecht, S.S., Marnett, L.J., Portoghese, P.S., Rietjens, I.M.C.M., Adams, T.B., Gavin, C.L., McGowen, M.M., and Taylor, S.V.  Recent progress in the consideration of flavoring ingredients under the Food Additives Amendment,  25. GRAS flavoring substances. *Food Technology* 44-75, 2011.

228.  Henney, J.E., Baker, T.B., Bascom, R., Biswal, S., Carpenter, D., Gatsonis, C., Gibbons, G.H., Halpern-Felsher, B., Hecht, S.S., Honig, P., O'Connor, R., Schwartz, J.L., Tillman, D-B, and Wood, A.J.J.  Scientific standards for studies on modified risk tobacco products. *Institute of Medicine of the National Academies*, Washington, D.C., The National Academies Press, 350 p, 2012.

229.  Avila-Tang, E., Al-Delaimy, W.K., Ashley, D.L., Benowitz, N., Bernert, J.T., Kim, S., Samet, J.M, and Hecht, S.S.  Assessing secondhand smoke using biological markers., *Tob. Control*, **22**: 164-171, 2013.

230.  Hecht, S.S., Lung carcinogenesis by tobacco smoke. *Int. J. Cancer*, **131**: 2724-2732, 2012. PMCID: PMC3479369.

231.  Hecht, S.S., Murphy, S.E., Stepanov, I., Nelson, H.H., and Yuan, J-M. Tobacco smoke biomarkers and cancer risk among male smokers in the Shanghai Cohort Study. *Cancer Lett.,* **334**: 34-38, 2012. PMCID: PMC3648613.

232.  Hecht, S.S.  Smokeless tobacco and its constituents. In: *Tumour Site Concordance and Mechanisms of Carcinogenesis, Part 1. Concordance Between Cancer in Humans and in Experimental Animals, International Agency for Research on Cancer Scientific Publications 165* (R.A. Baan, B.W. Stewart, and K. Straif, eds), Lyon, France, International Agency for Resaearch on Cancer, pp 39-45, 2019

233.  Hecht, S.S. and DeMarini, D.M.  Tobacco smoke and its constituents.  *In: Tumour Site Concordance and Mechanisms of Carcinogenesis, Part 1. Concordance Between Cancer in Humans and in Experimental Animals,  International Agency for Research on Cancer Scientific Publications 165* (R.A. Baan, B.W. Stewart, and K. Straif, eds), Lyon, France, International Agency for Resaearch on Cancer, pp 47-52, 2019

234.  Hecht, S.S. and Sidransky, D.  Mechanisms of cancer induction by tobacco smoke.  In: *The Health Consequences of Smoking: 50 Years of Progress: A Report of the Surgeon General.* – Atlanta, GA: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health, 148-151, 2014.

235.  Balbo, S. and Hecht, S.S.  Quantitation of acetaldehyde-DNA adducts, biomarkers of alcohol consumption.  *Methods in Pharmacology and Toxicology*, 237-248, 2014.

236.  Stoner, G.D., Wang, L-S., Kresty, L.A., Peiffer, D., Kuo, C-T., Huang, Y-W., Wang, D., Ransom, B., Carmella, S., and Hecht, S.S.  An approach to the evaluation of berries for cancer prevention with emphasis on esophageal cancer.  *Methods in Pharmacology and Toxicology* 107-133, 2014.

237.  Wang, L-S., Kuo, C-T., Peiffer, D., Seguin, C., Stoner, K., Huang, Y-W., Huang, T. H.-M., Salzman, N., Liu, Z., Rosenberg, D., Yang, G-Y., Yang, W., Bi, X., Carmella, S., Hecht, S., and Stoner, G. Anthocyanins, anthocyanin derivatives, and colorectal cancer.  In: *Anthocyanins in Health and Disease Prevention*: (Wallace and Giusti, eds) Taylor and Francis Group, 223-241, 2013.

238.  Marnett, L.J., Cohen, S.M., Fukushima, S., Gooderham, N.J., Hecht, S.S., Rietjens, I.M.C.M., Smith, R.L., Adams, T.B., Bastaki, M., Harman, C.L., McGowen, M.M., and Taylor, S.V.  GRASr2 evaluation of aliphatic acyclic and alicyclic terpenoid tertiary alcohols and structurally related substances used as flavoring ingredients.  *J. Food Sci.* **79**: R428-R441, 2014.

239.  Marnett, L.J., Cohen, S.M., Fukushima, S., Gooderham, N.J., Hecht, S.S., Rietjens, I.M.C.M., Smith, R.L., Adams, T.B., Hallagan, J.B., Harman, C., McGowen, M.M., and Taylor, S.V. GRAS flavoring substances 26.  *Food Technology,* 38-56, 2013.

240.  Hecht, S.S. and Szabo, E.  Fifty years of tobacco carcinogenesis research: from mechanisms to early detection and prevention of lung cancer.  *Cancer Prev. Res.* **7**: 1-8, 2014.

241.  Yuan, J-M., Butler, L.M., and Hecht, S.S.  Urinary tobacco constituent biomarkers for risk prediction of smoking-related lung cancer.  *Cancer Res.***74**: 401-411, 2014. PMCID: PMC4066207

242.  Hecht, S.S.  It is time to regulate carcinogenic tobacco-specific nitrosamines in cigarette tobacco.  *Cancer Prev. Res.*, **7**: 639-647, 2014.

243.  Rietjens, I., Adams, T., Bastaki, M., Cohen, S., Fukushima, S., Gooderham, N., Harman, C., Hecht, S., Marnett, L., Smith, R., and Taylor, S.  The impact of structural and metabolic variation on the toxicity and carcinogenicity of hydroxy- and alkoxy-substituted allyl- and propenybenzenes.  *Chem. Res. Toxicol.* **27**: 1092-1103, 2014.

244.  Walton, K.M., Abrams, D.B., Bailey, W.C., Clark, D., Connolly, G.N., Djordjevic, M.V., Eissenberg, T.E., Fiore, M.C., Goniewicz, M.L., Haverkos, L., Hecht, S.S., Henningfield, J.E., Hughes, J.R., Oncken, C.A., Postow, L., Rose, J.E., Wanke, K.L., Watson, C.H., Yang, L., and Hatuskami, D.K. NIH electronic cigarette workshop: developing a research agenda. *Nicotine Tob. Res.* **17**: 259-269, 2015.

245.  Smith, M.T., Guyton, K.Z., Gibbons, C.F., Fritz, J.M., Portier, C., Rusyn, I., DeMarini, D.M., Caldwell, J.C., Kavlock, R., Lambert, P., Hecht, S.S., Bucher, J.R., Stewart, B.W., Baan, R.A., Cogliano, V.J., and Straif, K.  Key characteristics of carcinogens as a basis for organizing data on mechanisms of carcinogenesis.  *Environ. Health Perspectives*, **124**: 713-721, 2016.

246. Cohen, S.M., Fukushima, S., Gooderham, N.J., Hecht, S.S., Marnett, L.J., Rietjens, I.M.C.M., Smith, R.L.,Bastaki, M., McGowen, M.M., Harman, C., and Taylor, S.V. GRAS flavoring substances 27. *Food Technology*, 1-21, 2015

247. Fujioka, N., Fritz, V., Upadhyaya, P., Kassie, F., and Hecht, S.S. Research on cruciferous vegetables, indole-3-carbinol, and cancer prevention: a tribute to Lee W. Wattenberg. *Molecular Nutr. Food Res*., **60**: 1228-1238, 2016.

248. Hecht, S.S. DNA damage by tobacco carcinogens. In: *Carcinogens, DNA Damage and Cancer Risk* (M.C. Poirier, ed.), New Jersey: World Scientific, 2018, pp 69-85.

249. Hecht, S.S. Biomarkers for assessment of chemical exposures from e-cigarette emissions. In: *Analytical Assessment of e-Cigarettes: From Contents to Chemical and Particle Exposure Profiles* (B. E. Thomas, ed), Amsterdam: Elsevier, 2017, pp 59-73.

250. Cohen, S.M., Fukushima, S., Gooderham, N.J., Hecht, S.S., Rietjens, I.M., Smith, R.L., Bastaki, M., Harman, C.L., McGowen, M.M., and Valerio, L.G. Safety evaluation of substituted thiophenes used as flavoring ingredients. *Food Chem. Toxicol*. **99**: 40-59, 2017.

251. Hecht, S.S. Oral cell DNA adducts as potential biomarkers for lung cancer susceptibility in cigarette smokers. *Chem. Res. Toxicol*. **30**: 367-375, 2017.

252. Cohen, S.M., Fukushima, S., Gooderham, N.J., Guengerich, F.P., Hecht, S.S., Rietjens, I., Smith, R.L., Bastaki, M., Harman, C.L., McGowen, M.W., and Taylor, S. FEMA Expert Panel review of *p*-mentha-1,8-dien-7-al genotoxicity testing results. *Food Chem. Toxicol*. **98**: 201-209, 2016.

253. Peterson, L.A. and Hecht, S.S. Tobacco, e-cigarettes, and child health. *Curr Opin Pediatr* **29**: 225-230, 2017.

254. Carlson, E.S., Upadhyaya, P., and Hecht, S.S. A general method for detecting nitrosamide formation in the in vitro metabolism of nitrosamines by cytochrome P450s. *J. Vis. Exp*. doi: 10.3791/56312, 2017.

255. Schick, S., Blount, B., Jacob, P., Saliba, N., Bernert, J., El Hellani, A., Jatlow, P., Pappas, R., Wang, L., Foulds, J., Ghosh, A., Hecht, S., Gomez, J., Martin, J., Mesaros, C., Srivastava, S., St. Helen, G., Tarran, R., Lorkiewicz, P., Blair, I., Kimmel, H., Doerschuk, C., Benowitz, N. and Bhatnagar, A. Biomarkers of exposure to new and emerging tobacco and nicotine delivery products. *Am. J. Physiol.-Lung Cellular Mol. Physiol*., **313**: 425-452, 2017.

256. Hecht, S.S. Tobacco carcinogenesis. In: *Encyclopedia of Cancer, 4nd Edition* (M. Schwab, ed.), Berlin: Springer-Verlag, doi: 10.1007/978-3-642-27841-9_5846-2, 2017.

257. Cohen, S.M., Eisenbrand, G., Fukushima, S., Gooderham, N.J., Guengerich, F.P., Hecht, S.S., Rietjens, I.M.C.M., Davidsen, J.M., Harman, C.L., and Taylor, S.V. Updated procedure for the safety evaluation of natural flavor complexes used as ingredients in food. *Food Chem. Toxicol*., **113**: 171-178, 2018.

258. Hecht, S.S. and Hatsukami, D.K. A regulatory strategy for reducing exposure to toxicants in cigarette smoke. *WHO Technical Report Series* 1015, 111-124, 2019.

259. Smith, R.L., Cohen, S.M., Fukushima, S., Gooderham, N.J., Hecht, S.S., Guengerich, F.P., Rietjens, I.M.C.M., Bastaki, M., Harman, C.L., McGowen, M.M., and Taylor, S.V. The safety evaluation of food flavoring substances: the role of metabolic studies. *Toxicol. Res*.,**7**: 618-646, 2018.

260. Murphy, S.E., Park, S.L., Balbo, S., Haiman, C.A., Hatsukami, D.K., Patel, Y., Peterson, L.A., Stepanov, I., Tretyakova, N., Stram, D.O., Hecht, S.S., and Le Marchand, L. Ethnic differences in lung cancer risk due to cigarette smoking. *NPJ Precis Oncol* doi: 10.1038/s41698-018-0057-y, 2018.

261. Cohen, S.M., Eisenbrand, G., Fukushima, S., Gooderham, N.J., Guengerich, F.P., Hecht, S.S., Rietjens, I.M.C.M., Bastaki, M., Davidsen, J.M., Harman, C.L., McGowen, M., and Taylor, S., FEMA GRAS assessment of natural flavor complexes: citrus-derived flavoring ingredients., *Food Chem. Toxicol.*, **124**: 192-218, 2019.

262. Hecht, S.S., Metabolism and DNA adduct formation of carcinogenic tobacco-specific nitrosamines found in smokeless tobacco products, In:, *Smokeless Tobacco Products: Characteristics, Usage, Health Effects, and Regulatory Implications* (W. B. Pickworth, ed.), Amsterdam: Elsevier, 2020, pp 151-166.

263. Tomar, S.L., Hecht, S.S., Jaspers, I., Gregory, R.L., and Stepanov, I. Oral health effects of combusted and smokeless tobacco products, *Adv.Dent.Res*. **30**: 4-10, 2019.

264. Ma, B., Stepanov, I., and Hecht, S.S. Recent studies on DNA adducts resulting from human exposure to tobacco smoke, In: Biomarkers of Environmental Toxicants (K. Lu and R.J. Turesky, eds.), Basel, MDPI, 2020, pp 219-246; and *Toxics*, doi 10.3390/toxics7010016, 2019.

265. Benowitz, N.L., Bernert, J.T., Foulds, J., Hecht, S.S., Jacob, P. III, Jarvis, M.J., Joseph, A., Oncken, C., and Piper, M.E., Biochemical verification of tobacco use and abstinence: 2019 update, *Nicotine Tob. Res*. doi:10.1093/ntr/ntz132, 2019.

266. Cohen, S.M., Rietjens, I.M.C.M., Eisenbrand, G., Fukushima, S., Guengerich, F.P., Hecht, S.S., Bastaki, M., Davidsen, J.M., Harman, C.L., McGowen, M.M., and Taylor, S.V., FEMA GRAS assessment of natural flavor complexes: mint, buchu, dill and caraway derived flavoring ingredients, *Food Chem. Toxicol.*, doi: 10.1016/j.fct.2019.

267. Rietjens, I.M.C.M., Cohen, S.M., Eisenbrand, G., Fukushima, S., Gooderham, N.J., Guengerich, F.P., Hecht, S.S., Rosol, T.J., Davidsen, J.M., Harman, C.L., Murray, I.J., and Taylor, S.V., FEMA GRAS assessment of natural flavor complexes: *cinnamomum* and *myroxylon*-derived flavoring ingredients, *Food Chem. Toxicol.*, doi: 10.1016/j.fct.2019

268. Luo, K, Stepanov, I., and Hecht, S.S. Chemical biomarkers of exposure and early damage from potentially carcinogenic airborne pollutants, *Annals of Cancer Epidemiology*, doi 10.21037/ace.2019.08.01, 2019.

269. Buckley, J.P, Barrett, E.S., Beamer, P.I, Bennett, D.H., Bloom, M.S., Fennell, T.R., Fry, R.C., Funk, W.E., Hamra, G.B., Hecht, S.S., Kannan, K., Iyer, R., Karagas, M.R., Lyall, K., Parsons, P.J., Pellizzari, P.B., Pellizzari, E.D., Signes-Pastor, A.J., Starling, A.P., Wang, A., Watkins, D.J., Wang, M., Woodruff, T.J., Opportunities for evaluating chemical exposures and child health in the United States: the environmental influences on child health outcomes (ECHO) program, *J. Exposure Sci. Environ. Epidemiol.*, **30**: 397-419, 2020.

270. Gooderham, N.J., Cohen, S.M., Eisenbrand, G., Fukushima, S., Guengerich, F.P., Hecht, S.S., Rietjens, I.M.C.M., Rosol, T.J., Bastaki, M., Linman, M.J., and Taylor, S.V., The safety evaluation of food flavoring substances: the role of genotoxicity studies, *Critical Rev. Tox*. **50**: 1-27, 2020

271. Peterson, L.A., Balbo, S., Fujioka, N., Hatsukami, D.K., Hecht, S.S., Murphy, S.E., Stepanov, I., Tretyakova, N., Turesky, R.J., and Villalta, P.W. Applying tobacco, environmental and dietary-related biomarkers to understand cancer etiology and evaluate prevention strategies, *Cancer Epidemiol. Biomarkers Prev*., in press, 2020.

272. Gooderham, N.J., Cohen, S.M., Eisenbrand, G., Fukushima, S., Guengerich, F.P., Hecht, S.S., Rietjens, I.M.C.M., Rosol, T.J., Davidsen, J.M., Harman, C.L., Murray, I.J., and Taylor, S.V. FEMA GRAS assessment of natural flavor complexes: Clove, cinnamon leaf and West Indian bay leaf-derived flavoring ingredients  *Food Chem. Toxicol.*, submitted, 2020

273.  Fukushima, S., Cohen, S.M., Eisenbrand, G., Gooderham, N.J., Guengerich, F.P., Hecht, S.S., Rietjens, I.M.C.M., Rosol, T.J., Davidsen, J.M., Harman, C.L., Lu, V., and Taylor, S.V.  FEMA GRAS assessment of natural flavor complexes: lavender, guaiac, coriander-derived and related flavoring ingredients, *Food Chem. Toxicol.*, submitted, 2020.

274.  Hecht, S.S. Mechanisms and biomarkers of tobacco carcinogenesis. In: *Tobacco and Cancer: the Science and the Story* (S.S. Hecht and D. Hatsukami, eds) New Jersey: World Scientific, 2020, submitted.

275.  Kannan, K., Stathis, A., Mazzella, M.J., Syam, A.S., Barr, D.B., Hecht, S.S., Merrill, L.S., Galusha, A.L., and Parsons, P.J. Quality assurance and harmonization for targeted biomonitoring measurements of environmental organic chemicals across the children's health exposure analysis resource laboratory network. *International. J. Hygiene Environ. Health*, in press, 2021

276.  Tevis, D.S., Flores, S.R., Kenwood, B.M., Jacob, P. III, Bhandari, D., Lorkiewicz, P.K., Hecht, S.S., Conklin, D.J., Goniewicz, M.L., Liu, J., Blount, B.C., De Jesus, V.R.  Harmonization of acronyms for volatile organic compound metabolites using a standardized naming system.  *International J. Hygiene Environ. Health*, in press, 2021

277.  Hecht, S.S. and Hatsukami, D.K., eds. Book *Tobacco and Cancer: the Science and the Story*, World Scientific Publishing Co., submitted, 2021

278.  Hecht, S.S. and Hatsukami, D.K., Smokeless tobacco and cigarette smoking: chemical mechanmisms and cancer prevention.  *Nature Reviews Cancer*, submitted, 2021

279.  Eisenbrand, G., Cohen, S.M., Fukushima, S., Gooderham, N.J., Guengerich, F.P., Hecht, S.S., Rietjens, I.M.C.M., Rosol, T.J., Davidsen, J.M., Harman, C.L., and Taylor, S. FEMA GRAS assessment of natural flavor complexes: Eucalyptus oil and other cyclic ether- containing flavor ingredients. *Food Chem. Toxicol.*, submitted, 2021

280.  Cohen, S.M., Eisenbrand, G., Fukushima, S., Gooderham, N.J., Guengerich, F.P., Hecht, S.S., Rietjens, I.M.C.M., Rosol, T.J., Davidsen, J.M., Harman, C.L., Lu, V., and Taylor, S.V. FEMA GRAS assessment of natural flavor complexes: Origanum oil, thyme oil and related phenol derivative-containing flavor ingredients. *Food Chem. Toxicol.*, submitted, 2021