# Exhibit O

**Documents marked Confidential Information**