# Exhibit P

**[Under Seal]**

**In accordance with the Court's Confidentiality and Protective Order, Plaintiffs will forward the Exhibit to the Court directly via email for its in camera review.**