# Exhibit R

**Documents marked Restricted Confidential Information**