UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER CIVIL NO. 19-2875 (RBK) |

**CERTIFICATION OF C. BRETT VAUGHN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE GENERAL CAUSATION OPINION OF PLAINTIFFS' EXPERT MAHYAR ETMINAN, PHARMD, MSC**

**C. BRETT VAUGHN**, hereby certifies as follows:

1. I am an attorney at law within the State of Kansas with the Hollis Law Firm, and serve on the Plaintiff's Executive Committee. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' opposition to Defendants' motion to exclude the general causation opinions of Mahyar Etminan, PharmMD, MSC.

2. Attached hereto as **Exhibit A** is a true and accurate copy of the July 6th, 2021 report of Mahyar Etminan.

3. Attached hereto as **Exhibit B** is a true and accurate copy of the Liteplo & Meek, *Concise International Chemical Assessment Document 38 – N-Nitrosodimethylamine* (WHO 2002).

4. Attached hereto as **Exhibit C** is a true and accurate copy of Anderson, Souliotis, Chhabra, Moskal, Harbaugh, and Kyrtopoulos, *N-nitrosodimethylamine-derived O(6)-methylguanine in DNA of monkey gastrointestinal and urogenital organs and enhancement by ethanol,* INT. J. CANCER 66, 130-4 (Mar. 1996).

5. Attached hereto as **Exhibit D** is a true and accurate copy of the August 24, 2021 deposition transcript of Mahyar Etminan.

6. Attached hereto as **Exhibit E** is a true and accurate copy of *Geiss v. Target Corp.*, No. 09–2208 (RBK/KMW), 2013 WL 4675377 (D.N.J. 2013).

7. Attached hereto as **Exhibit F** is a true and accurate copy of the August 1, 2021 report of Dr. Jon Fryzek.

8. Attached hereto as **Exhibit G** is a true and accurate copy of Gomm, Röthlein, Schüssel, Brückner, Schröder, Hess, Frötschl, Broich, & Haenisch, *N-Nitrosodimethylamine-Contaminated Valsartan and the Risk of Cancer—A Longitudinal Cohort Study Based on German Health Insurance Data*, DTSCH. ARZTEBL INT. 118, 358, 359 (2021).

9. Attached hereto as **Exhibit H** is a true and accurate copy of the August 25, 2021 deposition transcript of Mahyar Etminan.

10. Attached hereto as **Exhibit I** is a true and accurate copy of the September 30, 2021 deposition transcript of Jon P. Fryzek, Ph.D.

11. Attached hereto as **Exhibit J** is a true and accurate copy of the September 16, 2021 deposition transcript of Michael B. Bottorr, Pharm.D.

12. Attached hereto as **Exhibit K** is a true and accurate copy of the July 6, 2021 report of Dipak Panigraphy, MD.

13. Attached hereto as **Exhibit L** is a true and accurate copy of *Player v. Motiva Enterprises LLC*, No. Civ. 02–3216(RBK), 2006 WL 166452 (D.N.J. January 20, 2006).

                                        **HOLLIS LAW FIRM**
                                        Attorneys for Plaintiffs

                                        By:   /s/ C. Brett Vaughn         

Dated: December 1, 2021