# EXHIBIT D

CONFIDENTIAL

Page 1

1                UNITED STATES DISTRICT COURT

                  DISTRICT OF NEW JERSEY

2   - - - - - - - - - - - - - - - - - x

    IN RE: VALSARTAN, LOSARTAN, AND   :  MDL NO. 2875

3   IRBESARTAN PRODUCTS LIABILITY      :

    LITIGATION,                        :

4                                      :

    THIS DOCUMENT RELATES TO:          :

5   Duffy, et al. v. Solco Healthcare  :

    U.S., L.L.C., et al.,              :

6   Case No. 1:18-cv-15076-RBK-JS      :

    - - - - - - - - - - - - - - - - - x

7

8

9            ***RESTRICTED CONFIDENTIAL***

10

11

12           Veritext Virtual Zoom Videotaped

13   deposition of MAHYAR ETMINAN, Ph.D., taken on

14   Tuesday, August 24, 2021, held in Vancouver, City of

15   British Columbia, Canada, commencing at 8:00 a.m.,

16   before Jamie I. Moskowitz, a Certified Court

17   Reporter and Certified Livenote Reporter.

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 2

```
 1   A P P E A R A N C E S:
     (All appearances via Zoom)
 2
 3   LEVIN PAPANTONIO RAFFERTY LAW FIRM
     BY:  DANIEL A. NIGH, ESQUIRE
 4   BY:  MADELINE E. PENDLEY, ESQUIRE
     BY:  SARA PAPANTONIO, ESQUIRE
 5   BY:  LAUREN MASSEY, ESQUIRE
     315 South Baylen Street
 6   Pensacola, Florida 32502
     850.435.7013
 7   dnigh@levinlaw.com
     Counsel for the Plaintiffs
 8
 9   MARTIN, HARDING & MAZZOTTI, LLP
     BY:  ROSEMARIE R. BOGDEN, ESQUIRE
10   111 Washington Avenue - Suite 750
     Albany, New York 12211
11   518.724.2207
     rosemarie.bogden@1800law1010.com
12   Counsel for the Plaintiffs
13
     DUANE MORRIS
14   BY:  PATRICK C. GALLAGHER, ESQUIRE
     BY:  LAUREN A. APPEL, ESQUIRE
15   BY:  FREDERICK R. BALL, ESQUIRE
     1875 NW Corporate Boulevard - Suite 300
16   Boca Raton, Florida 33431-8561
     561.962.2100
17   pcgallagher@duanemorris.com
     Counsel for Defendants Prinston Pharmaceutic Inc.,
18   Zhejiant Huahai Pharmaceutical Co., Ltd; Solco
     Healthcare U.S., LLC and Huahai U.S., Inc.
19
20   CIPRIANI & WERNER
     BY:  JESSICA M. HEINZ, ESQUIRE
21   450 Sentry Parkway - Suite 200
     Blue Bell, Pennsylvania  19422
22   610.567.0700
     jheinz@c-wlaw.com
23   Counsel for Defendant Aurobindo Pharma Ltd.
24
25
```

CONFIDENTIAL

Page 3

```
 1   A P P E A R A N C E S:
     (All appearances via Zoom)
 2
 3   GREENBERG TRAURIG
     BY:  STEPHEN T. FOWLER, ESQUIRE
 4   2101 L Street, N.W. - Suite 1000
     Washington, DC 20037
 5   202.331.3100
     fowlerst@gtlaw.com
 6   Counsel for Defendant Teva Pharmaceuticals
     Industries Ltd.
 7
 8   GREENBERG TRAURIG
     BY:  STEVEN M. HARKINS, ESQUIRE
 9   Terminus 200
     3333 Piedmont Road NE - Suite 2500
10   Atlanta, Georgia 30305
     678.553.2100
11   harkinss@gtlaw.com
     Counsel for Defendant Teva Pharmaceuticals
12   Industries Ltd.
13
     HILL WALLACK LLP
14   BY:  NAKUL Y. SHAH, ESQUIRE
     21 Roszel Road
15   Princeton, New Jersey 08540
     609.924.0808
16   nshah@hillwallack.com
     Counsel for the Defendants Hetero Drugs and Hetero
17   Labs
18
     PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
19   BY:  JASON M. REEFER, ESQUIRE
     BY:  CLEM C. TRISCHLER, ESQUIRE
20   One Oxford Centre
     301 Grant Street -- Floor 38
21   Pittsburgh, Pennsylvania 15219
     412.263.2000
22   jmr@pietragallo.com
     Counsel for the Defendant Mylan
23
24
25
```

CONFIDENTIAL

Page 4

```
 1   A P P E A R A N C E S:
     (All appearances via Zoom)
 2
 3   HINSHAW & CULBERTSON LLP
     BY:  KATHLEEN E. KELLY, ESQUIRE
 4   53 State Street - 27th Floor
     Boston, Massachusetts 02109
 5   617.213.7000
     kekelly@hinshaw.com
 6   Counsel for the Defendants Sciegen Pharmaceuticals
     Inc. and H.J. Harkins Company Inc.
 7
 8   BARNES & THORNBURG LLP
     BY:  KARA KAPKE, ESQUIRE
 9   11 South Meridian Street
     Indianapolis, Indiana 46204
10   317.236.1313
     kara.kapke@btlaw.com
11   Counsel for the Defendants CVS and Rite Aid
12
     WALSH PIZZI O'REILLY FALANGA LLP
13   BY:  LISA M. WALSH, ESQUIRE
     Three Gateway Center
14   100 Mulberry Street - 15th Floor
     Newark, New Jersey 07102
15   973.757.1100
     lwalsh@walsh.law
16   Counsel for the Defendant Teva
17
     BUCHANAN INGERSOLL & ROONEY PC
18   BY:  CHRISTOPHER B. HENRY, ESQUIRE
     Carillon Tower
19   227 West Trade Street - Suite 600
     Charlotte, North Carolina 28202-2601
20   704.444.3300
     chrisopher.henry@bipc.com
21   Counsel for Albertsons LLC
22
23
24
25
```

CONFIDENTIAL

Page 5

1   A P P E A R A N C E S:

    (All appearances via Zoom)

2

3   FALKENBERG IVES LLP

    BY:   MEGAN A. ZMICK, ESQUIRE

4   230 West Monroe Street - Suite 2220

    Chicago, Illinois 60606

5   312.566.4801

    maz@falkenbergives.com

6   Counsel for the Defendant Humana Pharmacy

7

    ALSO PRESENT:

8

    JUSTIN BILEY

9   Legal Videographer and Concierge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 6

1                    E X H I B I T S

2

   EXHIBIT NUMBER            DESCRIPTION                  PAGE

3

   Exhibit 1                 Deposition Notice             13

4

   Exhibit 2                 Curriculum Vitae              17

5

   Exhibit 3                 Article entitled Personal     32

6                            Use of Hair Dyes

7  Exhibit 4                 Invoices                      42

8  Exhibit 5                 Dr. Etminan's Report          44

9  Exhibit 6                 McElvenny article             51

10 Exhibit 7                 Straif article                51

11 Exhibit 8                 Hidajat article               51

12 Exhibit 9                 DeVocht article               68

13 Exhibit 10                Lavecchia article            110

14 Exhibit 11                Lavecchia article            110

15 Exhibit 12                Jakszyn article              117

16 Exhibit 13                Palli study                  134

17 Exhibit 14                Palli study                  136

18 Exhibit 15                Loh paper                    139

19 Exhibit 16                Kefzei paper                 140

20 Exhibit 17                Song study                   143

21 Exhibit 18                Knekt paper                  147

22 Exhibit 19                Bradford Hill article        162

23 Exhibit 20                Zheng article                202

24 Exhibit 21                Jakszyn article              232

25 Exhibit 22                Richardson study             240

CONFIDENTIAL

Page 7

1                       E X H I B I T S

2

     EXHIBIT NUMBER          DESCRIPTION                 PAGE

3

     Exhibit 23             De Stefani article 2009      243

4

     Exhibit 24             De Stefani article 1996      243

5

     Exhibit 25             Goodman study                252

6

     Exhibit 26             Pottegard study              266

7

     Exhibit 27             Gomm study                   266

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 8

1                           REQUEST PAGE

2      INSTRUCTIONS NOT TO ANSWER:

3      Page  Line

4      None

5      REQUEST FOR PRODUCTION OF DOCUMENTS:

6      Page  Line              Description

7      None

8      STIPULATIONS:

9      Page  Line

10     None

11     QUESTIONS MARKED:

12     Page  Line

13     None

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 9

1            TABLE OF CONTENTS

2    MAHYAR ETMINAN

3

     Examination

4

     By Mr. Gallagher...................Page  11

5

     Notice to Read & Sign..............Page 274

6

     Reporter Certificate...............Page 276

7

     Index of Exhibits..................Page   6

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 10

1          THE VIDEOGRAPHER:  We are going on the

2      record at 8 a.m. on August 24th, 2021.  This is

3      Media Unit Number 1 of the video recorded

4      deposition of Mahyar Etminan in regards to the

5      valsartan, losartan litigation.

6          My name's Justin Bily from the firm

7      Veritext and I am the videographer.  The court

8      reporter is Jamie Moskowitz from the firm

9      Veritext.  All counsel will be noted on the

10      stenographic record.  Will the court reporter

11      please swear in witness and then we can begin.

12                     *    *    *

13              P R O C E E D I N G S

14          THE COURT REPORTER:  The attorneys

15      participating in this deposition acknowledge

16      that I am not physically present in the

17      deposition room and that I will be reporting

18      this deposition remotely.

19          They further acknowledge that, in lieu

20      of an oath administered in person, the witness

21      will verbally declare his testimony in this

22      matter is under penalty of perjury.

23          The parties and their counsel consent

24      to this arrangement and waive any objections to

25      this manner of reporting.  If there are any

CONFIDENTIAL

Page 11

1    objections, please state them now.

2                           *   *   *

3                MAHYAR ETMINAN, after having been

4        first duly sworn, was examined and testified as

5        follows:

6                           *   *   *

7                THE COURT REPORTER:  Okay, please

8        proceed.

9    EXAMINATION BY MR. GALLAGHER:

10       Q        Good morning, Dr. Etminan.  You can

11   put your hand down now.

12       A        Good morning.

13       Q        My name is Patrick Gallagher.  I'm

14   with the law firm of Duane Morris.  I represent some

15   of the defendants in this matter, and I'll be asking

16   you a series of questions today for your deposition.

17   Can you please state your name for the record?

18       A        Mahyar Etminan.

19       Q        Dr. Etminan, have you ever been

20   deposed before?

21       A        Yes.

22       Q        How many times?

23       A        Just off the top of my head, at least

24   four or five times.

25       Q        Okay.  When did you first speak with

CONFIDENTIAL

Page 12

1    plaintiffs' counsel with respect to this case?

2        A       Again, to the best of my recollection,

3    I believe it was probably in late spring, maybe

4    April or May.

5        Q       Okay.  And who was that counsel that

6    you first spoke to about this case?

7        A       Again, it was either Mr. Nigh or

8    Ms. -- I forget her last name.  Rosemarie.

9        Q       Okay.

10       A       I don't -- I'm not sure exactly which

11   one posed the question, but they both approached me.

12       Q       Okay.  And have you ever spoken to

13   either -- either Mr. Nigh or Rosemarie prior to

14   speaking to them about this case?

15       A       I did some work for them on a

16   different litigation as well.

17       Q       Did you serve as a testifying expert?

18           MR. NIGH:  Hold on.  Don't answer that

19       question.  We have not disclosed experts in

20       Zantac, so I'm not going to allow him to answer

21       any more questions about the Zantac litigation.

22           MR. GALLAGHER:  Okay.

23   BY MR. GALLAGHER:

24       Q       Other than this case, have you had

25   other -- strike that.

CONFIDENTIAL

Page 13

1           Have you spoken to any other experts

2    involved in this case, the valsartan litigation?

3        A       No.

4        Q       Okay.  Have you reviewed any -- have

5    you reviewed any expert reports of other experts

6    with respect to this litigation?

7        A       Yes, I have reviewed Dr. Prizing, I

8    believe, and their reports.

9        Q       Okay.

10              MR. GALLAGHER:  Can we mark the first

11        exhibit Exhibit 1?  It's the deposition notice.

12              (Whereupon, Exhibit 1 was marked for

13        Identification.)

14              MS. APPEL:  It's already marked.

15   BY MR. GALLAGHER:

16       Q       Dr. Etminan, have you seen this

17   document before?

18       A       Yes.

19              MR. GALLAGHER:  And if we go to the --

20        I think it's on the next page, next page.

21   BY MR. GALLAGHER:

22       Q       Have you -- did you review this?

23              MR. GALLAGHER:  Then we can skip ahead

24        to the next page.

25              THE WITNESS:  Yes, I have.

CONFIDENTIAL

Page 14

1    BY MR. GALLAGHER:

2        Q        Do you see there's a series of

3    requests for certain documents?  Did you -- did you

4    collect documents to -- to be produced in response

5    to these requests?

6        A        Yes.

7                MR. NIGH:  And for the record, we did

8            serve response to his requests on defense

9            counsel more than 48 hours prior to this

10           deposition.

11               MR. GALLAGHER:  We did receive --

12           receive those documents.

13   BY MR. GALLAGHER:

14       Q        How did you go about collecting the

15   documents that you provided in response to these

16   requests?

17       A        I provided all documents, pertinent

18   studies that I used to formulate an opinion in my

19   expert report, including my search strategy and,

20   again, the articles that I found that sort of

21   contributed to the weight of the evidence that I

22   used in my report.

23       Q        Okay.  And with respect to the

24   articles that you provided in response to the

25   request, how did you -- how did you decide what

CONFIDENTIAL

Page 15

1    articles you were going include and provide?

2          A        Again, the articles where I talked

3    about extensively in the report, that contribute

4    substantially to the weight of the evidence, I have

5    included all of those articles.

6          Q        Okay.  Did you have like a file of

7    these articles, or was -- were you --

8          A        Well, I had --

9                   MR. NIGH:  Form.  Objection.

10                  THE WITNESS:  I -- I -- my report is

11          mainly a systematic review of the literature.

12          So when I did my systematic review, I found

13          articles that met the selection criteria in

14          that review.  So I went ahead and completed the

15          report.  And when I received this request, I

16          went back and looked at all the -- the main

17          articles or studies that I have included.  And

18          I went about selecting them again, using mainly

19          the criteria in my research, in my search and

20          also the weight of the evidence that they

21          contributed to the report.

22    BY MR. GALLAGHER:

23          Q        So I think that -- the documents

24    that -- or the articles -- strike that.

25                  The articles that you provided in

CONFIDENTIAL

Page 16

1    response to these requests, include some of the

2    articles and papers that are cited in your report

3    but not all of the articles and papers that are

4    cited in your report.

5                    MR. NIGH:  Hold on, Doctor.  Doctor,

6            hold on.  Hold on.  If you can, let Patrick

7            finish his question.  I know it may be a little

8            difficult because it sometimes does sound like

9            he trails off at the end.  But at the same

10           point, I need a pause in between his question

11           and your answer, so I that I can, you know,

12           interject an objection if I -- if I need to.

13                    So here, I'm going to object to form.

14                    Go ahead, you can answer, Doctor.

15                    THE WITNESS:  Yeah, so if there were

16           citations in the report where I only looked at

17           the abstract of the paper and not really

18           included the body of the paper because I didn't

19           need to, those articles are just cited in my

20           report.  But I provided the articles that

21           actually contributed to the weight of the

22           evidence and my opinions in the report.

23    BY MR. GALLAGHER:

24           Q       So would it be fair to say, then, that

25    articles that are cited -- that may be cited in your

CONFIDENTIAL

Page 17

1    report but that you did not provide in response to

2    these requests did not contribute to your opinions

3    in this matter?

4                    MR. NIGH:  Form.  Objection.

5          Misstates his testimony.

6                    You can answer.

7                    THE WITNESS:  No, they do.  Again,

8          if -- if there was -- if there were statements

9          that I made that are general statements that

10         are -- that are sort of known facts, I, you

11         know, didn't really provide those specific

12         articles.  But I cite them.  I provided

13         articles where I, you know, make a lot of

14         discussions around the weight of the evidence

15         provided in those articles.

16   BY MR. GALLAGHER:

17         Q       Okay.  Let's move on and mark as

18   Exhibit 2 your CV.

19                    (Whereupon, Exhibit 2 was marked for

20         Identification.)

21                    THE WITNESS:  Sorry.  Is this going to

22         be a document upload or is it --

23   BY MR. GALLAGHER:

24         Q       It is.

25         A       I'm still waiting.

CONFIDENTIAL

Page 18

1          MR. NIGH:  Yeah, we don't have it yet.

2      There it is.  Do you have it, Doctor?

3          THE WITNESS:  I got it, yeah.

4  BY MR. GALLAGHER:

5      Q      So Dr. Etminan, you're an associate

6  professor in the Department of Ophthalmology and

7  Visual Sciences; is that correct?

8      A      That's right.

9      Q      At the University of British Columbia,

10  correct?

11      A      Correct.

12      Q      What does that position entail?

13      A      The position is mainly 60, 70 percent

14  research position.  And the 30 or 40 percent

15  remainder is basically -- basically, it's made up of

16  teaching, graduate and undergraduate training and a

17  few hours a month of service.

18      Q      And when you refer to service, what do

19  you mean by "service"?

20      A      Service means attending committees,

21  departmental meetings, that sort of thing.

22      Q      Okay.  And in your teaching, what

23  courses do you teach?

24      A      Currently, I teach a two-hour course

25  on evidence-based medicine and with a -- with a

CONFIDENTIAL

Page 19

1  focus on causal inference to pharmacy students.  I

2  also teach a similar lecture to graduate students in

3  the department of ophthalmology.  And another

4  pharmacy course on evidence-based medicine, with --

5  one is undergraduate, and one is for the pharmacy

6  residents who have graduated.  But it's two

7  different courses but same sort of topic:

8  evidence-based medicine.

9        Q        Okay.  And I believe you mentioned in

10  the 30 to 40 percent, you said teaching and

11  graduate, undergraduate training.  Is there any

12  aspect of graduate or undergraduate training you're

13  referring to other than the courses you teach?

14       A        Right.  So I teach undergraduate

15  medical students, and it's more of a -- sort of a

16  research rotation, if you will, that they have.  So

17  they spend six to eight weeks reading up on

18  epidemiological methodology and taking on a project.

19  I do some -- the same sort of research teaching as

20  well to ophthalmology residents.

21            And then I have also graduate students

22  who are enrolled in a master's or a Ph.D. program

23  through the Department of Experimental Medicine, and

24  I supervise them on sort of a more regular basis

25  because they're -- you know, they're graduate

Page 20

1    students working toward a master's or a Ph.D.

2                    THE COURT REPORTER:  I'm sorry.

3          You -- they have a master's or Ph.D. through

4          the Department of Experimental Medicine?  I'm

5          sorry, I missed what you said.

6                    THE WITNESS:  Yes, so experimental

7          medicine is a department where all faculties of

8          school -- all faculties who are researching in

9          the faculty of medicine can train students

10         through the Department of Experimental

11         Medicine.  So it's like an academic hub, if you

12         will, to -- for graduates training in the -- in

13         the faculty of medicine.

14                   MR. NIGH:  And, Doctor, if Jamie

15         speaks up -- or Ms. Moskowitz, if she speaks

16         up, she just wants to clarify what words you

17         used at the end of a sentence.  Patrick is

18         going to be the one asking you questions about

19         like what is that type of thing.  Okay?

20                   THE WITNESS:  Okay.

21   BY MR. GALLAGHER:

22         Q      Dr. Etminan, in the -- you referred to

23   graduate and undergraduate students.  Do you teach

24   medical students?

25         A       Yes, I teach undergraduate medical

CONFIDENTIAL

Page 21

1   students.  I also have started teaching, as I

2   mentioned to you, undergraduate pharmacy students as

3   well.

4          Q        How long have you been a professor at

5   the University of British Columbia?

6          A        Since 2008.

7          Q        And where were you immediately before

8   you started at the University of British Columbia?

9          A        Before -- I held a research associate

10  position at Vancouver General Hospital.  Before I

11  was, you know, I started my professorial position, I

12  worked as a research associate for 2 or 3 years at

13  Vancouver Hospital.

14         Q        Okay.  And, Dr. Etminan, you received

15  a PharmD degree from Idaho State University; is that

16  correct?

17         A        That's right.

18         Q        Did you do your -- did you attend any

19  other universities for a PharmD program?

20                  MR. NIGH:  Form objection.

21                  THE WITNESS:  Yes, I -- I started my

22         PharmD at the University of British Columbia,

23         but I completed it at Idaho State University.

24  BY MR. GALLAGHER:

25         Q        And so how many years did you -- what

CONFIDENTIAL

Page 22

1    year did you start the PharmD program at the

2    University of British Columbia?

3         A        I believe it was in 1999, or actually

4    1998 or 9, I forget.  And I did one year at UBC, and

5    then I transferred and completed my degree at Idaho.

6         Q        Okay.  Why did you transfer?

7         A        I felt that the program, it does not

8    really state my, sort of, objectives, which were

9    more research, pharmaceutical research in

10   epidemiology.  It was a more of a clinical program,

11   so I completed it -- Idaho allowed me to finish my

12   degree faster and then go ahead and continue my

13   training in epidemiology.

14        Q        Okay.  And then after your PharmD, you

15   went to the University of Toronto; is that correct?

16        A        That's right.

17        Q        And what was the program you were

18   enrolled in at University of Toronto?

19        A        It was a master's degree in clinical

20   epidemiology.

21        Q        Then looks like subsequently, you did

22   a postdoctoral fellowship at McGill University; is

23   that correct?

24        A        That's right.

25        Q        What was the nature of your work

CONFIDENTIAL

Page 23

1   during that postdoctoral fellowship?

2       A       I undertook epidemiological studies on

3   prescription drugs, safety questions using launch

4   databases or big data.

5       Q       Did any of those studies involve the

6   study of cancer?

7       A       No, not -- not during my training at

8   McGill.  I wasn't -- no.  Or at least I don't

9   remember.  I have done a lot of studies.  I don't

10  think one of my studies at McGill had anything to do

11  with cancer.

12      Q       Okay.  Jumping ahead to -- as we

13  discussed just a few minutes ago, you're a professor

14  in the Department of Ophthalmology and Visual

15  Sciences, correct?

16      A       That's right.

17      Q       And I think you said 60 to 70 percent

18  of your time was -- was research?

19      A       That's right.

20      Q       What's the primary -- what's the

21  primary focus of your research currently?

22      A       My primary focus of my research again

23  is sort of broken down to 40 to 50 percent

24  epidemiology of the eye or ocular diseases or drug

25  safety questions related to the eye.  And the rest

CONFIDENTIAL

Page 24

1    of the -- the other 40 to 50 percent is drug safety

2    questions on any other area in -- in medicine.  So I

3    worked on drugs related to the lung, to the

4    gastrointestinal tract, any -- anything -- any drug

5    safety question that is of public health concern.

6         Q        How do you identify drugs that you're

7    going to undertake research on?

8                  MR. NIGH:  Form objection.

9                  THE WITNESS:  Well, it's usually case

10        reports or case series or alerts from drug

11        regulatory agencies.  Sometimes the media is a

12        good source to highlight important --

13        importance of a safety question.  So it could

14        be a combination of all of those, or it could

15        be one of them.

16   BY MR. GALLAGHER:

17        Q        You're not a medical doctor, correct?

18        A        No.

19        Q        And you don't diagnose patients,

20   correct?

21        A        No.

22        Q        You don't treat patients, correct?

23        A        Correct.

24        Q        When I asked you about what you did as

25   a professor in the Department of Ophthalmology and

CONFIDENTIAL

Page 25

1    Visual Science, you didn't mention anything about

2    clinical involvement.  That's not a part of what you

3    do as a professor at the

4    University of British Columbia, correct?

5         A         Correct.

6         Q         I believe you said you -- I believe

7    you have been deposed four or five times; is that

8    correct?

9         A         Correct.

10        Q         Have you ever testified at trial?

11        A         I testified, I believe, in the lower

12   Manhattan court for Fosamax once, yes.

13        Q         Okay.  Do you know if your testimony

14   has ever been excluded by a court?

15                  MR. NIGH:  Form objection.

16                  THE WITNESS:  I'm not sure.  It's

17        possible -- possibly Fosamax, but I'm not

18        100 percent sure.

19        Q         Okay.

20                  THE COURT REPORTER:  I'm sorry.  What

21        was that?  Fosamax?

22                  THE WITNESS:  Right.  Fosamax.

23        F-o-s-a-m-a-x.

24                  THE COURT REPORTER:  Oh, Fosamax.

25        Okay.  Thank you.

CONFIDENTIAL

Page 26

1    BY MR. GALLAGHER:

2        Q        Dr. Etminan, have you ever withdrawn

3    as an expert in this case?

4                    MR. NIGH:  Form objection.

5                    THE WITNESS:  Yes.

6                    THE COURT REPORTER:  I'm sorry .I need

7        the question repeated.

8    BY MR. GALLAGHER:

9        Q        Dr. Etminan, have you ever withdrawn

10   as an expert in a case?

11                   MR. NIGH:  Form objection.

12                   THE WITNESS:  Yes.

13   BY MR. GALLAGHER:

14       Q        What case did you withdraw as an

15   expert?

16       A        It was the Mirena litigation.

17       Q        Why did you withdraw?

18       A        I felt that I could not contribute

19   anymore to the litigation, and I felt more

20   comfortable to withdraw.

21       Q        Dr. Etminan, do you consider yourself

22   to be a statistician?

23       A        I'm not a statistician, but I have

24   good familiarity with biostatistics that pertains to

25   my line of work in the area of epidemiology that

CONFIDENTIAL

Page 27

1    I -- that I work at.

2         Q        Would you say that you use statistics

3    in your work as an -- as an epidemiologist?

4         A        Yes.

5         Q        Okay.  What does the term

6    "statistically significant" mean --

7                  THE COURT REPORTER:  I'm sorry.

8         There's -- there's background noise coming in.

9         I'm not sure where it's coming from, but I'm

10        not hearing you well.

11                 MR. GALLAGHER:  I'll -- I'll repeat

12        the question.

13   BY MR. GALLAGHER:

14        Q        What does the term "statistically

15   significant" mean from an epidemiological

16   standpoint?

17        A        Actually, it's -- that's a great

18   question.  So for many, believe that the

19   statistically significant means that results of a

20   study are -- for example, if the P value is large

21   and the results are not statistically significant,

22   that means that the -- there is really no effect

23   associated with that -- that exposure, carcinogen.

24                 But in reality, this is really not the

25   case.  And the American Statistical Association, in

CONFIDENTIAL

Page 28

1    2016, published commentary to sort of clear the

2    water on this issue.

3            So the correct interpretation of your

4    question on statistical significance means that if

5    some -- if an effect size of a -- from a study is

6    not statistically significant, that means that it

7    does not deviate from the statistical model and

8    assumptions that it -- that it carries with it.

9            It does not have anything -- it does

10   not say anything at all about whether, you know,

11   that particular exposure of a study and the outcome

12   are related or associated.  That's -- that's all it

13   means, that the -- the data and the assumptions

14   around that data for that analysis do not deviate.

15   Q        So what does that mean, to say that

16   "the data and the assumptions do not deviate"?

17            MR. NIGH:  Form objection.

18            THE WITNESS:  Again, in more simple

19        terms, when we do a study, there are -- the

20        data that we use.  The type of a statistical

21        model that we use carries with it a number of

22        assumptions.

23            And if -- if the results are

24        statistically significant, all it means is that

25        your data, the data that you have from that

CONFIDENTIAL

Page 29

1          study, are, if you will, different than --

2          than -- than the model that you're using,

3          provided that all other assumptions are met.

4                    So it's more about whether the data

5          fits in the assumptions or not.  It's not

6          about -- statistically significant means that,

7          yes, this exposure causes this outcome, or if

8          it's not significant, it means it doesn't.

9          That's not what a statistical significant means

10         at all.

11    BY MR. GALLAGHER:

12         Q        So statistical significance -- are you

13    saying -- what I understand you to be saying is that

14    statistical significance is not evidence of

15    causation?

16                    MR. NIGH:  Object to form,

17         mischaracterizes his testimony.

18                    THE WITNESS:  Yeah, it's --

19         statistical significance doesn't have anything

20         to do with causation.  Statistical

21         significance, again, means how similar is my

22         data to the statistical model that I'm using

23         provided all other -- all the assumptions that

24         need to be met are met.  Sometimes they are

25         not.  But do the assumptions have to -- to be

CONFIDENTIAL

Page 30

1        met, so, again, there are caveats.

2                It also -- statistical significance

3        also is a reflection of precision as well.

4        Studies with a large sample size are -- are

5        more precise in terms of the -- let's say, the

6        confidence interval around the effect size

7        because there are very large sample sizes.

8        Usually, they have higher events.

9                Smaller studies with lower sample size

10       and lower events usually have a wider

11       confidence interval or a larger P value because

12       of -- they're -- they're more imprecise.  So,

13       again, statistical significance and whether an

14       exposure is causing an outcome are different --

15       are two different entities.

16   BY MR. GALLAGHER:

17       Q        In your work, do you have an

18   understanding of the concept of adjusted rate ratio?

19       A        Yes.

20       Q        From your perspective, what is an

21   adjusted rate ratio?

22       A        An adjusted rate ratio is a rate

23   ratios that's been adjusted using statistical

24   modeling for either one other variable, which we

25   call covariate.  So it could be age, or it could be

CONFIDENTIAL

Page 31

1    adjusted for multiple variables.

2         Q        And what's the purpose of doing the

3    adjustment?

4         A        The purpose of an adjustment is to

5    make sure that the two groups exposed -- or, say,

6    the drug group and the unexposed group are balanced

7    with respect to potential confounding variables

8    in -- in a particular study.

9                  However, again, all of these issues

10   have intricacies and nuances.  And one of the

11   nuances is that, you know, adjustment for the wrong

12   variable can actually be detrimental as well.  So we

13   want to make sure that we adjust for variables that

14   need to be adjusted for.

15        Q        How do you determine what variables

16   need to be adjusted for?

17        A        Well, that's an area that actually I

18   have been working on for the past few years, and I

19   have been advocating.  So what one of the -- sort of

20   up-and-coming methods is the use of what we call

21   "causal diagrams" where we draw -- draw out all the

22   common causes of whatever the question is, whether

23   it -- exposure on health that you're looking at.  We

24   draw all the common causes for that question, and

25   then we find which -- which are the paths -- what we

CONFIDENTIAL

Page 32

1   call "biasing paths" that need to be adjusted for or

2   blocked.

3                   MR. GALLAGHER:  Let's mark as the next

4         exhibit, Exhibit 3, a paper in which you are an

5         author, you cited in your report titled

6         "Personal Use of Hair Dyes" --

7                   THE COURT REPORTER:  I'm sorry,

8         "Personal Use of Hair Dye" --

9                   MR. GALLAGHER:  "And Risk of Cancer."

10                  (Whereupon, Exhibit 3 was marked for

11        Identification.)

12                  MR. GALLAGHER:  That will be coming up

13        shortly.

14  BY MR. GALLAGHER:

15        Q         Do you have it, Dr. Etminan?

16        A         Is that Exhibit 3?

17        Q         Yes.

18        A         Yes, I'm just opening it.

19        Q         You're familiar with this paper?

20        A         It's -- it's been a while because it

21  was published a few years back, but yes.

22        Q         Okay.  When is the last time you read

23  this paper?

24        A         Many years ago.

25        Q         Okay.  It was published in 2005.  That

CONFIDENTIAL

Page 33

1    would probably be the last time you read it?

2        A        Yes.

3        Q        What was your contribution to this

4    paper?

5        A        Again, as the best of my recollection,

6    I helped with the search -- searching of the studies

7    and the write of the manuscript -- write-up of the

8    manuscript, yeah.  So I think mostly gathering the

9    evidence and writing the paper up.

10       Q        Would you consider this to be a

11   landmark paper?

12               MR. NIGH:  Form objection.

13               THE WITNESS:  It was -- I'm not sure

14          what you mean by "landmark," but it was, at

15          that time, the first study or review,

16          comprehensive review of the topic.

17   BY MR. GALLAGHER:

18       Q        If we go to Page 2519, which I think

19   is the fourth page of the document, do you see

20   there's a section here called "Quality Assessment"?

21       A        Yes.

22       Q        What was the purpose of doing a

23   quality assessment?

24               THE COURT REPORTER:  I'm sorry.

25          Doctor, can you start that again, please?

CONFIDENTIAL

Page 34

 1   BY MR. GALLAGHER:

 2       Q       What was the purpose of doing a

 3   quality assessment?

 4       A       The purpose of a quality assessment

 5   was to look at the quality of the studies that was

 6   included.

 7       Q       And it looks like you tried to

 8   establish an objective 10-point scale to evaluate

 9   the quality of the study; is that correct?

10       A       Let me just read it for a second.

11       Q       Sure.

12       A       So it seems like from the description

13   that we came up with our own sort of a description

14   of a quality assessment.  It's nothing that is -- is

15   validated.  We kind of improvised based on this --

16   you know, the type of data that we had.

17       Q       Okay.  But you established specific

18   criteria by which the quality of the -- each of the

19   studies that were included was evaluated?

20       A       Yes.

21       Q       Is that correct?

22               MR. NIGH:  Object to the form.

23               THE WITNESS:  Yeah.

24   BY MR. GALLAGHER:

25       Q       If we go to Page 2523 of the article,

CONFIDENTIAL

Page 35

1    under -- do you see there's a heading "Comment," the

2    paragraph right under that.

3              So it looks like the -- in this --

4    this paper your -- the results indicated that

5    there's no effect of personal hair dye use on the

6    risk of breast and bladder cancer; is that correct?

7         A      Yes.

8         Q      And you concluded, there's a

9    borderline effect for hematopoietic cancers, but the

10   evidence of a causal effect is too weak to represent

11   a major public health concern.

12             How did you --

13             MR. NIGH:  We couldn't hear you.  It

14        just broke up during your question, Patrick.

15             THE WITNESS:  Sorry.  Patrick, can you

16        repeat your question?  I'm okay.

17             MR. GALLAGHER:  Yes, I will repeat the

18        question.

19   BY MR. GALLAGHER:

20        Q      How did you decide that the causal

21   effect is too weak?

22             MR. NIGH:  Form objection.

23             THE WITNESS:  Honestly, I -- I don't

24        remember.  It's -- it's way back.  Could have

25        been just the numbers that we got.  I don't

CONFIDENTIAL

Page 36

1          remember exactly how we decided on the wording

2          of -- of the comment.

3     BY MR. GALLAGHER:

4          Q          If we go back one page to Page 2522,

5     look at Table 6, which looks like is presenting

6     pooled relative risks of hematopoietic cancers of

7     hair dye use.

8                    THE COURT REPORTER:  I'm sorry.  Can

9          you repeat that?

10    BY MR. GALLAGHER:

11         Q          Table 6 is presenting the pooled

12    relative risks of hematopoietic cancers in hair dye

13    use, correct?

14         A          Yes.

15         Q          Are these the numbers that -- that

16    you're referring to that you would have looked at to

17    decide the -- the causal effect is too weak?

18                    MR. NIGH:  Form objection.  That

19         misstates the -- the evidence of the prior

20         document.

21                    THE WITNESS:  Yes.  We probably looked

22         at these numbers to come up with a conclusion.

23    BY MR. GALLAGHER:

24         Q          What does it mean for -- for the

25    relative risk to be --

CONFIDENTIAL

Page 37

1              THE COURT REPORTER:  To be what?

2              MR. GALLAGHER:  One.

3              THE WITNESS:  One means there's no

4      effect.  There is no causal link.

5  BY MR. GALLAGHER:

6      Q        Is the relative risk looking at a

7  causal link or looking at an association?

8      A        Well, again, for the purposes of this

9  paper -- this academic paper, you can use

10  association, if you will.  And so a relative risk of

11  1.0 would be no association.

12      Q        Okay.  And then I guess more broadly,

13  the concept of the relative risk generally is

14  looking at an association.  It's not determinative

15  of causation, correct?

16              MR. NIGH:  Form objection.

17              THE WITNESS:  No, I disagree with

18      that.  A relative risk is just a measure of

19      effect.  I mean, if you have -- you could have

20      a relative risk from a very well-designed

21      randomized trial, which is a, you know, true

22      experiment.  That relative risk would probably

23      mean, to a high degree of certainty, a

24      causation.

25              So it's not the relative risk --

CONFIDENTIAL

Page 38

```
 1        whether it's a relative risk or the odds ratio

 2        that's presenting the effect size.  It's the

 3        study design, and all the other factors that

 4        have gone into the study design, and the

 5        methodology that would tell you whether you

 6        believe the numbers are a causal blame versus

 7        an association.

 8   BY MR. GALLAGHER:

 9        Q        And so what -- what factors -- how do

10   you determine whether a study is -- is being used

11   to -- to evaluate an association versus being used

12   to evaluate causation?

13              MR. NIGH:  Form objection.

14              THE WITNESS:  So if I'm looking at one

15        study, I look at the methodology, the -- the

16        way -- you know, the type of biases that may

17        have played and whether those biases actually

18        would reverse the direction of the effect side,

19        would change the results or not.  If I'm

20        looking at a more broader question, then I am

21        looking at the totality of the evidence.

22              So again, one study from a journal, I

23        kind of look at it differently than, you know,

24        a real-life broader question, where I have to

25        decide whether the substance causes --
```

CONFIDENTIAL

Page 39

```
 1              THE COURT REPORTER:  Whether the
 2         substance causes what?
 3              THE WITNESS:  Whatever outcome that we
 4         are looking at.
 5  BY MR. GALLAGHER:
 6      Q       If in this article, we go ahead to
 7  Page 2524.  In the middle column, the last full
 8  paragraph starts "The borderline effect."  In this
 9  section of your paper, you wrote, "The borderline
10  effect observed for brain tumors and ovarian cancer
11  is based on the pooling of only two studies and does
12  not permit a meaningful assessment of the risk."
13              Do you see that?
14      A       Yes.
15      Q       So you agree that, here, only looking
16  at two studies wasn't -- wasn't sufficient to be
17  able to evaluate the risk of hair dye for
18  development of brain tumors and ovarian cancer,
19  correct?
20              MR. NIGH:  Form objection.
21              THE WITNESS:  I mean, that's what we
22         have.  And again, you have to factor in a
23         number of, I think, points.  One is that my
24         knowledge in causal inference in 2005 was not
25         the same as it is now, so I may have done
```

CONFIDENTIAL

Page 40

1          things differently.

2                    And a lot of what we write in these

3          academic papers is also influenced by the

4          editors who tell us, sort of, what type of

5          wording to use, sometimes.

6                    So, you know, yes, that's what we say

7          here on this specific paper, and that's what

8          was said.  But I think there are sort of

9          caveats to that.

10     BY MR. GALLAGHER:

11         Q        Do you disagree with this statement in

12     your paper?

13         A        I don't disagree that that's what we

14     said.  But, again, the specific wording of that

15     statement -- going back, I'm not sure what

16     discussions we had -- could have been also

17     influenced by the editors wanting us to sort of

18     lower the tone, perhaps.  Or in this case, you know,

19     it is -- it could have been possible -- I'm not

20     familiar with this area right now, with this area of

21     hair dye and cancers.

22                    But back then, it would have been

23     feasible to say that with two studies, it's not a

24     meaningful risk based on the data that we had then.

25         Q        So you made -- do you believe that the

CONFIDENTIAL

Page 41

1    editors asked you to change the wording of this

2    specific sentence in this paper?

3        A        I -- I don't know.

4                MR. NIGH:  Form objection.

5                THE WITNESS:  I'm not saying that they

6        did.  I'm just saying sometimes in academic

7        writing, if I want to say -- if I believe from

8        my study that this drug causes this disease, at

9        times we are -- we do receive pushback for,

10       sort of, a lighter tone in that -- in

11       presenting that statement.

12               And I don't know if this happened here

13       or not, but I'm just saying that it's -- it

14       could have been possible that this sentence

15       came up with my contribution, my other authors'

16       contribution and potentially the contribution

17       of other editors as well.

18   BY MR. GALLAGHER:

19       Q        In your academic work, when you're

20   submitting articles for publication, do you allow

21   editors to change the language of the article that

22   you have written?

23               MR. NIGH:  Form objection.

24   BY MR. GALLAGHER:

25       Q        To something that you don't agree

CONFIDENTIAL

Page 42

1    with?

2                    MR. NIGH:  Form objection.

3                    THE WITNESS:  Well, it's a collective

4          agreement.  They make suggestions, and we look

5          at the suggestions.  And we agree or disagree.

6          So it's -- you know, it's in -- you know,

7          different situations are different.

8                    MR. GALLAGHER:  Okay.  We can take

9          this -- take this exhibit down.

10                   Let's mark as Exhibit 4 your invoices.

11                   THE WITNESS:  Okay.

12                   MR. GALLAGHER:  Which, I believe, they

13         provided -- were provided through the

14         plaintiffs' counsel in response to the document

15         requests.

16                   (Whereupon, Exhibit 4 was marked for

17         Identification.)

18                   MR. GALLAGHER:  That will be uploaded

19         shortly.

20    BY MR. GALLAGHER:

21         Q        Dr. Etminan --

22                   MR. GALLAGHER:  If we can go to the

23         last page of this collection of invoices.  I

24         believe they are in reverse chronological

25         order.

CONFIDENTIAL

Page 43

1    BY MR. GALLAGHER:

2        Q        Dr. Etminan, does this refresh your

3    recollection as to when you first spoke with

4    plaintiffs' counsel about this case?

5        A        Yes, probably around those dates,

6    around those dates or maybe a bit before.

7        Q        Okay.  Around the time that you first

8    became involved in this case, did plaintiffs'

9    attorneys send you any documents?

10       A        They -- yeah.  I mean, they may have

11   sent me some articles on the topic, and then as we

12   went along, there were more documents that I

13   reviewed.

14       Q        Okay.  Are -- are some of the articles

15   that they provided to you articles that you cited in

16   your report?

17       A        I mean, I did -- I did my own

18   systematic search.  Some of the articles at the end

19   would have -- could have been, you know, also the

20   ones that they may have provided as well.  But I

21   didn't go with what they gave me.  I went with my --

22   the articles that came out of my systematic review.

23       Q        Okay.  Have you ever seen any of these

24   articles prior to being involved in this litigation?

25       A        I can't recall.  I mean, I read a lot

CONFIDENTIAL

Page 44

1    on different topics.

2            MR. GALLAGHER:  Let's mark as

3        Exhibit 5 a copy of your report.

4            (Whereupon, Exhibit 5 was marked for

5        Identification.)

6    BY MR. GALLAGHER:

7        Q        Is it up?  Do you have it there?

8        A        Yeah, I have it.

9        Q        Okay.

10       A        Yes.

11       Q        If you go up to page -- let's start at

12   Page 12 of your report.

13       A        Okay.

14       Q        At the bottom, Section 8.1, you talk

15   about a search strategy and study ascertainment.  Do

16   you see that section?

17       A        Yes.

18       Q        Is this the search strategy that you

19   were just referring to for your identification of --

20   of articles?

21       A        Sorry.  I lost you there.  What was

22   the question?

23       Q        Sure.  A few minutes ago, you had

24   referenced, I think you called it a systematic

25   search that you had done?

CONFIDENTIAL

Page 45

1         A        Yes.

2         Q        Is this the search strategy that you

3    are referring to?

4         A        Yes.

5         Q        How did you come up with this

6    particular search strategy?

7         A        Well, I mean, I have done a lot of

8    search strategies for my work, so I -- the question

9    is on the risk of cancer and --

10                 THE COURT REPORTER:  I'm sorry -- and

11        what?

12                 THE WITNESS:  NDMA.

13                 So I identified the MeSH terms, the

14        medical subject heading terms that would

15        capture NDMA and combined it with cancer,

16        including different types of cancer, and

17        restricted it to epidemiological studies

18        because those are the type of studies that I

19        wanted to look at.  So in a nutshell, that was

20        the structure of the search.

21    BY MR. GALLAGHER:

22        Q        Okay.  And then if we go to the next

23    page, Page 13, it's referring to study inclusion and

24    exclusion criteria.  Do you see that?

25        A        Yes.

CONFIDENTIAL

Page 46

```
 1       Q        How did you come up with the inclusion
 2   and exclusion criteria?
 3       A        In order to, again, assess a causation
 4   for this question, I needed the studies to have
 5   presented some sort of an effect size, like the
 6   relative risk or an odds ratio or hazard ratio, have
 7   identified the outcome, cancer, and also have -- it
 8   has to have measured NDMA because I don't want to
 9   mix -- did not want to mix studies that included
10   other carcinogens with NDMA.  So that had to be one
11   of the key criteria.
12                And I think those are the main
13   criteria that I included.
14       Q        Okay.  What do you mean when you say
15   you didn't want to use studies that mixed other
16   carcinogens with NDMA?
17       A        Well, you have a lot of studies on
18   diet and processed food that also have looked at
19   cancer that we know that -- for example, you know,
20   red meat that could have NDMA, but it could also
21   have other carcinogens that also contribute to
22   cancer.  So I wanted -- I wanted this study to
23   specifically look at NDMA and cancer.
24       Q        Okay.  But the -- but the study -- so
25   if the study is looking at red meat, any study that
```

CONFIDENTIAL

Page 47

1    is -- is looking at a causal association of dietary

2    intake of red meat and cancer is going to include

3    exposure to other carcinogens, correct?

4                    MR. NIGH:  Form objection.

5                    THE WITNESS:  Yes.  There are -- there

6          are carcinogens in red meat.  But my interest

7          is looking at the risk of cancer with the NDMA

8          component.  And if the study did not measure

9          NDMA, sort of, separately, then it is very

10         difficult to draw a causal relation between the

11         NDMA and cancer in the meat product or other

12         carcinogens and cancer in the meat product.

13   BY MR. GALLAGHER:

14        Q        Okay.  If you look under "Study

15   Exclusion Criteria," the sentence immediately after

16   the bolded underlined sentence.  It says, "Moreover,

17   lack of quantifying or categorizing (low versus

18   high) NDMA/NDEA amounts in these studies will make

19   it difficult to necessarily draw a causal link."

20                    Do you see that?

21        A        Uh-huh.

22        Q        So were you only looking for studies

23   that would support the conclusion of a causal link?

24                    MR. NIGH:  Form objection.

25                    THE WITNESS:  No, I'm not sure -- I'm

CONFIDENTIAL

Page 48

1       not clear on your question.  So the sentence

2       says, "Studies of meat intake where NDMA was

3       not measured."

4                Again, if -- if the study is looking

5       at meat and that -- that meat product has NDMA

6       and other carcinogens and they show a risk with

7       cancer, we can never tell what caused the

8       cancer.  Was it the NDMA component or the other

9       components?  So those studies that did not

10      specify NDMA measurement were excluded.

11  BY MR. GALLAGHER:

12      Q       Okay.  Did you -- did you review or

13  consider studies that were not cited in your report?

14      A       You mean to reach my conclusion in the

15  report?

16      Q       We'll start with it more broadly.

17              Did you review and consider studies

18  that were not cited in your report?

19      A       I -- I reviewed studies that met my

20  inclusion criteria that were included in my report.

21      Q       So -- but were there -- were there

22  studies that met your inclusion criteria that you

23  reviewed that you haven't cited in your report?

24      A       I don't believe so.  If it's not in

25  the report, it's because it didn't have the

CONFIDENTIAL

Page 49

1    inclusion criteria.  For example, it, you know, did

2    not provide odds ratios or relative risks or NDMA

3    levels.  That -- I mean, that's -- that's why they

4    were not in the report.

5        Q        Okay.  Some of the -- of the papers

6    that you cited in your report are occupational

7    studies, correct?

8        A        Correct.

9        Q        What is "occupational studies"?

10       A        Occupational epidemiological studies

11   are studies that -- that look at risk of, whether

12   it's cancer, or it could be cardiovascular disease,

13   in people who are exposed to an occupational

14   exposure, so -- you know, people working in

15   factories or rubber factories or, you know, hair dye

16   factories.  I mean, those would be considered

17   examples of occupational exposure.

18       Q        And the occupational studies that you

19   looked at for your report were looking at people

20   working in rubber factories, correct?

21       A        Yes, the Hidajat studies and a couple

22   of other ones that --

23               THE COURT REPORTER:  I'm sorry.  The

24       what studies?

25               THE WITNESS:  Hidajat, spelled

CONFIDENTIAL

Page 50

1          H-i-d-a-j-a-t.

2    BY MR. GALLAGHER:

3          Q          And are -- how -- for -- for people

4    working in the rubber industry, how many different

5    carcinogens are they exposed to by virtue of working

6    in a rubber factory?

7                    MR. NIGH:  Form objection.

8                    THE WITNESS:  They could be different

9          carcinogen exposures.

10   BY MR. GALLAGHER:

11         Q          Do you have an estimate for how many

12   different carcinogens they're exposed to?

13                    MR. NIGH:  Form objection.

14                    THE WITNESS:  No, I don't.

15   BY MR. GALLAGHER:

16         Q          So you don't know -- you reviewed --

17   you reviewed a few of these occupations studies, but

18   you don't know how many different carcinogens the

19   rubber workers are exposed to by virtue of working

20   in a rubber factory?

21                    MR. NIGH:  Form objection.

22                    THE WITNESS:  I don't remember --

23                    MR. NIGH:  Hold on.  Hold on.  Let me

24         object to the form first.  Form objection.

25                    Go ahead, Doctor.

CONFIDENTIAL

Page 51

1              THE WITNESS:  I don't remember the

2        specific numbers, but I think it's important to

3        know, and I agree with you, that they would be

4        exposed to a -- a number of different

5        carcinogens.

6   BY MR. GALLAGHER:

7        Q       Okay.  In these -- in these

8   occupational studies -- strike that.  Let's go ahead

9   and mark them, first.

10             MR. GALLAGHER:  So let's mark as

11        Exhibit 6 the McElvenny article 7 is the Straif

12        article.

13             THE COURT REPORTER:  Is the what

14        article?

15             MR. GALLAGHER:  Straif, S-t-r-a-i-f

16        article.

17             And Exhibit 8 will be the Hidajat

18        article.

19             (Whereupon, Exhibit 6 was marked for

20        Identification.)

21             (Whereupon, Exhibit 7 was marked for

22        Identification.)

23             (Whereupon, Exhibit 8 was marked for

24        Identification.)

25             THE COURT REPORTER:  Can I take one

CONFIDENTIAL

Page 52

1       minute?  I don't need to go off the record.

2       Can I take one minute?

3               MR. GALLAGHER:  Why don't we go ahead

4       and go off the record for a minute?

5               THE VIDEOGRAPHER:  The time is now

6       9:09.  This ends Media Unit Number 1.  We're

7       going off the record.

8               (Whereupon, a short break was taken.)

9               THE VIDEOGRAPHER:  The time is now

10      9:11.  This begins Media Unit Number 2.  We're

11      back on the record.

12  BY MR. GALLAGHER:

13      Q       Okay.  Dr. Etminan, we have marked as

14  Exhibits 6, 7 and 8 three articles you cited in your

15  report that are all occupational studies.

16      A       Yes.

17      Q       McElvenny paper, the Straif paper and

18  the Hidajat paper.  Do you see those?

19      A       Yeah.

20              MR. NIGH:  We don't -- I don't see

21      Number 8 in the Dropbox, in the chat, I mean.

22      There we go.  Just came up.

23              MR. GALLAGHER:  Sorry.  It was a bit

24      late.

25

CONFIDENTIAL

Page 53

1    BY MR. GALLAGHER:

2        Q        And each of these three papers is

3    looking at -- are occupational studies looking at

4    risk of cancer in workers at rubber factories,

5    correct?

6        A        Generally speaking, they are, but they

7    are a little different in terms of the study design.

8        Q        When you say they're a little

9    different, do you mean each of the studies is

10   slightly different from the other study in their

11   study design?

12       A        Well, I mean, the main difference

13   between McElvenny and Hidajat is that McElvenny just

14   looked at cancer with occupational exposure, whereas

15   Hidajat actually teased out the NDMA exposure

16   component, looked at different -- those categories

17   for each cancer, and took a number of methodological

18   steps to reduce potential biases that McElvenny did

19   not do.

20       Q        Okay.  You included McElvenny in --

21   why did you include McElvenny in your report?

22              MR. NIGH:  Form objection.

23              THE WITNESS:  I -- I wanted to also

24       just briefly touch on other occupational

25       studies as well, because if I hadn't, then

CONFIDENTIAL

Page 54

1          there would be a question of, you know, why did

2          you -- why did you only look at Hidajat.  So I

3          wanted to mention that there are these

4          occupational studies as well, but my focus was

5          on the study by Hidajat because it met the main

6          inclusion criteria for my question.

7          Q        Did the McElvenny study -- article,

8    though, meet your exclusion criteria?

9          A        It may have because they did not

10   include NDMA.  And again, I just mentioned that it's

11   not in my main analytical framework of evidence when

12   I'm deciding on the causal question.  But I just

13   thought to introduce, you know, just to mention it

14   as background that there -- you know -- and it is

15   part of Hidajat -- in a way related to Hidajat.

16   It's an older version of Hidajat, so I thought I

17   should mention it.

18         Q        So you included the McElvenny article

19   in your report even though it met the exclusion

20   criteria for studies that should be excluded?

21         A        Again --

22                  MR. NIGH:  Form objection.

23                  THE WITNESS:  The -- the -- the

24         inclusion criteria is -- is mainly used to form

25         my opinion, which, again, is included in the

CONFIDENTIAL

Page 55

1          Bradford Hill criteria and the main, sort of,

2          framework of my opinion on the causal effects.

3          I mention -- I briefly mentioned McElvenny and

4          Straif because they are also other -- the other

5          relatively well-cited occupational exposure

6          cancer studies, and I mentioned them as, you

7          know, background in my -- in the paragraph.

8     BY MR. GALLAGHER:

9          Q        But I am correct that McElvenny meets

10    the exclusion criteria that you set out for studies

11    that should be excluded?

12         A        Yes.

13         Q        Okay.  For these occupational studies,

14    the method of exposure was primarily through

15    inhalation or skin contact.  Would you agree with

16    that?

17                   MR. NIGH:  Form objection.

18                   THE WITNESS:  Yeah.

19    BY MR. GALLAGHER:

20         Q        Okay.  And that method of exposure is

21    different from the method of exposure that's at

22    issue in this case, correct?

23         A        The method of exposure is different,

24    but my -- the question, the general causation

25    question that I -- that my report refers to does not

CONFIDENTIAL

Page 56

1    specify cause of cancer with NDMA with respect to

2    different rounds of exposure.  It refers to,

3    generally speaking, exposure.  And we mean systemic

4    exposure, which could be mouth or through the skin

5    or through inhalation cause cancer.

6         Q        Okay.  So the question that you were

7    evaluating was not whether NDMA ingested orally

8    could cause certain cancers; is that correct?

9                   MR. NIGH:  Form objection.

10                  THE WITNESS:  No, that's not -- that's

11        not what I said.  The question that I addressed

12        was:  Does exposure to NDMA and exposure would

13        mean NDMA that gets in to the body systemic --

14        systemically absorbed NDMA, which can be

15        through oral, inhalation, skin.  I think mainly

16        those are the -- the main routes of the

17        exposure.  Does builds -- does exposure to NDMA

18        through any of those routes that make it

19        systemic in the body cause cancer.

20    BY MR. GALLAGHER:

21         Q        So is -- the question that you were

22    addressing was more broadly, does exposure to NDMA

23    in any manner have an association or potentially

24    lead to cancer; is that correct?

25         A        Any matter that -- that leads to

Page 57

```
 1   systemic absorption.  So if I could clarify, so

 2   if -- if -- if for -- let's say, hypothetically,

 3   there was a study where a person inhaled NDMA for

 4   one day, that -- that would not really be systemic

 5   absorption of NDMA.  But if in a study of a 40-year

 6   follow up, people are exposed to NDMA through skin

 7   and inhalation, you can be sure that they are,

 8   throughout the time of follow up, are getting

 9   exposed to NDMA systemically.

10        Q        Okay.  Let me unpack that a little

11   bit.

12                 So you're referring to a time frame

13   component?

14        A        Yes, I mean the studies that I

15   included are epidemiological studies.  They are --

16   either follow a patient forward or have asked about

17   their intake.  So they -- they have been followed

18   for a time, and these patients have been exposed to

19   NDMA over time.

20        Q        Okay.  Do you agree with me that

21   the -- that the method of -- what the method of

22   exposure is to NDMA can have an impact on what

23   tissues in body are exposed to NDMA?

24        A        Can you clarify the question, please?

25        Q        Sure.  I guess do you have any
```

CONFIDENTIAL

Page 58

1   understanding -- let me ask it this way:  Do you

2   have any understanding whether different tissues are

3   exposed to NDMA if the exposure is through

4   inhalation versus through skin contact versus oral

5   ingestion?

6        A        From animal studies, we know that it

7   has caused cancer from those different routes of

8   administration in animals.  In humans, again,

9   exposure to NDMA where it gets into your system can

10  affect different organs, just like smoking --

11  primarily smoking causes lung cancer.  But we have

12  evidence that it can also cause other cancers.

13            So it's not that -- although it's

14  mostly affecting the lung, that the carcinogen is

15  probably affecting other -- other organs as well.

16       Q        Okay.  I understand what you're

17  saying, but do you have any understanding whether

18  the method by which a person is exposed to NDMA

19  impacts the tissues that are actually exposed to

20  NDMA?

21            MR. NIGH:  Form objection.

22            THE WITNESS:  You mean like a

23       toxicology study or an epidemiological study

24       that looks at different tissue levels with

25       respect to cancer?  Can you, maybe, elaborate a

CONFIDENTIAL

Page 59

1          little bit about the type of study you're

2          asking about?

3    BY MR. GALLAGHER:

4          Q        Sure.  I don't think I'm asking about

5    a study, necessarily.  I'm asking if you have an

6    understanding of whether the -- do you have any

7    understanding whether an exposure to NDMA through

8    oral ingestion versus exposure through inhalation

9    has any differences in the tissues that are

10   ultimately exposed -- ultimately exposed to NDMA?

11         A        No.  I mean, I think that's -- that's

12   sort of like a toxicology type of question.  I don't

13   know of any details of specific concentration of

14   NDMA in each organ, no.

15         Q        Okay.  Let's look at the Straif

16   article that's Exhibit 7.

17                  So in your report, you say -- you say

18   that there with an increase in the risk of --

19                  THE COURT REPORTER:  In the risk of --

20         I'm sorry.  In the risk of what?

21                  MR. GALLAGHER:  All cancer deaths.

22                  THE COURT REPORTER:  I'm not

23         understanding.

24                  MR. GALLAGHER:  I'll repeat the

25         question.

CONFIDENTIAL

Page 60

1    BY MR. GALLAGHER:

2         Q        In your report, you say about the

3    Straif study that there was an increase in the risk

4    of all cancer deaths.  And you identify the relative

5    risk of 1.4 with the confidence interval of 1 to

6    1.8?

7         A        Let me find that, just one second.

8         Q        Okay.  If you look at Page 14 of your

9    report.

10        A        Okay.  14, okay.  Okay.

11        Q        So you agree that this -- this was not

12   statistically significant?

13                 MR. NIGH:  Form objection.

14                 THE WITNESS:  I think it just missed

15        the statistical significance because it -- the

16        lower balance starts with 1.0.

17   BY MR. GALLAGHER:

18        Q        So it did miss the statistical

19   significance because the lower bound of the

20   95 percent --

21                 THE COURT REPORTER:  Can you repeat

22        that, please?

23                 MR. GALLAGHER:  Sure.

24   BY MR. GALLAGHER:

25        Q        Sure. It missed statistical

CONFIDENTIAL

Page 61

1  significance because the lower bound of 95 percent

2  confidence interval included 1.0, correct?

3      A       Correct.

4      Q       And as we discussed previously, a

5  relative risk of 1.0 means there's no association

6  between the exposure and the risk that's being

7  validated, correct?

8      A       Well, the relative risk is 1.4.  The

9  lower bound is 1.0.  And, again, it speaks to

10  precision.  I cannot -- I cannot exclude this

11  size -- this relative risk of 1.4 and just say it's

12  not -- because it's not statistically significant,

13  there is no harm.  Again, I -- I think we spoke

14  about the caveats of interpretation of what the

15  P value is and statistical significance really

16  means.

17              So I mean, it is a 1.4 relative risk

18  with those confidence intervals.

19      Q       Okay.  If you were to present data to

20  a peer --

21              THE COURT REPORTER:  To appear what?

22  BY MR. GALLAGHER:

23      Q       To a peer-reviewed journal, like this

24  where the confidence interval includes 1.0.

25      A       Uh-huh.

CONFIDENTIAL

Page 62

1      Q        Would you expect that peer-reviewed

2   journal would not let you say that there was

3   statistically significant association?

4                    MR. NIGH:  Form objection.

5                    THE WITNESS:  Again, it -- it depends

6             on the journal on the editorial board.  The

7             statistical significant, sort of, misnomer, if

8             you will, that I talked about, is relatively

9             recent.  And the American Statistical

10            Association put out this correction on the

11            interpretation of this -- this topic in 2016.

12            So it will take a while before most editorial

13            boards and editors really come to grasp of

14            what -- what this concept means.

15                    So, again, because up until now, a lot

16            of these editors are sort of interested in

17            statistical significance versus nonstatistical

18            significance.  It's possible that some journals

19            still ask that.

20   BY MR. GALLAGHER:

21      Q        I believe we've talked about this a

22   couple of times now.  When you submit an article for

23   consideration to be published in a peer-reviewed

24   journal, there's review by, you call them editors;

25   is that right?

CONFIDENTIAL

Page 63

1      A        There's usually a peer review of two

2    or more peers, external reviewers, and then there

3    is -- yes, there is an editor that also reviews it.

4      Q        And when -- what is the purpose of the

5    peer-review process?

6      A        The peer-review process is to try to

7    ensure as much as possible, and sometimes that does

8    not happen, but the process is there to ensure that

9    the research is -- is vetted and -- and checked

10   before it's published.

11     Q        Okay.  And when you -- when you submit

12   an article for the peer-review process, is it

13   sometimes either the peer reviewers or the editors

14   ask you to make changes to the article?

15     A        Yes, usually they do.

16     Q        And part of the purpose of that peer

17   review process and the changes that they may ask for

18   is to improve the scientific accuracy and validity

19   of what's being published, right?

20     A        That is correct.

21              MR. NIGH:  Objection.

22   BY MR. GALLAGHER:

23     Q        Okay.  And the report, Exhibit 5, that

24   you submitted in this litigation, your expert

25   report, that was not submitted through peer review,

CONFIDENTIAL

Page 64

1    correct?

2        A        No.

3        Q        Looking at the Straif article, Exhibit

4    7, specifically on Page 181.

5        A        Yes.

6        Q        I'll come back to that later.

7                 MR. GALLAGHER:  Let's take maybe a

8        10-minute break right now.

9                 THE WITNESS:  Sure.

10                THE VIDEOGRAPHER:  The time is

11       9:33 a.m. and we're going off the record.

12                (Whereupon, a short break was taken.)

13                THE VIDEOGRAPHER:  The time is now

14       9:47.  We're back on the record.

15   BY MR. GALLAGHER:

16       Q        Welcome back, Dr. Etminan.

17       A        Thank you.

18       Q        If you look at Page 14 of your report,

19   the paragraph about -- where you're writing about

20   the McElvenny article?

21       A        Uh-huh.

22       Q        Is that -- this is Exhibit 5, the --

23   towards the bottom of that paragraph, you say,

24   "These men might have been exposed to carcinogens

25   other than NDMA and NDEA"?

CONFIDENTIAL

Page 65

1        A        Yes.

2        Q        And, in fact, working in the rubber

3    factories, they probably were exposed to many

4    carcinogens other than NDMA and NDEA, right?

5        A        Yes, possible.

6        Q        And the same would be true for the

7    rubber workers who are study subjects of the Straif

8    article?

9        A        Yeah.

10        Q        And the same would be true for the

11    cohort of rubber workers that were subjects of the

12    Hidajat article, right?  Those men would have been

13    exposed to many carcinogens other than NDMA and

14    NDEA, correct?

15        A        If I could clarify, so, yes, all of

16    these men were working in these factories, and they

17    were exposed to a number of carcinogens, including

18    NDMA.  However, Hidajat was the only one that

19    actually quantified NDMA in different levels.  And

20    if -- if you're inferring that there could be a

21    potential risk of cancer with other carcinogens,

22    that is true.  However, we have to actually know

23    that the -- the men who are on the highest NDMA

24    exposure in the Hidajat study are actually exposed

25    more to other carcinogens than the men in the lower

CONFIDENTIAL

Page 66

1    NDMA exposed group.

2              In other words, for carcinogens -- for

3    other carcinogens to introduce this bias for

4    measurement in this study, you have to be able to

5    show that the NDMA, the highest NDMA category met

6    were getting -- were getting more exposure to those

7    carcinogens than the control group.

8              And I don't think -- in other words,

9    there is what we call a differential, sort of,

10   measurement.  In other words, it's affecting one

11   group more, that's why we see more cancers.  But

12   that's not -- I mean, there's no reason to believe

13   that.  This is a large population study in the UK.

14   All these men are in the factory.  They are all

15   being exposed to different carcinogens probably at

16   the same rate.  I mean, there is no -- there is no

17   reason to believe that the ND -- the highest NDMA

18   group that has -- shows higher cancer rates were

19   also exposed to other carcinogens more than the

20   other -- they were probably exposed at equal rates.

21      Q      Okay.  Well, let's look at the Hidajat

22   studies.  That's Exhibit 8.

23              And if you look at -- first off, let's

24   look at the first page, the right-hand column,

25   the -- the last paragraph starts off -- it says,

CONFIDENTIAL

Page 67

1    "Exposures vary throughout the rubber manufacturing

2    process."

3              Do you see that?

4        A       Yes.

5        Q       So that's following a list of several

6    potential -- exposures to potential carcinogens that

7    exist in the -- in the rubber factory, and it's

8    saying that the exposures vary throughout the rubber

9    manufacturing process, right?

10       A       What was your -- the last part of your

11   comment?  Sorry.  I couldn't hear.

12       Q       It's saying here that the exposures to

13   these potential carcinogens vary throughout the

14   rubber manufacturing process, right?

15       A       Yes, they vary, yeah.

16       Q       And then going to the next page,

17   Page 251, the right-hand column, the top heading,

18   "Exposure Assessment" -- first off, this is looking

19   at a study of rubber workers in the UK, correct?

20       A       Yes.

21       Q       The cohort of -- it was male rubber

22   factory workers in the UK aged 35 years or older as

23   of 1 February 1967, and that's on this Page 251

24   under "Materials and Methods"?

25       A       Uh-huh.

CONFIDENTIAL

Page 68

1                    THE COURT REPORTER:  Is that yes?

2                    THE WITNESS:  Yes.

3        BY MR. GALLAGHER:

4            Q        So the first sentence under "Exposure

5        Assessment," says, "Exposure assessment was based on

6        estimates from the EU-EX-ASRUB database of

7        measurements of compounds in rubber factories in

8        Europe," right?

9            A        Uh-huh.  Yes.

10           Q        So this is where they're getting the

11       estimates for each of the compounds that they're

12       looking at, including NDMA, right?

13           A        Yes.

14           Q        Okay.  And that's citing to

15       Reference Number 18, and if we go forward to

16       Page 258 on the right-hand column, you see

17       Reference 18.  And that's an article by DeVocht as

18       the lead author, right?

19           A        Yeah.

20                    MR. GALLAGHER:  Let's mark as

21           Exhibit 9 the DeVocht article.

22                    (Whereupon, Exhibit 9 was marked for

23           Identification.)

24                    MR. GALLAGHER:  Let me know when it

25           shows up in the chat.

CONFIDENTIAL

Page 69

1              THE WITNESS:  Yeah, it just showed up.

2    BY MR. GALLAGHER:

3        Q        If we go to Page 694 under -- under

4    "Results"?

5        A        Uh-huh.

6        Q        And this is explaining that -- well, I

7    guess, first off, this is the article that Hidajat

8    is citing to as the source of the estimates for

9    exposures, including the exposures to NDMA, correct?

10       A        Yes.

11       Q        Okay.  And under "Results," it's

12   describing the EX-ASRUB database and explaining that

13   "the measurements in the database have been

14   collected from very different sources in the

15   participating countries."

16              Did I read that correct?

17       A        That is correct, but they -- they

18   do -- there's statistical modeling that is mentioned

19   in their method.  They do correct for a lot of those

20   heterogeneity between country measurements.  So I

21   found that modeling quite robust.  Not that -- not

22   that it doesn't have -- I mean, every study has

23   limitations, but I found that -- that part of what

24   they did was quite strong in terms of correcting for

25   those differences that we just mentioned of exposure

CONFIDENTIAL

Page 70

1    in different countries.

2        Q        Who -- who did the corrections that

3    you're referring to?

4        A        Well, they used the random effects, if

5    you look at the -- if you look at the method -- the

6    statistical methods, I believe.

7        Q        Which article are you looking at?

8        A        DeVocht.

9        Q        Doctor, are you referencing -- are you

10   talking about DeVocht, or are you talking about

11   Hidajat?

12       A        No, DeVocht.

13       Q        Maybe let's look on the Page 697, and

14   if we can start -- start in the left-hand column,

15   the bottom paragraph that's going to then carry over

16   to the right-hand column?

17       A        Okay.

18       Q        Do you see that, it says, "Not only

19   the number of collected measurements and the time

20   periods when they were collected differed between

21   the different countries, but large differences were

22   also found in the type of chemical agents collected

23   depending on nationally set priorities and research

24   interests of particular investigators," right?

25       A        I see that.

CONFIDENTIAL

Page 71

1      Q        Okay.  Then it goes on to say, "For

2   example, N-nitrosamine measurements were primarily

3   collected in Germany, while in the UK, measurements

4   of rubber process dust and rubber fumes were made."

5              Do you see that?

6              THE COURT REPORTER:  I'm sorry.  While

7         in the UK, measurements of...

8              MR. GALLAGHER:  Rubber process dust

9         and rubber fumes were made.

10  BY MR. GALLAGHER:

11     Q        Do you see that?

12     A        Yes.

13     Q        So N-nitrosamine measurements were

14  primarily coming from exposures in factories in

15  Germany?  That's where the estimates were coming

16  from in DeVocht, correct?

17              MR. NIGH:  Object to form.

18  BY MR. GALLAGHER:

19     Q        Correct?  Am I correct -- the

20  measurements of N-nitrosamine that are being used in

21  DeVocht are primarily collected from rubber

22  factories in Germany?

23              MR. NIGH:  Object to form.

24              THE WITNESS:  Can I have a few minutes

25         just to read this section, if you allow -- if

CONFIDENTIAL

Page 72

1      you allow me?

2    BY MR. GALLAGHER:

3        Q        Sure.  Sure.  Take a minute.

4        A        Okay.  So, yes, they do -- they do --

5    they do list these limitations as you pointed out.

6    However, I mean, one can argue that these

7    limitations could also potentially underestimate the

8    exposure of -- of what they have measured in their

9    study.

10              And, again, I go back to my original

11    point.  You're following -- you have 35,000 men for

12    about -- sorry, 15,000 men for about 40 years.  In

13    order to produce results that are a major deviation

14    from the risks that they have shown, you have to be

15    able to actually show that one group was -- had, you

16    know, a major measurement error in other carcinogens

17    or NDMA more than the other group because this is a

18    population-based study.

19              And there is really no reason to

20    believe that one group had these limitations and the

21    other group did not.  It probably occurred

22    non-differentially in both groups over a long period

23    of time.

24              So yes, as they said, the study does

25    have some limitations.  But I think this limitation

CONFIDENTIAL

Page 73

1    does -- could actually mean the risk could be

2    potentially higher because it's smaller -- perhaps,

3    potentially a smaller quantity of NDMA was measured,

4    so the techniques that they were talking about.

5              But overall, I think that the study's

6    strengths, sort of, outweigh its limitations.  But,

7    I mean, that is a limitation that they discuss.

8        Q        So you say that based on this

9    limitation, they could have -- potentially could

10   have underestimated any potential association, but

11   they are -- based on that limitation -- they also

12   could have overestimated any potential association,

13   right?  That's the nature of the limitation?

14       A        Yes, it could go both ways, but I --

15   I'm more -- again, I go back to my -- I'm more of a

16   stronger believer in the fact that any major

17   deviation from these results requires, you know, a

18   large amount of measurement error over time only in

19   one group and not the other group.  Other

20   limitations could perhaps change the effect size,

21   you know, perhaps a little bit.  But I don't see a

22   relative risk of three or four, you know, coming

23   down to one or -- or to the left of one.  I don't --

24   I don't see -- without having evidence of any major

25   measurement error going on, I don't see those

CONFIDENTIAL

Page 74

1    results drastically changing.

2         Q         Okay.  You talked about measurement

3    errors.  So talking about the Hidajat study, the

4    Hidajat article?

5         A         Yes.

6         Q         This is a cohort of men working in

7    rubber factories in the UK.

8         A         Right.

9         Q         And --

10        A         Right.  By "measurement" there, I mean

11   if one group is exposed, as you also agreed because

12   of other potential carcinogens, if one group -- if

13   there is a measurement error in NDMA in one group,

14   say, the high users more than the lower users, or if

15   there is more exposure of other carcinogens in one

16   group versus the other, in the presence of those,

17   there -- there could be a bias introduced.

18                  But we don't have any evidence that in

19   this long-followed-up large-sample study these

20   errors only favored one group, let's say the high

21   NDMA users and not the -- not the other -- not the

22   control group.  There is no evidence to believe

23   that.  It probably happened equally over time in

24   both groups.

25        Q         Okay.  So you're talking about

CONFIDENTIAL

Page 75

1    measurement error and measurement of NDMA in the

2    Hidajat study.

3         A        And -- and exposure -- and exposure of

4    other carcinogens, which was also brought up --

5         Q        Okay.

6         A        -- as well.

7         Q        I want to talk for just a minute about

8    the measurement of NDMA.

9         A        Okay.

10        Q        Hidajat -- Hidajat is a cohort of

11   workers in rubber factories in the UK, right?

12        A        Yes.

13        Q        Hidajat did not measure the levels of

14   NDMA to which any of -- to which those workers were

15   exposed, right?  It was based on estimates from this

16   database, right?

17        A        Correct.

18                 MR. NIGH:  Objection.

19                 THE WITNESS:  Measuring -- measuring

20        direct NDMA for each subject and following them

21        for 35 years is pretty much impossible, so

22        that's -- that's the approach that they took.

23   BY MR. GALLAGHER:

24        Q        Right.  But Hidajat didn't take any

25   measurements.  Hidajat based -- Hidajat based their

CONFIDENTIAL

Page 76

1    exposure assessment on estimates from the EX-SARUB

2    database.

3         A         Yes, I think we've -- we've agreed on

4    that, yes.

5         Q         Okay.  And now we're looking at

6    DeVocht article, and there, the -- the measurements

7    for N-nitrosamine primarily were collected in

8    Germany, right?

9                   MR. NIGH:  Form objection.

10                  THE WITNESS:  Yes.

11   BY MR. GALLAGHER:

12        Q         And they say that there were large

13   differences in the time periods and large

14   differences in the type of chemical agents collected

15   depending on nationally set priorities and research

16   interests of particular investigators, right?

17        A         Right.

18        Q         Okay.  Further on here in the next

19   paragraph right below that paragraph, it goes on to

20   say in the DeVocht article, "Furthermore, measured

21   concentrations cannot be compared directly between

22   countries because of the differences in sampling

23   devices used to measure exposures," right?

24        A         Yeah.  That's what they said, yeah.

25        Q         So that's a further limitation.

CONFIDENTIAL

Page 77

1              And then -- and then the bottom of

2    this page, it carries over to the next page, they

3    further say, "This makes it difficult to distinguish

4    between actual differences of exposure between

5    countries and differences in the performances of

6    different sampling devices that are known to exist,"

7    right?

8         A      Yes.

9         Q      So we don't know that the exposures

10   for N-nitrosamine, for NDMA, or for NDEA that were

11   included in this database from the DeVocht article,

12   are representative of the rubber factory that are

13   included -- the rubber factories in the UK that are

14   included in the Hidajat cohort, right?

15              MR. NIGH:  Object to form.

16              THE WITNESS:  Again, that -- that

17         could -- I mean, I believe this -- we don't.  I

18         believe the assumption would be that they

19         are -- I mean, it's Europe -- it's European

20         countries.

21              If -- if they were using NDMA exposure

22         data from China and applying it to the UK, I

23         would be concerned.  But, here, yes, they don't

24         have exact measurements for each country.  But

25         again, there has to be a huge difference

CONFIDENTIAL

Page 78

1          affecting both the high NDMA and the low NDMA

2          groups over 30 years to -- to shift the -- you

3          know, create a major change in the results that

4          Hidajat produced.

5     BY MR. GALLAGHER:

6          Q        But that's a limitation that

7     DeVocht -- the authors of the DeVocht article are

8     acknowledging in this database, right?

9          A        Yes.

10         Q        Let's go back to the Hidajat article,

11    on the first page of the article right under

12    "Introduction."

13         A        Okay.

14         Q        It says -- starting off the article,

15    first sentence, they say, "Employment in the rubber

16    industry has been concluded to cause cancer by the

17    International Agency for Research in Cancer (IARC)."

18                  Do you see that?

19         A        Yes.

20         Q        Do you have any reason to disagree

21    with that statement?

22         A        No.

23         Q        And, in fact, rubber -- workers in

24    rubber factories in the UK are exposed to a variety

25    of potential carcinogens, right?

CONFIDENTIAL

Page 79

1          A          Yes.

2          Q          And that includes rubber dust, rubber

3     fumes, polycyclic aromatic hydrocarbons, aromatic

4     amines, benzene, all of those, correct?

5          A          Correct.

6          Q          And that exposure is primarily by

7     inhalation or direct contact with skin, right?

8          A          Yeah.

9          Q          Okay.  The -- the Hidajat study

10    didn't -- didn't control for all of these potential

11    confounding exposures, did they?

12         A          I wouldn't call them confounders

13    because the specific definition of a confounder is a

14    variable that has to be associated with both NDMA

15    use and cancer.  These are mostly risk factors which

16    means that they are mostly causes of cancer.

17                    And again, I go back to my point,

18    major -- if you're inferring that these -- yes,

19    these are all carcinogens.  That's what IARC says,

20    and I have -- I agree with what they're saying.  But

21    if you're inferring that these carcinogens

22    contributed to the high relative risk of cancer that

23    we see from Hidajat based on the high NDMA levels;

24    again, I go back to my explanation of the type of

25    bias that -- that needs to be created, has to be

CONFIDENTIAL

Page 80

1    differential, meaning that it has to -- we have to

2    have data, or we have to intuitively think that

3    these chemicals are only affecting the NDMA -- high

4    NDMA category and not the control group.  And

5    there's no reason to believe that's the case.

6              Most probably, just inferring from

7    what we know from the data from -- from the article

8    of the cancer studies, that this long follow up,

9    these -- these other carcinogens probably affect

10   both the high NDMA -- well, it affects everyone in

11   -- in the study, high NDMA group versus low NDMA

12   group.

13             And when that happens in the

14   epidemiological studies, it usually -- usually is an

15   underestimation of the true effect.  In other words,

16   the risk, relative risk is 7, and it comes down to 5

17   because of this error, this potential contamination

18   in both groups, which we call "non-differential

19   measurement error."

20             The bias that you, I think, are

21   referring to is a case where all of these

22   carcinogens are only affecting the high NDMA group

23   and not the other group.  And that just doesn't --

24   you know, we don't have any data for that.  It

25   doesn't make a lot of sense why that would happen.

CONFIDENTIAL

Page 81

1              So to answer your question, yes, a

2     number of these carcinogens were present in this --

3     in this study just because of the nature of the

4     exposure.

5              But I don't think it would have

6     changed the results that much, because of this

7     presence of other carcinogens.  Again, because there

8     is no reason to believe that it affects one group

9     and not the other group.

10        Q       Well, unless you control for these

11    other exposures, you don't know if there's a

12    differential effect or not?

13              MR. NIGH:  Form objection.

14    BY MR. GALLAGHER:

15        Q       Correct?

16        A       Can you repeat your question, please?

17        Q       Unless you control for these other

18    exposures, you don't know whether there's a

19    differential effect or not?

20              MR. NIGH:  Form objection.

21              THE WITNESS:  Well, I mean, it's --

22         it's gonna be very difficult to measure for all

23         of these variables.  And, again, they're not --

24         we -- we control for -- we control for mainly

25         confounders.  I'm not sure if all of these are

CONFIDENTIAL

Page 82

1          confounders in the true sense of the term,

2          which is a variable that affects both the

3          outcome and the exposure.

4                   There are mainly risk factors, and

5          risk factors are not -- not controlling for

6          risk factors is not as detrimental as not

7          controlling for confounders.

8                   This is -- this is a very -- you know,

9          it's a very difficult study to execute, and

10         there's no -- there is no way to control for

11         all of those variables.  And I'm not -- again,

12         I'm not sure if -- they're not true

13         confounders, I'm not sure -- not controlling

14         for them would affect the results, or at least

15         a direction of the results, that much.

16    BY MR. GALLAGHER:

17         Q        Okay.  Understanding the distinction

18    you're making between exposures to these other

19    potential carcinogens and confounders, let's talk

20    first about these other potential exposures.  And

21    we'll talk about confounders in a few minutes.

22                   If the workers in a specific area of

23    the rubber factory in -- in the UK are exposed to

24    rubber fumes, polycyclic aromatic hydrocarbons,

25    aromatic amines and NDMA, and half of those are

CONFIDENTIAL

Page 83

1    carcinogens and half of them are not, how do you

2    separate which ones are, if you haven't controlled

3    for those different -- for those exposures?

4                MR. NIGH:  Form objection.

5                THE WITNESS:  Again, that's -- that's

6         very difficult to do.  And, again, I go back to

7         my previous point:  In a large cohort of 15,000

8         men with 35 years of follow up, you have to

9         show consistently that the other carcinogens is

10        only affecting the high NDMA users, through the

11        35 years of follow up constantly in order for

12        the effect of -- of other -- the other

13        carcinogens to be reflected in the relative

14        risk.  That -- we don't have any data that

15        that's happening.  It doesn't make intuitive

16        sense.

17                It makes sense that these men are

18        exposed to these carcinogens, but in the span

19        of a 35-year follow-up, it's probably affecting

20        both the high NDMA and the low NDMA equally.

21        And when that happens, that actually dilutes

22        the -- the -- the relative risk that you're

23        seeing.

24                So, again, we don't have -- there's no

25        way to measure all the -- all these agents that

CONFIDENTIAL

Page 84

1          you mentioned for all these men and follow them

2          for the 35 years.  But because I don't believe

3          it's affecting one group more than the other, I

4          don't -- I don't see a major -- this potential

5          limitation leading to a major bias.

6    BY MR. GALLAGHER:

7          Q        Well, you say you don't believe it's

8    affecting one group more than another, but that's an

9    assumption you're making, right?

10                  MR. NIGH:  Object to form.

11                  THE WITNESS:  It's not just an

12         assumption.  It's -- I mean, it's -- it's based

13         on the -- the information you're given, this

14         is -- this is rubber factory workers, 35 years

15         of follow-up in the UK.  And we are not

16         giving -- we are not given any information

17         that, you know, all of a sudden, this cohort,

18         or at least part of the cohort, is exposed to

19         this other carcinogen more, you know, in the

20         high -- especially in the high NDMA group more

21         than the other, the control group.

22                  So I -- I feel comfortable with the

23         assumption because I -- I just can't see any

24         sort of a logical reason as to why that would

25         happen.  It's a -- it's a large population

CONFIDENTIAL

Page 85

1          based study on the same cohort in the same

2          country followed forward for 35 years.

3     BY MR. GALLAGHER:

4          Q         Can we go for just a minute to your

5     invoices again, which is Exhibit 4, I think?  Is

6     that right?  Exhibit 4.

7                    And if we look at Page 3 of 5, this is

8     an invoice from May 5th of 2021.

9                    Do you see the -- there's three

10    entries on this invoice.  The bottom entry looks

11    like you spent three hours searching for

12    methodologies to control for unmeasured confounding

13    for the Hidajat study.  Do you see that?

14         A         Yes.

15         Q         Why were you searching for

16    methodologies to try to control for unmeasured

17    confounding in the Hidajat study?

18         A         Because I wanted to show how robust

19    the -- the results would be in the absence of one

20    uncontrolled confounded.

21         Q         When you're saying you want to show

22    how robust it is, you're assuming that the results

23    are robust, but for unmeasured confounding factors,

24    right?

25                   MR. NIGH:  Form objection.

CONFIDENTIAL

Page 86

1                THE WITNESS:  Well, let me put it,

2        then, another way.  I wanted to know if there

3        is -- how much change -- how much the results

4        would change when I include -- when I

5        assimilate this unmeasured confounder into the

6        results.

7    BY MR. GALLAGHER:

8        Q        Okay.  And in order to do that, you

9    had to go search for methodologies to control for

10   those unmeasured confounders, right?

11       A        Yes.

12               MR. NIGH:  Form -- form objection.

13   BY MR. GALLAGHER:

14       Q        It's not something that you -- you had

15   a methodology that you -- you -- that you typically

16   use, yourself, in your -- in your research?

17               MR. NIGH:  Form objection.

18               THE WITNESS:  Can you repeat the

19       question, please?

20   BY MR. GALLAGHER:

21       Q        You had to go search for methodologies

22   because you didn't have -- you didn't have a

23   methodology that you typically used for this type of

24   looking at potential effects of unmeasured

25   confounders, right?

CONFIDENTIAL

Page 87

1              MR. NIGH:  Form, form objection.

2              THE WITNESS:  No, I -- I used the

3         E-value methodology which I had -- I have used

4         actually before in my -- in my research

5         studies.  I just wanted to do another search

6         just to see if there is any newer or perhaps

7         better methodology than the E-value

8         methodology.  And I found that there isn't any,

9         so I used the method that I have used, you

10        know, a number of times in the past in my own

11        research.

12   BY MR. GALLAGHER:

13        Q       Okay.  If we look at your report,

14   Page 15?

15        A       Yes.

16        Q       And is this -- is this table part of

17   what you're referring to in terms of looking at the

18   effect of unmeasured confounders?

19        A       Yes.

20        Q       And walking through the table on the

21   left-hand column, you've listed different specific

22   types of cancer, right?

23        A       Yes.

24        Q       And in the middle column, you --

25   you're listing hazard ratios without unmeasured

CONFIDENTIAL

Page 88

1    confounder.  Where are you getting those numbers

2    from?

3         A        So by using this methodology that's

4    published, if you include -- there is a formula

5    where you include the -- for example, the stomach

6    cancer is 1.72.  If you include this in this

7    formula, it tells you how large that unmeasured

8    confounder has to be to eliminate the risk of 1.72.

9              So you can see for all the other

10   cancers -- all the cancers listed, the -- the

11   magnitude of the effect of that confounder has to be

12   pretty large to reverse the -- the relevant risks on

13   the left-hand column.

14        Q        So I guess -- let me walk through it

15   this way.

16              The left-hand column, those are -- are

17   reporting hazard ratios that are coming from the

18   Hidajat study; is that right?

19        A        That's right.

20        Q        Okay.  And then in the right-hand

21   column is where you're now calculating what -- what

22   the hazard ratio for an unmeasured confounder would

23   need to be in order to take the relative risk in the

24   left-hand column down to one; is that right?

25        A        Correct.

CONFIDENTIAL

Page 89

1        Q        Okay.  And Hidajat, they did not

2    directly control for smoking, right?

3        A        They did not, although -- they did

4    not, although they said they simulated smoking data,

5    and the results did not change.

6        Q        They simulated smoking data, but they

7    didn't control for smoking, right?

8        A        No.

9        Q        Would you consider smoking to be a

10   potential confounder?

11       A        So smoking is definitely a risk factor

12   for cancer, and smoking, in order for it to be a

13   confounder, has to also be potentially associated

14   with NDMA exposure.  So it could potentially be

15   confounded, yes.

16       Q        Okay.  And another potential

17   confounding factor would be family history of

18   cancer?

19       A        Yes, family history of cancer --

20   again, so the family history of cancer is definitely

21   a risk factor for cancer.  Whether people with

22   family history of cancer are more likely to be

23   exposed to NDMA, that, you know, that side of the

24   triangle, I'm not sure it's possible.  But then

25   again, for that confounder to introduce bias, it has

CONFIDENTIAL

Page 90

1    to -- it's dependent on how prevalent that

2    confounder is in that population and how strong the

3    confounder cancer and confounder NDMA relationship

4    is.  So just the absence of a confounder does not

5    mean that necessarily the study is biased, if a

6    confounder has to, you know, a number of criteria

7    have to be met for that unmeasured confounder to

8    actually -- as I have demonstrated in my table, to

9    cause bias in the results.

10                But theoretically, it could be a

11   potential confounder.

12        Q       Okay.  And Hidajat did not control for

13   family history of cancer?

14        A       No.

15        Q       Correct?

16        A       No.

17        Q       Are you aware that infection with

18   H. pylori is a potential risk factor for certain

19   types of cancer?

20        A       Again, it is a risk factor but it's

21   not necessarily a confounder, because H. pylori is

22   not really associated with NDMA exposure.

23                So not having H. pylori is not going

24   to really bias the results because it's not a

25   confounder.  It's a risk factor.  However, I don't

CONFIDENTIAL

Page 91

1    really see it as a major bias.  Plus, again, it has

2    to be differential between the two groups, even if

3    it were a confounder.

4                So I don't -- yes, H. pylori was not

5    measured.  And it is -- it is a risk factor for

6    mainly actually stomach cancer, but it is a risk

7    factor of cancer.  But it's not -- I don't believe

8    it's necessarily a confounder because it doesn't

9    meet the H. pylori NDMA length in the triangle, in

10   the causal triangle.

11       Q       Well, again, unless you control for

12   it, you don't know if there's differential exposure

13   between --

14       A       Well, first -- first of all, it's not

15   a confounder, so even if it's differential or not

16   differential, because it's not a confounder, it

17   should not really change the results.  Smoking is a

18   confounder.  We talked about it because it satisfies

19   the confounder definition, but H. pylori, you know,

20   at first glance, it seems, like, oh, we should

21   control for it because it's a risk factor for

22   cancer.  But it's not really -- it's not really

23   associated with NDMA users.  It's a relatively

24   prevalent infection that many people have.  So I

25   don't really -- I don't really see how -- not

CONFIDENTIAL

Page 92

1    measuring H. pylori could really change the results.

2         Q        What's the distinction that you see

3    between smoking and infection with H. pylori, if

4    smoking is a confounder but H. pylori infection is

5    not?

6         A        Smoking is a confounder because it's

7    associated with cancer, and since it's probably

8    associated with NDMA because these are -- rubber

9    factory workers in the '60s and '70s and, you know,

10   that -- that sort of profession.  Especially back

11   then, they were probably smokers.  So it meets

12   the -- the dual criteria of a confounder.

13               H. pylori only has one arrow to

14   cancer, but it doesn't really have an arrow to NDMA

15   in any way.  It's not really associated with NDMA,

16   so that's why it's only one arrow to cancer that

17   makes it a risk factor and not a confounder.

18        Q        Do you agree with me that if the

19   members of the cohort from the Hidajat study who

20   were classified -- who were classified by them as

21   high NDMA were more likely to have H. pylori

22   infection than the members of the cohort that were

23   classified as low NDMA exposure, if that would skew

24   the results?

25               MR. NIGH:  Form objection.

CONFIDENTIAL

Page 93

1              THE WITNESS:  No.  Again, what you're

2      talking about in terms of one group having more

3      than the other is -- again, it's for

4      confounders.  So if you have a confounder

5      that's showing up more in one group than the

6      other, that confounder is probably biasing the

7      results, and you have to do an analysis where

8      you stratify by that confounder to make things

9      clean.

10             H. pylori is not a confounder, and so

11      even if one group had it more than the other,

12      which we don't really believe is the case,

13      would not really change, because it's --

14      because it cannot change -- it's not affecting

15      the exposure.  It's only affecting the outcome.

16      It wouldn't change the results, I don't believe

17      so.

18  BY MR. GALLAGHER:

19      Q       If there was a difference in the -- in

20  the percentage of the cohort for high NDMA exposure

21  that had H. pylori infection versus the percentage

22  of the cohort classified as low NDMA that had

23  H. pylori infection, you don't think that that would

24  have any impact on --

25      A       The --

CONFIDENTIAL

Page 94

1           MR. NIGH:  Hold on.  Hold on.  He

2      didn't finish his question.

3           Did you finish, Mr. Gallagher?

4           MR. GALLAGHER:  I did, yeah.

5           MR. NIGH:  Okay.  Form objection.

6           THE COURT REPORTER:  I didn't hear the

7      end of the question, just the very end.

8           MR. GALLAGHER:  Let me rephrase it.

9  BY MR. GALLAGHER:

10     Q        Dr. Etminan, is it your opinion that

11  if -- if there was a difference in the percentage of

12  the cohort Hidajat classified as high NDMA exposure

13  that had H. pylori infection versus the percentage

14  of the cohort classified by Hidajat as low NDMA

15  exposure that has H. pylori infection, that -- that

16  would not have any impact on the results --

17     A        I --

18          MR. NIGH:  Hold on.  Hold on.  Hold

19      on.  I'm not sure if he's done.

20  BY MR. GALLAGHER:

21     Q        That would not have any impact on the

22  results of the study?

23          MR. NIGH:  Form objection.

24          Go ahead, Doctor.

25          THE WITNESS:  Well, I wouldn't say it

CONFIDENTIAL

Page 95

1    wouldn't have any impact.  I would say it

2    would -- it would affect maybe the precision,

3    maybe a relative risk of say 5 to a 4.  But it

4    wouldn't reverse the direction of that -- that

5    effect size.  It wouldn't take a 4 to a .5,

6    which confounders could -- could do.

7              This is just a risk factor.  So

8    absence of a risk factor could slightly change

9    the precision, but it wouldn't change the

10   direction of the -- of the effect size in

11   Hidajat.

12   BY MR. GALLAGHER:

13        Q       So you agree it could impact the

14   observed hazard ratio?

15        A       In the -- in the way that I just

16   explained, yes.

17        Q       So if we look at the table, you -- you

18   say it could go theoretically from a hazard ratio of

19   5 to a hazard ratios of 4 --

20        A       It could -- it could, but it could be

21   even lower because it has -- you know, there's such

22   a huge sample size.  But it's possible to affect

23   precision of the -- of the effect size.

24        Q       Okay.  So if we look at your table,

25   for stomach cancer, you're showing a hazard ratio

CONFIDENTIAL

Page 96

1    without a measured -- a measured confounder of

2    1.782.  Why couldn't it go from 1.72 to 1?

3        A        No.  I think -- I think you're just --

4    I mean, that's -- that's speculation.  I could also

5    go to 1.4.  I'm just making a general statement that

6    because H. pylori is mainly a risk factor, provided

7    that there is a huge differential in the -- in the

8    level in the measurement of H. pylori between the

9    high NDMA group versus the low NDMA group, there

10   could be changing precision of the hazard ratio, but

11   not a -- not a reversal of the direction of the

12   hazard ratio.

13       Q        Okay.  Let's look at the Hidajat

14   study, Exhibit 8.

15                THE VIDEOGRAPHER:  Counsel, there's

16       about 10 minutes left on this media unit.

17                MR. GALLAGHER:  Okay.  Thanks.

18   BY MR. GALLAGHER:

19       Q        At Page 251, again, under "Exposure

20   Assessments" --

21                MR. NIGH:  I'm sorry.  Why are we

22       having to -- to break for a media?  I haven't

23       seen that with any other court reporter.

24                MR. GALLAGHER:  It has happened in

25       the -- in the other depositions.

CONFIDENTIAL

Page 97

1              MR. NIGH:  The other -- you mean the

2         other depositions using Veritext?  Because I

3         don't think that we need to be breaking to

4         switch tapes.  This is being done via Zoom, and

5         it's being recorded via Zoom.  I just don't

6         understand why we would -- why we would break

7         unnecessarily.

8              MR. GALLAGHER:  Let me finish up for

9         10 minutes, and then we can talk about that.

10    BY MR. GALLAGHER:

11         Q       So looking under "Exposure

12    Assessments" --

13         A       Okay.

14         Q       -- we had looked at this earlier, that

15    the -- the measurements of NDMA are based on

16    estimates from a database.  And then further on,

17    about halfway through this paragraph, it says,

18    "Because only job information in 1967 was available,

19    the primary analyses assumed all subjects remained

20    in the same factory department, i.e., not

21    necessarily in the same job, throughout their

22    careers and were employed until retirement at age

23    70, death or immigration."

24              Do you see that?

25         A       Yeah.

CONFIDENTIAL

Page 98

1        Q        So in addition to NDMA not actually

2    being measured but being based on estimates from

3    primarily German factories, in Hidajat, in this

4    cohort, they didn't know what part of the factory

5    these individuals were actually working in.  They

6    only had job information for one year, and they

7    assumed that they stayed in the same department,

8    right?

9        A        Can I just have a few minutes to read

10   this, if you don't mind?

11       Q        Sure.

12       A        I'm actually going to look at Hidajat

13   at the very end in the discussion.

14       Q        Sure, what --

15       A        What was the exhibit number again for

16   Hidajat?

17       Q        Exhibit 8.

18       A        Okay.  Just one second, please.

19       Q        Sure.

20       A        Okay.  So would you please repeat your

21   question?

22       Q        Sure.

23                So in addition to not actually

24   measuring NDMA but relying on estimates that came

25   primarily from measurements of German rubber

CONFIDENTIAL

Page 99

1    factories, because job information was only

2    available for one year, 1967, the authors assumed

3    that all the subjects stayed in the same factory

4    department throughout their career.  But they don't

5    know if any of these workers moved -- moved around

6    to various different departments?

7         A         So, I mean, obviously, it's

8    challenging to keep track of people -- people's

9    occupation for 35 years.  However, I think they took

10   this issue seriously, and they do mention that they

11   did sensitivity analyses looking at different

12   duration of employment.  And they mentioned that

13   that didn't change the results.

14        Q         So I understand that they did some

15   sensitivity analyses around duration of employment,

16   but they're still assuming that for the duration of

17   employment, each subject is staying in the same

18   factory department, right?

19        A         Yeah.  There is that assumption, but

20   at least, you know, the sensitivity analysis of the

21   different duration of employment, I believe is

22   reassuring.  But, yes, the assumption is that they

23   did stay in that -- in that employment for -- for

24   the amount of time.

25        Q         So the sensitivity -- sensitivity

CONFIDENTIAL

Page 100

1   analysis around duration of employment, I understand

2   that addresses the duration of employment, but that

3   doesn't address this assumption that all the

4   subjects are staying in the same department.

5                    MR. NIGH:  Form objection.

6                    THE WITNESS:  I mean, I'm not sure,

7           honestly, whether different departments would

8           have different exposure to NDMA over a 35-year

9           period.  But that -- that's -- I mean, that's

10          just the nature of the study.  And that's what

11          they mention.  Again, it -- the exposure of

12          NDMA in the different departments for it to

13          change a major cause and major bias in the

14          study, it has to be quite big and only

15          affecting one group as -- as we talked about

16          with other types of carcinogens, to maintain --

17          to change the direction of these results.

18   BY MR. GALLAGHER:

19       Q       So if we go back to the first page of

20   Hidajat, the right-hand column, bottom paragraph,

21   the authors expressly say, "Exposures vary

22   throughout the rubber manufacturing process."

23       A       Exposures do vary, but my -- I think

24   my point was exposure has to vary in one group, the

25   high NDMA, for -- constantly for long periods, and

CONFIDENTIAL

Page 101

1    they don't have to -- and they shouldn't vary or

2    stay static in the control group for a long period

3    for this -- for this bias to be introduced.  If

4    exposure -- varied exposure happens randomly through

5    the population of these men in 35 years, again, that

6    could maybe affect the precision a little bit then.

7    But it shouldn't change the direction of the -- of

8    the risk.

9        Q        But you're assuming the exposure to

10   NDMA.  And what the -- the authors are admitting on

11   Page 251 is they only have job information for one

12   year.  So they're assuming that all subjects stayed

13   in the same department.  They don't -- they don't

14   know if they moved.

15                MR. NIGH:  Form objection.

16   BY MR. GALLAGHER:

17       Q        Right?

18                MR. NIGH:  Form objection.

19                THE WITNESS:  They don't know if they

20       moved, yeah.

21   BY MR. GALLAGHER:

22       Q        Okay.  And then additionally, if we go

23   forward to Page 257, the right-hand column, the

24   paragraph just above "Conclusions."  So in this

25   paragraph, Hidajat is acknowledging several

CONFIDENTIAL

Page 102

1     limitations of -- of the study, right?

2          A        Uh-huh.

3          Q        Including the final sentence,

4     "Finally, cross-contamination between departments

5     cannot rule out the need for multi-pollutant

6     models," right?

7          A        Yeah.

8          Q        "But given the high correlations

9     between exposures, this requires different and

10    complex statistical modeling with currently unknown

11    validity in this context," right?

12                  MR. NIGH:  Form objection.

13                  THE WITNESS:  Right.  Again, I go back

14         to my -- the point that I have been repeating,

15         the cross-contamination, for it to change the

16         direction of the results, has to be

17         differential only in one group.  And I think

18         they are just -- they are just listing one of

19         the limitations that the study in general.  But

20         for this cross-contamination to change the

21         consistent -- the increased risk of cancer in

22         this study, it has to be a major differential

23         factor.  And I -- I believe that if it was, the

24         authors would mention that in their limitations

25         as well.  Rather than just, you know,

CONFIDENTIAL

Page 103

1          mentioning that there could be

2          cross-contamination, they would maybe elaborate

3          that the cross-contamination has affected these

4          results because -- and they don't say that.

5          And I don't have any reason to believe there

6          was a major differential contamination in one

7          group versus the other group.

8   BY MR. GALLAGHER:

9          Q       So -- but, again, this is impacting

10  the actual measurement, so if we go back to the

11  first page again, that paragraph we were just

12  looking at, that says, "Exposures varied throughout

13  the rubber manufacturing process."  And then they go

14  on to say, "Rubber dust tends to have the highest

15  exposure in the beginning of the production process,

16  particularly in handling of raw materials," right?

17         A       Right.

18         Q       And then, "Rubber fumes and

19  N-nitrosamines are generated during the heating and

20  curing processes," right?

21         A       Right.

22         Q       So Hidajat is basing their exposure to

23  NDMA on the estimates of exposures in the various --

24  in the various parts of the factory, right?

25         A       Right.

CONFIDENTIAL

Page 104

1            MR. NIGH:  Form objection.

2    BY MR. GALLAGHER:

3        Q        They're not -- they're not actually

4    measuring what the exposure to NDMA is, right?

5        A        Well, I mean, I don't think that's --

6    that's very, very difficult to do, so they are using

7    the estimates.  I think we have talked about this

8    already.

9        Q        Sure.  And the limitation that they're

10   acknowledging is potential for cross-contamination

11   between departments.  So if there was contamination

12   of rubber dust into the department that was doing

13   the heating and curing processes, that would have a

14   huge impact on the assumption that the people in the

15   heating and curing processes are the ones most

16   highly exposed to N-nitrosamines and basing their

17   conclusions of the hazard ratios off of that, right?

18            MR. NIGH:  Form objection.

19            THE WITNESS:  Again, that

20        cross-contamination has to be sustained for

21        duration of the followup and only in the

22        NDMA -- high NDMA category, to cause the type

23        of bias that you're talking about.

24   BY MR. GALLAGHER:

25        Q        So that's what I'm saying, is the

CONFIDENTIAL

Page 105

1   cross-contamination would, because the high ND --

2   they're classifying people in the cohort as either

3   high NDMA or low NDMA based on where they're working

4   in the -- in the factory; is that right?

5                MR. NIGH:  Form objection.

6   BY MR. GALLAGHER:

7       Q       In other words, that's their

8   assumption.  If there's actually cross-contamination

9   into that department of, for example, rubber dust,

10  just to use one, then their -- their assumptions --

11  or their assignment of those individuals being high

12  NDMA, it is directly impacting 100 percent of those

13  people, differentially?

14               MR. NIGH:  Form objection,

15          argumentative.

16               THE WITNESS:  Yeah.  I don't -- I'm

17          not sure if I agree with that.  I mean, that's

18          -- that's -- I think that's quite a stretch of

19          what -- what could have happened.  There is

20          no -- I mean, I think you're just -- I mean,

21          you're -- you're coming up with an assumption.

22          But I don't -- I mean, even in this -- the

23          limitations of their study, they don't mention

24          such a huge limitation as a potential reason

25          for the results that they found.

CONFIDENTIAL

                                                    Page 106

 1              THE VIDEOGRAPHER:  Counsel, there's

 2        about three minutes remaining.

 3              MR. GALLAGHER:  Okay.  Why don't we go

 4        ahead and take a break?

 5              MR. NIGH:  I'm sorry.  Are we taking a

 6        break because there's three minutes remaining

 7        on tape?  Because we're -- we're ready to keep

 8        going.  I mean, if this is going to be 10 hours

 9        of record time to have interruptions just

10        because there's a certain amount of record, you

11        know, tape time, this is not an interruption

12        that we've had for any other court reporter.

13        And I don't understand why we would have it

14        here.

15              We have not had this for any of our

16        depositions that the plaintiffs have taken of

17        custodial depositions.  And frankly, I think

18        that this is not a reason to take a break.  I

19        want to us continue forward at this time.

20              Dr. Etminan, can you continue?  Do you

21        want to continue forward?

22              MR. GALLAGHER:  Let's take a break.

23              MR. NIGH:  No.  No.  No.  We don't

24        just take a break because -- because there's a

25        limitation for -- for tapes for some reason

CONFIDENTIAL

Page 107

1          that we can't even get an explanation for.

2                    MR. GALLAGHER:  Can we go off the

3          record and discuss that?

4                    MR. NIGH:  No.  No.  I want this on

5          the record because I want to be arguing that if

6          we're going to have 10 hours of record time,

7          that we need to be getting through the

8          deposition, not taking breaks just because

9          there's a limitation in terms of tape time.

10         This should not be -- this should not be a

11         limitation for a Zoom deposition.  We're ready

12         to continue forward.

13                   THE VIDEOGRAPHER:  Counsel, there's

14         one minute.

15                   THE COURT REPORTER:  Your court

16         reporter needs a break.

17                   MR. NIGH:  This is all coming out now

18         in response to the tapes.  I can tell.  So you

19         know we -- we need to be getting through this

20         deposition, and now -- now, we're -- it is --

21         this prompt was clearly because of tapes.

22         That's what I heard.  That's what started the

23         whole thing.  Now, it's sounding to me like

24         other people are weighing in to try to save

25         this response on the tapes.  This happened

CONFIDENTIAL

Page 108

1          multiple times in other depositions, and that's

2          exactly what I think the record is going to

3          show here as well.  We can go ahead and take a

4          break.

5                    THE VIDEOGRAPHER:  The time is now

6          1:57.  This is the end of Media Number 2.

7          We're going off the record.

8                    (Whereupon, a short break was taken.)

9                    THE VIDEOGRAPHER:  The time is now

10         11:13.  This begins Media Unit Number 3.  We're

11         back on the record.

12    BY MR. GALLAGHER:

13         Q        Okay.  Dr. Etminan, looking at the

14    Hidajat article again, Exhibit 8, it's the sentence

15    starting on the first page, very bottom of the first

16    page.  It's only two words, "Due to," and then

17    moving on to the beginning of the second page,

18    Page 251, the author states, "Due to the complexity

19    of exposure pattern and the numerous chemicals used

20    in the rubber production process, this entangling

21    exposure response associations between specific

22    suspected carcinogens and cancer risks in this

23    industry remains difficult."

24                    Do you see that?

25         A        Yes.

CONFIDENTIAL

Page 109

1        Q        And so the authors are acknowledging

2    that while working in the rubber industry may be a

3    significant risk of cancer, using occupational

4    studies of the rubber industry to evaluate exposure

5    response associations for a specific suspected

6    carcinogen is something that's difficult to do,

7    right?

8                    MR. NIGH:  Form objection.

9                    THE WITNESS:  Yes.  That's what they

10        say.  But I think that part of -- part of what

11        they're saying is to kind of strengthen their

12        case as to why they did this study.  I mean,

13        this is in their introduction.  But I mean, as

14        a general statement, I -- I agree with -- with

15        what is said.

16    BY MR. GALLAGHER:

17        Q        Okay.

18                    MR. GALLAGHER:  If we can move on now

19        to the next exhibit, are we at 10, Exhibit 10,

20        the Lavecchia article?

21                    THE COURT REPORTER:  Can you spell

22        that?

23                    MR. GALLAGHER:  Sure.  Lavecchia,

24        L-a-v-e-c-c-h-i-a.

25                    THE COURT REPORTER:  Thank you.

CONFIDENTIAL

Page 110

1          (Whereupon, Exhibit 10 was marked for

2      Identification.)

3              THE WITNESS:  I have it.

4  BY MR. GALLAGHER:

5      Q       Okay.  You relied on this study for

6  your opinions related to gastric cancer; is that

7  right?

8      A       Yes.  This is just the abstract,

9  though.  It's not the full PDF.

10     Q       Right. Let me correct that.

11             MR. GALLAGHER:  Okay.  Can we go off

12     the record for just one minute.

13             THE VIDEOGRAPHER:  Sure.  The time is

14     now 11:17.  We're going off the record.

15             (Whereupon, a discussion was held off

16     the record.)

17             (Whereupon, Exhibit 11 was marked for

18     Identification.)

19             THE VIDEOGRAPHER:  The time is now

20     11:19.  We're back on the record.

21  BY MR. GALLAGHER:

22     Q       Dr. Etminan --

23             MR. NIGH:  Hold on.  Before you ask --

24     ask a question, I want to put on the record

25     that we just had to take a three-minute break

CONFIDENTIAL

Page 111

1        to go off the record so that Counsel could

2        substitute the "Nitrosamine Intake and Gastric

3        Cancer Risk" abstract for the full study.

4                Do you disagree that's the reason we

5        just went off the record, Mr. Gallagher?

6                MR. GALLAGHER:  I don't understand

7        your -- your -- all your troubles about taking

8        breaks.  I've never been in a deposition where

9        we didn't take breaks for the court reporter,

10       for the witness, for everybody, so --

11               MR. NIGH:  I have been in many

12       depositions where --

13               MR. GALLAGHER:  -- we can take a

14       break --

15               MR. NIGH:  I have been in many

16       depositions where we've -- especially expert

17       depositions, where we have been able to go

18       two hours at a time, and where the expert is

19       at-will to be able to take the breaks.

20               At this point, the expert has not

21       asked for a single one of these breaks that

22       we've had at this point.  And so, yes, I am

23       concerned about excessive breaks when we have

24       10 hours of record time.  That leads to many

25       hours of not record time.

CONFIDENTIAL

Page 112

1              MR. GALLAGHER:  But --

2              MR. NIGH:  No.  You asked why I'm

3         concerned.  I am concerned.  So here we just

4         had another break that was not anything asked

5         for by the witness.  It was yet again you,

6         Mr. Gallagher, here that just had the wrong

7         document.  All I wanted to do was put the

8         reason for the break on the record.  I asked if

9         it was true.  Do you agree that that was the

10        reason for the break?

11   BY MR. GALLAGHER:

12        Q      Dr. Etminan, do you have in front of

13   you Exhibit 11?

14        A      Yes.

15        Q      And this is the Lavecchia article?

16        A      Yes.

17        Q      And you relied on this study in

18   relation to your opinions related to NDMA and

19   gastric cancer in this case, right?

20        A      Right.

21        Q      If you look at the abstract on the

22   first page, the last sentence, you will see it says,

23   "Limitations of exposure assessment and absence of

24   information on other N-nitrosamines preclude,

25   however, any definite assessment of the possible

CONFIDENTIAL

Page 113

```
1   role of exogenous N-nitrosamines in gastric

2   carcinogenesis."

3               Do you see that?

4       A       Yes.

5       Q       And so the -- the authors are

6   acknowledging that they can't make any definitive

7   assessment of an association between exogenous

8   N-nitrosamines and stomach cancer because of that

9   limitation, right?

10              MR. NIGH:  Form objection.

11              THE WITNESS:  That's -- that's what

12          they're suggesting, yes.

13  BY MR. GALLAGHER:

14      Q       Okay.  And they refer here to

15  specifically exogenous N-nitrosamines, right?

16      A       Yes.

17      Q       Do you have an understanding of the

18  distinction between endogenous NDMA and exogenous

19  NDMA?

20      A       To -- to -- you know, to certain

21  levels, yes.

22      Q       Okay.  You haven't addressed anywhere

23  in your report the -- the -- any potential impact of

24  endogenous NDMA, have you?

25              MR. NIGH:  Form objection.
```

CONFIDENTIAL

Page 114

1              THE WITNESS:  No, because it's -- it's

2         very difficult to quantify and ascertain

3         endogenous NDMA exposure.  I'm not familiar

4         with any sort of robust gold standard, if you

5         will, method to do it, because it's so complex.

6         But then again back to what we discussed

7         before, endogenous NDMA, you have to have a

8         good reason why one group -- endogenous NDMA

9         can be -- we can all be exposed to endogenous

10        NDMA.  It's a very complex sort of process to

11        quantify.

12             But then, again, how can we actually

13        say that one group in this study is exposed to

14        more endogenous NDMA than the other?  And

15        that's -- and why -- and there's no reason to

16        believe that's the case.  So that's -- that's

17        why I didn't discuss it in my report.

18   BY MR. GALLAGHER:

19        Q       Okay.  Why don't we turn to Page 472

20   of this article?

21             So, Dr. Etminan, you say that there's

22   a lot of complex factors that can influence

23   endogenous NDMA; is that right?

24        A       Yes.

25        Q       Okay.  And that's why you didn't

CONFIDENTIAL

Page 115

1    include it in your report or address it because it

2    was complex?

3         A        I mean, again, it's very hard to

4    quantify and discuss it in most of the studies that

5    I looked at it, and there's a lot of them.  It

6    wasn't really mentioned or measured, so for the

7    whole host of reasons, that's why I mainly focus on

8    exogenous NDMA.

9               MR. NIGH:  And I object to the form of

10        the last question.

11   BY MR. GALLAGHER:

12        Q        Looking at the left-hand column here

13   on Page 472, the sentence right above the last

14   paragraph starting with, "However," the authors say,

15   "However, we had no information on endogenous

16   N-nitroso compound formation, which is influenced by

17   gastric PH levels and other complex factors

18   including microbial species in the mouth and

19   stomach, N-nitrosation inhibitors besides subjective

20   individual variation."

21               Do you see that?

22        A        Yes.

23        Q        So the -- the authors of the Lavecchia

24   study acknowledge the potential issues with not

25   having information on endogenous N-nitroso compound

CONFIDENTIAL

Page 116

1    formation influenced by all these complex factors,

2    right?

3        A        I mean, they say that -- yeah, I mean,

4    they say that's something that they probably

5    won't -- would have liked to have had and address.

6    But they don't go as far as saying that they think

7    the results of their study could have been changed

8    because of endogenous NDMA exposure.

9                And, again, I think it's because there

10    is no reason to believe that the controls in the

11    cases vary very differently coming from the same

12    sort of population in terms of endogenous NDMA

13    exposure.

14        Q        But, again, unless you actually

15    evaluate that, you don't know if there's a

16    differential effect of --

17        A        Yes -- for certain.  Like, if you want

18    to be certain whether there is a change in the

19    effects, yes, you have to evaluate.  But I am --

20    again, I don't really know -- as far as I know,

21    there are no sort of gold standard measurement tools

22    to measure this in -- and incorporate it in an epi

23    study.

24                THE COURT REPORTER:  In a what study?

25                THE WITNESS:  In an epidemiological

CONFIDENTIAL

Page 117

1        study.

2                MR. GALLAGHER:  Can we mark as

3        Exhibit 12 an article by Jakszyn,

4        J-a-k-s-z-y-n, from 2006.

5                And, Doctor, let me know when it shows

6        up and you have it.

7                THE WITNESS:  Oh, sure.  Sure.

8                (Whereupon, Exhibit 12 was marked for

9        Identification.)

10                THE WITNESS:  Okay.  I got it.

11   BY MR. GALLAGHER:

12        Q        You got it?  Okay.

13                So the title of this article by

14   Jakszyn is "Endogenous versus exogenous exposure to

15   N-nitroso compounds and gastric cancer risk in the

16   European Prospective Investigation into Cancer and

17   Nutrition Study."  Is that right?

18        A        Yes.

19        Q        So in this study, they did try to

20   evaluate -- to measure and evaluate the potential

21   impact of endogenous N-nitroso compounds, right?

22        A        Yeah, seems like it.

23        Q        Okay.  And looking at the abstract, on

24   the right-hand column -- of the top of the

25   right-hand column of the first page, in this study,

CONFIDENTIAL

Page 118

1    they also were evaluating potential association of

2    NDMA intake with risk of gastric cancer, right?

3         A        Yes.

4         Q        And you see about halfway down they

5    say, "There was no association between NDMA intake

6    and gastric cancer risk," right?

7         A        Sorry.  Where are you referring to?

8    Oh.  Yes, that's what they say.

9         Q        Okay.  And their observed hazard ratio

10   for any potential association of NDMA intake and

11   gastric cancer risk was exactly 1.00, right?

12        A        Right.

13        Q        And we had talked about a hazard ratio

14   of 1 means there's no evidence of an association

15   between the exposure and the risk, right?

16        A        Right.

17        Q        So in this study, when they were --

18   they also evaluated endogenous N-nitroso compounds.

19   That's abbreviated ENOC, right?

20        A        Yes.

21        Q        And there in the abstract they

22   concluded -- or their data for endogenous N-nitroso

23   compounds, the ENOC, was significantly associated

24   with non-cardia cancer risk, right?

25        A        Yes.

CONFIDENTIAL

Page 119

1        Q         If we turn to Table 1, which is on

2    Page 1499.

3        A         Uh-huh.

4        Q         And this is providing a description of

5    the sample included in the cohort.  And do you see

6    it's providing mean values for certain of the -- of

7    the variables, including NDMA and endogenous

8    N-nitroso compounds?

9        A         Yeah.

10       Q         The mean endogenous N-nitroso

11   compounds in the -- in the study was 93.05

12   micrograms per day, right?

13                 MR. NIGH:  Object to form.

14                 THE WITNESS:  How many --

15   BY MR. GALLAGHER:

16       Q         And that would be 93,050 nanograms per

17   day; is that right?

18       A         Micrograms per nanograms.

19                 THE COURT REPORTER:  I'm sorry.  Can

20        you repeat that?

21                 THE WITNESS:  I was just saying

22        micrograms per nanograms.

23                 Can I just have a few minutes to read

24        this, if you don't mind?

25

CONFIDENTIAL

Page 120

1    BY MR. GALLAGHER:

2        Q       Sure, sure.

3            MR. GALLAGHER:  So, Daniel, in our

4        depositions when the witness needed a long time

5        to review a document, we went off the record.

6        My question is pretty simple.

7            MR. NIGH:  We can go off the record.

8            MR. GALLAGHER:  Okay.  Off the record.

9            THE VIDEOGRAPHER:  The time is now

10       11:38.  We're going off the record.

11           (Whereupon, a short break was taken.)

12           THE VIDEOGRAPHER:  The time is now

13       11:38.  We're back on the record.

14           MR. GALLAGHER:  Thank you.  And can

15       the court reporter read back the last question.

16           (Whereupon, the testimony was read

17       back as requested.)

18   BY MR. GALLAGHER:

19       Q       Dr. Etminan --

20       A       Yes.  So with respect to the lack

21   of -- risk with exogenous NDMA, I think I have

22   addressed this in my report at the follow-up of the

23   study.  It was only about 3 and a half years, which

24   is inadequate for an exogenous carcinogen causing

25   cancer, and also, I do mention that just from the

CONFIDENTIAL

Page 121

1    demographics of the study, which are mainly --

2                    THE COURT REPORTER:  Which are mainly

3         what?

4                    THE WITNESS:  Elderly, older adults.

5                    That they may have died before getting

6         cancer, which usually has a longer sort of an

7         onset.  With respect to the 93,000 exogenous

8         values, I -- the value seems quite high to me.

9         And I don't -- I'm not familiar with the

10        methodology that they used.  And, again, I'm

11        not saying that it's not the right methodology,

12        but I just haven't seen any other study

13        measuring endogenous NDMA as well.

14   BY MR. GALLAGHER:

15        Q        Okay.  In this study where they

16   address endogenous and N-nitroso compounds, the mean

17   endogenous N-nitroso compound in the -- in the study

18   was 93,050 nanograms per day, right?

19        A        Yes.

20        Q        And if we go back to the abstract --

21        A        Yeah.

22        Q        -- the -- after presenting the hazard

23   ratios for endogenous N-nitroso compounds, they go

24   on to say, "Although the number of not infected

25   cases is low, our data suggests a possible

CONFIDENTIAL

Page 122

```
 1    interaction between ENOC and H. pylori infection,"

 2    right?

 3         A       Yes.

 4         Q       So they're seeing a possible

 5    interaction between an impact of endogenous

 6    N-nitroso compounds and infection with H. pylori?

 7                 MR. NIGH:  Form objection.

 8    BY MR. GALLAGHER:

 9         Q       Right?

10         A       Yeah, the interaction basically means

11    that the levels of the -- the risk of cancer with

12    endogenous NDMA changes with levels of H. pylori, so

13    I mean, they have H. pylori measured.  So that's

14    what they found.  That's -- I mean, I agree with

15    that.

16         Q       Right.  And so in this study where the

17    authors accounted for endogenous N-nitroso compound

18    and accounted for H. pylori infection, with respect

19    to NDMA, the data showed no association between NDMA

20    intake and gastric cancer, right?

21         A       You mean --

22                 THE COURT REPORTER:  I'm sorry.  You

23        mean what?

24                 THE WITNESS:  No association with

25        exogenous NDMA?
```

CONFIDENTIAL

Page 123

1    BY MR. GALLAGHER:

2         Q         Yes, no association of exogenous NDMA

3    intake and gastric cancer risk?

4         A         Right.  But I think I did address

5    that, although those are restraints of the study,

6    the limitation -- I mean, not showing an association

7    is also dependent on other factors.  One, you need

8    an adequate follow up to be able to detect the

9    cancer.  Two, you need to control for deaths other

10   than cancer, which may sort of lower the -- your

11   sample size.  So you have to address for that, which

12   they haven't.

13              So I can't -- because they have other

14   limitation -- methodological limitations, I can't

15   just say, you know, there is no risk because they

16   control for H. pylori and endogenous NDMA.  There

17   are other issues in the study design.

18        Q         So with respect to the -- the time for

19   follow up, it was sufficiently long since they

20   identified a significant association of endogenous

21   N-nitroso compound with non-cardia cancers, right?

22              MR. NIGH:  Object to form.

23              THE WITNESS:  Right.  But I mean, the

24        mechanism of cancer with exogenous, I mean,

25        could take longer.  And so you need to -- you

CONFIDENTIAL

Page 124

1        may need a longer follow up for that to be

2        picked up.

3                    THE COURT REPORTER:  Could be what?

4                    THE WITNESS:  You may need longer

5        follow up for the exogenous for -- for cancers

6        from exogenous NDMA to be picked up or to be

7        detected.

8                    THE COURT REPORTER:  Thank you.

9    BY MR. GALLAGHER:

10        Q        Why do you -- why do think it would

11   take longer for an exogenous?

12        A        Because you have to be taking it

13   constantly, and it has to be ingested and then

14   absorbed systemically.  And it's possible that the

15   mechanism of carcinogenesis with exogenous NDMA

16   may -- may be different.

17                    Just like when you have a drug that's

18   culled in your system, it's -- it's getting absorbed

19   more than if you're taking a pill every day that's

20   only 20 percent absorbed.  So the -- the constant

21   exposure and the concentrations may be different.

22                    MR. NIGH:  Object to the form of the

23        last question.

24   BY MR. GALLAGHER:

25        Q        So you're telling me that the time

CONFIDENTIAL

Page 125

1    frame of exposure to an -- to an exogenous

2    carcinogen --

3        A        I'm just saying that should -- it's

4    possible that the -- sorry.  I should have let you

5    finish.

6                I'm just saying that the follow-up

7    time for the exogenous NDMA to show cancer events

8    where they could actually pick it up would have

9    been -- could have been higher -- you know, longer

10   than just the 3-year or 3-and-a-half-year follow up

11   that they had.

12       Q        And am I understanding right that

13   you're saying the reason for that is because the

14   time frame of exposure to an exogenous carcinogen

15   is --

16       A        Well, I mean, you don't --

17               THE COURT REPORTER:  I'm sorry -- I'm

18       sorry, Doctor.  I'm not hearing the -- I'm not

19       hearing the end of the questions, and

20       therefore, I'm not having the full question on

21       the record.  If you could just take a deep

22       breath and let Patrick finish his question

23       before answering, I would appreciate it.

24               THE WITNESS:  Okay.

25               MR. GALLAGHER:  My apologies to the

CONFIDENTIAL

Page 126

1          court reporter and to Dr. Etminan.

2    BY MR. GALLAGHER:

3          Q          So am I understanding properly, you're

4    saying that the reason for that is because the time

5    frame of exposure to an exogenous carcinogen is a

6    significant factor in the potential for actual risk

7    of cancer?

8                     MR. NIGH:  Object to the form.

9                     THE WITNESS:  Perhaps I would call it

10              induction time, which means the time from being

11              exposed from exogenous NDMA, which may take

12              longer to the cancer process to occur and be

13              diagnosed.  Whereas, the endogenous, it's

14              already in the system.  Whereas, the exogenous,

15              you need to be exposed to it, you know,

16              constantly through -- orally or through the

17              skin or through inhalation.  So it may take

18              longer for the NDMA to cause its carcinogenic

19              effect for the cancer process.

20    BY MR. GALLAGHER:

21          Q          Okay.  You mentioned a few minutes ago

22    and also in your report one aspect of -- of this

23    study that you considered to be a material

24    limitation is that it included in mostly older

25    adults?  Do I understand that right?  And if you

CONFIDENTIAL

Page 127

1    want to look at Page 17 of your report, if you want

2    to look at it is where you're discussing this.

3        A        Yes.

4        Q        Okay.  So you recall that it's one of

5    your criticisms of this -- of this article, right?

6        A        Right.

7        Q        If we look on Page 1498 of the

8    article, just under "Material and Methods for

9    Subjects," this cohort included women and men aged

10   35 to 70 years, right?  So their age range is 35 to

11   70, right?

12       A        Uh-huh.

13       Q        And if we look at table 1, the mean

14   age at recruitment was 59.2, right?

15       A        Right.  So -- sorry.  Can I address --

16       Q        Yes.

17       A        Yes.  So 60 is a year where, you know,

18   they have cardiovascular disease.  You could have

19   diabetes.  It's the year where these conditions

20   these are prevalent.  And deaths due to these

21   conditions, the risk for -- for deaths due to

22   diabetes and cardiovascular disease and other

23   co-morbid condition is -- is also increasing.

24              So if patients die for these causes

25   and not live -- live long enough to get cancer, that

CONFIDENTIAL

Page 128

1    is a bias that should be addressed, should have been

2    addressed in this study.  That's what I was

3    referring to.

4         Q       And then additionally, the -- so let

5    me ask you this:  Those other co-morbid conditions

6    are factors from your perspective to be considered

7    because they can impact -- could have impacted the

8    results of this study?

9         A       As you can see in Table 1, there's

10   no -- there's no information given on -- as they

11   have with the other variables, on the percentage

12   and -- and the breakdown of other co-morbid

13   conditions.  I mean, if -- if the cases we're

14   sicker, get more ill, because of these kind of

15   conditions, could that have affected, you know dying

16   of -- of cancer, including the ones that were --

17   that died because of endogenous exposure.  So I

18   think that those are potential confounders that

19   should have been adjusted for.  And they were not.

20   They were only adjusted for things like smoking and

21   diet and physical activity, which are important, but

22   there are other potential confounders which I think

23   should have at least been mentioned as to why

24   they --

25                THE COURT REPORTER:  As to why they

CONFIDENTIAL

Page 129

1      were what?

2                    THE WITNESS:  They were not controlled

3      for.

4   BY MR. GALLAGHER:

5      Q        Do you know what the age of the cohort

6   was for the --

7                    THE COURT REPORTER:  For the what

8      study?

9                    MR. GALLAGHER:  Hidajat.

10                    THE WITNESS:  I can look -- look it up

11      right now.  I don't know off the top of my

12      head.

13   BY MR. GALLAGHER:

14      Q        Okay.  So if we go to Exhibit 8,

15   Page 251.

16      A        Uh-huh.

17      Q        Under "Material and Methods," the data

18   is from male UK rubber factory workers aged 35 years

19   or older as of 1 February 1967, right?

20      A         Right.

21      Q        And it's not -- perhaps not that

22   surprising that in a cohort study, looking at risks

23   of cancer, the cohort is including older

24   individuals, right?

25      A         Right.  But -- but what Hidajat did

CONFIDENTIAL

Page 130

1    unlike -- none of the other studies that I have

2    seen, is, if you look at Page 251 under "Statistical

3    Methods," they did a special modeling technique

4    called "Fine and Gray," which controls for death

5    because it was such a long study with such a long

6    follow up of say -- in 35 years.  So people started

7    at 35, but they would get to 50 and 60 and, you

8    know -- in 10, 20 years, which is -- puts them at

9    risk of other deaths, which as we've talked about,

10   can bias the results if it's not -- if they're not

11   accounted for.  If they drop out of deaths other

12   than cancer, then they don't get to get cancer.  So

13   they actually controlled for that with the

14   Fine and Gray analysis.

15        Q       And as people get older, one of the --

16   one of the risks for getting cancer is getting

17   older, right?

18        A       Right.

19        Q       Okay.  You also criticize the Jakszyn

20   study for not controlling for confounders such as

21   history of stomach cancer, right?

22        A       Yes.

23        Q       If you look on Page 17 of your

24   report --

25        A       Right.

CONFIDENTIAL

Page 131

1      Q          -- that was one of your criticisms of

2    the Jakszyn study.

3      A          Uh-huh.

4      Q          So the Hidajat study didn't control

5    for confounders like history of stomach cancer,

6    right?

7      A          You're right.  They did not.  But

8    again, just the sheer size of the -- the sample

9    size, the very long follow up, that -- that

10   confounding factor, which theoretically is a

11   confounder has to be disproportionately, you know,

12   higher in the high NDMA group than the low NDMA

13   group.  And given this is a population-based study

14   where to some accounts the rates are, you know,

15   probably stable over time, or go up, you know, a

16   little bit just like most European countries in the

17   UK, I don't see why absence of that confounder would

18   have made any difference.  Whereas here with

19   Jakszyn, it's a much smaller study, only a

20   3-and-a-half-year follow up.  So I'm -- and I

21   believe it's -- I'm just looking at the sample size.

22   I believe it's a smaller sample size --

23                THE COURT REPORTER:  I'm sorry.  Than

24      what?

25                THE WITNESS:  Than Hidajat.  No.  It's

CONFIDENTIAL

Page 132

1          a bigger study.  It's a bigger study.  It's a

2          bigger study.  But I believe it's got smaller

3          number of cases than Hidajat does, because

4          Hidajat followed for a long time.  So there are

5          more cases.

6     BY MR. GALLAGHER:

7          Q          Okay.  So you agree with me that

8     the -- the Jakszyn study, which evaluated exogenous

9     NDMA intake as well as endogenous N-nitroso

10    compounds is a larger study than the Hidajat study?

11         A          Number-wise, yes.  Number-wise, it is.

12                    MR. NIGH:  Object to form.

13    BY MR. GALLAGHER:

14         Q          And you criticized the Jakszyn study

15    for not controlling for confounders like history of

16    stomach cancer, right?

17         A          Yes.

18         Q          And the -- the Hidajat study also

19    didn't control for confounders like history of

20    stomach cancer, right?

21         A          Yes.

22         Q          And so that same criticism applies --

23         A          It does.

24                    THE COURT REPORTER:  I'm sorry.  Can

25          you repeat that?

CONFIDENTIAL

Page 133

1   BY MR. GALLAGHER:

2       Q        That same criticism of not controlling

3   for confounders like a history of stomach cancer

4   would be a criticism of any study that didn't

5   account for that confounder?

6       A        That's right.  But keep in mind that

7   I -- I sort of came up with my opinion on stomach

8   cancer, not just on Hidajat alone and Jakszyn alone.

9   It was the totality of evidence.  And there are --

10              THE COURT REPORTER:  I'm sorry.  I'm

11      sorry.  What was that?

12              THE WITNESS:  Lavecchia, the study we

13      just talked about before this one, did control

14      for stomach cancer history.

15  BY MR. GALLAGHER:

16      Q        Okay.  What does that mean to you -- I

17  understand you didn't base your opinions solely on

18  the Hidajat and the Jakszyn study.  What does that

19  mean to you, though, to be looking at the "totality

20  of the evidence"?

21      A        Totality of the evidence means

22  biologically plausible evidence, which is mostly

23  from animal studies; data from, mainly, Hidajat;

24  from occupational studies; and data from dietary

25  studies.  And, again, it doesn't mean that every

CONFIDENTIAL

Page 134

1    single study is a perfect study that shows an

2    increase in risk, and they don't have limitations.

3    But the constellation of all of the evidence is what

4    I weighted my opinion on.

5        Q        Okay.

6                 MR. GALLAGHER:  Can we mark as the

7        next exhibit, Exhibit 13, the Palli study.

8                 (Whereupon, Exhibit 13 was marked for

9        Identification.)

10                THE COURT REPORTER:  Can you spell

11       that?

12                MR. GALLAGHER:  P-a-l-l-i.

13                THE COURT REPORTER:  Thank you.

14   BY MR. GALLAGHER:

15       Q        And, Dr. Etminan, you discuss this

16   study at the top of Page 17 of your report.

17       A        Okay.

18       Q        Dr. Etminan, in this study, there

19   was --

20       A        Sorry.  Sorry.  Just give me one

21   second to read this paper.

22       Q        Sure.

23       A        Okay.  Go ahead.

24       Q        This study did not find a

25   statistically significant association between NDMA

CONFIDENTIAL

Page 135

1    and the risk of gastric cancer, right?

2        A        It found an odd ratio of two that just

3    missed statistical significance.

4        Q        But it did miss statistical

5    significance, right?

6        A        Yes.

7        Q        This study also reported a

8    statistically significant increased risk for gastric

9    cancer based on family history, right?

10       A        Yes.

11       Q        And family history for gastric cancer

12   would be a known risk factor, right?

13       A        It would be.

14                Is there a table that I should refer

15   to or any numbers here?

16       Q        Sure.  You can look at -- we can look

17   on Page 165.

18       A        Sorry.  Palli is Pages 1206 to --

19       Q        Oh, sorry.  It's the third page of the

20   PDF, Page 165.  There's Table 1.

21       A        Okay.

22       Q        Showing the family history and then in

23   the left-hand column under "Results"?

24       A        Uh-huh.

25                MR. NIGH:  Are you following along on

CONFIDENTIAL

Page 136

1          Page 165 because I don't see a 165?

2                    THE WITNESS:  It's Page 1208.

3                    MR. GALLAGHER:  I think we need a

4          different --

5                    MS. APPEL:  Yeah, I'm sorry --

6                    MR. GALLAGHER:  No worries.

7                    MS. APPEL:  (inaudible)

8     BY MR. GALLAGHER:

9          Q        So we'll get there.  But, Dr. Etminan,

10    let's talk just -- let's talk about family history

11    of gastric cancer.

12                    Do you acknowledge that that is a

13    known risk factor for a person to develop gastric

14    cancer if they have a family history of gastric

15    cancer, right?

16         A        Yes.

17         Q        And the -- the Hidajat study and the

18    Lavecchia study, they didn't account for that?

19         A        Yes.

20         Q        -- as a factor -- as a factor, right?

21         A        No.

22                    MR. GALLAGHER:  So Exhibit 14 should

23         be coming.  It's a Palli study.

24                    (Whereupon, Exhibit 14 was marked for

25         Identification.)

CONFIDENTIAL

Page 137

1                    THE WITNESS:  Okay.

2    BY MR. GALLAGHER:

3        Q        Dr. Etminan, have you seen this

4    article before?

5        A        It's by Palli, so I may have seen it,

6    but included the one that I -- included within my

7    report, because it's pretty much from the same

8    authors.

9        Q        So can you explain that to me again?

10   Have you seen this before or not?

11       A        I may have, but I haven't included it

12   in my report.  I may have seen it in my search.

13       Q        Okay.  So you're not relying on

14   this -- can you turn to your report, which is

15   Exhibit 5, I think?

16       A        Sorry.

17       Q        Turn to your report, Exhibit 5, and on

18   Page 17...

19       A        Yes.

20       Q        And you see at the top of Page 17, you

21   refer to a population-based case controlled study

22   conducted by Palli, right --

23       A        Yes.

24       Q        -- in Citation 43?

25       A        Yes.

CONFIDENTIAL

Page 138

1        Q        Can we go to Page 38 of your report?

2        A        Yes.

3        Q        And so the citation for 43 is to

4    Palli, an article titled "Dietary Patterns, Nutrient

5    Intake and Gastric Cancer in a High-Risk Area of

6    Italy," right?

7        A        Right.

8        Q        And that citation is to the article

9    that we were just looking at that's Exhibit 14,

10   right?

11       A        Right.

12       Q        But you said you didn't rely on this

13   for your report?

14       A        Right.  I thought there were two Palli

15   studies that you showed me.  The one Palli study

16   that I cite in my report, I believe, is this one.

17   Yes.  It's this one because it's 382 gastric cancer

18   cases, and that's what I have.  So it's this one.

19       Q        Okay.

20       A        By Palli, Russo and Decarli.

21       Q        I think we're confused because the

22   article that you -- the Palli article you produced

23   to us was the other one.

24       A        Okay.  Sorry.

25       Q        Okay.  Okay.  So if we -- if we look

CONFIDENTIAL

Page 139

1    at Exhibit 14, on Page 165, the third page of the

2    PDF, Table 1, it's presenting the data with respect

3    to family history.

4         A       Yes.

5         Q       And in the description of the results,

6    which is starting on the left-hand column of this

7    same page, the authors state, "A positive family

8    history for gastric cancer among parents or

9    siblings, rural residence and lower social class

10   were strongly associated with increased risk"?

11        A       Yes.

12        Q       So all of those -- the Palli study was

13   able to determine that all of those factors were

14   strongly associated with risk of gastric cancer,

15   right?

16        A       Those are risk factors, yes.

17        Q       Okay.  But there was no -- no

18   statistically significant association between

19   exogenous NDMA intake and gastric cancer from this

20   study, right?

21        A       No.

22                MR. GALLAGHER:  Can we mark as

23        Exhibit 15 the Loh paper, L-o-h.

24                (Whereupon, Exhibit 15 was marked for

25        Identification.)

CONFIDENTIAL

Page 140

1                  MR. GALLAGHER:  Actually, I'll come

2         back to that one.  Can we mark the Kefzei paper

3         and this will be Exhibit 16.  K-e-f-z-e-i.

4                  THE COURT REPORTER:  K-e-f-z-e-i?

5                  MR. GALLAGHER:  Correct.

6                  (Whereupon, Exhibit 16 was marked for

7         Identification.)

8                  THE WITNESS:  I have it open.

9    BY MR. GALLAGHER:

10        Q         Okay.  And this is a paper that you

11   refer to also on Page 17 of your report, right?

12        A         Yes.

13        Q         So the -- if we pull up Page 17 of

14   your report that would be helpful.

15        A         Yeah.

16        Q         The paragraph on Kefzei, "The

17   adjusted --"  "The adjusted risk of gastric

18   cancer" --

19        A         I'm sorry.  So -- I'm sorry.  You're

20   not on Loh then?  You want to look at Kefzei?

21        Q         Sorry.  Yes.

22        A         Okay.  Let me get that.  Let me get

23   that.  Okay.

24        Q         So you say that, "The adjusted risk of

25   gastric cancers with nitrosamine intake among men

CONFIDENTIAL

Page 141

1   was elevated by 6 percent, and you're basing that

2   off of a hazard ratio of 1.06," right?

3               MR. NIGH:  Objection.

4   BY MR. GALLAGHER:

5       Q       And that's for one type of gastric

6   cancer, right?

7       A       Yes.

8       Q       And then you acknowledge that this is

9   not for other types of gastric cancer, gastric

10  cardia, although the observed hazard ratio is 1.31,

11  that did not --

12              THE COURT REPORTER:  I'm sorry.

13      That's not very specific...

14              THE WITNESS:  It did not reach

15      statistical significance.

16  BY MR. GALLAGHER:

17      Q       Did not reach statistical

18  significance.

19      A       Yeah.

20      Q       You see that, right?

21      A       Yes.

22      Q       And then among women, the risk was

23  also not elevated, right?

24      A       Correct.

25      Q       And you go on to say, "The lack of an

CONFIDENTIAL

Page 142

1  effect in this study," so you acknowledge that in

2  this study, there's a lack of any association of

3  exogenous NDMA with gastric cancer, right?

4              MR. NIGH:  Object to form.

5              THE WITNESS:  That's -- yes.

6  BY MR. GALLAGHER:

7      Q      Okay.  And you go on to try and -- one

8  issue that you raised is a potential for

9  misclassification of the diet questionnaire used in

10 the study?

11     A      Yes.

12     Q      Right?  That potential for

13 misclassification that you're referring to is

14 potential inaccurate reporting of -- of food intake

15 by the subjects in the study, right?

16     A      Correct.

17     Q      Okay.  Isn't that true of every

18 dietary study that's based on a diet questionnaire?

19     A      Yes, it could -- it could occur in any

20 dietary study.

21     Q      So the -- I guess what I want -- so

22 regardless of whether the observed association is

23 showing no association or showing some association,

24 there is -- this is a criticism of dietary studies

25 generally, the potential for inaccurate reporting

CONFIDENTIAL

Page 143

1    of -- of food intake, right?

2        A        That's the one limitation of all

3    dietary studies, right.

4        Q        Okay.  So -- let's move on then.

5                 MR. GALLAGHER:  Can we mark the Song

6        study as -- are we at -- what exhibit number

7        are we at?

8                 (Whereupon, Exhibit 17 was marked for

9        Identification.)

10                MR. GALLAGHER:  So this will be

11       Exhibit 17, the Song article.

12   BY MR. GALLAGHER:

13       Q        Let me know when you have it,

14   Dr. Etminan.

15       A        I have it now.

16       Q        Okay.  So you agree with me that this

17   is -- this article is reporting on a meta-analysis?

18       A        That's correct.

19       Q        Okay.  Have you conducted a

20   meta-analysis before?

21       A        Yes.

22       Q        Okay.  And this is a meta-analysis of

23   observational studies, right?

24       A        Yes.

25       Q        Is one of the limitations of a

CONFIDENTIAL

Page 144

1    meta-analysis observational studies the potential

2    for confounding variable?

3        A        I mean -- yeah.  I mean, that's a

4    limitation of observational studies as well, yes.

5        Q        So for any meta-analysis of

6    observational studies, you would agree that residual

7    confounding factors may distort the results?

8        A        I mean, there is a potential,

9    theoretically, yes.

10       Q        So have you actually seen this article

11   or just the abstract for it?

12       A        No.  I have seen -- I have -- I mean,

13   I have looked at the numbers and the tables as well.

14       Q        Okay.  So if we look on -- do we have

15   Page 9892?

16       A        Okay.

17       Q        So I guess, I think I asked this

18   question somewhat generally although it applies to

19   the -- certainly to the Song meta-analysis.

20                You would agree with me that

21   measurement errors resulting from dietary

22   questionnaires can impact the reliability of dietary

23   studies, right?

24                MR. NIGH:  Form objection.

25                THE WITNESS:  Generally speaking, I

CONFIDENTIAL

Page 145

1          think we've -- we've talked about this, yes.

2     BY MR. GALLAGHER:

3          Q          Okay.  And dietary questionnaires -- a

4     questionnaire doesn't ask subjects, how much NDMA

5     did you eat -- the dietary, right?

6          A          Yes.  They ask about the dietary

7     patterns of individuals, and then they convert the

8     food groups to -- they convert the NDMA content in

9     each food group based on the information they have

10    on the amount of NDMA in each food category.

11         Q          Okay.  So it may ask, how much bacon

12    do you eat, how much fish, how much fruit?

13         A          That's right.

14         Q          And then -- and then from there, the

15    authors or the people conducting the study estimate

16    NDMA intake for the subjects based on estimates for

17    the amount of NDMA or any other compound in that

18    particular food group, right?

19         A          That's right.

20         Q          And if those -- if those estimates are

21    wrong, that also impacts the validity of the results

22    from a dietary study?

23         A          Also, I mean, potentially.  We have

24    talked about this.  It's a limitation of dietary

25    study.

CONFIDENTIAL

Page 146

1      Q        Okay.  Let's go back to your report.
2    We'll look at Page 18 and Section 10.2 at the bottom
3    of the page.
4      A        Okay.
5      Q        It's is referring to colorectal
6    cancer.
7      A        Okay.
8      Q        So for colorectal cancer, Hidajat
9    didn't look at colorectal cancer right?
10     A        No.
11     Q        Didn't examine -- okay.
12              And the Straif occupational study did
13   not find any specifically significant association,
14   right?
15     A        No.
16     Q        Okay.
17     A        Because I think it was just they
18   didn't have enough cases because they -- I don't
19   think they had enough number of events.  But the
20   answer to your question, is no.
21              They found a relative risk of
22   one-and-a half, but because of the small number of
23   events, it was very imprecise and not statistically
24   significant.
25     Q        What was imprecise?

CONFIDENTIAL

Page 147

1      A       The confidence interval.  It was from

2    .5 to 4.7, around the 1.5 estimate.

3      Q       Right.  And so because the confidence

4    interval includes 1.0, there's -- there's no

5    evidence of an association, right?

6      A       No, I -- again, I think I talked about

7    this earlier.  It's -- the relative risk is 1.5

8    based on very small number of events.  And that 1.5

9    comes with a very imprecise estimate.  We cannot

10   necessarily say that there is no increased risk.  We

11   can say that it's imprecise, and the results are

12   basically -- I'm trying to find the right word.

13   Uncertain, if you will.

14     Q       Okay.

15             MR. GALLAGHER:  Can we mark the Knekt

16        paper?  This will be Exhibit 18, I believe.

17             (Whereupon, Exhibit 18 was marked for

18        Identification.)

19             THE COURT REPORTER:  How do you spell

20        that.

21             MR. GALLAGHER:  K-n-e-k-t.

22   BY MR. GALLAGHER:

23     Q       Let me know when it shows up.

24     A       Okay.

25     Q       So, Dr. Etminan, you rely on this

CONFIDENTIAL

Page 148

1    study with respect to your opinion -- your opinions

2    with respect to colorectal cancer?

3         A        Right.

4         Q        But you criticize the study with

5    respect to your opinion for gastric cancer.  Do you

6    recall that?

7                    MR. NIGH:  Object to form.

8    BY MR. GALLAGHER:

9         Q        And feel free to refer to Pages 17 and

10   19 of -- of your report, which is Exhibit 5.

11        A        Yes, just give me a second.

12                  So my criticism was, again, for, I

13   believe, competing events -- lack of control for

14   competing events.  Patients end up dying before

15   getting stomach cancer.  You could argue it's -- you

16   know, it could be --

17                  THE COURT REPORTER:  I'm sorry.  I'm

18        sorry.  Can you speak up and repeat that,

19        please?

20                  THE WITNESS:  So my criticism was a

21        lack of controlling for competing events for --

22        for death due to other causes.  If patients

23        died earlier, they -- you know, some patients

24        could have died early and not get stomach

25        cancer.  One could argue it's the same -- it

CONFIDENTIAL

Page 149

1       could be the same for colorectal cancer

2       patients.  But it's also possible that those

3       patients were followed up over longer periods.

4       We don't know.

5             But my other criticism is the smaller

6       number of cases in the -- for stomach cancer is

7       68 in the -- for the stomach cancer cases, and

8       for colorectal cancer, it's 73.  68 versus --

9       I'm reading that off of Table 1 -- 73.  So

10      those -- those five extra cases could -- you

11      know, could change the results.  So that's what

12      I based my opinion on.

13            Because -- I'm sorry.  If I could just

14      add because the -- the upper bound --

15            THE COURT REPORTER:  I'm sorry.

16      Doctor, I'm sorry.  You're speaking with your

17      hand over your mouth, and I'm not understanding

18      you.

19            THE WITNESS:  Okay.  The upper bound

20      confidence interval for stomach cancer is 1.51,

21      so it's very wide, suggestive of a small number

22      of cases.  Whereas for colorectal cancer, it's

23      higher.  And it's significant, so the

24      difference of these five cases could

25      potentially -- I mean, it is possible that

CONFIDENTIAL

Page 150

1          these extra five cases made a difference, but

2          we don't know.

3    BY MR. GALLAGHER:

4          Q        Well, for gastric cancer, the lower

5    bound is 0.37, right?

6          A        Yes, it's .037.  I'm not arguing about

7    the magnitude.  It's -- it goes from very low to

8    relatively high.  I'm just saying that this very

9    wide bound is suggestive of a small number of

10   events.  And so this study may not have had enough

11   events to show a more precise estimate for stomach

12   cancer.

13         Q        Well, the lower bounds -- let's talk

14   for a minute about what it would mean for the hazard

15   ratio to be 0.37.  What would that mean to you?

16         A        The 3.7 hazard ratio is -- it means

17   that it's -- it's a protective event.

18         Q        So if the -- okay.  It would be

19   protective.

20                  In your report -- Dr. Etminan, do you

21   have a phone with you or anything else?

22         A        Yes.

23         Q        I guess I would ask that you -- okay.

24   You're not receiving communications from anybody --

25         A        No.  No.  No.

CONFIDENTIAL

Page 151

1      Q        -- on the phone are you?

2      A        No.  My phone was right behind my

3    laptop.

4      Q        Okay.  Yes, please keep that set to

5    the side.

6               So in your report on page Exhibit 17,

7    you criticize the Knekt study possibly having

8    imprecision of dietary questionnaires for

9    quantifying NDMA from different food groups, right?

10     A        Right.

11     Q        And then carrying over onto Page 18,

12   "This imprecision might have led to

13   misclassification of the true NDMA effects with

14   respect to cancer and might have led to null

15   results."

16               Do you see that?

17     A        Yes.

18     Q        When you're saying that, that

19   imprecision of the dietary questionnaires, would

20   apply equally to the data with respect to colorectal

21   cancer, right?

22               MR. NIGH:  Object to form.

23               THE WITNESS:  Not if they're not the

24        same people answering the question.  I mean,

25        if -- if they -- if the stomach cancer cases,

CONFIDENTIAL

Page 152

1          let's say -- and we don't know this, but I'm

2          just answering your question.  If the stomach

3          cancer cases give more imprecise answering than

4          the colorectal cancer cases, then they would

5          have more imprecise estimate in the results

6          because they're not the same patients.

7     BY MR. GALLAGHER:

8          Q        Okay.  Would you expect there to be a

9     difference in the imprecision of -- well, I guess a

10    couple of questions.

11               One, when you're talking about that,

12    you're talking about imprecision of the actual

13    answers to the dietary questionnaire, what foods --

14         A        Right.  So you have imprecision on

15    what's a measurement error from the -- the study

16    population, and then you -- I mean, you may have --

17    in all studies of this nature, you could have an

18    imprecision in recording the data.

19               I'm just saying because they're --

20    they're not the same patients.  You can't assume

21    that the same thing would happen to cancer -- happen

22    to colorectal cancer than happen to stomach cancer

23    cases or vice versa.

24         Q        Okay.  Would you expect there to be a

25    difference in the manner in which the foods -- the

CONFIDENTIAL

Page 153

1    dietary questionnaires answered by individuals who

2    end up with stomach cancer versus individuals who

3    end up with colorectal cancer?

4        A        Generally speaking, no.  But again --

5    let me just check one thing.

6        Q        Dr. Etminan --

7        A        Generally speaking, no.

8        Q        Okay.  And then there's an additional

9    possibility for error -- additional possibility for

10   imprecision in quantifying the NDMA.  And that's if

11   the estimate that the authors used for the amount of

12   NDMA in any specific food group, if that's

13   incorrect, then that's going to lead to

14   imprecision -- imprecision also.  And that

15   imprecision would apply equally with respect to

16   stomach cancer and colorectal cancer, right?

17       A        Yes.

18       Q        Okay.  When you make the statement

19   here that the imprecision might have led to

20   misclassification of the true NDMA effect with

21   respect to cancer, you're assuming that there's an

22   effect of NDMA on the cancer, right?

23                MR. NIGH:  Object to form.

24                THE WITNESS:  I'm assuming -- again,

25       because of the smaller number of cases and the

CONFIDENTIAL

Page 154

1        upper bound confidence interval, the number in

2        the results we see is -- basically, we don't

3        know.  And so it is possible.

4   BY MR. GALLAGHER:

5        Q       But what the data is -- okay.

6                THE VIDEOGRAPHER:  Counsel, there's

7        about 10 minutes left on this video unit.

8                MR. GALLAGHER:  Okay.  I will finish

9        this up, and then we can take a break for

10       lunch.

11               Can we mark the -- we already marked

12       the Loh study.

13               THE WITNESS:  What's the exhibit

14       number on Loh?

15               MR. GALLAGHER:  Exhibit 15.

16               THE WITNESS:  Okay.

17   BY MR. GALLAGHER:

18       Q       And I think this is similar to the

19   Knekt paper that we were just talking about, you --

20   you criticize the Loh study with respect to gastric

21   cancer.  But then you rely on it for your opinions

22   with respect to colorectal cancer.  Do you recall

23   that?

24               MR. NIGH:  Object to form,

25       mischaracterizes evidence.

CONFIDENTIAL

Page 155

1              THE WITNESS:  I don't recall.  I don't

2        recall.

3   BY MR. GALLAGHER:

4        Q        Okay.  If you want to look at your

5   report on Page 17 and on Page 19?

6        A        Okay.

7        Q        So -- and maybe if we pull up Page 17,

8   the second paragraph.

9        A        Yes.

10        Q        Okay.  So you refer to imprecise

11   estimates of the risk.  Why do you consider them to

12   be imprecise?

13        A        Of the 1.13?  Because -- because your

14   upper bound when the -- when the upper bound is

15   clinically can -- shows a clinically significant

16   risk and you have an end point interval which goes

17   from .81 and the relative risk is 1.13.  So it's,

18   you know, it's not large, but it's a 13 percent

19   increase.  That means, it's -- it's an imprecise

20   estimate.  And then if you look at Loh's number of

21   gastric cancers, that also kind of brings the

22   message home, because they only had, I believe,

23   55 -- I'm just trying to look at it -- what was Loh

24   number again, sorry, the exhibit number?

25        Q        15, Exhibit 15.

CONFIDENTIAL

Page 156

1        A        They only had 64 cases where, you

2    know, in other cancers -- like others in the "other

3    cancer" category, you have 1,462 cases.  For

4    stomach, you only have 64.  So that's why I said

5    it's imprecise.

6        Q        So would you -- you're referring to

7    the upper bound and the lower bound?

8        A        Yeah.

9        Q        And you said where the upper bound is

10   showing a potential association that that's what

11   you're considering to be imprecise --

12       A        I would say -- I wouldn't say

13   association.  It shows a risk of 1.57, which is

14   clinically significant.  If it was 1.2, then one

15   would say well, even the upper bound of 1.2 is not

16   that big of a deal.  But 1.57 makes it significant.

17       Q        How are you -- how are you deciding

18   that 1.2 might not be clinically significant but

19   1.57 might be clinically significant?

20       A        I mean, usually anything below 1.5, we

21   think that -- and closer to 1 is significant of no

22   risk.  And the higher, from 1.5 to even higher, is

23   suggestive of -- if it's the upper bound and it's

24   imprecise, I would say, if it's above an increase in

25   risk that's imprecise, that needs to be looked into,

CONFIDENTIAL

Page 157

1    or inconclusive basically.

2         Q        Okay.  You would agree with me that if

3    there is no association between an exposure and a

4    risk, you would expect the observed relative risk to

5    be close to 1, right?

6                    MR. NIGH:  Object to form.

7                    THE WITNESS:  I don't -- I don't want

8         a say yes.  That's a very, very general

9         statement.  There are large -- very large

10        studies done with relative risks of 1.15 or

11        1.16 that is -- where the results have been

12        taken seriously.  So I don't want to say yes as

13        a general statement.

14                    THE VIDEOGRAPHER:  Counsel, there's

15        about 3 minutes remaining.

16                    MR. GALLAGHER:  Okay.  Let me finish

17        this up, and I'll take a break.

18    BY MR. GALLAGHER:

19        Q        I guess my question was slightly

20    different.  If there is no association between an

21    exposure and a risk, start from that assumption, you

22    would expect the observed -- the observed relative

23    risk to be close to 1, right?

24                    MR. NIGH:  Object to form.

25                    THE WITNESS:  If you knew -- if you

CONFIDENTIAL

Page 158

1       knew there isn't an association?

2    BY MR. GALLAGHER:

3       Q       You know there is not an association

4    between the exposure and the risk --

5       A       Right.  Right.  I want -- right.  So

6    the relative risk has to be close to 1 and the

7    upper -- the -- the confidence intervals also have

8    to be precise enough to exclude a risk, right?

9               So -- so if you tell me there is a

10   relative risk of 1.2 with a confidence interval of

11   1.9 to 1.3, that -- that would tell me that, yes,

12   there's probably no risk associated.  But with an

13   upper bound of 1.57, I would like -- you know, I'm

14   more comfortable saying this is an inconclusive

15   study rather than a no risk or a negative study.

16      Q       But you agree that the data, the

17   confidence interval is -- is going to or can include

18   both below 1 and above 1 if there's no association?

19   In fact, you might expect that?

20              MR. NIGH:  Object to form.

21   BY MR. GALLAGHER:

22      Q       Correct?

23      A       Well, precision, if I wanted -- if I

24   want to decide on risk or no risk, precision is also

25   important because you could have -- again, as I

CONFIDENTIAL

Page 159

1    think you mentioned, you could have a low relative

2    risk that has a huge confidence interval.  Actually,

3    that -- that is more inconclusive than negative.  If

4    it's a relative risk close to 1 with a very tight

5    confidence interval also close to 1 or below 1.5 for

6    the upper limits, that is -- yes, that -- I'm more

7    confident in that case that there is no risk.

8    BY MR. GALLAGHER:

9        Q        Where are you coming up with this --

10   this limit of 1.5?

11       A        1.5 or higher, not just 1.5.  1.5 or

12   higher.

13                Because it's -- it's technically a

14   15 percent increase that -- that is included in that

15   interval.  And one should, you know, do a further

16   investigation to further look at that.  I don't

17   think it's -- it's high enough to warrant further

18   investigation with a bigger study, you know, higher

19   number of cases.  It is not a definitive negative

20   with those numbers.

21                MR. GALLAGHER:  We can go off the

22       record now.

23                THE VIDEOGRAPHER:  The time is now

24       12:49.  This ends Media Unit Number 3.  We're

25       going off the record.

CONFIDENTIAL

Page 160

1              (Whereupon, a lunch recess was taken.)

2              THE VIDEOGRAPHER:  The time is now

3      1:30.  This begins Media Unit Number 4.  We're

4      back on the record.

5  BY MR. GALLAGHER:

6      Q      Welcome back, Dr. Etminan.

7      A      Thank you.

8      Q      Did you have a good lunch?

9      A      Not bad.

10     Q      Excellent.  In part of your report,

11 Dr. Etminan, you go through a Bradford Hill

12 analysis?

13     A      Yes.

14     Q      Is a Bradford Hill analysis something

15 that you do in your professional capacity outside of

16 serving as an expert for litigation?

17     A      I mean, I use the criteria set by

18 Bradford Hill to when I'm looking for -- or asking

19 questions as part of my research on whether Drug A

20 causes, you know, outcome Y, because I feel like it

21 is relatively complete, and it has a lot of the sort

22 of variables that one needs to consider when

23 deciding on a cause --

24              THE COURT REPORTER:  On a cause of

25      what?

CONFIDENTIAL

                                                      Page 161

1                 THE WITNESS:  Causal question.

2                 THE COURT REPORTER:  Thank you.

3    BY MR. GALLAGHER:

4         Q        Have you published papers that present

5    the Bradford Hill analysis?

6         A        I can't remember off the top of my

7    head, but most of my papers are original research,

8    which means I am -- I am not really asking a causal

9    question based on the available evidence.  I'm

10   asking a causal question, say, on the drug that's

11   never been asked before.  So, you know, the

12   Bradford Hill doesn't necessarily apply to those

13   types of questions.  But I have used it as part of

14   my research when I'm reviewing a topic.

15        Q        So when you say most of your

16   research -- I will ask you a new question.  Strike

17   that.

18                 When you say most of your research is

19   the type of research that Bradford Hill wouldn't

20   apply to, why is that?

21        A        Because Bradford Hill, again, is a

22   method used to establish causality on questions

23   where there is evidence already.  And so one uses

24   this criteria with that evidence to see whether

25   there's a causal link between that drug and that

CONFIDENTIAL

Page 162

1    outcome.

2              If I'm doing an original study where

3    no one has looked at the question, you know, before,

4    or there isn't a lot of evidence and I am the

5    actual -- the only person or the very few people who

6    are actually trying to answer the question, then the

7    Bradford Hill doesn't really apply to these types of

8    original research studies.

9              MR. GALLAGHER:  I'd like to mark as

10         the next exhibit, Exhibit 19, an article by

11         Bradford Hill that you cited in your report.

12         Let me know when it shows up.

13              (Whereupon, Exhibit 19 was marked for

14         Identification.)

15              THE WITNESS:  Okay.  Oh, sorry.  I'm

16         still -- I'm still waiting.

17    BY MR. GALLAGHER:

18         Q       Okay.  Did it just pop up now?

19         A       It did now, yeah.

20         Q       Okay.  If we can share the first page

21    of this article.  So this is an article by a

22    professor from the University of London,

23    Sir Austin Bradford Hill, right?

24         A       Right.

25         Q       And the title of the article is, "The

CONFIDENTIAL

Page 163

1    Environment and Disease Association or Causation,"

2    right?

3        A        Right.

4        Q        And this is -- the article

5    originally -- this is a republication of an article

6    first published in 1965 where Sir Bradford Hill lays

7    out the factors that he feels are appropriate to

8    evaluate in assessing the causation question, right?

9                MR. NIGH:  Object to form.

10               THE WITNESS:  Yes.

11   BY MR. GALLAGHER:

12       Q        You agree with me that association is

13   different from causation, right?

14       A        Generally speaking, all the causations

15   are associations, but not all associations are

16   causations.

17       Q        All right.  Can you say that again?

18       A        All causations are associations, but

19   the reverse is not true; so not all associations are

20   causations.

21       Q        Okay.  I just wanted to make sure that

22   I understood you properly.

23               So those are -- there can be

24   associations that are observed where there's not a

25   causal connection between the exposure and the

CONFIDENTIAL

Page 164

1  result?

2      A       Yes.

3      Q       Correct?

4      A       That's called an association, yeah.

5      Q       And the numbers -- or the variables

6  that we have been discussing today, like relative

7  risk and hazard ratio, those are a measure of

8  association, right?

9      A       No, those are measures -- or they are

10 measures of effect.  So you could have an effect of,

11 let's say, a hazard ratio of 10 that's -- from a

12 study that only shows an association, or it can show

13 a hazard ratio of 10 from a study that shows

14 causation.

15             So the hazard ratio and the rate ratio

16 is mainly the effect size, the -- the -- the

17 magnitude of the effect.  Whether it's an

18 association or a causation comes to, you know, the

19 variables discussed by Bradford Hill and also, you

20 know, presence of confounding and all the other

21 principals that we've discussed.

22     Q       Okay.  And when you say it's a measure

23 of the magnitude of the effect, it's -- the hazard

24 ratio, as a variable being measured, is not of

25 itself measuring causation.  You have to go through

CONFIDENTIAL

Page 165

1   the...

2       A       One of the criteria set by

3   Bradford Hill and also --

4               THE COURT REPORTER:  And also the

5       what?

6               THE WITNESS:  There has to be an

7       effect from the exposure to classify whether

8       it's a -- you know, if it's -- if a drug is --

9       has a relative risk of 1 with respect on

10      outcome, that drug is not causing that outcome.

11      So that -- that magnitude has to be more than

12      1.

13              But on top of that, that -- you know,

14      that magnitude that's greater than 1 also has

15      to have other criteria that Bradford Hill has

16      talked about to be classified as a causal link.

17  BY MR. GALLAGHER:

18      Q       Okay.  Looking at the -- the first

19  page on the right-hand column going through the nine

20  factors that Bradford Hill lists, the first factor

21  he lists is strength.  Do you see that?

22      A       Yes.

23      Q       And so is this what -- what you're

24  referring to in terms of the greater the magnitude

25  of the association, the more evidence there is that

CONFIDENTIAL

Page 166

1    the association may actually be a causal

2    relationship?

3          A          Right.  It's one of the criteria, yes.

4          Q          It's just one of the criteria.  Okay.

5                     And Sir Bradford Hill gives an example

6    of an association -- occupations of patients with

7    scrotal cancer versus occupations of patients

8    presenting with other diseases.  And the mortality

9    of chimney sweeps --

10                    THE COURT REPORTER:  I'm sorry.  The

11        mortality of what?

12   BY MR. GALLAGHER:

13         Q          Of chimney sweeps from scrotal cancer

14   was some 200 times that of workers who were not

15   specially exposed to tar or mineral oils.  Do you

16   see that?

17         A          Yes.

18         Q          And so that's an example of a strong

19   association where the magnitude of the observed

20   association is high enough that it's much more

21   suggestive of a causal relationship, right?

22         A          Right.

23         Q          And so if we're looking at hazard

24   ratios that are perhaps above -- the observed hazard

25   ratio is above 1, it's like 1.5, that's less

CONFIDENTIAL

Page 167

1   suggestive of a causal relationship without --

2   without more, right?

3               MR. NIGH:  Object to form.

4               THE WITNESS:  Again, I disagree.  It's

5        not a -- it's not a one-size fit all sort of

6        assumption to make.  A hazard ratio of 1.5 that

7        meets the other criteria set by Bradford Hill

8        and also other -- it also satisfies, you know,

9        minimal bias in terms of a study having a

10       minimal amount of biases.  One can still infer

11       that there is a causal link.  I mean, the 200

12       times is a very rare example that he mentions,

13       and I have never seen any drug or any exposure

14       to having 200 times of the risk.  That's an

15       extreme.

16               It's a good teaching example, but in

17       real life, I have never seen anything that can

18       cause that much of a magnitude.  So that's

19       really not a -- that level should not really be

20       set as a -- as a sort of standard of effect

21       sizes for causality.

22   BY MR. GALLAGHER:

23       Q       Sure.  I mean, additional --

24   Sir Bradford Hill goes on to provide an additional

25   example of the death rate from cancer of the lung in

CONFIDENTIAL

Page 168

1    cigarette smokers as nine to ten times the rate of

2    nonsmokers.  And the death rate in heavy smokers is

3    20 to 30 times as great, right?

4        A       Uh-huh.

5        Q       So that's just another example.

6                I guess my only question is -- is to

7    understand how this factor is evaluated.  If you

8    have a relative risk -- observed relative risk of

9    1.5, that is for this factor not as suggestive for a

10   causal relationship as if the relative risk is like

11   for cigarette smoking, 10 times or 20 to 30 times?

12               MR. NIGH:  Object to form.

13               THE WITNESS:  No.  I wouldn't say

14           that, you can't -- if it's 1.5 and, again, all

15           the other criteria have been met, I don't think

16           you can say it's -- it's not causal.  We can

17           say that a relative risk of 10, again, with

18           everything being checked in and checked out

19           with all the other criteria, just talking about

20           the effect size, a relative risk of 10 is -- is

21           suggestive of a stronger causal link than the

22           1.5.  But you can disregard the 1.5 risk,

23           especially if you're making a population,

24           because the 1.5 risk of a disease in the large

25           population can lead to -- even though it's a

CONFIDENTIAL

Page 169

1           small number, but it can -- because the

2           population is large, it can lead to a

3           significant number of cases.  So I think,

4           again, you can't generalize it in that fashion.

5     BY MR. GALLAGHER:

6           Q       So is what you're saying is you

7     essentially don't -- from your perspective, you

8     don't apply this factor of evaluating the strength

9     of the association because there -- you know, there

10    can be an association no matter what the relative --

11    observed relative risk is?

12                  MR. NIGH:  Object to the form,

13          mischaracterizes testimony.

14                  THE WITNESS:  No.  I definitely look

15          at it -- I definitely look at event sizes, but

16          I don't have a threshold to say, you know, if

17          it's not close to 200, then I'm not going to

18          consider it as a causal link.  I would say

19          again, and this is -- a lot of scientists,

20          epidemiologists, use a relative risk of 2.

21          Some use 1.5.  I would say anything greater

22          than 1.5 that satisfies the other criteria

23          would be -- or higher, would be -- would

24          satisfy this effect size criteria of

25          Bradford Hill.

CONFIDENTIAL

Page 170

1   BY MR. GALLAGHER:

2        Q        Okay.  But you would agree with me

3   that if the observed relative risk is 1.5, that you

4   would want more additional information from the

5   other factors to infer causal relationship than

6   perhaps you would insist on if the observed relative

7   risk was 20 or 200?

8        A        Again, the other -- the other factors

9   are independent of the effect size.  I mean, you can

10  have an effect size of 100, but if the other factors

11  do not satisfy -- are not satisfied, just because

12  you have an effect size of 200, you cannot say

13  there's a causal link because the temporality may

14  not be there.  The analogy may not be there.  The

15  biases could be there.

16             So again, the magnitude of effect size

17  has to be there, but there is no set standard.  And

18  it doesn't -- it's not the only variable that we

19  look at.

20       Q        Okay.  Moving on to on Page 33, the

21  right-hand column, the second Bradford Hill factor

22  is consistency?

23       A        Yes.

24       Q        And under "Consistency" for

25  Bradford Hill --beneath that in the paragraph, if we

CONFIDENTIAL

Page 171

1   can include the -- and the paragraph right below

2   that as well.

3            So Sir Bradford Hill says that, "This

4   requirement may be of special importance for those

5   rare hazards singled out in the section's terms of

6   reference," right?

7            Do you see that?

8       A       Uh-huh.

9       Q       What is your understanding of how

10  the -- this factor of consistency is applied?

11      A       Again, I think Bradford Hill, as you

12  have it on -- on the screen, he mentions is -- he

13  means by consistency, has it been repeated in

14  different persons, in different places,

15  circumstances.  So is it perhaps consistent with

16  being observed or seen?

17           And so that's -- that's what I also

18  take -- take it to mean, that is this -- is this

19  effect that I'm seeing, has it been seen in other

20  settings or in other studies.  It doesn't mean that

21  it has to be observed in every single study, but is

22  it -- is it just a one-time event, or is it being

23  observed in other settings as well.

24      Q       Okay.  And so that would be like, for

25  example, there's -- where there's multiple studies

CONFIDENTIAL

Page 172

1    designed in different ways that are showing -- that

2    are showing the same relationship, right?

3        A        Yes.  And I also would include even

4    animal studies as well, because they also -- I mean,

5    I know that's far more biologic plausibility.  But

6    if there is studies repeating -- like, repeatedly

7    showing that there is cancer within carcinogenic

8    animal studies, I think that should also be part of

9    consistency as well.

10       Q        Okay.  And if you see over on Page 34,

11   the next page, the top -- the left-hand column at

12   the top, again discussing consistency,

13   Sir Bradford Hill says, "I would, myself, put a good

14   deal of weight upon similar results reached in quite

15   different ways, e.g., prospectively and

16   retrospectively."

17                Do you see that?

18       A        Yeah.

19       Q        And so from -- from his perspective,

20   looking at studies, both studies that may be looking

21   retrospectively but also studies that are being done

22   prospectively, is significant to him in terms of

23   determining whether an association -- whether this

24   factor of consistency is met, right?

25                MR. NIGH:  Object to form.

CONFIDENTIAL

Page 173

1              THE WITNESS:  Yeah.

2     BY MR. GALLAGHER:

3         Q        The third factor over on the

4     right-hand column of -- of this Page 34,

5     specificity?

6         A        Yes.

7         Q        And this factor -- and this factor is

8     looking at whether there's a specific association

9     between the -- disease and an exposure; is that

10    right?

11        A        Yes.

12        Q        And then at the bottom of Page 34, the

13    fourth factor is temporality.  So this is a question

14    of -- of timing, right?

15        A        Yes.

16        Q        Does the -- does the exposure come

17    before the outcome, right?

18        A        Yes.

19        Q        And with respect -- when -- when the

20    outcome that you're looking at is cancer, for -- for

21    temporality a part of the question would be does the

22    exposure come before the subject gets -- gets

23    cancer, right?

24        A        Yes.

25        Q        And there's also, specifically with

CONFIDENTIAL

Page 174

1  respect to cancer, because it can be slower to

2  develop, typically subjects are exposed to many

3  factors, including environmental factors, that come

4  before they develop cancer?

5            MR. NIGH:  Object to form.

6            THE WITNESS:  Well, I mean,

7        temporality is just focusing on does the

8        exposure come before the outcome, really.  It's

9        not talking about one exposure, different

10       exposure.  It's -- I mean, obviously, if -- if

11       the exposure came after the outcome, then

12       that's -- there's no causal link.  So there has

13       to be -- the exposure has to come before the

14       outcome to -- to show a cause and effect

15       relationship.

16  BY MR. GALLAGHER:

17       Q        Okay.  Going on to Page 35, the fifth

18  factor is called biological gradient.

19       A        Yes.

20       Q        This is referring to essentially a

21  dose response relationship; is that right?

22       A        Yes.

23       Q        That the greater the level of

24  exposure -- if the -- if the risk of the outcome

25  increases with increase in the level of exposure,

CONFIDENTIAL

Page 175

1    that can be one -- one factor that is indicative of

2    a causal relationship, right?

3        A        Yes.

4        Q        Moving on to the bottom of that

5    column, the sixth factor is plausibility.

6        A        Yes.

7        Q        For this factor, it's just a question

8    of is the -- is there a suggestion that it's

9    biologically plausible that the exposure is

10   associated with the outcome -- or that the exposure

11   is a causation of the outcome, right?

12       A        Yes.

13               MR. NIGH:  Form objection.

14               THE WITNESS:  It asks -- it basically

15           asks is there a plausible mechanism for this

16           cause to -- for this exposure to cause the

17           outcome.

18   BY MR. GALLAGHER:

19       Q        Okay.  And then the -- the -- moving

20   on to the right-hand column of Page 35 the seventh

21   factor is coherence. In your mind, how is coherence

22   different from plausibility?

23       A        So coherence to me is whether --

24   whether there is a length between the plausibility,

25   the basic science studies, and the --

CONFIDENTIAL

Page 176

1              THE COURT REPORTER:  I'm sorry.  The

2        what and the clinical studies?

3              THE WITNESS:  If -- if there is a --

4        if there is a link or there is a nice flow, if

5        you will, from the basic science animal studies

6        and the clinical/epidemiological studies.

7   BY MR. GALLAGHER:

8        Q        Okay.  Moving on to the bottom of

9   this, Page 35, in the right-hand column, the eighth

10  factor is experiment.  And essentially this is

11  looking for experimental evidence, right?

12       A        Yeah.

13       Q        And that's experimental evidence

14  that's different from -- it's not looking at an

15  observational study but a true experiment or

16  randomized control trial, right?

17              MR. NIGH:  Form objection.

18              THE WITNESS:  Yeah.  I mean, again, I

19        don't think it's clear enough on that, but most

20        people take it to mean that it means a true

21        experiment and, you know, in a randomized trial

22        or an RCT.

23       Q        And then on -- going on to Page 36,

24  the ninth -- the ninth factor is analogy, right?

25       A        Yes.

CONFIDENTIAL

Page 177

1      Q          And this is just a question of are

2    there -- I guess, what's your understanding of how

3    this factor of analogy is applied?

4      A          I'm just going to refer to my report

5    just to refresh my memory.

6      Q          Sure.  It's on Page 27.

7      A          Right.  So analogy means that is there

8    any evidence that carcinogens that are similar

9    chemically, you know, similar in the chemical

10   structure of the carcinogen in question also cause

11   cancer.  So sometimes people refer to it as a class

12   effect, for example.  So if one drug can cause an

13   adverse event, then that -- sometimes, it's a class

14   effect so that the group of drugs in that class of

15   drugs can also cause that adverse event, which

16   strengthens the analogy -- analogy argument.

17             But it generally means whether -- if

18   we talk about the carcinogen, whether other

19   carcinogens that are similar in structure also --

20   have also shown to cause cancer.

21     Q          Okay.  Let's go up ahead and pull up

22   your report, section -- report Page 29, and we can

23   look at the table.  And if you want to refer back to

24   Pages 27 or 28, please -- you know, please feel free

25   to.

CONFIDENTIAL

Page 178

1           So I guess -- Sir Bradford Hill

2    presented these -- one question -- Sir Bradford Hill

3    presented these factors in a -- in a particular

4    order.  The first being strength, then consistency,

5    then specificity, then temporality, then biological

6    gradient, then plausibility, then coherence, then

7    experiment and then analogy, right?

8           A        Right.

9           Q        And you haven't followed that -- that

10   pattern.  Is there any particular why -- particular

11   reason why?

12                  MR. NIGH:  Form objection.

13                  THE WITNESS:  No, I don't think -- I

14          don't think the pattern is important.  I think

15          it's the presence or the status of these

16          variables that's important, not -- not -- I

17          mean, it's not a temporal exercise.  It's

18          whether this variable exists, whether an

19          analogy exists, whether temporality exists.

20   BY MR. GALLAGHER:

21          Q        Okay.  With respect to -- with respect

22   to the data that's in here, you've only included the

23   Hidajat study, right?

24          A        Yes.

25          Q        You haven't included the studies or

CONFIDENTIAL

Page 179

1   referred to the studies that suggest that there

2   may -- that there was not a statistically

3   significant observation of an association, right?

4                    MR. NIGH:  Form objection.

5                    THE WITNESS:  Again, we have talked

6        about statistical significance.  It's not a --

7        it's not a -- statistical significance has not

8        -- has nothing to do with the Bradford Hill

9        criteria.

10                   I have included the Hidajat because I

11       felt that it satisfies this criteria more than

12       the -- in this table.  But I have included

13       the -- the data from the dietary studies in my

14       assessment from all the variables as well.

15   BY MR. GALLAGHER:

16       Q       And the data -- the data that you're

17   showing for strength of evidence, I guess -- where

18   are you getting that data from?  That's just --

19   strike that.

20                   The data that you're presenting for

21   strength of evidence is just the odds ratios that

22   were reported from the Hidajat study, right?

23       A       It's the hazard ratios of the highest

24   versus lowest NDMA categories.

25       Q       From the Hidajat study, right?

CONFIDENTIAL

Page 180

1      A       Yes.  Yes.  It actually says in it on

2    the -- on the bottom of the table.

3      Q       Sure.  So are you looking at the first

4    footnote, I guess, where there's the carat?

5      A       Yes.

6      Q       The numbers are --

7              THE COURT REPORTER:  I'm sorry.  The

8        numbers are what?

9              MR. GALLAGHER:  Numbers are from the

10       study by Hidajat only.

11   BY MR. GALLAGHER:

12     Q       Is that correct?

13     A       Yes.

14     Q       And that carat is actually next to

15   dose response.  And dose response is presented --

16   these data I think as you said, is the hazard ratio

17   of the NDEA --

18     A       Yes.  I mean, the dose response

19   analysis is -- is the strength of the evidence,

20   because they only, pretty much, did a dose response.

21   So they -- they don't have a category of just other

22   use -- you know, other risks of cancer with NDMA.

23   They looked at a dose response, so that's -- that's

24   why I could see the numbers duplicated because

25   they're pretty much the same.

CONFIDENTIAL

Page 181

1      Q        So you essentially treated those --

2    you treated those factors as the same, not

3    different?

4      A        Right.

5                MR. NIGH:   Form objection.

6    BY MR. GALLAGHER:

7      Q        In evaluating coherence, if we blow up

8    on Page 29, Section IX, which is just above the

9    table.

10     A        Yes.

11     Q        So you explain that from your

12   perspective, coherence examines whether there's a

13   link or coherence between basic science and

14   epidemiological evidence, right?

15     A        Yes.

16     Q        And then in your -- but then in

17   applying that, you say, "All nine cancers have been

18   shown to have a causal link from well-designed large

19   epidemiologic, occupational and scientific studies."

20               It seems like you're assuming a causal

21   link from the epidemiologic, occupational and

22   scientific studies, right?

23               MR. NIGH:   Form objection.

24               THE WITNESS:   Well, that's -- I mean,

25        that's -- that's where my -- I mean, I talk

CONFIDENTIAL

Page 182

1          about this in my opinion.  Here, I use the word
2          "causal" because they -- you know, if you look
3          at the strength of the -- of the evidence and
4          ratios and also the other -- the categories of
5          Bradford Hill, they do satisfy the -- the
6          different categories.  And that's why I -- I
7          use the word "causal."
8                    Because when you get to coherence,
9          then I have also looked at biologic
10         plausibility, and analogy and all the other --
11         this -- this is the last criteria.  So I have
12         already looked at all the other criterion and
13         have, you know, determined my -- my opinion
14         that I do believe there is causal link.
15    BY MR. GALLAGHER:
16         Q        So you're not applying coherence.  By
17    the time you get here, you've decided there's a
18    causal link, and it's based specifically on the
19    strength of the association.  That's what you said?
20                    MR. NIGH:  Form objection,
21         mischaracterizes his testimony.
22                    THE WITNESS:  No.  I disagree with
23         that.  By the time I got to coherence, I have
24         looked at the other criteria as well.
25

CONFIDENTIAL

Page 183

1    BY MR. GALLAGHER:

2        Q        Right.  But how -- how are you

3    applying coherence here?

4                    MR. NIGH:  Form objection.

5                    THE WITNESS:  I am -- I am -- I'm

6            stating that there -- because there is a link

7            -- there is a causal link in terms of strength,

8            temporality, biologic plausibility, that

9            satisfies the coherence or the flow between the

10           basic science data and the clinical data.

11   BY MR. GALLAGHER:

12       Q        Okay.  The data that you had looked

13   at, though, were epidemiologic, occupational --

14   well, let's break those down.

15                    Epidemiologic and occupational

16   studies, so those are like the Hidajat study, Straif

17   study, right, the occupational studies?  Those are a

18   couple of occupational studies that you looked at?

19                    MR. NIGH:  Form objection, incomplete

20           question.

21                    You can answer.

22                    THE WITNESS:  And -- and the dietary

23           studies, yes.

24   BY MR. GALLAGHER:

25       Q        Okay.  So the dietary studies would be

CONFIDENTIAL

Page 184

1  epidemiologic studies; is that right?

2      A       Yes.

3      Q       Okay.  The dietary studies are not

4  occupational studies, right?

5      A       No.

6      Q       What are the basic scientific studies

7  that you're --

8      A       Those are the animal studies that have

9  shown NDMA can cause cancer.

10     Q       If we go back to Page 28, looking at

11  consistency, it's labeled VI.

12     A       Uh-huh.

13     Q       So, again, explain to me how you --

14  how you've applied consistency here?

15     A       Consistency means that there is basic

16  science evidence suggesting of cancer, the

17  causing -- the cancer-causing effects of NDMA in

18  animals, and the occupational studies, mainly

19  Hidajat.  And many of the dietary epi studies have

20  also shown that the -- the risk of cancer is

21  increased.  So that's the consistency.

22     Q       So you say -- you say, mainly Hidajat.

23  And in terms of consistency from Sir Bradford Hill,

24  it seems like he was wanting -- be wanting to look

25  at all of the studies, including studies that were

CONFIDENTIAL

Page 185

1    prospective and retrospective, right?

2               MR. NIGH:  Form objection.

3               THE WITNESS:  Hidajat was prospective,

4        it was a prospective cohort where they followed

5        men for 35 years.  We have the dietary studies

6        where they're a mixture, a mix of prospective

7        and retrospective.  And Bradford Hill does not

8        say that -- he says there has to be evidence

9        from, as you said, prospective and

10       retrospective.

11              He doesn't say there has to be, you

12       know, a consistent increase in risk in of all

13       of the studies that you have.  He's just

14       suggesting that there has to be evidence from a

15       mix of studies, which we do have here.

16   BY MR. GALLAGHER:

17       Q        So wouldn't it be relevant to this

18   factor of consistency, if there are studies that --

19   some studies show -- in some studies, they reach

20   statistical significance or an association, but that

21   there's other studies where there's no statistically

22   significant association?  Isn't that inconsistent

23   results?

24       A        Again, a statistical significant has

25   nothing to do with either the Bradford Hill criteria

CONFIDENTIAL

Page 186

1    or consistency.  And I think I've -- I've talked

2    about the caveats of interpreting statistical

3    significance.  So if you'd just give me a few

4    minutes, and I'll just read consistency from his

5    paper again.

6          Q        Sure.

7          A        I mean mainly what it says is, "I

8    would myself put a good deal of weight upon similar

9    results" from prospective and retrospective studies.

10                  Again, it doesn't say that all of

11   these results have to be consistently showing an

12   increased risk with that particular exposure.  So

13   he's -- he's quite -- he's quite general in his

14   statement, and we do have in this question a mixture

15   of prospective and retrospective epi -- epi and

16   occupational studies.

17         Q        So I'm not following.  I think you

18   said he's not requiring that the results are

19   consistently showing the same --

20         A        He's not --

21                  MR. NIGH:  Hold on.  Let him finish

22       his question.

23   BY MR. GALLAGHER:

24         Q        I'll start over.

25                  I heard you to say that your

CONFIDENTIAL

Page 187

1  interpretation of this, Doctor, is that

2  Bradford Hill is not requiring that the studies

3  consistently show the same observed association?

4              MR. NIGH:  Objection, form and

5         mischaracterizes his testimony.

6              THE WITNESS:  Let me clarify.  I'm

7         just reading from what he's saying.  "I would

8         myself put a good deal of weight upon similar

9         results reached in quite different ways, e.g.,

10        prospective and" -- "prospectively and

11        retrospectively."

12             And so -- so this -- I mean, this

13        report and the findings does meet this

14        criteria.  I have retrospective studies and

15        prospective studies.  And it doesn't talk about

16        the statistical significance or anything like

17        that at all.

18  BY MR. GALLAGHER:

19     Q      Well, but wouldn't it be relevant --

20  wouldn't it be relevant to this, Doctor, if there

21  are some studies that are concluding evidence of an

22  association based on statistical significance, but

23  there's other studies that are concluding no

24  evidence of an association?

25             MR. NIGH:  Form objection.

CONFIDENTIAL

Page 188

1              THE WITNESS:  Again -- the

2       Bradford Hill criteria is a method of looking

3       at the totality of the evidence.  You're rarely

4       going to have a situation where all the studies

5       that you have are consistently showing at one

6       direction with minimal limitations.  You're

7       gonna have a mixed bag.

8              And I think that's why his -- I mean,

9       the bar is quite low from what he's saying.  He

10      says, I want to see the, you know, results from

11      a mix of prospective and retrospective.  He's

12      not going into any detail about, you know, what

13      if some of them are negative, some of them are

14      positive, what's the statistical significance.

15      That's -- that's not -- at least that's not how

16      I read it.

17   BY MR. GALLAGHER:

18      Q       So from your perspective, this factor

19   of consistency, it's not relevant if, among the

20   studies that are being -- that have evaluated the

21   question, some of them are positive and some of them

22   are negative?

23              MR. NIGH:  Object to form,

24       mischaracterizes testimony.

25              THE WITNESS:  I think I -- I think the

CONFIDENTIAL

Page 189

1          ones that have the highest weight and the

2          stronger methodology, I think if those studies

3          are showing an association -- plus there's, you

4          know, evidence from animal studies.  And as he

5          says there's a mixed bag of prospective and

6          retrospective.  That to me, has satisfied his

7          criteria.

8          Q       So again, if there's -- if there's a

9     mixed bag of some studies are positive and some

10    studies are negative, wouldn't you consider that to

11    be evidence of inconsistency?

12                 MR. NIGH:  Object to form.

13                 THE WITNESS:  In most situations,

14         you're gonna have a mixed bag of studies, as I

15         mentioned.  If -- if you wanted to apply

16         Bradford Hill to just questions that have only

17         positive studies, you wouldn't -- you wouldn't

18         be applying it a lot.  So it all depends if the

19         mixed bag, what -- you know, what -- what

20         quality of evidence comes from those -- those

21         mixed studies.

22                 And here, I think that the study by

23         Hidajat, has, you know, perhaps a high end

24         rate.  Plus the studies, the epi studies, and

25         plus the data from animal studies, satisfy the

CONFIDENTIAL

Page 190

1        consistency criteria.

2    BY MR. GALLAGHER:

3        Q        Okay.  Let's go to -- let's go to the

4    exhibit we were looking at early this morning, the

5    article you had written about personal use of hair

6    dyes and risk of cancer.

7        A        Can you please -- can you please

8    upload that again?

9        Q        Sure.

10                MR. GALLAGHER:  Can you put that back

11        in the chat?

12    BY MR. GALLAGHER:

13        Q        Do you have it?

14        A        Yes.

15        Q        Okay.  We had looked at this this

16    morning, and in this paper, you walk through the way

17    you structured the searches for this, right?

18        A        Yes.

19        Q        And then you established -- you

20    established inclusion criteria for collecting the

21    data, right?

22        A        Yes.

23        Q        And then you set forth the way in

24    which you did a quality assessment of the studies

25    that were inclusive, right?  And this is on

CONFIDENTIAL

Page 191

1    Page 2519.  It's the fourth page of the article.

2                     MR. NIGH:  Form objection.

3    BY MR. GALLAGHER:

4         Q        On the left-hand side.

5                  Do you see that where you're

6    describing the quality assessment that you had done?

7         A        Yes.

8         Q        And in that quality assessment, you

9    came up with a series of criteria that were used to

10   rank the quality of each of the studies; is that

11   right?

12        A        Yes.

13        Q        And you would have come up with this

14   quality assessment before deciding which -- which

15   studies were of higher quality and which were of

16   lower quality, right?

17                     MR. NIGH:  Form objection.

18                     THE WITNESS:  Usually, that's what

19        quality assessments are done for, yes, used

20        for.

21   BY MR. GALLAGHER:

22        Q        Okay.  Okay.  You haven't described

23   that type of quality assessment in your report for

24   evaluating the -- the studies that you decided to

25   include on which to base your opinions, have you?

CONFIDENTIAL

Page 192

1           MR. NIGH:  Form objection.

2           THE WITNESS:  I did not, because first

3      of all, as you can see here, we have a lot of

4      studies, that needs to be sifted through with

5      different methodologies.  In this case, I was

6      mainly faced with two types of studies.

7      Hidajat was one, and then the rest are all

8      dietary studies with dietary questionnaires and

9      very similar design.

10          So I preferred to kind of describe the

11     methodology, the limitations and strengths

12     rather than, you know, come up with a

13     quality -- quality score.

14 BY MR. GALLAGHER:

15     Q       So you haven't gone through this --

16 sorry -- this -- of having criteria to evaluate

17 these studies that you're relying on for quality,

18 and then --

19     A       No.  And again -- another -- another

20 reason is this --

21          MR. NIGH:  Sorry.  We couldn't hear

22     the question because someone coughed.  And that

23     happens, I know.  But can you please ask that

24     question again?

25          MR. GALLAGHER:  Sure.  No worries.

CONFIDENTIAL

Page 193

1    BY MR. GALLAGHER:

2        Q        So you haven't -- you haven't gone

3    through the process of having criteria to evaluate

4    the quality of the studies that you're including in

5    your report on which your opinions are based,

6    prospectively to describe the quality of each of

7    them, right?

8        A        Right.  And I believe I did reply as

9    to why.  And if I could also add, qualities --

10   although it was done here, and this was a quality

11   score that we just came up ourselves, it's not a

12   standardized quality score that's published.  We

13   just came up with it ourselves.

14               But there's really no evidence that a

15   quality score would necessarily improve the quality

16   of the review when -- you know, when the strengths

17   and limitations of the studies in the review are

18   discussed and sort of analyzed.  And with the fact

19   that, again, the studies are very similar in design,

20   I choose not to use the quality score.

21       Q        Okay.  When you say "they are similar

22   in design," I thought we had discussed earlier this

23   morning, that all of the studies have different

24   designs, right?

25       A        Well --

CONFIDENTIAL

Page 194

1            MR. NIGH:  Form objection.  Form

2       objection.

3            Go ahead.  You can answer.

4            THE WITNESS:  So, you have -- you have

5       pretty much one occupational study that I

6       relied on, and that's in Hidajat.  And I talked

7       about that extensively in more than a couple of

8       pages.  And then -- so that's obviously

9       different than the epi studies.

10           But then the epi studies are pretty

11       much very similar in design.  That's what I

12       meant.  So you have two types of designs,

13       occupational and epi.  And then the epi are

14       very similar in design.  They are all

15       questionnaire-based dietary studies.

16           So if I had a number of randomized

17       trials, a number of occupational studies, a

18       number of dietary epi studies and number of

19       studies on different designs, then that may

20       have warranted a quality score.

21           But because of the small number of

22       studies and -- and the -- and the fact that I

23       felt I could describe them, the strengths and

24       limitations and the fact that really, quality

25       scores, although intuitively, they look -- they

CONFIDENTIAL

Page 195

1           sound good for observational reviews, have not

2           really shown to improve the -- you know, to

3           change the quality of the review if that review

4           does contain a formal discussion of the

5           limitations and strengths of the studies

6           included.

7      BY MR. GALLAGHER:

8           Q       Okay.  Can we look at the Straif paper

9      again?

10          A       Sorry, which paper?

11          Q       Exhibit 7, Straif.

12                  This was another occupational study

13     looking at the workers in the rubber industry,

14     right?

15          A       Yes.

16          Q       On Page 19 of your report, you're

17     looking -- you're discussing your opinion with

18     respect to pancreatic cancer?

19          A       Yes.

20          Q       And you -- you criticize the Straif

21     study as being, in your opinion, underpowered to

22     examine pancreatic cancer deaths, right?

23          A       Yes.

24          Q       And that's because there were only 15

25     pancreatic cancer deaths in the cohort for the

CONFIDENTIAL

                                                    Page 196

1   Straif study, right?

2                  MR. NIGH:  Form objection.

3                  THE WITNESS:  Right.

4   BY MR. GALLAGHER:

5        Q        So isn't it -- isn't it the case that

6   at least for the cohort that Straif was looking at,

7   there weren't very many members of that cohort that

8   had pancreatic cancer or died from pancreatic

9   cancer, right?

10                 MR. NIGH:  Object to form.

11                 THE WITNESS:  So 15 cases only.

12  BY MR. GALLAGHER:

13       Q        Right.  So the -- the powering of the

14  study is -- is based largely off of sample size, and

15  the expected size of a potential association, right?

16                 MR. NIGH:  Form.  Form objection.

17                 THE WITNESS:  So there are about four

18       criteria for the power.  One of them is sample

19       size or, more specifically, number of events.

20  BY MR. GALLAGHER:

21       Q        Okay.  If you look -- let's look at

22  the Straif study, on Page 181, in the right-hand

23  column just above the table.

24       A        Okay.

25       Q        Do you see where they're describing

CONFIDENTIAL

Page 197

1    for this cohort, they "assessed exposure to total

2    nitrosamine because animal studies indicated linear

3    additive carcinogenicity for exposure to low

4    concentrations of different nitrosamines and because

5    assessment of exposure to specific nitrosamines

6    would not have been possible."  Right?

7        A        Okay.

8        Q        So for this -- for this study,

9    assessment of the exposure to specific nitrosamines

10   would not have been possible, right?

11       A        Right.

12       Q        If we go to Page 185 in the left-hand

13   column, the -- the top, the first full sentence,

14   they state, "We have discussed previously that the

15   increased risk of stomach cancer among rubber

16   workers was mostly found in work areas with

17   relatively low exposure to nitrosamine."

18                Do you see that?

19       A        What page is that?  I'm trying to look

20   at in my PDF.  What page is that?

21       Q        Sure.  It's Page 185.  185, the top

22   left-hand column.  Do you see that sentence where

23   they --

24       A        Yes.

25       Q        -- say, "We have discussed previously

CONFIDENTIAL

Page 198

1    that the increased risk of stomach cancer among

2    rubber workers was mostly found in work areas with

3    relatively low exposure to nitrosamine"?

4        A        Right.  And they reference two

5    studies.  Okay.

6        Q        So wouldn't that be inconsistent with

7    a suggestion that among rubber workers, it was

8    nitrosamine that was leading to an increased risk of

9    stomach cancer?

10                MR. NIGH:  Form objection.

11                THE WITNESS:  First of all,

12           nitrosamines are a more general, as you know,

13           chemical name that includes NDMA.

14                And I mean, here, I'm just reading one

15           sentence from the paper.  I have to go and read

16           the paper and see whether I believe those

17           results or not.  So I mean, that's what they're

18           saying.  I can't just go with what they're

19           saying.  I haven't reviewed those two articles.

20    BY MR. GALLAGHER:

21        Q        Okay.  But -- but at least these

22    authors who are reporting in this study that you

23    have chosen to include -- include in your report are

24    describing that from their perspective, they have

25    previously shown that any increased risk of stomach

CONFIDENTIAL

Page 199

1    cancer among rubber workers was mostly found in work

2    areas with relatively low exposure to nitrosamines,

3    right?

4                    MR. NIGH:  Form objection.

5                    THE WITNESS:  Again, even -- even in

6          this study, they only have 44 cases of stomach

7          cancer deaths, which leads to -- you know, as

8          expected, a very wide confidence interval.

9                    So if -- if that study that they're

10         mentioning is similar to this study, it may be

11         because, again, it -- it was a very low -- in a

12         small number of stomach cancer cases.  And

13         unlike Hidajat, it did not control for death by

14         other causes.

15                   So, yes, that's what they're saying,

16         but I don't -- I'm not sure if I, you know,

17         believe their -- their methodology.

18    BY MR. GALLAGHER:

19         Q        Okay.  Back to your report, Page 19

20    over to Page 20?

21         A        I'm sorry.  Can I just mention -- can

22    we -- after you ask your question on Page 19, can we

23    take a ten-minute break?

24         Q        Sure.  Absolutely.

25                   Let me just ask this quick question,

CONFIDENTIAL

Page 200

1    and then -- and then we'll take a break.

2                   So you discount the Straif study and

3    are relying on the Hidajat study with respect to

4    your opinions for pancreatic cancer, right?

5                   MR. NIGH:  Form objection.

6                   THE WITNESS:  For pancreatic cancer, I

7        also do mention the Zheng study and I mention

8        the Fritz -- Fritschi study.

9        Q        What's the -- what's the second study

10   you just referred to, Fritschi?

11       A        Yeah.

12       Q        Well, the -- the Fritschi study,

13   F-r-i-t-s-c-h-i, you'll agree with me did not find

14   an association --

15       A        That's correct.

16       Q        -- between nitrosamines and pancreatic

17   cancer, right?

18       A        That's right.

19       Q        And you discounted the Straif study,

20   which also did not show an association of NDMA -- or

21   of nitrosamines and pancreatic cancer, right?

22                   MR. NIGH:  Form objection.

23   BY MR. GALLAGHER:

24       Q        And you do rely on the Hidajat study

25   in support of your opinion regarding the association

CONFIDENTIAL

Page 201

1    of NDMA and pancreatic cancer, right?

2        A        And -- and Zheng.

3        Q        Sure.  Okay.  I'll get to Zheng in a

4    minute.

5        A        Okay.

6        Q        So -- but the Hidajat study as we

7    discussed earlier today, was one of occupational

8    exposure where the exposure is primarily inhalation

9    or contact through skin, right?

10       A        Yes.

11       Q        Okay.

12                MR. GALLAGHER:  Why don't we take a

13           ten-minute break now, and we'll pick up with

14           the Zheng study when we come back.

15                THE WITNESS:  Sure.

16                THE VIDEOGRAPHER:  The time is now

17           2:30.  This ends Media Unit Number 4.  We're

18           going off the record.

19                (Whereupon, a short break was taken.)

20                THE VIDEOGRAPHER:  The time is now

21           2:49.  This begins Media Unit Number 5.  We're

22           back on the record.

23    BY MR. GALLAGHER:

24       Q        Dr. Etminan, I'm going to mark as

25    Exhibit 20 an article by Zheng, Z-h-e-n-g entitled

CONFIDENTIAL

Page 202

1    "Dietary N-nitroso Compounds and Risk of Pancreatic

2    Cancer:  Results From a Large Case Control Study."

3                    (Whereupon, Exhibit 20 was marked for

4         Identification.)

5                    THE WITNESS:  Which exhibit is this?

6         Sorry, 37?

7         Q         Exhibit 20.

8         A         Oh, 20.  Okay.

9         Q         It's Exhibit 20.  It is -- you have

10   cited it on Page 20 of your report, and it's

11   Reference 37 from -- from your report.

12                    If we go to Page 258, Table 2?

13        A         I'm sorry.  Can you just give me

14   30 seconds to find this in my report?

15        Q         Sure.  It's on Page 20 of your report.

16        A         Oh, 20, okay.

17        Q         And if you want we can -- sorry to --

18   we can --

19        A         On Page 20 is -- on Page 20, I talk

20   about Zheng and Straif, Loh.  I don't see Jane.

21        Q         Z-h-e-n-g.

22        A         Oh, Zheng.

23        Q         Sorry.  My apologies if I'm

24   mispronouncing it.

25        A         That's all right.

CONFIDENTIAL

Page 203

1              So it's number, which one, sorry.

2      Q      It's Exhibit 20.

3      A      Is it uploaded?

4      Q      I believe it is now.

5      A      All right.

6      Q      Do you see it?

7      A      Yes, I see it.

8      Q      Okay.  If we go to Page 258, Table 2.

9      A      Yeah.

10     Q      And Table 2 is presenting "Adjusted

11   odds ratios and 95 percent confidence intervals for

12   pancreatic cancer risk according to quartiles of

13   consumption of certain N-nitroso compounds," right?

14     A      That's right.

15     Q      And if we -- if you look down to NDMA,

16   the adjusted odds ratio for NDMA exposure as -- in

17   association with pancreatic cancer is 0.13, right?

18     A      Yes.

19     Q      That's essentially evidence of no

20   association between exposure to NDMA and risk of

21   pancreatic cancer in this study, right?

22     A      For the general NDMA, yes.

23     Q      Okay.  For the general NDMA.  And then

24   if we look at -- it also separately presents an odds

25   ratio for NDMA from plant source, right?

CONFIDENTIAL

Page 204

1          A        Yes.

2          Q        And the adjusted odds ratio for NDMA

3     from plant sources is 1.93; is that right?

4          A        Yeah.

5          Q        And then separately, it breaks out

6     NDMA from animal sources and the adjusted odds ratio

7     for risk of pancreatic cancer and exposure to NDMA

8     having an association of 1.7, right?

9          A        Right.

10         Q        So for exposure to NDMA from animal

11    sources that's, again, evidence of no association

12    between exposure to NDMA from animal sources and

13    risk of pancreatic cancer, right?

14         A        Yeah.

15         Q        So don't you think these results

16    are -- at a minimum, the results for plant NDMA from

17    plant sources are inconsistent with the results for

18    NDMA and results for NDMA from animal sources,

19    right?

20               MR. NIGH:  Form objection.

21               THE WITNESS:  It is inconsistent, but

22         I think that's something that should be -- I

23         mean, you can't disregard it.  I mean, they

24         are -- they are not consistent.  But if you

25         can't -- you can't disregard the fact that

CONFIDENTIAL

Page 205

1          there is a signal with plant sources, but of

2          course, not with NDMA from animal sources.

3    BY MR. GALLAGHER:

4          Q          Okay.  And -- and we also can't

5    disregard that the data for NDMA is showing no

6    association of exposure to NDMA and risk of

7    pancreatic cancer, right?

8                    MR. NIGH:  Form objection.

9                    THE WITNESS:  Well, it -- it -- it

10          shows -- it doesn't show a risk for general

11          NDMA, right.

12   BY MR. GALLAGHER:

13         Q          Okay.  You'd agree with me that the

14   exposure to NDMA from valsartan is not exposure to

15   NDMA from plant sources, right?

16                    MR. NIGH:  Object to form.

17                    THE WITNESS:  And it's not from

18          animals either.  But I mean, the molecule --

19          the molecule is the molecule.  So I don't know

20          if -- whether it comes from the plant -- I

21          mean, it comes from the plant.  But in the

22          body, it gets broken down to the chemical NDMA.

23          So whether it comes from a plant or any other

24          source, I don't think that really matters that

25          much.

CONFIDENTIAL

Page 206

1              It's just like, you know, getting

2        protein from dairy or from meat.  Once it's

3        broken down to its amino acids, it's -- it's

4        protein in the body.  It does what it's

5        supposed to do.

6  BY MR. GALLAGHER:

7        Q        Okay.  Do you have any explanation for

8  why they might observe from plant sources NDMA, a

9  hazard ratio of 1.93, but for NDMA generally and

10  NDMA from animal sources, there's no evidence of

11  association?

12        A        I -- I don't.  But again, I think that

13  it -- I mean, it is a piece of evidence that should

14  be looked at in -- in -- in the grand scheme of all

15  the evidence.  And that's why I did talk about it in

16  my report.  I mentioned that no association with

17  animal studies -- with the animal sources, but also

18  did mention with the plant sources.

19              So I think it's one piece of the

20  puzzle that should be -- should be looked at.  If --

21  if the plant source was also a negative, then I

22  would say we can disregard it.  But since the plant

23  source does show a signal and maybe we can't really

24  explain why.  But we can't really disregard the

25  signal.

CONFIDENTIAL

Page 207

1       Q        So you said if the plant sources were

2    negative, then we could disregard it.  Are you

3    disregarding studies that show no association?

4                    MR. NIGH:  Object to form,

5          mischaracterizes testimony.

6                    THE WITNESS:  No, but what I meant to

7          say is that if the plant source was also -- was

8          showing a negative association, we could say

9          that NDMA in the study does not show a link.

10         But -- but it -- but it does show a link from

11         plants and not animals.  So we can't totally

12         disregard it because of that reason.

13   BY MR. GALLAGHER:

14       Q        Okay.  Is it possible that there's

15   some unmeasured confounding factor for those who are

16   getting NDMA from plant sources that explains the

17   inconsistency in this data?

18       A        I mean, I can't think of a measured

19   confounder that only affects plant users, but I

20   mean, I don't know.  I -- I wouldn't speculate.

21       Q        Is it possible that there's some

22   factor for which there's an interaction with NDMA

23   that those who are -- have a diet higher in plant

24   sources than NDMA have -- that hasn't been measured

25   here, and that's creating the inconsistency in the

CONFIDENTIAL

Page 208

1   results?

2       A       I mean, I -- that's the next -- I

3   don't -- again, I don't want to speculate.  It's not

4   really within my expertise to -- to opine on.

5       Q       Okay.  So getting back to your report

6   with respect to pancreatic cancer, as we talked

7   about on Pages 19 and 20, you cite to the Fritschi

8   article?

9       A       Yes.

10      Q       Which reported no association of

11  nitrosamines and pancreatic cancer.

12              You cite to the Straif article, which

13  again found no evidence of an association between

14  nitrosamines --

15      A       Again, just to clarify, Straif was

16  inconclusive because of a very small number of

17  cases.  And Fritschi, I do explain the limitations

18  in my report.

19      Q       Right.  Okay.  But neither of those --

20  neither of those are supportive -- are evidence for

21  an association of NDMA with pancreatic cancer,

22  right?

23      A       Correct.

24      Q       And then you cite the Hidajat study,

25  which we have discussed previously, right?

CONFIDENTIAL

Page 209

1      A        Yes.

2      Q        And then the Zheng study, which we've

3  just looked at, for NDMA generally, is showing no

4  evidence of an association of NDMA and pancreatic

5  cancer, right?

6      A        For general NDMA, yes.

7      Q        Okay.  So you've cited four articles.

8  Three of them have no evidence for an association.

9  One of them where the mechanism -- method of

10  exposure was through inhalation or skin contact more

11  than oral.

12          And it's essentially on the basis of

13  that -- that one study that you're concluding the

14  dietary and occupational evidence demonstrates an

15  increase in the risk of NDMA and NDEA with

16  pancreatic cancer, right?

17      A        Yes.  So I say the -- so I say the

18  constellation of animal studies, the -- the large

19  occupational studies that probably has a higher rate

20  in terms of methodology and one increased risk of

21  NDMA plant-based on one study.  I'm kind of looking

22  at the totality of the evidence for that.

23          THE COURT REPORTER:  Counsel, I'm

24      sorry.  I need to just -- I need to take one

25      minute.

CONFIDENTIAL

Page 210

1          MR. GALLAGHER:  Okay.  Can we go off

2     the record?

3          THE VIDEOGRAPHER:  The time is now

4     3:02.  We're going off the record.

5          (Whereupon, a short break was taken.)

6          THE VIDEOGRAPHER:  The time is now

7     3:03.  We're back on the record.

8          Mr. Gallagher, I think you're on mute.

9          MR. GALLAGHER:  Sorry.  Thank you.

10   BY MR. GALLAGHER:

11        Q        Dr. Etminan, I want to explore this

12   concept of totality of evidence with you.

13        A        Okay.

14        Q        So with -- with respect to pancreatic

15   cancer, you have cited to three studies that show no

16   evidence of an association of NDMA with pancreatic

17   cancer.  And you cite to one article again where the

18   method of exposure was primarily inhalation or skin

19   contact, not oral.

20          And based on that one study, you're

21   telling us that the totality of evidence is

22   supportive of an association of exposure to NDMA and

23   the risk for pancreatic cancer; is that right?

24        A        So --

25          MR. NIGH:  Object to form.

CONFIDENTIAL

Page 211

 1                 Hold on.  Let me make my objection,

 2         please.

 3                 Object to form, and mischaracterizes

 4         testimony.

 5                 THE WITNESS:  So totality doesn't mean

 6         just looking at what -- how many positive

 7         studies you have and how many negative studies

 8         you have.  First of all, I -- I included three

 9         negative studies because they included my --

10         they met my search criteria in my report.  And

11         so I had to talk about them, and I -- they were

12         negative, and I had to talk about the

13         limitations.

14                 And one of those three studies is

15         Straif that -- that you mentioned, could not --

16         with 15 cases, could not really study the

17         question.  So it wasn't really a negative

18         study.  It wasn't a well-designed study that

19         led to a negative results.  It was a very small

20         study that could not answer the question.

21                 Fritschi also combined different

22         exposures.  I talked about the limitations of

23         that study.  And the -- when I say totality,

24         yes, I believe that the study by Hidajat

25         carries more of the weight because it was very

CONFIDENTIAL

Page 212

1          long follow-up, good sample size.  Yes, it

2          wasn't oral NDMA.  I don't think we could ever

3          have an oral -- orally-based NDMA exposure

4          study that's well designed and can follow

5          patients for a long time.  I think logistically

6          and ethically, that's impossible.

7                    But the -- over time, the data that we

8          have from animal studies and other data over

9          time, exposure to skin and lungs can lead to

10         systemic absorption of NDMA.

11                    So to answer your question, it is not

12         just three negative, one positive, I decided on

13         the positive.  It's -- it's the quality of the

14         event.  It's the weight of the evidence that

15         goes into that decision.

16     BY MR. GALLAGHER:

17         Q         Well, wouldn't the dietary studies be

18     looking at oral -- oral exposure to NDMA to the

19     extent they're being based on assumptions of the

20     estimates for the amount of NDMA in particular

21     foods?

22         A         Yes, they do.  But, again, they also

23     have limitations that, for example, Hidajat did not.

24     And then most of their limitation would be -- that's

25     why potentially it's that some of them are negative

CONFIDENTIAL

Page 213

1    is the -- the follow-up was not as long as Hidajat

2    to -- for -- to allow cancers to form.

3              And they did not control for competing

4    deaths or deaths of other causes.  So if somebody

5    died of a heart attack, they were out of the study.

6    They could not get cancer.  That would lead to a

7    smaller number of cancer cases.

8              So, yes, the dietary studies may --

9    may mimic -- may better mimic the valsartan

10   scenario, but they -- they have other limitations

11   that -- that may prevent them from showing a -- you

12   know, an effect -- an increase in risk with NDMA and

13   cancer.

14       Q       Okay.  Understanding that the dietary

15   studies do have limitations, and I think we had

16   discussed some of those earlier today, one of the --

17   one of the limitations of Hidajat study is that the

18   method of exposure -- strike that.

19             With respect to assessing exposure to

20   NDMA from valsartan, which would be oral, one of the

21   limitations of the Hidajat studies as a -- as a

22   basis for evaluating that question, is that the

23   method of exposure is primarily inhalation or direct

24   contact with skin, not oral exposure, right?

25       A       Yes, I think we talked about it.

CONFIDENTIAL

Page 214

1      Q        Okay.  Moving on in your report to

2    head and neck cancers?

3      A        Okay.

4      Q        So the first -- the first study cited

5    here is Loh, L-o-h.

6      A        All right.

7      Q        And for this, the observed relative

8    risk is 1.13; is that correct?

9      A        Yes.

10     Q        And this is exhibit -- the article is

11   Exhibit 15, if you want to look at it.  But at the

12   moment, we can just look at Page 20 of your report.

13     A        Okay.

14     Q        So you agree that that was not

15   statistically significant evidence for an

16   association of NDMA and esophageal cancer, right?

17     A        Yes.

18     Q        Okay.  And the confidence interval is

19   from 0.77 to 1.68, right?

20     A        Yes.  And, again, we have talked about

21   imprecision and the very low and very high limits

22   and what that means.  But, yes --

23              THE COURT REPORTER:  But, yes, what?

24              THE WITNESS:  It wasn't statistically

25        significant.

CONFIDENTIAL

Page 215

1  BY MR. GALLAGHER:

2      Q        In your report, you focus on the upper

3  bound of that confidence interval.  I want to talk

4  for a minute about the lower bound of the confidence

5  interval, 0.77.

6              So the -- according to this data, it

7  would be the -- the likelihood of the actual

8  relative risk being 0.77 is as good as the

9  possibility that the actual relative risk is 1.68.

10 Do I understand that right?

11     A        I -- I don't -- I don't think I agree

12 with that.  But I do agree that it's -- and you can

13 say it's an inconclusive result.  I don't know if

14 the probability of getting .77 is the same.  I mean,

15 it could be similar.  It could be a bit -- I

16 can't -- that's a technical statistical question.  I

17 can't -- I have to, kind of, maybe, go back and look

18 at it.

19             But for the purposes of our

20 discussion, I'm comfortable in saying that it's --

21 because it goes from very low to very high, that

22 it's inconclusive.  But, again, if it went from very

23 low to, let's say, 1.2, 1.3, I would be more

24 comfortable saying it's negative.  But because it's

25 going all the way up to 1.68, I'm more comfortable

CONFIDENTIAL

Page 216

1    in saying it's inconclusive.

2                 MR. NIGH:  And I would object to the

3        form of that last question.

4    BY MR. GALLAGHER:

5        Q        If we look at Exhibit 15, the Loh

6    study, turning to Page 1057, I believe, just below

7    Table 2 --

8        A        Yes.

9        Q        -- on the left-hand side?

10       A        Table 2, okay.

11       Q        Yeah.  Sorry, just below -- just below

12   Table 2.

13       A        Okay.

14       Q        And this is -- these studies are

15   evaluating multiple cancers.  So this is carrying

16   over from the prior page where they say, "There was

17   no significant association with esophageal and

18   stomach cancers for all three exposures."

19                Do you see that?

20       A        Which -- which -- are you looking at a

21   table or --

22       Q        No.  I'm sorry.  I'm looking just

23   below the table.

24       A        Below Table 2?

25       Q        Yes.  And it's -- it's going from

CONFIDENTIAL

Page 217

1    the -- the sentence starts at the end of Page 1056,

2    the prior page and carries over to Page 1057.

3         A         Yeah.  I mean, I -- I think that's

4    also reflected in Table 5.  But in Table 5, they

5    also -- they also show the number of cases, and as I

6    mentioned before, with 55 cases of esophageal

7    cancer, that does not give you a very precise

8    estimate.  So, yeah, it's not statistically

9    significant because it's probably not supposed to be

10   this small number of cases.

11        Q         And the small number of cases is due

12   in part because relatively few people in this cohort

13   actually got -- actually had esophageal cancer,

14   right?

15        A         Well, again, from the table, it seems,

16   like, compared to the other types of cancer, they --

17   this group had a smaller -- you know, had a smaller

18   number of cases.  I'm not sure what the percentage

19   would be.  I don't think they -- they have that as

20   to the percentage of patients in this study who had

21   esophageal cancer.  But we just have the number of

22   esophageal cancers from the total number of cancers,

23   and it seems to be low.

24        Q         Let's look at -- have we already

25   marked the Kefzei article?  Exhibit 16, the Kefzei,

CONFIDENTIAL

Page 218

1    article.  And you're citing to this on Page 21 of

2    your report, with respect to --

3        A        Please hold on.

4        Q        Okay.

5        A        Okay.

6        Q        Again, now the -- the observed hazard

7    ratio is 1.15, right?

8        A        For which cancer?  Are you looking at

9    a specific table?

10       Q        Oh, I'm sorry.  The -- I'm looking at

11   your report.  And you're more than welcome to look

12   at it.

13       A        1.15, yes.

14       Q        For esophageal cancer?

15       A        Uh-huh.

16       Q        You had earlier -- when you were

17   discussing Keszei with respect to gastric cancer?

18       A        Yes.

19       Q        You had criticized this article

20   because of potential misclassification and

21   inaccurate reporting the different food intake by

22   the subjects.  Do you remember that?

23                MR. NIGH:  Form objection.

24                THE WITNESS:  Yes.

25

CONFIDENTIAL

Page 219

1    BY MR. GALLAGHER:

2        Q        Okay.  That potential for

3    misclassification applies as equally for esophageal

4    cancer as it does for gastric cancer, right?

5                    MR. NIGH:  Form objection.

6                    THE WITNESS:  It does, but, usually

7            misclassification that affects both groups,

8            usually, gives no results, which we got for

9            stomach cancer.  Here, we have, you know, a

10           statistically significant increase in risk.

11                   So, again, there has to be a very

12           clear mechanism as to how misclassification is

13           causing this increase in risk where --

14           esophageal because usually misclassification

15           that's non-differential just dilutes the

16           effect, which we --

17                   THE COURT REPORTER:  Between what?

18                   THE WITNESS:  Dilutes the effect.  But

19           here, we do see a slight increase in risk

20           with -- in Kefzei with esophageal cancer.

21   BY MR. GALLAGHER:

22       Q        Well, but you don't know if -- if

23   there's inaccurate reporting, either inaccurate

24   recording by the study subjects of what their actual

25   dietary intake is, or inaccurate assumptions about

CONFIDENTIAL

Page 220

1    the estimates of what the actual content of NDMA is

2    in each of the specific foods?

3                    MR. NIGH:  Form objection.

4    BY MR. GALLAGHER:

5        Q        The data is going to be inaccurate.

6    You don't know what -- what the effect is going to

7    be.

8                    MR. NIGH:  Is that the end of the

9            question?

10                   MR. GALLAGHER:  Yes.

11                   MR. NIGH:  Form objection.

12                   THE WITNESS:  Yeah.  We -- we don't

13           know.  And, again, I'm just saying,

14           misclassification of a questionnaire would

15           usually lead to null -- or null results.  And

16           we don't know what could have happened here.

17           They're different subjects.

18                   The other -- the other potential

19           possibility is that, again, more of the -- I'm

20           just making this -- I'm making this inference

21           based on epi study design and the data.  It's

22           possible that more of the cancer patients

23           with -- stomach cancer patients -- I'm sorry.

24           More of the patients who were followed died

25           before they got stomach cancer versus the --

CONFIDENTIAL

Page 221

1          those who got esophageal cancer probably could

2          have survived longer to get esophageal cancer.

3          So these are just sort of inferential

4          possibilities based on the data and their study

5          design that they present.

6     BY MR. GALLAGHER:

7          Q        You have no basis, though, for

8     suggesting -- for saying that the -- the people who

9     ultimately got esophageal cancer just survived

10    longer than the people who got gastric cancer?

11                  MR. NIGH:  Form objection.

12                  THE WITNESS:  Again, we don't have --

13         we are not privy to any of this data.  But from

14         the -- from the fact that they followed these

15         patients and looked at three related cancers,

16         they don't talk about how many died and dropped

17         out and any control for competing, you know,

18         events, such as death, and making an

19         inferential sort of suggestion that these could

20         be possibilities.  Yes, of course, I don't

21         know.  I don't think anybody would know unless

22         you actually had access to the data and

23         could -- you know, could analyze the data and

24         ask more questions.

25

CONFIDENTIAL

Page 222

1   BY MR. GALLAGHER:

2       Q       Okay.  And then in your -- in your

3   report, again on Page 21, you go on and discuss the

4   Straif study and the Hidajat study, right?

5       A       Yes.

6       Q       Neither of those studies controlled

7   for alcohol use, correct?

8       A       No.  But, again, my analysis for one

9   unmeasured confounder, which could be alcohol,

10  showed -- with using the E-value that we talked

11  about earlier, showed that the effect of that one

12  unmeasured confounder, that could be alcohol, has to

13  be very large to make the results, you know, not --

14  you know, take the results to 1, basically.

15              So they did not -- they did not

16  control for alcohol in their study.  But, again, I'm

17  using a simulation.  I have shown that one

18  unmeasured confounder would not have changed the

19  results.

20      Q       Okay.  Well, alcohol is a strong risk

21  factor for cancer of the pharynx, larynx and

22  esophagus, right?

23      A       Right.  And, again, remember, based on

24  our discussion, the risk factor is not as

25  detrimental as a confounder.  In this case, it

CONFIDENTIAL

Page 223

```
1   actually is a confounder for -- for esophageal and
2   stomach cancers.  And that's why it could fit that
3   unmeasured confounder scenario that I show, you
4   know, what happens if you have that unmeasured
5   confounder and how much -- how strong that
6   confounder has to be to make the results known.
7              So in a way, I did simulate for it --
8   but it was -- it was not controlled for in the
9   study.
10      Q      Okay.  And the same for -- for
11  smoking.  The Straif study didn't control for
12  smoking, right?
13      A      The -- the Hidajat study simulated --
14      Q      That wasn't my question.
15             My question was the Straif study
16  didn't control for smoking, right?
17      A      The Straif study --
18             MR. NIGH:  Hold on.  If you can please
19      not interrupt the witness.  I don't know if he
20      finished that last question -- answer, but
21      please don't interrupt him going forward.
22             You can answer, Doctor.
23             THE WITNESS:  No.  I think I have
24      finished my question.  Let me just pull Straif
25      again because you --
```

CONFIDENTIAL

Page 224

1    BY MR. GALLAGHER:

2        Q        Sure.  Yup.

3        A        So the Straif did not adjust for

4    smoking.  But again, the main problem with Straif

5    was with 15 cases, even if they had smoking, it

6    wouldn't have done anything because you have so --

7    small number of cases that, I mean, controlling for

8    smoking would be a moot point within the data, to

9    move the needle, if you will.

10       Q        Okay.  And the Hidajat study, as we

11   discussed, did not directly control for smoking,

12   correct?

13       A        They did not directly control, but

14   they simulated smoking data in their study.

15       Q        Okay.  So now we have just talked

16   about two factors that haven't been accounted for in

17   these studies.  In your --

18       A        I -- I -- I sort of disagree with

19   that.

20                I -- when you simulate smoking data

21   and see if that changes the results or not, that

22   is -- I mean, that is not -- it may not be the same

23   as having the variable, but it -- it does -- I mean,

24   you have to give it some weight.  If it doesn't

25   change your results, you can't just say, you know,

CONFIDENTIAL

Page 225

1    they didn't control for it.

2        Q        Okay.  Well, they haven't adjusted

3    for --

4        A        They didn't have the --

5        Q        None of these studies adjusted for --

6        A        Right.

7                 THE COURT REPORTER:  I'm sorry.

8        Adjusted for what?

9                 MR. GALLAGHER:  Alcohol use or tobacco

10       use.

11   BY MR. GALLAGHER:

12       Q        And just a minute ago, you were

13   referring to this E-value methodology?

14       A        Yes.

15       Q        Magnitude of an unmeasured variable to

16   reverse the risk, right?

17       A        Yes.

18       Q        What if there's two unmeasured

19   variables?

20       A        This methodology only works with one.

21   It only works for one unmeasured confounder.

22       Q        Okay.  So it does -- it doesn't work

23   if there's multiple unmeasured confounders?

24       A        It does not, but, again, when you talk

25   about confounders, as I talked about earlier -- I

CONFIDENTIAL

Page 226

1    mean, alcohol use in gastric cancer and -- and in

2    this question is a true confounder.

3                 But there may be other variables that

4    may look like a confounder.  They may not be actual

5    confounders.  And the fact that they're not

6    controlled for does not necessarily mean that had

7    they been present, they would have changed the

8    results, again, because you could have a classic

9    confounder.  But if the prevalence of that

10   confounder is very low or its association with the

11   outcome and the exposure is very low, it may not

12   affect the results at all.

13                So I think it's a bit premature to say

14   I don't want to believe these results because they

15   didn't control for these unmeasured confounders.

16   It's something to think about and sort of factor in,

17   but I think there are caveats to it.

18       Q        Okay.  And then moving on in your

19   report, you also address the Knekt study?

20       A        Yes.

21       Q        Do you see that towards the bottom on

22   Page 21?

23                And you would agree with me that Knekt

24   did -- did not find statistically significant

25   evidence of an association between exposure to NDMA

CONFIDENTIAL

Page 227

1    and risk of head and neck cancers, right?

2        A        It found an increased risk, a

3    1.37 relative risk that was not statistically

4    significant.

5        Q        Okay.  Okay.  Talking for a minute

6    about when you're doing -- looking at data from an

7    observational study, in theory, if there's no

8    association between the exposure and the outcome,

9    the relative risk is 1.0, right?

10                    MR. NIGH:  Form objection.

11                    THE WITNESS:  Yes, that's possible.

12    BY MR. GALLAGHER:

13        Q        Well, is it possible, or is that --

14        A        I mean, no.  That -- that scenario --

15    that scenario is possible that you could have -- you

16    could have no association in a study with a relative

17    risk of 1.0.

18        Q        Okay.  I'm -- if -- if -- by

19    definition, if there's no association between an

20    exposure and an outcome, the relative risk is 1.0?

21                    MR. NIGH:  Object to form.

22                    THE WITNESS:  Yes.

23    BY MR. GALLAGHER:

24        Q        Okay.  And if the relative -- if, in

25    fact, the exposure is protective against having the

CONFIDENTIAL

Page 228

1    outcome, the relative -- the actual relative risk is

2    below 1, correct?

3         A        Yeah, yes.

4                  MR. NIGH:  Form objection.

5    BY MR. GALLAGHER:

6         Q        And if the -- if there's a positive

7    association between the exposure and the outcome,

8    the relative risk, the actual relative risk, is

9    above 1, right?

10                 MR. NIGH:  Form objection.

11                 THE WITNESS:  Yes.

12   BY MR. GALLAGHER:

13        Q        In practice, when you're looking at

14   data from an observational study, you would rarely

15   observe data where the observed relative risk is

16   exactly 1.0, correct?

17                 MR. NIGH:  Object to form.

18                 THE WITNESS:  I mean, because I read a

19        lot of papers, I have -- I wouldn't say it's

20        that rare.  I mean, it happens.

21   BY MR. GALLAGHER:

22        Q        Sure.  It can happen, but observation

23   of a relative risk of data where the measured

24   relative risk is above 1 does not mean there is an

25   association, right?

CONFIDENTIAL

Page 229

1                    MR. NIGH:  Object to form.

2                    THE WITNESS:  Again, you are -- you're

3            only looking at a very small piece of the very

4            large puzzle.  I mean, one has to look at the

5            methodology, the question, the study design,

6            all the variables we've talked about today to

7            be able to come up to that conclusion rather

8            than just looking at the relative risk.

9    BY MR. GALLAGHER:

10        Q        Okay.  Moving on in your report on

11   Page 22, Section 10.5 "Liver Cancer"?

12        A        Yeah.

13        Q        So, again, you criticize the Straif

14   study as lacking the power to -- to examine the

15   question, right?

16                    MR. NIGH:  Form objection.

17                    THE WITNESS:  Right.

18   BY MR. GALLAGHER:

19        Q        And then you cite to the Hidajat

20   study.  That's the only other study that you cite

21   to, right?

22        A        That's the only other study that has

23   looked at liver cancer, you know, in a -- as a

24   follow-up epidemiological study that my search --

25   that I could find.

CONFIDENTIAL

Page 230

1      Q      All right.  In your report on Page 22,

2    in the Section 10.5, you don't reach any conclusions

3    about the risk of liver cancer through NDMA

4    exposure, right?

5              MR. NIGH:  Form objection.

6              THE WITNESS:  Can you repeat the

7        question?

8    BY MR. GALLAGHER:

9      Q      In your report, in Section 10.5 on

10   Page 22 of your report --

11     A      Right.

12     Q      You don't reach any conclusions about

13   the risk of liver cancer through NDMA exposure at

14   the end of your discussion like you do for the --

15     A      If you mean -- if you mean -- if you

16   mean I don't have, like, a bolded summary, I -- I

17   think it was just missed because I do have it for

18   all the other sections.  But, I mean, I do say at

19   the very last sentence that, "To date, the study by

20   Hidajat provides the strongest evidence on the risk

21   of liver cancer."

22     Q      Okay.  And you -- you don't have any

23   other studies that -- you don't -- there are -- as

24   far as you're aware, there aren't other studies

25   evaluating the risk of liver cancer from NDMA

CONFIDENTIAL

Page 231

1    exposure; is that right?

2              MR. NIGH:  Form objection.  Do you

3         mean epi studies or animal studies or all

4         studies?

5    BY MR. GALLAGHER:

6         Q       You're not aware of any other studies

7    in humans with respect to evaluating risk of

8    exposure to NDMA and occurrence of liver cancer,

9    right?

10             MR. NIGH:  Form objection.

11             THE WITNESS:  I'm not aware of any

12        human studies that met my inclusion criteria,

13        which required, again, measurement of NDMA and

14        demonstration of the effect size, pretty much

15        everything I have in my inclusion criteria.  I

16        could not find a human study that would fit

17        those criteria that I could include in my

18        report.

19   BY MR. GALLAGHER:

20        Q       Okay.  And so you don't have -- you

21   don't have any studies that you're relying on that

22   are evaluating oral exposure to NDMA and risk of

23   liver cancer, correct?

24        A       No.

25        Q       Okay.  Moving on, Section 10.6 of your

CONFIDENTIAL

Page 232

1    report which is looking at bladder cancer?

2        A        That's right.

3                MR. GALLAGHER:  Can we mark another

4        Jakszyn article as Exhibit 21?  And this is the

5        Jakszyn article, J-a-k-s-z-y-n, Reference 48

6        that you're citing to on Page 22?

7                THE WITNESS:  Right.

8                (Whereupon, Exhibit 21 was marked for

9        Identification.)

10                MR. GALLAGHER:  So let me know when

11        that gets pulled up.

12    BY MR. GALLAGHER:

13        Q        Do you see it there yet?

14        A        I'm here, yeah.

15        Q        Okay.  So in this article -- or in

16    this study, this study found no overall association

17    between exogenous NDMA intake and bladder cancer,

18    right?

19        A        No.

20        Q        So the observed relative risk was

21    1.12, right?

22        A        That's right.

23        Q        And the confidence interval was 0.88

24    to 1.4, right?

25        A        Yes.

CONFIDENTIAL

Page 233

1     Q         So there's no evidence from this study

2     of any association between NDMA exposure and bladder

3     cancer, right?

4               MR. NIGH:  Form objection.

5               THE WITNESS:  I -- I do present some

6          of the limitations of the study, but from the

7          numbers that you cited and that I present, no.

8     BY MR. GALLAGHER:

9     Q         Okay.  And then back to your report,

10    again, you look at the Straif study, right?

11    A         Yes.

12    Q         You cite to the Straif study, and

13    there was no evidence or association between

14    nitrosamines and bladder cancer, right?

15    A         Right.

16    Q         And then you cite to the Hidajat study

17    in support of your opinions with respect to bladder

18    cancer, right?

19    A         That's right.

20    Q         And you don't have -- those are the

21    three studies on which your opinion with respect to

22    bladder cancer is based, right?

23    A         Yes.

24    Q         And of those three studies, Hidajat

25    was the only one where there was an observation of a

CONFIDENTIAL

Page 234

1   relative risk that -- that reached statistical

2   significance, correct?

3       A        Correct.

4       Q        Okay.

5                Moving on.  On Page 23 of your report,

6   you're looking at prostate cancer.

7       A        Right.

8       Q        Okay.  So -- and, again, the first

9   study you refer to is the Loh study, right?

10      A        Right.

11      Q        And that study, there was not a

12  statistically significant -- not a statistically

13  significant observation for any association of NDMA

14  exposure with prostate cancer, right?

15      A        That's right.

16      Q        In fact, the relative risk was 1.01,

17  right?

18      A        Correct.

19      Q        The lower bound of the 95 percent

20  confidence interval is 0.90, and the upper bound was

21  1.13, right?

22      A        Yes.

23      Q        Would you consider that confidence

24  interval precise?

25      A        The confidence interval is precise,

CONFIDENTIAL

Page 235

1   but that doesn't mean that the -- that the potential

2   biases in the study that it -- that precluded the

3   study from showing an effect.  So in other words,

4   it's not a -- it's not a very tight confidence

5   interval coming from the very well-designed study.

6              So you can't just look at the

7   precision.  You have to put it into context of

8   the -- what are the potential limitations of this

9   study that could have led to this nonsignificant

10  result.

11      Q      Okay.  You criticize the Loh study

12  because it doesn't adjust for previous history of

13  prostate cancer, right?

14      A      Well, that's one of the criticisms.

15  One other criticism is that they also said that

16  overall in the population that NDMA levels is

17  relatively low to other populations.  They didn't

18  look at high versus low NDMA, so -- so yeah, so

19  those are the limitations.

20      Q      Okay.  The Hidajat study did not

21  adjust for previous history of prostate cancer,

22  right?

23      A      It did not, but since it showed

24  again -- because it showed a statistically -- an

25  increase in risk, that that potential confounding

CONFIDENTIAL

Page 236

1   effect of previous history of prostate cancer has to

2   be quite prevalent in that large population, has to

3   affect one group more than the other.  So, again,

4   just absence of or not adjusting for a non-measured

5   confounder doesn't necessarily mean that had it been

6   included that the results would have been different.

7           So here I'm just mentioning it as one

8   limitation.  But in Hidajat, because they did find

9   the signal, I think one has to have -- has to put

10  this into perspective, but in a different Hidajat

11  versus Loh.

12      Q       So you -- if it's -- if it's not

13  adjusted for and it's an unmeasured confounder, you

14  don't know what the effect is, right?

15      A       We don't know what the effect is, but

16  we know that the -- that the unmeasured confounder

17  changes the results when -- when certain conditions

18  are present.  So if let's say, yes, they didn't

19  adjust for Hidajat for previous history of prostate

20  cancer, but let's say only .5 percent of the

21  population of these men had previous history,

22  because of that low number, adjusting or not

23  adjusting, because of that low prevalence, would

24  probably not have changed the results of the study.

25          So, again, unmeasured confounders

CONFIDENTIAL

Page 237

1    changed the results of studies if -- you know, based

2    on a number of other factors, the prevalence, their

3    strength of association to the outcome and to the

4    exposure.

5          Q        Well, if -- if the -- if the

6    prevalence of prior history of prostate cancer was

7    that low in the population, it also wouldn't have

8    changed the results of the Loh study, right?

9                  MR. NIGH:  Object to form.

10                 THE WITNESS:  No, it wouldn't, but

11         again, I'm not -- I'm kind of mentioning a

12         number of limitations and potential limitations

13         for why Loh has that, you know, pardon the pun,

14         low relative risk, not just unmeasured

15         confounders.

16   BY MR. GALLAGHER:

17         Q        Okay.  I understand.  But --

18         A        Yeah.

19         Q        All right.  Hidajat has the same

20   limitation.

21                 MR. NIGH:  Form objection.

22   BY MR. GALLAGHER:

23         Q        Correct?

24         A        Hidajat, yes.  Hidajat does have the

25   same limitation, but Hidajat found an increase in

CONFIDENTIAL

Page 238

1   risk.  And unmeasured -- and the effect of an

2   unmeasured confounder has to be more profound to

3   change that result.

4              Here, as we said, the unmeasured

5   confounder may have been less of an issue because of

6   the results.  However, it is still a limitation that

7   I thought I should include because, again, we don't

8   really know, you know, have all the numbers from

9   this study.  We don't know, was it collected or not,

10  or how it would have changed the results.

11     Q       Sure.  And you agree that we should

12  acknowledge the limitations of studies regardless of

13  if the result was there was an association or not an

14  association?

15             MR. NIGH:  Form objection.

16             THE WITNESS:  Yes.  But I mean,

17        limitations have -- I don't -- I don't think we

18        can paint all limitations with the same brush.

19        There are some limitations that would not be

20        that detrimental.  There are limitations that

21        would be.

22             So generally speaking, your -- I agree

23        with your statement, but at the same time, I

24        think there could be caveats and nuances on

25        that statement.

CONFIDENTIAL

Page 239

1     Q     Okay.

2     THE WITNESS:  Can we have a ten-minute

3   break and come back at 4?

4     MR. GALLAGHER:  Sure.

5     THE VIDEOGRAPHER:  The time is now

6   3:50.  This ends Media Unit Number 5.  We're

7   going off the record.

8     (Whereupon, a short break was taken.)

9     THE VIDEOGRAPHER:  The time is now

10   4:01.  This begins Media Unit Number 6.  We're

11   back on the record.

12  BY MR. GALLAGHER:

13     Q     Welcome back, Dr. Etminan.

14     A     Thank you.

15     Q     Looking again at your report on

16  Page 23.

17     A     Okay.

18     Q     And I'm gonna -- you'll be happy to

19  know I'm going to move ahead to the next section,

20  10.8: "Blood Cancers."

21     A     Okay.

22     Q     So you cite a study by Richardson,

23  right?

24     A     Yes.

25     Q     And Richardson is --

CONFIDENTIAL

Page 240

1              MR. GALLAGHER:  Well, why don't we go

2        ahead and mark it as the next exhibit.  Are we

3        up to 23 now?

4              (Whereupon, Exhibit 22 was marked for

5        Identification.)

6              MR. GALLAGHER:  Okay.  This is going

7        to be -- the Richardson article will be

8        Exhibit 22.

9   BY MR. GALLAGHER:

10       Q        Let me know when that shows up in the

11  chat, Dr. Etminan.

12       A        Okay.  So I have it.

13       Q        Okay.  The title of this article is

14  "Occupational Risk Factors for Non-Hodgkin's

15  Lymphoma:  A Population Based Case Control Study in

16  Northern Germany," right?

17       A        That's right.

18       Q        So this is an occupational study,

19  right?

20       A        Right.

21       Q        And the -- you looked at this study

22  and the odds ratio for exposure to nitrites,

23  nitrates or nitrosamine, all three combined in terms

24  of the risk factor for lymphoma, right?

25       A        Yes.

CONFIDENTIAL

Page 241

1        Q        In this study, they didn't -- in this

2    study, they didn't even try to separate out NDMA

3    separately, right?

4        A        I don't know if they couldn't or

5    didn't try.  It wasn't separated.

6        Q        Okay.  But regardless of if they

7    couldn't or didn't try or tried and it didn't work,

8    the data that you're relying on is looking at

9    exposure of -- exposure to nitrites, nitrates and

10   nitrosamine all together, right?

11                MR. NIGH:  Form objection.

12                THE WITNESS:  Right.

13   BY MR. GALLAGHER:

14       Q        And so you're not going to be able to

15   separate out the specific impact of -- from this

16   study, specific impact for NDMA risk for lymphoma,

17   right?

18       A        No, not specifically for NDMA.

19       Q        You then look at the Straif study --

20   or you cite to the Straif study again.  And

21   you're -- this is back in your report on Page 23?

22       A        Uh-huh.

23       Q        Right?

24       A        Yes.

25       Q        And -- and you have the same criticism

CONFIDENTIAL

Page 242

1   for Straif, that it was underpowered as you have

2   for -- for other of the cancers, right?

3        A       Yes.

4        Q       But regardless, Straif does not

5   provide evidence for an association of exposure to

6   NDMA and occurrence of blood cancers, right?

7        A       Let me just look at Straif again

8   before I -- I mean, they had -- they had a small

9   number of cases.  They looked at nitrosamines.  I

10  mean, similar in structure, but not NDMA, per se.

11  And they -- I mean, there was an increase in risk

12  with lymphoma but not significant because of small

13  number of cases.

14       Q       Next -- and then you cite again to the

15  Hidajat study, right?

16       A       Right.

17       Q       And you're looking at the data from

18  Hidajat for lymphoma, leukemia and multiple myeloma,

19  right?

20       A       Right.

21       Q       So really, Hidajat is the only study

22  that you're citing to in support of your opinion

23  with respect to exposure to NDMA and any association

24  with blood cancers, right?

25       A       Right.

CONFIDENTIAL

Page 243

1               MR. NIGH:  Form objection.

2     BY MR. GALLAGHER:

3          Q       Moving on to Section 10.9 of your

4     report on Page 24, which is "Lung Cancer"?

5          A       Okay.

6          Q       So, for lung cancer, you cite to a

7     De Stefani article?

8          A       Uh-huh.

9          Q       Right?

10         A       Is there an exhibit?

11         Q       It's a 2009 article that you cited to.

12    That's what Citation Number 44 is.

13         A       Right.  Are you going to upload it, or

14    am I just going to look at it here?

15              MR. GALLAGHER:  Can we go ahead and

16         mark that.

17              (Whereupon, Exhibit 23 was marked for

18         Identification.)

19              MR. GALLAGHER:  So that's Exhibit 23,

20         and I'm also going to mark now as Exhibit 24 a

21         De Stefani article from 1998.

22              (Whereupon, Exhibit 24 was marked for

23         Identification.)

24    BY MR. GALLAGHER:

25         Q       Do you have Exhibit 23 in front of

CONFIDENTIAL

Page 244

1    you?

2         A        Yes.

3         Q        Okay.  This -- this study was looking

4    at meat intake and risk of lung cancer; is that

5    right?

6         A        I just want to note, make sure that

7    this is the one that I cite.

8         Q        Okay.  We had some confusion there to,

9    so that's why I'm going to pull up the other one.

10        A        The meat intake one, I don't think it

11   provided NDMA levels.  I don't think that I used

12   that.  I think I used the other one.

13        Q        Okay.  If you look in your report,

14   looking at Page 24, under "Lung Cancer," you say, "A

15   study by De Stefani examined the risk of lung cancer

16   among subjects exposed to different levels of NDMA

17   through diet."

18                 Do you see that, right?

19        A        Right.  I think that should be another

20   De Stefani.  It probably got mixed up.

21        Q        Okay.  But if we go to --

22        A        If we go to the '96 article.

23        Q        Okay.  But if we go to Page 38 of --

24   of your report, listing the references?

25        A        Uh-huh.

CONFIDENTIAL

Page 245

1      Q      The -- Reference 44 you're citing to

2   this article "Meat Intake, Meat Mutagens and Risk of

3   Lung Cancer in Uruguayan Men."

4                  THE COURT REPORTER:  I'm sorry.  I'm

5          sorry.  Excuse me.

6                  MR. GALLAGHER:  Do you need me to

7          repeat the question with it?

8                  THE COURT REPORTER:  No.

9                  MR. GALLAGHER:  Do you need

10         Dr. Etminan to repeat his answer?

11                 THE COURT REPORTER:  Yes.

12  BY MR. GALLAGHER:

13     Q      I'll repeat the question.

14                 So Dr. Etminan, here in your report,

15  Reference 44 is this De Stefani article from 2009

16  titled, "Meat Intake, Meat Mutagens and Risk of Lung

17  Cancer in Uruguayan Men," right?

18     A      Right.  And I believe that that should

19  actually be another -- should be replaced by another

20  De Stefani.  It got mixed up, some so the De Stefani

21  data that I included is from the De Stefani '96 in

22  "Cancer Epidemiology" --

23                 THE COURT REPORTER:  What markers?

24                 THE WITNESS:  "Cancer Epidemiology

25         Biomarkers and Prevention."

CONFIDENTIAL

Page 246

1                 THE COURT REPORTER:  Thank you.

2    BY MR. GALLAGHER:

3        Q       But you agree with me that this 2009

4    article does not separately evaluate levels of NDMA,

5    right?

6        A       Right.

7        Q       Okay.

8                 MR. GALLAGHER:  We'll mark as

9        Exhibit 24 a 1996 De Stefani article.  Let me

10       know when that shows up in your chat.

11                THE WITNESS:  Sorry.  That should be

12       De Stefani 2000 -- is it -- exhibit which

13       number?

14   BY MR. GALLAGHER:

15       Q       Exhibit 24.  It should be coming

16   shortly.

17       A       Right.  24, okay.

18       Q       Have you got it?

19       A       Yes.

20       Q       Okay.  So is this -- this is the

21   article that you meant to refer to?

22       A       Yes.

23       Q       That's in Reference 44 from your

24   report?

25       A       Yes.

CONFIDENTIAL

Page 247

1    Q        Okay.  And the title of this -- this

2  is an older article than Exhibit 23 that we were

3  just looking at, right?

4    A        That's right.

5    Q        And this is entitled, "Dietary

6  Nitrosodimethylamine and the Risk of Lung Cancer:  A

7  Case Control Study from Uruguay," right?

8    A        That's right.

9    Q        Okay.  So this -- this was a dietary

10  study, right?

11    A        Yes.

12    Q        And this is subject to the same

13  limitations of the other dietary studies that we've

14  talked about in terms of -- errors in filling out

15  the dietary questionnaire would be one, right?

16    A        Well, again, dietary questionnaires,

17  usually, the error is differential --

18  non-differential -- pardon me, non-differential.

19  Here they do show a risk, but it is a dietary

20  questionnaire study.  So generally speaking, it

21  could have limitations, but I don't -- I mean, I

22  can't even think of a specific reason why the -- a

23  specific reason as to why they put limitations in

24  terms of the questionnaire would, you know, would

25  affect the results.  But generally speaking, all

CONFIDENTIAL

Page 248

1   dietary studies could have --

2                   THE COURT REPORTER:  Could have what?

3                   THE WITNESS:  Limitations.

4                   THE COURT REPORTER:  Thank you.

5   BY MR. GALLAGHER:

6        Q        Okay.  And this is a case control

7   study, correct?

8        A        Yeah.  Yeah.

9        Q        Would you consider this a

10  retrospective study?

11       A        Yes.

12       Q        Is there a potential for recall bias

13  for the dietary questionnaire?

14       A        There could be.  In all dietary

15  studies that's a possibility.

16       Q        Okay.  And is a part of -- a part of

17  what leads to that recall bias could be that the

18  cases for those with lung cancer feel more invested

19  in identifying what the -- what led to their

20  diagnosis, whereas the controls are not in the -- in

21  the same type of a situation, right?

22                   THE COURT REPORTER:  I'm sorry.  What

23       was the objection?

24                   MR. NIGH:  Form objection.

25                   THE COURT REPORTER:  And was there an

CONFIDENTIAL

Page 249

1      answer?

2              THE WITNESS:  I said that it's

3      possible.

4  BY MR. GALLAGHER:

5      Q        Okay.  Moving on in your report, you

6  next cite to a study by Goodman?

7      A        Yes.

8      Q        One more thing.  Back in your report,

9  when you're discussing the De Stefani article --

10             MR. GALLAGHER:  If we can highlight

11     that section.  Yup.

12  BY MR. GALLAGHER:

13     Q        And you talk about, "The study

14  identified 320 cases of lung cancer and matched them

15  to 320 controls," right?

16     A        Yeah.

17     Q        And -- and then you say, "After

18  adjusting for important confounding variables,

19  including pack-years of smoking and history of lung

20  cancer," and you go on to talk about the data.

21     A        Uh-huh.

22     Q        So you agree that smoking and past

23  history of cancer are important confounding

24  variables, right?

25     A        Yes.  And if you have the data, if

CONFIDENTIAL

Page 250

1    you -- have the data available, it should be

2    adjusted for.  I think what we talked about, in a

3    different sort of context, today is that lack of an

4    unmeasured confounder doesn't always mean that the

5    results would be biased.  But if you have a

6    confounder that is important and it's been

7    collected, then by all means, it should be --

8                    THE COURT REPORTER:  It should be

9        what?

10                   THE WITNESS:  Controlled for.

11   BY MR. GALLAGHER:

12       Q        And so for studies that don't control

13   for these important confounding variables, that is a

14   limitation of those studies, right?

15       A        It is a limitation, but again, we

16   have -- we have sort of techniques, too, that we can

17   use to simulate the data and see how it affects --

18   it would affect the results.  And it is a

19   limitation, but it does not necessarily mean that

20   the study should not be believed in.  Because, as

21   I -- as I mentioned a number of times, a lack of an

22   unmeasured confounder doesn't always lead to, you

23   know, biased results.  It depends on a number of

24   criteria and situations on the confounding.

25       Q        Right.  But you don't know if -- if

CONFIDENTIAL

Page 251

1    any one given confounding variable -- actually,

2    unmeasured confounding variable, actually did bias

3    the results, right?

4                    MR. NIGH:  Form objection.

5                    THE WITNESS:  Exactly and precisely,

6        no, unless you have the data.

7    BY MR. GALLAGHER:

8        Q        Okay.  And when you have multiple

9    unmeasured confounding variables, that just

10   complicates it even more in terms of whether one or

11   more of those multiple unmeasured confounding

12   variables actually bias the results, right?

13                   MR. NIGH:  Form objection.

14                   THE WITNESS:  If -- if those -- a lot

15       of times, these variables that, you know, are

16       mentioned as confounders are not true

17       confounders.  They are risk factors as we

18       talked about it.  So in -- in a situation of

19       risk factors, I -- I don't think again, lack of

20       measuring for a risk factor only affects the

21       precision around the effect size.  It --

22       usually minimally, doesn't change the

23       direction.  So to answer your question, yes,

24       but a lot of times, these are not really

25       unmeasured confounders.  They are just risk

CONFIDENTIAL

Page 252

1    factors.  Yeah.

2    BY MR. GALLAGHER:

3         Q        Okay.  Moving on in your report, now

4    you cite to a study by Goodman?

5         A        Yes.

6                  MR. GALLAGHER:  And let's go ahead and

7         mark this.  This is going to be Exhibit 25.

8         Let me know when you have it.

9                  (Whereupon, Exhibit 25 was marked for

10        Identification.)

11                 THE WITNESS:  I have it.

12   BY MR. GALLAGHER:

13        Q        So this article, Exhibit 25, is

14   titled, "High Fat Foods and the Risk of Lung

15   Cancer," right?

16        A        Yes.

17        Q        So this study is focusing on the

18   effect of dietary cholesterol and dietary fat on

19   lung cancer risk, right?

20                 THE COURT REPORTER:  And dietary what?

21                 MR. GALLAGHER:  Dietary fat.

22                 THE WITNESS:  Okay.

23   BY MR. GALLAGHER:

24        Q        And this was a diet history survey,

25   right?

CONFIDENTIAL

Page 253

1    A      Yes.

2    Q      And, in fact, in almost -- this is a

3    diet history survey, and do you understand that --

4    so in terms of a diet history survey, that's

5    different from a food frequency questionnaire; is

6    that right?

7                MR. NIGH:  Form objection.

8                THE WITNESS:  Let me just -- can I

9        just read it for a few minutes?

10   BY MR. GALLAGHER:

11   Q      Sure.

12               MR. GALLAGHER:  Can we go off the

13       record for a minute while he -- to give him

14       time to review?

15               THE VIDEOGRAPHER:  The time is now

16       4:25.  We're going off the record.

17               (Whereupon, a short break was taken.)

18               THE VIDEOGRAPHER:  The time is now

19       4:27.  We're back on the record.

20   BY MR. GALLAGHER:

21   Q      Okay.  So this -- this study uses diet

22   history survey, right?

23   A      Yes.

24   Q      Okay.  And, in fact, in -- in many

25   instances, the subject of the study wasn't

CONFIDENTIAL

Page 254

1  available, and so they actually used -- did an

2  interview with a surrogate in order to collect the

3  historic information on diet history, right?

4  Maybe -- go ahead.

5       A       Yes, I mean, in a lot of dietary

6  studies, especially when the patients are elderly,

7  it's usually a family member who helps to complete

8  the questionnaire.  So -- I don't think this is that

9  much of a difference in, sort of, a step involving

10  the survey versus other dietary questionnaires that

11  we see.

12      Q       Okay.  If we turn to Page 289 of the

13  Goodman article?

14      A       Yes.

15      Q       And here, this is the section

16  describing subjects and methods.  On the left-hand

17  side, the paragraph second from the bottom starts,

18  "In some instances."  And this is describing --

19      A       Yeah.

20      Q       -- why in some circumstances they

21  obtained surrogate interviews from the spouse or

22  next of kin, right?

23      A       Yeah.

24      Q       And for this study, surrogate

25  interviews were conducted for 29 percent of the

CONFIDENTIAL

Page 255

1   cases, but only 7 percent of the controls, right?

2        A        Right.

3        Q        So there's an unequal -- there's an

4   unequal distribution of surrogate interviews for the

5   cases versus for the controls, right?

6        A        Right.  But you're -- I think you're

7   automatically assuming that the unequal distribution

8   leads to, say, again, measurement error on the part

9   of the cases.  And we -- we don't know if that's the

10  case.  I mean, it could, in fact, because it's --

11       Q        Sure.

12       A        -- it could actually improve accuracy.

13  We don't know.  All we know is that there is a

14  difference in percentage of those who used the

15  surrogate versus those who didn't.

16       Q        Okay.  So we have already talked about

17  one of the -- and it's just an inherent limitation

18  of dietary studies, is the potential for

19  inaccurately reporting in terms of foods that the

20  subject does eat, the food frequency.

21       A        Generally speaking, yes --

22                MR. NIGH:  Hold on.  Form objection.

23       Form objection.

24                Go ahead.  You can answer.

25                THE WITNESS:  Generally speaking, I

CONFIDENTIAL

Page 256

1      think it's -- we talked about this already.

2  BY MR. GALLAGHER:

3      Q      Okay.  And there certainly is a

4  possibility that a surrogate will have a different

5  level of accuracy than the subject themselves in

6  recalling foods that the subject has -- has

7  typically eaten, correct?

8                MR. NIGH:  Form objection.

9                THE WITNESS:  It's -- it's possible.

10  BY MR. GALLAGHER:

11      Q      And especially where the -- the

12  percentage of surrogate interviews for the cases is

13  different from the percentage of surrogate

14  interviews for the controls.  Any difference in

15  accuracy of the surrogates and the actual subjects,

16  both see the data, right?

17                MR. NIGH:  Form objection.

18                THE WITNESS:  Again, if you're

19      assuming that there are measurement errors with

20      the cases versus the controls.  If that would

21      be the case, then, yes.

22  BY MR. GALLAGHER:

23      Q      Okay.  And just to be clear, I'm not

24  just asking about differences in recall of cases

25  versus controls.

CONFIDENTIAL

Page 257

1              I'm asking about, there can be

2       differences in -- in recall of foods that were

3       typical in a person's diet if the person answering

4       the question is the subject themselves versus if the

5       person answering the questions is a surrogate for

6       the subject, right?

7          A       Yes.

8          Q       Back to your report on Page 24, the

9       second paragraph of "Lung Cancer," that is referring

10      to the Goodman study.

11         A       Uh-huh.

12         Q       So after discussing the odds ratio,

13      you say, "One limitation of Goodman is that it is

14      unclear how duration of exposure to nitrosamines was

15      assessed."

16              Do you see that?

17         A       Yes.

18         Q       You agree with me that duration of

19      exposure to nitrosamine is a factor that has to be

20      considered in terms of evaluating them if there's

21      any potential risk factor, right?

22         A       Yes.  And, again, that's why I'm

23      also -- in forming my opinion, I'm also relying on

24      the Hidajat study, which measured NDMA exposure

25      through inhalation, which would have a direct effect

CONFIDENTIAL

Page 258

1    in this specific -- for this specific cancer on the

2    lung.

3         Q        Okay.  And then in your report you

4    next cite to the Loh study, which we have looked at

5    and discussed previously.  The Loh study reports a

6    relative risk of 1.05, a 95 percent confidence

7    interval of 0.88 to 1.24, correct?

8         A        Yes.

9         Q        So you would agree with me that the

10   Loh study does not provide evidence of an

11   association between NDMA exposure and risk of lung

12   cancer, right?

13        A        Correct.

14        Q        Okay.  Going back to the odds ratios

15   for -- from the Goodman study, for the first one

16   which is intake of NDMA in men, the confidence

17   interval is 1.7 to 6.2, right?

18        A        Yes.

19        Q        Would you consider that confidence

20   interval to be imprecise?

21                 MR. NIGH:  Form objection.

22                 THE WITNESS:  No.  Imprecise, we

23        usually mean imprecise when it crosses 1 and

24        goes beyond 1, and -- and -- so that the lower

25        bound goes from, say, minus 1 -- or minus 1,

CONFIDENTIAL

Page 259

1           and the upper bound goes to greater than 1.

2           That's what they call imprecise.

3                    If it's -- if it's some sort of skew

4           to the right from 1.1 or higher, as it is in

5           this case, we wouldn't say that's imprecise.

6    BY MR. GALLAGHER:

7           Q        Okay.  Well, if there's no

8    association, you would expect the confidence

9    interval to go below 1 and above 1, correct?

10          A        I'm sorry.  Can you clarify the

11   question?

12          Q        If there's no association between the

13   exposure and the outcome, you would expect the

14   confidence interval, the lower bound to be below 1

15   and the upper bound to be above 1, correct?

16          A        Well, that's -- again, I think we

17   talked about this.  So that would be an

18   inconclusive.  I wouldn't say no association.  If

19   the effect size is greater than 1, but the

20   confidence intervals are as wide as you just

21   mentioned, that would be an inconclusive sort of a

22   result rather than no association.

23          Q        Okay.  I guess, I didn't say the

24   confidence intervals were wide.  I just said if

25   there's no association, you would expect the lower

CONFIDENTIAL

Page 260

1   bound of the confidence interval to be below 1 and

2   the upper bound of the confidence interval to be

3   above 1, right?

4       A       Yes.  So, again, what you're

5   portraying the confidence interval that's -- that

6   crosses 1.  So it goes either way, and, again, that

7   fits the -- again, we don't have specific numbers

8   here.  But that usually fits the definition of

9   imprecision or uncertain results, not necessarily

10  negative results, uncertain results.  Or

11  inconclusive results.

12      Q       Okay.  If you had a study that was

13  extremely well-powered, and you -- you actually did

14  observe from the data a relative risk of 1.0, and

15  the confidence interval was 0.98 to 1.02, are you

16  telling me that you would consider that confidence

17  interval to be imprecise?

18              MR. NIGH:  Form objection.

19              THE WITNESS:  No.  But, again, in your

20          example, you didn't -- you didn't specify

21          numbers with the numbers that you're -- you're

22          giving me now, which -- which seem to be very

23          tight.  And, again, if -- if this is a

24          non-biased study, a perfectly designed study,

25          then that would be a no association.

CONFIDENTIAL

Page 261

1    BY MR. GALLAGHER:

2        Q        Okay.  And so this discussion about

3    imprecise confidence intervals are when it's -- the

4    lower bound is below 1 and the upper bound is above

5    1, that's not actually a measured determination of

6    whether the confidence interval is precise or not,

7    right?

8        A        Again, it -- it depends on the -- what

9    the confidence interval is -- what the effect size

10   is, and what the confidence interval is around that

11   effect size.  The example that you gave me fits your

12   description, but if you have situations where you

13   have, say, a relative risk of 4 and a very wide

14   confidence interval, that does not -- that does not

15   mean that there is no association.  That means that

16   that's an inconclusive study.  So, again, I can't --

17   at least, I can't come up with a cookie-cutter

18   definition.  It depends on what the effect size is,

19   and what the confidence interval around the effect

20   size is.

21       Q        Okay.  You can't come up with a

22   cookie-cutter definition, but are there -- are there

23   some sort of standards around what you're

24   considering to be an imprecise confidence interval

25   versus a precise confidence interval?

CONFIDENTIAL

Page 262

1          A          Yes, so again --

2                     MR. NIGH:  Form objection.

3                     Go ahead.  You can answer.

4                     THE WITNESS:  If the relative risk of

5          a study is 4 and the 95 confidence interval is

6          from .3 to 15, that would be an inconclusive

7          study.  If the relative risk of the study is 4

8          and the -- and the lower bound starts from 1.8

9          to 6, that is not an imprecise study.  That

10         is -- that confidence interval, we call it a

11         relatively tight confidence interval.

12   BY MR. GALLAGHER:

13         Q          Okay.  And then back to your report on

14   Page 24, the next paragraph, you cite to the Hidajat

15   study again, right?

16         A          Yes.

17         Q          And you cite to that, where the hazard

18   ratio reported by Hidajat for exposure and NDMA

19   having a potential association of lung cancer with

20   the hazard ratio being 1.70, right?

21         A          Yes.

22         Q          And as we have discussed, the Hidajat

23   study is an occupational study in the rubber

24   industry in the UK where the exposure to NDMA was

25   primarily through inhalation, not oral, right?

CONFIDENTIAL

Page 263

1      A        Yes.

2      Q        And as I think you just mentioned,

3   there's perhaps some plausibility to why inhalation

4   of something may have an impact that the lung --

5   that oral ingestion would not, right?

6      A        Can you repeat that last question,

7   please?

8      Q        Sure.

9               I think you had referenced in one of

10  your earlier answers that you can understand why

11  inhalation of a substance could -- could have some

12  sort of an impact on the lungs, right?

13     A        Yeah.  I mean, inhaling a carcinogen

14  would have probably more of a -- would -- would

15  have -- would be able to impose more of its

16  carcinogenic effect because it's directly affecting

17  that organ.  But eventually, it will be -- it will

18  be absorbed systemically over time.  It's just that

19  the first organ its seeing is the lungs because it's

20  going through inhalation.  So it may affect the

21  organ -- the lungs more, but over time, it will be

22  systemically absorbed and affect potentially other

23  parts of the body.

24     Q        Okay.  And as we talked about, workers

25  in rubber factories are not just inhaling NDMA.

CONFIDENTIAL

Page 264

1    They're inhaling all sorts of things, including

2    rubber dust, rubber fumes, benzine.  There's all

3    sorts of things that are --

4                    MR. NIGH:  Hold on.  I'd like to

5          object here.  This is about the 20th plus time

6          that I've heard this same question, you know.

7          I think there was an instruction not to be

8          cumulative.  We have been patient.  We have let

9          the cumulative questions come on multiple

10         topics, but this is the point as to which it's

11         becoming very much overly cumulative.  It's the

12         same question over and over on the same topic.

13         And I could come up with probably 20 examples

14         right now of the same question being asked.

15                    You know, at this point, I -- you

16         know, I would caution the counsel that

17         they're -- I think that counsel may be thinking

18         they have 10 hours of record time.  I do not

19         believe that's the case.  I think that there

20         were strings that were attached and things that

21         were said that -- you know, in terms of

22         seven hours and when the exception may apply.

23         And, frankly, I don't think that that exception

24         is applied here.

25                    So, again, I would object.  This has

CONFIDENTIAL

Page 265

1      become completely overly cumulative.  And I

2      would rest on the federal rules of seven hours

3      saying that none of the exceptions have been

4      met for the judge's ruling on 10 hours in this

5      case.

6              You can answer.

7              THE WITNESS:  Sorry.  I forgot what

8      the question was.

9              MR. GALLAGHER:  You know, I think the

10     judge was -- was very clear in his ruling that

11     we had 10 hours, and was equally as clear

12     during the Hecht deposition and unhappy when he

13     was bothered in the middle of dinner and the

14     deposition had not -- was not anywhere close

15     to -- to 10 hours.  So moving on.

16  BY MR. GALLAGHER:

17     Q      Dr. Etminan, on Section 11 in your

18  expert report?

19     A      Yes.

20     Q      This is addressing epidemiologic

21  studies of valsartan-containing NDMA and cancer,

22  right?

23     A      Yes.

24     Q      In these studies, they are actually

25  addressing the exposure -- well, let me step back

CONFIDENTIAL

Page 266

1    for a minute.

2              MR. GALLAGHER:  Let's mark as

3         Exhibit 26, the Pottegard study, and as

4         Exhibit 27 the Gomm, G-o-m-m, study.

5              (Whereupon, Exhibit 26 was marked for

6         Identification.)

7              (Whereupon, Exhibit 27 was marked for

8         Identification.)

9    BY MR. GALLAGHER:

10        Q        Let me know when those two exhibits

11   show up, Exhibit 26 and 27.

12             THE WITNESS:  Sorry.  I got

13        disconnected and got reconnected.  There is

14        nothing in the -- okay, I see it now.

15   BY MR. GALLAGHER:

16        Q        Okay.  You have Exhibit 26 as the

17   Pottegard study, right?

18        A        Yeah.

19        Q        And Exhibit 27 is that there also, the

20   Gomm study?

21        A        I just got 26 for now.  Yes.

22        Q        So both of these studies are

23   evaluating the exposure that's actually at issue in

24   this litigation, right, which is exposure to

25   valsartan that contains some small amount of NDMAs

CONFIDENTIAL

Page 267

1    of impurity, right?

2         A       They're not -- I disagree.  They're

3    not -- they're not quantifying the NDMA valsartan.

4    They are only looking at valsartan tablets and

5    doses.

6         Q       The exposure that they're evaluating

7    is -- so the title of the Pottegard study is "Use of

8    N-nitrosodimethylamine (NDMA) Contaminated Valsartan

9    Products and Risk of Cancer: Danish Nationwide

10   Cohort Study," right?

11        A       That -- that is the title, but if you

12   read the study -- the exposure that we're here today

13   to talk about is NDMA and its risk of cancer, and so

14   the study should address the amount of NDMA in

15   valsartan and its risk with cancer.  What it does,

16   though, is look at valsartan tablets that have some

17   NDMA in it, in them, we don't know how much.

18               And with respect to Pottegard, we --

19   we are not even sure if the -- the control valsartan

20   group didn't have NDMA in those formulations.

21               So there is definitely measurement

22   error going on in quantifying -- appropriately

23   quantifying NDMA in valsartan along with other

24   limitations.

25        Q       Why do you say that there's definitely

CONFIDENTIAL

Page 268

1    measurement error?

2        A        Because NDMA levels vary in different

3    batches or different types of valsartan.  But there

4    are many different generic valsartan products, and

5    they may have different levels of NDMA in them.  So

6    higher levels may put somebody at a higher risk of

7    cancer, and this study did not look at that, which I

8    think is an important distinct that should be looked

9    at.

10               And also because the study was done

11   early on, it turns out that some of the control

12   group, which they -- they thought did not have NDMA

13   in them probably did have NDMA in them as well.  So

14   there is again an error in measurement between the

15   two groups.  So that is -- that is the limitation of

16   the, you know, measurement error portion of this

17   study.

18       Q        Okay.  So am I understanding right,

19   they would have to know the amount of NDMA that each

20   of the subjects was actually exposed to to evaluate

21   whether there actually is a risk of these cancers,

22   from that literature?

23       A        They would have to -- they would have

24   to categorize -- have had to categorize the

25   different levels of -- hello?

CONFIDENTIAL

Page 269

1              MR. GALLAGHER:  I can hear you.  Does

2        somebody else need to mute, maybe?

3              THE WITNESS:  Yeah, there's an echo.

4              They should have -- maybe they

5        couldn't, but the -- the right thing to do is

6        to categorize different NDMA levels in these

7        valsartan tablets and categorize them to say:

8        High, medium and low dose.  And then follow

9        patients for more than the amount of time, I

10       think it's three years, I believe, that they

11       did, to make sure that they are at risk of

12       developing cancer.

13             And then also make sure that the

14       control group does not have any NDMA in

15       those -- in those batches.  And they can also

16       make sure there's no switching going on,

17       because, again, patients take these drugs from

18       their pharmacy.  And they don't really specify

19       which generic formulation they get.  So there

20       could be switching between patients, and they

21       could be switching between the doses of NDMA

22       over time.  So all of those limitations I think

23       probably led to the negative results.

24   BY MR. GALLAGHER:

25       Q       Okay.  You do agree with me that the

CONFIDENTIAL

Page 270

1    Pottegard study reports a negative result in terms

2    of any association between exposure to NDMA as an

3    impurity in valsartan and --

4        A        Well, again, negative results with the

5    caveat of a number of limitations.

6        Q        Okay.  And among those -- among those

7    limitations that you've identified is the people

8    conducting the study would need to somehow quantify

9    the amount of NDMA to which the subjects were

10   actually exposed in order to evaluate that potential

11   association of exposure to NDMA as an impurity of

12   valsartan with cancer?

13       A        Right.  I make sure that those --

14   those patients are taking these higher levels of

15   NDMA for at least a specific period of time to allow

16   the cancer process to sort of form and be diagnosed.

17               You know, if somebody takes the drug

18   for three months and then leaves the study, that --

19   that is not a good follow up for this study.  You

20   need long follow up.  You need minimal switching.

21   You need specific NDMA dosing information for the

22   subjects, and you need to make sure that the control

23   group are all clean valsartan users, and there's no

24   NDMA in them as well.

25       Q        Okay.  Moving on to the Gomm study, do

CONFIDENTIAL

Page 271

1    you have that now, Exhibit 27, I believe?

2         A         Yes.

3         Q         And you're addressing the Gomm study

4    on Page 26 of your report.  From your perspective,

5    does the Gomm study, you know, essentially have,

6    from your perspective, the same limitations as we

7    just discussed for the Pottegard study?

8         A         Yes, I would again --

9                   MR. NIGH:  Hold on.  Hold on.  Let me

10        object.  Form objection.

11                  You can answer, Dr. Etminan.

12                  THE WITNESS:  Yes.  Again, just like

13        Pottegard, there's no specification of the NDMA

14        content in the valsartan users, and I think

15        they actually say possible or probable

16        contamination.  So there's a feeling of

17        uncertainty as to, you know, whether, say, for

18        example, the control group had any NDMA or did

19        not have any NDMA.  There's no discussion of

20        what if people switch between the, you know,

21        different doses which could have had different

22        NDMA levels.

23                  And then there is the problem of only

24        a three-year follow up, which for a cancer is

25        quite inadequate.  And there's also some

CONFIDENTIAL

Page 272

1      evidence of selection bias as well.

2   BY MR. GALLAGHER:

3      Q      Okay.  And with respect to -- just

4   discussing -- discussing the limitation you have

5   identified of -- of time to follow up, you

6   understand that these -- these products were on the

7   market only relatively recently.  So between

8   approximately 2014 and 2018, there's -- there's not,

9   at the moment, an opportunity for any longer follow

10  up, right?

11               MR. NIGH:  Form objection.

12               THE WITNESS:  Yes.  I mean, that is

13          the problem.  But that doesn't take away from

14          the fact that -- I mean, if you can't do this

15          study, you shouldn't do it.  You should wait

16          until you have adequate follow up.  You cannot

17          do sort of a -- you cannot disregard an

18          important part of this study design, which is

19          adequate follow up, because there just simply

20          isn't enough data.  I mean, they could have

21          waited until more data is accumulated before

22          they actually did this study.

23  BY MR. GALLAGHER:

24      Q      It's not that they necessarily

25  shouldn't do the study, but it's just acknowledging

CONFIDENTIAL

Page 273

1    that there's no other data.  There's no longer term

2    follow up data that's available right now?

3        A        Okay.

4                  MR. GALLAGHER:  I want to be sensitive

5        to the court reporter.  We have been going for

6        an hour, when she asked that that be how far we

7        go, so can we -- can we go off the record now?

8                  THE VIDEOGRAPHER:  The time is now

9        4:59.  We're going off the record.  This ends

10       Media Unit Number 6.

11                  (Whereupon, a short break was taken.)

12                  (Whereupon, the deposition concluded

13       at 4:59 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 274

```
 1            DEPOSITION REVIEW
           CERTIFICATION OF WITNESS
 2
     ASSIGNMENT REFERENCE NO: 4772261
 3   CASE NAME:  Valsartan
     DATE OF DEPOSITION:  August 24, 2021
 4   WITNESS:  MAHYAR ETMINAN, Ph.D.
 5            In accordance with the Rules of Civil
     Procedure, I have read the entire transcript of my
 6   testimony or it has been read to me.
              I have listed my changes on the attached
 7   Errata Sheet, listing page and line numbers as well
     as the reason(s) for the change(s).
 8            I request that these changes be entered as
     part of the record of my testimony.
 9            I have executed the Errata Sheet, as well
     as this Certificate, and request and authorize that
10   both be appended to the transcript of my testimony
     and be incorporated therein.
11
     _____    _____
12   Date                     Mahyar Etminan
13            Sworn to and subscribed before me, a
     Notary Public in and for the State and County, the
14   referenced witness did personally appear and
     acknowledge that:
15            They have read the transcript;
              They have listed all of their corrections
16   in the appended Errata Sheet;
              They signed the foregoing Sworn Statement;
17   and
              Their execution of this Statement is of
18   their free act and deed.
              I have affixed my name and official seal
19   this_____day of_____, 20_____,
                   _____
20                 Notary Public
21
                   _____
22                 Commission Expiration Date
23
24
25
```

CONFIDENTIAL

Page 275

1                   DEPOSITION ERRATA SHEET
2       Page    Line           From              to
3       _____
        _____
4       _____
        _____
5       _____
        _____
6       _____
        _____
7       _____
        _____
8       _____
        _____
9       _____
        _____
10      _____
        _____
11      _____
        _____
12      _____
        _____
13      _____
        _____
14      _____
        _____
15      _____
        _____
16      _____
        _____
17      _____
        _____
18      _____
19      SIGNATURE:_____DATE:_____
20              MAHYAR ETMINAN
21
22
23
24
25

CONFIDENTIAL

Page 276

1                    C E R T I F I C A T E

2

3            I, Jamie I. Moskowitz, a Shorthand

4    (Stenotype) Reporter and Notary Public, do hereby

5    certify that the foregoing Deposition, of the

6    witness, MAHYAR ETMINAN, taken at the time and place

7    aforesaid, is a true and correct transcription of my

8    shorthand notes.

9            I further certify that I am neither

10   counsel for nor related to any party to said action,

11   nor in any way interested in the result or outcome

12   thereof.

13            IN WITNESS WHEREOF, I have hereunto set

14   my hand this 1st day of September 2021

15

16            Jamie Ilyse Moskowitz
              License No. XI01658

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

**[& - 1875]**                                                                Page 1

| & |
| --- |

**&** 2:9,20 3:18 4:3
4:8,17 9:5

| 0 |
| --- |

**0.13** 203:17
**0.37** 150:5
**0.37.** 150:15
**0.77** 214:19 215:8
**0.77.** 215:5
**0.88** 232:23 258:7
**0.90** 234:20
**0.98** 260:15
**02109** 4:4
**037** 150:6
**07102** 4:14
**08540** 3:15

| 1 |
| --- |

**1** 6:3 10:3 13:11
13:12 52:6 60:5
67:23 96:2 118:14
119:1 127:13
128:9 129:19
135:20 139:2
149:9 156:21
157:5,23 158:6,18
158:18 159:4,5
165:9,12,14
166:25 222:14
228:2,9,24 258:23
258:24,25,25
259:1,9,9,14,15,19
260:1,3,6 261:4,5
**1,462** 156:3
**1.0** 37:11 61:2,5
147:4 227:9,20
228:16 260:14
**1.0.** 60:16 61:9,24
227:17
**1.00** 118:11

**1.01** 234:16
**1.02** 260:15
**1.05** 258:6
**1.06** 141:2
**1.1** 259:4
**1.12** 232:21
**1.13** 155:13 214:8
234:21
**1.13.** 155:17
**1.15** 157:10 218:7
218:13
**1.16** 157:11
**1.2** 156:14,15,18
158:10 215:23
**1.24** 258:7
**1.3** 158:11 215:23
**1.31** 141:10
**1.37** 227:3
**1.4** 60:5 61:11,17
232:24
**1.4.** 61:8 96:5
**1.5** 147:2,7,8
156:20,22 159:5
159:10,11,11
166:25 167:6
168:9,14,22,24
169:22 170:3
**1.5.** 159:11 168:22
169:21
**1.51** 149:20
**1.57** 156:13,16,19
158:13
**1.68** 214:19 215:25
**1.68.** 215:9
**1.7** 204:8 258:17
**1.70** 262:20
**1.72** 96:2
**1.72.** 88:6,8
**1.782.** 96:2
**1.8** 60:6 262:8

**1.9** 158:11
**1.93** 204:3 206:9
**10** 6:13 34:8 64:8
96:16 97:9 106:8
107:6 109:19,19
110:1 111:24
130:8 154:7
164:11,13 168:11
168:17,20 264:18
265:4,11,15
**10.2** 146:2
**10.5** 229:11 230:2
230:9
**10.6** 231:25
**10.8** 239:20
**10.9** 243:3
**100** 4:14 25:18
105:12 170:10
**1000** 3:4
**1056** 217:1
**1057** 216:6 217:2
**11** 4:9 6:14 9:4
110:17 112:13
265:17
**110** 6:13,14
**111** 2:10
**1154** 276:15
**117** 6:15
**11:13** 108:10
**11:17** 110:14
**11:19** 110:20
**11:38** 120:10,13
**12** 6:15 44:12
117:3,8
**1206** 135:18
**1208** 136:2
**12211** 2:10
**12:49** 159:24
**13** 6:3,16 45:23
134:7,8 155:18

**134** 6:16
**136** 6:17
**139** 6:18
**14** 6:17 60:8,10
64:18 136:22,24
138:9 139:1
**140** 6:19
**143** 6:20
**147** 6:21
**1498** 127:7
**1499** 119:2
**15** 6:18 87:14
139:23,24 154:15
155:25,25 159:14
195:24 196:11
211:16 214:11
216:5 224:5 262:6
**15,000** 72:12 83:7
**15076** 1:6
**15219** 3:21
**15th** 4:14
**16** 6:19 140:3,6
217:25
**162** 6:22
**165** 135:17,20
136:1,1 139:1
**17** 6:4,20 127:1
130:23 134:16
137:18,20 140:11
140:13 143:8,11
148:9 151:6 155:5
155:7
**18** 6:21 68:15,17
146:2 147:16,17
151:11
**1800law1010.com**
2:11
**181** 64:4 196:22
**185** 197:12,21,21
**1875** 2:15

CONFIDENTIAL

**[19 - 48]**

**19**  6:22 148:10
155:5 162:10,13
195:16 199:19,22
208:7
**19422**  2:21
**1965**  163:6
**1967**  67:23 97:18
99:2 129:19
**1996**  7:4 246:9
**1998**  22:4 243:21
**1999**  22:3
**1:18**  1:6
**1:30**  160:3
**1:57**  108:6
**1st**  276:14

**2**

**2**  6:4 17:18,19
21:12 52:10 108:6
169:20 202:12
203:8,10 216:7,10
216:12,24
**20**  6:23 124:20
130:8 168:3,11
170:7 199:20
201:25 202:3,7,8,9
202:10,15,16,19
202:19 203:2
208:7 214:12
264:13 274:19
**200**  2:21 3:9
166:14 167:11,14
169:17 170:7,12
**2000**  246:12
**20037**  3:4
**2005**  32:25 39:24
**2006**  117:4
**2008**  21:6
**2009**  7:3 243:11
245:15 246:3
**2014**  272:8

**2016**  28:1 62:11
**2018**  272:8
**202**  6:23
**202.331.3100**  3:5
**2021**  1:14 10:2
85:8 274:3 276:14
**20th**  264:5
**21**  3:14 6:24 218:1
222:3 226:22
232:4,8
**2101**  3:4
**22**  6:25 229:11
230:1,10 232:6
240:4,8
**2220**  5:4
**227**  4:19
**23**  7:3 234:5
239:16 240:3
241:21 243:17,19
243:25 247:2
**230**  5:4
**232**  6:24
**24**  1:14 7:4 243:4
243:20,22 244:14
246:9,15,17 257:8
262:14 274:3
**240**  6:25
**243**  7:3,4
**24th**  10:2
**25**  7:5 252:7,9,13
**2500**  3:9
**251**  67:17,23 96:19
101:11 108:18
129:15 130:2
**2519**  33:18 191:1
**252**  7:5
**2522**  36:4
**2523**  34:25
**2524**  39:7
**257**  101:23

**258**  68:16 202:12
203:8
**26**  7:6 266:3,5,11
266:16,21 271:4
**266**  7:6,7
**27**  7:7 177:6,24
266:4,7,11,19
271:1
**274**  9:5
**276**  9:6
**27th**  4:4
**28**  177:24 184:10
**28202-2601**  4:19
**2875**  1:2
**289**  254:12
**29**  177:22 181:8
254:25
**2:30**  201:17
**2:49**  201:21

**3**

**3**  6:5 21:12 32:4
32:10,16 85:7
108:10 120:23
125:10,10 131:20
157:15 159:24
262:6
**3.7**  150:16
**30**  18:14 19:10
78:2 168:3,11
202:14
**300**  2:15
**301**  3:20
**30305**  3:10
**312.566.4801**  5:5
**315**  2:5
**317.236.1313**  4:10
**32**  6:5
**320**  249:14,15
**32502**  2:6
**33**  170:20

**3333**  3:9
**33431-8561**  2:16
**34**  172:10 173:4,12
**35**  67:22 75:21
83:8,11,19 84:2,14
85:2 99:9 100:8
101:5 127:10,10
129:18 130:6,7
174:17 175:20
176:9 185:5
**35,000**  72:11
**36**  176:23
**37**  202:6,11
**38**  3:20 138:1
244:23
**382**  138:17
**3:02**  210:4
**3:03**  210:7
**3:50**  239:6

**4**

**4**  6:7 42:10,16
85:5,6 95:3,5,19
160:3 201:17
239:3 261:13
262:5,7
**4.7**  147:2
**40**  18:14 19:10
23:23 24:1 57:5
72:12
**412.263.2000**  3:21
**42**  6:7
**43**  137:24 138:3
**44**  6:8 199:6
243:12 245:1,15
246:23
**450**  2:21
**46204**  4:9
**472**  114:19 115:13
**4772261**  274:2
**48**  14:9 232:5

**[4:01 - adjusted]**                                                    Page 3

**4:01**  239:10
**4:25**  253:16
**4:27**  253:19
**4:59**  273:9,13

**5**

**5**  6:8 44:3,4 63:23
   64:22 80:16 85:7
   95:3,5,19 137:15
   137:17 147:2
   148:10 201:21
   217:4,4 236:20
   239:6
**50**  23:23 24:1
   130:7
**51**  6:9,10,11
**518.724.2207**  2:11
**53**  4:4
**55**  155:23 217:6
**561.962.2100**  2:16
**59.2**  127:14
**5th**  85:8

**6**

**6**  6:9 9:7 36:5,11
   51:11,19 52:14
   141:1 239:10
   262:9 273:10
**6.2**  258:17
**60**  18:13 23:17
   127:17 130:7
**600**  4:19
**60606**  5:4
**609.924.0808**  3:15
**60s**  92:9
**610.567.0700**  2:22
**617.213.7000**  4:5
**64**  156:1,4
**678.553.2100**  3:10
**68**  6:12 149:7,8
**694**  69:3

**697**  70:13

**7**

**7**  6:10 51:11,21
   52:14 59:16 64:4
   80:16 195:11
   255:1
**70**  18:13 23:17
   97:23 127:10,11
**704.444.3300**  4:20
**70s**  92:9
**73**  149:8,9
**750**  2:10
**77**  215:14

**8**

**8**  6:11 10:2 51:17
   51:23 52:14,21
   66:22 96:14 98:17
   108:14 129:14
**8.1**  44:14
**81**  155:17
**850.435.7013**  2:6
**8:00**  1:15

**9**

**9**  6:12 22:4 68:21
   68:22
**93,000**  121:7
**93,050**  119:16
   121:18
**93.05**  119:11
**95**  60:20 61:1
   203:11 234:19
   258:6 262:5
**96**  244:22 245:21
**973.757.1100**  4:15
**9892**  144:15
**9:09**  52:6
**9:11**  52:10
**9:33**  64:11
**9:47**  64:14

**a**

**a.m.**  1:15 10:2
   64:11
**abbreviated**
   118:19
**able**  39:17 66:4
   72:15 111:17,19
   123:8 139:13
   229:7 241:14
   263:15
**absence**  85:19
   90:4 95:8 112:23
   131:17 236:4
**absolutely**  199:24
**absorbed**  56:14
   124:14,18,20
   263:18,22
**absorption**  57:1,5
   212:10
**abstract**  16:17
   110:8 111:3
   112:21 117:23
   118:21 121:20
   144:11
**academic**  20:11
   37:9 40:3 41:6,19
**access**  221:22
**account**  133:5
   136:18
**accounted**  122:17
   122:18 130:11
   224:16
**accounts**  131:14
**accumulated**
   272:21
**accuracy**  63:18
   255:12 256:5,15
**acids**  206:3
**acknowledge**
   10:15,19 115:24
   136:12 141:8

**142:1** 238:12
   274:14
**acknowledging**
   78:8 101:25
   104:10 109:1
   113:6 272:25
**act**  274:18
**action**  276:10
**activity**  128:21
**actual**  77:4 103:10
   126:6 152:12
   162:5 215:7,9
   219:24 220:1
   226:4 228:1,8
   256:15
**add**  149:14 193:9
**addition**  98:1,23
**additional**  153:8,9
   167:23,24 170:4
**additionally**
   101:22 128:4
**additive**  197:3
**address**  100:3
   115:1 116:5
   121:16 123:4,11
   127:15 226:19
   267:14
**addressed**  56:11
   113:22 120:22
   128:1,2
**addresses**  100:2
**addressing**  56:22
   265:20,25 271:3
**adequate**  123:8
   272:16,19
**adjust**  31:13 224:3
   235:12,21 236:19
**adjusted**  30:18,21
   30:22,23 31:1,14
   31:16 32:1 128:19
   128:20 140:17,17

[adjusted - april]                                                                                    Page 4

140:24 203:10,16
204:2,6 225:2,5,8
236:13 250:2
**adjusting** 236:4,22
236:23 249:18
**adjustment** 31:3,4
31:11
**administered**
10:20
**administration**
58:8
**admitting** 101:10
**adults** 121:4
126:25
**adverse** 177:13,15
**advocating** 31:19
**affect** 58:10 80:9
82:14 95:2,22
101:6 226:12
236:3 247:25
250:18 263:20,22
**affixed** 274:18
**aforesaid** 276:7
**age** 30:25 97:22
127:10,14 129:5
**aged** 67:22 127:9
129:18
**agencies** 24:11
**agency** 78:17
**agents** 70:22 76:14
83:25
**ago** 23:13 32:24
44:23 126:21
225:12
**agree** 39:15 41:25
42:5 51:3 55:15
57:20 60:11 79:20
92:18 95:13
105:17 109:14
112:9 122:14
132:7 143:16

144:6,20 157:2
158:16 163:12
170:2 200:13
205:13 214:14
215:11,12 226:23
238:11,22 246:3
249:22 257:18
258:9 269:25
**agreed** 74:11 76:3
**agreement** 42:4
**ahead** 13:23 15:14
16:14 22:12 23:12
39:6 50:25 51:8
52:3 94:24 106:4
108:3 134:23
177:21 194:3
239:19 240:2
243:15 252:6
254:4 255:24
262:3
**aid** 4:11
**al** 1:5,5
**albany** 2:10
**albertsons** 4:21
**alcohol** 222:7,9,12
222:16,20 225:9
226:1
**alerts** 24:10
**alfano** 3:18
**allow** 12:20 41:20
71:25 72:1 213:2
270:15
**allowed** 22:11
**american** 27:25
62:9
**amines** 79:4 82:25
**amino** 206:3
**amount** 73:18
99:24 106:10
145:10,17 153:11
167:10 212:20

266:25 267:14
268:19 269:9
270:9
**amounts** 47:18
**analogy** 170:14
176:24 177:3,7,16
177:16 178:7,19
182:10
**analyses** 97:19
99:11,15
**analysis** 28:14
93:7 99:20 100:1
130:14 143:17,20
143:22 144:1,5,19
160:12,14 161:5
180:19 222:8
**analytical** 54:11
**analyze** 221:23
**analyzed** 193:18
**animal** 58:6
133:23 172:4,8
176:5 184:8 189:4
189:25 197:2
204:6,10,12,18
205:2 206:10,17
206:17 209:18
212:8 231:3
**animals** 58:8
184:18 205:18
207:11
**answer** 8:2 12:18
12:20 16:11,14
17:6 81:1 146:20
162:6 183:21
194:3 211:20
212:11 223:20,22
245:10 249:1
251:23 255:24
262:3 265:6
271:11

**answered** 153:1
**answering** 125:23
151:24 152:2,3
257:3,5
**answers** 152:13
263:10
**anybody** 150:24
221:21
**anymore** 26:19
**apologies** 125:25
202:23
**appear** 61:21
274:14
**appearances** 2:1
3:1 4:1 5:1
**appel** 2:14 13:14
136:5,7
**appended** 274:10
274:16
**applied** 171:10
177:3 184:14
264:24
**applies** 132:22
144:18 219:3
**apply** 151:20
153:15 161:12,20
162:7 169:8
189:15 264:22
**applying** 77:22
181:17 182:16
183:3 189:18
**appreciate** 125:23
**approach** 75:22
**approached** 12:11
**appropriate** 163:7
**appropriately**
267:22
**approximately**
272:8
**april** 12:4

**area** 24:2 26:25
  31:17 40:20,20
  82:22 138:5
**areas** 197:16
  198:2 199:2
**argue** 72:6 148:15
  148:25
**arguing** 107:5
  150:6
**argument** 177:16
**argumentative**
  105:15
**aromatic** 79:3,3
  82:24,25
**arrangement**
  10:24
**arrow** 92:13,14,16
**article** 6:5,9,10,11
  6:12,13,14,15,22
  6:23,24 7:3,4
  34:25 39:6 41:21
  51:11,12,14,16,18
  54:7,18 59:16
  62:22 63:12,14
  64:3,20 65:8,12
  68:17,21 69:7
  70:7 74:4 76:6,20
  77:11 78:7,10,11
  78:14 80:7 108:14
  109:20 112:15
  114:20 117:3,13
  127:5,8 137:4
  138:4,8,22,22
  143:11,17 144:10
  162:10,21,21,25
  163:4,5 190:5
  191:1 201:25
  208:8,12 210:17
  214:10 217:25
  218:1,19 232:4,5
  232:15 240:7,13

243:7,11,21
  244:22 245:2,15
  246:4,9,21 247:2
  249:9 252:13
  254:13
**articles** 14:20,24
  15:1,2,5,7,13,17
  15:24,25 16:2,3,19
  16:20,25 17:12,13
  17:15 41:20 43:11
  43:14,15,18,22,24
  44:20 52:14
  198:19 209:7
**ascertain** 114:2
**ascertainment**
  44:15
**asked** 24:24 41:1
  57:16 111:21
  112:2,4,8 144:17
  161:11 264:14
  273:6
**asking** 11:15
  20:18 59:2,4,5
  160:18 161:8,10
  256:24 257:1
**asks** 175:14,15
**aspect** 19:12
  126:22
**asrub** 68:6 69:12
**assess** 46:3
**assessed** 197:1
  257:15
**assessing** 163:8
  213:19
**assessment** 33:20
  33:23 34:3,4,14
  39:12 67:18 68:5
  68:5 76:1 112:23
  112:25 113:7
  179:14 190:24
  191:6,8,14,23

197:5,9
**assessments** 96:20
  97:12 191:19
**assignment** 105:11
  274:2
**assimilate** 86:5
**associate** 18:5
  21:9,12
**associated** 27:23
  28:12 79:14 89:13
  90:22 91:23 92:7
  92:8,15 118:23
  139:10,14 158:12
  175:10
**association** 27:25
  37:7,10,11,14 38:7
  38:11 47:1 56:23
  61:5 62:3,10
  73:10,12 113:7
  118:1,5,10,14
  122:19,24 123:2,6
  123:20 134:25
  139:18 142:2,22
  142:23,23 146:13
  147:5 156:10,13
  157:3,20 158:1,3
  158:18 163:1,12
  164:4,8,12,18
  165:25 166:1,6,19
  166:20 169:9,10
  172:23 173:8
  179:3 182:19
  185:20,22 187:3
  187:22,24 189:3
  196:15 200:14,20
  200:25 203:17,20
  204:8,11 205:6
  206:11,16 207:3,8
  208:10,13,21
  209:4,8 210:16,22
  214:16 216:17

226:10,25 227:8
  227:16,19 228:7
  228:25 232:16
  233:2,13 234:13
  237:3 238:13,14
  242:5,23 258:11
  259:8,12,18,22,25
  260:25 261:15
  262:19 270:2,11
**associations**
  108:21 109:5
  163:15,15,18,19
  163:24
**assume** 152:20
**assumed** 97:19
  98:7 99:2
**assuming** 85:22
  99:16 101:9,12
  153:21,24 181:20
  255:7 256:19
**assumption** 77:18
  84:9,12,23 99:19
  99:22 100:3
  104:14 105:8,21
  157:21 167:6
**assumptions** 28:8
  28:13,16,22 29:3,5
  29:23,25 105:10
  212:19 219:25
**atlanta** 3:10
**attached** 264:20
  274:6
**attack** 213:5
**attend** 21:18
**attending** 18:20
**attorneys** 10:14
  43:9
**august** 1:14 10:2
  274:3
**aurobindo** 2:23

[austin - blocked]    Page 6

**austin** 162:23
**author** 32:5 68:18
  108:18
**authorize** 274:9
**authors** 41:15
  78:7 99:2 100:21
  101:10 102:24
  109:1 113:5
  115:14,23 122:17
  137:8 139:7
  145:15 153:11
  198:22
**automatically**
  255:7
**available** 97:18
  99:2 161:9 250:1
  254:1 273:2
**avenue** 2:10
**aware** 90:17
  230:24 231:6,11

**b**

**b** 4:18 6:1 7:1
**back** 15:16 32:21
  35:24 36:4 40:15
  40:22 52:11 64:6
  64:14,16 72:10
  73:15 78:10 79:17
  79:24 83:6 92:10
  100:19 102:13
  103:10 108:11
  110:20 114:6
  120:13,15,17
  121:20 140:2
  146:1 160:4,6
  177:23 184:10
  190:10 199:19
  201:14,22 208:5
  210:7 215:17
  233:9 239:3,11,13
  241:21 249:8
  253:19 257:8

  258:14 262:13
  265:25
**background** 27:8
  54:14 55:7
**bacon** 145:11
**bad** 160:9
**bag** 188:7 189:5,9
  189:14,19
**balance** 60:16
**balanced** 31:6
**ball** 2:15
**bar** 188:9
**barnes** 4:8
**base** 133:17
  191:25
**based** 18:25 19:4,8
  34:15 39:11 40:24
  68:5 72:18 73:8
  73:11 75:15,25,25
  79:23 84:12 85:1
  97:15 98:2 105:3
  131:13 135:9
  137:21 142:18
  145:9,16 147:8
  149:12 161:9
  182:18 187:22
  193:5 194:15
  196:14 209:21
  210:20 212:3,19
  220:21 221:4
  222:23 233:22
  237:1 240:15
**basic** 175:25 176:5
  181:13 183:10
  184:6,15
**basically** 18:15,15
  122:10 147:12
  154:2 157:1
  175:14 222:14
**basing** 103:22
  104:16 141:1

**basis** 19:24 209:12
  213:22 221:7
**batches** 268:3
  269:15
**baylen** 2:5
**becoming** 264:11
**beginning** 103:15
  108:17
**begins** 52:10
  108:10 160:3
  201:21 239:10
**believe** 12:3 13:8
  19:9 22:3 25:6,6
  25:11 27:18 38:6
  40:25 41:7 42:12
  42:24 48:24 62:21
  66:12,17 70:6
  72:20 74:22 77:17
  77:18 80:5 81:8
  84:2,7 91:7 93:12
  93:16 99:21
  102:23 103:5
  114:16 116:10
  131:21,22 132:2
  138:16 147:16
  148:13 155:22
  182:14 193:8
  198:16 199:17
  203:4 211:24
  216:6 226:14
  245:18 264:19
  269:10 271:1
**believed** 250:20
**believer** 73:16
**bell** 2:21
**beneath** 170:25
**benzene** 79:4
**benzine** 264:2
**best** 12:2 33:5
**better** 87:7 213:9

**beyond** 258:24
**bias** 66:3 74:17
  79:25 80:20 84:5
  89:25 90:9,24
  91:1 100:13 101:3
  104:23 128:1
  130:10 167:9
  248:12,17 251:2
  251:12 272:1
**biased** 90:5 250:5
  250:23 260:24
**biases** 38:16,17
  53:18 167:10
  170:15 235:2
**biasing** 32:1 93:6
**big** 23:4 100:14
  156:16
**bigger** 132:1,1,2
  159:18
**biley** 5:8
**bily** 10:6
**biologic** 172:5
  182:9 183:8
**biological** 174:18
  178:5
**biologically**
  133:22 175:9
**biomarkers**
  245:25
**biostatistics** 26:24
**bipc.com** 4:20
**bit** 43:6 52:23
  57:11 59:1 73:21
  101:6 131:16
  215:15 226:13
**bladder** 35:6
  232:1,17 233:2,14
  233:17,22
**blame** 38:6
**blocked** 32:2

CONFIDENTIAL

**blood**  239:20
  242:6,24
**blow**  181:7
**blue**  2:21
**board**  62:6
**boards**  62:13
**boca**  2:16
**body**  16:18 56:13
  56:19 57:23
  205:22 206:4
  263:23
**bogden**  2:9
**bolded**  47:16
  230:16
**borderline**  35:9
  39:8,9
**bosick**  3:18
**boston**  4:4
**bothered**  265:13
**bottom**  44:14
  64:23 70:15 77:1
  85:10 100:20
  108:15 146:2
  173:12 175:4
  176:8 180:2
  226:21 254:17
**boulevard**  2:15
**bound**  60:19 61:1
  61:9 149:14,19
  150:5,9 154:1
  155:14,14 156:7,7
  156:9,15,23
  158:13 215:3,4
  234:19,20 258:25
  259:1,14,15 260:1
  260:2 261:4,4
  262:8
**bounds**  150:13
**bradford**  6:22
  55:1 160:11,14,18
  161:5,12,19,21

162:7,11,23 163:6
164:19 165:3,15
165:20 166:5
167:7,24 169:25
170:21,25 171:3
171:11 172:13
178:1,2 179:8
182:5 184:23
185:7,25 187:2
188:2 189:16
**brain**  39:10,18
**break**  52:8 64:8,12
  96:22 97:6 106:4
  106:6,18,22,24
  107:16 108:4,8
  110:25 111:14
  112:4,8,10 120:11
  154:9 157:17
  183:14 199:23
  200:1 201:13,19
  210:5 239:3,8
  253:17 273:11
**breakdown**
  128:12
**breaking**  97:3
**breaks**  107:8
  111:8,9,19,21,23
  204:5
**breast**  35:6
**breath**  125:22
**briefly**  53:24 55:3
**brings**  155:21
**british**  1:15 18:9
  21:5,8,22 22:2
  25:4
**broader**  38:20,24
**broadly**  37:12
  48:16 56:22
**broke**  35:14
**broken**  23:23
  205:22 206:3

**brought**  75:4
**brush**  238:18
**btlaw.com**  4:10
**buchanan**  4:17
**builds**  56:17

**c**

**c**  2:1,14,22 3:1,19
  4:1 5:1 10:13
  109:24,24 200:13
  276:1,1
**calculating**  88:21
**call**  30:25 31:20
  32:1 62:24 66:9
  79:12 80:18 126:9
  259:2 262:10
**called**  33:20 44:24
  130:4 164:4
  174:18
**canada**  1:15
**cancer**  23:6,11
  32:9 35:6 39:10
  39:18 45:9,15,16
  46:7,19,22,23 47:2
  47:7,11,12 48:7,8
  49:12 53:4,14,17
  55:6 56:1,5,19,24
  58:7,11,25 59:21
  60:4 65:21 66:18
  78:16,17 79:15,16
  79:22 80:8 87:22
  88:6 89:12,18,19
  89:20,21,22 90:3
  90:13,19 91:6,7,22
  92:7,14,16 95:25
  102:21 108:22
  109:3 110:6 111:3
  112:19 113:8
  117:15,16 118:2,6
  118:11,24 120:25
  121:6 122:11,20
  123:3,9,10,24

125:7 126:7,12,19
127:25 128:16
129:23 130:12,12
130:16,21 131:5
132:16,20 133:3,8
133:14 135:1,9,11
136:11,14,15
138:5,17 139:8,14
139:19 140:18
141:6,9 142:3
146:6,8,9 148:2,5
148:15,25 149:1,6
149:7,8,20,22
150:4,12 151:14
151:21,25 152:3,4
152:21,22,22
153:2,3,16,16,21
153:22 154:21,22
156:3 166:7,13
167:25 172:7
173:20,23 174:1,4
177:11,20 180:22
184:9,16,17,20
190:6 195:18,22
195:25 196:8,9
197:15 198:1,9
199:1,7,12 200:4,6
200:17,21 201:1
202:2 203:12,17
203:21 204:7,13
205:7 208:6,11,21
209:5,16 210:15
210:17,23 213:6,7
213:13 214:16
217:7,13,16,21
218:8,14,17 219:4
219:4,9,20 220:22
220:23,25 221:1,2
221:9,10 222:21
226:1 229:11,23
230:3,13,21,25

CONFIDENTIAL

[cancer - certainty]

231:8,23 232:1,17
233:3,14,18,22
234:6,14 235:13
235:21 236:1,20
237:6 243:4,6
244:4,14,15 245:3
245:17,22,24
247:6 248:18
249:14,20,23
252:15,19 257:9
258:1,12 262:19
265:21 267:9,13
267:15 268:7
269:12 270:12,16
271:24
**cancers** 35:9 36:6
36:12 40:21 56:8
58:12 66:11 88:10
88:10 123:21
124:5 140:25
155:21 156:2
181:17 213:2
214:2 216:15,18
217:22,22 221:15
223:2 227:1
239:20 242:2,6,24
268:21
**capacity** 160:15
**capture** 45:15
**carat** 180:4,14
**carcinogen** 27:23
50:9 58:14 84:19
109:6 120:24
125:2,14 126:5
177:10,18 263:13
**carcinogenesis**
113:2 124:15
**carcinogenic**
126:18 172:7
263:16

**carcinogenicity**
197:3
**carcinogens** 46:10
46:16,21 47:3,6,12
48:6 50:5,12,18
51:5 64:24 65:4
65:13,17,21,25
66:2,3,7,15,19
67:6,13 72:16
74:12,15 75:4
78:25 79:19,21
80:9,22 81:2,7
82:19 83:1,9,13,18
100:16 108:22
177:8,19
**cardia** 118:24
123:21 141:10
**cardiovascular**
49:12 127:18,22
**career** 99:4
**careers** 97:22
**carillon** 4:18
**carolina** 4:19
**carries** 28:8,21
77:2 211:25 217:2
**carry** 70:15
**carrying** 151:11
216:15
**case** 1:6 12:1,6,14
12:24 13:2 24:9
24:10 26:3,10,14
27:25 40:18 43:4
43:8 55:22 80:5
80:21 93:12
109:12 112:19
114:16 137:21
159:7 192:5 196:5
202:2 222:25
240:15 247:7
248:6 255:10
256:21 259:5

264:19 265:5
274:3
**cases** 116:11
121:25 128:13
132:3,5 138:18
146:18 149:6,7,10
149:22,24 150:1
151:25 152:3,4,23
153:25 156:1,3
159:19 169:3
196:11 199:6,12
208:17 211:16
213:7 217:5,6,10
217:11,18 224:5,7
242:9,13 248:18
249:14 255:1,5,9
256:12,20,24
**categories** 53:16
179:24 182:4,6
**categorize** 268:24
268:24 269:6,7
**categorizing** 47:17
**category** 66:5 80:4
104:22 145:10
156:3 180:21
**causal** 19:1 31:21
35:10,20 36:17
37:4,7 38:6 39:24
47:1,10,19,23
54:12 55:2 91:10
161:1,8,10,25
163:25 165:16
166:1,21 167:1,11
168:10,16,21
169:18 170:5,13
174:12 175:2
181:18,20 182:2,7
182:14,18 183:7
**causality** 161:22
167:21

**causation** 29:15
29:20 37:15,24
38:12 46:3 55:24
163:1,8,13 164:14
164:18,25 175:11
**causations** 163:14
163:16,18,20
**cause** 56:1,5,8,19
58:12 78:16 90:9
100:13 104:22
126:18 160:23,24
167:18 174:14
175:16,16 177:10
177:12,15,20
184:9
**caused** 48:7 58:7
**causes** 29:7 31:22
31:24 38:25 39:2
41:8 58:11 79:16
127:24 148:22
160:20 199:14
213:4
**causing** 30:14
120:24 165:10
184:17,17 219:13
**caution** 264:16
**caveat** 270:5
**caveats** 30:1 40:9
61:14 186:2
226:17 238:24
**center** 4:13
**centre** 3:20
**certain** 14:3 56:8
90:18 106:10
113:20 116:17,18
119:6 203:13
236:17
**certainly** 144:19
256:3
**certainty** 37:23

**certificate** 9:6
274:9
**certification** 274:1
**certified** 1:16,17
**certify** 276:5,9
**challenging** 99:8
**change** 38:19 41:1
41:21 73:20 78:3
86:3,4 89:5 91:17
92:1 93:13,14,16
95:8,9 99:13
100:13,17 101:7
102:15,20 116:18
149:11 195:3
224:25 238:3
251:22 274:7
**changed** 81:6
116:7 222:18
226:7 236:24
237:1,8 238:10
**changes** 63:14,17
122:12 224:21
236:17 274:6,8
**changing** 74:1
96:10
**charlotte** 4:19
**chat** 52:21 68:25
190:11 240:11
246:10
**check** 153:5
**checked** 63:9
168:18,18
**chemical** 70:22
76:14 177:9
198:13 205:22
**chemically** 177:9
**chemicals** 80:3
108:19
**chicago** 5:4
**chimney** 166:9,13

**china** 77:22
**cholesterol** 252:18
**choose** 193:20
**chosen** 198:23
**chrisopher.henry**
4:20
**christopher** 4:18
**chronological**
42:24
**cigarette** 168:1,11
**cipriani** 2:20
**circumstances**
171:15 254:20
**citation** 137:24
138:3,8 243:12
**citations** 16:16
**cite** 17:12 138:16
208:7,12,24
210:17 229:19,20
233:12,16 239:22
241:20 242:14
243:6 244:7 249:6
252:4 258:4
262:14,17
**cited** 16:2,4,19,25
16:25 32:5 43:15
48:13,18,23 49:6
52:14 55:5 162:11
202:10 209:7
210:15 214:4
233:7 243:11
**citing** 68:14 69:8
218:1 232:6
242:22 245:1
**city** 1:14
**civil** 274:5
**clarify** 20:16 57:1
57:24 65:15 187:6
208:15 259:10
**class** 139:9 177:11
177:13,14

**classic** 226:8
**classified** 92:20,20
92:23 93:22 94:12
94:14 165:16
**classify** 165:7
**classifying** 105:2
**clean** 93:9 270:23
**clear** 28:1 48:1
176:19 219:12
256:23 265:10,11
**clearly** 107:21
**clem** 3:19
**clinical** 22:10,19
25:2 176:2,6
183:10
**clinically** 155:15
155:15 156:14,18
156:19
**close** 157:5,23
158:6 159:4,5
169:17 265:14
**closer** 156:21
**coherence** 175:21
175:21,23 178:6
181:7,12,13 182:8
182:16,23 183:3,9
**cohort** 65:11
67:21 74:6 75:10
77:14 83:7 84:17
84:18 85:1 92:19
92:22 93:20,22
94:12,14 98:4
105:2 119:5 127:9
129:5,22,23 185:4
195:25 196:6,7
197:1 217:12
267:10
**collect** 14:4 254:2
**collected** 69:14
70:19,20,22 71:3
71:21 76:7,14

238:9 250:7
**collecting** 14:14
190:20
**collection** 42:23
**collective** 42:3
**colorectal** 146:5,8
146:9 148:2 149:1
149:8,22 151:20
152:4,22 153:3,16
154:22
**columbia** 1:15
18:9 21:5,8,22
22:2 25:4
**column** 39:7 66:24
67:17 68:16 70:14
70:16 87:21,24
88:13,16,21,24
100:20 101:23
115:12 117:24,25
135:23 139:6
165:19 170:21
172:11 173:4
175:5,20 176:9
196:23 197:13,22
**combination**
24:14
**combined** 45:15
211:21 240:23
**come** 36:22 45:5
46:1 62:13 64:6
140:1 173:16,22
174:3,8,13 191:13
192:12 201:14
229:7 239:3
261:17,21 264:9
264:13
**comes** 80:16 147:9
164:18 189:20
205:20,21,23
**comfortable** 26:20
84:22 158:14

**[comfortable - consistently]**                                      Page 10

215:20,24,25
**coming** 27:8,9
31:20 32:12 71:14
71:15 73:22 88:17
105:21 107:17
116:11 136:23
159:9 235:5
246:15
**commencing** 1:15
**comment** 35:1
36:2 67:11
**commentary** 28:1
**commission**
274:22
**committees** 18:20
**common** 31:22,24
**communications**
150:24
**company** 4:6
**compared** 76:21
217:16
**competing** 148:13
148:14,21 213:3
221:17
**complete** 160:21
254:7
**completed** 15:14
21:23 22:5,11
**completely** 265:1
**complex** 102:10
114:5,10,22 115:2
115:17 116:1
**complexity** 108:18
**complicates**
251:10
**component** 47:8
48:8 53:16 57:13
**components** 48:9
**compound** 115:16
115:25 121:17
122:17 123:21

145:17
**compounds** 68:7
68:11 117:15,21
118:18,23 119:8
119:11 121:16,23
122:6 132:10
202:1 203:13
**comprehensive**
33:16
**concentration**
59:13
**concentrations**
76:21 124:21
197:4
**concept** 30:18
37:13 62:14
210:12
**concern** 24:5
35:11
**concerned** 77:23
111:23 112:3,3
**concierge** 5:9
**concluded** 35:8
78:16 118:22
273:12
**concluding** 187:21
187:23 209:13
**conclusion** 36:22
47:23 48:14 229:7
**conclusions**
101:24 104:17
230:2,12
**condition** 127:23
**conditions** 127:19
127:21 128:5,13
128:15 236:17
**conducted** 137:22
143:19 254:25
**conducting** 145:15
270:8

**confidence** 30:6
30:11 60:5 61:2
61:18,24 147:1,3
149:20 154:1
158:7,10,17 159:2
159:5 199:8
203:11 214:18
215:3,4 232:23
234:20,23,25
235:4 258:6,16,19
259:8,14,20,24
260:1,2,5,15,16
261:3,6,9,10,14,19
261:24,25 262:5
262:10,11
**confident** 159:7
**confidential** 1:9
**confounded** 85:20
89:15
**confounder** 79:13
86:5 88:1,8,11,22
89:10,13,25 90:2,3
90:3,4,6,7,11,21
90:25 91:3,8,15,16
91:18,19 92:4,6,12
92:17 93:4,6,8,10
96:1 131:11,17
133:5 207:19
222:9,12,18,25
223:1,3,5,6 225:21
226:2,4,9,10 236:5
236:13,16 238:2,5
250:4,6,22
**confounders** 79:12
81:25 82:1,7,13,19
82:21 86:10,25
87:18 93:4 95:6
128:18,22 130:20
131:5 132:15,19
133:3 225:23,25
226:5,15 236:25

237:15 251:16,17
251:25
**confounding** 31:7
79:11 85:12,17,23
89:17 131:10
144:2,7 164:20
207:15 235:25
249:18,23 250:13
250:24 251:1,2,9
251:11
**confused** 138:21
**confusion** 244:8
**connection** 163:25
**consent** 10:23
**consider** 26:1
33:10 48:13,17
89:9 155:11
160:22 169:18
189:10 234:23
248:9 258:19
260:16
**consideration**
62:23
**considered** 49:16
126:23 128:6
257:20
**considering**
156:11 261:24
**consistency**
170:22,24 171:10
171:13 172:9,12
172:24 178:4
184:11,14,15,21
184:23 185:18
186:1,4 188:19
190:1
**consistent** 102:21
171:15 185:12
204:24
**consistently** 83:9
186:11,19 187:3

188:5
constant 124:20
constantly 83:11
  100:25 124:13
  126:16
constellation
  134:3 209:18
consumption
  203:13
contact 55:15 58:4
  79:7 201:9 209:10
  210:19 213:24
contain 195:4
containing 265:21
contains 266:25
contaminated
  267:8
contamination
  80:17 102:4,15,20
  103:2,3,6 104:10
  104:11,20 105:1,8
  271:16
content 145:8
  220:1 271:14
contents 9:1
context 102:11
  235:7 250:3
continue 22:12
  106:19,20,21
  107:12
contribute 15:3
  17:2 26:18 46:21
contributed 14:21
  15:21 16:21 79:22
contribution 33:3
  41:15,16,16
control 66:7 74:22
  79:10 80:4 81:10
  81:17,24,24 82:10
  84:21 85:12,16
  86:9 89:2,7 90:12

91:11,21 101:2
  123:9,16 131:4
  132:19 133:13
  148:13 176:16
  199:13 202:2
  213:3 221:17
  222:16 223:11,16
  224:11,13 225:1
  226:15 240:15
  247:7 248:6
  250:12 267:19
  268:11 269:14
  270:22 271:18
controlled 83:2
  129:2 130:13
  137:21 222:6
  223:8 226:6
  250:10
controlling 82:5,7
  82:13 130:20
  132:15 133:2
  148:21 224:7
controls 116:10
  130:4 248:20
  249:15 255:1,5
  256:14,20,25
convert 145:7,8
cookie 261:17,22
copy 44:3
corporate 2:15
correct 18:7,10,11
  21:16 22:15,23
  23:15 24:17,20,22
  24:23 25:4,5,8,9
  28:3 34:9,21 35:6
  36:13 37:15 39:19
  47:3 49:7,8,20
  53:5 55:9,22 56:8
  56:24 61:2,3,7
  63:20 64:1 65:14
  67:19 69:9,16,17

69:19 71:16,19,19
  75:17 79:4,5
  81:15 88:25 90:15
  110:10 140:5
  141:24 142:16
  143:18 158:22
  164:3 180:12
  200:15 208:23
  214:8 222:7
  224:12 228:2,16
  231:23 234:2,3,18
  237:23 248:7
  256:7 258:7,13
  259:9,15 276:7
correcting 69:24
correction 62:10
corrections 70:2
  274:15
correlations 102:8
coughed 192:22
counsel 2:7,12,17
  2:23 3:6,11,16,22
  4:6,11,16,21 5:6
  10:9,23 12:1,5
  14:9 42:14 43:4
  96:15 106:1
  107:13 111:1
  154:6 157:14
  209:23 264:16,17
  276:10
countries 69:15
  70:1,21 76:22
  77:5,20 131:16
country 69:20
  77:24 85:2
county 274:13
couple 49:21
  62:22 152:10
  183:18 194:7
course 18:24 19:4
  205:2 221:20

courses 18:23 19:7
  19:13
court 1:1,16 10:7
  10:10,14 11:7
  20:2 25:12,14,20
  25:24 26:6 27:7
  32:7 33:24 36:8
  37:1 39:1 45:10
  49:23 51:13,25
  59:19,22 60:21
  61:21 68:1 71:6
  94:6 96:23 106:12
  107:15,15 109:21
  109:25 111:9
  116:24 119:19
  120:15 121:2
  122:22 124:3,8
  125:17 126:1
  128:25 129:7
  131:23 132:24
  133:10 134:10,13
  140:4 141:12
  147:19 148:17
  149:15 160:24
  161:2 165:4
  166:10 176:1
  180:7 209:23
  214:23 219:17
  225:7 245:4,8,11
  245:23 246:1
  248:2,4,22,25
  250:8 252:20
  273:5
covariate 30:25
create 78:3
created 79:25
creating 207:25
criteria 15:13,19
  34:18 45:24 46:2
  46:11,13 47:15
  48:20,22 49:1

CONFIDENTIAL

**[criteria - depends]**                                              Page 12

54:6,8,20,24 55:1
55:10 90:6 92:12
160:17 161:24
165:2,15 166:3,4
167:7 168:15,19
169:22,24 179:9
179:11 182:11,24
185:25 187:14
188:2 189:7 190:1
190:20 191:9
192:16 193:3
196:18 211:10
231:12,15,17
250:24
**criterion** 182:12
**criticism** 132:22
133:2,4 142:24
148:12,20 149:5
235:15 241:25
**criticisms** 127:5
131:1 235:14
**criticize** 130:19
148:4 151:7
154:20 195:20
229:13 235:11
**criticized** 132:14
218:19
**cross** 102:4,15,20
103:2,3 104:10,20
105:1,8
**crosses** 258:23
260:6
**culbertson** 4:3
**culled** 124:18
**cumulative** 264:8
264:9,11 265:1
**curing** 103:20
104:13,15
**currently** 18:24
23:21 102:10

**curriculum** 6:4
**custodial** 106:17
**cutter** 261:17,22
**cv** 1:6 17:18
**cvs** 4:11

**d**

**d** 10:13 50:1
**dairy** 206:2
**daniel** 2:3 120:3
**danish** 267:9
**data** 23:4 28:13,14
28:16,20,25,25
29:4,22 34:16
40:24 61:19 77:22
80:2,7,24 83:14
89:4,6 118:22
121:25 122:19
129:17 133:23,24
139:2 151:20
152:18 154:5
158:16 178:22
179:13,16,16,18
179:20 180:16
183:10,10,12
189:25 190:21
205:5 207:17
212:7,8 215:6
220:5,21 221:4,13
221:22,23 224:8
224:14,20 227:6
228:14,15,23
241:8 242:17
245:21 249:20,25
250:1,17 251:6
256:16 260:14
272:20,21 273:1,2
**database** 68:6
69:12,13 75:16
76:2 77:11 78:8
97:16

**databases** 23:4
**date** 230:19 274:3
274:12,22 275:19
**dates** 43:5,6
**day** 57:4 119:12
119:17 121:18
124:19 274:19
276:14
**dc** 3:4
**de** 7:3,4 243:7,21
244:15,20 245:15
245:20,20,21
246:9,12 249:9
**deal** 156:16
172:14 186:8
187:8
**death** 97:23 130:4
148:22 167:25
168:2 199:13
221:18
**deaths** 59:21 60:4
123:9 127:20,21
130:9,11 195:22
195:25 199:7
213:4,4
**decarli** 138:20
**decide** 14:25 35:20
36:17 38:25
158:24
**decided** 36:1
182:17 191:24
212:12
**deciding** 54:12
156:17 160:23
191:14
**decision** 212:15
**declare** 10:21
**deed** 274:18
**deep** 125:21
**defendant** 2:23
3:6,11,22 4:16 5:6

**defendants** 2:17
3:16 4:6,11 11:15
**defense** 14:8
**definite** 112:25
**definitely** 89:11,20
169:14,15 267:21
267:25
**definition** 79:13
91:19 227:19
260:8 261:18,22
**definitive** 113:6
159:19
**degree** 21:15 22:5
22:12,19 37:23
**demographics**
121:1
**demonstrated**
90:8
**demonstrates**
209:14
**demonstration**
231:14
**department** 18:6
19:3,23 20:4,7,10
23:14 24:25 97:20
98:7 99:4,18
100:4 101:13
104:12 105:9
**departmental**
18:21
**departments** 99:6
100:7,12 102:4
104:11
**dependent** 90:1
123:7
**depending** 70:23
76:15
**depends** 62:5
189:18 250:23
261:8,18

CONFIDENTIAL

[deposed - directly]                                                             Page 13

**deposed** 11:20
  25:7
**deposition** 1:13
  6:3 10:4,15,17,18
  11:16 13:11 14:10
  107:8,11,20 111:8
  265:12,14 273:12
  274:1,3 275:1
  276:5
**depositions** 96:25
  97:2 106:16,17
  108:1 111:12,16
  111:17 120:4
**describe** 192:10
  193:6 194:23
**described** 191:22
**describing** 69:12
  191:6 196:25
  198:24 254:16,18
**description** 6:2
  7:2 8:6 34:12,13
  119:4 139:5
  261:12
**design** 38:3,4 53:7
  53:11 123:17
  192:9 193:19,22
  194:11,14 220:21
  221:5 229:5
  272:18
**designed** 37:20
  172:1 181:18
  211:18 212:4
  235:5 260:24
**designs** 193:24
  194:12,19
**detail** 188:12
**details** 59:13
**detect** 123:8
**detected** 124:7
**determination**
  261:5

**determinative**
  37:14
**determine** 31:15
  38:10 139:13
**determined**
  182:13
**determining**
  172:23
**detrimental** 31:12
  82:6 222:25
  238:20
**develop** 136:13
  174:2,4
**developing** 269:12
**development**
  39:18
**deviate** 28:7,14,16
**deviation** 72:13
  73:17
**devices** 76:23 77:6
**devocht** 6:12
  68:17,21 70:8,10
  70:12 71:16,21
  76:6,20 77:11
  78:7,7
**diabetes** 127:19,22
**diagnose** 24:19
**diagnosed** 126:13
  270:16
**diagnosis** 248:20
**diagrams** 31:21
**die** 127:24
**died** 121:5 128:17
  148:23,24 196:8
  213:5 220:24
  221:16
**diet** 46:18 128:21
  142:9,18 207:23
  244:17 252:24
  253:3,4,21 254:3
  257:3

**dietary** 47:1
  133:24 138:4
  142:18,20,24
  143:3 144:21,22
  145:3,5,6,22,24
  151:8,19 152:13
  153:1 179:13
  183:22,25 184:3
  184:19 185:5
  192:8,8 194:15,18
  202:1 209:14
  212:17 213:8,14
  219:25 247:5,9,13
  247:15,16,19
  248:1,13,14
  252:18,18,20,21
  254:5,10 255:18
**differed** 70:20
**difference** 53:12
  77:25 93:19 94:11
  131:18 149:24
  150:1 152:9,25
  254:9 255:14
  256:14
**differences** 59:9
  69:25 70:21 76:13
  76:14,22 77:4,5
  256:24 257:2
**different** 12:16
  19:7 29:1 30:14
  30:15 42:7,7 44:1
  45:16 50:4,8,12,18
  51:4 53:7,9,10,16
  55:21,23 56:2
  58:2,7,10,24 65:19
  66:15 69:14 70:1
  70:21 77:6 83:3
  87:21 99:6,11,21
  100:7,8,12 102:9
  124:16,21 136:4
  151:9 157:20

  163:13 171:14,14
  172:1,15 174:9
  175:22 176:14
  181:3 182:6 187:9
  192:5 193:23
  194:9,19 197:4
  211:21 218:21
  220:17 236:6,10
  244:16 250:3
  253:5 256:4,13
  268:2,3,4,5,25
  269:6 271:21,21
**differential** 66:9
  80:1,18 81:12,19
  91:2,12,15,16 96:7
  102:17,22 103:6
  116:16 219:15
  247:17,18,18
**differentially**
  72:22 105:13
**differently** 38:23
  40:1 116:11
**difficult** 16:8
  47:10,19 77:3
  81:22 82:9 83:6
  104:6 108:23
  109:6 114:2
**dilutes** 83:21
  219:15,18
**dinner** 265:13
**direct** 75:20 79:7
  213:23 257:25
**direction** 38:18
  82:15 95:4,10
  96:11 100:17
  101:7 102:16
  188:6 251:23
**directly** 76:21
  89:2 105:12
  224:11,13 263:16

[disagree - effect]                                            Page 14

**disagree**  37:17
40:11,13 42:5
78:20 111:4 167:4
182:22 224:18
267:2
**disclosed**  12:19
**disconnected**
266:13
**discount**  200:2
**discounted**  200:19
**discuss**  73:7 107:3
114:17 115:4
134:15 222:3
**discussed**  23:13
61:4 114:6 164:19
164:21 193:18,22
197:14,25 201:7
208:25 213:16
224:11 258:5
262:22 271:7
**discussing**  127:2
164:6 172:12
195:17 218:17
249:9 257:12
272:4,4
**discussion**  98:13
110:15 195:4
215:20 222:24
230:14 261:2
271:19
**discussions**  17:14
40:16
**disease**  41:8 49:12
127:18,22 163:1
168:24 173:9
**diseases**  23:24
166:8
**disproportionately**
131:11
**disregard**  168:22
204:23,25 205:5

206:22,24 207:2
207:12 272:17
**disregarding**
207:3
**distinct**  268:8
**distinction**  82:17
92:2 113:18
**distinguish**  77:3
**distort**  144:7
**distribution**  255:4
255:7
**district**  1:1,1
**dnigh**  2:7
**doctor**  16:5,5,14
18:2 20:14 24:17
33:25 50:25 70:9
94:24 117:5
125:18 149:16
187:1,20 223:22
**document**  1:4
13:17 17:22 33:19
36:20 42:14 112:7
120:5
**documents**  8:5
14:3,4,12,15,17
15:23 43:9,12
**doing**  31:2 33:22
34:2 104:12 162:2
227:6
**dose**  174:21
180:15,15,18,20
180:23 269:8
**doses**  267:5
269:21 271:21
**dosing**  270:21
**dr**  6:8 11:10,19
13:7,16 18:5
20:22 21:14 26:2
26:9,21 32:15
42:21 43:2 52:13
64:16 94:10

106:20 108:13
110:22 112:12
114:21 120:19
126:1 134:15,18
136:9 137:3
143:14 147:25
150:20 153:6
160:6,11 201:24
210:11 239:13
240:11 245:10,14
265:17 271:11
**drastically**  74:1
**draw**  31:21,21,24
47:10,19
**drop**  130:11
**dropbox**  52:21
**dropped**  221:16
**drug**  23:24 24:1,4
24:10 31:6 41:8
124:17 160:19
161:10,25 165:8
165:10 167:13
177:12 270:17
**drugs**  3:16 23:3
24:3,6 177:14,15
269:17
**dual**  92:12
**duane**  2:13 11:14
**duanemorris.com**
2:17
**due**  108:16,18
127:20,21 148:22
217:11
**duffy**  1:5
**duly**  11:4
**duplicated**  180:24
**duration**  99:12,15
99:16,21 100:1,2
104:21 257:14,18
**dust**  71:4,8 79:2
103:14 104:12

105:9 264:2
**dye**  32:8 35:5 36:7
36:12 39:17 40:21
49:15
**dyes**  6:6 32:6
190:6
**dying**  128:15
148:14

| e |
| --- |

**e**  2:1,1,4 3:1,1 4:1
4:1,3 5:1,1 6:1 7:1
10:13,13 87:3,7
109:24 140:3,3,4,4
147:21 201:25
202:21 222:10
225:13 276:1,1
**e.g.**  172:15 187:9
**earlier**  97:14
147:7 148:23
193:22 201:7
213:16 218:16
222:11 225:25
263:10
**early**  148:24 190:4
268:11
**eat**  145:5,12
255:20
**eaten**  256:7
**echo**  269:3
**editor**  63:3
**editorial**  62:6,12
**editors**  40:4,17
41:1,17,21 62:13
62:16,24 63:13
**effect**  27:22 28:5
30:6 35:5,9,10,21
36:17 37:4,19
38:2,18 39:8,10
46:5 73:20 80:15
81:12,19 83:12
87:18 88:11 95:5

95:10,23 116:16
126:19 142:1
153:20,22 164:10
164:10,16,17,23
165:7 167:20
168:20 169:24
170:9,10,12,16
171:19 174:14
177:12,14 213:12
219:16,18 220:6
222:11 231:14
235:3 236:1,14,15
238:1 251:21
252:18 257:25
259:19 261:9,11
261:18,19 263:16
**effects** 55:2 70:4
86:24 116:19
151:13 184:17
**eight** 19:17
**eighth** 176:9
**either** 12:7,13,13
30:24 57:16 63:13
105:2 185:25
205:18 219:23
260:6
**elaborate** 58:25
103:2
**elderly** 121:4
254:6
**elevated** 141:1,23
**eliminate** 88:8
**employed** 97:22
**employment** 78:15
99:12,15,17,21,23
100:1,2
**endogenous**
113:18,24 114:3,7
114:8,9,14,23
115:15,25 116:8
116:12 117:14,21

118:18,22 119:7
119:10 121:13,16
121:17,23 122:5
122:12,17 123:16
123:20 126:13
128:17 132:9
**ends** 52:6 159:24
201:17 239:6
273:9
**enoc** 118:19,23
122:1
**enrolled** 19:22
22:18
**ensure** 63:7,8
**entail** 18:12
**entangling** 108:20
**entered** 274:8
**entire** 274:5
**entities** 30:15
**entitled** 6:5 201:25
247:5
**entries** 85:10
**entry** 85:10
**environment**
163:1
**environmental**
174:3
**epi** 116:22 184:19
186:15,15 189:24
194:9,10,13,13,18
220:21 231:3
**epidemiologic**
181:19,21 183:13
183:15 184:1
265:20
**epidemiological**
19:18 23:2 27:15
45:17 49:10 57:15
58:23 80:14
116:25 176:6
181:14 229:24

**epidemiologist**
27:3
**epidemiologists**
169:20
**epidemiology**
22:10,13,20 23:24
26:25 245:22,24
**equal** 66:20
**equally** 74:23
83:20 151:20
153:15 219:3
265:11
**errata** 274:7,9,16
275:1
**error** 72:16 73:18
73:25 74:13 75:1
80:17,19 152:15
153:9 247:17
255:8 267:22
268:1,14,16
**errors** 74:3,20
144:21 247:14
256:19
**esophageal** 214:16
216:17 217:6,13
217:21,22 218:14
219:3,14,20 221:1
221:2,9 223:1
**esophagus** 222:22
**especially** 84:20
92:10 111:16
168:23 254:6
256:11
**esquire** 2:3,4,4,5,9
2:14,14,15,20 3:3
3:8,14,19,19 4:3,8
4:13,18 5:3
**essentially** 169:7
174:20 176:10
181:1 203:19
209:12 271:5

**establish** 34:8
161:22
**established** 34:17
190:19,20
**estimate** 50:11
145:15 147:2,9
150:11 152:5
153:11 155:20
217:8
**estimates** 68:6,11
69:8 71:15 75:15
76:1 97:16 98:2
98:24 103:23
104:7 145:16,20
155:11 212:20
220:1
**et** 1:5,5
**ethically** 212:6
**etminan** 1:13 9:2
10:4 11:3,10,18,19
13:16 18:5 20:22
21:14 26:2,9,21
32:15 42:21 43:2
52:13 64:16 94:10
106:20 108:13
110:22 112:12
114:21 120:19
126:1 134:15,18
136:9 137:3
143:14 147:25
150:20 153:6
160:6,11 201:24
210:11 239:13
240:11 245:10,14
265:17 271:11
274:4,12 275:20
276:6
**etminan's** 6:8
**eu** 68:6
**europe** 68:8 77:19

[european - expert]                                                        Page 16

**european**  77:19
117:16 131:16
**evaluate**  34:8
38:11,12 39:17
109:4 116:15,19
117:20,20 163:8
192:16 193:3
246:4 268:20
270:10
**evaluated**  34:19
118:18 132:8
168:7 188:20
**evaluating**  56:7
118:1 169:8 181:7
191:24 213:22
216:15 230:25
231:7,22 257:20
266:23 267:6
**event**  150:17
169:15 171:22
177:13,15 212:14
**events**  30:8,10
125:7 146:19,23
147:8 148:13,14
148:21 150:10,11
196:19 221:18
**eventually**  263:17
**everybody**  111:10
**evidence**  14:21
15:4,20 16:22
17:14 18:25 19:4
19:8 29:14 33:9
35:10 36:19 38:21
54:11 58:12 73:24
74:18,22 118:14
133:9,20,21,22
134:3 147:5
154:25 161:9,23
161:24 162:4
165:25 176:11,13
177:8 179:17,21

180:19 181:14
182:3 184:16
185:8,14 187:21
187:24 188:3
189:4,11,20
193:14 203:19
204:11 206:10,13
206:15 208:13,20
209:4,8,14,22
210:12,16,21
212:14 214:15
226:25 230:20
233:1,13 242:5
258:10 272:1
**ex**  68:6 69:12 76:1
**exact**  77:24
**exactly**  12:10 36:1
108:2 118:11
228:16 251:5
**examination**  9:3
11:9
**examine**  146:11
195:22 229:14
**examined**  11:4
244:15
**examines**  181:12
**example**  27:20
46:19 49:1 71:2
88:5 105:9 166:5
166:18 167:12,16
167:25 168:5
171:25 177:12
212:23 260:20
261:11 271:18
**examples**  49:17
264:13
**excellent**  160:10
**exception**  264:22
264:23
**exceptions**  265:3

**excessive**  111:23
**exclude**  61:10
158:8
**excluded**  25:14
48:10 54:20 55:11
**exclusion**  45:24
46:2 47:15 54:8
54:19 55:10
**excuse**  245:5
**execute**  82:9
**executed**  274:9
**execution**  274:17
**exercise**  178:17
**exhibit**  6:2,3,4,5,7
6:8,9,10,11,12,13
6:14,15,16,17,18
6:19,20,21,22,23
6:24,25 7:2,3,4,5,6
7:7 13:11,11,12
17:18,19 32:4,4,10
32:16 42:9,10,16
44:3,4 51:11,17,19
51:21,23 59:16
63:23 64:3,22
66:22 68:21,22
85:5,6 96:14
98:15,17 108:14
109:19,19 110:1
110:17 112:13
117:3,8 129:14
134:7,7,8 136:22
136:24 137:15,17
138:9 139:1,23,24
140:3,6 143:6,8,11
147:16,17 148:10
151:6 154:13,15
155:24,25 162:10
162:10,13 190:4
195:11 201:25
202:3,5,7,9 203:2
214:10,11 216:5

217:25 232:4,8
240:2,4,8 243:10
243:17,19,20,22
243:25 246:9,12
246:15 247:2
252:7,9,13 266:3,4
266:5,7,11,16,19
271:1
**exhibits**  9:7 52:14
266:10
**exist**  67:7 77:6
**exists**  178:18,19
178:19
**exogenous**  113:1,7
113:15,18 115:8
117:14 120:21,24
121:7 122:25
123:2,24 124:5,6
124:11,15 125:1,7
125:14 126:5,11
126:14 132:8
139:19 142:3
232:17
**expect**  62:1 152:8
152:24 157:4,22
158:19 259:8,13
259:25
**expected**  196:15
199:8
**experiment**  37:22
176:10,15,21
178:7
**experimental**
19:23 20:4,6,10
176:11,13
**expert**  12:17 13:5
14:19 26:3,10,15
63:24 111:16,18
111:20 160:16
265:18

**expertise** 208:4
**experts** 12:19 13:1
  13:5
**expiration** 274:22
**explain** 137:9
  181:11 184:13
  206:24 208:17
**explained** 95:16
**explaining** 69:6,12
**explains** 207:16
**explanation** 79:24
  107:1 206:7
**explore** 210:11
**exposed** 31:5
  49:13 50:5,12,19
  51:4 57:6,9,18,23
  58:3,18,19 59:10
  59:10 64:24 65:3
  65:13,17,24 66:1
  66:15,19,20 74:11
  75:15 78:24 82:23
  83:18 84:18 89:23
  104:16 114:9,13
  126:11,15 166:15
  174:2 244:16
  268:20 270:10
**exposure** 27:23
  28:11 29:7 30:14
  31:23 47:3 49:14
  49:17 53:14,15
  55:5,14,20,21,23
  56:2,3,4,12,12,17
  56:17,22 57:22
  58:3,9 59:7,8 61:6
  65:24 66:6 67:18
  68:4,5 69:25 72:8
  74:15 75:3,3 76:1
  77:4,21 79:6 81:4
  82:3 89:14 90:22
  91:12 92:23 93:15
  93:20 94:12,15

96:19 97:11 100:8
  100:11,24 101:4,4
  101:9 103:15,22
  104:4 108:19,21
  109:4 112:23
  114:3 116:8,13
  117:14 118:15
  124:21 125:1,14
  126:5 128:17
  157:3,21 158:4
  163:25 165:7
  167:13 173:9,16
  173:22 174:8,9,10
  174:11,13,24,25
  175:9,10,16
  186:12 197:1,3,5,9
  197:17 198:3
  199:2 201:8,8
  203:16,20 204:7
  204:10,12 205:6
  205:14,14 209:10
  210:18,22 212:3,9
  212:18 213:18,19
  213:23,24 226:11
  226:25 227:8,20
  227:25 228:7
  230:4,13 231:1,8
  231:22 233:2
  234:14 237:4
  240:22 241:9,9
  242:5,23 257:14
  257:19,24 258:11
  259:13 262:18,24
  265:25 266:23,24
  267:6,12 270:2,11
**exposures** 50:9
  67:1,6,8,12 69:9,9
  71:14 76:23 77:9
  79:11 81:11,18
  82:18,20 83:3
  100:21,23 102:9

103:12,23 211:22
  216:18
**expressly** 100:21
**extensively** 15:3
  194:7
**extent** 212:19
**external** 63:2
**extra** 149:10 150:1
**extreme** 167:15
**extremely** 260:13
**eye** 23:24,25

**f**

**f** 25:23 51:15
  140:3,4 200:13
  276:1
**faced** 192:6
**fact** 65:2 73:16
  78:23 158:19
  193:18 194:22,24
  204:25 221:14
  226:5 227:25
  234:16 253:2,24
  255:10 272:14
**factor** 39:22 89:11
  89:17,21 90:18,20
  90:25 91:5,7,21
  92:17 95:7,8 96:6
  102:23 126:6
  131:10 135:12
  136:13,20,20
  165:20 168:7,9
  169:8 170:21
  171:10 172:24
  173:3,7,7,13
  174:18 175:1,5,7
  175:21 176:10,24
  177:3 185:18
  188:18 207:15,22
  222:21,24 226:16
  240:24 251:20
  257:19,21

**factories** 49:15,15
  49:16,20 53:4
  65:3,16 68:7
  71:14,22 74:7
  75:11 77:13 78:24
  98:3 99:1 263:25
**factors** 38:3,9
  79:15 82:4,5,6
  85:23 114:22
  115:17 116:1
  123:7 128:6
  139:13,16 144:7
  163:7 165:20
  170:5,8,10 174:3,3
  178:3 181:2
  224:16 237:2
  240:14 251:17,19
  252:1
**factory** 50:6,20
  66:14 67:7,22
  77:12 82:23 84:14
  92:9 97:20 98:4
  99:3,18 103:24
  105:4 129:18
**facts** 17:10
**faculties** 20:7,8
**faculty** 20:9,13
**fair** 16:24
**falanga** 4:12
**falkenberg** 5:3
**falkenbergives.c...**
  5:5
**familiar** 32:19
  40:20 114:3 121:9
**familiarity** 26:24
**family** 89:17,19,20
  89:22 90:13 135:9
  135:11,22 136:10
  136:14 139:3,7
  254:7

CONFIDENTIAL

**[far - formation]**                                                                Page 18

**far** 116:6,20 172:5
  230:24 273:6
**fashion** 169:4
**faster** 22:12
**fat** 252:14,18,21
**favored** 74:20
**feasible** 40:23
**february** 67:23
  129:19
**federal** 265:2
**feel** 84:22 148:9
  160:20 177:24
  248:18
**feeling** 271:16
**feels** 163:7
**fellowship** 22:22
  23:1
**felt** 22:7 26:18,19
  179:11 194:23
**fifth** 174:17
**file** 15:6
**filling** 247:14
**final** 102:3
**finally** 102:4
**find** 31:25 60:7
  134:24 146:13
  147:12 200:13
  202:14 226:24
  229:25 231:16
  236:8
**findings** 187:13
**fine** 130:4,14
**finish** 16:7 22:11
  94:2,3 97:8 125:5
  125:22 154:8
  157:16 186:21
**finished** 223:20,24
**firm** 2:3 10:6,8
  11:14
**first** 11:4,25 12:6
  13:10 33:15 43:3

43:7 50:24 51:9
  66:23,24 67:18
  68:4 69:7 78:11
  78:15 82:20 91:14
  91:14,20 100:19
  103:11 108:15,15
  112:22 117:25
  162:20 163:6
  165:18,20 178:4
  180:3 192:2
  197:13 198:11
  211:8 214:4,4
  234:8 258:15
  263:19
**fish** 145:12
**fit** 167:5 223:2
  231:16
**fits** 29:5 260:7,8
  261:11
**five** 11:24 25:7
  149:10,24 150:1
**floor** 3:20 4:4,14
**florida** 2:6,16
**flow** 176:4 183:9
**focus** 19:1 23:21
  23:22 54:4 115:7
  215:2
**focusing** 174:7
  252:17
**follow** 57:6,8,16
  80:8 83:8,11,19
  84:1,15 120:22
  123:8,19 124:1,5
  125:6,10 130:6
  131:9,20 212:1,4
  213:1 229:24
  269:8 270:19,20
  271:24 272:5,9,16
  272:19 273:2
**followed** 57:17
  74:19 85:2 132:4

149:3 178:9 185:4
  220:24 221:14
**following** 67:5
  72:11 75:20
  135:25 186:17
**follows** 11:5
**followup** 104:21
**food** 46:18 142:14
  143:1 145:8,9,10
  145:18 151:9
  153:12 218:21
  253:5 255:20
**foods** 152:13,25
  212:21 220:2
  252:14 255:19
  256:6 257:2
**footnote** 180:4
**foregoing** 274:16
  276:5
**forget** 12:8 22:4
**forgot** 265:7
**form** 15:9 16:13
  17:4 21:20 24:8
  25:15 26:4,11
  28:17 29:16 33:12
  34:22 35:22 36:18
  37:16 38:13 39:20
  41:4,23 42:2 47:4
  47:24 50:7,13,21
  50:24,24 53:22
  54:22,24 55:17
  56:9 58:21 60:13
  62:4 71:17,23
  76:9 77:15 81:13
  81:20 83:4 84:10
  85:25 86:12,12,17
  87:1,1 92:25 94:5
  94:23 100:5
  101:15,18 102:12
  104:1,18 105:5,14
  109:8 113:10,25

115:9 119:13
  122:7 123:22
  124:22 126:8
  132:12 142:4
  144:24 148:7
  151:22 153:23
  154:24 157:6,24
  158:20 163:9
  167:3 168:12
  169:12 172:25
  174:5 175:13
  176:17 178:12
  179:4 181:5,23
  182:20 183:4,19
  185:2 187:4,25
  188:23 189:12
  191:2,17 192:1
  194:1,1 196:2,10
  196:16,16 198:10
  199:4 200:5,22
  204:20 205:8,16
  207:4 210:25
  211:3 213:2 216:3
  218:23 219:5
  220:3,11 221:11
  227:10,21 228:4
  228:10,17 229:1
  229:16 230:5
  231:2,10 233:4
  237:9,21 238:15
  241:11 243:1
  248:24 251:4,13
  253:7 255:22,23
  256:8,17 258:21
  260:18 262:2
  270:16 271:10
  272:11
**formal** 195:4
**formation** 115:16
  116:1

**forming** 257:23
**formula** 88:4,7
**formulate** 14:18
**formulation**
  269:19
**formulations**
  267:20
**forth** 190:23
**forward** 57:16
  68:15 85:2 101:23
  106:19,21 107:12
  223:21
**fosamax** 25:12,17
  25:21,22,24
**found** 14:20 15:12
  69:21,23 70:22
  87:8 105:25
  122:14 135:2
  146:21 197:16
  198:2 199:1
  208:13 227:2
  232:16 237:25
**four** 11:24 25:7
  73:22 196:17
  209:7
**fourth** 33:19
  173:13 191:1
**fowler** 3:3
**fowlerst** 3:5
**frame** 57:12 125:1
  125:14 126:5
**framework** 54:11
  55:2
**frankly** 106:17
  264:23
**frederick** 2:15
**free** 148:9 177:24
  274:18
**frequency** 253:5
  255:20

**fritschi** 200:8,10
  200:12 208:7,17
  211:21
**fritz** 200:8
**front** 112:12
  243:25
**fruit** 145:12
**full** 39:7 110:9
  111:3 125:20
  197:13
**fumes** 71:4,9 79:3
  82:24 103:18
  264:2
**further** 10:19
  76:18,25 77:3
  97:16 159:15,16
  159:17 276:9
**furthermore**
  76:20

**g**

**g** 10:13 201:25
  202:21 266:4
**gallagher** 2:14 9:4
  11:9,13 12:22,23
  13:10,15,19,21,23
  14:1,11,13 15:22
  16:23 17:16,23
  18:4 20:21 21:24
  24:16 26:1,8,13
  27:11,13 29:11
  30:16 32:3,9,12,14
  33:17 34:1,24
  35:17,19 36:3,10
  36:23 37:2,5 38:8
  39:5 40:10 41:18
  41:24 42:8,12,18
  42:20,22 43:1
  44:2,6 45:21
  47:13 48:11 50:2
  50:10,15 51:6,10
  51:15 52:3,12,23

53:1 55:8,19
56:20 59:3,21,24
60:1,17,23,24
61:22 62:20 63:22
64:7,15 68:3,20,24
69:2 71:8,10,18
72:2 75:23 76:11
78:5 81:14 82:16
84:6 85:3 86:7,13
86:20 87:12 93:18
94:3,4,8,9,20
95:12 96:17,18,24
97:8,10 100:18
101:16,21 103:8
104:2,24 105:6
106:3,22 107:2
108:12 109:16,18
109:23 110:4,11
110:21 111:5,6,13
112:1,6,11 113:13
114:18 115:11
117:2,11 119:15
120:1,3,8,14,18
121:14 122:8
123:1 124:9,24
125:25 126:2,20
129:4,9,13 132:6
132:13 133:1,15
134:6,12,14 136:3
136:6,8,22 137:2
139:22 140:1,5,9
141:4,16 142:6
143:5,10,12 145:2
147:15,21,22
148:8 150:3 152:7
154:4,8,15,17
155:3 157:16,18
158:2,21 159:8,21
160:5 161:3 162:9
162:17 163:11
165:17 166:12

167:22 169:5
170:1 173:2
174:16 175:18
176:7 178:20
179:15 180:9,11
181:6 182:15
183:1,11,24
185:16 186:23
187:18 188:17
190:2,10,12 191:3
191:21 192:14,25
193:1 195:7 196:4
196:12,20 198:20
199:18 200:23
201:12,23 205:3
205:12 206:6
207:13 210:1,8,9
210:10 212:16
215:1 216:4 219:1
219:21 220:4,10
221:6 222:1 224:1
225:9,11 227:12
227:23 228:5,12
228:21 229:9,18
230:8 231:5,19
232:3,10,12 233:8
237:16,22 239:4
239:12 240:1,6,9
241:13 243:2,15
243:19,24 245:6,9
245:12 246:2,8,14
248:5 249:4,10,12
250:11 251:7
252:2,6,12,21,23
253:10,12,20
256:2,10,22 259:6
261:1 262:12
265:9,16 266:2,9
266:15 269:1,24
272:2,23 273:4

**gastric** 110:6
111:2 112:19
113:1 115:17
117:15 118:2,6,11
122:20 123:3
135:1,8,11 136:11
136:13,14 138:5
138:17 139:8,14
139:19 140:17,25
141:5,9,9 142:3
148:5 150:4
154:20 155:21
218:17 219:4
221:10 226:1
**gastrointestinal**
24:4
**gateway** 4:13
**gathering** 33:8
**general** 17:9 21:10
55:24 96:5 102:19
109:14 157:8,13
186:13 198:12
203:22,23 205:10
209:6
**generalize** 169:4
**generally** 37:13
53:6 56:3 142:25
144:18,25 153:4,7
163:14 177:17
206:9 209:3
238:22 247:20,25
255:21,25
**generated** 103:19
**generic** 268:4
269:19
**georgia** 3:10
**german** 98:3,25
**germany** 71:3,15
71:22 76:8 240:16
**getting** 57:8 66:6,6
68:10 88:1 107:7

107:19 121:5
124:18 130:16,16
148:15 179:18
206:1 207:16
208:5 215:14
**give** 134:20 148:11
152:3 186:3
202:13 217:7
224:24 253:13
**given** 84:13,16
102:8 128:10
131:13 251:1
**gives** 166:5 219:8
**giving** 84:16
260:22
**glance** 91:20
**go** 13:19 14:14
16:14 22:12 33:18
34:25 36:4 39:6
42:22 43:21 44:11
45:22 50:25 51:8
52:1,3,4,22 68:15
69:3 72:10 73:14
73:15 78:10 79:17
79:24 83:6 85:4
86:9,21 94:24
95:18 96:2,5
100:19 101:22
102:13 103:10,13
106:3 107:2 108:3
110:11 111:1,17
116:6 120:7
121:20,23 129:14
131:15 134:23
138:1 141:25
142:7 146:1
159:21 160:11
164:25 177:21
184:10 190:3,3
194:3 197:12
198:15,18 202:12

203:8 210:1
215:17 222:3
240:1 243:15
244:21,22,23
249:20 252:6
253:12 254:4
255:24 259:9
262:3 273:7,7
**goes** 71:1 76:19
150:7 155:16
167:24 212:15
215:21 258:24,25
259:1 260:6
**going** 10:1 12:20
15:1 16:13 17:21
20:18 24:7 40:15
47:2 52:7 64:11
67:16 70:15 73:25
90:23 98:12 106:8
106:8 107:6 108:2
108:7 110:14
120:10 153:13
158:17 159:25
165:19 169:17
174:17 176:23
177:4 188:4,12
201:18,24 210:4
215:25 216:25
220:5,6 223:21
239:7,19 240:6
241:14 243:13,14
243:20 244:9
252:7 253:16
258:14 263:20
267:22 269:16
273:5,9
**gold** 114:4 116:21
**gomm** 7:7 266:4
266:20 270:25
271:3,5

**gonna** 81:22 188:7
189:14 239:18
**good** 11:10,12
24:12 26:24 114:8
160:8 167:16
172:13 186:8
187:8 195:1 212:1
215:8 270:19
**goodman** 7:5
249:6 252:4
254:13 257:10,13
258:15
**gordon** 3:18
**gradient** 174:18
178:6
**graduate** 18:16
19:2,11,12,21,25
20:23
**graduated** 19:6
**graduates** 20:12
**grand** 206:14
**grant** 3:20
**grasp** 62:13
**gray** 130:4,14
**great** 27:17 168:3
**greater** 165:14,24
169:21 174:23
259:1,19
**greenberg** 3:3,8
**group** 31:6,6 66:1
66:7,11,18 72:15
72:17,20,21 73:19
73:19 74:11,12,13
74:16,20,22 80:4
80:11,12,22,23
81:8,9 84:3,8,20
84:21 93:2,5,11
96:9,9 100:15,24
101:2 102:17
103:7,7 114:8,13
131:12,13 145:9

CONFIDENTIAL

[group - high]                                                                 Page 21

145:18 153:12
177:14 217:17
236:3 267:20
268:12 269:14
270:23 271:18
**groups** 31:5 72:22
74:24 78:2 80:18
91:2 145:8 151:9
219:7 268:15
**gtlaw.com** 3:5,11
**guess** 37:12 57:25
69:7 88:14 142:21
144:17 150:23
152:9 157:19
168:6 177:2 178:1
179:17 180:4
259:23

**h**

**h** 6:1 7:1 50:1
90:18,21,23 91:4,9
91:19 92:1,3,4,13
92:21 93:10,21,23
94:13,15 96:6,8
109:24 122:1,6,12
122:13,18 123:16
139:23 200:13
201:25 202:21
214:5
**h.j.** 4:6
**hair** 6:6 32:6,8
35:5 36:7,12
39:17 40:21 49:15
190:5
**half** 82:25 83:1
120:23 125:10
131:20 146:22
**halfway** 97:17
118:4
**hand** 11:11 66:24
67:17 68:16 70:14
70:16 87:21 88:13

88:16,20,24
100:20 101:23
115:12 117:24,25
135:23 139:6
149:17 165:19
170:21 172:11
173:4 175:20
176:9 191:4
196:22 197:12,22
216:9 254:16
276:14
**handling** 103:16
**happen** 63:8 80:25
84:25 152:21,21
152:22 228:22
**happened** 41:12
74:23 96:24
105:19 107:25
220:16
**happening** 83:15
**happens** 80:13
83:21 101:4
192:23 223:4
228:20
**happy** 239:18
**hard** 115:3
**harding** 2:9
**harkins** 3:8 4:6
**harkinss** 3:11
**harm** 61:13
**hazard** 46:6 87:25
88:17,22 95:14,18
95:19,25 96:10,12
104:17 118:9,13
121:22 141:2,10
150:14,16 164:7
164:11,13,15,23
166:23,24 167:6
179:23 180:16
206:9 218:6
262:17,20

**hazards** 171:5
**head** 11:23 129:12
161:7 214:2 227:1
**heading** 35:1
45:14 67:17
**health** 24:5 31:23
35:11
**healthcare** 1:5
2:18
**hear** 35:13 67:11
94:6 192:21 269:1
**heard** 107:22
186:25 264:6
**hearing** 27:10
125:18,19
**heart** 213:5
**heating** 103:19
104:13,15
**heavy** 168:2
**hecht** 265:12
**heinz** 2:20
**held** 1:14 21:9
110:15
**hello** 268:25
**helped** 33:6
**helpful** 140:14
**helps** 254:7
**hematopoietic**
35:9 36:6,12
**henry** 4:18
**hereunto** 276:13
**hetero** 3:16,16
**heterogeneity**
69:20
**hidajat** 6:11 49:21
49:25 51:17 52:18
53:13,15 54:2,5,15
54:15,16 65:12,18
65:24 66:21 69:7
70:11 74:3,4 75:2
75:10,10,13,24,25

75:25 77:14 78:4
78:10 79:9,23
85:13,17 88:18
89:1 90:12 92:19
94:12,14 95:11
96:13 98:3,12,16
100:20 101:25
103:22 108:14
129:9,25 131:4,25
132:3,4,10,18
133:8,18,23
136:17 146:8
178:23 179:10,22
179:25 180:10
183:16 184:19,22
185:3 189:23
192:7 194:6
199:13 200:3,24
201:6 208:24
211:24 212:23
213:1,17,21 222:4
223:13 224:10
229:19 230:20
233:16,24 235:20
236:8,10,19
237:19,24,24,25
242:15,18,21
257:24 262:14,18
262:22
**high** 37:23 47:18
74:14,20 78:1
79:22,23 80:3,10
80:11,22 83:10,20
84:20,20 92:21
93:20 94:12 96:9
100:25 102:8
104:22 105:1,3,11
121:8 131:12
138:5 150:8
159:17 166:20
189:23 214:21

[high - inaccurate]                                                                        Page 22

215:21 235:18
252:14 269:8
**higher** 30:8 66:18
73:2 125:9 131:12
149:23 156:22,22
159:11,12,18
169:23 191:15
207:23 209:19
259:4 268:6,6
270:14
**highest** 65:23 66:5
66:17 103:14
179:23 189:1
**highlight** 24:12
249:10
**highly** 104:16
**hill** 3:13 6:22 55:1
160:11,14,18
161:5,12,19,21
162:7,11,23 163:6
164:19 165:3,15
165:20 166:5
167:7,24 169:25
170:21,25 171:3
171:11 172:13
178:1,2 179:8
182:5 184:23
185:7,25 187:2
188:2 189:16
**hillwallack.com**
3:16
**hinshaw** 4:3
**hinshaw.com** 4:5
**historic** 254:3
**history** 89:17,19
89:20,22 90:13
130:21 131:5
132:15,19 133:3
133:14 135:9,11
135:22 136:10,14
139:3,8 235:12,21

236:1,19,21 237:6
249:19,23 252:24
253:3,4,22 254:3
**hodgkin's** 240:14
**hold** 12:18 16:5,6
16:6 50:23,23
94:1,1,18,18,18
110:23 186:21
211:1 218:3
223:18 255:22
264:4 271:9,9
**home** 155:22
**honestly** 35:23
100:7
**hospital** 21:10,13
**host** 115:7
**hour** 18:24 273:6
**hours** 14:9 18:17
85:11 106:8 107:6
111:18,24,25
264:18,22 265:2,4
265:11,15
**huahai** 2:18,18
**hub** 20:11
**huge** 77:25 95:22
96:7 104:14
105:24 159:2
**huh** 47:21 61:25
64:21 67:25 68:9
69:5 102:2 119:3
127:12 129:16
131:3 135:24
168:4 171:8
184:12 218:15
241:22 243:8
244:25 249:21
257:11
**human** 231:12,16
**humana** 5:6
**humans** 58:8
231:7

**hydrocarbons**
79:3 82:24
**hypothetically**
57:2

**i**

**i.e.** 97:20
**iarc** 78:17 79:19
**idaho** 21:15,23
22:5,11
**identification**
13:13 17:20 32:11
42:17 44:5,19
51:20,22,24 68:23
110:2,18 117:9
134:9 136:25
139:25 140:7
143:9 147:18
162:14 202:4
232:9 240:5
243:18,23 252:10
266:6,8
**identified** 45:13
46:7 123:20
249:14 270:7
272:5
**identify** 24:6 60:4
**identifying** 248:19
**illinois** 5:4
**ilyse** 276:16
**immediately** 21:7
47:15
**immigration**
97:23
**impact** 57:22
93:24 94:16,21
95:1,13 104:14
113:23 117:21
122:5 128:7
144:22 241:15,16
263:4,12

**impacted** 128:7
**impacting** 103:9
105:12
**impacts** 58:19
145:21
**importance** 24:13
171:4
**important** 24:12
51:2 128:21
158:25 178:14,16
249:18,23 250:6
250:13 268:8
272:18
**impose** 263:15
**impossible** 75:21
212:6
**imprecise** 30:12
146:23,25 147:9
147:11 152:3,5
155:10,12,19
156:5,11,24,25
258:20,22,23
259:2,5 260:17
261:3,24 262:9
**imprecision** 151:8
151:12,19 152:9
152:12,14,18
153:10,14,14,15
153:19 214:21
260:9
**improve** 63:18
193:15 195:2
255:12
**improvised** 34:15
**impurity** 267:1
270:3,11
**inaccurate** 142:14
142:25 218:21
219:23,23,25
220:5

[inaccurately - interruptions]                                                    Page 23

**inaccurately**
  255:19
**inadequate**  120:24
  271:25
**inaudible**  136:7
**include**  15:1 16:1
  47:2 53:21 54:10
  86:4 88:4,5,6
  115:1 158:17
  171:1 172:3
  191:25 198:23,23
  231:17 238:7
**included**  15:5,17
  16:18 34:6,19
  46:9,13 48:20
  53:20 54:18,25
  57:15 61:2 77:11
  77:13,14 119:5
  126:24 127:9
  137:6,6,11 159:14
  178:22,25 179:10
  179:12 195:6
  211:8,9 236:6
  245:21
**includes**  61:24
  79:2 147:4 198:13
**including**  14:19
  45:16 65:17 68:12
  69:9 102:3 115:18
  119:7 128:16
  129:23 174:3
  184:25 193:4
  249:19 264:1
**inclusion**  45:23
  46:1 48:20,22
  49:1 54:6,24
  190:20 231:12,15
**inclusive**  190:25
**incomplete**  183:19
**inconclusive**  157:1
  158:14 159:3

208:16 215:13,22
  216:1 259:18,21
  260:11 261:16
  262:6
**inconsistency**
  189:11 207:17,25
**inconsistent**
  185:22 198:6
  204:17,21
**incorporate**
  116:22
**incorporated**
  274:10
**incorrect**  153:13
**increase**  59:18
  60:3 134:2 155:19
  156:24 159:14
  174:25 185:12
  209:15 213:12
  219:10,13,19
  235:25 237:25
  242:11
**increased**  102:21
  135:8 139:10
  147:10 184:21
  186:12 197:15
  198:1,8,25 209:20
  227:2
**increases**  174:25
**increasing**  127:23
**independent**  170:9
**index**  9:7
**indiana**  4:9
**indianapolis**  4:9
**indicated**  35:4
  197:2
**indicative**  175:1
**individual**  115:20
**individuals**  98:5
  105:11 129:24
  145:7 153:1,2

**induction**  126:10
**industries**  3:6,12
**industry**  50:4
  78:16 108:23
  109:2,4 195:13
  262:24
**infected**  121:24
**infection**  90:17
  91:24 92:3,4,22
  93:21,23 94:13,15
  122:1,6,18
**infer**  167:10 170:5
**inference**  19:1
  39:24 220:20
**inferential**  221:3
  221:19
**inferring**  65:20
  79:18,21 80:6
**influence**  114:22
**influenced**  40:3,17
  115:16 116:1
**information**  84:13
  84:16 97:18 98:6
  99:1 101:11
  112:24 115:15,25
  128:10 145:9
  170:4 254:3
  270:21
**ingersoll**  4:17
**ingested**  56:7
  124:13
**ingestion**  58:5
  59:8 263:5
**inhalation**  55:15
  56:5,15 57:7 58:4
  59:8 79:7 126:17
  201:8 209:10
  210:18 213:23
  257:25 262:25
  263:3,11,20

**inhaled**  57:3
**inhaling**  263:13,25
  264:1
**inherent**  255:17
**inhibitors**  115:19
**insist**  170:6
**instances**  253:25
  254:18
**instruction**  264:7
**instructions**  8:2
**intake**  47:2 48:2
  57:17 111:2 118:2
  118:5,10 122:20
  123:3 132:9 138:5
  139:19 140:25
  142:14 143:1
  145:16 218:21
  219:25 232:17
  244:4,10 245:2,16
  258:16
**interaction**  122:1
  122:5,10 207:22
**interest**  47:6
**interested**  62:16
  276:11
**interests**  70:24
  76:16
**interject**  16:12
**international**
  78:17
**interpretation**
  28:3 61:14 62:11
  187:1
**interpreting**  186:2
**interrupt**  223:19
  223:21
**interruption**
  106:11
**interruptions**
  106:9

**interval** 30:6,11
60:5 61:2,24
147:1,4 149:20
154:1 155:16
158:10,17 159:2,5
159:15 199:8
214:18 215:3,5
232:23 234:20,24
234:25 235:5
258:7,17,20 259:9
259:14 260:1,2,5
260:15,17 261:6,9
261:10,14,19,24
261:25 262:5,10
262:11
**intervals** 61:18
158:7 203:11
259:20,24 261:3
**interview** 254:2
**interviews** 254:21
254:25 255:4
256:12,14
**intricacies** 31:10
**introduce** 54:13
66:3 89:25
**introduced** 74:17
101:3
**introduction**
78:12 109:13
**intuitive** 83:15
**intuitively** 80:2
194:25
**invested** 248:18
**investigation**
117:16 159:16,18
**investigators**
70:24 76:16
**invoice** 85:8,10
**invoices** 6:7 42:10
42:23 85:5

**involve** 23:5
**involved** 13:2 43:8
43:24
**involvement** 25:2
**involving** 254:9
**irbesartan** 1:3
**issue** 28:2 55:22
99:10 142:8 238:5
266:23
**issues** 31:9 115:24
123:17
**italy** 138:6
**ives** 5:3
**ix** 181:8

**j**

**j** 50:1 117:4 232:5
**jakszyn** 6:15,24
117:3,14 130:19
131:2,19 132:8,14
133:8,18 232:4,5
**jamie** 1:16 10:8
20:14 276:3,16
**jane** 202:20
**jason** 3:19
**jersey** 1:1 3:15
4:14
**jessica** 2:20
**jheinz** 2:22
**jmr** 3:22
**job** 97:18,21 98:6
99:1 101:11
**journal** 38:22
61:23 62:2,6,24
**journals** 62:18
**js** 1:6
**judge** 265:10
**judge's** 265:4
**jumping** 23:12
**justin** 5:8 10:6

**k**

**k** 117:4 140:3,4
147:21,21 232:5
**kapke** 4:8
**kara** 4:8
**kara.kapke** 4:10
**kathleen** 4:3
**keep** 99:8 106:7
133:6 151:4
**kefzei** 6:19 140:2
140:16,20 217:25
217:25 219:20
**kekelly** 4:5
**kelly** 4:3
**keszei** 218:17
**key** 46:11
**kin** 254:22
**kind** 34:15 38:23
109:11 128:14
155:21 192:10
209:21 215:17
237:11
**knekt** 6:21 147:15
151:7 154:19
226:19,23
**knew** 157:25
158:1
**know** 16:7,11
17:11,13 19:25
21:11 25:13 28:10
31:11 34:16 37:21
38:16,23 40:6,18
41:3,12 42:6,6
43:19 46:19,19
49:1,14,15 50:16
50:18 51:3 54:1
54:13,14 55:7
58:6 59:13 65:22
68:24 72:16 73:17
73:21,22 77:9
78:3 80:7,24

81:11,18 82:8
84:17,19 86:2
87:10 89:23 90:6
91:12,19 92:9
95:21 98:4 99:5
99:20 101:14,19
102:25 106:11
107:19 113:20
116:15,20,20
117:5 123:15
125:9 126:15
127:17 128:15
129:5,11 130:8
131:11,14,15
143:13 147:23
148:16,23 149:4
149:11 150:2
152:1 154:3
155:18 156:2
158:3,13 159:15
159:18 160:20
161:11 162:3,12
164:18,20 165:8
165:13 167:8
169:9,16 172:5
176:21 177:9,24
180:22 182:2,13
185:12 188:10,12
189:4,19,23
192:12,23 193:16
195:2 198:12
199:7,16 205:19
206:1 207:20
213:12 215:13
217:17 219:9,22
220:6,13,16
221:17,21,21,23
222:13,14 223:4
223:19 224:25
229:23 232:10
236:14,15,16

CONFIDENTIAL

237:1,13 238:8,8,9
239:19 240:10
241:4 246:10
247:24 250:23,25
251:15 252:8
255:9,13,13 264:6
264:15,16,21
265:9 266:10
267:17 268:16,19
270:17 271:5,17
271:20
**knowledge** 39:24
**known** 17:10 77:6
135:12 136:13
223:6

**l**

**l** 3:4 109:24
134:12,12 139:23
214:5
**l.l.c.** 1:5
**labeled** 184:11
**labs** 3:17
**lack** 47:17 120:20
141:25 142:2
148:13,21 250:3
250:21 251:19
**lacking** 229:14
**landmark** 33:11
33:14
**language** 41:21
**laptop** 151:3
**large** 27:20 30:4,7
66:13 70:21 73:18
74:19 76:12,13
83:7 84:25 88:7
88:12 155:18
157:9,9 168:24
169:2 181:18
202:2 209:18
222:13 229:4
236:2

**largely** 196:14
**larger** 30:11
132:10
**larynx** 222:21
**late** 12:3 52:24
**launch** 23:3
**lauren** 2:5,14
**lavecchia** 6:13,14
109:20,23 112:15
115:23 133:12
136:18
**law** 2:3 11:14
**lays** 163:6
**lead** 56:24 68:18
153:13 168:25
169:2 212:9 213:6
220:15 250:22
**leading** 84:5 198:8
**leads** 56:25 111:24
199:7 248:17
255:8
**leaves** 270:18
**lecture** 19:2
**led** 151:12,14
153:19 211:19
235:9 248:19
269:23
**left** 70:14 73:23
87:21 88:13,16,24
96:16 115:12
135:23 139:6
154:7 172:11
191:4 197:12,22
216:9 254:16
**legal** 5:9
**length** 91:9 175:24
**leukemia** 242:18
**level** 96:8 167:19
174:23,25 256:5
**levels** 49:3 58:24
65:19 75:13 79:23

113:21 115:17
122:11,12 235:16
244:11,16 246:4
268:2,5,6,25 269:6
270:14 271:22
**levin** 2:3
**levinlaw.com** 2:7
**liability** 1:3
**license** 276:16
**lieu** 10:19
**life** 38:24 167:17
**lighter** 41:10
**liked** 116:5
**likelihood** 215:7
**limit** 159:10
**limitation** 72:25
73:7,9,11,13 76:25
78:6 84:5 104:9
105:24 106:25
107:9,11 113:9
123:6,14 126:24
143:2 144:4
145:24 212:24
236:8 237:20,25
238:6 250:14,15
250:19 255:17
257:13 268:15
272:4
**limitations** 69:23
72:5,7,20,25 73:6
73:20 102:1,19,24
105:23 112:23
123:14 134:2
143:25 188:6
192:11 193:17
194:24 195:5
208:17 211:13,22
212:23 213:10,15
213:17,21 233:6
235:8,19 237:12
237:12 238:12,17

238:18,19,20
247:13,21,23
248:3 267:24
269:22 270:5,7
271:6
**limits** 159:6
214:21
**line** 8:3,6,9,12
26:25 274:7 275:2
**linear** 197:2
**link** 37:4,7 47:19
47:23 161:25
165:16 167:11
168:21 169:18
170:13 174:12
176:4 181:13,18
181:21 182:14,18
183:6,7 207:9,10
**lisa** 4:13
**list** 67:5 72:5
**listed** 87:21 88:10
274:6,15
**listing** 87:25
102:18 244:24
274:7
**lists** 165:20,21
**literature** 15:11
268:22
**litigation** 1:3 10:5
12:16,21 13:2,6
26:16,19 43:24
63:24 160:16
266:24
**little** 16:7 53:7,8
57:10 59:1 73:21
101:6 131:16
**live** 127:25,25
**livenote** 1:17
**liver** 229:11,23
230:3,13,21,25
231:8,23

**llc**  2:18 4:21
**llp**  2:9 3:13,18 4:3
  4:8,12 5:3
**logical**  84:24
**logistically**  212:5
**loh**  6:18 139:23
  140:20 154:12,14
  154:20 155:23
  202:20 214:5
  216:5 234:9
  235:11 236:11
  237:8,13 258:4,5
  258:10
**loh's**  155:20
**london**  162:22
**long**  21:4 72:22
  74:19 80:8 100:25
  101:2 120:4
  123:19 127:25
  130:5,5 131:9
  132:4 212:1,5
  213:1 270:20
**longer**  121:6
  123:25 124:1,4,11
  125:9 126:12,18
  149:3 221:2,10
  272:9 273:1
**look**  34:5 36:5
  38:15,23 42:4
  45:19 46:23 47:14
  49:11 54:2 59:15
  60:8 64:18 66:21
  66:23,24 70:5,5,13
  85:7 87:13 95:17
  95:24 96:13 98:12
  112:21 127:1,2,7
  127:13 129:10,10
  130:2,23 135:16
  135:16 138:25
  140:20 144:14
  146:2,9 155:4,20

155:23 159:16
169:14,15 170:19
177:23 182:2
184:24 194:25
195:8 196:21,21
197:19 203:15,24
214:11,12 215:17
216:5 217:24
218:11 226:4
229:4 233:10
235:6,18 241:19
242:7 243:14
244:13 267:16
268:7
**looked**  15:16
  16:16 36:16,21
  46:18 49:19 53:14
  53:16 97:14 115:5
  144:13 156:25
  162:3 180:23
  182:9,12,24
  183:12,18 190:15
  206:14,20 209:3
  221:15 229:23
  240:21 242:9
  258:4 268:8
**looking**  31:23 37:6
  37:7,14 38:14,20
  38:21 39:4,15
  46:25 47:1,7,22
  48:4 49:19 53:3,3
  64:3 67:18 68:12
  70:7 76:5 86:24
  87:17 97:11 99:11
  103:12 108:13
  115:12 117:23
  129:22 131:21
  133:19 138:9
  160:18 165:18
  166:23 172:20,20
  173:8,20 176:11

176:14 180:3
184:10 188:2
190:4 195:13,17
196:6 209:21
211:6 212:18
216:20,22 218:8
218:10 227:6
228:13 229:3,8
232:1 234:6
239:15 241:8
242:17 244:3,14
247:3 267:4
**looks**  22:21 34:7
  35:3 36:5 58:24
  85:10
**losartan**  1:2 10:5
**lost**  44:21
**lot**  17:13 23:9 40:2
  43:25 45:7 46:17
  62:15 69:19 80:25
  114:22 115:5
  160:21 162:4
  169:19 189:18
  192:3 228:19
  251:14,24 254:5
**low**  47:17 78:1
  80:11 83:20 92:23
  93:22 94:14 96:9
  105:3 121:25
  131:12 150:7
  159:1 188:9 197:3
  197:17 198:3
  199:2,11 214:21
  215:21,23 217:23
  226:10,11 235:17
  235:18 236:22,23
  237:7,14 269:8
**lower**  25:11 30:9
  30:10 40:18 60:16
  60:19 61:1,9
  65:25 74:14 95:21

123:10 139:9
150:4,13 156:7
191:16 215:4
234:19 258:24
259:14,25 261:4
262:8
**lowest**  179:24
**lunch**  154:10
  160:1,8
**lung**  24:3 58:11,14
  167:25 243:4,6
  244:4,14,15 245:3
  245:16 247:6
  248:18 249:14,19
  252:14,19 257:9
  258:2,11 262:19
  263:4
**lungs**  212:9
  263:12,19,21
**lwalsh**  4:15
**lymphoma**  240:15
  240:24 241:16
  242:12,18

|  **m**  |

**m**  2:20 3:8,19 4:13
  25:23 266:4,4
**madeline**  2:4
**magnitude**  88:11
  150:7 164:17,23
  165:11,14,24
  166:19 167:18
  170:16 225:15
**mahyar**  1:13 9:2
  10:4 11:3,18
  274:4,12 275:20
  276:6
**main**  15:16 46:12
  53:12 54:5,11
  55:1 56:16 224:4
**maintain**  100:16

CONFIDENTIAL

**major** 35:11 72:13
72:16 73:16,24
78:3 79:18 84:4,5
91:1 100:13,13
102:22 103:6
**making** 82:18 84:9
96:5 168:23
220:20,20 221:18
**male** 67:21 129:18
**manhattan** 25:12
**manner** 10:25
56:23 152:25
**manufacturing**
67:1,9,14 100:22
103:13
**manuscript** 33:7,8
**mark** 13:10 17:17
32:3 42:10 44:2
51:9,10 68:20
117:2 134:6
139:22 140:2
143:5 147:15
154:11 162:9
201:24 232:3
240:2 243:16,20
246:8 252:7 266:2
**marked** 8:11
13:12,14 17:19
32:10 42:16 44:4
51:19,21,23 52:13
68:22 110:1,17
117:8 134:8
136:24 139:24
140:6 143:8
147:17 154:11
162:13 202:3
217:25 232:8
240:4 243:17,22
252:9 266:5,7
**markers** 245:23

**market** 272:7
**martin** 2:9
**massachusetts** 4:4
**massey** 2:5
**master's** 19:22
20:1,3 22:19
**matched** 249:14
**material** 126:23
127:8 129:17
**materials** 67:24
103:16
**matter** 10:22
11:15 17:3 56:25
169:10
**matters** 205:24
**maz** 5:5
**mazzotti** 2:9
**mcelvenny** 6:9
51:11 52:17 53:13
53:13,18,20,21
54:7,18 55:3,9
64:20
**mcgill** 22:22 23:8
23:10
**mdl** 1:2
**mean** 18:19 27:6
27:15 28:15 33:14
36:24 37:19,23
39:21 43:10,17,25
45:7 46:14 48:14
49:3,16 52:21
53:9,12 56:3,13
57:14 58:22 59:11
61:17 66:12,16
69:22 72:6 73:1,7
74:10 77:17,19
81:21 84:12 90:5
96:4 97:1 99:7
100:6,9 104:5
105:17,20,20,22
106:8 109:12,13

115:3 116:3,3
119:6,10 121:16
122:13,14,21,23
123:6,23,24
125:16 127:13
128:13 133:16,19
133:25 144:3,3,8
144:12 145:23
149:25 150:14,15
151:24 152:16
156:20 160:17
167:11,23 170:9
171:18,20 172:4
174:6,10 176:18
176:20 178:17
180:18 181:24,25
186:7 187:12
188:8 198:14,17
204:23,23 205:18
205:21 206:13
207:18,20 208:2
211:5 215:14
217:3 224:7,22,23
226:1,6 227:14
228:18,20,24
229:4 230:15,15
230:16,18 231:3
235:1 236:5
238:16 242:8,10
242:11 247:21
250:4,19 254:5
255:10 258:23
261:15 263:13
272:12,14,20
**meaning** 80:1
**meaningful** 39:12
40:24
**means** 18:20 27:19
27:22 28:4,6,13,24
29:6,8,9,21 37:3
61:5,16 62:14

79:16 118:14
122:10 126:10
133:21 150:16
155:19 161:8
171:13 176:20
177:7,17 184:15
214:22 250:7
261:15
**meant** 194:12
207:6 246:21
**measure** 37:18
47:8 75:13 76:23
81:22 83:25
116:22 117:20
164:7,22
**measured** 46:8
48:3 72:8 73:3
76:20 91:5 96:1,1
98:2 115:6 122:13
164:24 207:18,24
228:23 236:4
257:24 261:5
**measurement**
48:10 66:4,10
72:16 73:18,25
74:2,10,13 75:1,1
75:8 80:19 96:8
103:10 116:21
144:21 152:15
231:13 255:8
256:19 267:21
268:1,14,16
**measurements**
68:7 69:13,20
70:19 71:2,3,7,13
71:20 75:25 76:6
77:24 97:15 98:25
**measures** 164:9,10
**measuring** 75:19
75:19 92:1 98:24
104:4 121:13

[measuring - monroe]                                                    Page 28

**meat** 46:20,25
47:2,6,11,12 48:2
48:5,5 206:2
244:4,10 245:2,2
245:16,16
**mechanism**
123:24 124:15
175:15 209:9
219:12
**media** 10:3 24:11
52:6,10 96:16,22
108:6,10 159:24
160:3 201:17,21
239:6,10 273:10
**medical** 19:15
20:24,25 24:17
45:14
**medicine** 18:25
19:4,8,23 20:4,7,9
20:11,13 24:2
**medium** 269:8
**meet** 54:8 91:9
187:13
**meetings** 18:21
**meets** 55:9 92:11
167:7
**megan** 5:3
**member** 254:7
**members** 92:19,22
196:7
**memory** 177:5
**men** 64:24 65:12
65:16,23,25 66:14
72:11,12 74:6
83:8,17 84:1
101:5 127:9
140:25 185:5
236:21 245:3,17
258:16

164:25 251:20
**mention** 25:1 54:3
54:13,17 55:3
99:10 100:11
102:24 105:23
120:25 199:21
200:7,7 206:18
**mentioned** 19:9
21:2 54:10 55:3,6
69:18,25 84:1
99:12 115:6
126:21 128:23
159:1 189:15
206:16 211:15
217:6 250:21
251:16 259:21
263:2
**mentioning** 103:1
199:10 236:7
237:11
**mentions** 167:12
171:12
**meridian** 4:9
**mesh** 45:13
**message** 155:22
**met** 15:13 29:3,24
29:24 30:1 48:19
48:22 54:5,19
66:5 90:7 168:15
172:24 211:10
231:12 265:4
**meta** 143:17,20,22
144:1,5,19
**method** 55:14,20
55:21,23 57:21,21
58:18 69:19 70:5
87:9 114:5 161:22
188:2 209:9
210:18 213:18,23
**methodological**
53:17 123:14

**methodologies**
85:12,16 86:9,21
192:5
**methodology**
19:18 38:5,15
86:15,23 87:3,7,8
88:3 121:10,11
189:2 192:11
199:17 209:20
225:13,20 229:5
**methods** 31:20
67:24 70:6 127:8
129:17 130:3
254:16
**microbial** 115:18
**micrograms**
119:12,18,22
**middle** 39:7 87:24
265:13
**mimic** 213:9,9
**mind** 98:10 119:24
133:6 175:21
**mineral** 166:15
**minimal** 167:9,10
188:6 270:20
**minimally** 251:22
**minimum** 204:16
**minus** 258:25,25
**minute** 52:1,2,4
64:8 72:3 75:7
85:4 107:14
110:12,25 150:14
199:23 201:4,13
209:25 215:4
225:12 227:5
239:2 253:13
266:1
**minutes** 23:13
44:23 71:24 82:21
96:16 97:9 98:9
106:2,6 119:23

126:21 154:7
157:15 186:4
253:9
**mirena** 26:16
**mischaracterizes**
29:17 154:25
169:13 182:21
187:5 188:24
207:5 211:3
**misclassification**
142:9,13 151:13
153:20 218:20
219:3,7,12,14
220:14
**misnomer** 62:7
**mispronouncing**
202:24
**missed** 20:5 60:14
60:25 135:3
230:17
**misstates** 17:5
36:19
**mix** 46:9,9 185:6
185:15 188:11
**mixed** 46:15 188:7
189:5,9,14,19,21
244:20 245:20
**mixture** 185:6
186:14
**model** 28:7,21
29:2,22
**modeling** 30:24
69:18,21 102:10
130:3
**models** 102:6
**molecule** 205:18
205:19,19
**moment** 214:12
272:9
**monroe** 5:4

**month** 18:17
**months** 270:18
**moot** 224:8
**morbid** 127:23
  128:5,12
**morning** 11:10,12
  190:4,16 193:23
**morris** 2:13 11:14
**mortality** 166:8,11
**moskowitz** 1:16
  10:8 20:15 276:3
  276:16
**mouth** 56:4
  115:18 149:17
**move** 17:17
  109:18 143:4
  224:9 239:19
**moved** 99:5,5
  101:14,20
**moving** 108:17
  170:20 175:4,19
  176:8 214:1
  226:18 229:10
  231:25 234:5
  243:3 249:5 252:3
  265:15 270:25
**mulberry** 4:14
**multi** 102:5
**multiple** 31:1
  108:1 171:25
  216:15 225:23
  242:18 251:8,11
  264:9
**mutagens** 245:2
  245:16
**mute** 210:8 269:2
**myeloma** 242:18
**mylan** 3:22

**n**

**n** 2:1 3:1 4:1 5:1
  10:13 71:2,13,20
  76:7 77:10 103:19
  104:16 112:24
  113:1,8,15 115:16
  115:19,25 117:4
  117:15,21 118:18
  118:22 119:8,10
  121:16,17,23
  122:6,17 123:21
  132:9 147:21
  201:25 202:1,21
  203:13 232:5
  267:8
**n.w.** 3:4
**nakul** 3:14
**name** 11:13,17
  12:8 198:13 274:3
  274:18
**name's** 10:6
**nanograms** 119:16
  119:18,22 121:18
**nationally** 70:23
  76:15
**nationwide** 267:9
**nature** 22:25
  73:13 81:3 100:10
  152:17
**nd** 66:17 105:1
**ndea** 47:18 64:25
  65:4,14 77:10
  180:17 209:15
**ndma** 45:12,15
  46:8,10,16,20,23
  47:7,9,11,18 48:2
  48:5,8,10 49:2
  53:15 54:10 56:1
  56:7,12,13,14,17
  56:22 57:3,5,6,9
  57:19,22,23 58:3,9

58:18,20 59:7,10
59:14 64:25 65:4
65:13,18,19,23
66:1,5,5,17 68:12
69:9 72:17 73:3
74:13,21 75:1,8,14
75:20 77:10,21
78:1,1 79:14,23
80:3,4,10,11,11,22
82:25 83:10,20,20
84:20 89:14,23
90:3,22 91:9,23
92:8,14,15,21,23
93:20,22 94:12,14
96:9,9 97:15 98:1
98:24 100:8,12,25
101:10 103:23
104:4,22,22 105:3
105:3,12 112:18
113:18,19,24
114:3,7,8,10,14,23
115:8 116:8,12
118:2,5,10 119:7
120:21 121:13
122:12,19,19,25
123:2,16 124:6,15
125:7 126:11,18
131:12,12 132:9
134:25 139:19
142:3 145:4,8,10
145:16,17 151:9
151:13 153:10,12
153:20,22 179:24
180:22 184:9,17
198:13 200:20
201:1 203:15,16
203:20,22,23,25
204:2,6,7,10,12,16
204:18,18 205:2,5
205:6,11,14,15,22
206:8,9,10 207:9

207:16,22,24
208:21 209:3,4,6
209:15,21 210:16
210:22 212:2,3,10
212:18,20 213:12
213:20 214:16
220:1 226:25
230:3,13,25 231:8
231:13,22 232:17
233:2 234:13
235:16,18 241:2
241:16,18 242:6
242:10,23 244:11
244:16 246:4
257:24 258:11,16
262:18,24 263:25
265:21 267:3,8,13
267:14,17,20,23
268:2,5,12,13,19
269:6,14,21 270:2
270:9,11,15,21,24
271:13,18,19,22
**ndmas** 266:25
**ne** 3:9
**necessarily** 47:19
  59:5 90:5,21 91:8
  97:21 147:10
  161:12 193:15
  226:6 236:5
  250:19 260:9
  272:24
**neck** 214:2 227:1
**need** 16:10,12,19
  26:6 29:24 31:14
  31:16 32:1 52:1
  88:23 97:3 102:5
  107:7,19 123:7,9
  123:25 124:1,4
  126:15 136:3
  209:24,24 245:6,9
  269:2 270:8,20,20

[need - number]                                                              Page 30

270:21,22
**needed** 46:4 120:4
**needle** 224:9
**needs** 79:25
  107:16 156:25
  160:22 192:4
**negative** 158:15
  159:3,19 188:13
  188:22 189:10
  206:21 207:2,8
  211:7,9,12,17,19
  212:12,25 215:24
  260:10 269:23
  270:1,4
**neither** 208:19,20
  222:6 276:9
**never** 48:7 111:8
  161:11 167:13,17
**new** 1:1 2:10 3:15
  4:14 161:16
**newark** 4:14
**newer** 87:6
**nice** 176:4
**nigh** 2:3 12:7,13
  12:18 14:7 15:9
  16:5 17:4 18:1
  20:14 21:20 24:8
  25:15 26:4,11
  28:17 29:16 33:12
  34:22 35:13,22
  36:18 37:16 38:13
  39:20 41:4,23
  42:2 47:4,24 50:7
  50:13,21,23 52:20
  53:22 54:22 55:17
  56:9 58:21 60:13
  62:4 63:21 71:17
  71:23 75:18 76:9
  77:15 81:13,20
  83:4 84:10 85:25
  86:12,17 87:1

92:25 94:1,5,18,23
96:21 97:1 100:5
101:15,18 102:12
104:1,18 105:5,14
106:5,23 107:4,17
109:8 110:23
111:11,15 112:2
113:10,25 115:9
119:13 120:7
122:7 123:22
124:22 126:8
132:12 135:25
141:3 142:4
144:24 148:7
151:12 153:23
154:24 157:6,24
158:20 163:9
167:3 168:12
169:12 172:25
174:5 175:13
176:17 178:12
179:4 181:5,23
182:20 183:4,19
185:2 186:21
187:4,25 188:23
189:12 191:2,17
192:1,21 194:1
196:2,10,16
198:10 199:4
200:5,22 204:20
205:8,16 207:4
210:25 216:2
218:23 219:5
220:3,8,11 221:11
223:18 227:10,21
228:4,10,17 229:1
229:16 230:5
231:2,10 233:4
237:9,21 238:15
241:11 243:1
248:24 251:4,13

253:7 255:22
256:8,17 258:21
260:18 262:2
264:4 271:9
272:11
**nine** 165:19 168:1
  181:17
**ninth** 176:24,24
**nitrates** 240:23
  241:9
**nitrites** 240:22
  241:9
**nitrosamine** 71:2
  71:13,20 76:7
  77:10 111:2
  140:25 197:2,17
  198:3,8 240:23
  241:10 257:19
**nitrosamines**
  103:19 104:16
  112:24 113:1,8,15
  197:4,5,9 198:12
  199:2 200:16,21
  208:11,14 233:14
  242:9 257:14
**nitrosation** 115:19
**nitroso** 115:16,25
  117:15,21 118:18
  118:22 119:8,10
  121:16,17,23
  122:6,17 123:21
  132:9 202:1
  203:13
**nitrosodimethyl...**
  247:6 267:8
**noise** 27:8
**non** 72:22 80:18
  118:24 123:21
  219:15 236:4
  240:14 247:18,18
  260:24

**nonsignificant**
  235:9
**nonsmokers** 168:2
**nonstatistical**
  62:17
**north** 4:19
**northern** 240:16
**notary** 274:13,20
  276:4
**note** 244:6
**noted** 10:9
**notes** 276:8
**notice** 6:3 9:5
  13:11
**nshah** 3:16
**nuances** 31:10,11
  238:24
**null** 151:14 220:15
  220:15
**number** 6:2 7:2
  10:3 28:21 39:23
  51:4 52:6,10,21
  53:17 65:17 68:15
  70:19 81:2 87:10
  90:6 98:15 108:6
  108:10 121:24
  132:3,11,11 143:6
  146:19,22 147:8
  149:6,21 150:9
  153:25 154:1,14
  155:20,24,24
  159:19,24 160:3
  169:1,3 194:16,17
  194:18,18,21
  196:19 199:12
  201:17,21 203:1
  208:16 213:7
  217:5,10,11,18,21
  217:22 224:7
  236:22 237:2,12
  239:6,10 242:9,13

243:12 246:13
250:21,23 270:5
273:10
**numbers** 35:25
36:15,22 38:6
51:2 88:1 135:15
144:13 159:20
164:5 180:6,8,9,24
233:7 238:8 260:7
260:21,21 274:7
**numerous** 108:19
**nutrient** 138:4
**nutrition** 117:17
**nutshell** 45:19
**nw** 2:15

**o**

**o** 10:13 25:23
139:23 214:5
266:4
**oath** 10:20
**object** 16:13 29:16
34:22 50:24 71:17
71:23 77:15 84:10
115:9 119:13
123:22 124:22
126:8 132:12
142:4 148:7
151:22 153:23
154:24 157:6,24
158:20 163:9
167:3 168:12
169:12 172:25
174:5 188:23
189:12 196:10
205:16 207:4
210:25 211:3
216:2 227:21
228:17 229:1
237:9 264:5,25
271:10

**objection** 15:9
16:12 17:4 21:20
24:8 25:15 26:4
26:11 28:17 33:12
35:22 36:18 37:16
38:13 39:20 41:4
41:23 42:2 47:4
47:24 50:7,13,21
50:24 53:22 54:22
55:17 56:9 58:21
60:13 62:4 63:21
75:18 76:9 81:13
81:20 83:4 85:25
86:12,17 87:1
92:25 94:5,23
100:5 101:15,18
102:12 104:1,18
105:5,14 109:8
113:10,25 122:7
141:3 144:24
175:13 176:17
178:12 179:4
181:5,23 182:20
183:4,19 185:2
187:4,25 191:2,17
192:1 194:1,2
196:2,16 198:10
199:4 200:5,22
204:20 205:8
211:1 218:23
219:5 220:3,11
221:11 227:10
228:4,10 229:16
230:5 231:2,10
233:4 237:21
238:15 241:11
243:1 248:23,24
251:4,13 253:7
255:22,23 256:8
256:17 258:21
260:18 262:2

271:10 272:11
**objections** 10:24
11:1
**objective** 34:8
**objectives** 22:8
**observation** 179:3
228:22 233:25
234:13
**observational**
143:23 144:1,4,6
176:15 195:1
227:7 228:14
**observe** 206:8
228:15 260:14
**observed** 39:10
95:14 118:9
141:10 142:22
157:4,22,22
163:24 166:19,24
168:8 169:11
170:3,6 171:16,21
171:23 187:3
214:7 218:6
228:15 232:20
**obtained** 254:21
**obviously** 99:7
174:10 194:8
**occupation** 99:9
**occupational** 49:6
49:9,10,13,17,18
51:8 52:15 53:3
53:14,24 54:4
55:5,13 109:3
133:24 146:12
181:19,21 183:13
183:15,17,18
184:4,18 186:16
194:5,13,17
195:12 201:7
209:14,19 240:14
240:18 262:23

**occupations** 50:17
166:6,7
**occur** 126:12
142:19
**occurred** 72:21
**occurrence** 231:8
242:6
**ocular** 23:24
**odd** 135:2
**odds** 38:1 46:6
49:2 179:21
203:11,16,24
204:2,6 240:22
257:12 258:14
**official** 274:18
**oh** 25:24 91:20
117:7 118:8
135:19 162:15
202:8,16,22
218:10
**oils** 166:15
**okay** 11:7,25 12:5
12:9,12,22 13:4,9
14:23 15:6 17:17
18:22 19:9 20:19
20:20 21:14 22:6
22:14 23:12 25:13
25:19,25 27:5
32:22,25 34:17
35:16 37:12 42:8
42:11 43:7,14,23
44:9,13 45:22
46:14,24 47:14
48:12 49:5 51:7
52:13 53:20 55:13
55:20 56:6 57:10
57:20 58:16 59:15
60:8,10,10,10
61:19 63:11,23
66:21 68:14 69:11
70:17 71:1 72:4

**[okay - page]**                                                                 Page 32

| | | | |
|---|---|---|---|
| 74:2,25 75:5,9 | 195:8 196:21,24 | **onset** 121:7 | **outcome** 28:11 |
| 76:5,18 78:13 | 197:7 198:5,21 | **open** 140:8 | 29:7 30:14 39:3 |
| 79:9 82:17 86:8 | 199:19 201:3,5,11 | **opening** 32:18 | 46:7 82:3 93:15 |
| 87:13 88:20 89:1 | 202:8,16 203:8,23 | **ophthalmology** | 160:20 162:1 |
| 89:16 90:12 94:5 | 205:4,13 206:7 | 18:6 19:3,20 | 165:10,10 173:17 |
| 95:24 96:13,17 | 207:14 208:5,19 | 23:14 24:25 | 173:20 174:8,11 |
| 97:13 98:18,20 | 209:7 210:1,13 | **opine** 208:4 | 174:14,24 175:10 |
| 101:22 106:3 | 213:14 214:1,3,13 | **opinion** 14:18 | 175:11,17 226:11 |
| 108:13 109:17 | 214:18 216:10,13 | 54:25 55:2 94:10 | 227:8,20 228:1,7 |
| 110:5,11 113:14 | 218:4,5 219:2 | 133:7 134:4 148:1 | 237:3 259:13 |
| 113:22 114:19,25 | 222:2,20 223:10 | 148:5 149:12 | 276:11 |
| 117:10,12,23 | 224:10,15 225:2 | 182:1,13 195:17 | **outside** 160:15 |
| 118:9 120:8 | 225:22 226:18 | 195:21 200:25 | **outweigh** 73:6 |
| 121:15 125:24 | 227:5,5,18,24 | 233:21 242:22 | **ovarian** 39:10,18 |
| 126:21 127:4 | 229:10 230:22 | 257:23 | **overall** 73:5 |
| 129:14 130:19 | 231:20,25 232:15 | **opinions** 16:22 | 232:16 235:16 |
| 132:7 133:16 | 233:9 234:4,8 | 17:2 110:6 112:18 | **overestimated** |
| 134:5,17,23 | 235:11,20 237:17 | 133:17 148:1 | 73:12 |
| 135:21 137:1,13 | 239:1,17,21 240:6 | 154:21 191:25 | **overly** 264:11 |
| 138:19,24,25,25 | 240:12,13 241:6 | 193:5 200:4 | 265:1 |
| 139:17 140:10,22 | 243:5 244:3,8,13 | 233:17 | **oxford** 3:20 |
| 140:23 142:7,17 | 244:21,23 246:7 | **opportunity** 272:9 | **o'reilly** 4:12 |
| 143:4,16,19,22 | 246:17,20 247:1,9 | **oral** 56:15 58:4 | |
| 144:14,16 145:3 | 248:6,16 249:5 | 59:8 209:11 | **p** |
| 145:11 146:1,4,7 | 251:8 252:3,22 | 210:19 212:2,3,18 | **p** 2:1,1 3:1,1 4:1,1 |
| 146:11,16 147:14 | 253:21,24 254:12 | 212:18 213:20,24 | 5:1,1 10:13 27:20 |
| 147:24 149:19 | 255:16 256:3,23 | 231:22 262:25 | 30:11 61:15 |
| 150:18,23 151:4 | 258:3,14 259:7,23 | 263:5 | 134:12 |
| 152:8,24 153:8,18 | 260:12 261:2,21 | **orally** 56:7 126:16 | **p.m.** 273:13 |
| 154:5,8,16 155:4,6 | 262:13 263:24 | 212:3 | **pack** 249:19 |
| 155:10 157:2,16 | 266:14,16 268:18 | **order** 42:25 46:3 | **page** 6:2 7:2 8:1,3 |
| 162:15,18,20 | 269:25 270:6,25 | 72:13 83:11 86:8 | 8:6,9,12 9:4,5,6,7 |
| 163:21 164:22 | 272:3 273:3 | 88:23 89:12 178:4 | 13:20,20,24 33:18 |
| 165:18 166:4 | **older** 54:16 67:22 | 254:2 270:10 | 33:19 34:25 36:4 |
| 170:2,20 171:24 | 121:4 126:24 | **organ** 59:14 | 36:4 39:7 42:23 |
| 172:10 174:17 | 129:19,23 130:15 | 263:17,19,21 | 44:11,12 45:23,23 |
| 175:19 176:8 | 130:17 247:2 | **organs** 58:10,15 | 60:8 64:4,18 |
| 177:21 178:21 | **once** 25:12 206:2 | **original** 72:10 | 66:24 67:16,17,23 |
| 183:12,25 184:3 | **ones** 43:20 49:22 | 161:7 162:2,8 | 68:16 69:3 70:13 |
| 190:3,15 191:22 | 83:2 104:15 | **originally** 163:5 | 77:2,2 78:11 85:7 |
| 191:22 193:21 | 128:16 189:1 | | 87:14 96:19 |
| | | | 100:19 101:11,23 |

103:11 108:15,16
108:17,18 112:22
114:19 115:13
117:25 119:2
127:1,7 129:15
130:2,23 134:16
135:17,19,20
136:1,2 137:18,20
138:1 139:1,1,7
140:11,13 144:15
146:2,3 151:6,11
155:5,5,7 162:20
165:19 170:20
172:10,11 173:4
173:12 174:17
175:20 176:9,23
177:6,22 181:8
184:10 191:1,1
195:16 196:22
197:12,19,20,21
199:19,20,22
202:10,12,15,19
202:19 203:8
214:12 216:6,16
217:1,2,2 218:1
222:3 226:22
229:11 230:1,10
232:6 234:5
239:16 241:21
243:4 244:14,23
254:12 257:8
262:14 271:4
274:7 275:2
**pages**  135:18
148:9 177:24
194:8 208:7
**paint**  238:18
**palli**  6:16,17 134:7
135:18 136:23
137:5,22 138:4,14
138:15,20,22

139:12
**pancreatic**  195:18
195:22,25 196:8,8
200:4,6,16,21
201:1 202:1
203:12,17,21
204:7,13 205:7
208:6,11,21 209:4
209:16 210:14,16
210:23
**papantonio**  2:3,4
**paper**  6:18,19,21
16:17,18 32:4,19
32:23 33:4,9,11
35:4 37:9,9 39:9
40:7,12 41:2
52:17,17,18
134:21 139:23
140:2,10 147:16
154:19 186:5
190:16 195:8,10
198:15,16
**papers**  16:2,3 40:3
49:5 53:2 161:4,7
228:19
**paragraph**  35:2
39:8 55:7 64:19
64:23 66:25 70:15
76:19,19 97:17
100:20 101:24,25
103:11 115:14
140:16 155:8
170:25 171:1
254:17 257:9
262:14
**pardon**  237:13
247:18
**parents**  139:8
**parkway**  2:21
**part**  25:2 54:15
63:16 67:10 69:23

84:18 87:16 98:4
109:10,10 160:10
160:19 161:13
172:8 173:21
217:12 248:16,16
255:8 272:18
274:8
**participating**
10:15 69:15
**particular**  28:11
31:8 45:6 70:24
76:16 145:18
178:3,10,10
186:12 212:20
**particularly**
103:16
**parties**  10:23
**parts**  103:24
263:23
**party**  276:10
**paths**  31:25 32:1
**patient**  57:16
264:8
**patients**  24:19,22
57:18 127:24
148:14,22,23
149:2,3 152:6,20
166:6,7 212:5
217:20 220:22,23
220:24 221:15
254:6 269:9,17,20
270:14
**patrick**  2:14 11:13
16:6 20:17 35:14
35:15 125:22
**pattern**  108:19
178:10,14
**patterns**  138:4
145:7
**pause**  16:10

**pc**  4:17
**pcgallagher**  2:17
**pdf**  110:9 135:20
139:2 197:20
**peer**  61:20,23 62:1
62:23 63:1,5,6,12
63:13,16,25
**peers**  63:2
**penalty**  10:22
**pendley**  2:4
**pennsylvania**  2:21
3:21
**pensacola**  2:6
**people**  49:13,14,19
50:3 57:6 89:21
91:24 99:8 104:14
105:2,13 107:24
130:6,15 145:15
151:24 162:5
176:20 177:11
217:12 221:8,10
270:7 271:20
**people's**  99:8
**percent**  18:13,14
19:10 23:17,23
24:1 25:18 60:20
61:1 105:12
124:20 141:1
155:18 159:14
203:11 234:19
236:20 254:25
255:1 258:6
**percentage**  93:20
93:21 94:11,13
128:11 217:18,20
255:14 256:12,13
**perfect**  134:1
**perfectly**  260:24
**performances**
77:5

[period - pottegard]                                                                      Page 34

**period** 72:22
100:9 101:2
270:15
**periods** 70:20
76:13 100:25
149:3
**perjury** 10:22
**permit** 39:12
**person** 10:20 57:3
58:18 136:13
162:5 257:3,5
**person's** 257:3
**personal** 6:5 32:6
32:8 35:5 190:5
**personally** 274:14
**persons** 171:14
**perspective** 30:20
128:6 169:7
172:19 181:12
188:18 198:24
236:10 271:4,6
**pertains** 26:24
**pertinent** 14:17
**ph** 115:17
**ph.d.** 1:13 19:22
20:1,3 274:4
**pharma** 2:23
**pharmaceutic**
2:17,18
**pharmaceutical**
22:9
**pharmaceuticals**
3:6,11 4:6
**pharmacy** 5:6
19:1,4,5 21:2
269:18
**pharmd** 21:15,19
21:22 22:1,14
**pharynx** 222:21
**phone** 150:21
151:1,2

**physical** 128:21
**physically** 10:16
**pick** 125:8 201:13
**picked** 124:2,6
**piece** 206:13,19
229:3
**piedmont** 3:9
**pietragallo** 3:18
**pietragallo.com**
3:22
**pill** 124:19
**pittsburgh** 3:21
**pizzi** 4:12
**place** 276:6
**places** 171:14
**plaintiffs** 2:7,12
12:1 42:14 43:4,8
106:16
**plant** 203:25 204:3
204:16,17 205:1
205:15,20,21,23
206:8,18,21,22
207:1,7,16,19,23
209:21
**plants** 207:11
**plausibility** 172:5
175:5,22,24 178:6
182:10 183:8
263:3
**plausible** 133:22
175:9,15
**played** 38:17
**please** 10:11 11:1
11:7,17 33:25
57:24 60:22 81:16
86:19 98:18,20
148:19 151:4
177:24,24 190:7,7
192:23 211:2
218:3 223:18,21
263:7

**plus** 91:1 189:3,24
189:25 264:5
**point** 16:10 34:8
72:11 79:17 83:7
100:24 102:14
111:20,22 155:16
224:8 264:10,15
**pointed** 72:5
**points** 39:23
**pollutant** 102:5
**polycyclic** 79:3
82:24
**pooled** 36:6,11
**pooling** 39:11
**pop** 162:18
**population** 66:13
72:18 84:25 90:2
101:5 116:12
131:13 137:21
152:16 168:23,25
169:2 235:16
236:2,21 237:7
240:15
**populations**
235:17
**portion** 268:16
**portraying** 260:5
**posed** 12:11
**position** 18:12,13
18:14 21:10,11
**positive** 139:7
188:14,21 189:9
189:17 211:6
212:12,13 228:6
**possibilities** 221:4
221:20
**possibility** 153:9,9
215:9 220:19
248:15 256:4
**possible** 25:17
40:19 41:14 62:18

63:7 65:5 89:24
95:22 112:25
121:25 122:4
124:14 125:4
149:2,25 154:3
197:6,10 207:14
207:21 220:22
227:11,13,15
249:3 256:9
271:15
**possibly** 25:17
151:7
**postdoctoral**
22:22 23:1
**potential** 31:7
53:18 65:21 67:6
67:6,13 73:10,12
74:12 78:25 79:10
80:17 82:19,20
84:4 86:24 89:10
89:16 90:11,18
104:10 105:24
113:23 115:24
117:20 118:1,10
126:6 128:18,22
142:8,12,14,25
144:1,8 156:10
196:15 218:20
219:2 220:18
235:1,8,25 237:12
248:12 255:18
257:21 262:19
270:10
**potentially** 41:16
56:23 72:7 73:2,3
73:9 89:13,14
145:23 149:25
212:25 263:22
**pottegard** 7:6
266:3,17 267:7,18
270:1 271:7,13

[power - purposes]                                                                        Page 35

power  196:18
229:14
powered  260:13
powering  196:13
practice  228:13
precise  30:5
150:11 158:8
217:7 234:24,25
261:6,25
precisely  251:5
precision  30:3
61:10 95:2,9,23
96:10 101:6
158:23,24 235:7
251:21
preclude  112:24
precluded  235:2
preferred  192:10
premature  226:13
prescription  23:3
presence  74:16
81:7 164:20
178:15
present  5:7 10:16
61:19 81:2 161:4
221:5 226:7 233:5
233:7 236:18
presented  46:5
178:2,3 180:15
presenting  36:5,11
38:2 41:11 121:22
139:2 166:8
179:20 203:10
presents  203:24
pretty  75:21 88:12
120:6 137:7
180:20,25 194:5
194:10 231:14
prevalence  226:9
236:23 237:2,6

prevalent  90:1
91:24 127:20
236:2
prevent  213:11
prevention  245:25
previous  83:7
235:12,21 236:1
236:19,21
previously  61:4
197:14,25 198:25
208:25 258:5
primarily  55:14
58:11 71:2,14,21
76:7 79:6 98:3,25
201:8 210:18
213:23 262:25
primary  23:20,21
23:22 97:19
princeton  3:15
principals  164:21
prinston  2:17
prior  12:13 14:9
36:19 43:24
216:16 217:2
237:6
priorities  70:23
76:15
privy  221:13
prizing  13:7
probability
215:14
probable  271:15
probably  12:3
33:1 36:21 37:22
43:5 58:15 65:3
66:15,20 72:21
74:23 80:6,9
83:19 92:7,11
93:6 116:4 131:15
158:12 209:19
217:9 221:1

236:24 244:20
263:14 264:13
268:13 269:23
problem  224:4
271:23 272:13
procedure  274:5
proceed  11:8
process  63:5,6,8
63:12,17 67:2,9,14
71:4,8 100:22
103:13,15 108:20
114:10 126:12,19
193:3 270:16
processed  46:18
processes  103:20
104:13,15
produce  72:13
produced  14:4
78:4 138:22
product  47:11,12
48:5
production  8:5
103:15 108:20
products  1:3
267:9 268:4 272:6
profession  92:10
professional
160:15
professor  18:6
21:4 23:13 24:25
25:3 162:22
professorial  21:11
profound  238:2
program  19:22
21:19 22:1,7,10,17
project  19:18
prompt  107:21
properly  126:3
163:22
prospective
117:16 185:1,3,4,6

185:9 186:9,15
187:10,15 188:11
189:5
prospectively
172:15,22 187:10
193:6
prostate  234:6,14
235:13,21 236:1
236:19 237:6
protective  150:17
150:19 227:25
protein  206:2,4
provide  15:1 17:1
17:11 49:2 167:24
242:5 258:10
provided  14:15,17
14:24 15:25 16:20
17:12,15 29:3,23
42:13,13 43:15,20
96:6 244:11
provides  230:20
providing  119:4,6
public  24:5 35:11
274:13,20 276:4
publication  41:20
published  28:1
32:21,25 62:23
63:10,19 88:4
161:4 163:6
193:12
pull  140:13 155:7
177:21 223:24
244:9
pulled  232:11
pun  237:13
purpose  31:2,4
33:22 34:2,4 63:4
63:16
purposes  37:8
215:19

**[pushback - really]**                                                    Page 36

**pushback** 41:9
**put** 11:11 62:10
  86:1 110:24 112:7
  172:13 186:8
  187:8 190:10
  235:7 236:9
  247:23 268:6
**puts** 130:13
**puzzle** 206:20
  229:4
**pylori** 90:18,21,23
  91:4,9,19 92:1,3,4
  92:13,21 93:10,21
  93:23 94:13,15
  96:6,8 122:1,6,12
  122:13,18 123:16

**q**

**qualities** 193:9
**quality** 33:20,23
  34:3,4,5,9,14,18
  189:20 190:24
  191:6,8,10,14,15
  191:16,19,23
  192:13,13,17
  193:4,6,10,12,15
  193:15,20 194:20
  194:24 195:3
  212:13
**quantified** 65:19
**quantify** 114:2,11
  115:4 270:8
**quantifying** 47:17
  151:9 153:10
  267:3,22,23
**quantity** 73:3
**quartiles** 203:12
**question** 12:11,19
  16:7,10 24:5,13
  26:7 27:12,18
  28:4 31:22,24
  35:14,16,18 38:20

38:24 44:22 45:8
46:4 48:1 54:1,6
54:12 55:24,25
56:6,11,21 57:24
59:12,25 81:1,16
86:19 94:2,7
98:21 110:24
115:10 120:6,15
124:23 125:20,22
144:18 146:20
151:24 152:2
157:19 161:1,9,10
161:16 162:3,6
163:8 168:6
173:13,21 175:7
177:1,10 178:2
183:20 186:14,22
188:21 192:22,24
199:22,25 211:17
211:20 212:11
213:22 215:16
216:3 220:9
223:14,15,20,24
226:2 229:5,15
230:7 245:7,13
251:23 257:4
259:11 263:6
264:6,12,14 265:8
**questionnaire**
  142:9,18 145:4
  152:13 194:15
  220:14 247:15,20
  247:24 248:13
  253:5 254:8
**questionnaires**
  144:22 145:3
  151:8,19 153:1
  192:8 247:16
  254:10
**questions** 8:11
  11:16 12:21 20:18

23:3,25 24:2
125:19 152:10
160:19 161:13,22
189:16 221:24
257:5 264:9
**quick** 199:25
**quite** 69:21,24
  100:14 105:18
  121:8 172:14
  186:13,13 187:9
  188:9 236:2
  271:25

**r**

**r** 2:1,9,15 3:1 4:1
  5:1 10:13 51:15
  200:13 276:1
**rafferty** 2:3
**raised** 142:8
**random** 70:4
**randomized** 37:21
  176:16,21 194:16
**randomly** 101:4
**range** 127:10
**rank** 191:10
**rare** 167:12 171:5
  228:20
**rarely** 188:3
  228:14
**raspanti** 3:18
**rate** 30:18,21,22
  30:22 66:16
  164:15 167:25
  168:1,2 189:24
  209:19
**rates** 66:18,20
  131:14
**ratio** 30:18,21,22
  38:1 46:6,6 88:22
  95:14,18,25 96:10
  96:12 118:9,13
  135:2 141:2,10

150:15,16 164:7
164:11,13,15,15
164:24 166:25
167:6 180:16
203:16,25 204:2,6
206:9 218:7
240:22 257:12
262:18,20
**ratios** 30:23 49:2
  87:25 88:17 95:19
  104:17 121:23
  166:24 179:21,23
  182:4 203:11
  258:14
**raton** 2:16
**raw** 103:16
**rbk** 1:6
**rct** 176:22
**reach** 48:14
  141:14,17 185:19
  230:2,12
**reached** 172:14
  187:9 234:1
**read** 9:5 32:22
  33:1 34:10 43:25
  69:16 71:25 98:9
  119:23 120:15,16
  134:21 186:4
  188:16 198:15
  228:18 253:9
  267:12 274:5,6,15
**reading** 19:17
  149:9 187:7
  198:14
**ready** 106:7
  107:11
**real** 38:24 167:17
**reality** 27:24
**really** 16:17 17:11
  22:8 27:22,24
  57:4 61:15 62:13

CONFIDENTIAL

[really - remember]                                                        Page 37

72:19 90:22,24
91:1,17,22,22,25
91:25 92:1,14,15
93:12,13 115:6
116:20 161:8
162:7 167:19,19
174:8 193:14
194:24 195:2
205:24 206:23,24
208:4 211:16,17
238:8 242:21
251:24 269:18
**reason**  66:12,17
72:19 78:20 80:5
81:8 84:24 103:5
105:24 106:18,25
111:4 112:8,10
114:8,15 116:10
125:13 126:4
178:11 192:20
207:12 247:22,23
274:7
**reasons**  115:7
**reassuring**  99:22
**recall**  43:25 127:4
148:6 154:22
155:1,2 248:12,17
256:24 257:2
**recalling**  256:6
**receive**  14:11,12
41:9
**received**  15:15
21:14
**receiving**  150:24
**recess**  160:1
**recollection**  12:2
33:5 43:3
**reconnected**
266:13
**record**  10:2,10
11:17 14:7 52:1,4

52:7,11 64:11,14
106:9,10 107:3,5,6
108:2,7,11 110:12
110:14,16,20,24
111:1,5,24,25
112:8 120:5,7,8,10
120:13 125:21
159:22,25 160:4
201:18,22 210:2,4
210:7 239:7,11
253:13,16,19
264:18 273:7,9
274:8
**recorded**  10:3
97:5
**recording**  152:18
219:24
**recruitment**
127:14
**red**  46:20,25 47:2
47:6
**reduce**  53:18
**reefer**  3:19
**refer**  18:18 113:14
135:14 137:21
140:11 148:9
155:10 177:4,11
177:23 234:9
246:21
**reference**  68:15,17
171:6 198:4
202:11 232:5
245:1,15 246:23
274:2
**referenced**  44:24
263:9 274:14
**references**  244:24
**referencing**  70:9
**referred**  20:22
179:1 200:10

**referring**  19:13
36:16 44:19 45:3
45:23 57:12 70:3
80:21 87:17 118:7
128:3 142:13
146:5 156:6
165:24 174:20
225:13 257:9
**refers**  55:25 56:2
**reflected**  83:13
217:4
**reflection**  30:3
**refresh**  43:2 177:5
**regarding**  200:25
**regardless**  142:22
238:12 241:6
242:4
**regards**  10:4
**regular**  19:24
**regulatory**  24:11
**related**  23:25 24:3
28:12 54:15 110:6
112:18 221:15
276:10
**relates**  1:4
**relation**  47:10
112:18
**relationship**  90:3
166:2,21 167:1
168:10 170:5
172:2 174:15,21
175:2
**relative**  36:6,12,25
37:6,10,13,18,20
37:22,25 38:1
46:6 49:2 60:4
61:5,8,11,17 73:22
79:22 80:16 83:13
83:22 88:23 95:3
146:21 147:7
155:17 157:4,10

157:22 158:6,10
159:1,4 164:6
165:9 168:8,8,10
168:17,20 169:10
169:11,20 170:3,6
214:7 215:8,9
227:3,9,16,20,24
228:1,1,8,8,15,23
228:24 229:8
232:20 234:1,16
237:14 258:6
260:14 261:13
262:4,7
**relatively**  55:5
62:8 91:23 150:8
160:21 197:17
198:3 199:2
217:12 235:17
262:11 272:7
**relevant**  88:12
185:17 187:19,20
188:19
**reliability**  144:22
**relied**  110:5
112:17 194:6
**rely**  138:12 147:25
154:21 200:24
**relying**  98:24
137:13 192:17
200:3 231:21
241:8 257:23
**remainder**  18:15
**remained**  97:19
**remaining**  106:2,6
157:15
**remains**  108:23
**remember**  23:9
35:24 36:1 50:22
51:1 161:6 218:22
222:23

[remotely - results]                                                          Page 38

remotely  10:18
repeat  27:11 35:16
  35:17 36:9 59:24
  60:21 81:16 86:18
  98:20 119:20
  132:25 148:18
  230:6 245:7,10,13
  263:6
repeated  26:7
  171:13
repeatedly  172:6
repeating  102:14
  172:6
rephrase  94:8
replaced  245:19
reply  193:8
report  6:8 14:19
  14:22 15:3,10,15
  15:21 16:2,4,16,20
  16:22 17:1 32:5
  43:16 44:3,12
  48:13,15,18,20,23
  48:25 49:4,6,19
  52:15 53:21 54:19
  55:25 59:17 60:2
  60:9 63:23,25
  64:18 87:13
  113:23 114:17
  115:1 120:22
  126:22 127:1
  130:24 134:16
  137:7,12,14,17
  138:1,13,16
  140:11,14 146:1
  148:10 150:20
  151:6 155:5
  160:10 162:11
  177:4,22,22
  187:13 191:23
  193:5 195:16
  198:23 199:19

202:10,11,14,15
  206:16 208:5,18
  211:10 214:1,12
  215:2 218:2,11
  222:3 226:19
  229:10 230:1,9,10
  231:18 232:1
  233:9 234:5
  239:15 241:21
  243:4 244:13,24
  245:14 246:24
  249:5,8 252:3
  257:8 258:3
  262:13 265:18
  271:4
reported  135:7
  179:22 208:10
  262:18
reporter  1:17,17
  9:6 10:8,10,14
  11:7 20:2 25:20
  25:24 26:6 27:7
  32:7 33:24 36:8
  37:1 39:1 45:10
  49:23 51:13,25
  59:19,22 60:21
  61:21 68:1 71:6
  94:6 96:23 106:12
  107:15,16 109:21
  109:25 111:9
  116:24 119:19
  120:15 121:2
  122:22 124:3,8
  125:17 126:1
  128:25 129:7
  131:23 132:24
  133:10 134:10,13
  140:4 141:12
  147:19 148:17
  149:15 160:24
  161:2 165:4

166:10 176:1
  180:7 209:23
  214:23 219:17
  225:7 245:4,8,11
  245:23 246:1
  248:2,4,22,25
  250:8 252:20
  273:5 276:4
reporting  10:17
  10:25 88:17
  142:14,25 143:17
  198:22 218:21
  219:23 255:19
reports  13:5,8
  24:10 258:5 270:1
represent  11:14
  35:10
representative
  77:12
republication
  163:5
request  8:1,5
  14:25 15:15 274:8
  274:9
requested  120:17
requests  14:3,5,8
  14:16 16:1 17:2
  42:15
required  231:13
requirement
  171:4
requires  73:17
  102:9
requiring  186:18
  187:2
research  15:19
  18:14 19:16,19
  21:9,12 22:9,9
  23:18,21,22 24:7
  63:9 70:23 76:15
  78:17 86:16 87:4

87:11 160:19
  161:7,14,16,18,19
  162:8
researching  20:8
residence  139:9
residents  19:6,20
residual  144:6
respect  12:1 13:6
  14:23 31:7 56:1
  58:25 120:20
  121:7 122:18
  123:18 139:2
  148:1,2,5 151:14
  151:20 153:15,21
  154:20,22 165:9
  173:19 174:1
  178:21,21 195:18
  200:3 208:6
  210:14 213:19
  218:2,17 231:7
  233:17,21 242:23
  267:18 272:3
response  14:4,8,15
  14:24 16:1 17:1
  42:14 107:18,25
  108:21 109:5
  174:21 180:15,15
  180:18,20,23
rest  23:25 192:7
  265:2
restraints  123:5
restricted  1:9
  45:17
result  164:1
  215:13 235:10
  238:3,13 259:22
  270:1 276:11
resulting  144:21
results  27:19,21
  28:23 35:4 38:19
  69:4,11 72:13

73:17 74:1 78:3
81:6 82:14,15
85:19,22 86:3,6
89:5 90:9,24
91:17 92:1,24
93:7,16 94:16,22
99:13 100:17
102:16 103:4
105:25 116:7
128:8 130:10
135:23 139:5
144:7 145:21
147:11 149:11
151:15 152:5
154:2 157:11
172:14 185:23
186:9,11,18 187:9
188:10 198:17
202:2 204:15,16
204:17,18 208:1
211:19 219:8
220:15 222:13,14
222:19 223:6
224:21,25 226:8
226:12,14 236:6
236:17,24 237:1,8
238:6,10 247:25
250:5,18,23 251:3
251:12 260:9,10
260:10,11 269:23
270:4
**retirement**  97:22
**retrospective**
185:1,7,10 186:9
186:15 187:14
188:11 189:6
248:10
**retrospectively**
172:16,21 187:11
**reversal**  96:11

**reverse**  38:18
42:24 88:12 95:4
163:19 225:16
**review**  13:22
15:11,12,14 33:15
33:16 43:22 48:12
48:17 62:24 63:1
63:5,6,12,17,25
120:5 193:16,17
195:3,3 253:14
274:1
**reviewed**  13:4,5,7
43:13 48:19,23
50:16,17 61:23
62:1,23 198:19
**reviewers**  63:2,13
**reviewing**  161:14
**reviews**  63:3 195:1
**richardson**  6:25
239:22,25 240:7
**right**  18:8 19:14
21:17 22:16,24
23:16,19 25:22
35:2 40:20 62:25
63:19 64:8 65:4
65:12 66:24 67:9
67:14,17 68:8,12
68:16,18 70:16,24
73:13 74:8,10
75:11,15,16,24
76:8,16,17,19,23
77:7,14 78:8,11,25
79:7 84:9 85:6,24
86:10,25 87:22
88:18,19,20,24
89:2,7 98:8 99:18
100:20 101:17,23
102:1,6,11,13
103:16,17,20,21
103:24,25 104:4
104:17 105:4

109:7 110:7,10
112:19,20 113:9
113:15 114:23
115:13 116:2
117:17,21,24,25
118:2,6,11,12,15
118:16,19,24
119:12,17 121:11
121:18 122:2,9,16
122:20 123:4,21
123:23 125:12
126:25 127:5,6,10
127:11,14,15
129:11,19,20,24
129:25 130:17,18
130:21,25 131:6,7
132:16,20 133:6
135:1,5,9,12
136:15,20 137:22
138:6,7,10,11,14
139:15,20 140:11
141:2,6,20,23
142:3,12,15 143:1
143:3,23 144:23
145:5,13,18,19
146:9,14 147:3,5
147:12 148:3
150:5 151:2,9,10
151:21 152:14
153:16,22 157:5
157:23 158:5,5,5,8
162:23,24 163:2,3
163:8,13,17 164:8
165:19 166:3,21
166:22 167:2
168:3 170:21
171:1,6 172:2,24
173:4,10,14,17,23
174:21 175:2,11
175:20 176:9,11
176:16,24 177:7

178:7,8,23 179:3
179:22,25 181:4
181:14,22 183:2
183:17 184:1,4
185:1 190:17,21
190:25 191:11,16
193:7,8,24 195:14
195:22 196:1,3,9
196:13,15,22
197:6,10,11 198:4
199:3 200:4,17,18
200:21 201:1,9
202:25 203:5,13
203:14,17,21,25
204:3,8,9,13,19
205:7,11,15
208:19,22,25
209:5,16 210:23
213:24 214:6,16
214:19 215:10
217:14 218:7
219:4 222:4,22,23
223:12,16 225:6
225:16 227:1,9
228:9,25 229:15
229:17,21 230:1,4
230:11 231:1,9
232:2,7,18,21,22
232:24 233:3,10
233:14,15,18,19
233:22 234:7,9,10
234:14,15,17,21
235:13,22 236:14
237:8,19 239:23
240:16,17,19,20
240:24 241:3,10
241:12,17,23
242:2,6,15,16,19
242:20,24,25
243:9,13 244:5,18
244:19 245:17,18

**[right - saying]**

246:5,6,17 247:3,4
247:7,8,10,15
248:21 249:15,24
250:14,25 251:3
251:12 252:15,19
252:25 253:6,22
254:3,22 255:1,2,5
255:6 256:16
257:6,21 258:12
258:17 259:4
260:3 261:7
262:15,20,25
263:5,12 264:14
265:22 266:17,24
267:1,10 268:18
269:5 270:13
272:10 273:2

**risk** 32:9 35:6
36:25 37:6,10,13
37:18,20,22,25
38:1 39:12,17
40:24 45:9 46:6
47:7 48:6 49:11
53:4 59:18,19,20
60:3,5 61:5,6,8,11
61:17 65:21 73:1
73:22 79:15,22
80:16,16 82:4,5,6
83:14,22 88:8,23
89:11,21 90:18,20
90:25 91:5,6,21
92:17 95:3,7,8
96:6 101:8 102:21
109:3 111:3
117:15 118:2,6,11
118:15,24 120:21
122:11 123:3,15
126:6 127:21
130:9 134:2 135:1
135:8,12 136:13
138:5 139:10,14

139:16 140:17,24
141:22 146:21
147:7,10 155:11
155:16,17 156:13
156:22,25 157:4,4
157:21,23 158:4,6
158:8,10,12,15,24
158:24 159:2,4,7
164:7 165:9
167:14 168:8,8,10
168:17,20,22,24
169:11,20 170:3,7
174:24 184:20
185:12 186:12
190:6 197:15
198:1,8,25 202:1
203:12,20 204:7
204:13 205:6,10
209:15,20 210:23
213:12 214:8
215:8,9 219:10,13
219:19 222:20,24
225:16 227:1,2,3,9
227:17,20 228:1,8
228:8,15,23,24
229:8 230:3,13,20
230:25 231:7,22
232:20 234:1,16
235:25 237:14
238:1 240:14,24
241:16 242:11
244:4,15 245:2,16
247:6,19 251:17
251:19,20,25
252:14,19 257:21
258:6,11 260:14
261:13 262:4,7
267:9,13,15 268:6
268:21 269:11

**risks** 36:6,12 49:2
72:14 88:12

108:22 129:22
130:16 157:10
180:22
**rite** 4:11
**road** 3:9,14
**robust** 69:21
85:18,22,23 114:4
**role** 113:1
**room** 10:17
**rooney** 4:17
**rosemarie** 2:9
12:8,13
**rosemarie.bogden**
2:11
**roszel** 3:14
**rotation** 19:16
**rounds** 56:2
**routes** 56:16,18
58:7
**rubber** 49:15,20
50:4,6,19,20 53:4
65:2,7,11 67:1,7,8
67:14,19,21 68:7
71:4,4,8,9,21 74:7
75:11 77:12,13
78:15,23,24 79:2,2
82:23,24 84:14
92:8 98:25 100:22
103:13,14,18
104:12 105:9
108:20 109:2,4
129:18 195:13
197:15 198:2,7
199:1 262:23
263:25 264:2,2
**rule** 102:5
**rules** 265:2 274:5
**ruling** 265:4,10
**rural** 139:9
**russo** 138:20

**s**

**s** 2:1 3:1 4:1 5:1
6:1 7:1 10:13
25:23 51:15 117:4
200:13 232:5
274:7,7
**safety** 23:3,25
24:1,5,13
**sample** 30:4,7,9
74:19 95:22 119:5
123:11 131:8,21
131:22 196:14,18
212:1
**sampling** 76:22
77:6
**sara** 2:4
**sarub** 76:1
**satisfied** 170:11
189:6
**satisfies** 91:18
167:8 169:22
179:11 183:9
**satisfy** 169:24
170:11 182:5
189:25
**save** 107:24
**saying** 29:13,13
41:5,6,13 58:17
67:8,12 79:20
85:21 104:25
109:11 116:6
119:21 121:11
125:3,6,13 126:4
150:8 151:18
152:19 158:14
169:6 187:7 188:9
198:18,19 199:15
215:20,24 216:1
220:13 221:8
265:3

CONFIDENTIAL

**says** 47:16 48:2
66:25 68:5 70:18
78:14 79:19 97:17
103:12 112:22
171:3 172:13
180:1 185:8 186:7
188:10 189:5
**scale** 34:8
**scenario** 213:10
223:3 227:14,15
**scheme** 206:14
**school** 20:8
**sciegen** 4:6
**science** 25:1
175:25 176:5
181:13 183:10
184:16
**sciences** 18:7
23:15
**scientific** 63:18
181:19,22 184:6
**scientists** 169:19
**score** 192:13
193:11,12,15,20
194:20
**scores** 194:25
**screen** 171:12
**scrotal** 166:7,13
**se** 242:10
**seal** 274:18
**search** 14:19
15:19 33:6 43:18
44:15,18,25 45:2,6
45:8,20 86:9,21
87:5 137:12
211:10 229:24
**searches** 190:17
**searching** 33:6
85:11,15
**second** 34:10 60:7
98:18 108:17

134:21 148:11
155:8 170:21
200:9 254:17
257:9
**seconds** 202:14
**section** 33:20 39:9
44:14,16 71:25
146:2 177:22
181:8 229:11
230:2,9 231:25
239:19 243:3
249:11 254:15
265:17
**section's** 171:5
**sections** 230:18
**see** 14:2 33:19
35:1 39:13 44:16
45:24 47:20 52:18
52:20 66:11 67:3
68:16 70:18,25
71:5,11 73:21,24
73:25 78:18 79:23
84:4,23 85:9,13
87:6 88:9 91:1,25
92:2 97:24 108:24
112:22 113:3
115:21 118:4
119:5 128:9
131:17 136:1
137:20 141:20
151:16 154:2
161:24 165:21
166:16 171:7
172:10,17 180:24
188:10 191:5
192:3 196:25
197:18,22 198:16
202:20 203:6,7
216:19 219:19
224:21 226:21
232:13 244:18

250:17 254:11
256:16 257:16
266:14
**seeing** 83:23 122:4
171:19 263:19
**seen** 13:16 43:23
96:23 121:12
130:2 137:3,5,10
137:12 144:10,12
167:13,17 171:16
171:19
**selecting** 15:18
**selection** 15:13
272:1
**send** 43:9
**sense** 80:25 82:1
83:16,17
**sensitive** 273:4
**sensitivity** 99:11
99:15,20,25,25
**sent** 43:11
**sentence** 20:17
41:2,14 47:15,16
48:1 68:4 78:15
102:3 108:14
112:22 115:13
197:13,22 198:15
217:1 230:19
**sentry** 2:21
**separate** 83:2
241:2,15
**separated** 241:5
**separately** 47:9
203:24 204:5
241:3 246:4
**september** 276:14
**series** 11:16 14:2
24:10 191:9
**seriously** 99:10
157:12

**serve** 12:17 14:8
**service** 18:17,18
18:19,20
**serving** 160:16
**set** 55:10 70:23
76:15 151:4
160:17 165:2
167:7,20 170:17
190:23 276:13
**settings** 171:20,23
**seven** 264:22
265:2
**seventh** 175:20
**shah** 3:14
**share** 162:20
**sheer** 131:8
**sheet** 274:7,9,16
275:1
**shift** 78:2
**short** 52:8 64:12
108:8 120:11
201:19 210:5
239:8 253:17
273:11
**shorthand** 276:3,8
**shortly** 32:13
42:19 246:16
**show** 48:6 66:5
72:15 83:9 85:18
85:21 108:3 125:7
150:11 164:12
174:14 185:19
187:3 200:20
205:10 206:23
207:3,9,10 210:15
217:5 223:3
247:19 266:11
**showed** 69:1
122:19 138:15
222:10,11 235:23
235:24

**[showing - sorry]**                                            Page 42

**showing**  93:5
  95:25 123:6
  135:22 142:23,23
  156:10 172:1,2,7
  179:17 186:11,19
  188:5 189:3 205:5
  207:8 209:3
  213:11 235:3
**shown**  72:14
  177:20 181:18
  184:9,20 195:2
  198:25 222:17
**shows**  66:18 68:25
  117:5 134:1
  147:23 155:15
  156:13 162:12
  164:12,13 205:10
  240:10 246:10
**siblings**  139:9
**sicker**  128:14
**side**  38:18 89:23
  151:5 191:4 216:9
  254:17
**sifted**  192:4
**sign**  9:5
**signal**  205:1
  206:23,25 236:9
**signature**  275:19
  276:15
**signed**  274:16
**significance**  28:4
  29:12,14,19,21
  30:2,13 60:15,19
  61:1,15 62:17,18
  135:3,5 141:15,18
  179:6,7 185:20
  186:3 187:16,22
  188:14 234:2
**significant**  27:6,15
  27:19,21 28:6,24
  29:6,8,9 60:12

61:12 62:3,7
  109:3 123:20
  126:6 134:25
  135:8 139:18
  146:13,24 149:23
  155:15 156:14,16
  156:18,19,21
  169:3 172:22
  179:3 185:22,24
  214:15,25 216:17
  217:9 219:10
  226:24 227:4
  234:12,13 242:12
**significantly**
  118:23
**similar**  19:2 29:21
  154:18 172:14
  177:8,9,19 186:8
  187:8 192:9
  193:19,21 194:11
  194:14 199:10
  215:15 242:10
**simple**  28:18
  120:6
**simply**  272:19
**simulate**  223:7
  224:20 250:17
**simulated**  89:4,6
  223:13 224:14
**simulation**  222:17
**single**  111:21
  134:1 171:21
**singled**  171:5
**sir**  162:23 163:6
  166:5 167:24
  171:3 172:13
  178:1,2 184:23
**situation**  188:4
  248:21 251:18
**situations**  42:7
  189:13 250:24

261:12
**six**  19:17
**sixth**  175:5
**size**  28:5 30:4,6,9
  38:2 46:5 61:11
  73:20 95:5,10,22
  95:23 123:11
  131:8,9,21,22
  164:16 167:5
  168:20 169:24
  170:9,10,12,16
  196:14,15,19
  212:1 231:14
  251:21 259:19
  261:9,11,18,20
**sizes**  30:7 167:21
  169:15
**skew**  92:23 259:3
**skin**  55:15 56:4,15
  57:6 58:4 79:7
  126:17 201:9
  209:10 210:18
  212:9 213:24
**skip**  13:23
**slight**  219:19
**slightly**  53:10 95:8
  157:19
**slower**  174:1
**small**  146:22
  147:8 149:21
  150:9 169:1
  194:21 199:12
  208:16 211:19
  217:10,11 224:7
  229:3 242:8,12
  266:25
**smaller**  30:9 73:2
  73:3 131:19,22
  132:2 149:5
  153:25 213:7
  217:17,17

**smokers**  92:11
  168:1,2
**smoking**  58:10,11
  89:2,4,6,7,9,11,12
  91:17 92:3,4,6
  128:20 168:11
  223:11,12,16
  224:4,5,8,11,14,20
  249:19,22
**social**  139:9
**solco**  1:5 2:18
**solely**  133:17
**somebody**  213:4
  268:6 269:2
  270:17
**somewhat**  144:18
**song**  6:20 143:5,11
  144:19
**sorry**  17:21 20:2,5
  25:20 26:6 27:7
  32:7 33:24 35:15
  36:8 44:21 45:10
  49:23 52:23 59:20
  67:11 71:6 72:12
  96:21 106:5 118:7
  119:19 122:22
  125:4,17,18
  127:15 131:23
  132:24 133:10,11
  134:20,20 135:18
  135:19 136:5
  137:16 138:24
  140:19,19,21
  141:12 148:17,18
  149:13,15,16
  155:24 162:15
  166:10 176:1
  180:7 192:16,21
  195:10 199:21
  202:6,13,17,23
  203:1 209:24

**[sorry - stephen]**                                                      Page 43

210:9 216:11,22
218:10 220:23
225:7 245:4,5
246:11 248:22
259:10 265:7
266:12
**sort**  14:20 17:10
18:21 19:7,15,19
19:24 22:8 23:23
28:1 31:19 34:13
40:4,8,17 41:10
46:5 47:9 55:1
59:12 62:7,16
66:9 73:6 84:24
92:10 114:4,10
116:12,21 121:6
123:10 133:7
160:21 167:5,20
193:18 221:3,19
224:18 226:16
250:3,16 254:9
259:3,21 261:23
263:12 270:16
272:17
**sorts**  264:1,3
**sound**  16:8 195:1
**sounding**  107:23
**source**  24:12 69:8
203:25 205:24
206:21,23 207:7
**sources**  69:14
204:3,6,11,12,17
204:18 205:1,2,15
206:8,10,17,18
207:1,16,24
**south**  2:5 4:9
**span**  83:18
**speak**  11:25
148:18
**speaking**  12:14
53:6 56:3 144:25

149:16 153:4,7
163:14 238:22
247:20,25 255:21
255:25
**speaks**  20:15,15
61:9
**special**  130:3
171:4
**specially**  166:15
**species**  115:18
**specific**  17:11
34:17 40:7,14
41:2 51:2 59:13
79:13 82:22 87:21
108:21 109:5
141:13 153:12
173:8 197:5,9
218:9 220:2
241:15,16 247:22
247:23 258:1,1
260:7 270:15,21
**specifically**  46:23
64:4 113:15
146:13 173:25
182:18 196:19
241:18
**specification**
271:13
**specificity**  173:5
178:5
**specify**  48:10 56:1
260:20 269:18
**speculate**  207:20
208:3
**speculation**  96:4
**spell**  109:21
134:10 147:19
**spelled**  49:25
**spend**  19:17
**spent**  85:11

**spoke**  12:6 43:3
61:13
**spoken**  12:12 13:1
**spouse**  254:21
**spring**  12:3
**stable**  131:15
**standard**  114:4
116:21 167:20
170:17
**standardized**
193:12
**standards**  261:23
**standpoint**  27:16
**start**  22:1 33:25
44:11 48:16 70:14
70:14 157:21
186:24
**started**  21:1,8,11
21:21 107:22
130:6
**starting**  78:14
108:15 115:14
139:6
**starts**  39:8 60:16
66:25 217:1
254:17 262:8
**state**  4:4 11:1,17
21:15,23 22:8
139:7 197:14
274:13
**statement**  40:11
40:15 41:11 78:21
96:5 109:14
153:18 157:9,13
186:14 238:23,25
274:16,17
**statements**  17:8,9
**states**  1:1 108:18
**static**  101:2
**stating**  183:6

**statistical**  27:25
28:4,7,20 29:9,12
29:14,19,20,22
30:2,13,23 60:15
60:18,25 61:15
62:7,9,17 69:18
70:6 102:10 130:2
135:3,4 141:15,17
179:6,7 185:20,24
186:2 187:16,22
188:14 215:16
234:1
**statistically**  27:6
27:14,19,21 28:6
28:24 29:6 60:12
61:12 62:3 134:25
135:8 139:18
146:23 179:2
185:21 214:15,24
217:8 219:10
226:24 227:3
234:12,12 235:24
**statistician**  26:22
26:23
**statistics**  27:2
**status**  178:15
**stay**  99:23 101:2
**stayed**  98:7 99:3
101:12
**staying**  99:17
100:4
**stefani**  7:3,4 243:7
243:21 244:15,20
245:15,20,20,21
246:9,12 249:9
**stenographic**
10:10
**stenotype**  276:4
**step**  254:9 265:25
**stephen**  3:3

[steps - study]                                                                    Page 44

steps 53:18
steven 3:8
stipulations 8:8
stomach 88:5 91:6
95:25 113:8
115:19 130:21
131:5 132:16,20
133:3,7,14 148:15
148:24 149:6,7,20
150:11 151:25
152:2,22 153:2,16
156:4 197:15
198:1,9,25 199:6
199:12 216:18
219:9 220:23,25
223:2
straif 6:10 51:11
51:15 52:17 55:4
59:15 60:3 64:3
65:7 146:12
183:16 195:8,11
195:20 196:1,6,22
200:2,19 202:20
208:12,15 211:15
222:4 223:11,15
223:17,24 224:3,4
229:13 233:10,12
241:19,20 242:1,4
242:7
strategies 45:8
strategy 14:19
44:15,18 45:2,6
stratify 93:8
street 2:5 3:4,20
4:4,9,14,19 5:4
strength 165:21
169:8 178:4
179:17,21 180:19
182:3,19 183:7
237:3

strengthen 109:11
strengthens
177:16
strengths 73:6
192:11 193:16
194:23 195:5
stretch 105:18
strike 12:25 15:24
51:8 161:16
179:19 213:18
strings 264:20
strong 69:24 90:2
166:18 222:20
223:5
stronger 73:16
168:21 189:2
strongest 230:20
strongly 139:10,14
structure 45:20
177:10,19 242:10
structured 190:17
students 19:1,2,15
19:21 20:1,9,23,24
21:1,2
studies 14:18
15:17 23:2,5,9,10
30:4,9 33:6 34:5
34:19 39:11,16
40:23 45:17,18
46:4,9,15,17 47:18
47:22 48:2,9,13,17
48:19,22 49:7,9,10
49:11,18,21,24
50:17 51:8 52:15
53:3,9,25 54:4,20
55:6,10,13 57:14
57:15 58:6 66:22
80:8,14 87:5
109:4 115:4 130:1
133:23,24,25
138:15 142:24

143:3,23 144:1,4,6
144:23 152:17
157:10 162:8
171:20,25 172:4,6
172:8,20,20,21
175:25 176:2,5,6
178:25 179:1,13
181:19,22 183:16
183:17,18,23,25
184:1,3,4,6,8,18
184:19,25,25
185:5,13,15,18,19
185:19,21 186:9
186:16 187:2,14
187:15,21,23
188:4,20 189:2,4,9
189:10,14,17,21
189:24,24,25
190:24 191:10,15
191:24 192:4,6,8
192:17 193:4,17
193:19,23 194:9
194:10,15,17,18
194:19,22 195:5
197:2 198:5
206:17 207:3
209:18,19 210:15
211:7,7,9,14 212:8
212:17 213:8,15
213:21 216:14
222:6 224:17
225:5 230:23,24
231:3,3,4,6,12,21
233:21,24 237:1
238:12 247:13
248:1,15 250:12
250:14 254:6
255:18 265:21,24
266:22
study 6:16,17,20
6:25 7:5,6,7 23:6

27:20 28:5,11,19
29:1 31:8 33:15
34:9 38:3,4,10,15
38:22 41:8 44:15
45:23 46:22,24,25
46:25 47:8,14
48:4 53:7,10,11
54:5,7 57:3,5
58:23,23 59:1,5
60:3 65:7,24 66:4
66:13 67:19 69:22
72:9,18,24 74:3,19
75:2 79:9 80:11
81:3 82:9 85:1,13
85:17 88:18 90:5
92:19 94:22 96:14
100:10,14 102:1
102:19,22 105:23
109:12 110:5
111:3 112:17
114:13 115:24
116:7,23,24 117:1
117:17,19,25
118:17 119:11
120:23 121:1,12
121:15,17 122:16
123:5,17 126:23
128:2,8 129:8,22
130:5,20 131:2,4
131:13,19 132:1,1
132:2,8,10,10,14
132:18 133:4,12
133:18 134:1,1,7
134:16,18,24
135:7 136:17,18
136:23 137:21
138:15 139:12,20
142:1,2,10,15,18
142:20 143:6
145:15,22,25
146:12 148:1,4

150:10 151:7
152:15 154:12,20
158:15,15 159:18
162:2 164:12,13
167:9 171:21
176:15 178:23
179:22,25 180:10
183:16,17 189:22
194:5 195:12,21
196:1,14,22 197:8
198:22 199:6,9,10
200:2,3,7,8,9,12
200:19,24 201:6
201:14 202:2
203:21 207:9
208:24 209:2,13
209:21 210:20
211:16,18,18,20
211:23,24 212:4
213:5,17 214:4
216:6 217:20
219:24 220:21
221:4 222:4,4,16
223:9,11,13,15,17
224:10,14 226:19
227:7,16 228:14
229:5,14,20,20,22
229:24 230:19
231:16 232:16,16
233:1,6,10,12,16
234:9,9,11 235:2,3
235:5,9,11,20
236:24 237:8
238:9 239:22
240:15,18,21
241:1,2,16,19,20
242:15,21 244:3
244:15 247:7,10
247:20 248:7,10
249:6,13 250:20
252:4,17 253:21

253:25 254:24
257:10,24 258:4,5
258:10,15 260:12
260:24,24 261:16
262:5,7,7,9,15,23
262:23 266:3,4,17
266:20 267:7,10
267:12,14 268:7
268:10,17 270:1,8
270:18,19,25
271:3,5,7 272:15
272:18,22,25
**study's** 73:5
**subject** 45:14
75:20 99:12
173:22 247:12
253:25 255:20
256:5,6 257:4,6
**subjective** 115:19
**subjects** 65:7,11
97:19 99:3 100:4
101:12 127:9
142:15 145:4,16
174:2 218:22
219:24 220:17
244:16 254:16
256:15 268:20
270:9,22
**submit** 62:22
63:11
**submitted** 63:24
63:25
**submitting** 41:20
**subscribed** 274:13
**subsequently**
22:21
**substance** 38:25
39:2 263:11
**substantially** 15:4
**substitute** 111:2

**sudden** 84:17
**sufficient** 39:16
**sufficiently** 123:19
**suggest** 179:1
**suggesting** 113:12
184:16 185:14
221:8
**suggestion** 175:8
198:7 221:19
**suggestions** 42:4,5
**suggestive** 149:21
150:9 156:23
166:21 167:1
168:9,21
**suggests** 121:25
**suite** 2:10,15,21
3:4,9 4:19 5:4
**summary** 230:16
**supervise** 19:24
**support** 47:23
200:25 233:17
242:22
**supportive** 208:20
210:22
**supposed** 206:5
217:9
**sure** 12:10 25:16
25:18 27:9 31:5
31:13 33:13 34:11
40:15 44:23 47:25
57:7,25 59:4
60:23,25 64:9
72:3,3 81:25
82:12,13 89:24
94:19 98:11,14,19
98:22 100:6 104:9
105:17 109:23
110:13 117:7,7
120:2,2 134:22
135:16 163:21
167:23 177:6

180:3 186:6 190:9
192:25 197:21
199:16,24 201:3
201:15 202:15
217:18 224:2
228:22 238:11
239:4 244:6
253:11 255:11
263:8 267:19
269:11,13,16
270:13,22
**surprising** 129:22
**surrogate** 254:2
254:21,24 255:4
255:15 256:4,12
256:13 257:5
**surrogates** 256:15
**survey** 252:24
253:3,4,22 254:10
**survived** 221:2,9
**suspected** 108:22
109:5
**sustained** 104:20
**swear** 10:11
**sweeps** 166:9,13
**switch** 97:4 271:20
**switching** 269:16
269:20,21 270:20
**sworn** 11:4 274:13
274:16
**system** 58:9
124:18 126:14
**systematic** 15:11
15:12 43:18,22
44:24
**systemic** 56:3,13
56:19 57:1,4
212:10
**systemically** 56:14
57:9 124:14
263:18,22

CONFIDENTIAL

**[t - think]** Page 46

| t | | | |
|---|---|---|---|
| **t** 3:3 6:1 7:1 50:1 51:15 147:21 200:13 276:1,1 | **takes** 270:17 **talk** 44:14 75:7 82:19,21 97:9 136:10,10 150:13 177:18 181:25 187:15 202:19 206:15 211:11,12 215:3 221:16 225:24 249:13,20 267:13 | **teased** 53:15 **technical** 215:16 **technically** 159:13 **technique** 130:3 **techniques** 73:4 250:16 **tell** 38:5 40:4 48:7 107:18 158:9,11 | **188:24 207:5** 211:4 274:6,8,10 **teva** 3:6,11 4:16 **thank** 25:25 64:17 109:25 120:14 124:8 134:13 160:7 161:2 210:9 239:14 246:1 248:4 |

**table** 9:1 36:5,11
87:16,20 90:8
95:17,24 119:1
127:13 128:9
135:14,20 139:2
149:9 177:23
179:12 180:2
181:9 196:23
202:12 203:8,10
216:7,10,12,21,23
216:24 217:4,4,15
218:9
**tables** 144:13
**tablets** 267:4,16
269:7
**take** 42:8,9 51:25
52:2 62:12 64:7
72:3 75:24 88:23
95:5 106:4,18,22
106:24 108:3
110:25 111:9,13
111:19 123:25
124:11 125:21
126:11,17 154:9
157:17 171:18,18
176:20 199:23
200:1 201:12
209:24 222:14
269:17 272:13
**taken** 1:13 52:8
64:12 106:16
108:8 120:11
157:12 160:1
201:19 210:5
239:8 253:17
273:11 276:6

**talked** 15:2 62:8
62:21 74:2 91:18
100:15 104:7
118:13 130:9
133:13 145:1,24
147:6 165:16
179:5 186:1 194:6
208:6 211:22
213:25 214:20
222:10 224:15
225:25 229:6
247:14 250:2
251:18 255:16
256:1 259:17
263:24
**talking** 70:10,10
73:4 74:3,25 93:2
104:23 152:11,12
154:19 168:19
174:9 227:5
**tape** 106:7,11
107:9
**tapes** 97:4 106:25
107:18,21,25
**tar** 166:15
**teach** 18:23,24
19:2,13,14 20:23
20:25
**teaching** 18:16,22
19:10,19 21:1
167:16

**telling** 124:25
210:21 260:16
**tells** 88:7
**temporal** 178:17
**temporality**
170:13 173:13,21
174:7 178:5,19
183:8
**ten** 168:1 199:23
201:13 239:2
**tends** 103:14
**term** 27:5,14 82:1
273:1
**terminus** 3:9
**terms** 28:19 30:5
45:13,14 53:7
69:24 87:17 93:2
107:9 116:12
165:24 167:9
171:5 172:22
183:7 184:23
209:20 240:23
247:14,24 251:10
253:4 255:19
257:20 264:21
270:1
**testified** 11:4
25:10,11
**testifying** 12:17
**testimony** 10:21
17:5 25:13 29:17
120:16 169:13
182:21 187:5

**thanks** 96:17
**theoretically**
90:10 95:18
131:10 144:9
**theory** 227:7
**thereof** 276:12
**thing** 18:21 20:19
107:23 152:21
153:5 249:8 269:5
**things** 40:1 93:8
128:20 264:1,3,20
**think** 13:20 15:23
23:10,17 33:8,18
39:23 40:8 44:24
46:12 51:2 56:15
59:4,11 60:14
61:13 66:8 72:25
73:5 76:3 80:2,20
81:5 85:5 93:23
96:3,3 97:3 99:9
100:23 102:17
104:5,7 105:18,20
106:17 108:2
109:10 116:6,9
120:21 123:4
124:10 128:18,22
136:3 137:15
138:21 144:17
145:1 146:17,19
147:6 154:18
156:21 159:1,17
168:15 169:3

**[think - type]**                                                              Page 47

171:11 172:8
176:19 178:13,14
178:14 180:16
186:1,17 188:8,25
188:25 189:2,22
204:15,22 205:24
206:12,19 207:18
210:8 212:2,5
213:15,25 215:11
217:3,19 221:21
223:23 226:13,16
226:17 230:17
236:9 238:17,24
244:10,11,12,19
247:22 250:2
251:19 254:8
255:6 256:1
259:16 263:2,9
264:7,17,19,23
265:9 268:8
269:10,22 271:14
**thinking** 264:17
**third** 135:19 139:1
173:3
**thornburg** 4:8
**thought** 54:13,16
138:14 193:22
238:7 268:12
**three** 4:13 52:14
53:2 73:22 85:9
85:11 106:2,6
110:25 209:8
210:15 211:8,14
212:12 216:18
221:15 233:21,24
240:23 269:10
270:18 271:24
**threshold** 169:16
**tight** 159:4 235:4
260:23 262:11

**time** 23:18 32:22
33:1,15 43:7 52:5
52:9 57:8,12,18,19
64:10,13 70:19
72:23 73:18 74:23
76:13 99:24 106:9
106:11,19 107:6,9
108:5,9 110:13,19
111:18,24,25
120:4,9,12 123:18
124:25 125:7,14
126:4,10,10
131:15 132:4
159:23 160:2
171:12 182:17,23
201:16,20 210:3,6
212:5,7,9 238:23
239:5,9 253:14,15
253:18 263:18,21
264:5,18 269:9,22
270:15 272:5
273:8 276:6
**times** 11:22,24
25:7 41:9 62:22
87:10 108:1
166:14 167:12,14
168:1,3,11,11
250:21 251:15,24
**timing** 173:14
**tissue** 58:24
**tissues** 57:23 58:2
58:19 59:9
**title** 117:13 162:25
240:13 247:1
267:7,11
**titled** 32:5 138:4
245:16 252:14
**tobacco** 225:9
**today** 11:16 164:6
201:7 213:16
229:6 250:3

267:12
**tone** 40:18 41:10
**tools** 116:21
**top** 11:23 67:17
117:24 129:11
134:16 137:20
161:6 165:13
172:11,12 197:13
197:21
**topic** 19:7 33:16
43:11 62:11
161:14 264:12
**topics** 44:1 264:10
**toronto** 22:15,18
**total** 197:1 217:22
**totality** 38:21
133:9,19,21 188:3
209:22 210:12,21
211:5,23
**totally** 207:11
**touch** 53:24
**tower** 4:18
**toxicology** 58:23
59:12
**track** 99:8
**tract** 24:4
**trade** 4:19
**trails** 16:9
**train** 20:9
**training** 18:16
19:11,12 20:12
22:13 23:7
**transcript** 274:5
274:10,15
**transcription**
276:7
**transfer** 22:6
**transferred** 22:5
**traurig** 3:3,8
**treat** 24:22

**treated** 181:1,2
**trial** 25:10 37:21
176:16,21
**trials** 194:17
**triangle** 89:24
91:9,10
**tried** 34:7 241:7
**trischler** 3:19
**troubles** 111:7
**true** 37:21 65:6,10
65:22 80:15 82:1
82:12 112:9
142:17 151:13
153:20 163:19
176:15,20 226:2
251:16 276:7
**try** 63:6 85:16
107:24 117:19
142:7 241:2,5,7
**trying** 147:12
155:23 162:6
197:19
**tuesday** 1:14
**tumors** 39:10,18
**turn** 114:19 119:1
137:14,17 254:12
**turning** 216:6
**turns** 268:11
**two** 18:24 19:6
30:15 31:5 39:11
39:16 40:23 63:1
91:2 108:16
111:18 123:9
135:2 138:14
192:6 194:12
198:4,19 224:16
225:18 266:10
268:15
**type** 20:19 28:20
34:16 38:16 40:4
45:18 59:1,12

CONFIDENTIAL

70:22 76:14 79:24
86:23 104:22
141:5 161:19
191:23 248:21
**types** 45:16 87:22
90:19 100:16
141:9 161:13
162:7 192:6
194:12 217:16
268:3
**typical** 257:3
**typically** 86:15,23
174:2 256:7

**u**

**u.s.** 1:5 2:18,18
**ubc** 22:4
**uh** 47:21 61:25
64:21 67:25 68:9
69:5 102:2 119:3
127:12 129:16
131:3 135:24
168:4 171:8
184:12 218:15
241:22 243:8
244:25 249:21
257:11
**uk** 66:13 67:19,22
71:3,7 74:7 75:11
77:13,22 78:24
82:23 84:15
129:18 131:17
262:24
**ultimately** 59:10
59:10 221:9
**uncertain** 147:13
260:9,10
**uncertainty**
271:17
**unclear** 257:14
**uncontrolled**
85:20

**underestimate**
72:7
**underestimated**
73:10
**underestimation**
80:15
**undergraduate**
18:16 19:5,11,12
19:14 20:23,25
21:2
**underlined** 47:16
**underpowered**
195:21 242:1
**understand** 29:13
58:16 97:6 99:14
100:1 106:13
111:6 126:25
133:17 168:7
215:10 237:17
253:3 263:10
272:6
**understanding**
30:18 58:1,2,17
59:6,7,23 82:17
113:17 125:12
126:3 149:17
171:9 177:2
213:14 268:18
**understood**
163:22
**undertake** 24:7
**undertook** 23:2
**unequal** 255:3,4,7
**unexposed** 31:6
**unhappy** 265:12
**unit** 10:3 52:6,10
96:16 108:10
154:7 159:24
160:3 201:17,21
239:6,10 273:10

**united** 1:1
**universities** 21:19
**university** 18:9
21:5,8,15,22,23
22:2,15,18,22 25:4
162:22
**unknown** 102:10
**unmeasured** 85:12
85:16,23 86:5,10
86:24 87:18,25
88:7,22 90:7
207:15 222:9,12
222:18 223:3,4
225:15,18,21,23
226:15 236:13,16
236:25 237:14
238:1,2,4 250:4,22
251:2,9,11,25
**unnecessarily**
97:7
**unpack** 57:10
**upload** 17:22
190:8 243:13
**uploaded** 42:18
203:3
**upper** 149:14,19
154:1 155:14,14
156:7,9,15,23
158:7,13 159:6
215:2 234:20
259:1,15 260:2
261:4
**uruguay** 247:7
**uruguayan** 245:3
245:17
**use** 6:6 27:2 28:20
28:21 31:20 32:6
32:8 35:5 36:7,13
37:9 40:5 46:15
79:15 86:16
105:10 160:17

169:20,21 180:22
182:1,7 190:5
193:20 222:7
225:9,10 226:1
250:17 267:7
**users** 74:14,14,21
83:10 91:23
207:19 270:23
271:14
**uses** 161:23
253:21
**usually** 24:9 30:8
30:10 63:1,15
80:14,14 121:6
156:20 191:18
219:6,8,14 220:15
247:17 251:22
254:7 258:23
260:8

**v**

**v** 1:5 109:24
**validated** 34:15
61:7
**validity** 63:18
102:11 145:21
**valsartan** 1:2 10:5
13:2 205:14 213:9
213:20 265:21
266:25 267:3,4,8
267:15,16,19,23
268:3,4 269:7
270:3,12,23
271:14 274:3
**value** 27:20 30:11
61:15 87:3,7
121:8 222:10
225:13
**values** 119:6 121:8
**vancouver** 1:14
21:10,13

| | | | |
|---|---|---|---|
| **variable** 30:24 31:12 79:14 82:2 144:2 164:24 170:18 178:18 224:23 225:15 251:1,2 | **vetted** 63:9 **vi** 184:11 **vice** 152:23 **video** 10:3 154:7 **videographer** 5:9 10:1,7 52:5,9 64:10,13 96:15 | 210:11 214:11 215:3 226:14 244:6 273:4 **wanted** 45:19 46:22,22 53:23 54:3 85:18 86:2 87:5 112:7 158:23 | **weighted** 134:4 **welcome** 64:16 160:6 218:11 239:13 **went** 15:14,16,18 22:15 43:12,21 111:5 120:5 |
| **variables** 31:1,7 31:13,15 81:23 82:11 119:7 128:11 160:22 164:5,19 178:16 179:14 225:19 226:3 229:6 249:18,24 250:13 251:9,12,15 | 106:1 107:13 108:5,9 110:13,19 120:9,12 154:6 157:14 159:23 160:2 201:16,20 210:3,6 239:5,9 253:15,18 273:8 | 163:21 189:15 **wanting** 40:17 184:24,24 **wants** 20:16 **warrant** 159:17 **warranted** 194:20 **washington** 2:10 3:4 | 215:22 **werner** 2:20 **west** 4:19 5:4 **whereof** 276:13 **wide** 149:21 150:9 199:8 259:20,24 261:13 **wider** 30:10 |
| **variation** 115:20 **varied** 101:4 103:12 **variety** 78:24 **various** 99:6 103:23,24 **vary** 67:1,8,13,15 100:21,23,24 101:1 116:11 268:2 | **videotaped** 1:12 **virtual** 1:12 **virtue** 50:5,19 **visual** 18:7 23:14 25:1 **vitae** 6:4 --- **w** --- **wait** 272:15 **waited** 272:21 **waiting** 17:25 162:16 | **water** 28:2 **way** 35:24 38:16 54:15 58:1 82:10 83:25 86:2 88:15 92:15 95:15 190:16,23 215:25 223:7 260:6 276:11 **ways** 73:14 172:1 172:15 187:9 | **wise** 132:11,11 **withdraw** 26:14 26:17,20 **withdrawn** 26:2,9 **witness** 10:11,20 13:25 15:10 16:15 17:7,21 18:3 20:6 20:20 21:21 24:9 25:16,22 26:5,12 28:18 29:18 33:13 |
| **verbally** 10:21 **veritext** 1:12 10:7 10:9 97:2 **versa** 152:23 **version** 54:16 **versus** 38:6,11 47:17 58:4,4 59:8 62:17 74:16 80:11 93:21 94:13 96:9 103:7 117:14 149:8 153:2 166:7 179:24 220:25 235:18 236:11 254:10 255:5,15 256:20,25 257:4 261:25 | **waive** 10:24 **walk** 88:14 190:16 **walking** 87:20 **wallack** 3:13 **walsh** 4:12,13 **walsh.law** 4:15 **want** 31:13 41:7 46:8,9,15 75:7 85:21 106:19,21 107:4,5 110:24 116:17 127:1,1 140:20 142:21 155:4 157:7,12 158:5,24 170:4 177:23 188:10 202:17 208:3 | **we've** 62:21 76:3,3 106:12 111:16,22 130:9 145:1,1 164:21 209:2 229:6 247:13 **weak** 35:10,21 36:17 **weeks** 19:17 **weighing** 107:24 **weight** 14:21 15:4 15:20 16:21 17:14 172:14 186:8 187:8 189:1 211:25 212:14 224:24 | 34:23 35:15,23 36:21 37:3,17 38:14 39:3,21 41:5 42:3,11 45:12 47:5,25 49:25 50:8,14,22 51:1 53:23 54:23 55:18 56:10 58:22 60:14 62:5 64:9 68:2 69:1 71:24 75:19 76:10 77:16 81:21 83:5 84:11 86:1,18 87:2 93:1 94:25 100:6 101:19 102:13 104:19 105:16 |

CONFIDENTIAL

**[witness - zoom]**                                                                                              Page 50

109:9 110:3
111:10 112:5
113:11 114:1
116:25 117:7,10
119:14,21 120:4
121:4 122:24
123:23 124:4
125:24 126:9
129:2,10 131:25
133:12 136:2
137:1 140:8
141:14 142:5
144:25 148:20
149:19 151:23
153:24 154:13,16
155:1 157:7,25
161:1 162:15
163:10 165:6
167:4 168:13
169:14 173:1
174:6 175:14
176:3,18 178:13
179:5 181:24
182:22 183:5,22
185:3 187:6 188:1
188:25 189:13
191:18 192:2
194:4 196:3,11,17
198:11 199:5
200:6 201:15
202:5 204:21
205:9,17 207:6
211:5 214:24
218:24 219:6,18
220:12 221:12
223:19,23 227:11
227:22 228:11,18
229:2,17 230:6
231:11 232:7
233:5 237:10
238:16 239:2

241:12 245:24
246:11 248:3
249:2 250:10
251:5,14 252:11
252:22 253:8
255:25 256:9,18
258:22 260:19
262:4 265:7
266:12 269:3
271:12 272:12
274:1,4,14 276:6
276:13
**wlaw.com** 2:22
**women** 127:9
141:22
**word** 147:12 182:1
182:7
**wording** 36:1 40:5
40:14 41:1
**words** 20:16 66:2
66:8,10 80:15
105:7 108:16
235:3
**work** 12:15 22:25
26:25 27:1,3
30:17 41:19 45:8
197:16 198:2
199:1 225:22
241:7
**worked** 21:12 24:3
**workers** 50:19
53:4 65:7,11
67:19,22 75:11,14
78:23 82:22 84:14
92:9 99:5 129:18
166:14 195:13
197:16 198:2,7
199:1 263:24
**working** 20:1
31:18 49:14,20
50:4,5,19 65:2,16

74:6 98:5 105:3
109:2
**works** 225:20,21
**worries** 136:6
192:25
**write** 33:7,7 40:2
**writing** 33:9 41:7
64:19
**written** 41:22
190:5
**wrong** 31:11 112:6
145:21
**wrote** 39:9

|       x       |
|---------------|

**x** 1:2,6 6:1 7:1
25:23
**xi01658** 276:16

|       y       |
|---------------|

**y** 3:14 117:4
160:20 232:5
**yeah** 16:15 18:1,3
29:18 33:8 34:23
43:10 44:8 52:19
55:18 65:9 67:15
68:19 69:1 76:24
76:24 79:8 94:4
97:25 99:19
101:20 102:7
105:16 116:3
117:22 119:9
121:21 122:10
136:5 140:15
141:19 144:3
156:8 162:19
164:4 172:18
173:1 176:12,18
200:11 203:9
204:4,14 216:11
217:3,8 220:12
228:3 229:12

232:14 235:18
237:18 248:8,8
249:16 252:1
254:19,23 263:13
266:18 269:3
**year** 22:1,4 57:5
83:19 98:6 99:2
100:8 101:12
125:10,10 127:17
127:19 131:20
271:24
**years** 21:12,25
31:18 32:21,24
67:22 72:12 75:21
78:2 83:8,11 84:2
84:14 85:2 99:9
101:5 120:23
127:10 129:18
130:6,8 185:5
249:19 269:10
**york** 2:10
**yup** 224:2 249:11

|       z       |
|---------------|

**z** 117:4 140:3,4
201:25 202:21
232:5
**zantac** 12:20,21
**zhejiant** 2:18
**zheng** 6:23 200:7
201:2,3,14,25
202:20,22 209:2
**zmick** 5:3
**zoom** 1:12 2:1 3:1
4:1 5:1 97:4,5
107:11

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.