# EXHIBIT H

RESTRICTED CONFIDENTIAL

Page 1

1            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW JERSEY
2     - - - - - - - - - - - - - - - - - x
      IN RE: VALSARTAN, LOSARTAN, AND   :  MDL NO. 2875
3     IRBESARTAN PRODUCTS LIABILITY      :
      LITIGATION,                        :
4                                        :
      THIS DOCUMENT RELATES TO:          :
5     Duffy, et al. v. Solco Healthcare  :
      U.S., L.L.C., et al.,              :
6     Case No. 1:18-cv-15076-RBK-JS      :
      - - - - - - - - - - - - - - - - - x
7
8
9                    VOLUME II
              ***RESTRICTED CONFIDENTIAL***
10
11
12            Veritext Virtual Zoom Videotaped
13     deposition of MAHYAR ETMINAN, taken on Wednesday,
14     August 25, 2021, held in Vancouver, City of British
15     Columbia, Canada, commencing at 8:32 a.m., before
16     Jamie I. Moskowitz, a Certified Court Reporter and
17     Certified Livenote Reporter.
18
19
20
21
22
23
24
25

RESTRICTED CONFIDENTIAL

```
                                                   Page 2

 1     A P P E A R A N C E S:
       (All appearances via Zoom)

 2

 3     LEVIN PAPANTONIO RAFFERTY LAW FIRM
       BY:  DANIEL A. NIGH, ESQUIRE

 4     BY:  MADELINE E. PENDLEY, ESQUIRE
       BY:  SARA PAPANTONIO, ESQUIRE

 5     BY:  LAUREN MASSEY, ESQUIRE
       315 South Baylen Street

 6     Pensacola, Florida 32502
       850.435.7013

 7     dnigh@levinlaw.com
       Counsel for the Plaintiffs

 8

 9     MARTIN, HARDING & MAZZOTTI, LLP
       BY:  ROSEMARIE R. BOGDEN, ESQUIRE

10     111 Washington Avenue - Suite 750
       Albany, New York 12211

11     518.724.2207
       rosemarie.bogden@1800law1010.com

12     Counsel for the Plaintiffs

13

       DUANE MORRIS

14     BY:  PATRICK C. GALLAGHER, ESQUIRE
       BY:  LAUREN A. APPEL, ESQUIRE

15     BY:  FREDERICK R. BALL, ESQUIRE
       1875 NW Corporate Boulevard - Suite 300

16     Boca Raton, Florida 33431-8561
       561.962.2100

17     pcgallagher@duanemorris.com
       Counsel for Defendants Prinston Pharmaceutic Inc.,

18     Zhejiant Huahai Pharmaceutic Co., Ltd; Solco
       Healthcare U.S., LLC and Huahai U.S., Inc.

19

20     CIPRIANI & WERNER
       BY:  JESSICA M. HEINZ, ESQUIRE

21     450 Sentry Parkway - Suite 200
       Blue Bell, Pennsylvania  19422

22     610.567.0700
       jheinz@c-wlaw.com

23     Counsel for Defendant Aurobindo Pharma Ltd.

24

25
```

RESTRICTED CONFIDENTIAL

Page 3

```
 1     A P P E A R A N C E S:
       (All appearances via Zoom)
 2
 3     GREENBERG TRAURIG
       BY:  STEPHEN T. FOWLER, ESQUIRE
 4     2101 L Street, N.W. - Suite 1000
       Washington, DC 20037
 5     202.331.3100
       fowlerst@gtlaw.com
 6     Counsel for Defendant Teva Pharmaceuticals
       Industries Ltd.
 7
 8     GREENBERG TRAURIG
       BY:  STEVEN M. HARKINS, ESQUIRE
 9     Terminus 200
       3333 Piedmont Road NE - Suite 2500
10     Atlanta, Georgia 30305
       678.553.2100
11     harkinss@gtlaw.com
       Counsel for Defendant Teva Pharmaceuticals
12     Industries Ltd.
13
       HILL WALLACK LLP
14     BY:  NAKUL Y. SHAH, ESQUIRE
       21 Roszel Road
15     Princeton, New Jersey 08540
       609.924.0808
16     nshah@hillwallack.com
       Counsel for the Defendants Hetero Drugs and Hetero
17     Labs
18
       PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
19     BY:  JASON M. REEFER, ESQUIRE
       BY:  CLEM C. TRISCHLER, ESQUIRE
20     One Oxford Centre
       301 Grant Street -- Floor 38
21     Pittsburgh, Pennsylvania 15219
       412.263.2000
22     jmr@pietragallo.com
       Counsel for the Defendant Mylan
23
24
25
```

RESTRICTED CONFIDENTIAL

```
                                              Page 4


 1

         A P P E A R A N C E S:
 2       (All appearances via Zoom)
 3

         HINSHAW & CULBERTSON LLP
 4       BY:  KATHLEEN E. KELLY, ESQUIRE
         53 State Street - 27th Floor
 5       Boston, Massachusetts 02109
         617.213.7000
 6       kekelly@hinshaw.com
         Counsel for the Defendants Sciegen Pharmaceuticals
 7       Inc. and H.J. Harkins Company Inc.
 8

         BARNES & THORNBURG LLP
 9       BY:  KARA KAPKE, ESQUIRE
         11 South Meridian Street
10       Indianapolis, Indiana 46204
         317.236.1313
11       kara.kapke@btlaw.com
         Counsel for the Defendants CVS and Rite Aid
12
13       WALSH PIZZI O'REILLY FALANGA LLP
         BY:  LISA M. WALSH, ESQUIRE
14       Three Gateway Center
         100 Mulberry Street - 15th Floor
15       Newark, New Jersey 07102
         973.757.1100
16       lwalsh@walsh.law
         Counsel for the Defendant Teva
17
18       BUCHANAN INGERSOLL & ROONEY PC
         BY:  CHRISTOPHER B. HENRY, ESQUIRE
19       Carillon Tower
         227 West Trade Street - Suite 600
20       Charlotte, North Carolina 28202-2601
         704.444.3300
21       chrisopher.henry@bipc.com
         Counsel for Albertsons LLC
22
23
24
25
```

RESTRICTED CONFIDENTIAL

```
                                                  Page 5

1

2     A P P E A R A N C E S:
      (All appearances via Zoom)
3

4     FALKENBERG IVES LLP
      BY:  MEGAN A. ZMICK, ESQUIRE
5     230 West Monroe Street - Suite 2220
      Chicago, Illinois 60606
6     312.566.4801
      maz@falkenbergives.com
7     Counsel for the Defendant Humana Pharmacy

8
      ALSO PRESENT:
9
      JUSTIN BILEY
10    Legal Videographer and Concierge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

RESTRICTED CONFIDENTIAL

Page 6

1                         E X H I B I T S

2

       EXHIBIT NUMBER        DESCRIPTION                  PAGE

3

       EX 28                 Document                       76

4

       EX 29                 Search criteria                77

5

       EX 30                 Bradford Hill criteria        107

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

RESTRICTED CONFIDENTIAL

Page 7

1                          REQUEST PAGE

2       INSTRUCTIONS NOT TO ANSWER:

3       Page  Line

4       None

5       REQUEST FOR PRODUCTION OF DOCUMENTS:

6       Page  Line              Description

7       None

8       STIPULATIONS:

9       Page  Line

10      None

11      QUESTIONS MARKED:

12      Page  Line

13      None

14

15

16

17

18

19

20

21

22

23

24

25

RESTRICTED CONFIDENTIAL

Page 8

1                    TABLE OF CONTENTS

2        MAHYAR ETMINAN

3

         Examination

4

         By Mr. Gallagher...................Page    9

5

         By Mr. Trischler..................Page    9

6

         By Ms. Kapke......................Page   60

7

         By Mr. Fowler.....................Page   63

8

         Notice to Read & Sign.............Page 120

9

         Reporter Certificate..............Page 122

10

         Index of Exhibits.................Page    6

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

RESTRICTED CONFIDENTIAL

Page 9

1              THE VIDEOGRAPHER:  The time is now

2         8:32.  This is a continuation of

3         Mahyar Etminan's deposition.  We are back on

4         the record.

5    EXAMINATION BY MR. GALLAGHER:

6         Q        Good morning, Dr. Etminan.

7         A        Good morning.

8         Q        At this time, I don't -- at this time

9    I don't have further questions for you.  Some of the

10   other defense counsel do, so I'm going to turn it

11   over to counsel for Mylan.

12   EXAMINATION BY MR. TRISCHLER:

13        Q        Good morning, Doctor.

14        A        Good morning.

15        Q        I'll just start by introducing myself

16   to you.  My name's Clem Trischler.  I represent the

17   Mylan defendants in this litigation.  I'll be asking

18   you some questions following up on Mr. Gallagher.

19              If you can -- if you have any trouble

20   hearing me, please let me know so I can rephrase or

21   repeat the question.  Okay?

22        A        Okay.

23        Q        Let me start by asking you this

24   relatively simple and straightforward question,

25   Doctor.  Would you agree with me that NDMA and NDEA

RESTRICTED CONFIDENTIAL

Page 10

1    are ubiquitous?

2                    MR. NIGH:  Form objection.

3                    THE WITNESS:  Yes, generally speaking.

4    BY MR. TRISCHLER:

5        Q        Those compounds are found virtually

6    everywhere, true?

7                    MR. NIGH:  Form objection.

8                    THE WITNESS:  Generally speaking, yes.

9    BY MR. TRISCHLER:

10       Q        NDMA and NDEA are found in the air we

11   breathe, in the water we drink and in the food we

12   eat, correct?

13       A        Yes.

14       Q        In fact, I think you wrote in your

15   report that NDMA and NDEA are found in pesticides,

16   hair dye, air, water and food.  That's what you

17   wrote I think on Page 7 of your report, right?

18       A        Yes.

19       Q        So it's a known fact that each and

20   every one of us are exposed to nitrosamines such as

21   NDMA and NDEA on a daily basis, true?

22       A        Yes.

23       Q        And as part of your work in this case,

24   have you attempted to quantify the baseline level of

25   exposure to NDEA that the average American receives

RESTRICTED CONFIDENTIAL

Page 11

1    on a daily basis?

2         A         No, not personally.

3         Q         Have you done any original research in

4    your career that's been designed to determine or

5    calculate the baseline daily exposure to NDEA?

6         A         No.

7         Q         Are you aware of the fact that there

8    are studies that have been published in the

9    peer-reviewed literature that suggest that dietary

10   intake of NDEA and NDMA can be as high as 2,000

11   nanograms per day for the average American?

12                  MR. NIGH:  Form objection.

13                  THE WITNESS:  That -- I mean, that's

14        possible.  I don't remember of a specific

15        paper, but that's possible.

16   BY MR. TRISCHLER:

17        Q         Okay.  And are you aware of the same

18   studies suggesting that smokers have a daily intake

19   of NDEA and NDMA that can be as high as 20,000 --

20   25,000 nanograms per day?

21        A         I'm not aware of studies, but it's

22   possible that's the case.

23                  MR. NIGH:  Form objection to that

24        question.

25

RESTRICTED CONFIDENTIAL

Page 12

1    BY MR. TRISCHLER:

2         Q        Assuming there are studies that

3    suggest daily intake of nitrosamines for smokers can

4    be as high as 20,000 to 25,000 nanograms per day, do

5    you have any scientific basis to dispute that fact?

6                      MR. NIGH:  Form objection.

7                      THE WITNESS:  Well, I mean I have

8              to -- I have to read the scientific paper and

9              then see exactly how that number was derived.

10             So I think you're asking me a very general

11             question.

12   BY MR. TRISCHLER:

13        Q        Well, I don't know whether it's

14   general or specific.  I'm just asking you a

15   question, and the question is this:  As you sit here

16   today providing testimony under oath, are you aware

17   of any evidence to suggest that daily intake of

18   nitrosamines for smokers is something other than 20

19   to 25,000 nanograms per day on average?

20                     MR. NIGH:  Form objection.

21                     THE WITNESS:  I -- I don't -- I didn't

22             look at nitrosamine exposure among smokers, so,

23             again, this is -- this is not an area that I

24             specifically looked at.  I know generally

25             speaking, smokers could have a higher

RESTRICTED CONFIDENTIAL

Page 13

1          concentration of NDMA than nonsmokers.

2     BY MR. TRISCHLER:

3          Q          And I think what you said as part of

4     your research in this case and part of your work in

5     this case, you did not do any analysis to determine

6     baseline exposures for either NDEA or NDMA, right?

7                    MR. NIGH:  Form objection.

8                    THE WITNESS:  Yes.

9     BY MR. TRISCHLER:

10         Q          Would you agree that if an individual

11    consumes alcohol, his or her daily exposure to NDEA

12    and NDMA would be expected to increase?

13         A          Than a nonalcoholic, yes.

14         Q          Well, not just a known alcoholic, but

15    anyone that consumes alcoholic.  I like a beer or

16    two from time to time, and I don't think I'm an

17    alcoholic.  But when I consume alcohol, research

18    suggests that my daily intake of nitrosamines is

19    going to go up.  Wouldn't you agree?

20         A          It's -- yeah, it's going to go -- it's

21    going to be higher than, you know, when you were not

22    taking alcohol or compared to somebody who's not

23    taking alcohol.

24         Q          Sure, so -- so we can agree that

25    there's a baseline of exogenous exposure to NDEA and

RESTRICTED CONFIDENTIAL

Page 14

1     NDMA that all of us experience, right?

2          A        Yes.

3          Q        All of us have a lifetime of exposures

4     to NDMA and NDEA, right?

5          A        Yes.

6          Q        Every plaintiff in this litigation has

7     been exposed to NDMA and NDEA throughout their

8     lifetimes just like you and I have, right?

9          A        Yes.

10         Q        In this case, though, you've done

11    nothing to independently assess, evaluate or

12    quantify what that baseline exposure is, right?

13                  MR. NIGH:  Form objection.

14                  THE WITNESS:  You're talking about me

15         undertaking a study, looking at your question.

16         That was not what I did or I was asked to do.

17    BY MR. TRISCHLER:

18         Q        I understand.  That's what I'm just

19    trying to clarify.  There were things were you asked

20    to do and things you were not.

21                  And one of the things you have not

22    done is to quantify a baseline exposure for NDEA and

23    NDMA for any plaintiff in this litigation or any

24    average person in the community, right?

25                  MR. NIGH:  Form objection.

RESTRICTED CONFIDENTIAL

                                                      Page 15

 1                    THE WITNESS:  Yes.

 2      BY MR. TRISCHLER:

 3          Q        Nothing in your report that's been

 4      filed with the court in this case quantifies

 5      baseline NDEA or NDMA exposures, agreed?

 6                    MR. NIGH:  Object to form.

 7                    THE WITNESS:  Yes.

 8      BY MR. TRISCHLER:

 9          Q        And at the outset of yesterday when

10      you were being asked questions by Mr. Gallagher,

11      what I recall you stating is that what you were

12      retained to do was to review the literature and

13      provide an answer to the question of whether NDMA,

14      regardless of route of administration, could

15      plausibly cause cancer in humans.  That was the

16      question you were asked, and you -- and you

17      undertook a literature review to try to answer that

18      question, correct?

19          A        Yes.

20          Q        And while that was the question you

21      were asked to evaluate, I think, as we have just

22      established, there were other questions concerning

23      NDMA and NDEA that you never examined, right?

24          A        Well, what do you mean by "other

25      questions"?

RESTRICTED CONFIDENTIAL

Page 16

1      Q      Well, for instance, we talked about
2  the fact that you never researched the amounts of
3  NDMA that the average American adult consumes on a
4  daily basis, right?
5      A      I do have in my report a citation of
6  general range of exposure of NDMA in -- you know, in
7  the American diet.  And I agree with you that, you
8  know, generally, they are all exposed to NDMA, you
9  know, from the environment or from air or what have
10  you.
11      Q      Right.  And I think you agreed with me
12  that daily exposure is on the order of
13  2,000 nanograms per day.  But my question was that
14  was not the -- determining that average baseline
15  exposure from dietary intake was not the question
16  that you were asked to answer?
17              MR. NIGH:  Hold on.  Hold on.  Object
18         to form, mischaracterizes his testimony.  Never
19         was there an agreement that the average
20         baseline is 2,000 nanograms of NDMA.
21              You can answer.
22              MR. TRISCHLER:  I don't think speaking
23         objections are permitted, Daniel, so please
24         don't do it.
25              MR. NIGH:  Well, you can't

RESTRICTED CONFIDENTIAL

Page 17

```
 1          mischaracterize testimony.

 2                    MR. TRISCHLER:  Well, I think you can

 3          object to form, but let's not -- let's not

 4          start testifying, please.

 5                    MR. NIGH:  Okay.  Form objection.

 6                    THE WITNESS:  Yes.

 7    BY MR. TRISCHLER:

 8          Q        And you never researched the amount of

 9    NDEA that the average American consumes on a daily

10    basis, right?

11          A        Yes.

12          Q        You have not reviewed the cases of any

13    plaintiff in this litigation to calculate their

14    cumulative -- cumulative lifetime exposure to NDMA

15    or NDEA prior to the time they consumed any

16    valsartan-containing medication, right?

17          A        Correct.

18          Q        Have you ever -- we have been talking

19    about exogenous exposure, but have you ever

20    independently researched endogenous formation of

21    nitrosamines where the extent of endogenous

22    formation that occurs prior to the time you were

23    retained in this case?

24          A        No.

25          Q        And in connection with your work in
```

RESTRICTED CONFIDENTIAL

Page 18

1    this case, have you ever done any research to try

2    and answer the question of the extent of endogenous

3    formation of nitrosamines that occurs in the human

4    body?

5         A         No.  I mean, that -- that is not my

6    field of expertise.

7         Q         Understood.

8                   Are you aware of any research

9    suggesting that all of us endogenously form

10   nitrosamines in our body at levels even higher than

11   what we consume exogenously?

12        A         I know that there is potential for

13   endogenous formation of NDMA in -- in the human

14   body.

15        Q         Right.  And in reading some of the

16   studies that you cite in your report, and that you

17   were kind enough to discuss with us yesterday, some

18   of those studies suggest that the level of

19   nitrosamines that form endogenously are far greater

20   than what we consume on a daily basis, right?

21                  MR. NIGH:  Form objection.

22                  THE WITNESS:  Yes.

23   BY MR. TRISCHLER:

24        Q         In fact, I think one of the papers

25   that was cited in your report was a paper that was

RESTRICTED CONFIDENTIAL

Page 19

1      published by a gentleman named Jakszyn as the lead

2      author -- lead author, excuse me.  Jakszyn is

3      spelled J-a-k-s-z-y-n, I believe.  Do you recall

4      that paper?

5            A        Yes.

6            Q        I think it was entitled "Endogenous

7      Versus Exogenous Exposure to Nitroso Compounds" and

8      was marked as Exhibit 12, yesterday.  Do you

9      remember that?

10           A        Right.

11           Q        And according to that paper by

12     Jakszyn, we're exposed to over 93,000 nanograms of

13     nitrosamines every single day.  Do you remember

14     that?

15                    MR. NIGH:  Form objection.

16                    THE WITNESS:  I do remember that.

17     BY MR. NIGH:

18           Q        And as part of your work in this case,

19     you have not done any independent research studies

20     or testing to -- to suggest or establish that the

21     estimates of total nitrosamine exposure as predicted

22     by Jakszyn were incorrect, fair to say?

23           A        Yes.

24           Q        And I trust you'd agree with me that

25     if you want to evaluate the impact of nitrosamines

RESTRICTED CONFIDENTIAL

Page 20

1    in valsartan-containing medications, what we need to
2    consider is the extent to which individual
3    consumption of NDMA and NDEA increase due to the
4    presence of those compounds in the drugs, right?
5                        MR. NIGH:  Form objection.
6                        THE WITNESS:  I mean, if you want to
7            do a perfect study, yes, that's -- that's what
8            needs to be done.
9    BY MR. TRISCHLER:
10           Q        And in assessing carcinogenicity of
11   any compound, you agree that dose and duration of
12   exposure are always important, right?
13           A        Generally speaking, yes.
14           Q        Right.  Well, in fact, yesterday, we
15   discussed the Pottegard and Gomm studies.  Do you
16   remember that?
17           A        Yes.
18           Q        And one of the things I remember from
19   your testimony yesterday was that you were critical
20   of those studies because the amount of NDMA exposure
21   was not specified in the controls.  Do you recall
22   telling us that?
23           A        Yes.
24           Q        And you told us that, you know, for
25   that -- in that study, you would have liked to have

RESTRICTED CONFIDENTIAL

Page 21

1    seen the controls broken down by high exposure,

2    medium exposure and low exposure.  Do you remember

3    telling us that?

4         A       Yes.

5         Q       And the inference from that is that

6    you wanted them broken down that way because dose

7    and duration are undoubtedly important and

8    undoubtedly contribute to carcinogenicity, right?

9         A       Yes.

10                MR. NIGH:  Form objection.

11   BY MR. TRISCHLER:

12        Q       And in this case, you've been very

13   clear and very honest and open in telling us that

14   you have not done any work to -- since you have not

15   done any work to establish baseline exposures,

16   right?

17                MR. NIGH:  Form objection.

18                THE WITNESS:  Yes, I think I have

19        answered that already.

20   BY MR. TRISCHLER:

21        Q       Right.  And since you have not done

22   any work to establish baselines, you can't tell us

23   the extent to which any plaintiff's daily intake of

24   NDMA or NDEA increased due to the use of

25   valsartan-containing medications, right?

RESTRICTED CONFIDENTIAL

                                                        Page 22

1          A          Correct.

2          Q          So if we -- I told you at the outset I

3      introduced myself, my client is Mylan.  If we use

4      Mylan is an example.  You reference my client I

5      think only in one place in that -- in your --

6                      THE COURT REPORTER:  I'm sorry.  You

7          cut out.

8      BY MR. TRISCHLER:

9          Q          I said you reference Mylan only in one

10     place in your entire report.  Would you agree?

11         A          I believe it's the -- the part where I

12     show the ranges of -- of NDMA in the product.

13         Q          Agreed.

14                     You -- you -- you provided us with a

15     40-page report, and the only place where you ever

16     mention my client is in a footnote on Page 8,

17     correct?

18         A          Yes.  I wasn't asked to write reports

19     for different manufacturers.

20         Q          I understand.  But in that footnote,

21     you suggest that NDEA concentrations in some of

22     Mylan's products were found to range from .01 parts

23     per million to 1.57 parts per million.  Do you

24     remember writing that?

25         A          Yes.

RESTRICTED CONFIDENTIAL

Page 23

1          Q          And the -- as part of your work in
2     this case, did you -- did you calculate the mean
3     parts per million that was observed in Mylan's
4     product?
5          A          I remember I may have calculated
6     either the mean or the -- or the higher range of the
7     PPM.
8          Q          Well, if you calculated a mean, what
9     did you calculate?
10         A          I don't remember off the top of my
11    head.  But I mean, if I can just do a quick
12    calculation if you tell me what the -- if I can --
13    I'm just looking at my report.
14         Q          Well, to calculate the mean, you'd
15    need to know a lot more than just what the lower
16    bound and what the upper bound of the range was,
17    right?
18         A          Yes.
19         Q          Right.  And the only information you
20    have in your report is the low -- low range being
21    .01 parts per million, and the high being 1.57 parts
22    per million -- per million.  So how would you
23    calculate a mean?  But you can't calculate a mean
24    based on that.  You'd need other data and other
25    information.

RESTRICTED CONFIDENTIAL

Page 24

1          A          Yeah, I probably -- I probably just --

2                      MR. NIGH:  Hold on.  Hold on.  Let me

3          object to the form first.  Form objection.

4                      You can answer, Doctor.

5                      THE WITNESS:  I probably only looked

6          at the higher -- higher end of the 1.57.

7    BY MR. TRISCHLER:

8          Q          So -- so your best recollection,

9    sitting here today, is you never calculated a mean

10   concentration of NDEA in the Mylan product, right?

11         A          Right.

12         Q          Well, I'll represent to you that

13   the -- for purposes of my questions that the mean

14   concentration for -- in Mylan's product is observed

15   to be 0.047 parts per million, okay?

16         A          Okay.

17         Q          And if we assume the -- did you --

18   were you made aware of the fact that the largest

19   concentration in which valsartan-containing

20   medications or the largest dose in which

21   valsartan-containing medications were made available

22   in the United States was 320 milligrams per day?

23         A          Yes.

24         Q          And so if the mean is .047 parts per

25   million, and we assume the largest dose of

RESTRICTED CONFIDENTIAL

Page 25

1    320 milligrams, that results in a mean exposure of

2    150 nanograms, correct?

3         A        Correct.

4         Q        So going back to Jakszyn's data in

5    Exhibit 12 that you -- in his paper that you

6    included with your report, if his estimate of

7    nitrosamine exposure of 93,000 nanograms per day is

8    accurate, in 150 nanogram --

9                  THE COURT REPORTER:  I'm sorry.  You

10         broke up.  You broke up.

11                 MR. TRISCHLER:  I'll start over.

12   BY MR. TRISCHLER:

13        Q        If we assume the data from Jakszyn's

14   paper is accurate, then adding a 150-nanogram

15   exposure to a daily nitrosamine exposure of 93,000

16   nanograms is miniscule, correct?

17                 MR. NIGH:  Object to form.  Object to

18         form.

19                 THE WITNESS:  Well, again, we --

20         that's -- the Jakszyn study is one study.  It

21         has some limitations.  Back to your -- back to

22         your point, the 150, I believe the -- the Mylan

23         nanogram per -- the mean Mylan nanogram per day

24         of 150 is -- one has to look at this as a

25         cumulative exposure.  So patients would be

RESTRICTED CONFIDENTIAL

Page 26

1          taking this over extended period of time.  150

2          is still higher than the -- the recommended or

3          the allowable daily dose by the FDA.

4                   And you are sort of assuming that only

5          the patient who's taking the 150-nanogram Mylan

6          dose has that endogenous exposure -- sort of

7          exposure to endogenous nitrosamines as well.

8          In other words, you know, in the population, as

9          we spoke earlier, we are all exposed to

10         nitrosamines.  So population-wise, there is no

11         reason to believe that the people who are not

12         taking that extra dose of Mylan also do not

13         have endogenous exposure to NDMA.

14                  What I'm trying to say is that

15         endogenous exposure in the population is

16         probably very similar, at least in the American

17         population, based on the diet.  And if a

18         patient is taking an extra dose of 150

19         nanograms per day of Mylan or any other

20         exposures, an extra dose added to that baseline

21         dose, which again is higher than the

22         recommended daily dose by the FDA, cumulatively

23         over a long period of time, it is possible that

24         that dose could potentially increase the risk

25         of cancer.

RESTRICTED CONFIDENTIAL

Page 27

1                    MR. TRISCHLER:  Objection, move to

2          strike as nonresponsive.

3     BY MR. TRISCHLER:

4          Q        Let's see if we can try this again,

5     Doctor.

6                    A 150-nanogram exposure is miniscule

7     compared to a 93,000-nanogram exposure, right?

8                    MR. NIGH:  Object to form.

9                    THE WITNESS:  Yes.

10    BY MR. TRISCHLER:

11         Q        It's .01 percent of the total

12    exposure, simple math, right?

13                   MR. NIGH:  Object to form.

14                   THE WITNESS:  Yes, but you are -- you

15         are -- you're assuming that the -- that there

16         is one patient taking -- exposed to endogenous

17         X amount -- I don't know if the Jakszyn study

18         is -- is the true endogenous value.  But let's

19         say there is an X amount of endogenous NDMA in

20         one person.  That person is being -- is adding

21         to that, cumulatively, an extra dose.  You're

22         assuming that the other people who are not

23         taking that extra dose do not have endogenous

24         exposure, and only that patient has endogenous

25         plus exogenous exposure.

RESTRICTED CONFIDENTIAL

Page 28

1              What I'm trying to say that in a

2         population, as we discussed, where diets are

3         pretty stable, and this is in the U.S., for the

4         most part, most people will have that baseline

5         endogenous exposure.  So the person who's

6         taking the exogenous NDMA in valsartan, you'll

7         have -- you'll have an added extra risk if

8         you're taking it cumulatively every day.

9              So that -- that's what I was trying to

10        explain to you.

11   BY MR. TRISCHLER:

12        Q       I think I understand, Doctor.  I'm not

13   making the assumption that you believe I am.  I

14   agree with you 100 percent, that every one of us has

15   exogenous and endogenous exposures to nitrosamines.

16   And if Jakszyn is correct, that that exposure is on

17   the order of 93,000 nanograms per day.

18              And so my -- so the issue in this

19   case, then, is does an exposure of an extra

20   150-nanograms representing a .01 percent increase in

21   that exposure level result in a substantial --

22   statistically significant increased risk of cancer.

23   That's the question I want to answer.

24              And what I'm asking hearing from you

25   is that's not a question -- I haven't asked the

RESTRICTED CONFIDENTIAL

Page 29

1    question.  That's not a question you ever answered

2    in this case.  You certainly don't answer it in your

3    report, right?

4                    MR. NIGH:  Hold on.  Object to the

5           colloquy, argumentative.

6                    You can answer.

7                    THE WITNESS:  So, again, as I

8           mentioned yesterday, I'd love to answer that

9           question.  But the -- the type of question

10          you're asking, data for that question, good

11          data, is not available.  What I was asked to do

12          is to answer the question as a general

13          causation question, does exposure to NDMA over

14          time increase the risk of cancer.  So that's

15          what I -- that's what my systematic review

16          addressed.

17   BY MR. TRISCHLER:

18          Q        Understood.

19          A        I did not -- I did not address mostly

20   because I -- you know, I did search for the data.

21   But that specific question that you're asking -- and

22   it's quite more of an individual -- you know,

23   individual causation question rather than a general

24   causation question.  So I did not answer that, the

25   type of question you're asking.

RESTRICTED CONFIDENTIAL

Page 30

1        Q        Well, I agree with a lot of what you
2    said.  I disagree that it's not a general causation
3    question.
4                But I think what we can really agree
5    on is your statement that good data does not exist
6    to answer the question of whether an incremental
7    increase in nitrosamine exposures above the baseline
8    that we all experience will lead to a statistically
9    significant increased risk of cancer.  It's not a
10    question that you answered, and the data is not
11    there to answer it.  That's what you just told us
12    under oath, right?
13                MR. NIGH:  Object to form.
14                You can answer.
15                THE WITNESS:  Again, I -- in my
16        report, I -- I was asked to answer whether
17        there is general causation with exposure to
18        NDMA over time.  That's what I answered in my
19        report.
20    BY MR. TRISCHLER:
21        Q        And you did not answer the question of
22    whether an incremental increase over some period
23    of -- over some period less than lifetime would lead
24    to a statistically significant increased risk of
25    cancer because the data is not there to answer that

RESTRICTED CONFIDENTIAL

Page 31

```
 1      question, agreed?
 2                  MR. NIGH:  Object to the form.
 3                  You can answer.
 4                  THE WITNESS:  I answered the question
 5          that NDMA exposure over time increases the risk
 6          of cancer.  I did not answer the question of
 7          incremental increase, and I really don't
 8          understand what you mean by "statistically
 9          significant."
10                  But I did not answer the question
11          whether incremental increase of any specific
12          doses of NDMA increased the risk of cancer.  I
13          answered a more general question of exposure,
14          exposure over time versus cancer risk.
15      BY MR. TRISCHLER:
16          Q       In your review of the scientific
17      literature, did you find a single cohort or case
18      control study that reported that a 1 to 2-percent
19      increase in daily NDMA exposure would lead to a
20      statistically significant increased risk of
21      esophageal cancer?
22                  MR. NIGH:  Object to form.
23                  THE WITNESS:  Can you repeat the
24          question, please?
25      BY MR. TRISCHLER:
```

RESTRICTED CONFIDENTIAL

Page 32

1          Q         In your review of the scientific
2     literature, did you find a single cohort or case
3     control study that reported that a 1 to 2-percent
4     increase in daily NDMA exposure would lead to a
5     statistically significant increased risk of
6     esophageal cancer?
7                    MR. NIGH:  Object to form.
8                    THE WITNESS:  I don't know if the
9          study looked at 1 to 2-percent increase, but
10         there are -- the dietary studies that I
11         included have looked at sort of a dose response
12         exposure of NDMA per day, looking at high
13         versus low doses with respect to cancer.
14    BY MR. TRISCHLER:
15         Q         Can you cite me any study, as you sit
16    here today, where the authors looked at incremental
17    increases in nitrosamine exposure and concluded that
18    a 1 to 2-percent increase in NDMA or NDEA intake
19    would lead to an increased risk of cancer?
20         A         Can you clarify --
21                   MR. NIGH:  Hold on.  Hold on.  Object
22         to the form.
23                   You can answer.
24                   THE WITNESS:  Can you clarify what you
25         mean by "incremental increase"?

RESTRICTED CONFIDENTIAL

Page 33

1    BY MR. TRISCHLER:

2        Q        What I'm -- what we've been talking

3    about, Doctor, that we all have a baseline of -- of

4    exposure that we have been receiving on a daily

5    basis.  Let's assume that that baseline exposure is

6    2,000-nanograms.  If we were exposed to

7    2,000-nanograms for the first 40 years of our life,

8    and then in year 41, we begin to -- that exposure

9    increases to 2,100 nanograms per day, what I want to

10   know is:  Are there any studies to suggest that an

11   incremental increase in daily nitrosamine exposure

12   is expected to lead to an increased risk of cancer?

13                   MR. NIGH:  Hold on.  Hold on.  Hold

14           on.  Hold on.  Object to the form.

15                   THE WITNESS:  What I think you're --

16           you're referring to is whether -- whether there

17           is a dose response increase with NDMA exposure

18           and cancer so that the more NDMA you take over

19           a period, your risk of cancer is higher.

20                   So again, some of the dietary studies

21           that I've discussed have looked at subjects who

22           have taken the highest cumulative dose of NDMA

23           in their diet and compared them to the -- to

24           the lowest, considering that all of those --

25           all of that population is also exposed to some

RESTRICTED CONFIDENTIAL

Page 34

1          level of endogenous NDMA through their diet.

2                  They have looked at exogenous NDMA

3          using dietary measures and looked at that dose

4          response.  So I think, again, your -- I think

5          your question is whether there's a dose

6          response relation.  And I have shown in my

7          report that some of these dietary studies have

8          shown a dose response.

9    BY MR. TRISCHLER:

10        Q        That's not -- that wasn't my question,

11   but let me -- so let me try to ask it again.

12                Name me a study that's in your report

13   or that you uncovered in your research that

14   establishes that there is an increased risk of

15   cancer if my nitrosamine intake is increased by

16   5 percent for a period of five years.

17                MR. NIGH:  Sorry.  Was that the end of

18        the question?

19                MR. TRISCHLER:  Yes.

20                MR. NIGH:  Okay.  Object to form.

21                THE WITNESS:  Again, I think -- I

22        think you're asking -- I think your question is

23        asking the same concept of a dose response in a

24        different fashion.

25                And so again, if -- the studies may

RESTRICTED CONFIDENTIAL

Page 35

```
 1          not have looked at nitrosamines in the way

 2          you're asking the question.  But they have

 3          looked at those response.  You're -- you're

 4          basically saying does somebody who has an

 5          increase in 1 to 2 percent over five years,

 6          does that person have a higher risk of cancer,

 7          and I think what -- and I think what you mean,

 8          and correct me if I'm wrong, is compared to

 9          somebody who doesn't have that 1 to 2 percent

10          increase.  That -- that is a dose response

11          question, and I'm -- and that has been looked

12          at in the dietary studies, not -- not exactly

13          the way you have put it.  But they have looked

14          at cumulative dosing.

15     BY MR. TRISCHLER:

16          Q       Well, I'm -- well, the way you phrased

17     the question is the way I'm looking for you to

18     answer it, Doctor.

19               And -- and so my question is, tell me

20     the -- name me the dietary study where it says that

21     a slight, short duration increase in nitrosamine

22     exposure is gonna increase your risk for developing

23     cancer.  I can -- I read your papers, the papers you

24     sent.  I can't find it, so tell me where it is.

25               MR. NIGH:  Object to form.  This is
```

RESTRICTED CONFIDENTIAL

Page 36

1              getting argumentative, lots of colloquy.  It's

2              inappropriate.  It's not a question.

3                     MR. TRISCHLER:  It's a question.  It

4              might not be a good one, Dan, but it's a

5              question.

6                     MR. NIGH:  But the -- "I've read your

7              report.  I can't find out where it is."  You

8              know, that's not a question.  That's

9              argumentative.  It's inappropriate.

10                    THE WITNESS:  Again, the -- the -- the

11             dose response analysis done in the dietary

12             studies look at or present a dose response

13             relation.  They have not looked at it the way

14             you have portrayed your question or the way you

15             want the dose response to be looked at.  But

16             they have addressed -- I still think that your

17             question -- your question is a dose response

18             question.  And they have addressed dose

19             response in the way that all dietary studies

20             address them, high dose versus low dose.  What

21             is the risk?  Is there a difference in risk?

22      BY MR. TRISCHLER:

23             Q       And what you're saying -- what you're

24      suggesting with your answer is the same thing I

25      think we already talked about, and that is that dose

RESTRICTED CONFIDENTIAL

Page 37

1    and duration do matter, correct?

2         A        Yes.

3         Q        Right.  And so what I'm trying to

4    define is when does the dose and duration exposure

5    to nitrosamines lead to an increased risk of cancer?

6    Where do we draw the line?  You have cited in your

7    report -- you have got 71 references listed in this

8    report, correct?

9         A        Yes.

10        Q        Tell me by number which one of those

11   71 references that I can go to that is going to

12   suggest that if I increase my daily nitrosamine

13   exposure by 5 percent or less for some period of

14   time, that I'm -- I'm at an increased risk for

15   cancer?  Does that -- does that data exist anywhere?

16                 MR. NIGH:  Objection.

17                 THE WITNESS:  Again, the -- the way --

18            the question that you're asking me, that --

19            that type of analysis, I -- I did not find.

20            But I did include, as you mentioned, dietary

21            studies of the dose response analysis.

22   BY MR. TRISCHLER:

23        Q        We talked about the fact that all of

24   us are exposed to NDMA and NDEA on a regular basis,

25   true?

RESTRICTED CONFIDENTIAL

Page 38

1           A          Correct.

2           Q          But we can agree that while all of us

3     are exposed to NDMA and NDEA every day, not all of

4     us are going to develop cancer, correct?

5           A          Yes.

6           Q          So there's obviously a threshold dose

7     or a threshold exposure at which NDMA and NDEA will

8     not cause harm, agreed?

9                       MR. NIGH:  Object to form.

10                      THE WITNESS:  I -- I don't know.  I

11          don't know the answer to that question.

12    BY MR. TRISCHLER:

13          Q          You have never calculated a threshold

14    dose for NDEA, have you?

15          A          Well, you're -- your question is not

16    about the threshold dose on NDMA -- NDEA.  I believe

17    your question is whether there is a threshold dose

18    in causing cancer, and so that requires another

19    study.  It's not as simple as just calculating

20    threshold dose.

21    BY MR. TRISCHLER:

22          Q          Well, I'm just asking you if you've

23    ever done it.

24          A          No, because that requires, again, a

25    very large sophisticated study, and I -- I have not

RESTRICTED CONFIDENTIAL

Page 39

```
 1    done it.  And I was not -- that's not what I was
 2    asked to do.
 3         Q        Are you familiar with the concept of
 4    permissible daily exposure?
 5         A        Yes.
 6         Q        Is it true that permissible daily
 7    exposure is defined as a dose that's unlikely to
 8    cause an adverse effect if the individual is exposed
 9    at or below that dose for a lifetime?
10         A        I believe that's what it stands for.
11         Q        Okay.  Have you ever calculated a
12    permissible daily exposure for any nitrosamine?
13         A        No, because I relied on the
14    epidemiologic studies that I looked at.  I mean, the
15    permissible daily exposure mostly comes from animal
16    data.
17         Q        I'm just asking if you have ever
18    calculated a PDE for any nitrosamine?
19         A        No.  I appreciate that, but I just
20    need to be able to explain myself.  So, no, I have
21    not.
22         Q        Do you agree there is one though,
23    right?
24         A        There is one, for example, the FDA has
25    one, yes.
```

RESTRICTED CONFIDENTIAL

Page 40

1          Q        Well, the FDA has an acceptable intake

2     level that it's established for nitrosamine levels

3     in drug products, but that's not a PDE, is it?

4                    MR. NIGH:  Object to form.

5                    THE WITNESS:  It may not be.  I'll

6          have to -- I'd have to check.

7     BY MR. TRISCHLER:

8          Q        Well, just think about it.  We've

9     already -- we've already talked about and

10    established that nitrosamines are ubiquitous and

11    we're exposed to them from lots of sources, not just

12    drugs, right?

13         A        Yes.

14         Q        Right.  So there's a -- there's a

15    permissible daily exposure for all nitrosamines

16    including NDMA and NDEA.  You've -- but you've not

17    determined what they are, correct?

18                    MR. NIGH:  Object to form.

19                    THE WITNESS:  I don't know -- I mean,

20         I could have during my research, but it doesn't

21         ring a bell right now.

22    BY MR. TRISCHLER:

23         Q        And you don't recall seeing any data

24    suggesting a PDE for NDEA or NDMA, right?

25         A        Correct.

RESTRICTED CONFIDENTIAL

Page 41

1       Q        Are you aware of any research that's

2    been published in the peer-reviewed literature

3    suggesting that a short-term increase in NDEA or

4    NDMA exposure above the PDE will lead to an

5    increased risk of cancer in humans?

6                     MR. NIGH:  Object to form.

7                     THE WITNESS:  No.

8    BY MR. TRISCHLER:

9       Q        So if I could summarize what I

10   understand your work in this case to be, Doctor, is

11   that -- your focus was on addressing the general

12   question of whether the literature supports a

13   plausible causal connection between NDMA and cancer

14   in humans, right?

15                    MR. NIGH:  Object to form.

16                    THE WITNESS:  Yes.

17   BY MR. TRISCHLER:

18      Q        I didn't hear your answer because of

19   the objection.

20      A        Yes.

21      Q        And your -- your research was not

22   focused on dose or duration or on examining the

23   impact of incremental increases in daily exposures,

24   right?

25                    MR. NIGH:  Object to form.

RESTRICTED CONFIDENTIAL

Page 42

1                    THE WITNESS:  Yes.

2        BY MR. TRISCHLER:

3            Q        And now I want to ask you some

4        questions specifically about NDEA.  Before you were

5        retained in this case, had you ever done any

6        original clinical research on the carcinogenicity of

7        NDEA?

8            A        No.

9            Q        For that matter, before you were

10       retained by the plaintiffs' lawyers in this case,

11       had you ever done any original clinical research on

12       the carcinogenicity of NDMA?

13           A        No.

14           Q        Had you ever published any

15       peer-reviewed studies assessing or evaluating the

16       carcinogenicity of NDEA in humans?

17           A        No.

18           Q        Had you ever published any

19       peer-reviewed studies assessing or evaluating the

20       carcinogenicity of NDMA in humans?

21           A        No.

22           Q        Had you ever done any animal studies

23       or participated in any animal studies looking at the

24       carcinogenicity of any nitrosamine?

25           A        No.  I'm not a basic scientist, so no.

RESTRICTED CONFIDENTIAL

Page 43

1          Q          Okay.  Had you ever participated in

2     any epidemiological studies involving NDEA?

3          A          No.

4          Q          Had you ever participated in any

5     animal study -- or excuse me.  Have you ever

6     participated in any epidemiological studies

7     involving NDMA?

8          A          No.

9          Q          Prior to the time the plaintiffs'

10    lawyers knocked on your door to ask you to work on

11    this case, had you ever done any work in your

12    professional career with nitrosamines?

13         A          No.

14         Q          So is it fair to say that in your

15    career as a -- in the fields of pharmacology and

16    epidemiology, that you never researched, studied or

17    investigated the possible association of

18    nitrosamines and cancers before you were retained in

19    this case?

20         A          I have done studies in the past on

21    carcinogens and cancer, but not specifically on

22    nitrosamines.

23         Q          Right.  And so since you had no

24    specific background in studying, researching or

25    investigating nitrosamines, the only basis for your

RESTRICTED CONFIDENTIAL

Page 44

1    opinion as to whether NDMA or NDEA can cause cancer

2    in humans is the literature that -- review that you

3    did in connection with this case, right?

4        A       Yes.

5                MR. NIGH:  Object to form.

6    BY MR. TRISCHLER:

7        Q       And in the -- with that literature

8    review, I want to ask you specifically about NDEA.

9                Did you identify in your literature

10   review any observational study in the literature

11   that found a statistically significant association

12   between NDEA and breast cancer?

13       A       Specifically on breast cancer?

14       Q       Yes, NDEA and breast cancer.

15       A       No.

16       Q       In your research for purposes of this

17   case, did you -- can you identify any observational

18   study that you found in the literature that reported

19   a statistically significant association between NDEA

20   and esophageal cancer?

21       A       No.

22       Q       In connection with your work in this

23   case, can you identify for me any observational

24   study in the literature that found a statistical --

25   statistically significant association between NDEA

RESTRICTED CONFIDENTIAL

Page 45

1     and stomach cancer?

2          A          No.

3          Q          In connection with your work in this

4     case, can you identify any observational study that

5     you found in the literature that found a

6     statistically significant association between NDEA

7     and colorectal cancer?

8          A          No.

9          Q          In connection with your work in this

10    case, can you identify any observational study in

11    the literature that found a statistically

12    significant association between NDEA and liver

13    cancer?

14         A          No.

15         Q          In connection with your work in this

16    case, can you identify any observational study in

17    the literature that found a statistically

18    significant association between NDEA and lung

19    cancer?

20         A          No.

21         Q          In connection with your work in this

22    case, can you identify any observational study that

23    found a statistically significant association

24    between NDEA and bladder cancer?

25         A          No.

RESTRICTED CONFIDENTIAL

Page 46

1      Q        In connection with your work in this

2    case, can you identify any observational study

3    published in the literature that found a

4    statistically significant association between NDEA

5    and prostate cancer?

6      A        No.

7      Q        In connection with your work in this

8    case, can you identify any observational study

9    reported in the literature with a statistically

10   significant association between NDEA and blood

11   cancers?

12     A        No.

13     Q        In connection with your work in this

14   case, can you identify any observational studies

15   published in the literature that found a

16   statistically significant association between NDEA

17   and pancreatic cancer?

18     A        I identified one study by Zheng that

19   looked at NDEA and found an increase in risk.

20     Q        And that -- that paper was -- the lead

21   author was Zheng, Z-h-e-n-g, correct?

22     A        That's right.

23     Q        And that was published in 2018 in a

24   publication called "Carcinogenesis"?

25     A        Yes.

RESTRICTED CONFIDENTIAL

Page 47

1        Q        And would you agree with me that even

2    while finding an association between pancreatic

3    cancer and NDEA, the authors of the Zheng paper were

4    careful to note that their observations were

5    preliminary?

6        A        That's what they may have stated in

7    their paper, yes.

8        Q        And isn't it true that the authors of

9    that paper were careful to note that the findings

10   and this reported association between NDEA and

11   pancreatic cancer was merely preliminary?

12       A        If that's what they said in their

13   paper, then that's what they said, but -- I mean,

14   that's what --

15       Q        Well, you read -- you read it.  Do you

16   recall?

17       A        I have read a lot of these papers.  I

18   can read it now.  I don't recall that statement,

19   but --

20       Q        Isn't it true that the authors of the

21   Zheng paper noted that their findings were

22   preliminary and needed to be confirmed in a large

23   prospective cohort study with consideration of

24   sufficient time between diet assessment and disease

25   diagnosis?

RESTRICTED CONFIDENTIAL

Page 48

```
 1                  MR. NIGH:  Object to form.
 2                  THE WITNESS:  That is -- they are sort
 3           of portraying a perfect scenario.  I'm not sure
 4           if -- and they call this preliminary.  I'm not
 5           sure if there will ever be a large prospective
 6           study looking at this question again, but
 7           that's what they state.
 8      BY MR. TRISCHLER:
 9           Q      Well, that was going to be my next
10      question.  Do you -- are you aware of the large
11      prospective cohort study that Zheng and his
12      colleagues recommended to be done, whether it was
13      ever done?
14                  MR. NIGH:  Object to form.
15                  THE WITNESS:  I'm not aware.
16      BY MR. TRISCHLER:
17           Q      We talked about my client,
18      Mylan Pharmaceuticals, a bit and how you mentioned
19      them in that footnote on Page 8.
20                  Can we agree that nowhere in your
21      40-page report that you filed in this case did you
22      ever conclude that an increase in NDEA intake in the
23      amounts contained in Mylan's valsartan-containing
24      medication to cause cancer in humans?
25                  MR. NIGH:  Can you repeat that?  You
```

RESTRICTED CONFIDENTIAL

Page 49

1      broke up.  You broke up at the end.

2               MR. TRISCHLER:  Sure.

3               MR. NIGH:  Thank you.

4      BY MR. NIGH:

5          Q        Can we agree that nowhere in your

6      report you ever conclude that an increase in NDEA

7      intake in the amounts contained in Mylan's

8      valsartan-containing medications was sufficient to

9      cause cancer in humans?

10         A        Yes.

11         Q        And you -- and in your work in this

12     case, you have not found a single study in the

13     peer-reviewed literature that would support a

14     statistically significant increased risk of any

15     cancer from a short-term duration nitrosamine intake

16     increase of 150 nanograms per day, right?

17         A        You mean a specific study that -- that

18     looks at that specific dosage and cancer?

19         Q        Yes.

20         A        No.

21         Q        The -- the -- are you familiar with

22     the concept of latency periods in cancer?

23         A        Yes.

24         Q        Do you know what the average latency

25     period is for esophageal cancer?

RESTRICTED CONFIDENTIAL

Page 50

1          A          Specifically for esophageal cancer,
2      no.
3          Q          Do you know the average latency period
4      for stomach cancer?
5          A          No.
6                      MR. NIGH:  Object to form.
7      BY MR. TRISCHLER:
8          Q          Do you know the average latency period
9      for colorectal cancer?
10                     MR. NIGH:  Object to form.
11                     THE WITNESS:  The latency period for
12              cancer in general is usually around, give or
13              take, ten years.
14     BY MR. TRISCHLER:
15         Q          All right.  I'm asking about specific
16     cancer types, and if you don't know, you can simply
17     tell me you don't know.
18         A          Right.  Again, I'm not an oncologist.
19     So no, I -- I -- the answer to your question -- the
20     last -- the answer to your last question on stomach
21     latency is I don't know.
22         Q          Okay.  So and if I went through the
23     nine cancer types that you mention in your report,
24     would you know the average latency period for any of
25     them?

RESTRICTED CONFIDENTIAL

Page 51

1              MR. NIGH:  Object to form.

2              THE WITNESS:  Not specifically.

3       BY MR. TRISCHLER:

4          Q       We talked a little bit about the

5       Gomm -- or you talked a little bit about the Gomm

6       and Pottegard studies yesterday.  And we mentioned

7       them again this morning.  You're familiar with those

8       papers, right?

9          A       Yes.

10         Q       And I think one of the things that you

11      indicated to us was that you were critical of the

12      observations by Gomm and Pottegard in their papers

13      because the study durations too short; is that

14      correct?

15         A       Yes.

16         Q       Basically what you -- what you said

17      was that a study duration of -- with a study

18      duration on the order of three, four and five years,

19      it was simply too early to tell whether or not

20      nitrosamines in valsartan-containing medications

21      might have an increased risk of cancer, right?  You

22      need more time?

23         A       Well, for a population-based study, it

24      is short.  But that doesn't mean that, you know, in

25      some patients, a shorter onset of cancer cannot

RESTRICTED CONFIDENTIAL

Page 52

1    occur.  But when I'm looking at a -- obviously, this

2    was a population study, the ones you're mentioning.

3    And for a population study that median of

4    three years is short.

5         Q         I wasn't asking you about whether

6    there's any particular individual that might have a

7    shorter latency period than another.  I was asking

8    you about study design.

9              And what you told us yesterday was

10   that a study period of four or five years, which I

11   believe is the time frame in the Pottegard and Gomm

12   studies is just too short, and it's too early to

13   tell whether or not nitrosamines in

14   valsartan-containing medications can cause an

15   increased risk of cancer; you need a longer period

16   of time to study that, right?

17        A         Yes.

18                  MR. NIGH:  Object to form.  Hold on.

19        Hold on.  Object to form.  That was asked and

20        answered.

21   BY MR. TRISCHLER:

22        Q         That's what you told us yesterday,

23   right?

24        A         Yes.

25        Q         Okay.  And so in your opinion, how

RESTRICTED CONFIDENTIAL

Page 53

1     long would you have to go out to find a credible

2     study that evaluates NDMA and NDEA in

3     valsartan-containing medications and whether those

4     medications lead to an increased risk of cancer?

5                    MR. NIGH:  Form objection.

6                    THE WITNESS:  Certainly, more than,

7          you know, five years.

8     BY MR. TRISCHLER:

9          Q     Okay.  What does that mean?  Does it

10    mean six years is enough, or do you have to go to

11    like 10, 15?

12         A     Well, again, you're asking me a

13    technical question.  So one has to sit down, and if

14    you're looking at different types of cancer, you

15    have to factor in the -- the different latencies of

16    all the cancers that you want to study and then make

17    sure that the follow-up period that you have in your

18    study design meets those latency periods.

19         Q     Okay.  So are you familiar with a

20    paper by Nadler, N-a-d-l-e-r, entitled, "Estimating

21    Cancer Latency Times Using Weibull," W-e-i-b-u-l-l,

22    "Model"?

23         A     Doesn't ring a bell.

24         Q     Are you familiar with the Weibull

25    model?

RESTRICTED CONFIDENTIAL

Page 54

1        A        Yes.

2        Q        What is it?

3        A        A Weibull model is -- I believe it's a

4    parametric statistical model.

5        Q        For estimating latency periods?

6        A        I -- again, that's a technical

7    statistical question, but I believe it could be.

8    It's a very general model that's used for different,

9    sort of, outcomes and -- and one -- I mean, it could

10   possibly be used for statistical modeling of latency

11   as well.  Because it looks at time, and latency is a

12   time.  You know, it's a function of time.

13       Q        So I'll represent to you that in

14   this -- in the Nadler paper using the Weibull model

15   to estimate cancer latency times, the authors

16   concluded that the average latency period for

17   stomach cancer is 22 years.  You don't have any

18   information to dispute that, right?

19                MR. NIGH:  Object to form.

20                THE WITNESS:  I'm not going to agree

21          right now on the latency period, which is quite

22          a complex topic, based on just one paper.

23   BY MR. TRISCHLER:

24       Q        I didn't ask you to agree to it.  I

25   asked you -- I made a representation to you of the

RESTRICTED CONFIDENTIAL

Page 55

1    average latency period in the literature.  And I

2    asked if you have any basis to dispute it.

3                    MR. NIGH:  Object to form.

4                    THE WITNESS:  No, I have no basis to

5        dispute it or agree to it.

6    BY MR. TRISCHLER:

7        Q        Okay.  And in -- in the same paper,

8    the authors estimate the average latency period of

9    lung cancer to be 13 years.  Do you have any basis

10   to dispute that?

11                   MR. NIGH:  Object to form.

12                   THE WITNESS:  Again, I can't agree or

13       dispute.

14   BY MR. NIGH:

15       Q        And so if we wanted to -- if we were

16   an epidemiologist like yourself and we wanted to

17   carry out, you know, a well-designed epidemiological

18   study to evaluate whether nitrosamines in

19   valsartan-containing medications led to an increased

20   risk of stomach cancer, we'd need to carry that

21   study out for 22 years, right?

22                   MR. NIGH:  Object to form.

23   BY MR. TRISCHLER:

24       Q        If we assume that's the correct

25   latency period?

RESTRICTED CONFIDENTIAL

Page 56

1              MR. NIGH:  Object to form.

2              THE WITNESS:  It -- it will be -- it

3         should be a study that has a very long follow

4         up.  Again, I don't want to be agreeing on

5         numbers that -- that I haven't seen or from one

6         paper.  But generally speaking, it needs a long

7         period of follow up.

8    BY MR. NIGH:

9         Q       And so if we're going to be -- if

10   we're going to approach the question of whether

11   nitrosamines in valsartan-containing medications

12   lead to an increased risk of cancer, we're going to

13   make that determination based on the science, what

14   you're telling us is we just don't know at this

15   point because the -- we don't have enough time to

16   answer the question, right?

17              MR. NIGH:  Object to form.

18              THE WITNESS:  To specifically design a

19         study that looks at oral nitrosamine, it's

20         going to be a complex study.  But again, my

21         report and my review was on a general causation

22         of exposure of nitrosamine -- nitrosamines and

23         cancer.

24   BY MR. TRISCHLER:

25         Q       By the way, there are -- there are a

RESTRICTED CONFIDENTIAL

Page 57

```
1        few other cancer types that are at issue in this
2        litigation, breast cancer, kidney cancer, pharyngeal
3        cancer and uterine cancer.
4                     In your report, you did not observe
5        any statistically significant increased risk between
6        NDMA and NDEA exposure and breast cancer, do you?
7            A        Again, I don't think a statistically
8        significant increase is the right sort of portrayal.
9        I did not include any studies, whether significant
10       or not, because they did not meet -- those types
11       studies did not meet my inclusion criteria, which --
12           Q        So you don't -- I'm sorry.  I didn't
13       mean to interrupt you.
14           A        Go ahead.
15           Q        No.  I thought you were finished.
16           A        I -- sorry.  I think I am finished.
17           Q        I guess what I'm asking is you do not
18       intend to offer an opinion that NDMA exposure or
19       NDEA exposure will lead to an increased risk of
20       breast cancer, do you?
21           A        No, because it's a not in my report,
22       and I did not cover -- cover this topic.
23           Q        You do not intend to offer an opinion
24       that exposure to NDMA or NDEA lead to an increased
25       risk of kidney cancer, do you?
```

RESTRICTED CONFIDENTIAL

Page 58

1          A        No.

2          Q        You do not intend to offer an opinion

3    that exposure to NDMA or NDEA lead to an increased

4    risk of pharyngeal cancer, do you?

5          A        Well, I do have -- I do have oral

6    cancers including larynx, I believe, in my report.

7    So pharyngeal, specifically no, but I do talk about

8    oral cancers, in general, including the larynx.  And

9    so, again, I do make an opinion on oral cancers in

10   general.  It does not specifically say pharyngeal.

11         Q        Okay.  But when you say "oral

12   cancers," the only one I'm aware of that arguably

13   constitute oral, at least as I understand the

14   anatomy, is esophageal?

15         A        No.  Oral cancers can also include the

16   mouth, the esophagus and also the pharynx and the

17   larynx.  So I do have a section in my report on

18   pharynx, larynx and the esophagus, which I combine

19   into head and neck cancers.

20         Q        Okay.  Do you intend to offer an

21   opinion that exposure to NDMA or NDEA increase the

22   risk of uterine cancer?

23         A        No.

24                  THE WITNESS:  Can I interject?

25                  MR. TRISCHLER:  Yes.

RESTRICTED CONFIDENTIAL

Page 59

1              THE WITNESS:  Can we take a break now

2       if you have more information to cover, but if

3       you're reaching the end, maybe we can continue.

4       Either option is okay.

5              MR. TRISCHLER:  Well, I'm -- I'm

6       reaching my end, but there will be another

7       examiner, at least one other examiner that I'm

8       aware of.  So we can take a break.

9              THE WITNESS:  No, I understand.  I

10      meant just your section.

11             MR. TRISCHLER:  Yeah.  You won't --

12      you won't -- we can take a break whenever you

13      want.  It won't mess me up, so you're in

14      control of that.  So you tell me.

15             THE WITNESS:  I mean, if you have

16      another 5, 10 minutes, we can go -- you know,

17      we can continue.  If it's longer, I'd like to

18      take a break.

19             MR. TRISCHLER:  No, I don't have

20      any -- in fact, I think -- I think I'm probably

21      finished, so I will pass the witness.  If you

22      want to take a break now then, or, you know,

23      I'll leave that up to you and Daniel.

24             THE WITNESS:  Sure.  Can I take a

25      break, everyone?

RESTRICTED CONFIDENTIAL

                                              Page 60

1              MR. NIGH:  Yeah, let's take a

2         ten-minute break.

3              THE VIDEOGRAPHER:  The time is now

4         9:34.  This ends Media Unit Number 1.  We're

5         going off the record.

6              (Whereupon, a short break was taken.)

7              THE VIDEOGRAPHER:  The time is now

8         9:49 in this begins Media Unit Number 2 we're

9         back on the record.

10   EXAMINATION BY MS. KAPKE:

11        Q       Good morning, Dr. Etminan.  My name's

12   Kara Kapke, and I just have a few short questions.

13              You talked about how the -- one of the

14   questions you were answering was whether NDMA or

15   NDEA exposure over time increases the risk of

16   cancer.  Can you quantify the duration of time that

17   you're talking about?

18              MR. NIGH:  Form objection.

19              THE WITNESS:  Different studies have

20         different durations.  So I can't really give

21         you a specific answer.

22              I believe that -- in the range from

23         maybe three or four years up to the study --

24         the occupational study, I believe had a 35 or

25         40-year follow up, so it is a big range.

RESTRICTED CONFIDENTIAL

Page 61

1    BY MS. KAPKE:

2         Q        So given that -- your answer, is it

3    fair to say that a person would need to take NDMA or

4    NDEA containing valsartan for at least three years

5    before they had an increased risk of cancer?

6                      MR. NIGH:  Object to form.

7                      THE WITNESS:  No, I -- I wouldn't say

8              that because, again, every -- it's a very --

9              latency to cancer is very individualized.  And

10             those are median follow-ups -- you -- which

11             means that you have -- at each end -- you have

12             a lower end and a higher end.  So I can't -- I

13             don't really want to make that specific sort of

14             statement.

15   BY MS. KAPKE:

16        Q        What are you willing to say, to a

17   reasonable degree of scientific certainty, that is

18   the -- minimum amount of time that a person would

19   need to have taken valsartan that contained NDMA or

20   NDEA before they are subject to an increased risk of

21   cancer?

22                     MR. NIGH:  Form objection.

23                     THE WITNESS:  Again, given that I

24             looked at general causation, I can say that

25             exposure to NDMA and NDMA valsartan increases

RESTRICTED CONFIDENTIAL

Page 62

1              the risk of cancer over time.  I don't have any

2              specific data to, sort of, give you a specific

3              number right now.

4         BY MS. KAPKE:

5              Q         You would agree with me that a person

6         who took a single pill for -- you know, one -- one

7         pill of valsartan that contained NDMA or NDEA would

8         not have an increased risk of cancer, correct?

9              A         One pill over what period?

10             Q         One day.

11             A         No.

12             Q         You don't agree or you do agree with

13        that?

14             A         I agree with you that taking one pill

15        of valsartan for one day does not increase the risk

16        of cancer.

17             Q         What about 30 days, so 30 days' worth

18        of pills?

19             A         30 days, probably not as well.

20             Q         I'm going to push it out.  How about

21        90 days?

22             A         Again, less likely.

23             Q         Another way you -- you framed the

24        question that you are evaluating was whether

25        systemic exposure to NDMA could cause cancer.

RESTRICTED CONFIDENTIAL

Page 63

1    Similar type of question, but what does "systemic"

2    mean to you?

3         A         Systemic means that NDMA that's

4    available in -- in the body, and it's absorbed and

5    available in the body to, you know, all the organs.

6    All the organs are subject to some level of NDMA.

7         Q         And have you ever put a quantification

8    of the dose or the duration that it takes to reach

9    that systemic exposure?

10                   MR. NIGH:  Form objection.

11                   THE WITNESS:  Can you repeat the

12              question, please?

13                   MS. KAPKE:  Can the court reporter

14              read it back?

15                   (Whereupon, the testimony was read

16              back as requested.)

17                   THE WITNESS:  No.

18                   MS. KAPKE:  Thank you very much,

19              Dr. Etminan.  I'll pass the witness.

20                   THE WITNESS:  Thank you.

21    EXAMINATION BY MR. FOWLER:

22         Q         Good day, Dr. Etminan.

23                   You may have seen me briefly

24    yesterday.  Let me just reintroduce myself.  I'm

25    Steve Fowler with the law firm Greenberg Traurig,

RESTRICTED CONFIDENTIAL

Page 64

1      and we represent the Teva defendants.  I've got some

2      additional questions for you.

3                      But let me just start very quickly.

4      Am I correct that in -- in your research, nor in

5      your report, did you attempt to determine whether

6      the levels of NDMA and NDEA in the valsartan tablets

7      at issue here, whether that level poses an increased

8      risk of cancer?

9                      MR. NIGH:  Object to form.

10                     THE WITNESS:  Specifically looking at

11          the levels, no.  I made general sort of

12          analogies based on the NDMA levels in the

13          different manufacturers with respect to the --

14          the sort of a dose response relations that I

15          found from the occupational and epi studies.

16     BY MR. FOWLER:

17          Q       I see.

18                     MR. FOWLER:  By the way, Mr. Nigh, is

19          there any reason that you're not on camera as a

20          -- as a speaking role in this deposition?

21                     MR. NIGH:  We have had many of us that

22          haven't been on camera on speaking objections,

23          you know, the people that are handling the

24          depositions.  So I have seen it on multiple

25          occasions from attorneys throughout this

RESTRICTED CONFIDENTIAL

Page 65

1          litigation.  So I'm not sure why at this point

2          you're raising this issue, almost nine hours

3          into the deposition.

4                    MR. FOWLER:  Well, you were initially

5          yesterday, but if you're not comfortable,

6          that's -- that's fine.  I'll -- I'll leave it

7          alone.

8     BY MR. FOWLER:

9          Q        Dr. Etminan, let me shift gears here

10    and go back to yesterday.  I think your CV was

11    marked as Exhibit 2.  I'd like to -- to put your CV

12    up.

13                   MR. FOWLER:  I don't know, Justin, if

14         you can do that.  I think it was Number 2.

15    BY MR. FOWLER:

16         Q        Are you with me, sir?

17         A        Yes.

18         Q        Directing your attention to the top,

19    you see the date of May 2021.  Is that the date that

20    you revised or updated your CV?

21         A        Yes.

22         Q        And when you did that, did you review

23    your entire CV for accuracy and any changes that

24    needed to be made?

25         A        To the best of my ability, yes.

RESTRICTED CONFIDENTIAL

Page 66

1          Q          And you would -- you believe

2      everything that you've stated on your CV is true and

3      accurate to the best of your knowledge?

4          A          Yes.

5          Q          Do you recall what changes that you

6      made or additions in May of 2021?  Was it simply

7      publications, or was it something else?

8          A          No.  It's usually just adding new

9      publications.

10         Q          Yes, sir.

11                     Now, presently, according to your CV,

12     you are an associate member in neurology, department

13     of medicine; and associate member, department of

14     anesthesiology, pharmacology and therapeutics.

15                     What -- what responsibilities, if any,

16     do you have in the department of neurology, for

17     example?

18         A          So as an associate member, my

19     responsibilities are far fewer than my -- my own

20     department, which is ophthalmology.  For -- for

21     neurology, I'm a reviewer for the journal --

22     movement disorder and epidemiology reviewer for the

23     journal "Movement Disorder" where the editor in

24     chief happens to be also in the department of

25     neurology.  So that's -- that's the connection.

RESTRICTED CONFIDENTIAL

Page 67

1      Q       And you are -- your title as associate
2   professor in the department of ophthalmology is not
3   because you had any education, training or
4   experience in ophthalmology before changing to that
5   department, correct?
6      A       Correct.  So the department of
7   ophthalmology has clinical faculty who are
8   ophthalmologists.  Then they have -- and then they
9   have research faculty, and I'm part of the research
10  faculty.
11     Q       Yes, sir.
12             And -- and prior to that, you were in
13  the department of pediatrics; is that correct?
14     A       Yes.  Yes.
15     Q       And you are no more a pediatrician
16  than you are an ophthalmologist, right?
17     A       Correct.
18     Q       You simply acquire the title when you
19  are transferred from one department to another?
20     A       Well, the title doesn't -- I mean,
21  title is assistant professor or associate professor,
22  and then the department changes, right?  So I'm not
23  sure what you mean by "title."
24     Q       Okay.  Well, before, you were an
25  associate professor in the department of pediatrics

RESTRICTED CONFIDENTIAL

Page 68

```
 1      at one point, the department of respiratory medicine

 2      at another point, correct?

 3          A         Correct.

 4          Q         But you have no medical training in

 5      either of those specialties, right?

 6          A         Correct.

 7          Q         And you call yourself -- or I've seen

 8      you call yourself an adjunct position in the

 9      department of pharmacology.  Do you still contend

10      that's your position?

11                    MR. NIGH:  Form objection.

12                    You can answer.

13                    THE WITNESS:  In the department of

14          pharmacology -- anesthesiology, pharmacology

15          and therapeutics, yes.

16      BY MR. FOWLER:

17          Q         Just to be clear, my question is, do

18      you still believe that you have an adjunct position

19      in the department of pharmacology at UBC?

20          A         Yes.

21                    MR. NIGH:  Form objection.

22      BY MR. FOWLER:

23          Q         And why do you call it adjunct?  Are

24      you teaching classes in the department of

25      pharmacology?
```

RESTRICTED CONFIDENTIAL

Page 69

1          A          I -- I -- actually used to teach

2      classes until last year.  And I have some other

3      collaborations with some of the faculty there, so

4      that's why I do have the adjunct position.

5          Q          I see.

6                     Let's go to the second page of your

7      CV, please.  Sir, you indicate having received your

8      PharmD at Idaho State University, and you note

9      clinical pharmacology next to it.  Are you with me?

10         A          Yes.

11         Q          The PharmD program at Iowa [sic] State

12     does not have a separate program or separate degree

13     or track for clinical pharmacology, does it?

14         A          Idaho State.  No.  I put clinical

15     pharmacology because many don't really understand or

16     know who are non-pharmacists what a PharmD entails.

17     And so I put clinical pharmacology just to explain

18     what the degree entails, not specifically on a

19     specific clinical pharmacology program.

20         Q          Right.  So you're not holding yourself

21     out as having received some special PharmD degree in

22     clinical pharmacology.  Those are just the words you

23     self-selected to describe your degree, correct?

24         A          Correct.

25         Q          And likewise -- and also, sir, you

RESTRICTED CONFIDENTIAL

Page 70

```
 1      testified yesterday you started your PharmD degree
 2      at University of British Columbia, but then you
 3      testified that you left.  You, kind of, mentioned a
 4      couple of reasons.
 5                    One of them, you indicated the program
 6      was shorter at Iowa State.  You would get your
 7      degree -- at Idaho State.  You would get your degree
 8      faster.  Is that your testimony, sir?
 9          A       I don't recall exactly what I said
10      yesterday, but I could clarify.
11                    I believe I did say that the UBC
12      pharmacy program was clinically oriented, and I
13      wanted to pursue a research career.  So I -- I
14      didn't see a fit there.  And possibly, it was -- it
15      was a more, perhaps, busier, if you will, stringent
16      program that I didn't think I would really benefit
17      from.  So that's why I completed my degree at Idaho.
18          Q       And there's not another reason that
19      you left UBC that's a nonacademic reason, sir?
20          A       No.
21          Q       And the Idaho State University degree
22      is four years just as UBC, correct?
23          A       It was a two-year -- two years post
24      baccalaureate program.
25          Q       I see.
```

RESTRICTED CONFIDENTIAL

Page 71

1              Your master's, your MSC from

2    University of Toronto, is it your contention that

3    that was specifically in clinical epidemiology, or

4    is that, again, your choice of words to describe it?

5         A         It was in clinical epidemiology.

6         Q         And that was the degree that was

7    specifically conferred, sir?

8         A         I believe so.

9         Q         And is it your contention that you

10   were in a postdoc fellowship specifically in

11   pharmacoepidemiology at McGill as opposed to a

12   postdoc fellow in pharmacy?

13        A         No, it was specifically

14   pharmacoepidemiology.

15                  MR. FOWLER:  You can take that down.

16        Thank you.

17   BY MR. FOWLER:

18        Q         Now, sir, when you conduct research

19   projects when you seek to determine what subject

20   you're going to investigate, you testified yesterday

21   that you look to various areas defined -- "emerging

22   issues," perhaps, that you wanted to investigate.

23   Is that a fair characterization?

24        A         Yes.

25        Q         And you mentioned media as one source

RESTRICTED CONFIDENTIAL

Page 72

1    as well as health regulatory agencies, right?

2         A        Correct.

3         Q        But you also purposefully do studies

4    with an eye towards assisting in litigation,

5    correct, sir?

6         A        I -- I wouldn't say that -- that's

7    something I do systematically, no.

8         Q        Doctor, have -- have you testified

9    that you have contacted lawyers in the course of

10   starting a study because you believe that that was

11   going to be useful to them in litigation?

12                 MR. NIGH:  Form objection.

13                 THE WITNESS:  There could have been

14        one occasion where I was in the process of

15        doing the same sort of study, and a lawyer may

16        have approached me at, sort of, the same

17        timing.

18   BY MR. FOWLER:

19        Q        I see.  And you have done that with

20   the Mirena IUD litigation?

21        A        Yes.

22        Q        Bear with me, sir.  I apologize.

23                 And you have never contacted a drug

24   company to offer any benefit of your study or your

25   expertise, only plaintiff lawyers, correct?

RESTRICTED CONFIDENTIAL

Page 73

1              MR. NIGH:  Object to form.

2              THE WITNESS:  Again, I -- I am not --

3         you're sort of portraying it as I'm contacting

4         lawyers.  The Mirena situation, as I mentioned

5         to you, was a situation where I was starting to

6         question because it was in the media, and I was

7         approached, sort of, in the same time by -- by

8         -- by a lawyer.

9              With respect to approaching

10        manufacturers, no, I have not.  But I know that

11        my research has been used by them in their

12        defense.

13   BY MR. FOWLER:

14        Q       You have never been retained by a

15   pharmaceutical company as an expert in any matter;

16   isn't that correct?

17        A       No.  I -- probably because a lot of my

18   studies where I show an increase in risk with a

19   drug, you know, they -- they don't, probably, want

20   to retain me.  So that's why -- that's one of the

21   reasons I believe I have not been retained.

22        Q       And they have never -- well, strike

23   that.

24              You've only been retained by counsel

25   for plaintiff in litigations involving

RESTRICTED CONFIDENTIAL

Page 74

1      pharmaceuticals; isn't that correct?

2          A        Yes.

3          Q        And you withdrew from a case where you

4      were retained by plaintiffs' counsel, you said

5      yesterday it was because of the science.  But isn't

6      the reason that you withdrew from Copley v. Bayer

7      was because you weren't happy with your -- with the

8      lawyer you were working with?

9          A        That could have been one of the

10     reasons as well.

11         Q        Sir, do you recall testifying that as

12     a consultant for plaintiffs in the Risperdal

13     litigation that you were paid approximately

14     $200,000?

15         A        I don't -- that number, I don't recall

16     that number.  I'm not sure if that's an accurate

17     number.

18         Q        Have you testified that your annual

19     lawyer consulting income is 20 to $30,000 a year, at

20     least in 2017, sir?

21         A        That -- I may have mentioned that as

22     an approximation, but -- but I don't really know

23     what that $200,000 figure is coming from.

24         Q        Have -- has your consulting with

25     plaintiff lawyers increased, decreased or stayed the

RESTRICTED CONFIDENTIAL

Page 75

1    same since 2017, sir?

2         A       Since 2017, I would say it -- I would

3    say it may have increased.

4         Q       And other than the matter for

5    ranitidine that you were instructed not to discuss

6    further yesterday, do you have other pending

7    litigation matters that you are involved in?  I'm

8    not asking what at the moment, sir.

9         A       You just want to know if I am involved

10   in other litigation?

11        Q       Yes, sir.

12        A       Yes.

13        Q       Okay.  About how many?  If this is one

14   and ranitidine is two, how many others?

15        A       I just have to think about it.  I have

16   to count them.  When you say "litigation," do you

17   mean just the -- sort of the -- the topic area or

18   how many different perhaps groups or lawyers?

19        Q       What would be the best way for you to

20   describe how many other topics that you are working

21   with lawyers on presently other than the two I have

22   mentioned?

23        A       I would say two other topics.

24        Q       Okay.  Do you have any other

25   depositions scheduled, sir?

RESTRICTED CONFIDENTIAL

Page 76

1         A       No.

2         Q       Prior to your deposition, counsel for

3    the plaintiffs provided some documents to the

4    defendants, and what I'd like to do is just mark

5    that entire set of documents as an exhibit.  Then

6    there may be some that I pull out.

7                  MR. FOWLER:  Can we do that, Steve?

8         Can we mark that entire production as -- as the

9         next exhibit?

10                 MR. HARKINS:  That will be marked as

11        Exhibit 28.  It may take a moment to upload.

12                 MR. FOWLER:  Thank you.

13                 THE WITNESS:  Can I take a two-minute

14        break if you don't mind?

15                 MR. FOWLER:  Absolutely, Doctor.

16        You're in charge.  Off the record.

17                 THE VIDEOGRAPHER:  The time is now

18        10:12.  We're going off the record.

19                 (Whereupon, a short break was taken.)

20                 (Whereupon, Exhibit 28 was marked for

21        Identification.)

22                 THE VIDEOGRAPHER:  The time is now

23        10:15.  We're back on the record.

24   BY MR. FOWLER:

25        Q       Doctor, I would submit that Exhibit 28

RESTRICTED CONFIDENTIAL

Page 77

1    is a composite exhibit of documents that were

2    provided by counsel for plaintiffs to the defense

3    counsel prior to your dep.

4                Did you have any role in deciding, for

5    example, which articles would be included in that

6    set of documents?

7                      MR. NIGH:  Form objection.

8                      THE WITNESS:  Yes.  So I included

9          documents that weighted heavily in my report

10         and the opinion presented in my report.  So all

11         the major studies that I relied on, my search

12         strategy are all included.

13   BY MR. FOWLER:

14        Q        And where did you get copies of those

15   articles?

16        A        I ascertained the articles through the

17   UBC library, electronic library.

18        Q        Yes, sir.

19                      MR. FOWLER:  Let's mark as Exhibit 29

20         the search criteria documents, if I can refer

21         to those as such.  Are you with me, Doctor?  Do

22         you know what I mean?

23                      (Whereupon, Exhibit 29 was marked for

24         Identification.)

25                      THE WITNESS:  Which exhibit is this?

RESTRICTED CONFIDENTIAL

Page 78

1              MR. FOWLER:  It will be 29.  Bear with

2        me.  It's going to come up.

3    BY MR. FOWLER:

4        Q        And as it's posting, Doctor, you would

5    agree that you attempted to set forth in the

6    documents we're going to look at, your quote/unquote

7    search methodology for selecting documents to review

8    for your report; is that a fair statement?

9        A        Yes.

10       Q        And other than the searches that we're

11   going to look at here that are described for the

12   various cancers, was there any other medical

13   database that you reviewed or other research you did

14   to select articles other than what was the product

15   of this search criteria that we're going to look at

16   here on Exhibit 29?

17       A        So as I mention in my report, I also

18   looked at -- I used Google Scholar using the same

19   terminologies.  And I found pertinent articles

20   through reviewing the articles that I -- I had found

21   in case they were not listed in my search.

22              MR. FOWLER:  How are we doing on

23        Exhibit 29?

24              THE WITNESS:  I'm looking at it.

25              THE VIDEOGRAPHER:  Yes, it's up.  I

RESTRICTED CONFIDENTIAL

Page 79

1           was just waiting for the doctor.

2                    MR. FOWLER:  Okay.  Because I'm not

3           seeing it.  There we go.

4    BY MR. FOWLER:

5           Q        Okay, sir.  So let's first orient

6    ourselves to this.  Can we scroll to the second

7    page?  Do you see we have bladder cancer there,

8    Doctor, in the next page?

9           A        Yes.

10          Q        And brain -- brain tumors.

11                   You're not offering any opinion that

12   NDMA at the levels contained in the valsartan pills

13   caused brain tumors, are you?

14          A        No, but I --

15          Q        Let's go to the top the first page.

16                   MR. NIGH:  Hold on.  Hold on.  You

17          interrupted his answer.  You gotta let him

18          finish.

19                   MR. FOWLER:  I'm sorry.  He answered

20          no.

21                   MR. NIGH:  No.  No.  No.  He was not

22          finished.  He said, "No, but," and you just

23          spoke up.  You gotta let him finish.

24   BY MR. FOWLER:

25          Q        I'm sorry, Doctor.  Go ahead.

RESTRICTED CONFIDENTIAL

Page 80

1          A          Because I did a systematic review of

2     the literature of NDMA with all types of cancer, I

3     included all types of cancer in my original search.

4     And then I -- and after I looked at the evidence and

5     synthesized the evidence, then I chose, depending on

6     the amount of data that I had, which cancers to

7     include and which not to include.

8                    So, again, to be thorough and

9     systematic, I did include all types of cancers in my

10    search.  But depending on the type of data and

11    whether the data met my inclusion criteria, then I

12    went ahead and mentioned in the report or included

13    data for that in the report.

14         Q          I see.

15                    MR. FOWLER:  Let's go to Page 1 of

16         Exhibit 19 -- I mean, Exhibit 29.  Now -- thank

17         you.

18    BY MR. FOWLER:

19         Q          What we're looking at here, Doctor,

20    and -- is this a document that you created, or is

21    it -- is it a printout, if you will, from your

22    search engine?

23         A          It's a printout.  It's an electronic

24    output of the search that I did.

25         Q          Okay.  Thank you.  And what does the

RESTRICTED CONFIDENTIAL

Page 81

1    EXP mean?

2         A         It means expanded.

3         Q         And what -- what you do you understand

4    expanded to mean?

5         A         So that -- that -- basically, it looks

6    at all terminologies that would be related to

7    nitrites, all different chemical -- chemicals that

8    may be tagged in the database as nitrites just to

9    be -- to make sure that nothing is missed.

10        Q         So do I understand, in Line 1, that

11   your search would have included not only NDMA, but

12   any nitrosamines?

13        A         Yes, because NDMA by itself does not

14   have --

15                  THE COURT REPORTER:  I'm sorry.  Does

16        not have a what?

17                  THE WITNESS:  They don't have a MeSH

18        M-e-S-H, which stands for medical subject

19        heading.  I believe it's -- I believe it stands

20        for medical subject heading.

21                  Anyway, it's the -- it's the key

22        medical terminologies that are tagged by the

23        National Library of Medicine, PubMed.  So NDMA

24        does not have a specific tag, but it's tagged

25        under "nitrosamines."

RESTRICTED CONFIDENTIAL

Page 82

1              So, again, to be ensuring that I'm not

2         missing anything, I started the search with

3         nitrosamine, which is the bigger umbrella term.

4         But then I restricted at the end my inclusion

5         for studies that -- specifically with NDMA.

6              MR. FOWLER:  Let's go to the next

7         page.

8    BY MR. FOWLER:

9         Q       So for bladder cancer, sir, as I read

10   this, again, your 120 articles that come out of --

11   at Line 8, include anything to do with nitrosamines

12   or nitrites or NDMA, right?

13        A       Right.  So then what I -- what I did

14   was, go through the 120 articles, which would have

15   been animal studies where they could have looked at

16   NDMA, NDEA or other nitrosamines.  But then I only

17   selected those that met my inclusion criteria, which

18   is specifically looking at nitrosamines, NDMA or

19   NDEA.

20              MR. FOWLER:  Next page, please.

21   BY MR. FOWLER:

22        Q       So there are 120 articles you said you

23   reviewed there, correct?

24              MR. NIGH:  Form objection.

25

RESTRICTED CONFIDENTIAL

Page 83

1    BY MR. FOWLER:

2         Q        Correct, Doctor?

3         A        Yes.

4         Q        And same question here for the brain

5    tumors, it's your contention that you reviewed 64

6    articles looking for NDMA or NDEA?

7         A        Yes.

8                  MR. FOWLER:  Next -- next page.

9    BY MR. FOWLER:

10        Q        And for breast cancer, is it your

11   contention you reviewed the 115 articles that are on

12   line 16 looking for NDMA and NDEA?

13        A        Yes.

14                 MR. FOWLER:  Next page.

15   BY MR. FOWLER:

16        Q        You contend there are 130 articles

17   that you looked through here?

18        A        Yes.

19        Q        And you did this all -- let me ask it

20   differently.

21                 Did you use any kind of electronic

22   search method as you're reviewing these several

23   hundred articles, sir?

24        A        No.  I just went through them, read

25   the title of the article, read the abstract and then

RESTRICTED CONFIDENTIAL

Page 84

1      decided whether they would meet my inclusion

2      criteria or not.

3           Q        And with regard to your inclusion

4      criteria, you mentioned yesterday that it was

5      important to you that the -- if NDMA is mentioned,

6      that it be quantified when it's mentioned.  Is that

7      an accurate statement of your testimony yesterday,

8      sir?

9           A        Yes.

10          Q        It was important to you that there be

11     a measure of NDMA, not just a broad reference to

12     NDMA.  Does that make sense to you?

13          A        Yes.

14          Q        Okay.

15                   MR. FOWLER:  Next page, please.

16     BY MR. FOWLER:

17          Q        And Doctor, of course, you -- you

18     billed for all your time reviewing these 6, 7, 800

19     articles, didn't you?

20          A        It was part of my work that I bill for

21     it, yes.

22          Q        And you would have reviewed all of

23     these before you put pen to paper for your report?

24          A        I'm not sure.  I mean, either before

25     or maybe during the time I was writing, perhaps, say

RESTRICTED CONFIDENTIAL

Page 85

1    the introduction of the report, but definitely prior

2    to the time where I sort of formed -- you know,

3    formulated my opinion on the different types of

4    cancer.

5          Q       And is it your testimony that you

6    can't go to PubMed and put in "NDMA" and "cancer,"

7    that it's not going to give you any results?  Is

8    that what you're saying?

9                  MR. NIGH:  Form objection.

10                 THE WITNESS:  It will give the

11          results, but -- but it may not give you

12          accurate results.  There could be studies that

13          may not be included in that search strategy.

14   BY MR. FOWLER:

15         Q       So you didn't do it?

16                 MR. NIGH:  Object to form.

17                 THE WITNESS:  No, because, again, I

18          wanted to be more thorough and do a -- do a

19          more systematic approach.

20   BY MR. FOWLER:

21         Q       Okay.  Okay.  And when -- let's say

22   here in esophageal cancer, in those 19 articles, if

23   you came across one or two that looked good to you,

24   would you stop there, or would you look through all

25   19?

RESTRICTED CONFIDENTIAL

Page 86

```
 1        A        I'm not sure what you mean by "looked
 2   good."  So I went through the 19, and all from --
 3   from the denominator of the 19 articles, whichever
 4   met my inclusion criteria was reviewed.
 5        Q        Okay.  And did you electronically
 6   slide those over to some file on your computer?  Did
 7   you print them?  What did you do with it once you
 8   identified an article?
 9        A        I -- I tried to look at the -- or find
10   the PDF versions so I could read them, and then I
11   would -- I saved them in files under different, you
12   know, sort of cancers.
13        Q        I see.
14                 And what if it -- let me start that
15   again.
16                 Did you have to purchase any of the
17   articles that came up?
18        A        No.
19        Q        If -- if, for example, your search in
20   PubMed came up with an article that required
21   purchase, did you just move on to the next article?
22        A        No.  I would not leave important data
23   because it could not be purchased.  I would try to
24   get it through --
25                 THE COURT REPORTER:  Through what?
```

RESTRICTED CONFIDENTIAL

Page 87

1          Through what?  You would get it -- you would

2          get it through what?

3                    THE WITNESS:  Interlibrary loan

4          service.

5     BY MR. FOWLER:

6          Q       And, Doctor, for each article that you

7     contend met your inclusion criteria -- let's stick

8     with esophageal cancer here -- did you cite all of

9     those articles in your report?

10         A       No, I only cited, again, the articles

11    that met my inclusion criteria.

12         Q       Well, that was my question, sir.

13                 Let's say esophageal cancer, there

14    were 9 out of the 19 that met your inclusion

15    criteria.  Would you have cited all 9, or did you

16    have another cut as to what you were going to cite?

17         A       No.  If -- if they met the inclusion

18    criteria, I mentioned them.

19                    THE COURT REPORTER:  Counsel, can we

20         go off the record for one second?

21                    MR. FOWLER:  Certainly.

22                    THE VIDEOGRAPHER:  The time is now

23         10:29.  We're going off the record.

24                    (Whereupon, a short break was taken.)

25                    THE VIDEOGRAPHER:  The time is now

RESTRICTED CONFIDENTIAL

Page 88

1           10:29.  We're back on the record.

2      BY MR. FOWLER:

3           Q       Doctor, do you recall yesterday when

4      we were talking about your report and that Table 1

5      on Page 15, you testified that you determined the --

6      the level of an unmeasured confounder that would be

7      necessary to change the relative risk reported for

8      an individual cancer?  Did I get that right?

9           A       Yes.

10          Q       And you used this E-value methodology

11     that you referred to in your report, right?

12          A       Yes.

13          Q       And with regard to the E-value

14     methodology, do I recall your testimony correctly

15     that the E-valued methodology can't be applied if

16     there's more than one unmeasured confounder?

17          A       Yes.

18          Q       And so if -- in Table 1, if there was

19     more than one unmeasured confounder amongst, let's

20     say, the Hidajat study that you pulled from, this

21     table would be moot, correct?

22                  MR. NIGH:  Form objection.

23                  THE WITNESS:  If there was a true

24          unmeasured confounder, and we talked a lot

25          about this topic yesterday, then this -- again,

RESTRICTED CONFIDENTIAL

Page 89

1          this method is only designed to look at one.

2     BY MR. FOWLER:

3          Q          Yes, sir.  And you would consider that

4     a limitation of the E-value methodology, sir?

5          A          Yes.

6          Q          Okay.  Are you aware of other

7     limitations to using an E-value methodology?

8          A          The E-value methodology, like any

9     epidemiologic tool, has -- or carries a number of

10    assumptions.  So, yes, it does have some assumptions

11    built into it.  But I think that overall, it is a

12    widely accepted methodology.

13         Q          Okay.  Thank you.  I think that was an

14    answer to a different question.  Let me ask my

15    question.  Listen carefully, please.

16              Are you aware of any limitations to

17    using the E-value methodology, yes or no, sir?

18              MR. NIGH:  Form objection.

19              THE WITNESS:  What do you mean by --

20              MR. NIGH:  Hold on.  Hold on.  Form

21         objection and argumentative.

22              You can answer.

23              THE WITNESS:  Can you -- can you

24         clarify what you mean by "limitations"?  One

25         limitation we just agreed on is that it only

RESTRICTED CONFIDENTIAL

Page 90

1      looks at -- it can only quantify one unmeasured

2      confounder.

3  BY MR. FOWLER:

4      Q      Okay.

5      A      What -- what -- what other

6  limitations?  Can you -- if you could just elaborate

7  on that wording.

8      Q      Well, that's exactly what I'm asking

9  you, sir.

10         You expressed limitations about all

11  sorts of studies yesterday, and I'm asking about

12  this methodology.  You know what the term

13  "limitations" means, right, sir?

14      A      Yes.

15      Q      Okay.  What other limitations -- and

16  if you don't know, that's fine.  Are there other

17  limitations of the E-value methodology?

18         MR. NIGH:  Form objection.

19         THE WITNESS:  Again, one limitation is

20      what we spoke about.  The other limitation is

21      that the unmeasured confounder has to satisfy a

22      couple of other sort of criteria for the -- for

23      the E-value to work, but that's just like any

24      statistical model that is -- are based on

25      assumptions.

RESTRICTED CONFIDENTIAL

Page 91

1    BY MR. FOWLER:

2        Q        Are you aware of any articles critical

3    of applying the E-value methodology?

4        A        There have been articles talking about

5    its limitations, yes.

6        Q        And did you review those prior to

7    applying the E-value methodology here to make sure

8    it was a good fit?

9        A        No.  Because again, it is an accepted

10    methodology used despite -- I mean, limitation is

11    a -- is a very complex term.  There could be

12    limitations to a methodology, but it's still -- the

13    limitations do not outweigh its strengths.  And then

14    there are limitations where you should not really

15    use a specific approach.

16                    In this case, there are limitations,

17    but I think that if -- the strengths of the

18    methodology outweighs its limitations.  And that's

19    why it's widely used as one way to assimilate what

20    would happen to the effect size in the absence of an

21    unmeasured confounder.

22        Q        And, Doctor, for each of the cancers

23    in your Table 1 where you drew the -- the -- let me

24    start that again.

25                    For each of the cancers listed in

RESTRICTED CONFIDENTIAL

Page 92

1    Table 1 where you have attempted to apply the

2    E-value methodology, if there is an unmeasured

3    confounder for any one or all of those cancers, your

4    conclusions from Table 1 would be null and void;

5    they would be moot, correct?

6         A        No.  That's not what Table 1 means.

7         Q        Table 1, the magnitude of hazard ratio

8    on your right-hand column is derived using the

9    E-value methodology, correct?

10        A        It's the magnitude of the hazard ratio

11   of the unmeasured confounder necessary to make the

12   hazard ratio on the left null, so for the first

13   cancer, for it to go from 1.72 to 1.0.

14        Q        Yes, sir.  Thank you.

15                 And if that stomach cancer there is a

16   second unmeasured confounder that you would not be

17   able to calculate -- strike that -- you would not be

18   able to apply the E-value methodology.  I thought we

19   established that; am I right?

20        A        Correct.

21                 MR. NIGH:  Form objection.

22   BY MR. FOWLER:

23        Q        Okay.

24                 THE COURT REPORTER:  Counsel, I'm

25        sorry.  Can we just go off the record for one

RESTRICTED CONFIDENTIAL

Page 93

1          more second?

2                    MR. FOWLER:  Sure.

3                    THE VIDEOGRAPHER:  The time is now

4          10:36.  This ends Media Unit Number 2.  We're

5          going off the record.

6                    (Whereupon, a short break was taken.)

7                    THE VIDEOGRAPHER:  The time is now

8          10:37.  This begins Media Unit Number 3.  We're

9          back on the record.

10    BY MR. FOWLER:

11         Q         Doctor, from the Hidajat study on the

12    rubber workers, you agree that they were exposed to

13    multiple carcinogens, correct?

14                    MR. NIGH:  Object to form.  I think

15          that's the 21st time that question has been

16          asked.

17                    MR. FOWLER:  Well, it was just a

18          foundation because I was shifting gears, sir.

19    BY MR. FOWLER:

20         Q         Right, Doctor?

21         A         Correct.

22         Q         And you have not and cannot draw any

23    conclusion that any of the workers who expired in

24    that study died from NDMA cancer, NDMA-induced

25    cancer, correct?

RESTRICTED CONFIDENTIAL

Page 94

1          A          Can you repeat the question, please?

2          Q          You cannot tell -- and the authors of

3    this study made no -- reached no conclusion that any

4    of the workers who died during this study period

5    died as a result of NDMA-induced cancer; isn't that

6    correct?

7          A          Well, the study actually showed

8    elevated risks of death secondary to high NDMA use

9    versus low NDMA use in the different types of

10   cancer.  That's what the study actually set out to

11   do.  I'm -- I'm missing your question.  I'm sorry.

12         Q          Okay.  I'll just withdraw that and

13   move on.

14                    Sir, you testified yesterday that the

15   mechanism of cancer with exogenous exposure may take

16   longer follow up than for endogenous exposure.  Do

17   you recall that testimony?

18         A          I do.  If I could clarify.

19         Q          I really -- I only had that one

20   question, if you recall testifying.

21                    And so my follow-up to that is, you

22   further testified that you believe it takes longer

23   because you have to take it longer.  It has to be

24   digested and absorbed.  Do you recall saying that?

25         A          Well, now that I think about it, I'd

RESTRICTED CONFIDENTIAL

Page 95

```
 1    like to clarify that endogenous -- endogenous NDMA
 2    or nitrosamines or NDMA, nitroso compounds in
 3    general, I mean, they are already in the body.  But
 4    they have -- they have been -- they got into the
 5    body from the outside, from the environment, from
 6    our food.
 7                    So now that I think about it again, I
 8    believe both exogenous and endogenous may take time
 9    for -- you know, for their effect to take place with
10    respect to cancer.
11                    I think the reason I said what I said
12    yesterday is it was in reference to the Jakszyn
13    study because the Jakszyn study had data on
14    endogenous nitrosamines, which means that they had
15    already been there and measured in that population.
16                    But they had to get there somehow in
17    the body, and that's probably through, again,
18    outside.  So a lot of endogenous NDMA could
19    initially be exogenous, and it's just a matter of
20    when you're measuring, you know.  When you're
21    measuring NDMA, you're measuring somebody's blood,
22    and there is NDMA in there, that would be
23    endogenous.  But they have to be taking it from the
24    outside to -- for that NDMA to get into the body.
25                    So I'm not sure if I answered your
```

RESTRICTED CONFIDENTIAL

Page 96

1    question, but I just wanted to clarify on endogenous

2    versus exogenous.

3          Q        Thank you, Doctor.

4                   And if I understand what you just

5    said, you believe that -- that endogenous levels of

6    NDMA at some point started from the outside?  Is

7    that what you're saying?

8          A        I think so, because as we've

9    discussed, they -- NDMA is in the environment, and

10   it gets into our body eventually.  So I'm not aware

11   of any mechanisms that the body itself creates

12   endogenous NDMA.  It has to be brought into our body

13   from -- exogenously, if you will.

14         Q        You're not aware because you're not a

15   toxicologist, correct?

16         A        No.

17         Q        This is completely outside your field

18   of education, training or experience to be

19   commenting on endogenous NDMA, correct, sir?

20                  MR. NIGH:  Object to form.  He's been

21        asked numerous questions about this.

22                  You can -- you can answer.

23                  THE WITNESS:  I -- I -- again, I was

24        asked about endogenous NDMA with respect -- in

25        an epidemiological studies context.  I did not

RESTRICTED CONFIDENTIAL

Page 97

1          opine, nor did I -- was I asked, I believe, to

2          opine about, you know, toxicologic --

3          toxicological aspects of endogenous NDMA.  It

4          was just in the context of that one study --

5          study that we discussed yesterday.

6     BY MR. FOWLER:

7          Q          Okay.  Thank you.

8                     And, Doctor, am I correct that you are

9     unaware of the mechanism by which NDMA can be a

10    carcinogenic substance in animals, for example?

11         A          Well, from the literature that I have

12    read and I have included in my report, it's through

13    genotoxic mechanisms and potentially through other

14    mechanisms that would qualify as a promoter for

15    cancer.

16         Q          You are not -- you have never

17    published on quote/unquote cancer promoters, have

18    you, sir?

19                    THE COURT REPORTER:  Cancer what?

20                    MR. FOWLER:  Promoters.

21    BY MR. FOWLER:

22         Q          Right?

23         A          No, that's not my field.  What I

24    was -- what I was trying to say is that for the

25    biological plausibility section of my report and my

RESTRICTED CONFIDENTIAL

Page 98

1    readings, I have reviewed some basic science cancer

2    studies to form my opinion about the mechanism of

3    NDMA cancer.

4        Q        And you do not have an opinion whether

5    any of the NDMA or NDEA contained in valsartan

6    products ever leaves the liver, correct?

7                    MR. NIGH:  Form objection.

8                    THE WITNESS:  I cannot -- I don't have

9        an opinion on that.

10   BY MR. FOWLER:

11       Q        And if it doesn't leave -- did you

12   consider what body systems -- what tissue systems

13   NDMA that is ingested in -- with an oral -- orally

14   ingested in tablet form, did you make any attempt to

15   consider what parts of the body that oral ingestion

16   may reach at the level of exposure in the pill?

17       A        I believe that's a --

18                    MR. NIGH:  Hold on.  Hold on.  Hold

19        on.  Hold on.

20                    Are you done with the question?

21                    MR. FOWLER:  I am.

22                    MR. NIGH:  Okay.  Form objection.

23                    You can answer, Doctor.

24                    THE WITNESS:  I believe that's a more

25        of a basic pharmacology toxicology question

RESTRICTED CONFIDENTIAL

Page 99

```
 1          you're asking me.  That's not my field, and I
 2          did not look at that.
 3     BY MR. FOWLER:
 4          Q         Does -- does exposure to a chemical
 5     that -- that is being studied, does exposure affect
 6     the biologic plausibility in any attempt to evaluate
 7     the biologic plausibility, sir?
 8                    MR. NIGH:  Form objection.
 9                    THE WITNESS:  Can you clarify?
10     BY MR. FOWLER:
11          Q         Sure.  Does the method of exposure
12     affect the analysis of biologic plausibility when
13     assessing if exposure can lead to cancer?
14                    MR. NIGH:  Form objection.
15                    THE WITNESS:  Yes, it could.
16     BY MR. FOWLER:
17          Q         Doctor, the Hidajat study used a
18     sub-distribution hazard analysis; is that your
19     recollection?
20          A         That's right.
21          Q         And given that it was over the course
22     of 49 years of observation, the 94.1 percent of the
23     study had died, would you agree it's very difficult
24     to determine cause of death?
25          A         I disagree because this was one of the
```

RESTRICTED CONFIDENTIAL

Page 100

1    few papers that actually -- what the

2    sub-distribution hazard that you explained does is

3    actually controlled -- it calculates the hazard of

4    death.  It controls the hazard of death due to

5    cancer from death due to other causes.  And this was

6    rightfully done -- because of the very long follow

7    up, it's likely that these men could die of other

8    causes.

9              And if you don't take that into

10   account, you may actually see a protective effect

11   from any exposure, because people are not surviving

12   long enough to get cancer.  And so the

13   sub-distribution hazard -- it's called

14   sub-distribution hazard because it comes from a sort

15   of a -- I don't want to say different, but a more

16   sophisticated model that takes into account death

17   due to other causes.

18        Q        Do you know how to calculate a

19   sub-distribution hazard ratio?

20        A        I'm familiar with the methodology, and

21   the modeling that -- they have the equation in their

22   paper actually.

23        Q        But you've never done it?

24        A        I don't think I have done it --

25                 MR. NIGH:  Hold on.  Hold on.

RESTRICTED CONFIDENTIAL

Page 101

1           Form objection.  I can't tell, "you've
2      never done it," calculated whenever or from
3      that study.  Form objection.
4           MR. FOWLER:  Thank you for clarifying,
5      Counsel.
6   BY MR. FOWLER:
7      Q      Dr. Etminan, you have never, yourself,
8   made any such calculation of a sub-distribution
9   hazard ratio at any time, correct?
10     A      No, because I haven't done studies
11  that have such a long follow up.  So I have not done
12  it myself, but I'm familiar with the methodology.
13     Q      Okay.  Sir, yesterday, we talked -- or
14  you talked a good bit about the relative risk
15  calculations and your opinions with regard to when
16  there is a wide confidence interval.  Do you recall
17  those -- that testimony?
18     A      Yes.
19     Q      And you -- you said that it was a wide
20  confidence interval because of a small sample size?
21  Is that -- is that what you believe?
22     A      Well, sometimes it is a sample size,
23  but it's actually more a function of number of cases
24  or cancer cases, which sometimes can be a function
25  of sample size, sometimes not.  So if I want to be

RESTRICTED CONFIDENTIAL

Page 102

1    more precise, I would say that the width of the

2    confidence interval is -- is one of the -- one of

3    the variables that affects the precision or the

4    width of the confidence interval or the number of

5    events or cases, which -- which could be related to

6    sample size.

7         Q        And you agree, Doctor, that high

8    variability can also affect the confidence interval?

9         A        That is also one of the other

10   parameters that can affect the confidence interval,

11   yes.

12        Q        And, Doctor, when you're talking about

13   sample size, let me just give you a hypothetical.

14   If there were 5,000 patients in a -- in a cohort

15   study and somebody is studying the number of

16   pancreatic cancers, for example, let's say there's

17   14, do you -- is it your contention that the 14 is

18   the sample size or the 5,000 cohort members?

19        A        Again, to be more precise, in many

20   cases, sample size is a function of the number of

21   cases as well.  So I mean, usually if you have a

22   larger sample size for many conditions, let's say,

23   heart attacks, the more people you follow up, the

24   more people are going to have heart attacks.

25                  So in this situation, sample size and

RESTRICTED CONFIDENTIAL

Page 103

1    number of events are sort of directly proportional.

2    But there are situations such as cancer where you

3    have a large sample size, but you still have a small

4    number of events.  So what affects the precision of

5    confidence interval is mostly -- it can be a sample

6    size issue, but it's mostly directly related to the

7    number of events or cases.

8         Q       Doctor, you mentioned several times

9    yesterday that the P value, according to the ASA,

10   has -- has lost importance; is that a fair

11   characterization?

12        A       Well, it's still being used and

13   accepted by many journals, but what I -- I believe I

14   said was that the ASA has warned on the

15   interpretation of what the P value is and what it is

16   not.

17        Q       Yes, sir.  And the P value is simply

18   the probability that results such as those actually

19   observed in the study could arise under the null

20   hypothesis?  That's what a P value is, correct?

21        A       Yes.

22        Q       And what is the null hypothesis in the

23   Hidajat study, Doctor?

24                MR. NIGH:  Form objection.

25                THE WITNESS:  The null hypothesis --

RESTRICTED CONFIDENTIAL

Page 104

```
 1          hypothesis would be that there is no risk of

 2          NDMA with cancer deaths.

 3    BY MR. FOWLER:

 4          Q        Did you operate under a null

 5    hypothesis in your research and report drafting in

 6    this case, sir?

 7                   MR. NIGH:  Form objection.

 8                   THE WITNESS:  No, because null

 9          hypotheses are done when you actually want to

10          do an -- a true experiment.  When you're

11          looking at observational studies you don't --

12          you don't have a -- I mean, you don't start

13          with a null hypothesis.  You -- you would form

14          a hypothesis, but null hypotheses are mostly

15          related to when you're designing your

16          randomized trial and you want to calculate your

17          sample size.  And you have --

18                   THE COURT REPORTER:  I'm sorry, what?

19          I'm sorry.  Can you repeat the end of your

20          answer?

21                   THE WITNESS:  What part of it did you

22          want me to repeat?

23                   THE COURT REPORTER:  The hypotheses

24          are mostly related to designing your randomized

25          trial and you want to calculate your sample
```

RESTRICTED CONFIDENTIAL

Page 105

```
 1          size.  And you have...
 2                     THE WITNESS:  Yeah.  So a null
 3          hypothesis is mainly used in a true -- in a
 4          randomized trial or a true experiment.  When
 5          you want to calculate your power of the study,
 6          the null hypothesis is important.  But for
 7          observational studies where I'm reviewing
 8          literature on a specific topic, I don't really
 9          see why a null hypothesis would be beneficial.
10     BY MR. FOWLER:
11          Q        Doctor, when there are studies that
12     are based on hospitalized patients, you agree that
13     there is a bias to the -- the self-reporting from
14     those patients?  Do you understand the question?
15                     MR. NIGH:  Form objection.
16                     THE WITNESS:  I understand your
17          question, but you have to be very specific,
18          because self -- I mean, if it's a
19          hospital-based study and both cases and
20          controls are in the hospital, then you wouldn't
21          have a self-reporting limitation.
22                     So it -- it's -- you have to have the
23          very specifics of the study, and then you have
24          to show exactly where a limitation of bias
25          would affect the outcome.  I mean, I don't want
```

RESTRICTED CONFIDENTIAL

Page 106

1          to make generalizations on a hospital-based

2          study.

3     BY MR. FOWLER:

4          Q          Sure.  Let me try it this way:  For a

5     lung cancer patient who's being presented with a

6     survey to complete which may help them understand

7     the cause of their lung cancer, do you believe that

8     that creates a reporting bias from the patient?

9                    MR. NIGH:  Form objection.

10                    THE WITNESS:  The reporting bias would

11          only occur if the patient also believed that

12          the -- and these questionnaires are very long.

13          It's not about, you know, did you take this or

14          that.  They -- they covered a whole host of

15          different items.  So unless a patient knows

16          that a specific item is linked to the -- to

17          their lung cancer, then no, I won't -- I

18          wouldn't see any sort of a differential bias in

19          that situation in terms of the cases and many

20          controls.

21     BY MR. FOWLER:

22          Q          Okay.

23                    MR. FOWLER:  I'm going to mark

24          Exhibit 30.  It's an article applying the

25          Bradford Hill criteria in the 21st century.

RESTRICTED CONFIDENTIAL

                                                    Page 107

1          Steve, can you load that up?

2                    (Whereupon, Exhibit 30 was marked for

3          Identification.)

4                    THE WITNESS:  Do you mind if I take a

5          break after your question with the article?

6                    MR. FOWLER:  Yes, this will be -- my

7          last series of questions will be on this

8          article and I'm done, sir.  Can you make it

9          10 minutes?

10                   THE WITNESS:  Absolutely.

11                   MR. FOWLER:  Thank you.

12                   MR. HARKINS:  Introduced as

13         Exhibit 30, if we can screen share.

14                   THE WITNESS:  Let me just -- I'm

15         having trouble.

16     BY MR. FOWLER:

17         Q      There it is.  Can you see that now?

18         A      Yes.

19         Q      Okay.  Thank you.  Do you recognize --

20     have you seen this article before, Doctor?

21         A      I may have.  I'm not sure.

22         Q      Do you agree or disagree that when

23     doing an analysis using the Bradford Hill criteria,

24     that it is appropriate to look to scientific

25     articles in addition to epidemiologic articles when

RESTRICTED CONFIDENTIAL

Page 108

1     assessing any of these criteria?

2          A        What do you mean -- what do you mean

3     between scientific article versus epidemiological

4     articles?

5          Q        Fair point, sir.

6                   Do you agree that studies -- molecular

7     studies, toxicology studies are appropriate to

8     consider along with epidemiology studies when

9     analyzing something under the Bradford Hill

10    criteria?

11                  MR. NIGH:  Form objection.

12                  THE WITNESS:  I believe it depends on

13          the question you're trying to ask.  If your

14          question is a general causation question and

15          part of the Bradford Hill criteria requires a

16          biologic plausibility, which usually requires a

17          sort of mechanistic explanation, from animal

18          studies.  Then I don't think one would need --

19          for this specific question, need to go any

20          further examining, you know, other than that

21          mechanistic part of the Bradford Hill that

22          requires some evidence of a mechanism from

23          animal studies.

24                  Beyond that, I don't think this

25          question warrants further review of, you know,

RESTRICTED CONFIDENTIAL

Page 109

1           complicated toxicological studies because,

2           again, it -- the question doesn't really mean

3           that.  The question is on general causation.

4           So I would -- I would maybe shorten my answer,

5           if you will.  It depends on the question.

6                   For the question that I answered, I

7           don't believe that those types of studies were

8           necessary.

9      BY MR. FOWLER:

10          Q       Thank you.

11                  Let me direct your attention to

12     criteria five, biologic gradient.

13                  MR. FOWLER:  I think it's on like the

14          fifth or sixth page, please.  There are no page

15          numbers on mine.

16     BY MR. FOWLER:

17          Q       Okay, sir.  Do you see that Hill,

18     referring to Sir Bradford Hill, wrote that, "If the

19     dose response is seen, it is more likely that an

20     association is causal."

21                  Do you see that, sir?

22          A       Yes.

23          Q       And if you look about five lines down

24     you see, "However, Hill acknowledged that the more

25     complex dose-response relationships may exist, and

RESTRICTED CONFIDENTIAL

Page 110

1      modern studies have confirmed that a monotonic dose

2      response curve is an overly simplistic

3      representation of most causal relationships."

4                    Do you agree with that, sir?

5                    MR. NIGH:  Form objection.  Agree that

6            that's what it says or agree with that

7            statement?

8                    MR. FOWLER:  Thank you.

9      BY MR. FOWLER:

10           Q      Do you agree with that statement?

11           A      Again, I think Hill is presenting a

12     very general idea, and I -- it could be true for

13     some instances and perhaps not for others.

14           Q      Do you believe that -- strike that.

15                   Let me just look a little bit further

16     down.

17                   You see after Footnote 9, "Integration

18     of advanced statistical capabilities, data modeling

19     techniques and knowledge from understanding of

20     biomolecular interactions have resulted in the

21     descriptions of more defined dose response curves

22     capable of showing molecular effects at very low

23     levels of exposure."

24                   Do you agree that that -- that

25     understanding the molecular effects at very low

RESTRICTED CONFIDENTIAL

Page 111

1    levels of exposure for your analysis here would be

2    important?

3                    MR. NIGH:  Form objection.

4                    THE WITNESS:  Again, these are not

5           from Bradford Hill himself.  I believe these

6           are the opinions of the authors, correct?

7    BY MR. FOWLER:

8        Q        I'm asking if you agree with that --

9    that statement, sir.

10       A        Well, I want to -- I mean, I think

11   it's important to sort of establish that these

12   are -- what we have here on this screen and I'm

13   reading, are the opinions of the authors of this

14   paper.

15                   MR. NIGH:  Doctor, you have a right --

16          you have a right to look at this document.  You

17          can upload it, remember, and look at it.

18          That's why it's put into chat.

19                   THE WITNESS:  Okay.

20   BY MR. FOWLER:

21       Q        My question, Doctor, just so you keep

22   it top of mind -- of course, you can look at

23   whatever you like.

24                   Do you agree that it would have been

25   important for forming your opinions in this case to

RESTRICTED CONFIDENTIAL

                                          Page 112

1       understand the molecular effects at very low level

2       of exposure to NDMA and NDEA?

3                     MR. NIGH:  Form objection.

4                     THE WITNESS:  No.  I don't agree

5               because, again, I was looking at a general

6               causation question of exposure of NDMA over a

7               long period.  You know, it could have been

8               three years, five years, up to 40 years.  That

9               was my question.

10                    And what these authors are -- are, I

11              believe, arguing, does not -- does not talk

12              about any specific type of question, does not

13              talk about the -- you know, the type of

14              exposure, the -- the risk of cancer, the type

15              of risk of cancer or the -- or the follow-up

16              involved.

17                    So for my specific question that I set

18              out to answer, I don't believe any -- I mean,

19              if there -- if there was any specific modeling

20              data, I would have looked at it.  But I don't

21              believe that would negate looking at studies

22              that looked at -- at those responses.

23                    And by the way, the Hidajat studies

24              did quite a sophisticated dose response

25              analysis.  So, again, I -- I don't quite

RESTRICTED CONFIDENTIAL

Page 113

1          understand what these authors are -- are

2          referring to when they're talking about

3          modeling, because statistical dosing modeling

4          was done in some of the studies that I

5          included.

6     BY MR. FOWLER:

7          Q       I want to show you the paragraph that

8     starts, "Biological gradient."  It's just down below

9     this box.

10                 Doctor, "Biological gradient is an

11    example of how data integration can complicate

12    causal inference."  Do you agree with that

13    description of the Bradford Hill criteria,

14    biologic -- biological gradient?

15         A       Yes.

16         Q       And if you look three lines -- strike

17    that.

18                 The next sentence, "New tools and

19    technical capabilities have allowed researchers to

20    characterize a variety of low level molecular end

21    points that may not lead to disease or observable

22    outcomes on a larger scale."

23                 Did I read that correctly, Doctor?

24         A       Yes, I'm just rereading it.

25         Q       Yes, sir.

RESTRICTED CONFIDENTIAL

Page 114

1              And it says further down, "Thus
2       molecular changes within the no observable adverse
3       effect level may not contribute to disease and are
4       more indicative of a threshold dose."
5              Doctor, with that backdrop, did you
6       make any attempt to determine whether there is a no
7       observable effects level for low doses of NDMA or
8       NDEA?
9                   MR. NIGH:  Form objection.
10                  THE WITNESS:  Again, that wasn't the
11             question that I set out to answer.  The
12             question that I set out to answer was -- was
13             exposure to NDMA over a long period of time,
14             high dose versus low dose, has a differential
15             risk of cancer.  What they're talking about
16             here are -- again, they don't really specify
17             the type of studies, the type of exposure.  I
18             think they're making very -- very general
19             statements on the very large sort of scope of
20             topics.
21      BY MR. FOWLER:
22         Q       And do you believe, Doctor, that the
23      biological gradient of the Bradford Hill criteria
24      can be satisfied when evaluating NDMA and NDEA
25      without an understanding of any threshold dose

RESTRICTED CONFIDENTIAL

Page 115

1      level?

2                    MR. NIGH:  Form objection.

3                    THE WITNESS:  I think threshold dose

4          levels are a very technical, specific question

5          with respect to NDMA and cancer.  The more

6          general question that's sort of the umbrella

7          question that I was set up to look at was,

8          generally speaking, does exposure to NDMA over

9          a long period cause cancer.  And I don't

10         believe that you need -- I mean, they were --

11         statistical modeling was used in the studies.

12         But I don't -- I don't think you specifically

13         need sophisticated tools or modelings to set

14         out the question that I -- that I wanted to

15         answer.

16     BY MR. FOWLER:

17         Q      Well, Doctor, looking at the first

18     part of this criteria five, it states that

19     Sir Bradford Hill -- it says, "However, Hill

20     acknowledged that more complex dose relationships

21     may exist."

22                    Did you consider that when trying to

23     evaluate the biological gradient for NDMA, sir?

24                    MR. NIGH:  Form objection.

25                    THE WITNESS:  Again, I did not have,

RESTRICTED CONFIDENTIAL

Page 116

1          you know, data on NDMA gradient or doses.

2          My -- my question was to look at the literature

3          and answer the question whether long-term

4          exposure to NDMA causes cancer.  Again, I go

5          back to what I mentioned a few minutes --

6          seconds ago.

7    BY MR. FOWLER:

8          Q       Yes, sir.

9          A       Your -- your question I believe is

10   looking at a more specific type of a question.

11               For a general causation question, I do

12   not believe that -- and, again, with Bradford Hill's

13   statement here, which is very general, I do not

14   believe that for the question that I set out to do,

15   I needed that information that you mentioned.

16         Q       Thank you.

17               MR. FOWLER:  I have nothing further,

18         sir.  I think we have left some time remaining

19         for any follow-up questions.  Thank you for

20         your time over these two days.  I appreciate

21         it.

22               THE WITNESS:  Thank you.

23               MR. NIGH:  Do we have anybody else

24         that's asking questions on the defense side?

25         Steven, do you know?

RESTRICTED CONFIDENTIAL

Page 117

1                    MR. FOWLER:  No, sir.  I don't believe

2          we do.

3                    MR. NIGH:  Okay.  Can we get a -- are

4          we on the record, or can we go off the record?

5                    THE VIDEOGRAPHER:  Yes.  The time is

6          now 11:09.  We're going off the record.

7                    (Whereupon, a short break was taken.)

8                    THE VIDEOGRAPHER:  The time is now

9          11:27.  We're back on the record.

10                   MR. NIGH:  Steven, this is -- in

11         response to your question earlier about not

12         being on camera, I didn't want to be short with

13         you, and I did want to give you a reason.  My

14         daughter has been -- was diagnosed with COVID

15         about a week and a half ago.  I think that's

16         the timing.  And so, frankly, I have had to

17         do -- and defend the deposition remotely.  So I

18         don't have the same sort of bandwidth that I

19         have in my office.  And with that, we have had

20         some storms that have rolled through both

21         yesterday and today.  And when I'm on -- not on

22         video, but just speaking, then it doesn't have

23         as much breakup.

24                   So I think right now, it's probably

25         okay.  The weather is a little bit better

RESTRICTED CONFIDENTIAL

Page 118

```
1        outside, but I figured I'd give you that

2        explanation since you asked.  And I know that

3        we have had, you know, multiple other past

4        depositions where the one making objections has

5        not appeared on camera.

6                 MR. FOWLER:  Thank you.  And best

7        wishes for you daughter's recovery.  I'm sorry

8        to hear that.

9                 MR. NIGH:  Yes, thank you.

10                At this time, we do -- we're not going

11       to ask any questions, and so I'd like to thank

12       Dr. Etminan for his time.  And I think that

13       this time, you're free to go.  Thank you.

14                THE VIDEOGRAPHER:  The time is now

15       11:27.  This ends today's deposition.  Thank

16       you.  Thank you all.

17                THE COURT REPORTER:  Counsel, does

18       anybody want copies?

19                MR. NIGH:  We will want one copy.  It

20       can come to me on the plaintiff's side, I don't

21       know if you have my information already -- and

22       then we do want a -- we do want to read the

23       transcript --

24                THE COURT REPORTER:  Sure.

25                Any other counsel?
```

RESTRICTED CONFIDENTIAL

Page 119

1              MR. GALLAGHER:  Duane Morris would

2         like a copy.  I think we're already set up to

3         get one, but just in case.

4              MR. HARKINS:  Same for

5         Greenberg Traurig.  If you don't have an order

6         for us, we certainly want a copy.

7              MS. KAPKE:  Jamie, this is Kara from

8         CVS and Rite Aid.  I'll take a copy, just

9         regular delivery, etrans.

10             MR. TRISCHLER:  This is Clem Trischler

11        from Mylan.  I think we have -- we should have

12        a standing order for all depositions, so we

13        would want that.  But if we don't, or if you

14        don't have that, we do want a copy.

15             THE COURT REPORTER:  Counsel, anyone

16        else?

17             MR. SHAH:  This is Nakul Shah for

18        Hetero Drugs and Hetero Labs.  We would like a

19        final version of the transcript as well.

20             THE COURT REPORTER:  Okay.  Anything

21        else, counsel?

22             (Whereupon, the deposition concluded

23        at 11:27 a.m.)

24

25

RESTRICTED CONFIDENTIAL

Page 120

1                    C E R T I F I C A T E

2

3              I, Jamie I. Moskowitz, a Shorthand

4     (Stenotype) Reporter and Notary Public, do hereby

5     certify that the foregoing Deposition, of the

6     witness, MAHYAR ETMINAN, taken at the time and place

7     aforesaid, is a true and correct transcription of my

8     shorthand notes.

9              I further certify that I am neither

10    counsel for nor related to any party to said action,

11    nor in any way interested in the result or outcome

12    thereof.

13              IN WITNESS WHEREOF, I have hereunto set

14    my hand this 2nd day of September, 2021.

15

16              Jamie Ilyse Moskowitz
                License No. XI01658

17

18

19

20

21

22

23

24

25

RESTRICTED CONFIDENTIAL

Page 121

1    Daniel A. Nigh, Esq.

2    dnigh@levinlaw.com

3                            September 2, 2021.

4    RE: In Re: Valsartan, Losartan, Et Al  v.

5        8/25/2021, Mahyar Etminan (#4772413)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-ny@veritext.com.

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19     If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                    Yours,

23                    Veritext Legal Solutions

24

25

RESTRICTED CONFIDENTIAL

Page 122

1    In Re: Valsartan, Losartan, Et Al  v.

2    Mahyar Etminan (#4772413)

3                    E R R A T A  S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   Mahyar Etminan                              Date

25

RESTRICTED CONFIDENTIAL

Page 123

1    In Re: Valsartan, Losartan, Et Al  v.

2    Mahyar Etminan (#4772413)

3                    ACKNOWLEDGEMENT OF DEPONENT

4        I, Mahyar Etminan, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11    _____    _____

12    Mahyar Etminan                           Date

13    *If notary is required

14                        SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                        _____ DAY OF _____, 20___.

16

17

18                        _____

19                        NOTARY PUBLIC

20

21

22

23

24

25

RESTRICTED CONFIDENTIAL

**[& - 8:32]**                                                                 Page 1

| & |
|---|
| **&**  2:9,20 3:18 4:3 4:8,18 8:8 |

| 0 |
|---|
| **0.047**  24:15 |
| **01**  22:22 23:21 27:11 28:20 |
| **02109**  4:5 |
| **047**  24:24 |
| **07102**  4:15 |
| **08540**  3:15 |

| 1 |
|---|
| **1**  31:18 32:3,9,18 35:5,9 60:4 80:15 81:10 88:4,18 91:23 92:1,4,6,7 |
| **1.0.**  92:13 |
| **1.57**  22:23 23:21 |
| **1.57.**  24:6 |
| **1.72**  92:13 |
| **10**  53:11 59:16 107:9 |
| **100**  4:14 28:14 |
| **1000**  3:4 |
| **107**  6:5 |
| **10:12**  76:18 |
| **10:15**  76:23 |
| **10:29**  87:23 88:1 |
| **10:36**  93:4 |
| **10:37**  93:8 |
| **11**  4:9 |
| **111**  2:10 |
| **115**  83:11 |
| **1154**  120:15 |
| **11:09**  117:6 |
| **11:27**  117:9 118:15 119:23 |
| **12**  19:8 25:5 |
| **120**  8:8 82:10,14 82:22 |

**122**  8:9
**12211**  2:10
**13**  55:9
**130**  83:16
**14**  102:17,17
**15**  53:11 88:5
**150**  25:2,8,14,22 25:24 26:1,5,18 27:6 28:20 49:16
**15076**  1:6
**15219**  3:21
**15th**  4:14
**16**  83:12
**1800law1010.com**  2:11
**1875**  2:15
**19**  80:16 85:22,25 86:2,3 87:14
**19422**  2:21
**1:18**  1:6

| 2 |
|---|
| **2**  31:18 32:3,9,18 35:5,9 60:8 65:11 65:14 93:4 121:3 |
| **2,000**  11:10 16:13 16:20 33:6,7 |
| **2,100**  33:9 |
| **20**  12:18 74:19 123:15 |
| **20,000**  11:19 12:4 |
| **200**  2:21 3:9 |
| **200,000**  74:14,23 |
| **20037**  3:4 |
| **2017**  74:20 75:1,2 |
| **2018**  46:23 |
| **202.331.3100**  3:5 |
| **2021**  1:14 65:19 66:6 120:14 121:3 |
| **21**  3:14 |
| **2101**  3:4 |

**21st**  93:15 106:25
**22**  54:17 55:21
**2220**  5:5
**227**  4:19
**230**  5:5
**25**  1:14
**25,000**  11:20 12:4 12:19
**2500**  3:9
**27th**  4:4
**28**  6:3 76:11,20,25
**28202-2601**  4:20
**2875**  1:2
**29**  6:4 77:19,23 78:1,16,23 80:16
**2nd**  120:14

| 3 |
|---|
| **3**  93:8 |
| **30**  6:5 62:17,17,19 106:24 107:2,13 121:17 |
| **30,000**  74:19 |
| **300**  2:15 |
| **301**  3:20 |
| **30305**  3:10 |
| **312.566.4801**  5:6 |
| **315**  2:5 |
| **317.236.1313**  4:10 |
| **320**  24:22 25:1 |
| **32502**  2:6 |
| **3333**  3:9 |
| **33431-8561**  2:16 |
| **35**  60:24 |
| **38**  3:20 |

| 4 |
|---|
| **40**  22:15 33:7 48:21 60:25 112:8 |
| **41**  33:8 |
| **412.263.2000**  3:21 |

**450**  2:21
**46204**  4:10
**4772413**  121:5 122:2 123:2
**49**  99:22

| 5 |
|---|
| **5**  34:16 37:13 59:16 |
| **5,000**  102:14,18 |
| **518.724.2207**  2:11 |
| **53**  4:4 |
| **561.962.2100**  2:16 |

| 6 |
|---|
| **6**  8:10 84:18 |
| **60**  8:6 |
| **600**  4:19 |
| **60606**  5:5 |
| **609.924.0808**  3:15 |
| **610.567.0700**  2:22 |
| **617.213.7000**  4:5 |
| **63**  8:7 |
| **64**  83:5 |
| **678.553.2100**  3:10 |

| 7 |
|---|
| **7**  10:17 84:18 |
| **704.444.3300**  4:20 |
| **71**  37:7,11 |
| **750**  2:10 |
| **76**  6:3 |
| **77**  6:4 |

| 8 |
|---|
| **8**  22:16 48:19 82:11 |
| **8/25/2021**  121:5 |
| **800**  84:18 |
| **850.435.7013**  2:6 |
| **8:32**  1:15 9:2 |

RESTRICTED CONFIDENTIAL

[9 - approached]                                                                 Page 2

**9**

**9**  8:4,5 87:14,15
  110:17
**90**  62:21
**93,000**  19:12 25:7
  25:15 27:7 28:17
**94.1**  99:22
**973.757.1100**  4:15
**9:34**  60:4
**9:49**  60:8

**a**

**a.m.**  1:15 119:23
**ability**  65:25
**able**  39:20 92:17
  92:18
**absence**  91:20
**absolutely**  76:15
  107:10
**absorbed**  63:4
  94:24
**abstract**  83:25
**acceptable**  40:1
**accepted**  89:12
  91:9 103:13
**account**  100:10,16
**accuracy**  65:23
  121:9
**accurate**  25:8,14
  66:3 74:16 84:7
  85:12
**acknowledged**
  109:24 115:20
**acknowledgement**
  123:3
**acknowledgment**
  121:12
**acquire**  67:18
**action**  120:10
**added**  26:20 28:7

**adding**  25:14
  27:20 66:8
**addition**  107:25
**additional**  64:2
**additions**  66:6
  123:6
**address**  29:19
  36:20
**addressed**  29:16
  36:16,18
**addressing**  41:11
**adjunct**  68:8,18,23
  69:4
**administration**
  15:14
**adult**  16:3
**advanced**  110:18
**adverse**  39:8
  114:2
**affect**  99:5,12
  102:8,10 105:25
**aforesaid**  120:7
**agencies**  72:1
**ago**  116:6 117:15
**agree**  9:25 13:10
  13:19,24 16:7
  19:24 20:11 22:10
  28:14 30:1,4 38:2
  39:22 47:1 48:20
  49:5 54:20,24
  55:5,12 62:5,12,12
  62:14 78:5 93:12
  99:23 102:7
  105:12 107:22
  108:6 110:4,5,6,10
  110:24 111:8,24
  112:4 113:12
**agreed**  15:5 16:11
  22:13 31:1 38:8
  89:25

**agreeing**  56:4
**agreement**  16:19
**ahead**  57:14 79:25
  80:12
**aid**  4:11 119:8
**air**  10:10,16 16:9
**al**  1:5,5 121:4
  122:1 123:1
**albany**  2:10
**albertsons**  4:21
**alcohol**  13:11,17
  13:22,23
**alcoholic**  13:14,15
  13:17
**alfano**  3:18
**allotted**  121:20
**allowable**  26:3
**allowed**  113:19
**american**  10:25
  11:11 16:3,7 17:9
  26:16
**amount**  17:8
  20:20 27:17,19
  61:18 80:6
**amounts**  16:2
  48:23 49:7
**analogies**  64:12
**analysis**  13:5
  36:11 37:19,21
  99:12,18 107:23
  111:1 112:25
**analyzing**  108:9
**anatomy**  58:14
**anesthesiology**
  66:14 68:14
**animal**  39:15
  42:22,23 43:5
  82:15 108:17,23
**animals**  97:10
**annual**  74:18

**answer**  7:2 15:13
  15:17 16:16,21
  18:2 24:4 28:23
  29:2,6,8,12,24
  30:6,11,14,16,21
  30:25 31:3,6,10
  32:23 35:18 36:24
  38:11 41:18 50:19
  50:20 56:16 60:21
  61:2 68:12 79:17
  89:14,22 96:22
  98:23 104:20
  109:4 112:18
  114:11,12 115:15
  116:3
**answered**  21:19
  29:1 30:10,18
  31:4,13 52:20
  79:19 95:25 109:6
**answering**  60:14
**anybody**  116:23
  118:18
**anyway**  81:21
**apologize**  72:22
**appearances**  2:1
  3:1 4:2 5:2
**appeared**  118:5
**appel**  2:14
**appended**  123:7
**applicable**  121:8
**applied**  88:15
**apply**  92:1,18
**applying**  91:3,7
  106:24
**appreciate**  39:19
  116:20
**approach**  56:10
  85:19 91:15
**approached**  72:16
  73:7

Veritext Legal Solutions

800-227-8440                                                                973-410-4040

RESTRICTED CONFIDENTIAL

[approaching - better]                                                    Page 3

approaching  73:9
appropriate
  107:24 108:7
approximately
  74:13
approximation
  74:22
area  12:23 75:17
areas  71:21
arguably  58:12
arguing  112:11
argumentative
  29:5 36:1,9 89:21
article  83:25 86:8
  86:20,21 87:6
  106:24 107:5,8,20
  108:3
articles  77:5,15,16
  78:14,19,20 82:10
  82:14,22 83:6,11
  83:16,23 84:19
  85:22 86:3,17
  87:9,10 91:2,4
  107:25,25 108:4
asa  103:9,14
ascertained  77:16
asked  14:16,19
  15:10,16,21 16:16
  22:18 28:25 29:11
  30:16 39:2 52:19
  54:25 55:2 93:16
  96:21,24 97:1
  118:2
asking  9:17,23
  12:10,14 28:24
  29:10,21,25 34:22
  34:23 35:2 37:18
  38:22 39:17 50:15
  52:5,7 53:12
  57:17 75:8 90:8
  90:11 99:1 111:8

116:24
aspects  97:3
assess  14:11
assessing  20:10
  42:15,19 99:13
  108:1
assessment  47:24
assimilate  91:19
assistant  67:21
assisting  72:4
associate  66:12,13
  66:18 67:1,21,25
association  43:17
  44:11,19,25 45:6
  45:12,18,23 46:4
  46:10,16 47:2,10
  109:20
assume  24:17,25
  25:13 33:5 55:24
assuming  12:2
  26:4 27:15,22
assumption  28:13
assumptions  89:10
  89:10 90:25
atlanta  3:10
attached  121:11
attacks  102:23,24
attempt  64:5
  98:14 99:6 114:6
attempted  10:24
  78:5 92:1
attention  65:18
  109:11
attorney  121:13
attorneys  64:25
august  1:14
aurobindo  2:23
author  19:2,2
  46:21
authors  32:16
  47:3,8,20 54:15

55:8 94:2 111:6
  111:13 112:10
  113:1
available  24:21
  29:11 63:4,5
  121:6
avenue  2:10
average  10:25
  11:11 12:19 14:24
  16:3,14,19 17:9
  49:24 50:3,8,24
  54:16 55:1,8
aware  11:7,17,21
  12:16 18:8 24:18
  41:1 48:10,15
  58:12 59:8 89:6
  89:16 91:2 96:10
  96:14

**b**

b  4:18 6:1 53:21
baccalaureate
  70:24
back  9:3 25:4,21
  25:21 60:9 63:14
  63:16 65:10 76:23
  88:1 93:9 116:5
  117:9
backdrop  114:5
background  43:24
ball  2:15
bandwidth  117:18
barnes  4:8
based  23:24 26:17
  51:23 54:22 56:13
  64:12 90:24
  105:12,19 106:1
baseline  10:24
  11:5 13:6,25
  14:12,22 15:5
  16:14,20 21:15
  26:20 28:4 30:7

33:3,5
baselines  21:22
basic  42:25 98:1
  98:25
basically  35:4
  51:16 81:5
basis  10:21 11:1
  12:5 16:4 17:10
  18:20 33:5 37:24
  43:25 55:2,4,9
bayer  74:6
baylen  2:5
bear  72:22 78:1
beer  13:15
begins  60:8 93:8
believe  19:3 22:11
  25:22 26:11 28:13
  38:16 39:10 52:11
  54:3,7 58:6 60:22
  60:24 66:1 68:18
  70:11 71:8 72:10
  73:21 81:19,19
  94:22 95:8 96:5
  97:1 98:17,24
  101:21 103:13
  106:7 108:12
  109:7 110:14
  111:5 112:11,18
  112:21 114:22
  115:10 116:9,12
  116:14 117:1
believed  106:11
bell  2:21 40:21
  53:23
beneficial  105:9
benefit  70:16
  72:24
best  24:8 65:25
  66:3 75:19 118:6
better  117:25

RESTRICTED CONFIDENTIAL

**[beyond - causation]**                                                                 Page 4

**beyond** 108:24
**bias** 105:13,24
  106:8,10,18
**big** 60:25
**bigger** 82:3
**biley** 5:9
**bill** 84:20
**billed** 84:18
**biologic** 99:6,7,12
  108:16 109:12
  113:14
**biological** 97:25
  113:8,10,14
  114:23 115:23
**biomolecular**
  110:20
**bipc.com** 4:21
**bit** 48:18 51:4,5
  101:14 110:15
  117:25
**bladder** 45:24
  79:7 82:9
**blood** 46:10 95:21
**blue** 2:21
**boca** 2:16
**body** 18:4,10,14
  63:4,5 95:3,5,17
  95:24 96:10,11,12
  98:12,15
**bogden** 2:9
**bosick** 3:18
**boston** 4:5
**boulevard** 2:15
**bound** 23:16,16
**box** 113:9
**bradford** 6:5
  106:25 107:23
  108:9,15,21
  109:18 111:5
  113:13 114:23
  115:19 116:12

**brain** 79:10,10,13
  83:4
**break** 59:1,8,12,18
  59:22,25 60:2,6
  76:14,19 87:24
  93:6 107:5 117:7
**breakup** 117:23
**breast** 44:12,13,14
  57:2,6,20 83:10
**breathe** 10:11
**briefly** 63:23
**british** 1:14 70:2
**broad** 84:11
**broke** 25:10,10
  49:1,1
**broken** 21:1,6
**brought** 96:12
**btlaw.com** 4:11
**buchanan** 4:18
**built** 89:11
**busier** 70:15

**c**

**c** 2:1,14,22 3:1,19
  4:1 5:2 120:1,1
**calculate** 11:5
  17:13 23:2,9,14,23
  23:23 92:17
  100:18 104:16,25
  105:5
**calculated** 23:5,8
  24:9 38:13 39:11
  39:18 101:2
**calculates** 100:3
**calculating** 38:19
**calculation** 23:12
  101:8
**calculations**
  101:15
**call** 48:4 68:7,8,23
**called** 46:24
  100:13

**camera** 64:19,22
  117:12 118:5
**canada** 1:15
**cancer** 15:15
  26:25 28:22 29:14
  30:9,25 31:6,12,14
  31:21 32:6,13,19
  33:12,18,19 34:15
  35:6,23 37:5,15
  38:4,18 41:5,13
  43:21 44:1,12,13
  44:14,20 45:1,7,13
  45:19,24 46:5,17
  47:3,11 48:24
  49:9,15,18,22,25
  50:1,4,9,12,16,23
  51:21,25 52:15
  53:4,14,21 54:15
  54:17 55:9,20
  56:12,23 57:1,2,2
  57:3,3,6,20,25
  58:4,22 60:16
  61:5,9,21 62:1,8
  62:16,25 64:8
  79:7 80:2,3 82:9
  83:10 85:4,6,22
  87:8,13 88:8
  92:13,15 93:24,25
  94:5,10,15 95:10
  97:15,17,19 98:1,3
  99:13 100:5,12
  101:24 103:2
  104:2 106:5,7,17
  112:14,15 114:15
  115:5,9 116:4
**cancers** 43:18
  46:11 53:16 58:6
  58:8,9,12,15,19
  78:12 80:6,9
  86:12 91:22,25
  92:3 102:16

**capabilities**
  110:18 113:19
**capable** 110:22
**carcinogenesis**
  46:24
**carcinogenic**
  97:10
**carcinogenicity**
  20:10 21:8 42:6
  42:12,16,20,24
**carcinogens** 43:21
  93:13
**career** 11:4 43:12
  43:15 70:13
**careful** 47:4,9
**carefully** 89:15
**carillon** 4:19
**carolina** 4:20
**carries** 89:9
**carry** 55:17,20
**case** 1:6 10:23
  11:22 13:4,5
  14:10 15:4 17:23
  18:1 19:18 21:12
  23:2 28:19 29:2
  31:17 32:2 41:10
  42:5,10 43:11,19
  44:3,17,23 45:4,10
  45:16,22 46:2,8,14
  48:21 49:12 74:3
  78:21 91:16 104:6
  111:25 119:3
**cases** 17:12 101:23
  101:24 102:5,20
  102:21 103:7
  105:19 106:19
**causal** 41:13
  109:20 110:3
  113:12
**causation** 29:13
  29:23,24 30:2,17

RESTRICTED CONFIDENTIAL

**[causation - containing]**                                                    Page 5

56:21 61:24
108:14 109:3
112:6 116:11
**cause**   15:15 38:8
39:8 44:1 48:24
49:9 52:14 62:25
99:24 106:7 115:9
**caused**   79:13
**causes**   100:5,8,17
116:4
**causing**   38:18
**center**   4:14
**centre**   3:20
**century**   106:25
**certainly**   29:2
53:6 87:21 119:6
**certainty**   61:17
**certificate**   8:9
**certified**   1:16,17
**certify**   120:5,9
**change**   88:7 122:4
122:7,10,13,16,19
**changes**   65:23
66:5 67:22 114:2
121:10 123:6
**changing**   67:4
**characterization**
71:23 103:11
**characterize**
113:20
**charge**   76:16
**charlotte**   4:20
**chat**   111:18
**check**   40:6
**chemical**   81:7
99:4
**chemicals**   81:7
**chicago**   5:5
**chief**   66:24
**choice**   71:4

**chose**   80:5
**chrisopher.henry**
4:21
**christopher**   4:18
**cipriani**   2:20
**citation**   16:5
**cite**   18:16 32:15
87:8,16
**cited**   18:25 37:6
87:10,15
**city**   1:14
**clarify**   14:19
32:20,24 70:10
89:24 94:18 95:1
96:1 99:9
**clarifying**   101:4
**classes**   68:24 69:2
**clear**   21:13 68:17
**clem**   3:19 9:16
119:10
**client**   22:3,4,16
48:17
**clinical**   42:6,11
67:7 69:9,13,14,17
69:19,22 71:3,5
**clinically**   70:12
**cohort**   31:17 32:2
47:23 48:11
102:14,18
**collaborations**
69:3
**colleagues**   48:12
**colloquy**   29:5 36:1
**colorectal**   45:7
50:9
**columbia**   1:15
70:2
**column**   92:8
**combine**   58:18
**come**   78:2 82:10
118:20

**comes**   39:15
100:14
**comfortable**   65:5
**coming**   74:23
**commencing**   1:15
**commenting**   96:19
**community**   14:24
**company**   4:7
72:24 73:15
**compared**   13:22
27:7 33:23 35:8
**complete**   106:6
123:8
**completed**   70:17
121:17
**completely**   96:17
**complex**   54:22
56:20 91:11
109:25 115:20
**complicate**   113:11
**complicated**   109:1
**composite**   77:1
**compound**   20:11
**compounds**   10:5
19:7 20:4 95:2
**computer**   86:6
**concentration**
13:1 24:10,14,19
**concentrations**
22:21
**concept**   34:23
39:3 49:22
**concerning**   15:22
**concierge**   5:10
**conclude**   48:22
49:6
**concluded**   32:17
54:16 119:22
**conclusion**   93:23
94:3

**conclusions**   92:4
**conditions**   102:22
**conduct**   71:18
**conferred**   71:7
**confidence**   101:16
101:20 102:2,4,8
102:10 103:5
**confidential**   1:9
**confirmed**   47:22
110:1
**confounder**   88:6
88:16,19,24 90:2
90:21 91:21 92:3
92:11,16
**connection**   17:25
41:13 44:3,22
45:3,9,15,21 46:1
46:7,13 66:25
**consider**   20:2 89:3
98:12,15 108:8
115:22
**consideration**
47:23
**considering**   33:24
**constitute**   58:13
**consultant**   74:12
**consulting**   74:19
74:24
**consume**   13:17
18:11,20
**consumed**   17:15
**consumes**   13:11
13:15 16:3 17:9
**consumption**   20:3
**contacted**   72:9,23
**contacting**   73:3
**contained**   48:23
49:7 61:19 62:7
79:12 98:5
**containing**   17:16
20:1 21:25 24:19

RESTRICTED CONFIDENTIAL

[containing - denominator]                                                    Page 6

24:21 48:23 49:8
51:20 52:14 53:3
55:19 56:11 61:4
**contend** 68:9
83:16 87:7
**contention** 71:2,9
83:5,11 102:17
**contents** 8:1
**context** 96:25 97:4
**continuation** 9:2
**continue** 59:3,17
**contribute** 21:8
114:3
**control** 31:18 32:3
59:14
**controlled** 100:3
**controls** 20:21
21:1 100:4 105:20
106:20
**copies** 77:14
118:18 121:14
**copley** 74:6
**copy** 118:19 119:2
119:6,8,14
**corporate** 2:15
**correct** 10:12
15:18 17:17 22:1
22:17 25:2,3,16
28:16 35:8 37:1,8
38:1,4 40:17,25
46:21 51:14 55:24
62:8 64:4 67:5,6
67:13,17 68:2,3,6
69:23,24 70:22
72:2,5,25 73:16
74:1 82:23 83:2
88:21 92:5,9,20
93:13,21,25 94:6
96:15,19 97:8
98:6 101:9 103:20
111:6 120:7 123:8

**corrections** 123:6
**correctly** 88:14
113:23
**counsel** 2:7,12,17
2:23 3:6,11,16,22
4:6,11,16,21 5:7
9:10,11 73:24
74:4 76:2 77:2,3
87:19 92:24 101:5
118:17,25 119:15
119:21 120:10
121:14
**count** 75:16
**couple** 70:4 90:22
**course** 72:9 84:17
99:21 111:22
**court** 1:1,16 15:4
22:6 25:9 63:13
81:15 86:25 87:19
92:24 97:19
104:18,23 118:17
118:24 119:15,20
**cover** 57:22,22
59:2
**covered** 106:14
**covid** 117:14
**created** 80:20
**creates** 96:11
106:8
**credible** 53:1
**criteria** 6:4,5
57:11 77:20 78:15
80:11 82:17 84:2
84:4 86:4 87:7,11
87:15,18 90:22
106:25 107:23
108:1,10,15
109:12 113:13
114:23 115:18
**critical** 20:19
51:11 91:2

**cs** 121:15
**culbertson** 4:3
**cumulative** 17:14
17:14 25:25 33:22
35:14
**cumulatively**
26:22 27:21 28:8
**curve** 110:2
**curves** 110:21
**cut** 22:7 87:16
**cv** 1:6 65:10,11,20
65:23 66:2,11
69:7
**cvs** 4:11 119:8

**d**

**d** 53:20
**daily** 10:21 11:1,5
11:18 12:3,17
13:11,18 16:4,12
17:9 18:20 21:23
25:15 26:3,22
31:19 32:4 33:4
33:11 37:12 39:4
39:6,12,15 40:15
41:23
**dan** 36:4
**daniel** 2:3 16:23
59:23 121:1
**data** 23:24 25:4,13
29:10,11,20 30:5
30:10,25 37:15
39:16 40:23 62:2
80:6,10,11,13
86:22 95:13
110:18 112:20
113:11 116:1
**database** 78:13
81:8
**date** 65:19,19
122:24 123:12

**daughter** 117:14
**daughter's** 118:7
**day** 11:11,20 12:4
12:19 16:13 19:13
24:22 25:7,23
26:19 28:8,17
32:12 33:9 38:3
49:16 62:10,15
63:22 120:14
123:15
**days** 62:17,17,19
62:21 116:20
121:17
**dc** 3:4
**death** 94:8 99:24
100:4,4,5,16
**deaths** 104:2
**decided** 84:1
**deciding** 77:4
**declare** 123:4
**decreased** 74:25
**deemed** 123:6
**defend** 117:17
**defendant** 2:23
3:6,11,22 4:16 5:7
**defendants** 2:17
3:16 4:6,11 9:17
64:1 76:4
**defense** 9:10 73:12
77:2 116:24
**define** 37:4
**defined** 39:7 71:21
110:21
**definitely** 85:1
**degree** 61:17
69:12,18,21,23
70:1,7,7,17,21
71:6
**delivery** 119:9
**denominator** 86:3

**dep** 77:3
**department** 66:12
  66:13,16,20,24
  67:2,5,6,13,19,22
  67:25 68:1,9,13,19
  68:24
**depending** 80:5,10
**depends** 108:12
  109:5
**deponent** 121:13
  123:3
**deposing** 121:13
**deposition** 1:13
  9:3 64:20 65:3
  76:2 117:17
  118:15 119:22
  120:5
**depositions** 64:24
  75:25 118:4
  119:12
**derived** 12:9 92:8
**describe** 69:23
  71:4 75:20
**described** 78:11
**description** 6:2
  7:6 113:13
**descriptions**
  110:21
**design** 52:8 53:18
  56:18
**designed** 11:4
  55:17 89:1
**designing** 104:15
  104:24
**despite** 91:10
**determination**
  56:13
**determine** 11:4
  13:5 64:5 71:19
  99:24 114:6

**determined** 40:17
  88:5
**determining** 16:14
**develop** 38:4
**developing** 35:22
**diagnosed** 117:14
**diagnosis** 47:25
**die** 100:7
**died** 93:24 94:4,5
  99:23
**diet** 16:7 26:17
  33:23 34:1 47:24
**dietary** 11:9 16:15
  32:10 33:20 34:3
  34:7 35:12,20
  36:11,19 37:20
**diets** 28:2
**difference** 36:21
**different** 22:19
  34:24 53:14,15
  54:8 60:19,20
  64:13 75:18 81:7
  85:3 86:11 89:14
  94:9 100:15
  106:15
**differential** 106:18
  114:14
**differently** 83:20
**difficult** 99:23
**digested** 94:24
**direct** 109:11
**directing** 65:18
**directly** 103:1,6
**disagree** 30:2
  99:25 107:22
**discuss** 18:17 75:5
**discussed** 20:15
  28:2 33:21 96:9
  97:5
**disease** 47:24
  113:21 114:3

**disorder** 66:22,23
**dispute** 12:5 54:18
  55:2,5,10,13
**distribution** 99:18
  100:2,13,14,19
  101:8
**district** 1:1,1
**dnigh** 2:7 121:2
**doctor** 9:13,25
  24:4 27:5 28:12
  33:3 35:18 41:10
  72:8 76:15,25
  77:21 78:4 79:1,8
  79:25 80:19 83:2
  84:17 87:6 88:3
  91:22 93:11,20
  96:3 97:8 98:23
  99:17 102:7,12
  103:8,23 105:11
  107:20 111:15,21
  113:10,23 114:5
  114:22 115:17
**document** 1:4 6:3
  80:20 111:16
**documents** 7:5
  76:3,5 77:1,6,9,20
  78:6,7
**doing** 72:15 78:22
  107:23
**door** 43:10
**dosage** 49:18
**dose** 20:11 21:6
  24:20,25 26:3,6,12
  26:18,20,21,22,24
  27:21,23 32:11
  33:17,22 34:3,5,8
  34:23 35:10 36:11
  36:12,15,17,18,20
  36:20,25 37:4,21
  38:6,14,16,17,20
  39:7,9 41:22 63:8

64:14 109:19,25
  110:1,21 112:24
  114:4,14,14,25
  115:3,20
**doses** 31:12 32:13
  114:7 116:1
**dosing** 35:14
  113:3
**dr** 9:6 60:11 63:19
  63:22 65:9 101:7
  118:12
**drafting** 104:5
**draw** 37:6 93:22
**drew** 91:23
**drink** 10:11
**drug** 40:3 72:23
  73:19
**drugs** 3:16 20:4
  40:12 119:18
**duane** 2:13 119:1
**duanemorris.com**
  2:17
**due** 20:3 21:24
  100:4,5,17
**duffy** 1:5
**duration** 20:11
  21:7 35:21 37:1,4
  41:22 49:15 51:17
  51:18 60:16 63:8
**durations** 51:13
  60:20
**dye** 10:16

**e**

**e** 2:1,1,4 3:1,1 4:1
  4:1,4 5:2,2 6:1
  46:21 53:20,21
  81:18 88:10,13,15
  89:4,7,8,17 90:17
  90:23 91:3,7 92:2
  92:9,18 120:1,1
  122:3,3,3

RESTRICTED CONFIDENTIAL

**earlier** 26:9
117:11
**early** 51:19 52:12
**eat** 10:12
**editor** 66:23
**education** 67:3
96:18
**effect** 39:8 91:20
95:9 100:10 114:3
**effects** 110:22,25
112:1 114:7
**either** 13:6 23:6
59:4 68:5 84:24
**elaborate** 90:6
**electronic** 77:17
80:23 83:21
**electronically** 86:5
**elevated** 94:8
**emerging** 71:21
**endogenous** 17:20
17:21 18:2,13
19:6 26:6,7,13,15
27:16,18,19,23,24
28:5,15 34:1
94:16 95:1,1,8,14
95:18,23 96:1,5,12
96:19,24 97:3
**endogenously**
18:9,19
**ends** 60:4 93:4
118:15
**engine** 80:22
**ensuring** 82:1
**entails** 69:16,18
**entire** 22:10 65:23
76:5,8
**entitled** 19:6 53:20
**environment** 16:9
95:5 96:9
**epi** 64:15

**epidemiologic**
39:14 89:9 107:25
**epidemiological**
43:2,6 55:17
96:25 108:3
**epidemiologist**
55:16
**epidemiology**
43:16 66:22 71:3
71:5 108:8
**equation** 100:21
**errata** 121:11,13
121:17
**esophageal** 31:21
32:6 44:20 49:25
50:1 58:14 85:22
87:8,13
**esophagus** 58:16
58:18
**esq** 121:1
**esquire** 2:3,4,4,5,9
2:14,14,15,20 3:3
3:8,14,19,19 4:4,9
4:13,18 5:4
**establish** 19:20
21:15,22 111:11
**established** 15:22
40:2,10 92:19
**establishes** 34:14
**estimate** 25:6
54:15 55:8
**estimates** 19:21
**estimating** 53:20
54:5
**et** 1:5,5 121:4
122:1 123:1
**etminan** 1:13 8:2
9:6 60:11 63:19
63:22 65:9 101:7
118:12 120:6
121:5 122:2,24

123:2,4,12
**etminan's** 9:3
**etrans** 119:9
**evaluate** 14:11
15:21 19:25 55:18
99:6 115:23
**evaluates** 53:2
**evaluating** 42:15
42:19 62:24
114:24
**events** 102:5 103:1
103:4,7
**eventually** 96:10
**evidence** 12:17
80:4,5 108:22
**ex** 6:3,4,5
**exactly** 12:9 35:12
70:9 90:8 105:24
**examination** 8:3
9:5,12 60:10
63:21
**examined** 15:23
**examiner** 59:7,7
**examining** 41:22
108:20
**example** 22:4
39:24 66:17 77:5
86:19 97:10
102:16 113:11
**excuse** 19:2 43:5
**exhibit** 6:2 19:8
25:5 65:11 76:5,9
76:11,20,25 77:1
77:19,23,25 78:16
78:23 80:16,16
106:24 107:2,13
**exhibits** 8:10
**exist** 30:5 37:15
109:25 115:21
**exogenous** 13:25
17:19 19:7 27:25

28:6,15 34:2
94:15 95:8,19
96:2
**exogenously** 18:11
96:13
**exp** 81:1
**expanded** 81:2,4
**expected** 13:12
33:12
**experience** 14:1
30:8 67:4 96:18
**experiment**
104:10 105:4
**expert** 73:15
**expertise** 18:6
72:25
**expired** 93:23
**explain** 28:10
39:20 69:17
**explained** 100:2
**explanation**
108:17 118:2
**exposed** 10:20
14:7 16:8 19:12
26:9 27:16 33:6
33:25 37:24 38:3
39:8 40:11 93:12
**exposure** 10:25
11:5 12:22 13:11
13:25 14:12,22
16:6,12,15 17:14
17:19 19:7,21
20:12,20 21:1,2,2
25:1,7,15,15,25
26:6,7,13,15 27:6
27:7,12,24,25 28:5
28:16,19,21 29:13
30:17 31:5,13,14
31:19 32:4,12,17
33:4,5,8,11,17
35:22 37:4,13

RESTRICTED CONFIDENTIAL

[exposure - fowlerst] Page 9

38:7 39:4,7,12,15
40:15 41:4 56:22
57:6,18,19,24 58:3
58:21 60:15 61:25
62:25 63:9 94:15
94:16 98:16 99:4
99:5,11,13 100:11
110:23 111:1
112:2,6,14 114:13
114:17 115:8
116:4
**exposures** 13:6
14:3 15:5 21:15
26:20 28:15 30:7
41:23
**expressed** 90:10
**extended** 26:1
**extent** 17:21 18:2
20:2 21:23
**extra** 26:12,18,20
27:21,23 28:7,19
**eye** 72:4

**f**

**f** 120:1
**fact** 10:14,19 11:7
12:5 16:2 18:24
20:14 24:18 37:23
59:20
**factor** 53:15
**faculty** 67:7,9,10
69:3
**fails** 121:19
**fair** 19:22 43:14
61:3 71:23 78:8
103:10 108:5
**falanga** 4:13
**falkenberg** 5:4
**falkenbergives.c...**
5:6
**familiar** 39:3
49:21 51:7 53:19

53:24 100:20
101:12
**far** 18:19 66:19
**fashion** 34:24
**faster** 70:8
**fda** 26:3,22 39:24
40:1
**fellow** 71:12
**fellowship** 71:10
**fewer** 66:19
**field** 18:6 96:17
97:23 99:1
**fields** 43:15
**fifth** 109:14
**figure** 74:23
**figured** 118:1
**file** 86:6
**filed** 15:4 48:21
**files** 86:11
**final** 119:19
**find** 31:17 32:2
35:24 36:7 37:19
53:1 86:9
**finding** 47:2
**findings** 47:9,21
**fine** 65:6 90:16
**finish** 79:18,23
**finished** 57:15,16
59:21 79:22
**firm** 2:3 63:25
**first** 24:3 33:7
79:5,15 92:12
115:17
**fit** 70:14 91:8
**five** 34:16 35:5
51:18 52:10 53:7
109:12,23 112:8
115:18
**floor** 3:20 4:4,14
**florida** 2:6,16

**focus** 41:11
**focused** 41:22
**follow** 53:17 56:3
56:7 60:25 61:10
94:16,21 100:6
101:11 102:23
112:15 116:19
**following** 9:18
**food** 10:11,16 95:6
**footnote** 22:16,20
48:19 110:17
**foregoing** 120:5
123:5
**form** 10:2,7 11:12
11:23 12:6,20
13:7 14:13,25
15:6 16:18 17:3,5
18:9,19,21 19:15
20:5 21:10,17
24:3,3 25:17,18
27:8,13 30:13
31:2,22 32:7,22
33:14 34:20 35:25
38:9 40:4,18 41:6
41:15,25 44:5
48:1,14 50:6,10
51:1 52:18,19
53:5 54:19 55:3
55:11,22 56:1,17
60:18 61:6,22
63:10 64:9 68:11
68:21 72:12 73:1
77:7 82:24 85:9
85:16 88:22 89:18
89:20 90:18 92:21
93:14 96:20 98:2
98:7,14,22 99:8,14
101:1,3 103:24
104:7,13 105:15
106:9 108:11
110:5 111:3 112:3

114:9 115:2,24
**formation** 17:20
17:22 18:3,13
**formed** 85:2
**forming** 111:25
**formulated** 85:3
**forth** 78:5
**found** 10:5,10,15
22:22 44:11,18,24
45:5,5,11,17,23
46:3,15,19 49:12
64:15 78:19,20
**foundation** 93:18
**four** 51:18 52:10
60:23 70:22
**fowler** 3:3 8:7
63:21,25 64:16,18
65:4,8,13,15 68:16
68:22 71:15,17
72:18 73:13 76:7
76:12,15,24 77:13
77:19 78:1,3,22
79:2,4,19,24 80:15
80:18 82:6,8,20,21
83:1,8,9,14,15
84:15,16 85:14,20
87:5,21 88:2 89:2
90:3 91:1 92:22
93:2,10,17,19 97:6
97:20,21 98:10,21
99:3,10,16 101:4,6
104:3 105:10
106:3,21,23 107:6
107:11,16 109:9
109:13,16 110:8,9
111:7,20 113:6
114:21 115:16
116:7,17 117:1
118:6
**fowlerst** 3:5

RESTRICTED CONFIDENTIAL

[frame - humana]                                                    Page 10

**frame** 52:11
**framed** 62:23
**frankly** 117:16
**frederick** 2:15
**free** 118:13
**function** 54:12
  101:23,24 102:20
**further** 9:9 75:6
  94:22 108:20,25
  110:15 114:1
  116:17 120:9

**g**

**g** 46:21
**gallagher** 2:14 8:4
  9:5,18 15:10
  119:1
**gateway** 4:14
**gears** 65:9 93:18
**general** 12:10,14
  16:6 29:12,23
  30:2,17 31:13
  41:11 50:12 54:8
  56:21 58:8,10
  61:24 64:11 95:3
  108:14 109:3
  110:12 112:5
  114:18 115:6
  116:11,13
**generalizations**
  106:1
**generally** 10:3,8
  12:24 16:8 20:13
  56:6 115:8
**genotoxic** 97:13
**gentleman** 19:1
**georgia** 3:10
**getting** 36:1
**give** 50:12 60:20
  62:2 85:7,10,11
  102:13 117:13
  118:1

**given** 61:2,23
  99:21 123:9
**go** 13:19,20 37:11
  53:1,10 57:14
  59:16 65:10 69:6
  79:3,15,25 80:15
  82:6,14 85:6
  87:20 92:13,25
  108:19 116:4
  117:4 118:13
**going** 9:10 13:19
  13:20,21 25:4
  37:11 38:4 48:9
  54:20 56:9,10,12
  56:20 60:5 62:20
  71:20 72:11 76:18
  78:2,6,11,15 85:7
  87:16,23 93:5
  102:24 106:23
  117:6 118:10
**gomm** 20:15 51:5
  51:5,12 52:11
**gonna** 35:22
**good** 9:6,7,13,14
  29:10 30:5 36:4
  60:11 63:22 85:23
  86:2 91:8 101:14
**google** 78:18
**gordon** 3:18
**gotta** 79:17,23
**gradient** 109:12
  113:8,10,14
  114:23 115:23
  116:1
**grant** 3:20
**greater** 18:19
**greenberg** 3:3,8
  63:25 119:5
**groups** 75:18
**gtlaw.com** 3:5,11

**guess** 57:17

**h**

**h** 6:1 46:21 81:18
  122:3
**h.j.** 4:7
**hair** 10:16
**half** 117:15
**hand** 92:8 120:14
**handling** 64:23
**happen** 91:20
**happens** 66:24
**happy** 74:7
**harding** 2:9
**harkins** 3:8 4:7
  76:10 107:12
  119:4
**harkinss** 3:11
**harm** 38:8
**hazard** 92:7,10,12
  99:18 100:2,3,4,13
  100:14,19 101:9
**head** 23:11 58:19
**heading** 81:19,20
**health** 72:1
**healthcare** 1:5
  2:18
**hear** 41:18 118:8
**hearing** 9:20
  28:24
**heart** 102:23,24
**heavily** 77:9
**heinz** 2:20
**held** 1:14
**help** 106:6
**henry** 4:18
**hereto** 123:7
**hereunto** 120:13
**hetero** 3:16,16
  119:18,18
**hidajat** 88:20
  93:11 99:17

103:23 112:23
**high** 11:10,19 12:4
  21:1 23:21 32:12
  36:20 94:8 102:7
  114:14
**higher** 12:25
  13:21 18:10 23:6
  24:6,6 26:2,21
  33:19 35:6 61:12
**highest** 33:22
**hill** 3:13 6:5
  106:25 107:23
  108:9,15,21
  109:17,18,24
  110:11 111:5
  113:13 114:23
  115:19,19
**hill's** 116:12
**hillwallack.com**
  3:16
**hinshaw** 4:3
**hinshaw.com** 4:6
**hold** 16:17,17 24:2
  24:2 29:4 32:21
  32:21 33:13,13,13
  33:14 52:18,19
  79:16,16 89:20,20
  98:18,18,18,19
  100:25,25
**holding** 69:20
**honest** 21:13
**hospital** 105:19,20
  106:1
**hospitalized**
  105:12
**host** 106:14
**hours** 65:2
**huahai** 2:18,18
**human** 18:3,13
**humana** 5:7

Veritext Legal Solutions

RESTRICTED CONFIDENTIAL

[humans - jason]                                                          Page 11

**humans** 15:15
  41:5,14 42:16,20
  44:2 48:24 49:9
**hundred** 83:23
**hypotheses** 104:9
  104:14,23
**hypothesis** 103:20
  103:22,25 104:1,5
  104:13,14 105:3,6
  105:9
**hypothetical**
  102:13

**i**

**idaho** 69:8,14 70:7
  70:17,21
**idea** 110:12
**identification**
  76:21 77:24 107:3
**identified** 46:18
  86:8
**identify** 44:9,17
  44:23 45:4,10,16
  45:22 46:2,8,14
**ii** 1:9
**illinois** 5:5
**ilyse** 120:16
**impact** 19:25
  41:23
**importance**
  103:10
**important** 20:12
  21:7 84:5,10
  86:22 105:6 111:2
  111:11,25
**inappropriate**
  36:2,9
**include** 37:20 57:9
  58:15 80:7,7,9
  82:11
**included** 25:6
  32:11 77:5,8,12

80:3,12 81:11
  85:13 97:12 113:5
**including** 40:16
  58:6,8
**inclusion** 57:11
  80:11 82:4,17
  84:1,3 86:4 87:7
  87:11,14,17
**income** 74:19
**incorrect** 19:22
**increase** 13:12
  20:3 26:24 28:20
  29:14 30:7,22
  31:7,11,19 32:4,9
  32:18,25 33:11,17
  35:5,10,21,22
  37:12 41:3 46:19
  48:22 49:6,16
  57:8 58:21 62:15
  73:18
**increased** 21:24
  28:22 30:9,24
  31:12,20 32:5,19
  33:12 34:14,15
  37:5,14 41:5
  49:14 51:21 52:15
  53:4 55:19 56:12
  57:5,19,24 58:3
  61:5,20 62:8 64:7
  74:25 75:3
**increases** 31:5
  32:17 33:9 41:23
  60:15 61:25
**incremental** 30:6
  30:22 31:7,11
  32:16,25 33:11
  41:23
**independent** 19:19
**independently**
  14:11 17:20

**index** 8:10
**indiana** 4:10
**indianapolis** 4:10
**indicate** 69:7
**indicated** 51:11
  70:5
**indicative** 114:4
**individual** 13:10
  20:2 29:22,23
  39:8 52:6 88:8
**individualized**
  61:9
**induced** 93:24
  94:5
**industries** 3:6,12
**inference** 21:5
  113:12
**information** 23:19
  23:25 54:18 59:2
  116:15 118:21
**ingersoll** 4:18
**ingested** 98:13,14
**ingestion** 98:15
**initially** 65:4
  95:19
**instance** 16:1
**instances** 110:13
**instructed** 75:5
**instructions** 7:2
**intake** 11:10,18
  12:3,17 13:18
  16:15 21:23 32:18
  34:15 40:1 48:22
  49:7,15
**integration** 110:17
  113:11
**intend** 57:18,23
  58:2,20
**interactions**
  110:20

**interested** 120:11
**interject** 58:24
**interlibrary** 87:3
**interpretation**
  103:15
**interrupt** 57:13
**interrupted** 79:17
**interval** 101:16,20
  102:2,4,8,10 103:5
**introduced** 22:3
  107:12
**introducing** 9:15
**introduction** 85:1
**investigate** 71:20
  71:22
**investigated** 43:17
**investigating**
  43:25
**involved** 75:7,9
  112:16
**involving** 43:2,7
  73:25
**iowa** 69:11 70:6
**irbesartan** 1:3
**issue** 28:18 57:1
  64:7 65:2 103:6
**issues** 71:22
**item** 106:16
**items** 106:15
**iud** 72:20
**ives** 5:4

**j**

**j** 19:3
**jakszyn** 19:1,2,12
  19:22 25:20 27:17
  28:16 95:12,13
**jakszyn's** 25:4,13
**jamie** 1:16 119:7
  120:3,16
**jason** 3:19

RESTRICTED CONFIDENTIAL

[jersey - longer]                                                                    Page 12

**jersey** 1:1 3:15 4:15
**jessica** 2:20
**jheinz** 2:22
**jmr** 3:22
**journal** 66:21,23
**journals** 103:13
**js** 1:6
**justin** 5:9 65:13

**k**

**k** 19:3
**kapke** 4:9 8:6 60:10,12 61:1,15 62:4 63:13,18 119:7
**kara** 4:9 60:12 119:7
**kara.kapke** 4:11
**kathleen** 4:4
**keep** 111:21
**kekelly** 4:6
**kelly** 4:4
**key** 81:21
**kidney** 57:2,25
**kind** 18:17 70:3 83:21
**knocked** 43:10
**know** 9:20 12:13 12:24 13:21 16:6 16:8,9 18:12 20:24 23:15 26:8 27:17 29:20,22 32:8 33:10 36:8 38:10,11 40:19 49:24 50:3,8,16,17 50:21,24 51:24 53:7 54:12 55:17 56:14 59:16,22 62:6 63:5 64:23 65:13 69:16 73:10 73:19 74:22 75:9

77:22 85:2 86:12 90:12,16 95:9,20 97:2 100:18 106:13 108:20,25 112:7,13 116:1,25 118:2,3,21
**knowledge** 66:3 110:19
**known** 10:19 13:14
**knows** 106:15

**l**

**l** 3:4 53:20,21,21
**l.l.c.** 1:5
**labs** 3:17 119:18
**large** 38:25 47:22 48:5,10 103:3 114:19
**larger** 102:22 113:22
**largest** 24:18,20 24:25
**larynx** 58:6,8,17 58:18
**latencies** 53:15
**latency** 49:22,24 50:3,8,11,21,24 52:7 53:18,21 54:5,10,11,15,16 54:21 55:1,8,25 61:9
**lauren** 2:5,14
**law** 2:3 63:25
**lawyer** 72:15 73:8 74:8,19
**lawyers** 42:10 43:10 72:9,25 73:4 74:25 75:18 75:21
**lead** 19:1,2 30:8 30:23 31:19 32:4

32:19 33:12 37:5 41:4 46:20 53:4 56:12 57:19,24 58:3 99:13 113:21
**leave** 59:23 65:6 86:22 98:11
**leaves** 98:6
**led** 55:19
**left** 70:3,19 92:12 116:18
**legal** 5:10 121:23
**level** 10:24 18:18 28:21 34:1 40:2 63:6 64:7 88:6 98:16 112:1 113:20 114:3,7 115:1
**levels** 18:10 40:2 64:6,11,12 79:12 96:5 110:23 111:1 115:4
**levin** 2:3
**levinlaw.com** 2:7 121:2
**liability** 1:3
**library** 77:17,17 81:23
**license** 120:16
**life** 33:7
**lifetime** 14:3 17:14 30:23 39:9
**lifetimes** 14:8
**liked** 20:25
**likewise** 69:25
**limitation** 89:4,25 90:19,20 91:10 105:21,24
**limitations** 25:21 89:7,16,24 90:6,10 90:13,15,17 91:5 91:12,13,14,16,18

**line** 7:3,6,9,12 37:6 81:10 82:11 83:12 122:4,7,10 122:13,16,19
**lines** 109:23 113:16
**linked** 106:16
**lisa** 4:13
**listed** 37:7 78:21 91:25
**listen** 89:15
**literature** 11:9 15:12,17 31:17 32:2 41:2,12 44:2 44:7,9,10,18,24 45:5,11,17 46:3,9 46:15 49:13 55:1 80:2 97:11 105:8 116:2
**litigation** 1:3 9:17 14:6,23 17:13 57:2 65:1 72:4,11 72:20 74:13 75:7 75:10,16
**litigations** 73:25
**little** 51:4,5 110:15 117:25
**livenote** 1:17
**liver** 45:12 98:6
**llc** 2:18 4:21
**llp** 2:9 3:13,18 4:3 4:8,13 5:4
**load** 107:1
**loan** 87:3
**long** 26:23 53:1 56:3,6 100:6,12 101:11 106:12 112:7 114:13 115:9 116:3
**longer** 52:15 59:17 94:16,22,23

RESTRICTED CONFIDENTIAL

**[look - mine]**                                                                          Page 13

**look**  12:22 25:24
36:12 71:21 78:6
78:11,15 85:24
86:9 89:1 99:2
107:24 109:23
110:15 111:16,17
111:22 113:16
115:7 116:2
**looked**  12:24 24:5
32:9,11,16 33:21
34:2,3 35:1,3,11
35:13 36:13,15
39:14 46:19 61:24
78:18 80:4 82:15
83:17 85:23 86:1
112:20,22
**looking**  14:15
23:13 32:12 35:17
42:23 48:6 52:1
53:14 64:10 78:24
80:19 82:18 83:6
83:12 104:11
112:5,21 115:17
116:10
**looks**  49:18 54:11
56:19 81:5 90:1
**losartan**  1:2 121:4
122:1 123:1
**lost**  103:10
**lot**  23:15 30:1
47:17 73:17 88:24
95:18
**lots**  36:1 40:11
**love**  29:8
**low**  21:2 23:20,20
32:13 36:20 94:9
110:22,25 112:1
113:20 114:7,14
**lower**  23:15 61:12
**lowest**  33:24

**lung**  45:18 55:9
106:5,7,17
**lwalsh**  4:16

**m**

**m**  2:20 3:8,19 4:13
81:18
**madeline**  2:4
**magnitude**  92:7
92:10
**mahyar**  1:13 8:2
9:3 120:6 121:5
122:2,24 123:2,4
123:12
**major**  77:11
**making**  28:13
114:18 118:4
**manufacturers**
22:19 64:13 73:10
**mark**  76:4,8 77:19
106:23
**marked**  7:11 19:8
65:11 76:10,20
77:23 107:2
**martin**  2:9
**massachusetts**  4:5
**massey**  2:5
**master's**  71:1
**math**  27:12
**matter**  37:1 42:9
73:15 75:4 95:19
**matters**  75:7
**maz**  5:6
**mazzotti**  2:9
**mcgill**  71:11
**mdl**  1:2
**mean**  11:13 12:7
15:24 18:5 20:6
23:2,6,8,11,14,23
23:23 24:9,13,24
25:1,23 31:8
32:25 35:7 39:14

40:19 47:13 49:17
51:24 53:9,10
54:9 57:13 59:15
63:2 67:20,23
75:17 77:22 80:16
81:1,4 84:24 86:1
89:19,24 91:10
95:3 102:21
104:12 105:18,25
108:2,2 109:2
111:10 112:18
115:10
**means**  61:11 63:3
81:2 90:13 92:6
95:14
**meant**  59:10
**measure**  84:11
**measured**  95:15
**measures**  34:3
**measuring**  95:20
95:21,21
**mechanism**  94:15
97:9 98:2 108:22
**mechanisms**  96:11
97:13,14
**mechanistic**
108:17,21
**media**  60:4,8
71:25 73:6 93:4,8
**median**  52:3 61:10
**medical**  68:4
78:12 81:18,20,22
**medication**  17:16
48:24
**medications**  20:1
21:25 24:20,21
49:8 51:20 52:14
53:3,4 55:19
56:11
**medicine**  66:13
68:1 81:23

**medium**  21:2
**meet**  57:10,11
84:1
**meets**  53:18
**megan**  5:4
**member**  66:12,13
66:18
**members**  102:18
**men**  100:7
**mention**  22:16
50:23 78:17
**mentioned**  29:8
37:20 48:18 51:6
70:3 71:25 73:4
74:21 75:22 80:12
84:4,5,6 87:18
103:8 116:5,15
**mentioning**  52:2
**merely**  47:11
**meridian**  4:9
**mesh**  81:17
**mess**  59:13
**met**  80:11 82:17
86:4 87:7,11,14,17
**method**  83:22 89:1
99:11
**methodology**  78:7
88:10,14,15 89:4,7
89:8,12,17 90:12
90:17 91:3,7,10,12
91:18 92:2,9,18
100:20 101:12
**milligrams**  24:22
25:1
**million**  22:23,23
23:3,21,22,22
24:15,25
**mind**  76:14 107:4
111:22
**mine**  109:15

RESTRICTED CONFIDENTIAL

**[minimum - nigh]**                                                    Page 14

**minimum**  61:18
**miniscule**  25:16
  27:6
**minute**  60:2 76:13
**minutes**  59:16
  107:9 116:5
**mirena**  72:20 73:4
**mischaracterize**
  17:1
**mischaracterizes**
  16:18
**missed**  81:9
**missing**  82:2 94:11
**model**  53:22,25
  54:3,4,8,14 90:24
  100:16
**modeling**  54:10
  100:21 110:18
  112:19 113:3,3
  115:11
**modelings**  115:13
**modern**  110:1
**molecular**  108:6
  110:22,25 112:1
  113:20 114:2
**moment**  75:8
  76:11
**monotonic**  110:1
**monroe**  5:5
**moot**  88:21 92:5
**morning**  9:6,7,13
  9:14 51:7 60:11
**morris**  2:13 119:1
**moskowitz**  1:16
  120:3,16
**mouth**  58:16
**move**  27:1 86:21
  94:13
**movement**  66:22
  66:23

**msc**  71:1
**mulberry**  4:14
**multiple**  64:24
  93:13 118:3
**mylan**  3:22 9:11
  9:17 22:3,4,9
  24:10 25:22,23
  26:5,12,19 48:18
  119:11
**mylan's**  22:22
  23:3 24:14 48:23
  49:7

**n**

**n**  2:1 3:1 4:1 5:2
  19:3 46:21 53:20
**n.w.**  3:4
**nadler**  53:20
  54:14
**nakul**  3:14 119:17
**name**  34:12 35:20
**name's**  9:16 60:11
**named**  19:1
**nanogram**  25:8,14
  25:23,23 26:5
  27:6,7
**nanograms**  11:11
  11:20 12:4,19
  16:13,20 19:12
  25:2,7,16 26:19
  28:17,20 33:6,7,9
  49:16
**national**  81:23
**ndea**  9:25 10:10
  10:15,21,25 11:5
  11:10,19 13:6,11
  13:25 14:4,7,22
  15:5,23 17:9,15
  20:3 21:24 22:21
  24:10 32:18 37:24
  38:3,7,14,16 40:16
  40:24 41:3 42:4,7

42:16 43:2 44:1,8
44:12,14,19,25
45:6,12,18,24 46:4
46:10,16,19 47:3
47:10 48:22 49:6
53:2 57:6,19,24
58:3,21 60:15
61:4,20 62:7 64:6
82:16,19 83:6,12
98:5 112:2 114:8
114:24
**ndma**  9:25 10:10
10:15,21 11:10,19
13:1,6,12 14:1,4,7
14:23 15:5,13,23
16:3,6,8,20 17:14
18:13 20:3,20
21:24 22:12 26:13
27:19 28:6 29:13
30:18 31:5,12,19
32:4,12,18 33:17
33:18,22 34:1,2
37:24 38:3,7,16
40:16,24 41:4,13
42:12,20 43:7
44:1 53:2 57:6,18
57:24 58:3,21
60:14 61:3,19,25
61:25 62:7,25
63:3,6 64:6,12
79:12 80:2 81:11
81:13,23 82:5,12
82:16,18 83:6,12
84:5,11,12 85:6
93:24,24 94:5,8,9
95:1,2,18,21,22,24
96:6,9,12,19,24
97:3,9 98:3,5,13
104:2 112:2,6
114:7,13,24 115:5
115:8,23 116:1,4

**ne**  3:9
**necessary**  88:7
  92:11 109:8 123:6
**neck**  58:19
**need**  20:1 23:15,24
  39:20 51:22 52:15
  55:20 61:3,19
  108:18,19 115:10
  115:13
**needed**  47:22
  65:24 116:15
**needs**  20:8 56:6
**negate**  112:21
**neither**  120:9
**neurology**  66:12
  66:16,21,25
**never**  15:23 16:2
  16:18 17:8 24:9
  38:13 43:16 72:23
  73:14,22 97:16
  100:23 101:2,7
**new**  1:1 2:10 3:15
  4:15 66:8 113:18
**newark**  4:15
**nigh**  2:3 10:2,7
  11:12,23 12:6,20
  13:7 14:13,25
  15:6 16:17,25
  17:5 18:21 19:15
  19:17 20:5 21:10
  21:17 24:2 25:17
  27:8,13 29:4
  30:13 31:2,22
  32:7,21 33:13
  34:17,20 35:25
  36:6 37:16 38:9
  40:4,18 41:6,15,25
  44:5 48:1,14,25
  49:3,4 50:6,10
  51:1 52:18 53:5
  54:19 55:3,11,14

RESTRICTED CONFIDENTIAL

[nigh - opine]                                                          Page 15

55:22 56:1,8,17
60:1,18 61:6,22
63:10 64:9,18,21
68:11,21 72:12
73:1 77:7 79:16
79:21 82:24 85:9
85:16 88:22 89:18
89:20 90:18 92:21
93:14 96:20 98:7
98:18,22 99:8,14
100:25 103:24
104:7 105:15
106:9 108:11
110:5 111:3,15
112:3 114:9 115:2
115:24 116:23
117:3,10 118:9,19
121:1
**nine** 50:23 65:2
**nitrites** 81:7,8
82:12
**nitrosamine** 12:22
19:21 25:7,15
30:7 32:17 33:11
34:15 35:21 37:12
39:12,18 40:2
42:24 49:15 56:19
56:22 82:3
**nitrosamines**
10:20 12:3,18
13:18 17:21 18:3
18:10,19 19:13,25
26:7,10 28:15
35:1 37:5 40:10
40:15 43:12,18,22
43:25 51:20 52:13
55:18 56:11,22
81:12,25 82:11,16
82:18 95:2,14
**nitroso** 19:7 95:2

**non** 69:16
**nonacademic**
70:19
**nonalcoholic**
13:13
**nonresponsive**
27:2
**nonsmokers** 13:1
**north** 4:20
**notary** 120:4
123:13,19
**note** 47:4,9 69:8
121:10
**noted** 47:21 123:7
**notes** 120:8
**notice** 8:8
**nshah** 3:16
**null** 92:4,12
103:19,22,25
104:4,8,13,14
105:2,6,9
**number** 6:2 12:9
37:10 60:4,8 62:3
65:14 74:15,16,17
89:9 93:4,8
101:23 102:4,15
102:20 103:1,4,7
**numbers** 56:5
109:15
**numerous** 96:21
**nw** 2:15
**ny** 121:15

**o**

**oath** 12:16 30:12
**object** 15:6 16:17
17:3 24:3 25:17
25:17 27:8,13
29:4 30:13 31:2
31:22 32:7,21
33:14 34:20 35:25
38:9 40:4,18 41:6

41:15,25 44:5
48:1,14 50:6,10
51:1 52:18,19
54:19 55:3,11,22
56:1,17 61:6 64:9
73:1 85:16 93:14
96:20
**objection** 10:2,7
11:12,23 12:6,20
13:7 14:13,25
17:5 18:21 19:15
20:5 21:10,17
24:3 27:1 37:16
41:19 53:5 60:18
61:22 63:10 68:11
68:21 72:12 77:7
82:24 85:9 88:22
89:18,21 90:18
92:21 98:7,22
99:8,14 101:1,3
103:24 104:7
105:15 106:9
108:11 110:5
111:3 112:3 114:9
115:2,24
**objections** 16:23
64:22 118:4
**observable** 113:21
114:2,7
**observation** 99:22
**observational**
44:10,17,23 45:4
45:10,16,22 46:2,8
46:14 104:11
105:7
**observations** 47:4
51:12
**observe** 57:4
**observed** 23:3
24:14 103:19

**obviously** 38:6
52:1
**occasion** 72:14
**occasions** 64:25
**occupational**
60:24 64:15
**occur** 52:1 106:11
**occurs** 17:22 18:3
**offer** 57:18,23
58:2,20 72:24
**offering** 79:11
**office** 117:19
**okay** 9:21,22
11:17 17:5 24:15
24:16 34:20 39:11
43:1 50:22 52:25
53:9,19 55:7
58:11,20 59:4
67:24 75:13,24
79:2,5 80:25
84:14 85:21,21
86:5 89:6,13 90:4
90:15 92:23 94:12
97:7 98:22 101:13
106:22 107:19
109:17 111:19
117:3,25 119:20
**once** 86:7
**oncologist** 50:18
**ones** 52:2
**onset** 51:25
**open** 21:13
**operate** 104:4
**ophthalmologist**
67:16
**ophthalmologists**
67:8
**ophthalmology**
66:20 67:2,4,7
**opine** 97:1,2

RESTRICTED CONFIDENTIAL

[opinion - pills]                                                          Page 16

**opinion**  44:1 52:25
  57:18,23 58:2,9,21
  77:10 79:11 85:3
  98:2,4,9
**opinions**  101:15
  111:6,13,25
**opposed**  71:11
**option**  59:4
**oral**  56:19 58:5,8,9
  58:11,13,15 98:13
  98:15
**orally**  98:13
**order**  16:12 28:17
  51:18 119:5,12
**organs**  63:5,6
**orient**  79:5
**oriented**  70:12
**original**  11:3 42:6
  42:11 80:3
**outcome**  105:25
  120:11
**outcomes**  54:9
  113:22
**output**  80:24
**outset**  15:9 22:2
**outside**  95:5,18,24
  96:6,17 118:1
**outweigh**  91:13
**outweighs**  91:18
**overall**  89:11
**overly**  110:2
**oxford**  3:20
**o'reilly**  4:13

**p**

**p**  2:1,1 3:1,1 4:1,1
  5:2,2 103:9,15,17
  103:20
**page**  6:2 7:1,3,6,9
  7:12 8:4,5,6,7,8,9
  8:10 10:17 22:15
  22:16 48:19,21

69:6 79:7,8,15
  80:15 82:7,20
  83:8,14 84:15
  88:5 109:14,14
  122:4,7,10,13,16
  122:19
**paid**  74:13
**pancreatic**  46:17
  47:2,11 102:16
**papantonio**  2:3,4
**paper**  11:15 12:8
  18:25 19:4,11
  25:5,14 46:20
  47:3,7,9,13,21
  53:20 54:14,22
  55:7 56:6 84:23
  100:22 111:14
**papers**  18:24
  35:23,23 47:17
  51:8,12 100:1
**paragraph**  113:7
**parameters**
  102:10
**parametric**  54:4
**parkway**  2:21
**part**  10:23 13:3,4
  19:18 22:11 23:1
  28:4 67:9 84:20
  104:21 108:15,21
  115:18
**participated**  42:23
  43:1,4,6
**particular**  52:6
**parts**  22:22,23
  23:3,21,21 24:15
  24:24 98:15
**party**  120:10
**pass**  59:21 63:19
**patient**  26:5,18
  27:16,24 106:5,8
  106:11,15

**patients**  25:25
  51:25 102:14
  105:12,14
**patrick**  2:14
**pc**  4:18
**pcgallagher**  2:17
**pde**  39:18 40:3,24
  41:4
**pdf**  86:10
**pediatrician**  67:15
**pediatrics**  67:13
  67:25
**peer**  11:9 41:2
  42:15,19 49:13
**pen**  84:23
**pending**  75:6
**pendley**  2:4
**pennsylvania**  2:21
  3:21
**pensacola**  2:6
**people**  26:11
  27:22 28:4 64:23
  100:11 102:23,24
**percent**  27:11
  28:14,20 31:18
  32:3,9,18 34:16
  35:5,9 37:13
  99:22
**perfect**  20:7 48:3
**period**  26:1,23
  30:22,23 33:19
  34:16 37:13 49:25
  50:3,8,11,24 52:7
  52:10,15 53:17
  54:16,21 55:1,8,25
  56:7 62:9 94:4
  112:7 114:13
  115:9
**periods**  49:22
  53:18 54:5

**permissible**  39:4,6
  39:12,15 40:15
**permitted**  16:23
**person**  14:24
  27:20,20 28:5
  35:6 61:3,18 62:5
**personally**  11:2
**pertinent**  78:19
**pesticides**  10:15
**pharma**  2:23
**pharmaceutic**
  2:17,18
**pharmaceutical**
  73:15
**pharmaceuticals**
  3:6,11 4:6 48:18
  74:1
**pharmacists**  69:16
**pharmacoepide...**
  71:11,14
**pharmacology**
  43:15 66:14 68:9
  68:14,14,19,25
  69:9,13,15,17,19
  69:22 98:25
**pharmacy**  5:7
  70:12 71:12
**pharmd**  69:8,11
  69:16,21 70:1
**pharyngeal**  57:2
  58:4,7,10
**pharynx**  58:16,18
**phrased**  35:16
**piedmont**  3:9
**pietragallo**  3:18
**pietragallo.com**
  3:22
**pill**  62:6,7,9,14
  98:16
**pills**  62:18 79:12

RESTRICTED CONFIDENTIAL

pittsburgh  3:21
pizzi  4:13
place  22:5,10,15
   95:9 120:6
plaintiff  14:6,23
   17:13 72:25 73:25
   74:25
plaintiff's  21:23
   118:20
plaintiffs  2:7,12
   42:10 43:9 74:4
   74:12 76:3 77:2
plausibility  97:25
   99:6,7,12 108:16
plausible  41:13
plausibly  15:15
please  9:20 16:23
   17:4 31:24 63:12
   69:7 82:20 84:15
   89:15 94:1 109:14
plus  27:25
point  25:22 56:15
   65:1 68:1,2 96:6
   108:5
points  113:21
population  26:8
   26:10,15,17 28:2
   33:25 51:23 52:2
   52:3 95:15
portrayal  57:8
portrayed  36:14
portraying  48:3
   73:3
poses  64:7
position  68:8,10
   68:18 69:4
possible  11:14,15
   11:22 26:23 43:17
possibly  54:10
   70:14

post  70:23
postdoc  71:10,12
posting  78:4
potential  18:12
potentially  26:24
   97:13
pottegard  20:15
   51:6,12 52:11
power  105:5
ppm  23:7
precise  102:1,19
precision  102:3
   103:4
predicted  19:21
preliminary  47:5
   47:11,22 48:4
presence  20:4
present  5:8 36:12
presented  77:10
   106:5
presenting  110:11
presently  66:11
   75:21
pretty  28:3
princeton  3:15
prinston  2:17
print  86:7
printout  80:21,23
prior  17:15,22
   43:9 67:12 76:2
   77:3 85:1 91:6
probability
   103:18
probably  24:1,1,5
   26:16 59:20 62:19
   73:17,19 95:17
   117:24
process  72:14
product  22:12
   23:4 24:10,14
   78:14

production  7:5
   76:8
products  1:3
   22:22 40:3 98:6
professional  43:12
professor  67:2,21
   67:21,25
program  69:11,12
   69:19 70:5,12,16
   70:24
projects  71:19
promoter  97:14
promoters  97:17
   97:20
proportional
   103:1
prospective  47:23
   48:5,11
prostate  46:5
protective  100:10
provide  15:13
provided  22:14
   76:3 77:2
providing  12:16
public  120:4
   123:19
publication  46:24
publications  66:7
   66:9
published  11:8
   19:1 41:2 42:14
   42:18 46:3,15,23
   97:17
pubmed  81:23
   85:6 86:20
pull  76:6
pulled  88:20
purchase  86:16,21
purchased  86:23
purposefully  72:3

purposes  24:13
   44:16
pursue  70:13
push  62:20
put  35:13 63:7
   65:11 69:14,17
   84:23 85:6 111:18

q

qualify  97:14
quantification
   63:7
quantified  84:6
quantifies  15:4
quantify  10:24
   14:12,22 60:16
   90:1
question  9:21,24
   11:24 12:11,15,15
   14:15 15:13,16,18
   15:20 16:13,15
   18:2 28:23,25
   29:1,1,9,9,10,12
   29:13,21,23,24,25
   30:3,6,10,21 31:1
   31:4,6,10,13,24
   34:5,10,18,22 35:2
   35:11,17,19 36:2,3
   36:5,8,14,17,17,18
   37:18 38:11,15,17
   41:12 48:6,10
   50:19,20 53:13
   54:7 56:10,16
   62:24 63:1,12
   68:17 73:6 83:4
   87:12 89:14,15
   93:15 94:1,11,20
   96:1 98:20,25
   105:14,17 107:5
   108:13,14,14,19
   108:25 109:2,3,5,6
   111:21 112:6,9,12

**[question - rereading]**                                                                 Page 18

112:17 114:11,12
115:4,6,7,14 116:2
116:3,9,10,11,14
117:11
**questionnaires**
106:12
**questions** 7:11 9:9
9:18 15:10,22,25
24:13 42:4 60:12
60:14 64:2 96:21
107:7 116:19,24
118:11
**quick** 23:11
**quickly** 64:3
**quite** 29:22 54:21
112:24,25
**quote** 78:6 97:17

**r**

**r** 2:1,9,15 3:1 4:1
5:2 53:20 120:1
122:3,3
**rafferty** 2:3
**raising** 65:2
**randomized**
104:16,24 105:4
**range** 16:6 22:22
23:6,16,20 60:22
60:25
**ranges** 22:12
**ranitidine** 75:5,14
**raspanti** 3:18
**ratio** 92:7,10,12
100:19 101:9
**raton** 2:16
**rbk** 1:6
**reach** 63:8 98:16
**reached** 94:3
**reaching** 59:3,6
**read** 8:8 12:8
35:23 36:6 47:15
47:15,17,18 63:14

63:15 82:9 83:24
83:25 86:10 97:12
113:23 118:22
121:9 123:5
**reading** 18:15
111:13
**readings** 98:1
**really** 30:4 31:7
60:20 61:13 69:15
70:16 74:22 91:14
94:19 105:8 109:2
114:16
**reason** 26:11
64:19 70:18,19
74:6 95:11 117:13
121:11 122:6,9,12
122:15,18,21
**reasonable** 61:17
**reasons** 70:4 73:21
74:10
**recall** 15:11 19:3
20:21 40:23 47:16
47:18 66:5 70:9
74:11,15 88:3,14
94:17,20,24
101:16
**receipt** 121:18
**received** 69:7,21
**receives** 10:25
**receiving** 33:4
**recognize** 107:19
**recollection** 24:8
99:19
**recommended**
26:2,22 48:12
**record** 9:4 60:5,9
76:16,18,23 87:20
87:23 88:1 92:25
93:5,9 117:4,4,6,9
**recovery** 118:7

**reefer** 3:19
**refer** 77:20
**reference** 22:4,9
84:11 95:12
**referenced** 121:6
**references** 37:7,11
**referred** 88:11
**referring** 33:16
109:18 113:2
**regard** 84:3 88:13
101:15
**regardless** 15:14
**regular** 37:24
119:9
**regulatory** 72:1
**reintroduce** 63:24
**related** 81:6 102:5
103:6 104:15,24
120:10
**relates** 1:4
**relation** 34:6
36:13
**relations** 64:14
**relationships**
109:25 110:3
115:20
**relative** 88:7
101:14
**relatively** 9:24
**relied** 39:13 77:11
**remaining** 116:18
**remember** 11:14
19:9,13,16 20:16
20:18 21:2 22:24
23:5,10 111:17
**remotely** 117:17
**repeat** 9:21 31:23
48:25 63:11 94:1
104:19,22
**rephrase** 9:20

**report** 10:15,17
15:3 16:5 18:16
18:25 22:10,15
23:13,20 25:6
29:3 30:16,19
34:7,12 36:7 37:7
37:8 48:21 49:6
50:23 56:21 57:4
57:21 58:6,17
64:5 77:9,10 78:8
78:17 80:12,13
84:23 85:1 87:9
88:4,11 97:12,25
104:5
**reported** 31:18
32:3 44:18 46:9
47:10 88:7
**reporter** 1:16,17
8:9 22:6 25:9
63:13 81:15 86:25
87:19 92:24 97:19
104:18,23 118:17
118:24 119:15,20
120:4
**reporting** 105:13
105:21 106:8,10
**reports** 22:18
**represent** 9:16
24:12 54:13 64:1
**representation**
54:25 110:3
**representing**
28:20
**request** 7:1,5
**requested** 63:16
**required** 86:20
123:13
**requires** 38:18,24
108:15,16,22
**rereading** 113:24

RESTRICTED CONFIDENTIAL

**[research - selected]**                                                                                     Page 19

**research**  11:3 13:4
  13:17 18:1,8
  19:19 34:13 40:20
  41:1,21 42:6,11
  44:16 64:4 67:9,9
  70:13 71:18 73:11
  78:13 104:5
**researched**  16:2
  17:8,20 43:16
**researchers**
  113:19
**researching**  43:24
**respect**  32:13
  64:13 73:9 95:10
  96:24 115:5
**respiratory**  68:1
**response**  32:11
  33:17 34:4,6,8,23
  35:3,10 36:11,12
  36:15,17,19 37:21
  64:14 109:19,25
  110:2,21 112:24
  117:11
**responses**  112:22
**responsibilities**
  66:15,19
**restricted**  1:9 82:4
**result**  28:21 94:5
  120:11
**resulted**  110:20
**results**  25:1 85:7
  85:11,12 103:18
**retain**  73:20
**retained**  15:12
  17:23 42:5,10
  43:18 73:14,21,24
  74:4
**return**  121:13,17
**review**  15:12,17
  29:15 31:16 32:1
  44:2,8,10 56:21

65:22 78:7 80:1
  91:6 108:25 121:7
**reviewed**  11:9
  17:12 41:2 42:15
  42:19 49:13 78:13
  82:23 83:5,11
  84:22 86:4 98:1
**reviewer**  66:21,22
**reviewing**  78:20
  83:22 84:18 105:7
**revised**  65:20
**right**  10:17 13:6
  14:1,4,8,12,24
  15:23 16:4,11
  17:10,16 18:15,20
  19:10 20:4,12,14
  21:8,16,21,25
  23:17,19 24:10,11
  27:7,12 29:3
  30:12 37:3 39:23
  40:12,14,21,24
  41:14,24 43:23
  44:3 46:22 49:16
  50:15,18 51:8,21
  52:16,23 54:18,21
  55:21 56:16 57:8
  62:3 67:16,22
  68:5 69:20 72:1
  82:12,13 88:8,11
  90:13 92:8,19
  93:20 97:22 99:20
  111:15,16 117:24
**rightfully**  100:6
**ring**  40:21 53:23
**risk**  26:24 28:7,22
  29:14 30:9,24
  31:5,12,14,20 32:5
  32:19 33:12,19
  34:14 35:6,22
  36:21,21 37:5,14
  41:5 46:19 49:14

51:21 52:15 53:4
  55:20 56:12 57:5
  57:19,25 58:4,22
  60:15 61:5,20
  62:1,8,15 64:8
  73:18 88:7 101:14
  104:1 112:14,15
  114:15
**risks**  94:8
**risperdal**  74:12
**rite**  4:11 119:8
**road**  3:9,14
**role**  64:20 77:4
**rolled**  117:20
**rooney**  4:18
**rosemarie**  2:9
**rosemarie.bogden**
  2:11
**roszel**  3:14
**route**  15:14
**rubber**  93:12

**s**

**s**  2:1 3:1 4:1 5:2
  6:1 19:3 81:18
  122:3
**sample**  101:20,22
  101:25 102:6,13
  102:18,20,22,25
  103:3,5 104:17,25
**sara**  2:4
**satisfied**  114:24
**satisfy**  90:21
**saved**  86:11
**saying**  35:4 36:23
  85:8 94:24 96:7
**says**  35:20 110:6
  114:1 115:19
**scale**  113:22
**scenario**  48:3
**scheduled**  75:25

**scholar**  78:18
**sciegen**  4:6
**science**  56:13 74:5
  98:1
**scientific**  12:5,8
  31:16 32:1 61:17
  107:24 108:3
**scientist**  42:25
**scope**  114:19
**screen**  107:13
  111:12
**scroll**  79:6
**search**  6:4 29:20
  77:11,20 78:7,15
  78:21 80:3,10,22
  80:24 81:11 82:2
  83:22 85:13 86:19
**searches**  78:10
**second**  69:6 79:6
  87:20 92:16 93:1
**secondary**  94:8
**seconds**  116:6
**section**  58:17
  59:10 97:25
**see**  12:9 27:4
  64:17 65:19 69:5
  70:14,25 72:19
  79:7 80:14 86:13
  100:10 105:9
  106:18 107:17
  109:17,21,24
  110:17
**seeing**  40:23 79:3
**seek**  71:19
**seen**  21:1 56:5
  63:23 64:24 68:7
  107:20 109:19
**select**  78:14
**selected**  69:23
  82:17

selecting 78:7
self 69:23 105:13
  105:18,21
sense 84:12
sent 35:24 121:14
sentence 113:18
sentry 2:21
separate 69:12,12
september 120:14
  121:3
series 107:7
service 87:4
set 76:5 77:6 78:5
  94:10 112:17
  114:11,12 115:7
  115:13 116:14
  119:2 120:13
shah 3:14 119:17
  119:17
share 107:13
sheet 121:11
shift 65:9
shifting 93:18
short 35:21 41:3
  49:15 51:13,24
  52:4,12 60:6,12
  76:19 87:24 93:6
  117:7,12
shorten 109:4
shorter 51:25 52:7
  70:6
shorthand 120:3,8
show 22:12 73:18
  105:24 113:7
showed 94:7
showing 110:22
shown 34:6,8
sic 69:11
side 116:24 118:20
sign 8:8 121:12

signature 120:15
signed 121:20
significant 28:22
  30:9,24 31:9,20
  32:5 44:11,19,25
  45:6,12,18,23 46:4
  46:10,16 49:14
  57:5,8,9
similar 26:16 63:1
simple 9:24 27:12
  38:19
simplistic 110:2
simply 50:16
  51:19 66:6 67:18
  103:17
single 19:13 31:17
  32:2 49:12 62:6
sir 65:16 66:10
  67:11 69:7,25
  70:8,19 71:7,18
  72:5,22 74:11,20
  75:1,8,11,25 77:18
  79:5 82:9 83:23
  84:8 87:12 89:3,4
  89:17 90:9,13
  92:14 93:18 94:14
  96:19 97:18 99:7
  101:13 103:17
  104:6 107:8 108:5
  109:17,18,21
  110:4 111:9
  113:25 115:19,23
  116:8,18 117:1
sit 12:15 32:15
  53:13
sitting 24:9
situation 73:4,5
  102:25 106:19
situations 103:2
six 53:10

sixth 109:14
size 91:20 101:20
  101:22,25 102:6
  102:13,18,20,22
  102:25 103:3,6
  104:17 105:1
slide 86:6
slight 35:21
small 101:20
  103:3
smokers 11:18
  12:3,18,22,25
solco 1:5 2:18
solutions 121:23
somebody 13:22
  35:4,9 102:15
somebody's 95:21
sophisticated
  38:25 100:16
  112:24 115:13
sorry 22:6 25:9
  34:17 57:12,16
  79:19,25 81:15
  92:25 94:11
  104:18,19 118:7
sort 26:4,6 32:11
  48:2 54:9 57:8
  61:13 62:2 64:11
  64:14 72:15,16
  73:3,7 75:17 85:2
  86:12 90:22
  100:14 103:1
  106:18 108:17
  111:11 114:19
  115:6 117:18
sorts 90:11
source 71:25
sources 40:11
south 2:5 4:9
speaking 10:3,8
  12:25 16:22 20:13

56:6 64:20,22
  115:8 117:22
special 69:21
specialties 68:5
specific 11:14
  12:14 29:21 31:11
  43:24 49:17,18
  50:15 60:21 61:13
  62:2,2 69:19
  81:24 91:15 105:8
  105:17 106:16
  108:19 112:12,17
  112:19 115:4
  116:10
specifically 12:24
  42:4 43:21 44:8
  44:13 50:1 51:2
  56:18 58:7,10
  64:10 69:18 71:3
  71:7,10,13 82:5,18
  115:12
specifics 105:23
specified 20:21
specify 114:16
spelled 19:3
spoke 26:9 79:23
  90:20
stable 28:3
standing 119:12
stands 39:10 81:18
  81:19
start 9:15,23 17:4
  25:11 64:3 86:14
  91:24 104:12
started 70:1 82:2
  96:6
starting 72:10
  73:5
starts 113:8
state 4:4 48:7 69:8
  69:11,14 70:6,7,21

RESTRICTED CONFIDENTIAL

[stated - teaching]                                                    Page 21

**stated** 47:6 66:2

**statement** 30:5
47:18 61:14 78:8
84:7 110:7,10
111:9 116:13

**statements** 114:19

**states** 1:1 24:22
115:18

**stating** 15:11

**statistical** 44:24
54:4,7,10 90:24
110:18 113:3
115:11

**statistically** 28:22
30:8,24 31:8,20
32:5 44:11,19,25
45:6,11,17,23 46:4
46:9,16 49:14
57:5,7

**stayed** 74:25

**stenotype** 120:4

**stephen** 3:3

**steve** 63:25 76:7
107:1

**steven** 3:8 116:25
117:10

**stick** 87:7

**stipulations** 7:8

**stomach** 45:1 50:4
50:20 54:17 55:20
92:15

**stop** 85:24

**storms** 117:20

**straightforward**
9:24

**strategy** 77:12
85:13

**street** 2:5 3:4,20
4:4,9,14,19 5:5

**strengths** 91:13,17

**strike** 27:2 73:22
92:17 110:14
113:16

**stringent** 70:15

**studied** 43:16 99:5

**studies** 11:8,18,21
12:2 18:16,18
19:19 20:15,20
32:10 33:10,20
34:7,25 35:12
36:12,19 37:21
39:14 42:15,19,22
42:23 43:2,6,20
46:14 51:6 52:12
57:9,11 60:19
64:15 72:3 73:18
77:11 82:5,15
85:12 90:11 96:25
98:2 101:10
104:11 105:7,11
108:6,7,7,8,18,23
109:1,7 110:1
112:21,23 113:4
114:17 115:11

**study** 14:15 20:7
20:25 25:20,20
27:17 31:18 32:3
32:9,15 34:12
35:20 38:19,25
43:5 44:10,18,24
45:4,10,16,22 46:2
46:8,18 47:23
48:6,11 49:12,17
51:13,17,17,23
52:2,3,8,10,16
53:2,16,18 55:18
55:21 56:3,19,20
60:23,24 72:10,15
72:24 88:20 93:11
93:24 94:3,4,7,10
95:13,13 97:4,5

99:17,23 101:3
102:15 103:19,23
105:5,19,23 106:2

**studying** 43:24
102:15

**sub** 99:18 100:2,13
100:14,19 101:8

**subject** 61:20 63:6
71:19 81:18,20

**subjects** 33:21

**submit** 76:25

**subscribed** 123:14

**substance** 97:10

**substantial** 28:21

**sufficient** 47:24
49:8

**suggest** 11:9 12:3
12:17 18:18 19:20
22:21 33:10 37:12

**suggesting** 11:18
18:9 36:24 40:24
41:3

**suggests** 13:18

**suite** 2:10,15,21
3:4,9 4:19 5:5

**summarize** 41:9

**support** 49:13

**supports** 41:12

**sure** 13:24 48:3,5
49:2 53:17 59:24
65:1 67:23 74:16
81:9 84:24 86:1
91:7 93:2 95:25
99:11 106:4
107:21 118:24

**survey** 106:6

**surviving** 100:11

**sworn** 123:14

**synthesized** 80:5

**systematic** 29:15
80:1,9 85:19

**systematically**
72:7

**systemic** 62:25
63:1,3,9

**systems** 98:12,12

**t**

**t** 3:3 6:1 120:1,1
122:3,3

**table** 8:1 88:4,18
88:21 91:23 92:1
92:4,6,7

**tablet** 98:14

**tablets** 64:6

**tag** 81:24

**tagged** 81:8,22,24

**take** 33:18 50:13
59:1,8,12,18,22,24
60:1 61:3 71:15
76:11,13 94:15,23
95:8,9 100:9
106:13 107:4
119:8

**taken** 1:13 33:22
60:6 61:19 76:19
87:24 93:6 117:7
120:6

**takes** 63:8 94:22
100:16

**talk** 58:7 112:11
112:13

**talked** 16:1 36:25
37:23 40:9 48:17
51:4,5 60:13
88:24 101:13,14

**talking** 14:14
17:18 33:2 60:17
88:4 91:4 102:12
113:2 114:15

**teach** 69:1

**teaching** 68:24

RESTRICTED CONFIDENTIAL

[technical - true]                                                        Page 22

technical 53:13
  54:6 113:19 115:4
techniques 110:19
tell 21:22 23:12
  35:19,24 37:10
  50:17 51:19 52:13
  59:14 94:2 101:1
telling 20:22 21:3
  21:13 56:14
ten 50:13 60:2
term 41:3 49:15
  82:3 90:12 91:11
  116:3
terminologies
  78:19 81:6,22
terminus 3:9
terms 106:19
testified 70:1,3
  71:20 72:8 74:18
  88:5 94:14,22
testifying 17:4
  74:11 94:20
testimony 12:16
  16:18 17:1 20:19
  63:15 70:8 84:7
  85:5 88:14 94:17
  101:17 121:9,18
  123:8
testing 19:20
teva 3:6,11 4:16
  64:1
thank 49:3 63:18
  63:20 71:16 76:12
  80:16,25 89:13
  92:14 96:3 97:7
  101:4 107:11,19
  109:10 110:8
  116:16,19,22
  118:6,9,11,13,15
  118:16

therapeutics 66:14
  68:15
thereof 120:12
thing 36:24
things 14:19,20,21
  20:18 51:10
think 10:14,17
  12:10 13:3,16
  15:21 16:11,22
  17:2 18:24 19:6
  21:18 22:5 28:12
  30:4 33:15 34:4,4
  34:21,22,22 35:7,7
  36:16,25 40:8
  51:10 57:7,16
  59:20,20 65:10,14
  70:16 75:15 89:11
  89:13 91:17 93:14
  94:25 95:7,11
  96:8 100:24
  108:18,24 109:13
  110:11 111:10
  114:18 115:3,12
  116:18 117:15,24
  118:12 119:2,11
thornburg 4:8
thorough 80:8
  85:18
thought 57:15
  92:18
three 4:14 51:18
  52:4 60:23 61:4
  112:8 113:16
threshold 38:6,7
  38:13,16,17,20
  114:4,25 115:3
time 9:1,8,8 13:16
  13:16 17:15,22
  26:1,23 29:14
  30:18 31:5,14
  37:14 43:9 47:24

51:22 52:11,16
  54:11,12,12 56:15
  60:3,7,15,16 61:18
  62:1 73:7 76:17
  76:22 84:18,25
  85:2 87:22,25
  93:3,7,15 95:8
  101:9 114:13
  116:18,20 117:5,8
  118:10,12,13,14
  120:6 121:19
timeframe 121:8
times 53:21 54:15
  103:8
timing 72:17
  117:16
tissue 98:12
title 67:1,18,20,21
  67:23 83:25
today 12:16 24:9
  32:16 117:21
today's 118:15
told 20:24 22:2
  30:11 52:9,22
tool 89:9
tools 113:18
  115:13
top 23:10 65:18
  79:15 111:22
topic 54:22 57:22
  75:17 88:25 105:8
topics 75:20,23
  114:20
toronto 71:2
total 19:21 27:11
tower 4:19
toxicologic 97:2
toxicological 97:3
  109:1
toxicologist 96:15

toxicology 98:25
  108:7
track 69:13
trade 4:19
training 67:3 68:4
  96:18
transcript 118:23
  119:19 121:6,20
  123:5,8
transcription
  120:7
transferred 67:19
traurig 3:3,8
  63:25 119:5
trial 104:16,25
  105:4
tried 86:9
trischler 3:19 8:5
  9:12,16 10:4,9
  11:16 12:1,12
  13:2,9 14:17 15:2
  15:8 16:22 17:2,7
  18:23 20:9 21:11
  21:20 22:8 24:7
  25:11,12 27:1,3,10
  28:11 29:17 30:20
  31:15,25 32:14
  33:1 34:9,19
  35:15 36:3,22
  37:22 38:12,21
  40:7,22 41:8,17
  42:2 44:6 48:8,16
  49:2 50:7,14 51:3
  52:21 53:8 54:23
  55:6,23 56:24
  58:25 59:5,11,19
  119:10,10
trouble 9:19
  107:15
true 10:6,21 27:18
  37:25 39:6 47:8

47:20 66:2 88:23
104:10 105:3,4
110:12 120:7
123:8
**trust** 19:24
**try** 15:17 18:1
27:4 34:11 86:23
106:4
**trying** 14:19 26:14
28:1,9 37:3 97:24
108:13 115:22
**tumors** 79:10,13
83:5
**turn** 9:10
**two** 13:16 70:23
70:23 75:14,21,23
76:13 85:23
116:20
**type** 29:9,25 37:19
63:1 80:10 112:12
112:13,14 114:17
114:17 116:10
**types** 50:16,23
53:14 57:1,10
80:2,3,9 85:3 94:9
109:7

**u**

**u** 53:21
**u.s.** 1:5 2:18,18
28:3
**ubc** 68:19 70:11
70:19,22 77:17
**ubiquitous** 10:1
40:10
**umbrella** 82:3
115:6
**unaware** 97:9
**uncovered** 34:13
**understand** 14:18
22:20 28:12 31:8
41:10 58:13 59:9

69:15 81:3,10
96:4 105:14,16
106:6 112:1 113:1
**understanding**
110:19,25 114:25
**understood** 18:7
29:18
**undertaking** 14:15
**undertook** 15:17
**undoubtedly** 21:7
21:8
**unit** 60:4,8 93:4,8
**united** 1:1 24:22
**university** 69:8
70:2,21 71:2
**unmeasured** 88:6
88:16,19,24 90:1
90:21 91:21 92:2
92:11,16
**unquote** 78:6
97:17
**updated** 65:20
**upload** 76:11
111:17
**upper** 23:16
**ups** 61:10
**use** 21:24 22:3
83:21 91:15 94:8
94:9
**useful** 72:11
**usually** 50:12 66:8
102:21 108:16
**uterine** 57:3 58:22

**v**

**v** 1:5 74:6 121:4
122:1 123:1
**valsartan** 1:2
17:16 20:1 21:25
24:19,21 28:6
48:23 49:8 51:20
52:14 53:3 55:19

56:11 61:4,19,25
62:7,15 64:6
79:12 98:5 121:4
122:1 123:1
**value** 27:18 88:10
88:13 89:4,7,8,17
90:17,23 91:3,7
92:2,9,18 103:9,15
103:17,20
**valued** 88:15
**vancouver** 1:14
**variability** 102:8
**variables** 102:3
**variety** 113:20
**various** 71:21
78:12
**verify** 121:9
**veritext** 1:12
121:14,23
**veritext.com.**
121:15
**version** 119:19
**versions** 86:10
**versus** 19:7 31:14
32:13 36:20 94:9
96:2 108:3 114:14
**video** 117:22
**videographer** 5:10
9:1 60:3,7 76:17
76:22 78:25 87:22
87:25 93:3,7
117:5,8 118:14
**videotaped** 1:12
**virtual** 1:12
**virtually** 10:5
**void** 92:4
**volume** 1:9

**w**

**w** 53:21
**waiting** 79:1

**wallack** 3:13
**walsh** 4:13,13
**walsh.law** 4:16
**want** 19:25 20:6
28:23 33:9 36:15
42:3 44:8 53:16
56:4 59:13,22
61:13 73:19 75:9
100:15 101:25
104:9,16,22,25
105:5,25 111:10
113:7 117:12,13
118:18,19,22,22
119:6,13,14
**wanted** 21:6 55:15
55:16 70:13 71:22
85:18 96:1 115:14
**warned** 103:14
**warrants** 108:25
**washington** 2:10
3:4
**water** 10:11,16
**way** 21:6 35:1,13
35:16,17 36:13,14
36:19 37:17 56:25
62:23 64:18 75:19
91:19 106:4
112:23 120:11
**we've** 33:2 40:8,9
96:8
**weather** 117:25
**wednesday** 1:13
**week** 117:15
**weibull** 53:21,24
54:3,14
**weighted** 77:9
**went** 50:22 80:12
83:24 86:2
**werner** 2:20
**west** 4:19 5:5

RESTRICTED CONFIDENTIAL

**[whereof - zoom]**                                                                     Page 24

**whereof** 120:13
**whichever** 86:3
**wide** 101:16,19
**widely** 89:12
  91:19
**width** 102:1,4
**willing** 61:16
**wise** 26:10
**wishes** 118:7
**withdraw** 94:12
**withdrew** 74:3,6
**witness** 10:3,8
  11:13 12:7,21
  13:8 14:14 15:1,7
  17:6 18:22 19:16
  20:6 21:18 24:5
  25:19 27:9,14
  29:7 30:15 31:4
  31:23 32:8,24
  33:15 34:21 36:10
  37:17 38:10 40:5
  40:19 41:7,16
  42:1 48:2,15
  50:11 51:2 53:6
  54:20 55:4,12
  56:2,18 58:24
  59:1,9,15,21,24
  60:19 61:7,23
  63:11,17,19,20
  64:10 68:13 72:13
  73:2 76:13 77:8
  77:25 78:24 81:17
  85:10,17 87:3
  88:23 89:19,23
  90:19 96:23 98:8
  98:24 99:9,15
  103:25 104:8,21
  105:2,16 106:10
  107:4,10,14
  108:12 111:4,19
  112:4 114:10

  115:3,25 116:22
  120:6,13 121:8,10
  121:12,19
**wlaw.com** 2:22
**wording** 90:7
**words** 26:8 69:22
  71:4
**work** 10:23 13:4
  17:25 19:18 21:14
  21:15,22 23:1
  41:10 43:10,11
  44:22 45:3,9,15,21
  46:1,7,13 49:11
  84:20 90:23
**workers** 93:12,23
  94:4
**working** 74:8
  75:20
**worth** 62:17
**write** 22:18
**writing** 22:24
  84:25
**wrong** 35:8
**wrote** 10:14,17
  109:18

**x**

**x** 1:2,6 6:1 27:17
  27:19
**xi01658** 120:16

**y**

**y** 3:14 19:3
**yeah** 13:20 24:1
  59:11 60:1 105:2
**year** 33:8 60:25
  69:2 70:23 74:19
**years** 33:7 34:16
  35:5 50:13 51:18
  52:4,10 53:7,10
  54:17 55:9,21
  60:23 61:4 70:22

  70:23 99:22 112:8
  112:8,8
**yesterday** 15:9
  18:17 19:8 20:14
  20:19 29:8 51:6
  52:9,22 63:24
  65:5,10 70:1,10
  71:20 74:5 75:6
  84:4,7 88:3,25
  90:11 94:14 95:12
  97:5 101:13 103:9
  117:21
**york** 2:10

**z**

**z** 19:3 46:21
**zhejiant** 2:18
**zheng** 46:18,21
  47:3,21 48:11
**zmick** 5:4
**zoom** 1:12 2:1 3:1
  4:2 5:2

800-227-8440                                                                 973-410-4040