# EXHIBIT I

**THIS EXHIBIT CONTAINS CONFIDENTIAL OR RESTRICTED CONFIDENTIAL INFORMATION AND HAS BEEN SERVED VIA EMAIL.**

```
 1              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
 2                   CAMDEN VICINAGE
 3   IN RE: VALSARTAN, LOSARTAN       )
     AND IRBESARTAN PRODUCTS          )
 4   LIABILITY LITIGATION             )   MDL NO. 2875
     _____   )
 5                                     )   HON. ROBERT B.
     THIS DOCUMENT RELATES TO:        )   KUGLER
 6                                     )
     ALL ACTIONS                      )
 7   _____   )
 8
 9                     __ __ __
10             Tuesday, October 5, 2021
                       __ __ __
11
12              CONFIDENTIAL INFORMATION
13            SUBJECT TO PROTECTIVE ORDER
                       __ __ __
14
15
16              Remote Video-Recorded Oral
     Deposition of GEORGE JOHNSON, Ph.D.,
17   VOLUME 2, held at the location of the witness
     commencing at 9:14 a.m. BST on the above
18   date, before Michael E. Miller, Fellow of the
     Academy of Professional Reporters, Certified
19   Court Reporter, Registered Diplomate
     Reporter, Certified Realtime Reporter, and
20   New Jersey Certified Court Reporter
     No. 30XI00242200.
21
22                     __ __ __
23            GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
24               deps@golkow.com
```

Page 316

```
 1  REMOTE APPEARANCES:
 2    MARTIN HARDING & MAZZOTTI LLP
        BY:  ROSEMARIE RIDDELL BOGDAN, ESQUIRE
 3         rosemarie.bogdan@1800law1010.com
        1 Wall Street
 4      Post Office Box 15141
        Albany, New York 12212
 5      (518)862-1200
        Counsel for Plaintiffs
 6
 7    GOLDENBERGLAW
        BY:  MARLENE GOLDENBERG, ESQUIRE
 8         mjgoldenberg@goldenberglaw.com
           (present with The Witness)
 9      800 Lasalle Avenue
        Suite 2150
10      Minneapolis, Minnesota 55402
        (616)333-4662
11      Counsel for Plaintiffs
12
13    HOLLIS LAW FIRM
        BY:  C. BRETT VAUGHN, ESQUIRE
14         brett@hollislawfirm.com
        8101 College Boulevard
15      Overland Park, Kansas 66210
        (913) 385-5400
16      Counsel for Plaintiffs
17
18
19
20
21
22
23
24
```

Page 317

```
 1  REMOTE APPEARANCES:
 2    GREENBERG TRAURIG LLP
        BY:  VICTORIA DAVIS LOCKARD, ESQUIRE
 3         lockardv@gtlaw.com
           (present with The Witness)
 4      STEVEN M. HARKINS, ESQUIRE
           harkinss@gtlaw.com
 5      TARYN HARPER, ESQUIRE
           harpert@gtlaw.com
 6      Terminus 200
        3333 Piedmont Road NE, Suite 2500
 7      Atlanta, Georgia 30305
        (678)553-2100
 8      Counsel for Teva Pharmaceutical Industries Ltd.,
        Teva Pharmaceuticals USA Inc., Actavis LLC, and
 9      Actavis Pharma Inc.
10
11    GREENBERG TRAURIG LLP
        BY:  STEPHEN T. FOWLER, ESQUIRE
12         fowlerst@gtlaw.com
           (present with The Witness)
13      2101 L Street NW
        Suite 1000
14      Washington, D.C. 20037
        (202)331-1000
15      Counsel for Teva Pharmaceutical Industries Ltd.,
        Teva Pharmaceuticals USA Inc., Actavis LLC, and
16      Actavis Pharma Inc.
17
18    WALSH PIZZI O'REILLY FALANGA LLP
        BY:  CHRISTINE I. GANNON, ESQUIRE
19         cgannon@walsh.law
        Three Gateway Center
20      100 Mulberry Street, 15th Floor
        Newark, New Jersey 07102
21      (973)757-1017
        Counsel for Teva Pharmaceutical Industries Ltd.,
22      Teva Pharmaceuticals USA Inc., Actavis LLC, and
        Actavis Pharma Inc.
23
24
```

Page 318

```
 1  REMOTE APPEARANCES:
 2    BARNES & THORNBURG LLP
        BY:  KARA KAPKE, ESQUIRE
 3         kara.kapke@btlaw.com
        11 South Meridian Street
 4      Indianapolis, Indiana 46204
        (317)236-1313
 5      Counsel for CVS Pharmacy Inc. and Rite Aid
        Corporation
 6
 7    CIPRIANI & WERNER PC
        BY:  JILL H. FERTEL, ESQUIRE
 8         jfertel@c-wlaw.com
        450 Sentry Parkway
 9      Suite 200
        Blue Bell, Pennsylvania 19422
10      (610)567-0700
        Counsel for Aurobindo Pharma USA Inc.
11      and Aurolife Pharma LLC
12
13    FALKENBERG IVES LLP
        BY:  MEGAN A. ZMICK, ESQUIRE
14         maz@falkenbergives.com
        230 West Monroe Street
15      Suite 2220
        Chicago, Illinois 60606
16      (312)566-4801
        Counsel for Humana Pharmacy Inc.
17
18    DUANE MORRIS LLP
        BY:  FREDERICK R. BALL, ESQUIRE
19         frball@duanemorris.com
        100 High Street
20      Suite 200
        Boston, Massachusetts 02110
21      (857)488-4200
        Counsel for Zhejiang Huahai Pharmaceutical Co., Ltd.;
22      Prinston Pharmaceutical Inc.; Huahai U.S. Inc.; and
        Solco Healthcare U.S., LLC
23
24
```

Page 319

```
 1  REMOTE APPEARANCES:
 2    BUCHANAN INGERSOLL & ROONEY PC
        BY:  ASHLEY D. JONES, ESQUIRE
 3         ashley.jones@bipc.com
        1700 K Street NW
 4      Suite 300
        Washington, D.C. 20006
 5      (202) 452-7900
        Counsel for Alberston's LLC
 6
 7    PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP
        BY:  JASON M. REEFER, ESQUIRE
 8         jmr@pietragallo.com
        One Oxford Centre
 9      38th Floor
        Pittsburgh, Pennsylvania 15219
10      (412)263-1840
        Counsel for Mylan Pharmaceuticals, Inc.
11
12  ALSO PRESENT;
13    DOLORES DeSALVO
      Martin Harding & Mazzotti LLP
14
      MELISHA VALENZUELA
15    Hollis Law Firm
16
17  TRIAL TECHNICIAN:
18    CHRIS RITONA
      Precision Trial Inc.
19
20  VIDEOGRAPHER:
21    JOSEPH VINER
      Golkow Litigation Services
22    (present with The Witness)
23
24
```

Confidential Information Subject to Protective Order

Page 320

1                   INDEX
2            GEORGE JOHNSON, Ph.D.
3              October 5, 2021
4
5  APPEARANCES                          316
6  PROCEEDINGS                          325
7
8  EXAMINATION OF GEORGE JOHNSON, Ph.D.:
9      BY MS. BOGDAN            325
10     BY MS. LOCKARD           434
11     BY MS. BOGDAN            515
12
13 CERTIFICATE                          528
14 ERRATA                    530
15 ACKNOWLEDGMENT OF DEPONENT           531
16 LAWYER'S NOTES                  532
17
18
19
20
21
22
23
24

Page 322

1            DEPOSITION EXHIBITS
2  Johnson-30    Demonstrative, Calculation of    388
3          excess risk for less than
4          lifetime exposure, NDMA
5          average in FP
6  Johnson-31    Demonstrative, Calculation of    400
7          excess risk for less than
8          lifetime exposure, NDMA
9          average in API
10 Johnson-32    Demonstrative, PDEs Developed    405
11         for NDMA and NDEA
12 Johnson-33    Short commentary on NDMA       417
13         (N-nitrosodimethylamine)
14         contamination of valsartan
15         products, by Snodin et al
16 Johnson-34    Development of a Tolerable     431
17         Daily Intake for
18         N-Nitrosodimethylamine Using a
19         Modified Benchmark Dose
20         Methodology, by Fitzgerald
21         et al
22 Johnson-35    Johnson Exhibit A, Curriculum    437
23         Vitae
24

Page 321

1            DEPOSITION EXHIBITS
2  NUMBER                      MARKED
3  Johnson-24    Technical Fact Sheet –       326
4          N-Nitroso-dimethylamine (NDMA)
5          November 2017
6  Johnson-25    IRIS Chemical Assessment       329
7          Summary,
8          N-Nitrosodimethylamine;
9          CASRN 62-75-9
10 Johnson-26    IRIS Chemical Assessment       333
11         Summary,
12         N-Nitrosodiethylamine;
13         CASRN 55-18-5
14 Johnson-27    Control of Nitrosamine       337
15         Impurities in Human Drugs
16         Guidance for Industry
17 Johnson-28    2/14/19 EMA Assessment Report   371
18 Johnson-29    Demonstrative, Calculation of   381
19         AI associated with acceptable
20         excess cancer risk - ICH M7
21
22
23
24

Page 323

1            DEPOSITION EXHIBITS
2  Johnson-36    Swansea University Genetic     442
3          Toxicology Webpage
4  Johnson-37    Memorandum of Understanding    455
5          Between USFDA and HESI
6  Johnson-38    HESI Government Agencies      461
7          Webpage
8  Johnson-39    USFDA Anthropometric Reference   481
9          Data for Children and Adults:
10         United States, 2015–2018
11 Johnson-40    Valsartan Bellwether        482
12         Plaintiffs' Weights
13 Johnson-41    The codification of hazard and   494
14         its impact on the hazard
15         versus risk controversy, by
16         Doe et al
17 Johnson-42    E-mail(s) re: Snodin & Elder    505
18         Commentary,
19         TEVA-MDL2875-00425960
20 Johnson-43    Defendants' Responses and     508
21         Objections to Plaintiffs'
22         Notice of Videotaped
23         Deposition of George
24         Johnson, Ph.D.

Confidential Information Subject to Protective Order

Page 324

DEPOSITION EXHIBITS

1
2  Johnson-44    ICH Guideline, Assessment and    509
3          Control of DNA Reactive
4          (Mutagenic) Impurities in
5          Pharmaceuticals to Limit
6          Potential Carcinogenic Risk
7          M7(R1)
8  Johnson-45    Johnson Second Amended List of    513
9          Materials Considered
10 Johnson-46    USB Drive of Documents    514
11          Considered [Physical Exhibit]
12
13
14
15          PREVIOUSLY MARKED EXHIBITS
16   NUMBER                    PAGE
17 Exhibit 2      .........................    477
18 Exhibit 3      .........................    449
19 Exhibit 10     .........................    474
20 Exhibit 12     .........................    474
21 Exhibit 13     .........................    474
22 Exhibit 14     .........................    474
23 Exhibit 18     .........................    474
24

Page 325

1          ------------
2        P R O C E E D I N G S
3      October 5, 2021, 9:14 a.m. BST
4          ------------
5        THE VIDEOGRAPHER:  This is the
6  continued deposition of Dr. George
7  Johnson.  Today's date is
8  October the 5th, 2021, and the time is
9  9:14 a.m.
10          ------------
11        GEORGE JOHNSON, Ph.D.,
12  having been previously duly sworn,
13        testified as follows:
14          ------------
15        EXAMINATION
16          ------------
17 BY MS. BOGDAN:
18    Q.    Good morning.
19    A.    Good morning.
20    Q.    Earlier here than there, but...
21        MS. BOGDAN:  Could we please
22  pull up exhibit Technical Fact Sheet
23  NDMA, EPA.
24        (Whereupon, Deposition Exhibit

Page 326

1  Johnson-24, Technical Fact Sheet –
2  N-Nitroso-dimethylamine (NDMA)
3  November 2017, was marked for
4  identification.)
5        THE STENOGRAPHER:  And we start
6  with 24 today.
7        THE WITNESS:  Excellent.  It's
8  yet to arrive.
9        (Technical comments off the
10  stenographic record.)
11        TRIAL TECHNICIAN:  And yes,
12  this is in as Exhibit 24.
13 BY MS. BOGDAN:
14    Q.    And can you see that,
15  Dr. Johnson?
16    A.    I can.  It's just loading.  I
17  can see it now, thank you.
18    Q.    Have you seen this document
19  before?
20    A.    I may have seen it.  I can't
21  recall.
22    Q.    Did you review information from
23  the United States Environmental Protection
24  Agency as part of your work on this case?

Page 327

1    A.    Not in depth.  It wasn't
2  entirely applicable to this scenario in my
3  perspective.
4    Q.    Do you know if NDMA is used for
5  commercial purposes in the United States as
6  of now?
7    A.    I don't.  I don't know.
8    Q.    Directing your attention to
9  "What is NDMA" on this exhibit, the second
10  bullet point down.
11    A.    Second bullet point, yeah, I
12  can see that.
13    Q.    Okay.  And that statement
14  reads:  NDMA is not currently produced in
15  pure form or commercially used in the United
16  States, except for research purposes.
17    A.    I can see that.
18    Q.    Okay.  Is that statement on
19  this EPA document surprising to you?
20    A.    That is not surprising to me,
21  considering it's around in pure form.
22    Q.    It's around in pure form?
23  Expand on what you mean by that.
24    A.    In pure form, to me, you

Confidential Information Subject to Protective Order

Page 328

1  produce it by a company such as Sigma for
2  research purposes.  In unpure form, NDMA is
3  produced in many other scenarios, including
4  beer, bacon and so on.
5      Q.    Do you know what it is used for
6  as far as research purposes, how NDMA is used
7  for research?
8      A.    As a genetic toxicologist, I'm
9  aware that it's used for -- it can be used
10 for research if people are looking at the
11 genetic toxicology profile of NDMA.
12     Q.    Are you aware that it is used
13 as a cancer initiator in laboratory animals?
14     A.    I'm aware that there's studies
15 that show that cancer at certain doses is
16 produced in the laboratory animals.
17     Q.    And similarly for NDEA, are you
18 aware that NDEA is used in research purposes
19 to initiate cancer in laboratory animals?
20     A.    I'm aware that NDEA has been
21 used to show dose-response information using
22 the cancer bioassay as evidenced in my report
23 as well.
24     Q.    And when you say has been --

Page 329

1  NDEA has been used to show dose-response
2  information in the cancer bioassay, that
3  would be NDMA -- NDEA has been used in
4  research to cause cancer in laboratory
5  animals, correct?
6      A.    Yes, as evidenced -- yes, I did
7  say in the Peto study that shows NDEA induces
8  cancer at certain concentrations in the
9  rodent cancer bioassay.
10     Q.    Thank you.
11         MS. BOGDAN:  If we could please
12     pull up IRIS Nitrosodimethylamine;
13     CASRN 62-75-9.
14         (Whereupon, Deposition Exhibit
15     Johnson-25, IRIS Chemical Assessment
16     Summary, N-Nitrosodimethylamine;
17     CASRN 62-75-9, was marked for
18     identification.)
19     A.    It would appear as Exhibit 25?
20     MS. BOGDAN:  It should.
21     THE WITNESS:  Thank you.
22     TRIAL TECHNICIAN:  Is that the
23 correct document?
24     MS. BOGDAN:  Yes, it is.

Page 330

1         TRIAL TECHNICIAN:  Thank you.
2         THE WITNESS:  Not yet.
3     Apologies.  It's appeared.  It's
4     loading.  It's on my screen.
5  BY MS. BOGDAN:
6      Q.    And, Dr. Johnson, have you seen
7  this exhibit before?
8         (Interruption off the record.)
9         MS. BOGDAN:  I'm not sure
10     what's going on in the room, but
11     it's --
12         MS. LOCKARD:  We got a prank
13     call.  We'll proceed.  Let's proceed.
14         THE WITNESS:  I remember the
15     question.  I can answer the question.
16     A.    I cannot recall seeing this
17 document.
18 BY MS. BOGDAN:
19     Q.    Are you familiar with the
20 Integrated Risk Information System for the
21 U.S. Environmental Protection Agency?
22     A.    I am aware of the Integrated
23 Risk Information System, IRIS, of the EPA.
24     Q.    Okay.  If you could please turn

Page 331

1  to the second page of the document.
2      A.    I'm on the second page of the
3  document.
4      Q.    You said you have not seen this
5  before?
6      A.    I can't recall -- (audio
7  malfunction) --
8         (Clarification requested by the
9     stenographer.)
10     A.    I cannot recall seeing this
11 before.
12 BY MS. BOGDAN:
13     Q.    Does the EPA use a linear
14 low-dose extrapolation for risk assessment
15 related to NDMA?
16         MS. LOCKARD:  Objection, form,
17     speculation.
18     A.    I cannot recall their
19 assessment.
20 BY MS. BOGDAN:
21     Q.    Directing your attention to the
22 second section, Carcinogenicity Assessment
23 for Lifetime Exposure.
24         Do you see that section?

Page 332

1    A.    I see that section.
2    Q.    And do you see the sentence in
3  the paragraph that begins:  The slope factor
4  is the result of application of a low-dose
5  extrapolation procedure?
6    A.    I do see that.
7    Q.    Does it appear from this
8  document that the USEPA uses a linear
9  low-dose extrapolation method for assessing
10  the carcinogenicity of NDMA?
11        MS. LOCKARD:  Objection, form,
12  speculation.
13    A.    I do see that that's presented
14  in this document from the EPA, and it does
15  not change my opinion as presented in my
16  report.
17  BY MS. BOGDAN:
18    Q.    I didn't ask -- I was asking if
19  the U.S. Environmental Protection Agency uses
20  a low-dose linear extrapolation to determine
21  the carcinogenicity of NDMA and whether this
22  document indicates that.
23        Do you see that presented in
24  this document?

Page 333

1        MS. LOCKARD:  Objection, vague.
2    A.    I see in this document they use
3  a slope factor and a linear low-dose
4  assessment to calculate these different
5  cancer risks, and it does not change my
6  opinion in my report.
7  BY MS. BOGDAN:
8    Q.    Going down a little further on
9  the same page, do you see the
10  Weight-of-Evidence Characterization section?
11    A.    Yes, I do.
12    Q.    And how is NDMA classified?
13    A.    It is classified B2, probable
14  human carcinogen.
15    Q.    Thank you.
16    A.    In this document.
17        MS. BOGDAN:  If we could please
18  pull the next exhibit, which is
19  N-nitrosodiethylamine.  Again, an
20  Integrated Risk Information System,
21  IRS [sic] document, CASRN 55-18-5.
22        (Whereupon, Deposition Exhibit
23  Johnson-26, IRIS Chemical Assessment
24  Summary, N-Nitrosodiethylamine;

Page 334

1  CASRN 55-18-5, was marked for
2  identification.)
3        THE WITNESS:  Firstly, I would
4  like to, just on record, record the
5  date of the document you've showed me.
6  It looks to be 1987.  Okay.
7        MS. BOGDAN:  As far as the last
8  revision, yes.
9        THE WITNESS:  Yes.
10        MS. BOGDAN:  Has the next
11  exhibit loaded?
12        THE WITNESS:  Would this be 26?
13        MS. BOGDAN:  I believe so.
14        THE WITNESS:  It has loaded.
15  I've clicked on it.  It's in front of
16  me.
17  BY MS. BOGDAN:
18    Q.    All right.  And this is a
19  similar Integrated Risk Information System
20  document, but this one pertains to
21  N-nitrosodiethylamine.
22        Do you see that at the top?
23    A.    I do see that from this 1987
24  document.

Page 335

1    Q.    I'm directing your attention,
2  again, to Section II on page 2, which is the
3  Carcinogenicity Assessment for Lifetime
4  Exposure.
5    A.    I can see that.
6    Q.    And similarly in that
7  descriptive paragraph, it reads:  The slope
8  factor is the result of application of a
9  low-dose extrapolation procedure.
10        Do you see that?
11    A.    I do see that.
12    Q.    Does this document indicate
13  that the EPA uses a low-dose linear
14  extrapolation to determine the
15  carcinogenicity assessment for NDEA?
16        MS. LOCKARD:  Objection, form,
17  speculation.
18    A.    I agree that they used this
19  linear back-extrapolation for NDEA in 1987
20  from the EPA, prior to the Peto study.
21  BY MS. BOGDAN:
22    Q.    And directing your attention to
23  Section II.A, Evidence For Human
24  Carcinogenicity and the Weight-of-Evidence

Page 336

1 Characterization. How is NDEA classified in
2 this document?
3      A.    NDEA is classified in this
4 document with this hazard classification of
5 being a B2, probable human carcinogen, in
6 1987.
7      Q.    And you say in 1987. Have you
8 checked the Integrated Risk Information
9 System to see if or how NDMA and NDEA are
10 currently classified?
11      A.    I have not. I'm commenting on
12 what I'm seeing here.
13      Q.    And when you say commenting,
14 you're commenting regarding the last revision
15 that's noted on page 1 of the document?
16      A.    With regards to the date, was
17 that the question?
18      Q.    Yes.
19      A.    This is -- yes, I'm commenting
20 that this date presented here is the correct
21 date where this is presented first online,
22 31st of the 1st, 1987, is the comment that
23 I'm making on this date.
24      Q.    And then it also indicates

Page 337

1 right in that -- under that first online date
2 that the last time it was revised was
3 January 31st, 1987.
4           Do you see that over on the
5 right side of the page?
6      A.    I see that on the right-hand
7 side of the page.
8      Q.    Do you have any reason to
9 believe that this is not the current
10 assessment of the Integrated Risk Information
11 System with regard to NDEA?
12      A.    I am not aware, and I'm
13 commenting on the document put in front of me
14 here.
15      Q.    Thank you.
16      MS. BOGDAN: If we could pull
17 up the next exhibit, which is Control
18 of Nitrosamine Impurities in Human
19 Drugs.
20      (Whereupon, Deposition Exhibit
21 Johnson-27, Control of Nitrosamine
22 Impurities in Human Drugs Guidance for
23 Industry, was marked for
24 identification.)

Page 338

1      THE STENOGRAPHER: Exhibit 27.
2      THE WITNESS: Not there yet for
3 me.
4      It's there for me. I can see
5 it on my screen.
6 BY MS. BOGDAN:
7      Q.    Okay. Are you familiar with
8 this document?
9      A.    I am not aware. I cannot
10 recall.
11      Q.    And when is this document
12 dated?
13      A.    This document on the first page
14 is dated February 2021.
15      Q.    Did you research the guidance
16 that the U.S. Department of Health and Human
17 Services, the Food and Drug Administration,
18 otherwise known as the FDA?
19      A.    I did research the numerous
20 documents in this evolving case from the FDA.
21      Q.    And is this one of the
22 documents that you discovered and reviewed?
23      A.    I think so.
24      Q.    But you're not certain of that?

Page 339

1      A.    I have read a huge amount of
2 FDA documents on this topic, and I think -- I
3 think that this is one of them.
4      Q.    If we could go to page 5. And
5 it may not be page 5 of the PDF, but be
6 page 5 of the document as numbered.
7      A.    Could you indicate the first
8 line of that page, just so I can find it,
9 please.
10      Q.    It should begin "Nitrosamine
11 compounds are."
12      A.    Excellent. I'm on the page.
13      Q.    Would you please read the first
14 sentence.
15      A.    Nitrosamine compounds are
16 potent genotoxic agents in several animal
17 species and some are classified as probable
18 or possible human carcinogens by the
19 International Agency for Research on Cancer,
20 IARC. And then citation 18.
21      Q.    Do you know how many animal
22 species have been shown to develop cancer
23 when administered NDMA?
24      A.    In robust studies, as would be

Page 340

1  used for my risk assessment that would be
2  available on the cancer potency database,
3  there was rat, mice and rhesus monkeys, and
4  those were the robust ones in line with OECD
5  guidelines that could be used for this risk
6  assessment.  And those would be the ones I
7  would comment on.
8       Q.    Did you look for other animal
9  species other than the rat, mice and I
10  believe you said rhesus monkeys?
11      A.    I looked at those datasets on
12  the cancer potency database, and during one
13  of my readings of another expert witness'
14  deposition, there was discussion -- actually,
15  in their expert report, I think, they
16  discussed in depth multiple animals, multiple
17  animal studies where they stated cancer had
18  been shown, and in that regard, I looked into
19  those and did an assessment of study design,
20  the date tested, route of administration,
21  seeing if they were correct, and I did not
22  confirm that those multiples suggested by --
23  in that report showed convincingly that there
24  was cancer, particularly cancer related to

Page 341

1  the doses we're seeing here.
2            So that would be my comment on
3  those.
4       Q.    In your research, did you note
5  or find any study that showed any type of
6  animal was resistant to developing cancer
7  from NDMA when administered NDMA?
8       A.    From my understanding of your
9  term "resistant," I would talk about dose
10  where a resistance to the substances would be
11  through DNA repair, specifically MGMT.  So if
12  there were doses where cancer was not seen,
13  such as in the Peto study, then that would
14  support resistance at certain concentrations
15  of NDMA and NDEA.
16            So I was aware of that.
17      Q.    And are you aware of any study
18  where NDMA was administered at high doses
19  where the animal was resistant or did not
20  develop cancer?
21      A.    In high doses, such as the Peto
22  study, with increased dose, there were
23  increased levels of cancer in that cancer
24  bioassay study, for example.

Page 342

1       Q.    And the Peto study studied both
2  NDMA and NDEA, correct?
3       A.    Both the NDMA and NDEA in the
4  Peto study showed a dose response in the
5  cancer bioassay for both substances.
6       Q.    And when you say dose response,
7  does that mean that the more of the substance
8  that was administered, either NDMA or NDEA,
9  the more cancer was seen, the more incidence
10  of cancer was seen?
11      A.    With a dose response at certain
12  levels in a nonlinear manner, I did see an
13  increase in cancer with increasing dose at
14  certain concentrations, but I did not see
15  that in a linear fashion.
16  BY MS. BOGDAN:
17      Q.    Directing your attention back
18  to the exhibit, do you see the sentence that
19  begins in that first paragraph "The guidance
20  recommends"?
21      A.    Are we on the same page,
22  starting "Nitrosamine compounds"?
23      Q.    Yep.  It's the third sentence
24  in the first paragraph.  It begins "The

Page 343

1  guidance recommends"?
2       A.    Excellent.  I see that.
3       Q.    Okay.  Could you please read
4  that sentence?
5       A.    The sentence reads:  The
6  guidance recommends control of any known
7  mutagenic carcinogen such as
8  nitroso-compounds, at or below a level such
9  that there would be a negligible human cancer
10  risk associated with the exposure to
11  potentially mutagenic impurities.
12      Q.    And you agree that there should
13  be control of any known mutagenic carcinogens
14  such as nitroso compounds at or below a level
15  such that there would be a negligible human
16  cancer risk?
17           MS. LOCKARD:  Objection, form.
18      A.    I agree with this statement.  I
19  also point towards another option within the
20  M7 guidance to calculate and to abide to this
21  sentence in a different way; if we have an
22  understanding of DNA repair, then we can use
23  the PDE approach.
24           So I abide to this, agree that

Confidential Information - Subject to Protective Order

Page 344

1  this is what we could do, and my approach is
2  also in support of this approach.  And I can
3  justify it through the mutagenic mechanism of
4  action for dose response, and the threshold
5  mechanism being DNA repair.  And this is
6  entirely in line with this same document as
7  cited here, M7.
8      Q.    However, your approach is not
9  the one that has been adopted by the FDA,
10  correct, in establishing the limits for NDMA
11  and NDEA?
12      A.    At the current time, that is
13  correct.
14      Q.    If we could move to page 10 of
15  the document, please.
16      A.    I'm on page 10.  There's a
17  table -- Table 1 at the top.  I'm on that
18  page, Acceptable Intake Limits; is that
19  correct?
20      Q.    Yes, it is.  I think for the
21  people on Zoom, we need to have it moved up a
22  little bit.
23          And do you see Acceptable
24  Intake Limits on the top of this page?

Page 345

1      A.    I do see that.
2      Q.    Okay.  And then there's a table
3  that has the acceptable limits for NDMA, NDEA
4  and some other N-nitroso compounds?
5      A.    I do see that.
6      Q.    Okay.  And what are the
7  acceptable intake limits according to the FDA
8  for NDMA?
9      A.    Well, NDMA, the FDA calculated
10  limits using a TD50 linear back-extrapolation
11  to 1 in 100,000 people based on this animal
12  study is 96 nanograms per day.
13      Q.    And that's reflected in
14  Table 1?
15      A.    That is reflected in Table 1.
16  It's the top row.
17      Q.    And what is the acceptable
18  intake limit established by the FDA for NDEA?
19      A.    For NDEA, using a linear
20  back-extrapolation from the harmonic mean of
21  the TD50 to 1-in-100,000 cancer risk after
22  70 years of exposure, same as with NDMA,
23  after 70 years of exposure, the acceptable
24  intake is 26.5 nanograms per day.

Page 346

1      Q.    And that's the acceptable
2  intake limit established by the FDA, correct?
3      A.    That is the acceptable intake
4  limit as established by the FDA using this
5  calculation for 70 years of exposure to
6  1-in-100,000 cancer risk, according to this
7  legend.
8      Q.    And if we could please move to
9  Appendix B of this exhibit.
10          THE STENOGRAPHER:  B, bravo?
11          MS. BOGDAN:  Yeah, it would be
12  the very last page.
13          THE WITNESS:  Very last page.
14  What number would that be?
15          MS. BOGDAN:  It actually has a
16  number 1 on it, but it's the very last
17  page of the PDF.
18          THE WITNESS:  So top is
19  Contains Nonbinding Recommendations,
20  Appendix B, FDA Determination.  Is
21  that the one?
22          MS. BOGDAN:  Yes.
23          THE WITNESS:  Excellent, I'm on
24  it, thank you.

Page 347

1  BY MS. BOGDAN:
2      Q.    And does this appendix set
3  forth how the FDA calculated the acceptable
4  intake limit for NDMA?
5      A.    I have read that first
6  paragraph in full and see that this explains
7  how the calculation for the acceptable intake
8  based on the linear back-extrapolation to
9  calculate the risk of 1 in 100,000 people for
10  lifetime exposure in a 50-kilogram human is
11  how they calculated those presented
12  acceptable intakes.
13      Q.    That describes generally how
14  they go about doing their calculation,
15  correct?
16          MS. LOCKARD:  Objection, form,
17  vague.
18      A.    That's generally how you
19  calculate, and that's how they calculated
20  this very conservative and imprecise
21  acceptable intake as presented in this
22  document.
23  BY MS. BOGDAN:
24      Q.    And then under that first

Confidential Information - Subject to Protective Order

Page 348

1 paragraph, they actually give NDMA as an
2 example?
3     A.    It looks that way.
4     Q.    Okay.  And they show in that
5 paragraph how they derived the 96 nanograms
6 per day, correct?
7     A.    They do.  They assumed no
8 established threshold mechanism, so no
9 consideration of DNA repair was one of their
10 assumptions.  They assumed the level of risk
11 would be 1 in 100,000, considering the
12 background level of this type of cancer would
13 be, say, 1 in 200.
14         So those assumptions were made,
15 and the calculation did -- was used in order
16 to generate their acceptable intake values,
17 as you've just suggested.
18     Q.    And to do their calculations,
19 the FDA assumed there is no threshold,
20 correct?
21     A.    They -- yeah, as stated here,
22 with no established threshold mechanism, that
23 was one of their assumptions.  And this is
24 one of the assumptions that I've been working

Page 349

1 on, and this is one of the assumptions that
2 I've just been commissioned by the European
3 Medicines Agency to look into for a wider
4 breadth of nitrosamines as well.
5         So I'm a leading expert in this
6 area of threshold mechanisms, and the EMA
7 have commissioned me to look into this
8 further.  So I know a lot about this topic,
9 and that was the assumption.  There was no
10 established threshold mechanism.  And that
11 led, instead of the PDE, to use the
12 acceptable intake.  That's why I mentioned
13 that assumption.





Confidential Information Subject to Protective Order



Confidential Information - Subject to Protective Order



Confidential Information - Subject to Protective Order



Page 364

20    Q.    Did you cite that MNU paper in
21 your report?
22    A.    I'd have to look.
23    Q.    Yes, please.
24          And who is the first author on

Page 365

1 that paper?
2    A.    Adam Thomas, T-H-O-M-A-S.
3    Q.    When you say Adam, is that the
4 first name and Thomas the last name?  Or is
5 Thomas the first name and Adam the last name?
6    A.    Thomas is the last name, and
7 Adam is the first name.  It's a strange name.
8 Thank you.  Sorry.
9    Q.    No.
10          If you can't find it easily,
11 what year was it published approximately?
12    A.    It would be easier to find in
13 my CV.  Could I have time to look for it in
14 my CV?
15    Q.    Sure, if you can find it in
16 your CV.
17          MS. LOCKARD:  Can I suggest
18    that he look at a footnote, or does
19    that violate your rule?  I don't want
20    to impede, but if it would help, I
21    could -- I have an electronic
22    searchable copy, so...
23          THE WITNESS:  Sorry about this.
24    ////

Page 366

1 BY MS. BOGDAN:
2    Q.    On page 7 of your CV, where you
3 have your publications --
4    A.    Yep, I think -- I think, not
5 certain, I think it's the 2013, Influence of
6 DNA Repair on Nonlinear Dose Responses for
7 Mutation, ToxSci.  I think that's the one.
8    Q.    Okay.  Thank you.
9          And what is the amount that GSK
10 is paying to fund this research project being
11 done by your postdoc?
12    A.    At an estimate, a postdoc plus
13 full economic costing to cover those aspects
14 I think at 100%.  So his wage, 100% to cover
15 all lab space, all that kind of stuff, and
16 lab consumables.
17          I think the total is
18 approximately 100,000.
19    Q.    Are there any other research
20 projects that are currently underway at
21 Swansea University that would pertain to the
22 issues in this litigation?
23    A.    There would be no additional
24 lab work projects associated with

Page 367

1 nitrosamines, but I have an ongoing interest
2 in this work and will continue to
3 independently research this topic in a
4 scientific way.
5          And that would be under
6 university funding and my time allocated to
7 carry out independent research.
8    Q.    And as an assistant professor,
9 is there a certain amount of time that you
10 are allowed to engage in independent research
11 each year?
12    A.    For the record, it's an
13 associate professor.
14    Q.    Oh.
15    A.    So that's the one -- assistant
16 is the one below associate in the U.S.  So
17 I'm associate professor.
18          So the ballpark figure for an
19 academic with ten years such as myself in my
20 university, the ballpark figure is 40%
21 research, 40% teaching, 20% administration.
22 And then as an academic, you end up doing
23 more than that, but that's -- those are the
24 numbers.

Page 368

1    Q.    Okay.
2          THE WITNESS:  Apologies, can I
3    have a rest break soon?
4          MS. BOGDAN:  Sure.
5          THE WITNESS:  Is it a good
6    time?
7          MS. BOGDAN:  Yeah, we can take
8    one right now if you want to do a
9    quick five-minute break, since I've
10   not started another document.
11         THE WITNESS:  Thank you.
12         THE VIDEOGRAPHER:  Off the
13   record.  The time is 10:16 a.m.
14         (Recess taken, 10:16 a.m. to
15   10:23 a.m. BST)
16         THE VIDEOGRAPHER:  We're back
17   on the record.  The time is 10:23 a.m.
18   BY MS. BOGDAN:
19   Q.    Are there any other ongoing
20   research projects that you're consulting on
21   that are not being done at Swansea University
22   but somewhere else, pertaining to
23   nitrosamines?
24   A.    Oh.  No, there are not.

Page 369

1    Q.    Has GSK funded postdoc work in
2    your department in the past?
3    A.    Not that I'm aware of.
4    Q.    And how was that particular
5    postdoc student selected to do work on the
6    project?
7    A.    He was selected by myself, and
8    it was an open call for that project for
9    others to apply.  He was selected based on
10   his expertise.  He's an expert in genetic
11   toxicology.  He's carried out research in my
12   laboratory previously.  I think he even -- he
13   did carry his Ph.D. out with me as well.
14         I've worked with him for many
15   years.  He's an expert in genetic toxicology.
16   He's a very, very hard worker.  I have a lot
17   of time for him.  He's perfect for the job,
18   he got the job.
19   Q.    When you say an open call, does
20   that mean that there was like a posting for
21   the position?
22   A.    Yes.  Ah.  Apologies, no.
23   Apologies.  I think in this instance when the
24   person is named in the grant, it doesn't have

Page 370



Page 371

7          MS. BOGDAN:  Could we please
8    pull up the next exhibit, which is the
9    February 14th, 2019 EMA assessment
10   report.
11         (Whereupon, Deposition Exhibit
12   Johnson-28, 2/14/19 EMA Assessment
13   Report, was marked for
14   identification.)
15         THE STENOGRAPHER:  Exhibit 28.
16   BY MS. BOGDAN:
17   Q.    And please let me know once
18   it's loaded.
19   A.    I will.  Apologies for the
20   slow -- we're on Wi-Fi, not wired.  It's
21   popped up.  It's loading.  There we go.  I
22   can see it now.  I can see it.
23   Q.    Okay.  Have you seen this
24   document before?

Page 372

1    A.   I think I have seen this
2  document, and I've seen many documents from
3  EMA.
4    Q.   And this document was issued
5  February 14th, 2019 from the face of the
6  document there at the top?
7    A.   According to the details on
8  this document, yes, 14th of February 2019. I
9  can see that.
10   Q.   I'm going to direct your
11 attention to page 17.
12   A.   I'm almost there.
13       MS. LOCKARD:  Page 17 of the
14   PDF or the --
15       MS. BOGDAN:  Page 17 of 41 as
16   numbered on the bottom right-hand side
17   of the document.
18       THE WITNESS:  I have found it,
19   and the first word is-- the first two
20   words are "mean values."
21       MS. BOGDAN:  Correct.
22       THE WITNESS:  I can see that.
23 BY MS. BOGDAN:
24   Q.   Referring you to Table 3.

Page 373

1    A.   Referred.
2    Q.   Yeah.  Do you see the -- and
3  what is that table titled?
4    A.   Highest NDMA mean values found
5  in API and FP.
6    Q.   And do you see the information for
7  valsartan API by ZH?
8    A.   I see those, yes.  Valsartan
9  API by ZH, valsartan FP containing API by ZH.
10 I see those.
11   Q.   Okay.  What is the value
12 indicated under Highest there?
13   A.   For API, Highest states 240.  I
14 think that -- is that the microgram value or
15 is that the ppm?  Can you correct that for
16 me, just as you may have seen this before?
17   Q.   It -- it indicates on the top
18 of the column headings, it says NDMA ppm,
19 which is also micrograms per gram.
20       Do you see that on the top?
21   A.   I see that on the top.  Thank
22 you for that clarity.
23       So those values, my -- I prefer
24 working in micrograms per gram -- the highest

Page 374

1  in the API is 240.1, and in the FP, it's
2  97.4.
3    Q.   So working with the highest
4  number for the valsartan API of 240.1, what
5  would be the total amount of NDMA in a
6  320-milligram tablet?
7    A.   I do not know the answer
8  because this is the API, and I'm not an
9  expert in formulation for the final product.
10 So that would be an estimation and would not
11 be precise.
12   Q.   Do you know how to take the ppm
13 in valsartan API and convert it to the amount
14 of NDMA that would be in a tablet if that API
15 was used?
16   A.   I do not know that calculation
17 that you've just stated.  My focus has always
18 been on the finished product, to which we
19 have these numbers that we can more precisely
20 refer to.
21   Q.   With regard to the highest NDMA
22 ppm found in the finished product on this
23 chart, what is that number?
24   A.   That is 97.4 microgram per

Page 375

1  gram.
2    Q.   If that valsartan finished
3  product was a 320-milligram pill, can you
4  tell me how much NDMA would be in that pill
5  based on the 97.4 NDMA ppm?
6        MS. LOCKARD:  Objection, asked
7        and answered, speculation.
8    A.   From this table, without a
9  calculator, I could not do this for you.
10 BY MS. BOGDAN:
11   Q.   How would you calculate the
12 amount of NDMA in a 320-milligram tablet
13 using the highest NDMA ppm value shown for
14 the valsartan finished product in the chart?
15   A.   You would correct it -- so
16 instead of being per gram, you correct it to
17 320 milligrams or .32 grams, and you correct
18 it that way.
19   Q.   And other than that correction,
20 would you do any other calculation with that
21 number?
22   A.   As far as I'm aware, that would
23 not be the case.  But I did not do the
24 calculation you're suggesting.  As stated in

Page 376

1  my report, I'm going with the finished
2  product as stated in the metrics provided in
3  my report.
4      Q.    Directing your attention
5  further down in this document to the bullet
6  point that begins with 240.1 ppm.
7      A.    I can see that.
8      Q.    Could you please read that --
9  or those two sentences?
10     A.    Two sentences.  The one
11 starting 240.1, those two sentences?
12         So:  240.1 ppm as the highest
13 NDMA contamination found in ZH API batches,
14 as communicated by ZH.  This would result in
15 76.8 microgram per day in a 320-milligram
16 valsartan tablet.
17     Q.    And how many nanograms would
18 76.8 micrograms be?
19     A.    Nanograms.  So you would
20 multiply that by a thousand.
21     Q.    Okay.  So how many nanograms
22 would 76.8 micrograms be?
23     A.    It would be that value
24 multiplied by a thousand.

Page 377

1      Q.    Which would be 76,800
2  nanograms?
3      A.    Yes.
4      Q.    Did you take values such as
5  76,800 nanograms per tablet into
6  consideration when forming your opinions in
7  this case?
8      A.    My opinions in this case can be
9  explained if we look at my report where the
10 PDE is calculated, and the PDE upper bounds
11 are calculated.  My opinions can lie to those
12 calculations.
13         I adjusted this to the more
14 realistic average population of 100 kilograms
15 for the individuals here.  As I would see
16 from average population size, 100 would be
17 closer to the population average, in this
18 case.  So I did that calculation in my
19 report.
20         And also with the smaller
21 population, the adjustment factors could be
22 discussed as going from 50 -- from 500 down
23 to 50 to calculate that PDE and the PDE
24 confidence interval for both 50 and

Page 378

1  100 kilograms.
2          And from that, with this also
3  recollection and understanding that reducing
4  that uncertainty factor could lead to a
5  tenfold increase in -- order of magnitude
6  increase in the PDEs presented in my report,
7  I could consider that this individual exposed
8  to this would also not have an increased risk
9  of cancer, according to those calculations
10 I've just explained.
11         So this was not a value
12 included in my report, but seeing this value
13 here, in line with my explanation, I would
14 not see this individual as having an
15 increased risk of cancer, through that
16 explanation.
17     Q.    My question was -- and let me
18 ask it again -- is if in your report you
19 referenced values and considered them that
20 are in the range of 76,800 nanograms per
21 tablet.
22     A.    The -- this document -- is this
23 the EMA one?  So this EMA document would
24 relate to the European exposure limits and

Page 379

1  European case, and the numbers within my
2  report relate to the FDA values covering the
3  United States.  So far that reason, this
4  value was -- is not included in my report.
5      Q.    Did you look to the values for
6  the NDMA found in the ZHP product that made
7  the U.S.?
8      A.    Can you repeat?  I didn't -- I
9  didn't hear if it was the API or the finished
10 product.  Apologies.
11     Q.    Did you look to determine the
12 values for the ZHP API that was sold in the
13 U.S.?
14     A.    I looked at the finished
15 product and not the API because the
16 conversion from API to finished product, from
17 my understanding, is -- could potentially be
18 variable, and the extrapolation I would not
19 be comfortable with.
20         So my work would always be
21 linked to the finished product, which I think
22 is a more reliable metric here for the
23 assessment.
24     Q.    Did you look in the internal

Page 380

1 documents of ZHP to find the highest level of
2 NDMA that was found in the finished tablet?
3    A.    I have seen these documents and
4 have looked at that information, yes.
5    Q.    And what was the highest level
6 of NDMA that you found for a ZHP finished
7 tablet as part of your work on this case?
8    A.    I cannot recall the exact
9 number, but finding out that number did not
10 change my opinion as presented in my report,
11 that those individuals had increased risk of
12 cancer.  It did not change it.  But I can't
13 recall the exact number.
14    Q.    Can you -- do you recall the
15 general level of that number, meaning was it
16 20 micrograms, 30 micrograms?
17        MS. LOCKARD:  Objection, vague,
18    asked and answered.
19    A.    I do not know, as previously
20 stated.
21 BY MS. BOGDAN:
22    Q.    Did you report that highest
23 level of NDMA contamination that you found in
24 your work on this case?

Page 381

1    A.    In my work, all of the
2 assumptions within the stated report relate
3 to that FDA table, and then upon reflection
4 of this additional information, I still do
5 not change the conclusion that those
6 individuals have an increased risk of cancer.
7        MS. BOGDAN:  We can take this
8    exhibit down, please.
9        If we could please pull up the
10    document entitled Calculation of AI
11    Associated with Acceptable Excess
12    Cancer Risk.
13        (Whereupon, Deposition Exhibit
14    Johnson-29, Demonstrative, Calculation
15    of AI associated with acceptable
16    excess cancer risk - ICH M7, was
17    marked for identification.)
18        THE STENOGRAPHER:  Exhibit 29.
19        THE WITNESS:  It's not there
20    with me yet.  Still not there.  Maybe
21    it's a large file.
22        TRIAL TECHNICIAN:  I'm just
23    waiting on the number.
24        THE WITNESS:  Still not there.

Page 382

1        TRIAL TECHNICIAN:  Rosemarie, I
2    think we're having trouble locating
3    that.  What is the -- what's the name
4    of it again?  Does it have a -- like a
5    C1 number in front of it?
6        MS. BOGDAN:  It's a PowerPoint
7    slide entitled Calculation of AI
8    Associated With Acceptable Cancer
9    Risk.
10        TRIAL TECHNICIAN:  I think
11    we've got it.
12        MS. BOGDAN:  No, not that one.
13        TRIAL TECHNICIAN:  Not that
14    one.
15        MS. BOGDAN:  But that is one --
16    there we go.
17        TRIAL TECHNICIAN:  All right.
18    Bear with me one moment.  You should
19    see that now.
20        THE WITNESS:  Excellent.  It is
21    appearing.  I'm loading it.  I can see
22    it.
23 BY MS. BOGDAN:
24    Q.    Okay.  Do you recognize this

Page 383

1 PowerPoint slide?
2    A.    I recognize this PowerPoint
3 slide as one that I borrowed from a
4 presentation from Roland Frotschl from -- I
5 think it was a GUM meeting, German
6 mutagenicity meeting, yes.
7    Q.    And what does -- does this
8 slide show the calculation of the acceptable
9 intake risk that was used by the FDA and the
10 EMA to calculate the 96-nanogram-per-day
11 acceptable intake limit for NDMA?
12    A.    Yes, this is a slide from
13 Roland where he shows that.  And in my
14 presentations, I show this as -- that
15 acceptable intake as one approach, and then
16 always following on or show the other option
17 within the ICH guidance for the PDE.  So just
18 the context as well as the information.
19    Q.    And this is also the
20 methodology that was used by the FDA and EMA
21 to calculate the acceptable intake limit for
22 NDEA?
23    A.    The previous document that you
24 showed me, potentially from FDA which showed

Page 384

1 the calculation, is expanded upon in this
2 slide to make it more exploratory -- no, more
3 explanatory and easier to discuss the
4 linear -- drawing a straight line back from
5 the TD50 to 1-in-100 risk. It's actually
6 1-in-100 risk in animals. There's non
7 extrapolation factor to humans, and so on.
8 So I present it and critique it as we go
9 through.
10    Q.    My question was: Was this
11 methodology that's shown in this slide also
12 used to calculate the NDEA acceptable intake
13 risk by the FDA and the EMA?
14    A.    This calculation is also used
15 by those regulatory bodies to calculate
16 acceptable intake for NDEA, yes.
17    Q.    Okay. And the -- what is the
18 acceptable daily intake for NDEA as
19 determined by the EMA and the FDA?
20    A.    As you've showed me previously
21 multiple times, that value is 26.5 microgram
22 per day.
23    Q.    Now, referring to this slide,
24 can you read the first sentence on the slide,

Page 385

1 please.
2    A.    The first sentence of the
3 slide, according to Roland Frotschl's slide
4 here, is: Daily intake for lifetime,
5 70 years, of a mutagenic carcinogen that is
6 considered to be associated with an excess
7 cancer risk of no more than 1 in 100,000 is
8 considered acceptable -- or consider
9 acceptable -- must be a typo -- considered
10 acceptable according to ICH M7.
11         And then in further slides, I
12 also say acceptable according to ICH M7 is
13 the PDE approach for context.
14    Q.    However, the approach that is
15 shown on this slide, which is followed by the
16 FDA, is acceptable to ICH M7,
17 correct?
18    A.    That is correct. This approach
19 is also acceptable under ICH M7.
20    Q.    And do you notice the words in
21 this sentence "excess cancer risk"?
22    A.    I do note those, yes.
23    Q.    Okay. And when doing this
24 calculation, it is the intent to limit the

Page 386

1 excess cancer risk to no more than 1 in
2 100,000, correct?
3    A.    As stated here, that is
4 correct. And that's also the terminology you
5 can use with the PDE calculation as put
6 forward in my document.
7    Q.    And when the FDA is making the
8 determination with regard to the acceptable
9 intake, it is concerned with preventing
10 excess cancer, correct?
11    A.    Correct, according to this
12 slide.
13    Q.    And when they refer to excess
14 cancer risk, they are concerned with
15 preventing additional cases of cancer
16 associated with taking medications with NDMA
17 or NDEA in them, correct?
18    A.    That's part of the explanation.
19 And an additional part would be excess above
20 the background rate in humans. And the
21 actual background rate of humans would be,
22 say, 1 in 2 for general cancer or, say, 1 in
23 200 for liver cancer. So 1 in 2 for whole
24 cancer, in this term, would actually be

Page 387

1 50,000 out of 100,000. That's the
2 background.
3         So it's inaccurate in that way,
4 but yes, according to your statement, this
5 does show excess cancer risk is what we're --
6 what we're assessing for with the AI in NDMA
7 and NDEA.
8    Q.    And do you agree that lowering
9 one's exposure to carcinogens lessens their
10 risk of cancer?
11    A.    It depends on the dose. If
12 you're already at a dose where that compound
13 is not causing any cancer, then it makes no
14 difference, really, if there's a lower level
15 of that compound.
16    Q.    So it's your testimony that
17 lowering a person's exposure to carcinogens
18 does not necessarily lessen their risks of
19 developing cancer?
20    A.    I would state that if the
21 compound is at a level that is not inducing
22 any cancer and you reduce that level of
23 compound even further, then those individuals
24 would not be -- they would also not be at

Page 388

1 increased risk of cancer.
2     Q.    And that's true even if the
3 compound is a known genotoxic mutagen?
4     A.    If the known genotoxic mutagen
5 is not causing any mutation or cancer at the
6 concentration of exposure, and that's
7 reduced, then, again, there would not be an
8 increased level of mutation.
9         MS. BOGDAN:  Could we please
10 pull up the next exhibit, which is the
11 Calculation of Excess Risk for Less
12 Than Lifetime Exposure, M7 TD50
13 Linear.
14         (Whereupon, Deposition Exhibit
15 Johnson-30, Demonstrative, Calculation
16 of excess risk for less than lifetime
17 exposure, NDMA average in FP, was
18 marked for identification.)
19         THE STENOGRAPHER:  Exhibit 30.
20         THE WITNESS:  Can I ask, will
21 this be a long one?  I need another
22 short break at some time soon.
23         MS. BOGDAN:  If you want to
24 take just a few minutes, we can do

Page 389

1 that.  I don't want you to be
2 uncomfortable.
3         THE WITNESS:  That's very much
4 appreciated.
5         MS. BOGDAN:  Okay.
6         THE VIDEOGRAPHER:  Going off
7 the record.  The time is 10:54 a.m.
8         (Recess taken, 10:54 a.m. to
9 10:57 a.m. BST)
10         THE VIDEOGRAPHER:  Back on the
11 record.  The time is 10:57 a.m.
12 BY MS. BOGDAN:
13     Q.    Can you see Exhibit 30?
14     A.    I can see Exhibit 30.
15     Q.    And do you recognize this
16 slide?
17     A.    I recognize this slide as
18 another part of Roland Frotschl's slide set
19 from that GUM meeting, which I then used to
20 explain how the regulatory bodies calculated
21 these values, and then later critiqued these
22 approaches in this presentation.
23         So yes, I do know this slide.
24     Q.    But this slide explains how the

Page 390

1 FDA and the EMA calculated these acceptable
2 intake limits, correct?
3     A.    It's correct for EMA, but I'm
4 not comfortable for FDA, where the years
5 taken for the final columns, I -- I recall
6 they could be different.  But yes to an
7 extent with the 96 value from the TD50, rat
8 liver tumor harmonic mean, they did a linear
9 back-extrapolation, as stated here by Roland
10 Frotschl and explained by me in this
11 presentation, yes.
12     Q.    And do you see the
13 2,453-microgram number on that slide?
14     A.    Yes, I see that calculation for
15 if the individual was exposed for the
16 duration of 70 years to the substance, and
17 that would be the total.  And that's provided
18 here, yes.
19     Q.    So that would be the total
20 cumulative lifetime exposure if a patient
21 took valsartan every day for 70 years and the
22 tablet had 96 nanograms a day, which is the
23 acceptable intake limit of NDMA, correct?
24     A.    According to this slide that I

Page 391

1 have not changed from Roland Frotschl, that
2 would be correct for NDMA, if take -- I don't
3 agree with the term "cumulative."  If all
4 those tablets were together, this would be
5 the value that would be -- of NDMA in the
6 total amount of tablets if taken altogether.
7 I don't agree that it would accumulate, so I
8 don't agree with that term, "cumulative."
9     Q.    The total amount of NDMA that
10 the patient would be exposed to if they took
11 a tablet of valsartan every day for 70 years
12 that had the 96 nanograms per day acceptable
13 intake limit; is that true?
14     A.    According to this calculation
15 presented here by Roland Frotschl, the
16 value -- I have no reason to state that that
17 is an incorrect calculation.  So yes, that
18 would be the value in line with your
19 statement.
20     Q.    So the total amount of NDMA to
21 which the patient would be exposed, correct?
22     A.    Yes, if that patient took that
23 particular contaminated drug for 70 years at
24 that level, yes -- yes, according to that

Page 392

1  linear back-extrapolation from the TD50 from
2  liver tumors.
3          And the whole premise of my
4  work is to put this forward as an unprecise
5  way of doing these calculations following on
6  from this, this amount.
7      Q.   Okay.  And in your 2021
8  research article, you proposed that the
9  appropriate permissible daily exposure for
10 NDMA would be 6,200 nanograms, correct?
11     A.   In that cited publication of
12 myself, based on the assumptions put forward
13 in that table of a 50 gram -- a 50-kilogram
14 population and with those adjustment factors
15 of 500 for the global population, and using
16 the lower bound of the BMD, whereas in this
17 report, where we're applying it to actual
18 dose, we're using the lower and upper bound,
19 which is the more precise and better way for
20 this risk assessment.
21         But that's what's presented in
22 that publication, 50-kilogram human, BMDL10,
23 and that's the PDE, as you've cited -- as
24 you've cited.

Page 393

1      Q.   And if one uses that PDE that
2  is suggested by you in the research article,
3  that the lifetime cumulative -- or let me say
4  it a different way -- the lifetime total
5  exposure would be 1,058,410 micrograms; is
6  that correct?
7      A.   I do not know.
8      Q.   Well, we would arrive at that
9  number by taking the 6.2 micrograms and
10 multiplying that by 365 and by 70 years in
11 order to compare it to the 2,453-microgram
12 total that appears in this slide, correct?
13         MS. LOCKARD:  Objection,
14     convoluted.
15     A.   This is not my calculation, but
16 I have no reason to disagree with your
17 calculation.  So I understand.
18 BY MS. BOGDAN:
19     Q.   The PDE that you have proposed
20 of 6.2 micrograms, what order of magnitude is
21 that higher than the acceptable limit
22 established by the FDA?
23         MS. LOCKARD:  Objection,
24     confusing.

Page 394

1      A.   Approximately -- asking me to
2  do calculations without a calculator --
3  approximately, it looks in the order of
4  magnitude of two orders of magnitude,
5  approximately a hundredfold, as an
6  approximation, potentially incorrect,
7  required to do a calculation in my head under
8  pressure.
9  BY MS. BOGDAN:
10     Q.   Do you have a calculator
11 available to you?
12     A.   Not that I'm aware of.
13         MS. GOLDENBERG:  Just use the
14     computer.
15         THE WITNESS:  Oh, okay.
16         MS. LOCKARD:  And I'm going to
17     object to him using -- I don't know
18     whose computer this is, but I'm going
19     to object to you having to do
20     mathematical calculations on this
21     person's computer.
22         THE WITNESS:  I do my
23     calculations in Excel.
24         MS. BOGDAN:  Let me ask this

Page 395

1  another way which won't require very
2  difficult math.
3          THE WITNESS:  I'm not saying
4  it's very difficult.  I'm just
5  suggesting I don't want it on the
6  record to do a calculation in my head.
7  I don't think it's very difficult, but
8  I would require a calculator in order
9  to do this precisely, and I like
10 precision.  Sorry.
11 BY MS. BOGDAN:
12     Q.   The FDA's acceptable intake
13 limit is 96 nanograms, correct?
14         MS. LOCKARD:  Asked and
15     answered, objection.
16         MS. BOGDAN:  Well, I'm just
17     trying to walk through the
18     calculation.
19     A.   Okay.  That is correct.
20 BY MS. BOGDAN:
21     Q.   And your proposed permissible
22 daily exposure is 6.2 micrograms, correct?
23     A.   The proposed PDE from the lower
24 bound for a 50-gram -- 50-kilogram population

Page 396

1  for a global population using the lower
2  bound, not considering the upper bound as I
3  have in my report, which is what I actually
4  carried the risk assessment out on, but I can
5  acknowledge your calculation, yes.
6       Q.    Well, 6.2 micrograms is what
7  you put in your peer-reviewed published
8  research article, correct?
9       A.    6.2 is what I put in my
10 peer-reviewed research article as the lower
11 bound with these different assumptions made
12 for a general PDE for a global population and
13 this conceptual report, this research article
14 that is not a risk assessment.
15      Q.    And 6.2 micrograms is 6,200
16 nanograms, right?
17      A.    Yes.
18      Q.    So we're comparing an
19 acceptable intake as determined by the FDA of
20 96 nanograms to your permissible daily
21 exposure limit of 6,200 nanograms, correct?
22      A.    That is correct.  And the
23 justification and the reason for the
24 difference is the linear back-extrapolation

Page 397

1  does not consider dose response really at all
2  of the cancer bioassay data, and the PDE data
3  does, and it also considers the biology.
4           And that accounts for the
5  difference as outlined in my publication, in
6  my report, to a high level of depth.
7       Q.    Is 6,200 nanograms
8  approximately 600 times larger than
9  96 nanograms?
10      A.    I don't want to get this wrong
11 again, so could you say that again, please?
12      Q.    Is 6,200 nanograms
13 approximately 600 times larger than
14 96 nanograms?
15      A.    Is it more like 60?  60 times a
16 hundred is 6,000.
17           Again, asking me to do
18 calculations without this calculator is the
19 same issue of estimation, and I don't feel
20 comfortable with estimations of calculations
21 without going to this calculator.
22      Q.    Okay.  If we could -- just to
23 follow up on your last answer, so you -- is
24 6,000 nanograms approximately 60 times larger

Page 398

1  than 100 nanograms?
2       A.    That feels more in line with
3  the correct answer.
4       Q.    Okay.  Now, on this slide
5  that's in front of you, there is a
6  theoretical excess lifetime cancer risk
7  calculation that's done.
8           Do you see that?
9       A.    I see that on this slide from
10 Roland Frotschl.  I see that, yes.
11      Q.    And is that theoretical excess
12 lifetime cancer risk calculated assuming a
13 320-milligram-per-day valsartan contaminated
14 with 24.1 micrograms of NDMA for six years?
15      A.    Yes.  From my understanding of
16 this slide, that is what it states.
17      Q.    And what is the theoretical
18 excess lifetime cancer risk associated with
19 taking the 320-milligram-per-day valsartan
20 contaminated with 24.1 micrograms of NDMA for
21 six years?
22      A.    The values stated in this
23 table, in accordance with your statement, are
24 1 in 4,650 theoretical excess lifetime cancer

Page 399

1  risk from a 320-milligram-per-day valsartan
2  contaminated with 24.1 microgram for six
3  years using this linear back-extrapolation,
4  acceptable intake, which is different to the
5  PDE approach, which my whole report is based
6  on.
7       Q.    And that, as shown in the
8  slide, would be 21.5 excess cancer cases in
9  100,000 people, correct?
10      A.    That would be the statement
11 used, but the calculation actually just
12 relates to animals because there's no
13 extrapolation factor to humans.  The
14 background actual risk of cancer is 1 in 2 or
15 1 in, say, 200 for liver.
16           But according to this very
17 conservative and unprecise way of calculating
18 this, those values are 21.5 out of 100,000
19 theoretical excess lifetime cancer risk from
20 this linear back-extrapolation.
21      Q.    Do you know how many patients
22 were on valsartan in the United States during
23 the time of the contamination?
24      A.    I do not know the exact number,

Page 400

¹ but I can appreciate it would be a high
² number as it was a very, very well prescribed
³ drug, including some of my colleagues being
⁴ on it, and my mom being on it.
⁵         So extrapolating from my
⁶ personal knowledge, I would see a lot of
⁷ people would have been on this drug, but I
⁸ don't know those numbers.
⁹         MS. BOGDAN:  If we could pull
¹⁰ up the next slide, please, which is
¹¹ Calculation of Excess Risk for Less
¹² Than Lifetime Exposure.
¹³         (Interruption by the
¹⁴ stenographer.)
¹⁵         (Whereupon, Deposition Exhibit
¹⁶ Johnson-31, Demonstrative, Calculation
¹⁷ of excess risk for less than lifetime
¹⁸ exposure, NDMA average in API, was
¹⁹ marked for identification.)
²⁰         THE WITNESS:  I have that.
²¹ BY MS. BOGDAN:
²²     Q.    Are you able to see it?
²³     A.    I'm able to see it.
²⁴     Q.    I'm sorry, did you say you're

Page 401

¹ unable to see it or you can see it?
²     A.    I can see it.
³     Q.    Do you recognize this slide?
⁴     A.    I recognize this slide, again,
⁵ from the slide set from Roland Frotschl that
⁶ he presented in a GUM meeting, a Germany
⁷ mutagenicity meeting, that I have taken in
⁸ order to explain or partially explain to the
⁹ best of my ability this -- this approach of
¹⁰ linear back-extrapolation carried out by the
¹¹ regulatory bodies, in this instance, EMA, in
¹² these issues.  Yes, I do recognize it.
¹³     Q.    Is this slide similar to the
¹⁴ last slide but it explains how the FDA and
¹⁵ EMA calculated the acceptable intake for NDEA
¹⁶ and the last slide was for NDMA?
¹⁷     A.    It does explain how the
¹⁸ regulatory bodies, including FDA and EMA,
¹⁹ calculated up to 26.5 in that third column
²⁰ for acceptable intake.  And beyond that, I
²¹ think there would be some differences between
²² those bodies, but I can't state exactly what
²³ those would be.
²⁴     Q.    And the 26.5 acceptable intake

Page 402

¹ limit, is that in nanograms?
²     A.    26.5 is in nanograms per day,
³ as the acceptable intake calculated from the
⁴ linear back-extrapolation using a 50-kilogram
⁵ human, 26.5 nanograms per day.
⁶     Q.    And the permissible daily
⁷ exposure that you calculated in your 2021
⁸ publication was 2.2 micrograms or 2,200
⁹ nanograms, correct?
¹⁰     A.    I can see from my publication
¹¹ in 2021 the PDE with these different
¹² assumptions, which is expanded upon in my
¹³ report, which is a better appreciation of my
¹⁴ actual risk assessment here than this
¹⁵ publication, which is a more basic version.
¹⁶         But, yes, those numbers,
¹⁷ 2.2 micrograms per person per day for NDEA,
¹⁸ using the lower bound for the BMD and so on,
¹⁹ with the same composite uncertainty factors
²⁰ at a human population at 50 kilograms, yes.
²¹     Q.    And 2.2 micrograms is 2,200
²² nanograms?
²³     A.    Yes, it is.  I'm happy to state
²⁴ that that is correct.

Page 403

¹     Q.    And that is compared to
² 26.5 nanograms that's the acceptable intake
³ as calculated by the FDA, correct?
⁴     A.    I -- can you reword that,
⁵ please?  I didn't fully understand the
⁶ question.
⁷     Q.    I'm just trying to have the
⁸ comparison in the same units of measure.
⁹         So the FDA's acceptable intake
¹⁰ limit is 26.5 nanograms, as shown on this
¹¹ slide, and the permissible daily exposure
¹² that you calculated is 2,200 nanograms,
¹³ correct?
¹⁴     A.    It's correct apart from I also
¹⁵ expanded on the PDE as shown in my report.
¹⁶ But that's correct.  2.2 microgram person --
¹⁷ per day could be also in the units of 2,200
¹⁸ nanograms per day as you stated.
¹⁹     Q.    And then going over to the last
²⁰ column, which is the theoretical excess
²¹ lifetime cancer risk, and that was calculated
²² for a patient taking a 320-milligram-per-day
²³ valsartan contaminated with 3.7 micrograms
²⁴ per tablet for four years, correct?

Page 404

1    A.    According to this slide, that's
2 correct. I'm unsure exactly how this
3 calculation was carried out because at the
4 top it says the API, and I didn't produce
5 this slide and calculation myself, hence my
6 inability to expand on that.
7         But that's the statement here
8 that Roland put forward at that meeting, and
9 I don't -- I used this slide, some of this
10 extent for my presentations. So if taking
11 320 milligrams per day valsartan contaminated
12 with 3.7 micrograms for four years, then his
13 calculation were these metrics below.
14    Q.    Which would be 8 excess cases
15 of cancer per 100,000 people, correct?
16    A.    According to his calculation,
17 based on these figures of 3.7 micrograms of
18 NDEA, the estimation in that large drug, the
19 320-milligram-per-day valsartan tablet for
20 four years, using the linear
21 back-extrapolation from the TD50 from the rat
22 liver tumors, with the assumption of
23 linearity, leads to those figures at the end
24 of 8 in 100,000 or approximately 1 in 12,500,

Page 405

1 which when we consider the actual human level
2 of cancer of, say, 1 in 2 or 1 in 200 for
3 liver, becomes a different way to consider
4 these metrics.
5    Q.    But these metrics with
6 regard -- as to how the FDA does their risk
7 assessment is the FDA is concerned with
8 trying to prevent excess cancer risk
9 associated with exposure to NDEA in
10 medication; isn't that correct?
11    A.    This is the EMA version of the
12 calculation, so those final columns may
13 differ to the FDA calculation, and I'm -- I
14 didn't know the extrapolation from the API in
15 this instance, so I could not confirm whether
16 that is correct or not.
17        MS. BOGDAN: If we could go to
18    the next slide, please, which is PDEs
19    Developed for NDMA and NDEA.
20        (Whereupon, Deposition Exhibit
21    Johnson-32, Demonstrative, PDEs
22    Developed for NDMA and NDEA, was
23    marked for identification.)
24        THE STENOGRAPHER: Exhibit 32.

Page 406

1 BY MS. BOGDAN:
2    Q.    Do you recognize this slide?
3    A.    Still loading. It is on my
4 screen.
5        Yes, I recognize this slide.
6    Q.    And does this slide set forth
7 the permissible daily exposure limits that
8 you calculated, as reflected in your 2021
9 publication?
10    A.    This slide represents PDE
11 metrics from the lower bound of the BM -- of
12 the BMD10 using these adjustment factors as
13 stated with the same calculation as in the
14 publication, but the unexpanded version of
15 this that we will see in my report.
16        Yes, this corresponds to that
17 publication. That is correct.
18    Q.    And you have in the charts the
19 mutagenic PDE expressed in micrograms,
20 correct?
21    A.    The mutagenic PDE is expressed
22 in micrograms per day.
23    Q.    Okay. And so if that was
24 converted, for example, the NDMA mutagenic

Page 407

1 PDE of 0.6 micrograms per day -- if that was
2 converted to nanograms, would that be
3 600 nanograms?
4    A.    That would be a correct
5 exchange of unit --
6    Q.    And that --
7    A.    -- by day. Per day.
8    Q.    Per day.
9        And then similarly, underneath
10 that, the carcinogenic PDE of 6.2 nanograms a
11 day -- or micrograms a day, if that was
12 converted to nanograms, that would be 6,200
13 nanograms a day, correct?
14    A.    So that would be a correct
15 exchange of units as we've just done
16 previously with the same number in one of the
17 last questions.
18    Q.    And then those could be
19 compared in the same units of measure to the
20 AI established by the FDA of 96 nanograms per
21 day, correct?
22    A.    They could be compared in
23 either unit.
24    Q.    So if we were going to convert

Page 408

1  the AI TD50 for NDMA to micrograms, that
2  would be 0.096 micrograms, correct?
3      A.   Correct, per day.  It needs to
4  be per day.
5      Q.   Yes, per day.  All right.
6          And then similarly, over for
7  NDEA, the mutagenic PDE would be converted to
8  46 nanograms per day?  That would be how to
9  convert that unit from micrograms to
10  nanograms?
11      A.   A conversion of a thousandfold
12  would be how you convert from microgram per
13  day to nanogram per day, correct?
14      Q.   And the carcinogenic PDE for
15  NDEA would be 2,200 nanograms, correct?
16      A.   It would be 2,200 nanograms per
17  day.  Again, we need to add in per day.
18      Q.   Well, these are all per-day
19  figures on this PowerPoint slide, correct?
20      A.   The adjustment factor is not in
21  that unit, but the PDEs are in microgram per
22  day, and the AIs are currently in nanogram
23  per day.
24      Q.   Now, the mutagenic PDEs that

Page 409

1  appear on this slide, those are values that
2  you calculated in your 2021 publication,
3  correct?
4      A.   Those were calculated from the
5  best dataset that we could find for in vivo
6  gene mutation, which was not to the level of
7  the OECD guidance and not robust enough to
8  carry out a risk assessment on.
9          But for the ability of this
10  publication, we calculated this as a proof of
11  concept to state that you could calculate the
12  PDEs in this way, and this is what they look
13  like.
14          And the lower bound of that,
15  with the assumption of quite major adjustment
16  factors totaling to 5,000 for those, that the
17  lower bound of the BMDL would be
18  0.6 microgram per day for NDEA -- NDMA.
19  NDMA.
20      Q.   So that would represent, in
21  your estimation based upon your calculations,
22  the level of NDMA per day that would result
23  in mutations, correct?
24      A.   I would not make robust

Page 410

1  conclusions from this dataset.  Again, common
2  name popping up, Gollapudi, et al, 1998,
3  their group carried out the most extensive
4  NDMA dose response to date.  It was the best
5  regarding close to being OECD compliant, but
6  not OECD compliant.
7          So the conclusions around the
8  mutagenic PDE are not robust enough for risk
9  assessment decisions to be made on.
10      Q.   But they were robust enough for
11  you to report them in your research article
12  that you published in May of 2021, correct?
13      A.   They were correct with the
14  caveats put forward in the publication, just
15  with the statements around having issues in
16  the dataset as well.
17          So correct, suitable for
18  publication.  I -- but not suitable for risk
19  assessment at the current time.
20      Q.   And the PDEs for mutation as
21  put forth in your published article are
22  exposures per day that would result in
23  mutation caused by either NDMA or NDEA at
24  those levels, correct?

Page 411

1      A.   The units used in these
2  publications is milligrams per kilogram per
3  day for NDMA.  And again, that's -- the study
4  design was not robust enough for us to make
5  solid conclusions about that for risk
6  assessment purposes.
7          But using these data, we could
8  get to 0.6 micrograms per day for NDMA or
9  0.046 micrograms per day for NDEA.
10          Is that -- did I -- apologies
11  if you need to restate the question.
12      Q.   What does the mutagenic PED
13  calculation represent?
14      A.   The mutagenic PDE calculation
15  represents an extrapolation from the BMD
16  lower confidence interval calculated from
17  in vivo genetic mutation data and
18  extrapolated from animals to humans -- that's
19  the first adjustment factor of 5 within the
20  adjustment factors -- to account for
21  variation in the population around DNA
22  repair, assuming that someone who doesn't
23  have any DNA repair capacity -- that's the
24  second one.

Page 412

1      And then I think severity of
2  effect and exposure duration would be the
3  next 10 and the next 10.  And then whether we
4  defined the final value of the point of
5  departure would be the final value.
6      So the assumption is -- you've
7  made all those assumptions and you're
8  extrapolating the mutation, BMD, to estimate
9  a potential human DNA, potential one.  Again,
10 this would not be precise enough from this
11 particular dataset.  And those are the sorts
12 of assumptions.
13     So this was a proof of concept,
14 and that's what these values represent.
15     MS. BOGDAN:  If we could please
16 pull up Exhibit 28 again.
17     A.   I have Exhibit 28 in front of
18 me.
19 BY MS. BOGDAN:
20     Q.   Okay.  And this, again, is the
21 February 14th, 2019 publication by the EMA.
22 If we could please go to page 24.
23     A.   I'm on page 24.  My page 24
24 starts with Table 10.

Page 413

1      Q.   Perfect.
2      I'd like to direct your
3  attention to Table 10.
4      A.   I'm directed.
5      Q.   Okay.  And the EMA is doing a
6  comparison here of the TD50 and their use of
7  the benchmark dose approach to calculate
8  theoretical excess lifetime cancer risks.
9      Do you see that?
10     A.   I do see that, using the linear
11 back-extrapolation from the TD50 and the
12 benchmark dose lower confidence interval to
13 calculate theoretical risk.  I do see that.
14     Q.   And so the first row for the
15 TD50 rat liver tumors, do you see that?
16     A.   I do see that.
17     Q.   They are doing the calculation
18 and coming up with the acceptable intake
19 limit, which is the intake limit that is
20 permissible of 96 nanograms.
21     Do you see that?
22     A.   I do see that.
23     Q.   Okay.  And then the EMA is
24 using the benchmark dose approach in the row

Page 414

1  under that for the lower range, and coming up
2  with an acceptable intake limit of 9 --
3  145 nanograms per day.
4      Do you see that?
5      A.   I do see that from the linear
6  back-extrapolation of the BMDL10 rat liver
7  tumors, if you draw a straight line back from
8  them, an estimated 50-kilogram human, then
9  that calculation leads to the 145 nanogram
10 per day presented there as the acceptable
11 intake.  Yes, correct.
12     Q.   And then the EMA does the
13 benchmark dose approach for the upper range
14 in the next row, and derives an acceptable
15 daily intake limit of 215 nanograms.
16     Do you see that?
17     A.   I do see that, but it was
18 incorrect.  It's the BMD lower confidence
19 interval.  That's the BL -- it's BMDL, not
20 BMD upper.
21     Q.   Oh.  I see.
22     A.   Okay.
23     Q.   So in that last row, they're
24 doing another benchmark dose lower confidence

Page 415

1  interval calculation and coming up with an
2  acceptable intake of 215 nanograms per day,
3  correct?
4      A.   Yes, their use of the BMDL10 in
5  this instance, where they drew a straight
6  line back from that BMDL10 and assumed a
7  population of 50 kilograms of humans, they
8  got the acceptable intake of 215 nanograms
9  per day.  I see that, yes.
10     Q.   So in this table, the first
11 value, 96 nanograms, is using the linear
12 extrapolation approach from the TD50,
13 correct?
14     A.   Correct, yes.  Using the linear
15 back-extrapolation from the TD50 to get 96 --
16 (audio malfunction) --
17     (Clarification requested by the
18 stenographer.)
19     A.   I will restart from the --
20 yeah.
21     So I see the 96 nanograms per
22 day that I was directed to see.  I see that
23 value and that it was calculated using the
24 TD50 from rat liver tumors with the

Page 416

1  assumption of a 50-kilogram human to get the
2  acceptable intake of 96 nanograms per day.  I
3  do see that.
4  BY MS. BOGDAN:
5      Q.    Okay.  So in this chart, the
6  acceptable intakes that are being calculated
7  by the EMA are 96 using the TD50,
8  145 nanograms using benchmark dose lower 10,
9  and then 215 nanograms using the benchmark
10  dose lower 10, correct, as shown on the
11  chart?
12      A.    As shown on the document, the
13  96 refers to the linear back-extrapolation
14  from the TD50; the 145 refers to a linear
15  back-extrapolation from the BMDL10, first
16  example from the rat liver; and the final
17  value of 215 represents the linear
18  back-extrapolation from the BMDL10 rat livers
19  to calculate and present these acceptable
20  intakes for the estimated population of a
21  50-kilogram human, correct.
22      Q.    And your calculation for the
23  permissible daily exposure is 6,200
24  nanograms, correct?

Page 417

1      MS. LOCKARD:  Objection, form,
2    vague.
3      A.    The lower bound of the PDE, as
4  you've stated as being 6.2, and adjusted to
5  nanograms or conversion of units, would be,
6  as you stated, 6,200.
7      From the lower bound of the PDE
8  from my publication, where we used the PDE
9  which assumes a threshold mechanism of DNA
10  repair, and then allows these adjustment
11  factors to calculate human risk instead of
12  drawing a straight line from the BMDL10,
13  leads to these values that you've suggested,
14  and I'm explaining a bit of the difference
15  and why they're different.
16      MS. BOGDAN:  If we could please
17    pull up the next exhibit, which is
18    Snodin, Short Commentary on NDMA
19    Contamination of Valsartan Products.
20      (Whereupon, Deposition Exhibit
21    Johnson-33, Short commentary on NDMA
22    (N-nitrosodimethylamine) contamination
23    of valsartan products, by Snodin
24    et al, was marked for identification.)

Page 418

1      THE STENOGRAPHER:  Exhibit 33.
2  BY MS. BOGDAN:
3      Q.    Please let me know when the
4  exhibit is available for you to view.
5      A.    Which exhibit?  I can see 32.
6      Q.    Can you see the short
7  commentary on NDMA?
8      A.    33?  Is that Exhibit 33?  Yes,
9  Short Commentary on NDMA, yes.
10      Q.    And you're familiar with this
11  article, correct?
12      A.    I am familiar with this
13  article, correct.
14      Q.    And in this article, they do a
15  risk assessment for NDMA, correct?
16      MS. LOCKARD:  Objection, form,
17    misstates the record.
18  BY MS. BOGDAN:
19      Q.    Well, let's please go to
20  page 327.
21      A.    I'm on page 327.
22      Q.    Do you see the section entitled
23  Risk Assessment for NDMA?
24      A.    I see the section Risk

Page 419

1  Assessment for NDMA.
2      Q.    And does Snodin in this article
3  do a risk assessment for NDMA?
4      A.    I do not know.
5      Q.    Okay.  Directing your attention
6  to the section that's highlighted there about
7  two-thirds of the way down, there's a
8  sentence that begins "Since exposure via
9  pharmaceuticals."
10      Do you see that?
11      A.    I -- can you redirect it to me?
12  Sorry, I'm getting tired.  Can I see it
13  again, please?
14      Q.    Okay.  Sure.  I think it's
15  highlighted, actually, on the Zoom, if that
16  helps you find it.
17      A.    Okay.
18      Q.    It's right --
19      A.    Since exposure -- I've seen it:
20  Since exposure via pharmaceuticals is
21  unlikely.
22      Q.    Okay.  So it reads:  Since
23  exposure via pharmaceuticals is likely to
24  last more than a few years, the ICH M7

Page 420

1  less-than-lifetime approach can be applied to
2  the most conservative value of.
3          Are you familiar with the
4  less-than-lifetime approach?
5      A.    I have some familiarity with
6  the less-than-lifetime approach.
7      Q.    And is that a way to do a risk
8  assessment?
9      A.    From my understanding of the
10 less-than-lifetime approach, it's a way to do
11 a risk assessment and adjust an acceptable
12 intake to less than lifetime.
13     Q.    Okay.  And in this publication,
14 that is what Snodin wrote about here in this
15 sentence that begins "Since exposure via
16 pharmaceuticals is unlikely to last more than
17 a few years"?
18     A.    According to my understanding
19 of this document and reading this specific
20 statement, that is what it shows, that this
21 is an explanation of the less-than-lifetime
22 approach here, yes.
23     Q.    And then continuing on reading
24 that sentence, please, can you tell me what

Page 421

1  values he arrived in determining the daily
2  exposure limit?
3      A.    Reading it out would be the
4  result is 0.64 micrograms per day if exposure
5  is under 10 years, and 1.2 microgram per day
6  if exposure is under 1 year.  Assume -- and
7  that's under the assumption of the
8  assumptions below.  And this is also assuming
9  a linear back-extrapolation, again.
10     Q.    So the daily exposure limits
11 being calculated by Snodin would be
12 0.64 micrograms per day if exposure is less
13 than 10 years and 1.28 micrograms per day if
14 the exposure is less than 1 year, correct?
15     A.    Yes, that is what's stated here
16 due to a correction of the acceptable intake
17 that was calculated using a linear
18 back-extrapolation.  When that's corrected
19 here for less than lifetime, they state here
20 those metrics which you've read out, and yes,
21 that's what it states here.
22     Q.    And those values are, again,
23 different than the permissible daily exposure
24 values calculated by you, correct?

Page 422

1      A.    That is correct.  As one would
2  assume from extrapolating back, a straight
3  line from the TD50 and ignoring the
4  dose-response relationship, you would assume
5  that that would lead to a different value
6  than if you accepted a nonlinear dose
7  response with a DNA repair mechanism and
8  carried that dose-response modeling to
9  actually define the point of departure and
10 extrapolate from that.
11         And that would explain why you
12 would see such a difference and the
13 overconservative nature of a linear
14 back-extrapolation approach compared to one
15 based on nonlinearity.
16         So that's the explanation as
17 well as a bit more information there.
18     Q.    You stated the overconservative
19 nature in your last response, correct?
20     A.    I stated overconservative
21 nature in my last response.
22     Q.    When determining limits of
23 exposure to a genotoxic mutagen, isn't it
24 recommended to be conservative in order to

Page 423

1  minimize risk associated with exposure?
2          MS. LOCKARD:  Objection, vague,
3      speculation.
4      A.    When assessing risk for an
5  exposed population, it would be good to be
6  conservative, and it would also be good to be
7  precise.  And I put forward a precise and
8  conservative calculation in the PDE.
9  BY MS. BOGDAN:
10     Q.    Can you point to a human study
11 where the daily exposure limits that you have
12 set forth have been administered to humans
13 over an extended period of time and the
14 results of that study have shown that those
15 exposure limits are safe?
16     A.    There would be multiple
17 examples that I would not be associated with,
18 with complete drugs on the market that that
19 statement would agree to, and another example
20 would be -- that I was associated with, would
21 be when we showed exactly that, that an
22 exposed population of 25,000 people to
23 Viracept that had a low level of EMS in a
24 certain batch of that Viracept, we showed

Page 424

1 that that population did not have increased
2 risk of cancer.
3          We published on that.  We put
4 an impact story around that, submitted it to
5 our research excellence framework.  So that
6 would be a good example to do it.  So yes.
7 There will be other examples, but that's a
8 good one.
9     Q.    But the EMS contamination was
10 not NDMA, correct?
11     A.    The EMS contamination was not
12 NDMA, correct.
13     Q.    And the EMS contamination was
14 not NDEA, correct?
15     A.    The EMS contamination was not
16 NDEA, correct.
17          THE WITNESS:  I'm going to need
18 some food soon.  I'm getting tired.
19 Can we talk?
20          MS. LOCKARD:  We're going to
21 need to take a break, I think.
22          MS. BOGDAN:  Okay.  We can go
23 off the record.
24          THE VIDEOGRAPHER:  Going off

Page 425

1 the record.  The time is 11:50 a.m.
2          (Recess taken, 11:50 a.m. to
3 12:13 p.m. BST)
4          THE VIDEOGRAPHER:  We're back
5 on the record.  The time is 12:13 p.m.
6 BY MS. BOGDAN:
7     Q.    Dr. Johnson, are you aware that
8 there are dietary studies that showed a
9 statistically significant increased risk of
10 cancer with increased dietary exposure to
11 NDMA?
12     A.    I am aware of some food-based
13 studies where that conclusion was made, but
14 there was obviously a mixture within those
15 foods of other carcinogens, but I'm aware of
16 those studies, yes.
17     Q.    Did you determine the total
18 exposure for those people in the studies that
19 had a statistically increased risk of cancer?
20     A.    Can you repeat the question,
21 please?
22     Q.    Sure.
23          Did you calculate the total
24 exposure to NDMA that the people in the

Page 426

1 studies who had a statistically increased
2 risk of cancer?
3          MS. LOCKARD:  Objection, form.
4          MS. BOGDAN:  Let me ask it
5 another way.
6 BY MS. BOGDAN:
7     Q.    In the studies there were
8 groups of people that had a statistically
9 increased risk of cancer associated with
10 certain levels of dietary exposure to NDMA.
11          Did you calculate what those
12 levels or exposure were for those people that
13 had a statistically increased risk of cancer?
14          MS. LOCKARD:  Objection, vague.
15 What studies are we talking about now?
16          MS. BOGDAN:  The dietary
17 studies.
18          MS. LOCKARD:  Which dietary
19 studies?
20          THE WITNESS:  I would need to
21 see those.
22 BY MS. BOGDAN:
23     Q.    No, I'm asking if you, at any
24 time, calculated the total amount of NDMA

Page 427

1 that people were exposed to in the dietary
2 studies that resulted in a statistically
3 significant increased risk of cancer?  Did
4 you do any such calculation?
5          MS. LOCKARD:  Objection, form,
6 vague.
7     A.    I looked at the studies in
8 which NDMA was referenced in some food
9 studies, and that had no link to the
10 calculations I performed, which are PDEs, as
11 stated on page 60 of my report.
12 BY MS. BOGDAN:
13     Q.    So for the work you did on this
14 case, you did not rely on any of the
15 information in the dietary studies; is that a
16 fair statement?
17     A.    I would state that I considered
18 those studies and did not deem those human
19 studies to be precise enough to be able to
20 contribute to a human exposure limit
21 calculation.
22          In this instance, you would use
23 an animal-based study, which is what I've
24 done, as presented in my report.

Page 428

1    Q.    So you chose to use an
2  animal-based study for your calculations as
3  opposed to the human dietary studies,
4  correct?
5    A.    I chose to do that in line with
6  best practice and all the other regulations.
7  All the acceptable intakes were in line with
8  that as well, from the relevant animal
9  studies and not from the human studies as
10  well.  So yes, that is correct.
11    Q.    Do you agree that in the
12  dietary studies they were seeing increased
13  risks with NDMA levels at hundreds of
14  nanograms per day?
15    MS. LOCKARD:  Objection --
16    A.    I would have to --
17    MS. LOCKARD:  -- form, vague.
18    A.    I would have to see the
19  specific document to comment on specific
20  numbers.
21  BY MS. BOGDAN:
22    Q.    When you reviewed the dietary
23  studies, did you make notes of the daily
24  intakes of NDMA of the persons in the

Page 429

1  studies?
2    A.    When I saw the dietary studies,
3  I think as referenced in one of the expert
4  reports -- I cannot recollect which one --
5  that targeted me towards those data.
6    I looked at those data and saw
7  that it was not a precise measure of just
8  NDMA, and there would always be confounding
9  factors within such a dietary study with over
10  99% of known carcinogens are in food, and
11  none of that would be accounted for by just
12  basing the decision on one of such substance.
13    So for that reason, it did not
14  contribute to my report and did not -- will
15  not change my opinion as stated in my report.
16    Q.    So the dietary studies that you
17  did review were not used to formulate your
18  opinion in this case, correct?
19    A.    The dietary studies were
20  considered, as was a lot of information.
21  They were rejected as useful sources of
22  information for which to define and calculate
23  a precise level of human risk that we could
24  use as a permitted daily exposure or any

Page 430

1  other risk assessment approach.
2    So regarding the calculations
3  and opinions based on calculations, they
4  formed no link to those calculations
5  regarding metrics.
6    Q.    So you did not use the dietary
7  studies as the basis for your opinions in
8  this case?
9    MS. LOCKARD:  Objection, form,
10  asked and answered.
11    A.    My opinions are based, as we
12  can see in my report, on dose-response
13  analysis of the most suitable cancer bioassay
14  data, the most suitable cancer data in any
15  species, including humans, for which you can
16  calculate human risk.
17    So for that reason I selected
18  the most suitable data to calculate these
19  human daily exposure limits, which did not
20  include those -- those numbers from the food
21  studies.
22    MS. BOGDAN:  Can we please pull
23  up the Fitzgerald study, Development
24  of Tolerable Daily Intake?

Page 431

1    (Whereupon, Deposition Exhibit
2  Johnson-34, Development of a Tolerable
3  Daily Intake for
4  N-Nitrosodimethylamine Using a
5  Modified Benchmark Dose Methodology,
6  by Fitzgerald et al, was marked for
7  identification.)
8    THE STENOGRAPHER:  Exhibit 34.
9    MS. BOGDAN:  Are you able to
10  find it?
11    TRIAL TECHNICIAN:  Yep, coming
12  up now.
13    THE WITNESS:  Yeah, I've got
14  it.  It is loaded on my screen.
15  D. James Fitzgerald and Neville
16  Robinson.  I can see it.
17  BY MS. BOGDAN:
18    Q.    Are you familiar with this
19  study?
20    A.    I have seen this study.
21    Q.    And just directing your
22  attention to page 1 of the study.
23    A.    I -- the pagination in the
24  textbook, does that start -- is it 1670?

Page 432

1    Q.    70, correct.

2    A.    Excellent.  I see that.

3    Q.    And do you see in the abstract

4  that these authors developed a tolerable

5  daily intake using the modified benchmark

6  dose methodology, and they report a TDI

7  range -- and this is at the bottom of the

8  abstract -- of 4.0 to 9.3 nanograms per

9  kilograms per day.

10       Do you see that?

11   A.    I can see this approach of the

12 benchmark dose followed by arithmetic and

13 exponential weight averaging which, to my

14 understanding, is not in line with the

15 standardized way of carrying out benchmark

16 dose calculations in line with those from the

17 RIVM in a statistical program called PROAST,

18 which has been harmonized with the BMDS

19 software available from EPA as the go-to and

20 recommended way of carrying out BMD analysis.

21       I do not identify this as being

22 in line with that way of calculating the BMD,

23 and I see they used a 5% extra risk dose

24 where the recommendation within expert

Page 433

1  regulatory bodies would be a 10% extra risk

2  dose instead.

3        I see that using their

4  approach, they came up with those figures of

5  the BMD.  And then I haven't looked -- I can

6  look at the adjustment factors that they

7  would have used to correct it to calculate to

8  the TDI.

9        So I see it and I've identified

10 some issues immediately.  But I see it, yes.

11   Q.    And those TDI ranges reported

12 in the study of 4.0 to 9.3 nanograms per

13 kilograms per day are different values than

14 what you calculated using your benchmark dose

15 approach, correct?

16   A.    I can see that the TDI range of

17 4.93 [sic] nanograms per kilograms per day as

18 calculated from this problematic use of

19 benchmark dose modeling on these data

20 resulted in these metrics presented within

21 this abstract, yes.

22       MS. BOGDAN:  Could I have a

23   time check, please?

24       THE STENOGRAPHER:  2:40.

Page 434

1        MS. BOGDAN:  I'll pass the

2  witness at this point.

3        MS. LOCKARD:  Okay.  We'll take

4  a short break.  I'm going to need

5  about -- I've got exhibits downstairs

6  I need to get pulled together, so I

7  would say probably about 15 minutes,

8  so...

9        THE VIDEOGRAPHER:  Going off

10 the record.  The time is 12:25 p.m.

11       (Recess taken, 12:25 p.m. to

12 1:02 p.m. BST)

13       THE VIDEOGRAPHER:  We're back

14 on the record.  The time is 1:02 p.m.

15       ------------

16       EXAMINATION

17       ------------

18 BY MS. LOCKARD:

19   Q.    Dr. Johnson, how are you doing?

20   A.    I'm doing great.  Thank you.

21   Q.    Okay.  Can you spare a little

22 more time, a few more questions on the record

23 for you, and then we'll be done.

24   A.    I definitely can.

Page 435

1    Q.    And for the record, I'm

2  Victoria Lockard.  I represent Teva.  And I

3  am going to be asking the questions on behalf

4  of the defense.

5    A.    Understood.

6    Q.    So, Dr. Johnson, yesterday you

7  were asked if drug companies stood to benefit

8  from your PDE because it would allow them to

9  sell more drugs with higher levels of

10 nitrosamines.

11       Do you recall that?

12   A.    I do recall that, yes.

13   Q.    Was that your intent in

14 pursuing this area of interest?

15   A.    It was not my intent when

16 pursuing this area of interest.  My friend

17 and colleague came to me.  He had actually

18 taken the drug, and it had been recalled.  I

19 talked to my mom, and she had also taken the

20 drug and it had been recalled.

21       And I realized that in addition

22 to it relating to our current situation, it

23 would also produce peace of mind to my

24 friends and family that are on it, as well as

Page 436

1 to the exposed population and other patients.
2        So there's quite a high level
3 of peace of mind from knowing that you're not
4 at increased risk of cancer from taking
5 something.  So I pursued it for that reason.
6     Q.    Okay.  You mentioned that your
7 mom was on valsartan.  Did I hear you
8 correctly?
9     A.    Yes, yes, she was on valsartan.
10     Q.    Does your PDE opinion provide
11 peace of mind to you that your mom was not
12 exposed to an increased risk of cancer from
13 her medication?
14     A.    It absolutely provides that,
15 and I have said as such to my mom.
16     Q.    Let's talk a little bit about
17 your background and qualifications.  I have
18 put a CV in front of you.  I know we have one
19 that's attached to your report, but let's
20 make this a standalone exhibit.
21        What number are we on?
22        THE STENOGRAPHER:  The next one
23 in line will be 35.
24        MS. LOCKARD:  Okay.  So we'll

Page 437

1     make this Exhibit 35, just for your
2     reference, Dr. Johnson.
3        (Whereupon, Deposition Exhibit
4     Johnson-35, Johnson Exhibit A,
5     Curriculum Vitae, was marked for
6     identification.)
7 BY MS. LOCKARD:
8     Q.    Where is Swansea University?
9     A.    Swansea University is in Wales.
10 It's in a city called Swansea.  It's on the
11 beach.  That's where it is.  It's in Wales in
12 the U.K. in a city called Swansea.
13     Q.    Did you grow up there?
14     A.    I grew up in another seaside
15 town called Brighton, and then I moved to
16 Swansea.
17     Q.    Have you spent any time in the
18 United States?
19     A.    I have spent some time in the
20 United States.
21     Q.    Okay.  Have you traveled for
22 business around the U.S.?
23     A.    I have traveled quite
24 extensively for business in the United

Page 438

1 States, and also for pleasure in the United
2 States on numerous occasions as well.
3     Q.    You were explaining a little
4 bit about the professorship levels earlier.
5 Are the professorship levels different in the
6 U.K. than they are in the U.S.?
7     A.    In certain universities they
8 are.  They go from -- they go from tutor,
9 which is not on the career grade, which you
10 would call tenure; to lecturer, which is a
11 career grade tenure; to senior lecturer; to
12 reader; to professor.  Our university a few
13 years ago changed from that system to
14 harmonize better with the U.S. system.
15        We still have the tutor, which
16 is not tenure.  We have lecturer, which is
17 tenure.  And associate professor -- senior
18 lecturer -- sorry.  I haven't done it for a
19 while.  Tutor, not tenure; lecturer, tenure;
20 senior lecturer, tenure; associate professor,
21 tenure with me.  And the final goal is
22 professor, full professor.
23     Q.    And are you tenured?
24     A.    Yes, I'm on the -- I'm tenured,

Page 439

1 which my interpretation is I'm in the
2 business plan, yes.
3     Q.    And are you on track to
4 becoming a full professor?
5     A.    I'm on track to become a full
6 professor, and one of the last pieces of the
7 puzzle is to either demonstrate a series of
8 publications in high-impact journals and/or
9 to produce a high-impact story which is
10 assessed by our research excellence
11 framework, which is carried out every seven
12 years.  And if that is judged by them to be
13 four star, which is of global impact, then I
14 will use that to apply for professorship.
15     Q.    So although you had testified
16 at one point that you didn't get any extra
17 pay for doing your research on the PDE that
18 resulted in your 2021 paper, is the research
19 that you did in connection with your PDE
20 work -- is it part of your research
21 obligation as a -- as a professor at the
22 university?
23     A.    It's entirely part of my
24 obligation as a researcher, as a professor,

Page 440

1  associate professor, in my university. I
2  publish papers. They get judged again on
3  this scale of 1, 2, 3, 4 star. If I have
4  3-star or 4-star publications, they get
5  submitted to Research Excellence Framework,
6  they contribute to my PDR, my professional
7  development review, and I'm judged I'm
8  succeeding as a researcher by publishing
9  numerous papers.
10      So this -- these publications
11  that we're commenting on today have all
12  contributed to my career progression. I'll
13  continue to research on this topic and
14  publish papers all my time at Swansea
15  University because it's part of my job.
16      Q.   What qualifies as high impact?
17      A.   High impact for a publication
18  has a few criteria. The easiest criteria is
19  impact factor, such as nature or science,
20  something like that. In toxicology -- and
21  this is all based on number of citations. In
22  toxicology, the impact factor is lower, say,
23  three or four. I think some of them are
24  about six. So these would be judged as

Page 441

1  medium impact.
2      But then regarding the impact
3  story, it's has your work made an impact,
4  made a change, supported something such as
5  this, such as many individuals know that
6  they're not at increased risk of cancer,
7  that's a numerical scale. So that's an
8  impact. Everything is impact.
9      So my work is very impactful in
10  straight publication ways and in the
11  application of this work in many different
12  scenarios.
13      Q.   Have you ever gotten any 4-star
14  impact recognition for any of your papers?
15      A.   I think our 2007 Doak paper
16  was. Potentially another publication was.
17  More relevant to today would be we had -- I
18  think it was 2014, the last Research
19  Excellence Framework, we submitted an impact
20  story based on our contribution to the EMS
21  Viracept case. We submitted that to the
22  Research Excellence Framework, which judges
23  research excellence in a seven-year period
24  for all universities in the U.K. And they

Page 442

1  deemed that as the highest level of impact,
2  so we had 4-star impact in that scenario.
3      MS. LOCKARD: Okay. Steve, can
4  we pull up the Swansea University
5  Genetic Toxicology page.
6      MR. HARKINS: This is going to
7  be doc number 208 on our internal
8  tracking, marked as Exhibit 36.
9      TRIAL TECHNICIAN: Thank you.
10      (Whereupon, Deposition Exhibit
11  Johnson-36, Swansea University Genetic
12  Toxicology Webpage, was marked for
13  identification.)
14  BY MS. LOCKARD:
15      Q.   So I'll hand to you a document
16  that's been marked as Exhibit 36. Do you
17  recognize this document?
18      A.   I recognize this.
19      Q.   What is this?
20      A.   This is our impact story.
21      Q.   Does this relate to the
22  Viracept publication that you were
23  referencing?
24      A.   It entirely relates to that.

Page 443

1  And Swansea, including myself's, contribution
2  to that impact story and the evidence of the
3  impact and our link to this -- this major
4  incidence, and we detailed the impact
5  throughout in lines with what I was talking
6  about.
7      MS. BOGDAN: Could we please --
8  excuse me -- pull up the exhibits on
9  the screen, because I can't see what
10  the witness is looking at.
11      TRIAL TECHNICIAN: Steve,
12  should I pull that up?
13      MS. LOCKARD: Do you have
14  access for the box?
15      THE WITNESS: Could we put it
16  maybe in the link?
17      TRIAL TECHNICIAN: It's in the
18  link. Would you like me to put it on
19  screen as well, Steven?
20      MR. HARKINS: Yes, if you could
21  put that on screen, that would be
22  good. Thank you.
23      TRIAL TECHNICIAN: No problem.
24  BY MS. LOCKARD:

Confidential Information - Subject to Protective Order

Page 444

1  Q.   So why was this deemed to be a
2  high-impact piece of work, to your
3  understanding?
4  A.   To my understanding, because we
5  were able to support and show that low levels
6  of this genotoxicant, this genotoxin, ethyl
7  methanesulfonate, did not increase the risk
8  to this population of 25,000 patients.  That
9  was deemed of major global impact.
10  Q.   And was this paper and your
11  conclusions -- were these considered by
12  certain regulatory authorities in considering
13  whether to change their regulations or their
14  guidelines?
15  A.   This was submitted actually in
16  line with the guidelines at the current time
17  as presented in ICH, where they highlight
18  that if you can prove genotoxic threshold
19  mechanism with DNA repair in line with how
20  we're doing it today, if you can prove that,
21  then you can use the PDE within the ICH M7
22  guidance.
23       That whole piece, that whole
24  concept, all that data was put forward to the

Page 445

1  European Medicines Agency and accepted.
2  Q.   And the EMA accepted that work,
3  which was also based on the PDE; is that
4  right?
5  A.   That is correct.
6  Q.   So this says on paragraph 2:
7  Previously, before 2008, genotoxicity was
8  assumed to be linear with respect to drug
9  dose and genotoxic drugs were discarded.
10  This was based on the precautionary principle
11  as no one really understood low-dose effects.
12       And do you agree with those
13  statements?
14  A.   We had to broaden those
15  statements to allow a wider readership to
16  understand it, but another concept within
17  this is there was already a subgroup of
18  genotoxicants for which they were already
19  accepted to have a threshold, and those would
20  be antigens.  So those were already accepted.
21       And this is really talking to
22  whether the mutagenic -- the substances that
23  interact with the DNA and cause mutations,
24  whether those same principles could be

Page 446

1  applied.  And we provided our information
2  based on DNA repair and dose-response
3  analysis.
4  Q.   Have you received any other
5  awards with respect to your work as a genetic
6  toxicologist?
7  A.   I have, yes.  So for my
8  undergraduate project, when I stated
9  previously I won the Roger Gilbert Award for
10  quantitative excellence in genetics, and
11  later on I won an award from the United
12  Kingdom Environmental Mutagen Society, UKEMS.
13       I later won an award from --
14  and these are young scientist awards -- from
15  UKEMS, and then I later won the European
16  version of that, so European Environmental
17  Mutagenesis and Genomics Society, EEMGS.  I
18  won their young scientist award; later became
19  president of that, the youngest-ever
20  president for that society.  I'm currently
21  vice president for that society.  And I may
22  have won other awards, but those are the ones
23  I recollect.
24  Q.   Do you serve on any editorial

Page 447

1  panels?
2  A.   I serve on EMM, the one we've
3  discussed, to some extents, Environmental and
4  Molecular Mutagenesis.  I sit on their panel
5  of editors.  And that's linked to the
6  American version of the EEMGS and UKEMS,
7  which I've just stated.  So I sit on that.
8       And also I sit on the Japanese
9  version of that called JEMS, Japanese
10  Environmental -- Environmental Mutagen
11  Society; their journal as well, called Genes
12  and Environment.  And I don't think I sit on
13  any other ones, but I have a heavy workload.
14  I may not recollect.
15       (Interruption by the
16  stenographer.)
17  BY MS. LOCKARD:
18  Q.   What do you hold degrees in,
19  Dr. Johnson?
20  A.   I have an undergraduate degree
21  in genetics.  I have a Ph.D. with a title
22  explained in my CV in genetic toxicology and
23  quantitative analysis of data and aspects of
24  hazard and risk assessment with a Ph.D.

Page 448

1  level.
2          I have a teaching qualification
3  as well, a postgraduate teaching certificate.
4  That's a qualification.  I am a registered
5  toxicologist with BTS, British Toxicological
6  Society, and the European version of that;
7  and I think that's called BRT and ERT.  And I
8  think that's the extent of my qualifications,
9  but I may have missed one.
10     Q.    And as part of your -- you're
11  currently teaching; is that correct?
12     A.    I teach all year round,
13  correct.
14     Q.    As part of your teaching, do
15  you teach genetic toxicology?
16     A.    I teach genetic toxicology at
17  undergraduate level, at master's level, at
18  Ph.D. level, also at conferences, also with
19  regulatory bodies, also for societies
20  globally.
21     Q.    And do you provide
22  presentations on risk assessments?
23     A.    Yes.  Many of those
24  presentations include risk assessment

Page 449

1  teachings, yes.
2     Q.    Have you -- and have you -- to
3  your students, have you included -- well,
4  strike that.
5          Do part of your teachings that
6  are associated with your academic appointment
7  at the university include teaching foundation
8  for performing risk assessments?
9     A.    We discussed that in our
10  genetic toxicology module in undergraduate
11  teaching.  And at Ph.D. level, I have taught
12  numerous students of mine risk assessment,
13  and they've applied that.  Many of them have
14  got quite good jobs now in industry where
15  they're able to apply this understanding as
16  well.  So yeah, I teach -- I teach this at
17  many different levels.
18     Q.    So this was not the first risk
19  assessment you had done; is that fair?
20     A.    Certainly not.
21     Q.    You were shown yesterday a
22  document which I believe was Exhibit 3, so if
23  we could pull that up again.  And it was the
24  2021 [sic] HESI Annual Report.

Page 450

1          TRIAL TECHNICIAN:  I'm sorry,
2  which doc number is that?
3          MS. LOCKARD:  I believe it was
4  3.
5          THE WITNESS:  Looks correct.
6          MS. LOCKARD:  Now I'm having a
7  problem with exhibits.
8          THE WITNESS:  They've got it up
9  in Zoom.
10         MS. LOCKARD:  Let's see.  Okay.
11  Yep.
12  BY MS. LOCKARD:
13     Q.    Do you remember being asked
14  about this report and all of the
15  pharmaceutical industry individuals who were
16  a member or HESI yesterday?
17     A.    I do remember that with focus
18  on the pharmaceutical individuals in this
19  document, yes, I do.
20     Q.    What does HESI stand for?
21     A.    Health and Environmental
22  Science Institute is what I think it stands
23  for --
24     Q.    And --

Page 451

1     A.    -- yes.
2     Q.    -- if you turn to page 2 with
3  me of this document, can you tell us what
4  your understanding of HESI's mission is?
5     A.    Sorry, I was on the wrong page.
6  The vision or the mission?
7     Q.    The mission.
8     A.    The mission.  HESI's mission as
9  stated here:  HESI's mission is to engage
10  scientists from academia, government,
11  industry, nongovernment organizations and
12  other strategic partners to collaboratively
13  identify and help to resolve global health
14  and environmental changes [sic].
15     Q.    When was HESI founded?
16     A.    It was founded in 1989 as a
17  nonprofit charitable organization.
18     Q.    You discussed yesterday this --
19  I think you called it a tripartite approach
20  at HESI.  What did you mean by that?
21     A.    Tripartite is an essential
22  formation of such a committee.  Tripartite in
23  this instance refers to the academic part, so
24  it means three, tripartite.  One part is

Page 452

1  academic, one part is industry, one part is
2  regulatory/government organizations.
3      Q.   Does HESI hold itself out to be
4  independent?
5      A.   As far as I'm aware, they do
6  hold themselves out to be independent.
7      Q.   And on page 2, do you see the
8  language that says -- that says as such?
9      A.   Oh.  Yes.  So they -- there's a
10 statement there:  We are an independent
11 organization that advocates the use of
12 science in making decisions that affect human
13 and environmental health.
14           There's a strict neutrality
15 around policy issues, and our governance
16 structure requires that more public sector
17 members sit on our board of trustees than
18 private sector members.  And that's a very
19 important aspect for us to consider.
20     Q.   And so in your experience and
21 understanding, is HESI a pro-industry
22 organization?
23     A.   No, it's a pro-science
24 organization.

Page 453

1      Q.   Is it a pro-pharma
2  organization?
3      A.   It is not a pro-pharma
4  organization.
5      Q.   Does HESI lobby or promote
6  legislative policy on behalf of the pharma
7  industry or chemical companies?
8      A.   It definitely does not do that.
9      Q.   Does HESI advocate for its
10 members, the companies or the products?
11     A.   It does not.  There's strict
12 rules around that.
13     Q.   Does HESI pay its members or
14 scientists?
15     A.   It does not.
16     Q.   How is HESI funded?  Is it
17 funded with grants from government agencies?
18     A.   That's one aspect of its
19 funding, to include government agencies that
20 provide grants to HESI, yes.
21     Q.   Are you aware that -- or do you
22 know if HESI has ever been awarded grants by
23 the U.S. Food and Drug Administration?
24     A.   I am aware that they have been

Page 454

1  awarded grants from FDA and a very relevant
2  one for today is FDA CDER, C-D-E-R.
3      Q.   On page 3 of this document, if
4  you'll continue with me.  So this appears to
5  go through the timeline of HESI starting with
6  its founding in 1989, which you already
7  testified about.
8           If you follow along with me, in
9  2014, what happened?  The second 2014.
10     A.   In 2014, HESI signs -- my
11 understanding of this word, MOU, I know what
12 it means, but exact phrase, I think it's
13 memorandum of understanding.
14           So HESI signs the MOU with FDA
15 CDER starting a shared commitment to
16 improving human health via enhanced
17 regulatory science partnerships.
18     MS. LOCKARD:  Okay.  So let's
19 have marked as Exhibit 36 --
20     THE STENOGRAPHER:  37.
21     MS. LOCKARD:  Okay.  37.  What
22 was 36?
23     THE STENOGRAPHER:  The last
24 exhibit.

Page 455

1      MS. LOCKARD:  Thanks.  Thanks,
2  Mike.
3      TRIAL TECHNICIAN:  Exhibit 35
4  was your internal 211, and then didn't
5  we go to this document, which had
6  already been marked?
7      MR. HARKINS:  Sorry.  35 was
8  Dr. Johnson's CV.  36 was the Swansea
9  paper.  This is our internal
10 number 205, which will be Exhibit 37.
11          (Whereupon, Deposition Exhibit
12 Johnson-37, Memorandum of
13 Understanding Between USFDA and HESI,
14 was marked for identification.)
15     MS. LOCKARD:  Okay.  So if we
16 can pull that up.
17 BY MS. LOCKARD:
18     Q.   Have you seen this document
19 before?
20     A.   I've seen it, but I haven't
21 read it in huge detail.  I've seen it.
22     Q.   Okay.  Can you just read up at
23 the top the title of the document for us?
24     A.   The title of the document is

Page 456

1  Memorandum of Understanding Between the U.S.
2  Department of Health and Human Services, the
3  Food and Drug Administration, and ILSI, HESI,
4  ILSI Health and Environmental Science
5  Institute, so yeah.
6      Q.    So under the Purpose section of
7  this document, it says:  The United States
8  Food and Drug Administration, FDA, and ILSI
9  Health and Environmental Sciences Institute,
10 parentheses, HESI, share interests in
11 promoting scientific progress through the
12 exchange of scientific capital to address and
13 reach consensus on scientific questions
14 impacting the development of FDA-regulated
15 products and the evaluation of human safety.
16      Has that been your experience
17 at HESI?
18     A.    That has definitely been my
19 experience at HESI.  Hence, some of my
20 publications you'll see coauthorship with --
21 within this group with experts from FDA on
22 that that are members directly of our
23 subgroup at GTTC.  So I definitely recognize
24 and acknowledge this.

Page 457

1      Q.    If you look about halfway down
2  the paragraph on Purpose, the sentence that
3  starts "The FDA"?
4      A.    "The FDA and HESI," that one?
5      Q.    Yes.
6      A.    I see that.
7      Q.    The FDA and HESI, partners,
8  desire to collaborate on multiple activities,
9  including: developing new methods to evaluate
10 the toxicity of substances regulated by the
11 FDA.
12      Do you see that?
13     A.    I do see that.
14     Q.    And is that the same purpose
15 that you were trying to achieve in developing
16 your PDE calculation and submitting that for
17 publication?
18      MS. BOGDAN:  Objection to the
19 form.
20     A.    That's entirely related to that
21 publication and the publications leading up
22 to that where we outlined the topic in
23 extensive detail about how this approach can
24 be carried out.

Page 458

1  BY MS. LOCKARD:
2      Q.    So does FDA rely on and expect,
3  to your knowledge of the agreement, the
4  memorandum of understanding, expect that HESI
5  will follow and develop the science with
6  respect to, you know, new issues of concern,
7  new evaluations of toxicity, and the kinds of
8  things that we've been talking about today?
9      Do they expect HESI will be on
10 the forefront of those items?
11     A.    They expect --
12      MS. BOGDAN:  Objection to the
13 form, compound, speculative.
14     A.    From my assumption, from my
15 experience with FDA, experts within the HESI
16 group, I do see that they acknowledge that
17 the HESI group is at the forefront of exactly
18 this, in developing new methods to evaluate
19 the toxicity of substances regulated by the
20 FDA.  Definitely at the forefront of this.
21 BY MS. LOCKARD:
22     Q.    Do you feel that that is
23 something that has been encouraged by the
24 collaboration between FDA and HESI?

Page 459

1      A.    I think I am confident in
2  saying I do think I support that statement,
3  yes.
4      Q.    Turning back to the last
5  exhibit we were on, which was the HESI Annual
6  Report.
7      A.    Yeah, I have it.
8      Q.    Okay.
9      A.    So back to the HESI report?
10     Q.    Yes.
11      Have you ever seen HESI and FDA
12 host --cohost workshops?
13     A.    I have seen workshops where
14 HESI and FDA are participants.
15     Q.    You were asked questions about
16 the membership of HESI.  If you can turn with
17 me to page 4 of this document, and do you see
18 a graphic there?
19     A.    Yeah, I do see a graphic there.
20     Q.    And there's a green graphic
21 near the -- I guess tell me what does this
22 green graphic mean there in terms of the
23 makeup of HESI?
24     A.    From my understanding of this

Page 460

1  green aspect of this little chart, is it
2  shows that we have 291 partners at this time
3  of publication.  A large proportion of that,
4  124, from academia, which are universities;
5  61 from government/regulatory agencies -- and
6  to my understanding, that's probably nearly
7  all of them.  That's a lot of
8  government/regulatory agencies -- 80 from
9  industry; 26 from NGOs, which I think is
10  nongovernment organizations.  There's also
11  research institutes and others.
12      So that's my understanding of
13  the breakdown of these partners.
14  Q.  So if I understand your
15  testimony about this document, there are far
16  more academic partners than there are
17  industry partners according to this graphic
18  in the annual report, correct?
19  A.  Definitely correct, according
20  to these numbers in this annual report.
21  Q.  Do you know whether out of the
22  government/regulatory agencies, is EMA one of
23  the agencies that is a government partner
24  with HESI?

Page 461

1  A.  I am not a hundred percent
2  sure, but I know that EMA experts being
3  within our committee for numerous years
4  within the GTTC, but I'm unsure if they have
5  it under their EMA titles and/or their local
6  regulatory titles.  Apologies for the
7  unsurety -- uncertainty.
8      MS. LOCKARD:  Okay.  Let's pull
9  up the next exhibit, which will be 38.
10      MR. HARKINS:  Chris, this will
11  be 207 from our internal tracking,
12  introduced as Exhibit 38, and if you
13  could please screen-share.  Thank you.
14      (Whereupon, Deposition Exhibit
15  Johnson-38, HESI Government Agencies
16  Webpage, was marked for
17  identification.)
18      MS. LOCKARD:  That's fairly
19  small.  We might be able to pull it up
20  on the document link.
21      THE WITNESS:  Number 37, is
22  that correct?
23      THE STENOGRAPHER:  38 is the
24  new one.

Page 462

1      MS. LOCKARD:  38.
2      THE WITNESS:  Is it up there
3  yet?  Excellent, I can see it.  It is
4  on my screen, and I need to enlarge
5  it.
6      I can now see it.
7  BY MS. LOCKARD:
8  Q.  So this is a -- you can see
9  from the top, the website for
10  hesiglobal.org/partner, and a listing of our
11  partners.
12      Are you familiar with the HESI
13  website?
14  A.  I'm very familiar with the HESI
15  website.
16  Q.  And so does this appear to be a
17  listing of the HESI government agency
18  partners?
19  A.  This appears to be a list.  I'm
20  unsure if it's the full list, but I identify
21  this as a list of government agencies within
22  the HESI group.
23  Q.  Okay.  And if you look on the
24  first column, four down, the European

Page 463

1  Medicines Agency is listed.
2      Do you see that?
3  A.  I see that.  I see that and I
4  can now confirm from seeing this the European
5  Medicines Agency is a partner of HESI.
6  Q.  Let's look down at the bottom
7  of the first page, right column, bottom row,
8  the NIH, National Cancer Institute, are you
9  familiar with that organization?
10  A.  To an extent.  I realize
11  they're a very well-regarded institute.  I
12  do -- I am aware of them.
13  Q.  Okay.  And does this indicate
14  they are a member, a governmental member of
15  HESI?
16  A.  This does indicate that, and
17  I -- yes, it does.
18  Q.  Do you see Health Canada on the
19  list?
20  A.  I do see Health Canada on the
21  list, and there's many participants in our
22  GTTC from Health Canada.
23  Q.  Do you see -- on the second
24  page, do you see where the USFDA is listed as

Confidential Information - Subject to Protective Order

Page 464

1 being a member of HESI?
2     A.    Yes, I do see that, and also
3 different subsets of FDA as well.
4     Q.    And at the top of page 2, do
5 you see where the National Institutes of
6 Health is listed as being a member of
7     A.    I -- I do, and I think we have
8 some NIH experts within our own committee as
9 well, GTTC.
10         MS. LOCKARD:  Next, Exhibit 39.
11         MR. HARKINS:  This will not be
12     a separate exhibit.  It's a
13     continuation of the same, if you
14     continue to scroll down.
15         MS. LOCKARD:  Oh, okay.  I see.
16     So if you can pull up 38 again
17     and scroll down.
18         THE WITNESS:  I've done that.
19     I'm on page 3 of that.
20 BY MS. LOCKARD:
21     Q.    Okay.  Up at the top of this,
22 similarly, it's a page from HESI's website.
23 Do you recognize it as such?
24     A.    I do recognize it as such.

Page 465

1     Q.    And at the top of the listings,
2 do you see where it says Academic
3 Institutions?
4     A.    I do see where it says Academic
5 Institutions.
6     Q.    So in terms of the tripartite
7 organization, you talked about some industry,
8 pharma members yesterday, and we've now
9 covered governmental members, and so this
10 would be the third leg or so of that
11 tripartite, the academic institutions?
12     A.    I fully agree with that, and
13 yes, this is the list of the academic
14 institutions.
15     Q.    Is Swansea on this list?
16     A.    Yes, it is.
17     Q.    And do you see a number of
18 well-recognized U.S. academic institutions on
19 this list?
20         MS. BOGDAN:  Objection to the
21     form.
22     A.    I do see a list of high-end,
23 very excellent universities from America on
24 this list.

Page 466

1 BY MS. LOCKARD:
2     Q.    Do you see Columbia on this
3 list?
4     A.    Columbia?  I see Columbia
5 University on this list.
6     Q.    Do you see Cornell on this
7 list?
8     A.    I see Cornell University on
9 this list.
10     Q.    Do you see Harvard on this
11 list?
12     A.    I see Harvard University on
13 this list.
14     Q.    Do you see Johns Hopkins on
15 this list?
16     A.    I see Johns Hopkins University
17 on this list.
18     Q.    Do you see MIT on this list?
19     A.    I see MIT on this list.
20     Q.    Do you see Stanford University
21 on this list?
22     A.    I do see Stanford University on
23 this list.
24     Q.    Okay.  If we can go back, once

Page 467

1 again, to Exhibit 13, which is the
2 Annual Report.
3         THE STENOGRAPHER:  3.
4         MS. LOCKARD:  Excuse me, 3,
5     Exhibit 3.
6 BY MS. LOCKARD:
7     Q.    And again, yesterday, in the
8 questioning by plaintiffs' counsel, you were
9 asked questions about all of the industry
10 members who serve on the toxicology
11 committee.
12     A.    Yes, that's true.
13     Q.    Do you recall that?
14     A.    Yeah.
15     Q.    And that's the committee that
16 you're most involved in; is that correct?
17     A.    That is correct.  That is my
18 committee I am very involved in.
19     Q.    Okay.  So turning to page 35,
20 if we can pull that up on the screen.
21         So in addition to all the
22 industry corporations that were named
23 yesterday, are there also a number of
24 government/regulatory agencies and academic

Page 468

1 research institutes listed as participants in
2 the toxicological division of HESI?
3     A.    Yes, there is a list here of
4 the government/regulatory agencies linked to
5 HESI, enrolled and participate in the HESI
6 Genetic Toxicology Technical Committee.
7     Q.    Including those participating
8 on the genetic toxicology committee, did
9 that -- does that include the USFDA as well,
10 according to this annual report?
11    A.    Yes, it does include the USFDA
12 in this report.
13    Q.    And is your university,
14 Swansea, listed on here along with a number
15 of other academic research institutes?
16    A.    Yes, Swansea University is
17 listed here along with other academic and
18 research institutes.
19    Q.    And if you look down at the
20 industry list that you went over the other
21 day or yesterday -- I'll give you a second to
22 glance at that -- do you see anywhere on this
23 industry list the name Teva Pharmaceuticals?
24    A.    I'm looking at the bottom, and

Page 469

1 the only ones in T are -- there's two
2 beginning with T, and neither of those are
3 Teva.  So, no, I do not see Teva
4 Pharmaceuticals there.
5     Q.    Do you see Torrent on this
6 list?
7     A.    I do not see Torrent on this
8 list.
9     Q.    Do you see ZHP or Prinston on
10 this list?
11    A.    I do not see ZHP on this list.
12    Q.    Do you see Aurobindo on this
13 list?
14    A.    I do not see Prinston on this
15 list.
16         I do not see Aurobindo on this
17 list.
18    Q.    Do you see Mylan on this list?
19    A.    I do not see Mylan on this
20 list.
21    Q.    To your knowledge, are any of
22 the defendant manufacturers involved in this
23 case partners at HESI?
24    A.    To my understanding, I do not

Page 470

1 think that they are partners of HESI.
2     Q.    Let me ask you if you have an
3 understanding why -- why would -- I guess
4 were you surprised by that, that the
5 manufacturers are not involved in HESI?
6         MS. BOGDAN:  Objection to the
7 form.
8     A.    I am not surprised by that.
9 The defendant companies, from my
10 understanding, are focused on generic
11 pharmaceuticals.  And when we carry out
12 genetic toxicology, that's through -- only
13 through the whole drug development and
14 production pipeline to which we apply genetic
15 toxicology and cancer risk assessment
16 applications.
17         Any issues within that, we --
18 we research to a great extent.  So if you're
19 involved in the drug discovery and
20 development pipeline, you would have a great
21 interest in the new and best approaches in
22 genetic toxicology.
23         My understanding is with
24 generic pharmaceutical companies, it's a

Page 471

1 different process and it's more production of
2 patent -- or out-of-patent, already accepted
3 pharmaceuticals to which these concepts apply
4 to a much -- much lesser extent.
5         So I would not predict their
6 level of interest in these advanced
7 applications would lead them to want to be a
8 part of it.  So it's not surprising to me at
9 all.
10 BY MS. LOCKARD:
11    Q.    Have you ever worked at
12 Exponent?
13    A.    I have not worked at Exponent.
14    Q.    Do you recall being shown a
15 document yesterday that essentially
16 criticized Exponent and it was published by
17 an entity listed as FairWarning?
18    A.    I do remember that.
19    Q.    Have you ever heard of
20 FairWarning?
21    A.    I have never heard of
22 FairWarning.
23    Q.    Not even the 1991 Van Halen
24 album?

Page 472

1    Have you ever heard criticisms
2  like that about Exponent before?
3      A.    I have not heard criticisms
4  about Exponent along those lines.
5      Q.    And the things that were
6  described in that article, what was the time
7  period of that?  Do you recall?
8      A.    I recall the major criticism
9  seeming to be in the 1990s if that's correct.
10     Q.    Was that before you had written
11 papers with any Exponent member?
12     A.    That is definitely before I had
13 written papers with Exponent and before I had
14 qualified in this area.
15     Q.    And you've worked with Exponent
16 scientists in writing or coauthoring papers,
17 such as Bhaskar Gollapudi, correct?
18     A.    That is correct.
19     Q.    And what was your impression or
20 experience with the Exponent scientists?
21     A.    My impression of Bhaskar
22 Gollapudi is he's an excellent genetic
23 toxicology expert.  He's brilliant at this
24 area.  He understands all the concepts to a

Page 473

1  high level and has applied knowledge of how
2  to apply that in hazard and risk assessment.
3  He's an excellent scientist and seems to be
4  good at applying these concepts in this
5  hazard and risk assessment framework.
6      And the other authors that we
7  saw on the ethylene oxide publication were
8  very good at -- we were looking at the whole
9  wealth of information on that particular
10 substance and working together.  They were
11 amazingly extensive in leaving nothing
12 unturned and analyzing the huge amounts of
13 data together, and they were great as well.
14      So, you know, I have no issues
15 with them.
16     Q.    Well, to the extent that any of
17 those allegations in that article were true,
18 does any of that relate to you or your 2021
19 paper at all?
20     A.    Can you repeat the question,
21 please.
22     Q.    To the extent that any of the
23 allegations in that FairWarning document that
24 you were shown yesterday are true, does any

Page 474

1  of that relate to you or your PDE paper?
2      A.    It does not at all from my
3  perspective.
4      Q.    You were also asked a number of
5  questions about disclosure of conflict of
6  interests.  Do you recall that as well?
7      A.    I recall that as well.
8      Q.    And I believe you were asked
9  specifically about the Heflich article at
10 Exhibit 10; the first author, White,
11 Exhibit 12; Gollapudi, Exhibit 13; Wheeldon,
12 Exhibit 14; and then the Elder commentary,
13 Exhibit 18.
14      And do you recall the questions
15 about disclosure of conflict of interest for
16 each of those?
17     A.    I recall extensive discussions
18 and series of questions about those topics,
19 about those publications with conflict of
20 interest being the focus.
21     Q.    Okay.  Why did you not disclose
22 a conflict of interest in any of those
23 papers?
24     A.    Because they were not related

Page 475

1  to this publication.
2      Q.    They're not related to your
3  work in this case?
4      A.    They're not related to the work
5  in this case.
6      Q.    Was there a conflict of
7  interest that you failed to disclose?
8      A.    There was not a conflict of
9  interest that I failed to disclose.
10     Q.    Did you disclose in your PDE
11 2021 paper that you were in the -- that you
12 were a consultant on behalf of pharmaceutical
13 companies?
14     A.    A statement included
15 information I regard as being specific
16 to address that case, yes.
17      MS. BOGDAN:  Please note my
18   objection to form to the last
19   question.  There was a little delay.
20 BY MS. LOCKARD:
21     Q.    Did you disclose your
22 relationship with the companies in this case
23 for whom you have performed a risk assessment
24 in your 2021 PDE paper?

Page 476

1    A.    I did produce a conflict of
2  interest that covers that, my relationship
3  within the conflict of interest statement in
4  that publication, yes.
5    Q.    Did you ever share your draft
6  2020 PDE paper with Teva or any other
7  manufacturer before submitting it?
8    A.    I did not submit a draft
9  prepublished version to GT and the -- are we
10  defendants?  Defendants.  But you see from
11  the coauthorship of the publication that
12  there are some pharmaceutical industries
13  included as authors who would have seen the
14  draft because they helped to write it.
15    Q.    Did anyone at GT or Teva or on
16  behalf of any other manufacturer provide
17  input into what should go into your PDE 2021
18  paper?
19    A.    They did not provide that
20  information at all.
21    Q.    You were asked questions about
22  your PDE approach and the comparison of it to
23  the AI approach that was adopted by FDA.
24        Do you remember answering those

Page 477

1  questions?
2    A.    I remember answering those
3  questions, and the PDEs discussed were almost
4  entirely from the publication and not from my
5  report, and I tried to answer by bringing in
6  the PDEs and the confidence intervals and
7  different calculations for a 100-kilogram
8  human into my answers.
9    Q.    Well, let's -- I believe we
10  marked your report as an exhibit in this
11  case?
12        TRIAL TECHNICIAN:  Exhibit 25
13  [sic].
14        MS. LOCKARD:  25.  Let's pull
15  that up.
16        THE STENOGRAPHER:  I'm tracking
17  that as Exhibit 2, not 25.
18        MS. LOCKARD:  Oh.  Who said 25?
19        TRIAL TECHNICIAN:  That's my
20  internal number, my apologies.  Yes,
21  it's marked as Exhibit 2.
22  BY MS. LOCKARD:
23    Q.    Okay.  So if we look at
24  Exhibit 2, you were being questioned about

Page 478

1  the weights that you applied and the ultimate
2  calculations that you rendered in your 2021
3  paper.
4        And when you were asked about
5  your paper, the questions primarily
6  surrounded the PDE that you generated for --
7  in the paper for patients who were at or
8  around 50 kilograms.  Is that right?
9    A.    That is how I interpreted the
10  question, with focus on my publication, not
11  on my report.
12    Q.    So if you look at your report,
13  you have a different weight, upper weight
14  limit that you've taken into account in this
15  risk assessment; is that fair?
16    A.    That is fair.
17        MS. BOGDAN:  Objection to the
18  form.
19  BY MS. LOCKARD:
20    Q.    Where is it demonstrated in
21  your report?  What page are you on?
22    A.    Page 60 is where there's an
23  explanation around this 100-kilogram
24  calculation as well.  Page 60 of my report.

Page 479

1    Q.    Okay.  Can you explain for the
2  record what and why you added the
3  100-kilogram factor into your report in this
4  case when it was not in your 2021 paper?
5    A.    The average population weight
6  in America and for Europe as well is not 50.
7  So if we're looking to use an applicable
8  human weight, such as inline with something
9  like the CDC, which puts forward the
10  population weights, and considering further
11  details as well that I've requested,
12  actually, from GT, the 100-kilogram would be
13  much more applicable to the population
14  exposed in this incidence, and as discussed
15  and looked into, when requested, I think --
16  they call it a bellwether --
17    Q.    Okay.
18    A.    -- correct?  When I requested
19  for details of actual weight of some people
20  exposed, and we did a calculation, looked at
21  it, 100 kilograms was much more in line with
22  this population.
23    Q.    And so you're familiar with the
24  Centers For Disease Control or the CDC here

Page 480

1  in the -- or in the United States?
2      A.    Yes, I am.
3      Q.    Are you aware that CDC
4  publishes tables listing the mean weights for
5  females and males in the U.S.?
6      A.    I am fully aware of that and I
7  have seen it.  I used that for my
8  interpretations.
9          MS. LOCKARD:  Let's have that
10  marked as well as the next exhibit,
11  38.
12          THE STENOGRAPHER:  39.
13          MS. LOCKARD:  39.  I was led
14  astray.
15          MR. HARKINS:  Victoria, this is
16  the bellwether weights?
17          MS. LOCKARD:  No, this is the
18  CDC.  Do you have that to pull up?
19          MR. HARKINS:  I do not.
20          MS. LOCKARD:  Okay.  Well,
21  that's okay.  I've got a copy of it.
22  We'll come back to that.  I've got a
23  copy of it downstairs.  Okay.
24          (Whereupon, Deposition Exhibit

Page 481

1      Johnson-39, USFDA Anthropometric
2      Reference Data for Children and
3      Adults: United States, 2015-2018, was
4      marked for identification.)
5  BY MS. LOCKARD:
6      Q.    But your understanding is so
7  there is data that is publicly available from
8  the CDC, which you reviewed as to weight.
9  You described that, and you were describing
10  in addition, you reviewed some specific
11  information about valsartan plaintiffs
12  involving their weights; is that correct?
13      A.    Both of those statements are
14  correct.
15          MS. LOCKARD:  Okay.  So we'll
16  make -- we'll leave the CDC as the
17  last exhibit, even though we'll mark
18  it, the actual document, later.
19          And the next exhibit will be
20  what I'm handing the witness now, and,
21  Mr. Harkins, you can pull that up on
22  the screen.
23          MR. HARKINS:  This will be 201
24  from our internal tracking, and if you

Page 482

1  could please screen-share.
2          (Whereupon, Deposition Exhibit
3      Johnson-40, Valsartan Bellwether
4      Plaintiffs' Weights, was marked for
5      identification.)
6  BY MS. LOCKARD:
7      Q.    And is this a document that you
8  worked on with GT?
9      A.    This is a document that I
10  requested for me to investigate and to allow
11  me to assess my PDEs to this population, and
12  that was linked and with GT.
13      Q.    And is -- what is your
14  understanding of what is reflected in this
15  chart that is supportive of your conclusions
16  in your report?
17      A.    My assumption that the average
18  weight of the population that we would be
19  considering would be closer to 150, and if we
20  look at the averages at the bottom, they are
21  all 97 with decimal places, okay?  At the
22  bottom, the average, the median and the
23  midpoint are all closer to 100 than they are
24  to 50, and I thought this was an interesting

Page 483

1  and useful bit of information.
2      Q.    So you -- why did you not --
3  why did you include the 100-kilogram input
4  into your risk assessment here, but not into
5  your 2021 PDE publication?
6      A.    Into the PDE publication, those
7  calculations for regulatory limit would be
8  based on 50 kilograms to cover the whole
9  global population when we don't have
10  information about individual body weights and
11  we don't have a focused population.
12          And there's two reasons I
13  included it here, one, to show what the PDEs
14  and the concentrations where there would be
15  no levels of increased risk of cancer, and
16  around these concentrations for 50 and 100,
17  and also to show conceptually that this
18  calculation can be tailored towards different
19  populations and even individuals as well.  I
20  wanted to get this written in a clear way.
21      Q.    Are your conclusions in this
22  report regarding the levels you've calculated
23  for 100-kilogram patients, is that consistent
24  with your conclusions in the publication with

Page 484

1 regard to 50-kilogram patients in terms of
2 your methodology?
3      A.   In terms of my methodology,
4 calculations are very similar.  Apart --
5 there's the differences that I've put forward
6 are the 100 kilograms.  Another difference in
7 the report is around the confidence
8 intervals.
9           The things with confidence
10 intervals in benchmark dose and with any
11 level of human risk, if you have a single
12 data point, there's no measure of precision,
13 there's no measure of uncertainty.
14           Recommended for myself and
15 other experts, particularly from the BMD
16 field, you should present both metrics.  This
17 covers precision and uncertainty.
18           And there's been statements
19 from such experts that if you base it on a
20 single data point, such as with the TD50,
21 single data point, no measure of uncertainty
22 and so on, those results are actually
23 meaningless.  And that's a direct quote from
24 Wout Slob on this particular topic.

Page 485

1      So I presented those, the
2 confidence intervals, lower and upper bound
3 from the BMD, calculated the PDE, lower and
4 upper confidence intervals.  So that was an
5 update and something of interest here.
6           And another step as well that
7 we could go towards with a population that we
8 know a bit more about is the composite
9 uncertainty factors.  We think the cancer --
10 one of the composite uncertainty factors is
11 10; one of those 10 counts for heterogeneity
12 of the population for DNA repair.
13           So unless we can prove the
14 individual has not got MGMT deficiency, that
15 provides me confidence that that 10 can be
16 reduced to a zero, and then that composite
17 uncertainty factor reduces from 500 to 50,
18 and that directly means that our PDE limits
19 were increased actually by an order of
20 magnitude, so multiplied by ten in this
21 instance.
22           So I hope that explains the
23 detail of this, the extra information in
24 this, and that this is a very tailored

Page 486

1 approach that can be further tailored to
2 ensure that the exposed population aren't at
3 increased risk, and I'm confident in saying
4 that they are not at increased risk in the
5 exposures that I've seen.
6      Q.   You mentioned an MGMT
7 deficiency.  Are you comfortable in your
8 assumptions that none of the plaintiffs that
9 you've reviewed in that weight chart have an
10 MGMT deficiency?
11      A.   I -- it's a prediction.  MGMT
12 deficiency is very rare and very lethal, and
13 to get to any age of adulthood with MGMT
14 deficiency is very unlikely.
15           We include that in a global
16 population with the generic PDE because we
17 have to make an assumption, but in a more
18 tailored population that we can actually
19 follow and have a look, I'm comfortable that
20 you can move this -- that you could make that
21 distinguishment between 10 and 1 for that --
22 to cover that.
23      Q.   One of the -- one of the
24 criticisms I think you mentioned of the FDA's

Page 487

1 approach -- approach or using the TD50 was
2 that it doesn't take into account endogenous
3 sources.  Can you explain that?
4      A.   With the TD50, it's a
5 calculation of high-dose -- at a high-dose,
6 high-response part of the dose-response
7 curve.  50% of the animals in that example
8 got cancer, way far beyond the background
9 level.
10           And then there's a straight
11 line that's drawn back to calculate 1-in-100
12 risk in animals -- not humans, but they say
13 it's humans -- so 1 in 100,000.  So a
14 straight line back to that.
15           There's no account for
16 endogenous levels really in that straight
17 line from the middle of the high-dose level
18 back to -- back to zero.
19           With another approach with the
20 dose-response modeling such as BMD, we're
21 including the dose-response information in
22 the low-dose region around the points of
23 departure to which we're discussing
24 background levels with -- we're discussing

Page 488

1  those, we're analyzing it around that
2  low-dose region, which to my understanding
3  has a better reflection on the background and
4  endogenous sources of such DNA damage, and
5  also when you apply the PDE approach on top
6  of this, I think it just better reflects a
7  more precise measure that would better
8  encompass that inclusion of endogenous
9  sources.
10      Q.    Does the AI methodology
11  consider DNA repair?
12      A.    It completely ignores DNA
13  repair in a very -- it really ignores the DNA
14  repair and draws a straight line from the
15  high-dose, high-response part of the
16  dose-response curve, ignoring any information
17  below that by drawing a straight line from
18  there back to the origin, ignoring what the
19  dose-response curve actually looks like.
20      And that part of the
21  dose-response curve is where we can
22  characterize and show and have shown that DNA
23  repair contributes to that low-dose level
24  where not much is going on, and that's why we

Page 489

1  can justify that DNA repair can support a
2  threshold mechanism, can support a nonlinear
3  dose response, and the linear
4  back-extrapolation does not remotely consider
5  that information.
6      Q.    Did the FDA ever reject your
7  PDA model -- excuse me, PDE model?
8      A.    The decisions made by FDA were
9  made prior to my publication, so they would
10  not have been that time frame.
11      Q.    And the guideline that you were
12  shown from today that was made an exhibit, do
13  you recall that the timeline of that
14  publication was February 2021?
15      A.    That sounds like a correct
16  date.  I can see.
17      Q.    How many months before that was
18  your publication of your paper?
19      A.    My publication was in May 11th,
20  2021.
21      Q.    So given your -- the
22  relationship that you have with HESI and
23  interactions with regulators, industry and
24  other scientists like yourself, do you have a

Page 490

1  sense of why FDA and EMA did not immediately
2  adopt your PDE approach?
3      MS. BOGDAN:  Objection to the
4      form, speculative.
5      A.    My opinion is they -- if they
6  were in a reactive situation, the impurities
7  were in the drugs, there were certain
8  patients taking them.  They found this out
9  and had to make a decision very, very quickly
10  in a harmonized way that everyone could agree
11  on very, very quickly.
12      They did that with the TD50
13  approach.  They did that with the acceptable
14  intake based on the back of that in a
15  reactive way that was able to make -- help
16  them make the decision and justify taking the
17  drugs off the market.  Okay.  That's
18  understood.
19      And then when the PDE came
20  along, the justification for using it would
21  be on the DNA repair discussion point, and as
22  I've stated, there's interest from the EMA
23  and they're putting the money forward and
24  we're working together to get that DNA repair

Page 491

1  information together in our grant.  So maybe
2  not yet.
3      When we get our information
4  together, there will be a position and
5  consideration to a big extent again for PDE,
6  as far as I'm aware.
7  BY MS. LOCKARD:
8      Q.    You spoke a little bit early in
9  the deposition about hazard versus risk, and
10  I believe you commented that the IARC model
11  had moved away from a risk-based to a
12  hazard-based approach.  Is that -- is that
13  what you testified to?
14      A.    That is what I testified to,
15  and I would -- I stick to that testimony as
16  well.  The IARC, from my understanding and
17  also from my understanding of their recent
18  change in name to recognize this, is they've
19  changed and acknowledged that they're a
20  hazard-based association.  And I've seen this
21  in a review article around this topic from
22  leading authors, leading experts in this
23  area.
24      So I would stand by that and

Page 492

1  say, okay, they are a hazard-based
2  organization. They do base it on
3  classifications, more of yes/no, and also
4  subcategories. They do not talk about
5  concentration; that's risk. They do not
6  talking about concentration. They say
7  something's carcinogenic, it is or is not
8  carcinogenic; that's hazard. Where they
9  classify something as carcinogenic, something
10 is probably carcinogenic; that's hazard.
11       We're talking about risk.
12 We're talking about concentrations. We're
13 talking about exposure limits of the human
14 population at levels below these are
15 confident that we've shown that they do not
16 have increased risk. That's risk.
17     Q.    You mentioned a paper -- who is
18 one of the authors that you're referring to?
19     A.    I forget the first author, but
20 I'm aware that Alan Boobis is one of the
21 coauthors. I know of his work very well. I
22 think he still chairs the Committee of
23 Carcinogenicity in the U.K. He's also
24 writing a document in line with much of this

Page 493

1  work, actually, for environmental exposures
2  for the WHO.
3       Another coauthor, I think, is
4  Rita Schoeny, who was actually on the HESI
5  GTTC with us, and she represented EPA at that
6  time. And now she is -- I think she's
7  retired, probably retired, unlike many
8  scientists in this sort of area who keep
9  going. And some other authors.
10      So yes, those two highlights
11 for us to be able to get that publication
12 would be Alan Boobis and Rita Schoeny, and it
13 really explains very nicely the difference
14 between hazard and risk, and also states
15 quite clearly what the definitions around
16 IARC actually are and to point directly that
17 they're hazard and they do not talk about
18 risk around concentrations.
19     Q.    Is the paper you're referring
20 to the Codification of Hazard and Its Impact
21 on the Hazard Versus Risk Controversy, John
22 Doe -- John Doe being the first author?
23     A.    That is the correct paper.
24     Q.    And Alan Boobies.

Page 494

1     A.    No, not Boobies. Boobis.
2     Q.    Oh, excuse me.
3       And Rita Schoeny is on here.
4  But this is the paper you were referencing?
5     A.    That is the paper. And many of
6  the other coauthors are incredible, including
7  Sam Cohen.
8       MS. LOCKARD: Can we get this
9  pulled up as an exhibit, please, as
10 the next exhibit?
11      MR. HARKINS: Chris, this will
12 be 210 from our internal tracking,
13 introduced as Exhibit 41.
14      (Whereupon, Deposition Exhibit
15 Johnson-41, The codification of hazard
16 and its impact on the hazard versus
17 risk controversy, by Doe et al, was
18 marked for identification.)
19 BY MS. LOCKARD:
20     Q.    So in the introduction section
21 of this, if you can just pull that up on the
22 screen, right there -- right there. So at
23 the very bottom, it says: There has been a
24 long-running controversy about the relative

Page 495

1  merits of hazard-based versus risk-based
2  approaches in managing the potential harm --
3  the potential for harm to human health from
4  the use of chemicals.
5       Do you agree with that?
6     A.    I fully agree with that, and
7  that's a very nice statement.
8     Q.    It goes on to say, page 2,
9  probably about six lines -- five or six lines
10 down -- it says: This can result in
11 inappropriate levels of concern, either too
12 much or too little, over some chemicals due
13 to factors such as perception of no choice in
14 exposure, poorly understood technical issues
15 such as dose response, unfamiliarity with
16 uses and benefits, and political desire to
17 ban or to keep in use.
18      Do you agree with that?
19     A.    I entirely agree with that.
20 And going with just a hazard-based assessment
21 for regulating substances is absurd. To say
22 in coffee there's 21 known carcinogens. Do
23 we ban coffee? No. We figure out that
24 they're low concentrations, they're of

Page 496

1  negligible concern.
2          We ban -- if we say something
3  is a carcinogen -- IARC came out and said
4  meat was a carcinogen.  Do we ban meat?  No.
5  We start -- we go towards levels of risk.
6  That's what we do.
7          We've got to get towards dose
8  response.  We've got to get towards
9  concentrations.  We've got to get towards
10  risk-based approaches.
11          And this is why experts such as
12  this need to put these publications out
13  there, to really inform everyone and educate
14  everyone.  The media don't understand this.
15  And this is why one week they'll say this
16  gives you cancer, gets everyone scared.
17          We don't need to go along those
18  lines.  We talk about dose.  We talk about
19  risk.  And it's a big deal.  We need to start
20  talking about risk and move away from that
21  hazard-based binary classification or
22  subclassifications, as in IARC.
23      Q.    And is IARC making that
24  movement away from the binary towards a

Page 497

1  dose-based assessment, or is it still binary?
2      A.    As far as I'm aware, it's --
3  it's not so binary, because they've got four
4  different options, but it's still
5  classifications of hazard, definitely hazard.
6  They do not talk about risk assessment
7  levels.  They're a hazard-based organization
8  as reflected by their recent acknowledgement
9  in this, that's also stated in this
10  publication.
11      Q.    Is that on page -- if we
12  could -- well, it's not -- I guess keep
13  moving forward --
14      A.    I think it's like page 4 or 5,
15  maybe.
16      Q.    -- to the section on
17  carcinogenicity.  There you go.  Yeah.
18          So is this the section that
19  you're referring to, Dr. Johnson, regarding
20  the IARC?
21      A.    Yes.  This is a very nice --
22      Q.    What is this --
23      A.    -- clear statement.
24      Q.    What are they saying in this

Page 498

1  statement?
2          MS. BOGDAN:  Objection to form,
3  speculative.
4  BY MS. LOCKARD:
5      Q.    What do you understand this
6  passage to mean --
7      A.    I'm looking at the Zoom.  Can I
8  see the whole Zoom?  Keep going.
9          THE WITNESS:  Apologies,
10  Victoria.
11          I can't control the Zoom.  I
12  can't see the whole thing.
13          MS. LOCKARD:  Can I just give
14  you a copy?
15          THE WITNESS:  Yeah, thank you.
16  Great, thank you.
17      A.    My interpretation of this
18  highlighted section within this excellent
19  publication, around IARC.  Statement:  In
20  fact, IARC's grouping is based on the
21  strength of evidence as to whether a hazard
22  is possible, not to the degree of hazard.
23          This is a statement associated
24  with IARC 2019 as well.  We see these

Page 499

1  classifications, which have come up regularly
2  in our discussions, around these different
3  hazard-based categories for carcinogens.
4  Group 1, Group 2A, Group 2B, Group 3.
5          The next bit:  The assessment
6  is at Level 1, and this has been confirmed in
7  the change to the name of the IARC monograph
8  program in 2019, when Evaluation of
9  Carcinogenic Risks -- because it wasn't
10  risks -- became Identification of
11  Carcinogenic Hazards -- because it's hazards,
12  as I've stated.
13          IARC emphasizes the point that
14  they are operating Level 1 hazard
15  codification:  The categories of the
16  classification refer to the strength of the
17  evidence that an exposure is carcinogenic --
18  it is carcinogenic and not to the risk of
19  cancer from that particular exposure.
20          They don't talk about dose,
21  they don't talk about exposures, they don't
22  talk about risk.
23          The terms "probably
24  carcinogenic" and "possibly carcinogenic"

Page 500

1  have no quantitative significance -- no
2  quantitative significance -- and are used as
3  descriptors of different strengths of
4  evidence of carcinogenicity in humans;
5  "probably carcinogenic" signifies a greater
6  strength of evidence, and so on.
7           So clearly stating here, which
8  no one who understands this would disagree
9  with, it's a hazard-based organization that
10 does not talk about dose, does not talk about
11 risk.  And I wanted to make that clear.
12     Q.    Do you understand the meaning
13 of the phrase "general causation" in the
14 context of this case?
15         MS. BOGDAN:  Objection to the
16 form, calls for a legal conclusion.
17 BY MS. LOCKARD:
18     Q.    Do you understand, Dr. Johnson,
19 that you've been identified as an expert on
20 behalf of the defendants to provide general
21 causation opinions?
22     A.    I have been made aware of that
23 by GT.
24     Q.    Yes.  And what -- if you could

Page 501

1  encapsulate your opinion for us today
2  succinctly, what is your ultimate conclusion
3  with respect to the question of general
4  causation in this case?
5     A.    My conclusion --
6         MS. BOGDAN:  Objection to the
7  form.
8     A.    My conclusion is that the
9  individuals exposed to the levels of NDMA and
10 NDEA that I've seen in these -- as impurities
11 in these particular drugs does not cause
12 increased risk to these exposed populations.
13 That's my statement on that.
14 BY MS. LOCKARD:
15     Q.    You've seen corporate documents
16 reflecting levels of nitrosamine impurities
17 in the products that are higher than the FDA
18 chart; is that -- did you testify to that
19 earlier?
20         Let me ask it this way:  Have
21 you seen corporate documents showing the
22 finished dose and API testing in this case
23 from the corporate defendants?
24     A.    I have seen that information in

Page 502

1  lots of detail and discussed it as well as
2  seeing it with those defendants too.
3     Q.    And in looking at those levels
4  that were provided by the corporate
5  defendants, despite some of them potentially
6  being higher than levels reported by the FDA,
7  did that change your opinion with respect to
8  causation in your PDE calculation in this
9  case?
10         MS. BOGDAN:  Objection to the
11 form.
12     A.    It did not change my opinion
13 about my conclusions, as just stated, in this
14 case.
15 BY MS. LOCKARD:
16     Q.    And you were shown an EMA
17 document today that included testing from
18 products sold in Europe.
19         Do you recall seeing that
20 document?
21     A.    From EMA?
22     Q.    Let's see if we can pull it up.
23     A.    Apologies, can you repeat the
24 question?

Page 503

1     Q.    I was trying to reference back
2  to the EMA document that counsel showed you
3  that included -- included a chart of levels
4  from --
5     A.    I remember that now.  Thank
6  you.
7     Q.    Okay.
8     A.    I remember that.
9     Q.    And you did not include those
10 levels in your risk assessment for this case,
11 did you?
12     A.    I did not include those but I
13 considered them.
14     Q.    But in your -- in performing
15 your risk assessment with respect to this
16 case and the individuals involved, would it
17 have been appropriate for you to base your
18 risk assessment on testing levels for
19 products that were sold in an entirely
20 different country than those at issue in this
21 case?
22     A.    I like to deal with relevance
23 and precision, and you'd need to base your
24 assumptions on the country where those

Page 504

1  products are sold and where that batch has
2  been tested.
3        And basing that on a different
4  continent where it's different batches,
5  et cetera, different population, we would go
6  with the American numbers, not the EU
7  numbers.
8      Q.    And you have seen American
9  numbers from both the corporate defendants
10 and the FDA; is that true?
11     A.    That is true.  The FDA ones are
12 in my report, and from the list, we can see
13 I've looked at and I've also discussed this
14 with the other companies too, through links
15 with GT too.  So yes, I'm confident with
16 that.
17     Q.    So when you referenced the
18 other companies, you've had discussions with
19 the lawyers for the companies for which
20 you're serving as an expert, but you haven't
21 spoken directly to industry people at these
22 pharmaceutical companies, have you?
23     A.    That is correct.
24     Q.    And I know there was a lot of

Page 505

1  discussion about how and when you were first
2  retained, but to clarify, when you were first
3  retained in this case as a consultant, that
4  retention came through Greenberg Traurig; is
5  that your recollection?
6      A.    That is my recollection.
7      Q.    So was there ever a time when
8  you were doing independent consultancy or
9  investigative work for Teva when the law firm
10 of GT was not involved?
11     A.    No, it was always with GT.
12     MS. LOCKARD:  Let's get marked
13 the next exhibit, please.  We'll get
14 that pulled up on the screen.
15     (Whereupon, Deposition Exhibit
16 Johnson-42, E-mail(s) re: Snodin &
17 Elder Commentary,
18 TEVA-MDL2875-00425960, was marked for
19 identification.)
20     THE STENOGRAPHER:  It's going
21 to be 42.
22     MR. HARKINS:  Chris, this will
23 be 204 on our internal tracking.
24     ///

Page 506

1  BY MS. LOCKARD:
2      Q.    Do you recall being asked
3  questions by counsel about an e-mail exchange
4  wherein Dr. Nudelman sent you a document and
5  said to find enclosed a new commentary from
6  Snodin and Elder?
7        Do you remember that e-mail?
8      A.    I do remember we discussed that
9  yesterday.
10     Q.    And that -- the e-mail that you
11 were asked to speculate about what you would
12 have put in your response to Dr. Nudelman, do
13 you recall that?
14     A.    It was along the lines of thank
15 you for the paper.
16     Q.    Okay.  And I'm going to show
17 you what's been marked as the next exhibit in
18 line, and if you'll take a look at it.
19     MS. LOCKARD:  This is now an
20 unredacted version, which I've had my
21 team look at the document that was
22 produced, and I'm unsure why it was
23 redacted, but it is now -- we have
24 dedesignated it as a redacted

Page 507

1  document.  It's not privileged, and
2  it's not confidential, so we've
3  dedesignated on both sides.
4  BY MS. LOCKARD:
5      Q.    But you haven't seen this -- I
6  haven't shown you this, have I?
7      A.    No, I saw it yesterday with
8  redacted written on it, I think, as far as I
9  can recall.
10     Q.    And this is -- is this the
11 first time you're seeing your actual words
12 since you wrote it?
13     A.    Since -- yeah.
14     Q.    Okay.  So can you just read
15 into the record, what did you, in fact, say
16 to Dr. Nudelman after he sent you that
17 attachment?
18     A.    I responded after I had been
19 passed on the paper, Snodin & Elder
20 Commentary:  Hi, Raphy.  Thank you for this.
21 Best wishes, George.
22        Succinct, maybe impolite, but
23 that's my response.
24     MS. LOCKARD:  I wanted to have

Page 508

1    marked the Defendants' Responses and
2    Objections to Plaintiffs' Notice of
3    Videotaped Deposition.
4        MR. HARKINS:  Chris, this will
5    be 200 on the internal tracking.
6        (Whereupon, Deposition Exhibit
7    Johnson-43, Defendants' Responses and
8    Objections to Plaintiffs' Notice of
9    Videotaped Deposition of George
10   Johnson, Ph.D., was marked for
11   identification.)
12       MS. LOCKARD:  That's just for
13   the record.
14   BY MS. LOCKARD:
15       Q.   We've been discussing that --
16   that the ICH MC -- excuse me, the ICH M7
17   provides for both options, doing the TD50 or
18   a PDE; is that correct?
19       A.   Yes, that is correct.
20       Q.   Do you have a copy of --
21   actually, I think this is your copy.
22       MS. LOCKARD:  So, Steve, can we
23   bring up the ICH M7(R1) as the next
24   exhibit in line?

Page 509

1        MR. HARKINS:  Chris, that will
2    be 209 from the internal tracking.  If
3    you can please screen-share.
4        (Whereupon, Deposition Exhibit
5    Johnson-44, ICH Guideline, Assessment
6    and Control of DNA Reactive
7    (Mutagenic) Impurities in
8    Pharmaceuticals to Limit Potential
9    Carcinogenic Risk M7(R1), was marked
10   for identification.)
11   BY MS. LOCKARD:
12       Q.   Can you identify for us,
13   Dr. Johnson, where in the ICH guideline it
14   addresses the PDE as being an acceptable
15   approach?
16       A.   I think it's best explained on
17   page 35, Section 3, Nonlinear, brackets,
18   Threshold, Mode of Action and Calculation of
19   PDE.
20       Q.   So that is the section you're
21   referring to, 35, page 35?
22       A.   Page 35, about halfway down.
23   The Zoom has not moved on yet.
24       TRIAL TECHNICIAN:  Hang on one

Page 510

1    second.
2    BY MS. LOCKARD:
3        Q.   Okay.  And what -- you know,
4    for purposes of this case, what does this
5    section tell us about the acceptability of
6    the use of a PDE?
7        A.   I would like to read this
8    section to ensure precision.
9        The existence of mechanisms
10   leading to a dose response that is nonlinear
11   or has the -- or has a practical threshold --
12       (Audio malfunction.)
13       A.   The existence of mechanisms
14   leading to a dose response that is nonlinear
15   or has a practical threshold is increasingly
16   recognized, not only for compounds that
17   interact with non-DNA targets but also for
18   DNA-reactive compounds.
19       For the record, in addition to
20   this, that includes the compounds we're
21   talking about today.
22       Keep reading:  whose effects
23   may be modulated by, for example, rapid
24   detoxification before coming into contact

Page 511

1    with DNA, or by effective repair of induced
2    damage.
3        This statement is very
4    important for us.  And then:  The regulatory
5    approach to such compounds can be based on
6    the identification of a No-Observed Effect
7    Level -- notes that the BMD is equivalent to
8    the No-Observed Effect Level -- and use of
9    uncertainty factors, which we talked about a
10   lot, to calculate a permissible daily
11   exposure, a PDE.
12       This directly says if you can
13   understand the dose response, can show
14   nonlinearity or practical threshold, and you
15   can show that DNA repair is the mechanism,
16   then you can use a PDE.
17       Q.   Thank you, Doctor.
18       A.   An extension to that, the next
19   statement links entirely to my impact story
20   on EMS.  An example of a DNA -- so the
21   example they use here:  The example of a
22   DNA-reactive chemical for which a threshold
23   has been proposed for mutagenicity in vitro
24   and in vitro is ethyl methanesulfonate.  A

Page 512

1 PDE calculation using uncertainty factors,
2 instead of a linear extrapolation, is
3 appropriate in such cases where a
4 threshold -- and then a definition of
5 threshold with mechanism above -- where a
6 threshold has been established.
7          This is entirely what I'm
8 talking about and is in the ICH M7 guidance.
9 Thank you.
10         An extension -- do I need to
11 explain what the ICH is?
12    Q.    No, that's okay. I think we
13 get the point. I appreciate it, though.
14         MS. LOCKARD: Let's just take a
15 break. I think we've been going for a
16 while. And I'll have a few more
17 questions after that, but I should be
18 getting close to done.
19         THE VIDEOGRAPHER: Going off
20 the record. The time is 2:32 p.m.
21         (Recess taken, 2:32 p.m. to
22 2:43 p.m. BST)
23         THE VIDEOGRAPHER: We're back
24 on the record. The time is 2:43 p.m.

Page 513

1          MS. LOCKARD: Okay. So I'd
2 like to get marked as the next exhibit
3 in line. It's just the -- it's a
4 Second Amended List of Materials, for
5 the record, which has the addition of
6 the Chart of Weights and the CDC
7 publicly available data that he had
8 looked at online.
9          (Whereupon, Deposition Exhibit
10 Johnson-45, Johnson Second Amended
11 List of Materials Considered, was
12 marked for identification.)
13         MS. LOCKARD: So I'll mark this
14 second exhibit -- excuse me -- Second
15 Amended List of Materials Considered
16 as the next exhibit. And what number
17 was that?
18         THE STENOGRAPHER: 45.
19         MS. LOCKARD: 45.
20         So then for 46, I have a USB
21 that contains everything that is on
22 the Second Amended List of Materials
23 Considered, including the weights
24 chart and the CDC materials. So I'll

Page 514

1 mark the -- the thumb drive as
2 Exhibit 46.
3          (Whereupon, Deposition Exhibit
4 Johnson-46, USB Drive of Documents
5 Considered [Physical Exhibit], was
6 marked for identification.)
7          MS. LOCKARD: And I can give
8 that to the court reporter after
9 Zoom -- the videographer. Okay.
10         At this time, I don't have any
11 further questions, so I turn the
12 witness back over to plaintiffs'
13 counsel.
14         MS. GOLDENBERG: Victoria, just
15 because I saw the videographer shake
16 his head, I don't think we can give
17 him exhibits. Is there a way to get
18 that to --
19         MS. LOCKARD: Do you want to
20 take it or --
21         (Interruption by the
22 stenographer.)
23         (Technical comments off the
24 stenographic record.)

Page 515

1          MS. LOCKARD: Okay. Thank you,
2 Dr. Johnson.
3          THE WITNESS: Thank you.
4          MS. BOGDAN: I'm going to take
5 just 10 minutes. Thank you.
6          MS. LOCKARD: Okay.
7          THE VIDEOGRAPHER: Going off
8 the record. The time is 2:45 p.m.
9          (Recess taken, 2:45 p.m. to
10 2:59 p.m. BST)
11         THE VIDEOGRAPHER: Back on the
12 record. The time is 2:59 p.m.
13         ------------
14         EXAMINATION
15         ------------
16 BY MS. BOGDAN:
17    Q.    Hi, Doctor. I have some
18 follow-up questions for you based upon your
19 testimony that you just provided.
20         Do you recall telling the
21 defendants' lawyer that your mom took
22 valsartan?
23    A.    Yes, that's a correct statement
24 for myself.

Page 516

1    Q.    Do you know whether your mom
2  was taking contaminated valsartan?
3    A.    I do not know which version of
4  valsartan she did.  She would take them and
5  throw the box away, and she was moved to a
6  different drug.  And when I talked to her,
7  she had no boxes or recollection of which
8  one.
9    Q.    Now, when you say she was moved
10  to a different drug, was that in response to
11  the valsartan recall?
12    A.    As far as I understand, yes.
13    Q.    And how much NDMA or NDEA was
14  in the valsartan that your mom took?
15    A.    I do not know.
16      MS. LOCKARD:  Objection, form,
17    speculation.
18    A.    I do not know.
19  BY MS. BOGDAN:
20    Q.    And you do not know the
21  manufacturer of the valsartan that your mom
22  did take?
23    A.    That is correct, I do not know.
24    Q.    So you never attempted to order

Page 517

1  her pharmacy records to figure out who
2  manufactured the valsartan that your mother
3  took?
4      MS. LOCKARD:  I'm going to
5    object to the extent that we're
6    getting into any sort of -- it's not
7    HIPAA protected, but in the European
8    Union, the privacy restrictions are
9    very strict.
10      And if you want to make the
11    record with your questions, but I'm
12    uncomfortable with him answering
13    questions about his mother's health
14    and pharmacy records.
15      MS. BOGDAN:  Well, he is the
16    one that brought it up in his redirect
17    testimony, and I'm not asking about
18    what the records say.
19      What I'm asking is if he took
20    the steps to get his mother's pharmacy
21    records and review them, not what they
22    say.  It's if he actually took that
23    action himself.  That is the question
24    on the table.

Page 518

1      MS. LOCKARD:  I'll allow that.
2      You can answer.
3      THE WITNESS:  Okay.
4    A.    I did not take those steps to
5  get the pharmacy records of which batches and
6  so on or producers of valsartan she was
7  taking because I was comfortable that she had
8  no increased risk of cancer, so I did not
9  perform that action.
10  BY MS. BOGDAN:
11    Q.    Now, in response to the defense
12  lawyer's questions, you spoke a little bit
13  about DNA repair.
14      DNA repair genes frequently
15  express reduced levels of repair proteins due
16  to epigenetic repression, correct?
17    A.    Certain DNA repair genes would
18  have different levels for -- and epigenetic
19  modifications could be one such mechanism for
20  reducing their levels, correct.
21    Q.    This can lead to increased DNA
22  damage, correct?
23    A.    Depending on which DNA repair
24  enzyme was being modified, some would be

Page 519

1  correct, some would have less influence.
2    Q.    And increased DNA damage can
3  lead to increased mutations, correct?
4    A.    Increased DNA damage can lead
5  to increased mutations.
6    Q.    The epigenetic repression or
7  DNA gene expression is also frequent in the
8  field defects that surround and give rise to
9  cancer, correct?  Let me rephrase that.
10      The epigenetic repression or
11  DNA repair gene expression is also frequent
12  in the field defects that surround and give
13  rise to cancer, correct?
14    A.    It could be one characteristic
15  of a cancer, to have different levels of DNA
16  repair, with potentially epigenetics being
17  one such modification of a DNA repair enzyme.
18    Q.    And people inherit mutations in
19  DNA repair genes, correct?
20      MS. LOCKARD:  Objection, vague.
21    A.    People can inherit certain
22  modifications in certain DNA repair genes,
23  unless that modification leads to their death
24  before they produce a child, if it's a very

Page 520

1 severe and important DNA repair gene.
2 BY MS. BOGDAN:
3    Q.   MGMT expression can be reduced
4 due to methylation of the MGMT promoter
5 region, correct?
6    A.   MGMT can be reduced by
7 methylation of the promoter region, so
8 reduction is different to being knockout and
9 not being existent, which is what I was
10 discussing with that adjustment factor of not
11 being there compared to lower amounts of that
12 DNA repair enzyme.
13    Q.   And isn't it true that 40 to
14 90% of colorectal cancers have reduced MGMT
15 repression due to methylation of the MGMT
16 promoter region?
17    A.   I'm unaware of that
18 information.
19    Q.   And out of the millions of
20 users of valsartan, was it your testimony
21 that none of them have MGMT deficiency?
22       MS. LOCKARD:  Object to form.
23    A.   My comment around this topic
24 was a small proportion of people that we

Page 521

1 could potentially investigate that would be
2 linked to this particular case.  Within that
3 small population, the probability of someone
4 having no MGMT at all would be highly
5 unlikely.
6 BY MS. BOGDAN:
7    Q.   And so you were referring to no
8 MGMT --
9       (Clarification requested by the
10 stenographer.)
11 BY MS. BOGDAN:
12    Q.   -- in your previous testimony?
13    A.   In my previous testimony, I was
14 referring to no, so absent or -- yeah, so
15 absent DNA repair, specifically MGMT, and the
16 reason why I stated that exactly is because
17 in that White, et al paper where we looked at
18 the difference that knockout, so absence of
19 MGMT, had on the influence of toxic and
20 genotoxic effect was within this factor of
21 10.  So even full absence of DNA repair,
22 specifically MGMT, the maximum response we
23 could see was around 10, and anything beyond
24 that means that that factor should be --

Page 522

1 could be reduced from that number of 10.  So
2 that's what I was referring to.
3    Q.   So you acknowledge that
4 patients can have a reduced MGMT expression
5 due to methylation of the MGMT in the
6 promoter region, correct?
7    A.   I accept that that is a
8 possibility, correct.
9    Q.   And you haven't reviewed all of
10 the plaintiffs' medical records in this
11 litigation, correct?
12    A.   I have not reviewed all of the
13 patients' medical records.  That is
14 definitely correct.
15    Q.   So you wouldn't know whether
16 any of the plaintiffs actually have MGMT
17 deficiency, correct?
18    A.   I would not know that, and that
19 would be an assumption.  Hence, when I
20 discussed it, it was presented as an
21 assumption.
22    Q.   Now, I believe Exhibit 44 that
23 you were shown, which was the ICH M7
24 guidance, has a date on it of March of 2017?

Page 523

1    A.   Are we getting this up on the
2 screen?
3       TRIAL TECHNICIAN:  Yes.
4 BY MS. BOGDAN:
5    Q.   Isn't that correct?
6    A.   Can we put it as an exhibit as
7 well, please, and to keep things moving, I
8 can see on the screen that that is correct
9 from 2017, but I'd like to see it in the full
10 format in the exhibit too.  This is correct.
11       TRIAL TECHNICIAN:  It's in
12    there as Exhibit 44.
13 BY MS. BOGDAN:
14    Q.   And this was the document that
15 you referenced with regard to the BMD
16 approach, correct?
17    A.   This was the document that I
18 referred to for the PDE approach.
19    Q.   For the PDE approach.  Excuse
20 me.  Right.
21       MS. BOGDAN:  So we can take
22    that down.
23 BY MS. BOGDAN:
24    Q.   And isn't it true that the

Page 524

1  guidance for industry that the FDA in this
2  country published for the control of
3  nitrosamine impurities in human drugs, dated
4  four years later, in February of 2021,
5  elected to follow the linear dose
6  extrapolation method to calculate acceptable
7  intake limits for NDMA and NDEA?  Isn't that
8  correct?
9          MS. LOCKARD:  Objection, form.
10     A.    It is correct.  Those FDA
11  decisions to calculate an acceptable intake
12  based on a linear back-extrapolation from the
13  harmonic mean of the TD50 for NDMA and NDEA,
14  to calculate those acceptable intakes, so
15  that was dated after this ICH guidance which
16  we were just looking at, ICH M7.
17  BY MS. BOGDAN:
18     Q.    Would you agree that the United
19  States FDA is responsible for protecting
20  public health?
21          MS. LOCKARD:  Objection, vague.
22     A.    I would accept that that's one
23  of the remits of the FDA, as well as many
24  other regulatory bodies, to protect public

Page 525

1  health.
2  BY MS. BOGDAN:
3     Q.    And that the FDA has
4  established the acceptable intake limits for
5  NDMA at 96 nanograms per day and NDEA at
6  26.5 nanograms per day; isn't that correct?
7          MS. LOCKARD:  Objection, asked
8     and answered.
9     A.    I'm aware that the FDA has
10  calculated NDMA acceptable intake based on
11  the linear back-extrapolation from the
12  harmonic mean of the TD50 in liver using a
13  1-in-100,000 approach with a linear
14  back-extrapolation and no correction from
15  animals to humans, no consideration of DNA
16  repair or dose response to calculate 96 for
17  NDMA and 26.5 acceptable intake for NDEA.
18  I -- yes.
19  BY MS. BOGDAN:
20     Q.    And isn't it true that the FDA
21  has established 96 nanograms as the
22  acceptable daily limit for NDMA?
23          MS. LOCKARD:  Objection, asked
24     and answered.

Page 526

1  BY MS. BOGDAN:
2     Q.    That's a yes-or-no question.
3     A.    NDMA -- the FDA has produced an
4  acceptable intake based on the linear
5  back-extrapolation from those data, and it is
6  96 for NDMA.  That's the acceptable intake
7  from the FDA using that linear
8  back-extrapolation, correct.
9     Q.    And similarly, the FDA has
10  established the acceptable limit for NDEA at
11  26.5 nanograms a day?
12          MS. LOCKARD:  Objection, asked
13     and answered.
14     A.    FDA has calculated and
15  presented and published the acceptable intake
16  of 26.5 for NDEA based on the linear
17  back-extrapolation calculation from the
18  harmonic mean of the TD50 using that approach
19  that I've critiqued heavily.
20          MS. BOGDAN:  I don't have any
21  further questions at this time.
22          MS. LOCKARD:  Okay.  Quick
23  break.
24          THE VIDEOGRAPHER:  Going off

Page 527

1  the record.  The time is 3:15 p.m.
2          (Recess taken, 3:15 p.m. to
3  3:19 p.m. BST)
4          THE VIDEOGRAPHER:  Back on the
5  record.  The time is 3:19 p.m.
6          MS. LOCKARD:  Okay.  I don't
7  have any more questions for you,
8  Dr. Johnson.  Thank you very much.  I
9  think this means your deposition is
10  concluded.
11          We previously indicated we
12  would designate the deposition at the
13  end of the 30-day period with respect
14  to confidentiality, and it's deemed
15  under the protective order
16  confidential for the next 30 days
17  until we do so.
18          THE STENOGRAPHER:  Anything
19  else?
20          MS. LOCKARD:  Nope.  Thank you.
21          THE VIDEOGRAPHER:  Going off
22  the record.  The time is 3:20 p.m.
23          (Time noted: 3:20 p.m. BST)
24              --o0o--

Confidential Information - Subject to Protective Order

Page 528

1  CERTIFICATE
2       I, MICHAEL E. MILLER, Fellow of
   the Academy of Professional Reporters,
3  Registered Diplomate Reporter, Certified
   Realtime Reporter, Certified Court Reporter
4  and Notary Public, do hereby certify that
   prior to the commencement of the examination,
5  GEORGE JOHNSON, Ph.D. was duly sworn by me to
   testify to the truth, the whole truth and
6  nothing but the truth.
7       I DO FURTHER CERTIFY that the
   foregoing is a verbatim transcript of the
8  testimony as taken stenographically by and
   before me at the time, place and on the date
9  hereinbefore set forth, to the best of my
   ability.
10
11      I DO FURTHER CERTIFY that pursuant
   to FRCP Rule 30, signature of the witness was
12 not requested by the witness or other party
   before the conclusion of the deposition.
13      I DO FURTHER CERTIFY that I am
   neither a relative nor employee nor attorney
14 nor counsel of any of the parties to this
   action, and that I am neither a relative nor
15 employee of such attorney or counsel, and
   that I am not financially interested in the
16 action.
17
18
   _____
19 MICHAEL E. MILLER, FAPR, RDR, CRR
   Fellow of the Academy of Professional Reporters
20 NCRA Registered Diplomate Reporter
   NCRA Certified Realtime Reporter
21 Certified Court Reporter
22 New Jersey Certified Court Reporter
   No. 30XI00242200
23 Expires: 6/30/2022
24 Dated: October 12, 2021

Page 529

1       INSTRUCTIONS TO WITNESS
2
3       Please read your deposition over
4  carefully and make any necessary corrections.
5  You should state the reason in the
6  appropriate space on the errata sheet for any
7  corrections that are made.
8       After doing so, please sign the
9  errata sheet and date it.
10      You are signing same subject to
11 the changes you have noted on the errata
12 sheet, which will be attached to your
13 deposition.
14      It is imperative that you return
15 the original errata sheet to the deposing
16 attorney within thirty (30) days of receipt
17 of the deposition transcript by you.  If you
18 fail to do so, the deposition transcript may
19 be deemed to be accurate and may be used in
20 court.
21
22
23
24

Page 530

1       ERRATA
2  PAGE  LINE  CHANGE
3  ____  ____  _____
4       REASON: _____
5  ____  ____  _____
6       REASON: _____
7  ____  ____  _____
8       REASON: _____
9  ____  ____  _____
10      REASON: _____
11 ____  ____  _____
12      REASON: _____
13 ____  ____  _____
14      REASON: _____
15 ____  ____  _____
16      REASON: _____
17 ____  ____  _____
18      REASON: _____
19 ____  ____  _____
20      REASON: _____
21 ____  ____  _____
22      REASON: _____
23 ____  ____  _____
24      REASON: _____

Page 531

1     ACKNOWLEDGMENT OF DEPONENT
2
3
4       I, GEORGE JOHNSON, Ph.D., do
   hereby certify that I have read the foregoing
5  pages and that the same is a correct
   transcription of the answers given by me to
6  the questions therein propounded, except for
   the corrections or changes in form or
7  substance, if any, noted in the attached
   Errata Sheet.
8
10
11
12 _____
   GEORGE JOHNSON, Ph.D.            DATE
13
14
15 Subscribed and sworn to before me this
16 _____ day of _____, 20 _____.
17 My commission expires: _____
18
19 _____
20 Notary Public
21
22
23
24

Page 532

1          LAWYER'S NOTES

2

3   PAGE   LINE

4   ____   ____   _____

5   ____   ____   _____

6   ____   ____   _____

7   ____   ____   _____

8   ____   ____   _____

9   ____   ____   _____

10  ____   ____   _____

11  ____   ____   _____

12  ____   ____   _____

13  ____   ____   _____

14  ____   ____   _____

15  ____   ____   _____

16  ____   ____   _____

17  ____   ____   _____

18  ____   ____   _____

19  ____   ____   _____

20  ____   ____   _____

21  ____   ____   _____

22  ____   ____   _____

23  ____   ____   _____

24  ____   ____   _____

Confidential Information - Subject to Protective Order

**WORD**
**INDEX**

**< 0 >**
**0.046**  411:*9*
**0.096**  408:*2*
**0.6**  407:*1*
409:*18*  411:*8*
**0.64**  421:*4, 12*
**02110**  318:*20*
**07102**  317:*20*

**< 1 >**
**1**  316:*3*
336:*15*
344:*17*
345:*11, 14, 15*
346:*16*  347:*9*
348:*11, 13*
385:*7*  386:*1,*
*22, 23*  398:*24*
399:*14, 15*
404:*24*  405:*2*
421:*6, 14*
431:*22*  440:*3*
486:*21*
487:*13*  499:*4,*
*6, 14*
**1,058,410**
393:*5*
**1.2**  421:*5*
**1.28**  421:*13*
**1:02**  434:*12,*
*14*
**10**  324:*19*
344:*14, 16*
412:*3, 24*
413:*3*  416:*8,*
*10*  421:*5, 13*
433:*1*  474:*10*
485:*11, 15*
486:*21*  515:*5*
521:*21, 23*
522:*1*
**10:16**  368:*13,*
*14*
**10:23**  368:*15,*
*17*
**10:54**  389:*7, 8*
**10:57**  389:*9,*
*11*

**100**  317:*20*
318:*19*
366:*14*
377:*14, 16*
378:*1*  398:*1*
479:*21*
482:*23*
483:*16*  484:*6*
**100,000**
345:*11*  347:*9*
348:*11*
366:*18*  385:*7*
386:*2*  387:*1*
399:*9, 18*
404:*15, 24*
487:*13*
**1000**  317:*13*
**100-kilogram**
477:*7*  478:*23*
479:*3, 12*
483:*3, 23*
**11**  318:*3*
**11:50**  425:*1, 2*
**11th**  489:*19*
**12**  324:*20*
474:*11*  528:*22*
**12,500**  404:*24*
**12:13**  425:*3, 5*
**12:25**  434:*10,*
*11*
**12212**  316:*4*
**124**  460:*4*
**13**  324:*21*
467:*1*  474:*11*
**14**  324:*22*
474:*12*
**145**  414:*3, 9*
416:*8, 14*
**14th**  371:*9*
372:*5, 8*
412:*21*
**15**  434:*7*
**150**  482:*19*
**15141**  316:*4*
**15219**  319:*9*
**15th**  317:*20*
**1670**  431:*24*
**17**  372:*11, 13,*
*15*
**1700**  319:*3*

**18**  324:*23*
339:*20*  474:*13*
**19422**  318:*9*
**1987**  334:*6,*
*23*  335:*19*
336:*6, 7, 22*
337:*3*
**1989**  451:*16*
454:*6*
**1990s**  472:*9*
**1991**  471:*23*
**1998**  410:*2*
**1-in-100**
384:*5, 6*
487:*11*
**1-in-100,000**
345:*21*  346:*6*
525:*13*
**1st**  336:*22*

**< 2 >**
**2**  315:*17*
324:*17*  335:*2*
386:*22, 23*
399:*14*  405:*2*
440:*3*  445:*6*
451:*2*  452:*7*
464:*4*  477:*17,*
*21, 24*  495:*8*
**2,200**  402:*8,*
*21*  403:*12, 17*
408:*15, 16*
**2,453-**
**microgram**
390:*13*  393:*11*
**2.2**  402:*8, 17,*
*21*  403:*16*
**2/14/19**
321:*17*  371:*12*
**2:32**  512:*20,*
*21*
**2:40**  433:*24*
**2:43**  512:*22,*
*24*
**2:45**  515:*8, 9*
**2:59**  515:*10,*
*12*
**20**  367:*21*
380:*16*  531:*16*
**200**  317:*6*
318:*9, 20*

**348**:*13*
**386**:*23*
**399**:*15*  **405**:*2*
508:*5*
**20006**  319:*4*
**20037**  317:*14*
**2007**  441:*15*
**2008**  445:*7*
**201**  481:*23*
**2013**  366:*5*
**2014**  441:*18*
454:*9, 10*
**2015**  323:*10*
481:*3*
**2017**  321:*5*
326:*3*  522:*24*
523:*9*
**2018**  323:*10*
481:*3*
**2019**  371:*9*
372:*5, 8*
412:*21*
498:*24*  499:*8*
**202**  319:*5*
**202)331-1000**
317:*14*
**2020**  476:*6*
**2021**  315:*10*
320:*3*  325:*3,*
*8*  338:*14*
392:*7*  402:*7,*
*11*  406:*8*
409:*2*  410:*12*
439:*18*
449:*24*
473:*18*
475:*11, 24*
476:*17*  478:*2*
479:*4*  483:*5*
489:*14, 20*
524:*4*  528:*22*
**204**  505:*23*
**205**  455:*10*
**207**  461:*11*
**208**  442:*7*
**209**  509:*2*
**21**  495:*22*
**21.5**  399:*8, 18*
**210**  494:*12*
**2101**  317:*13*
**211**  455:*4*

**215**  414:*15*
415:*2, 8*
416:*9, 17*
**2150**  316:*9*
**2220**  318:*15*
**230**  318:*14*
**24**  326:*6, 12*
412:*22, 23*
**24.1**  398:*14,*
*20*  399:*2*
**240**  373:*13*
**240.1**  374:*1, 4*
376:*6, 11, 12*
**25**  329:*19*
477:*12, 14, 17,*
*18*
**25,000**  423:*22*
444:*8*
**2500**  317:*6*
**26**  334:*12*
460:*9*
**26.5**  345:*24*
384:*21*
401:*19, 24*
402:*2, 5*
403:*2, 10*
525:*6, 17*
526:*11, 16*
**27**  338:*1*
**28**  371:*15*
412:*16, 17*
**2875**  315:*4*
**29**  381:*18*
**291**  460:*2*
**2A**  499:*4*
**2B**  499:*4*

**< 3 >**
**3**  324:*18*
358:*9, 16*
372:*24*  440:*3*
449:*22*  450:*4*
454:*3*  464:*19*
467:*3, 4, 5*
499:*4*  509:*17*
**3.7**  403:*23*
404:*12, 17*
**3:15**  527:*1, 2*
**3:19**  527:*3, 5*
**3:20**  527:*22,*
*23*

Confidential - Information - Subject to Protective Order

**30** 380:*16*
388:*19*
389:*13*, *14*
527:*16*
528:*11* 529:*16*
**300** 319:*4*
**30305** 317:*7*
**30-day** 527:*13*
**30XI00242200**
315:*20* 528:*22*
**312)566-4801**
318:*16*
**316** 320:*5*
**317)236-1313**
318:*4*
**31st** 336:*22*
337:*3*
**32** 375:*17*
405:*24* 418:*5*
**320** 375:*17*
404:*11*
**320-milligram**
374:*6* 375:*3*,
*12* 376:*15*
**320-milligram-
per-day**
398:*13*, *19*
399:*1* 403:*22*
404:*19*
**325** 320:*6*, *9*
**326** 321:*3*
**327** 418:*20*, *21*
**329** 321:*6*
**33** 418:*1*, *8*
**333** 321:*10*
**3333** 317:*6*
**337** 321:*14*
**34** 431:*8*
**35** 436:*23*
437:*1* 455:*3*,
*7* 467:*19*
509:*17*, *21*, *22*
**36** 442:*8*, *16*
454:*19*, *22*
455:*8*
**365** 393:*10*
**37** 454:*20*, *21*
455:*10* 461:*21*
**371** 321:*17*

**38** 461:*9*, *12*,
*23* 462:*1*
464:*16* 480:*11*
**381** 321:*18*
**385-5400**
316:*15*
**388** 322:*2*
**38th** 319:*9*
**39** 464:*10*
480:*12*, *13*
**3-star** 440:*4*

< 4 >
**4** 440:*3*
459:*17* 497:*14*
**4,650** 398:*24*
**4.0** 432:*8*
433:*12*
**4.93** 433:*17*
**40** 367:*20*, *21*
520:*13*
**400** 322:*6*
**405** 322:*10*
**41** 372:*15*
494:*13*
**412)263-1840**
319:*10*
**417** 322:*12*
**42** 505:*21*
**431** 322:*16*
**434** 320:*10*
**437** 322:*22*
**44** 522:*22*
523:*12*
**442** 323:*2*
**449** 324:*18*
**45** 513:*18*, *19*
**450** 318:*8*
**452-7900**
319:*5*
**455** 323:*4*
**46** 408:*8*
513:*20* 514:*2*
**461** 323:*6*
**46204** 318:*4*
**474** 324:*19*,
*20*, *21*, *22*, *23*
**477** 324:*17*
**481** 323:*8*
**482** 323:*11*
**494** 323:*13*

**4-star** 440:*4*
441:*13* 442:*2*

< 5 >
**5** 315:*10*
320:*3* 325:*3*
339:*4*, *5*, *6*
411:*19*
432:*23* 497:*14*
**5,000** 409:*16*
**50** 377:*22*, *23*,
*24* 392:*13*
402:*20* 415:*7*
478:*8* 479:*6*
482:*24* 483:*8*,
*16* 485:*17*
487:*7*
**50,000** 387:*1*
**500** 377:*22*
392:*15* 485:*17*
**505** 323:*17*
**508** 323:*20*
**509** 324:*2*
**50-gram**
395:*24*
**50-kilogram**
347:*10*
392:*13*, *22*
395:*24* 402:*4*
414:*8* 416:*1*,
*21* 484:*1*
**513** 324:*8*
**514** 324:*10*
**515** 320:*11*
**518)862-1200**
316:*5*
**528** 320:*13*
**530** 320:*14*
**531** 320:*15*
**532** 320:*16*
**55-18-5**
321:*13*
333:*21* 334:*1*
**55402** 316:*10*
**5th** 325:*8*

< 6 >
**6,000** 397:*16*,
*24*
**6,200** 392:*10*
396:*15*, *21*

397:*7*, *12*
407:*12*
416:*23* 417:*6*
**6.2** 393:*9*, *20*
395:*22* 396:*6*,
*9*, *15* 407:*10*
417:*4*
**6/30/2022**
528:*22*
**60** 397:*15*, *24*
427:*11*
478:*22*, *24*
**600** 397:*8*, *13*
407:*3*
**60606** 318:*15*
**61** 460:*5*
**610)567-0700**
318:*10*
**616)333-4662**
316:*10*
**62-75-9** 321:*9*
329:*13*, *17*
**66210** 316:*15*
**678)553-2100**
317:*7*

< 7 >
**7** 366:*2*
**70** 345:*22*, *23*
346:*5* 385:*5*
390:*16*, *21*
391:*11*, *23*
393:*10* 432:*1*
**76,800** 377:*1*,
*5* 378:*20*
**76.8** 376:*15*,
*18*, *22*

< 8 >
**8** 404:*14*, *24*
**80** 460:*8*
**800** 316:*9*
**8101** 316:*14*
**857)488-4200**
318:*21*
**877.370.3377**
315:*23*

< 9 >
**9** 414:*2*

**9.3** 432:*8*
433:*12*
**9:14** 315:*17*
325:*3*, *9*
**90** 520:*14*
**913** 316:*15*
**917.591.5672**
315:*23*
**96** 345:*12*
348:*5* 390:*7*,
*22* 391:*12*
395:*13*
396:*20* 397:*9*,
*14* 407:*20*
413:*20*
415:*11*, *15*, *21*
416:*2*, *7*, *13*
525:*5*, *16*, *21*
526:*6*
**96-nanogram-
per-day**
383:*10*
**97** 482:*21*
**97.4** 374:*2*, *24*
375:*5*
**973)757-1017**
317:*21*
**99** 429:*10*

< A >
**a.m** 315:*17*
325:*3*, *9*
368:*13*, *14*, *15*,
*17* 389:*7*, *8*, *9*,
*11* 425:*1*, *2*
**abbreviation**
371:*3*
**abide** 343:*20*,
*24*
**ability** 401:*9*
409:*9* 528:*9*
**able** 400:*22*,
*23* 427:*19*
431:*9* 444:*5*
449:*15*
461:*19*
490:*15* 493:*11*
**absence**
521:*18*, *21*
**absent** 521:*14*,
*15*

Confidential Information - Subject to Protective Order

**absolutely**
436:*14*
**abstract**
432:*3, 8*
433:*21*
**absurd** 495:*21*
**academia**
451:*10* 460:*4*
**academic**
367:*19, 22*
449:*6* 451:*23*
452:*1* 460:*16*
465:*2, 4, 11,*
*13, 18* 467:*24*
468:*15, 17*
**academics**
350:*3*
**Academy**
315:*18* 528:*2,*
*19*
**accept** 522:*7*
524:*22*
**acceptability**
510:*5*
**acceptable**
321:*19*
344:*18, 23*
345:*3, 7, 17,*
*23* 346:*1, 3*
347:*3, 7, 12,*
*21* 348:*16*
349:*12*
381:*11, 15*
382:*8* 383:*8,*
*11, 15, 21*
384:*12, 16, 18*
385:*8, 9, 10,*
*12, 16, 19*
386:*8* 390:*1,*
*23* 391:*12*
393:*21*
395:*12*
396:*19* 399:*4*
401:*15, 20, 24*
402:*3* 403:*2,*
*9* 413:*18*
414:*2, 10, 14*
415:*2, 8*
416:*2, 6, 19*
420:*11*
421:*16* 428:*7*

490:*13*
509:*14* 524:*6,*
*11, 14* 525:*4,*
*10, 17, 22*
526:*4, 6, 10, 15*
**accepted**
350:*4, 10, 13*
422:*6* 445:*1,*
*2, 19, 20* 471:*2*
**access** 443:*14*
**account**
358:*12*
411:*20*
478:*14* 487:*2,*
*15*
**accounted**
429:*11*
**accounts** 397:*4*
**accumulate**
391:*7*
**accurate**
529:*19*
**achieve** 457:*15*
**acknowledge**
357:*19* 396:*5*
456:*24*
458:*16* 522:*3*
**acknowledged**
491:*19*
**acknowledgem**
**ent** 497:*8*
**ACKNOWLE**
**DGMENT**
320:*15* 531:*1*
**Actavis** 317:*8,*
*9, 15, 16, 22*
**action** 344:*4*
509:*18*
517:*23* 518:*9*
528:*14, 16*
**ACTIONS**
315:*6*
**activities**
457:*8*
**actual** 353:*19*
362:*4* 386:*21*
392:*17*
399:*14*
402:*14* 405:*1*
479:*19*
481:*18* 507:*11*

**Adam** 363:*23*
365:*2, 3, 5, 7*
**add** 408:*17*
**added** 479:*2*
**addition**
435:*21*
467:*21*
481:*10*
510:*19* 513:*5*
**additional**
366:*23* 381:*4*
386:*15, 19*
**address**
456:*12* 475:*16*
**addresses**
509:*14*
**adjust** 420:*11*
**adjusted**
377:*13* 417:*4*
**adjustment**
377:*21*
392:*14*
406:*12*
408:*20*
409:*15*
411:*19, 20*
417:*10* 433:*6*
520:*10*
**administered**
339:*23* 341:*7,*
*18* 342:*8*
423:*12*

**Administration**
338:*17*
340:*20*
367:*21*
453:*23* 456:*3,*
*8*
**adopt** 490:*2*
**adopted** 344:*9*
476:*23*
**adulthood**
486:*13*
**Adults** 323:*9*
481:*3*
**advanced**
355:*5* 471:*6*
**advert** 370:*5,*
*14*

**advocate**
453:*9*
**advocates**
452:*11*
**affect** 452:*12*
**affiliated**
352:*16*
**age** 486:*13*
**Agencies**
323:*6* 453:*17,*
*19* 460:*5, 8,*
*22, 23* 461:*15*
462:*21*
467:*24* 468:*4*
**Agency**
326:*24*
330:*21*
332:*19*
339:*19* 349:*3*
445:*1* 462:*17*
463:*1, 5*
**agents** 339:*16*
**ago** 438:*13*
**agree** 335:*18*
343:*12, 18, 24*
387:*8* 391:*3,*
*7, 8* 423:*19*
428:*11*
445:*12*
465:*12*
490:*10* 495:*5,*
*6, 18, 19*
524:*18*
**agreement**
458:*3*
**Ah** 369:*22*
**ahead** 359:*4*
**AI** 321:*19*
381:*10, 15*
382:*7* 387:*6*
407:*20* 408:*1*
476:*23* 488:*10*
**Aid** 318:*5*
**AIs** 408:*22*
**al** 322:*15, 21*
323:*16* 410:*2*
417:*24* 431:*6*
494:*17* 521:*17*
**Alan** 492:*20*
493:*12, 24*
**Albany** 316:*4*

**Alberston's**
319:*5*
**album** 471:*24*
**ALFANO**
319:*7*
**allegations**
473:*17, 23*
**allocated**
367:*6*
**allow** 435:*8*
445:*15*
482:*10* 518:*1*
**allowed**
355:*19* 367:*10*
**allows** 417:*10*
**altogether**
391:*6*
**amazingly**
473:*11*
**ambiguous**
359:*3*
**Amended**
324:*8* 513:*4,*
*10, 15, 22*
**America**
465:*23* 479:*6*
**American**
447:*6* 504:*6, 8*
**amount** 339:*1*
350:*14, 16*
358:*6, 8, 14,*
*17, 18, 19*
366:*9* 367:*9*
374:*5, 13*
375:*12* 391:*6,*
*9, 20* 392:*6*
426:*24*
**amounts**
473:*12* 520:*11*
**AMS** 371:*4*
**analysis**
430:*13*
432:*20* 446:*3*
447:*23*
**analyzing**
473:*12* 488:*1*
**and/or** 439:*8*
461:*5*
**animal** 339:*16,*
*21* 340:*8, 17*

Confidential Information - Subject to Protective Order

341:6, 19
345:11   428:8
**animal-based**
427:23   428:2
**animals**
328:13, 16, 19
329:5   340:16
384:6   399:12
411:18   487:7,
12   525:15
**Annual**
449:24   459:5
460:18, 20
467:2   468:10
**answer**
330:15
352:14
357:14   374:7
397:23   398:3
477:5   518:2
**answered**
375:7   380:18
395:15
430:10   525:8,
24   526:13
**answering**
476:24   477:2
517:12
**answers**   477:8
531:5
**Anthony**
363:7, 9
**Anthropometri**
**c**   323:8   481:1
**antigens**
445:20
**apart**   403:14
484:4
**API**   322:9
373:5, 7, 9, 13
374:1, 4, 8, 13,
14   376:13
379:9, 12, 15,
16   400:18
404:4   405:14
501:22
**Apologies**
330:3   353:5
354:19
355:14, 21
368:2   369:22,

23   370:5
371:19
379:10
411:10   461:6
477:20   498:9
502:23
**appear**
329:19   332:7
409:1   462:16
**APPEARANC**
**ES**   316:1
317:1   318:1
319:1   320:5
**appeared**
330:3
**appearing**
382:21
**appears**
393:12   454:4
462:19
**Appendix**
346:9, 20
347:2
**applicable**
327:2   479:7,
13
**application**
332:4   335:8
350:12
353:20, 22
354:11
355:24   356:2,
4, 15, 17
371:1   441:11
**applications**
470:16   471:7
**application's**
350:12
**applied**   420:1
446:1   449:13
473:1   478:1
**apply**   349:19
369:9   439:14
449:15
470:14   471:3
473:2   488:5
**applying**
355:8   392:17
473:4
**appointment**
449:6

**appreciate**
400:1   512:13
**appreciated**
389:4
**appreciation**
402:13
**approach**
343:23   344:1,
2, 8   383:15
385:13, 14, 18
399:5   401:9
413:7, 24
414:13
415:12   420:1,
4, 6, 10, 22
422:14   430:1
432:11   433:4,
15   451:19
457:23
476:22, 23
486:1   487:1,
19   488:5
490:2, 13
491:12
509:15   511:5
523:16, 18, 19
525:13   526:18
**approaches**
355:6   389:22
470:21   495:2
496:10
**appropriate**
364:6, 15
392:9   503:17
512:3   529:6
**approve**
362:16   370:20
**approved**
362:18, 20
370:22   371:2
**approximate**
352:14
**approximately**
352:5   358:9,
11, 18   365:11
366:18   394:1,
3, 5   397:8, 13,
24   404:24
**approximation**
394:6

**area**   349:6
355:2, 3
435:14, 16
472:14, 24
491:23   493:8
**arithmetic**
432:12
**array**   353:17
**arrive**   326:8
393:8
**arrived**   421:1
**article**   392:8
393:2   396:8,
10, 13   410:11,
21   418:11, 13,
14   419:2
472:6   473:17
474:9   491:21
**ASHLEY**
319:2
**ashley.jones@b**
**ipc.com**   319:3
**asked**   375:6
380:18
395:14
430:10   435:7
450:13
459:15   467:9
474:4, 8
476:21   478:4
506:2, 11
525:7, 23
526:12
**asking**   332:18
394:1   397:17
426:23   435:3
517:17, 19
**aspect**   452:19
453:18   460:1
**aspects**
366:13   447:23
**assay**   360:2
**assess**   482:11
**assessed**
439:10
**assessing**
332:9   387:6
423:4
**Assessment**
321:6, 10, 17
324:2   329:15

331:14, 19, 22
333:4, 23
335:3, 15
337:10   340:1,
6, 19   355:6
371:9, 12
379:23
392:20   396:4,
14   402:14
405:7   409:8
410:9, 19
411:6   418:15,
23   419:1, 3
420:8, 11
430:1   447:24
448:24
449:12, 19
470:15   473:2,
5   475:23
478:15   483:4
495:20   497:1,
6   499:5
503:10, 15, 18
509:5
**assessments**
448:22   449:8
**assistant**
367:8, 15
**associate**
367:13, 16, 17
438:17, 20
440:1
**associated**
321:19
343:10   355:1
366:24
381:11, 15
382:8   385:6
386:16
398:18   405:9
423:1, 17, 20
426:9   449:6
498:23
**association**
491:20
**Assume**   421:6
422:2, 4
**assumed**
348:7, 10, 19
415:6   445:8
**assumes**   417:9

**assuming** 398:*12* 411:*22* 421:*8*
**assumption** 349:*9, 13* 353:*12* 404:*22* 409:*15* 412:*6* 416:*1* 421:*7* 458:*14* 482:*17* 486:*17* 522:*19, 21*
**assumptions** 348:*10, 14, 23, 24* 349:*1* 381:*2* 392:*12* 396:*11* 402:*12* 412:*7, 12* 421:*8* 486:*8* 503:*24*
**astray** 480:*14*
**Atlanta** 317:*7*
**attached** 436:*19* 529:*12* 531:*7*
**attachment** 371:*5* 507:*17*
**attempted** 516:*24*
**attention** 327:*8* 331:*21* 335:*1, 22* 342:*17* 372:*11* 376:*4* 413:*3* 419:*5* 431:*22*
**attorney** 528:*13, 15* 529:*16*
**audio** 331:*6* 415:*16* 510:*12*
**Aurobindo** 318:*10* 469:*12, 16*
**Aurolife** 318:*11*
**author** 364:*24* 474:*10* 492:*19* 493:*22*
**authorities** 444:*12*
**authors** 432:*4* 473:*6* 476:*13* 491:*22* 492:*18* 493:*9*
**available** 340:*2* 394:*11* 418:*4* 432:*19* 481:*7* 513:*7*
**Avenue** 316:*9*
**average** 322:*5, 9* 377:*14, 16, 17* 388:*17* 400:*18* 479:*5* 482:*17, 22*
**averages** 482:*20*
**averaging** 432:*13*
**Award** 446:*9, 11, 13, 18*
**awarded** 357:*2, 4, 6, 7, 10, 21* 453:*22* 454:*1*
**awards** 446:*5, 14, 22*
**aware** 328:*9, 12, 14, 18, 20* 330:*22* 337:*12* 338:*9* 341:*16, 17* 363:*10* 364:*4, 10* 369:*3* 375:*22* 394:*12* 425:*7, 12, 15* 452:*5* 453:*21, 24* 463:*12* 480:*3, 6* 491:*6* 492:*20* 497:*2* 500:*22* 525:*9*

**< B >**
**B2** 333:*13* 336:*5*
**back** 342:*17* 351:*18* 368:*16* 384:*4* 389:*10* 414:*7* 415:*6* 422:*2* 425:*4* 434:*13* 459:*4, 9* 466:*24* 480:*22* 487:*11, 14, 18* 488:*18* 490:*14* 503:*1* 512:*23* 514:*12* 515:*11* 527:*4*
**back-extrapolation** 335:*19* 345:*10, 20* 347:*8* 390:*9* 392:*1* 396:*24* 399:*3, 20* 401:*10* 402:*4* 404:*21* 413:*11* 414:*6* 415:*15* 416:*13, 15, 18* 421:*9, 18* 422:*14* 489:*4* 524:*12* 525:*11, 14* 526:*5, 8, 17*
**background** 348:*12* 386:*20, 21* 387:*2* 399:*14* 436:*17* 487:*8, 24* 488:*3*
**bacon** 328:*4*
**BALL** 318:*18*
**ballpark** 367:*18, 20*
**ban** 495:*17, 23* 496:*2, 4*
**BARNES** 318:*2*
**base** 484:*19* 492:*2* 503:*17, 23*
**based** 345:*11* 347:*8* 369:*9* 375:*5* 392:*12* 399:*5* 404:*17* 409:*21* 422:*15* 430:*3, 11* 440:*21* 441:*20* 445:*3, 10* 446:*2* 483:*8* 490:*14* 498:*20* 511:*5* 515:*18* 524:*12* 525:*10* 526:*4, 16*
**basic** 402:*15*
**basing** 429:*12* 504:*3*
**basis** 430:*7*
**batch** 423:*24* 504:*1*
**batches** 376:*13* 504:*4* 518:*5*
**beach** 437:*11*
**Bear** 382:*18*
**becoming** 439:*4*
**beer** 328:*4*
**began** 362:*17, 19*
**beginning** 469:*2*
**begins** 332:*3* 342:*19, 24* 376:*6* 419:*8* 420:*15*
**behalf** 435:*3* 453:*6* 475:*12* 476:*16* 500:*20*
**believe** 334:*13* 337:*9* 340:*10* 449:*22* 450:*3* 474:*8* 477:*9* 491:*10* 522:*22*
**Bell** 318:*9*
**Bellwether** 323:*11* 479:*16* 480:*16* 482:*3*
**Benchmark** 322:*19* 413:*7, 12, 24* 414:*13, 24* 416:*8, 9* 431:*5* 432:*5, 12, 15* 433:*14, 19* 484:*10*
**benefit** 435:*7*
**benefits** 495:*16*
**Bernd** 351:*11* 352:*10, 20*
**B-E-R-N-D** 351:*12*
**best** 351:*2* 355:*10* 401:*9* 409:*5* 410:*4* 428:*6* 470:*21* 507:*21* 509:*16* 528:*9*
**better** 392:*19* 402:*13* 438:*14* 488:*3, 6, 7*
**beyond** 401:*20* 487:*8* 521:*23*
**BfArM** 349:*22* 351:*11* 352:*11, 17*
**Bhaskar** 472:*17, 21*
**big** 491:*5* 496:*19*
**binary** 496:*21, 24* 497:*1, 3*
**bioassay** 328:*22* 329:*2, 9* 341:*24* 342:*5* 397:*2* 430:*13*
**biology** 397:*3*
**bit** 344:*22* 417:*14* 422:*17* 436:*16* 438:*4* 483:*1* 485:*8* 491:*8* 499:*5* 518:*12*
**BL** 414:*19*
**Blue** 318:*9*
**BM** 406:*11*
**BMD** 392:*16* 402:*18* 411:*15* 412:*8* 414:*18, 20*

432:*20, 22*
433:*5* 484:*15*
485:*3* 487:*20*
511:*7* 523:*15*
**BMD10**
406:*12*
**BMDL**
409:*17* 414:*19*
**BMDL10**
392:*22* 414:*6*
415:*4, 6*
416:*15, 18*
417:*12*
**BMDS** 432:*18*
**board** 452:*17*
**bodies** 352:*5,*
*6, 8* 384:*15*
389:*20*
401:*11, 18, 22*
433:*1* 448:*19*
524:*24*
**body** 483:*10*
**BOGDAN**
316:*2* 320:*9,*
*11* 325:*17, 21*
326:*13*
329:*11, 20, 24*
330:*5, 9, 18*
331:*12, 20*
332:*17* 333:*7,*
*17* 334:*7, 10,*
*13, 17* 335:*21*
337:*16* 338:*6*
342:*16*
346:*11, 15, 22*
347:*1, 23*
358:*4* 359:*8*
366:*1* 368:*4,*
*7, 18* 371:*7,*
*16* 372:*15, 21,*
*23* 375:*10*
380:*21* 381:*7*
382:*6, 12, 15,*
*23* 388:*9, 23*
389:*5, 12*
393:*18* 394:*9,*
*24* 395:*11, 16,*
*20* 400:*9, 21*
405:*17* 406:*1*
412:*15, 19*
416:*4* 417:*16*

418:*2, 18*
423:*9* 424:*22*
425:*6* 426:*4,*
*6, 16, 22*
427:*12*
428:*21*
430:*22* 431:*9,*
*17* 433:*22*
434:*1* 443:*7*
457:*18*
458:*12*
465:*20* 470:*6*
475:*17*
478:*17* 490:*3*
498:*2* 500:*15*
501:*6* 502:*10*
515:*4, 16*
516:*19*
517:*15*
518:*10* 520:*2*
521:*6, 11*
523:*4, 13, 21,*
*23* 524:*17*
525:*2, 19*
526:*1, 20*
**Boobies**
493:*24* 494:*1*
**Boobis** 492:*20*
493:*12* 494:*1*
**borrowed**
383:*3*
**BOSICK**
319:*7*
**Boston** 318:*20*
**bottom**
372:*16* 432:*7*
463:*6, 7*
468:*24*
482:*20, 22*
494:*23*
**Boulevard**
316:*14*
**bound** 392:*16,*
*18* 395:*24*
396:*2, 11*
402:*18*
406:*11*
409:*14, 17*
417:*3, 7* 485:*22*
**bounds** 377:*10*

**Box** 316:*4*
443:*14* 516:*5*
**boxes** 516:*7*
**brackets**
509:*17*
**bravo** 346:*10*
**breadth** 349:*4*
**break** 368:*3,*
*9* 388:*22*
424:*21* 434:*4*
512:*15* 526:*23*
**breakdown**
460:*13*
**BRETT**
316:*13*
**brett@hollisla**
**wfirm.com**
316:*14*
**Brighton**
437:*15*
**brilliant**
472:*23*
**bring** 508:*23*
**bringing** 477:*5*
**British** 448:*5*
**broaden**
445:*14*
**broke** 361:*14*
**brought**
517:*16*
**BRT** 448:*7*
**BST** 315:*17*
325:*3* 368:*15*
389:*9* 425:*3*
434:*12*
512:*22*
515:*10* 527:*3,*
*23*
**BTS** 448:*5*
**BUCHANAN**
319:*2*
**bullet** 327:*10,*
*11* 376:*5*
**business**
437:*22, 24*
439:*2*

**< C >**
**C1** 382:*5*
**calculate**
333:*4* 343:*20*

347:*9, 19*
375:*11*
377:*23*
383:*10, 21*
384:*12, 15*
409:*11* 413:*7,*
*13* 416:*19*
417:*11*
425:*23*
426:*11*
429:*22*
430:*16, 18*
433:*7* 487:*11*
511:*10* 524:*6,*
*11, 14* 525:*16*
**calculated**
345:*9* 347:*3,*
*11, 19* 377:*10,*
*11* 389:*20*
390:*1* 398:*12*
401:*15, 19*
402:*3, 7*
403:*3, 12, 21*
406:*8* 409:*2,*
*4, 10* 411:*16*
415:*23* 416:*6*
421:*11, 17, 24*
426:*24*
433:*14, 18*
483:*22* 485:*3*
525:*10* 526:*14*
**calculating**
399:*17* 432:*22*
**Calculation**
321:*18* 322:*2,*
*6* 346:*5*
347:*7, 14*
348:*15*
374:*16*
375:*20, 24*
377:*18*
381:*10, 14*
382:*7* 383:*8*
384:*1, 14*
385:*24* 386:*5*
388:*11, 15*
390:*14*
391:*14, 17*
393:*15, 17*
394:*7* 395:*6,*
*18* 396:*5*

398:*7* 399:*11*
400:*11, 16*
404:*3, 5, 13,*
*16* 405:*12, 13*
406:*13*
411:*13, 14*
413:*17* 414:*9*
415:*1* 416:*22*
423:*8* 427:*4,*
*21* 457:*16*
478:*24*
479:*20*
483:*18* 487:*5*
502:*8* 509:*18*
512:*1* 526:*17*
**calculations**
348:*18*
377:*12* 378:*9*
392:*5* 394:*2,*
*20, 23* 397:*18,*
*20* 409:*21*
427:*10* 428:*2*
430:*2, 3, 4*
432:*16* 477:*7*
478:*2* 483:*7*
484:*4*
**calculator**
375:*9* 394:*2,*
*10* 395:*8*
397:*18, 21*
**call** 330:*13*
351:*13* 369:*8,*
*19* 370:*1*
438:*10* 479:*16*
**called** 432:*17*
437:*10, 12, 15*
447:*9, 11*
448:*7* 451:*19*
**calls** 500:*16*
**CAMDEN**
315:*2*
**Canada**
463:*18, 20, 22*
**cancer** 321:*20*
328:*13, 15, 19,*
*22* 329:*2, 4, 8,*
*9* 333:*5*
339:*19, 22*
340:*2, 12, 17,*
*24* 341:*6, 12,*
*20, 23* 342:*5,*

9, 10, 13
343:9, 16
345:21  346:6
348:12
353:12  378:9,
15  380:12
381:6, 12, 16
382:8  385:7,
21  386:1, 10,
14, 15, 22, 23,
24  387:5, 10,
13, 19, 22
388:1, 5
397:2  398:6,
12, 18, 24
399:8, 14, 19
403:21
404:15  405:2,
8  413:8
424:2  425:10,
19  426:2, 9,
13  427:3
430:13, 14
436:4, 12
441:6  463:8
470:15
483:15  485:9
487:8  496:16
499:19  518:8
519:9, 13, 15
**cancers** 520:14
**capacity**
360:4  411:23
**capital** 456:12
**carcinogen**
333:14  336:5
343:7  385:5
496:3, 4
**Carcinogenic**
324:6  407:10
408:14  492:7,
8, 9, 10  499:9,
11, 17, 18, 24
500:5  509:9
**Carcinogenicit
y** 331:22
332:10, 21
335:3, 15, 24
492:23
497:17  500:4

**carcinogens**
339:18
343:13  387:9,
17  425:15
429:10
495:22  499:3
**career** 438:9,
11  440:12
**carefully**
529:4
**carried** 357:5
363:22  364:1
369:11  396:4
401:10  404:3
410:3  422:8
439:11  457:24
**carry** 350:15,
20  351:2
359:5  367:7
369:13  409:8
470:11
**carrying**
361:24
432:15, 20
**case** 326:24
338:20
358:24
375:23  377:7,
8, 18  379:1
380:7, 24
427:14
429:18  430:8
441:21
469:23  475:3,
5, 16, 22
477:11  479:4
500:14  501:4,
22  502:9, 14
503:10, 16, 21
505:3  510:4
521:2
**cases** 386:15
399:8  404:14
512:3
**CASRN** 321:9,
13  329:13, 17
333:21  334:1
**categories**
499:3, 15

**causation**
500:13, 21
501:4  502:8
**cause** 329:4
353:11
445:23  501:11
**caused** 410:23
**causing**
387:13  388:5
**caveats** 410:14
**CDC** 479:9,
24  480:3, 18
481:8, 16
513:6, 24
**CDER** 454:2,
15
**C-D-E-R**
454:2
**cell** 360:3
**Center** 317:19
**Centers**
479:24
**Centre** 319:8
**certain**
328:15  329:8
338:24
341:14
342:11, 14
359:14  366:5
367:9  423:24
426:10  438:7
444:12  490:7
518:17
519:21, 22
**Certainly**
449:20
**CERTIFICAT
E** 320:13
448:3  528:1
**Certified**
315:18, 19, 20
528:3, 20
**certify** 528:4,
7, 9, 13  531:4
**cetera** 504:5
**cgannon@wals
h.law** 317:19
**chairs** 492:22
**change**
332:15  333:5
360:6  380:10,

12  381:5
429:15  441:4
444:13
491:18  499:7
502:7, 12
530:2
**changed**
391:1  438:13
491:19
**changes**
451:14
529:11  531:6
**characteristic**
519:14
**Characterizatio
n** 333:10
336:1
**characterize**
488:22
**charitable**
451:17
**chart** 374:23
375:14  416:5,
11  460:1
482:15  486:9
501:18  503:3
513:6, 24
**charts** 406:18
**check** 433:23
**checked** 336:8
**Chemical**
321:6, 10
329:15
333:23  453:7
511:22
**chemicals**
495:4, 12
**Chicago**
318:15
**child** 519:24
**Children**
323:9  481:2
**choice** 495:13
**chose** 428:1, 5
**CHRIS**
319:18
461:10
494:11
505:22  508:4
509:1

**CHRISTINE**
317:18
**CIPRIANI**
318:7
**citation** 339:20
**citations**
440:21
**cite** 364:20
**cited** 344:7
392:11, 23, 24
**city** 437:10, 12
**Clarification**
331:8  415:17
521:9
**clarify** 505:2
**clarity** 373:22
**classification**
336:4  496:21
499:16
**classifications**
492:3  497:5
499:1
**classified**
333:12, 13
336:1, 3, 10
339:17
**classify** 492:9
**clear** 483:20
497:23  500:11
**clearly** 493:15
500:7
**clicked** 334:15
**close** 410:5
512:18
**closely** 351:10
**closer** 377:17
482:19, 23
**coauthor**
493:3
**coauthoring**
472:16
**coauthors**
492:21  494:6
**coauthorship**
456:20  476:11
**codification**
323:13
493:20
494:15  499:15
**coffee** 495:22,

Confidential Information - Subject to Protective Order

23

Cohen 494:7
cohost 459:12
coinvestigator 357:18
collaborate 457:8
collaboration 458:24
collaborative 350:2
collaboratively 451:12
colleague 349:22 435:17
colleagues 400:3
College 316:14
colorectal 520:14
Columbia 466:2, 4
column 373:18 401:19 403:20 462:24 463:7
columns 390:5 405:12
combination 354:18
come 351:5, 18 354:8 356:12 363:18 480:22 499:1
comfortable 379:19 390:4 397:20 486:7, 19 518:7
coming 413:18 414:1 415:1 431:11 510:24

commencement 528:4
commencing 315:17
comment 336:22 340:7

341:2 428:19 520:23
commentary 322:12 323:18 417:18, 21 418:7, 9 474:12 505:17 506:5 507:20
commented 491:10
commenting 336:11, 13, 14, 19 337:13 440:11
comments 326:9 514:23
commercial 327:5
commercially 327:15
commission 531:17
commissioned 349:2, 7, 15
commitment 454:15
committee 451:22 461:3 464:8 467:11, 15, 18 468:6, 8 492:22
common 410:1
communicated 376:14
companies 355:19 435:7 453:7, 10 470:9, 24 475:13, 22 504:14, 18, 19, 22
company 328:1 355:16, 17, 18, 22
compare 393:11
compared 403:1 407:19,

22 422:14 520:11
comparing 396:18
comparison 403:8 413:6 476:22
complete 353:20, 24 356:1 423:18
completed 356:3, 4 361:8, 10, 16
completely 488:12
compliant 410:5, 6
composed 353:22
composite 402:19 485:8, 10, 16
compound 357:12 387:12, 15, 21, 23 388:3 458:13
compounds 339:11, 15 342:22 343:14 345:4 510:16, 18, 20 511:5
computer 394:14, 18, 21
concentration 388:6 492:5, 6
concentrations 329:8 341:14 342:14 483:14, 16 492:12 493:18 495:24 496:9
concept 409:11 412:13 444:24 445:16
concepts 355:9 471:3 472:24 473:4

conceptual 396:13
conceptually 483:17
concern 458:6 495:11 496:1
concerned 386:9, 14 405:7
concluded 527:10
conclusion 362:15 381:5 425:13 500:16 501:2, 5, 8 528:12
conclusions 362:7 410:1, 7 411:5 444:11 482:15 483:21, 24 502:13
conducting 358:23
conferences 364:10 448:18
confidence 377:24 411:16 413:12 414:18, 24 477:6 484:7, 9 485:2, 4, 15
confident 459:1 486:3 492:15 504:15
CONFIDENTIAL 315:12 507:2 527:16
confidentiality 527:14
confirm 340:22 405:15 463:4
confirmed 499:6
conflict 474:5, 15, 19, 22 475:6, 8 476:1, 3

confounding 429:8
confusing 393:24
connection 439:19
consensus 456:13
conservative 347:20 399:17 420:2 422:24 423:6, 8
consider 378:7 385:8 397:1 405:1, 3 452:19 488:11 489:4
consideration 348:9 377:6 491:5 525:15
Considered 324:9, 11 378:19 385:6, 8, 9 427:17 429:20 444:11 503:13 513:11, 15, 23 514:5
considering 327:21 348:11 396:2 444:12 479:10 482:19
considers 397:3
consistent 483:23
consortium 350:2, 22 351:7
consultancy 505:8
consultant 475:12 505:3
consulting 368:20
consumables 357:24

Confidential Information - Subject to Protective Order

358:*14*
361:*12* 366:*16*
**contact** 363:*1,*
*5* 510:*24*
**contacted**
349:*18*
**contained**
354:*5*
**containing**
373:*9*
**Contains**
346:*19*
363:*10* 513:*21*
**contaminated**
391:*23*
398:*13, 20*
399:*2* 403:*23*
404:*11* 516:*2*
**contamination**
322:*14* 356:*8*
376:*13*
380:*23*
399:*23*
417:*19, 22*
424:*9, 11, 13,*
*15*
**context**
383:*18*
385:*13* 500:*14*
**continent**
504:*4*
**continuation**
464:*13*
**continue**
367:*2* 440:*13*
454:*4* 464:*14*
**continued**
325:*6*
**continuing**
420:*23*
**contracts**
356:*12, 21, 23*
**contribute**
353:*16*
427:*20*
429:*14* 440:*6*
**contributed**
440:*12*
**contributes**
488:*23*

**contribution**
441:*20* 443:*1*
**Control**
321:*14* 324:*3*
337:*17, 21*
343:*6, 13*
479:*24*
498:*11* 509:*6*
524:*2*
**controversy**
323:*15*
493:*21*
494:*17, 24*
**conversion**
379:*16*
408:*11* 417:*5*
**convert**
374:*13*
407:*24* 408:*9,*
*12*
**converted**
406:*24* 407:*2,*
*12* 408:*7*
**convincingly**
340:*23*
**convoluted**
393:*14*
**copy** 365:*22*
480:*21, 23*
498:*14*
508:*20, 21*
**Cornell** 466:*6,*
*8*
**corporate**
501:*15, 21, 23*
502:*4* 504:*9*
**Corporation**
318:*5*
**corporations**
467:*22*
**correct** 329:*5,*
*23* 336:*20*
340:*21* 342:*2*
344:*10, 13, 19*
346:*2* 347:*15*
348:*6, 20*
356:*24*
372:*21*
373:*15*
375:*15, 16, 17*
385:*17, 18*

386:*2, 4, 10,*
*11, 17* 390:*2,*
*3, 23* 391:*2,*
*21* 392:*10*
393:*6, 12*
395:*13, 19, 22*
396:*8, 21, 22*
398:*3* 399:*9*
402:*9, 24*
403:*3, 13, 14,*
*16, 24* 404:*2,*
*15* 405:*10, 16*
406:*17, 20*
407:*4, 13, 14,*
*21* 408:*2, 3,*
*13, 15, 19*
409:*3, 23*
410:*12, 13, 17,*
*24* 414:*11*
415:*3, 13, 14*
416:*10, 21, 24*
418:*11, 13, 15*
421:*14, 24*
422:*1, 19*
424:*10, 12, 14,*
*16* 428:*4, 10*
429:*18* 432:*1*
433:*7, 15*
445:*5* 448:*11,*
*13* 450:*5*
460:*18, 19*
461:*22*
467:*16, 17*
472:*9, 17, 18*
479:*18*
481:*12, 14*
489:*15*
493:*23*
504:*23*
508:*18, 19*
515:*23*
516:*23*
518:*16, 20, 22*
519:*1, 3, 9, 13,*
*19* 520:*5*
522:*6, 8, 11,*
*14, 17* 523:*5,*
*8, 10, 16*
524:*8, 10*
525:*6* 526:*8*
531:*5*

**corrected**
421:*18*
**correction**
370:*2* 375:*19*
421:*16* 525:*14*
**corrections**
529:*4, 7* 531:*6*
**correctly**
436:*8*
**corresponds**
406:*16*
**costing**
358:*13* 366:*13*
**Counsel** 316:*5,*
*11, 16* 317:*8,*
*15, 21* 318:*5,*
*10, 16, 21*
319:*5, 10*
467:*8* 503:*2*
506:*3* 514:*13*
528:*14, 15*
**country**
352:*24*
503:*20, 24*
524:*2*
**counts** 485:*11*
**COURT**
315:*1, 19, 20*
514:*8* 528:*3,*
*20* 529:*20*
**cover** 366:*13,*
*14* 483:*8*
486:*22*
**covered** 465:*9*
**covering** 379:*2*
**covers** 476:*2*
484:*17*
**COVID**
361:*11, 13*
**created** 351:*3*
361:*3, 5*
**criteria** 440:*18*
**criticism** 472:*8*
**criticisms**
472:*1, 3*
486:*24*
**criticized**
471:*16*
**critique** 384:*8*
**critiqued**

389:*21* 526:*19*
**CRR** 528:*18*
**cumulative**
390:*20* 391:*3,*
*8* 393:*3*
**current** 337:*9*
344:*12* 362:*8,*
*13, 15* 410:*19*
435:*22* 444:*16*
**currently**
327:*14*
336:*10* 359:*9,*
*11* 366:*20*
408:*22*
446:*20* 448:*11*
**Curriculum**
322:*22* 437:*5*
**curve** 487:*7*
488:*16, 19, 21*
**CV** 365:*13, 14,*
*16* 366:*2*
436:*18*
447:*22* 455:*8*
**CVS** 318:*5*

**< D >**
**D.C** 317:*14*
319:*4*
**Daily** 322:*17*
384:*18* 385:*4*
392:*9* 395:*22*
396:*20* 402:*6*
403:*11* 406:*7*
414:*15*
416:*23* 421:*1,*
*10, 23* 423:*11*
428:*23*
429:*24*
430:*19, 24*
431:*3* 432:*5*
511:*10* 525:*22*
**damage** 488:*4*
511:*2* 518:*22*
519:*2, 4*
**Data** 323:*9*
362:*14* 397:*2*
411:*7, 17*
429:*5, 6*
430:*14, 18*
433:*19*
444:*24*

447:*23*
473:13  481:2,
7  484:*12, 20,
21*  513:*7*
526:*5*
**database**
340:2, *12*
**dataset**  409:*5*
410:*1, 16*
412:*11*
**datasets**
340:*11*
**date**  315:*18*
325:7  334:5
336:*16, 20, 21,
23*  337:*1*
340:*20*  363:*3,
24*  410:*4*
489:*16*
522:*24*  528:*8*
529:*9*  531:*12*
**dated**  338:*12,
14*  524:*3, 15*
528:*22*
**DAVIS**  317:*2*
**day**  345:*12,
24*  348:*6*
376:*15*
384:*22*
390:*21, 22*
391:*11, 12*
402:2, *5, 17*
403:*17, 18*
404:*11*
406:*22*  407:*1,
7, 8, 11, 13, 21*
408:*3, 4, 5, 8,
13, 17, 22, 23*
409:*18, 22*
410:*22*  411:*3,
8, 9*  414:*3, 10*
415:2, *9, 22*
416:2  421:*4,
5, 12, 13*
428:*14*  432:*9*
433:*13, 17*
468:*21*  525:*5,
6*  526:*11*
531:*16*
**days**  527:*16*
529:*16*

**deal**  496:*19*
503:*22*
**death**  519:*23*
**decimal**
482:*21*
**decision**
429:*12*  490:*9,
16*
**decisions**
410:9  452:*12*
489:*8*  524:*11*
**dedesignated**
506:*24*  507:*3*
**deem**  427:*18*
**deemed**  442:*1*
444:*1, 9*
527:*14*  529:*19*
**defects**  519:*8,
12*
**defendant**
469:*22*  470:*9*
**Defendants**
323:*20*
476:*10*
500:*20*
501:*23*  502:2,
5  504:*9*
508:*1, 7*
515:*21*
**defense**  435:*4*
518:*11*
**deficiency**
485:*14*  486:*7,
10, 12, 14*
520:*21*  522:*17*
**define**  422:*9*
429:*22*
**defined**  412:*4*
**definitely**
352:*12*
355:*22*
434:*24*  453:*8*
456:*18, 23*
458:*20*
460:*19*
472:*12*  497:*5*
522:*14*
**definition**
512:*4*
**definitions**
493:*15*

**degree**  447:*20*
498:*22*
**degrees**  447:*18*
**delay**  475:*19*
**delays**  361:*12*
**demonstrate**
439:*7*
**demonstrated**
478:*20*
**Demonstrative**
321:*18*  322:2,
*6, 10*  381:*14*
388:*15*
400:*16*  405:*21*
**Department**
338:*16*  363:*8,
14, 16*  369:*2*
456:*2*
**departments**
363:*17*
**departure**
412:*5*  422:*9*
487:*23*
**Depending**
518:*23*
**depends**
387:*11*
**DEPONENT**
320:*15*  531:*1*
**deposing**
529:*15*
**Deposition**
315:*16*  321:*1*
322:*1*  323:*1,
23*  324:*1*
325:6, *24*
329:*14*
333:*22*
337:*20*
340:*14*
371:*11*
381:*13*
388:*14*
400:*15*
405:*20*
417:*20*  431:*1*
437:*3*  442:*10*
455:*11*
461:*14*
480:*24*  482:*2*
491:9  494:*14*

**degree**  505:*15*  508:*3,
6, 9*  509:*4*
513:9  514:*3*
527:*9, 12*
528:*12*  529:*3,
13, 17, 18*
**deps@golkow.c
om**  315:*24*
**depth**  327:*1*
340:*16*  397:*6*
**derived**  348:*5*
**derives**  414:*14*
**DeSALVO**
319:*13*
**describe**
354:*22*
**described**
472:6  481:*9*
**describes**
347:*13*
**describing**
481:*9*
**descriptive**
335:*7*
**descriptors**
500:*3*
**design**  340:*19*
362:*19*  411:*4*
**designate**
527:*12*
**desire**  457:*8*
495:*16*
**despite**  502:*5*
**detail**  455:*21*
457:*23*
485:*23*  502:*1*
**detailed**  443:*4*
**details**  372:*7*
479:*11, 19*
**Determination**
346:*20*  386:*8*
**determine**
332:*20*
335:*14*
379:*11*  425:*17*
**determined**
384:*19*  396:*19*
**determining**
421:*1*  422:*22*
**detoxification**
510:*24*

**develop**
339:*22*
341:*20*  458:*5*
**Developed**
322:*10*
359:*19, 21*
405:*19, 22*
432:*4*
**developing**
341:6  387:*19*
457:*9, 15*
458:*18*
**Development**
322:*16*
430:*23*  431:*2*
440:7  456:*14*
470:*13, 20*
**dietary**  425:*8,
10*  426:*10, 16,
18*  427:*1, 15*
428:*3, 12, 22*
429:*2, 9, 16,
19*  430:*6*
**differ**  405:*13*
**difference**
387:*14*
396:*24*  397:*5*
417:*14*
422:*12*  484:*6*
493:*13*  521:*18*
**differences**
401:*21*  484:*5*
**different**
333:*4*  343:*21*
357:*7*  360:*3*
371:*2*  390:*6*
393:*4*  396:*11*
399:*4*  402:*11*
405:*3*  417:*15*
421:*23*  422:*5*
433:*13*  438:*5*
441:*11*
449:*17*  464:*3*
471:*1*  477:*7*
478:*13*
483:*18*  497:*4*
499:*2*  500:*3*
503:*20*  504:*3,
4, 5*  516:6, *10*
518:*18*
519:*15*  520:*8*

Confidential Information - Subject to Protective Order

**difficult** 395:2, *4, 7*
**Diplomate** 315:*19* 528:*3, 19*
**direct** 372:*10* 413:2 484:*23*
**directed** 413:*4* 415:22
**Directing** 327:8 331:*21* 335:*1, 22* 342:*17* 376:4 419:5 431:*21*
**directly** 456:22 485:*18* 493:*16* 504:*21* 511:*12*
**disagree** 393:*16* 500:8
**disappointingly** 361:*10* 362:8
**discarded** 445:9
**disclose** 356:6, *14* 474:*21* 475:*7, 9, 10, 21*
**disclosed** 356:9
**disclosure** 474:5, *15*
**discovered** 338:22
**discovery** 470:*19*
**discuss** 360:7 384:*3*
**discussed** 340:*16* 377:22 447:*3* 449:9 451:*18* 477:*3* 479:*14* 502:*1* 504:*13* 506:8 522:20
**discussing** 487:*23, 24* 508:*15* 520:*10*

**discussion** 340:*14* 364:7 490:*21* 505:*1*
**discussions** 353:*16* 474:*17* 499:2 504:*18*
**Disease** 479:*24*
**distinguishment** 486:*21*
**DISTRICT** 315:*1*
**division** 363:*9* 468:2
**DNA** 324:*3* 341:*11* 343:22 344:*5* 348:9 349:*23, 24* 351:*16* 352:*12, 22* 366:6 411:*21, 23* 412:9 417:9 422:7 444:*19* 445:23 446:2 485:*12* 488:*4, 11, 12, 13, 22* 489:*1* 490:*21, 24* 509:6 511:*1, 15, 20* 518:*13, 14, 17, 21, 23* 519:2, *4, 7, 11, 15, 17, 19, 22* 520:*1, 12* 521:*15, 21* 525:*15*
**DNA-reactive** 510:*18* 511:22
**Doak** 441:*15*
**doc** 442:7 450:2
**Doctor** 359:*4* 511:*17* 515:*17*
**DOCUMENT** 315:5 326:*18* 327:*19* 329:23 330:*17* 331:*1, 3* 332:8, *14, 22, 24* 333:2, *16, 21* 334:*5,*

20, *24* 335:*12* 336:2, *4, 15* 337:*13* 338:*8, 11, 13* 339:6 344:6, *15* 347:22 368:*10* 371:*24* 372:2, *4, 6, 8, 17* 376:5 378:22, *23* 381:*10* 383:*23* 386:6 416:*12* 420:*19* 428:*19* 442:*15, 17* 449:22 450:*19* 451:*3* 454:*3* 455:5, *18, 23, 24* 456:*7* 459:*17* 460:*15* 461:*20* 471:*15* 473:*23* 481:*18* 482:*7, 9* 492:*24* 502:*17, 20* 503:2 506:*4, 21* 507:*1* 523:*14, 17*
**documentation** 354:7 356:*20, 22*
**Documents** 324:*10* 338:*20, 22* 339:2 371:*4* 372:2 380:*1, 3* 501:*15, 21* 514:*4*
**Doe** 323:*16* 493:22 494:*17*
**doing** 347:*14* 361:*18* 367:22 385:23 392:5 413:5, *17* 414:24 434:*19, 20* 439:*17*

444:*20* 505:8 508:*17* 529:8
**DOLORES** 319:*13*
**Dose** 322:*19* 341:9, *22* 342:4, 6, *11, 13* 344:4 350:5 353:*10, 14* 360:*1, 6* 364:2 366:6 387:*11, 12* 392:*18* 397:*1* 410:*4* 413:7, *12, 24* 414:*13, 24* 416:8, *10* 422:6 431:5 432:6, *12, 16, 23* 433:2, *14, 19* 445:9 484:*10* 489:*3* 495:*15* 496:7, *18* 499:*20* 500:*10* 501:22 510:*10, 14* 511:*13* 524:5 525:*16*
**dose-based** 497:*1*
**dose-response** 328:*21* 329:*1* 422:*4, 8* 430:*12* 446:22 487:6, *20, 21* 488:*16, 19, 21*
**doses** 328:*15* 341:*1, 12, 18, 21*
**downstairs** 434:5 480:*23*
**downstream** 353:*12*
**Dr** 325:6 326:*15* 330:6 362:*23, 24* 425:7 434:*19* 435:6 437:2 447:*19* 455:8 497:*19* 500:*18* 506:*4,*

*12* 507:*16* 509:*13* 515:2 527:8
**draft** 476:5, *8, 14*
**drafted** 370:*18, 19*
**draw** 414:7
**drawing** 384:*4* 417:*12* 488:*17*
**drawn** 487:*11*
**draws** 488:*14*
**drew** 415:5
**Drive** 324:*10* 514:*1, 4*
**Drug** 338:*17* 391:*23* 400:*3, 7* 404:*18* 435:7, *18, 20* 445:8 453:*23* 456:*3, 8* 470:*13, 19* 516:6, *10*
**Drugs** 321:*15* 337:*19, 22* 423:*18* 435:9 445:9 490:*7, 17* 501:*11* 524:*3*
**DUANE** 318:*18*
**due** 361:*11, 12* 421:*16* 495:*12* 518:*15* 520:4, *15* 522:5
**duly** 325:*12* 528:5
**duration** 358:*13* 390:*16* 412:2

**< E >**
**Earlier** 325:*20* 350:*11* 438:*4* 501:*19*
**early** 491:8
**easier** 365:*12*

384:*3*
**easiest** 440:*18*
**easily** 365:*10*
**economic**
358:*12* 366:*13*
**editorial**
446:*24*
**editors** 447:*5*
**educate**
496:*13*
**EEMGS**
446:*17* 447:*6*
**effect** 412:*2*
511:*6, 8*
521:*20*
**effective** 511:*1*
**effects** 445:*11*
510:*22*
**either** 342:*8*
407:*23*
410:*23* 439:*7*
495:*11*
**Elder** 323:*17*
474:*12*
505:*17* 506:*6*
507:*19*
**elected** 524:*5*
**electronic**
365:*21*
**EMA** 321:*17*
349:*6, 15, 16*
350:*4* 351:*11*
353:*24*
355:*19*
356:*11, 18*
370:*8* 371:*9,*
*12* 372:*3*
378:*23*
383:*10, 20*
384:*13, 19*
390:*1, 3*
401:*11, 15, 18*
405:*11*
412:*21* 413:*5,*
*23* 414:*12*
416:*7* 445:*2*
460:*22* 461:*2,*
*5* 490:*1, 22*
502:*16, 21*
503:*2*

**e-mail** 506:*3,*
*7, 10*
**E-mail(s**
323:*17* 505:*16*
**EMM** 447:*2*
**emphasizes**
499:*13*
**employee**
528:*13, 15*
**EMS** 423:*23*
424:*9, 11, 13,*
*15* 441:*20*
511:*20*
**encapsulate**
501:*1*
**enclosed** 506:*5*
**encompass**
488:*8*
**encouraged**
458:*23*
**endogenous**
487:*2, 16*
488:*4, 8*
**engage** 367:*10*
451:*9*
**enhanced**
454:*16*
**enlarge** 462:*4*
**enrolled** 468:*5*
**ensure** 486:*2*
510:*8*
**entail** 359:*23*
**entails** 359:*24*
**entirely** 327:*2*
344:*6* 439:*23*
442:*24*
457:*20* 477:*4*
495:*19*
503:*19*
511:*19* 512:*7*
**entities** 355:*15*
**entitled**
381:*10* 382:*7*
418:*22*
**entity** 354:*11,*
*23* 355:*1*
471:*17*
**Environment**
447:*12*
**Environmental**
326:*23*

330:*21*
332:*19*
446:*12, 16*
447:*3, 10*
450:*21*
451:*14*
452:*13* 456:*4,*
*9* 493:*1*
**enzyme**
518:*24*
519:*17* 520:*12*
**EPA** 325:*23*
327:*19*
330:*23*
331:*13*
332:*14*
335:*13, 20*
432:*19* 493:*5*
**epigenetic**
518:*16, 18*
519:*6, 20*
**epigenetics**
519:*16*
**equivalent**
511:*7*
**ERRATA**
320:*14* 529:*6,*
*9, 11, 15*
530:*1* 531:*7*
**ERT** 448:*7*
**ESQUIRE**
316:*2, 7, 13*
317:*2, 4, 5, 11,*
*18* 318:*2, 7,*
*13, 18* 319:*2, 7*
**essential**
451:*21*
**essentially**
471:*15*
**established**
345:*18* 346:*2,*
*4* 348:*8, 22*
349:*10* 351:*1,*
*2* 393:*22*
407:*20* 512:*6*
525:*4, 21*
526:*10*
**establishing**
344:*10*

**estimate**
352:*4* 362:*6*
366:*12* 412:*8*
**estimated**
414:*8* 416:*20*
**estimation**
374:*10*
397:*19*
404:*18* 409:*21*
**estimations**
397:*20*
**et** 322:*15, 21*
323:*16* 410:*2*
417:*24* 431:*6*
494:*17* 504:*5*
521:*17*
**ethyl** 444:*6*
511:*24*
**ethylene** 473:*7*
**EU** 504:*6*
**Europe** 479:*6*
502:*18*
**European**
349:*2* 378:*24*
379:*1* 445:*1*
446:*15, 16*
448:*6* 462:*24*
463:*4* 517:*7*
**euros** 358:*11*
**evaluate**
457:*9* 458:*18*
**evaluation**
456:*15* 499:*8*
**evaluations**
458:*7*
**everybody**
358:*20, 21*
**Evidence**
335:*23* 443:*2*
498:*21*
499:*17* 500:*4,*
*6*
**evidenced**
328:*22* 329:*6*
**evolving**
338:*20*
**exact** 363:*24*
380:*8, 13*
399:*24* 454:*12*
**exactly**
401:*22* 404:*2*

423:*21*
458:*17* 521:*16*
**EXAMINATIO
N** 320:*8*
325:*15*
434:*16*
515:*14* 528:*4*
**example**
341:*24* 348:*2*
406:*24*
416:*16*
423:*19* 424:*6*
487:*7* 510:*23*
511:*20, 21*
**examples**
423:*17* 424:*7*
**Excel** 394:*23*
**excellence**
424:*5* 439:*10*
440:*5* 441:*19,*
*22, 23* 446:*10*
**Excellent**
326:*7* 339:*12*
343:*2* 346:*23*
355:*8, 13*
382:*20* 432:*2*
462:*3* 465:*23*
472:*22* 473:*3*
498:*18*
**excess** 321:*20*
322:*3, 7*
381:*11, 16*
385:*6, 21*
386:*1, 10, 13,*
*19* 387:*5*
388:*11, 16*
398:*6, 11, 18,*
*24* 399:*8, 19*
400:*11, 17*
403:*20*
404:*14* 405:*8*
413:*8*
**exchange**
407:*5, 15*
456:*12* 506:*3*
**excuse** 443:*8*
467:*4* 489:*7*
494:*2* 508:*16*
513:*14* 523:*19*
**executed**
356:*23*

Confidential Information - Subject to Protective Order

**Exhibit**
322:*22*
324:*11, 17, 18,*
*19, 20, 21, 22,*
*23*  325:*22, 24*
326:*12*  327:*9*
329:*14, 19*
330:*7*  333:*18,*
*22*  334:*11*
337:*17, 20*
338:*1*  342:*18*
346:*9*  371:*8,*
*11, 15*  381:*8,*
*13, 18*  388:*10,*
*14, 19*  389:*13,*
*14*  400:*15*
405:*20, 24*
412:*16, 17*
417:*17, 20*
418:*1, 4, 5, 8*
431:*1, 8*
436:*20*  437:*1,*
*3, 4*  442:*8, 10,*
*16*  449:*22*
454:*19, 24*
455:*3, 10, 11*
459:*5*  461:*9,*
*12, 14*  464:*10,*
*12*  467:*1, 5*
474:*10, 11, 12,*
*13*  477:*10, 12,*
*17, 21, 24*
480:*10, 24*
481:*17, 19*
482:*2*  489:*12*
494:*9, 10, 13,*
*14*  505:*13, 15*
506:*17*  508:*6,*
*24*  509:*4*
513:*2, 9, 14,*
*16*  514:*2, 3, 5*
522:*22*  523:*6,*
*10, 12*
**EXHIBITS**
321:*1*  322:*1*
323:*1*  324:*1,*
*15*  434:*5*
443:*8*  450:*7*
514:*17*
**existence**

510:*9, 13*
**existent**  520:*9*
**Expand**
327:*23*
351:*18*  404:*6*
**expanded**
384:*1*  402:*12*
403:*15*
**expect**  458:*2,*
*4, 9, 11*
**experience**
354:*6*  452:*20*
456:*16, 19*
458:*15*  472:*20*
**experiment**
362:*5*
**expert**  340:*13,*
*15*  349:*5, 17,*
*23*  351:*11, 14,*
*17*  352:*22*
356:*7, 10, 18*
369:*10, 15*
374:*9*  429:*3*
432:*24*
472:*23*
500:*19*  504:*20*
**expertise**
354:*6*  355:*2,*
*4, 8, 12*  369:*10*
**experts**
349:*24*  350:*1,*
*3*  351:*2*
456:*21*
458:*15*  461:*2*
464:*8*  484:*15,*
*19*  491:*22*
496:*11*
**Expires**
528:*22*  531:*17*
**explain**
389:*20*  401:*8,*
*17*  422:*11*
479:*1*  487:*3*
512:*11*
**explained**
377:*9*  378:*10*
390:*10*
447:*22*  509:*16*
**explaining**
417:*14*  438:*3*

**explains**
347:*6*  389:*24*
401:*14*
485:*22*  493:*13*
**explanation**
378:*13, 16*
386:*18*
420:*21*
422:*16*  478:*23*
**explanatory**
384:*3*
**exploratory**
384:*2*
**Exponent**
471:*12, 13, 16*
472:*2, 4, 11,*
*13, 15, 20*
**exponential**
432:*13*
**exposed**  378:*7*
390:*15*
391:*10, 21*
423:*5, 22*
427:*1*  436:*1,*
*12*  479:*14, 20*
486:*2*  501:*9,*
*12*
**exposure**
322:*4, 8*
331:*23*  335:*4*
343:*10*
345:*22, 23*
346:*5*  347:*10*
378:*24*  387:*9,*
*17*  388:*6, 12,*
*17*  390:*20*
392:*9*  393:*5*
395:*22*
396:*21*
400:*12, 18*
402:*7*  403:*11*
405:*9*  406:*7*
412:*2*  416:*23*
419:*8, 19, 20,*
*23*  420:*15*
421:*2, 4, 6, 10,*
*12, 14, 23*
422:*23*  423:*1,*
*11, 15*  425:*10,*
*18, 24*  426:*10,*
*12*  427:*20*

429:*24*
430:*19*
492:*13*
495:*14*
499:*17, 19*
511:*11*
**exposures**
410:*22*  486:*5*
493:*1*  499:*21*
**express**  518:*15*
**expressed**
406:*19, 21*
**expression**
519:*7, 11*
520:*3*  522:*4*
**extended**
423:*13*
**extension**
511:*18*  512:*10*
**extensive**
353:*21*  410:*3*
457:*23*
473:*11*  474:*17*
**extensively**
437:*24*
**extent**  390:*7*
404:*10*  448:*8*
463:*10*
470:*18*  471:*4*
473:*16, 22*
491:*5*  517:*5*
**extents**  447:*3*
**extra**  432:*23*
433:*1*  439:*16*
485:*23*
**extrapolate**
422:*10*
**extrapolated**
411:*18*
**extrapolating**
400:*5*  412:*8*
422:*2*
**extrapolation**
331:*14*  332:*5,*
*9, 20*  335:*9,*
*14*  379:*18*
384:*7*  399:*13*
405:*14*
411:*15*
415:*12*  512:*2*

524:*6*

**< F >**
**face**  372:*5*
**Fact**  321:*3*
325:*22*  326:*1*
498:*20*  507:*15*
**factor**  332:*3*
333:*3*  335:*8*
378:*4*  384:*7*
399:*13*
408:*20*
411:*19*
440:*19, 22*
479:*3*  485:*17*
520:*10*
521:*20, 24*
**factors**  377:*21*
392:*14*
402:*19*
406:*12*
409:*16*
411:*20*
417:*11*  429:*9*
433:*6*  485:*9,*
*10*  495:*13*
511:*9*  512:*1*
**fail**  529:*18*
**failed**  475:*7, 9*
**fair**  427:*16*
449:*19*
478:*15, 16*
**fairly**  461:*18*
**FairWarning**
471:*17, 20, 22*
473:*23*
**FALANGA**
317:*18*
**FALKENBER**
**G**  318:*13*
**familiar**
330:*19*  338:*7*
418:*10, 12*
420:*3*  431:*18*
462:*12, 14*
463:*9*  479:*23*
**familiarity**
420:*5*
**family**  435:*24*
**FAPR**  528:*18*

Confidential Information - Subject to Protective Order

far 328:6
334:7 362:4
375:22 379:3
452:5 460:15
487:8 491:6
497:2 507:8
516:12
fashion 342:15
fax 315:23
FDA 338:18,
20 339:2
344:9 345:7,
9, 18 346:2, 4,
20 347:3
348:19 379:2
381:3 383:9,
20, 24 384:13,
19 385:16
386:7 390:1,
4 393:22
396:19
401:14, 18
403:3 405:6,
7, 13 407:20
454:1, 2, 14
456:8, 21
457:3, 4, 7, 11
458:2, 15, 20,
24 459:11, 14
464:3 476:23
489:6, 8
490:1 501:17
502:6 504:10,
11 524:1, 10,
19, 23 525:3,
9, 20 526:3, 7,
9, 14
FDA-regulated
456:14
FDA's 395:12
403:9 486:24
February
338:14 361:1
371:9 372:5,
8 412:21
489:14 524:4
feel 397:19
458:22
feels 398:2
Fellow 315:18

528:2, 19
females 480:5
FERTEL
318:7
field 484:16
519:8, 12
figure 367:18,
20 495:23
517:1
figures 404:17,
23 408:19
433:4
file 370:23
381:21
final 374:9
390:5 405:12
412:4, 5
416:16 438:21
financially
528:15
find 339:8
341:5 365:10,
12, 15 380:1
409:5 419:16
431:10 506:5
finding 380:9
finished
374:18, 22
375:2, 14
376:1 379:9,
14, 16, 21
380:2, 6
501:22
finishes 361:1
FIRM 316:13
319:15 505:9
first 336:21
337:1 338:13
339:7, 13
342:19, 24
347:5, 24
357:18
364:24 365:4,
5, 7 372:19
384:24 385:2
411:19
413:14
415:10
416:15
449:18
462:24 463:7

474:10
492:19
493:22 505:1,
2 507:11
Firstly 334:3
Fitzgerald
322:20
430:23 431:6,
15
five 352:5, 6,
8, 14 495:9
five-minute
368:9
Floor 317:20
319:9
focus 374:17
450:17
474:20 478:10
focused
470:10 483:11
F-O-H-R
351:16
follow 397:23
454:8 458:5
486:19 524:5
followed
385:15 432:12
following
383:16 392:5
follows 325:13
follow-up
515:18
Food 338:17
424:18 427:8
429:10
430:20
453:23 456:3,
8
food-based
425:12
foods 425:15
footnote
365:18
forefront
458:10, 17, 20
foregoing
528:7 531:4
forget 352:13,
23 353:23
363:24 492:19

form 327:15,
21, 22, 24
328:2 331:16
332:11
335:16
343:17
347:16 359:2
417:1 418:16
426:3 427:5
428:17 430:9
457:19
458:13
465:21 470:7
475:18
478:18 490:4
498:2 500:16
501:7 502:11
516:16
520:22 524:9
531:6
formal 353:19
format 523:10
formation
451:22
formed 350:1
430:4
forming 377:6
formulate
429:17
formulation
374:9
forth 347:3
406:6 410:21
423:12 528:9
forward
350:4 364:8
386:6 392:4,
12 404:8
410:14 423:7
444:24 479:9
484:5 490:23
497:13
found 372:18
373:4 374:22
376:13 379:6
380:2, 6, 23
490:8
foundation
449:7
founded
451:15, 16

founding
454:6
four 403:24
404:12, 20
439:13
440:23
462:24 497:3
524:4
FOWLER
317:11
fowlerst@gtlaw
.com 317:12
FP 322:5
373:5, 9
374:1 388:17
frame 489:10
framework
424:5 439:11
440:5 441:19,
22 473:5
frball@duanem
orris.com
318:19
FRCP 528:11
FREDERICK
318:18
frequent
519:7, 11
frequently
518:14
friend 435:16
friends 435:24
front 334:15
337:13 382:5
398:5 412:17
436:18
Frotschl
351:10
352:11 383:4
390:10 391:1,
15 398:10
401:5
Frotschl's
385:3 389:18
frustratingly
361:14
full 347:6
358:12
366:13
438:22 439:4,

Confidential Information - Subject to Protective Order

5 462:20 521:21 523:9 **fully** 403:5 465:12 480:6 495:6 **fund** 357:23 366:10 **funded** 369:1 370:12 453:16, 17 **funding** 349:17, 19, 20 350:8 354:8 360:13, 14 367:6 453:19 **further** 333:8 349:8 360:7 376:5 385:11 387:23 479:10 486:1 514:11 526:21 528:7, 9, 13

< G >
**GANNON** 317:18 **Gateway** 317:19 **gene** 409:6 519:7, 11 520:1 **general** 380:15 386:22 396:12 500:13, 20 501:3 **generally** 347:13, 18 **generate** 348:16 **generated** 478:6 **generic** 470:10, 24 486:16 **Genes** 447:11 518:14, 17 519:19, 22

**Genetic** 323:2 328:8, 11 363:11 369:10, 15 411:17 442:5, 11 446:5 447:22 448:15, 16 449:10 468:6, 8 470:12, 14, 22 472:22 **genetics** 446:10 447:21 **Genomics** 446:17 **genotoxic** 339:16 388:3, 4 422:23 444:18 445:9 521:20 **genotoxicant** 444:6 **genotoxicants** 445:18 **genotoxicity** 445:7 **genotoxin** 444:6 **GEORGE** 315:16 320:2, 8 323:23 325:6, 11 507:21 508:9 528:5 531:4, 12 **Georgia** 317:7 **German** 355:16 383:5 **Germany** 352:21 353:1, 4 355:16 401:6 **getting** 361:11 419:12 424:18 512:18 517:6 523:1 **Gilbert** 446:9 **give** 348:1 468:21

498:13 514:7, 16 519:8, 12 **given** 351:24 489:21 531:5 **gives** 496:16 **glance** 468:22 **GlaxoSmithKli ne** 360:14 **global** 392:15 396:1, 12 439:13 444:9 451:13 483:9 486:15 **globally** 448:20 **go** 339:4 347:14 359:4 370:1, 4, 14 371:21 382:16 384:8 405:17 412:22 418:19 424:22 438:8 454:5 455:5 466:24 476:17 485:7 496:5, 17 497:17 504:5 **goal** 438:21 **goes** 357:22, 24 495:8 **going** 330:10 333:8 360:10, 12 362:10 372:10 376:1 377:22 389:6 394:16, 18 397:21 403:19 407:24 424:17, 20, 24 434:4, 9 435:3 442:6 488:24 493:9 495:20 498:8 505:20 506:16 512:15, 19 515:4, 7

517:4 526:24 527:21 **GOLDENBER G** 316:7 394:13 514:14 **GOLDENBER GLAW** 316:7 **GOLKOW** 315:23 319:21 **Gollapudi** 410:2 472:17, 22 474:11 **Good** 325:18, 19 351:9 364:5 368:5 423:5, 6 424:6, 8 443:22 449:14 473:4, 8 **GORDON** 319:7 **go-to** 432:19 **gotten** 441:13 **governance** 452:15 **Government** 323:6 451:10 453:17, 19 460:23 461:15 462:17, 21 **government/re gulatory** 460:5, 8, 22 467:24 468:4 **governmental** 463:14 465:9 **grade** 438:9, 11 **gram** 373:19, 24 375:1, 16 392:13 **grams** 375:17 **grant** 350:8 351:1 353:7, 20, 21, 22, 24 354:2, 18, 19 356:15, 17 357:1, 3, 14 358:7, 17, 19

369:24 370:3, 7, 13, 15, 18, 19, 21, 22 371:5 491:1 **grants** 355:20 453:17, 20, 22 454:1 **graphic** 459:18, 19, 20, 22 460:17 **great** 434:20 470:18, 20 473:13 498:16 **greater** 500:5 **green** 459:20, 22 460:1 **GREENBERG** 317:2, 11 505:4 **grew** 437:14 **group** 350:23 351:19, 23 352:3 410:3 456:21 458:16, 17 462:22 499:4 **grouping** 498:20 **groups** 426:8 **grow** 437:13 **GSK** 362:16, 18, 20 363:1, 5, 21 364:4 366:9 369:1 370:11, 12, 20, 22 **GT** 476:9, 15 479:12 482:8, 12 500:23 504:15 505:10, 11 **GTTC** 456:23 461:4 463:22 464:9 493:5 **guess** 459:21 470:3 497:12 **Guidance** 321:16 337:22 338:15 342:19 343:1,

Confidential Information - Subject to Protective Order

6, 20  383:17 409:7  444:22 512:8  522:24 524:1, 15
**Guideline** 324:2  489:11 509:5, 13
**guidelines** 340:5  444:14, 16
**GUM**  383:5 389:19  401:6
**guy**  351:14 352:12

**< H >**
**Halen**  471:23
**halfway**  457:1 509:22
**hand**  442:15
**handing** 481:20
**Hang**  509:24
**happened** 454:9
**happy**  402:23
**hard**  369:16
**HARDING** 316:2  319:13
**HARKINS** 317:4  442:6 443:20  455:7 461:10 464:11 480:15, 19 481:21, 23 494:11 505:22  508:4 509:1
**harkinss@gtla w.com**  317:4
**harm**  495:2, 3
**harmonic** 345:20  390:8 524:13 525:12  526:18
**harmonize** 438:14
**harmonized** 432:18  490:10

**HARPER** 317:5
**harpert@gtlaw .com**  317:5
**Harvard** 466:10, 12
**hazard** 323:13, 14 336:4  447:24 473:2, 5 491:9  492:8, 10  493:14, 17, 20, 21  494:15, 16  497:5 498:21, 22 499:14
**hazard-based** 491:12, 20 492:1  495:1, 20  496:21 497:7  499:3 500:9
**Hazards** 499:11
**head**  351:21 394:7  395:6 514:16
**headings** 373:18
**Health**  338:16 450:21 451:13 452:13 454:16  456:2, 4, 9  463:18, 20, 22  464:6 495:3  517:13 524:20  525:1
**Healthcare** 318:22
**hear**  352:17 379:9  436:7
**heard**  471:19, 21  472:1, 3
**heavily**  526:19
**heavy**  447:13
**Heflich**  474:9
**held**  315:17
**help**  365:20 451:13  490:15

**helped**  476:14
**helpful**  364:12
**helps**  419:16
**hereinbefore** 528:9
**HESI**  323:5, 6 449:24 450:16, 20 451:15, 20 452:3, 21 453:5, 9, 13, 16, 20, 22 454:5, 10, 14 455:13  456:3, 10, 17, 19 457:4, 7 458:4, 9, 15, 17, 24  459:5, 9, 11, 14, 16, 23 460:24 461:15 462:12, 14, 17, 22  463:5, 15 464:1, 6 468:2, 5 469:23  470:1, 5  489:22 493:4
**hesiglobal.org/ partner** 462:10
**HESI's**  451:4, 8, 9  464:22
**heterogeneity** 485:11
**Hi**  507:20 515:17
**High**  318:19 341:18, 21 397:6  400:1 436:2  440:16, 17  473:1
**high-dose** 487:5, 17 488:15
**high-end** 465:22
**higher**  393:21 435:9  501:17 502:6

**Highest**  373:4, 12, 13, 24 374:3, 21 375:13 376:12  380:1, 5, 22  442:1
**high-impact** 439:8, 9  444:2
**highlight** 444:17
**highlighted** 419:6, 15 498:18
**highlights** 493:10
**highly**  521:4
**high-response** 487:6  488:15
**HIPAA**  517:7
**hold**  447:18 452:3, 6
**HOLLIS** 316:13  319:15
**HON**  315:5
**hope**  485:22
**hopefully** 350:19  354:9
**Hopkins** 466:14, 16
**host**  459:12
**HPRT**  360:2
**Huahai** 318:21, 22
**huge**  339:1 455:21  473:12
**Human** 321:15 333:14 335:23  336:5 337:18, 22 338:16 339:18  343:9, 15  347:10 360:2  392:22 402:5, 20 405:1  412:9 414:8  416:1, 21  417:11 423:10 427:18, 20 428:3, 9

429:23 430:16, 19 452:12 454:16  456:2, 15  477:8 479:8  484:11 492:13  495:3 524:3
**Humana** 318:16
**humans**  384:7 386:20, 21 399:13 411:18  415:7 423:12 430:15 487:12, 13 500:4  525:15
**hundred** 397:16  461:1
**hundredfold** 394:5
**hundreds** 428:13

**< I >**
**IARC**  339:20 491:10, 16 493:16  496:3, 22, 23  497:20 498:19, 24 499:7, 13
**IARC's**  498:20
**ICH**  321:20 324:2  381:16 383:17 385:10, 12, 16, 19  419:24 444:17, 21 508:16, 23 509:5, 13 512:8, 11 522:23 524:15, 16
**idea**  364:5
**identification** 326:4  329:18 334:2  337:24 371:14 381:17 388:18

400:*19*
405:*23*
417:*24*  431:*7*
437:*6*  442:*13*
455:*14*
461:*17*  481:*4*
482:*5*  494:*18*
499:*10*
505:*19*
508:*11*
509:*10*  511:*6*
513:*12*  514:*6*
**identified**
359:*15*  433:*9*
500:*19*
**identify**
432:*21*
451:*13*
462:*20*  509:*12*
**ignores**
488:*12, 13*
**ignoring**
422:*3*  488:*16,*
*18*
**II**  335:*2*
**II.A**  335:*23*
**Illinois**  318:*15*
**ILSI**  456:*3, 4,*
*8*
**immediately**
433:*10*  490:*1*
**impact**  323:*14*
424:*4*  439:*13*
440:*16, 17, 19,*
*22*  441:*1, 2, 3,*
*8, 14, 19*
442:*1, 2, 20*
443:*2, 3, 4*
444:*9*  493:*20*
494:*16*  511:*19*
**impactful**
441:*9*
**impacting**
456:*14*
**impede**  365:*20*
**imperative**
529:*14*
**impolite**
507:*22*

**important**
452:*19*  511:*4*
520:*1*
**imprecise**
347:*20*
**impression**
472:*19, 21*
**improving**
454:*16*
**Impurities**
321:*15*  324:*4*
337:*18, 22*
343:*11*  490:*6*
501:*10, 16*
509:*7*  524:*3*
**inability**  404:*6*
**inaccurate**
387:*3*
**inappropriate**
495:*11*
**incidence**
342:*9*  443:*4*
479:*14*
**include**
355:*19*
430:*20*
448:*24*  449:*7*
453:*19*  468:*9,*
*11*  483:*3*
486:*15*  503:*9,*
*12*
**included**
356:*2*  371:*5*
378:*12*  379:*4*
449:*3*  475:*14*
476:*13*
483:*13*
502:*17*  503:*3*
**includes**
510:*20*
**including**
328:*3*  400:*3*
401:*18*
430:*15*  443:*1*
457:*9*  468:*7*
487:*21*  494:*6*
513:*23*
**inclusion**
488:*8*

**incorrect**
391:*17*  394:*6*
414:*18*
**increase**
342:*13*  378:*5,*
*6*  444:*7*
**increased**
341:*22, 23*
378:*8, 15*
380:*11*  381:*6*
388:*1, 8*
424:*1*  425:*9,*
*10, 19*  426:*1,*
*9, 13*  427:*3*
428:*12*  436:*4,*
*12*  441:*6*
483:*15*
485:*19*  486:*3,*
*4*  492:*16*
501:*12*  518:*8,*
*21*  519:*2, 3, 4,*
*5*
**increasing**
342:*13*
**increasingly**
510:*15*
**incredible**
494:*6*
**incubators**
361:*14*
**independent**
367:*7, 10*
452:*4, 6, 10*
505:*8*
**independently**
367:*3*
**INDEX**  320:*1*
**Indiana**  318:*4*
**Indianapolis**
318:*4*
**indicate**
335:*12*  339:*7*
463:*13, 16*
**indicated**
373:*12*  527:*11*
**indicates**
332:*22*
336:*24*  373:*17*
**individual**
355:*1*  357:*10*
370:*3*  378:*7,*

*14*  390:*15*
483:*10*  485:*14*
**individuals**
351:*22*
352:*15*
357:*15*
377:*15*
380:*11*  381:*6*
387:*23*  441:*5*
450:*15, 18*
483:*19*  501:*9*
503:*16*
**induced**  511:*1*
**induces**  329:*7*
**inducing**
387:*21*
**Industries**
317:*8, 15, 21*
476:*12*
**Industry**
321:*16*
337:*23*
449:*14*
450:*15*
451:*10*  452:*1*
453:*7*  460:*9,*
*17*  465:*7*
467:*9, 22*
468:*20, 23*
489:*23*
504:*21*  524:*1*
**Influence**
366:*5*  519:*1*
521:*19*
**inform**  496:*13*
**INFORMATIO**
**N**  315:*12*
326:*22*
328:*21*  329:*2*
330:*20, 23*
333:*20*
334:*19*  336:*8*
337:*10*  380:*4*
381:*4*  383:*18*
422:*17*
427:*15*
429:*20, 22*
446:*1*  473:*9*
475:*15*
476:*20*
481:*11*  483:*1,*

*10*  485:*23*
487:*21*
488:*16*  489:*5*
491:*1, 3*
501:*24*  520:*18*
**INGERSOLL**
319:*2*
**inherit**  519:*18,*
*21*
**initiate**  328:*19*
**initiator**
328:*13*
**inline**  479:*8*
**input**  476:*17*
483:*3*
**instance**
369:*23*  370:*4*
401:*11*
405:*15*  415:*5*
427:*22*
451:*23*  485:*21*
**institute**
353:*4, 23*
354:*13, 15*
355:*20*  357:*9*
450:*22*  456:*5,*
*9*  463:*8, 11*
**institutes**
460:*11*  464:*5*
468:*1, 15, 18*
**institution**
357:*20*
**institutions**
357:*8*  465:*3,*
*5, 11, 14, 18*
**INSTRUCTIO**
**NS**  529:*1*
**Intake**  322:*17*
344:*18, 24*
345:*7, 18, 24*
346:*2, 3*
347:*4, 7, 21*
348:*16*
349:*12*  383:*9,*
*11, 15, 21*
384:*12, 16, 18*
385:*4*  386:*9*
390:*2, 23*
391:*13*
395:*12*
396:*19*  399:*4*

Confidential Information - Subject to Protective Order

401:*15, 20, 24*
402:*3*  403:*2,
9*  413:*18, 19*
414:*2, 11, 15*
415:*2, 8*
416:*2*  420:*12*
421:*16*
430:*24*  431:*3*
432:*5*  490:*14*
524:*7, 11*
525:*4, 10, 17*
526:*4, 6, 15*
**intakes**
347:*12*  416:*6,
20*  428:*7, 24*
524:*14*
**Integrated**
330:*20, 22*
333:*20*
334:*19*  336:*8*
337:*10*
**intent**  385:*24*
435:*13, 15*
**interact**
445:*23*  510:*17*
**interactions**
489:*23*
**interest**  367:*1*
435:*14, 16*
470:*21*  471:*6*
474:*15, 20, 22*
475:*7, 9*
476:*2, 3*
485:*5*  490:*22*
**interested**
528:*15*
**interesting**
482:*24*
**interests**
456:*10*  474:*6*
**internal**
379:*24*  442:*7*
455:*4, 9*
461:*11*
477:*20*
481:*24*
494:*12*
505:*23*  508:*5*
509:*2*
**International**
339:*19*

**interpretation**
353:*8*  439:*1*
498:*17*
**interpretations**
480:*8*
**interpreted**
478:*9*
**Interruption**
330:*8*  400:*13*
447:*15*  514:*21*
**interval**
377:*24*
411:*16*
413:*12*
414:*19*  415:*1*
**intervals**
477:*6*  484:*8,
10*  485:*2, 4*
**introduced**
461:*12*  494:*13*
**introduction**
494:*20*
**investigate**
482:*10*  521:*1*
**investigative**
505:*9*
**investigator**
357:*17*
**involved**
361:*18, 20, 22*
467:*16, 18*
469:*22*  470:*5,
19*  503:*16*
505:*10*
**involving**
481:*12*

**IRBESARTAN**
315:*3*
**IRIS**  321:*6,
10*  329:*12, 15*
330:*23*  333:*23*
**IRS**  333:*21*
**issue**  397:*19*
503:*20*
**issued**  372:*4*
**issues**  358:*24*
366:*22*
401:*12*
410:*15*
433:*10*

452:*15*  458:*6*
470:*17*
473:*14*  495:*14*
**items**  458:*10*
**its**  323:*14*
453:*9, 13, 18*
454:*6*  493:*20*
494:*16*
**IVES**  318:*13*

**< J >**
**James**  431:*15*
**January**
337:*3*  350:*20*
354:*9*
**Japanese**
447:*8, 9*
**JASON**  319:*7*
**Jatin**  360:*20*
**J-A-T-I-N**
360:*21*
**JEMS**  447:*9*
**JERSEY**
315:*1, 20*
317:*20*  528:*20*
jfertel@c-
wlaw.com
318:*8*
**JILL**  318:*7*
jmr@pietragall
o.com  319:*8*
**job**  369:*17, 18*
440:*15*
**jobs**  449:*14*
**John**  493:*21,
22*
**Johns**  466:*14,
16*
**JOHNSON**
315:*16*  320:*2,
8*  322:*22*
323:*24*  324:*8*
325:*7, 11*
326:*15*  330:*6*
425:*7*  434:*19*
435:*6*  437:*2,
4*  447:*19*
497:*19*
500:*18*
508:*10*
509:*13*

513:*10*  515:*2*
527:*8*  528:*5*
531:*4, 12*
**Johnson-24**
321:*3*  326:*1*
**Johnson-25**
321:*6*  329:*15*
**Johnson-26**
321:*10*  333:*23*
**Johnson-27**
321:*14*  337:*21*
**Johnson-28**
321:*17*  371:*12*
**Johnson-29**
321:*18*  381:*14*
**Johnson-30**
322:*2*  388:*15*
**Johnson-31**
322:*6*  400:*16*
**Johnson-32**
322:*10*  405:*21*
**Johnson-33**
322:*12*  417:*21*
**Johnson-34**
322:*16*  431:*2*
**Johnson-35**
322:*22*  437:*4*
**Johnson-36**
323:*2*  442:*11*
**Johnson-37**
323:*4*  455:*12*
**Johnson-38**
323:*6*  461:*15*
**Johnson-39**
323:*8*  481:*1*
**Johnson-40**
323:*11*  482:*3*
**Johnson-41**
323:*13*  494:*15*
**Johnson-42**
323:*17*  505:*16*
**Johnson-43**
323:*20*  508:*7*
**Johnson-44**
324:*2*  509:*5*
**Johnson-45**
324:*8*  513:*10*
**Johnson-46**
324:*10*  514:*4*
**Johnson's**

455:*8*
**JONES**  319:*2*
**JOSEPH**
319:*21*
**journal**  447:*11*
**journals**  439:*8*
**judged**  354:*3,
4*  439:*12*
440:*2, 7, 24*
**judges**  441:*22*
**Julia**  362:*23*
363:*13, 15*
**justification**
396:*23*  490:*20*
**justify**  344:*3*
489:*1*  490:*16*

**< K >**
**Kaina**  351:*12*
352:*10, 20*
**K-A-I-N-A**
351:*12*
**Kansas**  316:*15*
**KAPKE**  318:*2*
**KARA**  318:*2*
kara.kapke@bt
law.com  318:*3*
**keep**  493:*8*
495:*17*
497:*12*  498:*8*
510:*22*  523:*7*
**Kenny**  362:*23,
24*  363:*13, 15*
**K-E-N-N-Y**
362:*23*
**kept**  370:*23*
371:*1*
**kilogram**
411:*2*
**kilograms**
377:*14*  378:*1*
402:*20*  415:*7*
432:*9*  433:*13,
17*  478:*8*
479:*21*  483:*8*
484:*6*
**kind**  366:*15*
**kinds**  458:*7*
**Kingdom**
446:*12*
**knock**  360:*5*

knockout 364:2 520:8 521:18

know 327:4, 7 328:5 339:21 349:8 351:20 352:16, 24 363:8 371:17 374:7, 12, 16 380:19 389:23 393:7 394:17 399:21, 24 400:8 405:14 418:3 419:4 436:18 441:5 453:22 454:11 458:6 460:21 461:2 473:14 485:8 492:21 504:24 510:3 516:1, 3, 15, 18, 20, 23 522:15, 18

knowing 436:3

knowledge 400:6 458:3 469:21 473:1

known 338:18 343:6, 13 359:13, 16 388:3, 4 429:10 495:22

KUGLER 315:5

< L >

lab 366:15, 16, 24

laboratory 328:13, 16, 19 329:4 359:7 361:13, 21, 23 362:1 369:12

language 452:8

large 350:14 381:21 404:18 460:3

larger 397:8, 13, 24

Lasalle 316:9

LAW 316:13 319:15 505:9

lawyer 515:21

lawyers 504:19

LAWYER'S 320:16 518:12 532:1

lead 353:23 378:4 422:5 471:7 518:21 519:3, 4

leading 349:5, 22 351:14 357:15 457:21 491:22 510:10, 14

leads 404:23 414:9 417:13 519:23

leave 481:16

leaving 473:11

lecturer 438:10, 11, 16, 18, 19, 20

led 349:11 480:13

leg 465:10

legal 500:16

legend 346:7

legislative 453:6

lessen 387:18

lessens 387:9

lesser 471:4

less-than-lifetime 420:1, 4, 6, 10, 21

lethal 486:12

level 343:8, 14 348:10, 12 354:6 380:1, 5, 15, 23 387:14, 21, 22 388:8 391:24 397:6 405:1 409:6, 22

423:23

429:23 436:2 442:1 448:1, 17, 18 449:11 471:6 473:1 484:11 487:9, 17 488:23 499:6, 14 511:7, 8

levels 341:23 342:12 371:2 410:24 426:10, 12 428:13 435:9 438:4, 5 444:5 449:17 483:15, 22 487:16, 24 492:14 495:11 496:5 497:7 501:9, 16 502:3, 6 503:3, 10, 18 518:15, 18, 20 519:15

LIABILITY 315:4

lie 377:11

lifetime 322:4, 8 331:23 335:3 347:10 385:4 388:12, 16 390:20 393:3, 4 398:6, 12, 18, 24 399:19 400:12, 17 403:21 413:8 420:12 421:19

Limit 324:5 345:18 346:2, 4 347:4 383:11, 21 385:24 390:23 391:13 393:21 395:13 396:21 402:1 403:10 413:19 414:2,

15 421:2 427:20 478:14 483:7 509:8 525:22 526:10

limits 344:10, 18, 24 345:3, 7, 10 378:24 390:2 406:7 421:10 422:22 423:11, 15 430:19 485:18 492:13 524:7 525:4

line 339:8 340:4 344:6 378:13 384:4 391:18 398:2 414:7 415:6 417:12 422:3 428:5, 7 432:14, 16, 22 436:23 444:16, 19 479:21 487:11, 14, 17 488:14, 17 492:24 506:18 508:24 513:3 530:2 532:3

linear 331:13 332:8, 20 333:3 335:13, 19 342:15 345:10, 19 347:8 384:4 388:13 390:8 392:1 396:24 399:3, 20 401:10 402:4 404:20 413:10 414:5 415:11, 14 416:13, 14, 17 421:9, 17 422:13 445:8 489:3 512:2 524:5, 12

525:11, 13 526:4, 7, 16

linearity 404:23

lines 360:3 443:5 472:4 495:9 496:18 506:14

link 427:9 430:4 443:3, 16, 18 461:20

linked 379:21 447:5 468:4 482:12 521:2

links 504:14 511:19

List 324:8 462:19, 20, 21 463:19, 21 465:13, 15, 19, 22, 24 466:3, 5, 7, 9, 11, 13, 15, 17, 18, 19, 21, 23 468:3, 20, 23 469:6, 8, 10, 11, 13, 15, 17, 18, 20 504:12 513:4, 11, 15, 22

listed 463:1, 24 464:6 468:1, 14, 17 471:17

listing 462:10, 17 480:4

listings 465:1

literature 364:3

LITIGATION 315:4, 23 319:21 356:8 366:22 522:11

little 333:8 344:22 434:21 436:16 438:3 460:1 475:19 491:8 495:12 518:12

liver 386:23 390:8 392:2

Confidential Information - Subject to Protective Order

399:15
404:22  405:3
413:15  414:6
415:24
416:16  525:12
**livers** 416:18
**LLC** 317:8,
15, 22  318:11,
22  319:5
**LLP** 316:2
317:2, 11, 18
318:2, 13, 18
319:7, 13
**loaded** 334:11,
14  371:18
431:14
**loading**
326:16  330:4
371:21
382:21  406:3
**lobby** 453:5
**local** 461:5
**locating** 382:2
**location**
315:17
**LOCKARD**
317:2  320:10
330:12
331:16
332:11  333:1
335:16
343:17
347:16
357:11  359:2
365:17
372:13  375:6
380:17
393:13, 23
394:16
395:14  417:1
418:16  423:2
424:20  426:3,
14, 18  427:5
428:15, 17
430:9  434:3,
18  435:2
436:24  437:7
442:3, 14
443:13, 24
447:17  450:3,
6, 10, 12

454:18, 21
455:1, 15, 17
458:1, 21
461:8, 18
462:1, 7
464:10, 15, 20
466:1  467:4,
6  471:10
475:20
477:14, 18, 22
478:19  480:9,
13, 17, 20
481:5, 15
482:6  491:7
494:8, 19
498:4, 13
500:17
501:14
502:15
505:12  506:1,
19  507:4, 24
508:12, 14, 22
509:11  510:2
512:14  513:1,
13, 19  514:7,
19  515:1, 6
516:16  517:4
518:1  519:20
520:22  524:9,
21  525:7, 23
526:12, 22
527:6, 20
**lockardv@gtla**
**w.com** 317:3
**long** 360:22
388:21
**longer** 363:12
**long-running**
494:24
**look** 340:8
349:3, 7
350:5  353:10
360:7  364:22
365:13, 18
377:9  379:5,
11, 24  409:12
433:6  457:1
462:23  463:6
468:19
477:23
478:12

482:20
486:19
506:18, 21
**looked** 340:11,
18  355:12, 13
379:14  380:4
427:7  429:6
433:5  479:15,
20  504:13
513:8  521:17
**looking**
328:10
359:24
443:10
468:24  473:8
479:7  498:7
502:3  524:16
**looks** 334:6
348:3  394:3
450:5  488:19
**LOSARTAN**
315:3
**lot** 349:8
369:16  400:6
429:20  460:7
504:24  511:10
**lots** 502:1
**low** 423:23
444:5  495:24
**low-dose**
331:14  332:4,
9, 20  333:3
335:9, 13
445:11
487:22  488:2,
23
**lower** 387:14
392:16, 18
395:23  396:1,
10  402:18
406:11
409:14, 17
411:16
413:12  414:1,
18, 24  416:8,
10  417:3, 7
440:22  485:2,
3  520:11
**lowering**
387:8, 17

**lymphoblastoid**
360:3
**Lynch** 363:7, 9

**< M >**
**M7** 321:20
343:20  344:7
381:16
385:10, 12, 16,
19  388:12
419:24
444:21
508:16  512:8
522:23  524:16
**M7(R1** 324:7
508:23  509:9
**magnitude**
378:5  393:20
394:4  485:20
**Mainz** 351:13
352:9, 20
**M-A-I-N-Z**
352:21
**major** 409:15
443:3  444:9
472:8
**makeup**
459:23
**making**
336:23  386:7
452:12  496:23
**males** 480:5
**malfunction**
331:7  415:16
510:12
**managing**
495:2
**manner**
342:12
**manufactured**
517:2
**manufacturer**
476:7, 16
516:21
**manufacturers**
469:22  470:5
**March** 522:24
**mark** 481:17
513:13  514:1

**MARKED**
321:2  324:15
326:3  329:17
334:1  337:23
371:13
381:17
388:18
400:19
405:23
417:24  431:6
437:5  442:8,
12, 16  454:19
455:6, 14
461:16
477:10, 21
480:10  481:4
482:4  494:18
505:12, 18
506:17  508:1,
10  509:9
513:2, 12
514:6
**market**
423:18  490:17
**MARLENE**
316:7
**MARTIN**
316:2  319:13
**Massachusetts**
318:20
**master's**
448:17
**Materials**
324:9  513:4,
11, 15, 22, 24
**math** 395:2
**mathematical**
394:20
**maximum**
521:22
**maz@falkenbe**
**rgives.com**
318:14
**MAZZOTTI**
316:2  319:13
**MC** 508:16
**MDL** 315:4
**mean** 327:23
342:7  345:20
352:6, 8
369:20

Confidential Information - Subject to Protective Order

372:20  373:4
390:8  451:20
459:22  480:4
498:6  524:13
525:12  526:18
**meaning**
380:15  500:12
**meaningless**
484:23
**means**  370:13
451:24
454:12
485:18
521:24  527:9
**measure**
403:8  407:19
429:7  484:12,
13, 21  488:7
**meat**  496:4
**mechanism**
344:3, 5
348:8, 22
349:10
353:10  417:9
422:7  444:19
489:2  511:15
512:5  518:19
**mechanisms**
349:6  350:6
353:17  359:6
360:8  510:9,
13
**mechanistic**
353:14
**media**  496:14
**median**  482:22
**medical**
522:10, 13
**medication**
405:10  436:13
**medications**
386:16
**Medicines**
349:3  445:1
463:1, 5
**medium**  441:1
**meeting**  383:5,
6  389:19
401:6, 7  404:8
**MEGAN**
318:13

**MELISHA**
319:13
**member**
357:15
450:16
463:14  464:1,
6  472:11
**members**
452:17, 18
453:10, 13
456:22  465:8,
9  467:10
**membership**
459:16
**Memorandum**
323:4  454:13
455:12  456:1
458:4
**memory**
355:13
**mentioned**
349:12
350:23
352:19  436:6
486:6, 24
492:17
**Meridian**
318:3
**merits**  495:1
**metabolic**
360:4
**methanesulfon
ate**  444:7
511:24
**method**  332:9
524:6
**Methodology**
322:20
383:20
384:11  431:5
432:6  484:2,
3  488:10
**methods**
457:9  458:18
**methylation**
520:4, 7, 15
522:5
**metric**  379:22
**metrics**  376:2
404:13  405:4,
5  406:11

421:20  430:5
433:20  484:16
**MGMT**
341:11
349:23
351:14  360:4,
5  485:14
486:6, 10, 11,
13  520:3, 4, 6,
14, 15, 21
521:4, 8, 15,
19, 22  522:4,
5, 16
**mice**  340:3, 9
**Michael**
315:18  528:2,
18
**microgram**
373:14
374:24
376:15
384:21  399:2
403:16
408:12, 21
409:18  421:5
**micrograms**
373:19, 24
376:18, 22
380:16  393:5,
9, 20  395:22
396:6, 15
398:14, 20
402:8, 17, 21
403:23
404:12, 17
406:19, 22
407:1, 11
408:1, 2, 9
411:8, 9
421:4, 12, 13
**middle**  487:17
**midpoint**
482:23
**Mike**  455:2
**Miller**  315:18
528:2, 18
**milligrams**
375:17
404:11  411:2
**million**  358:9,
11, 16

**millions**
520:19
**mind**  435:23
436:3, 11
**mine**  449:12
**minimize**
423:1
**Minneapolis**
316:10
**Minnesota**
316:10
**minutes**
388:24  434:7
515:5
**missed**  448:9
**mission**  451:4,
6, 7, 8, 9
**misstates**
418:17
**mistake**  370:5
**MIT**  466:18,
19
**mixture**
425:14
**mjgoldenberg
@goldenbergla
w.com**  316:8
**MNU**  364:1,
18, 20
**Mode**  509:18
**model**  489:7
491:10
**modeling**
422:8  433:19
487:20
**modification**
519:17, 23
**modifications**
518:19  519:22
**Modified**
322:19  431:5
432:5  518:24
**modifier**  360:5
**modulated**
510:23
**module**  449:10
**Molecular**
447:4
**mom**  400:4
435:19  436:7,

*11, 15*  515:21
516:1, 14, 21
**moment**
382:18
**money**  350:14,
16  357:22
490:23
**monkeys**
340:3, 10
**monograph**
499:7
**Monroe**
318:14
**months**  489:17
**morning**
325:18, 19
**MORRIS**
318:18
**mother**  517:2
**mother's**
517:13, 20
**MOU**  454:11,
14
**move**  344:14
346:8  486:20
496:20
**moved**  344:21
363:16
437:15
491:11
509:23  516:5,
9
**movement**
496:24
**moving**
497:13  523:7
**Mulberry**
317:20
**multiple**
340:16
384:21
423:16  457:8
**multiples**
340:22
**multiplied**
376:24  485:20
**multiply**
376:20
**multiplying**
393:10

mutagen
388:*3, 4*
422:*23*
446:*12* 447:*10*
**Mutagenesis**
446:*17* 447:*4*
**Mutagenic**
324:*4* 343:*7,
11, 13* 344:*3*
385:*5* 406:*19,
21, 24* 408:*7,
24* 410:*8*
411:*12, 14*
445:*22* 509:*7*
**mutagenicity**
383:*6* 401:*7*
511:*23*
**mutation**
353:*11* 360:*1,
2* 366:*7*
388:*5, 8*
409:*6* 410:*20,
23* 411:*17*
412:*8*
**mutations**
409:*23*
445:*23* 519:*3,
5, 18*
**Mylan** 319:*10*
469:*18, 19*
**myself's** 443:*1*

**< N >**
**name** 350:*21,
23, 24* 351:*4,
5* 352:*13, 23*
353:*23*
354:*14, 20, 22,
24* 355:*14, 21*
358:*3* 359:*14,
16* 360:*20*
363:*12* 365:*4,
5, 6, 7* 382:*3*
410:*2* 468:*23*
491:*18* 499:*7*
**named** 351:*23*
369:*24* 370:*3,
6, 13* 467:*22*
**names** 351:*9*
352:*1*

**nanogram**
408:*13, 22*
414:*9*
**nanograms**
345:*12, 24*
348:*5* 376:*17,
19, 21* 377:*2,
5* 378:*20*
390:*22*
391:*12*
392:*10*
395:*13*
396:*16, 20, 21*
397:*7, 9, 12,
14, 24* 398:*1*
402:*1, 2, 5, 9,
22* 403:*2, 10,
12, 18* 407:*2,
3, 10, 12, 13, 20*
408:*8, 10, 15,
16* 413:*20*
414:*3, 15*
415:*2, 8, 11,
21* 416:*2, 8, 9,
24* 417:*5*
428:*14* 432:*8*
433:*12, 17*
525:*5, 6, 21*
526:*11*
**National**
463:*8* 464:*5*
**nature** 422:*13,
19, 21* 440:*19*
**NCRA** 528:*19,
20*
**NDEA** 322:*11*
328:*17, 18, 20*
329:*1, 3, 7*
335:*15, 19*
336:*1, 3, 9*
337:*11*
341:*15* 342:*2,
3, 8* 344:*11*
345:*3, 18, 19*
383:*22*
384:*12, 16, 18*
386:*17* 387:*7*
401:*15*
402:*17*
404:*18* 405:*9,
19, 22* 408:*7,

15* 409:*18*
410:*23* 411:*9*
424:*14, 16*
501:*10*
516:*13* 524:*7,
13* 525:*5, 17*
526:*10, 16*
**NDMA** 321:*4*
322:*4, 8, 11,
12* 325:*23*
326:2 327:*4,
9, 14* 328:*2, 6,
11* 329:*3*
331:*15*
332:*10, 21*
333:*12* 336:*9*
339:*23* 341:*7,
15, 18* 342:*2,
3, 8* 344:*10*
345:*3, 8, 9, 22*
347:*4* 348:*1*
360:*1* 373:*4,
18* 374:*5, 14,
21* 375:*4, 5,
12, 13* 376:*13*
379:*6* 380:*2,
6, 23* 383:*11*
386:*16* 387:*6*
388:*17*
390:*23* 391:*2,
5, 9, 20*
392:*10*
398:*14, 20*
400:*18*
401:*16*
405:*19, 22*
406:*24* 408:*1*
409:*18, 19, 22*
410:*4, 23*
411:*3, 8*
417:*18, 21*
418:*7, 9, 15,
23* 419:*1, 3*
424:*10, 12*
425:*11, 24*
426:*10, 24*
427:*8* 428:*13,
24* 429:*8*
501:*9* 516:*13*
524:*7, 13*

525:*5, 10, 17,
22* 526:*3, 6*
**NE** 317:*6*
**near** 459:*21*
**nearly** 460:*6*
**necessarily**
387:*18*
**necessary**
529:*4*
**need** 344:*21*
352:*4* 370:*4*
388:*21*
408:*17*
411:*11*
424:*17, 21*
426:*20* 434:*4,
6* 462:*4*
496:*12, 17, 19*
503:*23* 512:*10*
**needs** 408:*3*
**negligible**
343:*9, 15*
496:*1*
**neither** 469:*2*
528:*13, 14*
**neutrality**
452:*14*
**never** 471:*21*
516:*24*
**Neville** 431:*15*
**NEW** 315:*1,
20* 316:*4*
317:*20* 355:*8*
457:*9* 458:*6,
7, 18* 461:*24*
470:*21* 506:*5*
528:*20*
**Newark**
317:*20*
**NGOs** 460:*9*
**nice** 495:*7*
497:*21*
**nicely** 493:*13*
**NIH** 463:*8*
464:*8*
**Nitrosamine**
321:*14*
337:*18, 21*
339:*10, 15*
342:*22*
501:*16* 524:*3*

**nitrosamines**
349:*4* 350:*6*
353:*11, 18*
364:*6* 367:*1*
368:*23* 435:*10*
**nitroso** 343:*14*
**nitroso-
compounds**
343:*8*
**Nitrosodimethy
lamine** 329:*12*
**N-nitroso**
345:*4*
**N-
Nitrosodiethyla
mine** 321:*12*
333:*19, 24*
334:*21*
**N-
Nitrosodimethy
lamine** 321:*8*
322:*13, 18*
329:*16*
417:*22* 431:*4*
**N-Nitroso-
dimethylamine**
321:*4* 326:2
**Nonbinding**
346:*19*
**non-DNA**
510:*17*

**nongovernment**
451:*11* 460:*10*
**nonlinear**
342:*12* 366:*6*
422:*6* 489:*2*
509:*17*
510:*10, 14*
**nonlinearity**
422:*15* 511:*14*
**nonprofit**
451:*17*
**No-Observed**
511:*6, 8*
**Nope** 527:*20*
**Notary** 528:*4*
531:*20*
**note** 341:*4*
385:*22* 475:*17*

noted 336:*15*
527:*23*
529:*11* 531:7
**NOTES**
320:*16*
428:*23* 511:7
532:*1*
**Notice** 323:22
385:*20* 508:2,
*8*
**novel** 355:5
**November**
321:5 326:*3*
**Nudelman**
506:*4*, *12*
507:*16*
**nullified**
355:*23*
**NUMBER**
321:2 324:*16*
346:*14*, 16
352:2, *5*
374:*4*, *23*
375:*21* 380:9,
*13*, 15 381:*23*
382:5 390:*13*
393:9 399:*24*
400:2 407:16
436:*21*
440:*21* 442:7
450:2 455:*10*
461:*21*
465:*17*
467:*23*
468:*14* 474:4
477:*20*
513:*16* 522:*1*
**numbered**
339:6 372:*16*
**numbers**
367:*24*
374:*19* 379:*1*
400:8 402:*16*
428:*20*
430:*20*
460:*20* 504:*6*,
*7*, *9*
**numerical**
441:7
**numerous**
338:*19* 438:2

440:9 449:*12*
461:*3*
**NW** 317:*13*
319:*3*

< O >
**o0o** 527:*24*
**O6-
benzylguanine**
360:5 364:*1*
**object** 394:*17*,
*19* 517:5
520:22
**Objection**
331:*16*
332:*11* 333:*1*
335:*16*
343:*17*
347:*16*
357:*11* 359:2
375:6 380:*17*
393:*13*, *23*
395:*15* 417:*1*
418:*16* 423:2
426:*3*, *14*
427:5 428:*15*
430:9 457:*18*
458:*12*
465:*20* 470:6
475:*18*
478:*17* 490:*3*
498:2 500:*15*
501:6 502:*10*
516:*16*
519:*20* 524:9,
*21* 525:7, *23*
526:*12*
**Objections**
323:*21* 508:2,
*8*
**obligation**
439:*21*, *24*
**observe** 360:6
**obviously**
425:*14*
**occasions**
438:2
**October**
315:*10* 320:*3*
325:*3*, *8*
528:22

**OECD** 340:*4*
409:7 410:5, *6*
**Office** 316:*4*
**officially**
357:2, *3*
**Oh** 367:*14*
368:*24*
394:*15*
414:*21* 452:9
464:*15*
477:*18* 494:2
**Okay** 327:*13*,
*18* 330:24
334:6 338:7
343:*3* 345:2,
*6* 348:*4*
351:6, *22*
353:2 354:*21*
358:*21* 366:8
368:*1* 370:*14*
371:*23*
373:*11*
376:*21*
382:24
384:*17*
385:*23* 389:*5*
392:7 394:*15*
395:*19*
397:22 398:*4*
406:*23*
412:*20* 413:*5*,
*23* 414:22
416:5 419:*5*,
*14*, *17*, *22*
420:*13*
424:22 434:*3*,
*21* 436:6, *24*
437:*21* 442:*3*
450:*10*
454:*18*, *21*
455:*15*, *22*
459:8 461:*8*
462:*23*
463:*13*
464:*15*, *21*
466:*24*
467:*19*
474:*21*
477:*23* 479:*1*,
*17* 480:*20*, *21*,
*23* 481:*15*

482:*21*
490:*17* 492:*1*
503:7 506:*16*
507:*14* 510:*3*
512:*12* 513:*1*
514:9 515:*1*,
*6* 518:*3*
526:22 527:6
**once** 371:*17*
466:*24*
**ones** 340:*4*, *6*
446:22
447:*13* 469:*1*
504:*11*
**one's** 387:9
**ongoing**
358:22 359:*1*,
*10*, *12* 367:*1*
368:*19*
**online** 336:*21*
337:*1* 371:*1*
513:8
**open** 369:8, *19*
**operating**
499:*14*
**opinion**
332:*15* 333:6
380:*10*
429:*15*, *18*
436:*10* 490:5
501:*1* 502:7,
*12*
**opinions**
377:6, *8*, *11*
430:*3*, *7*, *11*
500:*21*
**opposed** 428:*3*
**option** 343:*19*
383:*16*
**options** 497:*4*
508:*17*
**Oral** 315:*16*
**ORDER**
315:*13*
348:*15* 350:8
378:5 393:*11*,
*20* 394:*3*
395:8 401:8
422:*24*
485:*19*

516:*24* 527:*15*
**orders** 394:*4*
**O'REILLY**
317:*18*
**organization**
451:*17*
452:*11*, *22*, *24*
453:2, *4*
463:9 465:7
492:2 497:7
500:9
**organizations**
451:*11* 452:2
460:*10*
**origin** 488:*18*
**original**
529:*15*
**outlined**
397:5 457:22
**out-of-patent**
471:*2*
**overconservati
ve** 422:*13*, *18*,
*20*
**Overland**
316:*15*
**Oxford** 319:*8*
**oxide** 473:7

< P >
**p.m** 425:*3*, *5*
434:*10*, *11*, *12*,
*14* 512:*20*, *21*,
*22*, *24* 515:*8*,
*9*, *10*, *12*
527:*1*, *2*, *3*, *5*,
*22*, *23*
**packages**
354:*18*
**PAGE** 324:*16*
331:*1*, *2*
333:9 335:2
336:*15* 337:5,
*7* 338:*13*
339:*4*, *5*, *6*, *8*,
*12* 342:*21*
344:*14*, *16*, *18*,
*24* 346:*12*, *13*,
*17* 366:2
372:*11*, *13*, *15*
412:22, *23*

Confidential Information - Subject to Protective Order

418:*20, 21*
427:*11*
431:*22* 442:*5*
451:*2, 5*
452:*7* 454:*3*
459:*17* 463:*7, 24* 464:*4, 19, 22* 467:*19*
478:*21, 22, 24*
495:*8* 497:*11, 14* 509:*17, 21, 22* 530:*2*
532:*3*
**pages** 531:*5*
**pagination**
431:*23*
**paid** 370:*10*
**panel** 349:*17*
354:*3* 447:*4*
**panels** 447:*1*
**paper** 363:*23*
364:*18, 20*
365:*1* 439:*18*
441:*15*
444:*10* 455:*9*
473:*19* 474:*1*
475:*11, 24*
476:*6, 18*
478:*3, 5, 7*
479:*4* 489:*18*
492:*17*
493:*19, 23*
494:*4, 5*
506:*15*
507:*19* 521:*17*
**papers** 440:*2, 9, 14* 441:*14*
472:*11, 13, 16*
474:*23*
**paperwork**
356:*11* 357:*4*
**Paperwork's**
350:*13*
**paragraph**
332:*3* 335:*7*
342:*19, 24*
347:*6* 348:*1, 5* 445:*6* 457:*2*
**parentheses**
456:*10*
**Park** 316:*15*

**Parkway**
318:*8*
**part** 326:*24*
356:*1, 3*
380:*7* 386:*18, 19* 389:*18*
439:*20, 23*
440:*15*
448:*10, 14*
449:*5* 451:*23, 24* 452:*1*
471:*8* 487:*6*
488:*15, 20*
**partially** 401:*8*
**participants**
459:*14*
463:*21* 468:*1*
**participate**
468:*5*
**participating**
468:*7*
**particular**
360:*17, 18*
363:*20* 369:*4*
391:*23*
412:*11* 473:*9*
484:*24*
499:*19*
501:*11* 521:*2*
**particularly**
340:*24* 484:*15*
**parties** 528:*14*
**partner**
460:*23* 463:*5*
**partners**
451:*12* 457:*7*
460:*2, 13, 16, 17* 462:*11, 18*
469:*23* 470:*1*
**partnerships**
454:*17*
**party** 528:*11*
**pass** 434:*1*
**passage** 498:*6*
**passed** 507:*19*
**patent** 471:*2*
**patient**
390:*20*
391:*10, 21, 22*
403:*22*

**patients**
399:*21* 436:*1*
444:*8* 478:*7*
483:*23* 484:*1*
490:*8* 522:*4, 13*
**pay** 439:*17*
453:*13*
**paying** 366:*10*
**PC** 318:*7*
319:*2*
**PDA** 489:*7*
**PDE** 343:*23*
349:*11*
377:*10, 23*
383:*17*
385:*13* 386:*5*
392:*23* 393:*1, 19* 395:*23*
396:*12* 397:*2*
399:*5* 402:*11*
403:*15*
406:*10, 19, 21*
407:*1, 10*
408:*7, 14*
410:*8* 411:*14*
417:*3, 7, 8*
423:*8* 435:*8*
436:*10*
439:*17, 19*
444:*21* 445:*3*
457:*16* 474:*1*
475:*10, 24*
476:*6, 17, 22*
478:*6* 483:*5, 6* 485:*3, 18*
486:*16* 488:*5*
489:*7* 490:*2, 19* 491:*5*
502:*8* 508:*18*
509:*14, 19*
510:*6* 511:*11, 16* 512:*1*
523:*18, 19*
**PDEs** 322:*10*
378:*6* 405:*18, 21* 408:*21, 24*
409:*12*
410:*20*
427:*10* 477:*3,*

6 482:*11*
483:*13*
**PDF** 339:*5*
346:*17* 372:*14*
**PDR** 440:*6*
**peace** 435:*23*
436:*3, 11*
**PED** 411:*12*
**peer-reviewed**
396:*7, 10*
**Pennsylvania**
318:*9* 319:*9*
**people** 328:*10*
344:*21*
345:*11* 347:*9*
351:*9, 13*
356:*9* 399:*9*
400:*7* 404:*15*
423:*22*
425:*18, 24*
426:*8, 12*
427:*1* 479:*19*
504:*21*
519:*18, 21*
520:*24*
**percent** 461:*1*
**perception**
495:*13*
**per-day**
408:*18*
**perfect**
369:*17* 413:*1*
**perform** 518:*9*
**performed**
427:*10* 475:*23*
**performing**
449:*8* 503:*14*
**period** 358:*15*
423:*13*
441:*23* 472:*7*
527:*13*
**permissible**
392:*9* 395:*21*
396:*20* 402:*6*
403:*11* 406:*7*
413:*20*
416:*23*
421:*23* 511:*10*
**permitted**
429:*24*

**person** 354:*12*
360:*17, 18*
361:*24*
369:*24*
402:*17* 403:*16*
**personal** 400:*6*
**persons**
428:*24*
**person's**
387:*17* 394:*21*
**perspective**
327:*3* 474:*3*
**pertain** 366:*21*
**pertaining**
368:*22*
**pertains**
334:*20*
**Peto** 329:*7*
335:*20*
341:*13, 21*
342:*1, 4*
**ph** 315:*23*
**Ph.D** 315:*16*
320:*2, 8*
323:*24*
325:*11*
369:*13*
447:*21, 24*
448:*18*
449:*11*
508:*10* 528:*5*
531:*4, 12*
**Pharma** 317:*9, 16, 22* 318:*10, 11* 453:*6*
465:*8*

**Pharmaceutical**
317:*8, 15, 21*
318:*21, 22*
450:*15, 18*
470:*24*
475:*12*
476:*12* 504:*22*
**Pharmaceutical
s** 317:*8, 15, 22*
319:*10* 324:*5*
419:*9, 20, 23*
420:*16*
468:*23* 469:*4*

Confidential Information - Subject to Protective Order

470:*11*  471:*3*
509:*8*
**Pharmacy**
318:*5, 16*
517:*1, 14, 20*
518:*5*
**phrase**  454:*12*
500:*13*
**Physical**
324:*11*  514:*5*
**PI**  353:*24*
**piece**  444:*2, 23*
**pieces**  439:*6*
**Piedmont**
317:*6*
**PIETRAGALL**
**O**  319:*7*
**pill**  375:*3, 4*
**pipeline**
470:*14, 20*
**Pittsburgh**
319:*9*
**PIZZI**  317:*18*
**place**  528:*8*
**places**  482:*21*
**Plaintiffs**
316:*5, 11, 16*
323:*12, 21*
467:*8*  481:*11*
482:*4*  486:*8*
508:*2, 8*
514:*12*
522:*10, 16*
**plan**  439:*2*
**please**  325:*21*
329:*11*
330:*24*
333:*17*  339:*9,*
*13*  343:*3*
344:*15*  346:*8*
364:*23*  371:*7,*
*17*  376:*8*
381:*8, 9*
385:*1*  388:*9*
397:*11*
400:*10*  403:*5*
405:*18*
412:*15, 22*
417:*16*  418:*3,*
*19*  419:*13*
420:*24*

425:*21*
430:*22*
433:*23*  443:*7*
461:*13*
473:*21*
475:*17*  482:*1*
494:*9*  505:*13*
509:*3*  523:*7*
529:*3, 8*
**pleasure**  438:*1*
**plus**  366:*12*
**point**  327:*10,*
*11*  343:*19*
376:*6*  412:*4*
422:*9*  423:*10*
434:*2*  439:*16*
484:*12, 20, 21*
490:*21*
493:*16*
499:*13*  512:*13*
**points**  487:*22*
**policy**  452:*15*
453:*6*
**polished**
354:*17*
**political**
495:*16*
**poorly**  495:*14*
**popped**  371:*21*
**popping**  410:*2*
**population**
377:*14, 16, 17,*
*21*  392:*14, 15*
395:*24*  396:*1,*
*12*  402:*20*
411:*21*  415:*7*
416:*20*  423:*5,*
*22*  424:*1*
436:*1*  444:*8*
479:*5, 10, 13,*
*22*  482:*11, 18*
483:*9, 11*
485:*7, 12*
486:*2, 16, 18*
492:*14*  504:*5*
521:*3*
**populations**
483:*19*  501:*12*
**position**
349:*16*

350:*17, 18, 19*
369:*21*  491:*4*
**possibility**
522:*8*
**possible**
339:*18*  498:*22*
**possibly**
499:*24*
**Post**  316:*4*
**postdoc**
357:*23*
358:*10, 13*
360:*15, 17*
361:*23*  362:*1,*
*2*  366:*11, 12*
369:*1, 5*
**postdoctoral**
362:*2*
**postgraduate**
448:*3*
**posting**  369:*20*
**potency**  340:*2,*
*12*
**potent**  339:*16*
**Potential**
324:*6*  361:*12*
412:*9*  495:*2,*
*3*  509:*8*
**potentially**
343:*11*
361:*17*
363:*11*
379:*17*
383:*24*  394:*6*
441:*16*  502:*5*
519:*16*  521:*1*
**PowerPoint**
382:*6*  383:*1,*
*2*  408:*19*
**ppm**  373:*15,*
*18*  374:*12, 22*
375:*5, 13*
376:*6, 12*
**practical**
510:*11, 15*
511:*14*
**practice**
355:*10*  428:*6*
**prank**  330:*12*
**precautionary**
445:*10*

**precise**
374:*11*
392:*19*
412:*10*  423:*7*
427:*19*  429:*7,*
*23*  488:*7*
**precisely**
374:*19*  395:*9*
**Precision**
319:*18*
395:*10*
484:*12, 17*
503:*23*  510:*8*
**predict**  471:*5*
**prediction**
486:*11*
**prefer**  373:*23*
**premise**  392:*3*
**prepublished**
476:*9*
**prescribed**
400:*2*
**present**  316:*8*
317:*3, 12*
319:*12, 22*
384:*8*  416:*19*
484:*16*
**presentation**
383:*4*  389:*22*
390:*11*
**presentations**
383:*14*
404:*10*
448:*22, 24*
**presented**
332:*13, 15, 23*
336:*20, 21*
347:*11, 21*
358:*24*  364:*9,*
*13*  378:*6*
380:*10*
391:*15*
392:*21*  401:*6*
414:*10*
427:*24*
433:*20*
444:*17*  485:*1*
522:*20*  526:*15*
**president**
446:*19, 20, 21*

**pressure**  394:*8*
**prevent**  405:*8*
**preventing**
386:*9, 15*
**previous**
383:*23*
521:*12, 13*

**PREVIOUSLY**
324:*15*
325:*12*
354:*16*
356:*10*
369:*12*
380:*19*
384:*20*
407:*16*  445:*7*
446:*9*  527:*11*
**primarily**
478:*5*
**primary**  363:*1*
**principal**
357:*17*
**principle**
445:*10*
**principles**
445:*24*
**Prinston**
318:*22*  469:*9,*
*14*
**prior**  335:*20*
489:*9*  528:*4*
**privacy**  517:*8*
**private**  452:*18*
**privileged**
507:*1*
**PROAST**
432:*17*
**probability**
521:*3*
**probable**
333:*13*  336:*5*
339:*17*
**probably**
434:*7*  460:*6*
492:*10*  493:*7*
495:*9*  499:*23*
500:*5*
**problem**
443:*23*  450:*7*

Confidential Information - Subject to Protective Order

problematic 433:*18*
problems 361:*11*
procedure 332:5 335:*9*
proceed 330:*13*
PROCEEDINGS 320:*6*
process 354:2 471:*1*
processes 350:*10*
produce 328:*1* 404:*4* 435:*23* 439:*9* 476:*1* 519:*24*
produced 327:*14* 328:*3, 16* 506:*22* 526:*3*
producers 518:*6*
product 374:*9, 18, 22* 375:*3, 14* 376:2 379:*6, 10, 15, 16, 21*
production 470:*14* 471:*1*
PRODUCTS 315:*3* 322:*15* 417:*19, 23* 453:*10* 456:*15* 501:*17* 502:*18* 503:*19* 504:*1*
Professional 315:*18* 440:*6* 528:2, *19*
professor 367:*8, 13, 17* 438:*12, 17, 20, 22* 439:*4, 6, 21, 24* 440:*1*
professorship 438:*4, 5* 439:*14*
profile 328:*11*

program 432:*17* 499:*8*
progress 456:*11*
progression 440:*12*
pro-industry 452:*21*
project 359:*15, 17, 19, 21* 360:*24* 361:2, *4, 6, 8, 9* 363:2, *6, 21* 366:*10* 369:*6, 8* 370:7 446:*8*
projects 366:*20, 24* 368:*20*
promote 453:*5*
promoter 520:*4, 7, 16* 522:*6*
promoting 456:*11*
proof 409:*10* 412:*13*
pro-pharma 453:*1, 3*
proportion 350:*16* 358:*9* 460:3 520:*24*
proposed 392:*8* 393:*19* 395:*21, 23* 511:*23*
propounded 531:*6*
pro-science 452:*23*
protect 524:*24*
protected 517:7
protecting 524:*19*
Protection 326:*23* 330:*21* 332:*19*

PROTECTIVE 315:*13* 527:*15*

proteins 518:*15*
protocol 359:*18, 20, 22, 24* 362:*16, 18, 21* 363:*24* 364:*8, 16, 17*
prove 444:*18, 20* 485:*13*
provide 436:*10* 448:*21* 453:*20* 476:*16, 19* 500:*20*
provided 376:2 390:*17* 446:*1* 502:*4* 515:*19*
provides 436:*14* 485:*15* 508:*17*
public 452:*16* 524:*20, 24* 528:*4* 531:*20*
publication 392:*11, 22* 397:5 402:*8, 10, 15* 406:*9, 14, 17* 409:*2, 10* 410:*14, 18* 412:*21* 417:*8* 420:*13* 440:*17* 441:*10, 16* 442:*22* 457:*17, 21* 460:*3* 473:7 475:*1* 476:*4, 11* 477:*4* 478:*10* 483:*5, 6, 24* 489:*9, 14, 18, 19* 493:*11* 497:*10* 498:*19*
publications 364:*14* 366:*3* 411:2 439:*8* 440:*4, 10* 456:*20*

457:*21* 474:*19* 496:*12*
publicly 481:7 513:7
publish 440:2, *14*
published 365:*11* 396:7 410:*12, 21* 424:*3* 471:*16* 524:2 526:*15*
publishes 480:*4*
publishing 440:*8*
pull 325:*22* 329:*12* 333:*18* 337:*16* 371:*8* 381:*9* 388:*10* 400:*9* 412:*16* 417:*17* 430:*22* 442:*4* 443:*8, 12* 449:*23* 455:*16* 461:*8, 19* 464:*16* 467:*20* 477:*14* 480:*18* 481:*21* 494:*21* 502:*22*
pulled 434:*6* 494:*9* 505:*14*
pure 327:*15, 21, 22, 24*
Purpose 456:6 457:*2, 14*
purposes 327:5, *16* 328:2, *6, 18* 411:*6* 510:*4*
pursuant 528:*9*
pursued 436:*5*
pursuing 435:*14, 16*
put 337:*13* 350:*3, 11, 22* 357:*14, 16*

364:*7* 386:*5* 392:*4, 12* 396:*7, 9* 404:*8* 410:*14, 21* 423:7 424:*3* 436:*18* 443:*15, 18, 21* 444:*24* 484:*5* 496:*12* 506:*12* 523:*6*
puts 479:*9*
putting 490:*23*
puzzle 439:7

< Q >
qualification 448:2, *4*
qualifications 436:*17* 448:*8*
qualified 472:*14*
qualifies 440:*16*
quantitative 446:*10* 447:*23* 500:*1, 2*
quarter 358:*12* 361:*17* 362:*3, 7*
question 330:*15* 336:*17* 357:*14* 362:*11* 378:*17* 384:*10* 403:*6* 411:*11* 425:*20* 473:*20* 475:*19* 478:*10* 501:*3* 502:*24* 517:*23* 526:*2*
questioned 477:*24*
questioning 467:*8*
questions 407:*17*

434:22  435:3
456:13
459:15  467:9
474:5, 14, 18
476:21  477:1,
3  478:5
506:3  512:17
514:11
515:18
517:11, 13
518:12
526:21  527:7
531:6
**quick**  368:9
526:22
**quickly**  490:9,
11
**quite**  409:15
436:2  437:23
449:14  493:15
**quote**  484:23

**< R >**
**range**  378:20
414:1, 13
432:7  433:16
**ranges**  433:11
**Raphy**  507:20
**rapid**  510:23
**rare**  486:12
**RASPANTI**
319:7
**rat**  340:3, 9
390:7  404:21
413:15  414:6
415:24
416:16, 18
**rate**  386:20, 21
**RDR**  528:18
**reach**  456:13
**Reactive**
324:3  490:6,
15  509:6
**read**  339:1, 13
343:3  347:5
376:8  384:24
421:20
455:21, 22
507:14  510:7
529:3  531:4
**reader**  438:12

**readership**
445:15
**reading**
420:19, 23
421:3  510:22
**readings**
340:13
**reads**  327:14
335:7  343:5
419:22
**realistic**
377:14
**realize**  463:10
**realized**
435:21
**really**  387:14
397:1  445:11,
21  487:16
488:13
493:13  496:13
**Realtime**
315:19  528:3,
20
**reason**  337:8
354:14  379:3
391:16
393:16
396:23
429:13
430:17  436:5
521:16  529:5
530:4, 6, 8, 10,
12, 14, 16, 18,
20, 22, 24
**reasons**  483:12
**recall**  326:21
330:16  331:6,
10, 18  338:10
351:8  380:8,
13, 14  390:5
435:11, 12
467:13
471:14  472:7,
8  474:6, 7, 14,
17  489:13
502:19  506:2,
13  507:9
515:20  516:11
**recalled**
435:18, 20

**receipt**  529:16
**receive**  350:7
**received**  446:4
**Recess**  368:14
389:8  425:2
434:11
512:21  515:9
527:2
**recognition**
441:14
**recognize**
382:24  383:2
389:15, 17
401:3, 4, 12
406:2, 5
442:17, 18
456:23
464:23, 24
491:18
**recognized**
510:16
**recollect**
429:4  446:23
447:14
**recollection**
353:5  364:19
378:3  505:5,
6  516:7
**recommendatio
n**  432:24
**Recommendati
ons**  346:19
**recommended**
422:24
432:20  484:14
**recommends**
342:20  343:1,
6
**record**  326:10
330:8  334:4
367:12
368:13, 17
389:7, 11
395:6  418:17
424:23  425:1,
5  434:10, 14,
22  435:1
479:2  507:15
508:13
510:19
512:20, 24

513:5  514:24
515:8, 12
517:11  527:1,
5, 22
**records**  517:1,
14, 18, 21
518:5  522:10,
13
**redacted**
506:23, 24
507:8
**redirect**
419:11  517:16
**reduce**  387:22
**reduced**  388:7
485:16
518:15  520:3,
6, 14  522:1, 4
**reduces**
485:17
**reducing**
378:3  518:20
**reduction**
520:8
**REEFER**
319:7
**refer**  374:20
386:13  499:16
**Reference**
323:8  437:2
481:2  503:1
**referenced**
378:19  427:8
429:3  504:17
523:15
**referencing**
442:23  494:4
**Referred**
373:1  523:18
**referring**
370:7, 9
372:24
384:23
492:18
493:19
497:19
509:21  521:7,
14  522:2
**refers**  416:13,
14  451:23

**reflected**
345:13, 15
406:8  482:14
497:8
**reflecting**
501:16
**reflection**
381:3  488:3
**reflects**  488:6
**regard**  337:11
340:18  363:6
374:21  386:8
405:6  475:15
484:1  523:15
**regarded**
354:5
**regarding**
336:14
362:11  363:1
410:5  430:2,
5  441:2
483:22  497:19
**regards**
336:16
**region**  487:22
488:2  520:5,
7, 16  522:6
**Registered**
315:19  448:4
528:3, 19
**regularly**
499:1
**regulated**
457:10  458:19
**regulating**
495:21
**regulations**
428:6  444:13
**regulators**
489:23
**regulatory**
349:21  350:3
384:15
389:20
401:11, 18
433:1  444:12
448:19
454:17  461:6
483:7  511:4
524:24

regulatory/gove
rnment 452:2
reject 489:6
rejected
429:21
relate 378:24
379:2 381:2
442:21
473:18 474:1
related
331:15
340:24
457:20
474:24 475:2,
4
RELATES
315:5 399:12
442:24
relating
435:22
relationship
422:4 475:22
476:2 489:22
relative
494:24
528:13, 14
relevance
503:22
relevant
428:8 441:17
454:1
reliable 379:22
rely 427:14
458:2
remember
330:14
354:11, 14, 22,
24 355:3
450:13, 17
471:18
476:24 477:2
503:5, 8
506:7, 8
remembering
354:20 355:21
remits 524:23
Remote
315:16 316:1
317:1 318:1
319:1

remotely
489:4
rendered
478:2
repair 341:11
343:22 344:5
348:9 349:23,
24 351:16
352:12, 22
366:6 411:22,
23 417:10
422:7 444:19
446:2 485:12
488:11, 13, 14,
23 489:1
490:21, 24
511:1, 15
518:13, 14, 15,
17, 23 519:11,
16, 17, 19, 22
520:1, 12
521:15, 21
525:16
repeat 379:8
425:20
473:20 502:23
rephrase
519:9
Report
321:17
328:22
332:16 333:6
340:15, 23
364:21
371:10, 13
376:1, 3
377:9, 19
378:6, 12, 18
379:2, 4
380:10, 22
381:2 392:17
396:3, 13
397:6 399:5
402:13
403:15
406:15
410:11
427:11, 24
429:14, 15
430:12 432:6
436:19

449:24
450:14 459:6,
9 460:18, 20
467:2 468:10,
12 477:5, 10
478:11, 12, 21,
24 479:3
482:16
483:22 484:7
504:12
reported
433:11 502:6
Reporter
315:19, 20
514:8 528:3,
19, 20
Reporters
315:18 528:2,
19
reports 429:4
represent
409:20
411:13
412:14 435:2
represented
493:5
represents
406:10
411:15 416:17
repression
518:16 519:6,
10 520:15
requested
331:8 351:19
415:17
479:11, 15, 18
482:10 521:9
528:11
require
351:20 395:1,
8
required 394:7
requirement
356:16, 18
requires
452:16
research
327:16 328:2,
6, 7, 10, 18
329:4 338:15,
19 339:19

341:4 350:15
353:3 355:20
357:8, 16
358:23 359:5,
9, 11, 13, 14, 17,
19, 20 361:7,
9, 15, 19, 21
362:1 363:2,
6, 20 366:10,
19 367:3, 7,
10, 21 368:20
369:11 392:8
393:2 396:8,
10, 13 410:11
424:5 439:10,
17, 18, 20
440:5, 13
441:18, 22, 23
460:11 468:1,
15, 18 470:18
researcher
362:2 439:24
440:8
researchers
357:10
resides 356:19
resistance
341:10, 14
resistant
341:6, 9, 19
resolve
355:10 451:13
respect 445:8
446:5 458:6
501:3 502:7
503:15 527:13
responded
507:18
response
342:4, 6, 11
344:4 350:5
353:10, 15
360:1, 6
364:2 397:1
410:4 422:7,
19, 21 489:3
495:15 496:8
506:12
507:23
510:10, 14
511:13

516:10
518:11
521:22 525:16
Responses
323:20 366:6
508:1, 7
responsible
524:19
rest 368:3
restart 415:19
restate 411:11
restrictions
517:8
result 332:4
335:8 376:14
409:22
410:22 421:4
495:10
resulted 427:2
433:20 439:18
results 362:11
423:14 484:22
retained
505:2, 3
retention
505:4
retired 493:7
return 529:14
review 326:22
354:2 429:17
440:7 491:21
517:21
reviewed
338:22 354:1
428:22 481:8,
10 486:9
522:9, 12
revised 337:2
revision 334:8
336:14
reword 403:4
rhesus 340:3,
10
RIDDELL
316:2
right 334:18
337:1, 5
350:21 354:5
368:8 382:17
396:16 408:5
419:18 445:4

Confidential Information - Subject to Protective Order

463:7 478:8
494:22 523:20
**right-hand**
337:6 372:16
**rise** 519:8, 13
**risk** 321:20
322:3, 7
323:15 324:6
330:20, 23
331:14
333:20
334:19 336:8
337:10 340:1,
5 343:10, 16
345:21 346:6
347:9 348:10
378:8, 15
380:11 381:6,
12, 16 382:9
383:9 384:5,
6, 13 385:7,
21 386:1, 14
387:5, 10
388:1, 11, 16
392:20 396:4,
14 398:6, 12,
18 399:1, 14,
19 400:11, 17
402:14
403:21 405:6,
8 409:8
410:8, 18
411:5 413:13
417:11
418:15, 23, 24
419:3 420:7,
11 423:1, 4
424:2 425:9,
19 426:2, 9,
13 427:3
429:23 430:1,
16 432:23
433:1 436:4,
12 441:6
444:7 447:24
448:22, 24
449:8, 12, 18
470:15 473:2,
5 475:23
478:15 483:4,
15 484:11

486:3, 4
487:12 491:9
492:5, 11, 16
493:14, 18, 21
494:17 496:5,
19, 20 497:6
499:18, 22
500:11
501:12
503:10, 15, 18
509:9 518:8
**risk-based**
491:11 495:1
496:10
**risks** 333:5
387:18 413:8
428:13 499:9,
10
**Rita** 493:4, 12
494:3
**Rite** 318:5
**RITONA**
319:18
**RIVM** 432:17
**Road** 317:6
**ROBERT**
315:5
**Robinson**
431:16
**robust** 339:24
340:4 409:7,
24 410:8, 10
411:4
**rodent** 329:9
**Roger** 446:9
**Roland**
351:10
352:11 383:4,
13 385:3
389:18 390:9
391:1, 15
398:10 401:5
404:8
**room** 330:10
**ROONEY**
319:2
**ROSEMARIE**
316:2 382:1
**rosemarie.bogd**
**an@1800law10**

**10.com** 316:3
**round** 448:12
**route** 340:20
349:18, 19
**row** 345:16
413:14, 24
414:14, 23
463:7
**rule** 365:19
528:11
**rules** 453:12

< S >
**safe** 423:15
**safety** 456:15
**Sam** 494:7
**saw** 364:14
429:2, 6
473:7 507:7
514:15
**saying** 395:3
459:2 486:3
497:24
**says** 373:18
404:4 445:6
452:8 456:7
465:2, 4
494:23
495:10 511:12
**scale** 440:3
441:7
**scared** 496:16
**scenario**
327:2 442:2
**scenarios**
328:3 441:12
**scheme** 354:2
**Schoeny**
493:4, 12
494:3
**science**
440:19
450:22
452:12
454:17 456:4
458:5
**Sciences** 456:9
**scientific**
367:4 456:11,
12, 13

**scientist** 352:7
446:14, 18
473:3
**scientists**
352:3 451:10
453:14
472:16, 20
489:24 493:8
**scope** 353:6, 8,
9
**screen** 330:4
338:5 406:4
431:14 443:9,
19, 21 462:4
467:20
481:22
494:22
505:14 523:2,
8
**screening**
355:5
**screen-share**
461:13 482:1
509:3
**scroll** 464:14,
17
**searchable**
365:22
**seaside** 437:14
**Second** 324:8
327:9, 11
331:1, 2, 22
411:24 454:9
463:23
468:21 510:1
513:4, 10, 14,
22
**section** 331:22,
24 332:1
333:10 335:2,
23 418:22, 24
419:6 456:6
494:20
497:16, 18
498:18
509:17, 20
510:5, 8
**sector** 452:16,
18
**see** 326:14, 17
327:12, 17

331:24 332:1,
2, 6, 13, 23
333:2, 9
334:22, 23
335:5, 10, 11
336:9 337:4,
6 338:4
342:12, 14, 18
343:2 344:23
345:1, 5
347:6 353:15
371:22 372:9,
22 373:2, 6, 8,
10, 20, 21
376:7 377:15
378:14
382:19, 21
389:13, 14
390:12, 14
398:8, 9, 10
400:6, 22, 23
401:1, 2
402:10
406:15 413:9,
10, 13, 15, 16,
21, 22 414:4,
5, 16, 17, 21
415:9, 21, 22
416:3 418:5,
6, 22, 24
419:10, 12
422:12
426:21
428:18
430:12
431:16 432:2,
3, 10, 11, 23
433:3, 9, 10,
16 443:9
450:10 452:7
456:20 457:6,
12, 13 458:16
459:17, 19
462:3, 6, 8
463:2, 3, 18,
20, 23, 24
464:2, 5, 15
465:2, 4, 17,
22 466:2, 4, 6,
8, 10, 12, 14, 16,
18, 19, 20, 22

Confidential Information - Subject to Protective Order

468:22  469:3,
5, 7, 9, 11, 12,
14, 16, 18, 19
476:10
489:16  498:8,
12, 24  502:22
504:12
521:23  523:8,
9
**seeing**  330:16
331:10
336:12
340:21  341:1
378:12
428:12  463:4
502:2, 19
507:11
**seen**  326:18,
20  330:6
331:4  341:12
342:9, 10
371:23  372:1,
2  373:16
380:3  419:19
431:20
455:18, 20, 21
459:11, 13
476:13  480:7
486:5  491:20
501:10, 15, 21,
24  504:8
507:5
**selected**
363:19, 20
369:5, 7, 9
430:17
**sell**  435:9
**senior**  438:11,
17, 20
**sense**  358:3
490:1
**sent**  506:4
507:16
**sentence**
332:2  339:14
342:18, 23
343:4, 5, 21
384:24  385:2,
21  419:8
420:15, 24
457:2

**sentences**
376:9, 10, 11
**Sentry**  318:8
**separate**
464:12
**series**  439:7
474:18
**serve**  446:24
447:2  467:10
**SERVICES**
315:23
319:21
338:17  456:2
**serving**  356:7
504:20
**set**  347:2
389:18  401:5
406:6  423:12
528:9
**seven**  439:11
**seven-year**
441:23
**severe**  520:1
**severity**  412:1
**shake**  514:15
**share**  456:10
476:5
**shared**  454:15
**Sheet**  321:3
325:22  326:1
529:6, 9, 12,
15  531:7
**Short**  322:12
361:2  388:22
417:18, 21
418:6, 9  434:4
**show**  328:15,
21  329:1
348:4  383:8,
14, 16  387:5
444:5  483:13,
17  488:22
506:16
511:13, 15
**showed**  334:5
340:23  341:5
342:4  383:24
384:20
423:21, 24
425:8  503:2

**showing**
501:21
**shown**  339:22
340:18
375:13
384:11
385:15  399:7
403:10, 15
416:10, 12
423:14
449:21
471:14
473:24
488:22
489:12
492:15
502:16  507:6
522:23
**shows**  329:7
383:13
420:20  460:2
**sic**  333:21
433:17
449:24
451:14  477:13
**side**  337:5, 7
372:16
**sides**  507:3
**Sigma**  328:1
**sign**  529:8
**signature**
528:11
**significance**
500:1, 2
**significant**
425:9  427:3
**signifies**  500:5
**signing**  529:10
**signs**  454:10,
14
**similar**
334:19
363:22
401:13  484:4
**similarly**
328:17  335:6
407:9  408:6
464:22  526:9
**single**  484:11,
20, 21

**sit**  447:4, 7, 8,
12  452:17
**situation**
435:22  490:6
**six**  398:14, 21
399:2  440:24
495:9
**size**  377:16
**slide**  382:7
383:1, 3, 8, 12
384:2, 11, 23,
24  385:3, 15
386:12
389:16, 17, 18,
23, 24  390:13,
24  393:12
398:4, 9, 16
399:8  400:10
401:3, 4, 5, 13,
14, 16  403:11
404:1, 5, 9
405:18  406:2,
5, 6, 10
408:19  409:1
**slides**  385:11
**Slob**  484:24
**slope**  332:3
333:3  335:7
**slow**  350:10
371:20
**small**  461:19
520:24  521:3
**smaller**  377:20
**Snodin**
322:15
323:17
417:18, 23
419:2  420:14
421:11
505:16  506:6
507:19
**societies**
448:19
**Society**
446:12, 17, 20,
21  447:11
448:6
**software**
432:19
**Solco**  318:22

**sold**  379:12
502:18
503:19  504:1
**solid**  411:5
**something's**
492:7
**soon**  368:3
388:22  424:18
**Sorry**  365:8,
23  395:10
400:24
419:12
438:18  450:1
451:5  455:7
**sort**  493:8
517:6
**sorts**  412:11
**sounds**  489:15
**sources**
429:21  487:3
488:4, 9
**South**  318:3
**space**  366:15
529:6
**spare**  434:21
**speak**  370:16
**species**  339:17,
22  340:9
430:15
**specific**
420:19
428:19
475:15  481:10
**specifically**
341:11  351:3
474:9  521:15,
22
**speculate**
506:11
**speculation**
331:17
332:12
335:17  375:7
423:3  516:17
**speculative**
458:13  490:4
498:3
**spent**  437:17,
19
**spoke**  491:8

Confidential Information - Subject to Protective Order

518:*12*

**spoken** 504:*21*

**stage** 354:*8*

**stand** 450:*20*
491:*24*

**standalone**
436:*20*

**standardized**
432:*15*

**stands** 450:*22*

**Stanford**
466:*20*, *22*

**star** 439:*13*
440:*3*

**start** 326:*5*
354:*9* 431:*24*
496:*5*, *19*

**started**
360:*24*
368:*10* 370:*8*

**starting**
342:*22*
350:*19*
376:*11* 454:*5*,
*15*

**starts** 412:*24*
457:*3*

**state** 353:*9*
356:*13*
387:*20*
391:*16*
401:*22*
402:*23*
409:*11*
421:*19*
427:*17* 529:*5*

**stated** 340:*17*
348:*21*
374:*17*
375:*24* 376:*2*
380:*20* 381:*2*
386:*3* 390:*9*
398:*22*
403:*18*
406:*13* 417:*4*,
*6* 421:*15*
422:*18*, *20*
427:*11*
429:*15* 446:*8*
447:*7* 451:*9*
490:*22* 497:*9*

499:*12*

502:*13* 521:*16*

**statement**
327:*13*, *18*
343:*18* 387:*4*
391:*19*
398:*23*
399:*10* 404:*7*
420:*20*
423:*19*
427:*16*
452:*10* 459:*2*
475:*14* 476:*3*
495:*7* 497:*23*
498:*1*, *19*, *23*
501:*13* 511:*3*,
*19* 515:*23*

**statements**
410:*15*
445:*13*, *15*
481:*13* 484:*18*

**STATES**
315:*1* 323:*10*
326:*23* 327:*5*,
*16* 373:*13*
379:*3* 398:*16*
399:*22*
421:*21*
437:*18*, *20*
438:*1*, *2*
456:*7* 480:*1*
481:*3* 493:*14*
524:*19*

**stating** 500:*7*

**statistical**
432:*17*

**statistically**
425:*9*, *19*
426:*1*, *8*, *13*
427:*2*

**STENOGRAP
HER** 326:*5*
331:*9* 338:*1*
346:*10*
371:*15*
381:*18*
388:*19*
400:*14*
405:*24*
415:*18* 418:*1*
431:*8* 433:*24*

436:*22*

447:*16*

454:*20*, *23*

461:*23* 467:*3*

477:*16*

480:*12*

505:*20*

513:*18*

514:*22*

521:*10* 527:*18*

**stenographic**
326:*10* 514:*24*

**stenographicall
y** 528:*8*

**step** 357:*19*
485:*6*

**STEPHEN**
317:*11*

**steps** 517:*20*
518:*4*

**Steve** 442:*3*
443:*11* 508:*22*

**STEVEN**
317:*4* 443:*19*

**stick** 491:*15*

**stood** 435:*7*

**story** 424:*4*
439:*9* 441:*3*,
*20* 442:*20*
443:*2* 511:*19*

**straight** 384:*4*
414:*7* 415:*5*
417:*12* 422:*2*
441:*10*
487:*10*, *14*, *16*
488:*14*, *17*

**strange** 365:*7*

**strategic**
451:*12*

**Street** 316:*3*
317:*13*, *20*
318:*3*, *14*, *19*
319:*3*

**strength**
498:*21*
499:*16* 500:*6*

**strengths**
500:*3*

**strict** 452:*14*
453:*11* 517:*9*

**strike** 449:*4*

**structure**
452:*16*

**student**
361:*23* 369:*5*

**students**
449:*3*, *12*

**studied** 342:*1*

**studies** 328:*14*
339:*24*
340:*17* 425:*8*,
*13*, *16*, *18*

**stenographic**
426:*1*, *7*, *15*,
*17*, *19* 427:*2*,
*7*, *9*, *15*, *18*, *19*
428:*3*, *9*, *12*,
*23* 429:*1*, *2*,
*16*, *19* 430:*7*,
*21*

**study** 329:*7*
335:*20*
340:*19* 341:*5*,
*13*, *17*, *22*, *24*
342:*1*, *4*
345:*12*
358:*14*
360:*10*, *11*, *13*,
*15* 362:*4*, *17*,
*19* 364:*17*
411:*3* 423:*10*,
*14* 427:*23*
428:*2* 429:*9*
430:*23*
431:*19*, *20*, *22*
433:*12*

**stuff** 366:*15*

**subcategories**
492:*4*

**subclassificatio
ns** 496:*22*

**subgroup**
445:*17* 456:*23*

**SUBJECT**
315:*13* 529:*10*

**submit** 476:*8*

**submitted**
354:*10*, *19*
356:*4*, *19*
358:*8* 424:*4*
440:*5* 441:*19*,
*21* 444:*15*

**submitting**
353:*24*
457:*16* 476:*7*

**Subscribed**
531:*15*

**subsets** 464:*3*

**substance**
342:*7* 390:*16*
429:*12*
473:*10* 531:*7*

**substances**
341:*10* 342:*5*
359:*6* 445:*22*
457:*10*
458:*19* 495:*21*

**succeeding**
440:*8*

**Succinct**
507:*22*

**succinctly**
501:*2*

**suggest** 365:*17*

**suggested**
340:*22*
348:*17*
364:*11* 393:*2*
417:*13*

**suggesting**
375:*24* 395:*5*

**suitable** 354:*3*,
*4* 410:*17*, *18*
430:*13*, *14*, *18*

**Suite** 316:*9*
317:*6*, *13*
318:*9*, *15*, *20*
319:*4*

**Summary**
321:*7*, *11*
329:*16* 333:*24*

**support**
341:*14* 344:*2*
353:*13* 444:*5*
459:*2* 489:*1*, *2*

**supported**
441:*4*

**supportive**
482:*15*

**sure** 330:*9*
365:*15* 368:*4*
419:*14*
425:*22* 461:*2*

surname
351:*16*
surprised
470:*4, 8*
surprising
327:*19, 20*
471:*8*
surround
519:*8, 12*
surrounded
478:*6*
Swansea
323:*2*  350:*17*
352:*6, 9, 18*
357:*8*  363:*19*
366:*21*
368:*21*  437:*8,
9, 10, 12, 16*
440:*14*  442:*4,
11*  443:*1*
455:*8*  465:*15*
468:*14, 16*
sworn   325:*12*
528:*5*  531:*15*
System
330:*20, 23*
333:*20*
334:*19*  336:*9*
337:*11*  371:*3*
438:*13, 14*

< T >
table  344:*17*
345:*2, 14, 15*
372:*24*  373:*3*
375:*8*  381:*3*
392:*13*
398:*23*
412:*24*  413:*3*
415:*10*  517:*24*
tables  480:*4*
tablet  374:*6,
14*  375:*12*
376:*16*  377:*5*
378:*21*  380:*2,
7*  390:*22*
391:*11*
403:*24*  404:*19*
tablets  391:*4,
6*

tailored
483:*18*
485:*24*  486:*1,
18*
take  368:*7*
374:*12*  377:*4*
381:*7*  388:*24*
391:*2*  424:*21*
434:*3*  487:*2*
506:*18*
512:*14*
514:*20*  515:*4*
516:*4, 22*
518:*4*  523:*21*
taken  368:*14*
389:*8*  390:*5*
391:*6*  401:*7*
425:*2*  434:*11*
435:*18, 19*
478:*14*
512:*21*  515:*9*
527:*2*  528:*8*
talk  341:*9*
424:*19*
436:*16*  492:*4*
493:*17*
496:*18*  497:*6*
499:*20, 21, 22*
500:*10*
talked  349:*21*
435:*19*  465:*7*
511:*9*  516:*6*
talking
426:*15*  443:*5*
445:*21*  458:*8*
492:*6, 11, 12,
13*  496:*20*
510:*21*  512:*8*
targeted  429:*5*
targets  510:*17*
TARYN  317:*5*
taught  449:*11*
TD50  345:*10,
21*  384:*5*
388:*12*  390:*7*
392:*1*  404:*21*
408:*1*  413:*6,
11, 15*  415:*12,
15, 24*  416:*7,
14*  422:*3*
484:*20*  487:*1,*

*4*  490:*12*
508:*17*
524:*13*
525:*12*  526:*18*
TDI  432:*6*
433:*8, 11, 16*
teach  448:*12,
15, 16*  449:*16*
teaching
367:*21*  448:*2,
3, 11, 14*
449:*7, 11*
teachings
449:*1, 5*
team  357:*16*
506:*21*
Technical
321:*3*  325:*22*
326:*1, 9*
468:*6*  495:*14*
514:*23*
TECHNICIAN
319:*17*
326:*11*
329:*22*  330:*1*
381:*22*  382:*1,
10, 13, 17*
431:*11*  442:*9*
443:*11, 17, 23*
450:*1*  455:*3*
477:*12, 19*
509:*24*  523:*3,
11*
technologies
355:*9*
tell  375:*4*
420:*24*  451:*3*
459:*21*  510:*5*
telling  515:*20*
ten  367:*19*
485:*20*
tenfold  378:*5*
tenure  438:*10,
11, 16, 17, 19,
20, 21*
tenured
438:*23, 24*
term  341:*9*
353:*9*  386:*24*
391:*3, 8*

terminology
386:*4*
Terminus
317:*6*
terms  459:*22*
465:*6*  484:*1,
3*  499:*23*
tested  340:*20*
504:*2*
testified
325:*13*
439:*15*  454:*7*
491:*13, 14*
testify  501:*18*
528:*5*
testimony
387:*16*
460:*15*
491:*15*
515:*19*
517:*17*
520:*20*
521:*12, 13*
528:*8*
testing  501:*22*
502:*17*  503:*18*
Teva  317:*8,
15, 21, 22*
435:*2*  468:*23*
469:*3*  476:*6,
15*  505:*9*
TEVA-
MDL2875-
00425960
323:*19*  505:*18*
textbook
431:*24*
thank  326:*17*
329:*10, 21*
330:*1*  333:*15*
337:*15*
346:*24*  365:*8*
366:*8*  368:*11*
373:*21*
434:*20*  442:*9*
443:*22*
461:*13*
498:*15, 16*
503:*5*  506:*14*
507:*20*
511:*17*  512:*9*

terminology
515:*1, 3, 5*
527:*8, 20*
Thanks  455:*1*
theoretical
398:*6, 11, 17,
24*  399:*19*
403:*20*  413:*8,
13*
thing  498:*12*
things  458:*8*
472:*5*  484:*9*
523:*7*
think  338:*23*
339:*2, 3*
340:*15*
344:*20*
350:*17*  353:*4*
364:*5*  366:*4,
5, 7, 14, 17*
369:*12, 23*
372:*1*  373:*14*
379:*21*  382:*2,
10*  383:*5*
395:*7*  401:*21*
412:*1*  419:*14*
424:*21*  429:*3*
440:*23*
441:*15, 18*
447:*12*  448:*7,
8*  450:*22*
451:*19*
454:*12*  459:*1,
2*  460:*9*
464:*7*  470:*1*
479:*15*  485:*9*
486:*24*  488:*6*
492:*22*  493:*3,
6*  497:*14*
507:*8*  508:*21*
509:*16*
512:*12, 15*
514:*16*  527:*9*
third  342:*23*
401:*19*  465:*10*
thirty  529:*16*
Thomas
363:*23*  365:*2,
4, 5, 6*
T-H-O-M-A-S
365:*2*

Confidential Information - Subject to Protective Order

**THORNBURG**
318:2
**thought**
482:24
**thousand**
376:20, 24
**thousandfold**
408:11
**Three** 317:19
351:24
440:23 451:24
**three-year**
350:19 358:10
**threshold**
344:4 348:8,
19, 22 349:6,
10 350:6
353:17 360:7
417:9 444:18
445:19 489:2
509:18
510:11, 15
511:14, 22
512:4, 5, 6
**throw** 516:5
**thumb** 514:1
**time** 325:8
337:2 344:12
356:13 362:9,
13, 15 365:13
367:6, 9
368:6, 13, 17
369:17
388:22 389:7,
11 399:23
410:19
423:13 425:1,
5 426:24
433:23
434:10, 14, 22
437:17, 19
440:14
444:16 460:2
472:6 489:10
493:6 505:7
507:11
512:20, 24
514:10 515:8,
12 526:21

527:1, 5, 22,
23 528:8
**timeline** 361:3,
5 454:5
489:13
**times** 384:21
397:8, 13, 15,
24
**tired** 419:12
424:18
**title** 359:14
447:21
455:23, 24
**titled** 373:3
**titles** 461:5, 6
**today** 326:6
440:11
441:17
444:20 454:2
458:8 489:12
501:1 502:17
510:21
**Today's** 325:7
**Tolerable**
322:16
430:24 431:2
432:4
**tools** 355:5
**top** 334:22
344:17, 24
345:16
346:18
351:21 372:6
373:17, 20, 21
404:4 455:23
462:9 464:4,
21 465:1
488:5
**topic** 339:2
349:8 351:4
364:9 367:3
440:13
457:22
484:24
491:21 520:23
**topics** 474:18
**Torrent** 469:5,
7
**total** 352:2
358:17, 19
366:17 374:5

390:17, 19
391:6, 9, 20
393:4, 12
425:17, 23
426:24
**totaling**
409:16
**town** 437:15
**toxic** 521:19
**toxicity**
457:10 458:7,
19
**Toxicological**
448:5 468:2
**toxicologist**
328:8 446:6
448:5
**Toxicology**
323:3 328:11
350:1 355:4,
6, 9 363:11
369:11, 15
440:20, 22
442:5, 12
447:22
448:15, 16
449:10
467:10 468:6,
8 470:12, 15,
22 472:23
**ToxSci** 366:7
**track** 439:3, 5
**tracking**
442:8 461:11
477:16
481:24
494:12
505:23 508:5
509:2
**transcript**
528:7 529:17,
18
**transcription**
531:5
**TRAURIG**
317:2, 11
505:4
**traveled**
437:21, 23
**TRIAL**
319:17, 18

326:11
329:22 330:1
381:22 382:1,
10, 13, 17
431:11 442:9
443:11, 17, 23
450:1 455:3
477:12, 19
509:24 523:3,
11
**tried** 477:5
**tripartite**
451:19, 21, 22,
24 465:6, 11
**trouble** 382:2
**true** 388:2
391:13
467:12
473:17, 24
504:10, 11
520:13
523:24 525:20
**trustees**
452:17
**truth** 528:5, 6
**trying** 395:17
403:7 405:8
457:15 503:1
**Tuesday**
315:10
**tumor** 390:8
**tumors** 392:2
404:22
413:15 414:7
415:24
**turn** 330:24
451:2 459:16
514:11
**Turning**
459:4 467:19
**tutor** 438:8,
15, 19
**two** 350:18
358:10
372:19 376:9,
10, 11 394:4
469:1 483:12
493:10
**two-thirds**
419:7

**two-year**
350:18
**type** 341:5
348:12 364:11
**typo** 385:9

< U >
**U.K** 437:12
438:6 441:24
492:23
**U.S** 318:22
330:21
332:19
338:16
367:16 379:7,
13 437:22
438:6, 14
453:23 456:1
465:18 480:5
**Uh-huh** 358:5
**UKEMS**
446:12, 15
447:6
**ultimate**
478:1 501:2
**unable** 401:1
**unaware**
520:17
**uncertainty**
378:4 402:19
461:7 484:13,
17, 21 485:9,
10, 17 511:9
512:1
**uncomfortable**
389:2 517:12
**undergraduate**
446:8 447:20
448:17 449:10
**underneath**
407:9
**understand**
393:17 403:5
445:16
460:14
496:14 498:5
500:12, 18
511:13 516:12
**Understanding**
323:4 341:8
343:22

Confidential Information - Subject to Protective Order

353:*14*  355:*7,
11*  357:*13*
362:*22*  378:*3*
379:*17*
398:*15*  420:*9,
18*  432:*14*
444:*3, 4*
449:*15*  451:*4*
452:*21*
454:*11, 13*
455:*13*  456:*1*
458:*4*  459:*24*
460:*6, 12*
469:*24*  470:*3,
10, 23*  481:*6*
482:*14*  488:*2*
491:*16, 17*
**understands**
472:*24*  500:*8*
**Understood**
435:*5*  445:*11*
490:*18*  495:*14*
**underway**
366:*20*
**unexpanded**
406:*14*
**unfamiliarity**
495:*15*
**Union**  517:*8*
**unit**  407:*5, 23*
408:*9, 21*
**UNITED**
315:*1*  323:*10*
326:*23*  327:*5,
15*  379:*3*
399:*22*
437:*18, 20, 24*
438:*1*  446:*11*
456:*7*  480:*1*
481:*3*  524:*18*
**units**  403:*8,
17*  407:*15, 19*
411:*1*  417:*5*
**universities**
352:*16*  438:*7*
441:*24*  460:*4*
465:*23*
**University**
323:*2*  350:*17*
351:*13*  352:*6,
10, 18, 19, 21,*

23*  357:*9, 22*
358:*2*  363:*19*
366:*21*  367:*6,
20*  368:*21*
370:*14, 24*
371:*3*  437:*8,
9*  438:*12*
439:*22*  440:*1,
15*  442:*4, 11*
449:*7*  466:*5,
8, 12, 16, 20, 22*
468:*13, 16*
**unprecise**
392:*4*  399:*17*
**unpure**  328:*2*
**unredacted**
506:*20*
**unsure**  404:*2*
461:*4*  462:*20*
506:*22*
**unsurety**
461:*7*
**unturned**
473:*12*
**update**  485:*5*
**upper**  377:*10*
392:*18*  396:*2*
414:*13, 20*
478:*13*  485:*2,
4*
**USA**  317:*8,
15, 22*  318:*10*
**USB**  324:*10*
513:*20*  514:*4*
**use**  331:*13*
333:*2*  343:*22*
349:*11*  386:*5*
394:*13*  413:*6*
415:*4*  427:*22*
428:*1*  429:*24*
430:*6*  433:*18*
439:*14*
444:*21*
452:*11*  479:*7*
495:*4, 17*
510:*6*  511:*8,
16, 21*
**useful**  364:*9*
429:*21*  483:*1*
**USEPA**  332:*8*
**users**  520:*20*

**uses**  332:*8, 19*
335:*13*  393:*1*
495:*16*
**USFDA**  323:*5,
8*  455:*13*
463:*24*  468:*9,
11*  481:*1*

**< V >**
**vague**  333:*1*
347:*17*  359:*3*
380:*17*  417:*2*
423:*2*  426:*14*
427:*6*  428:*17*
519:*20*  524:*21*
**VALENZUEL
A**  319:*13*
**VALSARTAN**
315:*3*  322:*14*
323:*11*  356:*7*
373:*7, 8, 9*
374:*4, 13*
375:*2, 14*
376:*16*
390:*21*
391:*11*
398:*13, 19*
399:*1, 22*
403:*23*
404:*11, 19*
417:*19, 23*
436:*7, 9*
481:*11*  482:*3*
515:*22*  516:*2,
4, 11, 14, 21*
517:*2*  518:*6*
520:*20*
**value**  373:*11,
14*  375:*13*
376:*23*
378:*11, 12*
379:*4*  384:*21*
390:*7*  391:*5,
16, 18*  412:*4,
5*  415:*11, 23*
416:*17*  420:*2*
422:*5*
**values**  348:*16*
372:*20*  373:*4,
6, 23*  377:*4*
378:*19*  379:*2,*

5, 12*  389:*21*
398:*22*
399:*18*  409:*1*
412:*14*
417:*13*  421:*1,
22, 24*  433:*13*
**Van**  471:*23*
**variable**
379:*18*
**variation**
411:*21*
**VAUGHN**
316:*13*
**verbatim**
528:*7*
**Verma**  360:*20*
**V-E-R-M-A**
360:*21*
**version**
402:*15*
405:*11*
406:*14*
446:*16*  447:*6,
9*  448:*6*
476:*9*  506:*20*
516:*3*
**versus**  323:*15*
491:*9*  493:*21*
494:*16*  495:*1*
**vice**  446:*21*
**VICINAGE**
315:*2*
**VICTORIA**
317:*2*  435:*2*
480:*15*
498:*10*  514:*14*
**VIDEOGRAP
HER**  319:*20*
325:*5*  368:*12,
16*  389:*6, 10*
424:*24*  425:*4*
434:*9, 13*
512:*19, 23*
514:*9, 15*
515:*7, 11*
526:*24*  527:*4,
21*
**Video-
Recorded**
315:*16*

**Videotaped**
323:*22*  508:*3,
9*
**view**  418:*4*
**VINER**  319:*21*
**violate**  365:*19*
**Viracept**
423:*23, 24*
441:*21*  442:*22*
**vision**  451:*6*
**Vitae**  322:*23*
437:*5*
**vitro**  355:*4, 5*
360:*9, 11*
511:*23, 24*
**vivo**  409:*5*
411:*17*
**VOLUME**
315:*17*

**< W >**
**wage**  366:*14*
**waiting**  381:*23*
**Wales**  437:*9,
11*
**walk**  395:*17*
**Wall**  316:*3*
**WALSH**
317:*18*
**want**  365:*19*
368:*8*  388:*23*
389:*1*  395:*5*
397:*10*  471:*7*
514:*19*  517:*10*
**wanted**
483:*20*
500:*11*  507:*24*
**Washington**
317:*14*  319:*4*
**way**  343:*21*
348:*3*  367:*4*
375:*18*  387:*3*
392:*5, 19*
393:*4*  395:*1*
399:*17*  405:*3*
409:*12*  419:*7*
420:*7, 10*
426:*5*  432:*15,
20, 22*  483:*20*
487:*8*  490:*10,*

Confidential Information - Subject to Protective Order

15 501:20 514:17
ways 441:10
wealth 473:9
Webpage 323:3, 7 442:12 461:16
website 356:10 462:9, 13, 15 464:22
week 496:15
weight 432:13 478:13 479:5, 8, 19 481:8 482:18 486:9
Weight-of-Evidence 333:10 335:24
Weights 323:12 478:1 479:10 480:4, 16 481:12 482:4 483:10 513:6, 23
well 328:23 345:9 349:4 353:4 354:4 357:20 358:15 363:7 369:13 371:6 383:18 393:8 395:16 396:6 400:2 408:18 410:16 418:19 422:17 428:8, 10 435:24 438:2 443:19 447:11 448:3 449:3, 16 464:3, 9 468:9 473:13, 16 474:6, 7 477:9 478:24 479:6, 11 480:10, 20 483:19 485:6 491:16 492:21 497:12 498:24 502:1

517:15 523:7 524:23
well-recognized 465:18
well-regarded 463:11
went 468:20
we're 341:1 354:7 368:16 371:20 382:2 387:5, 6 392:17, 18 396:18 424:20 425:4 434:13 440:11 444:20 479:7 487:20, 23, 24 488:1 490:24 492:11, 12 510:20 512:23 517:5
WERNER 318:7
West 318:14
we've 382:11 407:15 447:2 458:8 465:8 492:15 496:7, 8, 9 507:2 508:15 512:15
Wheeldon 474:11
White 474:10 521:17
wider 349:3 363:12 445:15
Wi-Fi 371:20
wired 371:20
wishes 507:21
witness 315:17 316:8 317:3, 12 319:22 326:7 329:21 330:2, 14 334:3, 9, 12, 14 338:2 340:13 346:13, 18, 23 356:7 365:23

368:2, 5, 11 372:18, 22 381:19, 24 382:20 388:20 389:3 394:15, 22 395:3 400:20 424:17 426:20 431:13 434:2 443:10, 15 450:5, 8 461:21 462:2 464:18 481:20 498:9, 15 514:12 515:3 518:3 528:11 529:1
won 446:9, 11, 13, 15, 18, 22
word 372:19 454:11
words 372:20 385:20 507:11
work 326:24 349:14 350:5, 8, 20 351:3 354:18 361:7 362:12, 19 363:23 364:11 366:24 367:2 369:1, 5 370:9, 12, 16 379:20 380:7, 24 381:1 392:4 427:13 439:20 441:3, 9, 11 444:2 445:2 446:5 475:3, 4 492:21 493:1 505:9
worked 351:9 354:15 356:10 369:14 471:11, 13 472:15 482:8
worker 369:16

working 348:24 360:23 373:24 374:3 473:10 490:24
workload 447:13
works 363:9
workshops 459:12, 13
world 349:23
Wout 484:24
write 357:19 476:14
writing 472:16 492:24
written 356:15, 17 370:15 472:10, 13 483:20 507:8
wrong 397:10 451:5
wrote 420:14 507:12

< Y >
yeah 327:11 346:11 348:21 357:24 368:7 373:2 415:20 431:13 449:16 456:5 459:7, 19 467:14 497:17 498:15 507:13 521:14
year 350:11 360:24 361:2 365:11 367:11 421:6, 14 448:12
years 345:22, 23 346:5 367:19 369:15 385:5 390:4, 16, 21 391:11, 23 393:10

398:14, 21 399:3 403:24 404:12, 20 419:24 420:17 421:5, 13 438:13 439:12 461:3 524:4
Yep 342:23 366:4 431:11 450:11
yes/no 492:3
yes-or-no 526:2
yesterday 435:6 449:21 450:16 451:18 465:8 467:7, 23 468:21 471:15 473:24 506:9 507:7
York 316:4
young 446:14, 18
youngest-ever 446:19

< Z >
zero 485:16 487:18
ZH 373:7, 9 376:13, 14
Zhejiang 318:21
ZHP 379:6, 12 380:1, 6 469:9, 11
ZMICK 318:13
Zoom 344:21 419:15 450:9 498:7, 8, 11 509:23 514:9

Errata Sheet

October 4-5, 2021 Deposition Transcript – George Johnson, Ph.D.
In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation

**MONDAY 10/4/21**

| Pages, Lines | Change: | Reason |
|---|---|---|
| 64:24 | Change "test" to **"testing"** | Clarification |
| 83:23 | Change "I've" to **"I"** | Clarification |
| 94:10 | Change "how it's occurred" to **"how it occurs"** | Clarification |
| 157:23 | Change "slide date" to "slide **deck**" | Clarification. |
| 174:13 | Change "replied" to **"replying"** | Clarification |
| 192:6-7 | "or if, as we predicted, the observed concentration would be below the PDE…" | Clarification |
| 199:23 | Change "contour" to **"quantal"** | Transcription error |
| 205:12 | Change "covariant" to **"covariate"** | Transcription error |
| 219:17 | Change "was" to **"were"** | Transcription error / Correction |
| 258:20 | "I did, (as in "what I did was")" – should edit to say, "What I did was, I looked at …. | Transcription error / Correction |

**TUESDAY 10/5/21**

| Pages, Lines | Change: | Reason |
|---|---|---|
| 328:2 | Add: "and even then it will not be 100% pure." | Completeness / clarification |
| 340:22 | Change "multiples suggested" to read "multiple *species*" suggested by…. | Transcription error / clarification. |
| 351:11-13 | Remove names; incorrect recollection, these persons not involved. | Correction |
| 377:11-12 | Change "lie to" and make it **"align with"** | Transcription error / correct testimony |
| 379:3 | Change "far" to **"for"** | Transcription error / correct testimony |
| 381:6 | Insert "**do not**" before have | Transcription error / correct testimony |
| 384:5 | Change 1-100 risk to **1-100,000** | Transcription error / correct testimony |
| 384:6 | Change 1-100 risk to **1-100,000** | Transcription error / correct testimony |
| 387:1-2 | Edit "That's the background" to "**That's the actual background rate of cancer.**" | Completeness and clarification |
| 421:3 | Delete "would be" | Correction / Clarification |
| 445:20 | Change "antigens" to **"aneugens"** | Transcription error / correct testimony |

| 446:21 | Change "vice president" to "**past president**" | Transcription error / correct testimony |
| 460:1 | Change "is it shows" to "is **that** it shows" | Clarification |
| 463:12 | Strike "I do" | Clarification |
| 492:6 | Change "talking" to "**talk**" | clarification |
| 495:21 | Change "To say" to "**For example**" | Clarification |
| 507:13 | Change "yeah" to "**yes**" | Proper English |
| 518:24 | Add comma after "would be,**"** | Clarification on sentence |

George Johnson, Ph.D.

_____, Notary Public.

This, the 17ᵗʰ day of November, 2021.

My Commission Expires: _____.

Kimberly Harris
NOTARY PUBLIC
Forsyth County, GEORGIA
My Commission Expires February 6, 2024