# EXHIBIT L

# JOHNSON

# EXHIBIT A

Dr George Johnson,
Associate Professor,
Swansea University.

**Home Address:** 16 Mayals Avenue, Swansea, SA3 5DE.
**Telephone Number:** 0044 (0) 7714653707

**Awards, Achievements and Positions of Responsibility:**
- Steering member of the Health and Environmental Sciences Institute (HESI), Genetic Toxicology Technical Committee (GTTC). 2013-ongoing.
- Co-chair of the HESI GTTC quantitative workgroup. 2012-ongoing.
- Co-leader of the International Workgroup on Genetic Toxicology (IWGT) 2013 and 2022, quantitative group, methods and metrics subgroup.
- Won the prestigious UK Environmental Mutagen Society (UKEMS) young scientist award in 2012 and the European EMS (EEM[G]S) young scientist award in 2014.
- Lead inventor for patent pending on artificial intelligence-based algorithms for scoring cells from the micronucleus and Cytome assays.
- President European Environmental Mutagen and Genomics Society (EEMGS, 2019-2021). Vice-President, 2017-2019. Past-President, 2021-2023.
- Committee on Mutagenicity (COM). Expert member, 2020-ongoing.
- Invited expert to EMA 2020 nitrosamine expert consultation (EMA/80573/2020)

**Education and Qualifications**
**PhD: 'Mechanistic Investigations of the Quantitative and Qualitative Effects of Genotoxicants'**
University of Wales Swansea (UWS), UK - 2002 to 2006. Completed the Thesis 10/04/2006.

**B.Sc Honours Degree in Genetics - Class: 2:1**
University of Wales Swansea UK - 1999 to 2002
*Final Year Research Project: 'Induction of multiple centrosomes in V79 cells, after treatment with the aneugen, Bisphenol-A' - Grade 88%*
Qualitative analysis of data and poster presentation skills at first conference (EEMS, 2002).
Results published in Mutagenesis (Parry et al. 2002).
Roger Gilbert Prize for excellence in final year research project

**Current Employment – Swansea University**

*Teaching*
- Developed and delivered a one-day Genetic Toxicology workshop at European Chemicals Agency (ECHA) REACH Helsinki 2011. Invited by Dr. David Bell.
- American College of Toxicology and British Toxicological Society– Practical Application of Toxicology in Drug Development. Delivered GeneTox courses run in Edinburgh, Cambridge and online, 2016-ongoing.
- Developed and delivered workshops on quantitative approaches in genetic toxicology in risk assessment and major toxicological society meetings including SOT, GTA, IGG, HESI, EEMGS and UKEMS.

- Module co-ordinator and contributor to undergraduate modules, including genetic toxicology and human and medical genetics. 2006-ongoing.
- Postgraduate teaching, PhD, MSc, MSci, MRes, 2007-ongoing.
- Director of Employability and Entrepreneurship for Swansea University Medical School, 2014-ongoing.

*Research*
- Collaborated with AstraZeneca, GSK, Sanofi-Aventis, Novartis, Servier and others to evaluate the *in vitro* micronucleus test 'toxicity' measures to gain a standard OECD guideline. Special issue journal of Mutation Research 2009, volume 702 Issue 2.
- Collaborated with the Japanese Pig-a ring trial group, analysis to assess inter-lab. reproducibility in support of the OECD guideline proposal (Johnson et al., 2016).
- Developed *in silico* tools to use for human health risk assessments www.MuTAIT.org
- Invited to support the ICH-M7 guideline (Wills, Johnson *et al.,* 2017, EMM).
- Recognised expert in quantitative genetic toxicology, with extensive publications in this area.
- BMD covariate work cited heavily in recent EFSA guidance (Hardy et al., 2017).
- Numerous nitrosamine papers in press and recently published.
- Expertise in developing and utilising standard and novel in vitro genetic toxicity tests.
- EMM Editor; Genes and Environment Editor; Mutagenesis 2016 Special Issue Editor.

*Consultancy*
Due to expertise in quantitative assessment of genetic toxicity and cancer data, recent opportunities have been taken for paid consultancy work, and this work is supported by Swansea University to date.
- Worked with 10 different pharmaceutical companies, a global food consortium, an international chemical consortium, an agrochemical company and others.
- Reports have been prepared and submitted to regulatory bodies including the European Medicines Agency, US Food and Drug Administration, European Chemicals Agency, European Food Standards Agency, Asian Drug Regulatory body and more.

**Conference Platform Presentations:**
*Also invitations to present at CEFIC, EURL-ECVAM, Health Canada, COM, FSA, ECHA and RIVM.*
1. 2003: BEMS, Geel Belgium
2. 2004: UKEMS
3. 2005: EEMS, Kos Greece.
4. 2007: FSA; UKEMS;
5. 2008: UKEMS; EEMS, Cavtat Croatia; ECETOC, Cavtat Croatia;
6. 2009: UKEMS.
7. 2010: EEMS, Oslo;
8. 2011: UKEMS, Nottingham; JEMS, Tokyo.
9. 2012: GUM, Mainz; CERLIB, Les Houches France; UKEMS;
10. 2013: SOT, San Antonio Texas; Health Canada Science Series, Ottawa; Procter & Gamble Biomed Science Seminars, Cincinnati; ICT/IUTOX, Seoul South Korea; ICEM and IWGT Brazil (and chair); IGG, UK
11. 2014: EEMS/UKEMS, Lancaster UK; ILSI-HESI GTTC workshop, Lancaster UK (and organising committee member, speaker, session chair)

12. 2015: 'how to' workshops (GTA and ILSI-HESI GTTC (and chair). Platform talks at US-GTA (and chair), US
ILSI-HESI GTTC US-EMGS, UK-EMS and UK-ELRIG.
13. 2016: platform talks at UK-EMS (and chair), Webinar-ACT, CPD-ACT, UK-IGG (and chair), European Union
Reference Laboratory for Alternative Methods to Animal Testing (EURL-ECVAM).
14. 2017: RIVM Netherlands; US-SOT; ICEM Incheon South Korea; IVTS London.
15. 2018: Vonlanthen Impurities Berlin; Die Akademie Frensius Impurities Mainz; Informa Impurities Berlin.
16. 2019: EEMGS Rennes, HESI-GTTC Washington DC, GUM Basel.
17. 2020: Vonlanthen Impurities Web Conference; Informa Impurities Web Conference; EMGS Web conference.
18. 2021: Vonlanthen Impurities Web Conference; Informa Impurities Web Conference; Qeplar Impurities Web Conference; ToxForum Web conference

**Relevant publications**

*(Parry et al. 2002; Jenkins et al. 2005; Parry et al. 2005; Barber et al. 2006; Doak et al. 2007; Doak et al. 2008; Johnson and Parry 2008; Johnson et al. 2009; Marsden et al. 2009; Jenkins et al. 2010; Johnson et al. 2010a; Johnson et al. 2010b; Jenkins et al. 2011; Zair et al. 2011; Johnson 2012; Johnson et al. 2012; Seager et al. 2012; Zaïr et al. 2012; Gollapudi et al. 2013; Hernández et al. 2013; Thomas et al. 2013; Cao et al. 2014; Johnson et al. 2014; Seager et al. 2014; Zair and Johnson 2014; Johnson et al. 2015; MacGregor et al. 2015a; MacGregor et al. 2015b; Mears et al. 2015; Soeteman-Hernandez et al. 2015; Thomas et al. 2015; Avancini et al. 2016; Brusehafer et al. 2016; Johnson et al. 2016; Klapacz et al. 2016; Shah et al. 2016; Soeteman-Hernandez et al. 2016; Tweats et al. 2016; Verma et al. 2016; White and Johnson 2016; Wills et al. 2016a; Wills et al. 2016b; Guerard et al. 2017; Rees et al. 2017; Wills et al. 2017; Verma et al. 2018; Wilde et al. 2018; Dertinger et al. 2019b; Dertinger et al. 2019a; Kirkland et al. 2019; Pottenger et al. 2019; Wheeldon et al. 2019; White et al. 2019; Gollapudi et al. 2020; Heflich et al. 2020; Luijten et al. 2020; Shah et al. 2020; Steiblen et al. 2020; Wheeldon et al. 2020; White et al. 2020; Bercu et al. 2021; Chapman et al. 2021; Elder et al. 2021; Johnson et al. 2021; Kirkland et al. 2021; Wheeldon et al. 2021; Wills et al. 2021a; Wills et al. 2021b)*

Avancini D, Menzies GE, Morgan C, Wills J, Johnson GE, White PA, Lewis PD. 2016. MutAIT: an online genetic toxicology data portal and analysis tools. Mutagenesis 31(3):323-328.

Barber RC, Hickenbotham P, Hatch T, Kelly D, Topchiy N, Almeida GM, Jones GD, Johnson GE, Parry JM, Rothkamm K, Dubrova YE. 2006. Radiation-induced transgenerational alterations in genome stability and DNA damage. Oncogene 25(56):7336-7342.

Bercu JP, Masuda-Herrera M, Johnson G, Czich A, Glowienke S, Kenyon M, Thomas R, Ponting DJ, White A, Cross K, Waechter F, Rodrigues MAC. 2021. Use of less-than-lifetime (LTL) durational limits for nitrosamines: Case study of N-Nitrosodiethylamine (NDEA). Regul Toxicol Pharmacol 123:104926.

Brusehafer K, Manshian BB, Doherty AT, Zair ZM, Johnson GE, Doak SH, Jenkins GJ. 2016. The clastogenicity of 4NQO is cell-type dependent and linked to cytotoxicity, length of exposure and p53 proficiency. Mutagenesis 31(2):171-180.

Cao X, Mittelstaedt RA, Pearce MG, Allen BC, Soeteman-Hernández LG, Johnson GE, Bigger CAH, Heflich RH. 2014. Quantitative dose–response analysis of ethyl methanesulfonate genotoxicity in adult gpt-delta transgenic mice. Environmental and Molecular Mutagenesis 55(5):385-399.

Chapman KE, Wilde EC, Chapman FM, Verma JR, Shah UK, Stannard LM, Seager AL, Tonkin JA, Brown MR, Doherty AT, Johnson GE, Doak SH, Jenkins GJS. 2021. Multiple-endpoint in vitro carcinogenicity test in human cell line TK6 distinguishes carcinogens from non-carcinogens and highlights mechanisms of action. Arch Toxicol 95(1):321-336.

Dertinger SD, Kraynak AR, Wheeldon RP, Bernacki DT, Bryce SM, Hall N, Bemis JC, Galloway SM, Escobar PA, Johnson GE. 2019a. Predictions of genotoxic potential, mode of action, molecular targets, and potency via a tiered multiflow(R) assay data analysis strategy. Environ Mol Mutagen 60(6):513-533.

Dertinger SD, Kraynak AR, Wheeldon RP, Bernacki DT, Bryce SM, Hall N, Bemis JC, Galloway SM, Escobar PA, Johnson GE. 2019b. Predictions of genotoxic potential, mode of action, molecular targets, and potency via a tiered multiflow(R) assay data analysis strategy. Environ Mol Mutagen:DOI:10.1002/em.22274.

Doak SH, Brüsehafer K, Dudley E, Quick E, Johnson G, Newton RP, Jenkins GJS. 2008. No-observed effect levels are associated with up-regulation of MGMT following MMS exposure. Mutat Res 648(1-2):9-14.

Doak SH, Jenkins GJ, Johnson GE, Quick E, Parry EM, Parry JM. 2007. Mechanistic influences for mutation induction curves after exposure to DNA-reactive carcinogens. Cancer Res 67(8):3904-3911.

Elder DP, Johnson GE, Snodin DJ. 2021. Tolerability of risk: A commentary on the nitrosamine contamination issue. J Pharm Sci 110(6):2311-2328.

Gollapudi BB, Johnson GE, Hernandez LG, Pottenger LH, Dearfield KL, Jeffrey AM, Julien E, Kim JH, Lovell DP, Macgregor JT, Moore MM, van Benthem J, White PA, Zeiger E,

Thybaud V. 2013. Quantitative approaches for assessing dose-response relationships in genetic toxicology studies. Environ Mol Mutagen 54(1):8-18.

Gollapudi BB, Su S, Li AA, Johnson GE, Reiss R, Albertini RJ. 2020. Genotoxicity as a toxicologically relevant endpoint to inform risk assessment: A case study with ethylene oxide. Environ Mol Mutagen 61(9):852-871.

Guerard M, Johnson G, Dertinger S, Duran-Pacheco G, Funk J, Zeller A. 2017. Dose-response relationship of temozolomide, determined by the Pig-a, comet, and micronucleus assay. Arch Toxicol 91(6):2443-2453.

Heflich RH, Johnson GE, Zeller A, Marchetti F, Douglas GR, Witt KL, Gollapudi BB, White PA. 2020. Mutation as a toxicological endpoint for regulatory decision-making. Environmental and Molecular Mutagenesis 61(1):34-41.

Hernández LG, Van Benthem J, Johnson GE. 2013. A mode-of-action approach for the identification of genotoxic carcinogens. PLoS One DOI: 10.1371/journal.pone.0064532 (8):e64532.

Jenkins GJ, Doak SH, Johnson GE, Quick E, Waters EM, Parry JM. 2005. Do dose response thresholds exist for genotoxic alkylating agents? Mutagenesis 20(6):389-398.

Jenkins GJ, Zair Z, Johnson GE, Doak SH. 2010. Genotoxic thresholds, DNA repair, and susceptibility in human populations. Toxicology 278(3):305-310.

Jenkins GJS, Johnson GE, Parry JM, Doak SH. 2011. Genotoxic Thresholds. Genotoxic Impurities: John Wiley & Sons, Inc. p 169-191.

Johnson G, Yamamoto M, Suzuki Y, Adachi H, Kyoya T, Hironao T, Horibata K, Tsutsumi E, Wada K, Kikuzuki R, Yoshida I, Kimoto T, Maeda A, Narumi K. 2016. Measuring Reproducibility of Dose Response Data for the Pig-a Assay using Covariate Benchmark Dose Analysis Mutat Res Genet Toxicol Environ Mutagen 811:135-139.

Johnson GE. 2012. Mammalian Cell HPRT Gene Mutation Assay: Test Methods. In: Parry JM, Parry EM, editors. Genetic Toxicology: Springer. p 55-67.

Johnson GE, Doak SH, Griffiths SM, Quick EL, Skibinski DOF, Zaïr ZM, Jenkins GJ. 2009. Non-linear dose-response of DNA-reactive genotoxins: Recommendations for data analysis. Mutation Research/Genetic Toxicology and Environmental Mutagenesis 678(2):95-100.

Johnson GE, Dobo K, Gollapudi B, Harvey J, Kenny J, Kenyon M, Lynch A, Minocherhomji S, Nicolette J, Thybaud V, Wheeldon R, Zeller A. 2021. Permitted daily exposure limits for noteworthy N-nitrosamines. Environ Mol Mutagen 62(5):293-305.

Johnson GE, Jenkins GJ, Thomas AD, Doak SH. 2010a. Vinblastine and diethylstilboestrol tested in the in vitro mammalian cell micronucleus test (MNvit) at Swansea University UK in support of OECD draft Test Guideline 487. Mutation Research-Genetic Toxicology and Environmental Mutagenesis 702(2):189-192.

Johnson GE, Mikhail JM, Chapman K, Doak S, Seager AL, Shah K, Thomas A, Zair Z, Scott AD, Doherty A, Jenkins G. 2012. How do thresholds for mutagenicity and clastogenicity arise for DNA damaging agents? Genes and Environment 34(4):179-185.

Johnson GE, Parry EM. 2008. Mechanistic investigations of low dose exposures to the genotoxic compounds bisphenol-A and rotenone. Mutat Res 651(1-2):56-63.

Johnson GE, Quick EL, Parry EM, Parry JM. 2010b. Metabolic influences for mutation induction curves after exposure to Sudan-1 and para red. Mutagenesis 25(4):327-333.

Johnson GE, Slob W, Doak SH, Fellows MD, Gollapudi BB, Heflich RH, Rees BJ, Soeteman-Hernandez LG, Verma JR, Wills J, Jenkins GJS, White PA. 2015. New Approaches to Advance the use of Genetic Toxicology Analyses for Human Health Risk Assessment. Toxicology Research 4:667-676.

Johnson GE, Soeteman-Hernandez LG, Gollapudi BB, Bodger OG, Dearfield KL, Heflich RH, Hixon JG, Lovell DP, MacGregor JT, Pottenger LH, Thompson CM, Abraham L, Thybaud V, Tanir JY, Zeiger E, van Benthem J, White PA. 2014. Derivation of point of

departure (PoD) estimates in genetic toxicology studies and their potential applications in risk assessment. Environ Mol Mutagen 55(8):609-623.

Kirkland D, Levy DD, LeBaron MJ, Aardema MJ, Beevers C, Bhalli J, Douglas GR, Escobar PA, Farabaugh CS, Guerard M, Johnson GE, Kulkarni R, Le Curieux F, Long AS, Lott J, Lovell DP, Luijten M, Marchetti F, Nicolette JJ, Pfuhler S, Roberts DJ, Stankowski LF, Jr., Thybaud V, Weiner SK, Williams A, Witt KL, Young R. 2019. A comparison of transgenic rodent mutation and in vivo comet assay responses for 91 chemicals. Mutat Res Genet Toxicol Environ Mutagen 839:21-35.

Kirkland DJ, Sheil ML, Streicker MA, Johnson GE. 2021. A weight of evidence assessment of the genotoxicity of 2,6-xylidine based on existing and new data, with relevance to safety of lidocaine exposure. Regul Toxicol Pharmacol 119:104838.

Klapacz J, Pottenger LH, Engelward BP, Heinen CD, Johnson GE, Clewell RA, Carmichael PL, Adeleye Y, Andersen ME. 2016. Contributions of DNA repair and damage response pathways to the non-linear genotoxic responses of alkylating agents. Mutat Res Rev Mutat Res 767:77-91.

Luijten M, Ball NS, Dearfield KL, Gollapudi BB, Johnson GE, Madia F, Peel L, Pfuhler S, Settivari RS, Ter Burg W. 2020. Utility of a next generation framework for assessment of genomic damage: A case study using the industrial chemical benzene. Environmental and Molecular Mutagenesis 61(1):94-113.

MacGregor JT, Frötschl R, White PA, Crump KS, Eastmond DA, Fukushima S, Guérard M, Hayashi M, Soeteman-Hernandez LG, Johnson GE, Kasamatsu T, Levy D, Morita T, Müller L, Schoeny R, Schuler MJ, Thybaud V. 2015a. IWGT Report on Quantitative Approaches to Genotoxicity Risk Assessment II. Use of Point-of-Departure (PoD) metrics in defining acceptable exposure limits and assessing human risk. Mutation Research - Genetic Toxicology 783:66-78.

MacGregor JT, Frötschl R, White PA, Crump KS, Eastmond DA, Fukushima S, Guérard M, Hayashi M, Soeteman-Hernandez LG, Kasamatsu T, Levy D, Morita T, Müller L, Schoeny R, Schuler MJ, Thybaud V, Johnson GE. 2015b. IWGT Report on Quantitative Approaches to Genotoxicity Risk Assessment I. Methods and metrics for defining exposure-response relationships and points of departure (PoDs). Mutation Research - Genetic Toxicology 783:55-65.

Marsden DA, Jones DJL, Britton RG, Ognibene T, Ubick E, Johnson GE, Farmer PB, Brown K. 2009. Dose-Response Relationships for N7-(2-Hydroxyethyl)Guanine Induced by Low-Dose [14C]Ethylene Oxide: Evidence for a Novel Mechanism of Endogenous Adduct Formation. Cancer Res 69(7):3052-3059.

Mears E, Modabber F, Don R, Johnson GE. 2015. A review: The current in vivo models for the discovery and utility of new anti-leishmanial drugs targeting Cutaneous Leishmaniasis. PLOS Neg Dis DOI:10.1371/journal.pntd.0003889.

Parry EM, Parry JM, Corso C, Doherty A, Haddad F, Hermine TF, Johnson G, Kayani M, Quick E, Warr T, Williamson J. 2002. Detection and characterization of mechanisms of action of aneugenic chemicals. Mutagenesis 17(6):509-521.

Parry JM, Parry EM, Johnson G, Quick E, Waters EM. 2005. The detection of genotoxic activity and the quantitative and qualitative assessment of the consequences of exposures. Exp Toxicol Pathol 57 Suppl 1:205-212.

Pottenger LH, Boysen G, Brown K, Cadet J, Fuchs RP, Johnson GE, Swenberg JA. 2019. Understanding the importance of low-molecular weight (ethylene oxide- and propylene oxide-induced) DNA adducts and mutations in risk assessment: Insights from 15 years of research and collaborative discussions. Environ Mol Mutagen 60(2):100-121.

Rees BJ, Tate M, Lynch AM, Thornton CA, Jenkins G, Walmsley RM, Johnson G. 2017. Development of an in vitro PIG-A Gene Mutation Assay in Human Cells. Mutagenesis 32:283-297.

Seager AL, Shah U-K, Mikhail JM, Nelson B, Marquis B, Doak SH, Johnson GE, Griffiths S, Carmichael PL, Scott SJ, Scott AD, Jenkins GJ. 2012. Pro-oxidant Induced DNA Damage in Human Lymphoblastoid Cells: Homeostatic Mechanisms of Genotoxic Tolerance Toxicological Sciences 128(2):387-397.

Seager AL, Shah UK, Brüsehafer K, Wills J, Manshian B, Chapman K, Thomas AD, Scott AD, Doak SH, Johnson GE, Jenkins GJS. 2014. Recommendations, Evaluation and Validation of a Semi-Automated, Fluorescent-Based Scoring Protocol for Micronucleus Testing in Human Cells. Mutagenesis 29(3):155-164.

Shah U, Seager A, Fowler P, Doak S, Johnson G, Scott S, Scott A, Jenkins G. 2016. A comparison of the genotoxicity of low dose exposures to benzo[a]pyrene in four cell lines with differing metabolic capacity. Mutagenesis 808:8-19.

Shah UK, Verma JR, Chapman KE, Wilde EC, Tonkin JA, Brown MR, Johnson GE, Doak SH, Jenkins GJ. 2020. Detection of urethane-induced genotoxicity in vitro using metabolically competent human 2D and 3D spheroid culture models. Mutagenesis DOI: 10.1093/mutage/geaa029.

Soeteman-Hernandez LG, Fellows MD, Johnson GE, Slob W. 2015. Correlation of In Vivo Versus In Vitro Benchmark Doses (BMDs) Derived From Micronucleus Test Data: A Proof of Concept Study. Toxicol Sci 148(2):355-367.

Soeteman-Hernandez LG, Johnson GE, Slob W. 2016. Estimating the carcinogenic potency of chemicals from the in vivo micronucleus test. Mutagenesis 31(3):347-358.

Steiblen G, Benthem JV, Johnson G. 2020. Strategies in genotoxicology: Acceptance of innovative scientific methods in a regulatory context and from an industrial perspective. Mutat Res 853:503171.

Thomas AD, Fahrer J, Johnson GE, Kaina B. 2015. Theoretical Considerations for Thresholds in Chemical Carcinogenesis. Mutation Research - Reviews 765:56-67.

Thomas AD, Jenkins GJ, Kaina B, Bodger OG, Tomaszowski KH, Lewis PD, Doak SH, Johnson GE. 2013. Influence of DNA repair on nonlinear dose-responses for mutation. Toxicol Sci 132(1):87-95.

Tweats DJ, Johnson GE, Scandale I, Whitwell J, Evans DB. 2016. Genotoxicity of flubendazole and its metabolites in vitro and the impact of a new formulation on in vivo aneugenicity. Mutagenesis 31(3):309-321.

Verma JR, Harte SG, Gardner J, Piasecka J, Shah UK, Summers H, Thornton CA, Doak SH, Jenkins GJ, Rees BJ, Wills J, Johnson GE. 2018. Investigating FlowSight imaging flow cytometry as a platform to assess chemically-induced micronuclei using human lymphoblastoid cells in vitro. Mutagenesis 33:283–289.

Verma JR, Rees BJ, Wilde EC, Thornton CA, Jenkins GJS, Doak SH, Johnson GE. 2016. Evaluation of the automated MicroFlow((R)) and Metafer platforms for high-throughput micronucleus scoring and dose response analysis in human lymphoblastoid TK6 cells. Arch Toxicol 91(7):2689-2698.

Wheeldon RP, Bernacki DT, Dertinger S, Bryce SM, Bemis JC, Johnson GE. 2019. Benchmark Dose Analysis of DNA Damage Biomarker Responses Provides Compound Potency and Adverse Outcome Pathway Information for the Topoisomerase II Inhibitor Class of Compounds. Environ Mol Mutagen In prep.

Wheeldon RP, Bernacki DT, Dertinger SD, Bryce SM, Bemis JC, Johnson GE. 2020. Benchmark Dose Analysis of DNA Damage Biomarker Responses Provides Compound Potency and Adverse Outcome Pathway Information for the Topoisomerase II Inhibitor Class of Compounds. Environmental and Molecular Mutagenesis 61(4):396-407.

Wheeldon RP, Dertinger SD, Bryce SM, Bemis JC, Johnson GE. 2021. The use of benchmark dose uncertainty measurements for robust comparative potency analyses. Environ Mol Mutagen 62(3):203-215.

White PA, Johnson GE. 2016. Genetic toxicology at the crossroads-from qualitative hazard evaluation to quantitative risk assessment. Mutagenesis 31(3):233-237.

Case 1:19-md-02875-RMB-SAK   Document 1796-13   Filed 12/01/21   Page 10 of 10
PageID: 53338

White PA, Long AS, Johnson GE. 2020. Quantitative Interpretation of Genetic Toxicity Dose-Response Data for Risk Assessment and Regulatory Decision-Making: Current Status and Emerging Priorities. Environ Mol Mutagen 61(1):66-83.

White PA, Zeller A, Pfuhler S, Johnson GE. 2019. Re: Gi et al. 2018, In vivo positive mutagenicity of 1,4-dioxane and quantitative analysis of its mutagenicity and carcinogenicity in rats, Archives of Toxicology 92:3207-3221. Arch Toxicol 93(1):211-212.

Wilde EC, Chapman KE, Stannard LM, Seager AL, Brusehafer K, Shah UK, Tonkin JA, Brown MR, Verma JR, Doherty AT, Johnson GE, Doak SH, Jenkins GJS. 2018. A novel, integrated in vitro carcinogenicity test to identify genotoxic and non-genotoxic carcinogens using human lymphoblastoid cells. Arch Toxicol 92(2):935-951.

Wills J, Johnson GE, Battaion H, Slob W, White P. 2017. Comparing BMD-derived genotoxic potency estimations across variants of the transgenic rodent gene mutation assay. Environ Mol Mutagen 58:632-643.

Wills JW, Halkes-Wellstead E, Summers HD, Rees P, Johnson GE. 2021a. Empirical Comparison of Genotoxic Potency Estimations: The In Vitro DNA-Damage ToxTracker Endpoints versus the In Vivo Micronucleus Assay. Mutagenesis DOI: 10.1093/mutage/geab020.

Wills JW, Johnson GE, Doak SH, Soeteman-Hernandez LG, Slob W, White PA. 2016a. Empirical analysis of BMD metrics in genetic toxicology part I: in vitro analyses to provide robust potency rankings and support MOA determinations. Mutagenesis 31(3):255-263.

Wills JW, Long AS, Johnson GE, Bemis JC, Dertinger SD, Slob W, White PA. 2016b. Empirical analysis of BMD metrics in genetic toxicology part II: in vivo potency comparisons to promote reductions in the use of experimental animals for genetic toxicity assessment. Mutagenesis 31(3):265-275.

Wills JW, Verma JR, Rees BJ, Harte DSG, Haxhiraj Q, Barnes CM, Barnes R, Rodrigues MA, Doan M, Filby A, Hewitt RE, Thornton CA, Cronin JG, Kenny JD, Buckley R, Lynch AM, Carpenter AE, Summers HD, Johnson G, Rees P. 2021b. Inter-laboratory automation of the in vitro micronucleus assay using imaging flow cytometry and deep learning. bioRxiv:2021.2005.2005.442619.

Zair Z, Johnson GE. 2014. The applicable use of the HPRT gene mutation assay as a practical tool in mutagenesis and DNA repair studies. . In: Gaivao S, editor. Genotoxicity and DNA repair: A practical approach: Springer. p 185-197.

Zair ZM, Jenkins GJ, Doak SH, Singh R, Brown K, Johnson GE. 2011. N-Methylpurine DNA Glycosylase Plays a Pivotal Role in the Threshold Response of Ethyl Methanesulfonate-Induced Chromosome Damage. Toxicological Sciences 119(2):346-358.

Zaïr ZM, Johnson GE, Griffiths AP, Jenkins GJ. 2012. Diagnostic correlation between the expression of the DNA repair enzyme N-methylpurine DNA glycosylase and esophageal adenocarcinoma onset: a retrospective pilot study. Diseases of the Esophagus.