中华流行病学杂志2016年5月第37卷第5期　Chin J Epidemiol，May 2016，Vol.37，No.5　　　　　　　　　　　　　　　　　　·725·

·系统综述/Meta分析·

# N-亚硝胺与消化道恶性肿瘤发生风险的关系:基于队列研究的Meta分析

崔娟　郭晓敏　包鹤龄　谭吉宾

100050 北京，中国疾病预防控制中心慢性非传染性疾病预防控制中心(崔娟、包鹤龄);102206 北京，中国疾病预防控制中心(郭晓敏、谭吉宾)

通信作者:谭吉宾，Email:jibintan@163.com

DOI:10.3760/cma.j.issn.0254 6450.2016.05.029

【摘要】　目的　分析N 亚硝胺与消化道恶性肿瘤发生/死亡风险的关系。方法　通过系统检索中国生物医学文献数据库、中文期刊全文数据库、万方电子期刊、PubMed、EBSCO 等文献数据库,纳入N 亚硝胺与消化道恶性肿瘤发生/死亡风险队列研究文献,采用RevMan 5.1软件进行Meta分析。结果　共检索到相关文献13篇,纳入其中7篇含有消化道恶性肿瘤的文献进行Meta分析;N 亚硝胺显著增加消化道癌症的发生风险($RR$　1.12，95%$CI$:1.03~1.21);与食管癌发生风险无显著性关联($RR$　1.18，95%$CI$:0.98~1.41),但显著增加食管鳞状细胞癌发生风险($RR$　1.72，95%$CI$:1.01~2.96),而与食管腺癌无显著性相关($RR$　0.88，95%$CI$:0.57~1.37);N 亚硝胺能显著提高胃癌的发生风险($RR$　1.08，95%$CI$:1.00~1.18),但对贲门癌与胃腺癌发生风险的影响无显著性。结论　现有人群队列研究证据显示,N 亚硝胺会显著增加消化道恶性肿瘤的发生风险,但是对不同亚型食管癌和胃癌的影响不同,由于队列研究数量较少且在研究设计、人群选择、暴露测量等方面存在差异,仍需进一步积累相关研究证据。

【关键词】　N 亚硝胺;食管癌;胃癌;队列;Meta分析

**Relationship between N nitrosodimethylamine and risk of digestive tract cancers: a Meta analysis based on cohort studies**　*Cui Juan, Guo Xiaomin, Bao Heling, Tan Jibin*

*National Center for Chronic and Non communicable Disease Control and Prevention, Chinese Center for Disease Control and Prevention, Beijing 100050, China (Cui J, Bao HL); Chinese Center for Disease Control and Prevention, Beijing 102206, China (Guo XM, Tan JB)*

*Corresponding author: Tan Jibin, Email: jibintan@163.com*

【**Abstract**】　**Objective**　To analyze the relationship between N nitrosodimethylamine (NDMA) and the risk of digestive tract cancers. **Methods**　The papers about the relationship between NDMA and the risk of digestive tract cancers published from 1980 to 2012 were retrieved following databases: Chinese BioMedical Literature Database (CBM), the Chinese Journal Full text Database (CNKI), Wanfang Database, PubMed and EBSCO. The fix and random effect model was used and statistical analyses were conducted by using RevMan 5.1 software. **Results**　Thirteen papers were found, in which 7 about digestive tract cancers were used in this Meta analysis. The NDMA had significant positive effect on the incidence of digestive tract cancers ($RR$　1.12, 95% $CI$: 1.03 1.21). The relationship between NDMA and esophageal cancer was not significant ($RR$　1.18, 95%$CI$: 0.98 1.41) but NDMA could increase the risk of gastric cancer ($RR$　1.08, 95% $CI$: 1.00 1.18). For the subtypes of esophageal and gastric cancer, NDMA had positive relationship with esophageal squamous cell carcinoma ($RR$　1.72, 95% $CI$: 1.01 2.96), but had no significant relationship with esophageal adenocarcinoma, cardiac carcinoma and gastric adenocarcinoma. **Conclusion**　The population based cohort studies have showed that the NDMA could significantly increase the risk of digestive tract cancers, but the effects differed with subtypes of esophageal and gastric cancer. However, it is necessary to collect more evidence due to the limited studies and obvious differences in the study design, sampling and exposure measurement of these cohort studies.

【**Key words**】　N nitrosodimethylamine; Esophageal cancer; Gastric cancer; Cohort; Meta analysis

　　N-亚硝胺(N-nitrosodimethylamine，NDMA)是亚硝基化合物(N-nitroso compounds，NOC)中最常见的致癌物质,人体接受的外源性NDMA暴露主要来源于腌制、熏制等食品[1];含氮类化合物在身体内

还可经亚硝化过程形成内源性亚硝基化合物（endogenous N-nitroso compound，ENOC）[2]。研究证实，NOC可在动物体内诱发多种恶性肿瘤[3]，国际癌症研究署（International Agency for Research on Cancer，IARC）也将NDMA列为2A类致癌物[4]。减少含亚硝酸盐类食物摄入如少吃腌制肉类、酸菜、卤菜等措施已成为重要的一级预防措施在人群中推广。虽然有病例对照研究发现NDMA与某些部位癌症发生存在关联[5 6]，然而现有的人群证据非常有限，缺少大规模的人群队列研究，其结论并不一致[1,7]，特别是会引起特定部位癌症仍不明确。本研究对已发表的关于NDMA与恶性肿瘤发生或死亡关系的人群队列研究进行Meta分析，重点分析与上消化道恶性肿瘤（食管癌、胃癌）发生风险的联系，为开展肿瘤病因学研究和人群干预积累循证医学证据。

**资料与方法**

1. 文献检索：2015年3—4月检索中国生物医学文献数据库、中文期刊全文数据库、万方电子期刊、PubMed、EBSCO等数据库。检索词包括亚硝胺（nitrosodimethylamine）或亚硝酰胺（nitrosamine）、恶性肿瘤或癌（tumor/cancer/carcinoma）、队列研究（cohort）、随访研究（follow-up）、纵向研究（longitudinal）等，采用专业检索式检索1980年1月1日至2014年12月31日有关N-亚硝胺化合物与恶性肿瘤发生风险关系的队列研究，手工检索相关的参考文献。

2. 文献纳入与排除标准：纳入标准：①研究对象为一般人群；②有明确的暴露测量方法，暴露因素包含外源性或内源性N-亚硝胺、N-亚硝胺类化合物等；③设计类型为队列研究，随访时间≥3年；④有明确的病例收集方法，病例来源于自报、医院、各类登记系统等；⑤提供发病率或死亡率的RR结果。排除标准：①同一研究重复发表的文献；②非队列研究设计或人群随访时间<3年；③研究结果不能提供所需要的数据信息；④综述、评论类文献。

3. 文献质量评价：以观察性流行病学研究报告的质量（STROBE）为参照标准评价文献质量[8]，制订8分制评分标准，分别从暴露测量、结局测量、失访率、混杂因素控制4个方面评分：每项0～2分，恰当（2分）、较恰当（1分）和不恰当（0分），根据总分值判断纳入文献的总体及各方面的质量水平。两名研究者共同完成文献筛选和质量评估。

4. 统计学分析：采用RevMan 5.1软件进行数据整理和统计分析：①合并$RR$值及其95%$CI$，估计NDMA的效应值；②$I^2$值检验异质性；③亚组分析；④有显著异质性检验则使用随机效应模型（Random）、无显著异质性则使用固定效应模型（Fixed）。

**结　果**

1. 文献基本情况：共检索到文献70篇，最终纳入分析的文献7篇（表1），队列人群共747 621人，分布在英国、瑞典、荷兰、芬兰、中国等国家，研究对象主要是一般社区人群（5篇）和特殊职业人群（2篇），

表1　纳入文献的基本情况

| 纳入文献 | 调查地区 | 研究人群 | 队列规模 | 随访时间(年) | 暴露与结局测量 | | |
|---|---|---|---|---|---|---|---|
| | | | | | 暴露测量 | 结局测量 | 混杂因素控制 |
| 李克 1998[9] | 中国 | 职业工人 | 1 598 | 22 | 职业工种：亚硝胺 | 医院、发病登记-死亡率：胰腺癌、肠癌 | 性别、收入、吸烟、饮酒、饮茶 |
| Knekt 1999[10] | 芬兰 | 筛查人群 | 9 985 | 24 | FFQ：硝酸盐、NDMA | 发病登记：头颈部癌、胃癌、结直肠癌 | |
| Loh 2011[11] | 英国 | 一般人群 | 23 363 | 11.4 | FFQ：NDMA、ENOC、亚硝酸盐 | 发病登记：全肿瘤、食管癌、胃癌、结直肠癌、十二指肠癌、乳腺癌、前列腺癌、肺癌、卵巢癌 | 年龄、性别、BMI、吸烟、饮酒、能量摄入、身体活动、教育水平、绝经情况 |
| Straif 2000[12] | 德国 | 橡胶工人 | 8 933 | 10 | 空气浓度测量：NDMA | 死亡登记 死亡率：全肿瘤、脑癌、口腔癌、食管癌、胃癌、结肠癌、直肠癌、肝癌、胰脏癌、肺癌、前列腺癌、膀胱癌、肾癌、脑癌 | 石棉、滑石、碳等 |
| Larsson 2006[13] | 瑞典 | 乳腺X线检查人群 | 61 433 | 18 | FFQ：NDMA | 发病登记 发病率：胃癌 | 年龄、教育、能量摄入、体重、酒精、蔬菜水果摄入 |
| Jakszyn 2006[7] | 欧洲10国 | 一般人群 | 521 457 | 6 | FFQ：NDMA、ENOC | 发病登记等 发病率：胃癌、贲门癌、非贲门癌 | 性别、身高、体重、教育水平、吸烟、身体活动、水果摄入、蔬菜摄入、能量摄入 |
| Keszei 2013[14] | 荷兰 | 一般人群 | 120 852 | 16.3 | FFQ：NDMA、亚硝酸盐、硝酸盐 | 发病登记 发病率：食管鳞状细胞癌、食管腺癌、贲门癌、胃腺癌 | 年龄、吸烟、能量摄入、蔬菜水果摄入、教育水平、身体活动、饮酒 |

注：FFQ：食物频率量表

中华流行病学杂志2016年5月第37卷第5期　Chin J Epidemiol，May 2016，Vol.37，No.5　　　　　　　　　　　　　　　　　　　　　　　　·727·

随访时间6～24年；研究结局包括胃癌、食管癌、十二指肠癌、结直肠癌、肝癌、胰腺癌、口腔癌以及胃癌和食管癌亚型等消化道肿瘤的发病率与死亡率（图1）。



图1　文献纳入排除流程

2. NDMA与消化道恶性肿瘤：对6篇文献（其中1篇为食管癌和胃癌亚型，不纳入汇总分析）进行合并分析，摄入NDMA与消化道恶性肿瘤呈正相关关系，$RR=1.12$（$95\%CI$：$1.03\sim1.21$），异质性检验存在显著性差异（$I^2=46\%$，$P=0.009$）。按照发病率和死亡率进行亚组分析，摄入NDMA显著增加消化道恶性肿瘤发病风险（文献数=4篇），$RR=1.10$（$95\%CI$：$1.02\sim1.18$），$I^2=48\%$（$P=0.02$），与死亡风险关系无显著性（文献数=2篇），$RR=1.47$（$95\%CI$：$0.96\sim2.25$），$I^2=40\%$（$P=0.11$）。按照暴露测量方法进行亚组分析，职业暴露测量（文献数=2篇）$RR=1.47$（$95\%CI$：$0.96\sim2.25$），食物频率量表（FFQ）测量（文献数=4篇）$RR=1.10$（$95\%CI$：$1.02\sim1.18$）。见图2。

3. NDMA与食管癌：3篇文献报道食管癌发病或死亡，合并分析显示摄入NDMA与食管癌无显著性关联，$RR=1.18$（$95\%CI$：$0.98\sim1.41$），$I^2=51\%$（$P=0.06$）；其中，摄入NDMA显著增加食管鳞状细胞癌的发病风险 $RR=1.72$（$95\%CI$：$1.01\sim2.96$），$I^2=37\%$（$P=0.21$）；与食管腺癌无显著性相关，$RR=0.88$（$95\%CI$：$0.57\sim1.37$），$I^2=0\%$（$P=0.91$）。按照暴露测量方法分组，FFQ测量下$RR=1.14$（$95\%CI$：$0.95\sim1.37$），只有1篇文献为职业暴露测量，结果为$RR=7.30$（$95\%CI$：$1.90\sim28.05$）。见图3。

4. NDMA与胃癌：6篇文献报道胃癌发病或死亡，合并分析显示NDMA摄入与胃癌有显著正相关关系，$RR=1.08$（$95\%CI$：$1.00\sim1.18$），$I^2=18\%$（$P=0.27$）；与贲门癌（$RR=1.16$，$95\%CI$：$0.79\sim1.71$）和胃腺癌（$RR=1.12$，$95\%CI$：$0.78\sim1.61$）的发生风险均无显著性相关，按照暴露测量方法分组，FFQ测量下$RR=1.14$（$95\%CI$：$1.00\sim1.30$），1篇职业暴露测量的结果为$RR=1.20$（$95\%CI$：$0.50\sim2.88$）。见图4。

讨　论

本研究发现，摄入NDMA显著增加消化道恶性肿瘤发病风险，但是与死亡无显著性关联。本研究



图2　NDMA与消化道恶性肿瘤发生风险分析

中华流行病学杂志2016年5月第37卷第5期　Chin J Epidemiol, May 2016, Vol.37, No.5



图3　NDMA与食管癌发生风险分析

图4　NDMA与胃癌发生风险分析

的消化道恶性肿瘤包括胃癌、食管癌、十二指肠癌、结直肠癌、肝癌、胰腺癌、口腔癌等,研究之间存在显著的异质性。由于除胃癌和食管癌以外其他癌症的研究数据较少,因此只能针对胃癌和食管癌进行深入分析。未发现NDMA与食管癌发生风险的显著关联,但是对不同亚型食管癌的影响存在差异,NDMA显著增加食管鳞癌的发生风险,与腺癌无显著关系。同时,发现NDMA能够显著增加胃癌发生风险,与Song等[15]研究结论相同,但与贲门癌和胃腺癌均无显著关联,这可能与胃癌分型的研究数量和总样本量均较少有关,无法显示其真实的联系性,并且暂无数据支持其他亚型的结论。不同暴露测量方法下的研究结果不尽相同,可能是不同测量方法下个体接触亚硝胺的途径不同,职业暴露测量主要是通过皮肤、呼吸等接触的剂量,而食物频率量表主要计算通过消化道摄入的剂量。

　　目前的研究还不能充分证明NDMA在人群中的致癌作用,但是本研究结果反映出NDMA有增加消化道癌症发生风险的倾向。NDMA除来源于直接外界来源摄入,内源性NDMA也是重要的来源[16]。Lijinsky[17]1974年提出内源性NDMA可能致癌的结论,很多研究指向内源性NDMA对消化道的致癌作用[18,19]。内源性NDMA的内暴露量取决于前体物(硝酸盐)摄入量,特别是非挥发性亚硝胺对胃癌发生更为重要,目前有证据表明胃癌、食管癌高发地区人群中摄入的前体物硝酸盐明显高于低发区人群[20]。有研究推测内源性NDMA诱发消化道癌症的作用可能强于外源性NDMA[21]。通过食物摄入的外源性NDMA主要受到生活环境、饮食饮水质量等外界因素影响,与此不同的是,内源性NDMA主要与生活方式有关,由生物胺和亚硝化剂(主要是$NO_2^-$)在体内经过亚硝化过程形成,而广泛存在于蔬菜、水、肉类等食物中的$NO_3^-$等氮氧化物在一定条件下也可能转化为亚硝化剂;除外界摄入外,口腔卫生、感染、炎症等因素都可能成为氮氧化物转化的条件[22,23]。因此,通过转变生活方式降低体内内源性NDMA生成对消化道恶性肿瘤一级预防具有积极意义。另外,本研究也提示在病因学与干预研究中要注意NDMA对不同胃癌和食管癌亚型的影响。

　　本研究的局限性是仅纳入发表文献,各项研究在设计、人群选择、暴露测量、结局测量之间存在差异,然而由于研究数量不足,本研究未根据性别、年

龄、摄入剂量、内源性或外源性等指标进行亚组分析,特别是对食管癌和胃癌亚型的亚组分析不充分,不能完全解释异质性来源和揭示异质性对结论的影响。本研究是对目前人群研究证据的更新,仍需进一步积累相关研究证据验证结论。

**利益冲突**　无

## 参 考 文 献

[1] Jakszyn P, Gonzalez CA. Nitrosamine and related food intake and gastric and oesophageal cancer risk: a systematic review of the epidemiological evidence[J]. World J Gastroenterol, 2006, 12(27): 4296 4303. DOI: 10.3748/wjg.v12.i27.4296.

[2] Jakszyn PG, Allen NE, Lujan-Barroso L, et al. Nitrosamines and heme iron and risk of prostate cancer in the European prospective investigation into cancer and nutrition [J]. Cancer Epidemiol Biomarkers Prev, 2012, 21(3): 547 551. DOI: 10.1158/1055 9965.EPI 11 1181.

[3] Järvholm B, Lavenius B. A cohort study on cancer among workers exposed to an antirust oil[J]. Scand J Work Environ Health, 1981, 7(3): 179 184. DOI: 10.5271/sjweh.3108.

[4] International Agency for Research on Cancer. Overall evaluation of carcinogenicity to humans[M]. IARC Monographs. Vol. 1 82. Lyon, France: IARC, 2004.

[5] Hansson LE, Nykén O, Beagström R, et al. Nutrients and gastric cancer risk. A population-based case-control study in sweden[J]. Int J Cancer, 1994, 57(5): 638 644. DOI: 10.1002/ijc.2910 570505.

[6] Pobel D, Riboli E, Cornée J, et al. Nitrosamine, nitrate and nitrite in relation to gastric cancer: a case-control study in Marseille, France[J]. Eur J Epidemiol, 1995, 11(1): 67 73. DOI: 10.1007/BF01719947.

[7] Jakszyn P, Bingham S, Pera G, et al. Endogenous versus exogenous exposure to N-nitroso compounds and gastric cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST) study[J]. Carcinogenesis, 2006, 27(7): 1497 1501. DOI: 10.1093/carcin/bgl019.

[8] Vandenbroucke JP, von Elm E, Altman DG, et al. Strengthening the Reporting of Observational Studies in Epidemiology (STROBE): explanation and elaboration [J]. Epidemiology, 2007, 18(6): 805 835. DOI: 10.1097/EDE.0b013e3181577511.

[9] 李克,俞顺章. 橡胶职业暴露与肠癌和胰腺癌关系的病例 队列研究[J]. 中国公共卫生,1998,14(6):330 332.
Li K, Yu SZ. Case-cohort study of the occupational exposure to rubber association with intestinal and Pancreative cancer [J]. Chin Public Health, 1998, 14(6): 330 332.

[10] Knekt P, Järvinen R, Dich J, et al. Risk of colorectal and other gastro-intestinal cancers after exposure to nitrate, nitrite and N-nitroso compounds: a follow-up study[J]. Int J Cancer, 1999, 80(6): 852 856. DOI: 10.1002/(SICI)1097 0215(19990315)80:6<852::AID IJC9>3.0.CO;2 S.

[11] Loh YH, Jakszyn P, Luben RN, et al. N-nitroso compounds and cancer incidence: the European prospective investigation into cancer and nutrition (EPIC)-Norfolk study[J]. Am J Clin Nutr, 2011, 93(5): 1053 1061. DOI: 10.3945/ajcn.111.012377.

[12] Straif K, Weiland S, Bungers M, et al. Exposure to high concentrations of nitrosamines and cancer mortality among a cohort of rubber workers[J]. Occup Environ Med, 2000, 57(3): 180 187. DOI: 10.1136/oem.57.3.180.

[13] Larsson SC, Bergkvist L, Wolk A. Processed meat consumption, dietary nitrosamines and stomach cancer risk in a cohort of Swedish women[J]. Int J Cancer, 2006, 119(4): 915 919. DOI: 10.1002/ijc.21925.

[14] Keszei AP, Goldbohm RA, Schouten LJ, et al. Dietary N-nitroso compounds, endogenous nitrosation, and the risk of esophageal and gastric cancer subtypes in the Netherlands Cohort Study[J]. Am J Clin Nutr, 2013, 97(1): 135 146. DOI: 10.3945/ajcn.112.043885.

[15] Song P, Wu L, Guan WX. Dietary nitrates, nitrites, and nitrosamines intake and the risk of gastric cancer: a meta-analysis [J]. Nutrients, 2015, 7(12): 9872 9895. DOI: 10.3390/nu7125 505.

[16] Jakszyn P, González CA, Luján-Barroso L, et al. Red meat, dietary nitrosamines, and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC)[J]. Cancer Epidemiol Biomarkers Prev, 2011, 20(3): 555 559. DOI: 10.1158/1055 9965.EPI 10 0971.

[17] Lijinsky W. Reaction of drugs with nitrous acid as a source of carcinogenic nitrosamines[J]. Cancer Res, 1974, 34(1): 255 258.

[18] Huang YG, Ji JD, Hou QN. A study on carcinogenesis of endogenous nitrite and nitrosamine, and prevention of cancer[J]. Mutat Res, 1996, 358(1): 7 14. DOI: 10.1016/0027 5107(96) 00087 5.

[19] Xie TP, Zhao YF, Chen LQ, et al. Long-term exposure to Sodium nitrite and risk of esophageal carcinoma: a cohort study for 30 years[J]. Dis Esophagus, 2011, 24(1): 30 32. DOI: 10.1111/j.1442 2050.2010.01080.x.

[20] 赵平,王陇德,黎钧耀. 预防肿瘤学[M]. 北京:人民卫生出版社,2015:785 846.
Zhao P, Wang LD, Li JY. Preventive oncology[M]. Beijing: People's Medical Publishing House, 2015: 785 846.

[21] 郑希,胡杨,袁勇,等. 内源性亚硝胺在食管癌一级预防中的作用及意义[J]. 华西医学,2013,28(12):1945 1948. DOI:10.7507/1002 0179.20130615.
Zheng X, Hu Y, Yuan Y, et al. The effect of endogenous N-nitroso compound in esophageal cancer primary prevention [J]. West Chin Med J, 2013, 28(12): 1945 1948. DOI: 10.7507/1002 0179.20130615.

[22] Mirvish SS. Role of N-nitroso compounds (NOC) and N-nitrosation in etiology of gastric, esophageal, nasopharyngeal and bladder cancer and contribution to cancer of known exposures to NOC[J]. Cancer Lett, 1995, 93(1): 17 48. DOI: 10.1016/0304 3835(95)03786 V.

[23] Cross AJ, Pollock JR, Bingham SA. Haem, not protein or inorganic iron, is responsible for endogenous intestinal N-nitrosation arising from red meat[J]. Cancer Res, 2003, 63(10): 2358 2360.

（收稿日期:2016 01 07）
（本文编辑:王岚）