| | Duane Morris® | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | SETH A. GOLDBERG | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 215 979 1175 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 215 689 2198 | LAS VEGAS |
| LOS ANGELES | E-MAIL: SAGoldberg@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

December 1, 2021

**VIA ECF AND EMAIL**

| | |
|---|---|
| The Honorable Robert B. Kugler | Special Master the Honorable |
| United States District Court Judge | Thomas Vanaskie |
| District of New Jersey | Stevens & Lee |
| Mitchell H. Cohen Building & U.S. Courthouse | 1500 Market Street, East Tower |
| | 18th Floor |
| 4th & Cooper Streets, Room 1050 | Philadelphia, PA  19103 |
| Camden, NJ 08101 | |

Re:   *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, Case No. 1:19-md-02875-RBK:  Defendants' Memoranda of Law in Opposition to Plaintiffs' Motions to Preclude the General Causation Opinions of Seven of Defendants' Disclosed Experts

Dear Judge Kugler and Special Master Vanaskie:

Pursuant to CMO 23 and Federal Rule of Civil Procedure 702, please find enclosed courtesy copies of the following memoranda of law in opposition to Plaintiffs' motions to preclude the general causation opinions of seven of Defendants' disclosed experts and supporting materials, which are being filed today by the Defense Executive Committee on behalf of all Defendants in the above-captioned action:

DuaneMorris

December 1, 2021
Page 2

    I.    <u>Michael B. Bottorff, Pharm.D.</u>
        A. Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Preclude Opinions of Defense Expert Michael B. Bottorff, Pharm.D.
        B. Certification of Seth A. Goldberg, Esq., attaching Exhibits A through X

    II.    <u>Janice Britt, Ph.D.</u>
        A. Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Preclude the Opinions of Defense Expert Janice Britt, Ph.D.
        B. Certification of Seth A. Goldberg, Esq., attaching Exhibit A

    II.    <u>Daniel Catenacci, M.D.</u>
        A. Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Preclude Opinions of Defense Expert Daniel Catenacci, M.D.
        B. Certification of Seth A. Goldberg, Esq., attaching Exhibits A through L

    III.    <u>John M. Flack, M.D.</u>
        A. Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Preclude Opinions of Defense Expert John M. Flack, M.D.
        B. Certification of Seth A. Goldberg, Esq., attaching Exhibits A and B

    IV.    <u>John P. Fryzek, MPH, Ph.D.</u>
        A. Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Preclude Opinions of Defense Expert Jon P. Fryzek, MPH, Ph.D.
        B. Certification of Seth A. Goldberg, Esq., attaching Exhibits A through E

DuaneMorris

December 1, 2021
Page 3

    V.    <u>George Johnson, Ph.D.</u>
        a. Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Preclude Opinions of Defense Expert George Johnson, Ph.D.
        b. Certification of Seth A. Goldberg, Esq., attaching Exhibits A through Q

    VI.    <u>Lee-Jen Wei, Ph.D.</u>
        a. Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Preclude Opinions of Defense Expert Lee-Jen Wei, Ph.D.
        b. Certification of Seth A. Goldberg, Esq., attaching Exhibits A through D

Please let us know if we can provide any other materials.

Respectfully submitted,

*/s/ Seth A. Goldberg*

Seth A. Goldberg

cc: Defendants' Executive Committee (via email)
    Plaintiffs' Executive Committee (via email)