# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

<table>
<tr><td>

IN RE: VALSARTAN, LOSARTAN, AND
IRBESARTAN PRODUCTS LIABILITY
LITIGATION

</td><td>

No. 1:19-md-2875-RBK
Hon. Robert Kugler

</td></tr>
</table>

## PLAINTIFFS' REPLY IN SUPPORT OF OBJECTION TO
## SPECIAL MASTER REPORT AND ORDER NO. 46

Plaintiffs, by and through the Plaintiffs' Executive Committee, respectfully file this brief

reply in support of their Objection to the Special Master Report (ECF 1614) and Order No. 46

(ECF 1615) on Plaintiffs' Motion for Leave to File Amended Master Complaints (ECF 1148).

While the Wholesaler and Pharmacy Defendants have each filed an opposition to

Plaintiffs' Objection, their oppositions merely restate the positions they took in their underlying

motions to dismiss and oppositions to Plaintiffs' motion for leave. Plaintiffs have already fully

addressed those issues in their initial memorandum in support of their Objection. To conserve the

Court's time and resources, rather than simply paraphrase and restate those arguments here,

Plaintiffs respectfully submit that the arguments made in their Objection are correct, and for

reasons stated therein, request that the Court modify the Special Master's Report (ECF 1614) and

Order No. 46 (ECF 1615) to allow leave to amend the Master Complaints to assert negligence

claims against Wholesaler and Retail Pharmacy Defendants, and the implied warranty claims

under the laws of the additional states and territories against Retail Pharmacy Defendants.

Dated: December 2, 2021                          Respectfully submitted,

                                                 */s/ Behram V. Parekh*
                                                 Behram V. Parekh
                                                 DALIMONTE RUEB STOLLER LLP
                                                 515 S. Figueroa Street, Suite 1550
                                                 Los Angeles, California 90071
                                                 Phone: (833) 443-7529
                                                 behram.parekh@drlawllp.com

                                                 *MDL Plaintiffs' Executive Committee*

*/s/ Ruben Honik*                                */s/ Daniel Nigh*
Ruben Honik                                      Daniel Nigh
HONIK LLC                                        LEVIN, PAPANTONIO, THOMAS,
1515 Market Street, Suite 1100                   MITCHELL RAFFERTY & PROCTOR,
Philadelphia, PA 19102                           P.A.
Phone: (267) 435-1300                            316 South Baylen Street
ruben@honiklaw.com                               Pensacola, FL 32502
                                                 Phone: (850) 435-7013
                                                 dnigh@levinlaw.com

*/s/ Adam Slater*                                */s/ Conlee S. Whiteley*
Adam Slater                                      Conlee S. Whiteley
MAZIE, SLATER, KATZ & FREEMAN,                   KANNER & WHITELEY, LLC
LLC                                              701 Camp Street
103 Eisenhower Pkwy, 2nd Flr.                    New Orleans, LA 70130
Roseland, NJ 07068                               Phone: (504)-524-5777
Phone: (973) 228-9898                            c.whiteley@kanner-law.com
aslater@mazieslater.com

*MDL Plaintiffs' Co-Lead Counsel*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of December, 2021, I caused a true and correct copy of the foregoing to be filed and served upon all counsel of record by operation of the Court's CM/ECF system.

*/s/ Behram V. Parekh*
Behram V. Parekh