# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master<br><br>**SPECIAL MASTER ORDER No. 55** |

**THIS MATTER** having come before the Court upon the joint request of the parties, it is hereby **ORDERED** that the January 3, 2022 deadline for the parties to file replies to responses to Daubert motions regarding general causation experts, as set forth in Case Management Order No. 23, is extended to January 6, 2022.

                                                                        s/ Thomas I. Vanaskie<br>
                                                                        Hon. Thomas I. Vanaskie (Ret.)<br>
                                                                          Special Master