# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION, | MDL NO. 2875<br><br>HON. ROBERT B. KUGLER |// 
| THIS DOCUMENT RELATES TO:<br>*Jennifer Johnson v. Aurobindo Pharma USA, Inc., et. al.* | |

## THIRD AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF, JENNIFER JOHNSON

PLEASE TAKE NOTICE that, in accordance with Rule 30 of the Federal Rules of Civil Procedure and the Fact Witness Deposition Protocol in this case (Case Management Order No. 20, filed November 17, 2020 – Document 632), Defendants Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC will take the deposition upon oral examination of Plaintiff, Jennifer Johnson, on December 16, 2021 at 10:00 a.m., EDT. Please take further notice that: the deposition will be conducted completely remote, using audio-visual conference technology; the court reporter will report the deposition from a location separate from the witness; counsel for the parties will be participating from various, separate locations; the court reporter will administer the oath to the witness remotely; and the witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. The deposition shall be videotaped and recorded stenographically, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The attorney contact for the deposition is:

1

        Ethan R. Feldman
        CIPRIANI & WERNER, P.C.
        450 Sentry Parkway East
        Suite 200
        Blue Bell, PA 19422
        (610) 567-0700
        efeldman@c-wlaw.com

Date: December 8, 2021        Respectfully submitted,

        s/ *Ethan Feldman*
        Ethan R. Feldman
        CIPRIANI & WERNER, P.C.
        450 Sentry Parkway East
        Suite 200
        Blue Bell, PA 19422
        (610) 567-0700
        efeldman@c-wlaw.com

        *Attorney for Defendants*
        *Aurobindo Pharma USA, Inc.,*
        *Aurobindo Pharma Ltd., and*
        *Aurolife Pharma LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December, 2021, I caused a true and correct copy of the foregoing Third Amended Notice of Videotaped Deposition of Jennifer Johnson to be filed with the Court's ECF system and served upon counsel of record. I further certify that a copy of the foregoing was served on Plaintiff's counsel by e-mail, with a copy served on all parties via MDL Centrality, on December 8, 2021.

This 8th day of December, 2021.

/s/ *Ethan R. Feldman*
Ethan R. Feldman