# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

| | |
|---|---|
| **IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation**<br><br>This Document Relates to All Actions | **MDL No. 2875**<br>**Civil No.: 19-02875 (RBK)** |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that undersigned counsel, Justin Stern, has withdrawn his appearance as counsel on behalf of Defendants Zhejiang Huahai Pharmaceutical Co. Ltd., Huahai U.S. Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC, in the above-captioned matter, and requests that that the Clerk of Court remove undersigned counsel from the mailing list for this case.

Dated: December 9, 2021

Respectfully submitted

s/ Justin Stern
Justin Stern
Florida Bar No. 1010139
justin.stern@morganlewis.com
Morgan, Lewis & Bockius LLP
600 Brickell Avenue, Suite 1600
Miami, FL 33131
Telephone: 305.415.3397
Facsimile: 305.415.3001

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2021, I electronically filed the foregoing Notice of Withdrawal of Appearance with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

s/ Justin Stern
Justin Stern