**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION**

| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation | MDL No. 2875 Civil No.: 19-02875 (RBK) |
|---|---|

**NOTICE OF CANCELLATION OF VIDEOTAPED DEPOSITION
OF PLAINTIFF GEORGIA FATIGATO**

**YOU ARE HEREBY NOTIFIED** that the deposition of Georgia Fatigato scheduled for **10:00 A.M. EST** on **Monday, December 13, 2021** is cancelled.

Date: December 10, 2021

Respectfully submitted,

s/ Alyson Walker Lotman
Alyson Walker Lotman
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1177
ALotman@duanemorris.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of December 2021, a true and correct copy of the foregoing Notice Cancellation of Videotaped Deposition of Plaintiff Georgia Fatigato was served upon the following by e-mail, with copies to all defense counsel of record via CM/ECF:

Stacy A. Burrows
Barton and Burrows, LLC
5201 Johnson Drive, Suite 110
Mission, KS 66205
(913) 563-6253
stacy@bartonburrows.com
*Attorneys for Plaintiff*

Clonlee Whiteley
David Stanoch
Kanner & Whiteley, LLC
701 Camp Street
New Orleans, LA 70130
(504) 524-5777
c.whiteley@kanner-law.com
d.stanoch@kanner-law.com
*Liaison Counsel for Plaintiffs*

Veritext Legal Solutions (via email)

s/ Alyson Walker Lotman
Alyson Walker Lotman