## Bazan, Rebecca

| | |
|---|---|
| **From:** | Bazan, Rebecca <REBazan@duanemorris.com> |
| **Sent:** | Friday, December 10, 2021 1:25 PM |
| **To:** | Valsartan PEC |
| **Cc:** | DECValsartan@btlaw.com |
| **Subject:** | [EXTERNAL]Valsartan - Withdrawal of Class Representatives |

Counsel,

It is Defendants' understanding that Plaintiffs have withdrawn the below class representatives identified in the master complaints.  Please confirm that Plaintiffs will file a Rule 41 Notice of Voluntary Dismissal as to these individuals and let us know when such notices will be filed.  If Plaintiffs do not agree, please let us know so we can add this to the agenda for the next conference with Judge Vanaskie.

1. Judy Tasker
2. Roland Butler
3. Anthony Martinez
4. Kenneth Berkson
5. Evelyn Rice

Thank you,

Rebecca



www.duanemorris.com

**Rebecca Bazan**
Partner

Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166

P: +1 202 776 5253
F: +1 202 330 5547

E-MAIL

 *Check out our Duane Morris Law Blogs*

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.


CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.