**Bazan, Rebecca**

| | |
|---|---|
| **From:** | David Stanoch <david@honiklaw.com> |
| **Sent:** | Thursday, December 9, 2021 10:14 PM |
| **To:** | Ruben Honik |
| **Cc:** | Bonner, Kelly; Layne Hilton; Bazan, Rebecca; Dorner, Drew T. |
| **Subject:** | Re: Evelyn Rice |

Kelly,

Following her event the other week, Ms. Rice had opted not to go forward in this matter as a proposed class representative. Therefore, we will be withdrawing her as a proposed class representative and her deposition will no longer be required.

Regards, Dave

> On Dec 6, 2021, at 4:26 PM, Ruben Honik <ruben@honiklaw.com> wrote:
>
> 12/21 is confirmed.
>
> Ruben Honik, Esq.
> Honik LLC
> 1515 Market Street
> Suite 1100
> Philadelphia, Pa. 19102
> O: 267-435-1300
> M: 215-327-9166
> ruben@honiklaw.com
> www.honiklaw.com
>
>> On Dec 6, 2021, at 3:42 PM, Bonner, Kelly <KABonner@duanemorris.com> wrote:
>>
>> Dear Counsel,
>>
>> Good afternoon. I will be taking over the deposition of Evelyn Rice from my colleague, Drew Dorner, whose wedding is that week.
>>
>> Please let me know if Mrs. Rice is still available on 12/21.
>>
>> Thank you,
>>
>> Kelly
>>
>> Begin forwarded message:

1

**From:** Ruben Honik <ruben@honiklaw.com>
**Date:** December 3, 2021 at 4:03:13 PM EST
**To:** "Dorner, Drew T." <DTDorner@duanemorris.com>
**Cc:** David Stanoch <david@honiklaw.com>, Layne Hilton <l.hilton@kanner-law.com>
**Subject: Evelyn Rice**

Drew,
We can offer Mrs. Rice on 12/13, 20 or 21.
Kindly let me know if any of those dates work.

Ruben Honik, Esq.
Honik LLC
1515 Market Street
Suite 1100
Philadelphia, Pa. 19102
O: 267-435-1300
M: 215-327-9166
ruben@honiklaw.com
www.honiklaw.com

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.