| From: | Conlee Whiteley |
|---|---|
| To: | Lockard, Victoria D. (Shld-Atl-LT) |
| Cc: | rgeman@lchb.com; mpatronella@classlawdc.com; nmigliaccio@classlawdc.com; kmadiraju@lchb.com; valpec@kirtlandpackard.com; David J. Stanoch; DECValsartan@btlaw.com; Layne Hilton |
| Subject: | [EXTERNAL]RE: Deposition date for Dr. Kaplan - Med Mon |
| Date: | Monday, December 13, 2021 10:21:48 AM |

Good Morning Victoria,

We have not held following days for the experts as no more than 7 hours will be needed for any of the experts and much less for those who have offered limited opinions.  I can also update that the Panagos deposition will be in Miami.  We are working to confirm all remaining dates and locations.

Thanks, Conlee


Conlee S. Whiteley
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA  70130
(504) 524-5777 voice
(504) 524-5763  fax
www.kanner-law.com


_____

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED
 RECIPIENT(S) AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED
 INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT,
 PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY
 ALL COPIES OF THE ORIGINAL MESSAGE.

_____

**From:** lockardv@gtlaw.com <lockardv@gtlaw.com>
**Sent:** Friday, December 10, 2021 11:35 AM
**To:** Layne Hilton <l.hilton@kanner-law.com>; DECValsartan@btlaw.com
**Cc:** rgeman@lchb.com; mpatronella@classlawdc.com; nmigliaccio@classlawdc.com; kmadiraju@lchb.com; valpec@kirtlandpackard.com; David J. Stanoch <d.stanoch@kanner-law.com>
**Subject:** RE: Deposition date for Dr. Kaplan - Med Mon

We can set January 19th for Kaplan. Do you have dates for Conti?

Also can you confirm all the experts are holding the following day in case we need it?

Can you also confirm location for all?

**Victoria Davis Lockard**
Shareholder
Greenberg Traurig, LLP | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
Tel 678.553.2103 | Fax 678-553-2104
lockardv@gtlaw.com | www.gtlaw.com



---

**From:** Layne Hilton <l.hilton@kanner-law.com>
**Sent:** Monday, December 6, 2021 3:01 PM
**To:** 'DECValsartan@btlaw.com' <DECValsartan@btlaw.com>
**Cc:** rgeman@lchb.com; Mark Patronella <mpatronella@classlawdc.com>; nmigliaccio@classlawdc.com; kmadiraju@lchb.com; valpec@kirtlandpackard.com; David J. Stanoch <d.stanoch@kanner-law.com>
**Subject:** [EXTERNAL]Deposition date for Dr. Kaplan - Med Mon

**\*EXTERNAL TO GT\***

Counsel:

We can provide either January 19th or February 2nd for Dr. Kaplan's deposition.  Please let me know whether either of these dates works for Defendants.

Thanks,

Layne

Layne Hilton
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA  70130
(504) 524-5777 voice
(504) 524-5763  fax
www.kanner-law.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

```
CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.
```

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

```
CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.
```