# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| **IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation**<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Civil No. 19-02875 (RBK/JS) |

## SPECIAL MASTER ORDER NO. 57

**NOW, this 17th Day of December, 2021, IT IS HEREBY**

**ORDERED** that the parties shall present oral argument on Humana, Inc.'s motion to stay proceedings in Civil No. 20-10170 (ECF No. 1321 in this MDL) at the beginning of the Case Management Conference scheduled for January 5, 2022 at 10:00 a.m. Among the issues the parties shall address during the oral argument is whether the action commenced on behalf of Humana, Inc. at Civil No. 20-10170 can be dismissed in light of the fact that its subsidiary, Humana Pharmacy, Inc., does not appear to be a defendant in this MDL and it is evident that Humana, Inc. is part of the plaintiff class in the proposed amended economic loss master complaint submitted in this MDL.

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master
