# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875 (RBK/JS) |

## SPECIAL MASTER ORDER NO. 59

**NOW, this 21st Day of December, 2021, IT IS HEREBY ORDERED** that the joint request of Plaintiffs and the ZHP Parties to extend by twenty-one (21) days each of the deadlines set forth in Special Master Order No. 56 (ECF No. 1811) is **GRANTED**.

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master