UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler |

**PLAINTIFF EVELYN RICE'S NOTICE OF**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Evelyn Rice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal of all of her claims asserted against all defendants in this action, without prejudice, in the above-referenced matter.

Specifically, Rule 41(a)(1)(A)(i) sets out that a plaintiff may voluntarily dismiss her claims without prejudice and without a court order by notice at any time prior to the defendants filing an answer or moving for summary judgment. Thus, Plaintiff's request is permitted as of the filing of this Notice. In light thereof, Plaintiff asserts that voluntary dismissal by notice alone is appropriate under Rule 41(a)(1)(A)(i).

Dated: December 22, 2021                    Respectfully submitted,

| | |
|---|---|
| */s/ Ruben Honik* | */s/ Daniel Nigh* |
| Ruben Honik | Daniel Nigh |
| Honik LLC | LEVIN, PAPANTONIO, THOMAS, |
| 1515 Market Street, Suite 1100 | MITCHELL RAFFERTY & PROCTOR, P.A |
| Philadelphia, PA 19102 | 316 South Baylen Street |
| Phone: (267) 435-1300 | Pensacola, FL 32502 |
| ruben@honiklaw.com | Phone: (850) 435-7013 |
| | dnigh@levinlaw.com |

1

| | |
|---|---|
| */s/ Adam Slater* | */s/ Conlee S. Whiteley* |
| Adam Slater | Conlee S. Whiteley |
| MAZIE, SLATER, KATZ & FREEMAN, LLC | KANNER & WHITELEY, LLC |
| 103 Eisenhower Pkwy, 2nd Flr. | 701 Camp Street |
| Roseland, NJ 07068 | New Orleans, LA 70130 |
| Phone: (973) 228-9898 | Phone: (504)-524-5777 |
| aslater@mazieslater.com | c.whiteley@kanner-law.com |

***MDL Plaintiffs' Co-Lead Counsel***

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2021, I caused a true and correct copy of the foregoing to be filed and served upon all counsel of record by operation of the Court's CM/ECF system.

/s/ David J. Stanoch
David J. Stanoch