# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | No. 19-md-2875-RBK<br><br>Honorable Robert Kugler<br>Special Master Thomas Vanaskie<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR RULE 37 SANCTIONS AGAINST ZHP** |

To:  Seth A. Goldberg
     Duane Morris LLP
     30 South 17th Street
     Philadelphia, Pennsylvania 19103-4196

PLEASE TAKE NOTICE that on a date as soon as February 7, 2022, or as soon thereafter as counsel may be heard, Plaintiffs, by and through their undersigned counsel, shall move before the Honorable Robert B. Kugler and the Honorable Special Master Thomas I. Vanaskie for an order sanctioning ZHP under Rule 37.

Dated: December 30, 2021                                    Respectfully Submitted,

*/s/ Ruben Honik*                                           */s/ Daniel Nigh*
Ruben Honik                                                 Daniel Nigh
GOLOMB & HONIK, P.C.                                        LEVIN, PAPANTONIO, THOMAS, MITCHELL
1835 Market Street, Ste. 2900                                 RAFFERTY & PROCTOR, P.A.
Philadelphia, PA 19103                                      316 South Baylen Street
Phone (215) 985-9177                                        Pensacola, FL 32502
rhonik@golombhonik.com                                      Phone: (850) 435-7013
                                                            dnigh@levinlaw.com

*/s/ Adam Slater*                                           */s/ Conlee S. Whiteley*
Adam Slater                                                 Conlee S. Whiteley
MAZIE, SLATER, KATZ & FREEMAN, LLC                          KANNER & WHITELEY, LLC
103 Eisenhower Pkwy, 2nd Flr.                               701 Camp Street
Roseland, NJ 07068                                          New Orleans, LA 70130
Phone (973) 228-9898                                        Phone: (504)-524-5777
aslater@mazieslater.com                                     c.whiteley@kanner-law.com

*Counsel for Plaintiffs*