# Exhibit 2

# ZJHH (2016)

**Baohua Chen (CEO, board of director)**

## R&D

- **Shanghai Kesheng Drug Development Co., Ltd.** (69 people)
  - API development CEO-BaohuaChen
  - Hong Gu*1 (General manager)
- **Shanghai Huahuituo Pharmaceutical Technology Co., Ltd** (25 people)
  - Small molecule new drug development CEO-BaohuaChen
  - Jiang Ge*2 General manager
- **Prinbury Biopharm Co., Ltd** (75 people)
  - Jun Du CEO
- 研究院 **R&D Department** (260 people)
  - 仿制药研发
  - Min Li*3 (Vice President)
  - Jiangbin Hu*4 (Vice President)
- **Prinston Pharmaceutical Inc** (37 people)
  - Jun Du CEO

## Registration

- **Registration Department** (35 people)
  - API and finished Dosage registration and submission
  - Linhong Lin*5 Associate Director
  - Jiangbin Hu*6 (Vice President)

## Manufacture

- **Xunqiao Manufacture Facility** (860 people)
  - API manufacture
  - Shiwen Zhang Director of operation
  - Lijing Jiang (VP and director of operation, west facility)
- **Chuannan Manufacture Facility** (1959 people)
  - API Manufacture
  - Peng Wang Director of operation, west facility)
- **Finished Dosage Manufacture facility** (669 people)
  - Finish Dosage Manufacture
  - Qimao Cheng*7 VP, Director of Operation)

## Sale

- **Huahai US Inc.** (16 people)
  - Jun Du CEO
- **Solco Healthcare LLC** (10)
  - Jun Du CEO
- **Sales Department** (65人) API and finished dosage
  - Jie Wang, VP of sales, API sales for India and US Market
  - Mingda Cai, VP of sales, API and finished dosage for European)
- **International Department** (8人) finished dosage sales for U.S.
  - Jenney Zhu, Director
- **Finance Department** (36 people)
  - Mei Zhang, CFO
- **Investment department** (2 people)
  - Yonghua Zhu (VP, Secretary of the Board)
- **Quality Control Department** (10 people)
  - Xiaochun Ye (VP, Director of quality control)
- **Environment Protect Department** (19 people)
  - LIjing Jiang (Vice President)

图标:
- ☐ Subsidiary
- ┆ ┆ Division
- ┄ ┄ Department

备注：相关主要研发人员的职责描述
*1：负责API研发
*2：负责小分子新药研发
*3：负责原料药质量控制、高等分析技术中心
*4：负责仿制药制剂研发、产品中试、质量标准制定
*5：负责API注册
*6：负责制剂注册

CONFIDENTIAL INFORMATION                                                                                                             ZHP00076708

备注：**R&D related description of role and responsibilities**
*1：负责API研发 – Responsible for API development
*2：负责小分子新药研发 – Responsible for small molecule new drug development – Not related to US product
*3：负责原料药质量控制、高等分析技术中心-Responsible for quality control of API, high analytical technology
*4：负责仿制药制剂研发、产品中试、质量标准制定 – Responsible for the generic pharmaceutical preparations, product testing, setting quality standard –Not related to US Product
*5：负责API注册 –Responsible for API registration
*6：负责制剂注册 – Responsible for finished dosage-not related to US product
*7: Includes two R&D departments (Tech and quality control development) to work with US R&D to perform scale up and tech transfer analytical research and development

Note: All the VP or directors are reported to Baohua Cheng Directly

CONFIDENTIAL INFORMATION                                                                                                          ZHP00076709