Exhibit 39

```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
                            - - -

   IN RE:  VALSARTAN,         :  MDL NO. 2875
   LOSARTAN, AND              :
   IRBESARTAN PRODUCTS        :  CIVIL NO.
   LIABILITY LITIGATION       :  19-2875
   _____:  (RBK/JS)
                              :
   THIS DOCUMENT APPLIES      :  HON. ROBERT
   TO ALL CASES               :  B. KUGLER
         - CONFIDENTIAL INFORMATION -
           SUBJECT TO PROTECTIVE ORDER

                           VOLUME I

                             - - -

                         May 27, 2021

                             - - -


           Videotaped remote deposition of
   JUN DU, taken pursuant to notice, was
   held via Zoom Videoconference, beginning
   at 9:16 a.m., EST, on the above date,
   before Michelle L. Gray, a Registered
   Professional Reporter, Certified
   Shorthand Reporter, Certified Realtime
   Reporter, and Notary Public.

                             - - -

              GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
                     deps@golkow.com
```

1   Q.   Do you have an office in
2   China, at any of ZHP's offices in China?
3   A.   No, I don't.
4   Q.   Do you have a laptop
5   computer?
6   A.   That is correct, I do.
7   Q.   Do you use the laptop for
8   work?
9   A.   That is correct.  I do use
10  my personal laptop computer for work.
11  Q.   Was that laptop -- rephrase.
12       What brand of laptop is it?
13  A.   It is an Apple MacBook.
14  Q.   How long have you had that
15  laptop?
16  A.   I believe I have been using
17  it since 2015 also.  I do not recall the
18  exact year.
19  Q.   Was that laptop provided to
20  the third party that swept the --
21  rephrase.
22       Was that laptop provided to
23  the third party so the documents and
24  information could be provided to us?

1            After such an audit was
2  complete, then my title as such, or my
3  assignment, would be considered complete.
4       Q.    When was that?
5       A.    Those were merely interim
6  assignments.  Whenever Baohua Chen as the
7  general manager was unavailable, someone
8  was needed for the coordination.
9       Q.    When were those interim
10 assignments as you've described them?
11      A.    I did not catch the first
12 word of your question.
13      Q.    When were those interim
14 assignments as you described them?
15      A.    More specifically, those
16 assignments were during the audits
17 conducted by either the FDA or the
18 European Union.  Since there were many
19 audits conducted by the FDA in the past,
20 I cannot tell you the specific dates for
21 each of such assignments.
22      Q.    Was one of those assignments
23 in July and August of 2018?
24      A.    That is correct.

Confidential Information - Subject to Protective Order

1        Zoom --
2            MR. SLATER:  Can we get that
3        up on the screen please.  Great.
4            This is 430.  This may have
5        been marked in other depositions.
6        I don't want to overlap.  I don't
7        want to make a mistake.  We'll
8        call it Exhibit 430.
9            THE WITNESS:  Can you just
10       give me a second to review this
11       document quickly?
12           MR. SLATER:  Again, for my
13       team, let's just keep track of the
14       time and then we'll see how long
15       it goes.  And if there's an issue
16       later, please.
17           THE WITNESS:  I'm done.
18   BY MR. SLATER:
19       Q.   Exhibit 430 is a letter that
20   you wrote to the FDA in your capacity as
21   executive vice president of ZHP, correct?
22       A.   I did not write this letter.
23       Q.   Exhibit 430 is a letter that
24   you signed in your capacity as executive

1  vice president of ZHP, correct?
2        A.   That is correct.  I signed
3  this letter on behalf of ZHP.
4        Q.   Did you read the letter
5  before you signed it?
6        A.   I did not completely review
7  this letter.  This letter was completed
8  by the QA department, QC department,
9  technology department, and analytical
10 department of ZHP.  As the contact person
11 for the FDA, I signed this letter on
12 behalf of our company.
13       Q.   When you say you did not
14 completely review this letter, is it your
15 testimony that before you signed the
16 letter, which you knew was going to the
17 FDA, you didn't read the entire letter?
18       A.   That is correct, I did not.
19            I trust in the professional
20 expertise of our team.  Besides, I did
21 not have the GMP knowledge at that time.
22       Q.   Do you know who specifically
23 wrote this letter, what people?
24       A.   As in my prior statement it

1   was the QA department, QC department,
2   technology department, and the
3   manufacturing department was their
4   related stuff.
5        Q.   Do you know which specific
6   people wrote the letter, not what
7   departments, but which specific people?
8        A.   I believe I know the leader
9   or leaders of their team.
10       Q.   Do you know which specific
11  people wrote this letter?
12       A.   For the QA team, the leader
13  was Jucai Ge, spelled as J-U-C-A-I, last
14  name G-E.  For the QC team, their leader
15  for Min Li, M-I-N, last name L-I, and
16  Qiangming Li, spelled as
17  Q-I-A-N-G-M-I-N-G, last name L-I.  For
18  the regulatory affairs team, the leader
19  was Linda Lin.  And the technology and
20  manufacturing team, the leader was Peng
21  Dong spelled as P-E-N-G, last name
22  D-O-N-G.
23       Q.   Before you signed this
24  letter, did you ask those people if the

1  letter was fully accurate?
2      A.   When I was signing this
3  letter, I asked them whether all the 483
4  related materials were complete and the
5  answer was affirmative.
6      Q.   This letter was sent to the
7  FDA as a response to the FDA 483
8  observations from the July 23rd to
9  August 3, 2018 inspection, correct?
10     A.   That is correct.
11     Q.   That inspection resulted
12 from the disclosure to the FDA that there
13 was NDMA in ZHP's valsartan API, correct?
14          MR. GOLDBERG:  Objection to
15     form.  Speculation.
16          THE INTERPRETER:  The
17     interpreter would like to clarify
18     with the witness.
19          THE WITNESS:  This FDA
20     on-site inspection is a so-called
21     for-cause inspection.
22 BY MR. SLATER:
23     Q.   The cause was the disclosure
24 to the FDA that there was NDMA in ZHP's