# Exhibit 41

Confidential Information - Subject to Protective Order

```
 1            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
 2                    CAMDEN VICINAGE
 3

      ****************************
 4    IN RE:  VALSARTAN, LOSARTAN,    MDL No. 2875
      AND IRBESARTAN PRODUCTS
 5    LIABILITY LITIGATION            Civil No.
                                      19-2875.
 6    **************************      (RBK/JS)
      THIS DOCUMENT APPLIES TO ALL
 7    CASES                           HON ROBERT B.
                                      KUGLER
 8    **************************
 9            - CONFIDENTIAL INFORMATION -
               SUBJECT TO PROTECTIVE ORDER
10
11         VIDEOTAPED DEPOSITION OF JUCAI GE
                     APRIL 30, 2021
12                    VOLUME IV
13
14          Continuation of the Remote Videotaped via
15    Zoom Deposition of JUCAI GE, commencing at 7:23 a.m.
16    China Standard Time, on the 30th of April, 2021,
17    before Juliana F. Zajicek, Registered Professional
18    Reporter, Certified Shorthand Reporter and Certified
19    Realtime Reporter.
20
21                       - - -
22
                GOLKOW LITIGATION SERVICES
23         877.370.3377 ph │ 917.591.5672 fax
                    deps@golkow.com
24
```

1      For the NDMA impurity investigation,
2  Mr. Chen never got involved in the root cause
3  analysis, root cause investigation or creation of the
4  deviation report.  He never got involved.  All he
5  knows is from the reports we provided to him.
6      MR. GOLDBERG:  Thank you.  I have no further
7  questions.
8      MS. HILTON:  I have some follow-up questions.
9              FURTHER EXAMINATION
10 BY MS. HILTON:
11     Q.  Ms. Ge, you just testified that all of the
12 chairman of the company, Baozhen Chen, knows is from
13 the reports we provided to him.
14         How do you begin to purport to know what
15 knowledge Mr. Chen has about NDMA?
16     A.  He organized a meeting or meetings on the
17 topic of NDMA in valsartan.  He did organize such a
18 meeting or meetings.
19     Q.  So --
20     A.  During the meeting we all reported or all
21 of the departments reported to him regarding the
22 progress of the investigation and -- and -- and other
23 information.
24     Q.  During the meetings, what did Mr. Chen say

1  to you?

2     A.   I can't describe to you the gist of his

3  statement to you.  I cannot recall the original

4  wording of his and I cannot recall which meeting he

5  made such statements in.

6     Q.   But for Mr. Goldberg, you were able to

7  definitively state that -- that all that Mr. Chen knew

8  was from the reports that were provided to him.  So if

9  you were able to definitively make that statement with

10 respect to Mr. Goldberg's question about these

11 meetings, I -- I would like you to at least try to

12 remember what it was that Mr. Chen said during those

13 meetings that made you so sure that that was the level

14 of Mr. Chen's knowledge about NDMA?

15    A.   He would always tell us to conduct

16 investigations in compliance of the requirements of

17 the GMP.  He also asked the QC department to work with

18 the QA department for the investigation as much as

19 possible.  He also asked the QC department whether

20 there is enough GC-MS equipment and do -- does the QC

21 have to buy more.  If so, the GC-MS shall be purchased

22 according to QC department's plan.

23         So it's pretty much about it, all

24 regarding the management aspect.

```
 1      Q.    Please give me your best estimate as to
 2   how many meetings you participated in with Mr. Chen
 3   regarding NDMA?
 4      A.    I don't remember exactly how many times.
 5      Q.    Give me your best estimate.
 6      A.    My estimate would not be that accurate.
 7   Is that okay?
 8      Q.    Yes.
 9      A.    Well, I would just provide a rough
10   estimate.
11      Q.    Yes, please pro -- provide it right now.
12      A.    For all kinds of meetings where NDMA was
13   mentioned, I believe it's five meetings also.
14      Q.    Okay.  Who attended these roughly five
15   meetings with Mr. Chen regarding NDMA?
16      A.    I don't recall who specifically those
17   attendees were, but typically I would attend for the
18   meetings I was there and a QP would be there, people
19   from QC would be there.  So it's pretty much people
20   from those department, although the attendees would
21   vary.  They would be there to follow up with the
22   progress and sometimes vice president Min Li --
23   spelled as M-i-n, last name L-i -- would also be
24   there, but I don't recall specific attendees.
```

Confidential Information - Subject to Protective Order

1    Q.    Did you take notes during these
2    approximately five meetings with Mr. Chen?
3    A.    There was nothing to take notes for.  I
4    never take notes.  All he said was, Hey, hurry up or
5    do it according to the GMP requirement.  It's nothing
6    worth taking notes for.
7    Q.    Did anyone ever tell Mr. Chen, No need to
8    hurry up because we actually figured out the answer to
9    this in 2017?
10   A.    Your question is quite strange.  That's
11   because before the notification from Novartis, no one
12   had the knowledge that there was NDMA in valsartan.
13   Q.    Well, aside from Jin -- Jinsheng Lin and
14   yourself and everyone who received that e-mail in
15   2017, but I'll move on.
16         Mr. Goldberg asked you a series of
17   questions about whether Mr. Chen was involved in
18   things like testing and chromatography and development
19   of analytical methods.
20         Is it part of your job description to know
21   what Mr. Chen does from -- on a day-to-day basis?
22   A.    It -- it is not.  However, as for whether
23   Mr. Chen did any testing, the QC department, for
24   people working in the QC department, we have to get