# Exhibit 42





Baohua Chen Chairman of PrinJohnson

