Exhibit 43

Confidential Information - Subject to Protective Order

```
 1              IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF NEW JERSEY

 3

 4     ****************************

       IN RE:  VALSARTAN, LOSARTAN,  MDL No. 2875

 5     AND IRBESARTAN PRODUCTS

       LIABILITY LITIGATION           HON ROBERT B.

 6                                     KUGLER

       ***************************

 7     THIS DOCUMENT APPLIES TO ALL

       CASES

 8

       ***************************

 9

                 - CONFIDENTIAL INFORMATION -

10             SUBJECT TO PROTECTIVE ORDER

11

12             Continued Remote Videotaped via

13     Zoom Deposition of HAI WANG, commencing at

14     9:07 a.m., on the 11th of March, 2021, before

15     Maureen O'Connor Pollard, Registered

16     Diplomate Reporter, Realtime Systems

17     Administrator, Certified Shorthand Reporter.

18

19                       - - -

20

             GOLKOW LITIGATION SERVICES

21        877.370.3377 ph | 917.591.5672 fax

                  deps@golkow.com

22

23

24
```

Confidential Information - Subject to Protective Order

 1    offered the same price as CVS.  Like you have

 2    predicted during your recent visit of Huahai

 3    US, we may have to lower our Valsartan price

 4    to keep our current market share.  We don't

 5    want valsartan to be 2nd Losartan case.  We

 6    have to be proactive."

 7              That's what you wrote that day,

 8    right?

 9         A.    That's correct.

10         Q.    And Mr. Chen is who?  What's

11    his role in ZHP?

12         A.    He's the chairman of ZHP.

13         Q.    He's the highest level

14    executive in the whole company, right?

15         A.    Yes.

16              MR. GOLDBERG:  Objection.

17    BY MR. SLATER:

18         Q.    And this is reciting that

19    Mr. Chen actually visited Huahai US for

20    business, correct?

21         A.    Yeah, Mr. Chen is the chairman,

22    so he visited subsidiary from time to time.

23         Q.    Is that something he does on a

24    routine basis?

Confidential Information - Subject to Protective Order

1          A.      Yes, before the pandemic.

2          Q.      Before the pandemic, how often

3    would Mr. Chen visit the United States

4    businesses?

5          A.      Once a year, twice a year.

6          Q.      When you refer to the fact that

7    he had predicted during his recent visit that

8    you may have to lower the valsartan price to

9    keep your current market share, do you

10   remember the context of that discussion?

11               MR. GOLDBERG:   Objection to

12        form.

13         A.      Because when I see in the US

14   market, Mr. Chen's overseen all the API

15   operations, he has more intell in terms of

16   API competition, because it's eventually

17   going to trickle down to the finished dosage

18   form market.  If they see very competitive

19   API offering, that was the discussion, so we

20   needed to be proactive.

21   BY MR. SLATER:

22         Q.      And his conclusion had been,

23   and -- rephrase.

24               It appears that --