# Exhibit 44

Case 1:19-md-02875-RMB-SAK   Document 1828-22   Filed 12/30/21   Page 2 of 9
PageID: 54847  Chen Baohua

ADVERTISEMENT


**PROFILE**

Healthcare

# #2035 Chen Baohua

**$1.2B**

REAL TIME NET WORTH
as of 12/30/21

▲ $9 M | 0.76%

Reflects change since 5 PM ET of prior trading day

- Chen Baohua is general manager of Shanghai-listed Zhejiang Huahai Pharmaceutical, a pharmaceuticals supplier.
- Chen holds a degree in chemical analysis from the Zhejiang University of Technology.
- After graduation, he worked at a state-run pharmaceuticals factory.
- In 1989, Chen quit and cofounded the predecessor of Huahai in the eastern Chinese city of Linhaiat with less than $3,000; he was only 29 years old.

ADVERTISEMENT

## ON FORBES LISTS

#2035    **Billionaires 2021**

#333     **China Rich List 2020**   Dropped off in 2021

## ALSO ON FORBES

Stars Of 'black-ish' Reflect On Their Journey As The Series Begins Its Final Season

**Personal Stats**

**Age**  59

**Source of Wealth**  pharmaceutical, Self Made

**Residence**  Linhai, China

**Citizenship**  China

**Education**  Bachelor of Science, Zhejiang University of Technology

Net worth over time

$1.5B  Billionaires
       April 2021

Vintage Champagne, And Why We Need To Open It Right This Very Minute

Steven Spielberg And The (Re)Making Of West Side Story

ADVERTISEMENT

**Key Connections**

 Zhou Minghua     Ren Jinsheng ...     China     Zh...

**MORE ON FORBES**

2 minutes ago

### Stars Of 'black-ish' Reflect On Their Journey As The Series Begins Its Final…

By **Anne Easton** Contributor

2 minutes ago

### Vintage Champagne, And Why We Need To Open It Right This Very Minute

By **Cathy Huyghe** Contributor

11 minutes ago

# Steven Spielberg And The (Re)Making Of West Side Story

By **Bill Fischer** Contributor

16 minutes ago

# Could The Bookclubz For Business Service Power Your Office Book Club?

By **Adam Rowe** Contributor

ADVERTISEMENT

## Do not miss

20 minutes ago

26 minutes ago

### FDA Reportedly Plans To Authorize Boosters For 12- To 15-Year-Olds

By **Marisa Dellatto** Forbes Staff

26 minutes ago

### Box Office: 'Spider-Man' Passes 'Dark Knight' As 'Encanto' Tops $200M...

By **Scott Mendelson** Forbes Staff

30 minutes ago

### Three Players Poised For A 2022 Breakout For The Chicago White Sox

By **Jared Wyllys** Contributor

37 minutes ago

### 5 Things To Watch In Soccer In 2022

By **Robert Kidd** Senior Contributor

ADVERTISEMENT

42 minutes ago

# Palm Springs Film Festival Canceled Due To Omicron Surge

By **Rosa Escandon** Contributor

52 minutes ago

# Actress Keke Palmer Pens Five Short Stories In 'Southern Belle Insults' With…

By **Rachel Kramer Bussel** Senior Contributor

More Articles

# Forbes

© 2021 Forbes Media LLC. All Rights Reserved.

Case 1:19-md-02875-RMB-SAK    Document 1828-22    Filed 12/30/21    Page 9 of 9
PageID: 54854

Chen Baohua

AdChoices   Privacy Statement   Do Not Sell My Personal Information   Terms and Conditions   Contact Us   Send Us Feedback

Report a Security Issue   Jobs At Forbes   Reprints & Permissions   Forbes Press Room   Advertise   Investors