# Exhibits 3-5, 13-20, 23-25, 27, 30-35, 37-38, 40, & 48-50

ZHP has designated Exhibits 3 through 5, 13 through 20, 23 through 25, 27, 30 through 35, 37 and 38, 40, and 48 through 50 as confidential. Plaintiffs are in the process of meeting and conferring with ZHP on the propriety of these designations. In accordance with the Court's Confidentiality and Protective order, Plaintiffs will forward the Exhibits to the Court directly via email for its in camera review.