# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | No. 19-md-2875-RBK<br><br>Honorable Robert Kugler<br>Special Master Thomas Vanaskie<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on December 30, 2021, a true and correct copy of Plaintiffs' notice of motion for Rule 37 sanctions against ZHP, the partially redacted supporting brief and certification, and proposed order, were filed and served upon all counsel via operation of the CM/ECF system for the United States District Court for the District of New Jersey. The unredacted supporting brief and certification was served on the Court and Defendants via email pursuant to the Court's Confidentiality and Protective Order.

Dated: December 30, 2021.

Respectfully Submitted,

_____
Adam M. Slater (NJ Bar 046211993)
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway, 2nd Floor
Roseland, New Jersey 07068
Tel.: 973-228-9898
Fax: 973-228-0303
aslater@mazieslater.com
*Attorneys for Plaintiffs*