| | **Duane Morris®** | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | SETH A. GOLDBERG | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 215 979 1175 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 215 689 2198 | LAS VEGAS |
| LOS ANGELES | E-MAIL: SAGoldberg@duanemorris.com | CHERRY HILL |
| BOSTON | | LAKE TAHOE |
| HOUSTON | www.duanemorris.com | MYANMAR |
| DALLAS | | |
| AUSTIN | | ALLIANCES IN MEXICO |
| HANOI | | AND SRI LANKA |
| HO CHI MINH CITY | | |

January 3, 2022

**VIA ECF AND EMAIL**

The Honorable Robert B. Kugler
United States District Court Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Re: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, Case No. 1:19-md-02875-RBK

Dear Judge Kugler:

We write on behalf of ZHP in connection with the Court's Opinion and Order (the "Opinion and Order") denying ZHP's motion to vacate Special Master Order No. 35 (ECF No. 1825) to respectfully request one modest extension, to which Plaintiffs have consented, and another modest extension, to which Plaintiffs take no position.

Due to the Christmas and New Year's holidays, which have impeded the necessary communications between ZHP and its U.S. and Chinese Counsel about the Opinion and Order, ZHP requires additional time to evaluate the implications of the Court's ruling under both Chinese and U.S. law. In this connection, ZHP is attempting to communicate with the Chinese government about the Opinion and Order and the production of the documents at issue this week. Accordingly, ZHP respectfully requests the Court grant a short extension of the deadline for moving for reconsideration of the Opinion and Order from January 4 to January 7, 2022, as ZHP anticipates that the need for such motion, if any, would likely be informed by this meeting with the Chinese authorities. <u>Plaintiffs have consented to this request</u>.

DUANE MORRIS LLP
30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196         PHONE: +1 215 979 1000   FAX: +1 215 979 1020

DuaneMorris

January 3, 2022
Page 2

In addition, given the technical requirements for producing documents under the operative ESI Protocol, and in light of the possible motion for reconsideration as to certain aspects of the Opinion and Order, ZHP respectfully requests the production deadline of January 5 set forth in SMO No. 35 be held in abeyance until January 14, if a motion reconsideration is not filed, or until such time as a motion for reconsideration, if filed, is resolved. <u>Plaintiffs take no position as to this request</u>.

We thank the Court for its courtesies and consideration of this request.

                                            Respectfully submitted,

                                            */s/ Seth A. Goldberg*

                                            Seth A. Goldberg

cc:    Jessica Priselac (*via email*)
        Adam Slater (*via email*)
        Christopher Geddis (*via email*)
        Plaintiffs' Executive Committee (*via email*)