UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: January 5, 2022

**HON. ROBERT B. KUGLER, U.S.D.J.**
**HON. THOMAS I. VANASKIE (RET.)**
**SPECIAL MASTER**

**COURT REPORTER:**   CAMILLE PEDANO

**TITLE OF CASE:**        **DOCKET NO.:** 19-md-2875 (RBK)(KMW)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Conlee Whiteley, Esq. | Steve Harkins, Esq. |
| Marlene Goldenberg, Esq. | Victoria Lockard, Esq. |
| Daniel Nigh, Esq. | |

**NATURE OF PROCEEDINGS**:   TELEPHONE STATUS CONFERENCE

**DISPOSITION:**
Telephone status conference held on the record.
Order to be entered.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced:   10:15a.m.   Time Adjourned: 10:40a.m.   Total Time in Court: 0:25