UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In Re: Valsartan NDMA Products Liability Litigation** | Master Docket No. 1:19-md-2875 <br> Honorable Robert B. Kugler <br> Magistrate Judge Joel Schneider |
| DENNIS REBER, <br>                                     Plaintiff, <br> v. | **SUGGESTION OF DEATH** |
| ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.; HUAHAI U.S., INC.; HARVARD DRUG GROUP, LLC; CARDINAL HEALTH, INC.; MAJOR PHARMACEUTICALS; TEVA PHARMACEUTICALS USA, INC.; A-S MEDICATION SOLUTIONS, LLC; PRINSTON PHARMACEUTICAL, INC. D/B/A SOLCO HEALTHCARE US, LLC.; SOLCO HEALTHCARE US, LLC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; ACTAVIS, LLC; TORRENT PRIVATE LIMITED; TORRENT PHARMACEUTICALS, LTD.; TORRENT PHARMACEUTICALS, INC; BRYANT RANCH PREPACK, INC.; H J HARKINS CO., INC. DBA PHARMA PAC; REMEDYREPACK, INC.; NORTHWIND PHARMACEUTICALS; NUCARE PHARMACEUTICALS, INC.; HETERO LABS, LTD.; HETERO DRUGS, LIMITED; HETERO USA, INC.; CAMBER PHARMACEUTICALS, INC.; PREFERRED PHARMACEUTICALS, INC.; AVKARE, INC.; MYLAN LABORATORIES, LTD.; MYLAN PHARMACEUTICALS, INC.; MYLAN, N.V.; ARROW PHARM MALTA, LTD; ACTAVIS PHARMA, INC.; AUROBINDO PHARMA, LTD; AUROBINDO PHARMA USA, INC.; | MDL No. 2875 |

1

|  |  |
|---|---|
| AUROLIFE PHARMA, LLC; ACETRIS, LLC; RITE-AID CORPORATION; MCKESSON CORPORATION; AMERISOURCEBERGEN CORPORATION; and DOES 1-100<br><br>  Defendants. |  |

Please take Notice that the named Plaintiff in this action, Dennis Reber, died on August 28, 2021. *See* Death Certificate, attached hereto as **Exhibit 1**. The estate is currently pending as Mr. Reber's family continues to seek probate approval. A Motion for Substitution will be filed pursuant to FRCP 25 once the estate has been properly opened.

Respectfully submitted,

GOLDEN LAW OFFICE, PLLC

***/s/Laraclay Parker***
J. Dale Golden
Justin S. Peterson
Laraclay Parker
771 Corporate Drive, Suite 800
Lexington, Kentucky 40503
Telephone:   (859) 469-5000
Facsimile:    (859) 469-5001
dgolden@goldenlawoffice.com
jpeterson@goldenlawoffice.com
lparker@goldenlawoffice.com
COUNSEL FOR PLAINTIFF, DENNIS REBER

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of January, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice to all Defendants of record.

                                                */s/Laraclay Parker*
                                                COUNSEL FOR PLAINTIFF