# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

**DEPARTMENT OF STATE HEALTH SERVICES**
**VITAL STATISTICS**

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Aug 31 2021

**STATE OF TEXAS — CERTIFICATE OF DEATH**

STATE FILE NUMBER: 142-21-167272

1. LEGAL NAME OF DECEASED: DENNIS GENE REBER
2. DATE OF DEATH: AUGUST 28, 2021
3. SEX: MALE
4. DATE OF BIRTH: [redacted]
5. AGE: 63
6. BIRTHPLACE: ROCKFORD, IL
7. SOCIAL SECURITY NUMBER: [redacted]
8. MARITAL STATUS AT TIME OF DEATH: Married
9. SURVIVING SPOUSE'S NAME: SUZANNE WASZAK
10a. RESIDENCE STREET ADDRESS: 3333 LAKE ST
10b. APT. NO.: 19D
10c. CITY OR TOWN: HOUSTON
10d. COUNTY: HARRIS
10e. STATE: TEXAS
10f. ZIP CODE: 77098
10g. INSIDE CITY LIMITS: Yes
11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE: GENE REBER
12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE: CONNIE KING
13. PLACE OF DEATH: Decedent's Home
14. COUNTY OF DEATH: HARRIS
15. CITY/TOWN, ZIP: HOUSTON, 77098
16. FACILITY NAME: 3333 LAKE ST NO. 19D
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: SUZANNE REBER - SPOUSE
18. MAILING ADDRESS OF INFORMANT: 3333 LAKE ST # 19D, HOUSTON, TX 77098
19. METHOD OF DISPOSITION: Cremation
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: FRANK W. SEDDIO SR., BY ELECTRONIC SIGNATURE - 8302
21. Unknown
22. PLACE OF DISPOSITION: SOUTHEAST TEXAS CREMATORY
23. LOCATION: HOUSTON, TX
24. NAME OF FUNERAL FACILITY: ACREMATION
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 12101 GREENVILLE AVENUE SUITE 118A, DALLAS, TX 75243
26. CERTIFIER: Certifying physician
27. SIGNATURE OF CERTIFIER: ELIZABETH STRAUCH, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: AUGUST 30, 2021
29. LICENSE NUMBER: H5807
30. TIME OF DEATH: 08:58 PM
31. PRINTED NAME, ADDRESS OF CERTIFIER: ELIZABETH STRAUCH  1905 HOLCOMBE, HOUSTON, TX 77030
32. TITLE OF CERTIFIER: MD
33. CAUSE OF DEATH:
   a. CARCINOMA OF APPENDIX METASTATIC TO PERITONEUM — Approximate interval: 2015
34. WAS AN AUTOPSY PERFORMED? No
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?
36. MANNER OF DEATH: Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? No
42a. REGISTRAR FILE NO.: 02019675
42b. DATE RECEIVED BY LOCAL REGISTRAR: SEPTEMBER 1, 2021

EDR NUMBER: 000044445114407

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED: Sep 08 2021

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



PLAINTIFF EXHIBIT 1