# EXHIBIT I

CHEMICAL CARCINOGENESIS STUDIES IN NONHUMAN PRIMATES

R. H. Adamson and S. M. Sieber

Laboratory of Chemical Pharmacology, National Cancer Institute, National
Institutes of Health, Bethesda, Maryland 20205

INTRODUCTION

A wide variety of chemicals has been shown to be capable of
inducing malignant tumors in rodents.  However, rodent data are
difficult to extrapolate to man, and the problem of risk assessment
for humans remains largely unsolved.  Extrapolation of rodent
carcinogenesis data to man is particularly difficult because of
known species differences in metabolic pathways (both activation
and detoxification), involving potentially carcinogenic chemicals.
Nonhuman primates are phylogenetically closer to man than rodents,
and many metabolic pathways in monkeys parallel those in
humans (1,2).  For this reason, nonhuman primates may provide a
more suitable model for the study of potential carcinogens,
particularly those requiring metabolic activation and those
detoxified by various enzyme systems.

Chemical carcinogenesis studies in nonhuman primates have been
conducted for the past 20 years in this laboratory.  During this
time a considerable amount of information on the spontaneous tumor
incidence in a closed colony of nonhuman primates, primarily Old
World monkeys, has been amassed.  In addition, the carcinogenicity
of chemicals and other substances has been assessed.  The results
of these ongoing studies are described below.

130                                             R. H. ADAMSON AND S. M. SIEBER

METHODS

Animals

     The present colony, consisting of 545 animals, is comprised of
four species:  Macaca mulatta (rhesus), Macaca fascicularis
(cynomolgus), Cercopithecus aethiops (African green), and Galago
crassicaudatus (bush babies).  Fifty-four of these monkeys are
adult breeders that supply the newborns for experimental studies.
The original goal of this program was to establish whether selected
carcinogens would have any effect in primates of any species, and
as wide a range of species as was practical was deliberately
chosen.  African green (Gr), cynomolgus (Cy), rhesus (Rh), and
occasionally (Cy x Rh)$F_1$ hybrids were generally included in each
protocol, and were assigned randomly as they became available.
Accordingly, different numbers of each species were used from one
study to the next.  The majority of the animals are housed in an
isolated facility that contains only animals committed to this
study, and with the exception of the breeding colony, most animals
are housed in individual cages.  Details of maintenance and
management procedures and the method used to rear neonates have
been described elsewhere (3).  Newborns produced by the breeding
colony are taken within 12 hours of birth to a nursery staffed on a
24-hour basis.  The administration of test compounds is usually
initiated within 24 hours of birth and continues until a tumor is
diagnosed or until a predetermined exposure period has been
completed.

     A variety of clinical, biochemical, and hematological
parameters is monitored weekly or monthly, not only to evaluate the
general health status of each animal, but also for the early
detection of tumors.  Surgical procedures are performed under
phencyclidine hydrochloride, Ketamine, or sodium pentobarbital
anesthesia.  All animals that die or are sacrificed are carefully
necropsied and the tissues subjected to histopathologic
examination.


Compounds Under Evaluation

     A wide variety of substances has been or is being evaluated
(Table 1).  The compounds are administered subcutaneously (sc),
intravenously (iv), intraperitoneally (ip), or orally (po).  For po
administration to newborn monkeys, the compound is added to Similac
formula at feeding time; when the monkeys are six months old,
carcinogens given po are generally incorporated into a vitamin
mixture given to the monkeys as a vitamin sandwich on a half slice
of bread.  The dose level chosen is dependent on the chemical under
evaluation.  The therapeutic agents under test are administered at
doses likely to be encountered in a clinical situation.  Other

CARCINOGENESIS IN NONHUMAN PRIMATES    131

Table 1.  Substances Tested for Carcinogenic Activity in Nonhuman Primates.

| Common Name | Alternate or Chemical Name(s) |
|---|---|
| **Therapeutic Agents** | |
| Procarbazine | N-Isopropyl-α-(2-methylhydrazino)-p-toluamide |
| Adriamycin | Daunorubicin |
| Melphalan | L-p-Bis(2-chloroethyl)aminophenyl-alanine; phenylalanine mustard |
| Azathioprine | 6-[(1-Methyl-4-nitroimidazol-5-yl-thio)purine; Imuran |
| Cyclophosphamide | 2-[Bis(2-chloroethyl)amino]tetrahydro-2H-1,3,2-oxazaphosphorine-2-oxide; Cytoxan |
| **Food Additives and Environmental Contaminants** | |
| Aflatoxin B₁ | -- |
| MAM acetate[a] | Methylazoxymethanol acetate |
| Sterigmatocystin | |
| Cyclamate | Cyclohexane sulfamic acid, sodium salt |
| Saccharin | 2,3-Dihydro-3-oxobenzisosulfonazole; 2-sulfobenzoic acid imide |
| DDT | 1,1,1-Trichloro-2,2-bis(p-chlorophenyl)ethane |
| Arsenic | Sodium arsenate |
| Cigarette smoke condensate | -- |
| **Model Rodent Carcinogens** | |
| Urethane | Ethyl carbamate |
| 3-Methylcholanthrene | -- |
| Dibenzo[a,i]pyrene | |
| Dibenz[a,h]anthracene | |
| 2-Acetylaminofluorene | |
| 2,7-Bis(acetylamino)fluorene | |
| 4-Dimethylaminoazobenzene | Butter yellow |
| 3'-Methyl-4-dimethylaminoazobenzene | -- |
| **N-Nitroso Compounds** | |
| Nitrosomethylurea | 1-Methylnitrosourea |
| 1-Nitroso-1-methyl-3-nitroguanidine | N-Methyl-N'-nitro-N-nitrosoguanidine |
| Nitrosopiperidine | 1-Nitrosopiperidine |
| Nitrosodimethylamine | Dimethylnitrosamine |
| Nitrosodiethylamine | Diethylnitrosamine |
| Nitrosodi-n-propylamine | Dipropylnitrosamine |

[a]Some animals also received cycasin, methyl azoxymethanol-β-D-glucopyranoside, or crude cycad meal containing cycasin.

substances, such as environmental contaminants and food additives, are usually given at levels 10 to 40 times higher than the estimated human exposure level. The remainder of the chemicals tested are administered at maximally tolerated doses that, on the basis of weight gain, blood chemistry, hematology findings, and clinical observations, appear to be devoid of acute toxicity.

RESULTS

Therapeutic Agents

Of the cancer chemotherapeutic agents under test, only procarbazine (4) and adriamycin (5) have thus far provided evidence of being carcinogens in nonhuman primates. Table 2 compares the tumor incidence in a group of 50 monkeys receiving long-term procarbazine treatment with that in a control population of 219. The group of 50 monkeys received procarbazine by ip, sc, and/or po routes, and 41 have been necropsied. Thirteen of the necropsied monkeys were diagnosed with tumor, yielding an overall tumor incidence of 26%. In contrast, 7 out of 219 (3.2%) control monkeys have developed spontaneous tumors over the past 20 years. Controls consisted of 45 Gr, 91 Rh, and 83 Cy monkeys; among these, tumors have developed in 3 Gr, 3 Rh, and 1 Cy. Approximately half of the procarbazine-induced neoplasms were acute leukemia, chiefly myelogenous (see Table 3), that arose in monkeys after latent periods ranging between 16 and 143 months (average 77 months). The monkeys developing leukemia had ingested an average cumulative procarbazine dose of 45.53 g (range 2.69 to 103.68 g). Table 4 lists the six solid tumors induced by procarbazine; half of these tumors were osteosarcomas, two were hemangiosarcomas, and one was a lymphocytic lymphoma. The solid tumors arose in monkeys ingesting an average cumulative procarbazine dose of 56.88 g (range 23.85 to 154.37 g) and were diagnosed after an average latent period of 98 months (range 68 to 148 months).

An evaluation of the carcinogenic potential of adriamycin was initiated approximately 6 years ago in a group of 10 monkeys. The original plan was to administer 30 doses of adriamycin at 1 mg/kg (30 mg/kg); when this total dose was attained, the monkeys were to be observed for the remainder of their lives. However, a monkey died with acute clinical signs of congestive heart failure (ascites, periorbital edema, and rapid and labored respiration) after receiving 26 doses of adriamycin (26 mg/kg). Dosing of all monkeys in this group was terminated approximately one month later, but in the following two months, five more monkeys developed congestive heart failure and died, and two additional monkeys died three and four months later, respectively. Necropsy and histopathologic examination of tissue from all eight animals revealed lesions typical of adriamycin cardiomyopathy. These

Table 2. Summary of Control and Procarbazine-Treated Monkeys[a]

| | | No. Dead | | | |
| Group | No. Alive | Without Tumor | With Tumor | (%) | No. of Monkeys |
| --- | --- | --- | --- | --- | --- |
| Procarbazine | 9 | 28 | 13 | (26) | 50[b] |
| Control[c] | 129 | 83 | 7 | (3.2) | 219 |

[a]From 1961 to 1981.
[b]23 Rh, 16 Cy, and 11 Gr.
[c]Includes non-treated animals, breeders, and vehicle-treated controls.

monkeys had received an average cumulative adriamycin dose of 74.4 mg divided among 23 to 27 monthly doses (see Table 5). Another monkey was sacrificed because of marked weight loss and anorexia of approximately five weeks duration. Although no specific abnormalities were noted at necropsy of this monkey except for enlarged mesenteric lymph nodes, histological examination of sections of bone marrow yielded a diagnosis of acute myeloblastic leukemia. This animal had received a cumulative adriamycin dose of 77.8 mg, and the leukemia was diagnosed two months after the last dose of adriamycin. The tenth monkey in this series is alive and without evidence of illness; it received 25 injections of adriamycin (72 mg), the last administered 42 months ago.

We are currently repeating this study, using 2 groups of 10 monkeys each; the monkeys are receiving monthly intravenous injections of adriamycin at 0.2 and 0.4 mg/kg, and dosing will be terminated when the monkeys have received a cumulative adriamycin dose of 60 mg. To date, the monkeys receiving adriamycin at 0.2 and 0.4 mg/kg have been given cumulative drug doses of 15.6 and 21.8 mg, respectively. None of the monkeys has developed signs of congestive heart failure or other indications of ill health.

The remainder of the chemotherapeutic agents under test (melphalan, azathioprine, and cyclophosphamide) have not as yet provided any indication of carcinogenicity. Twenty monkeys are receiving melphalan po at a dose of 0.1 mg/kg, 5 days/week. The first group of 10 monkeys was put on test 64 months ago, and since that time has ingested an average cumulative melphalan dose of 128 mg/kg. The second group of 10 monkeys was put on test 10 months later, and the average cumulative melphalan dose ingested

134                                              R. H. ADAMSON AND S. M. SIEBER

Table 3.  Acute Leukemias Induced in Monkeys by Procarbazine.

| Monkey No. | Species[a] | Sex | Dose (mg/kg) | Route[b] | Months Dosed | Total Dose (gm) | Latent Period (mo)[c] | Type of Leukemia |
|---|---|---|---|---|---|---|---|---|
| 267D | Rh | F | 50<br>10 | sc<br>po | 15<br>1 | 2.69 | 16 | Myelogenous |
| 733I | Cy | M | 20 | ip | 57 | 7.29 | 57 | Undifferentiated |
| 726I | Cy | M | 20 | ip | 68 | 16.24 | 68 | Myelogenous |
| 313E | Rh | F | 5-50<br>10 | sc<br>po | 35<br>33 | 37.25 | 68 | Myelogenous |
| 567G | Rh | F | 10-25<br>10 | sc<br>po | 6<br>71 | 49.99 | 77 | Myelogenous |
| 13T | Rh | M | 25-50<br>10 | sc<br>po | 36<br>73 | 101.64 | 109 | Myelogenous |
| 336E | Rh | F | 10-50<br>10 | sc<br>po | 33<br>110 | 103.68 | 143 | Myelogenous |
| Average |  |  |  |  |  | 45.53 | 77 |  |

[a]Rh = rhesus; Cy = cynomolgus.
[b]Doses for sc and ip given 1 day/week; po doses given 5 days/week.
[c]Latent period is the number of months from first dose to diagnosis of leukemia.

CARCINOGENESIS IN NONHUMAN PRIMATES                    135

Table 4. Solid Tumors Induced in Monkeys by Procarbazine.

| Monkey No. | Species[a] | Sex | Dose (mg/kg) | Route[b] | Months Dosed | Total Dose (gm) | Latent Period (mo)[c] | Tumor(s) Diagnosed |
|---|---|---|---|---|---|---|---|---|
| 734I | Rh | M | 10-20 / 10 | ip / po | 62 / 5 | 23.85 | 71 | Hemangioendothelial sarcoma; kidney |
| 711I | Rh | F | 10-20 / 10 | ip / po | 63 / 5 | 24.22 | 68 | Osteosarcoma; humerus |
| 314E | Cy | F | 5-50 / 10 | sc / po | 35 / 62 | 32.88 | 97 | Hemangiosarcoma; spleen |
| 315E | Cy | M | 5-50 / 10 | sc / po | 35 / 63 | 50.18 | 98 | Lymphocytic lymphoma |
| 333E | Cy | F | 10-50 / 10 | sc / po | 33 / 70 | 57.05 | 103 | Osteosarcoma; jaw |
| 557G | Cy | F | 10-50 / 10 | sc / po | 7 / 140 | 154.37 | 148 | Osteosarcoma; humerus |
| Average | | | | | | 56.88 | 98 | |

[a] Rh = rhesus; Cy = cynomolgus.
[b] Doses for sc and ip given 1 day/week; po doses given 5 days/week.
[c] Latent period is the number of months from first dose to diagnosis of leukemia.

136    R. H. ADAMSON AND S. M. SIEBER

Table 5.  Effects of Adriamycin in Monkeys[a]

| No. of Monkeys | No. of Doses[b] | Avg. Total Dose (mg) | Cause of Death |
|---|---|---|---|
| 8[c] | 23–27 | 74.4[d] | Congestive heart failure |
| 1 (Rh) | 27 | 77.8 | Acute myeloblastic leukemia (Rh) |
| 1 (Rh) | 25 | 72.0 | None |

[a]Summary of first study.
[b]Monkeys were given monthly iv doses of adriamycin (1 mg/kg) beginning at two months of age.
[c]4 Cy, 4 Rh.
[d]Range is 66.2 to 80.6.

by this group of monkeys is 108 mg/kg.  None of the monkeys has died, and none has demonstrated any clinical signs of ill health.

Two groups of monkeys are being given azathioprine po, 5 days/week.  A group of 14 monkeys has been receiving the compound at 2.0 mg/kg for an average of 38 months (range 9 to 43 months). During this period the monkeys have received a cumulative azathioprine dose averaging 1.52 g/kg (range 0.36-1.72 g/kg).  A second group of 10 monkeys began receiving azathioprine (5.0 mg/kg) an average of 28 months ago (range 25 to 29 months); these monkeys have ingested an average of 2.8 g/kg azathioprine (range 2.5-2.9 g/kg).  All monkeys receiving azathioprine appear healthy and are without clinical signs of ill health.

A study of the potential carcinogenicity of cyclophosphamide was recently initiated.  A group of 20 monkeys is receiving cyclophosphamide po 5 days/week.  Dosing (3 mg/kg) begins when the monkeys are six months old, and the dose is increased to 6 mg/kg when the monkeys are one year old.  The study has been under way for an average of only six months; during this period an average cumulative cyclophosphamide dose of 0.78 g (range 0.04 to 2.25 g) has been administered.  Thus far, none of the monkeys has died, and there is no evidence of toxicity on this dosage schedule.

Food Additives and Environmental Contaminants

Despite prolonged treatment with most of the food additives and environmental contaminants listed in Table 1, only aflatoxin $B_1$ ($AFB_1$) and methylazoxymethanol-acetate (MAM-acetate) have induced

tumors in monkeys. $AFB_1$ has been under evaluation for the past 15 years (6). A total of 45 monkeys, chiefly rhesus and cynomolgus, has received $AFB_1$ ip (0.125 to 0.25 mg/kg) and/or po (0.1 to 0.8 mg/kg) for two months or longer, and six are currently alive and without evidence of tumor. Eighteen of the 39 monkeys necropsied to date developed one or more malignant neoplasms, yielding an overall tumor incidence of 40% (see Table 6). A summary of the tumors diagnosed in these monkeys is shown in Table 7. Seven of the 18 tumor-bearing monkeys developed hemangioendothelial sarcomas of the liver, five had bile duct or gallbladder adenocarcinomas, and two developed hepatocellular carcinomas. One monkey had an osteosarcoma and three were found at necropsy to have multiple primary tumors. Adenocarcinoma of the pancreas occurred in all monkeys with multiple primary tumors, coincident with urinary bladder carcinoma, adenocarcinoma of the bile ducts, or osteosarcoma. The tumors diagnosed in the 18 monkeys developed after an average latent period of approximately 10 years (range 5 to 12 years) and after an average cumulative $AFB_1$ dose of 820 mg (range 292 to 1103 mg).

Table 6.  Summary of Control and $AFB_1$-Treated Monkeys[a]

| Group | No. Alive | No. Dead | | | No. of Monkeys |
| | | Without Tumor | With Tumor | (%) | |
|---|---|---|---|---|---|
| $AFB_1$[b] | 6 | 21 | 18 | (40.0) | 45[c] |
| Control | 129 | 83 | 7 | (3.2) | 219 |

[a]From 1961 to 1981.
[b]Monkeys received $AFB_1$ by po (0.1 to 0.8 mg/kg) and/or ip (0.125 to 0.25 mg/kg) routes; dosing began within one month of birth.
[c]25 Rh, 18 Cy, 2 Gr.

The carcinogenic potential of cycads (crude cycad meal, purified cycasin, and synthetic MAM-acetate) administered by po or ip routes has been under investigation for the past 12 years (7). Eighteen monkeys survived longer than two months after the first dose of cycasin (50 to 75 mg/kg) or MAM-acetate (1.5 to 3.0 mg/kg) given po, 5 days/week. Eleven of these animals have been necropsied and three had tumors (see Table 8). A group of 10 monkeys received MAM-acetate by weekly ip injections (3 to

138                                              R. H. ADAMSON AND S. M. SIEBER

Table 7.  Tumors Induced by $AFB_1$

| Tumor Type[a] | No. of Monkeys | Avg. Total Dose (mg) | Avg. Latent Period (mo) |
|---|---|---|---|
| Hemangiosarcoma:  liver | 7 (5 Rh, 2 Cy) | 978 | 140 |
| ACA:  bile duct or gallbladder | 5 (2 Rh, 3 Cy) | 959 | 137 |
| CA:  hepatocellular | 2 Rh | 478 | 60 |
| Osteosarcoma | 1 Cy | 412 | 115 |
| CA:  pancreas and urinary bladder | 1 Gr | 292 | 107 |
| ACA:  pancreas and bile duct; osteosarcoma | 1 Rh | 353 | 117 |
| ACA:  pancreas and bile duct | 1 Rh | 1103 | 142 |
| Average | | 820 | 126 |

[a]ACA = adenocarcinoma; CA = carcinoma.

Table 8.  Summary of Control and Cycad-Treated Monkeys[a]

| Group | No. Alive | No. Dead Without Tumor | No. Dead With Tumor | (%) | No. of Monkeys[b] |
|---|---|---|---|---|---|
| Cycad[c] | | | | | |
| po | 7 | 8 | 3 (2 Rh, 1 Cy) | (16.7) | 18 |
| ip | 2 | 3 | 5 (1 Gr, 3 Rh, 1 Cy) | (50.0) | 10 |
| Control | 129 | 83 | 7 | (3.2) | 219 |

[a]From 1961 to 1981.
[b]17 Rh, 9 Cy, 2 Gr.
[c]Monkeys received cycads (crude cycad meal, purified cycasin or synthetic methylazoxymethanol acetate) within three days of birth.

10 mg/kg). Eight of these animals have been necropsied, and five had tumors. In addition, one of the two surviving monkeys in the ip treatment group developed a hepatocellular carcinoma that was surgically resected approximately eight years ago. Table 9 lists the tumors diagnosed in monkeys receiving cycad products by ip or po routes. All five of the necropsied monkeys treated with MAM-acetate by the ip route developed hepatocellular carcinoma, and two of the five had multiple primary tumors. In one monkey, a liver hemangiosarcoma, renal carcinoma, and esophageal squamous cell carcinoma were diagnosed in addition to hepatocellular carcinoma; the other monkey developed a renal carcinoma, adenocarcinoma of the small intestine, and esophageal squamous cell carcinoma. The tumors developing in the monkeys treated by the ip route were diagnosed after an average latent period of 80 months (range 63 to 88 months) and after an average cumulative MAM-acetate dose of 6.65 g (range 3.88 to 9.66 g).

Three monkeys on po cycads have thus far developed tumors (see Table 9). One monkey developed multiple primary tumors (hepatocellular carcinoma, bile duct adenocarcinoma, and renal carcinoma), and the other two had hepatocellular carcinoma and pancreatic adenocarcinoma, respectively. These tumors developed after latent periods of 107, 69, and 179 months and after the ingestion of considerably more cycad material than the tumor-bearing monkeys in the ip treatment group had been given.

Sterigmatocystin has been under test for the past five years. It is being administered po, 1 day/week at 1 mg/kg (15 monkeys) and 2 mg/kg (15 monkeys)). Thus far, only one monkey in the 2-mg/kg group has been necropsied, and histopathologic examination of tissue from this animal revealed no evidence of tumor development, although severe toxic hepatitis with hyperplastic nodules was noted. The remaining 29 animals are in good health.

Our studies have failed to implicate either cyclamate or saccharin as carcinogens in nonhuman primates (8). Cyclamate has been administered po 5 days/week at 100 mg/kg (12 monkeys) and 500 mg/kg (11 monkeys) for the past 10 and one-half years. The 100-mg/kg dose corresponds, on an equivalent surface area basis, to a daily intake of 2.3 g/day/70 kg man. With an average of 384 mg cyclamate in a 10-oz diet drink, this dose is equivalent to drinking about 6 diet drinks/day; correspondingly, the 500-mg/kg dose is equivalent to ingesting approximately 30 diet drinks/day. Two monkeys at each of the dose levels have died, but no evidence of tumor was found at necropsy or after histological examination of their tissue.

Saccharin has been administered to 2 groups of 10 monkeys each at 25 mg/kg, 5 days/week. One group of monkeys has been receiving saccharin for an average of 122 months (range 120 to 124 months),

140                                                    R. H. ADAMSON AND S. M. SIEBER

Table 9.  Tumors Induced by Cycads

| Species[a] | Sex | Total Dose (gm) | Latent Period (mo) | Tumor(s) Diagnosed[b] |
|---|---|---|---|---|
| **IP Dosing[c]** | | | | |
| Gr | M | 3.88 | 63 | HCA |
| Cy | F | 5.06 | 80 | HCA<br>Hemangiosarcoma:  liver<br>CA:  kidney<br>SCA:  esophagus |
| Rh | F | 6.27 | 87 | HCA |
| Rh | F | 8.38 | 88 | HCA<br>CA:  kidney<br>ACA:  small intestine<br>SCA:  esophagus |
| Rh | M | 9.66 | 86 | HCA |
| **PO Dosing** | | | | |
| Rh | M | 13.71[d]<br>28.62[c] | 107 | HCA<br>ACA:  bile duct<br>CA:  kidney |
| Cy | M | 43.0[e]<br>30.41[d]<br>18.10[c] | 69 | HCA |
| Rh | M | 53.5[e]<br>74.99[d] | 179 | ACA:  pancreas |

[a]Gr = African green; Cy = cynomolgus; Rh = rhesus.
[b]HCA = hepatocellular carcinoma; CA = carcinoma; ACA = adeno-
 carcinoma; SCA = squamous cell carcinoma.
[c]MAM-acetate.
[d]Cycasin.
[e]Cycad meal.

and the second group was entered on study approximately three years
ago.  The 25-mg/kg dose corresponds, on an equivalent surface area
basis, to a daily intake of 5 cans of diet soda (120 mg saccharin/
can) or 15 packages of Sweet'N Low® (40 mg saccharin/package)/day.
Since the inception of the saccharin study, none of the animals has
died, and there is no evidence of toxicity in any of the animals
thus far.

Similarly, long-term DDT administration has not yielded tumors
in our nonhuman primates.  A total of 24 animals has received DDT
by the po route (20 mg/kg), 5 days/week, in a study that has been
under way for the past 134 months.  Administration of DDT is
discontinued after a dosing interval of 130 months is completed.
Although five of the monkeys have died thus far, none was found to
have developed tumor.  The apparent cause of death in these animals
was DDT-induced central nervous system toxicity, as all experienced
severe tremors and convulsions immediately prior to death.  The
19 surviving monkeys appear to be in good health.

The carcinogenic potential of arsenic has been under
evaluation for approximately six years.  A total of 20 monkeys has
received sodium arsenate po (0.1 mg/kg) 5 days/week, and three
monkeys in the group have died.  The cause of death in the monkeys
was unrelated to arsenic treatment, and the surviving monkeys are
well and without signs of toxicity.  Nine monkeys have received
lung implants containing tobacco smoke condensate in a beeswax
matrix; all are well and without evidence of toxicity approximately
eight years after implantation of the material.

Model Rodent Carcinogens

With the exception of urethane (ethyl carbamate), no compound
listed in Table 1 as a "model rodent carcinogen" has induced tumors
in Old World monkeys.  Starting within one month of birth, urethane
(250 mg/kg) was given po, 5 days/week, to rhesus and cynomolgus
monkeys.  Urethane treatment was continued for a maxmimum of five
years, during which time some animals also received whole body
irradiation in 3 to 10 weekly courses (50 rads/course).  Urethane
treatment was discontinued 11 to 14 years ago, and since that time
all monkeys have been observed.  Of 40 monkeys receiving urethane,
30 survived 6 months or longer after the first dose, and 22 of them
have been necropsied (see Table 10).  Thus far, eight malignant
tumors have been found in five (16.7%) of the 30 treated monkeys;
two of the five monkeys with tumors had received irradiation in
addition to urethane.  One or more primary liver tumors (three
cases of hemangiosarcomas and one case each of adenocarcinoma of
intrahepatic bile ducts and hepatocellular carcinoma) were
diagnosed in four monkeys in which additional tumors present
included an ependymoblastoma and a pulmonary adenocarcinoma (see

142                                            R. H. ADAMSON AND S. M. SIEBER

Table 11). An adenocarcinoma of the jejunum was diagnosed in the
fifth monkey. The animals with tumors had received an average
cumulative urethane dose of 260 g (range 230 to 339 g); the latent
period for tumor induction averaged 171 months (range 142 to
229 months).

Table 10. Summary of Control and Urethane-Treated Monkeys[a]

|         |           | No. Dead |       |       |         |
|---------|-----------|----------|-------|-------|---------|
|         |           | Without  | With  |       | No. of  |
| Group   | No. Alive | Tumor    | Tumor | (%)   | Monkeys |
| Urethane[b] |       |          |       |       |         |
|   Irr[c] | 3 | 10   | 2     | (13.3) | 15[d]  |
|   Not Irr | 5 | 7     | 3     | (20.0) | 15[d]  |
| Controls | 129      | 83       | 7     | (3.2) | 219     |

[a]From 1961 to 1981.
[b]Monkeys received urethane (250 mg/kg) 5 days/week for a maximum of
 five years, and treatment was discontinued 11 to 14 years ago.
 Some monkeys also received 3 to 10 weekly courses of whole body
 irradiation (50 rads/course).
[c]Irr = irradiated.
[d]8 Rh, 7 Cy.

      Earlier studies from this laboratory (9) demonstrated that
single sc doses (10 mg) of 3-methylcholanthrene (3-MC) produced
fibrosarcomas in the primitive prosimian, Tupaia glis (tree shrew).
Of six treated animals, three died within four months, and the
three survivors developed fibrosarcomas within 14 to 16 months. A
similar study in Old World monkeys was initiated 20 years ago in
which 3-MC was administered po (14 animals) and by sc injection
(7 animals). Animals treated po received the compound at a dose of
20 to 120 mg/kg 5 to 7 days/week; sc injections were given at 10 to
40 mg/kg for a total of 1 to 12 doses. Dosing was discontinued
after 5 years, and the animals have been observed for up to
15 years. Although 8 of the 14 animals in the po treatment group,
and 5 of the 7 in the sc group have died, no tumors have been
detected at necropsy or upon histopathologic examination of their
tissue.

Table 11. Tumors in Monkeys Given Urethane

| Species[a] | Sex | Irradiation (No. of Courses) | Total Dose (gm) | Latent Period (mo) | Tumor(s) Diagnosed[b] |
|---|---|---|---|---|---|
| Rh | M | 10 | 230.1 | 155 | ACA: bile duct ACA: lung |
| Rh | M | 9 | 243.0 | 181 | Hemangiosarcoma: liver Ependymoblastoma |
| Cy | M | None | 244.1 | 142 | Hemangiosarcoma: liver |
| Rh | F | None | 245.8 | 149 | HCA Hemangiosarcoma: liver |
| Rh | F | None | 339.2 | 229 | ACA: jejunum |
| Average | | | 260.4 | 171 | |

[a]Rh = rhesus; Cy = cynomolgus.
[b]ACA = adenocarcinoma; HCA = hepatocellular carcinoma.


Similarly, our previous studies with benzo[a]pyrene (BP) showed that fibrosarcomas developed in the prosimian Galago crassicaudatus (bush baby) at the site of a single sc injection (9). However, no tumors have developed in a group of Old World monkeys that received multiple sc injections of BP (30 to 90 mg/kg); 9 out of a total of 17 animals have survived treatment with this compound and have been under observation for up to 18 years. Other model rodent carcinogens, that after prolonged administration to Old World monkeys have failed thus far to induce tumors, include dibenz[a,h]anthracene; 2-acetylaminofluorene; 2,7-bis(acetylamino)fluorene; 4-dimethylaminoazobenzene; and 3'-methyl-4-dimethylaminoazobenzene.


N-Nitroso Compounds

The nitroso compounds as a class appear to be potent carcinogens in nonhuman primates; all but one of these compounds (N-nitrosodimethylamine [DMNA]) have induced tumors in monkeys. A

summary of results obtained with nitrosomethylurea (MNU) is shown
in Table 12. A group of 43 monkeys received MNU (10 to 20 mg/kg)
by the po route in 5 doses/week. Eighteen monkeys have been
necropsied, and nine were diagnosed with malignant tumors, yielding
an overall tumor incidence of 21% (10). All tumors induced by MNU
were squamous cell carcinomas of the esophagus and oropharynx (see
Table 13), and developed after latent periods ranging between
57 and 133 months (average 93 months).

Table 12.  Summary of Control and MNU-Treated Monkeys[a]

| Group | No. Alive | No. Dead | | | No. of Monkeys |
| | | Without Tumor | With Tumor | (%) | |
|---|---|---|---|---|---|
| MNU | 25 | 9 | 9 | (20.9) | 43[c] |
| Controls[b] | 129 | 83 | 7 | (3.2) | 219 |

[a]From 1961 to 1981.
[b]Includes non-treated animals, breeders, and vehicle-treated
controls.
[c]18 Rh, 19 Cy, 2 (Rh x Cy)F$_1$, and 4 Gr.

A rough parallel has been observed between the cumulative MNU
dose ingested and the degree of esophageal damage found at necropsy
of the treated monkeys (see Table 14). No esophageal lesions were
found in two monkeys that had ingested an average of 15.34 g MNU
for a period averaging 26 months, whereas esophagitis accompanied
by candidiasis and chronic inflammatory infiltrates were noted in
the esophageal mucosa of two monkeys receiving an average of
19.90 g MNU for an average of 58 months. In five monkeys
necropsied after having ingested an average of 47.40 g MNU for an
average of 54 months, esophageal lesions were more severe and
included esophageal epithelial atrophy, hyper- or dyskeratosis, and
dysplasia. The nine monkeys with squamous cell carcinomas of the
esophagus had received MNU for an average of 93 months (range 57 to
133 months); during this period they had ingested an average
cumulative MNU dose of 120.0 g (range 53.2 to 180.6 g). Only one
monkey receiving in excess of 53.2 g MNU was found at necropsy to
be without a carcinoma; this monkey had ingested 201.41 g MNU over
the course of 124 months, and histopathologic examination of
sections of esophagus revealed chronic esophagitis and extensive
esophageal dysplasia.

CARCINOGENESIS IN NONHUMAN PRIMATES                                    145

Table 13.  Tumors in Monkeys Receiving MNU Orally

| Monkey No. | Species[a] | Sex | Total Dose (gm)[b] | Latent Period (mo)[c] | Histological Diagnosis |
|---|---|---|---|---|---|
| 617H | Cy | M | 53.21 | 63 | SCA[d]:  pharynx and esophagus with invasion of mediastinal lymph nodes; squamous metaplasia:  trachea |
| 622H | Rh | F | 65.74 | 57 | SCA:  soft palate, tongue, and esophagus with invasion into stomach |
| 539G | Rh | F | 108.14 | 72 | SCA:  mouth; SCA in situ: pharynx; squamous papillomas:  tongue, pharynx, and esophagus; dyskeratosis:  esophageal mucosa |
| 540G | Rh | M | 129.29 | 83 | SCA:  mouth and esophagus; squamous papilloma and hyperkeratosis:  buccal mucosa; SCA:  esophagus |
| 627H | Rh | M | 129.91 | 133 | SCA:  esophagus |
| 538H | Rh | M | 133.80 | 72 | SCA:  mouth, pharynx, and esophagus; multiple squamous papillomas:  pharynx and esophagus |
| 569G | Gr | M | 137.21 | 124 | SCA:  mouth, pharynx, and esophagus |
| 624H | Rh | F | 142.32 | 129 | SCA:  gingiva and esophagus |
| 579G | Rh | M | 180.65 | 107 | SCA:  mouth and esophagus |

[a]Cy = cynomolgus; Rh = rhesus; Gr = African green.
[b]MNU (10 to 20 mg/kg) was incorporated into a vitamin sandwich and given 5 times/week; dosing was initiated within one week of birth.
[c]Latent period is the time in months from the first dose of MNU until the clinical diagnosis of tumor.
[d]SCA = squamous cell carcinoma.

146                                                    R. H. ADAMSON AND S. M. SIEBER

Table 14.   Esophageal Lesions Found at Necropsy in Nonhuman
            Primates Given MNU

| No. of Monkeys | Avg. Total Dose (gm)[a] | Months Dosed | Esophageal Pathology |
|---|---|---|---|
| 2 | 15.34 | 26 | None |
| 2 | 19.90 | 58 | Esophagitis, candidiasis |
| 5 | 47.40 | 54 | Hyper- or dyskeratosis |
| 9 | 120.00 | 93 | Squamous cell carcinoma |

[a]MNU (10 to 20 mg/kg) was given po 5 days/week.


1-Nitroso-1-methyl-3-nitroguanidine (MNNG) is also being
administered by the po route (0.4 mg/kg, 5 days/week).  A group of
21 monkeys has received this compound for periods of up to eight
years; thus far, two animals have died of causes unrelated to
treatment with MNNG.  The remaining 19 animals appear to be in good
health and without signs of toxicity.  However, three additional
monkeys were given MNNG as a colon implant; two monkeys have been
necropsied, and one monkey was diagnosed with a well-differentiated
adenocarcinoma of the rectosigmoid junction.  The latter monkey had
received a total MNNG dose of 8.65 g, administered in gelatin cubes
containing 5.3 to 42.7 mg MNNG, which were inserted into the colon
2 days/week.

Another nitroso compound, 1-nitrosopiperidine (PIP), is
carcinogenic in nonhuman primates (see Table 15), regardless of
whether it is administered by po or ip routes.  Thus 11 out of
12 monkeys (92%) receiving PIP po (400 mg/kg), 5 days/week,
developed tumors, as did 5 of the 11 (46%) animals given PIP by
weekly ip (40 mg/kg) injection.  All tumors induced by PIP were
hepatocellular carcinomas.  Although the latent period for tumor
development was similar in the po and ip treatment groups (87 and
76 months, respectively), the average total PIP dose ingested by
monkeys receiving po treatment (1742.5 g) was approximately 45-fold
greater than that of monkeys in the ip treatment group (39.4 g).

Table 16 summarizes resulted obtained in two small groups of
six monkeys each, treated with N-nitrosodipropylamine (DPNA) and
DMNA.  All monkeys given weekly ip injections of DPNA (40 mg/kg)
have been necropsied and found to have hepatocellular carcinomas.
In contrast, four of the six monkeys treated with bimonthly ip
injections of DMNA (10 mg/kg) have been necropsied, and none have
developed tumors.  Although histopathologic examination of tissue

CARCINOGENESIS IN NONHUMAN PRIMATES                                    147

Table 15.  Summary of Control and PIP-Treated Monkeys[a]

|  | | No. Dead | | | |
|---|---|---|---|---|---|
| Group | No. Alive | Without Tumor | With Tumor | (%) | No. of Monkeys[b] |
| PIP | | | | | |
| PO[b] | 0 | 1 (Rh) | 11 | (91.7)[d] | 12 |
| IP[c] | 2 (1 Rh, 1 Cy) | 4 (2 Gr, 2 Rh) | 5 | (4.5)[e] | 11 |
| Controls | 129 | 83 | 7 | (3.2) | 219 |

[a]From 1961 to 1981.  23 Monkeys given PIP comprised 13 Rh, 7 Cy, and 3 Gr.
[b]PO doses of PIP (400 mg/kg) were given 5 days/week.
[c]IP doses (40 mg/kg) were given 1 day/week.
[d]6 Rh, 5 Cy.
[e]3 Rh, 1 Cy, 1 Gr.


Table 16.  Summary of Control and DPNA- and DMNA-Treated Monkeys[a]

|  | | No. Dead | | | |
|---|---|---|---|---|---|
| Group | No. Alive | Without Tumor | With Tumor | (%) | No. of Monkeys |
| DPNA[b] | 0 | 0 | 6 | (100.0)[c] | 6 |
| DMNA[d] | 2 | 4 | 0 | (0.0) | 6 |
| Controls | 129 | 83 | 7 | (3.2) | 219 |

[a]From 1961 to 1981.  4 Rh and 2 Cy received DPNA; 2 Cy and 4 Rh received DMNA.
[b]DPNA (40 mg/kg) was given 1 day/week by ip injection.
[c]All six tumors were HCA and developed after an average total dose of 7.0 g and after an average latent period of 28 months.
[d]DMNA (10 mg/kg) was given 1 day/2 weeks by ip injection


from these animals revealed severe hepatotoxicity (e.g., toxic hepatitis, cirrhosis, and hyperplastic nodules), no tumors were detected.

Nitrosodiethylamine (DENA) is a potent and predictable hepatocarcinogen in Old World monkeys, inducing tumors when given either by the ip or po route of administration (see Table 17). Twenty-nine out of 41 monkeys receiving po doses of DENA (40 mg/kg) 5 days/week developed hepatocellular carcinomas. Bimonthly ip injections of DENA (40 mg/kg) induced hepatocellular carcinomas in 106 out of 131 monkeys. When administered po, DENA induced tumors earlier and at a lower cumulative dose in cynomolgus monkeys, as compared to African greens, with the group of rhesus monkeys intermediate between the two species. This apparent species difference was not observed, however, when DENA was given by the ip route.

Table 17. Hepatocellular Carcinoma Induced by DENA

| Species[a] | No. of Animals | Avg. Total Dose (gm)[b] | Avg. Latent Period (mo) |
|---|---|---|---|
| PO | | | |
| Cy | 14 | 18.0 | 26 |
| Rh | 12 | 25.4 | 49 |
| Gr | 3 | 55.1 | 105 |
| IP | | | |
| Cy | 38 | 1.56 | 17 |
| Rh | 51 | 1.95 | 17 |
| Gr | 12 | 1.32 | 16 |
| Cy x rh | 5 | 1.84 | 15 |

[a]Cy = cynomolgus; Rh = rhesus; Gr = African green.
[b]DENA (40 mg/kg) was given po 5 days/week and ip bimonthly.

Table 18 shows DENA as carcinogenic in the prosimian Galago crassicaudatus (bush baby). The tumors induced in this species are primarily muco-epidermoid carcinoma of the nasal cavity rather than the hepatocellular carcinomas found in Old World monkeys. All 10 bush babies given bimonthly ip doses of DENA (10 to 30 mg/kg) developed tumors of the nasal cavity. In two of these animals, carcinoma of the liver was also present, and in both cases metastases to the lungs or to intestinal lymph nodes were noted.

The average total dose of DENA inducing tumors in the bush babies (0.75 g) is considerably lower than that required to induce tumors in Old World monkeys and reflects the lower body weight of

Table 18.  Muco-Epidermoid Carcinoma (M-E CA) of the Nasal Mucosa
           Induced in Bush Babies by DENA

| Group | No. With M-E CA/Total | No. With Liver CA/Total | Avg. Total Dose (gm)[a] | Avg. Latent Period (mo) |
|-------|-----------------------|-------------------------|-------------------------|-------------------------|
| DENA | 10/10 | 2/10 | 0.75 | 23 |
| Controls | 0/13 | 0/13 | – | – |

[a]DENA was administered by bimonthly ip injections at 10 to
30 mg/kg.

the bush babies.  The average latent period for tumor induction in
this species (23 months) is comparable to that in Old World
monkeys.  No obvious reason exists for the marked difference in the
site of DENA-induced tumors noted between Old World monkeys and the
bush babies.  Possibly, it is related to differences in the
metabolism or distribution of DENA, and this possibility is
currently being investigated in our laboratory.

     At this time, we are employing DENA as a model
hepatocarcinogen in Old World monkeys to examine the relationship
between chronic (milligrams per kilograms) dose, cumulative dose,
and latent period for tumor induction.  To this end, groups of
monkeys are being given bimonthly ip injections of DENA at doses of
0.1, 1, 5, 10, 20, and 40 mg/kg and are observed for the appearance
of tumor.  In the four groups of monkeys in which tumors have
developed, we have found that the latent period increases as the
milligram-per-kilogram dose decreases (see Table 19).  The study is
incomplete; consequently, a precise value for the minimum
carcinogenic dose for DENA cannot be given.  However, it appears
that this value will be approximately 1.4 g.  Table 19 also shows
the total dose and observation period for DENA-treated monkeys that
are currently alive and without evidence of tumor.  The 10 monkeys
in the 0.1-mg/kg group have been studied only eight months and have
received a total DENA dose of approximately 1 mg.  In the 1-mg/kg
group, the 80-month observation period exceeds the latent period
required by the 5-mg/kg dose, but the total DENA dose administered
(0.768 g) is below the apparent carcinogenic dose (1.4 g).  The
four tumor-free monkeys in the 5-mg/kg group, however, have
received an average total DENA dose that exceeds the apparent
carcinogenic dose, and they have been observed for seven months
longer than the average latent period for tumor induction at this
dose level.  The single tumor-free monkey at the 10-mg/kg dose
level has received a total DENA dose (4.101 g) that is well in
excess of the apparent carcinogenic dose.  This monkey has been

R. H. ADAMSON AND S. M. SIEBER

observed for a period that is approximately twice the latent period
for tumor induction by DENA at that dose.


## DISCUSSION

The rodent has traditionally been the system in which
bioassays for chemical carcinogenesis are carried out, and the
results of such bioassays have provided much of the basis for
estimating the risk that chemicals may pose to man.  However, a
number of problems exist when extrapolating rodent carcinogenesis
data to man.  These problems include the necessity of administering
exceedingly high doses of the test chemical to compensate for the
relatively short life span of mice and rats (11), the high
incidence of spontaneous tumors in some rodent colonies in which
bioassays are carried out (12), and the observation that rodents
metabolize many chemicals via pathways that differ from those found
in the human.

On the other hand, nonhuman primates are employed infrequently
in long-term carcinogenesis studies, chiefly because of the expense
of such an undertaking, the time period required to complete a
lifetime study, the unavailability of sufficient numbers of
animals, and the relatively large quantity of test chemical
required.  Nevertheless, a number of advantages exist when
performing chemical carcinogenesis studies in nonhuman primates
rather than in rodents.  These advantages include the comparatively
low incidence of spontaneous tumors arising in monkeys, the
similarity of many of their metabolic pathways to those of the
human (1,2), and the fact that their relatively long life span and
large size enable the experimenter to administer chemicals by
routes and by dosage schedules that closely parallel human exposure
patterns.  Thus, although nonhuman primates will never supplant
rodents as the primary screening system for potentially
carcinogenic chemicals, they can provide important information on
the carcinogenic potential of chemicals in wide use, chemicals to
which large numbers of humans are exposed, or chemicals for which
data from rodents are ambiguous or conflicting.

The carcinogenic potential in nonhuman primates of a variety
of chemicals, differing widely in chemical structures and
properties, has been under investigation in this laboratory for the
past 20 years.  Prior to the inception of this study, nonhuman
primates, unlike the rodent, were believed to be relatively
resistant to tumor induction by chemicals.  Therefore, an early
objective of the present study was to evaluate the response of
monkeys to chemicals known to be carcinogenic in rodents.  A series
of model rodent carcinogens, including 3-MC, BP,
dibenz[a,h]anthracene, 2-acetylaminofluorene, and urethane, was
accordingly tested.  With the exception of urethane, none of these

Table 19.  Induction of Hepatocellular Carcinoma (HCA) in Monkeys by Bimonthly IP Injections of DENA.

| DENA Dose (mg/kg) | No. HCA/No. Treated | Monkeys with HCA | | Monkeys Without HCA | |
|---|---|---|---|---|---|
| | | Avg. Total Dose (gm) | Avg. Latent Period (mo) | Avg. Total Dose (gm) | Months Observed |
| 0.1 | 0/10 (4 RH, 6 Cy) | – | – | 0.001 | 8 |
| 1 | 0/10 (7 Rh, 1 Cy, 2 Gr) | – | – | 0.768 | 80 |
| 5 | 6 (4 RH, 2 Cy)/10 (6 Rh, 3 Cy, 1 Gr) | 3.128 | 65 | 2.872 | 72 |
| 10 | 9 (5 Rh, 4 Cy)/10 (5 Rh, 5 Cy) | 1.780 | 34 | 4.101 | 63 |
| 20 | 11/11 (6 Rh, 5 Cy) | 2.177 | 26 | – | – |
| 40 | 10/10 (5 Rh, 3 Cy, 1 F1, 1 Gr) | 1.430 | 17 | – | – |

model rodent carcinogens has proved to be carcinogenic in the Old and New World species of monkey employed in our studies, although both 3-MC and BP produced tumors in more primitive primates (bush babies and tree shrews), as they do in rodents (9). These results suggest that prosimian primates resemble the rodent more closely than they do macaques in their response to a carcinogenic stimulus.

Many of the chemicals classified in the present study as "food additives and environmental contaminants" are reported to be rodent carcinogens. Thus the artificial sweeteners cyclamate and saccharin as well as DDT have been (or may be) withdrawn from public use on the basis of their carcinogenicity in rodents. Nevertheless, neither the artificial sweeteners nor DDT have induced tumors in nonhuman primates despite extensive testing over prolonged time periods. The mold product sterigmatocystin is another example of a rodent carcinogen (13) that thus far is apparently devoid of carcinogenicity in nonhuman primates. However, both $AFB_1$ and cycad (particularly MAM-acetate) are potent carcinogens in rodents (14,15) and are carcinogenic in nonhuman primates as well. Although arsenic is suspected of being a human carcinogen (16), it has not induced tumors in rodents and has not as yet proved to be carcinogenic in nonhuman primates.

Many of the clinically useful antineoplastic and immunosuppressive agents are potent rodent carcinogens (17); however, they were tested in our monkey colony because of the increasing suspicion that they are etiologic agents in second malignant tumors arising in successfully treated cancer patients and in tumors arising in patients receiving chronic immunosuppressive therapy for collagen vascular disease or for renal homografts (18). Five chemotherapeutic agents have been evaluated for carcinogenic activity in our colony of nonhuman primates, but only one of these (procarbazine) has as yet demonstrated unequivocable carcinogenic properties. Adriamycin may be a leukemogen, but further studies are needed and are in progress. The other three drugs, azathioprine, melphalan, and cyclophosphamide, have probably not been tested long enough for their carcinogenic potential to become manifested.

With the exception of DMNA, all of the nitroso compounds induced tumors in nonhuman primates. MNU is a direct-acting carcinogen; the fact that po doses of this compound induced tumors of the oropharynx and esophagus is no surprise. However, another direct-acting carcinogen, MNNG, has not as yet induced tumors when administered po, although a colon implant containing this chemical produced an adenocarcinoma at the site of implantation. The remainder of the carcinogenic nitroso compounds are hepatocarcinogens in Old World monkeys, inducing a high yield of hepatocellular carcinoma in the treated animals. The chemical that we have acquired the most information about, DENA, is a predictable

and reproducible carcinogen, inducing tumors following either ip or po treatment. Extensive studies with this chemical have provided information pertaining to the relationship between chronic dose, cumulative dose, and latent period for tumor induction.

Our results indicate that the latent period for tumor induction increases as the chronic milligram-per-kilogram dose decreases and that the cumulative carcinogenic dose for DENA is approximately 1.4 g. Assuming an average body weight of 8 kg, the monkeys in the 1-mg/kg treatment group would receive approximately 208 mg of DENA/year. Taking the value 1.4 g as the carcinogenic dose for DENA, the latent period for tumor induction in these animals would be about six to seven years, a time interval well within the average life span (25 to 30 years) of Old World monkeys in captivity. However, in the 0.1-mg/kg group, the maximum total DENA dose that could be given over a 25- to 30-year period is approximately 0.52 to 0.62 g, a cumulative dose that is considerably lower than the apparent carcinogenic dose for DENA.

Some insight into low-dose extrapolation of carcinogenic risk may be gained by considering a semilog plot of the milligram-per-kilogram dose of DENA against the latent period for tumor induction (Figure 1; Table 19). The 40, 20, and 10 mg/kg points fall on a straight line that intersects the ordinate at 88 months. This point on the ordinate corresponds to a DENA dose of 0.1 mg/kg. Thus, animals in the 0.1-mg/kg group should develop tumors after a latent period of 88 months if the relationship between milligram-per-kilogram dose and latent period is strictly linear; however, the animals receiving this dose have only been under observation for eight months (Table 19). The line passes through the ordinate at 60 months for the 1-mg/kg group, although this group remains tumor free after 80 months of observation. The tumors developing in the six animals receiving the 5-mg/kg dose required a latent period of 65 months, a figure that shows a marked deviation from the value (42 months) expected if the relationship between dose and latent period is indeed linear.

## ACKNOWLEDGMENTS

This work is being supported in part by National Cancer Institute contract NO1-CM-33708 with Hazleton Laboratories America, Inc., Vienna, Virginia.

154                                          R. H. ADAMSON AND S. M. SIEBER



Figure 1.   Relationship between chronic (milligram-per-kilogram)
            DENA dose and latent period for tumor induction in Old
            World monkeys receiving bimonthly ip injections of DENA
            at 0.1, 1, 5, 10, 20, and 40 mg/kg.

REFERENCES

1.  Smith, R.L., and R.T. Williams.  1974.  Comparative metabolism
    of drugs in man and monkeys.  J. Med. Primatol. 3:138-152.

2.  Smith, R.L., and J. Caldwell.  1977.  Drug metabolism in non-
    human primates.  In:  Drug metabolism - from microbe to man.
    D.V. Parke, and R.L. Smith, eds.  Taylor and Francis Ltd.:
    London.  pp. 331-356.

3.  Adamson, R.H.  1972.  Long-term administration of carcinogenic
    agents to primates.  In:  Medical Primatology 1972,
    Part III.  E.I. Goldsmith, and J. Moor-Jankowski, eds.
    S. Karger:  Basel, Switzerland.  pp. 216-225.

4.  Sieber, S.M., P. Correa, D.W. Dalgard, and R.H. Adamson.
    1978.  Carcinogenic and other adverse effects of
    procarbazine in nonhuman primates.  Cancer Res.
    38:2125-2134.

5.  Sieber, S.M., P. Correa, D.M. Young, D.W. Dalgard, and
    R.H. Adamson.  1980.  Cardiotoxic and possible leukemogenic
    effects of adriamycin in nonhuman primates.  Pharmacol.
    20:9-14.

6.  Sieber, S.M., P. Correa, D.W. Dalgard, and R.H. Adamson.
    1979.  Induction of osteogenic sarcomas and tumors of the
    hepatobiliary system in nonhuman primates with aflatoxin $B_1$.
    Cancer Res. 39:4545-4554.

7.  Sieber, S.M., P. Correa, D.W. Dalgard, K.R. McIntire, and
    R.H. Adamson.  1980.  Carcinogenicity and hepatoxicity of
    cycasin and its aglycone, methylazoxymethanol-acetate in
    nonhuman primates.  J. Natl. Cancer Inst. 65:177-189.

8.  Sieber, S.M., and R.H. Adamson.  1978.  Long-term studies on
    the potential carcinogenicity of artificial sweeteners in
    nonhuman primates.  In:  Health and Sugar Substitutes.
    B. Guggenheim, ed.  S. Karger:  Basel, Switzerland.
    pp. 266-271.

9.  Adamson, R.H., R.W. Cooper, and R.W. O'Gara.  1970.
    Carcinogen-induced tumors in primitive primates.  J. Natl.
    Cancer Inst. 45:555-559.

10. Adamson, R.H., F.J. Krowlikowski, P. Correa, S.M. Sieber, and
    D.W. Dalgard.  1977.  Carcinogenicity of 1-methyl-1-nitro-
    sourea (MNU) in nonhuman primates.  J. Natl. Cancer Inst.
    59:415-422.

11. Sontag, J.M.  1977.  Aspects in carcinogen bioassay.  In:
    Origins of Human Cancer, Book C.  H.H. Hiatt, J.D. Watson,
    and J.A. Winsten, eds.  Cold Spring Harbor Laboratory:  New
    York.  pp. 1327-1338.

12. Weisburger, J.H., D.P. Griswold, J.D. Prejean, A.E. Casey,
    H.B. Wood, and E.K. Weisburger.  1975.  The carcinogenic
    properties of some of the principle drugs used in clinical
    cancer chemotherapy.  Recent Results Cancer Res. 52:1-17.

13. Purchase, I.F.H., and J.J. Van der Watt.  1970.
    Carcinogenicity of sterigmatocystin.  Food Cosmet. Toxicol.
    8:289-293.

14. Butler, W.H.  1965.  Liver injury and aflatoxin.  In:
    Mycotoxins in Foodstuffs.  G.N. Wogan, ed.  Massachusetts
    Institute of Technology Press:  Cambridge, MA.  pp. 175-186.

R. H. ADAMSON AND S. M. SIEBER

15. Laqueur, G.L.  1964.  Carcinogenic effects of cycad meal and
    cycasin (methylazoxymethanol glycoside) in rats and effects
    of cycasin in germfree rats.  Fed. Proc. 23:1386-1388.

16. Hernberg, S.  1977.  Incidence of cancer in population with
    exceptional exposure to metals.  In:  Origins of Human
    Cancer, Book A.  H.H. Hiatt, J.D. Watson, and J.A. Winsten,
    eds.  Cold Spring Harbor Laboratory:  New York.
    pp. 147-157.

17. Sieber, S.M., and R.H. Adamson.  1975.  The clastogenic,
    mutagenic, teratogenic, and carcinogenic effects of various
    antineoplastic agents.  In:  Pharmacological Basis of Cancer
    Chemotherapy.  Williams and Wilkins Co.:  Baltimore, MD.
    pp. 401-468.

18. Sieber, S.M., and R.H. Adamson.  1975.  Toxicity of
    antineoplastic agents in man:  Chromosomal aberrations,
    antifertility effects, congenital malformations, and
    carcinogenic potential.  Adv. Cancer Res. 22:57-155.