# Editorial Board

OFFICERS, ENVIRONMENTAL MUTAGENESIS AND GENOMICS SOCIETY, 2020

| | |
|---|---|
| **President** | **Treasurer** |
| C. Yauk | C. Walter |
| **Vice President** | **Journal Editor** |
| J. Sweasy | B. Gollapudi |
| **Past President** | **Executive Director** |
| W. Kaufmann | B. Bevans-Kerr |
| **Secretary** | **Vice President Elect** |
| J. Pluth | TBA |

### C o u n c i l o r s

| | | |
|---|---|---|
| B. Chorley | J. Goodrich | |
| | | D. Roberts |
| J. Escher | L. Hanakahi | |
| | | L. Sanders |
| C. Faulk | R. Heflich | |
| | | C. Weinhouse |
| B. Freudenthal | M. Leung | |
| | | J. Wickliffe |
| N. Gassman | I. Miousse | |

EDITOR-IN-CHIEF
**B. Bhaskar Gollapudi**
Midland, MI

ASSOCIATE EDITORS
**Bevin P. Engelward**
Massachusetts Institute of Technology
Cambridge, MA

**Ulla Vogel**
Technical University of Denmark
Søborg, Denmark

JOURNAL ADMINISTRATION
Neeraja Gollapudi

EDITORIAL BOARD

| | |
|---|---|
| **Volker Arlt**<br>King's College London<br>London, United Kingdom | **Joel Meyer**<br>Duke University<br>Durham, North Carolina |
| **Janet E. Baulch**<br>UC Irvine<br>Irvine, California | **Hannu Norppa**<br>Finnish Institute of Occupational Health<br>Helsinki, Finland |
| **Sonja I. Berndt**<br>National Cancer Institute<br>Bethesda, Maryland | **Barbara Parsons**<br>FDA/NCTR<br>Jefferson, Arkansas |
| **Stefano Bonassi**<br>IRCCS San Raffaele Pisana<br>Rome, Italy | **R. Julian Preston**<br>U.S. EPA<br>Research Triangle Park, North Carolina |
| **Karin Broberg**<br>Lund University and Karolinska Institute<br>Sweden | **Reza Rasoulpour**<br>Dow AgroSciences<br>Indianapolis, Indiana |
| **Kerry L. Dearfield**<br>U.S. Department of Agriculture<br>Washington, DC | **Orlando D. Schärer**<br>Stony Brook University<br>Stony Brook, New York |

**Stephen Dertinger**
Litron Laboratories
Rochester, New York

**Krista L. Dobo**
Pfizer Global R&D
Groton, Connecticut

**Shobhan Gaddameedhi**
North Carolina State University
Raleigh, North Carolina

**Catherine Gibbons**
U.S. EPA

**Peter Schmezer**
German Cancer Research Centre
Heidelberg, Germany

**Stephanie Smith-Roe**
National Toxicology Program/NIEHS
Research Triangle Park, North Carolina

**Ronald D. Snyder**
RDS Consulting Services
Maineville, Ohio




UC Berkeley
Berkeley, California

**George Johnson**
Swansea University
Swansea, United Kingdom

**William Kaufmann**
The University of North Carolina
Chapel Hill, North Carolina

**Catherine Klein**
New York University School of Medicine
Tuxedo, New York

**Iain Lambert**
Carleton University
Ottawa, Ontario

**Jan Van Benthem**
National Institute for Public Health and the Environment (RIVM)
Bilthoven, The Netherlands

**Karen Vasquez**
University of Texas
MD Anderson Cancer Center
Smithville, Texas

**Paul White**
Health Canada
Ottawa, Ontario

**David M. Wilson III**
Hasselt University

**R. Stephen Lloyd**
Oregon Health & Science University
Portland, Oregon

**Francesco Marchetti**
Health Canada
Ottawa, Ontario

**Carlos Menck**
Universidade de Sao Paolo
Sao Paolo, Brazil

Heusden-Zolder, Belgium

**Carole Yauk**
Health Canada
Ottawa, Ontario

**Errol Zeiger**
Errol Zeiger Consulting
Chapel Hill, North Carolina

**Luoping Zhang**
University of California Berkeley
Berkeley, California

## Tools

- Submit an Article
- Browse free sample issue
- Get content alerts
- Subscribe to this journal

Published on behalf of the Environmental Mutagenesis and Genomics Society



### More from this journal

- Featured Free Articles
- Other Resources
- Awards
- Author Services
- Get the EMM app



# DIVERSITY
## in Research Jobs

Please contact us to see your job listed here

**Scientist I, Single Cell Analysis Facility (req1952)**
West Bethesda, MD

PROGRAM DESCRIPTION The Cancer Research Technology Program (CRTP) develops and implements emerging technology, cancer biology expertise and researc...

Employer: Frederick National Laboratory    Apply for this job

**Scientist II Cell and Gene Therapy**
Hood College, MD

Thermo Fisher Scientific Inc. is the world leader in serving science, with annual revenue exceeding $25 billion. Our Mission is to enable our custo...

Employer: Thermo Fisher Scientific    Apply for this job

**Microbiologist II / III**
Piscataway, NJ

Overview: Kashiv BioSciences is a fully integrated biosciences company with an

## About Wiley Online Library

Privacy Policy
Terms of Use
Cookies
Accessibility
Publishing Policies

## Help & Support

Contact Us
Training and Support
DMCA & Reporting Piracy

## Opportunities

Subscription Agents
Advertisers & Corporate Partners

## Connect with Wiley

The Wiley Network

Wiley Press Room

Copyright © 1999-2021 John Wiley & Sons, Inc. All rights reserved

