# EXHIBIT 2

Wednesday, December 15, 2021 at 12:50:35 Central Standard Time

| | |
|---|---|
| **Subject:** | RE: Dr. Flack |
| **Date:** | Tuesday, October 19, 2021 at 12:00:11 PM Central Daylight Time |
| **From:** | fowlerst@gtlaw.com |
| **To:** | John Davis |
| **CC:** | valpec@kirtlandpackard.com, harkinss@gtlaw.com, fowlerst@gtlaw.com |
| **Attachments:** | image001.png, image002.png |

John,

We have considered your note below and your request that Defendants agree to limit Dr. Flack's opinions in the way you have proposed, and Defendants decline to agree because that would be inconsistent with his report and testimony.

Regards,

Steve


**Stephen T. Fowler**
Of Counsel

Greenberg Traurig, LLP
2101 L Street N.W. | Washington, D.C. 20037
T +1 202.530.8587  |  F +1 202.261.0462
fowlerst@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



Learn more about our commitment to diversity, equity, and inclusion.

---

**From:** John Davis <jdavis@slackdavis.com>
**Sent:** Tuesday, October 19, 2021 11:26 AM
**To:** Harkins, Steven M. (Assoc-ATL-LT) <harkinss@gtlaw.com>; Fowler, Stephen T. (OfCnl-DC-LT) <fowlerst@gtlaw.com>
**Cc:** 'valpec@kirtlandpackard.com' <valpec@kirtlandpackard.com>
**Subject:** Re: Dr. Flack

**\*EXTERNAL TO GT\***

Steve and Stephen, I need a response on this by tomorrow. Thank you,

John

---

**From:** John Davis <jdavis@slackdavis.com>
**Date:** Monday, October 11, 2021 at 12:26 PM
**To:** harkinss@gtlaw.com <harkinss@gtlaw.com>, fowlerst@gtlaw.com <fowlerst@gtlaw.com>

Page 1 of 2

**Cc:** 'valpec@kirtlandpackard.com' <valpec@kirtlandpackard.com>
**Subject:** Dr. Flack

Steve and Stephen,

As you are aware I questioned Dr. Flack regarding the following statement at p. 30 of his report: "In my personal experience, I did not witness any patients have an adverse effect as a result of the NDMA/NDEA impurities found in valsartan."

Dr. Flack testified that he essentially meant something different, namely, that he did not witness adverse effects as a result of the recall and having to switch therapies. (Flack Dep. 177-78 ("the adverse effect has to do with when the drug is recalled … it's not talking about cancer").)

Can you confirm by Weds. 10/13 that Dr. Flack is limiting his opinion as stated at his deposition, and that he will not seek to offer at any point in this litigation an opinion that
- He did not witness cancer diagnoses as a result of NDMA/NDEA exposure among his patients
- He ruled out NDMA/NDEA exposure as a cause of cancer diagnoses among his patients

By confirming Dr. Flack is not offering such opinions, we can avoid moving to exclude those opinions and presenting the court with unnecessary motion practice. Please confirm by Weds. 10/13.

Thank you,

**John R. Davis**
*Partner*
**Slack Davis Sanger LLP**
p:   512.795.8686
a:   6001 Bold Ruler Way, Suite 100, Austin, Texas 78746
w:   www.slackdavis.com   e: jdavis@slackdavis.com

CONFIDENTIALITY NOTICE:  This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If you are not the intended recipient, you are notified that any use, dissemination, distribution, or copying of the communication is strictly prohibited.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us