# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn°
David M. Estes

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Adam M. Epstein°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

January 6, 2022

*VIA ECF, EMAIL & FEDEX*
Honorable Robert B. Kugler
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
Courtroom 4D
4th and Cooper Streets
Camden, New Jersey 08101

Re:   *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*
      Civil Action No. 15-2875 (RBK)

Dear Judge Kugler:

This letter is submitted on behalf of Plaintiffs with regard to the *Daubert* motion filed against defense expert Daniel Catenacci, M.D. Plaintiffs will not be filing a reply brief on the motion since Defendants withdrew Dr. Catenacci as an expert witness, and advised Plaintiffs of the withdrawal of this expert on December 15, 2021.

Thank you for your consideration.

Respectfully,

ADAM M. SLATER

cc:   Defense Executive Committee (via email)
      Plaintiffs' Executive Committee (via email)