# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2875<br><br>HON. ROBERT B. KUGLER<br>CIVIL NO. 19-2875 (RBK) |

## CERTIFICATION OF C. BRETT VAUGHN IN SUPPORT OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF JON P. FRYZEK, MPH, PH.D.

**C. BRETT VAUGHN**, hereby certifies as follows:

1. I am an attorney at law within the State of Kansas with the Hollis Law Firm, and serve on the Plaintiff's Executive Committee. I am fully familiar with the facts and circumstances of these actions. I make this Certification in support of Plaintiffs' reply brief in support of *Daubert* motion to exclude the testimony of Jon P. Fryzek, MPH, Ph.D.

2. Attached hereto as **Exhibit S** is a true and accurate copy of ZHP02563327 Deviation Investigation Report, Investigation Regarding Unknown Impurity (Genotoxic Impurity) of Valsartan API (TEA process), Annex 1c.2, DCE-18003 V2 for valsartan, 2018.

                                                  **HOLLIS LAW FIRM**
                                                  Attorneys for Plaintiffs

                                                  By:   /s/ C. Brett Vaughn
Dated: January 6, 2022                          C. Brett Vaughn RN, BSN, JD