**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| **IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to:<br>*All Actions* | MDL No. 2875<br>Case No.: 1:19-md-02875-RBK-JS |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

To the Clerk:

PLEASE TAKE NOTICE that Ernest F. Koschineg, III, Jessica M. Heinz, Jill H. Fertel, Ethan R. Feldman and Amanda Ruggieri of the law firm Cipriani & Werner, P.C. hereby withdraw their appearance as counsel on behalf of Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC, in the above-captioned matter and request to be removed from the mailing list for this case.

PLEASE TAKE FURTHER NOTICE that Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC will continue to be represented by John P. Lavelle, Jr. of Morgan, Lewis & Bockius LLP.

Dated: January 10, 2022                             Respectfully submitted,

                                                                          */s/ Ernest F. Koschineg*_____
                                                                          Ernest F. Koschineg, III
                                                                          Jessica M. Heinz
                                                                          Jill H. Fertel
                                                                          Ethan R. Feldman
                                                                          Amanda Ruggieri
                                                                          CIPRIANI & WERNER, P.C.
                                                                          450 Sentry Parkway E., Ste. 200
                                                                          Blue Bell, PA 19422
                                                                          Tel. (610) 567-0700
                                                                          Fax (610) 862-1929

ekoschineg@c-wlaw.com  
jheinz@c-wlaw.com  
JFertel@c-wlaw.com  
EFeldman@c-wlaw.com  
ARuggieri@c-wlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2022, I electronically filed the foregoing Notice of Withdrawal of Appearance of Counsel with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Ernest F. Koschineg*_____  
Ernest F. Koschineg, III