# Exhibit 3

| | |
|---|---|
| **From:** | Layne Hilton |
| **To:** | lockardv@gtlaw.com; ruben@honiklaw.com |
| **Cc:** | DECValsartan@btlaw.com; rgeman@lchb.com; mpatronella@classlawdc.com; nmigliaccio@classlawdc.com; kmadiraju@lchb.com; valpec@kirtlandpackard.com; David J. Stanoch; OstfeldG@gtlaw.com; DTDorner@duanemorris.com; DKlinges@duanemorris.com |
| **Subject:** | Re: Valsartan - Craft Deposition |
| **Date:** | Wednesday, January 5, 2022 4:52:31 PM |

Hi Victoria:

We hope that we can avoid the Court's intervention on this matter (especially because Plaintiffs' counsel will be participating remotely as well). However, if Ms. Craft's wishes remain the same by the next discovery CMC on January 18th, and Defendants have not confirmed whether they will assent to a fully remote deposition, please note that Plaintiffs will raise the issue with the Special Master at that time.

Best,

Layne

**From:** "lockardv@gtlaw.com" <lockardv@gtlaw.com>
**Date:** Wednesday, January 5, 2022 at 3:29 PM
**To:** Layne Hilton <l.hilton@kanner-law.com>, "ruben@honiklaw.com" <ruben@honiklaw.com>
**Cc:** "DECValsartan@btlaw.com" <DECValsartan@btlaw.com>, "rgeman@lchb.com" <rgeman@lchb.com>, "mpatronella@classlawdc.com" <mpatronella@classlawdc.com>, "nmigliaccio@classlawdc.com" <nmigliaccio@classlawdc.com>, "kmadiraju@lchb.com" <kmadiraju@lchb.com>, Valsartan PEC <valpec@kirtlandpackard.com>, "David J. Stanoch" <d.stanoch@kanner-law.com>, "OstfeldG@gtlaw.com" <OstfeldG@gtlaw.com>, "DTDorner@duanemorris.com" <DTDorner@duanemorris.com>, "DKlinges@duanemorris.com" <DKlinges@duanemorris.com>
**Subject:** RE: Valsartan - Craft Deposition

Hi Layne,

We are discussing the request below among defense counsel, but given how quickly things change with these waves, we think it makes sense to revisit closer in time to the deposition.

Thanks, Victoria

**Victoria Davis Lockard**
Shareholder
Greenberg Traurig, LLP | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
Tel 678.553.2103 | Fax 678-553-2104
lockardv@gtlaw.com | www.gtlaw.com



**From:** Layne Hilton <l.hilton@kanner-law.com>
**Sent:** Tuesday, January 4, 2022 5:04 PM
**To:** Ruben Honik <ruben@honiklaw.com>; Lockard, Victoria D. (Shld-Atl-LT) <lockardv@gtlaw.com>
**Cc:** DECValsartan@btlaw.com; rgeman@lchb.com; mpatronella@classlawdc.com; nmigliaccio@classlawdc.com; kmadiraju@lchb.com; valpec@kirtlandpackard.com; David J. Stanoch <d.stanoch@kanner-law.com>
**Subject:** Valsartan - Craft Deposition

Victoria:

I write regarding the deposition of Laura Craft.

Ms. Craft has requested that her deposition (set for February 9th) be conducted remotely via Zoom. While Ms. Craft was initially prepared personally appear for her deposition, given the current COVID case trajectory of the last few weeks, she no longer wishes to proceed in that manner. Ms. Craft has recently started caring for a newborn grandchild in the evenings, and she believes the risks are too high given the totality of the circumstances.

To respect her wishes, Plaintiffs will be appearing remotely as well.

Please confirm that Defendants will agree with this request.

Best,

Layne Hilton

---

**From:** Layne Hilton
**Sent:** Wednesday, December 15, 2021 1:43 PM
**To:** Ruben Honik <ruben@honiklaw.com>; lockardv@gtlaw.com
**Cc:** DECValsartan@btlaw.com; rgeman@lchb.com; mpatronella@classlawdc.com; nmigliaccio@classlawdc.com; kmadiraju@lchb.com; valpec@kirtlandpackard.com; David J. Stanoch <d.stanoch@kanner-law.com>
**Subject:** RE: Deposition date for Dr. Kaplan - Med Mon

Victoria:

We confirm the following locations for the class expert depositions:

Conti: Boston, MA
Craft: Near Emeryville, CA (Bay Area)
Najafi: Near Alameda, CA (Bay Area)
Quick: Austin, TX

Panagos: Miami, FL
Kaplan: Chicago, IL
Song: Boston, MA

Thanks,

Layne

---

**From:** Ruben Honik <ruben@honiklaw.com>
**Sent:** Tuesday, December 14, 2021 12:23 PM
**To:** lockardv@gtlaw.com
**Cc:** Layne Hilton <l.hilton@kanner-law.com>; DECValsartan@btlaw.com; rgeman@lchb.com; mpatronella@classlawdc.com; nmigliaccio@classlawdc.com; kmadiraju@lchb.com; valpec@kirtlandpackard.com; David J. Stanoch <d.stanoch@kanner-law.com>
**Subject:** Re: Deposition date for Dr. Kaplan - Med Mon

We are not holding the following day for any of the experts and are proposing limiting the duration of the examination of several of these experts. Our position will be reflected in the agenda letter soon to be sent to the court and defense counsel.

Others on our team will address the remaining "logistical" questions you raise.

Ruben Honik, Esq.
Honik LLC
1515 Market Street
Suite 1100
Philadelphia, Pa. 19102
O: 267-435-1300
M: 215-327-9166
ruben@honiklaw.com
www.honiklaw.com

> On Dec 10, 2021, at 12:35 PM, lockardv@gtlaw.com wrote:
>
> We can set January 19th for Kaplan. Do you have dates for Conti?
>
> Also can you confirm all the experts are holding the following day in case we need it?
>
> Can you also confirm location for all?
>
> **Victoria Davis Lockard**
> Shareholder

Greenberg Traurig, LLP | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
Tel 678.553.2103 | Fax 678-553-2104
lockardv@gtlaw.com | www.gtlaw.com



**From:** Layne Hilton <l.hilton@kanner-law.com>
**Sent:** Monday, December 6, 2021 3:01 PM
**To:** 'DECValsartan@btlaw.com' <DECValsartan@btlaw.com>
**Cc:** rgeman@lchb.com; Mark Patronella <mpatronella@classlawdc.com>; nmigliaccio@classlawdc.com; kmadiraju@lchb.com; valpec@kirtlandpackard.com; David J. Stanoch <d.stanoch@kanner-law.com>
**Subject:** [EXTERNAL]Deposition date for Dr. Kaplan - Med Mon

**\*EXTERNAL TO GT\***

Counsel:

We can provide either January 19th or February 2nd for Dr. Kaplan's deposition. Please let me know whether either of these dates works for Defendants.

Thanks,

Layne

Layne Hilton
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA  70130
(504) 524-5777 voice
(504) 524-5763  fax
www.kanner-law.com

_____
THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED
 RECIPIENT(S) AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED
 INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT,
 PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY
 ALL COPIES OF THE ORIGINAL MESSAGE.
_____

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended

solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more [Click Here](#).

```
CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient.
If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.
```

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at [postmaster@gtlaw.com](mailto:postmaster@gtlaw.com), and do not use or disseminate the information.