# Exhibit A

| | |
|---|---|
| **From:** | Frank H. Stoy |
| **To:** | Layne Hilton; Lockard, Victoria D. (Shld-Atl-LT); "DECValsartan@btlaw.com" |
| **Cc:** | Conlee Whiteley; Ruben Honik; Daniel Nigh; John Davis; David J. Stanoch; rosemarie.bogdan@1800law1010.com |
| **Subject:** | Re: [EXTERNAL]Najafi Deposition |
| **Date:** | Monday, January 10, 2022 10:12:27 PM |
| **Attachments:** | image058950.png<br>image944303.png |

Layne,

February 3 will work for Dr. Najafi's deposition. With regard to the location of the deposition, as with Ms. Craft, Defendants would prefer to wait until closer in time to determine whether it should occur in-person or via Zoom.

Thanks,
Frank


**Frank H. Stoy, Esquire**
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
38th Floor, One Oxford Centre
Pittsburgh, PA 15219
Office: 412-263-4397 | Fax: 412-263-4258
FHS@Pietragallo.com | BIO | vCard
Connect with me on LinkedIn:



This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s). If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this e-mail in error, please immediately notify Pietragallo Gordon Alfano Bosick & Raspanti, LLP by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.

**From:** Layne Hilton <l.hilton@kanner-law.com>
**Date:** Monday, January 10, 2022 at 10:24 AM
**To:** "lockardv@gtlaw.com" <lockardv@gtlaw.com>, "'DECValsartan@btlaw.com'" <DECValsartan@btlaw.com>
**Cc:** Conlee Whiteley <c.whiteley@kanner-law.com>, Ruben Honik <ruben@honiklaw.com>, Daniel Nigh <dnigh@levinlaw.com>, John Davis <jdavis@slackdavis.com>, "David J. Stanoch" <d.stanoch@kanner-law.com>, "rosemarie.bogdan@1800law1010.com" <rosemarie.bogdan@1800law1010.com>
**Subject:** [EXTERNAL]Najafi Deposition

Victoria:

I write regarding the deposition of Dr. Najafi. He is no longer able to be deposed on January 20th. He is available on either February 2nd or February 3rd to sit for a deposition.

Additionally, like Ms. Craft, it is his strong preference to conduct the deposition entirely remotely via zoom due to the current situation with the pandemic.

Please let us know which date works for the Defendants.

Best,

Layne


Layne Hilton
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA  70130
(504) 524-5777 voice
(504) 524-5763  fax
www.kanner-law.com

_____
THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED
 RECIPIENT(S) AND MAY CONTAIN CONFIDENTIAL AND PRIVILEGED
 INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT,
 PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY
 ALL COPIES OF THE ORIGINAL MESSAGE.  _____


**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.


CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.