UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 19-2875 (RBK/KMW) |
| This document relates to:<br>*All actions* ) ) ) | **NOTICE OF APPEARANCE OF JOHN K. GISLESON** |

TO THE CLERK:

Please enter the appearance of JOHN K. GISLESON on behalf of Defendants Aurobindo Pharma Ltd.; Aurobindo Pharma USA, Inc.; and Aurolife Pharma LLC, on this Court's MDL master docket.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to, defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: January 18, 2022          Respectfully submitted,

/s/ *John K. Gisleson*
John K. Gisleson
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA  15219-6401
(412) 560-3300 (telephone)
(412) 560-7001 (facsimile)
john.gisleson@morganlewis.com

*Counsel for Defendants Aurobindo Pharma Ltd.; Aurobindo Pharma USA, Inc.; and Aurolife Pharma LLC*

## CERTIFICATE OF SERVICE

I, John K. Gisleson, do hereby certify that on January 18, 2022, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF JOHN K. GISLESON to be served on all counsel of record via CM/ECF.

Dated: January 18, 2022         */s/ John K. Gisleson*
                                John K. Gisleson