# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | Case No. 19-md-2875-RBK<br>MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge |

### JOINT STIPULATION REGARDING DISMISSAL OF RITE AID CORPORATION AND WALGREEN CO. FROM THE MEDICAL MONITORING MASTER COMPLAINT

WHEREAS, Plaintiffs have named Rite Aid Corporation ("Rite Aid") and Walgreen Co. ("Walgreens") as defendants in the Consolidated Third Amended Medical Monitoring Class Action Complaint, ECF 1709 ("Medical Monitoring Master Complaint");

WHEREAS, on December 22, 2021, putative medical monitoring class representative Kenneth Berkson voluntarily dismissed his case, ECF 1829;

WHEREAS, on December 22, 2021, putative medical monitoring class representative Roland Butler voluntarily dismissed his case, ECF 1831;

WHEREAS, with the dismissal of Plaintiffs Berkson and Butler, none of the putative medical monitoring class representatives filled an at-issue prescription at either Rite Aid or Walgreens; and

WHEREAS, Plaintiffs will stipulate to the voluntary dismissal of Rite Aid and Walgreens from the Medical Monitoring Master Complaint.

It is hereby STIPULATED AND AGREED by and among the undersigned counsel as follows:

1. Plaintiffs will dismiss Rite Aid and Walgreens from the Medical Monitoring Master Complaint.

2. This dismissal shall be without prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: January 18, 2022

By: */s/ Adam Slater*
Adam Slater
MAZIE, SLATER, KATZ & FREEMAN LLC
*Liaison Counsel for Plaintiffs*
103 Eisenhower Pkwy, 2nd Flr.
Roseland, NJ 07068
Phone (973) 228-9898
ASlater@mazieslater.com

DATED: January 18, 2022

By: */s/ Rebecca Bazan*
Rebecca Bazan
DUANE MORRIS LLP
*Attorney for Walgreen Co.*
505 9th Street NW, Suite 1000
Washington, DC 20004
Phone (202) 776-5253
REBazan@duanemorris.com

2

DATED:  January 18, 2022    By:*/s/ Sarah Johnston*
                                                Sarah Johnston
                                                BARNES & THORNBURG LLP
                                                *Attorney for Rite Aid Corporation*
                                                Phone (310) 284-3798
                                                2029 Century Park E., Suite 300
                                                Los Angeles, CA 90067
                                                Sarah.Johnston@btlaw.com

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | Case No. 19-md-2875-RBK<br>MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge |

## [PROPOSED] ORDER

**AND NOW,** on this _____ day of _____ 2022, upon consideration of the attached Stipulation, which applies to Civil Action No. 19-md-2875, it is hereby **ORDERED** that the Stipulation is **APPROVED** and Rite Aid Corporation and Walgreen Co. are hereby dismissed from the Medical Monitoring Master Complaint without prejudice, with each party to bear its own attorneys' fees and costs.

It is so **ORDERED**.

Dated:_____

_____
Hon. Robert B. Kugler