UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VALSARTAN, LOSARTAN, AND
IRBESARTAN PRODUCTS LIABILITY LITIGATION                    MDL No. 2875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −49)**

On February 14, 2019, the Panel transferred 5 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 363 F.Supp.3d 1378 (J.P.M.L. 2019); *see* also Transfer Order, Doc. No. 401 (J.P.M.L. Dec. 18, 2019) (order on scope of MDL No. 2875). Since that time, 93 additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Robert B. Kugler.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Kugler.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of February 14, 2019, and, with the consent of that court, assigned to the Honorable Robert B. Kugler.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

TRUE AND CERTIFIED COPY
David Bruey
8:56 am, Jan 19 2022

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 18, 2022

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: VALSARTAN, LOSARTAN, AND
IRBESARTAN PRODUCTS LIABILITY LITIGATION          MDL No. 2875

### SCHEDULE CTO−49 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| NEW MEXICO | | | |
| NM | 1 | 21−01225 | Esrig v. Torrent Pharmaceuticals LTD et al |