**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No.: 19-02875 (RBK/JS) |

## NOTICE OF APPEARANCE OF JULIE S. GREENBERG

To the Clerk:

Please enter the appearance of Julie S. Greenberg on behalf of Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc., on this Court's MDL master docket.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to, defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: January 24, 2021

                                              *s/ Julie S. Greenberg*
                                              Julie S. Greenberg (PA Bar No. 79697)
                                              DUANE MORRIS LLP
                                              600 Grant Street, Suite 5010
                                              Pittsburgh, PA 15219
                                              Tel: (412) 497-1004
                                              Fax: (412) 202-3330
                                              Email: jsgreenberg@duanemorris.com

                                              *Attorney for Defendants Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., Solco Healthcare U.S., LLC, and Huahai U.S., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2021, I electronically filed the foregoing Notice of Appearance of Julie S. Greenberg with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*s/ Julie S. Greenberg*
Julie S. Greenberg