IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*LEE ESTHER SMOOT*<br><br>Case Number: 1:22-cv-00285 | Master File No. 1:19-MD-02875<br>MDL No. 2875<br><br>HON. ROBERT B. KUGLER<br><br>HON. KAREN M. WILLIAMS |

**RULE 7.1.1(a) DISCLOSURE STATEMENT**

Plaintiff, Lee Esther Smoot, hereby notify the Court, pursuant to Local Rule 7.1.1(a), that there is no person or entity not a party to this action providing funding for any portion of the Plaintiff's attorney's fees or expenses of litigation in exchange for a contingent financial interest based upon the results of the litigation or a non-monetary result that is not in the nature of a personal or bank loan or insurance.

Dated: January 24, 2022

Respectfully Submitted,

/s/ Levi M. Plesset
Levi M. Plesset (CA Bar No. 296039)
MILSTEIN JACKSON FAIRCHILD
& WADE, LLP
10990 Wilshire Blvd, 8th Floor
Los Angeles, CA 90024
Telephone: (310) 396-9600
Facsimile: (310) 396-9635
lplesset@mjfwlaw.com

*Attorney for Plaintiff,*
*Lee Esther Smoot*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on January 24, 2022, using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

*/s/ Levi M. Plesset*
Levi M. Plesset