IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to*<br><br>TERESA ESRIG, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF MARK ESRIG,<br><br>　　　　vs.<br><br>TORRENT PHARMACEUTICALS LTD, et al., | CIVIL NO. 19-2875 (RBK/JS)<br><br>Honorable Robert B. Kugler<br>District Court Judge<br><br><br>Honorable Joe Schneider<br>Magistrate Judge<br><br><br><br><br>Civil Action No.: 1:21-cv- 01225 |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SANDOZ INC.

Plaintiff and Defendants hereby stipulate under Fed. R. Civ P. 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims asserted against Sandoz Inc. The case remains pending against the other Defendants.


Dated: January 27, 2022

Respectfully submitted,

/s/ Michael G. Solon
Michael G. Solon
Linda J. Rios
RIOS LAW FIRM
P.O. Box 3398
Albuquerque, NM 87190
(505) 232-2298
michael.solon@lrioslaw.com
linda.rios@lrioslaw.com

*Counsel for Plaintiff*

/s/ Donald R. McMinn
Donald R. McMinn
Andrew L. Reissaus
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, DC 20005
(202) 898- 5800
dmcminn@Hollingsworthllp.com
areissaus@Hollingsworthllp.com

*Counsel for Defendant Sandoz Inc.*

/s/Alexia R. Brancato
Jay P. Lefkowitz
Devora W. Allon
Alexia R. Brancato
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
jay.lefkowitz@kirkland.com
devora.allon@kirkland.com
alexia.brancato@kirkland.com

*Counsel for Defendant Torrent Pharmaceuticals Ltd.*

/s/ Scott A. McMillin
Scott A. McMillin
Alyssa A. Moscarino
Craig L. Sanders
BENESCH, FRIEDLANDER, COPLAN & ARONOFF
71 South Wacker Drive
Suite 1600
Chicago, IL 60606
(312) 624-6378
smcmillin@beneschlaw.com
amoscarino@beneschlaw.com
csanders@beneschlaw.com

*Counsel for Defendant Macleods Pharmaceutical Ltd.*

/s/ Kenneth J. Ferguson
Kenneth J. Ferguson
GORDON REES SCULLY MANSUKHANI
901 South MoPac Expressway
Building 1, Suite 480
Austin, Texas 78746
(512) 582-6472
kferguson@grsm.com

*Counsel for Defendant PD-RX Pharmaceuticals, Inc.*

/s/ Megan E. Grossman
Megan E. Grossman
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 E. Swedesford Road
Suite 270
Wayne, PA 19087
(215) 977-4087
megan.grossman@lewisbrisbois.com

*Counsel for Defendant Camber Pharmaceuticals, Inc.*

/s/ Brian H. Rubenstein
Brian H. Rubenstein
GREENBERG TRAURIG, LLP
1717 Arch Street
Suite 400
Philadelphia, Pennsylvania 19103
Tel: (215) 988-7864
Fax: (215) 689-4419
rubensteinb@gtlaw.com

*Counsel for Defendant Teva Pharmaceuticals USA, Inc.*

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing was served on this 27th day of January, 2022, on all counsel of record via the CM/ECF system of the United States District Court for the District of New Jersey.

Respectfully submitted,

/s/ Donald R. McMinn

*Counsel for Sandoz Inc.*