## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL No. 19-2875 (RBK/KMW) |
| This document relates to:<br>*All actions* | ) ) **NOTICE OF APPEARANCE OF** ) **YERICCA MORALES** ) |

TO THE CLERK:

Please enter the appearance of YERICCA MORALES on behalf of Defendants Aurobindo Pharma Ltd.; Aurobindo Pharma USA, Inc.; and Aurolife Pharma LLC, on this Court's MDL master docket.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to, defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: January 28, 2022        Respectfully submitted,

*/s/ Yericca Morales*
Yericca Morales
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5000 (telephone)
(215) 963-5001 (facsimile)
yericca.morales@morganlewis.com

*Counsel for Defendants Aurobindo Pharma Ltd.; Aurobindo Pharma USA, Inc.; and Aurolife Pharma LLC*

## **CERTIFICATE OF SERVICE**

I, Yericca Morales, do hereby certify that on January 28, 2022, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF YERICCA MORALES to be served on all counsel of record via CM/ECF.

Dated: January 28, 2022        */s/ Yericca Morales*
                                            Yericca Morales