# EXHIBIT C

This Exhibit contains Confidential or Restricted Confidential Information and is therefore being provided to the Court and the parties' liaison counsel for distribution via email.