| | |
|---|---|
| **From:** | Hill, Coleen W. |
| **To:** | David J. Stanoch; "DECValsartan@btlaw.com" |
| **Cc:** | Valsartan PEC; Geman, Rachel; Nicholas Migliaccio; Ghansel@preti.com; Goldberg, Seth A. |
| **Subject:** | [EXTERNAL]RE: Valsartan -- Deposition Dates for Additional Defense Class Experts |
| **Date:** | Monday, January 31, 2022 9:30:12 PM |

Dear Counsel,

Below you will find dates of availability and locations for the limited depositions of Drs. Bottorff, Britt, Chodosh, and Flack. Please confirm prior to this week's CMC that these depositions will be limited to questioning regarding the experts' newly-disclosed opinions addressing class certification. Obviously, Defendants would object to any effort to re-plow ground already covered with these experts in this litigation, including but not limited to questioning on background, qualifications, general causation opinions, and any other items that were covered in Plaintiffs' prior deposition of these experts.

Please confirm that this agenda item can be removed from the CMC submissions. If there is more to discuss, please let us know as soon as possible so that we can meet and confer in advance of the CMC.

- **Dr. Bottorff**: March 1 (Knoxville, TN)
- **Dr. Britt**: March 8 (Duane Morris, 1875 NW Corporate Boulevard, Suite 300, Boca Raton, FL 33431-8561)
- **Dr. Chodosh**: March 10 (Greenberg Traurig, 1717 Arch Street, Suite 400, Philadelphia, PA 19103)
- **Dr. Flack**: March 8 (Springfield, IL) (Dr. Flack is available beginning at 1 p.m.)

Regards,
Coleen

**Coleen W. Hill**
Associate

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
**P:** +1 215 979 1164
**F:** +1 215 827 5808
**C:** +1 314 749 4461

CWHill@duanemorris.com
www.duanemorris.com

**From:** David J. Stanoch <d.stanoch@kanner-law.com>
**Sent:** Tuesday, January 25, 2022 3:09 PM
**To:** 'DECValsartan@btlaw.com' <DECValsartan@btlaw.com>
**Cc:** Valsartan PEC <valpec@kirtlandpackard.com>; Geman, Rachel <rgeman@lchb.com>; Nicholas Migliaccio <nmigliaccio@classlawdc.com>; Ghansel@preti.com
**Subject:** [EXTERNAL]Valsartan -- Deposition Dates for Additional Defense Class Experts

Dear Counsel,

Defendants did not provide deposition dates for the following defense experts who submitted class certification reports dated January 12, 2022.  Please provide deposition dates and locations for these witnesses promptly:

- Michael Bottorff
- Janice Britt
- Lewis Chodosh
- John Flack

Please note that, in requesting deposition dates for these defense experts, Plaintiffs do not waive any rights or arguments as to the admissibility of these experts' reports or opinions – including but not limited to these experts' offering untimely new or supplemental general causation opinions.

Regards,
Dave


David J. Stanoch
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
(504) 524-5777
www.kanner-law.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.


CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute

```
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.
```

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

```
CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.
```