# EXHIBIT 1

Document Provided to Court on Ex Parte Basis