# EXHIBIT 2

Document Provided to Court on Ex Parte Basis