# EXHIBIT A

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
 2                     CAMDEN VICINAGE
 3

     ****************************
 4   IN RE:  VALSARTAN, LOSARTAN,      MDL No. 2875
     AND IRBESARTAN PRODUCTS
 5   LIABILITY LITIGATION              Civil No.
                                       19-2875.
 6   ***************************      (RBK/JS)
     THIS DOCUMENT APPLIES TO ALL
 7   CASES                            HON ROBERT B.
                                      KUGLER
 8   ***************************
 9           - CONFIDENTIAL INFORMATION -
               SUBJECT TO PROTECTIVE ORDER
10
11          VIDEOTAPED DEPOSITION OF JUCAI GE
                     APRIL 30, 2021
12                     VOLUME IV
13
14          Continuation of the Remote Videotaped via
15   Zoom Deposition of JUCAI GE, commencing at 7:23 a.m.
16   China Standard Time, on the 30th of April, 2021,
17   before Juliana F. Zajicek, Registered Professional
18   Reporter, Certified Shorthand Reporter and Certified
19   Realtime Reporter.
20
21                        - - -
22
                GOLKOW LITIGATION SERVICES
23         877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
24
```

Confidential Information Subject to Protective Order

```
 1   the -- or your -- can you describe your understanding
 2   of Mr. Chen's role as it relates to the day-to-day
 3   aspects of AP -- of -- of API and finished dose
 4   manufacturing?
 5        A.   Mr. Chen has been either the general
 6   manager or the chairman of the board since I joined
 7   the company.  That position is the highest position in
 8   the companies.  You know, our ZHP has many companies
 9   or subsidiaries.  My understanding of Mr. Chen's role
10   is to formulate strategies and manage vice presidents.
11   I don't think he is involved in the day-to-day
12   activities of the API of finished dose product
13   manufacturing.  Simply put, I don't think he has any
14   time for that.
15        Q.   Over the past few days plaintiffs' counsel
16   has asked you about a number of different kinds of
17   documents relating to quality, such as SOPs, the
18   quality management system, the quality management
19   procedures, change control processes, deviation report
20   processes.  I'd like to ask you about Mr. Chen's
21   involvement in those activities.
22             Ms. Ge, how, if -- how, if at all, has
23   Mr. Chen participated in the development and drafting
24   of SOPs pertaining to the manufacture of valsartan?
```

```
 1             You -- you are -- as the director of
 2   quality assurance, you are familiar with the root
 3   cause analysis regarding the nitrosamine impurities in
 4   valsartan?
 5           MS. HILTON:  Objection; leading, form.
 6   BY THE WITNESS:
 7       A.   I organized the investigation on the
 8   nitrosamine impurities in valsartan.  I'm quite
 9   familiar.
10   BY MR. GOLDBERG:
11       Q.   Are you aware of any independent analysis
12   that Mr. Chen contributed to the root cause
13   investigation of the nitrosamine impurities in
14   valsartan?
15           MS. HILTON:  Objection; vague.
16   BY THE WITNESS:
17       A.   I don't understand what you mean by "any
18   independent analysis," but I still want to try to
19   respond to your question based on my understanding of
20   your question.
21           As for the NDMA impurities in the
22   valsartan API, it was the QA department at Chuannan
23   facility that organized the corresponding departments
24   and conducted an investigation.
```

```
 1              For the NDMA impurity investigation,
 2    Mr. Chen never got involved in the root cause
 3    analysis, root cause investigation or creation of the
 4    deviation report.  He never got involved.  All he
 5    knows is from the reports we provided to him.
 6         MR. GOLDBERG:  Thank you.  I have no further
 7    questions.
 8         MS. HILTON:  I have some follow-up questions.
 9                   FURTHER EXAMINATION
10    BY MS. HILTON:
11         Q.   Ms. Ge, you just testified that all of the
12    chairman of the company, Baozhen Chen, knows is from
13    the reports we provided to him.
14              How do you begin to purport to know what
15    knowledge Mr. Chen has about NDMA?
16         A.   He organized a meeting or meetings on the
17    topic of NDMA in valsartan.  He did organize such a
18    meeting or meetings.
19         Q.   So --
20         A.   During the meeting we all reported or all
21    of the departments reported to him regarding the
22    progress of the investigation and -- and -- and other
23    information.
24         Q.   During the meetings, what did Mr. Chen say
```