# EXHIBIT B

**Duane Morris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
AUSTIN
HANOI
HO CHI MINH CITY

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO
AND SRI LANKA

JESSICA PRISELAC
DIRECT DIAL: +1 215 979 1159
PERSONAL FAX: +1 215 827 5486
E-MAIL: JPriselac@duanemorris.com

www.duanemorris.com

January 19, 2022

**VIA E-MAIL**
**RESTRICTED CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Adam M. Slater, Esquire
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ  07068

Re:  **In re Valsartan, Losartan, and Irbesartan Products Liability Litigation**
     **Case No. 1:19-md-02875-RBK-JS**

Counsel:

ZHP remains unsuccessful in obtaining the permission of the government of the People's Republic of China ("PRC"), pursuant to the PRC's Data Security Law, to export documents located in China that the Court has ordered to be produced.  Despite the penalties that might be imposed under Chinese law (as set forth in ZHP's prior briefing on these issues, which ZHP incorporates by reference), ZHP will be producing the documents that are the subject of Special Master Order No. 54.  Please note, however, that although ZHP is in the process of producing those documents, it cannot predict whether the PRC government will intervene to stop their export; accordingly, such production is subject to that possibility.

The documents that are the subject of Plaintiffs' pending motion for sanctions are among those that ZHP is in the process of exporting, and will be produced on a rolling basis.  Accordingly, we request that Plaintiffs withdraw that portion of the motion that relates to ZHP's document production.

Very truly yours,

*Jessica Priselac*

Jessica Priselac

DUANE MORRIS LLP
600 GRANT STREET, SUITE 5010   PITTSBURGH, PA 15219-2802          PHONE: +1 412 497 1000   FAX: +1 412 497 1001

DuaneMorris

January 19, 2022
Page 2

cc:    Seth A. Goldberg (*via email*)
       Rachel M. Good (*via email*)
       Plaintiffs' Executive Committee (*via email*)