# EXHIBIT C

# Herrold, Gregory D.

| | |
|---|---|
| **From:** | Adam Slater <ASlater@mazieslater.com> |
| **Sent:** | Thursday, January 20, 2022 6:14 PM |
| **To:** | Priselac, Jessica |
| **Cc:** | valpec@kirtlandpackard.com; Goldberg, Seth A.; Good, Rachel |
| **Subject:** | Re: Valsartan MDL - ZHP Document Production |

Hi Jessica, we cannot agree to withdraw our motion in whole or in part at this time.  If and when documents are produced we can address this issue.

Thank you,

Adam Slater

> On Jan 19, 2022, at 12:41 PM, Priselac, Jessica <JPriselac@duanemorris.com> wrote:
>
> <Ltr to A. Slater re Document Production 1.19.2022.PDF>