# EXHIBIT F

This Document Contains Confidential or Restricted Confidential Information and is Being Provided to the Court and Opposing Counsel via Email