☐ An official EU website



EUROPEAN MEDICINES AGENCY
SCIENCE MEDICINES HEALTH

# National competent authorities (human)

## Table of contents

- List of national competent authorities in the EEA
- Information on coronavirus disease (COVID-19)

**The European Medicines Agency works closely with the national competent authorities of the Member States of the European Union (EU) and the European Economic Area (EEA) responsible for human medicines.**

The national competent authorities are primarily responsible for the authorisation of medicines available in the EU that do not pass through the centralised procedure.

They also supply thousands of European experts who serve as members of the Agency's scientific committees, working parties or in assessment teams supporting their members.

For more information on how EMA works together with the national competent authorities, see European medicines regulatory network.

## List of national competent authorities in the EEA

| Austria |
|---|
| Austrian Agency for Health and Food Safety [↗] |
| Spargelfeldstraße 191<br>1220 Wien<br>Austria<br>Tel. +43 5 0555-0<br>Fax +43 5 0555-22019<br>www.ages.at [↗] |
| AGES<br>Österreichische Agentur für Gesundheit und Ernährungssicherheit GmbH |
| Belgium |
| Federal Agency for Medicines and Health Products (FAMHP) [↗] |

| | |
|---|---|
| Eurostation building, block 2<br>place Victor Horta, 40/ 40<br>1060 Brussels<br>Belgium<br>Tel. +32 2 524 7111<br>E-mail: info.medicines@fagg-afmps.be<br>www.famhp.be | |
|  | |
| Bulgaria | |
| Bulgarian Drug Agency | |
| 8 Damyan Gruev Str.<br>Sofia 1303<br>Bulgaria<br>Tel. +359 2 890 35 55<br>Fax +359 2 890 34 34<br>E-mail: bda@bda.bg<br>www.bda.bg | |
|  | |
| Croatia | |
| Agency for medicinal products and medical devices of Croatia | |
| Ksaverska cesta 4<br>10 000 Zagreb<br>Tel. +385 1 4884 100<br>Fax: +385 1 4884 110<br>E-mail: halmed@halmed.hr<br>www.halmed.hr | |
|  | |
| Cyprus | |
| Ministry of Health - Pharmaceutical Services | |
| Pharmaceutical Services<br>Ministry of Health<br>1475 Nicosia<br>Cyprus<br>Tel: +357 22608620 | |

| |
|---|
| Fax: +357 22608649<br>E-mail: phscentral@phs.moh.gov.cy<br>www.moh.gov.cy/phs |
| <br><br>REPUBLIC OF CYPRUS |
| Czechia |
| State Institute for Drug Control |
| Srobárova 48<br>100 41 Praha 10<br>Czechia<br>Tel. +420 272 185 333<br>Fax +420 272 185 756<br>E-mail: infs@sukl.cz<br>www.sukl.cz |
|  |
| Denmark |
| Danish Medicines Agency |
| Axel Heides Gade 1<br>2300 København S<br>Denmark<br>Tel. +45 7222 7400<br>E-mail: dkma@dkma.dk<br>www.laegemiddelstyrelsen.dk |
| <br>LÆGEMIDDELSTYRELSEN<br>DANISH MEDICINES AGENCY |
| Estonia |
| State Agency of Medicines |
| 1 Nooruse Street<br>50411 Tartu<br>Estonia<br>Tel. +372 737 41 40<br>Fax +372 737 41 42<br>E-mail: info@ravimiamet.ee<br>www.ravimiamet.ee |

REPUBLIC OF ESTONIA
AGENCY OF MEDICINES

| Finland |
|---|
| Finnish Medicines Agency |
| P.O. Box 55<br>FI-00034 FIMEA<br>Finland<br>Tel. +358 29 522 3341<br>Fax +358 29 522 3002<br>www.fimea.fi |
| <br>Lääkealan turvallisuus- ja kehittämiskeskus<br>Säkerhets- och utvecklingscentret för läkemedelsområdet<br>Finnish Medicines Agency |
| France |
| National Agency for the Safety of Medicine and Health Products |
| 143-147 bd Anatole France<br>93285 Saint Denis cedex<br>France<br>Tel. +33 1 55 87 30 00<br>www.ansm.sante.fr |
| <br>Agence nationale de sécurité du médicament et des produits de santé |
| Germany |
| Federal Institute for Drugs and Medical Devices |
| Kurt-Georg-Kiesinger-Allee 3<br>53175 Bonn<br>Germany<br>Tel. +49 (0)228-207-30<br>Fax +49 (0)228-207-5207<br>E-mail: poststelle@bfarm.de<br>www.bfarm.de |
| <br>Bundesinstitut für Arzneimittel und Medizinprodukte |

| |
|---|
| Germany |
| Paul Ehrlich Institute [↗] |
| Paul-Ehrlich-Straße 51-59<br>63225 Langen<br>Germany<br>Tel. +49 6103 77 0<br>Fax +49 6103 77 1234<br>E-mail: pei@pei.de<br>www.pei.de/ [↗] |
|  |
| Greece |
| National Organization for Medicines [↗] |
| Messogion Avenue 284<br>15562 Athens<br>Greece<br>Tel. +30 213 2040 200<br>Fax +30 210 6545 535<br>E-mail: relation@eof.gr<br>www.eof.gr [↗] |
| |
| Hungary |
| National Institute of Pharmacy and Nutrition [↗] |
| Zrínyi U. 3<br>1051 Budapest<br>Hungary<br>Tel. +36 1 88 69 -300<br>Fax +36 1 88 69-460<br>E-mail: ogyei@ogyei.gov.hu<br>www.ogyei.gov.hu [↗] |
|  |
| Iceland |
| Icelandic Medicines Agency [↗] |
| Vínlandsleið 14<br>113 Reykjavík<br>Iceland<br>Tel. +354 520 2100 |

| | |
|---|---|
| Fax +354 561 2170<br>E-mail: ima@ima.is<br>www.ima.is | |
|  | |
| Ireland | |
| Health Products Regulatory Authority (HPRA) | |
| Kevin O'Malley House,<br>Earlsfort Centre,<br>Earlsfort Terrace,<br>Dublin 2,<br>Ireland<br>Tel. +353 1 676 4971<br>Fax +353 1 676 7836<br>E-mail: info@hpra.ie<br>www.hpra.ie | |
|  | |
| Italy | |
| Italian Medicines Agency | |
| Via del Tritone, 181<br>00187 Roma<br>Italy<br>Tel. +39 06 5978401<br>Fax +39 06 59784312<br>www.aifa.gov.it | |
|  | |
| Latvia | |
| State Agency of Medicines | |
| 15 Jersikas Street<br>1003 Riga<br>Latvia<br>Tel. +371 7078424<br>Fax +371 7078428<br>E-mail: info@zva.gov.lv<br>www.zva.gov.lv | |



State Agency of Medicines of the Republic of Latvia

| Liechtenstein |
|---|
| Office of Health / Department of Pharmaceuticals [↗] |
| Äulestr 512<br>9490 Vaduz<br>Liechtenstein<br>c |
| <br>LANDESVERWALTUNG<br>FURSTENTUM LIECHTENSTEIN |
| Lithuania |
| State Medicines Control Agency [↗] |
| Žirmūnų g. 139A<br>09120 Vilnius<br>Lithuania<br>Tel. +370 5 263 9264<br>Tel +370 5 263 9265<br>E-mail: vvkt@vvkt.lt<br>www.vvkt.lt [↗] |
|  |
| Luxembourg |
| Ministry of Health [↗] |
| Allée Marconi<br>2120 Luxembourg<br>Luxembourg<br>E-mail: ministere-sante@ms.etat.lu<br>www.ms.etat.lu [↗] |
|  |

| |
|---|
| Malta |
| Malta Medicines Authority (MMA) [↗] |
| Sir Temi Żammit Buildings<br>Malta Life Sciences Park<br>San Ġwann<br>SĠN 3000<br>Malta<br>Tel. +356 23439000<br>Fax +356 23439161<br>E-mail: info.medicinesauthority@gov.mt<br>www.medicinesauthority.gov.mt [↗] |
|  |
| Netherlands |
| Medicines Evaluation Board [↗] |
| Graadt van Roggenweg 500<br>3531 AH Utrecht<br>The Netherlands<br>Tel. +31 (0) 88 224 8000<br>Fax +31 (0) 88 224 8001<br>Contact: Submit your question [↗] |
|  |
| Netherlands |
| Healthcare and Youth Care Inspectorate, Ministry of Health, Welfare and Sport [↗] |
| Stadsplateau 1<br>3521 AZ Utrecht<br>The Netherlands<br>Tel. +31 88 120 5000<br>Fax +31 88 120 5001<br>E-mail: meldpunt@igz.nl<br>www.igj.nl [↗] |
|  Inspectie Gezondheidszorg en Jeugd<br>*Ministerie van Volksgezondheid,*<br>*Welzijn en Sport* |
| Norway |

| | |
|---|---|
| Norwegian Medicines Agency [↗] | |
| Postboks 240 Skøyen<br>0213 Oslo<br>Norway<br>Tel. +47 22 89 77 00<br>E-mail:post@noma.no<br>https://legemiddelverket.no [↗] | |
|  Norwegian Medicines Agency | |
| Poland | |
| Office for Registration of Medicinal Products, Medical Devices and Biocidal Products [↗] | |
| Al. Jerozolimskie 181C<br>02-222 Warsaw<br>Poland<br>Tel. +48 (22) 492 11 00<br>Fax +48 (22) 492 11 09<br>www.urpl.gov.pl [↗] | |
|  | |
| Poland | |
| Chief Pharmaceutical Inspectorate [↗] | |
| Senatorska 12<br>00-082 Warsaw<br>Poland<br>Tel. +48 22 831 21 31<br>Fax +48 22 831 02 44<br>E-mail: gif@gif.gov.pl<br>www.gif.gov.pl [↗] | |
|  | |
| Portugal | |
| National Authority of Medicines and Health Products [↗] | |
| Parque de Saúde de Lisboa - Avenida do | |

Brasil, 53
1749-004 Lisboa
Portugal
Tel. +351 217987100
Fax +351 217987316
E-mail: infarmed@infarmed.pt
www.infarmed.pt



Romania

National Authority of Medicines and Medical Devices of Romania

Str. Aviator Sanatescu 48
011478 Bucharest
Romania
Tel. +4021 317 11 00
Fax +4021 316 34 97
www.anm.ro



Slovakia

State Institute for Drug Control

Kvetná 11
825 08 Bratislava 26
Slovakia
Tel. +421 2 5070 1111
Fax +421 2 5556 4127
E-mail: sukl@sukl.sk
www.sukl.sk



Slovenia

Agency for Medicinal Products and Medical Devices of the Republic of Slovenia

Slovenčeva ulica 22
1000 Ljubljana
Slovenia
Tel. + 38 6 8 2000 500
Fax + 38 6 8 2000 510

| |
|---|
| E-mail: info@jazmp.si<br>www.jazmp.si |
|  |
| Spain |
| Spanish Agency for Medicines and Health Products |
| Parque Empresarial<br>Las Mercedes Edificio 8C/.<br>Campezo, 1<br>28022 Madrid<br>Spain<br>www.aemps.gob.es |
|  |
| Sweden |
| Swedish Medical Products Agency |
| Dag Hammarskjölds väg 42 / Box 26<br>751 03 Uppsala<br>Sweden<br>Tel. +46 18 17 46 00<br>Fax +46 18 54 85 66<br>E-mail: registrator@mpa.se<br>www.lakemedelsverket.se |
|  |

## Information on coronavirus disease (COVID-19)

The national competent authorities publish information on coronavirus disease (COVID-19) and on COVID-19 treatments and vaccines in national languages. For a full list of these information resources, see:

- Information on COVID-19 from HMA and EEA Member States

European Medicines Agency
Domenico Scarlattilaan 6
1083 HS Amsterdam
The Netherlands

Tel: +31 (0)88 781 6000

How to find us

Postal address and deliveries

Business hours and holidays

For the United Kingdom, as of 1 January 2021, European Union law applies only to the territory of Northern Ireland (NI) to the extent foreseen in the Protocol on Ireland / NI.

© 1995-2022 European Medicines Agency

European Union agencies network 

An agency of the European Union