An official EU website



# Strengthening EU-US cooperation in medicine inspections

News 23/08/2017

**New commitment allows FDA to share full inspection reports with European Commission and EMA**

The European Commission (EC), the United States (US) Food and Drug Administration (FDA) and the European Medicines Agency (EMA) have signed a new confidentiality commitment that allows the US regulator to share non-public and commercially confidential information, including trade secret information relating to medicine inspections with EU regulators. This confidentiality commitment is a milestone in the ongoing implementation of the mutual recognition of inspections of medicine manufacturers and it aims to strengthen the EU-US relationship. Ultimately it will contribute to a more efficient use of inspection resources by regulators for the protection of human and animal health.

The EU and the US have had confidentiality arrangements in place since 2003, allowing for the exchange of confidential information as part of their regulatory and scientific processes. However, complete exchange of information was not possible under these arrangements.

The new confidentiality commitment formally recognises that FDA's EU counterparts have the authority and demonstrated ability to protect the relevant information. This step now allows the sharing of full inspection reports, allowing regulators to make decisions based on findings in each other's inspection reports and to make better use of their inspection resources to focus on manufacturing sites of higher risk.

## Related content

- Partners and networks: United States
- Mutual recognition agreements

## Related documents 


Statement of authority and confidentiality commitment from the European Comission's Directorate-General for Health and Food Safety and the European Medicines Agency (EMA) not to publicy disclose non-public information sh... (PDF/117.78 KB)

First published: 23/08/2017
Last updated: 23/08/2017


Statement of authority and confidentiality commitment from the United States Food and drug Administration (FDA) not publicly disclose non-public information shared by the European Commission's Directorate-General for Hea... (PDF/212.82 KB)

First published: 23/08/2017
Last updated: 23/08/2017

## External links

- US Food and Drug Administration (FDA)
- European Commission

European Medicines Agency
Domenico Scarlattilaan 6
1083 HS Amsterdam
The Netherlands

Tel: +31 (0)88 781 6000

How to find us

Postal address and deliveries

Business hours and holidays

For the United Kingdom, as of 1 January 2021, European Union law applies only to the territory of Northern Ireland (NI) to the extent foreseen in the Protocol on Ireland / NI.

© 1995-2022 European Medicines Agency

European Union agencies network 

An agency of the European Union