# ATTACHMENT A

# ATTACHMENT A

| LINDA LIN DEPOSITION TIME | |
|---|---|
| **Deposition Day** | **Length of Time (hr:min:sec)** |
| Linda Lin Day 1 | 5:02:00 |
| Linda Lin Day 2 | 5:23:00 |
| Linda Lin Day 3 | 5:01:00 |
| Linda Lin Day 4 | 3:24:00 |
| | **TOTAL TIME: 18:50:00** |

| Excerpts with "Document Speaks for Itself" Objections[1] | Length of Time (hr:min:sec) |
|---|---|
| Lihong (Linda) Lin Excerpt 1 - May 5, 2021 132:22-133:7 | 0:01:11 |
| Lihong (Linda) Lin Excerpt 2 - May 5, 2021 143:6-144:19 | 0:05:47 |
| Lihong (Linda) Lin Excerpt 3 - May 5, 2021 146:1-147:13 | 0:05:55 |
| Lihong (Linda) Lin Excerpt 4 - May 5, 2021 149:13-152:1 | 0:07:44 |
| Lihong (Linda) Lin Excerpt 5 - May 5, 2021 163:20-164:20 | 0:03:59 |
| Lihong (Linda) Lin Excerpt 6 - May 6, 2021 274:9-274:21 | 0:01:04 |
| Lihong (Linda) Lin Excerpt 7 - May 6, 2021 320:20-321:3 | 0:01:05 |
| Lihong (Linda) Lin Excerpt 9 - May 5, 2021 199:24-204:24 | 0:16:17 |
| | **TOTAL TIME: 0:43:02** |

---

[1] These excerpts are cited in Plaintiffs' Motion for Sanctions against the ZHP Parties ("Motion"). *See* Mot. at 37-45. Given that Plaintiffs provided the incorrect page and line numbers for these excerpts in their Motion, the ZHP Parties have provided the Court with the correct citations.