## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler |

## PLAINTIFF RALEIGH WOLFE'S NOTICE OF
## <u>VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Plaintiff, Raleigh Wolfe, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of his voluntary dismissal of all of his claims asserted against all defendants in this action, without prejudice, in the above-referenced matter.

Specifically, Rule 41(a)(1)(A)(i) sets out that a plaintiff may voluntarily dismiss her claims without prejudice and without a court order by notice at any time prior to the defendants filing an answer or moving for summary judgment.  Thus, Plaintiff's request is permitted as of the filing of this Notice.  In light thereof, Plaintiff asserts that voluntary dismissal by notice alone is appropriate under Rule 41(a)(1)(A)(i).

Dated: February 14, 2022                    Respectfully submitted,


/s/ Ruben Honik                             /s/ Daniel Nigh
Ruben Honik                                 Daniel Nigh
Honik LLC                                   LEVIN, PAPANTONIO, THOMAS,
1515 Market Street, Suite 1100              MITCHELL RAFFERTY & PROCTOR, P.A
Philadelphia, PA 19102                      316 South Baylen Street
Phone: (267) 435-1300                       Pensacola, FL 32502
ruben@honiklaw.com                          Phone: (850) 435-7013
                                            dnigh@levinlaw.com

/s/ Adam Slater

Adam Slater
MAZIE, SLATER, KATZ & FREEMAN, LLC
103 Eisenhower Pkwy, 2nd Flr.
Roseland, NJ 07068
Phone: (973) 228-9898
aslater@mazieslater.com


**MDL Plaintiffs' Co-Lead Counsel**

/s/ Conlee S. Whiteley

Conlee S. Whiteley
KANNER & WHITELEY, LLC
701 Camp Street
New Orleans, LA 70130
Phone: (504)-524-5777
c.whiteley@kanner-law.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 14th day of February, 2022, I caused a true and correct copy of the foregoing to be filed and served upon all counsel of record by operation of the Court's CM/ECF system.

*/s/ David J. Stanoch*
David J. Stanoch
