# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

February 15, 2022

**VIA CM/ECF**
Honorable Thomas I. Vanaskie, Special Master
Stevens & Lee, P.C.
1500 Market Street, East Tower, 18th Floor
Philadelphia, Pennsylvania 19103

      Re:   *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*,
            No. 1:19-md-02875-RBK (D.N.J.)

Dear Judge Vanaskie:

Plaintiffs respectfully submit this letter in advance of the February 16, 2022 status conference.

### 1. Update on status of Darring, O'Neill, and Wolfe

Plaintiffs have filed notices of voluntarily dismissal without prejudice for Celestine Daring, Richard O'Neill, and Raleigh Wolfe.

### 2. Extension of briefing deadlines for Class Certification-related motions

This morning, the Parties met and conferred on the scheduling of the depositions of Defendants' class certification experts, the related briefing, as well as the upcoming *Daubert* hearings. Plaintiffs will be prepared to discuss this issue further with the Court at the status conference.

Hon. Thomas I. Vanaskie, Special Master
February 15, 2022
Page 2

Thank you for your courtesies and consideration.

Respectfully,

ADAM M. SLATER

cc:   All Counsel (via CM/ECF)