UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master |

**CONSENTED MOTION TO EXTEND THE TIME TO FILE MOTION TO REDACT AND SEAL PORTIONS OF THE HEARING TRANSCRIPT OF JANUARY 18, 2022**

Defendants Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP"), Prinston Pharmaceutical Inc. ("Prinston"), Huahai U.S. Inc. ("Huahai U.S.") and Solco Healthcare U.S., LLC ("Solco", and collectively with ZHP, Huahai U.S., and Prinston, "the ZHP Parties"), by and through their counsel, and with the consent of Plaintiffs' counsel, respectfully move to extend the time to file a Motion to redact and seal portions of the transcript of the hearing before Special Discovery Master Judge Vanaskie on January 18, 2022 (the "Jan. 18 Transcript").

1

On January 18, 2022, the parties participated in a hearing before the Special Discovery Master regarding Plaintiffs' challenges to the ZHP Parties' Restricted Confidential designations for eleven (11) documents. During the hearing, Your Honor requested the parties to file supplemental letter briefs. The parties' briefs were filed on February 8, 2022. To date, no Order has been entered regarding the matters addressed during the January 18 hearing. The ZHP Parties anticipate the need to file a motion to redact and seal portions of the Jan. 18 Transcript pursuant to Local Rule 5.3(g), but the scope of any such motion to redact and seal is dependent upon the content of the Special Discovery Master's Order when issued.

Counsel for the ZHP Parties met and conferred with Plaintiffs' counsel regarding a Motion to Seal, and, in the course of that meeting, Plaintiffs consented to an extension of time for filing of any motion to redact and seal until fourteen (14) days following the entry of the Special Discovery Master's Order. *See* 2/17/2022 email exchange between J. Greenberg, Esq. and C. Geddis, Esq., attached hereto as Exhibit A.

Accordingly, the ZHP Parties, with the consent of Plaintiffs' counsel, respectfully request that the Court extend the time for filing a Motion to Redact and

Seal the Jan. 18 Transcript in accordance with the attached form of Order submitted herewith.

Dated: February 18, 20212                              Respectfully submitted,

                                                                             /s/ Julie S. Greenberg
                                                                                   Julie S. Greenberg, Esq.

                                                                             DUANE MORRIS LLP

                                                                             Seth A. Goldberg, Esq.
                                                                             Julie S. Greenberg, Esq.
                                                                             Gregory Herrold, Esq.
                                                                             Lauren Pugh, Esq.
                                                                             30 South 17th Street
                                                                             Philadelphia, Pennsylvania 19103
                                                                             Tel.: (215) 979-1000
                                                                             Fax: (215) 979-1020
                                                                             SAGoldberg@duanemorris.com
                                                                             JSGreenberg@duanemorris.com
                                                                             GDHerrold@duanemorris.com
                                                                             LPugh@duanemorris.com

                                                                             *Attorneys for Zhejiang Huahai Pharmaceutical Co, Ltd., Prinston Pharmaceutical Inc., Huahai U.S. Inc., and Solco Healthcare U.S., LLC*

3

## CERTIFICATE OF SERVICE

I, Julie S. Greenberg, Esq., hereby certify that complete copies of the foregoing ZHP Parties' Consented Motion to Extend the Time to File a Motion to Redact and Seal Portions of the Hearing Transcript Dated January 18, 2022 have been filed electronically on the docket for this matter and are available for viewing and downloading from the ECF system. These documents are being served upon the following counsel on February 18, 2022 through the ECF system, and a courtesy copy is being sent by email to:

> Adam M. Slater, Esq.
> Plaintiffs' Liaison Counsel
> Mazie Slater Katz & Freeman, LLC
> 103 Eisenhower Parkway
> Roseland, NJ 07068

> */s/ Julie S. Greenberg*

DM1\12878343.1