# EXHIBIT A

**Subject:** FW: Motion to Seal 1/18/2022 Transcript - Plaintiffs' Consent Requested

---

**From:** Greenberg, Julie S.
**Sent:** Thursday, February 17, 2022 2:21 PM
**To:** Christopher Geddis <CGeddis@mazieslater.com>
**Cc:** Klein, Alan <AKlein@duanemorris.com>
**Subject:** Re: Motion to Seal 1/18/2022 Transcript - Plaintiffs' Consent Requested

Thanks Chris.

> On Feb 17, 2022, at 2:00 PM, Christopher Geddis <CGeddis@mazieslater.com> wrote:
>
> Julie,
>
> Plaintiffs agree to your proposed extension.
>
> Best,
> Chris
>
>> **From:** Greenberg, Julie S. <JSGreenberg@duanemorris.com>
>> **Sent:** Thursday, February 17, 2022 1:36 PM
>> **To:** Christopher Geddis <CGeddis@mazieslater.com>
>> **Cc:** Klein, Alan <AKlein@duanemorris.com>
>> **Subject:** Re: Motion to Seal 1/18/2022 Transcript - Plaintiffs' Consent Requested
>>
>> Hi Chris, the Motion to Seal is due on Tuesday, February 22nd under the current schedule. Would you consent to a motion to extend the date for filing the motion to seal the transcript that would maintain the current "temporary" sealed status of the transcript? Perhaps an extension to 2 weeks after Judge Vanaskie issues an Order on the 1/18 hearing?
>>
>> Thanks,
>> Julie
>>
>>> On Feb 17, 2022, at 12:19 PM, Christopher Geddis <CGeddis@mazieslater.com> wrote:
>>>
>>> Hi Julie,
>>>
>>> Plaintiffs would like to wait for the Court's decision/order on the documents at issue in this transcript before finalizing any redactions. Does ZHP agree?

1

Best,
Chris

---

**From:** Greenberg, Julie S. <JSGreenberg@duanemorris.com>
**Sent:** Tuesday, February 15, 2022 5:09 PM
**To:** Christopher Geddis <CGeddis@mazieslater.com>
**Cc:** Klein, Alan <AKlein@duanemorris.com>
**Subject:** Motion to Seal 1/18/2022 Transcript - Plaintiffs' Consent Requested

Dear Chris,

I write to request that Plaintiffs consent to the ZHP Parties' Motion to Seal portions of the transcript from the January 18, 2022 hearing ("Transcript"). Based on our review of the Transcript we identified a small number of redactions that relate to the five (5) documents the Special Master determined during the hearing should remain sealed as restricted confidential information. Additionally, we identified two redactions from to the parties' arguments regarding the GMP Inspection Report. We recognize that these latter two redactions may be subject to adjustment once the Special Master issues his ruling on our letter briefs. However, until the parties have a ruling on the GMP Inspection Report, the identified statements in the Transcript should remain sealed.

Attached to this email is a copy of the Transcript bearing the proposed redactions and a chart identifying the specific page/line redactions and the specific language to be redacted.

Please review the proposed redactions and let me know by close of business on Thursday, February 17, 2022 whether Plaintiffs will consent to the Motion to Seal.

Warm regards,
Julie

www.duanemorris.com

**Julie S. Greenberg**
Special Counsel

Duane Morris LLP
600 Grant Street, Suite 5010
Pittsburgh, PA 15219-2802

**P:** +1 412 497 1004
**F:** +1 412 202 3330
**C:** +1 412 480 3979

E-MAIL | BIO | VCARD

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.