UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master<br><br>**[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME TO FILE MOTION TO REDACT AND SEAL TRANSCRIPT OF JANUARY 18, 2022 HEARING** |

THIS MATTER having been brought before the Court by way of the Consented Motion to Extend the Time to File a Motion to Redact and Seal the Transcript of the Court's hearing dated January 18, 2022, filed by Defendants Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP"), Prinston Pharmaceutical Inc. ("Prinston"), Huahai U.S. Inc. ("Huahai U.S."), and Solco Healthcare U.S., LLC ("Solco," and collectively with ZHP and Prinston, "the ZHP Parties"), and with the consent of Plaintiffs' counsel, is hereby **GRANTED**.

1

**IT IS FURTHER ORDERED THAT** the ZHP Parties shall have fourteen (14) days following the entry of an Order regarding the January 18, 2022 hearing to file a Motion to Redact and Seal the Jan. 18 Transcript.

**Dated:**_____

By the Court:

_____
Hon. Thomas Vanaskie, (Ret.)
Special Discovery Master