# Exhibit 55

**Litigation Notices Issued by ZHP Parties as of December 30, 2019**

| Name | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on March 6, 2019 | Notice sent on behalf of Jun Du on March 7, 2019 | Notice sent on behalf of Jun Du on November 19, 2019 | Notice sent on behalf of Jun Du on November 20, 2019 | Notice sent on behalf of Jun Du on November 27, 2019 | Notice sent on behalf of Jun Du on December 11, 2019 | Notice sent on behalf of Jun Du on December 19, 2019 | Notice sent on behalf of Jun Du on December 20, 2019 | Notice sent on behalf of Jun Du on December 21, 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| An, Jianguo | | | | | | | | | X | | |
| Arbab, Noor | X | | | | | | | | | | |
| Arnold, Matthew | X | | X | | | | | | | | |
| Ayres, David | X | | X | | X | | | | | | |
| Bao, Chaohua | | | | | | | X | | | | |
| Bill, Jr., Jon M. | | | | | X | | | | | | |
| Cai, Ping (Dan) | | | | | | X | | | | | |
| Chen, Baozhen | | X | | X | | X | | | | | |
| Chen, Boahua | | | | | | X | | | | | |
| Chen, Q. M. | | X | | X | | | | | X | | |
| Chen, Wei | | | | | | X | | | | | |
| Chen, Wenbin | | X | | X | | X | | | | | |
| Chen, Xiang | | | | | | | | X | | | |
| Chen, Y. F. | | | | | | X | | | | | |
| Chen, Yingzhi | | | | | | X | | | | | |
| Chen, Yong | | | | | | | | | X | | |
| Chen, Yuanyan | | | | | | X | | | | | |
| Chen, Yuping | | | | | | X | | | | | |
| Cheng, Jie | | | | | | | | | X | | |
| Cheng, Wei | | | | | | X | | | | | |
| Dong, Peng | | X | | X | | X | | | | | |
| Du, Jun | X | | X | | X | | | | | | |
| Fang, Yuling | X | | X | | | | | | | X | |
| Farrell, Doug | X | | X | | X | | | | | | |
| Gao, Xiaojun | | | | | | X | | | | | |
| Ge, Jucai | | X | | X | | X | | | | | |
| Gelineau, Hillary | X | | X | | X | | | | | | |
| Gergis, Remonda | X | | X | | X | | | | | | |

**Litigation Notices Issued by ZHP Parties as of December 30, 2019**

| Name | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on March 6, 2019 | Notice sent on behalf of Jun Du on March 7, 2019 | Notice sent on behalf of Jun Du on November 19, 2019 | Notice sent on behalf of Jun Du on November 20, 2019 | Notice sent on behalf of Jun Du on November 27, 2019 | Notice sent on behalf of Jun Du on December 11, 2019 | Notice sent on behalf of Jun Du on December 19, 2019 | Notice sent on behalf of Jun Du on December 20, 2019 | Notice sent on behalf of Jun Du on December 21, 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Groenewoud, Pieter | | | | | X | | | | | | |
| Gu, Eric | | X | | X | | X | | | | | |
| Gu, Ziqiang | | | | | | X | | | | | |
| Guo, Xiaodi | X | | X | | X | | | | | | |
| Han, Fang | | | | X | | | | | | | X |
| Han, Yang | | | | | | | X | | | | |
| He, Xin | | | | | X | | | | | | |
| He, Y. Y. | | | | | | | X | | | | |
| Hu, Min | | | | | | | X | | | | |
| Hu, Ping | | | | | | | | | X | | |
| Hu, Wenping | | | | | | X | | | | | |
| Hu, Yuelin | | X | | X | | X | | | | | |
| Hu, Zhicheng | | | | | | | | X | | | |
| Huang, Luning | | | | | | | | | X | | |
| Iozzia, John | X | | X | | X | | | | | | |
| Jia, Zhengjun | | | | | | X | | | | | |
| Jin, Yongjun | | | | | | X | | | | | |
| Jin, Yun | | | | | | X | | | | | |
| Jing, Jin | | | | | | X | | | | | |
| Kaufman, Ron | X | | X | | X | | | | | | |
| Keith, Chris | X | | X | | X | | | | | | |
| Kong, Xiaofang (Maggie) | X | | X | | X | | | | | | |
| Kuang, Xiaxia | | | | | | | | | X | | |
| Kuo, Shenghung | X | | | | | | | | | | |
| Li, Hongchao | | | | | | X | | | | | |
| Li, J. Y. | | | | | | X | | | | | |
| Li, Min | | X | | X | | X | | | | | |
| Li, Na | | | | | | | | | X | | |

**Litigation Notices Issued by ZHP Parties as of December 30, 2019**

| Name | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on March 6, 2019 | Notice sent on behalf of Jun Du on March 7, 2019 | Notice sent on behalf of Jun Du on November 19, 2019 | Notice sent on behalf of Jun Du on November 20, 2019 | Notice sent on behalf of Jun Du on November 27, 2019 | Notice sent on behalf of Jun Du on December 11, 2019 | Notice sent on behalf of Jun Du on December 19, 2019 | Notice sent on behalf of Jun Du on December 20, 2019 | Notice sent on behalf of Jun Du on December 21, 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Li, Qiangming | | X | | X | | X | | | | | |
| Li, Qing | | | | | | | | X | | | |
| Li, Xiaoling | | | | | | X | | | | | |
| Li, Yaohan (Isabel) | X | | X | | X | | | | | | |
| Liang, Zunjun | | X | | X | | | X | | | | |
| Lin, Jie | | | | | | | X | | | | |
| Lin, Linda | X | X | X | X | | X | | | | | |
| Lin, Ling | | | | | | | | | X | | |
| Lin, Mudan | | | | | | | X | | | | |
| Liu, Nelson | X | | X | | X | | | | | | |
| Liu, Taofang | | | | | | | X | | | | |
| Liu, Tiyun | | | | | | | X | | | | |
| Liu, X. G. | | | | | | X | | | | | |
| Liu, Xiaoming | | X | | X | | X | | | | | |
| Liu, Yanfeng (Lucy) | | | | | | X | | | | | |
| Luo, Guangyu | X | | X | | X | | | | | | |
| Meng, Yanhua (Anne) | | X | | X | | | X | | | | |
| Min, Jin | | X | | X | | | | | X | | |
| Min, Zeqi | | | | | | | | | X | | |
| Pajoohi, Ken | X | | X | | X | | | | | | |
| Ping, Huling | | X | | X | | | | | X | | |
| Qiao, Gavin | X | | | | X | | | | | | |
| Qiu, Hongchun | | | X | | X | | | | | | |
| Qiu, Jane | | | | | X | | | | | | |
| Shang, Fei | | | | X | | X | | | | | |
| Shang, Peng | | | | | X | | | | | | |
| Sun, Dengxue | | | | | | | X | | | | |
| Tan, Li | | | | | | | X | | | | |

## Litigation Notices Issued by ZHP Parties as of December 30, 2019

| Name | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on March 6, 2019 | Notice sent on behalf of Jun Du on March 7, 2019 | Notice sent on behalf of Jun Du on November 19, 2019 | Notice sent on behalf of Jun Du on November 20, 2019 | Notice sent on behalf of Jun Du on November 27, 2019 | Notice sent on behalf of Jun Du on December 11, 2019 | Notice sent on behalf of Jun Du on December 19, 2019 | Notice sent on behalf of Jun Du on December 20, 2019 | Notice sent on behalf of Jun Du on December 21, 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tang, Fengyang | | | | | | | X | | | | |
| Tang, Yiming | X | | X | | X | | | | | | |
| Tao, Juan | | | | | | X | | | | | |
| Tian, Yun | | | | | | | X | | | | |
| Tong, Nan | | | | | | X | | | | | |
| Tong, Zengyuan | | | | | | | X | | | | |
| Tsai, Ph.D., Wen-Chien (Eric) | X | | X | | X | | | | | | |
| Wang, Dongqin | | | | | | X | | | | | |
| Wang, Hai | X | | X | | X | | | | | | |
| Wang, Haiqin | | | | | | | | X | | | |
| Wang, Hui | | | | | | | | | X | | |
| Wang, Jian | | X | | X | | | | | | | |
| Wang, Jie (Legal) | | X | | X | | | | | | | X |
| Wang, Jie (Sales) | | | | | | X | | | | | |
| Wang, Jun | | | | | | | | | | X | |
| Wang, Lijie | X | | X | | X | | | | | | |
| Wang, Lina | | | | | | | | X | | | |
| Wang, Lingfang | | | | | | | | | X | | |
| Wang, Ma | X | | X | | | | | | X | | |
| Wang, Minfa | X | | X | | X | | | | | | |
| Wang, Peng | | X | | X | X | | | | | | |
| Wang, Youhu | | | | | | X | | | | | |
| Wang, Yuehua | | | | | | | X | | | | |
| Wang, Yuhua | | | | | | | X | | | | |
| Wen, Ping | | | | | | | X | | | | |
| Wu, Lina | | | | | | X | | | | | |
| Wu, Tina | X | | | | X | | | | | | |
| Xi, Lily | X | | X | | X | | | | | | |

**Litigation Notices Issued by ZHP Parties as of December 30, 2019**

| Name | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on March 6, 2019 | Notice sent on behalf of Jun Du on March 7, 2019 | Notice sent on behalf of Jun Du on November 19, 2019 | Notice sent on behalf of Jun Du on November 20, 2019 | Notice sent on behalf of Jun Du on November 27, 2019 | Notice sent on behalf of Jun Du on December 11, 2019 | Notice sent on behalf of Jun Du on December 19, 2019 | Notice sent on behalf of Jun Du on December 20, 2019 | Notice sent on behalf of Jun Du on December 21, 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Xiang, Jn | | X | | X | | | | | X | | |
| Xianyi, Xu | X | X | X | X | | | | | X | | |
| Xie, Chongjun | | | | | | X | | | | | |
| Xie, Mengmeng | | | | | | | X | | | | |
| Xie, Yuanyuan | | | | | X | | | | | | |
| Xiong, Sophie | | | X | | | | | | | | |
| Xiong, Ying | | X | | | | X | | | | | |
| Xu, Baoxia | | | | | | | X | | | | |
| Xu, Mi | | | | | | X | | | | | |
| Xu, Min | | | | | | | | | X | | |
| Xu, Pijie | | X | | X | | X | | | | | |
| Xu, Weiwei | | | | | | X | | | | | |
| Yan, Fengfeng | | | | | | | X | | | | |
| Yang, Chun | | | | | | | X | | | | |
| Yang, Yang | | | | | | | | | X | | |
| Ye, Cunxiao (Jenson) | | X | | | | | | | | | |
| Ye, Jian | | | | | | | | X | | | |
| Ye, Tree | X | | | | | | | | | | |
| Ying, Chen | X | | X | | X | | | | | | |
| Yu, Xiao | | | | | | | | X | | | |
| Yu, Zhongshui | X | | X | | X | | | | | | |
| Zeng, Guang | | | | | | | | X | | | |
| Zhang, Danyang | | | | | | | | | X | | |
| Zhang, Fuyu | | | | | | | | | X | | |
| Zhang, Kathy | X | | X | | X | | | | | | |
| Zhang, Mei | | X | | X | | | | | X | | |
| Zhang, Minli | | X | | X | X | | | | | | |
| Zhang, Pei | | | X | | | | | | | | X |

## Litigation Notices Issued by ZHP Parties as of December 30, 2019

| Name | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on March 6, 2019 | Notice sent on behalf of Jun Du on March 7, 2019 | Notice sent on behalf of Jun Du on November 19, 2019 | Notice sent on behalf of Jun Du on November 20, 2019 | Notice sent on behalf of Jun Du on November 27, 2019 | Notice sent on behalf of Jun Du on December 11, 2019 | Notice sent on behalf of Jun Du on December 19, 2019 | Notice sent on behalf of Jun Du on December 20, 2019 | Notice sent on behalf of Jun Du on December 21, 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zhang, Renguo | | X | | X | | | | | | | X |
| Zhang, Shiwen | | X | | X | | | | | | | |
| Zhang, Tian | | | | | | X | | | | | |
| Zhang, Wenling | | X | | | | X | | | | | |
| Zhang, Xianhua | | | | | | X | | | | | |
| Zhang, Xianliang | | | | | | | | X | | | |
| Zhao, Caifeng | | | | | | X | | | | | |
| Zhao, David (Dachuan) | X | | X | | | | | | | | |
| Zhao, Jianzhi | | | | | | | | X | | | |
| Zhao, Louis | | | | | | | | | | X | |
| Zhao, Xiaohong | | | | X | | X | | | | | |
| Zhao, Yueding | | | | | | X | | | | | |
| Zheng, Gaozhe | | | | | | X | | | | | |
| Zheng, Meng | | | | | | | | X | | | |
| Zheng, Youqing | | | | | | X | | | | | |
| Zhong, Fengg (Vicky) | | | | | | X | | | | | |
| Zhong, Sheng | | | | | | X | | | | | |
| Zhou, Huoming | | | | | | | X | | | | |
| Zhou, Qiang | | | | | | X | | | | | |
| Zhou, Sandy | X | | X | | X | | | | | | |
| Zhou, Ting (Ada) | | | | X | | X | | | | | |
| Zhou, Xiaohui | | | | | | | X | | | | |
| Zhou, Yong | | X | | X | | X | | | | | |
| Zhu, Jenny | | X | | X | | | | | | X | |
| Zhu, Kaiwei | | | | | | | | | | X | |
| Zhu, Lesley | X | | X | | X | | | | | | |
| Zhu, Wenquan | | X | | X | | X | | | | | |
| Zhu, Xiaoren | | | | | | X | | | | | |

**Litigation Notices Issued by ZHP Parties as of December 30, 2019**

| Name | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on September 13, 2018 | Notice sent on behalf of Jun Du on March 6, 2019 | Notice sent on behalf of Jun Du on March 7, 2019 | Notice sent on behalf of Jun Du on November 19, 2019 | Notice sent on behalf of Jun Du on November 20, 2019 | Notice sent on behalf of Jun Du on November 27, 2019 | Notice sent on behalf of Jun Du on December 11, 2019 | Notice sent on behalf of Jun Du on December 19, 2019 | Notice sent on behalf of Jun Du on December 20, 2019 | Notice sent on behalf of Jun Du on December 21, 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zhu, Yan | | X | | X | | | | | X | | |
| Zhu, Yonghua | | X | | X | | | | | | | X |