# Exhibit 56



700 Atrium Drive, Suite A, Somerset, NJ 08873    (855) 581-9688    customerservice@solcohealthcare.com

About    Products    Trade Partner Info    Partner with Solco    Careers    News

# THE FDA HAS OFFICIALLY REMOVED ZHEJIANG HUAHAI PHARMACEUTICAL FROM IMPORT ALERT

HOME → BLOG → THE FDA HAS OFFICIALLY REMOVED ZHEJIANG HUAHAI PHARMACEUTICAL FROM IMPORT ALERT

NOVEMBER 16, 2021

**Press Release Arch ves**

2016    2017    2018    2019

2021    RECALL INFORMATION

### THE FDA HAS OFFICIALLY REMOVED ZHEJIANG HUAHAI PHARMACEUTICAL FROM IMPORT ALERT

Somerset, NJ, November 15, 2021 – Solco is pleased to announce that the FDA has lifted the Import Alert (IA) 66-40, "Detention Without Physical Examination of Drugs From Firms Which Have Not Met Drug GMPs", Published Date: 11/12/2021, from Zhejiang Huahai Pharmaceutical Co. Ltd., at Coastal Industrial Zone, Chuannan No. 1 Branch Site, Linhai, Zhejiang, China. Zhejiang Huahai Pharmaceutical Co. Ltd is the parent company of Solco Healthcare US, LLC. Solco's President Hai Wang expressed his gratitude and congratulations to the entire Huahai team, "Congratulations and thank you to the Huahai team for their hard work and dedication in making this happen. We look forward to reintroducing the products affected by the Import Alert to the US market, as well as soon-to-be new product approvals."

Mr. Wang further commented, "Solco has prepared a detailed return to market plan and associated strategy that it now gets to implement. We will be reintroducing multiple products in a phased approach, that allows Solco to meet its customer's and patient's needs. We are happy to resume marketing these important products in the US and we will be working with our customers immediately."

The removal of Zhejiang Huahai Pharmaceutical's Chuannan site, a key API manufacturing plant, from the Import Alert list, allows the company to restart production of all of the API made from this facilty. This subsequently allows Huahai and Solco to reintroduce all of the products affected by the Import Alert and opens the door for new approvals that utilized the facility's API.

If you have any questions or would like additional information, please contact your Solco National Account Manager or Solco's Customer Service department at (855) 581-9688.

ADMIN    |    2021,  SOLCO NEWS

© 2019 Solco Healthcare. All Rights Reserved.

Product Catalog    Drug Safety    Retu