# Exhibit 57


## Solco Product List

| Bottle PIC | Product Name | Brand Reference | Strength/mg | Packaging Spec/ct | NDC No | Image | Indication |
|---|---|---|---|---|---|---|---|
| | Aripiprazole Tablets | Abilify® | 2 | 30 | 43547-302-03 | | Schizophrenia |
| | | | 5 | 30 | 43547-303-03 | | |
| | | | 10 | 30 | 43547-304-03 | | |
| | | | 15 | 30 | 43547-305-03 | | |
| | | | 20 | 30 | 43547-306-03 | | |
| | | | 30 | 30 | 43547-307-03 | | |
| | Benazepril Hydrochloride Tablets | Lotensin® | 5 | 100 | 43547-335-10 | | Hypertension |
| | | | 10 | 100 | 43547-336-10 | | |
| | | | 10 | 500 | 43547-336-50 | | |
| | | | 20 | 100 | 43547-337-10 | | |
| | | | 20 | 500 | 43547-337-50 | | |
| | | | 40 | 100 | 43547-338-10 | | |
| | | | 40 | 500 | 43547-338-50 | | |
| | Bupropion Hydrochloride Extended-Release Tablets | Wellbutrin SR® | 100 | 100 | 43547-288-10 | | Depression |
| | | | 100 | 500 | 43547-288-50 | | |
| | | | 150 | 100 | 43547-289-10 | | |
| | | | 150 | 500 | 43547-289-50 | | |
| | | | 200 | 100 | 43547-290-10 | | |
| | Clonazepam Tablets | Klonopin® | 0.5 | 100 | 43547-406-10 | | Epilepsy |
| | | | 0.5 | 500 | 43547-406-50 | | |
| | | | 0.5 | 1000 | 43547-406-11 | | |
| | | | 1 | 100 | 43547-407-10 | | |
| | | | 1 | 500 | 43547-407-50 | | |
| | | | 1 | 1000 | 43547-407-11 | | |
| | | | 2 | 100 | 43547-408-10 | | |
| | | | 2 | 500 | 43547-408-50 | | |
| | Clonidine Hydrochloride Extended-Release Tablets | Kapvay® | 0.1 | 60 | 43547-435-06 | | Attention Deficit Hyperactivity Disorder (ADHD) |
| | Cyclobenzaprine Tablets | Flexeril® | 5 | 100 | 43547-399-10 | | Muscle Spasm |
| | | | 5 | 500 | 43547-399-50 | | |
| | | | 10 | 100 | 43547-400-10 | | |
| | | | 10 | 500 | 43547-400-50 | | |
| | | | 10 | 1000 | 43547-400-11 | | |



## Solco Product List

| Bottle PIC | Product Name | Brand Reference | Strength/mg | Packaging Spec/ct | NDC No | Image | Indication |
|---|---|---|---|---|---|---|---|
| | Donepezil Hydrochloride Tablets | Aricept® | 5 | 30 | 43547-275-03 | | Alzheimer's |
| | | | 5 | 90 | 43547-275-09 | | |
| | | | 5 | 1000 | 43547-275-11 | | |
| | | | 10 | 30 | 43547-276-03 | | |
| | | | 10 | 90 | 43547-276-09 | | |
| | | | 10 | 1000 | 43547-276-11 | | |
| | | | 23 | 30 | 43547-382-03 | | |
| | | | 23 | 90 | 43547-382-09 | | |
| | Doxycycline Hyclate Delayed-Release Tablets | Doryx® | 50 | 120 | 43547-462-12 | | Antibacterial |
| | | | 150 | 100 | 43547-324-10 | | |
| | | | 200 | 60 | 43547-325-06 | | |
| | Duloxetine Delayed-Release Capsules | Cymbalta® | 20 | 60 | 43547-379-06 | | Depression |
| | | | 30 | 30 | 43547-380-03 | | |
| | | | 30 | 90 | 43547-380-09 | | |
| | | | 30 | 1000 | 43547-380-11 | | |
| | | | 60 | 30 | 43547-381-03 | | |
| | | | 60 | 90 | 43547-381-09 | | |
| | | | 60 | 1000 | 43547-381-11 | | |
| | Entecavir Tablets | Baraclude® | 0.5 | 30 | 43547-436-03 | | Chronic Hepatitis B Virus Infection |
| | | | 1 | 30 | 43547-437-03 | | |
| | Escitalopram Tablets | Lexapro® | 5 | 100 | 43547-280-10 | | Depression |
| | | | 5 | 1000 | 43547-280-11 | | |
| | | | 10 | 100 | 43547-281-10 | | |
| | | | 10 | 1000 | 43547-281-11 | | |
| | | | 20 | 100 | 43547-282-10 | | |
| | | | 20 | 1000 | 43547-282-11 | | |
| | Fenofibrate Tablets | Tricor® | 48 | 90 | 43547-430-09 | | Cholesterol Lowering Agent |
| | | | 145 | 90 | 43547-431-09 | | |



# Solco Product List

| Bottle PIC | Product Name | Brand Reference | Strength/mg | Packaging Spec/ct | NDC No | Image | Indication |
|---|---|---|---|---|---|---|---|
| | Fosinopril Tablets | Monopril® | 10 | 90 | 43547-386-09 | | Hypertension |
| | | | 10 | 1000 | 43547-386-11 | | |
| | | | 20 | 90 | 43547-387-09 | | |
| | | | 20 | 1000 | 43547-387-11 | | |
| | | | 40 | 90 | 43547-388-09 | | |
| | | | 40 | 1000 | 43547-388-11 | | |
| | Furosemide Tablets | Lasix® | 20 | 100 | 43547-401-10 | | Edema |
| | | | 20 | 1000 | 43547-401-11 | | |
| | | | 40 | 100 | 43547-402-10 | | |
| | | | 40 | 1000 | 43547-402-11 | | |
| | | | 80 | 100 | 43547-403-10 | | |
| | | | 80 | 500 | 43547-403-50 | | |
| | Gabapentin Capsules | Neurontin® | 100 | 100 | 43547-383-10 | | Nerve Pain |
| | | | 100 | 500 | 43547-383-50 | | |
| | | | 300 | 100 | 43547-384-10 | | |
| | | | 300 | 500 | 43547-384-50 | | |
| | | | 400 | 100 | 43547-385-10 | | |
| | | | 400 | 500 | 43547-385-50 | | |
| | Gabapentin Tablets | Neurontin® | 600 | 100 | 43547-0389-10 | | Nerve Pain |
| | | | 600 | 500 | 43547-0389-50 | | |
| | | | 800 | 100 | 43547-0390-10 | | |
| | | | 800 | 500 | 43547-0390-50 | | |
| | Glimepiride Tablets | Amaryl® | 1 | 100 | 43547-394-10 | | Diabetes |
| | | | 1 | 500 | 43547-394-50 | | |
| | | | 2 | 100 | 43547-395-10 | | |
| | | | 2 | 500 | 43547-395-50 | | |
| | | | 4 | 100 | 43547-396-10 | | |
| | | | 4 | 500 | 43547-396-50 | | |
| | Glycopyrrolate Injection | Robinul® | 0.2mg/1mL | 1mL x 25 | 43547-0543-25 | | Neuromuscular Blockade Reversal Agent |
| | | | 0.4mg/2mL | 2mL x 25 | 43547-0544-25 | | |



# Solco Product List

| Bottle PIC | Product Name | Brand Reference | Strength/mg | Packaging Spec/ct | NDC No | Image | Indication |
|---|---|---|---|---|---|---|---|
| | Hydro-Chlorothiazide Tablets | Microzide® | 25 | 100 | 43547-397-10 | | Diuretic |
| | | | 25 | 1000 | 43547-397-11 | | |
| | | | 50 | 100 | 43547-398-10 | | |
| | | | 50 | 1000 | 43547-398-11 | | |
| | Irbesartan and Hydrochlorothiazide Tablets | Avalide® | 150/12.5 | 30 | 43547-330-03 | | Hypertension |
| | | | 150/12.5 | 90 | 43547-330-09 | | |
| | | | 300/12.5 | 30 | 43547-331-03 | | |
| | | | 300/12.5 | 90 | 43547-331-09 | | |
| | Irbesartan Tablets | Avapro® | 75 | 30 | 43547-374-03 | | Hypertension |
| | | | 75 | 90 | 43547-374-09 | | |
| | | | 150 | 30 | 43547-375-03 | | |
| | | | 150 | 90 | 43547-375-09 | | |
| | | | 150 | 500 | 43547-375-50 | | |
| | | | 300 | 30 | 43547-376-03 | | |
| | | | 300 | 90 | 43547-376-09 | | |
| | | | 300 | 500 | 43547-376-50 | | |
| | Levetiracetam Tablets | Keppra® | 250 | 120 | 43547-221-15 | | Epilepsy |
| | | | 500 | 120 | 43547-222-15 | | |
| | | | 500 | 1000 | 43547-222-11 | | |
| | | | 750 | 120 | 43547-223-15 | | |
| | | | 1000 | 60 | 43547-224-06 | | |
| | Levetiracetam Extended-Release Tablets | Keppra XR® | 500 | 60 | 43547-345-06 | | Epilepsy |
| | | | 750 | 60 | 43547-346-06 | | |
| | Lisinopril and Hydrochlorothiazide Tablets | Zestoretic® | 10/12.5 | 100 | 43547-0420-10 | | Hypertension |
| | | | 10/12.5 | 500 | 43547-0420-50 | | |
| | | | 20/12.5 | 100 | 43547-0421-10 | | |
| | | | 20/12.5 | 500 | 43547-0421-50 | | |
| | | | 20/25 | 100 | 43547-0422-10 | | |
| | | | 20/25 | 500 | 43547-0422-50 | | |



# Solco Product List

| Bottle PIC | Product Name | Brand Reference | Strength/mg | Packaging Spec/ct | NDC No | Image | Indication |
|---|---|---|---|---|---|---|---|
| | Lisinopril Tablets | Zestril® | 2.5 | 100 | 43547-351-10 | | Hypertension |
| | | | 2.5 | 500 | 43547-351-50 | | |
| | | | 5 | 100 | 43547-352-10 | | |
| | | | 5 | 1000 | 43547-352-11 | | |
| | | | 10 | 100 | 43547-353-10 | | |
| | | | 10 | 1000 | 43547-353-11 | | |
| | | | 20 | 100 | 43547-354-10 | | |
| | | | 20 | 1000 | 43547-354-11 | | |
| | | | 30 | 100 | 43547-355-10 | | |
| | | | 30 | 500 | 43547-355-50 | | |
| | | | 40 | 100 | 43547-356-10 | | |
| | | | 40 | 1000 | 43547-356-11 | | |
| | Losartan Potassium Tablets | Cozaar® | 25 | 90 | 43547-360-09 | | Hypertension |
| | | | 25 | 500 | 43547-360-50 | | |
| | | | 50 | 30 | 43547-361-03 | | |
| | | | 50 | 90 | 43547-361-09 | | |
| | | | 50 | 1000 | 43547-361-11 | | |
| | | | 100 | 30 | 43547-362-03 | | |
| | | | 100 | 90 | 43547-362-09 | | |
| | | | 100 | 1000 | 43547-362-11 | | |
| | Losartan Potassium and Hydrochlorothiazide Tablets | Hyzaar® | 50/12.5 | 30 | 43547-423-03 | | Hypertension |
| | | | 50/12.5 | 90 | 43547-423-09 | | |
| | | | 50/12.5 | 1000 | 43547-423-11 | | |
| | | | 100/12.5 | 30 | 43547-425-03 | | |
| | | | 100/12.5 | 90 | 43547-425-09 | | |
| | | | 100/12.5 | 1000 | 43547-425-11 | | |
| | | | 100/25 | 30 | 43547-424-03 | | |
| | | | 100/25 | 90 | 43547-424-09 | | |
| | | | 100/25 | 1000 | 42547-424-11 | | |
| | Methocarbamol Tablets | Robaxin® | 500 | 100 | 43547-0405-10 | | Muscle Relaxant |
| | | | 500 | 500 | 43547-0405-50 | | |
| | | | 750 | 100 | 43547-0226-10 | | |
| | | | 750 | 500 | 43547-0226-50 | | |



# Solco Product List

| Bottle PIC | Product Name | Brand Reference | Strength/mg | Packaging Spec/ct | NDC No | Image | Indication |
|---|---|---|---|---|---|---|---|
| | Olmesartan Medoxomil and Hydrochlorothiazide Tablets | Benicar-HCT® | 20/12.5 | 30 | 43547-391-03 | | Hypertension |
| | | | 20/12.5 | 90 | 43547-391-09 | | |
| | | | 40/12.5 | 30 | 43547-392-03 | | |
| | | | 40/12.5 | 90 | 43547-392-09 | | |
| | | | 40/25 | 30 | 43547-393-03 | | |
| | | | 40/25 | 90 | 43547-393-09 | | |
| | Paroxetine Mesylate Capsule | Brisdelle® | 7.5 | 30 | 43547-409-03 | | Hot Flashes |
| | Paroxetine Tablets | Paxil® | 10 | 30 | 43547-347-03 | | Depression |
| | | | 10 | 90 | 43547-347-09 | | |
| | | | 10 | 500 | 43547-347-50 | | |
| | | | 10 | 1000 | 43547-347-11 | | |
| | | | 20 | 30 | 43547-348-03 | | |
| | | | 20 | 90 | 43547-348-09 | | |
| | | | 20 | 500 | 43547-348-50 | | |
| | | | 20 | 1000 | 43547-348-11 | | |
| | | | 30 | 30 | 43547-349-03 | | |
| | | | 30 | 90 | 43547-349-09 | | |
| | | | 30 | 500 | 43547-349-50 | | |
| | | | 30 | 1000 | 43547-349-11 | | |
| | | | 40 | 30 | 43547-350-03 | | |
| | | | 40 | 90 | 43547-350-09 | | |
| | | | 40 | 500 | 43547-350-50 | | |
| | | | 40 | 1000 | 43547-350-11 | | |
| | Phentermine Hydrochloride Tablets | Adipex® | 37.5 | 100 | 43547-404-10 | | Weight Loss |
| | | | 37.5 | 1000 | 43547-404-11 | | |
| | Pioglitazone Tablets | Actos® | 15 | 30 | 43547-426-03 | | Diabetes |
| | | | 15 | 90 | 43547-426-09 | | |
| | | | 15 | 500 | 43547-426-50 | | |
| | | | 30 | 30 | 43547-427-03 | | |
| | | | 30 | 90 | 43547-427-09 | | |
| | | | 30 | 500 | 43547-427-50 | | |
| | | | 45 | 30 | 43547-428-03 | | |
| | | | 45 | 90 | 43547-428-09 | | |
| | | | 45 | 500 | 43547-428-50 | | |



# Solco Product List

| Bottle PIC | Product Name | Brand Reference | Strength/mg | Packaging Spec/ct | NDC No | Image | Indication |
|---|---|---|---|---|---|---|---|
| Newly Approved | Potassium Chloride Extended-Release Capsules | Micro-K® | 600 | 100 | 43547-552-10 | | Hypokalemia |
| | | | 750 | 100 | 43547-553-10 | | |
| | | | 750 | 500 | 43547-553-50 | | |
| Newly Approved | Potassium Chloride Extended-Release Tablets | Klor-Con M10® | 750 | 100 | 43547-549-10 | | Hypokalemia |
| | | | 750 | 500 | 43547-549-50 | | |
| | | Klor-Con M15® | 1125 | 100 | 43547-551-10 | | |
| | | Klor-Con M20® | 1500 | 100 | 43547-550-10 | | |
| | | | 1500 | 500 | 43547-550-50 | | |
| | Quinapril Tablets | Accupril® | 5 | 90 | 43547-410-09 | | Hypertension |
| | | | 10 | 90 | 43547-411-09 | | |
| | | | 20 | 90 | 43547-412-09 | | |
| | | | 40 | 90 | 43547-413-09 | | |
| | Risperidone Tablets | Risperdal® | 0.25 | 60 | 43547-339-06 | | Schizophrenia |
| | | | 0.25 | 500 | 43547-339-50 | | |
| | | | 0.5 | 60 | 43547-340-06 | | |
| | | | 0.5 | 500 | 43547-340-50 | | |
| | | | 1 | 60 | 43547-341-06 | | |
| | | | 1 | 500 | 43547-341-50 | | |
| | | | 2 | 60 | 43547-342-06 | | |
| | | | 2 | 500 | 43547-342-50 | | |
| | | | 3 | 60 | 43547-343-06 | | |
| | | | 3 | 500 | 43547-343-50 | | |
| | | | 4 | 60 | 43547-344-06 | | |
| | | | 4 | 500 | 43547-344-50 | | |
| | Ropinirole Hydrochloride Tablets | Requip® | 0.25 | 100 | 43547-268-10 | | Parkinson's |
| | | | 0.25 | 500 | 43547-268-50 | | |
| | | | 0.5 | 100 | 43547-269-10 | | |
| | | | 0.5 | 500 | 43547-269-50 | | |
| | | | 1 | 100 | 43547-270-10 | | |
| | | | 1 | 500 | 43547-270-50 | | |
| | | | 2 | 100 | 43547-271-10 | | |
| | | | 2 | 500 | 43547-271-50 | | |
| | | | 3 | 100 | 43547-272-10 | | |
| | | | 4 | 100 | 43547-273-10 | | |
| | | | 5 | 100 | 43547-274-10 | | |



# Solco Product List

| Bottle PIC | Product Name | Brand Reference | Strength/mg | Packaging Spec/ct | NDC No | Image | Indication |
|---|---|---|---|---|---|---|---|
| | Telmisartan Tablets | Micardis® | 20 | 30 | 43547-283-03 | | Hypertension |
| | | | 40 | 30 | 43547-284-03 | | |
| | | | 80 | 30 | 43547-285-03 | | |
| | Telmisartan and Hydrochlorothiazide Tablets | Micardis-HCT® | 40/12.5 | 30 | 43547-441-03 | | Hypertension |
| | | | 80/12.5 | 30 | 43547-442-03 | | |
| | | | 80/25 | 30 | 43547-443-03 | | |
| | Valsartan Tablets | Diovan® | 40 | 30 | 43547-367-03 | | Hypertension |
| | | | 80 | 90 | 43547-368-09 | | |
| | | | 160 | 90 | 43547-369-09 | | |
| | | | 320 | 90 | 43547-370-09 | | |
| | Valsartan and Hydrochlorothiazide Tablets | Diovan HCT® | 80/12.5 | 90 | 43547-311-09 | | Hypertension |
| | | | 160/12.5 | 90 | 43547-312-09 | | |
| | | | 160/25 | 90 | 43547-313-09 | | |
| | | | 320/12.5 | 90 | 43547-314-09 | | |
| | | | 320/25 | 90 | 43547-315-09 | | |
| | Voriconazole Tablets | Vfend® | 50 | 30 | 43547-377-03 | | Antifungal |
| | | | 200 | 30 | 43547-378-03 | | |