**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| IN RE VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | No. 19-md-2875-RBK<br><br>Honorable Robert Kugler<br>Special Master Thomas Vanaskie<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on February 18, 2022, a true and correct copy of Plaintiffs' partially redacted reply brief in support of Rule 37 sanctions against ZHP, the supporting certification, and this certification, were filed and served upon all counsel via operation of the CM/ECF system for the United States District Court for the District of New Jersey. The unredacted brief was served on the Court and Defendants via email pursuant to the Court's Confidentiality and Protective Order.

Dated: February 18, 2022.

                                                Respectfully Submitted,

                                                Adam M. Slater (NJ Bar 046211993)
                                                MAZIE SLATER KATZ & FREEMAN, LLC
                                                103 Eisenhower Parkway, 2nd Floor
                                                Roseland, New Jersey 07068
                                                Tel.: 973-228-9898
                                                Fax: 973-228-0303
                                                aslater@mazieslater.com
                                                *Attorneys for Plaintiffs*