# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge |

## [PROPOSED] CASE MANAGEMENT ORDER NO. 23 REVISED

The Parties having requested to extend the remaining deadlines set forth in Case Management Order No. 23 Revised (ECF No. 1679), **IT IS HEREBY ORDERED** this \_\_\_\_ day of February 2022, that the Parties' request is **GRANTED. IT IS FURTHER ORDERED** that the deadlines shall be as follows:

- **March 25, 2022** – Deadline to complete depositions of defendants' class certification experts.

- **April 5, 2022** – Deadline for defendants to file responses to class certification motions.

- **April 26, 2022** – Deadline to file Daubert motions regarding class certification experts.

- **May 3, 2022** – Deadline for plaintiffs to file replies to responses to class certification motions.

- **May 25, 2022** – Deadline to file responses to Daubert motions regarding class certification experts.

- **June 8, 2022** – Deadline to file replies to responses to Daubert motions regarding class certification experts.

                                                      _____

                                                      Hon. Robert J. Kugler
                                                      United States District Court