# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 19-2875 (RBK/KMW) |
| This document relates to:<br>*All actions* | **NOTICE OF APPEARANCE OF ELIZABETH HOOD** |

TO THE CLERK:

Please enter the appearance of ELIZABETH HOOD on behalf of Defendants Aurobindo Pharma Ltd.; Aurobindo Pharma USA, Inc.; and Aurolife Pharma LLC, on this Court's MDL master docket.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to, defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated: February 22, 2022         Respectfully submitted,

*/s/ Elizabeth Hood*
Elizabeth Hood
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000 (telephone)
(215) 963-5001 (facsimile)
elizabeth.hood@morganlewis.com

*Counsel for Defendants Aurobindo Pharma Ltd.; Aurobindo Pharma USA, Inc.; and Aurolife Pharma LLC*

## **CERTIFICATE OF SERVICE**

I, Elizabeth Hood, do hereby certify that on February 22, 2022, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF ELIZABETH HOOD to be served on all counsel of record via CM/ECF.

Dated: February 22, 2022    */s/ Elizabeth Hood*
                            Elizabeth Hood