# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ  07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

February 24, 2022

*VIA ECF & LAWYERS SERVICE*
Honorable Robert B. Kugler
United States District Court
Mitchell H. Cohen Building and
 U.S. Courthouse
Courtroom 4D
4th and Cooper Streets
Camden, New Jersey  08101

Re:    *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*
       Civil Action No. 15-2875 (RBK)

Dear Judge Kugler:

In further support of their general causation opinions, Plaintiffs have enclosed the Certification of Stephen Lagana, M.D., the Declaration of Dipak Panigrahy, M.D., and the Declaration of Mahyar Etminan, PharmD, MSc.

Thank you for your courtesies and consideration.

Respectfully,

ADAM M. SLATER

AMS

cc:    Defense Executive Committee (via email)
       All Counsel (via ECF)