**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | No. 19-md-2875-RBK<br><br>Honorable Robert Kugler<br>Special Master Thomas Vanaskie |

### DECLARATION OF MAHYAR ETMINAN PHARMD, MSC

1. This Declaration is submitted as my direct testimony for the Daubert hearing, and is based on my personal knowledge.

2. Defendants state on page 10 of their reply brief: "He also disregarded the valsartan-specific studies, Gomm and Pottegard, due to 'inadequate cancer latency or the time required for the cancer process to complete and lead to symptomatic disease. Report at 31." The partial quote is cited from the summary section of my report, and does not apply to my evaluation of Gomm or Pottegard. That partial quote is taken from a part of my report that discusses dietary studies. That part of my report references **Figure 1**, which is on page 30 of my report. Neither Pottegard nor Gomm appear in Figure 1 of my report.

3. Contrary to the inaccurate characterization of my report by the Defendants, I discuss the reasons why I gave little weight to Gomm and Pottegard in the first paragraph on page 31 of my report. I first noted that, "To date, two epidemiologic studies have attempted to quantify the risk of cancer with valsartan formulations that contain excessive amounts of NDMA [64, 65]." Citation 64 of my report is Pottegard. Citation 65 of my report is Gomm. The report further states, "The results of the studies were inconclusive as they were subject to a number of limitations, mainly a short duration of follow up but most importantly the inability to precisely quantify the

amount of NDMA in the valsartan formulations used in both studies." I elaborate within the body of my report as to how those studies attempted to classify exposure, for example, Gomm and Pottegard only required subjects to have filled a single prescription of valsartan to be included in the cohort of people assumed to have possibly consumed valsartan contaminated with NDMA.

   4. Some of the most significant exposure classification limitations of Pottegard are set forth on page 25 of my report, which I've included below:

- All subjects who possibly ingested NDMA contaminated valsartan were grouped together as the authors looked at the cumulative dose of valsartan (mg of the pill) as the unit of analysis and not the cumulative amount of NDMA (which is the actual exposure of interest). This limitation will undoubtably lead to misclassification of exposure as the varying amounts of NDMA from different batches and manufacturers is not accounted for using this approach since the study's hypothesis was that higher doses of NDMA will cause cancer and not higher doses of valsartan per se. Due to this limitation, one could reasonably anticipate that the study would not produce statistically significant harmful effect of NDMA with cancer and would have missed a possible risk of cancer with valsartan contaminated NDMA.
- The authors did not account for the possibility that a patient could be switched from a non-NDMA containing valsartan to an NDMA containing valsartan during the follow-up period.
- Daily doses of valsartan (80mg, 160mg, 320mg) were utilized in an attempt to quantify NDMA exposure and stratify the results based on cumulative NDMA exposure. The notion that the level of NDMA contamination will increase as the milligram of the valsartan pill increases, is only true when all pills are made from the same contaminated batch of active pharmaceutical ingredients (API). What has been discovered since the publication of Pottegard[64] is that batches of API can vary by orders of magnitude on their level of NDMA contamination. As such, an 80mg tablet of valsartan can have substantially higher levels of NDMA in it than a 320mg tablet. These discrepancies can lead to exposure misclassification, resulting in false negatives.

   5. My discussion of Gomm appears on page 26 of my report. Even though Gomm detected a statistically significant increased risk of liver cancer, I gave Gomm little weight. On page 26 of my report I discuss how Gomm exposure classifications suffer similar major limitations as with Pottegard:

- Similar to the Pottegard[64] study, the study by Gomm[65] could not specifically identify the true NDMA levels of the various valsartan batches, and the dose-response analysis only

looked at cumulative dose of valsartan per se and not the cumulative NDMA content in the valsartan formulations (mg of pill vs. ng of NDMA in pill).

6.  Finally, both studies share similar major limitations in that the cohorts assumed to have taken valsartan that was not contaminated with NDMA likely included people who took valsartan that was contaminated with NDMA. I addressed this numerous times in my deposition (Etminan Depo Tr. Vol I at 267:18-20, 268:10-15, 269:13-15, 270:22-24, 271:12-19; Etminan Depo Tr. Vol II at 20:18-19).

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on
Date: Feb 24, 2022

Mahyar Etminan PharmD, MSC

# EXHIBIT A

CONFIDENTIAL

Page 267

```
 1   of impurity, right?
 2        A       They're not -- I disagree.  They're
 3   not -- they're not quantifying the NDMA valsartan.
 4   They are only looking at valsartan tablets and
 5   doses.
 6        Q       The exposure that they're evaluating
 7   is -- so the title of the Pottegard study is "Use of
 8   N-nitrosodimethylamine (NDMA) Contaminated Valsartan
 9   Products and Risk of Cancer: Danish Nationwide
10   Cohort Study," right?
11        A       That -- that is the title, but if you
12   read the study -- the exposure that we're here today
13   to talk about is NDMA and its risk of cancer, and so
14   the study should address the amount of NDMA in
15   valsartan and its risk with cancer.  What it does,
16   though, is look at valsartan tablets that have some
17   NDMA in it, in them, we don't know how much.
18                And with respect to Pottegard, we --
19   we are not even sure if the -- the control valsartan
20   group didn't have NDMA in those formulations.
21                So there is definitely measurement
22   error going on in quantifying -- appropriately
23   quantifying NDMA in valsartan along with other
24   limitations.
25        Q       Why do you say that there's definitely
```

CONFIDENTIAL

Page 268

```
 1   measurement error?
 2        A         Because NDMA levels vary in different
 3   batches or different types of valsartan.  But there
 4   are many different generic valsartan products, and
 5   they may have different levels of NDMA in them.  So
 6   higher levels may put somebody at a higher risk of
 7   cancer, and this study did not look at that, which I
 8   think is an important distinct that should be looked
 9   at.
10             And also because the study was done
11   early on, it turns out that some of the control
12   group, which they -- they thought did not have NDMA
13   in them probably did have NDMA in them as well.  So
14   there is again an error in measurement between the
15   two groups.  So that is -- that is the limitation of
16   the, you know, measurement error portion of this
17   study.
18        Q         Okay.  So am I understanding right,
19   they would have to know the amount of NDMA that each
20   of the subjects was actually exposed to to evaluate
21   whether there actually is a risk of these cancers,
22   from that literature?
23        A         They would have to -- they would have
24   to categorize -- have had to categorize the
25   different levels of -- hello?
```

1    MR. GALLAGHER: I can hear you. Does
2    somebody else need to mute, maybe?
3    THE WITNESS: Yeah, there's an echo.
4    They should have -- maybe they
5    couldn't, but the -- the right thing to do is
6    to categorize different NDMA levels in these
7    valsartan tablets and categorize them to say:
8    High, medium and low dose. And then follow
9    patients for more than the amount of time, I
10   think it's three years, I believe, that they
11   did, to make sure that they are at risk of
12   developing cancer.
13   ==And then also make sure that the==
14   ==control group does not have any NDMA in==
15   ==those -- in those batches==. And they can also
16   make sure there's no switching going on,
17   because, again, patients take these drugs from
18   their pharmacy. And they don't really specify
19   which generic formulation they get. So there
20   could be switching between patients, and they
21   could be switching between the doses of NDMA
22   over time. So all of those limitations I think
23   probably led to the negative results.
24   BY MR. GALLAGHER:
25   Q    Okay. You do agree with me that the

```
 1    Pottegard study reports a negative result in terms
 2    of any association between exposure to NDMA as an
 3    impurity in valsartan and --
 4         A        Well, again, negative results with the
 5    caveat of a number of limitations.
 6         Q        Okay.  And among those -- among those
 7    limitations that you've identified is the people
 8    conducting the study would need to somehow quantify
 9    the amount of NDMA to which the subjects were
10    actually exposed in order to evaluate that potential
11    association of exposure to NDMA as an impurity of
12    valsartan with cancer?
13         A        Right.  I make sure that those --
14    those patients are taking these higher levels of
15    NDMA for at least a specific period of time to allow
16    the cancer process to sort of form and be diagnosed.
17                  You know, if somebody takes the drug
18    for three months and then leaves the study, that --
19    that is not a good follow up for this study.  You
20    need long follow up.  You need minimal switching.
21    You need specific NDMA dosing information for the
22    subjects, and you need to make sure that the control
23    group are all clean valsartan users, and there's no
24    NDMA in them as well.
25         Q        Okay.  Moving on to the Gomm study, do
```

1    you have that now, Exhibit 27, I believe?
2         A       Yes.
3         Q       And you're addressing the Gomm study
4    on Page 26 of your report.  From your perspective,
5    does the Gomm study, you know, essentially have,
6    from your perspective, the same limitations as we
7    just discussed for the Pottegard study?
8         A       Yes, I would again --
9                 MR. NIGH:  Hold on.  Hold on.  Let me
10        object.  Form objection.
11                You can answer, Dr. Etminan.
12                THE WITNESS:  ==Yes.==  ==Again, just like==
13   ==Pottegard, there's no specification of the NDMA==
14   ==content in the valsartan users==, and I think
15   ==they actually say possible or probable==
16   ==contamination.==  ==So there's a feeling of==
17   ==uncertainty as to, you know, whether, say, for==
18   ==example, the control group had any NDMA or did==
19   ==not have any NDMA==.  There's no discussion of
20   what if people switch between the, you know,
21   different doses which could have had different
22   NDMA levels.
23                And then there is the problem of only
24   a three-year follow up, which for a cancer is
25   quite inadequate.  And there's also some

RESTRICTED CONFIDENTIAL

Page 20

1  in valsartan-containing medications, what we need to
2  consider is the extent to which individual
3  consumption of NDMA and NDEA increase due to the
4  presence of those compounds in the drugs, right?
5         MR. NIGH:  Form objection.
6         THE WITNESS:  I mean, if you want to
7     do a perfect study, yes, that's -- that's what
8     needs to be done.
9  BY MR. TRISCHLER:
10     Q      And in assessing carcinogenicity of
11  any compound, you agree that dose and duration of
12  exposure are always important, right?
13     A      Generally speaking, yes.
14     Q      Right.  Well, in fact, yesterday, we
15  discussed the Pottegard and Gomm studies.  Do you
16  remember that?
17     A      Yes.
18     Q      And one of the things I remember from
19  your testimony yesterday was that you were critical
20  of those studies because the amount of NDMA exposure
21  was not specified in the controls.  Do you recall
22  telling us that?
23     A      Yes.
24     Q      And you told us that, you know, for
25  that -- in that study, you would have liked to have