# Exhibit 2

Page 1

1                    UNITED STATES DISTRICT COURT.
                        DISTRICT OF NEW JERSEY

2

        IN RE:  VALSARTAN, LOSARTAN,
3       AND IRBESARTAN PRODUCTS
        LIABILITY LITIGATION            MDL NO. 2875
4                                       HON. ROBERT B. KUGLER
        THIS DOCUMENT RELATES TO:
5       In Re: Valsartan, Losartan and
        Irbesartan Products Liability
6       Litigation,
        Case No. 1:19-md-2875-RBK
7       --------------------------------x
8

9

10         *HIGHLY CONFIDENTIAL REMOTE VIDEOTAPED DEPOSITION*
11                    OF PAULETTE SILBERMAN
12                   MONDAY, MARCH 22, 2021
13                         9:05 a.m.
14

                        Witness' Location:
15                      30 Ascension Street
                        Passaic, New Jersey
16

17             TRANSCRIPT of the stenographic notes of the
18         proceedings in the above-entitled matter as taken by
19         and before DAVID LEVY, a Certified Court Reporter and
20         Notary Public of the State of New Jersey, held
21         remotely over the Internet, on Monday, March 22,
22         2021, commencing approximately 9:05 in the forenoon,
23         pursuant to Notice.
24

25

1      Dr. Baum 's professional judgement prescribing

2      Valsartan?

3              A.    Yes.

4              Q.    According to page 3 of your plaintiff

5      fact sheet, you filled your Valsartan prescription at

6      CVS from 2008 to 2018?

7              A.    Well, it was QuickChek but CVS bought

8      out QuickChek recently, but it was always QuickChek.

9      Now it's at CVS, 'cause they bought it out.

10             Q.    So you filled your Valsartan

11     prescription at QuickChek, which turned to CVS from

12     2008 to 2018, correct?

13             A.    Well, it turned to CVS around 2019.

14             Q.    Okay.  So previously it was QuickChek?

15             A.    Yes.

16             Q.    Prior to filling your prescription for

17     Valsartan at the pharmacy, did you know which

18     manufacturers made the Valsartan carried by that

19     particular pharmacy?

20             A.    Yes.  It was Solco.

21             Q.    How did you come to know that?

22             A.    Because when it was recalled, they told

23     me -- well, was more than one.  It was Solco and

24     another company, I think a Chinese company.  They

25     told me that it was from there.

Page 131

1      Q.     Did you ever get a prescription for

2    Valsartan with the CVS label?

3      A.     No.

4      Q.     Okay.  And those are all my questions

5    about that.

6            Looking at Google Maps, it looks like

7    the address for QuickChek is in a strip mall next to

8    an Advance Auto Parts, is that right?

9      A.     Right.

10     Q.     Okay.  Is the store still open or has

11   QuickChek the store officially closed as well?

12     A.     No, the store is open.  Just the

13   pharmacy closed.

14     Q.     Okay.  What communication, if any, did

15   you get from QuickChek about the pharmacy closing?

16     A.     I have no idea.  I was wondering myself

17   why they closed, but I never questioned it.  I

18   figured a lot of places are closing, and they just

19   combined with CVS.

20     Q.     Okay.  Did CVS send you any documents

21   about that?

22     A.     No.

23     Q.     You have knowledge that your pharmacy

24   records from QuickChek are now available at CVS,

25   correct?

Page 132

1          A.     Right, but I don't need CVS.

2          Q.     Do you have any other information about

3      the relationship between QuickChek and CVS?

4          A.     No.

5          Q.     Okay.  Have you ever spoken with a

6      pharmacist at the CVS store?

7          A.     Not about this, no.

8          Q.     And you've never received any Valsartan

9      from a CVS store, correct?

10         A.     Correct.

11         Q.     And you were asked a lot of questions

12     about talking to your pharmacist, and you at times

13     said, "And they told me," or, "And they said."  That

14     would have been a pharmacist at QuickChek or some

15     other place besides CVS, correct?

16         A.     Just QuickChek.

17         Q.     Just QuickChek.  Okay.  And then you

18     mentioned that you now go to a different pharmacy in

19     the neighborhood?

20         A.     Yes.

21         Q.     Is that right?

22         A.     Yes.

23         Q.     What was the name of that store?

24         A.     DAS.

25         Q.     And I think you said that the pharmacist