**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Civil No.: 19-02875 (RBK)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF JESSICA D. MILLER** |

Pursuant to D.N.J. L. Civ. R. 101.1(c) and the attached certification, counsel moves for the admission *pro hac vice* of Jessica D. Miller of Skadden, Arps, Slate, Meagher & Flom LLP to represent Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC.

 

| | |
|---|---|
| | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| Date: February 28, 2022 | /s/ Allison M. Brown<br>Allison Meghan Brown (Bar #044992012)<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3222<br>Facsimile: (917) 777-3222<br>Allison.Brown@skadden.com<br><br>*Counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC* |