**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Civil No.: 19-02875 (RBK)<br><br>**CERTIFICATION OF COUNSEL FOR MOTION FOR ADMISSION *PRO HAC VICE* OF JESSICA D. MILLER** |

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 101.1(c)(1)**

1. I, Jessica D. Miller, a lawyer who is not a member of the bar of this district, submit this Certification of Counsel to be admitted to appear in this case *pro hac vice* on behalf of Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC.

2. I will comply with the associate counsel requirements of D.N.J. L. Civ. R. 101.1(c) by associating with Allison M. Brown, an attorney who was admitted to the bar of this district, and who is appearing on behalf of Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC.

3. I am an active member in good standing and currently eligible to practice law in the jurisdictions listed below:

| Bar Name | Bar Address | Admission Date |
|---|---|---|
| District of Columbia | DC Bar<br>901 4th Street, NW<br>Washington, D.C. 20001<br>(202) 737-4700 | January 1998 |
| Maryland | Maryland State Bar Association, Inc.<br>520 W. Fayette St.<br>Baltimore, MD 21201<br>(410) 685-7878 | December 1996 |

| Bar Name | Bar Address | Admission Date |
|---|---|---|
| U.S. District Court for the District of Maryland | Clerk's Office<br>101 West Lombard Street<br>Baltimore, MD 21201<br>(410) 962-2600 | December 1996 |
| U.S. District Court for District of Columbia | Attorney Admissions<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001<br>(202) 354-3110 | April 1998 |
| U.S. Court of Appeals for the First Circuit | Clerk's Office<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2500<br>Boston, MA 02210<br>(617) 748-9057 | June 2019 |
| U.S. Court of Appeals for the Second Circuit | Attorney Admissions<br>Thurgood Marshall United States Courthouse<br>40 Foley Square<br>New York, NY 10007<br>(212) 857-8603 | May 2011 |
| U.S. Court of Appeals for the Third Circuit | Office of the Clerk<br>21400 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790<br>(215) 597-2995 | May 2014 |
| U.S. Court of Appeals for the Fifth Circuit | Office of the Clerk<br>F. Edward Hebert Building<br>600 S. Maestri Place<br>New Orleans, LA 70130-3408<br>(504) 310-7700 | June 2009 |
| U.S. Court of Appeals for the Eleventh Circuit | Clerk of Court<br>56 Forsyth Street, N.W.<br>Atlanta, GA 30303<br>(404) 335-6100 | March 2017 |

4.   I further state that no disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction in which I have practiced.

5.   I agree to abide by the applicable rules of this Court.

I certify that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

|  |  |
|---|---|
|  | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| Date: February 28, 2022 | /s/ Jessica D. Miller<br>Jessica D. Miller<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 371-7850<br>Facsimile: (202) 661-0525<br>Jessica.Miller@skadden.com<br><br>*Counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC* |