# **CERTIFICATE OF SERVICE**

      I hereby certify that on February 28, 2022, a copy of the foregoing Motion for Admission *Pro Hac Vice* of Jessica D. Miller was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Allison M. Brown
Allison M. Brown (Bar # 044992012)
*Counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*