# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Thomas I. Vanaskie (Ret.), Special Discovery Master |

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED**, this ___ day of _____, 2022, having considered ZHP's Motion for Leave to File a Sur-Reply Brief to Correct the Factual Inaccuracies in Plaintiffs' Reply Brief in Support of Plaintiffs' Motion for Sanctions Defendants ("Motion for Leave"), and for good cause shown as follows:

1. ZHP's Motion for Leave is **GRANTED**; and

2. ZHP's brief submitted concurrently with the Motion for Leave is deemed filed.

<br><br>

                                                    Hon. Thomas I. Vanaskie (Ret.)
                                                    Special Discovery Master