UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER |

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2022, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

**PLAINTIFF'S COUNSEL**

By: /s/ Marlene J. Goldenberg
Marlene J. Goldenberg
GoldenbergLaw, PLLC
800 LaSalle Ave., Suite 2150
Minneapolis, MN 55402
Phone: (612) 333-4662
E-mail: mjgoldenberg@goldenberglaw.com