# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875 (RBK/JS) |

## SPECIAL MASTER ORDER NO. 62

**AND NOW,** this 1st day of March, 2022, having considered ZHP's Motion for Leave to File a Sur-Reply Brief to correct alleged factual inaccuracies in Plaintiffs' Reply Brief in Support of Plaintiffs' Motion for Sanctions ("Motion for Leave," ECF No. 1942), and for good cause shown, **IT IS HEREBY ORDERED**:

1. ZHP's Motion for Leave (ECF No. 1942) is **GRANTED**; and

2. ZHP's brief submitted concurrently with the Motion for Leave (ECF No. 1942-2) is deemed filed.

s/ Thomas I. Vanaskie<br>
Hon. Thomas I. Vanaskie (Ret.)<br>
Special Master