UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: March 2, 2022

**HON. ROBERT B. KUGLER, U.S.D.J.**

**COURT REPORTER:** ANN MARIE MITCHELL

**TITLE OF CASE:**           **DOCKET NO.:** 19-md-2875 (RBK)(SAK)

IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**

| FOR PLAINTIFFS: | FOR DEFENDANTS: |
|---|---|
| Adam Slater, Esq. | Seth Goldberg, Esq. |
| Brett Vaughn, Esq. | Jessica Priselac, Esq. |
| Rosemarie Bogdan, Esq. | Allison Brown, Esq. |
| Daniel Nigh, Esq. | Jessica Miller, Esq. |
| Conlee Whiteley, Esq. | Clem Trischler, Esq. |
| Rubin Honik, Esq. | Jason Reefer, Esq. |
| Christopher Geddis, Esq. | Frank Stoy, Esq. |
|  | Lori Cohen, Esq. |
|  | Victoria Lockard, Esq. |
|  | Steven Harkins, Esq. |
|  | Jeffrey Geoppinger, Esq. |
|  | Kristen Richer, Esq. |

**NATURE OF PROCEEDINGS**:   EVIDENTIARY HEARING ON [1716], [1717], AND [1718] MOTIONS TO PRECLUDE EXPERT TESTIMONY

Stephen Laguna affirmed for Plaintiffs.
Dipak Panigrahy affirmed for Plaintiffs.
Mahyar Etminan affirmed for Plaintiffs.

**DISPOSITION:**
Evidentiary Hearing on [1716], [1717], and [1718] motions held on the record via videoconference.
Decision read into the record.
Order to issue.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 9:30a.m.    Time Adjourned: 3:20p.m.    Total Time in Court:   5:50