UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE:  VALSARTAN, LOSARTAN, | : | MDL No.: 2875 |
| AND IRBESARTAN PRODUCTS | : | Civil Case No.:  19:2875(RBK/JS) |
| LIABILITY LITIGATION | : | |
| | : | |
| THIS DOCUMENT RELATES TO ALL | : | |
| CASES | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearances on behalf of Defendant The Kroger Co. in the above matter.

                  Respectfully submitted,

                  LEWIS BRISBOIS BISGAARD & SMITH, LLP

                  By: */s/ Andrew Albero*
                         Andrew F. Albero, Esquire
                         Attorney ID: 016542009
                         550 E. Swedesford Road, Suite 270
                         Wayne, PA 19087
                          (215) 977-4100

                  Attorney for Defendant
                  The Kroger Co.

DATED:  March 15, 2022

4896-2037-7622.1

## CERTIFICATE OF SERVICE

    I, Andrew Albero, Esquire, hereby certify that I caused the foregoing to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document.

                                        */s/ Andrew Albero*
                                        Andrew F. Albero, Esquire

DATED:  March 15, 2022