UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2022, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

**PLAINTIFF'S COUNSEL**

By: /s/ Marlene J. Goldenberg
      Marlene J. Goldenberg
      GoldenbergLaw, PLLC
      800 LaSalle Ave., Suite 2150
      Minneapolis, MN 55402
      Phone: (612) 333-4662
      E-mail: mjgoldenberg@goldenberglaw.com