# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge |

## NOTICE OF DEFENDANTS' JOINT MOTION FOR CLARIFICATION REGARDING *DAUBERT* HEARING ORDER 1

**PLEASE TAKE NOTICE** that on April 18, 2022, or as soon as counsel may be heard, the undersigned Defense Executive Committee counsel, on behalf of all Defendants, shall move for the entry of an Order clarifying *Daubert* Order 1, Dkt. 1958, with regard to the scope of testimony Drs. Stephen Lagana and Stephen Hecht are permitted to offer at trial regarding NDEA.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, the Defendants shall rely upon the Memorandum of Law in Support submitted herewith, any reply submissions made hereafter, and the Certification of Clem C. Trischler and appendices thereto; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: March 18, 2022

By: */s/ Clem C. Trischler*
    Clem C. Trischler
    *Defense Executive Committee*

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
Clem C. Trischler
Jason M. Reefer
Frank H. Stoy
38th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219
Tel: (412) 263-2000
Fax: (412) 263-2001
CCT@PIETRAGALLO.com

    *Counsel for Mylan
    Laboratories, Ltd. and Mylan
    Pharmaceuticals, Inc.*

DUANE MORRIS LLP
Seth A. Goldberg, *Lead Counsel and
Liaison Counsel for Defendants*
Jessica Priselac
Lauren Appel
Coleen W. Hill
Melissa A. Ruth
30 South 17th Street
Philadelphia, Pennsylvania 19103
Tel.: (215) 979-1000
Fax: (215) 979-1020
SAGoldberg@duanemorris.com
JPriselac@duanemorris.com
LAAppel@duanemorris.com
CWHill@duanemorris.com
MARuth@duanemorris.com

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

Allison Brown

Jessica D. Miller
Four Times Square
New York, Ny 10036
Tel: (212) 735-3222
allison.brown@skadden.com
jessica.miller@skadden.com

*Counsel for Zhejiang Huahai
Pharmaceutical Co, Ltd.,
Huahai U.S., Inc.,  Prinston
Pharmaceutical Inc., and Solco
Healthcare US, LLC*

GREENBERG TRAURIG, LLP
Lori G. Cohen, *Lead Counsel for
Defendants*
Victoria Davis Lockard
Steven M. Harkins
Terminus 200
3333 Piedmont Road, N.E.,
Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
LockardV@gtlaw.com
HarkinsS@gtlaw.com

*Counsel for Teva
Pharmaceuticals USA, Inc.,
Teva Pharmaceutical
Industries Ltd., Actavis
Pharma, Inc., and Actavis LLC*

BARNES & THORNBURG LLP
Sarah E. Johnston, *Liaison Counsel for
Retailer Defendants*
Kara Kapke
Kristen L. Richer
2029 Century Park East, Suite 300

Los Angeles, CA 90067
Tel: (310) 284-3798
Fax: (310) 284-3894
Sarah.Johnston@btlaw.com
Kara.Kapke@btlaw.com
Kristen.Richer@btlaw.com

*Counsel for CVS Pharmacy, Inc.
(incorrectly named as CVS
Health Corporation)*

ULMER & BERNE LLP
Jeffrey D. Geoppinger, *Liaison
Counsel for Wholesaler Defendants*
600 Vine Street, Suite 2800
Cincinnati, OH 45202-2409
Tel.: (513) 698-5038
Fax: (513) 698-5039
jgeoppinger@ulmer.com

*Counsel for AmerisourceBergen
Corporation*

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on March 18, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Clem C. Trischler*
Clem C. Trischler
