THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**CERTIFICATION OF CLEM C. TRISCHLER** |

CLEM C. TRISCHLER, being of full age, certifies as follows:

1.      I am a Partner at Pietragallo Gordon Alfano Bosick & Raspanti, LLP, attorneys for Defendants Mylan Laboratories, Ltd. and Mylan Pharmaceuticals, Inc. I also am a member of the Defense Executive Committee for all Defendants in this MDL. I make this Certification based on personal knowledge and in support of the Defendants' Joint Motion for Clarification Regarding *Daubert* Order 1.

2.      Appendix A, attached hereto, contains true and correct copies of the following papers: (i) Thresher A, Foster R, Ponting DJ, Stalford SA, Tennant RE, Thomas R. Are all nitrosamines concerning? A review of mutagenicity and carcinogenicity data. Regulatory Toxicology and Pharmacology. 2020;116:104749; and (ii) Choi BC. N-Nitroso compounds and human cancer. A molecular epidemiologic approach. American journal of epidemiology. 1985;121(5).

3.      Appendix B, attached hereto, contains true and correct copies of the following papers: (i) Hecht, S. S. (2017) Oral cell DNA adducts as potential

biomarkers for lung cancer susceptibility in cigarette smokers, Chem Res Toxicol 30; and (ii) Tricker, A. R. (1997) N-nitroso compounds and man: sources of exposure, endogenous formation and occurrence in body fluids, Eur. J. Cancer Prev 6.

Dated: March 18, 2022　　　　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　　　　By: */s/ Clem C. Trischler*
　　　　　　　　　　　　　　　　　　　　　Clem C. Trischler
　　　　　　　　　　　　　　　　　　　　　　*Defense Executive Committee*

　　　　　　　　　　　　　　　　　　　PIETRAGALLO GORDON ALFANO
　　　　　　　　　　　　　　　　　　　BOSICK & RASPANTI, LLP
　　　　　　　　　　　　　　　　　　　Clem C. Trischler,
　　　　　　　　　　　　　　　　　　　Jason M. Reefer
　　　　　　　　　　　　　　　　　　　Frank H. Stoy
　　　　　　　　　　　　　　　　　　　38th Floor, One Oxford Centre
　　　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15219
　　　　　　　　　　　　　　　　　　　Tel: (412) 263-2000
　　　　　　　　　　　　　　　　　　　Fax: (412) 263-2001
　　　　　　　　　　　　　　　　　　　cct@pietragallo.com
　　　　　　　　　　　　　　　　　　　jmr@pietragallo.com
　　　　　　　　　　　　　　　　　　　fhs@pietragallo.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Mylan Laboratories, Ltd. and Mylan Pharmaceuticals, Inc.*