# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Actions** | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION FOR CLARIFICATION OF *DAUBERT* HEARING ORDER 1** |

## ORDER

**THIS MATTER,** having been opened to the Court by Defendants for entry of an order clarifying *Daubert* Order 1, Dkt. 1958, with regard to the scope of testimony Drs. Stephen Lagana and Stephen Hecht are permitted to offer at trial regarding NDEA, and the Court having considered the submissions and arguments of the parties, and for good cause shown;

**IT IS** on this ___ day of _____, 2022, **ORDERED** as follows:

1. Defendants' Joint Motion for Clarification Regarding *Daubert* Order 1 is granted; and

2. It is hereby clarified and confirmed that Drs. Hecht and Lagana are precluded from offering any opinions at trial regarding NDEA and specific cancers.

_____
Hon. Robert B. Kugler, U.S.D.J.