UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE:  VALSARTAN, LOSARTAN, | : | MDL No.: 2875 |
| AND IRBESARTAN PRODUCTS | : | Civil Case No.:  19:2875(RBK/JS) |
| LIABILITY LITIGATION | : | |
| | : | |
| THIS DOCUMENT RELATES TO ALL | : | |
| CASES | : | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance as co-counsel on behalf of Defendant, Camber Pharmaceuticals, Inc., in the above-titled action.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: */s/ Megan E. Grossman*
  Megan E. Grossman, Esquire
  Megan.Grossman@lewisbrisbois.com
  Attorney ID No.: 034532003
  Lewis Brisbois Bisgaard & Smith, LLP
  550 E. Swedesford Road
  Suite 270
  Wayne, PA 19087
  215-977-4100
  Fax:  215-977-4101

  Counsel for Defendant,
  Camber Pharmaceuticals, Inc.

Date:  March 24, 2022

4888-9453-4936.1

## **CERTIFICATE OF SERVICE**

I, Megan E. Grossman, Esquire, hereby certify that I caused the foregoing to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document.

>*/s/ Megan E. Grossman*
>Megan E. Grossman, Esquire

Date:  March 24, 2022

4888-9453-4936.1