UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: VALSARTAN, LOSARTAN, | : | MDL No.: 2875 |
| AND IRBESARTAN PRODUCTS | : | Civil Case No.: 19:2875(RBK/JS) |
| LIABILITY LITIGATION | : | |
| | : | |
| THIS DOCUMENT RELATES TO ALL | : | |
| CASES | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance as co-counsel on behalf of Defendant, The Kroger Co., in the above-titled action.

                          Respectfully submitted,

                          LEWIS BRISBOIS BISGAARD & SMITH, LLP

                          By: */s/ Megan E. Grossman*
                              Megan E. Grossman, Esquire
                              Megan.Grossman@lewisbrisbois.com
                              Attorney ID No.: 034532003
                              Lewis Brisbois Bisgaard & Smith, LLP
                              550 E. Swedesford Road
                              Suite 270
                              Wayne, PA 19087
                              215-977-4100
                              Fax: 215-977-4101

                        Counsel for Defendant,
                        The Kroger Co.

Date: March 24, 2022

4891-9069-2376.1

## CERTIFICATE OF SERVICE

      I, Megan E. Grossman, Esquire, hereby certify that I caused the foregoing to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document.

                                                       */s/ Megan E. Grossman*
                                                       Megan E. Grossman, Esquire

Date:  March 24, 2022

4891-9069-2376.1