UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In Re: Valsartan NDMA Products Liability Litigation** | Master Docket No. 1:19-md-2875<br>Honorable Robert B. Kugler<br>Magistrate Judge Joel Schneider |
| DENNIS REBER, | |
| Plaintiff, | **MOTION FOR SUBSTITUTION OF PARTY** |
| v. | |
| ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.; HUAHAI U.S., INC.; HARVARD DRUG GROUP, LLC; CARDINAL HEALTH, INC.; MAJOR PHARMACEUTICALS; TEVA PHARMACEUTICALS USA, INC.; A-S MEDICATION SOLUTIONS, LLC; PRINSTON PHARMACEUTICAL, INC. D/B/A SOLCO HEALTHCARE US, LLC.; SOLCO HEALTHCARE US, LLC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; ACTAVIS, LLC; TORRENT PRIVATE LIMITED; TORRENT PHARMACEUTICALS, LTD.; TORRENT PHARMACEUTICALS, INC; BRYANT RANCH PREPACK, INC.; H J HARKINS CO., INC. DBA PHARMA PAC; REMEDYREPACK, INC.; NORTHWIND PHARMACEUTICALS; NUCARE PHARMACEUTICALS, INC.; HETERO LABS, LTD.; HETERO DRUGS, LIMITED; HETERO USA, INC.; CAMBER PHARMACEUTICALS, INC.; PREFERRED PHARMACEUTICALS, INC.; AVKARE, INC.; MYLAN LABORATORIES, LTD.; MYLAN PHARMACEUTICALS, INC.; MYLAN, N.V.; ARROW PHARM MALTA, LTD; ACTAVIS PHARMA, INC.; AUROBINDO PHARMA, LTD; AUROBINDO PHARMA USA, INC.; | MDL No. 2875 |

1

|  |  |
|---|---|
| AUROLIFE PHARMA, LLC; ACETRIS, LLC; RITE-AID CORPORATION; MCKESSON CORPORATION; AMERISOURCEBERGEN CORPORATION; and DOES 1-100<br><br>Defendants. |  |

The named Plaintiff in this action, Dennis Reber, died on August 28, 2021. *See* January 6, 2022 Suggestion of Death, DN 1849. On March 28, 2022, Suzanne Reber, Mr. Reber's widow, was appointed Executrix of the Estate of Dennis Reber. The signed Order effectuating the ruling is currently outstanding with the Harris County Probate Court in Houston, Texas. The Order will be filed as a supplement once it is received by the undersigned counsel. Pursuant to Fed. R. Civ. P. 25(a)(1), Plaintiff respectfully moves that Suzanne Reber be substituted as the proper party in this action pursuant to her status as the Executrix of the Estate of Dennis Reber.

    Respectfully submitted,

    GOLDEN LAW OFFICE, PLLC

    ***/s/Laraclay Parker***
    J. Dale Golden
    Justin S. Peterson
    Laraclay Parker
    771 Corporate Drive, Suite 800
    Lexington, Kentucky 40503
    Telephone:   (859) 469-5000
    Facsimile:    (859) 469-5001
    dgolden@goldenlawoffice.com
    jpeterson@goldenlawoffice.com
    lparker@goldenlawoffice.com
    COUNSEL FOR PLAINTIFF, DENNIS REBER

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice to all Defendants of record.

/s/*Laraclay Parker*
COUNSEL FOR PLAINTIFF