**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In Re: Valsartan NDMA Products Liability Litigation** | Master Docket No. 1:19-md-2875<br>Honorable Robert B. Kugler<br>Magistrate Judge Joel Schneider |
| DENNIS REBER, | |
| Plaintiff, | **ORDER** |
| v. | |
| ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD.; HUAHAI U.S., INC.; HARVARD DRUG GROUP, LLC; CARDINAL HEALTH, INC.; MAJOR PHARMACEUTICALS; TEVA PHARMACEUTICALS USA, INC.; A-S MEDICATION SOLUTIONS, LLC; PRINSTON PHARMACEUTICAL, INC. D/B/A SOLCO HEALTHCARE US, LLC.; SOLCO HEALTHCARE US, LLC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; ACTAVIS, LLC; TORRENT PRIVATE LIMITED; TORRENT PHARMACEUTICALS, LTD.; TORRENT PHARMACEUTICALS, INC; BRYANT RANCH PREPACK, INC.; H J HARKINS CO., INC. DBA PHARMA PAC; REMEDYREPACK, INC.; NORTHWIND PHARMACEUTICALS; NUCARE PHARMACEUTICALS, INC.; HETERO LABS, LTD.; HETERO DRUGS, LIMITED; HETERO USA, INC.; CAMBER PHARMACEUTICALS, INC.; PREFERRED PHARMACEUTICALS, INC.; AVKARE, INC.; MYLAN LABORATORIES, LTD.; MYLAN PHARMACEUTICALS, INC.; MYLAN, N.V.; ARROW PHARM MALTA, LTD; ACTAVIS PHARMA, INC.; AUROBINDO PHARMA, LTD; AUROBINDO PHARMA USA, INC.; | MDL No. 2875 |

1

AUROLIFE PHARMA, LLC;
ACETRIS, LLC; RITE-AID
CORPORATION; MCKESSON
CORPORATION;
AMERISOURCEBERGEN
CORPORATION; and DOES 1-100

                    Defendants.

The Court, having read the Motion of Plaintiff, and having been otherwise sufficiently advised;

The Court hereby substitutes Suzanne Reber in her Capacity as the Executrix of the Estate of Dennis Reber as the proper party.