IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Civil No.: 19-02875 (RBK)<br><br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR ADMISSION *PRO HAC VICE* OF JESSICA D. MILLER** |

On February 28, 2022, Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC filed a Motion for Admission *Pro Hac Vice* of Jessica D. Miller (ECF No. 1941). Defendants now file this Notice to inform the Court that they are withdrawing their previously filed Motion for Admission *Pro Hac Vice* of Jessica D. Miller. On March 3, 2022, Ms. Miller separately filed her Notice of Appearance as an MDL attorney (ECF No. 1956) pursuant to paragraph 9 of MDL Case Management Order No. 1 (ECF No. 5) and is registered to receive electronic filing notifications in this matter.

                                            **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

Date: March 29, 2022                  /s/ Allison M. Brown
                                              Allison Meghan Brown (Bar #044992012)
                                              One Manhattan West
                                              New York, New York 10001
                                              Telephone: (212) 735-3222
                                              Facsimile: (917) 777-3222
                                              Allison.Brown@skadden.com

                                              *Counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 29, 2022, a copy of the foregoing Notice of Withdrawal of Motion for Admission *Pro Hac Vice* of Jessica D. Miller was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

    /s/ Allison M. Brown
Allison M. Brown (Bar # 044992012)
*Counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*