# EXHIBIT D

| | |
|---|---|
| **From:** | Adam Slater |
| **To:** | Jason M. Reefer |
| **Cc:** | Daniel Nigh; Christopher Geddis |
| **Subject:** | Re: Valsartan - Najafi |
| **Date:** | Friday, March 25, 2022 11:07:19 AM |

Hi Jason, we will have a concrete response out to you today or Monday is my understanding. I can assure you we are addressing this and we are confident that our response will put this issue to bed. Thank you for your patience through this process.

On Mar 25, 2022, at 10:44 AM, Jason M. Reefer <JMR@Pietragallo.com> wrote:

Hi Adam – I tried to reach out by phone, but your assistant indicated you weren't available. In any event, I wanted to follow up to see if there is any movement on this issue. I have limited availability the rest of the day, but if you'd like to try my cell phone (724-822-1673), I'll answer if I can. I trust you'll understand that, at this juncture and unless we can make progress over the next few days, I anticipate including the testing data issue on next week's agenda.

Thanks,
Jason

**Jason M. Reefer, Esquire**
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
Office: (412) 263-1840 | Fax: (412) 263-4235
JMR@Pietragallo.com | BIO | vCard

Connect with me on LinkedIn:

This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s). If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this e-mail in error, please immediately notify Pietragallo Gordon Alfano Bosick & Raspanti, LLP by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.

**From:** Adam Slater <ASlater@mazieslater.com>
**Sent:** Tuesday, March 22, 2022 1:58 PM
**To:** Jason M. Reefer <JMR@Pietragallo.com>
**Cc:** Daniel Nigh <dnigh@levinlaw.com>; Christopher Geddis <CGeddis@mazieslater.com>
**Subject:** Re: Valsartan - Najafi

Working on it.

On Mar 22, 2022, at 1:24 PM, Jason M. Reefer <JMR@Pietragallo.com> wrote:

Hi Adam – I hope you are well. I wanted to follow up on the Dr. Najafi document request. When we spoke on March 11, I understood you were going to coalesce with the folks on your side to determine if Dr. Najafi or his lab has conducted testing on valsartan. Have you had a chance to track down that information? Apologies if I missed something along the way, and happy to hop on a call to discuss.

Thanks,
Jason

**Jason M. Reefer, Esquire**
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
Office: (412) 263-1840 | Fax: (412) 263-4235
JMR@Pietragallo.com | BIO | vCard

Connect with me on LinkedIn:

This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s). If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this e-mail in error, please immediately notify Pietragallo Gordon Alfano Bosick & Raspanti, LLP by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.