# EXHIBIT E

From: Adam Slater <ASlater@mazieslater.com>
Date: March 23, 2022 at 6:50:18 PM EDT
To: "Bernardo, Richard T (NYC)" <Richard.Bernardo@skadden.com>
Subject: [Ext] Request for extension on class briefing

Hi Rich,

I had a chance to speak to the rest of our leadership, and you can tell the Court that we will not object, as long as all class cert briefing deadlines are pushed out by a week if this is granted so that it applies equally, I assume you will request the extension in the next agenda letter.

Thank you,

Adam Slater

---------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.
Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
=========================================================================