# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| IN RE: Valsartan N-Nitrosodimethylamine (NDMA), and Irbesartan Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 2875<br>Civil No. 19-02875<br>(RBK/SAK) |

## SPECIAL MASTER ORDER NO. 63

**AND NOW,** this 30th day of March, 2022, counsel having informed the court of a potential discovery dispute concerning production of testing documents from Plaintiffs' expert, Ron Najafi, and having committed to meet and confer to attempt to resolve the dispute, and deeming it appropriate to establish a briefing schedule if the dispute cannot be resolved, **IT IS HEREBY ORDERED**:

1. No later than **April 8, 2022**, Counsel shall submit a joint report on the results of their efforts to resolve the dispute concerning testing records of Mr. Najafi.

2. If necessary, Defendants shall submit a brief in support of their request to compel production of testing records from Mr. Najafi no later than **April 13, 2022**.

3. Plaintiffs shall submit an opposition brief no later than **April 25, 2022**.

s/ Thomas I. Vanaskie<br>
Hon. Thomas I. Vanaskie (Ret.)<br>
Special Master