UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>Honorable Thomas Vanaskie (Ret.), Special Discovery Master |

## NOTICE OF WITHDRAWAL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 102.1, attorneys of the law firm of Duane Morris LLP (collectively, "Duane Morris and its attorneys"), will no longer represent and should be withdrawn as counsel of record for Defendants Huahai U.S. Inc.; Prinston Pharmaceutical Inc.; Solco Healthcare U.S. LLC; and Zhejiang Huahai Pharmaceutical Co., Ltd. ("ZHP Defendants").

Alan Klein
Seth A. Goldberg
Jessica A. Priselac
Rebecca E. Bazan
Dana B. Klinges
Alyson W. Lotman
Drew T. Dorner

Kelly A. Bonner
Julie S. Greenberg
Lauren E. Pugh
Coleen W. Hill
Rachel M. Good
Dawnn E. Briddell
Elinor H. Murarova

In addition, Duane Morris and its attorneys request that they be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification.

In support of such motion, the undersigned states the following:

1. ZHP Defendants are now represented in this multi-district litigation by the law firm of Skadden, Arps, Slate, Meagher & Flom LLP.

2. The withdrawal of Duane Morris and its attorneys will not affect any deadlines or cause any delay in this matter.

3. This withdrawal will cause no prejudice to any party, or to the Court.

4. ZHP Defendants consent to the withdrawal of Duane Morris and its attorneys.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: March 31, 2022

        Respectfully submitted,

        By:  */s/ Seth A. Goldberg*

        DUANE MORRIS LLP
        Seth A. Goldberg
        30 South 17th Street
        Philadelphia, Pennsylvania 19103
        Tel.: (215) 979-1000
        Fax: (215) 979-1020
        SAGoldberg@duanemorris.com

        *Attorneys for Zhejiang Huahai Pharmaceutical Co, Ltd., Huahai U.S.,Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC*