# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | **MDL No. 2875**<br><br>**Honorable Robert B. Kugler, District Court Judge**<br><br>**Honorable Thomas Vanaskie (Ret.), Special Discovery Master** |

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED**, this ___ day of _____, 2022, the appearances of the following attorneys shall be deemed withdrawn from this MDL and all cases transferred to the MDL Court to date:

Alan Klein
Seth A. Goldberg
Jessica A. Priselac
Rebecca E. Bazan
Dana B. Klinges
Alyson W. Lotman
Drew T. Dorner
Kelly A. Bonner
Julie S. Greenberg
Lauren E. Pugh
Coleen W. Hill
Rachel M. Good
Dawnn E. Briddell
Elinor H. Murarova

                                                    Hon. Robert B. Kugler
                                                    United States District Judge