# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2875<br><br>Civil Case No. 19:2875 (RBK/JS) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PERIPHERAL DEFENDANT PREFERRED PHARMACEUTICALS, INC.

**WHEREAS** the Court entered Case Management Order No. 15-A, which provides a mechanism for certain defendants to obtain a without prejudice dismissal from all cases pending in this MDL alleging claims in connection with allegedly contaminated losartan-containing drugs ("LCDs") and irbesartan-containing drugs ("ICDs");

**WHEREAS**, Peripheral Defendant Preferred Pharmaceuticals, Inc. ("PPI") having provided the information and documents required by Case Management Order No. 15-A, and having agreed to the tolling provisions therein;

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiffs Executive Committee and PPI that all current cases pending and all future cases to be filed in this MDL alleging claims against PPI in connection with allegedly contaminated LCDs and ICDs be and hereby are dismissed without prejudice.

| | |
|---|---|
| */s/ Marlene J. Goldenberg*<br>Marlene J. Goldenberg<br>(MN Bar ID: 0394943)<br>**GOLDENBERGLAW, PLLC**<br>mjgoldenberg@goldenberglaw.com<br>800 LaSalle Avenue, Suite 2150<br>Minneapolis, MN 55402<br>Tel.: (612) 333-4662<br>Fax: (612) 367-8107<br>On behalf of the Plaintiffs Executive Committee<br><br>Dated: March 31, 2022 | */s/ Kelly A. Waters*<br>Kelly A. Waters<br>(NJ Bar ID: 030301991)<br>**WOOD SMITH HENNING & BERMAN, LLP**<br>400 Connell Drive, Suite 1100<br>Berkeley Heights, New Jersey 07922<br>973-265-9914<br>kwaters@wshblaw.com<br><br>Attorneys for Peripheral Defendant, Preferred Pharmaceuticals, Inc.<br><br>Dated: March 31, 2022 |