**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **IN RE:** <br> Valsartan, Losartan, and Irbesartan <br> Products Liability Litigation <br><br> *This document applies to all cases.* | **MDL No. 2875 (RBK-SAK)** <br><br><br> **ORDER** |

**KUGLER, U.S. DISTRICT JUDGE:**

   **THE COURT HAVING BEEN NOTICED,** in Doc. No. 1987 and pursuant to Local Civil Rule 102.1, in this Multi-District Litigation ["MDL"], that attorneys of the law firm of Duane Morris LLP [collectively, "Duane Morris"] no longer represent, and should be withdrawn as counsel of record for, Defendants Huahai U.S. Inc., Prinston Pharmaceutical Inc., Solco Healthcare U.S. LLC, and Zhejiang Huahai Pharmaceutical Co., Ltd. ["ZHP Defendants"];

   **IT IS HEREBY ORDERED:** the appearances of the following attorneys are deemed withdrawn from this MDL and all its related cases:

Alan Klein

Seth A. Goldberg

Jessica A. Priselac

Rebecca E. Bazan

Dana B. Klinges

Alyson W. Lotman

Drew T. Dorner

Kelly A. Bonner

Julie S. Greenberg

Lauren E. Pugh

Coleen W. Hill

Rachel M. Good

Dawnn E. Briddell

Elinor H. Murarova

Dated: 1 April 2022

s/ Robert B. Kugler
Hon. Robert B. Kugler
United States District Judge