[ECF No. 1941]

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |
|---|---|
| IN RE: VALSARTAN, LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 19-2875 (RBK/SAK) |
| This Document Relates to All Actions |  |

## ORDER

This matter having been brought before the Court by Allison M. Brown, Esquire, counsel for Defendants Zhejiang Huahai Pharmaceutical Co., Ltd., Huahai U.S., Inc., Prinston Pharmaceutical Inc., and Solco Healthcare U.S., LLC (collectively "Defendants"), for an Order allowing Jessica D. Miller , Esquire, to appear and participate *pro hac vice*; and the Court having considered the moving papers; and for good cause shown;

IT IS this **1st** day of **April**, **2022**, hereby

ORDERED that Defendants' Motion [ECF No. 1941] is **DENIED as moot.**

s/ Sharon A. King
SHARON A. KING
United States Magistrate Judge