[Civ. ECF No. **7**/ MDL ECF No. 1981]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>DENNIS REBER v. ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD. et al.,<br><br>Defendants. | Civil No. 19-15101 (RBK/SAK)<br><br>MDL No. 19-2875 (RBK/SAK) |

# ORDER

This matter having come before the Court by way of a motion for substitution of party [Civ. ECF No. 7/MDL ECF No. 1981] filed on behalf of Plaintiff Denis Reber by Laraclay Parker, Esquire, seeking to substitute Suzanna Reber in her capacity as the Executrix of the Estate of Dennis Reber, in place of Plaintiff Dennis Reber, pursuant to Federal Rule of Civil Procedure 25(a)(1); and the Court having reviewed the moving papers and submissions, the record in this matter, and the applicable law; and the Court noting that a suggestion of death was filed on the main MDL docket on January 6, 2022 (MDL ECF No. 1849); and that this application is timely pursuant to Rule 25(a)(1); and that Defendants would not suffer any prejudice by this substitution; and the Court exercising its discretion to decide Plaintiff's motion without oral argument, *see* FED. R. CIV. P. 78; L. CIV. R. 78.1; and good cause having been shown,

**IT IS HEREBY ORDERED** this **1st** day of **April 2022**, that Plaintiff's motion for substitution of party [Civ. ECF No. 7/MDL ECF No. 1981] is **GRANTED**; and it is further

**ORDERED** that Suzanna Reber in her capacity as the Executrix of the Estate of Dennis Reber is hereby SUBSTITUTED in place of Plaintiff Dennis Reber; and it is further

**ORDERED** that the Clerk of the Court shall amend the case captions accordingly.

**s/ Sharon A. King**
SHARON A. KING
United States Magistrate Judge