# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

| | |
|---|---|
| David A. Mazie* | Karen G. Kelsen° |
| Adam M. Slater*° | Cory J. Rothbort*° |
| Eric D. Katz*° | Michael R. Griffith° |
| David M. Freeman | Christopher J. Geddis |
| Beth G. Baldinger | Samuel G. Wildman |
| Matthew R. Mendelsohn*° | Julia S. Slater° |
| David M. Estes | Trevor D. Dickson |
| Adam M. Epstein° | |

°Member of N.J. & N.Y. Bars

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

April 6, 2022

**VIA ECF**

Honorable Robert Kugler, U.S.D.J.
U.S. District Court - District of New Jersey
Mitchell S. Cohen Building & US Courthouse
1 John F. Gerry Plaza, Courtroom 4D
4th and Cooper Streets
Camden, New Jersey 08101

Honorable Thomas I. Vanaskie (Ret.)
Special Master
Stevens & Lee
1500 Market St., East Tower, Suite 1800
Philadelphia, Pennsylvania 19103-7360

Re: *In re Valsartan, Losartan, and Irbesartan Liability Litigation*,
Case No. 1:19-md-02875-RBK (D.N.J.)

Dear Judge Kugler and Judge Vanaskie:

I am writing to update the Court regarding the status of the Parties' discussions since the last case management conference. The Parties discussed Defendants' motion for clarification and Plaintiffs' proposed cross-motion, and expect that we will know if those motions need to proceed, in the next week at the outside. The Parties will inform the Court as soon as that decision is made. The Parties also discussed the issue raised by Defendants regarding Dr. Najafi, and are attempting to resolve the issue, but if unable to do so, Defendants advise that they intend to proceed on the briefing schedule already set by the Court.

Honorable Robert Kugler, U.S.D.J.
Honorable Thomas I. Vanaskie (Ret.)
April 6, 2022
Page 2

    Thank you for your courtesies and consideration.

                                                Respectfully,

                                                ADAM M. SLATER

Cc: All counsel of record (via ECF)