**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | MDL No. 2875 |
| THIS DOCUMENT RELATES TO ALL CASES | HON. ROBERT B. KUGLER |

**ORDER MODIFYING PLAINTIFFS' STEERING COMMITTEE**

**This Matter** having come before the Court on plaintiffs' letter application seeking modifications to Plaintiffs' leadership structure, and for good cause shown,

It is on this _____ day of April, 2022:

Ordered that the following attorneys are hereby removed from the Plaintiffs' Steering Committee:

Roger Orlando
Annesley Degaris
Jon Savin
Mila Bartos;

Ordered that current PSC member Samuel Anyan with The Cochran Firm be replaced by James Carter, also of The Cochran Firm;

Ordered that Layne Hilton, formerly an associate at the law firm of Kanner & Whiteley, L.L.C., and now a partner with the law firm of Meyer Wilson, be permitted to join the Plaintiffs' Steering Committee;

So ordered, this _____ day of April, 2022,

 

_____
Robert B. Kugler, U.S.D.J.