**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE:** VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates To All Cases* | MDL No. 2875 (RBK-SAK)<br><br>Case Management Order No. 26<br>Modification to<br>Plaintiffs' Steering Committee |

Kugler, U.S. District Judge:

**THIS MATTER HAVING COME BEFORE THE COURT** on plaintiffs' letter request (Doc. No. 1996, dated 6 April 2022), seeking modifications to Plaintiffs' Counsels' leadership structure, which Case Management Order ["CMO"] No. 6 (Doc. No. 96) details in part as including Plaintiffs' Steering Committee ["PSC"] comprising various Subcommittees, and for good cause shown,

**IT IS ORDERED:**

The following attorneys are now removed from the PSC:

Roger Orlando, Esq.,

Annesley Degaris, Esq.,

both of whom had joined the Personal Injury Subcommittee, and

Jon Savin, Esq.

Mila Bartos, Esq.,

both of whom had joined unknown Subcommittees; and

**IT IS FURTHER ORDERED:**

On the Plaintiffs' Steering Committee, James Carter, Esq. now replaces Samuel Anyan, Esq. (who is now removed therefrom), both of whom are at The Cochran Firm; and

**IT IS FURTHER ORDERED:**

Layne Hilton, Esq., formerly associated with Kanner & Whiteley, and currently a partner at Meyer Wilson, now joins the Plaintiffs' Steering Committee.

Dated: 8 April 2022                                    s/ Robert B. Kugler
                                                                 The Honorable Robert B. Kugler
                                                                 United States District Judge