UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION | No. 1:19-md-2875-RBK<br>Hon. Robert Kugler<br><br>Special Master Thomas I. Vanaskie |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Layne Hilton, of Meyer Wilson, Co., LPA, hereby enters an appearance as counsel for Plaintiffs in the above-referenced action. Please serve said counsel with all pleadings and notices in this action at the below information:

Layne C. Hilton
lhilton@meyerwilson.com
Meyer Wilson, Co., LPA
900 Camp Street, Suite 337
New Orleans, LA 70130
Telephone: 866-827-6537

Dated: April 8, 2022

Respectfully,

/s/ Layne C. Hilton
Layne C. Hilton (*Pro Hac Vice*)
MEYER WILSON CO., LPA
900 Camp Street, Suite 337
New Orleans, LA 70130
Tel: 866-827-6537
lhilton@kanner-law.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April, 2022, I caused a true and correct copy of the foregoing to be filed and served upon all counsel of record by operation of the Court's CM/ECF system.

/s/ Layne C. Hilton
Layne C. Hilton