# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Kristen L. Richer of Barnes & Thornburg LLP on this Court's MDL master docket on behalf of Defendant Walgreen Co., improperly identified as Walgreens Co. Counsel has complied with the ECF requirements for this Court and has received a personal ID and password.

By entering this appearance, Defendant Walgreen Co. preserves all defenses, including but not limited to service and personal jurisdiction, in any individual case in which Walgreen Co. is named that is currently pending in this MDL or that may subsequently be transferred to or consolidated with MDL 2875.

Dated:  April 11, 2022                                   Respectfully submitted,

/s/ Kristen Richer
Kristen L. Richer, Esq.
BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Tel:     (310) 284-3896
Fax:    (310) 284-3894
Email:  kristen.richer@btlaw.com

*Counsel for Defendant Walgreen Co.*
*(improperly identified as Walgreens Co.)*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2022, I filed the foregoing Notice of Appearance electronically through the CM/ECF system, which will send notice of filing to all CM/ECF participants.

*/s/ Kristen Richer*
Kristen L. Richer, Esq.