**Frank H. Stoy**

| | |
|---|---|
| **From:** | harkinss@gtlaw.com |
| **Sent:** | Tuesday, April 5, 2022 1:02 PM |
| **To:** | gwilliamson@farr.com |
| **Cc:** | DECValsartan@btlaw.com; valpec@kirtlandpackard.com; aslater@mazieslater.com |
| **Subject:** | [EXTERNAL]RE: [EXT]RE: Valsartan MDL - Defense and Indemnity Agreements |

George,

After discussion on our side, Defendants will be reaching out individually to set meet and confers on the items raised in your letter. On behalf of Teva, please let us know who on Plaintiffs' side should be included, and the GT team will email separately to find a mutually agreeable time.

Best,

**Steven M. Harkins**
Associate

Greenberg Traurig, LLP
Terminus 200 | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T +1 678.553.2312  |  F +1 678.553.2441
harkinss@gtlaw.com   |   www.gtlaw.com   |   View GT Biography

**GT GreenbergTraurig**

---

**From:** George T. Williamson <gwilliamson@farr.com>
**Sent:** Tuesday, April 5, 2022 12:20 PM
**To:** Harkins, Steven M. (Assoc-ATL-LT) <harkinss@gtlaw.com>
**Cc:** DECValsartan@btlaw.com; valpec@kirtlandpackard.com; aslater <aslater@mazieslater.com>
**Subject:** Re: [EXT]RE: Valsartan MDL - Defense and Indemnity Agreements

Steve, just following up on your email below regarding a meet and confer. Can you please let me know when and how defendants propose to meet and confer on the issues?

Thanks,

George

Get Outlook for iOS

---

**From:** harkinss@gtlaw.com <harkinss@gtlaw.com>
**Sent:** Friday, March 25, 2022 3:02 PM
**To:** George T. Williamson <gwilliamson@farr.com>; sagoldberg@duanemorris.com <sagoldberg@duanemorris.com>
**Cc:** DECValsartan@btlaw.com <DECValsartan@btlaw.com>; valpec@kirtlandpackard.com <valpec@kirtlandpackard.com>; aslater <aslater@mazieslater.com>
**Subject:** [EXT]RE: Valsartan MDL - Defense and Indemnity Agreements

George,

I am following up on your letter seeking information on indemnification agreements.  Without conceding that the requests are proper, and although many of the defendants believe that they've already provided

information responsive to these requests in discovery (including during the 30(b)(6) depositions), we think it makes sense to meet and confer on these issues.

We are currently conferring with our clients on that process – including whether it is productive to do a global meet and confer, or whether it makes more sense to handle these issues separately – and anticipate having a better sense of that sometime next week.  We will follow up then for purposes of scheduling those discussions.

Best,

**Steven M. Harkins**
Associate

Greenberg Traurig, LLP
Terminus 200 | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T +1 678.553.2312  |  F +1 678.553.2441
harkinss@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



---

**From:** George T. Williamson <gwilliamson@farr.com>
**Sent:** Thursday, March 17, 2022 11:57 AM
**To:** Goldberg, Seth A. <sagoldberg@duanemorris.com>
**Cc:** DECValsartan@btlaw.com; Valsartan PEC Listserv <valpec@kirtlandpackard.com>; aslater <aslater@mazieslater.com>
**Subject:** [EXTERNAL]Valsartan MDL - Defense and Indemnity Agreements

**\*EXTERNAL TO GT\***

Seth, please advise as to your side's availability to meet and confer after review of the attached letter. I ask that you also please forward to any of your colleagues who have recently joined the case but who may not already be on the DEC distribution email.

Thanks,

George



FARR, FARR, EMERICH, HACKETT, CARR & HOLMES, P.A.

**George T. Williamson** | Director

Personal Injury and Mass Tort Litigation Attorney

99 Nesbit Street, Punta Gorda, Florida 33950
**941.639.1158** | F: 941.639.0028 | farr.com

Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom it is addressed.  Any unauthorized review, use, disclosure, or distribution is prohibited.  If you are not the intended recipient , please respond to the sender by reply e-mail and destroy all copies of the original e-mail.

Electronic Signature Disclaimer: Emails sent or received shall neither constitute acceptance of conducting transactions via electronic means nor shall they create a binding contract in the absence of a fully signed written contract by the parties intending to be bound.

-----------------------------
"Best Lawyers® - Tier 1 ranking for outstanding work in Real Estate and Trusts and Estates Law in the Fort Myers metro area."

 



```
CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.
```

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

```
CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.
```