# INDEX OF APPENDICES AND TABLES REFERENCED IN DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY CONSUMER ECONOMIC LOSS CLASS

|  | DESCRIPTION |
| --- | --- |
| Appendix A | Proof of Use Submitted by Plaintiffs Who Were Dispensed Aurobindo's Valsartan Products |
| Appendix B | Consumer Economic Loss Plaintiffs' Varied VCD Prescription Fills |
| Appendix C | Subclasses With Plaintiffs That Did Not Assert Allegations Against Subclass Defendants |
| Appendix D | Plaintiff Deposition Testimony Regarding the Efficacy of Valsartan |
| Appendix E | Plaintiff Deposition Testimony Indicating Value of Defendants' Valsartan After Learning of the Recall |
| Appendix F | State Law Variations – Breach of Express Warranty |
| Appendix G | State Law Variations – Breach of Implied Warranty |
| Appendix H | State Law Variations – Common Law Fraud |
| Appendix I | State Law Variations – Consumer Protection Acts |
| Appendix J | State Law Variations – Unjust Enrichment |
| Appendix K | State Jury Instructions – Express Warranty |
| Appendix L | State Jury Instructions – Implied Warranty |
| Appendix M | State Jury Instructions – Common Law Fraud |
| Appendix N | State Jury Instructions – Consumer Protection |
| Appendix O | Jurisdictional Issues and Plaintiffs' Subclasses Subject to *Lexecon* Issues |