# APPENDIX A

## PROOF OF USE SUBMITTED BY PLAINTIFFS WHO WERE DISPENSED AUROBINDO'S VALSARTAN PRODUCTS

|  | Name | Aurobindo NDC(s) Dispensed[1] | Description of Proof of Use (Photo of Rx bottle/label) Submitted by Plaintiffs[2] | Defendants' Opposition Exhibit # |
|---|---|---|---|---|
| 1. | Anderson, Marlin | 65862-0547-90 65862-0549-90 | [None submitted] | n/a |
| 2. | Andre, Merilyn | 52343-0125-90 (Acetris) | Images of bottles of Diovan; one bottle of Solco product | Ex. 109 |
| 3. | Bell, Sandy | 65862-0549-90 65862-0551-90 | Image of Solco product | Ex. 110 |
| 4. | Borkowski, Alphonse | 65862-0551-90 65862-0549-90 | Image of Solco product | Ex. 111 |
| 5. | Bruner, Billy Joe | 65862-0573-90 | Images of Solco and Aurobindo Rx bottles. Aurobindo product was filled on 7/14/18, but complete lot information or expiration date is not visible on the image. The partial information visible appears to indicate a lot number ending in "20A"; however, none of recalled Aurobindo lots end in "20A". | Ex. 112 |
| 6. | Cacaccio, Joseph | 65862-0551-90 | Images of multiple Aurobindo Rx prescription bottles prior to the initial Aurobindo recall. However, the prescriptions were not dispensed in the manufacturers' bottle; the bottle has a Rite Aid pharmacy label which does not reflect the manufacturer's lot number. | Ex. 113 |

---

[1] *See* Appendix B (Plaintiffs' Varied VCD Fills) and associated backup files (Exhibits 123-188).
[2] Some Plaintiffs uploaded images of prescription labels and/or bottles to MDL Centrality which were labeled as "Proof of Use". Where indicated, those images submitted by that Plaintiff are attached as a Defense Opposition Exhibit.

|    | Name | Aurobindo NDC(s) Dispensed[1] | Description of Proof of Use (Photo of Rx bottle/label) Submitted by Plaintiffs[2] | Defendants' Opposition Exhibit # |
|---|---|---|---|---|
| 7. | Childs, James | 65862-0571-90 | [None submitted] | n/a |
| 8. | Crocker, Linda | 65862-0571-90 | Image of MacLeods' NDC 33342-0075-10 filled 3/1/19 | Ex. 114 |
| 9. | Deutenberg, Eleonora (Estate of) | 65862-0572-90 | [None submitted] | n/a |
| 10. | Edwards, Lawrence | 65862-0548-90 | [None submitted] | n/a |
| 11. | Erwin, Eric | 65862-0737-30 | Image of Teva product | Ex. 115 |
| 12. | Glab, Marzanna | 65862-0550-90 | [None submitted] | n/a |
| 13. | Hays, Mark | 65862-0573-90 | [None submitted] | n/a |
| 14. | Johnson, Jennifer | 65862-0547-90 | [None submitted] | n/a |
| 15. | Kaplan, Dennis | 65862-0551-90 65862-0550-90 | Image of Solco product | Ex. 116 |
| 16. | Kelly, Sandra | 65862-0548-90 65862-0551-90 65862-0573-90 | Image of Solco product | Ex. 117 |
| 17. | Kessinger, Joseph | 65862-0573-90 65862-0572-90 | 2 images of Mylan Rx bottles | Ex. 118 |
| 18. | Lawson, James | 65862-0551-90 | Image of Aurobindo bottle showing Expiry 8/2020 (fill date unclear from Rx label). Cannot see full batch number on image of Rx bottle. | Ex. 119 |
| 19. | Longwell, Veronica | 65862-0547-90 | [None submitted] | n/a |
| 20. | Means, Brittany | 65862-0572-90 | [None submitted] | n/a |

A-2

|  | **Name** | **Aurobindo NDC(s) Dispensed[1]** | **Description of Proof of Use (Photo of Rx bottle/label) Submitted by Plaintiffs[2]** | **Defendants' Opposition Exhibit #** |
|---|---|---|---|---|
| 21. | Nelson, Gerald | 65862-0573-90 65862-0551-90 | Image of MacLeods NDC filled 11/13/19 | Ex. 120 |
| 22. | Semmel, Lawrence | 65862-0548-90 | Image of Solco product | Ex. 121 |
| 23. | Sims, Antoinette | 65862-0551-90 | [None submitted] | n/a |