# APPENDIX B

# CONSUMER ECONOMIC LOSS PLAINTIFFS' VARIED VCD PRESCRIPTION FILLS[1]

|   | **Plaintiff Name** | **Manufacturer Defendants' NDC(s) Dispensed**[2] | **Product** | **Manufacturer** | **Filled from Which Pharmacy/(ies)**[3] |
|---|---|---|---|---|---|
| 1 | Anderson, Marlin | 65862-0547-90 | Valsartan/HCTZ 80mg/12.5mg | Aurobindo | CVS |

---

[1] Information included in this chart is largely drawn from Pharmacy Defendant Fact Sheets. Where the plaintiff filled from a non-defendant pharmacy, the information is largely drawn from the Plaintiff Fact Sheet. Defendants, however, do not concede that the information in the Plaintiff Fact Sheets is accurate. All sources for the information herein are included in Defendants' Opposition Exhibits 123-188.

[2] Inclusion of an NDC in this chart is not an admission that the plaintiff paid any amount out of pocket for that product, that it was filled prior to the recalls, or that the product is "at-issue" in the plaintiff's case. As shown throughout this chart, the plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint (ECF 1708) ("ELMC"), is often inconsistent with other records in the case, such as the Plaintiff's Fact Sheet and pharmacy records, so it is not clear which products/fills are actually "at issue" in many cases.

[3] Wholesaler involvement in a Class Representative's purchase of any particular VCD NDC at issue simply cannot be determined. Particularly, the collective Retailer DFSs may not be used to accurately establish Wholesaler involvement in transactions with the Subject Class Representatives as they: (1) cover the entire discovery relevant time period, 2012-2019, rather than the narrow time period related to the dates of a Class Representative's purchase of a VCD NDC in issue; and (2) reflect the purchases of a VCD NDC in issue by all of the chain's locations, rather than by the specific location from which the Class Representative made purchases. As a result, Retailer DFSs may inaccurately suggest involvement by a Wholesaler when, in fact, there were no purchases by that Retail Pharmacy location from that Wholesaler during the time period when the Class Representative purchased the VCD NDC in issue. Moreover, apart from the Retailer DFSs, it is undisputed that there is no documentary evidence before the Court, no possible manipulation of the various Fact Sheets or purchase and sales data, and no expert testimony offered that would allow the determination of whether any Wholesaler, in general, or a specific Wholesaler, in particular, was involved in a particular transaction. This result is because: (1) NDC numbers do not disclose Wholesaler involvement; (2) lot numbers at the patient level would be required to make such an identification; and (3) such lot-level data at the patient level indisputably does not exist, because Wholesalers were not legally required to, and did not, transmit lot information to pharmacies. *See* Opposition of Wholesaler Defendants to Plaintiffs' Motion for Class Certification of the Consumer and Third Party Payor Economic Loss Claims (submitted concurrently hereto).

| | **Plaintiff Name** | **Manufacturer Defendants' NDC(s) Dispensed[2]** | **Product** | **Manufacturer** | **Filled from Which Pharmacy/(ies)[3]** |
|---|---|---|---|---|---|
| | | 65862-0549-90 | Valsartan/HCTZ 160mg/25mg | Aurobindo | CVS |
| | | 00378-6323-77 | Valsartan/HCTZ 160mg/25mg | Mylan | CVS |
| | | 43547-0369-09 | Valsartan 160mg | ZHP[4] | Walgreens[5] |
| 2 | Andre, Merilyn | 52343-0125-90 | Valsartan 320mg | Acetris (Aurobindo) | Express Scripts |
| | | 43547-0369-09 | Valsartan 160mg | ZHP | Sav-On (Albertsons)[6] |
| 3 | Bell, Sandy | 65862-0549-90 | Valsartan/HCTZ 160mg/25mg | Aurobindo | CVS |
| | | 00378-6323-77 | Valsartan/HCTZ 320mg/25mg | Aurobindo | CVS |

---

[4] No ZHP product is identified in Ms. Anderson's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint. ELMC ¶ 45.

[5] Walgreens is not identified in Ms. Anderson's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint. ELMC ¶ 45.

[6] Ms. Andre is particularly inadequate and atypical to be approved as the sole named class representative for the proposed Albertsons' sub-classes, as Ms. Andre paid Sav-On but a one-off co-pay for just a *single* bottle of valsartan product which she testified (and her records show) she did not use in full before being instructed by her doctor to stop taking the product. Ex. 26, Dep. of Merilyn Andre ("Andre Dep.") 69:9-25, 120:8-123:25, Nov. 30, 2021. Ms. Andre is also deficient in this capacity because she is not a named class representative as against the manufacturer of the single product purchased from Sav-On.

| | Plaintiff Name | Manufacturer Defendants' NDC(s) Dispensed[2] | Product | Manufacturer | Filled from Which Pharmacy/(ies)[3] |
|---|---|---|---|---|---|
| | | 43547-0315-09 | Valsartan/HCTZ 320mg/25mg | ZHP[7] | CVS |
| 4 | Borkowski, Alphonse | 43547-0315-09 | Valsartan/HCTZ 320mg/25mg | ZHP | Rite Aid |
| | | 65862-0551-90 | Valsartan/HCTZ 320mg/25mg | Aurobindo[8] | Rite Aid |
| | | 65862-0549-90 | Valsartan/HCTZ 160mg/25mg | Aurobindo[9] | Rite Aid |
| 5 | Bruner, Billy Joe | 43547-0370-09 | Valsartan 320mg | ZHP | Walgreens |
| | | 65862-0573-90 | Valsartan 320mg | Aurobindo[10] | CVS[11] |
| 6 | Burnett, Gary | 43547-0313-09 | Valsartan HCTZ 160mg/25mg | ZHP | Walmart |

---

[7] No ZHP product is identified in Ms. Bell's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint. ELMC ¶ 14.

[8] No Aurobindo product is identified in Mr. Borkowski's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint. ELMC ¶ 15.

[9] No Aurobindo product is identified in Mr. Borkowski's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint. ELMC ¶ 15.

[10] No Aurobindo product is identified in Mr. Bruner's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint. ELMC ¶ 16.

[11] CVS is not identified in Mr. Bruner's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint. ELMC ¶ 16.

| | **Plaintiff Name** | **Manufacturer Defendants' NDC(s) Dispensed[2]** | **Product** | **Manufacturer** | **Filled from Which Pharmacy/(ies)[3]** |
|---|---|---|---|---|---|
| 7 | Cacaccio, Joseph | 00378-5814-77 | Valsartan 160mg | Mylan | Rite Aid |
| | | 43547-0315-09 | Valsartan/HCTZ 320mg/25mg | ZHP | Rite Aid |
| | | 65862-0551-90 | Valsartan/HCTZ 320mg/25mg | Aurobindo | Rite Aid |
| 8 | Childs, James | 43547-0368-09 | Valsartan 80mg | ZHP | Main Line Health Pharmacy (not a defendant) |
| | | 65862-0571-90 | Valsartan 80mg | Aurobindo | Main Line Health Pharmacy (not a defendant) |
| | | 31722-0746-90 | Valsartan 80mg | Hetero[12] | Main Line Health Pharmacy (not a defendant) |
| | | 00378-5813-77 | Valsartan 80mg | Mylan[13] | Main Line Health Pharmacy (not a defendant) |
| 9 | Cisneros, Samuel | 13668-0070-90 | Valsartan 320mg | Torrent | Walmart |

---

[12] No Hetero product is listed in Mr. Child's Plaintiff Fact Sheet (Exhibit 134), but records from Main Line Health Pharmacy that Defendants were able to procure included this product (Exhibit 133).

[13] No Mylan product is listed in Mr. Child's Plaintiff Fact Sheet (Exhibit 134), but records from Main Line Health Pharmacy that Plaintiff produced included this product (Exhibit 133).

| | **Plaintiff Name** | **Manufacturer Defendants' NDC(s) Dispensed[2]** | **Product** | **Manufacturer** | **Filled from Which Pharmacy/(ies)[3]** |
|---|---|---|---|---|---|
| | | 43547-0370-09 | Valsartan 320mg | ZHP[14] | Walmart |
| 10 | Cooper, Glenda | 00378-5814-77 | Valsartan 160mg | Mylan | Smith Drug Company (not a defendant) |
| | | 43547-0369-09 | Valsartan 160mg | ZHP | Smith Drug Company (not a defendant) |
| 11 | Crocker, Linda | 65862-0571-90 | Valsartan 80mg | Aurobindo | Hannaford Food & Drug (not a defendant) |
| 12 | Deutenberg, Eleonora (Estate of) | 43547-0369-09 | Valsartan 160mg | ZHP | Walgreens |
| | | 43547-0370-09 | Valsartan 320mg | ZHP | Medix Pharmacy (not a defendant) |
| | | 65862-0572-90 | Valsartan 160mg | Aurobindo | CVS |
| 13 | Dudley, Miranda | 43547-0315-09[15] | Valsartan/HCTZ 320mg/25mg | ZHP | Beulaville Pharmacy (not a defendant) |
| | | 43547-0367-03 | Valsartan 40mg | ZHP | |

---

[14] No ZHP product is identified in Mr. Cisneros's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint. ELMC ¶ 59.

[15] This NDC is not included in Ms. Dudley's Plaintiff Fact Sheet (Exhibit 142), but records from Beaulaville Pharmacy that Plaintiff produced included this product (Exhibit 141).

| | **Plaintiff Name** | **Manufacturer Defendants' NDC(s) Dispensed[2]** | **Product** | **Manufacturer** | **Filled from Which Pharmacy/(ies)[3]** |
|---|---|---|---|---|---|
| | | 00591-2319-19 | Valsartan/HCTZ 320mg/25mg | Teva | |
| 14 | Duffy, John | 43547-0370-09 | Valsartan 320mg | ZHP | Walgreens |
| 15 | Edwards, Lawrence | 00378-6322-77 | Valsartan/HCTZ 160mg/12.5mg | Mylan | CVS |
| | | 65862-0548-90 | Valsartan/HCTZ 160mg/12.5mg | Aurobindo | CVS<br><br>Rite Aid |
| 16 | Erwin, Eric | 43547-0369-09 | Valsartan 160mg | ZHP | Walgreens |
| | | 00093-7690-56 | Amlodipine /Valsartan 5mg/160mg | Teva | Walgreens |
| | | 65862-0737-30 | Amlodipine /Valsartan 5mg/160mg | Aurobindo | Walgreens |
| 17 | Gildner, Leland | 31722-0747-90 | Valsartan 160mg | Hetero | Kroger |
| 18 | Glab, Marzanna | 00378-6324-77 | Valsartan/HCTZ 320mg/12.5mg | Mylan | CVS |
| | | 65862-0550-90 | Valsartan/HCTZ 160mg/12.5mg | Aurobindo | CVS |
| 19 | Hays, Mark | 31722-0747-90 | Valsartan 160mg | Hetero | Express Scripts |

B-6

| | **Plaintiff Name** | **Manufacturer Defendants' NDC(s) Dispensed[2]** | **Product** | **Manufacturer** | **Filled from Which Pharmacy/(ies)[3]** |
|---|---|---|---|---|---|
| | | 00378-6322-05 | Valsartan/HCTZ 160mg/12.5mg | Mylan | Express Scripts |
| | | 65862-0573-90 | Valsartan 320mg | Aurobindo | CVS |
| 20 | Johnson, Jennifer | 65862-0547-90 | Valsartan/HCTZ 80mg/12.5mg | Aurobindo | Walmart |
| | | 43547-0311-09 | Valsartan/HCTZ 80mg/12.5mg | ZHP | Walmart |
| 21 | Johnston, Charles | 43547-0369-09 | Valsartan 160mg | ZHP | Optum Rx |
| 22 | Kaplan, Dennis | 43547-0315-09 | Valsartan/HCTZ 320mg/25mg | ZHP | Rite Aid |
| | | 65862-0551-90 | Valsartan/HCTZ 320mg/25mg | Aurobindo | Rite Aid |
| | | 65862-0550-90 | Valsartan/HCTZ 160mg/12.5mg | Aurobindo | Rite Aid |
| 23 | Kelly, Sandra | 65862-0548-90 | Valsartan/HCTZ 160mg/12.5mg | Aurobindo[16] | Emerging Home Care Pharmacy (not a defendant) |
| | | 65862-0551-90 | Valsartan/HCTZ 320mg/25mg | Aurobindo[17] | |

---

[16] No Aurobindo product is identified in Ms. Kelly's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint. ELMC ¶ 48.

[17] No Aurobindo product is identified in Ms. Kelly's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint. ELMC ¶ 48.

| | Plaintiff Name | Manufacturer Defendants' NDC(s) Dispensed[2] | Product | Manufacturer | Filled from Which Pharmacy/(ies)[3] |
|---|---|---|---|---|---|
| | | 00378-5815-77 | Valsartan 320mg | Mylan[18] | |
| | | 65862-0573-90 | Valsartan 320mg | Aurobindo[19] | |
| | | 43547-0370-09 | Valsartan 320mg | ZHP | |
| | | 00591-2170-19 | Valsartan 320mg | Actavis (Teva)[20] | |
| 24 | Kessinger, Joseph | 65862-0573-90 | Valsartan 320mg | Aurobindo | CVS |
| | | 65862-0572-90 | Valsartan 160mg | Aurobindo | CVS |
| 25 | Lamy, Asha | 00378-6325-77 | Valsartan/HCTZ 320mg/25mg | Mylan | Kroger |
| 26 | Lawson, James | 00378-6325-77 | Valsartan/HCTZ 320mg/25mg | Mylan | CVS |
| | | 65862-0551-90 | Valsartan/HCTZ 320mg/25mg | Aurobindo | CVS |

---

[18] No Mylan product is identified in Ms. Kelly's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint.  ELMC ¶ 48.

[19] No Aurobindo product is identified in Ms. Kelly's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint.  ELMC ¶ 48.

[20] No Teva product is identified in Ms. Kelly's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint.  ELMC ¶ 48.

|    | **Plaintiff Name** | **Manufacturer Defendants' NDC(s) Dispensed[2]** | **Product** | **Manufacturer** | **Filled from Which Pharmacy/(ies)[3]** |
|----|---|---|---|---|---|
| 27 | Lee, Jynona | 13668-0205-30 | Amlodipine / Valsartan 5mg/320mg | Torrent | Walmart |
|    |             | 13668-0204-30 | Amlodipine / Valsartan 10mg/320mg | Torrent | Walmart |
| 28 | Longwell, Veronica | 31722-0745-30 | Valsartan 40mg | Hetero | Express Scripts[21] |
|    |             | 31722-0746-90 | Valsartan 80mg | Hetero | CVS |
|    |             | 31722-0747-90 | Valsartan 160mg | Hetero | CVS |
|    |             | 65862-0547-90 | Valsartan/HCTZ 80mg/12.5mg | Aurobindo | CVS |
| 29 | McGilvery, Flora | 43547-0312-09 | Valsartan/HCTZ 160mg/12.5mg | ZHP | Walmart<br><br>Express Scripts[22] |

---

[21] Express Scripts is not identified in Ms. Longwell's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint. ELMC ¶ 26.

[22] Express Scripts is not identified in Ms. McGilvery's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint. ELMC ¶ 27.

|    | **Plaintiff Name** | **Manufacturer Defendants' NDC(s) Dispensed[2]** | **Product** | **Manufacturer** | **Filled from Which Pharmacy/(ies)[3]** |
|----|---|---|---|---|---|
| 30 | McLean, Mary | 00378-6322-05 | Valsartan/HCTZ 160mg/12.5mg | Mylan | Express Scripts[23] |
|    |  | 00591-2316-19 | Valsartan/HCTZ 160mg/12.5mg | Actavis (Teva) | Costco (not a defendant) |
| 31 | Meader, Jay | 00378-6324-77 | Valsartan/HCTZ 320mg/12.5mg | Mylan | CVS |
|    |  | 43547-0314-09 | Valsartan/HCTZ 320mg/12.5mg | ZHP[24] | Costco (not a defendant) |
|    |  | 00591-2318-19 | Valsartan/HCTZ 320mg/12.5mg | Teva[25] | Costco (not a defendant) |
| 32 | Means, Brittney | 00093-7691-56 | Amlodipine / Valsartan 10mg/160mg | Teva | Walgreens |

---

[23] Express Scripts is not identified in Ms. McLean's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint. ELMC ¶ 37.

[24] No ZHP product is identified in Mr. Meader's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint. ELMC ¶ 39.

[25] No Teva product is identified in Mr. Meader's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint. ELMC ¶ 39.

| | **Plaintiff Name** | **Manufacturer Defendants' NDC(s) Dispensed[2]** | **Product** | **Manufacturer** | **Filled from Which Pharmacy/(ies)[3]** |
|---|---|---|---|---|---|
| | | 00093-7693-56 | Amlodipine / Valsartan 10mg/320mg | Teva | Walgreens |
| | | 65862-0572-90 | Valsartan 160mg | Aurobindo[26] | CVS |
| | | 00378-5814-77 | Valsartan 160mg | Mylan[27] | CVS |
| 33 | Molinaro, Ronald | 43547-0370-09 | Valsartan 320mg | ZHP | CVS |
| | | 43547-0315-09 | Valsartan/HCTZ 320mg/25mg | ZHP | CVS |
| 34 | Mullins, Cheryl | 43547-0312-09[28] | Valsartan/HCTZ 160mg/12.5mg | ZHP | Lonesome Pine (not a defendant) |
| | | 43547-0311-09 | Valsartan/HCTZ 80mg/12.5mg | ZHP | |
| 35 | Neal, Talsie | 43547-0315-09 | Valsartan/HCTZ 320mg/25mg | ZHP | Walmart |
| 36 | Nelson, Gerald | 65862-0573-90 | Valsartan 320mg | Aurobindo | Rite Aid |

---

[26] No Aurobindo product is identified in Ms. Means's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint.  ELMC ¶ 53.

[27] No Mylan product is identified in Ms. Means's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint.  ELMC ¶ 53.

[28] This NDC is not included in Ms. Mullins's Plaintiff Fact Sheet (Exhibit 173), but records from Lonesome Pine Pharmacy that Plaintiff produced included this product (Exhibit 172).

| | Plaintiff Name | Manufacturer Defendants' NDC(s) Dispensed[2] | Product | Manufacturer | Filled from Which Pharmacy/(ies)[3] |
|---|---|---|---|---|---|
| | | 65862-0551-90 | Valsartan/HCTZ 320mg/25mg | Aurobindo | Rite Aid<br><br>CVS |
| | | 00591-2319-19 | Valsartan/HCTZ 320mg/25mg | Actavis (Teva) | Rite Aid |
| | | 43547-0315-09 | Valsartan/HCTZ 320mg/25mg | ZHP | Rite Aid |
| | | 00378-6325-77 | Valsartan/HCTZ 320mg/25mg | Mylan | CVS |
| 37 | O'Brien, Peter | 31722-0747-90 | Valsartan 160mg | Hetero | CVS |
| 38 | Powell, Lubertha | 43547-0369-09 | Valsartan 160mg | ZHP | Hephzibah Pharmacy[29] (not a defendant)<br><br>Walgreens |
| | | 13668-0069-90 | Valsartan 160mg | Torrent[30] | Barney's Pharmacy (not a defendant) |

---

[29] Ms. Powell did not identify Hephzibah Pharmacy in her Plaintiff Fact Sheet (Exhibit 179), and did not produce records from that pharmacy, but Defendants were able to collect records from that pharmacy (Exhibit 178) that show fills of this NDC from Hephzibah Pharmacy.

[30] No Torrent product is identified in Ms. Powell's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint. ELMC ¶ 33.

|   | **Plaintiff Name** | **Manufacturer Defendants' NDC(s) Dispensed[2]** | **Product** | **Manufacturer** | **Filled from Which Pharmacy/(ies)[3]** |
|---|---|---|---|---|---|
|   |   | 31722-0747-90 | Valsartan 160mg | Hetero[31] | Barney's Pharmacy (not a defendant) |
|   |   | 00378-6323-77[32] | Valsartan/HCTZ 160mg/25mg | Mylan[33] | Hephzibah Pharmacy[34] (not a defendant) |
| 39 | Roberts, Robin | 13668-0204-30 | Amlodipine / Valsartan 10mg/320mg | Torrent | Walmart<br><br>Walgreens |
|   |   | 00093-7693-56 | Amlodipine / Valsartan 10mg/320mg | Teva | Walgreens |

---

[31] No Hetero product is identified in Ms. Powell's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint. ELMC ¶ 33.

[32] This NDC is not included in Ms. Powell's Plaintiff Fact Sheet (Exhibit 179).

[33] No Mylan product is identified in Ms. Powell's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint. ELMC ¶ 33.

[34] Ms. Powell did not identify Hephzibah Pharmacy in her Plaintiff Fact Sheet (Exhibit 179), and did not produce records from that pharmacy, nor did she identify this NDC in her Plaintiff Fact Sheet, but Defendants were able to collect records from that pharmacy (Exhibit 178) that show fills of this NDC from Hephzibah Pharmacy.

|  | **Plaintiff Name** | **Manufacturer Defendants' NDC(s) Dispensed[2]** | **Product** | **Manufacturer** | **Filled from Which Pharmacy/(ies)[3]** |
|---|---|---|---|---|---|
| 40 | Semmel, Lawrence | 65862-0548-90 | Valsartan/HCTZ 160mg/12.5mg | Aurobindo[35] | Weis Pharmacy (not a defendant) |
|  |  | 31722-0748-90 | Valsartan 320mg | Hetero[36] | Weis Pharmacy (not a defendant) |
|  |  | 43547-0370-09 | Valsartan 320mg | ZHP | CVS |
| 41 | Shetty, Radhakrishna | 43547-0367-03 | Valsartan 40mg | ZHP | Walgreens |
| 42 | Sims, Antoinette | 65862-0551-90[37] | Valsartan/HCTZ 320mg/25mg | Aurobindo | Heights Specialty Pharmacy (not a defendant) |
| 43 | Wineinger, Brian | 43547-0370-09 | Valsartan 320mg | ZHP | Walmart |

---

[35] No Aurobindo product is identified in Mr. Semmel's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint. ELMC ¶ 23.

[36] No Hetero product is identified in Mr. Semmel's plaintiff-specific paragraph of the Third Amended Consolidated Economic Loss Class Action Complaint. ELMC ¶ 23.

[37] Ms. Sims's Plaintiff Fact Sheet (Exhibit 187) incorrectly lists the NDC for this product, but it is accurately included in the Heights Specialty Pharmacy Records Ms. Sims produced in this case (Exhibit 186).