# APPENDIX C

# SUBCLASSES WITH PLAINTIFFS WHO DID NOT ASSERT ALLEGATIONS AGAINST SUBCLASS DEFENDANTS[1]

| Subclass Name | Defendant Group(s) | Plaintiffs That Did Not Make Allegations Against Any Defendants Named in the Subclass[2] |
|---|---|---|
| ZHPTORTEVEW1 | ZHP Torrent Teva | Marlin Anderson (Aurobindo, Mylan, CVS) |
| ZHPTORTEVIW3 | ZHP Torrent Teva | Marlin Anderson (Aurobindo, Mylan, CVS) |
| ZHPTORTEVFR2 | ZHP Torrent Teva | Marlin Anderson (Aurobindo, Mylan, CVS) |
| ZHPTORTEVCPA1 | ZHP Torrent Teva | Marlin Anderson (Aurobindo, Mylan, CVS) |
| MYLTEVCPA1 | Mylan Teva | Peter O'Brien (Hetero, CVS) |
| MYLTEVCPA5 | Mylan Teva | Leland Gildner (Hetero, Cardinal Health, Kroger) |
| AURIW2 | Aurobindo | Evelyn Rice[3] (ZHP) |
| AURFR2 | Aurobindo | Evelyn Rice (ZHP) |
| AURCPA4 | Aurobindo | Evelyn Rice (ZHP) |
| AUREW2 | Aurobindo | Evelyn Rice (ZHP) |
| KROUE1 | Kroger | Merilyn Andre (ZHP, Aurobindo, Express Scripts) |
| WHUE1 | Wholesaler Defendants | Samuel Cisneros (Torrent, Walmart) |
| WHUE2 | Wholesaler Defendants | Asha Lamy (Mylan, Kroger) |
| WHUE3 | Wholesaler Defendants | Jennifer Johnson (ZHP, Aurobindo, Walmart), Peter O'Brien (Hetero, CVS) |
| WHUE4 | Wholesaler Defendants | Elenora Deutenberg (estate) (ZHP, Aurobindo, CVS, Walgreens), Lawrence Edwards (Mylan, Aurobindo, CVS, Rite-Aid), Mary McLean (Teva, Mylan), Ron Molinaro (ZHP, CVS), Marzanna Glab (Mylan, |

---

[1] This table is based on allegations as set forth in the Third Amended Consolidated Economic Loss Class Action Complaint (ECF 1708).

[2] Format is "[Plaintiff Name] (Defendants named in Plaintiff-specific allegations in Third Amended Consolidated Economic Loss Class Action Complaint)."

[3] Although Plaintiffs voluntarily dismissed Evelyn Rice on December 22, 2021 (*see* ECF 1833), she was included on Plaintiffs' Exhibit A (ECF 1747-1) and is therefore also included in the subclass listings contained herein.

| Subclass Name | Defendant Group(s) | Plaintiffs That Did Not Make Allegations Against Any Defendants Named in the Subclass[2] |
|---|---|---|
| | | Aurobindo, CVS), James Lawson (Mylan, Aurobindo, CVS), Radhakrishna Shetty (ZHP, Walgreens), Antoinette Sims (Aurobindo), James Childs (ZHP, Hetero, Mylan, Aurobindo) |
| WHUE5 | Wholesaler Defendants | Sandy Bell (Aurobindo, CVS), Gary Burnett (ZHP, Walmart), Linda Croker (Aurobindo), Miranda Dudley (ZHP, Teva), Georgia Fatigato[4] (ZHP, Walgreens), Charlie Johnston (ZHP, OptumRx), Joseph Kessinger (Aurobindo, CVS), Flora McGilvery (ZHP, Walmart), Jay Meader (Mylan, CVS), Raleigh Wolfe[5] (ZHP, Walgreens) |
| WHUE6 | Wholesaler Defendants | Glenda Cooper (Mylan, ZHP) |

---

[4] Although Plaintiffs voluntarily dismissed Georgia Fatigato on February 2, 2022 (*see* ECF 1898), she was included on Plaintiffs' Exhibit A (ECF 1747-1) and is therefore also included in the subclass listings contained herein.

[5] Although Plaintiffs voluntarily dismissed Raleigh Wolfe on February 14, 2022 (*see* ECF 1912), he was included on Plaintiffs' Exhibit A (ECF 1747-1) and is therefore also included in the subclass listings contained herein.