# APPENDIX O

# JURISDICTIONAL ISSUES AND PLAINTIFFS' SUBCLASSES SUBJECT TO *LEXECON* ISSUES

**I.   PARTIES THAT DO NOT RESIDE IN NEW JERSEY FOR JURISDICTIONAL PURPOSES**

| **Non-Resident Plaintiffs**[1] |
|---|
| Marlin Anderson (Illinois) |
| Merilyn Andre (California) |
| Sandy Bell (Louisiana) |
| Billy Joe Bruner (New Mexico) |
| Alphonse Borkowski (New York) |
| Gary Burnett (North Carolina) |
| Joseph Cacaccio (New York) |
| Samuel Cisneros (Texas) |
| Glenda Cooper (Kentucky) |
| Linda Crocker (Maine) |
| Estate of Elenora Deutenberg (Florida) |
| Miranda Dudley (North Carolina) |
| John Duffy (New York) |
| Lawrence Edwards (Georgia) |
| Eric Erwin (Texas) |
| Georgia Fatigato (Illinois)[2] |
| Leland Gildner (Indiana) |
| Mark Hays (California) |
| Jennifer Johnson (Minnesota) |
| Charlie Johnston (California) |
| Dennis Kaplan (Ohio) |
| Sandra Kelly (Alabama) |
| Joseph Kessinger (Kansas) |
| Asha Lamy (Alabama) |
| Jynona Gail Lee (Texas) |
| Veronica Longwell (Massachusetts) |
| Flora McGilvery (Mississippi) |
| Mary McLean (Virginia) |
| Jay Meader (California) |
| Brittney Means (Texas) |
| Ron Molinaro (Florida) |
| Cheryl Mullins (Virginia) |

---

[1] Format is "[Plaintiff Name] (State of Residence)."
[2] Although Plaintiffs voluntarily dismissed Georgia Fatigato on February 2, 2022 (*See* ECF 1898), she was included on Plaintiffs' Exhibit A (ECF 1747-1) and is therefore also included in the subclass listings contained herein.

|  |
|---|
| Talsie Neal (Louisiana) |
| Gerald Nelson (New York) |
| Peter O'Brien (Connecticut) |
| Lubertha Powell (Georgia) |
| Evelyn Rice (Arkansas)[3] |
| Robin Roberts (Virginia) |
| Lawrence Semmel (Pennsylvania) |
| Brian Wineinger (Indiana) |
| Raleigh Wolfe (Indiana)[4] |

| Non-Resident Defendants[5] |
|---|
| **Manufacturers** |
| Hetero Labs, Ltd. (Hetero) (India) |
| Hetero Drugs, Limited (Hetero) (India) |
| Mylan Laboratories, Ltd. (Mylan) (India) |
| Mylan N.V. (Mylan) (Netherlands) |
| Mylan Pharmaceuticals, Inc. (Mylan) (West Virginia) (Pennsylvania) |
| Aurobindo Pharma, Ltd. (Aurobindo) (India) |
| Teva Pharmaceutical Industries Ltd. (Teva) (Israel) |
| Torrent Pharmaceuticals, Ltd. (Torrent) (India) |
| Zhejiang Huahai Pharmaceutical Co., Ltd. (ZHP) (China) |
| |
| **Pharmacies** |
| Albertson's LLC (Delaware) (Idaho) |
| CVS (Delaware) (Rhode Island) |
| Express Scripts (Delaware) (Missouri)[6] |
| Kroger (Ohio) |
| OptumRx (Minnesota) (California) |

---

[3] Although Plaintiffs voluntarily dismissed Evelyn Rice on December 22, 2021 (*See* ECF 1833), she was included on Plaintiffs' Exhibit A (ECF 1747-1) and is therefore also included in the subclass listings contained herein.

[4] Although Plaintiffs voluntarily dismissed Raleigh Wolfe on February 14, 2022 (*See* ECF 1912), he was included on Plaintiffs' Exhibit A (ECF 1747-1) and is therefore also included in the subclass listings contained herein.

[5] Format is "[Company Name] (Defendant Group) (Country or State of Incorporation) (Principal Place of Business, if different)"

[6] Express Scripts, Inc. is not a pharmacy and does not dispense medications. However, the actual Express Scripts pharmacy entity that dispensed valsartan-containing products to named plaintiffs or class representatives, if any, was likely owned and operated by a subsidiary of Express Scripts, Inc., and Express Scripts, Inc. has agreed to continue in this solely on behalf of the appropriate pharmacy entity or entities and will identify those entities at the appropriate time. All references to "Express Scripts" are to the appropriate pharmacy entity or entities and not to Express Scripts, Inc.

> Rite-Aid (Delaware) (Pennsylvania)
> Walgreens (Delaware) (Illinois)
> Walmart (Delaware) (Arkansas)
>
> **Wholesalers**
> Cardinal Health, Inc. (Ohio)
> McKesson Corporation (Delaware) (Texas)
> AmerisourceBergen Corporation (Delaware) (Pennsylvania)

## II. *LEXECON* WHOLLY-EXCLUDED SUBCLASSES

| **Wholly-Excluded Subclasses** ||||
| **(All Non-Resident Plaintiffs Suing Only Non-Resident Defendants)** ||||
| **Subclass Name** | **Defendant Group(s)** | **Plaintiffs** | **Defendants** |
| --- | --- | --- | --- |
| WALIW1 | Walgreens | Raleigh Wolf (IN) | Walgreens (DE/IL) |
| WMTIW1 | Walmart | Brian Wineinger (IN) | Walmart (DE/AR) |
| KROIW1 | Kroger | Leland Gildner (IN) | Kroger (OH) |
| CVSCPA1 | CVS | Jay Meader (CA); Mark Hays (CA); Peter O'Brien (CT); Ron Molinaro (FL); Elenora Deutenberg/Feijoo (FL); Marlin Anderson (IL); Sandy Bell (LA); Lawrence Semmel (PA) | CVS (DE/RI) |
| CVSCPA3 | CVS | Lawrence Edwards (GA); Veronica Longwell (MA); Brittney Means (TX) | CVS (DE/RI) |
| WALCPA1 | Walgreens | Elenora Deutenberg/Feijoo (FL); Georgia Fatigato (IL); John Duffy (NY) | Walgreens (DE/IL) |
| WALCPA3 | Walgreens | Lubertha Powell (GA); Eric Erwin (TX); Brittney Means (TX) | Walgreens (DE/IL) |
| RITCPA1 | Rite-Aid | Alphonse Borkowski (NY); Joseph Cacaccio (NY); Gerald Nelson (NY); Dennis Kaplan (OH) | Rite-Aid (DE/PA) |
| RITCPA2 | Rite-Aid | Lawrence Edwards (GA) | Rite-Aid (DE/PA) |

O-3

| Wholly-Excluded Subclasses | | | |
|---|---|---|---|
| (All Non-Resident Plaintiffs Suing Only Non-Resident Defendants) | | | |
| **Subclass Name** | **Defendant Group(s)** | **Plaintiffs** | **Defendants** |
| WMTCPA1 | Walmart | Talsie Neal (LA); Gary Burnett (NC) | Walmart (DE/AR) |
| WMTCPA2 | Walmart | Jennifer Johnson (MN) | Walmart (DE/AR) |
| WMTCPA3 | Walmart | Flora McGilvery (MS); Jynona Gail Lee (TX); Samuel Cisneros (TX) | Walmart (DE/AR) |
| ESICPA1 | Express Scripts | Mark Hays (CA); Merilyn Andre (CA) | Express Scripts (DE/MO) |
| KROCPA1 | Kroger | Asha Lamy (AL) | Kroger (OH) |
| OPTCPA1 | Optum Rx | Charlie Johnston (CA) | Optum Rx (MN/CA) |
| ALBCPA1 | Albertson's | Merilyn Andre (CA) | Albertson's (DE/ID) |
| CVSUE1 | CVS | Brittney Means (TX) | CVS (DE/RI) |
| CVSUE2 | CVS | Peter O'Brien (CT) | CVS (DE/RI) |
| CVSUE4 | CVS | Marlin Anderson (IL); Sandy Bell (LA); Mark Hays (CA); Joseph Kessinger (KS); Jay Meader (CA); Veronica Longwell (MA) | CVS (DE/RI) |
| WALUE1 | Walgreens | Eric Erwin (TX); Brittney Means (TX) | Walgreens (DE/IL) |
| WALUE3 | Walgreens | Marlin Anderson (IL); Billy Joe Bruner (NM); John Duffy (NY); Georgia Fatigato (IL); Raleigh Wolfe (IN) | Walgreens (DE/IL) |
| RITUE1 | Rite-Aid | Dennis Kaplan (OH); Lawrence Edwards (GA) | Rite-Aid (DE/PA) |
| RITUE2 | Rite-Aid | Alphonse Borkowski (NY); Joseph Cacaccio (NY); Gerald Nelson (NY) | Rite-Aid (DE/PA) |
| WMTUE1 | Walmart | Samuel Cisneros (TX); Jyona Gail Lee (TX); | Walmart (DE/AR) |
| WMTUE2 | Walmart | Jennifer Johnson (MN) | Walmart (DE/AR) |
| WMTUE3 | Walmart | Robin Roberts (VA) | Walmart (DE/AR) |
| WMTUE4 | Walmart | Gary Burnett (NC); Flora McGilvery (MS); Talsie Neal (LA); Brian Wineinger (IN) | Walmart (DE/AR) |

O-4

| Wholly-Excluded Subclasses | | | |
|---|---|---|---|
| **(All Non-Resident Plaintiffs Suing Only Non-Resident Defendants)** | | | |
| **Subclass Name** | **Defendant Group(s)** | **Plaintiffs** | **Defendants** |
| ESIUE1 | Express Scripts | Merilyn Andre (CA); Mark Hays (CA); Veronica Longwell (MA) | Express Scripts (DE/MO) |
| KROUE1 | Kroger | Merilyn Andre (CA); Leland Gildner (IN) | Kroger (OH) |
| OPTUE1 | Optum Rx | Charlie Johnston (CA) | Optum Rx (MN/CA) |
| ALBUE1 | Albertson's | Merilyn Andre (CA) | Albertson's (DE/ID) |
| WHUE1 | Wholesaler Defendants | Eric Erwin (TX); Brittney Means (TX); Jynona Gail Lee (TX); Samuel Cisneros (TX) | Cardinal Health, Inc. (OH); McKesson Corporation (DE/TX); AmerisourceBergen Corporation (DE/PA) |
| WHUE2 | Wholesaler Defendants | Asha Lamy (AL); Sandra Kelly (AL) | Cardinal Health, Inc. (OH); McKesson Corporation (DE/TX); AmerisourceBergen Corporation (DE/PA) |
| WHUE3 | Wholesaler Defendants | Peter O'Brien (CT); Jennifer Johnson (MN) | Cardinal Health, Inc. (OH); McKesson Corporation (DE/TX); AmerisourceBergen Corporation (DE/PA) |

| **Wholly-Excluded Subclasses** | | | |
|---|---|---|---|
| **(All Non-Resident Plaintiffs Suing Only Non-Resident Defendants)** | | | |
| **Subclass Name** | **Defendant Group(s)** | **Plaintiffs** | **Defendants** |
| WHUE5 | Wholesaler Defendants | Jay Meader (CA); Mark Hays (CA); Merilyn Andre (CA); Charlie Johnston (CA); Marlin Anderson (IL); Brian Wineinger (IN); Raleigh Wolfe (IN); Joseph Kessinger (KS); Talsie Neal (LA); Sandy Bell (LA); Linda Crocker (ME); Veronica Longwell (MA); Flora McGilvery (MS); Billy Joe Bruner (NM); Alphonse Borkowski (NY); John Duffy (NY); Gerald Nelson (NY); Joseph Cacaccio (NY); Gary Burnett (NC); Miranda Dudley (NC) | Cardinal Health, Inc. (OH); McKesson Corporation (DE/TX); AmerisourceBergen Corporation (DE/PA) |
| WHUE6 | Wholesaler Defendants | Glenda Cooper (KY) | Cardinal Health, Inc. (OH); McKesson Corporation (DE/TX); AmerisourceBergen Corporation (DE/PA) |

III.   *LEXECON* PARTIALLY-EXCLUDED SUBCLASSES

| **Partially-Excluded Subclasses** | | | |
|---|---|---|---|
| **(All Non-Resident Plaintiffs Suing Some Non-Resident Defendants)** | | | |
| **Subclass Name** | **Defendant Group(s)** | **Plaintiffs** | **Non-Resident Defendants** |
| ZHPTORTEVEW2 | ZHP Torrent Teva | Sandra Kelly (AL); Evelyn Rice (AR); Dennis Kaplan (OH); Lubertha Powell (GA); Flora McGilvery (MS); Alphonse Borkowski (NY); Joseph Cacaccio (NY); John Duffy (NY); Gerald Nelson (NY); Gary Burnett (NC); Miranda Dudley (NC); Eric Erwin (TX); Samuel Cisneros (TX); Jynona Gail Lee (TX) | Teva Pharmaceutical Industries Ltd. (Israel); Torrent Pharmaceuticals, Ltd. (India); Zhejiang Huahai Pharmaceutical Co., Ltd. (ZHP) (China) |
| MYLTEVEW2 | Mylan Teva | Asha Lamy (AL); Lawrence Edwards (GA); Joseph Cacaccio (NY); Gerald Nelson (NY); Eric Erwin (TX); Brittney Means (TX) | Mylan Laboratories, Ltd. (India); Mylan N.V. (Netherlands); Mylan Pharmaceuticals, Inc. (WV/PA); Teva Pharmaceutical Industries Ltd. (Israel) |
| HETEW2 | Hetero | Peter O'Brien (CT) | Hetero Labs, Ltd. (India); Hetero Drugs, Limited (India) |
| AUREW2 | Aurobindo | Evelyn Rice (AR); Dennis Kaplan (OH); Lawrence Edwards (GA); Jennifer Johnson (MN); Joseph Cacaccio (NY); Gerald Nelson (NY); Eric Erwin (TX) | Aurobindo Pharma, Ltd. (India) |
| ZHPTORTEVIW2 | ZHP, Torrent, Teva | Evelyn Rice (AR); Lubertha Powell (GA); Flora McGilvery (MS); Eric Erwin (TX); Cheryl Mullins (VA); Jynona Gail Lee (TX); Samuel Cisneros (TX) | Teva Pharmaceutical Industries Ltd. (Israel); Torrent Pharmaceuticals, Ltd. (India); Zhejiang Huahai Pharmaceutical Co., Ltd. (ZHP) (China) |

| Partially-Excluded Subclasses | | | |
|---|---|---|---|
| (All Non-Resident Plaintiffs Suing Some Non-Resident Defendants) | | | |
| **Subclass Name** | **Defendant Group(s)** | **Plaintiffs** | **Non-Resident Defendants** |
| ZHPTORTEVIW3 | ZHP, Torrent, Teva | Rob Molinaro (FL); Elenora Deutenberg/Feijoo (FL); Marlin Anderson (IL); Alphonse Borkowski (NY); Joseph Cacaccio (NY); John Duffy (NY); Georgia Fatigato (IL); Gerald Nelson (NY); Gary Burnett (NC); Miranda Dudley (NC) | Teva Pharmaceutical Industries Ltd. (Israel); Torrent Pharmaceuticals, Ltd. (India); Zhejiang Huahai Pharmaceutical Co., Ltd. (ZHP) (China) |
| ZHPTORTEVIW4 | ZHP, Torrent, Teva | Sandra Kelly (AL); Dennis Kaplan (OH) | Teva Pharmaceutical Industries Ltd. (Israel); Torrent Pharmaceuticals, Ltd. (India); Zhejiang Huahai Pharmaceutical Co., Ltd. (ZHP) (China) |
| ZHPTORTEVIW5 | ZHP, Torrent, Teva | Talsie Neal (LA) | Teva Pharmaceutical Industries Ltd. (Israel); Torrent Pharmaceuticals, Ltd. (India); Zhejiang Huahai Pharmaceutical Co., Ltd. (ZHP) (China) |
| MYLTEVIW2 | Mylan, Teva | Lawrence Edwards (GA); Mary McLean (VA); Eric Erwin (TX); Brittney Means (TX) | Mylan Laboratories, Ltd. (India); Mylan N.V. (Netherlands); Mylan Pharmaceuticals, Inc. (WV/PA); Teva Pharmaceutical Industries Ltd. (Israel) |
| MYLTEVIW3 | Mylan, Teva | Joseph Cacaccio (NY); Gerald Nelson (NY) | Mylan Laboratories, Ltd. (India); Mylan N.V. (Netherlands); Mylan Pharmaceuticals, Inc. (WV/PA); Teva Pharmaceutical Industries Ltd. (Israel) |

| Partially-Excluded Subclasses | | | |
| --- | --- | --- | --- |
| **(All Non-Resident Plaintiffs Suing Some Non-Resident Defendants)** | | | |
| **Subclass Name** | **Defendant Group(s)** | **Plaintiffs** | **Non-Resident Defendants** |
| MYLTEVEW4 | Mylan, Teva | Asha Lamy (AL) | Mylan Laboratories, Ltd. (India); Mylan N.V. (Netherlands); Mylan Pharmaceuticals, Inc. (WV/PA); Teva Pharmaceutical Industries Ltd. (Israel) |
| HETIW2 | Hetero | Peter O'Brien (CT) | Hetero Labs, Ltd. (India); Hetero Drugs, Limited (India) |
| AURIW2 | Aurobindo | Evelyn Rice (AR); Lawrence Edwards (GA); Jennifer Johnson (MN); Eric Erwin (TX) | Aurobindo Pharma, Ltd. (India) |
| AURIW3 | Aurobindo | Elenora Deutenberg/Feijoo (FL); Marlin Anderson (IL); Joseph Cacaccio (NY); Gerald Nelson (NY) | Aurobindo Pharma, Ltd. (India) |
| AURIW4 | Aurobindo | Dennis Kaplan (OH) | Aurobindo Pharma, Ltd. (India) |
| AURIW5 | Aurobindo | Sandy Bell (LA) | Aurobindo Pharma, Ltd. (India) |
| ZHPTORTEVFR1 | ZHP, Torrent, Teva | Charlie Johnston (CA); Lubertha Powell (GA); Brian Wineinger (IN); Raleigh Wolfe (IN); Glenda Cooper (KY); Billy Joe Bruner (NM); Dennis Kaplan (OH); Lawrence Semmel (PA); Eric Erwin (TX); Jynona Gail Lee (TX); Samuel Cisneros (TX); Gary Burnett (NC); Miranda Dudley (NC) | Teva Pharmaceutical Industries Ltd. (Israel); Torrent Pharmaceuticals, Ltd. (India); Zhejiang Huahai Pharmaceutical Co., Ltd. (ZHP) (China) |

| Partially-Excluded Subclasses | | | |
|---|---|---|---|
| (All Non-Resident Plaintiffs Suing Some Non-Resident Defendants) | | | |
| Subclass Name | Defendant Group(s) | Plaintiffs | Non-Resident Defendants |
| ZHPTORTEVFR2 | ZHP, Torrent, Teva | Sandra Kelly (AL); Evelyn Rice (AR); Marlin Anderson (IL); Georgia Fatigato (IL); Jennifer Johnson (MN); Flora McGilvery (MS) | Teva Pharmaceutical Industries Ltd. (Israel); Torrent Pharmaceuticals, Ltd. (India); Zhejiang Huahai Pharmaceutical Co., Ltd. (ZHP) (China) |
| MYLTEVFR1 | Mylan, Teva | Jay Meader (CA); Mark Hays (CA); Lawrence Edwards (GA); Glenda Cooper (KY); Eric Erwin (TX); Brittney Means (TX) | Mylan Laboratories, Ltd. (India); Mylan N.V. (Netherlands); Mylan Pharmaceuticals, Inc. (WV/PA); Teva Pharmaceutical Industries Ltd. (Israel) |
| MYLTEVFR2 | Mylan, Teva | Asha Lamy (AL) | Mylan Laboratories, Ltd. (India); Mylan N.V. (Netherlands); Mylan Pharmaceuticals, Inc. (WV/PA); Teva Pharmaceutical Industries Ltd. (Israel) |
| HETFR1 | Hetero | Mark Hays (CA); Peter O'Brien (CT); Leland Gildner (IN); Veronica Longwell (MA) | Hetero Labs, Ltd. (India); Hetero Drugs, Limited (India) |
| AURFR1 | Aurobindo | Mark Hays (CA); Merilyn Andre (CA); Lawrence Edwards (GA); Joseph Kessinger (KS); Dennis Kaplan (OH); Eric Erwin (TX); Veronica Longwell (MA); Linda Crocker (ME) | Aurobindo Pharma, Ltd. (India) |
| AURFR2 | Aurobindo | Evelyn Rice (AR); Marlin Anderson (IL); Jennifer Johnson (MN) | Aurobindo Pharma, Ltd. (India) |

O-10

| **Partially-Excluded Subclasses** ||||
| **(All Non-Resident Plaintiffs Suing Some Non-Resident Defendants)** ||||
| Subclass Name | Defendant Group(s) | Plaintiffs | Non-Resident Defendants |
|---|---|---|---|
| ZHPTORTEVCPA1 | ZHP, Torrent, Teva | Charlie Johnston (CA); Ron Molinaro (FL); Elenora Deutenberg/Feijoo (FL); Marlin Anderson (IL); Talsie Neal (LA); Alphonse Borkowski (NY); Joseph Cacaccio (NY); John Duffy (NY); Gerald Nelson (NY); Gary Burnett (NC); Miranda Dudley (NC); Dennis Kaplan (OH); Lawrence Semmel (PA); Georgia Fatigato (IL) | Teva Pharmaceutical Industries Ltd. (Israel); Torrent Pharmaceuticals, Ltd. (India); Zhejiang Huahai Pharmaceutical Co., Ltd. (ZHP) (China) |
| ZHPTORTEVCPA3 | ZHP, Torrent, Teva | Sandra Kelly (AL); Lubertha Powell (GA); Flora McGilvery (MS); Eric Erwin (TX); Brittney Means (TX); Samuel Cisneros (TX); Jynona Gail Lee (TX) | Teva Pharmaceutical Industries Ltd. (Israel); Torrent Pharmaceuticals, Ltd. (India); Zhejiang Huahai Pharmaceutical Co., Ltd. (ZHP) (China) |
| ZHPTORTEVCPA4 | ZHP, Torrent, Teva | Evelyn Rice (AR); Glenda Cooper (KY); Billy Joe Bruner (NM); Lawrence Semmel (PA); Cheryl Mullins (VA); Robin Roberts (VA); Mary McLean (VA) | Teva Pharmaceutical Industries Ltd. (Israel); Torrent Pharmaceuticals, Ltd. (India); Zhejiang Huahai Pharmaceutical Co., Ltd. (ZHP) (China) |
| ZHPTORTEVCPA5 | ZHP, Torrent, Teva | Brian Wineinger (IN); Raleigh Wolfe (IN) | Teva Pharmaceutical Industries Ltd. (Israel); Torrent Pharmaceuticals, Ltd. (India); Zhejiang Huahai Pharmaceutical Co., Ltd. (ZHP) (China) |

| **Partially-Excluded Subclasses** ||||
| **(All Non-Resident Plaintiffs Suing Some Non-Resident Defendants)** ||||
| **Subclass Name** | **Defendant Group(s)** | **Plaintiffs** | **Non-Resident Defendants** |
|---|---|---|---|
| MYLTEVCPA1 | Mylan, Teva | Jay Meader (CA); Mark Hays (CA); Peter O'Brien (CT); Joseph Cacaccio (NY); Gerald Nelson (NY) | Mylan Laboratories, Ltd. (India); Mylan N.V. (Netherlands); Mylan Pharmaceuticals, Inc. (WV/PA); Teva Pharmaceutical Industries Ltd. (Israel) |
| MYLTEVCPA3 | Mylan, Teva | Asha Lamy (AL); Lawrence Edwards (GA); Eric Erwin (TX); Brittney Means (TX) | Mylan Laboratories, Ltd. (India); Mylan N.V. (Netherlands); Mylan Pharmaceuticals, Inc. (WV/PA); Teva Pharmaceutical Industries Ltd. (Israel) |
| MYLTEVCPA4 | Mylan, Teva | Glenda Cooper (KY); Mary McLean (VA); Robin Roberts (VA) | Mylan Laboratories, Ltd. (India); Mylan N.V. (Netherlands); Mylan Pharmaceuticals, Inc. (WV/PA); Teva Pharmaceutical Industries Ltd. (Israel) |
| MYLTEVCPA5 | Mylan, Teva | Leland Gildner (IN) | Mylan Laboratories, Ltd. (India); Mylan N.V. (Netherlands); Mylan Pharmaceuticals, Inc. (WV/PA); Teva Pharmaceutical Industries Ltd. (Israel) |
| HETCPA1 | Hetero | Mark Hays (CA); Peter O'Brien (CT) | Hetero Labs, Ltd. (India); Hetero Drugs, Limited (India) |
| HETCPA3 | Hetero | Leland Gildner (IN) | Hetero Labs, Ltd. (India); Hetero Drugs, Limited (India) |

| Partially-Excluded Subclasses ||||
| (All Non-Resident Plaintiffs Suing Some Non-Resident Defendants) ||||
| Subclass Name | Defendant Group(s) | Plaintiffs | Non-Resident Defendants |
|---|---|---|---|
| AURCPA1 | Aurobindo | Mark Hays (CA); Merilyn Andre (CA); Elenora Deutenberg/Feijoo (FL); Marlin Anderson (IL); Sandy Bell (LA); Joseph Cacaccio (NY); Gerald Nelson (NY); Dennis Kaplan (OH) | Aurobindo Pharma, Ltd. (India) |
| AURCPA3 | Aurobindo | Lawrence Edwards (GA); Linda Crocker (ME); Veronica Longwell (MA); Eric Erwin (TX) | Aurobindo Pharma, Ltd. (India) |
| AURCPA4 | Aurobindo | Evelyn Rice (AR) | Aurobindo Pharma, Ltd. (India) |