# APPENDIX A

# INDEX OF DEFENSE OPPOSITION EXHIBITS

|  | CONSUMER ECONOMIC LOSS PLAINTIFF DEPOSITIONS |
|---|---|
| EX # | DESCRIPTION |
| 1 | Anderson, Marlin (December 10, 2021) |
| 2 | Borkowski, Alphonse (May 18, 2021) |
| 3 | Bruner, Billy Joe (May 7, 2021) |
| 4 | Burnett, Gary (March 9, 2021) |
| 5 | Cacaccio, Joseph (June 16, 2021) |
| 6 | Cisneros, Samuel (December 3, 2021) |
| 7 | Cooper, Glenda (December 17, 2021) |
| 8 | Crocker, Linda (November 16, 2021) |
| 9 | Duffy, John (February 9, 2021) |
| 10 | Erwin, Eric (January 19, 2021) |
| 11 | Gildner, Leland (February 4, 2021) |
| 12 | Kaplan, Dennis (April 2, 2021) |
| 13 | Kessinger, Joseph (December 29, 2021) |
| 14 | Lee, Jynona (March 3, 2021) |
| 15 | Longwell, Veronica (January 26, 2021) |
| 16 | McGilvery, Flora (Febrary 11, 2021) |
| 17 | McLean, Mary (December 14, 2021) |
| 18 | Molinaro, Ronald (February 17, 2021) |
| 19 | Mullins, Cheryl (March 30, 2021) |
| 20 | Neal, Talsie (January 29, 2021) |
| 21 | Nelson, Gerald (February 26, 2021) |
| 22 | Roberts, Robin (February 2, 2021) |
| 23 | Semmel, Lawrence (February 2, 2021) |

| EX # | DESCRIPTION |
|---|---|
| 24 | Wineinger, Brian (March 16, 2021) |
| 25 | Means, Brittney (October 15, 2021) |
| 26 | Andre, Merilyn (November 30, 2021) |
| 27 | [RESERVED] |
| 28 | [RESERVED] |
| **THIRD-PARTY PAYOR ECONOMIC LOSS DEPOSITIONS** | |
| 29 | Finn, Margaret (MSPRC/Emblem/Connecticare) (May 5, 2021) |
| 30 | Lopez Jorge (MSPRC) (April 29, 2021) |
| 31 | Brown, Tom (MADA) (May 28, 2021) |
| 32 | Cobb, Patricia (Anthem) (October 21, 2021) |
| **MEDICAL MONITORING PLAINTIFF DEPOSITIONS** | |
| 33 | Judson, John (February 8, 2021) |
| 34 | Silberman, Paulette (March 22, 2021) |
| **PLAINTIFF-SPECIFIC DOCUMENTS** | |
| 35 | Crocker, Linda - Pharmacy Records (L. Crocker Deposition Exhibit 2) |
| 36 | Erwin, Eric - Pharmacy Records (ERWIN000001) (E. Erwin Deposition Exhibit 10) |
| 37 | Gildner, Leland - Pharmacy Records (L. Gildner Deposition Exhibit 4) |
| 38 | Lamy, Asha - Pharmacy Records (A. Lamy Deposition Exhibit 5) |
| 39 | Roberts, Robin - Pharmacy Records (ROBERTS000006) |
| 40 | Administrative Services Agreement (MADA and Anthem) (P. Cobb Deposition Exhibit 2) |
| 41 | Assignment Agreement (Summacare and MSP Recovery, LLC) (MSP 0001152) |
| 42 | Duffy, John - Walgreens Pharmacy Records (WALGREENS-DUFFY_0000062) (J. Duffy Deposition Exhibit 13) |
| 43 | Molinaro, Ronald - Pharmacy Records (RMolinaro-CVS-000025) (R. Molinaro Deposition Exhibit 5) |
| 44 | Maine Automobile Dealers Association Insurance Trust Group Medical Plan (MADA000456) (P. Cobb Deposition Exhibit 3) |
| 45 | [RESERVED] |
| 46 | [RESERVED] |

| EX # | DESCRIPTION |
|---|---|
| **PLAINTIFFS' EXPERT DEPOSITIONS** | |
| 47 | Conti, Rena (Day 1) (February 10, 2022) |
| 48 | Conti, Rena (Day 2) (February 11, 2022) |
| 49 | Craft, Laura (February 18, 2022) |
| 50 | Kaplan, Edward (January 19, 2022) |
| 51 | Panagos, Kali (January 21, 2022) |
| 52 | Najafi, Ron (February 3, 2022) |
| **DEFENDANT COMPANY DOCUMENTS** | |
| 53 | TEVA-MDL2875-00549865 |
| 54 | TEVA-MDL2875-00731926 |
| 55 | TEVA-MDL2875-00765603 |
| 56 | TEVA-MDL2875-00048605 |
| 57 | TEVA-MDL2875-00048612 |
| 58 | TEVA-MDL2875-00048613 |
| 59 | TEVA-MDL2875-00539082 |
| 60 | TEVA-MDL2875-00539061 |
| 61 | MYLAN-MDL2875-00895544 |
| 62 | MYLAN-MDL2875-00380695 |
| 63 | APL-MDL 2875-0023627 |
| 64 | APL-MDL 2875-0004189 |
| 65 | APL-MDL 2875-2702839 |
| 66 | APL-MDL 2875-2707753 |
| 67 | HETERO_USA000028000 |
| 68 | HETERO_USA000025248 |
| 69 | HETERO_USA000025250 |
| 70 | HETERO_USA000025251 |

| EX # | DESCRIPTION |
|---|---|
| 71 | HETERO_USA000027906 |
| 72 | HLL01033030 |
| 73 | HLL01179644 |
| 74 | HLL0869156 (R. Cerminaro May 19, 2021 Deposition, Exhibit 5) |
| 75 | ZHP00002079 |
| 76 | ZHP00009256 |
| 77 | PRINSTON00074186 |
| 78 | Declaration of Thomas Moffatt (CVS) |
| 79 | WALGREENS0001048 |
| 80 | TORRENT-MDL2875-00143643 |
| 81 | TORRENT-MDL2875-00145456 |
| 82 | TORRENT-MDL2875-00004228 |
| 83 | TORRENT-MDL-2875-00523108 |
| 84 | TORRENT-MDL2875-00523106 |
| 85 | TEVA-MDL2875-00565758 (R. Williams February 17, 2022 Deposition, Exhibit 3) |
| 86 | [RESERVED] |
| 87 | [RESERVED] |
| 88 | [RESERVED] |
| **COMPANY WITNESS DEPOSITIONS** | |
| 89 | Barreto, Daniel (Teva) (April 14, 2021) ("Vol. I") |
| 90 | Nassall, Jens (Teva) (June 30, 2021) |
| 91 | Glover, Richard Derek (Mylan) (March 9, 2021) ("Vol. I") |
| 92 | Gomas, Antony Raj (Mylan) (April 9, 2021) |
| 93 | Du, Jun (ZHP) (May 28, 2021) |
| 94 | Lin, Lihong (ZHP) (May 5, 2021) |
| 95 | Chitty, Dawn (Torrent) (May 13, 2021) |

| EX # | DESCRIPTION |
|---|---|
| 96 | Jaiswal, Sushil (Torrent) (June 4, 2021) |
| 97 | Cedeno, Cesar (Humana) (September 27, 2021) |
| 98 | Talton, Wayne (Mylan) (April 27, 2021) |
| 99 | Glover, Richard Derek (Mylan) (April 16, 2021) ("Vol. III") |
| 100 | Barreto, Daniel (Teva) (April 15, 2021) ("Vol. II") |
| 101 | [RESERVED] |
| **FDA / OTHER AGENCY MATERIALS** | |
| 102 | FDA Recall Press Releases/Updates |
| 103 | FDA News Release, July 13, 2018, "FDA announces voluntary recall of several medicines containing valsartan following detection of an impurity" |
| 104 | FDA News Release, January 25, 2019, "FDA Statement on the FDA's Ongoing Investigation Into Valsartan and ARB Class Impurities and the Agency's Steps to Address the Root Causes of the Safety Issues" |
| 105 | FDA News Release, May 2, 2019, "Laboratory analysis of valsartan products" ("FDA Lab Results"). |
| 106 | European Medicines Agency, 23 June 2020, "Lessons learnt from presence of N-Nitrosamine impurities in sartan medicines" |
| 107 | FDA, "Inspection Classification Database", Compliance Dashboard, Torrent Pharmaceuticals Limited |
| 108 | [RESERVED] |
| **BACKUP DOCUMENTATION TO DEFENDANTS' CONSUMER ECONOMIC LOSS OPPOSITION BRIEF APPENDIX A (PROOF OF USE)** | |
| 109 | Andre, Merilyn - Proof of Use |
| 110 | Bell, Sandy - Proof of Use |
| 111 | Borkowski, Alphonse - Proof of Use |
| 112 | Bruner, Billy Joe - Proof of Use |
| 113 | Cacaccio, Joseph - Proof of Use |
| 114 | Crocker, Linda - Proof of Use |
| 115 | Erwin, Eric - Proof of Use |
| 116 | Kaplan, Dennis - Proof of Use |
| 117 | Kelly, Sandra - Proof of Use |
| 118 | Kessinger, Joseph - Proof of Use |

| EX # | DESCRIPTION |
|---|---|
| 119 | Lawson, James - Proof of Use |
| 120 | Nelson, Gerald - Proof of Use |
| 121 | Semmel, Lawrence - Proof of Use |
| 122 | [RESERVED] |
| BACKUP DOCUMENTATION TO DEFENDANTS' CONSUMER ECONOMIC LOSS OPPOSITION BRIEF APPENDIX B (PLAINTIFFS' VARIED VCD FILLS) |
| 123 | Anderson, Marlin - CVS Defendant Fact Sheet |
| 124 | Anderson, Marlin - Walgreens Defendant Fact Sheet |
| 125 | Andre, Merilyn - Express Scripts Defendant Fact Sheet |
| 126 | Andre, Merilyn - Express Scripts Fills |
| 127 | Andre, Merilyn - Sav-On Defendant Fact Sheet |
| 128 | Bell, Sandy - CVS Defendant Fact Sheet |
| 129 | Borkowski, Alphonse - Rite Aid Defendant Fact Sheet |
| 130 | Bruner, Billy Joe - CVS Defendant Fact Sheet |
| 131 | Burnett, Gary - Walmart Defendant Fact Sheet |
| 132 | Cacaccio, Joseph - Rite Aid Defendant Fact Sheet |
| 133 | Childs, James - Main Line Pharmacy Records |
| 134 | Childs, James - Plaintiff Fact Sheet |
| 135 | Cisneros, Samuel - Walmart Defendant Fact Sheet |
| 136 | Cooper, Glenda - Plaintiff Fact Sheet |
| 137 | Crocker, Linda - Plaintiff Fact Sheet |
| 138 | Deutenberg, Eleonora (Estate of) - CVS Defendant Fact Sheet |
| 139 | Deutenberg, Eleonora (Estate of) - Plaintiff Fact Sheet |
| 140 | Deutenberg, Eleonora (Estate of) - Walgreens Defendant Fact Sheet |
| 141 | Dudley, Miranda - Beulaville Pharmacy Records |
| 142 | Dudley, Miranda - Plaintiff Fact Sheet |
| 143 | Duffy, John - Walgreens Defendant Fact Sheet |

| EX # | DESCRIPTION |
|---|---|
| 144 | Edwards, Lawrence - CVS Defendant Fact Sheet |
| 145 | Edwards, Lawrence - Rite Aid Defendant Fact Sheet |
| 146 | Erwin, Eric - Walgreens Defendant Fact Sheet |
| 147 | Gildner, Leland - Kroger Defendant Fact Sheet |
| 148 | Glab, Marzanna - CVS Defendant Fact Sheet |
| 149 | Hays, Mark - CVS Defendant Fact Sheet |
| 150 | Hays, Mark - Express Scripts Defendant Fact Sheet |
| 151 | Hays, Mark - Express Scripts Fills |
| 152 | Johnson, Jennifer - Walmart Defendant Fact Sheet |
| 153 | Johnston, Charles - Optum Defendant Fact Sheet |
| 154 | Kaplan, Dennis - Rite Aid Defendant Fact Sheet |
| 155 | Kelly, Sandra - Plaintiff Fact Sheet |
| 156 | Kessinger, Joseph - CVS Defendant Fact Sheet |
| 157 | Lamy, Asha - Kroger Defendant Fact Sheet |
| 158 | Lawson, James - CVS Defendant Fact Sheet |
| 159 | Lee, Jynona - Walmart Defendant Fact Sheet |
| 160 | Longwell, Veronica - CVS Defendant Fact Sheet |
| 161 | Longwell, Veronia - Express Scripts Defendant Fact Sheet |
| 162 | Longwell, Veronica - Express Scripts Fills (LONGWELL000001) (V. Longwell Deposition Exhibit 7) |
| 163 | McGilvery, Flora - Walmart Defendant Fact Sheet |
| 164 | McLean, Mary - Express Scripts Defendant Fact Sheet |
| 165 | McLean, Mary - Express Scripts Fills |
| 166 | McLean, Mary - Plaintiff Fact Sheet |
| 167 | Meader, Jay - CVS Defendant Fact Sheet |
| 168 | Meader, Jay - Plaintiff Fact Sheet |
| 169 | Means, Brittney - CVS Defendant Fact Sheet |

| EX # | DESCRIPTION |
|---|---|
| 170 | Means, Brittney - Walgreens Defendant Fact Sheet |
| 171 | Molinaro, Ronald - CVS Defendant Fact Sheet |
| 172 | Mullins, Cheryl - Lonesome Pine Pharmacy Records (MULLINS000001) |
| 173 | Mullins, Cheryl - Plaintiff Fact Sheet |
| 174 | Neal, Talsie - Walmart Defendant Fact Sheet |
| 175 | Nelson, Gerald - CVS Defendant Fact Sheet |
| 176 | Nelson, Gerald - Rite Aid Defendant Fact Sheet |
| 177 | O'Brien, Peter - CVS Defendant Fact Sheet |
| 178 | Powell, Lubertha - Hephzibah Pharmacy Records (LPowell-HephPharm-000001) (L. Powell Deposition Exhibit 6) |
| 179 | Powell, Lubertha - Plaintiff Fact Sheet |
| 180 | Powell, Lubertha - Walgreens Defendant Fact Sheet |
| 181 | Roberts, Robin - Walgreens Defendant Fact Sheet |
| 182 | Roberts, Robin - Walmart Defendant Fact Sheet |
| 183 | Semmel, Lawrence - CVS Defendant Fact Sheet |
| 184 | Semmel, Lawrence - Plaintiff Fact Sheet |
| 185 | Shetty, Radhakrishna - Walgreens Defendant Fact Sheet |
| 186 | Sims, Antinette - Heights Specialty Pharmacy Records |
| 187 | Sims, Antoinette - Plaintiff Fact Sheet |
| 188 | Wineinger, Brian - Walmart Defendant Fact Sheet |
| **DEFENSE EXPERT REPORTS/DECLARATIONS** ||
| 189 | Expert Report of Michael Bottorff, Pharm. D. (January 12, 2022) |
| 190 | Expert Report of David Chan, M.D., Ph.D. (January 12, 2022) |
| 191 | Expert Declaration of Punam Keller, Ph.D., (January 12, 2022) |
| 192 | Expert Report of Timothy Kosty, RPh, MBA (January 12, 2022) |
| 193 | Expert Report of Lauren Stiroh, Ph.D. (January 12, 2022) |
| 194 | Expert Report of David Chesney, MSJ (January 12, 2022) |

| EX # | DESCRIPTION |
|---|---|
| 195 | Expert Report of William Lambert, Ph.D. (January 12, 2022) |
| 196 | Expert Report of Eric Sheinin, Ph.D. (January 12, 2022) |
| 197 | Expert Report of Timothy Anderson, M.S., M.B.A. (January 12, 2022) |
| 198 | Expert Report of Roger Williams, M.D. (January 12, 2022) |
| 199 | Expert Report of Mark Robbins, Ph.D., J.D. (January 12, 2022) |
| 200 | Expert Report of Karla Ballman, Ph.D., FASCO (January 12, 2022) |
| 201 | Expert Report of Ursina Teitelbaum, M.D. (January 12, 2022) |
| 202 | Expert Report of Lewis Chodosh, M.D., Ph.D. (January 12, 2022) |
| 203 | Expert Report of John Flack, M.D., M.P.H. (January 12, 2022) |
| 204 | Expert Report of Steven Baertschi, Ph.D. (January 12, 2022) |
| **DEFENSE EXPERT DEPOSITIONS** | |
| 205 | Ballman, Karla (February 22, 2022) |
| 206 | Bottorff, Michael (March 25, 2022) |
| 207 | Chan, David (March 3, 2022) |
| 208 | Chodosh, Lewis (March 10, 2022) |
| 209 | Keller, Punam (March 10, 2022) |
| 210 | Kosty, Timothy (February 24, 2022) |
| 211 | Stiroh, Lauren (March 25, 2022) |
| 212 | Teitelbaum, Ursina (March 10, 2022) |
| 213 | Anderson, Timothy (March 9, 2022) |
| 214 | Baertschi, Steven (March 23, 2022) |
| 215 | Sheinin, Eric (March 21, 2022) |
| 216 | Williams, Roger (February 17, 2022) |