# Exhibit 29

## REDACTED

CONFIDENTIAL

Page 1

1              UNITED STATES DISTRICT COURT

                DISTRICT OF NEW JERSEY

2      - - - - - - - - - - - - - - - - - x

       IN RE: VALSARTAN, LOSARTAN, AND   :  MDL NO. 2875

3      IRBESARTAN PRODUCTS LIABILITY      :

       LITIGATION,                        :

4                                         :

       THIS DOCUMENT RELATES TO:          :

5      Duffy, et al. v. Solco Healthcare  :

       U.S., L.L.C., et al.,              :

6      Case No. 1:18-cv-15076-RBK-JS      :

       - - - - - - - - - - - - - - - - - x

7

8

9              ***RESTRICTED CONFIDENTIAL***

10

11

12             Veritext Virtual Zoom Videotaped

13      deposition of MARGARET FINN, taken on Friday,

14      July 30, 2021, held in New York, New York,

15      commencing at 9:06 a.m., before Jamie I. Moskowitz,

16      a Certified Court Reporter and Certified Livenote

17      Reporter.

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 2

1  A P P E A R A N C E S :
2
   RIVERO MESTRE
3  BY:  CHARLIE E. WHORTON, ESQUIRE
   2525 Ponce de Leon Boulevard
4  Suite 1000
   Miami, Florida 33134
5  305.445.2500
   cwhorton@riveromestre.com
6  Counsel for the Witness
7
   DUANE MORRIS LLP
8  BY:  DREW T. DORNER, ESQUIRE
   505 9th Street N.W., Suite 1000
9  Washington, DC  20004
   202.776.5291
10 dtdorner@duanemorris.com
   Counsel for Defendants Prinston Pharmaceutic Inc.
11 Zhejiant Huahai Pharmaceutic Co., Ltd, Solco
   Healthcare U.S., LLC and Huahai U.S., Inc.
12
13 CIPRIANI & WARNER
   BY:  ETHAN R. FELDMAN, ESQUIRE
14 450 Sentry Parkway, Suite 200
   Blue Bell, Pennsylvania  19422
15 610.567.0700
   efeldman@c-wlaw.com
16 Counsel for Defendant Aurobindo Pharma Ltd.
17
   GREENBERG TRAURIG
18 BY:  TIFFANY M. ANDRAS, ESQUIRE
   77 West Wacker Drive - Suite 3100
19 Chicago, Illinois 60601
   312.456.1065
20 andrast@gtlaw.com
   Counsel for Defendant Teva Pharmaceuticals
21 Industries Ltd.
22
23
24
25

Page 3

1  A P P E A R A N C E S :
2
   NORTON ROSE FULBRIGHT US LLP
3  BY:  D'LESLI M. DAVIS, ESQUIRE
   2200 Ross Avenue - Suite 3600
4  Dallas, Texas 75201-7932
   214.855.8000
5  dlesli.davis@nortonrosefulbright.com
   Counsel for McKesson Corporation
6
7  LEWIS BRISBOIS BISGAARD & SMITH LLP
   BY:  ASHER A. BLOCK, ESQUIRE
8  550 East Swedesford Road - Suite 270
   Wayne, Pennsylvania 19087
9  215.977.4066
   asher.block@lewisbrisbois.com
10 Counsel for Camber Pharmaceuticals
11
   HUSCH BLACKWELL
12 BY:  MATTHEW D. KNEPPER
   190 Carondelet Plaza - Suite 600
13 St. Louis, Missouri 63105
   314.480.1848
14 matt.knepper@huschblackwell.com
   Counsel for Express Scripts
15
16 ALSO PRESENT:
17 CARLOS G. MANALANSAN, ESQUIRE
   Deputy General Counsel for Emblem Health
18
   JUSTIN BILY
19 Legal Videographer
20
21
22
23
24
25

Page 4

1          E X H I B I T S
2
   EXHIBIT NUMBER    DESCRIPTION          PAGE
3
   Exhibit 1    Amended Notice of Deposition     17
4               of MSP Recovery Claims
               Series LLP
5
   Exhibit 2    Anthem Plan            66
6
   Exhibit 3    Express Scripts intake       67
7               order form
8  Exhibit 4    Native Excel File        101
               Competitive Assessment
9
   Exhibit 5    Email thread           115
10
   Exhibit 6    Emblem's formularies       125
11
   Exhibit 7    Internal communication at     135
12              Emblem
13 Exhibit 8    Document entitled MAPDST    145
               Positive Tier Changes 2018
14
   Exhibit 9    Email thread           154
15
   Exhibit 10   Template from Express Scripts  173
16
   Exhibit 11   Internal Emblem email thread   177
17              dated July of 2018
18 Exhibit 12   Contract Agreement for       184
               Medicare Plans 2012
19
   Exhibit 13   Proposed Third Amended       222
20              Economic Loss of Master
               Complaint
21
   Exhibit 14   Demonstrative Exhibit      226
22
   Exhibit 15   Claims data detail report    229
23              provided by MSP
24 Exhibit 16   Claims data            232
25 Exhibit 17   Single transaction of data   240

Page 5

1  EXHIBIT NUMBER    DESCRIPTION          PAGE
2  Exhibit 18    Demonstrative Exhibit        270
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2 (Pages 2 - 5)

CONFIDENTIAL

| | Page 6 |
|---|---|
| 1 | REQUEST PAGE |
| 2 | INSTRUCTIONS NOT TO ANSWER: |
| 3 | Page  Line |
| 4 | None |
| 5 | REQUEST FOR PRODUCTION OF DOCUMENTS: |
| 6 | Page  Line          Description |
| 7 | None |
| 8 | STIPULATIONS: |
| 9 | Page  Line |
| 10 | None |
| 11 | QUESTIONS MARKED: |
| 12 | Page  Line |
| 13 | None |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Page 7

1  TABLE OF CONTENTS
2  MARGARET FINN
3
   Examination
4
   By Ms. Andras.......................Page  8
5
   By Mr. Dorner......................Page 207
6
   Notice to Read & Sign..............Page 223
7
   Reporter Certificate...............Page 225
8
   Index of Exhibits..................Page  4
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| | Page 8 |
|---|---|
| 1 | THE VIDEOGRAPHER:  We are going on the |
| 2 | record at 9:06 on July 30th, 2021.  This is |
| 3 | media unit number 1 of the video recorded |
| 4 | deposition of Margaret Finn in regards to the |
| 5 | valsartan, losartan litigation. |
| 6 | My name is Justin Bily from the firm |
| 7 | Veritext, and I'm the videographer.  The court |
| 8 | reporter is Jamie Moskowitz from the firm |
| 9 | Veritext. |
| 10 | All counsel will be noted on the |
| 11 | stenographic record.  Would the court reporter |
| 12 | please swear in the witness, and then we can |
| 13 | begin. |
| 14 | * * * |
| 15 | P R O C E E D I N G S |
| 16 | THE COURT REPORTER:  The attorneys |
| 17 | participating in this deposition acknowledge |
| 18 | that I am not physically present in the |
| 19 | deposition room and that I will be reporting |
| 20 | this deposition remotely. |
| 21 | They further acknowledge that, in lieu |
| 22 | of an oath administered in person, the witness |
| 23 | will verbally declare her testimony in this |
| 24 | matter is under penalty of perjury. |
| 25 | The parties and their counsel consent |

Page 9

1   to this arrangement and waive any objections to
2   this manner of reporting.  If there are any
3   objections, please state them now.
4               * * *
5       MARGARET FINN, after having been first
6   duly sworn, was examined and testified as
7   follows:
8               * * *
9       THE COURT REPORTER:  Okay.  Please
10  proceed.
11  BY MS. ANDRAS:
12      Q      Good morning, Ms. Finn.  How are you?
13      A      Good, thank you.
14      Q      My name's Tiffany Andras.  I represent
15  Teva Pharmaceuticals in this action.  And we have
16  never bet met before today, right?
17      A      Correct.
18      Q      Okay.  Can you state and spell your
19  name for the record, please?
20      A      Sure.  It's Margaret Chisholm Finn.
21  M-a-r-g-a-r-e-t, middle name Chisholm,
22  C-h-i-s-h-o-l-m, Finn, F as in Frank, i-n-n.
23      Q      Have you ever been known by any other
24  names?
25      A      Margaret Mary Chisholm.

3 (Pages 6 - 9)

CONFIDENTIAL

Page 10

1    Q      Okay.  And how do you spell that?
2    A      M-a-r-g-a-r-e-t, M-a-r-y,
3  C-h-i-s-h-o-l-m.
4    Q      How long have you been known as -- you
5  go by Peggy, correct?
6    A      My nickname is Peggy.  Right.
7    Q      Okay.  How long have you gone by your
8  previous last name?
9    A      My maiden name?
10   Q      Yes.
11   A      25 years, a really long time ago.
12   Q      What's your business address?
13   A      Water Street, New York, New York.
14   Q      Okay.  Where are you taking your
15  deposition from today?
16   A      Manhattan, New York.
17   Q      Are you at your residence?
18   A      I am.
19   Q      Is anybody else in the room with you?
20   A      No.
21   Q      Have you ever been deposed before?
22   A      No.
23   Q      Okay.  So I'm going to go over a few
24  ground rules here.  It's especially important that
25  we pay attention to them and don't speak over each

Page 11

1  other because the court reporter will be taking down
2  everything that we say.
3        I'm going to be asking you a series of
4  questions.  After I'm done with my questions, if you
5  could pause for a moment.  Especially in the remote
6  environment, there tends to be a delay, but it
7  could, you know, allow your counsel to make any
8  objections.
9        He might make objections for various
10  reasons on the record here and there.  It doesn't
11  mean that you don't have to answer the question, so
12  just let him lodge the objection unless he instructs
13  you not to answer.  And then just proceed with your
14  answer after that.
15        And I will try to, you know, not
16  interrupt you while you're finishing your answer,
17  and if you can try to not interrupt me in the middle
18  of a question.  Even if you know where you think I'm
19  going with that question, it's important that we get
20  the record clear and that I can get the whole
21  question out before you begin your answer; is that
22  fair?
23   A      Yes.
24   Q      Okay.  And sometimes, you know, we
25  might have just a habit to try to talk over each

Page 12

1  other or, you know, to nod your head or say uh-huh,
2  things like that.  And those are things that the
3  court reporter will have difficulty recording.  So
4  in such instances, you know, I might ask you to --
5  you know, is that a yes?  Is that a no?  And I'm not
6  trying to be rude.  I'm trying to make sure we have
7  a clear record.  Do you understand?
8    A      I do.
9    Q      And, you know, of course, it's going
10  to be a pretty long day today.  So if you need a
11  break for any reason, just, you know, feel free to
12  ask at any time.  And I'll try to take a break or at
13  least a short break maybe every hour, hour and a
14  half or so just so we can all, you know, stretch our
15  legs and everything like that.
16        If you need a break at any other time,
17  it's no problem.  The only thing that I ask is that
18  if I have a question pending, that you finish in the
19  question before we take that break; is that fair?
20    A      It is.
21    Q      Okay.  And if you answer one of my
22  questions, I'm going to presume that you understood
23  the question.  So if my question isn't clear, just
24  please indicate that to me.  I don't want you to be
25  speculating.  All right?

Page 13

1    A      Yes.
2    Q      Do you have any documents or any
3  materials in front of you that you're referring to
4  today?
5    A      I have a couple of handwritten notes
6  here, and I have something up on my computer screen
7  in case I should need it.
8    Q      Okay.  And what do you have up on your
9  computer screen?
10    A      It's actually the notice that we
11  received from Express Scripts regarding the recall.
12    Q      Okay.  And with regard to your notes,
13  what is the substance of those notes?
14    A      Oh, you know, things like reminding
15  myself how many tiers in our different formularies
16  for Medicare, the dates that the recall notice went
17  out, really, probably stuff I didn't need to write
18  down.  But I always feel better when I write stuff
19  down.
20    Q      Okay.  Well, I'll ask you if you're
21  going to refer to any of those documents while you
22  are taking this deposition, that you provide it to
23  counsel and that they produce it to us.  If you are
24  referring to something, it would be helpful if you
25  note you are referring to something to remember; is

4 (Pages 10 - 13)

CONFIDENTIAL

Page 14

1  that okay?
2      A      Sure, yes.
3      Q      Okay.  Do you understand you're
4  testifying today in your capacity as the corporate
5  representative for plaintiff
6  MSP Recovery Claims, Series LLC?
7      A      Yes.
8      Q      You understand that's in relation to
9  MSP's claims on behalf of Emblem Health and
10  ConnectiCare in the valsartan multi-district
11  litigation pending in the U.S. District Court for
12  the District of New Jersey?
13          MR. WHORTON:  Object to form.
14          THE WITNESS:  Yes.
15  BY MS. ANDRAS:
16      Q      Okay.  What is your understanding
17  about what this lawsuit is about?
18      A      Essentially that we paid for drugs
19  that we shouldn't have because those drugs shouldn't
20  have been on the market.
21      Q      And why do you say they shouldn't have
22  been on the market?
23      A      Because they were tainted.
24      Q      Do you have an understanding of what
25  the drugs were allegedly tainted with?

Page 15

1      A      A cancer-causing agent.
2      Q      What's the basis for your
3  understanding about the substance that you allege it
4  was tainted with?
5          MR. WHORTON:  Object to form.
6          THE WITNESS:  My -- my understanding
7      is that when taken regularly -- when ingested
8      regularly, I should say, that it has been known
9      to cause cancer.
10  BY MS. ANDRAS:
11      Q      And how did you become aware of
12  that -- or strike that.
13          What is the basis for that
14  understanding?  How did you learn about that
15  substance?
16      A      Through the communications that we had
17  with Express Scripts.
18      Q      And is that -- communications at what
19  time?
20      A      Well, so I have been with them for
21  three years.  July 2018, I started.  And it was
22  really right at the time that I started that the
23  recall of these drugs had become known, and we
24  initiated recalling the drug from our patients.
25      Q      So when you first started -- we will

Page 16

1  get to your employment history very shortly.
2          But when you first started at Emblem,
3  that was right before the recall or after?
4      A      Actually, I started on the day that
5  Express Scripts announced the condition.
6      Q      Do you remember which date that was?
7      A      July 18th, 2018.
8      Q      Okay.  What's your understanding of
9  your responsibilities in testifying as a
10  Rule 30(b)(6) corporate representative?
11      A      Just to share my knowledge of the
12  situation and to answer any questions that you may
13  have.
14      Q      Okay.
15          MS. ANDRAS:  I am going to share my
16  screen quickly.  Can everybody see my screen?
17          MR. WHORTON:  Yes.
18          THE WITNESS:  I do.
19  BY MS. ANDRAS:
20      Q      I'm showing you what I marked as
21  Deposition -- or deposition Exhibit 1.  This is the
22  amended notice of deposition of
23  MSP Recovery Claims, Series LLC.  And attached at
24  the end is a list of Rule 30(b)(6) topics on which
25  MSP has been called to testify.  Have you seen this

Page 17

1  document before?
2          (Whereupon, Exhibit 1 was marked for
3      Identification.)
4          THE WITNESS:  I have not.
5  BY MS. ANDRAS:
6      Q      Okay.  Have you seen any of these
7  topics?
8      A      I have not seen this document before,
9  so no.
10      Q      Okay.  What did you do to prepare for
11  this deposition today?
12      A      I met with Charlie and Carlos and
13  David, maybe for an hour.
14      Q      Was that meeting --
15      A      I'm sorry?
16      Q      Was that meeting in person?
17      A      No.
18      Q      Okay.
19          MS. ANDRAS:  Sorry.  I'm trying to get
20      out of my screen right now.
21  BY MS. ANDRAS:
22      Q      And you said that was for about an
23  hour that you met with them?
24      A      Yes.
25      Q      What kind of materials did you review?

5 (Pages 14 - 17)

CONFIDENTIAL

Page 18

1      A       Something called the Valsartan
2   Litigation Summary of Deposition Topics --
3             THE COURT REPORTER:  I'm sorry.  What
4      was the end of your answer?
5             THE WITNESS:  Summary of Deposition
6      Topics Addressed to Signers.  I'm actually
7      looking at it right now.
8   BY MS. ANDRAS:
9      Q       Okay.  Is that something that was
10  provided to you by plaintiffs' counsel?
11     A       Yes.
12     Q       Okay.  And the summary of topics,
13  are -- do you understand that to be the topics that
14  you're designated to testify about today?
15     A       Yes.
16     Q       Have you spoken with anybody other
17  than plaintiffs' counsel in this case about this
18  deposition today?
19     A       No.
20     Q       Have you reviewed any documents on
21  your own outside the presence of counsel to prepare
22  for this deposition?
23     A       Yes.  I took a look at our
24  formularies, the -- the ones that we had available
25  during that time frame.  I took a look at our

Page 19

1   Medicare plan structure, and, again, the -- the
2   notice that we received from Express Scripts.
3   That's about it.
4      Q       You said you looked at the formulary
5   for the relevant time frame.  What time frame is
6   that?
7      A       We only had back as far as 2017.
8      Q       Is that formulary for Emblem or for
9   ConnectiCare?
10     A       Both.  And it's the same formulary.
11     Q       You said you also reviewed documents
12  relating to your Medicare plan structure; is that
13  correct?
14     A       Correct.
15     Q       For what time periods did you have
16  information or documents to review on that topic?
17     A       I think that was also 2017.  It could
18  have been 2018.  It hasn't really changed.
19     Q       Okay.  Who is your current employer?
20     A       I'm sorry?
21     Q       Who is your current employer?
22     A       Oh, Emblem Health.
23     Q       And how long have you been employed
24  with Emblem?
25     A       Three years.

Page 20

1      Q       Since July 18, 2018?
2      A       Correct.
3      Q       Okay.  A date we're all very familiar
4   with in this litigation.  And what's your current
5   title?
6      A       Vice president, Enterprise Pharmacy
7   Solutions.
8      Q       How long have you been in that role?
9      A       About a year.
10     Q       What are your job responsibilities in
11  that role?
12     A       Oh, I'm responsible for everything
13  pharmacy, which includes benefit setup for our
14  client, implementation testing, all of our IT
15  projects.  I'm responsible for defining a formulary
16  and ensuring that they are compliant and submit it
17  with all state and federal regulations.  I'm
18  responsible for utilization management oversight,
19  quality, which includes all of our star ratings
20  management and our different care management
21  programs.  Government programs, Medicare, Medicaid,
22  the exchanges.
23             Am I missing something?  I'm just
24  trying to think of my organization right now.  And
25  essentially, like, the pharmacy provider network.

Page 21

1      Q       Those are a lot of responsibilities, a
2   very busy lady, I'm sure.  So I appreciate you
3   taking your time today.
4      A       No problem.
5      Q       Let's walk through a couple of those
6   so I can get a better understanding.
7             So you said everything that has to
8   deal with the pharmacies.  Is that just for Emblem,
9   or does that also include ConnectiCare or any of
10  Emblem's subsidiary MAOs?
11     A       It's all Emblem and ConnectiCare.
12     Q       Okay.  And you said also limitation
13  testing; is that right?
14     A       Implementation testing.
15     Q       Implementation testing.
16             What does that mean?
17     A       That means after you set up the
18  benefit, that you run test conditions -- and we do
19  this in collaboration with Express Scripts -- run
20  test conditions to make sure that the outcome of a
21  claim being processed is as intended by the client
22  right copay, right tier, all that kind of stuff.
23     Q       Okay.  You also mentioned you were in
24  charge of overseeing different IT projects, correct?
25     A       Yes, uh-huh.

6 (Pages 18 - 21)

CONFIDENTIAL

Page 22

1      Q      And what are the nature of those IT
2    projects?
3      A      Gosh, they can be a number of
4    different things. So, you know, for instance, when
5    our platform was migrating from our legacy platform
6    into the facets platform that affected pharmacy, so
7    I had a team of people who worked on that project,
8    making sure that all the pharmacy processing would
9    continue, that the integration to Express Scripts
10   was intact, that claim files could come back and
11   forth, eligibility files back and forth and
12   ensuring, just, that everything is going to continue
13   to process on the new platform.
14          It also involves projects that my team
15   initiates. For example, working on, you know,
16   improving our COB capabilities, you know, anything
17   that further --
18          THE COURT REPORTER: Anything that
19          further...
20          THE WITNESS: Improves pharmacy
21          processing, or keeps us compliant. So it could
22          be a state regulation, a federal regulation,
23          that requires us to do something different.
24          And I have a team of people that make sure we
25          do that correctly.

Page 23

1    BY MS. ANDRAS:
2      Q      I think you used an acronym. Did you
3    say COB when you were --
4      A      Yeah, coordination.
5          THE COURT REPORTER: Coordination...
6          THE WITNESS: Of benefits.
7          THE COURT REPORTER: Okay. Thank you.
8    BY MS. ANDRAS:
9      Q      These IT projects that you have been
10   working on and overseeing, do those include claims
11   level data for Medicare plans?
12     A      Sometimes, yes.
13     Q      Have there been any major migrations
14   or major overhauls of the systems that you have used
15   on the Emblem or ConnectiCare with regard to claims
16   data for Medicare?
17          MR. WHORTON: Objection, scope.
18          THE WITNESS: Not recently, no.
19   BY MS. ANDRAS:
20     Q      Do you know when the last time there
21   was a major migration or IT change that could affect
22   that data?
23     A      January of 2020.
24     Q      Okay. You also discussed, as part of
25   your responsibilities, that you are responsible for

Page 24

1    defining formularies; is that right?
2      A      Correct.
3      Q      What does that mean?
4      A      That means that my team works with
5    Express Scripts as a collaborative effort to
6    determine which drugs should be on our formularies,
7    which drugs should have utilization management
8    applied to them, what tier they should be on, and
9    really just compile that formulary on an annual
10   basis.
11     Q      Prior to your current role at Emblem,
12   what was your previous role?
13     A      Previously, I was vice president of
14   pharmacy operations. It was effectively the job
15   that I have today, but it did not include formulary
16   or utilization management.
17     Q      Can you explain what "utilization
18   management" means?
19     A      Utilization management is a tool that
20   is used by most insurance plans that ensures that
21   the member is getting the right drug at right time
22   for the right condition.
23          So prior authorization is one where we
24   might have a requirement for safety purposes to make
25   sure that the number really does meet the criteria

Page 25

1    that the drugs should be used for.
2          Others are --
3          THE COURT REPORTER: I'm sorry.
4          Others are what?
5          THE WITNESS: Step therapy and
6          quantity limits.
7    BY MS. ANDRAS:
8      Q      Is there also a component to analyzing
9    pricing as part of the utilization management?
10     A      Step therapy is related to pricing in
11   that you might want the member to take a lower cost,
12   equally effective drug first before going to a
13   higher cost drug.
14     Q      Step therapy then often encourages
15   members to take a generic over a brand-name drug; is
16   that fair?
17          MR. WHORTON: Objection.
18          THE WITNESS: Correct.
19   BY MS. ANDRAS:
20     Q      Okay. Prior to your job at Emblem,
21   where did you work prior to that?
22     A      Express Scripts, by way of the Medco
23   acquisition.
24     Q      How long did you work at
25   Express Scripts?

7 (Pages 22 - 25)

CONFIDENTIAL

Page 26

1    A    23 years.
2    Q    And what was your title when you left
3  Express Scripts?
4    A    Vice president of Medicaid.
5    Q    What were your job responsibilities as
6  vice president of Medicaid at Express Scripts?
7    A    That was a fun job.
8       So sales and marketing of the
9  products, the Express Scripts products. I had a
10  team of people who, operationally, were responsible
11  for implementing new clients.
12      Modifying capabilities based upon
13  regulation changes in each of the states that we
14  worked in, which is about 23 or 24 states, at the
15  time. We submitted encounters to each of those
16  states, an encounter is a filed claim essentially,
17  submitted that to the states on behalf of our
18  clients. And essentially advised our clients on,
19  you know, how to -- different ways they can
20  configure their product for greater competitiveness
21  in their market.
22    Q    When you were at Express Scripts, did
23  you work with Emblem or ConnectiCare?
24    A    I did -- well, yeah, I guess I did
25  work with ConnectiCare, but mostly Emblem.

Page 27

1    Q    And how long would you say that you
2  had that working relationship with Emblem and/or
3  ConnectiCare when you were at Express Scripts?
4    A    Off and on, over 6 years.
5    Q    When you started at Express Scripts, I
6  guess, 23 years prior to leaving as VP of Medicaid,
7  what was your initial job title?
8    A    Director of human resources.
9    Q    Okay. And then where did you work
10  prior to Express Scripts?
11    A    Oh, gosh. I think I would have been
12  at the New York Stock Exchange right before that.
13  We're going back a really long time.
14    Q    Did you work at any health plan or any
15  pharmacy benefit manager prior to your work at
16  Express Scripts?
17    A    No. Well, just Medco because Medco
18  became Express Scripts.
19    Q    That makes it a lot easier. That's
20  all I'm really asking for.
21    A    Okay. All right.
22    Q    And what's your educational
23  background?
24    A    I've got a degree in psychology
25  from --

Page 28

1       THE COURT REPORTER: From what
2  college?
3       THE WITNESS: Gettysburg College.
4       THE COURT REPORTER: Thank you.
5  BY MS. ANDRAS:
6    Q    And you're -- so you're not a
7  pharmacist?
8    A    I'm not.
9    Q    Are people in your role typically
10  pharmacists?
11    A    Yes.
12      MR. WHORTON: Object to form.
13  BY MS. ANDRAS:
14    Q    All right. I want to go into talking
15  about the characteristics of the Emblem and
16  ConnectiCare health plans and just general services
17  that they offer to their members.
18      So as a professional matter, what's
19  the corporate relationship between Emblem Health and
20  ConnectiCare?
21    A    Gosh. Don't know if maybe
22  ConnectiCare is a subsidiary of. I don't know
23  honestly. I have never thought about it.
24    Q    Okay. I'm definitely asking you to
25  not speculate, so if you don't know --

Page 29

1    A    I don't know, yeah.
2    Q    But in your role now, you support both
3  Emblem Health and ConnectiCare operations?
4    A    Correct.
5    Q    Okay. Do you know if they share --
6  both entities share any other administrative
7  services?
8    A    Yes.
9    Q    Which ones?
10    A    The organization is essentially
11  Enterprise, so any supporting function within the
12  organization supports both companies.
13    Q    Are there other companies within that
14  umbrella that are also part of the Emblem Health
15  umbrella, for lack of a better term?
16    A    I don't think so.
17    Q    Okay. And where is Emblem Health
18  based?
19    A    55 Water Street.
20    Q    And that's in New York?
21    A    In New York.
22    Q    Where is ConnectiCare based?
23    A    Farmington, Connecticut.
24    Q    And do you know which operations of
25  ConnectiCare are in Connecticut?

8 (Pages 26 - 29)

CONFIDENTIAL

Page 30

1    A    Well, I have some people in
2  Connecticut.  So there are pharmacy people there,
3  and there's customer service.  There's the provider
4  network management team.  There's quality.  There's
5  utilization management.  There's care management.
6    Q    Do you know where any payments would
7  be made from?
8           MR. WHORTON: Objection.
9           THE WITNESS: I don't.
10  BY MS. ANDRAS:
11    Q    Do you know where the finance team
12  would sit for ConnectiCare?
13           MR. WHORTON: Objection, vague.
14           THE WITNESS: Probably some of them in
15  Connecticut.
16  BY MS. ANDRAS:
17    Q    You don't know for sure?
18    A    I don't.
19    Q    Okay.  Are there any other states
20  where either Emblem or ConnectiCare have their
21  business operations?
22    A    Physical, like sites?
23    Q    Yes.
24    A    No, there are none.
25    Q    No offices in New Jersey or

Page 31

1  Pennsylvania?
2    A    Not that I know of.
3    Q    Okay.  How many plans does
4  Emblem offer?
5           MR. WHORTON: Objection to form.
6           THE WITNESS: A lot.
7  BY MS. ANDRAS:
8    Q    Do you have a ballpark number?
9    A    No.
10    Q    Are we talking over 100?  Is there a
11  range that you might estimate?
12    A    Well, can you define "plan"?
13    Q    Sure.  I mean, right now I'm talking
14  about any type of health plan, so commercial, you
15  know, Medicare, Medicaid, just separate types of
16  plans that would be offered.  Does that make it more
17  or less clear?
18    A    So, like, in Medicare, we have our MA
19  plan, but within our MA plan there is variation
20  amongst them.  So I don't know for certain.  If you
21  want a ballpark from me, I'm going to say about 20.
22    Q    Okay.  Would it be more accurate to
23  describe, I guess, instead of talking about it in
24  terms of number of plans, to talk about it in terms
25  of lines of business?

Page 32

1    A    Yes.
2           MR. WHORTON: Form.
3  BY MS. ANDRAS:
4    Q    Okay.  And so can you explain, then,
5  how many lines of business that Emblem offers?
6    A    I'm counting in my head.  About eight.
7    Q    Eight.
8           Do you know the names of those?
9    A    Medicare MAPD, PDP --
10           THE COURT REPORTER: Your acronyms are
11  just a little muddled.  Medicare MAPD?
12           THE WITNESS: Yeah.  Medicare
13  Advantage Prescription Drug Plan.  It's a
14  combined ABCD plan.
15           We have a Medicare PDP, which is a
16  prescription drug only.  We have our Medicaid
17  plan for New York State.  We've got a large
18  group commercial in New York, large group
19  commercial in Connecticut, small group in each
20  state as well, separate plans.
21           And then we have our exchange plans in
22  New York, exchange in Connecticut, individual
23  on and off exchange in both states, and we have
24  a HARP plan in New York and a CHP plan.  So I
25  don't -- maybe that's 8, maybe that's 10.  I

Page 33

1  don't know.
2    Q    You refer to the exchange, that's the
3  Affordable Care Act Exchange; is that right?
4    A    Correct.
5    Q    And then the second-to-last one you
6  said was a CHP plan?
7    A    CHP, Child Health Plus.
8           THE COURT REPORTER: Child Health
9  Plus?
10           THE WITNESS: Correct.
11  BY MS. ANDRAS:
12    Q    What was the last plan, the last item
13  of business?
14    A    I think I said CHP last.
15    Q    That was the last?
16    A    Yes.
17    Q    Okay.  So I have individual -- on and
18  off in the exchange and then CHP plan?
19    A    Right.
20    Q    Okay.  So within these lines of
21  business, there are multiple and different plans; is
22  that accurate?
23    A    Correct.
24    Q    Okay.  So if you have, say, under the
25  commercial plan, you might have employer groups, you

9 (Pages 30 - 33)

CONFIDENTIAL

Page 34

1  might have 100 employer groups that fall within that
2  line of business; is that fair?
3      A    Correct.
4      Q    Okay. Which is why it's hard to
5  quantify the number of plans; is that right?
6      A    Exactly. Yes.
7      Q    Okay. What's the largest line of
8  business that Emblem has?
9      A    Define "large."
10     Q    Let me -- let me also back up. If I'm
11 saying "Emblem," do you understand that to also
12 encompass ConnectiCare when you're talking about
13 things?
14     A    Yes.
15     Q    Okay. So I'll probably refer to
16 Emblem to include both. If there's a different
17 answer, you know, please let me know if it's
18 different as between the two entities. But for our
19 purposes, I'm usually going to assume that we're
20 talking about them collectively if that works for
21 you.
22     A    Yes.
23     Q    Okay. All right. So, yeah, what is
24 the largest line of business that either Emblem or
25 ConnectiCare has?

Page 35

1      A    How do we define "large"?
2      Q    In terms of number of members.
3      A    Okay. So it would be Emblem --
4          THE COURT REPORTER:  Emblem Health...
5          THE WITNESS:  Commercial.
6          THE COURT REPORTER:  Thank you.
7  BY MS. ANDRAS:
8      Q    What about in terms of dollar amounts,
9  what's the largest?
10     A    I don't know.
11     Q    Okay. What other metrics do you use
12 internally to compare size of the share of business
13 that you select a business?
14         MR. WHORTON:  Objection.
15         THE WITNESS:  Generally, number of
16 lives.
17 BY MS. ANDRAS:
18     Q    Numbers, what was that?
19     A    Lives, members.
20     Q    What is the smallest number of
21 members, which line of business?
22     A    Probably our exchange plan in
23 New York.
24     Q    Okay. And do you know if
25 Emblem Health and/or ConnectiCare have had roughly

Page 36

1  the same number of lines of business since 2012?
2      A    To my knowledge, yes.
3      Q    Okay. In terms of membership numbers,
4  what has been the overall trend since 2012 to now?
5      A    I don't know from -- I don't know what
6  the size was prior to my getting here.
7      Q    Okay. Well, since you have been at
8  Emblem, how has the membership overall grown or
9  shrunk or stayed the same?
10     A    It's been about the same.
11     Q    Okay. You don't recall any
12 significant particular line of business with an up
13 or down swing since your time at Emblem?
14     A    No, nothing significant.
15     Q    Okay. And according to
16 Emblem's website, Emblem serves multiple,
17 different -- different kinds of members, correct?
18     A    How do we define "kind"?
19     Q    Well, say, the categories of plans, I
20 would say, the employer sponsored, the large group,
21 small group and labor unions; is that correct?
22     A    Correct.
23     Q    Would labor unions fall within one of
24 those lines of business that we just discussed, or
25 is that a separate category?

Page 37

1      A    Commercial. Commercial. And, you
2  know, specifically under the City of New York area.
3      Q    You also -- Emblem also offers
4  individual and family plans, correct?
5      A    Correct.
6      Q    And then the Medicare and Medicaid
7  plans; is that right?
8      A    Correct.
9      Q    And for SNP plans, do you have an
10 understanding of what those are?
11     A    SNP, special needs?
12     Q    Yup.
13     A    Yes.
14     Q    Okay. And the special need plans, do
15 those fall under the Medicare umbrella?
16     A    Yes.
17     Q    Okay. And you also the mentioned
18 MADP, right, which is the combined --
19     A    PD, yes.
20     Q    What was that?
21     A    PD, MAPD, yup.
22     Q    And you said that was a combined ABCD
23 plan; is that right?
24     A    Right.
25     Q    So when you refer to Medicare, does

10 (Pages 34 - 37)

CONFIDENTIAL

Page 38

1  that refer to -- like, generally, when we're talking
2  about Medicare, does that refer to Part C plans
3  which encompass the Part D component?
4      A     Medicare -- when I speak of Medicare,
5  I'm either speaking of the Medicare plan that is
6  Part C, so they -- A plus B equals C, right, and a D
7  plan, right, that they are -- they are separate. I
8  mean, it's combined into one plan, but they're
9  really different structures, if you will.
10     Q     Okay.
11     A     Or it is simply the prescription drug
12  only plan.
13     Q     So for purposes of Medicare, even if
14  it's considered a Part C plan, the Part D component
15  is considered Part D; is that fair?
16     A     Correct.
17     Q     Okay. And Emblem Health also has the
18  standalone Part D plans that are referred to as PDP
19  plans, correct?
20     A     Correct. Yup.
21     Q     So for the various types of members
22  that Emblem Health provides services for that we
23  just discussed, the small group, large group,
24  individual, families and Medicare plans, what types
25  of services does Emblem Health offer?

Page 39

1          MR. WHORTON: Object to form.
2          THE WITNESS: Outside of pharmacy?
3  BY MS. ANDRAS:
4      Q     Well, for example, does Emblem provide
5  administrative-services-only arrangements to some of
6  its members?
7      A     If -- are you asking do we have plans
8  that are ASO plans?
9      Q     Yes.
10     A     Yes. We do have some plans that are
11  ASO, yes.
12     Q     And can you explain what those ASO
13  plans entail?
14     A     Not in great detail.
15     Q     And what's your general understanding
16  of an ASO plan?
17         MR. WHORTON: Objection.
18         THE WITNESS: Essentially, they are
19  self-funded. They are not fully insured by us.
20  They take financial risk.
21  BY MS. ANDRAS:
22     Q     Okay. And that's a good place for us
23  to also talk about those differences in the plans
24  offered, as well, for your members.
25         Can you explain what your

Page 40

1  understanding is of the self-funded plans?
2      A     It's really just a different financial
3  sort of -- of an arrangement, in that -- so, for
4  example, when a claim is paid, they actually pay it.
5  So we pay it, but they pay us for it. Whereas in a
6  fully-insured plan, we pay it, and any risk is
7  offset by the premium that the organization
8  provides.
9      Q     Okay. So you used the word "they" a
10  few times in that answer, so just so the record is
11  clear, who are you referring to?
12     A     "They" would be the client, so
13  whatever the -- the group health plan is.
14     Q     Okay. So in terms of the actual
15  process of a claims process for a prescription drug,
16  can you explain what that would look like from the
17  point of sale to payment by the employer or plan
18  sponsor?
19     A     Sure. So in a -- in a --
20         THE COURT REPORTER: Was there an
21  objection? I'm sorry. Was there an objection?
22         MR. WHORTON: Vague.
23         THE COURT REPORTER: Thank you.
24         THE WITNESS: Is that for an AFO
25  client prescription plan?

Page 41

1  BY MS. ANDRAS:
2      Q     Yes.
3      A     Okay. Yes. So at point of sale,
4  member goes to the pharmacy. The pharmacy sells the
5  drug. The claim is actually sent to
6  Express Scripts. Express Scripts pays it.
7  Express Scripts bills us on a weekly basis. We pay
8  Express Scripts, and then the ASO client, we -- we
9  pass the invoice to the ASO client to reimburse us.
10     Q     So Emblem actually makes the payment
11  to Express Scripts prior to receiving the payment
12  from the actual plan sponsor on those claims?
13     A     That's my understanding.
14     Q     Okay. And for the ASO services, do --
15  are those limited to a particular line of business?
16     A     They're in our commercial book only.
17     Q     Okay. Has that always been true?
18     A     To the best of my knowledge, yes.
19     Q     Okay. So to the best of your
20  knowledge, none of the Medicare plans that Emblem or
21  ConnectiCare offered have involved self-funded
22  plans?
23     A     That's my understanding.
24     Q     Okay. So as opposed to the
25  self-funded plans, the corollary of that is the

11 (Pages 38 - 41)

CONFIDENTIAL

Page 42

1  fully insured plans, correct?
2      A      Correct.
3      Q      And can you explain what your
4  understanding is of a fully insured plan?
5      A      Yes.  So essentially, Emblem takes a
6  financial risk.  There is a premium that is
7  calculated that is to mitigate that risk, and we
8  receive premium payments from the entity.  And we
9  process claims, and we pay for those claims.
10     Q      Is it possible to have an ASO
11  arrangement for a fully insured plan?
12     A      No, I don't think so.
13     Q      Approximately how many members does
14  Emblem serve across all of its lines of business?
15     A      I think about 3 million.
16     Q      A lot of people.
17             How many are -- of those are
18  individual or family plans?
19     A      Don't know.
20     Q      Okay.  Do you know how -- what
21  percentage or how many of those people are in fully
22  insured groups?
23     A      I don't.
24     Q      Do you know how many are in
25  self-funded groups?

Page 43

1      A      No.
2      Q      Do you know how many Medicare members?
3  ████  █████████████████
4  █████████
5      Q      And that's across all lines of
6  business?
7      A      Across all Medicare lines, yes.
8      Q      Okay.  Has that number changed over
9  time?
10     A      Stayed about the same.
11     Q      And is that just about the same since
12  you joined Emblem, or do you have knowledge about
13  the membership prior to your joining Emblem in 2018?
14     A      I do not have knowledge prior to.
15     Q      Okay.  For employer sponsored groups,
16  according to ConnectiCare's website they offer
17  health insurance plans for three different types of
18  funding arrangements, which includes fixed funding
19  solutions, level-funded plans, fully-insured plans
20  and the ASO arrangements; is that right?
21     A      I am not really familiar with that,
22  no.
23     Q      Okay.  We just discussed fully-insured
24  plans and the ASO arrangements, correct?
25     A      Yes, uh-huh.

Page 44

1      Q      What's a fixed funding solution plan?
2      A      I don't know.
3      Q      Okay.  Are you familiar with the
4  Connecticut Business and Industry Association plan?
5      A      I believe we have referred to them as
6  CBIA.  I don't know any detail --
7             THE COURT REPORTER:  I'm sorry.  You
8      don't know what?
9             THE WITNESS:  Any detail associated
10     with them.
11  BY MS. ANDRAS:
12     Q      Okay.  So you aren't aware of whether
13  they are one of the fixed funding solution plans?
14     A      I don't know.
15     Q      Do all of the health insurance plans
16  offered by Emblem include prescription drug
17  coverage?
18     A      No.
19     Q      Which ones do not include prescription
20  drug coverage?
21     A      We have a -- City of New York has some
22  areas where they do not have prescription drug
23  coverage, I believe.
24     Q      And the City of New York would be one
25  of the commercial lines?

Page 45

1      A      Yes.
2      Q      Okay.  Do you -- does Emblem offer any
3  Part A -- Medicare Part A and Part B Plan only?
4      A      Yes, we have a Part B only.
5      Q      Do you know what that line of business
6  or plan would be called?
7      A      No.  I think we call it Medicare
8  Part B only.
9      Q      Okay.  And approximately -- when you
10  give the number of members for Emblem, does that
11  include the number of members that ConnectiCare
12  serves?
13     A      Yes.
14     Q      Do you know how many members only
15  ConnectiCare serves?
16     A      For all lines of business?
17     Q      Yes.
18     A      Roughly 500,000.
19     Q      And how many of those numbers fall
20  under the Medicare plan?
21     A      About 50,000.
22     Q      Has that changed over time?
23     A      Yes, the D-SNP plan has grown.
24             THE COURT REPORTER:  The what plan?
25             THE WITNESS:  D-SNP, dual special

12 (Pages 42 - 45)

CONFIDENTIAL

Page 46

1    needs plan.
2    BY MS. ANDRAS:
3        Q    Can you explain what the D-SNP plan
4    is?
5            MR. WHORTON: Objection, scope.
6            THE WITNESS: D-SNP is members who are
7    both Medicare and Medicaid eligible, and they
8    are generally --
9            THE COURT REPORTER: And they're
10    generally what?
11            THE WITNESS: Sicker than the general
12    population, so special needs.
13    BY MS. ANDRAS:
14        Q    Is the Medicare reimbursement or
15    subsidies higher for the special needs plan than a
16    typical Medicare plan?
17            MR. WHORTON: Object to form.
18            THE WITNESS: I don't know.
19    BY MS. ANDRAS:
20        Q    Going back to the topic of the process
21    for the self-insured plans, for those plans, how
22    often does Emblem or ConnectiCare invoice for
23    payments that they have made on behalf of those
24    members?
25        A    I don't know.

Page 47

1        Q    Okay. So Express Scripts will invoice
2    Emblem weekly for those claims, though, correct?
3        A    Correct. Correct.
4        Q    You don't know what the payment terms
5    are in terms of timing and invoicing on your end?
6        A    I imagine it's based upon how the
7    client contracted with Emblem. I don't have that
8    detail.
9        Q    Okay. Is that something that's
10    variable, then, across the particular agreements
11    with the PBM?
12        A    I don't know. Well, no. We have the
13    agreement with the PBM. So we -- we are billed
14    weekly. That I can speak to. I can't speak to --
15    you're asking about the ASO plans. I can't speak to
16    how we bill them. I don't know.
17        Q    Okay. Under the self-insured plans,
18    Emblem and ConnectiCare is not actually incurring
19    any costs for the payments of those prescriptions,
20    correct?
21        A    I don't -- I'm not an insurance
22    expert, I'm a pharmacy expert.
23        Q    Okay. So you don't have an
24    understanding of whether the entire prescription
25    costs that Emblem or ConnectiCare is charged, is

Page 48

1    that passed onto the plan sponsor to pay in a
2    fully-insured plan?
3        A    I can't say with confidence, no.
4        Q    I meant a self-funded plan.
5        A    I can't say with confidence.
6        Q    Okay. Does Emblem receive direct
7    subsidies from Medicare for the beneficiaries of the
8    Part D plans?
9            MR. WHORTON: Object to form.
10            THE WITNESS: In some cases, yes.
11    BY MS. ANDRAS:
12        Q    Can you explain that a little more?
13        A    So a low-income member would get
14    direct subsidies from CMS to offset the premium.
15        Q    Is that premium received on a monthly
16    basis?
17        A    I don't know the schedule.
18        Q    Is that premium -- or is that subsidy
19    tied to actual claims, or is it paid ahead of time?
20        A    That is paid -- it is not tied to
21    claims. I don't know the timing of the payment.
22        Q    And what's your understanding of how
23    that amount of the subsidy is calculated?
24        A    Per individual or per claim?
25        Q    Either, if it's different.

Page 49

1        A    I don't know the formula CMS uses on
2    its per individual basis. I do know on a per claim
3    basis that the -- the PDE, the PDE drug event,
4    is reimbursed at varying levels from CML.
5        Q    Okay. And I guess -- I want to make
6    sure we have our terminology straight here.
7            When we're talking about a subsidy,
8    that's something that I'm referring to as being paid
9    ahead of time. It's not tied to claims.
10        A    Okay.
11        Q    And you just used the term
12    "reimbursement." So I just want to make sure we're
13    being clear. When I -- when I hear you say the word
14    "reimbursement," that makes me think a payment has
15    been made -- and there's a payment made to reimburse
16    the amount, after the fact, that's already made?
17        A    Yes.
18        Q    Does that make sense?
19        A    Yes.
20        Q    So when we're talking about the
21    low-income member payments from the government, is
22    that a subsidy or a reimbursement?
23        A    It's both.
24        Q    Both. Okay.
25            And you also used the term "PDE"?

13 (Pages 46 - 49)

CONFIDENTIAL

Page 50

1    A    Uh-huh.
2    Q    What -- what is that term?  Is that a
3  term of art used in industry?
4    A    Yes.  It's a prescription drug event.
5  It is essentially the record of a claim that was
6  paid that is submitted to CMS.
7        THE COURT REPORTER:  CML?
8        THE WITNESS:  PDE, prescription drug
9    event, and CMS, Centers for Medicare and
10   Medicaid Services.
11       THE COURT REPORTER:  Just for clarity,
12   C as in cat, M as in Mike, L as in Larry?
13       THE WITNESS:  S as in Samantha.
14   MS. ANDRAS:  M as in Marie.
15       THE WITNESS:  Right.
16   MS. ANDRAS:  CMS.
17       THE WITNESS:  So Centers for Medicare
18   and Medicare Services is what it stands for.
19       THE COURT REPORTER:  Thank you.
20  BY MS. ANDRAS:
21    Q    Are the subsidies and reimbursements
22  from the government for Medicare intended to cover a
23  large portion of prescription drug costs?
24       MR. WHORTON:  Object to form.
25       THE WITNESS:  Define "large."

Page 51

1  BY MS. ANDRAS:
2    Q    Are they intended to cover any
3  proportion, I guess, of prescription drug costs?
4    A    Yes.
5    Q    And do you have an understanding of
6  what percentage or amounts that they cover?
7    A    It varies.
8    Q    It varies depending upon which
9  factors?
10   A    The state of the benefit that the
11  claim is processed in, the low-income status
12  member -- low-income status of the member, existence
13  of other payers on the claim, the types of other
14  payers on the claim.  There's a lot of variation.
15   Q    What other payers would be paid on a
16  claim?
17   A    If you have a commercial plan, if you
18  have a state-funded plan.  So, like, for instance,
19  in New York, there's a plan called Epic, and you can
20  get supplemental support if you're -- if you qualify
21  for Epic.  And if we process a claim, and your
22  primary is Emblem, and then you've got a -- it's not
23  really a secondary payer.  It's a supplemental
24  payer.  With Epic, we process a claim first through
25  Emblem, and then a portion of it goes to Epic as

Page 52

1  well.  It reduces the number of the cost share.
2    Q    Okay.  So the other type of payer
3  would be a party or a plan separate from Emblem?
4    A    Yes.
5    Q    Okay.  So it could be up to, you know,
6  at least, you know, three:  From the government,
7  Emblem, and then if there's supplemental coverage,
8  three different payers associated with any
9  particular claim?
10   A    There could be.
11   Q    And is that something that you see
12  typically across Medicare plans?
13       MR. WHORTON:  Object to form.
14       THE WITNESS:  It does happen in
15   Medicare.  Three is not typical.
16  BY MS. ANDRAS:
17   Q    Okay.  But it's possible, correct?
18   A    It is possible, uh-huh.
19   Q    And you also mentioned that the amount
20  that the government covers for -- or portion of the
21  prescription drug cost varies depending on the stage
22  of coverage; is that right?
23   A    Correct.
24   Q    Can you explain the various stages of
25  Medicare coverage?

Page 53

1    A    Sure.  There's the deductible stage
2  where the member pays 100 percent of everything.
3  Then there is the initial coverage stage where, you
4  know -- in a -- in a standard plan, the member is
5  paying 25 percent.  In a nonstandard plan, it's
6  usually co-pay which is our how our plans are set
7  up.  Then there is the coverage gap, which has
8  recently been closed and is now 25 percent for
9  both --
10       THE COURT REPORTER:  For both what?
11       THE WITNESS:  Brand and generic drugs
12   in the coverage gap, they are both 25 percent.
13   And there's a catastrophic stage, which is the
14   greater of a flat co-pay or 5 percent of the
15   claim.
16  BY MS. ANDRAS:
17   Q    Okay.  Let's unpack that a little bit.
18  When you're talking about the first initial coverage
19  stage, the deductible stage, that's when members pay
20  100 percent, correct?
21   A    Correct.
22   Q    And that's to a certain deductible
23  amount?
24   A    Yes.
25   Q    Are there -- for Emblem or

14 (Pages 50 - 53)

CONFIDENTIAL

Page 54

1  ConnectiCare's plans, do they have -- do they offer
2  plans where there's no deductible at the initial
3  coverage stage?
4         MR. WHORTON: Object to form.
5         THE WITNESS: I believe so.
6  BY MS. ANDRAS:
7      Q    Do they also offer plans that do have
8  a deductible in the initial coverage stage?
9      A    Yes.
10     Q    Are there variants as to the amount of
11 the deductibles in the initial coverage stage when
12 there is a deductible requirement?
13     A    Yes.
14     Q    For the second stage that is the --
15 the initial coverage -- or what would you call the
16 second stage again?
17     A    Initial coverage. The first stage is
18 deductible.
19     Q    Okay. And then you talked about the
20 standard and nonstandard co-pays or structure?
21     A    Right.
22     Q    Can you explain that a little bit
23 more?
24     A    Sure. The CMS defines "standard" as a
25 25 percent cost share. An MA plan does not need

Page 55

1  to -- or a PDP for that matter, you can be an
2  alternative equivalent plan, and you can have a
3  co-pay structure. And we generally have co-pay
4  structures.
5      Q    So the 25 percent, that is talking
6  about the member's share of the cost, correct?
7      A    Correct.
8      Q    Okay. So the other 75 percent in the
9  initial coverage phase would be covered by Emblem or
10 by Medicare?
11     A    By Emblem.
12     Q    Okay. Unless it was a self-funded
13 plan, then that would be covered by the plan
14 sponsor, correct?
15     A    We don't have any self-funded
16 Medicare.
17     Q    Okay. But are you aware of whether
18 other insurance companies or other plans might offer
19 that type of plan?
20     A    In Medicare? No, I don't know.
21     Q    Okay. And for -- you know, you said
22 that Emblem uses the nonstandard, which has a
23 co-pay; is that right?
24     A    Yes.
25     Q    And generally, what are those co-pays?

Page 56

1      A    Oh, they vary. And I don't have them
2  in my head.
3      Q    Does it -- does it vary within each
4  plan, or does it vary depending on drug price?
5      A    Not drug price, no. It varies by
6  plan.
7      Q    Okay. So I ask that because the --
8  the variation on drug price would be a co-insurance
9  term, is that right, as a percentage of?
10     A    Well, yeah. So you'd have a
11 standard -- you would have a defined percentage for
12 cost share, right, and the amount that the member
13 would pay is based upon the price of the drug.
14     Q    So when you say "co-pay," do you mean
15 like a flat co-pay, an amount that's set, or do you
16 mean co-insurance as well?
17     A    No. I mean co-pay, flat amount.
18     Q    Okay. And for this coverage phase,
19 does Emblem or ConnectiCare offer any plans where
20 there's a co-insurance structure in the initial
21 coverage phase?
22     A    I don't believe so.
23     Q    All right. The next phase is the
24 coverage gap, correct?
25     A    Correct.

Page 57

1      Q    And is it correct that once there's a
2  total threshold of out-of-pocket spent, the member
3  reaches the coverage gap?
4      A    There is a threshold that they need to
5  hit, and that threshold changes every year.
6      Q    And once they reach that coverage gap,
7  they have to pay what, 25 percent of any brand or
8  generic drugs; is that right?
9      A    Correct. So in effect, in a, you
10 know, CMS standard plan, the initial coverage stage
11 and the coverage gap are one and the same now. And
12 we refer to that as, you know, the coverage gap has
13 been closed because the member is paying 25 percent.
14     Q    Until 2018 there was still a coverage
15 gap, correct?
16     A    Sounds about right. I don't remember
17 which year it finally closed.
18     Q    And once you get to the catastrophic
19 phase, how does a member reach the quote/unquote
20 catastrophic phase of coverage?
21     A    They have to hit a certain amount of
22 out-of-pocket expenses. It's called TROOP, true
23 out-of-pocket expenses.
24        THE COURT REPORTER: T-R-I-P?
25        THE WITNESS: T-R-O-O-P.

15 (Pages 54 - 57)

CONFIDENTIAL

Page 58

1          THE COURT REPORTER: Thank you.
2    BY MS. ANDRAS:
3          Q       Once they hit TROOP, what's the cost
4    sharing arrangement?
5          A       It is the greater of 5 percent of the
6    cost of the drug or a flat co-pay as defined by CMS,
7    which changes every year.
8          Q       In terms of what Emblem or
9    ConnectiCare share of these costs at each of these
10   phases, their cost changes because the member's
11   responsibility percentage of the co-pay also changes
12   during -- depending on the phase of coverage they're
13   in; is that right?
14         A       Correct.
15         Q       Are the prices that Emblem pays to its
16   PBM for a particular drug constant across all
17   phases, or is there variability in the prices
18   charged depending on the coverage phase?
19         A       The -- no, it does not -- it is not
20   affected by the coverage phase for that plan.
21         Q       Okay. So if -- if your PBM is
22   charging you $100 for a particular drug, it costs
23   $100 to Emblem no matter what phase the member is
24   in, correct?
25         A       Correct.

Page 59

1          Q       But Emblem may be paying less out of
2    pocket depending on the cost-sharing arrangement
3    with the -- with the member, right?
4          A       Correct.
5          Q       Does the portion that the government
6    kicks in from Medicare and their reimbursement rate
7    change depending on which phase of coverage the
8    member is in?
9          A       Yes.
10         Q       And is that done on a claims level?
11         A       Yes.
12         Q       What is the process of that -- that
13   true up or the accounting for that?
14         MR. WHORTON: Object to form.
15         THE WITNESS: It's -- it's called the
16   prescription drug event. So there's
17   essentially a report that goes to CMS every
18   other week that informs CMS of each claim that
19   was processed and does a bunch of very
20   complicated calculations. And CMS then either
21   accepts that data or not. And if they accept
22   it, there is a reimbursement up to whatever,
23   you know, regulatory allowed amount back to the
24   plan.
25

Page 60

1    BY MS. ANDRAS:
2          Q       And is that referred to as a rebate in
3    Medicare terms?
4          A       No. No.
5          Q       Is there another term that you use to
6    talk about that -- what that payment is?
7          A       I just think of it as a reimbursement
8    from CMS.
9          Q       Okay. And I think you said you
10   weren't familiar with how often that happens,
11   correct?
12         A       I -- I know that we submit the PDE to
13   CMS every other week.
14         Q       Okay. And that is submitted on a
15   claims level?
16         A       Yes.
17         Q       Is Medicare's determination of whether
18   they accept that for reimbursement or not done on a
19   claims level as well?
20         A       Correct.
21         Q       Okay. Do you know if when they make
22   the payments, the reimbursements to Emblem or
23   ConnectiCare, if those payments are allocated or
24   accounted for in a claims level?
25         MR. WHORTON: Object to form.

Page 61

1          THE WITNESS: I don't know.
2    BY MS. ANDRAS:
3          Q       You just don't know if it's just paid
4    in a lump sum?
5          A       No.
6          Q       Okay. Do you know if anybody at
7    Emblem or ConnectiCare attempts to track on a claims
8    level the Medicare reimbursements or rebates that
9    are maybe applied?
10         MR. WHORTON: Object to the form.
11         THE WITNESS: I know. You know, our
12   actuary and our finance team tracks these
13   things.
14   BY MS. ANDRAS:
15         Q       Is that a shared service, the finance
16   team, between Emblem and ConnectiCare?
17         A       I'm sorry. You broke up a bit. Could
18   you say that again?
19         Q       Is that a shared service between
20   Emblem and ConnectiCare, the finance team?
21         A       Yes.
22         Q       And who is the head of the finance
23   team?
24         A       Heather Tamborino, our CFO.
25         Q       Okay. Does Emblem develop its annual

16 (Pages 58 - 61)

CONFIDENTIAL

Page 62

1  Medicare bids based on estimates of its future
2  prescription drug spending?
3     A    I know prescription drug spending
4  plays into the valuation of the bid.
5     Q    Are you involved in that process of
6  preparing the bids on an annual basis?
7     A    No.
8     Q    Were you involved at that process when
9  you were at Express Scripts?
10    A    No.
11    Q    Is it fair to say that Medicare
12 payments cover at least some portion of a cost of
13 prescriptions of valsartan-containing drugs?
14        MR. WHORTON:  Objection, form, vague.
15        THE WITNESS:  Can you say that again?
16 BY MS. ANDRAS:
17    Q    Is it fair to say that Medicare covers
18 at least some portion of the cost that Emblem or
19 ConnectiCare pay for prescriptions of
20 valsartan-containing drugs?
21        MR. WHORTON:  Same objection.
22        THE WITNESS:  If CMS accepted the PDE,
23    there was some level of reimbursement, yes.
24 BY MS. ANDRAS:
25    Q    Okay.  Does Emblem have its own plan

Page 63

1  for its employees?
2     A    Yes.
3     Q    Does it administer its own plan,
4  including claims processing?
5     A    Yes.
6     Q    And what about ConnectiCare?
7     A    The same.
8     Q    It has its own plan, or is it rolled
9  up into an Emblem plan?
10    A    There's a couple of different plans
11 employees can choose from.  So, I mean, I'm one
12 person.  I can choose a ConnectiCare plan if that
13 suits me and vice versa.
14    Q    Okay.  Do you have to be a resident of
15 Connecticut to enroll in ConnectiCare?
16    A    No, I don't think so.
17    Q    Okay.  And in terms of the different
18 lines of business, is Emblem's own plan considered
19 part of the commercial line, or where would that
20 fall, I guess in the --
21    A    The Emblem plan is commercial.  The
22 Connecticut plan would be commercial as well.
23    Q    Okay.  And are those claims processed
24 through an entity called Emblem Health Services Co
25 LLC?

Page 64

1        MR. WHORTON:  Objection to the scope.
2        THE WITNESS:  I don't know.
3  BY MS. ANDRAS:
4     Q    Are you familiar with the name of that
5  entity?
6     A    No.
7     Q    Do either Emblem or ConnectiCare have
8  any contracts or agreements with any third-party
9  entities relating to the administration of its
10 plans?
11        MR. WHORTON:  Object to the scope.
12        THE WITNESS:  Meaning like the PBM
13    that processes our prescription drug claim?
14 BY MS. ANDRAS:
15    Q    I guess outside of the PBM, like a
16 third-party claims administrator, for example?
17    A    Not that I know of, no.
18    Q    All that is done in-house?
19    A    I -- I don't know.
20    Q    Okay.  Are all of Emblem's -- and I
21 mean Emblem specifically here, not the whole
22 umbrella.  Are all Emblem customers residents of
23 New York?
24        MR. WHORTON:  Objection, vague.
25        THE WITNESS:  No, probably not.

Page 65

1  BY MS. ANDRAS:
2     Q    Okay.  Similarly, are all of
3  ConnectiCare's members residents of Connecticut?
4     A    No.
5        MS. ANDRAS:  We have been going a
6     little bit over an hour now.  This is a good
7     time, before we get into the next set of
8     documents, to take a short break if that works.
9        THE WITNESS:  That's great.
10        MS. ANDRAS:  Let's take a five-minute
11    break.  Does that work for everybody?
12        MR. WHORTON:  Yes.
13        THE VIDEOGRAPHER:  The time is now
14    10:11.  This ends media unit number 1.  We're
15    going off the record.
16        (Whereupon, a short break was taken.)
17        THE VIDEOGRAPHER:  The time is now
18    10:22.  This begins media unit number 2.  We're
19    back on the record.
20 BY MS. ANDRAS:
21    Q    All right, Ms. Finn.  We're going to
22 continue talking about some of the different plans
23 and lines of business offered by Emblem and
24 ConnectiCare.
25        We were given a bunch of documents

17 (Pages 62 - 65)

CONFIDENTIAL

Page 66

1  that were produced in this litigation with an
2  Emblem Bates stamp. And so some of these, I'm just
3  trying to understand, you know, how this fits into
4  the overall structure of plans that are offered. So
5  bear with me here.
6          MS. ANDRAS: Let me share my screen.
7  I'm showing you a document that I have marked
8  as Exhibit 2. And just for the benefit of the
9  record, this document was produced with the
10  Bates Number MSP Emblem 00-5735 and was
11  designated as confidential.
12          (Wherefore, Exhibit 2 was marked for
13  Identification.)
14  BY MS. ANDRAS:
15     Q     Are you familiar with this document?
16     A     No, I'm not. This is not an
17  Emblem plan.
18     Q     Okay. So the Empire plan is not
19  affiliated with Emblem or ConnectiCare at all?
20     A     No. It's an Anthem plan.
21     Q     It's an Anthem plan.
22          Do you have any reason to know why
23  this document would be in Emblem's possession?
24     A     In where?
25     Q     In Emblem's possession?

Page 67

1     A     We do have a relationship with NYSHIP.
2  I am not familiar with this plan though.
3     Q     Okay.
4          THE COURT REPORTER: NYSHA?
5          THE WITNESS: New York State Health
6  Insurance Program.
7          THE COURT REPORTER: N-Y-S-H-A?
8          THE WITNESS: S-H-I-P.
9  BY MS. ANDRAS:
10     Q     I was also confused when I saw that,
11  and I didn't know how that fit into the whole
12  structure. So that answers my question. Skip a
13  bunch of questions on that. Great. All right.
14          MS. ANDRAS: I now have up on a screen
15  a document I marked as deposition Exhibit 3,
16  and this document was produced bearing the
17  Bates Number MSP Emblem 042297, and it was
18  designated as confidential.
19          (Wherefore, Exhibit 3 was marked for
20  Identification.)
21  BY MS. ANDRAS:
22     Q     I'm going to try to zoom in here so
23  you can see it a little better. Okay. I don't know
24  if this is helpful at all. Are you able to view
25  this document? Can you read it?

Page 68

1     A     It was a little better before you did
2  what you just did.
3          MR. WHORTON: I'm having trouble.
4          THE WITNESS: There, that I can read.
5          MS. ANDRAS: And I'm going to scroll
6  over a little bit.
7  BY MS. ANDRAS:
8     Q     Are you familiar with this document?
9     A     I can't say I have seen it before, no.

Page 69



Veritext Legal Solutions

800-227-8440                                      973-410-4040

CONFIDENTIAL



Veritext Legal Solutions

800-227-8440                                                                973-410-4040

CONFIDENTIAL



Page 74

Page 76

23        MR. WHORTON:  Counsel, I believe
24    Ms. Finn froze.  Do you want to go off the
25    record?

Page 75

Page 77

1        MS. ANDRAS:  Yeah, let's go off the
2    record.
3        THE VIDEOGRAPHER:  The time is now
4    10:36.  We're going off the record.
5        (Whereupon, a short break was taken.)
6        THE VIDEOGRAPHER:  The time is now
7    10:40.  We're back on the record.
8  BY MS. ANDRAS:

CONFIDENTIAL



Page 78

Page 80

Page 79

Page 81

20          MS. ANDRAS:  You're frozen again.
21    Let's give her a few seconds before we go off
22    the record.
23          MR. WHORTON:  The joy of virtual
24    depositions.
25          MS. ANDRAS:  Can we go off the record

21 (Pages 78 - 81)

CONFIDENTIAL



Page 82

1    again?
2           THE VIDEOGRAPHER:  Sure.  The time is
3    now 10:45.  We're going off the record.
4           (Whereupon, a short break was taken.)
5           MR. DORNER:  Jamie, can we get a rough
6    for this transcript?  This is Duane Morris.
7           THE COURT REPORTER:  Yes.
8           MS. ANDRAS:  And we would like one
9    too.
10          THE COURT REPORTER:  Okay.
11          THE VIDEOGRAPHER:  The time is now
12    10:54.  We're back on the record.
13    BY MS. ANDRAS:
14    Q      Ms. Finn, so do you have Exhibit 3
15    open in front of you if I don't have my screen share
16    on.
17    A      I do have it open, yes.
18    Q      Okay, great.  Because I'm going to
19    keep it -- I'm not going to share my screen when we
20    talk about this document, then, just so it doesn't
21    crash.

Page 83

Page 84

Page 85

Veritext Legal Solutions

CONFIDENTIAL



Veritext Legal Solutions

800-227-8440                                                                 973-410-4040

CONFIDENTIAL



Veritext Legal Solutions

800-227-8440                                                                  973-410-4040

CONFIDENTIAL



Veritext Legal Solutions

CONFIDENTIAL



Page 98

Page 100

Page 99

Page 101

12          MS. ANDRAS:  All right.  I am going to
13   mark another exhibit and hope that the computer
14   does not crash when I do this, so one second.
15   I think it is marked.
16          It's actually a native Excel file, so
17   instead of sharing my screen as soon as this
18   uploads, if you could go to your Exhibit Share
19   and open this document.  It's Exhibit 4.
20          (Whereupon, Exhibit 4 was marked for
21   Identification.)
22   BY MS. ANDRAS:
23   Q     Just let me know when you have that
24   open.
25   A     All right.  I'm just refreshing it.

26 (Pages 98 - 101)

CONFIDENTIAL



1    It's slow.  There we go.  I have got it open.

Veritext Legal Solutions

800-227-8440                                                                      973-410-4040

CONFIDENTIAL



Veritext Legal Solutions

800-227-8440                                                                    973-410-4040

CONFIDENTIAL



Veritext Legal Solutions

800-227-8440                                                                 973-410-4040

CONFIDENTIAL



Page 114

14    MS. ANDRAS:  This is a good time to
15  take a some-minute break before I switch a
16  little bit here.  Actually, let me finish one
17  more line of questioning.  Then we'll take a
18  short break if that works.
19        Let me introduce another exhibit, so
20  just give me a second.
21        MR. KNEPPER:  Tiffany, I -- just for
22  the record, I can't tell if that native form of
23  Exhibit 4 was produced confidential, and I'm
24  not familiar with it.  So I would like to just
25  say for the record on behalf of Express Scripts

Page 115

1    for now to designate that as confidential.
2        Charlie, you and I can talk offline if
3  we want to about how it was produced.
4        I just wanted to put that on the
5  record.  It may be covered by a confidentiality
6  provision, so just normal confidential.
7        MS. ANDRAS:  Yeah.  I think we might
8  have to look at that after because mostly, I
9  kept the confidential designations on the file
10  name that came with it.  And I don't believe
11  that one had one, but we can work that out
12  afterwards.
13        Okay.  I have marked another exhibit
14  in Exhibit Share if we can go ahead and pull up
15  what I have marked as Exhibit 5.
16        (Whereupon, Exhibit 5 was marked for
17  Identification.)
18  BY MS. ANDRAS:
19  Q    Just let me know when you have that
20  document open.
21  A    Okay.  I have it.
22  Q    Okay.  So for the record, the document
23  that I have marked as deposition Exhibit 5 was

Page 116

Page 117

Veritext Legal Solutions
800-227-8440                                                973-410-4040

CONFIDENTIAL



Veritext Legal Solutions

CONFIDENTIAL



Page 122

Page 123

Page 124

14    MS. ANDRAS:  Okay.  We'll get into the
15    recall and pricing a little bit later.  But I'm
16    actually at a good stopping point.  Do we want
17    to take a short break, or do you want to take
18    lunch break now?
19        THE WITNESS:  I have a 12 o'clock
20    meeting, so if we could actually take a lunch
21    break now, that would be -- I could be very
22    productive.
23        MS. ANDRAS:  Okay.  How long do you
24    need for that?
25        THE WITNESS:  Could we come back at

Page 125

1    12:45?  Is that okay?
2        MS. ANDRAS:  That works for me.
3        THE COURT REPORTER:  Why don't we go
4    off the record?
5        MS. ANDRAS:  Sorry.
6        THE VIDEOGRAPHER:  The time is now
7    11:49.  This ends media unit number 2.  We're
8    going off the record.
9        (Whereupon, a lunch recess was taken.)
10        THE VIDEOGRAPHER:  The time is now
11    12:50.  This begins media unit number 3.  We're
12    back on the record.
13  BY MS. ANDRAS:
14    Q    Hello, Ms. Finn, how are you doing?
15    Can you hear me okay?
16    A    Yup.
17    Q    Okay.  I have put a couple more
18    exhibits in the Exhibit Share -- marked exhibit
19    folder, so if you can go ahead and open what's been
20    marked as deposition Exhibit 6.
21        (Whereupon, Exhibit 6 was marked for
22    Identification.)
23        THE WITNESS:  All right.  I have got
24    it.
25

32 (Pages 122 - 125)

CONFIDENTIAL



CONFIDENTIAL



Veritext Legal Solutions

800-227-8440                                                                    973-410-4040

CONFIDENTIAL



Page 134

Page 135

13    Q        Okay.  You can put this Exhibit 6 away
14   for a second, and if you can pull up Exhibit 7.
15           (Whereupon, Exhibit 7 was marked for
16      Identification.)
17   BY MS. ANDRAS:
18    Q        Were you able to pull that up?
19    A     Yes.
20    Q        All right.  And for the record, this
21   Exhibit 7 is a document that was produced with Bates
22   Label MSP-Emblem-040377, and this is -- appears to

Page 136

Page 137

Veritext Legal Solutions

0

CONFIDENTIAL



Page 142 / Page 143 / Page 144

24    BY MS. ANDRAS:
25    Q    Okay.  If you could open what I've put

Page 145

1    in Exhibit Share as Exhibit 8.
2        (Whereupon, Exhibit 8 was marked for
3    Identification.)
4        THE WITNESS:  I have it.
5    BY MS. ANDRAS:
6    Q    Okay.  For the record, deposition
7    Exhibit 8 is identified by Bates Stamp
8    MSP-Emblem-040385.  And this document, I'll
9    represent to you the file name is "MAPD5T Positive
10    Tier Changes 2018."  And I'll also represent to you
11    that the file date and meta data for this document
12    was September 18th of 2017.
13        So given that timing, would it be your
14    understanding that this document would be reflecting
15    changes between tiers for these drugs from the 2017
16    formulary that would be effective in 2018?
17    A    Yes.
18        THE COURT REPORTER:  Is that --
19        THE WITNESS:  Yes.
20    BY MS. ANDRAS:
21    Q    And this type of document, there's no
22    other information about -- other than the MAPD5T as
23    to what plan it pertains to.  So that would be a
24    five-tier Part C plan; is that correct?
25    A    That's how it appears to be, yes.

37 (Pages 142 - 145)

Page 146

1    Q      And does Emblem have more than one
2    5-tier MAPD plan?
3    A      Plan?
4    Q      Or line of business, I suppose.
5    A      Yes.  There's -- in 2018, there was
6    ConnectiCare MAPD and Emblem MAPD.
7    Q      Okay.  And since this, the document
8    name just says MAPD5T, what I'm trying to understand
9    is does this apply to one specific plan for both of
10   the 5-tier Medicare Part C plans?
11   A      It seems to indicate to me that we
12   were -- if we weren't already in 2017, that we were
13   moving towards one formulary for the two plans.
14   Q      Okay.  And if you scroll down to the
15   second page, you can see that there are four entries
16   here for valsartan.  Do you see that?
17   A      Yes.
18   Q      And it indicates that in 2017,
19   valsartan was a tier 2 drug.  It would be moving to
20   a tier 1 in 2018; that is right?
21   A      Yes.
22   Q      And for this type of plan in 2018, a
23   tier 1 was a preferred generic drug, correct?
24   A      Correct.
25   Q      And some of those plans, like for the

Page 147

1    VIP Value and VIP Essentials member that we just
2    reviewed in the compendium exhibit, that means a $0
3    co-pay for valsartan, right?
4    A      At a preferred pharmacy, I think that
5    indicated.  Yes.
6    Q      So that means that Emblem bore the
7    entire cost of those prescriptions?
8    A      That's correct.
9    Q      So if following the recall of
10   valsartan, a member switched to a tier 2 drug as an
11   alternative replacement, which came with a higher
12   co-pay, Emblem's share of that cost would decrease,
13   correct?
14           MR. WHORTON:  Objection, assumes facts
15   not in the record.
16           THE WITNESS:  It depends upon the cost
17   of the drug.
18   BY MS. ANDRAS:
19   Q      My question was about Emblem's share
20   of the cost, not the actual dollar amount.
21           So would you agree that the --
22   Emblem's share of the cost for a tier 2 drug would
23   have decreased in that scenario?
24           MR. WHORTON:  Same objection.
25           THE WITNESS:  I think you have to

Page 148

1    factor in the costs of the drug to know what
2    share of it is, right?  If the co-pay is $10 --
3    I'm making this up, right?  If the co-pay is
4    $10 on tier 2 and $5 on tier 1, but the tier 1
5    drug is a $20 drug and the tier 2 drug is $100
6    drug, it definitely increases.  But if you
7    reverse that, right, it wouldn't.  I think you
8    would have to know the price of the drug.
9    BY MS. ANDRAS:
10   Q      But if we're talking about a $0 co-pay
11   for valsartan as a --
12   A      At a $0, then, yes, presumably the
13   tier 2 drug is more expensive, yes.  And it becomes
14   100 percent if the -- if the co-pay is $0.
15   Q      Right.  The only way it can go, you
16   know, from -- the only way to go from 100 percent of
17   Emblem covering it is decreasing the share, right?
18   A      Correct.
19   Q      Do you know why valsartan was changed
20   to from tier 2 to tier 1 in 2018?
21   A      I don't.
22   Q      Could it have had to with the cost?
23   A      It could.
24   Q      Are you aware of any studies or
25   anything that affected the factors such as efficacy

Page 149

1    that would have impacted a decision to change it to
2    a tier 1 versus a tier 2?
3    A      I am not.
4    Q      So Emblem and ConnectiCare's
5    comprehensive formularies for Medicare also contain
6    restrictions for utilization management that we
7    discussed earlier, correct?
8    A      Often?  I don't know that I can say
9    often, but it does contain restrictions for
10   utilization management.
11   Q      Do you know what the specific step
12   therapy requirements are for patients who are
13   looking to take Diovan?
14   A      I don't offhand, no.
15   Q      Does Emblem or ConnectiCare consider
16   ACE inhibitors as a drug category to be a suitable
17   alternative class of drugs to ARBs?
18           MR. WHORTON:  Object to form, vague.
19           THE COURT REPORTER:  You broke up on
20   that question.
21           MS. ANDRAS:  Okay.  I'll repeat it.
22   BY MS. ANDRAS:
23   Q      The question was, does Emblem or
24   ConnectiCare consider ACE inhibitors to be suitable
25   alternative drugs to ARBs?

38 (Pages 146 - 149)

CONFIDENTIAL

Page 150

1    A      Emblem considers both classes of drugs
2  to be suitable. It's up to the physician to
3  determine which is the best for that particular
4  patient. And we will dispense and process what that
5  provider has requested, providing that the member
6  meets the criteria.
7    Q      Is Express Scripts responsible for
8  enforcing any of the step therapy or other
9  utilization management restrictions?
10        MR. WHORTON: Object to form.
11        THE WITNESS: Express Scripts, at the
12    point of sale, if there's a prior authorization
13    rule on the drug and the member does not have a
14    prior authorization on file for that drug, it
15    will reject the claim requesting prior
16    authorization to be conducted first. So they
17    are responsible for enforcing at the point of
18    sale based upon the information available to
19    them in making that right determination.
20  BY MS. ANDRAS:
21    Q      Is Emblem or ConnectiCare able to
22  exercise any discretion in how Express Scripts
23  enforced these types of restrictions?
24        MR. WHORTON: Object to form, vague.
25        THE WITNESS: I don't understand the

Page 151

1    question.
2  BY MS. ANDRAS:
3    Q      Let me ask it, I guess, in context.
4        So when valsartan was recalled in July
5  of 2018, if a member showed up to the pharmacy and
6  wanted to take Diovan at that point, and Emblem was
7  aware that there was a recall happening, could
8  Emblem reach out to have some kind of discretion to
9  say it was okay to fill Diovan as a brand name
10  alternative as opposed to making a member get a new
11  drug prescription?
12        MR. WHORTON: Objection, lacks
13    foundation, assumes facts not in the evidence,
14    object to form.
15        THE WITNESS: The pharmacist needs to
16    follow pharmacy practice regulations, and they
17    cannot change a prescription because a member
18    requests it. Only the doctor can actually
19    change the prescription.
20  BY MS. ANDRAS:
21    Q      Right. But many times, doctors write
22  the prescription for the brand name drug and say
23  that it's okay to fill with a generic, correct?
24    A      Yes.
25    Q      That happens quite frequently, would

Page 152

1  you agree?
2    A      Yes. It's actually --
3    Q      Yeah. So if the prescription was
4  written for Diovan, but it's typically filled with a
5  generic due to Emblem's step restrictions, in case
6  of a recall or something like -- of that nature,
7  could Emblem say to Express Scripts, you know,
8  override the step restriction and fill as written
9  for the brand name drug?
10    A      Yes.
11        MR. WHORTON: Objection, lacks
12    foundation, outside the scope.
13        THE WITNESS: The answer is yes, but
14    not on an individual case-by-case basis, right?
15  BY MS. ANDRAS:
16    Q      Right.
17    A      We would need to -- and in a recall
18  situation, the pharmacy themselves won't fill a
19  recalled prescription drug. They just won't do
20  that. That's the wrong thing to do.
21        So they will work with the PBM and
22  plan to identify alternatives. So if there is
23  another manufacturer whose drug is same generic
24  drug, has not been recalled, they will likely switch
25  their inventory.

Page 153

1    Q      Okay. So in the case of the valsartan
2  recall, is your understanding that not all of
3  generic valsartan was recalled?
4    A      Yes.
5    Q      And do you have any understanding of
6  what, if any, steps on an aggregate basis that
7  Emblem Health or ConnectiCare took regarding
8  replacement medications for its members following
9  the valsartan recall?
10    A      I know that letters were sent to
11  members and to the prescribers indicating that this
12  member's drug was affected by the actual
13  prescription lot that was used, and encouraged the
14  member to work with to the provider to get a
15  substitute prescription sent to the pharmacy.
16    Q      Okay. One second. On the topic of
17  the recall ethic, we're going to explore this a
18  little more and skip around a little bit.
19        When did Emblem or ConnectiCare learn
20  that valsartan was subject to the recall?
21    A      I believe the first that we learned of
22  it was the day I started at Emblem, July 18th, 2018.
23    Q      And do you know how Emblem or
24  ConnectiCare learned about it?
25    A      Express Scripts.

39 (Pages 150 - 153)

CONFIDENTIAL

Page 154

1    Q    Okay.  And is that one of the
2 documents that you reviewed, I believe you said, in
3 preparing for this deposition?
4    A    Yes.
5    Q    Okay.
6        MS. ANDRAS:  I will mark another
7 exhibit here.  Hold on.
8        Okay.  I've just uploaded a document
9 to Exhibit Share that is marked as
10 deposition Exhibit 9.  And for the record, this
11 document is identified by Bates Label
12 MSP-Emblem-000308.  Let me know when you have
13 it up.
14        (Whereupon, Exhibit 9 was marked for
15 Identification.)
16        THE WITNESS:  I've got it.
17 BY MS. ANDRAS:



Veritext Legal Solutions
800-227-8440                                                973-410-4040

CONFIDENTIAL



Veritext Legal Solutions

800-227-8440                                                                    973-410-4040

CONFIDENTIAL



Page 162

Page 164

Page 163

Page 165

Veritext Legal Solutions

CONFIDENTIAL



43 (Pages 166 - 169)

CONFIDENTIAL



Page 170

Page 172

Page 171

Page 173

16        MS. ANDRAS:  I'm going to go ahead and
17    mark another exhibit.  Just give me a second.
18        I have just uploaded a document that I
19    have marked as deposition Exhibit 10, and for
20    the record, this document is identified by
21    Bates Label MSP-Emblem-000424.  Just let me
22    know when you have this up.
23        (Whereupon, Exhibit 10 was marked for
24    Identification.)
25        THE WITNESS:  I have it.

44 (Pages 170 - 173)

CONFIDENTIAL



Page 174

1   BY MS. ANDRAS:

Page 176

10          MS. ANDRAS:  We have been going a
11  little bit more than an hour.  Can we take a
12  ten-minute break?
13          THE WITNESS:  Sure.
14          THE VIDEOGRAPHER:  The time is now
15  2:03.  We're going off the record.
16          (Whereupon, a short break was taken.)
17          THE VIDEOGRAPHER:  The time is now
18  2:15.  We're back on the record.
19          MS. ANDRAS:  I uploaded a document
20  that I have marked as deposition Exhibit 11
21  into Exhibit Share, if you could please go
22  ahead and pull that up.
23          For the record, this document that I
24  have marked as Exhibit 11 is identified by
25  Bates Label MSP-Emblem-039043.

Page 175

Page 177

1          (Whereupon, Exhibit 11 was marked for
2   Identification.)
3   BY MS. ANDRAS:
4   Q       Let me know when you have it up.
5   A       I finally have it.

Veritext Legal Solutions

800-227-8440                                                      973-410-4040

CONFIDENTIAL



Veritext Legal Solutions



Page 182

Page 184

1    going to take a minute to load.
2         (Whereupon, Exhibit 12 was marked for
3    Identification.)
4    BY MS. ANDRAS:
5         Q      While we're waiting for this, in your
6    role at Emblem, how long have you been involved in
7    the negotiation of the PBM agreement?
8         A      I assisted Jamie in my former role so
9    all three years that I have been here.
10        Q      Okay.  And has Express Scripts been
11   Emblem's PBM for all the lines of business since
12   2012?
13        A      Yes.
14        Q      And that's the same for ConnectiCare?
15        A      I believe so, yes.
16        Q      Okay.  All right.  The exhibit has
17   just uploaded to Exhibit Share, if you can go ahead
18   and pull it up.
19        MS. ANDRAS:  And for the record, I
20   just marked as deposition Exhibit 12 a document
21   identified by Bates Stamp MSP-Emblem-041394.
22   And I will also indicate for purposes of the
23   record that this document has been produced
24   with a restricted confidential information
25   designation, and it contains PBM information.

Page 183

Page 185

1    BY MS. ANDRAS:

23        MS. ANDRAS:  I'm going to pull up one
24   of these agreements.  I think it's the larger
25   document.  It might take us a minute.  This is

Veritext Legal Solutions

800-227-8440                                                973-410-4040

CONFIDENTIAL



Veritext Legal Solutions

CONFIDENTIAL



Veritext Legal Solutions

800-227-8440                                                                973-410-4040

CONFIDENTIAL



Veritext Legal Solutions

CONFIDENTIAL



Veritext Legal Solutions

800-227-8440                                                                973-410-4040

CONFIDENTIAL



Page 202

Page 204

Page 203

Page 205

```
22    Q     Okay.
23          MS. ANDRAS:  Can we go ahead and take
24    a ten-minute break and see what else I have
25    left to cover?  Does that work for everybody?
```

Veritext Legal Solutions

800-227-8440                                        973-410-4040

CONFIDENTIAL

Page 206

1         THE WITNESS:  Sure.
2         THE VIDEOGRAPHER:   the time is now 2:58
3   this ends media unit number 4.  We're going off the
4   record.
5         (Whereupon, a short break was taken.)
6         THE VIDEOGRAPHER:  The time is now
7   3:13.  This begins media unit number 5.  We're
8   back on the record.
9   BY MS. ANDRAS:
10   Q     All right.  Ms. Finn, let's continue.
11        Did Emblem or ConnectiCare submit any
12   claims to any of its insurers relating to any losses
13   from payments for recalls of valsartan?
14        MR. WHORTON:  Objection, outside of
15   the scope.
16        THE COURT REPORTER:  I'm sorry.  What
17   was your answer?
18        THE WITNESS:  I don't know.
19   BY MS. ANDRAS:
20   Q     Do you know if Emblem or ConnectiCare
21   has received any payments or reimbursements from any
22   third parties relating to any losses from payments
23   for recalls of valsartan?
24   A     I don't know.
25   Q     Do you know if Emblem or ConnectiCare

Page 207

1   have any insurance policies that would provide
2   coverage for losses relating to a drug recall?
3   A     I do not know.
4   Q     Does Emblem or ConnectiCare believe
5   they were economically injured on prescriptions that
6   were covered by fully-insured plans?
7        MR. WHORTON:  Objection, outside the
8   scope.
9        THE WITNESS:  I wasn't sure I followed
10   the question.
11   BY MS. ANDRAS:
12   Q     I can ask it in a different way.
13        For payments that were made by Emblem
14   or ConnectiCare on behalf of its members for
15   fully-insured plans, does Emblem or ConnectiCare
16   believe that they were economically injured on those
17   payments?
18        MR. WHORTON:  Object to form, outside
19   the scope.
20        THE WITNESS:  Yes.  We should not have
21   been paying for a drug that should not have
22   been on the market.
23   BY MS. ANDRAS:
24   Q     Okay.  And valsartan is used to
25   control hypertension, correct?

Page 208

1   A     Correct.
2   Q     That's a chronic condition that
3   valsartan is used to treat?
4   A     Correct.
5   Q     If Emblem or ConnectiCare had not been
6   paying for generic valsartan, is it fair to say that
7   they likely would have been paying to cover some
8   other drug to treat their members' hypertension?
9        MR. WHORTON:  Objection, assumes facts
10   not in evidence.
11        THE WITNESS:  Providing the doctor had
12   prescribed something, yes, we would have
13   covered it.
14   BY MS. ANDRAS:
15   Q     And it's considered a maintenance
16   medication; is that fair?
17   A     Yes, it is.
18   Q     Does Emblem or ConnectiCare consider
19   sales to the proposed class members for any
20   prescriptions of valsartan-containing drugs that
21   they paid for fully-insured plans?
22        MR. WHORTON:  Objection, calls for a
23   legal conclusion, outside the scope.
24        THE WITNESS:  I don't know.
25

Page 209

1   BY MS. ANDRAS:
2   Q     Are you aware or familiar with the
3   assignment that Emblem and ConnectiCare made to MSP
4   Recovery Claims Carriers LLC for its valsartan
5   claims?
6        MR. WHORTON:  Outside the scope.
7        THE WITNESS:  I have become aware,
8   yes.
9   BY MS. ANDRAS:
10   Q     And how did you become aware of that
11   without revealing any conversations you might have
12   had with legal counsel?
13   A     That is how I became aware.
14   Q     Okay.  Then we stop there.
15        Is it your understanding that Emblem
16   and ConnectiCare have assigned its claims for
17   valsartan-containing drugs for its enrollees under
18   Medicare Parts A, B and D?
19        MR. WHORTON:  Objection, outside the
20   scope.
21        THE WITNESS:  Under Medicare, whether
22   it was an MAPD or a PDP.  So MA and D but --
23   and/or B, honestly.
24   BY MS. ANDRAS:
25   Q     Okay.  So in other words, is it your

53 (Pages 206 - 209)

CONFIDENTIAL

Page 210

1  understanding then that any enrollee who's made a
2  claim -- or strike that.
3        Is it your understanding that Emblem
4  or ConnectiCare assigned claims by members who
5  enrolled in a Part C plan that those claims were
6  also assigned to MSP?
7        MR. WHORTON: Object to form, outside
8  the scope, vague, calls for a legal conclusion.
9        THE WITNESS: I'm not sure.
10 BY MS. ANDRAS:
11  Q    Okay. According to the complaint and
12 the assignment Emblem and ConnectiCare assign their
13 claims to MSP that were associated with payments for
14 enrollees under Medicare Part A, B and D.
15       So what I'm just trying to understand
16 is does -- or do payments that were made for
17 Medicare Advantage plans, which have a Part D
18 component, is that also assigned MSP?
19  A    The valsartan is a Part D drug, so
20 whether the member was part of an MAPD or a PDP
21 only, I'm not sure it matters because the drug is
22 classified as Part D. And it is covered as -- under
23 both of those plans.
24  Q    That's exactly what I was getting at,
25 a different way of looking at it. The assignment to

Page 211

1  MSP isn't limited to just the PDP plan, correct?
2        MR. WHORTON: Objection, calls for a
3  legal conclusion, outside the scope.
4        THE WITNESS: I'm not familiar with
5  the -- with it specifically. I just know that
6  if it's a valsartan claim, it's a -- it's a
7  concern.
8  BY MS. ANDRAS:
9   Q    What do you mean by "a concern"?
10  A    Well, at that time frame when the drug
11 was, you know, had safety concerns.
12  Q    Got you.
13       Do you know if Emblem or ConnectiCare
14 assigned any claims related to recalled valsartan
15 for any other of its plans that were non-Medicare
16 plans?
17  A    I don't know.
18  Q    Have you ever heard of the
19 Rawlings Group?
20  A    Yes.
21       THE COURT REPORTER: What is the name?
22       MS. ANDRAS: Rawlings,
23 R-a-w-l-i-n-g-s.
24       THE COURT REPORTER: Got it. Thank
25 you. Sorry.

Page 212

1  BY MS. ANDRAS:
2   Q    Rawlings Group?
3   A    Yes.
4   Q    What is your knowledge of the
5  Rawlings Group?
6   A    Rawlings does real time retrospective
7  coordination and benefit work. So, for example, if
8  a claim was paid under Emblem, but the member really
9  had coverage under Anthem at the time, and we
10 recognized that after the fact, we would share that
11 information with Rawlings. And Rawlings would work
12 with Anthem to move the cost of that claim from us
13 to them. And vice versa. We actually get those
14 kind of notices from Rawlings, from other insurers.
15 Where we should have paid for something when they
16 did.
17  Q    Okay. So the Rawlings Group, as
18 you're describing it, is more a coordination of
19 benefits role; is that a fair characterization?
20  A    Yeah. You know, whether it's -- you
21 know, after the fact or in terms of finding that
22 there is, in fact, another payer that could pay on
23 it in addition to Emblem, so -- and we use them in
24 both ways.
25  Q    Are you aware that Emblem has assigned

Page 213

1  certain claims to the Rawlings Group under its
2  Medicare plans?
3        MR. WHORTON: Objection, outside the
4  scope, lacks foundation.
5        THE WITNESS: I'm actually not aware
6  of that, no.
7  BY MS. ANDRAS:
8   Q    Do you have any knowledge or
9  familiarity with the type of data that's transferred
10 to the third parties such as MSP or the
11 Rawlings Group relating to Emblem and ConnectiCare's
12 claims?
13       MR. WHORTON: Object to the form.
14       THE WITNESS: Are we talking about
15 general claims or valsartan claims?
16 BY MS. ANDRAS:
17  Q    I will say general claims.
18  A    Okay. I'm not aware of what --
19       THE COURT REPORTER: I'm sorry. Can
20 you repeat that?
21       THE WITNESS: I am not aware of what
22 type of information goes to MSP. I do know
23 that I share information with Rawlings on
24 prescription drug claims that should have been
25 paid by Evercare or should not have been paid

54 (Pages 210 - 213)

CONFIDENTIAL

Page 214

1    by us.
2            THE COURT REPORTER: Evercare?
3            THE WITNESS: Rawlings.
4            THE COURT REPORTER: Okay.
5    BY MS. ANDRAS:
6        Q      And who at Emblem or ConnectiCare
7    would be able to speak to the data that was
8    transferred to MSP?
9        A      I don't know.
10       Q      And you are the person who is
11   responsible for sending over claims information to
12   the Rawlings Group, though?
13           MR. WHORTON: Objection, beyond the
14       scope.
15           THE WITNESS: My department set up the
16       capability so that we can share claims. There
17       are certain rules that are run against the
18       claims, and they technically go from
19       Express Scripts to Rawlings.
20   BY MS. ANDRAS:
21       Q      From Express Scripts directly to
22   Rawlings?
23       A      Yes.
24       Q      Do you know if those -- sorry. How
25   did you characterize it, as a restriction or

Page 215

1    filters?
2        A      So it's driven by eligibility so if a
3    member -- if we get a termination record for a
4    member that is dated in the past. So I get a record
5    on June 15th that tells me that, you know, member A
6    should have been terminated on June 1st. That goes
7    over to Express Scripts. Express Scripts recognizes
8    that. They run some reporting, if you will, in the
9    background looking for claims that were paid for
10   that member between June 1st and June 15th. And if
11   there are any, a file goes over to Rawlings. And
12   then Rawlings begins working to figure out who
13   should have paid for those claims.
14       Q      Is it possible that some of the claims
15   that you are submitting to the Rawlings Group were
16   also submitted to MSP?
17       A      I don't think so because we just
18   started working with Rawlings in the past year or
19   so, and I don't believe Medicare is involved in the
20   capability I just described. Meaning Medicare
21   claims are not included in the scope.
22       Q      Medicare claims are not included in
23   the scope of the Rawlings agreement?
24       A      Correct.
25       Q      Okay. Do you know if any valsartan

Page 216

1    claims or any rights relating to the recalled
2    valsartan on the commercial side have been assigned
3    to the Rawlings Group?
4            MR. WHORTON: Objection, outside the
5        scope.
6            I'm going to have to stop this line of
7        questioning, Tiffany. I don't know how this is
8        relevant or within the notice and the topics at
9        issue. Can you explain? I don't know how
10       Rawlings and what they do with Emblem is
11       relevant to what's at issue in this case.
12           MS. ANDRAS: Sure. The actual
13       assignment agreement from Emblem to MSP
14       excludes from the definition of assigned
15       Medicare recovery claims any claims that were
16       assigned to the Rawlings Group. So I'm trying
17       to figure out what the scope of what claims are
18       actually assigned to MSP.
19           MR. WHORTON: I think the witness just
20       testified that there are no Medicare claims
21       assigned to Rawlings.
22           MS. ANDRAS: Okay.
23   BY MS. ANDRAS:
24       Q      If Emblem becomes a member of a class
25   and a class is certified in this case, is it your

Page 217

1    understanding that they would only be able to assert
2    claims for payments of valsartan to the extent that
3    those claims have not been assigned to any other
4    party?
5        A      I don't understand that question.
6        Q      Sure. You assigned a -- strike that.
7            Emblem or ConnectiCare assigned
8    Medicare claims to MSP for a certain time period; is
9    that your understanding?
10       A      Yes.
11       Q      If there were -- so on Emblem's
12   non-Medicare line, are there payments made for
13   recalled valsartan on behalf of members to those
14   plans?
15       A      I don't know.
16       Q      Is it likely that other members were
17   impacted by valsartan?
18       A      Meaning when they -- they were
19   dispensed a drug that was later recalled?
20       Q      Correct.
21       A      Yes, that's likely.
22       Q      Do you recall we reviewed those
23   communications from the early days of the recall
24   where Express Scripts was sending over member impact
25   reports, and that covered all lines of business?

55 (Pages 214 - 217)

CONFIDENTIAL

Page 218

1     A     Correct.
2     Q     So is it fair to say that there were
3  some payments made on behalf of Emblem's
4  non-Medicare members for recalled valsartan?
5     A     Payments made regarding dispensing of
6  those drugs, yes.
7     Q     Okay.  And I guess my question is, if
8  Emblem becomes a member of the proposed class, that
9  would only be to the extent that it has retained
10  certain claims on behalf of its members?
11    A     I don't know.  I don't know that legal
12  stuff.
13    Q     Okay.  So Emblem, do they have any way
14  within your data on a claims level to be able to
15  differentiate which claims have been assigned to any
16  other entity or which ones have been retained by
17  Emblem?
18    A     I am certain there are people at
19  Emblem that can do that, yes.
20    Q     Okay.  Is it your understanding that
21  the assignment to MSP covers a fixed time period
22  that ends in -- that ended in September of 2017?
23          MR. WHORTON:  Objection, outside the
24    scope.
25          THE WITNESS:  I didn't know that, no.

Page 219

1  BY MS. ANDRAS:
2     Q     Do you have an understanding of when
3  the assignment to MSP was made?
4     A     No, not at all.
5     Q     Well, I'll represent to you that an
6  assignment from Emblem to MSP was dated March 20th
7  of 2018.  So -- so assuming what I represented is
8  true, at the time of that assignment was made, that
9  was predating the first valsartan recall, correct?
10    A     To the best of my knowledge, yes.
11    Q     And Emblem or ConnectiCare did not
12  become aware that they had potential claims relating
13  to recalled valsartan until Express Scripts informed
14  them in July of 2018 about the recalled valsartan;
15  is that right?
16          MR. WHORTON:  Object to the form.
17          THE WITNESS:  That's my understanding.
18  BY MS. ANDRAS:
19    Q     Is it your understanding that if MSP
20  Recovery is successful in recovering on these claims
21  on behalf of Emblem pursuant to the assignment, that
22  Emblem or ConnectiCare will share in a portion of
23  those recoveries?
24    A     I do not know that.
25          MR. WHORTON:  Objection.  I was going

Page 220

1  to make an objection to outside the scope.
2  BY MS. ANDRAS:
3     Q     Do you have an understanding of
4  whether Emblem or ConnectiCare has anything to gain
5  in terms of claims for recalled valsartan in this
6  litigation?
7          MR. WHORTON:  Objection, outside the
8    scope.
9          THE WITNESS:  I don't know.
10  BY MS. ANDRAS:
11    Q     Do you know why there would possibly
12  be a separate assignment on behalf of ConnectiCare
13  as opposed to an assignment on behalf of Emblem?
14          MR. WHORTON:  Same objection, outside
15    the scope.
16          THE WITNESS:  Assignment to whom?
17  BY MS. ANDRAS:
18    Q     I'm sorry.  To MSP.
19    A     I don't know.
20    Q     Was ConnectiCare a subsidiary of
21  Emblem in March of 2018, to your knowledge?
22    A     I don't know the legal relationship
23  between the companies, honestly.  I just think of it
24  all as one family of companies.
25    Q     Okay.  Do you know if any of

Page 221

1  ConnectiCare's claims have been assigned to the
2  Rawlings Group?
3     A     ConnectiCare commercial general
4  claims?
5     Q     Any claims from ConnectiCare.
6     A     ConnectiCare commercial general
7  claims, those are the same process I mentioned
8  earlier.  We do it for both Emblem and ConnectiCare
9  commercial.
10    Q     Okay.  Not for any of the Medicare
11  claims though?
12    A     No.
13    Q     Okay.  Neither Emblem nor ConnectiCare
14  are themselves plaintiffs or class representatives
15  in this litigation, correct?
16          MR. WHORTON:  Objection, calls for a
17    legal conclusion.
18          THE WITNESS:  I don't know.
19  BY MS. ANDRAS:
20    Q     Do you have any understanding that
21  MSP Recovery is a named plaintiff and a punitive
22  class representative, and they're asserting claims
23  on behalf of Emblem and ConnectiCare relating to
24  valsartan and pursuant to those assignments?
25          MR. WHORTON:  Object to the form.

56 (Pages 218 - 221)

CONFIDENTIAL

Page 222

1    THE WITNESS: I would like you to
2    restate that, please.
3    BY MS. ANDRAS:
4    Q    Sure.
5        Do you understand that MSP Recovery is
6    a named plaintiff and a punitive class
7    representative, that they are asserting claims on
8    behalf of Emblem and ConnectiCare relating to
9    payments for valsartan pursuant to Emblem and
10   ConnectiCare's assignments to MSP?
11   A    I don't really understand, no.
12   Q    Okay. I will move on, then. It was
13   probably a bad question.
14       Have you ever seen any of the legal
15   filings or complaints in this matter?
16   A    I don't think so.
17   Q    Okay.
18       MS. ANDRAS: Give me one second here.
19   All right. If you can go to Exhibit Share, I
20   am marking a document as deposition Exhibit 13.
21       And for the record, this is the
22   "Proposed Third Amended Economic Loss of Master
23   Complaint" that plaintiffs are seeking to file
24   in this litigation.
25       (Whereupon, Exhibit 13 was marked for

Page 223

1    Identification.)
2    BY MS. ANDRAS:
3    Q    If you can let me know when that's
4    open, it's kind of a large file.
5    A    Okay. I've got it.
6    Q    Okay. Have you ever seen this
7    document before?
8    A    No.
9    Q    Okay. If you could go to Paragraph 67
10   of the complaint. That's on Page 56 of the PDF.
11   A    I've got it.
12   Q    In Paragraph 67, there's a statement
13   in there that says, "MSP's assignors paid
14   $79 million on behalf of their enrollees."
15       Do you see that?
16   A    In Paragraph 67? I'm on the wrong
17   page? What page? Oh, wait, 56, you said, of the
18   PDF, right?
19   Q    Page -- yeah, Page 56, Paragraph 67.
20   A    Oh, there it is. Okay. Yeah.
21   Uh-huh.
22   Q    Okay. And as we discussed earlier,
23   you are not aware of how much Emblem or ConnectiCare
24   paid for valsartan on behalf of its members from
25   2012 to 2018, correct?

Page 224

1    A    Correct.
2    Q    And considering you wouldn't know how
3    much they paid for valsartan on behalf of its
4    members from that time period, I take it you also do
5    not know how much Emblem or ConnectiCare paid for
6    recalled valsartan on behalf of its members from
7    2012 to 2018, correct?
8    A    I do not.
9    Q    Okay. The next paragraph is
10   Paragraph 68, and it lists a few exemplar payments
11   made by certain MSP assignors including Emblem and
12   ConnectiCare for valsartan-containing drugs. Do you
13   see that table right there?
14   A    I do.
15   Q    Okay. Patients A through E here are
16   listed as being Emblem enrollees, and patients J
17   through L are ConnectiCare enrollees. Do you see
18   that?
19   A    I do see that, yup.
20   Q    Before we get into more detail on
21   these exemplar payments, Paragraph 68 also alleges
22   that each payment is for quote, Contaminated FDA
23   recalled lots of valsartan-containing drugs.
24       Do you see that?
25   A    Yes.

Page 225

1    Q    Earlier, we discussed that Emblem does
2    not have lot-level information in its possession
3    relating to its payments for valsartan, correct?
4    A    To the best of my knowledge, your
5    question was the lot information on the invoice, and
6    I said no.
7    Q    Right. Does Emblem have lot number
8    information in its possession at all relating to the
9    prescriptions that were filled for valsartan on
10   behalf of its members?
11   A    It's possible we get it on a claim
12   file. I don't know that it is or isn't there
13   though. It is not on the invoice. I can say that.
14   Q    Okay. All right. So regarding these
15   exemplar payments, I'll represent to you that MSP
16   produced to us detailed claims data, which includes
17   information about the assigned claims and
18   transactions relating to valsartan. So I wanted to
19   walk-through some of that information with you to
20   get an idea of how to interpret some of this and
21   identify specific member data associated with those
22   payments.
23       MS. ANDRAS: Give me a second here.
24   Okay. I just uploaded a document to Exhibit
25   Share that I have mark as deposition

57 (Pages 222 - 225)

CONFIDENTIAL



Page 226

1    Exhibit 14.
2        (Whereupon, Exhibit 14 was marked for
3    Identification.)
4    BY MS. ANDRAS:
5    Q    Let me know when you have that open.
6    A    I have it open.

Page 227

Page 228

Page 229

6        MS. ANDRAS:  Okay.  I'm going to mark
7    another exhibit here for us to look at.  Let's
8    keep that one handy.  We're going to turn back
9    to it.
10        Okay.  I've just uploaded a document
11    that I have marked as deposition Exhibit 15.
12        THE WITNESS:  I have got it.
13        (Whereupon, Exhibit 15 was marked for
14    Identification.)
15        MS. ANDRAS:  Mine is still thinking.
16    Hang on one second.
17    BY MS. ANDRAS:

Veritext Legal Solutions

800-227-8440                                                973-410-4040

CONFIDENTIAL

Page 230

Page 232

4        MS. ANDRAS:  Let's try something else
5    here.  This one might take a while.  It's an
6    Excel spreadsheet.  Let me know when you have
7    pulled up Exhibit 16.
8        THE WITNESS:  Okay.
9        MS. ANDRAS:  And for -- for the
10    record, Exhibit 16 is identified by Bates Label
11    MSP-Emblem-042211, and it contains -- or has
12    been designated as having confidential
13    information.
14        (Whereupon, Exhibit 16 was marked for
15    Identification.)
16        THE WITNESS:  I have it.
17    BY MS. ANDRAS:
18    Q        Does this document -- does this
19    document look familiar to you?

Page 231

Page 233

Veritext Legal Solutions

CONFIDENTIAL



Veritext Legal Solutions

CONFIDENTIAL



Page 238

Page 240

1  file because the dates, the service dates are
2  multiple years.  And when we get a billing, file
3  it's -- it's like a week at a time.
4      Q.    Okay.
5      A.    So you'd have -- every claim that
6  you'd have would be clustered in that, so the
7  7,100 number is just an arbitrary number.  It's not
8  meaningful to me.
9      Q.    Okay.  All right.
10         MS. ANDRAS:  I uploaded the document
11  to Exhibit Share that I have marked as
12  deposition Exhibit 17.  And this is a
13  demonstrative exhibit that I put together that
14  compares the data for a singular transaction
15  that was taken from the document we just
16  reviewing that was Bates-stamped
17  MSP-Emblem-042211 and comparing that to one of
18  the more recent MSP claims data spreadsheets
19  that they produced to us in this litigation.
20         (Whereupon, Exhibit 17 was marked for
21  Identification.)
22  BY MS. ANDRAS:

Page 239

6      Q.    Okay.
7          MS. ANDRAS:  I'm going to mark another
8  demonstrative exhibit that uses some of the
9  information on this spreadsheet.
10         THE WITNESS:  This is a claims file.
11  I'm certain.
12         MS. ANDRAS:  Okay.  It's taking a
13  little bit to upload here.
14  BY MS. ANDRAS:
15     Q.    On that file that you're looking at
16  right now, there's approximately 7,100 transactions
17  listed on there.
18     A.    Uh-huh.
19     Q.    Does that give you any more ideas
20  about what the purposes that it might be used for,
21  who it might come from, the general range of
22  transactions?
23     A.    I can't really say.  I mean, looking
24  at -- it doesn't -- it's not a standard billing
25  file.  It looks like it's an extract of a billing

Page 241

61 (Pages 238 - 241)

CONFIDENTIAL



Veritext Legal Solutions

800-227-8440                                                                973-410-4040

CONFIDENTIAL



Veritext Legal Solutions

800-227-8440                                                                973-410-4040

CONFIDENTIAL



Veritext Legal Solutions

CONFIDENTIAL



Veritext Legal Solutions

800-227-8440                                                                 973-410-4040

CONFIDENTIAL



Page 258

Page 260

1    A    Yes, I have it.

Page 259

4        MS. ANDRAS:  I lost you guys.  Can you
5    still see me?
6        THE WITNESS:  No, but we hear you.
7        THE COURT REPORTER:  I need a break
8    when you get to a point.
9        MS. ANDRAS:  Okay.  I can hear you
10   guys, but I have no idea where my video went
11   so.  I'm going to leave the room and come back
12   in.  Let's take -- let's come back at 4:45.
13   Does that work?  I'm almost done.
14       THE VIDEOGRAPHER:  The time is now
15   4:27.  This ends media unit number 5.  We're
16   going off the record.
17       (Whereupon, a short break was taken.)
18       THE VIDEOGRAPHER:  The time is now
19   4:46.  This begins media unit number 6.  We're
20   back on the record.
21   BY MS. ANDRAS:
22   Q     Okay.  Ms. Finn, can you turn to
23   Exhibit 17 again, which is the detail -- claim
24   detail comparison demonstrative that we were
25   discussing?

Page 261

CONFIDENTIAL



Veritext Legal Solutions

CONFIDENTIAL



Veritext Legal Solutions
800-227-8440                                                        973-410-4040

CONFIDENTIAL



Page 270

3          MS. ANDRAS:  All right.  Let's close
4     out of this document.  I'm getting close to the
5     end here.  I promise.
6          If you can go to -- I have marked
7     another exhibit.  Let's see if I can find it.
8     Okay.  It's the document that I have marked and
9     put into Exhibit Share as Exhibit 18, which is
10    another demonstrative exhibit.
11         THE WITNESS:  Okay.  I have it.
12         (Whereupon, Exhibit 18 was marked for
13    Identification.)
14    BY MS. ANDRAS:

Page 271

Page 272

Page 273

69 (Pages 270 - 273)

CONFIDENTIAL

Page 274



Page 276

2    Q    Okay. Do you have any idea if the
3  data that was provided to MSP would break out the
4  dispensing fee amounts associated with any
5  particular claim?
6    A    I don't know the source of MSP's data.
7  I don't -- I don't know if somebody on my team
8  pulled that and I wasn't aware. I don't know if
9  somebody else in organization pulled it, but I have
10  never seen it prior to now.
11    Q    Okay. And you said you don't have any
12  idea about how who at --
13         THE COURT REPORTER: I'm sorry. Can
14  you repeat that?
15  BY MS. ANDRAS:
16    Q    Do you have any idea of who at
17  ConnectiCare or Emblem might know about the data
18  that was transferred to MSP and its contents?
19    A    I have an idea.
20    Q    And who would that be?
21    A    I'm thinking Carlos might know who
22  pulled it.
23         THE COURT REPORTER: Carlos?
24         THE WITNESS: I can't say Carlos' last
25  name.

Page 275

Page 277

1         MR. WHORTON: Manalansan.
2         THE WITNESS: Manalansan. I have the
3  hardest time with his last name.
4  BY MS. ANDRAS:
5    Q    You're referring to Carlos --
6    A    Manalansan. He is an Emblem Health
7  attorney.
8         THE COURT REPORTER: I'm sorry.
9  You're both speaking at the same time, and I
10  can't understand either one of you.
11         So you started with a question that
12  said, "You're referring to Carlos."
13         MR. MANALANSAN: Manalansan.
14         THE WITNESS: Manalansan. He's an
15  Emblem Health attorney, and he is on the call
16  with us.
17         THE COURT REPORTER: He's on what?
18         THE WITNESS: He is on the call with
19  us.
20         THE COURT REPORTER: Thank you.
21         THE WITNESS: And I owe an apology for
22  botching his name.
23  BY MS. ANDRAS:
24    Q    Switching gears a little bit as we
25  wrap up here before I turn it over to any of the

70 (Pages 274 - 277)

CONFIDENTIAL

Page 278

1  other defendants if they have any questions, for the
2  next set of questions, I'm going to refer to any
3  defendant in this action. And when I say "any
4  defendant in this action," do you understand I'm
5  referring to all of the finished dose manufacturers,
6  active --
7         THE COURT REPORTER: I'm sorry.
8     Counsel, I don't understand your language. So
9     please just slow down for me.
10        MS. ANDRAS: No problem. I'll start
11    over.
12 BY MS. ANDRAS:
13    Q     For the next set of questions, I'm
14 going to refer to any defendant in this action. And
15 when I say that, do you understand that I'm
16 referring to all of the finished dose manufacturers,
17 active pharmaceutical ingredient manufacturers,
18 wholesalers retailers, retailers, repackagers and
19 re-labelers allegedly involved in this supply chain
20 of the recalled valsartan drugs that Emblem and
21 ConnectiCare purchased?
22    A     Yes.
23    Q     Did Emblem or ConnectiCare ever review
24 any representations from any defendant in this
25 action regarding valsartan?

Page 279

1         MR. WHORTON: Object to form.
2         THE WITNESS: Not that I know of.
3  BY MS. ANDRAS:
4     Q     Before the recall, do you know if
5  anybody at Emblem or ConnectiCare ever went to the
6  website of any defendants in this action?
7     A     I don't know.
8     Q     Before the recall, did anybody at
9  Emblem review any printed literature regarding
10 valsartan-containing drugs from any defendants in
11 this action?
12    A     I don't know.
13    Q     Before the recall, did anyone at
14 Emblem or ConnectiCare have any communication,
15 either oral or written, with any of the defendants
16 in this action regarding valsartan?
17    A     I don't know.
18    Q     Is it Emblem's or ConnectiCare's
19 position that any defendants in this action made any
20 express warranties to them regarding valsartan?
21        MR. WHORTON: Object to form.
22        THE WITNESS: I don't know.
23 BY MS. ANDRAS:
24    Q     And did Emblem or ConnectiCare ever
25 provide notice to any defendant in this action that

Page 280

1  any warranties may have been breached?
2     A     I don't know.
3         MS. ANDRAS: Okay. I think I am -- I
4  think I am done here. If the other defendants
5  have any questions, feel free to jump in before
6  turning the witness over.
7         MR. WHORTON: Matt, did you have any?
8         MR. KNEPPER: Hold on one second,
9  guys.
10        MR. WHORTON: Sure.
11        MR. KNEPPER: So I don't have any
12 questions right now. I do want to state as to
13 exhibits, I believe it's 16 and 17, and those
14 are the documents that contain pricing
15 information, ingredient cost and the particular
16 dispensing fees. I think those need to be
17 marked as highly confidential if they weren't
18 produced that way. So I want to make that for
19 the record here, and, again, offer to talk to
20 plaintiffs' counsel about that how they were
21 dispensed or how they were produced.
22        But I don't have any other questions
23 right now.
24        MR. DORNER: I think I might have just
25 one.

Page 281

1         THE COURT REPORTER: Okay.
2  BY MR. DORNER:
3     Q     So I'll go.
4         Good afternoon, Ms. Finn. My name is
5  Drew Dorner. I represent the collection of
6  defendants known roughly as the ZHP defendants.
7  They're -- they are a manufacturer, et cetera, of
8  some of the valsartan allegedly at issue in this
9  case.
10        I just want to pick up on what
11 Ms. Andras was just talking about with respect to
12 communications between Emblem or ConnectiCare and
13 any of the defendants at issue in this case.
14        Did you conduct any investigation or
15 preparation for your deposition today with respect
16 to communications between Emblem or ConnectiCare and
17 any of the defendants?
18    A     No.
19        MR. DORNER: That's all I had.
20        THE COURT REPORTER: Counsel, anyone
21 else?
22        MR. WHORTON: I have no questions.
23        THE COURT REPORTER: For my record,
24 who -- go ahead. I'm sorry. Tiffany.
25        MS. ANDRAS: I am also done. I just

71 (Pages 278 - 281)

CONFIDENTIAL

Page 282

1 wanted to thank Ms. Finn for her time today
2 and, we appreciate it. Thank you.
3 THE WITNESS: You're welcome.
4 THE VIDEOGRAPHER: Jamie, do you have
5 to put something on the record?
6 THE COURT REPORTER: Yes.
7 Counsel, who would like copies of the
8 transcript?
9 MR. WHORTON: You can send the rough
10 draft to me, please.
11 MR. DORNER: As previously discussed,
12 we will take a rough, as well as I believe our
13 standing order would govern the final -- or
14 whatever you want to call it.
15 THE COURT REPORTER: Okay.
16 MR. KNEPPER: This is Matt Knepper.
17 We'll take a final. If I can get your email
18 address. I can cc -- respond to you with who
19 can get that order done if you can put it in
20 the chat.
21 THE COURT REPORTER: I will as soon as
22 we finish.
23 MR. KNEPPER: Great, thank you.
24 MR. WHORTON: Can Ms. Finn be excused?
25 THE VIDEOGRAPHER: Can we now go off

Page 283

1 the record, Jamie?
2 THE COURT REPORTER: Yes.
3 THE VIDEOGRAPHER: The time is now
4 5:16. We're going off record.
5 (Whereupon, the deposition concluded
6 at 5:16 p.m.)

Page 284

1 C E R T I F I C A T E
2
3 I, Jamie I. Moskowitz, a Shorthand
4 (Stenotype) Reporter and Notary Public, do hereby
5 certify that the foregoing Deposition, of the
6 witness, Margaret Finn, taken at the time and place
7 aforesaid, is a true and correct transcription of my
8 shorthand notes.
9 I further certify that I am neither
10 counsel for nor related to any party to said action,
11 nor in any way interested in the result or outcome
12 thereof.
13 IN WITNESS WHEREOF, I have hereunto set
14 my hand this 16 day of August 2021
15
16
17
18
19 Jamie Ilyse Moskowitz
   License No. XI01658
20
21
22
23
24
25

Page 285

1 CHARLIE E. WHORTON, ESQUIRE
2 cwhorton@riveromestre.com
3 August 16, 2021
4 RE: In Re: Valsartan, Losartan, Et Al v.
5 7/30/2021, Margaret Finn (#4693835)
6 The above-referenced transcript is available for
7 review.
8 Within the applicable timeframe, the witness should
9 read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12 The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 erratas-cs@veritext.com
16
17 Return completed errata within 30 days from
18 receipt of testimony.
19 If the witness fails to do so within the time
20 allotted, the transcript may be used as if signed.
21
22 Yours,
23 Veritext Legal Solutions
24
25

72 (Pages 282 - 285)

CONFIDENTIAL

Page 286

1  In Re: Valsartan, Losartan, Et Al  v.

2  Margaret Finn (#4693835)

3        E R R A T A  S H E E T

4  PAGE_____ LINE_____ CHANGE_____

5  _____

6  REASON_____

7  PAGE_____ LINE_____ CHANGE_____

8  _____

9  REASON_____

10 PAGE_____ LINE_____ CHANGE_____

11 _____

12 REASON_____

13 PAGE_____ LINE_____ CHANGE_____

14 _____

15 REASON_____

16 PAGE_____ LINE_____ CHANGE_____

17 _____

18 REASON_____

19 PAGE_____ LINE_____ CHANGE_____

20 _____

21 REASON_____

22

23 _____  _____

24 Margaret Finn              Date

25

Page 287

1  In Re: Valsartan, Losartan, Et Al  v.

2  Margaret Finn (#4693835)

3        ACKNOWLEDGEMENT OF DEPONENT

4     I, Margaret Finn, do hereby declare that I

5  have read the foregoing transcript, I have made any

6  corrections, additions, or changes I deemed necessary as

7  noted above to be appended hereto, and that the same is

8  a true, correct and complete transcript of the testimony

9  given by me.

10

11 _____  _____

12 Margaret Finn              Date

13 *If notary is required

14      SUBSCRIBED AND SWORN TO BEFORE ME THIS

15      _____ DAY OF _____, 20___.

16

17

18      _____

19      NOTARY PUBLIC

20

21

22

23

24

25

73 (Pages 286 - 287)

CONFIDENTIAL

**[& - 2014]**                                                                                       Page 1

| & |
|---|
| **&**   2:13 3:7 7:6 |

| **0** |
|---|

**0**   106:24 123:20
  124:1,6,12 141:4
  142:15 143:3,12
  147:2 148:10,12
  148:14 160:17
  263:11
**00-5735**   66:10
**000217**   115:24
**000308**   154:12
  156:12
**000424**   173:21
**001**   263:23 264:2
**017024**   102:4
**017506**   127:3
**039043**   176:25
**040377**   135:22
**040385**   145:8
**041394**   184:21
**042211**   232:11
  240:17 260:4
**042297**   67:17

| **1** |
|---|

**1**   4:3 8:3 16:21
  17:2 65:14 93:24
  94:6,9 95:13
  96:20 106:16,24
  106:25 107:11
  123:20,23 141:2
  141:20 143:12,12
  146:20,23 148:4,4
  148:20 149:2
  162:15,16 177:9
  253:4 260:20,21
  262:9,12 267:11
**1-21-17**   244:18
**1-21-2017**   244:17

**1.25**   143:4,12
**10**   4:15 32:25
  148:2,4 157:16
  173:19,23 273:9
**100**   31:10 34:1
  53:2,20 58:22,23
  124:13 148:5,14
  148:16 205:19,20
**1000**   2:4,8
**101**   4:8
**10:11**   65:14
**10:22**   65:18
**10:36**   77:4
**10:40**   77:7
**10:45**   82:3
**10:51**   167:21
**10:54**   82:12
**10th**   272:13
**11**   4:16 129:7,10
  129:10,11,12
  176:20,24 177:1
  197:25 269:5
  272:3
**11.07**   248:10,16
  255:3 256:22,25
  258:4,15 268:14
  269:1,4,5,10,11,13
**11.07.**   255:12,23
**115**   4:9
**1154**   284:18
**11:49**   125:7
**12**   4:18 124:19
  184:2,20 202:8,10
  231:2
**125**   4:10
**12:45**   125:1
**12:50**   125:11
**12th**   167:21
**13**   4:19 222:20,25
**135**   4:11

**14**   4:21 190:18,20
  190:22,23,24
  191:13 202:22,24
  226:1,2 251:20
**145**   4:13 129:10
**15**   4:22 139:12,17
  143:4 229:11,13
**15.89.**   226:21
**15076**   1:6
**154**   4:14
**15th**   215:5,10
**16**   4:24 116:1
  232:7,10,14 260:5
  280:13 284:14
  285:3
**17**   4:3,25 240:12
  240:20 259:23
  280:13
**173**   4:15
**177**   4:16
**17th**   177:10
**18**   5:2 20:1 131:2
  183:18 195:8
  270:9,12
**184**   4:18
**18th**   16:7 145:12
  153:22 271:4,25
  273:4
**19**   131:3
**19.20**   272:20
**190**   3:12
**19087**   3:8
**19422**   2:14
**195.19**   271:3
  272:21
**19th**   164:8,18
  165:9
**1:18**   1:6
**1:30**   156:2
**1:37**   156:6

**1st**   136:22 215:6
  215:10 226:19
  227:21 230:6
  243:24 244:23
  245:1,6

| **2** |
|---|

**2**   4:5 65:18 66:8
  66:12 93:7,8,24
  94:10 97:2 109:23
  125:7 143:12,12
  146:19 147:10,22
  148:4,5,13,20
  149:2 166:15
  167:22 178:7
  187:10 193:19,19
**2.50**   269:6,9,10,16
**2.77**   251:25 252:11
  255:3,14,23 256:1
  256:14
**2.77.**   256:1
**20**   31:21 78:2
  139:12,17 148:5
  287:15
**200**   2:14
**20004**   2:9
**2012**   4:18 36:1,4
  78:6 106:20
  107:22 111:8
  112:14 118:18
  120:18 123:14
  126:8 127:4 129:2
  129:23 135:5,9
  184:12 185:7
  197:19 223:25
  224:7
**2013**   129:8,16,18
  129:24 130:17
  271:25 272:2
**2014**   122:18
  272:13

CONFIDENTIAL

**[2015 - 6th]**                                                                                 Page 2

**2015**  122:13
135:25 136:11
273:7
**2016**  102:4,6
103:11
**2017**  19:7,17
126:15,24 145:12
145:15 146:12,18
183:21 218:22
226:19 227:21
230:6,16,19
243:25 271:4,25
273:4,8
**2018**  4:13,17 15:21
16:7 19:18 20:1
43:13 57:14 78:6
106:21 107:22,24
116:1 121:10
130:25 131:12,15
132:14,17 138:22
141:2 145:10,16
146:5,20,22
148:20 151:5
153:22 154:20
164:8,15,18 165:9
174:6 177:7,8,10
197:20 202:7
219:7,14 220:21
223:25 224:7
236:11,18
**2019**  69:11 70:6,17
70:21,23,24 74:17
74:18 78:2,3 88:4
88:15 106:23
107:11 117:6
130:20,25 182:19
237:12
**202.776.5291**  2:9
**2020**  23:23 68:22
69:12 74:17,21
76:20 78:2,3

117:6 154:19
**2021**  1:14 8:2
284:14 285:3
**2022**  76:19
**2023**  183:19
**207**  7:5
**20th**  166:15 219:6
**214.855.8000**  3:4
**215.977.4066**  3:9
**22**  198:1
**2200**  3:3
**222**  4:19
**223**  7:6
**225**  7:7
**226**  4:21
**229**  4:22
**23**  26:1,14 27:6
93:18
**232**  4:24
**24**  26:14 198:22
**240**  4:25
**25**  10:11 53:5,8,12
54:25 55:5 57:7
57:13
**2525**  2:3
**270**  3:8 5:2
**275,000**  43:3
**2875**  1:2
**2:03**  176:15
**2:15**  176:18
**2nd**  244:25 245:2
245:11

**3**

**3**  4:6 42:15 67:15
67:19 82:14 92:24
93:2,3,6,24 94:10
97:11 125:11
142:14 143:12
156:2 165:2,6
250:7

**3,086**  121:11
**3.08**  248:15 249:12
251:16 274:7
**3.35**  143:4
**30**  1:14 16:10,24
230:25 231:2
249:23 250:6,7,9
251:18,22 285:17
**305.445.2500**  2:5
**30th**  8:2
**31**  267:3,5 268:7
**31,000**  164:14
**31,779**  163:16
165:23
**3100**  2:18
**312.456.1065**  2:19
**314.480.1848**  3:13
**33134**  2:4
**36**  129:9
**3600**  3:3
**378581577**  226:20
**3:13**  206:7
**3t**  86:2 92:14

**4**

**4**  4:8 7:8 94:11
95:23,23 97:14,18
97:19,21 101:19
101:20 114:23
141:3 143:12
156:6 189:24
190:18,21,24
206:3 267:12
**450**  2:14
**4693835**  285:5
286:2 287:2
**4:27**  259:15
**4:45**  259:12
**4:46**  259:19

**5**

**5**  4:9 53:14 58:5
94:6,12 97:17
115:15,16,23
146:2,10 148:4
162:21 206:7
259:15
**50**  199:15,16,17
**50,000**  45:21
**500,000**  45:18
**505**  2:8
**55**  29:19
**550**  3:8
**5528**  236:3
**56**  131:9 223:10,17
223:19
**57**  131:5 132:9
**5966**  237:2
**5:16**  283:4,6

**6**

**6**  4:10 16:10,24
27:4 94:12 125:20
125:21 132:5,7
135:13 138:18
155:7 259:19
**60**  133:11 157:16
**600**  3:12
**60601**  2:19
**610.567.0700**  2:15
**62**  138:19
**63**  142:3
**63105**  3:13
**66**  4:5
**67**  4:6 223:9,12,16
223:19
**68**  224:10,21 227:4
270:16
**6864**  236:14,14,15
**6th**  154:19 230:16

CONFIDENTIAL

[7 - agree]                                                                          Page 3

**7**

**7** 4:11 95:14
103:13 135:14,15
135:21 156:17
**7,100** 239:16 240:7
**7.99** 248:14
**7/30/2021** 285:5
**70** 157:15
**75** 55:8
**75201-7932** 3:4
**77** 2:18
**79** 223:14
**7th** 230:6

**8**

**8** 4:13 7:4 32:25
145:1,2,7 261:8,8

**9**

**9** 4:14 154:10,14
156:10 162:18,19
201:13
**90** 231:1,1 249:24
250:1,8,14
**960** 119:5 120:4
**9:06** 1:15 8:2
**9th** 2:8 271:25
272:2

**a**

**a.m.** 1:15 167:21
**abcd** 32:14 37:22
**ability** 92:16
**able** 67:24 87:11
99:15 114:9
116:10 126:7
135:18 137:9
150:21 157:22,24
158:22 168:11
214:7 217:1
218:14 232:24
**aca** 73:12,14,17

**accept** 59:21 60:18
252:8
**accepted** 62:22
273:24
**accepting** 175:3
256:3
**accepts** 59:21
**access** 131:19
**account** 121:13
163:7
**accounted** 60:24
**accounting** 59:13
**accumulators**
263:7
**accuracy** 285:9
**accurate** 31:22
33:22
**accurately** 226:9
**accustomed**
102:15
**ace** 149:16,24
**achieve** 231:19
**acknowledge** 8:17
8:21
**acknowledgement**
287:3
**acknowledgment**
285:12
**acp** 179:6
**acpn** 80:9
**acpny** 80:8 179:3
179:5
**acquired** 88:17
**acquisition** 25:23
**acronym** 23:2
73:24 74:4
**acronyms** 32:10
70:12 71:6 74:12
**act** 33:3 123:11
**acting** 123:10
168:13

**action** 9:15 278:3
278:4,14,25 279:6
279:11,16,19,25
284:10
**active** 73:1 191:21
192:12,19 278:6
278:17
**actual** 40:14 41:12
48:19 87:14 119:9
147:20 153:12
179:16 199:4
200:1 201:6
216:12 226:13
244:12
**actuaries** 112:10
**actuary** 61:12
**add** 121:17 164:13
**adding** 133:8
163:13
**addition** 123:10
212:23
**additional** 117:10
200:16
**additions** 287:6
**address** 10:12
116:9 282:18
**addressed** 18:6
**adds** 248:15
**adhering** 202:15
**adjudicate** 204:15
262:21
**adjudicates** 91:12
245:9
**adjudication**
91:12 93:17 229:2
244:16,19 245:1
262:17 263:18
265:7,25
**adjust** 267:15
**adjusted** 256:22
267:4,18,23 268:6

268:10,12
**adjusting** 267:20
**adjustment** 267:6
268:24 269:1,21
**adjustments**
265:23 266:23
**admin** 201:2,2
**administer** 63:3
**administered** 8:22
**administration**
64:9 258:14
**administrative**
29:6 39:5 179:5
179:20 186:10
200:16,19 258:13
**administrator**
64:16
**advantage** 32:13
74:25 80:11 84:11
107:15 127:7,13
179:3 186:15
210:17
**adverse** 132:19
**advised** 26:18
**affect** 23:21
140:22 265:24
**affiliated** 66:19
**affinity** 70:22
88:12,17,18
139:24
**affordable** 33:3
**afo** 40:24
**aforesaid** 284:7
**afternoon** 281:4
**agent** 15:1
**aggregate** 153:6
**aggregated** 200:22
200:25
**ago** 10:11 118:17
**agree** 73:21 83:19
113:8 114:7

CONFIDENTIAL

[agree - answer]                                                    Page 4

147:21 152:1
203:14 276:1
**agreement** 4:18
47:13 113:11
184:7 185:6,9
186:2 187:9 188:5
193:16 197:3,7
201:22 215:23
216:13 274:22
**agreements** 47:10
64:8 183:10,24
274:17 275:2,12
275:19
**agrees** 203:12
**ahead** 48:19 49:9
115:14 125:19
138:12 172:15
173:16 176:22
184:17 205:23
281:24
**air** 248:13
**al** 1:5,5 285:4
286:1 287:1
**allege** 15:3
**allegedly** 14:25
278:19 281:8
**alleges** 224:21
**allocated** 60:23
254:14
**allocation** 268:12
**allotted** 285:20
**allow** 11:7
**allowed** 59:23
100:3 187:2,3,4
195:13 238:1
**alternative** 55:2
147:11 149:17,25
151:10 162:13
178:17,23 181:6
194:9

**alternatives**
152:22
**amended** 4:3,19
16:22 222:22
226:18 270:17
**amount** 48:23
49:16 52:19 53:23
54:10 56:12,15,17
57:21 59:23 84:14
84:20 98:4 143:16
147:20 191:21
192:18,24 198:1,2
202:18,19 226:21
231:13 246:17
247:8,10,14,19,23
248:10,14 249:4,9
249:12 250:9,18
251:25 252:6,8,10
254:4,6,13,14
256:14,21 257:1
257:20 268:25
269:18,25 271:10
272:19 273:14
**amounts** 35:8 51:6
98:7 122:3 248:23
256:20 276:4
**analysis** 112:2,6,9
**analyzing** 25:8
**andras** 2:18 7:4
9:11,14 14:15
15:10 16:15,19
17:5,19,21 18:8
23:1,8,19 25:7,19
28:5,13 30:10,16
31:7 32:3 33:11
35:7,17 39:3,21
41:1 44:11 46:2
46:13,19 48:11
50:14,16,20 51:1
52:16 53:16 54:6
58:2 60:1 61:2,14

62:16,24 64:3,14
65:1,5,10,20 66:6
66:14 67:9,14,21
68:5,7 70:14 72:1
72:20 73:3 74:7
76:1 77:1,8 79:13
80:20 81:9,20,25
82:8,13 83:4,8,11
85:14 92:11 99:5
99:6 100:12
101:12,22 105:10
107:4,6 111:1
112:1 113:15
114:14 115:7,18
116:22 122:16
124:10,14,23
125:2,5,13 126:1
126:19 128:16,20
129:1,6 132:5,8
135:3,17 137:19
138:16 140:19
141:9,11,12
142:24 144:15,24
145:5,20 147:18
148:9 149:21,22
150:20 151:2,20
152:15 154:6,17
155:19,23,25
156:8 157:7
158:10 161:1
164:16 171:10
172:6 173:1,10,16
174:1 176:10,19
177:3,21 181:3
183:23 184:4,19
185:1,23 187:5,7
188:19,21 189:18
192:1 193:5,12
195:11 196:3
197:17,23 198:19
198:21 199:1,3

204:4,21 205:23
206:9,19 207:11
207:23 208:14
209:1,9,24 210:10
211:8,22 212:1
213:7,16 214:5,20
216:12,22,23
219:1,18 220:2,10
220:17 221:19
222:3,18 223:2
225:23 226:4
229:6,15,17 232:4
232:9,17 235:13
236:12 238:11,15
239:7,12,14
240:10,22 242:11
246:11 247:17
252:22 254:1
255:18 256:12,18
257:6,18 259:4,9
259:21 261:22
262:4,8 264:5
265:11,14,20,22
266:21 268:21
270:3,14 271:21
274:3,23 275:9,16
276:15 277:4,23
278:10,12 279:3
279:23 280:3
281:11,25
**andrast** 2:20
**andrew** 165:7,11
166:21 167:9,21
169:12 182:15
**announced** 16:5
**annual** 24:9 61:25
62:6
**answer** 6:2 11:11
11:13,14,16,21
12:21 16:12 18:4
34:17 40:10 77:11

[answer - auth]                                                          Page 5

83:5,7 95:11
107:10 110:17
126:21 128:24
152:13 172:18
173:8 189:15
206:17 258:20
**answered**  83:3
173:5 180:13
256:16
**answers**  67:12
**anthem**  4:5 66:20
66:21 212:9,12
**anybody**  10:19
18:16 61:6 90:18
111:15 166:8
182:10 279:5,8
**anymore**  88:24
118:8 235:5 236:7
**apology**  277:21
**apparently**  155:16
**appear**  94:16
97:25 117:4 230:2
264:11 273:8
**appears**  68:22
69:10 71:1 74:18
74:20,23 89:22
96:1 127:3 129:3
135:22 136:4
145:25 174:2
226:22 242:21
249:14 260:4
**appended**  287:7
**apples**  273:1
**applicable**  130:10
130:15 285:8
**applied**  24:8 61:9
118:23
**applies**  136:4
139:1 195:14
258:13

**apply**  72:7 100:8
106:8 128:1 136:9
140:8 146:9
196:22 248:5
251:6 253:10
264:11 275:1
**appreciate**  21:2
282:2
**approach**  98:17
246:25
**approval**  253:12
**approve**  193:8
**approved**  137:4
191:22 192:25
**approves**  79:11
**approximately**
42:13 45:9 121:10
239:16
**april**  135:25
**arb**  107:11 251:11
**arbitrary**  240:7
**arbs**  107:1,7
135:10 149:17,25
181:10 194:21
**area**  37:2 238:12
266:6,10,12
**areas**  44:22 106:1
**arms**  107:2
**arrangement**  9:1
40:3 42:11 58:4
59:2
**arrangements**
39:5 43:18,20,24
200:19 205:3
**arranges**  186:3
**arrive**  201:22
**art**  50:3
**article**  155:13
**asher**  3:7
**asher.block**  3:9

**aside**  182:9
**asked**  82:25 135:1
173:5 180:12
256:15 275:10
**asking**  11:3 27:20
28:24 39:7 47:15
135:8
**asks**  169:10
**aso**  39:8,11,12,16
41:8,9,14 42:10
43:20,24 47:15
**assemble**  90:5
**assert**  217:1
**asserting**  221:22
222:7
**assess**  95:9
**assessment**  4:8
102:10 175:21
**assign**  210:12
**assigned**  103:19
209:16 210:4,6,18
211:14 212:25
216:2,14,16,18,21
217:3,6,7 218:15
221:1 225:17
241:25 242:2,5
260:12 261:17,18
261:19 262:20
265:6,18
**assignment**  209:3
210:12,25 216:13
218:21 219:3,6,8
219:21 220:12,13
220:16 262:14
**assignments**
221:24 222:10
**assignors**  223:13
224:11
**assigns**  242:1
**assisted**  184:8

**associated**  44:9
52:8 86:3 90:2
92:20 94:17 96:24
96:25 97:13
100:20 130:6
141:20 210:13
225:21 229:22
235:3 254:18
270:22 272:8
275:15 276:4
**association**  44:4
**assume**  34:19
121:5 226:8
**assumes**  147:14
151:13 172:17
208:9 257:13
**assuming**  219:7
234:12 273:12
**assumption**  121:6
**atorvastatin**  189:6
**attached**  16:23
163:14 165:15
285:11
**attaching**  163:5
**attachment**
136:18
**attempts**  61:7
**attention**  10:25
92:23
**attorney**  277:7,15
285:13
**attorneys**  8:16
**attract**  105:17,21
**attributes**  266:4
**august**  116:1
121:10 271:25
272:2 284:14
285:3
**aurobindo**  2:16
**auth**  266:6,10

CONFIDENTIAL

**[author - beyond]**                                                                 Page 6

**author** 137:16
**authorization**
  24:23 133:18
  150:12,14,16
  264:7,14,14
  266:13,15
**authorizations**
  264:11
**authorized** 138:9
  191:3,7,10
**available** 18:24
  81:15 102:21
  103:23 104:10,15
  104:18 105:14
  132:18 134:18
  135:10 150:18
  170:2 175:22,23
  191:11 245:14
  285:6
**avenue** 3:3
**average** 193:20
  194:6
**aware** 15:11 44:12
  55:17 148:24
  151:7 172:9
  181:23 182:22
  183:9 209:2,7,10
  209:13 212:25
  213:5,18,21
  219:12 223:23
  276:8
**awp** 113:2,5
  193:20,23 194:2
  194:13,14,16,20
  195:3 196:19
  203:3,11 273:21

                    **b**

**b** 4:1 16:10,24
  38:6 45:3,4,8
  107:4,5 130:4
  185:24 202:25

209:18,23 210:14
226:18 227:9
229:23 261:3
**back** 19:7 22:10
  22:11 27:13 34:10
  46:20 59:23 65:19
  77:7 78:11 82:12
  83:5,10 84:7
  109:20 110:11,14
  113:25 124:25
  125:12 126:8,15
  128:23 134:15
  137:14 156:7
  162:18 176:18
  177:7 193:18
  206:8 229:8
  253:11 255:6,9
  259:11,12,20
  269:23 271:12
  274:4
**backdated** 267:13
**background** 27:23
  215:9
**bad** 121:7 222:13
**balance** 203:23
  205:13 269:22
**baldwin** 166:16
  169:10
**ballpark** 31:8,21
**band** 89:18
**barebones** 74:17
  75:7,19 76:16
**bargaining** 92:16
**based** 26:12 29:18
  29:22 47:6 56:13
  62:1 84:2 89:5
  113:24 121:12
  126:6 150:18
  205:5 234:13
  237:15 238:23
  249:7,18 253:1,5

254:13
**basically** 103:7
  104:2 263:14
**basis** 15:2,13
  24:10 41:7 48:16
  49:2,3 62:6
  111:19 144:22
  152:14 153:6
  200:21 230:24
  249:8 254:15
  258:23
**bates** 66:2,10
  67:17 102:3
  115:24 127:3
  135:21 145:7
  154:11 156:11
  173:21 176:25
  184:21 232:10
  240:16
**bear** 66:5
**bearing** 67:16
**beginning** 132:15
  139:8 262:24
**begins** 65:18
  125:11 156:6
  206:7 215:12
  259:19
**behalf** 14:9 26:17
  46:23 114:25
  207:14 217:13
  218:3,10 219:21
  220:12,13 221:23
  222:8 223:14,24
  224:3,6 225:10
  231:23,25 248:25
  254:5
**believe** 44:5,23
  54:5 56:22 68:17
  70:18 75:5 76:9
  76:23 82:25 84:13
  92:24 93:3 114:12

115:10 116:4
130:17 131:16,24
141:7,13 153:21
154:2 159:12
162:16 167:7
168:17 169:7
180:15 184:15
186:24 192:4
196:25 197:25
202:8 207:4,16
215:19 230:20
254:22 261:15
268:8 280:13
282:12
**bell** 2:14
**belonged** 270:18
**beneficiaries** 48:7
  186:5
**benefit** 20:13
  21:18 27:15 51:10
  66:8 157:23,25
  160:1,1,16 212:7
  255:16,20 261:7
  261:13 262:24
  263:23 264:4
**benefits** 23:6
  123:1,10 128:6
  156:19 158:12
  186:4,4 212:19
  253:6
**best** 41:18,19 84:1
  150:3 169:16
  180:8 219:10
  225:4
**bet** 9:16
**better** 13:18 21:6
  29:15 67:23 68:1
  69:23 87:11
**beyond** 117:8
  214:13

CONFIDENTIAL

**bid** 62:4 254:6,13
**bids** 62:1,6
**big** 121:6
**bil** 246:16,18,22
  247:7,9,11,13,18
  248:10
**bill** 47:16 231:13
  246:23,23 269:9
**billed** 47:13
  246:25 247:1
**billing** 238:20
  239:24,25 240:2
**bills** 41:7
**bily** 3:18 8:6
**bisgaard** 3:7
**bit** 53:17 54:22
  61:17 65:6 68:6
  89:12 93:4 99:4
  105:5 114:16
  124:15 139:8
  141:10 153:18
  165:6 176:11
  187:23 197:24
  238:17 239:13
  262:22 277:24
**blackwell** 3:11
**block** 3:7
**blue** 2:14 241:15
**blurry** 261:2
**board** 173:13
**bold** 174:24
**book** 41:16 139:16
**bore** 147:6
**botching** 277:22
**bottle** 168:19
  171:3 172:22
  245:10
**bottom** 155:6,7,17
  156:17 162:20
  166:14 177:9
  178:8,8 202:24

**boulevard** 2:3
**boy** 130:4
**brand** 25:15 53:11
  57:7 94:11,11
  95:13 99:9,15
  100:4 111:4 113:3
  151:9,22 152:9
  187:11,20 188:3
  188:11,16 191:4,4
  191:6,8,11 192:10
**branded** 109:23
  187:11,25 188:4
  188:22 189:20,25
  190:4,12 191:1,2
**branding** 89:4,6
**brands** 97:6,10,12
  97:15
**breached** 280:1
**break** 12:11,12,13
  12:16,19 65:8,11
  65:16 77:5 82:4
  114:15,18 124:17
  124:18,21 156:4
  176:12,16 201:5
  205:24 206:5
  259:7,17 276:3
**breakdown**
  226:14 257:25
**breaking** 141:10
  155:23
**breathing** 77:13
**bridge** 169:5
**brisbois** 3:7
**broke** 61:17
  128:18 130:11
  149:19 155:21
**broken** 139:22
**bronx** 89:5
**brought** 89:5
**bunch** 59:19 65:25
  67:13

**business** 10:12
  30:21 31:25 32:5
  33:13,21 34:2,8,24
  35:12,13,21 36:1
  36:12,24 41:15
  42:14 43:6 44:4
  45:5,16 63:18
  65:23 69:3,7,22
  70:1 74:14 78:18
  84:8 87:4 117:5
  117:11,13 118:22
  119:5 121:11
  123:5,8 127:9,18
  139:10,16,18
  146:4 165:18,25
  182:12,16,23
  184:11 201:3
  217:25 249:19,21
  260:16 275:21
**businesses** 73:22
**busy** 21:2

**c**

**c** 2:1,15 3:1 8:15
  9:22 10:3 38:2,6,6
  38:14 50:12 75:1
  103:4 145:24
  146:10 195:9,11
  210:5 234:8,16
  242:9 253:23
  284:1,1
**calculated** 42:7
  48:23 252:25
  258:24
**calculation** 253:5
  253:9 258:22
**calculations** 59:20
  258:19
**calendar** 201:22
  202:18
**call** 45:7 54:15
  74:6 75:19 118:7

158:21 162:3
  180:18,25 277:15
  277:18 282:14
**called** 16:25 18:1
  45:6 51:19 57:22
  59:15 63:24 157:9
  194:4 261:6
**calls** 178:4 193:1
  208:22 210:8
  211:2 221:16
  257:14 273:17
  274:19 275:4
**camber** 3:10
**cancer** 15:1,9
**capabilities** 22:16
  26:12
**capability** 214:16
  215:20
**capable** 181:14
**capacity** 14:4
  179:20
**capitalized** 175:2
**card** 84:14,15
**cardholder** 264:3
**cardiologists**
  80:17
**care** 20:20 30:5
  33:3 80:11,18
  117:15 179:3,6
  180:24 262:23
**carefully** 97:9
**carlos** 3:17 17:12
  276:21,23,24
  277:5,12
**carondelet** 3:12
**carrier** 85:2,13,15
  117:19 118:21
  261:16 262:17,19
  262:21
**carriers** 209:4

CONFIDENTIAL

**[case - claims]**                                                                                          Page 8

**case** 1:6 13:7
  18:17 71:14 152:5
  152:14,14 153:1
  156:11 159:22
  161:25 216:11,25
  264:4 281:9,13
**cases** 48:10 134:20
  179:7
**cat** 50:12
**catastrophic** 53:13
  57:18,20
**categories** 36:19
  127:12 140:3
**category** 36:25
  92:13,16 97:20
  140:7 149:16
  190:7 191:4
**cause** 15:9
**causing** 15:1
**cbia** 44:6
**cc** 282:18
**cci** 86:14,15,23,24
  86:24,24,25 163:6
  163:8 165:16
**ccid** 87:21
**cde1** 262:2,3
**centers** 50:9,17
**certain** 31:20
  53:22 57:21 69:1
  84:14 96:13,21
  106:8 108:15
  109:22 111:23
  112:22 122:2
  136:11 162:10
  171:15 173:2,7
  188:9 213:1
  214:17 217:8
  218:10,18 224:11
  226:14 229:19
  233:3 238:20
  239:11 251:3

**certainly** 111:15
**certificate** 7:7
**certified** 1:16,16
  216:25
**certify** 284:5,9
**cetera** 93:24 281:7
**cfo** 61:24
**chain** 137:15
  154:20 278:19
**chair** 80:6,7
**change** 23:21 59:7
  74:16 95:14 98:7
  132:11 133:3,5,7
  133:13 136:9
  149:1 151:17,19
  162:6 175:24
  181:9 194:14,15
  249:16,19 266:5
  266:19 269:4,11
  273:21 286:4,7,10
  286:13,16,19
**changed** 19:18
  43:8 45:22 74:21
  75:4,5 95:10
  135:5 148:19
  161:11,12 162:13
  186:21,22 187:23
  273:22
**changes** 4:13
  26:13 57:5 58:7
  58:10,11 132:24
  133:7 134:17
  145:10,15 176:2
  195:25 263:18
  268:11,15,24
  285:10 287:6
**changing** 95:4,7
  95:10 176:7
**character** 234:19
**characteristics**
  28:15 88:21

**characterization**
  75:20 157:3
  212:19
**characterize**
  214:25
**charge** 21:24
  112:6 204:6
**charged** 47:25
  58:18 205:19
**charging** 58:22
  112:18,22
**charlie** 2:3 17:12
  79:14 115:2
  138:12 172:5,15
  187:3,4 238:13
  262:4 285:1
**chart** 226:17
**chat** 282:20
**cheapest** 95:13,15
**check** 161:18
  183:18 247:9,12
  247:14 248:10
  268:25 269:9
**chemical** 188:24
  189:10,12,17
  190:2,4 191:18
  192:7,8,8 251:1
**chemicals** 192:9
  192:11
**chicago** 2:19
**chief** 80:7 138:3
**child** 33:7,8
**chisholm** 9:20,21
  9:25
**choose** 63:11,12
  99:15 196:21
**chose** 88:4
**chp** 32:24 33:6,7
  33:14,18
**chronic** 208:2

**cipriani** 2:13
**city** 37:2 44:21,24
  71:15,17 91:21
  139:25 140:1
  156:19,22,23
  236:3
**city's** 91:24
**claim** 21:21 22:10
  26:16 40:4 41:5
  48:24 49:2 50:5
  51:11,13,14,16,21
  51:24 52:9 53:15
  59:18 64:13 91:11
  91:12 150:15
  160:13 169:4
  194:8,10 199:15
  200:8,21 204:15
  204:17,19 205:6
  205:21 210:2
  211:6 212:8,12
  225:11 232:20
  233:14 237:18
  238:20,20 240:5
  244:17 246:1
  248:1,3 249:20
  253:7 255:20,23
  258:6,11,11,24
  259:23 263:8,11
  264:9,18,22,25
  265:1,2,25 266:4,5
  266:16,17,18,20
  267:4 268:6,9,10
  268:10,12,14,18
  269:1,5,14 276:5
**claimed** 268:1
**claims** 4:4,22,24
  14:6,9 16:23
  23:10,15 40:15
  41:12 42:9,9 47:2
  48:19,21 49:9
  59:10 60:15,19,24

61:7 63:4,23
64:16 168:6,11,17
169:1,21 171:11
199:8 200:20,20
200:23 201:1,17
201:20,21,23,24
202:3,4 206:12
209:4,5,16 210:4,5
210:13 211:14
213:1,12,15,15,17
213:24 214:11,16
214:18 215:9,13
215:14,21,22
216:1,15,15,17,20
217:2,3,8 218:10
218:14,15 219:12
219:20 220:5
221:1,4,5,7,11,22
222:7 225:16,17
226:13 228:21
229:20 231:6,22
233:21,22 239:10
240:18,25 241:6
254:14 258:23
265:8 267:8,15,18
267:21,23 269:3
272:12

**clarify** 165:22

**clarity** 50:11

**class** 111:22,22
149:17 208:19
216:24,25 218:8
221:14,22 222:6

**classes** 150:1

**classification**
104:3

**classified** 188:24
190:5 210:22

**cleaner** 88:5

**clear** 11:20 12:7
12:23 31:17 40:11

49:13

**client** 20:14 21:21
40:12,25 41:8,9
47:7 78:19,22
92:8 116:24 117:2
117:4 118:21
156:23 185:19
186:3,7,10 197:7
198:6 199:8
233:23 235:3
236:6 238:23
242:13,25 243:6,7
245:25 247:10
262:9

**client's** 164:3

**clients** 26:11,18,18
102:17 236:18
275:2

**clinical** 144:8

**clinicians** 81:2,2

**close** 270:3,4

**closed** 53:8 57:13
57:17

**closer** 105:5

**clustered** 240:6

**cml** 49:4 50:7

**cms** 48:14 49:1
50:6,9,16 54:24
57:10 58:6 59:17
59:18,20 60:8,13
62:22 73:15,15
87:10,19,25 88:7
98:13 103:19,20
134:6,6,10,15
139:19,20,21
143:10,17 187:25
234:9,17 236:25
237:7 238:24
241:25 248:3
252:5,18 253:10
253:17 256:3

258:25,25 259:2
260:14,16,22,24
261:4 267:11

**cob** 22:16 23:3

**code** 85:13,15
226:19 246:24
262:25 267:3,4
268:7 271:14,17
271:22 272:15

**codes** 238:24
266:2

**collaboration**
21:19

**collaborative** 24:5

**collected** 160:17
256:2 269:19

**collection** 182:3
281:5

**collectively** 34:20
185:14

**collects** 203:22

**college** 28:2,3

**color** 241:19

**column** 227:9,11
227:12 231:10,12
233:24 234:8,16
241:14,19 242:14
243:7,8 244:6,9
271:13

**columns** 89:21
103:2,3 229:20
238:12 241:11
245:20

**combination**
109:24 250:22
261:15

**combined** 32:14
37:18,22 38:8
105:23 128:10
129:3

**come** 22:10 81:12
104:22 124:25
134:2,8 168:20
170:24,25 196:4
233:1 239:21
259:11,12

**comes** 92:14 114:4
253:11 265:4

**comfortable** 90:6

**coming** 235:4
252:17

**commencing** 1:15

**commercial** 31:14
32:18,19 33:25
35:5 37:1,1 41:16
44:25 51:17 63:19
63:21,22 72:16,25
73:17 81:17
117:11,12 119:24
120:8,14,20
122:21 123:6
188:5 216:2 221:3
221:6,9

**committee** 78:25
79:3,5,17 80:2,22
82:24 83:2,14,17
83:25 84:5

**committee's** 79:20

**committees** 94:22

**common** 123:3,4,5
123:7 130:25
194:2 228:5

**communicated**
180:1

**communication**
4:11 135:23 163:6
164:7 174:13
181:4 279:14

**communications**
15:16,18 154:23
169:16 179:22

CONFIDENTIAL

**[communications - connecticut]**                                      Page 10

| | | | |
|---|---|---|---|
| 217:23 281:12,16 | completed 285:17 | conducted 150:16 | 139:24,25 146:6 |
| **companies** 29:12 | **compliant** 20:16 | **confidence** 48:3,5 | 149:15,24 150:21 |
| 29:13 55:18 | 22:21 231:3,4 | **confidential** 1:9 | 153:7,19,24 |
| 118:10 179:4 | **complicated** 59:20 | 66:11 67:18 | 154:25 157:19 |
| 220:23,24 | 106:6 253:7 | 113:21 114:23 | 158:3,18 160:10 |
| **company** 118:12 | 258:19,21 | 115:1,6,9 184:24 | 160:21 162:24 |
| 144:14,16 185:12 | **component** 25:8 | 232:12 238:6,10 | 163:8,20,23 164:4 |
| 186:7,9,18,23 | 38:3,14 84:12 | 275:25 280:17 | 166:2,4,9 169:22 |
| **compare** 35:12 | 122:9 123:11,16 | **confidentiality** | 170:22 174:13,22 |
| 102:25 264:20 | 128:2 198:17 | 115:5 275:8 | 175:10,13,18 |
| **compared** 240:24 | 210:18 257:1 | **configure** 26:20 | 179:17,23 181:9 |
| **compares** 240:14 | **components** | **conform** 98:16 | 182:7,10 183:3,9 |
| 253:8 | 199:24 248:20 | 105:5 | 184:14 185:11,15 |
| **comparing** 103:7 | 254:25 | **confused** 67:10 | 186:25,25 190:10 |
| 240:17 | **compounded** | 191:7 | 193:25 194:25 |
| **comparison** | 250:21 | **connecticare** | 195:4 201:10 |
| 259:24 | **compounds** | 14:10 19:9 21:9 | 203:25 204:7,23 |
| **compatible** 242:21 | 250:19,21 | 21:11 23:15 26:23 | 205:12 206:11,20 |
| **compendium** | **comprehensive** | 26:25 27:3 28:16 | 206:25 207:4,14 |
| 147:2 | 149:5 | 28:20,22 29:3,22 | 207:15 208:5,18 |
| **compensation** | **comprised** 80:22 | 29:25 30:12,20 | 209:3,16 210:4,12 |
| 203:4 | 85:23 | 34:12,25 35:25 | 211:13 214:6 |
| **competitive** 4:8 | **comprises** 80:2 | 41:21 45:11,15 | 217:7 219:11,22 |
| 102:9 113:21 | **computer** 13:6,9 | 46:22 47:18,25 | 220:4,12,20 221:3 |
| **competitively** | 101:13 202:23 | 56:19 58:9 60:23 | 221:5,6,8,13,23 |
| 195:19 | **concept** 93:19 | 61:7,16,20 62:19 | 222:8 223:23 |
| **competitiveness** | 95:7,15 122:14 | 63:6,12,15 64:7 | 224:5,12,17 |
| 26:20 | 193:22 | 65:24 66:19 74:2 | 233:19 234:4,7 |
| **competitors** 101:9 | **concern** 211:7,9 | 76:21 77:15 79:2 | 235:25 236:1 |
| 102:18,25 104:22 | **concerns** 144:9 | 85:17 86:15,18 | 254:11 270:19 |
| 105:3,4,6,13,21 | 211:11 | 87:5,14,18,23 88:1 | 276:17 278:21,23 |
| 106:2 194:5 | **concluded** 283:5 | 88:9 91:18 94:22 | 279:5,14,24 |
| **compile** 24:9 | **conclusion** 193:2 | 107:14,21 111:17 | 281:12,16 |
| **complaint** 4:20 | 208:23 210:8 | 112:15,18,24 | **connecticare's** |
| 210:11 222:23 | 211:3 221:17 | 119:10 120:15,21 | 43:16 54:1 65:3 |
| 223:10 226:13,18 | **condition** 16:5 | 120:23 121:19 | 149:4 204:11 |
| 229:23 270:17 | 24:22 208:2 | 123:20 127:18 | 213:11 221:1 |
| 271:2 | **conditions** 21:18 | 130:10,15,20 | 222:10 231:6 |
| **complaints** 222:15 | 21:20 251:4 | 132:24 135:25 | 279:18 |
| **complete** 287:8 | **conduct** 281:14 | 136:5,8,16,21 | **connecticut** 29:23 |
| | | 137:21 138:2 | 29:25 30:2,15 |

32:19,22 44:4
63:15,22 65:3
85:4,6 88:3
**connection** 181:25
182:3
**consent** 8:25
**consider** 102:25
104:24 114:1
149:15,24 205:17
205:20 208:18
274:15
**consideration**
83:12 111:5 113:6
144:9
**considerations**
101:4
**considered** 38:14
38:15 63:18
109:10 185:15
188:11 190:13
192:19 208:15
275:25
**considering** 105:2
224:2
**considers** 150:1
258:10
**consistent** 140:11
249:22 250:18
**constant** 58:16
251:10
**consumer** 203:17
**contain** 104:6
149:5,9 280:14
**contained** 226:10
**containing** 62:13
62:20 99:13
189:20 208:20
209:17 224:12,23
279:10
**contains** 184:25
232:11 238:24

**contaminated**
171:18 175:25
224:22
**content** 174:12,21
**contents** 7:1
276:18
**context** 72:2 151:3
164:22
**continue** 22:9,12
65:22 206:10
**continued** 70:2
89:1
**continues** 166:20
**contract** 4:18
87:11,19 88:1,5,7
139:19,20,23
174:15 183:19,20
185:6 202:25
234:6,7,9,17 237:1
248:19 249:5,21
260:14 261:4
262:9 275:14
**contracted** 47:7
201:21,24 202:3,9
249:14
**contracts** 64:8
139:21 183:10
202:16 237:7
260:16 275:22
**contractual** 249:5
**contrast** 200:13
**control** 207:25
**convention** 87:9
**conversation**
164:22
**conversations**
209:11
**conversion** 178:15
**coordination** 23:4
23:5 212:7,18

**copay** 21:22
**copayment** 100:8
**copied** 116:5
**copies** 282:7
285:14
**corner** 68:10
**corollary** 41:25
**corporate** 14:4
16:10 28:19
118:25
**corporation** 3:5
**correct** 9:17 10:5
19:13,14 20:2
21:24 24:2 25:18
29:4 33:4,10,23
34:3 36:17,21,22
37:4,5,8 38:16,19
38:20 42:1,2
43:24 47:2,3,3,20
52:17,23 53:20,21
55:6,7,14 56:24,25
57:1,9,15 58:14,24
58:25 59:4 60:11
60:20 71:22 72:6
73:6,7,13,19,25
76:12,13 78:16,20
78:23 83:22,23
84:21,24,25 85:18
85:21,22,24 86:8
86:13 87:25 92:1
93:18 94:15 95:20
95:21 96:6 98:2,5
98:6,10 103:5,12
104:5,10 106:22
107:8 108:18,20
109:25 111:5,6
113:18,19 116:18
117:3,13,22 119:2
120:6 121:19,20
123:12,13 126:15
127:16,19 128:8

133:19,21 134:23
135:6 140:15,24
141:5 142:12,17
142:20 144:2
145:24 146:23,24
147:8,13 148:18
149:7 151:23
158:15 161:13
162:7 163:8,9,12
163:21 165:13
169:23 171:14
174:23 175:16
180:2,7 183:22
185:12 190:15
191:2 196:15
200:2,5,11,17
204:3,9 207:25
208:1,4 211:1
215:24 217:20
218:1 219:9
221:15 223:25
224:1,7 225:3
234:10 237:5
239:1 244:4
248:17,22 249:2
252:1,13,17
256:23 257:4
258:1 260:18
261:12 264:12,13
275:25 284:7
287:8
**corrections** 287:6
**correctly** 22:25
91:12 121:5
132:21 162:22
167:1
**correspond** 227:3
227:24 235:24
**corresponding**
241:19 242:17

CONFIDENTIAL

[corresponds - d]                                                    Page 12

**corresponds** 93:25
  103:18 143:19
  260:23 261:18
  271:18
**cos** 231:13
**cost** 25:11,13 52:1
  52:21 54:25 55:6
  56:12 58:3,6,10
  59:2 62:12,18
  83:12 108:25
  109:1,1 111:5,24
  124:13 137:12
  139:1 141:2,4,8,14
  141:15,19,19,22
  141:24 142:12,14
  142:15 143:6,9
  144:10,13 147:7
  147:12,16,20,22
  148:22 157:15
  158:25 160:11
  162:13,14 195:13
  195:21 198:13,14
  198:16 199:5
  200:1 201:3,6
  203:20 204:18
  205:3,4,5 212:12
  228:14,17 247:12
  247:13 248:14
  249:8 250:7 253:7
  254:25 255:11,23
  258:5,7,11,11,12
  258:16 267:17
  268:12,13 269:5
  269:13 280:15
**costs** 47:19,25
  50:23 51:3 58:9
  58:22 73:6 97:12
  97:15 140:14
  148:1 198:6
  204:11 249:12
  254:25

**counsel** 2:6,10,16
  2:20 3:5,10,14,17
  8:10,25 11:7
  13:23 18:10,17,21
  76:23 155:18
  156:19 209:12
  275:24 278:8
  280:20 281:20
  282:7 284:10
  285:14
**count** 118:1 119:3
  119:4 120:4
  121:19 165:17
**counter** 84:11,17
**counting** 32:6
**couple** 13:5 21:5
  63:10 105:15
  125:17 133:14
  138:24 190:17
**course** 12:9
**court** 1:1,16 8:7
  8:11,16 9:9 11:1
  12:3 14:11 18:3
  22:18 23:5,7 25:3
  28:1,4 32:10 33:8
  35:4,6 40:20,23
  44:7 45:24 46:9
  50:7,11,19 53:10
  57:24 58:1 67:4,7
  70:9,11 71:19,23
  74:3 80:9 82:7,10
  83:4,6 85:11 99:2
  107:2,5 110:18
  116:20 124:9
  125:3 126:18
  128:14 134:25
  137:17 142:22
  145:18 149:19
  155:21 158:6,9
  159:8 171:4,25
  172:4 177:18

  188:17 191:25
  195:10 198:18,24
  199:2 206:16
  211:21,24 213:19
  214:2,4 228:24
  229:3 235:8 236:8
  242:3,8,10 247:2,5
  247:16 252:20
  253:19,22,25
  259:7 261:19
  262:3 263:25
  265:10 266:8,12
  268:17,20 271:20
  276:13,23 277:8
  277:17,20 278:7
  281:1,20,23 282:6
  282:15,21 283:2
**cover** 50:22 51:2,6
  62:12 81:16 83:14
  130:4 178:9
  205:25 208:7
**coverage** 44:17,20
  44:23 52:7,22,25
  53:3,7,12,18 54:3
  54:8,11,15,17 55:9
  56:18,21,24 57:3,6
  57:10,11,12,14,20
  58:12,18,20 59:7
  89:13,18 98:8,9
  106:15 124:11
  127:22,24,25
  132:16,17,25
  143:1,3 204:23
  207:2 212:9 263:8
  263:12,13,16
**coverages** 261:5
**covered** 55:9,13
  84:19 115:5
  132:14 135:4
  160:5 207:6
  208:13 210:22

  217:25 275:8
**covering** 148:17
**covers** 52:20 62:17
  218:21
**crash** 82:21,23
  101:14
**crazy** 243:9
**create** 250:25
**created** 118:10
  238:7
**credit** 175:3,14
**criteria** 24:25
  76:16 100:3 150:6
**cross** 80:16 104:11
  105:24 265:12
**crossing** 263:16
**crosswalk** 95:3,7,8
**cs** 285:15
**current** 19:19,21
  20:4 24:11 72:8
  120:19 160:1
  183:19
**currently** 77:15
  135:11
**cursor** 74:9
**custom** 89:19 90:2
  91:3,13,14,18,20
  92:4,17
**customary** 196:18
**customer** 30:3
**customers** 64:22
**cut** 79:16
**cv** 1:6
**cwhorton** 2:5
  285:2

---
**d**
---
**d** 3:12 8:15 38:3,6
  38:14,15,18 45:23
  45:25 46:3,6 48:8
  70:8,13 74:18
  76:22 84:22,23

CONFIDENTIAL

**[d - deposition]**                                                    Page 13

86:24,24 87:21
88:3 98:13,16
128:12 139:25
143:7 209:18,22
210:14,17,19,22
235:9 236:10
238:12 254:17,18
254:21 262:1
**d'lesli** 3:3
**dailies** 233:21
**daily** 194:15
  233:20
**dallas** 3:4
**data** 4:22,24,25
  23:11,16,22 59:21
  111:15 112:9
  145:11 166:21,23
  168:6,11,15,16,16
  168:17,21,25
  171:11 172:8,10
  182:2 213:9 214:7
  218:14 225:16,21
  226:14 229:20
  231:6,22 232:20
  232:25 233:8,13
  234:17 237:1
  239:3 240:14,18
  240:25,25 241:1,4
  241:5,6,19 242:24
  242:25 244:3,7,9
  244:11,17 245:15
  245:24 256:7
  258:1 260:3,7
  267:22 268:2
  269:3 270:21
  272:12 274:6,9
  276:3,6,17
**date** 16:6 20:3
  117:1 118:1
  133:12 145:11
  226:19 227:15,18

228:2,4,6,7,9,10
228:22,23,23,24
229:1,1 230:2
231:7,11,12
243:20 244:12,12
244:15,16,20,25
245:1,14 246:3,4,9
246:16 264:23
265:16 271:4
272:13 273:3
286:24 287:12
**dated** 4:17 116:1
  164:18 174:6
  215:4 219:6
**dates** 13:16 228:22
  237:18 240:1,1
  245:13 272:5,8
**david** 17:13 262:4
**davis** 3:3
**day** 12:10 16:4
  134:8 153:22
  194:11 231:1,2
  249:23,24 250:1,6
  250:7,8,9 251:18
  251:22 284:14
  287:15
**days** 97:4 133:11
  217:23 231:1
  250:14 285:17
**dc** 2:9
**de** 2:3
**deal** 21:8
**dealing** 264:10
**dean** 155:9,17
  156:15
**december** 271:4
  271:25 273:4
**decide** 79:5 83:17
**deciding** 108:23
  109:14

**decision** 88:7
  112:24 134:1
  136:8 149:1
  158:16 175:13
**decisions** 79:20
  81:4,7 82:23 83:1
  94:22 101:7
**declare** 8:23 287:4
**decrease** 147:12
**decreased** 147:23
**decreasing** 148:17
**deductible** 53:1,19
  53:22 54:2,8,12,18
  106:5,7,10 263:9
**deductibles** 54:11
  105:25 106:7
**deemed** 287:6
**default** 169:12
**defendant** 2:16,20
  278:3,4,14,24
  279:25
**defendants** 2:10
  278:1 279:6,10,15
  279:19 280:4
  281:6,6,13,17
**define** 31:12 34:9
  35:1 36:18 50:25
  81:17 96:15 261:5
**defined** 56:11 58:6
  71:16 91:10 98:14
  98:14 99:11
  111:14 194:4
  255:13
**defines** 54:24
  185:19 262:15
**defining** 20:15
  24:1 187:20
**definitely** 28:24
  90:20 148:6 197:1
  236:23

**definition** 98:15
  164:4 187:25
  188:2,3,22 189:21
  189:22 190:16,19
  191:12,16 192:2,3
  193:14,15,19
  195:7 198:23
  216:14
**definitions** 187:9
  187:11,15
**degree** 27:24
  196:1
**delay** 11:6
**delivery** 163:17
  164:25 175:2
**demonstrate**
  193:7
**demonstrative**
  4:21 5:2 226:9
  239:8 240:13
  243:19 246:13
  259:24 270:10
**department** 79:22
  136:13 214:15
**depending** 51:8
  52:21 56:4 58:12
  58:18 59:2,7
  97:19 98:1,8
  121:22 123:1
  161:6 162:12
  249:16
**depends** 147:16
  245:8,8
**deponent** 285:13
  287:3
**deposed** 10:21
**deposing** 285:13
**deposition** 1:13
  4:3 8:4,17,19,20
  10:15 13:22 16:21
  16:21,22 17:11

CONFIDENTIAL

**[deposition - dispensing]**    Page 14

18:2,5,18,22 67:15
115:23 125:20
126:13 145:6
154:3,10 173:19
176:20 184:20
222:20 225:25
229:11 240:12
260:5 281:15
283:5 284:5
**depositions** 81:24
**deputy** 3:17
**describe** 31:23
**described** 215:20
**describing** 212:18
**description** 4:2
5:1 6:6
**designate** 115:1
**designated** 18:14
66:11 67:18
232:12
**designation**
184:25
**designations** 115:9
260:24
**detail** 4:22 39:14
44:6,9 47:8
169:14 193:24
224:20 229:20
231:22 259:23,24
272:7,7
**detailed** 225:16
226:10 227:3
**determination**
60:17 92:3 150:19
**determinations**
101:6
**determine** 24:6
100:13 113:6
134:14 144:13
150:3 172:10
182:11 263:15

**determined**
100:20,22 108:21
143:15 161:3
249:4
**determines** 143:17
**determining** 101:9
112:19
**develop** 61:25
**developed** 198:4
**developing** 76:15
**development**
76:11
**dictated** 158:16
**differ** 72:15
196:25
**difference** 91:5,7
134:13 200:9
201:6 202:2
251:21 253:15,15
**differences** 39:23
89:25 104:2
107:23 108:5,8,10
122:23,24,25
127:20 141:14
**different** 13:15
20:20 21:24 22:4
22:23 26:19 33:21
34:16,18 36:17,17
38:9 40:2 43:17
48:25 52:8 63:10
63:17 65:22 69:7
72:22 79:2 80:5
80:18 81:2 89:6
89:22 90:2 91:2
93:25 94:17 95:18
96:3,5,12 97:19
98:1,19,20,21
100:9,19 103:1,15
105:2 112:21
117:23 118:9,21
120:7,10 121:21

122:22 126:10
127:7,8 136:12
138:25,25 139:9
140:12 142:25
143:6,11 165:18
175:21 188:4
197:6 199:17
202:19 207:12
210:25 227:24
228:5,22 241:12
243:5 244:7
245:12 249:20
251:1,5,15 253:2
254:4,25 260:15
261:5 264:25
267:21 272:5
273:20 274:17,17
275:1,12,20,21
**differentiate** 105:3
105:13 106:1
218:15 262:21
**differently** 101:3
105:17 131:22
**difficulties** 77:10
156:16
**difficulty** 12:3
**digits** 169:5 272:3
**diovan** 99:14
110:3,22 111:10
112:14 135:24
136:8,22 149:13
151:6,9 152:4
188:10,14
**direct** 48:6,14
92:23
**directed** 160:22
**directing** 180:11
181:5
**directly** 144:17
169:25 183:10
201:20,23 202:3,9

214:21
**director** 27:8
163:2
**directors** 80:15
**disabled** 72:12
**disapproves** 79:12
**discontinue**
132:16
**discount** 113:2,13
194:12 196:19
203:11,16 249:25
250:3,13
**discounts** 113:3
203:3
**discretion** 150:22
151:8 203:5
**discuss** 195:8
**discussed** 23:24
36:24 38:23 43:23
85:20 117:20
140:4 149:7
223:22 225:1
235:19 238:24
254:2 257:7
260:15 282:11
**discussing** 82:22
135:23 230:9
259:25 274:6
**dispense** 150:4
161:20 257:9
**dispensed** 136:24
217:19 228:7,10
231:8 257:21,22
258:3 280:21
**dispensing** 123:12
169:13 198:19
199:5,21 200:1
201:7 203:4,15,16
218:5 228:3,15,17
247:13,15 248:15
249:3 250:1,7,9,17

CONFIDENTIAL

**[dispensing - drugs]** Page 15

251:5,10,21 257:1
257:20,23,25
258:3,5,6,9,12
274:5,18 275:15
275:18,22 276:4
280:16
**dissatisfied** 156:25
**distinct** 228:21
**distinction** 118:24
**distinguish** 88:22
**distributed** 174:5
**distribution**
268:15
**distributors**
172:20 194:7
**district** 1:1,1
14:10,11,12
**divvy** 101:2
**dlesli.davis** 3:5
**doctor** 133:13
151:18 161:3
208:11
**doctors** 151:21
161:7 179:19
**document** 1:4 4:13
17:1,8 66:7,9,15
66:23 67:15,16,25
68:8,16 82:20
89:9 93:5 101:19
102:3,8,14 115:20
115:22 126:5,11
131:5 135:21
145:8,11,14,21
146:7 154:8,11
155:3 165:6
173:18,20 174:9
176:19,23 182:2
183:25 184:20,23
185:3 222:20
223:7 225:24
229:10 232:18,19

233:9 238:17
240:10,15 241:14
270:4,8
**documentation**
109:16
**documents** 6:5
13:2,21 18:20
19:11,16 65:8,25
102:23 105:14
154:2 280:14
**doing** 111:16,18
112:6 125:14
137:22 234:18
238:4 255:22
**dollar** 35:8 147:20
256:19
**dorner** 2:8 7:5
82:5 280:24 281:2
281:5,19 282:11
**dos** 227:10,15
244:3
**dosage** 178:14
272:16
**dosages** 178:10
**dose** 278:5,16
**download** 237:20
237:21,24
**dr** 137:22 138:1,3
**draft** 282:10
**drew** 2:8 281:5
**drill** 133:15
**drive** 2:18
**driven** 134:1,6,10
158:18 196:7
215:2
**driver** 109:2,7,8
**drop** 234:15
**drug** 15:24 24:21
25:12,13,15 32:13
32:16 38:11 40:15
41:5 44:16,20,22

49:3 50:4,8,23
51:3 52:21 56:4,5
56:8,13 58:6,16,22
59:16 62:2,3
64:13 81:14,16
83:16,18 84:11
89:13,18,19 90:2
90:15 91:3,6,8,13
91:18 97:20 98:12
99:13,15 100:4
104:1 105:20
107:16,20 108:17
108:18,20,23,24
109:14,16,22,23
109:24 110:2,4,21
111:2,18,19
112:13,19,23
113:1,7,10 124:2
128:2,5 129:16
132:11,14,16,18
132:20,25 133:4
133:13 134:18
137:1,7,11 140:13
140:22 142:13
144:1,8,12,12,22
146:19,23 147:10
147:17,22 148:1,5
148:5,5,6,8,13
149:16 150:13,14
151:11,22 152:9
152:19,23,24
153:12 160:20,20
162:2 168:18
170:10,11,11
171:2 172:20
176:1 181:9
183:11 186:4
188:22,23 189:10
189:11,21,24,25
189:25 190:3,7,13
190:17 191:1,3,16

191:17 192:7,9,10
192:18,25 193:14
193:16 194:1,3
195:2,16 196:9,14
201:20,21,23,24
202:3,4 203:21
204:1 205:5 207:2
207:21 208:8
210:19,21 211:10
213:24 217:19
228:14 249:11
251:14 257:3
258:3 264:23
268:13 271:17
**drugs** 14:18,19,25
15:23 24:6,7 25:1
53:11 57:8 62:13
62:20 81:12,12,13
83:14 94:18,23
97:22,24,25 99:9
101:2 105:15,16
106:10,16 108:12
108:21 111:23,24
123:21 130:4
134:8 135:4
141:20 143:2,7
145:15 149:17,25
150:1 168:22
170:25 175:22
183:12 187:11,12
187:12 188:3,4,4
188:11 189:20
191:20 192:23
194:18 195:14,25
196:4,12 198:7
201:11 203:8
208:20 209:17
218:6 224:12,23
250:18,21,22,23
278:20 279:10

**dtdorner** 2:10
**dual** 45:25 84:24
  142:19
**duane** 2:7 82:6
**duanemorris.com**
  2:10
**due** 152:5 247:15
**duffy** 1:5
**duly** 9:6
**dummy** 75:19

**e**

**e** 2:1,1,3 3:1,1 4:1
  8:15,15 9:21 10:2
  188:18,18,20,20
  224:15 236:10
  268:19 284:1,1
  285:1 286:3,3,3
**earlier** 74:11
  76:10 88:14 124:4
  126:12 141:13
  149:7 154:20
  177:7 182:14
  183:8 191:2 221:8
  223:22 225:1
  248:18 253:2
  257:7,16 263:4
  273:20
**earliest** 155:6
**early** 217:23
**easier** 27:19 238:2
  241:11
**east** 3:8
**echo** 262:4
**economic** 4:20
  222:22
**economically**
  207:5,16
**education** 194:10
**educational** 27:22
**efeldman** 2:15

**effect** 57:9
**effective** 25:12
  106:13 110:5
  133:12 145:16
**effectively** 24:14
**effectiveness**
  108:25 109:11,13
  109:14 132:20
  144:10
**efficacy** 144:8
  148:25
**effort** 24:5 169:9
**egwp** 70:13,16
  71:8,10,15,20
  73:23 74:1,5,6
  78:7,8 85:20
  86:14,23,24,25
  87:6 92:1,14
  95:23 261:8,9
**egwp3t** 85:19
**egwp4t** 86:9,21
**eight** 32:6,7 69:7
**either** 30:20 34:24
  38:5 48:25 59:20
  64:7 72:4 75:25
  78:3 85:16 130:24
  159:20 171:12
  183:5 262:10
  277:10 279:15
**eligibility** 22:11
  215:2 242:13,25
  243:7
**eligible** 46:7 72:5
  72:8
**email** 4:9,14,16
  115:25,25 116:5,5
  116:9,16,24 136:4
  137:15,20 154:18
  154:20 155:6,9,12
  155:17 156:14,17
  156:24 157:2,3

159:13 162:21
163:14 164:17
165:7,14,23
166:16,18 167:20
167:20 177:7,10
178:2,8 182:14
282:17
**emblem** 3:17 4:12
  4:16 14:9 16:2
  19:8,22,24 21:8,11
  23:15 24:11 25:20
  26:23,25 27:2
  28:15,19 29:3,14
  29:17 30:20 31:4
  32:5 34:8,11,16,24
  35:3,4,25 36:8,13
  36:16 37:3 38:17
  38:22,25 39:4
  41:10,20 42:5,14
  43:12,13 44:16
  45:2,10 46:22
  47:2,7,18,25 48:6
  51:22,25 52:3,7
  53:25 55:9,11,22
  56:19 58:8,15,23
  59:1 60:22 61:7
  61:16,20,25 62:18
  62:25 63:9,21,24
  64:7,21,22 65:23
  66:2,10,17,19
  67:17 68:24 70:22
  71:21,23 74:2,17
  76:21 77:15 78:21
  78:24 79:3,7 80:3
  80:11 82:24 83:24
  84:9,10,20 85:4,16
  85:19 86:9,14,18
  86:21,23,24,25
  87:5,14,18 88:12
  88:16 89:3 91:2
  91:17 92:12,14,14

94:4,5,22 95:23
100:13 101:8
102:4,7 103:8
104:21 106:15
107:13,21 111:2
111:17 112:15,18
112:24 113:24
114:1,8 115:24
116:10,13 117:15
117:17 118:5,6,11
119:1,10,13,14
120:2,14,20,24
121:18 123:19
124:13 126:24
127:3,4,7,12
129:15 130:14
131:12 132:23
134:2 135:22,23
136:10,16 138:4
139:24,24 144:21
145:8 146:1,6
147:6 148:17
149:4,15,23 150:1
150:21 151:6,8
152:7 153:7,19,22
153:23 154:12,25
156:12 157:18
158:3,18 160:9,21
163:3,20,22 164:5
165:15,24 166:2,3
166:8,16 167:3
169:22 170:22
171:11,19 173:21
174:13,22 175:10
175:13,18 176:25
177:6,15 179:17
179:23 180:9
181:9 182:6,10
183:3,9,13 184:6
184:21 185:15,19
185:22 186:8,11

186:14,23,24
187:1 188:7 190:9
193:25 194:24
195:3 199:18,25
201:9 202:7
203:24 204:6,10
204:22 205:12
206:11,20,25
207:4,13,15 208:5
208:18 209:3,15
210:3,12 211:13
212:8,23,25
213:11 214:6
216:10,13,24
217:7 218:8,13,17
218:19 219:6,11
219:21,22 220:4
220:13,21 221:8
221:13,23 222:8,9
223:23 224:5,11
224:16 225:1,7
226:18 231:6,22
231:24 232:11,25
233:1,8,18,24
234:2 235:15
236:3 238:23
240:17,25 241:4
241:14 242:22,25
243:4,19 244:11
244:16 245:13
247:11 248:25
252:12 254:8,11
255:2 260:3,4,13
260:16 270:18
274:5 276:17
277:6,15 278:20
278:23 279:5,9,14
279:24 281:12,16
**emblem's**  4:10
21:10 36:16 63:18
64:20 66:23,25

78:18 96:17 106:4
121:11 126:8
135:4 147:12,19
147:22 152:5
176:3 181:17
184:11 194:21
217:11 218:3
238:25 269:3
279:18
**emblems**  103:4
**emphasize**  274:14
**empire**  66:18
**employed**  19:23
154:24 163:3
**employee**  156:19
163:1 165:11
**employees**  63:1,11
72:4,8 73:1,2
87:14
**employer**  19:19,21
33:25 34:1 36:20
40:17 43:15 71:11
72:4,16,25 74:5
85:20,25 261:10
**employment**  16:1
**enable**  172:10
**encompass**  34:12
38:3
**encounter**  26:16
**encounters**  26:15
**encourage**  106:12
250:13
**encouraged**
153:13
**encourages**  25:14
**ended**  218:22
**ends**  65:14 125:7
156:2 206:3
218:22 259:15
**enforced**  150:23

**enforcing**  150:8
150:17
**enhanced**  89:19
91:13
**enroll**  63:15 71:17
71:18 92:15
**enrolled**  121:22
123:2 174:16
210:5
**enrollee**  210:1
**enrollees**  209:17
210:14 223:14
224:16,17 254:6
**enrollment**  75:6
**enrolls**  174:18
**ensures**  24:20
**ensuring**  20:16
22:12
**entail**  39:13
**enterprise**  20:6
29:11 136:14
163:1 177:15
**enters**  244:22
**entire**  47:24 135:1
147:7
**entities**  29:6 34:18
64:9 165:25
**entitled**  4:13
**entity**  42:8 63:24
64:5 169:21 172:9
186:8 218:16
**entries**  146:15
227:2
**entry**  244:16,19
**environment**  11:6
161:18
**envision**  200:24
**epic**  51:19,21,24
51:25
**equal**  188:24
189:10 192:8,9

258:11
**equally**  25:12
106:13
**equals**  38:6
**equivalent**  55:2
191:20 192:6,20
193:15 250:12
**errata**  285:11,13
285:17
**erratas**  285:15
**esi**  163:7,10 190:6
198:5 199:5,14,14
199:16,17 233:1,4
233:5,7
**especially**  10:24
11:5
**esquire**  2:3,8,13
2:18 3:3,7,17
285:1
**essential**  139:3,4
140:6 141:1
**essentially**  14:18
20:25 26:16,18
29:10 39:18 42:5
50:5 59:17
**essentials**  147:1
**estimate**  31:11
267:7
**estimates**  62:1
**et**  1:5,5 93:24
281:7 285:4 286:1
287:1
**ethan**  2:13
**ethic**  153:17
**evaluate**  104:24
109:13 144:6,12
**evaluating**  111:18
**event**  49:3 50:4,9
59:16
**events**  228:3,13

CONFIDENTIAL

**[evercare - fact]**                                                            Page 18

evercare  213:25
  214:2
everybody  16:16
  65:11 172:4
  205:25 234:3
evidence  110:24
  151:13 172:17
  208:10 246:7
exact  200:14 272:4
exactly  34:6
  139:21 205:4
  210:24 228:23
  236:21 255:19
examination  7:3
examined  9:6
example  22:15
  39:4 40:4 64:16
  71:14 92:13 94:3
  95:22 106:17
  108:15 110:1
  140:3,6,25 189:3
  197:4 212:7 250:6
  264:22 272:12
excel  4:8 101:16
  232:6 234:12
exception  91:21
  98:25 100:6 110:6
  111:9 136:23
  137:3 250:19,20
exceptions  265:24
excerpt  163:15
exchange  27:12
  32:21,22,23 33:2,3
  33:18 35:22 81:18
  117:12 121:1,2
exchanges  20:22
excludes  216:14
excuse  71:13
excused  282:24
executive  155:18
  156:18

exemplar  224:10
  224:21 225:15
  226:12 227:3
  270:16,18,22
exercise  150:22
exforge  188:11,14
  188:18,19
exhibit  4:2,3,5,6,8
  4:9,10,11,13,14,15
  4:16,18,19,21,21
  4:22,24,25 5:1,2,2
  16:21 17:2 66:8
  66:12 67:15,19
  78:10 82:14 84:7
  101:13,18,19,20
  114:19,23 115:13
  115:14,15,16,23
  125:18,18,20,21
  127:2 129:8 132:3
  132:5 135:13,14
  135:15,21 138:18
  145:1,1,2,7 147:2
  154:7,9,10,14
  156:10 162:18,19
  173:17,19,23
  176:20,21,24
  177:1 184:2,16,17
  184:20 197:25
  222:19,20,25
  225:24 226:1,2,9
  227:7 229:7,11,13
  232:7,10,14 239:8
  240:11,12,13,20
  246:13 259:23
  260:5 270:7,9,9,10
  270:12
exhibits  7:8
  125:18 280:13
exist  70:21,22,24
  112:15 235:12
  237:9

existence  51:12
exists  75:23
  234:17
expect  110:5,20
  131:21 175:24
expenses  57:22,23
expensive  97:3,4
  132:18 148:13
experience  84:2
  113:24 274:25
expert  47:22,22
expired  191:5
explain  24:17 32:4
  39:12,25 40:16
  42:3 46:3 48:12
  52:24 54:22 87:11
  96:16 141:18
  143:5 186:20
  193:23 199:11
  202:2 216:9
explicitly  170:10
explore  153:17
express  3:14 4:6
  4:15 13:11 15:17
  16:5 19:2 21:19
  22:9 24:5 25:22
  25:25 26:3,6,9,22
  27:3,5,10,16,18
  41:6,6,7,8,11 47:1
  62:9 68:11,18,24
  84:3 85:3,16
  87:10 90:4,17,19
  90:20 91:9,22
  93:15 94:19 96:14
  102:10,13,15,16
  112:8 114:25
  116:2,14,25 117:6
  118:22 120:13
  123:9,15 134:3
  150:7,11,22 152:7
  153:25 154:24

157:2,6,9 158:2,4
  158:17,22 159:18
  160:10 163:11,16
  164:2,2,24 165:12
  165:23 167:6,15
  168:13,16 169:11
  169:20,25 170:5,7
  170:9,14 174:3,16
  174:20 175:9,11
  180:2,10 184:10
  185:10 187:18
  188:5,25 194:13
  195:4 196:8 197:4
  197:19 199:20
  201:5 203:1,6,9,19
  203:23 204:6,16
  204:20 205:17
  214:19,21 215:7,7
  217:24 219:13
  246:25 248:19,24
  249:6 252:4,5,12
  255:1 260:12
  261:21 262:14,20
  265:6 274:25
  275:2,24 279:20
extensive  179:10
extent  118:20
  217:2 218:9 238:7
external  80:16
  261:13
extract  239:25
extraction  229:19

**f**

f  9:22 103:3
  134:22 188:18,20
  235:9 268:19
  284:1
facets  22:6
fact  49:16 86:3
  108:11 212:10,21
  212:22 252:16

256:19 266:23
267:7 268:23
**factor** 112:18
113:5 148:1
**factors** 51:9 101:5
108:22 109:9
148:25 193:7
**facts** 147:14
151:13 172:17
208:9 246:7
257:13
**fails** 285:19
**fair** 11:22 12:19
25:16 34:2 38:15
62:11,17 75:20
80:21 89:23 90:22
91:15 106:11
133:18 157:3
171:21 196:6
208:6,16 212:19
218:2 250:10
273:10
**faith** 121:6
**fall** 34:1 36:23
37:15 45:19 63:20
108:17 119:1
190:8
**falls** 87:17
**familiar** 20:3
43:21 44:3 60:10
64:4 66:15 67:2
68:8,15 95:6
102:7 114:24
198:9,11,12 209:2
211:4 231:21
232:19 234:12
236:19 275:11
**familiarity** 213:9
**families** 38:24
**family** 37:4 42:18
179:4 180:4

220:24 264:1
**far** 19:7 182:21,21
**farmington** 29:23
**favorable** 114:10
**fda** 191:22 192:23
193:8,15 224:22
**february** 154:19
243:24 244:23,25
245:1,2,6,11
**federal** 20:17
22:22
**fee** 198:19 199:5
199:21 200:1
201:2,2,7 203:16
228:15,17 247:13
247:15,18 248:15
249:3,7 250:1,7,9
250:17 251:5,10
251:21 257:1,20
257:23,25 258:3,5
258:6,9,12,13
274:5,7,18 275:15
276:4
**feel** 12:11 13:18
87:9 280:5
**fees** 183:4 200:14
200:16,19 203:4
203:15 247:20
275:18,22 280:16
**feldman** 2:13
**fewer** 114:5,10
135:10
**fgpov** 261:23
**fida** 235:6
**field** 242:24 244:4
245:16
**fields** 241:19
260:3,7
**figure** 164:18
169:6 180:24
201:15 215:12

216:17
**file** 4:8 101:16
115:9 134:7,21
145:9,11 150:14
215:11 222:23
223:4 225:12
232:23 233:14
237:18 238:20,21
239:10,15,25
240:1,2 241:1
243:4
**filed** 26:16
**files** 22:10,11
134:12 233:21
245:13
**filings** 222:15
**fill** 100:3 124:3
143:22 151:9,23
152:8,18 162:1
171:8 175:25
203:18 230:23
231:1,2 249:23,24
250:1,6,7,14
251:19,20 273:15
**filled** 152:4 171:20
225:9 227:20
245:5,9 249:13
251:15 257:3
268:2
**filling** 250:6
**fills** 205:10 230:16
231:2 273:7,13
**filter** 234:15
**filters** 215:1
**final** 247:11
248:14 282:13,17
**finally** 57:17 177:5
196:20
**finance** 30:11
61:12,15,20,22
112:10

**financial** 39:20
40:2 42:6
**find** 89:10 92:23
112:12 126:7
133:9 137:23
236:15 270:7
**finding** 212:21
**finish** 12:18
114:16 282:22
**finished** 263:12
278:5,16
**finishing** 11:16
**finn** 1:13 7:2 8:4
9:5,12,20,22 65:21
76:24 82:14
125:14 126:20
206:10 259:22
281:4 282:1,24
284:6 285:5 286:2
286:24 287:2,4,12
**firm** 8:6,8
**first** 9:5 15:25
16:2 25:12 51:24
53:18 54:17 69:3
69:25 84:9 89:15
94:3 127:1 137:15
137:20 139:2
150:16 153:21
156:14 169:5
175:21 185:18
219:9 229:25
235:19 241:13
242:19 252:18
**fit** 67:11
**fits** 66:3
**five** 65:10 94:5
100:24 108:1,3,4,6
108:11 137:12
145:24 169:5
**fixed** 43:18 44:1
44:13 218:21

CONFIDENTIAL

**[flag - future]** Page 20

flag 261:24
flat 53:14 56:15,17
58:6 249:7,10
250:4 274:6
florida 2:4
fluctuation 273:15
focus 111:5 140:10
focused 96:23
folder 125:19
folks 80:5
follow 137:23
151:16 175:4
followed 187:25
207:9
following 147:9
153:8 157:20
160:15,22 161:12
162:7 168:1
178:23 181:8,17
181:19
follows 9:7 241:16
foregoing 284:5
287:5
form 4:7 14:13
15:5 28:12 31:5
32:2 39:1 46:17
48:9 50:24 52:13
54:4 59:14 60:25
61:10 62:14 68:15
68:21 75:21 79:9
90:9 92:9 105:7
107:3 110:8,8,16
111:20 113:12
114:22 117:21
122:10 129:4
134:4 138:11,13
140:16 144:5,19
149:18 150:10,24
151:14 157:4
158:8 160:24
172:3,13 174:9,12

185:20 197:8
204:2 207:18
210:7 213:13
219:16 221:25
235:6 246:1,6
255:5 256:8 257:5
258:18 279:1,21
former 87:15
184:8
forms 68:23
formula 49:1
formularies 4:10
13:15 18:24 24:1
24:6 79:6,20
83:14 91:23 97:5
107:23 120:8,10
126:8,14,24
130:18 135:10
136:12 149:5
175:19 176:3,7
190:9
formulary 19:4,8
19:10 20:15 24:9
24:15 75:5,7,14
76:7,7,11,15,15,19
81:4,7,19 82:24
83:2,22 86:6,11
88:8,25 90:5,8,13
91:4,7,9,10,14,20
92:4,4,17,20 93:16
94:14 95:10 96:13
96:17 98:19,21,24
99:16,17 100:15
100:18 101:1,11
102:5 103:14,15
103:18 105:16,19
105:23 107:14,15
107:19,24 108:2,3
108:10,12 109:3
109:18 112:19,25
126:3 127:4

128:10 129:3,8,16
129:19,22 130:5,6
130:9,14,20,25
131:12,14,21
132:10,14,24
133:8 134:6,12,19
134:21 135:5,11
135:24 136:22
137:1,11,12
138:23 140:23
144:4,7 145:16
146:13 175:24
179:12 180:5
190:14 194:21
196:6,9,9,12
formulation 251:3
forth 22:11,11
143:13 199:6
266:18
forward 137:6
forwarding
154:20 155:12
found 130:20
foundation 151:13
152:12 164:12
173:5 193:2
197:14 213:4
246:8 256:9
273:18 275:7
four 86:11 100:24
143:2,5 146:15
227:2 228:2,13,20
231:1 243:9 244:8
253:2
frame 18:25 19:5
19:5 106:18,20
108:10 122:7
211:10 237:9
frank 9:22

frankly 88:5
free 12:11 160:6
280:5
freezing 202:23
frequency 196:2
267:10
frequently 132:23
151:25 232:20
233:7 267:19
frf 134:22
friday 1:13 159:16
159:21
front 13:3 82:15
252:14,17 254:5
254:12,20
froze 76:24
frozen 77:11 81:20
fulbright 3:2
full 164:22 204:18
237:21
fully 39:19 40:6
42:1,4,11,21 43:19
43:23 48:2 207:6
207:15 208:21
fun 26:7
function 29:11
functionality
237:22
funded 39:19 40:1
41:21,25 42:25
43:19 48:4 51:18
55:12,15
funding 43:18,18
44:1,13
funky 237:19
further 8:21 22:17
22:19 165:6
190:17 197:24
284:9
future 62:1

CONFIDENTIAL

**[g - group]**                                                             Page 21

| g |
| --- |

**g**  3:17 8:15 9:21
  10:2 103:3 188:18
  188:20 211:23
  236:10
**gain**  220:4
**gap**  53:7,12 56:24
  57:3,6,11,12,15
**gears**  277:24
**geez**  189:5
**general**  3:17 28:16
  39:15 46:11 71:2
  158:20 159:1
  213:15,17 221:3,6
  239:21 253:13,14
  253:15,18
**generally**  35:15
  38:1 46:8,10 55:3
  55:25 89:5 96:16
  96:18 111:22
  117:25 122:8
  126:11 127:20,23
  132:13 133:6
  167:14 169:12
  174:12 205:2
  273:11
**generic**  25:15
  53:11 57:8 94:10
  99:14 107:1,11,11
  108:16,18,19,24
  108:24 109:2,3,4,5
  109:22 110:24
  111:4,9 113:4
  123:21 124:2
  132:18 136:24
  141:2 142:13
  146:23 151:23
  152:5,23 153:3
  175:22 187:11,12
  187:20,25 188:4,4
  188:13,22,25
  189:6,20,24,25,25
  190:3,6,8,13,13,16
  191:1,2,7,10,11,16
  192:9,25 193:8,14
  193:16 195:14,17
  201:10 208:6
  257:8 266:15
**generics**  94:9
  95:13,25 96:3,5,20
  96:22 97:2,3,4,5
  106:13 108:22
  123:23 190:9
  191:3,11
**geriatricians**
  80:17
**getting**  24:21 36:6
  72:13 79:16 178:4
  190:25 210:24
  270:4
**gettysburg**  28:3
**gh3a**  119:21,22
  120:4
**ghi**  118:12,15
**giant**  90:24
**give**  45:10 79:14
  81:21 90:13,18
  114:20 126:20
  173:17 189:3,3
  202:5 222:18
  225:23 239:19
**given**  65:25
  145:13 166:1
  175:15 287:9
**go**  10:5,23 28:14
  74:13 76:24 77:1
  81:21,25 101:5,18
  102:1 108:23
  115:14 117:8
  125:3,19 126:10
  129:7 131:5 132:2
  132:9 137:14
138:12,19 139:17
  142:18 148:15,16
  155:5,25 162:17
  172:15 173:12,16
  176:21 178:7
  180:6,16 184:17
  186:25 196:16
  202:22 205:23
  214:18 222:19
  223:9 228:16
  241:13 242:13
  243:18 244:24
  245:10 246:12
  251:7 254:25
  258:19 263:1
  269:8,24 270:6
  281:3,24 282:25
**god**  235:3
**goes**  41:4 51:25
  59:17 76:16
  103:25 140:9
  169:13 180:20
  183:19 203:17
  213:22 215:6,11
**going**  8:1 10:23
  11:3,19 12:9,22
  13:21 16:15 22:12
  25:12 27:13 31:21
  34:19 46:20 65:5
  65:15,21 67:22
  68:5 70:15 77:4
  78:10 82:3,18,19
  84:7 89:11 97:3
  101:12 109:20
  121:4 125:8 126:3
  131:20 134:16
  137:6 139:17
  153:17 156:3
  172:16 173:16
  176:10,15 177:22
  179:15 182:18
183:23 184:1
  191:1,6 196:16
  202:6 206:3 216:6
  219:25 229:6,8
  234:21 239:7
  251:8 256:2
  259:11,16 262:22
  264:24 268:13
  269:20 274:4
  275:6 278:2,14
  283:4
**gold**  142:5,5
**good**  9:12,13
  39:22 65:6 114:14
  124:16 138:5
  281:4
**gosh**  22:3 27:11
  28:21
**gotcha**  119:25
**gotten**  245:7
**govern**  282:13
**government**  20:21
  49:21 50:22 52:6
  52:20 59:5 73:5
  252:7 254:12,20
  258:17
**great**  39:14 65:9
  67:13 82:18
  282:23
**greater**  26:20
  53:14 58:5 185:10
**green**  103:3
  246:14 256:21
**greenberg**  2:17
**grievances**  158:3
**ground**  10:24
**group**  32:18,18,19
  36:20,21 38:23,23
  40:13 71:11,13,13
  71:18 74:5 85:20
  118:2,4,8 119:8,16

[group - house]                                                    Page 22

119:19,24 121:14
121:18 185:11
211:19 212:2,5,17
213:1,11 214:12
215:15 216:3,16
221:2 261:24
262:1
**groups**  33:25 34:1
42:22,25 43:15
228:5
**grown**  36:8 45:23
**grp**  261:23
**gtlaw.com**  2:20
**guess**  26:24 27:6
31:23 49:5 51:3
63:20 64:15 75:19
91:5 94:4 95:22
100:7 121:13
128:6 137:5 139:7
151:3 190:6
203:19 218:7
267:21 273:3
275:17
**guided**  72:18
**guildnet**  236:9
**guys**  259:4,10
280:9

**h**

**h**  4:1 9:22,22 10:3
10:3 67:7,8
236:23 242:9
286:3
**h0811**  234:25
235:19
**h3330**  235:14
**h3528**  234:6
235:23
**h5528**  236:2
**h6263**  236:5
**h6864**  236:13

**habit**  11:25
**half**  12:14
**halfway**  267:2
**hand**  241:14
284:14
**handle**  134:16
**handling**  163:7
**handwritten**  13:5
**handy**  229:8
**hang**  70:23 229:16
**happen**  52:14
118:16
**happened**  82:23
**happening**  151:7
**happens**  60:10
123:25 133:3
137:5 151:25
228:18,19 244:23
267:14 268:24
269:2
**hard**  34:4 165:3
272:24
**hardest**  277:3
**harp**  32:24
**head**  12:1 32:6
56:2 61:22 126:21
128:17 170:3
**header**  71:2 89:12
95:2 132:10
**health**  3:17 14:9
19:22 27:14 28:16
28:19 29:3,14,17
31:14 33:7,8 35:4
35:25 38:17,22,25
40:13 43:17 44:15
63:24 67:5 79:7
80:11 88:17,19
114:1,3,8 116:10
117:17 118:2,4,5,8
118:8 119:1,8,13
119:14,16,19,24

120:2,24 121:1,14
121:18,18 136:10
144:21 153:7
174:18 177:15
185:10,11 186:4,8
186:11,14,23,24
187:1 202:7
233:24 234:2
235:15 238:23
242:22 247:11
248:25 260:13
277:6,15
**healthcare**  1:5
2:11 130:14
160:21 179:16
**hear**  49:13 125:15
128:18 172:5
259:6,9
**heard**  110:18
211:18
**heather**  61:24
**held**  1:14 177:19
**hello**  125:14
**help**  236:15
**helpful**  13:24
67:24
**helps**  102:24,25
**hereto**  287:7
**hereunto**  284:13
**hic**  241:20
**hicn**  241:15,24,25
242:6,8 243:12
**hierarchy**  194:10
195:24 196:17,17
**high**  111:24 168:6
168:11 272:20
**higher**  25:13
46:15 97:15
106:10 109:3
112:23 114:4
147:11 271:11

**highest**  119:4
260:21
**highlight**  241:10
242:16
**highlighted**  103:3
163:15 241:15
242:14 243:19
246:14 256:21
**highly**  113:16,16
113:20 274:11
275:25 280:17
**hip**  118:8 185:11
185:12
**history**  16:1 75:24
75:25 270:24
**hit**  57:5,21 58:3
**hix**  120:24,24
**hmo**  127:5,8,14,21
127:23 128:7,11
130:2 131:12,13
131:14 138:22
140:4,7 141:1
142:7,11,19
**hold**  154:7 203:1
268:17 280:8
**holding**  186:9
**holdover**  157:13
157:20 158:13
**home**  163:16
164:24 175:1
**honestly**  28:23
97:8 111:16
195:19 209:23
220:23 245:8
253:8
**hope**  101:13
**hour**  12:13,13
17:13,23 65:6
176:11
**house**  64:18 80:15

CONFIDENTIAL

[how'd - information]                                                         Page 23

how'd  129:9
hp  68:14
htz  178:11
huahai  2:11,11
huge  178:3
huh  12:1 21:25
  43:25 50:1 52:18
  69:5,9,13 70:4
  74:15 94:2 103:16
  103:21 116:19
  118:3 132:12
  136:19 142:8,21
  165:8,19 168:3
  174:7 175:7 186:1
  191:24 193:21
  201:18 202:1
  223:21 226:24
  227:8 239:18
  241:22 242:15
  243:21 244:1
  246:15,18 248:11
  252:2 269:15
  271:5,19 273:6
human  27:8
hundreds  139:13
  139:16
husch  3:11
huschblackwell....
  3:14
hypertension
  207:25 208:8
  251:12 257:10

i

ibuprofen  84:16
idea  93:12 109:20
  111:11 167:3
  202:11 225:20
  231:16 239:2
  259:10 271:10
  272:11 276:2,12
  276:16,19

ideas  239:19
identical  191:21
  192:18,24
identification  17:3
  66:13 67:20
  101:21 115:17
  125:22 135:16
  145:3 154:15
  173:24 177:2
  184:3 223:1 226:3
  229:14 232:15
  240:21 270:13
identified  81:13
  145:7 154:11
  173:20 176:24
  184:21 191:18
  229:22 232:10
identifier  242:4
  271:17
identifiers  264:21
identify  152:22
  225:21 234:21
  242:22 243:15
identifying  166:21
  226:11 233:13
  265:2
ids  117:19 118:21
  243:5
ignored  161:14
illinois  2:19
ilyse  284:19
imagine  47:6
immediately  180:5
impact  112:24
  163:14,16 164:3,7
  164:25 165:24
  167:9 198:8
  217:24
impacted  117:1
  121:12,15,16
  149:1 165:15,16

167:25 170:11,21
  217:17
impacts  167:12
implementation
  20:14 21:14,15
implementing
  26:11
implies  131:13
important  10:24
  11:19 175:1
  178:24
improves  22:20
improving  22:16
inbox  200:24
incentive  247:18
  247:20
include  21:9 23:10
  24:15 34:16 44:16
  44:19 45:11 99:8
  106:25 168:25
  171:14 181:4
  257:19
included  168:22
  178:15 215:21,22
  237:7 266:23
includes  20:13,19
  43:18 163:16
  168:18 169:2
  199:25 203:15,16
  225:16 234:4
  258:4
including  63:4
  81:17 105:15
  164:17 203:3
  224:11
income  48:13
  49:21 51:11,12
  143:8,11,11,18
  247:23 248:2,7
  251:25 252:24
  253:3,8,23 254:3

255:25
incorrect  267:24
increase  137:13
increases  148:6
incurred  251:16
  252:12
incurring  47:18
ind  264:7
index  7:8
indicate  12:24
  146:11 184:22
indicated  147:5
  158:11 182:15
indicates  136:20
  136:21 146:18
  156:24 157:14
  178:16 275:24
indicating  153:11
  163:7
indications  81:13
individual  32:22
  33:17 37:4 38:24
  42:18 48:24 49:2
  71:7 73:8,16,23
  74:1 78:4 152:14
  161:5 200:23
  263:23
individuals  73:9
industries  2:21
industry  44:4 50:3
  84:3
inflation  97:8
influence  144:4
inform  269:21
information  19:16
  68:24 71:1,2
  89:23 93:21
  102:21 103:22
  104:7,9,17,20
  112:9,14 113:22
  121:2,13 126:6,7

**[information - kind]**                                                    Page 24

131:19 132:19
145:22 150:18
165:4 167:4 169:1
169:2 170:2 173:3
178:6,22 181:11
181:13,18,21,24
184:24,25 212:11
213:22,23 214:11
225:2,5,8,17,19
226:12,15,21
230:12 232:13
238:8 239:9
244:22 256:6
266:1 274:1
280:15
**informational**
180:3
**informed** 219:13
**informing** 203:9
**informs** 59:18
**ingested** 15:7
**ingredient** 191:21
192:12,19,24
198:6,12,14,16
199:5 200:1 201:6
228:17 247:11,13
248:14 258:12
278:17 280:15
**ingredients** 251:1
**inhibitors** 149:16
149:24
**initial** 27:7 53:3,18
54:2,8,11,15,17
55:9 56:20 57:10
106:15 124:10
127:6 143:1,3
164:19 166:5
203:20 263:8,11
263:12 266:17
268:10

**initially** 161:23
255:4
**initials** 117:20
**initiated** 15:24
**initiates** 22:15
**injured** 207:5,16
**input** 79:19 90:18
175:10
**inputs** 90:17
199:15
**instance** 22:4
51:18 124:3
**instances** 12:4
**instructions** 6:2
175:4 180:11
**instructs** 11:12
**insurance** 24:20
43:17 44:15 47:21
55:18 56:8,16,20
67:6 118:9 143:5
185:10,12 186:23
207:1
**insured** 39:19 40:6
42:1,4,11,22 43:19
43:23 46:21 47:17
48:2 207:6,15
208:21
**insurers** 206:12
212:14
**intact** 22:10
**intake** 4:6 68:15
90:9
**integration** 22:9
**intended** 21:21
50:22 51:2 180:1
**interact** 76:3
**interchangeable**
179:14 191:20
192:10
**interested** 284:11

**internal** 4:11,16
80:5 135:23 177:6
**internally** 35:12
**interpret** 225:20
**interpretation**
90:21
**interrupt** 11:16,17
**introduce** 114:19
**introduced** 122:12
**inventory** 152:25
161:19,19 171:7
**investigation**
281:14
**invoice** 41:9 46:22
47:1 225:5,13
**invoiced** 201:4
**invoicing** 47:5
248:24
**involved** 41:21
62:5,8 182:4,7
184:6 215:19
278:19
**involves** 22:14
**irbesartan** 1:3
**irrelevant** 196:13
**issue** 165:17 173:9
216:9,11 281:8,13
**it'll** 238:1
**italics** 174:24
**item** 33:12

**j**

**j** 224:16
**jameson** 177:11
**jamie** 1:15 8:8
82:5 107:4 128:20
177:11,13 184:8
282:4 283:1 284:3
284:19
**january** 23:23
182:19 226:19
227:21 230:6,6

**jersey** 1:1 14:12
30:25
**job** 20:10 24:14
25:20 26:5,7 27:7
76:2,12 234:13
**joined** 43:12
**joining** 43:13
**joy** 81:23
**js** 1:6
**judith** 226:23
**julian** 166:16
169:10
**julian's** 168:21
**july** 1:14 4:17 8:2
15:21 16:7 20:1
151:4 153:22
154:20 164:8,18
165:9 166:15
167:21 177:7,8,10
219:14 230:16
**jump** 280:5
**june** 136:21 215:5
215:6,10,10
**justin** 3:18 8:6

**k**

**keep** 82:19 131:4
229:8
**keeps** 22:21
**kept** 89:7 115:9
200:10
**khaneja** 138:3
**khaneja's** 137:22
138:1
**khy** 261:16
**khya** 84:22 85:1,3
261:16
**kicks** 59:6
**kind** 17:25 21:22
36:18 69:22 84:17
90:4 104:17
109:17 138:10,10

CONFIDENTIAL

**[kind - large]**

151:8 178:21
181:13 186:21
212:14 223:4
241:3 248:8
256:10
**kinds** 36:17
**knepper** 3:12
114:21 238:3,3
275:5,5 280:8,11
282:16,16,23
**knew** 255:16
**know** 11:7,15,18
11:24 12:1,4,5,9
12:11,14 13:14
22:4,15,16 23:20
26:19 28:21,22,25
29:1,5,24 30:6,11
30:17 31:2,15,20
32:8 33:1 34:17
34:17 35:10,24
36:5,5 37:2 42:19
42:20,24 43:2
44:2,6,8,14 45:5
45:14 46:18,25
47:4,12,16 48:17
48:21 49:1,2 52:5
52:6 53:4 55:20
55:21 57:10,12
59:23 60:12,21
61:1,3,6,11,11
62:3 64:2,17,19
66:3,22 67:11,23
68:19,22 69:1
70:5,7,7,16 72:12
75:10,17,18,22
76:20 77:20 78:5
84:16,16,17 87:3
87:12,20 88:18
90:15 91:17 92:12
93:24 95:4 96:7
96:19,21 97:5,7

100:19 101:5,23
102:6 105:17
106:6 108:7,16
109:21 110:2
111:7,13 112:5
113:10,20 115:19
116:12 117:25
119:11 121:4,14
122:5 124:2 126:2
126:10 127:12
128:10,13 129:21
131:2 134:14
135:12 137:25
138:4,7,14,15,20
139:12 140:9
143:18 144:22
148:1,8,16,19
149:8,11 152:7
153:10,23 154:12
158:5 159:3,23
160:25 162:10
164:22 166:3,7,10
166:13 167:16
169:7,24 170:3,4
171:12 172:14,19
172:21 173:2,13
173:15,22 174:11
176:5,6,9 177:4
179:11,21,24
180:14,23 181:1,7
181:15,20,22
182:1,6,21 183:7
187:20,24 188:3,6
188:6 189:16,19
190:7 192:2,13,21
193:4,17 194:19
195:18,20 196:17
197:18,21 198:10
198:14 200:18
202:5,17,21 205:2
205:20 206:18,20

206:24,25 207:3
208:24 211:5,11
211:13,17 212:20
212:21 213:22
214:9,24 215:5,25
216:7,9 217:15
218:11,11,25
219:24 220:9,11
220:19,22,25
221:18 223:3
224:2,5 225:12
226:5 227:23
228:15 229:19
231:19 232:6,21
233:10,12 234:5
234:25 235:4
236:11,22 237:25
238:6 239:5
242:24 245:13,19
250:11,15 253:11
255:15 256:11
257:25 258:6,16
260:9,19 262:7,10
262:20 265:1,13
266:15,17 267:17
268:5,22,23
272:23 273:8
274:21 276:6,7,8
276:17,21 279:2,4
279:7,12,17,22
280:2
**knowing** 68:19
171:19 231:18
**knowledge** 16:11
36:2 41:18,20
43:12,14 70:21
75:3 83:25 84:1
160:19 175:12
180:8 194:20
199:21 212:4
213:8 219:10

220:21 225:4
**known** 9:23 10:4
15:8,23 281:6
**knows** 171:2,7
**kosonocky** 165:7
167:21 182:15

**l**

**l** 9:22 10:3 50:12
211:23 224:17
236:10 253:23
**l.l.c.** 1:5
**label** 102:3 135:22
154:11 173:21
176:25 190:4
232:10
**labeled** 69:17
127:3
**labeler** 188:23
189:10 190:1
**labelers** 278:19
**labeling** 189:22
**labels** 139:4
**labor** 36:21,23
156:20
**lack** 29:15 164:11
**lacks** 151:12
152:11 173:4
193:2 197:13
213:4 246:7 256:9
273:18
**lady** 21:2
**laid** 93:22
**landscape** 102:5
**lanes** 273:9
**language** 90:5
136:25 201:14
278:8
**large** 32:17,18
34:9 35:1 36:20
38:23 50:23,25
114:8 223:4

CONFIDENTIAL

**[larger - long]**                                                          Page 26

**larger** 114:1,3
  119:8,13,14
  166:22 167:4
  183:24 195:21
**largest** 34:7,24
  35:9 117:25
**larry** 50:12
**late** 164:15
**lawsuit** 14:17
**lawyer** 121:7
**layout** 233:3
**layperson's**
  192:15
**leap** 121:6
**learn** 15:14 153:19
**learned** 153:21,24
  156:25
**leave** 259:11
**leaving** 27:6
**left** 26:2 205:25
  235:3 236:10
  241:14 242:14
**legacy** 22:5 118:12
  118:23
**legal** 3:19 193:2
  208:23 209:12
  210:8 211:3
  218:11 220:22
  221:17 222:14
  285:23
**legalese** 186:22
**legitimate** 258:7
**legs** 12:15
**leon** 2:3
**letter** 136:20
  137:16,23 138:2
  138:10,10 169:25
  174:3,9,18,21
**letterhead** 137:21
**letters** 153:10
  170:5,8,14,22

174:11 242:21
**level** 23:11 43:19
  59:10 60:15,19,24
  61:8 62:23 111:22
  111:22 143:17,20
  144:4,22 163:16
  165:24 168:6,11
  168:17 169:1,22
  170:7 172:8
  200:20 218:14
  225:2 253:4
  254:14 260:20,21
  261:1 263:11
  264:6 267:11,12
**levels** 49:4 81:2
  143:11 253:3
**lewis** 3:7
**lewisbrisbois.com**
  3:9
**liability** 1:3
**license** 284:19
**lics** 253:4,16,16
  255:12 261:25
  263:11 267:10,12
**lieu** 8:21
**limit** 264:8
**limitation** 21:12
**limited** 41:15 79:7
  127:23 170:15,17
  171:17 211:1
**limits** 25:6 133:20
  230:18,23
**linden** 226:23
**line** 6:3,6,9,12
  34:2,7,24 35:21
  36:12 41:15 45:5
  63:19 69:3 70:1
  74:8 78:11 84:8
  86:21 114:17
  127:8 139:9,18
  146:4 201:3 216:6

217:12 249:19,20
  260:6,6 263:20
  267:2 286:4,7,10
  286:13,16,19
**lines** 31:25 32:5
  33:20 36:1,24
  42:14 43:5,7
  44:25 45:16 63:18
  65:23 69:7,22
  73:22 74:14 78:17
  87:4 117:5,11,13
  118:22 119:5
  121:11 123:5,7
  127:18 165:18,25
  182:9,12,16,23
  184:11 217:25
  260:16 275:20
**link** 155:13
**lipitor** 189:6,8
**liquid** 251:2
**list** 16:24 89:19
  91:6,8,14,18 104:1
  132:11 195:9
  196:5,7,10,10,13
  196:14,23 197:5,7
  197:16,19 198:7
**listed** 69:7 73:22
  94:6 185:19,22
  224:16 227:24
  239:17 243:24
**listing** 138:25
**lists** 90:2,15 91:3
  104:2 116:24
  117:23 168:1
  224:10
**literature** 279:9
**litigation** 1:3 8:5
  14:11 18:2 20:4
  66:1 181:25 182:3
  220:6 221:15
  222:24 229:21

240:19 241:7
**lits** 253:20,22
**little** 32:11 48:12
  53:17 54:22 65:6
  67:23 68:1,6
  89:12,24 93:4
  99:3 105:5 112:23
  114:16 124:15
  137:22 139:8
  141:10 153:18,18
  165:5 176:11
  193:24 197:24
  234:19 238:17
  239:13 261:2
  262:22 272:20
  277:24
**livenote** 1:16
**lives** 35:16,19
**llc** 2:11 14:6 16:23
  63:25 186:11
  209:4
**llp** 2:7 3:2,7 4:4
**load** 184:1
**lobs** 165:16
**local** 159:14
**location** 262:12
**lodge** 11:12
  110:11 197:11
**logic** 194:10
**logical** 95:17
  114:13
**logically** 268:6
**logo** 68:11
**long** 10:4,7,11
  12:10 19:23 20:8
  25:24 27:1,13
  75:18 77:12 88:18
  118:17 120:17
  124:23 184:6
  235:12 236:20

CONFIDENTIAL

**[look - mapd]**                                                                  Page 27

**look** 18:23,25
  40:16 68:18 70:3
  74:13 89:12 93:23
  101:8 103:13
  111:23 115:8
  131:20 134:13
  144:7 155:16
  156:17 166:24
  168:6 185:24
  189:5 194:9
  196:21 229:7
  230:5 232:19,20
  233:2 238:1,17
  241:18 242:12
  244:2,14 245:17
  245:18,22 258:4
  264:20,24 269:2
  272:5 273:3
**looked** 19:4 117:9
  122:6 181:22
  237:15 244:7
  256:25 266:11
**looking** 18:7 105:2
  111:3 129:2,14
  149:13 167:8
  196:18,19 201:15
  210:25 215:9
  238:11,19 239:15
  239:23 244:11
  245:12,19 246:2
  248:18 251:24
  255:19 258:15
  263:4 270:15
  273:2
**looks** 69:25 93:23
  102:9,14 103:14
  111:2 129:24
  179:10 228:2,20
  231:4 233:14
  237:17 239:25
  255:21,22 262:15

  272:2,4,19,21
**losartan** 1:2 8:5
  178:10,10,16,16
  179:9,12 180:11
  180:18 181:6
  285:4 286:1 287:1
**losing** 248:12
**loss** 4:20 222:22
**losses** 206:12,22
  207:2
**lost** 89:9 236:17
  259:4 265:20
**lot** 21:1 27:19 31:6
  42:16 51:14 97:4
  112:8 126:2,4
  153:13 155:24
  169:9 171:2,7,14
  172:8,9,22 173:3
  178:4 179:5
  201:14 225:2,5,7
  236:11 243:5
  253:14
**lots** 170:12 171:17
  171:20 172:15,20
  224:23
**louis** 3:13
**low** 48:13 49:21
  51:11,12 143:8,11
  143:11,17 247:23
  248:2,7 251:25
  252:24 253:3,8,23
  254:3 255:25
  273:23
**lower** 25:11 97:12
  97:12
**lowest** 96:25 194:9
  194:12 196:21
**lump** 61:4
**lunch** 124:18,20
  125:9

**m**

**m** 2:18 3:3 9:21,22
  10:2,2,3 50:12,14
  195:9,11
**ma** 31:18,19 54:25
  209:22
**mac** 195:8,11,13
  195:15 196:5,7,9
  196:10,13,14,21
  196:23 197:5,7,19
  198:7 203:4
  273:22
**mac'ed** 196:1
  273:22
**madp** 37:18 74:21
  94:5 130:14
**maiden** 10:9
**mail** 113:4 123:1
  123:11,16,23
  158:23 159:3,4,12
  159:19,23 167:9
  167:24 168:14
  170:6,9,15,18
**main** 109:1
**maintain** 75:7,14
  137:10
**maintains** 231:22
  231:25
**maintenance**
  96:23 208:15
**major** 23:13,14,21
**makeup** 72:21
**making** 22:8 83:21
  101:5 134:2 148:3
  150:19 151:10
  178:21
**man** 156:15
**manage** 97:5,6
  133:12
**managed** 134:9
  136:14

**management**
  20:18,20,20 24:7
  24:16,18,19 25:9
  30:4,5,5 76:11
  133:9,16,23
  134:20 149:6,10
  150:9 174:17
**manager** 27:15
  123:10 163:7
**manalansan** 3:17
  277:1,2,6,13,13,14
**manhattan** 10:16
**manner** 9:2
  167:13
**manufactured**
  168:1 174:5
**manufacturer**
  97:7 144:3,11,17
  144:21 152:23
  161:25 162:1
  168:18 169:3,6
  182:18 183:5
  189:7 193:7 194:7
  195:20 226:20
  271:18 281:7
**manufacturers**
  164:9 168:2
  169:15 172:14,19
  183:11 278:5,16
  278:17
**maos** 21:10
**map** 93:16 228:1
  265:2
**mapd** 32:9,11
  37:21 70:8,13
  74:11 75:4 84:9
  94:5 102:4 130:6
  139:6,25 140:1
  146:2,6,6 209:22
  210:20 235:25
  236:4,24

CONFIDENTIAL

**[mapd5t - medicare]**                                                           Page 28

mapd5t  145:9,22
 146:8
mapds  129:22
mapdst  4:13
mapping  92:25
 93:9,13,22 95:2
 96:10
march  219:6
 220:21
margaret  1:13 7:2
 8:4 9:5,20,25
 284:6 285:5 286:2
 286:24 287:2,4,12
marie  50:14
mark  101:13
 154:6 162:21
 173:17 225:25
 229:6 239:7
marked  6:11
 16:20 17:2 66:7
 66:12 67:15,19
 101:15,20 115:13
 115:15,16,23
 125:18,20,21
 135:15 145:2
 154:9,14 173:19
 173:23 176:20,24
 177:1 184:2,20
 222:25 226:2
 229:11,13 231:12
 232:14 238:5
 240:11,20 260:5
 270:6,8,12 280:17
market  14:20,22
 26:21 75:13 78:1
 78:4 183:18
 194:17 195:21
 207:22
marketing  26:8
 89:4

marketplace
 73:10,12,14,18
marking  222:20
mary  9:25
master  4:20
 222:22 262:12
match  117:5
 226:13 241:1,11
materials  13:3
 17:25
math  121:3,5
 250:11 255:22
matt  238:3 275:5
 280:7 282:16
matt.knepper
 3:14
matter  8:24 28:18
 55:1 58:23 127:6
 222:15 249:11
 251:16
matters  210:21
matthew  3:12
maximum  195:12
 198:1,2,3,6
mckesson  3:5
mdl  1:2
mean  11:11 21:16
 24:3 31:13 38:8
 56:14,16,17 63:11
 64:21 71:12 78:24
 85:1 90:1 94:13
 173:8 192:6,11
 203:6 211:9
 233:14 239:23
 244:20 245:4
 246:20,22 249:8
 266:3
meaning  64:12
 134:18 161:14
 215:20 217:18

meaningful  240:8
meanings  74:12
means  21:17 24:4
 24:18 72:3 74:24
 93:13 95:4 147:2
 147:6 159:17,17
 188:23 191:17
 192:7 198:3,3
 199:4,13 227:19
 246:21 260:10,19
 261:10 264:2,8
meant  48:4 104:12
measure  109:12
mechanisms
 196:20
medco  25:22
 27:17,17
medi  194:4,6
media  8:3 65:14
 65:18 125:7,11
 156:2,6 206:3,7
 259:15,19
medicaid  20:21
 26:4,6 27:6 31:15
 32:16 37:6 46:7
 50:10 81:18 85:4
 117:15,17 235:10
 235:21
medical  80:7,14
 114:5 128:3 138:4
medicare  4:18
 13:16 19:1,12
 20:21 23:11,16
 31:15,18 32:9,11
 32:12,15 37:6,15
 37:25 38:2,4,4,5
 38:13,24 41:20
 43:2,3,7 45:3,7,20
 46:7,14,16 48:7
 50:9,17,18,22
 52:12,15,25 55:10

55:16,20 59:6
 60:3 61:8 62:1,11
 62:17 69:16 71:14
 72:2,5,9,13,19
 73:2,4 74:25
 78:18 79:7 81:18
 84:10 85:5,7
 87:16 88:9 91:19
 91:22 96:21 98:9
 100:16,25 106:4
 107:20 117:8,9
 119:13,14,17
 120:1,2,8,14,20
 121:16,18,19
 122:12,15,21
 123:5,6,19 127:4,5
 127:5,7,12 128:12
 129:15 131:12
 135:5 136:5,8,10
 139:11,15,17
 142:10 146:10
 149:5 182:9 185:7
 186:5,15 187:23
 188:1 203:11
 205:18 209:18,21
 210:14,17 211:15
 213:2 215:19,20
 215:22 216:15,20
 217:8,12 218:4
 221:10 228:16
 230:25 235:7,10
 235:16,17,20,21
 236:1,22 237:6
 238:25 242:5,6
 247:21 248:1,5
 249:22 254:5,6,13
 254:21 256:11
 258:7,8,10,18
 262:1 263:22,24
 267:9,19

CONFIDENTIAL

[medicare's - moskowitz]                                                        Page 29

**medicare's** 60:17
**medication** 124:5
  158:13,13 159:25
  159:25 160:11
  161:7 162:13
  178:9,23 181:24
  193:9 208:16
  231:3 250:25
  251:12,16 257:10
**medications** 96:23
  153:8 157:20
  160:15,22 161:12
  181:16,19
**medicine** 167:25
**meet** 24:25 100:2
**meeting** 17:14,16
  124:20
**meets** 150:6
**mem** 241:20
**member** 24:21
  25:11 41:4 48:13
  49:21 51:12,12
  53:2,4 56:12 57:2
  57:13,19 58:23
  59:3,8 80:6 98:4
  99:12 110:23
  117:25 119:3,4
  121:19 123:25
  131:18,23 133:4
  133:11 136:21
  137:5,6 140:15,22
  142:14 143:14,21
  147:1,10 150:5,13
  151:5,10,17
  153:14 158:20
  159:1 161:6,6,22
  162:3 164:7
  165:17 168:19
  172:24 179:13
  203:17,23 204:18
  204:19 205:6,9

210:20 212:8
215:3,4,5,10
216:24 217:24
218:8 225:21
226:22 227:20
230:2,22,23,25
231:3,4 242:5,6,20
243:5,6,13,16
244:8 245:5 247:9
248:2,25 250:24
253:3,6,9,16,17,19
253:20,22,24
255:12,13,24,25
255:25 256:3
258:25 261:9,25
261:25 263:10
264:22 267:10,17
269:6,16,21
**member's** 55:6
58:10 153:12
260:21 263:6
**members** 25:15
28:17 35:2,19,21
36:17 38:21 39:6
39:24 42:13 43:2
43:4 45:10,11,14
46:6,24 53:19
65:3 72:22 75:8
75:10 76:17 100:1
105:11 114:5,10
116:25 117:24
119:5,9 121:11,21
121:25 122:1,21
122:21 131:19,19
135:25 153:8,11
157:18 158:2,11
159:23 160:6,11
160:20 161:11
162:6,9,11 165:2
165:15 166:3,24
167:5,24 168:5

169:11,24 170:8
170:14,20,23,25
171:20 172:11
174:14,22 178:5,9
179:6,16 180:11
181:17 182:11,23
204:16 207:14
208:8,19 210:4
217:13,16 218:4
218:10 223:24
224:4,6 225:10
231:23 232:1
248:7 251:3
257:11 264:2
**membership** 36:3
36:8 43:13 89:6
105:17 242:13,25
243:7
**memory** 135:9
**mentioned** 21:23
37:17 52:19
133:23 203:15
221:7 273:19
**mentions** 131:13
**merged** 89:2
**merger** 118:16
**mestre** 2:2
**met** 9:16 17:12,23
**meta** 145:11
233:13
**methodology**
187:19 194:2
**metrics** 35:11
**miami** 2:4
**micromedex** 81:14
**middle** 9:21 11:17
90:24
**migrated** 107:23
**migrating** 22:5
**migration** 23:21

**migrations** 23:13
**mike** 50:12
**million** 42:15
  165:2 223:14
**mind** 187:2
**mine** 229:15
**minus** 203:11
  269:10
**minute** 65:10
  114:15 176:12
  183:25 184:1
  202:5 205:24
  238:16
**missed** 133:24
**missing** 20:23
**missouri** 3:13
**misstates** 246:7
  257:12
**mitigate** 42:7
**mix** 73:23 74:1
  89:6 138:9
**mmp** 235:10,21
**modifying** 26:12
**moment** 11:5 78:1
  162:18
**money** 84:15
  269:23,23
**monitoring** 195:2
**month** 134:7,13,13
  267:13
**monthly** 48:15
  112:4 133:1,2
  134:1 200:22
  230:24 254:5
**months** 183:18
  230:13
**morning** 9:12
**morris** 2:7 82:6
**moskowitz** 1:15
  8:8 284:3,19

CONFIDENTIAL

**mouse** 71:3
**move** 110:21
  136:8 212:12
  222:12
**moving** 108:6,6
  146:13,19
**mra** 198:1,9
**msp** 4:4,23 14:6
  16:23,25 66:10
  67:17 102:4
  115:24 127:3
  135:22 145:8
  154:12 156:12
  173:21 176:25
  181:24 184:21
  209:3 210:6,13,18
  211:1 213:10,22
  214:8 215:16
  216:13,18 217:8
  218:21 219:3,6,19
  220:18 221:21
  222:5,10 224:11
  225:15 226:10
  227:10,15 228:1
  229:21 231:13,13
  232:11 239:4
  240:17,18 241:1,6
  241:18,20 242:20
  244:2,3,7,8 246:4
  256:6,13,20,21,22
  258:1 260:4
  270:21 276:3,18
**msp's** 14:9 223:13
  276:6
**muddled** 32:11
**multi** 14:10
**multiple** 33:21
  36:16 169:15
  240:2
**multiply** 201:2

**mylan** 174:5
  226:20

**n**

**n** 2:1 3:1 8:15 9:22
  9:22 67:7 92:25
  93:9,12,22 95:2
  96:10 211:23
  227:9,12 236:10
  242:9
**n.w.** 2:8
**name** 8:6 9:19,21
  10:8,9 25:15 64:4
  99:9,15 100:4
  111:4 115:10
  116:24 131:20
  145:9 146:8 151:9
  151:22 152:9
  186:21,22 188:23
  188:24 189:10,11
  189:11,17 190:1,2
  190:4,4 191:19
  211:21 230:1
  233:9,12,23 235:5
  235:11 236:17
  238:23 276:25
  277:3,22 281:4
**name's** 9:14
**named** 156:15
  221:21 222:6
**names** 9:24 32:8
  77:20 116:8 117:4
  118:21 179:18
  186:24
**naming** 87:9
**nancy** 227:12
**national** 178:3
**native** 4:8 101:16
  114:22
**nature** 22:1 152:6
**nbr** 263:21

**ndc** 168:25 169:2
  169:6 189:5
  226:19 271:14,16
  271:22,24 272:4
  272:15
**ndc9** 272:3
**necessarily** 102:20
  104:12 249:18
  250:8
**necessary** 287:6
**need** 12:10,16 13:7
  13:17 37:14 54:25
  57:4 87:10,19
  89:10 90:14 96:14
  124:24 133:10
  134:8 152:17
  166:24 167:17
  178:9 226:8 228:1
  251:7 259:7
  280:16
**needs** 37:11 46:1
  46:12,15 84:24
  87:23 98:16 99:8
  142:20 151:15
  158:20
**negative** 133:7,7
**negotiate** 113:2
  194:12 203:2
  274:13
**negotiated** 113:17
  144:18 183:10,21
  187:15,17 192:3
  274:11
**negotiates** 144:20
**negotiating** 114:4
  183:14
**negotiation** 184:7
  274:15
**neither** 160:9
  221:13 284:9

**net** 144:13 201:23
  202:17 247:9,12
  247:14 248:10
  252:3 268:25
  269:9
**network** 20:25
  30:4 121:25 122:5
  122:6,24 127:22
  127:24,25 203:13
  203:13 204:11,14
  204:24 205:8,10
  262:15
**neurologists** 80:17
**never** 9:16 28:23
  93:14 164:3 173:6
  228:18 236:19
  250:11 252:11
  269:20,23 276:10
**new** 1:1,14,14
  10:13,13,16 14:12
  22:13 26:11 27:12
  29:20,21 30:25
  32:17,18,22,24
  35:23 37:2 44:21
  44:24 51:19 64:23
  67:5 71:15,17
  80:12 81:12,12
  88:7,15,16 118:9
  132:17,18 134:7
  134:18 139:24
  151:10 155:13
  156:19,22,23
  157:1,11,13
  159:16,24 162:1,3
  185:11,12 235:16
  236:4 237:11
**newer** 237:10
**nf** 94:12
**nickname** 10:6
**nipd** 70:9

CONFIDENTIAL

**[nkya - offering]**                                                           Page 31

nkya  85:4,8,9
nod  12:1
nodded  126:21
  128:17
nods  88:13 126:16
non  94:11,14
  97:22,23,23,25
  122:5 137:7
  175:25 196:12
  211:15 217:12
  218:4 253:8,16
  254:17
nonproprietary
  191:17
nonstandard  53:5
  54:20 55:22
nope  270:1
normal  115:6
normally  124:4
  169:9 228:12
  234:18
norton  3:2
nortonrosefulbri...
  3:5
notary  284:4
  287:13,19
note  13:25 175:1
  238:5,8 285:10
noted  8:10 287:7
notes  13:5,12,13
  284:8
notice  4:3 7:6
  13:10,16 16:22
  19:2 133:11,11
  180:20 216:8
  279:25
notices  212:14
notification
  170:14,22 174:3
  180:16

notified  166:25
notoriously  121:7
november  174:6
number  4:2 5:1
  8:3 22:3 24:25
  31:8,24 34:5 35:2
  35:15,20 36:1
  43:8 45:10,11
  52:1 65:14,18
  66:10 67:17 80:4
  80:18 87:11 89:4
  95:19 100:21
  103:18,20 116:25
  117:23 119:9
  125:7,11 156:2,6
  156:10,11 163:19
  163:20 165:23
  166:2 171:14,17
  173:3 182:23
  189:24 190:18
  200:20,23 206:3,7
  225:7 236:17
  240:7,7 241:16,20
  241:24,25 242:7,8
  242:20 243:1,12
  259:15,19 260:10
  260:11 261:17
  263:22 265:4,16
  265:18 268:9
  269:10 271:24
numbers  35:18
  36:3 45:19 89:10
  100:19 121:8,9
  164:13 168:12
  264:15
nurse  80:25 81:1
nysha  67:4
nyship  67:1

**o**

o  8:15 9:22 10:3
  57:25,25 188:18
  188:20
o'clock  124:19
oath  8:22
object  14:13 15:5
  28:12 39:1 46:17
  48:9 50:24 52:13
  54:4 59:14 60:25
  61:10 64:11 75:21
  79:15 92:9 110:15
  113:12 122:10
  129:4 134:4
  138:13 140:16
  144:5,19 149:18
  150:10,24 151:14
  157:4 158:8
  160:24 185:20
  204:2 207:18
  210:7 213:13
  219:16 221:25
  255:5 256:8 257:5
  275:6 279:1,21
objection  11:12
  23:17 25:17 30:8
  30:13 31:5 35:14
  39:17 40:21,21
  46:5 62:14,21
  64:1,24 72:17,24
  79:9 81:5 100:10
  105:7 107:3
  110:12 111:20
  138:11 147:14,24
  151:12 152:11
  158:7 164:11
  172:1,2,13,17
  173:4 180:12
  189:13 193:1,10
  197:8,12,22
  204:13 206:14

207:7 208:9,22
  209:19 211:2
  213:3 214:13
  216:4 218:23
  219:25 220:1,7,14
  221:16 246:6
  255:10 256:15
  257:12 273:17
  274:19 275:3,13
objections  9:1,3
  11:8,9 275:23
obligated  161:18
obligation  172:23
obtain  114:9
  122:22
obviously  73:4
  97:16 140:14
  169:3
occur  267:18
occurred  176:4
october  76:19
  272:13
offer  28:17 31:4
  38:25 43:16 45:2
  54:1,7 55:18
  56:19 69:24 76:22
  77:15 120:15
  158:25 204:23
  280:19
offered  31:16
  39:24 41:21 44:16
  65:23 66:4 70:6,7
  70:17 72:3 73:9
  74:2 77:23 78:6
  79:6 88:23 91:2
  101:9 106:15
  107:21 119:10
  120:20 123:16,19
  123:19 142:7
offering  88:19
  105:6

CONFIDENTIAL

**[offers - okay]**                                                        Page 32

| | | | |
|---|---|---|---|
| **offers** 32:5 37:3 | 55:12,17,21 56:7 | 129:13 130:1,8,19 | 205:9,22 207:24 |
| 92:12 144:11 | 56:18 58:21 60:9 | 131:1,4,10,24 | 209:14,25 210:11 |
| **offhand** 149:14 | 60:14,21 61:6,25 | 132:1,6,7,23 133:2 | 212:17 213:18 |
| 181:20 | 62:25 63:14,17,23 | 133:14,22,25 | 214:4 215:25 |
| **office** 156:20 | 64:20 65:2 66:18 | 134:24 135:13 | 216:22 218:7,13 |
| **officer** 80:7 138:4 | 67:3,23 68:10,14 | 136:3,15,17 137:9 | 218:20 220:25 |
| **offices** 30:25 | 68:21 69:2,6 | 137:14 138:8,17 | 221:10,13 222:12 |
| **official** 233:22 | 70:19,25 71:5,24 | 138:21,22 139:7 | 222:17 223:5,6,9 |
| **offline** 115:2 | 72:2,7,11,14 73:16 | 139:13,20 140:2 | 223:20,22 224:9 |
| 238:14 | 73:20 75:3 76:6 | 140:13 142:2,4 | 224:15 225:14,24 |
| **offset** 40:7 48:14 | 76:10,21 77:23 | 143:14,25 144:3 | 226:7,17,25 227:6 |
| **oh** 13:14 19:22 | 78:10,11 82:10,18 | 144:25 145:6 | 227:14,18 228:8 |
| 20:12 27:11 56:1 | 83:21 84:2,7,19,22 | 146:7,14 149:21 | 229:6,10,24 230:5 |
| 104:15 188:12,15 | 85:9,19 86:17,23 | 151:9,23 153:1,16 | 230:18,21 231:10 |
| 190:23 198:20 | 87:13,17,21 88:11 | 154:1,5,8,18 155:2 | 231:21 232:3,8 |
| 205:4 223:17,20 | 88:18 89:1,8,11,14 | 155:5,12 156:9,24 | 233:7,10,23 |
| 232:2 235:3 | 90:16,22 91:1,13 | 157:8 158:2 160:9 | 234:11,15,20 |
| 236:23 242:17 | 91:17 92:2,12,21 | 162:5,9,17,20,24 | 235:14,17,23 |
| 263:4 | 92:24 93:9 94:16 | 163:13 164:1,6 | 236:2,5,13,25 |
| **okay** 9:9,18 10:1,7 | 95:6,12 96:8,11,16 | 165:5,14 166:11 | 237:6,11,13,21,22 |
| 10:14,23 11:24 | 98:3,11,18,23 99:1 | 166:14 167:11,19 | 237:25 238:1,22 |
| 12:21 13:8,12,20 | 100:7,13 101:4,8 | 168:24 169:10 | 239:6,12 240:4,9 |
| 14:1,3,16 16:8,14 | 102:2,12,16,22 | 170:4,13,19 | 241:10 242:10,12 |
| 17:6,10,18 18:9,12 | 103:2,7,13,20,25 | 171:24 172:4 | 243:11 244:6 |
| 19:19 20:3 21:12 | 105:19,25 106:9 | 173:2 174:20,24 | 245:12 246:2,12 |
| 21:23 23:7,24 | 106:14,20,23,25 | 175:12,17 176:2 | 247:22 248:9 |
| 25:20 27:9,21 | 107:13 108:14,21 | 177:6 178:2,2 | 249:3,11,16,25 |
| 28:24 29:5,17 | 109:1,9,12 110:1 | 179:1,15 180:9 | 250:5,22 251:14 |
| 30:19 31:3,22 | 112:2,5,12,17 | 182:17 183:3 | 251:19,24 252:10 |
| 32:4 33:17,20,24 | 113:8 114:7 | 184:10,16 185:9 | 252:19 254:10,10 |
| 34:4,7,15,23 35:3 | 115:13,21,22 | 185:18,24 186:14 | 254:24 256:5 |
| 35:11,24 36:3,7,11 | 116:13,16 117:10 | 186:20 188:2,10 | 258:15 259:9,22 |
| 36:15 37:14,17 | 117:14,16,23 | 189:9 190:5,12,16 | 260:2,14,23 261:1 |
| 38:10,17 39:22 | 118:16,20,25 | 190:25 191:14 | 261:13,23 262:1 |
| 40:9,14 41:3,14,17 | 119:3,16,19,22 | 192:14,17 193:18 | 262:11,22 263:14 |
| 41:19,24 42:20 | 120:7 121:3 122:8 | 194:14 196:4,23 | 263:20 264:10,17 |
| 43:8,15,23 44:3,12 | 122:17,20 123:4 | 197:2 198:22 | 265:4,8,19 266:7 |
| 45:2,9 47:1,9,17 | 123:14,18 124:14 | 199:23 200:3,22 | 266:22 267:6,20 |
| 47:23 48:6 49:5 | 124:23 125:1,15 | 201:9,15 202:11 | 268:17,20,22 |
| 49:10,24 52:2,5,17 | 125:17 126:17,23 | 202:17,22,24 | 269:11 270:2,8,11 |
| 53:17 54:19 55:8 | 127:1,11,17 128:5 | 203:24 204:10 | 270:21 271:16,22 |

CONFIDENTIAL

**[okay - part]**                                          Page 33

272:19 273:12
274:16,24 276:2
276:11 280:3
281:1 282:15
**old** 185:7 235:2
236:16 267:23
**once** 57:1,6,18
58:3 180:17
**ones** 18:24 29:9
44:19 70:15 120:1
120:2 218:16
233:18 262:23
**online** 204:15
**op** 266:12
**open** 82:15,17
101:19,24 102:1
115:20 125:19
131:5 144:25
223:4 226:5,6
269:22
**operational** 91:8
91:11 93:15
262:18
**operationalize**
90:7
**operationally**
26:10 90:6
**operations** 24:14
29:3,24 30:21
163:2
**opportunity** 79:15
**opposed** 41:24
86:12 91:7 92:4
99:14 105:21
151:10 200:3
220:13 231:7
251:11
**option** 71:18 77:24
140:4 161:24
237:23

**options** 103:1
121:22 122:22
180:5 234:16
**oral** 279:15
**orange** 243:20
267:1
**oranges** 273:1
**order** 4:7 68:15
122:2 123:1,11,16
123:23 158:23,23
159:3,4,12,19,24
167:10 168:14
170:6,9,15,18
192:19,24 193:8
282:13,19
**ordered** 257:17
**organization**
20:24 29:10,12
40:7 111:13 112:6
116:11 118:6
177:25 181:12
186:15 260:9
276:9
**original** 254:13
267:22
**originated** 232:25
**otc** 84:10,13,13
94:5
**ought** 134:14
**outcome** 21:20
202:13 284:11
**outside** 18:21 39:2
64:15 114:11
152:12 189:13
193:2 197:13
206:14 207:7,18
208:23 209:6,19
210:7 211:3 213:3
216:4 218:23
220:1,7,14 275:3

**overall** 36:4,8 66:4
100:16 144:10
**overhauls** 23:14
**overlap** 99:4
**override** 152:8
158:25 264:9
**overseeing** 21:24
23:10
**oversight** 20:18
**owe** 269:22 277:21
**owes** 269:16
**owned** 202:8
**owner** 191:6

**p**

**p** 2:1,1 3:1,1 8:15
57:24,25 67:8
**p.m.** 283:6
**page** 4:2 5:1 6:1,3
6:6,9,12 7:4,5,6,7
7:8 89:10,15
92:24 93:2,3,6,7,8
129:7,10,11,12
131:5,9 132:9
136:18 138:19
139:2 142:3,3,18
146:15 155:7
156:17 162:21
165:6 166:15,15
166:20 167:22
177:9 178:7
187:10 190:18,20
190:21,24 193:19
197:25 201:13
202:22,24 223:10
223:17,17,19,19
227:7 246:13
286:4,7,10,13,16
286:19
**pages** 190:17
**paid** 14:18 40:4
48:19,20 49:8

50:6 51:15 61:3
140:14 160:12
199:5 200:14
201:23 202:18,19
202:20 203:7
208:21 212:8,15
213:25,25 215:9
215:13 223:13,24
224:3,5 226:21
247:10 248:24
253:4 254:20
255:2,4,14 256:1
256:22 257:2
266:18,20 268:25
268:25 272:19
**paper** 204:19
205:6
**paragraph** 157:10
185:18,24 186:7
190:22,24 193:19
195:8 198:1,22
201:16 202:13
223:9,12,16,19
224:9,10,21 227:4
270:16
**parent** 186:7,18
**parkway** 2:14
**part** 23:24 25:9
29:14 38:2,3,6,14
38:14,15,18 45:3,3
45:3,4,8 48:8
63:19 73:5 74:18
75:1 76:11,22
103:4 127:2
128:12 130:4
131:11 138:22
145:24 146:10
161:19 164:23
166:5 168:22
169:4 174:15
179:3 180:18

CONFIDENTIAL

**[part - pdp]**

187:1 195:23
202:21 210:5,14
210:17,19,20,22
254:18,21
**participating** 8:17
199:6,7 202:9
203:3,18
**particular** 36:12
41:15 47:10 52:9
58:16,22 88:19
92:8,18 98:5
105:20 107:16,20
112:23 113:9,10
140:21,23 143:14
150:3 160:20
232:22 246:3
251:19 264:22
271:18,23 274:7
276:5 280:15
**particularly**
232:21
**parties** 8:25
201:19 206:22
213:10
**parts** 126:10
209:18
**party** 52:3 64:8,16
200:7,13 217:4
284:10
**pass** 41:9 198:23
198:25 199:1,4,12
199:23,25 200:12
200:18 204:7
248:20
**passed** 48:1 255:1
**patent** 191:4,6
**patient** 110:1
150:4 163:15
164:25 165:24
170:7 171:5,8
174:3 180:24

226:18 227:9
228:5 229:22,23
246:16,18,24
247:1,7,9 263:2
264:6 269:7,8
270:22,23 271:3
271:23
**patients** 15:24
149:12 163:17,20
163:23 169:17
170:5,6 178:17
179:11 180:21
224:15,16 226:14
252:24
**pause** 11:5 172:5
**pay** 10:25 40:4,5,5
40:6 41:7 42:9
48:1 53:6,14,19
55:3,3,23 56:13,14
56:15,17 57:7
58:6,11 62:19
96:25 97:1 98:4
104:14 105:24
113:9 122:3
123:20 124:1,6,12
124:13 140:22
141:23,25 143:3,4
143:4,19,20 147:3
147:12 148:2,3,10
148:14 157:12,19
160:5,8,8,12,12,14
160:16,17,17
162:10 179:13
196:15 199:21
200:15 203:22
205:13 212:22
246:17,19,21
247:7,8 249:13
250:2 252:14,15
253:1,16 255:24
256:2 267:17

269:7,7,8,25
**payable** 198:6
**payer** 51:23,24
52:2 200:7,13
212:22
**payers** 51:13,14
51:15 52:8
**paying** 53:5 57:13
59:1 73:5 160:4
203:20,25 207:21
208:6,7 248:3
252:3 257:8,9,16
267:17
**payment** 40:17
41:10,11 47:4
48:21 49:14,15
60:6 98:21 122:2
137:10 143:1
198:4,5 224:22
227:4 246:24
254:18 256:19
268:15 271:3
**payments** 30:6
42:8 46:23 47:19
49:21 60:22,23
62:12 206:13,21
206:22 207:13,17
210:13,16 217:2
217:12 218:3,5
222:9 224:10,21
225:3,15,22
226:12 241:5
270:16,18
**payor** 252:6
**pays** 41:6 53:2
54:20 55:25 58:15
97:13 104:11,16
106:16 137:6
143:9,15 157:16
193:25 199:14,16
200:9 203:23

204:7 252:4
253:17 254:5
**pbm** 47:11,13
58:16,21 64:12,15
84:5 104:14
112:17,22 113:11
113:18 114:4,9
120:13,19 123:15
144:18,20 152:21
168:13,16,25
171:12 183:5
184:7,11,25
196:24,25 197:1,3
197:16 200:8,8,10
200:14,14,15
238:8,9 274:12,21
**pbms** 183:14
187:18 274:18
**pbp** 261:3,4,6,8
**pd** 37:19,21
**pde** 49:3,25 50:8
60:12 62:22
200:23 252:9
253:10 256:4
258:20 265:3
**pdf** 129:7,11,12
131:6 132:9
138:19 142:3
155:7 156:18
162:20 166:15
187:10 190:18,20
190:21 193:19
201:13 202:23
223:10,18
**pdp** 32:9,15 38:18
55:1 74:11,17
77:16,24,25 78:4,5
91:21 92:1,19,20
98:25 118:14
119:18,20 120:5
127:5 128:11,25

CONFIDENTIAL

**[pdp - plan]**                                                                 Page 35

128:25 129:16,19
129:21 130:2,3,6
139:25 209:22
210:20 211:1
237:3,4 261:18
**peggy** 10:5,6
107:7
**penalty** 8:24
**pending** 12:18
14:11 77:9
**pennsylvania** 2:14
3:8 31:1
**people** 22:7,24
26:10 28:9 30:1,2
42:16,21 75:24
80:5 111:17
112:10,11 121:16
154:24,25 218:18
**percent** 53:2,5,8
53:12,14,20 54:25
55:5,8 57:7,13
58:5 124:13 143:4
148:14,16
**percentage** 42:21
51:6 56:9,11
58:11 121:15
249:8
**performed** 112:3
**period** 108:16
118:13 191:5
217:8 218:21
224:4
**periods** 19:15
**perjury** 8:24
**person** 8:22 17:16
63:12 214:10
250:5 255:16
263:21,22 268:23
**personally** 79:21
79:24

**perspective**
100:15,17,18
119:1 131:18
**pertains** 145:23
**pertinent** 196:8
**pharma** 2:16
**pharmaceutic**
2:10,11
**pharmaceutical**
192:5,12,20
278:17
**pharmaceutically**
191:19
**pharmaceuticals**
2:20 3:10 9:15
**pharmacies** 21:8
121:25 122:11
169:16 171:23
172:7,21,21 173:3
175:25 180:1
202:8,9,10 203:3,7
203:10 204:12,24
250:14
**pharmacist** 28:7
80:1 151:15
192:16
**pharmacists** 28:10
80:23,25 81:11
194:3
**pharmacy** 20:6,13
20:25 22:6,8,20
24:14 27:15 30:2
39:2 41:4,4 47:22
78:14 121:21
122:1,5,6,9,22
123:1,10,12,12
136:13 140:10,11
141:23,25 143:22
147:4 151:5,16
152:18 153:15
159:15,24 161:4

161:18,24 162:2,4
163:2 168:14,16
168:20 169:13,21
170:6,10 171:1,1,6
171:7,9,13 173:7
173:13,13 175:2
177:15 181:1
183:12 199:6,7,14
199:15,16,21
200:9,15 203:12
203:13,19,19,20
203:22 204:8,15
204:17 205:8,10
205:19 244:22
245:8 249:6,15,17
249:20,23 250:25
256:3 262:11,15
264:17,18,25
265:5,16,17,18
269:25 273:23
**pharmacy's**
172:23 205:11
**phase** 55:9 56:18
56:21,23 57:19,20
58:12,18,20,23
59:7 98:8 106:16
124:11
**phases** 58:10,17
**phi** 164:21
**physical** 30:22
**physically** 8:18
**physician** 80:10
137:4 150:2 181:6
**physicians** 80:8,12
80:16,22,24
136:23 179:3,6
**pick** 281:10
**picked** 171:6,9
240:23
**pieces** 185:21

**pill** 159:19 171:2
172:22 250:24
**pills** 157:13,15,16
159:14 245:10
251:20
**pinkish** 267:1
**place** 39:22 83:15
99:22 100:1 113:7
131:19 175:18
202:13 204:6
244:13 267:21
284:6
**placed** 108:13
**placement** 83:22
105:19,23 107:15
107:19 108:2,3
112:19,25 140:13
140:21 144:4
**plaintiff** 14:5
221:21 222:6
**plaintiffs** 18:10,17
221:14 222:23
280:20
**plan** 4:5 19:1,12
27:14 31:12,14,19
31:19 32:13,14,17
32:24,24 33:6,12
33:18,25 35:22
37:23 38:5,7,8,12
38:14 39:16 40:6
40:13,17,25 41:12
42:4,11 44:1,4
45:3,6,20,23,24
46:1,3,15,16 48:1
48:2,4 51:17,18,19
52:3 53:4,5 54:25
55:2,13,13,19 56:4
56:6 57:10 58:20
59:24 62:25 63:3
63:8,9,12,18,21,22
66:17,18,20,21

CONFIDENTIAL

**[plan - possibly]**                                                Page 36

| | | | |
|---|---|---|---|
| 67:2 71:11,14,15 | 261:17 | 140:12 142:6,6 | **pods** 248:13 |
| 71:16,18,20,21,23 | **plan's** 113:11 | 146:10,13,25 | **point** 40:17 41:3 |
| 73:1,2,8,15,17 | **plans** 4:18 23:11 | 157:19 160:21 | 93:24 94:12,24 |
| 74:6,17,18,22,25 | 24:20 28:16 31:3 | 176:6 179:17 | 95:3,3 96:15 |
| 75:1,4,19 76:3,16 | 31:16,24 32:20,21 | 185:7 186:10 | 108:11 111:7 |
| 84:11,24 85:21 | 33:21 34:5 36:19 | 197:6 204:22 | 124:16 134:11 |
| 86:4,11,17,18,21 | 37:4,7,9,14 38:8 | 205:18 207:6,15 | 150:12,17 151:6 |
| 87:6,7,14,18,24 | 38:18,19,24 39:7,8 | 208:21 210:17,23 | 162:16 180:9,10 |
| 88:1,15,17,17,19 | 39:10,13,23 40:1 | 211:15,16 213:2 | 189:24 195:24 |
| 88:19,21,22 89:2,3 | 41:20,22,25 42:1 | 217:14 234:1 | 203:24 245:14 |
| 89:22,23 90:9 | 42:18 43:17,19,19 | 236:19 237:7 | 255:22 259:8 |
| 91:4,24 92:2,7,8 | 43:24 44:13,15 | 238:25 248:5,6 | 263:7 265:25 |
| 92:18 93:23 94:1 | 46:21,21 47:15,17 | 254:21 257:8 | 267:15 |
| 94:3,5 95:20,23,25 | 48:8 52:12 53:6 | **platform** 22:5,5,6 | **points** 94:6,17 |
| 97:20 98:1,14,16 | 54:1,2,7 55:18 | 22:13 118:13,15 | 95:9 96:3,5,12 |
| 99:11 100:2,20,21 | 56:19 63:10 64:10 | **played** 122:14 | **policies** 175:17 |
| 100:24 102:4 | 65:22 66:4 68:18 | **player** 92:14 | 207:1 |
| 103:14 104:22 | 68:25 69:17 70:5 | **plays** 62:4 | **policy** 175:11,20 |
| 105:2 107:16,16 | 70:16,17,20 71:7 | **plaza** 3:12 | **ponce** 2:3 |
| 108:1,1,3,6,7,12 | 72:3,7,15,16 73:4 | **please** 8:12 9:3,9 | **population** 46:12 |
| 108:13 113:9,17 | 73:9,22 74:2 75:6 | 9:19 12:24 34:17 | 166:22 167:4 |
| 114:1,3,5,10 118:9 | 75:7,8,11 76:8,22 | 99:2 112:20 | **portion** 50:23 |
| 119:16,17,19 | 77:16,21 78:6,8,18 | 134:25 137:18 | 51:25 52:20 59:5 |
| 121:22 123:1 | 79:6,8 84:4 87:3 | 140:18 159:10 | 62:12,18 160:13 |
| 127:5,13,21 | 88:9,22 90:3 91:2 | 175:4 176:21 | 219:22 247:12,14 |
| 128:12 129:16,18 | 91:19 92:13,15 | 222:2 252:21 | **position** 177:19,23 |
| 130:4 131:20 | 94:18 95:18 96:13 | 255:7 278:9 | 178:21 279:19 |
| 136:9 139:11 | 96:17 98:11,23 | 282:10 | **positioned** 131:22 |
| 140:7,8 141:1,21 | 99:7,8 100:14 | **plus** 33:7,9 38:6 | **positions** 179:5 |
| 143:7,15 144:21 | 101:9,10 102:17 | 84:9 142:5 228:14 | **positive** 4:13 |
| 145:23,24 146:2,3 | 103:4,5,8,9 104:3 | 248:15 255:3 | 134:17 145:9 |
| 146:9,22 152:22 | 104:13 106:5,14 | **pnt** 78:12,14,25 | **possession** 66:23 |
| 156:21 162:11,12 | 107:15,20 108:2 | 79:2,5,11,17,19 | 66:25 225:2,8 |
| 174:18 185:10 | 108:18,20 113:17 | 80:2,4,21 81:15 | **possible** 42:10 |
| 197:3 200:7,13 | 114:8 119:9 120:9 | 82:23 83:2,13,17 | 52:17,18 87:13 |
| 210:5 211:1 235:6 | 120:14,20,24 | 83:24 84:4 94:22 | 162:5,8,11 164:21 |
| 235:7,10,10,15,16 | 121:1,16,17 122:9 | 109:19 | 164:24 167:7 |
| 235:17,20,21,22 | 123:18,19 127:7,8 | **pocket** 57:2,22,23 | 215:14 225:11 |
| 236:1,22,23 237:4 | 128:2,7,11 130:2 | 59:2 113:9 157:12 | **possibly** 72:22 |
| 248:8 255:12,14 | 130:10,14,16 | 157:19 160:18 | 220:11 |
| 261:5,7,7,9,11,13 | 136:5,10 139:6,9 | 252:18 | |

[potential - processed]                                                    Page 37

potential 219:12
potentially 171:18
  182:12 267:16
poverty 260:20
  261:24
povlvl1 260:19
power 92:17 114:4
  248:12
ppo 127:4,8,14,21
  127:24 128:7,11
  130:2 131:14
  140:4,8 142:11
practical 74:24
practice 80:11
  136:25 151:16
predated 102:7
predating 219:9
predecessor
  177:23
preexisting 89:3
preferred 94:9,10
  94:11 95:12,24
  96:3,5,20 97:10,22
  97:23,23,25
  107:11 108:16,18
  108:19,22,23
  109:2,4 122:1,4,5
  122:9,11 123:21
  124:1 137:7 141:2
  141:3,15,19,24,24
  142:1,13,15
  146:23 147:4
  190:8
premium 40:7
  42:6,8 48:14,15,18
preparation
  281:15
prepare 17:10
  18:21 126:13
preparing 62:6
  154:3

prescribe 181:6
prescribed 161:7
  208:12 253:10
prescriber 100:5
  257:17
prescribers
  153:11
prescription 32:13
  32:16 38:11 40:15
  40:25 44:16,19,22
  47:24 49:3 50:4,8
  50:23 51:3 52:21
  59:16 62:2,3
  64:13 98:5 109:23
  124:4 128:2,5
  129:16 141:3,4
  142:15 143:22
  151:11,17,19,22
  152:3,19 153:13
  153:15 157:11,13
  159:16 162:4
  171:8,13 186:4
  191:17 194:1
  195:2 201:20,21
  201:23 202:3,4
  203:8,18,21 204:1
  205:10 213:24
  227:20 228:6
  230:24 231:7
  244:22 245:4,15
  249:13 261:6
  265:18
prescriptions
  47:19 62:13,19
  147:7 183:6
  204:25 207:5
  208:20 225:9
  254:21
presence 18:21
present 3:16 8:18
  81:15 83:13

president 20:6
  24:13 26:4,6
  177:14
presumably
  148:12
presume 12:22
pretty 12:10
  164:18 171:15
  173:14 179:10
  202:15 228:13
  250:12 267:18
previous 10:8
  24:12 265:8
  267:25 268:1,8
previously 24:13
  282:11
price 56:4,5,8,13
  93:24 94:6,12,17
  94:24 95:3,3,9
  96:3,5,12,15 97:7
  112:22 137:4,5
  140:22 148:8
  193:20 194:3,6,9
  194:12,18 199:24
  205:11,21 273:14
priced 106:10
prices 58:15,17
  112:17,20 193:25
  195:3 200:14
  203:7
pricing 25:9,10
  104:6,11,13,13
  113:1,21 114:9
  124:15 143:6
  194:8 195:15,24
  196:15,19 198:8
  198:17 199:12,24
  200:4,7,12,18
  203:12,14 204:7
  228:12,16 238:8
  248:20 274:11

280:14
primary 51:22
  80:18 109:7 179:6
  264:3
prinston 2:10
printed 279:9
prior 24:11,23
  25:20,21 27:6,10
  27:15 36:6 41:11
  43:13,14 70:6,17
  70:21,22,24 76:19
  77:10 122:13
  126:24 133:11,18
  150:12,14,15
  202:7 264:11,13
  264:14 266:6,8,10
  266:12,13,14
  276:10
proactive 179:8
probably 13:17
  30:14 34:15 35:22
  64:25 107:24
  114:3 122:12,12
  169:7 222:13
  234:22 243:8
  267:25 268:1
  275:7
problem 12:17
  21:4 278:10
proceed 9:10
  11:13
process 22:13
  40:15,15 42:9
  46:20 51:21,24
  59:12 62:5,8
  150:4 182:4,7
  183:16 202:12,20
  204:17 205:18,19
  221:7 266:6
processed 21:21
  51:11 59:19 63:23

CONFIDENTIAL

**[processed - quote]**                                                      Page 38

144:18 169:21
205:7 246:1
255:21
**processes** 64:13
**processing** 22:8,21
63:4 201:17
**produce** 13:23
**produced** 66:1,9
67:16 102:3
114:23 115:3,24
126:6 127:2
130:21 134:12
135:21 184:23
225:16 226:9
229:21 240:19,25
241:2,7 270:24
280:18,21
**product** 26:20
84:18,19 88:6
100:16,16,23,25
101:7 112:11
116:17 175:4,14
175:19 271:24
272:21 273:16
**production** 6:5
**productive** 124:22
**products** 1:3 26:9
26:9
**professional** 28:18
**profit** 200:10
**program** 67:6
87:24 142:20
156:19 174:17
**programs** 20:21
20:21
**project** 22:7
**projects** 20:15
21:24 22:2,14
23:9
**promise** 270:5

**proportion** 51:3
**proposed** 4:19
208:19 218:8
222:22
**proprietary**
191:18
**protocols** 169:11
**provide** 13:22
39:4 79:19 90:21
110:24 133:10
195:5 207:1 233:7
279:25
**provided** 4:23
18:10 102:12
167:15 181:24
226:10 239:3
276:3
**provider** 20:25
30:3 110:23 150:5
153:14 162:3
180:19,21
**providers** 80:18
179:2,16,19,22
180:4,7,16,23
**provides** 38:22
40:8 112:8 186:2
186:3,9 202:25
**providing** 150:5
175:3 203:14
208:11
**provision** 115:6
186:3 275:8
**psychology** 27:24
**public** 126:7
131:25 138:23
284:4 287:19
**publicly** 102:20
103:23 104:9,15
104:18 105:14
**published** 109:16
109:17

**pull** 115:14 135:14
135:18 138:17
168:5,21 176:22
183:23 184:18
**pulled** 131:17,24
138:23 166:21
228:22 232:7
276:8,9,22
**punitive** 221:21
222:6
**purchase** 84:15
159:7,13
**purchased** 172:11
205:8 278:21
**purpose** 178:20
**purposes** 24:24
34:19 38:13 89:7
118:21 121:4
184:22 190:14
191:8 226:7
239:20 273:12
**pursuant** 219:21
221:24 222:9
**put** 78:10 83:18
88:4 115:4 125:17
126:5 134:18
135:13 144:25
171:2 237:15
240:13 251:2
270:9 282:5,19
**putting** 129:20

**q**

**qc** 167:14
**qualifications**
143:16
**qualifies** 143:21
**qualify** 51:20
189:20
**quality** 20:19 30:4
**quantified** 166:12

**quantify** 34:5
166:9
**quantity** 25:6
133:20 230:12,18
230:22 251:20
264:8 272:24,25
273:14
**query** 232:25
**question** 11:11,18
11:19,21 12:18,19
12:23,23 67:12
77:9,14 81:8
100:7 110:11
121:4 128:19,21
128:25 135:1
138:5,5,6 147:19
149:20,23 151:1
155:22,22 172:3
190:6 207:10
217:5 218:7
222:13 225:5
251:9 255:6
257:24 273:13
275:17 277:11
**questioning**
114:17 216:7
**questions** 6:11
11:4,4 12:22
16:12 67:13 126:4
138:19 226:8
278:1,2,13 280:5
280:12,22 281:22
**quickly** 16:16
**quite** 97:4,8
151:25 187:23
195:19 242:1
253:7
**quote** 57:19
192:19 224:22

CONFIDENTIAL

**[r - recovery]**                                                    Page 39

| r |
|---|
| **r**  2:1,13 3:1 8:15 |
| 9:21,21 10:2,2,2 |
| 57:24,25 107:4,5 |
| 188:18,20 211:23 |
| 268:19 284:1 |
| 286:3,3 |
| **random**  240:24 |
| **range**  31:11 |
| 239:21 |
| **rate**  59:6 112:13 |
| 203:10 250:4 |
| 273:24 |
| **rates**  111:3 203:2 |
| **ratings**  20:19 |
| **rawlings**  211:19 |
| 211:22 212:2,5,6 |
| 212:11,11,14,17 |
| 213:1,11,23 214:3 |
| 214:12,19,22 |
| 215:11,12,15,18 |
| 215:23 216:3,10 |
| 216:16,21 221:2 |
| **rbk**  1:6 |
| **reach**  57:6,19 |
| 151:8 172:23 |
| 180:9 |
| **reaches**  57:3 |
| **read**  7:6 67:25 |
| 68:4 83:5,9 |
| 110:10,13 128:22 |
| 132:21 159:9 |
| 167:1 255:6,8 |
| 285:9 287:5 |
| **real**  212:6 255:11 |
| **realized**  77:12 |
| **really**  10:11 13:17 |
| 15:22 19:18 24:9 |
| 24:25 27:13,20 |
| 38:9 40:2 43:21 |
| 51:23 73:14 87:8 |

87:19 90:7 100:7
100:24 105:18
189:23 192:15
212:8 222:11
226:22 228:1
236:19 239:23
255:3 266:16
267:12 273:23,24
**reason**  12:11
66:22 130:1,3
168:4 285:11
286:6,9,12,15,18
286:21
**reasonably**  179:14
238:19
**reasons**  11:10
173:15
**rebate**  60:2
**rebates**  61:8 144:3
144:12,13,16,17
144:23 201:9,10
**rebecca**  116:2
**recall**  13:11,16
15:23 16:3 36:11
116:17,18 117:1
118:1 121:12
124:3,15 130:8
141:15 147:9
151:7 152:6,17
153:2,9,17,20
155:14 157:1,9,21
158:4 160:15,23
161:13,14,20,22
161:23 162:7
163:8 164:19
166:5,6 167:5
168:12,23 169:14
169:25 170:1,21
174:4,16,19 176:3
176:8 177:8 178:3
178:23 180:15,20

180:22 181:8,17
181:19 182:13
183:1 194:22
207:2 217:22,23
219:9 270:15
279:4,8,13
**recalled**  151:4
152:19,24 153:3
161:8,16 164:9
168:2 170:12
171:18 172:11
175:4,14 179:10
183:5 211:14
216:1 217:13,19
218:4 219:13,14
220:5 224:6,23
278:20
**recalling**  15:24
**recalls**  175:19
182:18 206:13,23
**receipt**  285:18
**receive**  42:8 48:6
143:19 159:20
168:25 183:4
201:10 204:24
205:18
**received**  13:11
19:2 48:15 163:6
167:25 206:21
244:17 270:22
**receives**  254:12
**receiving**  41:11
102:15 271:23
**recess**  125:9
**recipients**  116:8
**recitals**  185:25
**recognize**  131:23
179:19 260:12
266:25
**recognized**  212:10

**recognizes**  85:3
215:7
**recommend**  83:15
**recommendation**
83:20,22 178:22
**recommendations**
79:11 81:19 83:13
109:18
**reconcile**  201:20
259:2,3
**reconciliation**
202:12,20 258:23
**record**  8:2,11 9:19
11:10,20 12:7
40:10 50:5 65:15
65:19 66:9 76:25
77:2,4,7 78:12
79:15 81:22,25
82:3,12 102:2
114:22,25 115:5
115:22 125:4,8,12
135:20 145:6
147:15 154:10
155:25 156:3,7
173:20 176:15,18
176:23 184:19,23
206:4,8 215:3,4
222:21 232:10
233:22 238:5,9,13
257:13 259:16,20
267:11 280:19
281:23 282:5
283:1,4
**recorded**  8:3
**recording**  12:3
**recoveries**  219:23
**recovering**  219:20
**recovery**  4:4 14:6
16:23 209:4
216:15 219:20
221:21 222:5

CONFIDENTIAL

**redacted**  263:3
**reduce**  132:16
**reduces**  52:1
**reducing**  195:21
**ref**  265:11
**refer**  13:21 33:2
  34:15 37:25 38:1
  38:2 57:12 73:24
  84:10 85:16 86:2
  86:6,15 87:6
  97:21 107:7 139:5
  261:14 278:2,14
**reference**  126:9
  134:7,12,21
  241:11 265:12
**referenced**  202:12
  227:4 285:6
**references**  271:3
**referencing**
  137:15 167:9
  202:10
**referred**  38:18
  44:5 60:2 97:18
  134:22
**referring**  13:3,24
  13:25 40:11 49:8
  78:21 97:21 107:8
  159:4,14 163:8,10
  163:19,22 185:16
  234:2,8 277:5,12
  278:5,16
**refers**  78:14 85:20
  95:8,16 226:18
  235:1 260:15
**refill**  171:13
  230:19
**refills**  162:1,2
  170:16 230:12
  264:23
**reflect**  94:21
  231:20 256:14,22

267:22 269:7,9,9
**reflected**  254:3
  256:6 258:1 266:1
  267:8
**reflecting**  145:14
**refreshing**  101:25
**regard**  13:12
  23:15
**regarding**  13:11
  81:4,7 82:24 83:1
  114:9 153:7 178:5
  201:9 218:5
  225:14 278:25
  279:9,16,20
**regardless**  128:7
  143:21,25 196:5
  251:14 257:2,20
**regards**  8:4
**regularly**  15:7,8
  195:25
**regulated**  143:10
**regulation**  22:22
  22:22 26:13
**regulations**  20:17
  72:19 151:16
  173:13,14
**regulatory**  59:23
**reimburse**  41:9
  49:15 199:16
  200:8 250:15
  252:4 256:4 258:8
**reimbursed**  49:4
  160:10 204:20
  252:15 258:17
**reimbursement**
  46:14 49:12,14,22
  59:6,22 60:7,18
  62:23 198:1,2,4
  203:2,10
**reimbursements**
  50:21 60:22 61:8

183:4 204:25
  206:21
**reimburses**  200:13
  252:5,18 253:17
**reject**  150:15
**related**  25:10
  118:4 158:4 177:8
  199:8 211:14
  284:10
**relates**  1:4 101:11
**relating**  19:12
  64:9 169:25 174:4
  206:12,22 207:2
  213:11 216:1
  219:12 221:23
  222:8 225:3,8,18
  241:2,4
**relation**  14:8
**relations**  156:20
**relationship**  27:2
  28:19 67:1 220:22
**released**  132:20
**relevance**  275:7
**relevant**  19:5
  201:1 216:8,11
  229:20
**rely**  171:22 195:4
**remain**  268:13
**remainder**  170:20
**remaining**  103:8
**remember**  13:25
  16:6 57:16 134:7
  235:5,11 236:16
  236:21 253:2
  255:15
**reminding**  13:14
**remittances**  199:7
**remote**  11:5
**remotely**  8:20
**removal**  135:24

**removed**  136:22
  137:1
**removing**  134:19
**repackagers**
  278:18
**repeat**  70:11
  128:20 137:18
  140:17 141:10
  149:21 155:20
  213:20 247:5
  268:4 276:14
**replace**  161:21
  181:2 267:23
**replacement**  124:5
  147:11 153:8
  157:20 158:13
  159:19,25 160:6
  160:11,14,20,22
  181:16,23 190:14
**report**  4:22 59:17
  167:12 227:3
  229:20 272:8
**reporter**  1:16,17
  7:7 8:8,11,16 9:9
  11:1 12:3 18:3
  22:18 23:5,7 25:3
  28:1,4 32:10 33:8
  35:4,6 40:20,23
  44:7 45:24 46:9
  50:7,11,19 53:10
  57:24 58:1 67:4,7
  70:9,11 71:19,23
  74:3 80:9 82:7,10
  83:4,6 85:11 99:2
  107:2,5 110:18
  116:20 124:9
  125:3 126:18
  128:14 134:25
  137:17 142:22
  145:18 149:19
  155:21 158:6,9

159:8 171:4,25
172:4 177:18
188:17 191:25
195:10 198:18,24
199:2 206:16
211:21,24 213:19
214:2,4 228:24
229:3 235:8 236:8
242:3,8,10 247:2,5
247:16 252:20
253:19,22,25
259:7 261:19
262:3 263:25
265:10 266:8,12
268:17,20 271:20
276:13,23 277:8
277:17,20 278:7
281:1,20,23 282:6
282:15,21 283:2
284:4
**reporting**  8:19 9:2
167:6 215:8
**reports**  217:25
226:10
**represent**  9:14
68:17 126:5
130:19 145:9,10
219:5 225:15
227:14 229:18
260:8 275:21
281:5
**representation**
80:13
**representations**
278:24
**representative**
14:5 16:10 221:22
222:7
**representatives**
221:14

**represented**  219:7
**representing**
237:14
**represents**  194:6
**request**  6:1,5
100:5 110:6,21
136:23
**requested**  83:10
110:14 128:23
137:3 150:5 255:9
**requesting**  150:15
**requests**  111:9
151:18
**require**  230:21,23
**required**  110:3
121:25 122:2
160:5,8,14,16
287:13
**requirement**
24:24 54:12 106:5
**requirements**
133:18 149:12
**requires**  22:23
109:21 192:23
193:15
**reread**  159:9
164:20
**research**  81:14
**residence**  10:17
**resident**  63:14
**residents**  64:22
65:3
**resources**  27:8
109:17
**respect**  281:11,15
**respects**  86:10
**respond**  282:18
**responded**  176:7
**responds**  169:12
**response**  128:15
158:3 167:20

175:19 257:15
**responsibilities**
16:9 20:10 21:1
23:25 26:5 76:3
76:12
**responsibility**
58:11
**responsible**  20:12
20:15,18 23:25
26:10 150:7,17
174:21 183:13
214:11
**restate**  121:23
222:2
**restricted**  1:9
184:24
**restriction**  99:22
99:23,25 100:1
152:8 214:25
**restrictions**  100:8
149:6,9 150:9,23
152:5
**result**  267:16
284:11
**retail**  113:4
161:17 167:8
169:11,13,16,22
170:24,25 199:6,7
199:21 202:8
203:2,18 205:11
**retailers**  278:18
278:18
**retained**  218:9,16
**retention**  89:4
**retired**  72:10,11
73:2
**retirees**  71:17 72:4
72:6,6 85:23
**retrospective**
212:6

**return**  161:23
285:13,17
**returns**  175:3
**reuter**  177:11,11
**reveal**  275:10
**revealing**  209:11
**reverse**  148:7
**review**  17:25
19:16 81:11
104:21,21 132:24
157:2 187:8
278:23 279:9
285:7
**reviewed**  18:20
19:11 117:6
126:14 147:2
154:2 217:22
**reviewing**  240:16
**rid**  90:24
**right**  9:16 10:6
12:25 15:22 16:3
17:20 18:7 20:24
21:13,22,22 24:1
24:21,21,22 27:12
27:21 28:14 31:13
33:3,19 34:5,23
37:7,18,23,24 38:6
38:7 43:20 50:15
52:22 54:21 55:23
56:9,12,23 57:8,16
58:13 59:3 65:21
67:13 69:11,16
71:8 74:9,19 75:1
78:9,17,22 81:12
82:22 86:7,20,20
87:22,24 88:15
89:8,17 90:10,11
94:6,7 95:1,1,15
96:20 97:6 98:9
101:12,25 103:9
104:1,4,7,16

[right - scripts]                                                          Page 42

| | | s | |
|---|---|---|---|
| 105:22 106:12 | 270:3 271:14,18 | | 180:21 186:7 |
| 107:17,24 109:24 | 272:1,4 273:2,5,16 | s  2:1 3:1 4:1 8:15 | 187:4 190:5 |
| 110:7 116:23 | 273:20,21 274:8 | 9:22 10:3 50:13 | 191:17 198:2 |
| 117:2,7,18,21 | 280:12,23 | 67:7,8 156:15 | 201:19 223:13 |
| 118:24 119:17,22 | rights  216:1 | 211:23 237:1 | 227:10 233:24 |
| 120:23 125:23 | risk  39:20 40:6 | 253:23 286:3 | 238:22 241:15 |
| 127:15 128:9,12 | 42:6,7 | sachs  116:2 | 261:25 267:12 |
| 129:3,19 131:4 | rivero  2:2 | safety  24:24 | 274:9 |
| 134:8 135:9,20 | riveromestre.com | 108:25 109:10,11 | scenario  147:23 |
| 142:9,16 144:1 | 2:5 285:2 | 132:19 144:9 | 159:5 |
| 146:20 147:3 | road  3:8 | 173:9 211:11 | schedule  48:17 |
| 148:2,3,7,15,17 | role  20:8,11 24:11 | sale  40:17 41:3 | schedules  198:4,5 |
| 150:19 151:21 | 24:12 28:9 29:2 | 150:12,18 180:11 | scope  23:17 46:5 |
| 152:14,16 158:14 | 184:6,8 212:19 | 195:25 203:24 | 64:1,11 114:11 |
| 158:23 161:16,17 | rolled  63:8 | 265:25 | 152:12 189:14 |
| 161:17 162:17 | room  8:19 10:19 | sales  26:8 208:19 | 193:3 197:13 |
| 163:5 164:10,19 | 259:11 | 228:17 258:12 | 206:15 207:8,19 |
| 165:12 166:14 | rose  3:2 | sam  237:1 | 208:23 209:6,20 |
| 168:17 169:22 | ross  3:3 | samantha  50:13 | 210:8 211:3 213:4 |
| 171:22 172:21 | rough  82:5 282:9 | sample  136:20 | 214:14 215:21,23 |
| 173:9,12 184:16 | 282:12 | saturday  159:16 | 216:5,17 218:24 |
| 185:19 186:16 | roughly  35:25 | 159:21 | 220:1,8,15 275:4 |
| 187:3 190:10 | 45:18 281:6 | saw  67:10 | screen  13:6,9 |
| 194:16 200:4,10 | row  69:3 70:1 | saying  34:11 90:6 | 16:16,16 17:20 |
| 200:16,24 203:21 | 74:13 86:22 89:9 | 156:16 162:22 | 66:6 67:14 78:11 |
| 204:1,8 206:10 | 89:17,23 92:22,25 | 165:15 168:24 | 82:15,19 90:23 |
| 219:15 222:19 | 93:24 95:1 103:13 | 179:8 189:23 | 101:17 |
| 223:18 224:13 | 241:15 262:1 | 246:25 250:5 | script  162:1 |
| 225:7,14 227:4 | rows  244:15 272:7 | 263:6 266:16 | scripts  3:14 4:6,15 |
| 230:24 231:11,11 | 272:12 | says  69:3 70:1,2 | 13:11 15:17 16:5 |
| 234:17 235:3 | rude  12:6 | 78:12,19 89:18,18 | 19:2 21:19 22:9 |
| 238:25 239:16 | rule  16:10,24 | 92:25 94:8 95:2 | 24:5 25:22,25 |
| 240:9 241:17 | 150:13 158:20 | 103:14 116:10 | 26:3,6,9,22 27:3,5 |
| 243:4,18 244:9,10 | 159:1 | 120:2 132:10,13 | 27:10,16,18 41:6,6 |
| 246:5,16 248:10 | rules  10:24 134:9 | 136:23 137:20 | 41:7,8,11 47:1 |
| 248:16,21 249:1 | 214:17 | 139:3 141:6 146:8 | 62:9 68:11,18,24 |
| 250:17 253:14 | run  21:18,19 | 156:18 157:8 | 84:3 85:3,16 |
| 254:19 256:2,7,14 | 214:17 215:8 | 159:6 163:13,15 | 87:10 90:4,17,19 |
| 256:24 257:3,19 | rx  265:16 | 166:21 167:24 | 90:20 91:9,22 |
| 260:17 263:2,17 | | 168:4 169:15 | 93:15 94:19 96:14 |
| 268:7 269:4,16 | | 175:1 178:2,9 | 102:10,13,15,16 |

CONFIDENTIAL

**[scripts - service]**                                                                 Page 43

112:8 114:25
116:2,14,25 117:6
118:22 120:13
123:9,15 134:3
150:7,11,22 152:7
153:25 154:24
157:2,6,9 158:4,17
158:22 159:18
160:10 163:11,16
164:2,2,24 165:12
165:23 167:6,8,15
168:13,16 169:11
169:20,25 170:5,7
170:9,14 174:3,16
174:20 175:9,11
180:2,10 184:10
185:10 187:18
188:5,25 194:13
195:4 196:8 197:4
197:19 199:20
201:5 203:1,6,9,19
203:23 204:6,16
204:20 205:17
214:19,21 215:7,7
217:24 219:13
246:25 248:19,24
249:6 252:4,5,12
255:1 260:12
261:21 262:14,20
265:6 274:25
275:2,24
**scroll**  68:5 70:15
89:8,11,21 104:1
131:8 136:17
146:14 165:5
193:18 227:6
**second**  33:5 54:14
54:16 92:24
101:14 109:21
114:20 131:4,9
135:14 146:15

153:16 157:10
173:17 201:14
222:18 225:23
227:7 229:16
246:13 265:20
271:12,13 274:4
280:8
**secondary**  51:23
**seconds**  81:21
**section**  80:16
93:22
**security**  242:1
**sedat**  166:21
**see**  16:16 52:11
67:23 68:10,12
69:4,10,14,15 71:2
74:8 78:12,18
86:19,23 87:10
88:12 89:19 92:22
93:1,10 94:1,9
95:19,25 96:19
98:12 102:6
103:15 108:5
116:2,9 117:21
119:6,23 129:15
132:11 136:1,5
138:24 142:11
146:15,16 154:21
154:22,25 155:8
155:10,14 157:16
161:24 162:21,25
163:17 165:20
166:18 167:22
168:7 169:18
174:6 175:6,22
178:12,18 181:9
185:2 186:12
187:12 189:1
190:18,25 191:23
199:9 201:25
205:24 223:15

224:13,17,19,24
226:23 227:10,13
228:12 230:3,7,13
230:17 231:1,2,14
231:15 233:3,24
234:6,20,22
236:14 237:18
238:5 241:12,16
241:20 243:6,22
244:15,25 245:1
245:17 246:1,14
246:17,19 247:23
248:1 255:17
256:17,20 257:25
258:2 259:5 260:6
264:24 267:3,9
268:8,9 270:7
271:6,8,14 272:3,9
**seeing**  273:15
**seeking**  222:23
**seen**  16:25 17:6,8
68:9 116:5 126:23
155:2 174:8,8
179:16 185:2,8
222:14 223:6
232:22 276:10
**select**  35:13
194:12
**selected**  198:5
**selections**  126:9
**self**  39:19 40:1
41:21,25 42:25
46:21 47:17 48:4
55:12,15
**sells**  41:4
**send**  138:9 170:22
267:11 282:9
**sending**  165:14
178:22 214:11
217:24

**senior**  163:2
**sense**  49:18 69:18
131:25 168:9
226:15 227:16
241:8 242:22
270:25
**sent**  41:5 153:10
153:15 162:4
164:7 168:19
169:24 170:7
179:22 205:6
285:14
**sentence**  174:25
186:6 201:16
**sentry**  2:14
**separate**  31:15
32:20 36:25 38:7
52:3 87:3,4,25
88:5 89:2 118:13
118:23 129:18,22
130:1,17,23
131:14 198:17
220:12 228:3
233:18 254:7,9,9
254:16
**separated**  87:4
129:25
**separately**  167:12
**september**  145:12
218:22
**series**  4:4 11:3
14:6 16:23 264:15
**serve**  42:14
**serves**  36:16 45:12
45:15
**service**  30:3 61:15
61:19 226:19
227:15,18 228:2,4
228:9,23 229:1
230:3 231:12
240:1 243:20

CONFIDENTIAL

**[service - sorry]**                                                        Page 44

244:9,12,15,25
246:3,5 264:18,24
265:15 271:4
272:6,9,13
**services** 28:16
29:7 38:22,25
39:5 41:14 50:10
50:18 63:24
186:10,11
**set** 21:17 53:6
56:15 65:7 68:19
90:14 102:22
113:1 175:20
199:6 214:15
226:7 278:2,13
284:13
**sets** 91:10
**setting** 94:17
203:7
**setup** 20:13 91:9
95:10 143:19
205:16
**seven** 157:15
**share** 16:11,15
29:5,6 35:12 52:1
54:25 55:6 56:12
58:9 66:6 82:15
82:19 98:23
101:18 104:11
105:24 107:14
115:14 125:18
145:1 147:12,19
147:22 148:2,17
154:9 164:3
166:23 176:21
178:5 184:17
195:21 205:4,5
212:10 213:23
214:16 219:22
222:19 225:25
240:11 267:18

268:12 270:9
**shared** 61:15,19
112:7
**shares** 143:9
**sharing** 58:4 59:2
101:17 139:1
141:3,4,8,14,15,19
141:20,22,24
142:14,15 143:6
205:3
**sheet** 230:11
285:11
**shipped** 159:20
**short** 12:13 65:8
65:16 77:5 82:4
114:18 124:17
156:4 158:21
176:16 206:5
259:17
**shortages** 194:17
**shorthand** 284:3,8
**shortly** 16:1
164:19
**show** 234:16
**showed** 129:22
151:5
**showing** 16:20
66:7 165:16
**shows** 165:17
200:25
**shrunk** 36:9
**sicker** 46:11
**side** 73:17 128:4
140:11 216:2
244:16 254:17
256:7,13,20 260:3
**sign** 7:6 138:10
285:12
**signature** 137:22
138:1,6 155:17
156:17 284:18

**signed** 285:20
**signers** 18:6
**significance** 138:8
**significant** 36:12
36:14 138:1
**signify** 120:25
**similar** 68:23
101:8 179:21
197:6
**similarly** 65:2
**simple** 187:21
**simply** 38:11
138:14 189:25
190:3 237:17
**single** 4:25 79:5
98:14,15 99:10
108:7,8 240:24
262:24 263:23
**singular** 240:14
**sit** 30:12
**sites** 30:22
**sitting** 182:22
**situation** 16:12
124:1 133:10
152:18 174:19
175:21 181:5
258:14
**six** 169:5 230:13
272:7,12
**size** 35:12 36:6
**skip** 67:12 126:3
153:18
**slight** 250:13
**slightly** 101:2
**slow** 102:1 159:9
247:3 278:9
**small** 32:19 36:21
38:23
**smaller** 114:5,10
**smallest** 35:20
92:22

**smith** 3:7
**smp** 248:6
**snp** 37:9,11 45:23
45:25 46:3,6 70:8
70:13 84:22,23
86:24,24 87:21
88:3 98:11,16
99:7 100:2 139:25
143:7
**snps** 98:13
**social** 242:1
**solco** 1:5 2:11
**sold** 194:7
**solely** 80:24
**solution** 44:1,13
93:15 251:2
**solutions** 20:7
43:19 177:15
285:23
**somebody** 111:12
133:8 166:13
178:21 181:12
194:24 205:9
263:16 276:7,9
**soon** 101:17
282:21
**sorry** 17:15,19
18:3 19:20 25:3
40:21 44:7 61:17
70:9,10 85:7,11,12
90:24 99:5 125:5
126:22 130:12
132:4 137:17
141:11 155:19
157:24 159:8
177:13 187:6
188:12,16,17
190:21,23 198:3
198:18,25 202:23
206:16 211:25
213:19 214:24

CONFIDENTIAL

[sorry - structure]                                    Page 45

220:18 227:11
230:6 231:24
243:2 247:2,3
248:12 252:20
253:21 263:25
276:13 277:8
278:7 281:24
**sort**  40:3 84:17
133:13
**sorted**  230:2
**sound**  135:9
**sounds**  57:16
**source**  131:25
137:23 138:24
194:4 276:6
**span**  194:4,6
**speak**  10:25 38:4
47:14,14,15 214:7
275:20
**speaking**  38:5
117:25 133:6
277:9
**special**  37:11,14
45:25 46:12,15
84:24 87:23 99:7
142:19
**specialists**  179:7
**specialties**  80:19
**specialty**  94:12
95:24 97:17
**specific**  81:18 84:8
106:10 146:9
149:11 165:24
166:2 168:5
171:20 175:17
196:23 197:2
199:7 225:21
243:12 275:10
**specifically**  37:2
64:21 187:10
193:11 211:5

260:23
**specify**  198:5
**speculate**  28:25
**speculating**  12:25
**speculation**
257:14 273:18
274:20 275:4
**spell**  9:18 10:1
**spending**  62:2,3
**spent**  57:2
**spoken**  18:16
**sponsor**  40:18
41:12 48:1 55:14
71:16 92:2,7,8
156:21
**sponsored**  36:20
43:15 72:16 73:15
261:10
**sponsors**  85:25
**spot**  265:21
**spread**  199:13
200:4,6,10
**spreadsheet**  70:20
232:6 237:14
239:3,9 243:3
245:13 256:7
266:24 267:8
271:6,7
**spreadsheets**
240:18 241:12
**st**  3:13
**stabilizing**  195:15
**stage**  52:21 53:1,3
53:13,19,19 54:3,8
54:11,14,16,17
57:10 143:2,3
253:6 255:15,20
263:8,9,12,13
**stages**  52:24
263:16

**stamp**  66:2 115:24
145:7 184:21
**stamped**  240:16
**stand**  71:10
**standalone**  38:18
74:18,25 76:22
77:16,24,25
102:11 128:12,25
237:4
**standard**  53:4
54:20,24 56:11
57:10 91:22 92:4
92:18 98:14,15
99:11 141:2,8,14
141:19,22 142:13
175:9 187:16,18
193:14 239:24
255:13,25
**standing**  282:13
**stands**  50:18 121:2
195:13 227:15
261:7
**star**  20:19
**stars**  96:24
**start**  199:18
252:21 263:7
278:10
**started**  15:21,22
15:25 16:2,4 27:5
153:22 215:18
263:11 277:11
**starting**  134:11
**starts**  155:7
166:16 187:9
261:7,8
**state**  9:3,18 20:17
22:22 32:17,20
51:10,18 67:5
172:16 280:12
**stated**  169:4

**statement**  223:12
**states**  1:1 26:13,14
26:16,17 30:19
32:23
**static**  268:13
**status**  51:11,12
262:9
**stayed**  36:9 43:10
161:15
**stenographic**  8:11
**stenotype**  284:4
**step**  25:5,10,14
99:21,23,25 100:1
100:2,6 109:20,21
109:23 110:3
111:8 133:17
149:11 150:8
152:5,8 180:23
**steps**  153:6
**stipulations**  6:8
**stock**  27:12
**stop**  209:14 216:6
234:11
**stopping**  124:16
**straight**  49:6
**straightforward**
187:21
**street**  2:8 10:13
29:19
**strengths**  178:10
**stretch**  12:14
**strict**  202:15
**strike**  15:12 210:2
217:6 271:11
**structure**  19:1,12
54:20 55:3 56:20
66:4 67:12 98:22
100:9,14 101:10
126:3 127:14,14
139:1 141:15
142:12 160:2

CONFIDENTIAL

**[structure - talking]**                                                        Page 46

186:9 274:18
**structures** 38:9
   55:4 104:17,23
   105:2 143:1,6
**studies** 109:17
   148:24
**stuff** 13:17,18
   21:22 218:12
**subject** 99:22
   116:16 133:4
   136:3 153:20
**submit** 20:16
   60:12 76:18 88:7
   134:15 204:19
   206:11 253:11
**submitted** 26:15
   26:17 50:6 60:14
   215:16 258:25
**submitting** 76:14
   215:15
**subparagraph**
   202:25
**subscribe** 179:17
**subscribed** 287:14
**subscriber** 264:3,4
**subsequent** 182:18
   230:12 266:22
**subset** 140:6 142:6
**subsidiary** 21:10
   28:22 220:20
**subsidies** 46:15
   48:7,14 50:21
   248:4 252:24
   254:19
**subsidizing** 73:5
**subsidy** 48:18,23
   49:7,22 143:8,11
   143:12,16 247:23
   251:25 252:3
   253:24 254:2,3,4
   254:12 255:4,25

260:21
**substance** 13:13
   15:3,15
**substitute** 153:15
**subtypical** 92:6
**successful** 219:20
**suggested** 178:14
**suitable** 149:16,24
   150:2 178:17
**suite** 2:4,8,14,18
   3:3,8,12
**suited** 169:16
**suits** 63:13
**sum** 61:4
**summary** 18:2,5
   18:12 163:14
**super** 253:7
   258:19
**supplemental**
   51:20,23 52:7
**supply** 158:21
   178:17 251:18
   278:19
**support** 29:2
   51:20 143:18
   260:22
**supporting** 29:11
**supports** 29:12
**suppose** 146:4
   156:14 164:23
   177:12
**sure** 9:20 12:6
   14:2 21:2,20 22:8
   22:24 24:25 30:17
   31:13 40:19 49:6
   49:12 53:1 54:24
   78:3 79:14 81:1
   82:2 83:6 87:17
   101:7 126:20
   131:17 140:20
   141:22 156:10

166:24 167:16
173:14 176:13
182:20 194:2
201:8 206:1 207:9
210:9,21 216:12
217:6 222:4
234:24 238:18
242:1 245:21
262:6,14 280:10
**surprise** 165:1
**surprising** 167:17
**suspect** 168:20
   228:3
**swallow** 250:24
**swear** 8:12 93:18
**swedesford** 3:8
**swing** 36:13
**switch** 114:15
   152:24
**switched** 147:10
   161:8 181:19
**switching** 179:11
   277:24
**sworn** 9:6 287:14
**synol** 162:21
**system** 68:20
   94:19 205:16
   244:23
**systems** 23:14
   91:11

**t**

**t** 2:8 4:1 9:21 10:2
   57:24,25 236:10
   284:1,1 286:3,3
**table** 7:1 116:23
   121:10 167:22
   178:15 224:13
**tables** 138:25
**tainted** 14:23,25
   15:4

**take** 12:12,19
   25:11,15 39:20
   65:8,10 74:13
   89:24 93:16 99:12
   99:13 110:3,6
   113:6 114:15,17
   124:17,17,20
   149:13 151:6
   166:24 176:11
   180:24 183:25
   184:1 205:23
   224:4 232:5
   238:16 245:18
   250:24 259:12
   282:12,17
**taken** 1:13 15:7
   65:16 77:5 82:4
   109:22,24 125:9
   156:4 176:16
   206:5 240:15
   259:17 284:6
**takes** 42:5 91:10
   169:9 204:5
**talk** 11:25 31:24
   39:23 60:6 82:20
   84:8 99:3 115:2
   177:10 238:13
   280:19
**talked** 54:19 74:11
   84:23 126:2,12
   139:7 248:18
   254:24 265:15
**talking** 28:14
   31:10,13,23 34:12
   34:20 38:1 49:7
   49:20 53:18 55:5
   65:22 70:25 91:6
   106:18 108:14
   135:1 140:5
   148:10 156:9,13
   158:24 159:2,3,12

CONFIDENTIAL

178:25 213:14
237:10 252:23
274:5 281:11
**talks** 248:9
**tamborino** 61:24
**tax** 228:18 258:13
**team** 22:7,14,24
24:4 26:10 30:4
30:11 61:12,16,20
61:23 75:24 79:23
80:6 81:11 83:21
88:6 90:18,21
100:25 109:18
112:7,19 166:23
168:21 276:7
**technical** 77:10
156:16
**technically** 214:18
**tell** 114:22 116:11
168:11 232:24
233:11 234:3
258:20
**telling** 232:21
266:3
**tells** 205:17 215:5
266:18
**template** 4:15
137:24 174:2
**temporary** 158:25
**ten** 176:12 205:24
244:15
**tends** 11:6
**term** 29:15 49:11
49:25 50:2,3 56:9
60:5 95:7 158:21
192:5 203:5
274:11
**terminated** 215:6
**termination** 215:3
**terminology** 49:6
91:6

**terms** 31:24,24
35:2,8 36:3 40:14
47:4,5 58:8 60:3
63:17 74:24 83:13
104:3,16 113:11
113:17,20 114:8
119:8 123:9 182:2
187:15,16,18
203:4,14 205:3
212:21 220:5
275:1,10,11,25
**test** 21:18,20 121:3
135:9
**testified** 9:6 88:14
141:13 183:8
216:20
**testify** 16:25 18:14
**testifying** 14:4
16:9 187:5
**testimony** 8:23
83:9 110:13
128:22 255:8
257:13 285:9,18
287:8
**testing** 20:14
21:13,14,15
**teva** 2:20 9:15
174:5
**texas** 3:4
**text** 92:22
**thank** 9:13 23:7
28:4 35:6 40:23
50:19 58:1 71:24
132:7 158:9 199:2
211:24 229:3
247:16 253:25
263:5 277:20
282:1,2,23
**therapeutics** 78:15
**therapy** 25:5,10
25:14 100:1,3,6

109:20,21 110:3
111:8 133:17
149:12 150:8
**thereof** 284:12
**thing** 12:17 152:20
237:19 261:6
266:5 268:11
**things** 12:2,2
13:14 22:4 34:13
61:13 97:19 118:7
133:14,17 194:16
228:15 256:14
**think** 11:18 19:17
20:24 23:2 27:11
29:16 33:14 42:12
42:15 45:7 49:14
60:7,9 63:16
69:17 70:3 77:9
77:14 78:1,2
79:16 81:1 88:4
88:14 91:16 92:10
93:5 95:11 96:14
101:15 106:19,24
110:11,18 111:15
115:7 116:7
118:19 121:2
122:14 126:14,21
128:17 129:13
130:21,24 131:16
139:11 147:4,25
148:7 168:5 169:3
171:15 173:8,11
173:12 174:10
178:24 179:7,11
182:19 183:8,24
185:7 187:21
188:8 189:23
202:5 215:17
216:19 220:23
222:16 233:6
234:22 236:7

241:9 242:21
243:8 247:20
249:21 250:12
253:18 255:17
257:15 260:4
261:2,3 262:13
265:6 272:3 280:3
280:4,16,24
**thinking** 70:23
77:11 228:8,11
229:15 233:2,3
268:6 276:21
**third** 4:19 64:8,16
136:18 200:7,13
206:22 213:10
222:22 226:17
**thirds** 174:25
**thought** 28:23
77:10 83:3 188:15
190:23
**thread** 4:9,14,16
115:25 154:18
155:6 156:14
177:7
**three** 15:21 19:25
43:17 52:6,8,15
86:2,3,12 93:19
100:23 101:1
108:6 128:10
142:25 179:19
184:9 243:9 250:8
**threshold** 57:2,4,5
**tie** 268:3,10
**tied** 48:19,20 49:9
98:3 200:19 254:6
263:14
**tier** 4:13 21:22
24:8 83:15,18
86:2 91:10 92:25
93:9,12,22 94:9,10
94:10,11,11,23

CONFIDENTIAL

**[tier - trying]**                                                                Page 48

95:2,3,13,14,23,23
96:10,13,20 97:2
97:11,14,16,18,19
97:21 98:1,3,12,14
98:15 99:8,10
100:24 101:1
106:16,24,25
107:11 108:1,3,6,7
108:8,13 109:3,14
110:21 112:25
113:7 123:20,23
134:19 137:8,12
140:13,21 141:2
141:20 142:13
143:3,7 144:4
145:10,24 146:2
146:10,19,20,23
147:10,22 148:4,4
148:4,5,13,20,20
149:2,2 162:15,16
179:13 262:24
**tiered** 94:18
**tiering** 105:16
191:9
**tiers** 13:15 86:3,6
86:7,11 93:16,25
94:6,21 95:8,19,24
96:2,4,17 100:19
100:21 101:2
104:4 106:8 108:4
138:25 145:15
190:9
**tiffany** 2:18 9:14
114:21 216:7
281:24
**time** 10:11 12:12
12:16 15:19,22
18:25 19:5,5,15
21:3 23:20 24:21
26:15 27:13 36:13
43:9 45:22 48:19

49:9 65:7,13,17
77:3,6,12 82:2,11
89:25 99:3 102:7
106:18,20 108:10
108:15 114:14
118:14,17 119:11
122:7 125:6,10
129:23 130:8,13
130:23 136:13
138:3,18 156:1,5
162:16 164:6,10
164:14 165:1
176:14,17 177:16
191:5 195:17
206:2,6 211:10
212:6,9 217:8
218:21 219:8
224:4 237:9 240:3
249:12 259:14,18
267:15 269:24
274:24 277:3,9
282:1 283:3 284:6
285:19
**timeframe** 285:8
**timely** 158:23
**times** 40:10
151:21 155:13
157:1 193:23
250:8
**timing** 47:5 48:21
145:13
**title** 20:5 26:2 27:7
68:14
**titled** 102:4
**today** 9:16 10:15
12:10 13:4 14:4
17:11 18:14,18
21:3 24:15 122:4
126:13 129:21
182:22 185:16
187:6 193:23

198:10 267:10
281:15 282:1
**told** 138:23 157:10
159:15
**tomorrow** 267:11
**tool** 24:19
**tools** 81:15 133:23
**top** 68:11 69:2
86:22 113:2
116:24 154:19
170:3 242:17,18
**topic** 19:16 46:20
153:16
**topics** 16:24 17:7
18:2,6,12,13 216:8
**total** 57:2 166:5
182:22 201:23
202:17,19 247:18
255:23 258:5
**touched** 193:22
**tracing** 172:8,10
**track** 61:7 111:13
**tracked** 181:14
**tracking** 181:13
**tracks** 61:12
**traditional** 75:16
200:4,6
**transaction** 4:25
204:5 230:7
240:14,24 241:3
244:12 246:3
252:11 258:16
263:15,17 266:17
267:2,4 268:7
270:23 271:7
273:3,10 274:7
**transactions**
225:18 227:23,25
230:1 239:16,22
244:8

**transcript** 82:6
282:8 285:6,20
287:5,8
**transcription**
284:7
**transferred** 213:9
214:8 276:18
**translate** 90:14
**translated** 241:6
246:4
**translates** 91:14
**translation** 244:3
**traurig** 2:17
**treat** 208:3,8
**treated** 124:6
191:8,10
**trend** 36:4
**trials** 109:16
**tried** 166:9 182:10
241:1,10
**troop** 57:22 58:3
**trouble** 68:3 93:4
168:10
**true** 41:17 57:22
59:13 120:3,17
127:17 144:13
219:8 284:7 287:8
**try** 11:15,17,25
12:12 67:22 99:2
105:17 106:12
126:3 195:20
232:4
**trying** 12:6,6
17:19 20:24 66:3
87:2,7 90:23
105:3,5,12 130:22
146:8 200:24
210:15 216:16
231:19 249:21
263:15

CONFIDENTIAL

**[turn - utilization]**                                                                     Page 49

**turn**  142:2 201:13
229:8 259:22
277:25
**turning**  280:6
**two**  34:18 69:12
77:19 80:14 89:17
95:24 96:2,4
100:23 105:12
107:23 118:9
146:13 174:25
179:18,18 186:24
199:24 228:15
241:12 248:19
256:20 267:13
268:3
**type**  31:14 52:2
55:19 68:15 102:8
104:20 143:15,22
144:1 145:21
146:22 169:14
174:12,19 197:6,6
213:9,22 231:21
233:8 239:3 256:5
257:10 262:2
266:24 267:3,4,6
268:7
**types**  31:15 38:21
38:24 43:17 51:13
68:23 83:1 94:23
101:4,5 105:14
128:10 140:12
150:23 167:12
174:11 181:18
248:4 261:5
275:11
**typical**  46:16
52:15 92:10
136:25 158:19
167:11 231:5
247:25

**typically**  28:9
52:12 83:19
134:11,17 152:4
158:19 187:19
195:16 202:18
245:3,9,10

**u**

**u**  236:10 243:7,8
**u.s.**  1:5 2:11,11
14:11
**uh**  12:1 21:25
43:25 50:1 52:18
69:5,9,13 70:4
74:15 94:2 103:16
103:21 116:19
118:3 132:12
136:19 142:8,21
165:8,19 168:3
174:7 175:7 186:1
191:24 193:21
201:18 202:1
223:21 226:24
227:8 239:18
241:22 242:15
243:21 244:1
246:15,18 248:11
252:2 269:15
271:5,19 273:6
**ultimate**  252:6
**umbrella**  29:14,15
37:15 64:22 79:7
87:18 142:7,10
**unaffected**  175:23
**unc**  273:23,24
**unclear**  238:6
**underneath**  95:2
**understand**  12:7
14:3,8 18:13
34:11 66:3 87:2
90:7 93:19 94:13
96:9 102:24 107:8

146:8 150:25
170:17 178:25
210:15 217:5
222:5,11 234:2
238:19 260:7
271:16 274:10,10
277:10 278:4,8,15
**understanding**
14:16,24 15:3,6,14
16:8 21:6 37:10
39:15 40:1 41:13
41:23 42:4 47:24
48:22 51:5 69:23
71:6 78:15 81:3,6
82:25 84:4 87:7
90:16 91:1 96:11
103:17 107:25
130:22 136:7
145:14 153:2,5
161:10 168:10
170:13 182:17
187:14 192:16,17
192:22 193:6,13
194:25 197:5,9,15
209:15 210:1,3
217:1,9 218:20
219:2,17,19 220:3
221:20 227:19
237:13 241:4,23
245:23 254:23
272:17
**understood**  12:22
93:14 180:4
181:21 195:1
**undertaken**
183:17
**unions**  36:21,23
**unique**  92:7
113:14 174:13
242:4,6 243:13
251:3 264:21

265:1 271:17
**unit**  8:3 65:14,18
125:7,11 156:6
206:3,7 259:15,19
**united**  1:1
**unmac'ed**  196:1
**unpack**  53:17
**unquote**  57:19
**unusual**  130:7
**update**  175:18
**updated**  134:1
**updates**  134:6
**upload**  239:13
**uploaded**  154:8
173:18 176:19
184:17 225:24
229:10 240:10
**uploads**  101:18
**upset**  157:5
**uptake**  111:8
**use**  35:11 60:5
76:3 84:4 90:15
91:18,21 92:3
106:1,12 122:2
157:22,25 158:12
161:25 179:6
194:3 196:10
198:10 212:23
226:11 243:15
265:2
**user**  198:6
**uses**  49:1 55:22
85:16 93:16
109:18 197:5
239:8
**usual**  196:18
**usually**  34:19 53:6
157:15 190:3
202:13 229:4
**utilization**  20:18
24:7,16,17,19 25:9

**[utilization - way]** Page 50

| | | | w |
|---|---|---|---|
| 30:5 111:3,3,18 | 209:4,17 210:19 | verbal 126:21 | |
| 112:13 133:8,16 | 211:6,14 213:15 | verbally 8:23 | w 211:23 |
| 133:22 134:20 | 215:25 216:2 | verify 285:9 | wacker 2:18 |
| 149:6,10 150:9 | 217:2,13,17 218:4 | veritext 1:12 8:7,9 | wait 134:25 |
| 181:10 | 219:9,13,14 220:5 | 285:14,23 | 223:17 |

**v**

v 1:5 243:8 285:4 286:1 287:1

vaccine 258:14

vague 30:13 40:22 62:14 64:24 72:17 81:5 144:5,19 149:18 150:24 197:22 204:13 210:8

valsartan 1:2 8:5 14:10 18:1 62:13 62:20 99:13,14 108:15,16 110:2,4 110:6 111:9 112:13 116:17 118:1 121:12 124:2 146:16,19 147:3,10 148:11 148:19 151:4 153:1,3,9,20 155:13 157:1,21 158:4 160:15,23 161:8,13,16 162:6 162:10,14 164:9 166:4 168:2,12 170:1,9,15,21 171:18 172:12 174:4,4 176:3,8 177:9 178:4,15 179:8,9 181:8,17 182:13,19,25 188:10,12,15 189:19 194:22 197:18 206:13,23 207:24 208:3,6,20

221:24 222:9 223:24 224:3,6,12 224:23 225:3,9,18 227:20 230:19 241:5 251:6,11,15 257:8 278:20,25 279:10,16,20 281:8 285:4 286:1 287:1

valuation 62:4

value 139:3,4 140:5 141:1 147:1 231:13 256:22

values 231:17

variability 58:17

variable 47:10 275:18

variables 253:14 273:20,25

variants 54:10

variation 31:19 51:14 56:8

varies 51:7,8 52:21 56:5 113:10 113:11 249:23 272:20

various 11:9 38:21 52:24 100:14 104:3 194:21 275:18

vary 56:1,3,4 107:16,20 113:3 161:5 204:11 274:17

varying 49:4 95:19

veritext.com 285:15

versa 63:13 212:13

version 93:7 176:1 191:7

versus 108:24 109:4 111:4 112:13 121:17 149:2 249:24 267:22

vice 20:6 24:13 26:4,6 63:13 80:6 177:14 212:13

video 8:3 259:10

videographer 3:19 8:1,7 65:13,17 77:3,6 82:2,11 125:6,10 156:1,5 176:14,17 206:2,6 259:14,18 282:4 282:25 283:3

videotaped 1:12

view 67:24

viewing 93:5

vip 139:3,3,4,4 140:5,6 141:1,1 142:5,5,19 147:1,1

virtual 1:12 81:23

virtue 263:17

visually 89:25

voluntary 177:8

vp 27:6

waiting 157:11 184:5

waive 9:1

waiver 71:11 74:6 85:21

walk 21:5 69:21 225:19 260:2,6

want 12:24 25:11 28:14 31:21 49:5 49:12 69:21 71:5 76:24 84:8 92:15 92:17,18,22 100:23 110:11,15 115:3 121:17 124:16,17 177:9 181:1 187:8 195:7 238:4,8,16,18 250:15,16 280:12 280:18 281:10 282:14

wanted 74:12 92:3 99:12,13 110:23 112:12 115:4 133:15 151:6 178:5 225:18 260:2 282:1

warner 2:13

warranties 279:20 280:1

washington 2:9

watch 97:8

water 10:13 29:19

way 25:22 68:19 72:13 74:23 88:6 89:7 93:17 105:20 112:21 148:15,16

CONFIDENTIAL

**[way - work]**                                                              Page 51

155:5 171:19
174:25 195:14,15
207:12 210:25
218:13 231:20
238:1 253:18
265:2 280:18
284:11
**wayne** 3:8
**ways** 26:19 105:12
105:18 212:24
**we've** 32:17 91:20
167:16 174:16
193:22 265:15
**website** 36:16
43:16 279:6
**week** 59:18 60:13
201:1 240:3
**weeklies** 233:22
**weekly** 41:7 47:2
47:14 200:25
201:3 233:15,16
233:17,21
**weird** 189:23
234:19
**welcome** 282:3
**weltman** 155:9,17
156:15
**weltman's** 159:5
**went** 13:16 74:25
78:1,3 141:23,25
159:24 168:18
172:20,22 174:22
259:10 279:5
**west** 2:18
**whereof** 284:13
**wholesale** 193:20
**wholesalers**
278:18
**whorton** 2:3 14:13
15:5 16:17 23:17
25:17 28:12 30:8

30:13 31:5 32:2
35:14 39:1,17
40:22 46:5,17
48:9 50:24 52:13
54:4 59:14 60:25
61:10 62:14,21
64:1,11,24 65:12
68:3 72:17,24
75:21 76:23 79:9
81:5,23 92:9
100:10 105:7
107:3 110:8,10,15
111:20 113:12
114:11 122:10
129:4 132:3,6
134:4 138:11,13
140:16 141:9
144:5,19 147:14
147:24 149:18
150:10,24 151:12
152:11 155:19
157:4 158:8
160:24 164:11
172:2,13,16 173:4
180:12 185:20
189:13 193:1,10
197:8,11,22 204:2
204:13 206:14
207:7,18 208:9,22
209:6,19 210:7
211:2 213:3,13
214:13 216:4,19
218:23 219:16,25
220:7,14 221:16
221:25 246:6
255:5,10 256:8,15
257:5,12 273:17
274:19 275:3,13
277:1 279:1,21
280:7,10 281:22
282:9,24 285:1

**window** 90:24
93:4
**wish** 237:20
**witness** 2:6 8:12
8:22 14:14 15:6
16:18 17:4 18:5
22:20 23:6,18
25:5,18 28:3 30:9
30:14 31:6 32:12
33:10 35:5,15
39:2,18 40:24
44:9 45:25 46:6
46:11,18 48:10
50:8,13,15,17,25
52:14 53:11 54:5
57:25 59:15 61:1
61:11 62:15,22
64:2,12,25 65:9
67:5,8 68:4 70:10
70:13 71:21 72:18
72:25 74:5 75:22
79:10 80:10 81:6
85:13 88:13 92:10
100:11 105:8
110:17,20 111:21
113:13 114:12
116:21 122:11
124:12,19,25
125:23 126:16
128:24 129:5
134:5 138:12,14
140:17 142:23
144:6,20 145:4,19
147:16,25 150:11
150:25 151:15
152:13 154:16
155:24 157:5
159:11 160:25
164:13 171:5
172:14,19 173:6
173:25 176:13

177:19 180:14
185:21 189:16
193:4,11 195:12
197:9,15 198:20
204:3,14 206:1,18
207:9,20 208:11
208:24 209:7,21
210:9 211:4 213:5
213:14,21 214:3
214:15 216:19
218:25 219:17
220:9,16 221:18
222:1 229:1,4,12
232:8,16 235:9
236:9 238:4
239:10 242:4,9
246:9 247:4,7
253:21,23 255:11
256:10,17 257:15
259:6 261:21
262:6 264:1
265:12 266:10,13
268:19 270:11
273:19 274:21
275:14 276:24
277:2,14,18,21
279:2,22 280:6
282:3 284:6,13
285:8,10,12,19
**wlaw.com** 2:15
**word** 40:9 49:13
**words** 174:21
209:25
**work** 25:21,24
26:23,25 27:9,14
27:15 65:11 96:17
115:11 152:21
153:14 205:25
212:7,11 234:23
259:13

800-227-8440                                                    973-410-4040

**[worked - zoom]**                                                           Page 52

**worked**  22:7 26:14
  173:6
**working**  22:15
  23:10 27:2 110:25
  159:18 215:12,18
**works**  24:4 34:20
  65:8 114:18 125:2
  194:11
**wrap**  277:25
**write**  13:17,18
  151:21
**writes**  157:9
  159:13
**written**  152:4,8
  157:11,14 228:7
  228:10 231:7
  245:15 279:15
**wrong**  152:20
  223:16

**x**

**x**  1:2,6 4:1 188:18
  188:20 203:11
  265:10,11
**xi01658**  284:19
**xred**  268:18
**xref**  265:9 268:1,9
  268:19,19

**y**

**y**  10:2 67:7
**yeah**  23:4 26:24
  29:1 32:12 34:23
  56:10 70:23 75:12
  77:1 83:8 93:3
  98:13 99:19
  102:19 109:6
  110:15 113:16
  115:7 120:11
  121:24 152:3
  155:24 156:1
  191:15 195:12

202:7 212:20
223:19,20 237:17
237:23 238:18
242:18,19 243:4
243:17 245:25
247:4 251:8
255:17 258:8
262:6
**year**  20:9 57:5,17
  58:7 70:2,23
  76:18 84:15 95:11
  95:11,12,14
  103:10 108:11
  123:22,24 129:24
  130:21 132:15,17
  187:24 201:22
  202:18 215:18
  231:2 273:4
**years**  10:11 15:21
  19:25 26:1 27:4,6
  93:18,19 184:9
  240:2
**yellow**  89:12,16
  92:25
**york**  1:14,14
  10:13,13,16 27:12
  29:20,21 32:17,18
  32:22,24 35:23
  37:2 44:21,24
  51:19 64:23 67:5
  71:15,17 80:12
  118:9 139:24
  155:13 156:19,22
  156:23 157:1
  185:11,12 235:16
  236:4
**young**  72:13
**yup**  37:12,21
  38:20 71:9 86:25
  89:16,20 125:16
  224:19 230:8

243:23 246:19

**z**

**zero**  106:16
**zeroes**  231:17
**zhejiant**  2:11
**zhp**  281:6
**zoom**  1:12 67:22
  90:23

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

# Exhibit 30

REDACTED

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF NEW JERSEY
 3                  MDL No. 2875
 4    _____
 5    IN RE: VALSARTAN, PRODUCTS          )
      LIABILITY LITIGATION                )
 6                                        )
                        Plaintiff,        )
 7                                        )
             - against -                  )
 8                                        )
                                          )
 9    This Document Relates to:           )
                                          )
10    MSP RECOVERY LAW FIRM               )
                                          )
11    Testimony of:                       )
                                          )
12    JORGE A. LOPEZ, ESQ.                )
                                          )
13    - - - - - - - - - - - - - - - -
14                    April 29, 2021
                      9:00 a.m.
15
16
17        TRANSCRIPT of the stenographic notes in the
18    above-entitled matter, as taken by and before Sara K.
19    Killian, a Registered Professional Reporter, Certified
20    Court Reporter and Notary Public, remotely via Zoom
21    videoconferencing.
22
23
24
25
```

Page 2

```
 1
 2  A P P E A R A N C E S :
 3
 4  RIVERO MESTRE, LLP
 5  Attorneys for MSP RECOVERY LAW FIRM
 6  2525 Ponce de Leon #1000
 7  Coral Gables, Florida  33134
 8  BY: CHARLIE WHORTON, ESQ.
 9      DAVID DaPONTE, ESQ.
10
11
12
13  GREENBERG TRAURIG, LLP
14  Attorneys for Teva Pharmaceuticals USA
15  333 SE 2nd Avenue, Suite 4400
16  Miami, Florida  33131
17  BY: GREGORY OSTFELD, ESQ.
18      TIFFANY ANDRAS, ESQ.
19
20
21
22
23
24
25
```

Page 3

```
 1  A P P E A R A N C E S :
 2
 3  DUANE MORRIS, LLP
 4  Attorneys for Prinston Pharmaceutical Inc., Zhejiang
 5      Huahai Pharmaceutical Co., Ltd., Solco Healthcare
 6      US, LLC, Huahai US, Inc., Walmart Stores, Inc.,
 7      and Walgreen Co.
 8  30 South 17th Street
 9  Philadelphia, Pennsylvania  19103
10  BY: DREW DORNER, ESQ.
11
12
13  CIPRIANI & WERNER, PC
14  Attorneys for Aurobindo Pharma USA, Inc.
15  450 Sentry Parkway, Suite 200
16  Blue Bell, Pennsylvania  19422
17  BY: AMANDA RUGGIERI, ESQ.
18
19
20  BUCHANAN INGERSOLL & ROONEY, P.C.
21  Attorneys for Albertson Companies, LLC
22  1700 K Street NW, Suite 300
23  Washington, DC  20006
24  BY: JONATHAN JANOW, ESQ.
25
```

Page 4

```
 1  A P P E A R A N C E S :
 2
 3  NORTON ROSE FULBRIGHT US, LLP
 4  Attorneys for McKesson Corporation
 5  1301 Avenue of the Americas
 6  New York, New York  10019
 7  BY: D'LESLI DAVIS, ESQ.
 8
 9
10  LEWIS BRISBOIS BISGAARD & SMITH, LLP
11  350 East Swedesford Road, Suite 270
12  Wayne, Pennsylvania  19087
13  BY: ASHER BLOCK, ESQ.
14
15
16  HUSCH BLACKWELL, LLP
17  190 Carondelet Plaza, Suite 600
18  St. Louis, Missouri  63105
19  BY: MATT KNEPPER, ESQ.
20
21  ALSO PRESENT:
22      KYLE WACHTER, Veritext Videographer/Technician
23      JOHN CLEARY, ESQ., MSP Recovery Law Firm
24
25
```

Page 5

```
 1              I N D E X
 2
 3  WITNESS      EXAMINATION BY      PAGE
 4  J. Lopez     Mr. Ostfeld     6
 5
 6          E X H I B I T S
 7  EXHIBITS     DESCRIPTION         PAGE
 8  Exhibit 1    Stipulation regarding   30
                 discovery
 9
    Exhibit 2    MSP 1152-1172       67
10
    Exhibit 3    MSP 423-429         90
11
    Exhibit 4    MSP 275-276         108
12
    Exhibit 5    Third Party Payor   117
13               Plaintiff's Fact Sheet
14  Exhibit 6    Third Party Payor   122
                 Plaintiff's Fact Sheet
15
    Exhibit 7    Third Party Payor   125
16               Plaintiff's Fact Sheet
17  Exhibit 8    MSP 1394-1420       140
18  Exhibit 9    Third Amended       149
                 Consolidated Economic
                 Loss Class Action
19               Complaint
20
    Exhibit 10   Full list of MSP cases in   167
21               litigation
22  Exhibit 11   NPI providers list   170
23  Exhibit 12   Amended notice of    172
                 videotaped deposition of
24               MSP Recovery Claims
                 Series LLC
25
```

2 (Pages 2 - 5)

Page 6

1          THE VIDEOGRAPHER:  Good morning.  We
2    are going on the record at 9:09 a.m. on
3    April 29th, 2021.  This is media unit one of
4    the video recorded deposition of Jorge Lopez
5    taken in the matter of re:  Valsartan Products
6    Liability Litigation, which is filed in the
7    United States District Court for the District
8    of New Jersey, MDL number is 2875.
9          My name is Kyle Wachter from the firm
10   Veritext Legal Solutions and I'm the
11   videographer.  The court reporter is Sara
12   Killian of the firm Veritext Legal Solutions.
13          I'm not authorized to administer an
14   oath, I'm not related to any party in this
15   action, nor am I financially interested in
16   the outcome.
17          Counsels' appearances will be noted
18   on the stenographic record, so at this time,
19   will the court reporter please swear in the
20   witness and we may proceed?
21   J O R G E   L O P E Z, after having first been duly
22   sworn, was examined and testified as follows:
23   EXAMINATION BY.
24   MR. OSTFELD:
25       Q.    Please state your name and address

Page 7

1    for the record.
2       A.    First name Jorge, J-O-R-G-E, middle
3    initial A, last name Lopez, L-O-P-E-Z.  My office
4    and where I'm located right now is 2701 South Le
5    Jeune Road, Tenth Floor, Coral Gables, Florida,
6    33134.
7       Q.    All right.
8          Good morning, Mr. Lopez.  My name is
9    Greg Ostfeld and I represent Teva Pharmaceuticals
10   USA, Inc.  Nice to meet you.
11      A.    Good morning, Mr. Ostfeld.  Nice to
12   see you, sir.
13      Q.    I can already tell from the initial
14   exchange between you and the court reporter that
15   the audio that we get on your end has just a
16   little bit of ring or echo to it, so I'm going to
17   ask you to try to speak at a slightly slower than
18   conversational pace to make it easy for me to
19   understand you and, more importantly, for the
20   court reporter to understand you.
21          Okay?
22      A.    Certainly I will try.  Remind me if I
23   break that rule.
24      Q.    I will do so and I can assure you I
25   will need multiple reminders on that during the

Page 8

1    day today on my end.  I tend to speak quickly,
2    I've been told.
3          Mr. Lopez, have you ever been deposed
4    before?
5       A.    Yes.
6       Q.    Has that been in a personal capacity
7    or in a corporate representative capacity like
8    today?
9       A.    Both.
10      Q.    All right.
11          As I understand it, you are an
12   attorney yourself?
13      A.    Yes, I am.
14      Q.    All right.
15          I know a lot of the ground rules then
16   will be familiar to you.  I will just run through
17   them quickly to make sure that we're on the same
18   page for today's purposes.
19          You understand that you are
20   testifying under oath the same as if you were in a
21   courtroom?
22      A.    Yes.
23      Q.    You understand it's important for you
24   and I to both give our answers out loud so that
25   the court reporter can transcribe them?  She has

Page 9

1    more difficulty transcribing gestures or shrugs or
2    sounds that are not words.
3       A.    Yes.
4       Q.    Especially given the remote setting,
5    it's more important than ever that you and I do
6    our best not to interrupt one another or talk over
7    one another.  So even if you know exactly where
8    I'm going with a question, I will respectfully ask
9    that you wait until I get to the end of my
10   question before you begin your answer and I will
11   do my very best to wait until you have completed
12   an answer before I begin my next question.
13          Fair enough?
14      A.    Understood.
15      Q.    During the course of day, I will
16   certainly ask questions that you may not fully
17   understand.  If that is the case, please simply
18   let me know and I'll do my best to clarify my
19   question.
20          Okay?
21      A.    Very good.  Thank you.
22      Q.    If you do answer my question, I'm
23   going to assume you understood it.
24          Is that fair?
25      A.    That is fair.

3 (Pages 6 - 9)

J. Lopez, Esq.

Page 10

1    Q.    As you know from having given these
2  before, we will take breaks periodically.  I
3  usually aim for about one break every hour or so,
4  but that's because it's not prescribed and there's no set
5  pattern to it.  If you need to take a break at any
6  time, just let me know.  I'm happy to accommodate
7  you.  I would only ask that you finish your answer
8  to any pending question before we take our break,
9  unless you need to consult your attorney.
10        Okay?
11   A.    Very good.
12   Q.    There's another gentlemen in the room
13  with you today.  He gave his name before we went
14  on the record, but could you please identify who
15  that person is?
16   A.    John Cleary.  He is an attorney with
17  the MSP Recovery Law Firm.
18   Q.    As I understand it, you are being
19  represented today by your counsel in this case,
20  Charlie Whorton; is that right?
21   A.    That is correct.
22   Q.    May I ask what Mr. Cleary's role is
23  in connection with this litigation?
24   A.    Would you like me to answer or
25  Mr. Cleary to explain his role?

Page 11

1    Q.    I would just like you to answer since
2  you're the one who has to testify today.
3    A.    The MSP Recovery Law Firm liaises
4  with Mr. Whorton's firm and they consult with each
5  other on the case.
6    Q.    So Mr. Cleary is also in the room
7  with you in his capacity as an attorney for MSP
8  Recovery; is that correct?
9    A.    With respect to the plaintiff, yes.
10   Q.    Okay.
11        Is there anybody else in the room
12  with you who is not visible on camera?
13   A.    No.
14   Q.    Do you have any kind of notes or a
15  white board or anything else in the room that
16  could contain information you will be reviewing or
17  relying upon as you answer my questions today?
18   A.    No.  The only thing I have in front
19  of me is the amended notice of the deposition and
20  the topics.
21   Q.    Okay.
22        Those are the only materials you
23  brought with you today?
24   A.    Yes, sir.
25   Q.    All right.

Page 12

1        You understand that you are
2  testifying today in your capacity as the corporate
3  representative of MSP Recovery Claims Series LLC
4  in relation to its claim in the valsartan
5  multi-district litigation pending in the US
6  District Court for the District of New Jersey?
7    A.    Yes.
8    Q.    For simplicity, because I'm going to
9  be using the name of that entity a lot today, when
10  I refer to MSP Recovery Claims Series LLC, I'm
11  going to refer to it as MSP.
12        Okay?
13   A.    Okay.
14   Q.    There may be other MSP entities that
15  we discuss today.  I will refer to them by their
16  names.  But when I use the phrase MSP, I am
17  referring to MSP Recovery Claims Series LLC, the
18  plaintiff in this case.
19        All right?
20   A.    Understood.
21   Q.    What is your understanding of your
22  responsibilities in testifying as a corporate
23  representative of MSP?
24   A.    To answer the questions on behalf of
25  the plaintiff.

Page 13

1    Q.    Do you understand that you also have
2  an obligation to testify not just as to your
3  personal knowledge, but as to MSP's knowledge on
4  the topics on which you've been designated?
5        MR. WHORTON:  Object to form.
6    A.    Yes.
7    Q.    You understand that it is and was
8  your obligation to familiarize yourself with the
9  facts as known to MSP on those topics?
10        MR. WHORTON:  Object to form.
11   A.    Yes, sir.
12   Q.    All right.
13        You understand that your answers
14  today on the topics on which you have been
15  designated will be binding on MSP?
16   A.    Yes.
17   Q.    Have you reviewed each of the topics
18  on which you have been designated to testify
19  today?
20   A.    Yes.
21   Q.    I'll put this on -- the actual
22  notice -- on the record later, but since you
23  happen to have it in front of you, let's go ahead
24  and confirm that I've got the right topics.
25        It is my understanding that you are

4 (Pages 10 - 13)

J. Lopez, Esq.

Page 14

1 here today as MSP's corporate representative with
2 respect to the following topics: Topic one?
3     A.    Yes.
4     Q.    Topic two?
5     A.    Yes.
6     Q.    I can speed this up a little bit.
7           Topics three through seven?
8     A.    Yes.
9     Q.    Topic eight, subparagraphs one,
10 three, four and five?
11    A.    Yes.
12    Q.    Topic 45?
13    A.    Yes.
14    Q.    And topics 47 through 51?
15    A.    Yes.
16    Q.    All right.
17          Could you please describe what you
18 did to prepare to testify on the topics on which
19 you have been designated as a corporate
20 representative today?
21    A.    I reviewed the operative complaint
22 that was filed in this case, I reviewed the fact
23 sheet, I reviewed the assignments that were
24 produced in discovery and I consulted with
25 counsel.

Page 15

1     Q.    All right.
2           Without describing any of the
3 contents of your discussions with counsel, how
4 many times did you meet with counsel in preparing
5 for your deposition today?
6     A.    Two times.
7     Q.    What was the approximate duration of
8 each of those meetings?
9     A.    Approximately one hour on one
10 occasion or perhaps an hour and a half, give or
11 take, and approximately 30 minutes the second
12 time.
13    Q.    All right.
14          Have you spoken with anyone other
15 than your counsel to prepare for your deposition
16 today?
17    A.    No, sir.
18    Q.    Have you reviewed any documents
19 beyond the ones that you just described?
20    A.    No, sir.
21    Q.    Are you currently employed by MSP?
22    A.    No.
23    Q.    What is your role at MSP?
24          MR. WHORTON:  Object to form.
25          Vague.

Page 16

1     A.    I am the designated corporate
2 representative for this deposition.
3     Q.    All right.
4           Who is your current employer?
5     A.    I'm employed with MSP Recovery LLC.
6     Q.    How long have you been employed by
7 MSP Recovery LLC?
8     A.    Since approximately April of 2015.
9     Q.    What is your title?
10    A.    General counsel, corporate counsel.
11    Q.    Has that been your title since
12 approximately April of 2015?
13    A.    No.
14    Q.    What was your previous title at MSP
15 Recovery LLC?
16    A.    I really did not have a formal title.
17 I just served as corporate counsel.  This general
18 counsel title sort of evolved over the past year
19 or so.
20    Q.    All right.
21          Do you have an ownership interest
22 directly or indirectly in first MSP Recovery LLC?
23    A.    No.
24    Q.    Do you have an ownership interest,
25 direct or indirect, in the plaintiff in this case,

Page 17

1 MSP?
2     A.    No.
3     Q.    What are your responsibilities as
4 general counsel and corporate counsel of MSP
5 Recovery?
6     A.    I handle transactional matters,
7 corporate matters, contractual matters and just
8 general legal matters that arise in the day-to-day
9 operations of MSP Recovery LLC.
10    Q.    Are you involved in managing
11 litigation for either MSP Recovery LLC or the
12 plaintiff in this case, MSP?
13    A.    No.
14    Q.    Do your job responsibilities include
15 the negotiation of assignments to either MSP
16 Recovery LLC, MSP or any of the series organized
17 under MSP?
18          MR. WHORTON:  Objection.
19          Vague.
20    A.    I'm sorry.  Would you repeat the
21 question, please?
22    Q.    I'll start with a broader question.
23          Do your job responsibilities include
24 the negotiation of assignments?
25    A.    Formally, no, but I have been

5 (Pages 14 - 17)

J. Lopez, Esq.

Page 18

1 involved in that.
2    Q.    All right.
3         Were you involved in negotiating the
4 assignments for the entities involved in whose
5 claims MSP is asserting in this case, which are
6 SummaCare, Emblem Health and ConnectiCare?
7         MR. WHORTON:  Objection.
8         Vague.
9    A.    Yes, I was.
10    Q.    All three entities or just one or two
11 of them?
12    A.    I was involved with all three of
13 them.
14    Q.    Could you please describe what your
15 involvement was in negotiating those transactions?
16    A.    I communicated with counsel for those
17 assignors and discussed the language that would be
18 included in the assignment agreements.
19    Q.    Okay.
20         Earlier, you said you that you had
21 reviewed the Plaintiff Fact Sheet.
22         Did you just review the Plaintiff
23 Fact Sheet for MSP or did you also review the
24 Plaintiff Fact Sheets that were submitted by
25 Emblem Health, ConnectiCare and SummaCare?

Page 19

1    A.    I reviewed the fact sheets only for
2 those three entities that were submitted in this
3 case.
4    Q.    Okay.
5         There was also a fact sheet that was
6 submitted on behalf of the MSP entity itself,
7 although it didn't have a lot of information.
8         Did you review that fact sheet?
9    A.    I did not.
10    Q.    Do your job responsibilities at MSP
11 Recovery include decisions about whether to file
12 lawsuits on behalf of any assignees?
13    A.    No.
14    Q.    Who has that responsibility?
15    A.    I'm sorry.  Would you repeat the
16 question, please?
17    Q.    Who has that responsibility?
18         MR. WHORTON:  Objection.
19         Outside the scope.
20    A.    For?  My question is -- I'm sorry.
21 Could you clarify the whole question, the previous
22 question?
23    Q.    Sure.
24         Who is responsible for making
25 decisions about whether to file lawsuits on behalf

Page 20

1 of MSP's assignors?
2         MR. WHORTON:  Objection.
3         Vague.
4         Outside the scope.
5    A.    Honestly, I don't know.
6    Q.    Okay.
7         Who is responsible for managing
8 litigation at MSP Recovery?
9         MR. WHORTON:  Objection.
10         Outside the scope.
11    A.    Frank Casada of MSP Recovery Law
12 Firm.
13    Q.    Who was your employer prior to MSP
14 Recovery LLC?
15    A.    Jorge A. Lopez, PA.
16    Q.    Was that a law firm?
17    A.    Yes, sir.
18    Q.    Was that your law firm?
19    A.    Yes.
20    Q.    Does it still exist?
21    A.    Yes.
22    Q.    And how long has Jorge A. Lopez, PA
23 been in existence?
24    A.    Since 1997.
25    Q.    What are the primary practice areas

Page 21

1 at Jorge A. Lopez, PA?
2    A.    Currently, Jorge Lopez, PA doesn't do
3 any outside legal work.  I am the only employee of
4 the PA and my efforts are focused 100% in
5 representing and working with MSP Recovery LLC.
6    Q.    Okay.
7         Could you just briefly summarize your
8 educational background, starting with college?
9    A.    I earned a bachelor's degree in
10 business and accounting at Georgetown University,
11 1983.  I earned a JD degree from the University of
12 Miami in Coral Gables, Florida in 1986.
13    Q.    When were you first licensed to
14 practice law?
15    A.    October of 1986.
16    Q.    Have you been continuously licensed
17 since October of 1986?
18    A.    Yes, sir.  In Florida.
19    Q.    Thank you.
20         You understand that MSP is seeking to
21 be appointed in this case to serve as a class
22 representative on behalf of a proposed class and a
23 proposed subclass?
24         MR. WHORTON:  Object to form.
25    A.    Yes.

6 (Pages 18 - 21)

J. Lopez, Esq.

Page 22

1    Q.    And let me address your counsel's
2 objection because I was actually a little
3 imprecise.
4         It's actually seeking to be appointed
5 as a class representative on behalf of a proposed
6 class and multiple proposed subclasses, correct?
7    A.    Yes.
8    Q.    What is MSP's understanding of what
9 it means to be a class representative?
10   A.    The class representative must
11 represent the interests of the class members, must
12 represent those interests fairly and adequately
13 and vigorously, must retain counsel to represent
14 the class interest and its interest must be
15 consistent with and aligned with the interest of
16 the class.
17   Q.    Would you agree the class
18 representative must be in a non-conflicted
19 position with respect to the class?
20   A.    Yes.
21   Q.    What is your -- correction.
22        What is MSP's understanding of the
23 composition of the class it seeks to represent?
24   A.    The class that MSP seeks to represent
25 would be a class of third-party payers that have

Page 23

1 paid costs and expenses for the subject valsartan
2 drugs.
3    Q.    All right.
4         Is that for all valsartan drugs or
5 only for valsartan drugs that were recalled?
6         MR. WHORTON:  Objection.
7         Calls for a legal conclusion.
8    A.    The drugs outlined in the complaint.
9    Q.    Okay.
10        What is MSP's understanding of the
11 subclasses that it seeks to represent?
12   A.    The same responsibilities that it
13 would seek to -- it's with respect to the class --
14 I don't recall.  I'm not sure which subclasses
15 you're referring to.
16   Q.    Okay.
17        You reviewed the complaint as part of
18 your preparation for today?
19   A.    I did.
20   Q.    Do you recall seeing subclasses that
21 were state-specific subclasses defined in that
22 complaint?
23   A.    Yes.
24   Q.    So with that clarification, what is
25 MSP's understanding of the composition of the

Page 24

1 subclasses that it seeks to represent?
2    A.    To represent the interest of the
3 third-party payers -- the 3PPs -- the main class
4 and all the subclasses per the allegations in the
5 complaint.
6    Q.    Is MSP itself a third-party payer for
7 valsartan-containing drugs?
8         MR. WHORTON:  Objection.
9         Outside the scope.
10        Calls for a legal conclusion.
11   A.    MSP is an assignee of third-party
12 payers.
13   Q.    Okay.
14        It is not itself a third-party payer?
15        MR. WHORTON:  Asked and answered.
16   A.    It is not.
17   Q.    Has MSP ever been itself a
18 third-party payer for valsartan-containing drugs?
19   A.    No.
20   Q.    Has MSP ever been a plan sponsor for
21 any medical insurance plan offering prescription
22 drug coverage?
23   A.    No.
24   Q.    Has MSP ever provided payments under
25 any medical insurance plan offering prescription

Page 25

1 drug coverage?
2    A.    No.
3    Q.    Has MSP ever administered a
4 prescription drug plan?
5    A.    No.
6    Q.    Has MSP ever been a pharmacy benefits
7 manager?
8    A.    No.
9    Q.    Has MSP ever applied with the Centers
10 for Medicare and Medicaid Services to become a
11 Medicare Advantage organization?
12   A.    No.
13   Q.    Has MSP ever provided payments under
14 a Medicare Advantage plan?
15   A.    No.
16   Q.    Has MSP ever administered a Medicare
17 Advantage plan?
18   A.    No.
19   Q.    Please explain MSP's understanding of
20 what MSP's qualifications are to serve as a class
21 representative on behalf of a class of third-party
22 payers for valsartan-containing drugs.
23        MR. WHORTON:  Objection.
24        Calls for a legal conclusion.
25   A.    As the assignee of the subject

7 (Pages 22 - 25)

J. Lopez, Esq.

Page 26

1  Medicare Advantage plans, it understands the
2  issues raised in the complaint and can represent
3  the interests not only of itself and the claims
4  that it owns on behalf of the assignors, but on
5  behalf of all of the payers that may pay for these
6  drugs.
7      Q.    All right.
8            MSP is suing in its own name in this
9  case; is that right?
10           MR. WHORTON:  Objection.
11           Vague.
12           Object to the form.
13     A.    Yes.
14     Q.    But it's asserting claims assigned to
15 it by certain third-party payer entities that
16 you've referred to; is that correct?
17     A.    Yes.
18     Q.    Which specific assignors' claims is
19 MSP asserting as class representative in this
20 case?
21     A.    SummaCare, the Emblem-related
22 Medicare Advantage plans and ConnectiCare.
23     Q.    In addition to those three entities
24 or set of entities, MSP also has assignments from
25 other third-party payer entities that have paid

Page 27

1  for valsartan-containing drugs; is that correct?
2      A.    Yes.
3      Q.    Out of the group of assignors who
4  fall within that group of third-party payers that
5  have paid for valsartan-containing drugs, how did
6  MSP come to select SummaCare, Emblem Health and
7  ConnectiCare as the assignors' claims to assert in
8  this case?
9            MR. WHORTON:  Objection.
10           Outside the scope.
11           I would caution the witness to answer
12     the question to the extent he doesn't reveal
13     attorney-client privileged information.
14     A.    I was not involved in that process.
15     Q.    All right.
16           What is MSP's understanding of the
17 characteristics of SummaCare's, ConnectiCare's and
18 Emblem Health's claims that MSP believes makes
19 them well suited to serve as class representatives
20 claims?
21           MR. WHORTON:  Same objection.
22           Outside the scope.
23           I would counsel the witness to answer
24     the question to the extent he cannot
25     reveal attorney-client privileged

Page 28

1  information.
2      A.    Mr. Ostfeld, could you please repeat
3  your question?
4            MR. OSTFELD:  Madam Court Reporter,
5      would you mind reading back the question?
6            (Whereupon, the record was read back
7      by the reporter.)
8      Q.    I'll re-ask the question.
9            What is MSP's understanding of the
10 characteristics of SummaCare's, ConnectiCare's and
11 Emblem Health's claims that MSP believes makes
12 them well suited to serve as class representatives
13 claims?
14           MR. WHORTON:  Same objection.
15           Vague.
16           Outside the scope.
17           I would counsel the witness to answer
18     only to the extent he does not reveal
19     attorney-client privileged information.
20     A.    The payments that were made by those
21 health plans that you identified were made
22 similarly by all of the third-party payers and
23 other similarly-situated Medicare Advantage plans
24 for these illegal drugs.
25     Q.    All right.

Page 29

1            You just used the phrase "illegal
2  drugs."
3            What makes these drugs illegal?
4      A.    That's my conclusion from having read
5  the complaint.  My understanding is that they were
6  found to be adulterated and illegal by the FDA.
7      Q.    All right.
8            So that statement "illegal drugs,"
9  the phrase "illegal drugs," is based on your
10 reading of the complaint filed by MSP in this
11 case?
12     A.    Yes.
13     Q.    Are you claiming expertise in what
14 makes a drug adulterated or illegal?
15     A.    No.
16     Q.    Are you here to testify as to MSP's
17 knowledge of what makes these valsartan purchases
18 adulterated or illegal?
19           MR. WHORTON:  Objection.
20           Outside the scope.
21           MR. OSTFELD:  I agree.
22     A.    No.
23     Q.    All right.
24           So when you used the phrase "illegal
25 drugs," you're not using that phrase as a

8 (Pages 26 - 29)

J. Lopez, Esq.

Page 30

1 representative of MSP? That is your personal
2 opinion based on reading the complaint?
3          MR. WHORTON: Objection.
4     Misstates the testimony.
5     A.    It is my conclusion from having read
6 the complaint.
7     Q.    Is it your conclusion that all
8 valsartan purchases that were reimbursed by all
9 third-party payers were illegal drugs?
10          MR. WHORTON: Objection.
11     Lacks foundation.
12     A.    Those that have been identified in
13 the complaint.
14     Q.    All right.
15          So to the extent the complaint
16 identifies all valsartan purchases, it's your
17 understanding that all valsartan purchases were
18 illegal?
19     A.    If the purchases were paid for for
20 the drugs identified in the complaint, it is my
21 understanding that the plaintiffs have suffered
22 economic damages.
23          (Whereupon, Exhibit 1 was marked for
24     identification.)
25     Q.    All right.

Page 31

1          I'm going to share my screen.
2          Hopefully what you have in front of
3 you now -- one moment, please. All right. You
4 should have in front of you a document marked
5 Stipulation Regarding Discovery.
6          Is that showing on your screen?
7     A.    Yes, sir.
8     Q.    All right.
9          Are you familiar with this document?
10     A.    I have not seen it before today.
11     Q.    Okay.
12          Were you aware before today that
13 there was a stipulation entered into between the
14 defendants and, among others, MSP, regarding the
15 specific claims that MSP is asserting in this case
16 and limitations upon its claims being asserted?
17     A.    No, I was not aware.
18     Q.    All right.
19          I'm going to direct your attention to
20 paragraph one, which reads "The only claims MSPRC
21 asserts herein" -- for the record, as used in this
22 document, MSPRC means the same thing as the
23 acronym MSP that I've been using. It refers to
24 that entity, the plaintiff entity.
25          So paragraph one states "The only

Page 32

1 claims MSPRC asserts herein are the claims alleged
2 in the complaint or otherwise in this litigation
3 for reimbursement of payments made for
4 sartan-containing drugs based on assignments to it
5 from the three at-issue assignor MAOs,
6 ConnectiCare, Emblem Health (Group Health, Inc.)
7 and Health Insurance Plan of Greater New York) and
8 SummaCare, Inc. MSPRC asserts no other claims
9 herein and specifically asserts no claims based on
10 any other assignment by any other type of TPP
11 besides the at-issue assignor MAOs."
12          Is that a stipulation that you were
13 aware of?
14     A.    I'm seeing it now. I'm aware of it
15 now.
16     Q.    Okay.
17          You were not aware of it before your
18 deposition today?
19     A.    Generally, yes. Not to the extent it
20 was in a written stipulation. I had reviewed the
21 stipulation, but generally, yes.
22     Q.    Okay.
23          You identified those same three
24 entities as the entities whose claims MSP is
25 asserting today?

Page 33

1     A.    Yes.
2     Q.    And it was your understanding that
3 MSP is not asserting claims on behalf of any of
4 its other assignors in connection with this
5 litigation?
6     A.    Yes, that's correct.
7     Q.    With respect to those other
8 assignors, the stipulation contained in Exhibit A
9 that lists 36 other assignors besides the three
10 that we've talked about that also allegedly made
11 reimbursable payments for sartan-containing drugs.
12 I'm going to take a moment to show you that list
13 and ask you if you're familiar with these assignor
14 entities as well.
15          Can you read the list or do I need to
16 make it a little larger?
17     A.    I could read it.
18          I am familiar with them.
19     Q.    Okay.
20          You're familiar with these entities?
21     A.    Yes.
22     Q.    As I understand it, this list
23 includes -- if you include the three entities that
24 are at issue here, it includes ten Medicare
25 Advantage organizations and then 26 other entities

9 (Pages 30 - 33)

J. Lopez, Esq.

Page 34

1 that are referenced as first tier, downstream or
2 related entities.
3          Do you agree with those
4 categorizations?
5          MR. WHORTON:  Object to form.
6      A.    It appears to be, yes.
7      Q.    All right.
8          If the proposed class of third-party
9 payers that you described were certified in this
10 case, would you agree all 36 of these entities
11 would fall within the class definition?
12          MR. WHORTON:  Objection.
13          Calls for a legal conclusion.
14          Outside the scope.
15     A.    Yes.
16     Q.    I want to move back up to paragraph
17 four of the stipulation.
18          Paragraph four reads "MSPRC and
19 MADA" -- which is another entity involved in this
20 case -- "MSPRC and MADA will exclude from their
21 own individual and class claims for damages any
22 amounts alleged to be owed in the form of
23 reimbursement for sartan-containing drugs by any
24 FDR" -- FDR is the acronym for first tier
25 downstream or related entities -- "including the

Page 35

1 26 FDRs and all other FDRs, but this agreement
2 does not impair and is without prejudice to
3 MSPRC's or any other proposed TPP class
4 representatives' ability to move for class
5 certification as to the class definition set forth
6 above."
7          Do you see that provision?
8      A.    I do.
9      Q.    So let's assume for the moment that
10 the court agrees with MSP and it certifies a class
11 that includes first tier downstream and related
12 entities.
13          MSP is the assignee of claims from 26
14 of those entities, so if that class is certified,
15 how will MSP fulfill its stipulated commitment not
16 to assert class claims for damages on behalf of
17 those 26 assignors?
18          MR. WHORTON:  Objection.
19          Compound.
20          Vague.
21          Calls for a legal conclusion.
22          Speculative.
23          Incomplete hypothetical.
24     A.    I would defer to counsel to comply
25 with its -- with the stipulation in fulfilling the

Page 36

1 obligation to represent the class.
2      Q.    All right.
3          If MSP prevails in its motion to
4 certify the proposed class, how will MSP fulfill
5 it's stipulated commitments not to assert class
6 claims for damages on behalf of its other seven
7 Medicare Advantage organization assignors?
8          MR. WHORTON:  Same objection.
9          Asked and answered.
10          Vague.
11          Incomplete hypothetical.
12          Calls for speculation.
13          Calls for a legal conclusion.
14     A.    It would assert the claims on behalf
15 of the class and it would assert the claims in
16 accordance with the stipulation and I would defer
17 to counsel as to how that would be carried out.
18     Q.    Okay.
19          But your understanding -- MSP's
20 understanding -- is if a class is certified, the
21 only damages MSP is seeking to recover for itself
22 are damages on the reimbursement claims assigned
23 to MSP by ConnectiCare, Emblem Health and
24 SummaCare; is that right?
25          MR. WHORTON:  Objection.

Page 37

1          Asked and answered.
2          Calls for a legal conclusion.
3          The stipulation speaks for itself.
4      A.    My answer is that the plaintiff would
5 comply with the stipulation and would continue to
6 represent the interest of the class and again, it
7 would defer to counsel as to how the terms of the
8 stipulation will be advanced.
9      Q.    ConnectiCare, Emblem Health and
10 SummaCare are all Medicare Advantage
11 organizations, correct?
12          MR. WHORTON:  Objection.
13          Vague.
14          Object to form.
15     A.    Yes, they are.
16     Q.    To your knowledge, do any of those
17 entities offer non-Medicare private insurance
18 plans?
19     A.    I do not know specifically.
20     Q.    All right.
21          Does MSP have knowledge of whether
22 any of those entities offer non-Medicare private
23 insurance plans?
24     A.    I do not know.
25     Q.    Okay.

10 (Pages 34 - 37)

J. Lopez, Esq.

Page 38

1        The claims those entities assigned to
2 MSP are all claims for reimbursement of Medicare
3 payments they made for valsartan-containing drugs
4 on behalf of beneficiaries or enrollees; is that
5 correct?
6    A.    Yes.
7    Q.    So MSP is not asserting any claims in
8 this case assigned to it by any private
9 non-Medicare insurance plan?
10    A.    It is asserting the broad claims as
11 contained in the assignments and as outlined in
12 the complaint.
13    Q.    Okay.
14        The broad claims contained in the
15 assignment do not include any claims from private
16 non-Medicare insurance plans, correct?
17    A.    Not that I'm aware of.
18    Q.    MSP is not asserting any claims
19 assigned to it by a pharmacy benefit manager?
20    A.    MSP does not have an assignment from
21 a pharmacy benefits manager.
22    Q.    Okay.
23        I want to go back -- sorry, I got rid
24 of that screen a little too early.  I want to go
25 back and look at that list of other assignors.  I

Page 39

1 just have a few questions about this list.
2        It looks like, from a review of the
3 names of the entities, some of these entities are
4 healthcare providers rather than insurance plans;
5 is that correct?
6        MR. WHORTON:  Object to form.
7        Calls for a legal conclusion.
8    A.    I'm not sure what's a healthcare
9 provider.  There may be -- I can identify -- I
10 believe I can identify the Medicare Advantage
11 plans, but I'm not sure specifically what some of
12 other ones may be.
13    Q.    Okay.  Let me try a few examples.
14 Physician's Access Urgent Care Group,
15 that's an urgent care center, right?
16        MR. WHORTON:  Objection.
17        Outside the scope.
18    A.    I'm sorry.  Which one are you
19 referring to again?
20    Q.    Physician's Access Urgent Care Group.
21    A.    I don't recall what they do.  I don't
22 know what they do.
23    Q.    Okay.
24        How about Family Physicians of Winter
25 Park?  That's a medical group, isn't it?

Page 40

1        MR. WHORTON:  Objection.
2    A.    I don't know.
3        MR. WHORTON:  Lodge an objection.
4        Outside the scope.
5    Q.    Does MSP have an understanding as to
6 how healthcare providers may have come to possess
7 reimbursement claims for valsartan purchases?
8        MR. WHORTON:  Objection.
9        Vague.
10    A.    Could you repeat the question,
11 please?
12    Q.    Sure.
13        Does MSP have an understanding as to
14 how healthcare providers came to possess
15 reimbursement claims for valsartan purchases?
16        MR. WHORTON:  Objection.
17        Vague.
18        Outside the scope.
19    A.    To the extent that a provider pays
20 for or is at financial risk for the healthcare
21 services or the drugs, it would have a claim.
22    Q.    All right.
23        But when a healthcare provider
24 purchases valsartan, it gets reimbursed by an
25 insurer or directly by a patient when it dispenses

Page 41

1 the product, doesn't it?
2        MR. WHORTON:  Objection.
3        Outside the scope.
4        Calls for a legal conclusion.
5    A.    I'm not sure about the specifics of
6 how it would work.
7    Q.    Okay.
8        You don't know if that's just a
9 passthrough cost?
10        MR. WHORTON:  Asked and answered.
11    A.    I do not.
12    Q.    Is it MSP's understanding that the
13 proposed class you described earlier includes
14 healthcare providers?
15        MR. WHORTON:  Objection.
16        Asked and answered.
17        Calls for a legal conclusion.
18    A.    It would depend on whether the
19 provider was charged for or paid for or was at
20 risk financially for the drug.  That would be the
21 analysis.
22    Q.    If a punitive class member was
23 charged for a drug and then subsequently sold the
24 drug and received back the full price it paid, is
25 that still a class member in MSP's view?

11 (Pages 38 - 41)

J. Lopez, Esq.

Page 42

1          MR. WHORTON:  Objection.
2          Calls for a legal conclusion.
3          Outside the scope.
4          Incomplete hypothetical.
5          Calls for speculation.
6     A.     That would be a legal conclusion that
7 I just can't answer.
8     Q.     All right.
9          Have you -- here, I'm asking about
10 you personally.  Have you personally had any
11 involvement in gathering documents or information
12 from assignors that have been produced in this
13 litigation?
14     A.     Personally, no.
15     Q.     All right.
16          Are you familiar with the efforts
17 undertaken to gather documents from assignors in
18 connection with this litigation?
19     A.     Specifically, no.  I understand that
20 it's gone on, but I have not been personally
21 involved.
22     Q.     All right.
23          It's my understanding that there were
24 two assignors from whom MSP sought to obtain
25 documents and had difficulty, Neighbor M.D. and

Page 43

1 University Healthcare MSO.
2          Do you have any familiarity with
3 either of those circumstances?
4     A.     I do not.
5     Q.     Okay.
6          Does MSP have the ability to compel
7 assignor entities to provide it with documents?
8          MR. WHORTON:  Objection.
9          Vague.
10          Outside the scope.
11     A.     They could request documents.
12     Q.     It can request, but it cannot
13 require?
14          MR. WHORTON:  Object to form.
15     A.     It would depend on the particular
16 agreement -- the assignment agreement or the
17 recovery agreement -- entered into.  Perhaps
18 there's a contractual agreement to that effect.
19     Q.     All right.
20          Does MSP have the ability to compel
21 assignors to produce witnesses in connection with
22 litigation?
23     A.     Similar answer to your previous
24 question, sir:  It would depend on the particular
25 terms of the agreements.

Page 44

1          MR. OSTFELD:  Okay.
2          Why don't we go ahead and take our
3 first break?  Maybe five or ten minutes?
4          THE WITNESS:  Very well.
5          THE VIDEOGRAPHER:  The time is 9:59.
6          We are going off the video record.
7          This ends media unit one.
8          (Recess taken)
9          THE VIDEOGRAPHER:  The time is 10:11.
10          We are going back on the video
11 record.
12          This begins media unit two.
13     Q.     Mr. Lopez, you testified earlier that
14 you are not an employee of MSP, but rather MSP
15 Recovery LLC.
16          Does MSP itself have any employees?
17     A.     No.
18     Q.     So presumably then no one at MSP has
19 ever worked for Emblem Health, ConnectiCare or
20 SummaCare?
21     A.     Correct.
22     Q.     Is there anyone at MSP that was
23 involved in administering Medicare Advantage plans
24 at any of those entities?
25     A.     No.

Page 45

1     Q.     Is there anyone at MSP that was
2 involved in payments for valsartan-containing
3 drugs by any of those entities?
4     A.     No.
5     Q.     Was there anyone either employed by
6 or affiliated with MSP that has personal knowledge
7 of payments made by ConnectiCare for
8 valsartan-containing drugs?
9     A.     MSP the plaintiff?  No.
10     Q.     Okay.
11          Anyone at MSP that has personal
12 knowledge of Emblem Health's payments for
13 valsartan-containing drugs?
14     A.     Just to clarify, when you said
15 affiliated with, the people at MSP Recovery LLC
16 would have personal knowledge based upon review of
17 the data, but not the plaintiff itself.  Just to
18 clarify.
19     Q.     Okay.  All right.
20          So the plaintiff itself would not
21 have any personal knowledge of any payments for
22 valsartan-containing drugs by Emblem Health,
23 SummaCare or ConnectiCare?
24     A.     No individual.  The plaintiff does
25 have personal knowledge based upon the data, but

12 (Pages 42 - 45)

Page 46

1  no individual.
2      Q.    Okay.
3          Who is the data for each of those
4  entities possessed by?  MSP or MSP Recovery LLC?
5          MR. WHORTON:  Objection.
6          Vague.
7      A.    MSP Recovery LLC.
8      Q.    Okay.
9          MSP Recovery LLC holds the data?
10     A.    Yes.
11     Q.    So any person, whether on an
12 individual or corporate capacity that would have
13 knowledge of the claims reflected in those data
14 would be at MSP Recovery LLC, not the plaintiff
15 entity, MSP; is that correct?
16     A.    That is correct.
17     Q.    Okay.
18          Because the plaintiff entity, MSP,
19 has no employees, correct?
20     A.    Correct.
21     Q.    So there is nobody employed by MSP
22 who is capable of having knowledge either
23 individually or on behalf of the corporation,
24 correct?
25     A.    Correct.

Page 47

1      Q.    So to the extent knowledge of the
2  claims or operations of ConnectiCare, Emblem
3  Health or SummaCare comes into play in this
4  litigation, that knowledge will have to come from
5  MSP Recovery LLC instead of MSP; is that right?
6          MR. WHORTON:  Object to form.
7          Outside the scope.
8      A.    Not with respect to operations of the
9  health plans, but with respect to the payments
10 made for the drugs and the claims data, yes.
11     Q.    Okay.  So for this next set of
12 questions, I think I'm going to ask about MSP
13 Recovery.
14          Is there anyone at MSP recovery who
15 could tell me whether each of ConnectiCare's plans
16 was fully insured or self-funded?
17     A.    No, I believe that would have to come
18 from the plan itself.
19     Q.    Okay.
20          Is there anyone at MSP recovery who
21 could tell me whether Emblem Health's plans were
22 fully insured or self-funded?
23     A.    No.  I would defer to Mr. Miranda.
24 Perhaps he knows, but I'm not sure.
25     Q.    Okay.

Page 48

1          Same answer for SummaCare?
2      A.    Yes, sir.
3      Q.    Is there anyone at MSP Recovery who
4  has personal knowledge of the terms and conditions
5  of the Medicare Advantage plans offered by
6  ConnectiCare, Emblem Health or SummaCare?
7      A.    No.
8      Q.    Is there anyone at MSP Recovery who
9  has knowledge of the co-pay terms under each of
10 the Medicare Advantage plans offered by
11 ConnectiCare, Emblem Health or SummaCare?
12     A.    No.
13     Q.    Is there anyone at MSP Recovery who
14 familiar with the formularies used by
15 ConnectiCare, Emblem Health or SummaCare?
16     A.    There may be.  I couldn't identify
17 anyone in particular, but there may be.  I'm just
18 not sure.
19     Q.    Okay.
20          To the extent that anyone at MSP
21 Recovery has that knowledge, it would be based on
22 a review of any plan documents received from those
23 entities; is that right?
24          MR. WHORTON:  Objection.
25          Lacks foundation.

Page 49

1          Calls for speculation.
2      A.    I would suspect so.
3      Q.    Okay.
4          Is there anyone at MSP Recovery who
5  could tell me the specific amounts that
6  ConnectiCare paid under each of its plans for
7  defendants' valsartan-containing drugs during the
8  proposed class period?
9          MR. WHORTON:  Objection.
10          Vague.
11     A.    I would presume Mr. Miranda.
12     Q.    Same answer for Emblem Health?
13          MR. WHORTON:  Same objection.
14     A.    Yes.
15     Q.    Same answer for SummaCare?
16          MR. WHORTON:  Same objection.
17     A.    Yes.
18     Q.    Is there anyone at MSP Recovery who
19 could tell me the specific amounts paid by those
20 entities for non-defendant valsartan-containing
21 drugs during the proposed class periods?
22     A.    I'm sorry.  Would you please repeat
23 the question?
24     Q.    Sure.
25          Is there anyone at MSP Recovery who

13 (Pages 46 - 49)

J. Lopez, Esq.

Page 50

1 could tell me the specific amounts that
2 ConnectiCare, Emblem Health or SummaCare paid
3 under their respective plans for non-defendants'
4 valsartan-containing drugs during the proposed
5 class period?
6           MR. WHORTON:  Objection.
7     Vague.
8     A.     I'm not sure.  Perhaps Mr. Miranda.
9     Q.     Okay.
10          Is there anyone else at MSP Recovery
11 who could tell me the specific amounts that
12 ConnectiCare, Emblem Health or SummaCare paid
13 under their respective plans for other classes of
14 hypertension medications other than
15 valsartan-containing drugs during the proposed
16 class period?
17    A.     Perhaps Mr. Miranda.
18    Q.     Is there anyone at MSP Recovery with
19 personal knowledge of ConnectiCare's response to
20 the valsartan recall?
21    A.     I don't believe so.  I think that
22 would be at the plan itself.
23    Q.     Okay.
24          What about Emblem Health's response
25 to the recall?  Anyone at MSP Recovery with

Page 51

1 knowledge of that?
2     A.     Same answer, no, I don't believe so.
3     Q.     Same answer for SummaCare?
4     A.     Yes, sir.
5     Q.     Is there anyone at MSP Recovery who
6 could tell me what cost, if any, ConnectiCare,
7 Emblem Health or SummaCare incurred in connection
8 with the recall?
9           MR. WHORTON:  Objection.
10          Vague.
11    A.     I am not sure.
12    Q.     Okay.
13          Is there anyone at MSP Recovery who
14 could tell me what replacement drugs ConnectiCare,
15 Emblem Health or SummaCare reimbursed for plan
16 beneficiaries or enrollees following the recall?
17    A.     Same answer.  Perhaps Mr. Miranda.
18    Q.     Okay.
19          Is there anyone at MSP Recovery who
20 could tell me what the terms of ConnectiCare's,
21 Emblem Health's or SummaCare's respective plans
22 with respect to cost sharing with private
23 insurers?
24          MR. WHORTON:  Objection.
25          Vague.

Page 52

1     A.     I'm not sure.
2     Q.     Okay.
3          Is there anyone at MSP Recovery who
4 could tell me the number or percentage of
5 ConnectiCare's beneficiaries or enrollees who had
6 multiple plan coverages?
7           MR. WHORTON:  Objection.
8     Vague.
9     A.     I'm also not sure.
10    Q.     All right.
11          Same answer for Emblem Health and
12 SummaCare?
13    A.     Yes, sir.
14    Q.     Is there anyone at MSP Recovery who
15 could tell me whether ConnectiCare, Emblem Health
16 or SummaCare negotiated rebates for any
17 valsartan-containing drugs?
18    A.     I am not sure.  Perhaps Mr. Miranda
19 would know.
20    Q.     Okay.
21          Is there anyone at MSP Recovery who
22 could tell me whether ConnectiCare, Emblem Health
23 or SummaCare had negotiated rebates for any other
24 hypertension drugs?
25    A.     I am not sure.

Page 53

1     Q.     Okay.
2          Is there anyone at MSP Recovery
3 familiar with the terms of the certificates of
4 coverage for each of ConnectiCare's, Emblem
5 Health's and SummaCare's plans?
6     A.     Perhaps, but I can't think of anyone
7 in particular.
8     Q.     Okay.
9          Is there anyone at MSP Recovery
10 familiar with the maximum allowable cost paid by
11 ConnectiCare, Emblem Health or SummaCare for
12 valsartan-containing drugs?
13    A.     I do not know.
14    Q.     Okay.  I'd like to move on and talk
15 about the assignments a little bit.
16          You said you reviewed the assignment
17 documents in preparing for your deposition today?
18    A.     Yes.  Some of them, yes.
19    Q.     Okay.
20          MSP has produced separate assignment
21 documents from SummaCare, Emblem Health and
22 ConnectiCare.
23          Have you reviewed assignments for
24 each of those entities?
25    A.     I have.

14 (Pages 50 - 53)

Veritext Legal Solutions

J. Lopez, Esq.

Page 54

1    Q.    I'm going to go through what I've got
2  in a moment with those.  First, I'd like to get
3  some general background.
4        How does MSP go about identifying
5  entities that are willing to assign claims to MSP?
6    A.    There are certain individuals that
7  have relationships with Medicare Advantage plans
8  and those individuals that have the relationships
9  would approach or discuss what MSP Recovery does
10  with the healthcare claims data and they begin the
11  discussions about the assignments of those claims.
12    Q.    Okay.
13        So it's a relationship-based model of
14  identifying assignors; is that correct?
15        MR. WHORTON:  Object to form.
16    A.    Generally, yes.
17    Q.    Okay.
18        There's not, for example, a database
19  or repository of third-party payers that MSP
20  consults to identify potential assignors?
21    A.    Not to my knowledge.
22    Q.    Does MSP use standardized assignment
23  agreements or do the terms vary for each assignor?
24    A.    They typically would vary, depending
25  on any particular assignor.

Page 55

1    Q.    Okay.
2        Are the assignments typically
3  irrevocable?
4    A.    Yes.
5    Q.    Is that standard or does that vary
6  depending on the particular assignor?
7    A.    That is standard.
8    Q.    Okay.
9        The consideration that MSP pays for
10  the assignments, is that standard or does that
11  vary by assignor?
12    A.    It would vary.
13    Q.    Okay.
14        What consideration did MSP pay to
15  SummaCare for SummaCare's assignment?
16    A.    The initial assignment was entered
17  into on a deferred compensation basis whereby the
18  assignor would be -- excuse me -- would be paid
19  50% of any recovery obtained in the future.



Page 56

8    Q.    All right.
9        The claims that are assigned to MSP
10  by its assignors, is that a standardized
11  assignment or does that vary by particular
12  assignor?
13        MR. WHORTON:  Objection.
14        Vague.
15    A.    Are you referring just to the three
16  assignors at issue or generally all the assignors?
17    Q.    I'm starting with all of them.
18    A.    I'm sorry.  Would you repeat the
19  question, please?
20    Q.    Sure.
21        The claims that are assigned to MSP
22  by its assignors, are the claims assigned
23  standardized or do the particular claims assigned
24  vary by assignor?
25        MR. WHORTON:  Objection.

Page 57

1        Vague.
2    A.    The initial proposal is very standard
3  and occasionally an assignor will vary the scope
4  of the assignment.
5    Q.    Okay.
6        What is the initial standard proposal
7  that is typically made to an assignor?
8    A.    A very broad assignment of any and
9  all claims and causes of action arising from the
10  claims data and the claims identified in the data.
11    Q.    All right.
12        Do the assignment -- does the initial
13  proposal typically encompass a specific period for
14  the assignment or is it unlimited in time?
15    A.    It covers -- it covers all of the
16  entire claims period for the particular data that
17  is transferred to MSP Recovery.
18    Q.    Okay.
19        What claims did SummaCare assign to
20  MSP?
21    A.    SummaCare, if I recall, assigned,
22  again, a very broad assignment of any and all
23  claims and reimbursement rights and cause of
24  action arising from the claims identified in a
25  specific set of data that was transferred to MSP

15 (Pages 54 - 57)

J. Lopez, Esq.

Page 58

1 at that time. I don't recall the time period or
2 if there was a reference to a time period.
3     Q.    Okay. We'll have an opportunity to
4 review the particulars later. Right now, I'm
5 going for kind of the broader overview.
6         How about Emblem Health? What claims
7 did Emblem Health assign to MSP?
8     A.    The same. I believe -- and again,
9 we'll look at the specific assignments. There may
10 have been some exclusion for subrogation rights
11 that have already been pursued for generally a
12 very broad assignment as well, covering all claims
13 and reimbursement rights.
14    Q.    All right.
15        How about ConnectiCare? What claims
16 did ConnectiCare assign to MSP?
17    A.    Similar to the Emblem assignment.
18    Q.    Okay.
19        You mentioned a moment ago,
20 exclusion, subrogation rights, that sort of thing.
21        When claims are a retained by
22 assignors, is that negotiated individually by
23 assignor?
24        MR. WHORTON: Objection.
25        Vague.

Page 59

1         Outside the scope.
2     A.    Typically, yes.
3     Q.    Do you recall whether SummaCare
4 retained or excluded any claims from its
5 assignment?
6     A.    I believe, to the best of my
7 recollection, the only exclusion or claim that was
8 not to be pursued were any claims that had already
9 been collected upon or in the process of being
10 pursued by SummaCare or its subrogation vendor.
11    Q.    Okay.
12        How about Emblem Health? Do you
13 recall whether Emblem Health -- you mentioned that
14 you thought they did have some exclusions.
15        Do you recall any of the particulars
16 of that exclusion?
17        MR. WHORTON: Objection.
18        Asked and answered.
19    A.    I believe it was similar, any
20 recoveries that were being pursued by subrogation
21 division or subrogation vendor and, if I recall
22 correctly, also claims against any of its
23 providers, its medical providers.
24    Q.    How about ConnectiCare? Did it
25 retain any claims?

Page 60

1     A.    Similar to the Emblem assignment.
2     Q.    To your knowledge, the claims
3 retained by Emblem Health, SummaCare or
4 ConnectiCare, did any of those claims retain
5 claims for valsartan-containing drugs?
6     A.    Not to my knowledge, no.
7     Q.    Okay.
8         Are you able to affirmatively exclude
9 that those -- are you able to say affirmatively
10 that the claims they retained did not involve
11 valsartan-containing drugs?
12    A.    Yes.
13    Q.    How do you know that?
14    A.    There was no specific exclusion for
15 that class of claims.
16    Q.    The assignments are also not
17 specifically inclusive of valsartan-related
18 claims; is that right?
19    A.    It does. It is broad enough to
20 include those claims, yes.
21    Q.    Valsartan is not mentioned by name in
22 either the assignment or the exclusion; is that
23 fair?
24    A.    That is fair.
25    Q.    Other than the assignment document

Page 61

1 itself, the document titled "Assignment," what
2 other agreements does MSP enter into with its
3 assignors?
4     A.    Typically or -- excuse me -- some
5 examples of Recovery Agreements, but the Recovery
6 Agreements typically contain the assignment
7 language within them.
8     Q.    Okay.
9         Any other agreements that you
10 typically enter into with assignors?
11    A.    Business Associate Agreements,
12 Confidentiality Agreements and Nondisclosure
13 Agreements. That would generally cover all the
14 types of agreements.
15    Q.    Let me get an understanding of what
16 each of these agreements is intended to cover.
17        What does the agreement cover?
18    A.    It covers -- it discusses the
19 transfer of data and what MSP Recovery LLC will do
20 with that data as far as evaluating the data. It
21 also contains the assignment of any and all
22 reimbursement rights and claims recovery rights
23 arising from the claims data.
24    Q.    How about the Business Association
25 Agreement or Business Associate Agreement?

16 (Pages 58 - 61)

J. Lopez, Esq.

Page 62

1    A.    Business Associate Agreement
2  typically referred to as a BAA, in essence, it is
3  an agreement whereby a current entity or someone
4  that possesses personal health information makes
5  sure that the entity to whom it provides data that
6  there are certain security and safety measures
7  taken to protect the data and the information.
8    Q.    All right.
9        How about the Nondisclosure or
10 Confidentiality Agreement?
11   A.    It would contain terms typically
12 found in a confidentiality agreement whereby the
13 parties will not disclose confidential or
14 proprietary information belonging to each other.
15   Q.    All right.
16       I will show you shortly the
17 agreements that we've identified for each of the
18 entities, but based on your preparation for the
19 deposition today, what agreements does MSP have
20 with SummaCare?
21       MR. WHORTON:  Asked and answered.
22   A.    Just generally, my recollection is
23 the Recovery Agreement and the Assignment
24 Agreement.  If there's a particular agreement that
25 you could show me, I could comment on that.

Page 63

1    Q.    Okay.
2        How about with Emblem Health?  What
3  agreements are you aware of that MSP had with
4  Emblem Health?
5    A.    The same general agreements that
6  we've discussed.
7    Q.    Okay.
8        How about ConnectiCare?  What
9  agreements does MSP have with ConnectiCare?
10   A.    The same as my previous answer.
11   Q.    You mentioned data sets that are
12 received as part of these agreements.
13       What data or documents does MSP
14 receive from its assignors in connection with
15 these assignments?
16       MR. WHORTON:  Objection.
17       Outside the scope.
18   A.    My general understanding is it's
19 electronic claims data.  That's the extent of my
20 involvement.  I don't get involved in the data
21 technology aspect of the business.
22   Q.    Okay.
23       You don't have any knowledge of a
24 specific format or data fields in which the data
25 is provided?

Page 64

1    A.    No, sir.
2    Q.    Who at MSP Recovery is responsible
3  for analyzing the data received to determine if
4  claims exist?
5        MR. WHORTON:  Object to form.
6    A.    There are many individuals that are
7  employed in the Information Technology Department
8  that do that.
9    Q.    All right.
10       So departmentally, that function is
11 assigned to the Information Technology Department
12 at MSP Recovery?
13   A.    Yes, sir, that's correct.
14   Q.    All right.
15       Just to be clear, there's not an
16 individual at MSP, the plaintiff entity, who has
17 that function?
18   A.    That is correct.  It would be done by
19 MSP Recovery LLC on its behalf.
20   Q.    All right.
21       In the various assignment documents
22 and other contracts that we have talked about that
23 are entered into between MSP and past assignors,
24 do any of them include a covenant or obligation by
25 the assignor to cooperate with MSP for MSP

Page 65

1  Recovery in connection with ligation?
2        MR. WHORTON:  Objection to form.
3        Vague.
4    A.    Typically, yes.
5    Q.    All right.
6        In which agreement is that obligation
7  typically found?
8        MR. WHORTON:  Objection to form.
9        Vague.
10   A.    Typically, in the Recovery Agreement
11 and Assignment.
12   Q.    Okay.
13       Are there typical remedies that are
14 provided to MSP in the event an assignor declines
15 to cooperate?
16       MR. WHORTON:  Object to form.
17       Vague.
18   A.    No, not specifically.  No.
19   Q.    You've been with MSP Recovery since
20 approximately 2015.
21       Is that when MSP Recovery was formed?
22   A.    I don't recall specifically when it
23 was formed.
24   Q.    Okay.
25       Have you been with MSP Recovery since

17 (Pages 62 - 65)

J. Lopez, Esq.

Page 66

1 the start?
2        MR. WHORTON: Object to form.
3    A.    No.
4    Q.    Do you have knowledge of how many
5 assignments MSP has secured since it was formed?
6    A.    In the context of this question,
7 Mr. Ostfeld, when you're referring to MSP, the
8 plaintiff or MSP Recovery LLC?
9    Q.    I'll broaden the question.
10        How many assignments has the
11 plaintiff MSP or MSP Recovery or any series of MSP
12 received since the formation of those entities?
13    A.    I don't have an exact count, but
14 many.
15    Q.    Okay.
16        Understanding you don't have an exact
17 count at your fingertips, do you have an
18 approximate count?
19    A.    I would say approximately greater
20 than 100 and approximately less than 150, but that
21 would just be a guess.
22    Q.    Okay.
23        In the time you've been at MSP, have
24 any assignors challenged the -- I'm sorry.
25        At the time you've been at MSP

Page 67

1 Recovery, have any assignors challenged the
2 validity or scope of that assignment to MSP or any
3 related entity?
4        MR. WHORTON: Objection.
5        Outside the scope.
6    A.    No, not to my knowledge.
7        (Whereupon, Exhibit 2 was marked for
8 identification.)
9    Q.    Okay. Let's look at some assignment
10 documents. I'm going to show you what's been
11 marked for identification as Exhibit 2 and for the
12 record, Exhibit 2 consists of three agreements,
13 one of which has the Bates label MSP 000152
14 through 53, an assignment dated June 12th, 2013,
15 one of which has the Bates number MSP 14 -- I'm
16 sorry -- 154 through 155, assignment dated
17 May 12th, 2017 and one of which has Bates numbers
18 MSP 156 through 172 and is a Recovery Agreement
19 dated May 12th, 2017.
20        Mr. Lopez, we're going to go through
21 these in more detail in a moment. I'll just begin
22 by asking do you recognize these as the assignment
23 documents you reviewed in preparing for your
24 deposition today for SummaCare?
25    A.    Yes.

Page 68

1    Q.    Okay.
2        To your knowledge, are these the
3 documents that assigned the claims MSP is
4 asserting in this case as the assignee of
5 SummaCare?
6    A.    Yes.
7    Q.    All right.
8        Now, here we have two separate
9 assignments and a Recovery Agreement. So I'll get
10 into the details in a moment, but, first, in
11 general, can you explain what role each of these
12 documents had in the assignment? And we'll start
13 with the first assignment on Bates labeled MSP
14 1152 through 1153.
15    A.    This particular page that's on the
16 screen that's entitled "Assignment" identifies the
17 assignor as MSP Recovery LLC and the assignee as
18 Series 16-11-509 LLC, a series of MSP Recovery
19 Claims Series LLC. This is the assignment from
20 MSP Recovery LLC to the designated series of the
21 plaintiff.
22    Q.    All right.
23        This one is dated June 12th, 2017?
24    A.    Yes.
25    Q.    All right.

Page 69

1        So then the next document is an
2 assignment bearing a date of May 12th, 2017 with a
3 Bates number 1154 to 1155.
4        Can you explain what this document
5 is?
6    A.    Yes. This is the assignment from
7 what we've typically called the standalone
8 assignment that whereby SummaCare assigned any and
9 all of its claims to MSP Recovery LLC as a result
10 of the Recovery Agreement. So in essence, it
11 tracked the language of the assignment and the
12 Recovery Agreement with SummaCare.
13    Q.    Okay.
14        Then the third document is the
15 recovery agreement and its exhibits, also dated
16 May 12, 2017, and it runs from MSP 1156 through
17 1172.
18        What is this document?
19    A.    This was the Recovery Agreement that
20 was entered into by and between SummaCare and MSP
21 Recovery LLC, so it discusses the transfer of the
22 data and the assignment of the claims arising
23 there from.
24    Q.    All right.
25        Other than these three documents and

18 (Pages 66 - 69)

J. Lopez, Esq.

Page 70

1 the exhibits that accompany the Recovery
2 Agreement, are there any other assignment
3 documents or agreements that were involved in the
4 assignment of SummaCare's claims to MSP?
5    A.    Claims in this case or generally?
6    Q.    In this case.  Claims in this case.
7    A.    To my knowledge, no.
8    Q.    Okay.
9         I want to get an understanding -- I'm
10 going to go back up to the June 12th, 2017
11 assignment, the one from MSP Recovery to the
12 particular series.
13        What is the reason for MSP Recovery
14 to assign its claims to a particular series?
15    A.    MSP Recovery Claims Series is a
16 Series LLC established pursuant to the Delaware
17 statute which allows it to segregate certain
18 assets in certain designated series, so it's just
19 a matter of keeping track and apportioning certain
20 assets to different series to account for them
21 separate.
22    Q.    Okay.
23        So by virtue of this assignment, the
24 SummaCare claims are no longer held by MSP
25 Recovery and were instead assigned to the

Page 71

1 particular series identified in this document?
2    A.    That is correct.
3    Q.    That clearly is the legal entity that
4 owns the claims that MSP is asserting in this
5 litigation on behalf of SummaCare; is that right?
6    A.    Yes.
7    Q.    So then moving to the two May 12th,
8 2017 agreements, what is the reason to have both a
9 standalone assignment and a separate Recovery
10 Agreement in connection with this assignment
11 transaction?
12    A.    If I recall correctly, the thinking
13 was that the standalone assignment would be a
14 simpler document to establish standing and specify
15 the assignment and attach those standalone or
16 shortened assignments to complaints to establish
17 standing of the plaintiff, rather than having to
18 attach the entire Recovery Agreement --
19    Q.    Okay.
20    A.    -- for efficiency.
21    Q.    Finish your answer.  I didn't mean to
22 interrupt you.
23    A.    For efficiency.
24    Q.    Okay.
25        With respect to the claims that are

Page 72

1 being asserted in this litigation, have there been
2 any amendments to any of these assignments?
3    A.    No.
4    Q.    With respect to the claims being
5 asserted in this litigation, are there any other
6 documents or agreements setting forth any other
7 responsibilities SummaCare has in connection with
8 the assigned claims at issue in this litigation?
9    A.    I'm sorry.  Could you repeat that
10 question, please?
11    Q.    Probably not.  I'll try rephrasing
12 it.
13        With respect to the claims that are
14 being asserted in this litigation, are there any
15 other documents or agreements setting forth any
16 other responsibilities on the part of SummaCare
17 with respect to the assigned claims?
18    A.    No.
19    Q.    Okay.
20        Moving back up to the May 12th
21 assignment document, to your knowledge, was that
22 document executed on or about the date indicated,
23 May 12th?
24    A.    Could you scroll down just so I could
25 see the signature block?

Page 73

1        I believe so, to the best of my
2 recollection.
3    Q.    Okay.
4        Directing your attention to the
5 second "Whereas" clause on the page Bates numbered
6 MSP 1154, it contains a definition of the general
7 claims assigned.
8        Do you see that?
9    A.    Yes.
10    Q.    That definition encompasses a right
11 to reimbursement of conditional payments under
12 contractual agreements or state and federal law.
13        Is that a fair characterization?
14        MR. WHORTON:  Objection.
15        The document speaks for itself.
16    A.    I would just -- I hate to answer this
17 way, but the document speaks for itself.  It does
18 just state what it states.
19    Q.    Okay.
20        The fourth "Whereas" clause on the
21 same page contains an additional definition of the
22 terms Medicare, Medicaid claims and an
23 all-encompassing term claim that is intended to
24 capture both Medicare, Medicaid claims and general
25 claims.

19 (Pages 70 - 73)

J. Lopez, Esq.

Page 74

1    Do you see that?
2    A.    Yes.
3    Q.    What distinguishes a general claim
4 from a Medicare/Medicaid claim?
5    A.    Well, it appears that the general
6 claims are broader and that the Medicare/Medicaid
7 claims encompass claims for payments made
8 specifically in connection with Medicare Advantage
9 plans or Medicaid plans.
10   Q.    Okay.
11        Is it your understanding the
12 definition of general claims is not broad enough
13 to encompass the Medicare/Medicaid claims?
14        MR. WHORTON:  Objection.
15        The document speaks for itself.
16   A.    It is broad enough to encompass them
17 as well.
18   Q.    Okay.
19        Do you know why separate definition
20 was laid out for Medicare/Medicaid claims?
21   A.    I don't recall.
22   Q.    Okay.
23        The fifth "Whereas" clause, the last
24 of the "Whereas" clauses on the same page sets
25 forth a date range for the assigned claims of

Page 75

1 January 1st, 2009 to May 12th, 2017.
2        Do you see that?
3    A.    Yes.
4    Q.    Do you know how that date range came
5 to be selected as the applicable date range for
6 the assigned claims?
7    A.    Specifically, I do not.
8    Q.    All right.
9        To your knowledge, has SummaCare
10 subsequently assigned any claims to MSP or any
11 series of MSP post May 12th, 2017?
12   A.    Yes.
13   Q.    All right.
14        Is MSP asserting any of those claims
15 in this litigation?
16   A.    To the extent that it's encompassed
17 within the claims in the complaint, yes, but I
18 would defer to counsel to make sure those don't
19 overlap.
20   Q.    What documents or assignment
21 transaction documents were used to accomplish the
22 assignment of the claims post May 12th, 2017?
23   A.    I recall that there was just a
24 separate claims purchase agreement covering claims
25 after that date, but I have not reviewed that in

Page 76

1 preparation for today's deposition.
2    Q.    Okay.
3        Do you know if that separate claims
4 purchase agreement was produced in connection with
5 this litigation?
6    A.    I do not know.
7    Q.    Okay.
8        You mentioned earlier that the
9 various series, including the series entity that
10 we looked at a moment ago, are separate legal
11 entities.
12        Do you know if they are registered
13 separately with the Delaware or Florida
14 Secretaries of State?
15   A.    The designated series that are
16 established by the LLC, they are not individually
17 registered with the State of Florida or the State
18 of Delaware.
19   Q.    Okay.
20        So we would look essentially at the
21 MSP registration if we wanted to see the state
22 registration that aligns with the series entities.
23        Is that right?
24   A.    The series -- the three series that
25 are associated with these assignors are all series

Page 77

1 of the plaintiff, but yes, they are -- the records
2 are kept internally by MSP.
3    Q.    Okay.
4        Continuing through the assignment,
5 after the "Now therefore" clause, there is
6 assignment language that begins at the bottom of
7 page MSP 1154 and continues on page 1155 and sets
8 forth the assignment of the claims.
9        You said earlier that it is standard
10 for the claims to be irrevocable.
11        This is an irrevocable assignment
12 here?
13   A.    Yes.
14   Q.    It assigns claims existing on the
15 date here of.
16        Is that right?
17   A.    That's what the document states, yes.
18   Q.    Okay.
19        And it assigns claims for claims
20 payments made for or on behalf of beneficiaries,
21 members and enrollees arising from dates of
22 service beginning January 1st, 2009 up to and
23 including May 12th, 2017.
24        Is that correct?
25   A.    Yes, that is what the document

20 (Pages 74 - 77)

J. Lopez, Esq.

Page 78

1 states.
2    Q.    All right.
3         Does this assignment contain the
4 consideration terms?
5    A.    The only -- the only reference, if
6 you could scroll down just a bit more, please --
7 there you go, thank you -- the only reference to
8 the consideration is in the clause or the
9 paragraph that begins "Now therefore," but no,
10 there's no specific monetary consideration stated
11 here.
12    Q.    Okay.
13         It references mutual covenants and
14 good and valuable consideration, which is
15 essentially boilerplate language, right?
16         MR. WHORTON:  Object to form.
17    A.    Well, it's the consideration
18 established in the Recovery Agreement.
19    Q.    Okay.
20         So we would go to the Recovery
21 Agreement if we wanted to see what the actual
22 substantive consideration was?
23    A.    Well, there's language in here, but
24 there's also language in the Recovery Agreement as
25 well.

Page 79

1    Q.    Okay.
2         So let's look at the Recovery
3 Agreement.
4         This is also dated May 12th, 2017,
5 I'll scroll down to the signature block for you.
6         Do you know if this document was
7 actually executed on or about the date indicated,
8 May 12th, 2017?
9    A.    Yes, to the best of my recollection.
10    Q.    Okay.
11         You are actually the person who signs
12 this document on behalf of MSP Recovery LLC?
13    A.    Yes.
14    Q.    All right.
15         So I want to begin with Section 4.1
16 of the Recovery Agreement, which is on page MSP
17 1159.  This is the assignment of claims language.
18    A.    Yes.
19    Q.    I think you said earlier the goal was
20 to have the assignment language mirror the
21 language of the standalone assignment?
22    A.    Generally speaking, yes.
23    Q.    Okay.
24         Article four also has a Section 4.2,
25 referencing a continuing assignment, which this

Page 80

1 language was not a standalone assignment.
2         Can you explain what the purpose of
3 the continuing assignment language is?
4    A.    That was intended to cover that if
5 the assignor would transfer any additional data,
6 that that would be deemed the intent to assign
7 those claims as well.
8    Q.    Okay.
9         Did MSP pay separate consideration
10 for the assignment of future claims?
11    A.    Not -- not in connection with this
12 agreement, no.
13    Q.    Okay.
14         The Section 4.2 also references a
15 document used to accomplish the assignment of
16 prospective claims, an assignment addendum that is
17 attached as Exhibit A.  I'll go down to Exhibit A
18 so you could see that.
19         So this is Exhibit A.
20         This is the Form of Assignment
21 Addendum that accompanied the Recovery Agreement?
22    A.    Yes.
23    Q.    And this Form of Assignment Addendum,
24 it looks like, is also signed by representatives
25 of SummaCare and MSP Recovery?

Page 81

1    A.    Yes.
2    Q.    How does the Form of Assignment
3 Addendum work when there's an assignment of future
4 claims or prospective claims?  Is a new one of
5 these issued each time?
6    A.    To the best of my recollection, that
7 was the intent, but it didn't occur in this case.
8 This was the only addendum that was signed.
9    Q.    Okay.  So that was my next question.
10         Did SummaCare ever execute any
11 subsequent assignment addendums after May 12th,
12 2017?
13    A.    No, not an addendum.  Just the other
14 purchase agreement that I testified to about
15 earlier about additional claims going beyond these
16 dates.
17    Q.    Okay.  I'm going to move back up to
18 Section 1.1 of the Recovery Agreement, which
19 begins on page MSP 1156.
20         The first paragraph of Section 1.1
21 includes a description of historical claims data
22 that SummaCare was to provide MSP Recovery.
23         Do you see that?
24    A.    Yes.
25    Q.    And the contract provides for

21 (Pages 78 - 81)

J. Lopez, Esq.

Page 82

1  SummaCare to provide historical claims data as
2  well as the most updated claims data that
3  SummaCare's current system can provide and ongoing
4  data transfers of interval -- at intervals of no
5  less than 30 days.
6          Let's start with historical claims
7  data.
8          Did SummaCare provide historical
9  claims data in connection with this assignment?
10     A.    Yes, I believe so.
11     Q.    Has it provided updated claims data?
12         MR. WHORTON:  Objection.
13         Outside the scope.
14     A.    I'm not qualified to answer,
15  Mr. Ostfeld.  I don't get involved in the data
16  transfers.  That would be a better question for
17  Mr. Miranda.
18     Q.    Okay.
19         Would the same be true of ongoing
20  data transfers?  I should ask Mr. Miranda about
21  that?
22     A.    Yes also.
23     Q.    Okay.
24         You mentioned earlier the Recovery
25  Agreement would contain the provision dealing with

Page 83

1  the assignor's obligation to cooperate with MSP in
2  litigation.
3          Can you point me to which provision
4  in the agreement I should turn to see that
5  obligation?
6      A.    I don't have control of the scroller.
7  If you could, just scroll down slowly and perhaps
8  I could point it out.
9      Q.    Sure.
10         Do you need me to go back up to the
11  top of the "Whereas" clause --
12     A.    Forward, please.
13     Q.    Okay.  Okay.  Let me know if I'm
14  going too fast or if I could speed up.
15     A.    You're going at the right speed.
16     Q.    Okay.
17     Q.    Okay.  Stop right there, please.
18     Q.    All right.
19     A.    In this article, there is a reference
20  in 6.1, Subsection b(iii).  It does state that the
21  client will cooperate with MSP Recovery.
22     Q.    Okay.  All right.
23         So this language states "Client will
24  cooperate with MSP Recovery and deliver to MSP
25  Recovery all information relating to the assigned

Page 84

1  claims, including all assigned documents to enable
2  MSP Recovery to perform the services and recover
3  the assigned claims."
4          Are there any other provisions
5  dealing with witness cooperation?
6      A.    Mr. Ostfeld, could you continue to
7  scroll down?  To the best of my recollection, I
8  don't believe so, not in this document.
9      Q.    Okay.
10         Were you aware of any other document
11  that contained a witness cooperation agreement?
12     A.    I am -- no, I am not.
13     Q.    To the extent there was such an
14  obligation, it would have to be encompassed within
15  the general cooperation term that we just
16  reviewed?
17     A.    Yes, sir.
18     Q.    Okay.
19         Has MSP ever run into a situation
20  where an assignor failed or refused to cooperate
21  in litigation?
22         MR. WHORTON:  Objection.
23         Vague.
24         Outside the scope.
25         Calls for speculation.

Page 85

1      A.    Not to my knowledge.
2      Q.    Okay.
3          I'm going to move up to Article 2,
4  which contains what appears to be the compensation
5  terms of the Recovery Agreement.
6          You mentioned earlier that -- you
7  gave me your best recollection of the
8  consideration for this agreement.
9          Now that we have the actual
10  compensation terms in front of us, can you please
11  describe what consideration was paid to SummaCare
12  in exchange for its assignment of the claims at
13  issue in this case.
14         MR. WHORTON:  Objection.
15         Document speaks for itself.
16     A.    In Section 2.2 -- and forgive me
17  because the way this document is set up on the
18  screen, it cuts off the last digit from the Bates
19  number, so I couldn't tell you which Bates page
20  we're talking about -- but it would be right
21  there -- that would be page -- I believe that's
22  page three of 17, if I'm not mistaken.
23     Q.    Yes.  For the record, that's Bates
24  number MSP 1158.
25     A.    Okay.

22 (Pages 82 - 85)

J. Lopez, Esq.

Page 86

1    Q.    In Section 2.2, it describes the
2  contingent payment that would be paid to -- in
3  this case, referred to as the client, but the
4  assignor of this case.  It refers to this as a
5  contingent deferred purchase price.
6          What is MSP's understanding of what a
7  contingent deferred purchase price is?
8    A.    That the assignor would be paid on a
9  deferred basis based upon any recovery obtained in
10 connection with the claims.
11   Q.    All right.

15   Q.    Okay.
16         Now I want to --
17   A.    At this time, yes.
18   Q.    I'm sorry.  Go ahead.
19   A.    At this time, correct.  At the time
20 this document was executed.
21   Q.    Okay.

25   Q.    All right.

Page 87

1          Have any of those payments been made
2  in connection with the claims asserted in this
3  litigation?

9    Q.    All right.

23   Q.    I'd like to take a quick look at the
24 June 12th, 2017 assignment from MSP Recovery to
25 the series entity.

Page 88

1          The assignment recites that there was
2  consideration in the sum of $10.
3          Would that $10 actually paid or was
4  that a recitation for formality's sake?
5    A.    I believe it was a recitation.

15   Q.    Okay.  That's fair.  Let me ask it a
16 different way.

23   Q.    Okay.

Page 89

4    Q.    All right.
5          So as of today, Series 16-11-509
6  holds the assignments from SummaCare; is that
7  right?
8    A.    Yes.
9          MR. OSTFELD:  Okay.  Next is Emblem
10 Health, but it's been about another hour.
11         Do we want to take a break, about ten
12 minutes?
13         THE WITNESS:  Sure.  I would welcome
14 that.
15         MR. OSTFELD:  Okay.  Let's take a
16 ten-minute break and we could come back at
17 11:25.
18         THE VIDEOGRAPHER:  The time is 11:15.
19 We are going off the video record.
20 This ends media unit two.
21         (Recess taken)
22         THE VIDEOGRAPHER:  The time is 11:26.
23 We are going back on the video
24 record.
25         (Whereupon, Exhibit 3 was marked for

23 (Pages 86 - 89)

J. Lopez, Esq.

Page 90

1    identification.)

2

3       Q.    All right, Mr. Lopez.  I think we're
4    ready to move on to the Emblem Health assignment
5    documents, so I will share my screen with you
6    again.  You should now be able to see what's been
7    marked for identification as Exhibit 3.

8              For the record, these are two
9    documents bearing the Bates labeled MSP 423 to
10   424, an Assignment, and MSP 425 through 432, an
11   Assignment Agreement.  The first document, the
12   Assignment, is dated April 4th, 2018, the second
13   document, the Assignment Agreement, is dated
14   March 20th, 2018.

15             Mr. Lopez, based on the sequence we
16   just went through for the SummaCare assignment, it
17   seems to make more sense to begin with the earlier
18   of these two documents, the Assignment Agreement,
19   which is Bates labeled 452 to 432.

20             Do you recognize this as one of the
21   documents you reviewed in preparing for your
22   deposition today?

23      A.    Yes.

24      Q.    Is this the document that was used to
25   assign the claims MSP is asserting in this case on

Page 91

1    behalf of Emblem Health?

2       A.    Yes.

3       Q.    All right.

4              In this case, it looks like we got a
5    two-document transaction, an Assignment Agreement
6    that looks like it accomplished the assignments
7    from Emblem Health to MSP Recovery as a series and
8    then a separate assignment from MSP Recovery to a
9    particular series.

10             Have I got that generally right?

11      A.    Yes.

12      Q.    Are you aware of any other documents,
13   contracts or agreements that were entered into in
14   connection with assigning the claims MSP is
15   asserting in this case on behalf of Emblem Health?

16      A.    No, not to my recollection.

17      Q.    Okay.  Let's start with this.

18             In this instance, instead of what you
19   called earlier a standalone assignment and a
20   separate Recovery Agreement, here we have a
21   document called an Assignment Agreement and as far
22   as I can tell, no separate Recovery Agreement.

23             Is that right?

24      A.    Correct.

25      Q.    Do you know why that structure was

Page 92

1    selected for this particular assignment?

2       A.    I don't recall.

3       Q.    The assignor here is identified as --
4    actually, in the plural assignors -- Emblem Health
5    Services Company LLC and Group Health
6    Incorporated, a New York corporation and Medicare
7    Advantage organization, and Health Insurance Plan
8    of Greater New York, a New York corporation and
9    Medicare Advantage organization and then they're
10   collectively defined in the singular as assignor.

11             Do you know what the relationship is
12   between -- or was -- between these three entities,
13   Group Health, Health Insurance Plan of Greater New
14   York and Emblem Health?

15      A.    Specifically, no.

16      Q.    Okay.

17             So the SummaCare standalone
18   assignment, the earlier of the standalone
19   assignments was from the assignor to MSP Recovery
20   LLC.

21             In this instance, there are actually
22   two assignee entities identified on page MSP 425,
23   both MSP Recovery Claims Series LLC and MSP
24   Recovery LLC, specifically for the MSP Recovery
25   Claims Series, there is a particular series

Page 93

1    identified, 16-08-483.

2              Do you know why there were two
3    assignees identified in the Assignment Agreement
4    here?

5       A.    To the best of my recollection, the
6    discussions and the negotiations had commenced
7    directly with MSP Recovery LLC and at some point
8    thereafter I believe the series was accomplished
9    and I recall that the assignment wanted to be
10   placed in -- with this particular series but both
11   entities were included as assignees.

12      Q.    Okay.

13             So there was an initial assignment on
14   March 20th, 2018 that assigned the claims to both
15   MSP Recovery and the series and then there was a
16   subsequent assignment on April 4th, 2018 where MSP
17   Recovery assigned its share of those claims to the
18   series; is that right?

19      A.    That is correct.

20      Q.    Okay.

21             To your knowledge, have there been
22   any subsequent assignments of claims from Emblem
23   Health to MSP or any affiliated entity?

24      A.    No, sir.

25      Q.    To your knowledge, have there been

24 (Pages 90 - 93)

J. Lopez, Esq.

Page 94

1 any amendments to the assignments of the claims
2 that are being asserted in this case?
3    A.    Not to my knowledge, no.
4    Q.    Are there any other documents or
5 agreements besides these two agreements setting
6 forth any other responsibilities of Emblem Health
7 or its related entities with respect to the
8 assigned claims being asserted in this case?
9    A.    Not that I recall, no.
10    Q.    Okay.
11        I referred to the date of the
12 Assignment Agreement a few times as March 30th,
13 2018. I'll just scroll down to the signature
14 page, which is where that date appears.
15        To your knowledge, was this agreement
16 executed on or about the date executed,
17 March 30th, 2018?
18    A.    March 20th.
19    Q.    March 20th, 2018?  That is the date
20 of execution?
21    A.    Yes.
22    Q.    Okay.
23        In this instance, it looks like John
24 Ruiz signed on behalf of the series.
25    A.    That is correct.

Page 95

1    Q.    And he signed on behalf of MSP
2 Recovery?
3    A.    Correct.
4    Q.    What is John Ruiz's position at MSP
5 Recovery?
6    A.    He is the manager.
7    Q.    Okay.
8        So the second "Whereas" clause on
9 page MSP 425 of the assignment and agreement has a
10 definition of Medicare recovery claims.
11        Do you see that?
12    A.    Yes.
13    Q.    The definition of Medicare recovery
14 claims looks a little bit different from the
15 wording of general claims we saw earlier with the
16 SummaCare assignment and what I'm referring to is
17 instead of defining it by reference to
18 reimbursable payments, this definition refers to
19 reimbursement and/or recovery of payments from
20 primary payers and any other party or entity for
21 healthcare services for which a primary payer has
22 demonstrated responsibility.
23        I'm assuming in terms of the meaning
24 of this definition you would simply say that the
25 document speaks for itself; is that right?

Page 96

1    A.    That is correct.
2    Q.    Do you know why the definition of the
3 claims being assigned changed between the
4 SummaCare assignment and this assignment from
5 Emblem Health?
6    A.    I don't recall.
7    Q.    Do you know what the new language in
8 this Assignment Agreement was intended to capture
9 that the previous language did not, if anything?
10    A.    I don't believe there was an intent
11 to capture anything different other than just a
12 broad assignment.
13    Q.    Okay.
14        The fourth "Whereas" clause on the
15 same page defines the time period of the
16 assignment from September 29th, 2011 to
17 September 29th, 2017.
18        Do you know why that date range was
19 selected?
20    A.    Specifically, I do not.
21    Q.    Okay.
22        The SummaCare assignment was an
23 eight-year date range.  This one is a six-year
24 date range.
25        Do you know why the total duration

Page 97

1 changed?
2    A.    No, I do not.
3    Q.    Okay.
4        Directing your attention to Section 2
5 on page MSP 426, this is the actual assignment
6 language for the agreement; is that right?
7    A.    Yes.
8    Q.    As we saw with SummaCare, again, the
9 assignment is irrevocable and absolute.
10        Is that right?
11    A.    That is correct.
12    Q.    Some of the language in subsection C
13 when I reviewed it against the SummaCare language
14 was similar, but the SummaCare assignment had a
15 reference to claims, payments made for or on
16 behalf of beneficiaries, members and enrollees
17 arising from dates of service during the assigned
18 time period and I didn't see that language here.
19        Do you know why that language was not
20 repeated in this version of the Assignment
21 Agreement?
22    A.    I do not recall specifically, no.
23    Q.    Okay.
24        When we were looking at the SummaCare
25 assignment, we also looked at provision 4.2, which

25 (Pages 94 - 97)

J. Lopez, Esq.

Page 98

1 had a continuing assignment.  Here, I didn't see
2 any similar continuing assignment language.
3        Do you know why that was taken out?
4    A.    Also I do not recall specifically,
5 no.
6    Q.    Okay.
7        We talked earlier about retained or
8 excluded claims.  For this assignment in
9 subparagraph 2A, it looks like there is a
10 definition of assignor-retained claims that appear
11 to be excluded from the assignment.
12        To your knowledge, is this a set of
13 those excluded claims we discussed earlier where
14 the assignor retained some claims?
15    A.    Yes.
16    Q.    Was this negotiated particular to
17 this assignment based on the particular
18 negotiations with Emblem Health?
19    A.    Yes, that is what I recall.
20    Q.    Do you remember the circumstances
21 that led to the creation of this assignor-retained
22 claims category in this Assignment Agreement?
23    A.    Not specifically, no.
24    Q.    All right.
25        Do you know whether Emblem Health

Page 99

1 retained any claims involving the purchase of
2 valsartan as part of the assignor-retained claims?
3    A.    No, I did not.
4    Q.    How do you know that from the
5 definition of assignor-retained claims?
6    A.    Because it is a broad definition.
7 There's no specific exclusion for valsartan or
8 that class of claims.
9    Q.    I mean, that's fair, but I also want
10 to note the language of the exclusion also seems
11 somewhat broad.  It does not include claims that
12 assignor may have against its members, enrollees,
13 and/or contracted providers regardless of the
14 nature of the claims or claims that are currently
15 being pursued by other vendors pursuant to a
16 contract with assignor.
17        You don't believe that language is
18 broad enough to potentially encompass claims for
19 valsartan payments?
20        MR. WHORTON:  Objection.
21        Asked and answered.
22    A.    I do not.
23    Q.    Okay.
24        Why not?
25        MR. WHORTON:  Objection.

Page 100

1        Asked and answered.
2        Document speaks for itself.
3    A.    That would just be my interpretation.
4    Q.    Okay.
5        Directing your attention to paragraph
6 three on page MSP 427, this is the consideration
7 clause of the Assignment Agreement.
8    A.    Yes.

Page 101

6    A.    If you don't mind scrolling down,
7 please, a little bit to the bottom of that
8 particular page -- stop right there, please.
9 Thank you.

14    Q.    All right.

24    Q.    All right.

26 (Pages 98 - 101)

J. Lopez, Esq.

Page 102

12    Q.    Okay.

20    Q.    All right.

Page 103

2            MR. OSTFELD:  Okay.

9            I don't think we have either of
10   those, but we'll obviously go back and double
11   check and we'll confer with your counsel
12   later.
13           For purposes of today, I'm content
14   not to have an answer on the record on that,
15   but I reserve the right to revisit that issue
16   with your counsel at a later date and to get
17   an answer to those questions.
18   Q.    So let's go back to MSP 425, the last
19   "Whereas" clause -- the last "Whereas" clause on
20   that page, rolling over to the next page.
21           It, again, contains an agreement on
22   the part of Emblem Health to provide claims data
23   information and documentation directly relating to
24   the assigned Medicare recovery claims.
25           Do you see that?

Page 104

1    A.    I do.  The entire paragraph is
2    partially obstructed by the Zoom views, but yes.
3    Generally, yes.  Give me one second -- John, is
4    there a way to basically move that over so I can
5    see the whole document?  I'm not sure.  Can we
6    reduce the size of it --
7            MR. OSTFELD:  I can make it larger --
8            THE WITNESS:  That works.  Thank you.
9            MR. OSTFELD:  No problem.  I was
10   trying to make it larger because the text is
11   a little blurry, but it seems like it had to
12   opposite of the effect I wanted.
13           THE WITNESS:  Forgive me for
14   interrupting.  You can actually make it
15   larger if you'd like because Mr. Cleary just
16   moved the video portion of the screen over a
17   little bit.  That's fine.
18           MR. OSTFELD:  All right.
19   Q.    So this is similar to the obligation
20   we saw on the part of SummaCare to provide claims
21   data.
22           My question is -- and I did go back
23   and look at the same portion of this agreement,
24   the representations and warranties, I didn't find
25   the same cooperation clause.

Page 105

1            So my question -- and we may have to
2    do a similar exercise here -- is can you point me
3    to any other provision in this agreement that
4    contains an obligation on the part of Emblem
5    Health or its affiliated entities to cooperate in
6    litigation with MSP?
7            For the record, I'll just scroll
8    through the agreement until you tell me to stop.
9    A.    You're going at the right speed.
10   Could you stop right there, please?  Just scroll
11   back up a little bit.  Okay.  You can continue
12   going down, Mr. Ostfeld.
13   Q.    Okay.
14   A.    I would agree with you that there's
15   no similar cooperation provision as in the
16   previous assignment for SummaCare.
17   Q.    Okay.
18           Do you know if there was a
19   cooperation provision in the purchase agreement?
20   A.    I do not recall.  I'm sorry.
21   Q.    Do you know if there was a
22   cooperation agreement in any of the other exhibits
23   to the purchase agreement?
24   A.    I do not recall specifically.
25   Q.    Okay.

27 (Pages 102 - 105)



J. Lopez, Esq.

Page 106

1        Again, I'd like to just briefly go to
2 the assignments from MSP Recovery to the series
3 entity.
4        Was this assignment executed on or
5 about the date indicated, April 4th, 2018?
6    A.    Yes.  To my recollection, yes.
7    Q.    Okay.
8        Again, it recites consideration of
9 $10.
10       Was that actually paid or was that a
11 recitation for formality?
12   A.    I believe it was a recitation.
13   Q.    Has Series 16-08-483 assigned the
14 Emblem Health claims to any other entity?
15   A.    No.
16   Q.    As of today, Series 16-08-483 holds
17 the assignments that are being asserted in this
18 case on behalf of Emblem Health?
19   A.    Yes, that is correct.
20   Q.    The trustees assigned this document
21 are John Ruiz and Mayra Ruiz.
22       Why did this document need to be
23 signed by a trust?
24   A.    Because the manager of MSP Recovery
25 LLC was Jocral Family Limited Liability

Page 107

1 Partnership at that time.
2    Q.    Is it still the manager of MSP
3 Recovery today?
4    A.    No.
5    Q.    Is the manager -- let me start with
6 this:  Who is the manager of MSP Recovery LLC
7 today?
8    A.    Today, John Ruiz and Sandra Rodriguez
9 are the two managers.
10   Q.    Okay.
11       Are they also the managers of MSP
12 Recovery Claims Series?
13   A.    No.
14   Q.    All right.
15       Who is the manager of MSP Recovery
16 Claims Series LLC today?
17   A.    Two managers, Garage Capital
18 Management and Series MRCS.
19   Q.    Okay.
20       With respect to the individual series
21 that hold the claims assigned by SummaCare, Emblem
22 Health and ConnectiCare, who are the managers at
23 each of those series entities?
24   A.    The manager of the three would be
25 Garage Capital Management.

Page 108

1    Q.    For all three individual series?
2    A.    Yes.  To my recollection, yes.
3        (Whereupon, Exhibit 4 was marked for
4 identification.)
5    Q.    Let's move to the ConnectiCare
6 assignment documents.  I am showing you now what's
7 been marked for identification as Exhibit 4.  It
8 bears Bates numbers MSP 275 through 276.  This is
9 a two-page document titled "Assignment" and dated
10 March 20th, 2018.
11       Do you recognize this assignment
12 document?
13   A.    Yes.
14   Q.    Is this one of the assignment
15 documents you reviewed in preparing for your
16 deposition today?
17   A.    Yes.
18   Q.    Is this the document that assigned
19 the claim from ConnectiCare that are being
20 asserted by MSP in this litigation?
21   A.    Yes, it is.  This is a standalone
22 assignment, but I think there may have been a
23 similar agreement as with the Emblem, but yes,
24 this is the assignment that I reviewed.
25   Q.    Okay.  That was going to be my next

Page 109

1 question.
2        Are you aware of any other
3 agreements, contracts or instruments that were
4 involved in the assignment of the claims from
5 ConnectiCare to MSP or any of its series?
6    A.    I recall that there was a separate
7 agreement, very similar to the Emblem agreement
8 because Emblem and ConnectiCare are related, I
9 believe, so those assignments were negotiated
10 roughly around the same time.
11   Q.    Okay.
19   Q.    Okay.
20       Do you know whether any other
21 agreements with ConnectiCare for its assigned
22 claims were produced in connection with this
23 litigation?
24   A.    I do not.
25   Q.    Okay.

28 (Pages 106 - 109)

J. Lopez, Esq.

Page 110

1    But you believe there are other
2 agreements that exist with respect to the
3 assignment from ConnectiCare?
4    A.    To my recollection, yes.
5    Q.    Okay.
6        To your knowledge, have there been
7 any amendments to either this assignment or any
8 other assignment or agreement assigning the claims
9 from ConnectiCare to MSP since the date of the
10 assignment?
11    A.    No, sir.
12    Q.    To your knowledge, is there a
13 separate assignment from MSP Recovery to Series
14 15-09-157 of the ConnectiCare claims?
15    A.    I don't recall.
16    Q.    Other than your belief that the terms
17 of the assignment from ConnectiCare to MSP are
18 similar to the terms of the Emblem Health
19 assignment, is there anything specific you can
20 tell me that you recall about the terms of the
21 ConnectiCare assignment other than what are set
22 forth in this Exhibit 4?
23        MR. WHORTON:  Object to form.

Page 111

1    Q.    Okay.

10    Q.    All right.

20        MR. OSTFELD:  Then I'll simply enter
21 the same statement for the record, that we
22 reserve our right to go back and pursue this
23 information later and we'll discuss it with
24 your counsel.
25    Q.    The assignment that is set forth in

Page 112

1 Exhibit 4, was this assignment executed on or
2 about the date indicated, March 20th, 2018?
3    A.    To my recollection, yes.
4    Q.    The second "Whereas" clause has a
5 definition of Medicare recovery claims that
6 is very similar to the Emblem Health definition.
7        Does that align with your
8 recollection that these were negotiated around the
9 same time?
10    A.    Yes, it does.
11    Q.    How are Emblem Health and
12 ConnectiCare related?
13        MR. WHORTON:  Objection.
14        Lacks foundation.
15    A.    I do not know.
16    Q.    Okay.
17        You indicated the negotiations with
18 Emblem Health and ConnectiCare took place around
19 the same time and in a -- kind of in a lock step
20 fashion.  Those are my words, not yours.
21        Can you provide me a little more
22 history about how these two assignments came to be
23 negotiated at the same time?
24    A.    Just generally I recall that there is
25 some relationship with Emblem Health and

Page 113

1 ConnectiCare.  I just don't know specifically what
2 that relationship is and that's why I believe
3 these were negotiated together.
4    Q.    Okay.
5        The fourth "Whereas" clause on page
6 two has the date range for this assignment, which
7 it looks like is the same as the Emblem Health
8 date range, September 29th, 2011 to September 29,
9 2017; is that right?
10    A.    Yes, that is correct.
11    Q.    Has ConnectiCare assigned any claims
12 to MSP or any affiliated entity post
13 September 29th, 2017?
14    A.    No.
15    Q.    Has ConnectiCare assigned any claims
16 to MSP or any affiliated entity post
17 September 29th, 2017?
18    A.    To my recollection, no.
19    Q.    Okay.
20        Earlier, you mentioned that SummaCare

29 (Pages 110 - 113)

J. Lopez, Esq.

Page 114

1    Has SummaCare assigned any Medicare
2 reimbursement claims to MSP or any affiliated
3 entity post the end state of the date range in
4 SummaCare's assignment?
5    A.    Yes.
6    Q.    All right.
7    What additional date ranges has
8 SummaCare assigned to MSP?
9    A.    I do not recall specifically, but
10 certainly after the data that was in the previous
11 agreement that we discussed.
12    Q.    Okay.

17    A.    They are a separate agreement.
18    Q.    Okay.
19    What is the name of that agreement?
20    A.    I don't recall specifically.
21    Q.    Okay.
22    Do you know if that agreement has
23 been produced in connection with this litigation?
24    A.    I do not know.
25    Q.    All right.

Page 115

1    Turning to the second page of the
2 assignment in Exhibit 4, MSP 276, we have the
3 words "Now therefore" and there is assignment
4 language.
5    This is, again, an irrevocable
6 assignment?
7    A.    Yes, sir.
8    Q.    This assignment also has an exclusion
9 for assignor-retained claims?
10    A.    Yes.
11    Q.    What can you tell me about the
12 circumstances that led to ConnectiCare having
13 assignor-retained claims?
14    A.    Specifically, I don't recall why or
15 what that discussion was.
16    Q.    Okay.
17    Is your understanding of the meaning
18 of assignor-retained claims the same for
19 ConnectiCare as it was for Emblem Health?
20    A.    Yes.  To my recollection, yes.
21    Q.    All right.
22    Is it your understanding that the
23 assignor-retained claims retained by ConnectiCare
24 do not include any valsartan-related claims?
25    A.    Yes.

Page 116

1    Q.    And the basis for that understanding
2 is the same as your understanding for Emblem
3 Health?
4    A.    Yes, sir.

13    Q.    Okay.
14    So this standalone assignment doesn't
15 have a cooperation term or a provision for sharing
16 of claims data.
17    Is it your belief that those terms
18 would be set forth in the separate agreement for
19 ConnectiCare that you described?
20    A.    I would believe so, but I would also
21 say it would be similar to the terms in the Emblem
22 agreement that we discussed earlier.
23    Q.    Okay.
24    So you would anticipate that any
25 cooperation obligations held by ConnectiCare would

Page 117

1 be similar to those held by Emblem Health under
2 its agreements?
3    A.    Yes.
4    Q.    Okay.
5    To your knowledge, as of today, is
6 Series 15-09-157 the holder of the assignments
7 from ConnectiCare that are being asserted in this
8 litigation?
9    A.    Yes.
10    Q.    Okay.
11    You mentioned that you reviewed
12 Plaintiffs' Fact Sheet for SummaCare, Emblem
13 Health and ConnectiCare in connection with this
14 case.
15    Do you recall signing those fact
16 sheets?
17    A.    I don't recall signing them.  My
18 recollection was certainly refreshed when I
19 reviewed them again.
20    (Whereupon, Exhibit 5 was marked for
21    identification.)
22    Q.    All right.
23    I'm going to show you what's been
24 marked for identification as Exhibit 5.  This is
25 the third-party payor Plaintiffs' Fact Sheet for,

30 (Pages 114 - 117)

J. Lopez, Esq.

Page 118

1 I believe, SummaCare. Let's confirm that. Okay.
2          On page three of Exhibit 5, you see
3 SummaCare is listed as the organization?
4     A.    Yes.
5     Q.    And then directing your attention to
6 page eight, is that your signature under the
7 declaration?
8     A.    Yes, it is.
9     Q.    At the time that you signed this
10 Plaintiff Fact Sheet, do you believe you reviewed
11 it and confirmed the accuracy of the information
12 contained in the fact sheet?
13     A.    I recall that I reviewed it. I did
14 not prepare it, but I reviewed it and relied also
15 on the advice and opinion of counsel in its
16 preparation.
17     Q.    Okay.
18          If I understand your explanation
19 correctly, you don't necessarily have personal
20 knowledge of each item verified in this Plaintiff
21 Fact Sheet, but you did review it before signing
22 the declaration?
23     A.    Yes, sir.
24     Q.    To the extent you didn't have
25 personal knowledge, you relied on information

Page 119

1 supplied to you to verify its accuracy?
2     A.    That is correct.
3     Q.    Who else participated, to your
4 knowledge, in preparing this Plaintiff Fact Sheet
5 besides yourself and counsel?
6     A.    I do not know.
7     Q.    Okay.
8          You reviewed this Plaintiff Fact
9 Sheet in preparing for your deposition today?
10     A.    I did.
11     Q.    In reviewing the Plaintiff Fact
12 Sheet, did you identify any answers that you feel
13 need to be corrected or supplemented today?
14     A.    Mr. Ostfeld, could I ask you to
15 please scroll down and allow me to review the
16 pages after my signature?
17     Q.    Sure. Of course. I think those are
18 just --
19     A.    Yes. Starting with that, if you
20 don't mind, let me give that a quick look.
21     Q.    Sure.
22     A.    Okay.
23          No, I don't see anything there that
24 would prompt me to amend in any way.
25     Q.    Okay.

Page 120

1          Directing your attention to page five
2 of the Plaintiff Fact Sheet, under Section E,
3 subsection one, there is a description of when
4 SummaCare first became aware of the recall and
5 certain facts in connection with that.
6          Do you know how MSP came -- developed
7 the facts that are set forth in this portion of
8 the Plaintiff Fact Sheet?
9          MR. WHORTON: Objection.
10          Outside the scope.
11     A.    Specifically, I do not.
12     Q.    Directing your attention to page
13 five, Section C, subsection one, there is a list
14 of witnesses with knowledge concerning the
15 substance of MSP -- I'm sorry -- of SummaCare's
16 allegation against the defendants in this action.
17          How did MSP go about identifying the
18 list of witnesses on page five?
19     A.    Specifically, I do not know.
20     Q.    All right.
21          Does MSP know what each of these
22 individuals -- what information each of these
23 individuals can supply concerning the substance of
24 the allegations against the defendants in this
25 action?

Page 121

1     A.    No.
2     Q.    Okay.
3          Under Subsection C2, there's an
4 identification of persons who can testify about
5 the benefits and coverages afforded by the rules,
6 regulations, requirements, etc., of the programs
7 covering valsartan products during the damages
8 period.
9          Do you know how these two individuals
10 were identified?
11     A.    I do not.
12     Q.    Does MSP have knowledge of what
13 testimony each of these persons identified can
14 provide about the benefits and coverages afforded
15 by the programs?
16     A.    To my knowledge, no.
17     Q.    Directing your attention to the
18 individuals identified in response to part C,
19 subsection three, this is a list of persons who
20 can testify about policies, programs, procedures
21 and efforts utilized to identify and collect from
22 other persons or sources amounts paid or incurred
23 in connection with programs covering value
24 products during the damages period.
25          Do you know how these individuals

31 (Pages 118 - 121)

J. Lopez, Esq.

Page 122

1  were identified?
2      A.    No, I do not.
3      Q.    Do you know what testimony each of
4  these persons can provide on the subject matter
5  indicated?
6      A.    Specifically, no, sir.
7      Q.    I think you answered this a moment
8  ago, but just to confirm, you do not know who
9  provided the information supplied in response to
10  part E, subsection one?
11      A.    That is correct.
12      Q.    Following the valsartan recall, did
13  anyone at SummaCare contact MSP to discuss the
14  recall?
15      A.    I do not know.
16            (Whereupon, Exhibit 6 was marked for
17      identification.)
18      Q.    Okay.
19            I'm going to show you what's been
20  marked for identification as Exhibit 6.  This is
21  the third-party payor Plaintiff Fact Sheet for
22  Emblem Health.
23            Do you see that?
24      A.    Yes, sir.
25      Q.    Is this one of the Plaintiff Fact

Page 123

1  Sheets that you reviewed in preparing for your
2  deposition today?
3      A.    I believe so, yes.
4      Q.    And that is your signature on the
5  declaration on page eight?
6      A.    Yes, it is.
7      Q.    Is it the same scenario here where to
8  extent this was not -- let me start with this:
9  Did you have personal knowledge of all of the
10  facts verified in the Plaintiff Fact Sheet?
11      A.    No.  Similar to the previous fact
12  sheet, I relied on counsel.
13      Q.    Okay.
14            Based on your review of this fact
15  sheet in preparing for your deposition, are there
16  any answers that you feel you need to correct or
17  supplement today?
18            Let me know if you need me to scroll
19  through it again.
20      A.    I would venture to say it's very
21  similar to the previous fact sheet and I would say
22  no, there doesn't need to be any correction.
23      Q.    Okay.
24            Beginning on page five of the Emblem
25  Health Fact Sheet, part C, subsection one, again,

Page 124

1  there's a list of persons with knowledge.
2            Do you know how these persons were
3  identified?
4      A.    I do not.
5      Q.    Do you know what knowledge each of
6  these persons possesses?
7      A.    Specifically, no.
8      Q.    Sub part two, there's a further
9  identification of persons who can testify about
10  benefits and coverages.
11            Do you know how these persons were
12  identified?
13      A.    I do not.
14      Q.    Do you know what testimony each of
15  these persons would be able to give on the subject
16  described?
17      A.    No, sir.
18      Q.    Sub part three, there's one person
19  identified who can testify about policies,
20  programs and procedures.
21            Do you know how this person was
22  identified?
23      A.    No.
24      Q.    Do you know what testimony this
25  person would be able to give?

Page 125

1      A.    I do not.
2      Q.    Directing your attention to part E,
3  sub part one, there's a description of how Emblem
4  Health became aware of the presence of
5  nitrosamines in valsartan products.
6            Do you know how these facts were
7  collected?
8      A.    No, sir, I do not.
9      Q.    Do you know who would be able to
10  provide additional details regarding these facts?
11      A.    I would suspect the person that's
12  identified there, but no one -- I wouldn't know
13  anybody else.
14      Q.    Okay.
15            Following the recall, did Emblem
16  Health contact MSP to discuss the recall of
17  valsartan?
18      A.    I do not know.
19            (Whereupon, Exhibit 7 was marked for
20      identification.)
21      Q.    I'm going to show you what's been
22  marked for identification as Exhibit 7.
23            Do you recognize this as the
24  Plaintiff Fact Sheet for ConnectiCare?
25      A.    Yes.

32 (Pages 122 - 125)

J. Lopez, Esq.

Page 126

1    Q.    Directing your attention to page
2 eight, is that your signature on the declaration
3 page?
4    A.    Yes, it is.
5    Q.    Did you have personal knowledge of
6 all of the facts verified in this Plaintiff Fact
7 Sheet?
8    A.    No.
9    Q.    You reviewed this fact sheet -- to
10 the extent that you did not have personal
11 knowledge, did you rely on counsel for the facts
12 that you verified in the fact sheet?
13    A.    Yes, sir, I did.
14    Q.    Did you review this fact sheet in
15 preparing for your deposition today?
16    A.    Yes.
17    Q.    In reviewing it, did you see anything
18 that needs to be amended or corrected as you sit
19 here today?
20    A.    No, sir.
21    Q.    All right.
22          Directing your attention to part C,
23 sub part one on page five of the fact sheet,
24 there's, again, a list of persons with knowledge.
25          Do you know how these persons were

Page 127

1 identified?
2    A.    I do not.
3    Q.    Do you know what knowledge each of
4 these persons possesses?
5    A.    No, sir.
6    Q.    Sub part two, there's an
7 identification of two persons who can testify
8 about benefits and coverages.
9          Do you know how these two persons
10 were identified?
11    A.    No, sir.
12    Q.    Do you know what testimony each of
13 these people can give?
14    A.    Specifically, no, sir.
15    Q.    In part three, there's an
16 identification of one person who can testify about
17 policies, programs, procedures and efforts.
18          Do you know how this person was
19 identified?
20    A.    I do not.
21    Q.    Do you know what testimony this
22 person can give?
23    A.    Specifically, no, sir.
24    Q.    Okay.
25          Directing your attention to part E,

Page 128

1 sub part one, there's a description of how
2 ConnectiCare became aware of the valsartan
3 product -- of the presence of nitrosamines in
4 valsartan products.
5          Do you know how these facts were
6 developed?
7    A.    How the facts were developed or how
8 this answer was drafted?
9    Q.    Do you know the source of this
10 answer?
11    A.    I do not, no.
12    Q.    Do you know who would have knowledge
13 of the information contained in this answer?
14    A.    Not other than the people identified,
15 no.
16    Q.    All right.
17          Following the valsartan recall, did
18 anyone at Emblem Health contact MSP to discuss the
19 recall?
20          I'm sorry.
21          Did anyone at ConnectiCare contact
22 MSP to discuss the recall?
23    A.    I do not know.
24          MR. OSTFELD:  This is probably a good
25    spot to take a break.  I guess my question

Page 129

1    for you, Mr. Lopez, or anyone else who wants
2    to chime in, is do we want to make this our
3    lunch break or keep going a little bit
4    longer?  My guess would be I've got maybe
5    another hour or two.
6          MR. WHORTON:  I have no preference,
7    Greg.  I'll leave it up to Mr. Lopez, whether
8    he wants to have a lunch break or keep
9    pushing on.  If you have an hour --
10          THE WITNESS:  I could probably make
11    it through.  If you're going to go to 2:00, I
12    would suggest a lunch break.  I won't hold
13    you to it.
14          MR. OSTFELD:  Why don't we go ahead
15    and try to press on.  If we get hungry, we'll
16    take a break.
17          THE WITNESS:  That works.
18          MR. OSTFELD:  Okay.
19          Why don't we just make this a
20    ten-minute break?  We could resume at 12:33.
21          THE WITNESS:  Very good.
22          THE VIDEOGRAPHER:  The time is 12:23.
23    We're going off the video record.
24    This ends media unit three.
25          (Recess taken)

33 (Pages 126 - 129)

J. Lopez, Esq.

Page 130

1           THE VIDEOGRAPHER:  The time is 12:38.
2       We are going back on the video
3   record.
4       This begins media unit four.
5   Q.    All right, Mr. Lopez.  I'm going to
6   talk -- I want to talk a little bit more about the
7   MSP entities that we've been discussing today.
8       We've talked about MSP Recovery and
9   then MSP, the plaintiff entity in this case.  I
10  think we've been doing a pretty good job of
11  differentiating between them by nomenclature, but
12  I want to understand a little bit more is what
13  each entity is and what each entity does.
14      Let's start with the entity we've
15  been calling MSP, MSP Recovery LLC.
16      When was that entity formed?
17  A.    MSP Recovery Claim Series, I don't
18  recall specifically when it was formed.  I don't
19  have a date.  I would say at least sometime
20  perhaps in 2017, but don't quote me on that.
21  Q.    Okay.
22      What is the business of MSP, the
23  plaintiff entity in this case?
24  A.    The plaintiff entity is a holding
25  company and simply holds assets in the matter of

Page 131

1   assignment rights and recovery rights.
2   Q.    Okay.
3       And it holds those assets through a
4   series of -- well, through series; is that right?
5   A.    Yes.  They are segregated, for lack
6   of a better term, into a particular series to keep
7   each asset separate.
8   Q.    Okay.
9       Does the umbrella entity MSP hold any
10  assets distinct from the assets held by its
11  series?
12  A.    It does not.
13  Q.    The other entity we've been
14  discussing is MSP Recovery LLC.
15      When was that entity formed?
16  A.    Again, I don't recall the specific
17  day.  I would have to go back and check the
18  records of the Secretary of State.  I would be
19  guessing, but about 2014/2015 or thereabouts.
20  Q.    Okay.
21      Presumably you would defer to the
22  records of the Delaware Secretary of State as to
23  the specific dates of formation?
24  A.    With respect to MSP Recovery Claims
25  Series LLC, correct.  With respect to MSP Recovery

Page 132

1   LLP, that is a Florida Limited Liability Company.
2   Q.    Okay.
3       So MSP Recovery you would defer to
4   the records of the Florida Secretary of State?
5   A.    That is correct.
6   Q.    What is the business of MSP Recovery
7   LLC?
8   A.    That entity stores the claims data
9   and it reviews it, analyzes and evaluates the
10  claims data for the purpose of identifying
11  recoverable claims.
12  Q.    All right.
13      As between those two entities, MSP
14  and MSP Recovery, what are the respective roles of
15  each entity in litigation to recover on assigned
16  claims?
17      MR. WHORTON:  Objection.
18      Vague.
19  A.    The plaintiff in this case, as the
20  owner of the claims, would have the right title
21  and standing to pursue the claims and it has a
22  servicing agreement with MSP Recovery LLC and MSP
23  Recovery LLC would provide it support and analysis
24  in connection with the claims data.
25  Q.    When was that servicing agreement

Page 133

1   entered into?
2   A.    I don't recall specifically.  To the
3   best of my recollection, it would have been in or
4   around the time that the plaintiff was set up.
5   Q.    Okay.
6       The servicing agreement is between
7   MSP and MSP Recovery?
8   A.    I don't recall the specific parties,
9   but it would encompass MSP Recovery.  I didn't
10  review the agreement and I don't recall when that
11  agreement -- as I said, when it was entered, but I
12  would have to just clarify who the specific
13  parties are, but it does provide for servicing
14  between the two.
15  Q.    Okay.
16      Do you know if that servicing
17  agreement has been produced in connection with
18  this litigation?
19  A.    I do not know.
20  Q.    Okay.
21      So MSP is the named plaintiff in
22  these cases and MSP Recovery manages the
23  litigation pursuant to the Service Agreement.
24      Is that correct?
25      MR. WHORTON:  Objection.

34 (Pages 130 - 133)

J. Lopez, Esq.

Page 134

1    Misstatements the testimony.
2    A.    No. It just provides data support
3  and technology support with respect to the data --
4  the claims data itself.
5    Q.    Okay.
6        Which entity is responsible for
7  managing the litigation?
8    A.    Well, the plaintiff itself is the
9  named plaintiff and it would probably -- the
10 litigation is managed by counsel and it takes the
11 advice from counsel.
12   Q.    All right.
13       Who acts as the person at the
14 plaintiff entity who directs and manages the
15 efforts of counsel in connection with this
16 litigation?
17   A.    That would probably be -- I don't
18 know specifically, but it would be through MSP
19 Recovery Law Firm and Mr. Casada as the person who
20 oversees the litigation.
21   Q.    Okay.
22       Let me ask about MSP Recovery Law
23 Firm.
24       When was that entity formed?
25   A.    MSP Recovery Law Firm is a fictitious

Page 135

1  name. It's a DBA of La Ley of John H. Ruiz PA. I
2  do not recall specifically when the fictitious
3  name was filed or when the PA was established.
4    Q.    Okay.
5        What is the business of that law
6  firm?
7    A.    It acts as counsel to MSP Recovery
8  LLC and the plaintiffs that pursue the cases.
9    Q.    Okay.
10       Does that law firm have an ownership
11 stake directly or indirectly in the MSP Recovery
12 or MSP entities?
13       MR. WHORTON: Objection.
14       Vague.
15   A.    No, it does not.
16   Q.    How many employees does that law firm
17 have?
18   A.    I don't recall specifically.
19   Q.    All right.
20       More than ten?
21   A.    I would say so.
22   Q.    Does that law firm have any business
23 other than in connection with the business
24 operation of MSP and MSP Recovery?
25       MR. WHORTON: Objection.

Page 136

1        Vague.
2        Object to form.
3    A.    Not to my knowledge.
4    Q.    All right.
5        The claims of the three assignors
6  we've been talking about are assigned to three
7  separate series that we identified earlier, right?
8    A.    That is correct.
9    Q.    How many total series has MSP
10 established?
11   A.    I honestly do not recall.
12   Q.    Okay.
13       You testified earlier that the series
14 exists as part of a Series LLC under Delaware law.
15       Could you explain what the legal
16 relationship is between a Series LLC and an
17 individual series?
18       MR. WHORTON: Objection.
19       Calls for a legal conclusion.
20   A.    Knowing that I'm not an expert on
21 Delaware law, what I can tell you is that the
22 Delaware statute permits a limited liability
23 company to incorporate as a Series LLC and as a
24 result, a statute would allow the LLC to designate
25 individual series in order to segregate assets or

Page 137

1  members or managers or other business units.
2    Q.    In MSP's understanding, are the
3  series separate legal entities from the parent MSP
4  Series LLC?
5        MR. WHORTON: Objection.
6        Calls for a legal conclusion.
7    A.    They are established or set up with
8  the issuance of a document called a Certificate of
9  Designation, so that, in essence, is the birth of
10 the series.
11   Q.    Okay.
12       Are the series separate legal
13 entities from one another?
14       MR. WHORTON: Objection.
15       Asked and answered.
16   A.    They are.
17   Q.    Do they each have their own assets?
18   A.    In this particular case or in
19 general?
20   Q.    In this particular case, do each of
21 the three series here have their own assets?
22   A.    Yes, of the specific assignments in
23 connection with ConnectiCare and Emblem and
24 SummaCare.
25   Q.    All right.

35 (Pages 134 - 137)

J. Lopez, Esq.

Page 138

1    Are those assets booked separately
2 for each entity?
3        MR. WHORTON:  Objection.
4    Vague.
5    A.    I'm not sure what you mean by booked,
6 but they are tracked separately, yes.
7    Q.    Okay.
8        Does each series have its own
9 separate accounting records?
10   A.    I believe they do.
11   Q.    All right.
12       So, for example, SummaCare's assigned
13 claims are tracked as assets of Series 16-11-509?
14   A.    Yes, and I'm trusting that that's the
15 correct number.
16   Q.    Let's assume that that is correct.
17       Assuming I've got the right number,
18 that would be an accurate statement?
19   A.    Yes, that is accurate.
20   Q.    You walked me through the manager
21 that each of those series has earlier.  Do each of
22 those series -- Series 16-11-509, 16-08-483 and
23 15-09-157 -- have their own members?
24   A.    Yes, they do.
25   Q.    All right.

Page 139

1        Is the membership common across all
2 three series?
3    A.    Yes.
4    Q.    Who is the member or members of each
5 of those series?
6    A.    The member is VRM MSP Recovery
7 Partners LLC.
8    Q.    All right.  I'm sorry.  I missed the
9 first three letters of that.
10   A.    VRM.
11   Q.    VRM like mother?
12   A.    Victor, Romeo, Mother.
13   Q.    Okay.
14       Do the three series that we've been
15 discussing have the same address?
16   A.    Yes.  I'm sorry.  Same as address as?
17   Q.    The same physical address as one
18 another.
19   A.    I'm sorry.  I'm sorry.  Would you
20 rephrase that, please?
21   Q.    Do the three series share a common
22 physical address?
23   A.    The individual series doesn't have an
24 address, honestly.
25   Q.    Okay.

Page 140

1    A.    The first time that question --
2    Q.    Okay.
3        The umbrella entity, MSP, it has a
4 physical address?
5    A.    Yes, it does.
6    Q.    Okay.
7        So to the extent the series have any
8 address, their address is the MSP entity's
9 address; is that right?
10   A.    That would be correct, yes.
11   Q.    Okay.
12       Do the three series entities have
13 bank accounts?
14   A.    I do not know.
15   Q.    Do the three series entities have any
16 other assets in addition to the claims assigned to
17 each of those series?
18   A.    No, they do not.
19       (Whereupon, Exhibit 8 was marked for
20   identification.)
21   Q.    I am going to share my screen with
22 you again.  All right.
23       I am showing you what's been marked
24 for identification as Exhibit 8.  For the record,
25 this is an instrument titled "Amended and Restated

Page 141

1 Limited Liability Company Operating Agreement of
2 MSP Recovery Claims Series LLC," bearing Bates
3 numbers MSP 1394 through MSP 1420.
4    Q.    Do you recognize this document?
5    A.    I do.
6    Q.    Is this the current operating
7 agreement of MSP Recovery Claims Series LLC?
8    A.    To my recollection, yes.
9    Q.    That's the plaintiff entity in this
10 case, correct?
11   A.    Correct.
12   Q.    That's the entity we've been
13 referring to throughout this deposition as MSP?
14   A.    Yes, sir.
15   Q.    All right.
16       Did you review this document in
17 preparing for your deposition today?
18   A.    I did not.
19       MR. OSTFELD:  Okay.
20       I'm just going to note for the record
21   this document is captioned "Restricted
22   Confidential Information," which means it's
23   subject to the protective order in this case.
24   It's possible -- although I do not recall --
25   but some of the other documents may have that

36 (Pages 138 - 141)

J. Lopez, Esq.



Page 142

1    same caption on them, so to the extent that
2    there's a document captioned "Restricted
3    Confidential Information," we will stipulate
4    the testimony pertaining to those documents
5    and the documents themselves are subject to
6    the protective order.

Page 144

15        MR. WHORTON:  Objection.
16        Outside the scope.

21    Q.    I'm sorry.
22        Portions to the separate series?
23    A.    Apportioned to.
24    Q.    Apportioned to.  I'm sorry.
25    A.    Yes.

Page 143

Page 145

1    Q.    Apportioned to the separate series.
2        Is there a person that is more
3    knowledgeable regarding the financial aspects of
4    this?
5        MR. WHORTON:  Objection.
6        Vague.
7    A.    Yes.
8    Q.    All right.
9        Who would that person be?
10   A.    Not with respect, though, to
11   structurally, but with respect to actual
12   recoveries, yes.
13   Q.    Okay.
14        Who would that person be?
15   A.    That would be Roberto Lizama,
16   L-I-Z-A-M-A.
17   Q.    Okay.
18        Are the costs of litigation paid by
19   MSP or paid by the individual series?
20        MR. WHORTON:  Objection.
21        Vague.
22        Outside the scope.
23   A.    I do not know.
24   Q.    All right.
25        When an action is commenced, is the

37 (Pages 142 - 145)

Veritext Legal Solutions

800-227-8440

973-410-4040

J. Lopez, Esq.

Page 146

1 counsel engaged -- well, let's go with this: In
2 this case, has counsel for the plaintiff been
3 engaged by MSP or by each of the individual
4 series?
5        MR. WHORTON:  Objection.
6        Outside the scope.
7        Lacks foundation.
8    A.    I don't recall, sir.  I would have to
9 take a look at the retainer agreement.
10   Q.    Okay.
11         In this case, who represents MSP on
12 the claims assigned by SummaCare to Series
13 16-11-509?
14   A.    In this case, the law firm of Rivero
15 Mestre.
16   Q.    In this case, who represents MSP on
17 the claims assigned by Emblem Health to series
18 16-08-483?
19   A.    Same law firm.
20   Q.    All right.
21         In this case, who represents MSP on
22 the claims assigned by ConnectiCare to
23 series 15-09-157?
24   A.    Same law firm, Rivero Mestre.
25   Q.    Is that all pursuant to one

Page 147

1 engagement agreement or are there three separate
2 engagement agreements?
3        MR. WHORTON:  Objection.
4        Lack of foundation.
5        Outside the scope.
6    A.    I do not know.
7    Q.    Are the three sets of claims billed
8 separately or is there one bill for all work in
9 connection with the valsartan litigation?
10       MR. WHORTON:  Objection.
11       Outside the scope.
12       Lacks foundation.
13   A.    I do not know.
14   Q.    Do you know whether each series is
15 contributing to the cost of the litigation?
16       MR. WHORTON:  Objection.
17       Vague.
18       Outside the scope.
19   A.    I do not know.
20   Q.    Do you know who is writing the checks
21 to pay costs in connection with the litigation?
22       MR. WHORTON:  Same objection.
23       Outside the scope.
24       Lacks foundation.
25   A.    I do not know.

Page 148

1    Q.    All right.
2          Exhibit A to Exhibit 8, which begins
3 on page MSP 1417, is a list of series.
4          Do you know if this list is still
5 current as of today?
6    A.    Mr. Ostfeld, I do not recall.  I
7 would have to go back and verify that.  If there
8 has been a change, it would not be significant.
9    Q.    Okay.
10         To your knowledge, have any series
11 been terminated or dissolved since the date of
12 this agreement?
13   A.    No, sir.
14   Q.    All right.
15         The first three series on this list,
16 as luck would have it, happen to be the three
17 series that have been assigned the claims at issue
18 in this case, right?
19   A.    I don't recall the digits, but I'll
20 take your word for it.
21   Q.    Does this list accurately reflect the
22 member and manager of each of those three series
23 as of today?
24   A.    Yes, it does.
25   Q.    How it is determined which rights or

Page 149

1 claims get assigned to a specific series?
2        MR. WHORTON:  Objection.
3        Outside the scope.
4        Lacks foundation.
5    A.    I do not know.
6    Q.    Is a separate series established for
7 each individual assignor?
8        MR. WHORTON:  Asked and answered.
9    A.    Typically, yes.
10        (Whereupon, Exhibit 9 was marked for
11 identification.)
12   Q.    Let's move to Exhibit 9.  I am
13 showing you what's been marked for identification
14 as Exhibit 9.  This is a document titled "Third
15 Amended Consolidated Economic Loss Class Action
16 Complaint."
17        Mr. Lopez, I will represent to you
18 this is a version of the pleading that has been
19 filed with the court as part of a motion seeking
20 leave to file an amended complaint in this
21 litigation.  I think you testified earlier that
22 you reviewed a complaint in preparing for your
23 deposition today.
24        Is that right?
25   A.    That is correct.

38 (Pages 146 - 149)

J. Lopez, Esq.

Page 150

1    Q.    Is this the version of the complaint
2  that you reviewed or did you review an earlier
3  operative version of the complaint?
4    A.    That's a good question.  I should
5  know that.  I don't recall if it was the third
6  amended or the second amended.
7    Q.    Okay.
8          What I'd like to do is at least start
9  in this document because it has the most recent
10  allegations the plaintiffs have indicated they
11  would like to make.  I'll direct you to some
12  particular allegations and at some point you may
13  be able to let me know if this is the version you
14  reviewed or not.
15         But I'll start with this:  Whether it
16  was this version of the complaint or some earlier
17  version, did you have any role in drafting the
18  complaint?
19         Here, I'm asking you personally, not
20  MSP?
21    A.    No, I personally did not.
22    Q.    To your knowledge, did MSP or MSP
23  Recovery have any role in drafting the complaint?
24    A.    I do not know.
25    Q.    Do you know whether anyone at MSP or

Page 151

1  MSP Recovery provided any information used in
2  preparing this or any other version of the
3  complaint?
4    A.    From my recollection, it would have.
5  I recall in the complaint that I reviewed in
6  preparation for the deposition a chart that listed
7  certain claims so my conclusion is that
8  information -- that's the chart I recall.  My
9  conclusion would be that that information was
10  provided to counsel by MSP Recovery LLC.
11    Q.    Okay.
12         Do you know who at MSP Recovery would
13  have provided that information to counsel?
14    A.    I do not.
15    Q.    Okay.
16         So I'm going to scroll up a little
17  bit and start on page 49 of this third amended
18  complaint, paragraph 59.  Starting with that
19  paragraph and continuing through paragraph 68 on
20  page 52, there are allegations that are specific
21  to MSP.  I don't need you to read them all in
22  detail now, but I'll scroll through them.
23         My question is do you recognize these
24  as allegations that you reviewed in preparing for
25  your deposition today?

Page 152

1    A.    I do.
2    Q.    Okay.
3          Based on your review of these
4  allegations pertaining to MSP, do you have an
5  understanding as to whether these allegations are
6  accurate?
7    A.    With the exception of the address in
8  paragraph 59, yes, they're all accurate.
9    Q.    All right.
10         What's wrong with the address in
11  paragraph 59?
12    A.    That's a previous address.  The
13  current address is the address that I had given
14  the court reporter when I was first sworn in.
15    Q.    Okay.
16         Paragraph 65 of the complaint
17  references a letter dated September 5th, 2018 by
18  which SummaCare consented to, acknowledged and
19  approved and ratified the assignment from MSP
20  Recovery to Series 16-11-509.
21         Are you familiar with the letter
22  referenced in that paragraph?
23    A.    I recall that it exists.  I did not
24  review it in preparation for my testimony today.
25    Q.    All right.

Page 153

1          Do you know whether that letter has
2  been produced in connection with this litigation?
3    A.    I do not know.
4    Q.    Do you recall the circumstances that
5  gave rise to that letter?
6    A.    To the best of my recollection, I
7  believe the Recovery Agreement for SummaCare
8  provided that any subsequent assignment would be
9  approved or ratified by SummaCare and I believe
10  that's what gave rise to that document.
11    Q.    Okay.
12         Directing your attention to paragraph
13  67, it states that MSPRC's assignors paid
14  $79 million on behalf of their enrollees.
15         Do you see that?
16    A.    Yes, I do.
17    Q.    Do you know the basis for that
18  $79 million estimate?
19    A.    It would be contained in the claims
20  data.  I would defer to Mr. Miranda specifically
21  as to how that number was arrived at.
22    Q.    Okay.
23         Do you have any knowledge of whether
24  that $79 million number pertains to all of MSP's
25  assignors or just the three at issue assignors

39 (Pages 150 - 153)

J. Lopez, Esq.

Page 154

1 that we've been discussing today?
2    A.    I do not know specifically.
3    Q.    Okay.
4        You defer to Mr. Miranda on that?
5    A.    I would.  And to counsel.
6    Q.    Okay.
7        The last sentence of paragraph 67
8 references, by my count, 31 states that are
9 included in MSP's payments.
10        Do you know if those 31 states are
11 just the three at-issue assignors we've been
12 talking about or if that encompasses all of MSP's
13 assigned claims?
14    A.    I don't know specifically.
15    Q.    Okay.
16        SummaCare is based in Ohio, right?
17    A.    To my knowledge, yes.
18    Q.    And Emblem Health is based in New
19 York?
20    A.    Yes, sir.
21    Q.    And ConnectiCare is based in
22 Connecticut?
23    A.    Yes.  To my knowledge, yes.
24    Q.    Each of those entities enrolls
25 members in its home state?

Page 155

1    A.    I suspect so.
2    Q.    Okay.
3        Do you know if any of those entities
4 enrolls members outside its own state?
5    A.    I do not.
6    Q.    Okay.
7        Paragraph 68 has that chart and the
8 list of what are called here exemplar payments
9 that you referenced earlier.
10        So paragraph 68 indicates that these
11 amounts reflected in the chart are the amounts
12 paid by the assignors.
13        Do you know if that amount is
14 inclusive or exclusive of co-payments?
15        MR. WHORTON:  Outside the scope.
16    A.    I do not.
17    Q.    Okay.
18        Would you defer to Mr. Miranda on
19 that?
20    A.    I would.
21    Q.    All right.
22        Paragraph 68 also alleges that each
23 payment is for contaminated FDA recalled lots of
24 valsartan-containing drugs.
25        Who at MSP has knowledge that these

Page 156

1 drugs are contaminated FDA recalled lots of
2 valsartan-containing drugs?
3        MR. WHORTON:  Outside the scope.
4    A.    MSP.  I do not know anyone
5 specifically.  I would defer to counsel.
6    Q.    Okay.
7        Do you know whether anyone at MSP
8 reviewed this list of National Drug Codes to
9 confirm whether these were FDA recalled lots of
10 valsartan-containing drugs?
11    A.    Specifically, I don't know what
12 procedure was followed to do so.
13    Q.    Okay.
14        The first exemplar on this list is an
15 Emblem payment from a December 18th, 2017
16 prescription.
17        Do you see that?
18    A.    Yes.  The date -- the date,
19 Mr. Ostfeld, that you referred to is under the
20 column titled "Date of Service."  I don't know if
21 that's the date of prescription, but that's the
22 date that's reflected on the exhibit.
23    Q.    Okay.
24        Emblem assigned its claims through
25 September 29, 2017.

Page 157

1        We saw that earlier, right?
2    A.    Correct.
3    Q.    So this was either a prescription
4 made or a claim paid after September 29th, 2017.
5 It is not a claim assigned to MSP or any of its
6 series.
7        Is that right?
8        MR. WHORTON:  Objection.
9        Assumes facts not in the record.
10    A.    I do not know.  I do not know the
11 particulars of that specific patient or payment.
12 That would have to be examined with Mr. Miranda's
13 expertise.
14    Q.    Okay.  Let me skip way ahead to page
15 162 and to paragraphs 605 and 606.
16        Earlier, we were talking about
17 classes and subclasses.  Paragraphs 605, 606 and
18 607 contained the proposed definitions of a
19 nationwide class to nationwide subclasses and then
20 state subclasses.
21        Do you see that?
22    A.    I do.
23    Q.    And you gave me earlier MSP's
24 understanding of what the classes are.
25        Would it be fair to say you would

40 (Pages 154 - 157)

J. Lopez, Esq.

Page 158

1 defer to the definition contained in the complaint
2 as the precise definition of the classes that as
3 of now MSP seeks to represent?
4     A.     Yes, I would.
5     Q.     The nationwide class definition is
6 all individuals and entities in the United States
7 and its territories and possessions who at least
8 since January 1st, 2012 to the present paid any
9 amount of money for a valsartan-containing drug
10 intended for personal or household use that was
11 manufactured, distributed or sold by any
12 defendant.
13         MSP has not itself paid any amount of
14 money for a valsartan-containing drug; is that
15 correct?
16         MR. WHORTON:  Asked and answered.
17     A.     That is correct.
18     Q.     All right.
19         MSP is only the assignee of entities
20 that have paid money for valsartan-containing
21 drugs; is that right?
22     A.     Yes, sir.
23     Q.     So the entity MSP and its series are
24 not themselves members of this class; is that
25 right?

Page 159

1         MR. WHORTON:  Objection.
2         Calls for a legal conclusion.
3         Outside the scope.
4     A.     As the assignees of the claims, it
5 would be a member of the class.  It would step
6 into the shoes of its assignor, but other than
7 that, I would state that that would call for a
8 legal conclusion that I'm not prepared to answer.
9     Q.     Okay.
10         When you say it would step into the
11 shoes, it sued in its own name, not in the name of
12 its assignors; is that right?
13         MR. WHORTON:  Objection.
14         Misstates facts in the record.
15     A.     It would pursue the claim in its own
16 name, correct.
17     Q.     The subclass, the TPP nationwide
18 subclass, is defined as all TTPs in the United
19 States and its territories and possessions that
20 since at least January 1st, 2012 to the present
21 paid any amount of money for a
22 valsartan-containing drug intended for personal or
23 household use that was manufactured, distributed
24 or sold by any active pharmaceutical ingredient,
25 finished dose, wholesaler or repackager/relabeller

Page 160

1 defendant.
2         Do you see that?
3     A.     I do.
4     Q.     MSP is not itself a third-party payor
5 entity, correct?
6         MR. WHORTON:  Objection.
7         Calls for a legal conclusion.
8         Outside the scope.
9     A.     To the extent -- to the extent that
10 it is an assignee, yes, it is.  It didn't pay
11 specifically, but again, consistent with my
12 previous answer, it steps into the shoes of its
13 assignors.
14     Q.     Okay.
15         Other than -- separate from -- I
16 understand your position that it's an assignee,
17 but as itself an operating entity, MSP itself has
18 never acted as a third-party payor to pay for
19 prescription drugs for any beneficiary of an MSP
20 plan, correct?
21         MR. WHORTON:  Asked and answered.
22         I'm not sure you said MSP plan, but
23     that's what -- that's what the question said.
24         MR. OSTFELD:  That's what I meant.
25     A.     That is correct.

Page 161

1     Q.     Okay.
2         The three at-issue assignor entities
3 are all Medicare Advantage organizations; is that
4 right?
5     A.     I beg your pardon?
6     Q.     The three at-issue assignors whose
7 claims MSP is asserting in this case, they are all
8 Medicare Advantage organizations; is that right?
9     A.     Yes.  To my knowledge, yes, sir.
10         MR. OSTFELD:  Do we have somebody who
11     needs to mute?
12         THE WITNESS:  Just a little noise
13     going on out in the hallway.
14         MR. OSTFELD:  Okay.
15     Q.     As a class representative, MSP is not
16 asserting any claims on behalf of any non-Medicare
17 Advantage organization assignors in this
18 litigation; is that correct?
19         MR. WHORTON:  Objection.
20         Calls for a legal conclusion.
21         Outside the scope.
22     A.     The claims asserted would be on
23 behalf of Medicare Advantage organizations that
24 have contracted with CMS and any other Medicare
25 Advantage plan that has paid for or assumed

41 (Pages 158 - 161)

J. Lopez, Esq.

Page 162

1 financial risk for the payment of the drugs.
2    Q.    Okay.
3         What is the basis for MSP's
4 qualifications to serve as a class representative
5 on behalf of class members other than Medicare
6 Advantage organizations?
7    A.    It understands the payments that were
8 made and it is prepared to pursue those claims on
9 behalf of any payor in that regard.
10    Q.    Other than the assignors that have
11 assigned claims to MSP, does MSP know the
12 identities of any other third-party payors that
13 belong to the proposed class or subclass?
14    A.    I do not know at this point in time.
15    Q.    Okay.
16         Does MSP have access to any database
17 or common reference or resource that would provide
18 it with the identities of other third-party payors
19 that belonged to the class or subclass?
20         MR. WHORTON:  Outside the scope.
21    A.    I do not know.
22    Q.    How many cases has MSP or any of its
23 affiliates filed as a plaintiff?
24    A.    Specific number, I could not tell
25 you.

Page 163

1    Q.    Is it more than 100?
2    A.    I would say yes.
3    Q.    Do you know how many class actions
4 MSP or one of its affiliates have filed as a
5 punitive class representative?
6    A.    I don't recall a specific number.
7    Q.    How many of MSP's lawsuits have been
8 dismissed involuntarily?
9    A.    I do not know.
10    Q.    Do you know the reason --
11    A.    Forgive me.  That was with respect to
12 the plaintiff in this case.
13    Q.    For this one, I'm saying any MSP
14 entity.
15         Have lawsuits that have been filed by
16 MSP or any of its affiliates including MSP
17 Recovery been dismissed involuntarily?
18    A.    Yes.
19    Q.    What are the reasons for the
20 involuntary dismissals?
21         MR. WHORTON:  Objection.
22         Outside the scope.
23         Lacks foundation.
24    A.    I couldn't answer specifically.  I
25 would have to read the particular orders.

Page 164

1    Q.    Okay.
2         How many MSP or its affiliate
3 lawsuits have been dismissed voluntarily?
4    A.    I do not know.
5    Q.    How many of MSP's lawsuits are
6 against private insurance companies?
7         MR. WHORTON:  Objection.
8         Vague.
9    A.    Specifically, I did not know.
10    Q.    Would you agree that a majority of
11 MSP's lawsuits are against private insurance
12 companies?
13    A.    I could not tell you.  I don't get
14 involved in the litigation aspect.
15    Q.    Okay.
16         How many of MSP's lawsuits have
17 settled on an individual basis?
18         MR. WHORTON:  Objection.
19         Lacks foundation.
20    A.    I do not know.
21    Q.    How many have settled on a class wide
22 basis?
23    A.    I don't recall.  I vaguely recall at
24 least one or two perhaps, but other than that, I
25 couldn't tell you.

Page 165

1    Q.    All right.
2         Mr. Lopez, topic 51 on your notice of
3 deposition was MSPRC and its assignors' history as
4 litigants in any prior or current lawsuit.
5         What did you do to prepare to testify
6 on that topic today?
7    A.    Nothing in particular.  I didn't
8 review a specific roster of cases.  I'm just
9 relying on my general recollection.
10    Q.    Okay.
11         In terms of your general
12 recollection, that's limited because you don't get
13 involved on the litigation side.
14         Is that fair?
15    A.    Generally fair, Mr. Ostfeld.
16 Occasionally, I will review an order on a
17 particular case that comes to my attention, but as
18 far as monitoring the specific results, I do not
19 get involved in that.
20    Q.    Do you know how many of MSP's
21 lawsuits have been dismissed for lack of standing?
22    A.    I do not.
23    Q.    Okay.
24         You know that that has happened in
25 the past?

42 (Pages 162 - 165)

J. Lopez, Esq.

Page 166

1    A.    Yes, I do.
2    Q.    Do you have an approximation of how
3    many times that's happened in the past?
4    A.    I do not.
5    Q.    Do you know how many of MSP's
6    lawsuits have been dismissed for failure to
7    prosecute the lawsuit?
8    A.    I do not.
9    Q.    Do you know that that has happened in
10   the past?
11   A.    I do not.
12         MR. WHORTON:  Objection.
13         Misstates facts in the record.
14   Q.    Okay.
15         How many times has a court stricken
16   MSP's or an affiliate's class action allegations?
17   A.    I don't know.
18   Q.    How many times has a court denied a
19   motion for class certification seeking to appoint
20   MSP or one of its affiliates as the class
21   representative?
22   A.    I do not know specifically.
23   Q.    How many times has MSP or one of its
24   affiliates been designated as a class
25   representative for a certified class?

Page 167

1    A.    This particular plaintiff?
2    Q.    MSP or any of its affiliates,
3    including MSP Recovery.
4    A.    As I testified earlier, I don't
5    recall specifically.  I believe on one or two
6    occasions, but I would have to go back and take a
7    look at those orders to confirm the scope.
8    Q.    Okay.
9          The MSP Recovery website contains a
10   list of MSP cases in litigation.
11         Are you familiar with that?
12   A.    No, sir.
13         (Whereupon, Exhibit 10 was marked for
14   identification.)
15   Q.    I'm going to show you what's been
16   marked for identification as Exhibit 10.  This is
17   a printout of the first page of the web page
18   titled "Full List of MSP Cases in Litigation" from
19   the MSP Recovery website.
20         Have you ever seen this before?
21   A.    No, sir.
22   Q.    You're not familiar with this list of
23   lawsuits?
24   A.    I am not.
25   Q.    Do you know the status of any of

Page 168

1    these lawsuits?
2    A.    As I sit here today, I do not.
3    Q.    With respect to these two lawsuits at
4    the top that are highlighted in green as ones
5    where there was a certified class, do you know if
6    those remain certified classes today?
7    A.    I do not.
8    Q.    Okay.
9          You do not know if an appellate court
10   decertified each of those classes?
11   A.    I do not.
12   Q.    All right.
13         Looking -- I'm just going to scroll
14   through this list.
15         I asked you earlier if there was a --
16   if you would agree with me that a majority of the
17   lawsuits filed by MSP or its affiliates are
18   against private insurers.  I'm going to scroll
19   through this list and give you an opportunity to
20   review it and then I'll ask you again if you would
21   agree that a majority of the lawsuits filed by MSP
22   Recovery or its affiliates are against private
23   insurers.
24         Okay.  All right.  I reached the end
25   of the list in Exhibit 10.

Page 169

1          Would you agree most of those
2    defendants are private insurance companies?
3    A.    They appear to be, from the list that
4    you showed me.
5    Q.    All right.
6          A lot of MSP's litigation is to seek
7    Medicare secondary payor claims against private
8    insurance companies; is that fair?
9    A.    A portion, yes.
10   Q.    All right.
11         To the extent those private insurance
12   companies have paid for valsartan, those same
13   private insurance companies would be members of
14   the proposed class in this case; is that right?
15         MR. WHORTON:  Objection.
16         Misstates the record.
17         Calls for a legal conclusion.
18   A.    You're asking me for a legal
19   conclusion.  I would have to defer to counsel to
20   re-examine the definition of the class.  I
21   couldn't answer as I sit here today.
22   Q.    Okay.  I'll ask a simpler question.
23         Is MSP seeking to represent a class
24   that includes entities that MSP is currently or
25   has in the past sued?

43 (Pages 166 - 169)

J. Lopez, Esq.

Page 170

1      MR. WHORTON:  Same objection.
2    Calls for a legal conclusion.
3    Outside the scope.
4    Misstates facts in the record.
5    A.      Only seeks -- MSP only seeks to
6  represent those third-party payors within the
7  definition of the complaint.
8    Q.    Okay.
9          Even if those third-party payors are
10 entities that MSP is currently suing?
11     MR. WHORTON:  Objection.
12    Misstates facts in the record.
13   A.    I don't understand the question.
14 Again, the only thing that I could say is that MSP
15 would seek to represent third-party payors as
16 defined.  I couldn't go beyond that definition.
17         (Whereupon, Exhibit 11 was marked for
18    identification.)
19   Q.    I'm going to show you what's been
20 marked as Exhibit 11.  This is another printout
21 from MSP Recovery's website titled "NPI
22 Providers."
23         Are you familiar with this page?
24   A.    No, sir.
25   Q.    Do you know what an NPI provider is?

Page 171

1    A.    Specifically, no.
2    Q.    Do you know what the purpose of this
3  list on MSP Recovery's website is?
4    A.    No, I do not.
5    Q.    Are you familiar with a case in the
6  Southern District of Florida, MSP Recovery Claims
7  Series LLC versus ACE American Insurance?
8    A.    Specifically, no.
9    Q.    All right.
10         Are you familiar more generally with
11 the existence of litigation in which MSP is
12 seeking to recover cost-sharing reimbursements
13 from private insurers on behalf of its assignors?
14     MR. WHORTON:  Objection to the
15    characterization.
16         Outside the scope.
17   A.    Specifically, no.
18   Q.    Okay.
19         Do you know if MSP is currently
20 seeking cost-sharing reimbursement pertaining to
21 prescription drug payments in any pending
22 litigation?
23     MR. WHORTON:  Objection to the
24    characterization.
25         Outside the scope.

Page 172

1    A.    No, I do not know.
2          (Whereupon, Exhibit 12 was marked for
3    identification.)
4    Q.    All right.  We're in the home
5  stretch.  I'm going to show you what's been marked
6  for identification as Exhibit 12.  This is a copy
7  of your Amended Notice of Videotaped Deposition of
8  Plaintiff MSP Recovery Claims Series LLC.
9          Is that the notice that you reviewed
10 in preparing for your deposition today?
11   A.    I believe so, yes.
12   Q.    All right.
13         We already went through and
14 identified the topics on which you've been
15 designated and I don't need to ask you about most
16 of them because we've been covering them as we've
17 gone through the questioning today.  I did want to
18 ask a few follow-up questions on a few particular
19 topics.
20         For topic eight, sub part three, that
21 states "The identities of all persons working for
22 or on behalf of MSP Recovery, counsel excluded,
23 who have knowledge related to the at-issue plans."
24         Earlier, we went through the
25 Plaintiff Fact Sheet for each of those assignors.

Page 173

1  Other than the individuals identified in those
2  fact sheets, does MSP have knowledge of any other
3  persons working for or on behalf of MSP with
4  knowledge related to the at-issue plans?
5    A.    No, sir.  And of course with the
6  caveat that with respect to claims, data and
7  payments in connection with those at issue plans,
8  I would defer to Mr. Miranda, but no, other than
9  that, no.
10   Q.    Okay.
11         For topic 47, that topic seeks
12 MSPRC's understanding of its responsibilities as a
13 class representative for the punitive TPP class.
14         I asked you the question earlier what
15 MSP's understanding of its responsibilities are
16 and you gave me your answer.  I just want to make
17 sure we close that out.
18         Are there any other responsibilities
19 MSP understands itself to have as a class
20 representative that we have not already discussed
21 today?
22   A.    No.  Other than my earlier testimony,
23 no, sir.
24   Q.    All right.
25         Similar question for topic 48, which

44 (Pages 170 - 173)

J. Lopez, Esq.

Page 174

1 asks about MSPRC's qualifications to serve as a
2 class representative on behalf of the punitive TPP
3 class.
4        Are there any other qualifications
5 for MSP to serve as a class representative on
6 behalf of the punitive TPP class that you have not
7 had an opportunity to discuss today?
8    A.    Other than the answers to the
9 questions posed, no, sir.
10   Q.    Okay.
11        Topic 49 inquires as to MSPRC's
12 actions in furtherance of its role as a class
13 representative for the punitive TPP class.
14        What actions has MSP taken in
15 furtherance of its role as a class representative
16 for the punitive TPP class?
17   A.    It has retained competent counsel to
18 represent its interests and the interests of the
19 class. It continues to monitor the litigation and
20 remain informed as to the progress and status of
21 the litigation and it will continue to cooperate
22 with counsel in pursuing the claims adequately and
23 fairly on behalf of class members.
24   Q.    Okay.
25        Has MSP confirmed with any other

Page 175

1 third-party payors like MADA in connection with
2 this litigation?
3    A.    I do not know.
4    Q.    All right.
5        What about Humana? Has MSP had any
6 communications with Humana regarding claims
7 brought in this MDL related to third-party payors
8 claims?
9    A.    I'm not aware of any.
10   Q.    Okay.
11   A.    I just don't know.
12   Q.    Humana -- I'm sorry. Go ahead.
13   A.    I just don't know.
14   Q.    To your knowledge, has Humana
15 assigned any claims to MSP?
16   A.    Not that I'm aware of. I don't
17 recall. I don't remember.
18   Q.    To your knowledge, is there any joint
19 agreement in place between MSP and Humana or their
20 counsel?
21   A.    I do not know.
22   Q.    Topic 50 inquires as to the scope of
23 injunctive relieve demanded by MSPRC or its
24 assignee and the basis upon which MSPRC or its
25 assignors -- excuse me. I mispronounced that.

Page 176

1 Let me start over.
2        Topic 50 asks for the scope of
3 injunctive relief demanded by MSPRC or its
4 assignors and the basis upon which MSPRC or its
5 assignors seek injunctive relief.
6        I'll start with this: Is MSP seeking
7 injunctive relief in this case?
8        MR. WHORTON: Objection.
9        Calls for a legal conclusion.
10   A.    In my review of the complaint, I
11 believe there's a section in the prayer for
12 relief, seeking injunctive relief; however, I do
13 not know the scope of that and I would defer to
14 counsel.
15   Q.    Okay.
16        Each of the assignments that MSP
17 is -- I'm sorry. Each of the assignments
18 assigning the claims that MSP is asserting in this
19 case covers a distinct period of time.
20        Is that correct?
21   A.    From the assignments we reviewed
22 earlier, Emblem, yes, ConnectiCare, yes and I
23 believe there was no specific timeframe contained
24 in the SummaCare assignment. I think we discussed
25 that earlier, but it would be governed by the

Page 177

1 Assignment Agreements.
2    Q.    Okay.
3        Is MSP continuing to receive
4 assignments of claims from any of those three
5 assignors on a rolling basis?
6    A.    From ConnectiCare, no, from Emblem,
7 no and consistent with my earlier testimony about
8 subsequent purchases from SummaCare, no. As far
9 as on a rolling basis, I'm not sure what that
10 means, I would say no.
11   Q.    Okay.
12        So would you agree that the claims
13 MSP is asserting in this case are all based on
14 past payments for valsartan-containing drugs, not
15 future payments for valsartan-containing drugs?
16   A.    As framed in the complaint, that is
17 correct.
18   Q.    All right.
19        MR. OSTFELD: If we could take a
20 five-minute break, I could review my notes,
21 but I think I'm done.
22        MR. WHORTON: Sure.
23        THE VIDEOGRAPHER: The time is 1:43.
24 We are going off the video record.
25 This ends media unit four.

45 (Pages 174 - 177)

Case 1:19-md-02875-RMB-SAK    Document 2009-3    Filed 04/12/22    Page 175 of 456
PageID: 60426

J. Lopez, Esq.

Page 178

1      (Recess taken)
2      THE VIDEOGRAPHER:  The time is 1:49.
3      We are going back on the video
4  record.
5      This begins media unit five.
6      MR. OSTFELD:  I have no further
7  questions.  I'll pass the witness.
8      MR. WHORTON:  I have no questions.
9      THE WITNESS:  Are we off the record?
10     MR. OSTFELD:  Not yet.  Let's pause
11  for the moment and give any other defendants
12  the chance to ask questions.
13     MR. DORNER:  This is Drew Dorner at
14  Duane Morris.  I don't have anything.
15     MR. OSTFELD:  Okay.
16     THE VIDEOGRAPHER:  All right.
17     The time is 1:49.
18     We are going off the video record.
19     This concludes today's deposition.
20     (Time noted: 1:49 p.m.)
21
22
23
24
25

Page 180

1          CERTIFICATION
2      I, SARA K. KILLIAN, RPR, CCR, do
3  hereby certify that JORGE LOPEZ, ESQ.,
4  the witness whose examination under oath
5  is hereinbefore set forth, was duly sworn,
6  and that such deposition is a true record
7  of the testimony given by such witness.
8      I FURTHER CERTIFY that I am not
9  related to any of the parties to this
10  action by blood or marriage, and that
11  I am in no way interested in the
12  outcome of this matter.
13      IN WITNESS WHEREOF, I have hereunto
14  set my hand this 14th day of May, 2021.
15
16
17  _____
18      SARA K. KILLIAN, RPR, CCR
19
20
21
22
23
24
25

Page 179

1      A C K N O W L E D G M E N T
2
3      I, JORGE LOPEZ, hereby certify that I have
4  read the transcript of my testimony taken under oath in
5  my examination of April 29, 2021; that the transcript
6  is a true, complete and correct record of what was asked,
7  answered and said during this deposition, and that the
8  answers on the record as given by me are true and
9  correct.
10  _____
11      JORGE LOPEZ, ESQ.
12
13  Signed and subscribed to
14  before me, this     day of
15      2021.
16  _____
17  Notary Public
18
19
20
21
22
23
24
25

Page 181

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: In re: Valsartan
DATE OF DEPOSITION: 4/29/2021
WITNESS' NAME: JORGE LOPEZ, ESQ.

PAGE/LINE(S)    CHANGE       REASON

_____
JORGE LOPEZ, ESQ.

SUBSCRIBED AND SWORN TO
BEFORE ME THIS_____DAY
OF _____, 2021.
_____
NOTARY PUBLIC
MY COMMISSION EXPIRES_____

46 (Pages 178 - 181)

Veritext Legal Solutions
800-227-8440                                          973-410-4040

| & | |
|---|---|
| **&** | 3:13,20 4:10 |

| 0 | |
|---|---|
| **000152** | 67:13 |

| 1 | |
|---|---|

**1** 5:8 30:23
**1.1** 81:18,20
**10** 5:20 88:2,3
  106:9 167:13,16
  168:25
**100** 21:4 66:20
  163:1
**1000** 2:6
**10019** 4:6
**108** 5:11
**10:11** 44:9
**11** 5:22 170:17,20
**1152** 68:14
**1152-1172** 5:9
**1153** 68:14
**1154** 69:3 73:6
  77:7
**1155** 69:3 77:7
**1156** 69:16 81:19
**1158** 85:24
**1159** 79:17
**117** 5:12
**1172** 69:17
**11:15** 89:18
**11:25** 89:17
**11:26** 89:22
**12** 5:23 69:16
  172:2,6
**122** 5:14
**125** 5:15
**12:23** 129:22
**12:33** 129:20
**12:38** 130:1
**12th** 67:14,17,19
  68:23 69:2 70:10

71:7 72:20,23
75:1,11,22 77:23
79:4,8 81:11
87:24
**1301** 4:5
**1394** 141:3
**1394-1420** 5:17
**14** 67:15
**140** 5:17
**1400** 142:8
**1417** 148:3
**1420** 141:3
**149** 5:18
**14th** 180:14
**15-09-157** 110:14
  117:6 138:23
  146:23
**150** 66:20
**154** 67:16
**155** 67:16
**156** 67:18
**16-08-483** 93:1
  106:13,16 138:22
  146:18
**16-11-509** 68:18
  89:1,5 138:13,22
  146:13 152:20
**162** 157:15
**167** 5:20
**17** 85:22
**170** 5:22
**1700** 3:22
**172** 5:23 67:18
**17th** 3:8
**18th** 156:15
**190** 4:17
**19087** 4:12
**19103** 3:9
**19422** 3:16
**1983** 21:11

**1986** 21:12,15,17
**1997** 20:24
**1:43** 177:23
**1:49** 178:2,17,20
**1st** 75:1 77:22
  158:8 159:20

| 2 | |
|---|---|

**2** 5:9 67:7,11,12
  85:3 97:4
**2.2** 85:16 86:1
**200** 3:15
**20006** 3:23
**2009** 75:1 77:22
**2011** 96:16 113:8
**2012** 158:8 159:20
**2013** 67:14
**2014/2015** 131:19
**2015** 16:8,12 65:20
**2017** 67:17,19
  68:23 69:2,16
  70:10 71:8 75:1
  75:11,22 77:23
  79:4,8 81:12
  87:24 96:17 113:9
  113:13,17 130:20
  156:15,25 157:4
**2018** 87:19 90:12
  90:14 93:14,16
  94:13,17,19 106:5
  108:10 112:2
  152:17
**2021** 1:14 6:3
  179:5,15 180:14
  181:20
**20th** 90:14 93:14
  94:18,19 108:10
  112:2
**2525** 2:6
**26** 33:25 35:1,13
  35:17

**270** 4:11
**2701** 7:4
**275** 108:8
**275-276** 5:11
**276** 108:8 115:2
**2875** 1:3 6:8
**29** 1:14 113:8
  156:25 179:5
**29th** 6:3 96:16,17
  113:8,13,17 157:4
**2:00** 129:11
**2a** 98:9
**2nd** 2:15

| 3 | |
|---|---|

**3** 5:10 89:25 90:7
  142:8
**3.1** 142:10
**3.1a** 142:14
**30** 3:8 5:8 15:11
  82:5
**300** 3:22
**30th** 94:12,17
**31** 154:8,10
**33131** 2:16
**33134** 2:7 7:6
**333** 2:15
**350** 4:11
**36** 33:9 34:10
**3pps** 24:3

| 4 | |
|---|---|

**4** 5:11 108:3,7
  110:22 112:1
  115:2
**4.1** 79:15
**4.2** 79:24 80:14
  97:25
**4/29/2021** 181:3
**423** 90:9
**423-429** 5:10

[424 - agreement]                                                    Page 2

**424**  90:10
**425**  90:10 92:22
   95:9 103:18
**426**  97:5
**4268**  180:16
**427**  100:6
**432**  90:10,19
**4400**  2:15
**45**  14:12
**450**  3:15
**452**  90:19
**47**  14:14 173:11
**48**  173:25
**49**  151:17 174:11
**4th**  90:12 93:16
   106:5

**5**

**5**  5:12 117:20,24
   118:2
**50**  55:19 88:14
   100:16 175:22
   176:2
**51**  14:14 165:2
**52**  151:20
**53**  67:14
**59**  151:18 152:8,11
**5th**  152:17

**6**

**6**  5:4,14 122:16,20
**6.1**  83:20
**600**  4:17
**605**  157:15,17
**606**  157:15,17
**607**  157:18
**63105**  4:18
**65**  152:16
**67**  5:9 153:13
   154:7
**68**  151:19 155:7,10
   155:22

**7**

**7**  5:15 125:19,22
**79**  153:14,18,24

**8**

**8**  5:17 140:19,24
   148:2

**9**

**9**  5:18 149:10,12
   149:14
**90**  5:10
**9:00**  1:14
**9:09**  6:2
**9:59**  44:5

**a**

**a.m.**  1:14 6:2
**ability**  35:4 43:6
   43:20
**able**  60:8,9 90:6
   124:15,25 125:9
   150:13
**absolute**  97:9
**access**  39:14,20
   162:16
**accommodate**
   10:6
**accompanied**
   80:21
**accompany**  70:1
**accomplish**  75:21
   80:15
**accomplished**  91:6
   93:8
**account**  70:20
**accounting**  21:10
   138:9
**accounts**  140:13
   142:23
**accuracy**  118:11
   119:1

**accurate**  138:18
   138:19 152:6,8
**accurately**  148:21
**ace**  171:7
**acknowledged**
   152:18
**acquisition**  116:9
**acronym**  31:23
   34:24
**act**  143:1,8
**acted**  160:18
**action**  5:19 6:15
   57:9,24 120:16,25
   143:23 145:25
   149:15 166:16
   180:10
**actions**  163:3
   174:12,14
**active**  159:24
**acts**  134:13 135:7
**actual**  13:21 78:21
   85:9 97:5 100:22
   145:11
**addendum**  80:16
   80:21,23 81:3,8,13
**addendums**  81:11
**addition**  26:23
   140:16
**additional**  73:21
   80:5 81:15 114:7
   114:13 125:10
**address**  6:25 22:1
   139:15,16,17,22
   139:24 140:4,8,8,9
   152:7,10,12,13,13
**adequately**  22:12
   174:22
**administer**  6:13
**administered**  25:3
   25:16

**administering**
   44:23
**adulterated**  29:6
   29:14,18
**advanced**  37:8
**advantage**  25:11
   25:14,17 26:1,22
   28:23 33:25 36:7
   37:10 39:10 44:23
   48:5,10 54:7 74:8
   92:7,9 161:3,8,17
   161:23,25 162:6
**advice**  118:15
   134:11
**affiliate**  164:2
**affiliate's**  166:16
**affiliated**  45:6,15
   93:23 105:5
   113:12,16 114:2
**affiliates**  162:23
   163:4,16 166:20
   166:24 167:2
   168:17,22
**affirmatively**  60:8
   60:9
**afforded**  121:5,14
**ago**  58:19 76:10
   122:8
**agree**  22:17 29:21
   34:3,10 105:14
   164:10 168:16,21
   169:1 177:12
**agreed**  100:17,25
**agreement**  35:1
   43:16,16,17,18
   61:17,25,25 62:1,3
   62:10,12,23,24,24
   65:6,10 67:18
   68:9 69:10,12,15
   69:19 70:2 71:10
   71:18 75:24 76:4

[agreement - assert]    Page 3

78:18,21,24 79:3
79:16 80:12,21
81:14,18 82:25
83:4 84:11 85:5,8
87:4,16,18,21
88:13 90:11,13,18
91:5,20,21,22 93:3
94:12,15 95:9
96:8 97:6,21
98:22 100:7,21
101:4,11,12,16,17
101:21,22 102:1,7
102:8 103:6,8,21
104:23 105:3,8,19
105:22,23 108:23
109:7,7,12,13,14
109:14 110:8
114:11,15,16,17
114:19,22 116:18
116:22 132:22,25
133:6,10,11,17,23
141:1,7 143:21
144:19 146:9
147:1 148:12
153:7 175:19
**agreements**  18:18
43:25 54:23 61:2
61:5,6,9,11,12,13
61:14,16 62:17,19
63:3,5,9,12 67:12
70:3 71:8 72:6,15
73:12 91:13 94:5
94:5 109:3,21
110:2 117:2 147:2
177:1
**agrees**  35:10
**ahead**  13:23 44:2
86:18 129:14
157:14 175:12
**aim**  10:3

**albertson**  3:21
**align**  112:7
**aligned**  22:15
**aligns**  76:22
**allegation**  120:16
**allegations**  24:4
120:24 150:10,12
151:20,24 152:4,5
166:16
**alleged**  32:1 34:22
**allegedly**  33:10
**alleges**  155:22
**allow**  119:15
136:24
**allowable**  53:10
**allows**  70:17
**amanda**  3:17
**amend**  119:24
**amended**  5:18,23
11:19 126:18
140:25 149:15,20
150:6,6 151:17
172:7
**amendment**  101:4
**amendments**  72:2
94:1 110:7
**american**  171:7
**americas**  4:5
**amount**  87:10
102:14,24 103:4
111:2 155:13
158:9,13 159:21
**amounts**  34:22
49:5,19 50:1,11
121:22 155:11,11
**analysis**  41:21
132:23
**analyzes**  132:9
**analyzing**  64:3
**andras**  2:18

**answer**  9:10,12,22
10:7,24 11:1,17
12:24 27:11,23
28:17 37:4 42:7
43:23 48:1 49:12
49:15 51:2,3,17
52:11 63:10 71:21
73:16 82:14
102:25 103:14,17
111:8,8,16 128:8
128:10,13 159:8
160:12 163:24
169:21 173:16
**answered**  24:15
36:9 37:1 41:10
41:16 59:18 62:21
99:21 100:1 122:7
137:15 149:8
158:16 160:21
179:7
**answers**  8:24
13:13 119:12
123:16 174:8
179:8
**anticipate**  116:24
**anybody**  11:11
125:13
**appear**  98:10
169:3
**appearances**  6:17
**appears**  34:6 74:5
85:4 94:14 101:23
**appellate**  168:9
**applicable**  75:5
**applied**  25:9
**appoint**  166:19
**appointed**  21:21
22:4
**apportioned**
144:19,23,24
145:1

**apportioning**
70:19
**approach**  54:9
**approved**  152:19
153:9
**approximate**  15:7
66:18
**approximately**
15:9,11 16:8,12
65:20 66:19,20
**approximation**
166:2
**april**  1:14 6:3 16:8
16:12 90:12 93:16
106:5 179:5
**areas**  20:25
**arising**  57:9,24
61:23 69:22 77:21
97:17 143:23
**arrangement**  56:1
**arrived**  153:21
**article**  79:24 83:19
85:3 142:8,9
**asher**  4:13
**asked**  24:15 36:9
37:1 41:10,16
59:18 62:21 99:21
100:1 137:15
149:8 158:16
160:21 168:15
173:14 179:6
**asking**  42:9 67:22
150:19 169:18
**asks**  174:1 176:2
**aspect**  63:21
164:14
**aspects**  144:17
145:3
**assert**  27:7 35:16
36:5,14,15

**asserted**  31:16
72:1,5,14 87:2
94:2,8 106:17
108:20 117:7
161:22
**asserting**  18:5
26:14,19 31:15
32:25 33:3 38:7
38:10,18 68:4
71:4 75:14 90:25
91:15 161:7,16
176:18 177:13
**asserts**  31:21 32:1
32:8,9
**asset**  131:7
**assets**  70:18,20
130:25 131:3,10
131:10 136:25
137:17,21 138:1
138:13 140:16
142:24,25 143:15
**assign**  54:5 57:19
58:7,16 70:14
80:6 90:25
**assigned**  26:14
36:22 38:1,8,19
56:9,21,22,23
57:21 64:11 68:3
69:8 70:25 72:8
72:17 73:7 74:25
75:6,10 83:25
84:1,3 88:8,21
93:14,17 94:8
96:3 97:17 100:23
102:17 103:24
106:13,20 107:21
108:18 109:21
113:11,15,21,24
114:1,8 132:15
136:6 138:12
140:16 146:12,17

146:22 148:17
149:1 154:13
156:24 157:5
162:11 175:15
**assignee**  24:11
25:25 35:13 68:4
68:17 92:22
158:19 160:10,16
175:24
**assignees**  19:12
93:3,11 159:4
**assigning**  91:14
110:8 176:18
**assignment**  18:18
32:10 38:15,20
43:16 53:16,20
54:22 55:15,16,22
56:5,11 57:4,8,12
57:14,22 58:12,17
59:5 60:1,22,25
61:1,6,21 62:23
64:21 65:11 67:2
67:9,14,16,22
68:12,13,16,19
69:2,6,8,11,22
70:2,4,11,23 71:9
71:10,13,15 72:21
75:20,22 77:4,6,8
77:11 78:3 79:17
79:20,21,25 80:1,3
80:10,15,16,20,23
81:2,3,11 82:9
85:12 87:24 88:1
88:11,12 90:4,10
90:11,12,13,16,18
91:5,8,19,21 92:1
92:18 93:3,9,13,16
94:12 95:9,16
96:4,4,8,12,16,22
97:5,9,14,20,25
98:1,2,8,11,17,22

100:7,18,21
101:21 105:16
106:4 108:6,9,11
108:14,22,24
109:4,14 110:3,7,8
110:10,13,17,19
110:21 111:25
112:1 113:6,22
114:4 115:2,3,6,8
116:14 131:1
152:19 153:8
176:24 177:1
**assignments**  14:23
17:15,24 18:4
26:24 32:4 38:11
53:15,23 54:11
55:2,10 58:9
60:16 63:15 66:5
66:10 68:9 71:16
72:2 88:25 89:6
91:6 92:19 93:22
94:1 106:2,17
109:9 111:13
112:22 117:6
137:22 143:24
176:16,17,21
177:4
**assignor**  32:5,11
33:13 43:7 54:23
54:25 55:6,11,18
56:12,24 57:3,7
58:23 64:25 65:14
68:17 80:5 84:20
86:4,8 92:3,10,19
98:10,14,21 99:2,5
99:12,16 115:9,13
115:18,23 149:7
159:6 161:2
**assignor's**  83:1
**assignors**  18:17
20:1 26:4,18 27:3

27:7 33:4,8,9
35:17 36:7 38:25
42:12,17,24 43:21
54:14,20 56:10,16
56:16,22 58:22
61:3,10 63:14
64:23 66:24 67:1
76:25 92:4 136:5
144:9 153:13,25
153:25 154:11
155:12 159:12
160:13 161:6,17
162:10 165:3
171:13 172:25
175:25 176:4,5
177:5
**assigns**  77:14,19
**associate**  61:11,25
62:1
**associated**  76:25
142:24
**association**  61:24
**assume**  9:23 35:9
138:16
**assumed**  161:25
**assumes**  157:9
**assuming**  95:23
138:17
**assure**  7:24
**attach**  71:15,18
**attached**  80:17
101:11
**attachment**
101:15
**attention**  31:19
73:4 97:4 100:5
118:5 120:1,12
121:17 125:2
126:1,22 127:25
142:7 153:12
165:17

[attorney - called]                                                    Page 5

**attorney** 8:12 10:9
  10:16 11:7 27:13
  27:25 28:19
**attorneys** 2:5,14
  3:4,14,21 4:4
**audio** 7:15
**aurobindo** 3:14
**authorized** 6:13
**avenue** 2:15 4:5
**aware** 31:12,17
  32:13,14,17 38:17
  63:3 84:10 91:12
  109:2 120:4 125:4
  128:2 175:9,16

**b**

**b** 5:6 83:20
**baa** 62:2
**bachelor's** 21:9
**back** 28:5,6 34:16
  38:23,25 41:24
  44:10 70:10 72:20
  81:17 83:10 89:16
  89:23 103:10,18
  104:22 105:11
  111:22 130:2
  131:17 148:7
  167:6 178:3
**background** 21:8
  54:3
**bank** 140:13
**based** 29:9 30:2
  32:4,9 45:16,25
  48:21 54:13 62:18
  86:9 90:15 98:17
  123:14 152:3
  154:16,18,21
  177:13
**basically** 104:4
**basis** 55:17 86:9
  116:1 153:17
  162:3 164:17,22

175:24 176:4
  177:5,9
**bates** 67:13,15,17
  68:13 69:3 73:5
  85:18,19,23 90:9
  90:19 108:8 141:2
**bearing** 69:2 90:9
  141:2
**bears** 108:8
**beg** 161:5
**beginning** 77:22
  123:24
**begins** 44:12 77:6
  78:9 81:19 130:4
  142:8 148:2 178:5
**behalf** 12:24 19:6
  19:12,25 21:22
  22:5 25:21 26:4,5
  33:3 35:16 36:6
  36:14 38:4 46:23
  64:19 71:5 77:20
  79:12 91:1,15
  94:24 95:1 97:16
  106:18 143:22
  144:12 153:14
  161:16,23 162:5,9
  171:13 172:22
  173:3 174:2,6,23
**belief** 110:16
  116:17
**believe** 39:10
  47:17 50:21 51:2
  58:8 59:6,19 73:1
  82:10 84:8 85:21
  87:19 88:5,22
  93:8 96:10 99:17
  101:15 102:23
  106:12 109:9
  110:1 113:2
  116:11,20 118:1
  118:10 123:3

138:10 153:7,9
  167:5 172:11
  176:11,23
**believes** 27:18
  28:11
**bell** 3:16
**belong** 162:13
**belonged** 162:19
**belonging** 62:14
**beneficiaries** 38:4
  51:16 52:5 77:20
  97:16
**beneficiary**
  160:19
**benefit** 38:19
**benefits** 25:6
  38:21 121:5,14
  124:10 127:8
  143:23
**best** 9:6,11,18 59:6
  73:1 79:9 81:6
  84:7 85:7 87:17
  93:5 102:10
  109:16 133:3
  153:6
**better** 82:16 131:6
**beyond** 15:19
  81:15 170:16
**bill** 147:8
**billed** 147:7
**binding** 13:15
**birth** 137:9
**bisgaard** 4:10
**bit** 7:16 14:6 53:15
  78:6 95:14 101:7
  104:17 105:11
  129:3 130:6,12
  151:17
**blackwell** 4:16
**block** 4:13 72:25
  79:5

**blood** 180:10
**blue** 3:16
**blurry** 104:11
**board** 11:15
**boilerplate** 78:15
**booked** 138:1,5
**bottom** 77:6 101:7
**break** 7:23 10:3,5
  10:8 44:3 89:11
  89:16 128:25
  129:3,8,12,16,20
  177:20
**breaks** 10:2
**briefly** 21:7 106:1
**brisbois** 4:10
**broad** 38:10,14
  57:8,22 58:12
  60:19 74:12,16
  96:12 99:6,11,18
**broaden** 66:9
**broader** 17:22
  58:5 74:6
**brought** 11:23
  175:7
**buchanan** 3:20
**bulked** 144:19
**business** 21:10
  61:11,24,25 62:1
  63:21 130:22
  132:6 135:5,22,23
  137:1

**c**

**c** 2:2 3:1 4:1 97:12
  101:21 120:13
  121:18 123:25
  126:22 179:1
**c2** 121:3
**call** 159:7
**called** 69:7 91:19
  91:21 137:8 155:8

**calling** 130:15
**calls** 23:7 24:10
25:24 34:13 35:21
36:12,13 37:2
39:7 41:4,17 42:2
42:5 49:1 84:25
136:19 137:6
143:17 159:2
160:7 161:20
169:17 170:2
176:9
**camera** 11:12
**capable** 46:22
**capacity** 8:6,7
11:7 12:2 46:12
**capital** 107:17,25
**caption** 142:1
**captioned** 141:21
142:2
**capture** 73:24
96:8,11
**care** 39:14,15,20
**carondelet** 4:17
**carried** 36:17
**casada** 20:11
134:19
**case** 9:17 10:19
11:5 12:18 14:22
16:25 17:12 18:5
19:3 21:21 26:9
26:20 27:8 29:11
31:15 34:10,20
38:8 68:4 70:5,6,6
81:7 85:13 86:3,4
88:9 90:25 91:4
91:15 94:2,8
100:14 106:18
117:14 130:9,23
132:19 137:18,20
141:10,23 146:2
146:11,14,16,21

148:18 161:7
163:12 165:17
169:14 171:5
176:7,19 177:13
181:2
**cases** 5:20 133:22
135:8 162:22
165:8 167:10,18
**categorizations**
34:4
**category** 98:22
**cause** 57:23
**causes** 57:9 143:23
**caution** 27:11
**caveat** 173:6
**ccr** 180:2,18
**center** 39:15
**centers** 25:9
**certain** 26:15 54:6
62:6 70:17,18,19
120:5 151:7
**certainly** 7:22
9:16 114:10
117:18
**certificate** 137:8
**certificates** 53:3
**certification** 35:5
166:19 180:1
**certified** 1:19 34:9
35:14 36:20
166:25 168:5,6
**certifies** 35:10
**certify** 36:4 179:3
180:3,8
**challenged** 66:24
67:1
**chance** 178:12
**change** 148:8
181:4
**changed** 96:3 97:1

**characteristics**
27:17 28:10
**characterization**
73:13 171:15,24
**charged** 41:19,23
**charlie** 2:8 10:20
**chart** 151:6,8
155:7,11
**check** 103:11
131:17
**checks** 147:20
**chime** 129:2
**cipriani** 3:13
**circumstances**
43:3 98:20 115:12
153:4
**claim** 12:4 40:21
59:7 73:23 74:3,4
108:19 111:9
130:17 157:4,5
159:15
**claiming** 29:13
**claims** 5:24 12:3
12:10,17 18:5
26:3,14,18 27:7,18
27:20 28:11,13
31:15,16,20 32:1,1
32:8,9,24 33:3
34:21 35:13,16
36:6,14,15,22 38:1
38:2,7,10,14,15,18
40:7,15 46:13
47:2,10 54:5,10,11
56:9,21,22,23 57:9
57:10,10,16,19,23
57:24 58:6,12,15
58:21 59:4,8,22,25
60:2,4,5,10,15,18
60:20 61:22,23
63:19 64:4 68:3
68:19 69:9,22

70:4,5,6,14,15,24
71:4,25 72:4,8,13
72:17 73:7,22,24
73:25 74:6,7,7,12
74:13,20,25 75:6
75:10,14,17,22,24
75:24 76:3 77:8
77:10,14,19,19
79:17 80:7,10,16
81:4,4,15,21 82:1
82:2,6,9,11 84:1,3
85:12 86:10 87:2
87:8,18,20 88:21
88:25 90:25 91:14
92:23,25 93:14,17
93:22 94:1,8
95:10,14,15 96:3
97:15 98:8,10,13
98:14,22 99:1,2,5
99:8,11,14,14,18
100:23 102:17
103:8,22,24
104:20 106:14
107:12,16,21
109:4,22 110:8,14
112:5 113:11,15
113:21,23 114:2
114:14,15 115:9
115:13,18,23,24
116:10,16 131:24
132:8,10,11,16,20
132:21,24 134:4
136:5 138:13
140:16 141:2,7
146:12,17,22
147:7 148:17
149:1 151:7
153:19 154:13
156:24 159:4
161:7,16,22 162:8
162:11 169:7

171:6 172:8 173:6
174:22 175:6,8,15
176:18 177:4,12
**clarification** 23:24
**clarify** 9:18 19:21
45:14,18 133:12
**class** 5:19 21:21,22
22:5,6,9,10,11,14
22:16,17,19,23,24
22:25 23:13 24:3
25:20,21 26:19
27:19 28:12 34:8
34:11,21 35:3,4,5
35:10,14,16 36:1,4
36:5,15,20 37:6
41:13,22,25 49:8
49:21 50:5,16
60:15 99:8 149:15
157:19 158:5,24
159:5 161:15
162:4,5,13,19
163:3,5 164:21
166:16,19,20,24
166:25 168:5
169:14,20,23
173:13,13,19
174:2,3,5,6,12,13
174:15,16,19,23
**classes** 50:13
157:17,24 158:2
168:6,10
**clause** 73:5,20
74:23 77:5 78:8
83:11 95:8 96:14
100:7 103:19,19
104:25 112:4
113:5
**clauses** 74:24
**clear** 64:15
**clearly** 71:3

**cleary** 4:23 10:16
10:25 11:6 104:15
**cleary's** 10:22
**client** 27:13,25
28:19 83:21,23
86:3
**close** 173:17
**cms** 161:24
**codes** 156:8
**collect** 121:21
**collected** 59:9
125:7
**collectively** 92:10
**college** 21:8
**column** 156:20
**come** 27:6 40:6
47:4,17 89:16
**comes** 47:3 165:17
**commenced** 93:6
145:25
**comment** 62:25
**commission**
181:23
**commitment**
35:15
**commitments** 36:5
**common** 139:1,21
162:17
**communicated**
18:16
**communications**
175:6
**companies** 3:21
164:6,12 169:2,8
169:12,13
**company** 92:5
130:25 132:1
136:23 141:1
142:21,25 144:7
**compel** 43:6,20

**compensation**
55:17 56:1 85:4
85:10 87:5,12
88:7,18 89:1
100:16 101:1
102:6 113:24
116:9
**competent** 174:17
**complaint** 5:19
14:21 23:8,17,22
24:5 26:2 29:5,10
30:2,6,13,15,20
32:2 38:12 75:17
149:16,20,22
150:1,3,16,18,23
151:3,5,18 152:16
158:1 170:7
176:10 177:16
**complaints** 71:16
**complete** 179:6
**completed** 9:11
**comply** 35:24 37:5
**composition** 22:23
23:25
**compound** 35:19
**concerning** 120:14
120:23
**concludes** 178:19
**conclusion** 23:7
24:10 25:24 29:4
30:5,7 34:13
35:21 36:13 37:2
39:7 41:4,17 42:2
42:6 136:19 137:6
143:17 151:7,9
159:2,8 160:7
161:20 169:17,19
170:2 176:9
**conditional** 73:11
**conditions** 48:4

**confer** 103:11
**confidential** 62:13
111:13 141:22
142:3
**confidentiality**
61:12 62:10,12
102:24
**confirm** 13:24
118:1 122:8 156:9
167:7
**confirmed** 118:11
174:25
**conflict** 102:11
**conflicted** 22:18
**conflicts** 102:6
**connecticare** 18:6
18:25 26:22 27:7
32:6 36:23 37:9
44:19 45:7,23
47:2 48:6,11,15
49:6 50:2,12 51:6
51:14 52:15,22
53:11,22 56:5
58:15,16 59:24
60:4 63:8,9
107:22 108:5,19
109:5,8,21 110:3,9
110:14,17,21
111:13 112:12,18
113:1,11,15
115:12,19,23
116:6,19,25 117:7
117:13 125:24
128:2,21 137:23
146:22 154:21
176:22 177:6
**connecticare's**
27:17 28:10 47:15
50:19 51:20 52:5
53:4 116:10

connecticut
154:22
connection 10:23
33:4 42:18 43:21
51:7 63:14 65:1
71:10 72:7 74:8
76:4 80:11 82:9
86:10 87:2,8
91:14 102:2
109:22 111:9
114:23 117:13
120:5 121:23
132:24 133:17
134:15 135:23
137:23 147:9,21
153:2 173:7 175:1
consented 152:18
consideration 55:9
55:14,21 56:4
78:4,8,10,14,17,22
80:9 85:8,11
87:11 88:2 100:6
100:11,12,18,21
100:22 101:12
102:7,16 103:5
106:8 116:6
consistent 22:15
160:11 177:7
consists 67:12
consolidated 5:18
149:15
consult 10:9 11:4
111:17
consulted 14:24
consults 54:20
contact 122:13
125:16 128:18,21
contain 11:16 61:6
62:11 78:3 82:25
contained 33:8
38:11,14 84:11

118:12 128:13
153:19 157:18
158:1 176:23
containing 24:7,18
25:22 27:1,5 32:4
33:11 34:23 38:3
45:2,8,13,22 49:7
49:20 50:4,15
52:17 53:12 60:5
60:11 155:24
156:2,10 158:9,14
158:20 159:22
177:14,15
contains 61:21
73:6,21 85:4
101:16,18 103:21
105:4 167:9
contaminated
155:23 156:1
contemplated
143:7
content 103:13
contents 15:3
context 66:6
contingency 116:8
contingent 86:2,5
86:7 87:7 102:5
continue 37:5 84:6
105:11 174:21
continues 77:7
174:19
continuing 77:4
79:25 80:3 98:1,2
151:19 177:3
continuously
21:16
contract 81:25
87:15 99:16
contracted 99:13
161:24

contracts 64:22
91:13 109:3
contractual 17:7
43:18 73:12
contributing
147:15
control 83:6
conversational
7:18
cooperate 64:25
65:15 83:1,21,24
84:20 105:5
174:21
cooperation 84:5
84:11,15 104:25
105:15,19,22
116:15,25
copy 172:6
coral 2:7 7:5 21:12
corporate 8:7 12:2
12:22 14:1,19
16:1,10,17 17:4,7
46:12
corporation 4:4
46:23 92:6,8
correct 10:21 11:8
22:6 26:16 27:1
33:6 37:11 38:5
38:16 39:5 44:21
46:15,16,19,20,24
46:25 54:14 64:13
64:18 71:2 77:24
86:14,19 91:24
93:19 94:25 95:3
96:1 97:11 106:19
113:10 119:2
122:11 123:16
131:25 132:5
133:24 136:8
138:15,16 140:10
141:10,11 149:25

157:2 158:15,17
159:16 160:5,20
160:25 161:18
176:20 177:17
179:6,9
corrected 119:13
126:18
correction 22:21
123:22
correctly 59:22
71:12 100:20
118:19 143:13
cost 41:9 51:6,22
53:10 147:15
171:12,20
costs 23:1 145:18
147:21
counsel 10:19
14:25 15:3,4,15
16:10,10,17,18
17:4,4 18:16
22:13 27:23 28:17
35:24 36:17 37:7
75:18 103:1,11,16
111:18,24 118:15
119:5 123:12
126:11 134:10,11
134:15 135:7
146:1,2 151:10,13
154:5 156:5
169:19 172:22
174:17,22 175:20
176:14
counsel's 22:1
counsels 6:17
count 66:13,17,18
154:8
course 9:15
119:17 173:5
court 1:1,20 6:7
6:11,19 7:14,20

[court - description]                                                    Page 9

8:25 12:6 28:4
35:10 149:19
152:14 166:15,18
168:9
**courtroom** 8:21
**covenant** 64:24
**covenants** 78:13
**cover** 61:13,16,17
80:4
**coverage** 24:22
25:1 53:4
**coverages** 52:6
121:5,14 124:10
127:8
**covering** 58:12
75:24 121:7,23
172:16
**covers** 57:15,15
61:18 176:19
**creation** 98:21
**current** 16:4 62:3
82:3 141:6 148:5
152:13 165:4
**currently** 15:21
21:2 88:20 99:14
169:24 170:10
171:19
**cuts** 85:18

**d**

**d** 5:1 143:20 179:1
**d'lesli** 4:7
**damages** 30:22
34:21 35:16 36:6
36:21,22 121:7,24
**daponte** 2:9
**data** 45:17,25 46:3
46:9,13 47:10
54:10 57:10,10,16
57:25 61:19,20,20
61:23 62:5,7
63:11,13,19,20,24

63:24 64:3 69:22
80:5 81:21 82:1,2
82:4,7,9,11,15,20
103:22 104:21
114:10 116:16
132:8,10,24 134:2
134:3,4 153:20
173:6
**database** 54:18
162:16
**date** 69:2 72:22
74:25 75:4,5,25
77:15 79:7 94:11
94:14,16,19 96:18
96:23,24 103:16
106:5 110:9 112:2
113:6,8,21 114:3,7
114:13 130:19
148:11 156:18,18
156:20,21,22
181:3
**dated** 67:14,16,19
68:23 69:15 79:4
90:12,13 108:9
152:17
**dates** 77:21 81:16
97:17 131:23
**david** 2:9
**davis** 4:7
**day** 8:1 9:15 17:8
17:8 131:17
179:14 180:14
181:20
**days** 82:5
**dba** 135:1
**dc** 3:23
**de** 2:6
**dealing** 82:25 84:5
**debts** 143:13
**december** 156:15

**decertified** 168:10
**decisions** 19:11,25
**declaration** 118:7
118:22 123:5
126:2
**decline** 111:16
**declines** 65:14
**deemed** 80:6
**defendant** 49:20
158:12 160:1
**defendants** 31:14
49:7 50:3 120:16
120:24 169:2
178:11
**defer** 35:24 36:16
37:7 47:23 75:18
131:21 132:3
153:20 154:4
155:18 156:5
158:1 169:19
173:8 176:13
**deferred** 55:17
56:1 86:5,7,9 87:5
87:11 88:7,14,17
88:25 100:16
101:1 102:5
113:24 116:8
**defined** 23:21
92:10 159:18
170:16
**defines** 96:15
**defining** 95:17
**definition** 34:11
35:5 73:6,10,21
74:12,19 95:10,13
95:18,24 96:2
98:10 99:5,6
112:5,6 158:1,2,5
169:20 170:7,16
**definitions** 157:18

**degree** 21:9,11
**delaware** 70:16
76:13,18 131:22
136:14,21,22
142:18
**deliver** 83:24
**demanded** 175:23
176:3
**demonstrated**
95:22
**denied** 166:18
**department** 64:7
64:11
**departmentally**
64:10
**depend** 41:18
43:15,24
**depending** 54:24
55:6
**deposed** 8:3
**deposition** 5:23
6:4 11:19 15:5,15
16:2 32:18 53:17
62:19 67:24 76:1
90:22 108:16
119:9 123:2,15
126:15 141:13,17
149:23 151:6,25
165:3 172:7,10
178:19 179:7
180:6 181:3
**describe** 14:17
18:14 85:11
**described** 15:19
34:9 41:13 116:5
116:19 124:16
**describes** 86:1
**describing** 15:2
**description** 5:7
81:21 120:3 125:3
128:1

**designate** 136:24
**designated** 13:4
  13:15,18 14:19
  16:1 68:20 70:18
  76:15 166:24
  172:15
**designation** 137:9
**detail** 67:21
  151:22
**details** 68:10
  125:10
**determine** 64:3
**determined**
  148:25
**developed** 120:6
  128:6,7
**different** 70:20
  88:16 95:14 96:11
  100:13 110:25
**differentiating**
  130:11
**difficulty** 9:1
  42:25
**digit** 85:18
**digits** 148:19
**direct** 16:25 31:19
  142:7 150:11
**directing** 73:4
  97:4 100:5 118:5
  120:1,12 121:17
  125:2 126:1,22
  127:25 153:12
**directly** 16:22
  40:25 93:7 103:23
  135:11
**directs** 134:14
**disclose** 62:13
**discovery** 5:8
  14:24 31:5
**discuss** 12:15 54:9
  103:1 111:23

122:13 125:16
  128:18,22 174:7
**discussed** 18:17
  63:6 98:13 114:11
  116:22 173:20
  176:24
**discusses** 61:18
  69:21
**discussing** 130:7
  131:14 139:15
  142:11 154:1
**discussion** 100:17
  115:15
**discussions** 15:3
  54:11 93:6
**dismissals** 163:20
**dismissed** 163:8
  163:17 164:3
  165:21 166:6
**dispenses** 40:25
**dissolved** 148:11
**distinct** 131:10
  176:19
**distinguishes** 74:3
**distributed** 158:11
  159:23
**district** 1:1,2 6:7,7
  12:5,6,6 171:6
**division** 59:21
**document** 1:9 31:4
  31:9,22 60:25
  61:1 69:1,4,14,18
  71:1,14 72:21,22
  73:15,17 74:15
  77:17,25 79:6,12
  80:15 84:8,10
  85:15,17 86:20
  87:15 90:11,13,24
  91:5,21 95:25
  100:2 101:4 104:5
  106:20,22 108:9

108:12,18 137:8
  141:4,16,21 142:2
  149:14 150:9
  153:10
**documentation**
  103:23
**documents** 15:18
  42:11,17,25 43:7
  43:11 48:22 53:17
  53:21 63:13 64:21
  67:10,23 68:3,12
  69:25 70:3 72:6
  72:15 75:20,21
  84:1 90:5,9,18,21
  91:12 94:4 108:6
  108:15 141:25
  142:4,5
**doing** 130:10
**dorner** 3:10
  178:13,13
**dose** 159:25
**double** 103:10
**downstream** 34:1
  34:25 35:11
**drafted** 128:8
**drafting** 150:17,23
**drew** 3:10 178:13
**drug** 24:22 25:1,4
  29:14 41:20,23,24
  156:8 158:9,14
  159:22 171:21
**drugs** 23:2,4,5,8
  24:7,18 25:22
  26:6 27:1,5 28:24
  29:2,3,8,9,25 30:9
  30:20 32:4 33:11
  34:23 38:3 40:21
  45:3,8,13,22 47:10
  49:7,21 50:4,15
  51:14 52:17,24
  53:12 60:5,11

155:24 156:1,2,10
  158:21 160:19
  162:1 177:14,15
**duane** 3:3 178:14
**duly** 6:21 180:5
**duration** 15:7
  96:25

### e

**e** 2:2,2 3:1,1 4:1,1
  5:1,6 6:21,21 7:2
  7:3 120:2 122:10
  125:2 127:25
  179:1,1
**earlier** 18:20
  41:13 44:13 76:8
  77:9 79:19 81:15
  82:24 85:6 90:17
  91:19 92:18 95:15
  98:7,13 100:9
  113:20 116:22
  136:7,13 138:21
  143:5 149:21
  150:2,16 155:9
  157:1,16,23 167:4
  168:15 172:24
  173:14,22 176:22
  176:25 177:7
**early** 38:24
**earned** 21:9,11
**east** 4:11
**easy** 7:18
**echo** 7:16
**economic** 5:18
  30:22 149:15
**educational** 21:8
**effect** 43:18
  102:10 104:12
**efficiency** 71:20
  71:23
**efforts** 21:4 42:16
  121:21 127:17

[efforts - exclusion]                                                    Page 11

134:15
**eight** 14:9 96:23
  118:6 123:5 126:2
  172:20
**either** 17:11,15
  43:3 45:5 46:22
  60:22 103:9
  109:17 110:7
  157:3
**electronic** 63:19
**emblem** 18:6,25
  26:21 27:6,18
  28:11 32:6 36:23
  37:9 44:19 45:12
  45:22 47:2,21
  48:6,11,15 49:12
  50:2,12,24 51:7,15
  51:21 52:11,15,22
  53:4,11,21 55:20
  55:21 56:2 58:6,7
  58:17 59:12,13
  60:1,3 63:2,4 89:9
  90:4 91:1,7,15
  92:4,14 93:22
  94:6 96:5 98:18
  98:25 100:10,14
  100:23 102:17
  103:7,22 105:4
  106:14,18 107:21
  108:23 109:7,8,13
  110:18 111:9
  112:6,11,18,25
  113:7 115:19
  116:2,21 117:1,12
  122:22 123:24
  125:3,15 128:18
  137:23 146:17
  154:18 156:15,24
  176:22 177:6
**employed** 15:21
  16:5,6 45:5 46:21

64:7
**employee** 21:3
  44:14
**employees** 44:16
  46:19 135:16
**employer** 16:4
  20:13
**enable** 84:1
**encompass** 57:13
  74:7,13,16 99:18
  133:9
**encompassed**
  75:16 84:14
**encompasses**
  73:10 154:12
**encompassing**
  73:23
**ends** 44:7 89:20
  129:24 177:25
**enforceable**
  143:14
**engaged** 146:1,3
**engagement** 147:1
  147:2
**enrollees** 38:4
  51:16 52:5 77:21
  97:16 99:12
  153:14
**enrolls** 154:24
  155:4
**enter** 61:2,10
  111:20
**entered** 31:13
  43:17 55:16 64:23
  69:20 91:13 133:1
  133:11
**entire** 57:16 71:18
  104:1
**entities** 12:14 18:4
  18:10 19:2 26:15
  26:23,24,25 32:24

32:24 33:14,20,23
  33:25 34:2,10,25
  35:12,14 37:17,22
  38:1 39:3,3 43:7
  44:24 45:3 46:4
  48:23 49:20 53:24
  54:5 62:18 66:12
  76:11,22 92:12,22
  93:11 94:7 105:5
  107:23 130:7
  132:13 135:12
  137:3,13 140:12
  140:15 143:10
  154:24 155:3
  158:6,19 161:2
  169:24 170:10
**entitled** 1:18 68:16
  103:4,6,7
**entity** 12:9 19:6
  31:24,24 34:19
  46:15,18 62:3,5
  64:16 67:3 71:3
  76:9 87:25 88:9
  89:2 93:23 95:20
  106:3,14 113:12
  113:16 114:3
  130:9,13,13,14,16
  130:23,24 131:9
  131:13,15 132:8
  132:15 134:6,14
  134:24 138:2
  140:3 141:9,12
  142:18 143:7
  158:23 160:5,17
  163:14
**entity's** 140:8
**enumerated**
  101:13
**errata** 181:1
**especially** 9:4

**esq** 1:12 2:8,9,17
  2:18 3:10,17,24
  4:7,13,19,23
  179:11 180:3
  181:3,18
**essence** 62:2 69:10
  137:9
**essentially** 76:20
  78:15
**establish** 71:14,16
  100:16
**established** 70:16
  76:16 78:18 135:3
  136:10 137:7
  149:6
**estimate** 153:18
**evaluates** 132:9
**evaluating** 61:20
**event** 65:14
**evolved** 16:18
**exact** 55:23 56:7
  66:13,16
**exactly** 9:7
**examination** 5:3
  6:23 179:5 180:4
**examine** 169:20
**examined** 6:22
  157:12
**example** 54:18
  138:12
**examples** 39:13
  61:5
**exception** 152:7
**exchange** 7:14
  85:12
**exclude** 34:20 60:8
**excluded** 59:4
  98:8,11,13 172:22
**exclusion** 58:10,20
  59:7,16 60:14,22
  99:7,10 115:8

**exclusions** 59:14
**exclusive** 155:14
**excuse** 55:18 61:4
  175:25
**execute** 81:10
**executed** 72:22
  79:7 86:20 94:16
  94:16 106:4 112:1
**execution** 94:20
**exemplar** 155:8
  156:14
**exercise** 105:2
**exercises** 144:11
**exhibit** 5:8,9,10,11
  5:12,14,15,17,18
  5:20,22,23 30:23
  33:8 67:7,11,12
  80:17,17,19 89:25
  90:7 101:21 108:3
  108:7 110:22
  112:1 115:2
  117:20,24 118:2
  122:16,20 125:19
  125:22 140:19,24
  148:2,2 149:10,12
  149:14 156:22
  167:13,16 168:25
  170:17,20 172:2,6
**exhibits** 5:7 69:15
  70:1 102:1 105:22
**exist** 20:20 64:4
  110:2
**existence** 20:23
  171:11
**existing** 77:14
**exists** 136:14
  152:23
**expenses** 23:1
**expert** 136:20
**expertise** 29:13
  157:13

**expires** 181:23
**explain** 10:25
  25:19 68:11 69:4
  80:2 136:15
**explanation**
  118:18
**extent** 27:12,24
  28:18 30:15 32:19
  40:19 47:1 48:20
  63:19 75:16 84:13
  102:4 118:24
  123:8 126:10
  140:7 142:1 143:7
  160:9,9 169:11

**f**

**fact** 5:13,14,16
  14:22 18:21,23,24
  19:1,5,8 101:20
  117:12,15,25
  118:10,12,21
  119:4,8,11 120:2,8
  122:21,25 123:10
  123:11,14,21,25
  125:24 126:6,9,12
  126:14,23 172:25
  173:2
**facts** 13:9 120:5,7
  123:10 125:6,10
  126:6,11 128:5,7
  157:9 159:14
  166:13 170:4,12
**failed** 84:20
**failure** 166:6
**fair** 9:13,24,25
  60:23,24 73:13
  88:15 99:9 157:25
  165:14,15 169:8
**fairly** 22:12
  174:23
**fall** 27:4 34:11

**familiar** 8:16 31:9
  33:13,18,20 42:16
  48:14 53:3,10
  152:21 167:11,22
  170:23 171:5,10
**familiarity** 43:2
**familiarize** 13:8
**family** 39:24
  106:25
**far** 61:20 91:21
  165:18 177:8
**fashion** 112:20
**fast** 83:14
**fda** 29:6 155:23
  156:1,9
**fdr** 34:24,24
**fdrs** 35:1,1
**federal** 73:12
**feel** 119:12 123:16
**fictitious** 134:25
  135:2
**fields** 63:24
**fifth** 74:23
**file** 19:11,25
  149:20
**filed** 6:6 14:22
  29:10 135:3
  149:19 162:23
  163:4,15 168:17
  168:21
**financial** 40:20
  144:17 145:3
  162:1
**financially** 6:15
  41:20
**find** 104:24
**fine** 104:17
**fingertips** 66:17
**finish** 10:7 71:21
**finished** 159:25

**firm** 1:10 2:5 4:23
  6:9,12 10:17 11:3
  11:4 20:12,16,18
  134:19,23,25
  135:6,10,16,22
  146:14,19,24
**first** 6:21 7:2
  16:22 21:13 34:1
  34:24 35:11 44:3
  54:2 68:10,13
  81:20 90:11 120:4
  139:9 140:1
  148:15 152:14
  156:14 167:17
**five** 14:10 44:3
  120:1,13,18
  123:24 126:23
  177:20 178:5
**floor** 7:5
**florida** 2:7,16 7:5
  21:12,18 76:13,17
  132:1,4 171:6
**focused** 21:4
**follow** 172:18
**followed** 156:12
**following** 14:2
  51:16 122:12
  125:15 128:17
**follows** 6:22
**forgive** 85:16
  104:13 163:11
**form** 13:5,10
  15:24 21:24 26:12
  34:5,22 37:14
  39:6 43:14 47:6
  54:15 64:5 65:2,8
  65:16 66:2 78:16
  80:20,23 81:2
  110:23 136:2
**formal** 16:16

**formality** 106:11
**formality's** 88:4
**formally** 17:25
**format** 63:24
**formation** 66:12
   131:23
**formed** 65:21,23
   66:5 130:16,18
   131:15 134:24
**formularies** 48:14
**forth** 35:5 72:6,15
   74:25 77:8 94:6
   101:3 102:5
   110:22 111:25
   113:22 114:14,15
   116:18 120:7
   142:9 180:5
**forward** 83:12
**found** 29:6 62:12
   65:7
**foundation** 30:11
   48:25 112:14
   146:7 147:4,12,24
   149:4 163:23
   164:19
**four** 14:10 34:17
   34:18 79:24 130:4
   177:25
**fourth** 73:20 96:14
   113:5
**framed** 177:16
**frank** 20:11
**front** 11:18 13:23
   31:2,4 85:10
**fulbright** 4:3
**fulfill** 35:15 36:4
**fulfilling** 35:25
**full** 5:20 41:24
   167:18
**fullest** 143:7

**fully** 9:16 47:16,22
**function** 64:10,17
**funded** 47:16,22
**further** 124:8
   178:6 180:8
**furtherance**
   174:12,15
**future** 55:19 80:10
   81:3 177:15

**g**

**g** 6:21 7:2 179:1
**gables** 2:7 7:5
   21:12
**garage** 107:17,25
**gather** 42:17
**gathering** 42:11
**general** 16:10,17
   17:4,8 54:3 63:5
   63:18 68:11 73:6
   73:24 74:3,5,12
   84:15 95:15
   137:19 165:9,11
**generally** 32:19,21
   54:16 56:16 58:11
   61:13 62:22 70:5
   79:22 91:10
   102:15,18 104:3
   111:7 112:24
   165:15 171:10
**gentlemen** 10:12
**georgetown** 21:10
**gestures** 9:1
**give** 8:24 15:10
   104:3 111:8
   119:20 124:15,25
   127:13,22 168:19
   178:11
**given** 9:4 10:1
   152:13 179:8
   180:7

**go** 13:23 38:23,24
   44:2 54:1,4 67:20
   70:10 78:7,20
   80:17 83:10 86:18
   103:10,18 104:22
   106:1 111:22
   120:17 129:11,14
   131:17 144:13,14
   146:1 148:7 167:6
   170:16 175:12
**goal** 79:19 100:15
**going** 6:2 7:16 9:8
   9:23 12:8,11 31:1
   31:19 33:12 44:6
   44:10 47:12 54:1
   58:5 67:10,20
   70:10 81:15,17
   83:14,15 85:3
   89:19,23 105:9,12
   108:25 117:23
   122:19 125:21
   129:3,11,23 130:2
   130:5 140:21
   141:20 151:16
   161:13 167:15
   168:13,18 170:19
   172:5 177:24
   178:3,18
**good** 6:1 7:8,11
   9:21 10:11 78:14
   128:24 129:21
   130:10 150:4
**govern** 102:8
**governed** 176:25
**governing** 142:9
**greater** 32:7 66:19
   92:8,13
**green** 168:4
**greenberg** 2:13
**greg** 7:9 129:7

**gregory** 2:17
**ground** 8:15
**group** 27:3,4 32:6
   39:14,20,25 92:5
   92:13
**guess** 66:21
   128:25 129:4
**guessing** 131:19

**h**

**h** 5:6 135:1
**half** 15:10
**hallway** 161:13
**hand** 180:14
**handle** 17:6
   144:17
**happen** 13:23
   148:16
**happened** 165:24
   166:3,9
**happy** 10:6
**hate** 73:16
**health** 18:6,25
   27:6 28:21 32:6,6
   32:7 36:23 37:9
   44:19 45:22 47:3
   47:9 48:6,11,15
   49:12 50:2,12
   51:7,15 52:11,15
   52:22 53:11,21
   55:20,21 58:6,7
   59:12,13 60:3
   62:4 63:2,4 89:10
   90:4 91:1,7,15
   92:4,5,7,13,13,14
   93:23 94:6 96:5
   98:18,25 100:11
   100:23 102:17
   103:7,22 105:5
   106:14,18 107:22
   110:18 112:6,11
   112:18,25 113:7

115:19 116:3
117:1,13 122:22
123:25 125:4,16
128:18 146:17
154:18
**health's** 27:18
28:11 45:12 47:21
50:24 51:21 53:5
**healthcare** 3:5
39:4,8 40:6,14,20
40:23 41:14 43:1
54:10 95:21
**held** 70:24 116:25
117:1 131:10
**hereinbefore**
180:5
**hereunto** 180:13
**highlighted** 168:4
**historical** 81:21
82:1,6,8
**history** 112:22
165:3
**hold** 107:21
129:12 131:9
**holder** 117:6
**holding** 130:24
**holds** 46:9 88:21
89:6 106:16
130:25 131:3
**home** 154:25
172:4
**honestly** 20:5
136:11 139:24
**hopefully** 31:2
**hour** 10:3 15:9,10
89:10 129:5,9
**household** 158:10
159:23
**huahai** 3:5,6
**humana** 175:5,6
175:12,14,19

**hungry** 129:15
**husch** 4:16
**hypertension**
50:14 52:24
**hypothetical**
35:23 36:11 42:4

**i**

**identification**
30:24 67:8,11
90:1,7 108:4,7
117:21,24 121:4
122:17,20 124:9
125:20,22 127:7
127:16 140:20,24
149:11,13 167:14
167:16 170:18
172:3,6
**identified** 28:21
30:12,20 32:23
57:10,24 62:17
71:1 92:3,22 93:1
93:3 121:10,13,18
122:1 124:3,12,19
124:22 125:12
127:1,10,19
128:14 136:7
172:14 173:1
**identifies** 30:16
68:16
**identify** 10:14
39:9,10 48:16
54:20 119:12
121:21
**identifying** 54:4
54:14 120:17
132:10
**identities** 162:12
162:18 172:21
**iii** 83:20
**illegal** 28:24 29:1
29:3,6,8,9,14,18

29:24 30:9,18
**impair** 35:2
**implications**
143:12
**important** 8:23
9:5
**importantly** 7:19
**imprecise** 22:3
**include** 17:14,23
19:11 33:23 38:15
60:20 64:24 99:11
115:24
**included** 18:18
93:11 154:9
**includes** 33:23,24
35:11 41:13 81:21
169:24
**including** 34:25
76:9 77:23 84:1
163:16 167:3
**inclusive** 60:17
155:14
**incomplete** 35:23
36:11 42:4
**incorporate**
136:23
**incorporated** 92:6
**incurred** 51:7
121:22
**indicated** 72:22
79:7 106:5 112:2
112:17 122:5
150:10
**indicates** 142:21
155:10
**indirect** 16:25
**indirectly** 16:22
135:11
**individual** 34:21
45:24 46:1,12
64:16 107:20

108:1 136:17,25
139:23 144:14
145:19 146:3
149:7 164:17
**individually** 46:23
58:22 76:16
**individuals** 54:6,8
64:6 120:22,23
121:9,18,25 158:6
173:1
**information** 11:16
19:7 27:13 28:1
28:19 42:11 62:4
62:7,14 64:7,11
83:25 103:23
111:23 118:11,25
120:22 122:9
128:13 141:22
142:3 151:1,8,9,13
**informed** 174:20
**ingersoll** 3:20
**ingredient** 159:24
**initial** 7:3,13 55:16
57:2,6,12 93:13
**injunctive** 175:23
176:3,5,7,12
**inquires** 174:11
175:22
**instance** 91:18
92:21 94:23
**instrument** 101:5
140:25
**instruments** 109:3
**insurance** 24:21
24:25 32:7 37:17
37:23 38:9,16
39:4 92:7,13
164:6,11 169:2,8
169:11,13 171:7
**insured** 47:16,22

**insurer** 40:25
**insurers** 51:23
 168:18,23 171:13
**intended** 61:16
 73:23 80:4 96:8
 158:10 159:22
**intent** 80:6 81:7
 96:10 100:15
**interest** 16:21,24
 22:14,14,15 24:2
 37:6 142:10
**interested** 6:15
 180:11
**interests** 22:11,12
 26:3 174:18,18
**internally** 77:2
**interpretation**
 100:3
**interrupt** 9:6
 71:22
**interrupting**
 104:14
**interval** 82:4
**intervals** 82:4
**involuntarily**
 163:8,17
**involuntary**
 163:20
**involve** 60:10
**involved** 17:10
 18:1,3,4,12 27:14
 34:19 42:21 44:23
 45:2 63:20 70:3
 82:15 109:4
 164:14 165:13,19
**involvement** 18:15
 42:11 63:20
**involving** 99:1
**irrevocable** 55:3
 77:10,11 97:9
 115:5

**issuance** 137:8
**issue** 32:5,11
 33:24 56:16 72:8
 85:13 103:15
 148:17 153:25
 154:11 161:2,6
 172:23 173:4,7
**issued** 81:5
**issues** 26:2
**item** 118:20

## j

**j** 5:4 6:21 7:2
**janow** 3:24
**january** 75:1
 77:22 158:8
 159:20
**jd** 21:11
**jersey** 1:2 6:8 12:6
**jeune** 7:5
**job** 17:14,23 19:10
 130:10
**jocral** 106:25
**john** 4:23 10:16
 94:23 95:4 104:3
 106:21 107:8
 135:1
**joint** 175:18
**jonathan** 3:24
**jorge** 1:12 6:4 7:2
 20:15,22 21:1,2
 179:3,11 180:3
 181:3,18
**june** 67:14 68:23
 70:10 87:24

## k

**k** 1:18 3:22 179:1
 180:2,18
**keep** 111:11 129:3
 129:8 131:6

**keeping** 70:19
**kept** 77:2
**killian** 1:19 6:12
 180:2,18
**kind** 11:14 58:5
 112:19
**knepper** 4:19
**know** 8:15 9:7,18
 10:1,6 20:5 37:19
 37:24 39:22 40:2
 41:8 52:19 53:13
 55:25 60:13 74:19
 75:4 76:3,6,12
 79:6 83:13 87:20
 87:22 91:25 92:11
 93:2 96:2,7,18,25
 97:19 98:3,25
 99:4 101:25 102:3
 102:13,25 103:4
 105:18,21 109:20
 112:15 113:1
 114:22,24 119:6
 120:6,19,21 121:9
 121:25 122:3,8,15
 123:18 124:2,5,11
 124:14,21,24
 125:6,9,12,18
 126:25 127:3,9,12
 127:18,21 128:5,9
 128:12,23 133:16
 133:19 134:18
 140:14 145:23
 147:6,13,14,19,20
 147:25 148:4
 149:5 150:5,13,24
 150:25 151:12
 153:1,3,17 154:2
 154:10,14 155:3
 155:13 156:4,7,11
 156:20 157:10,10
 162:11,14,21

 163:3,9,10 164:4,9
 164:20 165:20,24
 166:5,9,17,22
 167:25 168:5,9
 170:25 171:2,19
 172:1 175:3,11,13
 175:21 176:13
**knowing** 136:20
**knowledge** 13:3,3
 29:17 37:16,21
 45:6,12,16,21,25
 46:13,22 47:1,4
 48:4,9,21 50:19
 51:1 54:21 60:2,6
 63:23 66:4 67:6
 68:2 70:7 72:21
 75:9 85:1 93:21
 93:25 94:3,15
 98:12 110:6,12
 117:5 118:20,25
 119:4 120:14
 121:12,16 123:9
 124:1,5 126:5,11
 126:24 127:3
 128:12 136:3
 143:2 148:10
 150:22 153:23
 154:17,23 155:25
 161:9 172:23
 173:2,4 175:14,18
**knowledgeable**
 145:3
**known** 13:9
**knows** 47:24
**kyle** 4:22 6:9

## l

**l** 6:21 7:3 145:16
 179:1
**la** 135:1
**label** 67:13

**labeled** 68:13 90:9
90:19
**lack** 131:5 147:4
165:21
**lacks** 30:11 48:25
112:14 146:7
147:12,24 149:4
163:23 164:19
**laid** 74:20
**language** 18:17
61:7 69:11 77:6
78:15,23,24 79:17
79:20,21 80:1,3
83:23 96:7,9 97:6
97:12,13,18,19
98:2 99:10,17
102:10 115:4
144:5
**larger** 33:16 104:7
104:10,15
**law** 1:10 2:5 4:23
10:17 11:3 20:11
20:16,18 21:14
73:12 134:19,22
134:25 135:5,10
135:16,22 136:14
136:21 142:18
146:14,19,24
**lawsuit** 165:4
166:7
**lawsuits** 19:12,25
163:7,15 164:3,5
164:11,16 165:21
166:6 167:23
168:1,3,17,21
**le** 7:4
**learned** 113:23
**leave** 129:7 149:20
**led** 98:21 115:12
**legal** 6:10,12 17:8
21:3 23:7 24:10

25:24 34:13 35:21
36:13 37:2 39:7
41:4,17 42:2,6
71:3 76:10 136:15
136:19 137:3,6,12
143:6,10,17,21
159:2,8 160:7
161:20 169:17,18
170:2 176:9
**leon** 2:6
**letter** 101:4
152:17,21 153:1,5
**letters** 139:9
**lewis** 4:10
**ley** 135:1
**liabilities** 143:13
**liability** 1:5 6:6
106:25 132:1
136:22 141:1
**liaises** 11:3
**licensed** 21:13,16
**ligation** 65:1
**limitations** 31:16
142:16
**limited** 106:25
132:1 136:22
141:1 165:12
**line** 181:4
**lines** 143:5
**list** 5:20,22 33:12
33:15,22 38:25
39:1 120:13,18
121:19 124:1
126:24 148:3,4,15
148:21 155:8
156:8,14 167:10
167:18,22 168:14
168:19,25 169:3
171:3
**listed** 118:3 151:6

**lists** 33:9
**litigants** 165:4
**litigation** 1:5 5:21
6:6 10:23 12:5
17:11 20:8 32:2
33:5 42:13,18
43:22 47:4 71:5
72:1,5,8,14 75:15
76:5 83:2 84:21
87:3,21 102:2
105:6 108:20
109:23 114:23
117:8 132:15
133:18,23 134:7
134:10,16,20
145:18 147:9,15
147:21 149:21
153:2 161:18
164:14 165:13
167:10,18 169:6
171:11,22 174:19
174:21 175:2
**little** 7:16 14:6
22:2 33:16 38:24
53:15 95:14 101:7
104:11,17 105:11
112:21 129:3
130:6,12 151:16
161:12
**lizama** 145:15
**llc** 3:6,21 5:24
12:3,10,17 16:5,7
16:15,22 17:9,11
17:16 20:14 21:5
44:15 45:15 46:4
46:7,9,14 47:5
61:19 64:19 66:8
68:17,18,19,20
69:9,21 70:16
76:16 79:12 92:5
92:20,23,24 93:7

106:25 107:6,16
130:15 131:14,25
132:7,22,23 135:8
136:14,16,23,24
137:4 139:7 141:2
141:7 151:10
171:7 172:8 181:1
**llp** 2:4,13 3:3 4:3
4:10,16 132:1
**located** 7:4
**lock** 112:19
**lodge** 40:3
**long** 16:6 20:22
**longer** 70:24 87:6
129:4
**look** 38:25 58:9
67:9 76:20 79:2
87:23 104:23
119:20 146:9
167:7
**looked** 76:10
97:25
**looking** 97:24
168:13
**looks** 39:2 80:24
91:4,6 94:23
95:14 98:9 101:20
113:7
**lopez** 1:12 5:4 6:4
7:3,8 8:3 20:15,22
21:1,2 44:13
67:20 90:3,15
129:1,7 130:5
149:17 165:2
179:3,11 180:3
181:3,18
**loss** 5:19 149:15
**lot** 8:15 12:9 19:7
169:6
**lots** 155:23 156:1,9

**loud** 8:24
**louis** 4:18
**luck** 148:16
**lump** 100:19,25
  101:3,12,16,18
  116:7
**lunch** 129:3,8,12

**m**

**m** 145:16 179:1
**m.d.** 42:25
**mada** 34:19,20
  175:1
**madam** 28:4
**main** 24:3
**maintain** 142:22
**majority** 164:10
  168:16,21
**making** 19:24
**managed** 134:10
**management**
  107:18,25
**manager** 25:7
  38:19,21 95:6
  106:24 107:2,5,6
  107:15,24 138:20
  148:22
**managers** 107:9
  107:11,17,22
  137:1
**manages** 133:22
  134:14
**managing** 17:10
  20:7 134:7
**manufactured**
  158:11 159:23
**maos** 32:5,11
**march** 90:14
  93:14 94:12,17,18
  94:19 108:10
  112:2

**marked** 30:23
  31:4 67:7,11
  89:25 90:7 108:3
  108:7 117:20,24
  122:16,20 125:19
  125:22 140:19,23
  149:10,13 167:13
  167:16 170:17,20
  172:2,5
**marriage** 180:10
**materials** 11:22
**matt** 4:19
**matter** 1:18 6:5
  70:19 122:4
  130:25 180:12
**matters** 17:6,7,7,8
**maximum** 53:10
**mayra** 106:21
**mckesson** 4:4
**mdl** 1:3 6:8 175:7
**mean** 71:21 99:9
  109:13 138:5
**meaning** 95:23
  115:17 142:22
**means** 22:9 31:22
  141:22 177:10
**meant** 160:24
**measures** 62:6
**media** 6:3 44:7,12
  89:20 129:24
  130:4 177:25
  178:5
**medicaid** 25:10
  73:22,24 74:4,6,9
  74:13,20
**medical** 24:21,25
  39:25 59:23
**medicare** 25:10,11
  25:14,16 26:1,22
  28:23 33:24 36:7
  37:10,17,22 38:2,9

38:16 39:10 44:23
  48:5,10 54:7
  73:22,24 74:4,6,8
  74:13,20 92:6,9
  95:10,13 103:24
  112:5 114:1 144:8
  161:3,8,16,23,24
  162:5 169:7
**medications** 50:14
**meet** 7:10 15:4
**meetings** 15:8
**member** 41:22,25
  139:4,6 148:22
  159:5
**members** 22:11
  77:21 97:16 99:12
  137:1 138:23
  139:4 154:25
  155:4 158:24
  162:5 169:13
  174:23
**membership**
  139:1
**mentioned** 58:19
  59:13 60:21 63:11
  76:8 82:24 85:6
  113:20 117:11
**mestre** 2:4 146:15
  146:24
**miami** 2:16 21:12
**middle** 7:2
**million** 153:14,18
  153:24
**mind** 28:5 101:6
  119:20
**minute** 89:16
  129:20 177:20
**minutes** 15:11
  44:3 89:12
**miranda** 47:23
  49:11 50:8,17

51:17 52:18 82:17
  82:20 153:20
  154:4 155:18
  173:8
**miranda's** 157:12
**mirror** 79:20
**mispronounced**
  175:25
**misremembering**
  100:9
**missed** 139:8
**missouri** 4:18
**misstatements**
  134:1
**misstates** 30:4
  159:14 166:13
  169:16 170:4,12
**mistaken** 85:22
**model** 54:13
**moment** 31:3
  33:12 35:9 54:2
  58:19 67:21 68:10
  76:10 122:7
  178:11
**monetary** 78:10
**money** 158:9,14
  158:20 159:21
**monitor** 174:19
**monitoring** 165:18
**morning** 6:1 7:8
  7:11
**morris** 3:3 178:14
**mother** 139:11,12
**motion** 36:3
  149:19 166:19
**move** 34:16 35:4
  53:14 81:17 85:3
  90:4 104:4 108:5
  149:12
**moved** 104:16

**moving**  71:7 72:20
**mrcs**  107:18
**mso**  43:1
**msp**  1:10 2:5 4:23
5:9,10,11,17,20,24
10:17 11:3,7 12:3
12:10,11,14,16,17
12:23 13:9,15
15:21,23 16:5,7,14
16:22 17:1,4,9,11
17:12,15,16,17
18:5,23 19:6,10
20:8,11,13 21:5,20
22:24 24:6,11,17
24:20,24 25:3,6,9
25:13,16 26:8,19
26:24 27:6,18
28:11 29:10 30:1
31:14,15,23 32:24
33:3 35:10,13,15
36:3,4,21,23 37:21
38:2,7,18,20 40:5
40:13 42:24 43:6
43:20 44:14,14,16
44:18,22 45:1,6,9
45:11,15 46:4,4,7
46:9,14,15,18,21
47:5,5,12,14,20
48:3,8,13,20 49:4
49:18,25 50:10,18
50:25 51:5,13,19
52:3,14,21 53:2,9
53:20 54:4,5,9,19
54:22 55:9,14,21
56:4,9,21 57:17,20
57:25 58:7,16
61:2,19 62:19
63:3,9,13 64:2,12
64:16,19,23,25,25
65:14,19,21,25
66:5,7,8,11,11,11

66:23,25 67:2,13
67:15,18 68:3,13
68:17,18,20 69:9
69:16,20 70:4,11
70:13,15,24 71:4
73:6 75:10,11,14
76:21 77:2,7
79:12,16 80:9,25
81:19,22 83:1,21
83:24,24 84:2,19
85:24 87:4,11,24
88:8,8 90:9,10,25
91:7,8,14 92:19,22
92:23,23,24 93:7
93:15,16,23 95:1,4
95:9 97:5 100:6
103:18 105:6
106:2,24 107:2,6
107:11,15 108:8
108:20 109:5
110:9,13,17
113:12,16,21
114:2,8 115:2
120:6,15,17,21
121:12 122:13
125:16 128:18,22
130:7,8,9,15,15,17
130:22 131:9,14
131:24,25 132:3,6
132:13,14,22,22
133:7,7,9,21,22
134:18,22,25
135:7,11,12,24,24
136:9 137:3 139:6
140:3,8 141:2,3,3
141:7,13 142:8,22
143:21 144:11,13
145:19 146:3,11
146:16,21 148:3
150:20,22,22,25
151:1,10,12,21

152:4,19 155:25
156:4,7 157:5
158:3,13,19,23
160:4,17,19,22
161:7,15 162:11
162:11,16,22
163:4,13,16,16
164:2 166:20,23
167:2,3,9,10,18,19
168:17,21 169:23
169:24 170:5,10
170:14,21 171:3,6
171:11,19 172:8
172:22 173:2,3,19
174:5,14,25 175:5
175:15,19 176:6
176:16,18 177:3
177:13
**msp's**  13:3 14:1
20:1 22:8,22
23:10,25 25:19,20
27:16 28:9 29:16
36:19 41:12,25
86:6 137:2 153:24
154:9,12 157:23
162:3 163:7 164:5
164:11,16 165:20
166:5,16 169:6
173:15
**msprc**  31:20,22
32:1,8 34:18,20
165:3 175:23,24
176:3,4
**msprc's**  35:3
153:13 173:12
174:1,11
**multi**  12:5
**multiple**  7:25 22:6
52:6
**mute**  161:11

**mutual**  78:13

**n**

**n**  2:2 3:1 4:1 5:1
179:1,1
**name**  6:9,25 7:2,3
7:8 10:13 12:9
26:8 60:21 114:19
135:1,3 144:7,7
159:11,11,16
181:2,3
**named**  133:21
134:9
**names**  12:16 39:3
**national**  156:8
**nationwide**  157:19
157:19 158:5
159:17
**nature**  99:14
**necessarily**  118:19
**need**  7:25 10:5,9
33:15 83:10
106:22 119:13
123:16,18,22
151:21 172:15
**needs**  126:18
161:11
**negotiated**  52:16
52:23 58:22 98:16
109:9 112:8,23
113:3
**negotiating**  18:3
18:15
**negotiation**  17:15
17:24
**negotiations**  93:6
98:18 112:17
**neighbor**  42:25
**never**  160:18
**new**  1:2 4:6,6 6:8
12:6 32:7 81:4
92:6,8,8,13 96:7

**[new - okay]**                                                                 Page 19

154:18 181:1
**nice**  7:10,11
**nitrosamines**
  125:5 128:3
**noise**  161:12
**nomenclature**
  130:11
**non**  22:18 37:17
  37:22 38:9,16
  49:20 50:3 161:16
**nondisclosure**
  61:12 62:9
**norton**  4:3
**notary**  1:20
  179:17 181:22
**note**  99:10 141:20
**noted**  6:17 178:20
**notes**  1:17 11:14
  177:20
**notice**  5:23 11:19
  13:22 165:2 172:7
  172:9
**npi**  5:22 170:21,25
**number**  6:8 52:4
  67:15 69:3 85:19
  85:24 138:15,17
  153:21,24 162:24
  163:6
**numbered**  73:5
**numbers**  67:17
  108:8 141:3
**nw**  3:22

**o**

**o**  6:21,21 7:2,3
  179:1
**oath**  6:14 8:20
  179:4 180:4
**object**  13:5,10
  15:24 21:24 26:12
  34:5 37:14 39:6
  43:14 47:6 54:15

64:5 65:16 66:2
78:16 110:23
136:2
**objection**  17:18
  18:7 19:18 20:2,9
  22:2 23:6 24:8
  25:23 26:10 27:9
  27:21 28:14 29:19
  30:3,10 34:12
  35:18 36:8,25
  37:12 39:16 40:1
  40:3,8,16 41:2,15
  42:1 43:8 46:5
  48:24 49:9,13,16
  50:6 51:9,24 52:7
  56:13,25 58:24
  59:17 63:16 65:2
  65:8 67:4 73:14
  74:14 82:12 84:22
  85:14 99:20,25
  112:13 120:9
  132:17 133:25
  135:13,25 136:18
  137:5,14 138:3
  143:16 144:15
  145:5,20 146:5
  147:3,10,16,22
  149:2 157:8 159:1
  159:13 160:6
  161:19 163:21
  164:7,18 166:12
  169:15 170:1,11
  171:14,23 176:8
**obligation**  13:2,8
  36:1 64:24 65:6
  83:1,5 84:14
  104:19 105:4
**obligations**  116:25
  143:14
**obstructed**  104:2

**obtain**  42:24
**obtained**  55:19
  86:9
**obviously**  103:10
**occasion**  15:10
**occasionally**  57:3
  165:16
**occasions**  167:6
**occur**  81:7
**occurred**  88:12
**october**  21:15,17
**offer**  37:17,22
**offered**  48:5,10
**offering**  24:21,25
**office**  7:3
**ohio**  154:16
**okay**  7:21 9:20
  10:10 11:10,21
  12:12,13 18:19
  19:4 20:6 21:6
  23:9,16 24:13
  31:11 32:16,22
  33:19 36:18 37:25
  38:13,22 39:13,23
  41:7 43:5 44:1
  45:10,19 46:2,8,17
  47:11,19,25 48:19
  49:3 50:9,23
  51:12,18 52:2,20
  53:1,8,14,19 54:12
  54:17 55:1,8,13,24
  56:3 57:5,18 58:3
  58:18 59:11 60:7
  61:8 63:1,7,22
  65:12,24 66:15,22
  67:9 68:1 69:13
  70:8,22 71:19,24
  72:19 73:3,19
  74:10,18,22 76:2,7
  76:19 77:3,18
  78:12,19 79:1,10

79:23 80:8,13
81:9,17 82:18,23
83:13,13,16,17,22
84:9,18 85:2,25
86:15,21 87:14
88:15,23 89:9,15
91:17 92:16 93:12
93:20 94:10,22
95:7 96:13,21
97:3,23 98:6
99:23 100:4
102:12 103:2
105:11,13,17,25
106:7 107:10,19
108:25 109:11,19
109:25 110:5
111:1 112:16
113:4,19 114:12
114:18,21 115:16
116:13,23 117:4
117:10 118:1,17
119:7,22,25 121:2
122:18 123:13,23
125:14 127:24
129:18 130:21
131:2,8,20 132:2
133:5,15,20 134:5
134:21 135:4,9
136:12 137:11
138:7 139:13,25
140:2,6,11 141:19
142:20 143:19
145:13,17 146:10
148:9 150:7
151:11,15 152:2
152:15 153:11,22
154:3,6,15 155:2,6
155:17 156:6,13
156:23 157:14
159:9 160:14
161:1,14 162:2,15

[okay - partners]

164:1,15 165:10
165:23 166:14
167:8 168:8,24
169:22 170:8
171:18 173:10
174:10,24 175:10
176:15 177:2,11
178:15
**ones**  15:19 39:12
168:4
**ongoing**  82:3,19
**operating**  141:1,6
143:20 160:17
**operation**  135:24
**operations**  17:9
47:2,8
**operative**  14:21
150:3
**opinion**  30:2
118:15
**opportunity**  58:3
111:17 168:19
174:7
**opposed**  100:25
**opposite**  104:12
**order**  136:25
141:23 142:6
165:16
**orders**  163:25
167:7
**organization**
25:11 36:7 92:7,9
118:3 161:17
**organizations**
33:25 37:11 161:3
161:8,23 162:6
**organized**  17:16
**originally**  100:15
**ostfeld**  2:17 5:4
6:24 7:9,11 28:2,4
29:21 44:1 66:7

82:15 84:6 89:9
89:15 103:2 104:7
104:9,18 105:12
111:20 119:14
128:24 129:14,18
141:19 148:6
156:19 160:24
161:10,14 165:15
177:19 178:6,10
178:15
**outcome**  6:16
180:12
**outlined**  23:8
38:11
**outside**  19:19 20:4
20:10 21:3 24:9
27:10,22 28:16
29:20 34:14 39:17
40:4,18 41:3 42:3
43:10 47:7 59:1
63:17 67:5 82:13
84:24 120:10
144:16 145:22
146:6 147:5,11,18
147:23 149:3
155:4,15 156:3
159:3 160:8
161:21 162:20
163:22 170:3
171:16,25
**overlap**  75:19
**oversees**  134:20
**overview**  58:5
**owed**  34:22
**owner**  132:20
**ownership**  16:21
16:24 135:10
**owns**  26:4 71:4
144:7

# p

**p**  2:2,2 3:1,1 4:1,1
6:21 7:3
**p.c.**  3:20
**p.m.**  178:20
**pa**  20:15,22 21:1,2
21:4 135:1,3
**pace**  7:18
**page**  5:3,7 8:18
68:15 73:5,21
74:24 77:7,7
79:16 81:19 85:19
85:21,22 92:22
94:14 95:9 96:15
97:5 100:6 101:8
103:20,20 108:9
113:5 115:1 118:2
118:6 120:1,12,18
123:5,24 126:1,3
126:23 142:8
148:3 151:17,20
157:14 167:17,17
170:23 181:4
**pages**  119:16
**paid**  23:1 26:25
27:5 30:19 41:19
41:24 49:6,19
50:2,12 53:10
55:18 85:11 86:2
86:8 88:3,13
100:23 102:16
106:10 116:6
121:22 145:18,19
153:13 155:12
157:4 158:8,13,20
159:21 161:25
169:12
**paragraph**  31:20
31:25 34:16,18
78:9 81:20 100:5
102:4 104:1

151:18,19,19
152:8,11,16,22
153:12 154:7
155:7,10,22
**paragraphs**
157:15,17
**pardon**  161:5
**parent**  137:3
**park**  39:25
**parkway**  3:15
**part**  23:17 63:12
72:16 99:2 103:22
104:20 105:4
116:9 121:18
122:10 123:25
124:8,18 125:2,3
126:22,23 127:6
127:15,25 128:1
136:14 149:19
172:20
**partially**  104:2
**participated**  119:3
**particular**  43:15
43:24 48:17 53:7
54:25 55:6 56:11
56:23 57:16 62:24
68:15 70:12,14
71:1 88:20 91:9
92:1,25 93:10
98:16,17 100:15
101:8 131:6
137:18,20 150:12
163:25 165:7,17
167:1 172:18
**particulars**  58:4
59:15 157:11
**parties**  62:13
100:25 133:8,13
180:9
**partners**  139:7

partnership 107:1
party 5:12,14,15
6:14 22:25 24:3,6
24:11,14,18 25:21
26:15,25 27:4
28:22 30:9 34:8
54:19 95:20
117:25 122:21
160:4,18 162:12
162:18 170:6,9,15
175:1,7
pass 178:7
passthrough 41:9
patient 40:25
157:11
pattern 10:5
pause 178:10
pay 26:5 48:9
55:14,21 56:4
80:9 87:11 147:21
160:10,18
payer 24:6,14,18
26:15,25 95:21
payers 22:25 24:3
24:12 25:22 26:5
27:4 28:22 30:9
34:9 54:19 95:20
payment 86:2,13
87:16 100:11,19
100:25 101:3,18
116:7 155:23
156:15 157:11
162:1
payments 24:24
25:13 28:20 32:3
33:11 38:3 45:2,7
45:12,21 47:9
73:11 74:7 77:20
86:22 87:1 95:18
95:19 97:15 99:19
144:8 154:9 155:8

155:14 162:7
171:21 173:7
177:14,15
payor 5:12,14,15
117:25 122:21
160:4,18 162:9
169:7
payors 162:12,18
170:6,9,15 175:1,7
pays 40:19 55:9
pc 3:13
pending 10:8 12:5
171:21
pennsylvania 3:9
3:16 4:12
people 45:15
127:13 128:14
percentage 52:4
perform 84:2
period 49:8 50:5
50:16 57:13,16
58:1,2 96:15
97:18 121:8,24
176:19
periodically 10:2
periods 49:21
permits 136:22
person 10:15
46:11 79:11
124:18,21,25
125:11 127:16,18
127:22 134:13,19
145:2,9,14
personal 8:6 13:3
30:1 45:6,11,16,21
45:25 48:4 50:19
62:4 118:19,25
123:9 126:5,10
158:10 159:22
personally 42:10
42:10,14,20

150:19,21
persons 121:4,13
121:19,22 122:4
124:1,2,6,9,11,15
126:24,25 127:4,7
127:9 172:21
173:3
pertaining 142:4
152:4 171:20
pertains 153:24
pharma 3:14
pharmaceutical
3:4,5 159:24
pharmaceuticals
2:14 7:9
pharmacy 25:6
38:19,21
philadelphia 3:9
phrase 12:16 29:1
29:9,24,25
physical 139:17,22
140:4
physician's 39:14
39:20
physicians 39:24
place 112:18
175:19
placed 93:10
plaintiff 1:6 11:9
12:18,25 16:25
17:12 18:21,22,24
31:24 37:4 45:9
45:17,20,24 46:14
46:18 64:16 66:8
66:11 68:21 71:17
77:1 88:9 118:10
118:20 119:4,8,11
120:2,8 122:21,25
123:10 125:24
126:6 130:9,23,24
132:19 133:4,21

134:8,9,14 141:9
146:2 162:23
163:12 167:1
172:8,25
plaintiff's 5:13,14
5:16
plaintiffs 30:21
117:12,25 135:8
150:10
plan 24:20,21,25
25:4,14,17 32:7
38:9 47:18 48:22
50:22 51:15 52:6
92:7,13 160:20,22
161:25
plans 26:1,22
28:21,23 37:18,23
38:16 39:4,11
44:23 47:9,15,21
48:5,10 49:6 50:3
50:13 51:21 53:5
54:7 74:9,9
172:23 173:4,7
play 47:3
plaza 4:17
pleading 149:18
please 6:19,25
9:17 10:14 14:17
17:21 18:14 19:16
25:19 28:2 31:3
40:11 49:22 56:19
72:10 78:6 83:12
83:17 85:10 101:7
101:8 105:10
119:15 139:20
plural 92:4
point 83:3,8 93:7
100:17 105:2
150:12 162:14
policies 121:20
124:19 127:17

ponce 2:6
portion 104:16,23
  120:7 169:9
portions 144:22
posed 174:9
position 22:19
  95:4 103:4 160:16
possess 40:6,14
possessed 46:4
possesses 62:4
  124:6 127:4
possessions 158:7
  159:19
possible 141:24
post 75:11,22
  113:12,16 114:3
potential 54:20
potentially 99:18
practice 20:25
  21:14
prayer 176:11
precise 158:2
prefer 102:25
preference 111:11
  129:6
preferences
  142:15
prejudice 35:2
preparation 23:18
  62:18 76:1 118:16
  151:6 152:24
prepare 14:18
  15:15 118:14
  165:5
prepared 159:8
  162:8
preparing 15:4
  53:17 67:23 90:21
  108:15 119:4,9
  123:1,15 126:15
  141:17 149:22

151:2,24 172:10
prescribed 10:4
prescription 24:21
  24:25 25:4 156:16
  156:21 157:3
  160:19 171:21
presence 125:4
  128:3
present 4:21 158:8
  159:20
press 129:15
presumably 44:18
  131:21
presume 49:11
pretty 130:10
prevails 36:3
  144:12
previous 16:14
  19:21 43:23 63:10
  96:9 105:16 111:8
  114:10 123:11,21
  152:12 160:12
price 41:24 86:5,7
  110:24 111:3,6,12
  111:17
primary 20:25
  95:20,21
prinston 3:4
printout 167:17
  170:20
prior 20:13 165:4
private 37:17,22
  38:8,15 51:22
  164:6,11 168:18
  168:22 169:2,7,11
  169:13 171:13
privileged 27:13
  27:25 28:19
probably 72:11
  128:24 129:10
  134:9,17

problem 104:9
procedure 156:12
procedures 121:20
  124:20 127:17
proceed 6:20
proceeds 144:13
process 27:14 59:9
produce 43:21
produced 14:24
  42:12 53:20 76:4
  87:21 102:1
  109:22 114:23
  133:17 153:2
product 41:1
  128:3
products 1:5 6:5
  121:7,24 125:5
  128:4
professional 1:19
programs 121:6
  121:15,20,23
  124:20 127:17
progress 174:20
prompt 119:24
proposal 57:2,6,13
proposed 21:22,23
  22:5,6 34:8 35:3
  36:4 41:13 49:8
  49:21 50:4,15
  157:18 162:13
  169:14
proprietary 62:14
prosecute 166:7
prospective 80:16
  81:4
protect 62:7
protective 141:23
  142:6
provide 43:7
  81:22 82:1,3,8
  103:22 104:20

112:21 121:14
  122:4 125:10
  132:23 133:13
  162:17
provided 24:24
  25:13 63:25 65:14
  82:11 122:9 151:1
  151:10,13 153:8
provider 39:9
  40:19,23 41:19
  170:25
providers 5:22
  39:4 40:6,14
  41:14 59:23,23
  99:13 170:22
provides 62:5
  81:25 134:2
provision 35:7
  82:25 83:3 97:25
  100:13 102:8
  105:3,15,19
  116:15 143:5
provisions 84:4
public 1:20 179:17
  181:22
punitive 41:22
  163:5 173:13
  174:2,6,13,16
purchase 75:24
  76:4 81:14 86:5,7
  87:5,18,20 88:6
  99:1 101:11,17,22
  101:25 102:6,7
  103:6,8 105:19,23
  109:14 110:24
  111:3,6,12,12,16
  114:15
purchased 88:17
purchases 29:17
  30:8,16,17,19 40:7
  40:15,24 177:8

**purpose** 80:2
132:10 171:2
**purposes** 8:18
102:24 103:13
**pursuant** 70:16
99:15 133:23
144:18 146:25
**pursue** 111:22
132:21 135:8
143:22 159:15
162:8
**pursued** 58:11
59:8,10,20 99:15
**pursuing** 174:22
**pushing** 129:9
**put** 13:21

**q**

**qualifications**
25:20 142:16
162:4 174:1,4
**qualified** 82:14
**question** 9:8,10,12
9:19,22 10:8
17:21,22 19:16,20
19:21,22 27:12,24
28:3,5,8 40:10
43:24 49:23 56:19
66:6,9 72:10 81:9
82:16 104:22
105:1 109:1
111:16 128:25
140:1 150:4
151:23 160:23
169:22 170:13
173:14,25
**questioning**
172:17
**questions** 9:16
11:17 12:24 39:1
47:12 103:17
172:18 174:9

178:7,8,12
**quick** 87:23
119:20
**quickly** 8:1,17
**quote** 130:20

**r**

**r** 2:2 3:1 4:1 6:21
7:2
**raised** 26:2
**range** 74:25 75:4,5
96:18,23,24
102:16,18,21
103:5 111:5,7,12
113:6,8 114:3
**ranges** 114:7,13
**ratified** 152:19
153:9
**reached** 168:24
**read** 28:6 29:4
30:5 33:15,17
151:21 163:25
179:4
**reading** 28:5
29:10 30:2
**reads** 31:20 34:18
**ready** 90:4
**really** 16:16
**reason** 70:13 71:8
163:10 181:4
**reasons** 163:19
**rebates** 52:16,23
**recall** 23:14,20
39:21 50:20,25
51:8,16 55:23
56:7 57:21 58:1
59:3,13,15,21
65:22 71:12 74:21
75:23 87:13 88:19
92:2 93:9 94:9
96:6 97:22 98:4
98:19 100:14,24

101:10 102:9,13
102:14,15 105:20
105:24 109:6
110:15,20,24
111:5,7 112:24
114:9,20 115:14
116:11 117:15,17
118:13 120:4
122:12,14 125:15
125:16 128:17,19
128:22 130:18
131:16 133:2,8,10
135:2,18 136:11
141:24 146:8
148:6,19 150:5
151:5,8 152:23
153:4 163:6
164:23,23 167:5
175:17
**recalled** 23:5
155:23 156:1,9
**receive** 63:14
88:14 177:3
**received** 41:24
48:22 63:12 64:3
66:12
**recess** 44:8 89:21
129:25 178:1
**recitation** 88:4,5
106:11,12
**recites** 88:1 106:8
142:14
**recognize** 67:22
90:20 108:11
125:23 141:4
151:23
**recollection** 59:7
62:22 73:2 79:9
81:6 84:7 85:7
87:17 91:16 93:5
101:19 102:11

106:6 108:2
109:16 110:4
112:3,8 113:18
115:20 117:18
133:3 141:8 151:4
153:6 165:9,12
**record** 6:2,18 7:1
10:14 13:22 28:6
31:21 44:6,11
67:12 85:23 89:19
89:24 90:8 103:3
103:14 105:7
111:14,21 129:23
130:3 140:24
141:20 157:9
159:14 166:13
169:16 170:4,12
177:24 178:4,9,18
179:6,8 180:6
**recorded** 6:4
**records** 77:1
131:18,22 132:4
138:9 142:22
**recover** 36:21 84:2
132:15 171:12
**recoverable**
132:11
**recoveries** 59:20
144:18 145:12
**recovers** 144:13
**recovery** 1:10 2:5
4:23 5:24 10:17
11:3,8 12:3,10,17
16:5,7,15,22 17:5
17:9,11,16 19:11
20:8,11,14 21:5
43:17 44:15 45:15
46:4,7,9,14 47:5
47:13,14,20 48:3,8
48:13,21 49:4,18
49:25 50:10,18,25

51:5,13,19 52:3,14
52:21 53:2,9 54:9
55:19 57:17 61:5
61:5,19,22 62:23
64:2,12,19 65:1,10
65:19,21,25 66:8
66:11 67:1,18
68:9,17,18,20 69:9
69:10,12,15,19,21
70:1,11,13,15,25
71:9,18 78:18,20
78:24 79:2,12,16
80:21,25 81:18,22
82:24 83:21,24,25
84:2 85:5 86:9
87:7,24 88:8 91:7
91:8,20,22 92:19
92:23,24,24 93:7
93:15,17 95:2,5,10
95:13,19 103:24
106:2,24 107:3,6
107:12,15 110:13
112:5 130:8,15,17
131:1,14,24,25
132:3,6,14,22,23
133:7,9,22 134:19
134:22,25 135:7
135:11,24 139:6
141:2,7 150:23
151:1,10,12
152:20 153:7
163:17 167:3,9,19
168:22 171:6
172:8,22
**recovery's** 170:21
171:3
**redacted** 102:23
**reduce** 104:6
**refer** 12:10,11,15
**reference** 58:2
78:5,7 83:19

95:17 97:15
162:17
**referenced** 34:1
152:22 155:9
**references** 78:13
80:14 152:17
154:8
**referencing** 79:25
**referred** 26:16
62:2 86:3 94:11
156:19
**referring** 12:17
23:15 39:19 56:15
66:7 95:16 141:13
144:1
**refers** 31:23 86:4
95:18
**reflect** 100:22
142:17 143:9
148:21
**reflected** 46:13
87:16 155:11
156:22
**refreshed** 117:18
**refused** 84:20
**regard** 162:9
**regarding** 5:8 31:5
31:14 125:10
145:3 175:6
**regardless** 99:13
**registered** 1:19
76:12,17
**registration** 76:21
76:22
**regulations** 121:6
**reimbursable**
33:11 95:18
**reimbursed** 30:8
40:24 51:15
**reimbursement**
32:3 34:23 36:22

38:2 40:7,15
57:23 58:13 61:22
73:11 95:19 114:2
144:8 171:20
**reimbursements**
171:12
**relabeller** 159:25
**related** 6:14 26:21
34:2,25 35:11
60:17 67:3 94:7
109:8 112:12
115:24 172:23
173:4 175:7 180:9
**relates** 1:9
**relating** 83:25
103:23
**relation** 12:4
**relationship** 54:13
92:11 112:25
113:2 136:16
**relationships** 54:7
54:8
**relied** 118:14,25
123:12
**relief** 176:3,5,7,12
176:12
**relieve** 175:23
**rely** 126:11
**relying** 11:17
165:9
**remain** 168:6
174:20
**remedies** 65:13
**remember** 98:20
102:22 109:18
111:2 175:17
**remind** 7:22
**reminders** 7:25
**remote** 9:4
**remotely** 1:20

**repackager**
159:25
**repeat** 17:20 19:15
28:2 40:10 49:22
56:18 72:9
**repeated** 97:20
**rephrase** 139:20
**rephrasing** 72:11
**replacement** 51:14
**reporter** 1:19,20
6:11,19 7:14,20
8:25 28:4,7
152:14
**reporting** 181:1
**repository** 54:19
**represent** 7:9
22:11,12,13,23,24
23:11 24:1,2 26:2
36:1 37:6 149:17
158:3 169:23
170:6,15 174:18
**representations**
104:24
**representative** 8:7
12:3,23 14:1,20
16:2 21:22 22:5,9
22:10,18 25:21
26:19 30:1 161:15
162:4 163:5
166:21,25 173:13
173:20 174:2,5,13
174:15
**representatives**
27:19 28:12 35:4
80:24
**represented** 10:19
**representing** 21:5
**represents** 146:11
146:16,21
**request** 43:11,12

**require** 43:13
**requirements**
  121:6
**reserve** 103:15
  111:22
**residual** 87:6
**resource** 162:17
**respect** 11:9 14:2
  22:19 23:13 33:7
  47:8,9 51:22
  71:25 72:4,13,17
  94:7 107:20 110:2
  131:24,25 134:3
  145:10,11 163:11
  168:3 173:6
**respectfully** 9:8
**respective** 50:3,13
  51:21 132:14
**response** 50:19,24
  121:18 122:9
**responsibilities**
  12:22 17:3,14,23
  19:10 23:12 72:7
  72:16 94:6 173:12
  173:15,18
**responsibility**
  19:14,17 95:22
**responsible** 19:24
  20:7 64:2 134:6
**restated** 140:25
**restricted** 141:21
  142:2
**restrictions**
  142:16
**result** 69:9 136:24
**results** 165:18
**resume** 129:20
**retain** 22:13 59:25
  60:4
**retained** 58:21
  59:4 60:3,10 98:7

98:10,14,21 99:1,2
99:5 115:9,13,18
115:23,23 174:17
**retainer** 146:9
**retains** 143:21
**reveal** 27:12,25
  28:18
**revenue** 144:18
**review** 18:22,23
  19:8 39:2 45:16
  48:22 58:4 118:21
  119:15 123:14
  126:14 133:10
  141:16 150:2
  152:3,24 165:8,16
  168:20 176:10
  177:20
**reviewed** 13:17
  14:21,22,23 15:18
  18:21 19:1 23:17
  32:20 53:16,23
  67:23 75:25 84:16
  90:21 97:13
  108:15,24 117:11
  117:19 118:10,13
  118:14 119:8
  123:1 126:9
  149:22 150:2,14
  151:5,24 156:8
  172:9 176:21
**reviewing** 11:16
  119:11 126:17
**reviews** 132:9
**revisit** 103:15
**rid** 38:23
**right** 7:4,7 8:10,14
  10:20 11:25 12:19
  13:12,24 14:16
  15:1,13 16:3,20
  18:2 23:3 26:7,9
  27:15 28:25 29:7

29:23 30:14,25
31:3,8,18 34:7
36:2,24 37:20
39:15 40:22 42:8
42:15,22 43:19
45:19 47:5 48:23
52:10 56:8 57:11
58:4,14 60:18
62:8,15 64:9,14,20
65:5 68:7,22,25
69:24 71:5 73:10
75:8,13 76:23
77:16 78:2,15
79:14 83:15,17,18
83:22 85:20 86:11
86:25 87:5,7,9,12
88:7,8,14,18 89:4
89:7 90:3 91:3,10
91:23 93:18 95:25
97:6,10 98:24
101:2,8,14,24
102:20 103:15
104:18 105:9,10
107:14 111:10,22
113:9 114:6,25
115:21 117:22
120:20 126:21
128:16 130:5
131:4 132:12,20
134:12 135:19
136:4,7 137:25
138:11,17,25
139:8 140:9,22
141:15 142:13
143:15,21 144:11
145:8,24 146:20
148:1,14,18
149:24 152:9,25
154:16 155:21
157:1,7 158:18,21
158:25 159:12

161:4,8 165:1
168:12,24 169:5
169:10,14 171:9
172:4,12 173:24
175:4 177:18
178:16
**rights** 57:23 58:10
  58:13,20 61:22,22
  89:1 113:25 131:1
  131:1 142:15
  143:22 148:25
**ring** 7:16
**rise** 153:5,10
**risk** 40:20 41:20
  162:1
**rivero** 2:4 146:14
  146:24
**road** 4:11 7:5
**roberto** 145:15
**rodriguez** 107:8
**role** 10:22,25
  15:23 68:11
  150:17,23 174:12
  174:15
**roles** 132:14
**rolling** 103:20
  177:5,9
**romanette** 144:1,6
**romeo** 139:12
**room** 10:12 11:6
  11:11,15
**rooney** 3:20
**rose** 4:3
**roster** 165:8
**roughly** 109:10
**rpr** 180:2,18
**ruggieri** 3:17
**ruiz** 94:24 106:21
  106:21 107:8
  135:1

**ruiz's** 95:4
**rule** 7:23
**rules** 8:15 121:5
**run** 8:16 84:19
**runs** 69:16

**s**

**s** 2:2 3:1 4:1 5:6
181:4
**safety** 62:6
**sake** 88:4
**sandra** 107:8
**sara** 1:18 6:11
180:2,18
**sartan** 32:4 33:11
34:23
**saw** 95:15 97:8
104:20 157:1
**saying** 163:13
**says** 102:7
**scenario** 123:7
**scope** 19:19 20:4
20:10 24:9 27:10
27:22 28:16 29:20
34:14 39:17 40:4
40:18 41:3 42:3
43:10 47:7 57:3
59:1 63:17 67:2,5
82:13 84:24
120:10 144:16
145:22 146:6
147:5,11,18,23
149:3 155:15
156:3 159:3 160:8
161:21 162:20
163:22 167:7
170:3 171:16,25
175:22 176:2,13
**screen** 31:1,6
38:24 68:16 85:18
90:5 104:16
140:21

**scroll** 72:24 78:6
79:5 83:7 84:7
94:13 105:7,10
119:15 123:18
151:16,22 168:13
168:18
**scroller** 83:6
**scrolling** 101:6
**se** 2:15
**second** 15:11 73:5
90:12 95:8 104:3
112:4 115:1 150:6
**secondary** 169:7
**secretaries** 76:14
**secretary** 131:18
131:22 132:4
**section** 79:15,24
80:14 81:18,20
85:16 86:1 97:4
120:2,13 142:10
142:14 176:11
**secured** 66:5
**security** 62:6
**see** 7:12 35:7
72:25 73:8 74:1
75:2 76:21 78:21
80:18 81:23 83:4
90:6 95:11 97:18
98:1 100:12
103:25 104:5
118:2 119:23
122:23 126:17
143:25 144:4,5,6
153:15 156:17
157:21 160:2
**seeing** 23:20 32:14
**seek** 23:13 144:8
169:6 170:15
176:5
**seeking** 21:20 22:4
36:21 149:19

166:19 169:23
171:12,20 176:6
176:12
**seeks** 22:23,24
23:11 24:1 158:3
170:5,5 173:11
**seen** 31:10 167:20
**segregate** 70:17
136:25
**segregated** 131:5
**select** 27:6
**selected** 75:5 92:1
96:19
**self** 47:16,22
**sense** 90:17
**sentence** 154:7
**sentry** 3:15
**separate** 53:20
68:8 70:21 71:9
74:19 75:24 76:3
76:10 80:9 91:8
91:20,22 101:4,10
101:17 109:6
110:13 114:16,17
116:18 131:7
136:7 137:3,12
138:9 142:15
143:6,10 144:20
144:22 145:1
147:1 149:6
160:15
**separately** 76:13
138:1,6 142:24
147:8
**september** 96:16
96:17 113:8,8,13
113:17 152:17
156:25 157:4
**sequence** 90:15
**series** 5:24 12:3,10
12:17 17:16 66:11

68:18,18,19,20
70:12,14,15,16,18
70:20 71:1 75:11
76:9,9,15,22,24,24
76:25 87:25 88:10
88:19,20 89:1,5
91:7,9 92:23,25,25
93:8,10,15,18
94:24 106:2,13,16
107:12,16,18,20
107:23 108:1
109:5 110:13
117:6 130:17
131:4,4,6,11,25
136:7,9,13,14,16
136:17,23,25
137:3,4,10,12,21
138:8,13,21,22,22
139:2,5,14,21,23
140:7,12,15,17
141:2,7 142:10,14
142:18,23,23,24
142:25 143:6,10
143:14,15,22,24
144:8,12,14,20,22
145:1,19 146:4,12
146:17,23 147:14
148:3,10,15,17,22
149:1,6 152:20
157:6 158:23
171:7 172:8
**serve** 21:21 25:20
27:19 28:12 162:4
174:1,5
**served** 16:17
**service** 77:22
97:17 133:23
156:20
**services** 25:10
40:21 84:2 92:5
95:21

servicing  132:22
    132:25 133:6,13
    133:16
set  10:4 26:24 35:5
    47:11 57:25 85:17
    98:12 101:3
    110:21 111:25
    113:21 114:14,15
    116:18 120:7
    133:4 137:7 180:5
    180:14
sets  63:11 74:24
    77:7 142:9 147:7
setting  9:4 72:6,15
    94:5 102:5
settled  164:17,21
seven  14:7 36:6
share  31:1 90:5
    93:17 139:21
    140:21
sharing  51:22
    116:15 171:12,20
sheet  5:13,14,16
    14:23 18:21,23
    19:5,8 117:12,25
    118:10,12,21
    119:4,9,12 120:2,8
    122:21 123:10,12
    123:15,21,25
    125:24 126:7,9,12
    126:14,23 172:25
    181:1
sheets  18:24 19:1
    117:16 123:1
    173:2
shoes  159:6,11
    160:12
shortened  71:16
shortly  62:16
show  33:12 62:16
    62:25 67:10

117:23 122:19
    125:21 167:15
    170:19 172:5
showed  169:4
showing  31:6
    108:6 140:23
    149:13
shrugs  9:1
side  165:13
signature  72:25
    79:5 94:13 118:6
    119:16 123:4
    126:2 180:16
signed  80:24 81:8
    94:24 95:1 106:23
    118:9 179:13
significant  148:8
signing  117:15,17
    118:21
signs  79:11
similar  43:23
    58:17 59:19 60:1
    97:14 98:2 104:19
    105:2,15 108:23
    109:7,13,18
    110:18 111:8
    112:6 116:21
    117:1 123:11,21
    173:25
similarly  28:22,23
simpler  71:14
    169:22
simplicity  12:8
simply  9:17 95:24
    111:20 130:25
simultaneously
    100:24
singular  92:10
sir  7:12 11:24
    13:11 15:17,20
    20:17 21:18 31:7

43:24 48:2 51:4
    52:13 64:1,13
    84:17 88:22 93:24
    110:11 111:19
    115:7 116:4
    118:23 122:6,24
    124:17 125:8
    126:13,20 127:5
    127:11,14,23
    141:14 146:8
    148:13 154:20
    158:22 161:9
    167:12,21 170:24
    173:5,23 174:9
sit  111:15 126:18
    168:2 169:21
situated  28:23
situation  84:19
six  96:23
size  104:6
skip  157:14
slightly  7:17
slower  7:17
slowly  83:7
smith  4:10
solco  3:5
sold  41:23 158:11
    159:24
solutions  6:10,12
somebody  161:10
somewhat  99:11
sorry  17:20 19:15
    19:20 38:23 39:18
    49:22 56:18 66:24
    67:16 72:9 86:18
    101:17 105:20
    120:15 128:20
    139:8,16,19,19
    144:21,24 175:12
    176:17

sort  16:18 58:20
sought  42:24
sounds  9:2
source  128:9
sources  121:22
south  3:8 7:4
southern  171:6
speak  7:17 8:1
speaking  79:22
speaks  37:3 73:15
    73:17 74:15 85:15
    95:25 100:2
specific  23:21
    26:18 31:15 49:5
    49:19 50:1,11
    57:13,25 58:9
    60:14 63:24 78:10
    87:13 99:7 102:14
    110:19 131:16,23
    133:8,12 137:22
    149:1 151:20
    157:11 162:24
    163:6 165:8,18
    176:23
specifically  32:9
    37:19 39:11 42:19
    60:17 65:18,22
    74:8 75:7 92:15
    92:24 96:20 97:22
    98:4,23 102:19
    103:1 105:24
    109:18 111:4
    113:1 114:9,20
    115:14 120:11,19
    122:6 124:7
    127:14,23 130:18
    133:2 134:18
    135:2,18 153:20
    154:2,14 156:5,11
    160:11 163:24
    164:9 166:22

167:5 171:1,8,17
**specifics** 41:5
**specify** 71:14
**speculation** 36:12
42:5 49:1 84:25
**speculative** 35:22
**speed** 14:6 83:14
83:15 105:9
**spoken** 15:14
**sponsor** 24:20
**spot** 128:25
**st** 4:18
**stake** 135:11
**standalone** 69:7
71:9,13,15 79:21
80:1 91:19 92:17
92:18 108:21
116:14
**standard** 55:5,7
55:10 57:2,6 77:9
**standardized**
54:22 56:10,23
**standing** 71:14,17
132:21 165:21
**start** 17:22 66:1
68:12 82:6 91:17
107:5 123:8
130:14 150:8,15
151:17 176:1,6
**starting** 21:8
56:17 119:19
151:18
**state** 6:25 23:21
73:12,18 76:14,17
76:17,21 83:20
103:3 114:3
131:18,22 132:4
154:25 155:4
157:20 159:7
**stated** 78:10

**statement** 29:8
111:21 138:18
**states** 1:1 6:7
31:25 73:18 77:17
78:1 83:23 143:6
153:13 154:8,10
158:6 159:19
172:21
**status** 167:25
174:20
**statute** 70:17
136:22,24
**stenographic** 1:17
6:18
**step** 112:19 159:5
159:10
**steps** 160:12
**stipulate** 142:3
**stipulated** 35:15
36:5
**stipulation** 5:8
31:5,13 32:12,20
32:21 33:8 34:17
35:25 36:16 37:3
37:5,8
**stop** 83:17 101:8
105:8,10
**stores** 3:6 132:8
**street** 3:8,22
**stretch** 172:5
**stricken** 166:15
**structurally**
145:11
**structure** 91:25
**sub** 124:8,18 125:3
126:23 127:6
128:1 172:20
**subclass** 21:23
159:17,18 162:13
162:19

**subclasses** 22:6
23:11,14,20,21
24:1,4 157:17,19
157:20
**subject** 23:1 25:25
122:4 124:15
141:23 142:5
**submitted** 18:24
19:2,6
**subparagraph**
98:9
**subparagraphs**
14:9
**subrogation** 58:10
58:20 59:10,20,21
**subscribed** 179:13
181:19
**subsection** 83:20
97:12 120:3,13
121:3,19 122:10
123:25 143:20
**subsequent** 81:11
87:4,18 88:6,24
93:16,22 153:8
177:8
**subsequently**
41:23 75:10
**substance** 120:15
120:23
**substantive** 78:22
**sue** 143:21 144:12
**sued** 159:11
169:25
**suffered** 30:21
**suggest** 129:12
**suing** 26:8 170:10
**suit** 144:13
**suite** 2:15 3:15,22
4:11,17
**suited** 27:19 28:12

**sum** 55:23,25 56:2
56:6,7 87:13 88:2
100:19,25 101:3
101:12,16,18
116:7
**summacare** 18:6
18:25 26:21 27:6
32:8 36:24 37:10
44:20 45:23 47:3
48:1,6,11,15 49:15
50:2,12 51:3,7,15
52:12,16,23 53:11
53:21 55:15 57:19
57:21 59:3,10
60:3 62:20 67:24
68:5 69:8,12,20
70:24 71:5 72:7
72:16 75:9 80:25
81:10,22 82:1,8
85:11 86:12,23
87:7 89:6 90:16
92:17 95:16 96:4
96:22 97:8,13,14
97:24 103:8
104:20 105:16
107:21 113:20
114:1,8 117:12
118:1,3 120:4
122:13 137:24
146:12 152:18
153:7,9 154:16
176:24 177:8
**summacare's**
27:17 28:10 51:21
53:5 55:15 70:4
82:3 87:5,11 88:7
88:14,17,25
113:24 114:4
120:15 138:12
**summarize** 21:7

[supplement - titled]                                                                    Page 29

supplement
  123:17
supplemented
  119:13
supplied  119:1
  122:9
supply  120:23
support  132:23
  134:2,3
sure  8:17 19:23
  23:14 39:8,11
  40:12 41:5 47:24
  48:18 49:24 50:8
  51:11 52:1,9,18,25
  56:20 62:5 75:18
  83:9 89:13 104:5
  119:17,21 138:5
  160:22 173:17
  177:9,22
suspect  49:2
  125:11 155:1
swear  6:19
swedesford  4:11
sworn  6:22 152:14
  180:5 181:19
system  82:3

**t**

t  5:6 179:1
take  10:2,5,8
  15:11 33:12 44:2
  87:23 89:11,15
  128:25 129:16
  146:9 148:20
  167:6 177:19
taken  1:18 6:5
  44:8 62:7 89:21
  98:3 129:25
  174:14 178:1
  179:4
takes  134:10

talk  9:6 53:14
  130:6,6
talked  33:10 64:22
  98:7 130:8
talking  85:20
  136:6 154:12
  157:16
technician  4:22
technology  63:21
  64:7,11 134:3
tell  7:13 47:15,21
  49:5,19 50:1,11
  51:6,14,20 52:4,15
  52:22 85:19 91:22
  105:8 110:20
  115:11 136:21
  162:24 164:13,25
ten  33:24 44:3
  89:11,16 129:20
  135:20
tend  8:1
tenth  7:5
term  73:23 84:15
  100:21 116:15
  131:6
terminated  148:11
terms  37:7 43:25
  48:4,9 51:20 53:3
  54:23 62:11 73:22
  78:4 85:5,10
  95:23 110:16,18
  110:20 116:17,21
  142:9 165:11
territories  158:7
  159:19
testified  6:22
  44:13 81:14
  136:13 149:21
  167:4
testify  11:2 13:2
  13:18 14:18 29:16

121:4,20 124:9,19
  127:7,16 165:5
testifying  8:20
  12:2,22
testimony  1:11
  30:4 100:10
  121:13 122:3
  124:14,24 127:12
  127:21 134:1
  142:4 152:24
  173:22 177:7
  179:4 180:7
teva  2:14 7:9
text  104:10
thank  9:21 21:19
  78:7 101:9 104:8
thereabouts
  131:19
thing  11:18 31:22
  58:20 88:13
  170:14
think  47:12 50:21
  53:6 79:19 90:3
  103:9 108:22
  113:22 119:17
  122:7 130:10
  149:21 176:24
  177:21
thinking  71:12
third  5:12,14,15
  5:18 22:25 24:3,6
  24:11,14,18 25:21
  26:15,25 27:4
  28:22 30:9 34:8
  54:19 69:14
  117:25 122:21
  149:14 150:5
  151:17 160:4,18
  162:12,18 170:6,9
  170:15 175:1,7

thought  59:14
  100:10
three  14:7,10
  18:10,12 19:2
  26:23 32:5,23
  33:9,23 56:15
  67:12 69:25 76:24
  85:22 92:12 100:6
  102:5 107:24
  108:1 118:2
  121:19 124:18
  127:15 129:24
  136:5,6 137:21
  139:2,9,14,21
  140:12,15 147:1,7
  148:15,16,22
  153:25 154:11
  161:2,6 172:20
  177:4
tier  34:1,24 35:11
tiffany  2:18
time  6:18 10:6
  15:12 44:5,9
  57:14 58:1,1,2
  66:23,25 81:5
  86:17,19,19 89:18
  89:22 96:15 97:18
  107:1 109:10
  112:9,19,23 118:9
  129:22 130:1
  133:4 140:1
  162:14 176:19
  177:23 178:2,17
  178:20
timeframe  176:23
times  15:4,6 94:12
  166:3,15,18,23
title  16:9,11,14,16
  16:18 132:20
titled  61:1 108:9
  140:25 149:14

[titled - valsartan]                                                      Page 30

156:20 167:18
170:21
**today** 8:1,8 10:13
10:19 11:2,17,23
12:2,9,15 13:14,19
14:1,20 15:5,16
23:18 31:10,12
32:18,25 53:17
62:19 67:24 89:5
90:22 103:13
106:16 107:3,7,8
107:16 108:16
111:15 117:5
119:9,13 123:2,17
126:15,19 130:7
141:17 148:5,23
149:23 151:25
152:24 154:1
165:6 168:2,6
169:21 172:10,17
173:21 174:7
**today's** 8:18 76:1
178:19
**told** 8:2
**top** 83:11 168:4
**topic** 14:2,4,9,12
165:2,6 172:20
173:11,11,25
174:11 175:22
176:2
**topics** 11:20 13:4,9
13:14,17,24 14:2,7
14:14,18 172:14
172:19
**total** 96:25 136:9
**towers** 142:15
**tpp** 32:10 35:3
159:17 173:13
174:2,6,13,16
**track** 70:19

**tracked** 69:11
138:6,13
**transaction** 71:11
75:21 91:5
**transactional** 17:6
**transactions** 18:15
**transcribe** 8:25
**transcribing** 9:1
**transcript** 1:17
179:4,5
**transfer** 61:19
69:21 80:5
**transferred** 57:17
57:25
**transfers** 82:4,16
82:20
**traurig** 2:13
**true** 82:19 179:6,8
180:6
**trust** 106:23
**trustees** 106:20
**trusting** 138:14
**try** 7:17,22 39:13
72:11 129:15
**trying** 104:10
**ttps** 159:18
**turn** 83:4
**turning** 115:1
**two** 14:4 15:6
18:10 42:24 44:12
68:8 71:7 89:20
90:8,18 91:5
92:22 93:2 94:5
107:9,17 108:9
112:22 113:6
121:9 124:8 127:6
127:7,9 129:5
132:13 133:14
144:6 164:24
167:5 168:3

**type** 32:10
**types** 61:14
**typical** 65:13
**typically** 54:24
55:2 57:7,13 59:2
61:4,6,10 62:2,11
65:4,7,10 69:7
102:23 149:9

**u**

**umbrella** 131:9
140:3
**understand** 7:19
7:20 8:11,19,23
9:17 10:18 12:1
13:1,7,13 21:20
33:22 42:19
100:20 118:18
130:12 143:12
160:16 170:13
**understanding**
12:21 13:25 22:8
22:22 23:10,25
25:19 27:16 28:9
29:5 30:17,21
33:2 36:19,20
40:5,13 41:12
42:23 61:15 63:18
66:16 70:9 74:11
86:6 100:13
115:17,22 116:1,2
137:2 142:17
143:9,18 152:5
157:24 173:12,15
**understands** 26:1
162:7 173:19
**understood** 9:14
9:23 12:20
**undertaken** 42:17
**unit** 6:3 44:7,12
89:20 129:24
130:4 177:25

178:5
**united** 1:1 6:7
158:6 159:18
**units** 137:1
**university** 21:10
21:11 43:1
**unlimited** 57:14
**updated** 82:2,11
**upfront** 55:25
56:2,6 86:13,22
100:11,19 116:6
**urgent** 39:14,15
39:20
**usa** 2:14 3:14 7:10
**use** 12:16 54:22
158:10 159:23
**usually** 10:3
**utilized** 121:21

**v**

**vague** 15:25 17:19
18:8 20:3 26:11
28:15 35:20 36:10
37:13 40:9,17
43:9 46:6 49:10
50:7 51:10,25
52:8 56:14 57:1
58:25 65:3,9,17
84:23 132:18
135:14 136:1
138:4 145:6,21
147:17 164:8
**vaguely** 164:23
**validity** 67:2
**valsartan** 1:5 6:5
12:4 23:1,4,5 24:7
24:18 25:22 27:1
27:5 29:17 30:8
30:16,17 38:3
40:7,15,24 45:2,8
45:13,22 49:7,20
50:4,15,20 52:17

[valsartan - york]    Page 31

53:12 60:5,11,17
60:21 99:2,7,19
115:24 121:7
122:12 125:5,17
128:2,4,17 147:9
155:24 156:2,10
158:9,14,20
159:22 169:12
177:14,15 181:2
**valuable** 78:14
**value** 121:23
**various** 64:21 76:9
**vary** 54:23,24 55:5
55:11,12 56:11,24
57:3
**vendor** 59:10,21
**vendors** 99:15
**venture** 123:20
**verified** 118:20
123:10 126:6,12
**verify** 119:1 148:7
**veritext** 4:22 6:10
6:12 181:1
**version** 97:20
149:18 150:1,3,13
150:16,17 151:2
**versus** 171:7
**victor** 139:12
**video** 6:4 44:6,10
89:19,23 104:16
129:23 130:2
177:24 178:3,18
**videoconferenci...**
1:21
**videographer** 4:22
6:1,11 44:5,9
89:18,22 129:22
130:1 177:23
178:2,16
**videotaped** 5:23
172:7

**view** 41:25
**views** 104:2
**vigorously** 22:13
**virtue** 70:23
**visible** 11:12
**voluntarily** 164:3
**vrm** 139:6,10,11

**w**

**w** 179:1
**wachter** 4:22 6:9
**wait** 9:9,11
**walgreen** 3:7
**walked** 138:20
**walmart** 3:6
**want** 34:16 38:23
38:24 70:9 79:15
86:16 89:11 99:9
129:2 130:6,12
172:17 173:16
**wanted** 76:21
78:21 93:9 104:12
**wants** 129:1,8
**warranties** 104:24
**washington** 3:23
**way** 73:17 85:17
88:16 104:4
116:12 119:24
157:14 180:11
**wayne** 4:12
**we've** 33:10 62:17
63:6 69:7 102:23
130:7,8,10,14
131:13 136:6
139:14 141:12
142:10 154:1,11
172:16,16
**web** 167:17
**website** 167:9,19
170:21 171:3
**welcome** 89:13

**went** 10:13 90:16
172:13,24
**werner** 3:13
**whereof** 180:13
**white** 11:15
**wholesaler** 159:25
**whorton** 2:8 10:20
13:5,10 15:24
17:18 18:7 19:18
20:2,9 21:24 23:6
24:8,15 25:23
26:10 27:9,21
28:14 29:19 30:3
30:10 34:5,12
35:18 36:8,25
37:12 39:6,16
40:1,3,8,16 41:2
41:10,15 42:1
43:8,14 46:5 47:6
48:24 49:9,13,16
50:6 51:9,24 52:7
54:15 56:13,25
58:24 59:17 62:21
63:16 64:5 65:2,8
65:16 66:2 67:4
73:14 74:14 78:16
82:12 84:22 85:14
99:20,25 110:23
112:13 120:9
129:6 132:17
133:25 135:13,25
136:18 137:5,14
138:3 143:16
144:15 145:5,20
146:5 147:3,10,16
147:22 149:2,8
155:15 156:3
157:8 158:16
159:1,13 160:6,21
161:19 162:20
163:21 164:7,18

166:12 169:15
170:1,11 171:14
171:23 176:8
177:22 178:8
**whorton's** 11:4
**wide** 164:21
**willing** 54:5
**winter** 39:24
**witness** 5:3 6:20
27:11,23 28:17
44:4 84:5,11
89:13 104:8,13
129:10,17,21
161:12 178:7,9
180:4,7,13 181:3
**witnesses** 43:21
120:14,18
**word** 148:20
**wording** 95:15
**words** 9:2 112:20
115:3
**work** 21:3 41:6
81:3 147:8
**worked** 44:19
**working** 21:5
172:21 173:3
**works** 104:8
129:17
**writing** 147:20
**written** 32:20
**wrong** 152:10

**x**

**x** 5:1,6

**y**

**year** 16:18 96:23
96:23
**york** 4:6,6 32:7
92:6,8,8,14 154:19
181:1

**[z - zoom]**                                                                                    Page 32

| **z** |
|---|
| **z**  6:21 7:3 145:16 |
| **zhejiang**   3:4 |
| **zoom**   1:20 104:2 |

```
              Federal Rules of Civil Procedure

                          Rule 30


  (e) Review By the Witness; Changes.

  (1) Review; Statement of Changes. On request by the

  deponent or a party before the deposition is

  completed, the deponent must be allowed 30 days

  after being notified by the officer that the

  transcript or recording is available in which:

  (A) to review the transcript or recording; and

  (B) if there are changes in form or substance, to

  sign a statement listing the changes and the

  reasons for making them.

  (2) Changes Indicated in the Officer's Certificate.

  The officer must note in the certificate prescribed

  by Rule 30(f)(1) whether a review was requested

  and, if so, must attach any changes the deponent

  makes during the 30-day period.




  DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES

  ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

  THE ABOVE RULES ARE CURRENT AS OF APRIL 1,

  2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES

  OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.
```

# VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

# Exhibit 31

HIGHLY CONFIDENTIAL

Page 1

1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF NEW JERSEY

3

4       _____

5        IN RE:                        ) REMOTE VIDEOTAPED
                                       ) DEPOSITION OF:
6       VALSARTAN PRODUCTS             )
                                       ) THOMAS T. BROWN, JR.
7       LIABILITY LITIGATION           )

        _____

8

9

               ** TRANSCRIPT DESIGNATED AS HIGHLY CONFIDENTIAL **

10

11

12              Transcript of the stenographic notes of the

13       proceedings in the above-entitled matter, as taken by

14

15       and before Nancy Carides, RMR, CRR, Certified Court

16

17       Reporter and Notary Public of the State of New Jersey,

18

19       on Friday, May 28, 2021, commencing at 8:34 A.M. EDT.

20

21       The witness is testifying from the law offices of

22

23       Preti Flaherty, 45 Memorial Circle, Suite 401,

24

25       Augusta, Maine.

HIGHLY CONFIDENTIAL

## Page 2

```
1  A P P E A R A N C E S :
2     PRETI FLAHERTY
         BY:  GREGORY P. HANSEL, ESQUIRE
3        ELIZABETH F. QUINBY, ESQUIRE
         BRUCE GERRITY, ESQUIRE
4        One City Center
         Portland, Maine 04101
5        207-791-3000
         ghansel@preti.com
6        bgerrity@preti.com
         equinby@preti.com
7
         Counsel for Plaintiff, MADA
8
9     LEVIN, SEDRAN & BERMAN, LLP
         BY:  CHARLES E. SCHAFFER, ESQUIRE
10        510 Walnut Street - Suite 500
         Philadelphia, PA 19106-3697
11        215-592-1500
         cschaffer@lfsblaw.com
12
         Counsel for Plaintiff,
13        Steamfitters Local 100, TPP
14
      RIVERO MESTRE, LLP
15        BY:  CHARLIE WHORTON, ESQUIRE
         2525 Ponce de Leon
16        Suite 1000
         Miami, Florida 33134
17        305-445-2559
         cwhorton@riveromestre.com
18
         Co-Counsel for Plaintiffs
19
20    KANNER & WHITELEY, LLC
         BY:  CONLEE S. WHITELEY, ESQUIRE
21        701 Camp Street
         New Orleans, Louisiana 70130
22        504-524-5777
         c.whiteley@kanner-law.com
23
         Co-Counsel for Plaintiffs
24
25
```

## Page 3

```
1  APPEARANCES (continued)
2     DUANE MORRIS, LLP
         BY:  DREW T. DORNER, ESQUIRE
3        505 9th Street, N.W.
         Suite 1000
4        Washington, D.C. 20004-2166
         202-776-5291
5        dtdorner@duanemorris.com
6        - and -
7     DUANE MORRIS, LLP
         BY:  JUSTIN M.L. STERN, ESQUIRE
8        1875 NW Corporate Boulevard
         Suite 300
9        Boca Raton, Florida 33431-8561
         561-962-2107
10        jmlstern@duanemorris.com
11        Counsel for Defendants,
         Prinston Pharmaceutical, Inc.;
12        Zhejiang Huahai Pharmaceutical Company,
         Ltd.; Solco Healthcare U.S., LLC; and
13        Huahai U.S., Inc.
14
      GREENBERG TRAURIG, LLP
15        BY:  TIFFANY M. ANDRAS, ESQUIRE
         77 West Wacker Drive - Suite 3100
16        Chicago, Illinois 60601
         312-456-8400
17        andrast@gtlaw.com
18    Counsel for Defendant,
      Teva Pharmaceuticals
19
20    LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
         BY:  ANDREW ALBERO, ESQUIRE
21        550 E. Swedesford Road
         Wayne, Pennsylvania 19087
22        215-977-4100
         andrew.albero@lewisbrisbois.com
23
         Counsel for Defendant,
24        Camber Pharmaceuticals, Inc.
25
```

## Page 4

```
1  APPEARANCES (continued)
2     NORTON ROSE FULBRIGHT, LLP
         BY:  ELLIE NORRIS, ESQUIRE
3        KATHERINE P. LETT, ESQUIRE
         2200 Ross Avenue - Suite 3600
4        Dallas, Texas 75201
         214-855-8000
5        ellie.norris@nortonrosefulbright.com
         katherine.lett@nortonrosefulbright.com
6
         Counsel for Defendant,
7        McKesson Corporation
8
9     CIPRIANI & WERNER, P.C.
         BY:  ETHAN FELDMAN, ESQUIRE
10        450 Sentry Parkway - Suite 200
         610-567-0700
11        efeldman@c-wlaw.com
12        Counsel for Defendant,
         Aurobindo Pharma, Ltd.
13
      HUSCH BLACKWELL
14        BY:  MATTHEW D. KNEPPER, ESQUIRE
         190 Carondelet Plaza - Suite 600
15        St. Louis, Missouri 63105
         314-480-1848
16        matt.knepper@huschblackwell.com
17    Counsel for Defendant,
      Express Scripts, Inc.
18
19    HINSHAW & CULBERTSON, LLP
         BY:  GEOFFREY M. COAN, ESQUIRE
20        53 State Street - 27th Floor
         Boston, Massachusetts 02109
21        617-213-7000
         gcoan@hinshawlaw.com
22
         Counsel for Defendant,
23        H.J. Harkins Co, Inc., and
         ScieGen Pharmaceuticals, Inc.
24
25
```

## Page 5

```
1  APPEARANCES (continued)
2     BUCHANAN INGERSOLL & ROONEY, P.C.
         BY:  JONATHAN D. JANOW, ESQUIRE
3        1700 K Street, N.W.
         Suite 300
4        Washington, D.C. 20006
         202-452-6057
5        jonathan.janow@bipc.com
6        Counsel for Defendant,
         Albertsons
7
8     BARNES & THORNBURG
         BY:  KRISTEN RICHER, ESQUIRE
9        2029 Century Park East
         Suite 300
10        Los Angeles, California 90067
         310-284-6057
11        kristen.richer@btlaw.com
12        Counsel for Defendant,
         CVS Pharmacy, Inc.
13
14    PIETRAGALLO, GORDON, ALFANO,
      BOSICK & RASPANTI, LLP
15        BY:  JOHN B. ZAPPONE, ESQUIRE
         301 Grant Street - 38th Floor
16        Pittsburgh, Pennsylvania 15219
         412-263-4362
17
         Counsel for Defendant, Mylan
18
         - - -
19
20 A L S O  P R E S E N T :
21     JUSTIN BILY, Videographer
22        - - -
23
24
25
```

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL

Page 6

1            I N D E X
2 WITNESS                        PAGE
3 THOMAS T. BROWN, JR.
4    BY MR. DORNER:              11, 292
5    BY MR. HANSEL:              285
6            - - -
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 8

1 EXHIBITS (continued)
2 NUMBER          DESCRIPTION          NAME
3 Exhibit No. TB-10  Anthem Excel spreadsheet     171
4 Exhibit No. TB-11  Excel spreadsheet re     190
5            Purchases of Replacement
6            Products by MADA Members,
7            November 1, 2018 to present
8 Exhibit No. TB-12  Essential Drug List     205
9 Exhibit No. TB-14  Maine Automobile Dealers     219
10           Insurance Trust Employee
11           Medical Care Plans Benefit
12           Overview, 3-1-17
13 Exhibit No. TB-15  Maine Automobile Dealers     231
14           Insurance Trust HSA
15           Compatible Plan Benefit
16           Overview, 3-1-17
17 Exhibit No. TB-16  Maine Automobile Dealers     235
18           Insurance Trust Employee
19           Medical Care Plans
20           Benefit Overview, 3-1-18
21 Exhibit No. TB-17  Maine Automobile Dealers     240
22           Insurance Trust HSA
23           Compatible Standard and
24           Value Plans Plans Benefit
25           Overview, 3-1-18

Page 7

1          E X H I B I T S
2 NUMBER          DESCRIPTION          PAGE
3 Exhibit No. TB-1  Defendants' First Amended     21
4            Notice of Deposition to MADA
5 Exhibit No. TB-2  Medication List     41
6 Exhibit No. TB-3  Plaintiff's Fact Sheet     43
7 Exhibit No. TB-4  Third Amended Consolidated     59
8            Economic Loss Class Action
9            Complaint
10 Exhibit No. TB-5  MADA Group Medical Plan,     76
11           March 1, 2015
12 Exhibit No. TB-6  Administrative Services     118
13           Agreement
14 Exhibit No. TB-7  Excel spreadsheet re     26
15           Purchases of Recalled
16           Valsartan Products by MADA
17           Members January 1, 2012 to
18           the Present. (Ex. A to
19           Plaintiff's Fact Sheet)
20 Exhibit No. TB-8  Excel spreadsheet of Exhibit  165
21           7 re-sorted from lowest to
22           highest Total Plan Paid
23 Exhibit No. TB-9  Excel spreadsheet of Ex. 7    166
24           and 8, with additional info
25           from Anthem

Page 9

1 EXHIBITS (continued)
2 NUMBER          DESCRIPTION          PAGE
3 Exhibit No. TB-18  Maine Automobile Dealers     244
4            Insurance Trust Monthly
5            Medical Premium Rates
6            effective 3-1-17 for "G",
7            southern portion of Maine
8 Exhibit No. TB-19  Maine Automobile Dealers     245
9            Insurance Trust Monthly
10           Medical Premium Rates
11           effective 3-1-17 for "H",
12           northern portion of Maine
13 Exhibit No. TB-20  Maine Automobile Dealers     246
14           Insurance Trust Monthly
15           Medical Premium Rates
16           effective 3-1-18 for "G",
17           southern portion of Maine
18 Exhibit No. TB-21  Maine Automobile Dealers     247
19           Insurance Trust Monthly
20           Medical Premium Rates
21           effective 3-1-18 for "H",
22           northern portion of Maine
23
24
25

3 (Pages 6 - 9)

HIGHLY CONFIDENTIAL

Page 10

1 EXHIBITS (continued)
2 NUMBER          DESCRIPTION          PAGE
3 Exhibit No. TB-22  Defendants' First Set of    271
4                Requests for Production
5                of Documents to MADA
6 Exhibit No. TB-23  MADA Insurance Trust's    273
7                Responses and Objections
8                To Defendants' First Set
9                of Request for Production
10               - - -
11 (NOTE: No document was marked as exhibit 13.)
12
13 EXHIBITS DESIGNATED AS HIGHLY CONFIDENTIAL:
14 TB-3, TB-6, TB-7, TB-8, TB-9, TB-10, TB-11, TB-12,
15 TB-18, TB-19, TB-20, TB-21.
16               - - -
17 PRODUCTION REQUESTS NOTED FOR THE RECORD:
18 1. Page 131, Line 18
19 2. Page 133, Line 13
20 3. Page 136, Line 9
21 4. Page 145, Line 9
22 5. Page 208, Line 22
23 6. Page 273, Line 2
24               - - -
25

Page 11

1          VIDEOGRAPHER: We are going on the
2    record at 8:34 on May 28th, 2021. This is
3    Media Unit Number 1 of the video-recorded
4    deposition of Tom Brown in regards to the
5    Valsartan and Losartan Litigation. My name is
6    Justin Bily, from the firm Veritext, and I am
7    the videographer. The court reporter is Nancy
8    Carides, from the firm Veritext. All counsel
9    will be noted on the stenographic record.
10          Would the court reporter please swear
11    in the witness, and then we can begin.
12          - - -
13          THOMAS T. BROWN, JR., after having been
14    first duly sworn, was examined and testified
15    as follows:
16          - - -
17 BY MR. DORNER:
18    Q.    All right. Good morning, Mr. Brown.
19 My name is Drew Dorner. I'm from the law firm of
20 Duane Morris. I'm currently sitting in our
21 Washington, D.C. office, though you might not realize
22 that, given the background on my Zoom here. I was
23 supposed to have an alternative setup with a nice
24 videoconferencing system, and so far that's not
25 working, so we're going to try to fix that throughout

Page 12

1 the day, but in the meantime, I'm coming to you
2 through my iPad. So, here we are. Anyway, I'm going
3 to be asking you some questions today, the first of
4 which is could you please, simply, state your name for
5 the record.
6    A.    Thomas T. Brown, Jr.
7    Q.    Have you ever given a deposition
8 before, Mr. Brown?
9    A.    Yes.
10    Q.    All right. What were the circumstances
11 of that deposition?
12    A.    It was related to nothing in the
13 Insurance Trust. It was related to an issue between a
14 dealer and the manufacturer over the interpretation of
15 Maine law.
16    Q.    Okay. Are you an attorney?
17    A.    I am not.
18    Q.    About how long ago was that deposition?
19    A.    Several years. I don't remember when.
20    Q.    More than ten years ago?
21    A.    No, it would be less than that. I
22 don't know, four or five, maybe.
23    Q.    Were you involved with a party in the
24 case?
25    A.    No.

Page 13

1    Q.    So, you were just a third-party
2 witness?
3    A.    Yes.
4    Q.    Understood. Well, since it's been a
5 little bit of time, let's just go through some of the
6 basics for a deposition. You understand that you are
7 under oath and have sworn to tell the truth today?
8    A.    Yes.
9    Q.    I'll ask that today you answer
10 verbally, because this is -- while it's being recorded
11 by video, we also have a court reporter who is taking
12 down all of our words, and so head shakes, head nods,
13 those sorts of things, don't get transcribed on the
14 stenographic record. So, can you answer yes or no for
15 me throughout the day?
16    A.    Yes.
17          MS. ANDRAS: Drew? This is Tiffany
18 Andras. Can we go off the record for a
19 second?
20          MR. DORNER: Sure, let's go off.
21          VIDEOGRAPHER: The time is now 8:37.
22 We're going off the record.
23          (Discussion held off the record.)
24          VIDEOGRAPHER: The time is now 8:41.
25 We're back on the record.

4 (Pages 10 - 13)

Page 14

1     MR. DORNER:  Mr. Brown, we just had a
2   brief pause to address the matter of
3   attendance of counsel at this deposition, and
4   I believe Ms. Whiteley wanted to just make a
5   clarifying statement for the record, so I'm
6   going to go ahead and let her do that real
7   fast before I ask my questions.
8     MS. WHITELEY:  Good morning.  I'm sorry
9   for the interruption.  An objection was raised
10  regarding whether Mr. Schaffer should be
11  present, and it was clarified on the record by
12  me and others that his firm is part of the
13  steering committee, and we have agree that he
14  can listen to this deposition for today.  And
15  I have been asked to make a representation
16  that his firm is part of the steering
17  committee, and that is correct.
18    MR. DORNER:  Does anybody else have
19  anything to add?  Okay.  We'll keep going.
20    MS. WHITELEY:  Okay.  Thank you.
21    MR. DORNER:  No problem.  No problem.
22 BY MR. DORNER:
23    Q.   So, we were just going through some
24  deposition basics, Mr. Brown, and I think where we
25  left off, I wanted to let you know that the court

Page 15

1   reporter is going to have a very difficult time today
2   if we end up talking over one another.  I know that
3   that can be especially difficult to avoid while on
4   Zoom, since there can be a lag in the connection.  I'm
5   going to do my level best to not interrupt you when
6   you're giving an answer.  I would appreciate much the
7   same, if I'm asking a question, try not to answer
8   before I finish my question, and I think this would
9   ultimately speed things along.  Can we agree to that
10  today?
11    A.   Yes.
12    Q.   Now, if at any time you don't
13  understand a question that I ask, please let me know,
14  and I'll try to rephrase that.  Okay?
15    A.   Yes.
16    Q.   And then finally, if you do answer a
17  question that I ask, I'm going to assume that you
18  understood it.  Do you understand?
19    A.   Yes.
20    Q.   Now, I'm going to do what I can to
21  schedule breaks throughout the day.  I know it's the
22  Friday before Memorial Day weekend, so I'm hoping to
23  proceed as quickly as possible, but I'll try to build
24  in a break every hour or so.  Of course, if at any
25  time you need a break for whatever reason, let me know

Page 16

1   that.  Okay?
2    A.   Yes.
3    Q.   And the only clarifying instruction I
4   would have to that is if there's a question pending,
5   meaning I've asked something but I haven't gotten an
6   answer from you yet, I'd ask that we just finish that
7   question and answer before we go on break.  Okay?
8    A.   Yes.
9    Q.   Do you have any questions about these
10  instructions?
11    A.   No.
12    Q.   Did you bring a cellphone with you into
13  the deposition room today?
14    A.   No.
15    Q.   Is anybody sitting with you in the
16  deposition room today?
17    A.   No.
18    Q.   Are you at your office in Augusta?
19    A.   No.
20    Q.   Where are you coming to us from today?
21    A.   I'm in a conference room at Preti
22  Flaherty's Augusta office.
23    Q.   Understood.  But nobody is in the room,
24  actually, with you?
25    A.   Correct.

Page 17

1    Q.   Are you using a laptop, then, to come
2   to us today?
3    A.   It's a laptop and a supplemental
4   screen.
5    Q.   Like a second monitor?
6    A.   Yes.
7    Q.   Does that laptop -- obviously, it's
8   connected to a network because you're on a
9   videoconference.  I assume it also has some sort of
10  e-mail capability; is that right?
11    A.   I'm not a very technical person.  I
12  assume.  There's a keyboard here.
13    Q.   Let's do it this way.  Can we agree
14  that you're not going to send or receive any e-mails
15  over the course of -- excuse me.  Strike that and back
16  up.  Can we agree that you won't send or receive any
17  e-mails while we're on the record today?
18    A.   Yes.
19    Q.   Can we also agree that you won't sent
20  or review any instant messages while we are on the
21  record today?
22    A.   Yes.
23    Q.   If you do happen to receive an e-mail
24  or an instant message, will you let me know that
25  you've received it?

5 (Pages 14 - 17)

HIGHLY CONFIDENTIAL

Page 18

1    A.    Yes.
2    Q.    Can we agree that while we're on the
3 record you won't engage in any communications with
4 anybody except for me, the court reporter, and for
5 purposes of determining whether attorney/client
6 privilege applies, your counsel, Mr. Hansel?
7    A.    Yes.
8    Q.    Are you taking any drugs or medication
9 that could affect your ability to testify, to
10 understand my questions, or to remember any details?
11    A.    No.
12    Q.    Do you understand that you've been
13 designated as the knowledgeable representative for the
14 Maine Automobile Dealers Association Insurance Trust
15 for purposes of a designee deposition under the rules
16 of -- the Federal Rules of Civil Procedure?
17    A.    Yes.
18    Q.    Now, I just want to go ahead and
19 clarify some terminology here today, because we're
20 going to be throwing around a lot of proper nouns.
21 So, for purposes of today's deposition, can we agree
22 that any reference to "Maine Auto" or to "MADA" refers
23 to the "Maine Automobile Dealers Association Insurance
24 Trust?"
25    A.    Yes.

Page 19

1    Q.    And then if there comes a time when,
2 for whatever reason, I need to refer to the "Maine
3 Automobile Dealers Association," I'll call that
4 something like "the Association." Is that fair?
5    A.    Yes.
6    Q.    And the reason for that, I just want to
7 make sure we understand, the reason for that is
8 because the Trust and the Association -- excuse me,
9 MADA and the Association are two different entities,
10 right?
11    A.    Yes.
12    Q.    Okay. Can you tell me what is your
13 understanding of your responsibilities as the designee
14 for MADA?
15    A.    To provide the information that is
16 requested, to confer with our attorneys as to how our
17 program works, how it relates to this situation.
18    Q.    Do you understand today that you're
19 testifying to MADA's knowledge, and not just to your
20 personal knowledge?
21    A.    Yes.
22    Q.    And you understand today that the
23 answers that you give are going to be binding upon
24 MADA as an entity, right?
25    A.    Yes.

Page 20

1    Q.    Okay. Let's go and pull up Exhibit 1.
2 Now, the font is a little small on here, so we will
3 zoom in as needed, Mr. Brown. I know I'm certainly
4 having trouble reading this on an iPad screen. I
5 don't know if your supplemental screen is a little
6 bigger, but if you do need something zoomed in on, or
7 what have you, we've got the technology to do that and
8 a very capable operator. So, just let us know if you
9 can't see something or need us to zoom in. Okay?
10    A.    Yes. But before we get too much
11 further, there's something in the middle of the screen
12 that says this meeting is being recorded that blocks
13 out some of that language. So --
14    Q.    I think there's an option on that box
15 to either leave the meeting or to continue. Are you
16 able to click the Continue option?
17    A.    There's no continue. Maybe I ought to
18 get the young lady who knows more than I do about this
19 stuff.
20    Q.    Sure.
21        MR. DORNER:  Let's pause real quick on
22 the record, and let's make this little
23 dialogue box go away and then we'll pick back
24 up on it.
25        VIDEOGRAPHER:  The time is now 8:49.

Page 21

1 We are going off the record.
2        (Pause.)
3        (Document marked as Exhibit TB-1 for
4 identification.)
5        VIDEOGRAPHER:  The time is now 8:50.
6 We're back on the record.
7        MR. DORNER:  All right. Let's go ahead
8 and pull Exhibit 1 right back up. And can we
9 just zoom in on, let's call it, the top half
10 of that? All right.
11 BY MR. DORNER:
12    Q.    Mr. Brown, have you seen this document
13 before?
14    A.    Yes.
15    Q.    So, this is a list of topics that I
16 provided to your legal counsel on April 28, 2021.
17 There was an earlier version that was dated March 3rd,
18 2021. Do you understand that this is the Defendants'
19 Amended Notice of Deposition to Maine Auto?
20    A.    Yes, that's what it says.
21    Q.    Did you review the topics in Exhibit --
22        MR. DORNER:  Actually, here, can we
23 back out of this zoom-in, please, and scroll
24 down to, I believe it will be page 6.
25 BY MR. DORNER:

6 (Pages 18 - 21)

HIGHLY CONFIDENTIAL

Page 22

1    Q.    Did you review the topics that are
2 contained in this document, the topics for
3 examination?
4    A.    Yes.
5    Q.    When did you do that?
6    A.    Let's see.  Tuesday, I guess, was when
7 I saw it, went through it.
8    Q.    About how long did you spend going
9 through these topics for examination?
10    A.    Oh, probably two hours, two-and-a-half
11 hours.
12    Q.    Now, you're MADA's only designee who's
13 going to be testifying on its behalf, right?
14    A.    Yes.
15    Q.    Did you review all 48 topics and their
16 subtopics?
17    A.    I read all of them, yes.
18    Q.    Did you prepare to answer questions
19 about all 48 topics and subtopics?
20    A.    I thought about the various subjects
21 that were listed, yes.
22    Q.    Can you walk me through, just
23 generally, what you did to prepare for today's
24 deposition as the designee?
25    A.    I met with our attorneys on this list,

Page 23

1 and looked at a couple of outlines of benefits, since
2 there are some questions about co-pays, and I looked
3 at a couple of documents that had summaries of
4 enrollment.
5    Q.    Do you know whether or not all of those
6 documents that you just mentioned that you had looked
7 at, whether they've all been produced to us by your
8 counsel?
9    A.    No, I don't.
10        MR. DORNER:  I guess I'll say, Greg, to
11    the extent that any of that hasn't been
12    produced, would you mind producing that,
13    please?
14        MR. HANSEL:  They were produced.
15        MR. DORNER:  They were, okay.  Swell.
16 BY MR. DORNER:
17    Q.    I'm just going to pick a few of these
18 topics at random, so let's go to number 8.
19        MR. DORNER:  Can we scroll to topic 8,
20    please?
21 BY MR. DORNER:
22    Q.    Mr. Brown, are you able to see that
23 blow-up there?
24    A.    Yes.
25    Q.    Swell.  Okay.  So, this topic is the

Page 24

1 sources of data and information underlying attachments
2 A, B, and C to MADA's Plaintiff Fact Sheet, the
3 development of such attachments, and MADA's knowledge
4 related to the particular insureds who received
5 benefits described in Attachments A, B, and C, (i.e.,
6 premium-paying beneficiary versus dependent.)  Did I
7 read that correctly?
8    A.    Yes.
9    Q.    So, can you give me some detail?  How
10 did you prepare for this topic, specifically?
11    A.    I assumed this was related to the list
12 of individuals who may have received some medication,
13 and that's not anything that MADA has.
14    Q.    What's not anything that MADA has?
15    A.    We don't have a list of the individuals
16 who received certain medications.
17    Q.    Are you familiar with what Attachments
18 A, B and C to MADA's Plaintiff Fact Sheet are?
19    A.    No, not without looking at them.
20    Q.    Did you look at them?
21        MR. HANSEL:  Objection.  The witness
22    has already testified that he's not familiar
23    with them without looking at them, and
24    therefore, I object to the form of the
25    question.

Page 25

1 BY MR. DORNER:
2    Q.    You can answer, Mr. Brown.
3    A.    Can you repeat the question?
4        MR. DORNER:  Sure.  Madam Court
5    Reporter, I apologize, I forget what your
6    first name is, if you could remind me of that,
7    and read back the question, please.
8        COURT REPORTER:  Sure.  It's Nancy.
9        MR. DORNER:  Thank you, Nancy.
10        (Court reporter read back as follows:
11    Question:  Are you familiar with what
12    Attachments A, B and C to MADA's Plaintiff
13    Fact Sheet are?  Answer:  No, not without
14    looking at them.  Question:  Did you look at
15    them?)
16        MR. HANSEL:  Object to the form.
17 BY MR. DORNER:
18    Q.    You can answer.
19    A.    I did not look at them this week, no.
20    Q.    Now, you said this week.  Had you
21 looked at them before?
22    A.    Without seeing what they are, I don't
23 know.
24        MR. DORNER:  Can we pull up Exhibit 7,
25    please?  And I don't know if you can zoom in

7 (Pages 22 - 25)

HIGHLY CONFIDENTIAL

Page 26

1    just on the first page there, Justin?
2         (Document marked as Exhibit TB-7 for
3    identification, and is designated as highly
4    confidential.)
5    BY MR. DORNER:
6         Q.    So, Mr. Brown, I'll represent to you
7    that this is Exhibit A to MADA's Plaintiff Fact Sheet.
8    It's the document -- one of the documents that we were
9    just talking about.  Have you seen this document
10   before?
11        A.    No.
12             MR. DORNER:  Let me back up here.
13   Justin, it looks like the formatting is just a
14   little messy.  Can we switch to a different
15   view that gets all of the columns on one
16   screen so it looks like how it would on paper?
17             VIDEOGRAPHER:  You know, I'm not sure.
18   Give me a minute.
19             MR. DORNER:  Sure.  Just go to normal
20   view.  That will work for now.
21   BY MR. DORNER:
22        Q.    Mr. Brown, all we've done is switch the
23   viewing mode here.  It's the same content.  The only
24   thing that you're not seeing is the information at the
25   top of the page that says Purchases of Recalled

Page 27

1    Valsartan Products by MADA Members January 1, 2012 to
2    the Present.  Other than that, all of the information
3    is the same.  Have you seen this document before?
4         A.    I saw a piece of it on Tuesday.
5              MR. DORNER:  So, let's go ahead and go
6    back to Exhibit 1, please.  And we'll go to
7    topic 8, where we were.
8    BY MR. DORNER:
9         Q.    Did you review or educate yourself
10   about these sources of data and information underlying
11   Exhibit 7 that we just looked at, that spreadsheet?
12   Did you investigate that or educate yourself on that
13   issue at all?
14        A.    That information is something that
15   would have been the privy of Anthem.
16        Q.    Okay.  Well, that's not the question I
17   asked you, Mr. Brown.  The question I asked you is did
18   you investigate or educate yourself to the sources of
19   data and information underlying Exhibit 7, the
20   spreadsheet.
21             MR. HANSEL:  Objection, argumentative.
22             MR. DORNER:  It's not argumentative.
23   BY MR. DORNER:
24        Q.    It's not argumentative.  You can
25   answer.

Page 28

1         A.    No.
2         Q.    Do you understand that you had a
3    responsibility to educate yourself or otherwise
4    familiarize yourself with all of the topics in this
5    notice?
6         A.    Yes.
7         Q.    Let's go to topic 24, please.  This
8    topic is the loss in value, if any, allegedly incurred
9    by MADA for VCDs, I'll represent that stands for
10   Valsartan-containing drugs, purchased during the
11   relevant time period, that's 2012 to the present, I
12   believe, and MADA's basis for claiming any loss in
13   value.  Can you tell me how you prepared to discuss
14   this topic at today's deposition?
15             MR. HANSEL:  Object to the form.
16   BY MR. DORNER:
17        Q.    You can answer.
18        A.    This information is something that we
19   would not have, specifically.  It would come from
20   Anthem.
21        Q.    So, did you prepare to testify on this
22   topic today?
23        A.    Yes, I prepared, but no, I do not have
24   that information.  So, Anthem is the source of that
25   information, and MADA does not have it.

Page 29

1         Q.    Was it your assumption that if MADA
2    does not, as you put it, have the information, you
3    don't have a duty to familiarize yourself with the
4    requested topic?
5              MR. HANSEL:  Objection.  Calls for a
6    legal conclusion.
7    BY MR. DORNER:
8         Q.    You can answer.
9         A.    My belief was that I was responsible to
10   understand what that question was from MADA's
11   perspective.  That is something that Anthem would have
12   provided.
13             MR. DORNER:  Let's go to topic 29,
14   please.
15   BY MR. DORNER:
16        Q.    This topic seeks information about any
17   refunds, rebates, credits, or incentives accepted by,
18   or available to, MADA or its PBMs, that stands for
19   Pharmacy Benefits Manager, related to the costs of
20   VCDs or blood pressure medications.  What did you do
21   specifically to prepare to testify on this topic
22   today?
23        A.    To understand that question, we do and
24   have received credits from Anthem based on any refunds
25   or rebates that would be available in their

8 (Pages 26 - 29)

HIGHLY CONFIDENTIAL

Page 30

1 distribution and their purchasing of medications on
2 behalf of the participants of our plan.
3    Q.    Okay.  So, fair to say, did you go back
4 and look at, you know, what refunds or credits MADA
5 received?  Did you look at any documents to that
6 effect?
7    A.    No, I did not.
8    Q.    Generally, you're familiar, though,
9 that that happened; is that fair to say?
10    A.    Yes.
11    Q.    Okay.  Other than the preparations that
12 we've talked about so far, did you do anything else to
13 prepare for today's deposition?
14    A.    No.
15    Q.    I believe you mentioned that you met
16 with your attorneys.  If at any point I ask a question
17 that is relating to something that you talked about
18 with your attorneys, I'm not asking you what you spoke
19 about with your counsel.  Do you understand that?
20    A.    Yes.
21    Q.    So, just generally, can you tell me how
22 many times you met with your legal counsel, or MADA's
23 legal counsel, to prepare for today's deposition?
24    A.    Once.
25    Q.    And about how long did that meeting

Page 31

1 last?
2    A.    About two-and-a-half hours.
3    Q.    When you spoke with your attorneys, was
4 it just yourself and legal counsel present?
5    A.    Yes.
6    Q.    Did you speak with anyone other than
7 your attorneys about this deposition at any point?
8    A.    No.
9    Q.    Did you review any documents on your
10 own or with your attorneys in preparation for today's
11 deposition?
12    A.    Yes.
13    Q.    Now, I want to separate documents from
14 your counsel versus documents that you reviewed on
15 your own.  Did you review any documents on your own?
16    A.    Yes.
17    Q.    Which documents were those?
18    A.    An outline of benefits that we offer to
19 our participants, and a summary of participation by
20 employees.
21    Q.    Now, if I recall correctly, I believe
22 those are described similarly as documents you spoke
23 about a few minutes ago.  Are those the same documents
24 that you were referring to a few minutes ago?
25    A.    Yes.

Page 32

1    Q.    Did you bring any documents with you to
2 today's deposition?
3    A.    No.
4    Q.    Mr. Brown, what is your role within the
5 Association?
6    A.    The Association?
7    Q.    Yes, sir.
8    A.    Not MADA?
9    Q.    Correct.
10    A.    Not the Trust.
11    Q.    Correct, not the Trust.
12    A.    I'm president of the Association.
13    Q.    About how many members does the
14 Association have?
15    A.    I believe it's 116.
16    Q.    And then what percentage of members of
17 the Association get their prescription drug coverage
18 through MADA?
19    A.    I would say approximately 85 percent.
20    Q.    So, we're probably looking at, what,
21 ninety, ninety-five people, something like that?
22    A.    Let's describe people.
23    Q.    Sure.  That's a good point.  Ninety to
24 ninety-five employees of automobile dealerships in
25 Maine, plus any dependents or spouses that they have.

Page 33

1    A.    Those are several different numbers.
2    Q.    They are.  Sorry, go ahead.  I'm sorry,
3 I didn't mean to interrupt you.
4    A.    116 is the number of licensed
5 dealerships in Maine, not the number of people, men,
6 women, and children.
7    Q.    I see.  And so when you're talking
8 about a member of the Association, you're referring to
9 the dealership, not to an individual human being; is
10 that right?
11    A.    That's correct.
12    Q.    Let me try and reframe this question,
13 then.  It sounds like about 85 percent of dealerships
14 are providing healthcare coverage via MADA; is that
15 right?
16         MR. HANSEL:  Object to the form.
17 BY MR. DORNER:
18    Q.    You can answer.
19    A.    Yes, that's the approximate range.
20    Q.    And about how many individual human
21 beings get health coverage through the Trust?
22    A.    It varies, obviously, month-to-month,
23 but men, women, and children, probably on average over
24 the period at issue here is somewhere between 5,000
25 and 5,500.

9 (Pages 30 - 33)

HIGHLY CONFIDENTIAL

Page 34

1    Q.    Does the Association conduct any
2 for-profit business?
3    A.    No.
4    Q.    How is it funded?
5    A.    Primarily by -- excuse me. We're
6 talking about the Association still; is that correct?
7    Q.    That's correct, yes.
8    A.    The Association receives dues from its
9 memberships. It conducts various meetings, some of
10 which have a fee. It makes available various
11 State-required, or various forms for dealerships to
12 use that would comply with State requirements for
13 disclosures. It receives reimbursements for expenses
14 that the Association pays that are shared by the
15 Insurance Trust and a separate Workers' Compensation
16 Trust.
17    Q.    Now, I want to hone in on just one
18 thing that you mentioned. You mentioned that some
19 rebates or credits, some things of value, let's call
20 it, just to be general, some of that might -- if the
21 Trusts -- if MADA gets it, that some of that money
22 might be shared with the Association. Is that
23 accurate?
24    A.    No.
25         MR. HANSEL: Object to the form.

Page 35

1 BY MR. DORNER:
2    Q.    Okay. How did I mess that up? What
3 was wrong about that?
4         MR. HANSEL: Object to the form.
5 BY MR. DORNER:
6    Q.    You can answer.
7    A.    To my mind, you're asking me for the
8 expenses that the Association charges the two trusts
9 for rent, for part of the use of our facilities, for
10 telephone, for personnel. In my mind, the refunds,
11 rebates, go against the cost of claims, which is
12 different from the expenses that the Trust pays to the
13 Association.
14    Q.    Okay. So, when you were talking about
15 revenues, that's office space, rent, telephone bills?
16    A.    Correct.
17    Q.    That matter of things, okay.
18 Understood. What's your role within MADA, within the
19 Insurance Trust?
20    A.    I'm the administrator of the program.
21    Q.    What does the administrator of the
22 program do?
23    A.    Well, we work with our insurer for the
24 life -- we get fully-insured plans with the life
25 insurance, short-term disability, and vision. We

Page 36

1 self-fund medical and dental. So, we work with our
2 insurers, we work with Anthem with respect to claims
3 administration under the medical and dental programs,
4 and for assistance in handling enrollments,
5 terminations, changes, interpretations. We have
6 brokers who -- a broker we work with for help with
7 education at the dealership levels and employees,
8 coordinating those activities, receiving and
9 overseeing the billing to the dealerships and the
10 receipt of funds, et cetera.
11    Q.    Okay. I appreciate that. Let's focus
12 on this lawsuit, in particular. Can you tell me, what
13 does MADA consider this lawsuit to be about?
14    A.    It's about recovering the cost of the
15 amounts of money MADA would have paid for medications
16 that were contaminated, and the replacement of that
17 medication for people who might need that type of
18 blood pressure medication.
19    Q.    And the blood pressure medication that
20 you're referring to, is that Valsartan, or a variety
21 of Valsartan?
22    A.    Yes.
23    Q.    Is MADA aware that it has sued several
24 defendants, alleging that it has suffered economic
25 loss as a result of paying or reimbursing for

Page 37

1 purchases of Valsartan-containing medications?
2    A.    Yes.
3    Q.    Are you able to tell me, on behalf of
4 MADA, who any of the defendants are in this case?
5    A.    I believe they're listed in the
6 beginning of the notice of amendment and various other
7 documents. I don't have them memorized, no.
8    Q.    So, sitting right here, you couldn't
9 tell me one?
10    A.    Correct.
11    Q.    Now, do you understand, and you
12 wouldn't, but I'll tell you, I represent companies
13 called Prinston Pharmaceutical, Inc.; Zhejiang Huahai
14 Pharmaceutical Company, Ltd.; Solco Healthcare U.S.,
15 LLC; and Huahai U.S., Inc. Do you understand what I
16 mean by that?
17    A.    Yes.
18    Q.    Now, I might refer to those companies
19 by a shortened name, sort of as a collective, Zhejiang
20 Huahai Pharmaceutical, I'll call ZHP, for short, or
21 Solco Healthcare U.S., LLC, I'll call them Solco. Can
22 we agree to that?
23    A.    Yes.
24    Q.    And so if there's at any point I refer
25 to a shortened name of any defendant in this case and

10 (Pages 34 - 37)

HIGHLY CONFIDENTIAL

Page 38

1 you don't understand who I'm talking about, just let
2 me know. Okay?
3    A.    Yes.
4    Q.    Now, other than the companies I
5 represent, ZHP, Solco, et cetera, do you understand
6 there are other defendants in this case, and there are
7 other lawyers for both them and for the plaintiffs who
8 are listening in on this deposition?
9    A.    Yes.
10    Q.    Some of those people might ask you some
11 questions after I wrap up today.  All right?
12    A.    Yes.
13    Q.    Now, can you tell me, what does MADA
14 hope to get out of this lawsuit?
15    A.    Reimbursement for the cost of the
16 medications that were contaminated and recalled, and
17 reimbursement for the replacement for people who had
18 some supply left that they needed to exchange.
19    Q.    I apologize for the delay here.  I'm
20 just taking notes.
21          VIDEOGRAPHER:  Counsel, do you still
22    need this exhibit up?
23          MR. DORNER:  No, you can take that
24    down.
25 BY MR. DORNER:

Page 39

1    Q.    So, it sounds like MADA is requesting
2 money damages in this case.  Do you understand what an
3 injunction is?
4          MR. HANSEL:  Object to the form.
5 BY MR. DORNER:
6    Q.    You can answer.
7    A.    Yes, in general terms.
8    Q.    What do you understand an injunction to
9 be?
10    A.    Basically, to stop doing something.
11    Q.    Good answer.  Are you sure you're not a
12 lawyer?
13    A.    I'm positive.
14    Q.    Good for you.  Is MADA requesting any
15 sort of injunctive relief in this case?
16    A.    Not that I'm aware.
17    Q.    What would MADA do with any proceeds
18 from this lawsuit?
19    A.    Put them into the Trust for the benefit
20 of the participants.
21    Q.    So, it's not going to pocket the money
22 for itself?
23    A.    No.
24    Q.    Can you tell me how MADA first became
25 aware that it might have a claim?

Page 40

1          MR. HANSEL:  Object to the form.  If
2    this question calls for
3    attorney/client-privileged information, I
4    instruct the witness not to answer.
5 BY MR. DORNER:
6    Q.    And no need to go into specifically
7 what your counsel told you.  I'm just asking generally
8 how you found out you might have a claim.
9          MR. HANSEL:  Same objection.
10 BY MR. DORNER:
11    Q.    You can answer.
12    A.    There have been, over time, a number of
13 cases that I have become aware of that have been in
14 the public domain or that we have received small
15 credits for through Anthem, and this would -- when we
16 became aware of this particular issue, this would be
17 one that I would think that we might have some
18 potential reimbursement coming.
19    Q.    Is MADA claiming that the
20 Valsartan-containing drugs that are at issue in this
21 case were ineffective for treating its members'
22 hypertension?
23          MR. HANSEL:  Object to the form.  Calls
24    for a legal conclusion.
25 BY MR. DORNER:

Page 41

1    Q.    You can answer.
2    A.    From my understanding, if the FDA
3 recalls a drug, it's probably not effective.
4    Q.    And so is MADA, in fact, alleging that
5 the medication was not effective at treating
6 hypertension?
7          MR. HANSEL:  Object to the form.
8 BY MR. DORNER:
9    Q.    You can answer.
10    A.    Based on what I said before, yes.
11    Q.    And just for going forward for purposes
12 of this deposition, your counsel may have objections
13 throughout the day.  I know I keep saying you can
14 answer.  Generally speaking, you can answer after your
15 counsel makes an objection, unless he instructs you
16 not to.  That might help us save a little bit of time,
17 get through this a little faster.  Okay?
18    A.    Yes.
19          MR. DORNER:  Let's go to Exhibit 2,
20    please.  And just zoom in a little bit to get
21    a better sense of what the document is.
22          (Document marked as Exhibit TB-2 for
23    identification.)
24 BY MR. DORNER:
25    Q.    Mr. Brown, have you, by chance, seen

11 (Pages 38 - 41)

Page 42

1 this document before?
2    A.   It looks like a list of medications.  I
3 don't recall seeing this specific list, no.
4    MR. DORNER:  And you can kill the
5    zoom-out, Justin.
6 BY MR. DORNER:
7    Q.   At times today you're going to hear me
8 refer to "blood pressure medications," generally, or
9 "substitute blood pressure medications," and what I'm
10 really getting at when I say that is you had referred
11 to, just a minute ago, you had referred to replacement
12 medications that MADA is claiming it paid for on
13 behalf of its members.  And so when I refer to the
14 term blood pressure medications, or substitute blood
15 pressure medications, I'm essentially referring to the
16 medications that are on this list here in Exhibit 2.
17 Do you understand what I mean by that?
18    A.   I think so.
19    Q.   Now, you'll notice at lines 45 and 46,
20 for example, on this page actually are Valsartan, and
21 Valsartan and Hydrochlorothiazide, which I'll
22 abbreviate as HCT.  So, when I refer to "other blood
23 pressure medications" or "substitute blood pressure
24 medications," obviously, I'm not including Valsartan
25 and Valsartan-containing products in that term.  Okay?

Page 43

1 Is that fair?
2    A.   Yes.
3    Q.   Great.  If at any point you want to
4 take the time to familiarize yourself with the
5 medications on this list, feel free.  I think we can
6 probably get through today without you doing that, but
7 if you ever do want to take a look, just let me know.
8 All right?
9    A.   Yes.
10    MR. HANSEL:  How many pages is that
11    exhibit?
12    MR. DORNER:  Five.  Let's go ahead and
13    go to Exhibit 3, please.
14    (Document marked as Exhibit TB-3 for
15    identification, and is designated as highly
16    confidential.)
17 BY MR. DORNER:
18    Q.   Mr. Brown, have you seen this document
19 before?  And let me back up and stop you before you
20 answer.  If you ever need Justin to scroll through the
21 document, just let me know.  Okay?
22    A.   How about if I could see the entirety
23 of that, please?
24    Q.   Yes, absolutely.
25    MR. DORNER:  Justin, could you scroll

Page 44

1 through the pages of this?
2    VIDEOGRAPHER:  Just let me know when
3    you need to go to the next page.
4    THE WITNESS:  Oh, go ahead.  (Pause.)
5    Okay.  (Pause.)  Okay.  (Pause.)  Okay.  Yes,
6    go ahead.  (Pause.)  That's fine.
7 BY MR. DORNER:
8    Q.   I believe that's the last page.
9    A.   Okay.
10    Q.   So, Mr. Brown, have you seen this
11 document before?
12    A.   Yes.
13    Q.   Could you tell me what it is?
14    A.   It's some questions that were asked of
15 what MADA is, and requests for various documents that
16 we worked with our attorneys to provide.
17    Q.   All right.  I may refer to this
18 document, up near the top of page 1 here it says
19 Plaintiff's Fact Sheet.  Again, I know that the print
20 is small, so if you ever need to zoom in, let me know,
21 but I may refer to Exhibit 3 as MADA's Plaintiff Fact
22 Sheet.  Okay?
23    A.   Yes.
24    Q.   Can you name for me the people who
25 contributed information to this fact sheet?

Page 45

1    A.   It would have been myself, on behalf of
2 MADA, of the Trust, and I don't recall the list of all
3 the documents you asked for, but to the extent that
4 there was a request for lists of medications or
5 whatever, that would have been Anthem.
6    Q.   Who at Anthem?
7    A.   I don't know who at Anthem would have
8 prepared that document.
9    Q.   So, somebody within -- first of all,
10 when you refer -- let me back up.  When you refer to
11 Anthem, you're referring to Anthem Blue Cross and Blue
12 Shield; is that right?
13    A.   Yes.
14    Q.   Otherwise known as, I believe it's
15 Anthem Health Plans of Maine, Inc.; is that correct?
16    A.   That sounds right.
17    Q.   I'm sure we'll see something later
18 today with that on it.  So, folks from Anthem, just to
19 make sure I'm getting your testimony right, folks from
20 Anthem contributed the list of medications, I believe
21 you said; is that right?
22    A.   Yes.
23    Q.   And then the answers to the questions
24 that are in this Plaintiff Fact Sheet, those came from
25 you?

12 (Pages 42 - 45)

HIGHLY CONFIDENTIAL

Page 46

1    A.    In my quick review of it, it looks like
2 it, yes, because there are questions about what is
3 MADA, et cetera.
4    Q.    Can you think of anybody else within
5 MADA or the Association who helped provide information
6 for this document?
7    A.    I probably would have asked the lady
8 who handles billing to help me find some of the
9 benefit descriptions or summaries of participants.
10    Q.    And who is that person?
11    A.    Carrian Gagne.
12    Q.    Could you spell that for the record,
13 please?
14    A.    Sure.  C-A-R-R-I-A-N, and the last name
15 is G-A-G-N-E.
16    Q.    Thanks very much.  Do you have personal
17 knowledge of each of the answers that are given in
18 this Plaintiff Fact Sheet?
19    A.    Except for anything that Anthem may
20 have provided.
21    Q.    So, the rest would be a yes?
22    A.    Yes.
23    MR. DORNER:  Can we go to page 3,
24    please, and if we can go to the answer to
25    question 2.

Page 47

1 BY MR. DORNER:
2    Q.    This question asks about predecessor
3 entities, mergers, consolidations, re-organizations,
4 and you answered "None" to this question.  Do you see
5 that?
6    A.    Yes.
7    Q.    And I assume you have no reason to
8 change that answer; is that right?
9    A.    No.
10    Q.    Okay.  Oh, that's not right?
11    A.    I thought you asked me whether I had
12 any reason to change that answer.
13    Q.    Okay.  I think it was the way I asked
14 the question.  I might have done a bad job of that.
15 You don't want to change your answer to this question,
16 right?
17    A.    I do not.
18    Q.    How long has -- let's do the
19 Association first.  How long has the Association been
20 around?
21    A.    December, 1944.
22    Q.    Wow.  And how long has the Association,
23 I guess, maintained -- let me back up.  When did the
24 Association start MADA, the Insurance Trust?
25    A.    I believe it was 1950.

Page 48

1    Q.    So, MADA has been offering some sort of
2 insurance coverage for, is it, seventy-one years now?
3    A.    Yes.
4    Q.    When did MADA start offering
5 prescription drug coverage?
6    A.    I guess I can't answer that question,
7 because it probably preceded my involvement.
8    Q.    Okay.  Well, then, let's do it this
9 way.  When did you become involved with the MADA
10 Insurance Trust?
11    A.    1974.
12    Q.    So, at least since 1974, MADA has been
13 offering prescription drug coverage; is that fair to
14 say?
15    A.    Yes.
16    MR. DORNER:  Okay.  Let's go to page 4,
17    and if we can zoom in on the first question
18    there, A(1) and the answer.  That's good.
19 BY MR. DORNER:
20    Q.    So, this first question asks you to
21 identify certain information for, and I'm quoting,
22 "each program, product, and service offered by you,"
23 MADA, "that covered Valsartan products during the
24 Damages Period."  Do you see that?
25    A.    Yes.

Page 49

1    Q.    Now, as an answer to this question, if
2 we look down at Attachment F, it looks like you
3 attached the Maine Automobile Dealers Association
4 Insurance Trust/Group Medical Plans, March 1, 2019.
5 Do you see that answer?
6    A.    Yes.
7    Q.    Okay.  Is MADA only claiming damages
8 for claims from March 1, 2019 forward?
9    MR. HANSEL:  Object to the form.  Calls
10    for a legal conclusion.
11    THE WITNESS:  No.
12 BY MR. DORNER:
13    Q.    Wouldn't the different plans have
14 applied to claims that occurred before March 1, 2019?
15    MR. HANSEL:  Object to the form.  You
16    haven't even shown the witness the actual
17    document.
18 BY MR. DORNER:
19    Q.    You can answer.
20    A.    My understanding is we provided
21 summaries of plans made available to the dealerships,
22 and through the dealerships to their employees that
23 covered multiple years.  We did not always change the
24 more expansive 100-page document every year, which I
25 take to be Attachment F.

13 (Pages 46 - 49)

HIGHLY CONFIDENTIAL

Page 50

1 Q. And I agree with you there. Really,
2 what I'm getting at is why MADA attached the 2019 plan
3 document if it's seeking damages from before 2019.
4 A. Well, my assumption was that by
5 providing the summaries of benefits, that gave
6 indication of what we were covering.
7 MR. DORNER: Can we go to page 5,
8 please? And let's zoom in on question B,
9 please, Justin.
10 BY MR. DORNER:
11 Q. This is a question about records
12 retention, and the answer is: The Maine Automobile
13 Dealers Association, Inc. Insurance Trust does not
14 have a formal document retention policy. Is that
15 accurate?
16 A. Yes.
17 Q. Could you describe, then, how MADA
18 maintains its documents and records relating to
19 prescription drug insurance?
20 A. We have summaries of benefits that are
21 available to the dealerships and through the
22 dealerships to their employees. We do not have any
23 records of what individual claims might look like or
24 any of that. We have summaries of the benefits
25 offered.

Page 51

1 Q. So, the extent of MADA's documentation
2 on-hand is limited to summaries of benefits of
3 coverage; is that correct?
4 A. In billing information, contact we
5 might have with Anthem. We --
6 Q. You said billing. I'm sorry, I didn't
7 mean to interrupt you. Please keep going.
8 A. Contracts with Anthem, I think is where
9 I left off, and the broker.
10 Q. When you refer to the broker, are you
11 talking about whoever brokered the contract between
12 Anthem and MADA?
13 A. Yes.
14 Q. Who is that broker?
15 A. Cross Insurance.
16 Q. Is that a local agency in Augusta?
17 A. In Maine, headquartered in Bangor.
18 Q. You mentioned billing info is one of
19 the types of documents you have on-hand. What do you
20 mean by billing info?
21 A. Monthly, we send each participating
22 dealership a list of the employees who are
23 participating, and what coverages they have, and the
24 premium that's associated with that, and ask the
25 dealership to send us the money.

Page 52

1 Q. So, this is billing info from MADA to a
2 dealership; it's not from Anthem to MADA. Is that
3 right?
4 A. Yes.
5 Q. You said MADA does not maintain any
6 claims data whatsoever?
7 A. Only in summary. Anthem sends us a
8 bill, weekly, for the claims that they -- well, they
9 send us a summary of the amounts of money they paid on
10 behalf of the participants and the charges for their
11 services. That is a summary. It doesn't list any
12 individual information.
13 Q. And I think we're going to get to that
14 a little bit later, so I don't want to skip ahead.
15 So, let's skip to electronic records relating to
16 prescription drug insurance. Separate and apart from
17 the documents that you've talked about, are there any
18 other additional electronic records in MADA's
19 possession that relate to prescription drug insurance?
20 A. Well, we would have those bills that I
21 pull off weekly. We probably have the summary benefit
22 -- summary to benefit and coverages that Anthem
23 prepares annually that go to the participants, copies
24 of the annual agreement for them to provide services
25 to us, things of that nature, I guess.

Page 53

1 Q. When you refer to them, you're
2 referring to Anthem?
3 A. Right, I'm sorry, yes.
4 Q. That's quite all right. That's quite
5 all right. Does MADA have any e-mails relating to
6 this case other than e-mails between it and its
7 counsel?
8 A. Not that I am aware of, no.
9 Q. Does MADA itself keep track of the
10 dollars that it alleges it spent on Valsartan or on
11 substitute blood pressure medications?
12 A. No.
13 Q. Does MADA know who maintains records of
14 reimbursements it allegedly paid for Valsartan or
15 substitute blood pressure medications?
16 A. Anthem would have those records.
17 Q. What is MADA's capability of obtaining
18 records from Anthem?
19 A. Capability? Well, I guess we could ask
20 them for a report of various things.
21 Q. Has that happened at any point for this
22 case?
23 A. I believe that was a conversation
24 between Anthem and our attorneys.
25 Q. Were you in on any of those

14 (Pages 50 - 53)

HIGHLY CONFIDENTIAL

Page 54

1 conversations?

2    A.    No.

3    Q.    Do you know who at Anthem was in on

4 those conversations?

5    A.    No.

6    Q.    Do you have a guess?

7    A.    Well, initially, probably Patty Cobb,

8 who was our account representative with Anthem.  Other

9 than that, I would not know.

10    Q.    I believe you said that was Patty.  Is

11 that P-A-T-T-Y?

12    A.    Yes.

13    Q.    And then was it Cobb, C-O-B-B?

14    A.    Yes.

15    Q.    And she works for Anthem?

16    A.    She does.

17        MR. DORNER:  Let's go to page 5,

18    please.  Oh, we are on page 5.  I'm sorry.

19    Can we zoom in on the next couple of questions

20    under -- let's do all three questions under

21    subsection C.

22 BY MR. DORNER:

23    Q.    So, now, for your answer to these

24 questions, the only person listed as having knowledge

25 for each of these questions -- the only actual person

Page 55

1 listed is yourself; is that right?

2    A.    Yes.

3    Q.    You also list an Anthem Health Plans of

4 Maine, Inc. as a knowledgeable source.  We've talked a

5 little bit about who you know, who you don't know at

6 Anthem.  For purposes of your answers to these

7 questions, who at Anthem are you referring to?

8        MR. HANSEL:  Object to the form.

9        THE WITNESS:  I wouldn't know all the

10    persons at Anthem, and I wouldn't know --

11 BY MR. DORNER:

12    Q.    Would -- I'm sorry.

13    A.    I wouldn't know who would be

14 responsible for dealing with this.

15    Q.    Would Ms. Cobb?

16    A.    Yes.

17    Q.    Would you describe her as your primary

18 contact at Anthem?

19    A.    Yes.

20    Q.    And is that true from 2012 to the

21 present day?

22    A.    Yes.

23        MR. DORNER:  Can we go to page 6,

24    please.  Let's zoom in on questions 1 and 2.

25 BY MR. DORNER:

Page 56

1    Q.    So, generally, these questions ask

2 about statements by MADA and/or MADA's agents that

3 reflect its opinions or views regarding Valsartan

4 products or the defendants' role related to the

5 Valsartan product.  For that first question, MADA

6 answered "None."  Is that accurate?

7    A.    Yes.

8    Q.    And it remains accurate since this

9 Plaintiff Fact Sheet was provided to us?

10    A.    Yes.

11    Q.    Did MADA ever communicate with any of

12 its members -- and let me back up here, because this

13 is going to get confusing.  When I'm referring to

14 members today, I'm typically referring to people who

15 receive their prescription drug coverage through MADA,

16 not the dealerships.  Can we proceed forward in that

17 regard today, members equal people, not dealerships?

18    A.    Yes.

19    Q.    Okay, great.  That will clear a lot up,

20 because I wrote members in my outline, and I'll say it

21 a lot.  Did MADA ever communicate with any of its

22 members about Valsartan at any point?

23    A.    No.

24    Q.    Other than its lawyers, MADA's never

25 communicated with anybody about this case?

Page 57

1    A.    Other than a conversation with Ms. Cobb

2 and our attorneys, no.

3    Q.    What was the conversation with Ms.

4 Cobb?

5    A.    Early on, one of the requests for

6 documents had to do with medication lists, and that's

7 not something I have, it's something that Anthem has,

8 so I would have called Patty and said you're going to

9 get a call from our attorneys, likely, about this

10 request.

11    Q.    Is that the only contact you had with

12 Anthem regarding this case; you, personally?

13    A.    Yes.

14    Q.    And that's the only contact of anybody

15 at MADA with anybody outside of MADA for this case,

16 right?

17    A.    Yes.

18        MR. DORNER:  All right.  It's 9:46 in

19    the East.  We've been going for about an hour

20    and 15 minutes, with some breaks in here, but

21    I think now is probably a good time to take

22    our first break.  So, can we keep it to five

23    minutes?  Mr. Brown, is that okay, five

24    minutes?

25        THE WITNESS:  Yes.

15 (Pages 54 - 57)

Page 58

1    MR. DORNER:  Great, let's take five.
2    VIDEOGRAPHER:  The time is 9:47.  This
3 is the end of Media Unit 1.  We are going off
4 the record.
5    (Recess taken from 9:47 a.m. to 9:55
6 a.m.)
7    VIDEOGRAPHER:  The time is now 9:55.
8 This begins Media Unit Number 2.  We're back
9 on the record.
10 BY MR. DORNER:
11    Q.    All right.  Mr. Brown, welcome back.
12 One thing I wanted to ask about before we get into the
13 substance here is I understand you have some
14 involvement with the legislature in Maine; is that
15 right?
16    A.    One of the Association's pieces of work
17 is to represent their interests before the
18 legislature, yes.
19    Q.    Do you have a sense this year of when
20 the legislative session is going to end?
21    A.    They're scheduled to have the last day,
22 I believe it's June 16th, but rarely do they meet that
23 goal.
24    Q.    Understood.  Well, whenever it happens,
25 I certainly appreciate you making yourself available

Page 59

1 in the midst of the legislative session.  So, I just
2 wanted to say that.
3    A.    Thank you.
4    MR. DORNER:  Let's pull up Exhibit 4,
5    please.
6    (Document marked as Exhibit TB-4 for
7    identification.)
8 BY MR. DORNER:
9    Q.    I'm not going to scroll through all the
10 pages of this one, Mr. Brown, because it's 217 pages
11 long, and that would take the better part of the hour
12 to get through.  So, I'll represent to you that this
13 is the Third Amended Consolidated Economic Loss Class
14 Action Complaint that Plaintiffs' Counsel have filed
15 in this action.  Do you understand what I mean?
16    MR. HANSEL:  Object to the form.
17 BY MR. DORNER:
18    Q.    You can answer.
19    A.    I think so.
20    Q.    Okay.  Have you seen this document
21 before?
22    A.    No.
23    MR. DORNER:  And why don't we scroll
24    through the first, let's call it five pages or
25    so, just to make sure.  Let's do one more.

Page 60

1    Sorry, two more.  There we go.
2 BY MR. DORNER:
3    Q.    Does this ring a bell at all for you,
4 Mr. Brown?
5    A.    No.
6    Q.    Would it be accurate, then, to say that
7 nobody at MADA had a role in drafting this document?
8    A.    No, I did not.
9    Q.    Do you know if MADA provided any
10 information that was used to prepare this document?
11    MR. HANSEL:  Object to the form.  I
12    believe the witness would really need to look
13    through the entire document to answer that
14    question, and especially any place where MADA
15    is mentioned.
16 BY MR. DORNER:
17    Q.    You can answer the question.
18    A.    My assumption is some of the
19 information or answers we may have given our attorneys
20 would be reflected, but I don't know that.
21    Q.    And we'll refer to some of the sections
22 that relate to MADA, specifically.  Don't worry, we'll
23 get there.  Let me ask it this way:  Did MADA do any
24 investigating, research, or factfinding on its own to
25 support any of the allegations in any complaint?

Page 61

1    A.    No.
2    Q.    Do you understand that this is merely a
3 proposed amended complaint, and that the Court hasn't
4 decided yet whether or not to allow it?
5    A.    Yes.
6    Q.    But you understand, and if you don't,
7 I'll represent to you, but you understand that this is
8 the most recent version of the claim that MADA has
9 filed and that its attorney want to make, right?
10    MR. HANSEL:  Object to the form.
11 BY MR. DORNER:
12    Q.    You can answer.
13    A.    Yes.
14    Q.    So, MADA would stand behind all of the
15 allegations in this document; true?
16    MR. HANSEL:  Objection.  The witness
17    has not been shown the entire document.
18    MR. DORNER:  Greg, you can just say
19    objection.  Greg, you can just say objection.
20    You don't need to make a speaking objection.
21    MR. HANSEL:  Object to the form.
22    MR. DORNER:  Thank you.
23    THE WITNESS:  Without reading it, I
24    assume I -- well, our attorneys must have done
25    it, so I --

16 (Pages 58 - 61)

HIGHLY CONFIDENTIAL

Page 62

1 BY MR. DORNER:
2     Q.    Right, and that's not what I asked you.
3 What I'm asking you is MADA supports and stands behind
4 all of the allegations in this document relating to --
5             MR. HANSEL:  Object to the form.
6             THE WITNESS:  I really don't know how
7     to answer that, because I haven't seen it and
8     read it.
9 BY MR. DORNER:
10    Q.    You haven't seen or read this document,
11 ever, to your knowledge?
12    A.    Right, yes.
13    Q.    Okay.  So, this document was filed
14 before you ever read it; is that accurate?
15            MR. HANSEL:  Object to the form.
16            THE WITNESS:  Yes.
17            MR. DORNER:  Let's go to paragraph 71,
18    please.  It's on page 53.  Excuse me while I
19    go there myself.  There we go.
20 BY MR. DORNER:
21    Q.    So, this paragraph, I want to focus in,
22 specifically, on the last sentence in this paragraph.
23 It says, "MADA's payments include payments made on
24 behalf of members in Maine, Florida, and New Jersey."
25 Did I read that correctly?

Page 63

1     A.    Yes.
2     Q.    Are these the only states in which MADA
3 has members who purchased some of the Valsartan at
4 issue?
5     A.    I can't answer that question, because
6 only Anthem would have that data.
7     Q.    MADA doesn't know where its members, I
8 guess, reside?
9     A.    We know where our members reside.  We
10 don't know where members may have purchased various
11 medications, as people go on vacation, they go away on
12 business trips, they have spouses or children that may
13 be in different places, at school, or for whatever
14 purpose.
15    Q.    And MADA didn't verify that the only
16 purchases of Valsartan occurred in Maine, Florida, and
17 New Jersey?  MADA didn't intently verify that?
18    A.    Anthem must have given that information
19 to people, to the attorneys, I'm assuming.
20    Q.    So, let me back up.  MADA didn't verify
21 this allegation, right?
22            MR. HANSEL:  Object to the form.
23 BY MR. DORNER:
24    Q.    You can answer.
25    A.    No.

Page 64

1     Q.    When MADA makes reimbursements for the
2 Valsartan-containing drugs or substitute blood
3 pressure medications, does that payment come from an
4 account located in Maine?
5     A.    We pay Anthem from an account in Maine.
6     Q.    That's what I was getting at, yes.  Is
7 MADA seeking to recover costs for visits to healthcare
8 professionals to obtain substitute prescriptions in
9 this case?
10            MR. HANSEL:  Object to the form.
11            THE WITNESS:  No.
12 BY MR. DORNER:
13    Q.    Other than the cost that we previously
14 talked about, substitute blood pressure medications
15 and the recalled Valsartan, are there any other
16 categories of costs MADA is seeking to recover?
17            MR. HANSEL:  Object to the form.
18            THE WITNESS:  No.
19 BY MR. DORNER:
20    Q.    Now, in this same paragraph it claims
21 MADA, let me get my spot here, MADA purchased VCDs
22 from the ZHP Defendants, the Hetero Defendants, the
23 Mylan Defendants, the Aurobindo Defendants, and the
24 Torrent Defendants.  Do you see where I read that?
25    A.    Yes.

Page 65

1     Q.    There's no mention of Teva
2 Pharmaceuticals in this paragraph, is there?
3     A.    No.
4     Q.    Is MADA familiar with who or what Teva
5 Pharmaceuticals is?
6     A.    No.
7     Q.    Even though they're not listed in this
8 paragraph, is MADA pursuing a claim against Teva
9 Pharmaceuticals?
10            MR. HANSEL:  Object to the form.
11            THE WITNESS:  No.
12 BY MR. DORNER:
13    Q.    Is MADA familiar with what a
14 pharmaceutical wholesaler is?
15    A.    In general terms, that would be
16 somebody who -- my understanding is that it would be
17 somebody who is an intermediary between the
18 manufacturer of the medications and the pharmacies and
19 people who deliver it to people who use it.
20    Q.    There are no wholesalers listed in this
21 paragraph, and I'll represent to you that in this
22 document there are no allegations that any specific
23 wholesaler ever sold recalled Valsartan to MADA.  So,
24 my question to you is is MADA pursuing a claim against
25 wholesalers in this case?

17 (Pages 62 - 65)

HIGHLY CONFIDENTIAL

Page 66

1          MR. HANSEL: Object to the form.
2    BY MR. DORNER:
3      Q.    You can answer.
4      A.    No.
5      Q.    Is MADA familiar with what a repackager
6    or a relabeler is?
7      A.    My assumption is that that is somebody
8    who purchases the medications from the manufacturer,
9    puts their own name on it, and sells it to pharmacies.
10     Q.    There are no -- well, I'll represent to
11   you there are no repackagers or relabelers in this
12   paragraph, so I'll ask, is MADA pursuing a claim
13   against any repackager or relabeler defendant?
14         MR. HANSEL: Object to the form.
15         THE WITNESS: No.
16         MR. DORNER: Let's go to paragraph 72,
17     please. And unfortunately, paragraph 72 spans
18     two pages, I believe, so Justin, are you able
19     to get 72 from both pages and put them on top
20     of each other or side-by-side? Actually, back
21     up. Can you get the footnote in there, too?
22     We'll start here. That's fine.
23   BY MR. DORNER:
24     Q.    This paragraph lists what MADA calls
25   exemplar payments for Valsartan-containing drugs, and

Page 67

1    it says, "In each instance, MADA received a request to
2    reimburse a prescription drug filled on behalf of a
3    member for a particular date filled indicated below.
4    MADA paid the amounts indicated for the contaminated,
5    FDA-recalled lots of VCDs." Do you see where I read
6    that?
7      A.    Yes.
8      Q.    Now, I want to skip down to the
9    footnote here. This footnote says, "The
10   representative payments in the table below," and I
11   think that's referring to, actually, the table sort of
12   above, as well. "The representative payments in the
13   table below correspond to the FDA's list of recalled
14   VCDs with expiration dates ranging from 2018 through
15   2020. The table below does not list any payments made
16   for VCDs whose contamination was not disclosed prior
17   to the FDA's recall." Did I read that correctly?
18     A.    Yes.
19     Q.    Now, I want to hone in on the last
20   sentence there, starting with, "The table below does
21   not list." Frankly, I don't know what that means, and
22   so can you provide some detail as to what that
23   sentence is getting at?
24     A.    I'd have to defer to our attorneys for
25   that.

Page 68

1      Q.    And I -- I'm sorry, I didn't mean to
2    interrupt.
3      A.    Can you reask the question?
4      Q.    I'd be happy to. Can you provide some
5    detail or an explanation as to what the last sentence
6    in footnote 5 is saying?
7      A.    No, I cannot.
8      Q.    Does it mean that if an impurity in a
9    particular medication hadn't been disclosed prior to
10   the FDA's recall, then MADA's reimbursement for that
11   medication would not be on this list?
12         MR. HANSEL: Objection, asked and
13     answered.
14   BY MR. DORNER:
15     Q.    You can answer.
16     A.    I don't know.
17     Q.    It mentions the word disclosed. Do you
18   know specifically with the word disclosed what
19   constitutes a disclosure?
20     A.    Other than the pure meaning of
21   disclosed, no.
22     Q.    Right, but it doesn't mean publicly
23   disclosed or privately disclosed? You don't know
24   that?
25     A.    I do not.

Page 69

1      Q.    With respect to costs paid for
2    Valsartan, is MADA limiting the scope of its claim to
3    the FDA's recall list?
4          MR. HANSEL: Object to the form.
5    BY MR. DORNER:
6      Q.    That was a terrible question. Can I
7    try to reask that, Mr. Brown?
8      A.    Sure.
9      Q.    All right. So, you've testified that
10   MADA, part of its damages that it's seeking are costs
11   that it paid associated with recalled Valsartan; is
12   that right?
13     A.    Yes.
14     Q.    So, if we were to look at the list of
15   recalled Valsartan from the FDA, that would be the
16   full scope of medications that could possibly be
17   included in MADA's claim; is that right?
18         MR. HANSEL: Object to the form.
19         THE WITNESS: That's my understanding.
20         MR. DORNER: Can we go to paragraph --
21     let me back up real quick. Can you pull that
22     right back up?
23   BY MR. DORNER:
24     Q.    We had been talking previously about
25   whether or not MADA had -- whether MADA stood behind

18 (Pages 66 - 69)

HIGHLY CONFIDENTIAL

Page 70

1 the allegations in this complaint, whether it had
2 reviewed them. Did MADA review this specific
3 allegation before it was filed in court?
4        THE WITNESS: In general terms, yes,
5    but I do not know anything about the specifics
6    of the dollars and cents, or the dates, or the
7    type of medication or manufacturer.
8 BY MR. DORNER:
9    Q.    Okay. So, you reviewed this specific
10 paragraph in this document before it was filed?
11    A.    No.
12        MR. DORNER: Let's go to paragraph 173,
13    which is on page 78. And I apologize, that's
14    page 78 of the pdf. That's my fault. I
15    believe this is page 72 of the complaint, on
16    the bottom.
17        VIDEOGRAPHER: I'm sorry. What
18    paragraph?
19        MR. DORNER: 173. And this is another
20    split, if we could go to the next page. If we
21    could put those side-by-side, please.
22    Fantastic.
23 BY MR. DORNER:
24    Q.    Now, I want to focus on, I guess, the
25 last sentence in this paragraph, Mr. Brown. You

Page 71

1 haven't seen this paragraph before; is that right?
2    A.    That's correct.
3    Q.    Let's look at the last sentence here,
4 beginning with the word thus. "Thus, the TPPs
5 permitted the VCDs to be included on their formularies
6 based on the Defendants' misrepresentations that their
7 VCDs were generic equivalent, therapeutic equivalent,
8 and bioequivalent to brand-named Diovan, satisfied all
9 compendia, quality, purity and other requirements,
10 complied with all cGMPs, and were safe for
11 consumption." Do you see that?
12    A.    Yes.
13    Q.    Are you familiar with what a formulary
14 is?
15    A.    Generally.
16    Q.    What is a formulary?
17    A.    It's a list of medications that Anthem
18 would have included in the benefits that were made
19 available to us.
20    Q.    So, it's a drug list, right?
21    A.    Yes.
22    Q.    Did MADA itself ever review any
23 representations from any defendant in this case about
24 Valsartan?
25    A.    No.

Page 72

1    Q.    Did it ever communicate with any
2 defendant in this case about Valsartan?
3    A.    No.
4    Q.    Before the recall, did anyone at MADA
5 ever go to a website of any defendant in this case?
6    A.    No.
7    Q.    Before filing this lawsuit, did anyone
8 at MADA review -- I'm sorry, strike that. Does MADA
9 have knowledge that anybody at Anthem Blue Cross and
10 Blue Shield reviewed the website of any defendant, I
11 guess, at any point?
12    A.    I have no knowledge.
13    Q.    Does MADA have any knowledge that any
14 Pharmacy Benefits Manager working on behalf of Anthem
15 reviewed any representations from any defendant?
16    A.    No.
17    Q.    Before filing this case, did anyone at
18 MADA review any printed literature regarding
19 Valsartan-containing drugs from any defendant in this
20 case?
21    A.    No.
22    Q.    Does MADA have any knowledge that
23 anybody at Anthem reviewed any literature about
24 Valsartan?
25    A.    No.

Page 73

1    Q.    What about any Pharmacy Benefit
2 Manager?
3    A.    No.
4    Q.    Before filing this case, did anyone at
5 MADA have any communications, oral or written, with
6 any of the defendants in this case?
7    A.    No.
8    Q.    Does MADA have any knowledge that
9 anybody at Anthem had any oral or written
10 communications with anybody -- with any defendant in
11 this case pertaining to Valsartan?
12    A.    No.
13    Q.    And same question but for between any
14 PBMs and any defendant.
15    A.    No.
16    Q.    For the recall, did anybody at MADA
17 ever review any prescription labels or package inserts
18 for any form of Valsartan-containing drug?
19    A.    No.
20    Q.    Does MADA have any information that
21 anybody at Anthem reviewed any prescription labels or
22 package inserts for any Valsartan-containing drug?
23    A.    No.
24    Q.    Does MADA have any knowledge that any
25 Pharmacy Benefits Manager reviewed any package insert

19 (Pages 70 - 73)

HIGHLY CONFIDENTIAL

Page 74

1 or prescription label related to Valsartan?
2    A.    No.
3    Q.    Is it the normal course of business for
4 MADA to review advertising material, drug labels, or
5 prescription package inserts of the medications on the
6 formulary applicable to its plan?
7    A.    No, we don't review those.
8        MR. DORNER:  Let's go to paragraph 174,
9    please, the next one down.
10 BY MR. DORNER:
11    Q.    I want to focus on the last sentence in
12 this paragraph.  It says, "TPPs," and that stands for
13 third-party payors.  MADA is claiming it's a
14 third-party payor.  Do you understand that?
15    A.    Yes.
16    Q.    And you agree with that, right?
17    A.    Yes.
18    Q.    TPPs provide copies of their PBM's
19 formularies to providers, pharmacists, and patients in
20 their network to aid prescribers' adherence to the
21 formulary.  Has MADA ever provided a copy of any
22 formulary to any of its members?
23    A.    Anthem would have provided them that
24 information.  We did not.
25    Q.    Have you or anybody at MADA actually

Page 75

1 seen Anthem provide a formulary to any member or
2 pharmacy?
3    A.    No.
4    Q.    Did you find anything in any of the
5 paragraphs of the complaint that we just reviewed to
6 be inaccurate?
7    A.    No.
8        MR. DORNER:  We can take this exhibit
9    down.
10 BY MR. DORNER:
11    Q.    Now, we talked about this a little bit
12 before, Mr. Brown.  I just want to make sure it's
13 clear for the record.  Can you explain the difference
14 between the Association and the MADA Insurance Trust?
15        MR. HANSEL:  I want to object to the
16    form to the extent that Mr. Brown is not here
17    to testify on behalf of the Maine Auto Dealers
18    Association itself.  They are not a party to
19    this case.  They are a separate entity.  And I
20    object to any further questions about the
21    Association itself.
22 BY MR. DORNER:
23    Q.    You may answer.
24    A.    The Association is and represents the
25 interests of franchise new car and truck dealers in

Page 76

1 Maine before legislature, State agencies, and offers
2 some programs and services to the membership.
3    Q.    And then the Trust is --
4    A.    The Trust's sole responsibility is to
5 offer benefit programs related to health, dental,
6 vision, and life with short-term disability to
7 dealerships which are members of the Association, and
8 through the dealerships to their employees and their
9 employees' dependents.
10    Q.    Is it the MADA Insurance Trust's
11 understanding that the Association is not filing any
12 claims in connection with Valsartan?
13    A.    Yes.
14        MR. DORNER:  Let's pull up Exhibit 5,
15    please.
16        (Document marked as Exhibit TB-5 for
17    identification.)
18 BY MR. DORNER:
19    Q.    All right.  Mr. Brown, can you -- well,
20 before we begin, down at the bottom right-hand corner
21 of this document --
22        MR. DORNER:  Can you just zoom in on
23    that real fast, Justin, the Bates stamp?
24 BY MR. DORNER:
25    Q.    Do you see that alphanumeric

Page 77

1 designation, MADA 000456?
2    A.    Yes.
3    Q.    So, that's called a Bates number, and
4 it's how lawyers tend to keep track of documents that
5 have been produced in the discovery process.  So,
6 generally, for purposes of this deposition, I'm going
7 to refer to page numbers as their Bates number.  There
8 may be another number on the page, 1, 2, 3, 4, 5,
9 whatever, but I'm going to refer to the Bates number
10 just so we can all literally stay on the same page.
11 Okay?
12    A.    Yes.
13        MR. DORNER:  We can go out of that
14    blow-up.  There we go.
15 BY MR. DORNER:
16    Q.    Do you recognize the document that is
17 on the screen?
18    A.    Yes.
19    Q.    What is it?
20    A.    It is the expanded description of the
21 Trust's medical plan benefits and administrative
22 issues.  It describes the benefits, it describes
23 COBRA, it describes appeals, a variety of things
24 related to how the medical plan works.
25    Q.    Would it be appropriate to call this a

20 (Pages 74 - 77)

HIGHLY CONFIDENTIAL

Page 78

1  plan document?

2     A.    Yes.

3     Q.    Now, this document is dated on its face

4  March 1st, 2015.  Is that the effective date of this

5  document?

6     A.    Yes.

7     Q.    Would this document have been the

8  governing plan document for MADA's prescription drug

9  benefits through the end of the year 2018?

10    A.    In general terms, yes.  There may have

11 been slight changes to some benefits that were not --

12 that would not be reflected in this.  It would reflect

13 the benefits in effect as of March 1st of 2015.

14    Q.    Understood.  And the specific benefits,

15 how much a co-pay is, how much co-insurance is, that

16 would be in the summaries of benefits overviews,

17 right, the benefits overview documents?

18    A.    Yes.

19    Q.    And we'll get to those.  I don't want

20 to make you think you need to answer every question

21 just looking at this one page, but I appreciate the

22 clarification.  Is MADA aware that the recall of

23 Valsartan products began in the summer of 2018?

24    A.    Yes.

25    Q.    And so if this plan extended through

Page 79

1  2018, then this would have been the plan document in

2  effect when MADA would have purchased all of the

3  substitute blood pressure medications it alleged it

4  had to pay for, right?

5          MR. HANSEL:  Object to the form.

6          THE WITNESS:  In general terms, yes.

7  BY MR. DORNER:

8     Q.    What do you mean, in general terms?

9     A.    With the potential exception being

10 changes in co-pays, et cetera, reflected in the

11 benefit outlines.

12    Q.    Let me ask it a different way.  MADA

13 was done purchasing replacement medications by the end

14 of 2018, right?

15          MR. HANSEL:  Objection.  Object to the

16    form, foundation.

17          THE WITNESS:  My assumption is yes.

18 BY MR. DORNER:

19    Q.    This document from March 1st, 2018

20 through at least -- excuse me, I misspoke.  For the

21 period of March 1st, 2015 through at least December 31

22 of 2018, this plan document would have governed all of

23 the individual plans that MADA offered its members,

24 right?

25          MR. HANSEL:  Object to the form.

Page 80

1          THE WITNESS:  Again, in general terms,

2     yes, with the exception of potential changes

3     in benefits, yes.

4  BY MR. DORNER:

5     Q.    Sure.  And those specific changes would

6  be reflected on the yearly benefits overviews,

7  correct?

8     A.    Yes.

9          MR. DORNER:  Let's go to page 4, ending

10    in 458, please.

11 BY MR. DORNER:

12    Q.    And the top sentence here says, "The

13 benefits and coverage described herein are provided

14 through a trust fund established and funded by a group

15 of employers."  I assume that group of employers is

16 all of the dealerships that are members of the

17 Association, right?

18    A.    No.

19    Q.    What is the group of employers that

20 funds the trust?

21    A.    The dealerships that participate in the

22 trust.

23    Q.    Understood.  I thought I had asked

24 that, but maybe I didn't.  But I think we're on the

25 same page.  Who is the trustee?

Page 81

1     A.    I think I need an explanation of what

2  you mean by trustee.

3     Q.    Sure.  Well, this is a trust, right,

4  that we're talking about, a trust?

5     A.    Yes.

6     Q.    Trusts have trustees, don't they?

7     A.    Yes.  There is a board of trustees that

8  works on trust matters.

9     Q.    So, MADA has a board, then, is what I'm

10 hearing?

11    A.    Yes.

12    Q.    And they're the trustees.

13    A.    Yes.

14    Q.    Okay.  Is that board simply called the

15 Board of Trustees for the MADA Insurance Trust?

16    A.    Yes.

17          MR. DORNER:  We can lose this call-out.

18 BY MR. DORNER:

19    Q.    It says at the bottom here that the

20 Association is the plan administrator.  Is that your

21 understanding, as well?  And let me direct you to

22 where I'm looking at here.  In the last sentence, it

23 refers to you as president of the plan administrator,

24 the Maine Automobile Dealers Association, Inc.

25    A.    Yes.

21 (Pages 78 - 81)

HIGHLY CONFIDENTIAL

Page 82

1    Q.    Okay. Was the Association the plan
2  administrator at all times from 2012 to the present?
3    A.    Yes.
4    Q.    What's your understanding of the
5  Association's -- back up. What is MADA's
6  understanding of the Association's duties as the plan
7  administrator?
8    A.    Well, I guess my understanding would be
9  that in order to form the trust, there had to be a
10  body who formed the trust which would have been some
11  member dealerships at one point in time, well before
12  me.
13    Q.    So, would it be accurate to
14  characterize your understanding that the administrator
15  forms the trust, but then they don't have any ongoing
16  duties? Is that what you're saying?
17        MR. HANSEL: Object to the form.
18        THE WITNESS: Not that I'm aware.
19        MR. HANSEL: Let's go to page 468.
20  BY MR. DORNER:
21    Q.    Here it says, in the middle of the
22  page, the plan sponsor is MADA. Is that also your
23  understanding?
24    A.    Yes.
25    Q.    And that's MADA's understanding, as

Page 83

1  well?
2    A.    Yes.
3    Q.    Was MADA the plan sponsor from 2012 to
4  the present?
5    A.    Yes.
6    Q.    And what is MADA's understanding of
7  what the plan sponsor is supposed to do?
8    A.    Manage the program on a day-to-day
9  basis and make sure that the participations are
10  handled appropriately, that the billing is handled
11  appropriately, that claims are paid appropriately, and
12  so on.
13    Q.    You mention and so on. Is there
14  anything else you wanted to add, any specifics that
15  you can add?
16    A.    Well, basically, the day-to-day
17  operations of making sure the participants are
18  appropriately handled.
19    Q.    Now, it says here that you are the
20  contact person for the plan sponsor. One of the
21  topics of your deposition seeks the identities of
22  other people who are working for MADA. So, who else
23  actually works for MADA?
24    A.    Ms. Gagne, that I mentioned before. A
25  person who handles recording the payments. That would

Page 84

1  be it.
2    Q.    So, it's Ms. Gagne who records
3  payments? Is that what you said?
4    A.    No, Ms. Gagne handles the billing,
5  enrollment, and that type of thing.
6    Q.    Oh, I see. And then who is the person
7  who handles recording payments?
8    A.    Her name is Nancy Trundy.
9    Q.    Spell the last name.
10    A.    T-R-U-N-D-Y.
11    Q.    Just curious, was it either Ms. Gagne
12  or Ms. Trundy who has helped get this deposition
13  connection set up?
14    A.    No.
15    Q.    Who's in charge of monitoring MADA's
16  finances?
17    A.    I am, on a day-to-day basis.
18    Q.    Who audits MADA?
19    A.    A CPA firm.
20    Q.    Who prepares the annual Form 5500s?
21    A.    A CPA firm.
22    Q.    Do you know what that firm is?
23    A.    Wipfli, W-I-P-F-L-I.
24    Q.    Local to Augusta?
25    A.    They have an office in Augusta. It's a

Page 85

1  firm that I believe is headquartered in Wisconsin.
2  They purchased the local one.
3    Q.    I understand. Thank you. Has anybody
4  at MADA prepared any summaries that relate to any of
5  MADA's claims in this case?
6    A.    Summaries? What do you mean by
7  summaries?
8    Q.    Sure. And I don't want to get into any
9  legal memos. I don't want to get into any legal
10  analysis that your counsel has sent you. I'm not
11  talking about that. What I'm talking about is any
12  internal documents that anybody at MADA might have
13  prepared as to how much you should claim, or what the
14  case is about. Really, any documents like that. Has
15  anybody prepared anything like that?
16    A.    No.
17        MR. HANSEL: Object to the form.
18  BY MR. DORNER:
19    Q.    That was a no?
20    A.    That was a no.
21    Q.    Thank you. Has anybody at MADA
22  reviewed data on claims by MADA members for coverage
23  for Valsartan-containing drugs or substitute blood
24  pressure medications for purposes of this litigation?
25    A.    No.

22 (Pages 82 - 85)

HIGHLY CONFIDENTIAL

Page 86

1          MR. DORNER: Can we go to page 470,
2      please?
3  BY MR. DORNER:
4      Q.    Under the Eligible Employees section it
5  says, "All regular, full-time employees of a
6  Participating Trust Employer working at least 30 hours
7  per week in the service of the Participating Trust
8  Employer," are eligible for coverage under the group
9  health plan. Obviously, I don't want a list of all of
10  these participating trust employers. Is that that 85
11  percent number you had referred to earlier? Is that
12  who would be the participating trust employers?
13      A.    Yes.
14      Q.    And I think we said that's roughly
15  between ninety and a hundred dealerships?
16      A.    Roughly, yes.
17      Q.    Has that number been consistent since,
18  let's say, 2017?
19      A.    Fairly consistent, yes.
20      Q.    It's not required for a dealership to
21  join the Association or to join as a Participating
22  Trust Employer, is it?
23      A.    No.
24      Q.    Are businesses other than automobile
25  dealerships allowed to become Participating Trust

Page 87

1  Employers?
2      A.    No.
3      Q.    Are contributions from the
4  Participating Trust Employers, are those ongoing or
5  was it like a one-time thing?
6      A.    We bill them every month.
7      Q.    Is that bill based upon the claims of
8  their employees?
9      A.    The bill reflects the premium that has
10  been established for whatever benefits that employee
11  may have chosen to enroll in.
12      Q.    Are there some administrative fees,
13  then, also, in addition to the premiums?
14      A.    No.
15      Q.    So, just premiums? (Pause.) Right?
16      A.    I'm sorry. Yes.
17      Q.    It was a bad question, so you were
18  right to wait.
19          MR. DORNER: Can we go to page 471,
20      please? And let's zoom in on the third
21      section, Who is Eligible. There we go.
22  BY MR. DORNER:
23      Q.    And Mr. Brown, you may know this off
24  the top of your head, but if you want to review it,
25  that's fine, but my question is going to be from 2012

Page 88

1  to the present, did MADA coverage differ in terms of
2  who was eligible, from what is stated here?
3      A.    No. Well, excuse me. I don't know
4  when the federal rules on 26th birthday would have
5  become effective.
6      Q.    Understandable. And I don't know
7  either, but that would be -- would it be fair to say
8  that's the only change to who would be eligible to be
9  a plan participant?
10      A.    Yes.
11      Q.    And you're referring to the item number
12  3, "The eligible employees'/spouse's children under
13  age 26?" Is that what you're referring to?
14      A.    Well, actually, 3, 4, and 5, they all
15  mention age 26.
16      Q.    Good point. I don't think I've asked
17  this, so if I have I apologize. From 2012 to the
18  present, roughly, what's the whole number of
19  individuals, so employees, spouses, defendants,
20  covered by any of MADA's prescription drug plans?
21          MR. HANSEL: Object to the form.
22          THE WITNESS: Somewhere between 5,000
23      and 5,500.
24  BY MR. DORNER:
25      Q.    Okay. I recall that. So, I apologize

Page 89

1  for asking again. Do MADA's plans cover anybody
2  living outside of Maine? So, as an example, a
3  dependent, a 21 year-old at college in New Hampshire,
4  would they be covered? Could they be covered?
5      A.    Yes.
6      Q.    What about in the case of a dealership
7  employee who lives in, say, New Hampshire, could they
8  get coverage under MADA's programs?
9      A.    If they were a full-time employee of a
10  Maine dealership participating in the Trust, yes.
11      Q.    Down a little bit, actually it's the
12  last sentence in this call-out here, it says, "The
13  Plan Administrator and Contract Administrators reserve
14  the right to verify continued eligibility for all Plan
15  Participants." My first question is does -- let's
16  see. Does the Association verify the eligibility of
17  members?
18          MR. HANSEL: Objection. The
19      Association is not being deposed today, and
20      I'd object to the question.
21          MR. DORNER: The Association is a plan
22      administrator.
23          MR. HANSEL: Okay. In that capacity,
24      I'll allow the question.
25          THE WITNESS: So, can you repeat the

23 (Pages 86 - 89)

HIGHLY CONFIDENTIAL

Page 90

1    question, just so I understand?
2 BY MR. DORNER:
3       Q.    Sure, no problem.  Does the Association
4 verify the eligibility -- the continued eligibility
5 for plan participants?
6       A.    No.
7       Q.    Does MADA verify the eligibility,
8 continued eligibility, forgive me, of plan
9 participants?
10       A.    Yes, to the extent that we receive
11 annual enrollment forms from each participant -- for
12 each employee who wants to have coverage.
13       Q.    Other than having an enrollment form,
14 does MADA do anything to verify their actual
15 eligibility under this section, Who is Eligible to
16 Become a Plan Participant?
17       A.    No.
18       Q.    Now, this sentence here mentions a
19 contract administrator.  Actually, it mentions
20 contract administrators.  Who is or who are the
21 contract administrators?
22       A.    There are none.
23       MR. DORNER:  Can we go to page 468,
24    please?  And just in the middle, let's blow up
25    Type of Administration.

Page 91

1 BY MR. DORNER:
2       Q.    So, this here says that the contract
3 administration is by Anthem Blue Cross and Blue Shield
4 in South Portland.  Wouldn't they be the contract
5 administrator?
6       A.    Well, I wouldn't have understood that
7 term in the previous discussion.  I thought you were
8 referring in the previous discussion to somebody the
9 Trust may have employed to go verify somebody's age,
10 marital status, child -- dependency status, et cetera.
11       Q.    No problem.  And I'm glad we got it
12 cleared up.  For the sake of the record, then, let me
13 ask it in the context of the term, generally, is
14 Anthem Blue Cross and Blue Shield the contract
15 administrator for this plan document?
16       A.    Yes.
17       Q.    Is MADA aware of any steps that Anthem
18 undertook at any point to verify anybody's eligibility
19 for coverage?
20       A.    Only to the extent that they review the
21 enrollment documents that we receive from each
22 employee on an annual basis, or when they first become
23 eligible, or terminate, or whatever.
24       Q.    Okay.  So, that's the most that MADA
25 knows Anthem to do?

Page 92

1       A.    Yes.
2       Q.    At any point from 2012 to the present,
3 did the contract administrator change from Anthem to
4 any other entity?
5       A.    No.
6       Q.    So, from 2012, onward, MADA has only
7 used Anthem Blue Cross and Blue Shield as its contract
8 administrator?
9       A.    Yes.
10       MR. DORNER:  Let's go to page 483.  And
11    I want to focus on, I believe this is the --
12    yeah, the How to Access Primary and Specialty
13    Care Services.  Could we blow that up?
14 BY MR. DORNER:
15       Q.    The relevant section I'm looking at
16 here, it says, "Referrals are never needed to visit
17 any network specialty care provider.  To make an
18 appointment, call your physician's office.  Tell them
19 you are an Anthem PPO member."  Are all of MADA's
20 plans PPO plans?
21       A.    Not any longer.  We have some
22 HSA-compatible plans now.
23       Q.    Other than the HSA-compatible plans and
24 the PPO plans referenced in here, has MADA offered any
25 other kind of plan from 2012 to the present?

Page 93

1       A.    No.
2       Q.    So, no HMOs or fee-for-service?
3       A.    Correct.
4       MR. DORNER:  Can we go to page 485,
5    please?  I want to focus in on the Pilot Or
6    Test Programs section.
7 BY MR. DORNER:
8       Q.    This section basically says that MADA's
9 plan may "institute pilot or test programs regarding
10 case management, disease management or wellness
11 initiatives, which may result in the payment of
12 benefits not otherwise specified in the Plan
13 Document."  My question to you is from 2012 to 2019,
14 did the plan ever begin any pilot or test programs
15 that related to Valsartan-containing drugs?
16       A.    Not to my knowledge.  MADA did not, or
17 the Trust did not.
18       Q.    And MADA, for the purposes of this, can
19 refer to the Trust, as well.  That's really who's at
20 issue here.  From 2012 to 2019, did MADA begin any
21 pilot or test programs that covered other blood
22 pressure medications, like the ones in Exhibit 2?
23       A.    Not that I am aware specific to blood
24 pressure medications.  Anthem does use a program that
25 contacts individual men, women, or -- men or women, I

24 (Pages 90 - 93)

HIGHLY CONFIDENTIAL

Page 94

1 guess, it wouldn't get to the children -- men or women
2 who take certain medications or have certain diseases,
3 like diabetes or whatever, to encourage them to
4 maintain what their doctor told them to do, and to
5 take their medications that are prescribed by a doctor
6 as they were prescribed, to encourage their continued
7 wellbeing. Whether that includes any particular
8 medication or not, I can't answer.
9     Q.    Okay. I'm just going through my notes.
10 I'm cutting out a few questions, if you'll just give
11 me a moment.
12     A.    Sure.
13     Q.    I'm sure you don't have any complaints
14 about that, right?
15     A.    I'm ready to leave.
16     Q.    Let me just ask, generally, without
17 flipping through the exhibit, is MADA claiming any
18 damages for benefits associated with online doctor
19 visits or telemedicine?
20         MR. HANSEL: Object to the form.
21         THE WITNESS: No.
22 BY MR. DORNER:
23     Q.    You just cut out like a
24 page-and-a-half.
25     A.    It's okay.

Page 95

1         MR. DORNER: Can we go to page 497,
2     please? And let's zoom in first on the
3     Prescription Drugs section, the first two
4     paragraphs. That's fine.
5 BY MR. DORNER:
6     Q.    Reading real quick, "The Plan provides
7 benefits under your prescription drug card program for
8 FDA-approved prescription drugs and medicines bought
9 for use outside a hospital." Do you see where I read
10 that?
11     A.    Yes.
12     Q.    So, is this the section of MADA's group
13 health plan that provides coverage for
14 Valsartan-containing drugs?
15     A.    Yes.
16     Q.    And it's also the section that would
17 cover or provide coverage for substitute blood
18 pressure medications like those on Exhibit 2, right?
19         MR. HANSEL: Object to the form.
20         THE WITNESS: Yes.
21 BY MR. DORNER:
22     Q.    Going forward in this paragraph, it
23 says, "The Covered Drug Co-Payment or Co-Insurance may
24 vary based on whether the Prescription Drug has been
25 classified by the Contract Administrator as a Tier 1,

Page 96

1 Tier 2, Tier 3, or Tier 4 Drug." Did I read that
2 right?
3     A.    Yes.
4     Q.    Is it MADA's understanding that all of
5 the drugs covered by the group health plan are stated
6 on a formulary?
7     A.    To the best of my knowledge, yes.
8     Q.    And that formulary is where we find
9 this Tier 1, Tier 2, Tier 3, et cetera, right?
10     A.    Yes.
11     Q.    The formulary, then, would also dictate
12 whether or not there's a co-payment and how much that
13 co-payment is; is that true?
14     A.    I don't know. We don't get a list of
15 -- the formulary list, or whatever. Anthem
16 administers that.
17     Q.    So, MADA doesn't actually see the
18 formulary, right?
19     A.    Correct.
20     Q.    Was Anthem Blue Cross and Blue Shield
21 the manager of MADA's formulary for the years 2012 to
22 2019?
23         MR. HANSEL: Object to the form.
24         THE WITNESS: Yes, Anthem was the
25     administrator of the -- excuse me. Anthem

Page 97

1     handled the formulary and the management of
2     medication claims, and one time they used an
3     outside PBM. Maybe more than one time, I
4     don't know. But our dealings were with
5     Anthem.
6 BY MR. DORNER:
7     Q.    All right. Who was that outside PBM?
8     A.    Well, I believe Express Scripts was
9 involved at least part of that time.
10     Q.    And who would that -- what is the time
11 you're referring to? Do you know what years Express
12 Scripts was the PBM?
13     A.    I do not.
14     Q.    Can you recall any other Pharmacy
15 Benefits Managers that Anthem contracted with?
16     A.    Outside of itself, no.
17     Q.    Okay. So, you're saying Anthem, in and
18 of itself, is also a PBM?
19     A.    I believe they are now, or have one
20 now, of their own.
21     Q.    So, are you saying sort of like an
22 inhouse PBM?
23     A.    I'm not sure how it's structured, but
24 they are, themselves, a PBM, apparently, in some legal
25 manner.

25 (Pages 94 - 97)

HIGHLY CONFIDENTIAL

Page 98

1    Q.    From 2012 to the present, I know we
2 spoke about the formulary access, from 2012 to the
3 present, did MADA ever request access or copies of the
4 formulary?
5    A.    No.
6    Q.    Fair to say, then, that it didn't
7 review any formularies from Anthem before it chose
8 Anthem as its contract administrator?
9    A.    That's correct.
10    Q.    Did MADA review any formularies before
11 accepting the March 1, 2015 plan document that we were
12 currently reviewing?
13    A.    No.
14    Q.    Did MADA review any formularies before
15 deciding to provide coverage for the
16 Valsartan-containing drugs at issue in this case?
17    A.    No.
18        MR. DORNER:  Let's go down a little bit
19    further on this page.  I'm sorry, can we pull
20    up that call-out again?  That was my mistake.
21 BY MR. DORNER:
22    Q.    The second paragraph says, "Anthem
23 BCBS/WellPoint, Inc. has established the WellPoint
24 National Pharmacy and Therapeutics Committee," and
25 then it goes on to list who comprises that commit.  It

Page 99

1 says, "The purpose of this committee is to assist in
2 determining clinical appropriateness of drugs, and
3 determining the tier assignment of drugs."  Do you see
4 where I read that from?
5    A.    Yes.
6    Q.    Does MADA have any knowledge as to who
7 is on Anthem's P&T Committee?
8    A.    No.
9    Q.    Did anybody from MADA assist the P&T
10 Committee with the development of any formularies at
11 any time?
12    A.    No.
13    Q.    Excuse me.  I'm going to fix my screen.
14 Did MADA have any knowledge -- wait a second.  Strike
15 that.
16        MR. DORNER:  Let's go to page 498,
17    specifically in the middle, right beneath the
18    bullet point list.  Can you pull up those two
19    paragraphs below the bullet point list?
20 BY MR. DORNER:
21    Q.    The first paragraph says, "From time to
22 time we may initiate various programs to encourage
23 covered persons to utilize more cost-effective or
24 clinically-effective drugs, including, but not limited
25 to, generic drugs, mail order drugs, OTC, or preferred

Page 100

1 products.  Such programs may involve reducing or
2 waiving co-payments or co-insurance for certain drugs
3 or preferred products for a limited period of time."
4 Did I read that right?
5    A.    Yes.
6    Q.    Is MADA aware of any programs that
7 Anthem initiated that encouraged the utilization of
8 one version of Valsartan-containing product over
9 another?
10    A.    No.
11    Q.    What about programs encouraging the use
12 of any kind of Valsartan as opposed to some other kind
13 of blood pressure medication?
14    A.    No.
15    Q.    What about any programs to encourage
16 one non-Valsartan blood pressure medication over
17 another non-Valsartan blood pressure medication?
18    A.    No.
19    Q.    In the next paragraph down we've got a
20 sentence that says, "The PBM is a pharmacy benefit
21 management company with which the Contract
22 Administrator contracts to manage your pharmacy
23 benefits."  Can you tell me, sir, what is MADA's
24 understanding of what a Pharmacy Benefits Manager
25 does?

Page 101

1    A.    They -- well, my understanding would be
2 that the PBM acquires the medications from the
3 manufacturer or distributor of the manufacturer's
4 product, and provides them to, or sells them, to the
5 insurer, who pays for them, and probably the PBM sends
6 the pharmacies the various medications from time to
7 time.
8    Q.    Has MADA ever entered into a contract
9 directly with any Pharmacy Benefits Manager?
10    A.    No.
11    Q.    Does MADA know the identity of -- let
12 me back up here and again refer to the sentence we
13 just highlighted.  It says that the contract
14 administrator, which we agreed was Anthem, contracts
15 with the PBM.  Does MADA know the identity of any
16 Pharmacy Benefits Manager with which Anthem
17 contracted?
18        MR. HANSEL:  Object to the form.  Asked
19    and answered.
20 BY MR. DORNER:
21    Q.    You can answer.
22    A.    To my knowledge, it's Express Scripts
23 and Anthem, itself, or whatever form of Anthem their
24 PBM is.
25    Q.    Does MADA have access to any agreements

26 (Pages 98 - 101)

HIGHLY CONFIDENTIAL

Page 102

1 between Anthem and whatever its PBM is?
2    A.    I don't know if we have access, but
3 we've never sought it.
4    Q.    Why not?
5    A.    We've relied on Anthem to provide that
6 part of the service.
7    Q.    Generally speaking, does MADA
8 understand that a Pharmacy Benefits Manager can affect
9 the price that consumers and MADA ultimately pay for
10 prescriptions?
11    A.    Yes.
12    MR. DORNER:  Can we go to page 499,
13    please?
14 BY MR. DORNER:
15    Q.    This page, Mr. Brown, roughly is
16 talking about the ways in which prescriptions might be
17 picked up.  If you care to read it, I'm looking at the
18 top two full sections, Prescription Drugs From a
19 Retail Pharmacy, and Prescription Drugs By Mail.  My
20 questions are pretty general, though.  If you want to
21 review it, let me know.  Under all of MADA's plans
22 from 2012 to the present, could members pick up their
23 prescriptions at a pharmacy?
24    A.    Yes.
25    Q.    And then it says here that, "Certain

Page 103

1 participating retail pharmacies can fill your
2 prescription at the same co-payments that apply to the
3 mail order pharmacy."  Does MADA know which pharmacies
4 were involved in that arrangement?
5    A.    No.
6    Q.    Beneath that it says Prescription Drugs
7 By Mail.  Same question, from 2012 to the present,
8 could MADA members obtain their prescriptions by mail?
9    A.    I don't know if the entire time if that
10 would have been involved, but certainly, most of that
11 time, yes.
12    Q.    How about if we focus on just 2015 to
13 the present?
14    A.    Yes.
15    Q.    What were some of the mail order --
16 well, what were all of the mail order pharmacies from
17 which members could receive prescriptions?
18    A.    Well, again, Anthem handled that, but
19 my understanding is that it was Express Scripts for
20 most of that period.  Now it's probably Anthem.
21    Q.    No others?
22    A.    Not that I'm aware.
23    Q.    Down further on this page --
24    MR. DORNER:  We can lose this call-out,
25    Justin.

Page 104

1 BY MR. DORNER:
2    Q.    Further down on this page there's a
3 section on Maintenance Prescription Supplies.  I just
4 want to confirm, it says that certain medications
5 could be provided in 90-day supplies, provided that a
6 physician deemed them medically appropriate.  Was
7 that, in fact, a benefit that MADA members enjoyed
8 from 2012 to the present?
9    A.    Yes.
10    MR. DORNER:  Let's skip ahead to page
11    506.  I'm looking, specifically, at the
12    Medicare paragraph.
13 BY MR. DORNER:
14    Q.    So, I really don't want to have to read
15 this whole paragraph into the record.
16    A.    That's fine.
17    Q.    Okay.  Are you familiar with this
18 paragraph?
19    A.    Yes.
20    Q.    Okay.  Is MADA aware that it has an
21 obligation to ensure that its plans identify those
22 individuals to whom the Medicare secondary payor
23 regulation requirements apply?
24    MR. HANSEL:  Object to the form.
25 BY MR. DORNER:

Page 105

1    Q.    You can answer.
2    A.    We are aware that -- I guess I'm not
3 sure of the specific question, so let me ask you to
4 ask it again, please.
5    Q.    Absolutely.  No problem.  Is MADA --
6 let me rephrase it.  Is MADA aware that it has to
7 insure that the plans identify people who are subject
8 to the secondary payor regulations from CMS?
9    MR. HANSEL:  Object to the form.
10    THE WITNESS:  Yes, we are aware of
11    people who are Medicare-eligible, that we are
12    sometimes primary, and in limited instances,
13    Medicare is.
14 BY MR. DORNER:
15    Q.    One of those instances might be if this
16 is a person who is a full-time employee but is over
17 the age of 65; is that right?
18    A.    Depending what the employee chooses to
19 do.
20    Q.    What would the employee's choice be?
21    A.    If a person had reached age 65 and
22 continues to be a full-time employee, they could stay
23 on our plan or they could choose to go to Medicare.
24    Q.    And if they opt into Medicare, then
25 it's my understanding, tell me if I'm wrong here,

27 (Pages 102 - 105)

HIGHLY CONFIDENTIAL

Page 106

1  because I'm not an expert on this, if they do opt into
2  Medicare, then Medicare would be the primary payor;
3  MADA would be the secondary.  Is that right?
4      MR. HANSEL:  Object to the form.
5      THE WITNESS:  We're not allowed to be a
6   secondary payer, to my understanding.
7  BY MR. DORNER:
8      Q.    MADA would be the -- okay.  Okay.
9      A.    To my understanding.  If the employee
10  chooses our plan, we are primary.  If they choose to
11  go on Medicare, we're done.
12      Q.    Completely out?
13      A.    Right.
14      Q.    Understood.  Did MADA ever verify
15  whether any of the members who purchased Valsartan or
16  the other blood pressure medications at issue in this
17  case had enrolled in Medicare?
18      A.    No.
19      Q.    You mentioned that you're aware that
20  some of -- I thought I heard you say that you're aware
21  that some people, some members of MADA, are enrolled
22  in Medicare; is that right?
23      A.    I don't think I -- I don't think you
24  asked me that.
25      Q.    Is that right?

Page 107

1      A.    The people have a choice.  Once they
2  reach 65, or Medicare-eligibility age, they would
3  either stay on our plan, to the extent that they're
4  full-time employees, or they can go to Medicare.
5      Q.    Would choosing to enroll in a Medicare
6  Advantage Organization, as opposed to all Medicare,
7  true Medicare, would that also take them out of the
8  MADA plan?
9      A.    Yes, because they would have Medicare A
10  outside of the advantage plans.  The advantage plan --
11  my understanding of the advantage plan is that they're
12  supplements to basic Medicare.  But they would be out
13  of our plan, yes.
14      Q.    Gotcha.  Understood.
15      MR. DORNER:  If we can go to page 507,
16   and focus in on the Prescription Drugs
17   section, please.
18  BY MR. DORNER:
19      Q.    I want to direct your attention to just
20  a couple of lines in this section here.  It basically
21  says, "The plan does not provide benefits for the
22  following."  One of them is, "Medication that is taken
23  by or administered to an inpatient."  Another one is,
24  "Prescription drugs dispensed by a physician."  Do you
25  see those two bullet points there?

Page 108

1      A.    Yes.
2      Q.    So, is it MADA's understanding that
3  these two exclusions apply from 2012 to the present?
4      A.    Yes.
5      Q.    So, essentially, meaning if an
6  inpatient was given Valsartan while he or she was at
7  the hospital, that Valsartan would not be covered
8  under MADA's prescription drug plan, right?
9      A.    It would not be covered under the
10  prescription drug benefit.
11      Q.    Same goes for a patient who, you know,
12  maybe he gets a sample at the doctor's office, I guess
13  that would be free, but drugs directly dispensed by a
14  physician, those also would not be covered by the plan
15  benefit, the prescription plan benefit, right?
16      A.    Correct.
17      Q.    Do you know why these exclusions are in
18  the plan document?
19      A.    My understanding is that medications
20  administered as an inpatient are billed on the
21  hospital bill, which we would pay, to the extent that
22  they are -- that Anthem determines them to be
23  appropriate charges.  With respect to the medications
24  dispensed by a physician, my understanding of that is
25  that those are samples provided by the drug

Page 109

1  manufacturer or distributor, or whomever talks to the
2  physicians.
3      Q.    Now, we talked a minute ago about, more
4  than a minute ago, about this is a class action
5  lawsuit.  You understand that, right?
6      A.    Yes.
7      Q.    And MADA is proposing that a class of
8  third-party payors be certified and treated as a
9  class, correct?
10      A.    Yes.
11      Q.    So, would MADA intend to include
12  hospitals or physicians' offices that directly
13  provided Valsartan to inpatients, would MADA seek to
14  include entities like that in the proposed class?
15      MR. HANSEL:  Object to the form.  Calls
16   for a legal conclusion.
17  BY MR. DORNER:
18      Q.    You can answer.
19      A.    To the extent that medications came
20  from a physician's office and that they were samples,
21  there would be no charge to anybody, supposedly.  To
22  the extent that the hospital issued the medication,
23  I'm not sure those are identified in our program, at
24  least.  I can't speak for everybody else on that
25  point.

28 (Pages 106 - 109)

HIGHLY CONFIDENTIAL

Page 110

1    Q.    Sure.  And really, I'm just looking --
2  and MADA has said it wants to be a class
3  representative in this case, so from MADA's
4  perspective, would it want to include a hospital that
5  directly provides an inpatient with Valsartan?  Would
6  it include that in its third-party payor class?
7          MR. HANSEL: Object to the form.
8          THE WITNESS: No.
9  BY MR. DORNER:
10   Q.    Because it's different, right?
11         MR. HANSEL: Object to the form.  Calls
12  for a legal conclusion.
13  BY MR. DORNER:
14   Q.    You can answer, it's fine.
15   A.    From the MADA Trust perspective, we
16  wouldn't know that detail.
17         MR. DORNER: Let's go to page 516,
18  please.
19         VIDEOGRAPHER: Counsel, there's about
20  ten minutes left on this media unit.
21         MR. DORNER: Tell you what, then, I
22  think we've been going for a little while.
23  Let me see how much further I have.  I don't
24  have a long way left to go on this document,
25  but it may be a little more than ten minutes.

Page 111

1  So, can we do another tight five and come back
2  at 17 after?
3          THE WITNESS: Fine.
4          VIDEOGRAPHER: The time is now 11:12.
5  This ends Media Unit Number 2.  We're going
6  off the record.
7          (Recess taken from 11:12 a.m. to 11:21
8  a.m.)
9          VIDEOGRAPHER: The time is now 11:21.
10  This begins Media Unit Number 3.  We're back
11  on the record.
12         MR. DORNER: All right.  I appreciate
13  everybody getting back.  Can we go to page
14  ending in 516?  And focus on the top paragraph
15  in this section.  Before I forget, everybody
16  can hear me okay, right?  Mr. Brown, can you
17  hear me okay?
18         THE WITNESS: Yes.
19         MR. DORNER: Greg, can you hear me
20  okay, as well?
21         MR. HANSEL: Yes.  Yes.
22         MR. DORNER: All right.  I switched up
23  the camera angle here so I don't have to be
24  leaning over my iPad like this the whole time,
25  but if you have any difficulty hearing me,

Page 112

1  just let me know me know.  All right?
2          THE WITNESS: Okay.
3  BY MR. DORNER:
4    Q.    So, this top paragraph here, it starts
5  off, "You will be required to pay a portion of the
6  Maximum Allowed Amount to the extent you have not met
7  your deductible or have a co-payment or co-insurance."
8  Mr. Brown, what does maximum allowed amount mean?
9    A.    The amount that Anthem -- well, my
10  understanding of that -- let's see.  This is the
11  amount that Anthem would have contracted with whomever
12  the provider was for a certain amount to be reimbursed
13  under our plan.
14         MR. HANSEL: Excuse me.  Drew, I
15  believe there's a bit of reverberation.  I
16  don't know if you've turned off all of your
17  duplicate audios.
18         MR. DORNER: My iPad audio is off.  How
19  bad is it?
20         VIDEOGRAPHER: Counsel, I am picking up
21  a little bit, as well.
22         MR. DORNER: Let's try this.  How's
23  this?
24         VIDEOGRAPHER: Counsel, do you want to
25  go off the record and try and sort it out?

Page 113

1          MR. DORNER: Yeah, that's fine.
2          VIDEOGRAPHER: The time is 11:24.  We
3  are going off the record.
4          (Discussion held off the record.)
5          VIDEOGRAPHER: The time is 11:28.
6  We're back on the record.
7  BY MR. DORNER:
8    Q.    We were just talking about maximum
9  allowed amount, Mr. Brown.  The sentence that I had
10  referred to also mentions co-insurance and
11  deductibles, as well as co-payments.  Do all plans
12  offered under MADA's group plan have co-insurance
13  requirements for prescription drugs?
14   A.    No, if I'm understanding what you're
15  asking correctly.  The PPO plans had a co-payment for
16  medication.  The HSA-compatible plans may have a
17  co-insurance because the federal government determines
18  what -- has a list of medications that are considered
19  preventive, and those are paid at 100 percent under
20  the HSA-compatible plans.  They could get into
21  co-insurance, they could have a deductible, depending
22  on what kind of medication it was, as opposed to a
23  co-pay, and they could get into co-insurance.  The PPO
24  plans, I think, are pretty much limited to co-pays.
25   Q.    Okay.  I appreciate that explanation.

29 (Pages 110 - 113)

HIGHLY CONFIDENTIAL

Page 114

1 I think we may get into some documents here in a
2 little bit that will shed some additional light on
3 that, so I'm going to skip through the, sort of,
4 general questions now, and we'll get to the specific
5 stuff later.
6         MR. DORNER: Can we go to page 517,
7     please?
8 BY MR. DORNER:
9     Q.    And I'm looking here at the For
10 Prescription Drugs section. It's just three lines
11 long. This one says, "The Maximum Allowed Amount for
12 prescription drugs is the amount determined by the
13 Contract Administrator using prescription drug cost
14 information provided by the Pharmacy Benefits Manager
15 (PBM)." Is this consistent with MADA's understanding
16 of how the prices for Valsartan were set from 2012 to
17 2019?
18     A.    Anthem would have handled all of that.
19     Q.    And I understand that Anthem handled
20 it. I'm asking does MADA understand that the way it's
21 summarized in the plan document, that's how it worked
22 in practice?
23     A.    Yes.
24     Q.    Does MADA have any understanding of how
25 maximum allowed amount is set by Anthem?

Page 115

1     A.    No.
2     Q.    Are you familiar with what a MAC list
3 is, M-A-C?
4     A.    Not really.
5     Q.    I'll represent it stands for maximum
6 allowable cost. Does MADA know whether the maximum
7 allowed amount is based on a MAC list?
8     A.    No, we don't know.
9     Q.    Does MADA have access to any of the
10 prescription drug cost information that was provided
11 by Anthem's PBM as referenced in this paragraph?
12     A.    No.
13     Q.    Has it ever requested that information?
14     A.    No.
15     Q.    Why not?
16     A.    Well, I guess the only answer I can
17 give is we haven't felt the need to.
18     Q.    Does MADA have any knowledge of the net
19 price that Anthem's PBM paid to pharmacies for
20 Valsartan-containing drugs, say from 2015 to 2019?
21     A.    No.
22     Q.    So, at no point during that period
23 would MADA ever know what Anthem actually paid to a
24 pharmacy for a Valsartan prescription?
25         MR. HANSEL: Object to the form.

Page 116

1         THE WITNESS: No.
2 BY MR. DORNER:
3     Q.    Likewise, does MADA have any knowledge
4 about the price that Anthem's PBMs paid to pharmacies
5 for substitute blood pressure medications from 2012 to
6 2019?
7     A.    No.
8         MR. DORNER: Can we go to page 521,
9     please? And I'm looking at, I guess it would
10     be the fourth paragraph.
11 BY MR. DORNER:
12     Q.    This paragraph says that your, I
13 believe that's a plan member, "Your financial
14 responsibility (co-payments) will not be reduced by
15 any discounts, rebates or other refunds received by
16 the Pharmacy Benefits Manager from drug manufacturers,
17 or similar vendors or funds received by the plan from
18 the Pharmacy Benefits Manager." This paragraph
19 references discounts, rebates and other refunds. My
20 question to you is from 2012 to the present, has MADA
21 ever received any funds or anything of value from any
22 PBM in connection with any transaction involving
23 Valsartan?
24         MR. HANSEL: Object to the form.
25         THE WITNESS: Not that I'm aware, we

Page 117

1     have not.
2 BY MR. DORNER:
3     Q.    And again, you know, this is on behalf
4 of MADA. So, does MADA -- I guess I'll have to reask
5 the question again not from your personal
6 recollection, but from MADA's recollection, has it
7 received any funds or other thing of value from any
8 PBM in connection with the transaction involving
9 Valsartan?
10         MR. HANSEL: Object to the form.
11         THE WITNESS: I guess the only way I
12     can answer that is Anthem handled all of that
13     type of transaction.
14 BY MR. DORNER:
15     Q.    Right, but it's -- sorry, go ahead. I
16 apologize.
17     A.    We may have received a summary of --
18 summary is not the right word. We may have received a
19 sum of money representing rebates, or whatever, that
20 Anthem would have credited against us, but it would
21 not have been identified as to any particular source.
22     Q.    So, it would be in connection with
23 prescription drugs, generally?
24     A.    Right.
25     Q.    Is that an accurate way to say it?

30 (Pages 114 - 117)

HIGHLY CONFIDENTIAL

Page 118

1    A.    Yes.
2         MR. DORNER: Can we go to -- we can
3    close this exhibit. Let's go to Exhibit 6. I
4    guess go to the next page. This one is just a
5    cover sheet. There we go.
6         (Document marked as Exhibit TB-6 for
7    identification, and is designated as highly
8    confidential.)
9    BY MR. DORNER:
10   Q.    Mr. Brown, have you seen this document
11   before?
12   A.    Yes.
13   Q.    What is it?
14   A.    It's an agreement between the Trust and
15   Anthem to provide various services to the Trust.
16        MR. DORNER: Just real quick, if we can
17   zap over to page 148, Justin.
18   BY MR. DORNER:
19   Q.    That's your signature there on the
20   left, Mr. Brown?
21   A.    Yes, it is.
22   Q.    Who is the person on the right? Do you
23   know who that is?
24   A.    No, I don't. I can't recognize the
25   name from the signature.

Page 119

1    Q.    It looks like it says RVP Sales. My
2    guess is the Regional Vice President for Sales. I
3    don't know that, but does that, by chance, jog your
4    memory?
5    A.    Well, that would certainly be a
6    description of whoever that person is, but I don't
7    recognize the signature. I can't determine the name
8    from the signature.
9    Q.    That's fine. No problem. These
10   signatures are dated August of 2010, right, both of
11   them?
12   A.    Yes.
13        MR. DORNER: Can we go back to the
14   first page, which is MADA 128? There we go.
15   And I want to look at the top section, and the
16   first paragraph. Yes, that's perfect.
17   BY MR. DORNER:
18   Q.    In this first paragraph, it says it is
19   effective as of March 1, 2008, and then in that, sort
20   of, margin you can see some handwritten text that says
21   signed, it looks like ABA for 1/1/08 to 2/28/2010.
22   So, my question is was this document signed in 2010
23   but applied retroactively?
24   A.    Yeah, it took us awhile, the attorneys
25   for the various parties, Anthem and the Trust, it took

Page 120

1    them awhile to iron out all of the language.
2    Q.    So, when the did this agreement
3    actually -- strike that. When did Anthem actually
4    start performing under this particular agreement?
5    A.    Likely, by 2008.
6    Q.    Has this agreement ever been extended?
7    A.    It's still the basic agreement.
8    Q.    And I think we're pretty much saying
9    the same thing here. This agreement, it may have been
10   modified in some respects, but by and large, this is
11   still the agreement by which Anthem provides
12   prescription drug services to MADA, right?
13   A.    Yes.
14        MR. DORNER: Can we go to page 155?
15   And forgive the pause. I'm trying to sort
16   through these exhibits, as well.
17   BY MR. DORNER:
18   Q.    Up at the top it says here Amendment 3
19   to the Administrative Services Agreement with MADA,
20   "Plan Sponsor." Then the first paragraphs says, "This
21   Amendment is made part of the Administrative Services
22   Agreement and is effective March 1, 2017." This
23   amendment is in reference to the Administrative
24   Services Agreement that we just looked at, right?
25   A.    Yes.

Page 121

1    Q.    And it looks like here, it says, if you
2    go -- well, it looks like it says it was effective
3    March 1 of 2017. So, would that mean that the
4    original Administrative Services Agreement that starts
5    on page 128 that we just looked at, that was extended
6    and applied to run from March, 2017 to the next year?
7    A.    Yes.
8    Q.    Forgive me for editorializing it, but
9    that's quite a gap between February of 2010, when the
10   first one said it ended, and March 1 of 2017. Was
11   there any sort of agreement in effect from the end of
12   -- well, I guess, from March 1, 2010 to February 28 of
13   2017?
14        MR. HANSEL: Object to the form.
15        THE WITNESS: We would have continued
16   under the original agreement.
17   BY MR. DORNER:
18   Q.    Okay. So, that agreement held all the
19   way through up to 2017?
20   A.    Yes.
21   Q.    Does MADA have any documentation to
22   show that that agreement was in effect for that time?
23   A.    No, nothing I could find. I thought it
24   was continuously effective unless changed or
25   something, but I'd have to read the whole thing again.

31 (Pages 118 - 121)

HIGHLY CONFIDENTIAL

Page 122

1 I'm sorry.
2    Q.    Well, sir, I'm not going to ask you to
3 do that.  We can review it.  Other than its agreement
4 with Anthem Health Plans of Maine, Anthem, was MADA a
5 party to any other agreements involving contact
6 administration for its health plan from 2012 to the
7 present?
8          MR. HANSEL:  Object to the form.
9          THE WITNESS:  No.
10 BY MR. DORNER:
11   Q.    During the same timeframe, was Anthem
12 -- excuse me, was MADA a party to any other agreement
13 for claims management?
14   A.    No.
15   Q.    Was Anthem, during the same time -- I
16 keep saying Anthem.  Was MADA, during the same time
17 period, a party to any other contract for pharmacy
18 benefits management?
19   A.    No.
20   Q.    I just want to let you know for
21 purposes of this deposition, these documents, the
22 Administrative Services Agreement, this Amendment 3 to
23 the Administrative Services Agreement, two other
24 amendments we got, numbers 4 and 5, we combined those
25 all into one exhibit, just for the sake of getting

Page 123

1 along easier.  So, I realize these were produced
2 differently, and they're dated at different times, but
3 you understand that we just combined them into one
4 single document for purposes of this deposition.  Is
5 that okay?
6    A.    Yes.
7    Q.    Now, I mentioned we have Amendments 3,
8 4, and 5.  That implies there were Amendments 1 and 2.
9 Does MADA have those?
10   A.    Not that I could find.
11   Q.    Okay.  Do you have any idea --
12   A.    If they were ever effective.  It's
13 possible that they all combined into that original
14 agreement, given the timeframe that it took to
15 finalize.
16   Q.    So, are you saying there may have been
17 drafts of Amendments 1 and 2, and they just never got
18 signed or finalized?
19   A.    I couldn't find anything related to
20 Amendments 1 or 2.
21   Q.    Can you think of anybody who might have
22 those?
23   A.    If they existed, either of the
24 attorneys for the respective parties.
25   Q.    Who represented MADA in connection with

Page 124

1 its negotiations with Anthem?
2    A.    Preti Flaherty.
3    Q.    Is Preti the primary counsel that MADA
4 retains for most matters?
5    A.    Yes.
6    Q.    Do you have any knowledge -- strike
7 that.  If -- do you or does MADA have any recollection
8 of what Amendments 1 and 2 -- any of the terms in
9 those agreements?
10   A.    No.
11          MR. DORNER:  All right.  Let's go to
12 page 128.
13 BY MR. DORNER:
14   Q.    I just want to clarify on this,
15 numbered paragraph 1 says the "Plan sponsor is the
16 sponsor of a self-funded Group Health Plan."  Is MADA
17 only self-funded?
18   A.    For medical, yes.
19   Q.    And then I think you might have
20 mentioned earlier, it's fully insured for, is it, life
21 and -- well, why don't you tell me.  What's it fully
22 insured for?
23   A.    It's fully insured for the life
24 options, short-term-disability, and vision.
25          MR. DORNER:  Let's go to page 129, and

Page 125

1    I want to look at the definition of a Paid
2    Claim.
3 BY MR. DORNER:
4    Q.    So, here it says a Paid Claim is "the
5 amount charged to the Plan Sponsor for Covered
6 Services or services provided during the term of this
7 agreement."  Would MADA agree that a paid claim is
8 whatever Anthem charges MADA for a service?
9    A.    Yes.
10   Q.    If we go down a little more to the
11 paragraph numbered 3 there, Prescription Drug Claims,
12 again, I don't want to have to read this whole thing
13 into the record, so you'll notice an abbreviation in
14 the middle there, AWP.  Does MADA have an
15 understanding of what AWP stands for?
16   A.    I believe it stands for Average
17 Wholesale Price.
18   Q.    What about next to it, MAC?
19   A.    That's the term you used a little bit
20 ago.
21   Q.    That's the maximum allowable cost?
22   A.    Yes, I would assume.
23   Q.    Yeah, I'm there with you, so I
24 understand.  And my basic question is, and if you want
25 to review this paragraph, that's fine, my question,

32 (Pages 122 - 125)

HIGHLY CONFIDENTIAL

Page 126

1 though, is going to be Anthem bills MADA for a
2 prescription, any given prescription, based on a rate
3 that it or its PBM negotiated with the pharmacy,
4 right?
5     A.    Yes.
6     Q.    And then behind that rate, or
7 comprising that rate, Anthem might actually pay less
8 to the pharmacy than what it bills MADA for; is that
9 true?
10    A.    I wouldn't have any knowledge of that.
11    Q.    So, you have no knowledge about whether
12 Anthem pockets the difference, essentially, between
13 what it charges -- what it pays the pharmacy and what
14 it charges MADA?
15    A.    I have assumed all along that they do
16 -- that there is a difference, and that whoever is in
17 the middle is keeping something.
18    Q.    Is that what spread-pricing is? I've
19 seen that term.
20    A.    I don't have any idea.
21    Q.    Okay.
22    A.    But nobody does anything for nothing.
23    Q.    At any point from 2012 to 2019,
24 assuming that your assumption is correct, at any point
25 from 2012 to 2019 has Anthem provided any share of

Page 127

1 that difference to MADA?
2     A.    Yes. Well, I don't know about that
3 difference, but we have received, from time to time,
4 credits against the prescription drugs costs related
5 to rebates, incentives, whatever, that Anthem may have
6 received from somebody.
7     Q.    Was that the product of some additional
8 negotiations over this agreement? Did that come about
9 because of additional negotiations over this
10 agreement?
11        MR. HANSEL: Object to the form.
12        THE WITNESS: Some came because Anthem
13    volunteered. Some came as the Trust works
14    with Anthem over the cost of their
15    administration, and so on and so forth.
16 BY MR. DORNER:
17    Q.    And I ask that because I believe one of
18 the amendments in this exhibit that we're going to
19 look at may speak to the arrangement that you're
20 talking about. So, I'm just trying to pin down where
21 we're going. If we look down to the next paragraph,
22 it's talking about Performance Payments. If you want
23 to read this paragraph, that's fine, you can review
24 it. My question to you is going to be does MADA have
25 any knowledge regarding the initiation of any programs

Page 128

1 setting goals, outcomes, or performance standards for
2 any provider or vendor in the prescription drug supply
3 chain.
4     A.    No.
5     Q.    When Anthem charges MADA for a claim,
6 does Anthem indicate whether any of the -- if they
7 exist, any of these performance payments are included
8 in the paid claim amount?
9     A.    No.
10        MR. DORNER: Let's go to the next page.
11    This is a section on Claims Payment Pursuant
12    to Any Judgment, Settlement, Legal or
13    Administrative Proceeding. This is the top
14    paragraph numbered 5, Justin. There we go.
15 BY MR. DORNER:
16    Q.    If you want to review this, Mr. Brown,
17 that's fine. My question will be does MADA have any
18 knowledge regarding any settlements, judgments, or
19 other legal proceedings whose costs are included in
20 the paid claim rate for Valsartan or for other blood
21 pressure medications?
22    A.    No.
23    Q.    Similar to what I asked a moment ago,
24 when Anthem charges MADA for claims, does Anthem
25 indicate whether any of these costs from legal

Page 129

1 proceedings are included within the paid claim amount?
2     A.    No.
3     Q.    I don't know if you've heard or been
4 following the news, there's been recent news about a
5 big class action settlement that involves Anthem Blue
6 Cross and Blue Shield. Has Anthem communicated
7 regarding that class action or settlement with MADA in
8 any respect?
9     A.    They sent us a note that says that it
10 existed, and provided reference to, I don't know if
11 it's the court's website or somebody's website, if
12 anybody wanted to find out any details.
13    Q.    To MADA's knowledge, does that
14 settlement have anything to do with any prescription
15 drugs that MADA covered from 2015, let's say, to 2019?
16        MR. HANSEL: Object to the form.
17        THE WITNESS: Not to my knowledge, no.
18        MR. DORNER: Let's go to page 136,
19    please. I want to focus in on Article 9,
20    HIPAA.
21 BY MR. DORNER:
22    Q.    All right. Mr. Brown, very briefly on
23 this section, this mentions that, "Anthem's duties and
24 responsibilities," I'm quoting, "will be set forth in
25 a separate Business Associate Agreement between the

33 (Pages 126 - 129)

HIGHLY CONFIDENTIAL

Page 130

1 Parties." Do you see that?
2     A.    Yes.
3     Q.    Now, within this document, and we'll
4 get there, I'll represent to you that Amendment 5 to
5 the Administrative Services Agreement does contain a
6 Business Associate Agreement, but no such agreement
7 was provided or produced with the original
8 Administrative Services Agreement that we're looking
9 at right now. Do you understand what I mean by that?
10     A.    Yes.
11     Q.    Does MADA have a copy of the original
12 Business Associate Agreement?
13     A.    Unless it was attached to the original
14 agreement, no.
15     Q.    Can you tell me what the terms are or
16 were of the original Business Associate Agreement?
17     A.    No, I can't, offhand.
18     Q.    Do you know if it's still in effect
19 today?
20     A.    Well, my assumption is that everybody
21 has to deal with privacy, and that both parties agreed
22 that they would not disclose things that weren't
23 supposed to be disclosed about individual people. So,
24 to that extent, however, since that law has been in
25 effect, people are trying to comply.

Page 131

1     Q.    And let me ask this maybe a little bit
2 different way. Did the original Business Associate
3 Agreement contain terms that dealt with matters other
4 than HIPAA?
5     A.    Without looking at it, I couldn't tell
6 you, but I assume not. If this references a HIPAA
7 agreement, then that's probably all it was.
8     Q.    Yeah, and you know, I want to go back
9 through and look at this. In the back of my mind, I
10 want to say that there are references to this
11 agreement in other parts, which would suggest that
12 it's not just relating to HIPAA. I guess what I'd do
13 is I would ask that you go back and search for this
14 document, and we'll just put this as a request on the
15 record, for whatever that Business Associate Agreement
16 is.
17         (Request noted for the record.)
18         MR. DORNER: If we can go to page 137.
19 BY MR. DORNER:
20     Q.    And I want to focus on the first
21 paragraph under Article 11. It says, "Upon Plan
22 Sponsor's request and only as permitted," here we go,
23 "by the Business Associate Agreement entered into
24 between the Parties, Anthem will provide Anthem's
25 standard account reporting package." It goes on to

Page 132

1 say, "If plan sponsor requests from Anthem information
2 that is not part of Anthem's standard account
3 reporting package, and such request is approved by
4 Anthem, Plan Sponsor agrees to pay a mutually
5 agreed-upon charge to Anthem for such additional
6 reports." My first question is has MADA ever made a
7 request pursuant to this section for any information
8 from Anthem regarding Valsartan?
9     A.    Only to the extent, I guess, that our
10 attorneys would have requested whatever information.
11     Q.    MADA, itself, has not done that?
12     A.    No.
13     Q.    Has MADA ever made a request pursuant
14 to this section for substitute blood pressure
15 medications?
16     A.    No.
17     Q.    I think you alluded to this, but I just
18 want to clarify here, was this section relied upon by
19 either MADA or its counsel to obtain data regarding
20 the claims for Valsartan issued in this case?
21     A.    That the would have been up to the
22 attorneys.
23     Q.    Acting on your behalf, right?
24     A.    Yes. I don't know what they use for
25 authorization.

Page 133

1     Q.    Does MADA have any -- to the extent
2 these requests were in writing, MADA would have access
3 to them, wouldn't they?
4         MR. HANSEL: Object to the form.
5         THE WITNESS: I assume.
6         MR. DORNER: Okay. Well, to the extent
7     that any requests under this section -- or I
8     guess any request, really, was communicated in
9     writing to Anthem, I'd request production of
10     those. Okay? And that's really a note to
11     both you and your counsel.
12         (Request noted for the record.)
13 BY MR. DORNER:
14     Q.    Let's go to page 139. I want to focus
15 on the paragraph numbered 2. This talks about how
16 Anthem will -- "Anthem will furnish and maintain a
17 drug formulary for use with the Plan, and Anthem shall
18 periodically review and update its formulary. The
19 Plan Sponsor shall adopt such formulary as part of the
20 design of the Plan." Did Anthem's PBM, in fact,
21 supply a formulary or series of formularies in effect
22 from 2012 to 2019?
23     A.    No.
24     Q.    Who did, if anyone?
25     A.    The Trust did not have a formulary.

34 (Pages 130 - 133)

HIGHLY CONFIDENTIAL

Page 134

1    Q.    Sorry, I might have misstated my
2  question.  Did Anthem or its PBM supply a formulary
3  that governed the plan from 2012 to 2019?
4    A.    The Trust does not have one, did not
5  have one.  We adopted Anthem's formulary.
6    Q.    When MADA first signed the
7  Administrative Services Agreement that we're looking
8  at right now, did MADA care what medications were on
9  the formulary?
10    A.    Sure, we cared, but we didn't ask about
11  what was on the formulary or not.  We understood it to
12  be a generally-accepted list of medications that
13  people would have need of.
14    Q.    We've looked at, briefly, an amendment
15  to the Administrative Services Agreement.  I know that
16  there are a few of them.  We've talked about them.
17  When the agreement was extended by those amendments,
18  did MADA do anything at those times to evaluate or
19  reconsider the formulary?
20         MR. HANSEL:  Object to the form.
21         THE WITNESS:  No.
22  BY MR. DORNER:
23    Q.    They never requested an opportunity to
24  weigh in on the formulary?  MADA didn't request an
25  opportunity?

Page 135

1    A.    No.
2    Q.    Further down on this page, this is
3  paragraph B, there we go, it says, "Anthem PBM has
4  negotiated programs with pharmaceutical manufacturers
5  (Drug Rebate Programs) under which rebates for certain
6  Prescription Drugs dispensed to members (Drug Rebates)
7  are made directly to Anthem PBM."  Do you see what I
8  read there?
9    A.    Yes.
10    Q.    So, from 2012 to the present, and we
11  may have talked about this, did MADA ever receive any
12  discounts or rebates from Anthem or its PBM for
13  prescription drugs that MADA paid for?
14    A.    Yes.
15    Q.    That would include Valsartan, right?
16    A.    I don't have any knowledge of any
17  specific medication that might be included or not.
18    Q.    Do you know the amount of discounts or
19  rebates that MADA received during that time period?
20    A.    No.  They would have been reflected on
21  some of the billings, but I don't know what those
22  amounts were.
23    Q.    Well, ballpark it for me.  Was it over
24  a million dollars or was it under a million dollars?
25         MR. HANSEL:  Object to the form.  Don't

Page 136

1  speculate.
2         THE WITNESS:  I couldn't give you any
3  reasonably accurate number.
4         MR. DORNER:  I'm going to request all
5  of the billings that would reflect this
6  information.  I'll make that request on the
7  record right now.
8         (Request noted for the record.)
9         (Pause.)
10         MR. DORNER:  Sorry, I'm trying to cut
11  out some questions here, guys.  So, if we go
12  down to the bottom of this page, Section d.2.
13  BY MR. DORNER:
14    Q.    Section d.2 says, "On an annual basis,
15  Anthem shall provide information to an independent
16  third party sufficient to verify that the estimated
17  Drug Rebate credit amount set forth in Section 3 of
18  Schedule A is a reasonable and good faith estimate."
19  Has MADA ever learned whether the third party verified
20  that Anthem's drug rebate estimate was reasonable?
21    A.    We haven't asked for a third party to
22  evaluate that.
23    Q.    Why not?
24    A.    We trusted Anthem to provide whatever
25  it is that we got.

Page 137

1         MR. DORNER:  Let's go to page 144.  I
2  want to look at the first paragraph of Section
3  C on this page.  C, as in Charlie.
4  BY MR. DORNER:
5    Q.    And generally, not wanting to read it
6  into the record, this paragraph talks about changes in
7  conditions, financial or otherwise, of the Plan
8  Sponsor, such that it may not be able to fulfill its
9  obligations under the agreement.  So, just generally,
10  let me ask you, Mr. Brown, from 2012 to the present,
11  has MADA ever been insolvent?
12    A.    No.
13    Q.    From 2012 to the present, has there
14  ever been a time where MADA was unable to pay or
15  reimburse any claim?
16    A.    No.
17    Q.    At any time has Anthem ever invoked
18  this clause to require MADA to provide assurances of
19  its ability to abide by the terms of the agreement?
20    A.    No.
21         MR. DORNER:  Let's go to page 157.
22  BY MR. DORNER:
23    Q.    This says, at the top, Schedule A to
24  the Administrative Services Agreement.  I want to
25  focus on the text at the bottom, Explanation of Drug

35 (Pages 134 - 137)

HIGHLY CONFIDENTIAL

Page 138

1  Rebate Credit. Do you see what I'm referring to
2  there?
3      A.    Yes.
4      Q.    It says, "Anthem shall return 100
5  percent of the Drug Rebates that it estimates it will
6  receive from PBM to Plan Sponsor in the form of a Drug
7  Rebate Credit." That's the first sentence. You see
8  that, right?
9      A.    Yes.
10      Q.    And then down beneath that it appears
11  that Anthem estimated this to be $16.79 per subscriber
12  per month, right?
13      A.    Yes.
14          MR. DORNER: Just a second here. I
15      apologize. If we can kill this call-out real
16      fast and go up to Section 1.
17  BY MR. DORNER:
18      Q.    It says the effective date of this
19  notice is March 1, 2017 to the end of the day of
20  February 28, 2018. Would you agree with that?
21      A.    Yes.
22      Q.    So, if we go back down to that Drug
23  Rebate Credit section, it looks like for 2017, part of
24  2018, the Drug Rebate Credit was $16.79 per member per
25  month. Would you agree?

Page 139

1      A.    Per subscriber per month.
2      Q.    Forgive me, yes, per subscriber per
3  month. And it says here that, "The Plan Sponsor
4  agrees to accept this credit in lieu of receipt of or
5  claim to Drug Rebates received by Anthem, and Plan
6  Sponsor agrees that neither it, the Plan nor any
7  Members shall have any legal or beneficial interest in
8  any Drug Relates." So, what does that mean, exactly?
9  Did MADA get a break on some prices in the value of
10  this $16.79 per subscriber per month?
11      A.    Essentially, they lowered the
12  administrative fee to us for managing claims and
13  providing services by that amount.
14      Q.    Okay. And I guess I -- that makes
15  sense. If you look right above this, it says the
16  PPO/HSA is $35 per subscriber per month; dental is
17  $2.98; behavioral health is $1.93. So, I guess,
18  roughly, that works out to, what, about $38, $39,
19  about $40, right?
20          MR. HANSEL: Object to the form.
21          THE WITNESS: Yes.
22  BY MR. DORNER:
23      Q.    And so had Anthem not given these drug
24  rebate credits to MADA, MADA would have, instead of
25  paying around $40 a month, it would have been paying

Page 140

1  closer to $56, $57 a month, is that right, per
2  subscriber?
3          MR. HANSEL: Object to the form.
4          THE WITNESS: Yes, but dental is
5      separate, because there's a different
6      subscription number, or enrollment number for
7      dental as opposed to the medical.
8  BY MR. DORNER:
9      Q.    I see. So, then, would the math be
10  more appropriate if I was just dealing with $35 per
11  subscriber per month?
12      A.    Yes.
13      Q.    Okay. So, if we add up that $16.79, we
14  get to $51.79 per month is what it would have been
15  were it not for the drug rebate credits, right?
16      A.    Yes.
17      Q.    And that's a substantial savings to
18  MADA, isn't it?
19      A.    Yes, it is.
20      Q.    Now, we talked about how, I think you
21  said the billings don't reflect the individual
22  medications that served as the bases for these
23  rebates. Is that accurate?
24      A.    The billings are in summary form,
25  number of employees by type of product.

Page 141

1      Q.    Okay. And so you couldn't look at a
2  particular billing and say, oh, here's a rebate
3  for Valsartan? That wouldn't show that, right?
4      A.    No.
5      Q.    Let me ask you this, then: Is it
6  possible that a share of the drug rebate credits that
7  MADA received were based on Valsartan purchases by
8  Anthem?
9          MR. HANSEL: Object to the form. Calls
10      for speculation.
11  BY MR. DORNER:
12      Q.    You can answer.
13      A.    To the extent that Anthem got any, I
14  assume it would have been included.
15      Q.    Does MADA know if Anthem got any
16  rebates for Valsartan?
17      A.    No.
18      Q.    Does MADA know if Anthem got any
19  rebates for substitute blood pressure medications?
20      A.    No.
21      Q.    It's possible, right?
22          MR. HANSEL: Objection. Same
23      objection.
24  BY MR. DORNER:
25      Q.    You can answer.

36 (Pages 138 - 141)

HIGHLY CONFIDENTIAL

Page 142

1    A.    It's possible, yes.
2         MR. DORNER:  Can we go to page 276?
3         VIDEOGRAPHER:  I'll need to find this
4    real fast.
5 BY MR. DORNER:
6    Q.    Mr. Brown, do you recognize this part
7 of Exhibit, what are we on, 6?
8    A.    Yes.
9    Q.    What am I looking at here?
10    A.    The cost of our purchase of Anthem
11 services from March 1 of '18 through February 28th of
12 '19.
13    Q.    I think if we go up one page, so let's
14 go back one page to 275, this says it's under
15 Amendment 4 to the Administrative Services Agreement.
16 Is that MADA's recollection, as well?
17    A.    Yes.
18    Q.    And it says here that Schedule A is
19 replaced by the attached Schedule A, and so the
20 document beginning on 276 would be the new controlling
21 Schedule A from March 1, 2018 to February 28, 2019,
22 right?
23    A.    That's what it says, yes.
24         MR. DORNER:  Can we go to the bottom of
25 276, please, Section 3?  Let's blow that up.

Page 143

1 BY MR. DORNER:
2    Q.    And again, here, it's showing that for
3 this period, MADA is paying, again, $35 per subscriber
4 per month for PPO and HSA plan administration,
5 correct?
6    A.    Yes.
7    Q.    Now, can you flip over to the next
8 page?  Under the Prescription Drug Rebates section,
9 I'm going to read part of this.  It says, "Anthem will
10 pay to Plan Sponsor 35 percent of the Drug Rebates
11 collected from PBM and attributable to Plan Sponsor's
12 plan subject to Anthem's timely receipt of payment and
13 accompanying data from PBM.  On a quarterly basis,
14 Anthem shall credit Plan Sponsor the Drug Rebates it
15 has collected from PBM."  Skipping ahead, "Anthem
16 shall continue to provide Plan Sponsor its share of
17 the Drug Rebates under this provision until the
18 termination of this Agreement and any applicable
19 Claims Runout period."  So, my question to you is
20 between 2017 and 2018, when we were dealing with
21 Amendment 3, and 2018 and 2019 when we were dealing
22 with Amendment 4, it looks like the structure of how
23 the drug rebate was paid changed.  Is that accurate?
24    A.    Yes.
25    Q.    Why did it change?

Page 144

1    A.    It might be the result of the
2 conversations we had about administrative fees going
3 forward, and the fact that drug rebates has become
4 more of public conversation, shall we say.
5    Q.    Understood.  So, is this a change that
6 MADA requested?
7    A.    We would have discussed the drug
8 rebates.  I couldn't tell you if Anthem brought it up
9 or we did.
10    Q.    It looks like the overall effect of
11 this was rather than getting a credit against those
12 administrative fees, it looks like this time it was
13 more along the lines of Anthem would actually just
14 provide a payment to MADA.  Is that how it worked?
15         MR. HANSEL:  Object to the form.
16         THE WITNESS:  They provided us a credit
17    on our billing from time to time for those
18    amounts.
19 BY MR. DORNER:
20    Q.    So, you didn't get a check in the mail,
21 but your billing would reflect some sort of rebate for
22 rebates that Anthem or its PBM had negotiated; am I
23 right?
24    A.    Yes.
25    Q.    Again, for this period of March, 2018

Page 145

1 to the end of February, 2019, how much did Anthem pay
2 MADA in drug rebates during this period?
3    A.    I don't know that offhand.
4    Q.    The billings would reflect that?
5    A.    Yes, they should.
6         MR. DORNER:  Okay.  I'll make that same
7    request, then, for those, as well.
8         (Request noted for the record.)
9         MR. DORNER:  Can we go to MADA 297,
10    please?
11 BY MR. DORNER:
12    Q.    Mr. Brown, this is another Schedule A.
13 I'll represent to you that this is the schedule I
14 found at Amendment 5 to the Administrative Services
15 Agreement.  Have you seen this document before?
16    A.    Yes.
17    Q.    And I just have a really quick question
18 here.  There's some terminology changing that I'm
19 seeing.  If we go down to Section 3.A, Anthem is
20 referring to paying Trust 50 percent of the drug
21 rebates collected from PBM and attributable to Trust's
22 plan.  I just want to make sure that Trust here is
23 still referring to MADA.  Is that right?
24    A.    Yes.
25         MR. DORNER:  Can we go back to page

37 (Pages 142 - 145)

HIGHLY CONFIDENTIAL

Page 146

1    158, please?
2  BY MR. DORNER:
3    Q.    What I want to talk about a little bit,
4  and we may be getting close to a lunch break here.
5  Let's see how we're doing.  Yeah, I think we're
6  getting close to a lunch break.  I just want to talk a
7  little bit about how these billings work.  So, this
8  says down near the bottom --
9        MR. DORNER:  Can we go to Billing
10    Cycle, and zoom in on that, Section 4.A and B.
11  BY MR. DORNER:
12    Q.    It says that MADA would be, basically,
13  presented with daily notifications as a result of
14  claims processed and paid by Anthem.  So, during the
15  time of Amendment 3, did MADA get daily bills?
16    A.    At one point they were daily.  At some
17  point they switched to weekly.
18    Q.    And who would have actually received
19  those bills?
20    A.    I would have.
21    Q.    What would you do with them?
22    A.    We would put them in a file so that we
23  could -- since they represented the amount of paid
24  claims for that period, we would accumulate them for
25  the month.

Page 147

1    Q.    How many, just to better understand
2  this, like how many pages was the daily bill?
3    A.    One.
4    Q.    Oh, great.  Okay.  Okay.  And so over
5  the course of a year, you would receive, not 365,
6  because I'm assuming you didn't get one on Christmas
7  or Fourth of July, but you would get, roughly for
8  every business day, you would get a bill?
9    A.    Pretty much, unless at some point it
10  changed to weekly during then, or --
11    Q.    Yeah, and I --
12    A.    You know, whatever.
13    Q.    And I think I know what you're talking
14  about with regard to the weekly billing.  These bills,
15  they don't break down claim-by-claim what Anthem is
16  charging MADA, right?
17    A.    No.
18    Q.    Has MADA retained these billings?
19    A.    We have some of the recent ones.  I
20  don't know how far back they go, because it's
21  voluminous.
22        MR. DORNER:  If we can go to the next
23    page, please, the top section, Section C.  It
24    says Payment Method.
25  BY MR. DORNER:

Page 148

1    Q.    It says, "Anthem will initiate an ACH
2  demand debit transaction that will withdraw the amount
3  due from a designated Plan Sponsor bank account no
4  later than the next business day following the invoice
5  due date."  Is that an accurate reflection of how it
6  worked in reality?
7    A.    Pretty much.
8    Q.    Okay.
9    A.    They sent a notice to our bank, and our
10  bank sent money to Anthem.  We weren't necessarily
11  always on a daily basis.
12    Q.    And so just to get the flow of dollars
13  right, Anthem would actually pay the pharmacies, and
14  then Anthem would pay itself back by taking money out
15  of MADA's account; is that true?
16    A.    Yes.
17    Q.    Did MADA ever dispute any charges from
18  Anthem?
19    A.    For claims, no.
20    Q.    You mention for claims.  Have there
21  been other disputes between MADA and Anthem in the
22  past?
23    A.    From time to time we look at the
24  enrollment level, which is a different part of that
25  bill, an administrative fee, based on the number of

Page 149

1  employees enrolled.
2    Q.    So, MADA might say, hey, we don't have
3  this many people; you're billing us too much?
4    A.    Something, yeah, along that line, yes.
5    Q.    Other than keep money in the account
6  that Anthem draws from, does MADA have to do anything
7  to reimburse claims that Anthem billed for?
8    A.    No.
9    Q.    Would it be accurate to say that the
10  only payee that MADA paid for Valsartan-containing
11  drugs or substitute blood pressure medications is
12  Anthem?
13        MR. HANSEL:  Object to the form.
14        THE WITNESS:  Yes.
15  BY MR. DORNER:
16    Q.    Does MADA have any knowledge with
17  respect to the payees whom Anthem paid for Valsartan
18  or substitute blood pressure medications?
19    A.    No.
20    Q.    Pharmacies would be on that list,
21  though, right?  Anthem paid pharmacies, right?
22    A.    The bills have medical, have pharmacy,
23  have dental separation.  It's one document.
24    Q.    I'm sorry?
25    A.    It's one document for each.

38 (Pages 146 - 149)

HIGHLY CONFIDENTIAL

Page 150

1    Q.    Understood.  What I was referring to is
2  Anthem's payee, so Anthem is the payor, and then it's
3  sending money, it's reimbursing money, it would be
4  sending money to pharmacies, at least, right?
5        MR. HANSEL:  Object to the form.
6        THE WITNESS:  Presumably, they paid the
7     pharmacy.
8  BY MR. DORNER:
9    Q.    So, I'd think so, too.  If the PBM that
10 Anthem contracted with was getting any money, they
11 would be a payee, also, right?
12   A.    Yes.
13   Q.    Is MADA aware of any other payees?
14       MR. HANSEL:  Object to the form.
15       THE WITNESS:  Hospitals, doctors,
16    whatever.  Sometimes individuals, as
17    out-of-pocket expense.
18 BY MR. DORNER:
19   Q.    And I'm referring just to Valsartan and
20 substitute drugs.
21   A.    Oh, okay.  Sorry.
22   Q.    No, that's okay.  It's okay.  It was a
23 bad question.
24       MR. HANSEL:  Object to the form.
25       MR. DORNER:  Can we go to page 278?  If

Page 151

1    we can look up at -- actually, on page 2 --
2    sorry, I'm trying to do this.  Let's do it
3    this way.  We'll do it the easy way.
4  BY MR. DORNER:
5    Q.    I'll represent to you that these are
6  pages within Amendment 4 to the Administrative
7  Services Agreement.  That's that period, I believe,
8  covering March 1, 2018 to February 28, 2019.  Okay?
9    A.    Okay.
10   Q.    And if we go to Section 4, down at the
11 bottom here, it looks like the billing cycle changed
12 to weekly.  Is that when that change occurred?
13   A.    Well, certainly, that's what it says.
14 I'm not sure what the exact date is.
15   Q.    Okay.  So, in practice, it may have
16 been before or after that?
17   A.    Yes.
18   Q.    Other than the change in frequency of
19 how often MADA would be billed by Anthem, did anything
20 else change in terms of how MADA received, reviewed or
21 approved claims presented by Anthem?
22   A.    No.
23   Q.    Was anyone else involved in the process
24 from 2018 to 2019 who hadn't previously been involved
25 with respect to the review and payment of plans?

Page 152

1    A.    No.
2    Q.    Does MADA have any knowledge about the
3  internal processes by which Anthem managed,
4  administered, billed and tracked VCD -- excuse me,
5  Valsartan or blood pressure medication-related claims
6  from 2012 to 2019?
7    A.    No.
8    Q.    MADA never asked about their processes
9  for handling those matters?
10   A.    No.
11       MR. DORNER:  Let's go to page 286.
12 BY MR. DORNER:
13   Q.    So, this is a Schedule C to
14 Administrative Services Agreement with MADA.  Could
15 you identify just generally what this schedule relates
16 to?  And if you need the text blown up, we can do
17 that.
18       MR. HANSEL:  Objection.  We can only
19    see the first page of it.
20       MR. DORNER:  That's fair.  Can you blow
21    up the first paragraph, Justin?
22 BY MR. DORNER:
23   Q.    So, let's do this.  Mr. Brown, if you
24 could just give that first paragraph a quick read, and
25 let me know if you've seen this document before.

Page 153

1    A.    (Pause.)  Yes, I have seen this
2  document.
3    Q.    Do you have general knowledge of its
4  contents?
5    A.    Yes.
6    Q.    So, what is this document -- what is
7  this document covering?  What's it about?
8    A.    Well, it's basically the relationship
9  between the Trust and Anthem, and how certain things
10 are supposed to work between the parties.  We receive
11 certain services, we pay them certain amounts, and if
12 we don't pay them, they had certain rights, and if we
13 believe that they're not performing, we had certain
14 rights.
15   Q.    I want to focus specifically on the
16 language in this paragraph, the "Performance
17 Guarantees" language.  Can you describe, generally,
18 what these performance guarantees are?
19   A.    Well, my understanding of that would be
20 that Anthem would pay claims when they're supposed to,
21 they would enroll and terminate people when they're
22 supposed to, and we would pay them when we're supposed
23 to, and send the information about enrollment issues,
24 as we're supposed to, in a timely manner.
25   Q.    Have there ever been performance

39 (Pages 150 - 153)

HIGHLY CONFIDENTIAL

Page 154

1 guarantees prior to March 1st, 2018, when this
2 document went into effect?
3        A.    Not specifically stated, I don't think,
4 but the general terms would have been similar.
5        MR. DORNER: Let's go to page 289.
6        MR. HANSEL: When would be a good time
7 for a lunch break, Drew?
8        MR. DORNER: I'm thinking, just looking
9 at my outline here, I don't know, probably in
10 the next ten minutes. Is that okay with you?
11        MR. HANSEL: It's okay with me. Is
12 that okay with you, Mr. Brown?
13        THE WITNESS: Sure.
14        MR. DORNER: So, up at the top let's
15 zoom in on the top half of the page, please.
16 A little further. Good enough. Okay.
17 BY MR. DORNER:
18        Q.    All right. So, this says it's
19 Attachment 1 to the schedule we were just looking at,
20 and it says, "Pharmacy Performance Guarantees. This
21 Attachment is made part of Schedule C and will be
22 effective for the Performance Period from March 1,
23 2018 through February 28, 2021." Can you describe
24 what we're looking at here, Mr. Brown?
25        A.    This section looks like the amounts

Page 155

1 that we're going to be charged for different types
2 of -- different categories of pharmacy charges, or
3 pharmacy costs and charges.
4        Q.    Now, if we look under the section RX
5 Choice Retail Pharmacy Network Providers, a lot of the
6 numbered items, they say brand discounts, generic
7 discounts, and then there's two that refer to
8 dispensing fees. I want to focus on the discounts.
9 Is this list, basically, discounts that Anthem
10 guaranteed it would negotiate for MADA?
11        A.    These are what we would pay Anthem.
12        Q.    Okay. So, Anthem guaranteed that it
13 wouldn't charge any more than the amounts reflected
14 here; is that accurate?
15        A.    Yes.
16        Q.    And they characterize that as
17 discounts. So, is that a discount that Anthem is
18 giving MADA?
19        A.    Yes.
20        Q.    And these discounts pertain to both
21 brand name and generic drugs, right?
22        A.    Yes, they're separate lines.
23        Q.    Can you explain to me what an RX Choice
24 Retail Pharmacy is?
25        A.    We have two -- Rite Aid, Walgreens are

Page 156

1 treated differently than some other pharmacies,
2 individually, and chains in terms of the co-pays that
3 our people pay, so I'm assuming that's what that
4 refers to, but I do not know.
5        Q.    It sounds like there was a development
6 at this time of, basically, a preferred pharmacy
7 network. Is that accurate?
8        A.    Well, a person can get medication at
9 any pharmacy, but the co-pays for two of the chains
10 were different than others, presumably, I don't know
11 this, because there were different pricing
12 arrangements between Anthem and the pharmacies, or
13 whatever.
14        Q.    Okay. So, certain pharmacies for MADA
15 members, it was preferred that they fill there, or
16 they might prefer to fill there, because their co-pays
17 are lower than they would be at a Walgreens or a Rite?
18 Is that how it worked?
19        A.    That would be the individual's choice,
20 yes.
21        Q.    And then if we go down a little bit on
22 this page, it refers to the National Plus Retail
23 Pharmacy, and it looks like the discounts here aren't
24 quite as good. Would the National Plus Retail
25 Pharmacies, would that be the Rite Aid and the

Page 157

1 Walgreens, the non-preferred pharmacies?
2        A.    That's what I would guess, looking at
3 this.
4        MR. HANSEL: Object to the form of the
5 question.
6 BY MR. DORNER:
7        Q.    If we look at item number 3 under the
8 RX Choice Retail Pharmacy Network Providers, it says,
9 "Generic discount: AWP minus 81.5 percent (Year 1),
10 81.75 percent (Year 2), 82 percent (Year 3). What
11 does MADA understand this to mean?
12        A.    That we would get a slightly better
13 price in Year 3 of this arrangement with respect to
14 generic discounts.
15        Q.    And then for item number 4, just
16 beneath that, it says the dispensing fee is 85
17 cents -- well, it says 85 cents in all years. Is the
18 dispensing fee something that is added onto any
19 prescriptions? It's what the pharmacy charges to
20 dispense the drug?
21        A.    It's included in the price that -- I
22 don't know how the pharmacy charges Anthem, whether
23 it's a separate set. Presumably, it is, since a
24 dispensing fee is a per-script issued fee, generally.
25        Q.    I think we talked earlier about what

40 (Pages 154 - 157)

HIGHLY CONFIDENTIAL

Page 158

1 AWP is.  That's, what, Average Wholesale Price, is
2 what we said it is?
3      A.   Yes.
4      Q.   Okay.  So, I guess I just want to walk
5 through an example here using this section.  Let's say
6 a MADA member fills a generic prescription at an RX
7 choice in-network pharmacy, and let's say that the
8 Average Wholesale Price of that generic drug usually
9 costs $100 for a 30-day supply.  Under this agreement,
10 Anthem would bill MADA, basically, $100 minus $81.50
11 in Year 1, leaving $19.35 when you factor in the
12 dispensing fee as the total cost to MADA?  Does that
13 sound about right?
14      A.   That's what that math would show, yes.
15      Q.   And then this applied, also, I believe,
16 if you look down at the bottom of the page, to mail
17 delivery pharmacies.  Can you confirm that to be the
18 case?
19      A.   Yes.
20      Q.   Home Delivery Pharmacies, I think is
21 what it says.
22      A.   Yes.  There's no dispensing fee there,
23 but yes, same type of math.
24      Q.   Was Anthem actually able to achieve
25 these prices to MADA in 2018?

Page 159

1      A.   We did not check it.
2      Q.   Did it ever check it at any point?
3      A.   No.
4      Q.   Did Anthem ever pay any penalties for
5 failing to meet any of these guarantees?
6      A.   No.
7           MR. DORNER:  We'll go to page 290.  And
8      it's a quick sentence, I'd say about between
9      half and two-thirds down the page, right under
10     Single Source Generics.  Yeah, that's the one,
11     Justin.
12 BY MR. DORNER:
13     Q.   "This guarantee applies only as long as
14 there are at least 31,001 Annualized Adjusted
15 Prescription Drug Claims.  Let me ask this in a
16 general way, Mr. Brown.  Has MADA ever been at risk at
17 any point in 2018, 2019, or 2020 of falling below
18 31,001 Annualized Adjusted Prescription Drug Claims
19 for its members?
20     A.   I don't believe so, but I haven't
21 looked at that in a long time.
22     Q.   Would it surprise you to learn that
23 there were fewer than 31,000 Annualized Adjusted
24 Prescription Drug Claims over the course of a year?
25     A.   Yes.

Page 160

1           MR. DORNER:  Two more pages.  If we
2      could go to 292, two pages down, top section,
3      Penalty Calculation.  There we go.
4 BY MR. DORNER:
5      Q.   It says here a penalty, just as an
6 example, $15 PMPM or more, it says the penalty would
7 be none.  I'm just wondering if you can clarify what
8 PMPM stands for?
9      A.   Per member per month.
10          MR. DORNER:  All right.  We're going to
11     start getting into claims data next, and
12     that's going to be, probably, the next lengthy
13     section that we're going to deal with, so I
14     think now is a good time to break for lunch.
15     Let's go ahead and go off the record and talk
16     about time.
17          VIDEOGRAPHER:  The time is 12:39.  This
18     ends Media Unit 3.  We're going off the
19     record.
20          (Recess taken from 12:39 p.m. to 1:17
21     p.m.)
22          VIDEOGRAPHER:  The time is now 1:17.
23     This begins Media Unit Number 4.  We're back
24     on the record.
25          MR. DORNER:  I hope everybody had a

Page 161

1      nice lunch break.  Let's go ahead and start by
2      pulling up Exhibit 7.
3 BY MR. DORNER:
4      Q.   Mr. Brown, we had pulled up Exhibit 7
5 prior, or earlier in this deposition, and so I know
6 that we've talked about it once before.  Again, I
7 refresh my memory, do you recognize this document?
8      A.   Only from when you showed it to me
9 earlier.
10     Q.   Okay.  Well, I'll represent to you that
11 this is a spreadsheet that MADA's counsel, your
12 counsel, produced to us.  It's titled Purchases of
13 Recalled Valsartan Products by MADA Members, January 1
14 of 2012 to Present.  My first question to you is does
15 this spreadsheet represent the full scope of alleged
16 Valsartan reimbursements for which MADA is seeking
17 damages?
18          MR. HANSEL:  Object to the form.
19          THE WITNESS:  I assumed, but we had
20     MADA itself.  This is something that came from
21     Anthem, not from us.
22 BY MR. DORNER:
23     Q.   Right, but this was included in your
24 Plaintiff Fact Sheet that you signed --
25     A.   Okay.

41 (Pages 158 - 161)

Veritext Legal Solutions
800-227-8440                                              973-410-4040

HIGHLY CONFIDENTIAL

Page 162

1    Q.    -- when asked to provide information
2 about all of the claims and purchases of Valsartan.
3 So, I need to know what MADA's position is. Does this
4 spreadsheet represent the full scope of alleged
5 Valsartan reimbursements for which MADA is seeking
6 damages in this case?
7    A.    Yes.
8    Q.    And so if we were to add all of the
9 reimbursements up on this spreadsheet, that would give
10 us the amount MADA is seeking in damages as relates to
11 Valsartan purchases, correct?
12        MR. HANSEL:  Object to the form.
13        THE WITNESS:  Yes.
14 BY MR. DORNER:
15    Q.    MADA is not including non-recalled
16 Valsartan in its claim, is it?
17        MR. HANSEL:  Object to the form.
18        THE WITNESS:  Non-recalled Valsartan?
19    No.
20 BY MR. DORNER:
21    Q.    Let me rephrase it to make sure it's a
22 clear answer. Is MADA including non-recalled
23 Valsartan in its claim for damages?
24    A.    No.
25        MR. HANSEL:  Object to the form,

Page 163

1    foundation.
2 BY MR. DORNER:
3    Q.    Did MADA obtain any of the information
4 in Exhibit 7 from its own files or records?
5    A.    No.
6    Q.    Can you tell me all sources from which
7 these data were obtained?
8    A.    Anthem, I would assume.
9    Q.    Did MADA determine whether or not a
10 particular fill of Valsartan on this spreadsheet was
11 within the scope of the FDA's recall?
12    A.    The Trust did not.
13    Q.    Did Anthem do that?
14    A.    The assumption is yes.
15    Q.    You don't know for certain?
16    A.    I do not.
17    Q.    Do you know if Anthem used lot numbers
18 to make that determination?
19    A.    I do not.
20    Q.    Do you know if Anthem relied solely on
21 NDC codes, National Drug Codes, to make that
22 determination?
23    A.    No.
24    Q.    Is there any way, looking at this
25 spreadsheet, to verify the expiration dates of the

Page 164

1 allegedly purchased Valsartan?
2    A.    It would not appear to.
3    Q.    Did MADA ever do anything to actually
4 confirm that the Valsartan products on this list
5 actually contained an impurity?
6        MR. HANSEL:  Object to the form,
7    foundation.
8        THE WITNESS:  The Trust did not.
9 BY MR. DORNER:
10    Q.    Did Anthem, to the best of MADA's
11 knowledge?
12    A.    I have no idea.
13    Q.    Does each entry in this list represent
14 one fill of a prescription?
15        MR. HANSEL:  Object to the form.
16        THE WITNESS:  It would appear so, given
17    the co-pay list.
18 BY MR. DORNER:
19    Q.    What do you mean by given the co-pay
20 list?
21    A.    Well, there's a column for MBR co-pay,
22 which I assume MBR means member, and the co-pays at 0,
23 20, 30, 40, whatever, would be the applicable co-pays
24 at various times during the last several years.
25    Q.    You mentioned Anthem developed this

Page 165

1 document. When was it developed?
2        MR. HANSEL:  Object to the form.
3        THE WITNESS:  I don't know.
4 BY MR. DORNER:
5    Q.    Can MADA vouch for the reliability of
6 any of the data in this spreadsheet?
7    A.    The Trust cannot.
8    Q.    We've touched on this briefly, but
9 what, if any, information related to claims for
10 Valsartan by MADA members does MADA maintain on its
11 own?
12    A.    None.
13        MR. DORNER:  Can we go to Exhibit 8,
14    please? Leave 7 open, but let's go to Exhibit
15    8.
16        (Document marked as Exhibit TB-8 for
17    identification, and is designated as highly
18    confidential.)
19 BY MR. DORNER:
20    Q.    Mr. Brown, this is an exhibit that I
21 created. It was using Exhibit 7 as its source, and
22 all I did was I sorted the spreadsheet by column on
23 the right. Do you see where it says Total Plan Paid?
24    A.    Yes.
25    Q.    And all I did was I clicked on that

42 (Pages 162 - 165)

HIGHLY CONFIDENTIAL

Page 166

1  column, and I said sort by lowest amount to highest
2  amount. So, you'll notice it starts with zeros, then
3  it leads down to 3.61, 10.78, 13.61, et cetera. Do
4  you see what I mean?
5      A.    Yes.
6      Q.    And then, finally, at the very bottom,
7  in the last row, it should end, if Justin can scroll
8  us there, it should end at 616.57. Do you see that?
9      A.    Yes.
10     Q.    Now, if you look on the far bottom left
11 of this, you'll notice in Microsoft itself, we call
12 this number, do you see the 219 there in the bottom
13 left?
14     A.    Yes.
15     Q.    We call that just a row number. All
16 right? So, essentially, there are 219 row numbers in
17 this spreadsheet. Do you see what I mean?
18     A.    Yes.
19         MR. DORNER: Great. Let's pull up
20 Exhibit 9. Here we are.
21         (Document marked as Exhibit TB-9 for
22 identification, and is designated as highly
23 confidential.)
24 BY MR. DORNER:
25     Q.    This is a document we received pursuant

Page 167

1  to subpoena from Anthem. Have you seen anything like
2  Exhibit 9 before?
3      A.    No.
4      Q.    And I should clarify, this is not the
5  document in this exact form we received from Anthem.
6  Much like Exhibit 8, this is another one where --
7         MR. DORNER: If we scroll almost all
8      the way over to the right, Justin, there
9      should be another column for Total Plan Paid.
10     There it is. It's Column AG, alpha, gull.
11 BY MR. DORNER:
12     Q.    Do you see where I'm referring to, Mr.
13 Brown?
14     A.    Total Plan, yes.
15     Q.    And much like Exhibit 8, I sorted this
16 document received from Anthem to, again, be the lowest
17 to highest in terms of the value in that Total Plan
18 Paid column. Do you understand what I'm getting at
19 there?
20     A.    Yes.
21     Q.    And again, it starts with zeros, and
22 then goes $3.61, then $10.78, and it should, if we
23 scroll all the way to the bottom, it should reflect a
24 final number of $616.57. Do you see that there?
25     A.    Yes.

Page 168

1      Q.    Now, Exhibit 9 contains all of the data
2  that's in Exhibit 7 and Exhibit 8, but then also has
3  some additional data that Anthem was able to provide.
4  Can we agree that this contains the same information
5  as Exhibit 7 and 8, just with more information from
6  Anthem?
7         MR. HANSEL: Objection. Objection.
8      You can't realistically expect Mr. Brown to
9      compare these two huge spreadsheets on the
10     turn of a dime, if at all.
11        MR. DORNER: Okay. Well, Mr. Hansel,
12     I'm not asking him to do that. What I'm
13     asking him to do is to agree that the claims
14     shown for Valsartan purchases in Exhibit 9 are
15     the same claims that you produced in Exhibit
16     7. That's all I'm trying to do.
17        MR. HANSEL: Same objection.
18        MR. DORNER: Okay.
19 BY MR. DORNER:
20     Q.    Mr. Brown, are you comfortable
21 proceeding on that assumption with me?
22        MR. HANSEL: Objection. Same
23     objection.
24 BY MR. DORNER:
25     Q.    You can answer.

Page 169

1      A.    I can see that both plan columns appear
2  to be identical, yes. I mean, the co-pay information
3  appears to be identical.
4      Q.    Okay. Let's go back to Exhibit 8,
5  which is MADA's spreadsheet as it was originally
6  produced.
7         MR. DORNER: Can you scroll to the top,
8      please, Justin? And can we put this back
9      into, I think it's page view? Yes. And go
10     back up to the top.
11 BY MR. DORNER:
12     Q.    Now, Mr. Brown, unfortunately, when we
13 use Excel it divides the spreadsheet up into multiple
14 pages, but you can agree with me that at top of each
15 page it says Purchases of Valsartan, it's dated
16 January, 2012 to the present. Do you see what I mean?
17     A.    Yes.
18     Q.    Now, why did MADA choose a date range
19 of January 1, 2012 to the present for this
20 spreadsheet?
21     A.    I guess I'd have to defer to our
22 attorneys.
23     Q.    Well, I can't depose your attorneys. I
24 can only depose you. And so I'm wondering what MADA's
25 position is as to why it chose January 1, 2012.

43 (Pages 166 - 169)

HIGHLY CONFIDENTIAL

Page 170

1    A.    Presumably, that's the period of time
2 at issue here.
3    Q.    You don't know for certain?
4    A.    I believe that's the period of the
5 complaint.
6    Q.    If there were no recalled Valsartan
7 products in 2012, then would MADA have a need to go
8 back to 2012 for its claim in this case?
9         MR. HANSEL: Object to the form. Calls
10    for a legal conclusion.
11 BY MR. DORNER:
12    Q.    You can answer.
13    A.    No.
14    Q.    You wouldn't agree with that?
15         MR. HANSEL: Object to the form.
16         THE WITNESS: I guess I'd ask you to
17    repeat the question.
18 BY MR. DORNER:
19    Q.    Sure. Sure. If there were no recalled
20 Valsartan products in 2012, then MADA wouldn't be
21 seeking damages for Valsartan that it claims it paid
22 in that year, would it?
23         MR. HANSEL: Object to the form.
24         THE WITNESS: No, we would not.
25 BY MR. DORNER:

Page 171

1    Q.    Same goes for 2013 and 2014?
2         MR. HANSEL: Object to the form.
3         THE WITNESS: Yes, same goes.
4 BY MR. DORNER:
5    Q.    Now, you would agree that the
6 spreadsheet that MADA produced, it doesn't contain
7 dates of any of these alleged purchases, does it?
8    A.    There are no dates on this screen.
9    Q.    And so from the document that MADA
10 produced, it's impossible for anybody in my position
11 to tell whether any of these alleged reimbursements
12 actually happened in 2012 or some other year, isn't
13 it?
14         MR. HANSEL: Object to the form.
15         THE WITNESS: No, you couldn't put a
16    date to it.
17         MR. DORNER: Can we go to Exhibit 10,
18    please? We can also close, I think, 8 and 9.
19    Okay, this is 10.
20         (Document marked as Exhibit TB-10 for
21    identification, and is designated as highly
22    confidential.)
23 BY MR. DORNER:
24    Q.    Mr. Brown, I'll represent to you that
25 this is Anthem's spreadsheet as it was originally

Page 172

1 produced to us. It's not sorted by Total Plan Paid
2 and the dollar amounts in that column. Do you
3 understand what I mean?
4    A.    Yes.
5    Q.    So, this is the same thing as Exhibit
6 9, just sorted differently. The items on the list are
7 just in a different order. Okay?
8    A.    Okay.
9    Q.    Now, if we go to Column L here on this
10 spreadsheet, this column is titled Date Filled. Does
11 MADA know whether this is the date that the
12 prescription shown on the spreadsheet was actually
13 filled?
14    A.    The Trust does not know that.
15    Q.    For purposes of these questions, can we
16 proceed on that assumption?
17    A.    Yes.
18    Q.    Now, I'm going to have our video
19 technician just scroll at a reasonable pace. If you
20 need him to slow down, go ahead, ask him to slow down,
21 but I want you to tell me if there are any claims for
22 prescriptions filled for 2012, 2013, or 2014 in this
23 column. Okay?
24    A.    Okay.
25         MR. HANSEL: Object to the form.

Page 173

1 BY MR. DORNER:
2    Q.    Looks like we reached the end there.
3 Mr. Brown, did you see any prescriptions filled from
4 2012 to 2014 on this list?
5    A.    No, I did not.
6    Q.    The oldest ones were filled in 2015,
7 right?
8    A.    That's the oldest date I recall seeing
9 yes.
10    Q.    Now, I certainly would not expect you
11 to have looked through this for the exact earliest
12 date in 2015. I'll tell you I did do that, and I'll
13 represent to you that it's April 4th of 2015.
14         MR. DORNER: Can we go to row 70 of
15    this spreadsheet, please?
16 BY MR. DORNER:
17    Q.    All right. Are you able to see that
18 row that Justin highlighted there for us?
19    A.    Yes.
20    Q.    So, according to this spreadsheet, on
21 April 4, 2015, I'll call her Ms. H, for privacy
22 purposes on the stenographic record, filled a
23 prescription of 320 milligram Valsartan. We may have
24 to scroll over a little bit to show the medication.
25         MR. DORNER: Could you scroll over to

44 (Pages 170 - 173)

HIGHLY CONFIDENTIAL

Page 174

1 the right a little bit there?  There we go.
2 BY MR. DORNER:
3     Q.    Do you agree with that, Mr. Brown?
4     A.    Yes.
5     Q.    Now, to be clear, MADA is not seeking
6 damages for all of the Valsartan that it paid for
7 after April 4, 2015, right?
8         MR. HANSEL:  Object to the form.  Calls
9     for a legal conclusion, subject of expert
10     testimony, asked and answered.
11 BY MR. DORNER:
12     Q.    You can answer.
13     A.    All of the Valsartan issued after, no.
14     Q.    April 4, '15.  Right, exactly, it's
15 just the recalled Valsartan.
16         MR. HANSEL:  Object to the form.
17 BY MR. DORNER:
18     Q.    Is that right?
19         MR. HANSEL:  Object to the form.
20         THE WITNESS:  Yes.
21         MR. DORNER:  Can we go to Row 189,
22     please?  And if we go back over to the left.
23     There we go.
24 BY MR. DORNER:
25     Q.    I'll represent to you that this is the

Page 175

1 latest date that I found on this spreadsheet, when on
2 November 9, 2018, a Mr. J filled a prescription for
3 Valsartan 80 milligram that allegedly was on the
4 recall list.  Do you see the fill that I'm talking
5 about, sir?
6     A.    Yes.
7     Q.    Now, assuming I haven't missed a later
8 date on this spreadsheet, would you agree that the
9 last fill at issue in MADA's case is this one by Mr. J
10 on November 9, 2018?
11         MR. HANSEL:  Object to the form.
12         THE WITNESS:  Yes.
13 BY MR. DORNER:
14     Q.    So, based on that, we can set the claim
15 period for MADA is April 4, 2015 to November 9, 2018,
16 correct?
17         MR. HANSEL:  Object to the form.  Calls
18     for a legal conclusion.  Object to the
19     foundation.
20 BY MR. DORNER:
21     Q.    Now you can answer.
22     A.    Yes.
23     Q.    I don't know if I'll be able to save us
24 a little bit of time here or not.  Mr. Brown, do you
25 see the topic headings in Row 1?  Right now it looks

Page 176

1 like Person Code, Member First Name, Member Last Name,
2 Member Birth Date, things like that?
3     A.    Yes.
4     Q.    Are you able to testify with any degree
5 of certainty as to what these topic headings mean?
6         MR. HANSEL:  Object to the form,
7     foundation.  And while I'm making that
8     objection, I want to designate this document
9     as highly confidential, as it contains
10     personally-identifying information of medical
11     patients, and any testimony about this, we
12     also designate as highly confidential.
13         MR. DORNER:  Understood, Greg.  Thank
14     you.
15 BY MR. DORNER:
16     Q.    Do you want that question read back,
17 Mr. Brown?
18     A.    No, I got it.  Some of the columns I
19 would know what it means, some I would not.
20     Q.    Okay.  So, looking at what you can
21 currently see on the screen, which columns are you
22 certain about what they mean?
23     A.    Subscriber ID is the individual
24 certificate number.  I believe person code is 1 for an
25 employee, 2 for a spouse.  Obviously, the name is

Page 177

1 self-explanatory, date of birth, gender.  Relationship
2 is to the employee.  You described the date filled,
3 and prescription number is filling it.  Refill number,
4 apparently, is the number the doc said it's available
5 to this person, or maybe that's max refills, I don't
6 know.  I guess I don't know what those two really
7 mean.  After that, as far as I can see, I don't know
8 anything about GPI, NDC.  Manufacturer and brand name
9 seem fairly straightforward.
10         MR. DORNER:  If we scroll over to the
11     right, and keep going.  All right.  We left
12     off on manufacturer.  I think the next one --
13     we might be missing one.  Can we go over one
14     column?  There we go.
15 BY MR. DORNER:
16     Q.    Brand Name is what I have as the next
17 one.  Do you know what Brand Name is?
18     A.    I'm assuming that's the name that the
19 manufacturer put on it.  The label --
20     Q.    I'm sorry.  It's probably better if we
21 go through these individually but quickly.  So, are
22 you certain about what Brand Name is?
23         MR. HANSEL:  Object to the form,
24     foundation.
25         THE WITNESS:  No.

45 (Pages 174 - 177)

Veritext Legal Solutions
800-227-8440                                         973-410-4040

HIGHLY CONFIDENTIAL

Page 178

1 BY MR. DORNER:
2     Q.    T is Label Name.  Do you know what that
3 pertains to?
4     A.    It's an assumption.  No, I don't know
5 for a fact.
6     Q.    What do you think it means?
7     A.    The type of pill that the individual
8 was prescribed.
9     Q.    What about OTC_CD?
10    A.    No.
11    Q.    No idea?
12    A.    No idea.
13    Q.    What about Formulary Status DESC?
14    A.    Again, an assumption, that it's on
15 Anthem's formulary list.
16    Q.    What about generic indicator?
17    A.    It would appear that it is a generic,
18 whatever the medication listed to the left is.  Same
19 with the next column.
20    Q.    And let me stop you right there.  So,
21 there's a Y in, basically, every one of these rows.
22 Does that mean Yes?
23    A.    Again, an assumption that it is a
24 generic.
25    Q.    Because in the next column over,

Page 179

1 Generic Description, it says Generics.  Sorry, let me
2 look at something here.  Oh, I see.  Strike that.
3 What is -- what about Generic_CD?
4     A.    I don't know.
5     Q.    What about Channel Type?
6     A.    Again, the assumption, given that
7 retail is there, is that they got it at a retail
8 pharmacy.
9     Q.    And so, ostensibly, it would say mail
10 if they got it from a mail pharmacy.
11         MR. HANSEL:  Object to the form.
12         THE WITNESS:  I would guess, yes.
13 BY MR. DORNER:
14    Q.    But you don't know for certain?
15    A.    I do not.
16    Q.    Column AA, Maintenance Drug Indicator,
17 what do you understand that to mean?
18    A.    Basically, that it falls in the
19 category of a maintenance medication.
20    Q.    Now, if we look at this column, we have
21 Xs in this column as opposed to Generic Indicator,
22 which is Column W, where we've got Ys.  Does MADA
23 understand the difference why an X is used in Column
24 AA, but why a Y is used in Column W?
25    A.    No.

Page 180

1     Q.    What is Network Indicator?
2     A.    Well, again, presumably, IN means that
3 a particular pharmacy that was used is in Anthem's
4 network.
5     Q.    That's an assumption?
6     A.    That's an assumption.
7     Q.    What about Metric DEC_QTY?
8     A.    I don't know exactly what that means,
9 but it matches the next column -- oh, no, it doesn't.
10 So, I don't know.
11    Q.    And you were referring to Column AD as
12 the next column, Days Supply, right?
13    A.    Right.
14    Q.    Do you know what that column means?
15    A.    Presumably, that it's the number of
16 days that the pill bottle, or package, or whatever the
17 individual got, should last.
18    Q.    To the right of that we have MBR
19 Co-Pay.  I believe you testified earlier that that
20 means, you believe that to mean member co-pay; is that
21 right?
22    A.    Yes.
23    Q.    Do you understand this to be in
24 dollars?
25    A.    Yes.

Page 181

1     Q.    And the member's co-pay is going to
2 depend on what specific plan they're on; is that
3 right?
4     A.    What plan, what year.
5     Q.    What plan and what year, okay.
6     A.    And also whether they got more than one
7 month worth of supply.
8     Q.    So, what you're saying is if somebody
9 were to buy a 3-month supply, their co-pay would be
10 higher than their 1-month co-pay?
11    A.    Yes.
12    Q.    The next column is Member Cost Share,
13 or MBR Cost Share.  What do you believe this to mean?
14    A.    That's the member's out-of-pocket cost
15 to obtain that medication at the pharmacy.
16    Q.    So, how does that differ from member
17 co-pay?
18    A.    It would be identical if -- it should
19 be identical, if the person was on a plan and the
20 medication was considered a generic in the PPO plans.
21 The HSA-compatible plans would be different.
22    Q.    Different how?
23    A.    If it's -- if the medication that was
24 issued falls on the list that the federal government
25 determined to be preventive under HSA-compatible

46 (Pages 178 - 181)

HIGHLY CONFIDENTIAL

Page 182

1 plans, then I don't believe the member pays anything.
2 If the -- let's see. At some point there's a
3 deductible that comes into play, and possibly a
4 co-insurance limit, depending on where they fall in
5 the benefits of that particular plan. That's
6 something that Anthem administered.
7     Q.   Okay. So, let's walk through an
8 example in this column. I'm a little -- I'm not
9 confused by your answer, but I'm confused about how it
10 applies to the spreadsheet we're looking at. So, I
11 think this is Row 176, I believe. Yes. So, here, the
12 Member Cost Share is shown as $10.78, but the Member
13 Co-Pay is shown as zero dollars. Do you have any idea
14 of how to reconcile that?
15     A.   I do not.
16     Q.   And that's, if you look to the right,
17 and I realize we haven't talked about this column yet,
18 but it says there HSA Health SAV GEN, and then the
19 letter C, as in Charlie. Do you know what that text
20 is referring to?
21     A.   No, I do not.
22     Q.   Now, is co-pay and cost share -- let's
23 get off the HSA plans and talk about a PPO. On the
24 PPO plans, does the member pay both their co-pay and
25 their cost share to get medication?

Page 183

1     A.   I believe it should be identical.
2     Q.   Let's look at Row 158, at the top of
3 this page. There we go. We can see in Member Co-Pay
4 it says $60, and then Member Cost Share also says $60.
5 Did that person -- I'm sorry, were you going to say
6 something?
7     A.   No. I see that.
8     Q.   Oh, gotcha. Gotcha. So, would that
9 person have paid $60 plus $60?
10     A.   No, he would have paid $60 total.
11     Q.   Okay. All right. I understand. And
12 so you don't add these two lines together in order to
13 determine what the member paid, do you?
14     A.   I don't believe so, no. Certainly not
15 with co-pays.
16     Q.   But then if we go up a few rows, I
17 think, to 142, so here we see zero dollars on the PPO,
18 and the -- that's under the Co-Pay, and under Cost
19 Share it's $17.98. Is it possible to tell what this
20 member paid to get their prescription?
21     A.   I believe that person paid $17.98,
22 because it's less than the co-pay. The cost of the
23 medication was less than the co-pay. That's what I
24 believe.
25     Q.   And so it's MADA's best guess, and let

Page 184

1 me know if it's not a guess, if you're certain, tell
2 me, but MADA's best guess is that where there's a zero
3 in the Co-Pay column and there's a $17.98, or there's
4 some other number in the Cost Share column, that would
5 mean that the medication was less expensive than what
6 the co-pay would have been?
7     MR. HANSEL: Object to the form.
8     THE WITNESS: I believe that's true.
9     MR. DORNER: Can we go to the next
10 column, Total Plan Paid? That's Column AG.
11 BY MR. DORNER:
12     Q.   Do you see it?
13     A.   Yes.
14     Q.   Are you able to testify -- well, back
15 up. Scratch that. What amounts of money go into the
16 figures in this column?
17     A.   I don't know.
18     Q.   Do you know whether the member's co-pay
19 is subtracted out from this column?
20     MR. HANSEL: Object to the form.
21 Excuse me. The witness already testified he
22 didn't know.
23 BY MR. DORNER:
24     Q.   You may answer.
25     A.   I don't know.

Page 185

1     Q.   Would that be the same case for
2 co-insurance?
3     A.   Yes.
4     Q.   Are deductibles -- let me back up.
5 Some of the MADA plans have deductibles, right?
6     A.   Are we talking -- yes, they do.
7     Q.   Fair enough. Some of the prescription
8 drug plans have an applicable deductible, too, right?
9     A.   The HSA-compatible plans have a
10 deductible that could be applicable to medications
11 that are not on the federal list.
12     Q.   Do the PPOs have a deductible for
13 prescription drugs?
14     A.   No.
15     Q.   If a deductible does apply, you don't
16 know whether or not that deductible is factored into
17 this Total Plan Paid, right?
18     A.   I do not.
19     Q.   So, looking at this Total Plan Paid
20 column, if there are co-pays, co-insurance,
21 deductibles, out-of-pocket maximums, anything that
22 needs to be factored into that to figure out the net
23 price that MADA paid, you can't tell me whether or not
24 those items are included in the numbers in this
25 column, can you?

47 (Pages 182 - 185)

HIGHLY CONFIDENTIAL

Page 186

1          MR. HANSEL:  Object to the form.
2          THE WITNESS:  I cannot.
3  BY MR. DORNER:
4      Q.    Getting away from how it's calculated,
5  do you know whether the prices, presumably prices,
6  listed in this column, are they based on AWP?
7      A.    I have no idea.
8      Q.    You don't know what they're based on,
9  period?
10     A.    Correct.
11     Q.    We talked earlier, or mentioned some
12  rebates that Anthem would share with MADA either by
13  reducing the administration fee or through, I guess, a
14  credit on your billings.  Do you know if those figures
15  are taken into account in this Total Plan Paid column?
16         MR. HANSEL:  Objection to form.
17     Mischaracterizes his previous testimony.
18         THE WITNESS:  I do not.
19  BY MR. DORNER:
20     Q.    The next column is COA PROD CF DESC.
21  Do you know what this column represents?
22     A.    It appears to represent whether or not
23  that individual was on a PPO plan or an HSA-compatible
24  plan.
25     Q.    And I agree, I think it looks like the

Page 187

1  only two descriptions in that column are PPO and HSA
2  Health SAV GEN C.  Fair to say that's an assumption?
3          MR. HANSEL:  Objection to form.  This
4      screen only shows a portion of the column.
5      It's unfair to ask the witness to testify
6      about the contents of the entire column.
7  BY MR. DORNER:
8      Q.    You can answer, if you know.
9      A.    I don't know.
10     Q.    What is Health SAV GEN C?
11     A.    Presumption is that that's the full
12  name, the full -- yeah, the full name of HSA, Health
13  Savings -- oh, I'm sorry.  HSA would be Health Savings
14  Account.  Health Savings, I don't know what GEN C
15  means.
16     Q.    Do you know what Pharmacy NABP in the
17  next column means?
18     A.    No.
19     Q.    What about Pharmacy NPI?
20     A.    No.
21     Q.    I think we can probably agree Pharmacy
22  Full Name is the name of the pharmacy, right?
23     A.    Yes.
24     Q.    And then the last column, it appears to
25  be misspelled, it says Pharmay, P-H-A-R-M-A-Y, State.

Page 188

1  I think they intended Pharmacy State.  I think we can
2  agree these would be the state of the pharmacy of
3  purchase, right?
4      A.    Would it be, yes.
5      Q.    Just a quick question when we're
6  talking about states.  Maine is, obviously, very close
7  to another country, Canada.  Does Maine have any --
8  does MADA, excuse me, have any prescription drug plan
9  beneficiaries who are Canadian?
10     A.    Not to my knowledge.  Well, define
11  Canadian.
12     Q.    Sure.  A citizen or legal resident of
13  Canada.
14     A.    Not to my knowledge.
15     Q.    You have some folks who, maybe,
16  emigrated from Canada and became U.S. citizens,
17  though?
18     A.    Oh, very likely.
19     Q.    Okay.  Is there any way to tell -- and
20  let's scroll over to the left of this spreadsheet.
21  And I realize one of the columns said PPO versus HSA,
22  Mr. Brown, and that's not lost on me.  Looking at any
23  of these other columns, for example, Client ID, Group
24  Number, PKG Number, Coverage Strategy, the first four,
25  is there any way to tell what specific plan any of

Page 189

1  these people were on by looking at the spreadsheet, to
2  the best of MADA's knowledge?
3      A.    From those columns, no.  I can't,
4  anyway.
5      Q.    Are there any columns, other than the
6  PPO/HSA column on the right-hand side, are there any
7  other columns that might tip us off as to what plan
8  those people are on?
9          MR. HANSEL:  Excuse me.  Are you
10     referring to columns that are not visible on
11     the screen right now?
12         MR. DORNER:  Well, we've looked at
13     every one, Greg, so that's what I'm asking.
14         MR. HANSEL:  Well, I'm asking you a
15     question.  Are you right now asking him a
16     question about a column that is not visible on
17     the screen which only shows a portion of the
18     document from left to right and a portion of
19     the document up and down?
20         MR. DORNER:  I don't think so.  I'm
21     asking a question about all of the columns
22     that we've reviewed in the last few minutes.
23  BY MR. DORNER:
24     Q.    So, my question is we reviewed a series
25  of columns, Mr. Brown.  If you want to take a look at

48 (Pages 186 - 189)

HIGHLY CONFIDENTIAL

Page 190

1 any of them again or you want us to scroll over
2 horizontally again, that's fine, but based on all of
3 those, did any of them that we just reviewed indicate
4 to you which plan any of these people are on?
5         MR. HANSEL: Object to the form.
6         THE WITNESS: The only hint would be
7     the PPO/HSA column.
8         MR. DORNER: Okay. Let's go to Exhibit
9     11, please.
10        (Document marked as Exhibit TB-11 for
11    identification, and is designated as highly
12    confidential.)
13 BY MR. DORNER:
14    Q.    While we're pulling this up, over the
15 course of the lunch break, did you bring any notes or
16 documents with you or anything into the deposition
17 room?
18    A.    No.
19    Q.    Still a blank slate in front of you?
20    A.    Just some water and a bunch of wires
21 and computers.
22    Q.    Me too. All right. I think we have
23 Exhibit 11 pulled up here. Do you recognize this
24 document?
25    A.    No.

Page 191

1     Q.    Well, I'll represent to you that this
2 is a spreadsheet that your counsel produced to us.
3         MR. DORNER: If we could go to page
4     view, please, Justin.
5 BY MR. DORNER:
6     Q.    As you can see at the top, this is
7 called Purchases of Replacement Products by MADA
8 Members, and it's dated November 1, 2018 to the
9 present. Do you see that?
10        MR. HANSEL: How many pages is the
11    document?
12        MR. DORNER: It's your spreadsheet,
13    Greg. I don't know.
14        MR. HANSEL: Well, okay, I object to
15    the question and ask that Mr. Brown be given
16    an opportunity to understand how many pages
17    long the document is that you're putting in
18    front of him, since we don't have a physical
19    document in front of him, and if not, you
20    know, you can scroll down, or I would request
21    the videographer or whoever is controlling
22    this to scroll down so he has an opportunity
23    to see the size of this document that you're
24    asking him to testify about under oath. Thank
25    you.

Page 192

1         MR. DORNER: Okay. Let's allow Mr.
2     Brown to do that. Let's go off the record
3     while he does, and he can review this at his
4     own speed.
5         VIDEOGRAPHER: The time is now 2:01.
6     This ends Media Unit Number 4. We are going
7     off the record.
8         (Discussion held off the record.)
9         (Pause.)
10        VIDEOGRAPHER: The time is now 2:03.
11    This begins Media Unit Number 5. We're back
12    on the record.
13 BY MR. DORNER:
14    Q.    Mr. Brown, did you have adequate
15 opportunity to review Exhibit 11 to familiarize
16 yourself with its contents?
17    A.    Yes.
18    Q.    So, the question I was asking is this
19 document is titled Purchases of Replacement Products
20 by MADA Members, November 1, 2018 to the present.
21 That's at the top of the first page, right?
22    A.    I guess so. I don't see it on the
23 screen. Oh, there it is. Yes, it would appear that
24 way, yes.
25    Q.    What does MADA consider a replacement

Page 193

1 product to be?
2     A.    A medication that was provided to one
3 of our insureds, or any insured, who previously had a
4 version of a contaminated medication, and this was
5 provided to that person instead of his previous pills,
6 his or her previous pills.
7     Q.    Does the term replacement products mean
8 that the -- does it necessarily mean that the member
9 returned or disposed of some quantity of recalled
10 Valsartan?
11    A.    (Pause.)
12    Q.    As opposed to -- and let me repeat that
13 question, because I think I can phrase it better.
14 Does replacement product mean that the member returned
15 or disposed of the recalled Valsartan as opposed to
16 finishing the whole bottle?
17        MR. HANSEL: Object to the form.
18        THE WITNESS: My assumption would be
19    that they brought something back and had
20    something given to them instead of what they
21    had.
22 BY MR. DORNER:
23    Q.    And how would MADA know that that
24 actually happened?
25    A.    The Trust would not.

49 (Pages 190 - 193)

HIGHLY CONFIDENTIAL

Page 194

1    Q.    How would Anthem know if that happened?
2    A.    I couldn't tell you that. I don't
3 know.
4    Q.    Does this spreadsheet represent the
5 full scope of alleged replacement blood pressure
6 medication reimbursements for which MADA is seeking
7 damages?
8        MR. HANSEL: Object to the form. Calls
9    for a legal conclusion.
10        THE WITNESS: Apparently, yes.
11 BY MR. DORNER:
12    Q.    You mentioned apparently. I mean, do
13 you have a reason to doubt that?
14        MR. HANSEL: Object to the form. Calls
15    for a legal conclusion.
16        THE WITNESS: No.
17 BY MR. DORNER:
18    Q.    MADA didn't obtain any of this
19 information from its own files, did it?
20    A.    No.
21    Q.    All of the information came from
22 Anthem; is that true?
23    A.    Yes.
24    Q.    Do you know when this spreadsheet was
25 developed?

Page 195

1    A.    I do not.
2    Q.    Is MADA aware of when the recalls of
3 Valsartan products began?
4    A.    The Trust does not.
5    Q.    Would it surprise MADA to learn that
6 the recalls began in July of 2018?
7    A.    I couldn't address that.
8    Q.    Let's do it this way. I'll represent
9 to you that the recalls for Valsartan began, the first
10 ones began in July of 2018. So, can we proceed
11 forward on that assumption?
12    A.    Yes.
13    Q.    Does MADA have any understanding of the
14 actions that the FDA recommended to persons who were
15 taking Valsartan-containing drugs after the recall?
16    A.    No.
17    Q.    Does MADA have any knowledge that the
18 FDA advised persons on Valsartan to visit their doctor
19 or pharmacy and obtain a substitute or replacement
20 prescription?
21    A.    No.
22    Q.    Does MADA have any reason to doubt that
23 the FDA advised anybody who had purchased recalled
24 Valsartan to promptly return it and obtain a
25 medication that hadn't been recalled?

Page 196

1    A.    No.
2    Q.    So, if the recall, as we assumed, I'll
3 admit that this is my representation to you, if the
4 recall had happened in July, and patients taking
5 recalled Valsartan were advised to replace their
6 recalled medications promptly, why did MADA only
7 include replacement medication purchases from November
8 1st of 2018 to the present in Exhibit 11 here?
9        MR. HANSEL: Object to the form.
10        THE WITNESS: I can't answer that. I
11    don't know.
12 BY MR. DORNER:
13    Q.    Is it MADA's position that none of its
14 members obtained a replacement medication until
15 November 1, 2018 or later?
16        MR. HANSEL: Object to the form. Calls
17    for a legal conclusion.
18        THE WITNESS: I don't know.
19 BY MR. DORNER:
20    Q.    Now, I was just asking MADA's position,
21 what it believes, so can you tell me what MADA's
22 position is about whether its members didn't start
23 getting replacement medications until November 1,
24 2018?
25        MR. HANSEL: Object to the form. Calls

Page 197

1    for a legal conclusion. Asked and answered.
2 BY MR. DORNER:
3    Q.    You can answer.
4    A.    I don't really know, but I presume that
5 people who receive notices made a decision for
6 themselves.
7    Q.    If some MADA members did, in fact,
8 obtain replacement medications for their recalled
9 Valsartan prior to November 1 of 2018, is MADA
10 claiming the cost of those replacements as damages?
11        MR. HANSEL: Objection. Object to the
12    form. Calls for a legal conclusion. Calls
13    for speculation.
14        THE WITNESS: No.
15 BY MR. DORNER:
16    Q.    Would MADA agree that the replacement
17 of a recalled bottle of Valsartan is a one-time
18 occurrence for a person, meaning you only replace a
19 bottle once? Would you agree with that?
20        MR. HANSEL: Object to the form.
21        THE WITNESS: Generally, yes.
22 BY MR. DORNER:
23    Q.    And so if I had a bottle of recalled
24 Valsartan in my hand, and I needed to replacement it,
25 I could go to the CVS a couple of blocks away and I

50 (Pages 194 - 197)

HIGHLY CONFIDENTIAL

Page 198

1 could get a new bottle of either non-recalled
2 Valsartan or some other blood pressure medication,
3 right?
4          MR. HANSEL: Object to the form.
5          THE WITNESS: Yes.
6 BY MR. DORNER:
7     Q.    And that single new bottle that I get,
8 that's the replacement, isn't it?
9          MR. HANSEL: Object to the form.
10         THE WITNESS: Yes.
11 BY MR. DORNER:
12    Q.    Now, if 90 days later, you know, I run
13 out and I refill my prescription, my refill, that's
14 not a replacement, is it?
15    A.    No.
16    Q.    Because I would have had to have bought
17 some kind of medication anyway after my replacement
18 ran out; true?
19    A.    Yes.
20    Q.    So, if you want to go back and look at
21 the prior exhibit, this would be Exhibit 7, we could
22 look at that --
23         MR. DORNER: And in fact, let's just
24    pull up Exhibit 7.
25 BY MR. DORNER:

Page 199

1     Q.    If we go all the way to the bottom, we
2 looked at this earlier, there are 219 rows in this
3 document, right, Mr. Brown?
4     A.    Yes.
5     Q.    And if we scroll all the way to the
6 top, we see that Row 1 is actually the column heading.
7 So, if we subtract 1 from 219, we get 218 different
8 prescription fills on this spreadsheet. Would you
9 agree with that?
10    A.    Yes.
11         MR. DORNER: And can we switch back to
12    Exhibit 11, please?
13 BY MR. DORNER:
14    Q.    Again, Row Number 1 is the column
15 heading, right?
16    A.    Yes.
17    Q.    So, we won't count that one. Let's go
18 all the way to the bottom of this document. It's a
19 little hard for me, I'm sitting far away, but it looks
20 like the last row is 517. Is that what you see, also,
21 sir?
22    A.    Yes.
23    Q.    So, here, if you take 517 minus 1, for
24 the first row, that leaves us 516. And so there are
25 almost 300 more entries in the replacement spreadsheet

Page 200

1 than there are in the recalled Valsartan spreadsheet;
2 would you agree?
3          MR. HANSEL: Object to the form.
4          MR. DORNER: Let me pause right there.
5     Greg, what was unclear about that, or what's
6     your form objection?
7          MR. HANSEL: It's a misleading
8     question, because the request from you, the
9     defendants, was for MADA to produce all
10    information with regard to substitute
11    medications, not just one bottle's worth.
12         MR. DORNER: Okay.
13 BY MR. DORNER:
14    Q.    Mr. Brown, I'll reask the question.
15 There's about 300 more entries in Exhibit 11 than
16 there are in Exhibit 10, right?
17    A.    Yes.
18         MR. DORNER: Can we pull up Exhibit 3,
19    please? And let's go to page 4 of this
20    exhibit. I'm looking here at request 2, if we
21    could blow that up, the box.
22 BY MR. DORNER:
23    Q.    All right. Now, your counsel was just
24 talking about what information was requested in the
25 Plaintiff Fact Sheet. This request says, "For each

Page 201

1 individual recipient as to which you claim, please
2 provide the following," and then the table calls for
3 Member ID (anonymized), Cost to Recipient, and Cost to
4 Insurer. Can we flip back to Exhibit -- I'm sorry.
5 What does MADA understand Cost to Recipient to mean?
6     A.    To the individual person who's covered
7 under the plan.
8     Q.    And so that would be like their co-pay
9 or their co-insurance, right?
10    A.    Yes, or their deductible fees.
11    Q.    Or their deductible, fair enough.
12         MR. DORNER: Can we flip back to
13    Exhibit 11? Let's go all the way to the top.
14 BY MR. DORNER:
15    Q.    All right. Mr. Brown, I think we can
16 see in all of the columns here on the spreadsheet,
17 there's no Cost to Recipient column, is there?
18    A.    No.
19    Q.    Why not?
20    A.    I don't know.
21    Q.    Is that an indication that there was no
22 cost to the member for these medications?
23         MR. HANSEL: Object to the form.
24         THE WITNESS: I don't know why it's not
25    there, or whether there was any cost to the

51 (Pages 198 - 201)

HIGHLY CONFIDENTIAL

Page 202

1    recipient.
2  BY MR. DORNER:
3      Q.    Does MADA know who would have that
4  information?
5      A.    Anthem, likely.
6      Q.    Did MADA request that information?
7      A.    I don't know.  Our attorneys dealt with
8  Anthem.
9      Q.    Now, we've only got six columns on this
10  spreadsheet.  Let's go through them.  Can you tell me
11  what SBSCRBR ID is?
12      A.    I believe that's the individual's --
13  the employee's certificate number under the Anthem
14  system.
15      Q.    And so, theoretically, we should be
16  able to match the certificate IDs, subscriber IDs on
17  this document with subscriber IDs on the documents
18  from Anthem that we received.  I know I'm asking you
19  to assume that, but that would be a reasonable
20  assumption, right?
21      A.    It would match the employee.
22      Q.    Understood.  Thank you for correcting
23  my terminology.  Do you know what NDC is?
24      A.    No.
25      Q.    The next column is Brand Name.  What do

Page 203

1  you understand that to mean?
2      A.    The name of the medication.
3      Q.    The next column is Label Name.  I think
4  there's a similar one on the other spreadsheet.  What
5  does MADA understand that to mean?
6      A.    The medication and the dosage.
7      Q.    Now, what about the next column,
8  AWP_AMT?
9      A.    Well, I don't know what that is.  I
10  assume it's Average Wholesale Price.
11      Q.    Okay.  Now, does MADA know -- is
12  Average Wholesale Price usually an accurate reflection
13  of what the drug actually costs the pharmacy to
14  obtain?
15          MR. HANSEL:  Objection to the form,
16      foundation.
17          THE WITNESS:  I have no idea.
18  BY MR. DORNER:
19      Q.    Does MADA know whether -- and again,
20  I'm asking for MADA's knowledge.  Does MADA know
21  whether Average Wholesale Price accurately reflects
22  the cost that a PBM or other manager pays the pharmacy
23  for that medication?
24          MR. HANSEL:  Object to the form,
25      foundation.

Page 204

1          THE WITNESS:  I don't know.
2  BY MR. DORNER:
3      Q.    Does MADA pay the full AWP cost when it
4  reimburses Anthem for medications that its members
5  purchase?
6      A.    I do not believe so, based on the
7  previous exhibits you've shown.
8      Q.    What about Total Plan Paid, what does
9  that column represent to you -- to MADA?  I'm sorry.
10      A.    It would seem to indicate what was
11  charged to the Trust.
12      Q.    Does MADA have any knowledge as to how
13  this amount was calculated?
14      A.    No.
15      Q.    And so, and I'm going to try and
16  shortcut this, like the Total Plan Paid columns in the
17  other spreadsheet, whether or not deductibles,
18  co-payments, co-insurance, rebates, refunds, or
19  there's one I'm forgetting, MADA has no idea whether
20  or not those are factored into this amount, does it?
21      A.    It does not.
22      Q.    And so, therefore, MADA also does not
23  know if this is the net price that it paid out to
24  Anthem for these medications, right?
25      A.    Correct.

Page 205

1          MR. DORNER:  Can we go to Row 145?
2  BY MR. DORNER:
3      Q.    Row 145, based on some of the
4  assumptions we've been working with on what these
5  columns mean, Mr. Brown, it says it has a replacement
6  medication for Diovan.  Are you familiar with what
7  Diovan is?
8      A.    I'm not certain, but I believe it's the
9  brand name for the Valsartan, or some parts of
10  Valsartan.
11      Q.    And I'd agree, I think you're on the
12  right track there.  Was Diovan on the formulary
13  applicable to MADA's plans at all times from 2012 to
14  the present?
15      A.    I don't know.
16          MR. DORNER:  Let's go to Exhibit 12.
17          (Document marked as Exhibit TB-12 for
18      identification, and is designated highly
19      confidential.)
20  BY MR. DORNER:
21      Q.    And Mr. Brown, I assume you haven't
22  seen this document before, but could you confirm that
23  for me?
24      A.    I have not.
25      Q.    This is another document produced by

52 (Pages 202 - 205)

HIGHLY CONFIDENTIAL

Page 206

1 Anthem. You can tell that by the Bates number in the
2 lower right, ANTM MADA SUBP. It was produced pursuant
3 to a subpoena that we sent Anthem. I'll represent to
4 you that this is a formulary covering the first
5 quarter of the year 2017. Do you follow me so far?
6      A.   Yes.
7          MR. DORNER: Can we go to page 562 of
8 this document, please?
9 BY MR. DORNER:
10     Q.   In the middle of this page on the left
11 column you'll notice a section that says Cardiac
12 Drugs. Do you see what I'm referring to there, sir?
13     A.   Yes.
14     Q.   And this section goes all the way
15 through page 566, which would be a total of four
16 pages. If you'd like, actually, we can probably go
17 through these relatively quickly. Why don't we kill
18 this call-out, and I'll let you verify that Diovan
19 does not appear in the Cardiac Drug section of this
20 document. You can take a moment to verify it, if
21 you'd like, but that's what I'm going to ask you to
22 confirm. Okay?
23     A.   I understand.
24     Q.   And I believe they're in alphabetical
25 order, so that should speed it up.

Page 207

1      A.   It would not appear to be in
2 alphabetical order.
3      Q.   Oh, it's note? Maybe I messed that up.
4      A.   D-I-A?
5      Q.   D-I-O.
6      A.   I still don't see it.
7      Q.   And I looked at this, and assuming it's
8 not actually on this document, you can take my
9 assumption, assuming that it's not on this document,
10 would you agree, then, that it wasn't on MADA's
11 formulary at the time of the first quarter of 2017?
12         MR. HANSEL: Object to the form,
13     foundation.
14         THE WITNESS: I would agree, assuming
15     this is the formulary that we were using, yes.
16 BY MR. DORNER:
17     Q.   And we certainly did request the
18 applicable formularies from Anthem, but I understand
19 what you're saying. Let me just shorten this. If
20 Diovan wasn't on the formulary --
21         MR. DORNER: Actually, can we go back
22     to Exhibit 11, please? And I think we were on
23     145. There we are.
24 BY MR. DORNER:
25     Q.   So, without a date on this spreadsheet,

Page 208

1 it's really impossible to tell when this prescription
2 was filled, right?
3      A.   Yes.
4      Q.   And the cost here, it looks like the
5 Total Plan Paid column, whether or not the amount is
6 accurate or not, it says $891.27, which I believe is
7 the highest dollar figure on this spreadsheet for that
8 column. It's not possible for me to tell whether or
9 not this was on the formulary for whenever it was
10 filled, is it?
11     A.   No.
12         MR. DORNER: And let me just pause
13     questions here. Greg and Ellie and everybody,
14     I know that you all were able to produce a
15     document with dates on it. I didn't have to
16     use it as an exhibit here, but if you could do
17     the same for this spreadsheet, it would be
18     much appreciated. All right. We can close
19     this exhibit. Justin, how long have we been
20     going?
21         (Request noted for the record.)
22         VIDEOGRAPHER: Twenty-three minutes.
23         MR. DORNER: Twenty-three?
24         VIDEOGRAPHER: Correct. Do you mean
25     total time on record?

Page 209

1          MR. DORNER: No. I guess I'm getting
2      at we did have a brief pause. We started
3      back, I think, at 1:10, so it's been about an
4      hour and twenty minutes. Mr. Brown, would you
5      like to take a break?
6          THE WITNESS: I'm okay.
7 BY MR. DORNER:
8      Q.   All right, super. Let's shift gears
9 here. Earlier you testified, Mr. Brown, that I
10 believe you said it was MADA's position that the
11 vaccines were not -- vaccines. It's been a long day.
12 That the Valsartan-containing drugs at issue in this
13 case were not effective to treat its members'
14 hypertension. Do you remember talking about that
15 earlier?
16         MR. HANSEL: Excuse me. I object to
17     the form of the question, but also, I thought
18     when you asked Mr. Brown if he wanted a break,
19     he said okay.
20         MR. DORNER: Oh, I thought he said I'm
21     okay.
22         THE WITNESS: I did. I'm fine to go.
23         MR. HANSEL: Okay. I just wanted to
24     find out for sure. Thank you.
25         MR. DORNER: It's a zealous defense of

53 (Pages 206 - 209)

HIGHLY CONFIDENTIAL

Page 210

1    your witness, Greg.  I don't mind.
2 BY MR. DORNER:
3      Q.    So, I'll reask that question.  I'll
4 just ask it again.  Is it MADA's position that the
5 Valsartan at issue in this case was not effective to
6 treat its members' hypertension?
7      A.    Yes.
8      Q.    What is MADA's basis for denying that
9 the recalled Valsartan was effective?
10     A.    Can you repeat that question?  I'm not
11 sure I heard the end of it.
12     Q.    Absolutely.
13           MR. DORNER:  Nancy, could you help me
14     out?
15           (Court reporter read back the pending
16     question.)
17           THE WITNESS:  The recall was not
18     effective?
19 BY MR. DORNER:
20     Q.    Let me turn up my microphone.  The
21 question that I'm asking is what is MADA's basis for
22 denying that the recalled Valsartan was effective?
23     A.    That the recalled, E-D, Valsartan was
24 not effective?
25     Q.    Correct.  Yes.

Page 211

1      A.    The FDA, presumably, to issue a recall,
2 would have made that determination.
3      Q.    So, if the FDA had -- let's say if the
4 FDA determined that the medication was still effective
5 to treat hypertension but that it may have contained
6 an impurity.  Would that change MADA's position?
7           MR. HANSEL:  Object to the form.
8           THE WITNESS:  It would depend on what
9     the impurity created.
10 BY MR. DORNER:
11     Q.    What do you mean by that?
12     A.    What side effects, what other problems
13 would it have provided or caused the patient.
14     Q.    And you know, I want to focus simply on
15 just whether it addressed the condition of
16 hypertension.  Let me confine my question to that.  Is
17 MADA disputing that the Valsartan didn't help treat
18 hypertension for those who were taking it?
19           MR. HANSEL:  Objection to the form.
20           THE WITNESS:  Yes, based on FDA's
21     determination.
22 BY MR. DORNER:
23     Q.    Did MADA undertake any investigation
24 into whether or not the recalled Valsartan that its
25 members obtained was effective?

Page 212

1      A.    The Trust did not.
2      Q.    Did anybody working for the Trust?
3      A.    Not to my knowledge.
4      Q.    Did MADA review any medical records of
5 its members to see how their blood pressure was
6 affected by taking Valsartan-containing drugs?
7      A.    Absolutely not.
8      Q.    Did MADA ask any of its members about
9 whether their Valsartan was effective at treating
10 hypertension?
11     A.    No.
12     Q.    Did MADA have any knowledge whatsoever
13 about whether its members' Valsartan worked to reduce
14 hypertension during the claim period that we talked
15 about today?
16     A.    No.
17     Q.    If it turns out, hypothetically, if it
18 turns out that the recalled Valsartan was, in fact,
19 effective at treating hypertension, would MADA agree
20 that the medication wasn't worthless?
21           MR. HANSEL:  Object to the form.
22           THE WITNESS:  You have a couple of
23     negatives in there that seem to contradict, so
24     I don't understand.
25 BY MR. DORNER:

Page 213

1      Q.    Okay.  Let me put it a different way.
2 If the medication worked to counteract the effects of
3 hypertension, would MADA agree that it had some value?
4           MR. HANSEL:  Object to the form.
5           THE WITNESS:  Yes.
6 BY MR. DORNER:
7      Q.    If that were the case, you know, if it
8 did, in fact, work to address hypertension and had the
9 value, does MADA have a way that it would calculate
10 how much value was lost as a result of an impurity?
11           MR. HANSEL:  Object to the form.
12           THE WITNESS:  Not to my knowledge.
13 BY MR. DORNER:
14     Q.    Did any MADA member ever approach the
15 Trust to report that his or her Valsartan-containing
16 product wasn't efficacious to treat their
17 hypertension?
18     A.    Not to my knowledge.
19     Q.    What about to MADA's knowledge?
20     A.    Well, had they approached Anthem, I
21 wouldn't necessarily know about it.
22     Q.    Sure.  And not Anthem, but just
23 approaching MADA.  Anybody at all?
24     A.    No, nobody did.
25     Q.    And likewise, did any MADA members ever

54 (Pages 210 - 213)

HIGHLY CONFIDENTIAL

Page 214

1 inform MADA of any harms or side effects from taking
2 any Valsartan-containing product?
3    A.    No.
4    Q.    Did any MADA member ever communicate to
5 MADA that other blood pressure medications work better
6 than Valsartan-containing drugs that they had
7 purchased?
8    A.    No.
9    Q.    After the recall, did any MADA member
10 communicate with MADA about their recalled Valsartan
11 in any way?
12    A.    No.
13    Q.    After the recall, did any MADA member
14 communicate with MADA about their substitute blood
15 pressure medication in any way?
16    A.    No.
17    Q.    Has anyone, member, non-member, other
18 than your attorneys, has anyone ever communicated with
19 MADA regarding the efficacy of the recalled Valsartan?
20    A.    No.
21        MR. DORNER:  All right.  Well, I know
22 you're strong and everything, but I'm actually
23 going to go ahead and take a break here, Mr.
24 Brown.  I'm going to look through my outline
25 and see if there's any cuts or changes I can

Page 215

1 make here.  Let's go ahead and take a tight
2 five, and we'll be back at, let's call it,
3 2:41 p.m. in the East.  Okay?
4        THE WITNESS:  Okay.
5        VIDEOGRAPHER:  The time is now 2:35.
6 We are going off the record.
7        (Recess taken from 2:35 p.m. to 2:44
8 p.m.)
9        VIDEOGRAPHER:  The time is now 2:44.
10 We're back on the record.
11        MR. DORNER:  I believe one of your
12 counsel wanted to make a remark for the
13 record, Mr. Brown, so I wanted to give an
14 opportunity to do that.
15        MS. QUINBY:  So, it's come to our
16 attention that Exhibit 9, which is designated
17 as highly confidential, is available on the
18 public exhibit access link, and it appears
19 that anyone with that link can access that
20 exhibit.  It includes personally-identifying
21 information, so we would just request that
22 before we resume the deposition that that be
23 immediately removed.
24        MR. DORNER:  I would agree with that
25 request.

Page 216

1        MS. QUINBY:  Thank you.
2        MR. DORNER:  Justin, can you help us
3 out with that?
4        VIDEOGRAPHER:  Yes.  I'm getting rid of
5 it now.
6        MS. QUINBY:  And we would also request
7 that any other exhibit with
8 personally-identifying information be taken
9 down, as well.
10        MR. DORNER:  Yes, I think that's going
11 to be 8 -- no, I take that back.  9, 10.  I
12 think it's just 9 and 10.
13        MR. HANSEL:  Are those the only
14 exhibits accessible through the link that have
15 been designated confidential?
16        MR. DORNER:  I would doubt it.  I'd
17 have to go back and look, Greg.  I would doubt
18 that.
19        MR. HANSEL:  We should do that now,
20 because anything that's been designated
21 confidential should not be in a
22 publicly-available link.  It's not secure.
23        MR. DORNER:  Sure.  Let's go off the
24 record, then, and we can handle that.
25        VIDEOGRAPHER:  The time is now 2:46.

Page 217

1 We're going off the record.
2        (Discussion held off the record.)
3        VIDEOGRAPHER:  The time is now 2:50.
4 Back on the record.
5 BY MR. DORNER:
6    Q.    All right.  Mr. Brown, let's shift our
7 focus to the plans available to MADA members.  Before
8 we even get to any exhibits, it looks to me that from
9 2013 to 2017 MADA offered four different plans for
10 members.  That would be three PPO options and then one
11 HSA high-deductible health plan.  Is that accurate?
12    A.    Yes, I think so.
13    Q.    Did MADA offer an HSA high-deductible
14 health plan in 2012?
15    A.    I don't believe so.
16    Q.    And then for the years starting March
17 1, 2018, it looks like MADA shifted to offering a PPO
18 standard plan, a PPO value plan, an HSA
19 high-deductible standard health plan, and an HSA
20 high-deductible value health plan; is that right?
21    A.    Yes.
22    Q.    And then MADA kept all those plans
23 through 2020?
24    A.    Yes.
25    Q.    In fact, are the standard and value

55 (Pages 214 - 217)

HIGHLY CONFIDENTIAL

Page 218

1 plans, are those still in effect today?
2     A.    The deductibles might have changed, but
3 we do continue to have two PPO plans and two
4 HSA-compatible plans.
5     Q.    And those are known as value and
6 standard?
7     A.    Yes.
8     Q.    Okay, great.  Were all members eligible
9 for all plans from 2012 to 2020?
10     A.    Okay.  We're back to the definition of
11 members.
12     Q.    Yes.  Let me back up.  Let me reask the
13 question and save us some time.  Were all individuals
14 eligible for coverage under the plan document that we
15 reviewed?  Were they all able to obtain any of the
16 plans that we just talked about as they were offered?
17     A.    No.  The first choice is at the
18 dealership level.  The owners and managers of the
19 dealers get to choose which of the four plans they
20 might want to offer in their business.  To the extent
21 that the dealership offers all four, then any employee
22 would have availability of any of the four.
23     Q.    So, it's possible, then, that in 2017
24 some dealership in Portland said we're only going to
25 do the PPOs; we're not going to do the HSA

Page 219

1 high-deductible, and that would have been fine, right?
2     A.    Yes.
3     Q.    And so any employees or dependent
4 spouse of that employee would only have the PPO
5 option; they wouldn't have been able to get the
6 high-deductible?
7     A.    Yes.
8     Q.    Great.  Thanks for clearing that up.
9         MR. DORNER:  Can we go to Exhibit 14,
10     please?
11         (Document marked as Exhibit TB-14 for
12     identification.)
13 BY MR. DORNER:
14     Q.    All right.  Mr. Brown, do you recognize
15 the document that I've had put up on the screen here?
16     A.    Yes.
17     Q.    What is this?
18     A.    It's a summary of benefits that we
19 prepared that outlines the benefits of the PPO plans
20 that were available starting March 1st of 2017.
21     Q.    And it looks here that MADA names its
22 PPO plans at that time Plan A, B, and C, depending on
23 the deductible that was applicable; is that accurate?
24     A.    Yes.
25     Q.    Now, other than, it looks like, the

Page 220

1 deductible, the co-insurance limit, and the total
2 out-of-pocket limits, Plans A, B, and C were identical
3 in terms of the coverage that they offered; is that
4 accurate?
5     A.    Yes.
6     Q.    Plans A, B, and C required co-pays?
7 Well, here, let's not do it that way.  Let's actually
8 scroll down there.
9         MR. DORNER:  Can we go to page 354?
10     And just call out the top section, please.
11 BY MR. DORNER:
12     Q.    All plans here required co-pays for
13 prescription drugs; is that right?
14     A.    Yes.
15     Q.    And so if I was on a PPO in 2017 from
16 MADA, I would have paid $20 in a co-pay for a Tier 1
17 drug; is that true?
18     A.    Yes.
19     Q.    Now, these tiers, they come from this,
20 it looks like at the top here you can see it says,
21 "These plans use the Essential Drug List."  I believe
22 Exhibit 12 is the Essential Drug List.  That was the
23 formulary that we looked at.  Is that accurate?
24     A.    I would agree that the Essential Drug
25 List is the formulary that we've used at that time.

Page 221

1 To the extent that the other exhibit is that
2 formulary, it's the same.
3     Q.    Okay.  Down at the bottom of that same
4 box it says, "All co-payments are per 30-day supply
5 except home delivery of Tier 1 prescriptions, which
6 are two co-pays per 90-day supply."  Is that
7 essentially saying that if somebody got their
8 prescription by mail, they'd double their co-payment,
9 so $20 for a Tier 1 would become $40?
10     A.    Yes.  If their prescription was for a
11 90-day supply from a doctor, and they got it
12 home-delivered, they would pay $40 for 90 days.
13     Q.    And so, ultimately, that results in a
14 savings to them because instead of paying three $20
15 co-pays for a 90-day supply going to a pharmacy, they
16 just had to pay two, they would only pay $40 total,
17 and they get a 90-day supply in the mail, right?
18     A.    Yes.
19         MR. DORNER:  Now, can we go back up to
20     page 1 of this document?  Let's just look at
21     Plan A, for example.  Can you zoom in on the
22     Plan A, B, C box there, Justin?  Perfect.
23 BY MR. DORNER:
24     Q.    It looks like Plan A has a $1,200
25 individual deductible.  Does that match with MADA's

56 (Pages 218 - 221)

HIGHLY CONFIDENTIAL

Page 222

1 recollection?
2    A.    Yes.
3    Q.    Would that deductible apply to Tier 1
4 prescription drugs? I guess that's my question, would
5 that deductible apply before coverage for Tier 1
6 prescription drugs kicked in?
7    A.    No.
8    Q.    Why not?
9    A.    Well, we want people to use the
10 medication that the doctor prescribes to help them
11 stabilize and get better, and the co-pay is in lieu of
12 the deductible applicable to prescriptions.
13         MR. DORNER: Can we go to the next box
14    down, the Preventive Care box, and call that
15    out? That's fine.
16 BY MR. DORNER:
17    Q.    So, here, in the Preventive Care
18 section, there's a box in both columns, Network and
19 Non-Network, and it says, "Deductible does not apply"
20 in those two sections. Do you see where I'm referring
21 to?
22    A.    Yes.
23    Q.    So, for preventive care in 2017 under
24 the Plan A, there would be no deductible if, for
25 example, I went and got a routine physical, correct?

Page 223

1    A.    If you went to a physician in the
2 Anthem network, that's correct.
3    Q.    And even if I went to a non-network,
4 there still wouldn't be a deductible?
5    A.    True.
6         MR. DORNER: Can we go to the next
7    section down, please, which I believe is
8    Professional Services. Perfect.
9 BY MR. DORNER:
10    Q.    Here in this Professional Services
11 category, again, it bears that notation, but the
12 deductible does not apply for things like office
13 visits for preventive care, or office visits for
14 non-specialist injury. Do you see what I'm referring
15 to?
16    A.    Yes.
17         MR. DORNER: Now, can we go back to the
18    Prescription Drug section? This is on page
19    354. Wrong section. Yes.
20 BY MR. DORNER:
21    Q.    So, Mr. Brown, I don't see that
22 "deductible does not apply" designation in this
23 section pertaining to prescription drugs. Do you see
24 it anywhere?
25    A.    It is not there.

Page 224

1    Q.    Where might I find the details about
2 whether the deductible applies?
3    A.    Well, obviously, we explain that to
4 people, to the dealerships, to the employees, that
5 co-payments on medications are in lieu of high
6 deductibles.
7    Q.    Is that verbally you explain that?
8    A.    Yes, we try to do education every year
9 at every dealership.
10    Q.    Is there a presentation or anything
11 that goes along with that, like a PowerPoint?
12    A.    No.
13    Q.    Just verbal?
14    A.    Yes.
15    Q.    Are there any plan documents, benefits
16 summaries, or other document required by ERISA to be
17 produced or prepared by MADA that would indicate that
18 deductibles do not apply to Tier 1 drugs in the PPO
19 plan?
20    A.    I'd have to go back and look at the
21 SBCs that Anthem produced and the plan document. I
22 don't know off the top of my head.
23    Q.    Understood. Now, we did look at the
24 plan document earlier today, right?
25    A.    Right.

Page 225

1    Q.    That was Exhibit 5. And so that's what
2 you were referring to when you said the plan document,
3 right?
4    A.    Yes.
5    Q.    So, I could look in there and see if
6 there's any mention of that, of whether or not the
7 deductible applies to PPOs for prescription drugs?
8    A.    Yes.
9    Q.    You mentioned SBC, that's sierra,
10 bravo, charlie. Does that stand for Summary of
11 Benefits and Coverage?
12    A.    Yes.
13    Q.    And that's a separate document from the
14 benefits overview that we're looking at now, correct?
15    A.    Yes.
16    Q.    So, I believe those have been produced
17 either by MADA or by Anthem, or both, and so I could
18 look in there to see if there's any terms about
19 whether a deductible applies for prescription drugs,
20 Tier 1, in the PPO plans?
21    A.    Yes.
22    Q.    If, let's say, I'm unable to find any
23 mention of deductibles as they apply to PPO plan
24 prescription drugs, would that signal that it did, in
25 fact, apply?

57 (Pages 222 - 225)

HIGHLY CONFIDENTIAL

Page 226

1          MR. HANSEL: Object to the form.
2          THE WITNESS: No.
3  BY MR. DORNER:
4     Q.   So, is MADA guaranteeing that no
5  deductible applied to Tier 1 medications under the PPO
6  plan in 2017?
7          MR. HANSEL: Object to the form.
8          THE WITNESS: Yes.
9          MR. HANSEL: Are you really asking him
10    for a guarantee?
11         MR. DORNER: Greg, you can object, and
12    that's enough. That's good.
13 BY MR. DORNER:
14    Q.   Could you answer my question, sir?
15    A.   I thought I did. Yes, I am saying that
16 we would not apply deductible to prescription
17 medications. We would apply co-pay.
18    Q.   And so let me just drill down on that a
19 little bit. I understand -- I guess I understand that
20 MADA would not apply the deductible to co-pays -- or
21 excuse me, to prescription drugs for Tier 1 on these
22 PPO plans. Was that a choice MADA made or was it a
23 term in the plan documents that it had to follow?
24    A.   We have long had the position that
25 co-pays for medications are substituted for

Page 227

1  deductibles.
2     Q.   All right. Understood. So, was that a
3  voluntary policy at MADA?
4     A.   Yes.
5     Q.   Okay. It wasn't required by your plan
6  documents or the SBCs?
7     A.   Like I said, I'd have to look at the
8  document to see what's in there, but we have never
9  operated the plan, in recent years, at least, with a
10 deductible applicable to co-paid medications.
11    Q.   You mentioned --
12         VIDEOGRAPHER: Counsel, I don't mean to
13    cut in. I'm having a technical issue. Can we
14    go off the record for a second?
15         MR. DORNER: Sure.
16         VIDEOGRAPHER: The time is now 3:04.
17    We are going off the record.
18         (Pause.)
19         VIDEOGRAPHER: The time is 3:08. Back
20    on the record.
21 BY MR. DORNER:
22    Q.   All right. I think we got our
23 technical glitch worked out. You mentioned in your
24 last answer, Mr. Brown, in recent years the plan was
25 not charging -- was not applying the deductible to

Page 228

1  prescription drugs on the PPO plans. Did it used to?
2     A.   Some years ago, and I don't know when
3  it changed. Long before this period of time.
4     Q.   So, was it before the 2000s, do you
5  think?
6     A.   I'd have to go back and look.
7     Q.   To MADA's knowledge, were all of the
8  Valsartan-containing drugs at issue in this case, were
9  those all Tier 1 drugs on the formulary?
10    A.   I don't know. Presumably, yes, if
11 there was a generic.
12    Q.   Would MADA have any reason to doubt
13 that Tier 1 drugs included all of the Valsartan at
14 issue?
15         MR. HANSEL: Object to the form.
16         THE WITNESS: No.
17 BY MR. DORNER:
18    Q.   And again, look, I'm trying to offer
19 some help here. We can go and look at a couple of
20 formulary examples. In fact, let's just do it.
21         MR. DORNER: Can we pull up Exhibit 12,
22    please? We've already looked at this. Let's
23    go to the page ending in Bates 541.
24 BY MR. DORNER:
25    Q.   I believe at the top here it says

Page 229

1  current as of 1-1, 2017. Do you see where I'm
2  referring to that, Mr. Brown?
3     A.   Yes.
4     Q.   So, would you agree that this is the
5  formulary that corresponds to the 2017 PPO plans, at
6  least for March of 2017, when that plan started?
7     A.   Yes.
8          MR. DORNER: Can we blow up the right
9     column, let's call it, halfway down to the
10    bottom? That's good.
11 BY MR. DORNER:
12    Q.   So, here in this right column this
13 formulary lists Valsartan oral tablets and two forms
14 of Valsartan HCT tablets. Do you see those?
15    A.   Yes.
16    Q.   You would agree that those medications,
17 then, were covered by the 2017 PPO?
18    A.   Yes.
19    Q.   And would you further agree that both
20 of these medications are in Tier 1 of the formulary?
21    A.   Yes.
22    Q.   Now, it says 1 or 1B. Did MADA plans
23 have a formulary 1A -- or excuse me, a Tier 1A and
24 Tier 1B, or was it all just Tier 1?
25    A.   I believe at that time, that's before

58 (Pages 226 - 229)

HIGHLY CONFIDENTIAL

Page 230

1 they had the different -- I think they were all Tier
2 1s, because I don't think we were at the Rite
3 Aid/Walgreen difference at that point.
4      Q.    So, whether or not there's that
5 preferred pharmacy setup we talked about earlier, that
6 dictates whether something falls in a 1A, 1B bucket?
7      A.    I assume, I don't know, because I
8 hadn't seen this list, and I don't know what all of it
9 is.
10          MR. DORNER:  Can we go to the page
11     ending in 564, please?  Let's blow up, I
12     believe it's the column on the left, under
13     Cardiovascular.
14 BY MR. DORNER:
15     Q.    So, if we look here, this column also
16 lists, it looks like, two forms of Amlodipine,
17 Valsartan HCT tablets.  Do you see those references
18 I'm talking about?
19     A.    I see the references to Amlodipine.
20 Okay.  Yes, I do.
21     Q.    And then those are also in Tier 1,
22 right?
23     A.    Yes.
24     Q.    Now, just generally, with respect to
25 the coverage of these, I guess it would be these one,

Page 231

1 two, three, four, I think it's seven forms of
2 Valsartan that we just looked at, does MADA know
3 whether these forms of Valsartan were covered from
4 2012 to 2017 in its plan?
5      A.    No.  That's an Anthem question.
6      Q.    If we were to look over the
7 formularies, we could confirm that all the forms of
8 Valsartan were covered?
9      A.    Yes.
10          MR. DORNER:  Let's go to Exhibit 15,
11     please.
12          (Document marked as Exhibit TB-15 for
13     identification.)
14 BY MR. DORNER:
15     Q.    Do you recognize this document, Mr.
16 Brown?
17     A.    Yes.
18     Q.    What is this document?
19     A.    This is a description of the
20 HSA-compatible plan effective March 1 of 2017.
21     Q.    And I believe you said MADA started
22 offering this in 2013, right, this kind of plan?
23     A.    I believe that's right.
24     Q.    So, this was offered simultaneous with
25 Plans A, B, and C, right?

Page 232

1      A.    Depending on what the dealership chose
2 to do, yes.
3      Q.    MADA would allow dealerships to choose
4 this plan and/or Plans A, B, and C, right, from 2013
5 to '17?
6      A.    Yes.
7      Q.    Did MADA call this plan Plan D at the
8 time?
9      A.    We may have.  I don't remember off the
10 top of my head.  It's possible.  We may have called it
11 an HSA-compatible plan.  I don't remember.
12     Q.    Can you just, basically, explain how an
13 HSA high-deductible health plan works as opposed to,
14 say, a PPO?
15     A.    PPOs have -- well, both plans have some
16 preventative services up front.  PPO plans have
17 co-pays for certain things, where the HSA plan, those
18 expenses would first go to a deductible.  Both plans
19 have a deductible component.  It varies as to when it
20 begins to apply.  Both plans have a co-insurance
21 component, and both plans have a maximum
22 out-of-pocket.  The HSA, what you can do with that is
23 pretty much governed by federal rules.
24     Q.    Now, I believe you mentioned that the
25 HSA plan has a deductible.  It was $3,600 for an

Page 233

1 individual for 2013 through 2017, right?
2      A.    It certainly was in '17.  I don't think
3 it changed previous to that.
4      Q.    And then it's got an out-of-pocket
5 maximum, if we look in, sort of, the third box down?
6          MR. DORNER:  If you could do a call-out
7     for us there, Justin.  There we go.
8 BY MR. DORNER:
9      Q.    It's got an out-of-pocket maximum for
10 in-network providers and out-of-network providers of
11 $6,450.  Do you see that?
12     A.    Yes.
13     Q.    Near the bottom, and it's on the next
14 page, there's a section for Prescription Drugs.
15          MR. DORNER:  Can we blow that up?
16 BY MR. DORNER:
17     Q.    Here it says, in the last section,
18 "This plan uses the Essential Drug List.  Drugs not on
19 the list are not covered."  Is this referring to the
20 same Essential Drug List that we were just looking at?
21     A.    I believe it does.
22     Q.    Generally, did the HSA plans and the
23 PPO plans use the same formulary from 2013 to 2017?
24     A.    That's something you'd have to ask
25 Anthem.  We used whatever formulary they were using in

59 (Pages 230 - 233)

HIGHLY CONFIDENTIAL

Page 234

1 their plans.
2    Q.    Does MADA have any knowledge of two
3 separate formularies applying to PPOs versus HSA
4 plans?
5    A.    I don't have any of that knowledge, no.
6         MR. DORNER: Can we go to the next
7    page, please?
8 BY MR. DORNER:
9    Q.    This is a list of preventive medicines.
10 We've been talking about this a little bit today, Mr.
11 Brown.
12         MR. DORNER: Can we zoom in on the
13    bottom half of the second column?
14 BY MR. DORNER:
15    Q.    And within this list of medications we
16 see Amlodipine/Valsartan and
17 Amlodipine/Valsartan/HCTZ. Do you see those two
18 items?
19    A.    I do.
20         MR. DORNER: Now, if we go into the
21    fourth column. You got it.
22 BY MR. DORNER:
23    Q.    Here we have Valsartan and
24 Valsartan/HCTZ, right?
25    A.    Yes.

Page 235

1    Q.    Now, I believe you testified that under
2 the HSA plans there would be no deductible to apply if
3 a member was obtaining any of these preventative
4 medications. Is that an accurate characterization of
5 your testimony?
6    A.    Yes, it is.
7    Q.    Did all of the HSA high-deductible
8 plans from 2013 to 2017 waive the deductible for
9 preventive medications?
10    A.    Yes. I believe that was a requirement
11 of federal law.
12    Q.    Did any of the plans from 2013 to 2017
13 have co-insurance requirements?
14    A.    I believe they all had co-insurance
15 requirements.
16    Q.    And then they all would have also had
17 out-of-pocket maximums, correct?
18    A.    Yes.
19    Q.    And that's all information that we can
20 get by looking at the plan summaries -- or excuse me,
21 the benefits overview that we're looking at now?
22    A.    Yes.
23         MR. DORNER: Let's go to Exhibit 16,
24    please.
25         (Document marked as Exhibit TB-16 for

Page 236

1    identification.)
2 BY MR. DORNER:
3    Q.    Do you recognize this document, sir?
4    A.    Yes, I do.
5    Q.    What is this document?
6    A.    It's an outline of the benefits
7 starting March 1st of 2018, the PPO plan -- the two
8 PPO plans that we offer.
9    Q.    So, this would be the next -- we've
10 been looking at 2017. This would be the next year's
11 plans?
12    A.    Yes.
13    Q.    And you testified earlier that there
14 was a change from Plans A, B, and C to the standard
15 and value plans. Why did MADA make that change?
16    A.    I believe it was to coincide with what
17 Anthem was calling -- to make it consistent with the
18 terminology that Anthem was using in their claim
19 system.
20         MR. DORNER: Now, in the box on the
21    left, let's do the top section of boxes,
22    Employee Medical Care Plans, Justin.
23 BY MR. DORNER:
24    Q.    We've got, it says in the upper
25 left-hand box, it says, "Deductible, 4th quarter

Page 237

1 carryover (removed effective 1-1-19.)" That 4th
2 quarter carryover, what is that referring to?
3    A.    We had a provision that ended December
4 31st of 2018 that said that if a person had expenses
5 in October, November, and December of a year that
6 applied to their deductible, that same amount would
7 apply to the following year's deductible. But we
8 eliminated that carryover starting January 1st of '19.
9    Q.    So, did that carryover apply from, say,
10 2013, onward, up until 1-1-19?
11    A.    Yes, but the October, November,
12 December of 2018 would not carry over.
13    Q.    Understood. I understand what you're
14 saying. Did that apply to both PPO and HSA plans?
15    A.    I believe -- it certainly applied to
16 the PPO plans. I believe it also applied to the
17 HSA-compatible plan.
18    Q.    And then would that carryover, would it
19 last until March 1, when, you know, the next set of
20 benefits came through, or I guess I should say the
21 next plans went into effect, or would it carry over
22 into the whole year?
23    A.    The entire calendar year.
24    Q.    Okay. And so, if it was 2017, and I
25 incurred a $250 expense in November of 2016, that $250

HIGHLY CONFIDENTIAL

Page 238

1 would be counted toward my deductible for the entire
2 year, 2017; am I understanding correctly?
3    A.    Yes.
4    Q.    Let's see. According to this, the
5 deductible for the PPO standard plan was $2,500, and
6 $4,200 for the PPO value plan. Did the PPO plans from
7 2018, 2019, and 2020 all have deductibles, even if the
8 amount changed a little bit?
9    A.    Yes.
10    Q.    Did all of the plans from 2018 through
11 2020 have co-insurance, such as the co-insurance
12 indicated on this exhibit?
13    A.    Yes.
14    Q.    Did they all have out-of-pocket limits,
15 as shown on this exhibit?
16    A.    Yes.
17    Q.    Earlier we were talking about --
18        MR. DORNER: You can close the call-out
19    here, Justin.
20 BY MR. DORNER:
21    Q.    Earlier we were talking about whether
22 or not the deductible applied to prescription
23 medications for PPO plans in 2017 and prior. In 2018
24 and going forward, did the deductible apply to
25 prescription medications for the PPO plan?

Page 239

1    A.    No.
2    Q.    And again, that's a policy of MADA?
3    A.    Yes.
4    Q.    When it comes to 2018 to 2020 in these
5 value and standard plans, other than the deductible,
6 co-insurance, and out-of-pocket numbers that we see
7 there, understanding those are different, were the
8 benefits offered to standard and value payors the
9 same?
10    A.    I believe so. I can't remember whether
11 there was a State mandate change or not in one of
12 those years, but --
13    Q.    What do you mean by State mandate
14 change?
15    A.    The legislature imposed coverage on
16 some service, or whatever, they had to be covered at a
17 certain level.
18    Q.    Do you have any recollection when that
19 might have been?
20    A.    Well, the latest one applied to
21 diabetic individuals, and it limits the amount that we
22 can charge for insulin and certain other things, I
23 believe. I can't remember whether there were others
24 or not, but those are the only -- except for changes
25 to deductibles and co-insurance out-of-pocket, I don't

Page 240

1 remember if we changed the co-pays or not, but they
2 would be reflected on those documents.
3    Q.    And all of these benefits overviews,
4 they were produced by MADA; they accurately reflect
5 what the true numbers are?
6    A.    Yes.
7        MR. DORNER: Let's go to Exhibit 17,
8    please.
9        (Document marked as Exhibit TB-17 for
10    identification.)
11 BY MR. DORNER:
12    Q.    Do you recognize this document, sir?
13    A.    Yes, I do.
14    Q.    What is this document?
15    A.    This is the outline of the
16 HSA-compatible plans that became available March 1 of
17 2018.
18    Q.    And so this was a change, also, because
19 previously there was only one version of this, and now
20 there are two versions, a standard and the value,
21 offered to individuals, right?
22    A.    Yes.
23    Q.    Both of these plans had deductibles; is
24 that right?
25    A.    Yes.

Page 241

1    Q.    For an individual, the standard was
2 $4,000, as shown here, and the value was $6,650?
3    A.    Yes.
4    Q.    And is that, essentially, the premium
5 would be lower for a value member, but they run the
6 risk of paying a higher deductible. Is that
7 essentially how the math works?
8    A.    Yes.
9        MR. DORNER: Can we go to page 616, is
10    the next page, and zoom in on the Prescription
11    Drugs section.
12 BY MR. DORNER:
13    Q.    Now, in this box you'll see it says,
14 "Note: Your prescription drug costs will be lower at
15 Tier 1 pharmacies (CVS, Hannaford, Sam's, Shaw's,
16 Target, and Walmart) and higher when filled at Tier 2
17 pharmacies (includes Rite Aid and Walgreens)." This
18 is what we were speaking about before with regard to
19 the Tier 1, Tier 2 pharmacies; is that right?
20    A.    Yes.
21    Q.    Now, I notice these are called Tier 1
22 and Tier 2 as opposed to, say, Tier 1A and B. Does
23 this refresh your recollection as to whether the
24 pharmacy choice had anything to do with the formulary
25 tier that a medication falls in?

61 (Pages 238 - 241)

HIGHLY CONFIDENTIAL

Page 242

1        MR. HANSEL:  Object to the form.
2        THE WITNESS:  No, I don't believe, no.
3    I think the formulary applies across the
4    board.
5  BY MR. DORNER:
6    Q.    Okay.  And so whether something falls
7  into Tier 1 on the formulary, or Tier 1A or Tier 1B,
8  would have nothing to do with the pharmacy where the
9  drug is obtained; is that accurate?
10   A.    That's my understanding, yes.
11   Q.    Who started this?  This is a preferred
12 pharmacy program that it's talking about in this note;
13 is that right?
14   A.    Yes.
15   Q.    Who started that?
16   A.    Anthem.
17   Q.    Did Anthem's choice to begin this
18 program, did that impact the costs that MADA paid for
19 prescriptions?
20   A.    I don't know.
21   Q.    Now, with this plan it says preventive
22 medicines for both the standard and value plan, the
23 deductible is waived and the medicines are covered at
24 100 percent.  Is that MADA's understanding of how
25 these plans worked?

Page 243

1    A.    Yes, that's the list of the
2  federally-required preventive medicines.
3    Q.    And I think we looked, all the
4  Valsartan varieties are included on that list, right?
5    A.    Yes.
6    Q.    So, essentially, other than a premium,
7  a member would not have to pay anything for a
8  prescription of Valsartan, so long as it's a
9  preventative medication, right?
10   A.    As long as it was listed on that
11 federal requirement, that's correct.
12   Q.    Did the same term, meaning waiver of
13 the deductible, did that apply in 2019 and 2020 under
14 this kind of plan?
15   A.    Yes.
16   Q.    Did all of the HSA high-deductible
17 health plans have an out-of-pocket maximum in 2018
18 through 2020?
19   A.    Yes.
20   Q.    They all had a maximum co-insurance
21 amount during that time?
22   A.    Yes.
23   Q.    And they all would have had deductibles
24 at that time, even if it didn't apply to preventive
25 medications, right?

Page 244

1    A.    Yes.
2        MR. DORNER:  Let's go to Exhibit 18,
3    please.  I promise to get through this very
4    quickly.
5        (Document marked as Exhibit TB-18 for
6    identification, and is designated as highly
7    confidential.)
8  BY MR. DORNER:
9    Q.    Do you recognize this document?
10   A.    Yes, I do.
11   Q.    What are we looking at?
12   A.    That's our internal pricing sheet for
13 medical coverage.
14   Q.    All right.  And what's the date on
15 this?
16   A.    March 1 of 2017.
17   Q.    So, these are the premiums for the
18 plans offered from 3-1-17, I guess, through 2-28-18;
19 is that accurate?
20   A.    For the southern half of Maine, yes.
21 Or southern part of Maine.  It's not half.
22   Q.    And I think you're guessing where I'm
23 going here.  I see a -- well, let me back up.  Do you
24 see how it says Single, and then Column A?
25   A.    Yes.

Page 245

1    Q.    Does that column cover the $1,200
2  deductible PPO plan?
3    A.    If that was the lowest PPO deductible,
4  yes.
5    Q.    And I ask that question because we had
6  Plan A, B, and C for the PPOs, and so I was assuming
7  that A, B, and C here corresponded with that.  Is that
8  true?
9    A.    That's correct.
10   Q.    And then Plan D, you might remember I
11 asked about Plan D earlier, would that pertain to the
12 HSA high-deductible?
13   A.    Yes.
14   Q.    And now here's where I think you knew
15 where I was going.  There's a letter G sort of right
16 in the middle of the page there.  What does that G
17 stand for?
18   A.    It stands for the southern portion of
19 Maine.  We have one of these sheets labeled H that is
20 for the northern portion of Maine.
21       MR. DORNER:  And if we can go ahead and
22   pull up Exhibit 19.
23       (Document marked as Exhibit TB-19 for
24   identification, and is designated as highly
25   confidential.)

62 (Pages 242 - 245)

Page 246

1    THE WITNESS: That's H.
2 BY MR. DORNER:
3    Q.    That's H. So, this would pertain to
4 the northern half of Maine, right?
5    A.    Northern part. It's not exactly half.
6    Q.    Understood. The A, B, C, and D columns
7 pertain to the same plans as we just discussed?
8    A.    Yes.
9    Q.    This is just me curious, how did you
10 land on the letters G and H?
11   A.    I don't remember. It goes way back.
12   Q.    Okay. Fair enough.
13       MR. DORNER: Can we go to Exhibit 20,
14 please?
15       (Document marked as Exhibit TB-20 for
16 identification, and is designated as highly
17 confidential.)
18 BY MR. DORNER:
19   Q.    When you figure that out, will you
20 write me a letter?
21   A.    Sure.
22   Q.    I'm serious. Of all the questions,
23 that's what's been driving me crazy as we go through
24 these depositions. All right. Exhibit 20, do you
25 recognize this document, sir?

Page 247

1    A.    Yes, it's the monthly premium rates for
2 the lower part of Maine starting March 1 of 2018 for
3 various medical and dental and vision, what we offer.
4    Q.    And we've just been talking in Exhibits
5 16 and 17 about the various 2018 plans, and we looked
6 at examples. Would the column, do you see, let's call
7 it the Single section here?
8    A.    Yes.
9    Q.    So, it says $2,500 to head up the first
10 column. Does that relate to the standard PPO plan?
11   A.    Yes.
12   Q.    The $4,200 would be the value PPO plan?
13   A.    Yes.
14   Q.    The $4,000 HSA, that shows the premiums
15 for the standard HSA high-deductible?
16   A.    Yes.
17   Q.    And finally, the $6,650 HSA shows the
18 premiums for the value HSA high-deductible plan,
19 right?
20   A.    Yes.
21   Q.    G means the -- G is southern?
22   A.    Yes.
23       MR. DORNER: Can we go to Exhibit 21,
24 please?
25       (Document marked as Exhibit TB-21 for

Page 248

1    identification, and is designated as highly
2    confidential.)
3 BY MR. DORNER:
4    Q.    This is essentially the same
5 information covering the same plan but for the
6 northern part of the Great State of Maine, right?
7    A.    Yes.
8    Q.    And that's what the H in the middle
9 signifies?
10   A.    Yes.
11   Q.    Other than that, are there any material
12 differences on this page versus the last one we just
13 looked at, Exhibit 20?
14   A.    No.
15       MR. DORNER: You can take down this
16 exhibit.
17 BY MR. DORNER:
18   Q.    So, we looked at a formulary today, and
19 we looked at some preventive medications lists. I
20 want to speak directly about the formulary that we've
21 talked about. If it were the case that all of the
22 Valsartan drugs at issue in this matter were on the
23 Tier 1 list from 2013 to 2020, let's say, that would
24 mean that they were always the cheapest tier of
25 medications, right?

Page 249

1    A.    Yes.
2    Q.    To MADA's knowledge, was the price of
3 Valsartan, Amlodipine Valsartan, Valsartan HCT, all
4 the different varieties, was that generally equivalent
5 to other Tier 1 medications for MADA's purposes, for
6 what MADA would pay?
7        MR. HANSEL: Object to the form,
8    foundation.
9        THE WITNESS: I have no idea.
10 BY MR. DORNER:
11   Q.    Does MADA have any reason to doubt that
12 it would pay roughly the same for a prescription of
13 Valsartan as it would for any other Tier 1
14 hypertension medication?
15       MR. HANSEL: Object to the form.
16       THE WITNESS: I really can't address
17   that. I have no idea what any of them
18   ultimately cost.
19 BY MR. DORNER:
20   Q.    That would be in the hands of Anthem,
21 right?
22   A.    Yes.
23   Q.    Did all of MADA's plans require
24 members, and the timeframe on this question, let's
25 call it, 2012 to 2020, did all of MADA's plans require

63 (Pages 246 - 249)

HIGHLY CONFIDENTIAL

Page 250

1 members to fill prescriptions for generic drugs where
2 generic was available?
3     A.   One exception would be if the doctor
4 said do not substitute, or whatever the appropriate
5 check-off box on the prescription is, or fill is,
6 whatever that is, I don't remember off the top of my
7 head, there's some designation that the doctor can put
8 that says don't substitute.
9     Q.   Understood.
10     A.   I believe that would be true, and I
11 think -- well, yes, the answer to your question is
12 yes, with that exception of a doctor designating it.
13         MR. DORNER:  Can you pull up Exhibit 3,
14 please?
15         VIDEOGRAPHER:  Counsel, there's about
16     10 minutes left on this media unit.
17 BY MR. DORNER:
18     Q.   All right.  Mr. Brown, I think we're
19 getting to -- I'll tell you I'm getting to the last
20 ten pages of my outline here.  I think we're in the
21 homestretch.  We're going to need to switch out the
22 videotape to make sure we have enough film, so to
23 speak.  Would you like to take a break, or do you want
24 to push on through and let Justin make the videotape
25 switch?

Page 251

1     A.   Let's keep going, please.
2         MR. DORNER:  Sure.  So, Justin, now
3     would be a good time to switch the media unit.
4     So, let's go off the record, briefly, and
5     allow you to do that.
6         VIDEOGRAPHER:  The time is now 3:39.
7     This ends Media Unit Number 5.  We're going
8     off the record.
9         (Pause.)
10         MR. DORNER:  Nancy, we have a standing
11     order, but I don't believe we have rough
12     transcripts as part of that standing order.
13     We'll take a rough for this one.
14         MS. ANDRAS:  Nancy, this is Tiffany for
15     Teva.  I'll also take a rough, and we have a
16     standing order for the rest.
17         VIDEOGRAPHER:  The time is now 3:43.
18     Back on the record.
19         MR. DORNER:  Let's pull up Exhibit 3,
20     please, and specifically to page 5 of this
21     document.
22 BY MR. DORNER:
23     Q.   Do you recall this document we looked
24 at earlier Mr. Brown, the Plaintiff Fact Sheet for
25 MADA?

Page 252

1     A.   Yes.
2         MR. DORNER:  Can we zoom in on -- I
3     think we might be on the wrong page here.
4     Just a second.  I apologize.  Page 6, please.
5     There we go.  And can we zoom in on Subsection
6     E?
7 BY MR. DORNER:
8     Q.   So, question E.1 says, "Describe with
9 particularity when and how you became aware of the
10 presence of nitrosamines in Valsartan products."  And
11 MADA's response was, "Without waiving attorney/client
12 privilege, I became aware of the presence of
13 nitrosamines in Valsartan products in the fall of 2018
14 after speaking to the attorney for the Trust."  Who is
15 the "I" in that sentence?
16     A.   That would be me.
17     Q.   And does the Trust refer to MADA?
18     A.   Yes.
19     Q.   Who is the attorney for the Trust, as
20 referenced in that sentence?
21     A.   Preti Flaherty is the attorney --
22 attorneys' firm for the Trust.
23     Q.   And I believe you testified earlier
24 that Preti Flaherty does legal work beyond this case
25 for MADA; is that accurate?

Page 253

1     A.   Yes.
2     Q.   Has that been an attorney/client
3 relationship since at least 2012?
4     A.   Yes.
5     Q.   You used the date of fall of 2018 in
6 this paragraph.  Can you provide a more specific date?
7     A.   I can't.
8         MR. HANSEL:  Object to the form.
9         THE WITNESS:  No, I can't.
10 BY MR. DORNER:
11     Q.   Let me ask you this, was it closer to
12 Thanksgiving or closer to Labor Day?
13         MR. HANSEL:  Object to the form.  Asked
14     and answered.
15 BY MR. DORNER:
16     Q.   You can answer.
17     A.   I don't know.
18     Q.   Where were you when you heard of the
19 recall?
20     A.   I don't know.  I don't recall whether I
21 was in my office or someplace else.
22     Q.   Would it have been within the State of
23 Maine?
24     A.   Yes.
25     Q.   Again, in these sorts of scenarios, I

64 (Pages 250 - 253)

HIGHLY CONFIDENTIAL

Page 254

1 don't want you to divulge the specific contents of any
2 communications you had with your counsel, okay?
3     A.    Yes.
4     Q.    So, what I really want to know is did
5 you go to Preti with it or did Preti come to you with
6 it? That's all I want to know.
7         MR. HANSEL: Objection. Do not answer
8     that question. Attorney/client privilege.
9         MR. DORNER: I'm not asking for any
10    specific representations, Greg.
11        MR. HANSEL: I object to the question.
12    Do not answer the question. It's privileged.
13 BY MR. DORNER:
14    Q.    Did your attorney inform you of this
15 information in the context of MADA seeking legal
16 advice?
17        MR. HANSEL: Objection. Do not answer
18    the question.
19        MR. DORNER: Greg, the foundation for
20    privilege has to be in the context of seeking
21    legal advice. He can answer that without
22    getting into the context of the statement.
23        MR. HANSEL: The question included
24    other material, which was privileged. Do not
25    answer the question as phrased.

Page 255

1         MR. DORNER: I guess I'm stumped with
2     what you mean by other information, Greg.
3     Could you help me out here?
4         MR. HANSEL: You're on your own.
5         MR. DORNER: Well, then, your objection
6     is useless, because other information is vague
7     and meaningless. So, I'm going to ask the
8     question again.
9 BY MR. DORNER:
10    Q.    Did whoever your counsel was at Preti
11 Flaherty inform you of the recall in the context of
12 MADA seeking legal advice?
13        MR. HANSEL: Do not answer the
14    question, Mr. Brown. He is asking you a
15    question that assumes that your attorney
16    informed you of certain information, which is,
17    itself, privileged communication.
18 BY MR. DORNER:
19    Q.    All right. I'll ask you this, Mr.
20 Brown, the conversation you had, regardless of its
21 contents, was that conversation had in the context of
22 MADA seeking legal advice?
23    A.    Yes.
24    Q.    See? That's all we need. Was anybody
25 else a party to that conversation, other than you and

Page 256

1 your counsel?
2     A.    Not that I recall.
3     Q.    Have you discussed the recall with
4 anyone other than legal counsel?
5     A.    Other than the conversation with Ms.
6 Cobb to tell her that our attorneys would be
7 contacting her in regard to Anthem information, no.
8     Q.    Let's talk more about that conversation
9 with Ms. Cobb. Did you call her?
10    A.    I did, after we were asked to provide
11 information about the claims that might have been paid
12 that included Valsartan.
13    Q.    So, you called her. What did you say
14 when she picked up the phone?
15    A.    Well, I don't exactly recall, but
16 generally, that we were asked to produce information
17 relative to prescription claims that had been paid on
18 Valsartan, and that our attorneys would be contacting
19 her about the specifics of that request, something to
20 that effect.
21    Q.    What did she say back?
22    A.    Again, I don't recall the exact
23 conversation, but generally, I'll talk to him, and
24 we'll have to get into a conversation with Express
25 Scripts, because they would have some of that

Page 257

1 background data, probably.
2     Q.    Is it MADA's understanding, then, that
3 Anthem had to reach out to Express Scripts to get
4 information about its client?
5     A.    That's what I took from that
6 conversation, yes.
7     Q.    Have you personally discussed the
8 recall with anybody else at MADA?
9     A.    No.
10    Q.    It hasn't come up in any of your
11 conversations with the other two -- the two women who
12 also work there?
13    A.    No.
14    Q.    Have you spoken about it with anybody
15 in the Association?
16    A.    No.
17    Q.    I want to talk a little bit about the
18 post-recall world. We talked earlier about exactly
19 when that was, and I believe we proceeded on the
20 assumption that the recalls began in July of 2018. Do
21 you remember talking about that?
22    A.    Yes.
23    Q.    I guess if we can carry that assumption
24 forward through these next sets of questions, let's
25 proceed that way. My first question is did MADA

65 (Pages 254 - 257)

Page 258

1  members, insureds, did they have to pay for their
2  initial replacement medications after the recall?
3      A.   I don't know.  I would assume there was
4  a co-pay, yes.  I don't know.
5      Q.   What actions did, not members, but what
6  actions did MADA itself take once it learned about the
7  recall of Valsartan?
8      A.   I discussed the matter with our
9  attorneys in our request for information and discussed
10 how prescriptions were handled in our plan, that type
11 of thing.
12     Q.   All right.  So, the first thing is you
13 said -- well, the first thing you said was talk to an
14 attorney.  I don't want to know about that.  The
15 second thing you said was a request for information.
16 What request for information are you getting at?
17     A.   The information about the benefit
18 programs of the trust offerings, the premium, the
19 information that was requested on the claims data, how
20 the plan worked, that type of thing.
21     Q.   Who requested this information?  Are
22 you talking about requests from us, from the defense?
23         MR. HANSEL:  Objection.  I just want to
24     assert the attorney/client privilege.  I
25     instruct the witness not to answer any

Page 259

1      questions that refer to the content of
2      attorney/client communications.
3  BY MR. DORNER:
4      Q.   Okay.  Yes, and to be clear, I'm not
5  asking about any conversations you had with your
6  counsel, Mr. Brown.  I'm not entitled to that,
7  generally.  You had mentioned a request for
8  information, and I'm just wondering the information
9  you just discussed, are you referring to requests that
10 the defendants made of MADA?
11     A.   Yes.
12     Q.   You also mention a discussion of how
13 prescriptions were handled, is I believe the phrase
14 that you used.  Who requested that information?
15     A.   Our attorneys.
16     Q.   Okay.  We can put a stop to that, then.
17 So, other than the request for information from the
18 defendants, the conversations you had with your
19 attorneys in educating them about MADA's structure and
20 its plans, were there any other actions that MADA
21 undertook as a result of the recall?
22     A.   No.
23     Q.   Did MADA send out any communications to
24 any of its members as a result of the recall?
25     A.   No.

Page 260

1      Q.   Did MADA advise any of its members to
2  do anything with their Valsartan, if they had any
3  on-hand?
4      A.   No.
5      Q.   Did it advise its members to do
6  anything at all?
7      A.   No.
8      Q.   Did MADA attempt to obtain any
9  Valsartan in order to test it?
10     A.   No.
11     Q.   I didn't think so, but I gotta ask.
12 Did MADA have any Valsartan-containing drugs -- did it
13 pay anybody to test Valsartan-containing drugs?
14     A.   No.
15     Q.   Is MADA aware of any
16 Valsartan-containing drug testing performed or
17 requested by its legal counsel?
18     A.   No.
19     Q.   If a test showed that the Valsartan
20 that MADA's members obtained didn't actually contain
21 any impurities or contaminants, would MADA agree that
22 the Valsartan was the value that it paid for it?
23         MR. HANSEL:  Objection, calls for
24     speculation.  Assumes facts not in evidence.
25 BY MR. DORNER:

Page 261

1      Q.   You can answer.
2      A.   Yes.
3      Q.   Did Anthem send anything to MADA
4  regarding the recall?
5      A.   No.
6      Q.   Did MADA have any communications with
7  Anthem about the recall?
8      A.   Only the conversation with Ms. Cobb
9  about the claims request.
10     Q.   Other than that, literally no other
11 communications about this recall with Anthem?
12     A.   That's correct.
13     Q.   Did Anthem ever indicate if it was
14 going to seek reimbursement, refunds, or credits for
15 itself for the recalled Valsartan?
16     A.   No.
17     Q.   Did it ever indicate that it was going
18 to seek refunds, reimbursements, or credit on behalf
19 of MADA?
20     A.   No.
21     Q.   Now, earlier, really, near the top of
22 the deposition, there was some discussion, and I
23 really can't remember exactly what it is, but there
24 was some discussion of some sort of credit or refund
25 or rebate that MADA has received in connection with

66 (Pages 258 - 261)

HIGHLY CONFIDENTIAL

Page 262

1 Valsartan. Do you remember talking about that?
2      A.   I remember talking in general terms
3 about refunds or credits that we receive from Anthem.
4 I don't know whether any of them are related to
5 Valsartan or not.
6      Q.   So, let me just ask, has MADA received
7 any refunds, reimbursements, or credits for the
8 Valsartan it alleges -- the recalled Valsartan it
9 alleges it paid money for?
10      A.   I don't know. I don't know what the --
11 how the credits were calculated or what went into
12 them.
13      Q.   When were those credits paid? When
14 were they first paid?
15      A.   I can't remember, without going back
16 and trying to figure it out.
17      Q.   Was it -- and again, I'm not asking for
18 a specific date here. I'm just trying to get a range.
19 Was it more than five years ago or less than five
20 years ago?
21      A.   I guess if I had to give a date, I
22 don't really know, but somewhere around five years,
23 give or take, sounds about right.
24      Q.   Did the credits that you're referring
25 to, did they increase more than what they had been

Page 263

1 following -- let me back up. Strike that. If MADA
2 had been receiving credits before the recall, did the
3 amount of those credits increase after the recall
4 happened in 2018?
5      A.   Over time, the credits, rebates,
6 whatever, had increased, generally, so I can't apply
7 it to any specific event.
8      Q.   But they have increased since the
9 recall?
10      A.   Yes. In part, because we have a better
11 arrangement.
12      Q.   And MADA doesn't know whether or not
13 there's a connection between those credits increasing
14 and the recall; is that accurate?
15      A.   Yes.
16      Q.   To MADA's knowledge, did Anthem ever
17 pursue reimbursement, refunds, or credit for the
18 recalled Valsartan?
19      A.   Not to my knowledge.
20      Q.   Did Anthem's PBM ever indicate that it
21 was going to seek reimbursement, refunds, or credit
22 for itself for the recalled Valsartan?
23      A.   No.
24      Q.   Did it ever indicate it was going to
25 seek reimbursement, refunds, or credit on behalf of

Page 264

1 MADA? And again, we're talking about Anthem's PBM
2 here.
3      A.   No.
4      Q.   Did MADA ever ask Anthem to pursue
5 reimbursements, refunds, or credit on MADA's behalf
6 for the recalled Valsartan?
7      A.   No.
8      Q.   Why not?
9      A.   I guess the answer to that would be I
10 didn't approach it that way. The presumption was, on
11 my part, individually, was this activity is going to
12 deal with that.
13      Q.   You're referring to the lawsuit?
14      A.   Yes.
15      Q.   Does Anthem typically pursue -- let me
16 ask it this way: Has Anthem pursued lawsuits for
17 other drug recalls in the past?
18          MR. HANSEL: Object to the foundation.
19          THE WITNESS: I don't know.
20 BY MR. DORNER:
21      Q.   Since you have been the president of
22 MADA, has MADA pursued any lawsuits resulting out of
23 drug recalls in the past?
24      A.   No.
25      Q.   Did MADA ever ask Anthem's PBM, as

Page 265

1 opposed to Anthem, to pursue reimbursements, refunds,
2 or credit on MADA's behalf for the recall of
3 Valsartan?
4      A.   No.
5      Q.   Is that for the same reason that you
6 gave why you didn't ask Anthem?
7      A.   Yes.
8      Q.   Did MADA ever, on its own, seek
9 reimbursement, refunds, or credits for itself for the
10 recall of Valsartan that it allegedly paid for?
11      A.   No.
12      Q.   Did MADA make any claims to any
13 insurance to recover anything for the Valsartan it
14 claims to have paid for?
15      A.   No.
16      Q.   Did MADA ever review any statements
17 from any manufacturers of Valsartan-containing drugs
18 regarding the recall?
19      A.   No.
20      Q.   Did it ever review any statements from
21 any wholesalers of Valsartan regarding the recall?
22      A.   No.
23      Q.   Did it review any statements from any
24 repackagers or relabelers about the recall?
25      A.   No.

67 (Pages 262 - 265)

HIGHLY CONFIDENTIAL

Page 266

1    Q.    Before filing this lawsuit, did MADA
2 review any statements or publications from the FDA
3 regarding the recall?
4    A.    No.
5    Q.    Did MADA ever investigate, not
6 necessarily request, but just investigate whether
7 reimbursements, refunds, or credits would be available
8 to it for the recall of Valsartan that it claims to
9 have paid for?
10    A.    No.
11    Q.    Why not?
12    A.    I never thought of that, to be honest.
13    Q.    What is MADA's knowledge with respect
14 to its members' responses to the recall?  In other
15 words, what does MADA know about what its members did
16 when they found out about it?
17    A.    We don't know anything.
18    Q.    Did MADA ever attempt to determine
19 whether or not members disposed of any Valsartan they
20 had on-hand?
21    A.    No.
22    Q.    Did it attempt to determine whether any
23 members kept consuming their Valsartan after finding
24 out about the recall?
25    A.    No.

Page 267

1    Q.    Did MADA attempt to determine how much,
2 if any, Valsartan was left over in the hands of each
3 member who obtained it?
4        MR. HANSEL:  You've already covered
5    this material.
6        MR. DORNER:  Greg, are you objecting or
7    not?
8        MR. HANSEL:  You have covered this.  I
9    object, asked and answered.
10        MR. DORNER:  Thanks.
11 BY MR. DORNER:
12    Q.    Can you answer the question, please,
13 sir?
14    A.    No.
15    Q.    Did MADA attempt to determine whether
16 any of its members sought or obtained refunds for
17 purchases of Valsartan-containing drugs?
18    A.    No.
19    Q.    Did MADA incur any -- let me back up
20 here.  Other than the alleged costs to acquire, or I
21 guess reimburse for some substitute medications, did
22 MADA incur any costs as a result of the recall of
23 Valsartan?
24    A.    No.
25    Q.    Other than the amounts that MADA

Page 268

1 allegedly reimbursed for recalled Valsartan and the
2 amounts that MADA allegedly reimbursed for substitute
3 medications, is MADA claiming any other damages in
4 this litigation?
5        MR. HANSEL:  Excuse me.  Objection.
6    Asked and answered multiple times, and this
7    gets into the realm of expert testimony.
8    Also, it calls for a legal conclusion.
9 BY MR. DORNER:
10    Q.    You can respond.
11    A.    Can you -- I'm sorry, but can you
12 repeat that?
13        MR. DORNER:  Sure.  And Greg, I
14    understand your objection.  We can count it
15    forward to when I re-read this question.
16 BY MR. DORNER:
17    Q.    Other than the amounts that MADA
18 allegedly reimbursed for recalled Valsartan, and the
19 amounts that MADA allegedly reimbursed for substitute
20 blood pressure medications, is MADA claiming any other
21 damages in this litigation?
22    A.    No.
23        MR. HANSEL:  Object to the form.
24 BY MR. DORNER:
25    Q.    Does MADA have any knowledge with

Page 269

1 respect to preventative care costs that its members
2 have incurred as a result of the recall?
3    A.    Preventative, excuse me, what came
4 after that?
5    Q.    Sure, preventative care.
6    A.    Preventative care, C-A-R-E?
7    Q.    Yes, sir.
8    A.    No.
9    Q.    So, MADA is not claiming any
10 preventative care costs, then, right?
11        MR. HANSEL:  Object to the form.
12        MR. DORNER:  Greg, I can give you a
13    standing on these next four questions, if you
14    want.
15        MR. HANSEL:  No, thanks.  I'll just
16    make them.
17        MR. DORNER:  Great.
18 BY MR. DORNER:
19    Q.    Is MADA claiming any preventative care
20 costs?
21        MR. HANSEL:  Object to the form.
22        THE WITNESS:  No.
23 BY MR. DORNER:
24    Q.    Is it claiming any future medical costs
25 that it would have to reimburse for members?

68 (Pages 266 - 269)

Page 270

1        MR. HANSEL:  Object to the form.
2        THE WITNESS:  No.
3 BY MR. DORNER:
4     Q.    Is it claiming any administrative costs
5 associated with any actions taken as a result of the
6 recall?
7        MR. HANSEL:  Object to the form.
8        THE WITNESS:  No.
9 BY MR. DORNER:
10    Q.    Is it claiming any indirect or overhead
11 costs as a result of the recall?
12       MR. HANSEL:  Object to the form.
13       THE WITNESS:  No.
14       VIDEOGRAPHER:  Counsel, do you still
15    need this exhibit up?
16       MR. DORNER:  I do not.
17 BY MR. DORNER:
18    Q.    I believe you testified earlier, but my
19 notes are really bad, hard to read, that MADA is not
20 seeking injunctive relief.  Am I recalling your
21 testimony correctly?
22       MR. HANSEL:  Object to the form.  Calls
23    for a legal conclusion.
24       THE WITNESS:  You're correct.
25       MR. DORNER:  Thank you.  Can we pull up

Page 271

1 Exhibit 22, please?  And can we go to, this
2 will be, page 37 of the pdf.  There will be no
3 Bates number on this.
4       (Document marked as Exhibit TB-22 for
5    identification.)
6 BY MR. DORNER:
7     Q.    Mr. Brown, do you recognize this
8 document?
9     A.    I think that was the request for
10 certain pieces of information about our operation.
11    Q.    And I'll represent to you that as it
12 says on the document, this is the Defendants' First
13 Set of Requests for the Production of Documents to
14 Economic Loss Class Action Plaintiff Third-Party Payor
15 Class Representative.  And specifically, this is a
16 request of the defendants directed toward MADA.  Do
17 you understand what I mean?
18    A.    Yes.
19    Q.    Now, if you look at the top, in the
20 blue text, it says this was filed on 11-17, 2020.  Do
21 you see that?
22    A.    Yes, I do.
23    Q.    So, at any point on November 17, 2020,
24 or after, did MADA conduct a search for any documents
25 in its files related to this case?

Page 272

1     A.    After 11 -- I don't remember the dates
2 on when we were asked to produce it, but we went
3 through our files to try to find the information that
4 was requested.
5     Q.    Was that before or after November 17,
6 2020?
7     A.    Well, presumably after, given -- but I
8 don't remember, to be honest.
9     Q.    And I'll represent to you that in part
10 of your Plaintiff Fact Sheet there were also document
11 requests associated with that.  I'm not trying to put
12 words in your mouth, but the search that you mentioned
13 that you undertook, was that in response to the
14 Plaintiff Fact Sheet?
15    A.    I don't remember which it was in
16 response to.  We were asked to go find pieces of
17 certain information which we tried to find.
18       MR. HANSEL:  I'll just say this as a
19    request on the record.  To the extent that the
20    search and response was to something other
21    than these document requests, I'd ask that
22    they be reviewed and responded to with a full
23    production, to the extent a search hasn't been
24    undertaken.  I know we got -- well, actually,
25    let's go to Exhibit 23.

Page 273

1       (Request noted for the record.)
2       (Document marked as Exhibit TB-23 for
3    identification.)
4 BY MR. DORNER:
5     Q.    Mr. Brown, have you seen this document
6 before?
7     A.    Well, presumably, I have reviewed it,
8 because it looks like I provided some information to
9 our attorneys.
10    Q.    Okay.  What about the first page of
11 this document makes you -- clues you in as to that?
12    A.    Well, the attorneys -- to respond to a
13 request, they would have had to ask us for
14 information.
15    Q.    Okay.  I'm sorry, I didn't mean to
16 interrupt you.
17       MR. DORNER:  Can we go to page 3, then.
18 BY MR. DORNER:
19    Q.    As you can see at the top, it says
20 Request For Production Number 1?
21    A.    Yes.
22       MR. DORNER:  Can we zoom in on the
23    request and the response, please?  Super.
24 BY MR. DORNER:
25    Q.    And this is basically seeking MADA's --

69 (Pages 270 - 273)

HIGHLY CONFIDENTIAL

Page 274

1 excuse me. So, the request is seeking any documents
2 reflecting notice other than communications before
3 this litigation started that MADA gave to any
4 defendants notice of any breach of warranty,
5 amendments, modifications, et cetera. There are two.
6 The response states that MADA made a diligent search
7 for documents responsive to Defendant's Request No. 1
8 and was unable to find any documents responsive to
9 this request. Do you recall searching for documents
10 at any point regarding warranties that any defendants
11 made?
12     A.   Any warranties that the defendants
13 made? We wouldn't have been aware of any warranties,
14 if there were any.
15         MR. DORNER: Let me go to and blow up
16     request number 2, please.
17 BY MR. DORNER:
18     Q.   So, this request is, essentially, as
19 you can see here, it's calling for plan documents,
20 insurance policies, schedules of benefits, things of
21 that nature. And the response to it that I want to
22 focus in on says, "MADA states that it will commence
23 its production of documents responsive to Defendant's
24 Request No. 2 on December 17, 2020." And then it
25 says, "MADA will continue to search for any additional

Page 275

1 responsive documents in its possession, and if it
2 finds any such documents, will produce them on a
3 rolling basis." My question to you is after December
4 17, 2020, did you or anybody at MADA continue to
5 search for additional responsive documents?
6     A.   I would have continued to look in our
7 files as I went through them to see if anything came
8 up that I thought would have been applicable.
9     Q.   And that was after December 17 of 2020?
10     A.   It's a continuous thing.
11         MR. DORNER: If we look at the next
12     page, page 4, and let's blow up request 4 at
13     the top, please.
14 BY MR. DORNER:
15     Q.   I'm not having you go through the whole
16 darn thing. I'll just note in the response it, again,
17 says, "MADA will continue to search for any additional
18 responsive documents." Let me shorten this and ask
19 wherever that's written in these response, is it your
20 testimony that there's a continuous effort within your
21 office to continue to look for additional responsive
22 documents?
23     A.   Yes.
24     Q.   Now, I don't believe anything -- strike
25 that.

Page 276

1         MR. DORNER: We can take this exhibit
2     down.
3 BY MR. DORNER:
4     Q.   I think earlier on today you testified
5 that MADA had been -- well, you testified that you had
6 been deposed before, right?
7     A.   Yes.
8     Q.   Has MADA ever been a party to a lawsuit
9 other than this one before?
10     A.   Not to my knowledge.
11     Q.   Since you were the president of MADA,
12 has it been involved in any lawsuits, either as a
13 plaintiff or a defendant?
14     A.   No.
15     Q.   Does MADA understand it's filed a
16 claim, this claim, as a class action lawsuit?
17     A.   Yes.
18     Q.   Based on your testimony that MADA has
19 not been a party to a lawsuit, at least during your
20 tenure, it would also be accurate to say MADA has
21 never been a class action representative before,
22 right?
23     A.   Correct.
24     Q.   Has MADA ever been a member of a class
25 action -- of a class, in a class action before?

Page 277

1         MR. HANSEL: Objection, foundation.
2         THE WITNESS: Not to my knowledge.
3 BY MR. DORNER:
4     Q.   MADA, I understand, is proposed to be a
5 class representative in this case, right?
6     A.   Yes.
7     Q.   What does MADA understand its duties
8 are as a class representative?
9     A.   To represent the operations of other
10 people who are third-party administrators of medical
11 plans, and to work with our attorneys and try and
12 understand what's going on, and answer the questions
13 that are posed to us.
14     Q.   Are there any other duties that you
15 believe MADA is subject to as a class representative,
16 proposed class representative?
17     A.   I thought that, generally, covered it.
18     Q.   All right. Good enough. What has MADA
19 done to fulfill its duties?
20     A.   Met with our attorneys to review our
21 obligations, to try to understand the developments in
22 the case, to review some documents, obviously not all,
23 and generally, describe to the attorneys how, at
24 least, our approach to third-party administration
25 works.

70 (Pages 274 - 277)

HIGHLY CONFIDENTIAL

Page 278

1    Q.    Is MADA responsible for paying any
2  costs in this case?
3    A.    No.
4    Q.    Has MADA entered into any litigation
5  findings in this case?
6    A.    No.
7    Q.    Has any entity assigned its claims with
8  respect to Valsartan to MADA?
9    A.    No.
10    Q.    Other than, and I don't want to know
11  about any arrangements you have with your attorneys,
12  but other than any possible arrangements with them,
13  does MADA have to share any recovery with anybody in
14  this case?
15    A.    No.
16    Q.    Does MADA understand that it just
17  proposed -- let me back up.
18    MR. DORNER:  Can we pull up Exhibit 4
19  real fast?  And let's go to paragraphs 605 and
20  606.  I'll try and get you a page number.
21    Page 166 of the pdf, page 162 on the bottom.
22  BY MR. DORNER:
23    Q.    We looked at this document earlier.
24  This is the Third Amended Proposed Complaint for MADA.
25  Do you recall looking at this document, sir?

Page 279

1    A.    I remember seeing the beginnings of it,
2  yes.
3    Q.    Right.  Does MADA understand that it
4  has proposed a class of plaintiffs with two
5  subclasses?
6    A.    Yes.
7    MR. DORNER:  So, let's go ahead and
8  blow up 605 and 606, Justin.
9  BY MR. DORNER:
10    Q.    So, the class that MADA has proposed
11  is, "All individuals and entities in the United States
12  and its territories and possessions who, since at
13  least January 1, 2012 to the present, paid any amount
14  of money for a Valsartan-containing drug (intended for
15  personal or household use) that was manufactured,
16  distributed, or sold by any Defendant."  Is that
17  MADA's understanding of the class that's proposed?
18    A.    Yes.
19    Q.    The subclass I think that relates to
20  MADA is, "All TPPs in the United States and its
21  territories and possessions that, since at least
22  January 1, 2012 to the present, paid any amount of
23  money for a Valsartan-containing drug (intended for
24  personal or household use) that was manufactured,
25  distributed, or sold by any Active Pharmaceutical

Page 280

1  Ingredient, Finished Dose, Wholesaler, Or
2  Repackager/Relabeler Defendant.  Is that accurate?
3    A.    Yes.
4    Q.    Within these definitions that MADA has
5  proposed, does MADA intend to include governmental
6  entities that may be third-party payors in its class?
7    MR. HANSEL:  Object to the form.
8  You're not showing him the whole document.
9  BY MR. DORNER:
10    Q.    You can answer.
11    MR. HANSEL:  I would request the
12  witness be given an opportunity to read the
13  paragraphs that follow, unless you're trying
14  to prevent him from seeing a document that in
15  a normal in-person deposition he would be free
16  to flip through at his leisure.  Object to the
17  form.
18    MR. DORNER:  That's fine.  Let's go off
19  the record.  He can review whatever paragraphs
20  he wants.
21    VIDEOGRAPHER:  The time is 4:23.  This
22  is the end of Media Unit Number 6.  We are
23  going off the record.
24    (Discussion held off the record.)
25    VIDEOGRAPHER:  The time is now 4:26.

Page 281

1  This begins Media Unit Number 7.  We're back
2  on the record.
3  BY MR. DORNER:
4    Q.    Mr. Brown, have you had an adequate
5  opportunity to familiarize yourself with the class
6  allegations in Exhibit 4?
7    A.    I reviewed the subsequent paragraphs,
8  or couple pages, yes.
9    Q.    Does MADA intend to include
10  governmental entities in its class?
11    MR. HANSEL:  Objection, calls for a
12  legal conclusion.
13    THE WITNESS:  The paragraphs would seem
14  to apply to any individuals in various states
15  in whatever arrangement they were in.
16  BY MR. DORNER:
17    Q.    Let me ask you this -- sorry, I didn't
18  mean to interrupt.
19    A.    I'm done.
20    Q.    So, let me ask you a question.  Let's
21  say somebody on Medicare, like we were talking
22  about earlier, maybe that person contributes some to
23  their prescription cost for Valsartan, and Medicare
24  contributes some for that cost of Valsartan.  Would
25  Medicare be included within the class of third-party

71 (Pages 278 - 281)

HIGHLY CONFIDENTIAL

Page 282

1 payors under -- let me back up. Is MADA intending to
2 include Medicare in its proposed class definition?
3          MR. HANSEL: Object to the form. Calls
4     for a legal conclusion.
5 BY MR. DORNER:
6     Q.    You can answer.
7     A.    With respect to Medicare, I would say
8 Medicare is probably big enough to take care of
9 themselves.
10    Q.    And I don't disagree with you there,
11 but in terms of whether or not they are included in
12 that proposed class definition, that's what I'm
13 looking for, is MADA proposing to include a
14 governmental entity like Medicare or a State Medicaid
15 plan?
16         MR. HANSEL: Object to form. Calls for
17    a legal conclusion.
18         THE WITNESS: The only answer I can
19    give you is that's something that I'd have to
20    refer to our attorneys.
21 BY MR. DORNER:
22    Q.    And I understand that that's an answer
23 you want to give. I can't depose Mr. Hansel. I can't
24 depose any of them. I can only depose you, and you're
25 the designated representative of MADA. So, can you

Page 283

1 answer my question whether MADA intends to include a
2 governmental entity like Medicare in its TPP class?
3          MR. HANSEL: Objection. He has
4     answered the question.
5          MR. DORNER: He has not answered the
6     question, Greg.
7          MR. HANSEL: Don't interrupt me. It
8     calls for a legal conclusion, and he has
9     stated he would need to ask his attorneys.
10    Just because you don't like the answer doesn't
11    mean you can get the answer you want. So, I
12    object to the question, the form of the
13    question.
14 BY MR. DORNER:
15    Q.    Could you answer it, Mr. Brown?
16    A.    I guess I would say that governmental
17 entities, to the extent they included local
18 municipalities, the answer would be yes.
19    Q.    Does MADA have an understanding -- not
20 MADA. Do you, personally, have an understanding of
21 what a fully-insured group health plan is?
22    A.    Yes.
23    Q.    Does MADA intend to include a fully --
24 back up. Does MADA intend to include
25 employer-sponsored group health plans that are fully

Page 284

1 insured in its proposed class?
2          MR. HANSEL: Object to the form. Calls
3     for a legal conclusion.
4          THE WITNESS: That's not the way I
5     understand fully-insured plans.
6 BY MR. DORNER:
7     Q.    So, the answer is no, you do not intend
8 to include those in the class?
9          MR. HANSEL: Object to the form.
10         THE WITNESS: No. They would be, since
11    they're fully insured, they would be an
12    insurer in the picture.
13 BY MR. DORNER:
14    Q.    Okay. And I guess I'm just trying to
15 figure out, we looked at the class definitions. Let's
16 say MADA was a fully-insured plan, okay, rather than a
17 self-funded plan --
18    A.    Yes.
19    Q.    -- would MADA be within the class of
20 TPPs that is proposed in this case?
21    A.    The Trust would not be.
22         MR. HANSEL: Object to the form. I
23    would note that Defense Counsel has not shown
24    the witness the definition of TPPs that is
25    incorporated in the complaint and is also in

Page 285

1     the class definition. And if you're going to
2     continue this line of questioning about legal
3     conclusions, I would suggest that the witness
4     be given an opportunity to look at the way
5     TPPs is defined in the complaint.
6 BY MR. DORNER:
7     Q.    Mr. Brown, are you familiar with an
8 entity known as MSP Recovery?
9     A.    No.
10    Q.    Is it accurate to say that no one at
11 MADA has ever knowingly communicated with anybody at
12 MSP Recovery?
13    A.    Yes.
14         MR. DORNER: I'll pass the witness.
15         MR. HANSEL: Do any other defendants
16    have any questions for the witness?
17         MR. DORNER: Let's give it 30 seconds
18    here, because I know some people need some
19    time to gather their thoughts. It can be an
20    abrupt end, especially with me.
21         (Pause.)
22         MR. DORNER: No other questions from
23    the defense?
24         MR. HANSEL: Okay.
25 BY MR. HANSEL:

72 (Pages 282 - 285)

HIGHLY CONFIDENTIAL

Page 286

1    Q.   Mr. Brown, as you know, I'm Greg
2  Hansel, your counsel from Preti Flaherty, and I'm one
3  of the attorneys for the plaintiffs. I have a few
4  questions for you.
5         MR. HANSEL: I'd like to ask Justin to
6     please put up Exhibit 4. Thank you.
7  BY MR. HANSEL:
8    Q.   Mr. Brown, do you remember seeing this
9  exhibit today earlier in your deposition?
10   A.   Yes.
11   Q.   Did you testify earlier that you didn't
12 know the names of all the defendants, but you believed
13 they were included in the complaint?
14   A.   Yes.
15        MR. DORNER: Objection to
16    mischaracterization.
17 BY MR. HANSEL:
18   Q.   Is it true, Mr. Brown, that you don't
19 know the names of all of the defendants, but you
20 understand that they are included in the complaint?
21        MR. DORNER: Objection, leading.
22        MR. HANSEL: This is cross examination.
23        MR. DORNER: This is direct
24    examination. It's leading.
25 BY MR. HANSEL:

Page 287

1    Q.   Mr. Brown, is that correct?
2         MR. DORNER: Objection, vague, leading.
3         THE WITNESS: Yes.
4         MR. HANSEL: If Justin could please
5     turn to the second page of the complaint.
6  BY MR. HANSEL:
7    Q.   Mr. Brown, in this Proposed Third
8  Amended Economic Loss Class Action Complaint, as you
9  can see, there is a list of families of defendants on
10 the second page in the table of contents, and I would
11 ask you to take a moment to review that, and let me
12 know after you've had a chance to look it over.
13   A.   Okay.
14   Q.   Does that page refresh your
15 recollection that Teva is one of the families of
16 defendants in the case?
17   A.   Yes, they are listed.
18   Q.   And does this refresh your recollection
19 that there's a category of defendants called the
20 Wholesaler Defendants?
21   A.   Yes.
22   Q.   Does this refresh your recollection
23 that there's a category of defendants called
24 Repackager and Relabeler Defendants?
25        MR. DORNER: Objection, leading.

Page 288

1  BY MR. HANSEL:
2    Q.   You may answer.
3    A.   Yes, Repackager and Relabeler are
4  listed.
5         MR. HANSEL: If Justin could please
6     turn to page 166 of the document -- of the
7     pdf. I'm sorry, please go to the end of the
8     document, and go up one page, and another
9     page.
10 BY MR. HANSEL:
11   Q.   Mr. Brown, do you see the section
12 entitled Prayer For Relief?
13   A.   Yes.
14   Q.   I direct your attention to paragraph D.
15 Do you see that?
16   A.   I do.
17   Q.   Does that refresh your recollection
18 that Plaintiffs are seeking injunctive relief?
19   A.   Yes, that's what --
20        MR. DORNER: Objection, leading.
21        THE WITNESS: That is what it says.
22 BY MR. HANSEL:
23   Q.   Thank you. Mr. Brown, I'd like to talk
24 about your understanding of which Valsartan is the
25 subject of this lawsuit. Do you remember when Mr.

Page 289

1  Dorner asked you a number of questions about recalled
2  Valsartan?
3    A.   Yes.
4         MR. HANSEL: I would ask Justin to
5     please go back up to page 166 in the document.
6     And if you could blow up the second part of
7     paragraph 606.
8  BY MR. HANSEL:
9    Q.   Please take a moment to review that,
10 Mr. Brown.
11   A.   (Witness complies.) Okay.
12   Q.   You testified earlier that that
13 subclass definition of a proposed TPP subclass matched
14 with your understanding; is that correct?
15        MR. DORNER: Objection, leading.
16        THE WITNESS: Yes.
17 BY MR. HANSEL:
18   Q.   Does that definition match with your
19 understanding?
20   A.   Yes.
21   Q.   Do you have an understanding that even
22 before the FDA issued a recall of Valsartan, that for
23 some period before that Valsartan had been
24 contaminated?
25        MR. DORNER: Objection, leading.

73 (Pages 286 - 289)

Page 290

1    THE WITNESS:  Yes.
2  BY MR. HANSEL:
3    Q.   If Valsartan was contaminated with a
4  carcinogen, should it have been sold to consumers and
5  billed to third-party payors, such as MADA?
6    MR. DORNER:  Objection, form.
7  Objection, foundation.  Objection, expert
8  testimony.  Objection, argumentative.  You can
9  answer.
10    THE WITNESS:  I'm certain that people,
11  had they known that there was a potential
12  cancer-causing agent in there, they wouldn't
13  want it, so therefore, people wouldn't have
14  wanted to pay for it.
15  BY MR. HANSEL:
16    Q.   Does that include third-party payors,
17  such as MADA, if they had known?
18    A.   Yes.
19    Q.   Is that true even if that Valsartan
20  preceded the temporal scope of the FDA recall, if it
21  were contaminated?
22    MR. DORNER:  Objection, vague.  You can
23  answer.
24    THE WITNESS:  Yes.
25  BY MR. HANSEL:

Page 291

1    Q.   Would you say that you have an educated
2  layperson's businessperson's understanding of the
3  legal claims being asserted on behalf of MADA and the
4  proposed class?
5    A.   Certainly a layperson businessperson's
6  perspective, yes.
7    Q.   You're very humble.  So, when you
8  testified earlier about the scope of the damages that
9  the plaintiffs are seeking in the case, are you
10  relying on your lawyers for the technical parts of
11  that?
12    MR. DORNER:  Objection, leading.
13    THE WITNESS:  Yes.
14  BY MR. HANSEL:
15    Q.   Just because you identified certain
16  prescriptions in the complaint that MADA paid for for
17  Valsartan subject to the recall, that doesn't mean
18  that MADA is limiting the damages it is seeking in
19  this lawsuit to those examples, does it?
20    MR. DORNER:  Objection,
21  mischaracterizes.  Objection, leading.  You
22  can answer.
23    THE WITNESS:  It does not limit, no.
24  BY MR. HANSEL:
25    Q.   If drugs were contaminated even before

Page 292

1  the recall, would you agree they're worthless?
2    MR. DORNER:  Objection, leading.
3    THE WITNESS:  If they were recalled,
4  presumably, they were not effective and should
5  not have been taken by the individuals.
6  BY MR. HANSEL:
7    Q.   Even Valsartan that was before the time
8  of the recall, if it were contaminated with a
9  carcinogen, would you characterize it as worthless?
10    MR. DORNER:  Objection, leading.
11    THE WITNESS:  Yes.
12    MR. HANSEL:  Thank you, Mr. Brown.  I
13  have no further questions.
14    MR. DORNER:  I have questions.
15  BY MR. DORNER:
16    Q.   Mr. Brown, if MADA hadn't reimbursed
17  for Valsartan, say had it known of any alleged
18  contamination or impurities, it would have had to have
19  purchased other blood pressure medications on behalf
20  of its members who needed blood pressure medications,
21  right?
22    A.   Yes.
23    Q.   Can you describe for me the injunctive
24  relief that MADA wants in this case?
25    MR. HANSEL:  Objection, calls for a

Page 293

1  legal conclusion.
2    THE WITNESS:  From my perspective, what
3  injunctive means is to stop doing the process
4  that caused the contamination.
5  BY MR. DORNER:
6    Q.   Okay.  Is that the relief that MADA is
7  requesting in this case?
8    MR. HANSEL:  Objection.  Calls for a
9  legal conclusion.
10    THE WITNESS:  It's the relief that the
11  Trust, that I understand, from the Trust's
12  perspective, yes.
13  BY MR. DORNER:
14    Q.   If all of the defendants against whom
15  you seek injunctive relief have already taken steps
16  to, I believe as you put it, stop doing what they were
17  doing, essentially, would MADA want any more
18  injunctive relief beyond that?
19    MR. HANSEL:  It calls for a legal
20  conclusion.  Objection.
21  BY MR. DORNER:
22    Q.   You can answer.
23    A.   From my perspective, as long as it
24  continued to not create potential problems, that would
25  be the injunctive relief.

74 (Pages 290 - 293)

HIGHLY CONFIDENTIAL

Page 294

1    Q.    Opposing Counsel asked you about the
2  amount -- about the years of the Valsartan, when it
3  was produced, that's at issue, and I believe we walked
4  through an exhibit earlier, Exhibit 10, that had some
5  dates on there.  MADA has not produced any
6  documentation showing that it reimbursed any allegedly
7  impure Valsartan from before, I think it was, April 4,
8  2015, has it?
9           MR. HANSEL:  Object to the form.
10          THE WITNESS:  Not that I am aware.  I
11  don't know.  Anthem produced all that
12  information.
13  BY MR. DORNER:
14   Q.    MADA doesn't know, itself, the date
15  ranges of any Valsartan that was allegedly
16  contaminated, does it?
17   A.    No.
18   Q.    To the extent MADA seeks to expand the
19  scope of Valsartan-containing drugs at issue, is it
20  going to produce documentation in order to
21  substantiate that?
22          MR. HANSEL:  Objection.  Object to the
23  form.
24  BY MR. DORNER:
25   Q.    You can answer.

Page 295

1    A.    To the extent that Anthem has stated on
2  claims, it would have to come from them.
3    Q.    And that's because MADA really doesn't
4  have anything on its own, does it?
5           MR. HANSEL:  Objection.  I object to
6  the question.  It's sarcastic --
7           MR. DORNER:  It isn't sarcastic.
8           MR. HANSEL:  -- and overbroad, and
9  should be stricken.
10  BY MR. DORNER:
11   Q.    MADA doesn't have any information with
12  respect to claims for Valsartan that its members made
13  other than billings, does it?
14          MR. HANSEL:  Object to the form.
15          THE WITNESS:  The information on what
16  specific medications individuals covered in
17  the plans obtained is in Anthem's file, or
18  whomever they were using for partnership of
19  medications.
20  BY MR. DORNER:
21   Q.    Right.  It's not in MADA's files,
22  right?
23   A.    Correct.
24          MR. HANSEL:  Object to the form.
25          MR. DORNER:  I don't have anything

Page 296

1  further.
2           MR. HANSEL:  I have nothing further.
3  Thanks very much for your patience, Mr. Brown.
4           MR. DORNER:  Yeah, I appreciate your
5  time, as well, sir.
6           THE WITNESS:  Thank you.
7           MR. DORNER:  I wish you a happy
8  Memorial Day.  Well, I take that back.  I
9  realize Happy Memorial Day is not the right
10  thing to say.  I wish you an enjoyable
11  Memorial Day weekend.
12          THE WITNESS:  Thank you.  Same to you,
13  sir.
14          MR. DORNER:  Thank you.
15          VIDEOGRAPHER:  The time is now 4:49.
16  We are going off the record.
17          MR. DORNER:  I think we got through all
18  but one exhibit.  Can we just make a note on
19  the record that we skipped over number 13?  It
20  would just be easier to keep the numbers true
21  to how they were uploaded.
22          (Videotaped videoconference deposition
23  concluded at 4:50 p.m.)
24                    - - -
25

Page 297

1
2
3            C E R T I F I C A T I O N
4
5     I hereby certify that the proceedings and
6  evidence noted are contained fully and accurately in
7  the stenographic notes taken by me in the foregoing
8  matter, and that this is a correct transcript of the
9  same.
10
11
12
13
14          *Nancy Carides*
15          NANCY CARIDES, RMR, CRR, CCR-NJ
            Notary Public
16
17
18
19    (The foregoing certification of this transcript
20  does not apply to any reproduction of the same by any
21  means unless under the direct control and/or
22  supervision of the certifying reporter.)
23
24
25

Veritext Legal Solutions
800-227-8440                                        973-410-4040

HIGHLY CONFIDENTIAL

**[& - 20006]**                                                      Page 1

| & |
|---|
| **&**  2:9,20 3:20 4:8<br>4:19 5:2,8,14 |

| 0 |
|---|
| **0**  164:22<br>**000456**  77:1<br>**02109**  4:20<br>**04101**  2:4 |

| 1 |
|---|
| **1**  7:3,11,17 8:7<br>10:18 11:3 20:1<br>21:3,8 27:1,6<br>44:18 48:18 49:4<br>49:8,14 55:24<br>58:3 77:8 95:25<br>96:9 98:11 119:19<br>120:22 121:3,10<br>121:12 123:8,17<br>123:20 124:8,15<br>138:16,19 142:11<br>142:21 151:8<br>154:19,22 157:9<br>158:11 161:13<br>169:19,25 175:25<br>176:24 181:10<br>191:8 192:20<br>196:15,23 197:9<br>199:6,7,14,23<br>217:17 220:16<br>221:5,9,20 222:3,5<br>224:18 225:20<br>226:5,21 228:9,13<br>229:20,22,24<br>230:21 231:20<br>237:19 240:16<br>241:15,19,21<br>242:7 244:16<br>247:2 248:23<br>249:5,13 273:20<br>274:7 279:13,22 |

**1,200**  221:24 245:1
**1-1**  229:1
**1-1-19**  237:1,10
**1.93.**  139:17
**1/1/08**  119:21
**10**  8:3 10:14
171:17,19,20
200:16 216:11,12
250:16 294:4
**10.78**  166:3 167:22
182:12
**100**  2:13 49:24
113:19 138:4
158:9,10 242:24
**1000**  2:16 3:3
**11**  6:4 8:4 10:14
131:21 190:9,10
190:23 192:15
196:8 199:12
200:15 201:13
207:22 272:1
**11-17**  271:20
**116**  32:15 33:4
**118**  7:12
**11:12**  111:4,7
**11:24**  113:2
**11:28**  113:5
**12**  8:8 10:14
205:16,17 220:22
228:21
**128**  119:14 121:5
124:12
**129**  124:25
**12:39**  160:17,20
**13**  10:11,19 296:19
**13.61**  166:3
**131**  10:18
**133**  10:19
**136**  10:20 129:18
**137**  131:18

**139**  133:14
**14**  8:9 219:9,11
**142**  183:17
**144**  137:1
**145**  10:21 205:1,3
207:23
**148**  118:17
**15**  8:13 57:20
160:6 174:14
231:10,12
**15219**  5:16
**155**  120:14
**157**  137:21
**158**  146:1 183:2
**16**  8:17 235:23,25
247:5
**16.79**  138:11,24
139:10 140:13
**162**  278:21
**165**  7:20
**166**  7:23 278:21
288:6 289:5
**16th**  58:22
**17**  8:21 111:2
232:5 233:2 240:7
240:9 247:5
271:23 272:5
274:24 275:4,9
**17.98**  183:21 184:3
**17.98.**  183:19
**1700**  5:3
**171**  8:3
**173**  70:12,19
**174**  74:8
**176**  182:11
**18**  9:3 10:15,18
142:11 244:2,5
**1875**  3:8
**189**  174:21
**19**  9:8 10:15
142:12 237:8

245:22,23
**19.35**  158:11
**190**  4:14 8:4
**19087**  3:21
**19106-3697**  2:10
**1944**  47:21
**1950**  47:25
**1974**  48:11,12
**1:10**  209:3
**1a**  229:23,23 230:6
241:22 242:7
**1b**  229:22,24
230:6 242:7
**1s**  230:2
**1st**  78:4,13 79:19
79:21 154:1 196:8
219:20 236:7
237:8

| 2 |
|---|
| **2**  7:5 10:19,23<br>41:19,22 42:16<br>46:25 55:24 58:8<br>77:8 93:22 95:18<br>96:1,9 111:5<br>123:8,17,20 124:8<br>133:15 151:1<br>157:10 176:25<br>200:20 241:16,19<br>241:22 274:16,24<br>**2,500**  238:5 247:9<br>**2-28-18**  244:18<br>**2.98**  139:17<br>**2/28/2010**  119:21<br>**20**  9:13 10:15<br>164:23 220:16<br>221:9,14 246:13<br>246:15,24 248:13<br>**200**  4:9<br>**20004-2166**  3:4<br>**20006**  5:4 |

HIGHLY CONFIDENTIAL

**[2000s - 3.a]**                                                                 Page 2

**2000s**  228:4
**2008**  119:19 120:5
**2010**  119:10,22
    121:9,12
**2012**  7:17 27:1
    28:11 55:20 82:2
    83:3 87:25 88:17
    92:2,6,25 93:13,20
    96:21 98:1,2
    102:22 103:7
    104:8 108:3
    114:16 116:5,20
    122:6 126:23,25
    133:22 134:3
    135:10 137:10,13
    152:6 161:14
    169:16,19,25
    170:7,8,20 171:12
    172:22 173:4
    205:13 217:14
    218:9 231:4
    249:25 253:3
    279:13,22
**2013**  171:1 172:22
    217:9 231:22
    232:4 233:1,23
    235:8,12 237:10
    248:23
**2014**  171:1 172:22
    173:4
**2015**  7:11 78:4,13
    79:21 98:11
    103:12 115:20
    129:15 173:6,12
    173:13,21 174:7
    175:15 294:8
**2016**  237:25
**2017**  86:18 120:22
    121:3,6,10,13,19
    138:19,23 143:20
    206:5 207:11

217:9 218:23
219:20 220:15
222:23 226:6
229:1,5,6,17 231:4
231:20 233:1,23
235:8,12 236:10
237:24 238:2,23
244:16
**2018**  8:7 67:14
    78:9,23 79:1,14,19
    79:22 138:20,24
    142:21 143:20,21
    144:25 151:8,24
    154:1,23 158:25
    159:17 175:2,10
    175:15 191:8
    192:20 195:6,10
    196:8,15,24 197:9
    217:17 236:7
    237:4,12 238:7,10
    238:23 239:4
    240:17 243:17
    247:2,5 252:13
    253:5 257:20
    263:4
**2019**  49:4,8,14
    50:2,3 93:13,20
    96:22 114:17
    115:20 116:6
    126:23,25 129:15
    133:22 134:3
    142:21 143:21
    145:1 151:8,24
    152:6 159:17
    238:7 243:13
**202-452-6057**  5:4
**202-776-5291**  3:4
**2020**  67:15 159:17
    217:23 218:9
    238:7,11 239:4
    243:13,18 248:23

249:25 271:20,23
272:6 274:24
275:4,9
**2021**  1:19 11:2
    21:16,18 154:23
**2029**  5:9
**205**  8:8
**207-791-3000**  2:5
**208**  10:22
**21**  7:3 9:18 10:15
    89:3 247:23,25
**214-855-8000**  4:4
**215-592-1500**  2:11
**215-977-4100**  3:22
**217**  59:10
**218**  199:7
**219**  8:9 166:12,16
    199:2,7
**22**  10:3,22 271:1,4
**2200**  4:3
**23**  10:6 272:25
    273:2
**231**  8:13
**235**  8:17
**24**  28:7
**240**  8:21
**244**  9:3
**245**  9:8
**246**  9:13
**247**  9:18
**250**  237:25,25
**2525**  2:15
**25629**  297:14
**26**  7:14 88:13,15
**26th**  88:4
**271**  10:3
**273**  10:6,23
**275**  142:14
**276**  142:2,20,25
**278**  150:25

**27th**  4:20
**28**  1:19 21:16
    121:12 138:20
    142:21 151:8
    154:23
**285**  6:5
**286**  152:11
**289**  154:5
**28th**  11:2 142:11
**29**  29:13
**290**  159:7
**292**  6:4 160:2
**297**  145:9
**2:01**  192:5
**2:03**  192:10
**2:35**  215:5,7
**2:41**  215:3
**2:46**  216:25
**2:50**  217:3

**3**

**3**  7:6 10:14,20
    43:13,14 44:21
    46:23 77:8 88:12
    88:14 96:1,9
    111:10 120:18
    122:22 123:7
    125:11 136:17
    142:25 143:21
    146:15 157:7,10
    157:13 160:18
    181:9 200:18
    250:13 251:19
    273:17
**3,600**  232:25
**3-1-17**  8:12,16 9:6
    9:11 244:18
**3-1-18**  8:20,25
    9:16,21
**3.61**  166:3 167:22
**3.a**  145:19

**30** 86:6 158:9
164:23 221:4
285:17
**300** 3:8 5:3,9
199:25 200:15
**301** 5:15
**305-445-2559** 2:17
**31** 79:21
**31,000** 159:23
**31,001** 159:14,18
**310-284-6057** 5:10
**3100** 3:15
**312-456-8400** 3:16
**314-480-1848** 4:15
**31st** 237:4
**320** 173:23
**33134** 2:16
**33431-8561** 3:9
**35** 139:16 140:10
143:3,10
**354** 220:9 223:19
**3600** 4:3
**365** 147:5
**37** 271:2
**38** 139:18
**38th** 5:15
**39** 139:18
**3:04** 227:16
**3:08** 227:19
**3:39** 251:6
**3:43** 251:17
**3rd** 21:17

---

**4**

**4** 7:7 10:21 48:16
59:4,6 77:8 80:9
88:14 96:1 122:24
123:8 142:15
143:22 151:6,10
157:15 160:23
173:21 174:7,14
175:15 192:6

200:19 275:12,12
278:18 281:6
286:6 294:7
**4,000** 241:2 247:14
**4,200** 238:6 247:12
**4.a** 146:10
**40** 139:19,25
164:23 221:9,12
221:16
**401** 1:23
**41** 7:5
**412-263-4362** 5:16
**43** 7:6
**45** 1:23 42:19
**450** 4:9
**458** 80:10
**46** 42:19
**468** 82:19 90:23
**470** 86:1
**471** 87:19
**48** 22:15,19
**483** 92:10
**485** 93:4
**497** 95:1
**498** 99:16
**499** 102:12
**4:23** 280:21
**4:26** 280:25
**4:49** 296:15
**4:50** 296:23
**4th** 173:13 236:25
237:1

---

**5**

**5** 7:10 10:22 50:7
54:17,18 68:6
76:14,16 77:8
88:14 122:24
123:8 128:14
130:4 145:14
192:11 225:1
251:7,20

**5,000** 33:24 88:22
**5,500** 33:25 88:23
**50** 145:20
**500** 2:10
**504-524-5777** 2:22
**505** 3:3
**506** 104:11
**507** 107:15
**51.79** 140:14
**510** 2:10
**516** 110:17 111:14
199:24
**517** 114:6 199:20
199:23
**521** 116:8
**53** 4:20 62:18
**541** 228:23
**550** 3:21
**5500s** 84:20
**56** 140:1
**561-962-2107** 3:9
**562** 206:7
**564** 230:11
**566** 206:15
**57** 140:1
**59** 7:7

---

**6**

**6** 7:12 10:14,23
21:24 55:23 118:3
118:6 142:7 252:4
280:22
**6,450** 233:11
**6,650** 241:2 247:17
**60** 183:4,4,9,9,10
**600** 4:14
**605** 278:19 279:8
**606** 278:20 279:8
289:7
**60601** 3:16
**610-567-0700** 4:10

**616** 241:9
**616.57.** 166:8
167:24
**617-213-7000** 4:21
**63105** 4:15
**65** 105:17,21 107:2

---

**7**

**7** 7:14,21,23 10:14
25:24 26:2 27:11
27:19 161:2,4
163:4 165:14,21
168:2,5,16 198:21
198:24 281:1
**70** 173:14
**701** 2:21
**70130** 2:21
**71** 62:17
**72** 66:16,17,19
70:15
**75201** 4:4
**76** 7:10
**77** 3:15
**78** 70:13,14

---

**8**

**8** 7:20,24 10:14
23:18,19 27:7
165:13,15,16
167:6,15 168:2,5
169:4 171:18
216:11
**80** 175:3
**81.5** 157:9
**81.50** 158:10
**81.75** 157:10
**82** 157:10
**85** 32:19 33:13
86:10 157:16,17
**891.27** 208:6
**8:34** 1:19 11:2

HIGHLY CONFIDENTIAL

[8:37 - ago]

**8:37**  13:21
**8:41**  13:24
**8:49**  20:25
**8:50**  21:5

**9**

**9**  7:23 10:14,20,21
  129:19 166:20,21
  167:2 168:1,14
  171:18 172:6
  175:2,10,15
  215:16 216:11,12
**90**  104:5 198:12
  221:6,11,12,15,17
**90067**  5:10
**9:46**  57:18
**9:47**  58:2,5
**9th**  3:3

**a**

**a.m.**  1:19 58:5,6
  111:7,8
**aa**  179:16,24
**aba**  119:21
**abbreviate**  42:22
**abbreviation**
  125:13
**abide**  137:19
**ability**  18:9 137:19
**able**  20:16 23:22
  37:3 66:18 137:8
  158:24 168:3
  173:17 175:23
  176:4 184:14
  202:16 208:14
  218:15 219:5
**abrupt**  285:20
**absolutely**  43:24
  105:5 210:12
  212:7
**accept**  139:4

**accepted**  29:17
  134:12
**accepting**  98:11
**access**  92:12 98:2
  98:3 101:25 102:2
  115:9 133:2
  215:18,19
**accessible**  216:14
**accompanying**
  143:13
**account**  54:8 64:4
  64:5 131:25 132:2
  148:3,15 149:5
  186:15 187:14
**accumulate**
  146:24
**accurate**  34:23
  50:15 56:6,8 60:6
  62:14 82:13
  117:25 136:3
  140:23 143:23
  148:5 149:9
  155:14 156:7
  203:12 208:6
  217:11 219:23
  220:4,23 235:4
  242:9 244:19
  252:25 263:14
  276:20 280:2
  285:10
**accurately**  203:21
  240:4 297:6
**ach**  148:1
**achieve**  158:24
**acquire**  267:20
**acquires**  101:2
**acting**  132:23
**action**  7:8 59:14
  59:15 109:4 129:5
  129:7 271:14
  276:16,21,25,25

**287**:8
**actions**  195:14
  258:5,6 259:20
  270:5
**active**  279:25
**activities**  36:8
**activity**  264:11
**actual**  49:16 54:25
  90:14
**ad**  180:11
**add**  14:19 83:14
  83:15 140:13
  162:8 183:12
**added**  157:18
**addition**  87:13
**additional**  7:24
  52:18 114:2 127:7
  127:9 132:5 168:3
  274:25 275:5,17
  275:21
**address**  14:2
  195:7 213:8
  249:16
**addressed**  211:15
**adequate**  192:14
  281:4
**adherence**  74:20
**adjusted**  159:14
  159:18,23
**administered**
  107:23 108:20
  152:4 182:6
**administers**  96:16
**administration**
  36:3 90:25 91:3
  122:6 127:15
  143:4 186:13
  277:24
**administrative**
  7:12 77:21 87:12
  120:19,21,23

**121**:4 122:22,23
  128:13 130:5,8
  134:7,15 137:24
  139:12 142:15
  144:2,12 145:14
  148:25 151:6
  152:14 270:4
**administrator**
  35:20,21 81:20,23
  82:2,7,14 89:13,22
  90:19 91:5,15
  92:3,8 95:25
  96:25 98:8 100:22
  101:14 114:13
**administrators**
  89:13 90:20,24
  277:10
**admit**  196:3
**adopt**  133:19
**adopted**  134:5
**advantage**  107:6
  107:10,10,11
**advertising**  74:4
**advice**  254:16,21
  255:12,22
**advise**  260:1,5
**advised**  195:18,23
  196:5
**affect**  18:9 102:8
**ag**  167:10 184:10
**age**  88:13,15 91:9
  105:17,21 107:2
**agencies**  76:1
**agency**  51:16
**agent**  290:12
**agents**  56:2
**ago**  12:18,20 31:23
  31:24 42:11 109:3
  109:4 125:20
  128:23 228:2
  262:19,20

HIGHLY CONFIDENTIAL

[agree - answer]                                                                    Page 5

**agree** 14:13 15:9
17:13,16,19 18:2
18:21 37:22 50:1
74:16 125:7
138:20,25 168:4
168:13 169:14
170:14 171:5
174:3 175:8
186:25 187:21
188:2 197:16,19
199:9 200:2
205:11 207:10,14
212:19 213:3
215:24 220:24
229:4,16,19
260:21 292:1
**agreed** 101:14
130:21 132:5
**agreement** 7:13
52:24 118:14
120:2,4,6,7,9,11
120:19,22,24
121:4,11,16,18,22
122:3,12,22,23
123:14 125:7
127:8,10 129:25
130:5,6,6,8,12,14
130:16 131:3,7,11
131:15,23 134:7
134:15,17 137:9
137:19,24 142:15
143:18 145:15
151:7 152:14
158:9
**agreements**
101:25 122:5
124:9
**agrees** 132:4 139:4
139:6
**ahead** 14:6 18:18
21:7 27:5 33:2

43:12 44:4,6
52:14 104:10
117:15 143:15
160:15 161:1
172:20 214:23
215:1 245:21
279:7
**aid** 74:20 155:25
156:25 230:3
241:17
**albero** 3:20
**albertsons** 5:6
**alfano** 5:14
**allegation** 63:21
70:3
**allegations** 60:25
61:15 62:4 65:22
70:1 281:6
**alleged** 79:3
161:15 162:4
171:7,11 194:5
267:20 292:17
**allegedly** 28:8
53:14 164:1 175:3
265:10 268:1,2,18
268:19 294:6,15
**alleges** 53:10
262:8,9
**alleging** 36:24
41:4
**allow** 61:4 89:24
192:1 232:3 251:5
**allowable** 115:6
125:21
**allowed** 86:25
106:5 112:6,8
113:9 114:11,25
115:7
**alluded** 132:17
**alpha** 167:10

**alphabetical**
206:24 207:2
**alphanumeric**
76:25
**alternative** 11:23
**amended** 7:3,7
21:19 59:13 61:3
278:24 287:8
**amendment** 37:6
120:18,21,23
122:22 130:4
134:14 142:15
143:21,22 145:14
146:15 151:6
**amendments**
122:24 123:7,8,17
123:20 124:8
127:18 134:17
274:5
**amlodipine** 230:16
230:19 234:16,17
249:3
**amount** 112:6,8,9
112:11,12 113:9
114:11,12,25
115:7 125:5 128:8
129:1 135:18
136:17 139:13
146:23 148:2
162:10 166:1,2
204:13,20 208:5
237:6 238:8
239:21 243:21
263:3 279:13,22
294:2
**amounts** 36:15
52:9 67:4 135:22
144:18 153:11
154:25 155:13
172:2 184:15
267:25 268:2,17

268:19
**amt** 203:8
**analysis** 85:10
**andras** 3:15 13:17
13:18 251:14
**andrast** 3:17
**andrew** 3:20
**andrew.albero**
3:22
**angeles** 5:10
**angle** 111:23
**annual** 52:24
84:20 90:11 91:22
136:14
**annualized** 159:14
159:18,23
**annually** 52:23
**anonymized** 201:3
**answer** 13:9,14
15:6,7,16 16:6,7
22:18 25:2,13,18
27:25 28:17 29:8
33:18 35:6 39:6
39:11 40:4,11
41:1,9,14,14 43:20
46:24 47:8,12,15
48:6,18 49:1,5,19
50:12 54:23 59:18
60:13,17 61:12
62:7 63:5,24 66:3
68:15 75:23 78:20
94:8 101:21 105:1
109:18 110:14
115:16 117:12
141:12,25 162:22
168:25 170:12
174:12 175:21
182:9 184:24
187:8 196:10
197:3 226:14
227:24 250:11

[answer - appreciated]                                              Page 6

253:16 254:7,12
254:17,21,25
255:13 258:25
261:1 264:9
267:12 277:12
280:10 282:6,18
282:22 283:1,10
283:11,15,18
284:7 288:2 290:9
290:23 291:22
293:22 294:25
**answered** 47:4
56:6 68:13 101:19
174:10 197:1
253:14 267:9
268:6 283:4,5
**answers** 19:23
45:23 46:17 55:6
60:19
**anthem** 7:25 8:3
27:15 28:20,24
29:11,24 36:2
40:15 45:5,6,7,11
45:11,15,18,20
46:19 51:5,8,12
52:2,7,22 53:2,16
53:18,24 54:3,8,15
55:3,6,7,10,18
57:7,12 63:6,18
64:5 71:17 72:9
72:14,23 73:9,21
74:23 75:1 91:3
91:14,17,25 92:3,7
92:19 93:24 96:15
96:20,24,25 97:5
97:15,17 98:7,8,22
100:7 101:14,16
101:23,23 102:1,5
103:18,20 108:22
112:9,11 114:18
114:19,25 115:23

117:12,20 118:15
119:25 120:3,11
122:4,4,11,15,16
124:1 125:8 126:1
126:7,12,25 127:5
127:12,14 128:5,6
128:24,24 129:5,6
131:24 132:1,4,5,8
133:9,16,16,17
134:2 135:3,7,12
136:15,24 137:17
138:4,11 139:5,23
141:8,13,15,18
142:10 143:9,14
143:15 144:8,13
144:22 145:1,19
146:14 147:15
148:1,10,13,14,18
148:21 149:6,7,12
149:17,21 150:2
150:10 151:19,21
152:3 153:9,20
155:9,11,12,17
156:12 157:22
158:10,24 159:4
161:21 163:8,13
163:17,20 164:10
164:25 167:1,5,16
168:3,6 182:6
186:12 194:1,22
202:5,8,13,18
204:4,24 206:1,3
207:18 213:20,22
223:2 224:21
225:17 231:5
233:25 236:17,18
242:16 249:20
256:7 257:3 261:3
261:7,11,13 262:3
263:16 264:4,15
264:16 265:1,6

294:11 295:1
**anthem's** 99:7
115:11,19 116:4
129:23 131:24
132:2 133:20
134:5 136:20
143:12 150:2
171:25 178:15
180:3 242:17
263:20 264:1,25
295:17
**antm** 206:2
**anybody** 14:18
16:15 18:4 46:4
56:25 57:14,15
72:9,23 73:9,10,16
73:21 74:25 85:3
85:12,15,21 89:1
99:9 109:21
123:21 129:12
171:10 195:23
212:2 213:23
255:24 257:8,14
260:13 275:4
278:13 285:11
**anybody's** 91:18
**anyway** 12:2
189:4 198:17
**apart** 52:16
**apologize** 25:5
38:19 70:13 88:17
88:25 117:16
138:15 252:4
**apparently** 97:24
177:4 194:10,12
**appeals** 77:23
**appear** 164:2,16
169:1 178:17
192:23 206:19
207:1

**appearances** 3:1
4:1 5:1
**appears** 138:10
169:3 186:22
187:24 215:18
**applicable** 74:6
143:18 164:23
185:8,10 205:13
207:18 219:23
222:12 227:10
275:8
**applied** 49:14
119:23 121:6
158:15 226:5
237:6,15,16
238:22 239:20
**applies** 18:6
159:13 182:10
224:2 225:7,19
242:3
**apply** 103:2
104:23 108:3
185:15 222:3,5,19
223:12,22 224:18
225:23,25 226:16
226:17,20 232:20
235:2 237:7,9,14
238:24 243:13,24
263:6 281:14
297:20
**applying** 227:25
234:3
**appointment**
92:18
**appreciate** 15:6
36:11 58:25 78:21
111:12 113:25
296:4
**appreciated**
208:18

approach  213:14
264:10 277:24
approached
213:20
approaching
213:23
appropriate  77:25
104:6 108:23
140:10 250:4
appropriately
83:10,11,11,18
appropriateness
99:2
approved  95:8
132:3 151:21
approximate
33:19
approximately
32:19
april  21:16 173:13
173:21 174:7,14
175:15 294:7
argumentative
27:21,22,24 290:8
arrangement
103:4 127:19
157:13 263:11
281:15
arrangements
156:12 278:11,12
article  129:19
131:21
asked  14:15 16:5
27:17,17 44:14
45:3 46:7 47:11
47:13 62:2 68:12
80:23 88:16
101:18 106:24
128:23 136:21
152:8 162:1
174:10 197:1

209:18 245:11
253:13 256:10,16
267:9 268:6 272:2
272:16 289:1
294:1
asking  12:3 15:7
30:18 35:7 40:7
62:3 89:1 113:15
114:20 168:12,13
189:13,14,15,21
191:24 192:18
196:20 202:18
203:20 210:21
226:9 254:9
255:14 259:5
262:17
asks  47:2 48:20
assert  258:24
asserted  291:3
assigned  278:7
assignment  99:3
assist  99:1,9
assistance  36:4
associate  129:25
130:6,12,16 131:2
131:15,23
associated  51:24
69:11 94:18 270:5
272:11
association  18:14
18:23 19:3,4,8,9
32:5,6,12,14,17
33:8 34:1,6,8,14
34:22 35:8,13
46:5 47:19,19,22
47:24 49:3 50:13
75:14,18,21,24
76:7,11 80:17
81:20,24 82:1
86:21 89:16,19,21
90:3 257:15

association's
58:16 82:5,6
assume  15:17 17:9
17:12 47:7 61:24
80:15 125:22
131:6 133:5
141:14 163:8
164:22 202:19
203:10 205:21
230:7 258:3
assumed  24:11
126:15 161:19
196:2
assumes  255:15
260:24
assuming  63:19
126:24 147:6
156:3 175:7
177:18 207:7,9,14
245:6
assumption  29:1
50:4 60:18 66:7
79:17 126:24
130:20 163:14
168:21 172:16
178:4,14,23 179:6
180:5,6 187:2
193:18 195:11
202:20 207:9
257:20,23
assumptions  205:4
assurances  137:18
attached  49:3 50:2
130:13 142:19
attachment  49:2
49:25 154:19,21
attachments  24:1
24:3,5,17 25:12
attempt  260:8
266:18,22 267:1
267:15

attendance  14:3
attention  107:19
215:16 288:14
attorney  12:16
18:5 40:3 61:9
252:11,14,19,21
253:2 254:8,14
255:15 258:14,24
259:2
attorneys  19:16
22:25 30:16,18
31:3,7,10 44:16
53:24 57:2,9
60:19 61:24 63:19
67:24 119:24
123:24 132:10,22
169:22,23 202:7
214:18 252:22
256:6,18 258:9
259:15,19 273:9
273:12 277:11,20
277:23 278:11
282:20 283:9
286:3
attributable
143:11 145:21
audio  112:18
audios  112:17
audits  84:18
august  119:10
augusta  1:25
16:18,22 51:16
84:24,25
aurobindo  4:12
64:23
authorization
132:25
auto  18:22 21:19
75:17
automobile  8:9,13
8:17,21 9:3,8,13

HIGHLY CONFIDENTIAL

**[automobile - believed]**                                   Page 8

| | | | |
|---|---|---|---|
| 9:18 18:14,23 | **back** 13:25 17:15 | **barnes** 5:8 | 132:23 261:18 |
| 19:3 32:24 49:3 | 20:23 21:6,8,23 | **based** 29:24 41:10 | 263:25 264:5 |
| 50:12 81:24 86:24 | 25:7,10 26:12 | 71:6 87:7 95:24 | 265:2 291:3 |
| **availability** | 27:6 30:3 43:19 | 115:7 126:2 141:7 | 292:19 |
| 218:22 | 45:10 47:23 56:12 | 148:25 175:14 | **behavioral** 139:17 |
| **available** 29:18,25 | 58:8,11 63:20 | 186:6,8 190:2 | **beings** 33:21 |
| 34:10 49:21 50:21 | 66:20 69:21,22 | 204:6 205:3 | **belief** 29:9 |
| 58:25 71:19 177:4 | 82:5 101:12 111:1 | 211:20 276:18 | **believe** 14:4 21:24 |
| 215:17 216:22 | 111:10,13 113:6 | **bases** 140:22 | 28:12 30:15 31:21 |
| 217:7 219:20 | 119:13 131:8,9,13 | **basic** 107:12 120:7 | 32:15 37:5 44:8 |
| 240:16 250:2 | 138:22 142:14 | 125:24 | 45:14,20 47:25 |
| 266:7 | 145:25 147:20 | **basically** 39:10 | 53:23 54:10 58:22 |
| **avenue** 4:3 | 148:14 160:23 | 83:16 93:8 107:20 | 60:12 66:18 70:15 |
| **average** 33:23 | 169:4,8,10 170:8 | 146:12 153:8 | 85:1 92:11 97:8 |
| 125:16 158:1,8 | 174:22 176:16 | 155:9 156:6 | 97:19 112:15 |
| 203:10,12,21 | 184:14 185:4 | 158:10 178:21 | 116:13 125:16 |
| **avoid** 15:3 | 192:11 193:19 | 179:18 232:12 | 127:17 151:7 |
| **aware** 36:23 39:16 | 198:20 199:11 | 273:25 | 153:13 158:15 |
| 39:25 40:13,16 | 201:4,12 207:21 | **basics** 13:6 14:24 | 159:20 170:4 |
| 53:8 78:22 82:18 | 209:3 210:15 | **basis** 28:12 83:9 | 176:24 180:19,20 |
| 91:17 93:23 100:6 | 215:2,10 216:11 | 84:17 91:22 | 181:13 182:1,11 |
| 103:22 104:20 | 216:17 217:4 | 136:14 143:13 | 183:1,14,21,24 |
| 105:2,6,10 106:19 | 218:10,12 221:19 | 148:11 210:8,21 | 184:8 202:12 |
| 106:20 116:25 | 223:17 224:20 | 275:3 | 204:6 205:8 |
| 150:13 195:2 | 227:19 228:6 | **bates** 76:23 77:3,7 | 206:24 208:6 |
| 252:9,12 260:15 | 244:23 246:11 | 77:9 206:1 228:23 | 209:10 215:11 |
| 274:13 294:10 | 251:18 256:21 | 271:3 | 217:15 220:21 |
| **awhile** 119:24 | 262:15 263:1 | **bcbs** 98:23 | 223:7 225:16 |
| 120:1 | 267:19 278:17 | **bears** 223:11 | 228:25 229:25 |
| **awp** 125:14,15 | 281:1 282:1 | **began** 78:23 195:3 | 230:12 231:21,23 |
| 157:9 158:1 186:6 | 283:24 289:5 | 195:6,9,10 257:20 | 232:24 233:21 |
| 203:8 204:3 | 296:8 | **beginning** 37:6 | 235:1,10,14 |
| **b** | **background** 11:22 | 71:4 142:20 | 236:16 237:15,16 |
| **b** 5:15 7:1 24:2,5 | 257:1 | **beginnings** 279:1 | 239:10,23 242:2 |
| 24:18 25:12 50:8 | **bad** 47:14 87:17 | **begins** 58:8 111:10 | 250:10 251:11 |
| 54:13,13 135:3 | 112:19 150:23 | 160:23 192:11 | 252:23 257:19 |
| 146:10 219:22 | 270:19 | 232:20 281:1 | 259:13 270:18 |
| 220:2,6 221:22 | **ballpark** 135:23 | **behalf** 22:13 30:2 | 275:24 277:15 |
| 231:25 232:4 | **bangor** 51:17 | 37:3 42:13 45:1 | 293:16 294:3 |
| 236:14 241:22 | **bank** 148:3,9,10 | 52:10 62:24 67:2 | **believed** 286:12 |
| 245:6,7 246:6 | | 72:14 75:17 117:3 | |

**believes** 196:21
**bell** 60:3
**beneath** 99:17
  103:6 138:10
  157:16
**beneficial** 139:7
**beneficiaries**
  188:9
**beneficiary** 24:6
**benefit** 8:11,15,20
  8:24 39:19 46:9
  52:21,22 73:1
  76:5 79:11 100:20
  104:7 108:10,15
  108:15 258:17
**benefits** 23:1 24:5
  29:19 31:18 50:5
  50:20,24 51:2
  71:18 72:14 73:25
  77:21,22 78:9,11
  78:13,14,16,17
  80:3,6,13 87:10
  93:12 94:18 95:7
  97:15 100:23,24
  101:9,16 102:8
  107:21 114:14
  116:16,18 122:18
  182:5 219:18,19
  224:15 225:11,14
  235:21 236:6
  237:20 239:8
  240:3 274:20
**berman** 2:9
**best** 15:5 96:7
  164:10 183:25
  184:2 189:2
**better** 41:21 59:11
  147:1 157:12
  177:20 193:13
  214:5 222:11
  263:10

**beyond** 252:24
  293:18
**bgerrity** 2:6
**big** 129:5 282:8
**bigger** 20:6
**bill** 52:8 87:6,7,9
  108:21 147:2,8
  148:25 158:10
**billed** 108:20
  149:7 151:19
  152:4 290:5
**billing** 36:9 46:8
  51:4,6,18,20 52:1
  83:10 84:4 141:2
  144:17,21 146:9
  147:14 149:3
  151:11
**billings** 135:21
  136:5 140:21,24
  145:4 146:7
  147:18 186:14
  295:13
**bills** 35:15 52:20
  126:1,8 146:15,19
  147:14 149:22
**bily** 5:21 11:6
**binding** 19:23
**bioequivalent** 71:8
**bipc.com** 5:5
**birth** 176:2 177:1
**birthday** 88:4
**bisgaard** 3:20
**bit** 13:5 41:16,20
  52:14 55:5 75:11
  89:11 98:18
  112:15,21 114:2
  125:19 131:1
  146:3,7 156:21
  173:24 174:1
  175:24 226:19
  234:10 238:8

257:17
**blackwell** 4:13
**blank** 190:19
**blocks** 20:12
  197:25
**blood** 29:20 36:18
  36:19 42:8,9,14,14
  42:22,23 53:11,15
  64:2,14 79:3
  85:23 93:21,23
  95:17 100:13,16
  100:17 106:16
  116:5 128:20
  132:14 141:19
  149:11,18 152:5
  194:5 198:2 212:5
  214:5,14 268:20
  292:19,20
**blow** 23:23 77:14
  90:24 92:13
  142:25 152:20
  200:21 229:8
  230:11 233:15
  274:15 275:12
  279:8 289:6
**blown** 152:16
**blue** 45:11,11 72:9
  72:10 91:3,3,14,14
  92:7,7 96:20,20
  129:5,6 271:20
**board** 81:7,9,14
  81:15 242:4
**boca** 3:9
**body** 82:10
**bosick** 5:14
**boston** 4:20
**bottle** 180:16
  193:16 197:17,19
  197:23 198:1,7
**bottle's** 200:11

**bottom** 70:16
  76:20 81:19
  136:12 137:25
  142:24 146:8
  151:11 158:16
  166:6,10,12
  167:23 199:1,18
  221:3 229:10
  233:13 234:13
  278:21
**bought** 95:8
  198:16
**boulevard** 3:8
**box** 20:14,23
  200:21 221:4,22
  222:13,14,18
  233:5 236:20,25
  241:13 250:5
**boxes** 236:21
**brand** 71:8 155:6
  155:21 177:8,16
  177:17,22 202:25
  205:9
**bravo** 225:10
**breach** 274:4
**break** 15:24,25
  16:7 57:22 139:9
  146:4,6 147:15
  154:7 160:14
  161:1 190:15
  209:5,18 214:23
  250:23
**breaks** 15:21
  57:20
**brief** 14:2 209:2
**briefly** 129:22
  134:14 165:8
  251:4
**bring** 16:12 32:1
  190:15

HIGHLY CONFIDENTIAL

[brisbois - case]                                                        Page 10

brisbois 3:20
broker 36:6 51:9
  51:10,14
brokered 51:11
brokers 36:6
brought 144:8
  193:19
brown 1:6 6:3
  11:4,13,18 12:6,8
  14:1,24 20:3
  21:12 23:22 25:2
  26:6,22 27:17
  32:4 41:25 43:18
  44:10 57:23 58:11
  59:10 60:4 69:7
  70:25 75:12,16
  76:19 87:23
  102:15 111:16
  112:8 113:9
  118:10,20 128:16
  129:22 137:10
  142:6 145:12
  152:23 154:12,24
  159:16 161:4
  165:20 167:13
  168:8,20 169:12
  171:24 173:3
  174:3 175:24
  176:17 188:22
  189:25 191:15
  192:2,14 199:3
  200:14 201:15
  205:5,21 209:4,9
  209:18 214:24
  215:13 217:6
  219:14 223:21
  227:24 229:2
  231:16 234:11
  250:18 251:24
  255:14,20 259:6
  271:7 273:5 281:4

283:15 285:7
286:1,8,18 287:1,7
288:11,23 289:10
292:12,16 296:3
bruce 2:3
btlaw.com 5:11
buchanan 5:2
bucket 230:6
build 15:23
bullet 99:18,19
  107:25
bunch 190:20
business 34:2
  63:12 74:3 129:25
  130:6,12,16 131:2
  131:15,23 147:8
  148:4 218:20
businesses 86:24
businessperson's
  291:2,5
buy 181:9

c

c 2:1 4:10 24:2,5
  24:18 25:12 46:14
  54:13,21 115:3
  137:3,3 147:23
  152:13 154:21
  182:19 187:2,10
  187:14 219:22
  220:2,6 221:22
  231:25 232:4
  236:14 245:6,7
  246:6 269:6 297:3
  297:3
c.whiteley 2:22
calculate 213:9
calculated 186:4
  204:13 262:11
calculation 160:3
calendar 237:23

california 5:10
call 19:3 21:9
  34:19 37:20,21
  57:9 59:24 77:25
  81:17 89:12 92:18
  98:20 103:24
  138:15 166:11,15
  173:21 206:18
  215:2 220:10
  222:14 229:9
  232:7 233:6
  238:18 247:6
  249:25 256:9
called 37:13 57:8
  77:3 81:14 191:7
  232:10 241:21
  256:13 287:19,23
calling 236:17
  274:19
calls 29:5 40:2,23
  49:9 66:24 109:15
  110:11 141:9
  170:9 174:8
  175:17 194:8,14
  196:16,25 197:12
  197:12 201:2
  260:23 268:8
  270:22 281:11
  282:3,16 283:8
  284:2 292:25
  293:8,19
camber 3:24
camera 111:23
camp 2:21
canada 188:7,13
  188:16
canadian 188:9,11
cancer 290:12
capability 17:10
  53:17,19

capable 20:8
capacity 89:23
car 75:25
carcinogen 290:4
  292:9
card 95:7
cardiac 206:11,19
cardiovascular
  230:13
care 8:11,19 92:13
  92:17 102:17
  134:8 222:14,17
  222:23 223:13
  236:22 269:1,5,6
  269:10,19 282:8
cared 134:10
carides 1:15 11:8
  297:15
carondelet 4:14
carrian 46:11
carry 237:12,21
  257:23
carryover 237:1,2
  237:8,9,18
case 12:24 37:4,25
  38:6 39:2,15
  40:21 53:6,22
  56:25 57:12,15
  64:9 65:25 71:23
  72:2,5,17,20 73:4
  73:6,11 75:19
  85:5,14 89:6
  93:10 98:16
  106:17 110:3
  132:20 158:18
  162:6 170:8 175:9
  185:1 209:13
  210:5 213:7 228:8
  248:21 252:24
  271:25 277:5,22
  278:2,5,14 284:20

[case - clarify]                                                                                    Page 11

287:16 291:9
292:24 293:7
**cases** 40:13
**categories** 64:16
155:2
**category** 179:19
223:11 287:19,23
**caused** 211:13
293:4
**causing** 290:12
**ccr** 297:15
**cd** 178:9 179:3
**cellphone** 16:12
**center** 2:4
**cents** 70:6 157:17
157:17
**century** 5:9
**certain** 24:16
48:21 94:2,2
100:2 102:25
104:4 112:12
135:5 153:9,11,11
153:12,13 156:14
163:15 170:3
176:22 177:22
179:14 184:1
205:8 232:17
239:17,22 255:16
271:10 272:17
290:10 291:15
**certainly** 20:3
58:25 103:10
119:5 151:13
173:10 183:14
207:17 233:2
237:15 291:5
**certainty** 176:5
**certificate** 176:24
202:13,16
**certification**
297:19

**certified** 1:15
109:8
**certify** 297:5
**certifying** 297:22
**cetera** 36:10 38:5
46:3 79:10 91:10
96:9 166:3 274:5
**cf** 186:20
**cgmps** 71:10
**chain** 128:3
**chains** 156:2,9
**chance** 41:25
119:3 287:12
**change** 47:8,12,15
49:23 88:8 92:3
143:25 144:5
151:12,18,20
211:6 236:14,15
239:11,14 240:18
**changed** 121:24
143:23 147:10
151:11 218:2
228:3 233:3 238:8
240:1
**changes** 36:5
78:11 79:10 80:2
80:5 137:6 214:25
239:24
**changing** 145:18
**channel** 179:5
**characterization**
235:4
**characterize** 82:14
155:16 292:9
**charge** 84:15
109:21 132:5
155:13 239:22
**charged** 125:5
155:1 204:11
**charges** 35:8
52:10 108:23

125:8 126:13,14
128:5,24 148:17
155:2,3 157:19,22
**charging** 147:16
227:25
**charles** 2:9
**charlie** 2:15 137:3
182:19 225:10
**cheapest** 248:24
**check** 144:20
159:1,2 250:5
**chicago** 3:16
**child** 91:10
**children** 33:6,23
63:12 88:12 94:1
**choice** 105:20
107:1 155:5,23
156:19 157:8
158:7 218:17
226:22 241:24
242:17
**choose** 105:23
106:10 169:18
218:19 232:3
**chooses** 105:18
106:10
**choosing** 107:5
**chose** 98:7 169:25
232:1
**chosen** 87:11
**christmas** 147:6
**cipriani** 4:8
**circle** 1:23
**circumstances**
12:10
**citizen** 188:12
**citizens** 188:16
**city** 2:4
**civil** 18:16
**claim** 39:25 40:8
61:8 65:8,24

66:12 69:2,17
85:13 125:2,4,7
128:5,8,20 129:1
137:15 139:5
147:15,15 162:16
162:23 170:8
175:14 201:1
212:14 236:18
276:16,16
**claiming** 28:12
40:19 42:12 49:7
74:13 94:17
197:10 268:3,20
269:9,19,24 270:4
270:10
**claims** 35:11 36:2
49:8,14 50:23
52:6,8 64:20
76:12 83:11 85:5
85:22 87:7 97:2
122:13 125:11
128:11,24 132:20
139:12 143:19
146:14,24 148:19
148:20 149:7
151:21 152:5
153:20 159:15,18
159:24 160:11
162:2 165:9
168:13,15 170:21
172:21 256:11,17
258:19 261:9
265:12,14 266:8
278:7 291:3 295:2
295:12
**clarification** 78:22
**clarified** 14:11
**clarify** 18:19
124:14 132:18
160:7 167:4

[clarifying - confidential]                                                Page 12

clarifying  14:5
  16:3
class  7:8 59:13
  109:4,7,9,14 110:2
  110:6 129:5,7
  271:14,15 276:16
  276:21,24,25,25
  277:5,8,15,16
  279:4,10,17 280:6
  281:5,10,25 282:2
  282:12 283:2
  284:1,8,15,19
  285:1 287:8 291:4
classified  95:25
clause  137:18
clear  56:19 75:13
  162:22 174:5
  259:4
cleared  91:12
clearing  219:8
click  20:16
clicked  165:25
client  18:5 40:3
  188:23 252:11
  253:2 254:8 257:4
  258:24 259:2
clinical  99:2
clinically  99:24
close  118:3 146:4
  146:6 171:18
  188:6 208:18
  238:18
closer  140:1
  253:11,12
clues  273:11
cms  105:8
coa  186:20
coan  4:19
cobb  54:7,13
  55:15 57:1,4
  256:6,9 261:8

cobra  77:23
code  176:1,24
codes  163:21,21
coincide  236:16
collected  143:11
  143:15 145:21
collective  37:19
college  89:3
column  164:21
  165:22 166:1
  167:9,10,18 172:2
  172:9,10,23
  177:14 178:19,25
  179:16,20,21,22
  179:23,24 180:9
  180:11,12,14
  181:12 182:8,17
  184:3,4,10,10,16
  184:19 185:20,25
  186:6,15,20,21
  187:1,4,6,17,24
  189:6,16 190:7
  199:6,14 201:17
  202:25 203:3,7
  204:9 206:11
  208:5,8 229:9,12
  230:12,15 234:13
  234:21 244:24
  245:1 247:6,10
columns  26:15
  169:1 176:18,21
  188:21,23 189:3,5
  189:7,10,21,25
  201:16 202:9
  204:16 205:5
  222:18 246:6
combined  122:24
  123:3,13
come  17:1 28:19
  64:3 111:1 127:8
  215:15 220:19

254:5 257:10
  295:2
comes  19:1 182:3
  239:4
comfortable
  168:20
coming  12:1 16:20
  40:18
commence  274:22
commencing  1:19
commit  98:25
committee  14:13
  14:17 98:24 99:1
  99:7,10
communicate
  56:11,21 72:1
  214:4,10,14
communicated
  56:25 129:6 133:8
  214:18 285:11
communication
  255:17
communications
  18:3 73:5,10
  254:2 259:2,23
  261:6,11 274:2
companies  37:12
  37:18 38:4
company  3:12
  37:14 100:21
compare  168:9
compatible  8:15
  8:23 92:22,23
  113:16,20 181:21
  181:25 185:9
  186:23 218:4
  231:20 232:11
  237:17 240:16
compendia  71:9
compensation
  34:15

complaint  7:9
  59:14 60:25 61:3
  70:1,15 75:5
  170:5 278:24
  284:25 285:5
  286:13,20 287:5,8
  291:16
complaints  94:13
completely  106:12
complied  71:10
complies  289:11
comply  34:12
  130:25
component  232:19
  232:21
comprises  98:25
comprising  126:7
computers  190:21
concluded  296:23
conclusion  29:6
  40:24 49:10
  109:16 110:12
  170:10 174:9
  175:18 194:9,15
  196:17 197:1,12
  268:8 270:23
  281:12 282:4,17
  283:8 284:3 293:1
  293:9,20
conclusions  285:3
condition  211:15
conditions  137:7
conduct  34:1
  271:24
conducts  34:9
confer  19:16
conference  16:21
confidential  1:9
  10:13 26:4 43:16
  118:8 165:18
  166:23 171:22

[confidential - cost]                                                         Page 13

176:9,12 190:12
205:19 215:17
216:15,21 244:7
245:25 246:17
248:2
**confine** 211:16
**confirm** 104:4
158:17 164:4
205:22 206:22
231:7
**confused** 182:9,9
**confusing** 56:13
**conlee** 2:20
**connected** 17:8
**connection** 15:4
76:12 84:13
116:22 117:8,22
123:25 261:25
263:13
**consider** 36:13
192:25
**considered** 113:18
181:20
**consistent** 86:17
86:19 114:15
236:17
**consolidated** 7:7
59:13
**consolidations**
47:3
**constitutes** 68:19
**consumers** 102:9
290:4
**consuming** 266:23
**consumption**
71:11
**contact** 51:4 55:18
57:11,14 83:20
122:5
**contacting** 256:7
256:18

**contacts** 93:25
**contain** 130:5
131:3 171:6
260:20
**contained** 22:2
164:5 211:5 297:6
**containing** 28:10
37:1 40:20 42:25
64:2 66:25 72:19
73:18,22 85:23
93:15 95:14 98:16
100:8 115:20
149:10 195:15
209:12 212:6
213:15 214:2,6
228:8 260:12,13
260:16 265:17
267:17 279:14,23
294:19
**contains** 168:1,4
176:9
**contaminants**
260:21
**contaminated**
36:16 38:16 67:4
193:4 289:24
290:3,21 291:25
292:8 294:16
**contamination**
67:16 292:18
293:4
**content** 26:23
259:1
**contents** 153:4
187:6 192:16
254:1 255:21
287:10
**context** 91:13
254:15,20,22
255:11,21

**continue** 20:15,16
20:17 143:16
218:3 274:25
275:4,17,21 285:2
**continued** 3:1 4:1
5:1 8:1 9:1 10:1
89:14 90:4,8 94:6
121:15 275:6
293:24
**continues** 105:22
**continuous** 275:10
275:20
**continuously**
121:24
**contract** 51:11
89:13 90:19,20,21
91:2,4,14 92:3,7
95:25 98:8 100:21
101:8,13 114:13
122:17
**contracted** 97:15
101:17 112:11
150:10
**contracts** 51:8
100:22 101:14
**contradict** 212:23
**contributed** 44:25
45:20
**contributes**
281:22,24
**contributions** 87:3
**control** 297:21
**controlling** 142:20
191:21
**conversation**
53:23 57:1,3
144:4 255:20,21
255:25 256:5,8,23
256:24 257:6
261:8

**conversations**
54:1,4 144:2
257:11 259:5,18
**coordinating** 36:8
**copies** 52:23 74:18
98:3
**copy** 74:21 130:11
**corner** 76:20
**corporate** 3:8
**corporation** 4:7
**correct** 14:17
16:25 32:9,11
33:11 34:6,7
35:16 37:10 45:15
51:3 71:2 80:7
93:3 96:19 98:9
108:16 109:9
126:24 143:5
162:11 175:16
186:10 204:25
208:24 210:25
222:25 223:2
225:14 235:17
243:11 245:9
261:12 270:24
276:23 287:1
289:14 295:23
297:8
**correcting** 202:22
**correctly** 24:7
31:21 62:25 67:17
113:15 238:2
270:21
**correspond** 67:13
**corresponded**
245:7
**corresponds** 229:5
**cost** 35:11 36:14
38:15 64:13 99:23
114:13 115:6,10
125:21 127:14

**[cost - dated]**                                                    Page 14

142:10 158:12
181:12,13,14
182:12,22,25
183:4,18,22 184:4
197:10 201:3,3,5
201:17,22,25
203:22 204:3
208:4 249:18
281:23,24
**costs**  29:19 64:7
64:16 69:1,10
127:4 128:19,25
155:3 158:9
203:13 241:14
242:18 267:20,22
269:1,10,20,24
270:4,11 278:2
**counsel**  2:7,12,18
2:23 3:11,18,23
4:6,11,17,22 5:6
5:12,17 11:8 14:3
18:6 21:16 23:8
30:19,22,23 31:4
31:14 38:21 40:7
41:12,15 53:7
59:14 85:10
110:19 112:20,24
124:3 132:19
133:11 161:11,12
191:2 200:23
215:12 227:12
250:15 254:2
255:10 256:1,4
259:6 260:17
270:14 284:23
286:2 294:1
**count**  199:17
268:14
**counted**  238:1
**counteract**  213:2

**country**  188:7
**couple**  23:1,3
54:19 107:20
197:25 212:22
228:19 281:8
**course**  15:24
17:15 74:3 147:5
159:24 190:15
**court**  1:1,15 11:7
11:10 13:11 14:25
18:4 25:4,8,10
61:3 70:3 210:15
**court's**  129:11
**cover**  89:1 95:17
118:5 245:1
**coverage**  32:17
33:14,21 48:2,5,13
51:3 56:15 80:13
85:22 86:8 88:1
89:8 90:12 91:19
95:13,17 98:15
188:24 218:14
220:3 222:5
225:11 230:25
239:15 244:13
**coverages**  51:23
52:22
**covered**  48:23
49:23 88:20 89:4
89:4 93:21 95:23
96:5 99:23 108:7
108:9,14 125:5
129:15 201:6
229:17 231:3,8
233:19 239:16
242:23 267:4,8
277:17 295:16
**covering**  50:6
151:8 153:7 206:4
248:5

**cpa**  84:19,21
**crazy**  246:23
**create**  293:24
**created**  165:21
211:9
**credit**  136:17
138:1,7,23,24
139:4 143:14
144:11,16 186:14
261:18,24 263:17
263:21,25 264:5
265:2
**credited**  117:20
**credits**  29:17,24
30:4 34:19 40:15
127:4 139:24
140:15 141:6
261:14 262:3,7,11
262:13,24 263:2,3
263:5,13 265:9
266:7
**cross**  45:11 51:15
72:9 91:3,14 92:7
96:20 129:6
286:22
**crr**  1:15 297:15
**cschaffer**  2:11
**culbertson**  4:19
**curious**  84:11
246:9
**current**  229:1
**currently**  11:20
98:12 176:21
**cut**  94:23 136:10
227:13
**cuts**  214:25
**cutting**  94:10
**cvs**  5:12 197:25
241:15
**cwhorton**  2:17

**cycle**  146:10
151:11

**d**

**d**  4:14 5:2 6:1
84:10 207:4,5
210:23 232:7
245:10,11 246:6
288:14
**d.2**  136:14
**d.2.**  136:12
**d.c.**  3:4 5:4 11:21
**daily**  146:13,15,16
147:2 148:11
**dallas**  4:4
**damages**  39:2
48:24 49:7 50:3
69:10 94:18
161:17 162:6,10
162:23 170:21
174:6 194:7
197:10 268:3,21
291:8,18
**darn**  275:16
**data**  24:1 27:10,19
52:6 63:6 85:22
132:19 143:13
160:11 163:7
165:6 168:1,3
257:1 258:19
**date**  67:3 78:4
138:18 148:5
151:14 169:18
171:16 172:10,11
173:8,12 175:1,8
176:2 177:1,2
207:25 244:14
253:5,6 262:18,21
294:14
**dated**  21:17 78:3
119:10 123:2
169:15 191:8

HIGHLY CONFIDENTIAL

[dates - description]                                                    Page 15

**dates**  67:14 70:6
  163:25 171:7,8
  208:15 272:1
  294:5
**day**  12:1 13:15
  15:21,22 41:13
  55:21 58:21 83:8
  83:8,16,16 84:17
  84:17 104:5
  138:19 147:8
  148:4 158:9
  209:11 221:4,6,11
  221:15,17 253:12
  296:8,9,11
**days**  180:12,16
  198:12 221:12
**de**  2:15
**deal**  130:21
  160:13 264:12
**dealer**  12:14
**dealers**  8:9,13,17
  8:21 9:3,8,13,18
  18:14,23 19:3
  49:3 50:13 75:17
  75:25 81:24
  218:19
**dealership**  33:9
  36:7 51:22,25
  52:2 86:20 89:6
  89:10 218:18,21
  218:24 224:9
  232:1
**dealerships**  32:24
  33:5,13 34:11
  36:9 49:21,22
  50:21,22 56:16,17
  76:7,8 80:16,21
  82:11 86:15,25
  224:4 232:3
**dealing**  55:14
  140:10 143:20,21

**dealings**  97:4
**dealt**  131:3 202:7
**debit**  148:2
**dec**  180:7
**december**  47:21
  79:21 237:3,5,12
  274:24 275:3,9
**decided**  61:4
**deciding**  98:15
**decision**  197:5
**deductible**  112:7
  113:21 182:3
  185:8,10,12,15,16
  201:10,11 217:11
  217:13,19,20
  219:1,6,23 220:1
  221:25 222:3,5,12
  222:19,24 223:4
  223:12,22 224:2
  225:7,19 226:5,16
  226:20 227:10,25
  232:13,18,19,25
  235:2,7,8 236:25
  237:6,7 238:1,5,22
  238:24 239:5
  241:6 242:23
  243:13,16 245:2,3
  245:12 247:15,18
**deductibles**
  113:11 185:4,5,21
  204:17 218:2
  224:6,18 225:23
  227:1 238:7
  239:25 240:23
  243:23
**deemed**  104:6
**defendant**  3:18,23
  4:6,11,17,22 5:6
  5:12,17 37:25
  66:13 71:23 72:2
  72:5,10,15,19

73:10,14 276:13
  279:16 280:2
**defendant's**  274:7
  274:23
**defendants**  3:11
  7:3 10:3,8 21:18
  36:24 37:4 38:6
  56:4 64:22,22,23
  64:23,24 71:6
  73:6 88:19 200:9
  259:10,18 271:12
  271:16 274:4,10
  274:12 285:15
  286:12,19 287:9
  287:16,19,20,23
  287:24 293:14
**defense**  209:25
  258:22 284:23
  285:23
**defer**  67:24 169:21
**define**  188:10
**defined**  285:5
**definition**  125:1
  218:10 282:2,12
  284:24 285:1
  289:13,18
**definitions**  280:4
  284:15
**degree**  176:4
**delay**  38:19
**deliver**  65:19
**delivered**  221:12
**delivery**  158:17,20
  221:5
**demand**  148:2
**dental**  36:1,3 76:5
  139:16 140:4,7
  149:23 247:3
**denying**  210:8,22
**depend**  181:2
  211:8

**dependency**  91:10
**dependent**  24:6
  89:3 219:3
**dependents**  32:25
  76:9
**depending**  105:18
  113:21 182:4
  219:22 232:1
**depose**  169:23,24
  282:23,24,24
**deposed**  89:19
  276:6
**deposition**  1:5 7:4
  11:4 12:7,11,18
  13:6 14:3,14,24
  16:13,16 18:15,21
  21:19 22:24 28:14
  30:13,23 31:7,11
  32:2 38:8 41:12
  77:6 83:21 84:12
  122:21 123:4
  161:5 190:16
  215:22 261:22
  280:15 286:9
  296:22
**depositions**  246:24
**desc**  178:13
  186:20
**describe**  32:22
  50:17 55:17
  153:17 154:23
  252:8 277:23
  292:23
**described**  24:5
  31:22 80:13 177:2
**describes**  77:22,22
  77:23
**description**  7:2
  8:2 9:2 10:2 77:20
  119:6 179:1
  231:19

[descriptions - document]                                      Page 16

**descriptions** 46:9
187:1
**design** 133:20
**designate** 176:8,12
**designated** 1:9
10:13 18:13 26:3
43:15 118:7 148:3
165:17 166:22
171:21 190:11
205:18 215:16
216:15,20 244:6
245:24 246:16
248:1 282:25
**designating**
250:12
**designation** 77:1
223:22 250:7
**designee** 18:15
19:13 22:12,24
**detail** 24:9 67:22
68:5 110:16
**details** 18:10
129:12 224:1
**determination**
163:18,22 211:2
211:21
**determine** 119:7
163:9 183:13
266:18,22 267:1
267:15
**determined**
114:12 181:25
211:4
**determines** 108:22
113:17
**determining** 18:5
99:2,3
**developed** 164:25
165:1 194:25
**development** 24:3
99:10 156:5

**developments**
277:21
**diabetes** 94:3
**diabetic** 239:21
**dialogue** 20:23
**dictate** 96:11
**dictates** 230:6
**differ** 88:1 181:16
**difference** 75:13
126:12,16 127:1,3
179:23 230:3
**differences** 248:12
**different** 19:9
26:14 33:1 35:12
49:13 63:13 79:12
110:10 123:2
131:2 140:5
148:24 155:1,2
156:10,11 172:7
181:21,22 199:7
213:1 217:9 230:1
239:7 249:4
**differently** 123:2
156:1 172:6
**difficult** 15:1,3
**difficulty** 111:25
**diligent** 274:6
**dime** 168:10
**diovan** 71:8 205:6
205:7,12 206:18
207:20
**direct** 81:21
107:19 286:23
288:14 297:21
**directed** 271:16
**directly** 101:9
108:13 109:12
110:5 135:7
248:20
**disability** 35:25
76:6 124:24

**disagree** 282:10
**disclose** 130:22
**disclosed** 67:16
68:9,17,18,21,23
68:23 130:23
**disclosure** 68:19
**disclosures** 34:13
**discount** 155:17
157:9
**discounts** 116:15
116:19 135:12,18
155:6,7,8,9,17,20
156:23 157:14
**discovery** 77:5
**discuss** 28:13
**discussed** 144:7
246:7 256:3 257:7
258:8,9 259:9
**discussion** 13:23
91:7,8 113:4
192:8 217:2
259:12 261:22,24
280:24
**disease** 93:10
**diseases** 94:2
**dispense** 157:20
**dispensed** 107:24
108:13,24 135:6
**dispensing** 155:8
157:16,18,24
158:12,22
**disposed** 193:9,15
266:19
**dispute** 148:17
**disputes** 148:21
**disputing** 211:17
**distributed** 279:16
279:25
**distribution** 30:1
**distributor** 101:3
109:1

**district** 1:1,2
**divides** 169:13
**divulge** 254:1
**doc** 177:4
**doctor** 94:4,5,18
195:18 221:11
222:10 250:3,7,12
**doctor's** 108:12
**doctors** 150:15
**document** 10:11
21:3,12 22:2 26:2
26:8,9 27:3 41:21
41:22 42:1 43:14
43:18,21 44:11,18
45:8 46:6 49:17
49:24 50:3,14
59:6,20 60:7,10,13
61:15,17 62:4,10
62:13 65:22 70:10
76:16,21 77:16
78:1,3,5,7,8 79:1
79:19,22 91:15
93:13 98:11
108:18 110:24
114:21 118:6,10
119:22 123:4
130:3 131:14
142:20 145:15
149:23,25 152:25
153:2,6,7 154:2
161:7 165:1,16
166:21,25 167:5
167:16 171:9,20
176:8 189:18,19
190:10,24 191:11
191:17,19,23
192:19 199:3,18
202:17 205:17,22
205:25 206:8,20
207:8,9 208:15
218:14 219:11,15

HIGHLY CONFIDENTIAL

[document - dorner]                                                            Page 17

| | | | |
|---|---|---|---|
| 221:20 224:16,21 | **dorner**   3:2 6:4 | 107:15,18 109:17 | 178:1 179:13 |
| 224:24 225:2,13 | 11:17,19 13:20 | 110:9,13,17,21 | 184:9,11,23 186:3 |
| 227:8 231:12,15 | 14:1,18,21,22 | 111:12,19,22 | 186:19 187:7 |
| 231:18 235:25 | 20:21 21:7,11,22 | 112:3,18,22 113:1 | 189:12,20,23 |
| 236:3,5 240:9,12 | 21:25 23:10,15,16 | 113:7 114:6,8 | 190:8,13 191:3,5 |
| 240:14 244:5,9 | 23:19,21 25:1,4,9 | 116:2,8,11 117:2 | 191:12 192:1,13 |
| 245:23 246:15,25 | 25:17,24 26:5,12 | 117:14 118:2,9,16 | 193:22 194:11,17 |
| 247:25 251:21,23 | 26:19,21 27:5,8,22 | 118:18 119:13,17 | 196:12,19 197:2 |
| 271:4,8,12 272:10 | 27:23 28:16 29:7 | 120:14,17 121:17 | 197:15,22 198:6 |
| 272:21 273:2,5,11 | 29:13,15 33:17 | 122:10 124:11,13 | 198:11,23,25 |
| 278:23,25 280:8 | 35:1,5 38:23,25 | 124:25 125:3 | 199:11,13 200:4 |
| 280:14 288:6,8 | 39:5 40:5,10,25 | 127:16 128:10,15 | 200:12,13,18,22 |
| 289:5 | 41:8,19,24 42:4,6 | 129:18,21 131:18 | 201:12,14 202:2 |
| **documentation** | 43:12,17,25 44:7 | 131:19 133:6,13 | 203:18 204:2 |
| 51:1 121:21 294:6 | 46:23 47:1 48:16 | 134:22 136:4,10 | 205:1,2,16,20 |
| 294:20 | 48:19 49:12,18 | 136:13 137:1,4,21 | 206:7,9 207:16,21 |
| **documents**   10:5 | 50:7,10 54:17,22 | 137:22 138:14,17 | 207:24 208:12,23 |
| 23:3,6 26:8 30:5 | 55:11,23,25 57:18 | 139:22 140:8 | 209:1,7,20,25 |
| 31:9,13,14,15,17 | 58:1,10 59:4,8,17 | 141:11,24 142:2,5 | 210:2,13,19 |
| 31:22,23 32:1 | 59:23 60:2,16 | 142:24 143:1 | 211:10,22 212:25 |
| 37:7 44:15 45:3 | 61:11,18,22 62:1,9 | 144:19 145:6,9,11 | 213:6,13 214:21 |
| 50:18 51:19 52:17 | 62:17,20 63:23 | 145:25 146:2,9,11 | 215:11,24 216:2 |
| 57:6 77:4 78:17 | 64:12,19 65:12 | 147:22,25 149:15 | 216:10,16,23 |
| 85:12,14 91:21 | 66:2,16,23 68:14 | 150:8,18,25 151:4 | 217:5 219:9,13 |
| 114:1 122:21 | 69:5,20,23 70:8,12 | 152:11,12,20,22 | 220:9,11 221:19 |
| 190:16 202:17 | 70:19,23 74:8,10 | 154:5,8,14,17 | 221:23 222:13,16 |
| 224:15 226:23 | 75:8,10,22 76:14 | 157:6 159:7,12 | 223:6,9,17,20 |
| 227:6 240:2 | 76:18,22,24 77:13 | 160:1,4,10,25 | 226:3,11,13 |
| 271:13,24 274:1,7 | 77:15 79:7,18 | 161:3,22 162:14 | 227:15,21 228:17 |
| 274:8,9,19,23 | 80:4,9,11 81:17,18 | 162:20 163:2 | 228:21,24 229:8 |
| 275:1,2,5,18,22 | 82:20 85:18 86:1 | 164:9,18 165:4,13 | 229:11 230:10,14 |
| 277:22 | 86:3 87:19,22 | 165:19 166:19,24 | 231:10,14 233:6,8 |
| **doing**   39:10 43:6 | 88:24 89:21 90:2 | 167:7,11 168:11 | 233:15,16 234:6,8 |
| 146:5 293:3,16,17 | 90:23 91:1 92:10 | 168:18,19,24 | 234:12,14,20,22 |
| **dollar**   172:2 208:7 | 92:14 93:4,7 | 169:7,11 170:11 | 235:23 236:2,20 |
| **dollars**   53:10 70:6 | 94:22 95:1,5,21 | 170:18,25 171:4 | 236:23 238:18,20 |
| 135:24,24 148:12 | 97:6 98:18,21 | 171:17,23 173:1 | 240:7,11 241:9,12 |
| 180:24 182:13 | 99:16,20 101:20 | 173:14,16,25 | 242:5 244:2,8 |
| 183:17 | 102:12,14 103:24 | 174:2,11,17,21,24 | 245:21 246:2,13 |
| **domain**   40:14 | 104:1,10,13,25 | 175:13,20 176:13 | 246:18 247:23 |
| | 105:14 106:7 | 176:15 177:10,15 | 248:3,15,17 |

249:10,19 250:13
250:17 251:2,10
251:19,22 252:2,7
253:10,15 254:9
254:13,19 255:1,5
255:9,18 259:3
260:25 264:20
267:6,10,11 268:9
268:13,16,24
269:12,17,18,23
270:3,9,16,17,25
271:6 272:18
273:4,17,18,22,24
274:15,17 275:11
275:14 276:1,3
277:3 278:18,22
279:7,9 280:9,18
281:3,16 282:5,21
283:5,14 284:6,13
285:6,14,17,22
286:15,21,23
287:2,25 288:20
289:1,15,25 290:6
290:22 291:12,20
292:2,10,14,15
293:5,13,21
294:13,24 295:7
295:10,20,25
296:4,7,14,17
**dosage** 203:6
**dose** 280:1
**double** 221:8
**doubt** 194:13
195:22 216:16,17
228:12 249:11
**drafting** 60:7
**drafts** 123:17
**draws** 149:6
**drew** 3:2 11:19
13:17 112:14
154:7

**drill** 226:18
**drive** 3:15
**driving** 246:23
**drug** 8:8 32:17
41:3 48:5,13
50:19 52:16,19
56:15 67:2 71:20
73:18,22 74:4
78:8 88:20 95:7
95:23,24 96:1
108:8,10,25
114:13 115:10
116:16 120:12
125:11 128:2
133:17 135:5,6
136:17,20 137:25
138:5,6,22,24
139:5,8,23 140:15
141:6 143:8,10,14
143:17,23 144:3,7
145:2,20 157:20
158:8 159:15,18
159:24 163:21
179:16 185:8
188:8 203:13
206:19 220:17,21
220:22,24 223:18
233:18,20 241:14
242:9 260:16
264:17,23 279:14
279:23
**drugs** 18:8 28:10
40:20 64:2 66:25
72:19 85:23 93:15
95:3,8,14 96:5
98:16 99:2,3,24,25
99:25 100:2
102:18,19 103:6
107:16,24 108:13
113:13 114:10,12
115:20 117:23

127:4 129:15
135:6,13 149:11
150:20 155:21
185:13 195:15
206:12 209:12
212:6 214:6
220:13 222:4,6
223:23 224:18
225:7,19,24
226:21 228:1,8,9
228:13 233:14,18
241:11 248:22
250:1 260:12,13
265:17 267:17
291:25 294:19
**dtdorner** 3:5
**duane** 3:2,7 11:20
**duanemorris.com**
3:5,10
**due** 148:3,5
**dues** 34:8
**duly** 11:14
**duplicate** 112:17
**duties** 82:6,16
129:23 277:7,14
277:19
**duty** 29:3

**e**

**e** 2:1,1,9 3:21 5:20
5:20 6:1 7:1 17:10
17:14,17,23 46:15
53:5,6 210:23
252:6 269:6 297:3
**e.1** 252:8
**earlier** 21:17
86:11 124:20
157:25 161:5,9
180:19 186:11
199:2 209:9,15
224:24 230:5
236:13 238:17,21

245:11 251:24
252:23 257:18
261:21 270:18
276:4 278:23
281:22 286:9,11
289:12 291:8
294:4
**earliest** 173:11
**early** 57:5
**easier** 123:1
296:20
**east** 5:9 57:19
215:3
**easy** 151:3
**economic** 7:8
36:24 59:13
271:14 287:8
**editorializing**
121:8
**edt** 1:19
**educate** 27:9,12,18
28:3
**educated** 291:1
**educating** 259:19
**education** 36:7
224:8
**efeldman** 4:10
**effect** 30:6 78:13
79:2 121:11,22
130:18,25 133:21
144:10 154:2
218:1 237:21
256:20
**effective** 9:6,11,16
9:21 41:3,5 78:4
88:5 99:23,24
119:19 120:22
121:2,24 123:12
138:18 154:22
209:13 210:5,9,18
210:22,24 211:4

[effective - exhibit]                                                                      Page 19

211:25 212:9,19
231:20 237:1
292:4
**effects**  211:12
213:2 214:1
**efficacious**  213:16
**efficacy**  214:19
**effort**  275:20
**either**  20:15 84:11
88:7 107:3 123:23
132:19 186:12
198:1 225:17
276:12
**electronic**  52:15
52:18
**eligibility**  89:14,16
90:4,4,7,8,15
91:18 107:2
**eligible**  86:4,8
87:21 88:2,8,12
90:15 91:23
105:11 218:8,14
**eliminated**  237:8
**elizabeth**  2:3
**ellie**  4:2 208:13
**ellie.norris**  4:5
**emigrated**  188:16
**employed**  91:9
**employee**  8:10,18
87:10 89:7,9
90:12 91:22
105:16,18,22
106:9 176:25
177:2 202:21
218:21 219:4
236:22
**employee's**  105:20
202:13
**employees**  31:20
32:24 36:7 49:22
50:22 51:22 76:8

76:9 86:4,5 87:8
88:12,19 107:4
140:25 149:1
219:3 224:4
**employer**  86:6,8
86:22 283:25
**employers**  80:15
80:15,19 86:10,12
87:1,4
**encourage**  94:3,6
99:22 100:15
**encouraged**  100:7
**encouraging**
100:11
**ended**  121:10
237:3
**ends**  111:5 160:18
192:6 251:7
**engage**  18:3
**enjoyable**  296:10
**enjoyed**  104:7
**enroll**  87:11 107:5
153:21
**enrolled**  106:17,21
149:1
**enrollment**  23:4
84:5 90:11,13
91:21 140:6
148:24 153:23
**enrollments**  36:4
**ensure**  104:21
**entered**  101:8
131:23 278:4
**entire**  60:13 61:17
103:9 187:6
237:23 238:1
**entirety**  43:22
**entities**  19:9 47:3
109:14 279:11
280:6 281:10
283:17

**entitled**  1:13 259:6
288:12
**entity**  19:24 75:19
92:4 278:7 282:14
283:2 285:8
**entries**  199:25
200:15
**entry**  164:13
**equal**  56:17
**equinby**  2:6
**equivalent**  71:7,7
249:4
**erisa**  224:16
**especially**  15:3
60:14 285:20
**esquire**  2:2,3,3,9
2:15,20 3:2,7,15
3:20 4:2,3,9,14,19
5:2,8,15
**essential**  8:8
220:21,22,24
233:18,20
**essentially**  42:15
108:5 126:12
139:11 166:16
221:7 241:4,7
243:6 248:4
274:18 293:17
**established**  80:14
87:10 98:23
**estimate**  136:18
136:20
**estimated**  136:16
138:11
**estimates**  138:5
**et**  36:10 38:5 46:3
79:10 91:10 96:9
166:3 274:5
**ethan**  4:9
**evaluate**  134:18
136:22

**event**  263:7
**everybody**  109:24
111:13,15 130:20
160:25 208:13
**evidence**  260:24
297:6
**ex**  7:18,23
**exact**  151:14 167:5
173:11 256:22
**exactly**  139:8
174:14 180:8
246:5 256:15
257:18 261:23
**examination**  22:3
22:9 286:22,24
**examined**  11:14
**example**  42:20
89:2 158:5 160:6
182:8 188:23
221:21 222:25
**examples**  228:20
247:6 291:19
**excel**  7:14,20,23
8:3,4 169:13
**exception**  79:9
80:2 250:3,12
**exchange**  38:18
**exclusions**  108:3
108:17
**excuse**  17:15 19:8
34:5 62:18 79:20
88:3 96:25 99:13
112:14 122:12
152:4 184:21
188:8 189:9
209:16 226:21
229:23 235:20
268:5 269:3 274:1
**exemplar**  66:25
**exhibit**  7:3,5,6,7
7:10,12,14,20,20

HIGHLY CONFIDENTIAL

**[exhibit - fee]**                                                                Page 20

7:23 8:3,4,8,9,13
8:17,21 9:3,8,13
9:18 10:3,6,11
20:1 21:3,8,21
25:24 26:2,7 27:6
27:11,19 38:22
41:19,22 42:16
43:11,13,14 44:21
59:4,6 75:8 76:14
76:16 93:22 94:17
95:18 118:3,3,6
122:25 127:18
142:7 161:2,4
163:4 165:13,14
165:16,20,21
166:20,21 167:2,6
167:15 168:1,2,2,5
168:14,15 169:4
171:17,20 172:5
190:8,10,23
192:15 196:8
198:21,21,24
199:12 200:15,16
200:18,20 201:4
201:13 205:16,17
207:22 208:16,19
215:16,18,20
216:7 219:9,11
220:22 221:1
225:1 228:21
231:10,12 235:23
235:25 238:12,15
240:7,9 244:2,5
245:22,23 246:13
246:15,24 247:23
247:25 248:13,16
250:13 251:19
270:15 271:1,4
272:25 273:2
276:1 278:18
281:6 286:6,9

294:4,4 296:18
**exhibits** 8:1 9:1
10:1,13 120:16
204:7 216:14
217:8 247:4
**exist** 128:7
**existed** 123:23
129:10
**expand** 294:18
**expanded** 77:20
**expansive** 49:24
**expect** 168:8
173:10
**expense** 150:17
237:25
**expenses** 34:13
35:8,12 232:18
237:4
**expensive** 184:5
**expert** 106:1 174:9
268:7 290:7
**expiration** 67:14
163:25
**explain** 75:13
155:23 224:3,7
232:12
**explanation** 68:5
81:1 113:25
137:25
**explanatory** 177:1
**express** 4:17 97:8
97:11 101:22
103:19 256:24
257:3
**extended** 78:25
120:6 121:5
134:17
**extent** 23:11 45:3
51:1 75:16 90:10
91:20 107:3
108:21 109:19,22

112:6 130:24
132:9 133:1,6
141:13 218:20
221:1 272:19,23
283:17 294:18
295:1

**f**

**f** 2:3 49:2,25 84:23
297:3
**face** 78:3
**facilities** 35:9
**fact** 7:6,19 24:2,18
25:13 26:7 41:4
44:19,21,25 45:24
46:18 56:9 104:7
133:20 144:3
161:24 178:5
197:7 198:23
200:25 212:18
213:8 217:25
225:25 228:20
251:24 272:10,14
**factfinding** 60:24
**factor** 158:11
**factored** 185:16
185:22 204:20
**facts** 260:24
**failing** 159:5
**fair** 19:4 30:3,9
43:1 48:13 88:7
98:6 152:20 185:7
187:2 201:11
246:12
**fairly** 86:19 177:9
**faith** 136:18
**fall** 182:4 252:13
253:5
**falling** 159:17
**falls** 179:18
181:24 230:6
241:25 242:6

**familiar** 24:17,22
25:11 30:8 65:4
65:13 66:5 71:13
104:17 115:2
205:6 285:7
**familiarize** 28:4
29:3 43:4 192:15
281:5
**families** 287:9,15
**fantastic** 70:22
**far** 11:24 30:12
147:20 166:10
177:7 199:19
206:5
**fast** 14:7 76:23
138:16 142:4
278:19
**faster** 41:17
**fault** 70:14
**fda** 41:2 67:5
69:15 95:8 195:14
195:18,23 211:1,3
211:4 266:2
289:22 290:20
**fda's** 67:13,17
68:10 69:3 163:11
211:20
**february** 121:9,12
138:20 142:11,21
145:1 151:8
154:23
**federal** 18:16 88:4
113:17 181:24
185:11 232:23
235:11 243:11
**federally** 243:2
**fee** 34:10 93:2
139:12 148:25
157:16,18,24,24
158:12,22 186:13

HIGHLY CONFIDENTIAL

**[feel - form]**                                                      Page 21

feel  43:5
fees  87:12 144:2
  144:12 155:8
  201:10
feldman  4:9
felt  115:17
fewer  159:23
figure  185:22
  208:7 246:19
  262:16 284:15
figures  184:16
  186:14
file  146:22 295:17
filed  59:14 61:9
  62:13 70:3,10
  271:20 276:15
files  163:4 194:19
  271:25 272:3
  275:7 295:21
filing  72:7,17 73:4
  76:11 266:1
fill  103:1 156:15
  156:16 163:10
  164:14 175:4,9
  250:1,5
filled  67:2,3
  172:10,13,22
  173:3,6,22 175:2
  177:2 208:2,10
  241:16
filling  177:3
fills  158:6 199:8
film  250:22
final  167:24
finalize  123:15
finalized  123:18
finally  15:16 166:6
  247:17
finances  84:16
financial  116:13
  137:7

find  46:8 75:4 96:8
  121:23 123:10,19
  129:12 142:3
  209:24 224:1
  225:22 272:3,16
  272:17 274:8
finding  266:23
findings  278:5
finds  275:2
fine  44:6 66:22
  87:25 95:4 104:16
  110:14 111:3
  113:1 119:9
  125:25 127:23
  128:17 190:2
  209:22 219:1
  222:15 280:18
finish  15:8 16:6
finished  280:1
finishing  193:16
firm  11:6,8,19
  14:12,16 84:19,21
  84:22 85:1 252:22
first  7:3 10:3,8
  11:14 12:3 25:6
  26:1 39:24 45:9
  47:19 48:17,20
  56:5 57:22 59:24
  89:15 91:22 95:2
  95:3 99:21 119:14
  119:16,18 120:20
  121:10 131:20
  132:6 134:6 137:2
  138:7 152:19,21
  152:24 161:14
  176:1 188:24
  192:21 195:9
  199:24 206:4
  207:11 218:17
  232:18 247:9
  257:25 258:12,13

  262:14 271:12
  273:10
five  12:22 32:21
  32:24 43:12 57:22
  57:23 58:1 59:24
  111:1 215:2
  262:19,19,22
fix  11:25 99:13
flaherty  1:23 2:2
  124:2 252:21,24
  255:11 286:2
flaherty's  16:22
flip  143:7 201:4,12
  280:16
flipping  94:17
floor  4:20 5:15
florida  2:16 3:9
  62:24 63:16
flow  148:12
focus  36:11 62:21
  70:24 74:11 92:11
  93:5 103:12
  107:16 111:14
  129:19 131:20
  133:14 137:25
  153:15 155:8
  211:14 217:7
  274:22
folks  45:18,19
  188:15
follow  206:5
  226:23 280:13
following  107:22
  129:4 148:4 201:2
  237:7 263:1
follows  11:15
  25:10
font  20:2
footnote  66:21
  67:9,9 68:6

foregoing  297:7
  297:19
forget  25:5 111:15
forgetting  204:19
forgive  90:8
  120:15 121:8
  139:2
form  24:24 25:16
  28:15 33:16 34:25
  35:4 39:4 40:1,23
  41:7 49:9,15 55:8
  59:16 60:11 61:10
  61:21 62:5,15
  63:22 64:10,17
  65:10 66:1,14
  69:4,18 73:18
  75:16 79:5,16,25
  82:9,17 84:20
  85:17 88:21 90:13
  94:20 95:19 96:23
  101:18,23 104:24
  105:9 106:4
  109:15 110:7,11
  115:25 116:24
  117:10 121:14
  122:8 127:11
  129:16 133:4
  134:20 135:25
  138:6 139:20
  140:3,24 141:9
  144:15 149:13
  150:5,14,24 157:4
  161:18 162:12,17
  162:25 164:6,15
  165:2 167:5 170:9
  170:15,23 171:2
  171:14 172:25
  174:8,16,19
  175:11,17 176:6
  177:23 179:11
  184:7,20 186:1,16

HIGHLY CONFIDENTIAL

[form - given]                                                    Page 22

187:3 190:5
193:17 194:8,14
196:9,16,25
197:12,20 198:4,9
200:3,6 201:23
203:15,24 207:12
209:17 211:7,19
212:21 213:4,11
226:1,7 228:15
242:1 249:7,15
253:8,13 268:23
269:11,21 270:1,7
270:12,22 280:7
280:17 282:3,16
283:12 284:2,9,22
290:6 294:9,23
295:14,24
**formal** 50:14
**formatting** 26:13
**formed** 82:10
**forms** 34:11 82:15
90:11 229:13
230:16 231:1,3,7
**formularies** 71:5
74:19 98:7,10,14
99:10 133:21
207:18 231:7
234:3
**formulary** 71:13
71:16 74:6,21,22
75:1 96:6,8,11,15
96:18,21 97:1
98:2,4 133:17,18
133:19,21,25
134:2,5,9,11,19,24
178:13,15 205:12
206:4 207:11,15
207:20 208:9
220:23,25 221:2
228:9,20 229:5,13
229:20,23 233:23

233:25 241:24
242:3,7 248:18,20
**forth** 127:1
129:24 136:17
**forward** 41:11
49:8 56:16 95:22
144:3 195:11
238:24 257:24
268:15
**found** 40:8 145:14
175:1 266:16
**foundation** 79:16
163:1 164:7
175:19 176:7
177:24 203:16,25
207:13 249:8
254:19 264:18
277:1 290:7
**four** 12:22 188:24
206:15 217:9
218:19,21,22
231:1 269:13
**fourth** 116:10
147:7 234:21
**franchise** 75:25
**frankly** 67:21
**free** 43:5 108:13
280:15
**frequency** 151:18
**friday** 1:19 15:22
**front** 190:19
191:18,19 232:16
**fulbright** 4:2
**fulfill** 137:8
277:19
**full** 69:16 86:5
89:9 102:18
105:16,22 107:4
161:15 162:4
187:11,12,12,22
194:5 204:3

272:22
**fully** 35:24 124:20
124:21,23 283:21
283:23,25 284:5
284:11,16 297:6
**fund** 36:1 80:14
**funded** 34:4 80:14
124:16,17 284:17
**funds** 36:10 80:20
116:17,21 117:7
**furnish** 133:16
**further** 20:11
75:20 98:19
103:23 104:2
110:23 135:2
154:16 229:19
292:13 296:1,2
**future** 269:24

**g**

**g** 9:6,16 46:15,15
245:15,16 246:10
247:21,21
**gagne** 46:11 83:24
84:2,4,11
**gap** 121:9
**gather** 285:19
**gcoan** 4:21
**gears** 209:8
**gen** 182:18 187:2
187:10,14
**gender** 177:1
**general** 34:20 39:7
65:15 70:4 78:10
79:6,8 80:1
102:20 114:4
153:3 154:4
159:16 262:2
**generally** 22:23
30:8,21 40:7
41:14 42:8 56:1
71:15 77:6 91:13

94:16 102:7
117:23 134:12
137:5,9 152:15
153:17 157:24
197:21 230:24
233:22 249:4
256:16,23 259:7
263:6 277:17,23
**generic** 71:7 99:25
155:6,21 157:9,14
158:6,8 178:16,17
178:24 179:1,3,21
181:20 228:11
250:1,2
**generics** 159:10
179:1
**geoffrey** 4:19
**gerrity** 2:3
**getting** 42:10
45:19 50:2 64:6
67:23 111:13
122:25 144:11
146:4,6 150:10
160:11 167:18
186:4 196:23
209:1 216:4
250:19,19 254:22
258:16
**ghansel** 2:5
**give** 19:23 24:9
26:18 94:10
115:17 136:2
152:24 162:9
215:13 262:21,23
269:12 282:19,23
285:17
**given** 11:22 12:7
46:17 60:19 63:18
108:6 123:14
126:2 139:23
164:16,19 179:6

**[given - guaranteeing]**

191:15 193:20
272:7 280:12
285:4
**giving**  15:6 155:18
**glad**  91:11
**glitch**  227:23
**go**  13:5,18,20 14:6
16:7 18:18 20:1
20:23 21:7 23:18
26:19 27:5,5,6
28:7 29:13 30:3
33:2 35:11 40:6
41:19 43:12,13
44:3,4,6 46:23,24
48:16 50:7 52:23
54:17 55:23 60:1
62:17,19,19 63:11
63:11 66:16 69:20
70:12,20 72:5
74:8 77:13,14
80:9 82:19 86:1
87:19,21 90:23
91:9 92:10 93:4
95:1 98:18 99:16
102:12 105:23
106:11 107:4,15
110:17,24 111:13
112:25 114:6
116:8 117:15
118:2,3,4,5 119:13
119:14 120:14
121:2 124:11,25
125:10 128:10,14
129:18 131:8,13
131:18,22 133:14
135:3 136:11
137:1,21 138:16
138:22 142:2,13
142:14,24 145:9
145:19,25 146:9
147:20,22 150:25

151:10 152:11
154:5 156:21
159:7 160:2,3,15
160:15 161:1
165:13,14 169:4,9
170:7 171:17
172:9,20 173:14
174:1,21,22,23
177:13,14,21
183:3,16 184:9,15
190:8 191:3 192:2
197:25 198:20
199:1,17 200:19
201:13 202:10
205:1,16 206:7,16
207:21 209:22
214:23 215:1
216:17,23 219:9
220:9 221:19
222:13 223:6,17
224:20 227:14
228:6,19,23
230:10 231:10
232:18 233:7
234:6,20 235:23
240:7 241:9 244:2
245:21 246:13,23
247:23 251:4
252:5 254:5 271:1
272:16,25 273:17
274:15 275:15
278:19 279:7
280:18 288:7,8
289:5
**goal**  58:23
**goals**  128:1
**goes**  98:25 108:11
131:25 167:22
171:1,3 206:14
224:11 246:11

**going**  11:1,25 12:2
13:22 14:6,19,23
15:1,5,17,20 17:14
18:20 19:23 21:1
22:8,13 23:17
39:21 41:11 42:7
51:7 52:13 56:13
57:8,19 58:3,20
59:9 77:6,9 87:25
94:9 95:22 99:13
110:22 111:5
113:3 114:3 122:2
126:1 127:18,21
127:24 136:4
143:9 144:2 155:1
160:10,12,13,18
172:18 177:11
181:1 183:5 192:6
204:15 206:21
208:20 214:23,24
215:6 216:10
217:1 218:24,25
221:15 227:17
238:24 244:23
245:15 250:21
251:1,7 255:7
261:14,17 262:15
263:21,24 264:11
277:12 280:23
285:1 294:20
296:16
**good**  11:18 14:8
32:23 39:11,14
48:18 57:21 88:16
136:18 154:6,16
156:24 160:14
226:12 229:10
251:3 277:18
**gordon**  5:14
**gotcha**  107:14
183:8,8

**gotta**  260:11
**gotten**  16:5
**governed**  79:22
134:3 232:23
**governing**  78:8
**government**
113:17 181:24
**governmental**
280:5 281:10
282:14 283:2,16
**gpi**  177:8
**grant**  5:15
**great**  43:3 56:19
58:1 147:4 166:19
218:8 219:8 248:6
269:17
**greenberg**  3:14
**greg**  23:10 61:18
61:19 111:19
176:13 189:13
191:13 200:5
208:13 210:1
216:17 226:11
254:10,19 255:2
267:6 268:13
269:12 283:6
286:1
**gregory**  2:2
**group**  7:10 49:4
80:14,15,19 86:8
95:12 96:5 113:12
124:16 188:23
283:21,25
**gtlaw.com**  3:17
**guarantee**  159:13
226:10
**guaranteed**
155:10,12
**guaranteeing**
226:4

**guarantees** 153:17
153:18 154:1,20
159:5
**guess** 22:6 23:10
47:23 48:6 52:25
53:19 54:6 63:8
70:24 72:11 82:8
94:1 105:2 108:12
115:16 116:9
117:4,11 118:4
119:2 121:12
131:12 132:9
133:8 139:14,17
157:2 158:4
169:21 170:16
177:6 179:12
183:25 184:1,2
186:13 192:22
209:1 222:4
226:19 230:25
237:20 244:18
255:1 257:23
262:21 264:9
267:21 283:16
284:14
**guessing** 244:22
**gull** 167:10
**guys** 136:11

**h**

**h** 7:1 9:11,21
173:21 187:25
245:19 246:1,3,10
248:8
**h.j.** 4:23
**half** 21:9 22:10
31:2 94:24 154:15
159:9 234:13
244:20,21 246:4,5
**halfway** 229:9
**hampshire** 89:3,7

**hand** 51:2,19
76:20 189:6
197:24 236:25
260:3 266:20
**handle** 216:24
**handled** 83:10,10
83:18 97:1 103:18
114:18,19 117:12
258:10 259:13
**handles** 46:8
83:25 84:4,7
**handling** 36:4
152:9
**hands** 249:20
267:2
**handwritten**
119:20
**hannaford** 241:15
**hansel** 2:2 6:5 18:6
23:14 24:21 25:16
27:21 28:15 29:5
33:16 34:25 35:4
39:4 40:1,9,23
41:7 43:10 49:9
49:15 55:8 59:16
60:11 61:10,16,21
62:5,15 63:22
64:10,17 65:10
66:1,14 68:12
69:4,18 75:15
79:5,15,25 82:17
82:19 85:17 88:21
89:18,23 94:20
95:19 96:23
101:18 104:24
105:9 106:4
109:15 110:7,11
111:21 112:14
115:25 116:24
117:10 121:14
122:8 127:11

129:16 133:4
134:20 135:25
139:20 140:3
141:9,22 144:15
149:13 150:5,14
150:24 152:18
154:6,11 157:4
161:18 162:12,17
162:25 164:6,15
165:2 168:7,11,17
168:22 170:9,15
170:23 171:2,14
172:25 174:8,16
174:19 175:11,17
176:6 177:23
179:11 184:7,20
186:1,16 187:3
189:9,14 190:5
191:10,14 193:17
194:8,14 196:9,16
196:25 197:11,20
198:4,9 200:3,7
201:23 203:15,24
207:12 209:16,23
211:7,19 212:21
213:4,11 216:13
216:19 226:1,7,9
228:15 242:1
249:7,15 253:8,13
254:7,11,17,23
255:4,13 258:23
260:23 264:18
267:4,8 268:5,23
269:11,15,21
270:1,7,12,22
277:1 280:7,11
281:11 282:3,16
282:23 283:3,7
284:2,9,22 285:15
285:24,25 286:2,5
286:7,17,22,25

287:4,6 288:1,5,10
288:22 289:4,8,17
290:2,15,25
291:14,24 292:6
292:12,25 293:8
293:19 294:9,22
295:5,8,14,24
296:2
**happen** 17:23
**happened** 30:9
53:21 171:12
193:24 194:1
196:4 263:4
**happens** 58:24
**happy** 68:4 296:7
296:9
**hard** 199:19
270:19
**harkins** 4:23
**harms** 214:1
**hct** 42:22 229:14
230:17 249:3
**hctz** 234:17,24
**head** 13:12,12
87:24 224:22
232:10 247:9
250:7
**heading** 199:6,15
**headings** 175:25
176:5
**headquartered**
51:17 85:1
**health** 33:21 45:15
55:3 76:5 86:9
95:13 96:5 122:4
122:6 124:16
139:17 182:18
187:2,10,12,13,14
217:11,14,19,20
232:13 243:17
283:21,25

**healthcare** 3:12
33:14 37:14,21
64:7
**hear** 42:7 111:16
111:17,19
**heard** 106:20
129:3 210:11
253:18
**hearing** 81:10
111:25
**held** 13:23 113:4
121:18 192:8
217:2 280:24
**help** 36:6 41:16
46:8 210:13
211:17 216:2
222:10 228:19
255:3
**helped** 46:5 84:12
**hetero** 64:22
**hey** 149:2
**high** 217:11,13,19
217:20 219:1,6
224:5 232:13
235:7 243:16
245:12 247:15,18
**higher** 181:10
241:6,16
**highest** 7:22 166:1
167:17 208:7
**highlighted**
101:13 173:18
**highly** 1:9 10:13
26:3 43:15 118:7
165:17 166:22
171:21 176:9,12
190:11 205:18
215:17 244:6
245:24 246:16
248:1

**hinshaw** 4:19
**hinshawlaw.com**
4:21
**hint** 190:6
**hipaa** 129:20
131:4,6,12
**hmos** 93:2
**home** 158:20
221:5,12
**homestretch**
250:21
**hone** 34:17 67:19
**honest** 266:12
272:8
**hope** 38:14 160:25
**hoping** 15:22
**horizontally** 190:2
**hospital** 95:9
108:7,21 109:22
110:4
**hospitals** 109:12
150:15
**hour** 15:24 57:19
59:11 209:4
**hours** 22:10,11
31:2 86:6
**household** 279:15
279:24
**how's** 112:22
**hsa** 8:14,22 92:22
92:23 113:16,20
139:16 143:4
181:21,25 182:18
182:23 185:9
186:23 187:1,12
187:13 188:21
189:6 190:7
217:11,13,18,19
218:4,25 231:20
232:11,13,17,22
232:25 233:22

234:3 235:2,7
237:14,17 240:16
243:16 245:12
247:14,15,17,18
**huahai** 3:12,13
37:13,15,20
**huge** 168:9
**human** 33:9,20
**humble** 291:7
**hundred** 86:15
**husch** 4:13
**huschblackwell....**
4:16
**hydrochlorothia...**
42:21
**hypertension**
40:22 41:6 209:14
210:6 211:5,16,18
212:10,14,19
213:3,8,17 249:14
**hypothetically**
212:17

**i**

**i.e.** 24:5
**idea** 123:11
126:20 164:12
178:11,12 182:13
186:7 203:17
204:19 249:9,17
**identical** 169:2,3
181:18,19 183:1
220:2
**identification** 21:4
26:3 41:23 43:15
59:7 76:17 118:7
165:17 166:22
171:21 190:11
205:18 219:12
231:13 236:1
240:10 244:6
245:24 246:16

248:1 271:5 273:3
**identified** 109:23
117:21 291:15
**identify** 48:21
104:21 105:7
152:15
**identifying** 176:10
215:20 216:8
**identities** 83:21
**identity** 101:11,15
**ids** 202:16,16,17
**illinois** 3:16
**immediately**
215:23
**impact** 242:18
**implies** 123:8
**imposed** 239:15
**impossible** 171:10
208:1
**impure** 294:7
**impurities** 260:21
292:18
**impurity** 68:8
164:5 211:6,9
213:10
**inaccurate** 75:6
**incentives** 29:17
127:5
**include** 62:23
109:11,14 110:4,6
135:15 196:7
280:5 281:9 282:2
282:13 283:1,23
283:24 284:8
290:16
**included** 69:17
71:5,18 128:7,19
129:1 135:17
141:14 157:21
161:23 185:24
228:13 243:4

254:23 256:12
281:25 282:11
283:17 286:13,20
**includes** 94:7
215:20 241:17
**including** 42:24
99:24 162:15,22
**incorporated**
284:25
**increase** 262:25
263:3
**increased** 263:6,8
**increasing** 263:13
**incur** 267:19,22
**incurred** 28:8
237:25 269:2
**independent**
136:15
**indicate** 128:6,25
190:3 204:10
224:17 261:13,17
263:20,24
**indicated** 67:3,4
238:12
**indication** 50:6
201:21
**indicator** 178:16
179:16,21 180:1
**indirect** 270:10
**individual** 33:9,20
50:23 52:12 79:23
93:25 130:23
140:21 176:23
178:7 180:17
186:23 201:1,6
221:25 233:1
241:1
**individual's**
156:19 202:12
**individually** 156:2
177:21 264:11

**individuals** 24:12
24:15 88:19
104:22 150:16
218:13 239:21
240:21 279:11
281:14 292:5
295:16
**ineffective** 40:21
**info** 7:24 51:18,20
52:1
**inform** 214:1
254:14 255:11
**information** 19:15
24:1 26:24 27:2
27:10,14,19 28:18
28:24,25 29:2,16
40:3 44:25 46:5
48:21 51:4 52:12
60:10,19 63:18
73:20 74:24
114:14 115:10,13
132:1,7,10 136:6
136:15 153:23
162:1 163:3 165:9
168:4,5 169:2
176:10 194:19,21
200:10,24 202:4,6
215:21 216:8
235:19 248:5
254:15 255:2,6,16
256:7,11,16 257:4
258:9,15,16,17,19
258:21 259:8,8,14
259:17 271:10
272:3,17 273:8,14
294:12 295:11,15
**informed** 255:16
**ingersoll** 5:2
**ingredient** 280:1
**inhouse** 97:22

**initial** 258:2
**initially** 54:7
**initiate** 99:22
148:1
**initiated** 100:7
**initiation** 127:25
**initiatives** 93:11
**injunction** 39:3,8
**injunctive** 39:15
270:20 288:18
292:23 293:3,15
293:18,25
**injury** 223:14
**inpatient** 107:23
108:6,20 110:5
**inpatients** 109:13
**insert** 73:25
**inserts** 73:17,22
74:5
**insolvent** 137:11
**instance** 67:1
**instances** 105:12
105:15
**instant** 17:20,24
**institute** 93:9
**instruct** 40:4
258:25
**instruction** 16:3
**instructions** 16:10
**instructs** 41:15
**insulin** 239:22
**insurance** 8:10,14
8:18,22 9:4,9,14
9:19 10:6 12:13
18:14,23 34:15
35:19,25 47:24
48:2,10 49:4
50:13,19 51:15
52:16,19 75:14
76:10 78:15 81:15
95:23 100:2 112:7

113:10,12,17,21
113:23 182:4
185:2,20 201:9
204:18 220:1
232:20 235:13,14
238:11,11 239:6
239:25 243:20
265:13 274:20
**insure** 105:7
**insured** 35:24
124:20,22,23
193:3 283:21
284:1,5,11,16
**insureds** 24:4
193:3 258:1
**insurer** 35:23
101:5 201:4
284:12
**insurers** 36:2
**intend** 109:11
280:5 281:9
283:23,24 284:7
**intended** 188:1
279:14,23
**intending** 282:1
**intends** 283:1
**intently** 63:17
**interest** 139:7
**interests** 58:17
75:25
**intermediary**
65:17
**internal** 85:12
152:3 244:12
**interpretation**
12:14
**interpretations**
36:5
**interrupt** 15:5
33:3 51:7 68:2
273:16 281:18

[interrupt - know]                                                                Page 27

283:7
**interruption** 14:9
**investigate** 27:12
  27:18 266:5,6
**investigating**
  60:24
**investigation**
  211:23
**invoice** 148:4
**invoked** 137:17
**involve** 100:1
**involved** 12:23
  48:9 97:9 103:4
  103:10 151:23,24
  276:12
**involvement** 48:7
  58:14
**involves** 129:5
**involving** 116:22
  117:8 122:5
**ipad** 12:2 20:4
  111:24 112:18
**iron** 120:1
**issue** 12:13 27:13
  33:24 40:16,20
  63:4 93:20 98:16
  106:16 170:2
  175:9 209:12
  210:5 211:1
  227:13 228:8,14
  248:22 294:3,19
**issued** 109:22
  132:20 157:24
  174:13 181:24
  289:22
**issues** 77:22
  153:23
**item** 88:11 157:7
  157:15
**items** 155:6 172:6
  185:24 234:18

| j | k |
|---|---|
| **j** 175:2,9 | **k** 5:3 |
| **janow** 5:2 | **kanner** 2:20,22 |
| **january** 7:17 27:1 | **katherine** 4:3 |
| 161:13 169:16,19 | **katherine.lett** 4:5 |
| 169:25 237:8 | **keep** 14:19 41:13 |
| 279:13,22 | 51:7 53:9 57:22 |
| **jersey** 1:2,17 | 77:4 122:16 149:5 |
| 62:24 63:17 | 177:11 251:1 |
| **jmlstern** 3:10 | 296:20 |
| **job** 47:14 | **keeping** 126:17 |
| **jog** 119:3 | **kept** 217:22 |
| **john** 5:15 | 266:23 |
| **join** 86:21,21 | **keyboard** 17:12 |
| **jonathan** 5:2 | **kicked** 222:6 |
| **jonathan.janow** | **kill** 42:4 138:15 |
| 5:5 | 206:17 |
| **jr** 1:6 6:3 11:13 | **kind** 92:25 100:12 |
| 12:6 | 100:12 113:22 |
| **judgment** 128:12 | 198:17 231:22 |
| **judgments** 128:18 | 243:14 |
| **july** 147:7 195:6 | **knepper** 4:14 |
| 195:10 196:4 | **knew** 245:14 |
| 257:20 | **know** 12:22 14:25 |
| **june** 58:22 | 15:2,13,21,25 |
| **justin** 3:7 5:21 | 17:24 20:3,5,8 |
| 11:6 26:1,13 42:5 | 23:5 25:23,25 |
| 43:20,25 50:9 | 26:17 30:4 38:2 |
| 66:18 76:23 | 41:13 43:7,21 |
| 103:25 118:17 | 44:2,19,20 45:7 |
| 128:14 152:21 | 53:13 54:3,9 55:5 |
| 159:11 166:7 | 55:5,9,10,13 60:9 |
| 167:8 169:8 | 60:20 62:6 63:7,9 |
| 173:18 191:4 | 63:10 67:21 68:16 |
| 208:19 216:2 | 68:18,23 70:5 |
| 221:22 233:7 | 84:22 87:23 88:3 |
| 236:22 238:19 | 88:6 96:14 97:4 |
| 250:24 251:2 | 97:11 98:1 101:11 |
| 279:8 286:5 287:4 | 101:15 102:2,21 |
| 288:5 289:4 | 103:3,9 108:11,17 |
| | 110:16 112:1,1,16 |

115:6,8,23 117:3
118:23 119:3
122:20 127:2
129:3,10 130:18
131:8 132:24
134:15 135:18,21
141:15,18 145:3
147:12,13,20
152:25 154:9
156:4,10 157:22
161:5 162:3
163:15,17,20
165:3 170:3
172:11,14 175:23
176:19 177:6,6,7
177:17 178:2,4
179:4,14 180:8,10
180:14 182:19
184:1,17,18,22,25
185:16 186:5,8,14
186:21 187:8,9,14
187:16 191:13,20
193:23 194:1,3,24
196:11,18 197:4
198:12 201:20,24
202:3,7,18,23
203:9,11,19,20
204:1,23 205:15
208:14 211:14
213:7,21 214:21
224:22 228:2,10
230:7,8 231:2
237:19 242:20
253:17,20 254:4,6
258:3,4,14 262:4
262:10,10,22
263:12 264:19
266:15,17 272:24
278:10 285:18
286:1,12,19
287:12 294:11,14

HIGHLY CONFIDENTIAL

[knowingly - list]                                                    Page 28

**knowingly** 285:11
**knowledge** 19:19
  19:20 24:3 46:17
  54:24 62:11 72:9
  72:12,13,22 73:8
  73:24 93:16 96:7
  99:6,14 101:22
  115:18 116:3
  124:6 126:10,11
  127:25 128:18
  129:13,17 135:16
  149:16 152:2
  153:3 164:11
  188:10,14 189:2
  195:17 203:20
  204:12 212:3,12
  213:12,18,19
  228:7 234:2,5
  249:2 263:16,19
  266:13 268:25
  276:10 277:2
**knowledgeable**
  18:13 55:4
**known** 45:14
  218:5 285:8
  290:11,17 292:17
**knows** 20:18 91:25
**kristen** 5:8
**kristen.richer**
  5:11

**l**

**l** 5:20 84:23 172:9
**label** 74:1 177:19
  178:2 203:3
**labeled** 245:19
**labels** 73:17,21
  74:4
**labor** 253:12
**lady** 20:18 46:7
**lag** 15:4

**land** 246:10
**language** 20:13
  120:1 153:16,17
**laptop** 17:1,3,7
**large** 120:10
**latest** 175:1
  239:20
**law** 1:21 11:19
  12:15 130:24
  235:11
**law.com** 2:22
**lawsuit** 36:12,13
  38:14 39:18 72:7
  109:5 264:13
  266:1 276:8,16,19
  288:25 291:19
**lawsuits** 264:16,22
  276:12
**lawyer** 39:12
**lawyers** 38:7
  56:24 77:4 291:10
**layperson** 291:5
**layperson's** 291:2
**leading** 286:21,24
  287:2,25 288:20
  289:15,25 291:12
  291:21 292:2,10
**leads** 166:3
**leaning** 111:24
**learn** 159:22 195:5
**learned** 136:19
  258:6
**leave** 20:15 94:15
  165:14
**leaves** 199:24
**leaving** 158:11
**left** 14:25 38:18
  51:9 110:20,24
  118:20 166:10,13
  174:22 177:11
  178:18 188:20

189:18 206:10
  230:12 236:21,25
  250:16 267:2
**legal** 21:16 29:6
  30:22,23 31:4
  40:24 49:10 85:9
  85:9 97:24 109:16
  110:12 128:12,19
  128:25 139:7
  170:10 174:9
  175:18 188:12
  194:9,15 196:17
  197:1,12 252:24
  254:15,21 255:12
  255:22 256:4
  260:17 268:8
  270:23 281:12
  282:4,17 283:8
  284:3 285:2 291:3
  293:1,9,19
**legislative** 58:20
  59:1
**legislature** 58:14
  58:18 76:1 239:15
**leisure** 280:16
**lengthy** 160:12
**leon** 2:15
**lett** 4:3
**letter** 182:19
  245:15 246:20
**letters** 246:10
**level** 15:5 148:24
  218:18 239:17
**levels** 36:7
**levin** 2:9
**lewis** 3:20
**lewisbrisbois.com**
  3:22
**lfsblaw.com** 2:11
**liability** 1:7

**licensed** 33:4
**lieu** 139:4 222:11
  224:5
**life** 35:24,24 76:6
  124:20,23
**light** 114:2
**likewise** 116:3
  213:25
**limit** 182:4 220:1
  291:23
**limited** 51:2 99:24
  100:3 105:12
  113:24
**limiting** 69:2
  291:18
**limits** 220:2
  238:14 239:21
**line** 10:18,19,20
  10:21,22,23 149:4
  285:2
**lines** 42:19 107:20
  114:10 144:13
  155:22 183:12
**link** 215:18,19
  216:14,22
**list** 7:5 8:8 21:15
  22:25 24:11,15
  42:2,3,16 43:5
  45:2,20 51:22
  52:11 55:3 67:13
  67:15,21 68:11
  69:3,14 71:17,20
  86:9 96:14,15
  98:25 99:18,19
  113:18 115:2,7
  134:12 149:20
  155:9 164:4,13,17
  164:20 172:6
  173:4 175:4
  178:15 181:24
  185:11 220:21,22

HIGHLY CONFIDENTIAL

**[list - mada]**                                                        Page 29

220:25 230:8
233:18,19,20
234:9,15 243:1,4
248:23 287:9
**listed** 22:21 37:5
54:24 55:1 65:7
65:20 178:18
186:6 243:10
287:17 288:4
**listen** 14:14
**listening** 38:8
**lists** 45:4 57:6
66:24 229:13
230:16 248:19
**literally** 77:10
261:10
**literature** 72:18
72:23
**litigation** 1:7 11:5
85:24 268:4,21
274:3 278:4
**little** 13:5 20:2,5
20:22 26:14 41:16
41:17,20 52:14
55:5 75:11 89:11
98:18 110:22,25
112:21 114:2
125:10,19 131:1
146:3,7 154:16
156:21 173:24
174:1 175:24
182:8 199:19
226:19 234:10
238:8 257:17
**lives** 89:7
**living** 89:2
**llc** 2:20 3:12 37:15
37:21
**llp** 2:9,14 3:2,7,14
3:20 4:2,19 5:14

**local** 2:13 51:16
84:24 85:2 283:17
**located** 64:4
**long** 12:18 22:8
30:25 47:18,19,22
59:11 110:24
114:11 159:13,21
191:17 208:19
209:11 226:24
228:3 243:8,10
293:23
**longer** 92:21
**look** 24:20 25:14
25:19 30:4,5 43:7
49:2 50:23 60:12
69:14 71:3 119:15
125:1 127:19,21
131:9 137:2
139:15 141:1
148:23 151:1
155:4 157:7
158:16 166:10
179:2,20 182:16
183:2 189:25
198:20,22 214:24
216:17 221:20
224:20,23 225:5
225:18 227:7
228:6,18,19
230:15 231:6
233:5 271:19
275:6,11,21 285:4
287:12
**looked** 23:1,2,6
25:21 27:11
120:24 121:5
134:14 159:21
173:11 189:12
199:2 207:7
220:23 228:22
231:2 243:3 247:5

248:13,18,19
251:23 278:23
284:15
**looking** 24:19,23
25:14 32:20 78:21
81:22 92:15
102:17 104:11
110:1 114:9 116:9
130:8 131:5 134:7
142:9 154:8,19,24
157:2 163:24
176:20 182:10
185:19 188:22
189:1 200:20
225:14 233:20
235:20,21 236:10
244:11 278:25
282:13
**looks** 26:13,16
42:2 46:1 49:2
119:1,21 121:1,2
138:23 143:22
144:10,12 151:11
154:25 156:23
173:2 175:25
186:25 199:19
208:4 217:8,17
219:21,25 220:20
221:24 230:16
273:8
**los** 5:10
**losartan** 11:5
**lose** 81:17 103:24
**loss** 7:8 28:8,12
36:25 59:13
271:14 287:8
**lost** 188:22 213:10
**lot** 18:20 56:19,21
155:5 163:17
**lots** 67:5

**louis** 4:15
**louisiana** 2:21
**lower** 156:17
206:2 241:5,14
247:2
**lowered** 139:11
**lowest** 7:21 166:1
167:16 245:3
**lunch** 146:4,6
154:7 160:14
161:1 190:15

---

**m**

**m** 3:15 4:19 115:3
187:25
**m.l.** 3:7
**mac** 115:2,7
125:18
**mada** 2:7 7:4,10
7:16 8:6 10:5,6
18:22 19:9,14,24
24:13,14 27:1
28:9,25 29:1,18
30:4 32:8,18
33:14 34:21 35:18
36:13,15,23 37:4
38:13 39:1,14,17
39:24 40:19 41:4
42:12 44:15 45:2
46:3,5 47:24 48:1
48:4,9,12,23 49:7
50:2,17 51:12
52:1,2,5 53:5,9,13
56:2,5,11,15,21
57:15,15 60:7,9,14
60:22,23 61:8,14
62:3 63:2,7,15,17
63:20 64:1,7,16,21
64:21 65:4,8,13,23
65:24 66:5,12,24
67:1,4 69:2,10,25
69:25 70:2 71:22

HIGHLY CONFIDENTIAL

72:4,8,8,13,18,22
73:5,8,16,20,24
74:4,13,21,25
75:14 76:10 77:1
78:22 79:2,12,23
81:9,15 82:22
83:3,22,23 84:18
85:4,12,21,22 88:1
90:7,14 91:17,24
92:6,24 93:16,18
93:20 94:17 96:17
98:3,10,14 99:6,9
99:14 100:6 101:8
101:11,15,25
102:7,9 103:3,8
104:7,20 105:5,6
106:3,8,14,21
107:8 109:7,11,13
110:2,15 114:20
114:24 115:6,9,18
115:23 116:3,20
117:4,4 119:14
120:12,19 121:21
122:4,12,16 123:9
123:25 124:3,7,16
125:7,8,14 126:1,8
126:14 127:1,24
128:5,17,24 129:7
129:15 130:11
132:6,11,13,19
133:1,2 134:6,8,18
134:24 135:11,13
135:19 136:19
137:11,14,18
139:9,24,24
140:18 141:7,15
141:18 143:3
144:6,14 145:2,9
145:23 146:12,15
147:16,18 148:17
148:21 149:2,6,10

149:16 150:13
151:19,20 152:2,8
152:14 155:10,18
156:14 157:11
158:6,10,12,25
159:16 161:13,16
161:20 162:5,10
162:15,22 163:3,9
164:3 165:5,10,10
169:18 170:7,20
171:6,9 172:11
174:5 175:15
179:22 185:5,23
186:12 188:8
191:7 192:20,25
193:23 194:6,18
195:2,5,13,17,22
196:6 197:7,9,16
200:9 201:5 202:3
202:6 203:5,11,19
203:20 204:3,9,12
204:19,22 206:2
211:17,23 212:4,8
212:12,19 213:3,9
213:14,23,25
214:1,4,5,9,10,13
214:14,19 217:7,9
217:13,17,22
219:21 220:16
224:17 225:17
226:4,20,22 227:3
228:12 229:22
231:2,21 232:3,7
234:2 236:15
239:2 240:4
242:18 249:6,11
251:25 252:17,25
254:15 255:12,22
257:8,25 258:6
259:10,20,23
260:1,8,12,15,21

261:3,6,19,25
262:6 263:1,12
264:1,4,22,22,25
265:8,12,16 266:1
266:5,15,18 267:1
267:15,19,22,25
268:2,3,17,19,20
268:25 269:9,19
270:19 271:16,24
274:3,6,22,25
275:4,17 276:5,8
276:11,15,18,20
276:24 277:4,7,15
277:18 278:1,4,8
278:13,16,24
279:3,10,20 280:4
280:5 281:9 282:1
282:13,25 283:1
283:19,20,23,24
284:16,19 285:11
290:5,17 291:3,16
291:18 292:16,24
293:6,17 294:5,14
294:18 295:3,11
**mada's** 19:19
22:12 24:2,3,18
25:12 26:7 28:12
29:10 30:22 44:21
51:1 52:18 53:17
56:2,24 62:23
68:10 69:17 78:8
82:5,25 83:6
84:15 85:5 88:20
89:1,8 92:19 93:8
95:12 96:4,21
100:23 102:21
108:2,8 110:3
113:12 114:15
117:6 129:13
142:16 148:15
161:11 162:3

164:10 169:5,24
175:9 183:25
184:2 189:2
196:13,20,21
203:20 205:13
207:10 209:10
210:4,8,21 211:6
213:19 221:25
228:7 242:24
249:2,5,23,25
252:11 257:2
259:19 260:20
263:16 264:5
265:2 266:13
273:25 279:17
295:21
**madam** 25:4
**mail** 17:10,23
99:25 102:19
103:3,7,8,15,16
144:20 158:16
179:9,10 221:8,17
**mails** 17:14,17
53:5,6
**maine** 1:25 2:4 8:9
8:13,17,21 9:3,7,8
9:12,13,17,18,22
12:15 18:14,22,23
19:2 21:19 32:25
33:5 45:15 49:3
50:12 51:17 55:4
58:14 62:24 63:16
64:4,5 75:17 76:1
81:24 89:2,10
122:4 188:6,7
244:20,21 245:19
245:20 246:4
247:2 248:6
253:23
**maintain** 52:5
94:4 133:16

HIGHLY CONFIDENTIAL

[maintain - medication]                                                      Page 31

165:10
**maintained**  47:23
**maintains**  50:18
  53:13
**maintenance**
  104:3 179:16,19
**making**  58:25
  83:17 176:7
**manage**  83:8
  100:22
**managed**  152:3
**management**
  93:10,10 97:1
  100:21 122:13,18
**manager**  29:19
  72:14 73:2,25
  96:21 100:24
  101:9,16 102:8
  114:14 116:16,18
  203:22
**managers**  97:15
  218:18
**managing**  139:12
**mandate**  239:11
  239:13
**manner**  97:25
  153:24
**manufactured**
  279:15,24
**manufacturer**
  12:14 65:18 66:8
  70:7 101:3 109:1
  177:8,12,19
**manufacturer's**
  101:3
**manufacturers**
  116:16 135:4
  265:17
**march**  7:11 21:17
  49:4,8,14 78:4,13
  79:19,21 98:11

119:19 120:22
121:3,6,10,12
138:19 142:11,21
144:25 151:8
154:1,22 217:16
219:20 229:6
231:20 236:7
237:19 240:16
244:16 247:2
**margin**  119:20
**marital**  91:10
**marked**  10:11
  21:3 26:2 41:22
  43:14 59:6 76:16
  118:6 165:16
  166:21 171:20
  190:10 205:17
  219:11 231:12
  235:25 240:9
  244:5 245:23
  246:15 247:25
  271:4 273:2
**massachusetts**
  4:20
**match**  202:16,21
  221:25 289:18
**matched**  289:13
**matches**  180:9
**material**  74:4
  248:11 254:24
  267:5
**math**  140:9 158:14
  158:23 241:7
**matt.knepper**
  4:16
**matter**  1:13 14:2
  35:17 248:22
  258:8 297:8
**matters**  81:8
  124:4 131:3 152:9

**matthew**  4:14
**max**  177:5
**maximum**  112:6,8
  113:8 114:11,25
  115:5,6 125:21
  232:21 233:5,9
  243:17,20
**maximums**  185:21
  235:17
**mbr**  164:21,22
  180:18 181:13
**mckesson**  4:7
**mean**  33:3 37:16
  42:17 51:7,20
  59:15 68:1,8,22
  79:8 81:2 85:6
  112:8 121:3 130:9
  139:8 157:11
  164:19 166:4,17
  169:2,16 172:3
  176:5,22 177:7
  178:22 179:17
  180:20 181:13
  184:5 193:7,8,14
  194:12 201:5
  203:1,5 205:5
  208:24 211:11
  227:12 239:13
  248:24 255:2
  271:17 273:15
  281:18 283:11
  291:17
**meaning**  16:5
  68:20 108:5
  197:18 243:12
**meaningless**  255:7
**means**  67:21
  164:22 176:19
  178:6 180:2,8,14
  180:20 187:15,17
  247:21 293:3

297:21
**media**  11:3 58:3,8
  110:20 111:5,10
  160:18,23 192:6
  192:11 250:16
  251:3,7 280:22
  281:1
**medicaid**  282:14
**medical**  7:10 8:11
  8:19 9:5,10,15,20
  36:1,3 49:4 77:21
  77:24 124:18
  140:7 149:22
  176:10 212:4
  236:22 244:13
  247:3 269:24
  277:10
**medically**  104:6
**medicare**  104:12
  104:22 105:11,13
  105:23,24 106:2,2
  106:11,17,22
  107:2,4,5,6,7,9,12
  281:21,23,25
  282:2,7,8,14 283:2
**medication**  7:5
  18:8 24:12 36:17
  36:18,19 41:5
  57:6 68:9,11 70:7
  94:8 97:2 100:13
  100:16,17 107:22
  109:22 113:16,22
  135:17 152:5
  156:8 173:24
  178:18 179:19
  181:15,20,23
  182:25 183:23
  184:5 193:2,4
  194:6 195:25
  196:7,14 198:2,17
  203:2,6,23 205:6

HIGHLY CONFIDENTIAL

[medication - modifications]                                              Page 32

211:4 212:20
213:2 214:15
222:10 241:25
243:9 249:14
**medications**  24:16
29:20 30:1 36:15
37:1 38:16 42:2,8
42:9,12,14,15,16
42:23,24 43:5
45:4,20 53:11,15
63:11 64:3,14
65:18 66:8 69:16
71:17 74:5 79:3
79:13 85:24 93:22
93:24 94:2,5
95:18 101:2,6
104:4 106:16
108:19,23 109:19
113:18 116:5
128:21 132:15
134:8,12 140:22
141:19 149:11,18
185:10 196:6,23
197:8 200:11
201:22 204:4,24
214:5 224:5 226:5
226:17,25 227:10
229:16,20 234:15
235:4,9 238:23,25
243:25 248:19,25
249:5 258:2
267:21 268:3,20
292:19,20 295:16
295:19
**medicines**  95:8
234:9 242:22,23
243:2
**meet**  58:22 159:5
**meeting**  20:12,15
30:25

**meetings**  34:9
**member**  33:8 67:3
75:1 82:11 92:19
116:13 138:24
158:6 160:9
164:22 176:1,1,2
180:20 181:12,16
182:1,12,12,24
183:3,4,13,20
193:8,14 201:3,22
213:14 214:4,9,13
214:17,17 235:3
241:5 243:7 267:3
276:24
**member's**  181:1
181:14 184:18
**members**  7:17 8:6
27:1 32:13,16
40:21 42:13 56:12
56:14,17,20,22
62:24 63:3,7,9,10
74:22 76:7 79:23
80:16 85:22 89:17
102:22 103:8,17
104:7 106:15,21
135:6 139:7
156:15 159:19
161:13 165:10
191:8 192:20
196:14,22 197:7
204:4 209:13
210:6 211:25
212:5,8,13 213:25
217:7,10 218:8,11
249:24 250:1
258:1,5 259:24
260:1,5,20 266:14
266:15,19,23
267:16 269:1,25
292:20 295:12

**membership**  76:2
**memberships**  34:9
**memorial**  1:23
15:22 296:8,9,11
**memorized**  37:7
**memory**  119:4
161:7
**memos**  85:9
**men**  33:5,23 93:25
93:25 94:1
**mention**  65:1
83:13 88:15
148:20 225:6,23
259:12
**mentioned**  23:6
30:15 34:18,18
51:18 60:15 83:24
106:19 123:7
124:20 164:25
186:11 194:12
225:9 227:11,23
232:24 259:7
272:12
**mentions**  68:17
90:18,19 113:10
129:23
**merely**  61:2
**mergers**  47:3
**mess**  35:2
**message**  17:24
**messages**  17:20
**messed**  207:3
**messy**  26:14
**mestre**  2:14
**met**  22:25 30:15
30:22 112:6
277:20
**method**  147:24
**metric**  180:7
**miami**  2:16

**microphone**
210:20
**microsoft**  166:11
**middle**  20:11
82:21 90:24 99:17
125:14 126:17
206:10 245:16
248:8
**midst**  59:1
**milligram**  173:23
175:3
**million**  135:24,24
**mind**  23:12 35:7
35:10 131:9 210:1
**minus**  157:9
158:10 199:23
**minute**  26:18
42:11 109:3,4
**minutes**  31:23,24
57:20,23,24
110:20,25 154:10
189:22 208:22
209:4 250:16
**mischaracterizat...**
286:16
**mischaracterizes**
186:17 291:21
**misleading**  200:7
**misrepresentatio...**
71:6
**missed**  175:7
**missing**  177:13
**missouri**  4:15
**misspelled**  187:25
**misspoke**  79:20
**misstated**  134:1
**mistake**  98:20
**mode**  26:23
**modifications**
274:5

HIGHLY CONFIDENTIAL

**[modified - number]**                                      Page 33

**modified** 120:10
**moment** 94:11
    128:23 206:20
    287:11 289:9
**money** 34:21
    36:15 39:2,21
    51:25 52:9 117:19
    148:10,14 149:5
    150:3,3,4,10
    184:15 262:9
    279:14,23
**monitor** 17:5
**monitoring** 84:15
**month** 33:22,22
    87:6 138:12,25
    139:1,3,10,16,25
    140:1,11,14 143:4
    146:25 160:9
    181:7,9,10
**monthly** 9:4,9,14
    9:19 51:21 247:1
**morning** 11:18
    14:8
**morris** 3:2,7 11:20
**mouth** 272:12
**msp** 285:8,12
**multiple** 49:23
    169:13 268:6
**municipalities**
    283:18
**mutually** 132:4
**mylan** 5:17 64:23

**n**

**n** 2:1 5:20 6:1
    46:14,15 84:10
    297:3
**n.w.** 3:3 5:3
**nabp** 187:16
**name** 8:2 11:5,19
    12:4 25:6 37:19
    37:25 44:24 46:14

66:9 84:8,9
118:25 119:7
155:21 176:1,1,25
177:8,16,17,18,22
178:2 187:12,12
187:22,22 202:25
203:2,3 205:9
**named** 71:8
**names** 219:21
    286:12,19
**nancy** 1:15 11:7
    25:8,9 84:8
    210:13 251:10,14
    297:15
**national** 98:24
    156:22,24 163:21
**nature** 52:25
    274:21
**ndc** 163:21 177:8
    202:23
**near** 44:18 146:8
    233:13 261:21
**necessarily** 148:10
    193:8 213:21
    266:6
**need** 15:25 19:2
    20:6,9 36:17
    38:22 40:6 43:20
    44:3,20 60:12
    61:20 78:20 81:1
    115:17 134:13
    142:3 152:16
    162:3 170:7
    172:20 250:21
    255:24 270:15
    283:9 285:18
**needed** 20:3 38:18
    92:16 197:24
    292:20
**needs** 185:22

**negatives** 212:23
**negotiate** 155:10
**negotiated** 126:3
    135:4 144:22
**negotiations** 124:1
    127:8,9
**neither** 139:6
**net** 115:18 185:22
    204:23
**network** 17:8
    74:20 92:17 155:5
    156:7 157:8 158:7
    180:1,4 222:18,19
    223:2,3 233:10,10
**never** 56:24 92:16
    102:3 123:17
    134:23 152:8
    227:8 266:12
    276:21
**new** 1:2,17 2:21
    62:24 63:17 75:25
    89:3,7 142:20
    198:1,7
**news** 129:4,4
**nice** 11:23 161:1
**ninety** 32:21,21,23
    32:24 86:15
**nitrosamines**
    252:10,13
**nj** 297:15
**nods** 13:12
**non** 100:16,17
    157:1 162:15,18
    162:22 198:1
    214:17 222:19
    223:3,14
**normal** 26:19 74:3
    280:15
**norris** 4:2
**northern** 9:12,22
    245:20 246:4,5

248:6
**norton** 4:2
**nortonrosefulbri...**
    4:5,5
**notary** 1:17
    297:15
**notation** 223:11
**note** 10:11 129:9
    133:10 207:3
    241:14 242:12
    275:16 284:23
    296:18
**noted** 10:17 11:9
    131:17 133:12
    136:8 145:8
    208:21 273:1
    297:6
**notes** 1:12 38:20
    94:9 190:15
    270:19 297:7
**notice** 7:4 21:19
    28:5 37:6 42:19
    125:13 138:19
    148:9 166:2,11
    206:11 241:21
    274:2,4
**notices** 197:5
**notifications**
    146:13
**nouns** 18:20
**november** 8:7
    175:2,10,15 191:8
    192:20 196:7,15
    196:23 197:9
    237:5,11,25
    271:23 272:5
**npi** 187:19
**number** 7:2 8:2
    9:2 10:2 11:3
    23:18 33:4,5
    40:12 58:8 77:3,7

[number - okay]                                                        Page 34

77:8,9 86:11,17
88:11,18 111:5,10
136:3 140:6,6,25
148:25 157:7,15
160:23 166:12,15
167:24 176:24
177:3,3,4 180:15
184:4 188:24,24
192:6,11 199:14
202:13 206:1
251:7 271:3
273:20 274:16
278:20 280:22
281:1 289:1
296:19
**numbered** 124:15
125:11 128:14
133:15 155:6
**numbers** 33:1
77:7 122:24
163:17 166:16
185:24 239:6
240:5 296:20
**nw** 3:8

**o**

**o** 5:20 54:13 207:5
297:3
**oath** 13:7 191:24
**object** 24:24 25:16
28:15 33:16 34:25
35:4 39:4 40:1,23
41:7 49:9,15 55:8
59:16 60:11 61:10
61:21 62:5,15
63:22 64:10,17
65:10 66:1,14
69:4,18 75:15,20
79:5,15,25 82:17
85:17 88:21 89:20
94:20 95:19 96:23
101:18 104:24

105:9 106:4
109:15 110:7,11
115:25 116:24
117:10 121:14
122:8 127:11
129:16 133:4
134:20 135:25
139:20 140:3
141:9 144:15
149:13 150:5,14
150:24 157:4
161:18 162:12,17
162:25 164:6,15
165:2 170:9,15,23
171:2,14 172:25
174:8,16,19
175:11,17,18
176:6 177:23
179:11 184:7,20
186:1 190:5
191:14 193:17
194:8,14 196:9,16
196:25 197:11,20
198:4,9 200:3
201:23 203:24
207:12 209:16
211:7 212:21
213:4,11 226:1,7
226:11 228:15
242:1 249:7,15
253:8,13 254:11
264:18 267:9
268:23 269:11,21
270:1,7,12,22
280:7,16 282:3,16
283:12 284:2,9,22
294:9,22 295:5,14
295:24
**objecting** 267:6
**objection** 14:9
24:21 27:21 29:5

40:9 41:15 61:16
61:19,19,20 68:12
79:15 89:18
141:22,23 152:18
168:7,7,17,22,23
176:8 186:16
187:3 197:11
200:6 203:15
211:19 254:7,17
255:5 258:23
260:23 268:5,14
277:1 281:11
283:3 286:15,21
287:2,25 288:20
289:15,25 290:6,7
290:7,8,22 291:12
291:20,21 292:2
292:10,25 293:8
293:20 294:22
295:5
**objections** 10:7
41:12
**obligation** 104:21
**obligations** 137:9
277:21
**obtain** 64:8 103:8
132:19 163:3
181:15 194:18
195:19,24 197:8
203:14 218:15
260:8
**obtained** 163:7
196:14 211:25
242:9 260:20
267:3,16 295:17
**obtaining** 53:17
235:3
**obviously** 17:7
33:22 42:24 86:9
176:25 188:6
224:3 277:22

**occurred** 49:14
63:16 151:12
**occurrence** 197:18
**october** 237:5,11
**offer** 31:18 76:5
217:13 218:20
228:18 236:8
247:3
**offered** 48:22
50:25 79:23 92:24
113:12 217:9
218:16 220:3
231:24 239:8
240:21 244:18
**offering** 48:1,4,13
217:17 231:22
**offerings** 258:18
**offers** 76:1 218:21
**offhand** 130:17
145:3
**office** 11:21 16:18
16:22 35:15 84:25
92:18 108:12
109:20 223:12,13
253:21 275:21
**offices** 1:21 109:12
**oh** 22:10 44:4
47:10 54:18 84:6
141:2 147:4
150:21 179:2
180:9 183:8
187:13 188:18
192:23 207:3
209:20
**okay** 12:16 14:19
14:20 15:14 16:1
16:7 19:12 20:1,9
23:15,25 27:16
30:3,11 35:2,14,17
36:11 38:2 41:17
42:25 43:21 44:5

**[okay - page]**                                                    Page 35

44:5,5,9,22 47:10
47:13 48:8,16
49:7 56:19 57:23
59:20 62:13 70:9
77:11 81:14 82:1
88:25 89:23 91:24
94:9,25 97:17
104:17,20 106:8,8
111:16,17,20
112:2 113:25
121:18 123:5,11
126:21 133:6,10
139:14 140:13
141:1 145:6 147:4
147:4 148:8
150:21,22,22
151:8,9,15 154:10
154:11,12,16
155:12 156:14
158:4 161:10,25
168:11,18 169:4
171:19 172:7,8,23
172:24 176:20
181:5 182:7
183:11 188:19
190:8 191:14
192:1 200:12
203:11 206:22
209:6,19,21,23
213:1 215:3,4
218:8,10 221:3
227:5 230:20
237:24 242:6
246:12 254:2
259:4,16 273:10
273:15 284:14,16
285:24 287:13
289:11 293:6
**old** 89:3
**oldest** 173:6,8

**once** 30:24 107:1
161:6 197:19
258:6
**ones** 93:22 147:19
173:6 195:10
**ongoing** 82:15
87:4
**online** 94:18
**onward** 92:6
237:10
**open** 165:14
**operated** 227:9
**operation** 271:10
**operations** 83:17
277:9
**operator** 20:8
**opinions** 56:3
**opportunity**
134:23,25 191:16
191:22 192:15
215:14 280:12
281:5 285:4
**opposed** 100:12
107:6 113:22
140:7 179:21
193:12,15 232:13
241:22 265:1
**opposing** 294:1
**opt** 105:24 106:1
**option** 20:14,16
219:5
**options** 124:24
217:10
**oral** 73:5,9 229:13
**order** 82:9 99:25
103:3,15,16 172:7
183:12 206:25
207:2 251:11,12
251:16 260:9
294:20

**organization**
107:6
**organizations** 47:3
**original** 121:4,16
123:13 130:7,11
130:13,16 131:2
**originally** 169:5
171:25
**orleans** 2:21
**ostensibly** 179:9
**otc** 99:25 178:9
**ought** 20:17
**outcomes** 128:1
**outline** 31:18
56:20 154:9
214:24 236:6
240:15 250:20
**outlines** 23:1
79:11 219:19
**outside** 57:15 89:2
95:9 97:3,7,16
107:10
**overall** 144:10
**overbroad** 295:8
**overhead** 270:10
**overseeing** 36:9
**overview** 8:12,16
8:20,25 78:17
225:14 235:21
**overviews** 78:16
80:6 240:3
**owners** 218:18

**p**

**p** 2:1,1,2 4:3 5:20
54:11 84:23
187:25
**p&t** 99:7,9
**p.c.** 4:8 5:2
**p.m.** 160:20,21
215:3,7,8 296:23

**pa** 2:10
**pace** 172:19
**package** 73:17,22
73:25 74:5 131:25
132:3 180:16
**page** 6:2 7:2 9:2
10:2,18,19,20,21
10:22,23 21:24
26:1,25 42:20
44:3,8,18 46:23
48:16 49:24 50:7
54:17,18 55:23
62:18 70:13,14,15
70:20 77:7,8,10
78:21 80:9,25
82:19,22 86:1
87:19 90:23 92:10
93:4 94:24 95:1
98:19 99:16
102:12,15 103:23
104:2,10 107:15
110:17 111:13
114:6 116:8 118:4
118:17 119:14
120:14 121:5
124:12,25 128:10
129:18 131:18
133:14 135:2
136:12 137:1,3,21
142:2,13,14 143:8
145:25 147:23
150:25 151:1
152:11,19 154:5
154:15 156:22
158:16 159:7,9
169:9,15 183:3
191:3 192:21
200:19 206:7,10
206:15 220:9
221:20 223:18
228:23 230:10

[page - payment]                                                                 Page 36

233:14 234:7
241:9,10 245:16
248:12 251:20
252:3,4 271:2
273:10,17 275:12
275:12 278:20,21
278:21 287:5,10
287:14 288:6,8,9
289:5
**pages** 43:10 44:1
59:10,10,24 66:18
66:19 147:2 151:6
160:1,2 169:14
191:10,16 206:16
250:20 281:8
**paid** 7:22 36:15
42:12 52:9 53:14
67:4 69:1,11
83:11 113:19
115:19,23 116:4
125:1,4,7 128:8,20
129:1 135:13
143:23 146:14,23
149:10,17,21
150:6 165:23
167:9,18 170:21
172:1 174:6 183:9
183:10,13,20,21
184:10 185:17,19
185:23 186:15
204:8,16,23 208:5
220:16 227:10
242:18 256:11,17
260:22 262:9,13
262:14 265:10,14
266:9 279:13,22
291:16
**paper** 26:16
**paragraph** 62:17
62:21,22 64:20
65:2,8,21 66:12,16

66:17,24 69:20
70:10,12,18,25
71:1 74:8,12
95:22 98:22 99:21
100:19 104:12,15
104:18 111:14
112:4 115:11
116:10,12,18
119:16,18 124:15
125:11,25 127:21
127:23 128:14
131:21 133:15
135:3 137:2,6
152:21,24 153:16
253:6 288:14
289:7
**paragraphs** 75:5
95:4 99:19 120:20
278:19 280:13,19
281:7,13
**park** 5:9
**parkway** 4:9
**part** 14:12,16 35:9
59:11 69:10 97:9
102:6 120:21
132:2 133:19
138:23 142:6
143:9 148:24
154:21 244:21
246:5 247:2 248:6
251:12 263:10
264:11 272:9
289:6
**participant** 88:9
90:11,16
**participants** 30:2
31:19 39:20 46:9
52:10,23 83:17
89:15 90:5,9
**participate** 80:21

**participating**
51:21,23 86:6,7,10
86:12,21,25 87:4
89:10 103:1
**participation**
31:19
**participations**
83:9
**particular** 24:4
36:12 40:16 67:3
68:9 94:7 117:21
120:4 141:2
163:10 180:3
182:5
**particularity**
252:9
**parties** 119:25
123:24 130:1,21
131:24 153:10
**partnership**
295:18
**parts** 131:11 205:9
291:10
**party** 12:23 13:1
74:13,14 75:18
109:8 110:6 122:5
122:12,17 136:16
136:19,21 255:25
271:14 276:8,19
277:10,24 280:6
281:25 290:5,16
**pass** 285:14
**patience** 296:3
**patient** 108:11
211:13
**patients** 74:19
176:11 196:4
**patty** 54:7,10 57:8
**pause** 14:2 20:21
21:2 44:4,5,5,6
87:15 120:15

136:9 153:1 192:9
193:11 200:4
208:12 209:2
227:18 251:9
285:21
**pay** 64:5 78:15
79:4 102:9 108:21
112:5 113:23
126:7 132:4
137:14 143:10
145:1 148:13,14
153:11,12,20,22
155:11 156:3
159:4 164:17,19
164:21 169:2
180:19,20 181:1,9
181:10,17 182:13
182:22,24,24
183:3,18,22,23
184:3,6,18 201:8
204:3 220:16
221:12,16,16
222:11 226:17
243:7 249:6,12
258:1,4 260:13
290:14
**payee** 149:10
150:2,11
**payees** 149:17
150:13
**payer** 106:6
**paying** 24:6 36:25
139:25,25 143:3
145:20 221:14
241:6 278:1
**payment** 64:3
93:11 95:23 96:12
96:13 112:7
113:15 128:11
143:12 144:14
147:24 151:25

HIGHLY CONFIDENTIAL

**[payment - phrase]**                                                                     Page 37

221:8
**payments** 62:23
    62:23 66:25 67:10
    67:12,15 83:25
    84:3,7 100:2
    103:2 113:11
    116:14 127:22
    128:7 204:18
    221:4 224:5
**payor** 74:14
    104:22 105:8
    106:2 110:6 150:2
    271:14
**payors** 74:13
    109:8 239:8 280:6
    282:1 290:5,16
**pays** 23:2 34:14
    35:12 79:10 101:5
    113:24 126:13
    156:2,9,16 164:22
    164:23 182:1
    183:15 185:20
    203:22 220:6,12
    221:6,15 226:20
    226:25 232:17
    240:1
**pbm** 97:3,7,12,18
    97:22,24 100:20
    101:2,5,15,24
    102:1 114:15
    115:11,19 116:22
    117:8 126:3
    133:20 134:2
    135:3,7,12 138:6
    143:11,13,15
    144:22 145:21
    150:9 203:22
    263:20 264:1,25
**pbm's** 74:18
**pbms** 29:18 73:14
    116:4

**pdf** 70:14 271:2
    278:21 288:7
**penalties** 159:4
**penalty** 160:3,5,6
**pending** 16:4
    210:15
**pennsylvania** 3:21
    5:16
**people** 32:21,22
    33:5 36:17 38:10
    38:17 44:24 56:14
    56:17 63:11,19
    65:19,19 83:22
    105:7,11 106:21
    107:1 130:23,25
    134:13 149:3
    153:21 156:3
    189:1,8 190:4
    197:5 222:9 224:4
    277:10 285:18
    290:10,13
**percent** 32:19
    33:13 86:11
    113:19 138:5
    143:10 145:20
    157:9,10,10
    242:24
**percentage** 32:16
**perfect** 119:16
    221:22 223:8
**performance**
    127:22 128:1,7
    153:16,18,25
    154:20,22
**performed** 260:16
**performing** 120:4
    153:13
**period** 28:11
    33:24 48:24 79:21
    100:3 103:20
    115:22 122:17

135:19 143:3,19
    144:25 145:2
    146:24 151:7
    154:22 170:1,4
    175:15 186:9
    212:14 228:3
    289:23
**periodically**
    133:18
**permitted** 71:5
    131:22
**person** 17:11
    46:10 54:24,25
    83:20,25 84:6
    105:16,21 118:22
    119:6 156:8 176:1
    176:24 177:5
    181:19 183:5,9,21
    193:5 197:18
    201:6 237:4
    280:15 281:22
**personal** 19:20
    46:16 117:5
    279:15,24
**personally** 57:12
    176:10 215:20
    216:8 257:7
    283:20
**personnel** 35:10
**persons** 55:10
    99:23 195:14,18
**perspective** 29:11
    110:4,15 291:6
    293:2,12,23
**pertain** 155:20
    245:11 246:3,7
**pertaining** 73:11
    223:23
**pertains** 178:3
**pharma** 4:12

**pharmaceutical**
    3:11,12 37:13,14
    37:20 65:14 135:4
    279:25
**pharmaceuticals**
    3:18,24 4:23 65:2
    65:5,9
**pharmacies** 65:18
    66:9 101:6 103:1
    103:3,16 115:19
    116:4 148:13
    149:20,21 150:4
    156:1,12,14,25
    157:1 158:17,20
    241:15,17,19
**pharmacists** 74:19
**pharmacy** 5:12
    29:19 72:14 73:1
    73:25 75:2 97:14
    98:24 100:20,22
    100:24 101:9,16
    102:8,19,23 103:3
    114:14 115:24
    116:16,18 122:17
    126:3,8,13 149:22
    150:7 154:20
    155:2,3,5,24 156:6
    156:9,23 157:8,19
    157:22 158:7
    179:8,10 180:3
    181:15 187:16,19
    187:21,22 188:1,2
    195:19 203:13,22
    221:15 230:5
    241:24 242:8,12
**pharmay** 187:25
**philadelphia** 2:10
**phone** 256:14
**phrase** 193:13
    259:13

[phrased - pocket]                                            Page 38

phrased  254:25
physical  191:18
  222:25
physician  104:6
  107:24 108:14,24
  223:1
physician's  92:18
  109:20
physicians  109:2
  109:12
pick  20:23 23:17
  102:22
picked  102:17
  256:16
picking  112:20
picture  284:12
piece  27:4
pieces  58:16
  271:10 272:16
pietragallo  5:14
pill  178:7 180:16
pills  193:5,6
pilot  93:5,9,14,21
pin  127:20
pittsburgh  5:16
pkg  188:24
place  60:14
places  63:13
plaintiff  2:7,12
  24:2,18 25:12
  26:7 44:21 45:24
  46:18 56:9 161:24
  200:25 251:24
  271:14 272:10,14
  276:13
plaintiff's  7:6,19
  44:19
plaintiffs  2:18,23
  38:7 59:14 279:4
  286:3 288:18
  291:9

plan  7:10,22 8:15
  30:2 50:2 74:6
  77:21,24 78:1,8,25
  79:1,22 81:20,23
  82:1,6,22 83:3,7
  83:20 86:9 88:9
  89:13,14,21 90:5,8
  90:16 91:15 92:25
  93:9,12,14 95:6,13
  96:5 98:11 105:23
  106:10 107:3,8,10
  107:11,13,21
  108:8,14,15,18
  112:13 113:12
  114:21 116:13,17
  120:20 122:6
  124:15,16 125:5
  131:21 132:1,4
  133:17,19,20
  134:3 137:7 138:6
  139:3,5,6 143:4,10
  143:11,12,14,16
  145:22 148:3
  165:23 167:9,14
  167:17 169:1
  172:1 181:2,4,5,19
  182:5 184:10
  185:17,19 186:15
  186:23,24 188:8
  188:25 189:7
  190:4 201:7 204:8
  204:16 208:5
  217:11,14,18,18
  217:19,20 218:14
  219:22 221:21,22
  221:24 222:24
  224:15,19,21,24
  225:2,23 226:6,23
  227:5,9,24 229:6
  231:4,20,22 232:4
  232:7,7,11,13,17

  232:25 233:18
  235:20 236:7
  237:17 238:5,6,25
  242:21,22 243:14
  245:2,6,10,11
  247:10,12,18
  248:5 258:10,20
  274:19 282:15
  283:21 284:16,17
plans  8:11,19,24
  8:24 35:24 45:15
  49:4,13,21 55:3
  79:23 88:20 89:1
  92:20,20,22,23,24
  102:21 104:21
  105:7 107:10
  113:11,15,16,20
  113:24 122:4
  151:25 181:20,21
  182:1,23,24 185:5
  185:8,9 205:13
  217:7,9,22 218:1,3
  218:4,9,16,19
  219:19,22 220:2,6
  220:12,21 225:20
  226:22 228:1
  229:5,22 231:25
  232:4,15,16,18,20
  232:21 233:22,23
  234:1,4 235:2,8,12
  236:8,11,14,15,22
  237:14,16,21
  238:6,10,23 239:5
  240:16,23 242:25
  243:17 244:18
  246:7 247:5
  249:23,25 259:20
  277:11 283:25
  284:5 295:17
play  182:3

plaza  4:14
please  11:10 12:4
  15:13 21:23 23:13
  23:20 25:7,25
  27:6 28:7 29:14
  41:20 43:13,23
  46:13,24 50:8,9
  51:7 54:18 55:24
  59:5 62:18 66:17
  70:21 74:9 76:15
  80:10 86:2 87:20
  90:24 93:5 95:2
  102:13 105:4
  107:17 110:18
  114:7 116:9
  129:19 142:25
  145:10 146:1
  147:23 154:15
  165:14 169:8
  171:18 173:15
  174:22 190:9
  191:4 199:12
  200:19 201:1
  206:8 207:22
  219:10 220:10
  223:7 228:22
  230:11 231:11
  234:7 235:24
  240:8 244:3
  246:14 247:24
  250:14 251:1,20
  252:4 267:12
  271:1 273:23
  274:16 275:13
  286:6 287:4 288:5
  288:7 289:5,9
plus  32:25 156:22
  156:24 183:9
pmpm  160:6,8
pocket  39:21
  150:17 181:14

**[pocket - presented]**                                    Page 39

185:21 220:2
232:22 233:4,9
235:17 238:14
239:6,25 243:17
**pockets** 126:12
**point** 30:16 31:7
32:23 37:24 43:3
53:21 56:22 72:11
82:11 88:16 91:18
92:2 99:18,19
109:25 115:22
126:23,24 146:16
146:17 147:9
159:2,17 182:2
230:3 271:23
274:10
**points** 107:25
**policies** 274:20
**policy** 50:14 227:3
239:2
**ponce** 2:15
**portion** 9:7,12,17
9:22 112:5 187:4
189:17,18 245:18
245:20
**portland** 2:4 91:4
218:24
**posed** 277:13
**position** 162:3
169:25 171:10
196:13,20,22
209:10 210:4
211:6 226:24
**positive** 39:13
**possession** 52:19
275:1
**possessions** 279:12
279:21
**possible** 15:23
123:13 141:6,21
142:1 183:19

208:8 218:23
232:10 278:12
**possibly** 69:16
182:3
**post** 257:18
**potential** 40:18
79:9 80:2 290:11
293:24
**powerpoint**
224:11
**ppo** 92:19,20,24
113:15,23 139:16
143:4 181:20
182:23,24 183:17
186:23 187:1
188:21 189:6
190:7 217:10,17
217:18 218:3
219:4,19,22
220:15 224:18
225:20,23 226:5
226:22 228:1
229:5,17 232:14
232:16 233:23
236:7,8 237:14,16
238:5,6,6,23,25
245:2,3 247:10,12
**ppos** 185:12
218:25 225:7
232:15 234:3
245:6
**practice** 114:22
151:15
**prayer** 288:12
**preceded** 48:7
290:20
**predecessor** 47:2
**prefer** 156:16
**preferred** 99:25
100:3 156:6,15
157:1 230:5

242:11
**premium** 9:5,10
9:15,20 24:6
51:24 87:9 241:4
243:6 247:1
258:18
**premiums** 87:13
87:15 244:17
247:14,18
**preparation** 31:10
**preparations**
30:11
**prepare** 22:18,23
24:10 28:21 29:21
30:13,23 60:10
**prepared** 28:13,23
45:8 85:4,13,15
219:19 224:17
**prepares** 52:23
84:20
**prescribed** 94:5,6
178:8
**prescribers** 74:20
**prescribes** 222:10
**prescription** 32:17
48:5,13 50:19
52:16,19 56:15
67:2 73:17,21
74:1,5 78:8 88:20
95:3,7,8,24 102:18
102:19 103:2,6
104:3 107:16,24
108:8,10,15
113:13 114:10,12
114:13 115:10,24
117:23 120:12
125:11 126:2,2
127:4 128:2
129:14 135:6,13
143:8 158:6
159:15,18,24

164:14 172:12
173:23 175:2
177:3 183:20
185:7,13 188:8
195:20 198:13
199:8 208:1
220:13 221:8,10
222:4,6 223:18,23
225:7,19,24
226:16,21 228:1
233:14 238:22,25
241:10,14 243:8
249:12 250:5
256:17 281:23
**prescriptions** 64:8
102:10,16,23
103:8,17 157:19
172:22 173:3
221:5 222:12
242:19 250:1
258:10 259:13
291:16
**presence** 252:10
252:12
**present** 7:18 8:7
14:11 27:2 28:11
31:4 55:21 82:2
83:4 88:1,18 92:2
92:25 98:1,3
102:22 103:7,13
104:8 108:3
116:20 122:7
135:10 137:10,13
161:14 169:16,19
191:9 192:20
196:8 205:14
279:13,22
**presentation**
224:10
**presented** 146:13
151:21

[president - proposed]                                                    Page 40

president   32:12
   81:23  119:2
   264:21  276:11
pressure   29:20
   36:18,19  42:8,9,14
   42:15,23,23  53:11
   53:15  64:3,14
   79:3  85:24  93:22
   93:24  95:18
   100:13,16,17
   106:16  116:5
   128:21  132:14
   141:19  149:11,18
   152:5  194:5  198:2
   212:5  214:5,15
   268:20  292:19,20
presumably   150:6
   156:10  157:23
   170:1  180:2,15
   186:5  211:1
   228:10  272:7
   273:7  292:4
presume   197:4
presumption
   187:11  264:10
preti   1:23  2:2
   16:21  124:2,3
   252:21,24  254:5,5
   255:10  286:2
preti.com   2:5,6,6
pretty   102:20
   113:24  120:8
   147:9  148:7
   232:23
prevent   280:14
preventative
   232:16  235:3
   243:9  269:1,3,5,6
   269:10,19
preventive   113:19
   181:25  222:14,17

222:23  223:13
   234:9  235:9
   242:21  243:2,24
   248:19
previous   91:7,8
   186:17  193:5,6
   204:7  233:3
previously   64:13
   69:24  151:24
   193:3  240:19
price   102:9  115:19
   116:4  125:17
   157:13,21  158:1,8
   185:23  203:10,12
   203:21  204:23
   249:2
prices   114:16
   139:9  158:25
   186:5,5
pricing   126:18
   156:11  244:12
primarily   34:5
primary   55:17
   92:12  105:12
   106:2,10  124:3
prinston   3:11
   37:13
print   44:19
printed   72:18
prior   67:16  68:9
   154:1  161:5  197:9
   198:21  238:23
privacy   130:21
   173:21
privately   68:23
privilege   18:6
   252:12  254:8,20
   258:24
privileged   40:3
   254:12,24  255:17

privy   27:15
probably   22:10
   32:20  33:23  41:3
   43:6  46:7  48:7
   52:21  54:7  57:21
   101:5  103:20
   131:7  154:9
   160:12  177:20
   187:21  206:16
   257:1  282:8
problem   14:21,21
   90:3  91:11  105:5
   119:9
problems   211:12
   293:24
procedure   18:16
proceed   15:23
   56:16  172:16
   195:10  257:25
proceeded   257:19
proceeding   128:13
   168:21
proceedings   1:13
   128:19  129:1
   297:5
proceeds   39:17
process   77:5
   151:23  293:3
processed   146:14
processes   152:3,8
prod   186:20
produce   200:9
   208:14  256:16
   272:2  275:2
   294:20
produced   23:7,12
   23:14  77:5  123:1
   130:7  161:12
   168:15  169:6
   171:6,10  172:1
   191:2  205:25

206:2  224:17,21
   225:16  240:4
   294:3,5,11
producing   23:12
product   48:22
   56:5  100:8  101:4
   127:7  140:25
   193:1,14  213:16
   214:2
production   10:4,9
   10:17  133:9
   271:13  272:23
   273:20  274:23
products   1:6  7:16
   8:6  27:1  42:25
   48:23  56:4  78:23
   100:1,3  161:13
   164:4  170:7,20
   191:7  192:19
   193:7  195:3
   252:10,13
professional   223:8
   223:10
professionals   64:8
profit   34:2
program   19:17
   35:20,22  48:22
   83:8  93:24  95:7
   109:23  242:12,18
programs   36:3
   76:2,5  89:8  93:6,9
   93:14,21  99:22
   100:1,6,11,15
   127:25  135:4,5
   258:18
promise   244:3
promptly   195:24
   196:6
proper   18:20
proposed   61:3
   109:14  277:4,16

[proposed - questions]                                                    Page 41

278:17,24 279:4
279:10,17 280:5
282:2,12 284:1,20
287:7 289:13
291:4
**proposing** 109:7
282:13
**provide** 19:15
44:16 46:5 52:24
67:22 68:4 74:18
75:1 95:17 98:15
102:5 107:21
118:15 131:24
136:15,24 137:18
143:16 144:14
162:1 168:3 201:2
253:6 256:10
**provided** 21:16
29:12 46:20 49:20
56:9 60:9 74:21
74:23 80:13 104:5
104:5 108:25
109:13 114:14
115:10 125:6
126:25 129:10
130:7 144:16
193:2,5 211:13
273:8
**provider** 92:17
112:12 128:2
**providers** 74:19
155:5 157:8
233:10,10
**provides** 95:6,13
101:4 110:5
120:11
**providing** 33:14
50:5 139:13
**provision** 143:17
237:3

**public** 1:17 40:14
144:4 215:18
297:15
**publications** 266:2
**publicly** 68:22
216:22
**pull** 20:1 21:8
25:24 52:21 59:4
69:21 76:14 98:19
99:18 166:19
198:24 200:18
228:21 245:22
250:13 251:19
270:25 278:18
**pulled** 161:4
190:23
**pulling** 161:2
190:14
**purchase** 142:10
188:3 204:5
**purchased** 28:10
63:3,10 64:21
79:2 85:2 106:15
164:1 195:23
214:7 292:19
**purchases** 7:15
8:5 26:25 37:1
63:16 66:8 141:7
161:12 162:2,11
168:14 169:15
171:7 191:7
192:19 196:7
267:17
**purchasing** 30:1
79:13
**pure** 68:20
**purity** 71:9
**purpose** 63:14
99:1
**purposes** 18:5,15
18:21 41:11 55:6

77:6 85:24 93:18
122:21 123:4
172:15 173:22
249:5
**pursuant** 128:11
132:7,13 166:25
206:2
**pursue** 263:17
264:4,15 265:1
**pursued** 264:16,22
**pursuing** 65:8,24
66:12
**push** 250:24
**put** 29:2 39:19
66:19 70:21
131:14 146:22
169:8 171:15
177:19 213:1
219:15 250:7
259:16 272:11
286:6 293:16
**puts** 66:9
**putting** 191:17

**q**

**qty** 180:7
**quality** 71:9
**quantity** 193:9
**quarter** 206:5
207:11 236:25
237:2
**quarterly** 143:13
**question** 15:7,8,13
15:17 16:4,7
24:25 25:3,7,11,14
27:16,17 29:10,23
30:16 33:12 40:2
46:25 47:2,4,14,15
48:6,17,20 49:1
50:8,11 56:5
60:14,17 63:5
65:24 68:3 69:6

73:13 78:20 87:17
87:25 89:15,20,24
90:1 93:13 103:7
105:3 116:20
117:5 119:22
125:24,25 127:24
128:17 132:6
134:2 143:19
145:17 150:23
157:5 161:14
170:17 176:16
188:5 189:15,16
189:21,24 191:15
192:18 193:13
200:8,14 209:17
210:3,10,16,21
211:16 218:13
222:4 226:14
231:5 245:5
249:24 250:11
252:8 254:8,11,12
254:18,23,25
255:8,14,15
257:25 267:12
268:15 275:3
281:20 283:1,4,6
283:12,13 295:6
**questioning** 285:2
**questions** 12:3
14:7 16:9 18:10
22:18 23:2 38:11
44:14 45:23 46:2
54:19,20,24,25
55:7,24 56:1
75:20 94:10
102:20 114:4
136:11 172:15
208:13 246:22
257:24 259:1
269:13 277:12
285:16,22 286:4

[questions - recess]                                                  Page 42

289:1 292:13,14
**quick** 20:21 46:1
  69:21 95:6 118:16
  145:17 152:24
  159:8 188:5
**quickly** 15:23
  177:21 206:17
  244:4
**quinby** 2:3 215:15
  216:1,6
**quite** 53:4,4 121:9
  156:24
**quoting** 48:21
  129:24

─────── **r** ───────

**r** 2:1 5:20 46:14,14
  84:10 187:25
  269:6 297:3
**raised** 14:9
**ran** 198:18
**random** 23:18
**range** 33:19
  169:18 262:18
**ranges** 294:15
**ranging** 67:14
**rarely** 58:22
**raspanti** 5:14
**rate** 126:2,6,7
  128:20
**rates** 9:5,10,15,20
  247:1
**raton** 3:9
**reach** 107:2 257:3
**reached** 105:21
  173:2
**read** 22:17 24:7
  25:7,10 62:8,10,14
  62:25 64:24 67:5
  67:17 95:9 96:1
  99:4 100:4 102:17
  104:14 121:25

125:12 127:23
  135:8 137:5 143:9
  152:24 176:16
  210:15 268:15
  270:19 280:12
**reading** 20:4
  61:23 95:6
**ready** 94:15
**real** 14:6 20:21
  69:21 76:23 95:6
  118:16 138:15
  142:4 278:19
**realistically** 168:8
**reality** 148:6
**realize** 11:21
  123:1 182:17
  188:21 296:9
**really** 42:10 50:1
  60:12 62:6 85:14
  93:19 104:14
  110:1 115:4 133:8
  133:10 145:17
  177:6 197:4 208:1
  226:9 249:16
  254:4 261:21,23
  262:22 270:19
  295:3
**realm** 268:7
**reask** 68:3 69:7
  117:4 200:14
  210:3 218:12
**reason** 15:25 19:2
  19:6,7 47:7,12
  194:13 195:22
  228:12 249:11
  265:5
**reasonable** 136:18
  136:20 172:19
  202:19
**reasonably** 136:3

**rebate** 135:5
  136:17,20 138:1,7
  138:23,24 139:24
  140:15 141:2,6
  143:23 144:21
  261:25
**rebates** 29:17,25
  34:19 35:11
  116:15,19 117:19
  127:5 135:5,6,12
  135:19 138:5
  139:5 140:23
  141:16,19 143:8
  143:10,14,17
  144:3,8,22 145:2
  145:21 186:12
  204:18 263:5
**recall** 31:21 42:3
  45:2 67:17 68:10
  69:3 72:4 73:16
  78:22 88:25 97:14
  163:11 173:8
  175:4 195:15
  196:2,4 210:17
  211:1 214:9,13
  251:23 253:19,20
  255:11 256:2,3,15
  256:22 257:8,18
  258:2,7 259:21,24
  261:4,7,11 263:2,3
  263:9,14 265:2,10
  265:18,21,24
  266:3,8,14,24
  267:22 269:2
  270:6,11 274:9
  278:25 289:22
  290:20 291:17
  292:1,8
**recalled** 7:15
  26:25 38:16 64:15
  65:23 67:5,13

69:11,15 161:13
  162:15,18,22
  170:6,19 174:15
  193:9,15 195:23
  195:25 196:5,6
  197:8,17,23 198:1
  200:1 210:9,22,23
  211:24 212:18
  214:10,19 261:15
  262:8 263:18,22
  264:6 268:1,18
  289:1 292:3
**recalling** 270:20
**recalls** 41:3 195:2
  195:6,9 257:20
  264:17,23
**receipt** 36:10
  139:4 143:12
**receive** 17:14,16
  17:23 56:15 90:10
  91:21 103:17
  135:11 138:6
  147:5 153:10
  197:5 262:3
**received** 17:25
  24:4,12,16 29:24
  30:5 40:14 67:1
  116:15,17,21
  117:7,17,18 127:3
  127:6 135:19
  139:5 141:7
  146:18 151:20
  166:25 167:5,16
  202:18 261:25
  262:6
**receives** 34:8,13
**receiving** 36:8
  263:2
**recess** 58:5 111:7
  160:20 215:7

**recipient**  201:1,3,5
  201:17 202:1
**recognize**  77:16
  118:24 119:7
  142:6 161:7
  190:23 219:14
  231:15 236:3
  240:12 244:9
  246:25 271:7
**recollection**  117:6
  117:6 124:7
  142:16 222:1
  239:18 241:23
  287:15,18,22
  288:17
**recommended**
  195:14
**reconcile**  182:14
**reconsider**  134:19
**record**  10:17 11:2
  11:9 12:5 13:14
  13:18,22,23,25
  14:5,11 17:17,21
  18:3 20:22 21:1,6
  46:12 58:4,9
  75:13 91:12
  104:15 111:6,11
  112:25 113:3,4,6
  125:13 131:15,17
  133:12 136:7,8
  137:6 145:8
  160:15,19,24
  173:22 192:2,7,8
  192:12 208:21,25
  215:6,10,13
  216:24 217:1,2,4
  227:14,17,20
  251:4,8,18 272:19
  273:1 280:19,23
  280:24 281:2
  296:16,19

**recorded**  11:3
  13:10 20:12
**recording**  83:25
  84:7
**records**  50:11,18
  50:23 52:15,18
  53:13,16,18 84:2
  163:4 212:4
**recover**  64:7,16
  265:13
**recovering**  36:14
**recovery**  278:13
  285:8,12
**reduce**  212:13
**reduced**  116:14
**reducing**  100:1
  186:13
**refer**  19:2 37:18
  37:24 42:8,13,22
  44:17,21 45:10,10
  51:10 53:1 60:21
  77:7,9 93:19
  101:12 155:7
  252:17 259:1
  282:20
**reference**  18:22
  120:23 129:10
**referenced**  92:24
  115:11 252:20
**references**  116:19
  131:6,10 230:17
  230:19
**referrals**  92:16
**referred**  42:10,11
  86:11 113:10
**referring**  31:24
  33:8 36:20 42:15
  45:11 53:2 55:7
  56:13,14 67:11
  88:11,13 91:8
  97:11 138:1

  145:20,23 150:1
  150:19 167:12
  180:11 182:20
  189:10 206:12
  222:20 223:14
  225:2 229:2
  233:19 237:2
  259:9 262:24
  264:13
**refers**  18:22 81:23
  156:4,22
**refill**  177:3 198:13
  198:13
**refills**  177:5
**reflect**  56:3 78:12
  136:5 140:21
  144:21 145:4
  167:23 240:4
**reflected**  60:20
  78:12 79:10 80:6
  135:20 155:13
  240:2
**reflecting**  274:2
**reflection**  148:5
  203:12
**reflects**  87:9
  203:21
**reframe**  33:12
**refresh**  161:7
  241:23 287:14,18
  287:22 288:17
**refund**  261:24
**refunds**  29:17,24
  30:4 35:10 116:15
  116:19 204:18
  261:14,18 262:3,7
  263:17,21,25
  264:5 265:1,9
  266:7 267:16
**regard**  56:17
  147:14 200:10

  241:18 256:7
**regarding**  14:10
  56:3 57:12 72:18
  93:9 127:25
  128:18 129:7
  132:8,19 214:19
  261:4 265:18,21
  266:3 274:10
**regardless**  255:20
**regards**  11:4
**regional**  119:2
**regular**  86:5
**regulation**  104:23
**regulations**  105:8
**reimburse**  67:2
  137:15 149:7
  267:21 269:25
**reimbursed**
  112:12 268:1,2,18
  268:19 292:16
  294:6
**reimbursement**
  38:15,17 40:18
  68:10 261:14
  263:17,21,25
  265:9
**reimbursements**
  34:13 53:14 64:1
  161:16 162:5,9
  171:11 194:6
  261:18 262:7
  264:5 265:1 266:7
**reimburses**  204:4
**reimbursing**  36:25
  150:3
**relabeler**  66:6,13
  280:2 287:24
  288:3
**relabelers**  66:11
  265:24

[relate - respect]                                                    Page 44

**relate** 52:19 60:22
85:4 247:10
**related** 12:12,13
24:4,11 29:19
56:4 74:1 76:5
77:24 93:15
123:19 127:4
152:5 165:9 262:4
271:25
**relates** 19:17
139:8 152:15
162:10 279:19
**relating** 30:17
50:18 52:15 53:5
62:4 131:12
**relationship** 153:8
177:1 253:3
**relative** 256:17
**relatively** 206:17
**relevant** 28:11
92:15
**reliability** 165:5
**relied** 102:5
132:18 163:20
**relief** 39:15 270:20
288:12,18 292:24
293:6,10,15,18,25
**relying** 291:10
**remains** 56:8
**remark** 215:12
**remember** 12:19
18:10 209:14
232:9,11 239:10
239:23 240:1
245:10 246:11
250:6 257:21
261:23 262:1,2,15
272:1,8,15 279:1
286:8 288:25
**remind** 25:6

**remote** 1:5
**removed** 215:23
237:1
**rent** 35:9,15
**repackager** 66:5
66:13 280:2
287:24 288:3
**repackagers** 66:11
265:24
**repeat** 25:3 89:25
170:17 193:12
210:10 268:12
**rephrase** 15:14
105:6 162:21
**replace** 196:5
197:18
**replaced** 142:19
**replacement** 8:5
36:16 38:17 42:11
79:13 191:7
192:19,25 193:7
193:14 194:5
195:19 196:7,14
196:23 197:8,16
197:24 198:8,14
198:17 199:25
205:5 258:2
**replacements**
197:10
**report** 53:20
213:15
**reporter** 1:17 11:7
11:10 13:11 15:1
18:4 25:5,8,10
210:15 297:22
**reporting** 131:25
132:3
**reports** 132:6
**represent** 26:6
28:9 37:12 38:5
58:17 59:12 61:7

65:21 66:10 115:5
130:4 145:13
151:5 161:10,15
162:4 164:13
171:24 173:13
174:25 186:22
191:1 194:4 195:8
204:9 206:3
271:11 272:9
277:9
**representation**
14:15 196:3
**representations**
71:23 72:15
254:10
**representative**
18:13 54:8 67:10
67:12 110:3
271:15 276:21
277:5,8,15,16
282:25
**represented**
123:25 146:23
**representing**
117:19
**represents** 75:24
186:21
**reproduction**
297:20
**request** 10:9 45:4
57:10 67:1 98:3
131:14,17,22
132:3,7,13 133:8,9
133:12 134:24
136:4,6,8 145:7,8
191:20 200:8,20
200:25 202:6
207:17 208:21
215:21,25 216:6
256:19 258:9,15
258:16 259:7,17

261:9 266:6 271:9
271:16 272:19
273:1,13,20,23
274:1,7,9,16,18,24
275:12 280:11
**requested** 19:16
29:4 115:13
132:10 134:23
144:6 200:24
258:19,21 259:14
260:17 272:4
**requesting** 39:1,14
293:7
**requests** 10:4,17
44:15 57:5 132:1
133:2,7 258:22
259:9 271:13
272:11,21
**require** 137:18
249:23,25
**required** 34:11
86:20 112:5 220:6
220:12 224:16
227:5 243:2
**requirement**
235:10 243:11
**requirements**
34:12 71:9 104:23
113:13 235:13,15
**research** 60:24
**reserve** 89:13
**reside** 63:8,9
**resident** 188:12
**respect** 36:2 69:1
108:23 129:8
149:17 151:25
157:13 230:24
266:13 269:1
278:8 282:7
295:12

respective 123:24
respects 120:10
respond 268:10
  273:12
responded 272:22
response 252:11
  272:13,16,20
  273:23 274:6,21
  275:16,19
responses 10:7
  266:14
responsibilities
  19:13 129:24
responsibility
  28:3 76:4 116:14
responsible 29:9
  55:14 278:1
responsive 274:7,8
  274:23 275:1,5,18
  275:21
rest 46:21 251:16
result 36:25 93:11
  144:1 146:13
  213:10 259:21,24
  267:22 269:2
  270:5,11
resulting 264:22
results 221:13
resume 215:22
retail 102:19
  103:1 155:5,24
  156:22,24 157:8
  179:7,7
retained 147:18
retains 124:4
retention 50:12,14
retroactively
  119:23
return 138:4
  195:24

returned 193:9,14
revenues 35:15
reverberation
  112:15
review 17:20
  21:21 22:1,15
  27:9 31:9,15 46:1
  70:2 71:22 72:8
  72:18 73:17 74:4
  74:7 87:24 91:20
  98:7,10,14 102:21
  122:3 125:25
  127:23 128:16
  133:18 151:25
  192:3,15 212:4
  265:16,20,23
  266:2 277:20,22
  280:19 287:11
  289:9
reviewed 31:14
  70:2,9 72:10,15,23
  73:21,25 75:5
  85:22 151:20
  189:22,24 190:3
  218:15 272:22
  273:7 281:7
reviewing 98:12
richer 5:8
rid 216:4
right 11:18 12:10
  17:10 19:10,24
  21:7,8,10 22:13
  33:10,15 37:8
  38:11 43:8 44:17
  45:12,16,19,21
  47:8,10,16 52:3
  53:3,4,5 55:1
  57:16,18 58:11,15
  61:9 62:2,12
  63:21 68:22 69:9
  69:12,17,22 71:1

71:20 74:16 76:19
  76:20 78:17 79:4
  79:14,24 80:17
  81:3 87:15,18
  89:14 94:14 95:18
  96:2,9,18 97:7
  99:17 100:4
  105:17 106:3,13
  106:22,25 108:8
  108:15 109:5
  110:10 111:12,16
  111:22 112:1
  117:15,18,24
  118:22 119:10
  120:12,24 124:11
  126:4 129:22
  130:9 132:23
  134:8 135:15
  136:7 138:8,12
  139:15,19 140:1
  140:15 141:3,21
  142:22 144:23
  145:23 147:16
  148:13 149:21,21
  150:4,11 154:18
  155:21 158:13
  159:9 160:10
  161:23 165:23
  166:16 167:8
  173:7,17 174:1,7
  174:14,18 175:25
  177:11,11 178:20
  180:12,13,18,21
  181:3 182:16
  183:11 185:5,8,17
  187:22 188:3
  189:6,11,15,18
  190:22 192:21
  198:3 199:3,15
  200:4,16,23 201:9
  201:15 202:20

204:24 205:12
  206:2 208:2,18
  209:8 214:21
  217:6,20 219:1,14
  220:13 221:17
  224:24,25 225:3
  227:2,22 229:8,12
  230:22 231:22,23
  231:25 232:4
  233:1 234:24
  240:21,24 241:19
  242:13 243:4,9,25
  244:14 245:15
  246:4,24 247:19
  248:6,25 249:21
  250:18 255:19
  258:12 262:23
  269:10 276:6,22
  277:5,18 279:3
  292:21 295:21,22
  296:9
rights 153:12,14
ring 60:3
risk 159:16 241:6
rite 155:25 156:17
  156:25 230:2
  241:17
rivero 2:14
riveromestre.com
  2:17
rmr 1:15 297:15
road 3:21
role 32:4 35:18
  56:4 60:7
rolling 275:3
room 16:13,16,21
  16:23 190:17
rooney 5:2
rose 4:2
ross 4:3

[rough - secure] Page 46

**rough** 251:11,13
251:15
**roughly** 86:14,16
88:18 102:15
139:18 147:7
249:12
**routine** 222:25
**row** 166:7,15,16
173:14,18 174:21
175:25 182:11
183:2 199:6,14,20
199:24 205:1,3
**rows** 178:21
183:16 199:2
**rules** 18:15,16
88:4 232:23
**run** 121:6 198:12
241:5
**runout** 143:19
**rvp** 119:1
**rx** 155:4,23 157:8
158:6

**s**

**s** 2:1,20 5:20,20
7:1
**safe** 71:10
**sake** 91:12 122:25
**sales** 119:1,2
**sam's** 241:15
**sample** 108:12
**samples** 108:25
109:20
**sarcastic** 295:6,7
**satisfied** 71:8
**sav** 182:18 187:2
187:10
**save** 41:16 175:23
218:13
**savings** 140:17
187:13,13,14
221:14

**saw** 22:7 27:4
**saying** 41:13 68:6
82:16 97:17,21
120:8 122:16
123:16 181:8
207:19 221:7
226:15 237:14
**says** 20:12 21:20
26:25 44:18 62:23
67:1,9 74:12
80:12 81:19 82:21
83:19 86:5 89:12
91:2 92:16 93:8
95:23 98:22 99:1
99:21 100:20
101:13 102:25
103:6 104:4
107:21 114:11
116:12 119:1,18
119:20 120:18,20
121:1,2 124:15
125:4 129:9
131:21 135:3
136:14 137:23
138:4,18 139:3,15
142:14,18,23
143:9 146:8,12
147:24 148:1
151:13 154:18,20
157:8,16,17
158:21 160:5,6
165:23 169:15
179:1 182:18
183:4,4 187:25
200:25 205:5
206:11 208:6
220:20 221:4
222:19 228:25
229:22 233:17
236:24,25 241:13
242:21 244:24

247:9 250:8 252:8
271:12,20 273:19
274:22,25 275:17
288:21
**sbc** 225:9
**sbcs** 224:21 227:6
**sbscrbr** 202:11
**scenarios** 253:25
**schaffer** 2:9 14:10
**schedule** 15:21
136:18 137:23
142:18,19,21
145:12,13 152:13
152:15 154:19,21
**scheduled** 58:21
**schedules** 274:20
**school** 63:13
**sciegen** 4:23
**scope** 69:2,16
161:15 162:4
163:11 194:5
290:20 291:8
294:19
**scratch** 184:15
**screen** 17:4 20:4,5
20:11 26:16 77:17
99:13 171:8
176:21 187:4
189:11,17 192:23
219:15
**script** 157:24
**scripts** 4:17 97:8
97:12 101:22
103:19 256:25
257:3
**scroll** 21:23 23:19
43:20,25 59:9,23
166:7 167:7,23
169:7 172:19
173:24,25 177:10
188:20 190:1

191:20,22 199:5
220:8
**search** 131:13
271:24 272:12,20
272:23 274:6,25
275:5,17
**searching** 274:9
**second** 13:19 17:5
98:22 99:14
138:14 227:14
234:13 252:4
258:15 287:5,10
289:6
**secondary** 104:22
105:8 106:3,6
**seconds** 285:17
**section** 86:4 87:21
90:15 92:15 93:6
93:8 95:3,12,16
104:3 107:17,20
111:15 114:10
119:15 128:11
129:23 132:7,14
132:18 133:7
136:12,14,17
137:2 138:16,23
142:25 143:8
145:19 146:10
147:23,23 151:10
154:25 155:4
158:5 160:2,13
206:11,14,19
220:10 222:18
223:7,18,19,23
233:14,17 236:21
241:11 247:7
288:11
**sections** 60:21
102:18 222:20
**secure** 216:22

**sedran** 2:9
**see** 20:9 22:6
23:22 33:7 43:22
45:17 47:4 48:24
49:5 64:24 67:5
71:11 76:25 84:6
89:16 95:9 96:17
99:3 107:25
110:23 112:10
119:20 130:1
135:7 138:1,7
140:9 146:5
152:19 165:23
166:4,8,12,17
167:12,24 169:1
169:16 173:3,17
175:4,25 176:21
177:7 179:2 182:2
183:3,7,17 184:12
191:6,9,23 192:22
199:6,20 201:16
206:12 207:6
212:5 214:25
220:20 222:20
223:14,21,23
225:5,18 227:8
229:1,14 230:17
230:19 233:11
234:16,17 238:4
239:6 241:13
244:23,24 247:6
255:24 271:21
273:19 274:19
275:7 287:9
288:11,15
**seeing** 25:22 26:24
42:3 145:19 173:8
279:1 280:14
286:8
**seek** 109:13
261:14,18 263:21

263:25 265:8
293:15
**seeking** 50:3 64:7
64:16 69:10
161:16 162:5,10
170:21 174:5
194:6 254:15,20
255:12,22 270:20
273:25 274:1
288:18 291:9,18
**seeks** 29:16 83:21
294:18
**seen** 21:12 26:9
27:3 41:25 43:18
44:10 59:20 62:7
62:10 71:1 75:1
118:10 126:19
145:15 152:25
153:1 167:1
205:22 230:8
273:5
**self** 36:1 124:16,17
177:1 284:17
**sells** 66:9 101:4
**send** 17:14,16
51:21,25 52:9
153:23 259:23
261:3
**sending** 150:3,4
**sends** 52:7 101:5
**sense** 41:21 58:19
139:15
**sent** 17:19 85:10
129:9 148:9,10
206:3
**sentence** 62:22
67:20,23 68:5
70:25 71:3 74:11
80:12 81:22 89:12
90:18 100:20
101:12 113:9

138:7 159:8
252:15,20
**sentry** 4:9
**separate** 31:13
34:15 52:16 75:19
129:25 140:5
155:22 157:23
225:13 234:3
**separation** 149:23
**series** 133:21
189:24
**serious** 246:22
**served** 140:22
**service** 48:22 86:7
93:2 102:6 125:8
239:16
**services** 7:12
52:11,24 76:2
92:13 118:15
120:12,19,21,24
121:4 122:22,23
125:6,6 130:5,8
134:7,15 137:24
139:13 142:11,15
145:14 151:7
152:14 153:11
223:8,10 232:16
**session** 58:20 59:1
**set** 10:3,8 84:13
114:16,25 129:24
136:17 157:23
175:14 237:19
271:13
**sets** 257:24
**setting** 128:1
**settlement** 128:12
129:5,7,14
**settlements** 128:18
**setup** 11:23 230:5
**seven** 231:1

**seventy** 48:2
**shakes** 13:12
**share** 126:25
141:6 143:16
181:12,13 182:12
182:22,25 183:4
183:19 184:4
186:12 278:13
**shared** 34:14,22
**shaw's** 241:15
**shed** 114:2
**sheet** 7:6,19 24:2
24:18 25:13 26:7
44:19,22,25 45:24
46:18 56:9 118:5
161:24 200:25
244:12 251:24
272:10,14
**sheets** 245:19
**shield** 45:12 72:10
91:3,14 92:7
96:20 129:6
**shift** 209:8 217:6
**shifted** 217:17
**short** 35:25 37:20
76:6 124:24
**shortcut** 204:16
**shorten** 207:19
275:18
**shortened** 37:19
37:25
**show** 121:22 141:3
158:14 173:24
**showed** 161:8
260:19
**showing** 143:2
280:8 294:6
**shown** 49:16 61:17
168:14 172:12
182:12,13 204:7
238:15 241:2

HIGHLY CONFIDENTIAL

**[shown - spreadsheet]**    Page 48

284:23
**shows** 187:4
　189:17 247:14,17
**side** 66:20,20
　70:21,21 189:6
　211:12 214:1
**sierra** 225:9
**signal** 225:24
**signature** 118:19
　118:25 119:7,8
　297:14
**signatures** 119:10
**signed** 119:21,22
　123:18 134:6
　161:24
**signifies** 248:9
**similar** 116:17
　128:23 154:4
　203:4
**similarly** 31:22
**simply** 12:4 81:14
　211:14
**simultaneous**
　231:24
**single** 123:4
　159:10 198:7
　244:24 247:7
**sir** 32:7 85:21
　100:23 122:2
　175:5 199:21
　206:12 226:14
　236:3 240:12
　246:25 267:13
　269:7 278:25
　296:5,13
**sitting** 11:20 16:15
　37:8 199:19
**situation** 19:17
**six** 202:9
**size** 191:23

**skip** 52:14,15 67:8
　104:10 114:3
**skipped** 296:19
**skipping** 143:15
**slate** 190:19
**slight** 78:11
**slightly** 157:12
**slow** 172:20,20
**small** 20:2 40:14
　44:20
**smith** 3:20
**solco** 3:12 37:14
　37:21,21 38:5
**sold** 65:23 279:16
　279:25 290:4
**sole** 76:4
**solely** 163:20
**somebody** 45:9
　65:16,17 66:7
　91:8 127:6 181:8
　221:7 281:21
**somebody's** 91:9
　129:11
**someplace** 253:21
**sorry** 14:8 33:2,2
　51:6 53:3 54:18
　55:12 60:1 68:1
　70:17 72:8 87:16
　98:19 117:5
　122:1 134:1
　136:10 149:24
　150:21 151:2
　177:20 179:1
　183:5 187:13
　201:4 204:9
　268:11 273:15
　281:17 288:7
**sort** 17:9 37:19
　39:15 48:1 67:11
　97:21 112:25
　114:3 119:19

120:15 121:11
144:21 166:1
233:5 245:15
261:24
**sorted** 7:21 165:22
　167:15 172:1,6
**sorts** 13:13 253:25
**sought** 102:3
　267:16
**sound** 158:13
**sounds** 33:13 39:1
　45:16 156:5
　262:23
**source** 28:24 55:4
　117:21 159:10
　165:21
**sources** 24:1 27:10
　27:18 163:6
**south** 91:4
**southern** 9:7,17
　244:20,21 245:18
　247:21
**space** 35:15
**spans** 66:17
**speak** 31:6 109:24
　127:19 248:20
　250:23
**speaking** 41:14
　61:20 102:7
　241:18 252:14
**specialist** 223:14
**specialty** 92:12,17
**specific** 42:3 65:22
　70:2,9 78:14 80:5
　93:23 105:3 114:4
　135:17 181:2
　188:25 253:6
　254:1,10 262:18
　263:7 295:16
**specifically** 24:10
　28:19 29:21 40:6

60:22 62:22 68:18
　99:17 104:11
　153:15 154:3
　251:20 271:15
**specifics** 70:5
　83:14 256:19
**specified** 93:12
**speculate** 136:1
**speculation**
　141:10 197:13
　260:24
**speed** 15:9 192:4
　206:25
**spell** 46:12 84:9
**spend** 22:8
**spent** 53:10
**split** 70:20
**spoke** 30:18 31:3
　31:22 98:2
**spoken** 257:14
**sponsor** 82:22
　83:3,7,20 120:20
　124:15,16 125:5
　132:1,4 133:19
　137:8 138:6 139:3
　139:6 143:10,14
　143:16 148:3
**sponsor's** 131:22
　143:11
**sponsored** 283:25
**spot** 64:21
**spouse** 176:25
　219:4
**spouse's** 88:12
**spouses** 32:25
　63:12 88:19
**spread** 126:18
**spreadsheet** 7:14
　7:20,23 8:3,4
　27:11,20 161:11
　161:15 162:4,9

[spreadsheet - supply]                                                   Page 49

163:10,25 165:6
165:22 166:17
169:5,13,20 171:6
171:25 172:10,12
173:15,20 175:1,8
182:10 188:20
189:1 191:2,12
194:4,24 199:8,25
200:1 201:16
202:10 203:4
204:17 207:25
208:7,17
**spreadsheets**
168:9
**st** 4:15
**stabilize** 222:11
**stamp** 76:23
**stand** 61:14
225:10 245:17
**standard** 8:23
131:25 132:2
217:18,19,25
218:6 236:14
238:5 239:5,8
240:20 241:1
242:22 247:10,15
**standards** 128:1
**standing** 251:10
251:12,16 269:13
**stands** 28:9 29:18
62:3 74:12 115:5
125:15,16 160:8
245:18
**start** 47:24 48:4
66:22 120:4
160:11 161:1
196:22
**started** 209:2
229:6 231:21
242:11,15 274:3

**starting** 67:20
217:16 219:20
236:7 237:8 247:2
**starts** 112:4 121:4
166:2 167:21
**state** 1:17 4:20
12:4 34:11,12
76:1 187:25 188:1
188:2 239:11,13
248:6 253:22
282:14
**stated** 88:2 96:5
154:3 283:9 295:1
**statement** 14:5
254:22
**statements** 56:2
265:16,20,23
266:2
**states** 1:1 63:2
188:6 274:6,22
279:11,20 281:14
**status** 91:10,10
178:13
**stay** 77:10 105:22
107:3
**steamfitters** 2:13
**steering** 14:13,16
**stenographic** 1:12
11:9 13:14 173:22
297:7
**steps** 91:17 293:15
**stern** 3:7
**stood** 69:25
**stop** 39:10 43:19
178:20 259:16
293:3,16
**straightforward**
177:9
**strategy** 188:24
**street** 2:10,21 3:3
4:20 5:3,15

**stricken** 295:9
**strike** 17:15 72:8
99:14 120:3 124:6
179:2 263:1
275:24
**strong** 214:22
**structure** 143:22
259:19
**structured** 97:23
**stuff** 20:19 114:5
**stumped** 255:1
**subclass** 279:19
289:13,13
**subclasses** 279:5
**subject** 105:7
143:12 174:9
277:15 288:25
291:17
**subjects** 22:20
**subp** 206:2
**subpoena** 167:1
206:3
**subscriber** 138:11
139:1,2,10,16
140:2,11 143:3
176:23 202:16,17
**subscription** 140:6
**subsection** 54:21
252:5
**subsequent** 281:7
**substance** 58:13
**substantial** 140:17
**substantiate**
294:21
**substitute** 42:9,14
42:23 53:11,15
64:2,8,14 79:3
85:23 95:17 116:5
132:14 141:19
149:11,18 150:20
195:19 200:10

214:14 250:4,8
267:21 268:2,19
**substituted** 226:25
**subtopics** 22:16,19
**subtract** 199:7
**subtracted** 184:19
**sued** 36:23
**suffered** 36:24
**sufficient** 136:16
**suggest** 131:11
285:3
**suite** 1:23 2:10,16
3:3,8,15 4:3,9,14
5:3,9
**sum** 117:19
**summaries** 23:3
46:9 49:21 50:5
50:20,24 51:2
78:16 85:4,6,7
224:16 235:20
**summarized**
114:21
**summary** 31:19
52:7,9,11,21,22
117:17,18 140:24
219:18 225:10
**summer** 78:23
**super** 209:8
273:23
**supervision**
297:22
**supplemental** 17:3
20:5
**supplements**
107:12
**supplies** 104:3,5
**supply** 38:18
128:2 133:21
134:2 158:9
180:12 181:7,9
221:4,6,11,15,17

HIGHLY CONFIDENTIAL

**[support - terms]**                                                                Page 50

**support** 60:25
**supports** 62:3
**supposed** 11:23
  83:7 130:23
  153:10,20,22,22
  153:24
**supposedly** 109:21
**sure** 13:20 19:7
  20:20 25:4,8
  26:17,19 32:23
  39:11 45:17,19
  46:14 59:25 69:8
  75:12 80:5 81:3
  83:9,17 85:8 90:3
  94:12,13 97:23
  105:3 109:23
  110:1 134:10
  145:22 151:14
  154:13 162:21
  170:19,19 188:12
  209:24 210:11
  213:22 216:23
  227:15 246:21
  250:22 251:2
  268:13 269:5
**surprise** 159:22
  195:5
**swear** 11:10
**swedesford** 3:21
**swell** 23:15,25
**switch** 26:14,22
  199:11 250:21,25
  251:3
**switched** 111:22
  146:17
**sworn** 11:14 13:7
**system** 11:24
  202:14 236:19

**t**

**t** 1:6 3:2 5:20 6:3
  7:1 11:13 12:6
  54:11,11 84:10
  178:2 297:3,3
**table** 67:10,11,13
  67:15,20 201:2
  287:10
**tablets** 229:13,14
  230:17
**take** 38:23 43:4,7
  49:25 57:21 58:1
  59:11 75:8 94:2,5
  107:7 189:25
  199:23 206:20
  207:8 209:5
  214:23 215:1
  216:11 248:15
  250:23 251:13,15
  258:6 262:23
  276:1 282:8
  287:11 289:9
  296:8
**taken** 1:13 58:5
  107:22 111:7
  160:20 186:15
  215:7 216:8 270:5
  292:5 293:15
  297:7
**talk** 146:3,6
  160:15 182:23
  256:8,23 257:17
  258:13 288:23
**talked** 30:12,17
  52:17 55:4 64:14
  75:11 109:3
  134:16 135:11
  140:20 157:25
  161:6 182:17
  186:11 212:14
  218:16 230:5

  248:21 257:18
**talking** 15:2 26:9
  33:7 34:6 35:14
  38:1 51:11 69:24
  81:4 85:11,11
  102:16 113:8
  127:20,22 147:13
  175:4 185:6 188:6
  200:24 209:14
  230:18 234:10
  238:17,21 242:12
  247:4 257:21
  258:22 262:1,2
  264:1 281:21
**talks** 109:1 133:15
  137:6
**target** 241:16
**tb** 7:3,5,6,7,10,12
  7:14,20,23 8:3,4,8
  8:9,13,17,21 9:3,8
  9:13,18 10:3,6,14
  10:14,14,14,14,14
  10:14,14,15,15,15
  10:15 21:3 26:2
  41:22 43:14 59:6
  76:16 118:6
  165:16 166:21
  171:20 190:10
  205:17 219:11
  231:12 235:25
  240:9 244:5
  245:23 246:15
  247:25 271:4
  273:2
**technical** 17:11
  227:13,23 291:10
**technician** 172:19
**technology** 20:7
**telemedicine**
  94:19

**telephone** 35:10
  35:15
**tell** 13:7 19:12
  28:13 30:21 36:12
  37:3,9,12 38:13
  39:24 44:13 92:18
  100:23 105:25
  110:21 124:21
  130:15 131:5
  144:8 163:6
  171:11 172:21
  173:12 183:19
  184:1 185:23
  188:19,25 194:2
  196:21 202:10
  206:1 208:1,8
  250:19 256:6
**temporal** 290:20
**ten** 12:20 110:20
  110:25 154:10
  250:20
**tend** 77:4
**tenure** 276:20
**term** 35:25 42:14
  42:25 76:6 91:7
  91:13 124:24
  125:6,19 126:19
  193:7 226:23
  243:12
**terminate** 91:23
  153:21
**termination**
  143:18
**terminations** 36:5
**terminology** 18:19
  145:18 202:23
  236:18
**terms** 39:7 65:15
  70:4 78:10 79:6,8
  80:1 88:1 124:8
  130:15 131:3

137:19 151:20
154:4 156:2
167:17 220:3
225:18 262:2
282:11
**terrible** 69:6
**territories** 279:12
279:21
**test** 93:6,9,14,21
260:9,13,19
**testified** 11:14
24:22 69:9 180:19
184:21 209:9
235:1 236:13
252:23 270:18
276:4,5 289:12
291:8
**testify** 18:9 28:21
29:21 75:17 176:4
184:14 187:5
191:24 286:11
**testifying** 1:21
19:19 22:13
**testimony** 45:19
174:10 176:11
186:17 235:5
268:7 270:21
275:20 276:18
290:8
**testing** 260:16
**teva** 3:18 65:1,4,8
251:15 287:15
**texas** 4:4
**text** 119:20 137:25
152:16 182:19
271:20
**thank** 14:20 25:9
59:3 61:22 85:3
85:21 176:13
191:24 202:22
209:24 216:1

270:25 286:6
288:23 292:12
296:6,12,14
**thanks** 46:16
219:8 267:10
269:15 296:3
**thanksgiving**
253:12
**theoretically**
202:15
**therapeutic** 71:7
**therapeutics** 98:24
**thing** 26:24 34:18
58:12 84:5 87:5
117:7 120:9
121:25 125:12
172:5 258:11,12
258:13,15,20
275:10,16 296:10
**things** 13:13 15:9
34:19 35:17 52:25
53:20 77:23
130:22 153:9
176:2 223:12
232:17 239:22
274:20
**think** 14:24 15:8
20:14 40:17 42:18
43:5 46:4 47:13
51:8 52:13 57:21
59:19 67:11 78:20
80:24 81:1 86:14
88:16 106:23,23
110:22 113:24
114:1 120:8
123:21 124:19
132:17 140:20
142:13 146:5
147:13 150:9
154:3 157:25
158:20 160:14

169:9 171:18
177:12 178:6
182:11 183:17
186:25 187:21
188:1,1 189:20
190:22 193:13
201:15 203:3
205:11 207:22
209:3 216:10,12
217:12 227:22
228:5 230:1,2
231:1 233:2 242:3
243:3 244:22
245:14 250:11,18
250:20 252:3
260:11 271:9
276:4 279:19
294:7 296:17
**thinking** 154:8
**third** 7:7 13:1
59:13 74:13,14
87:20 109:8 110:6
136:16,19,21
233:5 271:14
277:10,24 278:24
280:6 281:25
287:7 290:5,16
**thirds** 159:9
**thomas** 1:6 6:3
11:13 12:6
**thornburg** 5:8
**thought** 22:20
47:11 80:23 91:7
106:20 121:23
209:17,20 226:15
266:12 275:8
277:17
**thoughts** 285:19
**three** 54:20 114:10
208:22,23 217:10
221:14 231:1

**throwing** 18:20
**tier** 95:25 96:1,1,1
96:9,9,9 99:3
220:16 221:5,9
222:3,5 224:18
225:20 226:5,21
228:9,13 229:20
229:23,24,24
230:1,21 241:15
241:16,19,19,21
241:22,22,25
242:7,7,7 248:23
248:24 249:5,13
**tiers** 220:19
**tiffany** 3:15 13:17
251:14
**tight** 111:1 215:1
**time** 13:5,21,24
15:1,12,25 19:1
20:25 21:5 28:11
40:12 41:16 43:4
57:21 58:2,7
82:11 86:5 87:5
89:9 97:2,3,9,10
99:11,21,22 100:3
101:6,7 103:9,11
105:16,22 107:4
111:4,9,24 113:2,5
121:22 122:15,16
127:3,3 135:19
137:14,17 144:12
144:17,17 146:15
148:23,23 154:6
156:6 159:21
160:14,16,17,22
170:1 175:24
192:5,10 197:17
207:11 208:25
215:5,9 216:25
217:3 218:13
219:22 220:25

HIGHLY CONFIDENTIAL

**[time - two]**                                                                Page 52

227:16,19 228:3
229:25 232:8
243:21,24 251:3,6
251:17 263:5
280:21,25 285:19
292:7 296:5,15
**timeframe** 122:11
123:14 249:24
**timely** 143:12
153:24
**times** 30:22 42:7
82:2 123:2 134:18
164:24 205:13
268:6
**tip** 189:7
**titled** 161:12
172:10 192:19
**today** 12:3 13:7,9
14:14 15:1,10
16:13,16,20 17:2
17:17,21 18:19
19:18,22 28:22
29:22 38:11 42:7
43:6 45:18 56:14
56:17 89:19
130:19 212:15
218:1 224:24
234:10 248:18
276:4 286:9
**today's** 18:21
22:23 28:14 30:13
30:23 31:10 32:2
**told** 40:7 94:4
**tom** 11:4
**top** 21:9 26:25
44:18 66:19 80:12
87:24 102:18
111:14 112:4
119:15 120:18
128:13 137:23
147:23 154:14,15

160:2 169:7,10,14
183:2 191:6
192:21 199:6
201:13 220:10,20
224:22 228:25
232:10 236:21
250:6 261:21
271:19 273:19
275:13
**topic** 23:19,25
24:10 27:7 28:7,8
28:14,22 29:4,13
29:16,21 175:25
176:5
**topics** 21:15,21
22:1,2,9,15,19
23:18 28:4 83:21
**torrent** 64:24
**total** 7:22 158:12
165:23 167:9,14
167:17 172:1
183:10 184:10
185:17,19 186:15
204:8,16 206:15
208:5,25 220:1
221:16
**touched** 165:8
**tpp** 2:13 283:2
289:13
**tpps** 71:4 74:12,18
279:20 284:20,24
285:5
**track** 53:9 77:4
205:12
**tracked** 152:4
**transaction**
116:22 117:8,13
148:2
**transcribed** 13:13
**transcript** 1:9,12
297:8,19

**transcripts** 251:12
**traurig** 3:14
**treat** 209:13 210:6
211:5,17 213:16
**treated** 109:8
156:1
**treating** 40:21
41:5 212:9,19
**tried** 272:17
**trips** 63:12
**trouble** 20:4
**truck** 75:25
**true** 55:20 61:15
96:13 107:7 126:9
148:15 184:8
194:22 198:18
220:17 223:5
240:5 245:8
250:10 286:18
290:19 296:20
**trundy** 84:8,12
**trust** 8:10,14,18
8:22 9:4,9,14,19
12:13 18:14,24
19:8 32:10,11
33:21 34:15,16
35:12,19 39:19
45:2 47:24 48:10
49:4 50:13 75:14
76:3 80:14,20,22
81:3,4,8,15 82:9
82:10,15 86:6,7,10
86:12,22,25 87:4
89:10 91:9 93:17
93:19 110:15
118:14,15 119:25
127:13 133:25
134:4 145:20,22
153:9 163:12
164:8 165:7
172:14 193:25

195:4 204:11
212:1,2 213:15
252:14,17,19,22
258:18 284:21
293:11
**trust's** 10:6 76:4
76:10 77:21
145:21 293:11
**trusted** 136:24
**trustee** 80:25 81:2
**trustees** 81:6,7,12
81:15
**trusts** 34:21 35:8
81:6
**truth** 13:7
**try** 11:25 15:7,14
15:23 33:12 69:7
112:22,25 204:15
224:8 272:3
277:11,21 278:20
**trying** 120:15
127:20 130:25
136:10 151:2
168:16 228:18
262:16,18 272:11
280:13 284:14
**tuesday** 22:6 27:4
**turn** 168:10
210:20 287:5
288:6
**turned** 112:16
**turns** 212:17,18
**twenty** 208:22,23
209:4
**two** 19:9 22:10,10
31:2 35:8 60:1
66:18 95:3 99:18
102:18 107:25
108:3 122:23
155:7,25 156:9
159:9 160:1,2

HIGHLY CONFIDENTIAL

**[two - valsartan]**                                                     Page 53

168:9 177:6
183:12 187:1
218:3,3 221:6,16
222:20 229:13
230:16 231:1
234:2,17 236:7
240:20 257:11,11
274:5 279:4
**type** 36:17 70:7
84:5 90:25 117:13
140:25 158:23
178:7 179:5
258:10,20
**types** 51:19 155:1
**typically** 56:14
264:15

**u**

**u** 84:10
**u.s.** 3:12,13 37:14
37:15,21 188:16
**ultimately** 15:9
102:9 221:13
249:18
**unable** 137:14
225:22 274:8
**unclear** 200:5
**underlying** 24:1
27:10,19
**understand** 13:6
15:13,18 18:10,12
19:7,18,22 21:18
28:2 29:10,23
30:19 37:11,15
38:1,5 39:2,8
42:17 58:13 59:15
61:2,6,7 74:14
85:3 90:1 102:8
109:5 114:19,20
123:3 125:24
130:9 147:1
157:11 167:18

172:3 179:17,23
180:23 183:11
191:16 201:5
203:1,5 206:23
207:18 212:24
226:19,19 237:13
268:14 271:17
276:15 277:4,7,12
277:21 278:16
279:3 282:22
284:5 286:20
293:11
**understandable**
88:6
**understanding**
19:13 41:2 49:20
65:16 69:19 76:11
81:21 82:4,6,8,14
82:23,25 83:6
96:4 100:24 101:1
103:19 105:25
106:6,9 107:11
108:2,19,24
112:10 113:14
114:15,24 125:15
153:19 195:13
238:2 239:7
242:10,24 257:2
279:17 283:19,20
288:24 289:14,19
289:21 291:2
**understood** 13:4
15:18 16:23 35:18
58:24 78:14 80:23
91:6 106:14
107:14 134:11
144:5 150:1
176:13 202:22
224:23 227:2
237:13 246:6
250:9

**undertake** 211:23
**undertaken**
272:24
**undertook** 91:18
259:21 272:13
**unfair** 187:5
**unfortunately**
66:17 169:12
**unit** 11:3 58:3,8
110:20 111:5,10
160:18,23 192:6
192:11 250:16
251:3,7 280:22
281:1
**united** 1:1 279:11
279:20
**update** 133:18
**uploaded** 296:21
**upper** 236:24
**use** 34:12 35:9
65:19 93:24 95:9
100:11 132:24
133:17 169:13
208:16 220:21
222:9 233:23
279:15,24
**useless** 255:6
**uses** 233:18
**usually** 158:8
203:12
**utilization** 100:7
**utilize** 99:23

**v**

**vacation** 63:11
**vaccines** 209:11
209:11
**vague** 255:6 287:2
290:22
**valsartan** 1:6 7:16
11:5 27:1 28:10
36:20,21 37:1

40:20 42:20,21,24
42:25 48:23 53:10
53:14 56:3,5,22
63:3,16 64:2,15
65:23 66:25 69:2
69:11,15 71:24
72:2,19,24 73:11
73:18,22 74:1
76:12 78:23 85:23
93:15 95:14 98:16
100:8,12,16,17
106:15 108:6,7
109:13 110:5
114:16 115:20,24
116:23 117:9
128:20 132:8,20
135:15 141:3,7,16
149:10,17 150:19
152:5 161:13,16
162:2,5,11,16,18
162:23 163:10
164:1,4 165:10
168:14 169:15
170:6,20,21
173:23 174:6,13
174:15 175:3
193:10,15 195:3,9
195:15,18,24
196:5 197:9,17,24
198:2 200:1 205:9
205:10 209:12
210:5,9,22,23
211:17,24 212:6,9
212:13,18 213:15
214:2,6,10,19
228:8,13 229:13
229:14 230:17
231:2,3,8 234:16
234:17,23,24
243:4,8 248:22
249:3,3,3,13

[valsartan - warranties]                                                    Page 54

252:10,13 256:12
256:18 258:7
260:2,9,12,13,16
260:19,22 261:15
262:1,5,8,8 263:18
263:22 264:6
265:3,10,13,17,21
266:8,19,23 267:2
267:17,23 268:1
268:18 278:8
279:14,23 281:23
281:24 288:24
289:2,22,23 290:3
290:19 291:17
292:7,17 294:2,7
294:15,19 295:12
**value**  8:24 28:8,13
34:19 116:21
117:7 139:9
167:17 213:3,9,10
217:18,20,25
218:5 236:15
238:6 239:5,8
240:20 241:2,5
242:22 247:12,18
260:22
**varies**  33:22
232:19
**varieties**  243:4
249:4
**variety**  36:20
77:23
**various**  22:20 34:9
34:10,11 37:6
44:15 53:20 63:10
99:22 101:6
118:15 119:25
164:24 247:3,5
281:14
**vary**  95:24

**vcd**  152:4
**vcds**  28:9 29:20
64:21 67:5,14,16
71:5,7
**vendor**  128:2
**vendors**  116:17
**verbal**  224:13
**verbally**  13:10
224:7
**verified**  136:19
**verify**  63:15,17,20
89:14,16 90:4,7,14
91:9,18 106:14
136:16 163:25
206:18,20
**veritext**  11:6,8
**version**  21:17 61:8
100:8 193:4
240:19
**versions**  240:20
**versus**  24:6 31:14
188:21 234:3
248:12
**vice**  119:2
**video**  11:3 13:11
172:18
**videoconference**
17:9 296:22
**videoconferenci...**
11:24
**videographer**  5:21
11:1,7 13:21,24
20:25 21:5 26:17
38:21 44:2 58:2,7
70:17 110:19
111:4,9 112:20,24
113:2,5 142:3
160:17,22 191:21
192:5,10 208:22
208:24 215:5,9
216:4,25 217:3

227:12,16,19
250:15 251:6,17
270:14 280:21,25
296:15
**videotape**  250:22
250:24
**videotaped**  1:5
296:22
**view**  26:15,20
169:9 191:4
**viewing**  26:23
**views**  56:3
**visible**  189:10,16
**vision**  35:25 76:6
124:24 247:3
**visit**  92:16 195:18
**visits**  64:7 94:19
223:13,13
**voluminous**
147:21
**voluntary**  227:3
**volunteered**
127:13
**vouch**  165:5

**w**

**w**  84:23 179:22,24
**wacker**  3:15
**wait**  87:18 99:14
**waive**  235:8
**waived**  242:23
**waiver**  243:12
**waiving**  100:2
252:11
**walgreen**  230:3
**walgreens**  155:25
156:17 157:1
241:17
**walk**  22:22 158:4
182:7
**walked**  294:3

**walmart**  241:16
**walnut**  2:10
**want**  18:18 19:6
31:13 34:17 43:3
43:7 47:15 52:14
61:9 62:21 67:8
67:19 70:24 74:11
75:12,15 78:19
85:8,9 86:9 87:24
92:11 93:5 102:20
104:4,14 107:19
110:4 112:24
119:15 122:20
124:14 125:1,12
125:24 127:22
128:16 129:19
131:8,10,20
132:18 133:14
137:2,24 145:22
146:3,6 153:15
155:8 158:4
172:21 176:8,16
189:25 190:1
198:20 211:14
218:20 222:9
248:20 250:23
254:1,4,6 257:17
258:14,23 269:14
274:21 278:10
282:23 283:11
290:13 293:17
**wanted**  14:4,25
58:12 59:2 83:14
129:12 209:18,23
215:12,13 290:14
**wanting**  137:5
**wants**  90:12 110:2
280:20 292:24
**warranties**  274:10
274:12,13

HIGHLY CONFIDENTIAL

[warranty - written]                                                    Page 55

warranty  274:4
washington  3:4
  5:4 11:21
water  190:20
way  17:13 47:13
  48:9 60:23 79:12
  110:24 114:20
  117:11,25 121:19
  131:2 151:3,3
  159:16 163:24
  167:8,23 188:19
  188:25 192:24
  195:8 199:1,5,18
  201:13 206:14
  213:1,9 214:11,15
  220:7 246:11
  257:25 264:10,16
  284:4 285:4
wayne  3:21
ways  102:16
we've  20:7 26:22
  30:12 55:4 57:19
  100:19 102:3,5
  110:22 134:14,16
  161:6 165:8
  179:22 189:12,22
  202:9 205:4
  220:25 228:22
  234:10 236:9,24
  247:4 248:20
website  72:5,10
  129:11,11
week  25:19,20
  86:7
weekend  15:22
  296:16
weekly  52:8,21
  146:17 147:10,14
  151:12
weigh  134:24

welcome  58:11
wellbeing  94:7
wellness  93:10
wellpoint  98:23,23
went  22:7 154:2
  222:25 223:1,3
  237:21 262:11
  272:2 275:7
werner  4:8
west  3:15
whatsoever  52:6
  212:12
whiteley  2:20,20
  14:4,8,20
wholesale  125:17
  158:1,8 203:10,12
  203:21
wholesaler  65:14
  65:23 280:1
  287:20
wholesalers  65:20
  65:25 265:21
whorton  2:15
wipfli  84:23
wires  190:20
wisconsin  85:1
wish  296:7,10
withdraw  148:2
witness  1:21 6:2
  11:11 13:2 24:21
  40:4 44:4 49:11
  49:16 55:9 57:25
  60:12 61:16,23
  62:6,16 64:11,18
  65:11 66:15 69:19
  70:4 79:6,17 80:1
  82:18 88:22 89:25
  94:21 95:20 96:24
  105:10 106:5
  110:8 111:3,18
  112:2 116:1,25

117:11 121:15
122:9 127:12
129:17 133:5
134:21 136:2
139:21 140:4
144:16 149:14
150:6,15 154:13
161:19 162:13,18
164:8,16 165:3
170:16,24 171:3
171:15 174:20
175:12 177:25
179:12 184:8,21
186:2,18 187:5
190:6 193:18
194:10,16 196:10
196:18 197:14,21
198:5,10 201:24
203:17 204:1
207:14 209:6,22
210:1,17 211:8,20
212:22 213:5,12
215:4 226:2,8
228:16 242:2
246:1 249:9,16
253:9 258:25
264:19 269:22
270:2,8,13,24
277:2 280:12
281:13 282:18
284:4,10,24 285:3
285:14,16 287:3
288:21 289:11,16
290:1,10,24
291:13,23 292:3
292:11 293:2,10
294:10 295:15
296:6,12
wlaw.com  4:10
women  33:6,23
  93:25,25 94:1

257:11
wondering  160:7
  169:24 259:8
word  68:17,18
  71:4 117:18
words  13:12
  266:15 272:12
work  26:20 35:23
  36:1,2,6 58:16
  146:7 153:10
  213:8 214:5
  252:24 257:12
  277:11
worked  44:16
  114:21 144:14
  148:6 156:18
  212:13 213:2
  227:23 242:25
  258:20
workers  34:15
working  11:25
  72:14 83:22 86:6
  205:4 212:2
works  19:17 54:15
  77:24 81:8 83:23
  127:13 139:18
  232:13 241:7
  277:25
world  257:18
worry  60:22
worth  181:7
  200:11
worthless  212:20
  292:1,9
wow  47:22
wrap  38:11
write  246:20
writing  133:2,9
written  73:5,9
  275:19

HIGHLY CONFIDENTIAL

**[wrong - zoomed]**                                                    Page 56

| | |
|---|---|
| **wrong** 35:3 105:25 223:19 252:3 | **zealous** 209:25 |
| **wrote** 56:20 | **zero** 182:13 183:17 184:2 |
| **x** | **zeros** 166:2 167:21 |
| **x** 6:1 7:1 179:23 | **zhejiang** 3:12 37:13,19 |
| **xs** 179:21 | **zhp** 37:20 38:5 64:22 |
| **y** | **zoom** 11:22 15:4 20:3,9 21:9,23 |
| **y** 54:11 84:10 178:21 179:24 187:25 | 25:25 41:20 42:5 44:20 48:17 50:8 |
| **yeah** 92:12 113:1 119:24 125:23 131:8 146:5 147:11 149:4 159:10 187:12 296:4 | 54:19 55:24 76:22 87:20 95:2 146:10 154:15 221:21 234:12 241:10 252:2,5 273:22 |
| **year** 49:24 58:19 78:9 89:3 121:6 147:5 157:9,10,10 157:13 158:11 159:24 170:22 171:12 181:4,5 206:5 224:8 237:5 237:22,23 238:2 | **zoomed** 20:6 |
| **year's** 236:10 237:7 | |
| **yearly** 80:6 | |
| **years** 12:19,20 48:2 49:23 96:21 97:11 157:17 164:24 217:16 227:9,24 228:2 239:12 262:19,20 262:22 294:2 | |
| **young** 20:18 | |
| **ys** 179:22 | |
| **z** | |
| **zap** 118:17 | |
| **zappone** 5:15 | |

Exhibit 32

```
                                                        Page 1

  1             UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
  2
                       Case No. 1:19-cv-02431-RBK-JS
  3
  4     -----------------------------------X
        MAIN AUTOMOBILE DEALERS
  5     ASSOCIATION, INC. INSURANCE TRUST,
        On Behalf of Itself and All Others
  6     Similarly Situated,
  7                     Plaintiff,
        v.
  8
        A-S MEDICATION SOLUTIONS, LLC;
  9     ACTAVIS PHARMA, INC.: AUROBINDO
        PHARMA USA, INC.; AVKARE, INC.;
 10     BRYANT RANCH PREPACK,INC.; CAMBER
        PHARMACEUTICALS, INC.; H.J. HARKINS
 11     COMPANY, INC.; HETERO LABS LTD.;
        HUAHAI U.S. INC.; MYLAN
 12     PHARMACEUTICALS INC.; NORTHWIND
        PHARMACEUTICALS, LLC; NUCARE
 13     PHARMACEUTICALS, INC.; PREFERRED
        PHARMACEUTICALS, INC.; PRINSTON
 14     PHARMACEUTICALS INC.;
        REMEDYREPACK INC.; SANDOZ, INC.;
 15     SCIEGEN PHARMACEUTICALS; SOLCO
        HEALTHCARE US, LLC; TEVA
 16     PHARMACEUTICALS USA, INC.; THE
        HARVARD DRUG GROUP, LLC; TORRENT
 17     PHARMACEUTICALS LTD.; and ZHEJIANG
        HUAHAI PHARMACEUTICAL CO., LTD.,
 18
                     Defendants.
 19     -----------------------------------X
 20             REMOTE DEPOSITION OF
                   PATRICIA COBB
 21              October 21, 2021
 22            *   *   *   *   *   *
 23
 24
 25
```

Page 2

```
 1
 2        TRANSCRIPT of the videotaped deposition of the
 3   above-named witness, called for Oral Examination in
 4   the above-entitled matter, said deposition being
 5   taken pursuant to Superior Court Rules of Civil
 6   Practice and Procedure, by and before MICHELLE L.
 7   DAWKINS, CSR, RPR, a Certified Court Reporter and
 8   Notary Public of the State of New Jersey, License
 9   #30X100224400, a virtual Zoom proceeding, New
10   Jersey, commencing at 10:07 in the morning.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1   A P P E A R A N C E S :
 2
 3   For Anthem Health Plans of Maine, Inc., d/b/a Anthem
     Blue Cross and Blue Shield:
 4
         TROUTMAN PEPPER
 5       BY: CHAD R. FULLER, ESQ.
            VALERIE SIROTA, ESQ.
 6       11682 El Camino Real - Suite 400
         San Diego, CA 92130
 7       858.509.6056
         chad.fuller@troutman.com
 8       valerie.sirota@troutman.com
 9   - AND -
         DAVID CRAIN, ESQ.
10       Anthem In-house Counsel
11   For the Defendants, Teva Pharmaceuticals USA, Inc.,
     Teva Pharmaceutical Industries Ltd., Actavis LLC,
12   and Actavis Pharma, Inc.:
13       GREENBERG TRAURIG, LLP
         BY: TIFFANY ANDRAS, ESQ.
14       77 W. Wacker Drive - Suite 3100
         Chicago, Illinois 60601
15       312.456.8400
         andrast@gtlaw.com
16
17   For the Defendants, Zhejiang Huahai Pharmaceutical
     Co., Ltd., Solco Healthcare U.S., LLC, and Prinston
18   Pharmaceutical Inc.:
19       DUANE MORRIS LLP
         BY: DREW T. DORNER, ESQ.
20       505 9th Street N.W. - Suite 1000
         Washington, D.C. 20004
21       202.776.5291
         dtdorner@duanemorris.com
22
23
24
25
```

Page 4

```
 1   A P P E A R A N C E S (Continued):
 2
 3   For the Defendant, Express Scripts:
 4       HUSCH BLACKWELL
         BY: MATTHEW D. KNEPPER, ESQ.
 5          SARAH L. ZIMMERMAN, ESQ.
         190 Carondelet Plaza - Suite 600
 6       St. Louis, MO 63105
         314.480.1848
 7       m.knepper@huschblackwell.com
         sarah.zimmerman@huschblackwell.com
 8
 9   For the Defendant, H.J. Harkins Company, Inc.:
10       HINSHAW & CULBERTSON, LLP
         BY: GEOFFREY M. COAN, ESQ.
11       53 State Street - 27th Floor
         Boston, MA 02109
12       617.213.7000
         gcoan@hinshawlaw.com
13
14   For the Defendant, Albertson's LLC:
15       BUCHANAN, INGERSOLL & ROONEY P.C.
         BY: CHRISTOPHER B. HENRY, ESQ.
16       227 W. Trade Street - Suite 600
         Charlotte, NC 28202
17       704.444.3475
         christopher.henry@bipc.com
18
19   For the Defendant, Maine Automobile Dealers
     Association:
20
         PRETI FLAHERTY BELIVEAU & PACHIOS,
21       CHARTERED, LLP
         BY: ELIZABETH F. QUINBY, ESQ.
22       One City Center
         Portland, ME 04101
23       207.791.3226
         equinby@preti.com
24
25
```

Page 5

```
 1   A P P E A R A N C E S (Continued)
 2
 3   For the Defendant, McKesson Products:
 4       NORTON ROSE FULBRIGHT U.S. LLP
         BY: KIRA LATHAM, ESQ.
 5       2200 Ross Avenue - Suite 3600
         Dallas, TX 75201
 6       214.855.8095
         kira.latham@nortonrosefulbright.com
 7
 8   For the Defendant, Camber Pharmaceuticals:
 9       LEWIS BRISBOIS BISGAARD & SMITH LLP
         BY: ANTHONY F. ALBERO, ESQ.
10       550 E. Swedesford Road - Suite 270
         Wayne, PA 19087
11       215.253.6155
         anthony.albero@lewisbrisbois.com
12
13   For Aurobindo Pharma Defendants:
14       CIPRIANI & WERNER
         Attorneys at Law
15       BY: JESSICA M. HEINZ, ESQ.
         450 Sentry Pkwy E. - Suite 200
16       Blue Bell, PA 19422
         610.567.0700
17       jheinz@c-wlaw.com
18
19   ALSO PRESENT: KEITH SHULMAN, Videographer
            Veritext Legal Solutions
20
21
22
23
24
25
```

2 (Pages 2 - 5)

Page 6

1          INDEX TO WITNESSES
2   WITNESS                        PAGE
3          Patricia Cobb
4   By Mr. Dorner:
    Direct Examination              8
5
6   By Mr. Fuller:
    Cross-Examination               242
7
8              EXHIBITS
9   NUMBER       DESCRIPTION        PAGE
10
    Exhibit 1      Subpoena          17
11
    Exhibit 2      Administrative Services
12               Agreement           44
13  Exhibit 3      MADA Insurance Trust
                 Group Medical Plan  147
14
    Exhibit 4      MADA Insurance Trust
15               Benefits Overview   164
16  Exhibit 5      MADA Insurance Trust
                 H.V. Benefits Overview  171
17
    Exhibit 7      Anthem Essential Drug
18               List                177
19  Exhibit 8      Anthem Invoices     184
20  Exhibit 9      Email 6/3/2019      219
21  Exhibit 10     Excel Spreadsheet   224
22  Exhibit 11     Excel Spreadsheet   224
23  Exhibit 12     Excel Spreadsheet   228
24  Exhibit 13     Excel Spreadsheet   228
25

Page 7

1          THE VIDEOGRAPHER: Good morning. We
2  are going on the video record at 10:07 a.m. on
3  October 21, 2021. This is Media Unit 1 of the video
4  recorded deposition of Anthem Health Plans of Maine
5  through Patty Cobb taken by counsel for defense in
6  the matter of In Re: Valsartan, Losartan and
7  Irbesartan products liability litigation filed in
8  the United States District Court, district of New
9  Jersey, NDL No. 2875.
10         This deposition is being held by
11 Veritext virtual. My name is Keith Shulman and I am
12 the videographer. The court reporter is Michelle
13 Dawkins and we both represent Veritext Legal
14 Solutions.
15         Counsel have already stated their
16 appearances on the stenographic record, so our
17 reporter will now administer the oath.
18         THE COURT REPORTER: Good morning. My
19 name is Michelle Dawkins and I am the court
20 reporter. The attorneys participating in this
21 deposition acknowledge that I am not physically
22 present in the deposition room and that I will be
23 reporting this deposition remotely.
24         They further acknowledge that in lieu
25 of an oath administered in person, I will administer

Page 8

1  the oath remotely. The parties and their counsel
2  consent to this arrangement and waive any objections
3  to this manner of reporting.
4          Please indicate your agreement by
5  stating your name and your agreement on the record.
6          MR. DORNER: Drew Dorner for the
7  defense. We can agree to that.
8          MR. FULLER: Chad Fuller for Anthem.
9  We agree.
10         THE COURT REPORTER: Would the witness
11 please state her full name.
12         THE WITNESS: My name is Patricia
13 Cobb.
14 P A T R I C I A   C O B B, called as a witness,
15 having been duly sworn by the Certified Court
16 Reporter, was examined and testified as follows:
17         MR. DORNER: Okay. We'll go ahead and
18 get started. Just one housekeeping matter. I know
19 I heard from Anthem's counsel on the issue of the
20 remote swearing in. Ellie or anybody else from
21 Preti, I assume there is no objection to that, but
22 can you just confirm that so we can put that to bed?
23         MS. QUINBY: Sure. No objection.
24         MR. DORNER: Okay. We will keep
25 going, then. I thought we were going to be done

Page 9

1  already. I'm just kidding. All right.
2          DIRECT EXAMINATION
3  BY MR. DORNER:
4     Q    Well, good morning, Ms. Cobb. My name
5  is Drew Dorner. I will be asking you some questions
6  today. I hope this is a brief-ish encounter. We'll
7  see how things go. Let's go ahead and get started
8  by asking you, have you ever given a deposition
9  before?
10    A    I have not.
11    Q    Okay. Well, welcome to your first
12 deposition. I'll try to make it not all that
13 painful.
14         Do you understand that even though you're not
15 in the courtroom, you are under oath and that you
16 have sworn to tell the truth today?
17    A    Yes, I do understand.
18    Q    Okay, and you're doing great so far
19 with some basics that I am going to tell you about
20 and your lawyers might have told you about this as
21 well before you came into the room today, but
22 there's some basic ways of how we get through a
23 deposition. Some of them call it ground rules. The
24 first one you have been doing great; answer
25 verbally.

Page 10

1    As you know or have seen, somebody is taking
2 down everything we say today.  And so while we do
3 have video recording, chances are if this gets used,
4 it will be used -- the stenographic record will be
5 used to refer to it.  So our court reporter
6 Ms. Dawson -- excuse me, Ms. Dawkins is not able to
7 transcribe "uh-huh" or "uh-uh," those sounds we
8 normally make in normal conversation:  Yes, nos,
9 maybes, I don't knows.  Full words are what we need
10 today.  So, keep that up.  Like I said, you're doing
11 great.
12    The next rule is our court reporter is going
13 to have a difficult time if we talk over each other
14 today, and so I will do my very best to not speak
15 over you if you're giving an answer.  I would ask the
16 same courtesy in return.  If I'm asking a question,
17 go ahead and wait until I get to the end of the
18 question before you give your answer.  Is that fine
19 with you?
20    A    Yes.
21    Q    And I will warn you -- and I do it
22 too.  It's not just witnesses, it's attorneys too --
23 when we're getting towards the end or the end of the
24 day or whenever it is and you just want to get out
25 of there, that's when that tendency really starts to

Page 11

1 creep up to talk over one another, because you
2 probably know what I'm asking already and I probably
3 know what your answers are going to be, but we'll
4 get through it.
5    If at any time you don't understand a question
6 that I've asked, will you let me know so that I can
7 rephrase it?
8    A    Certainly.
9    Q    And then if I do get an answer to a
10 question, I am going to go ahead and assume you
11 understood what I was asking.  Fair?
12    A    Fair.
13    Q    Okay.  I will try to schedule breaks
14 throughout the day.  Generally we do them about
15 every hour-ish or so, but this is -- we are on
16 lockdown for an hour, so if you need to take a break
17 for any reason, let me know.  Okay?
18    A    Sounds good.
19    Q    The only real caveat to that is if I
20 am in the middle of a question or we would say a
21 question is pending, generally we'd want the
22 question answered before we go and take the break.
23 So, that's really the only caveat to that.  Okay?
24    A    All right.
25    Q    Super.  Chances are at some point

Page 12

1 you're going to hear either one of Anthem's lawyers,
2 maybe a plaintiff's attorney, maybe a defense
3 attorney who's just giving me a rough time, you may
4 hear them say "objection" to a question that I've
5 asked.  That's very normal in a deposition.  Unlike
6 court, things don't stop.  There's not a big
7 argument.  Instead, usually you will just still
8 answer the question, so you should feel free to
9 answer questions.
10    The one exception to that is there may come a
11 time when an attorney might instruct you not to
12 answer.  At that point, don't answer.  The lawyers
13 may have to hash something out but, generally
14 speaking, if you hear "objection," we just keep
15 going.  Okay?
16    A    Fine.
17    Q    All right.  And I think the last
18 procedural thing here is you will be shown documents
19 today.  I think we've got roughly about a dozen
20 exhibits or so.  Some are very, very brief.  Some
21 are a little longer.  And so if at any point you
22 feel a need to flip through an exhibit to review it,
23 you should feel free to speak up.  And you are, of
24 course, free to do that.  Okay?
25    A    Yes.

Page 13

1    Q    All right.  Just as a reminder on the
2 record, everybody listening in, it could be that
3 some of the testimony today might be designated
4 confidential under the confidentiality and
5 protective order in this case.  Some of the
6 documents may be subject to the confidentiality and
7 protective order in this case.  So everybody is
8 reminded to act in accordance with that
9 confidentiality order and any subsequent
10 confidentiality order that might be entered by the
11 court.
12    All right, Ms. Cobb.  Here are some basics.
13 Did you bring a cell phone with you today?
14    A    I did not.
15    Q    Okay.  Let me go off script for a
16 second.  It looks like are you at home today.
17    A    Yes, I am.
18    Q    Okay.  Where are you joining us from?
19    A    I am joining you from my home in
20 Embden, Maine.
21    Q    Amden?
22    A    Embden.
23    Q    Could you spell that, please?
24    A    Sure, E-M-B-D-E-N.
25    Q    All right.  It sounds like a lovely

4 (Pages 10 - 13)

Page 14

1 place. So you don't have a cell phone with you. Is
2 anybody with you in the room today?
3    A    No.
4    Q    Okay. Can we agree, since normally we
5 would all be in the same room for this -- obviously
6 today we are not, so can we agree that while we're
7 on the record here, you're not going to speak with
8 anybody except for me or maybe the court reporter if
9 she asks a followup question, unless it's with your
10 attorneys for the purpose of deciding whether the
11 attorney-client privilege applies?
12    A    Agreed.
13    Q    Great. You're doing wonderfully. I
14 also understand you've obviously got, I would
15 assume, a laptop in front of you, and that's how
16 you're communicating with us today?
17    A    Yes, I do.
18    Q    And I likewise would assume that
19 laptop has some sort of email capability?
20    A    Yes, it does.
21    Q    Can we just agree that if you do get
22 an email or instant message during the course of
23 today's proceeding while on the record, you will
24 avoid reading that?
25    A    I will avoid them, yes.

Page 15

1    Q    Okay. All right. Are you taking any
2 drugs or medications today that might affect your
3 ability to testify, comprehend questions or remember
4 details?
5    A    I am not.
6    Q    Do you understand that you've been
7 designated as the knowledgeable representative for
8 Anthem Health Plans of Maine, doing business as
9 Anthem Blue Cross Blue Shield, for purposes of a
10 designee deposition under the federal rules of civil
11 procedure?
12    A    Yes. I understand.
13    Q    All right. And can we also agree
14 today that if I say the word "Anthem," that's going
15 to be referring to Anthem Health Plans of Maine,
16 Inc. d/b/a Anthem Blue Cross Blue Shield?
17    A    Yes.
18    Q    And if that meaning ever needs to
19 change, I will let you know in my question.
20    A    All right.
21    Q    What is your understanding of your
22 responsibilities as Anthem's designee today?
23    A    To give accurate testimony or to give
24 accurate answers to the questions that I'm asked.
25    Q    And do you understand that you're

Page 16

1 testifying not just to your personal knowledge, but
2 to Anthem's knowledge as an entity?
3    A    Yes.
4    Q    Do you understand that the answers
5 that you give are going to be binding on Anthem as
6 an entity, right?
7    A    Yes, I do understand.
8    Q    Are you familiar with a different
9 entity called the Maine automobile -- back up, Maine
10 Automobile Dealers Association Inc. Insurance Trust?
11    A    Yes, I am.
12    Q    All right. Who or what is the Maine
13 Automobile Dealers Association Inc. Insurance Trust?
14    A    They are an entity who provides
15 employee benefits to a number of different -- to a
16 number of car dealerships throughout the state of
17 Maine.
18    Q    And are you familiar with an entity
19 called the Maine Automobile Dealers Association?
20    A    Yes, I am.
21    Q    Okay. And what's Anthem's
22 understanding of what that is?
23    A    My understanding of the association is
24 that they provide advocacy on the part of the auto
25 dealers who participate with them in the state of

Page 17

1 Maine.
2    Q    It's like a trade association?
3    A    Correct.
4    Q    Okay.
5    A    That's how I understand it to be.
6    Q    Very good. So, again, just some
7 preparatory stuff. Can we agree if I say MADA,
8 M-A-D-A, I am referring to the insurance trust?
9    A    Yes. It's typically how -- yes. I
10 say may-da. You say mada. That's fine. It's the
11 same thing.
12    Q    Yeah. I don't think I can break my
13 habit and start saying may-da, but I'll try. We'll
14 see. And then if I refer to the association, I will
15 be referring to the trade organization, the trade
16 association that we talked about. Fair enough?
17    A    Fair.
18    Q    Great. Okay. Can we pull up Exhibit
19 1, please. All right. Ms. Cobb -- and again, if
20 you ever need Mr. Shulman to flip through any of the
21 pages on this, feel free to ask. Okay?
22    A    Yes.
23    Q    Have you seen this document before?
24    A    Yes, I have.
25    Q    So I will represent to you this is a

5 (Pages 14 - 17)

Page 18

1 subpoena to testify -- and if we scroll down a few
2 pages -- keep going. Couple more. Yeah, like two
3 more. There we go -- and a list of topics for
4 examination that I provided to your legal counsel on
5 October 1, 2021. Did you receive a copy of these
6 topics of examination?
7     A    Yes, I did.
8     Q    Did you --
9          MR. FULLER: I'd just like to state
10 for the record that we did object to those, so there
11 was objections to these particular topics, so I just
12 want that on the record.
13          MR. DORNER: Okay.
14     Q    Did you review these topics once you
15 received them?
16     A    I did review them.
17     Q    For about how long?
18     A    For perhaps about an hour.
19     Q    Okay. Now, you're Anthem's only
20 designee that is going to be deposed on these
21 topics; is that correct?
22     A    That is my understanding.
23     Q    Okay. Did you review all, I guess
24 it's 35 topics within this notice?
25     A    I did review them.

Page 19

1     Q    Did you prepare to answer questions
2 about all 35?
3     A    To an extent.
4     Q    What do you mean by that?
5     A    To the extent that I am able to.
6     Q    Okay. What would have, maybe,
7 prevented you from being able to prepare to testify
8 to a topic?
9     A    Perhaps my own lack of knowledge about
10 a particular topic.
11     Q    Okay. And so if you found that you
12 had a lack of knowledge about a particular topic,
13 what would you do in that situation?
14          MR. FULLER: I am going to object to
15 the extent it calls for the communication --
16 attorney-client communications, Drew.
17          MR. DORNER: That's fine.
18     Q    And I don't want you to tell me -- you
19 know, we will nip this in the bud right now. If I
20 ask you a question, I'm not asking what you've
21 talked about with your legal counsel ever unless
22 there was somebody else in the room who wasn't --
23 who either wasn't with Anthem or wasn't with your
24 legal counsel. I am not asking about those
25 conversations, and that goes for any question I ask

Page 20

1 today. Fair enough?
2     A    Fair.
3     Q    Great. So other than conversations
4 that you might have had with your attorney, what
5 would you do to prepare for topics where you didn't
6 have personal knowledge about the subject matter?
7     A    I would attempt to review to the
8 extent that I could to try to gain some knowledge,
9 but in some cases that even may be limited.
10     Q    Okay. So did you consult with other
11 people within Anthem?
12     A    I have not.
13     Q    Did you review any documents, maybe,
14 that Anthem has in its possession regarding the
15 topics at issue that you didn't have personal
16 knowledge about?
17     A    No.
18     Q    All right. So I guess could you just
19 sort of generally describe -- and again, I don't
20 want to hear about conversations with your counsel,
21 but generally how did you go about preparing to
22 testify to these topics? Tell me your version of
23 it.
24     A    I did spend a number of hours,
25 approximately eight hours with legal counsel,

Page 21

1 especially since I've never given a deposition
2 before, so I would, you know, be a little bit better
3 prepared. So I did spend that amount of time. And
4 understanding, you know, the topic that we would be
5 discussing today, I did look through, you know,
6 prior emails that I had received, whether it was
7 from may-da or mada, however we want to say it, as
8 well as from the counsel who had reached out to me
9 regarding the prescriptions in question.
10     Q    And the counsel you're referring to is
11 counsel for MADA, right?
12     A    Correct.
13     Q    That's the Preti firm, P-R-E-T-I?
14     A    Correct, Preti Flaherty.
15     Q    All right. So let's go and turn to, I
16 guess, topic 7, which I believe is on page 4.
17 Actually, it should just be the next page. There we
18 go. And I'd like to just pick out some topics in
19 here that might be important throughout the day and
20 ask specifically what you did to prepare for them.
21 So I've got a couple picked out.
22     If you could review this topic and then tell
23 us how you prepared to discuss this for today, I'd
24 appreciate it.
25     A    Just need to --

6 (Pages 18 - 21)

Page 22

1    Q    Sure. Take your time.
2    A    There were reports which were
3  requested of me which I had obtained at the time
4  that they were requested, and I have reviewed those
5  reports just to better familiarize myself with them.
6    Q    What sorts of -- what was the content
7  of these reports?
8    A    Based upon the request that was made
9  of me, the reports were to identify those claims
10  which were paid by our PBM on behalf of MADA for the
11  VCDs.
12    Q    And there are a couple of
13  abbreviations I want to make for the record. PBM,
14  pharmacy benefits manager, is that your
15  understanding of that term?
16    A    Yes.
17    Q    And VCDs, that's Victor Charlie Delta,
18  that's valsartan-containing drugs?
19    A    Yes, or the substitute blood pressure
20  medications.
21    Q    Right. Okay. Great. So I tend to
22  differentiate between valsartan-containing drugs and
23  other blood pressure medications that aren't
24  valsartan. So when I ask questions about those, I
25  do intend to keep those two things separate. Okay?

Page 23

1    A    All right.
2    Q    Great. And, so basically the reports
3  that you reviewed, it's claims data, right?
4    A    Correct.
5    Q    Okay. And would that claims data
6  speak to whether or not there were things like
7  Medicare subsidies or rebates or something like
8  that, would that claims data have reflected that
9  information?
10    A    That claims data did not.
11    Q    Did you review anything else that
12  might reflect information about subsidies, rebates,
13  things of that nature?
14    A    I did not.
15    Q    Okay. Let's go to topic 31 which is
16  on page, I believe, 9. And I think, Ms. Cobb, that
17  this topic is going to involve the same sorts of
18  documents. If you could review this and let me know
19  what you did for preparation today, I would
20  appreciate it.
21    A    Similar to the other question or the
22  earlier question, I did review the document that I
23  obtained from the PBM, the pharmacy benefit manager
24  that included any VCDs and/or blood pressure
25  medications.

Page 24

1    Q    When you say the PBM, who are you
2  referring to?
3    A    Well, over the course of time that we
4  are covering, I believe that was mostly the PBM that
5  was in effect at that time was Express Scripts.
6    Q    And then is there another one in the
7  picture?
8    A    Effective July 1 of 2019 IngenioRX
9  became the PBM for Maine Auto Dealers Association
10  Insurance Trust.
11    Q    And did they become the PBM through
12  Anthem's decision, like -- that was a horrible
13  question. Let me re-ask that.
14      Was it Anthem who decided to replace Maine
15  Auto's PBM or was it MADA's decision?
16    A    It was Anthem.
17    Q    Okay. Now let's go just down one more
18  page to topic 34. This is a long one, but it's the
19  only topic -- I will represent to you it's the only
20  topic I included that deals with formularies. Do
21  you recall this topic?
22    A    Yes, I do.
23    Q    What did you do to prepare to testify
24  on this topic?
25    A    Over the course of time for which MADA

Page 25

1  has had coverage through Anthem Blue Cross and Blue
2  Shield, I did review which formularies they have
3  been on.
4    Q    All right. So other than the
5  preparations that we have already talked about, your
6  meeting with counsel, review of some documents, did
7  you do anything else to prepare for today's
8  deposition?
9    A    That is probably it.
10    Q    Did you speak with anybody other than
11  your attorneys or -- well, yeah. Did you speak with
12  anybody other than your attorneys about today's
13  proceeding?
14    A    Not specifically. I did let my own
15  director and regional vice president of sales know
16  that I was going to be giving a deposition.
17    Q    I totally understand. I had to do the
18  same thing, because when I am taking a deposition,
19  that usually means the days leading up I am not
20  going to be home very much, so I had to tell people
21  too. I had to tell my director. It's my fiance.
22      All right. At any point had you discussed
23  this deposition with either MADA or counsel for MADA?
24    A    I have not.
25    Q    I assume you haven't discussed it with

7 (Pages 22 - 25)

Page 26

1 the association then, either, right?
2     A    I have not.
3     Q    Okay. Did you bring any documents
4 with you today for this deposition?
5     A    I did not.
6     Q    All right. Let's get into some
7 substantive stuff here. Tell me a little bit about
8 yourself. What is your role within Anthem?
9     A    I am an account management consultant.
10     Q    And forgive me if I take some notes.
11 I just want to make sure I get these details right.
12 What does an account management consultant at Anthem
13 do?
14     A    We work -- perhaps there is a lot that
15 we do, but we work as a conduit for our customers to
16 Anthem. That's probably the highest level I can
17 give you as a description.
18     Q    Okay. So are you, like, a liaison
19 between the plan and Anthem Blue Cross/Blue Shield?
20     A    Yes.
21     Q    All right. As an account management
22 consultant, how familiar do you get with a
23 particular plan, sponsors, benefits design or plans
24 that they offer?
25         MR. FULLER: I am just going to make a

Page 27

1 general objection. I am just going to make a
2 general objection. It's a vague question. I don't
3 know if you want to be more specific about it, but
4 it's vague.
5         MR. DORNER: Okay. And I know,
6 Mr. Fuller, you probably don't have the benefit of
7 this. We've got a deposition protocol in this case.
8 I'm sure you haven't seen it. I apologize. If I
9 should have sent that to you, I do apologize.
10 I know the Court in this case
11 generally prefers just a quick objection; vague, one
12 or two words, unless it's an instruction not to
13 answer. So I realize you didn't know that, so I
14 just want to let you know that that's the procedure
15 we've got in place for depositions in this matter.
16 Okay?
17         MR. FULLER: Okay. Did I stray beyond
18 it? It didn't seem like I did, but if I did,
19 objection. Vague.
20         MR. DORNER: Not at all. And I don't
21 think you said too much at all, certainly. I don't
22 think you were testifying into the record. I was
23 just letting you know the custom in this case, so I
24 think we're fine.
25     Q    So I am going to re-ask that question.

Page 28

1 As a account manager consultant, how familiar would
2 you say you've become with a plan's benefits design?
3         MR. FULLER: Objection. Vague.
4     Q    This is one of those times where you
5 might hear "objection," but you can answer if you
6 understand.
7     A    I've become, I would say, pretty
8 familiar with a particular plan design.
9     Q    Okay. And so are you personally --
10 are you very familiar with the plans that MADA
11 offered from 2012 to, let's say, 2020?
12     A    I wouldn't say that I am very
13 familiar.
14     Q    Great. I am crossing off some
15 questions here. Could you explain particularly what
16 your common interactions are with MADA as an account
17 management consultant?
18     A    I supply claims reporting to them. I
19 answer many of their day to day questions. I am
20 truly, I think, in constant contact with them since
21 they are a large customer for us here in Maine. I
22 work internally as their questions come to me in
23 order to get them the answers that they need.
24     Q    Okay. About how much of your time
25 would you say you spend dealing on MADA-related

Page 29

1 matters versus other clients?
2     A    It varies. It varies between their
3 open enrollment period versus the rest of the year
4 and also what their needs are at any particular
5 time. I would, perhaps, say for the bulk of
6 business that I manage, they probably consume 10 to
7 15 percent of my time.
8     Q    Okay. Is Anthem aware that MADA has
9 filed a lawsuit against a number of defendants
10 relating to a medication called valsartan?
11     A    To the extent that I've let anyone
12 internally here know that I was giving this
13 deposition.
14     Q    You're certainly aware, personally
15 you're aware that MADA has filed a lawsuit over
16 valsartan, right?
17     A    Yes.
18     Q    Okay. Can you tell me Anthem's
19 understanding -- and if it's just you, I guess it's
20 your understanding, but Anthem's understanding of
21 what MADA's lawsuit is about?
22     A    I think I would be speaking on behalf
23 of myself, which I realize I am speaking on behalf
24 of MADA, is that they have filed suit, some type of
25 class action suit with regard to valsartan claims.

8 (Pages 26 - 29)

Page 30

1    Q    Do you have any idea the kind of
2  damages that they are attempting to recover?
3    A    I do not know that.
4    Q    So can you generally describe the
5  kinds of communications that have occurred between
6  Anthem and MADA regarding the lawsuit?
7    A    I think overall those have been
8  somewhat limited, really, to the gathering of the
9  reports that I have been able to get that I have
10 subsequently supplied.
11   Q    About how many reports has Anthem
12 supplied to MADA since the lawsuit began?  And I
13 want to say it's 2018, either '18 or '19, but how
14 many reports has Anthem supplied to MADA?
15   A    I believe there are only three.
16   Q    Can you just tell me what those three
17 reports are; like, describe them for me?
18   A    Sure.  They're claims reports, some of
19 which I would say do have the information that I
20 provided did contain PHI, personal health
21 information to identify the claims that were filled,
22 the dates they were filled, the amounts that were
23 paid on behalf of -- that the member may have paid
24 as well as the amounts which MADA would have paid.
25   Q    And I think --

Page 31

1    A    That's at a high level.  I mean, there
2  was more to it than that such as quantity, et
3  cetera, but that's the gist of the report.
4    Q    Well, I think we'll probably be taking
5  a look at one or two of those today or one or two
6  similar ones.  I'm not sure if they're exact
7  replicas of the reports you're talking about.  Maybe
8  we can find out over the course of today.
9         Would it be difficult for you to, if you were
10 to be asked to search for emails between you and
11 either MADA and counsel, would those be difficult for
12 you to locate?
13        MR. FULLER:  I am going to make an
14 objection there.  I think we've already produced the
15 documents responsive.
16        MR. DORNER:  I don't believe you have,
17 but it doesn't matter.  You can answer the question.
18   A    Yes, I would be able to find and
19 produce those emails.
20   Q    Are you able to tell me who any of the
21 defendants are in the lawsuit that MADA has filed?
22   A    I think the only way I'd be able to
23 definitively answer that would be to look back at
24 that subpoena.
25   Q    Okay.  So sitting here right now, you

Page 32

1  wouldn't be able to do that?
2    A    I would not.
3    Q    Lucky you.  It's just a big lawsuit.
4  You don't want to know anything about that.  Well,
5  I'll tell you, so I do represent one of the
6  defendants in that case, actually a number of the
7  defendants in that case.  Just to share, that's
8  Prinston Pharmaceutical, Zhejiang-Huahai
9  Pharmaceutical -- that's Z-H-E-J-I-A-N-G;
10 H-U-A-H-A-I -- Solco Healthcare and Huahai U.S.
11 Incorporated.
12        I might refer to those entities collectively
13 as "ZHP."  So if I say "ZHP," you understand that is
14 what I am referring to?
15   A    Yes.
16   Q    And you understand there are other
17 lawyers on this call, both for plaintiffs and the
18 other defendants in this lawsuit?
19   A    Yes, I do understand that.
20   Q    All right.  And then at the end of the
21 day today it might be that some of them will also
22 have some questions for you.  I hope it's not much,
23 but it's possible that may happen, all right.  Can
24 we go to page -- I guess it's 15 of Exhibit 1.
25        THE VIDEOGRAPHER:  15 of the PDF?

Page 33

1        MR. FULLER:  Guys, while we are doing
2  that, I hate to ask for a break early, but I've got
3  to get my youngest out the door.  So could we take,
4  like, a ten minute break a little earlier on this
5  hour?
6        MR. DORNER:  That's completely fine.
7  Yeah.  So we'll take 10 and we'll reconvene at,
8  let's just say 10 to 11 in the east.
9        THE VIDEOGRAPHER:  Going off the
10 record, the time is 10:41.  Stand by.
11        (Off the record.)
12        THE VIDEOGRAPHER:  We are back on the
13 video record.  The time is 10:55.
14   Q    Welcome back, everybody.  Let's put up
15 page 15 of Exhibit 1.  There it is.  Now, Ms. Cobb,
16 have you seen this document before?
17   A    Yes.
18   Q    When would you have seen this?
19   A    I would have seen this during our
20 preparations.
21   Q    Okay.  You'll notice at the bottom of
22 pages 45 and 46 there's reference to valsartan and
23 valsartan and hydrochlorothiazide.  The reason I am
24 showing you this document is to make sure when I
25 talk about substitute blood pressure medications or

9 (Pages 30 - 33)

Page 34

1 other blood pressure medications, I am talking about
2 the stuff in the document that is before you right
3 now minus things like valsartan, because obviously
4 we are going to refer to valsartan as valsartan. Is
5 that fair?
6    A    That's fair.
7    Q    Okay. And do you need to look through
8 the remainder of Exhibit A or are you familiar
9 enough with it that we can move past it?
10   A    I believe I'm familiar enough with it.
11   Q    Okay. And I don't intend on asking
12 any questions about it, just the idea of what a
13 blood pressure medication is. Okay?
14   A    Sure.
15   Q    All right. So we can take that
16 exhibit down, and let's talk a little bit about what
17 Anthem does.
18   So, first off, can you tell me a little bit
19 about the kinds of plans that Anthem provides
20 benefits administration services for?
21   A    Anthem Maine provides administrative
22 services for health plans. Those health plans can
23 include your PPO plans, preferred provider
24 organizations. They can include consumer driven
25 health plans or plans that are compatible with

Page 35

1 health savings account and they also include a
2 variety of different HMO plans.
3    Q    And when we're talking about plans,
4 every plan is going to have a plan sponsor, right?
5    A    Yes.
6    Q    And those are what we typically might
7 refer to as third-party payers?
8    A    Yes.
9    Q    How diverse would you say the
10 third-party payers that Anthem is providing services
11 for; is it quite a range, big and small, for
12 example?
13   A    Typically we provide third-party
14 administrative services for our larger customers.
15   Q    What would you say is the smallest of
16 Anthem Maine's customers that you're providing
17 benefits services for?
18   A    Probably 300 contracts with
19 approximately 500 members.
20   Q    And when you refer to contracts, what
21 are you referring to?
22   A    Contracts are what we would define as
23 the policy holder --
24   Q    Gotcha.
25   A    -- so 300 employees.

Page 36

1    Q    Understood.
2    A    And the members would be the total
3 number of lives.
4    Q    Okay. And so a spouse or a dependent?
5    A    Correct.
6    Q    And then the various customers that
7 you have, they'll have a variety of different PPO or
8 HMO or HSA plans to choose from, right?
9    A    Correct.
10   Q    Do you have a sense of the total
11 number of different plans that could be offered to
12 any one of your customers?
13        MR. FULLER: I am going to make an
14 objection. It's outside the scope of the depo
15 topics.
16   Q    You can answer.
17   A    I think, defining how those plans are,
18 I would say those are the three categories that
19 plans typically fall into. Within those categories
20 plans can have almost an infinite number of
21 variations because of the cost shares that different
22 employers decide to impose upon their employees, so
23 deductible total out of pocket copayments, et
24 cetera.
25   Q    Okay. So I'd like to focus, then, on

Page 37

1 where Anthem fits into MADA's -- Mayda's health
2 benefits process. Could you describe the source of
3 services that Anthem was providing to MADA from 2012
4 to, let's say, 2020?
5    A    Sure. During that time, Anthem Health
6 Plans of Maine has provided at least three. There
7 are now four different health benefit options for
8 Maine auto dealer members. At the present time
9 there are two PPO options and two high deductible
10 health plans that are compatible with HSA programs.
11   Q    You said there were -- oh, I
12 understand. So that's where you get the four, two
13 PPO plus two HSA?
14   A    Two and two, yes.
15   Q    When it was three, how did that break
16 down?
17   A    I believe when it was three, they just
18 simply have three PPO options.
19   Q    So those are the plans that Anthem is
20 offering to MADA. I understand there's also a
21 service component to what Anthem is providing to
22 MADA. What sort of services are provided as part of
23 offering those plans?
24   A    What we administer, I say. We
25 administer those plans on behalf of Maine auto

10 (Pages 34 - 37)

Page 38

1 dealers. Within that we, you know -- actually,
2 could you just repeat the question, please?
3     Q     I think I have a followup already. So
4 what would administration of those plans involve?
5 Just generally discuss what does that involve.
6     A     Sure. Administration of those plans
7 involves us providing customer service to employees.
8 It involves us paying the claims that come into
9 Anthem's claim system. It involves reporting that
10 we do back to MADA on monthly basis. It involves a
11 lot.
12        Those are, you know, I think from a high level
13 and from a perspective of, you know, what we do on a
14 very regular basis; that is, we pay claims on their
15 behalf and we answer their questions as they come in
16 to us.
17     Q     Before we get into documents which I
18 think sort of spell out the responsibilities
19 and what Anthem is doing, I just want to get your
20 sense of sort of how a typical claim for a
21 prescription might work in the real world, so to
22 speak.
23        So, let's say we're back in 2018 and there's a
24 MADA member who goes to fill a prescription for
25 valsartan. First of all, would it matter whether or

Page 39

1 not that person went to a mail order versus a brick
2 and mortar pharmacy?
3     A     No.
4     Q     Okay.
5     A     No.
6     Q     So let's assume this person goes to
7 any old pharmacy there in Maine, gets a fill for
8 valsartan. How is that claim processed? Walk me
9 through that.
10        MR. FULLER: I am going to make an
11 objection. That's a incomplete hypothetical.
12     Q     You can answer.
13     A     A member goes to a pharmacy. They
14 present their identification card. The pharmacist
15 will proceed to enter the member's identification
16 number into the system and proceed to fill the
17 prescription that their doctor has prescribed to
18 them.
19        That information that the pharmacist enters
20 feeds to the PBM that Anthem works with or that we
21 contract with at any time to process that claim, and
22 the member would typically pay some portion of the
23 claim. They would pay some out-of-pocket portion at
24 the time that they fill it and that is recorded by
25 Anthem as well as the portion of the claim which

Page 40

1 Maine Auto Dealers is responsible for -- sorry.
2     Q     No problem. Oh, was that a pet?
3     A     That was a cat.
4     Q     Aww.
5     A     If I try to keep the door closed, he's
6 just going to try to scratch at it, so...
7     Q     Cats are, of course, welcome, but I
8 would ask that he make an appearance on the record.
9     A     Okay.
10     Q     I'm just kidding. I'm just kidding.
11 Okay. So when it comes to -- you mentioned that the
12 PBM will process the claim. To the extent Anthem
13 knows, what does that processing involve; what does
14 "process" mean?
15     A     They take the, you know, information
16 that is provided to them, which is the information
17 that's coming from the pharmacist.
18        The -- I'm sorry. I'm going to have to move
19 him.
20        MR. FULLER: Let the record reflect
21 that Patty removed her cat.
22        MR. DORNER: No objection.
23     A     Sorry about that, but the process of
24 that is the pharmacist enters the information which
25 would be what the prescription is; the amount, et

Page 41

1 cetera. That information, as I can at least
2 understand it, it goes to the PBM. The PBM
3 processes that against the benefits that the
4 employee has on behalf of MADA.
5     Q     Okay. So the processing that the PBM
6 is doing is saying -- correct me if I'm getting this
7 wrong -- it's saying, all right. Here's what the
8 member wants to fill. Here is the benefit that
9 their plan provides.
10        Putting those two things together, the member
11 owes so much dollars and MADA owes so many dollars.
12 Is that accurate?
13     A     Correct.
14     Q     Great. Simple. For a general
15 medication like a valsartan, would there be any
16 approvals necessary?
17     A     Well, the member's coverage has to be
18 active. As long as it's considered to be a covered
19 prescription, which I understand valsartan was or
20 is, then it would be -- that claim would proceed to
21 be processed.
22     Q     No pre-approval, I guess, necessary?
23 I guess maybe that's a better way of asking.
24     A     I don't know if there was a
25 pre-approval that was required for valsartan.

11 (Pages 38 - 41)

Page 42

1    Q    Okay. So then a payment is presumably
2 made at some point. I think you said the member
3 pays their portion of the prescription cost, but
4 then there is another portion that MADA has to pay.
5    Does MADA immediately write a check or send a
6 transfer of money or does money come from somewhere
7 else at first?
8    A    Well, what happens is, is that
9 particular prescription claim and others that MADA
10 members fill throughout a period of time are
11 calculated and are in fact billed to Maine Auto
12 Dealers Association, you know, MADA in order for
13 them to pay their claims.
14    Since they are a self -- when -- they are an
15 ASO customer with us, administrative services only,
16 so that means that Anthem provides administrative
17 services to them, but they are responsible for paying
18 their own claims. With that we inform them on a
19 weekly basis what their claims responsibility is.
20    Q    Okay. So ultimately this pharmacy,
21 whatever pharmacy in our hypothetical this person
22 has gone to, ultimately they want $100 for whatever
23 this prescription is, is this valsartan prescription.
24    The member, let's say, has put down $20 as a
25 copay. There's $80 left. Where does that pharmacy

Page 43

1 get the $80 from?
2    MR. FULLER: I am making an objection.
3 Lacks foundation. Calls for speculation.
4    Q    You can answer.
5    A    That $80 is billed through the PBM and
6 that information on a weekly basis comes to Anthem
7 so that we may then in turn bill MADA for their
8 prescription claims as well as their medical claims.
9    Q    Okay. And then does MADA directly pay
10 the pharmacy or do they pay Anthem or Anthem's PBM
11 and then Anthem's PBM ultimately writes the check to
12 the pharmacy for the $80?
13    A    Well, we inform MADA on a weekly basis
14 what their claims responsibility is and they pay via
15 ACH wire.
16    Q    Wire to whom, where does the money go?
17    A    That would come back to Anthem.
18    Q    Okay. And then Anthem would then cut
19 a separate check or ACH or some form of payment that
20 would ultimately go to the pharmacy; is that right?
21    A    Some form of payment, correct.
22    Q    Other than a check or a wire transfer,
23 are there any other --
24    A    I do not know specifically how that
25 payment arrives back at the pharmacy.

Page 44

1    Q    Okay. All right. Fair to say the
2 pharmacy isn't paid right away, there's at least a
3 week's worth of lead time, that's how long it takes
4 for Anthem to get the claim data to MADA?
5    A    When the member leaves the pharmacy,
6 the pharmacy knows that that payment will get made,
7 because that claim has been approved when the
8 pharmacist put that claim through. When exactly
9 that payment gets made, I can't speak to.
10    Q    Fair. It's not instantaneous, I think
11 we can agree to that, right? Was that an "I don't
12 know"?
13    A    I don't know if it's instantaneous or
14 not. They know that the claim has been approved.
15    Q    Okay. All right. Let's go ahead and
16 let's go to Exhibit 2, all right, and can we go down
17 one page. All right, Ms. Cobb. Have you seen this
18 document before?
19    A    Yes, I have.
20    Q    Could you tell us what it is?
21    A    It is the administrative services
22 agreement between Anthem and MADA.
23    Q    Okay. Now, I have modified this
24 document. I am just letting you know I have
25 modified this document just slightly. I understand

Page 45

1 there were a number of amendments that have been
2 made to this document, and so I took every one that
3 we have that that's been produced and I added them
4 to the end of this in the order that they go.
5    So, it's this administrative services
6 agreement followed by Amendment 3, then Amendment 4,
7 then Amendment 5, then Amendment 6. Do you follow
8 me?
9    A    Yes, I do.
10    Q    Are you generally familiar with those
11 amendments as well?
12    A    Generally, yes.
13    Q    All right. Now, before we get to
14 discussing some of the terms in this document, we
15 are missing Amendments 1 and 2 to the administrative
16 services agreement. By the way, can I call it the
17 ASA for short?
18    A    Sure.
19    Q    Okay. Good. So have you ever
20 reviewed -- you personally -- have you ever reviewed
21 Amendment 1 or Amendment 2 to the ASA?
22    A    I don't believe so.
23    Q    Does anybody at Anthem have any
24 knowledge as to what was in Amendment 1 of the ASA?
25    A    I don't know. I expect Amendment 1

12 (Pages 42 - 45)

Page 46

1 exists, but I have not seen it.
2    Q    Okay. Did you do any investigation as
3 to the whereabouts or the contents of Amendment 1?
4    A    I tried to pull what I could, based
5 upon the requests that were made of me. That's what
6 I could find, based on the requests that were made
7 of me.
8    Q    You didn't ask anybody else about what
9 Amendment 1 might have said or where it is?
10    A    I did not.
11    Q    Okay. Same goes for Amendment 2; did
12 you consult anybody else at Anthem about what that
13 might say or where it might be?
14    A    I looked into where it may be as well
15 as I asked. I was not able to locate it.
16    Q    Okay. I believe you said, but let me
17 just clarify; do you have any idea -- does Anthem
18 have any idea what the terms of Amendment 1 might
19 have been?
20    A    I would expect that someone somewhere
21 going back could speak to that. I was not able to
22 find it.
23    Q    Okay. Do you have any idea who that
24 person might be or what department they might be in?
25    A    Given how far back I think some of

Page 47

1 these date, I don't know who that would be at this
2 time.
3    Q    What about Amendment 2, does Anthem
4 have any idea what the terms of that might have
5 said?
6    A    I would say, you know, same as with
7 regard to Amendment 1.
8    Q    Sitting here today, you're not able to
9 tell us whether or not the terms of Amendment 1
10 might have affected the prices that MADA would have
11 paid for valsartan from 2012 to 2020, right?
12    A    I'm not able to tell you that.
13    Q    Same goes for Amendment 2?
14    A    Yes.
15    Q    It could have. We just don't know,
16 right?
17    A    Correct.
18    Q    All right. So let's go -- so I will
19 refer to pages today by what's called a Bates
20 number, Ms. Cobb. So if you look at the bottom
21 right of this document, you will see a little code,
22 MADA 000128. Do you see what I'm referring to?
23    A    Yes.
24    Q    So in law we typically refer to those
25 as Bates numbers or Bates stamps. To the extent

Page 48

1 that I'm able, I am going to refer to the pages by
2 Bates stamps, so don't get hung up by the other
3 numbers you may see on the page. All right?
4    A    All right.
5    Q    So we are on MADA 000128 and I want to
6 focus on a definition on this page right in the
7 middle called Anthem Affiliate. Do you see that
8 definition?
9    A    Yes.
10    Q    Okay. So it says an Anthem affiliate
11 is an entity controlling, under common control with
12 or controlled by Anthem. Did I read that correctly?
13    A    Yes.
14    Q    So from 2012 to 2020, were any
15 pharmacy benefits managers that provided
16 prescription drug services for MADA considered
17 Anthem affiliates?
18    A    IngenioRX became part of or became the
19 PBM that we associated with in July of 2019.
20    Q    So there's common control between
21 Anthem and IngenioRX?
22    MR. FULLER: Wait a minute. That
23 might call for a legal conclusion, so I am going to
24 object.
25    MR. DORNER: You can object to that.

Page 49

1 I am still going to ask her to answer the question.
2    Q    There is still common control between
3 IngenioRX and Anthem?
4    MR. FULLER: Objection. Calls for a
5 legal conclusion.
6    Q    You can answer.
7    A    I don't have the details as to how
8 Anthem fully interacts with Ingenio.
9    Q    Were there any other -- other than the
10 two PBMs we talked about, Ingenio and Express
11 Scripts, were there any other Anthem affiliates who
12 performed services regarding prescription drug
13 benefits under MADA's claims -- excuse me, under
14 MADA's plans?
15    A    From what time period?
16    Q    Generally we will refer to 2012 to
17 2020.
18    A    Yes. From 2012 to July 2019 it was
19 Express Scripts and from July of '19 forward has
20 been IngenioRX.
21    Q    Other than those two, no other Anthem
22 affiliates have provided any other services related
23 to MADA's plans; is that right?
24    A    Correct.
25    MR. DORNER: Can we go to the next

13 (Pages 46 - 49)

Page 50

1 page, please. All right. There we go.
2    Q    And I want to focus on the definition
3 of paid claim. I realize it's quite a long
4 definition. Let's just do the top paragraph.
5    So a paid claim, if you want to review and
6 take your time, but a paid claim is basically
7 whatever Anthem charged MADA for a covered service,
8 like a prescription drug. Is that accurate?
9        MR. FULLER: Are you asking her to
10 define this term?
11       MR. DORNER: Can we repeat the
12 question, please?
13       (The previous question as requested
14 was read by the reporter.)
15       MR. FULLER: That's what I'm asking.
16       MR. FULLER: And I'm asking, are you
17 asking her by this term --
18       MR. DORNER: Chad, I asked the
19 question, okay. If she understands it, she can
20 answer it.
21       MR. FULLER: Yes. I understand that,
22 but you've got this term up. Is she supposed to
23 be --
24       MR. DORNER: Do you have an objection
25 or not? Do you have an objection?

Page 51

1        MR. FULLER: Yeah. The document --
2        MR. DORNER: Make your objection.
3        MR. FULLER: -- speaks for itself.
4 Look, man. We're a third party to this. You don't
5 have to get hot with me. I am just trying to
6 protect this witness from, like, you know, defining
7 these terms in a way that I didn't understand,
8 that's all.
9    Q    Ms. Cobb, is Anthem's understanding of
10 a paid claim essentially what whatever Anthem
11 charges to MADA for a covered service such as a
12 prescription drug?
13    A    A paid claim, it is a claim for which
14 Anthem has paid on behalf of an insured. That
15 amount which is paid on behalf of them is then
16 charged back to the plan sponsor in which this case
17 is MADA.
18    Q    Okay. I understand. Now, when we
19 were talking earlier about sort of the process for
20 where payments come from, where does the money come
21 from; do you remember that conversation from a few
22 minutes ago?
23    A    Yes.
24    Q    So I had understood from that that the
25 money is -- I take that back. Strike that. Let me

Page 52

1 ask it this way.
2    In the example we were talking about earlier
3 where somebody got a prescription for valsartan, does
4 the plan -- what happens first; does the plan pay
5 Anthem and then Anthem tenders payment to, in that
6 case the pharmacy, or does Anthem pay the pharmacy
7 and then sort of gets reimbursed by the plan for the
8 claims?
9    A    Well, I might be repeating myself from
10 earlier, so my apologies. As in the case of
11 prescription claim as that member goes to the
12 pharmacy, fills that prescription, the prescription
13 is approved, the member pays their portion. The
14 pharmacy knows that the prescription is approved and
15 the member has paid that portion. That balance is
16 an amount that then goes to the PBM.
17    The PBM then transfers those claims to Anthem,
18 whereby we bill MADA for their prescription claims as
19 well as any medical claims that they may have had in
20 that week time period.
21    Q    Okay. And I think I understand the
22 process getting up to there. I guess I am just
23 asking who actually -- who pays the pharmacy; does
24 it come from Anthem before Anthem collects from MADA
25 or does it -- does MADA pay Anthem first and then

Page 53

1 Anthem basically just transfers that payment over to
2 the pharmacy?
3    A    MADA pays Anthem. How that transfer
4 works exactly from Anthem back to -- you know, I
5 don't know the components of how that transaction
6 takes place.
7    Q    Okay.
8    A    It's just simply not part of my
9 knowledge here at Anthem about, you know, how that
10 adjudication takes place. I just know that on a
11 weekly basis that claim or that group of claims from
12 MADA members comes to Anthem, we bill MADA, MADA
13 pays us, and in some way, shape or form those claims
14 have or are paid on behalf of the members.
15    Q    All right. And then that latter
16 process you are referring to, I think you used the
17 term "adjudication"?
18    A    Mm-hmm.
19    Q    What exactly is an adjudication?
20    A    When we say we adjudicate a claim is
21 how we process. "Adjudicate" is another word for
22 process.
23    Q    Gotcha. Okay. Can we Zoom in
24 Subsection 3 underneath paid claim. It starts with
25 prescription drug claims. In this I want to refer

14 (Pages 50 - 53)

Page 54

1 specifically -- feel free to read the whole subject
2 or -- excuse me, text that we have blown up here. I
3 want to refer to -- I believe it's the last
4 sentence -- second to last sentence. Sorry.
5     "Anthem negotiates contracts with pharmacy
6 providers on its own behalf at various compensation
7 terms and rates." Did I read that sentence
8 correctly?
9     A    Yes, you did.
10    Q    So while this section was in effect,
11 what associations did Anthem undertake with pharmacy
12 providers with respect to valsartan?
13    A    I do not have the specifics of that.
14    Q    Is it possible to determine or, I
15 guess, look into that, either for documents or for
16 records of those associations?
17         MR. FULLER: I will make an objection.
18 There's no more homework.
19         MR. DORNER: It's not an objection to
20 form. You are limited to objections to form during
21 a deposition.
22         MR. FULLER: Okay. Well, I am making
23 an objection.
24    A    In my capacity here at Anthem, that's
25 not something I would have specific access to.

Page 55

1     Q    Do you know who might?
2     A    I know who might, yes.
3     Q    Did you undertake any effort to look
4 into that?
5     A    I mean, we're talking Anthem
6 negotiates contracts with pharmacy providers on its
7 own behalf at various compensation terms and rates.
8 I think that's a detail that's beyond my position
9 here in the sales area at Anthem.
10    Q    So today you're not able to talk about
11 any of the negotiated terms and rates that Anthem
12 would pay to pharmacies for a drug like valsartan;
13 is that accurate?
14    A    That is accurate.
15    Q    Okay. The next sentence here says,
16 "Anthem may retain the difference, if any, between
17 the amounts charged plan sponsor and the dispensing
18 fee and/or the drug reimbursement rate actually paid
19 to such providers."
20    Do you see what I am referring to?
21    A    Yes, I do.
22    Q    So is -- are you familiar with the
23 term "spread pricing"?
24    A    Vaguely.
25    Q    Okay. So let me ask, then, what is

Page 56

1 Anthem's understanding of this section of what this
2 section allows Anthem to do?
3         MR. FULLER: I am going to make an
4 objection if it calls for legal conclusion.
5 Document speaks for itself.
6     Q    You can answer.
7     A    I would read it exactly as it is, is
8 that it allows Anthem to retain the difference, if
9 any, between the amounts charged, the plan sponsor
10 and the dispensing fee and/or the drug reimbursement
11 rate actually paid to such providers.
12    Q    So did this happen with valsartan from
13 2012 to 2020?
14    A    I'm not able to answer that.
15    Q    Is it possible that Anthem was
16 retaining the difference between what it might have
17 paid a pharmacy for valsartan versus what it
18 collected from MADA from 2012 to 2020?
19    A    I'm not able to answer that.
20    Q    Not even if it's possible?
21         MR. FULLER: That just calls for
22 speculation. Objection.
23    Q    You can answer.
24    A    I would have to reach out to a number
25 of different people to try to obtain that

Page 57

1 information.
2         MR. FULLER: Guys, I hate to do this.
3 I am getting a text from my kid's school. I gotta
4 take a quick break here. I'm sorry. We can take
5 five?
6         MR. DORNER: We can take five. We'll
7 be back here at 11:35.
8         THE VIDEOGRAPHER: Going off the video
9 record. The time is 11:29. We're off.
10        (Off the record.)
11        THE VIDEOGRAPHER: We are back on the
12 video record. This begins Media Volume No. 2. The
13 time is 11:41.
14 BY MR. DORNER:
15    Q    All right. We were referring to a
16 section on page MADA 000129 regarding prescription
17 drug claims and Anthem retaining the difference
18 between amounts charged to MADA versus what is
19 actually paid to the pharmacy, and I believe
20 Ms. Cobb, your testimony is you aren't prepared to
21 testify on that issue; is that right?
22    A    Could we pull that exhibit back up,
23 please?
24    Q    Sure. Could we do Exhibit 2 at MADA
25 129, please, and then we'll blow up sub paragraph 3

15 (Pages 54 - 57)

Page 58

1 under "paid claim." Go ahead and review that,
2 Ms. Cobb, and let me know when you're ready.
3      A    Okay.
4      Q    All right. So what I have been asking
5 you about is with regard to valsartan. Was there
6 usually a difference between the amount of money
7 that Anthem -- and this is from 2012 to 2020 --
8 between the amount of money that Anthem would charge
9 to MADA and the amount of money that Anthem would
10 then pay to whatever pharmacy for the valsartan
11 claim?
12      A    That would really be a question to the
13 PBM.
14      Q    Because it says here that Anthem may
15 retain the difference, not Anthem's PBM or any other
16 entities. It says Anthem. So would Anthem retain
17 any differences between the amounts charged to MADA
18 and the dispensing fee or the drug reimbursement
19 rate actually paid to the pharmacy?
20      A    Well, we had a PBM that works on
21 behalf of those prescription claims, so Anthem works
22 or has a PBM that processes pharmacy claims for
23 members, and as of 2012 when we're talking about
24 these MADA claims, that pharmacy benefit manager was
25 ESI.

Page 59

1      Q    Were you finished with your answer?
2      A    Yes.
3      Q    Okay. So ESI is Express Scripts, I
4 assume, Incorporated?
5      A    Yes.
6      Q    Okay. And so that's a little
7 different than what I asked about. What I was
8 asking about is how it says here in your ASA with
9 MADA, it says Anthem, that's you or your company,
10 may retain the difference between the amount charged
11 to this plan's sponsor and the rate actually paid to
12 providers.
13      So my question is, was Anthem retaining that
14 difference at any point with regards to valsartan?
15      A    I still believe that's a PBM.
16      Q    Okay. Did you look into whether or
17 not -- in your preparation for this deposition
18 today, did you look into whether or not Anthem may
19 retain the difference between the amount charged to
20 the plan sponsor and the amount given to the
21 provider for prescriptions?
22      A    I did look at a lot of options. I
23 can't say that specific piece was part of that.
24      Q    Okay. The next section --
25          MR. DORNER: We can get rid of that

Page 60

1 bubble and blow that up.
2      Q    The next section is performance
3 payments No. 4, all right, and I will read it aloud.
4 It says, "If a provider or vendor participates in
5 any Anthem program in which performance incentives,
6 rewards or bonuses are paid based on the achievement
7 of certain goals, outcomes or performance standards
8 adopted by Anthem, paid claims shall also include
9 the amount of such performance payments."
10      Did I read that correctly?
11      A    Yes.
12      Q    All right. Can you just -- generally
13 what sort of incentives rewards or bonuses are
14 envisioned by this section?
15      A    Typically we refer to providers as
16 being doctors, and in that capacity we do have
17 programs in which we ask our providers to, you know,
18 attain a certain level of performance with regard to
19 our members.
20      So, for example, I will give you an example.
21 Diabetics --
22      Q    Sure.
23      A    Diabetics that we expect from our
24 providers, our doctors that we contract with to
25 provide regular AC1 tests for diabetics.

Page 61

1      Q    Okay.
2      A    I should say A1C, not AC1.
3      Q    I wouldn't have known the difference,
4 so you could have pulled one over on me.
5      Now, a provider isn't necessarily a doctor.
6 It could also be a pharmacy, right?
7      A    A provider could be a hospital. I
8 think you could also put pharmacy into that
9 category.
10      Q    And if we -- I can represent this to
11 you -- actually, let's just look at it. Let's go to
12 MADA 130, please, and can we blow up the definition
13 of provider.
14      So here in this section it actually confirms
15 that a pharmacy can be a provider under the terms of
16 this agreement, right?
17      A    Okay.
18      Q    So let's go back, then, to MADA 129
19 and blow up that sub paragraph 4, and my question is
20 going to be, did Anthem ever establish any goals,
21 outcomes or performance standards with respect to
22 valsartan for any provider or vendor?
23      A    I don't know specifically if we -- if
24 Anthem had any goals that were specific to the
25 prescription valsartan.

16 (Pages 58 - 61)

Page 62

1    Q    What about to generic drugs that
2    valsartan might be included with, not just
3    valsartan, but generic drugs?
4    A    If we had specific goals, if Anthem
5    had specific goals, is that the question?
6    Q    Sort of. So my question is, really,
7    it appears to me, based on this paragraph that
8    Anthem could establish a program setting forth
9    performance incentives, rewards, bonuses based on
10   certain outcomes or goals or standards that Anthem
11   has set. And so Anthem might establish a program
12   that says, for example, for every six months that a
13   pharmacy ensures that it has adequate stock of
14   generic drugs to meet, you know, all of our members'
15   needs will add on an extra half cent per
16   prescription.
17       I am making it up. I am making it up on the
18   spot, but that's what I envision this to mean:
19   Anthem could set up a program where providers or
20   earners would set up a value that met Anthem's
21   standards. So, my question is did Anthem establish
22   any program like what we have been talking about that
23   could have involved an incentive, reward or bonus
24   that either directly dealt with valsartan or
25   indirectly dealt with valsartan, say, maybe through

Page 63

1    all generic drugs?
2    A    That would be the responsibility of
3    the PBM.
4    Q    Okay. It doesn't say it's the PBM's
5    responsibility. It says Anthem might establish it
6    based on Anthem's goals. Were PBMs charged with
7    setting Anthem's goals as well?
8    A    Anthem sets goals. They set -- as I
9    gave you an example earlier about the diabetics, we
10   set those types of goals with our doctors, but in
11   relation to prescriptions, prescriptions are managed
12   by our PBM.
13   Q    Okay. So sitting here today, you
14   don't know whether Anthem -- whether there were any
15   programs under this Paragraph 4 performance
16   payments, whether there were any programs that might
17   have involved incentives, rewards or bonuses for
18   valsartan from 2012 to 2020?
19       MR. FULLER: Objection. Asked and
20   answered.
21   A    Well, I will say if we go back to the
22   first page of this ASA, I believe this was 2008 to
23   2010. So, you know, this was adopted in 2008, so
24   you're asking about something that started in 2012.
25   Q    I am. Let's assume that this -- it's

Page 64

1    an assumption. That's fine if you want to dispute
2    it. Let me ask you this: Did any of the amendments
3    to this ASA, did those amendments generally keep the
4    terms of the ASA going unless they were explicitly
5    changed?
6        MR. FULLER: I am going to make an
7    objection. It calls for a legal conclusion.
8    Q    You can answer.
9    A    The amendments meant the original ASA
10   agreement.
11   Q    So if an amendment is in place from
12   2017 to 2018 saying this is in effect from 2017 to
13   2018 or the ASA is amended as of January 1, 2017,
14   anything that the amendment changes, that's
15   different going forward from January 1, 2017, but
16   anything that isn't changed by the amendment that's
17   in the ASA, that just continues, in effect, as if it
18   never stopped, right?
19       MR. FULLER: I don't know. That calls
20   for a legal conclusion. Objection.
21   Q    You can answer the question.
22   A    The amendment changes as of the date
23   of the amendment, so it would change what the
24   amendment outlines changes the ASA as of the date of
25   the amendment.

Page 65

1    Q    So, let me ask you this: Let's say --
2    so we've got this paragraph that we were just
3    talking about on page 129, MADA 129, about
4    performance payments.
5        You had answered to me that this agreement
6    only -- this was in effect from 2008 to 2010.
7    Through the amendments that were executed at various
8    times subsequent to that -- and we can look at them
9    if you like, was this -- the ASA, was it extended for
10   additional terms up through 2020?
11       MR. FULLER: Objection. The document
12   speaks for itself.
13   Q    You can answer the question.
14   A    We have subsequent amendments to this
15   ASA.
16   Q    Right. And so that's not quite what I
17   was getting at. What I was getting at is, is this
18   ASA as amended still in effect? Let's ask it that
19   way.
20       MR. FULLER: Again, without a
21   document, I will just make an objection. The
22   documents speak for themselves.
23       MR. DORNER: I'll give you a standing
24   objection on that if you want.
25       MR. FULLER: It's difficult, because

17 (Pages 62 - 65)

Page 66

1  you're asking her sort of to understand every single
2  amendment. It's a tough question for any witness.
3      Q    So my question is, does the ASA as
4  amended, is it still in effect between Anthem and
5  MADA?
6      A    The ASA as amended is in affect
7  between Anthem and MADA.
8      Q    So if it is the case that any of the
9  amendments that have been executed between MADA and
10  Anthem, if none of them have ever taken out this
11  performance payments provision, that would still be
12  in effect today, wouldn't it?
13          MR. FULLER: Objection. Calls for a
14  legal conclusion.
15      A    Without seeing those -- I mean, I do
16  not have a legal background, but since the
17  amendments amend the ASA, then I think it would be
18  wise to review the particular amendments.
19      Q    Well, we only have three of the six or
20  four of the six, because we can't find 1 and 2, but
21  we can look at 3, 4, 5 and 6.
22      A    Could we take a break?
23      Q    Sure. How long do you want?
24      A    Could I have five minutes?
25      Q    Of course.

Page 67

1          THE VIDEOGRAPHER: We are going off
2  the video record. The time is 11:58.
3          (Off the record.)
4          THE VIDEOGRAPHER: We are back on the
5  video record at 12:08.
6  BY MR. DORNER:
7      Q    All right. So we left off discussing
8  whether or not Anthem had ever established any
9  performance-related payments pursuant to its ASA. I
10  believe it's page 129 of the ASA. Frankly, I don't
11  know -- oh, that's right. We were going to look at
12  all of the amendments to the administrative services
13  agreement to see if that section was still in
14  effect. Is that still what you'd like to do,
15  Ms. Cobb?
16      A    We can proceed.
17      Q    Okay. So we know that that section
18  was in the original ASA. Let's go ahead and go to
19  MADA 155. This is also Exhibit 2. If you'd like
20  time to go through this, that's fine. It's a little
21  longer than most, so we would probably pause the
22  record real quick so you could read things, but my
23  question is going to be, do you see anything in
24  Amendment 3 to the administrative services agreement
25  that removes the performance payments section we

Page 68

1  have been discussing? I believe that the next page
2  on Amendment 3 is largely inconsequential. It's
3  only two pages, but we can show you if you'd like.
4          MR. FULLER: The next page is two
5  pages or two paragraphs?
6          MR. DORNER: I'd say the next two
7  pages is two very short lines and a signature block.
8          MR. FULLER: Got it.
9      A    Okay.
10      Q    Okay. Now, if you look at the top --
11  well, first of all, my question was did you see
12  anything in Amendment 3 that removes the performance
13  standards provision that we have been discussing?
14      A    I do not see that.
15      Q    And then it says, "This amendment is
16  made as part of the administrative services
17  agreement effective March 1, 2017" at the top.
18  Would you agree?
19      A    Yes.
20      Q    Okay. So we can conclude, then, that
21  the performance standards provision we have been
22  discussing was at least effective up through March 1
23  of 2017, right?
24      A    Agreed.
25          MR. FULLER: Object to form.

Page 69

1      Q    All right. Can we go to MADA 275.
2  Here we are. This is Amendment 4 to the ASA. It's
3  considerably shorter. Is there anything in this
4  amendment -- and if you'd like to review the
5  schedules, that's fine. Let me know.
6      Is there anything in this amendment that would
7  remove the performance standards provision that we
8  have been discussing?
9      A    There is nothing here.
10      Q    Okay. Let's go ahead and go to
11  Amendment 5 that's on MADA 294, and I believe this
12  one spans two pages. If you'd like the time to
13  review it, certainly you are entitled to that.
14      I would point out that if it's of any interest
15  to you, this document goes in order in terms of
16  articles: Articles 1, 2 is amended, Article 9 is
17  amended, Article 15 is amended, and the provision
18  that we are dealing with, I believe, falls within
19  Article 1.
20      So if that helps speed up your review,
21  certainly take that advice, but don't feel you need
22  to. And my question is, do you see anything in our
23  Amendment 5 that eliminates the performance standards
24  provision?
25      A    I do not.

18 (Pages 66 - 69)

Page 70

1    Q    Okay. And then the effective date of
2 Article 5, it appears, goes up through March 1 of
3 2019. Would you agree?
4    A    Yes.
5    Q    Okay. So let me bring back my
6 question, then, and let me shorten the time span a
7 little bit. From 2012 through February 28, 2019,
8 did Anthem ever establish any performance payments
9 that could have directly or indirectly related to
10 valsartan or other blood pressure medications?
11         MR. FULLER: Objection to form.
12    Q    You can answer if you understand.
13    A    Prescription claims, whether it's
14 valsartan or any others, are managed by the PBM in
15 effect at the time. Are you folks still there?
16    Q    Yeah, I'm still here.
17    A    Oh, I'm sorry. My screen changed. So
18 I just click "open Zoom meetings"?
19         THE VIDEOGRAPHER: Is it possible that
20 you minimized it?
21         THE WITNESS: Yeah. I didn't touch
22 anything. All that I had touched earlier was just
23 to eliminate the pictures that were coming up on my
24 screen so I could see the full document as it was
25 being presented.

Page 71

1         THE VIDEOGRAPHER: I'm not sure. Are
2 you seeing anything on Zoom at all?
3         THE WITNESS: All I'm seeing is just
4 the Novack Trial Services.
5         THE VIDEOGRAPHER: Okay. If you go
6 along the bottom of your screen, you should see
7 something that looks like a blue box with a camera
8 in it.
9         THE WITNESS: To the right?
10         THE VIDEOGRAPHER: All the way at the
11 bottom of your screen.
12         THE WITNESS: Okay. I'm back. Sorry
13 about that. It just disappeared on me. Sorry,
14 folks.
15    A    (Continuing) But to the point of the
16 time period that we are talking about from 2012
17 forward, a PBM whether it was Express Scripts or
18 Ingenio, has kind of a responsibility for
19 prescription claims, performance, negotiations, et
20 cetera.
21         MR. DORNER: Give me just a second.
22 Can we go to MADA 162, please. Actually, let's go
23 back one page.
24    Q    So this is Schedule B to the
25 administrative services agreement as amended. This

Page 72

1 accompanied, I believe, Amendment 3 to the ASA. Are
2 you familiar with this document?
3    A    Yes.
4    Q    And it was in effect from March 1,
5 2017 to February 1, 2018, right?
6    A    Yes.
7    Q    Can we go to the next page, please.
8 So here it lists on this page prescription benefit
9 services. Is this what Anthem is contending the PBM
10 was -- is this a summary of what Anthem would say
11 the PBM was responsible for?
12    A    Thank you for enlarging that. Yes,
13 that would be -- these things would be the
14 responsibility of the PBM.
15    Q    Okay. Would they have any other
16 responsibilities other than what's here?
17    A    Well, this is a rather extensive list.
18 I would expect that they could have other
19 responsibilities in addition to these.
20    Q    So are you not sure whether they had
21 additional responsibilities?
22    A    I would believe that they certainly
23 have these responsibilities.
24    Q    Okay. Does -- in this list of PBM
25 responsibilities that we are looking at, does

Page 73

1 establishment of goals, outcomes or performance
2 standards, does that appear anywhere in any of these
3 responsibilities?
4         MR. FULLER: Those words?
5    Q    The whole concept.
6    A    The concept of?
7    Q    Establishing.
8    A    It's not stated here.
9    Q    Okay. All right. So is it still --
10 is it Anthem's contention, nevertheless, that a PBM
11 instead of Anthem would have been responsible for
12 establishing goals, outcomes or performance
13 standards for which incentives, rewards or bonuses
14 could have been paid to a vendor or provider?
15    A    A PBM can't, whether -- at this time
16 period, 2017 to 2018 time period, Express Scripts
17 which was the PBM that Anthem contracted with was
18 responsible for pharmacy services.
19         MR. DORNER: Could you read back my
20 question, please, Madam Court Reporter?
21         (The testimony as requested was read
22    by the reporter.)
23         MR. KNEPPER: This is Matt Knepper for
24 Express Scripts. I'll object to form.
25    Q    Could you answer that question,

19 (Pages 70 - 73)

Page 74

1 Ms. Cobb?
2     A     The answer would be yes.
3     Q     Okay.
4     A     It's the responsibility of the PBM.
5     Q     Did Express Scripts do these under its
6 backup -- I assume there was a contract between
7 Express Scripts and Anthem for the period in which
8 it was serving as Anthem's pharmacy benefits
9 manager; is that right?
10    A     Yes, I would agree.
11    Q     Okay.  And then there is also the
12 contract between Ingenio -- am I saying that right,
13 Ingenio?
14    A     IngenioRX.
15    Q     There is also a contract between
16 IngenioRX and Anthem for PBM services; is that
17 right?
18    A     Yes.
19    Q     Okay.  Are there any -- did Express
20 Scripts' duties under its PBM contract differ from
21 those of IngenioRX?
22          MR. FULLER:  Objection.  Lacks
23 foundation.  Calls for speculation.
24          MR. KNEPPER:  Joined.
25    A     That would be a question for the PBM.

Page 75

1     Q     Well, Anthem is a party to the
2 contract, isn't it?
3     A     We contract with the respective PBM.
4     Q     So I'm asking did the -- Anthem was a
5 party to a contract with Express Scripts and it was
6 a party to a contract with IngenioRX.  Were the
7 PBMs, the two separate PBMs, were their
8 responsibilities -- did they differ in terms of the
9 responsibilities they owed to Anthem?
10          MR. FULLER:  Same objection.  Lacks
11 foundation.  Calls for speculation.  She doesn't
12 have any documents in front of her.
13          MR. DORNER:  Well, the documents were
14 not produced even though we asked for them multiple
15 times and they were covered by the subpoena, so I
16 can only go over deposition testimony.
17    Q     Ms. Cobb, were the responsibilities of
18 Express Scripts different under its contract as
19 compared to the responsibilities of IngenioRX under
20 its contract as a PBM?
21          MR. FULLER:  Same objection.  Object
22 to form.
23          MR. KNEPPER:  Object to form.
24    A     Am I required to answer?
25    Q     Yes.

Page 76

1          MR. FULLER:  If you know.
2     A     Anthem negotiated with Ingenio and
3 Anthem negotiated with Express Scripts.
4     Q     Okay.  I understand they negotiated
5 with them.  Are the responsibilities of those two
6 PBMs, were they different?  Did they change?
7          Let me it ask a different way.  Did the
8 services that Anthem received from its PBM change
9 significantly when it switched from Express Scripts
10 to IngenioRX?
11          MR. FULLER:  Same objection.  Lacks
12 foundation.  Calls for speculation.
13          MR. KNEPPER:  Join.
14    A     We asked our PBM to provide pharmacy
15 benefit management services, and that includes the
16 things that you see here.  I'd like to -- that is as
17 far as I can answer that.
18    Q     To Anthem's knowledge, were there any
19 other claims administrators that were handling
20 prescription drug benefits on behalf of MADA from
21 2012 to 2020?
22    A     There were not.
23    Q     Were there any other benefits managers
24 handling prescription drug benefits on behalf of
25 MADA from 2020 onward?

Page 77

1     A     From 2020 onward?
2     Q     2012 onward.  Good catch.
3     A     2012.  No.
4     Q     Thank you very much.
5          MR. DORNER:  Can we go to MADA 130 and
6 put that side by side with 131.
7     Q     So, this is just a side by side of two
8 pieces of paper that go together, Ms. Cobb, and I
9 want to focus on Article 2.  This is a section
10 called administrative services provided by Anthem.
11 Do you see that?
12    A     Yes, on 130.
13    Q     That's right.  And I think on 131
14 there is an item E as in echo and it says, "Anthem
15 shall perform recovery services as provided in
16 Article 13."  Did I read that correctly?
17    A     Yes, you did.
18    Q     What are recovery services?
19    A     Recovery services are when there may
20 be, for example, an overpayment of a claim that
21 Anthem worked to recover that overpayment.  That's
22 one example.  Sometimes a member may not be
23 terminated from a contract or from their policy.
24          For example, you know, today is the 21st of
25 October.  Their coverage perhaps should have ended,

Page 78

1 let's say, on October 15 but were not notified until
2 today, and perhaps in the meantime a claim on their
3 behalf gets paid. We would proceed to recover that
4 claim.
5      Q      Would recovery services include, for
6 example, participation as a general class member and
7 a class representative for, say, an antitrust case
8 involving a prescription?
9           MR. FULLER: I am going to make an
10 objection as an incomplete hypothetical.
11     Q      You can answer.
12          MR. FULLER: Way beyond the scope of
13 this depo, but...
14     A      Yeah. I mean, I think that's beyond
15 my scope.
16     Q      Okay. I'm asking you the definition
17 of recovery services and what it includes. That's a
18 part of the agreement here that you have with MADA?
19     A      Sure.
20     Q      Would getting proceeds from a class
21 action and paying that to MADA constitute a recovery
22 service?
23          MR. FULLER: Same objection. It's
24 going to call for a legal conclusion, but if you
25 know.

Page 79

1      A      My understanding is that, you know,
2 once again, I really think that that's beyond what
3 I'm able to represent on behalf of Anthem.
4      Q      Okay. Has Anthem ever performed any
5 recovery services for MADA in any respect?
6      A      Over the course of time that we have
7 that we've been their third party administrator, we
8 have, yes. There have been times when we've had to
9 recover claims.
10     Q      Do you recall about how many times?
11     A      I could not put a number to that.
12     Q      Fair enough. Is it a high number?
13     A      Well, define "high." You know, I mean
14 we're talking about a lot of members over a very
15 long period of time.
16     Q      Sure. More than 50?
17     A      Yeah. I mean, over the years that
18 we've had them, perhaps, but I would say I'm
19 guessing at that, that there can be, you know,
20 hundred dollar claims that we may be trying to
21 recover on their behalf, but they are considered a
22 recovery and that would count towards the 50 that
23 you just mentioned.
24     Q      It would. Has Anthem ever performed
25 any recovery services specifically with regard to a

Page 80

1 claim for valsartan?
2      A      That would be a question for the PBM.
3      Q      Is it the PBM's responsibility to
4 pursue recovery services?
5      A      PBMs are.
6           MR. FULLER: Object to form.
7      A      The PBMs are responsible for pharmacy
8 claims.
9      Q      Okay, and, I guess, what's your basis?
10 So, I'm looking at administrative services provided
11 by Anthem, is what this article is titled, so what
12 is Anthem's basis for saying that's the PBM's job?
13     A      Is that the PBMs handle our -- or the
14 pharmacy claims which MADA members have --
15     Q      Are recovery service -- oh, sorry.
16 Continue, please.
17     A      So since they manage those
18 prescription claims, then they would manage all
19 aspects of those prescription claims.
20     Q      Okay. So you're saying, then, that
21 these recovery services is included within whatever
22 claims management agreement Anthem has with its
23 pharmacy benefits managers?
24     A      Pharmacy benefits and the associated
25 services with pharmacy are controlled by the PBM.

Page 81

1           MR. DORNER: Can we go to MADA 132,
2 please. Okay. I want to blow up item L. I guess
3 it's a lower case L.
4      Q      So this item says that, "On behalf of
5 plan sponsor, Anthem shall produce and maintain a
6 master copy of the benefits booklet and make changes
7 and amendments to the master copy of the benefits
8 booklet and incorporate any approved changes or
9 amendments pursuant to Article 18A of this
10 agreement." Did I read that correctly?
11     A      Yes, you did.
12     Q      Now, the benefits booklet, that's the
13 same thing as a plan document, right?
14     A      Correct.
15     Q      Okay. And so the plan document, as I
16 understand it, is the thing that sort of governs
17 everything; It is sort of like the Constitution.
18 It governs everything beneath it, right --
19     A      Mm-hmm. Yes.
20     Q      -- with respect to MADA's plans?
21     A      Correct.
22     Q      Okay. So would it be accurate --
23 based on this section, would it be accurate to say
24 that Anthem actually writes the plans that MADA uses
25 and MADA just sort of chooses among the plans that

21 (Pages 78 - 81)

Page 82

1 it wants; is that accurate?
2      A     We provide to them a master of what we
3 do for a period of time, or actually what I would do
4 is I would obtain our master copy and provide it to
5 MADA and they would in fact make adjustments to that
6 benefit booklet.
7      Q     Okay.  So you provide sort of a
8 template and then MADA can --
9      A     A shell or template, yes.
10      Q     And then MADA makes edits to it?
11      A     Yes.
12      Q     Okay.  Can we go to page 133.  I am
13 looking at item S as in Sierra.  So it says in the
14 last sentence, "Anthem will be solely responsible
15 for acting as a liaison with providers, including
16 but not limited to responding to provider inquiries,
17 negotiating rates with providers or auditing
18 providers."
19      I want to focus in on the negotiating rates
20 language.  What sort of rates is that referring to?
21      A     Well, with regard to, you know, if I
22 just had to use a simple office visit from the
23 primary care physician, Anthem would negotiate what
24 we would allow for that particular office visit.
25      Q     Okay.  So when it refers to rates,

Page 83

1 it's talking about rates for covered services?
2      A     You know, I mean, if I'm reading this,
3 Anthem will be solely responsible for acting as
4 liaison with providers, including but not limited to
5 responding to provider inquiries, negotiating rates
6 with providers or auditing providers; you know, this
7 is part of the services that we provide to MADA so
8 that they are not out negotiating with our
9 providers.
10      We look to the first sentence.  It says Anthem
11 shall have the authority to build and maintain its
12 provider network.  That's part of what MADA contracts
13 with us to do so that they are not out doing this
14 work.  Anthem does that on their behalf.
15      Q     Okay.  I understand.  Now, would the
16 negotiating rates with providers, would that have
17 included negotiations with pharmacies by Anthem?
18      A     Pharmacy rates, payments, et cetera,
19 are handled by our PBMs.
20      Q     And that's -- again, what throws me
21 off here is it says "Anthem will be solely
22 responsible for," so I just guess I want to clarify
23 what Anthem's understanding of that is.  Regardless
24 of that language, it's Anthem's position that its
25 PBM would have been solely responsible or would have

Page 84

1 been responsible for negotiating rates with pharmacy
2 providers.  Am I understanding correctly?
3      A     The PBM would be responsible for
4 negotiating -- the PBM is responsible for pharmacy
5 and the claims associated with it.
6      Q     So what does Anthem understand its PBM
7 to be doing when it's negotiating rates; like, what
8 is the PBM actually going and doing?
9           MR. FULLER:  Objection.  Incomplete
10 hypothetical.
11           MR. KNEPPER:  Object to form.
12      Q     You can answer.
13      A     I think that question is best posed to
14 the PBM.
15      Q     Does Anthem pay attention to what its
16 PBMs are doing?  Does it care?
17      A     Yes, we do care.  We most certainly
18 care, but we do leave that negotiation to our PBM.
19      Q     Okay.  Are there any -- does Anthem
20 have any right to oversee the negotiations process?
21      A     Does Anthem have the right to oversee
22 the negotiation process, that was your question?
23      Q     Right.
24      A     I think that question is beyond my
25 scope of being able to answer for you.

Page 85

1      Q     Okay.  Did you review Anthem's
2 agreement with its own PBMs in preparation for this
3 deposition at all?
4      A     That agreement is not available to me.
5 It's not available to me.
6      Q     Is it available to anybody within
7 Anthem?
8      A     I believe that information would be
9 considered to be proprietary and confidential.
10      Q     Just whether it's available to anybody
11 within Anthem?  You're talking about the agreement
12 itself.  What I'm asking you, is anybody within
13 Anthem somebody has access to that right?
14      A     Somebody would, yes.
15      Q     Okay.  You don't?
16      A     I do not, no.
17      Q     Okay.  From 2012 to 2020 have the
18 prices Anthem paid for valsartan and other blood
19 pressure medications, did they remain stagnant that
20 whole time?
21           MR. FULLER:  Object to form.
22      A     I believe that would be a question for
23 the PBM.
24      Q     So you don't know?
25      A     I do not know.  That would be a

22 (Pages 82 - 85)

Page 86

1 question for the PBM.
2      Q      Does MADA have an understanding as to
3 why costs for valsartan and blood pressure
4 medications fluctuate, if they do?
5            MR. FULLER:  Does MADA?
6            MS. SIROTA:  Object to form.
7            MR. DORNER:  Yes.  I screwed that up.
8 Let me back that up.
9      Q      Does Anthem have an understanding as
10 to why costs for valsartan and blood pressure
11 medications fluctuate, if they do?
12           MR. FULLER:  Object to form.  Go
13 ahead.
14     Q      You can answer.
15     A      That would have to be a question we'd
16 have to ask our PBM.
17     Q      So Anthem doesn't know?
18     A      We would find out by asking our PBM.
19     Q      Could you have asked your PBM that
20 question in preparation for this deposition?
21           MR. FULLER:  I am going to make an
22 objection.  Beyond her -- I don't know.  It's beyond
23 the scope.  Go ahead.
24     A      I think that's beyond the scope.  You
25 know, if prices have fluctuated within that time

Page 87

1 period, then I am sure the PBM could answer that.
2      Q      Okay.  That wasn't my question.  My
3 question was, could you have gone to your pharmacy
4 benefits manager and asked why costs for valsartan
5 and blood pressure medications fluctuate, if they do
6 at all?
7      A      I could ask if they fluctuated.  I
8 could ask for a report.
9      Q      Did you do either of those things?
10 Oh, sorry.  I didn't mean to interrupt.
11     A      Well, I was asked for a report of
12 valsartan claims and I did obtain that.
13     Q      Are you referring to when counsel for
14 MADA asked you to get a report?
15     A      Yes.
16     Q      Okay.  Okay.  I was more referring to
17 in preparation for this deposition, could you have
18 consulted with your PBM about the reasons why the
19 prices for valsartan may fluctuate?
20     A      I didn't specific to valsartan, but
21 that is a question that I could have asked to the
22 PBM.
23     Q      Now, other than the claims data that
24 Anthem has provided in this case, does Anthem have
25 access to any other sources of information with

Page 88

1 pricing data for valsartan from 2012 to 2020?
2      A      Any claims data that we have that
3 we -- that Anthem would be able to access would have
4 to come via the PBM.
5      Q      So it's a no, Anthem does not have any
6 information in its own possession?
7      A      It is requested from the PBM, so it is
8 not in our possession.
9            MR. DORNER:  Can we go to MADA 137,
10 please, and let's blow up under data reports -- oh,
11 that's 133.  There we go.  Okay.
12     Q      And here it says, "Upon plan sponsors'
13 request and only as permitted by the business
14 associate agreement entered into between the
15 parties, Anthem will provide Anthem's standard
16 account reporting package."
17     Do you see what I read there, that first
18 sentence?
19     A      Yes.
20     Q      What is the business associate
21 agreement?
22     A      That is the agreement between Anthem
23 and MADA.
24     Q      Is it different from this ASA?
25     A      I believe so.

Page 89

1      Q      Okay.  Do you have access to a copy of
2 that agreement?
3      A      I would attempt to find that
4 agreement.
5      Q      Okay.  Would it be a difficult search
6 to just look for it?
7      A      At this moment?
8      Q      Not specifically right now.  Later.
9      A      I would ask associates of mine if they
10 could assist if I was not able to find it.
11     Q      Okay.  All right, but it wouldn't be a
12 heavy lift to go look and see if you could find
13 that; is that right?
14     A      No.  No.  I would have contacts I
15 could certainly reach out to.
16     Q      Okay.  All right.  What is the
17 standard account reporting package?
18     A      Anthem has some standard reports which
19 we have available to us through some reporting tools
20 that we have.
21     Q      Can you describe the contents of what
22 you would find inside of that account reporting
23 package?
24     A      Our standard account reporting
25 packages, they integrate a lot of different

Page 90

1  information from the amount of claims that have been
2  spent on behalf of the plan participants to the
3  general categories of the claim, you know, of the
4  diagnoses.
5      So perhaps cancer or heart disease, it would
6  identify the number of large claimants over a
7  particular dollar threshold.  It would identify the
8  number of participants at any given time.  So there
9  is a lot that goes into what our reporting packages
10 contain.
11     Q     Would it ever get down to, like, the
12 level of a particular drug and claims paid with
13 relation to that drug?
14     A     It would only provide that to us in
15 the aggregate, meaning that, you know, we may -- a
16 claims reporting package could provide to us, you
17 know, the number of a particular prescription that
18 had been filled and the total cost.
19     Q     For all members of the plan?
20     A     Correct.
21     Q     Okay.  All right.  Has MADA ever
22 requested a standard account reporting package?
23     A     Yes, they have.
24     Q     When did they do that?
25     A     I mean, you know, just on a high

Page 91

1  level, a standard account reporting package I
2  actually provide to their account management crew
3  early this morning, which is simply their member
4  accounts and the claims paid over a period of time.
5      Q     I see.  Would this accounting or --
6  excuse me, would this reporting package, would it
7  include, other than the account of members, would it
8  include any additional information compared to, say,
9  an invoice that Anthem might send MADA?
10     A     The standard invoice is done on a
11 weekly basis.  The reporting that I provide to their
12 actuary is done on a monthly basis.
13     Q     In terms of the data available,
14 though, is it the same kind of information just
15 spread out over a month long period or is there
16 more?
17     A     Yeah.  So the reports that are
18 provided to MADA include a more detailed report that
19 identifies the amount of claim or the number of
20 claims and the amount paid per claim.
21     Q     On, like, an average?
22     A     While there is an aggregate report
23 that identifies the amount of claims or the dollar
24 figure of claims and then there is a detail report
25 or PHI report which identifies, you know,

Page 92

1  individually, the claims paid per participant.
2      Q     Okay.  How often does Anthem receive
3  these standard account reporting packages -- sorry.
4  I said that wrong.  How often does MADA receive
5  standard account reporting packages?
6      A     They are part of our weekly claims
7  reporting to them.
8      Q     So if I were to look at the standard
9  account reporting package that MADA would have
10 received in -- let's say, for June of 2018, could I
11 look at that and see how many claims for valsartan
12 were paid out?
13     A     There is nothing specific calling out
14 the claim besides the fact of if it is a medical
15 claim.  We also administer their dental program, so
16 their medical, their dental or pharmacy.  So it does
17 identify RX as pharmacy, but it does not identify
18 specifically what that prescription was for.  So it
19 doesn't say if it's valsartan, if it's Embrel, if
20 it's prescription ibuprofen.
21     Q     Understood.  So would it say we paid
22 out 350 pharmacy claims this month for a total of
23 such and such amount?
24     A     It actually gets a little bit more
25 specific than that, but that is what it would

Page 93

1  account to.
2      Q     How specific can it get?
3      A     It would identify, you know, a person
4  like myself and the fact that I had a prescription
5  claim paid in the amount, but that is all the
6  information that is contained in that report.  It
7  does not identify any particular -- if it were a
8  medical claim, it doesn't identify the provider, the
9  hospital or the doctor in the same way that report
10 does not identify what pharmacy a prescription may
11 have been filled at or what the prescription's for.
12     Q     And I think you said it wouldn't
13 identify what the actual prescription was either,
14 right?
15     A     Correct.
16     Q     Thank you.
17         MR. DORNER:  Can we go to MADA 137,
18 please.  Oh, we're on it.  Okay.
19     Q     There is a section called "claims
20 audit."  Do you see what I am referring to?
21     A     Yes.
22     Q     And it says here, "At plan sponsor's
23 expense, plan sponsor shall have the right to audit
24 claims on Anthem's premises."  Has MADA ever asked
25 to audit claims?

24 (Pages 90 - 93)

Page 94

1    A    Yes, they do.
2    Q    How often does that happen?
3    A    That happens on an annual basis.
4    Q    Would the claims audit include
5  prescription drug claims?
6    A    Yes, it would.
7    Q    Does MADA do this -- let me back up.
8  It sounds like MADA does this sort of as a routine
9  activity. Is that Anthem's experience?
10    A    Yes, it is a routine activity.
11    Q    Okay. So it's not something -- there
12  was a problem and now MADA wants to go in and do an
13  audit, right?
14    A    Right. I mean.
15        MR. FULLER: Object to form.
16    Q    Keep going. You're okay.
17    A    Yeah. So on an annual basis they do,
18  do a claims audit through their accounting firm.
19    Q    And would those audits reflect any
20  inappropriately paid claims for prescriptions,
21  perhaps?
22        MR. FULLER: I am going to make an
23  objection. We don't have the audit. It is beyond
24  the scope of this depo, but if you know.
25    A    The purpose of the audit -- I have

Page 95

1  actually sat in on an audit before. I was not able
2  to do anything with the prescription claims
3  specifically. Someone else here was, but the idea
4  beyond the audit is that the accounting firm wishes
5  to see that a member was active at the time that the
6  service took place and who the payment was made to
7  and that, you know, it's appropriately accounted
8  for.
9    Q    So this audit doesn't get -- well, it
10  sounds like it does get claim specific, right?
11    A    So I can give you an example if you'd
12  like.
13    Q    Sure.
14    A    You know, use myself. I am an
15  employee at a dealership and I had a claim on March
16  1, 2021 and the accounting firm says, you know, to
17  the auditor or to the person at Anthem that they're
18  working with can you pull up that particular claim
19  from March 1, 2021 for Patricia Cobb and they do,
20  and what they're checking against, is that the
21  amount that that register has shown that was paid
22  for that claim is matching to our system.
23    Q    And is it also checking whether the
24  member was active at that time?
25    A    It checks, right. They want to verify

Page 96

1  that the member was active at the time of the
2  service.
3    Q    Okay. Does it get into whether or
4  not, you know, the amount paid for the prescription
5  was accurate?
6    A    It's really checking the box, the
7  claim being, you know, adjudicated by Anthem, all
8  right, and it appears on their report and those two
9  match. So, if I had a hospital stay that cost
10  $22,000 -- you know, 22,250 and that's what MADA
11  paid was 22,250, then that's what's reflected in our
12  claim system.
13    Q    And that's all it takes to pass the
14  audit?
15    A    That checks the box.
16    Q    Okay. By "check the box," there is no
17  more -- sorry. I have to finish. Now I can't think
18  of the word.
19        MR. FULLER: Inquiry.
20    Q    -- or inquiry. Is that right?
21    A    Of course.
22        MR. FULLER: Guys, we have been
23  going -- we are kind of at the top of the hour. I
24  know that some folks on the east coast are going to
25  be getting hungry. Do we want to take a break for

Page 97

1  lunch? What do we want to do?
2        MR. DORNER: That's fine with me.
3        MR. FULLER: Yeah?
4        MR. DORNER: Do you want to do half
5  hour, 45 minutes?
6        MR. FULLER: What's that?
7        THE VIDEOGRAPHER: Do we want to
8  discuss this on or off the record?
9        MR. FULLER: Off.
10        MR. DORNER: Let's go off.
11        THE VIDEOGRAPHER: Going off the video
12  record. The time is 1:00 p.m. Stand by.
13        (Off the record.)
14        (A luncheon recess was taken.)
15        (After the luncheon recess, the
16    following occurred:)
17        THE VIDEOGRAPHER: We are back on the
18  video record. This begins Media Volume No. 3. The
19  time is 1:43.
20  BY MR. DORNER:
21    Q    Welcome back, Ms. Cobb, and everybody
22  else. How was your lunch? Oh. I think you might
23  be muted.
24        THE VIDEOGRAPHER: I can hear you just
25  fine.

25 (Pages 94 - 97)

Page 98

1     A    I don't believe I'm muted.
2          THE VIDEOGRAPHER: I did not hear the
3 answer either.
4     Q    I got you now, though. Yeah, I hear
5 you.
6     A    Do you have me now? Okay. All right.
7     Q    Yeah. See, this is why I always ask a
8 silly question to start off, because if something
9 goes wrong, we know and the answer was
10 inconsequential, but I hope your lunch was
11 fantastic.
12         So I wanted to follow up a little bit on your
13 personal history with Anthem. How long have you been
14 with the company?
15    A    I've been with Anthem for 27 years.
16    Q    Congratulations. That's wonderful.
17    A    Thank you.
18    Q    Can you just walk me through some of
19 the roles you occupied before your current one?
20    A    I have been in my current role for
21 approximately 20 years, give or take, as an account
22 manager. Of course that has evolved over time, you
23 know, working on different size groups, et cetera,
24 and certainly Anthem has evolved over time as well.
25         So, prior to that I worked in the capacity as

Page 99

1 a service representative, so I supported an account
2 executive, and I originally started with the company
3 in 1994 as a customer service representative.
4     Q    And how long has Anthem been one of
5 your accounts -- gosh. I am just awful at that.
6 How long has MADA been one of your accounts?
7     A    Since 2004.
8     Q    Can you tell me who your primary
9 contacts at MADA are?
10    A    My primary contact at MADA is Tom
11 Brown, who is the executive director.
12    Q    Is there anybody -- understood. Is
13 there really anybody else you deal with over there
14 or is it Mr. Brown?
15    A    I also work some with Carrie Ann
16 Gagney.
17    Q    I believe I learned who that is in
18 Mr. Brown's deposition, so I don't need -- in case I
19 didn't or in case it was unclear, what does
20 Ms. Gagney do?
21    A    She does a lot of the administrative
22 work to the insurance trust.
23    Q    Okay. The other topic that I wanted
24 to go back to briefly was some of the recovery
25 efforts that we had talked about; the recovery

Page 100

1 process, claims recovery. Do you remember
2 testifying about that?
3     A    Yes.
4     Q    So just briefly, you know, somebody
5 who I assume has seen it done, how does the actual
6 process work; how is it started; how is it
7 completed; what happens?
8     A    I would really need to respond to that
9 at high level, because I have not actually done a
10 recovery myself, but when we identify that there may
11 be an overpayment and a recovery is necessary, then
12 Anthem does have a recovery team that deploys -- you
13 know, that has validated that the claim should not
14 have been paid, and Anthem works to recover that
15 claim from whoever the claim -- from who the claim
16 has been paid to.
17    Q    And do they do that by, like -- do
18 they send a nasty letter? Do they go to court? How
19 does that work?
20         MR. FULLER: I am just going to make a
21 general objection. It's an incomplete hypothetical,
22 but go ahead.
23    Q    You can respond.
24    A    If I were to give you an example, I
25 had given an example earlier that someone's coverage

Page 101

1 may have terminated on October 15, but we didn't
2 find out about it until today and because claims do
3 process so quickly, I say sometimes the claim
4 is filed before you get to your car after a doctor's
5 appointment -- and that's not really an
6 exaggeration -- and we may pay it a day or two after
7 that.
8         So, you know, we find out today that a person
9 should have been terminated a week ago and we may
10 have paid a claim in the meantime. When we realize
11 that, then, in the case of, let's say, a hospital
12 claim or a doctor's office claim or a lab -- you
13 know, pick one of those, then we are able to retract
14 that claim from the provider so that we would tell
15 them via their next remittance that we should not
16 have paid that claim and that claim would be the
17 responsibility of the member. And they would then
18 proceed to bill a member for it instead of taking
19 Anthem's payment as payment for the claim.
20    Q    And so let me make sure I understand
21 that and get that straight. So in that process you
22 just talked about, it sounds like since Anthem is
23 ultimately the one paying out a lot of money to
24 these providers, it holds back some cash and then it
25 tells the provider if you want to, go chase it from

26 (Pages 98 - 101)

Page 102

1  the member who should have been paying it anyway, is
2  that accurate?
3      A    Yeah.  I mean, we pay providers via
4  remittances.  We send to them a listing of who that
5  payment is on behalf of, all right, so it may be the
6  claims within a week or a two week period of time.
7  On their next remittance it would reflect a
8  redaction of that claim payment.
9      Q    Gotcha.  You said reduction, not
10 redaction, right?
11     A    Paid back or a redaction or we would
12 reduce their next payment.
13     Q    Got it.  Yes.  You don't have much of
14 an accent for somebody from Maine.  I was expecting
15 more, unfortunately.
16     A    I can turn it on if you'd like me to.
17     Q    Let's keep it as simple as we can.  So
18 that's -- okay.  So then the money that would be
19 recovered in that instance you get, it would sort of
20 be directly taken by the provider and there wouldn't
21 be anymore transferring of funds between MADA and
22 the plan -- excuse me, between Anthem and the plan?
23     A    Correct.  So we paid that claim on
24 behalf of MADA.  When we take it back, we would
25 subsequently give that credit back to MADA.  So, you

Page 103

1  know, if we paid $100 and we took $100 back, they
2  would get, you know, the $100 back.
3      Q    Okay.  So they get it back in full.  I
4  understand.  And then in the case of a -- I assume
5  that there is -- and I think we talked about it --
6  there can be recovery efforts for prescription
7  benefits as well, right?
8      A    Yes, there can be.
9      Q    So, to the best of Anthem's knowledge,
10 is the process really any different for those?
11     A    I think that's really best described
12 by the PBM.
13     Q    Okay.  Do you have any idea, though,
14 whether the process differs materially?
15     A    Materially I don't.
16     Q    If there is a recovery for a claim for
17 a prescription claim, does the -- is the PBM ever
18 made aware that there's been a recovery; you know,
19 that money's been kept out of remittance from a
20 pharmacy?  For example, does the PBM ever learn of
21 that?
22     A    I think that would be a question for
23 the PBM.
24     Q    And again, I understand that maybe
25 they are the boots on the ground who are running

Page 104

1  things.  I am just wondering what Anthem's knowledge
2  is.  To the best of its knowledge, would the PBM
3  have notice of a successful recovery?
4          MR. FULLER:  Object to form.
5      A    I would believe that the PBM, if there
6  is a take-back of a claim, that would show within
7  that PBM's claim reporting.
8      Q    Okay.  I mean, would it show up in
9  claims data?
10     A    If the information is there, then it
11 should be reflected in the data.
12     Q    Okay.  All right.  I want to move on
13 to, if we could pull up -- I think we are still on
14 Exhibit 2.  I promise not every exhibit takes this
15 long, but if we could do Exhibit 2 at page MADA
16 139 -- and I believe we are looking at No. 2, the
17 first paragraph No. 2 at the top.  There we go --
18 and I just want to sort of ask you about how this
19 works in the real world, Ms. Cobb.
20         So it says here Anthem will furnish and
21 maintain a drug formulary for use with the plan and
22 Anthem shall periodically review and update its
23 formulary.  Now, in the real world who actually does
24 that, does Anthem do it?
25     A    The PBM manages the drug formulary.

Page 105

1      Q    Okay.  So Anthem itself does not
2  actually perform that task I just read?
3      A    We help to supply -- I am trying to,
4  you know, delineate what we do versus a PBM.  You
5  know, you know, we do furnish -- you know, I can
6  furnish to MADA the drug formulary.  I am Anthem and
7  I can remit that to them because it is something
8  that I have access to, but in terms of maintaining
9  that drug formulary, that is something that is done
10 by the PBM.
11     Q    And I know that Anthem's got,
12 obviously, a number of different formularies, I
13 think, at its disposal.  The actual -- the genesis
14 of the creation of that formulary, would that have
15 been done by a pharmacy benefits manager or would
16 that have been done by Anthem or somebody else?
17     A    Well, as part of my preparation, I did
18 go back and kind of review and actually, you know,
19 talked with a couple of folks to refresh myself,
20 because when Anthem was with Express Scripts, we did
21 have a pharmacy and therapeutics committee which
22 reviewed prescriptions for coverage within the
23 formulary that was in place.
24     Q    And that was Anthem's -- I'm going to
25 call it a P&T committee, if that makes sense to you.

27 (Pages 102 - 105)

Page 106

1    A    Pharmacy and therapeutics committee,
2 yes.
3    Q    That was Anthem's P&T committee, not
4 Express Scripts'?
5    A    At the time my recollection of
6 speaking with someone who was closer to the pharmacy
7 benefits manager was that yes, Anthem did have a
8 pharmacy and therapeutics committee that reviewed
9 prescriptions to ensure having, you know, a -- I
10 think call it appropriate formulary in place for
11 members.
12    Q    Okay.  Perfect.  Thank you.  The
13 next -- is it the next section?  I am trying to find
14 where it says it.  Let's go right back to that same
15 call out, please.  I think it's the next sentence.
16 It says here, "The plan sponsor shall adopt such
17 formulary as part of the design of its plan."  Do
18 you see where I read that?
19    A    Yes.
20    Q    And I don't think we've ever confirmed
21 the plan sponsor in this case equals MADA, correct?
22    A    Correct.
23    Q    So reading this, MADA didn't really
24 have a choice as to what formulary it was going to
25 adopt; is that right?

Page 107

1    A    Anthem has had different formularies
2 available, right.  So over the course of time that
3 MADA has been with us, they've had either our
4 national formulary or our essential formulary, but
5 in terms of picking and choosing drugs to be in or
6 out of that formulary, that's not something that the
7 PBM allows.
8    Q    Okay.  So whatever -- MADA couldn't
9 edit and say, "We want this medication, not that
10 medication."  That wasn't going to happen?
11    A    Correct.
12    Q    Understood.  Would MADA have had even
13 any input could they have made a comment or a
14 suggestion?
15    A    Well, anyone can comment or suggest,
16 but the formulary, you know, we -- I'm able to
17 obtain reporting that would -- for example, when
18 they move from the national formulary to the
19 essential formulary, I was able to obtain reporting
20 from the PBM that identified the impacts of such a
21 change.
22    Q    When was there a switch between -- and
23 maybe I'm getting a little ahead of myself, because
24 I know I asked you about this later, but you brought
25 it up.  When would there have been a change from the

Page 108

1 national list to the essential list?
2    A    I believe that was in either 2016 or
3 2017.
4    Q    I see.  Okay.
5    A    You know, I would say, just generally
6 speaking, that, you know, over the course of time
7 all benefits, whether they are medical benefits or
8 pharmacy benefits, have evolved for MADA.
9    Q    How so?
10    A    You know, in terms of if I want to go
11 back to 2004 when I came on with Anthem, I think
12 they had a $500 deductible with a PPO plan.  I can't
13 remember at the time if they offered a second PPO
14 plan that had a thousand dollar deductible, but
15 those plans are very much in our rear view mirror.
16    Over the course of time for the purposes of
17 affordability, they've had to increase deductibles
18 and have subsequently, you know, started or offered
19 higher deductible plans to their members.  In
20 addition, over the course of time somewhere around
21 that 2005, 2006 time frame, consumer-driven high
22 deductible health plans that members can have in
23 conjunction with an HSA became available, and that
24 was something which they adopted a little while
25 later.  You throw into all of that, that the ACA came

Page 109

1 along, and the ACA also changed a lot of things for
2 all of us.
3    Q    Yes.  I believe Mr. Brown made
4 reference to the ACA and I think it had to do with
5 the dependent coverage under that, I think what he
6 was speaking to.
7    A    Yes.  It expanded to H26 as part of
8 the ACA, yes.
9    Q    Yes.  Now and just to be clear, you
10 are referring to the Affordable Care Act?
11    A    Correct.
12    Q    All right.  Just a quick question
13 about formularies, generally, with Anthem.  They are
14 widely available online, like even I could go -- I
15 am not a MADA member, but I could go and pull up
16 what the formulary is right now, right?
17    A    Yes, you could.
18    Q    Okay.  All right.  We are still on
19 page 139.  Could we go to Section B.  Now here we've
20 got -- I will give you credit on that one.  Here
21 we've got an explicit reference to Anthem PM and
22 something they're doing.  It says it refers to a
23 drug rebate program which involves programs with
24 pharmaceutical manufacturers under which rebates for
25 certain prescription drugs to members are made

Page 110

1 directly to Anthem's drug PBM. Do you see the
2 section I am referring to?
3    A    Yes, I do.
4    Q    So do you know whether or not either
5 Anthem or the PBM ever shares some or all of the
6 drug rebate credits drawn through this program back
7 to MADA?
8    A    I do know that for a period of time
9 now, drug rebates have been shared with MADA.
10    Q    Okay. Now, this section -- I think
11 the term of use is nice and vague. It says "certain
12 prescription drugs dispensed to members." Do you
13 have an or does Anthem have an understanding whether
14 there are any particular classes of medications that
15 are either included in that category or excluded
16 from that category?
17    A    The way that I think I could say that
18 I've been educated around that is that only brand
19 name drugs have a rebate associated with them.
20    Q    Now, that could include brand name --
21 I think the brand name of valsartan is Diovan. That
22 would include brand name Diovan could be included
23 with that, right?
24    A    Brands -- my understanding is a brand
25 is a brand. Now, whether -- you know, I think

Page 111

1 beyond that, the PBM would have to comment as to if
2 there was a rebate, et cetera.
3    Q    Absolutely. I completely understand.
4 I guess I was just -- there's nothing different
5 about brand name Diovan that would keep it out of
6 this class of certain prescription drugs that might
7 be eligible for a rebate than any other brand name
8 drug, right?
9    A    They are specified to brand, but in
10 terms of how much or if, for that matter, would be a
11 question to the PBM.
12    Q    Okay. If we can go down to section --
13 I believe it's D as in Delta 2 further down to the
14 whole D. I am really focused on D2 here. It says
15 that "On an annual basis, Anthem shall provide
16 information to an independent third party sufficient
17 to verify that the estimated drug rebate credit
18 amount set forth in Section 3 of Schedule A is a
19 reasonable and good faith estimate."
20    Now I notice here that the agreement here uses
21 the term "Anthem" where up above it used "Anthem PBM"
22 in terms of who is doing the negotiations. So, who
23 actually is responsible for this work, the PBM or
24 Anthem?
25    A    Well, the PBM derives the rebates. So

Page 112

1 that is -- you know, more detail than that is really
2 a question to the PBM.
3    Q    Okay. And then what about this
4 provision about information to an independent third
5 party, who does that?
6    MR. FULLER: Who provides it?
7    MR. DORNER: Right.
8    A    I think that would -- you know, Anthem
9 shall provide information to an independent third
10 party sufficient to verify that the estimated drug
11 rebate credit amount as set forth in Section 3 is a
12 reasonable and good faith estimate. I would see
13 that, again, as the responsibility of the PBM,
14 because that information has to originate from the
15 PBM.
16    Q    And so they don't provide it to Anthem
17 and then Anthem actually submits the report or
18 whatever it is?
19    A    We -- you know, so Anthem, I will say,
20 you know, and I'll give you an example -- I do
21 receive rebate reports on behalf of MADA which the
22 PBM has developed.
23    Q    Okay.
24    A    The development of that is done by the
25 PBM.

Page 113

1    Q    Understood. And then is -- it really
2 doesn't matter. I am more interested in the
3 contents of the report. Do those rebate reports
4 break out drug by drug what the rebate payment is?
5    A    That's a question for the PBM.
6    Q    So talk about the ones that you've
7 seen.
8    A    Sure. Sure. The ones that I have
9 seen certainly do not.
10    Q    They do not?
11    A    No.
12    Q    So, it's just a big category of here
13 is all the rebates we managed to negotiate, it's in
14 this amount, such and such an amount, and that's it?
15    MR. FULLER: Object to form.
16    MR. KNEPPER: Matthew Knepper for
17 Express Scripts. Object to form.
18    MR. FULLER: Join.
19    Q    Do you know the third party that this
20 information's provided to?
21    A    I do not.
22    MR. DORNER: All right. Can we go to
23 MADA 152, please.
24    Q    So, Ms. Cobb, I can represent to you
25 that this is the part of the Schedule B to the

29 (Pages 110 - 113)

Page 114

1  original ASA.
2      A    All right.
3      Q    But there are just some terms here I
4  think they carried through the whole way and there
5  are just some terms I want to understand a little
6  bit.  So, one of the bullet points for --
7          MR. DORNER:  Let's see if I am on the
8  right page.  I apologize.  Yes, I actually think
9  it's 153.  Can we go to 153?  There we are.  Okay.
10     Q    So one of the bullet points under
11  prescription benefit services through Anthem PBM
12  here, it says, "point of sale claims processing."
13         Now, I understand that, you know, whatever the
14  pharmacy benefits manager was doing at the time they
15  were actually doing it, but does Anthem actually have
16  an understanding of what point of sale claims
17  processing is?
18     A    Yes.  Sure.  The member goes back to
19  the pharmacy and picks up a prescription, that
20  prescription which a member pays a portion of, and
21  the plan, being MADA, also has a responsibility.
22  And that's considered to be point of sale.  So a
23  member is receiving that service and it is being
24  paid for at the same time.
25         And let me give you an example how that may

Page 115

1  differ, is that a member may spend a week in the
2  hospital and they spend that week.  The hospital
3  wheels them to the curb at the end of the week, sends
4  them home and that sale, if you will, has not
5  transacted.  A member cannot go into a pharmacy and
6  fill a prescription and leave with that prescription
7  without transacting -- you know, the pharmacy will
8  not let them leave without that transaction.  So
9  that's my example of point of sale.
10     Q    Okay.  All right.  And then I can't
11  imagine -- can we kill that call out.  I think this
12  is probably along the same lines.
13         The one below that is mail order claims
14  processing.  Is there any difference in that process
15  versus a point of sale claim process?
16     A    No.  I mean, once -- no, I don't
17  believe so.  I mean, once that mail order pharmacy
18  takes the prescription and processes it, you know,
19  that sale has been completed.
20     Q    Okay.  Down lower on this page, it's
21  the fourth to last bullet point in this section,
22  "prescription benefit services."  It says
23  administrative override examples:  Vacation, lost,
24  stolen or spilled medications.  Do you see what I am
25  referring to there?

Page 116

1      A    Yes.
2      Q    So what is the administrative override
3  process?
4      A    You know, for example, if a person is
5  running low on a prescription and they're set to
6  leave for Europe for a month and their prescription
7  is not yet eligible to refill prior to them leaving,
8  so maybe, you know, a week into them being in
9  Europe, then their prescription would be eligible
10  for refill.  So they're not going to be able to
11  refill it before getting on the plane.  That would
12  be an administrative override to allow that person
13  to refill that prescription early.
14     Q    Okay.  And so the member would come
15  call in to Express Scripts or Ingenio saying, "I am
16  going to Germany and I need 30 more pills of
17  whatever my medication is."
18     A    Right.  Correct.
19     Q    Okay.  And would it --
20     A    And same thing; you know, a person can
21  have their purse stolen, their house may get broken
22  into, they may lose something, and that would be an
23  administrative override to allow that person to be
24  able to get another supply of that prescription.
25     Q    Okay.  Would the administrative

Page 117

1  override process also come into effect in the event
2  of a pharmaceutical recall where somebody needs to
3  obtain a substitute blood pressure medication?
4      A    I believe that would be a question for
5  the PBM.
6      Q    Does Anthem have any knowledge at all,
7  any idea with respect to that?
8      A    I would say no.
9      Q    Okay.  Can we go to the next page,
10  please.  So there is a short section down -- it's
11  the last one before the signature block.  It says
12  billing and banking and here it says summary and
13  detailed billing and claims (electronic).  And there
14  is no indication here that this is performed by
15  Anthem's PBM and so I'm wondering what is summary
16  and detailed billing and claims as used in this
17  section.
18     A    Sure.  I would liken that most to what
19  I had explained earlier on that weekly claims detail
20  that we provide to MADA, that we provide a full
21  listing of all of the claims that have been
22  processed on their behalf and whether those claims
23  are medical, dental or pharmacy-related.
24     Q    Okay.  Can we go to the page MADA 162.
25  And in a --

30 (Pages 114 - 117)

Page 118

1    THE VIDEOGRAPHER: My apologies. That
2  does not look right.
3    THE WITNESS: That looks like 2258.
4    THE VIDEOGRAPHER: Hold on.
5    MR. DORNER: It should be page 37 of
6  the PDF. That's right.
7    Q    Okay. Now, in this section it looks
8  like one of the services under the prescription
9  benefit services heading and it is a reference to --
10  oh, I take that back.
11    This is actually in the above section which I
12  think is headed "claims and customer service."
13  Medicare crossover processing, do you see what I am
14  referring to?
15    A    Yes.
16    Q    So it looks like that's in -- I will
17  say that's in Anthem's section, not the PBM section;
18  is that right?
19    A    That's what it appears to be.
20    Q    So what is Medicare crossover
21  processing?
22    A    We may have insureds, that if they are
23  either disabled or over 65 and eligible for
24  Medicare, then we may have insureds who also may
25  have Medicare in addition to being on the MADA plan.

Page 119

1  And in those cases we will, you know, determine who
2  is primary and who is secondary and cross those
3  claims with Medicare.
4    Q    Okay. And so in that situation,
5  Medicare might be paying some or all of a benefit
6  and MADA would be paying the remainder or vice
7  versa; MADA was responsible? I guess it could be
8  split up; is that correct?
9    A    In some way, yes, it can be shared.
10    Q    Does that only relate to medical
11  benefits or can that extend into prescription drugs?
12    A    Well, I can't think of a reason why
13  someone would have one of the main -- for example,
14  if they were over 65 and they were actively employed
15  and they were at a dealership and had one of the
16  main auto dealer plans, I don't know of a reason why
17  they would go out and spend additionally for some
18  sort of Medicare part D benefit.
19    Q    Okay.
20    A    A person automatically gets plan
21  Medicare A when they turn 65, but they have to
22  purchase the other portions of Medicare such as part
23  B and part D. So I can't think of a reason why
24  someone would purchase something else if they were
25  likely eligible and likely paying some portion of a

Page 120

1  plan that covers prescriptions.
2    Q    I just want to clear up one thing
3  before we move on to kind of a different section of
4  this exhibit. If we could put side by side MADA 162
5  and MADA 153; so, this page and then, I guess, 11
6  pages ago.
7    THE VIDEOGRAPHER: 153, right?
8    MR. DORNER: Yes.
9    Q    And I am not trying to play games
10  here, Ms. Cobb. I've got to run down every detail,
11  but you know there are headings on each of the pages
12  that run into prescription services. Do you see
13  that?
14    A    Mm-hmm.
15    Q    The one on the right, which I believe
16  relates to either an older amendment to the original
17  ASA that specifically notes it's through Anthem PBM
18  whereas the one on the left, which I think is a
19  later amendment, just says prescription benefit
20  services. Between when these two documents were
21  executed that these lines appear, was there any
22  change in the amount of services that were provided
23  by a PBM with benefit prescription services?
24    A    Well, prior to Anthem going to Express
25  Scripts, which I believe happened somewhere in the

Page 121

1  neighborhood of 2010 or 2011 -- it kind of escapes
2  me now -- we did have our own pharmacy and there was
3  Anthem prescription management, Anthem APM as we
4  called it.
5    Q    Would that have been -- do you
6  remember we talked earlier about Anthem affiliates?
7  There was that definition in the ASA. Was APM one
8  of those Anthem affiliates?
9    A    I believe they would have been
10  referred to as an affiliate.
11    Q    And the Express Scripts, were they
12  repair to as an affiliate or not?
13    A    I believe they would be referred to as
14  an affiliate or, perhaps, a vendor.
15    MR. FULLER: Don't guess.
16    A    I don't know specifically what we
17  title them as, but they are separate.
18    Q    Anyways, getting back to the
19  question -- I didn't mean to get sidetracked
20  there -- is the -- strike that. Let me look at one
21  thing. Okay. I think I understand.
22    So, I have these backwards on the screen. The
23  older one is to the right, the original, that went
24  with the original ASA. The newer one is on the
25  left-hand side of your screen and the change that's

31 (Pages 118 - 121)

Page 122

1 highlighted, prescription benefit services versus
2 prescription benefit services through Anthem PBM.
3      Are you saying that's just a product of the
4 fact that you retained Express Scripts and weren't
5 using Anthem's APM affiliate anymore?
6      A      Well --
7           MR. FULLER:  Objection.  It misstates
8 her testimony.  Go ahead.
9      Q      You can answer.
10     A      In Anthem in November 2008 the PBM
11 that was still being used was APM or Anthem
12 Prescription Management.  So since page 153 is
13 referring to that and I can see at the bottom that
14 it refers to November 2008, then that would lead me
15 to understand that to be a time period in which
16 Anthem Prescription Management was managing those
17 claims on behalf of Maine auto dealers.
18     Since the page 162 is within a time period
19 that Express Scripts was managing, then that would be
20 the Express Scripts.
21     Q      I will explain my thinking here just
22 to make sure we are on the same page.  I had been
23 thinking perhaps when Anthem PBM was a reference to
24 any old PBM, whether that was Express Scripts or APM
25 or anybody else, and then perhaps when 162 was

Page 123

1 executed and went into effect, Anthem may have been
2 taking over some prescription benefit services on
3 its own, since it didn't list that.  You're telling
4 me that's not the case?
5      A      Well, at the time of 162, that was the
6 time period in which Anthem was using Express
7 Scripts as their PBM.
8      Q      So Express Scripts was doing
9 everything underneath prescription benefit services
10 on MADA 162?
11     A      Correct.
12     Q      Let's go ahead and fast forward to
13 MADA 275, and I just want to get the effective date
14 here on this page.  It looks like this is Amendment
15 4 to the ASA and it went into effect on March 1,
16 2018.  Do you see that?
17     A      Yes.
18     Q      Here it looks like we have a new
19 Schedule A, a new Schedule B, and then for the first
20 time it appears a Schedule C added to the ASA.
21 Would you agree?
22     A      That's what is there, yes.
23     Q      Okay.  Now can we go to MADA 277, two
24 pages later.  All right.  And on this page there is
25 a section for a pharmacy benefits administrative

Page 124

1 services fee.  Do you see what I'm referring to?
2      A      Yes.
3      Q      So can you tell me what is the
4 pharmacy benefits administrative services fee?
5      A      I think the best way for me to
6 describe it is really at a high level, is that the
7 services that are provided to MADA through Anthem
8 affiliates then have various costs associated with
9 them.
10     So, we don't do it for free and certainly no
11 one would expect us to, so we do have administrative
12 fees to them.  I would read this to be that the
13 pharmacy benefits has a service fee associated with
14 it.
15     Q      And so you mentioned this is charged
16 to MADA, so MADA is the one who's paying this fee,
17 right?
18     A      Correct, because they are responsible
19 for their admin fees.
20     Q      And then who would receive this fee;
21 would it go to the PBM, to Anthem or to somebody
22 else?
23     A      I'm not able to answer that question.
24 I think that's a question for -- you know, how does
25 the PBM receive it, I believe that's a question for

Page 125

1 the PBM.
2      Q      Well, if the PBM receives it, does
3 Anthem know if it receives this fee?
4      A      The pharmacy.  I guess the best way
5 for me to describe it is the pharmacy makes up some
6 component of the administrative fee.  How much or
7 how that's transacted, I'm not able to speak to.
8      Q      Or where it is ultimately paid to, who
9 gets to put it in their pocket at the end of the
10 day, either the PBM or Anthem; are you able to speak
11 to that?
12     A      No, I'm not.
13     Q      Do you know who forms -- not you.
14 Does Anthem know who performs the services that the
15 fee is intended to cover?
16     A      Well, pharmacy services are performed
17 by the PBM.
18     Q      Okay.  So the PBM is doing everything
19 that this fee is intending to cover?
20     A      The PBM is doing the pharmacy benefit
21 services.
22     Q      Right.  And that's what this fee is
23 intended to cover, correct?
24     A      That is how it reads here.
25     Q      Okay.  Do you know if this is

32 (Pages 122 - 125)

Page 126

1 requested on a per claim basis or is it a lump sum?
2    Q    You know, our administrative services
3 fees are -- you know, administrative fees are
4 charged on a per contract per month basis.
5    Q    Is that also referred to as per
6 subscriber per month?
7    A    Or PCPM, per contract per month.
8    Q    Okay.
9    A    If it isn't per contract per month,
10 it's per member per month, but we generally speak to
11 per contract per month.
12    Q    Okay.  Now, this is the -- in my
13 review of this document, I will represent to you
14 this is the first time I came across this fee and I
15 believe this went in effect on March 1 of 2018.
16    Do you know if that fee was charged prior to
17 March 1, 2018 to MADA?
18    A    I believe we would have to, you know,
19 refer to earlier documents to see if that was
20 included, but I believe you just said that you did
21 not find it in earlier documents.
22    Q    I said I didn't see it, but I didn't
23 know if perhaps it was folded into something else.
24    A    I'm not able to answer that.
25    Q    So I've got, I think, one more set of

Page 127

1 questions left on this exhibit and I think it might
2 be a good time -- we have been going an hour and we
3 can take a break.
4    Are you okay to do one more set of questions,
5 Ms. Cobb?
6    A    Sure.
7    Q    Great.  Let's go to MADA 286.  All
8 right.  And this is Schedule C to the ASA with MADA,
9 and I believe at the top here it says it's going to
10 be effective for March 1, 2018 through February 28
11 of 2021.  So it just ended about -- actually almost
12 eight months ago to the day.
13    So you can take your time to review this if
14 you'd like, but my question is going to be that
15 schedule primarily deals with performance guarantees
16 that MADA -- excuse me, that Anthem made to MADA,
17 right?
18    A    You know, under the general conditions
19 it does -- the first sentence there is the
20 performance guarantees described in the attachment
21 in this Schedule C will only be in effect for --
22 it's kind of blotchy there.
23    Q    Yeah, it is a bad copy.
24    A    Yes, but it is for the time period of
25 March 2018 through February of '21.

Page 128

1    Q    Do you recall at that time whether
2 Anthem was starting to offer performance guarantees
3 to MADA?
4    A    Anthem wasn't offering performance
5 guarantees.  Performance guarantees were happening
6 within the PBM.
7    Q    Okay.
8    A    Or as a result of the PBM.
9    Q    What do you mean as a result of?
10    A    Well, in March of 2018 rebates were
11 starting to be shared with MADA from the PBM so
12 that, I believe, would be what you'd be referring to
13 as a performance guarantee, but that performance
14 guarantee is what lies with the PBM.
15    Q    You said something that I just want to
16 confirm.  Prior to 2018 how, if at all, were drug
17 rebates shared with MADA?
18    A    Drug rebates were specifically not
19 shared.
20    Q    Okay.  So this was a new thing in 2018
21 that started up for MADA?
22    A    Yes, it was.
23    Q    So I guess we've got the term
24 "performance guarantee" here in the first sentence
25 and again under the general conditions as you noted.

Page 129

1 What is Anthem's understanding of what a
2 performance guarantee is?
3    MR. FULLER:  Objection.  Asked and
4 answered.  Go ahead.
5    A    That performance guarantee, I think,
6 would be best explained by the PBM if it's in
7 relation to the PBM or anything pharmacy-related.
8    Q    Fine.  And so I'm looking at the first
9 sentence here and it says it's pertaining to
10 Anthem's performance under the agreement between the
11 parties.
12    Are you saying that Anthem had nothing to do
13 with the performance guarantees in Schedule C?
14 Again, if you want to look at the document, feel
15 free.  That's fine.
16    MR. FULLER:  Object to form.
17    A    So what I can speak to is that on the
18 Anthem health plans of Maine side, you know, and
19 this is with regard to medical claims, we do perform
20 or are required to perform at a certain level for
21 any of our customers.  You know, timely claim
22 payments, for example, is one that comes to mind
23 that, you know, we are expected to pay a claim
24 within 30 days.  That's part of the performance that
25 we guarantee to our customers.

33 (Pages 126 - 129)

Page 130

1    Q    Let's go ahead and flip to -- can we
2  flip to 287, the next page. Can we focus in on 2A
3  under the payment section. And this says here that
4  if Anthem fails to meets any of the obligations
5  specifically described in a performance guarantee --
6  could you move that up a little bit? There we go --
7  "Anthem shall pay plan sponsors the amount set forth
8  in the attachment describing the performance
9  guarantee. Payment shall be in the form of a credit
10  on plan sponsor's invoice for administrative service
11  fees which will occur annually unless otherwise
12  stated in the performance guarantee."
13    First of all, I read that correctly, right?
14    A    Yes.
15    Q    And so I guess I want to keep that --
16  let me ask you a question about that. Is it
17  possible for -- you know, let's say these
18  performance guarantees related to prescription
19  services that the PBM was carrying out rather than
20  Anthem. Is it possible for the PBM to make a
21  payment to the plan sponsor in the form of a credit
22  on the plan sponsor's invoice for administrative
23  service fees?
24    MR. FULLER: Objection. It's an
25  incomplete hypothetical. Lacks foundation. Go

Page 131

1  ahead.
2    A    You know, I think that it's the way
3  that you've spelled it out is difficult for me to
4  even come up with an example.
5    Q    Okay. And I guess what I'm asking
6  here is -- tell you what. Let's go ahead and go to
7  page 289, okay. So this is Attachment 1 to the
8  schedule we were just looking at, and I hope you
9  agree this clearly relates to prescription drug
10  pricing performance guarantees, right?
11    A    Certainly.
12    Q    Okay. And so would it be accurate to
13  say that these are -- well, let me ask you: Who
14  would have been negotiating to access the costs
15  guaranteed in this attachment?
16    A    These are developed by the PBM.
17    Q    And then was the PBM actually carrying
18  out the negotiations to obtaining these prices?
19    MR. KNEPPER: Object to form. This is
20  Matt Knepper.
21    MR. FULLER: Join.
22    Q    You can answer.
23    A    You know, a PBM is who develops what
24  we have here in front of us.
25    Q    Okay. So kind of going back to that

Page 132

1  section or that paragraph that we were just looking
2  at regarding a payment, in the event that a
3  performance guarantee was not met, since the PBM
4  developed all of this, do they have the ability, if
5  they don't meet one of these performance guarantees,
6  to give a credit on an invoice?
7    A    I believe that would be a question for
8  the PBM.
9    Q    Who sends the invoice to MADA every
10  month?
11    A    Well, Anthem sends the invoice to
12  MADA.
13    Q    Okay. So Anthem has to review it
14  before they send it, right?
15    A    Yes. We do review it, yes.
16    Q    And so does the PBM have the ability
17  to put a line item on that invoice or issue a credit
18  that is reflected on that invoice?
19    A    You know what? I can give you an
20  example.
21    Q    Sure.
22    A    That currently, you know, we share
23  rebates or I should say Ingenio shares rebates with
24  MADA and those rebate shares are reflected on their
25  invoice, but that information passes from Ingenio to

Page 133

1  Anthem for Anthem to then place on their invoice.
2    Q    Okay. In the event that there would
3  be a payment or, I guess, some form of credit based
4  on these performance guarantees if one of them isn't
5  met and there's going to be a credit, who would pay
6  that credit?
7    A    Well, the responsibility of it is on
8  the PBM.
9    Q    Okay. So -- sorry. Go ahead, please.
10    A    As part of getting prepared for this
11  deposition, I did reach out to our accounting area
12  who supplies the weekly invoices to MADA, you know,
13  to just try to gather a little bit further as to how
14  that information comes over. And to the extent that
15  I was able to find someone who could describe it,
16  which is really kind of the point person who does
17  their week to week invoices, you know, their answer
18  was, well, that information comes from the PBM.
19  That information comes from Ingenio.
20    Q    Okay.
21    A    So kind of all roads lead back to, at
22  this time frame, Ingenio.
23    Q    Now, on this page 289, does Anthem
24  have any understanding of what -- and I'm just going
25  to go down a a couple examples -- of what the RX

34 (Pages 130 - 133)

Page 134

1 choice retail pharmacy network provider is?
2     A    Sure. That's -- MADA adopted a little
3 bit more of a narrow retail pharmacy network, I
4 think, three years ago.
5     Q    That would be 2018. That would make
6 sense.
7     A    Yes, that would be 2018. So what that
8 refers to is there are some pharmacies who are
9 ranked as a Tier 1 pharmacy and there are pharmacies
10 that are ranked as a Tier 2 pharmacy.
11     Q    Is that, basically, like a preferred
12 pharmacy network that has been set up?
13     A    Yes. Correct.
14     Q    Okay. And so can we kill that call
15 out. And then the one -- well, let's skip the next
16 one. And national plus retail pharmacy network
17 providers -- I am going to take a guess -- are those
18 the Tier 2 pharmacies?
19     A    Let's see. Can we go back to the
20 other one?
21     Q    Sure. Let's blow them both up if we
22 can.
23     A    Yes. So the choice retail pharmacy,
24 those would be, in other words, the preferred
25 pharmacies.

Page 135

1     Q    Okay. And then a national?
2     A    If I refer to it as or what they would
3 refer to -- MADA would refer to it as Tier 1
4 pharmacies, the national pharmacies are all the
5 others.
6     Q    Any other pharmacy, big or small, it
7 doesn't matter?
8     A    Right. So either you're a choice
9 retail pharmacy or you're a national.
10     Q    Okay. And so I guess this is a silly
11 example, but I get it referred to my home town.
12 Obviously, my home town has a CVS or some big
13 pharmacy that might qualify as an RX choice retail
14 pharmacy network provider. There is also a little
15 mom and pop pharmacy and I'd say their name, but
16 it's too hard to spell.
17     It's a mom and pop. It doesn't have a
18 national presence. Would that still count as a
19 national plus retail pharmacy?
20     A    That would count as a national retail
21 pharmacy.
22     Q    Thank you for clearing that up. If we
23 can go to the section between those two, and here
24 you'll see RX choice retail and it just says "90"
25 before pharmacy network providers. Does that refer

Page 136

1 to obtaining a 90 day supply of medication?
2     A    We -- I don't believe that does refer
3 to 90 day supply.
4     Q    Or just, I guess, and I think I'm
5 answering my own question.
6     A    Actually, you know what? It does.
7 Okay. If I read the next line, "guarantee for
8 retail pharmacy," it's dispensing those larger
9 quantities. So, I mean, by virtue of, you know,
10 dispensing a 90 day supply versus a 30 day supply,
11 there's really less overhead to the pharmacy to
12 dispense a larger quantity, because a person is
13 coming back less often.
14     Q    Can we go to the next page, please,
15 MADA 290. This is the second to last page I am
16 going to look at in this exhibit, so we're close.
17     All right. If you could look at -- if we
18 could blow up the first full paragraph under the
19 specialty drug section. There we go. And it starts
20 off with to determine any payment due to employer
21 under these prescription drug pricing guarantees.
22     Feel free to review this, Ms. Cobb, and review
23 this paragraph and any other portion of the document,
24 but I want to let you know what my question is before
25 you start to take your time to do that. My question

Page 137

1 is going to be, are you able to -- is Anthem able to
2 describe the process by which it's decided whether or
3 not a penalty payment is due to MADA?
4     MR. FULLER: Objection. Calls for a
5 incomplete hypothetical.
6     Q    You can answer if you can.
7     A    I mean, we're talking here about
8 guarantees within a pricing guarantee category
9 appearing to the sum of the appropriate portion of
10 paid claims for prescription drugs, plus any member
11 cost share that goes back to the PBM.
12     Q    So Anthem isn't familiar with the
13 process for calculating any payment due to the
14 employer under these performance guarantees?
15     A    No. That's a question for the PBM.
16     MR. FULLER: Okay. If we can take a
17 quick break?
18     MR. DORNER: I've got just a few
19 questions left on this document and then I will be
20 ready to go. Is that okay with you, Chad?
21     MR. FULLER: Yes.
22     MR. DORNER: Not long at all, I'm
23 sure. I'm just trying to catch my spot here.
24     Q    If a penalty is due under this section
25 or this schedule, I guess I should call it; if a

35 (Pages 134 - 137)

Page 138

1 penalty is due under this schedule, is there any way
2 to tie a portion of that penalty to a particular
3 drug?
4    A    That's PBM's responsibility.
5    Q    Let me ask you this:  Has Anthem ever
6 seen a penalty payment under this schedule or any
7 subsequent schedule similar to this?
8    A    My answer remains that is a question
9 for the PBM, but that's not an Anthem
10 responsibility.
11   Q    Sure.  And I am asking more if Anthem
12 has just ever come across it, if it's ever seen this
13 section go into effect, not whether it calculated
14 it.  Has Anthem ever seen this happen before?
15   A    Penalty?
16   Q    Yes, for performance guarantees.
17   A    I can't answer that on behalf of
18 Anthem.
19   Q    Have you personally seen it?
20   A    A penalty?  I can't say that I have.
21   Q    And I think "penalty" is the right
22 term.  I believe that's the term that they use.
23 I'll make sure here real fast, but I think it is,
24 but let me make sure there's not a different term
25 that would be more appropriate.

Page 139

1    I guess let me put it this way:  Have you
2 personally ever seen an instance where either Anthem
3 or a PBM made a payment to MADA under the
4 prescription drug pricing guarantees that we're
5 looking at?
6          MR. FULLER:  Object to form.
7    A    So it has been MADA has been --
8          THE WITNESS:  Am I okay to answer,
9 Chad?
10         MR. FULLER:  Yes.
11   A    MADA has been on this sharing rebates
12 since 2018 and those rebates were settled on a
13 quarterly basis.  I don't recall what's happened
14 each and every quarter.
15         MR. FULLER:  It seems different than
16 what he's asking, but I understand.
17   A    Yeah, and really let me try to broaden
18 it, because I really want to understand the process
19 more than necessarily what MADA has received.  So in
20 your role at Anthem for any of the clients that
21 you've seen who have these prescription drug pricing
22 guarantees as part of their agreement with Anthem,
23 have you ever seen a payment in whatever form issued
24 because Anthem or the PBM wasn't able to achieve the
25 performance guarantees?

Page 140

1    A    Well, the performance guarantees are
2 the responsibility of the PBM, and part of that
3 guarantee is being able to meet the performance that
4 you guaranteed to the customer.  So if there is a
5 gap in that performance, then the obligation would
6 be to fill that gap.
7    Q    I agree.  And so have you actually
8 seen that happen in practice in the real world?
9    A    You know, I can't answer that with
10 any -- with 100 percent confidence.
11   Q    Okay.
12   A    So how it would happen that if, you
13 know, a performance guarantee was issued and a PBM
14 did not meet that performance guarantee, that there
15 would be, you know -- they would have to live up to
16 that guarantee.  I can't -- you know, I can't say
17 with 100 percent certainty, however, that I've
18 actually seen it.
19   Q    Okay.  Do you have any sense as to if
20 there were to be a payment, you have to fill that
21 gap as you put it; would there be any way to tie a
22 particular, I guess, or to allocate that payment to
23 whatever medications the PBM wasn't able to achieve
24 the pricing for?
25        In other words, could you look at whatever

Page 141

1 that penalty payment is or gap filling payment and
2 say oh, some share of this is because we couldn't
3 meet our obligations with respect to prescription
4 ibuprofen and some is because we couldn't meet our
5 diabetes medication and some is related to valsartan;
6 would it be possible to break it down like that?
7    A    The PBM would --
8        (Clarification requested by the
9    reporter.)
10   A    From Anthem's position we do not have
11 that, that would break it down.  So when any rebates
12 flow through as a credit out to MADA or any of our
13 groups that is given to us in an aggregate form that
14 we apply to their invoice, any specifics as to what
15 goes into that rebate calculation is something for
16 the PBM.
17   Q    Okay.  And that word -- you cut out on
18 mine.  I think you said aggregate; is that right?
19   A    Yes.  That report that we receive is
20 not specific as to what those rebates refer to.
21   Q    Okay.  All right.  Well, I think we
22 can put this exhibit away finally.  I promise the
23 rest of them do not take near as long.  I believe
24 your counsel suggested a break.  I'm with him on
25 that, and so let's go off the record.

36 (Pages 138 - 141)

Page 142

1           THE VIDEOGRAPHER:  Going off the video
2   record.  The time is 2:57.  Stand by.  We're off.
3           (Off the record.)
4           THE VIDEOGRAPHER:  We are back on the
5   video record.  This begins Media Volume No. 4.  The
6   time is 3:25.
7   BY MR. DORNER:
8       Q       All right.  Ms. Cobb, welcome back.
9   When we first started talking today, we went through
10  what Anthem -- excuse me, what MADA's plans have
11  been since the year 2012.
12      I believe you testified it started off as
13  three plans and then it moved on up to four and
14  currently they have two PPOs, and then I believe two
15  HSA plans.  Is that your recollection?
16      A       Yes.
17      Q       Okay.  Now, I want to think a little
18  more broadly here how MADA's plans compare to that
19  which Anthem offers generally to other organizations
20  to other sponsors.  Does Anthem only offer PPO and
21  HSA?
22      A       We also offer HMO products.
23      Q       And then no others besides that?
24      A       That would be the three categories
25  that we would kind of umbrella our plans under.

Page 143

1       Q       Is there such a thing -- and this is
2   just me trying to learn -- is there such a thing as
3   a fee for service plan in some industries, is that
4   something?
5       A       Well, I mean fee for service, that
6   term has been around for a long time.  Fee for
7   service refers to, you know, I go to a doctor.  They
8   charge.  I pay a fee for that service.
9       Q       Okay.  So it's not really an insurance
10  plan at all, is it?
11      A       No.  No.
12      Q       Okay.  Either way, not something that
13  was ever offered by MADA or by Anthem?
14      A       Yeah.  I mean, you may generically
15  refer to a plan as fee for service, but it's not
16  what we would title it as.
17      Q       Okay.  All right.  And generally
18  speaking, among all of the PPO, the HSA and the HMO
19  plans offered, Anthem would agree that its benefit
20  design can differ from plan sponsor to plan sponsor,
21  right?
22      A       Most definitely.
23      Q       What are some of the big ways that it
24  might differ?
25      A       You know, I think primarily in our

Page 144

1   deductible area, although most employers have had to
2   increase their deductible to higher levels as time
3   has gone on to address the affordability issues.  So
4   typically there's more cost sharing with employees
5   today than there used to be and I think that there's
6   a narrower gap, if you will, between employer plans.
7       Q       Does Anthem --
8           THE VIDEOGRAPHER:  Are you there?  I
9   believe he may have frozen.  We are now going to go
10  off the video record.  The time is 3:29.  We're off.
11          (Off the record.)
12          THE VIDEOGRAPHER:  We are back on the
13  video record.  The time is 3:38.
14  BY MR. DORNER:
15      Q       All right.  I apologize for the
16  technical glitch there.  I believe we left off with
17  me asking whether or not any of MADA's plans ever
18  had a fully insured component to them.
19      A       No.  They have been an ASO customer
20  with us, with Anthem since 2004.
21      Q       But certainly Anthem has customers who
22  aren't ASO and who are fully insured, correct?
23      A       Correct.
24      Q       We were talking about differences
25  among plans.  With respect to MADA's plans, their

Page 145

1   out of pocket maximums can be different, and in fact
2   I believe they are?
3       A       Yes, they are different.
4       Q       And that is at the same for any plan
5   that MADA -- excuse me, that Anthem might
6   administer, correct?
7       A       Correct.
8       Q       So we talked a little bit earlier
9   about pharmacy networks and Tier 1 and Tier 2.  Can
10  the pharmacy network differ from plan to plan within
11  Anthem as a whole?
12      A       If an employer group or, I should say,
13  a group, an employer plan chooses a pharmacy
14  network, then that's their choice but, for example,
15  in the case of MADA where they have the RX choice
16  network, that RX choice network is the same for
17  whoever contacts with Anthem; that if they choose
18  that network, that is their network and it's going
19  to be the same network.
20      Q       Understood.  Okay.  Other than the RX
21  choice, and I think one was the national choice,
22  were there ever any other options or are those the
23  only two that Anthem offers?
24      A       Those are the only two that we offer
25  at Anthem Maine has been national and the RX choice.

37 (Pages 142 - 145)

Page 146

1    Q    I think we talked about this a little
2 bit, we passed right by it, but there is no part D
3 component to any of MADA's plans, right?
4    A    No.
5    Q    Okay.  Does Anthem even offer part D
6 plans?
7    A    That is not a business that I have
8 ever worked in.  So, I mean, Anthem does offer, you
9 know, Medicare advantage programs.  They offer other
10 Medicare programs, but -- and I'm sure there's a
11 part D component out there, but it's not part of
12 Anthem's options.
13    Q    I believe you testified that you had
14 reviewed the formularies that are applicable here.
15 Have MADA's plans always covered generic
16 valsartan --
17        MR. FULLER:  Objection.  Vague as to
18 time.
19    Q    -- from 2012 to 2020?
20    A    If it was on the formulary, then it
21 would have been covered by their plans.
22    Q    And I think, Ms. Cobb, I have managed
23 to review some formularies in this case, but I don't
24 think I have them all going back to 2012.
25        Did you have an opportunity to confirm

Page 147

1 whether, going back to 2012, valsartan has always
2 appeared on the formulary?
3    A    Well, since 2012 they have offered
4 both our three tier formulary as well as the four
5 tier formulary, and while I did not review each year
6 specifically to valsartan --
7    Q    And I'm sorry.  I might have been
8 unclear in my question.  Let me try to re-ask it.  I
9 was only speaking about formularies that were
10 applicable to MADA and not to the rest of Anthem's
11 plans generally.
12        Did you have an opportunity to go back to 2012
13 and see if the formularies applicable to MADA always
14 contained valsartan?
15    A    I did not.
16    Q    Would Anthem still have access to its
17 2012 -- to its formularies back to 2012 up to
18 present day?
19    A    Well, those formularies are
20 distributed by the PBM, not by Anthem.  So they are
21 developed and housed with the PBM and they're not
22 something back to 2012 that I have tried to access.
23    Q    All right.  Can we pull up Exhibit 3,
24 please.  Ms. Cobb, are you familiar with this
25 document?

Page 148

1    A    Yes.
2    Q    Could you explain what it is?
3    A    This would appear to be the first page
4 of their certificate of coverage.
5    Q    Now, is this the same thing as the
6 benefit booklet that I think we mentioned earlier?
7    A    Yes.
8    Q    Okay.  And it would appear that this
9 went into effect on March 1 of 2015, would you
10 agree?
11    A    Yes.
12    Q    Now, based on documents we have
13 received, I think MADA has had a new group medical
14 plan document go into effect.  Do you happen to know
15 the date when that occurred?
16    A    That would have been likely as of this
17 plan here, so March 1 of 2021.
18    Q    Was there a second group medical plan
19 that would have started on March 1, 2019?
20    A    Well, March 1 is their renewal date.
21    Q    Did they -- sorry.  Please.
22    A    Yes.  So they renew their benefits
23 each March.
24    Q    Is there a new plan document issued
25 every March?

Page 149

1    A    Well, up until more recently MADA has
2 actually made revisions to these plan documents.
3    Q    And when did that start?
4    A    I believe Anthem took over that
5 function as of 2020.
6    Q    Okay.  Can we go to page 471, and I
7 want to focus on where it says the plan
8 administrator and contract administrators.  It's
9 right before "qualified medical child support
10 order."  Here we go.
11        This line says, "The plan administrator and
12 contract administrator reserve the right to verify
13 continued eligibility for all plan participants."
14 Anthem is the contract administrator, is that
15 accurate?
16    A    I believe that's how we would refer to
17 ourselves.
18    Q    Okay.  So what, if anything, did
19 Anthem ever do to verify the continued eligibility
20 of plan participants from 2012 to 2020?
21        MR. FULLER:  Objection.  Vague.
22    Q    You can answer.
23    A    So, we work as a third party
24 administrator on their behalf.  You know, I think it
25 is a little bit vague, reserve the right to verify

38 (Pages 146 - 149)

Page 150

1 continued eligibility for all plan participants. If
2 we were to, you know, request verification that
3 someone was in fact, that to me would be a reference
4 to -- is a person legitimately an employee of a said
5 dealership to be eligible for the plan.
6      Q     Yeah. And I guess I am just
7 wondering, did Anthem ever actually exercise any
8 right to verify continued eligibility of a plan
9 participant during that time period?
10      A     I don't feel like I'm able to, you
11 know -- I don't believe I'm able to answer that for
12 Anthem of Maine. You know, we're talking about a
13 nine year period of time or eight year period of
14 time.
15      Q     Why might that be done, can you think
16 of an instance where that might have to be done?
17      A     The instance that I can think that
18 eligibility may be questioned would be more in the
19 stop loss arena.
20      Q     What's that?
21      A     You know, if there were -- I should
22 say more along the lines of, you know, eligibility
23 may be reviewed if we thought there was a fraud
24 situation involved. It's kind of vague.
25      Q     Okay. Well, I'm just reading the term

Page 151

1 in their plan documents. I can't change the
2 language.
3      A     Sure.
4           MR. DORNER: Can we go to MADA 485 and
5 then can we blow up pilot or test programs.
6      Q     So this indicates that the plan may
7 institute pilot or test programs regarding case
8 management, disease management or wellness first
9 which may result in the payment of benefits not
10 otherwise specified in the plan document; the plan
11 reserves the right to discontinue a pilot or a test
12 program. Did I read that right?
13      A     Yes.
14      Q     So did Anthem ever institute -- well,
15 it says "the plan." Who is the plan referring to?
16      A     I guess the plan would -- I believe
17 the plan as far as this is concerned would be MADA.
18      Q     Okay. Is Anthem aware of whether any
19 pilot or test program dealing with hypertension was
20 ever commenced during 2012 to 2020?
21      A     I don't see where we would have
22 awareness of that.
23      Q     If such a program would result in the
24 payment of benefits and Anthem is the benefits
25 administrator, wouldn't Anthem know about any pilot

Page 152

1 or test program that would involve the payment of
2 benefits?
3      A     We -- you know, if it's specific to a
4 pharmacy claim, again, that is a question for the
5 PBM.
6      Q     Not specific to a pharmacy claim, this
7 is more to a disease management issue like
8 hypertension, I'm wondering.
9           Were there any pilot or test programs dealing
10 with hypertension that were instituted during that
11 time period?
12      A     Not that I am aware of.
13      Q     Could we go to 487, please. All
14 right. So if we could blow up -- I apologize. I'm
15 trying to find it. Let's look at the first
16 paragraph. So we've got all benefits for covered
17 services are subject to the deductibles,
18 coinsurance, copayments, maximums, exclusions,
19 limitations, terms, provisions and conditions of
20 this plan, including any attachments and amendments
21 or riders. I read that correctly, right?
22      A     Yes.
23      Q     And I just want to confirm that
24 covered services would include a prescription drug
25 covered under a PPO and HSA plan from MADA, right?

Page 153

1      A     The prescription would have to be a
2 covered prescription in order to meet the
3 qualifications here, yes.
4      Q     Okay. Can we go to -- and we'll talk
5 more about terms of coverage a little bit later, but
6 I want to get through this document first, not that
7 we have a long way to go, but can we go to page 497,
8 please.
9           All right. Let's focus on the prescription
10 drugs section, starting with the second paragraph.
11 Here we go. And this is a paragraph you can go ahead
12 and read if you'd like, but it's referring to the P&T
13 committee that we were talking about earlier.
14           MR. DORNER: And actually, could we
15 blow up the entire of that section, that paragraph
16 and below including the next one. I think we have
17 to go even a little bit more. So here, Keith, I am
18 actually looking for the last two bullet points on
19 the page -- sorry, the last two paragraphs. I
20 apologize. This is why it's nice to be in the same
21 room sometimes. There we go. Perfect.
22      Q     Okay. Earlier you had mentioned tiers
23 on formularies that are applicable to Anthem's
24 plans. Do you recall talking about that?
25      A     Yes.

39 (Pages 150 - 153)

Page 154

1    Q    Okay. And then near the bottom of
2 this call out we have here says, "The determination
3 of tiers is made by the contract administrator based
4 upon clinical decisions provided by their national
5 P&T committee." Do you see where that's written
6 there?
7    A    Yes.
8    Q    So when it comes to deciding tiers for
9 medications on the formulary, would it be accurate
10 to say that Anthem decides what medications go on
11 its formulary, based on recommendations of the P&T
12 committee?
13        MR. FULLER: Objection. Asked and
14 answered.
15    Q    You can answer.
16    A    You know, my review and my
17 conversation to, you know, bring myself up to speed,
18 again, with what, you know, some of these functions
19 are is that at this time, 2015, there was a pharmacy
20 and therapeutics committee which reviewed
21 prescriptions. That committee was made up of, you
22 know, outside consultants or clinicians, I should
23 say, who would review the effectiveness and the
24 appropriateness of the prescriptions.
25    Q    Okay. After they did that, then, as

Page 155

1 Anthem was either putting together a formulary or
2 making amendments to a formulary, I know they are
3 amended from time to time when it came to deciding
4 whether or not a medication was listed or not, would
5 Anthem make that decision based upon the
6 recommendations of this national P&T committee?
7        MR. FULLER: Vague as to time.
8    Q    Yes, and I am referring to the time of
9 this document of 2015, and you can answer if you
10 can.
11    A    So that pharmacy therapeutics
12 committee made recommendations to what would be and
13 not be on a formulary.
14    Q    And based -- sorry. Please finish.
15 Sorry.
16    A    I mean, the pharmacy and therapeutics
17 committee made decisions around what would be on a
18 formulary.
19    Q    Were you finished with the answer?
20    A    Yes.
21    Q    Okay. And then based upon those
22 recommendations, would Anthem adopt them completely,
23 would it maybe take some of them but not all of
24 them; how did that work?
25    A    I can't answer that on behalf of

Page 156

1 Anthem of Maine.
2        MR. FULLER: You saved me an
3 objection.
4    A    Those I think -- probably what I
5 should follow up here is that that's a national
6 committee. That's not an Anthem of Maine committee.
7    Q    Okay. Can you explain the difference
8 here for someone who is not an Anthem insider?
9        MR. FULLER: I object. It's outside
10 the scope of the depo.
11    Q    You can answer.
12    A    I mean, that's a national committee
13 we're talking about that makes decisions for Anthem
14 across the 14 states that we operate in, so it's not
15 anything that specifically Anthem Maine made
16 decisions around.
17    Q    Okay.
18    A    So does that help?
19    Q    It doesn't really help, but I
20 understand what you're saying.
21    A    We don't have 14 national -- we don't
22 have 14 P&T committees that make decisions
23 individually for each state. We have one.
24    Q    Let me ask this way: Does Anthem
25 Maine use a formulary that was drafted by the

Page 157

1 national P&T committee?
2        MR. FULLER: Objection. Asked and
3 answered.
4    A    I believe I have already stated that.
5    Q    And it does, right?
6    A    Anthem Maine would use the national
7 P&T committee recommendations.
8    Q    Okay. And Anthem Maine wouldn't make
9 any changes to those recommendations?
10    A    No, we would not.
11    Q    And then with respect to the tiers of
12 medications set up by or recommended by the national
13 P&T committee, would Anthem Maine adopt to those
14 recommendations for its formularies?
15    A    Yes.
16    Q    And it wouldn't make any changes to
17 those or would it adopt the recommendations
18 wholesale?
19    A    We would only be able to adopt the
20 recommendations wholesale.
21    Q    Does Anthem Maine, in choosing a
22 formulary, does it rely on anything else other than
23 the national P&T committee recommendations?
24        MR. FULLER: Objection. Lacks
25 foundation. Calls for speculation.

40 (Pages 154 - 157)

Page 158

1    A    We are only able to adopt what we are
2  provided.  We are not able to make -- Anthem Maine
3  is not able to make alterations to a national
4  decision.
5    Q    Okay.  Does Anthem have knowledge as
6  to what the P&T committee relies on in coming up
7  with its recommendations?
8    A    That is a national committee that is
9  not here in Maine -- I say here in Maine because I'm
10  in Maine, but that is a national committee that made
11  decisions outside of Anthem Maine's jurisdiction, if
12  you will.
13    Q    Sure, and I understand that.  I guess
14  I'm asking something a little bit differently.  Are
15  the various Anthem organizations -- and I assume
16  there's one in each state.  Clearly there's one in
17  Maine.  Are they given any background or information
18  about what the national P&T committee used to
19  develop the formularies?
20        MR. FULLER:  Objection.  Beyond the
21  scope of this depo.  Lacks foundation.  Calls for
22  speculation.
23    Q    You can answer.
24    A    That's not something that we'd have
25  available to us.

Page 159

1    Q    You would have it or you would not
2  have it?
3    A    Would not.
4        MR. DORNER:  Okay.  Can we take out
5  this call out, please, and go down to 498, and can
6  we blow up the paragraph beneath the bullet points.
7  There we go.
8    Q    I'll go ahead and let you -- well, no,
9  I should read it from for the record, because it's
10  not clear.
11      "From time to time we may initiate various
12  programs to encourage covered persons to utilize more
13  cost effective or clinically effective drugs,
14  including but not limited to generic drugs, mail
15  order drugs, OTC or preferred products.  Such
16  programs may involve reducing or waiving copayments
17  or coinsurance for certain drugs or preferred
18  products for a limited period of time."
19      My first question is, who is "we" referring
20  to in the fifth word of this paragraph?
21    A    Well, since at that time MADA was
22  controlling this plan document, I would see that as
23  being MADA.
24    Q    Okay.  Now, if MADA were to initiate
25  one of these programs, Anthem would have to know

Page 160

1  about it because it could involve, as it says,
2  waiving or reducing copayments or coinsurance,
3  right?
4    A    Correct.
5    Q    So is Anthem aware of any programs
6  that encouraged the utilization of, say, one blood
7  pressure medication over another?
8        MR. FULLER:  Objection.  Vague as to
9  time.  Go ahead.
10    A    Well, just by virtue of generic drugs,
11  for example, generic drugs are -- generally speaking
12  are in a lower cost tier than a brand name
13  counterpart.  They may in fact give or the plan may
14  provide some type of incentive or -- by "incentive"
15  I mean reduction in cost to a covered member if they
16  use the mail order program.
17      So, you know, when you read through this,
18  those are the types of things that would get to
19  is that -- you know generic drugs are less expensive
20  typically, so members are charged a lower copayment
21  for them.
22    Q    So referring to some of the general --
23  you know -- yeah, let me just paraphrase --
24  referring to generic versus brand, referring to mail
25  order versus brick and mortar pharmacy, that's what

Page 161

1  this paragraph is referring to?
2    A    That is how we would interpret it,
3  yes.
4    Q    Okay.  And now this may sound crazy --
5  I don't know.  This isn't my industry -- could there
6  be such a thing as, say, rebates or coupons to
7  consumers for purchasing valsartan or other blood
8  pressure medications?
9    A    That's a question for the PBM.
10    Q    Have you ever heard -- just in your
11  experience, have you ever heard of, you know,
12  basically a coupon to purchase a prescription drug
13  or is that something that would just never exist?
14    A    Well, probably when I watch the
15  evening news tonight I'll see something about that.
16    Q    Really?
17    A    If you can't afford your prescription,
18  AstraZeneca can help, right?
19    Q    I see.  Okay.  Okay.
20    A    That's my observation.
21    Q    But you're not sure whether there were
22  any specific rebates or other things of value for
23  valsartan or blood pressure medications?
24    A    That would be a question to the PBM.
25    Q    Okay.  Anthem wouldn't know?

41 (Pages 158 - 161)

Page 162

1    A    That would be a question to the --
2 that would be a PBM type of question.
3    Q    Right. That's a little bit different
4 answer. Does Anthem know?
5    A    No, because I would refer that
6 question back to the PBM.
7    Q    Okay. And you just have to
8 understand, I understand you want me to go ask a PBM
9 question, but if you have knowledge, I want to know
10 what that knowledge is. Fair enough?
11    A    Sure.
12    Q    Okay. Can we go to the next page
13 please -- oh, sorry. Did you want to say something?
14    A    No. That's fine.
15    Q    Let's just do a call out of the first
16 two full paragraphs starting with prescription
17 drugs. There it is. So, this page is referring to
18 a program in the first paragraph here, a
19 program where certain participating retail
20 pharmacies will fill prescriptions at the same
21 copayments that apply to the mail order pharmacies.
22 Do you see what I am referring to?
23    A    Yes, I do.
24    Q    Is this a -- are those certain
25 pharmacies, are those those tier 1 pharmacies we

Page 163

1 were talking about earlier?
2    A    Well, the distinction between RX
3 choice that tier 1 versus tier 2 pharmacies did not
4 come back until about 2018, so this is dated 2015.
5 There was a period of time and I cannot put my, you
6 know, calendar on it specifically where there were
7 pharmacies in the state of Maine, because Maine does
8 have some unique circumstances; there were some
9 retail pharmacies that members could fill at that
10 would provide them with a lower cost share versus
11 other pharmacies. So that cost share would be
12 comparable to them using a mail order entity.
13    Q    Okay. I see. Just curious; what are
14 the special circumstances or unique circumstances
15 you were referring to?
16    A    I kind of lost my train of thought,
17 because I went on to the next portion of that.
18    Q    Would it help if the answer was read
19 back or I could try to paraphrasing what I heard?
20    A    Feel free.
21    Q    Sure. You had just mentioned in Maine
22 there were some unique circumstances whereby certain
23 pharmacies were able to offer at a lower cost share
24 than what other pharmacies might be able to, and
25 just the word "unique circumstances" peaked my

Page 164

1 interest. I was wondering what you were referring
2 to.
3    A    Sure. Thanks. MADA has a willing
4 provider law at one time, you know -- and like I
5 said, a lot has evolved over time. At one time we
6 could not in fact charge or the PBM could not charge
7 a member more for using a retail pharmacy versus
8 going to mail order.
9    Q    I see. And that's called a what
10 provider law?
11    A    Any willing provider.
12    Q    Any willing provider? Okay. All
13 right. And that was the only circumstance you were
14 referring to?
15    A    Yes.
16        MR. DORNER: Okay. All right. Can we
17 take this down and go to Exhibit 4.
18    Q    I want to ask some questions now about
19 particular terms that would apply to coverage under
20 both of MADA's plans, which I think you're familiar
21 with their plans generally, right?
22    A    Yes.
23    Q    Okay. All right. So could you tell
24 us what this document is that we're looking at?
25    A    This is what we refer to as the

Page 165

1 benefit overview for their PPO plans.
2    Q    And this looks like this one was
3 effective on March 1 of 2018?
4    A    Yes.
5    Q    Would a benefits overview explain
6 whether or not a deductible has to be satisfied
7 before coverage can kick in?
8    A    This benefit overview, you know,
9 helps -- this is what is distributed to members
10 through the Maine Auto Dealers Association. So
11 employees receive this in an effort to help educate
12 them as to what their deductible levels are, what
13 applies to the deductible and what does not apply to
14 the deductible.
15    Q    So this should, however, set for you,
16 if the deductible does apply, the benefit overview
17 says it does apply. If it doesn't apply, the
18 benefit overview says it doesn't apply.
19    A    Yes.
20    Q    Super. And it also explains what
21 copayment and coinsurance terms would apply as well,
22 right?
23    A    Yes.
24    Q    I just want to use this in the case of
25 let's assume we have just a basic individual, not a

42 (Pages 162 - 165)

Page 166

1  family under the -- let's go with the PPO standard
2  plan.  So it looks like that person would have a 25
3  hundred dollar deductible for a calendar year,
4  right?
5      A    Correct.
6      Q    Okay.  And then down below that, if we
7  can blow up that box starting all benefits for
8  covered services.  Yeah.  So it says "All benefits
9  for covered services are paid after the deductible
10 has been satisfied unless otherwise stated."  I read
11 that correctly, right?
12     A    Yes.
13     Q    So would it be fair to say, then, that
14 unless the benefit overview says the deductible
15 doesn't apply, you have to satisfy the deductible
16 before you get coverage, right?
17     A    Correct.
18         MR. DORNER:  Okay.  We can take care
19 of that call out, please.  And I just want to do an
20 example of this, so if we can go to the next page.
21     Q    So here we've got the professional
22 services category and it's got a little bit of gray
23 over it, but it looks like in that category for
24 things of that nature, that's where deductible does
25 not apply, right?

Page 167

1      A    Correct.  Right.  For example, the
2  office visit with a non specialist would be a 30
3  dollar copayment and then be reimbursed at 100
4  percent.
5      Q    Okay.  I appreciate the example.
6  Could we take out that call out and then go down to
7  the next page, please, and then let's just blow up
8  the -- let's just do the top third of it.  Really,
9  we're looking at the prescription drugs boxes.  Yes.
10 That's perfect.
11         So my question is, wouldn't a deductible --
12 looking at this benefits overview, wouldn't a
13 deductible apply before prescription drugs are
14 covered?
15     A    They do not.
16     Q    And what's your basis for concluding
17 that?
18     A    Well, you have Tier 1, 20; Tier 2, 45;
19 Tier 3, 100; Tier 4, 25 percent or 250 max; and
20 under that it says all copayments are per 30 day
21 supply.
22     Q    I follow those are the copays to
23 particular prescription drugs, but my question is
24 more that we saw an explicit statement deductible
25 does not apply in that example we looked at a moment

Page 168

1  ago, and I don't see anything here that says the
2  deductible doesn't apply.  So how do we know that it
3  doesn't apply?
4      A    Well, I guess this is not explicit.  I
5  mean, I know that it's a 20 dollar copayment for a
6  Tier 1 prescription and under that it's refers to
7  all copayments are per 30 day supply.
8      Q    Let me ask this:  Are there any
9  plans -- and this is for Anthem generally not just
10 MADA -- are there any plans where a deductible does
11 apply before prescriptions are covered?
12     A    Yes, on high deductible plans.
13     Q    All right.  I think this is a PPO.
14 Are there PPOs that are set up in a way that you
15 have to satisfy a deductible before a prescription
16 drug is covered?
17     A    Generally speaking, no.  PPO plans are
18 generally set up in this manner.
19     Q    Okay.
20     A    You know -- and to the left it does
21 say drug card copayment shown apply to Tier 1
22 pharmacies as well.
23     Q    Yeah, and I agree with you.  I'm not
24 fighting you here.  Can we go back up one page?
25 Actually, let's go back to the one we were at.

Page 169

1  That's fine.
2          So if we look below that in the mental health
3  and substance abuse box, would a deductible apply to
4  that kind of care?  Oh, it says no deductible.  I see
5  no deductible there, but here we've got -- so there
6  is a 30 dollar copayment and it looks like it's
7  either covered at 80 percent or 100 percent.  How
8  does that work?
9          MR. FULLER:  I am going to make an
10 objection.  It is outside the scope of this
11 deposition, which is about RX drugs.
12     Q    You can answer, though.
13         MR. FULLER:  What's the point?
14     Q    You can answer.
15     A    You know, with regard to mental health
16 and substance abuse, those benefits are required to
17 pay the same way because of mental health care the
18 same as any other service.
19     Q    I guess what I am pointing out here,
20 there is a copayment, but then there is also --
21 strike that.  I see what you're saying.  Can we go
22 back up a page instead?
23         So here we've got, under provider services,
24 for example, we've got, those services are all
25 subject to a deductible and they also have a

43 (Pages 166 - 169)

Page 170

1 copayment associated with them. So I guess my
2 question is why, the way that this benefits overview
3 is worded, shouldn't there be a deductible applicable
4 to those and then the copay that goes along with it?
5     A    Well, in a case of hospital inpatient,
6 the heading over that is "subject to deductible."
7 When you refer to that 80 percent, whatever the
8 deductible is, that's a 25 hundred dollar deductible
9 plan, so the first $2,500 in deductible for the year
10 are subject to the deductible before a hospital
11 inpatient claim would start paying at 80 percent.
12    Q    So, is that more -- would that be
13 considered like a 20 percent coinsurance, is that
14 how that's viewed?
15    A    Right. The member would have a
16 20 percent co-insurance.
17    Q    Okay. All right.
18    A    Anything that states a copayment
19 bypasses the deductible. I think that might be the
20 clearest way to say it.
21    Q    And do you happen to know where that
22 might -- you know something to that effect might be
23 indicated in the other plan document or benefits
24 overview?
25    A    Well, I think if we went back to the

Page 171

1 first page of the overview, it's stated that
2 services were subject to the deductible unless
3 otherwise stated, if I'm remembering correctly.
4     Q    Yeah. Yeah, that's right. And so I
5 guess in listing a copay, does Anthem consider that
6 to be an otherwise stated?
7     A    That is, yes. The copayment is
8 otherwise stated.
9     Q    Okay. All right. That had been
10 confusing me, so I appreciate --
11    A    Okay.
12    Q    -- I appreciate your view on that.
13 Let me see if I can -- give me a minute here. Let
14 me see if I can skip some. All right. Let's just
15 pull up Exhibit 5 briefly. But you did just manage
16 to erase about a page of my outline, so that helps.
17 And can we go to page 616.
18    All right. Can we blow up the prescription
19 drugs box on this page, please. So here we've got a
20 note your prescription drug costs will be lowered
21 Tier 1 pharmacies CVS, Haniford, Sam's, Shaw's,
22 Target and Walmart and higher at Tier 2 pharmacies
23 Rite Aid and Walgreens. Is this a reference to those
24 national RX or prime -- choice RX or whatever it is,
25 is that a reference to this?

Page 172

1     A    Yes. So these overviews are
2 customized for Maine Auto Dealers and the call out
3 of these specifics pharmacies are called out really
4 in reference to who we have available in Maine for
5 pharmacies.
6     Q    Okay.
7     A    Okay. So when we don't list any of
8 the mom and pops the overview is specific that Tier
9 1 pharmacies include those six.
10    Q    All right. From 2015 to 2019 --
11        MR. DORNER: You may close this call
12 out.
13    Q    From 2015 to 2019 were MADA members
14 required to fill out their plans with generic
15 medications if they were available?
16    A    The plan is not -- well, I mean I
17 should say that Maine does have a generic law in
18 place as well so that unless a provider writes a
19 prescription to dispense as written, a pharmacist
20 will dispense a generic medication.
21    Q    So by virtue of that law, everybody in
22 Maine was going to get a generic unless the
23 prescription provided for it?
24    A    Unless the prescription was indicated
25 to only dispense as written.

Page 173

1     Q    Okay. All right. Now, also in the
2 prescription drug box here it says this plan uses
3 the essential drug list; drugs not on the list are
4 not covered.
5     We had been talking about formularies
6 previously. This is a reference to the essential
7 drug list. I think it was your testimony earlier
8 that MADA would switch between essential and
9 national. Am I recalling correctly?
10    A    They had been on the promotional drug
11 list and then they moved to the essential drug list.
12    Q    Do you remember when that happened?
13    A    I believe that happened either in 2016
14 or 2017.
15    Q    Okay. Since 2000 -- let's say 2017 to
16 be sure, since 2017 has MADA been on the essential
17 drug list?
18    A    I believe so. I did research that as
19 part of the preparation, and in 2017 did they switch
20 the essential formulary.
21    Q    Can you tell me what the differences
22 are between the national drug list and the essential
23 drug list?
24        MR. FULLER: I am going to make an
25 objection. Lacks foundation. Calls for

44 (Pages 170 - 173)

Page 174

1 speculation.
2    Q    We can nip that in the bud at least to
3 one of those. Are there differences between the
4 national drug list and the essential drug list?
5    A    Yes, there are.
6    Q    Can you explain what those differences
7 are, and in general. You don't need to go drug by
8 drug.
9    A    The essential drug list is a little
10 bit more limited.
11    Q    Did you say "limited"?
12    A    Yes, but I think any further details
13 from that would require the PBM to respond.
14    Q    Does one name cover more brand name
15 medications?
16    A    That would be a question for the PBM.
17    Q    Did you review the formularies?
18    A    Yes. So I know what the formularies
19 were moving from year by year and what their tiers
20 were moving year to year but, you know, as far as
21 the specific drugs within the formulary, no.
22    Q    And I certainly don't need to get into
23 specific drugs. I think the only one we are going
24 to talk about is valsartan, but does Anthem have
25 knowledge as to whether or not there were more brand

Page 175

1 names on one formulary versus another?
2    MR. FULLER: Objection. Lacks
3 foundation. Calls for speculation. It's also
4 outside the scope.
5    Q    You can answer.
6    A    The essential drug list was a bit more
7 limited, but I would not be able to -- I would have
8 to refer you back to the PBM for a full comparison.
9    Q    So you don't know whether there are
10 more brand name drugs on one versus the other?
11    A    I do not.
12    Q    Same goes for special medications, you
13 don't know?
14    A    Specialty medications are just another
15 category of prescriptions but, you know, that would
16 be for comparing any differences between the
17 national drug list and the essential drug list.
18 That would be a question back to the PBM.
19    Q    So I was just asking if one formulary
20 covered more specialty medications or not or whether
21 Anthem knows that. Does Anthem have knowledge to
22 that?
23    A    No.
24    Q    Does a drug's placement on either
25 formulary affect the price that a plan would pay?

Page 176

1 And, I guess, let me give you an example. So you
2 can strike that question and I'll re-ask it.
3    If the same medication is on both the national
4 and the essential list, is it possible that a plan
5 sponsor would pay more for a medication simply by
6 view of the virtue of the fact it is on the national
7 list versus essential?
8    A    I'm not able to respond to that.
9    Q    Why not?
10    A    That's a specific question to the PBM.
11    Q    Okay. So Anthem doesn't know if
12 placement on its own formulary affects the price of
13 the drug?
14    A    The formulary is what comes from the
15 PBM.
16    Q    So, again, what I was asking is Anthem
17 doesn't know for its own formularies whether or not
18 placement on national versus essential affects the
19 price that the plan pays?
20    A    I'm not able to answer that question
21 for you.
22    Q    Anthem, or you have no knowledge on
23 that question?
24    A    Not without -- yeah. I can't answer
25 that for sure. That's why I think it's a question

Page 177

1 for the PBM.
2    Q    Let's talk a little bit generally
3 about development of the essential drugs list.
4 Actually, can we go ahead and pull up -- I think we
5 are going to skip Exhibit 6, so let's go to
6 Exhibit 7. After we go through this, I think we can
7 take a short little five minute break and then maybe
8 get into the home stretch, I hope. We'll see.
9    So I just want to -- first of all, can you
10 tell me what this is?
11    A    This is the essential drug list for
12 four tier drug program.
13    MR. DORNER: Just if we can keep
14 scrolling down, please. Scroll the pages slowly,
15 Keith. Another one. Let's do another one. One
16 more. All right. I lied. One more. Sorry to keep
17 going. Here we go. Okay.
18    Q    So go down at the bottom right it appears
19 that this would have gone into effect on April 1 of
20 2018. Would you agree?
21    A    Yes.
22    Q    Do you know whether this -- I think
23 you testified that Anthem switched to the essential
24 list in at least by 2017. This was MADA's formulary
25 for I guess 2018, right?

45 (Pages 174 - 177)

Page 178

1    A    It made a switch to the essential list
2 in March of 2017.
3    Q    Okay. So first off, I guess I'd like
4 to talk about this P & T committee we talked about a
5 little bit that prepared the essential drug list
6 that we are seeing here in Exhibit 7. What type of
7 essentials are on this committee?
8        MR. FULLER: Going to make an
9 objection. Lacks foundation. Calls for
10 speculation.
11    Q    You can answer if you know.
12    A    They are clinical professionals. I
13 believe that can be -- I recall when you had pulled
14 up the certificate of coverage or evidence of
15 coverage document that it was called out, I think,
16 that it was made up -- that the pharmacy and
17 therapeutics committee was made of clinicians,
18 physicians, et cetera.
19    Q    Okay. How often do they meet?
20        MR. FULLER: Same objection. What
21 topic does this relate to in our depo notice?
22        MR. DORNER: Thirty-four.
23    Q    You can answer the question.
24    A    I don't know specifically how often
25 they meet.

Page 179

1    Q    Does Anthem have any understanding of
2 what materials the P&T committee consults when they
3 meet?
4        MR. FULLER: Same objection.
5    A    I believe that's a question for the
6 PBM.
7    Q    Does Anthem have any knowledge,
8 though?
9    A    I expect here that there is some
10 knowledge. I am not able to speak to that.
11    Q    And so if I were to ask about any
12 published materials or warranties or statements or
13 FDA filing that might exist out there, is it
14 accurate to say you wouldn't be able to speak to
15 whether or not the P&T committee relied on those in
16 forming Exhibit 7; is that accurate?
17    A    I would once again refer you back to
18 the PBM.
19    Q    I understand you're referring me
20 there, but I want to know whether or not it's
21 accurate what I said. You don't know on behalf of
22 Anthem whether or not any of those materials were
23 consulted?
24    A    I do not know on behalf of Anthem.
25    Q    Why did Anthem change PBMs?

Page 180

1        MR. FULLER: Objection. Lacks
2 foundation. Calls for speculation.
3    Q    You could answer.
4    A    I mean, we preferred to go back to
5 controlling our own PBM or having -- you know, once
6 upon a time before I would rather restate that, all
7 right.
8    Q    Sure.
9    A    Prior to Express Scripts we had Anthem
10 prescription management. A decision was made at the
11 time to sell Anthem prescription management. We at
12 that point decided to work with Express Scripts and
13 then at some point further along Ingenio was
14 created, and that is who we used to. That's who
15 Anthem uses as their pharmacy benefit manager today.
16    Q    Does Anthem have any information about
17 how the switchover affected claims data that Anthem
18 received regarding prescription drugs?
19    A    I guess I don't know. Could you
20 repeat that, please?
21    Q    Yeah. And I don't think it was a very
22 good question, so let me try to ask that again.
23 When Anthem changed PBMs, did that effect the claims
24 data that Anthem would receive relating to
25 prescription drugs?

Page 181

1    A    Not to my knowledge. I mean, we
2 continued to pay those Express Scripts claims and
3 we've picked up paying Ingenio claims or, you know,
4 receiving those files, you know, and members didn't
5 miss a beat in between.
6    Q    What about internally in terms of
7 claims data -- claims tracking, you know; the sort
8 of data that was tracked and used within Anthem, did
9 that change at all when you made the switch?
10    A    Considering that we went to the
11 billing platform to our ASO customers that were on
12 today in 2018, we proceeded to continue to bill MADA
13 in the same way when that transition happened in
14 July of 2019.
15    Q    Okay. So there was a billing platform
16 change in '18 and then when the switch happened in
17 '19, Anthem just stayed with it?
18    A    Correct.
19    Q    Okay. I understand. What was the
20 billing platform change, can you tell me a little
21 bit about that?
22    A    We went to a system that we now call
23 RNB and I can't recall what the system prior to that
24 was called, but we saw it as -- I think we saw it as
25 a more efficient way to remit our weekly bills to

46 (Pages 178 - 181)

Page 182

1  our customers.
2     Q    Is RNB -- and this is just for
3  background, is RNB something that might be known to
4  merchandisers in the pharmaceutical industry,
5  because I certainly have never heard of it.
6     A    RNB is our billing system that we use
7  to our ASO customers, so I don't -- that's an Anthem
8  system.
9     Q    It's proprietary to Anthem?
10    A    I don't know if we've purchased it or
11 if we home-grew it.  It's what I know it as is RNB.
12 I don't know what RNB stands for.
13    Q    Okay.  Understood.  All right.  Can we
14 limit it to five -- and then I've got about 15 pages
15 left on this outline -- 14 pages left.  Can we limit
16 it to five minutes?
17        MR. FULLER:  Yes.
18        THE VIDEOGRAPHER:  We are going off
19 the record.  The time is 4:41.  Stand by.
20        (Off the record.)
21        THE VIDEOGRAPHER:  We are back on the
22 video record.  This begins Media Unit No. 5.  The
23 time is 4:52.
24 BY MR. DORNER:
25    Q    Okay.  I want to talk a little bit

Page 183

1  about rebates, incentives and credits related to
2  valsartan and blood pressure medications.
3        The first question I have, Ms. Cobb, is from
4  2012 to 2020, did Anthem -- not its PBM, not MADA --
5  did Anthem ever receive a rebate from any source that
6  was either based on valsartan or blood pressure
7  medication?
8     A    I think that originates with the PBM,
9  but I'm not able to answer that.
10    Q    And I want to make sure my question
11 was clear.  So I am talking about, you know,
12 something of value whether it's a rebate, a credit,
13 something else that's worth something going into
14 Anthem's pocket.
15       So I want to know what Anthem has received.
16 Regardless of where it originates, has Anthem ever
17 received anything of value in connection with a claim
18 for valsartan or a claim for a different blood
19 pressure medication?
20    A    I don't know.
21    Q    Does Anthem have any knowledge
22 regarding rebates or other things of value that any
23 of PBMs have received in connection with claims or
24 purchases of valsartan from 2012 to 2020?
25    A    You know, the conversation we had

Page 184

1  earlier was that what Anthem receives is an
2  aggregate number of any rebates.  It's not specific
3  to what those rebates refer to.
4     Q    Yeah, I do remember that conversation.
5  When it comes to something that -- and I realize I
6  am asking about something like a PBM may have
7  received and so maybe Anthem has no knowledge.  I
8  don't know, but when it comes to rebates or credits
9  that a PBM has received, does Anthem have any
10 knowledge with respect to that whether it's
11 aggregated or not?
12    A    I don't see how Anthem Maine could.
13        MR. DORNER:  Okay.  Can we pull up
14 Exhibit 8, please.
15    Q    All right.  These are documents that
16 were just produced to us this week.  Are you
17 familiar with invoices that Anthem sends to MADA?
18    A    Yes.  This looks like an older
19 invoice, but I am familiar with them.
20    Q    And can you tell that by the
21 formatting of the document?
22    A    By the formatting and the date.
23    Q    The date is on there too?  I want to
24 ask you about some elements of some invoices we
25 received and I hope you can educate us as to what

Page 185

1  they really mean.  So first thing on this page
2  you'll see a line item for claims.  Do you see that?
3     A    Yes, I do.
4     Q    And that's in the amount of $211,790
5  and some change.  When Anthem bills MADA for claims
6  or when it billed MADA for claims in this instance,
7  does Anthem produce the claims data to MADA to
8  support those charges?
9     A    Yeah.  I believe at that time -- and I
10 don't have access to this old system, but I know
11 that there was, for all of our ASO customers as
12 accompanying backup, if you will, as to what that
13 amount would represent.
14    Q    And how granular would that backup get
15 in terms of detail?
16    A    I would expect that it would only have
17 gotten as granular as it is today, which is
18 identifying, you know, a member name, the date of
19 the claim when the claim was paid and the amount and
20 whether it was medical or pharmacy.
21    Q    Okay, but not the specific coverage
22 whether it was a certain prescription?
23    A    Correct.
24        MR. DORNER:  Ms. Dawkins, could you
25 just read back the answer before the last one, the

47 (Pages 182 - 185)

Page 186

1 longer answer?
2        (The previous answer as requested was
3    read by the reporter.)
4    Q    That answer that Ms. Dawkins just read
5 back for us, you had mentioned the amount
6 specifically. What amounts are you referring to?
7    A    The amount of the MADA claim, the
8 amount that MADA would be responsible for.
9    Q    Which could be different than the paid
10 claim, right?
11    A    Yeah. I mean, the claim in total
12 would be one amount, so the allowed amount, if you
13 will. There would likely be a member portion, the
14 amount the employee would pay, and then there is the
15 portion which MADA pays.
16    Q    Understood. And there wouldn't be any
17 further breakdown with respect to fees that are
18 included in that, I guess what makes up those
19 various amounts?
20    A    No. No. We would reflect to them the
21 amount they are responsible for.
22    Q    Okay. The next line item down is
23 utilization fee-PPO. Could you explain what that
24 is?
25    A    I did reach out on that question

Page 187

1 because I had seen this and I reached out to someone
2 in our -- Eric Cappa (ph) in our billing area, and
3 his read on that is that was a fee that was charged
4 on national claims.
5    Q    What's a national claim?
6    A    Something -- it was something from our
7 national claims so that when we -- I'd love to have
8 his explanation in front of me, but I don't, but it
9 was -- you know, it was a fee that was associated
10 with the processing of a certain group of claims.
11    Q    And I know from reading documents --
12 and I just want to see if maybe we can work together
13 to get to an answer here -- I notice that there were
14 certain programs that Anthem has, say, if a member
15 from Maine happens to be traveling to Wisconsin and
16 needs to make a claim there, Blue Cross of Wisconsin
17 would recognize the claim by the Blue Cross of Maine
18 member.
19    Does that have anything to do with what a
20 national claim is?
21    A    Those are, yeah. Those are blue card
22 fees or blue card claims, so we have reciprocity
23 across the blue system. So it may be Blue Cross and
24 Blue Shield of Massachusetts, which is not an Anthem
25 state, but we have agreements across the national

Page 188

1 Blue Cross association.
2    So, I don't know if at that time back in 2015
3 on this claims platform if those blue card fees were
4 translated as utilization fees.
5    Q    Okay. Would those utilization fees --
6 and we will look at examples of these a little bit
7 later, but since we are on the subject now, you
8 recall those reports that you had run, the three
9 reports?
10    A    Mm-hmm.
11    Q    Okay.
12        MR. FULLER: Is that a "yes"?
13        THE WITNESS: Yes.
14        MR. DORNER: "Yes." Thank you as
15 well, counsel.
16    Q    Would this utilization fee be folded
17 into what showed as what the plan paid in that
18 claims data?
19    A    Well, based upon my research, there
20 was no mention of anything pharmacy-related in
21 relation to the utilization fee with who I consulted
22 with.
23    Q    Oh, so that only pertains to medical?
24    A    Correct.
25    Q    Maybe I should have asked that

Page 189

1 question first. There is another item on here,
2 other provider payments. Let me learn from my own
3 mistakes.
4    Does this relate in any way to the
5 prescription or pharmacy side of things?
6    A    It does not.
7    Q    Okay. Is it only for medical?
8    A    Yes.
9        MR. DORNER: Can we go to page, let's
10 see -- well, actually, can we put 1965 and 1966 next
11 to one another.
12    Q    So you may remember from earlier today
13 I had referred to an antitrust case. This is why I
14 did that. I knew this was coming. The page ending
15 in 1966 appears to be a letter to MADA informing
16 MADA that there is a payout in connection to MADA in
17 connection with an antitrust case and a settlement
18 in connection with an antitrust case, and it looks
19 like on page 1965 that was in the amount of 81
20 dollars -- and I think that's 15 cents. Do you see
21 what I am referring to?
22    A    Yes, I do.
23    Q    And is my read of the situation, is
24 that accurate?
25    A    Yes. That settlement was for that

48 (Pages 186 - 189)

Page 190

1 period of time.
2    Q    Okay.  Are there currently -- is there
3 currently anything going on, a settlement or pursuit
4 of a settlement like this with respect to valsartan?
5    A    I believe that's a question for the
6 PBM.
7    Q    And why is that?
8    A    Those are items which are left to our
9 PBMs, our PBM to determine.
10    Q    And so it was the pharmacy benefits
11 manager at the time, I guess that would have been
12 Express Scripts, had the authority, I guess, to
13 settle this case on behalf of Anthem and collect
14 whatever money was collected; is that accurate?
15    A    Well, this is before 2012.
16    Q    This is 2015 -- oh, I see what you
17 mean.
18    A    Yes.
19    Q    Okay.  So this would have been the
20 APM?
21    A    Yeah.  I can't remember if we moved to
22 Express Scripts in 2010 or 2011, but I would say
23 that the majority of time they're looking at this
24 particular settlement would be under the APM header.
25    Q    Okay.  And so is it accurate to say

Page 191

1 that Anthem has no knowledge of any intention to
2 attempt to recover funds such as this in connection
3 with valsartan?
4        MR. FULLER:  Objection.  Lacks
5 foundation.  Calls for speculation.  Calls for a
6 legal conclusion.
7    Q    You can answer.
8    A    Those are determined by the PBM.
9    Q    So Anthem has no knowledge of anything
10 like that?
11    A    Anthem of Maine does not handle this.
12    Q    But does it have any knowledge of any
13 proceedings or plans to pursue similar to what we
14 see in Exhibit 8?
15        MR. FULLER:  Asked and answered.
16    Q    Would you mind, Ms. Cobb?
17        THE WITNESS:  I'm sorry, Chad.  What
18 was that?
19        MR. FULLER:  I said the question was
20 asked and answered.
21    Q    You could answer.
22    A    I believe I have.
23    Q    Well, I'm asking if Anthem has
24 knowledge.  You haven't testified whether Anthem has
25 any knowledge.  You just referred me to a PBM and

Page 192

1 said, "We don't handle this."
2    Unfortunately, I don't have a realtime to look
3 at everything that's been said, but I am asking
4 specifically about Anthem's knowledge with respect to
5 any plans, whether it's by Anthem or by the PBM, to
6 pursue a similar settlement with respect to valsartan
7 as we see here in Exhibit 8.
8        MR. FULLER:  Same objection.
9    A    I can't speak if we have any
10 knowledge.
11    Q    Okay.  You don't know?
12    A    I do not know.
13        MR. DORNER:  All right.  Can we go to
14 page 1973.
15    Q    All right.  This is an invoice dated
16 2017.  We've already discussed claims and it appears
17 there is another settlement there for another
18 litigation; is that accurate?
19    A    Can you blow that up?
20    Q    Sure.  Yes.  Can you blow up the line
21 items, please.
22    A    The "SETTL" would suggest to me that
23 it is some type of settlement.
24    Q    What are HCRA surcharges?
25    A    I believe those are to do with some

Page 193

1 ACA, Affordable Care Act surcharges.
2    Q    Would those relate in any way to
3 prescription drug claims?
4    A    I don't believe so.
5    Q    Can we go to the next page?  So, I see
6 a lot of charges for vaccines, but the first one I
7 want to ask about is COR refunds.  What's that
8 relate to?
9    A    I would have to -- that would be an
10 answer for our accounting area.
11    Q    Okay.  And I apologize.  I got these
12 this week or it might have been late last week and
13 so I'm trying to ask as few questions as possible.
14 I am just trying to confirm the terminology here.
15    What about OPP kick-out, are you able to speak
16 to what that represents?
17    A    I can't.  I don't know.
18    Q    Can we go to page 1975.  Now, you had
19 mentioned when we first started looking at this
20 exhibit that the first page looked to be an old
21 invoice.  Is this the newer kind?
22    A    Yes, this would be from our newer
23 platform that came online in March of 2018.
24    Q    This is the RNB platform?
25    A    Yes.

49 (Pages 190 - 193)

Page 194

1    Q    And it looks like here for the first
2  time the dental, medical and pharmacy claims are
3  segmented.  In the invoices we have been looking at
4  prior to this one I think you had testified the back
5  up that was provided with those would have
6  differentiated between pharmacy, dental and medical.
7  Is that accurate?
8    A    Yes.
9    Q    Okay.  So all three kinds were
10 included within the claims line item in those old
11 invoices, right?
12   A    Yes.
13   Q    Okay.  Okay.  Can you tell me on this
14 invoice what a discount/network access fee is?
15   A    Sure.  They pay -- they pay Anthem --
16 and this is in regard to medical, by the way, so
17 this isn't a pharmacy-related charge.  So are you
18 still curious?
19   Q    Yeah, why not?  We are already halfway
20 there.
21   A    It is a medical related charge that
22 Anthem pays a certain access fee to access our
23 network and derives a higher percentage of discounts
24 as a result of that access fee.
25   Q    That has nothing to do with the

Page 195

1  in-network pharmacies, though?
2    A    No, that is a medical-related.
3    Q    Okay.  I also notice there is a --
4  strike that.
5        MR. DORNER:  Can we move to the next
6  page here.
7    Q    Okay.  On this page I'm interested in
8  the state surcharges and fees that are sort of in
9  the middle of the page.  This is page MADA 001976.
10 Could you speak to what those line items represent?
11   A    Sure.  The state of Maine in
12 particular as well as New Hampshire, assesses a fee
13 for vaccines that -- for child vaccines that are
14 administered in provider offices.  So this is
15 medical-related.  It's not pharmacy-related.
16   Q    Okay.  What about up above that I have
17 something for -- and this is under the pharmacy
18 section.  I checked.  ESI credits, what are those?
19   A    So that would have been a credit back
20 in fact from ESI for that period of time, you know,
21 that $136.89 would have been for something that
22 would have been a negative that we would report back
23 to MADA.
24   Q    And I believe we clarified this
25 earlier, so ESI refers to Express Scripts?  I think

Page 196

1  we said that.
2    A    Yes.
3    Q    Could this be an instance of some of
4  that recovery, like a claim recovery work?
5    A    Possibly.
6    Q    Okay.  All right.  Is there any way to
7  go back and actually look into what those credits
8  would be?
9        MR. FULLER:  I am going to make an
10 objection.  I don't think we are going to do anymore
11 homework, but objection.  This document speaks for
12 itself.  I don't know.
13       MR. DORNER:  The objection is to the
14 form of the question or I don't understand your
15 objection.
16       MR. FULLER:  I don't know.  You've
17 given her homework.  Does she have -- is this like
18 she's got something to go back and do?  That's what
19 I am objecting to.
20       MR. DORNER:  That's not an objection
21 and we can talk about that afterward.
22       MR. FULLER:  All right.
23   Q    So this ESI credit -- let me ask a
24 different way.  Was there any backup that would have
25 been provided with this invoice as to what this

Page 197

1  credit is for?
2    A    Well, considering that, you know, we
3  have pharmacy claims for that week of 136 dollars
4  and change, I would anticipate that that 136.89
5  would appear on the detail report, but there would
6  not be -- but that detail report, you know, speaking
7  to that detail report, that only would identify that
8  it was a pharmacy claim.  It would not identify the
9  specific drug that was filled or that a recovery was
10 made on.
11   Q    Okay.  And so are details behind the
12 ESI credits, are those ever provided even if they
13 don't get to MADA, are those details ever given to
14 Anthem?
15   A    They would have to be requested.
16   Q    Do you have an idea if Anthem would
17 have made a request for that information in the case
18 of this invoice?
19   A    I would not have an idea if we did.
20   Q    Okay.  Can we go to the next page,
21 please.  So up here I want to refer you to the top
22 section, retention fees and administrative fees.  I
23 notice that the medical fees are considerably higher
24 and the dental are considerably higher than the
25 pharmacy.  Can you offer an explanation why that is?

50 (Pages 194 - 197)

Page 198

1    A    I really can't offer an explanation
2  with just this invoice without any further backup.
3    Q    Do you have -- does Anthem have an
4  idea what the administrative fees for the pharmacy
5  would have been covering?
6        MR. FULLER: Objection. Asked and
7  answered.
8    Q    You can answer.
9    A    I mean, it is for a one week period of
10  time so, you know, first week of February. Without
11  any backup I can't answer that specifically.
12    Q    Okay. Is it possible that these are,
13  I think you called them PCPM charges or would those
14  be something different?
15    A    I don't know. Like I said, I could
16  only really speak to them with additional back up.
17    Q    As we go down into the claim charges
18  section there is something -- there is a refund
19  claims and then it says Aces or A-C-E-S, C-O-R-S.
20  What is that referring to?
21    A    Aces is a claims platform that Anthem
22  at that time processed claims on. The C-O-R-S,
23  again, I would need to ask someone in our accounting
24  area specifically what that was.
25    Q    Is it possible to ascertain whether

Page 199

1  this relates to pharmacy claims?
2    A    It is -- from this it is not possible
3  to ascertain that.
4    Q    Okay. Can we remove this call out,
5  please. He now I believe in all of the invoices
6  that we've looked at so far I believe this is the
7  first time that a pharmacy rebate shows up in this
8  Exhibit.
9        Was there a change in the contract between
10  Anthem and MADA that prompted a sharing of rebates I
11  guess it would be for the invoices dated February 11,
12  2019?
13    A    So if you pull that up, the pharmacy
14  rebate that's given there refers to 2/2 of 2018. So
15  where rebates -- where we started sharing rebates
16  with MADA as of their renewal date in 2018 this is
17  reflecting -- the rebate credits passed over to them
18  on a quarterly basis and there is a lag time of
19  approximately six months before those rebate credits
20  pass through. So this rebate credit is reflective
21  that rebate payment for the second quarter of 2018.
22    Q    I see. Okay. And so when the -- for,
23  I guess we would be starting the second quarter of
24  2018 was there a contract change probably through
25  one of the amendments that would have enabled Anthem

Page 200

1  to start sharing its rebates with MADA?
2    A    Right. And I believe we looked at
3  that earlier and that started I believe as of 3/1 of
4  2018.
5    Q    Okay. Okay. There wasn't any switch
6  of that time where MADA was going from fully insured
7  to self insured, right?
8    A    No, there was not.
9    Q    Is it possible to tell either --
10  certainly not looking at this, but would there be
11  any backup for this rebate credit that would
12  indicate what pharmacy medications are included in
13  it or what make up the rebate credit?
14    A    No.
15    Q    Do you know?
16    A    Anthem is informed by the respective
17  PBM what the rebates would total to and we pass that
18  rebate along to the customer.
19    Q    Okay. And so the PBM would have
20  calculated the rebate, not Anthem?
21    A    Correct.
22        MR. DORNER: Can we remove this call
23  out and let's go to 1979, please.
24    Q    All right. On this page I wanted to
25  ask you about the three prescription fees up in the

Page 201

1  retention fees box. I see RX. I assume that stands
2  for prescription; medication review note, RX
3  quantity limits and RX step therapy. Let's take
4  those one at a time. What is RX medication review
5  note?
6    A    These are various fees that are
7  charged by the PBM for the different efforts that
8  they make on behalf of MADA, so they review --
9  quantity limits and step therapy are the easiest
10  ones for me to speak to. Medication review note,
11  I'd have to refer specifically to what that is.
12    Q    That's fine. We can do the other two.
13  That's fine.
14    A    Yeah. So quantity limits are
15  reviewed. If a request that is different from what
16  would normally be prescribed is requested and step
17  therapy, if that's being requested, there is a fee
18  assessed for step therapy review.
19    Q    Now, as far as I could tell this is
20  the first time I have seen fees like this appear in
21  any Anthem invoices to MADA. Was there a change to
22  the benefit design around this time?
23    A    Well, the date of the invoice is
24  November of '19 so, no, there wasn't.
25    Q    Were these activities, the step

51 (Pages 198 - 201)

Page 202

1 therapy reviews, was that just not happening,
2 perhaps?
3     A    They have -- I mean, those things are
4 referred to as clinical edits and MADA has had the
5 clinical edits in place for as long as I have known
6 them to.
7     Q    Okay. So it's just for some reason it
8 was broken out for the first time in this invoice
9 but, MADA had always been paying those types of
10 fees, am I understanding right?
11    A    We've been performing those functions
12 for them without looking specifically at all of
13 their renewal documents for that period. I wouldn't
14 really be able to answer specifically why you're
15 seeing it here for the first time. And also we
16 haven't looked at other -- for the purpose of this
17 meeting, we haven't looked at other invoices earlier
18 than this.
19    Q    Okay. Can we go to page 1980, please.
20 I think this is the last page I am going to refer to
21 in this exhibit. All right. On this page I am
22 focused first on -- this is the claims charges and
23 credits, Medicare secondary payor line item. Does
24 that have anything to do with pharmacy claims?
25    A    No, it wouldn't have anything to do

Page 203

1 with pharmacy.
2     Q    Okay. And can you just tell us how
3 you know that?
4     A    Medicare secondary payer would be if,
5 you know, if as a secondary payer, Medicare has paid
6 first. So if a claim comes through as a pharmacy
7 claim, it would be in that claim -- that pharmacy
8 claims line two lines above that.
9     Q    So this would have been for something
10 on the medical side?
11    A    Correct.
12    Q    Below that there is a state MGARA
13 assessment. I believe this is something unique to
14 the state of Maine, but could you describe what this
15 is?
16    A    Yeah. That is MGARA and that is a
17 re-insurance pool that we all pay into so ASO
18 customers as well as fully insured. So we pay this
19 on behalf of -- Anthem pays this on behalf of our
20 fully insured customers, but ASO customers, it is
21 broken out as a second line item because it is a fee
22 to them.
23    Q    So these -- you say MGARA is what what
24 you call it?
25    A    We call it MA-GERRA.

Page 204

1     Q    Okay. We'll call it MA-GERRA, then.
2 Our court reporter is having a great time with this.
3 So these MGARA assessments, is it a lump sum; is
4 there a little bit attached to each claim whether
5 it's medical, dental or pharmacy; how is it actually
6 calculated?
7     A    I believe these assessments are done
8 on a per contract per month.
9     Q    Okay. All right. I want to get in
10 now -- so do you want to keep going, get as far as
11 we can and then finish out?
12         MR. FULLER: I'd like to take a quick
13 break. I want to get a glass of water. Five
14 minutes?
15         MR. DORNER: Fine.
16         THE VIDEOGRAPHER: Going off the video
17 record. The time is 5:30. Stand by. We're off.
18         (Off the record.)
19         THE VIDEOGRAPHER: We are back on the
20 video record at 5:36.
21 BY MR. DORNER:
22    Q    Okay. Ms. Cobb, when did Anthem first
23 learn about the recall of valsartan-containing
24 drugs?
25    A    I believe that would be a question for

Page 205

1 the PBM or we would have to ask the PBM.
2     Q    I'm not asking about when the PBM
3 first learned about the recall. I am asking when
4 Anthem learned of the recall.
5     A    Anthem is informed of recalls shortly
6 after they happen.
7     Q    Okay. Are you able to put a
8 particular time frame on it?
9     A    I'm not.
10    Q    How did Anthem come to know of the
11 recall?
12    A    That's information that the PBM shares
13 back to Anthem as a plan. They do that with all
14 drugs that are recalled. We are basically kind of
15 sent an FYI.
16    Q    From whoever your pharmacy benefits
17 manager is?
18    A    Yes.
19    Q    So at some point you received an FYI
20 from -- this would have been 2018, so I guess it
21 still would have been Express Scripts at that time,
22 yes?
23    A    It would have been Express Scripts,
24 yes.
25    Q    So Express Scripts informed Anthem of

52 (Pages 202 - 205)

Page 206

1 the recall? Was that a yes?
2    A    Yes. Yes.
3    Q    No problem. So generally when there
4 is a product recall that affects medications covered
5 by an Anthem plan, what does Anthem do in response
6 to the recall?
7         MR. FULLER: Objection. Vague.
8    Q    You can answer.
9    A    Anthem doesn't do anything, because we
10 leave pharmacy matters to the PBM.
11    Q    Okay. Would it be accurate to say,
12 then, that other than -- doing nothing is Anthem's
13 usual policy when it comes to doing product recalls?
14    A    Because we equip or because we
15 contract with a PBM, then it is placed upon the PBM,
16 the responsibility of contact.
17    Q    Did you say contact or conduct?
18    A    Contact.
19    Q    Contact with whom?
20    A    They contact Anthem.
21    Q    Understood. Okay. So once Anthem is
22 contacted by the pharmacy benefits manager, does it
23 take any actions for itself regarding or as a result
24 of the recall?
25    A    Anthem Maine does not take any actions

Page 207

1 on their own.
2    Q    Since Anthem Maine doesn't take any
3 actions on its own, would it be fair to say if a
4 medication is recalled, Anthem does not recall any
5 expenses in dealing with the recall?
6         MR. FULLER: Objection. Misstates her
7 testimony.
8    Q    You can answer.
9    A    Can you repeat the question?
10    Q    Sure. Can we read that question back?
11         (The previous question as requested
12    was read by the reporter.)
13         MR. FULLER: Same objection.
14    A    I don't know what we do with any
15 expenses with regard to the recall.
16    Q    Would Anthem have notified any plan
17 sponsors of the recall?
18    A    I don't believe that is something that
19 Anthem Maine does, that that's left to the PBM.
20    Q    Okay. Would it have notified any
21 members of any of the health plans that it
22 administers?
23    A    I believe that members are notified
24 that information as to who specifically is taking a
25 specific drug does come from the PBM.

Page 208

1    Q    Who actually is it done by, a letter
2 or an email; how is the notification sent out?
3    A    Those are done by letter.
4    Q    Okay. And who actually, you know,
5 drafts and sends the letter?
6    A    So as preparation for this deposition,
7 I did see one of those letters that were part of the
8 exhibits and while that is branded with Anthem's
9 imprint; you know, with Anthem's logo, et cetera,
10 Anthem does that in order to keep continuity or keep
11 familiarity in front of customers.
12         So in the same way that members have one ID
13 card that works at their doctor's office and at the
14 pharmacy, they receive a letter that indicates
15 Anthem, because they may not know otherwise where
16 that information is even coming from.
17    Q    Okay, and I completely understand what
18 you're saying. It makes sense. I may have missed
19 this. Who actually, then -- even if it's on Anthem
20 letterhead, who actually writes and sends that
21 letter notification out?
22    A    That information is coming from the
23 PBM. As to who exactly writes that letter, I don't
24 know.
25    Q    Would it be the PBM or Anthem?

Page 209

1    A    I believe that's the PBM.
2         MR. DORNER: Okay. Just a question
3 for Mr. Fuller and Ms. Sirota: The letter that she
4 had referred to, do you happen to know if that's
5 been produced or if it had a Bates number?
6         MR. FULLER: Valerie?
7         MS. SIROTA: The one we looked was
8 from document production that we had --
9         MR. FULLER: We can't hear you,
10 Valerie.
11         MR. DORNER: Yeah. Sorry.
12         MS. SIROTA: I believe the letter that
13 she looked at was part of the production.
14         MR. DORNER: And was that part of
15 Anthem's or different parties?
16         MS. SIROTA: I believe it was
17 Anthem's.
18         MR. DORNER: Okay. I might email you
19 just to get a Bates number on that, if you don't
20 mind.
21         MS. SIROTA: Yes, that's fine.
22    Q    Okay. Let's get back on track. Would
23 Anthem have notified its pharmacy networks about the
24 recall?
25    A    Anthem -- the pharmacy networks fall

53 (Pages 206 - 209)

Page 210

1 under the PBM.
2    Q    So is that a "no"?
3    A    That would be a no.
4    Q    We've talked about plan sponsors,
5 members and pharmacy networks -- excuse me.
6 Specifically what about anyone else, would there
7 have been any other notification sent by or on
8 behalf of Anthem regarding the recall?
9    A    I don't believe so.
10    Q    Did Anthem ever recommend any
11 alternative treatment options to anybody as a result
12 of the recall?
13    A    I don't know. It seems, you know,
14 with the knowledge that I have that, because it's
15 pharmacy related, that that information again would
16 come through the PBM.
17    Q    And when you say "that information,"
18 are you referring to whether or not it happened or
19 if it were to happen, the PBM would do it?
20    A    If it were to happen and alternatives
21 were recommended, that the PBM would do it.
22    Q    Okay. Okay. And so along the same
23 lines, did Anthem make any recommendations about
24 whether members should consult a physician?
25    A    Again, I believe that's part of the

Page 211

1 PBM's duty.
2    Q    Okay. So that's a "no"?
3    A    That's a "no."
4    Q    Did Anthem ever make any statements or
5 recommendations about what consumers should do with
6 recalled valsartan that might be in their
7 possession?
8    A    I'll just start saying no, because
9 it's PBM.
10    Q    And that's fine. These are intended
11 to be quick thoughts. Did Anthem ever reach out to
12 anybody? And by "anybody," I am referring to a
13 manufacturer or pharmacy or the government for
14 information about the recall.
15    A    No.
16    Q    To what extent, if any, did Anthem
17 investigate the therapeutic benefits of the recalled
18 valsartan?
19    A    Since prescriptions are left to our
20 pharmacy and therapeutics committee, then that would
21 be their charge.
22    Q    So Anthem --
23    A    So that's not --
24    Q    -- is not a party to -- okay. Good.
25 Similar question. Did Anthem ever review any

Page 212

1 documents on the efficacy of the recall of
2 valsartan?
3    A    That would be a question to the PBM.
4    Q    Okay. So is that a no?
5    A    The pharmacy that would have been a
6 review of the pharmacy and therapeutics committee.
7    Q    So that's it, Anthem didn't review
8 anything?
9    A    Correct.
10    Q    Is Anthem aware of any efforts by the
11 P&T committee as to their conclusions about the
12 therapeutic benefits of recalled valsartan?
13    A    I don't know if Anthem is aware of
14 anything from the P&T committee.
15    Q    Did Anthem track adverse event
16 reports -- strike. Let me did that a different way.
17 Did Anthem receive any adverse event reports
18 relating to recalled valsartan?
19    A    Not to my knowledge.
20    Q    Did Anthem track adverse event reports
21 that might have been reported to other entities?
22    A    I don't know.
23    Q    Does Anthem consider the recalled
24 valsartan to have been effective at treating
25 hypertension even though it was recalled?

Page 213

1        MR. FULLER: I've got to throw the
2 flag on the field at some point. Lacks foundation.
3 Calls for speculation.
4    Q    You can answer.
5        MR. FULLER: Can we just -- go ahead,
6 Patty. Answer the question.
7    A    The answer is no.
8        MR. FULLER: Oh. What a shock.
9        MR. DORNER: Move to strike.
10    Q    Did Anthem ever do any investigation
11 into what impurities actually existed in any of the
12 recalled valsartan?
13    A    I'm not able to answer that. I would
14 say no.
15    Q    Is Anthem aware of any investigation
16 done by either its PBM or the P&T committee into
17 whether or not any of the recalled valsartan was
18 actually containing impurities?
19    A    I think a question like that would be
20 best posed to the PBM.
21    Q    Well, I am asking about Anthem's
22 knowledge, not the PBM's knowledge.
23    A    Anthem Maine would not have knowledge,
24 specific knowledge.
25    Q    Did Anthem ever consider making an

54 (Pages 210 - 213)

Page 214

1 adjustment to its formulary in considering the
2 recall?
3      A      Not that -- Anthem Maine does not
4 control specifically the formulary, so I would say
5 no.
6      Q      Let me ask it a different way, and I
7 will try and tailor these questions a different way,
8 then.
9      Does Anthem have knowledge of the P&T
10 committee considering adjustments to the formulary as
11 a result of the recall?
12      A      I don't know.
13      Q      From, let's say, June of 2018 to the
14 present, has valsartan ever disappeared from the
15 formulary applicable to MADA's plans?
16      A      I would have to review the formulary.
17      Q      Did any members from MADA or any other
18 plan ever make any report or communication to Anthem
19 as to what they did with their recalled valsartan?
20      A      Not that I am aware of.
21      Q      And similarly, is Anthem aware of
22 whether any members continued to take valsartan
23 after it was recalled?
24      A      The only -- we would have to request a
25 report from the PBM.

Page 215

1      Q      Okay.  And I was going to ask you
2 that.  Wouldn't it be possible to kind of figure
3 that out by looking at when a member got their most
4 recent fill of valsartan and then seeing when they
5 got their next fill of whatever medication they got,
6 wouldn't that allow one to make a conclusion about
7 whether the patient continued taking their
8 valsartan?
9      A      We'd only be able to do that with a
10 review of a claims report, and that would have to
11 come from PBM.
12      Q      And I understand that.  Theoretically
13 that's a way one would be able to ascertain whether
14 someone would consider taking a medication, right?
15      MR. FULLER:  Objection.  That's going
16 to call for a expert opinion.  Outside the scope of
17 the depo.  Who knows?
18      MR. DORNER:  Move to strike the last
19 comment.
20      MR. FULLER:  Go ahead and move to
21 strike.  How many more ridiculous questions do we
22 have on this subject?
23      MR. DORNER:  Can we go off the record,
24 please?  Actually, no.  Let's stay on the record.
25 Go ahead, Chad.

Page 216

1      MR. FULLER:  Yeah, let's stay on the
2 record.  Let's stay on the record so we can talk
3 about how what a colossal waste of so much of my
4 time of my witness as a third party is, sir, okay;
5 who has already testified very clearly as to what
6 the relationship that Anthem has with MADA and how
7 the PBM structure works and yet you continue to push
8 for these questions that have nothing to do with
9 this witness or these topics in your notice.
10      MR. DORNER:  Thank you.  And I'll move
11 to strike all of that.  There was nothing of value
12 in that statement.
13      MR. FULLER:  Move away.  Wrap this
14 thing up, man.
15      MR. DORNER:  Can we go off the record,
16 please?
17      THE VIDEOGRAPHER:  Stand by.  Going
18 off the video record.  The time is 5:54.  One
19 moment, please.  We're off the record.
20      (Off the record.)
21      THE VIDEOGRAPHER:  We are back on the
22 video record.  This begins Media Volume No. 6.  The
23 time is 5:56.
24 BY MR. DORNER:
25      Q      All right.  Ms. Cobb, we've

Page 217

1 discussed -- actually, we haven't.  Has Anthem taken
2 part in any efforts to obtain refunds for any third
3 party payor in connection with the valsartan recall?
4      A      Not to my knowledge.
5      Q      How about any claims processing
6 changes?
7      A      Again, not to my knowledge.
8      Q      Has Anthem had any part in seeking
9 free or reduced substitute drugs to replace the
10 recalled valsartan?
11      A      No.  That's the responsibility of the
12 PBM.
13      Q      All right.  When was Anthem first
14 contacted by MADA or its counsel about the valsartan
15 recall?
16      MR. FULLER:  Objection.  Asked and
17 answered.
18      A      Pardon?
19      MR. FULLER:  Asked and answered.
20      Q      You can answer.
21      A      December of 2018.
22      Q      Did you say '19 or '18?
23      A      '18, one-eight.
24      Q      Thank you.  Was it in writing or
25 verbal?

55 (Pages 214 - 217)

Page 218

1    A    It was in writing.
2    Q    And who was contacted at Anthem?
3    A    I was.
4    Q    What did that communication say?
5    A    I don't have it here in front of me,
6 but communication was an email from Tom Brown at
7 Maine Auto Dealers Association.
8    Q    All right.  And do you remember what
9 Mr. Brown was looking for?
10    A    It was informing me of something that
11 was going to be happening with regard to valsartan
12 claims and that, you know, we would be requested
13 judicial information.
14    Q    Okay.  So what happened after that
15 with respect to interactions between Anthem and
16 either MADA or its counsel about the valsartan
17 recall?
18    A    Sure.  After that I received
19 communication in an Matt Warner at Preti Flaherty
20 asking me for claims information regarding
21 valsartan.
22    Q    Okay.  And what did you do following
23 that?
24    A    I reached out to my contact who that,
25 again, was, you know, 2018 into 2019.  I reached out

Page 219

1 to my contact Amy Drew who was the local pharmacy
2 account manager and she proceeded to request that
3 information from Express Scripts.
4    Q    Okay.  Did Express Scripts provide all
5 of the information that MADA requested?
6    A    Yes.
7    Q    All right.  Now was that information
8 that we were just talking about, is that all three
9 of the reports that you had referenced earlier?
10    A    At least -- no.  One of the reports is
11 from a later time period.  The reports were
12 eventually modified, because additional information
13 was requested as part of those reports.
14    Q    Okay.  And I think we might have some
15 back and forth about that.  Can we get Exhibit 9,
16 please.
17       And while we are pulling that up, let me just
18 ask a question:  Other than claims data, has MADA or
19 anyone counsel asked anything else of Anthem in
20 connection with this valsartan case?
21    A    No.
22    Q    So this exhibit, it's actually a very
23 big exhibit.  I think it's over 1,000 thousand
24 pages.  I think we are looking at about three of
25 them.  This was produced, I believe, this week, so

Page 220

1 I'm sorry I couldn't share it in advance.  Can we go
2 to MADA 946, please.  All right.  And this is an
3 email.  It appears to be from Mr. Warner who you
4 mentioned to you CC'ing also Mr. Brown at MADA and
5 it says, "Hi, Patty.  Thanks for speaking just now."
6       I realize this is quite some time ago.  Do you
7 have any recollection of this conversation
8 whatsoever?
9    A    You know, I have kind of a vague
10 recollection.
11    Q    Okay.  Let me have it.
12    A    He had reached out to me that, you
13 know, kind of reminding me about last spring and the
14 request of this record and that now they were asking
15 to pull the list for the time period that you see
16 indicated there.
17    Q    Okay.  So does the email accurately
18 sum up what the telephone conversation was about?
19    A    To the best of my memory.
20    Q    Okay.  There wasn't anything extra
21 said on the phone that isn't covered in the email?
22 That's what I'm getting at.
23    A    No.
24    Q    Okay.  Did Mr. Warner or anybody with
25 MADA ever explain why they only requested records of

Page 221

1 all purchases through the trust from 2015 through
2 the present at first?
3    A    I did not know.  No, I didn't know the
4 reason.  I was fulfilling the request.
5    Q    And did he explain why they wanted to
6 expand it 2012 through the end of 2014?
7    A    No, I was simply fulfilling a request.
8    Q    Okay.  Let's go to page 955.  And just
9 referring again to the first email from Mr. Warner
10 here, it refers to a sunset contract with Express
11 Scripts.  What is a sunset contract?
12    A    I would assume a sunset contract to be
13 what Anthem would agree to for Express Scripts
14 following through with, as we were no longer going
15 to be a customer of theirs.
16    Q    Okay.  So is it sort of like a
17 wrapping up affairs sort of thing that may be -- I
18 guess I don't have a better way to explain it.  Was
19 it just a contract how to wrap up affairs
20 between Express Scripts and Anthem?
21       MR. FULLER:  Objection.  Calls for a
22 legal conclusion.
23    Q    You can answer.
24    A    You know, back to the question here,
25 "Would you be able to provide me a copy of your

56 (Pages 218 - 221)

Page 222

1 sunset contract with Express Scripts?" I believe
2 that to be proprietary and confidential information.
3     Q     Okay.  Well, I'm just looking to find
4 out what a sunset contract is.
5          MR. FULLER:  Asked and answered.
6     A     You're asking for my interpretation?
7     Q     Anthem's interpretation, yeah.  And if
8 you can't give that, then yours is fine.
9     A     My answer very generically, not having
10 a law degree, is how we're going to end this
11 relationship.
12          MR. DORNER:  Okay.  Could we go to
13 page 959, please.
14          THE VIDEOGRAPHER:  It takes a moment
15 to get there with the size of this document.
16          MR. DORNER:  It's okay.  I think part
17 of what we see on 956 is what we want anyway.
18     Q     I want to focus on the middle email
19 here, specifically the fourth bullet point.  It
20 says, "We need to gather a list of purchases by
21 trust members of the medications listed on attached
22 plaintiff's fact sheet Exhibit A," which I'll
23 represent to you is Exhibit 1 of the deposition,
24 "between November 1, 2018 and present."  Do you see
25 where I read that?

Page 223

1     A     Yes.
2     Q     Was there ever any discussion between
3 Anthem and MADA or its counsel about why November 1,
4 2018 was the right date to use for these claims
5 data?
6     A     Again, this is a request that would be
7 made by me that I would then proceed to fulfill.
8     Q     And I understand and -- I'm sorry.  Go
9 ahead.
10     A     The dates are really irrelevant other
11 than they are part of the request.
12     Q     Okay.  So there wouldn't have been any
13 discussion as to why November 1, 2018 was the date
14 that MADA chose?
15     A     No.
16          MR. DORNER:  Okay.  We can close this
17 exhibit.
18     Q     So who all at Anthem has been involved
19 in providing any documents or information to MADA
20 for this lawsuit other than yourself?
21     A     Anything that I have provided I have
22 requested from my PBM contacts.  So, at first that
23 was Amy Drew.  That was back in that 2018, 2019 time
24 frame, and more recently my request went out to
25 Brooke Johnston and Ann Ajaya.

Page 224

1     Q     Could you spell that last name,
2 please?
3     A     Ann, and the last name is A-J-A-Y-A, I
4 believe.
5     Q     Can we pull up Exhibit 10.  All right.
6 Have you seen this document before, Ms. Cobb?
7     A     I'm pretty certain this is one that we
8 reviewed as part of the preparation.
9     Q     Okay.  So at the top it says it's
10 allegedly a list of purchases of recalled valsartan
11 products by MADA members from 2012 to the present.
12 There are no dates on here, right?
13     A     No, I do not see any dates.
14     Q     Okay.  Can we put this either on top
15 of one another or side by side with Exhibit 11,
16 please?
17          THE VIDEOGRAPHER:  Counsel, I can't do
18 that, since they are only Excel sheets.
19          MR. DORNER:  Okay.  I understand.
20 Let's see here.  Can you scroll to the bottom, the
21 last row, please?  All right.  Close that and then
22 we can pull up 11.
23     A     I will point out this contains
24 confidential information.
25     Q     Yes.  Understood, and certainly if

Page 225

1 there needs to be a confidentiality designation, we
2 can do that.  My question is have you seen this
3 document before?
4     A     Yes, I have.
5     Q     Okay.  What are we looking at here?
6     A     This is the document that I requested
7 and received from my pharmacy contact based upon the
8 request I received.
9     Q     Okay.  So is this one of those three
10 reports you had mentioned?
11     A     Yes.
12     Q     Great.  Now, do you know if there
13 is -- unfortunately we can't pull up 10 and 11 at
14 the same time, but I know you had reviewed both of
15 these documents.  Do you know if there is any
16 relationship between Exhibit 10 and Exhibit 11?
17     A     Well I'm not able to look at them side
18 by side, so I can't answer that definitively.
19          THE VIDEOGRAPHER:  Counsel, give me a
20 moment.  I am going to open them both up and we can
21 at least switch between the two.
22          MS. ZIMMERMAN:  Drew, this is Sarah
23 Zimmerman.  I'd just like to request under the
24 current order, I guess, now that the new order has
25 been entered, this would be considered restricted

57 (Pages 222 - 225)

Page 226

1 confidential with PBM information due to the
2 sensitive information and pricing contained therein.
3        MR. DORNER: Understood.
4        THE VIDEOGRAPHER: You should see both
5 now: 10 here, 11 here.
6     Q    Okay, so we can kind of get a look at
7 it. And my question was having reviewed both of
8 these documents, are you able to discern any
9 relationship between these two documents?
10    A    Both documents call out the
11 manufacturer and the label name as well as --
12    Q    Let me ask you. Sorry. Sorry. Let
13 me ask it a different way. Is Exhibit 11, which is
14 on the lower part of your screen right now, do you
15 know if that is the source for Exhibit 10?
16    A    I don't know who put together
17 Exhibit 10.
18    Q    Okay.
19    A    So I am not able to answer that with
20 certainty.
21    Q    Okay. All right. We can close those
22 two exhibits.
23        MS. QUINBY: This is Ellie. I'm going
24 to ask that Exhibit 11 not be uploaded to the public
25 repository.

Page 227

1        THE VIDEOGRAPHER: My apologies. I
2 will remove it now.
3        MS. QUINBY: Thanks.
4     Q    And can we pull up 12? All right.
5 Ms. Cobb, are you familiar with this document?
6     A    I have seen this previously.
7     Q    Okay. And do you happen to know --
8 well, I guess it says at the top it's placement of
9 products by MADA members. Do you know who put this
10 document together?
11    A    I don't know for certain who put this
12 document together.
13    Q    Okay. Are you aware of what the
14 source of information underlying this document is?
15    A    I am aware of the report that I had
16 run for this time period.
17    Q    Okay. Can we pull up Exhibit 13,
18 please. So obviously there is a lot of information
19 here. Are you able to discern, looking at this or
20 we could scroll around, if you need, is this the
21 report you were referring to for the time period
22 reflected?
23    A    Yes.
24    Q    Okay. So this is also a report going
25 from I guess it would be November 1 of 2018 through

Page 228

1 whatever the last day was before this property was
2 produced property was produced, right?
3     A    Correct.
4     Q    If we could look back at Exhibit 12
5 quickly?
6        MS. ZIMMERMAN: I would also ask that
7 Exhibit 13 be marked restricted confidential. I
8 can't see the full report, but I believe it contains
9 sensitive information.
10        THE VIDEOGRAPHER: Also not to be
11 moved?
12        MR. DORNER: When you say "moved," you
13 mean on to the public?
14        THE VIDEOGRAPHER: Yes, to the public.
15        MR. DORNER: Got it. No objection to
16 that.
17    Q    So I don't know if there is any
18 relationship between Exhibit 12 and Exhibit 13,
19 Ms. Cobb, but what I am hoping is you might be able
20 to provide some insight. You will notice there are
21 no dates on Exhibit 12. Do you see that?
22    A    Yes, I do see that.
23    Q    Could you think of any way where it
24 might be possible to marry or pair the data
25 presented in Exhibit 12 with what is in your report

Page 229

1 shown in Exhibit 13?
2     A    I would expect that would probably
3 only be accomplished through the subscriber ID
4 number in that first column.
5     Q    Okay, are subscriber ID numbers, are
6 they permanent for a member?
7     A    They did change as of March 1 of 2020
8 for all MADA members.
9     Q    Okay. Would the -- assuming --
10 actually, do you know when this report that we're
11 looking at now, do you know when this report -- I'm
12 sorry.
13        Can we go back to 13, please. Do you know
14 when you had this report run, and specifically was it
15 after the date that the subscriber IDs changed?
16    A    It would -- yeah, it would appear that
17 this would have been run after the date that the
18 subscriber IDs were changed.
19    Q    Okay. And what tells you that?
20    A    I can tell. I mean, I can tell from
21 column L that there are differing group suffix
22 numbers that were put into place after March 1 of
23 2020.
24    Q    Understood. Okay. Now if we look
25 back at Exhibit 12, please, those subscriber IDs on

58 (Pages 226 - 229)

Page 230

1 the left, are you able to tell whether those are the
2 old IDs or the new IDs?
3     A    I am able to tell, yes.
4     Q    Okay. Which ones are they?
5     A    The ones that begin 999 are pre-March
6 1 of 2020 and the ones that have an M as in Mary in
7 them are 3/1 of 2020 forward.
8     Q    Okay. Is it possible that the same
9 person is on here on this document twice, their old
10 subscriber ID is shown for a pre- March 1, 2020
11 purchase and their new subscriber ID is shown for a
12 post March 1 of 2020 purchase?
13     A    That would be -- I guess that would be
14 possible.
15     Q    Okay. In other words, the subscriber
16 IDs didn't update or not all of them updated when
17 the exchange data was exported in these reports that
18 you ordered, right?
19     A    Well, based on the date of fill of the
20 prescription would connect back to the subscriber ID
21 number.
22     Q    Okay.
23     A    So subscriber ID numbers that have the
24 M as in Mary in them were only issued on or after
25 March 1 of 2020, so that would tell me that that ID

Page 231

1 number was used to purchase that prescription?
2     Q    Okay. And so if we wanted to filter
3 only for purchases of medications that occurred
4 prior to March 1 of 2020, we could basically
5 eliminate any subscriber ID with an M in the middle
6 and that would narrow it down to the 3/1/2020
7 transactions, right?
8     A    Yes.
9         MR. DORNER: Great. Can we go back to
10 Exhibit 13. All right. And let's go all the way to
11 column AG, Alpha Golf. I'm sorry. I think I'm in
12 the wrong exhibit. Keep scrolling over to the
13 right. Let's go about halfway. Let's keep going.
14 Keep going. Okay. And a little bit more. I might
15 have gone past it. I'm sorry. I apologize. Let's
16 go to column -- it's CP. There we go. Yes, CP.
17 All right.
18     Q    Ms. Cobb, are you familiar with
19 reports such as this, meaning do you review them
20 regularly?
21     A    No. This is not a report that I would
22 review regularly.
23     Q    Okay. Do you have any idea, then,
24 what sorts of dollar amounts factor into this column
25 called total plan paid?

Page 232

1     A    Well, even though it's something I
2 don't review regularly, total plan paid would be in
3 reference to the amount that the plaintiff being
4 MADA would have paid.
5     Q    Okay. So I want to break down exactly
6 what goes into the dollar figures shown here and so
7 let's go down to -- you see the one with $370.07?
8     A    Mm-hmm.
9     Q    Let's go with that example, because
10 it's a nice big number. So would the cost of the
11 materials, meaning the actual pills themselves, that
12 would factor into that price, right?
13     A    I don't know how --
14         MR. FULLER: I am going to make an
15 objection. This calls for some sort of expert
16 testimony. I don't know how this witness would know
17 about this, but if you know.
18     A    I mean, this is the charge that the
19 plan was charged for this particular prescription.
20     Q    Yeah. And so what I'm trying to learn
21 is what all goes into that charge. So I would
22 assume that the cost of the medication itself would
23 go into that charge, at least a portion of it,
24 right?
25         MR. FULLER: Same objection -- let me

Page 233

1 finish. Calls for some sort of expert opinion.
2 Lacks foundation. Calls for some sort of expert
3 opinion. Go ahead.
4     A    I would only think so.
5     Q    Do you have any -- can you say with
6 any certainty what cost elements go into the total
7 plan paid column?
8     A    I cannot say with any certainty what
9 goes into that.
10     Q    Okay. Let me ask it a different way,
11 then. Does MADA pay a dispensing fee as part of
12 every claim that it reimburses?
13     A    Chances are, given how comprehensive
14 this spreadsheet is, if there is a dispensing fee
15 that's been assessed, I expect it would probably be
16 on here.
17     Q    Can we scroll a few columns to the
18 left, please. And so are you referring to column
19 CH?
20     A    There you are. Yes, dispensing fee.
21     Q    Okay. And so I know you can't say
22 with any certainty whether or not that factors into
23 the total plan paid the column, so I want to ask a
24 different way. When MADA is dispensing
25 reimbursement for a prescription drug claim, is part

59 (Pages 230 - 233)

Page 234

1 of that reimbursement an approved dispensing fee?

2    A    They are responsible for dispensing
3 fees.

4    Q    Okay.  And do -- sorry?

5    A    No, I'm done.

6    Q    My next question related to that was
7 going to be regardless of the medication filled, is
8 there often a dispensing fee included as part of the
9 claim?

10    A    Well, I mean you can see within that
11 column that there were instances where there was not
12 a dispensing fee.

13    Q    Do you have any idea why that might
14 be?

15    A    I'm sure that there is a reason.  I
16 don't know that.

17    Q    Okay.  Could it have something to do
18 with whether it's mail order or brick and mortar?

19    A    It could.

20    Q    Okay.  When MADA pays a claim for a
21 prescription drug, are there other fees that go into
22 that amount like a claims processing fee?  I made
23 that up, but any other fees that go into that
24 amount?

25    A    We are looking at all of these fees.

Page 235

1 I haven't pulled out a calculator to see if they add
2 up to what the total amount is.  I will add I am a
3 little tired, so I am going to ask you to repeat
4 your question.

5    Q    Sure.  And my question is, only when
6 MADA pays a prescription drug claim, you know, makes
7 its payment for a given claim, are there any other
8 fees in addition to the dispensing fee as it applies
9 that go into that claim?

10        MR. FULLER:  Lacks foundation.  Calls
11 for speculation.

12    A    I don't know.

13    Q    Would you know whether or not anything
14 like a retiree subsidy goes into that claim or, I
15 guess -- excuse me, could be counted against the
16 value of that claim that MADA pays?

17    A    I don't know what you mean by retiree
18 subsidy.

19    Q    We already talked about Medicare
20 subsidies and how they probably wouldn't apply.
21 Would taxes go into the amount -- let me back up.
22 Are taxes usually assessed against prescription
23 drugs when they are filled?

24    A    I don't know.  I think that's a good
25 question for PBM.

Page 236

1    Q    Because I noticed the approved sales
2 tax, that all has zero in there, but I don't know if
3 that means it is just not approved or not, but does
4 Anthem have any knowledge as to whether or not sales
5 tax is applied to prescription drugs?

6    A    We don't know.  I'm going to venture a
7 guess here where the column says zero, that likely
8 in Maine that's the last thing we haven't taxed that
9 yet.

10    Q    When Anthem was preparing -- so we
11 looked at some exhibits like -- I think I don't know
12 which exhibit it was.  I think it might have been
13 11, but when Anthem was preparing these reports, how
14 did it discern which fills of valsartan were subject
15 to the recall?

16    A    Anthem did not prepare these reports.

17    Q    Okay.  Who did?

18    A    These were prepared by PBM.

19    Q    Does Anthem have knowledge how the PBM
20 determined whether or not or how the report
21 determined whether or not valsartan was subject to
22 the recall of a particular fill?

23    A    That would be a question for the PBM.
24 That's not knowledge that Anthem Maine would have.

25    Q    Are you familiar with most of the

Page 237

1 column headers shown on this spreadsheet?

2    A    I would say I am familiar with them,
3 yes.

4    Q    Okay.  I am not going to ask about all
5 of them, because some of them are obvious.  Let me
6 ask you this:  Would a pharmacy benefits manager
7 also be familiar with the best -- I realize you are
8 assuming here, but would a PBM also understand what
9 these column headers mean?

10        MS. ZIMMERMAN:  Object to form.
11 Foundation.  Calls for speculation.

12        MR. FULLER:  Join.

13    A    The PBM created this, so I am going to
14 say that they would know what those headers refer
15 to.

16    Q    I just want to ask about a couple,
17 then.  There's one close to the -- let's go mostly
18 to the left.  I think it's column G as in golf.  So
19 we've got client ID.  How does a client ID differ
20 from a subscriber ID?

21    A    The client ID column is not familiar
22 to me.

23    Q    All right.  Can we go over to -- this
24 is SRC GRP NDR.  It's column J.  Go ahead.  Did you
25 want to say something?

60 (Pages 234 - 237)

Veritext Legal Solutions

800-227-8440                                              973-410-4040

Page 238

1    A    Column J, that is the group number
2  00F500.
3    Q    When you say "group number," like for
4  my insurance card for work like I have, is this the
5  insurance card for MADA?
6    A    I would refer to them as the root
7  group number and then their sub group is next to
8  that.
9    Q    And what would a sub group would be?
10   A    Those are the group numbers by
11 particular dealerships.
12   Q    Understood.  You had mentioned, I
13 believe, then that some characters were added in
14 column L that related group number.  What did those
15 characters indicate that were added?
16   A    Column L to me looks like a
17 combination of J and K.  So if you read across, you
18 have 00F5000, *00F5000R1 and that carries into
19 column L.
20   Q    So you do.  Okay.  I don't have any
21 other questions on that one.  Let's see.  Can we go
22 over to -- let me find it.  This is going to be
23 column AK.  This is the date adjudicated column.
24 How does that differ from date filled?
25   A    It doesn't appear to.  So if I do a

Page 239

1  quick scan, it's looking like those match up.  So a
2  member goes to the pharmacy and has it filled and
3  then that claim processes or adjudicates.
4    Q    Okay.  Okay.  If there were to be a
5  slight difference in the date filled versus the date
6  adjudicated somewhere in the spreadsheet and I don't
7  know if there is or not, why might that occur, if it
8  ever does?
9    A    You know, sometimes someone will call
10 a prescription into the pharmacy; like, let's say
11 they called it in today and they get held up on a
12 deposition and they can't go pick it up.  Actually
13 the pharmacy may put it in the bottle today, but the
14 member doesn't actually pick it up until tomorrow.
15   Q    Okay.  Gotcha.  That's very helpful.
16 Thank you.  Can we go to --
17       MR. FULLER:  How much more time do we
18 have?  Can we take another break?
19       MR. DORNER:  I think I'm almost done,
20 but if you'd like to take a break, we can.
21       MR. FULLER:  No, I'll muddle through.
22   Q    Here we go.  A column DC, fitting for
23 a lawyer sitting in my chair right now.  So this is
24 COA.  It looks like an abbreviation for company,
25 CF -- I'm sorry.  I am looking at the wrong column,

Page 240

1  COA an abbreviation for company; CFDSC and it
2  appears to alternate between MADA and IngenioRX.
3  What does this column indicate?
4    A    Well, it seems to alternate between
5  Anthem health plans of Maine and IngenioRX.
6    Q    I'm sorry.  I misspoke.
7    A    I think the only way I can kind of --
8  you know, if I compare columns, you know, just
9  looking at one column by itself isn't always
10 helpful.  I have to refer to other columns to help
11 me figure it out.  So if I look at column DC versus
12 column DA, DA refers to ESI and CVS.  That then goes
13 in conjunction -- ESI, you see Anthem Health Plans
14 of Maine; CVS, you see Ingenio RX.
15       So Anthem Health Plans of Maine had contacted
16 with ESI to provide PBM.  Ingenio RX is using CVS.
17   Q    Okay.  I think I understand what
18 you're saying, then.  All right.
19   A    So if you wanted to compare these to
20 the dates of fill, you're going to see either prior
21 to 7/1 of '19 or after 7/1 of '19.
22   Q    Meaning after 7/1 of '19 it would be
23 an IngenioRX/CVS?
24   A    Correct.
25   Q    Okay.  I think I'll pass the witness,

Page 241

1  then.
2       MS. QUINBY:  To the extent this
3  exhibit wasn't marked as restricted/confidential, I
4  just want to make sure it is.
5       MR. DORNER:  I think it was, but now
6  it's double marked.
7       MR. FULLER:  Is the witness getting
8  passed to me, is that what I'm hearing?
9       MR. DORNER:  It would be other defense
10 counsel first.  It's typically how we go.  We
11 haven't had a lot of third party, but whether you
12 were planning to go first is of no moment to me, but
13 let's let defendants weigh in first if there is any
14 defense counsel that want to ask questions.
15       MR. FULLER:  How long have we been
16 going on the record, Keith?
17       THE VIDEOGRAPHER:  Six hours and
18 approximately 19 minutes.  Give me a moment;
19 plus 44, so 6:17.
20       MR. FULLER:  All right.
21       MR. DORNER:  Any defense counsel have
22 any questions; Ellie or anybody with plaintiffs?
23       MS. ZIMMERMAN:  I don't think I have
24 anything for plaintiff.
25       MR. DORNER:  All yours, Chad.

61 (Pages 238 - 241)

Page 242

1        CROSS-EXAMINATION
2 BY MR. FULLER:
3      Q     All right.  I've just got a couple
4 questions for you, Ms. Cobb.  Early in the
5 deposition when you first started, I think you might
6 have gotten confused and you were asked did you
7 speak to anyone in preparation for the deposition.
8 Do you recall that testimony?
9      A     I do.  I do recall it.
10      Q     Yeah.  And I think you answered that
11 you did not in connection with the deposition; is
12 that right?
13      A     I did answer that, yes.
14      Q     But did you speak with anyone in order
15 to help you give testimony to the categories in the
16 deposition notice?
17      A     Yes, I did speak to some internal
18 sources to help understand some of what would be
19 asked here today.
20      Q     All right.  And can you tell us who
21 you spoke to, Ms. Cobb?
22      A     Sure.  I spoke to Amy Drew, who she
23 was my first contact, and then I spoke to Lauren
24 Montille and Sierra Sears regarding the billing.
25      Q     All right.  So what did you speak to

Page 243

1 Amy about?
2      A     I spoke to Amy as kind of a refresher
3 around the Anthem relationship with Express Scripts
4 and then later in Ingenio.
5      Q     Got it.  And then Lauren and Sierra,
6 what did you speak with them about?
7      A     That was about the invoices.
8      Q     Okay.
9      A     So the change in the invoice effective
10 3/1 of '18, what went into the invoices, et cetera.
11      Q     All right.  Would it be fair to say
12 you put a fair amount of work into your testimony
13 today?
14      MR. DORNER:  Objection.  Leading.
15      A     I have spent a lot of time on this in
16 addition to my own full-time job.
17      Q     Thank you.  You were asked earlier
18 about Amendments 1 and 2 of the ASA.  Do you recall
19 that?
20      A     Yes.
21      Q     And I believe you were asked if anyone
22 would know where those amendments would be at
23 Anthem.  Do you recall that?
24      A     Yes.
25      Q     And you may have been confused on

Page 244

1 either the big Anthem or Anthem legal, but with
2 respect to Anthem Maine, would anybody besides you
3 or can you describe -- well, strike that.
4      Would anybody besides you know where these
5 amendments would be at Anthem Maine?
6      A     I don't know anyone else besides me
7 who would know where they are.
8      Q     Okay.  Do you know why you haven't
9 been able to locate them?
10      A     I think perhaps the age of them.
11      Q     They're old?
12      A     They're older, yes.
13      Q     All right.  Okay.  That's it.  I don't
14 have any further questions.
15      MR. DORNER:  I don't have anything
16 based on that.  Anybody else?
17      THE VIDEOGRAPHER:  Hearing that, we
18 will go off the record.  This ends today's video
19 deposition.  The time is 6:45.  One moment, please.
20 We're off.
21      (Deposition concluded 6:45 p.m.)
22
23
24
25

Page 245

1        CERTIFICATE OF DEPONENT
2
3      I have read the foregoing transcript of
4 my deposition and except for any corrections or
5 changes noted on the errata sheet, I hereby
6 subscribe to the transcript as an accurate record
7 of the statements made by me.
8
9
        _____
10        PATRICIA COBB
11
12      SUBSCRIBED AND SWORN before and to me
13 this _____ day of _____, 20___.
14
15
16        _____
17        NOTARY PUBLIC
18
19
20 My Commission expires:
21
22
23
24
25

62 (Pages 242 - 245)

Page 246

1

    C E R T I F I C A T E

2

3     I, MICHELLE L. DAWKINS, a Certified Court
4   Reporter and Notary Public of the State of New
5   Jersey, License No. 30X100224400, authorized to
6   administer oaths pursuant to R.S. 41:2:1, do hereby
7   certify that prior to commencement of the
8   examination, PATRICIA COBB, was sworn by me to
9   testify to the truth, the whole truth, and nothing
10  but the truth.
11    I DO FURTHER CERTIFY that the foregoing is a
12  true and accurate transcript of the testimony as
13  taken stenographically by and before me at the time,
14  place, and on the date hereinbefore set forth, to
15  the best of my ability.
16    I DO FURTHER CERTIFY that I am neither a
17  relative nor employee nor attorney nor counsel of
18  any of the parties to this action, and that I am
19  neither a relative nor employee of such attorney or
20  counsel, and that I am not financially interested in
21  this case.
22

23  MICHELLE L. DAWKINS, CSR, RPR
    NOTE:  The Certificate appended to this transcript
24  does not apply to any reproduction of same by any
    means unless under the direct control and/or
25  direction of the certifying court reporter.

Page 247

1           ERRATA SHEET
         VERITEXT/NEW YORK REPORTING, LLC
2
    CASE NAME: In Re: Valsartan, Losartan, Et Al  v.
3   DATE OF DEPOSITION: 10/21/2021
    WITNESSES' NAME: Patricia Cobb
4
5   PAGE  LINE (S)   CHANGE        REASON
6   |_____|_____|_____|_____
7   |_____|_____|_____|_____
8   |_____|_____|_____|_____
9   |_____|_____|_____|_____
10  |_____|_____|_____|_____
11  |_____|_____|_____|_____
12  |_____|_____|_____|_____
13  |_____|_____|_____|_____
14  |_____|_____|_____|_____
15  |_____|_____|_____|_____
16  |_____|_____|_____|_____
17  |_____|_____|_____|_____
18  |_____|_____|_____|_____
19  |_____|_____|_____|_____
20  |_____|_____|_____|_____
21
           Patricia Cobb
22  SUBSCRIBED AND SWORN TO BEFORE ME
    THIS ____ DAY OF _____, 20__.
23
24  _____
25  (NOTARY PUBLIC)        MY COMMISSION EXPIRES:

63 (Pages 246 - 247)

**[& - 2017]**                                                                 Page 1

---

**&**

**&**  4:10,15,20 5:9
  5:14 178:4

**0**

**000128**  47:22 48:5
**000129**  57:16
**001976**  195:9
**00f500**  238:2
**00f5000**  238:18
**00f5000r1**  238:18
**02109**  4:11
**02431**  1:2
**04101**  4:22

**1**

**1**  6:10 7:3 17:19
  18:5 24:8 32:24
  33:15 45:15,21,24
  45:25 46:3,9,18
  47:7,9 64:13,15
  66:20 68:17,22
  69:16,19 70:2
  72:4,5 95:16,19
  123:15 126:15,17
  127:10 131:7
  134:9 135:3 145:9
  148:9,17,19,20
  162:25 163:3
  165:3 167:18
  168:6,21 171:21
  172:9 177:19
  222:23,24 223:3
  223:13 227:25
  229:7,22 230:6,10
  230:12,25 231:4
  243:18
**1,000**  219:23
**10**  6:21 29:6 33:7
  33:8 224:5 225:13
  225:16 226:5,15
  226:17

**10/21/2021**  247:3
**100**  42:22 103:1,1
  103:2 140:10,17
  167:3,19 169:7
**1000**  3:20
**10:07**  2:10 7:2
**10:41**  33:10
**10:55**  33:13
**11**  6:22 33:8 120:5
  199:11 224:15,22
  225:13,16 226:5
  226:13,24 236:13
**11682**  3:6
**11:29**  57:9
**11:35**  57:7
**11:41**  57:13
**11:58**  67:2
**12**  6:23 227:4
  228:4,18,21,25
  229:25
**129**  57:25 61:18
  65:3,3 67:10
**12:08**  67:5
**13**  6:24 77:16
  227:17 228:7,18
  229:1,13 231:10
**130**  61:12 77:5,12
**131**  77:6,13
**132**  81:1
**133**  82:12 88:11
**136**  197:3
**136.89**  195:21
  197:4
**137**  88:9 93:17
**139**  104:16 109:19
**14**  156:14,21,22
  182:15
**147**  6:13
**15**  29:7 32:24,25
  33:15 69:17 78:1
  101:1 182:14

189:20
**152**  113:23
**153**  114:9,9 120:5
  120:7 122:12
**155**  67:19
**162**  71:22 117:24
  120:4 122:18,25
  123:5,10
**164**  6:15
**17**  6:10
**171**  6:16
**177**  6:18
**18**  30:13 181:16
  217:22,23 243:10
**184**  6:19
**18a**  81:9
**19**  30:13 49:19
  181:17 201:24
  217:22 240:21,21
  240:22 241:18
**190**  4:5
**19087**  5:10
**19422**  5:16
**1965**  189:10,19
**1966**  189:10,15
**1973**  192:14
**1975**  193:18
**1979**  200:23
**1980**  202:19
**1994**  99:3
**1:00**  97:12
**1:19**  1:2
**1:43**  97:19

**2**

**2**  6:11 44:16 45:15
  45:21 46:11 47:3
  47:13 57:12,24
  66:20 67:19 69:16
  77:9 104:14,15,16
  104:17 111:13
  134:10,18 145:9

163:3 167:18
  171:22 243:18
**2,500**  170:9
**2/2**  199:14
**20**  42:24 98:21
  167:18 168:5
  170:13,16 245:13
  247:22
**200**  5:15
**2000**  173:15
**20004**  3:20
**2004**  99:7 108:11
  144:20
**2005**  108:21
**2006**  108:21
**2008**  63:22,23 65:6
  122:10,14
**2010**  63:23 65:6
  121:1 190:22
**2011**  121:1 190:22
**2012**  28:11 37:3
  47:11 48:14 49:16
  49:18 56:13,18
  58:7,23 63:18,24
  70:7 71:16 76:21
  77:2,3 85:17 88:1
  142:11 146:19,24
  147:1,3,12,17,17
  147:22 149:20
  151:20 183:4,24
  190:15 221:6
  224:11
**2014**  221:6
**2015**  148:9 154:19
  155:9 163:4
  172:10,13 188:2
  190:16 221:1
**2016**  108:2 173:13
**2017**  64:12,12,13
  64:15 68:17,23
  72:5 73:16 108:3

[2017 - 80]                                                                Page 2

173:14,15,16,19
177:24 178:2
192:16
**2018**   30:13 38:23
64:12,13 72:5
73:16 92:10
123:16 126:15,17
127:10,25 128:10
128:16,20 134:5,7
139:12 163:4
165:3 177:20,25
181:12 193:23
199:14,16,21,24
200:4 205:20
214:13 217:21
218:25 222:24
223:4,13,23
227:25
**2019**   24:8 48:19
49:18 70:3,7
148:19 172:10,13
181:14 199:12
218:25 223:23
**202.776.5291**   3:21
**2020**   28:11 37:4
47:11 48:14 49:17
56:13,18 58:7
63:18 65:10 76:21
76:25 77:1 85:17
88:1 146:19 149:5
149:20 151:20
183:4,24 229:7,23
230:6,7,10,12,25
231:4
**2021**   1:21 7:3 18:5
95:16,19 127:11
148:17
**207.791.3226**   4:23
**21**   1:21 7:3 127:25
**21094**   246:22

**211,790**   185:4
**214.855.8095**   5:6
**215.253.6155**   5:11
**219**   6:20
**21st**   77:24
**22,000**   96:10
**22,250**   96:10,11
**2200**   5:5
**224**   6:21,22
**2258**   118:3
**227**   4:16
**228**   6:23,24
**242**   6:6
**25**   166:2 167:19
170:8
**250**   167:19
**27**   98:15
**270**   5:10
**275**   69:1 123:13
**277**   123:23
**27th**   4:11
**28**   70:7 127:10
**28202**   4:16
**286**   127:7
**287**   130:2
**2875**   7:9
**289**   131:7 133:23
**290**   136:15
**294**   69:11
**2:57**   142:2
**2a**   130:2

**3**

**3**   6:13 45:6 53:24
57:25 66:21 67:24
68:2,12 72:1
97:18 111:18
112:11 147:23
167:19
**3/1**   200:3 230:7
243:10

**3/1/2020**   231:6
**30**   116:16 129:24
136:10 167:2,20
168:7 169:6
**300**   35:18,25
**30x100224400**   2:9
246:5
**31**   23:15
**3100**   3:14
**312.456.8400**   3:15
**314.480.1848**   4:6
**34**   24:18
**35**   18:24 19:2
**350**   92:22
**3600**   5:5
**37**   118:5
**370.07**   232:7
**3:25**   142:6
**3:29**   144:10
**3:38**   144:13

**4**

**4**   6:14 21:16 45:6
60:3 61:19 63:15
66:21 69:2 123:15
142:5 164:17
167:19
**400**   3:6
**41:2:1**   246:6
**44**   6:12 241:19
**45**   33:22 97:5
167:18
**450**   5:15
**46**   33:22
**471**   149:6
**485**   151:4
**487**   152:13
**497**   153:7
**498**   159:5
**4:41**   182:19
**4:52**   182:23

**5**

**5**   6:16 45:7 66:21
69:11,23 70:2
171:15 182:22
**50**   79:16,22
**500**   35:19 108:12
**505**   3:20
**53**   4:11
**550**   5:10
**5:30**   204:17
**5:36**   204:20
**5:54**   216:18
**5:56**   216:23

**6**

**6**   45:7 66:21 177:5
216:22
**6/3/2019**   6:20
**600**   4:5,16
**60601**   3:14
**610.567.0700**   5:16
**616**   171:17
**617.213.7000**   4:12
**63105**   4:6
**65**   118:23 119:14
119:21
**6:17**   241:19
**6:45**   244:19,21

**7**

**7**   6:17 21:16 177:6
178:6 179:16
**7/1**   240:21,21,22
**704.444.3475**   4:17
**75201**   5:5
**77**   3:14

**8**

**8**   6:4,19 184:14
191:14 192:7
**80**   42:25 43:1,5,12
169:7 170:7,11

**81** 189:19
**858.509.6056** 3:7

**9**

**9** 6:20 23:16 69:16
  219:15
**90** 135:24 136:1,3
  136:10
**92130** 3:6
**946** 220:2
**955** 221:8
**956** 222:17
**959** 222:13
**999** 230:5
**9th** 3:20

**a**

**a.m.** 7:2
**a1c** 61:2
**abbreviation**
  239:24 240:1
**abbreviations**
  22:13
**ability** 15:3 132:4
  132:16 246:15
**able** 10:6 19:5,7
  30:9 31:18,20,22
  32:1 46:15,21
  47:8,12 48:1
  55:10 56:14,19
  79:3 84:25 88:3
  89:10 95:1 101:13
  107:16,19 116:10
  116:24 124:23
  125:7,10 126:24
  133:15 137:1,1
  139:24 140:3,23
  150:10,11 157:19
  158:1,2,3 163:23
  163:24 175:7
  176:8,20 179:10
  179:14 183:9

193:15 202:14
205:7 213:13
215:9,13 221:25
225:17 226:8,19
227:19 228:19
230:1,3 244:9
**absolutely** 111:3
**abuse** 169:3,16
**ac1** 60:25 61:2
**aca** 108:25 109:1,4
  109:8 193:1
**accent** 102:14
**access** 54:25 85:13
  87:25 88:3 89:1
  105:8 131:14
  147:16,22 185:10
  194:14,22,22,24
**accompanied** 72:1
**accompanying**
  185:12
**accomplished**
  229:3
**account** 26:9,12
  26:21 28:1,16
  35:1 88:16 89:17
  89:22,24 90:22
  91:1,2,7 92:3,5,9
  93:1 98:21 99:1
  219:2
**accounted** 95:7
**accounting** 91:5
  94:18 95:4,16
  133:11 193:10
  198:23
**accounts** 91:4 99:5
  99:6
**accurate** 15:23,24
  41:12 50:8 55:13
  55:14 81:22,23
  82:1 96:5 102:2
  131:12 149:15

154:9 179:14,16
179:21 189:24
190:14,25 192:18
194:7 206:11
245:6 246:12
**accurately** 220:17
**aces** 198:19,21
**ach** 43:15,19
**achieve** 139:24
  140:23
**achievement** 60:6
**acknowledge** 7:21
  7:24
**act** 13:8 109:10
  193:1
**actavis** 1:9 3:11,12
**acting** 82:15 83:3
**action** 29:25 78:21
  246:18
**actions** 206:23,25
  207:3
**active** 41:18 95:5
  95:24 96:1
**actively** 119:14
**activities** 201:25
**activity** 94:9,10
**actual** 93:13 100:5
  105:13 232:11
**actuary** 91:12
**add** 62:15 235:1,2
**added** 45:3 123:20
  238:13,15
**addition** 72:19
  108:20 118:25
  235:8 243:16
**additional** 65:10
  72:21 91:8 198:16
  219:12
**additionally**
  119:17

**address** 144:3
**adequate** 62:13
**adjudicate** 53:20
  53:21
**adjudicated** 96:7
  238:23 239:6
**adjudicates** 239:3
**adjudication**
  53:10,17,19
**adjustment** 214:1
**adjustments** 82:5
  214:10
**admin** 124:19
**administer** 7:17
  7:25 37:24,25
  92:15 145:6 246:6
**administered** 7:25
  195:14
**administers**
  207:22
**administration**
  34:20 38:4,6
**administrative**
  6:11 34:21 35:14
  42:15,16 44:21
  45:5,15 67:12,24
  68:16 71:25 77:10
  80:10 99:21
  115:23 116:2,12
  116:23,25 123:25
  124:4,11 125:6
  126:2,3 130:10,22
  197:22 198:4
**administrator**
  79:7 149:8,11,12
  149:14,24 151:25
  154:3
**administrators**
  76:19 149:8
**adopt** 106:16,25
  155:22 157:13,17

[adopt - answer]                                                                    Page 4

157:19 158:1
**adopted** 60:8
63:23 108:24
134:2
**advance** 220:1
**advantage** 146:9
**adverse** 212:15,17
212:20
**advice** 69:21
**advocacy** 16:24
**affairs** 221:17,19
**affect** 15:2 66:6
175:25
**affiliate** 48:7,10
121:10,12,14
122:5
**affiliates** 48:17
49:11,22 121:6,8
124:8
**afford** 161:17
**affordability**
108:17 144:3
**affordable** 109:10
193:1
**afterward** 196:21
**ag** 231:11
**age** 244:10
**aggregate** 90:15
91:22 141:13,18
184:2
**aggregated** 184:11
**ago** 51:22 101:9
120:6 127:12
134:4 168:1 220:6
**agree** 8:7,9 14:4,6
14:21 15:13 17:7
44:11 68:18 70:3
74:10 123:21
131:9 140:7
143:19 148:10
168:23 177:20

221:13
**agreed** 14:12
68:24
**agreement** 6:12
8:4,5 44:22 45:6
45:16 61:16 64:10
65:5 67:13,24
68:17 71:25 78:18
80:22 81:10 85:2
85:4,11 88:14,21
88:22 89:2,4
111:20 129:10
139:22
**agreements**
187:25
**ahead** 8:17 9:7
10:17 11:10 44:15
58:1 67:18 69:10
86:13,23 100:22
107:23 122:8
123:12 129:4
130:1 131:1,6
133:9 153:11
159:8 160:9 177:4
213:5 215:20,25
223:9 233:3
237:24
**aid** 171:23
**ajaya** 223:25
**ak** 238:23
**al** 247:2
**albero** 5:9
**albertson's** 4:14
**allegedly** 224:10
**allocate** 140:22
**allow** 82:24
116:12,23 215:6
**allowed** 186:12
**allows** 56:2,8
107:7

**aloud** 60:3
**alpha** 231:11
**alterations** 158:3
**alternate** 240:2,4
**alternative** 210:11
**alternatives**
210:20
**amden** 13:21
**amend** 66:17
**amended** 64:13
65:18 66:4,6
69:16,17,17 71:25
155:3
**amendment** 45:6
45:6,7,7,21,21,24
45:25 46:3,9,11,18
47:3,7,9,13 64:11
64:14,16,22,23,24
64:25 66:2 67:24
68:2,12,15 69:2,4
69:6,11,23 72:1
120:16,19 123:14
**amendments** 45:1
45:11,15 64:2,3,9
65:7,14 66:9,17,18
67:12 81:7,9
152:20 155:2
199:25 243:18,22
244:5
**amount** 21:3
40:25 51:15 52:16
58:6,8,9 59:10,19
59:20 60:9 90:1
91:19,20,23 92:23
93:5 95:21 96:4
111:18 112:11
113:14,14 120:22
130:7 185:4,13,19
186:5,7,8,12,12,14
186:21 189:19
232:3 234:22,24

235:2,21 243:12
**amounts** 30:22,24
55:17 56:9 57:18
58:17 186:6,19
231:24
**amy** 219:1 223:23
242:22 243:1,2
**andras** 3:13
**andrast** 3:15
**ann** 99:15 223:25
224:3
**annual** 94:3,17
111:15
**annually** 130:11
**answer** 9:24 10:15
10:18 11:9 12:8,9
12:12,12 19:1
27:13 28:5,19
31:17,23 36:16
38:15 39:12 43:4
49:1,6 50:20 56:6
56:14,19,23 59:1
64:8,21 65:13
70:12 73:25 74:2
75:24 76:17 78:11
84:12,25 86:14
87:1 98:3,9 122:9
124:23 126:24
131:22 133:17
137:6 138:8,17
139:8 140:9
149:22 150:11
154:15 155:9,19
155:25 156:11
158:23 162:4
163:18 169:12,14
175:5 176:20,24
178:11,23 180:3
183:9 185:25
186:1,2,4 187:13
191:7,21 193:10

198:8,11 202:14
206:8 207:8 213:4
213:6,7,13 217:20
221:23 222:9
225:18 226:19
242:13
**answered**  11:22
63:20 65:5 129:4
154:14 157:3
191:15,20 198:7
217:17,19 222:5
242:10
**answering**  136:5
**answers**  11:3
15:24 16:4 28:23
**anthem**  3:3,3,10
6:17,19 7:4 8:8
15:8,9,14,15,16
16:5 19:23 20:11
20:14 24:14,16
25:1 26:8,12,16,19
29:8 30:6,11,14
34:17,19,21 35:10
35:16 37:1,3,5,19
37:21 38:19 39:20
39:25 40:12 42:16
43:6,10,17,18 44:4
44:22 45:23 46:12
46:17 47:3 48:7
48:10,12,17,21
49:3,8,11,21 50:7
51:10,14 52:5,5,6
52:17,24,24,25
53:1,3,4,9,12 54:5
54:11,24 55:5,9,11
55:16 56:2,8,15
57:17 58:7,8,9,14
58:16,16,21 59:9
59:13,18 60:5,8
61:20,24 62:4,8,10
62:11,19,21 63:5,8

63:14 66:4,7,10
67:8 70:8 72:9,10
73:11,17 74:7,16
75:1,4,9 76:2,3,8
77:10,14,21 79:3,4
79:24 80:11,22
81:5,24 82:14,23
83:3,10,14,17,21
84:6,15,19,21 85:7
85:11,13,18 86:9
86:17 87:24,24
88:3,5,15,22 89:18
91:9 92:2 95:17
96:7 98:13,15,24
99:4 100:12,14
101:22 102:22
104:20,22,24
105:1,6,16,20
106:7 107:1
108:11 109:13,21
110:5,13 111:15
111:21,21,24
112:8,16,17,19
114:11,15 117:6
120:17,24 121:3,3
121:6,8 122:2,10
122:11,16,23
123:1,6 124:7,21
125:3,10,14
127:16 128:2,4
129:12,18 130:4,7
130:20 132:11,13
133:1,1,23 137:1
137:12 138:5,9,11
138:14,18 139:2
139:20,22,24
142:10,19,20
143:13,19 144:7
144:20,21 145:5
145:11,17,23,25
146:5,8 147:16,20

149:4,14,19 150:7
150:12 151:14,18
151:24,25 154:10
155:1,5,22 156:1,6
156:8,13,15,24
157:6,8,13,21
158:2,5,11,15
159:25 160:5
161:25 162:4
168:9 171:5
174:24 175:21,21
176:11,16,22
177:23 179:1,7,22
179:24,25 180:9
180:11,15,16,17
180:23,24 181:8
181:17 182:7,9
183:4,5,15,16,21
184:1,7,9,12,17
185:5,7 187:14,24
190:13 191:1,9,11
191:23,24 192:5
194:15,22 197:14
197:16 198:3,21
199:10,25 200:16
200:20 201:21
203:19 204:22
205:4,5,10,13,25
206:5,5,9,20,21,25
207:2,4,16,19
208:10,15,19,25
209:23,25 210:8
210:10,23 211:4
211:11,16,22,25
212:7,10,13,15,17
212:20,23 213:10
213:15,23,25
214:3,9,18,21
216:6 217:1,8,13
218:2,15 219:19
221:13,20 223:3

223:18 236:4,10
236:13,16,19,24
240:5,13,15 243:3
243:23 244:1,1,2,5
**anthem's**  8:19
12:1 15:22 16:2
16:21 18:19 24:12
29:18,20 38:9
43:10,11 51:9
56:1 58:15 62:20
63:6,7 73:10 74:8
76:18 80:12 83:23
83:24 85:1 88:15
93:24 94:9 101:19
103:9 104:1
105:11,24 106:3
110:1 117:15
118:17 122:5
129:1,10 141:10
146:12 147:10
153:23 183:14
192:4 206:12
208:8,9 209:15,17
213:21 222:7
**anthony**  5:9
**anthony.albero**
5:11
**anticipate**  197:4
**antitrust**  78:7
189:13,17,18
**anybody**  8:20 14:2
14:8 25:10,12
45:23 46:8,12
85:6,10,12 99:12
99:13 122:25
210:11 211:12,12
220:24 241:22
244:2,4,16
**anymore**  102:21
122:5 196:10

[anyway - attorney]                                                          Page 6

**anyway** 102:1
  222:17
**anyways** 121:18
**apm** 121:3,7 122:5
  122:11,24 190:20
  190:24
**apologies** 52:10
  118:1 227:1
**apologize** 27:8,9
  114:8 144:15
  152:14 153:20
  193:11 231:15
**appear** 73:2
  120:21 148:3,8
  197:5 201:20
  229:16 238:25
**appearance** 40:8
**appearances** 7:16
**appeared** 147:2
**appearing** 137:9
**appears** 62:7 70:2
  96:8 118:19
  123:20 177:18
  189:15 192:16
  220:3 240:2
**appended** 246:23
**applicable** 146:14
  147:10,13 153:23
  170:3 214:15
**applied** 236:5
**applies** 14:11
  165:13 235:8
**apply** 141:14
  162:21 164:19
  165:13,16,17,17
  165:18,21 166:15
  166:25 167:13,25
  168:2,3,11,21
  169:3 235:20
  246:24

**appointment**
  101:5
**appreciate** 21:24
  23:20 167:5
  171:10,12
**appropriate**
  106:10 137:9
  138:25
**appropriately**
  95:7
**appropriateness**
  154:24
**approval** 41:22,25
**approvals** 41:16
**approved** 44:7,14
  52:13,14 81:8
  234:1 236:1,3
**approximately**
  20:25 35:19 98:21
  199:19 241:18
**april** 177:19
**area** 55:9 133:11
  144:1 187:2
  193:10 198:24
**arena** 150:19
**argument** 12:7
**arrangement** 8:2
**arrives** 43:25
**article** 69:16,17,19
  70:2 77:9,16
  80:11 81:9
**articles** 69:16,16
**asa** 45:17,21,24
  59:8 63:22 64:3,4
  64:9,13,17,24 65:9
  65:15,18 66:3,6,17
  67:9,10,18 69:2
  72:1 88:24 114:1
  120:17 121:7,24
  123:15,20 127:8
  243:18

**ascertain** 198:25
  199:3 215:13
**asked** 11:6 12:5
  15:24 31:10 46:15
  50:18 59:7 63:19
  75:14 76:14 86:19
  87:4,11,14,21
  93:24 107:24
  129:3 154:13
  157:2 188:25
  191:15,20 198:6
  217:16,19 219:19
  222:5 242:6,19
  243:17,21
**asking** 9:5,8 10:16
  11:2,11 19:20,24
  34:11 41:23 50:9
  50:15,16,17 52:23
  58:4 59:8 63:24
  66:1 75:4 78:16
  85:12 86:18 131:5
  138:11 139:16
  144:17 158:14
  175:19 176:16
  184:6 191:23
  192:3 205:2,3
  213:21 218:20
  220:14 222:6
**asks** 14:9
**aso** 42:15 144:19
  144:22 181:11
  182:7 185:11
  203:17,20
**aspects** 80:19
**assessed** 201:18
  233:15 235:22
**assesses** 195:12
**assessment** 203:13
**assessments** 204:3
  204:7

**assist** 89:10
**associate** 88:14,20
**associated** 48:19
  80:24 84:5 110:19
  124:8,13 170:1
  187:9
**associates** 89:9
**association** 1:5
  4:19 16:10,13,19
  16:23 17:2,14,16
  24:9 26:1 42:12
  165:10 188:1
  218:7
**associations** 54:11
  54:16
**assume** 8:21 11:10
  14:15,18 25:25
  39:6 59:4 63:25
  74:6 100:5 103:4
  158:15 165:25
  201:1 221:12
  232:22
**assuming** 229:9
  237:8
**assumption** 64:1
**astrazeneca**
  161:18
**attached** 204:4
  222:21
**attachment**
  127:20 130:8
  131:7,15
**attachments**
  152:20
**attain** 60:18
**attempt** 20:7 89:3
  191:2
**attempting** 30:2
**attention** 84:15
**attorney** 12:2,3,11
  14:11 19:16 20:4

[attorney - believe]                                                        Page 7

246:17,19
**attorneys** 5:14
  7:20 10:22 14:10
  25:11,12
**audit** 93:20,23,25
  94:4,13,18,23,25
  95:1,4,9 96:14
**auditing** 82:17
  83:6
**auditor** 95:17
**audits** 94:19
**aurobindo** 1:9
  5:13
**authority** 83:11
  190:12
**authorized** 246:5
**auto** 16:24 24:9
  37:8,25 40:1
  42:11 119:16
  122:17 165:10
  172:2 218:7
**auto's** 24:15
**automatically**
  119:20
**automobile** 1:4
  4:19 16:9,10,13,19
**available** 85:4,5,6
  85:10 89:19 91:13
  107:2 108:23
  109:14 158:25
  172:4,15
**avenue** 5:5
**average** 91:21
**avkare** 1:9
**avoid** 14:24,25
**aware** 29:8,14,15
  103:18 151:18
  152:12 160:5
  212:10,13 213:15
  214:20,21 227:13
  227:15

**awareness** 151:22
**awful** 99:5
**aww** 40:4

**b**

**b** 3:3 4:15 8:14,14
  13:24 15:16 71:24
  109:19 113:25
  119:23 123:19
**back** 16:9 31:23
  33:12,14 38:10,23
  43:17,25 46:21,25
  51:16,25 53:4
  57:7,11,22 61:18
  63:21 67:4 70:5
  71:12,23 73:19
  86:8 94:7 97:17
  97:21 99:24
  101:24 102:11,24
  102:25 103:1,2,3
  104:6 105:18
  106:14 108:11
  110:6 114:18
  118:10 121:18
  131:25 133:21
  134:19 136:13
  137:11 142:4,8
  144:12 146:24
  147:1,12,17,22
  162:6 163:4,19
  168:24,25 169:22
  170:25 175:8,18
  179:17 180:4
  182:21 185:25
  186:5 188:2 194:4
  195:19,22 196:7
  196:18 198:16
  204:19 205:13
  207:10 209:22
  216:21 219:15
  221:24 223:23
  228:4 229:13,25

230:20 231:9
  235:21
**background** 66:16
  158:17 182:3
**backup** 74:6
  185:12,14 196:24
  198:2,11 200:11
**backwards** 121:22
**bad** 127:23
**balance** 52:15
**banking** 117:12
**based** 22:8 46:4,6
  60:6 62:7,9 63:6
  81:23 133:3
  148:12 154:3,11
  155:5,14,21 183:6
  188:19 225:7
  230:19 244:16
**basic** 9:22 165:25
**basically** 23:2 50:6
  53:1 134:11
  161:12 205:14
  231:4
**basics** 9:19 13:12
**basis** 38:10,14
  42:19 43:6,13
  53:11 80:9,12
  91:11,12 94:3,17
  111:15 126:1,4
  139:13 167:16
  199:18
**bates** 47:19,25,25
  48:2 209:5,19
**beat** 181:5
**bed** 8:22
**began** 30:12
**begins** 57:12 97:18
  142:5 182:22
  216:22
**behalf** 1:5 22:10
  29:22,23 30:23

37:25 38:15 41:4
  51:14,15 53:14
  54:6 55:7 58:21
  76:20,24 78:3
  79:3,21 81:4
  83:14 90:2 102:5
  102:24 112:21
  117:22 122:17
  138:17 149:24
  155:25 179:21,24
  190:13 201:8
  203:19,19 210:8
**believe** 21:16
  23:16 24:4 30:15
  31:16 34:10 37:17
  45:22 46:16 54:3
  57:19 59:15 63:22
  67:10 68:1 69:11
  69:18 72:1,22
  85:8,22 88:25
  98:1 99:17 104:5
  104:16 108:2
  109:3 111:13
  115:17 117:4
  120:15,25 121:9
  121:13 124:25
  126:15,18,20
  127:9 128:12
  132:7 136:2
  138:22 141:23
  142:12,14 144:9
  144:16 145:2
  146:13 149:4,16
  150:11 151:16
  157:4 173:13,18
  178:13 179:5
  185:9 190:5
  191:22 192:25
  193:4 195:24
  199:5,6 200:2,3
  203:13 204:7,25

207:18,23 209:1
209:12,16 210:9
210:25 219:25
222:1 224:4 228:8
238:13 243:21
**beliveau** 4:20
**bell** 5:16
**beneath** 81:18
159:6
**benefit** 23:23 27:6
37:7 41:8 58:24
72:8 76:15 82:6
114:11 115:22
118:9 119:5,18
120:19,23 122:1,2
123:2,9 125:20
143:19 148:6
165:1,8,16,18
166:14 180:15
201:22
**benefits** 6:15,16
16:15 22:14 26:23
28:2 34:20 35:17
37:2 41:3 48:15
49:13 74:8 76:20
76:23,24 80:23,24
81:6,7,12 87:4
103:7 105:15
106:7 108:7,7,8
114:14 119:11
123:25 124:4,13
148:22 151:9,24
151:24 152:2,16
165:5 166:7,8
167:12 169:16
170:2,23 190:10
205:16 206:22
211:17 212:12
237:6
**best** 10:14 84:13
103:9,11 104:2

124:5 125:4 129:6
213:20 220:19
237:7 246:15
**better** 21:2 22:5
41:23 221:18
**beyond** 27:17 55:8
78:12,14 79:2
84:24 86:22,22,24
94:23 95:4 111:1
158:20
**big** 12:6 32:3
35:11 113:12
135:6,12 143:23
219:23 232:10
244:1
**bill** 43:7 52:18
53:12 101:18
181:12
**billed** 42:11 43:5
185:6
**billing** 117:12,13
117:16 181:11,15
181:20 182:6
187:2 242:24
**bills** 181:25 185:5
**binding** 16:5
**bipc.com** 4:17
**bisgaard** 5:9
**bit** 21:2 26:7 34:16
34:18 70:7 92:24
98:12 114:6 130:6
133:13 134:3
145:8 146:2
149:25 153:5,17
158:14 162:3
166:22 174:10
175:6 177:2 178:5
181:21 182:25
188:6 204:4
231:14

**blackwell** 4:4
**block** 68:7 117:11
**blood** 22:19,23
23:24 33:25 34:1
34:13 70:10 85:18
86:3,10 87:5
117:3 160:6 161:7
161:23 183:2,6,18
**blotchy** 127:22
**blow** 57:25 60:1
61:12,19 81:2
88:10 134:21
136:18 151:5
152:14 153:15
159:6 166:7 167:7
171:18 192:19,20
**blown** 54:2
**blue** 3:3,3 5:16
15:9,9,16,16 25:1
25:1 26:19,19
71:7 187:16,17,21
187:22,23,23,24
188:1,3
**bonus** 62:23
**bonuses** 60:6,13
62:9 63:17 73:13
**booklet** 81:6,8,12
82:6 148:6
**boots** 103:25
**boston** 4:11
**bottle** 239:13
**bottom** 33:21
47:20 71:6,11
122:13 154:1
177:18 224:20
**box** 71:7 96:6,15
96:16 166:7 169:3
171:19 173:2
201:1
**boxes** 167:9

**brand** 110:18,20
110:21,22,24,25
111:5,7,9 160:12
160:24 174:14,25
175:10
**branded** 208:8
**brands** 110:24
**break** 11:16,22
17:12 33:2,4
37:15 57:4 66:22
96:25 113:4 127:3
137:17 141:6,11
141:24 177:7
204:13 232:5
239:18,20
**breakdown**
186:17
**breaks** 11:13
**brick** 39:1 160:25
234:18
**brief** 9:6 12:20
**briefly** 99:24
100:4 171:15
**bring** 13:13 26:3
70:5 154:17
**brisbois** 5:9
**broaden** 139:17
**broadly** 142:18
**broken** 116:21
202:8 203:21
**brooke** 223:25
**brought** 107:24
**brown** 99:11,14
109:3 218:6,9
220:4
**brown's** 99:18
**bryant** 1:10
**bubble** 60:1
**buchanan** 4:15
**bud** 19:19 174:2

**build** 83:11
**bulk** 29:5
**bullet** 114:6,10
 115:21 153:18
 159:6 222:19
**business** 15:8 29:6
 88:13,20 146:7
**bypasses** 170:19

**c**

**c** 3:1 4:1 5:1,17
 8:14,14 123:20
 127:8,21 129:13
 198:19,19,22
 246:1,1
**ca** 3:6
**calculated** 42:11
 138:13 200:20
 204:6
**calculating** 137:13
**calculation** 141:15
**calculator** 235:1
**calendar** 163:6
 166:3
**call** 9:23 32:17
 45:16 48:23 78:24
 105:25 106:10,15
 115:11 116:15
 134:14 137:25
 154:2 159:5
 162:15 166:19
 167:6 172:2,11
 181:22 199:4
 200:22 203:24,25
 204:1 215:16
 226:10 239:9
**called** 2:3 8:14
 16:9,19 29:10
 47:19 48:7 77:10
 93:19 121:4 164:9
 172:3 178:15
 181:24 198:13

231:25 239:11
**calling** 92:13
**calls** 19:15 43:3
 49:4 56:4,21 64:7
 64:19 66:13 74:23
 75:11 76:12 137:4
 157:25 158:21
 173:25 175:3
 178:9 180:2 191:5
 191:5 213:3
 221:21 232:15
 233:1,2 235:10
 237:11
**camber** 1:10 5:8
**camera** 71:7
**camino** 3:6
**cancer** 90:5
**capability** 14:19
**capacity** 54:24
 60:16 98:25
**cappa** 187:2
**car** 16:16 101:4
**card** 39:14 168:21
 187:21,22 188:3
 208:13 238:4,5
**care** 82:23 84:16
 84:17,18 109:10
 166:18 169:4,17
 193:1
**carondelet** 4:5
**carrie** 99:15
**carried** 114:4
**carries** 238:18
**carrying** 130:19
 131:17
**case** 1:2 13:5,7
 27:7,10,23 32:6,7
 51:16 52:6,10
 66:8 78:7 81:3
 87:24 99:18,19
 101:11 103:4

106:21 123:4
 145:15 146:23
 151:7 165:24
 170:5 189:13,17
 189:18 190:13
 197:17 219:20
 246:21 247:2
**cases** 20:9 119:1
**cash** 101:24
**cat** 40:3,21
**catch** 77:2 137:23
**categories** 36:18
 36:19 90:3 142:24
 242:15
**category** 61:9
 110:15,16 113:12
 137:8 166:22,23
 175:15
**cats** 40:7
**caveat** 11:19,23
**cc'ing** 220:4
**cell** 13:13 14:1
**cent** 62:15
**center** 4:22
**cents** 189:20
**certain** 60:7,18
 62:10 109:25
 110:11 111:6
 129:20 159:17
 162:19,24 163:22
 185:22 187:10,14
 194:22 224:7
 227:11
**certainly** 11:8
 27:21 29:14 69:13
 69:21 72:22 84:17
 89:15 98:24 113:9
 124:10 131:11
 144:21 174:22
 182:5 200:10
 224:25

**certainty** 140:17
 226:20 233:6,8,22
**certificate** 148:4
 178:14 245:1
 246:23
**certified** 2:7 8:15
 246:3
**certify** 246:7,11
 246:16
**certifying** 246:25
**cetera** 31:3 36:24
 41:1 71:20 83:18
 98:23 111:2
 178:18 208:9
 243:10
**cf** 239:25
**cfdsc** 240:1
**ch** 233:19
**chad** 3:5 8:8 50:18
 137:20 139:9
 191:17 215:25
 241:25
**chad.fuller** 3:7
**chair** 239:23
**chances** 10:3
 11:25 233:13
**change** 15:19
 64:23 76:6,8
 107:21,25 120:22
 121:25 151:1
 179:25 181:9,16
 181:20 185:5
 197:4 199:9,24
 201:21 229:7
 243:9 247:5
**changed** 64:5,16
 70:17 109:1
 180:23 229:15,18
**changes** 64:14,22
 64:24 81:6,8
 157:9,16 217:6

245:5
**characters** 238:13
  238:15
**charge** 58:8 143:8
  164:6,6 194:17,21
  211:21 232:18,21
  232:23
**charged** 50:7
  51:16 55:17 56:9
  57:18 58:17 59:10
  59:19 63:6 124:15
  126:4,16 160:20
  187:3 201:7
  232:19
**charges** 51:11
  185:8 193:6
  198:13,17 202:22
**charlie** 22:17
**charlotte** 4:16
**chartered** 4:21
**chase** 101:25
**check** 42:5 43:11
  43:19,22 96:16
**checked** 195:18
**checking** 95:20,23
  96:6
**checks** 95:25
  96:15
**chicago** 3:14
**child** 149:9 195:13
**choice** 106:24
  134:1,23 135:8,13
  135:24 145:14,15
  145:16,21,21,25
  163:3 171:24
**choose** 36:8
  145:17
**chooses** 81:25
  145:13
**choosing** 107:5
  157:21

**chose** 223:14
**christopher** 4:15
**christopher.henry**
  4:17
**cipriani** 5:14
**circumstance**
  164:13
**circumstances**
  163:8,14,14,22,25
**city** 4:22
**civil** 2:5 15:10
**claim** 38:9,20 39:8
  39:21,23,25 40:12
  41:20 42:9 44:4,7
  44:8,14 50:3,5,6
  51:10,13,13 52:11
  53:11,20,24 58:1
  58:11 77:20 78:2
  78:4 80:1 90:3
  91:19,20 92:14,15
  93:5,8 95:10,15,18
  95:22 96:7,12
  100:13,15,15,15
  101:3,10,12,12,14
  101:16,16,19
  102:8,23 103:16
  103:17 104:6,7
  115:15 126:1
  129:21,23 152:4,6
  170:11 183:17,18
  185:19,19 186:7
  186:10,11 187:5
  187:16,17,20
  196:4 197:8
  198:17 203:6,7,7
  204:4 233:12,25
  234:9,20 235:6,7,9
  235:14,16 239:3
**claimants** 90:6
**claims** 22:9 23:3,5
  23:8,10 28:18

29:25 30:18,21
  38:8,14 42:13,18
  42:19 43:8,8,14
  49:13 52:8,17,18
  52:19 53:11,13,25
  57:17 58:21,22,24
  60:8 70:13 71:19
  76:19 79:9,20
  80:8,14,18,19,22
  84:5 87:12,23
  88:2 90:1,12,16
  91:4,20,23,24 92:1
  92:6,11,22 93:19
  93:24,25 94:4,5,18
  94:20 95:2 100:1
  101:2 102:6 104:9
  114:12,16 115:13
  117:13,16,19,21
  117:22 118:12
  119:3 122:17
  129:19 137:10
  180:17,23 181:2,3
  181:7,7 183:23
  185:2,5,6,7 187:4
  187:7,10,22 188:3
  188:18 192:16
  193:3 194:2,10
  197:3 198:19,21
  198:22 199:1
  202:22,24 203:8
  215:10 217:5
  218:12,20 219:18
  223:4 234:22
**clarification** 141:8
**clarified** 195:24
**clarify** 46:17
  83:22
**class** 29:25 78:6,7
  78:20 111:6
**classes** 110:14

**clear** 109:9 120:2
  159:10 183:11
**clearest** 170:20
**clearing** 135:22
**clearly** 131:9
  158:16 216:5
**click** 70:18
**client** 14:11 19:16
  237:19,19,21
**clients** 29:1 139:20
**clinical** 154:4
  178:12 202:4,5
**clinically** 159:13
**clinicians** 154:22
  178:17
**close** 136:16
  172:11 223:16
  224:21 226:21
  237:17
**closed** 40:5
**closer** 106:6
**coa** 239:24 240:1
**coan** 4:10
**coast** 96:24
**cobb** 1:20 6:3 7:5
  8:13 9:4 13:12
  17:19 23:16 33:15
  44:17 47:20 51:9
  57:20 58:2 67:15
  74:1 75:17 77:8
  95:19 97:21
  104:19 113:24
  120:10 127:5
  136:22 142:8
  146:22 147:24
  183:3 191:16
  204:22 216:25
  224:6 227:5
  228:19 231:18
  242:4,21 245:10
  246:8 247:3,21

[code - consulted]                                                                     Page 11

**code**  47:21
**coinsurance**
  152:18 159:17
  160:2 165:21
  170:13
**collect**  190:13
**collected**  56:18
  190:14
**collectively**  32:12
**collects**  52:24
**colossal**  216:3
**column**  229:4,21
  231:11,16,24
  233:7,18,23
  234:11 236:7
  237:1,9,18,21,24
  238:1,14,16,19,23
  238:23 239:22,25
  240:3,9,11,12
**columns**  233:17
  240:8,10
**combination**
  238:17
**come**  12:10 28:22
  38:8,15 42:6
  43:17 51:20,20
  52:24 88:4 116:14
  117:1 131:4
  138:12 163:4
  205:10 207:25
  210:16 215:11
**comes**  40:11 43:6
  53:12 129:22
  133:14,18,19
  154:8 176:14
  184:5,8 203:6
  206:13
**coming**  40:17
  70:23 136:13
  158:6 189:14
  208:16,22

**commenced**
  151:20
**commencement**
  246:7
**commencing**  2:10
**comment**  107:13
  107:15 111:1
  215:19
**commission**
  245:20 247:25
**committee**  105:21
  105:25 106:1,3,8
  153:13 154:5,12
  154:20,21 155:6
  155:12,17 156:6,6
  156:12 157:1,7,13
  157:23 158:6,8,10
  158:18 178:4,7,17
  179:2,15 211:20
  212:6,11,14
  213:16 214:10
**committees**
  156:22
**common**  28:16
  48:11,20 49:2
**communicating**
  14:16
**communication**
  19:15 214:18
  218:4,6,19
**communications**
  19:16 30:5
**company**  1:11 4:9
  59:9 98:14 99:2
  239:24 240:1
**comparable**
  163:12
**compare**  142:18
  240:8,19
**compared**  75:19
  91:8

**comparing**  175:16
**comparison**  175:8
**compatible**  34:25
  37:10
**compensation**
  54:6 55:7
**completed**  100:7
  115:19
**completely**  33:6
  111:3 155:22
  208:17
**component**  37:21
  125:6 144:18
  146:3,11
**components**  53:5
**comprehend**  15:3
**comprehensive**
  233:13
**concept**  73:5,6
**concerned**  151:17
**conclude**  68:20
**concluded**  244:21
**concluding**  167:16
**conclusion**  48:23
  49:5 56:4 64:7,20
  66:14 78:24 191:6
  215:6 221:22
**conclusions**
  212:11
**conditions**  127:18
  128:25 152:19
**conduct**  206:17
**conduit**  26:15
**confidence**  140:10
**confidential**  13:4
  85:9 222:2 224:24
  226:1 228:7 241:3
**confidentiality**
  13:4,6,9,10 225:1
**confirm**  8:22
  128:16 146:25

**152:23 193:14
**confirmed**  106:20
**confirms**  61:14
**confused**  242:6
  243:25
**confusing**  171:10
**congratulations**
  98:16
**conjunction**
  108:23 240:13
**connect**  230:20
**connection**  183:17
  183:23 189:16,17
  189:18 191:2
  217:3 219:20
  242:11
**consent**  8:2
**consider**  171:5
  212:23 213:25
  215:14
**considerably**  69:3
  197:23,24
**considered**  41:18
  48:16 79:21 85:9
  114:22 170:13
  225:25
**considering**
  181:10 197:2
  214:1,10
**constant**  28:20
**constitute**  78:21
**constitution**  81:17
**consult**  20:10
  46:12 210:24
**consultant**  26:9,12
  26:22 28:1,17
**consultants**
  154:22
**consulted**  87:18
  179:23 188:21

consults  179:2
consume  29:6
consumer  34:24
  108:21
consumers  161:7
  211:5
contact  28:20
  99:10 206:16,17
  206:18,19,20
  218:24 219:1
  225:7 242:23
contacted  206:22
  217:14 218:2
  240:15
contacts  89:14
  99:9 145:17
  223:22
contain  30:20
  90:10
contained  93:6
  147:14 226:2
containing  22:18
  22:22 204:23
  213:18
contains  224:23
  228:8
contending  72:9
content  22:6
contention  73:10
contents  46:3
  89:21 113:3
continue  80:16
  181:12 216:7
continued  4:1 5:1
  149:13,19 150:1,8
  181:2 214:22
  215:7
continues  64:17
continuing  71:15
continuity  208:10

contract  39:21
  60:24 74:6,12,15
  74:20 75:2,3,5,6
  75:18,20 77:23
  126:4,7,9,11 149:8
  149:12,14 154:3
  199:9,24 204:8
  206:15 221:10,11
  221:12,19 222:1,4
contracted  73:17
contracts  35:18,20
  35:22 54:5 55:6
  83:12
control  48:11,20
  49:2 214:4 246:24
controlled  48:12
  80:25
controlling  48:11
  159:22 180:5
conversation  10:8
  51:21 154:17
  183:25 184:4
  220:7,18
conversations
  19:25 20:3,20
copay  42:25 170:4
  171:5
copayment  160:20
  165:21 167:3
  168:5,21 169:6,20
  170:1,18 171:7
copayments  36:23
  152:18 159:16
  160:2 162:21
  167:20 168:7
copays  167:22
copy  18:5 81:6,7
  82:4 89:1 127:23
  221:25
cor  193:7

correct  17:3 18:21
  21:12,14 23:4
  36:5,9 41:6,13
  43:21 47:17 49:24
  81:14,21 90:20
  93:15 102:23
  106:21,22 107:11
  109:11 116:18
  119:8 123:11
  124:18 125:23
  134:13 144:22,23
  145:6,7 160:4
  166:5,17 167:1
  181:18 185:23
  188:24 200:21
  203:11 212:9
  228:3 240:24
corrections  245:4
correctly  48:12
  54:8 60:10 77:16
  81:10 84:2 130:13
  152:21 166:11
  171:3 173:9
cost  36:21 42:3
  90:18 96:9 137:11
  144:4 159:13
  160:12,15 163:10
  163:11,23 232:10
  232:22 233:6
costs  86:3,10 87:4
  124:8 131:14
  171:20
counsel  3:10 7:5
  7:15 8:1,19 18:4
  19:21,24 20:20,25
  21:8,10,11 25:6,23
  31:11 87:13
  141:24 188:15
  217:14 218:16
  219:19 223:3
  224:17 225:19

241:10,14,21
  246:17,20
count  79:22
  135:18,20
counted  235:15
counterpart
  160:13
couple  18:2 21:21
  22:12 105:19
  133:25 237:16
  242:3
coupon  161:12
coupons  161:6
course  12:24
  14:22 24:3,25
  31:8 40:7 66:25
  79:6 96:21 98:22
  107:2 108:6,16,20
court  1:1 2:5,7 7:8
  7:12,18,19 8:10,15
  10:5,12 12:6
  13:11 14:8 27:10
  73:20 100:18
  204:2 246:3,25
courtesy  10:16
courtroom  9:15
cover  125:15,19
  125:23 174:14
coverage  25:1
  41:17 77:25
  100:25 105:22
  109:5 148:4 153:5
  164:19 165:7
  166:16 178:14,15
  185:21
covered  41:18
  50:7 51:11 75:15
  83:1 146:15,21
  152:16,24,25
  153:2 159:12
  160:15 166:8,9

167:14 168:11,16
169:7 173:4
175:20 206:4
220:21
**covering**  24:4
198:5
**covers**  120:1
**cp**  231:16,16
**crain**  3:9
**crazy**  161:4
**created**  180:14
237:13
**creation**  105:14
**credit**  102:25
109:20 111:17
112:11 130:9,21
132:6,17 133:3,5,6
141:12 183:12
195:19 196:23
197:1 199:20
200:11,13
**credits**  110:6
183:1 184:8
195:18 196:7
197:12 199:17,19
202:23
**creep**  11:1
**crew**  91:2
**cross**  3:3 6:6 15:9
15:16 25:1 26:19
119:2 187:16,17
187:23 188:1
242:1
**crossing**  28:14
**crossover**  118:13
118:20
**csr**  2:7 246:23
**culbertson**  4:10
**curb**  115:3
**curious**  163:13
194:18

**current**  98:19,20
225:24
**currently**  132:22
142:14 190:2,3
**custom**  27:23
**customer**  28:21
38:7 42:15 99:3
118:12 140:4
144:19 200:18
221:15
**customers**  26:15
35:14,16 36:6,12
129:21,25 144:21
181:11 182:1,7
185:11 203:18,20
203:20 208:11
**customized**  172:2
**cut**  43:18 141:17
**cv**  1:2
**cvs**  135:12 171:21
240:12,14,16,23

**d**

**d**  3:3 4:4 13:24
15:16 17:8 111:13
111:14 119:18,23
146:2,5,11
**d.c.**  3:20
**d2**  111:14
**da**  17:10,13 21:7
240:12,12
**dallas**  5:5
**damages**  30:2
**data**  23:3,5,8,10
44:4 87:23 88:1,2
88:10 91:13 104:9
104:11 180:17,24
181:7,8 185:7
188:18 219:18
223:5 228:24
230:17

**date**  47:1 64:22,24
70:1 123:13
148:15,20 184:22
184:23 185:18
199:16 201:23
223:4,13 229:15
229:17 230:19
238:23,24 239:5,5
246:14 247:3
**dated**  163:4
192:15 199:11
**dates**  30:22 223:10
224:12,13 228:21
240:20
**david**  3:9
**dawkins**  2:7 7:13
7:19 10:6 185:24
186:4 246:3,23
**dawson**  10:6
**day**  10:24 11:14
21:19 28:19,19
32:21 101:6
125:10 127:12
136:1,3,10,10
147:18 167:20
168:7 228:1
245:13 247:22
**days**  25:19 129:24
**dc**  239:22 240:11
**deal**  99:13
**dealer**  37:8 119:16
**dealers**  1:4 4:19
16:10,13,19,25
24:9 38:1 40:1
42:12 122:17
165:10 172:2
218:7
**dealership**  95:15
119:15 150:5
**dealerships**  16:16
238:11

**dealing**  28:25
69:18 151:19
152:9 207:5
**deals**  24:20 127:15
**dealt**  62:24,25
**december**  217:21
**decide**  36:22
**decided**  24:14
137:2 180:12
**decides**  154:10
**deciding**  14:10
154:8 155:3
**decision**  24:12,15
155:5 158:4
180:10
**decisions**  154:4
155:17 156:13,16
156:22 158:11
**deductible**  36:23
37:9 108:12,14,19
108:22 144:1,2
165:6,12,13,14,16
166:3,9,14,15,24
167:11,13,24
168:2,10,12,15
169:3,4,5,25 170:3
170:6,8,8,9,10,19
171:2
**deductibles**
108:17 152:17
**defendant**  4:3,9,14
4:19 5:3,8
**defendants**  1:18
3:11,17 5:13 29:9
31:21 32:6,7,18
241:13
**defense**  7:5 8:7
12:2 241:9,14,21
**define**  35:22 50:10
79:13

**defining** 36:17 51:6
**definitely** 143:22
**definition** 48:6,8 50:2,4 61:12 78:16 121:7
**definitively** 31:23 225:18
**degree** 222:10
**delineate** 105:4
**delta** 22:17 111:13
**dental** 92:15,16 117:23 194:2,6 197:24 204:5
**department** 46:24
**dependent** 36:4 109:5
**deploys** 100:12
**depo** 36:14 78:13 94:24 156:10 158:21 178:21 215:17
**deponent** 245:1
**deposed** 18:20
**deposition** 1:20 2:2,4 7:4,10,21,22 7:23 9:8,12,23 12:5 15:10 21:1 25:8,16,18,23 26:4 27:7 29:13 54:21 59:17 75:16 85:3 86:20 87:17 99:18 133:11 169:11 208:6 222:23 239:12 242:5,7,11 242:16 244:19,21 245:4 247:3
**depositions** 27:15
**derives** 111:25 194:23

**describe** 20:19 30:4,17 37:2 89:21 124:6 125:5 133:15 137:2 203:14 244:3
**described** 103:11 127:20 130:5
**describing** 130:8
**description** 6:9 26:17
**design** 26:23 28:2 28:8 106:17 143:20 201:22
**designated** 13:3 15:7
**designation** 225:1
**designee** 15:10,22 18:20
**detail** 55:8 91:24 112:1 117:19 120:10 185:15 197:5,6,7
**detailed** 91:18 117:13,16
**details** 15:4 26:11 49:7 174:12 197:11,13
**determination** 154:2
**determine** 54:14 119:1 136:20 190:9
**determined** 191:8 236:20,21
**develop** 158:19
**developed** 112:22 131:16 132:4 147:21
**development** 112:24 177:3

**develops** 131:23
**diabetes** 141:5
**diabetics** 60:21,23 60:25 63:9
**diagnoses** 90:4
**diego** 3:6
**differ** 74:20 75:8 115:1 143:20,24 145:10 237:19 238:24
**difference** 55:16 56:8,16 57:17 58:6,15 59:10,14 59:19 61:3 115:14 156:7 239:5
**differences** 58:17 144:24 173:21 174:3,6 175:16
**different** 16:8,15 35:2 36:7,11,21 37:7 56:25 59:7 64:15 75:18 76:6 76:7 88:24 89:25 98:23 103:10 105:12 107:1 111:4 120:3 138:24 139:15 145:1,3 162:3 183:18 186:9 196:24 198:14 201:7,15 209:15 212:16 214:6,7 226:13 233:10,24
**differentiate** 22:22
**differentiated** 194:6
**differently** 158:14
**differing** 229:21
**differs** 103:14
**difficult** 10:13 31:9,11 65:25

**89:5 131:3**
**diovan** 110:21,22 111:5
**direct** 6:4 9:2 246:24
**direction** 246:25
**directly** 43:9 62:24 70:9 102:20 110:1
**director** 25:15,21 99:11
**disabled** 118:23
**disappeared** 71:13 214:14
**discern** 226:8 227:19 236:14
**discontinue** 151:11
**discount** 194:14
**discounts** 194:23
**discuss** 21:23 38:5 97:8
**discussed** 25:22,25 192:16 217:1
**discussing** 21:5 45:14 67:7 68:1 68:13,22 69:8
**discussion** 223:2 223:13
**disease** 90:5 151:8 152:7
**dispense** 136:12 172:19,20,25
**dispensed** 110:12
**dispensing** 55:17 56:10 58:18 136:8 136:10 233:11,14 233:20,24 234:1,2 234:8,12 235:8
**disposal** 105:13

[dispute - earlier]                                                      Page 15

**dispute**  64:1
**distinction**  163:2
**distributed**  147:20
  165:9
**district**  1:1,1 7:8,8
**diverse**  35:9
**doctor**  39:17 61:5
  93:9 143:7
**doctor's**  101:4,12
  208:13
**doctors**  60:16,24
  63:10
**document**  17:23
  23:22 33:16,24
  34:2 44:18,24,25
  45:2,14 47:21
  51:1 56:5 65:11
  65:21 69:15 70:24
  72:2 81:13,15
  126:13 129:14
  136:23 137:19
  147:25 148:14,24
  151:10 153:6
  155:9 159:22
  164:24 170:23
  178:15 184:21
  196:11 209:8
  222:15 224:6
  225:3,6 227:5,10
  227:12,14 230:9
**documents**  12:18
  13:6 20:13 23:18
  25:6 26:3 31:15
  38:17 54:15 65:22
  75:12,13 120:20
  126:19,21 148:12
  149:2 151:1
  184:15 187:11
  202:13 212:1
  223:19 225:15
  226:8,9,10

**doing**  9:18,24
  10:10 14:13 15:8
  33:1 38:19 41:6
  83:13 84:7,8,16
  109:22 111:22
  114:14,15 123:8
  125:18,20 206:12
  206:13
**dollar**  79:20 90:7
  91:23 108:14
  166:3 167:3 168:5
  169:6 170:8
  231:24 232:6
**dollars**  41:11,11
  189:20 197:3
**door**  33:3 40:5
**dorner**  3:19 6:4
  8:6,6,17,24 9:3,5
  18:13 19:17 27:5
  27:20 31:16 33:6
  40:22 48:25 49:25
  50:11,15,18,24
  51:2 54:19 57:6
  57:14 59:25 65:23
  67:6 68:6 71:21
  73:19 75:13 77:5
  81:1 86:7 88:9
  93:17 97:2,4,10,20
  112:7 113:22
  114:7 118:5 120:8
  137:18,22 142:7
  144:14 151:4
  153:14 159:4
  164:16 166:18
  172:11 177:13
  178:22 182:24
  184:13 185:24
  188:14 189:9
  192:13 195:5
  196:13,20 200:22
  204:15,21 209:2

  209:11,14,18
  213:9 215:18,23
  216:10,15,24
  222:12,16 223:16
  224:19 226:3
  228:12,15 231:9
  239:19 241:5,9,21
  241:25 243:14
  244:15
**double**  241:6
**dozen**  12:19
**drafted**  156:25
**drafts**  208:5
**drawn**  110:6
**drew**  3:19 8:6 9:5
  19:16 219:1
  223:23 225:22
  242:22
**drive**  3:14
**driven**  34:24
  108:21
**drug**  1:16 6:17
  48:16 49:12 50:8
  51:12 53:25 55:12
  55:18 56:10 57:17
  58:18 76:20,24
  90:12,13 94:5
  104:21,25 105:6,9
  109:23 110:1,6,9
  111:8,17 112:10
  113:4,4 128:16,18
  131:9 136:19,21
  138:3 139:4,21
  152:24 161:12
  168:16,21 171:20
  173:2,3,7,10,11,17
  173:22,23 174:4,4
  174:7,8,9 175:6,17
  175:17 176:13
  177:11,12 178:5
  193:3 197:9

  207:25 233:25
  234:21 235:6
**drug's**  175:24
**drugs**  15:2 22:18
  22:22 62:1,3,14
  63:1 107:5 109:25
  110:12,19 111:6
  119:11 137:10
  153:10 159:13,14
  159:15,17 160:10
  160:11,19 162:17
  167:9,13,23
  169:11 171:19
  173:3 174:21,23
  175:10 177:3
  180:18,25 204:24
  205:14 217:9
  235:23 236:5
**dtdorner**  3:21
**duane**  3:19
**duanemorris.com**
  3:21
**due**  136:20 137:3
  137:13,24 138:1
  226:1
**duly**  8:15
**duties**  74:20
**duty**  211:1

_____
            **e**
_____
**e**  3:1,1 4:1,1 5:1,1
  5:10,15 13:24,24
  21:13 32:9 77:14
  198:19 246:1,1
**earlier**  23:22 33:4
  51:19 52:2,10
  63:9 70:22 100:25
  117:19 121:6
  126:19,21 145:8
  148:6 153:13,22
  163:1 173:7 184:1
  189:12 195:25

200:3 202:17
219:9 243:17
**early** 33:2 91:3
116:13 242:4
**earners** 62:20
**easiest** 201:9
**east** 33:8 96:24
**echo** 77:14
**edit** 107:9
**edits** 82:10 202:4,5
**educate** 165:11
184:25
**educated** 110:18
**effect** 24:5 54:10
64:12,17 65:6,18
66:4,12 67:14
70:15 72:4 117:1
123:1,15 126:15
127:21 138:13
148:9,14 170:22
177:19 180:23
**effective** 24:8
68:17,22 70:1
123:13 127:10
159:13,13 165:3
212:24 243:9
**effectiveness**
154:23
**efficacy** 212:1
**efficient** 181:25
**effort** 55:3 165:11
**efforts** 99:25
103:6 201:7
212:10 217:2
**eight** 20:25 127:12
150:13 217:23
**either** 12:1 19:23
25:23 26:1 30:13
31:11 54:15 62:24
87:9 93:13 98:3
107:3 108:2 110:4

110:15 118:23
120:16 125:10
135:8 139:2
143:12 155:1
169:7 173:13
175:24 183:6
200:9 213:16
218:16 224:14
240:20 244:1
**el** 3:6
**electronic** 117:13
**elements** 184:24
233:6
**eligibility** 149:13
149:19 150:1,8,18
150:22
**eligible** 111:7
116:7,9 118:23
119:25 150:5
**eliminate** 70:23
231:5
**eliminates** 69:23
**elizabeth** 4:21
**ellie** 8:20 226:23
241:22
**email** 6:20 14:19
14:22 208:2
209:18 218:6
220:3,17,21 221:9
222:18
**emails** 21:6 31:10
31:19
**embden** 13:20,22
**embrel** 92:19
**employed** 119:14
**employee** 16:15
41:4 95:15 150:4
186:14 246:17,19
**employees** 35:25
36:22 38:7 144:4
165:11

**employer** 136:20
137:14 144:6
145:12,13
**employers** 36:22
144:1
**enabled** 199:25
**encounter** 9:6
**encourage** 159:12
**encouraged** 160:6
**ended** 77:25
127:11
**ends** 244:18
**enlarging** 72:12
**enrollment** 29:3
**ensure** 106:9
**ensures** 62:13
**enter** 39:15
**entered** 13:10
88:14 225:25
**enters** 39:19 40:24
**entire** 153:15
**entities** 32:12
58:16 212:21
**entitled** 2:4 69:13
**entity** 16:2,6,9,14
16:18 48:11
163:12
**envision** 62:18
**envisioned** 60:14
**equals** 106:21
**equinby** 4:23
**equip** 206:14
**erase** 171:16
**eric** 187:2
**errata** 245:5 247:1
**escapes** 121:1
**esi** 58:25 59:3
195:18,20,25
196:23 197:12
240:12,13,16

**especially** 21:1
**esq** 3:5,5,9,13,19
4:4,5,10,15,21 5:4
5:9,15
**essential** 6:17
107:4,19 108:1
173:3,6,8,11,16,20
173:22 174:4,9
175:6,17 176:4,7
176:18 177:3,11
177:23 178:1,5
**essentially** 51:10
**essentials** 178:7
**establish** 61:20
62:8,11,21 63:5
70:8
**established** 67:8
**establishing** 73:7
73:12
**establishment**
73:1
**estimate** 111:19
112:12
**estimated** 111:17
112:10
**et** 31:2 36:23
40:25 71:19 83:18
98:23 111:2
178:18 208:9
243:10 247:2
**europe** 116:6,9
**evening** 161:15
**event** 117:1 132:2
133:2 212:15,17
212:20
**eventually** 219:12
**everybody** 13:2,7
33:14 97:21
172:21
**evidence** 178:14

[evolved - familiarize]                                                    Page 17

**evolved** 98:22,24
  108:8 164:5
**exact** 31:6
**exactly** 44:8 53:4
  53:19 56:7 208:23
  232:5
**exaggeration**
  101:6
**examination** 2:3
  6:4,6 9:2 18:4,6
  242:1 246:8
**examined** 8:16
**example** 35:12
  52:2 60:20,20
  62:12 63:9 77:20
  77:22,24 78:6
  95:11 100:24,25
  103:20 107:17
  112:20 114:25
  115:9 116:4
  119:13 129:22
  131:4 132:20
  135:11 145:14
  160:11 166:20
  167:1,5,25 169:24
  176:1 232:9
**examples** 115:23
  133:25 188:6
**excel** 6:21,22,23
  6:24 224:18
**exception** 12:10
**exchange** 230:17
**excluded** 110:15
**exclusions** 152:18
**excuse** 10:6 49:13
  54:2 91:6 102:22
  127:16 142:10
  145:5 210:5
  235:15
**executed** 65:7 66:9
  120:21 123:1

**executive** 99:2,11
**exercise** 150:7
**exhibit** 6:10,11,13
  6:14,16,17,19,20
  6:21,22,23,24
  12:22 17:18 32:24
  33:15 34:8,16
  44:16 57:22,24
  67:19 104:14,14
  104:15 120:4
  127:1 136:16
  141:22 147:23
  164:17 171:15
  177:5,6 178:6
  179:16 184:14
  191:14 192:7
  193:20 199:8
  202:21 219:15,22
  219:23 222:22,23
  223:17 224:5,15
  225:16,16 226:13
  226:15,17,24
  227:17 228:4,7,18
  228:18,21,25
  229:1,25 231:10
  231:12 236:12
  241:3
**exhibits** 6:8 12:20
  208:8 226:22
  236:11
**exist** 161:13
  179:13
**existed** 213:11
**exists** 46:1
**expand** 221:6
**expanded** 109:7
**expect** 45:25 46:20
  60:23 72:18
  124:11 179:9
  185:16 229:2
  233:15

**expected** 129:23
**expecting** 102:14
**expense** 93:23
**expenses** 207:5,15
**expensive** 160:19
**experience** 94:9
  161:11
**expert** 215:16
  232:15 233:1,2
**expires** 245:20
  247:25
**explain** 28:15
  122:21 148:2
  156:7 165:5 174:6
  186:23 220:25
  221:5,18
**explained** 117:19
  129:6
**explains** 165:20
**explanation** 187:8
  197:25 198:1
**explicit** 109:21
  167:24 168:4
**explicitly** 64:4
**exported** 230:17
**express** 4:3 24:5
  49:10,19 59:3
  71:17 73:16,24
  74:5,7,19 75:5,18
  76:3,9 105:20
  106:4 113:17
  116:15 120:24
  121:11 122:4,19
  122:20,24 123:6,8
  180:9,12 181:2
  190:12,22 195:25
  205:21,23,25
  219:3,4 221:10,13
  221:20 222:1
  243:3

**extend** 119:11
**extended** 65:9
**extensive** 72:17
**extent** 19:3,5,15
  20:8 29:11 40:12
  47:25 133:14
  211:16 241:2
**extra** 62:15 220:20

**f**

**f** 4:21 5:9 246:1
**fact** 42:11 82:5
  92:14 93:4 122:4
  145:1 150:3
  160:13 164:6
  176:6 195:20
  222:22
**factor** 231:24
  232:12
**factors** 233:22
**fails** 130:4
**fair** 11:11,12
  17:16,17 20:1,2
  34:5,6 44:1,10
  79:12 162:10
  166:13 207:3
  243:11,12
**faith** 111:19
  112:12
**fall** 36:19 209:25
**falls** 69:18
**familiar** 16:8,18
  26:22 28:1,8,10,13
  34:8,10 45:10
  55:22 72:2 137:12
  147:24 164:20
  184:17,19 227:5
  231:18 236:25
  237:2,7,21
**familiarity** 208:11
**familiarize** 22:5

**family** 166:1
**fantastic** 98:11
**far** 9:18 46:25
  76:17 151:17
  174:20 199:6
  201:19 204:10
**fast** 123:12 138:23
**fda** 179:13
**february** 70:7
  72:5 127:10,25
  198:10 199:11
**federal** 15:10
**fee** 55:18 56:10
  58:18 124:1,4,13
  124:16,20 125:3,6
  125:15,19,22
  126:14,16 143:3,5
  143:6,8,15 186:23
  187:3,9 188:16,21
  194:14,22,24
  195:12 201:17
  203:21 233:11,14
  233:20 234:1,8,12
  234:22 235:8
**feeds** 39:20
**feel** 12:8,22,23
  17:21 54:1 69:21
  129:14 136:22
  150:10 163:20
**fees** 124:12,19
  126:3,3 130:11,23
  186:17 187:22
  188:3,4,5 195:8
  197:22,22,23
  198:4 200:25
  201:1,6,20 202:10
  234:3,21,23,25
  235:8
**fiance** 25:21
**field** 213:2

**fifth** 159:20
**fighting** 168:24
**figure** 91:24 215:2
  240:11
**figures** 232:6
**filed** 7:7 29:9,15
  29:24 31:21 101:4
**files** 181:4
**filing** 179:13
**fill** 38:24 39:7,16
  39:24 41:8 42:10
  115:6 140:6,20
  162:20 163:9
  172:14 215:4,5
  230:19 236:22
  240:20
**filled** 30:21,22
  90:18 93:11 197:9
  234:7 235:23
  238:24 239:2,5
**filling** 141:1
**fills** 52:12 236:14
**filter** 231:2
**finally** 141:22
**financially** 246:20
**find** 31:8,18 46:6
  46:22 66:20 86:18
  89:3,10,12,22
  101:2,8 106:13
  126:21 133:15
  152:15 222:3
  238:22
**fine** 10:18 12:16
  17:10 19:17 27:24
  33:6 64:1 67:20
  69:5 97:2,25
  129:8,15 162:14
  169:1 201:12,13
  204:15 209:21
  211:10 222:8

**finish** 96:17
  155:14 204:11
  233:1
**finished** 59:1
  155:19
**firm** 21:13 94:18
  95:4,16
**first** 9:11,24 34:18
  38:25 42:7 52:4
  52:25 63:22 68:11
  83:10 88:17
  104:17 123:19
  126:14 127:19
  128:24 129:8
  130:13 136:18
  142:9 148:3 151:8
  152:15 153:6
  159:19 162:15,18
  170:9 171:1 177:9
  178:3 183:3 185:1
  189:1 193:6,19,20
  194:1 198:10
  199:7 201:20
  202:8,15,22 203:6
  204:22 205:3
  217:13 221:2,9
  223:22 229:4
  241:10,12,13
  242:5,23
**fits** 37:1
**fitting** 239:22
**five** 57:5,6 66:24
  177:7 182:14,16
  204:13
**flag** 213:2
**flaherty** 4:20
  21:14 218:19
**flip** 12:22 17:20
  130:1,2
**floor** 4:11

**flow** 141:12
**fluctuate** 86:4,11
  87:5,19
**fluctuated** 86:25
  87:7
**focus** 36:25 48:6
  50:2 77:9 82:19
  130:2 149:7 153:9
  222:18
**focused** 111:14
  202:22
**folded** 126:23
  188:16
**folks** 70:15 71:14
  96:24 105:19
**follow** 45:7 98:12
  156:5 167:22
**followed** 45:6
**following** 97:16
  218:22 221:14
**follows** 8:16
**followup** 14:9 38:3
**foregoing** 245:3
  246:11
**forgive** 26:10
**form** 43:19,21
  53:13 54:20,20
  68:25 70:11 73:24
  75:22,23 80:6
  84:11 85:21 86:6
  86:12 94:15 104:4
  113:15,17 129:16
  130:9,21 131:19
  133:3 139:6,23
  141:13 196:14
  237:10
**formatting** 184:21
  184:22
**forming** 179:16
**forms** 125:13

[formularies - getting]                                                    Page 19

**formularies** 24:20
25:2 105:12 107:1
109:13 146:14,23
147:9,13,17,19
153:23 157:14
158:19 173:5
174:17,18 176:17
**formulary** 104:21
104:23,25 105:6,9
105:14,23 106:10
106:17,24 107:4,4
107:6,16,18,19
109:16 146:20
147:2,4,5 154:9,11
155:1,2,13,18
156:25 157:22
173:20 174:21
175:1,19,25
176:12,14 177:24
214:1,4,10,15,16
**forth** 62:8 111:18
112:11 130:7
219:15 246:14
**forward** 49:19
64:15 71:17
123:12 230:7
**found** 19:11
**foundation** 43:3
74:23 75:11 76:12
130:25 157:25
158:21 173:25
175:3 178:9 180:2
191:5 213:2 233:2
235:10 237:11
**four** 37:7,12 66:20
142:13 147:4
177:12 178:22
**fourth** 115:21
222:19
**frame** 108:21
133:22 205:8

223:24
**frankly** 67:10
**fraud** 150:23
**free** 12:8,23,24
17:21 54:1 124:10
129:15 136:22
163:20 217:9
**front** 14:15 75:12
131:24 187:8
208:11 218:5
**frozen** 144:9
**fulbright** 5:4
**fulfill** 223:7
**fulfilling** 221:4,7
**full** 8:11 10:9
70:24 103:3
117:20 136:18
162:16 175:8
228:8 243:16
**fuller** 3:5 6:6 8:8,8
18:9 19:14 26:25
27:6,17 28:3
31:13 33:1 36:13
39:10 40:20 43:2
48:22 49:4 50:9
50:16,21 51:1,3
54:17,22 56:3,21
57:2 63:19 64:6
64:19 65:11,20,25
66:13 68:4,8,25
70:11 73:4 74:22
75:10,21 76:1,11
78:9,12,23 80:6
84:9 85:21 86:5
86:12,21 94:15,22
96:19,22 97:3,6,9
100:20 104:4
112:6 113:15,18
121:15 122:7
129:3,16 130:24
131:21 137:4,16

137:21 139:6,10
139:15 146:17
149:21 154:13
155:7 156:2,9
157:2,24 158:20
160:8 169:9,13
173:24 175:2
178:8,20 179:4
180:1 182:17
188:12 191:4,15
191:19 192:8
196:9,16,22 198:6
204:12 206:7
207:6,13 209:3,6,9
213:1,5,8 215:15
215:20 216:1,13
217:16,19 221:21
222:5 232:14,25
235:10 237:12
239:17,21 241:7
241:15,20 242:2
**fully** 49:8 144:18
144:22 200:6
203:18,20
**function** 149:5
**functions** 154:18
202:11
**funds** 102:21
191:2
**furnish** 104:20
105:5,6
**further** 7:24
111:13 133:13
174:12 180:13
186:17 198:2
244:14 246:11,16
**fyi** 205:15,19

**g**

**g** 32:9 237:18
**gagney** 99:16,20

**gain** 20:8
**games** 120:9
**gap** 140:5,6,21
141:1 144:6
**gather** 133:13
222:20
**gathering** 30:8
**gcoan** 4:12
**general** 27:1,2
41:14 78:6 90:3
100:21 127:18
128:25 160:22
174:7
**generally** 11:14,21
12:13 20:19,21
27:11 30:4 38:5
45:10,12 49:16
60:12 64:3 108:5
109:13 126:10
142:19 143:17
147:11 160:11
164:21 168:9,17
168:18 177:2
206:3
**generic** 62:1,3,14
63:1 146:15
159:14 160:10,11
160:19,24 172:14
172:17,20,22
**generically** 143:14
222:9
**genesis** 105:13
**geoffrey** 4:10
**germany** 116:16
**gerra** 203:25
204:1
**getting** 10:23 41:6
52:22 57:3 65:17
65:17 78:20 96:25
107:23 116:11
121:18 133:10

[getting - ground]

220:22 241:7
**gist** 31:3
**give** 10:18 15:23
  15:23 16:5 26:17
  60:20 65:23 71:21
  95:11 98:21
  100:24 102:25
  109:20 112:20
  114:25 132:6,19
  160:13 171:13
  176:1 222:8
  225:19 241:18
  242:15
**given** 9:8 21:1
  46:25 59:20 90:8
  100:25 141:13
  158:17 196:17
  197:13 199:14
  233:13 235:7
**giving** 10:15 12:3
  25:16 29:12
**glass** 204:13
**glitch** 144:16
**go** 8:17 9:7,7
  10:17 11:10,22
  13:15 18:3 20:21
  21:15,18 23:15
  24:17 32:24 43:16
  43:20 44:15,16,16
  45:4 47:18 49:25
  50:1 58:1 61:11
  61:18 63:21 67:18
  67:18,20 69:1,10
  69:10 71:5,22,22
  72:7 75:16 77:5,8
  81:1 82:12 86:12
  86:23 88:9,11
  89:12 93:17 94:12
  97:10 99:24
  100:18,22 101:25
  104:17 105:18

106:14 108:10
109:14,15,19
111:12 113:22
114:9 115:5 117:9
117:24 119:17
122:8 123:12,23
124:21 127:7
129:4 130:1,6,25
131:6,6 133:9,25
134:19 135:23
136:14,19 137:20
138:13 141:25
143:7 144:9
147:12 148:14
149:6,10 151:4
152:13 153:4,7,7
153:11,11,17,21
154:10 159:5,7,8
160:9 162:8,12
164:17 166:1,20
167:6 168:24,25
169:21 171:17
174:7 177:4,5,6,17
180:4 189:9
192:13 193:5,18
196:7,18 197:20
198:17 200:23
202:19 213:5
215:20,23,25
216:15 220:1
221:8 222:12
223:8 229:13
231:9,10,13,16,16
232:7,9,23 233:3,6
234:21,23 235:9
235:21 237:17,23
237:24 238:21
239:12,16,22
241:10,12 244:18
**goals** 60:7 61:20
  61:24 62:4,5,10

63:6,7,8,10 73:1
73:12
**goes** 19:25 38:24
  39:6,13 41:2
  46:11 47:13 52:11
  52:16 69:15 70:2
  90:9 98:9 114:18
  137:11 141:15
  170:4 175:12
  232:6,21 233:9
  235:14 239:2
  240:12
**going** 7:2 8:25,25
  9:19 10:12 11:3
  11:10 12:1,15
  14:7 15:14 16:5
  18:2,20 19:14
  23:17 25:16,20
  26:25 27:1,25
  31:13 33:9 34:4
  35:4 36:13 39:10
  40:6,18 46:21
  48:1,23 49:1 56:3
  57:8 61:20 64:4,6
  64:15 67:1,11,23
  78:9,24 84:8
  86:21 94:16,22
  96:23,24 97:11
  100:20 105:24
  106:24 107:10
  116:10,16 120:24
  127:2,9,14 131:25
  133:5,24 134:17
  136:16 137:1
  142:1 144:9
  145:18 146:24
  147:1 164:8 169:9
  172:22 173:24
  174:23 177:5,17
  178:8 182:18
  183:13 190:3

196:9,10 200:6
202:20 204:10,16
215:1,15 216:17
218:11 221:14
222:10 225:20
226:23 227:24
231:13,14 232:14
234:7 235:3 236:6
237:4,13 238:22
240:20 241:16
**golf** 231:11 237:18
**good** 7:1,18 9:4
  11:18 17:6 45:19
  77:2 111:19
  112:12 127:2
  180:22 211:24
  235:24
**gosh** 99:5
**gotcha** 35:24
  53:23 102:9
  239:15
**gotta** 57:3
**gotten** 185:17
  242:6
**government**
  211:13
**governs** 81:16,18
**granular** 185:14
  185:17
**gray** 166:22
**great** 9:18,24
  10:11 14:13 17:18
  20:3 22:21 23:2
  28:14 41:14 127:7
  204:2 225:12
  231:9
**greenberg** 3:13
**grew** 182:11
**ground** 9:23
  103:25

[group - hospital]                                                                     Page 21

**group**  1:16 6:13
  53:11 145:12,13
  148:13,18 187:10
  229:21 238:1,3,7,7
  238:9,10,14
**groups**  98:23
  141:13
**grp**  237:24
**gtlaw.com**  3:15
**guarantee**  128:13
  128:14,24 129:2,5
  129:25 130:5,9,12
  132:3 136:7 137:8
  140:3,13,14,16
**guaranteed**
  131:15 140:4
**guarantees**  127:15
  127:20 128:2,5,5
  129:13 130:18
  131:10 132:5
  133:4 136:21
  137:8,14 138:16
  139:4,22,25 140:1
**guess**  18:23 20:18
  21:16 29:19 32:24
  41:22,23 52:22
  54:15 80:9 81:2
  83:22 111:4 119:7
  120:5 121:15
  125:4 128:23
  130:15 131:5
  133:3 134:17
  135:10 136:4
  137:25 139:1
  140:22 150:6
  151:16 158:13
  168:4 169:19
  170:1 171:5 176:1
  177:25 178:3
  180:19 186:18
  190:11,12 199:11

  199:23 205:20
  221:18 225:24
  227:8,25 230:13
  235:15 236:7
**guessing**  79:19
**guys**  33:1 57:2
  96:22

**h**

**h**  32:9,10,10
**h.j.**  1:10 4:9
**h.v.**  6:16
**h26**  109:7
**habit**  17:13
**half**  62:15 97:4
**halfway**  194:19
  231:13
**hampshire**  195:12
**hand**  121:25
**handle**  80:13
  191:11 192:1
**handled**  83:19
**handling**  76:19,24
**haniford**  171:21
**happen**  32:23
  56:12 94:2 107:10
  138:14 140:8,12
  148:14 170:21
  205:6 209:4
  210:19,20 227:7
**happened**  120:25
  139:13 173:12,13
  181:13,16 210:18
  218:14
**happening**  128:5
  202:1 218:11
**happens**  42:8 52:4
  94:3 100:7 187:15
**hard**  135:16
**harkins**  1:10 4:9
**harvard**  1:16

**hash**  12:13
**hate**  33:2 57:2
**hcra**  192:24
**headed**  118:12
**header**  190:24
**headers**  237:1,9
  237:14
**heading**  118:9
  170:6
**headings**  120:11
**health**  3:3 7:4 15:8
  15:15 30:20 34:22
  34:22,25 35:1
  37:1,5,7,10 108:22
  129:18 169:2,15
  169:17 207:21
  240:5,13,15
**healthcare**  1:15
  3:17 32:10
**hear**  12:1,4,14
  20:20 28:5 97:24
  98:2,4 209:9
**heard**  8:19 161:10
  161:11 163:19
  182:5
**hearing**  241:8
  244:17
**heart**  90:5
**heavy**  89:12
**heinz**  5:15
**held**  7:10 239:11
**help**  105:3 156:18
  156:19 161:18
  163:18 165:11
  240:10 242:15,18
**helpful**  239:15
  240:10
**helps**  69:20 165:9
  171:16
**henry**  4:15

**hereinbefore**
  246:14
**hetero**  1:11
**hi**  220:5
**high**  31:1 37:9
  38:12 79:12,13
  90:25 100:9
  108:21 124:6
  168:12
**higher**  108:19
  144:2 171:22
  194:23 197:23,24
**highest**  26:16
**highlighted**  122:1
**hinshaw**  4:10
**hinshawlaw.co...**
  4:12
**history**  98:13
**hmm**  53:18 81:19
  120:14 188:10
  232:8
**hmo**  35:2 36:8
  142:22 143:18
**hold**  118:4
**holder**  35:23
**holds**  101:24
**home**  13:16,19
  25:20 115:4
  135:11,12 177:8
  182:11
**homework**  54:18
  196:11,17
**hope**  9:6 32:22
  98:10 131:8 177:8
  184:25
**hoping**  228:19
**horrible**  24:12
**hospital**  61:7 93:9
  96:9 101:11 115:2
  115:2 170:5,10

[hot - insider]                                                                 Page 22

**hot** 51:5
**hour** 11:15,16
  18:18 33:5 96:23
  97:5 127:2
**hours** 20:24,25
  241:17
**house** 3:10 116:21
**housed** 147:21
**housekeeping** 8:18
**hsa** 36:8 37:10,13
  108:23 142:15,21
  143:18 152:25
**huahai** 1:11,17
  3:17 32:8,10
**huh** 10:7
**hundred** 79:20
  166:3 170:8
**hung** 48:2
**hungry** 96:25
**husch** 4:4
**huschblackwell....**
  4:7,7
**hydrochlorothia...**
  33:23
**hypertension**
  151:19 152:8,10
  212:25
**hypothetical**
  39:11 42:21 78:10
  84:10 100:21
  130:25 137:5

**i**

**ibuprofen** 92:20
  141:4
**idea** 30:1 34:12
  46:17,18,23 47:4
  95:3 103:13 117:7
  197:16,19 198:4
  231:23 234:13
**identification**
  39:14,15

**identified** 107:20
**identifies** 91:19,23
  91:25
**identify** 22:9
  30:21 90:6,7
  92:17,17 93:3,7,8
  93:10,13 100:10
  197:7,8
**identifying** 185:18
**ids** 229:15,18,25
  230:2,2,16
**illinois** 3:14
**imagine** 115:11
**immediately** 42:5
**impacts** 107:20
**important** 21:19
**impose** 36:22
**imprint** 208:9
**impurities** 213:11
  213:18
**inappropriately**
  94:20
**incentive** 62:23
  160:14,14
**incentives** 60:5,13
  62:9 63:17 73:13
  183:1
**include** 34:23,24
  35:1 60:8 78:5
  91:7,8,18 94:4
  110:20,22 152:24
  172:9
**included** 23:24
  24:20 62:2 80:21
  83:17 110:15,22
  126:20 186:18
  194:10 200:12
  234:8
**includes** 76:15
  78:17

**including** 82:15
  83:4 152:20
  153:16 159:14
**incomplete** 39:11
  78:10 84:9 100:21
  130:25 137:5
**inconsequential**
  68:2 98:10
**incorporate** 81:8
**incorporated**
  32:11 59:4
**increase** 108:17
  144:2
**independent**
  111:16 112:4,9
**index** 6:1
**indicate** 8:4
  200:12 238:15
  240:3
**indicated** 170:23
  172:24 220:16
**indicates** 151:6
  208:14
**indication** 117:14
**indirectly** 62:25
  70:9
**individual** 165:25
**individually** 92:1
  156:23
**industries** 3:11
  143:3
**industry** 161:5
  182:4
**infinite** 36:20
**inform** 42:18
  43:13
**information** 23:9
  23:12 30:19,21
  39:19 40:15,16,24
  41:1 43:6 57:1
  85:8 87:25 88:6

90:1 91:8,14 93:6
  104:10 111:16
  112:4,9,14 132:25
  133:14,18,19
  158:17 180:16
  197:17 205:12
  207:24 208:16,22
  210:15,17 211:14
  218:13,20 219:3,5
  219:7,12 222:2
  223:19 224:24
  226:1,2 227:14,18
  228:9
**information's**
  113:20
**informed** 200:16
  205:5,25
**informing** 189:15
  218:10
**ingenio** 49:8,10
  71:18 74:12,13
  76:2 116:15
  132:23,25 133:19
  133:22 180:13
  181:3 240:14,16
  243:4
**ingeniorx** 24:8
  48:18,21 49:3,20
  74:14,16,21 75:6
  75:19 76:10 240:2
  240:5,23
**ingersoll** 4:15
**initiate** 159:11,24
**inpatient** 170:5,11
**input** 107:13
**inquiries** 82:16
  83:5
**inquiry** 96:19,20
**inside** 89:22
**insider** 156:8

**insight** 228:20
**instance** 102:19
  139:2 150:16,17
  185:6 196:3
**instances** 234:11
**instant** 14:22
**instantaneous**
  44:10,13
**institute** 151:7,14
**instituted** 152:10
**instruct** 12:11
**instruction** 27:12
**insurance** 1:5 6:13
  6:14,16 16:10,13
  17:8 24:10 99:22
  143:9 170:16
  203:17 238:4,5
**insured** 51:14
  144:18,22 200:6,7
  203:18,20
**insureds** 118:22
  118:24
**integrate** 89:25
**intend** 22:25 34:11
**intended** 125:15
  125:23 211:10
**intending** 125:19
**intention** 191:1
**interactions** 28:16
  218:15
**interacts** 49:8
**interest** 69:14
  164:1
**interested** 113:2
  195:7 246:20
**internal** 242:17
**internally** 28:22
  29:12 181:6
**interpret** 161:2
**interpretation**
  222:6,7

**interrupt** 87:10
**investigate** 211:17
**investigation** 46:2
  213:10,15
**invoice** 91:9,10
  130:10,22 132:6,9
  132:11,17,18,25
  133:1 141:14
  184:19 192:15
  193:21 194:14
  196:25 197:18
  198:2 201:23
  202:8 243:9
**invoices** 6:19
  133:12,17 184:17
  184:24 194:3,11
  199:5,11 201:21
  202:17 243:7,10
**involve** 23:17 38:4
  38:5 40:13 152:1
  159:16 160:1
**involved** 62:23
  63:17 150:24
  223:18
**involves** 38:7,8,9
  38:10 109:23
**involving** 78:8
**irbesartan** 7:7
**irrelevant** 223:10
**ish** 9:6 11:15
**issue** 8:19 20:15
  57:21 132:17
  152:7
**issued** 139:23
  140:13 148:24
  230:24
**issues** 144:3
**item** 77:14 81:2,4
  82:13 132:17
  185:2 186:22
  189:1 194:10

  202:23 203:21
**items** 190:8
  192:21 195:10

### j

**j** 32:9 224:3
  237:24 238:1,17
**january** 64:13,15
**jersey** 1:1 2:8,10
  7:9 246:5
**jessica** 5:15
**jheinz** 5:17
**job** 80:12 243:16
**johnston** 223:25
**join** 76:13 113:18
  131:21 237:12
**joined** 74:24
**joining** 13:18,19
**js** 1:2
**judicial** 218:13
**july** 24:8 48:19
  49:18,19 181:14
**june** 92:10 214:13
**jurisdiction**
  158:11

### k

**k** 238:17
**keep** 8:24 10:10
  12:14 18:2 22:25
  40:5 64:3 94:16
  102:17 111:5
  130:15 177:13,16
  204:10 208:10,10
  231:12,13,14
**keith** 5:19 7:11
  153:17 177:15
  241:16
**kept** 103:19
**kick** 165:7 193:15
**kid's** 57:3

**kidding** 9:1 40:10
  40:10
**kill** 115:11 134:14
**kind** 30:1 71:18
  91:14 96:23
  105:18 120:3
  121:1 127:22
  131:25 133:16,21
  142:25 150:24
  163:16 169:4
  193:21 205:14
  215:2 220:9,13
  226:6 240:7 243:2
**kinds** 30:5 34:19
  194:9
**kira** 5:4
**kira.latham** 5:6
**knepper** 4:4 73:23
  73:23 74:24 75:23
  76:13 84:11
  113:16,16 131:19
  131:20
**knew** 189:14
**know** 8:18 10:1
  11:2,3,6,17 15:19
  19:19 21:2,4,5
  23:18 25:15 27:3
  27:5,10,13,14,23
  29:12 30:3 32:4
  38:1,12,13 40:15
  41:24 42:12 43:24
  44:12,13,14,24
  45:25 47:1,6,15
  51:6 53:4,5,9,10
  55:1,2 58:2 60:17
  61:23 62:14 63:14
  63:23 64:19 67:11
  67:17 69:5 76:1
  77:24 78:25 79:1
  79:13,19 82:21
  83:2,6 85:24,25

[know - level]                                                      Page 24

86:17,22,25 90:3
90:15,17,25 91:25
93:3 94:24 95:7
95:14,16 96:4,7,10
96:24 98:9,23
100:4,13 101:8,13
103:1,2,18 105:4,5
105:5,5,11,18
106:9 107:16,24
108:5,6,10,18
110:4,8,25 112:1,8
112:19,20 113:19
114:13 115:7,18
116:4,8,20 119:1
119:16 120:11
121:16 124:24
125:3,13,14,25
126:2,3,16,18,23
127:18 129:18,21
129:23 130:17
131:2,23 132:19
132:22 133:12,17
136:6,9,24 140:9
140:13,15,16
143:7,25 146:9
148:14 149:24
150:2,11,12,21,22
151:25 152:3
154:16,17,18,22
155:2 159:25
160:17,19,23
161:5,11,25 162:4
162:9 163:6 164:4
165:8 168:2,5,20
169:15 170:21,22
174:18,20 175:9
175:13,15 176:11
176:17 177:22
178:11,24 179:20
179:21,24 180:5
180:19 181:3,4,7

182:10,11,12
183:11,15,20,25
184:8 185:10,18
187:9,11 188:2
192:11,12 193:17
195:20 196:12,16
197:2,6 198:10,15
200:15 203:3,5
205:10 207:14
208:4,9,15,24
209:4 210:13,13
212:13,22 214:12
218:12,25 220:9
220:13 221:3,3,24
225:12,14,15
226:15,16 227:7,9
227:11 228:17
229:10,11,13
232:13,16,16,17
233:21 234:16
235:6,12,13,17,24
236:2,6,11 237:14
239:7,9 240:8,8
243:22 244:4,6,7,8
**knowledge** 16:1,2
19:9,12 20:6,8,16
45:24 53:9 76:18
103:9 104:1,2
117:6 158:5 162:9
162:10 174:25
175:21 176:22
179:7,10 181:1
183:21 184:7,10
191:1,9,12,24,25
192:4,10 210:14
212:19 213:22,22
213:23,24 214:9
217:4,7 236:4,19
236:24
**knowledgeable**
15:7

**known** 61:3 182:3
202:5
**knows** 10:9 40:13
44:6 52:14 175:21
215:17

**l**

**l** 2:6 4:5 81:2,3
229:21 238:14,16
238:19 246:3,23
**lab** 101:12
**label** 226:11
**labs** 1:11
**lack** 19:9,12
**lacks** 43:3 74:22
75:10 76:11
130:25 157:24
158:21 173:25
175:2 178:9 180:1
191:4 213:2 233:2
235:10
**lag** 199:18
**language** 82:20
83:24 151:2
**laptop** 14:15,19
**large** 28:21 90:6
**largely** 68:2
**larger** 35:14 136:8
136:12
**late** 193:12
**latham** 5:4
**lauren** 242:23
243:5
**law** 5:14 47:24
164:4,10 172:17
172:21 222:10
**lawsuit** 29:9,15,21
30:6,12 31:21
32:3,18 223:20
**lawyer** 239:23
**lawyers** 9:20 12:1
12:12 32:17

**lead** 44:3 122:14
133:21
**leading** 25:19
243:14
**learn** 103:20 143:2
189:2 204:23
232:20
**learned** 99:17
205:3,4
**leave** 84:18 115:6
115:8 116:6
206:10
**leaves** 44:5
**leaving** 116:7
**left** 42:25 67:7
120:18 121:25
127:1 137:19
144:16 168:20
182:15,15 190:8
207:19 211:19
230:1 233:18
237:18
**legal** 5:19 7:13
18:4 19:21,24
20:25 48:23 49:5
56:4 64:7,20
66:14,16 78:24
191:6 221:22
244:1
**legitimately** 150:4
**letter** 100:18
189:15 208:1,3,5
208:14,21,23
209:3,12
**letterhead** 208:20
**letters** 208:7
**letting** 27:23 44:24
**level** 26:16 31:1
38:12 60:18 90:12
91:1 100:9 124:6
129:20

[levels - mada]                                                                    Page 25

levels  144:2
   165:12
lewis  5:9
lewisbrisbois.com
   5:11
liability  7:7
liaison  26:18
   82:15 83:4
license  2:8 246:5
lied  177:16
lies  128:14
lieu  7:24
lift  89:12
liken  117:18
likewise  14:18
limit  182:14,15
limitations  152:19
limited  20:9 30:8
   54:20 82:16 83:4
   159:14,18 174:10
   174:11 175:7
limits  201:3,9,14
line  132:17 136:7
   149:11 185:2
   186:22 192:20
   194:10 195:10
   202:23 203:8,21
   247:5
lines  68:7 115:12
   120:21 150:22
   203:8 210:23
list  6:18 18:3
   72:17,24 108:1,1
   123:3 172:7 173:3
   173:3,7,11,11,17
   173:22,23 174:4,4
   174:9 175:6,17,17
   176:4,7 177:3,11
   177:24 178:1,5
   220:15 222:20
   224:10

listed  155:4
   222:21
listening  13:2
listing  102:4
   117:21 171:5
lists  72:8
litigation  7:7
   192:18
little  12:21 21:2
   26:7 33:4 34:16
   34:18 47:21 59:6
   67:20 70:7 92:24
   98:12 107:23
   108:24 114:5
   130:6 133:13
   134:2 135:14
   142:17 145:8
   146:1 149:25
   153:5,17 158:14
   162:3 166:22
   174:9 177:2,7
   178:5 181:20
   182:25 188:6
   204:4 231:14
   235:3
live  140:15
lives  36:3
llc  1:8,12,15,16
   3:11,17 4:14
   247:1
llp  3:13,19 4:10,21
   5:4,9
local  219:1
locate  31:12 46:15
   244:9
lockdown  11:16
logo  208:9
long  18:17 24:18
   41:18 44:3 50:3
   66:23 79:15 91:15
   98:13 99:4,6

104:15 137:22
   141:23 143:6
   153:7 202:5
   241:15
longer  12:21 67:21
   186:1 221:14
look  21:5 31:5,23
   34:7 47:20 51:4
   54:15 55:3 59:16
   59:18,22 61:11
   65:8 66:21 67:11
   68:10 83:10 89:6
   89:12 92:8,11
   118:2 121:20
   129:14 136:16,17
   140:25 152:15
   169:2 188:6 192:2
   196:7 225:17
   226:6 228:4
   229:24 240:11
looked  46:14
   167:25 193:20
   199:6 200:2
   202:16,17 209:7
   209:13 236:11
looking  72:25
   80:10 82:13
   104:16 129:8
   131:8 132:1 139:5
   153:18 164:24
   167:9,12 190:23
   193:19 194:3
   200:10 202:12
   215:3 218:9
   219:24 222:3
   225:5 227:19
   229:11 234:25
   239:1,25 240:9
looks  13:16 71:7
   118:3,7,16 123:14
   123:18 165:2

166:2,23 169:6
   184:18 189:18
   194:1 238:16
   239:24
losartan  7:6 247:2
lose  116:22
loss  150:19
lost  115:23 163:16
lot  26:14 38:11
   59:22 79:14 89:25
   90:9 99:21 101:23
   109:1 164:5 193:6
   227:18 241:11
   243:15
louis  4:6
love  187:7
lovely  13:25
low  116:5
lower  81:3 115:20
   160:12,20 163:10
   163:23 226:14
lowered  171:20
lucky  32:3
lump  126:1 204:3
lunch  97:1,22
   98:10
luncheon  97:14,15

m

m  4:10 5:15 13:24
   17:8 230:6,24
   231:5
m.knepper  4:7
ma  4:11 203:25
   204:1
mada  6:13,14,16
   17:7,10 21:7,11
   22:10 24:25 25:23
   25:23 28:10,16,25
   29:8,15,24 30:6,12
   30:14,24 31:11,21
   37:3,20,22 38:10

38:24 41:4,11
42:4,5,9,12 43:7,9
43:13 44:4,22
47:10,22 48:5,16
50:7 51:11,17
52:18,24,25 53:3
53:12,12,12 56:18
57:16,18,24 58:9
58:17,24 59:9
61:12,18 65:3
66:5,7,9 67:19
69:1,11 71:22
76:20,25 77:5
78:18,21 79:5
80:14 81:1,24,25
82:5,8,10 83:7,12
86:2,5 87:14 88:9
88:23 90:21 91:9
91:18 92:4,9
93:17,24 94:7,8,12
96:10 99:6,9,10
102:21,24,25
104:15 105:6
106:21,23 107:3,8
107:12 108:8
109:15 110:7,9
112:21 113:23
114:21 117:20,24
118:25 119:6,7
120:4,5 123:10,13
123:23 124:7,16
124:16 126:17
127:7,8,16,16
128:3,11,17,21
132:9,12,24
133:12 134:2
135:3 136:15
137:3 139:3,7,11
139:19 141:12
143:13 145:5,15
147:10,13 148:13

149:1 151:4,17
152:25 159:21,23
159:24 164:3
168:10 172:13
173:8,16 181:12
183:4 184:17
185:5,6,7 186:7,8
186:15 189:15,16
189:16 195:9,23
197:13 199:10,16
200:1,6 201:8,21
202:4,9 214:17
216:6 217:14
218:16 219:5,18
220:2,4,25 223:3
223:14,19 224:11
227:9 229:8 232:4
233:11,24 234:20
235:6,16 238:5
240:2
**mada's** 24:15
29:21 37:1 49:13
49:14,23 81:20
142:10,18 144:17
144:25 146:3,15
164:20 177:24
214:15
**madam** 73:20
**mail** 39:1 115:13
115:17 159:14
160:16,24 162:21
163:12 164:8
234:18
**main** 1:4 119:13
119:16
**maine** 3:3 4:19 7:4
13:20 15:8,15
16:9,9,12,17,19
17:1 24:9,14
28:21 34:21 37:6
37:8,25 39:7 40:1

42:11 102:14
122:17 129:18
145:25 150:12
156:1,6,15,25
157:6,8,13,21
158:2,9,9,10,17
163:7,7,21 165:10
172:2,4,17,22
184:12 187:15,17
191:11 195:11
203:14 206:25
207:2,19 213:23
214:3 218:7 236:8
236:24 240:5,14
240:15 244:2,5
**maine's** 35:16
158:11
**maintain** 81:5
83:11 104:21
**maintaining** 105:8
**majority** 190:23
**making** 43:2 54:22
62:17,17 155:2
213:25
**man** 51:4 216:14
**manage** 29:6
80:17,18 171:15
**managed** 63:11
70:14 113:13
146:22
**management** 26:9
26:12,21 28:17
76:15 80:22 91:2
121:3 122:12,16
151:8,8 152:7
180:10,11
**manager** 22:14
23:23 28:1 58:24
74:9 87:4 98:22
105:15 106:7
114:14 180:15

190:11 205:17
206:22 219:2
237:6
**managers** 48:15
76:23 80:23
**manages** 104:25
**managing** 122:16
122:19
**manner** 8:3
168:18
**manufacturer**
211:13 226:11
**manufacturers**
109:24
**march** 68:17,22
70:2 72:4 95:15
95:19 123:15
126:15,17 127:10
127:25 128:10
148:9,17,19,20,23
148:25 165:3
178:2 193:23
229:7,22 230:5,10
230:12,25 231:4
**marked** 228:7
241:3,6
**marry** 228:24
**mary** 230:6,24
**massachusetts**
187:24
**master** 81:6,7 82:2
82:4
**match** 96:9 239:1
**matching** 95:22
**materially** 103:14
103:15
**materials** 179:2,12
179:22 232:11
**matt** 73:23 131:20
218:19

**matter** 2:4 7:6
  8:18 20:6 27:15
  31:17 38:25
  111:10 113:2
  135:7
**matters** 29:1
  206:10
**matthew** 4:4
  113:16
**max** 167:19
**maximums** 145:1
  152:18
**maybes** 10:9
**mayda's** 37:1
**mckesson** 5:3
**mean** 19:4 31:1
  40:14 55:5 62:18
  66:15 78:14 79:13
  79:17 83:2 87:10
  90:25 94:14 102:3
  104:8 115:16,17
  121:19 128:9
  136:9 137:7 143:5
  143:14 146:8
  155:16 156:12
  160:15 168:5
  172:16 180:4
  181:1 185:1
  186:11 190:17
  198:9 202:3
  228:13 229:20
  232:18 234:10
  235:17 237:9
**meaning** 15:18
  90:15 231:19
  232:11 240:22
**means** 25:19 42:16
  236:3 246:24
**meant** 64:9
**media** 7:3 57:12
  97:18 142:5

182:22 216:22
**medical** 6:13 43:8
  52:19 92:14,16
  93:8 108:7 117:23
  119:10 129:19
  148:13,18 149:9
  185:20 188:23
  189:7 194:2,6,16
  194:21 195:2,15
  197:23 203:10
  204:5
**medicare** 23:7
  118:13,20,24,25
  119:3,5,18,21,22
  146:9,10 202:23
  203:4,5 235:19
**medication** 1:8
  29:10 34:13 41:15
  107:9,10 116:17
  117:3 136:1 141:5
  155:4 160:7
  172:20 176:3,5
  183:7,19 201:2,4
  201:10 207:4
  215:5,14 232:22
  234:7
**medications** 15:2
  22:20,23 23:25
  33:25 34:1 70:10
  85:19 86:4,11
  87:5 110:14
  115:24 140:23
  154:9,10 157:12
  161:8,23 172:15
  174:15 175:12,14
  175:20 183:2
  200:12 206:4
  222:21 231:3
**meet** 62:14 132:5
  140:3,14 141:3,4
  153:2 178:19,25

179:3
**meeting** 25:6
  202:17
**meetings** 70:18
**meets** 130:4
**member** 30:23
  38:24 39:13,22
  41:8,10 42:2,24
  44:5 52:11,13,15
  77:22 78:6 91:3
  95:5,24 96:1
  101:17,18 102:1
  109:15 114:18,20
  114:23 115:1,5
  116:14 126:10
  137:10 160:15
  164:7 170:15
  185:18 186:13
  187:14,18 215:3
  229:6 239:2,14
**member's** 39:15
  41:17
**members** 35:19
  36:2 37:8 42:10
  53:12,14 58:23
  60:19 62:14 79:14
  80:14 90:19 91:7
  106:11 108:19,22
  109:25 110:12
  160:20 163:9
  165:9 172:13
  181:4 207:21,23
  208:12 210:5,24
  214:17,22 222:21
  224:11 227:9
  229:8
**memory** 220:19
**mental** 169:2,15
  169:17
**mention** 188:20

**mentioned** 40:11
  79:23 124:15
  148:6 153:22
  163:21 186:5
  193:19 220:4
  225:10 238:12
**merchandisers**
  182:4
**message** 14:22
**met** 62:20 132:3
  133:5
**mgara** 203:12,16
  203:23 204:3
**michelle** 2:6 7:12
  7:19 246:3,23
**middle** 11:20 48:7
  195:9 222:18
  231:5
**mind** 129:22
  191:16 209:20
**mine** 89:9 141:18
**minimized** 70:20
**minus** 34:3
**minute** 33:4 48:22
  171:13 177:7
**minutes** 51:22
  66:24 97:5 182:16
  204:14 241:18
**mirror** 108:15
**missed** 208:18
**missing** 45:15
**misspoke** 240:6
**misstates** 122:7
  207:6
**mistakes** 189:3
**mm** 53:18 81:19
  120:14 188:10
  232:8
**mo** 4:6
**modified** 44:23,25
  219:12

[mom - november]                                                                    Page 28

**mom** 135:15,17
  172:8
**moment** 89:7
  167:25 216:19
  222:14 225:20
  241:12,18 244:19
**money** 42:6,6
  43:16 51:20,25
  58:6,8,9 101:23
  102:18 190:14
**money's** 103:19
**month** 91:15
  92:22 116:6 126:4
  126:6,7,9,10,11
  132:10 204:8
**monthly** 38:10
  91:12
**months** 62:12
  127:12 199:19
**montille** 242:24
**morning** 2:10 7:1
  7:18 9:4 91:3
**morris** 3:19
**mortar** 39:2
  160:25 234:18
**move** 34:9 40:18
  104:12 107:18
  120:3 130:6 195:5
  213:9 215:18,20
  216:10,13
**moved** 142:13
  173:11 190:21
  228:11,12
**moving** 174:19,20
**muddle** 239:21
**multiple** 75:14
**muted** 97:23 98:1
**mylan** 1:11

**n**

**n** 3:1 4:1 5:1 13:24
  32:9
**n.w.** 3:20
**name** 7:11,19 8:5
  8:11,12 9:4
  110:19,20,21,22
  111:5,7 135:15
  160:12 174:14,14
  175:10 185:18
  224:1,3 226:11
  247:2,3
**named** 2:3
**names** 175:1
**narrow** 134:3
  231:6
**narrower** 144:6
**nasty** 100:18
**national** 107:4,18
  108:1 134:16
  135:1,4,9,18,19,20
  145:21,25 154:4
  155:6 156:5,12,21
  157:1,6,12,23
  158:3,8,10,18
  171:24 173:9,22
  174:4 175:17
  176:3,6,18 187:4,5
  187:7,20,25
**nature** 23:13
  166:24
**nc** 4:16
**ndl** 7:9
**ndr** 237:24
**near** 141:23 154:1
**necessarily** 61:5
  139:19
**necessary** 41:16
  41:22 100:11
**need** 10:9 11:16
  12:22 17:20 21:25

  28:23 34:7 69:21
  99:18 100:8
  116:16 174:7,22
  198:23 222:20
  227:20
**needs** 15:18 29:4
  62:15 117:2
  187:16 225:1
**negative** 195:22
**negotiate** 82:23
  113:13
**negotiated** 55:11
  76:2,3,4
**negotiates** 54:5
  55:6
**negotiating** 82:17
  82:19 83:5,8,16
  84:1,4,7 131:14
**negotiation** 84:18
  84:22
**negotiations** 71:19
  83:17 84:20
  111:22 131:18
**neighborhood**
  121:1
**neither** 246:16,19
**network** 83:12
  134:1,3,12,16
  135:14,25 145:10
  145:14,16,16,18
  145:18,19 194:14
  194:23 195:1
**networks** 145:9
  209:23,25 210:5
**never** 21:1 64:18
  161:13 182:5
**nevertheless** 73:10
**new** 1:1 2:8,9 7:8
  123:18,19 128:20
  148:13,24 195:12
  225:24 230:2,11

  246:4 247:1
**newer** 121:24
  193:21,22
**news** 161:15
**nice** 110:11 153:20
  232:10
**nine** 150:13
**nip** 19:19 174:2
**non** 167:2
**normal** 10:8 12:5
**normally** 10:8
  14:4 201:16
**northwind** 1:12
**norton** 5:4
**nortonrosefulbri...**
  5:6
**nos** 10:8
**notary** 2:8 245:17
  246:4 247:25
**note** 171:20 201:2
  201:5,10 246:23
**noted** 128:25
  245:5
**notes** 26:10 120:17
**notice** 18:24 33:21
  104:3 111:20
  178:21 187:13
  195:3 197:23
  216:9 228:20
  242:16
**noticed** 236:1
**notification** 208:2
  208:21 210:7
**notified** 78:1
  207:16,20,23
  209:23
**novack** 71:4
**november** 122:10
  122:14 201:24
  222:24 223:3,13
  227:25

nucare 1:12
number 6:9 16:15
  16:16 20:24 29:9
  32:6 36:3,11,20
  39:16 45:1 47:20
  56:24 79:11,12
  90:6,8,17 91:19
  105:12 184:2
  209:5,19 229:4
  230:21 231:1
  232:10 238:1,3,7
  238:14
  numbers 47:25
  48:3 229:5,22
  230:23 238:10

**o**

o 8:14 198:19,22
oath 7:17,25 8:1
  9:15
oaths 246:6
object 18:10 19:14
  48:24,25 68:25
  73:24 75:21,23
  80:6 84:11 85:21
  86:6,12 94:15
  104:4 113:15,17
  129:16 131:19
  139:6 156:9
  237:10
objecting 196:19
objection 8:21,23
  12:4,14 27:1,2,11
  27:19 28:3,5
  31:14 36:14 39:11
  40:22 43:2 49:4
  50:24,25 51:2
  54:17,19,23 56:4
  56:22 63:19 64:7
  64:20 65:11,21,24
  66:13 70:11 74:22
  75:10,21 76:11

78:10,23 84:9
86:22 94:23
100:21 122:7
129:3 130:24
137:4 146:17
149:21 154:13
156:3 157:2,24
158:20 160:8
169:10 173:25
175:2 178:9,20
179:4 180:1 191:4
192:8 196:10,11
196:13,15,20
198:6 206:7 207:6
207:13 215:15
217:16 221:21
228:15 232:15,25
243:14
objections 8:2
  18:11 54:20
obligation 140:5
obligations 130:4
  141:3
observation
  161:20
obtain 56:25 82:4
  87:12 107:17,19
  117:3 217:2
obtained 22:3
  23:23
obtaining 131:18
  136:1
obvious 237:5
obviously 14:5,14
  34:3 105:12
  135:12 227:18
occupied 98:19
occur 130:11
  239:7
occurred 30:5
  97:16 148:15

231:3
october 1:21 7:3
  18:5 77:25 78:1
  101:1
offer 26:24 128:2
  142:20,22 145:24
  146:5,8,9 163:23
  197:25 198:1
offered 28:11
  36:11 108:13,18
  143:13,19 147:3
offering 37:20,23
  128:4
offers 142:19
  145:23
office 82:22,24
  101:12 167:2
  208:13
offices 195:14
oh 37:11 40:2
  67:11 70:17 80:15
  87:10 88:10 93:18
  97:22 118:10
  141:2 162:13
  169:4 188:23
  190:16 213:8
okay 8:17,24 9:11
  9:18 11:13,17,23
  12:15,24 13:15,18
  14:4 15:1 16:21
  17:4,18,21 18:13
  18:19,23 19:6,11
  20:10 22:21,25
  23:5,15 24:17
  26:3,18 27:5,16,17
  28:9,24 29:8,18
  31:25 33:21 34:7
  34:11,13 36:4,25
  39:4 40:9,11 41:5
  42:1,20 43:9,18
  44:1,15,23 45:19

46:2,11,16,23
48:10 50:19 51:18
52:21 53:7,23
54:22 55:15,25
58:3 59:3,6,16,24
61:1,17 63:4,13
67:17 68:9,10,20
69:10 70:1,5 71:5
71:12 72:15,24
73:9 74:3,11,19
76:4 78:16 79:4
80:9,20 81:2,15,22
82:7,12,25 83:15
84:19 85:1,15,17
87:2,16,16 88:11
89:1,5,11,16 90:21
92:2 93:18 94:11
94:16 96:3,16
98:6 99:23 102:18
103:3,13 104:8,12
105:1 106:12
107:8 108:4
109:18 110:10
111:12 112:3,23
114:9 115:10,20
116:14,19,25
117:9,24 118:7
119:4,19 121:21
123:23 125:18,25
126:8,12 127:4
128:7,20 131:5,7
131:12,25 132:13
133:2,9,20 134:14
135:1,10 136:7
137:16,20 139:8
140:11,19 141:17
141:21 142:17
143:9,12,17
145:20 146:5
148:8 149:6,18
150:25 151:18

[okay - page]                                                                Page 30

153:4,22 154:1,25
155:21 156:7,17
157:8 158:5 159:4
159:24 161:4,19
161:19,25 162:7
162:12 163:13
164:12,16,23
166:6,18 167:5
168:19 170:17
171:9,11 172:6,7
173:1,15 176:11
177:17 178:3,19
181:15,19 182:13
182:25 184:13
185:21 186:22
188:5,11 189:7
190:2,19,25
192:11 193:11
194:9,13,13 195:3
195:7,16 196:6
197:11,20 198:12
199:4,22 200:5,5
200:19 202:7,19
203:2 204:1,9,22
205:7 206:11,21
207:20 208:4,17
209:2,18,22
210:22,22 211:2
211:24 212:4
215:1 216:4
218:14,22 219:4
219:14 220:11,17
220:20,24 221:8
221:16 222:3,12
222:16 223:12,16
224:9,14,19 225:5
225:9 226:6,18,21
227:7,13,17,24
229:5,9,19,24
230:4,8,15,22
231:2,14,23 232:5

233:10,21 234:4
234:17,20 236:17
237:4 238:20
239:4,4,15 240:17
240:25 243:8
244:8,13
old 39:7 122:24
185:10 193:20
194:10 230:2,9
244:11
older 120:16
121:23 184:18
244:12
once 18:14 79:2
115:16,17 179:17
180:5 206:21
ones 31:6 113:6,8
201:10 230:4,5,6
online 109:14
193:23
onward 76:25
77:1,2
open 29:3 70:18
225:20
operate 156:14
opinion 215:16
233:1,3
opp 193:15
opportunity
146:25 147:12
options 37:7,9,18
59:22 145:22
146:12 210:11
oral 2:3
order 13:5,7,9,10
28:23 39:1 42:12
45:4 69:15 115:13
115:17 149:10
153:2 159:15
160:16,25 162:21
163:12 164:8

208:10 225:24,24
234:18 242:14
ordered 230:18
organization
17:15
organizations
34:24 142:19
158:15
original 64:9
67:18 114:1
120:16 121:23,24
originally 99:2
originate 112:14
originates 183:8
183:16
otc 159:15
outcomes 60:7
61:21 62:10 73:1
73:12
outline 171:16
182:15
outlines 64:24
outside 36:14
154:22 156:9
158:11 169:10
175:4 215:16
overall 30:7
overhead 136:11
overpayment
77:20,21 100:11
override 115:23
116:2,12,23 117:1
oversee 84:20,21
overview 6:15,16
165:1,5,8,16,18
166:14 167:12
170:2,24 171:1
172:8
overviews 172:1
owed 75:9

owes 41:11,11

**p**

p 3:1,1 4:1,1 5:1,1
8:14 21:13 178:4
p&t 105:25 106:3
153:12 154:5,11
155:6 156:22
157:1,7,13,23
158:6,18 179:2,15
212:11,14 213:16
214:9
p.c. 4:15
p.m. 97:12 244:21
pa 5:10,16
pachios 4:20
package 88:16
89:17,23 90:16,22
91:1,6 92:9
packages 89:25
90:9 92:3,5
page 6:2,9 21:16
21:17 23:16 24:18
32:24 33:15 44:17
48:3,6 50:1 57:16
63:22 65:3 67:10
68:1,4 71:23 72:7
72:8 82:12 104:15
109:19 114:8
115:20 117:9,24
118:5 120:5
122:12,18,22
123:14,24 130:2
131:7 133:23
136:14,15 148:3
149:6 153:7,19
162:12,17 166:20
167:7 168:24
169:22 171:1,16
171:17,19 185:1
189:9,14,19
192:14 193:5,18

193:20 195:6,7,9,9
197:20 200:24
202:19,20,21
221:8 222:13
247:5
**pages**  17:21 18:2
33:22 47:19 48:1
68:3,5,7 69:12
120:6,11 123:24
177:14 182:14,15
219:24
**paid**  22:10 30:23
30:23,24 44:2
47:11 50:3,5,6
51:10,13,14,15
52:15 53:14,24
55:18 56:11,17
57:19 58:1,19
59:11 60:6,8
73:14 78:3 85:18
90:12 91:4,20
92:1,12,21 93:5
94:20 95:21 96:4
96:11 100:14,16
101:10,16 102:11
102:23 103:1
114:24 125:8
137:10 166:9
185:19 186:9
188:17 203:5
231:25 232:2,4
233:7,23
**painful**  9:13
**pair**  228:24
**paper**  77:8
**paragraph**  50:4
57:25 61:19 62:7
63:15 65:2 104:17
132:1 136:18,23
152:16 153:10,11
153:15 159:6,20

161:1 162:18
**paragraphs**  68:5
153:19 162:16
**paraphrase**
160:23
**paraphrasing**
163:19
**pardon**  217:18
**part**  16:24 37:22
48:18 53:8 59:23
68:16 78:18 83:7
83:12 92:6 105:17
106:17 109:7
113:25 119:18,22
119:23 129:24
133:10 139:22
140:2 146:2,5,11
146:11 173:19
208:7 209:13,14
210:25 217:2,8
219:13 222:16
223:11 224:8
226:14 233:11,25
234:8
**participant**  92:1
150:9
**participants**  90:2
90:8 149:13,20
150:1
**participate**  16:25
**participates**  60:4
**participating**  7:20
162:19
**participation**  78:6
**particular**  18:11
19:10,12 26:23
28:8 29:4 42:9
66:18 82:24 90:7
90:12,17 93:7
95:18 110:14
138:2 140:22

164:19 167:23
190:24 195:12
205:8 232:19
236:22 238:11
**particularly**  28:15
**parties**  8:1 88:15
129:11 209:15
246:18
**party**  35:7,10,13
51:4 75:1,5,6 79:7
111:16 112:5,10
113:19 149:23
211:24 216:4
217:3 241:11
**pass**  96:13 199:20
200:17 240:25
**passed**  146:2
199:17 241:8
**passes**  132:25
**patient**  215:7
**patricia**  1:20 6:3
8:12 95:19 245:10
246:8 247:3,21
**patty**  7:5 40:21
213:6 220:5
**pause**  67:21
**pay**  38:14 39:22
39:23 42:4,13
43:9,10,14 52:4,6
52:25 55:12 58:10
84:15 101:6 102:3
129:23 130:7
133:5 143:8
169:17 175:25
176:5 181:2
186:14 194:15,15
203:17,18 233:11
**payer**  203:4,5
**payers**  35:7,10
**paying**  38:8 42:17
78:21 101:23

102:1 119:5,6,25
124:16 170:11
181:3 202:9
**payment**  42:1
43:19,21,25 44:6,9
52:5 53:1 95:6
101:19,19 102:5,8
102:12 113:4
130:3,9,21 132:2
133:3 136:20
137:3,13 138:6
139:3,23 140:20
140:22 141:1,1
151:9,24 152:1
199:21 235:7
**payments**  51:20
60:3,9 63:16 65:4
66:11 67:9,25
70:8 83:18 129:22
189:2
**payor**  202:23
217:3
**payout**  189:16
**pays**  42:3 52:13,23
53:3,13 114:20
176:19 186:15
194:22 203:19
234:20 235:6,16
**pbm**  22:10,13
23:23 24:1,4,9,11
24:15 39:20 40:12
41:2,2,5 43:5,10
43:11 48:19 52:16
52:17 58:13,15,20
58:22 59:15 63:3
63:12 70:14 71:17
72:9,11,14,24
73:10,15,17 74:4
74:16,20,25 75:3
75:20 76:8,14
80:2,25 83:25

[pbm - pharmacy]                                                                    Page 32

84:3,4,6,8,14,18
85:23 86:1,16,18
86:19 87:1,18,22
88:4,7 103:12,17
103:20,23 104:2,5
104:25 105:4,10
107:7,20 110:1,5
111:1,11,21,23,25
112:2,13,15,22,25
113:5 114:11
117:5,15 118:17
120:17,23 122:2
122:10,23,24
123:7 124:21,25
125:1,2,10,17,18
125:20 128:6,8,11
128:14 129:6,7
130:19,20 131:16
131:17,23 132:3,8
132:16 133:8,18
137:11,15 138:9
139:3,24 140:2,13
140:23 141:7,16
147:20,21 152:5
161:9,24 162:2,6,8
164:6 174:13,16
175:8,18 176:10
176:15 177:1
179:6,18 180:5
183:4,8 184:6,9
190:6,9 191:8,25
192:5 200:17,19
201:7 205:1,1,2,12
206:10,15,15
207:19,25 208:23
208:25 209:1
210:1,16,19,21
211:9 212:3
213:16,20 214:25
215:11 216:7
217:12 223:22

226:1 235:25
236:18,19,23
237:8,13 240:16
**pbm's** 63:4 80:3
80:12 104:7 138:4
211:1 213:22
**pbms** 49:10 63:6
75:7,7 76:6 80:5,7
80:13 83:19 84:16
85:2 179:25
180:23 183:23
190:9
**pcpm** 126:7
198:13
**pdf** 32:25 118:6
**peaked** 163:25
**penalty** 137:3,24
138:1,2,6,15,20,21
141:1
**pending** 11:21
**people** 20:11
25:20 56:25
**pepper** 3:4
**percent** 29:7
140:10,17 167:4
167:19 169:7,7
170:7,11,13,16
**percentage** 194:23
**perfect** 106:12
153:21 167:10
**perform** 77:15
105:2 129:19,20
**performance** 60:2
60:5,7,9,18 61:21
62:9 63:15 65:4
66:11 67:9,25
68:12,21 69:7,23
70:8 71:19 73:1
73:12 127:15,20
128:2,4,5,13,13,24
129:2,5,10,13,24

130:5,8,12,18
131:10 132:3,5
133:4 137:14
138:16 139:25
140:1,3,5,13,14
**performed** 49:12
79:4,24 117:14
125:16
**performing**
202:11
**performs** 125:14
**period** 29:3 42:10
49:15 52:20 71:16
73:16,16 74:7
79:15 82:3 87:1
91:4,15 102:6
110:8 122:15,18
123:6 127:24
150:9,13,13
152:11 159:18
163:5 190:1
195:20 198:9
202:13 219:11
220:15 227:16,21
**periodically**
104:22
**permanent** 229:6
**permitted** 88:13
**person** 7:25 39:1,6
42:21 46:24 93:3
95:17 101:8 116:4
116:12,20,23
119:20 133:16
136:12 150:4
166:2 230:9
**personal** 16:1 20:6
20:15 30:20 98:13
**personally** 28:9
29:14 45:20
138:19 139:2

**persons** 159:12
**perspective** 38:13
**pertaining** 129:9
**pertains** 188:23
**pet** 40:2
**ph** 187:2
**pharma** 1:9,9 3:12
5:13
**pharmaceutical**
1:17 3:11,17,18
32:8,9 109:24
117:2 182:4
**pharmaceuticals**
1:10,12,12,13,13
1:14,15,16,17 3:11
5:8
**pharmacies** 55:12
83:17 134:8,9,18
134:25 135:4,4
162:20,21,25,25
163:3,7,9,11,23,24
168:22 171:21,22
172:3,5,9 195:1
**pharmacist** 39:14
39:19 40:17,24
44:8 172:19
**pharmacy** 22:14
23:23 39:2,7,13
42:20,21,25 43:10
43:12,20,25 44:2,5
44:6 48:15 52:6,6
52:12,14,23 53:2
54:5,11 55:6
56:17 57:19 58:10
58:19,22,24 61:6,8
61:15 62:13 73:18
74:8 76:14 80:7
80:14,23,24,25
83:18 84:1,4 87:3
92:16,17,22 93:10
103:20 105:15,21

106:1,6,8 108:8
114:14,19 115:5,7
115:17 117:23
121:2 123:25
124:4,13 125:4,5
125:16,20 129:7
134:1,3,9,10,12,16
134:23 135:6,9,13
135:14,15,19,21
135:25 136:8,11
145:9,10,13 152:4
152:6 154:19
155:11,16 160:25
164:7 178:16
180:15 185:20
188:20 189:5
190:10 194:2,6,17
195:15,17 197:3,8
197:25 198:4
199:1,7,13 200:12
202:24 203:1,6,7
204:5 205:16
206:10,22 208:14
209:23,25 210:5
210:15 211:13,20
212:5,6 219:1
225:7 237:6 239:2
239:10,13
phi  30:20 91:25
phone  13:13 14:1
220:21
physically  7:21
physician  82:23
210:24
physicians  178:18
pick  21:18 101:13
239:12,14
picked  21:21
181:3
picking  107:5

picks  114:19
picture  24:7
pictures  70:23
piece  59:23
pieces  77:8
pills  116:16
232:11
pilot  151:5,7,11,19
151:25 152:9
pkwy  5:15
place  14:1 27:15
53:6,10 64:11
95:6 105:23
106:10 133:1
172:18 202:5
229:22 246:14
placed  206:15
placement  175:24
176:12,18 227:8
plaintiff  1:7 232:3
241:24
plaintiff's  12:2
222:22
plaintiffs  32:17
241:22
plan  6:13 26:19,23
28:8 35:4,4 41:9
51:16 52:4,4,7
55:17 56:9 59:20
81:5,13,15 88:12
90:2,19 93:22,23
102:22,22 104:21
106:16,17,21
108:12,14 114:21
118:25 119:20
120:1 130:7,10,21
130:22 143:3,10
143:15,20,20
145:4,10,10,13
148:14,17,18,24
149:2,7,11,13,20

150:1,5,8 151:1,6
151:10,10,15,15
151:16,17 152:20
152:25 159:22
160:13 166:2
170:9,23 172:16
173:2 175:25
176:4,19 188:17
205:13 206:5
207:16 210:4
214:18 231:25
232:2,19 233:7,23
plan's  28:2 59:11
plane  116:11
planning  241:12
plans  3:3 7:4 15:8
15:15 26:23 28:10
34:19,22,22,23,25
34:25 35:2,3 36:8
36:11,17,19,20
37:6,10,19,23,25
38:4,6 49:14,23
81:20,24,25
108:15,19,22
119:16 129:18
142:10,13,15,18
142:25 143:19
144:6,17,25,25
146:3,6,15,21
147:11 153:24
164:20,21 165:1
168:9,10,12,17
172:14 191:13
192:5 207:21
214:15 240:5,13
240:15
platform  181:11
181:15,20 188:3
193:23,24 198:21
play  120:9

plaza  4:5
please  8:4,11
13:23 17:19 38:2
50:1,12 57:23,25
61:12 71:22 72:7
73:20 80:16 81:2
88:10 93:18
106:15 113:23
117:10 133:9
136:14 147:24
148:21 152:13
153:8 155:14
159:5 162:13
166:19 167:7
171:19 177:14
180:20 184:14
192:21 197:21
199:5 200:23
202:19 215:24
216:16,19 219:16
220:2 222:13
224:2,16,21
227:18 229:13,25
233:18 244:19
plus  37:13 134:16
135:19 137:10
241:19
pm  109:21
pocket  36:23
39:23 125:9 145:1
183:14
point  11:25 12:12
12:21 25:22 42:2
59:14 69:14 71:15
114:12,16,22
115:9,15,21
133:16 169:13
180:12,13 205:19
213:2 222:19
224:23

**pointing** 169:19
**points** 114:6,10
153:18 159:6
**policy** 35:23 77:23
206:13
**pool** 203:17
**pop** 135:15,17
**pops** 172:8
**portion** 39:22,23
39:25 42:3,4
52:13,15 114:20
119:25 136:23
137:9 138:2
163:17 186:13,15
232:23
**portions** 119:22
**portland** 4:22
**posed** 84:13
213:20
**position** 55:8
83:24 141:10
**possession** 20:14
88:6,8 211:7
**possible** 32:23
54:14 56:15,20
70:19 130:17,20
141:6 176:4
193:13 198:12,25
199:2 200:9 215:2
228:24 230:8,14
**possibly** 196:5
**post** 230:12
**ppo** 34:23 36:7
37:9,13,18 108:12
108:13 142:20
143:18 152:25
165:1 166:1
168:13,17 186:23
**ppos** 142:14
168:14

**practice** 2:6 140:8
**pre** 41:22,25 230:5
230:10
**preferred** 1:13
34:23 134:11,24
159:15,17 180:4
**prefers** 27:11
**premises** 93:24
**prepack** 1:10
**preparation** 23:19
59:17 85:2 86:20
87:17 105:17
173:19 208:6
224:8 242:7
**preparations** 25:5
33:20
**preparatory** 17:7
**prepare** 19:1,7
20:5 21:20 24:23
25:7 236:16
**prepared** 21:3,23
57:20 133:10
178:5 236:18
**preparing** 20:21
236:10,13
**prescribed** 39:17
201:16
**prescription** 38:21
38:24 39:17 40:25
41:19 42:3,9,23,23
43:8 48:16 49:12
50:8 51:12 52:3
52:11,12,12,14,18
53:25 57:16 58:21
61:25 62:16 70:13
71:19 72:8 76:20
76:24 78:8 80:18
80:19 90:17 92:18
92:20 93:4,10,13
94:5 95:2 96:4
103:6,17 109:25

110:12 111:6
114:11,19,20
115:6,6,18,22
116:5,6,9,13,24
118:8 119:11
120:12,19,23
121:3 122:1,2,12
122:16 123:2,9
130:18 131:9
136:21 137:10
139:4,21 141:3
152:24 153:1,2,9
161:12,17 162:16
167:9,13,23 168:6
168:15 171:18,20
172:19,23,24
173:2 180:10,11
180:18,25 185:22
189:5 193:3
200:25 201:2
230:20 231:1
232:19 233:25
234:21 235:6,22
236:5 239:10
**prescription's**
93:11
**prescriptions** 21:9
59:21 63:11,11
94:20 105:22
106:9 120:1
154:21,24 162:20
168:11 175:15
211:19
**presence** 135:18
**present** 5:19 7:22
37:8 39:14 147:18
214:14 221:2
222:24 224:11
**presented** 70:25
228:25

**president** 25:15
**pressure** 22:19,23
23:24 33:25 34:1
34:13 70:10 85:19
86:3,10 87:5
117:3 160:7 161:8
161:23 183:2,6,19
**presumably** 42:1
**preti** 4:20 8:21
21:13,14 218:19
**preti.com** 4:23
**pretty** 28:7 224:7
**prevented** 19:7
**previous** 50:13
186:2 207:11
**previously** 173:6
227:6
**price** 175:25
176:12,19 232:12
**prices** 47:10 85:18
86:25 87:19
131:18
**pricing** 55:23 88:1
131:10 136:21
137:8 139:4,21
140:24 226:2
**primarily** 127:15
143:25
**primary** 82:23
99:8,10 119:2
**prime** 171:24
**prinston** 1:13 3:17
32:8
**prior** 21:6 98:25
116:7 120:24
126:16 128:16
180:9 181:23
194:4 231:4
240:20 246:7
**privilege** 14:11

**probably**  11:2,2
  25:9 26:16 27:6
  29:6 31:4 35:18
  67:21 115:12
  156:4 161:14
  199:24 229:2
  233:15 235:20
**problem**  40:2
  94:12 206:3
**procedural**  12:18
**procedure**  2:6
  15:11 27:14
**proceed**  39:15,16
  41:20 67:16 78:3
  101:18 223:7
**proceeded**  181:12
  219:2
**proceeding**  2:9
  14:23 25:13
**proceedings**
  191:13
**proceeds**  78:20
**process**  37:2 39:21
  40:12,14,23 51:19
  52:22 53:16,21,22
  84:20,22 100:1,6
  101:3,21 103:10
  103:14 115:14,15
  116:3 117:1 137:2
  137:13 139:18
**processed**  39:8
  41:21 117:22
  198:22
**processes**  41:3
  58:22 115:18
  239:3
**processing**  40:13
  41:5 114:12,17
  115:14 118:13,21
  187:10 217:5
  234:22

**produce**  31:19
  81:5 185:7
**produced**  31:14
  45:3 75:14 184:16
  209:5 219:25
  228:2,2
**product**  122:3
  206:4,13
**production**  209:8
  209:13
**products**  5:3 7:7
  142:22 159:15,18
  224:11 227:9
**professional**
  166:21
**professionals**
  178:12
**program**  60:5
  62:8,11,19,22
  92:15 109:23
  110:6 151:12,19
  151:23 152:1
  160:16 162:18,19
  177:12
**programs**  37:10
  60:17 63:15,16
  109:23 146:9,10
  151:5,7 152:9
  159:12,16,25
  160:5 187:14
**promise**  104:14
  141:22
**promotional**
  173:10
**prompted**  199:10
**property**  228:1,2
**proprietary**  85:9
  182:9 222:2
**protect**  51:6
**protective**  13:5,7

**protocol**  27:7
**provide**  16:24
  35:13 60:25 76:14
  82:2,4,7 83:7
  88:15 90:14,16
  91:2,11 111:15
  112:9,16 117:20
  117:20 160:14
  163:10 219:4
  221:25 228:20
  240:16
**provided**  18:4
  30:20 37:6,22
  40:16 48:15 49:22
  77:10,15 80:10
  87:24 91:18
  113:20 120:22
  124:7 154:4 158:2
  172:23 194:5
  196:25 197:12
  223:21
**provider**  34:23
  59:21 60:4 61:5,7
  61:13,15,22 73:14
  82:16 83:5,12
  93:8 101:14,25
  102:20 134:1
  135:14 164:4,10
  164:11,12 169:23
  172:18 189:2
  195:14
**providers**  54:6,12
  55:6,19 56:11
  59:12 60:15,17,24
  62:19 82:15,17,18
  83:4,6,6,9,16 84:2
  101:24 102:3
  134:17 135:25
**provides**  16:14
  34:19,21 41:9
  42:16 112:6

**providing**  35:10
  35:16 37:3,21
  38:7 223:19
**provision**  66:11
  68:13,21 69:7,17
  69:24 112:4
**provisions**  152:19
**public**  2:8 226:24
  228:13,14 245:17
  246:4 247:25
**published**  179:12
**pull**  17:18 46:4
  57:22 95:18
  104:13 109:15
  147:23 171:15
  177:4 184:13
  199:13 220:15
  224:5,22 225:13
  227:4,17
**pulled**  61:4 178:13
  235:1
**pulling**  219:17
**purchase**  119:22
  119:24 161:12
  230:11,12 231:1
**purchased**  182:10
**purchases**  183:24
  221:1 222:20
  224:10 231:3
**purchasing**  161:7
**purpose**  14:10
  94:25 202:16
**purposes**  15:9
  108:16
**purse**  116:21
**pursuant**  2:5 67:9
  81:9 246:6
**pursue**  80:4
  191:13 192:6
**pursuit**  190:3

**push** 216:7
**put** 8:22 33:14
42:24 44:8 61:8
77:6 79:11 120:4
125:9 132:17
139:1 140:21
141:22 163:5
189:10 205:7
224:14 226:16
227:9,11 229:22
239:13 243:12
**putting** 41:10
155:1

**q**

**qualifications**
153:3
**qualified** 149:9
**qualify** 135:13
**quantities** 136:9
**quantity** 31:2
136:12 201:3,9,14
**quarter** 139:14
199:21,23
**quarterly** 139:13
199:18
**question** 10:16,18
11:5,10,20,21,22
12:4,8 14:9 15:19
19:20,25 21:9
23:21,22 24:13
27:2,25 31:17
38:2 49:1 50:12
50:13,19 58:12
59:13 61:19 62:5
62:6,21 64:21
65:13 66:2,3
67:23 68:11 69:22
70:6 73:20,25
74:25 80:2 84:13
84:22,24 85:22
86:1,15,20 87:2,3

87:21 98:8 103:22
109:12 111:11
112:2 113:5 117:4
121:19 124:23,24
124:25 127:14
130:16 132:7
136:5,24,25
137:15 138:8
147:8 152:4
159:19 161:9,24
162:1,2,6,9 167:11
167:23 170:2
174:16 175:18
176:2,10,20,23,25
178:23 179:5
180:22 183:3,10
186:25 189:1
190:5 191:19
196:14 204:25
207:9,10,11 209:2
211:25 212:3
213:6,19 219:18
221:24 225:2
226:7 234:6 235:4
235:5,25 236:23
**questioned** 150:18
**questions** 9:5 12:9
15:3,24 19:1
22:24 28:15,19,22
32:22 34:12 38:15
127:1,4 137:19
164:18 193:13
214:7 215:21
216:8 238:21
241:14,22 242:4
244:14
**quick** 27:11 57:4
67:22 109:12
137:17 204:12
211:11 239:1

**quickly** 101:3
228:5
**quinby** 4:21 8:23
226:23 227:3
241:2
**quite** 35:11 50:3
65:16 220:6

**r**

**r** 3:1,5 4:1 5:1 8:14
21:13 198:19,22
246:1
**r.s.** 246:6
**ranch** 1:10
**range** 35:11
**ranked** 134:9,10
**rate** 55:18 56:11
58:19 59:11
**rates** 54:7 55:7,11
82:17,19,20,25
83:1,5,16,18 84:1
84:7
**rbk** 1:2
**reach** 56:24 89:15
133:11 186:25
211:11
**reached** 21:8
187:1 218:24,25
220:12
**read** 48:12 50:14
54:1,7 56:7 60:3
60:10 67:22 73:19
73:21 77:16 81:10
88:17 105:2
106:18 124:12
130:13 136:7
151:12 152:21
153:12 159:9
160:17 163:18
166:10 185:25
186:3,4 187:3
189:23 207:10,12

222:25 238:17
245:3
**reading** 14:24
83:2 106:23
150:25 187:11
**reads** 125:24
**ready** 58:2 137:20
**real** 3:6 11:19
38:21 67:22
104:19,23 138:23
140:8
**realize** 27:13
29:23 50:3 101:10
184:5 220:6 237:7
**really** 10:25 11:23
30:8 58:12 62:6
79:2 96:6 99:13
100:8 101:5
103:10,11 106:23
111:14 112:1
113:1 124:6
133:16 136:11
139:17,18 143:9
156:19 161:16
167:8 172:3 185:1
198:1,16 202:14
223:10
**realtime** 192:2
**rear** 108:15
**reason** 11:17
33:23 119:12,16
119:23 202:7
221:4 234:15
247:5
**reasonable** 111:19
112:12
**reasons** 87:18
**rebate** 109:23
110:6,19 111:2,7
111:17 112:11,21
113:3,4 132:24

[rebate - reflect]                                                                    Page 37

141:15 183:5,12
199:7,14,17,19,20
199:21 200:11,13
200:18,20
**rebates**  23:7,12
109:24 110:9
111:25 113:13
128:10,17,18
132:23,23 139:11
139:12 141:11,20
161:6,22 183:1,22
184:2,3,8 199:10
199:15,15 200:1
200:17
**recall**  24:21 79:10
117:2 128:1
139:13 153:24
178:13 181:23
188:8 204:23
205:3,4,11 206:1,4
206:6,24 207:4,5
207:15,17 209:24
210:8,12 211:14
212:1 214:2,11
217:3,15 218:17
236:15,22 242:8,9
243:18,23
**recalled**  205:14
207:4 211:6,17
212:12,18,23,25
213:12,17 214:19
214:23 217:10
224:10
**recalling**  173:9
**recalls**  205:5
206:13
**receive**  18:5 92:2,4
112:21 124:20,25
141:19 165:11
180:24 183:5
208:14 212:17

**received**  18:15
21:6 76:8 92:10
139:19 148:13
180:18 183:15,17
183:23 184:7,9,25
205:19 218:18
225:7,8
**receives**  125:2,3
184:1
**receiving**  114:23
181:4
**recess**  97:14,15
**reciprocity**  187:22
**recognize**  187:17
**recollection**  106:5
142:15 220:7,10
**recommend**
210:10
**recommendations**
154:11 155:6,12
155:22 157:7,9,14
157:17,20,23
158:7 210:23
211:5
**recommended**
157:12 210:21
**reconvene**  33:7
**record**  7:2,16 8:5
10:4 13:2 14:7,23
18:10,12 22:13
27:22 33:10,11,13
40:8,20 57:9,10,12
67:2,3,5,22 97:8
97:12,13,18
141:25 142:2,3,5
144:10,11,13
159:9 182:19,20
182:22 204:17,18
204:20 215:23,24
216:2,2,15,18,19
216:20,22 220:14

241:16 244:18
245:6
**recorded**  7:4
39:24
**recording**  10:3
**records**  54:16
220:25
**recover**  30:2 77:21
78:3 79:9,21
100:14 191:2
**recovered**  102:19
**recovery**  77:15,18
77:19 78:5,17,21
79:5,22,25 80:4,15
80:21 99:24,25
100:1,10,11,12
103:6,16,18 104:3
196:4,4 197:9
**redaction**  102:8
102:10,11
**reduce**  102:12
**reduced**  217:9
**reducing**  159:16
160:2
**reduction**  102:9
160:15
**refer**  10:5 17:14
32:12 34:4 35:7
35:20 47:19,24
48:1 49:16 53:25
54:3 60:15 126:19
135:2,3,3,25 136:2
141:20 143:15
149:16 162:5
164:25 170:7
175:8 179:17
184:3 197:21
201:11 202:20
237:14 238:6
240:10

**reference**  33:22
109:4,21 118:9
122:23 150:3
171:23,25 172:4
173:6 232:3
**referenced**  219:9
**referred**  121:10
121:13 126:5
135:11 189:13
191:25 202:4
209:4
**referring**  15:15
17:8,15 21:10
24:2 32:14 35:21
47:22 53:16 55:20
57:15 82:20 87:13
87:16 93:20
109:10 110:2
115:25 118:14
122:13 124:1
128:12 151:15
153:12 155:8
159:19 160:22,24
160:24 161:1
162:17,22 163:15
164:1,14 179:19
186:6 189:21
198:20 210:18
211:12 221:9
227:21 233:18
**refers**  82:25
109:22 122:14
134:8 143:7 168:6
195:25 199:14
221:10 240:12
**refill**  116:7,10,11
116:13
**reflect**  23:12 40:20
94:19 102:7
186:20

[reflected - requested]                                                          Page 38

**reflected**  23:8
  96:11 104:11
  132:18,24 227:22
**reflecting**  199:17
**reflective**  199:20
**refresh**  105:19
**refresher**  243:2
**refund**  198:18
**refunds**  193:7
  217:2
**regard**  29:25 47:7
  58:5 60:18 79:25
  82:21 129:19
  169:15 194:16
  207:15 218:11
**regarding**  20:14
  21:9 30:6 49:12
  57:16 132:2 151:7
  180:18 183:22
  206:23 210:8
  218:20 242:24
**regardless**  83:23
  183:16 234:7
**regards**  59:14
**regional**  25:15
**register**  95:21
**regular**  38:14
  60:25
**regularly**  231:20
  231:22 232:2
**reimbursed**  52:7
  167:3
**reimbursement**
  55:18 56:10 58:18
  233:25 234:1
**reimburses**  233:12
**relate**  119:10
  178:21 189:4
  193:2,8
**related**  28:25
  49:22 67:9 70:9

  117:23 129:7
  130:18 141:5
  183:1 188:20
  194:17,21 195:2
  195:15,15 210:15
  234:6 238:14
**relates**  120:16
  131:9 199:1
**relating**  29:10
  180:24 212:18
**relation**  63:11
  90:13 129:7
  188:21
**relationship**  216:6
  222:11 225:16
  226:9 228:18
  243:3
**relative**  246:17,19
**relied**  179:15
**relies**  158:6
**rely**  157:22
**remain**  85:19
**remainder**  34:8
  119:6
**remains**  138:8
**remedyrepack**
  1:14
**remember**  15:3
  51:21 100:1
  108:13 121:6
  173:12 184:4
  189:12 190:21
  218:8
**remembering**
  171:3
**reminded**  13:8
**reminder**  13:1
**reminding**  220:13
**remit**  105:7
  181:25

**remittance**  101:15
  102:7 103:19
**remittances**  102:4
**remote**  1:20 8:20
**remotely**  7:23 8:1
**remove**  69:7 199:4
  200:22 227:2
**removed**  40:21
**removes**  67:25
  68:12
**renew**  148:22
**renewal**  148:20
  199:16 202:13
**repair**  121:12
**repeat**  38:2 50:11
  180:20 207:9
  235:3
**repeating**  52:9
**rephrase**  11:7
**replace**  24:14
  217:9
**replicas**  31:7
**report**  31:3 87:8
  87:11,14 91:18,22
  91:24,25 93:6,9
  96:8 112:17 113:3
  141:19 195:22
  197:5,6,7 214:18
  214:25 215:10
  227:15,21,24
  228:8,25 229:10
  229:11,14 231:21
  236:20
**reported**  212:21
**reporter**  2:7 7:12
  7:17,18,20 8:10,16
  10:5,12 14:8
  50:14 73:20,22
  141:9 186:3 204:2
  207:12 246:4,25

**reporting**  7:23 8:3
  28:18 38:9 88:16
  89:17,19,22,24
  90:9,16,22 91:1,6
  91:11 92:3,5,7,9
  104:7 107:17,19
  247:1
**reports**  22:2,5,7,9
  23:2 30:9,11,14,17
  30:18 31:7 88:10
  89:18 91:17
  112:21 113:3
  188:8,9 212:16,17
  212:20 219:9,10
  219:11,13 225:10
  230:17 231:19
  236:13,16
**repository**  226:25
**represent**  7:13
  17:25 24:19 32:5
  61:10 79:3 113:24
  126:13 185:13
  195:10 222:23
**representative**
  15:7 78:7 99:1,3
**represents**  193:16
**reproduction**
  246:24
**request**  22:8 88:13
  150:2 197:17
  201:15 214:24
  219:2 220:14
  221:4,7 223:6,11
  223:24 225:8,23
**requested**  22:3,4
  50:13 73:21 88:7
  90:22 126:1 141:8
  186:2 197:15
  201:16,17 207:11
  218:12 219:5,13
  220:25 223:22

[requested - right]                                                    Page 39

225:6
**requests** 46:5,6
**require** 174:13
**required** 41:25
  75:24 129:20
  169:16 172:14
**research** 173:18
  188:19
**reserve** 149:12,25
**reserves** 151:11
**respect** 54:12
  61:21 79:5 81:20
  117:7 141:3
  144:25 157:11
  184:10 186:17
  190:4 192:4,6
  218:15 244:2
**respective** 75:3
  200:16
**respond** 100:8,23
  174:13 176:8
**responding** 82:16
  83:5
**response** 206:5
**responsibilities**
  15:22 38:18 72:16
  72:19,21,23,25
  73:3 75:8,9,17,19
  76:5
**responsibility**
  42:19 43:14 63:2
  63:5 71:18 72:14
  74:4 80:3 101:17
  112:13 114:21
  133:7 138:4,10
  140:2 206:16
  217:11
**responsible** 40:1
  42:17 72:11 73:11
  73:18 80:7 82:14
  83:3,22,25 84:1,3

84:4 111:23 119:7
  124:18 186:8,21
  234:2
**responsive** 31:15
**rest** 29:3 141:23
  147:10
**restate** 180:6
**restricted** 225:25
  228:7 241:3
**result** 128:8,9
  151:9,23 194:24
  206:23 210:11
  214:11
**retail** 134:1,3,16
  134:23 135:9,13
  135:19,20,24
  136:8 162:19
  163:9 164:7
**retain** 55:16 56:8
  58:15,16 59:10,19
**retained** 122:4
**retaining** 56:16
  57:17 59:13
**retention** 197:22
  201:1
**retiree** 235:14,17
**retract** 101:13
**return** 10:16
**review** 12:22
  18:14,16,23,25
  20:7,13 21:22
  23:11,18,22 25:2,6
  50:5 58:1 66:18
  69:4,13,20 85:1
  104:22 105:18
  126:13 127:13
  132:13,15 136:22
  136:22 146:23
  147:5 154:16,23
  174:17 201:2,4,8
  201:10,18 211:25

212:6,7 214:16
  215:10 231:19,22
  232:2
**reviewed** 22:4
  23:3 45:20,20
  105:22 106:8
  146:14 150:23
  154:20 201:15
  224:8 225:14
  226:7
**reviews** 202:1
**revisions** 149:2
**reward** 62:23
**rewards** 60:6,13
  62:9 63:17 73:13
**rid** 59:25
**riders** 152:21
**ridiculous** 215:21
**right** 9:1 11:24
  12:17 13:1,12,25
  15:1,13,20 16:6,12
  17:19 19:19 20:18
  21:11,15 22:21
  23:1,3 25:4,22
  26:1,6,11,21 29:16
  31:25 32:20,23
  34:2,15 35:4 36:8
  41:7 43:20 44:1,2
  44:11,15,16,17
  45:13 47:11,16,18
  47:21 48:3,4,6
  49:23 50:1 53:15
  57:15,21 58:4
  60:3,12 61:6,16
  64:18 65:16 67:7
  67:11 68:23 69:1
  71:9 72:5 73:9
  74:9,12,17 77:13
  81:13,18 84:20,21
  84:23 85:13 89:8
  89:11,13,16 90:21

93:14,23 94:13,14
  95:10,25 96:8,20
  98:6 102:5,10
  103:7 104:12
  106:14,25 107:2
  109:12,16,16,18
  110:23 111:8
  112:7 113:22
  114:2,8 115:10
  116:18 118:2,6,18
  120:7,15 121:23
  123:24 124:17
  125:22 127:8,17
  130:13 131:10
  132:14 135:8
  136:17 138:21
  141:18,21 142:8
  143:17,21 144:15
  146:2,3 147:23
  149:9,12,25 150:8
  151:11,12 152:14
  152:21,25 153:9
  157:5 160:3
  161:18 162:3
  164:13,16,21,23
  165:22 166:4,11
  166:16,25 167:1
  168:13 170:15,17
  171:4,9,14,18
  172:10 173:1
  177:16,18,25
  180:7 182:13
  184:15 186:10
  192:13,15 194:11
  196:6,22 200:2,7
  200:24 202:10,21
  204:9 215:14
  216:25 217:13
  218:8 219:7 220:2
  223:4 224:5,12,21
  226:14,21 227:4

[right - see]                                                                    Page 40

228:2 230:18
231:7,10,13,17
232:12,24 237:23
239:23 240:18
241:20 242:3,12
242:20,25 243:11
244:13
**rite**  171:23
**rnb**  181:23 182:2
182:3,6,11,12
193:24
**road**  5:10
**roads**  133:21
**role**  26:8 98:20
139:20
**roles**  98:19
**room**  7:22 9:21
14:2,5 19:22
153:21
**rooney**  4:15
**root**  238:6
**rose**  5:4
**ross**  5:5
**rough**  12:3
**roughly**  12:19
**routine**  94:8,10
**row**  224:21
**rpr**  2:7 246:23
**rule**  10:12
**rules**  2:5 9:23
15:10
**run**  120:10,12
188:8 227:16
229:14,17
**running**  103:25
116:5
**rx**  92:17 133:25
135:13,24 145:15
145:16,20,25
163:2 169:11
171:24,24 201:1,2

201:3,4 240:14,16

**s**

**s**  1:8 3:1 4:1 5:1
82:13 198:19,19
198:22 247:5
**sale**  114:12,16,22
115:4,9,15,19
**sales**  25:15 55:9
236:1,4
**sam's**  171:21
**san**  3:6
**sandoz**  1:14
**sarah**  4:5 225:22
**sarah.zimmerman**
4:7
**sat**  95:1
**satisfied**  165:6
166:10
**satisfy**  166:15
168:15
**saved**  156:2
**savings**  35:1
**saw**  167:24 181:24
181:24
**saying**  17:13 41:6
41:7 64:12 74:12
80:12,20 116:15
122:3 129:12
156:20 169:21
208:18 211:8
240:18
**says**  48:10 55:15
58:14,16 59:8,9
60:4 62:12 63:5
68:15 77:14 81:4
82:13 83:10,21
88:12 93:22 95:16
104:20 106:14,16
109:22 110:11
111:14 114:12
115:22 117:11,12

120:19 127:9
129:9 130:3
135:24 149:7,11
151:15 154:2
160:1 165:17,18
166:8,14 167:20
168:1 169:4 173:2
198:19 220:5
222:20 224:9
227:8 236:7
**scan**  239:1
**schedule**  11:13
71:24 111:18
113:25 123:19,19
123:20 127:8,15
127:21 129:13
131:8 137:25
138:1,6,7
**schedules**  69:5
**school**  57:3
**sciegen**  1:15
**scope**  36:14 78:12
78:15 84:25 86:23
86:24 94:24
156:10 158:21
169:10 175:4
215:16
**scratch**  40:6
**screen**  70:17,24
71:6,11 121:22,25
226:14
**screwed**  86:7
**script**  13:15
**scripts**  4:3 24:5
49:11,19 59:3
71:17 73:16,24
74:5,7,20 75:5,18
76:3,9 105:20
106:4 113:17
116:15 120:25
121:11 122:4,19

122:20,24 123:7,8
180:9,12 181:2
190:12,22 195:25
205:21,23,25
219:3,4 221:11,13
221:20 222:1
243:3
**scroll**  18:1 177:14
224:20 227:20
233:17
**scrolling**  177:14
231:12
**search**  31:10 89:5
**sears**  242:24
**second**  13:16 54:4
71:21 108:13
136:15 148:18
153:10 199:21,23
203:21
**secondary**  119:2
202:23 203:4,5
**section**  54:10 56:1
56:2 57:16 59:24
60:2,14 61:14
67:13,17,25 77:9
81:23 93:19
106:13 109:19
110:2,10 111:12
111:18 112:11
115:21 117:10,17
118:7,11,17,17
120:3 123:25
130:3 132:1
135:23 136:19
137:24 138:13
153:10,15 195:18
197:22 198:18
**see**  9:7 17:14
47:21,22 48:3,7
55:20 67:13,23
68:11,14 69:22

70:24 71:6 76:16
77:11 88:17 89:12
91:5 92:11 93:20
95:5 98:7 106:18
108:4 110:1
112:12 114:7
115:24 118:13
120:12 122:13
123:16 124:1
126:19,22 134:19
135:24 147:13
151:21 154:5
159:22 161:15,19
162:22 163:13
164:9 168:1 169:4
169:21 171:13,14
177:8 184:12
185:2,2 187:12
189:10,20 190:16
191:14 192:7
193:5 199:22
201:1 208:7
220:15 222:17,24
224:13,20 226:4
228:8,21,22 232:7
234:10 235:1
238:21 240:13,14
240:20
**seeing** 66:15 71:2
71:3 178:6 202:15
215:4
**seeking** 217:8
**seen** 10:1 17:23
27:8 33:16,18,19
44:17 46:1 100:5
113:7,9 138:6,12
138:14,19 139:2
139:21,23 140:8
140:18 187:1
201:20 224:6
225:2 227:6

**segmented** 194:3
**self** 42:14 200:7
**sell** 180:11
**send** 42:5 91:9
100:18 102:4
132:14
**sends** 115:3 132:9
132:11 184:17
208:5,20
**sense** 36:10 38:20
105:25 134:6
140:19 208:18
**sensitive** 226:2
228:9
**sent** 27:9 205:15
208:2 210:7
**sentence** 54:4,4,7
55:15 82:14 83:10
88:18 106:15
127:19 128:24
129:9
**sentry** 5:15
**separate** 22:25
43:19 75:7 121:17
**service** 37:21 38:7
50:7 51:11 78:22
80:15 95:6 96:2
99:1,3 114:23
118:12 124:13
130:10,23 143:3,5
143:7,8,15 169:18
**services** 6:11
34:20,22 35:10,14
35:17 37:3,22
42:15,17 44:21
45:5,16 48:16
49:12,22 67:12,24
68:16 71:4,25
72:9 73:18 74:16
76:8,15 77:10,15
77:18,19 78:5,17

79:5,25 80:4,10,21
80:25 83:1,7
114:11 115:22
118:8,9 120:12,20
120:22,23 122:1,2
123:2,9 124:1,4,7
125:14,16,21
126:2 130:19
152:17,24 166:8,9
166:22 169:23,24
171:2
**serving** 74:8
**set** 62:11,19,20
63:8,10 111:18
112:11 116:5
126:25 127:4
130:7 134:12
157:12 165:15
168:14,18 246:14
**sets** 63:8
**setting** 62:8 63:7
**settl** 192:22
**settle** 190:13
**settled** 139:12
**settlement** 189:17
189:25 190:3,4,24
192:6,17,23
**shape** 53:13
**share** 32:7 132:22
137:11 141:2
163:10,11,23
220:1
**shared** 110:9
119:9 128:11,17
128:19
**shares** 36:21 110:5
132:23,24 205:12
**sharing** 139:11
144:4 199:10,15
200:1

**shaw's** 171:21
**sheet** 222:22 245:5
247:1
**sheets** 224:18
**shell** 82:9
**shield** 3:3 15:9,16
25:2 26:19 187:24
**shock** 213:8
**short** 45:17 68:7
117:10 177:7
**shorten** 70:6
**shorter** 69:3
**shortly** 205:5
**show** 68:3 104:6,8
**showed** 188:17
**showing** 33:24
**shown** 12:18 95:21
168:21 229:1
230:10,11 232:6
237:1
**shows** 199:7
**shulman** 5:19 7:11
17:20
**side** 77:6,6,7,7
120:4,4 121:25
129:18 189:5
203:10 224:15,15
225:17,18
**sidetracked**
121:19
**sierra** 82:13
242:24 243:5
**signature** 68:7
117:11 246:22
**significantly** 76:9
**silly** 98:8 135:10
**similar** 23:21 31:6
138:7 191:13
192:6 211:25
**similarly** 1:6
214:21

[simple - spreadsheet]                                                         Page 42

**simple**  41:14
  82:22 102:17
**simply**  37:18 53:8
  91:3 176:5 221:7
**single**  66:1
**sir**  216:4
**sirota**  3:5 86:6
  209:3,7,12,16,21
**sitting**  31:25 47:8
  63:13 239:23
**situated**  1:6
**situation**  19:13
  119:4 150:24
  189:23
**six**  62:12 66:19,20
  172:9 199:19
  241:17
**size**  98:23 222:15
**skip**  134:15
  171:14 177:5
**slight**  239:5
**slightly**  44:25
**slowly**  177:14
**small**  35:11 135:6
**smallest**  35:15
**smith**  5:9
**solco**  1:15 3:17
  32:10
**solely**  82:14 83:3
  83:21,25
**solutions**  1:8 5:19
  7:14
**somebody**  10:1
  19:22 52:3 85:13
  85:14 100:4
  102:14 105:16
  117:2 124:21
**someone's**  100:25
**somewhat**  30:8
**sorry**  40:1,18,23
  54:4 57:4 70:17

71:12,13 80:15
  87:10 92:3 96:17
  133:9 147:7
  148:21 153:19
  155:14,15 162:13
  177:16 191:17
  209:11 220:1
  223:8 226:12,12
  229:12 231:11,15
  234:4 239:25
  240:6
**sort**  14:19 20:19
  37:22 38:18,20
  51:19 52:7 60:13
  62:6 66:1 81:16
  81:17,25 82:7,20
  94:8 102:19
  104:18 119:18
  181:7 195:8
  221:16,17 232:15
  233:1,2
**sorts**  22:6 23:17
  231:24
**sound**  161:4
**sounds**  10:7 11:18
  13:25 94:8 95:10
  101:22
**source**  37:2 183:5
  226:15 227:14
**sources**  87:25
  242:18
**span**  70:6
**spans**  69:12
**speak**  10:14 12:23
  14:7 23:6 25:10
  25:11 38:22 44:9
  46:21 65:22 125:7
  125:10 126:10
  129:17 179:10,14
  192:9 193:15
  195:10 198:16

201:10 242:7,14
  242:17,25 243:6
**speaking**  12:14
  29:22,23 106:6
  108:6 109:6
  143:18 147:9
  160:11 168:17
  197:6 220:5
**speaks**  51:3 56:5
  65:12 196:11
**special**  163:14
  175:12
**specialist**  167:2
**specialty**  136:19
  175:14,20
**specific**  27:3 54:25
  59:23 61:24 62:4
  62:5 87:20 92:13
  92:25 93:2 95:10
  141:20 152:3,6
  161:22 172:8
  174:21,23 176:10
  184:2 185:21
  197:9 207:25
  213:24
**specifically**  21:20
  25:14 43:24 54:1
  61:23 79:25 89:8
  92:18 95:3 120:17
  121:16 128:18
  130:5 147:6
  156:15 163:6
  178:24 186:6
  192:4 198:11,24
  201:11 202:12,14
  207:24 210:6
  214:4 222:19
  229:14
**specifics**  54:13
  141:14 172:3

**specified**  111:9
  151:10
**speculation**  43:3
  56:22 74:23 75:11
  76:12 157:25
  158:22 174:1
  175:3 178:10
  180:2 191:5 213:3
  235:11 237:11
**speed**  69:20
  154:17
**spell**  13:23 38:18
  135:16 224:1
**spelled**  131:3
**spend**  20:24 21:3
  28:25 115:1,2
  119:17
**spent**  90:2 243:15
**spilled**  115:24
**split**  119:8
**spoke**  242:21,22
  242:23 243:2
**sponsor**  35:4
  51:16 55:17 56:9
  59:11,20 81:5
  93:23 106:16,21
  130:21 143:20,20
  176:5
**sponsor's**  93:22
  130:10,22
**sponsors**  26:23
  88:12 130:7
  142:20 207:17
  210:4
**spot**  62:18 137:23
**spouse**  36:4
**spread**  55:23
  91:15
**spreadsheet**  6:21
  6:22,23,24 233:14
  237:1 239:6

**spring** 220:13
**src** 237:24
**st** 4:6
**stagnant** 85:19
**stamps** 47:25 48:2
**stand** 33:10 97:12
  142:2 182:19
  204:17 216:17
**standard** 88:15
  89:17,18,24 90:22
  91:1,10 92:3,5,8
  166:1
**standards** 60:7
  61:21 62:10,21
  68:13,21 69:7,23
  73:2,13
**standing** 65:23
**stands** 182:12
  201:1
**start** 17:13 98:8
  136:25 149:3
  170:11 200:1
  211:8
**started** 8:18 9:7
  63:24 99:2 100:6
  108:18 128:21
  142:9,12 148:19
  193:19 199:15
  200:3 242:5
**starting** 128:2,11
  153:10 162:16
  166:7 199:23
**starts** 10:25 53:24
  136:19
**state** 2:8 4:11 8:11
  16:16,25 18:9
  156:23 158:16
  163:7 187:25
  195:8,11 203:12
  203:14 246:4

**stated** 7:15 73:8
  130:12 157:4
  166:10 171:1,3,6,8
**statement** 167:24
  216:12
**statements** 179:12
  211:4 245:7
**states** 1:1 7:8
  156:14 170:18
**stating** 8:5
**stay** 96:9 215:24
  216:1,2
**stayed** 181:17
**stenographic** 7:16
  10:4
**stenographically**
  246:13
**step** 201:3,9,16,18
  201:25
**stock** 62:13
**stolen** 115:24
  116:21
**stop** 12:6 150:19
**stopped** 64:18
**straight** 101:21
**stray** 27:17
**street** 3:20 4:11,16
**stretch** 177:8
**strike** 51:25
  121:20 169:21
  176:2 195:4
  212:16 213:9
  215:18,21 216:11
  244:3
**structure** 216:7
**stuff** 17:7 26:7
  34:2
**sub** 57:25 61:19
  238:7,9
**subject** 13:6 20:6
  54:1 152:17

169:25 170:6,10
  171:2 188:7
  215:22 236:14,21
**submits** 112:17
**subpoena** 6:10
  18:1 31:24 75:15
**subscribe** 245:6
**subscribed** 245:12
  247:22
**subscriber** 126:6
  229:3,5,15,18,25
  230:10,11,15,20
  230:23 231:5
  237:20
**subsection** 53:24
**subsequent** 13:9
  65:8,14 138:7
**subsequently**
  30:10 102:25
  108:18
**subsidies** 23:7,12
  235:20
**subsidy** 235:14,18
**substance** 169:3
  169:16
**substantive** 26:7
**substitute** 22:19
  33:25 117:3 217:9
**successful** 104:3
**sufficient** 111:16
  112:10
**suffix** 229:21
**suggest** 107:15
  192:22
**suggested** 141:24
**suggestion** 107:14
**suit** 29:24,25
**suite** 3:6,14,20 4:5
  4:16 5:5,10,15
**sum** 126:1 137:9
  204:3 220:18

**summary** 72:10
  117:12,15
**sunset** 221:10,11
  221:12 222:1,4
**super** 11:25
  165:20
**superior** 2:5
**supplied** 30:10,12
  30:14
**supplies** 133:12
**supply** 28:18
  105:3 116:24
  136:1,3,10,10
  167:21 168:7
**support** 149:9
  185:8
**supported** 99:1
**supposed** 50:22
**surcharges** 192:24
  193:1 195:8
**sure** 8:23 13:24
  22:1 26:11 27:8
  30:18 31:6 33:24
  34:14 37:5 38:6
  45:18 57:24 60:22
  66:23 71:1 72:20
  78:19 79:16 87:1
  95:13 101:20
  113:8,8 114:18
  117:18 122:22
  127:6 132:21
  134:2,21 137:23
  138:11,23,24
  146:10 151:3
  158:13 161:21
  162:11 163:21
  164:3 173:16
  176:25 180:8
  183:10 192:20
  194:15 195:11
  207:10 218:18

234:15 235:5
241:4 242:22
**swearing** 8:20
**swedesford** 5:10
**switch** 107:22
173:8,19 178:1
181:9,16 200:5
225:21
**switched** 76:9
177:23
**switchover** 180:17
**sworn** 8:15 9:16
245:12 246:8
247:22
**system** 38:9 39:16
95:22 96:12
181:22,23 182:6,8
185:10 187:23

**t**

**t** 3:19 8:14 21:13
178:4 246:1,1
**tailor** 214:7
**take** 11:16,22 22:1
26:10 33:3,7
34:15 40:15 50:6
51:25 57:4,4,6
66:22 69:21 96:25
98:21 102:24
104:6 118:10
127:3,13 134:17
136:25 137:16
141:23 155:23
159:4 164:17
166:18 167:6
177:7 201:3
204:12 206:23,25
207:2 214:22
239:18,20
**taken** 2:5 7:5
66:10 97:14
102:20 217:1

246:13
**takes** 44:3 53:6,10
96:13 104:14
115:18 222:14
**talk** 10:13 11:1
33:25 34:16 55:10
113:6 153:4
174:24 177:2
178:4 182:25
196:21 216:2
**talked** 17:16 19:21
25:5 49:10 99:25
101:22 103:5
105:19 121:6
145:8 146:1 178:4
210:4 235:19
**talking** 31:7 34:1
35:3 51:19 52:2
55:5 58:23 62:22
65:3 71:16 79:14
83:1 85:11 137:7
142:9 144:24
150:12 153:13,24
156:13 163:1
173:5 183:11
219:8
**target** 171:22
**task** 105:2
**tax** 236:2,5
**taxed** 236:8
**taxes** 235:21,22
**team** 100:12
**technical** 144:16
**telephone** 220:18
**tell** 9:16,19 19:18
20:22 21:22 25:20
25:21 26:7 29:18
30:16 31:20 32:5
34:18 44:20 47:9
47:12 99:8 101:14
124:3 131:6

164:23 173:21
177:10 181:20
184:20 194:13
200:9 201:19
203:2 229:20,20
230:1,3,25 242:20
**telling** 123:3
**tells** 101:25 229:19
**template** 82:8,9
**ten** 33:4
**tend** 22:21
**tendency** 10:25
**tenders** 52:5
**term** 22:15 50:10
50:17,22 53:17
55:23 110:11
111:21 128:23
138:22,22,24
143:6 150:25
**terminated** 77:23
101:1,9
**terminology**
193:14
**terms** 45:14 46:18
47:4,9 51:7 54:7
55:7,11 61:15
64:4 65:10 69:15
75:8 91:13 105:8
107:5 108:10
111:10,22 114:3,5
152:19 153:5
164:19 165:21
181:6 185:15
**test** 151:5,7,11,19
152:1,9
**testified** 8:16
142:12 146:13
177:23 191:24
194:4 216:5
**testify** 15:3 18:1
19:7 20:22 24:23

57:21 246:9
**testifying** 16:1
27:22 100:2
**testimony** 13:3
15:23 57:20 73:21
75:16 122:8 173:7
207:7 232:16
242:8,15 243:12
246:12
**tests** 60:25
**teva** 1:15 3:11,11
**text** 54:2 57:3
**thank** 72:12 77:4
93:16 98:17
106:12 135:22
188:14 216:10
217:24 239:16
243:17
**thanks** 164:3
220:5 227:3
**theirs** 221:15
**theoretically**
215:12
**therapeutic**
211:17 212:12
**therapeutics**
105:21 106:1,8
154:20 155:11,16
178:17 211:20
212:6
**therapy** 201:3,9
201:17,18 202:1
**thing** 12:18 17:11
25:18 81:13,16
116:20 120:2
121:21 128:20
143:1,2 148:5
161:6 185:1
216:14 221:17
236:8

[things - top]                                                                Page 45

**things** 9:7 12:6
22:25 23:6,13
34:3 41:10 67:22
72:13 76:16 87:9
104:1 109:1
160:18 161:22
166:24 183:22
189:5 202:3
**think** 12:17,19
17:12 23:16 27:21
27:22,24 28:20
29:22 30:7,25
31:4,14,22 36:17
38:3,12,18 42:2
44:10 46:25 52:21
53:16 55:8 61:8
66:17 77:13 78:14
79:2 84:13,24
86:24 93:12 96:17
97:22 103:5,11,22
104:13 105:13
106:10,15,20
108:11 109:4,5
110:10,17,21,25
112:8 114:4,8
115:11 118:12
119:12,23 120:18
121:21 124:5,24
126:25 127:1
129:5 131:2 134:4
136:4 138:21,23
141:18,21 142:17
143:25 144:5
145:21 146:1,22
146:24 148:6,13
149:24 150:15,17
153:16 156:4
164:20 168:13
170:19,25 173:7
174:12,23 176:25
177:4,6,22 178:15

180:21 181:24
183:8 189:20
194:4 195:25
196:10 198:13
202:20 213:19
219:14,23,24
222:16 228:23
231:11 233:4
235:24 236:11,12
237:18 239:19
240:7,17,25 241:5
241:23 242:5,10
244:10
**thinking** 122:21
122:23
**third** 35:7,10,13
51:4 79:7 111:16
112:4,9 113:19
149:23 167:8
216:4 217:2
241:11
**thirty** 178:22
**thought** 8:25
150:23 163:16
**thoughts** 211:11
**thousand** 108:14
219:23
**three** 30:15,16
36:18 37:6,15,17
37:18 66:19 134:4
142:13,24 147:4
188:8 194:9
200:25 219:8,24
225:9
**threshold** 90:7
**throw** 108:25
213:1
**throws** 83:20
**tie** 138:2 140:21
**tier** 134:9,10,18
135:3 145:9,9

147:4,5 160:12
162:25 163:3,3
167:18,18,19,19
168:6,21 171:21
171:22 172:8
177:12
**tiers** 153:22 154:3
154:8 157:11
174:19
**tiffany** 3:13
**time** 10:13 11:5
12:3,11 21:3 22:1
22:3 24:3,5,25
28:24 29:5,7
33:10,13 37:5,8
39:21,24 42:10
44:3 47:2 49:15
50:6 52:20 57:9
57:13 67:2,20
69:12 70:6,15
71:16 73:15,16
79:6,15 82:3
85:20 86:25 90:8
91:4 95:5,24 96:1
97:12,19 98:22,24
102:6 106:5 107:2
108:6,13,16,20,21
110:8 114:14,24
122:15,18 123:5,6
123:20 126:14
127:2,13,24 128:1
133:22 136:25
142:2,6 143:6
144:2,10,13
146:18 150:9,13
150:14 152:11
154:19 155:3,3,7,8
159:11,11,18,21
160:9 163:5 164:4
164:5,5 180:6,11
182:19,23 185:9

188:2 190:1,11,23
194:2 195:20
198:10,22 199:7
199:18 200:6
201:4,20,22 202:8
202:15 204:2,17
205:8,21 216:4,18
216:23 219:11
220:6,15 223:23
225:14 227:16,21
239:17 243:15,16
244:19 246:13
**timely** 129:21
**times** 28:4 65:8
75:15 79:8,10
**tired** 235:3
**title** 121:17 143:16
**titled** 80:11
**today** 9:6,16,21
10:2,10,14 12:19
13:3,13,16 14:2,6
14:16 15:2,14,22
20:1 21:5,23
23:19 26:4 31:5,8
32:21 47:8,19
55:10 59:18 63:13
66:12 77:24 78:2
101:2,8 142:9
144:5 180:15
181:12 185:17
189:12 239:11,13
242:19 243:13
**today's** 14:23 25:7
25:12 244:18
**told** 9:20
**tom** 99:10 218:6
**tomorrow** 239:14
**tonight** 161:15
**tools** 89:19
**top** 50:4 68:10,17
96:23 104:17

127:9 167:8
197:21 224:9,14
227:8
**topic** 19:8,10,12
21:4,16,22 23:15
23:17 24:18,19,20
24:21,24 99:23
178:21
**topics** 18:3,6,11,14
18:21,24 20:5,15
20:22 21:18 36:15
216:9
**torrent** 1:16
**total** 36:2,10,23
90:18 92:22
186:11 200:17
231:25 232:2
233:6,23 235:2
**totally** 25:17
**touch** 70:21
**touched** 70:22
**tough** 66:2
**town** 135:11,12
**track** 209:22
212:15,20
**tracked** 181:8
**tracking** 181:7
**trade** 4:16 17:2,15
17:15
**train** 163:16
**transacted** 115:5
125:7
**transacting** 115:7
**transaction** 53:5
115:8
**transactions** 231:7
**transcribe** 10:7
**transcript** 2:2
245:3,6 246:12,23
**transfer** 42:6
43:22 53:3

**transferring**
102:21
**transfers** 52:17
53:1
**transition** 181:13
**translated** 188:4
**traurig** 3:13
**traveling** 187:15
**treating** 212:24
**treatment** 210:11
**trial** 71:4
**tried** 46:4 147:22
**troutman** 3:4
**troutman.com** 3:7
3:8
**true** 246:12
**truly** 28:20
**trust** 1:5 6:13,14
6:16 16:10,13
17:8 24:10 99:22
221:1 222:21
**truth** 9:16 246:9,9
246:10
**try** 9:12 11:13
17:13 20:8 40:5,6
56:25 133:13
139:17 147:8
163:19 180:22
214:7
**trying** 51:5 79:20
105:3 106:13
120:9 137:23
143:2 152:15
193:13,14 232:20
**turn** 21:15 43:7
102:16 119:21
**twice** 230:9
**two** 18:2 22:25
27:12 31:5,5 37:9
37:9,12,13,14,14
41:10 49:10,21

68:3,4,5,6,7 69:12
75:7 76:5 77:7
96:8 101:6 102:6
120:20 123:23
135:23 142:14,14
145:23,24 153:18
153:19 162:16
201:12 203:8
225:21 226:9,22
**tx** 5:5
**type** 29:24 160:14
162:2 178:6
192:23
**types** 63:10 160:18
202:9
**typical** 38:20
**typically** 17:9 35:6
35:13 36:19 39:22
47:24 60:15 144:4
160:20 241:10

**u**

**u** 32:10
**u.s.** 1:11 3:17 5:4
32:10
**uh** 10:7,7,7
**ultimately** 42:20
42:22 43:11,20
101:23 125:8
**umbrella** 142:25
**unclear** 99:19
147:8
**underlying** 227:14
**underneath** 53:24
123:9
**understand** 9:14
9:17 11:5 14:14
15:6,12,25 16:4,7
17:5 25:17 28:6
32:13,16,19 37:12
37:20 41:2,19
44:25 50:21 51:7

51:18 52:21 66:1
70:12 76:4 81:16
83:15 84:6 101:20
103:4,24 111:3
114:5,13 121:21
122:15 139:16,18
156:20 158:13
162:8,8 179:19
181:19 196:14
208:17 215:12
223:8 224:19
237:8 240:17
242:18
**understanding**
15:21 16:22,23
18:22 21:4 22:15
29:19,20,20 51:9
56:1 79:1 83:23
84:2 86:2,9
110:13,24 114:16
129:1 133:24
179:1 202:10
**understands** 50:19
**understood** 11:11
36:1 51:24 92:21
99:12 107:12
113:1 145:20
182:13 186:16
206:21 224:25
226:3 229:24
238:12
**undertake** 54:11
55:3
**unfortunately**
102:15 192:2
225:13
**unique** 163:8,14
163:22,25 203:13
**unit** 7:3 182:22
**united** 1:1 7:8

**update**  104:22
230:16
**updated**  230:16
**uploaded**  226:24
**usa**  1:9,16 3:11
**use**  82:22 95:14
104:21 110:11
138:22 156:25
157:6 160:16
165:24 182:6
223:4
**uses**  81:24 111:20
173:2 180:15
**usual**  206:13
**usually**  12:7 25:19
58:6 235:22
**utilization**  160:6
186:23 188:4,5,16
188:21
**utilize**  159:12

**v**

**v**  1:7 247:2
**vacation**  115:23
**vaccines**  193:6
195:13,13
**vague**  27:2,4,11,19
28:3 110:11
146:17 149:21,25
150:24 155:7
160:8 206:7 220:9
**vaguely**  55:24
**valerie**  3:5 209:6
209:10
**valerie.sirota**  3:8
**validated**  100:13
**valsartan**  7:6
22:18,22,24 29:10
29:16,25 33:22,23
34:3,4,4 38:25
39:8 41:15,19,25
42:23 47:11 52:3

54:12 55:12 56:12
56:17 58:5,10
59:14 61:22,25
62:2,3,24,25 63:18
70:10,14 80:1
85:18 86:3,10
87:4,12,19,20 88:1
92:11,19 110:21
141:5 146:16
147:1,6,14 161:7
161:23 174:24
183:2,6,18,24
190:4 191:3 192:6
204:23 211:6,18
212:2,12,18,24
213:12,17 214:14
214:19,22 215:4,8
217:3,10,14
218:11,16,21
219:20 224:10
236:14,21 247:2
**value**  62:20
161:22 183:12,17
183:22 216:11
235:16
**variations**  36:21
**varies**  29:2,2
**variety**  35:2 36:7
**various**  36:6 54:6
55:7 65:7 124:8
158:15 159:11
186:19 201:6
**vcds**  22:11,17
23:24
**vendor**  60:4 61:22
73:14 121:14
**venture**  236:6
**verbal**  217:25
**verbally**  9:25
**verification**  150:2

**verify**  95:25
111:17 112:10
149:12,19,25
150:8
**veritext**  5:19 7:11
7:13 247:1
**versa**  119:7
**version**  20:22
**versus**  29:1,3 39:1
56:17 57:18 105:4
115:15 122:1
136:10 160:24,25
163:3,10 164:7
175:1,10 176:7,18
239:5 240:11
**vice**  25:15 119:6
**victor**  22:17
**video**  7:2,3 10:3
33:13 57:8,12
67:2,5 97:11,18
142:1,5 144:10,13
182:22 204:16,20
216:18,22 244:18
**videographer**  5:19
7:1,12 32:25 33:9
33:12 57:8,11
67:1,4 70:19 71:1
71:5,10 97:7,11,17
97:24 98:2 118:1
118:4 120:7 142:1
142:4 144:8,12
182:18,21 204:16
204:19 216:17,21
222:14 224:17
225:19 226:4
227:1 228:10,14
241:17 244:17
**videotaped**  2:2
**view**  108:15
171:12 176:6

**viewed**  170:14
**virtual**  2:9 7:11
**virtue**  136:9
160:10 172:21
176:6
**visit**  82:22,24
167:2
**volume**  57:12
97:18 142:5
216:22

**w**

**w**  3:14 4:16
**wacker**  3:14
**wait**  10:17 48:22
**waive**  8:2
**waiving**  159:16
160:2
**walgreens**  171:23
**walk**  39:8 98:18
**walmart**  171:22
**want**  10:24 11:21
18:12 19:18 20:20
21:7 22:13 26:11
27:3,14 30:13
32:4 38:19 42:22
48:5 50:2,5 53:25
54:3 64:1 65:24
66:23 77:9 81:2
82:19 83:22 95:25
96:25 97:1,4,7
101:25 104:12,18
107:9 108:10
114:5 120:2
123:13 128:15
129:14 130:15
136:24 139:18
142:17 149:7
152:23 153:6
162:8,9,13 164:18
165:24 166:19
177:9 179:20

[want - yeah]                                                      Page 48

182:25 183:10,15
184:23 187:12
193:7 197:21
204:9,10,13
222:17,18 232:5
233:23 237:16,25
241:4,14
**wanted** 98:12
99:23 200:24
221:5 231:2
240:19
**wants** 41:8 82:1
94:12
**warn** 10:21
**warner** 218:19
220:3,24 221:9
**warranties** 179:12
**washington** 3:20
**waste** 216:3
**watch** 161:14
**water** 204:13
**way** 31:22 41:23
45:16 51:7 52:1
53:13 65:19 71:10
76:7 78:12 93:9
110:17 114:4
119:9 124:5 125:4
131:2 138:1 139:1
140:21 143:12
153:7 156:24
168:14 169:17
170:2,20 181:13
181:25 189:4
193:2 194:16
196:6,24 208:12
212:16 214:6,7
215:13 221:18
226:13 228:23
231:10 233:10,24
240:7

**wayne** 5:10
**ways** 9:22 143:23
**we've** 12:19 27:7
27:15 31:14 65:2
79:7,8,18 106:20
109:19,21 128:23
152:16 166:21
169:5,23,24
171:19 181:3
182:10 192:16
199:6 202:11
210:4 216:25
237:19
**week** 52:20 101:9
102:6,6 115:1,2,3
116:8 133:17,17
184:16 193:12,12
197:3 198:9,10
219:25
**week's** 44:3
**weekly** 42:19 43:6
43:13 53:11 91:11
92:6 117:19
133:12 181:25
**weigh** 241:13
**welcome** 9:11
33:14 40:7 97:21
142:8
**wellness** 151:8
**went** 39:1 121:23
123:1,15 126:15
142:9 148:9
163:17 170:25
181:10,22 223:24
243:10
**werner** 5:14
**whatsoever** 220:8
**wheels** 115:3
**whereabouts** 46:3
**wholesale** 157:18
157:20

**widely** 109:14
**willing** 164:3,11
164:12
**wire** 43:15,16,22
**wisconsin** 187:15
187:16
**wise** 66:18
**wishes** 95:4
**witness** 2:3 6:2
8:10,12,14 51:6
66:2 70:21 71:3,9
71:12 118:3 139:8
188:13 191:17
216:4,9 232:16
240:25 241:7
**witnesses** 6:1
10:22
**witnesses'** 247:3
**wlaw.com** 5:17
**wonderful** 98:16
**wonderfully** 14:13
**wondering** 104:1
117:15 150:7
152:8 164:1
**word** 15:14 53:21
96:18 141:17
159:20 163:25
**worded** 170:3
**words** 10:9 27:12
73:4 134:24
140:25 230:15
**work** 26:14,15
28:22 38:21 83:14
99:15,22 100:6,19
111:23 149:23
155:24 169:8
180:12 187:12
196:4 238:4
243:12
**worked** 77:21
98:25 146:8

**working** 95:18
98:23
**works** 39:20 53:4
58:20,21 100:14
104:19 208:13
216:7
**world** 38:21
104:19,23 140:8
**worth** 44:3 183:13
**wrap** 216:13
221:19
**wrapping** 221:17
**write** 42:5
**writes** 43:11 81:24
172:18 208:20,23
**writing** 217:24
218:1
**written** 154:5
172:19,25
**wrong** 41:7 92:4
98:9 231:12
239:25

| x |
| --- |
| **x** 1:4,19 |

| y |
| --- |
| **y** 224:3 |

**yeah** 17:12 18:2
25:11 33:7 51:1
70:16,21 78:14
79:17 91:17 94:17
97:3 98:4,7 102:3
127:23 139:17
143:14 150:6
160:23 166:8
168:23 171:4,4
176:24 180:21
184:4 185:9
186:11 187:21
190:21 194:19
201:14 203:16

209:11 216:1
222:7 229:16
232:20 242:10
**year**  29:3 142:11
147:5 150:13,13
166:3 170:9
174:19,19,20,20
**years**  79:17 98:15
98:21 134:4
**york**  247:1
**youngest**  33:3

**z**

**z**  32:9
**zero**  236:2,7
**zhejiang**  1:17 3:17
32:8
**zhp**  32:13,13
**zimmerman**  4:5
225:22,23 228:6
237:10 241:23
**zoom**  2:9 53:23
70:18 71:2

```
           Federal Rules of Civil Procedure

                      Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the

deponent or a party before the deposition is

completed, the deponent must be allowed 30 days

after being notified by the officer that the

transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to

sign a statement listing the changes and the

reasons for making them.

(2) Changes Indicated in the Officer's Certificate.

The officer must note in the certificate prescribed

by Rule 30(f)(1) whether a review was requested

and, if so, must attach any changes the deponent

makes during the 30-day period.



DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES

ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

THE ABOVE RULES ARE CURRENT AS OF APRIL 1,

2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES

OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.
```

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.