# Exhibits 33-34

FILED UNDER SEAL