# Exhibits 35-43

## FILED UNDER SEAL