# Exhibits 53-77

FILED UNDER SEAL