# Exhibits 84-85

FILED UNDER SEAL