# Exhibits 109-121

FILED UNDER SEAL