# Exhibits 123-188

## FILED UNDER SEAL