# Exhibit 189

REDACTED

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

**VALSARTAN LITIGATION**

**RESPONSE TO PETITION FOR CLASS CERTIFICATION & MEDICAL MONITORING COMPLAINT**

**REPORT OF MICHAEL BOTTORFF, Pharm. D.**

This report is offered pursuant to Rule 26 of the Federal Rules of Civil Procedure.  Each of the opinions I offer in this report is given to a reasonable degree of scientific certainty and is based on the methods and procedures of science, my knowledge of recognized scientific principles and methodology reasonably relied upon by members of my profession, the materials and literature I have reviewed in connection with this litigation, as well as my education, training, knowledge, and experience.  Citations to specific reference material are offered in this report, where I believe it necessary to cite a specific source. Otherwise, my opinions are derived from a combination of reference sources, my own experience, and general scientific knowledge. The facts and data set forth herein are the types of facts and data that I and other experts in the fields of pharmacology and pharmacokinetics reasonably rely upon. Each opinion in this report is offered to articulate a sufficiently reliable basis for my opinions concerning this case. This report is not meant to be an exhaustive recitation of all of my opinions in this case.[1]

I.    CREDENTIALS AND EXPERIENCE

I am currently employed at the College of Pharmacy at Manchester University in Ft. Wayne, Indiana as an adjunct professor, and at the University of Cincinnati in the same faculty position.  I have been employed by Manchester University since 2015, and hold the rank of Full

---

[1] This report is not intended to be an exhaustive recitation of all of my opinions in this litigation, and I expressly reserve the right to amend or supplement this report to offer additional opinions, including opinions on liability, specific causation, damages, or other defenses, at the appropriate stage of litigation.

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

21  Professor.  A copy of my current *curriculum vitae* detailing my education, academic and

22  professional experience, editorial services, professional affiliations, and publications, is

23  attached as **Exhibit A**. I received a Bachelor of Science degree with honors in Industrial

24  Management from the Georgia Institute of Technology in 1976. I completed my Doctor of

25  Pharmacy in 1981 at the University of Kentucky. My postdoctoral training (1981-1983) was at

26  the Albert B. Chandler Medical Center at the University of Kentucky in the College of Pharmacy

27  where I was the Chief Resident.

28       In my current position, I teach or have taught medical students, pharmacy students and

29  residents pharmacology, including cardiovascular pharmacology. I provide information on how

30  pharmaceutical drugs work in the body and how drugs interact with the body's systems so they

31  may better understand how to select the best drug for a particular patient's needs. Since their

32  introduction into the U.S. market, sartans are drugs that I have taught my medical and

33  pharmacy students and/or residents when discussing the treatment of hypertension and heart

34  failure. "Sartans" are Angiotensin Receptor Blockers ("ARB"), including, for example, valsartan,

35  losartan, and irbesartan (hereafter "sartans"). I also instruct on issues related to pharmacology,

36  metabolism, clinical benefit, toxicities, and drug interactions for a variety of pharmaceutical

37  drugs, including for the sartans described above. I have a 30 year history of rounding on

38  hospital in-patients with cardiologists treating patients receiving drug therapy for hypertension

39  and heart failure, and I have lectured extensively on cardiovascular topics for nearly 40 years.

40       In addition to my current teaching responsibilities, I continue to author textbooks and

41  journal articles, as well as give presentations on cardiac pharmacotherapy and pharmacologic

42  principles. I have been awarded numerous research grants and have published 36 original

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

43    research articles in peer-reviewed journals in my field, along with dozens of abstracts related to

44    cardiovascular pharmacotherapy and pharmacokinetics. Most of these studies have

45    incorporated the use of pharmaceuticals, which has required specific knowledge of the

46    pharmacokinetics and pharmacodynamics of these drugs.

47        Prior to accepting my position at Manchester University, I was a Professor and Chair of

48    the Department of Pharmacy Practice for 4 years at the South College School of Pharmacy, and

49    held a similar position prior to that at the School of Pharmacy at the University of Charleston in

50    the Department of Pharmacy Practice.  I was also Co-Director of PharmUC, a Cardiovascular Risk

51    Reduction Clinic offering anticoagulation, lipid, diabetes, and hypertension management

52    services. My research has focused on cardiac and vascular function, and how cardiovascular

53    drugs affect function. I have lectured nationally and internationally on antihypertensive drugs

54    and drugs for heart failure, including their pharmacokinetic and pharmacodynamic properties.

55    Prior to working at the University of Charleston, I was a professor of Clinical Pharmacy at the

56    College of Pharmacy for 20 years at the University of Cincinnati. Prior to that, I also served as

57    faculty at the University of Tennessee where I lectured on the practice of Clinical Pharmacy

58    using cardiovascular drugs.

59        During my career, I have served on advisory boards and national speaker bureaus for

60    several of the pharmaceutical companies that make sartans, including Merck (losartan), Bristol

61    Meyers-Squibb (irbesartan), and Novartis (valsartan). I have received numerous awards and

62    honors in the field of Clinical Pharmacy, and published original research, review articles and

63    book chapters in peer-reviewed journals and books, much of which involved investigation of

64    drug metabolism and pharmacokinetics. Additional presentations and publications on this

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

65  subject are reflected on my CV attached here. I have also participated in numerous pre-market

66  drug studies on the mechanisms of action, absorption and distribution of pharmaceuticals in

67  the body, and evaluation of new drugs for drug-drug interaction.

68  **II.     DISCLOSURES**

69          I have been asked on behalf of Defendants to provide an independent evaluation of

70  the pharmacokinetics of valsartan and N-nitrosodimethylamine ("NDMA") and N-

71  nitrosodiethylamine ("NDEA") in this case, and in particular to respond to the recent Petition

72  for Class Certification, including with respect to the pharmacokinetics, pharmacodynamics,

73  bioavailability or bioequivalence of valsartan generic products containing NDMA or NDEA, as

74  well as the opinions offered by Plaintiffs' experts Ron Najafi, Ph.D., Kali Panagos, Pharm.D,

75  R.Ph, and Edward H. Kaplan, M.D. I will offer opinions on the background of NDMA and NDEA

76  and valsartan, as well as general principles of pharmacokinetics, including the related topics of

77  pharmacology, pharmacodynamics, and drug interactions. I will offer opinions on the

78  pharmacokinetics and metabolic fate, including the absorption, metabolism, distribution, and

79  elimination, of valsartan as well as NDMA/NDEA, and the related concept of accumulation.

80  Further I will opine on the ANDA requirement of establishing bioequivalence with a reference

81  brand name drug, and in particular opine on the bioequivalence of valsartan as an individual

82  drug as well as the bioequivalence when combined with other drug products including

83  hydrochlorothiazide and amlodipine.  Finally, I will opine on whether the presence of

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

84 NDMA/NDEA in generic valsartan products would be expected to have any effects that could

85 alter the bioequivalence, and thus the therapeutic efficacy, of valsartan generic products.[2]

86         The materials I have reviewed in connection with this matter are listed on **Exhibit B**

87 attached here. I reserve the right to supplement this list, as well as to amend and

88 supplement the opinions expressed in this report. I reserve the right to modify this report

89 and my opinions as additional information is provided, including but not limited to

90 additional discovery, records, expert reports, and the depositions of fact and expert

91 witnesses.  I also reserve the right to testify within my area of expertise in response to

92 testimony from any of the plaintiffs' experts, whom I understand have not yet been deposed,

93 or in later phases of the case involving liability, specific causation, damages or otherwise.

94         In addition to documents identified in **Exhibit B**, my opinions are based on my

95 knowledge, research and experience with the pharmacology and pharmacokinetics of drugs.

96          My customary fee for professional services, including my review and testimony in this

97 matter, is $500 per hour.  In the last four years, I have testified in Polt et al. v. Sandoz Inc., No.

98 2:16-cv-02362-ER, U.S. District Court for the Eastern District of Pennsylvania, and in this

99 Valsartan litigation.

100 **III.    SUMMARY OF OPINIONS**

101         I provide my opinions in this report that, based on the independent pathways of

102 metabolism and elimination, the presence of NDMA and/or NDEA in generic valsartan would

103 not alter the bioequivalence and thus the clinical efficacy of generic valsartan, nor would it have

---

[2] These opinions are offered for each of the generic manufacturer defendants for whom I have been provided the bioequivalence data for their drug products which I rely upon for my opinions.

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

104    any impact on the pharmacokinetics or pharmacodynamics of valsartan generic products.

105    Additionally, I opine that the presence of active, intended ingredients with valsartan, such as

106    hydrochlorothiazide ("HCTZ") and/or amlodipine, would not alter valsartan bioequivalence for

107    the same reason—there is no overlapping pharmacokinetic process.  Further, based on both

108    the amounts of NDMA/NDEA found in valsartan and the oral route of administration of

109    valsartan, the ingestion of NDMA/NDEA from generic valsartan products in humans would be

110    confined to, and completely metabolized by, the liver, thus sparing exposure of these

111    compounds to any "downstream" organs.  Finally, I provide the pharmacokinetic basis for

112    describing how the ingestion of NDMA/NDEA in humans once daily would not lead to any

113    accumulation. As a result, there is no scientific basis to assume there is any increased risk to

114    other organ systems to support the medical monitoring proposed by Plaintiffs' expert Dr.

115    Kaplan.

116    **IV.    METHODOLOGY FOR REPORT**

117            In order to conduct research, write published manuscripts, give national/international

118    presentations and teach to pharmacy, medicine and nursing students, I rely on the retrieval,

119    analysis and synthesis of the medical and scientific literature.  I used this same process to

120    review the medical and scientific literature on the relevant issues in this litigation—and 40

121    years' experience conducting such processes—to derive my opinions.

122            Specifically, I have reviewed the FDA requirements for bioequivalence and the various

123    generic valsartan ANDAs that led to their FDA approval as equivalent to the reference Novartis

124    products.  I have conducted a thorough literature review on the metabolic fate, metabolism,

125    and distribution of NDMA/NDEA and valsartan.  In addition, I have reviewed and provided the

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

126    mechanisms of drug interactions, and how this relates to NDMA/NDEA and valsartan

127    bioequivalence.  I have also researched and reviewed the scientific literature on the concept of

128    drug accumulation.

129    **V.**      **BACKGROUND AND OPINIONS**

130    **1. Background on NDMA/NDEA Found in Valsartan**

131    Valsartan, along with losartan and irbesartan, are FDA-approved prescription drug

132    products that fall within the ARB drug class, used for the treatment of hypertension, or high

133    blood pressure, and heart failure. Valsartan has been used for many years to safely and

134    effectively treat hypertension, heart failure, and post-myocardial infarction. Valsartan is

135    available in tablet and liquid forms and is ingested orally. It is commonly prescribed in dosage

136    strengths of 40 mg, 80 mg, 160 mg, or 320 mg.

137    This litigation arises from a situation in which the unexpected impurities NDMA and

138    later NDEA were found in certain lots of valsartan made by various manufacturers leading to

139    recalls beginning in or around June 2018 and November 2018, respectively.

140    After June 2018, the U.S. Food and Drug Administration ("FDA") published NDMA

141    testing results for finished dose products that were manufactured using various manufacturers'

142    active pharmaceutical ingredients, or APIs. The FDA's publication included several valsartan

143    products containing NDMA, in varying amounts:

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

144            **Table 1 – FDA's Testing of Valsartan for NDMA[3]**

| Company | Product (tablets) | Lots Tested | NDMA level micrograms – (mcg)/tablet (midpoint) | NDEA level micrograms – (mcg)/tablet (midpoint) |
|---|---|---|---|---|
| Aurobindo Pharma Ltd | Amlodipine 10mg/Valsartan 320 mg | VKSA18005-A, VKSA18007-A, VKSA18001-A | Below LOD | 0.02-0.09 (0.055) |
| Aurobindo Pharma Ltd | Valsartan 320mg | VUSD17008-A, VUSD17001-A, VUSD17009-A | Below LOD | 0-0.05 (0.025) |
| Aurobindo Pharma Ltd | Valsartan 320mg/HCT 25mg | HTSB18001-A, HTSB18028-A, HTSB18029-A | Below LOD | 0.02-0.19 (0.105) |
| Hetero Labs Ltd | Valsartan 320mg | VLS18049, VLS18051, VLS18050 | 0.33-0.44 (0.385) | Below LOD |
| Mylan Pharmaceutical Inc. | Amlodipine 10mg/Valsartan 320 mg | 3079709, 3077618, 3079708 | Below LOD | 0.04-0.11 (0.075) |
| Mylan Pharmaceutical Inc. | Amlodipine 10mg/Valsartan 320 mg/HCT 25mg | 2008702 | Below LOD | 0.05 |
| Mylan Pharmaceutical Inc. | Valsartan 320mg | 3080009, 3080010, 3079205 | Below LOD | 0.07-0.16 (0.115) |

---

[3] *See* FDA, *Laboratory Analysis of Valsartan Products*, FDA.gov, *available at* https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products (last updated May 2, 2019) (midpoint amounts added in parentheticals).

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

| Mylan Pharmaceutical Inc. | Valsartan 320mg/HCT 25mg | 3084886, 3093804, 3084862 | Below LOD | 0.20-0.38 (0.29) |
|---|---|---|---|---|
| Prinston Pharmaceutical | Valsartan 320mg | 344B18027, 344B18028, 344B18029 | 15.18-16.30 (15.74) | Below LOD |
| Prinston Pharmaceutical | Valsartan 320mg/HCTZ 25mg | 611B18025, 611B18026, 611B18027 | 13.18-20.19 (16.69) | Below LOD |
| Teva Pharmaceutical | Amlodipine 10mg/Valsartan 320 mg | 26X053, 26X054, 26X055, 26X051, 26X044, 26X048 | Below LOD | 0-0.03 (0.015) |
| Teva Pharmaceutical | Amlodipine 10mg/Valsartan 320 mg/HCT 25mg | 22X045, 22X046, 22X047, 22X038, 22X041 | Below LOD | 0-0.03 (0.015) |
| Teva Pharmaceuticals | Valsartan 320mg | 1240425A, 1247282M | 7.92-16.55 (12.24) | Below LOD |
| Teva Pharmaceuticals | Valsartan 320mg/HCTZ 25mg | 1217576M, 1217577M, 1217578M | 6.94-10.35 (8.65) | 0-0.77 (0.385) |
| Torrent Pharmaceuticals | Amlodipine 10mg/Valsartan 320 mg/HCTZ 25mg | BBX2E001, BBX2E002, BBX2E003 | 10.24-11.53 (10.89) | Below LOD |
| Torrent Pharmaceuticals | Valsartan 320mg | BV48D001, BV48D002 | 0.56-0.62 (0.59) | 1.12-1.22 (1.17) |
| Torrent Pharmaceuticals | Valsartan 160mg | BV47D001 | 0.45 | 1.31 |

145    For values that report a range for any manufacturer, I have included (in parentheses) the

146    calculated midpoint for that range of values.

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

147  **2. Principles of Pharmacokinetics**

148  **a. What is Pharmacokinetics**

149  Pharmacokinetics is the description of what happens to a drug/chemical as it passes

150  through the human body.  The steps involved in this journey through the body are absorption,

151  distribution, metabolism, and elimination, often abbreviated ADME.  For the majority of drugs,

152  these processes have been clearly identified and expressed in mathematical terms that describe

153  the rate and extent of each step.[4]

154  i. *Absorption: the various ways in which xenobiotics enter the body*

155  Most drugs are introduced into the body by either an oral (by mouth) or injected

156  (intravenously or IV usually).  Other drugs may be introduced through inhalation, transdermally,

157  sublingually or rectally. Absorption, metabolism, distribution, and elimination are dependent on

158  the route of administration; thus, as oral administration is the only route of administration in

159  the issues at hand, I will only address absorption with oral administration.

160  When administered orally, for the drug to eventually reach the blood stream (the

161  systemic circulation), the drug must first be released from the dosage form (e.g., tablet,

162  capsule) then absorbed across the gastrointestinal tract.  Although most drugs are released

163  from their dosage form in the acidic environment of the stomach, the stomach is not the most

164  common area for absorption into the body.  The design of the upper small intestine is such that

165  most drugs (and nutrients) are absorbed there.  Once absorbed across the small intestine,

166  adjacent blood supply transports the drug into the portal circulation directly into the liver.  The

---

[4] Caldwell, *An introduction to drug disposition: the basic principles of drug absorption, distribution, metabolism and excretion* (1995); Bottorff MB et al., *Drug concentration monitoring*, in: Progress in clinical biochemistry and medicine, Springer-Verlag, Heidelberg 1-16 (1988).

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

167    liver is a complex organ providing a number of important physiologic functions that include

168    drug metabolism as a detoxification step.  This is a protective system that gives the liver a

169    chance to metabolize/detoxify ingested compounds before releasing the drug and/or its

170    metabolites into the systemic circulation for ultimate elimination.  This metabolic step prior to a

171    drug reaching the systemic circulation is termed pre-systemic metabolism or first-pass

172    metabolism.  Graphically, for illustration purposes, this process is seen here:

173        **Figure 1.**



RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

175          **Figure 2.**[5]



177               *ii. Metabolism of orally administered drug products relies on the liver to release*

178                   *the active pharmaceutical ingredient.*

179          A major function of the liver is to metabolize drugs, which are usually fat soluble, to a

180    metabolite that is more water soluble and more easily eliminated from the body through the

181    kidney.  These metabolism steps are divided into two main types, Phase 1 and Phase 2

182    reactions.  Phase 1 metabolic reactions are accomplished by a super family of metabolizing

183    enzymes called the cytochrome P450 system ("CYP").[6]  There are over 50 individual CYP

184    enzymes identified in humans. Each individual CYP has a specific role in metabolism of a specific

185    drug, called substrate specificity, so the individual CYPs have a name that identifies its

186    specificity.  Examples include CYP3A4, CYP2D6, and CYP2E1.  The majority of these CYPs are

187    found in the liver, however many of the CYPs are also located in the gut wall where some drug

188    metabolism may occur prior to reaching the liver, depending on the presence or absence of

---

[5] Thelen K et al., *Cytochrome P450-mediated metabolism in the human gut wall*, J. Pharm. Pharmacol. 61:541-558 (2009).
[6] McDonnell AM, Dang CH, *Basic review of the cytochrome p450 system*, J. Adv. Pract. Oncol. 4(4):263-268 (2013).

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

189    that individual CYP in the gut wall.  Thus, one component of first-pass metabolism (see Figure 2)

190    may occur as drugs are absorbed across the gut wall prior to another round of metabolism by

191    the liver.  Other sources of CYP are the lungs, kidney, and brain, where local drug metabolism

192    could occur if the parent compound reaches that organ by overloading the capacity of first-pass

193    metabolism.

194         Phase 2 reactions are termed conjugation reactions in that the parent compound has a

195    chemical structure added to the drug to make it more water soluble for renal elimination.

196    These include glucuronidation, sulfation, acetylation, and others.  In many cases, a drug is first

197    metabolized by the CYP system in a Phase 1 reaction then undergoes a second round of Phase 2

198    metabolism, rendering the drug's metabolites more readily excreted by the kidney.

199         *iii. Distribution: dependent on dose and route of administration*

200         Drug distribution for drugs administered in tablet form occurs if the drug gets by first-

201    pass metabolism and reaches the systemic circulation, where it is transported by the blood

202    stream to various organs and tissues.  For a drug with higher affinity for plasma proteins

203    (protein binding), the amount of drug escaping first-pass metabolism would have a more

204    limited tissue distribution as the drug prefers to remain bound to the proteins in the blood

205    stream itself.  Unbound drugs, or drugs with little to no protein binding, are then free to

206    interact with the various tissues and organs where the clinical effects are seen.  The drug then

207    binds to receptors, enzymes or other target sites that result in the action (beneficial, toxic) of

208    that drug.  This is termed the drug's pharmacology or pharmacodynamics, or the effect of the

209    drug on the body.  In some cases, the drug metabolites actually have activity at a target site as

210    well.

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

211        *iv. Elimination: dose and route dependent*

212        Drugs from oral administration or their metabolites are usually filtered by the kidney

213    and eliminated from the body in urine.  Some drugs may be eliminated in the feces; this could

214    occur for a portion of a drug that is never completely absorbed across the gut wall or for a drug

215    that is incorporated in the liver into the bile and secreted through the bile duct into the gall

216    bladder, which dumps bile into the small intestine.[7]  Other less common routes of elimination

217    include in air vapor from the lung or in sweat.

218        **b. Mathematically Characterizing Pharmacokinetic Processes**

219        Once a drug has been administered orally or by injection, blood and/or urine samples

220    can be collected and the serum/urine analyzed for a drug over a specified period of time to

221    numerically characterize the various steps in the ADME process.  This produces a concentration

222    versus time plot as in Figure 3 below.

223    **Figure 3.**[8]



Source: Larry A. Bauer: Applied Clinical Pharmacokinetics, 3rd Edition
www.accesspharmacy.com
Copyright © McGraw-Hill Education. All rights reserved.

---

[7] Dobrinska MR, *Enterohepatic circulation of drugs*, J. Clin. Pharmacology 29:577-80 (1989).
[8] Bauer LA, Applied Clinical Pharmacokinetics Ch. I: *Basic Concepts* (3d ed. 2014).

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

225    For an orally administered drug, represented by the solid blue line in Figure 3, there will be a

226    rise in serum concentrations reflecting the rate of absorption until the rate of distribution and

227    elimination exceeds the rate of absorption and drug concentrations begin to fall.  The highest

228    measured drug concentration is called the peak and the rate of drug decline in the serum can

229    be reflected by something called the half-life—that is, the time it takes for a drug concentration

230    to be cut in half.  There are three additional points of interest in Figure 3 above: 1) the dashed

231    line represents an injected dose of a drug (or some other non-oral route), which would have no

232    absorption phase and would also bypass the first-pass metabolism of that drug, making it more

233    readily distributed to tissues outside the liver; 2) the area under the concentration time curve

234    ("AUC") is a reflection of systemic exposure to the drug and related to the overall extent of

235    bioavailability in the case of an orally administered drug (bioavailability would essentially be

236    100% for a drug administered by the IV route); and 3) an orally administered drug with

237    extensive first-pass metabolism would not result in significant extrahepatic distribution,

238    elimination or pharmacologic effect and no or little drug would be measured in the blood after

239    administration.

240        **c. Linear vs. Non-Linear Pharmacokinetics**

241        When doubling the dose of a given drug results in a doubling of the AUC, or systemic

242    exposure, that drug is deemed to exhibit linear pharmacokinetics.  Since drug dose and

243    elimination are the primary determinants of the overall AUC, a drug displaying linear

244    pharmacokinetics implies that the metabolic process for that drug has not been exceeded.  If,

245    however, the increase in drug dose results in a disproportionately larger increase in AUC, then

246    the metabolic capacity of the drug has been exceeded and a larger than proportional increase

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

247  in systemic drug exposure will result. This is often seen with drugs having significant first-pass

248  metabolism; once the metabolic capacity of the liver is exceeded by a high enough dose, then a

249  disproportionate rise in serum concentrations and systemic exposure would result. When

250  drugs are given in doses that do not exceed the metabolic capacity, the elimination rate is

251  constant and it takes the same amount of time to eliminate the drug based on its half-life. This

252  is termed first order elimination and 95% of drugs are given in doses that result in a first order

253  pharmacokinetic profile. For example, for a drug with a 6 hour half-life, it would take 6 hours

254  for drug serum concentrations to reduce from 100 nanograms per milliliter to 50 nanograms

255  per milliliter and the same 6 hours to reduce from 10 nanograms per milliliter to 5 nanograms

256  per milliliter.

257       However, if the elimination system has been saturated with a higher dose, then the

258  dose has exceeded the metabolic capacity for that drug and a maximum amount of drug will be

259  eliminated in a fixed rate until the concentrations go below the maximum threshold, and first

260  order pharmacokinetics takes over. Thus, doses that produce linear pharmacokinetics are

261  eliminated in a first order fashion, and doses above the metabolic capacity display non-linear

262  elimination and zero order pharmacokinetics.

263       **d. Pharmacokinetic Parameters**

264       As a result of mathematically describing the pharmacokinetics of a drug, there are

265  several calculated parameters unique to an administered drug at a particular dose. The rate of

266  elimination is termed half-life—the time it takes for drug concentrations to fall by 50% during a

267  first order pharmacokinetic process. The peak concentration, Cmax, reflects the highest

268  measured drug concentration after an oral dose and is a reflection of the rate of absorption.

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

269   The AUC is a measure of the overall systemic exposure to a drug.  When observed serum

270   concentrations are compared to the dose given, there is an apparent volume of distribution,

271   Vd, usually expressed in liters, reflecting a hypothetical volume that the drug dose was

272   distributed in.  It is a reflection of how much the drug distributes into the body.  Bioavailability

273   is another term that reflects what percent of an orally administered drug reaches the systemic

274   circulation.  Drugs with extensive first-pass metabolism will have a lower bioavailability than

275   drugs that have less extensive first-pass metabolism.  Finally, when comparing the

276   bioavailability of one drug to another, as in the case of a generic drug versus the original drug,

277   the term bioequivalence is used to reflect how similar one drug product is compared to

278   another, utilizing the Cmax and AUC as markers of the rate and extent of bioavailability.

279        All of the pharmacokinetic terms may be determined after a single dose or in some

280   cases after multiple doses.  When enough multiple doses are administered such that the rate of

281   drug being given is matched by the rate of drug elimination, then the drug is said to be at

282   "steady state," and the rise and fall of drug concentrations with each dose will be the same,

283   dose after dose.

284        **e. Mechanisms of Drug Interactions**

285        Drug-drug interactions can occur when two co-administered compounds interfere with

286   the ADME of one or both of the drugs administered together.  Drug concentrations could rise,

287   leading to drug toxicity, or fall, leading to a loss of drug effect.  Given that the vast majority of

288   administered drugs are lipid soluble to varying degrees and require the CYP450 system for

289   elimination, competition for a specific CYP enzyme is the most common mechanism of drug

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

290    interaction.[9]  The drug with higher affinity for the specific CYP enzyme will be preferentially

291    metabolized to the detriment of the other drug, increasing its drug levels to potentially

292    dangerous levels.  However, for drugs not as dependent on CYP enzymes, or for drugs with

293    different CYP pathways, no significant drug interaction would be expected.  Thus, the

294    identification of each compound's specific metabolic fate is important to predicting when two

295    co-administered compounds might interact, or not.

296         Drug interactions can be classified in many ways, but the most common way is to

297    characterize the potential interaction as being either pharmaceutical (occurs in the dosage form

298    outside the body before ingestion) or pharmacologic, these being either pharmacokinetic or

299    pharmacodynamic in nature.[10]  These potential mechanisms of drug interactions are depicted

300    below:

---

[9] Bottorff MB, *Safety considerations of statin therapy*, Cardiology Review 16:5-9 (1999); Worz CR & Bottorff MB, *The role of cytochrome P450-mediated drug-drug interactions in determining safety of statins*, Expert Opin. Pharmacother. 7:1119-27 (2001); Bottorff MB, *Statin safety and drug interactions: clinical implications*, Am. J. Cardiol. 97:27C-31C (2006).
[10] Scott, et al. *Mechanisms of Drug Interactions*, Pharmacy Tech Topics, Vol. 18, No. 3 (July 2013).

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

301        **Figure 4.[11]**



Figure 1.  Classification of drug interactions[13]

303        Pharmaceutical interactions may occur when there is a chemical reaction between

304        components in the dosage form, such as a drug precipitating into a salt in an IV bag, or a

305        physical reaction, as when a drug (like nitroglycerin) is degraded in the presence of light.  There

306        are no articles in the scientific literature demonstrating that the presence of NDMA/NDEA in a

307        valsartan product produces either a chemical or physical alteration of the valsartan present in

308        the dosage form.

309        Pharmacologic interactions occur within the body after drug administration.  If the

310        interaction is pharmacodynamic, the two compounds either antagonize each other or produce

311        additive/synergistic pharmacodynamics effects.  These are usually at the site of action, such as

312        a receptor or an enzyme.  Again, there are no data suggesting any type of pharmacodynamic

313        interaction between nitrosamines (NDMA/NDEA) and valsartan, whose primary site of action is

314        at the angiotensin II receptor.  The vast majority of interactions are pharmacokinetic, with the

---

[11] Scott, et al. *Mechanisms of Drug Interactions*, Pharmacy Tech Topics, Vol. 18, No. 3 (July 2013).

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

315    majority of those at either the metabolism or elimination step of the drug of interest.  They

316    could be during the absorption phase, and again there is no indication that NDMA/NDEA would

317    alter the release of valsartan from its dosage form, nor its absorption through the upper small

318    intestine.  Likewise, when valsartan is taken up into the liver by the transporter protein

319    OATP1B1, there is no indication that nitrosamines would alter that step in valsartan

320    elimination.  The same concept applies to valsartan elimination from the liver either through its

321    small amount of metabolism by CYP2C9 or its biliary excretion by MRP2.  Thus every step of

322    valsartan pharmacokinetics occurs independently of NDMA/NDEA, with no overlapping steps in

323    the pharmacokinetics or pharmacodynamics of valsartan.  Therefore, I conclude that the

324    presence of nitrosamines in any valsartan product does not alter its amount in its dosage form,

325    its pharmacokinetics, or its pharmacodynamics, and therefore its bioequivalence to the

326    branded valsartan reference product.

327        **f. Effect of First-Pass Metabolism on Orally Ingested Drugs**

328        Based upon the above description of pharmacokinetic processes, the ultimate

329    disposition of an orally ingested compound will depend, to a large extent, on the dose.  This is

330    most important for compounds with a high first-pass extraction, where the dose administered

331    orally will determine ultimate drug distribution and metabolism.  If the dose is *below* the

332    capacity of the liver to efficiently extract the drug, then what escapes the liver to the systemic

333    circulation will be metabolites and very little parent compound.  Only when the dose exceeds

334    first-pass metabolism capacity, will unchanged drug or compound be systemically available for

335    distribution through the blood stream, leaving the liver and being delivered to other tissues and

336    organs.  There are numerous examples of this in the medical literature: Lidocaine, an anesthetic

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

337  and antiarrhythmic drug, can only be administered intravenously for its antiarrhythmic effect

338  because oral use is almost completely cleared by first-pass metabolism.  Nitroglycerin, a long-

339  time drug for angina, is most effective given intravenously, sublingually or transdermally, routes

340  of administration that bypass the liver's first-pass metabolism.  Only when given in large oral

341  doses can nitroglycerin be an effective antianginal drug by overloading the first-pass

342  metabolism of the compound.  Thus, for drugs having a high first-pass metabolism, more

343  widespread drug distribution to organs beyond the liver would be seen with non-oral routes of

344  administration, such as sublingual, intravenous, and inhalation, among others.

345      **3.  Pharmacology vs. Pharmacokinetics vs. Pharmacodynamics**

346          As explained above, a basic description of pharmacokinetics is how the body handles an

347  administered compound, resulting in a mathematical characterization of these processes using

348  ADME.  Pharmacodynamics is what the drug or compound does to the body.  Included in

349  pharmacodynamics is how a particular drug works, through what mechanism(s).  That is the

350  drug's pharmacology.  For example, is it a blood pressure lowering drug acting on the renin-

351  angiotensin system, or is a blood pressure drug blocking the body's beta-receptors?

352      **4.  Metabolism of Valsartan**

353      **a.  The pharmacologic properties of valsartan have been thoroughly studied and**

354      **therefore are well understood.**

355          Valsartan has been in clinical use for more than three decades, and thousands of

356  research studies ranging from in vitro pharmacology, animal pharmacology and toxicology, and

357  human studies have been conducted on this drug. The following summarizes important

358  features of valsartan, most of which have been known for decades.

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

359   As mentioned, valsartan is one of several drugs in the classification of ARBs. ARBs were a

360   logical follow-up to the angiotensin converting enzyme inhibitors (ACEIs) which blocked the

361   formation of angiotensin II, whereas ARBs block the effects of angiotensin II at its receptor, the

362   $AT_1$ receptor.  Angiotensin II (AII) is one of the most potent vasoconstrictors in humans and is

363   implicated in the pathophysiology of hypertension, heart failure and certain types of kidney

364   diseases.  Thus, either blocking AII formation with an ACEI or its action at $AT_1$ receptors with an

365   ARB improves patient outcomes in these important diseases.  Although similar in benefit, ARBs

366   are particularly important compared to ACEIs as they are much less likely to cause some of the

367   ACEIs' more serious side effects, cough and angioedema. Angioedema is the more serious of

368   the ACEI side effects and is an allergic type reaction that manifests as swelling of the face, lips,

369   tongue and sometimes the airway, which can lead to severe shortness of breath and may

370   require the insertion of breathing tubes.

371   Therefore, ARBs, including valsartan, are frequently prescribed for patients who have

372   experienced or are at higher risk for the ACEI related side effects in patients with these

373   important cardiovascular and renal diseases.  Any disruption in therapy for safety concerns,

374   such as the presence of NDMA/NDEA or other nitrosamines, should be carefully considered in

375   the context of the important clinical benefit the ARB is providing, as discussed more fully below.

376   This balance of risk vs. benefit is the cornerstone of therapeutic decision-making.

377   **b. Valsartan Pharmacokinetics**

378   After oral administration in humans, valsartan is absorbed into the body primarily in the

379   small intestine (below the level of the stomach) and reaches peak plasma concentrations

380   between two and four hours.  The amount of a given dose that reaches the systemic circulation

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

381  (beyond the liver) is expressed by the term absolute bioavailability, and this ranges from 10-

382  35%, averaging 25%.[12] This means that only ¼ of a valsartan dose, on average, actually

383  circulates in the blood stream to reach the AT1 receptor sites, the valsartan mechanism of

384  action.  After absorption in the body, the first organ to see valsartan, the liver, uses CYP2C9 to

385  metabolize only a very small amount, about 11%, producing an inactive metabolite.[13]  Because

386  of such a small amount of reliance on the CYP2C9 pathway, the potential for P450 based drug

387  interactions is negligible.  About 80% of valsartan is excreted unchanged and found in the

388  feces.[14] Most of this fecal elimination comes from biliary excretion from the liver.  Thus, there is

389  very little actual metabolism of valsartan, and no significant drug interactions involving

390  valsartan ADME have been identified.  The only identified drug interactions with valsartan are

391  pharmacodynamic in nature, meaning that drugs might cause fluid retention (such as ibuprofen

392  or other NSAIDs) that could offset the beneficial blood pressure effects, or drugs might cause an

393  increase in serum potassium levels, seen with valsartan, an effect also seen with

394  spironolactone.[15]  With this pharmacokinetic and pharmacodynamics profile, nitrosamines like

395  NDMA/NDEA would not alter the pharmacokinetics of or response to valsartan since there is no

396  common pathway of metabolism or alteration of its metabolism or effect.

---

[12] Flesch G, Müller P, Lloyd P, *Absolute bioavailability and pharmacokinetics of valsartan, an angiotensin II receptor antagonist, in man*, Eur. J. Clin. Pharmacol. 52(2):115-20 (1997).

[13] Nakashima A, Kawashita H, Masuda N, Saxer C, Niina M, Nagae Y, Iwasaki K, *Identification of cytochrome P450 forms involved in the 4-hydroxylation of valsartan, a potent and specific angiotensin II receptor antagonist, in human liver microsomes*, Xenobiotica 35(6):589-602 (2005).

[14] Waldmeier F, Flesch G, Müller P, Winkler T, Kriemler HP, Bühlmayer P, De Gasparo M, *Pharmacokinetics, disposition and biotransformation of [14C]-radiolabelled valsartan in healthy male volunteers after a single oral dose*, Xenobiotica 27(1):59-71 (1997).

[15] *See, e.g.*, Teva Valsartan package label (Rev. Dec. 2014).

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

397        Although not metabolized, following absorption, valsartan is taken up by the liver

398    through an uptake transporter protein called organic anion transporter polypeptide 1B1

399    (OATP1B1).  OATP1B1 is not a metabolizing protein, but transports valsartan into the liver, the

400    first step in its biliary excretion process outlined above.  Following liver uptake, valsartan

401    excretion into bile and subsequently the feces, is mediated by another non-metabolizing

402    transporter protein, multi-drug resistant related protein 2, or MRP2.  In theory, inhibitors of

403    either of these eliminating transporters could increase valsartan systemic exposure, although

404    specific drug interactions through these processes have not been specifically conducted.  In

405    fact, in one study in patients with a genetic reduction in OATP1B1 activity, there was little effect

406    on valsartan pharmacokinetics (blood levels), indicating that even if NDMA/NDEA altered this

407    transporter protein (although never demonstrated), there would be no significant effect on

408    valsartan drug levels or response.[16]  In any event, there is no known or identified interaction

409    with these transporters and NDMA/NDEA or other nitrosamines, so there is no known

410    interaction of NDMA/NDEA with the hepatic uptake or biliary excretion of valsartan, and thus

411    no know alteration in valsartan's clinical effects.  Further, based on the principles of drug

412    interactions, there is no known or expected effect of NDMA/NDEA on any of the

413    pharmacodynamic or pharmacokinetics properties of valsartan such that the presence of

414    NDMA/NDEA would have any effect on the response to valsartan.

---

[16] Maeda, *Effect of organic transporting polypeptide haplotype on pharmacokinetics of pravastatin, valsartan and temocapril*, Clin. Pharmacol. Ther. 79(5):427-439 (2006).

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

5. **Pharmacokinetics, Bioequivalence and Generic Pharmaceutical Drug Approval by FDA**

   a.   **ANDA Process Requires Generic Drugs to Demonstrate Bioequivalence with Brand**

   **Drug**

The FDA has authority to approve generic drugs through its Abbreviated New Drug Application ("ANDA") process.[17]  Generic drugs generally are the same as the branded drug in terms of active ingredient, dosage form, strength, route of administration, quality, performance characteristics, and labeling for any intended indications.  Once these dosage form characteristics are demonstrated in the sponsor ANDA, the approved generic drug will be added alongside the innovator original branded drug and be listed in the *FDA's Approved Products with Therapeutic Equivalence Evaluations*, also known as the Orange Book.  The submission process is termed abbreviated because the sponsor of a generic drug is generally not required to conduct and include additional preclinical (animal) or clinical (human) safety and efficacy trials, and is instead granted approval status based on the safety and efficacy data previously submitted by the drug innovator or New Drug Application ("NDA") holder.  However, the generic drug sponsor must demonstrate that their product will perform in the same manner as the innovator drug.  The usual way for demonstrating performance in the same manner as the original product is to conduct bioequivalence studies.  The generic drug sponsor will conduct these bioequivalence studies to show their product has the same rate and extent of bioavailability such that the same amount of __active ingredient__ will be in a patient's blood stream in the same amount of time as that of the innovator drug.[18]

---

[17] *See generally* FDA.gov.

[18] I reserve the right to supplement this report to offer complete opinions regarding bioequivalence as it relates to class action claims, liability, specific causation, damages and/or other issues during subsequent phases of discovery.

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

435    These requirements for bioequivalence were established with the passing of the "Drug

436    Price Competition and Patent Term Restoration Act of 1984", also known as the Hatch-Waxman

437    Amendments.  Estimates are that almost 9 in 10 prescriptions today are for generic drugs.  At

438    an average cost reduction of 80-85%, approximately $5 billion is saved each week due to

439    generic drug use.[19]

440    A bioequivalence study is conducted, usually in healthy volunteers, by giving a specific

441    group of subjects the reference product at a specific dose, and, on a different occasion, the

442    same dose of the proposed generic product.[20] Usually, only a single dose study is required as it

443    would be more sensitive than steady-state (multiple dose) studies for accurate assessment of

444    both rate and extent of absorption.  Blood samples are drawn for a specific amount of time to

445    measure the appearance and disappearance of drug in the bloodstream for both products.

446    Typical pharmacokinetic parameters are calculated, such as AUC, Cmax and terminal half-life.

447    The peak concentration, and the time it occurs after administration (Tmax), will be a reflection

448    of the rate of absorption, and the AUC (systemic exposure) will be a measure of the extent of

449    absorption.  The average AUC for the proposed generic product is then expressed as a ratio

450    compared to the AUC of the reference product; this is referred to as the point estimate.  This

451    ratio, or point estimate, and its 90% confidence limits, must be within 0.8-1.25 to establish

452    bioequivalence.  The point estimate and the 90% confidence limits are often expressed as

453    percentages, such that the point estimate is usually close to 100% and the 90% confidence

---

[19] Gupta R et al., *Generic Drugs in the United States: Policies to Address Pricing and Competition*, Clin. Pharmacol. Ther. 105(2):329-337 (2019).
[20] *FDA Guidance for Industry: Bioavailability and Bioequivalence Studies Submitted in NDAs or INDs—General Considerations* (Mar. 2014).

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

454    limits range from 80% to 125%.  These upper and lower boundary limits indicate that a systemic

455    exposure within 20% of the reference product is considered not clinically different for the

456    generic drug.

457            Further, the FDA guidance also allows for conducting bioequivalence studies with

458    products having two or more active ingredients, known as combination drug products.  In this

459    case, the rate (Cmax) and extent of absorption (AUC) must be evaluated for each active

460    ingredient.  These are then compared to the values when the active ingredients are

461    administered with the proposed generic product and the standard or reference original

462    combination product.  A visual example of two products demonstrating bioequivalence is seen

463    in Figure 5.

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

464     **Figure 5.[21]**



Source: Leon Shargel, Andrew B.C. Yu: Applied Biopharmaceutics & Pharmacokinetics, 7th Ed.
www.accesspharmacy.com
Copyright © McGraw-Hill Education.  All rights reserved.

466     As stated above, the average AUC ratio and 90% confidence limit between the two products

467     would demonstrate bioequivalence if within the FDA specified range of 0.8-1.25 as

468     demonstrated below:

---

[21] Shargel et al., *Drug Product Performance, In Vivo: Bioavailability and Bioequivalence, in* Applied
Biopharmaceutics and Pharmacokinetics (7th ed. 2016).

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

469        **Figure 6.[22]**



471        These studies are conducted on the active ingredient(s) of the proposed formulation.  In

472    the FDA glossary of terms, an active ingredient is defined as "any component that provides

473    pharmacologic activity or other direct effects in the diagnosis, cure, mitigation treatment or

474    prevention of disease, or to affect the structure or any function of the body of man or

475    animals."[23]  Further, in CFR 210.3(b)(7), the FDA additionally defines active ingredients as "any

476    component of a drug product **intended** to furnish pharmacologic activity …."  In other words,

477    the active ingredients are those components included to provide a known, intentional

478    pharmacologic effect.  The formulation may contain inactive ingredients.  The inactive

479    ingredients are usually tablet/capsule components (excipients, binding agents, lubricants) used

480    to make the finished dosage form.  Therefore, an FDA approved generic equivalent will have

481    the same intentional, active ingredients that demonstrate bioequivalence to the reference

482    standard drug, but may contain different inactive ingredients, as long as they do not interfere

483    with achieving bioequivalence with the active ingredient(s).

---

[22] Henderson JD et al., *Generic substitution: issues for problematic drugs*, Southern Med. J. 94:16-21 (2001).
[23] *Drugs@FDA Glossary of Terms*, FDA.gov, https://www.fda.gov/drugs/drug-approvals-and-databases/drugsfda-glossary-terms (last updated Nov. 14, 2017).

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

524    As would be expected due to meeting FDA requirements for bioequivalence, the FDA

525    approval of generic valsartan products is based on the generic drug sponsor demonstrating

526    bioequivalence to the reference product Diovan.  All the above single dose studies with

527    valsartan alone show that several generic manufacturers were able to create products that

528    would perform as generic drugs to FDA specifications.  If the presence of an impurity

529    (unintended) or even the addition of a second active ingredient (HCTZ and/or amlodipine, as

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

530    discussed below) would alter the bioavailability of valsartan, there would need to be an

531    established alteration in one or more of the valsartan pharmacokinetics parameters, which

532    would then alter its bioequivalence and subsequent efficacy.  Again, there would need to be an

533    identified mechanism of the interaction, either pharmacokinetic or pharmacodynamic in

534    nature.

535                    *ii. HCTZ and/or amlodipine do not alter bioequivalence*

536            The two common additional active ingredients added to valsartan products are HCTZ

537    and amlodipine.  HCTZ is a mild diuretic drug whose site of action is within the kidney.  It is not

538    metabolized to any significant degree and is eliminated primarily directly through the kidney

539    into urine.[24]  Therefore, HCTZ would have no pharmacokinetic or pharmacodynamic overlap

540    with valsartan (or NDMA/NDEA) that could result in any alteration in valsartan

541    pharmacokinetics, bioequivalence or therapeutic response.  If anything, the addition of HCTZ to

542    valsartan is designed to have an additive effect on blood pressure with valsartan, through

543    complementary mechanisms of action to lower blood pressure.  Similarly, the addition of

544    amlodipine to valsartan is also designed to further lower blood pressure through

545    complementary mechanisms of action.  Amlodipine is a calcium channel blocker that is

546    primarily hepatically metabolized by cytochrome P450 3A4.[25]  Thus its addition to valsartan

547    would also not be expected to alter valsartan pharmacokinetics, bioavailability or

548    bioequivalence since, again, there are no identified mechanisms of a drug interaction and no

549    overlapping routes of metabolism.

---

[24] Mylan, Hydrochlorothiazide Tablets, USP, Package Insert (May 2011).
[25] Zhu et al., *Amlodipine metabolism in human liver microsomes and roles of CYP3A4/5 in the dihydropyridine dehydrogenation*, DMD Fast Forward (2013).

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

550        The bioequivalence studies supporting the FDA-approved valsartan ANDAs can be used

551    to demonstrate the lack of an effect of an additional compound on valsartan pharmacokinetics

552    and bioavailability when those compounds do not share a common pharmacokinetic or

553    pharmacodynamic pathway that could lead to a drug interaction.  The presence of either HCTZ

554    or amlodipine in a valsartan dosage form, even when present in quantities far exceeding the

555    amount of NDMA/NDEA in the same valsartan products, does not result in a change in valsartan

556    bioequivalence since, as described above, there is no pharmacodynamics or pharmacokinetic

557    mechanism for such a change.



RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

596         *iv. Bioequivalence of generic valsartan plus HCTZ with reference product Diovan*

597         *HCT*

598         There is also no change in valsartan bioequivalence when another antihypertensive,

599 HCTZ, is added to valsartan for combined antihypertensive effects.  As described above, HCTZ

600 has no overlapping metabolism or elimination step common with valsartan, and thus no

601 interaction altering valsartan bioavailability, pharmacokinetics, bioequivalence or therapeutic

602 response would be expected.

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



631    Again, these studies demonstrate valsartan bioequivalence in the presence of HCTZ, a drug with

632    different metabolic pathways.  And, as before, HCTZ bioequivalence (data not shown) was

633    maintained in the presence of valsartan.

634                    *v. Bioequivalence of generic valsartan plus amlodipine and HCTZ with reference*

635                    *product Exforge HCT*

636            To further illustrate that ingested compounds with different metabolic pathways do not

637    adversely affect each other's disposition and therapeutic effect, ▇▇▇▇▇▇▇▇

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



642   These data show that even in the presence of three compounds in milligram quantities with no

643   overlapping metabolic profiles, the bioequivalence, and hence the desired

644   pharmacologic/therapeutic effect of valsartan, are not altered.

645          *vi. Evidence that compounds without overlapping metabolism do not alter*

646          *valsartan systemic exposure*

647          To further demonstrate that compounds without overlapping kinetic profiles do not

648   interfere with each other's bioavailability, metabolism, and, thus, clinical efficacy, I have

649   reviewed the AUC data for valsartan from all the above-cited ANDAs.  I chose total AUC data

650   (the same AUC data used to create the total AUC ratios in the tables above) to evaluate the

651   effect on valsartan from the presence of amlodipine and/or HCTZ.  The results are in the table

652   below and are only for valsartan at a dose of 320mg under fasting conditions:

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER



653          *Represents data from a single study

654          ** Data from valsartan 160mg, with AUC doubled following linear kinetics

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

655        The mean values indicate that there is no demonstrable alteration in the systemic

656        exposure (AUC) to valsartan whether taken alone or with drugs like amlodipine or HCTZ, neither

657        of which share a metabolic fate.  The ratio of the highest systemic exposure, in this indirect

658        comparison, to the lowest systemic exposure is only 11% different, a clinically meaningless

659        amount and is more readily explained by the indirect nature of the comparison, in that these

660        studies were done in different normal volunteer populations (North America, India) with the

661        use of similar, but not identical, analytical methods.  Thus, I can find no evidence in the

662        bioequivalence studies that the presence of milligram quantities of additional antihypertensive

663        agents having different metabolic profiles results in any alteration in the systemic exposure to

664        valsartan.  Therefore, I also conclude that the presence of NDMA/NDEA in quantities a

665        thousand fold lower, and without overlapping or competing metabolic fates, would not be able

666        to alter the systemic exposure to valsartan, thus providing the expected pharmacologic

667        response to valsartan in the presence of these impurities.

668        **c. Plaintiffs' Claim That the Presence of NDMA/NDEA Impurities Would Alter**

669        **Bioequivalence Is Not Scientifically Founded and Is Inconsistent with the**

670        **Bioequivalence Data Approved by FDA.**

671        I have reviewed the Expert Declaration of Ron Najafi, Ph.D., opining that valsartan which

672        contained NDMA or NDEA in it was not the same as the branded valsartan products, and the

673        Expert Report of Kali Panagos, Pharm.D, R.Ph, opining that generic valsartan containing NDMA

674        or NDEA is not the same as the brand name medication, that equivalence is "nulled" with

675        respect to such medication, and that the generic valsartan is not bioequivalent in accordance

676        with its FDA approval and information contained within FDA's "Orange Book."

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

677        These claims assert or imply that the presence of either NDMA or NDEA (or both)

678    somehow alters the bioequivalence of valsartan.  As demonstrated by the lack of overlap in the

679    absorption, metabolism and elimination pathways between valsartan and following the

680    outlined principles of drug interactions, there is no scientific evidence that would indicate any

681    such interaction or any such loss of bioequivalence and thus generic valsartan would retain its

682    safety and efficacy.

683        I have reviewed the FDA-approved ANDA data for valsartan, valsartan plus HCTZ,

684    valsartan plus amlodipine, and valsartan/amlodipine/HCTZ for the various generic

685    manufacturers of valsartan listed above.  The FDA approval for these generic products was, in

686    part, based on demonstrating that the intended, active ingredient(s) had bioavailability studies

687    that fell well within the FDA parameters for meeting bioequivalence to the reference products

688    Diovan, Diovan HCT, Exforge and Exforge HCT.  It is my opinion that the presence of NDMA and

689    NDEA would not alter the validity of these FDA approved generic equivalents, based on the

690    complete lack of overlap in any of the pharmacokinetic processes of valsartan when compared

691    to the metabolic fate of either NDMA or NDEA as described below.

692        I further disagree with Dr. Najafi's opinion that valsartan containing either NDMA or

693    NDEA would not be "chemically equivalent" to the branded products Diovan and/or Exforge.

694    Notably, "chemical equivalence" or "chemically equivalent" is not a phrase used in FDA

695    regulations and guidance documents governing NDAs and ANDAs, nor is it a phrase used by the

696    scientific community. Dr. Najafi cites as his references for this statement the *FDA Guidance for*

697    *Industry: Changes to an Approved NDA or ANDA*[26] and *FDA Guidance for Industry: M7(R1):*

---

[26] *FDA Guidance for Industry: Changes to an Approved NDA or ANDA* (April 2004).

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

698    *Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit*

699    *Potential Carcinogenic Risk*[27]. I have reviewed these FDA Guidances and have found no such

700    term in either guidance document. I assume Dr. Najafi is using this term to indicate that the

701    presence of NDMA or NDEA would somehow chemically alter generic valsartan such that it

702    would affect its structure, bioavailability or bioequivalence to the reference products, which

703    would then reduce its efficacy. However, as stated in my report (above), such an interaction

704    that would render generic valsartan "not chemically equivalent" would either need to be

705    pharmaceutical (before administration to the patient) or pharmacological (after

706    administration).[28] First, there is no evidence of a pharmaceutical interaction that either NDMA

707    or NDEA would degrade or alter the structure of valsartan in the dosage form prior to

708    administering to a patient; thus, the administered generic valsartan dosage form would contain

709    the "chemically equivalent" amount of valsartan stated in the approved ANDA. Second, in the

710    absence of such a chemical alteration, the alternative would be that Dr. Najafi is suggesting that

711    the presence of NDMA/NDEA would reduce the effectiveness of generic valsartan by the

712    pharmacologic type of drug interaction. As I have detailed in my report, there is no overlapping

713    or competing mechanism for any of the pharmacologic processes of valsartan or the

714    nitrosamines, neither pharmacodynamic nor pharmacokinetic. Therefore, I do not agree with

715    Dr. Najafi that the presence of NDMA/NDEA in generic valsartan products creates a "chemically

716    inequivalent" situation. Thus, Dr. Najafi's opinion regarding lack of "chemical equivalence" is

717    both unsupported by his own analysis as well as refuted by my analysis in this report.

---

[27] *FDA Guidance for Industry: M7(R1): Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk* (March 2018).
[28] *See* Figure 4 *supra*.

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

718      **6. Metabolism and Pharmacokinetics of NDMA and NDEA**

719      NDMA and NDEA have the following chemical structures:

720      **Figure 7.[29]**



N-Nitrosodimethylamine (NDMA)      N-Nitrosodiethylamine (NDEA)

722    These two compounds and others are in a structural category called nitrosamines and are

723    produced in the drug manufacturing process by a chemical reaction between amines (a single

724    nitrogen derivative of ammonia) and nitrous acid.

725      **a. Metabolic fate of NDMA/NDEA**

726      There are two identified metabolic pathways for the metabolism of NDMA, seen below,

727    which also apply to NDEA.

---

[29] *FDA Guidance for Industry: Control of Nitrosamine Impurities in Human Drugs* at 4, fig. 2 (Sept. 2020).

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

728    **Figure 8.**[30]



730    The alpha-hydroxylation pathway produces the methyldiazonium ion, which binds with

731    a segment of DNA to produce the primary mutagenic and carcinogenic substance, $O^6$-methyl-

732    guanine.[31] A key step in this metabolic activation to a potential carcinogen, is the hydroxylation

733    of NDMA/NDEA by cytochrome P450 pathways—CYP2E1 is used almost exclusively for NDMA,

734    and both CYP2E1 and CYP2A6 are used for NDEA.[32]  The methyldiazonium ion is too unstable to

735    escape from the cell in which it is generated, and therefore the carcinogenic potential would be

---

[30] EMA, *Assessment Report: Angiotensin-II-receptor antagonists (sartans) containing a tetrazole group* 15 fig. 7 (2019).

[31] Liteplo RG et al. (WHO), *Concise International Chemical Assessment Document 38: N-nitrosodimethylamine January 2002 IPCS Concise International Chemical Assessment Documents* (2002).

[32] Kushida H et al., *Metabolic activation of N-alkylnitrosamines in genetically engineered salmonella typhimurium expressing CYP2E1 or CYP2A6 together with human NADPH-cytochrome P450 reductase*, Carcinogenesis 21(6):1227-32 (2000); Bellec G. et al., *Cytochrome P450 Metabolic Dealkylation of Nine N-nitrosodialkylamines by Human Liver Microsomes*, Carcinogenesis 17(9):2029-2034 (1996).

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

736    limited to the organ both receiving the NDMA/NDEA and having the requisite CYPs able to

737    produce it.[33]   Thus, the carcinogenic potential will, in part, be determined by the distribution of

738    NDMA/NDEA to tissues with the capacity to metabolize through the CYP2E1 and CYP2A6

739    pathways for NDMA and NDEA, respectively, and the delivery of the nitrosamines to that organ.

740          Due to a known high rate of first-pass metabolism, the pharmacokinetics of

741    nitrosamines will depend on the route of administration.  Following intravenous, inhalation or

742    intraperitoneal administration (IP), nitrosamines "skip" first-pass metabolism.  Therefore, as

743    described above, if administered through these non-oral methods, none of which is at issue in

744    this litigation, NDMA/NDEA would be expected to reach the systemic circulation and be

745    delivered to the various tissues and organs receiving blood flow.  Since the P450 metabolism

746    step is key to producing the mutagenic metabolite of NDMA and NDEA, the amount of drug

747    delivered and the individual metabolic capacity of that organ will determine how much

748    carcinogen is produced.

749          **b. NDMA/NDEA in valsartan will not reach systemic circulation**

750          Following the principles of first-pass metabolism, orally administered NDMA and NDEA,

751    such as the NDMA/NDEA present in valsartan, are absorbed through the upper small intestine

752    with a half-life of absorption of three minutes and then directly circulated to the liver for

753    metabolism.[34] The absorption process is described as first-order, meaning that absorption is

754    not saturable.[35] Although many CYP enzymes are found in the gut wall and are able to

---

[33] Pegg AE, *Metabolism of N-nitrosodimethylamine*, IARC Sci Publ. (27):3-22 (1980).
[34] Pegg AE, *Metabolism of N-nitrosodimethylamine*, IARC Sci Publ. (27):3-22 (1980).
[35] Gomez M. I. D. et al., *The Absorption and Metabolism in Rats of Small Oral Doses of Dimethylnitrosamine*, Biochem.
J. 164:497-500 (1977).

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

755  metabolize a compound prior to reaching the liver, neither CYP2E1 nor CYP2A6 is found in the

756  gut wall[36]; thus CYP-mediated metabolism of NDMA and NDEA following oral administration

757  would be isolated to the liver, until a dose was given that exceeded the first-pass capacity of

758  the liver[37].  Furthermore, there have been no appreciable genetic polymorphisms identified in

759  CYP2E1 that would result in loss of function such that the metabolic capacity of the liver could

760  be "overloaded" and result in more widespread NDMA/NDEA distribution to organs beyond the

761  liver.[38]  Oral doses at the levels detected in the generic valsartan at issue in this litigation are

762  metabolized in the liver almost completely, preventing exposure to other tissues and organs. In

763  other words, metabolism of NDMA/NDEA that is ingested orally—such as the NDMA/NDEA

764  amounts found in orally ingested valsartan—is a classic example of first-pass metabolism: at

765  oral doses, in the amounts found in valsartan products, metabolism occurs almost entirely

766  during the compound's first pass through the liver, before it ever reaches systemic circulation.

767  The localization of NDMA/NDEA metabolism to the liver in doses of valsartan is further

768  supported by studies involving administration of nitrosamines in rats.  However, because route

769  of administration so greatly dictates the methods and nature of absorption, metabolism, and

770  distribution, including in the case of NDMA's/NDEA's metabolic fate, as demonstrated above,

771  studies involving non-oral administration of nitrosamines in rats are not relevant in considering

---

[36] Peters SA, Jones CR, Ungell AL, Hatley OJD, *Predicting drug extraction in the human gut wall: assessing contributions from drug metabolizing enzymes and transporter proteins using preclinical models*, Clin. Pharmacokinetics 55:673-696 (2016); Koskela S, Hakkola J, Hukkanen J, et al., *Expression of CYP2A genes in human liver and extrahepatic tissues*, Biochem. Pharmacology 57(12):1407-1413 (1999).

[37] Chen J, Jiang S, Wang J, Renukuntla J, Sirimulla S, Chen J, *A comprehensive review of cytochrome P450 2E1 for xenobiotic metabolism*, Drug Metab. Rev. 51(2):178-195 (2019); Tanner JA, Tyndale RF, *Variation in CYP2A6 Activity and Personalized Medicine*, J. Pers. Med. 1;7(4):18 (2017).

[38] Chen J, Jiang S, Wang J, Renukuntla J, Sirimulla S, Chen J, *A comprehensive review of cytochrome P450 2E1 for xenobiotic metabolism*, Drug Metab. Rev. 51(2):178-195 (2019).

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

772    the metabolic fate of NDMA/NDEA in orally ingested valsartan. Only studies involving oral doses

773    of nitrosamines can provide the proper background with which to interpret and extrapolate the

774    content of these nitrosamines in valsartan products.

775    **7. Concept of Drug/Chemical Accumulation**

776            Expressed simply, the concept of drug/chemical accumulation is a function of dose

777    (input), clearance (output) and dosing interval.  When the dosing interval is relatively longer

778    than the amount of time it takes to "clear" the previous dose, then accumulation is minimal or

779    non-existent.  An often-used analogy for accumulation involves a water faucet and a funnel.

780    The faucet flow (input) will not lead to accumulation (overflow of the funnel) as long as the

781    input is less than the output (water leaving the funnel).  Accumulation can actually be

782    calculated based on known pharmacokinetic parameters for the compound of interest.  This is

783    done by using the following equation:

784            **Equation 1.[39]**

$$AR = \frac{1}{1 - e^{-k*tau}}$$

786            AR represents the accumulation ratio, K is the individual compound's elimination rate

787    constant, and tau is the dosing interval.[40]  When first order pharmacokinetics apply, the K value

788    represents the fraction of a drug eliminated per time, which remains a constant.  For example,

---

[39] Brocks et al., *Rate and extent of drug accumulation after multiple dosing revisited*, Clin. Pharmacokinetics 49:7 (2010).
[40] E in this equation is a mathematical constant, also called Euler's number, that is the base of a natural logarithm; it converts log/exponential data into linear data, and its value is 2.718.

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

789    a K value of 0.15 $Hr^{-1}$ represents 15% of remaining drug/chemical eliminated per hour. The

790    reciprocal of K, the elimination rate constant, is the compound's elimination half-life, such that

791    a K value of 0.15 would represent an elimination half-life of approximately 4.6 hours (T ½ equals

792    $0.693/K^{el}$).   Thus, for our example, using Equation 1, let's assume that this drug/chemical is

793    given every 24 hours (tau).  From Equation 1, then, the accumulation ratio would be 1.03,

794    indicating that there would only be 3% higher accumulation after multiple exposures to that

795    compound.  This makes sense, in our example, in that with once daily administration (every 24

796    hours) of a compound having an elimination half-life of 4.6 hours, almost all of the drug would

797    be gone before the next exposure, thus little accumulation would occur (5-7 half-lives lead to

798    removal of essentially all the compound).

799        We can apply this accumulation ratio to estimate what would happen in the case of

800    daily exposure to NDMA.  Using clearance, volume of distribution and therefore half-life data

801    from Gombar 1990, the estimated elimination half-life across a number of species, including an

802    estimate in a 70kg human, ranged from as short as 4 minutes up to 26 minutes (human 13

803    minutes). [41]  Gombar used the following standard pharmacokinetic equations:

804        $Cl/Vd = K^{el}$

805        $0.693/K^{el} = T ½$

806        Now, plugging these values into the accumulation ratio equation and converting the

807    units of half-life from minutes to hours, I tried to calculate accumulation ratios (AR) for the

808    shortest, longest and estimated human $K^{el}$ values for exposure once every 24 hours; however,

---

[41] Gombar et al., *Interspecies scaling of the pharmacokinetics of n-Nitrosodimethylamine*, Cancer Res. 50, 4366-4370 (1990).

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

809  using $K^{el}$ that corresponds to mere minutes, compared to a 24 hour dosing interval, cancels out

810  the equation denominator such that the AR is 1, meaning no accumulation at all.  Using half-life

811  of elimination is a way to double check this calculation; eliminating half a drug amount in

812  minutes would indicate that there would be no detectable drug at all in a matter of a few

813  hours, much less 24 hours between exposures (5-7 half lives of elimination leaving essentially

814  no drug at all left).  One could use the terminal elimination half-life data from Mico[42] in rats of

815  approximately 10 minutes for NDMA and get the same conclusion; with such a short half-life of

816  elimination given every 24 hours, there can be no pharmacokinetic-based accumulation.

817        Thus, with such a short elimination half-life and a once daily administration, there would

818  be no pharmacokinetic-based accumulation of NDMA/NDEA.  At these microgram doses, the

819  rapid metabolism and elimination of NDMA/NDEA would occur entirely in the liver.  Therefore,

820  it does beg the question of whether there would be any hepatic accumulation of drug effect,

821  since there could be no pharmacokinetic drug accumulation per se.  Pegg (1981) studied the

822  rapid formation of DNA methylation after small oral doses of NDMA in the rat.[43]  Doses were

823  below 100 mcg/kg, or below about 7mg for a single dose in a 70kg human adult.  The studied

824  dose (5 mcg/kg) closest to what humans would be exposed with daily valsartan containing 20

825  mcg, would still be 17x higher than the human daily NDMA exposure from valsartan.  Pegg

826  demonstrated that at the 5 mcg/kg dose, the formation of hepatic $O^6$-methyl guanine peaked

827  quickly, within 15 minutes, but the adduct was completely eliminated within 3 hours.  This

---

[42] Mico BA et al., *Low-dose in vivo pharmacokinetic and deuterium isotope effect studies of N-nitrosodimethylamine in rats*, Cancer Res. 45(12 pt. 1):6280-5 (1985).
[43] Pegg AE, Perry W, *Alkylation of nucleic acids and metabolism of small doses of dimethylnitrosamine in the rat*, Cancer Res. 41:3128–3132 (1981).

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

828    suggests that daily exposure at this dose would also not result in accumulation of potential

829    carcinogenic material.  Pegg further states in his conclusions that other investigators have

830    shown that DNA repair mechanisms in humans can be as much as 10x higher than rats,

831    indicating a more active DNA repair in humans compared to rats.

832        Thus, from both a pharmacokinetic and a pharmacodynamic (DNA methylation)

833    standpoint, I can find no evidence of nitrosamine accumulation with daily amounts found in

834    valsartan.

835    **VI.    SUMMARY OF OPINIONS AND CONCLUSIONS**

836        1.    The presence of NDMA/NDEA in valsartan could not have had any effect on the

837    pharmacokinetics, pharmacodynamics, bioavailability or bioequivalence of valsartan generic

838    products.  The compounds do not share any known pharmacokinetic or pharmacodynamic

839    mechanism.  The presence of active, intended ingredients with valsartan, such as HCTZ and/or

840    amlodipine, also did not alter valsartan bioequivalence for the same reason(s), that is no

841    overlapping pharmacokinetic process.  Thus, there is no conceivable way for NDMA/NDEA,

842    merely by being present, to alter the bioequivalence of valsartan, and thus its therapeutic

843    response and efficacy.

844        2.    The levels of NDMA/NDEA FDA detected in the affected valsartan tablets when

845    taken on a daily basis would not exceed the liver's capacity to metabolize the NDMA/NDEA

846    contained in those tablets in first-pass metabolism and accordingly NDMA/NDEA is unlikely to

847    reach systemic circulation or other organ systems outside the liver.  Therefore there is no

848    scientific basis to assume there is any increased risk to other organ systems which support the

849    medical monitoring proposed by plaintiffs' expert Dr. Kaplan.

RESTRICTED CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

850    3. Based on the pharmacokinetic principles of accumulation, the daily exposure (every

851    24 hours) to NDMA/NDEA would not accumulate, given the known elimination half-life of these

852    compounds.

853    I may use at trial any exhibits as a summary or in support of all of my opinions, including

854    but not limited to: (1) any of the materials, or excerpts therefrom, identified in this report and

855    attachments, including the materials considered list; (2) excerpts from scientific articles or

856    learned treatises; (3) demonstrative models; (4) exhibits used by Plaintiffs' experts, or other

857    witnesses; and (5) any exhibit used in or identified at any deposition taken in this litigation. If

858    further data becomes available, I reserve the right to review it and consider whether to modify

859    any portion of these opinions.

Dated: January 12, 2022                    _____
                                           Michael Bottorff, Pharm.D., FCCP, FNLA, CLS