# Exhibits 197-199

FILED UNDER SEAL