Exhibit 200

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION** | MDL No. 2875 |

## EXPERT REPORT OF KARLA V. BALLMAN, PhD, FASCO

### A.  Summary of Opinions

I have been asked to review the proposed thresholds for valsartan, including combination valsartan, containing NDMA and/or NDEA impurities ("affected valsartan") that would allegedly create a statistically significant increased risk of cancer in individuals who consumed affected valsartan.[1] Specifically, I was asked to determine whether there is evidence that supports the use of the proposed thresholds based upon the expert reports of Drs. Panigrahy and Madigan, and how the proposed thresholds were derived.

It is my opinion that the Plaintiffs' basis for establishing the proposed thresholds is subjective, arbitrary, unscientific, and not transparently derived from the available data. Moreover, there is evidence that most of the implicit assumptions underlying the proposed thresholds are invalid, and there is no evidence for a single amount of lifetime cumulative exposure for NDMA or NDEA that is associated with a meaningful increased risk of cancer.

---

[1] *See* Plaintiffs' Memorandum of Law in Support of the Medical Monitoring Plaintiffs' Motion for Class Certification, *Valsartan Products Liability Litigation*, November 10, 2021, Dkt. 1750 ("Medical Monitoring Brief"); Plaintiffs' Third Amended Medical Monitoring Class Action Complaint, *Valsartan Products Liability Litigation*, November 1, 2021, Dkt. 1709 ("Complaint").

Each of these opinions, which are offered pursuant to Rule 26 of the Federal Rules of Civil Procedure, are given to a reasonable degree of scientific certainty and are based on the methods and procedures of science, materials, and literature I have reviewed in connection with this litigation, my knowledge of recognized scientific principles, and methodology reasonably relied upon by members of my profession, as well as my education, training, knowledge, and experience.

**B.  Expert Background and Qualifications**

I am the Division Chief and Professor of Biostatistics at Weill Cornell Medicine. Before joining Weill Cornell Medicine, I was at the Mayo Clinic in Rochester Minnesota for approximately 16 years. A summary of my previous positions can be found in my Curriculum Vitae, which can be found in Appendix A.

I have been a co-author of more than 225 manuscripts, most of them in the area of oncology. My current collaborative research interests include clinical trials, mostly in oncology, and the development of biomarkers that can be used to determine which patients would benefit from specific treatments.  In the past, I have also collaborated on a number of observational, epidemiology studies. Professionally I have been or am a member of several National Cancer Institute committees, including the Breast Cancer Steering Committee as well as the Brain Malignancies Steering Committee. I have been an Associate Editor and subsequently Deputy Editor for the Journal of Clinical Oncology, one of the most respected oncology journals. I currently serve as a grant reviewer for the National Institutes of Health Kidney, Nutrition, Obesity and Diabetes Study Section (KNOD) study section. As part of this, I review approximately 20 grant proposals per year. These proposals are grant applications and the epidemiological research designs and approaches reviewed in KNOD include cohort, case-control, prospective, longitudinal, retrospective, clinical trial, cross-sectional, surveillance, genetics, epigenetics, genomics,

transcriptomics, gene-environment interactions, genome-wide association studies, metabolomics, molecular genetics, and Omics technologies. In 2021, I was named as a Fellow of the American Society of Clinical Oncology. In addition, I have served on several other grant review committees including the Damon Runyon Clinical Investigator Award, the Department of Defense awards, and the Conquer Cancer awards.

In the past 4 years, I have testified at two trials. One was a patent case for abiraterone acetate in the treatment of prostate cancer in the United States and the second was for a similar trial in Canada. In both cases, I was an expert witness for the defense (Janssen Oncology). I have testified as part of depositions a total of 3 times as an expert witness: once for Janssen Oncology (US), once for Eli Lilly in a case of Cialis and risk of melanoma, and once for Johnson and Johnson with respect to talc powder exposure and the risk of ovarian cancer.

My fees charged in connection with this engagement are consistent with my normal practice. My rate for reviewing materials, preparing reports, and deposition and trial testimony is $400 per hour. This compensation is not contingent on the nature of my findings and opinions or on the outcome of this litigation.

I understand that the Defendants in the above-referenced litigation may rely upon my expert testimony at trial.

A list of the materials I relied upon in preparing this report is attached as Appendix B.

**C.  Summary and Analysis of Plaintiffs' Medical Monitoring Claims**

**1.  Proposed Thresholds**

The information regarding Plaintiffs' proposed thresholds is taken from the Plaintiffs' Medical Monitoring Brief.[2]  It states: "The determination of whether the Class Member consumed

---

[2] Medical Monitoring Brief, 8-9.

a Lifetime Cumulative Threshold sufficient for Class membership is based on dosage, API manufacturer, and time period," and then lists eligibility criteria for determining class membership, summarized for purposes of this report in Table 1.[3]

Table 1: Class member determination criteria

| Scenario | Dose | ZHP API | Hetero API | Mylan and/or Aurobindo API |
|---|---|---|---|---|
| A | 320 mg | 3 months | 18 months | 54 months |
| B | 160 mg | 6 months | 32 months | 108 months |
| C | 80 mg | 12 months | 64 months | 216 months |
| D | 40 mg | 24 months | 128 months | 432 months |

There are four scenarios provided by Plaintiffs based on the dose of valsartan per tablet. It appears that Scenarios B, C, and D may be derived from Scenario A. The time periods provided for scenarios B, C, and D are evidently multiplied by the reciprocal for the amount the dose was reduced from Scenario A. For example, a dose of 160 mg is half that of 320 mg and so the time an individual would have to take ZHP API derived medication at dose 160 mg to achieve the Lifetime Cumulative Threshold would need to be double that for a 320 mg dose, which is 3 months × 2 = 6 months. Note that this is true for all values in the table except for the column of Hetero API. The amount of time for a 320 mg dose is 18 months but the time for a 160 mg dose is 32 months, which is not the expected 36 (= 2 × 18) months. However, for scenario C, where the dose is half that of scenario B, the time stated is 2 times that for B (e.g., 32 months × 2 = 64 months), which is what is expected. Likewise, for scenario D, where the dose is half that of scenario C, the time stated is 2 times that for C (e.g., 64 months × 2 = 128 months), which is what is expected. Based on this, I assume for the remainder of my report that that the 18 months for Hetero API is a typo and should

---

[3] Medical Monitoring Brief, 8-9.

be 16 months, though it could also be that Plaintiffs intended Scenarios B-D for Hetero API to be 36, 72, and 144 months, as it is not clear how Plaintiffs derived the number of months for Scenario A, as I explain in more detail below.

Plaintiffs also claim that class membership could be based on a combination of products from different manufacturers to obtain the same cumulative exposure. The example provided in Plaintiffs' Medical Monitoring Brief is for an individual prescribed 320 mg of valsartan. To achieve the Lifetime Cumulative Threshold ("LCT") for class membership, an individual could consume two months of the product derived from ZHP API, which is two-thirds of the cumulative LCT for ZHP API. The remaining one-third of the amount required to achieve the LCT could, according to Plaintiffs, be achieved by the individual consuming six months' worth of product derived from Hetero API, which is one-third of the needed 18 months for consumption of this product to achieve LCT.

There are several implicit—and in multiple instances scientifically invalid—assumptions made with respect to the class membership criteria in Table 1. The membership criteria appear to assume, among other things:

- It is possible to determine for everyone who consumed valsartan containing an NDMA- and/or NDEA- impurity whether they have met the criteria as listed.

- There is variability in the amount of NDMA and/or NDEA found among the different manufacturers of valsartan.

- Despite variability between manufacturers, the amount of NDMA and/or NDEA for a manufacturer is constant, meaning it does not vary from lot to lot.

- The amount of NDMA and/or NDEA in the manufacturer's API formulation is the same as in the tablet an individual would consume, that is the finished product.

- There is a bright-line threshold for lifetime cumulative exposure that is associated with a meaningful increase in cancer risk.

- The lifetime cumulative threshold is the same for all persons and all cancers of interest.

I will address each of the assumptions above, and will try to replicate the proposed monitoring thresholds in Table 1 based on the information contained in the expert reports of Drs. Panigrahy and Madigan, which Plaintiffs cite as the basis for the stated thresholds for medical monitoring class membership.

## 2. Determination of Class Membership

Plaintiffs state that the information needed to apply the criteria for medical monitoring class membership in Table 1 is available.[4] According to Plaintiffs, the required information will be obtained by examining pharmacy and prescription records and by reference to the unique 10-digit NDC issued for all generic drug products.[5] As such, this information will purportedly provide the dose amount of valsartan, the form of the dose product, and the package size.[6] Plaintiffs claim that from this information, it is possible to construct a consumption record for proposed class members.[7] Note, for the latter to be true, Plaintiffs assume not only the availability of this product identification information, but also that individuals consume the entirety of their prescribed medication.

I have no opinion as to whether Plaintiffs can in fact obtain and utilize the information described to identify for each patient in the proposed class the dose of valsartan they were prescribed, the manufacturer of the medication, and the duration of their consumption (if individuals take all the prescribed medication). I also have no opinion as to whether, assuming the information described is available, it is in fact feasible to do what Plaintiffs describe. Even assuming, however, that Plaintiffs can obtain and utilize pharmacy records in the manner

---

[4] Complaint, ¶ 540; Medical Monitoring Brief, 9.

[5] Medical Monitoring Brief, 9.

[6] Medical Monitoring Brief, 9.

[7] Medical Monitoring Brief, 9-10.

described, what they cannot do from the information provided is identify whether the proposed class members in fact consumed their prescribed valsartan, and, if so, whether the consumed valsartan contained an NDMA and/or NDEA impurity. The NDC does not identify the lot number of the prescription, not all lots of valsartan were recalled, and not all tested lots from the same manufacturer contained the same levels of detected NDMA or NDEA.

### 3. Variability in NDMA and/or NDEA Impurity Levels Among Different Manufacturers

The thresholds in Table 1 assume that there are differing amounts of NDMA and/or NDEA among different manufacturers of valsartan. I agree with the assumption that there are different levels of NDMA and NDEA impurities across the different valsartan manufacturers. As a result, Plaintiffs' acknowledge that their proposed LCTs must vary across the different manufacturers to account for differing levels of NDMA and/or NDEA detected in different manufacturers' valsartan. The necessary implication of this acknowledgment is Plaintiffs' recognition that their proposed LCTs must vary based on varying levels of exposure to NDMA and/or NDEA.

### 4. Plaintiffs Assume No Variability in NDMA and/or NDEA Impurity Levels for the Same Manufacturer

The thresholds in Table 1 implicitly assume—incorrectly and without scientific basis or foundation—that there is no within-manufacturer variability in the levels of amounts of NDMA and/or NDEA impurity levels. That is, Plaintiffs assume every batch of every valsartan product from the same manufacturer contained the same identical amounts of NDMA or NDEA. There is only a single time value for each manufacturer within a given valsartan dose level. Yet, looking at

the test results Dr. Panigrahy cites, and the FDA's published testing results, there is clear variability among the different lots within a given manufacturer.[8]

I disagree with the implicit assumption that there is a constant level of NDMA or NDEA within a manufacturers' affected valsartan. The amount of NDMA or NDEA impurity clearly depends on the product lot. Plaintiffs' implicit assumption for the proposed thresholds for class membership is not valid. It is a basic tenet of toxicology that the "dose makes the poison." Plaintiffs leave unanswered the central question, which is, "how many nanograms or micrograms of NDMA and NDEA do they believe is necessary to create a statistically significant increased risk of cancer?" Instead, they attempt to use the length of time a patient used each manufacturer's valsartan-containing medications as a proxy for dose. But, because there is wide lot-by-lot variation in the level of impurities detected in a manufacturer's valsartan-containing medication, the comparison is invalid. As a result, individual Plaintiffs will not be able to establish the quantity of the NDMA and/or NDEA impurity contained in the valsartan that they consumed, if any.

### 5. Plaintiffs Assume Similar Levels of Impurities in API Product and Finished Dose Product

The thresholds in Table 1 further implicitly assume the levels of impurity in affected valsartan API are the same as what would be found in the finished dose product, which is the valsartan tablet that is consumed by an individual. The thresholds in Table 1 are reported in terms of API levels and for these to be valid, there needs to be evidence that the impurity levels are the same between API formulation and the tablet that is consumed by an individual. Reviewing the manufacturer's testing data, it is clear this is not the case. For example, for Aurobino Valsartan

---

[8] *U.S. Food & Drug Administration*, "Laboratory analysis of valsartan products," available at https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products; Rule 26 Expert Report of Dipak Panigrahy, MD, *Valsartan, Losartan, and Irbesartan Products Liability Litigation.* July 6, 2021 (hereafter, "Panigrahy Report"), 90.

320 mg lot (packing batch number VUSD17010-A / vendor batch number 1711117292 / API Lot # G1P-18-654096) the amount of NDEA detected in the API batch was 0.096 $\mu$g, and the amount detected in the corresponding finished product batch was 0.048 $\mu$g, which is a two-fold reduction in the level of impurity. This is not an isolated case but in general, there appear to be lower levels of impurity in the finished product (tablet that will be consumed) compared to the API.[9]

I disagree with the implicit assumption that the level of impurity in the affected valsartan API formulation is the same as that in the finished product, which is the tablet an individual will ingest.

### 6. Lack of an Identifiable Bright Line for Lifetime Cumulative Threshold for Increased Cancer Risk

The dietary and occupational observations studies cited by Drs. Madigan and Panigrahy have considerable variability in effect sizes for the strength of association between NDMA and cancer risk. This is clear from Table 1 of Dr. Madigan's report.[10] The lifetime cumulative exposure ("LCE") levels for NDMA levels reported within a single cancer type vary with respect to whether the result is statistically significant and the amount of NDMA LCE. For lung cancer, there are three studies, with the Goodman study separating males and females so there are four reported levels. Three of the studies have statistically significant results. The LCE values range from 2338 $\mu$g to 6114 $\mu$g (after correcting the value of 16363 $\mu$g for the Goodman study to 2338 $\mu$g, as per Dr. Madigan's deposition). Furthermore, the 2338 $\mu$g LCE from the Goodman study is statistically significant and the higher LCE level (3343 $\mu$g) from the Loh study is not. Similar variability in the proposed LCE levels occurs for some of the other cancers in the table. With respect to the

---

[9] *See, e.g.,* MYLAN-MDL2875-00895544, TEVA-MDL2875-00765603, PRINSTON00075797, SOLCO00028261, APL-MDL 2875-0139456, Auro-MDL 2875-0104586, Auro-MDL 2875-0113985, HETERO_USA000025245.

[10] Rule 26 Expert Report of David Madigan, PhD, *Valsartan, Losartan, and Irbesartan Products Liability Litigation.* July 6, 2021 (hereafter, "Madigan Report"), 7.

dietary studies, Dr. Madigan observes, "[t]here was, however, considerable between-study heterogeneity. LCE's across component studies ranged from 1412 $\mu$g to 6607 $\mu$g."[11] There are also substantial differences between what is reported as LCE between the dietary studies and the occupational exposure study. If one employs the LCE definition proposed by Dr. Madigan to the occupational exposure studies, the LCE would use the lower bound of NDMA daily level in the highest group. This would yield a total cumulative exposure value of 23,247 $\mu$g, which is several times higher than the 6607 $\mu$g for the maximum in the dietary studies. Given the range of LCE values reported in Dr. Madigan's report, there is not a clearly identifiable threshold.

Dr. Panigrahy also provides a summary of cumulative NDMA associated with an increased risk of cancer. However, he states "[w]hile these are examples of cumulative NDMA exposures that resulted in a statistically significant increased risk of cancer, they should not be considered as bright line thresholds that are necessary to meet in order for there to be a causal relationship between NDMA exposure and cancer response."[12]

With regard to NDEA, the data is even more problematic since there is only a single study that reports an association between NDEA level and incidence of cancer that is cited by Drs. Madigan and Panigrahy. It is the Zheng, et al. study, and the LCE computed by Dr. Madigan that has a statistically significant association with pancreatic cancer is 4536 $\mu$g based on the lower bound of the highest dose group. (I note in his conclusions he deviates from this and uses as the LCE the lower bound of the second-lowest group, which yields an LCE of 2520 $\mu$g.) It cannot be assumed that studies relating to NDMA can be used to assess hazard or risk with respect to NDEA. Indeed, genotoxicity and carcinogenicity vary greatly within the class of impurities known as

---

[11] Madigan Report, 3.

[12] Panigrahy Report, 90.

nitrosamines, with some (such as those found in cigarette smoke) designated by IARC as Class 1 and others falling in lower classifications. But even assuming studies concerning NDMA have some bearing on the risk associated with NDEA, given the variability in the reported NDMA LCE values in the dietary studies found to be statistically significant, it is likely that there would be similar variability in the NDEA levels had more studies measured NDEA. Dr. Panigrahy also does a calculation of a lifetime exposure of NDEA that is associated with increased cancer risk and his level is 3942 $\mu$g. He again observes " . . . *they should not be considered as bright line thresholds that are necessary to meet in order for there to be a causal relationship between NDMA exposure and cancer response*."[13] It is also telling that for a single study of NDEA there are three different LCEs proposed among the two experts, which again signifies that the lack of an identifiable bright line for a cumulative threshold.

The FDA does propose regulatory intake (AI) limits of daily consumption of NDMA and NDEA in valsartan. The daily levels of NDMA and NDEA impurity in valsartan tablets deemed to be safe by the FDA are 0.096 $\mu$g (equivalent to 3 ppm in a 320 mg tablet) and 0.0265 $\mu$g (0.082 ppm in a 320mg tablet), respectively. However, this cannot be interpreted as the level beyond which there is a meaningful increased risk of cancer. This value represents a linear (no-threshold) extrapolation from animal data and is estimated to correspond to an increase in cancer risk of not more than 1 in 100,000. This risk is negligible considering a lifetime cancer risk for an individual of 1 in 3.[14]

---

[13] Panigrahy Report, 90 (emphasis supplied).

[14] Snodin DJ, Elder DP. Short commentary on NDMA (N-nitrosodimethylamine) contamination of valsartan products. Regul Toxicol Pharmacol. 2019, Apr;103:325-329. doi: 10.1016/j.yrtph.2019.01.007. Epub 2019 Jan 8. PMID: 30629969.

I disagree that there is an identifiable bright-line threshold for lifetime cumulative exposure for either NDMA or NDEA ingested via affected valsartan. If a such a threshold exists, it would need to be such that it can be determined by different experts when presented with the same scientific studies. Dr. Panigrahy and Dr. Madigan do not independently arrive at the same threshold value for NDMA or NDEA. Indeed, Dr. Panigrahy concedes that his review of the dietary studies did not result in the determination of a "bright line" threshold. (Panigrahy Rep. p. 90.)

### 7. Plaintiffs' Proposed Lifetime Cumulative Threshold is the Same for All Cancers

Plaintiffs' Medical Monitoring Brief appears to indicate that if an individual meets the criteria proposed for medical monitoring class membership, they would be monitored for a variety of different cancers. This invokes the implicit assumption that there is a common threshold shared by the different cancers. In Dr. Madigan's conclusions, he gives different LCE values for the different categories of cancers.[15] I am not aware of any Plaintiffs' expert who has established—or even attempted to establish—to any degree of scientific certainty that the proposed thresholds for each cancer category are the same.

I disagree with the implicit assumption that there is a common threshold for the different types of cancer. Plaintiffs offer no scientific support for this assumption.

### 8. Replication of the Proposed Lifetime Cumulative Thresholds for medical monitoring

When trying to replicate the thresholds, I focused on Scenario A of Table 1 (using a Hetero threshold of 16 months to correspond with the reported levels in Scenarios B-D) since the other scenarios can be derived from it. Specifically, I assume that the daily dose of valsartan consumed

---

[15] Madigan Report, 8-9.

by an individual is 320 mg. The components necessary for the determination of the proposed thresholds are

- The dose of valsartan consumed;

- The amount of NDMA and/or NDEA impurity contained in the tablet for each manufacturer (assuming the same level of exposure for different drug lots, which is not the case); and

- The lifetime cumulative exposure amount of NDMA and/or NDEA that is associated with a meaningful increased risk of cancer in a human being.

With this information, it would be straightforward to set a threshold, assuming the erroneous assumptions discussed above were true. Both Drs. Panigrahy and Madigan perform these calculations. For example, Dr. Madigan determines "[a]t a contamination level of 20 $\mu$g/day, the number of years of valsartan consumption needed to reach the total exposure equivalents in Hidajat is 1.0 year for Q1, 2.0 years for Q2, and 3.2 years for Q3."[16] His calculations of the total exposure levels are provided in a preceding paragraph, and to determine the length of time for the daily ingestion of affected valsartan, the cumulative threshold quantity of NDMA is divided by the daily exposure amount. Dr. Panigrahy performs a similar calculation in his report where he finds that for a patient taking 320 mg per day of ZHP valsartan with an average impurity level of 65.1 ppm, the patient would reach a cumulative NDMA exposure for the second quartile in the Hidajat, et al. study[17] (which he states is 5990 $\mu$g) in 10 months.[18]

Critically, Plaintiffs' proposed threshold is only expressed in the length of time required for daily ingestion of an affected 320 mg valsartan tablet for each manufacturer. The assumed

---

[16] Madigan Report, 8.

[17] Notably, the Hidajat study involved occupational inhalation exposure of NDMA and other carcinogens to factory workers in the UK rubber industry.

[18] Panigrahy Report, 89.

amount of NDMA and/or NDEA impurity in the 320 mg tablet is not provided. In addition, the LCE level needed to reach a meaningful increase in cancer risk is not given. Plaintiffs' Medical Monitoring Brief references the Madigan and Panigrahy expert reports as the justification for the thresholds. Yet, there are two significant unknowns based on these reports: (i) the assumed level of NDMA and/or NDEA impurity in the 320 mg valsartan tablet (there will be a different level for each manufacturer and by lot/batch), and (ii) the LCE associated with each type of cancer (this would be the same for each manufacturer). Upon reviewing the two expert reports, I was unable to find a clearly stated LCE level associated with a meaningful increase in cancer risk. In addition, I was unable to find a single value for the NDMA and/or NDEA impurity amount for a 320 mg valsartan tablet for each manufacturer. As discussed above, there are multiple LCEs referenced in the Madigan and Panigrahy reports, and multiple different levels of NDMA and/or NDEA impurity associated with each manufacturer and each manufacturer's lot/batch.

In the absence of clearly specified values, I tried to determine the impurity amounts for NDMA and NDEA in 320 mg of valsartan using the LCEs in Dr. Madigan's report and the time thresholds proposed for each manufacturer proposed by the Plaintiffs. I would note at the outset that any statistical methodology requiring a reviewer to "back in" to the data in this manner—that is, to use the outcomes to try determine the inputs—is at best incomplete and likely invalid. Putting that aside, Table 3 contains the daily exposure levels in terms of $\mu$g and ppm by manufacturer for NDMA, assuming a 320 mg daily dose.

To illustrate how the calculations were performed, I step through it for the ZHP API and gastric cancer.

- to get the daily $\mu$g amount, divide 1962 $\mu$g by 91.3 days
- to get the ppm, multiply the daily amount by 1000 ng/$\mu$g and divide by 320 mg

Table 3. Determination of the amount of NDMA impurity in 320 mg valsartan tablet by manufacturer and cancer LCE

| Cancer | LCE* | ZHP API 3 mo (91.3 days) | Hetero API 16 mo (487 days) | Mylan/Aurobindo API 54 mo (1643.6 days) |
|---|---|---|---|---|
| gastric[1] | 1962 $\mu$g | 21.5 $\mu$g 67.2 ppm | 4.0 $\mu$g 12.6 ppm | 1.3 $\mu$g 3.7 ppm |
| lung[1] | 2338 $\mu$g | 26.5 $\mu$g 80.0 ppm | 4.8 $\mu$g 13.3 ppm | 1.4 $\mu$g 4.4 ppm |
| esophageal[1] | 4235 $\mu$g | 46.4 $\mu$g 145.0 ppm | 8.7 $\mu$g 27.2 ppm | 2.6 $\mu$g 8.1 ppm |
| rectal[1] | 3343 $\mu$g | 36.6 $\mu$g 114.4 ppm | 6.9 $\mu$g 21.5 ppm | 2.0 $\mu$g 6.4 ppm |
| all[2] | 7514 $\mu$g | 82.3 $\mu$g 257.2 ppm | 15.4 $\mu$g 48.2 ppm | 4.5 $\mu$g 14.3 ppm |

* From Madigan expert report
[1]from dietary exposure studies
[2]from occupational exposure studies

Comparing these values to the level of impurity cited in Dr. Panigrahy's report there is no match except for ZHP API, but only for gastric cancer if we take the average of the midpoints for ZHP (which is approximately 66.4 ppm). Further, neither Mylan nor Aurobindo's NDMA impurity levels appear to have exceeded FDA's acceptable intake limits.

Doing the same exercise for NDEA and pancreatic cancer (obtained only from a single dietary study), we get Table 4.

Table 4. Determination of the amount of NDEA impurity in 320 mg valsartan tablet by manufacturer and cancer LCE

| Cancer | LCE* | ZHP API 3 mo (91.3 days) | Hetero API 16 mo (487 days) | Mylan/Aurobindo API 54 mo (1643.6 days) |
|---|---|---|---|---|
| pancreatic | 2520 $\mu$g | 27.6 $\mu$g 86.3 ppm | 5.2 $\mu$g 16.2 ppm | 1.5 $\mu$g 4.8 ppm |

Again, other than ZHP API, none of the other levels of impurity for any manufacturer fall in the range found in Dr. Panigrahy's report. Indeed, Dr. Panigrahy's presumed levels are much higher those observed in Defendants' testing data.

Based on my analysis, I was unable to identify any reliable data points to support Plaintiffs' LCTs for each manufacturer's valsartan drug, each cancer type, and each proposed LCT. Plaintiffs' proposed LCTs to determine eligibility for membership in the medical monitoring class consequently lack any verifiable basis or identifiable support.

### D.  <u>Conclusion</u>

There is no obvious support for the Plaintiffs' proposed LCTs for medical monitoring. The proposed thresholds erroneously assume there is no variability in NDMA and/or NDEA impurity levels for a manufacturer, there are similar levels of impurity in API product and finished product, there is an identifiable bright line for an LCT associated with increased cancer risk, and that the LCT is the same across different cancer types. As discussed above, there is no support for these assumptions in the expert reports from Drs. Madigan and Panigrahy, which are cited as the basis for the proposed thresholds. Rather, there is evidence in the reports that these assumptions are invalid. The most important assumptions that need to be met are that there is a single NDMA and/or NDEA impurity amount for each manufacturer for the finished product consumed by all individuals, and that there is an identifiable LCE for NDMA and/or NDEA that is associated with a meaningful increased risk of cancer. There is evidence that the amount of NDMA and/or NDEA impurity varies by finished product lot so that a single amount for each manufacturer's finished product does not exist. In addition, two Plaintiffs' experts with access to the same data sources did not obtain or identify a single LCE associated with a meaningful increased risk of cancer. In fact, Dr. Panigrahy states that such a threshold does not exist. Furthermore, the LCE amounts calculated by the two experts do not match each other and differ depending upon the type of exposure (diet or occupational), and type of cancer.

Finally, using values found in Dr. Panigrahy's and Dr. Madigan's expert reports, I was unable to match the LCTs proposed by the Plaintiffs. The likely explanation is that there are two unknowns associated with the LCTs proposed by the Plaintiffs, which are expressed as the duration of consumption of valsartan by dose and manufacturer: the amount of impurity in the valsartan dose, and the LCE necessary for a meaningful increased risk of cancer. Essentially, there is one equation with two unknowns, and for each unknown, there are many possible values found in the expert reports. This yields a multitude of different combinations that would need to be tried to match the proposed LCTs.

Based on this, it is my opinion that the Plaintiffs' basis for establishing the proposed thresholds is subjective, arbitrary, unscientific, and not transparently derived from the available data.

Karla V. Ballman, PhD, FASCO

January 12, 202

# APPENDIX A

# SECTION 1.01     <u>WEILL CORNELL MEDICAL COLLEGE *CURRICULUM VITAE* FORM</u>

(REQUIRED FORMAT)

| Signature (required): | *Karla V. Ballman* |
|---|---|
| Version date: | January 5, 2022 |

## A.   <u>GENERAL INFORMATION</u>

**Required Information:**

| | |
|---|---|
| Name: First, Middle, Last | Karla V. Ballman |
| Office address: | Population Health Sciences<br>Laurel Building, LA-225<br>Weill Cornell Medical College<br>402 East 67th Street<br>New York, NY 10065 |
| Office telephone: | 646-962-8023 |
| Office fax: | 646-962-0281 |
| Home address: | 430 East 63rd Street<br>Apt. 12G<br>New York, NY 10065 |
| Home telephone: | 507-301-3013 |
| Cell phone: | 507-301-3013 |
| Beeper: | N/A |
| Work Email:<br>Personal Email: | kab2053@med.cornell.edu<br>kvballman@gmail.com |
| Citizenship: | USA |
| If not a U.S. Citizen, do you have: | Immigrant visa (green card)?<br><br>Non-immigrant Visa?<br>Type: |

Optional Information (not required but helpful):

| | |
|---|---|
| Birth date: | 11/14/1960 |
| Birth place: | St. Cloud, MN |

| | |
|---|---|
| Marital status: | Divorced |
| Race/Ethnicity: | Caucasian |

**B.  EDUCATIONAL BACKGROUND**

1. <u>Academic Degree(s):</u> B.A. and higher; institution name and location; dates attended; date of award. Expand the table as needed.

| Degree (abbreviation) | Institution Name and Location | Dates attended | Year Awarded |
|---|---|---|---|
| B.A. | Macalester College St. Paul, MN | 9/1979 to 5/1983 | 1983 |
| Scientiæ Magister (S.M.) | Massachusetts Institute of Technology Cambridge, MA | 9/1985 to 6/1991 | 1989 |
| Ph.D. | Massachusetts Institute of Technology Cambridge, MA | 9/1985 to 6/1991 | 1991 |

2. <u>Post-doctoral training (include residency/fellowships):</u> In chronological order beginning with post-doctoral training positions; include full titles, ranks and inclusive dates held. Expand the tables as needed.
   **N/A**

3. <u>Continuing Medical Education Courses/Certificates</u>
   **N/A**

4. <u>Other Educational Experiences</u>
   **N/A**

**C.  LICENSURE, BOARD CERTIFICATION, MALPRACTICE**

1. <u>Licensure:</u> Every physician appointed to the Hospital staff, except interns, and aliens in the US via non-immigrant visas, must have a New York State license or a temporary certificate in lieu of the license.
   **N/A**

2. <u>Board Certification</u>
   **N/A**

3. <u>Malpractice Insurance</u>

**N/A**

**D. PROFESSIONAL POSITIONS AND EMPLOYMENT**

1. <u>Academic positions (teaching and research)</u>

| Title | Institution name and location | Dates held |
|---|---|---|
| Assistant Professor of Mathematics and Computer Science | Macalester College St. Paul, MN | 8/1991 to 6/1999 |
| Lecturer of Statistics | University of Auckland Auckland, New Zealand | 1/1994 to 7/1996 |
| Assistant Professor of Biostatistics | Mayo Clinic College of Medicine Rochester, MN | 12/1999 to 7/2001 |
| Associate Professor of Biostatistics | Mayo Clinic College of Medicine Rochester, MN | 7/2001 to 10/2007 |
| Adjunct Associate Professor of Biostatistics | University of Minnesota Minneapolis, MN | 9/2007 to 7/2015 |
| Adjunct Associate Professor | Biomedical Informatics and Computation Biology, University of Minnesota Rochester Rochester, MN | 9/2010 to 7/2015 |
| Professor of Biostatistics | Mayo Clinic College of Medicine | 11/2014 to 7/2015 |
| Professor of Healthcare Policy and Research Tenure awarded (11/2016) | Weill Cornell Medical College New York, NY | 7/2015 to present |

2. <u>Hospital positions (e.g., attending physician)</u>
   **N/A**

3. <u>Other Employment</u>

| Title | Institution name and location | Dates held |
|---|---|---|
| Actuarial Trainee | Minnesota Mutual Life Insurance Company St. Paul, MN | 1983 to 1985 |
| Consultant | AT&T Bell Labs Software Production Research Naperville, IL | 1991 to 1994 |
| Research Associate | Division of Biostatistics, Department of Health Sciences Research, Mayo Clinic Rochester, MN | 1999 to 2002 |
| Senior Research Associate | Division of Biostatistics, Department of Health Sciences Research, Mayo Clinic Rochester, MN | 2002 to 2004 |
| Senior Associate Consultant | Division of Biostatistics, Department of Health Sciences Research, Mayo Clinic Rochester, MN | 2004 to 2007 |

| Senior Associate Consultant | Division of Biomedical Informatics Department of Health Sciences Research, Mayo Clinic Rochester, MN | 2005 to 2007 |
|---|---|---|
| Group Statistician | American College of Surgeons Oncology Group (ACOSOG) Statistics and Data Center Rochester, MN | 2006 to 2014 |
| Chair | Division of Biostatistics, Department of Health Sciences Research, Mayo Clinic Rochester, MN | 2006 to 2008 |
| Consultant | Division of Biostatistics, Department of Health Sciences Research, Mayo Clinic Rochester, MN | 2007 to 2008 |
| Consultant | Division of Biomedical Statistics and Informatics, Department of Health Sciences Research, Mayo Clinic Rochester, MN | 2008 to 2015 |
| Associate Editor | Journal of Clinical Oncology | 2010 to 2017 |
| Deputy Editor | Journal of Clinical Oncology | 2017 to present |
| Consultant | Department of Surgery, Mayo Clinic Rochester, MN | 2012 to 2015 |
| Director of Biostatistics | Alliance Statistics and Data Center Rochester, MN | 2013 to 2015 |
| Division Chief of Biostatistics and Epidemiology | Healthcare Research and Policy Weill Cornell Medical College New York, NY | 07/2015 to present |

## E.   EMPLOYMENT STATUS (current or anticipated)

| Name of Employer(s): Weill Cornell Medical College |
|---|
| Employment Status (choose one, delete the others): Full-time salaried by Weill Cornell |

## F.   INSTITUTIONAL/HOSPITAL AFFILIATION
   **N/A**

## G. PERCENT EFFORT AND INSTITUTIONAL RESPONSIBILITIES

| WCMC ANTICIPATED % EFFORT | (%) | Does the activity involve WCMC students/researchers? (Yes/No) |
|---|---|---|
| TEACHING | 20% | yes |
| CLINICAL | 0% | |
| ADMINISTRATIVE | 40% | no |
| RESEARCH | 40% | yes |
| TOTAL | 100% | |

## H. INSTITUTIONAL RESPONSIBILITIES

1. Teaching (e.g., specific teaching functions, courses taught, dates: For guidance refer to Teaching Metrics table. Report your teaching activities in the 4 areas of teaching shown below. To provide a more detailed teaching report, use the Teaching Activities Report template or Educator Portfolio template (strongly encouraged). Refer to it here as an attachment (e.g., see attached), and attach it to the CV.

| Didactic teaching: (e.g., lectures, continuing medical education courses, grand rounds, professional development programs, seminars, tutorials) | |
|---|---|
| Protocol Development (tutorial leader, Mayo Clinic College of Medicine)<br>Health Sciences Grand Rounds | Dates<br>2008-2012 |

| Mentorship: (e.g., mentor for medical student, graduate student, resident, clinical or postdoctoral research fellow or junior faculty projects; service as graduate student thesis advisor or committee member) | |
|---|---|
| 8 M.S. candidates in the Clinical Research Master's degree program (Mayo Clinic College of Medicine) | Dates<br>2004-2015 |
| Served on five M.S. thesis committees for M.S. candidates in the Clinical Research Master's degree program (Mayo Clinic College of Medicine) | 2004-2015 |
| Thesis advisor to 4 students in the Biomedical Informatics and Computational Biology M.S. degree program | 2012-2015 |

| Clinical teaching: (e.g., teaching in the clinic or hospital including bedside teaching, teaching in the operating room, preceptor in clinic) | |
|---|---|
| | Dates |

| Administrative teaching leadership role: (e.g., residency or fellowship director, course or seminar director or co-director) | |
|---|---|
| Probability and Mathematical Statistics (course director, Macalester College)<br>Introductory Statistics (course director, Macalester College)<br>Mathematical Modeling (course director, Macalester College)<br>Calculus II (course director, Macalester College)<br>Calculus III (course director, Macalester College)<br>Applied Probability (course director, Macalester College)<br>Mathematical Statistics<br>Stochastic Methods in Management Science (course director, University of Auckland) | Dates<br>1991<br>1991, 1992<br>1991, 1992<br>1992<br>1992<br>1992-1998<br>1993-1999<br>1994-1996<br>1994-1996 |

| | |
|---|---|
| Decision Analysis (course director, University of Auckland) | 1994-1996 |
| Data Analysis with R (course director, University of Auckland) | 1994-1995 |
| Statistics Minor Curriculum Development (Macalester College) | 1995-1996 |
| Elementary Statistics (course director, Macalester College) | 1996-1998 |
| Linear Algebra (course director, Macalester College) | 1996 |
| Senior Capstone (course director, Macalester College) | 1997-1999 |
| Applied Multivariate Statistics (course director, Macalester College) | 1998 |
| Differential Equations (course director, Macalester College) | 1998 |
| Experimental Design and Data analysis (course director, Macalester College) | 1998 |
| Introductory Statistical Method I (course director, Mayo Clinic College of Medicine) | 1999 |
| Special Topics in Health Sciences Research (course director, Mayo Clinic College of Medicine) | 2000-2003 |
| Introductory Statistics Methods II (course director, Mayo Clinic College of Medicine) | 2002, 2005 |
|  | 2003-2004 |
|  | 2010, 2011 |
| Clinical Trials (course director, Mayo Clinic College of Medicine) | 2017-present |
| Introduction to Biostatistics (course director, Executive MBA/MS program, Weill Cornell Medicine) | 2018-present |
| Biostatistics I (course director, Biostatistics and Data Science MS program, Weill Cornell Medicine) | |

2. <u>Clinical care (duties, dates:</u> To document clinical activities use the table below or, to document extensive clinical activities use the <u>Clinical Portfolio template</u> (strongly encouraged). Refer to it here as an attachment and attach it to the CV.
   **N/A**

3. <u>Research (duties, dates):</u> Summarize research activities in the table below. Provide key contributions, and annotate key grants and publications or use a <u>Statement of Key Contributions</u>. Refer to it here and attach it to the CV.

| Research Activity / Key Contributions | Dates |
|---|---|
| **See Statement of Key Contributions** | |

4. <u>Administrative Activities (duties, dates):</u> Describe administrative activities in the table below. To document administrative activities more extensively use a supplemental statement, refer to it here and attach it to the CV.

| Administrative Activity | Date |
|---|---|
| Education Committee Member (Health Sciences Research, Mayo Clinic) | 2000 to 2002 |
| Education Committee Chair (Health Sciences Research, Mayo Clinic) | 2002 to 2007 |
| Education Committee Member (Clinical Research Training Program, Mayo Clinic) | 2001 to 2006 |
| Executive Committee Member (Clinical Research Training Program, Mayo Clinic) | 2001 to 2005 |
| Master's Examination Committee Member (Clinical Research Training Program, Mayo Clinic) | 2002 to 2015 |
| Curriculum Committee Chair (Clinical Research Training Program, Mayo Clinic) | 2002 to 2006 |
| Data Safety and Monitoring Board Member (Mayo Clinic Cancer Center) | 2003 to 2006 |
| Clinical Studies Oversight Committee Member (Mayo Clinic Cancer Center) | 2003 to 2006 |
| Neuro-Oncology Executive Committee Member (Mayo Clinic Cancer Center) | 2003 to 2010 |
| Neuro-Oncology Protocol Planning Committee Member (Mayo Clinic Cancer Center) | 2003 to 2007 |
| Education Committee Member (Mayo Graduate School) | 2004 to 2006 |
| Executive Committee Member (Department of Health Sciences Research, Mayo Clinic) | 2004 to 2008 |
| Education Programs Curriculum Committee Member (Center for Translational Activities, Mayo Clinic) | 2006 to 2008 |
| Division Chair (Division of Biostatistics, Health Sciences Research, Mayo Clinic) | 2006 to 2008 |
| Peer Review Research Committee Member (Department of Surgery, Mayo Clinic) | 2011 to 2015 |
| Research Executive Committee Member (Department of Surgery, Mayo Clinic) | 2011 to 2015 |

| Research Committee Member (Department of Surgery, Mayo Clinic) | 2011 to 2015 |
| Data Safety and Monitoring Board Member (Department of Surgery, Mayo Clinic) | 2012 to 2015 |
| Division Chief for Healthcare Policy & Research | 2015 to present |
| Healthcare Policy & Research Promotions Committee Member | 2015 to present |
| Weill Cornell Medicine Data Safety and Monitoring Board (alternative) Co-Chair | 2017 to present |
| Weill Cornell Committee of Review | 2018 to present |

## I.  RESEARCH SUPPORT

Summarize **Past Research** Support:

| | |
|---|---|
| 1. | The Mayo Clinic Research Training Program funded by National Center for Research Resources (K30 RR 22296) from 06/1999 to 09/206 ; role: Associate Director |
| 2. | Risk Factors for Venous Thromboembolism in the Community funded by NHLBI (R01 HL 66216) from 04/2001 to 04/2005; role: Co-investigator |
| 3. | Angiotensin-II Blockade in Mitral Regurgitation funded by NHLBI (R01 HL 64928) fron 04/2001 to 03/2005; role: Co-investigator |
| 4. | Core 1: Statistical and Administrative Core in: Gene Therapy for Vaso-occlusive disease funded by NHLBI (P01 HL 66958) from 09/2001 to 08/2008; role: Co-investigator |
| 5. | Core B: Study Design and Analysis Core in: Molecular Markers of Glioma Initiation & Progression funded by NCI (P01 CA 85799) from 06/2001 to 05/2006; role: Principal Investigator |
| 6. | GSK-3 and Associated Pathways in PNET funded by NINDS (R01 NS 40794) from 07/2002 to 11/2005; role: Collaborator |
| 7. | Mitochondria and surgical myopreservation in aging funded by NIA (R01 AG 21201) from 09/2002 to 08/2008; role: Consultant |
| 8. | Heart Failure in the Community funded by NHLBI ((R01 HL 72435) from 01/2003 to 06/2007; role: Co-investigator |
| 9. | Flavopiridol as a Potential Therapy in Multiple Myeloma funded by NCI (R01 CA 98118) funded from 07/2003 to 06/2008; role: Co-investigator |
| 10. | MAGE-A3/HPV 16 Peptide Vaccines for Head and Neck Cancer funded by the NIDCR (R01 DE 15324) from 04/2004 to 12/2004; role: Co-investigator |
| 11. | Xenograft Model for Studying Amplified EGFR in GBM funded by NCI (R01 NS 49720) from 08/2004 to 05/2006; role: Co-investigator |
| 12. | Brain Tumor  SPORE – Core B – Biostatistics funded by NCI (P50CA 108961) from 09/2004 to 08/2014; role: Core Director |
| 13. | Global Differential Expression Profiling During Sudden Tumor Progression Using the Tumor Dedifferentiation Phenomenon as a Model funded by Mayo Clinic Foundation (CR20) from 04/2006 to 06/2010; role: Co-investigator |
| 14. | Measles Virotherapy for Glioblastoma Multiforme funded by NCI (R21 CA 123839) from 08/2006 to 07/2010; role: Co-investigator |
| 15. | Utility of Serum and Tissue Biomarkers for Predicting Response to Androgen Deprivation Therapy in the Population of Men with Rising PSA Following Definitive Treatment in: SPORE in Prostate Cancer funded by NCI (P50 CA 91956) from 09/2006 to 08/2013 ; role: Co-investigator |
| 16. | SPORE in Prostate Cancer—Biostatistics Core funded by NCI (P50 CA 91956) from 09/2006 to 08/2013; role: Core Director |
| 17. | Statistical Responsibilities for American College Of Surgical Oncology Group (ACOSOG) funded by NCI (U10 CA 76001) with subcontract to Mayo from 03/2006 to 11/2014; role: Principal Investigator |
| 18. | Epigenetic regulation of temozolomide responsiveness in glioblastoma funded by NCI (R01 CA 127716) from 01/2008 to 12/2012; role: Co-Investigator |
| 19. | Correlative Science and Imaging Analysis for Z1031 funded by Breast Cancer Research Foundation (WU-09-200) with subcontract to Mayo fro m10/2008 to 09/2009; role: Principal Investigator |
| 20. | A phase III randomized Double Blind study of Adjuvant ST1571 (Gleevee) versus Placebo in patients following the Resection of primary gastrointestinal Stromal Tumor (GIST) funded by Novartis from 12/2008 to 06/2009; role: Principal Investigator |
| 21. | Mayo Comprehensive Cancer Center Grant funded by NCI (P30CA 15083) from 03/2009 to 07/2015; role: Statistician |
| 22. | Novel Biomarkers for Aromatase Inhibitor Therapy funded by NCI (R01 CA 95614) from 04/2009 to 12/2011; |

| | |
|---|---|
| | role: Principal Investigator |
| 23. | Optimizing Measles Virotherapy in the Treatment of Gliomas funded by NCI (R01CA 140620) from 07/2009 to 03/2011; role: Co-investigator |
| 24. | ACOSOG Community Clinical Oncology Program (CCOP) Research Base funded by NCI (U10CA 149950) from 06/2010 to 07/2014; role: Co-investigator |
| 25. | Treatment patterns of patients with newly diagnosed malignant primary brain tumors funded by Monteris Medical from 09/2010 to 08/2011; role: Principal Investigator |
| 26. | Statistical Responsibilities for American College Of Surgical Oncology Group (ACOSOG) in: Industry Supplement of Statistical Responsibilities for American College Of Surgical Oncology Group (ACOSOG) funded by Duke Clinical Research Institute from 12/2010 to 11/2011; role: Principal Investigator |
| 27. | N1037 P95HER2 expression in metastatic breast cancer patients treated with trastuzumab on N0337 and NCCTG 98-32-52 funded by BioTheranostics/BioMerieux from 10/2011 to 3/2012; role: Co-investigator |
| 28. | Part 1 N9831F-NCCTG-ICSC Validation study of Quantitative Single Gene Assessment of HER2 mRNA by qRT-PCR and Development and Testing of New HER2 Multi-Gene Signature funded by Genomic Health, Inc. from 04/2012 to 05/2015; role: co-Principal Investigator |
| 29. | Therapeutic Strategy to Slow Progression of Calcific Aortic Valve Stenosis funded by National Center for Advancing Translational Sciences (UH2TR 000954) fro 06/2013 to 07/2015; role: Co-investigator |
| 30. | Patient Centered:  Risk Stratified Surveillance After Curative Research of Colorectal Cancer funded by a subcontract from a PCORI grant (CE-1304-6855) from 03/2014 to 07/2015; role: Principal Investigator |
| 31. | Post-Treatment Surveillance in Breast Cancer:  Bringing CER to the Alliance funded by a subcontract from a PCORI grant (CE-1304-6543) from 03/2014 to 07/2015; role: Principal Investigator |
| 32. | Statistics and Data Center for the Alliance for Clinical Trials in Oncology funded by NCI (U10CA 180882) from 04/2014 to 07/2015; role: Co-investigator |
| 33. | Alliance NCORP Research Base funded by NCI (UG1CA 189823) from 08/2014 to 07/2015; role: Co-investigator |
| 34. | Improving How We Predict Toxicity for Older Women with Breast Cancer funded by Susan G. Komen Breast Cancer Foundation from 10/2014 to 09/2017; role: Principal Investigator (subsite) |
| 35. | Sarcoma Foundation from 11/2015 to 05/2017; role: Principal Investigator |
| 36. | Clinical and Translational Science Center (2UL1 TR000457) funded by NIH from 06/01/12 to 05/31/17; role: Co-Investigator |
| 37. | SPECs Grant in Lung Cancer (U01CA 157715) funded by NCI from 07/2012 to 06/2018; role: PI of a subcontract |
| 38. | Sarcoma SPORE—Biostatistics Core funded by NCI (5U54CA 168512) from 09/2016 to 08/2018; role: Core Director |
| 39. | Prostate Cancer Foundation study funded from 07/2017 to 08/2018; role: co-investigator |

For **Current extramural and intramural research funding**, provide the following for each award:

1. Source, amount, and duration of support (dates)
2. Name of Principal Investigator
3. Individual's role in project, including percentage (%) effort

**Current Research Support** (duplicate table as needed):

| | |
|---|---|
| Source | NCI (CA180882) subcontract Alliance |
| Amount | $172029 |
| Duration | 04/2018 to 02/2023 |
| Principal Investigator | Mandrekar |
| Your Role in Project | Co-investigator (PI of the subcontract to WCMC) |
| % Effort | 40% |

| | |
|---|---|
| Source | SU2C |
| Amount | $13,515 |
| Duration | 08/2017 – 06/2020 |

| Principal Investigator | Cantley |
| --- | --- |
| Your Role in Project | Co- Investigator |
| % Effort | 5% |

| Source | National Institutes of Health 1UL1TR002384-01 |
| --- | --- |
| Amount | $5,319,707 |
| Duration | 09/2017 to 06/2022 |
| Principal Investigator | Imperato-Mcginley |
| Your Role in Project | Co-Investigator |
| % Effort | 6% |

| Source | Department of Defense (Subcontract with Duke University, W81XWH-17-1-0372) |
| --- | --- |
| Amount | $170,266 |
| Duration | 11/2017 to 10/2020 |
| Principal Investigator | Harpole |
| Your Role in Project | Principal Investigator (Subsite) |
| % Effort | 10% |

| Source | National Institutes of Health (P50 CA211024-01A1) |
| --- | --- |
| Amount | $134,759 |
| Duration | 07/2017 to 06/2022 |
| Principal Investigator | Rubin |
| Your Role in Project | Computational Biology and Biostatistics Core Director |
| % Effort | 3% |

| Source | Bill and Melinda Gates Foundation |
| --- | --- |
| Amount | $89,116 |
| Duration | 11/2016 to 05/2020 |
| Principal Investigator | Lee |
| Your Role in Project | Investigator |
| % Effort | 2% |

| Source | NIMH, ALACRITY for late- and Mid-Life Mood Disorders (P50 MH113838) |
| --- | --- |
| Amount | $1,014,850 |
| Duration | 09/2016 to 08/2021 |
| Principal Investigator | Alexopoulos |
| Your Role in Project | Investigator |
| % Effort | 5% |

| Source | NIH, Biomarkers of taxane chemotherapy response/resistance in prostate cancer (R21 CA216800-01A1) |
| --- | --- |
| Amount | $130,500 |
| Duration | 04/2018 to 03/2020 |
| Principal Investigator | Giannakakou |
| Your Role in Project | Investigator |
| % Effort | 2% |

| Source | Department of Defense, Molecular and clinical correlates with prostate-specific membrane antigen (PSMA)-targeted radionuclide therapy (W81XWH-17-PCRP-IA) |
|---|---|
| Amount | $72,380 |
| Duration | 07/2018 to 06/2021 |
| Principal Investigator | Tagawa/Beltran/Bander |
| Your Role in Project | Investigator |
| % Effort | 2% |

| Source | NIH/NCI, Mechanism-based Targeting of Mantle Cell Lymphoma (P01 CA2144274-01A1) |
|---|---|
| Amount | $1,166,145 |
| Duration | 09/2018 to 08/2023 |
| Principal Investigator | Chen-Kiang |
| Your Role in Project | Core Leader |
| % Effort | 8% |

| Source | NIH, The human distal airway aging project (U01HL145561) |
|---|---|
| Amount | $5,688 |
| Duration | 01/19-12/2024 |
| Principal Investigator | Shaykhiev |
| Your Role in Project | Biostatistician |
| % Effort | 3% |

## J. EXTRAMURAL PROFESSIONAL RESPONSIBILITIES
i.e. – Journal Reviewer, Editorial Boards, Study Sections, Invited Presentations

| Activity / Responsibility | Dates |
|---|---|
| Reviewer<br>The American Math Monthly | 1991 to 1999 |
| Gender and Ethnic Division Committee Member<br>North Central Cancer Treatment Group | 2002 to 2005 |
| Neuro-Oncology Committee Member<br>North Central Cancer Treatment Group | 2002 to 2006 |
| Reviewer<br>The American Statistician | 1994 to 1999 |
| Editorial board member<br>Journal of Statistics Education | 1998 to 2003 |
| Reviewer<br>Mayo Clinic Proceedings | 2001 to 2004 |
| Reviewer<br>Circulation | 2003 to 2006 |
| NCI Review Panel Member<br>Consortium Therapeutic Studies of Primary Central Nervous System Malignancies in Adults | 2003, 2008 |
| Reviewer<br>Bioinformatics | 2004 to present |
| NCI Study Section ad hoc Member<br>Scientific Review Group Subcommittee H-Clinical | 2004, 2007, 2008 |
| Reviewer<br>Cancer Research | 2004 to present |

| | |
|---|---|
| Editorial Board<br>Neuro-Oncology | 2005 to 2014 |
| Reviewer<br>American Journal of Gastroenterology | 2005 to 2006 |
| Review Panel Member<br>Academic Public-Private Partnership Program (AP4) | 2005 |
| NCI-Avon Foundation Review Panel Member<br>PFP Awards Program | 2005 to 2006 |
| NCI Review Panel Member<br>Advanced Proteomic Platforms and Computation Sciences for the NCI Clinical<br>Proteomic Technologies Initiative Review Panel | 2006 |
| Executive Committee Member<br>American College of Surgeons Oncology Group | 2006 to 2012 |
| NCI Committee Member<br>Breast Cancer Intergroup Committee | 2007 to 2009 |
| NCI Committee Member<br>Breast Cancer Intergroup Correlative Sciences Committee | 2008 to 2009 |
| NCI Study Section Member<br>Scientific Review Group Subcommittee H-Clinical | 2009 to 2012 |
| NCI Steering Committee Member<br>Gastrointestinal Stromal Tumor Working Group | 2009 to 2013 |
| NCI Steering Committee Member<br>Brain Malignancies | 2009 to present |
| NCI Review Panel Member<br>Novel Methodologies | 2006 |
| Data Monitoring Committee Member<br>American College of Surgeons Oncology Group | 2006 to 2011 |
| Breast Cancer Committee Lead Statistician<br>American College of Surgeons Oncology Group | 2006 to 2011 |
| Reviewer<br>Biometrics | 2006 |
| NIAID Review Panel Member<br>Cooperative Study Group for Autoimmune Disease Prevention | 2006 |
| Clinical Scientific Review Committee Member<br>American College of Surgeons Oncology Group | 2006 to 2011 |
| Reviewer<br>International Journal of Cancer | 2006 to present |
| NICHHD Review Panel Member<br>Obstetrical Pharmacology Research Network-Data Coordination and Analyses<br>Center (OPRU-DCAC) | 2007 |
| Canada Cancer Society Review Panel<br>Grant Application Review | 2007 |
| Editorial Board<br>Journal of Clinical Oncology | 2007 to 2010 |
| NIAID Review Panel Member<br>Proteomics Centers for Infectious Diseases and Biodefense | 2008 |
| NIDDK Review Panel Member<br>Hepatitis B Clinical Research Network (U01) | 2008 |
| NIH Review Panel Member<br>Data Management and Coordinating Center DMCC for the Rare Diseases Clinical<br>Research Network (RDCRN) | 2008 |
| NIDDK Review Panel Member<br>Multi-disciplinary Approach to the Study of Chronic Pelvic Pain (MAPP) Research<br>Network (U01) | 2008 |
| Data Monitoring Committee Member<br>Astra-Zeneca Phase III Trial | 2008 to 2012 |
| Reviewer<br>EURASIP Journal on Bioinformatics and Systems Biology | 2008 to present |
| NCI Committee Member | 2008 to 2009 |

| | |
|---|---|
| Clinical Trials Advisory Committee, Operational Efficiencies Working Group | |
| NICHHD Review Panel Member<br>Best Pharmaceuticals for Children Act Data Coordinating Center | 2009 |
| MN Partnership for Biotechnology and Medical Genomics Review Panel Member<br>Scientific review of grant proposals | 2009 |
| NIDA Review Panel Member<br>Data and Statistics Center for NIDA Clinical Trials Network | 2009 |
| Thoracic Cancer Committee Lead Statistician<br>American College of Surgeons Oncology Group | 2009 to 2011 |
| Reviewer<br>British Journal of Cancer | 2009 to present |
| Reviewer<br>Clinical Trials | 2009 to present |
| Reviewer<br>Plos1 | 2009 to present |
| NCI Review Panel Member<br>Clinical Proteomic Technologies for Cancer Initiative: Proteome Characterization Centers | 2010 |
| NICHHD Review Panel Member<br>Pediatric Trials Network | 2010 |
| Review Panel Member<br>National Cancer Institute of Canada | 2010 |
| DOD CDMRP Review Panel Member | 2010 to 2019 |
| Data Monitoring Committee Chair<br>University of Minnesota Iron Study | 2010 to 2014 |
| Data Monitoring Committee Member<br>Eli Lilly 14T-MC-JVBB Trial | 2010 to 2014 |
| Data Monitoring Committee<br>Incyte RESPONSE Trial | 2010 to 2014 |
| Associate Editor<br>Journal of Clinical Oncology | 2010 to 2017 |
| Deputy Editor<br>Journal of Clinical Oncology | 2017 to present |
| Reviewer<br>Nature | 2010, 2013, 2017, 2018 |
| NICHHD Review Panel Member<br>Systematic Review of Neonatal Medicine | 2011 |
| NICHHD Review Panel Member<br>Maintenance of Child Health and Development Studies Name and Address Files | 2011 |
| Dutch Cancer Society Review Panel Member<br>Scientific Grant Review | 2011, 2014, 2015 |
| Reviewer<br>Annals of Surgery | 2011 to present |
| Operations Committee Member<br>Alliance Adult Cancer Cooperative Group | 2011 to 2015 |
| Scientific Concept Peer Review Committee Member<br>Alliance Adult Cancer Cooperative Group | 2011 to 2014 |
| Data Safety Monitoring Board Chair<br>Kanas University PAD in AA Trial | 2011 to 2018 |
| NICHHD Review Panel Member<br>Folic Acid Supplementation and Semen Quality Trial (FAAST) | 2012 |
| NIAID Review Panel Member<br>Pre-Clinical Pharmacology and Toxicology Studies | 2012 |
| NCI Review Panel<br>Pre-clinical Efficacy and Intermediate Endpoint | 2012 |
| NIDA Review Panel<br>Data, Statistics, and Clinical Trial Support for NIDA | 2012, 2014 |
| Cancer in the Elderly Committee Lead Statistician<br>Alliance Adult Cancer Cooperative Group | 2012 to 2015 |

| | |
|---|---|
| NICHHD Review Panel Member<br>Multiple Study Data Coordinating Center for DESPR | 2013 |
| Mayo Clinic Review Panel Member<br>Microbiome Program Clinic Trial Funding | 2013 |
| NICHHD Review Panel Member<br>Further Investigation into the Causes of Stillbirth Concept Clearance | 2013 |
| Publications Committee Member<br>Alliance Adult Cancer Cooperative Group | 2013 to 2016 |
| Neuro-Oncology Committee Lead Statistician<br>Alliance Adult Cancer Cooperative Group | 2013 to present |
| FDA Medical Devices Advisory Committee Member<br>General and Plastic Surgery Devices | 2013 to present |
| Damon Runyon Foundation Review Panel Member<br>Clinical Investigator Award | 2013 to present |
| NCI Brain Malignancies Steering Committee member | 2013 to present |
| NCI Review Panel Member<br>PLCO Secondary Studies Proposals | 2014, 2015 |
| NIAID Review Panel Member<br>Inner City Asthma Consortium (ICAC3) | 2014 |
| Associate Editor<br>Neuro-Oncology | 2014 to 2018 |
| Data Safety and Monitoring Board Committee Member<br>NIDDK | 2014 to present |
| NICHHD Review Panel Member<br>P01 Pre-Natal Microbiome Grant Review | 2015 |
| NIAID Review Panel Member<br>Centers for Medical Countermeasures against Radiation Consortium (U19 | 2015 |
| Cancer Research UK Review Panel Member<br>Biomarker Project Award | 2015 |
| Statistical Associate Editor<br>American Journal of Respiratory and Critical Care Medicine | 2015 to present |
| Independent Data Monitoring Committee Member<br>Ariad Phase II trial of AP26113 in non-small cell lung cancer | 2015 to 2018 |
| NIAMS Technical Evaluation Panel Member<br>Clinical Studies Management and Support | 2016 |
| NIAID Scientific Review Panel Member<br>Asthma and Allergic Diseases Cooperative Research Centers | 2016 |
| NICHD Technical Evaluation Panel Member<br>Best Pharmaceutical for Children Act Data Coordinating Center | 2016 |
| NINDS Scientific Review Panel Member<br>Parkinson's Disease Biomarkers Program | 2016 |
| Cancer Research United Kingdom Review Panel Member<br>Program Project Submission | 2016 |
| Data Safety and Monitoring Board Member<br>The Comparison of Outcomes of Antibiotic Drugs and Appendectomy (CODA)<br>Trial | 2016 to present |
| United States Army Medical Research and Material Command (MRMC) Peer<br>  Review Panel Member | 2016 to 2018 |
| KNOD Study Section Committee Member | 2018 to present |
| Cancer Moonshot Initiative: Human Tumor Atlas Research Centers (U2C) review<br>  panel member | 2018 |
| Clinical Research Training Institute Summer Workshop Faculty Member<br>American Society of Hematology | 2016 to present |
| Cancer LinQ Publications Committee Member | 2016 to present |
| STATS.org Statistical Advisory Board Member | 2016 to present |
| NIH/NIAID Asthma and Allergic Diseases Cooperative Research Centers | 2017 |
| NCI Program Project Grant (P01) Review Committee Member | 2017 |
| Data Safety and Monitoring Board Member | 2017 to present |

| | |
|---|---|
| Clofazimine in the treatment of pulmonary Mycobacterium avium complex (MAC) disease trial | |
| NCI Oncology E Review Panel Member | 2017 |
| ASCO CancerLinQ Research and Publications Committee Member | 2017 to present |
| Conquer Cancer Foundation Grant Selection Committee Member | 2017 to present |
| Independent Data Monitoring Committee Member Takeda Phase III trial of brigatinib in non-small cell lung cancer | 2018 to present |
| NCI Moonshot Initiative, the NCI Human Tumor Atlas Network (HTAN) Review Committee Member | 2018 |
| NCI Breast Cancer Steering Committee Member | 2018 to present |
| NCI Program Project Grant (P01) Review V Committee Member | 2019 |

## K. **PROFESSIONAL MEMBERSHIPS**
Include medical and scientific societies

| Member/Officer/Fellow/Role | Organization | Dates |
|---|---|---|
| Member | Operations Research Society of America | 1990 to 1993 |
| Officer | Operations Research Society of America | 1992 |
| Member | Mathematical Association of America | 1991 to 1997 |
| Officer | American Statistical Association | 2000 to 2003; 2011 to 2013 |
| Member | American Statistical Association | 2000 to present |
| Member | American Society of Clinical Oncology | 2005 to present |
| Member | Society of Neuro-Oncology | 2007 to present |
| Member | International Biometric Society, East North American Region | 2006 to present |
| Officer | International Biometric Society, East North American Region | 2008 to 2011 |
| Member | Society of Clinical Trials | 2008 to present |

## L. **HONORS AND AWARDS**

| Name of award | Date awarded |
|---|---|
| Pi Mu Epsilon (Math honorary) - Macalester College | 1980 |
| Phi Beta Kappa - Macalester College | 1982 |
| Magna Cum Laude - Macalester College | 1983 |
| Academic All-American, Division III Volleyball - Macalester College | 1983 |
| Fredrick Hennie II Teaching Award - Massachusetts Institute of Technology | 1987 |
| Health Sciences Research Distinguished Teaching Award - Mayo Clinic | 2004 |
| Macalester College Distinguished Alumni in Science | 2015 |

## M. **BIBLIOGRAPHY**

1. Articles in professional peer-reviewed journals

1. **Ballman KV**. Greater emphasis on variation in an introductory statistics course. J Statistics Education. 1997; 5(2).

2. Singh M, Nuttall GA, **Ballman KV**, Mullany CJ, Berger PB, Holmes DR Jr, Bell MR. Effect of abciximab on the outcome of emergency coronary artery bypass grafting after failed percutaneous coronary intervention. Mayo Clin Proc. 2001 Aug; 76(8):784-8. PMID:11499816. DOI:10.1016/S0025-6196(11)63221-7.

3. McConnell JP, Branum EL, **Ballman KV**, Lagerstedt SA, Katzmann JA, Jaffe AS. Gender differences in C-reactive protein concentrations - Confirmation with two sensitive methods. Clinical Chemistry & Laboratory Medicine. 2002; 40(1):56-9. PMID:11916271.

4.  Aviles RJ, Wright RS, Aviles JM, McDonald F, **Ballman K**, Harker-Murray A, Scott C, Lauer MS, Kopecky SL, Jaffe AS. Long-term prognosis of patients with clinical unstable angina pectoris without elevation of creatine kinase but with elevation of cardiac troponin I levels. Am J Cardiol. 2002 Oct 15; 90(8):875-8. PMID:12372578.

5.  Brilakis ES, McConnell JP, **Ballman KV**, Klee GG, Berger PB. Lack of association between plasma homocysteine and angiographic coronary artery disease in the era of fortification of cereal grain flour with folic acid. Atherosclerosis. 2002 Dec; 165(2):375-81. PMID:12417290.

6.  Squires RW, Leung TC, Cyr NS, Allison TG, Johnson BD, **Ballman KV**, Wagner JA, Olson LJ, Frantz RP, Edwards BS, Kushwaha SS, Dearani JA, Daly RC, McGregor CG, Rodeheffer RJ. Partial normalization of the heart rate response to exercise after cardiac transplantation: frequency and relationship to exercise capacity. Mayo Clin Proc. 2002 Dec; 77(12):1295-300. PMID:12479515. DOI:10.4065/77.12.1295.

7.  Leung TC, **Ballman KV**, Allison TG, Wagner JA, Olson LJ, Frantz RP, Edwards BS, Dearani JA, Daly RC, McGregor CG, Rodeheffer RJ. Clinical predictors of exercise capacity 1 year after cardiac transplantation. J Heart Lung Transplant. 2003 Jan; 22(1):16-27. PMID:12531409.

8.  Weisberg IS, Park E, **Ballman KV**, Berger P, Nunn M, Suh DS, Breksa AP, Garrow TA, Rozen R. Investigations of a common genetic methyltransferase (BHMT) variant in betaine-homocysteine in coronary artery disease. Atherosclerosis. 2003 Apr; 167(2):205-14. PMID:12818402.

9.  O'Neill BP, Iturria NJ, Link MJ, Pollock BE, **Ballman KV**, O'Fallon JR. A comparison of surgical resection and stereotactic radiosurgery in the treatment of solitary brain metastases. Int J Radiat Oncol Biol Phys. 2003 Apr 1; 55(5):1169-76. PMID:12654423.

10. Takemoto Y, Tanabe K, Chandrasekaran KW, **Ballman KV**, Seward JB, Belohlavek M. Single-plane and biplane echocardiography: Use of targeted scan planes improves the estimates of left ventricular volume and shape for analysis of postinfarction remodeling. J Am Soc Echocardiogr. 2003 May; 16(5):448-56. PMID:12724654.

11. Barretto S, **Ballman KV**, Rooke TW, Kullo IJ. Early-onset peripheral arterial occlusive disease: clinical features and determinants of disease severity and location. Vasc Med. 2003 May; 8(2):95-100. PMID:14518611.

12. Gami AS, Wright RS, **Ballman KV**, Kopecky SL, Hayes SN. Hormone replacement therapy and risk of acute myocardial infarction in postmenopausal women with diabetes mellitus. Am J Cardiol. 2003 May 15; 91(10):1275-7. PMID:12745121.

13. Kanagala R, Murali NS, Friedman PA, Ammash NM, Gersh BJ, **Ballman KV**, Shamsuzzaman ASM, Somers VK. Obstructive sleep apnea and the recurrence of atrial fibrillation. Circulation. 2003 May 27; 107(20):2589-94. PMID:12743002.

14. Brilakis ES, Berger PB, **Ballman KV**, Rozen R. Methylenetetrahydrofolate reductase (MTHFR) 677C>T and methionine synthase reductase (MTRR) 66A>G polymorphisms: association with serum homocysteine and angiographic coronary artery disease in the era of flour products fortified with folic acid. Atherosclerosis. 2003 Jun; 168(2):315-22. PMID:12801615.

15. Michels VV, Olson TM, Miller FA, **Ballman KV**, Rosales AG, Driscoll DJ. Frequency of development of idiopathic dilated cardiomyopathy among relatives of patients with idiopathic dilated cardiomyopathy. Am J Cardiol. 2003 Jun 1; 91(11):1389-92. PMID:12767445.

16. Bunch TJ, White RD, Gersh BJ, Meverden RA, Hodge DO, **Ballman KV**, Hammill SC, Shen WK, Packer DL. Long-term outcomes of out-of-hospital cardiac arrest after successful early defibrillation. N Engl J Med. 2003 Jun 26; 348(26):2626-33. PMID:12826637. DOI:10.1056/NEJMoa023053.

17. Gurevitz OT, Friedman PA, Glikson M, Trusty JM, **Ballman KV**, Rosales AG, Hayes DL, Hammill SC, Swerdlow CD. Discrepancies between the upper limit of vulnerability and defibrillation threshold: Prevalence and clinical predictors. J Cardiovasc Electrophysiol. 2003 Jul; 14(7):728-32. PMID:12930253.

18. Strome SE, Dong H, Tamura H, Voss SG, Flies DB, Tamada K, Salomao D, Cheville J, Hirano F, Lin W, Kasperbauer JL, **Ballman KV**, Chen L. B7-H1 blockade augments adoptive T-cell immunotherapy for squamous cell carcinoma. Cancer Res. 2003 Oct 1; 63(19):6501-5. PMID:14559843.

19. Spotila LD, Jacques PF, Berger PB, **Ballman KV**, Ellison RC, Rozen R. Age dependence of the influence of methylenetetrahydrofolate reductase genotype on plasma homocysteine level. Am J Epidemiol. 2003 Nov 1; 158(9):871-7. PMID:14585765.

20. Aldape KD, **Ballman KV**, Furth A, Buckner JC, Giannin C, Burger PC, Scheithauer BW, Jenkins RB, James CD. Immunohistochemical detection of EGFRvIII in malignant astrocytomas and evaluation of prognostic significance. Journal of Neuropathology and Experimental Neurology. 2004; 63(7):700-707.

21. Gurevitz O, Viskin S, Glikson M, **Ballman KV**, Rosales AG, Shen WK, Hammill SC, Friedman PA. Long-term prognosis of inducible ventricular flutter: not an innocent finding. Am Heart J. 2004 Apr; 147(4):649-54. PMID:15077080.

22. Glikson M, Lipchenca I, Viskin S, **Ballman KV**, Trusty JM, Gurevitz OT, Luria DM, Eldar M, Hammill SC, Friedman PA. Long-term outcome of patients who received implantable cardioverter defibrillators for stable ventricular tachycardia. J Cardiovasc Electrophysiol. 2004 Jun; 15(6):658-64. PMID:15175060.

23. Aldape KD, **Ballman K**, Furth A, Buckner JC, Giannini C, Burger PC, Scheithauer BW, Jenkins RB, James CD. Immunohistochemical detection of EGFRvIII in high malignancy grade astrocytomas and evaluation of prognostic significance. J Neuropathol Exp Neurol. 2004 Jul; 63(7):700-7. PMID:15290895.

24. Kernis SJ, Nkomo VT, Messika-Zeitoun D, Gersh BJ, Sundt TM, **Ballman KV**, Scott CG, Schaff HV, Enriquez-Sarano M. Atrial fibrillation after surgical correction of mitral regurgitation in sinus rhythm - Incidence, outcome, and determinants. Circulation. 2004 Oct 19; 110(16):2320-5. PMID:15477410.

25. Kremers HM, Nicola PJ, Crowson CS, **Ballman KV**, Gabriel SE. Prognostic importance of low body mass index in relation to cardiovascular mortality in rheumatoid arthritis. Arthritis Rheum. 2004 Nov; 50(11):3450-7. PMID:15529378.

26. **Ballman KV**, Grill DE, Oberg AL, Therneau TM. Faster cyclic loess: normalizing RNA arrays via linear models. Bioinformatics. 2004 Nov 1; 20(16):2778-86. PMID:15166021.

27. Brown PD, Petersen IA, Schomberg PJ, Ivnik RJ, Furth AF, **Ballman KV**, Hammack JE, Buckner JC, Shaw EG, Arusell R. Cognitive function after radiotherapy for supratentorial low-grade glioma: a North Central Cancer Treatment Group prospective study. Int J Radiat Oncol Biol Phys. 2005; 58(4):1153-60.

28. Brown P, **Ballman K**, Rummans T, Maurer M, Sloan J, Boeve B, Gupta L, Tang-Wai D, Arusell R, Clark M, Buckner J. Prospective study of quality of life in adults with newly diagnosed high-grade glioma: A North Central Cancer Treatment Group trial. J Neuro-Oncol. 2005; 57(3);495-504.

29. Kitange G, Misra A, Law M, Passe S, Kollmeyer TM, Maurer M, **Ballman K**, Feuerstein BG, Jenkins RB. Chromosomal imbalances detected by array comparative genomic hybridization in human oligodendrogliomas and mixed oligoastrocytomas. Genes Chromosomes Cancer. 2005 Jan; 42(1):68-77.

30. Abraham RS, **Ballman KV**, Dispenzieri A, Grill DE, Manske MK, Price-Troska TL, Paz NG, Gertz MA, Fonseca R. Functional gene expression analysis of clonal plasma cells identifies a unique molecular profile for light chain amyloidosis. Blood. 2005 Jan 15; 105(2):794-803. PMID:15388584.

31. Gurevitz OT, Ammash NM, Malouf JF, Chandrasekaran K, Rosales AG, **Ballman KV**, Hammill SC, White RD, Gersh BJ, Friedman PA. Comparative efficacy of monophasic and biphasic waveforms for transthoracic cardioversion of atrial fibrillation and atrial flutter. Am Heart J. 2005 Feb; 149(2):316-21. PMID:15846271. DOI:10.1016/j.ahj.2004.07.007.

32. Maradit-Kremers H, Crowson CS, Nicola PJ, **Ballman KV**, Roger VL, Jacobsen SJ, Gabriel SE. Increased unrecognized coronary heart disease and sudden deaths in rheumatoid arthritis-a population-based cohort study. Arthritis Rheum. 2005 Feb; 52(2):402-11. PMID:15693010.

33. Nicola PJ, Maradit-Kremers H, Roger VL, Jacobsen SJ, Crowson CS, **Ballman KV**, Gabriel SE. The risk of congestive heart failure in rheumatoid arthritis-a population-based study over 46 years. Arthritis Rheum. 2005 Feb; 52(2):412-20. PMID:15692992.

34. Maradit-Kremers H, Nicola PJ, Crowson CS, **Ballman KV**, Gabriel SE. Cardiovascular death in rheumatoid arthritis: a population-based study. Arthritis Rheum. 2005 Mar; 52(3):722-32. PMID:15751097.

35. Yang P, Kollmeyer TM, Buckner K, Bamlet W, **Ballman KV**, Jenkins RB. Polymorphisms in GLTSCR1 and ERCC2 are associated with the development of oligodendrogliomas. Cancer. 2005 Jun 1; 103(11):2363-72. PMID:15834925. DOI:10.1002/cncr.21028.

36. Galanis E, Buckner JC, Maurer MJ, Kreisberg JI, **Ballman K**, Boni J, Peralba JM, Jenkins RB, Dakhil SR, Morton RF, Jaeckle KA, Scheithauer BW, Dancey J, Hidalgo M, Walsh DJ, North Central Cancer Treatment Group. Phase II trial of temsirolimus (CCI-779) in recurrent glioblastoma multiforme: a North Central Cancer Treatment Group Study. J Clin Oncol. 2005 Aug 10; 23(23):5294-304. Epub 2005 Jul 05. PMID:15998902. DOI:10.1200/JCO.2005.23.622.

37. Brown PD, Maurer MJ, Rummans TA, Pollock BE, **Ballman KV**, Sloan JA, Boeve BF, Arusell RM, Clark MM, Buckner JC. A prospective study of quality of life in adults with newly diagnosed high-grade gliomas: the impact of the extent of resection on quality of life and survival. Neurosurgery. 2005 Sep; 57(3):495-504; discussion 495-504. PMID:16145528.

38. Crowson CS, Nicola PJ, Maradit Kremers H, O'Fallon WM, Therneau TM, Jacobsen SJ, Roger VL, **Ballman KV**, Gabriel SE. How much of the increased incidence of heart failure in rheumatoid arthritis is attributable to traditional cardiovascular risk factors and ischemic heart disease? Arthritis Rheum. 2005 Oct; 52(10):3039-44. PMID:16200583.

39. Laack NN, Brown PD, Ivnik RJ, Furth AF, **Ballman KV**, Hammack JE, Arusell RM, Shaw EG, Buckner JC. Cognitive function after radiotherapy for supratentorial low-grade glioma: A North Central Cancer Treatment Group prospective study. Int J Radiat Oncol Biol Phys. 2005 Nov 15; 63(4):1175-83.

40. Miller WL, **Ballman KV**, Hodge DO, Rodeheffer RJ, Hammill SC. Risk factor implications of incidentally discovered uncomplicated bundle branch block. Mayo Clin Proc. 2005 Dec; 80(12):1585-90. PMID:16342651. DOI:10.4065/80.12.1585.

41. Brown PD, Foote RL, McLaughlin MP, Halyard MY, **Ballman KV**, Collie AC, Miller RC, Flemming KD, Hallett JW. A historical prospective cohort study of carotid artery stenosis after radiotherapy for head and neck malignancies. Int J Radiat Oncol Biol Phys. 2005 Dec 1; 63(5):1361-7. Epub 2005 Sep 19. PMID:16169673. DOI:10.1016/j.ijrobp.2005.05.046.

42. Cooper LT, Henderson SS, **Ballman KV**, Offord KP, Tse TS, Holmes DR, Hurt RD. A prospective, case-control study of tobacco dependence in thromboangiitis obliterans (Buerger's Disease). Angiology. 2006 Jan-Feb; 57(1):73-8. PMID:16444459.

43. Nicola PJ, Crowson CS, Maradit-Kremers H, **Ballman KV**, Roger VL, Jacobsen SJ, Gabriel SE. Contribution of congestive heart failure and ischemic heart disease to excess mortality in rheumatoid arthritis. Arthritis Rheum. 2006 Jan; 54(1):60-7. PMID:16385496. DOI:10.1002/art.21560.

44. Brown PD, **Ballman KV**, Rummans TA, Maurer MJ, Sloan JA, Boeve BF, Gupta L, Tang-Wai DF, Arusell RM, Clark MM, Buckner JC. Prospective study of quality of life in adults with newly diagnosed high-grade gliomas. J Neurooncol. 2006 Feb; 76(3):283-91. PMID:16163448. DOI:10.1007/s11060-005-7020-9.

45. Vanaja DK, **Ballman KV**, Morlan BW, Cheville JC, Neumann RM, Lieber MM, Tindall DJ, Young CY. PDLIM4 repression by hypermethylation as a potential biomarker for prostate cancer. Clin Cancer Res. 2006 Feb 15; 12(4):1128-36. PMID:16489065. DOI:10.1158/1078-0432.CCR-05-2072.

46. Jaeckle KA, **Ballman KV**, Rao RD, Jenkins RB, Buckner JC. Current strategies in treatment of oligodendroglioma: evolution of molecular signatures of response. J Clin Oncol. 2006 Mar 10; 24(8):1246-52. PMID:16525179. DOI:10.1200/JCO.2005.04.9874.

47. Witt BJ, **Ballman KV**, Brown RD, Meverden RA, Jacobsen SJ, Roger VL. The incidence of stroke after myocardial infarction: a meta-analysis. Am J Med. 2006 Apr; 119(4):354.e1-9. PMID:16564779. DOI:10.1016/j.amjmed.2005.10.058.

48. Galanis E, Buckner JC, Maurer MJ, Sykora R, Castillo R, **Ballman KV**, Erickson BJ. Validation of neuroradiologic response assessment in gliomas: measurement by RECIST, two-dimensional, computer-assisted tumor area, and computer-assisted tumor volume methods. Neuro Oncol. 2006 Apr; 8(2):156-65. Epub 2006 Mar 02. PMID:16533757. PMCID:1871930. DOI:10.1215/15228517-2005-005.

49. Sarkaria JN, Carlson BL, Schroeder MA, Grogan P, Brown PD, Giannini C, **Ballman KV**, Kitange GJ, Guha A, Pandita A, James CD. Use of an orthotopic xenograft model for assessing the effect of epidermal growth factor receptor amplification on glioblastoma radiation response. Clin Cancer Res. 2006 Apr 1; 12(7 Pt 1):2264-71. PMID:16609043. DOI:10.1158/1078-0432.CCR-05-2510.

50. Marshall NE, **Ballman KV**, Michalak JC, Schomberg PJ, Burton GV, Sandler HM, Cascino TL, Jaeckle KA, Buckner JC. Ototoxicity of cisplatin plus standard radiation therapy vs. accelerated radiation therapy in glioblastoma patients. J Neurooncol. 2006 May; 77(3):315-20. PMID:16273313. DOI:10.1007/s11060-005-9049-1.

51. Witt BJ, Brown RD, Jacobsen SJ, Weston SA, **Ballman KV**, Meverden RA, Roger VL. Ischemic stroke after heart failure: a community-based study. Am Heart J. 2006 Jul; 152(1):102-9. PMID:16824838. DOI:10.1016/j.ahj.2005.10.018.

52. Murillo H, Schmidt LJ, Karter M, Hafner KA, Kondo Y, **Ballman KV**, Vasmatzis G, Jenkins RB, Tindall DJ. Prostate cancer cells use genetic and epigenetic mechanisms for progression to androgen independence. Genes Chromosomes Cancer. 2006 Jul; 45(7):702-16. PMID:16615098. DOI:10.1002/gcc.20333.

53. Krishnan S, Brown PD, **Ballman KV**, Fiveash JB, Uhm JH, Giannini C, Jaeckle KA, Geoffroy FJ, Nabors LB, Buckner JC, North Central Cancer Treatment Group. Phase I trial of erlotinib with radiation therapy in patients with glioblastoma multiforme: results of North Central Cancer Treatment Group protocol N0177. Int J Radiat Oncol Biol Phys. 2006 Jul 15; 65(4):1192-9. Epub 2006 Apr 19. PMID:16626884. DOI:10.1016/j.ijrobp.2006.01.018.

54. Laack NN, **Ballman KV**, Brown PB, O'Neill BP, North Central Cancer Treatment Group. Whole-brain radiotherapy and high-dose methylprednisolone for elderly patients with primary central nervous system lymphoma: Results of North Central Cancer Treatment Group (NCCTG) 96-73-51. Int J Radiat Oncol Biol Phys. 2006 Aug 1; 65(5):1429-39. PMID:16863926. DOI:10.1016/j.ijrobp.2006.03.061.

55. Buckner JC, **Ballman KV**, Michalak JC, Burton GV, Cascino TL, Schomberg PJ, Hawkins RB, Scheithauer BW, Sandler HM, Marks RS, O'Fallon JR, North Central Cancer Treatment Group 93-72-52, Southwest Oncology Group 9503 Trials. Phase III trial of carmustine and cisplatin compared with carmustine alone and standard radiation therapy or accelerated radiation therapy in patients with glioblastoma multiforme: North Central Cancer Treatment Group 93-72-52 and Southwest Oncology Group 9503 Trials. J Clin Oncol. 2006 Aug 20; 24(24):3871-9. PMID:16921039. DOI:10.1200/JCO.2005.04.6979.

56. Oberg AL, Mahoney DW, **Ballman KV**, Therneau TM. Joint estimation of calibration and expression for high-density oligonucleotide arrays. Bioinformatics. 2006 Oct 1; 22(19):2381-7. Epub 2006 Jul 28. PMID:16877757. DOI:10.1093/bioinformatics/btl399.

57. Jenkins RB, Blair H, **Ballman KV**, Giannini C, Arusell RM, Law M, Flynn H, Passe S, Felten S, Brown PD, Shaw EG, Buckner JC. A t(1;19)(q10;p10) mediates the combined deletions of 1p and 19q and predicts a better prognosis of patients with oligodendroglioma. Cancer Res. 2006 Oct 15; 66(20):9852-61. PMID:17047046. DOI:10.1158/0008-5472.CAN-06-1796.

58. Babovic-Vuksanovic D, **Ballman K**, Michels V, McGrann P, Lindor N, King B, Camp J, Micic V, Babovic N, Carrero X, Spinner R, O'Neill B. Phase II trial of pirfenidone in adults with neurofibromatosis type 1. Neurology. 2006 Nov 28; 67(10):1860-2. Epub 2006 Oct 11. PMID:17035676. DOI:10.1212/01.wnl.0000243231.12248.67.

59. Brown PD, Jensen AW, Felten SJ, **Ballman KV**, Schaefer PL, Jaeckle KA, Cerhan JH, Buckner JC. Detrimental effects of tumor progression on cognitive function of patients with high-grade glioma. J Clin Oncol. 2006 Dec 1; 24(34):5427-33. PMID:17135644. DOI:10.1200/JCO.2006.08.5605.

60. Maradit-Kremers H, Nicola PJ, Crowson CS, **Ballman KV**, Jacobsen SJ, Roger VL, Gabriel SE. Raised erythrocyte sedimentation rate signals heart failure in patients with rheumatoid arthritis. Ann Rheum Dis. 2007 Jan; 66(1):76-80. Epub 2006 Jul 03. PMID:16818462. PMCID:1798392. DOI:10.1136/ard.2006.053710.

61. Mercader M, Sengupta S, Bodner BK, Manecke RG, Cosar EF, Moser MT, **Ballman KV**, Wojcik EM, Kwon ED. Early effects of pharmacological androgen deprivation in human prostate cancer. BJU Int. 2007 Jan; 99(1):60-7. PMID:17227493. DOI:10.1111/j.1464-410X.2007.06538.x.

62. **Ballman KV**, Buckner JC, Brown PD, Giannini C, Flynn PJ, LaPlant BR, Jaeckle KA. The relationship between six-month progression-free survival and 12-month overall survival end points for phase II trials in patients with glioblastoma multiforme. Neuro Oncol. 2007 Jan; 9(1):29-38. Epub 2006 Nov 15 PMID:17108063. PMCID:1828103. DOI:10.1215/15228517-2006-025.

63. Davis JM 3rd, Maradit Kremers H, Crowson CS, Nicola PJ, **Ballman KV**, Therneau TM, Roger VL, Gabriel SE. Glucocorticoids and cardiovascular events in rheumatoid arthritis: a population-based cohort study. Arthritis Rheum. 2007 Mar; 56(3):820-30. PMID:17330254.

64. Meyers BF, Downey RJ, Decker PA, Keenan RJ, Siegel BA, Cerfolio RJ, Landreneau RJ, Reed CE, Balfe DM, Dehdashti F, **Ballman KV**, Rusch VW, Putnam JB Jr, American College of Surgeons Oncology Group Z0060. The utility of positron emission tomography in staging of potentially operable carcinoma of the thoracic esophagus: results of the American College of Surgeons Oncology Group Z0060 trial. J Thorac Cardiovasc Surg. 2007 Mar; 133(3):738-45. PMID:17320575.

65. Majumdar R, Miller DV, **Ballman KV**, Unnikrishnan G, McKellar SH, Sarkar G, Sreekumar R, Bolander ME, Sundt TM 3rd. Elevated expressions of osteopontin and tenascin C in ascending aortic aneurysms are associated with trileaflet aortic valves as compared with bicuspid aortic valves. Cardiovasc Pathol. 2007 May-Jun; 16(3):144-50. Epub 2007 Feb 21. PMID:17502243. DOI:10.1016/j.carpath.2006.12.001.

66. Pelloski CE, **Ballman KV**, Furth AF, Zhang L, Lin E, Sulman EP, Bhat K, McDonald JM, Yung WK, Colman H, Woo SY, Heimberger AB, Suki D, Prados MD, Chang SM, Barker FG, Buckner JC, James CD, Aldape K. Epidermal growth factor receptor variant III status defines clinically distinct subtypes of glioblastoma. J Clin Oncol. 2007 Jun 1; 25(16):2288-94. PMID:17538175. DOI:10.1200/JCO.2006.08.0705.

67. Schmidt LJ, **Ballman KV**, Tindall DJ. Inhibition of fatty acid synthase activity in prostate cancer cells by dutasteride. Prostate. 2007 Jul 1; 67(10):1111-20. PMID:17477363. DOI:10.1002/pros.20602.

68. Witt BJ, Gami AS, **Ballman KV**, Brown RD Jr, Meverden RA, Jacobsen SJ, Roger VL. The incidence of ischemic stroke in chronic heart failure: a meta-analysis. J Card Fail. 2007 Aug; 13(6):489-96. PMID:17675064. DOI:10.1016/j.cardfail.2007.01.009.

69. Buckner JC, O'Fallon JR, Dinapoli RP, Schomberg PJ, Farr G, Schaefer P, Giannini C, Scheithauer BW, **Ballman KV**. Prognosis in patients with anaplastic oligoastrocytoma is associated with histologic grade. J Neurooncol. 2007 Sep; 84(3):279-86. Epub 2007 Apr 13. PMID:17431544. DOI:10.1007/s11060-007-9370-y.

70. Locke DE, Decker PA, Sloan JA, Brown PD, Malec JF, Clark MM, Rummans TA, **Ballman KV**, Schaefer PL, Buckner JC. Validation of single-item linear analog scale assessment of quality of life in neuro-oncology patients. J Pain Symptom Manage. 2007 Dec; 34(6):628-38. Epub 2007 Aug 20. PMID:17703910. PMCID:2732111. DOI:10.1016/j.jpainsymman.2007.01.016.

71. Therneau TM, **Ballman KV**. What does PLIER really do? Cancer Inform. 2008; 6:423-31. Epub 2008 Aug 27. PMID:19259420. PMCID:2623311.

72. Nakagawa T, Kollmeyer TM, Morlan BW, Anderson SK, Bergstralh EJ, Davis BJ, Asmann YW, Klee GG, **Ballman KV**, Jenkins RB. A tissue biomarker panel predicting systemic progression after PSA recurrence

post-definitive prostate cancer therapy. PLoS One. 2008; 3(5):e2318. Epub 2008 May 28. PMID:18846227. PMCID:2565588. DOI:10.1371/journal.pone.0002318.

73. Gonzalez A, Maradit Kremers H, Crowson CS, **Ballman KV**, Roger VL, Jacobsen SJ, O'Fallon WM, Gabriel SE. Do cardiovascular risk factors confer the same risk for cardiovascular outcomes in rheumatoid arthritis patients as in non-rheumatoid arthritis patients? Ann Rheum Dis. 2008 Jan; 67(1):64-9. Epub 2007 May 21. PMID:17517756. DOI:10.1136/ard.2006.059980.

74. Brown PD, Decker PA, Rummans TA, Clark MM, Frost MH, **Ballman KV**, Arusell RM, Buckner JC. A prospective study of quality of life in adults with newly diagnosed high-grade gliomas: comparison of patient and caregiver ratings of quality of life. Am J Clin Oncol. 2008 Apr; 31(2):163-8. PMID:18391601. DOI:10.1097/COC.0b013e318149f1d3.

75. McCollum AK, TenEyck CJ, Stensgard B, Morlan BW, **Ballman KV**, Jenkins RB, Toft DO, Erlichman C. P-Glycoprotein-mediated resistance to Hsp90-directed therapy is eclipsed by the heat shock response. Cancer Res. 2008 Sep 15; 68(18):7419-27. PMID:18794130. PMCID:2695926. DOI:10.1158/0008-5472.CAN-07-5175.

76. **Ballman KV**. Genetics and genomics: gene expression microarrays. Circulation. 2008 Oct 7; 118(15):1593-7. PMID:18838575. DOI:10.1161/CIRCULATIONAHA.107.714600.

77. Cooper LT Jr, Hare JM, Tazelaar HD, Edwards WD, Starling RC, Deng MC, Menon S, Mullen GM, Jaski B, Bailey KR, Cunningham MW, Dec GW, Giant Cell Myocarditis Treatment Trial Investigators. Usefulness of immunosuppression for giant cell myocarditis. Am J Cardiol. 2008 Dec 1; 102(11):1535-9. Epub 2008 Sep 18. PMID:19026310. PMCID:2613862. DOI:10.1016/j.amjcard.2008.07.041.

78. Kitange GJ, Carlson BL, Mladek AC, Decker PA, Schroeder MA, Wu W, Grogan PT, Giannini C, **Ballman KV**, Buckner JC, James CD, Sarkaria JN. Evaluation of MGMT promoter methylation status and correlation with temozolomide response in orthotopic glioblastoma xenograft model. J Neurooncol. 2009 Mar; 92(1):23-31. Epub 2008 Nov 15. PMID:19011762. PMCID:2790867. DOI:10.1007/s11060-008-9737-8.

79. Dematteo RP, **Ballman KV**, Antonescu CR, Maki RG, Pisters PW, Demetri GD, Blackstein ME, Blanke CD, von Mehren M, Brennan MF, Patel S, McCarter MD, Polikoff JA, Tan BR, Owzar K, American College of Surgeons Oncology Group (ACOSOG) Intergroup Adjuvant GIST Study Team. Adjuvant imatinib mesylate after resection of localised, primary gastrointestinal stromal tumour: a randomised, double-blind, placebo-controlled trial. Lancet. 2009 Mar 28; 373(9669):1097-104. Epub 2009 Mar 18. PMID:19303137. PMCID:2915459. DOI:10.1016/S0140-6736(09)60500-6.

80. Heemers HV, Regan KM, Schmidt LJ, Anderson SK, **Ballman KV**, Tindall DJ. Androgen modulation of coregulator expression in prostate cancer cells. Mol Endocrinol. 2009 Apr; 23(4):572-83. Epub 2009 Jan 22. PMID:19164447. PMCID:2667711. DOI:10.1210/me.2008-0363.

81. Wrensch M, Jenkins RB, Chang JS, Yeh RF, Xiao Y, Decker PA, **Ballman KV**, Berger M, Buckner JC, Chang S, Giannini C, Halder C, Kollmeyer TM, Kosel ML, LaChance DH, McCoy L, O'Neill BP, Patoka J, Pico AR, Prados M, Quesenberry C, Rice T, Rynearson AL, Smirnov I, Tihan T, Wiemels J, Yang P, Wiencke JK. Variants in the CDKN2B and RTEL1 regions are associated with high-grade glioma susceptibility. Nat Genet. 2009 Aug; 41(8):905-8. Epub 2009 Jul 05. PMID:19578366. PMCID:2923561. DOI:10.1038/ng.408.

82. Carlson BL, Grogan PT, Mladek AC, Schroeder MA, Kitange GJ, Decker PA, Giannini C, Wu W, **Ballman KV**, James CD, Sarkaria JN. Radiosensitizing effects of temozolomide observed in vivo only in a subset of O6-methylguanine-DNA methyltransferase methylated glioblastoma multiforme xenografts. Int J Radiat Oncol Biol Phys. 2009 Sep 1; 75(1):212-9. PMID:19695438. PMCID:2773462. DOI:10.1016/j.ijrobp.2009.04.026.

83. Drucker KL, Kitange GJ, Kollmeyer TM, Law ME, Passe S, Rynearson AL, Blair H, Soderberg CL, Morlan BW, **Ballman KV**, Giannini C, Jenkins RB. Characterization and gene expression profiling in glioma cell lines with deletion of chromosome 19 before and after microcell-mediated restoration of normal human chromosome 19. Genes Chromosomes Cancer. 2009 Oct; 48(10):854-64. PMID:19544381. PMCID:3190979. DOI:10.1002/gcc.20688.

84. Jaeckle KA, **Ballman K**, Furth A, Buckner JC. Correlation of enzyme-inducing anticonvulsant use with outcome of patients with glioblastoma. Neurology. 2009 Oct 13; 73(15):1207-13. PMID:19822870. PMCID:2764724. DOI:10.1212/WNL.0b013e3181bbfeca.

85. Schmidt LJ, Regan KM, Anderson SK, Sun Z, **Ballman KV**, Tindall DJ. Effects of the 5 alpha-reductase inhibitor dutasteride on gene expression in prostate cancer xenografts. Prostate. 2009 Dec 1; 69(16):1730-43. PMID:19676081. PMCID:2783419. DOI:10.1002/pros.21022.

86. Hillman SL, Mandrekar SJ, Bot B, DeMatteo RP, Perez EA, **Ballman KV**, Nelson H, Buckner JC, Sargent DJ. Evaluation of the value of attribution in the interpretation of adverse event data: a North Central Cancer Treatment Group and American College of Surgeons Oncology Group investigation. J Clin Oncol. 2010 Jun 20; 28(18):3002-7. Epub 2010 May 17. PMID:20479400. PMCID:2903334. DOI:10.1200/JCO.2009.27.4282.

87. Wilke LG, **Ballman KV**, McCall LM, Giuliano AE, Whitworth PW, Blumencranz PW, Reintgen DS, Burak WE, Leitch AM, Hunt KK. Adherence to the National Quality Forum (NQF) breast cancer measures within cancer clinical trials: a review from ACOSOG Z0010. Ann Surg Oncol. 2010 Aug; 17(8):1989-94. Epub 2010 Mar 23. PMID:20309640. PMCID:2950006. DOI:10.1245/s10434-010-0980-9.

88. Jaeckle KA, **Ballman KV**, Giannini C, Schomberg PJ, Ames MM, Reid JM, McGovern RM, Safgren SL, Galanis E, Uhm JH, Brown PD, Hammack JE, Arusell R, Nikcevich DA, Morton RF, Wender DB, Buckner JC. Phase II NCCTG trial of RT + irinotecan and adjuvant BCNU plus irinotecan for newly diagnosed GBM. J Neurooncol. 2010 Aug; 99(1):73-80. Epub 2010 Jan 09. PMID:20063115. PMCID:2897141. DOI:10.1007/s11060-009-0103-2.

89. Giuliano AE, McCall L, Beitsch P, Whitworth PW, Blumencranz P, Leitch AM, Saha S, Hunt KK, Morrow M, **Ballman K**. Locoregional recurrence after sentinel lymph node dissection with or without axillary dissection in patients with sentinel lymph node metastases: the American College of Surgeons Oncology Group Z0011 randomized trial. Ann Surg. 2010 Sep; 252(3):426-32; discussion 432-3. PMID:20739842. DOI:10.1097/SLA.0b013e3181f08f32.

90. Kitange GJ, Carlson BL, Schroeder MA, Decker PA, Morlan BW, Wu W, **Ballman KV**, Giannini C, Sarkaria JN. Expression of CD74 in high grade gliomas: a potential role in temozolomide resistance. J Neurooncol. 2010 Nov; 100(2):177-86. Epub 2010 May 05. PMID:20443131. PMCID:3233976. DOI:10.1007/s11060-010-0186-9.

91. Shi Q, You YN, Nelson H, Allen MS, Winchester D, Stewart A, Young-Fadok T, Decker PA, Green EM, Holton SJ, **Ballman KV**. Cancer registries: a novel alternative to long-term clinical trial follow-up based on results of a comparative study. Clin Trials. 2010 Dec; 7(6):686-95. Epub 2010 Aug 20. PMID:20729254. DOI:10.1177/1740774510380953.

92. Giuliano AE, Hunt KK, **Ballman KV**, Beitsch PD, Whitworth PW, Blumencranz PW, Leitch AM, Saha S, McCall LM, Morrow M. Axillary dissection vs no axillary dissection in women with invasive breast cancer and sentinel node metastasis: a randomized clinical trial. JAMA. 2011 Feb 9; 305(6):569-75. PMID:21304082. DOI:10.1001/jama.2011.90.

93. Darling GE, Allen MS, Decker PA, **Ballman K**, Malthaner RA, Inculet RI, Jones DR, McKenna RJ, Landreneau RJ, Rusch VW, Putnam JB. Randomized trial of mediastinal lymph node sampling versus complete lymphadenectomy during pulmonary resection in the patient with N0 or N1 (less than hilar) non-small cell carcinoma: results of the American College of Surgery Oncology Group Z0030 Trial. J Thorac Cardiovasc Surg. 2011 Mar; 141(3):662-70. PMID:21335122. DOI:10.1016/j.jtcvs.2010.11.008.

94. Heemers HV, Schmidt LJ, Sun Z, Regan KM, Anderson SK, Duncan K, Wang D, Liu S, **Ballman KV**, Tindall DJ. Identification of a clinically relevant androgen-dependent gene signature in prostate cancer. Cancer Res. 2011 Mar 1; 71(5):1978-88. Epub 2011 Feb 15. PMID:21324924. PMCID:3077061. DOI:10.1158/0008-5472.CAN-10-2512.

95. Darling GE, Allen MS, Decker PA, **Ballman K**, Malthaner RA, Inculet RI, Jones DR, McKenna RJ, Landreneau RJ, Putnam JB. Number of lymph nodes harvested from a mediastinal lymphadenectomy:

results of the randomized, prospective American College of Surgeons Oncology Group Z0030 trial. Chest. 2011 May; 139(5):1124-9. Epub 2010 Sep 09. PMID:20829340. PMCID:3087457. DOI:10.1378/chest.10-0859.

96. Uhm JH, **Ballman KV**, Wu W, Giannini C, Krauss JC, Buckner JC, James CD, Scheithauer BW, Behrens RJ, Flynn PJ, Schaefer PL, Dakhill SR, Jaeckle KA. Phase II evaluation of gefitinib in patients with newly diagnosed Grade 4 astrocytoma: Mayo/North Central Cancer Treatment Group Study N0074. Int J Radiat Oncol Biol Phys. 2011 Jun 1; 80(2):347-53. Epub 2010 May 25. PMID:20510539. DOI:10.1016/j.ijrobp.2010.01.070.

97. Giuliano AE, Hawes D, **Ballman KV**, Whitworth PW, Blumencranz PW, Reintgen DS, Morrow M, Leitch AM, Hunt KK, McCall LM, Abati A, Cote R. Association of occult metastases in sentinel lymph nodes and bone marrow with survival among women with early-stage invasive breast cancer. JAMA. 2011 Jul 27; 306(4):385-93. PMID:21791687. DOI:10.1001/jama.2011.1034.

98. Jaeckle KA, Decker PA, **Ballman KV**, Flynn PJ, Giannini C, Scheithauer BW, Jenkins RB, Buckner JC. Transformation of low grade glioma and correlation with outcome: an NCCTG database analysis. J Neurooncol. 2011 Aug; 104(1):253-9. Epub 2010 Dec 12. PMID:21153680. DOI:10.1007/s11060-010-0476-2.

99. Laack NN, O'Neill BP, **Ballman KV**, O'Fallon JR, Carrero XW, Kurtin PJ, Scheithauer BW, Brown PD, Habermann TM, Colgan JP, Gilbert MR, Hawkins RB, Morton RF, Windschitl HE, Fitch TR, Pajon ER Jr, North Central Cancer Treatment Group and Mayo Clinic. CHOD/BVAM chemotherapy and whole-brain radiotherapy for newly diagnosed primary central nervous system lymphoma. Int J Radiat Oncol Biol Phys. 2011 Oct 1; 81(2):476-82. Epub 2010 Aug 26 PMID:20800387. PMCID:4335722. DOI:10.1016/j.ijrobp.2010.06.002.

100. Rusch VW, Hawes D, Decker PA, Martin SE, Abati A, Landreneau RJ, Patterson GA, Inculet RI, Jones DR, Malthaner RA, Cohen RG, **Ballman K**, Putnam JB Jr, Cote RJ. Occult metastases in lymph nodes predict survival in resectable non-small-cell lung cancer: report of the ACOSOG Z0040 trial. J Clin Oncol. 2011 Nov 10; 29(32):4313-9. Epub 2011 Oct 11. PMID:21990404. PMCID:3221530. DOI:10.1200/JCO.2011.35.2500.

101. Toussaint LG III, Nilson AE, Goble JM, **Ballman KV**, James CD, Lefranc F, Kiss R, Uhm JH. Galectin-1, a gene preferentially expressed at the tumor margin, promotes glioblastoma cell invasion. Mol Cancer. 2012; 11:32. Epub 2012 May 14. PMID:22583806. PMCID:3407025. DOI:10.1186/1476-4598-11-32.

102. Deley MC, **Ballman KV**, Marandet J, Sargent D. Taking the long view: how to design a series of Phase III trials to maximize cumulative therapeutic benefit. Clin Trials. 2012 Jun; 9(3):283-92. Epub 2012 May 08. PMID:22569743. PMCID:3904223. DOI:10.1177/1740774512443430.

103. Ellis MJ, Ding L, Shen D, Luo J, Suman VJ, Wallis JW, Van Tine BA, Hoog J, Goiffon RJ, Goldstein TC, Ng S, Lin L, Crowder R, Snider J, **Ballman K**, Weber J, Chen K, Koboldt DC, Kandoth C, Schierding WS, McMichael JF, Miller CA, Lu C, Harris CC, McLellan MD, Wendl MC, DeSchryver K, Allred DC, Esserman L, Unzeitig G, Margenthaler J, Babiera GV, Marcom PK, Guenther JM, Leitch M, Hunt K, Olson J, Tao Y, Maher CA, Fulton LL, Fulton RS, Harrison M, Oberkfell B, Du F, Demeter R, Vickery TL, Elhammali A, Piwnica-Worms H, McDonald S, Watson M, Dooling DJ, Ota D, Chang LW, Bose R, Ley TJ, Piwnica-Worms D, Stuart JM, Wilson RK, Mardis ER. Whole-genome analysis informs breast cancer response to aromatase inhibition. Nature. 2012 Jun 21; 486(7403):353-60. Epub 2012 Jun 10. PMID:22722193. PMCID:3383766. DOI:10.1038/nature11143.

104. McCarter MD, Antonescu CR, **Ballman KV**, Maki RG, Pisters PW, Demetri GD, Blanke CD, von Mehren M, Brennan MF, McCall L, Ota DM, DeMatteo RP, American College of Surgeons Oncology Group (ACOSOG) Intergroup Adjuvant Gist Study Team. Microscopically positive margins for primary gastrointestinal stromal tumors: analysis of risk factors and tumor recurrence. J Am Coll Surg. 2012 Jul; 215(1):53-9; discussion 59-60. PMID:22726733. PMCID:3383609. DOI:10.1016/j.jamcollsurg.2012.05.008.

105. Hunt KK, **Ballman KV**, McCall LM, Boughey JC, Mittendorf EA, Cox CE, Whitworth PW, Beitsch PD, Leitch AM, Buchholz TA, Morrow MA, Giuliano AE. Factors associated with local-regional recurrence after a

negative sentinel node dissection: results of the ACOSOG Z0010 trial. Ann Surg. 2012 Sep; 256(3):428-36. PMID:22868365. DOI:10.1097/SLA.0b013e3182654494.

106. O'Brien KM, Orlow I, Antonescu CR, **Ballman K**, McCall L, DeMatteo R, Engel LS. Gastrointestinal stromal tumors, somatic mutations and candidate genetic risk variants. PLoS One. 2013; 8(4):e62119. Epub 2013 Apr 18. PMID:23637977. PMCID:3630216. DOI:10.1371/journal.pone.0062119.

107. Erho N, Crisan A, Vergara IA, Mitra AP, Ghadessi M, Buerki C, Bergstralh EJ, Kollmeyer T, Fink S, Haddad Z, Zimmermann B, Sierocinski T, **Ballman KV**, Triche TJ, Black PC, Karnes RJ, Klee G, Davicioni E, Jenkins RB. Discovery and validation of a prostate cancer genomic classifier that predicts early metastasis following radical prostatectomy. PLoS One. 2013; 8(6):e66855. Epub 2013 Jun 24. PMID:23826159. PMCID:3691249. DOI:10.1371/journal.pone.0066855.

108. Garraway LA, Verweij J, **Ballman KV**. Precision oncology: an overview. J Clin Oncol. 2013 May 20; 31(15):1803-5. Epub 2013 Apr 15. PMID:23589545. DOI:10.1200/JCO.2013.49.4799.

109. Freedman RA, Pitcher B, Keating NL, **Ballman KV**, Mandelblatt J, Kornblith AB, Kimmick GG, Hurria A, Winer EP, Hudis CA, Cohen HJ, Muss HB, Alliance for Clinical Trials in Oncology. Cognitive function in older women with breast cancer treated with standard chemotherapy and capecitabine on Cancer and Leukemia Group B 49907. Breast Cancer Res Treat. 2013 Jun; 139(2):607-16. Epub 2013 May 17. PMID:23681403. PMCID:3920483. DOI:10.1007/s10549-013-2562-6.

110. Cen L, Carlson BL, Pokorny JL, Mladek AC, Grogan PT, Schroeder MA, Decker PA, Anderson SK, Giannini C, Wu W, **Ballman KV**, Kitange GJ, Sarkaria JN. Efficacy of protracted temozolomide dosing is limited in MGMT unmethylated GBM xenograft models. Neuro Oncol. 2013 Jun; 15(6):735-46. Epub 2013 Mar 10. PMID:23479134. PMCID:3661094. DOI:10.1093/neuonc/not010.

111. Crozier JA, Moreno-Aspitia A, **Ballman KV**, Dueck AC, Pockaj BA, Perez EA. Effect of body mass index on tumor characteristics and disease-free survival in patients from the HER2-positive adjuvant trastuzumab trial N9831. Cancer. 2013 Jul 1; 119(13):2447-54. Epub 2013 Apr 12. PMID:23585192. PMCID:3686994. DOI:10.1002/cncr.28051.

112. Gami AS, Olson EJ, Shen WK, Wright RS, **Ballman KV**, Hodge DO, Herges RM, Howard DE, Somers VK. Obstructive sleep apnea and the risk of sudden cardiac death: a longitudinal study of 10,701 adults. J Am Coll Cardiol. 2013 Aug 13; 62(7):610-6. Epub 2013 Jun 13. PMID:23770166. PMCID:3851022. DOI:10.1016/j.jacc.2013.04.080.

113. DeMatteo RP, **Ballman KV**, Antonescu CR, Corless C, Kolesnikova V, von Mehren M, McCarter MD, Norton J, Maki RG, Pisters PW, Demetri GD, Brennan MF, Owzar K, American College of Surgeons Oncology Group (ACOSOG) Intergroup Adjuvant GIST Study Team for the Alliance for Clinical Trials in Oncology. Long-term results of adjuvant imatinib mesylate in localized, high-risk, primary gastrointestinal stromal tumor: ACOSOG Z9000 (Alliance) intergroup phase 2 trial. Ann Surg. 2013 Sep; 258(3):422-9. PMID:23860199. PMCID:4041735. DOI:10.1097/SLA.0b013e3182a15eb7.

114. Wildiers H, Mauer M, Pallis A, Hurria A, Mohile SG, Luciani A, Curigliano G, Extermann M, Lichtman SM, **Ballman K**, Cohen HJ, Muss H, Wedding U. End points and trial design in geriatric oncology research: a joint European organisation for research and treatment of cancer--Alliance for Clinical Trials in Oncology--International Society Of Geriatric Oncology position article. J Clin Oncol. 2013 Oct 10; 31(29):3711-8. Epub 2013 Sep 09. PMID:24019549. DOI:10.1200/JCO.2013.49.6125.

115. Dueck AC, Reinholz MM, Geiger XJ, Tenner K, **Ballman K**, Jenkins RB, Riehle D, Chen B, McCullough AE, Davidson NE, Martino S, Sledge GW, Kaufman PA, Kutteh LA, Gralow J, Harris LN, Ingle JN, Lingle WL, Perez EA. Impact of c-MYC protein expression on outcome of patients with early-stage HER2+ breast cancer treated with adjuvant trastuzumab NCCTG (alliance) N9831. Clin Cancer Res. 2013 Oct 15; 19(20):5798-807. Epub 2013 Aug 21. PMID:23965903. PMCID:3805021. DOI:10.1158/1078-0432.CCR-13-0558.

116. Karnes RJ, Bergstralh EJ, Davicioni E, Ghadessi M, Buerki C, Mitra AP, Crisan A, Erho N, Vergara IA, Lam LL, Carlson R, Thompson DJ, Haddad Z, Zimmermann B, Sierocinski T, Triche TJ, Kollmeyer T, **Ballman KV**, Black PC, Klee GG, Jenkins RB. Validation of a genomic classifier that predicts metastasis

following radical prostatectomy in an at risk patient population. J Urol. 2013 Dec; 190(6):2047-53. Epub 2013 Jun 11. PMID:23770138. PMCID:4097302. DOI:10.1016/j.juro.2013.06.017.

117. Barginear MF, Muss H, Kimmick G, Owusu C, Mrozek E, Shahrokni A, **Ballman K**, Hurria A. Breast cancer and aging: Results of the U13 conference breast cancer panel. Breast Cancer Res Treat. 2014; 146(1):1-6.

118. Joensuu H, Eriksson M, Hall KS, Hartmann JT, Pink D, Schutte J, Ramadori G, Hohenberger P, Duyster J, Al-Batran SE, Schlemmer M, Bauer S, Wardelmann E, Sarlomo-Rikala M, Nilsson B, Sihto H, **Ballman KV**, Leinonen M, Dematteo RP, Reichardt P. Risk factors for gastrointestinal stromal tumor recurrence in patients treated with adjuvant imatinib. Cancer. 2014; 120(15):2325-33.

119. Batdorf NJ, Mubang R, Whitney G, **Ballman K**, Lovely J, Grubbs P, Lisa B, Hinckley A, Lemaine V, Saint-Cyr M. Abstract 113: Comparison of Outcomes for Patients Undergoing Free Flap Autologous Breast Reconstruction Utilizing a Multimodal Enhanced Recovery Pathway versus Traditional Care. Plast Reconstr Surg. 2014 Mar; 133(3 Suppl):130. PMID:25942224. DOI:10.1097/01.prs.0000444938.78110.c2.

120. Grogan EL, Deppen SA, **Ballman KV**, Andrade GM, Verdial FC, Aldrich MC, Chen CL, Decker PA, Harpole DH, Cerfolio RJ, Keenan RJ, Jones DR, D'Amico TA, Shrager JB, Meyers BF, Putnam JB Jr. Accuracy of fluorodeoxyglucose-positron emission tomography within the clinical practice of the American College of Surgeons Oncology Group Z4031 trial to diagnose clinical stage I non-small cell lung cancer. Ann Thorac Surg. 2014 Apr; 97(4):1142-8. Epub 2014 Feb 25. PMID:24576597. PMCID:4008142. DOI:10.1016/j.athoracsur.2013.12.043.

121. Corless CL, **Ballman KV**, Antonescu CR, Kolesnikova V, Maki RG, Pisters PW, Blackstein ME, Blanke CD, Demetri GD, Heinrich MC, von Mehren M, Patel S, McCarter MD, Owzar K, DeMatteo RP. Pathologic and molecular features correlate with long-term outcome after adjuvant therapy of resected primary GI stromal tumor: the ACOSOG Z9001 trial. J Clin Oncol. 2014 May 20; 32(15):1563-70. Epub 2014 Mar 17. PMID:24638003. PMCID:4026579. DOI:10.1200/JCO.2013.51.2046.

122. Hurria A, Dale W, Mooney M, Rowland JH, **Ballman KV**, Cohen HJ, Muss HB, Schilsky RL, Ferrell B, Extermann M, Schmader KE, Mohile SG. Designing Therapeutic Clinical Trials for Older and Frail Adults With Cancer: U13 Conference Recommendations. J Clin Oncol. 2014 Aug 20;32(24):2587-94. Epub 2014 Jul 29. PMID:25071116. PMCID:4129504. DOI:10.1200/JCO.2013.55.0418.

123. Klepin HD, Pitcher BN, **Ballman KV**, Kornblith AB, Hurria A, Winer EP, Hudis C, Cohen HJ, Muss HB, Kimmick GG. Comorbidity, chemotherapy toxicity, and outcomes among older women receiving adjuvant chemotherapy for breast cancer on a clinical trial: CALGB 49907 and CALGB 361004 (alliance). J Oncol Pract. 2014 Sep; 10(5):e285-92. Epub 2014 Jul 29. PMID:25074878. PMCID:4161730. DOI:10.1200/JOP.2014.001388.

124. Cheng H, **Ballman K**, Vassilakopoulou M, Dueck AC, Reinholz MM, Tenner K, Gralow J, Hudis C, Davidson NE, Fountzilas G, McCullough AE, Chen B, Psyrri A, Rimm DL, Perez EA. EGFR expression is associated with decreased benefit from trastuzumab in the NCCTG N9831 (Alliance) trial. Br J Cancer. 2014 Sep 9; 111(6):1065-71. Epub 2014 Aug 12. PMID:25117817. DOI:10.1038/bjc.2014.442.

125. Boughey JC, McCall LM, **Ballman KV**, Mittendorf EA, Ahrendt GM, Wilke LG, Taback B, Leitch AM, Flippo-Morton T, Hunt KK. Tumor biology correlates with rates of breast-conserving surgery and pathologic complete response after neoadjuvant chemotherapy for breast cancer: findings from the ACOSOG Z1071 (Alliance) Prospective Multicenter Clinical Trial. Ann Surg. 2014 Oct; 260(4):608-14; discussion 614-6. PMID:25203877. PMCID:4159769. DOI:10.1097/SLA.0000000000000924.

126. Degnim AC, Hoskin TL, Brahmbhatt RD, Warren-Peled A, Loprinzi M, Pavey ES, Boughey JC, Hieken TJ, Jacobson S, Lemaine V, Jakub JW, Irwin C, Foster RD, Sbitany H, Saint-Cyr M, Duralde E, Ramaker S, Chin R, Sieg M, Wildeman M, Scow JS, Patel R, **Ballman K**, Baddour LM, Esserman LJ. Randomized trial of drain antisepsis after mastectomy and immediate prosthetic breast reconstruction. Ann Surg Oncol. 2014 Oct; 21(10):3240-8. Epub 2014 Aug 06. PMID:25096386. PMCID:4373621. DOI:10.1245/s10434-014-3918-9.

127. Onkendi EO, Jimenez RE, Spears GM, Harmsen WS, **Ballman KV**, Hieken TJ. Surgical treatment of borderline and malignant phyllodes tumors: the effect of the extent of resection and tumor characteristics

on patient outcome. Ann Surg Oncol. 2014 Oct; 21(10):3304-9. Epub 2014 Jul 18. PMID:25034817. DOI:10.1245/s10434-014-3909-x.

128. Norton N, Olson RM, Pegram M, Tenner K, **Ballman KV**, Clynes R, Knutson KL, Perez EA. Association studies of Fcgamma receptor polymorphisms with outcome in HER2+ breast cancer patients treated with trastuzumab in NCCTG (Alliance) Trial N9831. Cancer Immunol Res. 2014 Oct; 2(10):962-9. Epub 2014 Jul 02. PMID:24989892. PMCID:4215796. DOI:10.1158/2326-6066.CIR-14-0059.

129. Reardon DA, **Ballman KV**, Buckner JC, Chang SM, Ellingson BM. Impact of imaging measurements on response assessment in glioblastoma clinical trials. Neuro Oncol. 2014 Oct; 16 Suppl 7:vii24-35. PMID:25313236. PMCID:4195531. DOI:10.1093/neuonc/nou286.

130. Wen PY, Cloughesy TF, Ellingson BM, Reardon DA, Fine HA, Abrey L, **Ballman K**, Bendszuz M, Buckner J, Chang SM, Prados MD, Pope WB, Gregory Sorensen A, van den Bent M, Yung WK. Report of the Jumpstarting Brain Tumor Drug Development Coalition and FDA clinical trials neuroimaging endpoint workshop (January 30, 2014, Bethesda MD). Neuro Oncol. 2014 Oct; 16 Suppl 7:vii36-47. PMID:25313237. PMCID:4195530. DOI:10.1093/neuonc/nou226.

131. Jagsi R, Chadha M, Moni J, **Ballman K**, Laurie F, Buchholz TA, Giuliano A, Haffty BG. Radiation field design in the ACOSOG Z0011 (Alliance) Trial. J Clin Oncol. 2014 Nov 10; 32(32):3600-6. Epub 2014 Aug 18. PMID:25135994. PMCID:4220042. DOI:10.1200/JCO.2014.56.5838.

132. Necela BM, Crozier JA, Andorfer CA, Lewis-Tuffin L, Kachergus JM, Geiger XJ, Kalari KR, Serie DJ, Sun Z, Aspita AM, O'Shannessy DJ, Maltzman JD, McCullough AE, Pockaj BA, Cunliffe HE, **Ballman KV**, Thompson EA, Perez EA. Folate Receptor-alpha (FOLR1) Expression and Function in Triple Negative Tumors. PLoS One. 2015; 10(3):e0122209. Epub 2015 Mar 27. PMID:25816016. PMCID:4376802. DOI:10.1371/journal.pone.0122209.

133. Grotz TE, Puig CA, Perkins S, **Ballman K**, Hieken TJ. Management of regional lymph nodes in the elderly melanoma patient: patient selection, accuracy and prognostic implications. Eur J Surg Oncol. 2015 Jan; 41(1):157-64. Epub 2014 Oct 30. PMID:25468751. DOI:10.1016/j.ejso.2014.10.051.

134. Alexander BM, Galanis E, Yung WK, **Ballman KV**, Boyett JM, Cloughesy TF, Degroot JF, Huse JT, Mann B, Mason W, Mellinghoff IK, Mikkelsen T, Mischel PS, O'Neill BP, Prados MD, Sarkaria JN, Tawab-Amiri A, Trippa L, Ye X, Ligon KL, Berry DA, Wen PY. Brain Malignancy Steering Committee clinical trials planning workshop: report from the Targeted Therapies Working Group. Neuro Oncol. 2015 Feb; 17(2):180-8. Epub 2014 Aug 26. PMID:25165194. PMCID:4288520. DOI:10.1093/neuonc/nou154.

135. Boughey JC, **Ballman KV**, Hunt KK, McCall LM, Mittendorf EA, Ahrendt GM, Wilke LG, Le-Petross HT. Axillary Ultrasound After Neoadjuvant Chemotherapy and Its Impact on Sentinel Lymph Node Surgery: Results From the American College of Surgeons Oncology Group Z1071 Trial (Alliance). J Clin Oncol. 2015 Feb 02. PMID:25646192. DOI:10.1200/JCO.2014.57.8401.

136. Batdorf NJ, Lemaine V, Lovely JK, **Ballman KV**, Goede WJ, Martinez-Jorge J, Booth-Kowalczyk AL, Grubbs PL, Bungum LD, Saint-Cyr M. Enhanced recovery after surgery in microvascular breast reconstruction. J Plast Reconstr Aesthet Surg. 2015 Mar; 68(3):395-402. Epub 2014 Nov 21. PMID:25488326. DOI:10.1016/j.bjps.2014.11.014.

137. Perez EA, Thompson EA, **Ballman KV**, Anderson SK, Asmann YW, Kalari KR, Eckel-Passow JE, Dueck AC, Tenner KS, Jen J, Fan JB, Geiger XJ, McCullough AE, Chen B, Jenkins RB, Sledge GW, Winer EP, Gralow JR, Reinholz MM. Genomic analysis reveals that immune function genes are strongly linked to clinical outcome in the North Central Cancer Treatment Group n9831 Adjuvant Trastuzumab Trial. J Clin Oncol. 2015 Mar 1; 33(7):701-8. Epub 2015 Jan 20. PMID:25605861. PMCID:4334774. DOI:10.1200/JCO.2014.57.6298.

138. Mohan AT, Rammos CK, Gaba P, Schupbach J, Goede WJ, **Ballman K**, Batdorf N, Cheng A, Saint-Cyr M. Modified aesthetic abdominoplasty approach in perforator free-flap breast reconstruction: Impact of drain free donor site on patient outcomes. J Plast Reconstr Aesthet Surg. 2015. 68(6):800-809. PMID:25843908. DOI:10.1016/j.bjps.2015.03.008.

139. Laungani AT, Van Alphen N, Christner JA, Lachman N, Pawlina W, **Ballman KV**, Saint-Cyr M. Three-dimensional CT angiography assessment of the impact of the dermis and the subdermal plexus in DIEP flap perfusion. J Plast Reconstr Aesthet Surg. 2015 Apr; 68(4):525-30. Epub 2015 Jan 07. PMID:25665491. DOI:10.1016/j.bjps.2014.12.004.

140. Mittendorf EA, **Ballman KV**, McCall LM, Yi M, Sahin AA, Bedrosian I, Hansen N, Gabram S, Hurd T, Giuliano AE, Hunt KK. Evaluation of the Stage IB Designation of the American Joint Committee on Cancer Staging System in Breast Cancer. J Clin Oncol. 2015 Apr 1; 33(10):1119-27. Epub 2014 Dec 08. PMID:25488970. PMCID:4372850. DOI:10.1200/JCO.2014.57.2958.

141. Jatoi A, Muss H, Allred JB, Cohen HJ, **Ballman K**, Hopkins JO, Gajra A, Lafky J, Wolff A, Kottschade L, Gralow J, Hurria A. Psychooncology. 2015 May 20. doi: 10.1002/pon.3850. [Epub ahead of print] PMID: 25994447

142. O'Sullivan CC, Bradbury I, Campbell C, Spielmann M, Perez EA, Joensuu H, Costantino JP, Delaloge S, Rastogi P, Zardavas D, **Ballman KV**, Holmes E, de Azambuja E, Piccart-Gebhart M, Zujewski JA, Gelber RD. Efficacy of Adjuvant Trastuzumab for Patients With Human Epidermal Growth Factor Receptor 2-Positive Early Breast Cancer and Tumors ≤ 2 cm: A Meta-Analysis of the Randomized Trastuzumab Trials. J Clin Oncol. 2015 Aug 20;33(24):2600-8. doi: 10.1200/JCO.2015.60.8620. PMID: 26101239

143. **Ballman KV**. Biomarker: Predictive or Prognostic? J Clin Oncol. 2015 Nov 20;33(33):3968-71. doi: 10.1200/JCO.2015.63.3651. Epub 2015 Sep 21. PubMed PMID: 26392104.

144. Zielinski MD, Kuntz MM, Polites SF, Boggust A, Nelson H, Khasawneh MA, Jenkins DH, Harmsen S, **Ballman KV**, Pieper R. A prospective analysis of urinary tract infections among elderly trauma patients. J Trauma Acute Care Surg. 2015 Oct;79(4):638-42. doi: 10.1097/TA.0000000000000796. PubMed PMID: 26402539; PubMed Central PMCID: PMC4582427.

145. **Ballman KV**. Biomarker-based trials in neuro-oncology. Chin Clin Oncol. 2015 Sep;4(3):38. doi: 10.3978/j.issn.2304-3865.2015.09.04. PubMed PMID: 26408305.

146. Perez EA, Baehner FL, Butler SM, Thompson EA, Dueck AC, Jamshidian F, Cherbavaz D, Yoshizawa C, Shak S, Kaufman PA, Davidson NE, Gralow J, Asmann YW, **Ballman KV**. The relationship between quantitative human epidermal growth factor receptor 2 gene expression by the 21-gene reverse transcriptase polymerase chain reaction assay and adjuvant trastuzumab benefit in Alliance N9831. Breast Cancer Res. 2015 Oct 1;17(1):133. doi: 10.1186/s13058-015-0643-7. PubMed PMID: 26429296; PubMed Central PMCID: PMC4589954.

147. Perez EA, **Ballman KV**, Tenner KS, Thompson EA, Badve SS, Bailey H, Baehner FL. Association of Stromal Tumor-Infiltrating Lymphocytes With Recurrence-Free Survival in the N9831 Adjuvant Trial in Patients With Early-Stage HER2-Positive Breast Cancer. JAMA Oncol. 2016 Jan 1;2(1):56-64. doi: 10.1001/jamaoncol.2015.3239. PubMed PMID: 26469139; PubMed Central PMCID: PMC4713247.

148. Huang RY, Rahman R, **Ballman KV**, Felten SJ, Anderson SK, Ellingson BM, Nayak L, Lee EQ, Abrey LE, Galanis E, Reardon DA, Pope WB, Cloughesy TF, Wen PY. The Impact of T2/FLAIR Evaluation per RANO Criteria on Response Assessment of Recurrent Glioblastoma Patients Treated with Bevacizumab. Clin Cancer Res. 2015 Oct 21. [Epub ahead of print] PubMed PMID: 26490307.

149. Park MS, Xue A, Spears GM, Halling TM, Ferrara MJ, Kuntz MM, Dhillon SK, Jenkins DH, Harmsen WS, **Ballman KV**, Harrison P, Heit JA. Thrombin generation and procoagulant microparticle profiles after acute trauma: A prospective cohort study. J Trauma Acute Care Surg. 2015 Nov;79(5):726-31. doi: 10.1097/TA.0000000000000839. PubMed PMID: 26496097; PubMed Central PMCID: PMC4621757.

150. Gupta SK, Kizilbash SH, Carlson BL, Mladek AC, Boakye-Agyeman F, Bakken KK, Pokorny JL, Schroeder MA, Decker PA, Cen L, Eckel-Passow JE, Sarkar G, **Ballman KV**, Reid JM, Jenkins RB, Verhaak RG, Sulman EP, Kitange GJ, Sarkaria JN. Delineation of MGMT Hypermethylation as a Biomarker for Veliparib-Mediated Temozolomide-Sensitizing Therapy of Glioblastoma. J Natl Cancer Inst. 2015 Nov 27;108(5). pii: djv369. doi: 10.1093/jnci/djv369. Print 2015 May. PubMed PMID: 26615020.

151. Boughey JC, **Ballman KV**, Le-Petross HT, McCall LM, Mittendorf EA, Ahrendt GM, Wilke LG, Taback B, Feliberti EC, Hunt KK. Identification and Resection of Clipped Node Decreases the False-negative Rate of Sentinel Lymph Node Surgery in Patients Presenting With Node-positive Breast Cancer (T0-T4, N1-N2) Who Receive Neoadjuvant Chemotherapy: Results From ACOSOG Z1071 (Alliance). Ann Surg. 2015 Nov 26. [Epub ahead of print] PubMed PMID: 26649589.

152. Chen J, Ryu E, Hatchcock M, **Ballman K**, Chia N, Olson JE, Nelson H. Impact of demographics on human gut microbial diversity in a US Midwest population. PeerJ 2016 4:e1514; DOI 10.7717/peerj.1514

153. Zielinski MD, Kuntz M, Zhang X, Zagar AE, Khasawneh MA, Zendejas B, Polites SF, Ferrara M, Harmsen WS, **Ballman KV**, Park MS, Schiller HJ, Dries D, Jenkins DH. Botulinum toxin A-induced paralysis of the lateral abdominal wall after damage-control laparotomy: A multi-institutional, prospective, randomized, placebo-controlled pilot study. J Trauma Acute Care Surg. 2016 Feb;80(2):237-42. doi: 10.1097/TA.0000000000000917.  PMID: 26813298.

154. Haffty BG, McCall LM, **Ballman KV**, McLaughlin S, Jagsi R, Ollila DW, Hunt KK, Buchholz TA, Boughey JC. Patterns of Local-Regional Management Following Neoadjuvant Chemotherapy in Breast Cancer: Results From ACOSOG Z1071 (Alliance). Int J Radiat Oncol Biol Phys. 2016 Mar 1;94(3):493-502. doi: 10.1016/j.ijrobp.2015.11.005. PMID: 26867878; PMCID: PMC4752720.

155. Shoag J, Halpern JA, Lee DJ, Mittal S, **Ballman KV**, Barbieri CE, Hu JC. Decline in prostate cancer screening by primary care physicians: an analysis of trends in the use of digital rectal examination and prostate specific antigen testing. J Urol. 2016 Oct;196(4):1047-52. doi: 10.1016/j.juro.2016.03.171.  PMID: 27060052

156. Knutson KL, Clynes R, Shreeder B, Yeramian P, Kemp K, **Ballman K**, Tenner KS, Erskine CL, Norton N, Northfelt DW, Tan W, Calfa C, Pegram MD, Mittendorf EA, Perez EA. Improved survival of HER2+ breast cancer patients treated with trastuzumab and chemotherapy is associated with host antibody immunity against the HER2 intracellular domain.  Cancer Res. 2016 Jul 1;76(13):3702-10.  PMID: 27197192

157. Nipp RD, Yao NA, Lowenstein LM, Buckner JC, Parker IR, Gajra A, Morrison VA, Dale W, **Ballman KV**. Pragmatic study designs for older adults with cancer: Report from the U13 conference. J Geriatr Oncol. 2016 Jul;7(4):234-41. Review. PubMed PMID: 27197914

158. Simmons RM, **Ballman KV**, Cox C, Carp N, Sabol J, Hwang RF, Attai D, Sabel M, Nathanson D, Kenler A, Gold L, Kaufman C, Han L, Bleznak A, Stanley Smith J, Holmes D, Fornage B, Le-Petross C, Hoda S, McCall L, Hunt KK; ACOSOG investigators. A Phase II Trial Exploring the Success of Cryoablation Therapy in the Treatment of Invasive Breast Carcinoma: Results from ACOSOG (Alliance) Z1072. Ann Surg Oncol. 2016 Aug;23(8):2438-45. PMID: 27221361

159. Osarogiagbon RU, Decker PA, **Ballman K**, Wigle D, Allen MS, Darling GE. Survival Implications of Variation in the Thoroughness of Pathologic Lymph Node Examination in American College of Surgeons Oncology Group Z0030 (Alliance). Ann Thorac Surg. 2016 Aug;102(2):363-9.  PMID: 27262908

160. Park MS, Perkins SE, Spears GM, Ashrani AA, Leibson CL, Boos CM, Harmsen WS, Jenkins DH, Bailey KR, **Ballman KV**, Heit JA. Risk factors for venous thromboembolism after acute trauma: A population-based case-cohort study. Thromb Res. 2016 Aug;144:40-5. doi: 10.1016/j.thromres.2016.03.026.  PMID: 27284980

161. Aho JM, Nourallah A, Samaha MJ, Antiel RM, Dupont SC**, Ballman KV**, Sloan JA, Bingener J. Patient-Reported Outcomes after Laparoscopic Ventral Hernia Repair. Am Surg. 2016 Jun;82(6):550-6. PMID: 27305889

162. Brown PD, Jaeckle K, **Ballman KV**, Farace E, Cerhan JH, Anderson SK, Carrero XW, Barker FG 2nd, Deming R, Burri SH, Ménard C, Chung C, Stieber VW, Pollock BE, Galanis E, Buckner JC, Asher AL. Effect of Radiosurgery Alone vs Radiosurgery With Whole Brain Radiation Therapy on Cognitive Function in Patients With 1 to 3 Brain Metastases: A Randomized Clinical Trial. JAMA. 2016 Jul 26;316(4):401-9. doi: 10.1001/jama.2016.9839. PubMed PMID: 27458945.

163. Shah MV, Wiktor AE, Meyer RG, Tenner KS, **Ballman KV**, Green SJ, Sukov WR, Ketterling RP, Perez EA, Jenkins RB. Change in Pattern of HER2 Fluorescent in Situ Hybridization (FISH) Results in Breast Cancers Submitted for FISH Testing: Experience of a Reference Laboratory Using US Food and Drug Administration Criteria and American Society of Clinical Oncology and College of American Pathologists Guidelines. J Clin Oncol. 2016 Oct 10;34(29):3502-3510. PubMed PMID: 27458302.

164. Giuliano AE, **Ballman K**, McCall L, Beitsch P, Whitworth PW, Blumencranz P, Leitch AM, Saha S, Morrow M, Hunt KK. Locoregional Recurrence After Sentinel Lymph Node Dissection With or Without Axillary Dissection in Patients With Sentinel Lymph Node Metastases: Long-term Follow-up From the American College of Surgeons Oncology Group (Alliance) ACOSOG Z0011 Randomized Trial. Ann Surg. 2016 Sep;264(3):413-20. doi: 10.1097/SLA.0000000000001863.

165. Warner ET, **Ballman KV**, Strand C, Boughey JC, Buzdar AU, Carey LA, Sikov WM, Partridge AH. Impact of race, ethnicity, and BMI on achievement of pathologic complete response following neoadjuvant chemotherapy for breast cancer: a pooled analysis of four prospective Alliance clinical trials (A151426). Breast Cancer Res Treat. 2016 Aug;159(1):109-18. PubMed PMID: 27449492

166. Laungani AT, Christner J, Primus JA, Lachman N, **Ballman KV**, Mohan A, Saint-Cyr M. Study of the Impact of the Location of a Perforator in the Perfusion of a Perforator Flap: The Concept of "Angle of Perfusion". J Reconstr Microsurg. 2017 Jan;33(1):49-58. PMID: 27636539.

167. Halpern JA, Shoag JE, Mittal S, Oromendia C, **Ballman KV**, Hershman DL, Wright JD, Tina Shih YC, Nguyen PL, Hu JC. Prognostic Significance of Digital Rectal Examination and Prostate Specific Antigen in the Prostate, Lung, Colorectal, and Ovarian Cancer Screening Arm. J Urol. 2017 Feb;197(2):363-368. doi: 10.1016/j.juro.2016.08.092. PubMed PMID: 27569432.

168. Perez EA, **Ballman KV**, Mashadi-Hossein A, Tenner KS, Kachergus JM, Norton N, Necela BM, Carr JM, Ferree S, Perou CM, Baehner F, Cheang MC, Thompson EA. Intrinsic Subtype and Therapeutic Response Among HER2-Positive Breaty st Tumors from the NCCTG (Alliance) N9831 Trial. J Natl Cancer Inst. 2016 Oct 28;109(2). pii: djw207. Print 2017 Feb. PubMed PMID: 27794124; PubMed Central PMCID:PMC5903647.

169. Halpern JA, Shoag JE, Artis AS, **Ballman KV**, Sedrakyan A, Hershman DL, Wright JD, Shih YC, Hu JC. National Trends in Prostate Biopsy and Radical Prostatectomy Volumes Following the United States Preventative Services Task Force Guidelines Against Prostate-Specific Antigen Screening. JAMA Surg. 2017 Feb 1;152(2):192-198. doi: 10.1001/jamasurg.2016.3987. PubMed PMID: 27806151.

170. Lewicki P, Shoag J, Golombos DM, Oromendia C, **Ballman KV**, Halpern JA, Stone BV, O'Malley P, Barbieri CE, Scherr DS. Prognostic significance of a negative prostate biopsy: An analysis of subjects enrolled in a prostate cancer screening trial. J Urol. 2017 Apr;197(4):1014-1019. doi: 10.1016/j.juro.2016.11.002. PubMed PMID: 27836710

171. Argenta PA, **Ballman KV**, Geller MA, Carson LF, Ghebre R, Mullany SA, Teoh DG, Winterhoff BJ, Rivard CL, Erickson BK. The effect of photobiomodulation on chemotherapy-induced peripheral neuropathy: A randomized, sham-controlled clinical trial. Gynecol Oncol. 2017 Jan;144(1):159-166. doi:10.1016/j.ygyno.2016.11.013. PubMed PMID: 27887804.

172. Ashamalla H, Guirguis A, McCool K, McVorran S, Mattes M, Metzger D, Oromendia C, **Ballman KV**, Mokhtar B, Tchelebi M, Katsoulakis E, Rafla S. Brachytherapy improves outcomes in young men (≤60 years) with prostate cancer: A SEER analysis. Brachytherapy. 2017 Jul - Aug;16(4):916-918. doi: 10.1016/j.brachy.2016.12.010. PubMed PMID: 28139417.

173. Kimmick GG, Major B, Clapp J, Sloan J, Pitcher B, **Ballman K**, Barginear M, Freedman RA, Artz A, Klepin HD, Lafky JM, Hopkins J, Winer E, Hudis C, Muss H, Cohen H, Jatoi A, Hurria A, Mandelblatt J. Using ePrognosis to estimate 2-year all-cause mortality in older women with breast cancer: Cancer and Leukemia Group B (CALGB) 49907 and 369901 (Alliance A151503). Breast Cancer Res Treat. 2017 Jun;163(2):391-398.. doi: 10.1007/s10549-017-4188-6. PubMed PMID: 28283904.

174. Perez EA, **Ballman KV**, Mashadi-Hossein A, Tenner KS, Kachergus JM, Norton N, Necela BM, Carr JM, Ferree S, Perou CM, Baehner F, Cheang MC, Thompson EA. Intrinsic Subtype and Therapeutic Response

Among HER2-Positive Breast Tumors from the NCCTG (Alliance) N9831 Trial. J Natl Cancer Inst. 2017 Feb 1;109(2):1-8. doi: 10.1093/jnci/djw207. PubMed PMID: 28376219.

175. Grossman SA, Schreck KC, **Ballman K**, Alexander B. Point/counterpoint: randomized versus single-arm phase II clinical trials for patients with newly diagnosed glioblastoma. Neuro Oncol. 2017 Apr 1;19(4):469-474. doi: 10.1093/neuonc/nox030. PubMed PMID: 28388713.

176. Reinholz MM, Chen B, Dueck AC, Tenner K, **Ballman K**, Riehle D, Jenkins RB, Geiger XJ, McCullough AE, Perez EA. IGF1R Protein Expression Is Not Associated with Differential Benefit to Concurrent Trastuzumab in Early-Stage HER2(+) Breast Cancer from the North Central Cancer Treatment Group (Alliance) Adjuvant Trastuzumab Trial N9831. Clin Cancer Res. 2017 Aug 1;23(15):4203-4211. doi: 10.1158/1078-0432.CCR-15-0574. PubMed PMID: 28533226.

177. Antonarakis ES, Tagawa ST, Galletti G, Worroll D, **Ballman K**, Vanhuyse M, Sonpavde G, North S, Albany C, Tsao CK, Stewart J, Zaher A, Szatrowski T, Zhou W, Gjyrezi A, Tasaki S, Portella L, Bai Y, Lannin TB, Suri S, Gruber CN, Pratt ED, Kirby BJ, Eisenberger MA, Nanus DM, Saad F, Giannakakou P; TAXYNERGY Investigators. Randomized, Noncomparative, Phase II Trial of Early Switch From Docetaxel to Cabazitaxel or Vice Versa, With Integrated Biomarker Analysis, in Men With Chemotherapy-Naïve, Metastatic, Castration-Resistant Prostate Cancer. J Clin Oncol. 2017 Oct 1;35(28):3181-3188. doi: 10.1200/JCO.2017.72.4138. PubMed PMID: 28632486.

178. Boughey JC, **Ballman KV**, McCall LM, Mittendorf EA, Symmans WF, Julian TB, Byrd D, Hunt KK. Tumor Biology and Response to Chemotherapy Impact Breast Cancer-specific Survival in Node-positive Breast Cancer Patients Treated With Neoadjuvant Chemotherapy: Long-term Follow-up From ACOSOG Z1071 (Alliance). Ann Surg. 2017 Oct;266(4):667-676. doi: 10.1097/SLA.0000000000002373. PubMed PMID: 28657941.

179. Brown PD, **Ballman KV**, Cerhan JH, Anderson SK, Carrero XW, Whitton AC, Greenspoon J, Parney IF, Laack NNI, Ashman JB, Bahary JP, Hadjipanayis CG, Urbanic JJ, Barker FG 2nd, Farace E, Khuntia D, Giannini C, Buckner JC, Galanis E, Roberge D. Postoperative stereotactic radiosurgery compared with whole brain radiotherapy for resected metastatic brain disease (NCCTG N107C/CEC·3): a multicentre, randomised, controlled, phase 3 trial. Lancet Oncol. 2017 Aug;18(8):1049-1060. doi: 10.1016/S1470-2045(17)30441-2. PubMed PMID: 28687377.

180. Giuliano AE, **Ballman KV**, McCall L, Beitsch PD, Brennan MB, Kelemen PR, Ollila DW, Hansen NM, Whitworth PW, Blumencranz PW, Leitch AM, Saha S, Hunt KK, Morrow M. Effect of Axillary Dissection vs No Axillary Dissection on 10-Year Overall Survival Among Women With Invasive Breast Cancer and Sentinel Node Metastasis: The ACOSOG Z0011 (Alliance) Randomized Clinical Trial. JAMA. 2017 Sep 12;318(10):918-926. doi: 10.1001/jama.2017.11470. PubMed PMID: 28898379.

181. Churilla TM, **Ballman KV**, Brown PD, Twohy EL, Jaeckle K, Farace E, Cerhan JH, Anderson SK, Carrero XW, Garces YI, Barker FG 2nd, Deming R, Dixon JG, Burri SH, Chung C, Ménard C, Stieber VW, Pollock BE, Galanis E, Buckner JC, Asher AL. Stereotactic Radiosurgery With or Without Whole-Brain Radiation Therapy for Limited Brain Metastases: A Secondary Analysis of the North Central Cancer Treatment Group N0574 (Alliance) Randomized Controlled Trial. Int J Radiat Oncol Biol Phys. 2017 2017 Dec 1;99(5):1173-1178. doi: 10.1016/j.ijrobp.2017.07.045. Epub 2017 Aug 5. PubMed PMID: 28939223.

182. Galanis E, Anderson SK, Miller CR, Sarkaria JN, Jaeckle K, Buckner JC, Ligon KL, **Ballman KV**, Moore DF Jr, Nebozhyn M, Loboda A, Schiff D, Ahluwalia MS, Lee EQ, Gerstner ER, Lesser GJ, Prados M, Grossman SA, Cerhan J, Giannini C, Wen PY; Alliance for Clinical Trials in Oncology and ABTC. Phase I/II Trial of Vorinostat Combined with Temozolomide and Radiation Therapy for Newly Diagnosed Glioblastoma: Final Results of Alliance N0874/ABTC 02. Neuro Oncol. 2018 Mar 27;20(4):546-556. doi: 10.1093/neuonc/nox161. PubMed PMID: 29016887; PubMed Central PMCID: PMC5909661.

183. Chen J, King E, Deek R, Wei Z, Yu Y, Grill D, **Ballman K**, Stengle O. An omnibus test for differential distribution analysis of microbiome sequencing data. Bioinformatics 2018. 34: 643-651. doi: 10.1093/bioinformatics/btx650. PMID: 29040451

184. Gaudino M, Alexander JH, Bakaeen FG, **Ballman K**, Barili F, Calafiore AM, Davierwala P, Goldman S, Kappetein P, Lorusso R, Mylotte D, Pagano D, Ruel M, Schwann T, Suma H, Taggart DP, Tranbaugh RF,

Fremes S. Randomized comparison of the clinical outcome of single versus multiple arterial grafts: the ROMA trial-rationale and study protocol. Eur J Cardiothorac Surg. 2017 Dec 1;52(6):1031-1040. doi: 10.1093/ejcts/ezx358. Review. PubMed PMID: 29059371.

185. Halpern JA, Oromendia C, Shoag JE, Mittal S, Cosiano MF, **Ballman KV**, Vickers AJ, Hu JC. Utility of Digital Rectal Examination (DRE) as an Adjunct to Prostate Specific Antigen (PSA) in the Detection of Clinically Significant Prostate Cancer. J Urol. 2018 Apr;199(4):947-953. doi: 10.1016/j.juro.2017.10.021. Epub 2017 Oct 20. PubMed PMID: 29061540.

186. Le-Petross HT, McCall LM, Hunt KK, Mittendorf EA, Ahrendt GM, Wilke LG, **Ballman KV**, Boughey JC. Axillary Ultrasound Identifies Residual Nodal Disease After Chemotherapy: Results From the American College of Surgeons Oncology Group Z1071 Trial (Alliance). *AJR Am J Roentgenol.* 2018 Mar;210(3): 669-676. doi: 10.2214/AJR.17.18295. PubMed PMID: 29381381.

187. Chen J, Oromendia C, Halpern JA, **Ballman KV**. National trends in management of localized prostate cancer: A population based analysis 2004-2013. Prostate. 2018; 78(7):512-520. doi: 10.1002/pros.23496. PubMed PMID: 29542178.

188. Gajra A, McCall L, Muss HB, Cohen HJ, Jatoi A, **Ballman KV**, Partridge AH, Sutton L, Parker BA, Magrinat G, Klepin HD, Lafky JM, Hurria A. The preference to receive chemotherapy and cancer-related outcomes in older adults with breast cancer CALGB 49907 (alliance). J Geriatr Oncol. 2018; 9(3):221-227. doi: 10.1016/j.jgo.2018.02.003. PubMed PMID: 29602735.

189. Díaz I, Savenkov O, **Ballman K**; Targeted learning ensembles for optimal individualized treatment rules with time-to-event outcomes, Biometrika, asy017, https://doi.org/10.1093/biomet/asy017

190. Li D, McCall LM, Hahn OM, Hudis CA, Cohen HJ, Muss HB, Jatoi A, Lafky JM, **Ballman KV**, Winer EP, Tripathy D, Schneider B, Barry W, Dickler MN, Hurria A. Identification of risk factors for toxicity in patients with hormone receptor-positive advanced breast cancer treated with bevacizumab plus letrozole: a CALGB 40503 (alliance) correlative study. Breast Cancer Res Treat. 2018 171(2):325-334. doi: 10.1007/s10549-018-4828-5. PubMed PMID: 29789969.

191. Schumacher JR, Neuman HB, Chang GJ, Kozower BD, Edge SB, Yu M, Vanness DJ, Si Y, Jacobs EA, Francescatti AB, Spears PA, Havlena J, Adesoye T, McKellar D, Winchester D, Burnside ES, Greenberg CC; Alliance ACS-CRP CCDR Breast Cancer Surveillance Working Group. A National Study of the Use of Asymptomatic Systemic Imaging for Surveillance Following Breast Cancer Treatment (AFT-01). Ann Surg Oncol. 2018 Sep;25(9): 2587-2595. doi: 10.1245/s10434-018-6496-4. PubMed PMID: 29777402.

192. Li D, McCall LM, Hahn OM, Hudis CA, Cohen HJ, Muss HB, Jatoi A, Lafky JM, **Ballman KV**, Winer EP, Tripathy D, Schneider B, Barry W, Dickler MN, Hurria A. Identification of risk factors for toxicity in patients with hormone receptor-positive advanced breast cancer treated with bevacizumab plus letrozole: a CALGB 40503 (alliance) correlative study. Breast Cancer Res Treat. 2018;171(2):325-334. doi: 10.1007/s10549-018-4828-5. Epub 2018 May 22. PMID: 29789969

193. Norton N, Fox N, McCarl CA, Tenner KS, **Ballman K**, Erskine CL, Necela BM, Northfelt D, Tan WW, Calfa C, Pegram M, Colon-Otero G, Perez EA, Clynes R, Knutson KL. Generation of HER2-specific antibody immunity during trastuzumab adjuvant therapy associates with reduced relapse in resected HER2 breast cancer. Breast Cancer Res. 2018 Jun 14;20(1):52. doi: 10.1186/s13058-018-0989-8. PubMed PMID: 29898752.

194. Armer JM, **Ballman KV**, McCall L, Armer NC, Sun Y, Udmuangpia T, Hunt KK, Mittendorf EA, Byrd DR, Julian TB, Boughey JC. Lymphedema symptoms and limb measurement changes in breast cancer survivors treated with neoadjuvant chemotherapy and axillary dissection: results of American College of Surgeons Oncology Group (ACOSOG) Z1071 (Alliance) substudy. Support Care Cancer. 2019 Feb;27(2):495-503. doi: 10.1007/s00520-018-4334-7. PubMed PMID: 29980907

195. Rosenkranz KM, **Ballman K**, McCall L, Kubicky C, Cuttino L, Le-Petross H, Hunt KK, Giuliano A, Van Zee KJ, Haffty B, Boughey JC. The Feasibility of Breast-Conserving Surgery for Multiple Ipsilateral Breast Cancer: An Initial Report from ACOSOG Z11102 (Alliance) Trial. Ann Surg Oncol. 2018 Oct;25(10):2858-2866. doi: 10.1245/s10434-018-6583-6. PubMed PMID: 29987605.

196. Desai P, Mencia-Trinchant N, Savenkov O, Simon MS, Cheang G, Lee S, Samuel M, Ritchie EK, Guzman ML, **Ballman KV**, Roboz GJ, Hassane DC. Somatic mutation precede acute myeloid leukemia years before diagnosis. Nat Med. 2018 Jul;24(7):1015-1023. doi: 10.1038/s41591-018-0081-z. Epub 2018 Jul 9. PubMed PMID: 29988143.

197. Ma KC, Schenck EJ, Siempos II, Cloonan SM, Finkelstein EJ, Pabon MA, Oromendia C, **Ballman KV**, Baron RM, Fredenburgh LE, Higuera A, Lee JY, Chung CR, Jeon K, Yang JH, Howrylak JA, Huh JW, Suh GY, Choi AM. Circulating RIPK3 levels are associated with mortality and organ failure during critical illness. JCI Insight. 2018 Jul 12;3(13). pii: 99692. doi: 10.1172/jci.insight.99692. PubMed PMID: 29997296.

198. Hurria A, Soto-Perez-de-Celis E, Allred JB, Cohen HJ, Arsenyan A, **Ballman K**, Le-Rademacher J, Jatoi A, Filo J, Mandelblatt J, Lafky JM, Kimmick G, Klepin HD, Freedman RA, Burstein H, Gralow J, Wolff AC, Magrinat G, Barginear M, Muss H. Functional Decline and Resilience in Older Women Receiving Adjuvant Chemotherapy or Breast Cancer. J Am Geriatr Soc. 2019 May;67(5):920-927. doi: 10.1111/jgs.15493. Epub 2018 Aug 26. PubMed PMID: 30146695; PubMed Central PMCID: PMC6391210.

199. Beltran H, Oromendia C, Danila DC, Montgomery B, Hoimes C, Szmulewitz RZ, Vaishampayan U, Armstrong AJ, Stein M, Pinski J, Mosquera JM, Sailer V, Bareja R, Romanel A, Gumpeni N, Sboner A, Dardenne E, Puca L, Prandi D, Rubin MA, Scher HI, Rickman DS, Demichelis F, Nanus DM, **Ballman KV**, Tagawa ST. A phase II trial of the aurora kinase A inhibitor alisertib for patients with castration resistant and neuroendocrine prostate cancer: efficacy and biomarkers. Clin Cancer Res. 2019 Jan 1;25(1):43-51. pii: clincanres.1912.2018. doi: 10.1158/1078-0432.CCR-18-1912. PubMed PMID: 30232224.

200. Yu H, Chen Z, **Ballman K**, Watson MA, Govindan R, Lanc I, Beer DG, Bueno R, Chirieac L, Chui MH, Chen G, Franklin WA, Gandara DR, Genova C, Brovsky K, Harpole D, Joshi M, Merrick DT, Richards W, Rivard CJ, Tsao MS, van Bokhoven A, Shepherd FA, Hirsch FR. Correlation of PD-L1 expression with tumor mutation burden and gene signatures for prognosis in early stage squamous cell lung carcinoma. J Thorac Oncol. 2019 Jan;14(1):25-36. pii: S1556-0864(18)33116-2. doi: 10.1016/j.jtho.2018.09.006. PubMed PMID: 30253973.

201. Tagawa ST, Antonarakis ES, Gjyrezi A, Galletti G, Kim S, Worroll D, Stewart J, Zaher A, Szatrowski TP, **Ballman KV**, Kita K, Tasaki S, Bai Y, Portella L, Kirby BJ, Saad F, Eisenberger MA, Nanus DM, Giannakakou P. Expression of AR-V7 and ARv567es in circulating tumor cells correlates with outcomes to taxane therapy in men with metastatic prostate cancer treated in TAXYNERGY. Clin Cancer Res. 2019 Mar 15;25(6):1880-1888. doi: 10.1158/1078-0432.CCR-18-0320. Epub 2018 Oct 9. PMID: 30301829

202. Choy E, **Ballman K**, Chen J, Dickson MA, Chugh R, George S, Okuno S, Pollock R, Patel RM, Hoering A, Patel S. SARC018_SPORE02: Phase II Study of Mocetinostat Administered with Gemcitabine for Patients with Metastatic Leiomyosarcoma with Progression or Relapse following Prior Treatment with Gemcitabine-Containing Therapy. Sarcoma. 2018 Oct 24;2018:2068517. doi: 10.1155/2018/2068517. eCollection 2018. PubMed PMID: 30473623; PubMed Central PMCID: PMC6220374.

203. Haffty BG, McCall LM, **Ballman KV**, Buchholz TA, Hunt KK, Boughey JC. Impact of radiation on local regional control in women with node positive breast cancer treated with neoadjuvant chemotherapy and axillary lymph node dissection: Results from ACOSOG 1071 Clinical Trial. Int J Radiat Oncol Biol Phys. 2019 Sep 1;105(1):174-182. doi: 10.1016/j.ijrobp.2019.04.038. Epub 2019 May 11. PubMed PMID: 31085287; PubMed Central PMCID: PMC6699883.

204. Younger E, **Ballman K**, Lu Y, Pápai Z, Van Tine BA, Attia S, Schöffski P, Reinke D, Tap WD, Jones RL. Subgroup analysis of older patients treated within the randomized phase 3 doxorubicin versus doxorubicin plus evofosfamide (SARC021) trial. J Geriatr Oncol. 2019 May 21. pii: S1879-4068(18)30464-8. doi: 10.1016/j.jgo.2019.05.008. [Epub ahead of print] PubMed PMID: 31126845.

205. Chatterjee A, Merkler AE, Murthy SB, Burch JE, Chen ML, Gialdini G, Kamel H, **Ballman KV**, Navi BB. Temporal Trends in the Use of Acute Recanalization Therapies for Ischemic Stroke in Patients with Cancer. J Stroke Cerebrovasc Dis. 2019 Aug;28(8):2255-2261. doi: 10.1016/j.jstrokecerebrovasdis.2019.05.009. Epub 2019 May 29. PubMed PMID: 31153762; PubMed Central PMCID: PMC6679738.

206. Armer JM, **Ballman KV**, McCall L, Ostby PL, Zagar E, Kuerer HM, Hunt KK, Boughey JC. Factors Associated With Lymphedema in Women With Node-Positive Breast Cancer Treated With Neoadjuvant Chemotherapy and Axillary Dissection. JAMA Surg. 2019 Jul 17. doi: 10.1001/jamasurg.2019.1742. [Epub ahead of print] PubMed PMID:31314062; PubMed Central PMCID: PMC6647005.

207. Conteduca V, Oromendia C, Eng KW, Bareja R, Sigouros M, Molina A, Faltas BM, Sboner A, Mosquera JM, Elemento O, Nanus DM, Tagawa ST, **Ballman KV**, Beltran H. Clinical features of neuroendocrine prostate cancer. Eur J Cancer. 2019 Sep 13;121:7-18. doi: 10.1016/j.ejca.2019.08.011. [Epub ahead of print] PubMed PMID: 31525487.

208. Choy E, **Ballman K**, Chen J, Dickson MA, Chugh R, George S, Okuno S, Pollock R, Patel RM, Hoering A, Patel S. Corrigendum to "SARC018_SPORE02: Phase II Study of Mocetinostat Administered with Gemcitabine for Patients with Metastatic Leiomyosarcoma with Progression or Relapse following Prior Treatment with Gemcitabine-Containing Therapy". Sarcoma. 2019 Aug 27;2019:7608743. doi: 10.1155/2019/7608743. eCollection 2019. PubMed PMID: 31534435; PubMed Central PMCID: PMC6732588.

209. Gaudino M, Benedetto U, Fremes S, **Ballman K**, Biondi-Zoccai G, Sedrakyan A, Nasso G, Raman J, Buxton B, Hayward PA, Moat N, Collins P, Webb C, Peric M, Petrovic I, Yoo KJ, Hameed I, Di Franco A, Moscarelli M, Speziale G, Girardi LN, Hare DL, Taggart DP. The RADial artery International ALliance (RADIAL) extended follow-up study: rationale and study protocol. Eur J Cardiothorac Surg. 2019 Sep pii: ezz247. doi: 10.1093/ejcts/ezz247. [Epub ahead of print] PubMed PMID:31535147.

210. de Azambuja E, Ponde N, Procter M, Rastogi P, Cecchini RS, Lambertini M, **Ballman K**, Aspitia AM, Zardavas D, Roca L, Gelber RD, Piccart-Gebhart M, Suter T. A pooled analysis of the cardiac events in the trastuzumab adjuvant trials.Breast Cancer Res Treat. 2019 Oct 11. doi: 10.1007/s10549-019-05453-z. [Epub ahead of print] PubMed PMID: 31605311.

211. Al-Refaie WB, Decker PA, **Ballman KV**, Pisters PWT, Posner MC, Hunt KK, Meyers B, Weinberg AD, Nelson H, Newman L, Tan A, Le-Rademacher JG, Hurria A, Jatoi A. Comparative Age-Based Prospective Multi-Institutional Observations of 12,367 Patients Enrolled to the American College of Surgeons Oncology Group (ACOSOG) Z901101 Trials (Alliance). Ann Surg Oncol. 2019 Oct 11. doi: 10.1245/s10434-019-07851-5. [Epub ahead of print] PubMed PMID: 31605327.

212. Trifiletti DM, **Ballman KV**, Brown PD, Anderson SK, Carrero XW, Cerhan JH, Whitton AC, Greenspoon J, Parney IF, Laack NN, Ashman JB, Bahary JP, Hadjipanayis CG, Urbanic JJ, Barker FG 2nd, Farace E, Khuntia D, Giannini C, Buckner JC, Galanis E, Roberge D. Optimizing whole brain radiotherapy dose and fractionation: Results from a prospective phase III trial (NCCTG N107C (Alliance)/CEC.3). Int J Radiat Oncol Biol Phys. 2019 Oct 22. pii: S0360-3016(19)33906-9. doi:10.1016/j.ijrobp.2019.10.024. [Epub ahead of print] PubMed PMID: 31654784.

213. Klepin HD, Ritchie E, Major-Elechi B, Le-Rademacher J, Seisler D, Storrick L, Sanford BL, Marcucci G, Zhao W, Geyer SA, **Ballman KV**, Powell BL, Baer MR, Stock W, Cohen HJ, Stone RM, Larson RA, Uy GL. Geriatric assessment among older adults receiving intensive therapy for acute myeloid leukemia: Report of CALGB 361006 (Alliance). J Geriatr Oncol. 2019 Oct 24. pii: S1879-4068(19)30451-5. doi: 10.1016/j.jgo.2019.10.002. [Epub ahead of print] PubMed PMID: 31668825.

214. O'Beirne SL, Kikkers SA, Oromendia C, Salit J, Rostmai MR, Ballman KV, Kaner RJ, Crystal RG, Cloonan SM. Alveolar Macrophage Immunometabolism and Lung Function Impairment in Smoking and Chronic Obstructive Pulmonary Disease. Am J Respir Crit Care Med. 2019 Nov 21. doi: 10.1164/rccm.201908 1683LE. [Epub ahead of print] PubMed PMID: 31751151.

215. Zhang WZ, Rice MC, Hoffman KL, Oromendia C, Barjaktarevic I, Wells JM, Hastie AT, Labaki WW, Cooper CB, Comellas AP, Criner GJ, Krishnan JA, Paine Iii R, Hansel NN, Bowler RP, Barr RG, Peters SP, Woodruff PG, Curtis JL, Han MK, **Ballman KV**, Martinez FJ, Choi AM, Nakahira K, Cloonan SM, Choi ME. Association of urine mitochondrial DNA with clinical measures of COPD in the SPIROMICS cohort. JCI Insight. 2020 Jan 2. pii: 133984. doi: 10.1172/jci.insight.133984. [Epub ahead of print] PubMed PMID: 31895696.

216. Breen WG, Anderson SK, Carrero XW, Brown PD, **Ballman KV**, O'Neill BP, Curran WJ, Abrams RA, Laack NN, Levitt R, Galanis E, Buckner JC, Shaw EG. Final report from intergroup NCCTG 86-72-51 (Alliance): a phase 3 randomized clinical trial of high dose versus low dose radiation for adult low-grade glioma. *Neuro Oncol.* 2020 Jan 30;noaa021. doi: 10.1093/neuonc/noaa021. [Epub ahead of print]. PMID: 32002556.

217. Katz MS, McCall L, **Ballman K**, Jagsi R, Haffty BG, Giuliano AE. Nomogram-based estimate of axillary nodal involvement in ACOSOG Z0011 (Alliance): validation and association with radiation protocol variations. Breast Cancer Res Treat. 2020 Feb 10. doi: 10.1007/s10549-020-05555-z. [Epub ahead of print] PubMed PMID: 32043193.

218. Shoag J, Liu D, Ma X, Oromendia C, Christos P, **Ballman K**, Angulo C, Cai PY, Gaffney C, Klein E, Karnes J, Den RB, Liu Y, Davicioni E, Barbieri CE. Prognostic value of the SPOP mutant genomic subclass in prostate cancer. Urol Oncol. 2020 May;38(5):418-422. Epub 2020 Mar 17. PMID: 32192889.

219. Cannistra SA, Haffty BG, **Ballman K**. Challenges Faced by Medical Journals. During the COVID-19 Pandemic. J Clin Oncol. 2020 Jul 1;38(19):2206-2207. Epub 2020 Apr 8. PMID: 32267782.

220. Chagoya G, Kwatra SG, Nanni CW, Roberts CM, Phillips SM, Nullmeyergh S, Gilmore SP, Spasojevic I, Corcoran DL, Young CC, **Ballman KV**, Ramakrishna R, Cross DA, Markert JM, Lim M, Gilbert MR, Lesser GJ, Kwatra MM. Efficacy of osimertinib against EGFRvIII+ glioblastoma. Oncotarget. 2020 Jun 2;11(22):2074-2082. PMID: 32547705; PMCID: PMC7275784.

221. Magbanua MJM, Savenkov O, Asmus EJ, **Ballman KV**, Scott JH, Park JW, Dickler M, Partridge A, Carey LA, Winer EP, Rugo HS. Clinical Significance of Circulating Tumor Cells in Hormone Receptor-positive Metastatic Breast Cancer Patients who Received Letrozole with or Without Bevacizumab. Clin Cancer Res. 2020 Sep 15;26(18):4911-4920. Epub 2020 Jun 25. PMID: 32586939; PMCID: PMC7501177.

222. Zhang WZ, Oromendia C, Kikkers SA, Butler JJ, O'Beirne S, Kim K, O'Neal WK, Freeman CM, Christenson SA, Peters SP, Wells JM, Doerschuk C, Putcha N, Barjaktarevic I, Woodruff PG, Cooper CB, Bowler RP, Comellas AP, Criner GJ, Paine R 3rd, Hansel NN, Han MK, Crystal RG, Kaner RJ, **Ballman KV**, Curtis JL, Martinez FJ, Cloonan SM. Increased airway iron parameters and risk for exacerbation in COPD: an analysis from SPIROMICS. Sci Rep. 2020 Jun 29;10(1):10562. PMID: 32601308; PMCID:PMC7324559.

223. Al Hussein Al Awamlh B, **Ballman KV**, Ma X, Hu JC, Shoag JE. Temporal trends in the number of men electing for conservative management for low-risk prostate cancer in the United States. Prostate Cancer Prostatic Dis. 2020 Dec;23(4):714-717. Epub 2020 Jul 13. PMID:32661433.

224. Gaudino M, Benedetto U, Fremes S, **Ballman K**, Biondi-Zoccai G, Sedrakyan A, Nasso G, Raman J, Buxton B, Hayward PA, Moat N, Collins P, Webb C, Peric M, Petrovic I, Yoo KJ, Hameed I, Di Franco A, Moscarelli M, Speziale G, Puskas JD, Girardi LN, Hare DL, Taggart DP; RADIAL Investigators. Association of Radial Artery Graft vs Saphenous Vein Graft With Long-term Cardiovascular Outcomes Among Patients Undergoing Coronary Artery Bypass Grafting: A Systematic Review and Meta-analysis. JAMA. 2020 Jul 14;324(2):179-187. PMID: 32662861; PMCID: PMC7361649.

225. Jaeckle KA, **Ballman KV**, van den Bent M, Giannini C, Galanis E, Brown PD, Jenkins RB, Cairncross JG, Wick W, Weller M, Aldape KD, Dixon JG, Anderson SK, Cerhan JH, Wefel JS, Klein M, Grossman SA, Schiff D, Raizer JJ, Dhermain F, Nordstrom DG, Flynn PJ, Vogelbaum MA. CODEL: phase III study of RT, RT + TMZ, or TMZ for newly diagnosed 1p/19q codeleted oligodendroglioma. Analysis from the initial study design. Neuro Oncol. 2021 Mar 25;23(3):457-467. PMID: 32678879; PMCID: PMC7992874.

226. Rosenkranz KM, **Ballman K**, McCall L, McCarthy C, Kubicky CD, Cuttino L, Hunt KK, Giuliano A, Van Zee KJ, Haffty B, Boughey JC. Cosmetic Outcomes Following Breast-Conservation Surgery and Radiation for Multiple Ipsilateral Breast Cancer: Data from the Alliance Z11102 Study. Ann Surg Oncol. 2020 Nov;27(12):4650-4661. Epub 2020 Jul 22. PMID:32699926; PMCID: PMC7554157.

227. Riedel RF, **Ballman KV**, Lu Y, Attia S, Loggers ET, Ganjoo KN, Livingston MB, Chow W, Wright J, Ward JH, Rushing D, Okuno SH, Reed DR, Liebner DA, Keedy VL, Mascarenhas L, Davis LE, Ryan C, Reinke DK, Maki RG. A Randomized, Double-Blind, Placebo-Controlled, Phase II Study of Regorafenib Versus

Placebo in Advanced/Metastatic, Treatment-Refractory Liposarcoma: Results from the SARC024 Study. Oncologist. 2020 Nov;25(11):e1655-e1662. Epub 2020 Aug 20. PMID: 32701199; PMCID: PMC7648334.

228. Bueno R, Richards WG, Harpole DH, **Ballman KV**, Tsao MS, Chen Z, Wang X, Chen G, Chirieac LR, Chui MH, Franklin WA, Giordano TJ, Govindan R, Joshi MB, Merrick DT, Rivard CJ, Sporn T, van Bokhoven A, Yu H, Shepherd FA, Watson MA, Beer DG, Hirsch FR. Multi-Institutional Prospective Validation of Prognostic mRNA Signatures in Early Stage Squamous Lung Cancer (Alliance). J Thorac Oncol. 2020 Nov;15(11):1748-1757. Epub 2020 Jul 24. PMID: 32717408; PMCID: PMC8278226.

229. Ou FS, Le-Rademacher JG, **Ballman KV**, Adjei AA, Mandrekar SJ. Guidelines for Statistical Reporting in Medical Journals. J Thorac Oncol. 2020 Nov;15(11):1722-1726. Epub 2020 Aug 25. PMID: 32858236; PMCID: PMC7642026.

230. CODA Collaborative, Flum DR, Davidson GH, Monsell SE, Shapiro NI, Odom SR, Sanchez SE, Drake FT, Fischkoff K, Johnson J, Patton JH, Evans H, Cuschieri J, Sabbatini AK, Faine BA, Skeete DA, Liang MK, Sohn V, McGrane K, Kutcher ME, Chung B, Carter DW, Ayoung-Chee P, Chiang W, Rushing A, Steinberg S, Foster CS, Schaetzel SM, Price TP, Mandell KA, Ferrigno L, Salzberg M, DeUgarte DA, Kaji AH, Moran GJ, Saltzman D, Alam HB, Park PK, Kao LS, Thompson CM, Self WH, Yu JT, Wiebusch A, Winchell RJ, Clark S, Krishnadasan A, Fannon E, Lavallee DC, Comstock BA, Bizzell B, Heagerty PJ, Kessler LG, Talan DA. A Randomized Trial Comparing Antibiotics with Appendectomy for Appendicitis. N Engl J Med. 2020 Nov 12;383(20):1907-1919. Epub 2020 Oct 5. PMID: 33017106.

231. Cyrta J, Augspach A, De Filippo MR, Prandi D, Thienger P, Benelli M, Cooley V, Bareja R, Wilkes D, Chae SS, Cavaliere P, Dephoure N, Uldry AC, Lagache SB, Roma L, Cohen S, Jaquet M, Brandt LP, Alshalalfa M, Puca L, Sboner A, Feng F, Wang S, Beltran H, Lotan T, Spahn M, Kruithof-de Julio M, Chen Y, **Ballman KV**, Demichelis F, Piscuoglio S, Rubin MA. Role of specialized composition of SWI/SNF complexes in prostate cancer lineage plasticity. Nat Commun. 2020 Nov 3;11(1):5549. PMID: 33144576; PMCID:PMC7642293.

232. Katz MS, McCall L, **Ballman K**, Jagsi R, Haffty BG, Giuliano AE. Correction to: Nomogram-based estimate of axillary nodal involvement in ACOSOG Z0011 (Alliance): validation and association with radiation protocol variations. Breast Cancer Res Treat. 2021 Feb;185(3):891. Erratum for: Breast Cancer Res Treat. 2020 Apr;180(2):429-436. PMID: 33284425.

233. Chugh R, **Ballman KV**, Helman LJ, Patel S, Whelan JS, Widemann B, Lu Y, Hawkins DS, Mascarenhas L, Glod JW, Ji J, Zhang Y, Reinke D, Strauss SJ. SARC025 arms 1 and 2: A phase 1 study of the poly(ADP-ribose) polymerase inhibitor niraparib with temozolomide or irinotecan in patients with advanced Ewing sarcoma. Cancer. 2021 Apr 15;127(8):1301-1310. Epub 2020 Dec 8. PMID: 33289920; PMCID: PMC8246769.

234. Weiss A, Cooley V, Al-Hilli Z, **Ballman K**, Poorvu N, Haffty B, Hunt KK, Nelson H, Blair SL, Boughey J. Extrapolation of ACOSOG Z0011 trial results-A survey of breast cancer providers. Breast J. 2021 Jun;27(6):537-542. Epub 2021 Mar 15. PMID: 33720478.

235. Masterson Creber R, Safford M, **Ballman K**, Myers A, Fremes S, Gaudino M. Randomized comparison of the clinical Outcome of single versus Multiple Arterial grafts: Quality of Life (ROMA:QOL) - Rationale and Study Protocol. Eur Heart J Qual Care Clin Outcomes. 2021 Mar 29:qcab022. Epub ahead of print. PMID: 33779716.

236. Weiss A, Campbell J, **Ballman KV**, Sikov WM, Carey LA, Hwang ES, Poppe MM, Partridge AH, Ollila DW, Golshan M. Factors Associated with Nodal Pathologic Complete Response Among Breast Cancer Patients Treated with Neoadjuvant Chemotherapy: Results of CALGB 40601 (HER2+) and 40603 (Triple-Negative) (Alliance). Ann Surg Oncol. 2021 Apr 5. Epub ahead of print. PMID: 33821344.

237. Haddad TC, He J, O'Sullivan CC, Chen B, Northfelt D, Dueck AC, **Ballman KV**, Tenner KS, Linden H, Sparano JA, Hopkins JO, De Silva C, Perez EA, Haluska P, Goetz MP. Randomized Phase II Trial of Capecitabine and Lapatinib with or without IMC-A12 (Cituxumumab) in Patients with HER2-Positive Advanced Breast Cancer Previously Treated with Trastuzumab and Chemotherapy: NCCTG N0733 (Alliance). Breast Cancer Res Treat. 2021 Jul;188(2):477-487. Epub 2021 Apr 14. PMID: 33852121; PMCID: PMC8262517.

238. Zhang WZ, Hoffman KL, Schiffer KT, Oromendia C, Rice MC, Barjaktarevic I, Peters SP, Putcha N, Bowler RP, Wells JM, Couper DJ, Labaki WW, Curtis JL, Han MK, Paine R 3rd, Woodruff PG, Criner GJ, Hansel NN, Diaz I, **Ballman KV**, Nakahira K, Choi ME, Martinez FJ, Choi AMK, Cloonan SM. Association of plasma mitochondrial DNA with COPD severity and progression in the SPIROMICS cohort. Respir Res. 2021 Apr 26;22(1):126. PMID:33902556; PMCID: PMC8074408.

239. Rosenberg JE, **Ballman K**, Halabi S, Atherton PJ, Mortazavi A, Sweeney C, Stadler WM, Teply BA, Picus J, Tagawa ST, Katragadda S, Vaena D, Misleh J, Hoimes C, Plimack ER, Flaig TW, Dreicer R, Bajorin D, Hahn O, Small EJ, Morris MJ. Randomized Phase III Trial of Gemcitabine and Cisplatin With Bevacizumab or Placebo in Patients With Advanced Urothelial Carcinoma: Results of CALGB 90601 (Alliance). J Clin Oncol. 2021 Aug 1;39(22):2486-2496. Epub 2021 May 14. PMID: 33989025.

240. Weiss A, Campbell J, **Ballman KV**, Sikov WM, Carey LA, Hwang ES, Poppe MM, Partridge AH, Ollila DW, Golshan M. ASO Visual Abstract: Factors Associated with Nodal Pathologic Complete Response Among Breast Cancer Patients Treated with Neoadjuvant Chemotherapy: Results of CALGB 40601 (HER2+) and 40603 (Triple-Negative) (Alliance). Ann Surg Oncol. 2021 May 15. Epub ahead of print. PMID: 33993374.

241. Altorki NK, McGraw TE, Borczuk AC, Saxena A, Port JL, Stiles BM, Lee BE, Sanfilippo NJ, Scheff RJ, Pua BB, Gruden JF, Christos PJ, Spinelli C, Gakuria J, Uppal M, Binder B, Elemento O, **Ballman KV**, Formenti SC. Neoadjuvant durvalumab with or without stereotactic body radiotherapy in patients with early-stage non-small-cell lung cancer: a single-centre, randomised phase 2 trial. Lancet Oncol. 2021 Jun;22(6):824-835. Epub 2021 May 18. PMID: 34015311.

242. Gjyrezi A, Galletti G, Zhang J, Worroll D, Sigouros M, Kim S, Cooley V, **Ballman KV**, Ocean AJ, Shah MA, Scandura JM, Sboner A, Nanus DM, Beltran H, Tagawa S, Giannakakou P. Androgen receptor variant shows heterogeneous expression in prostate cancer according to differentiation stage. Commun Biol. 2021 Jun 24;4(1):785. PMID: 34168263; PMCID: PMC8225618.

243. Haddad TC, He J, O'Sullivan CC, Chen B, Northfelt D, Dueck AC, **Ballman KV**, Tenner KS, Linden H, Sparano JA, Hopkins JO, De Silva C, Perez EA, Haluska P, Goetz MP. Randomized Phase II Trial of Capecitabine and Lapatinib with or without IMC-A12 (Cituxumumab) in Patients with HER2-Positive Advanced Breast Cancer Previously Treated with Trastuzumab and Chemotherapy: NCCTG N0733 (Alliance). Breast Cancer Res Treat. 2021 Jul;188(2):477-487. Epub 2021 Apr 14. PMID: 33852121; PMCID: PMC8262517.

244. Rosenberg JE, **Ballman K**, Halabi S, Atherton PJ, Mortazavi A, Sweeney C, Stadler WM, Teply BA, Picus J, Tagawa ST, Katragadda S, Vaena D, Misleh J, Hoimes C, Plimack ER, Flaig TW, Dreicer R, Bajorin D, Hahn O, Small EJ, Morris MJ. Randomized Phase III Trial of Gemcitabine and Cisplatin With Bevacizumab or Placebo in Patients With Advanced Urothelial Carcinoma: Results of CALGB 90601 (Alliance). J Clin Oncol. 2021 Aug 1;39(22):2486-2496. Epub 2021 May 14. PMID: 33989025; PMCID: PMC8462587.

245. Weiss A, Campbell J, **Ballman KV**, Sikov WM, Carey LA, Hwang ES, Poppe MM, Partridge AH, Ollila DW, Golshan M. Factors Associated with Nodal Pathologic Complete Response Among Breast Cancer Patients Treated with Neoadjuvant Chemotherapy: Results of CALGB 40601 (HER2+) and 40603 (Triple-Negative) (Alliance). Ann Surg Oncol. 2021 Oct;28(11):5960-5971. Epub 2021 Apr 5. PMID: 33821344; PMCID: PMC8532250.

246. Cuttino LW, McCall L, Kubicky C, **Ballman KV**, Le-Petross H, Hunt KK, Haffty B, Rosenkranz KM, Boughey JC. The Feasibility of Radiotherapy after Breast-Conserving Surgery for Multiple Ipsilateral Breast Cancer: An Initial Report from ACOSOG Z11102 (Alliance) Trial. Int J Radiat Oncol Biol Phys. 2021 Oct 8:S0360-3016(21)02872-8. Epub ahead of print. PMID: 34634438.

247. O'Sullivan CC, **Ballman KV**, McCall L, Kommalapati A, Zemla T, Weiss A, Mitchell M, Blinder V, Tung NM, Irvin WJ, Lee M, Goetz MP, Symmans WF, Borges VF, Krop I, Carey LA, Partridge AH. Alliance A011801 (compassHER2 RD):postneoadjuvant T-DM1 + tucatinib/placebo in patients with residual HER2-positive invasive breast cancer. Future Oncol. 2021 Oct 12. Epub 2021 Oct 12. PMID: 34636255; PMCID: PMC8600597.

248. Gaudino M, Sanna T, Ballman KV, Robinson NB, Hameed I, Audisio K, Rahouma M, Di Franco A, Soletti GJ, Lau C, Rong LQ, Massetti M, Gillinov M, Ad N, Voisine P, DiMaio JM, Chikwe J, Fremes SE, Crea F, Puskas JD, Girardi L; PALACS Investigators. Posterior left pericardiotomy for the prevention of atrial fibrillation after cardiac surgery: an adaptive, single-centre, single-blind, randomised, controlled trial. Lancet. 2021 Dec 4;398(10316):2075-2083. Epub 2021 Nov 14. PMID: 34788640.

## 2. Editorials and Letters

1. Ellis M, **Ballman K**. Trawling for genes that predict response to breast cancer adjuvant therapy. J Clin Oncol. 2004 Jun 15; 22(12):2267-9. (Editorial) PMID:15136594.
2. Goodwin PJ, **Ballman KV**, Small EJ, Cannistra SA. Evaluation of treatment benefit in Journal of Clinical Oncology. J Clin Oncol. 2013 Mar 20; 31(9):1123-4. Epub 2013 Jan 28. PMID:23358984. DOI:10.1200/JCO.2012.47.6952. (Editorial)
3. Sleijfer S, **Ballman K**, Verweij J. The future of drug development? Seeking evidence of activity of novel drugs in small groups of patients. J Clin Oncol. 2013 Jun 20; 31(18):2246-8. Epub 2013 Apr 29. PMID:23630203. DOI:10.1200/JCO.2013.48.7645. (Editorial)
4. Nelson H, **Ballman K**. Achieving the right volume of randomized controlled trials. Ann Surg. 2013 Aug; 258(2):208-9. PMID:23751450. DOI:10.1097/SLA.0b013e31829c4a05. (Editorial)
5. **Ballman KV**. Phase I trial improvement: a question of patient selection, trial design, or both? J Clin Oncol. 2014 Feb 20; 32(6):489-90. Epub 2014 Jan 13. PMID:24419111. DOI:10.1200/JCO.2013.53.6896. (Editorial)
6. Goodwin PJ, **Ballman KV**, Levine M. Twenty-twenty hindsight: an adjuvant breast cancer trial through the retrospectoscope. J Clin Oncol. 2014 Aug 1; 32(22):2284-6. Epub 2014 Jun 16. PMID:24934788. DOI:10.1200/JCO.2014.55.9344. (Editorial)
7. Connolly HM, **Ballman KV**, Roger VL, Tajik AJ. Aortic stenosis: no more hemodynamic cardiac catheterization! Mayo Clin Proc. 2001 Sep; 76(9):961. PMID:11560311. DOI:10.4065/76.9.961. (Letter)
8. Cooper LT, Tse TS, Mikhail MA, McBane RD, Stanson AW, **Ballman KV**. Long-term survival and amputation risk in Thromboangiitis obliterans (Buerger's disease). J Am Coll Cardiol. 2004 Dec 21; 44(12):2410-1. PMID:15607407. (Letter)
9. Giuliano AE, Morrow M, **Ballman KV**. Axillary vs sentinel lymph node dissection for invasive breast cancer. JAMA. 2011 Jun 8; 305(22):2290-1. (Letter)
10. Goodwin PJ, **Ballman KV**, Small EJ, Levine M, Cannistra SA. Evaluation of treatment benefit: randomized controlled trials and population-based observational research reply. J Clin Oncol. 2013 Sep 10; 31(26):3300. (Letter)
11. **Ballman KV**, Mauer M, Wedding U, Mohile SG, Muss H, Extermann M, Luciani A, Cohen HJ, Hurria A, Lichtman SM, Curigliano G, Wildiers H. Reply to L.K. Mell et al. J Clin Oncol. 2014 Apr 1; 32(10):1090-1. Epub 2014 Feb 18. PMID:24550420. DOI:10.1200/JCO.2013.54.5236. (Letter)
12. **Ballman KV**. Reply to D.M. Hyman et al and M. Voskoboynik et al. J Clin Oncol. 2014 Oct 1; 32(28):3200. Epub 2014 Jul 28. PMID:25071106. DOI:10.1200/JCO.2014.56.5770. (Letter)
13. **Ballman KV**. Surprising results from an angiotensin-converting enzyme inhibitor trial in patients with chronic obstructive pulmonary disease. Am J Respir Crit Care Med. 2016; 194(11):1307-1308.
14. **Ballman KV**, McCall LM, Giuliano AE. Axillary vs Sentinel Lymph Node Dissection in Women With Invasive Breast Cancer-Reply. JAMA. 2018 Jan 16;319(3):306-307. doi: 10.1001/jama.2017.18318. PubMed PMID: 29340672.
15. Rosenkranz KM, **Ballman K**, McCall L, Kubicky CD, Cuttino L, Le-Petross H, Hunt K, Giuliano A, Van Zee K, Haffty B, Boughey J. Reply to "Can Patients with Multiple Breast Cancers in the Same Breast Avoid Mastectomy by Having Multiple Lumpectomies to Achieve Equivalent Rates of Local Breast Cancer Recurrence? Response to the Preliminary Alliance 11102 Trial Report". Ann Surg Oncol. 2019. Feb;26(2):702. doi: 10.1245/s10434-018-6984-6. Epub 2018 Dec 12. PubMed PMID: 30542836.

## 3. Chapters

1. **Ballman KV,** Votta L. Organizational congestion in large-scale software development. Proceedings of the Third International Conference on Software Process, 1994.

2. **Ballman KV**. Real Data in Classroom Examples. In: Teaching Resources for Undergraduate Statistics. 2000. (Book chapter)
3. **Ballman KV**. Handbook of Clinical Cancer Research. Springer 2018. (Book chapter)
4. **Ballman KV**. Predictive Biomarkers in Oncology. Springer 2019. (Book chapter)

# APPENDIX B

**MATERIALS RELIED UPON**

**Court Documents**

Plaintiffs' Third Amended Medical Monitoring Class Action Complaint, *Valsartan Products Liability Litigation*, November 1, 2021.

Plaintiffs' Memorandum of Law in Support of the Medical Monitoring Plaintiffs' Motion for Class Certification, *Valsartan Products Liability Litigation*, November 10, 2021.

**Expert Reports**

Rule 26 Expert Report of Dipak Panigrahy, MD, *Valsartan, Losartan, and Irbesartan Products Liability Litigation*, July 6, 2021 (hereafter, "Panigrahy Report").

Rule 26 Expert Report of David Madigan, PhD, *Valsartan, Losartan, and Irbesartan Products Liability Litigation*, July 6, 2021 (hereafter, "Madigan Report").

**Data**

APL-MDL 2875-0139456

Auro-MDL 2875-0104586

Auro-MDL 2875-0113985

HETERO_USA000025245

MYLAN-MDL2875-00895544

PRINSTON00075797

SOLCO00028261

TEVA-MDL2875-00063060

TEVA-MDL2875-00693422

TEVA-MDL2875-00693423

TEVA-MDL2875-00693424

TEVA-MDL2875-00765603

TEVA-MDL2875-00765609

*U.S. Food & Drug Administration*, "Laboratory analysis of valsartan products," available at   https://www.fda.gov/drugs/drug-safety-and-availability/laboratory-analysis-valsartan-products; Rule 26 Expert Report of Dipak Panigrahy, MD, *Valsartan, Losartan, and Irbesartan Products Liability Litigation.* July 6, 2021 (hereafter, "Panigrahy Report"), 90.

ZHP00079913

## Literature

Goodman MT, Hankin JH, Wilkens LR, et al. (1992). High-fat foods and the risk of lung cancer. Epidemiology. 3:288–99.

Hidajat M, McElvenny DM, Ritchie P, et al. (2019). Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up. Occup Environ Med 76(4):250-258. doi: 10.1136/oemed-2018-105181. The Hidajat study involved occupational inhalation exposure of NDMA and other carcinogens to factory workers in the UK rubber industry.

Loh, Y. H., Jakszyn, P., Luben, R. N., Mulligan, A. A., Mitrou, P. N., & Khaw, K. T. (2011). N-nitroso compounds and cancer incidence: the European Prospective Investigation into Cancer and Nutrition (EPIC)–Norfolk Study. The American Journal of Clinical Nutrition, 93(5), 1053-1061.

Song, P., Wu, L., & Guan, W. (2015). Dietary nitrates, nitrites, and nitrosamines intake and the risk of gastric cancer: a meta-analysis. Nutrients. 7(12), 9872-9895.

Snodin DJ, Elder DP. (2019). Short commentary on NDMA (N-nitrosodimethylamine) contamination of valsartan products. Regul Toxicol Pharmacol. 103:325-329. doi: 10.1016/j.yrtph.2019.01.007. Epub 2019 Jan 8. PMID: 30629969.

Zheng, J., Stuff, J., Tang, H., Hassan, M. M., Daniel, C. R., & Li, D. (2019). Dietary N-nitroso compounds and risk of pancreatic cancer: results from a large case-control study. Carcinogenesis, 40(2), 254-262. doi:10.1093/carcin/bgy169