## INDEX OF WHOLESALER OPPOSITION EXHIBITS AND APPENDICES

| Exhibit | Description |
|---------|-------------|
| A | ███████████ |

| Appendix | Description |
|----------|-------------|
| 1 | Exemplar Cases Denying Certification of National, Multi-State, and/or Single State UE Classes |
| 2 | Examples of State Law Variations Regarding When an UE Claim May Be Asserted |
| 3 | UE: Directness of Relationship between Plaintiff and Defendant or of Benefit Conferred |
| 4 | UE: Survey of Defendant Conduct Requirements across 44* Jurisdictions |
| 5 | Statutes of Limitation Governing UE Claims |
| 6 | State Law Variations on the Proper Measure of UE |
| 7 | States Providing Statutory Protection For Innocent Sellers |
| 8 | Most Significant Relationship Factors |
| 9 | What Is "Unjust" Is Inherently Fact-Specific and Individualized |
| 10 | Wholesaler-Specific Expert Opinions |