# EXHIBIT A

# Wholesalers' Stipulation

**Document Filed Under Seal**