# APPENDIX 7

# States Providing Statutory Protection For Innocent Sellers

## States Providing Statutory Protection For Innocent Sellers

| Jurisdiction | Citation | Exception if seller had substantial control in product manufacture, design, specifications, assembly, etc. | Exception if seller modified or altered product, or created the defect, through negligence or otherwise | Exception if unable to secure jurisdiction over manufacturer | Exception if manufacturer is insolvent or unable to satisfy judgment | Exception if SOL expired as to claim against manufacturer | Exception if seller had actual knowledge of defect | Exception if seller should have known of the defect | Exception if seller made express warranties that caused the injury | Exception if product is sold under seller's label or name | Exception if there is a parent-subsidiary or similar corporate relationship between manufacturer and seller | Plaintiff bears burden of establishing statutory exceptions are met | Seller bears burden of establishing statutory exceptions are not met | Seller is required to submit an affidavit identifying the manufacturer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | Ala. Code § 6-5-521(b) | ✓ | ✓ | | | | | | | | | | ✓ | |
| Colorado | Colo. Rev. Stat. Ann. §§ 13-21-401, 402 | ✓ | | ✓ | | | ✓ | | | | ✓ | | ✓ *Nash v. Wal-Mart*, No. 15-CV-02330-RM-MEH, 2016 WL 10519158, at *13–14 (D. Colo. Dec. 5, 2016)[1] | |
| Delaware | Del. Code Ann. tit. 18, § 7001 | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | | | | ✓ | |
| Georgia | Ga. Code Ann. § 51-1-11.1 | | | | | | | | | | | N/A – no statutory exceptions for liability of innocent seller | N/A – no statutory exceptions for liability of innocent seller | |
| Idaho | Idaho Code Ann § 6-1407 | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | | | ✓ | | ✓ *Crandall v. Seagate Tech.*, No. 1:10-CV-128-MHW, 2011 WL 280990, at *6 (D. Idaho Jan. 25, 2011) | |

---

[1] Where the statute does not explicitly set out an exception or requirement, supporting case law is provided.

| Jurisdiction | Citation | Exception if seller had substantial control in product manufacture, design, specifications, assembly, etc. | Exception if seller modified or altered product, or created the defect, through negligence or otherwise | Exception if unable to secure jurisdiction over manufacturer | Exception if manufacturer is insolvent or unable to satisfy judgment | Exception if SOL expired as to claim against manufacturer | Exception if seller had actual knowledge of defect | Exception if seller should have known of the defect | Exception if seller made express warranties that caused the injury | Exception if product is sold under seller's label or name | Exception if there is a parent-subsidiary or similar corporate relationship between manufacturer and seller | Plaintiff bears burden of establishing statutory exceptions are met | Seller bears burden of establishing statutory exceptions are not met | Seller is required to submit an affidavit identifying the manufacturer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Illinois | 735 Ill. Comp. Stat. 5/2-621(a)[2] | ✓ | | ✓ | ✓ | ✓ | ✓ | | | | | ✓ | | ✓ |
| Indiana | Ind. Code Ann. §§ 34-20-2-3, 34-20-2-4 | | | ✓ | | | | | | | | ✓ *Indiana Farm Bureau Ins. v. Amazon.Com, Inc.*, No. 119CV01568 JRSTAB, 2020 WL 9424669, at *3 (S.D. Ind. Jan. 28, 2020) | | |
| Iowa | Iowa Code Ann. § 613.18(1) | | | ✓ | ✓ | | | | | | | | ✓ | |
| Kansas | Kan. Stat. Ann. § 60-3306 | | | ✓ | ✓ | | ✓ | ✓ | | | | | ✓ | |
| Kentucky | Ky. Rev. Stat. Ann. § 411.340 | | ✓ | ✓ | | | ✓ | ✓ | ✓ | | | | ✓ | |

[2] Note, while a 1995 amendment to the statute was held unconstitutional, the statute is still valid and applied by Illinois courts. *See, e.g.*, *Cassidy v. China Vitamins, LLC*, 2018 IL 122873, 120 N.E.3d 959.

| Jurisdiction | Citation | Exception if seller had substantial control in product manufacture, design, specifications, assembly, etc. | Exception if seller modified or altered product, or created the defect, through negligence or otherwise | Exception if unable to secure jurisdiction over manufacturer | Exception if manufacturer is insolvent or unable to satisfy judgment | Exception if SOL expired as to claim against manufacturer | Exception if seller had actual knowledge of defect | Exception if seller should have known of the defect | Exception if seller made express warranties that caused the injury | Exception if product is sold under seller's label or name | Exception if there is a parent-subsidiary or similar corporate relationship between manufacturer and seller | Plaintiff bears burden of establishing statutory exceptions are met | Seller bears burden of establishing statutory exceptions are not met | Seller is required to submit an affidavit identifying the manufacturer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Louisiana | La. Stat. Ann. §§ 9:2800.5, 53 | | | | | | ✓ *Jones v. Emps. Mut. Liab. Ins. Co.*, 430 So. 2d 357, 359 (La. Ct. App. 1983) | ✓ *Jones v. Emps. Mut. Liab. Ins. Co.*, 430 So. 2d 357, 359 (La. Ct. App. 1983) | | | | ✓ *Jones v. Emps. Mut. Liab. Ins. Co.*, 430 So. 2d 357, 359 (La. Ct. App. 1983) | | |
| Maryland | Md. Code Ann., Cts. and Jud. Proc. § 5-405(b) | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | | | | | ✓ | |
| Michigan | Mich. Comp. Laws Ann. § 600.2947(6) | | | | | | ✓ | ✓ | | | | ✓ *Thompson v. Nestle Waters N. Am., Inc.*, No. 2:21-CV-11054, 2021 WL 5114567, at *4–5 (E.D. Mich. Nov. 3, 2021) | | |
| Minnesota | Minn. Stat. Ann. § 544.41 | ✓ | | ✓ | ✓ | ✓ | ✓ | | | | | ✓ | | ✓ |
| Mississippi | Miss. Code Ann. § 11-1-63(h) | ✓ | ✓ | | | | ✓ | ✓ | | | | ✓ *Hinton v. Sportsman's Guide, Inc.*, 285 So. 3d 142, 147 (Miss. 2019) | | |
| Missouri | Mo. Ann. Stat. § 537.762 | | | ✓ | ✓ | | | | | | | | ✓ | |

| Jurisdiction | Citation | Exception if seller had substantial control in product manufacture, design, specifications, assembly, etc. | Exception if seller modified or altered product, or created the defect, through negligence or otherwise | Exception if unable to secure jurisdiction over manufacturer | Exception if manufacturer is insolvent or unable to satisfy judgment | Exception if SOL expired as to claim against manufacturer | Exception if seller had actual knowledge of defect | Exception if seller should have known of the defect | Exception if seller made express warranties that caused the injury | Exception if product is sold under seller's label or name | Exception if there is a parent-subsidiary or similar corporate relationship between manufacturer and seller | Plaintiff bears burden of establishing statutory exceptions are met | Seller bears burden of establishing statutory exceptions are not met | Seller is required to submit an affidavit identifying the manufacturer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | *Miravalle v. One World Techs., Inc.*, No. 4:18 CV 304 JMB, 2018 WL 3643722, at *2 (E.D. Mo. Aug. 1, 2018) | |
| Nebraska | Neb. Rev. Stat. Ann. § 25-21,181 | | | | | | | | | | | N/A – no statutory exceptions for liability of innocent seller | N/A – no statutory exceptions for liability of innocent seller | |
| New Jersey | N.J. Stat. Ann. § 2A:58C-9 | ✔ | | ✔ | ✔ | | ✔ | ✔ | | | | Case law divided. *Schweiger v. Standard Tile Supply, Co.*, No. A-1322-18T2, 2019 WL 5783478, at *2 (N.J. Super. Ct. App. Div. Nov. 6, 2019) | Case law divided. *Guignard v. Biomet, Inc.*, No. CV1814521K SHCLW, 2019 WL 2723905, at *3 (D.N.J. June 30, 2019) | ✔ (Statute does not require affidavit, but a seller may submit one) |
| North Carolina | N.C. Gen. Stat. Ann. § 99B-2 | | ✔ | ✔ | ✔ | | | ✔ | ✔ | | | ✔ *Ziglar v. E. I. Du Pont De Nemours & Co.*, 53 N.C. App. 147, 152, 280 S.E.2d 510, 514 (1981) | | |

| Jurisdiction | Citation | Exception if seller had substantial control in product manufacture, design, specifications, assembly, etc. | Exception if seller modified or altered product, or created the defect, through negligence or otherwise | Exception if unable to secure jurisdiction over manufacturer | Exception if manufacturer is insolvent or unable to satisfy judgment | Exception if SOL expired as to claim against manufacturer | Exception if seller had actual knowledge of defect | Exception if seller should have known of the defect | Exception if seller made express warranties that caused the injury | Exception if product is sold under seller's label or name | Exception if there is a parent-subsidiary or similar corporate relationship between manufacturer and seller | Plaintiff bears burden of establishing statutory exceptions are met | Seller bears burden of establishing statutory exceptions are not met | Seller is required to submit an affidavit identifying the manufacturer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| North Dakota | N.D. Cent. Code Ann. § 28-01.3-04 | ✓ | ✓ | | | ✓ | ✓ | | | | | ✓ | | ✓ |
| Ohio | Ohio Rev. Code Ann. § 2307.78 | | ✓ | ✓ | ✓ | | | | ✓ | ✓ | ✓ | ✓ | | |
| Oklahoma | Okla. Stat. Ann. tit. 76 § 57.2(E) | ✓ | ✓ | ✓ | ✓ | | | | ✓ | | | ✓ *Shelton v. Sha Ent., LLC,* No. CV-20-644-D, 2021 WL 5762801, at *3 (W.D. Okla. Dec. 3, 2021) | | |
| South Dakota | S.D. Codified Laws § 20-9-9 | | | | | | ✓ | ✓ | | | | ✓ *McAllister-Lewis v. Goodyear Dunlop Tires N. Am., Ltd.,* No. CIV 14-4103, 2017 WL 3207730, at *3 (D.S.D. July 27, 2017) | | |
| Tennessee | Tenn. Code Ann. § 29-28-106 | ✓ | ✓ | ✓ | ✓ | | | | ✓ | | | ✓ *Woods v. Tom Williams BMW,* No. 18-CV-1110-STA-JAY, 2019 WL | | |

| Jurisdiction | Citation | Exception if seller had substantial control in product manufacture, design, specifications, assembly, etc. | Exception if seller modified or altered product, or created the defect, through negligence or otherwise | Exception if unable to secure jurisdiction over manufacturer | Exception if manufacturer is insolvent or unable to satisfy judgment | Exception if SOL expired as to claim against manufacturer | Exception if seller had actual knowledge of defect | Exception if seller should have known of the defect | Exception if seller made express warranties that caused the injury | Exception if product is sold under seller's label or name | Exception if there is a parent-subsidiary or similar corporate relationship between manufacturer and seller | Plaintiff bears burden of establishing statutory exceptions are met | Seller bears burden of establishing statutory exceptions are not met | Seller is required to submit an affidavit identifying the manufacturer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  | 3462550, at *3 (W.D. Tenn. July 31, 2019) |  |  |
| Texas | Tex. Civ. Prac. & Rem. Code Ann. § 82.003 | ✓ | ✓ | ✓ | ✓ |  | ✓ |  | ✓ |  |  | ✓<br><br>*In re Atlas Tubular, L.P.,* 296 S.W.3d 363, 365 (Tex. App. 2009) |  |  |
| Washington | Wash. Rev. Code Ann. § 7.72.040 | ✓ | ✓ |  | ✓ |  |  |  | ✓ |  |  | Case law divided. *Pereira v. Cocoa Invs., Inc.*, 130 Wash. App. 1024, at *2 (2005) | Case law divided. *Swartwood v. Fun-Tastic Shows Inc.*, No. C17-5971 BHS, 2019 WL 1777728, at *2 (W.D. Wash. Apr. 23, 2019) |  |
| Wisconsin | Wis. Stat. Ann. § 895.047(2) | ✓ |  | ✓ | ✓ |  |  |  |  | ✓ |  | ✓ |  |  |