# APPENDIX 8

# Most Significant Relationship Factors

## Most Significant Relationship Factors

|   | Factor | Home State | Defendants' Principal Place of Business |
|---|--------|------------|------------------------------------------|
| 1 | Place where a relationship between the parties was centered | Location where the Plaintiff purchased and consumed the VCDs at issue | |
| 2 | Place where the act conferring the benefit or enrichment was done | Location where the "act conferring the benefit or enrichment" (i.e., the purchase) was done | |
| 3 | Domicile, residence, nationality, place of incorporation of the place of business of the parties | Plaintiffs' home state, or in the case of TPPs, their state of incorporation or principal place of business | |
| 4 | Place where a physical thing . . . which was substantially related to the enrichment, was situated at the time of the enrichment | Location of the VCDs at time of purchase | |
| 5 | Place where the benefit or enrichment was received | | Location where the Defendants received the benefit |

Restatement (Second) Conflict of Laws § 221; *see also Gray v. BMW of N. Am., LLC,* 22 F. Supp. 3d 373, 381 (D.N.J. 2014)