# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler, District Court Judge<br><br>**CERTIFICATION OF CLEM C. TRISCHLER** |

CLEM C. TRISCHLER, being of full age, certifies as follows:

1. I am a Partner at Pietragallo Gordon Alfano Bosick & Raspanti, LLP, attorneys for Defendants Mylan Laboratories, Ltd. and Mylan Pharmaceuticals, Inc. I also am a member of the Defense Executive Committee for all Defendants in this MDL. I make this Certification based on personal knowledge and in support of the Defendants' Motion to Compel the Production of Testing and Other Materials in the Possession of Class Expert, Dr. Ron Najafi.

2. Exhibit A, attached hereto, contains a true and correct copy of the condensed transcript of the deposition of Dr. Ron Najafi, taken in connection with the above-captioned matter on February 3, 2022.

3. Exhibit B, attached hereto, contains a true and correct copy of the label for Exforge (revised 06/2019), downloaded from FDA's website on April 13, 2022.

4. Exhibit C, attached hereto, contains a true and correct copy of the label for Diovan (revised 06/2019), downloaded from FDA's website on April 13, 2022.

1

5. Exhibit D, attached hereto, contains a true and correct copy of a printout (captured April 13, 2022) from FDA's website identifying ANDAs pertaining to the generic form of Diovan.

6. Exhibit E, attached hereto, contains a true and correct copy of a printout (captured April 13, 2022) from FDA's website identifying ANDAs pertaining to the generic form of Exforge.

7. Exhibit F, attached hereto, contains a true and correct copy of a printout (captured April 13, 2022) from the Orange Book website reflecting Approved Drug Products with Therapeutic Equivalence Evaluations containing the active ingredient, valsartan.

8. Exhibit G, attached hereto, contains a true and correct copy of FDA's Listing of Authorized Generics as of April 1, 2022, downloaded from FDA's website on April 13, 2022.

9. Exhibit H, attached hereto, contains a true and correct copy of FDA's Approval Letter, dated July 22, 2021, concerning a Supplemental New Drug Application submitted in connection with NDA 021283, downloaded from FDA's website on April 13, 2022.

Dated: April 13, 2022                                    Respectfully Submitted:

                                                    By: /s/ Clem C. Trischler
                                                        Clem C. Trischler
                                                        *Defense Executive Committee*

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
Clem C. Trischler,
Jason M. Reefer
Frank H. Stoy
38th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219
Tel: (412) 263-2000
Fax: (412) 263-2001
cct@pietragallo.com
jmr@pietragallo.com
fhs@pietragallo.com

*Counsel for Mylan Laboratories, Ltd. and Mylan Pharmaceuticals, Inc.*