# EXHIBIT D

# Drugs@FDA: FDA-Approved Drugs

**SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=BASICSEARCH.PROCESS)**

**TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=DRUGS@FDA: FDA-APPROVED DRUGS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=BASICSEARCH.PROCESS)**

±

**EMAIL (MAILTO:?SUBJECT=DRUGS@FDA: FDA-APPROVED DRUGS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=BASICSEARCH.PROCESS)**

**Home (index.cfm)** | **Previous Page**

## Search Results for "valsartan"

**Products listed on this page may not be equivalent to one another. (http://www.fda.gov/drugs/informationondrugs/ucm075234.htm#searches_about)**

| |
|---|
| **AMLODIPINE BESYLATE AND VALSARTAN** |
| **AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE** |
| **BYVALSON** |
| **DIOVAN** |
| **DIOVAN HCT** |
| **ENTRESTO** |
| **EXFORGE** |
| **EXFORGE HCT** |
| **HYDROCHLOROTHIAZIDE; VALSARTAN** |
| **PREXXARTAN** |
| **VALSARTAN** <br> • **VALSARTAN (VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=077492)** \| ANDA #077492 \| TABLET;ORAL \| Prescription \| OHM LABS INC |

- **VALSARTAN (VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=077530)** | ANDA #077530 | TABLET;ORAL | Prescription | IVAX PHARMS
- **VALSARTAN (VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=090642)** | ANDA #090642 | TABLET;ORAL | Discontinued | WATSON LABS INC
- **VALSARTAN (VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=090866)** | ANDA #090866 | TABLET;ORAL | Prescription | MYLAN
- **VALSARTAN (VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=091367)** | ANDA #091367 | TABLET;ORAL | Prescription | ALEMBIC PHARMS LTD
- **VALSARTAN (VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=201618)** | ANDA #201618 | TABLET;ORAL | Prescription | DR REDDYS
- **VALSARTAN (VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=201677)** | ANDA #201677 | TABLET;ORAL | Prescription | LUPIN LTD
- **VALSARTAN (VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=202223)** | ANDA #202223 | TABLET;ORAL | Prescription | AUROBINDO PHARMA LTD
- **VALSARTAN (VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=202696)** | ANDA #202696 | TABLET;ORAL | Prescription | MACLEODS PHARMS LTD
- **VALSARTAN (VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=202728)** | ANDA #202728 | TABLET;ORAL | Discontinued | TORRENT
- **VALSARTAN (VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=203311)** | ANDA #203311 | TABLET;ORAL | Prescription | HETERO LABS LTD V
- **VALSARTAN (VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=203536)** | ANDA #203536 | TABLET;ORAL | Prescription | JUBILANT GENERICS
- **VALSARTAN (VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=204011)** | ANDA #204011 | TABLET;ORAL | Prescription | AMNEAL PHARMS
- **VALSARTAN (VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=204038)** | ANDA #204038 | TABLET;ORAL | Prescription | SCIEGEN PHARMS INC
- **VALSARTAN (VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=204821)** | ANDA #204821 | TABLET;ORAL | Prescription | PRINSTON INC
- **VALSARTAN (VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=205347)** | ANDA #205347 | TABLET;ORAL | Prescription | SQUARE PHARMS
- **VALSARTAN (VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=205357)** | ANDA #205357 | TABLET;ORAL | None (Tentative Approval) | HUAREN PHARMACEUTICAL CO LTD
- **VALSARTAN (VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=205536)** | ANDA #205536 | TABLET;ORAL | Prescription | ALKEM LABS LTD
- **VALSARTAN (VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=209261)** | ANDA #209261 | TABLET;ORAL | Discontinued | UNICHEM
- **VALSARTAN (VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=214102)** | ANDA #214102 | SOLUTION;ORAL | Prescription | NOVITIUM PHARMA

**VALSARTAN AND HYDROCHLOROTHIAZIDE**

**VALSARTAN; HYDROCHLOROTHIAZIDE**

**VALTURNA**