# EXHIBIT E

# Drugs@FDA: FDA-Approved Drugs

**SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=BASICSEARCH.PROCESS)**

**TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=DRUGS@FDA: FDA-APPROVED DRUGS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=BASICSEARCH.PROCESS)**

±

**EMAIL (MAILTO:?SUBJECT=DRUGS@FDA: FDA-APPROVED DRUGS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=BASICSEARCH.PROCESS)**

**Home (index.cfm)** | **Previous Page**

### Search Results for "valsartan"

**Products listed on this page may not be equivalent to one another. (http://www.fda.gov/drugs/informationondrugs/ucm075234.htm#searches_about)**

| |
|---|
| **AMLODIPINE BESYLATE AND VALSARTAN** |
| **AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE** |
| **BYVALSON** |
| **DIOVAN** |
| **DIOVAN HCT** |
| **ENTRESTO** |
| **EXFORGE** |
| **EXFORGE HCT** |
| **HYDROCHLOROTHIAZIDE; VALSARTAN**<br>• **HYDROCHLOROTHIAZIDE; VALSARTAN (HYDROCHLOROTHIAZIDE; VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=205439)** \| ANDA #205439 \| TABLET;ORAL \| None (Tentative Approval) \| HUAREN PHARMACEUTICAL CO LTD |
| **PREXXARTAN** |
| **VALSARTAN** |

**VALSARTAN AND HYDROCHLOROTHIAZIDE**

- **VALSARTAN AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=078020)** | ANDA #078020 | TABLET;ORAL | Prescription | MYLAN PHARMS INC

- **VALSARTAN AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=078946)** | ANDA #078946 | TABLET;ORAL | Prescription | LUPIN LTD

- **VALSARTAN AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=091519)** | ANDA #091519 | TABLET;ORAL | Discontinued | WATSON LABS TEVA

- **VALSARTAN AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=201662)** | ANDA #201662 | TABLET;ORAL | Prescription | ALEMBIC PHARMS LTD

- **VALSARTAN AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=202519)** | ANDA #202519 | TABLET;ORAL | Prescription | AUROBINDO PHARMA LTD

- **VALSARTAN AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=203000)** | ANDA #203000 | TABLET;ORAL | Discontinued | CADILA

- **VALSARTAN AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=203026)** | ANDA #203026 | TABLET;ORAL | Discontinued | APOTEX INC

- **VALSARTAN AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=203145)** | ANDA #203145 | TABLET;ORAL | Prescription | MACLEODS PHARMS LTD

- **VALSARTAN AND HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE; VALSARTAN) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=206083)** | ANDA #206083 | TABLET;ORAL | Prescription | PRINSTON INC

**VALSARTAN; HYDROCHLOROTHIAZIDE**

- **VALSARTAN; HYDROCHLOROTHIAZIDE (VALSARTAN; HYDROCHLOROTHIAZIDE) (/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=091654)** | ANDA #091654 | TABLET; ORAL | None (Tentative Approval) | TORRENT PHARMS LTD

**VALTURNA**