# EXHIBIT F

# Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations

| Mkt.Status | Active Ingredient | Proprietary Name | Appl. No. | Dosage Form | Route | Strength | TE Code | RLD | RS | Applicant Holder |
|---|---|---|---|---|---|---|---|---|---|---|
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A202713 | TABLET | ORAL | EQ 5MG BASE; 160MG | AB | | | ALEMBIC PHARMACEUTICALS LTD |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A206512 | TABLET | ORAL | EQ 5MG BASE; 160MG | AB | | | AUROBINDO PHARMA LTD |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A205137 | TABLET | ORAL | EQ 5MG BASE; 160MG | AB | | | INVAGEN PHARMACEUTICALS INC |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A090245 | TABLET | ORAL | EQ 5MG BASE; 160MG | AB | | | LUPIN LTD |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A090483 | TABLET | ORAL | EQ 5MG BASE; 160MG | AB | | | MYLAN PHARMACEUTICALS INC |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A202829 | TABLET | ORAL | EQ 5MG BASE; 160MG | AB | | | NOVEL LABORATORIES INC |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A202713 | TABLET | ORAL | EQ 5MG BASE; 320MG | AB | | | ALEMBIC PHARMACEUTICALS LTD |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A206512 | TABLET | ORAL | EQ 5MG BASE; 320MG | AB | | | AUROBINDO PHARMA LTD |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A205137 | TABLET | ORAL | EQ 5MG BASE; 320MG | AB | | | INVAGEN PHARMACEUTICALS INC |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A090245 | TABLET | ORAL | EQ 5MG BASE; 320MG | AB | | | LUPIN LTD |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A090483 | TABLET | ORAL | EQ 5MG BASE; 320MG | AB | | | MYLAN PHARMACEUTICALS INC |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A202829 | TABLET | ORAL | EQ 5MG BASE; 320MG | AB | | | NOVEL LABORATORIES INC |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A202713 | TABLET | ORAL | EQ 10MG BASE; 160MG | AB | | | ALEMBIC PHARMACEUTICALS LTD |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A206512 | TABLET | ORAL | EQ 10MG BASE; 160MG | AB | | | AUROBINDO PHARMA LTD |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A205137 | TABLET | ORAL | EQ 10MG BASE; 160MG | AB | | | INVAGEN PHARMACEUTICALS INC |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A090245 | TABLET | ORAL | EQ 10MG BASE; 160MG | AB | | | LUPIN LTD |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A090483 | TABLET | ORAL | EQ 10MG BASE; 160MG | AB | | | MYLAN PHARMACEUTICALS INC |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A202829 | TABLET | ORAL | EQ 10MG BASE; 160MG | AB | | | NOVEL LABORATORIES INC |

| Mkt.Status | Active Ingredient | Proprietary Name | Appl. No. | Dosage Form | Route | Strength | TE Code | RLD | RS | Applicant Holder |
|---|---|---|---|---|---|---|---|---|---|---|
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A202713 | TABLET | ORAL | EQ 10MG BASE; 320MG | AB | | | ALEMBIC PHARMACEUTICALS LTD |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A206512 | TABLET | ORAL | EQ 10MG BASE; 320MG | AB | | | AUROBINDO PHARMA LTD |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A205137 | TABLET | ORAL | EQ 10MG BASE; 320MG | AB | | | INVAGEN PHARMACEUTICALS INC |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A090245 | TABLET | ORAL | EQ 10MG BASE; 320MG | AB | | | LUPIN LTD |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A090483 | TABLET | ORAL | EQ 10MG BASE; 320MG | AB | | | MYLAN PHARMACEUTICALS INC |
| RX | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A202829 | TABLET | ORAL | EQ 10MG BASE; 320MG | AB | | | NOVEL LABORATORIES INC |
| DISCN | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A090011 | TABLET | ORAL | EQ 5MG BASE; 160MG | | | | STRIDES PHARMA GLOBAL PTE LTD |
| DISCN | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A091235 | TABLET | ORAL | EQ 5MG BASE; 160MG | | | | TEVA PHARMACEUTICALS USA |
| DISCN | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A202377 | TABLET | ORAL | EQ 5MG BASE; 160MG | | | | TORRENT PHARMACEUTICALS LTD |
| DISCN | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A090011 | TABLET | ORAL | EQ 5MG BASE; 320MG | | | | STRIDES PHARMA GLOBAL PTE LTD |
| DISCN | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A091235 | TABLET | ORAL | EQ 5MG BASE; 320MG | | | | TEVA PHARMACEUTICALS USA |
| DISCN | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A202377 | TABLET | ORAL | EQ 5MG BASE; 320MG | | | | TORRENT PHARMACEUTICALS LTD |
| DISCN | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A090011 | TABLET | ORAL | EQ 10MG BASE; 160MG | | | | STRIDES PHARMA GLOBAL PTE LTD |
| DISCN | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A091235 | TABLET | ORAL | EQ 10MG BASE; 160MG | | | | TEVA PHARMACEUTICALS USA |
| DISCN | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A202377 | TABLET | ORAL | EQ 10MG BASE; 160MG | | | | TORRENT PHARMACEUTICALS LTD |
| DISCN | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A090011 | TABLET | ORAL | EQ 10MG BASE; 320MG | | | | STRIDES PHARMA GLOBAL PTE LTD |
| DISCN | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A091235 | TABLET | ORAL | EQ 10MG BASE; 320MG | | | | TEVA PHARMACEUTICALS USA |
| DISCN | AMLODIPINE BESYLATE; VALSARTAN | AMLODIPINE BESYLATE AND VALSARTAN | A202377 | TABLET | ORAL | EQ 10MG BASE; 320MG | | | | TORRENT PHARMACEUTICALS LTD |
| RX | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A206180 | TABLET | ORAL | EQ 5MG BASE; 12.5MG; 160MG | AB | | | AUROBINDO PHARMA LTD |
| RX | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A200797 | TABLET | ORAL | EQ 5MG BASE; 12.5MG; 160MG | AB | | | LUPIN LTD |

| Mkt.Status | Active Ingredient | Proprietary Name | Appl. No. | Dosage Form | Route | Strength | TE Code | RLD | RS | Applicant Holder |
|---|---|---|---|---|---|---|---|---|---|---|
| RX | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A206180 | TABLET | ORAL | EQ 5MG BASE; 25MG; 160MG | AB | | | AUROBINDO PHARMA LTD |
| RX | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A200797 | TABLET | ORAL | EQ 5MG BASE; 25MG; 160MG | AB | | | LUPIN LTD |
| RX | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A206180 | TABLET | ORAL | EQ 10MG BASE; 12.5MG; 160MG | AB | | | AUROBINDO PHARMA LTD |
| RX | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A200797 | TABLET | ORAL | EQ 10MG BASE; 12.5MG; 160MG | AB | | | LUPIN LTD |
| RX | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A206180 | TABLET | ORAL | EQ 10MG BASE; 25MG; 320MG | AB | | | AUROBINDO PHARMA LTD |
| RX | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A206180 | TABLET | ORAL | EQ 10MG BASE; 25MG; 160MG | AB | | | AUROBINDO PHARMA LTD |
| RX | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A200797 | TABLET | ORAL | EQ 10MG BASE; 25MG; 320MG | AB | | | LUPIN LTD |
| RX | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A200797 | TABLET | ORAL | EQ 10MG BASE; 25MG; 160MG | AB | | | LUPIN LTD |
| DISCN | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A201087 | TABLET | ORAL | EQ 5MG BASE; 12.5MG; 160MG | | | | STRIDES PHARMA GLOBAL PTE LTD |
| DISCN | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A200435 | TABLET | ORAL | EQ 5MG BASE; 12.5MG; 160MG | | | | TEVA PHARMACEUTICALS USA |
| DISCN | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A201593 | TABLET | ORAL | EQ 5MG BASE; 12.5MG; 160MG | | | | TORRENT PHARMACEUTICALS LTD |
| DISCN | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A201087 | TABLET | ORAL | EQ 5MG BASE; 25MG; 160MG | | | | STRIDES PHARMA GLOBAL PTE LTD |
| DISCN | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A200435 | TABLET | ORAL | EQ 5MG BASE; 25MG; 160MG | | | | TEVA PHARMACEUTICALS USA |
| DISCN | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A201593 | TABLET | ORAL | EQ 5MG BASE; 25MG; 160MG | | | | TORRENT PHARMACEUTICALS LTD |
| DISCN | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A201087 | TABLET | ORAL | EQ 10MG BASE; 12.5MG; 160MG | | | | STRIDES PHARMA GLOBAL PTE LTD |
| DISCN | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A200435 | TABLET | ORAL | EQ 10MG BASE; 12.5MG; 160MG | | | | TEVA PHARMACEUTICALS USA |

| Mkt.Status | Active Ingredient | Proprietary Name | Appl. No. | Dosage Form | Route | Strength | TE Code | RLD | RS | Applicant Holder |
|---|---|---|---|---|---|---|---|---|---|---|
| DISCN | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A201593 | TABLET | ORAL | EQ 10MG BASE; 12.5MG; 160MG | | | | TORRENT PHARMACEUTICALS LTD |
| DISCN | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A201087 | TABLET | ORAL | EQ 10MG BASE; 25MG; 160MG | | | | STRIDES PHARMA GLOBAL PTE LTD |
| DISCN | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A201087 | TABLET | ORAL | EQ 10MG BASE; 25MG; 320MG | | | | STRIDES PHARMA GLOBAL PTE LTD |
| DISCN | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A200435 | TABLET | ORAL | EQ 10MG BASE; 25MG; 160MG | | | | TEVA PHARMACEUTICALS USA |
| DISCN | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A200435 | TABLET | ORAL | EQ 10MG BASE; 25MG; 320MG | | | | TEVA PHARMACEUTICALS USA |
| DISCN | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A201593 | TABLET | ORAL | EQ 10MG BASE; 25MG; 160MG | | | | TORRENT PHARMACEUTICALS LTD |
| DISCN | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | AMLODIPINE BESYLATE, VALSARTAN AND HYDROCHLOROTHIAZIDE | A201593 | TABLET | ORAL | EQ 10MG BASE; 25MG; 320MG | | | | TORRENT PHARMACEUTICALS LTD |
| DISCN | NEBIVOLOL HYDROCHLORIDE; VALSARTAN | BYVALSON | N206302 | TABLET | ORAL | EQ 5MG BASE; 80MG | | RLD | | ALLERGAN SALES LLC |
| RX | VALSARTAN | DIOVAN | N021283 | TABLET | ORAL | 40MG | AB | RLD | | NOVARTIS PHARMACEUTICALS CORP |
| RX | VALSARTAN | DIOVAN | N021283 | TABLET | ORAL | 80MG | AB | RLD | | NOVARTIS PHARMACEUTICALS CORP |
| RX | VALSARTAN | DIOVAN | N021283 | TABLET | ORAL | 160MG | AB | RLD | | NOVARTIS PHARMACEUTICALS CORP |
| RX | VALSARTAN | DIOVAN | N021283 | TABLET | ORAL | 320MG | AB | RLD | RS | NOVARTIS PHARMACEUTICALS CORP |
| DISCN | VALSARTAN | DIOVAN | N020665 | CAPSULE | ORAL | 80MG | | | | NOVARTIS PHARMACEUTICALS CORP |
| DISCN | VALSARTAN | DIOVAN | N020665 | CAPSULE | ORAL | 160MG | | | | NOVARTIS PHARMACEUTICALS CORP |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | DIOVAN HCT | N020818 | TABLET | ORAL | 12.5MG; 80MG | AB | RLD | | NOVARTIS PHARMACEUTICALS CORP |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | DIOVAN HCT | N020818 | TABLET | ORAL | 12.5MG; 160MG | AB | RLD | | NOVARTIS PHARMACEUTICALS CORP |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | DIOVAN HCT | N020818 | TABLET | ORAL | 12.5MG; 320MG | AB | RLD | | NOVARTIS PHARMACEUTICALS CORP |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | DIOVAN HCT | N020818 | TABLET | ORAL | 25MG; 160MG | AB | RLD | | NOVARTIS PHARMACEUTICALS CORP |

| Mkt.Status | Active Ingredient | Proprietary Name | Appl. No. | Dosage Form | Route | Strength | TE Code | RLD | RS | Applicant Holder |
|---|---|---|---|---|---|---|---|---|---|---|
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | DIOVAN HCT | N020818 | TABLET | ORAL | 25MG; 320MG | AB | RLD | RS | NOVARTIS PHARMACEUTICALS CORP |
| RX | SACUBITRIL; VALSARTAN | ENTRESTO | N207620 | TABLET | ORAL | 24MG; 26MG | | RLD | | NOVARTIS PHARMACEUTICALS CORP |
| RX | SACUBITRIL; VALSARTAN | ENTRESTO | N207620 | TABLET | ORAL | 49MG; 51MG | | RLD | | NOVARTIS PHARMACEUTICALS CORP |
| RX | SACUBITRIL; VALSARTAN | ENTRESTO | N207620 | TABLET | ORAL | 97MG; 103MG | | RLD | RS | NOVARTIS PHARMACEUTICALS CORP |
| RX | AMLODIPINE BESYLATE; VALSARTAN | EXFORGE | N021990 | TABLET | ORAL | EQ 5MG BASE; 160MG | AB | RLD | | NOVARTIS PHARMACEUTICALS CORP |
| RX | AMLODIPINE BESYLATE; VALSARTAN | EXFORGE | N021990 | TABLET | ORAL | EQ 5MG BASE; 320MG | AB | RLD | | NOVARTIS PHARMACEUTICALS CORP |
| RX | AMLODIPINE BESYLATE; VALSARTAN | EXFORGE | N021990 | TABLET | ORAL | EQ 10MG BASE; 160MG | AB | RLD | RS | NOVARTIS PHARMACEUTICALS CORP |
| RX | AMLODIPINE BESYLATE; VALSARTAN | EXFORGE | N021990 | TABLET | ORAL | EQ 10MG BASE; 320MG | AB | RLD | RS | NOVARTIS PHARMACEUTICALS CORP |
| RX | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | EXFORGE HCT | N022314 | TABLET | ORAL | EQ 5MG BASE; 12.5MG; 160MG | AB | RLD | | NOVARTIS PHARMACEUTICALS CORP |
| RX | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | EXFORGE HCT | N022314 | TABLET | ORAL | EQ 5MG BASE; 25MG; 160MG | AB | RLD | | NOVARTIS PHARMACEUTICALS CORP |
| RX | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | EXFORGE HCT | N022314 | TABLET | ORAL | EQ 10MG BASE; 12.5MG; 160MG | AB | RLD | | NOVARTIS PHARMACEUTICALS CORP |
| RX | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | EXFORGE HCT | N022314 | TABLET | ORAL | EQ 10MG BASE; 25MG; 160MG | AB | RLD | | NOVARTIS PHARMACEUTICALS CORP |
| RX | AMLODIPINE BESYLATE; HYDROCHLOROTHIAZIDE; VALSARTAN | EXFORGE HCT | N022314 | TABLET | ORAL | EQ 10MG BASE; 25MG; 320MG | AB | RLD | RS | NOVARTIS PHARMACEUTICALS CORP |
| DISCN | VALSARTAN | PREXXARTAN | N209139 | SOLUTION | ORAL | 20MG/5ML | | RLD | | CARMEL BIOSCIENCES INC |
| DISCN | VALSARTAN | PREXXARTAN | N209139 | SOLUTION | ORAL | 80MG/20ML | | RLD | | CARMEL BIOSCIENCES INC |
| RX | VALSARTAN | VALSARTAN | A214102 | SOLUTION | ORAL | 20MG/5ML | | | | NOVITIUM PHARMA LLC |
| RX | VALSARTAN | VALSARTAN | A091367 | TABLET | ORAL | 40MG | AB | | | ALEMBIC PHARMACEUTICALS LTD |
| RX | VALSARTAN | VALSARTAN | A205536 | TABLET | ORAL | 40MG | AB | | | ALKEM LABORATORIES LTD |
| RX | VALSARTAN | VALSARTAN | A204011 | TABLET | ORAL | 40MG | AB | | | AMNEAL PHARMACEUTICALS OF NEW YORK LLC |
| RX | VALSARTAN | VALSARTAN | A202223 | TABLET | ORAL | 40MG | AB | | | AUROBINDO PHARMA LTD |
| RX | VALSARTAN | VALSARTAN | A201618 | TABLET | ORAL | 40MG | AB | | | DR REDDYS LABORATORIES LTD |

| Mkt.Status | Active Ingredient | Proprietary Name | Appl. No. | Dosage Form | Route | Strength | TE Code | RLD | RS | Applicant Holder |
|---|---|---|---|---|---|---|---|---|---|---|
| RX | VALSARTAN | VALSARTAN | A203311 | TABLET | ORAL | 40MG | AB | | | HETERO LABS LTD UNIT V |
| RX | VALSARTAN | VALSARTAN | A077530 | TABLET | ORAL | 40MG | AB | | | IVAX PHARMACEUTICALS INC |
| RX | VALSARTAN | VALSARTAN | A203536 | TABLET | ORAL | 40MG | AB | | | JUBILANT GENERICS LTD |
| RX | VALSARTAN | VALSARTAN | A201677 | TABLET | ORAL | 40MG | AB | | | LUPIN LTD |
| RX | VALSARTAN | VALSARTAN | A202696 | TABLET | ORAL | 40MG | AB | | | MACLEODS PHARMACEUTICALS LTD |
| RX | VALSARTAN | VALSARTAN | A090866 | TABLET | ORAL | 40MG | AB | | | MYLAN PHARMACEUTICALS INC |
| RX | VALSARTAN | VALSARTAN | A077492 | TABLET | ORAL | 40MG | AB | | | OHM LABORATORIES INC |
| RX | VALSARTAN | VALSARTAN | A204821 | TABLET | ORAL | 40MG | AB | | | PRINSTON PHARMACEUTICAL INC |
| RX | VALSARTAN | VALSARTAN | A204038 | TABLET | ORAL | 40MG | AB | | | SCIEGEN PHARMACEUTICALS INC |
| RX | VALSARTAN | VALSARTAN | A205347 | TABLET | ORAL | 40MG | AB | | | SQUARE PHARMACEUTICALS LTD |
| RX | VALSARTAN | VALSARTAN | A091367 | TABLET | ORAL | 80MG | AB | | | ALEMBIC PHARMACEUTICALS LTD |
| RX | VALSARTAN | VALSARTAN | A205536 | TABLET | ORAL | 80MG | AB | | | ALKEM LABORATORIES LTD |
| RX | VALSARTAN | VALSARTAN | A204011 | TABLET | ORAL | 80MG | AB | | | AMNEAL PHARMACEUTICALS OF NEW YORK LLC |
| RX | VALSARTAN | VALSARTAN | A202223 | TABLET | ORAL | 80MG | AB | | | AUROBINDO PHARMA LTD |
| RX | VALSARTAN | VALSARTAN | A201618 | TABLET | ORAL | 80MG | AB | | | DR REDDYS LABORATORIES LTD |
| RX | VALSARTAN | VALSARTAN | A203311 | TABLET | ORAL | 80MG | AB | | | HETERO LABS LTD UNIT V |
| RX | VALSARTAN | VALSARTAN | A077530 | TABLET | ORAL | 80MG | AB | | | IVAX PHARMACEUTICALS INC |
| RX | VALSARTAN | VALSARTAN | A203536 | TABLET | ORAL | 80MG | AB | | | JUBILANT GENERICS LTD |
| RX | VALSARTAN | VALSARTAN | A201677 | TABLET | ORAL | 80MG | AB | | | LUPIN LTD |
| RX | VALSARTAN | VALSARTAN | A202696 | TABLET | ORAL | 80MG | AB | | | MACLEODS PHARMACEUTICALS LTD |
| RX | VALSARTAN | VALSARTAN | A090866 | TABLET | ORAL | 80MG | AB | | | MYLAN PHARMACEUTICALS INC |
| RX | VALSARTAN | VALSARTAN | A077492 | TABLET | ORAL | 80MG | AB | | | OHM LABORATORIES INC |
| RX | VALSARTAN | VALSARTAN | A204821 | TABLET | ORAL | 80MG | AB | | | PRINSTON PHARMACEUTICAL INC |
| RX | VALSARTAN | VALSARTAN | A204038 | TABLET | ORAL | 80MG | AB | | | SCIEGEN PHARMACEUTICALS INC |

| Mkt.Status | Active Ingredient | Proprietary Name | Appl. No. | Dosage Form | Route | Strength | TE Code | RLD | RS | Applicant Holder |
|---|---|---|---|---|---|---|---|---|---|---|
| RX | VALSARTAN | VALSARTAN | A205347 | TABLET | ORAL | 80MG | AB | | | SQUARE PHARMACEUTICALS LTD |
| RX | VALSARTAN | VALSARTAN | A091367 | TABLET | ORAL | 160MG | AB | | | ALEMBIC PHARMACEUTICALS LTD |
| RX | VALSARTAN | VALSARTAN | A205536 | TABLET | ORAL | 160MG | AB | | | ALKEM LABORATORIES LTD |
| RX | VALSARTAN | VALSARTAN | A204011 | TABLET | ORAL | 160MG | AB | | | AMNEAL PHARMACEUTICALS OF NEW YORK LLC |
| RX | VALSARTAN | VALSARTAN | A202223 | TABLET | ORAL | 160MG | AB | | | AUROBINDO PHARMA LTD |
| RX | VALSARTAN | VALSARTAN | A201618 | TABLET | ORAL | 160MG | AB | | | DR REDDYS LABORATORIES LTD |
| RX | VALSARTAN | VALSARTAN | A203311 | TABLET | ORAL | 160MG | AB | | | HETERO LABS LTD UNIT V |
| RX | VALSARTAN | VALSARTAN | A077530 | TABLET | ORAL | 160MG | AB | | | IVAX PHARMACEUTICALS INC |
| RX | VALSARTAN | VALSARTAN | A203536 | TABLET | ORAL | 160MG | AB | | | JUBILANT GENERICS LTD |
| RX | VALSARTAN | VALSARTAN | A201677 | TABLET | ORAL | 160MG | AB | | | LUPIN LTD |
| RX | VALSARTAN | VALSARTAN | A202696 | TABLET | ORAL | 160MG | AB | | | MACLEODS PHARMACEUTICALS LTD |
| RX | VALSARTAN | VALSARTAN | A090866 | TABLET | ORAL | 160MG | AB | | | MYLAN PHARMACEUTICALS INC |
| RX | VALSARTAN | VALSARTAN | A077492 | TABLET | ORAL | 160MG | AB | | | OHM LABORATORIES INC |
| RX | VALSARTAN | VALSARTAN | A204821 | TABLET | ORAL | 160MG | AB | | | PRINSTON PHARMACEUTICAL INC |
| RX | VALSARTAN | VALSARTAN | A204038 | TABLET | ORAL | 160MG | AB | | | SCIEGEN PHARMACEUTICALS INC |
| RX | VALSARTAN | VALSARTAN | A205347 | TABLET | ORAL | 160MG | AB | | | SQUARE PHARMACEUTICALS LTD |
| RX | VALSARTAN | VALSARTAN | A091367 | TABLET | ORAL | 320MG | AB | | | ALEMBIC PHARMACEUTICALS LTD |
| RX | VALSARTAN | VALSARTAN | A205536 | TABLET | ORAL | 320MG | AB | | | ALKEM LABORATORIES LTD |
| RX | VALSARTAN | VALSARTAN | A204011 | TABLET | ORAL | 320MG | AB | | | AMNEAL PHARMACEUTICALS OF NEW YORK LLC |
| RX | VALSARTAN | VALSARTAN | A202223 | TABLET | ORAL | 320MG | AB | | | AUROBINDO PHARMA LTD |
| RX | VALSARTAN | VALSARTAN | A201618 | TABLET | ORAL | 320MG | AB | | | DR REDDYS LABORATORIES LTD |
| RX | VALSARTAN | VALSARTAN | A203311 | TABLET | ORAL | 320MG | AB | | | HETERO LABS LTD UNIT V |
| RX | VALSARTAN | VALSARTAN | A077530 | TABLET | ORAL | 320MG | AB | | | IVAX PHARMACEUTICALS INC |
| RX | VALSARTAN | VALSARTAN | A203536 | TABLET | ORAL | 320MG | AB | | | JUBILANT GENERICS LTD |

| Mkt.Status | Active Ingredient | Proprietary Name | Appl. No. | Dosage Form | Route | Strength | TE Code | RLD | RS | Applicant Holder |
|---|---|---|---|---|---|---|---|---|---|---|
| RX | VALSARTAN | VALSARTAN | A201677 | TABLET | ORAL | 320MG | AB | | | LUPIN LTD |
| RX | VALSARTAN | VALSARTAN | A202696 | TABLET | ORAL | 320MG | AB | | | MACLEODS PHARMACEUTICALS LTD |
| RX | VALSARTAN | VALSARTAN | A090866 | TABLET | ORAL | 320MG | AB | | | MYLAN PHARMACEUTICALS INC |
| RX | VALSARTAN | VALSARTAN | A077492 | TABLET | ORAL | 320MG | AB | | | OHM LABORATORIES INC |
| RX | VALSARTAN | VALSARTAN | A204821 | TABLET | ORAL | 320MG | AB | | | PRINSTON PHARMACEUTICAL INC |
| RX | VALSARTAN | VALSARTAN | A204038 | TABLET | ORAL | 320MG | AB | | | SCIEGEN PHARMACEUTICALS INC |
| RX | VALSARTAN | VALSARTAN | A205347 | TABLET | ORAL | 320MG | AB | | | SQUARE PHARMACEUTICALS LTD |
| DISCN | VALSARTAN | VALSARTAN | A202728 | TABLET | ORAL | 40MG | | | | TORRENT PHARMACEUTICALS LTD |
| DISCN | VALSARTAN | VALSARTAN | A209261 | TABLET | ORAL | 40MG | | | | UNICHEM LABORATORIES LTD |
| DISCN | VALSARTAN | VALSARTAN | A090642 | TABLET | ORAL | 40MG | | | | WATSON LABORATORIES INC |
| DISCN | VALSARTAN | VALSARTAN | A202728 | TABLET | ORAL | 80MG | | | | TORRENT PHARMACEUTICALS LTD |
| DISCN | VALSARTAN | VALSARTAN | A209261 | TABLET | ORAL | 80MG | | | | UNICHEM LABORATORIES LTD |
| DISCN | VALSARTAN | VALSARTAN | A090642 | TABLET | ORAL | 80MG | | | | WATSON LABORATORIES INC |
| DISCN | VALSARTAN | VALSARTAN | A202728 | TABLET | ORAL | 160MG | | | | TORRENT PHARMACEUTICALS LTD |
| DISCN | VALSARTAN | VALSARTAN | A209261 | TABLET | ORAL | 160MG | | | | UNICHEM LABORATORIES LTD |
| DISCN | VALSARTAN | VALSARTAN | A090642 | TABLET | ORAL | 160MG | | | | WATSON LABORATORIES INC |
| DISCN | VALSARTAN | VALSARTAN | A202728 | TABLET | ORAL | 320MG | | | | TORRENT PHARMACEUTICALS LTD |
| DISCN | VALSARTAN | VALSARTAN | A209261 | TABLET | ORAL | 320MG | | | | UNICHEM LABORATORIES LTD |
| DISCN | VALSARTAN | VALSARTAN | A090642 | TABLET | ORAL | 320MG | | | | WATSON LABORATORIES INC |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A201662 | TABLET | ORAL | 12.5MG; 80MG | AB | | | ALEMBIC PHARMACEUTICALS LTD |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A202519 | TABLET | ORAL | 12.5MG; 80MG | AB | | | AUROBINDO PHARMA LTD |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A078946 | TABLET | ORAL | 12.5MG; 80MG | AB | | | LUPIN LTD |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A203145 | TABLET | ORAL | 12.5MG; 80MG | AB | | | MACLEODS PHARMACEUTICALS LTD |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A078020 | TABLET | ORAL | 12.5MG; 80MG | AB | | | MYLAN PHARMACEUTICALS INC |

| Mkt.Status | Active Ingredient | Proprietary Name | Appl. No. | Dosage Form | Route | Strength | TE Code | RLD | RS | Applicant Holder |
|---|---|---|---|---|---|---|---|---|---|---|
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A206083 | TABLET | ORAL | 12.5MG; 80MG | AB | | | PRINSTON PHARMACEUTICAL INC |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A201662 | TABLET | ORAL | 12.5MG; 160MG | AB | | | ALEMBIC PHARMACEUTICALS LTD |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A202519 | TABLET | ORAL | 12.5MG; 160MG | AB | | | AUROBINDO PHARMA LTD |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A078946 | TABLET | ORAL | 12.5MG; 160MG | AB | | | LUPIN LTD |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A203145 | TABLET | ORAL | 12.5MG; 160MG | AB | | | MACLEODS PHARMACEUTICALS LTD |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A078020 | TABLET | ORAL | 12.5MG; 160MG | AB | | | MYLAN PHARMACEUTICALS INC |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A206083 | TABLET | ORAL | 12.5MG; 160MG | AB | | | PRINSTON PHARMACEUTICAL INC |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A201662 | TABLET | ORAL | 12.5MG; 320MG | AB | | | ALEMBIC PHARMACEUTICALS LTD |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A202519 | TABLET | ORAL | 12.5MG; 320MG | AB | | | AUROBINDO PHARMA LTD |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A078946 | TABLET | ORAL | 12.5MG; 320MG | AB | | | LUPIN LTD |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A203145 | TABLET | ORAL | 12.5MG; 320MG | AB | | | MACLEODS PHARMACEUTICALS LTD |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A078020 | TABLET | ORAL | 12.5MG; 320MG | AB | | | MYLAN PHARMACEUTICALS INC |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A206083 | TABLET | ORAL | 12.5MG; 320MG | AB | | | PRINSTON PHARMACEUTICAL INC |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A201662 | TABLET | ORAL | 25MG; 160MG | AB | | | ALEMBIC PHARMACEUTICALS LTD |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A202519 | TABLET | ORAL | 25MG; 160MG | AB | | | AUROBINDO PHARMA LTD |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A078946 | TABLET | ORAL | 25MG; 160MG | AB | | | LUPIN LTD |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A203145 | TABLET | ORAL | 25MG; 160MG | AB | | | MACLEODS PHARMACEUTICALS LTD |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A078020 | TABLET | ORAL | 25MG; 160MG | AB | | | MYLAN PHARMACEUTICALS INC |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A206083 | TABLET | ORAL | 25MG; 160MG | AB | | | PRINSTON PHARMACEUTICAL INC |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A201662 | TABLET | ORAL | 25MG; 320MG | AB | | | ALEMBIC PHARMACEUTICALS LTD |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A202519 | TABLET | ORAL | 25MG; 320MG | AB | | | AUROBINDO PHARMA LTD |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A078946 | TABLET | ORAL | 25MG; 320MG | AB | | | LUPIN LTD |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A203145 | TABLET | ORAL | 25MG; 320MG | AB | | | MACLEODS PHARMACEUTICALS LTD |

| Mkt.Status | Active Ingredient | Proprietary Name | Appl. No. | Dosage Form | Route | Strength | TE Code | RLD | RS | Applicant Holder |
|---|---|---|---|---|---|---|---|---|---|---|
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A078020 | TABLET | ORAL | 25MG; 320MG | AB | | | MYLAN PHARMACEUTICALS INC |
| RX | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A206083 | TABLET | ORAL | 25MG; 320MG | AB | | | PRINSTON PHARMACEUTICAL INC |
| DISCN | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A203026 | TABLET | ORAL | 12.5MG; 80MG | | | | APOTEX INC |
| DISCN | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A203000 | TABLET | ORAL | 12.5MG; 80MG | | | | CADILA HEALTHCARE LTD |
| DISCN | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A091519 | TABLET | ORAL | 12.5MG; 80MG | | | | WATSON LABORATORIES INC AN INDIRECT WHOLLY OWNED SUB OF TEVA PHARMACEUTICALS USA INC |
| DISCN | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A203026 | TABLET | ORAL | 12.5MG; 160MG | | | | APOTEX INC |
| DISCN | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A203000 | TABLET | ORAL | 12.5MG; 160MG | | | | CADILA HEALTHCARE LTD |
| DISCN | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A091519 | TABLET | ORAL | 12.5MG; 160MG | | | | WATSON LABORATORIES INC AN INDIRECT WHOLLY OWNED SUB OF TEVA PHARMACEUTICALS USA INC |
| DISCN | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A203026 | TABLET | ORAL | 12.5MG; 320MG | | | | APOTEX INC |
| DISCN | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A203000 | TABLET | ORAL | 12.5MG; 320MG | | | | CADILA HEALTHCARE LTD |
| DISCN | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A091519 | TABLET | ORAL | 12.5MG; 320MG | | | | WATSON LABORATORIES INC AN INDIRECT WHOLLY OWNED SUB OF TEVA PHARMACEUTICALS USA INC |
| DISCN | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A203026 | TABLET | ORAL | 25MG; 160MG | | | | APOTEX INC |
| DISCN | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A203000 | TABLET | ORAL | 25MG; 160MG | | | | CADILA HEALTHCARE LTD |
| DISCN | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A091519 | TABLET | ORAL | 25MG; 160MG | | | | WATSON LABORATORIES INC AN INDIRECT WHOLLY OWNED SUB OF TEVA PHARMACEUTICALS USA INC |
| DISCN | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A203026 | TABLET | ORAL | 25MG; 320MG | | | | APOTEX INC |
| DISCN | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A203000 | TABLET | ORAL | 25MG; 320MG | | | | CADILA HEALTHCARE LTD |
| DISCN | HYDROCHLOROTHIAZIDE; VALSARTAN | VALSARTAN AND HYDROCHLOROTHIAZIDE | A091519 | TABLET | ORAL | 25MG; 320MG | | | | WATSON LABORATORIES INC AN INDIRECT WHOLLY OWNED SUB OF TEVA PHARMACEUTICALS USA INC |
| DISCN | ALISKIREN HEMIFUMARATE; VALSARTAN | VALTURNA | N022217 | TABLET | ORAL | EQ 150MG BASE; 160MG | | | | NOVARTIS PHARMACEUTICALS CORP |

| Mkt.Status | Active Ingredient | Proprietary Name | Appl. No. | Dosage Form | Route | Strength | TE Code | RLD | RS | Applicant Holder |
|---|---|---|---|---|---|---|---|---|---|---|
| DISCN | ALISKIREN HEMIFUMARATE; VALSARTAN | VALTURNA | N022217 | TABLET | ORAL | EQ 300MG BASE; 320MG | | | | NOVARTIS PHARMACEUTICALS CORP |