# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Suite 207, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

°Member of N.J. & N.Y. Bars

April 14, 2022

*Via ECF and Email*
Honorable Thomas I. Vanaskie, Special Master
Stevens & Lee, P.C.
1500 Market Street, East Tower, 18th Floor
Philadelphia, Pennsylvania 19103

   Re: *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*,
      No. 1:19-md-02875-RBK (D.N.J.)

Dear Judge Vanaskie:

  Attached is Plaintiffs' proposed Special Master Order with regard to Defendants' defend and indemnify agreements and disputes, as directed at the April 13, 2022 status hearing.

  Thank you for your courtesies and consideration.

            Respectfully,

            ADAM M. SLATER

Encl.

cc: All Counsel (via CM/ECF)