IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*All Actions* | MDL No. 19-2875 (RBK) |

## SPECIAL MASTER ORDER NO. 64

Having reviewed the Parties' agenda letters regarding the status of the meet and confers concerning Defendants' defend and indemnify agreements as well as any disputes pertaining thereto between Defendants, related to contaminated valsartan, and having heard the arguments of counsel during the April 13, 2022 status hearing, and for the reasons set forth on the record, and for good cause shown;

It is hereby ORDERED this 14th day of April, 2022 that Plaintiffs' request is **GRANTED**.  By April 30, 2022, all Defendants shall complete their meet and confers with Plaintiffs, regarding the existence and status of any agreements, written or oral, to defend and/or indemnify, and any dispute, litigation, mediation, or arbitration between Defendants, related to contaminated valsartan including the claims in this litigation.  Plaintiffs shall submit a written report concerning the

status of the meet and conferral process and whether there remain any disputes that require intervention by the Special Master no later than May 3, 2022. Thereafter, Defendants shall disclose to Plaintiffs any change in the status quo of such agreements, disputes, litigation, mediation, or arbitration; new demands to defend or indemnify; establishment of any new agreements; or any new dispute, litigation, mediation, or arbitration, without the need for Plaintiffs to make any further request.

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Master
