## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE:  VALSARTAN, LOSARTAN, | : | |
| AND IRBESARTAN PRODUCTS | : | MDL. No. 19-2875 (RBK/KMW) |
| LIABILITY LITIGATION | : | |
| | : | |
| This document relates to: | : | **NOTICE OF APPEARANCE OF** |
| *All actions* | : | **MICHAEL T. SCOTT** |
| | : | |

**TO THE CLERK OF THE COURT:**

Please enter the appearance of Michael T. Scott as settlement counsel for Defendants Aurobindo Pharma Ltd.; Aurobindo Pharma USA, Inc.; and Aurolife Pharma LLC, in the above-captioned multi-district litigation, pursuant to CMO No. 25.

By entering an appearance, the undersigned Defendants do not waive any defenses, including but not limited to, defenses related to service of process and personal jurisdiction in any individual case that is currently pending in MDL 2875 or that subsequently may be transferred to or consolidated with MDL 2875.

Dated:  April 15, 2022

Respectfully submitted

_____/s/*Michael T. Scott*_____
Michael T. Scott
Pa. ID # 23882
Mike Scott Law, LLC
2138 Race Street
Philadelphia, PA 19103
215 518-8695
mike@mikescottlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Michael T. Scott, do hereby certify that on April 15, 2022, I caused a true and correct copy of the foregoing Notice of Appearance to be served on all counsel of record via CM/ECF.

Dated: April 15, 2022

/s/*Michael T. Scott*
Michael T. Scott