UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: VALSARTAN    MDL No. 2875
PRODUCTS LIABILITY LITIGATION
Civil No. 19-2875 (RBKIJS)
THIS DOCUMENT RELATES TO
ALL CASES

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO REMEDY REPACK, INC.

**WHEREAS** the Court entered Case Management Order No. 15, which provides a mechanism for certain defendants to obtain a without prejudice dismissal from all cases pending in this MDL alleging claims in connection with allegedly contaminated valsartan-containing drugs ("VCDs") ;

**WHEREAS** Remedy RePack, Inc., having provided the information and documents required by Case Management Order No. 15, and having agreed to the tolling provisions therein;

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiffs Executive Committee and Remedy RePack, Inc. that all current cases pending and all future cases to be filed in this MDL alleging claims against Remedy RePack, Inc. in connection with allegedly contaminated VCDs be and hereby are dismissed without prejudice.

/s/ Marlene Goldenberg
MARLENE GOLDENBERG, ESQ.
On behalf of Plaintiffs' Executive Committee

/s/ Howard B. Mankoff
HOWARD B. MANKOFF, ESQ.
**MARSHALL DENNEHEY**
On behalf of Peripheral Defendant, Remedy RePack, Inc.

Dated: April 19, 2022

Dated: April 1, 2022