

Victoria Davis Lockard
Tel 678.553.2103
Fax 678.553.2104
lockardv@gtlaw.com

April 20, 2022

**VIA ECF**

The Honorable Robert B. Kugler
United States District Court Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

      Re: *In re: Valsartan, Losartan, and Irbesartan Products Liability Litigation.*, U.S. District Court for the District of New Jersey; Case No. 1:19-md-02875

Dear Judge Kugler:

      In connection with Plaintiffs' Motion for Class Certification of Consumer, Third Party Payor, and Medical Monitoring Claims [ECF No. 1747] and Defendants' opposition materials filed on April 12, 2022 [ECF Nos. 2008, 2009, 2010, 2011, 2012], Defendants respectfully request oral argument on Plaintiffs' Motion at a time and date convenient to the Court upon conclusion of class certification briefing.

      Sincerely,

      */s/ Victoria Davis Lockard*
      Victoria Davis Lockard, Esq.

## **CERTIFICATE OF SERVICE**

I, Tiffany M. Andras, an attorney, hereby certify that on April 20, 2022, I caused the foregoing to be filed electronically with the Clerk of Court to be served by operation of the Court's ECF system upon all counsel of record.

*/s/ Tiffany M. Andras*
Tiffany M. Andras
Greenberg Traurig, LLP
