# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| IN RE: VALSARTAN, LOSARTAN, AND IRBESARTAN PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Actions | MDL No. 2875<br><br>Honorable Robert B. Kugler,<br>District Court Judge<br><br>Honorable Karen Williams,<br>Magistrate Judge<br><br>**SUBPOENA AD TESTIFICANDUM** |

To:  Mark Casillas, M.D.
 University Colon & Rectal Surgery
 1934 Alcoa Highway, Suite D-370
 Knoxville, Tennessee 37920

**You are hereby commanded** to attend and give testimony before counsel of record on **May 10, 2022, at 11:00 a.m. TO BE CONDUCTED REMOTELY VIA ZOOM**, by a person authorized under the laws of New Jersey to administer oaths at the law offices of Hill Wallack LLP, 21 Roszel Road, Princeton, NJ 08543-5226, on the part of the Defendants Hetero Drugs Ltd. and Hetero Labs Ltd. in the above-entitled matter. We will need your email address to send you a Zoom link for the deposition.

Defendant intends to audio and/or videotape the deposition pursuant to R. 4:14-9.

Failure to comply with this demand may subject you to sanctions and a court order compelling your deposition on a date certain.

 HILL WALLACK LLP
 Attorneys for Defendants
 Hetero Drugs Ltd and Hetero Labs Ltd.


 By:  */s/ Eric Abraham*
  Eric Abraham, Esq.

Dated:  April 21, 2022