# EXHIBIT C

Confidential Document Filed Under Seal