# EXHIBIT D

Confidential Document Filed Under Seal