# EXHIBIT E



 EXHIBIT 8
Jason O. Clevenger PhD
3/18/2022
Michael E. Miller, FAPR, RDR, CRR

USP (/) / Our Work / Chemical Medicines (/chemical-medicines)

# Nitrosamine impurities

To protect patients and strengthen the global medicines supply chain, USP is providing tools and solutions to analyze and monitor emerging impurities in the drug supply.

Starting in 2018 the presence of nitrosamine impurities was identified in some angiotensin II receptor blocker (ARBs) used to treat high blood pressure and heart failure. Subsequently, nitrosamines impurities have been found in additional drug products, leading to a major effort by regulators and industry to reduce or eliminate their presence in the drug supply.

Companies are responsible for understanding their manufacturing processes, which includes identifying and preventing the presence of unacceptable impurities. This involves developing new predictive approaches, along with using suitable methods to detect and control these impurities as well as others that may arise when making changes to manufacturing processes.

USP is supporting manufacturers and regulators with tools and solutions for testing, assessing risk and understanding potential sources related to nitrosamine impurities.

For additional information or questions about USP's efforts related to nitrosamine impurities, contact rstech@usp.org (mailto:rstech@usp.org)

We use cookies on this site to enhance your user experience

By clicking the Accept button, you agree to us doing so.

No, thanks     Agree

More info    (/#email)    (/#twitter)    (/#facebook)    (/#copy_link)    (/#linkedin)

# Now available: Eight new Nitrosamine Impurities

## Discover the value beyond the vial

Standards | Process | Service

Learn more (https://go.usp.org/nitrosamines-impurities)



# Genotoxic impurities webinar

Ed Gump, Ph.D., Vice President, USP Small Molecules

Pharmaceutical Technology Editors' Series Webcast

"Genotoxic Impurities and Drug Quality--Lessons from the Nitrosamine Contamination Crisis"



July 14, 2020

We use cookies on our site to enhance your user experience.

By clicking the Accept button, you agree to us doing so.

More info          (/#email)          (/#twitter)          (/#facebook)          (/#copy_link)          (/#linkedin)

No, thanks     Agree

Register for the recorded webinar (https://event.on24.com/wcc/r/2425563/F4A3CDE0DBC



# New GC 1469 Nitrosamine Impurities – PF46

New GC 1469 Nitrosamines Impurities is now LIVE! (https://lnkd.in/g_aZXr4)

To protect patients from adverse effects of nitrosamines as impurities, USP has developed a new general chapter to provide information useful for ensuring the appropriate control of nitrosamine impurities in drug substances and drug products. GC 1469 will be official on December 1, 2021

We use cookies on this site to enhance your user experience. By clicking the Accept button, you agree to us doing so.

No, thanks    Agree

 More info    (/#email)    (/#twitter)    (/#facebook)    (/#copy_link)    (/#linkedin)

Access PF now (https://online.usppf.com/usppf)



USP proposes analytical methods for drug makers to detect nitrosamine impurities

Read the article (https://pink.pharmaintelligence.informa.com/PS142872/USP-Proposes-An

We use cookies on this site to enhance your user experience

**No, thanks**    **Agree**

By clicking the Accept button, you agree to us doing so.

≡ **More info**    (/#email)    (/#twitter)    (/#facebook)    (/#copy_link)    (/#linkedin)



USP's Chief Science Officer, Jaap Venema, and Regulatory Science Affairs Director, Kristi Muldoon Jacobs, discuss genotoxic impurities with *Pharmaceutical Technology*.

Read article (https://www.pharmtech.com/contamination-drives-more-concerted-approach...)



## Building our knowledge about impurities

Learn more (/chemical-medicines/nitrosamine-impurities/scientific-expertise)

We use cookies on this site to enhance your user experience

By clicking the Accept button, you agree to us doing so.

More info            ✉ (/#email)      🐦 (/#twitter)      f (/#facebook)      🔗 (/#copy_link)      in (/#linkedin)

No, thanks    Agree

## Also of Interest

Croscarmellose Sodium (https://www.usp.org/harmonization-standards/pdg/excipients/croscarmellose-sodium)

Scientific expertise (https://www.usp.org/chemical-medicines/nitrosamine-impurities/scientific-expertise)

Safeguarding patients from nitrosamine impurities... (https://www.usp.org/our-science/nitrosamine-impurities)



About (/about)

Our Impact (/our-impact)

Our Work ()

Products & Services (/products-services)

Events & Training (/events-training)

Get Involved (/get-involved)

Careers (https://usp.jobs/)

Store (https://store.usp.org/home)

Help (/help)

FAQs (/frequently-asked-questions)

USP en Español (/espanol)

Contact Us (/contact-us)

We use cookies on this site to enhance your user experience                          No, thanks     Agree

By clicking the Accept button, you agree to us doing so.

   More info          (/#email)       (/#twitter)       (/#facebook)       (/#copy_link)       (/#linkedin)

Code of Ethics (/ethics)

Legal Notices (/legal-notices)

Privacy Policy (/legal-notices/privacy-policy)

Terms of Use (/legal-notices/terms)

Quality Policy & ISO Accreditation (/about/quality-policy-iso-accreditation)

Sitemap (/sitemap)

© The United States Pharmacopeial Convention (/)

We use cookies on this site to enhance your user experience

By clicking the Accept button, you agree to us doing so.

**No, thanks**    **Agree**

**More info**    (/#email)    (/#twitter)    (/#facebook)    (/#copy_link)    (/#linkedin)