# EXHIBIT K

**Valsartan products not currently recalled - Updated September 21, 2018**

| Labeler Name | Proprietary Name | NDC Package Code |
|---|---|---|
| Alembic Pharmaceuticals Limited | Amlodipine and Valsartan 10mg/160mg Tablet | 62332-206-10 |
| | | 62332-206-30 |
| | | 62332-206-31 |
| | | 62332-206-71 |
| | | 62332-206-90 |
| | Amlodipine and Valsartan 10mg/320mg Tablet | 62332-208-10 |
| | | 62332-208-30 |
| | | 62332-208-31 |
| | | 62332-208-71 |
| | | 62332-208-90 |
| | Amlodipine and Valsartan 5mg/160mg Tablet | 62332-205-10 |
| | | 62332-205-30 |
| | | 62332-205-31 |
| | | 62332-205-71 |
| | | 62332-205-90 |
| | Amlodipine and Valsartan 5mg/320mg Tablet | 62332-207-10 |
| | | 62332-207-30 |
| | | 62332-207-31 |
| | | 62332-207-71 |
| | | 62332-207-90 |
| | Valsartan 160mg Tablet | 62332-046-10 |
| | | 62332-046-30 |
| | | 62332-046-71 |
| | | 62332-046-90 |
| | | 62332-046-91 |
| | Valsartan 320mg Tablet | 62332-047-30 |
| | | 62332-047-71 |
| | | 62332-047-90 |
| | | 62332-047-91 |
| | Valsartan 40mg Tablet | 62332-044-10 |
| | | 62332-044-30 |
| | | 62332-044-71 |
| | | 62332-044-90 |
| | | 62332-044-91 |
| | Valsartan 80mg Tablet | 62332-045-10 |
| | | 62332-045-30 |
| | | 62332-045-71 |

| Labeler Name | Proprietary Name | NDC Package Code |
|---|---|---|
| | | 62332-045-90 |
| | | 62332-045-91 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/12.5mg Tablet | 62332-080-10 |
| | | 62332-080-30 |
| | | 62332-080-71 |
| | | 62332-080-90 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/25mg Tablet | 62332-081-10 |
| | | 62332-081-30 |
| | | 62332-081-71 |
| | | 62332-081-90 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/12.5mg Tablet | 62332-082-10 |
| | | 62332-082-30 |
| | | 62332-082-71 |
| | | 62332-082-90 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/25mg Tablet | 62332-083-30 |
| | | 62332-083-10 |
| | | 62332-083-71 |
| | | 62332-083-90 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 80mg/12.5mg Tablet | 62332-079-10 |
| | | 62332-079-30 |
| | | 62332-079-71 |
| | | 62332-079-90 |
| | Amlodipine and Valsartan 10mg/160mg Tablet | 46708-459-10 |
| | | 46708-459-30 |
| | | 46708-459-31 |
| | | 46708-459-71 |
| | | 46708-459-90 |
| | Amlodipine and Valsartan 10mg/320mg Tablet | 46708-461-10 |
| | | 46708-461-30 |
| | | 46708-461-31 |
| | | 46708-461-71 |
| | | 46708-461-90 |
| | Amlodipine and Valsartan 5mg/160mg Tablet | 46708-458-10 |
| | | 46708-458-30 |
| | | 46708-458-31 |
| | | 46708-458-71 |
| | | 46708-458-90 |
| | Amlodipine and Valsartan 5mg/320mg Tablet | 46708-460-10 |

| Labeler Name | Proprietary Name | NDC Package Code |
|---|---|---|
| | | 46708-460-30 |
| | | 46708-460-31 |
| | | 46708-460-71 |
| | | 46708-460-90 |
| | Valsartan 160mg Tablet | 46708-046-10 |
| | | 46708-046-30 |
| | | 46708-046-71 |
| | | 46708-046-90 |
| | | 46708-046-91 |
| | Valsartan 320mg Tablet | 46708-047-30 |
| | | 46708-047-71 |
| | | 46708-047-90 |
| | Valsartan 40mg Tablet | 46708-044-10 |
| | | 46708-044-30 |
| | | 46708-044-71 |
| | | 46708-044-90 |
| | | 46708-044-91 |
| | Valsartan 80mg Tablet | 46708-045-10 |
| | | 46708-045-30 |
| | | 46708-045-71 |
| | | 46708-045-90 |
| | | 46708-045-91 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/12.5mg Tablet | 46708-454-10 |
| | | 46708-454-30 |
| | | 46708-454-71 |
| | | 46708-454-90 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/25mg Tablet | 46708-455-10 |
| | | 46708-455-30 |
| | | 46708-455-71 |
| | | 46708-455-90 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/12.5mg Tablet | 46708-456-10 |
| | | 46708-456-30 |
| | | 46708-456-71 |
| | | 46708-456-90 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/25mg Tablet | 46708-457-10 |
| | | 46708-457-30 |
| | | 46708-457-71 |
| | | 46708-457-90 |

| Labeler Name | Proprietary Name | NDC Package Code |
|---|---|---|
| | Valsartan and Hydrochlorothiazide (HCTZ) 80mg/12.5mg Tablet | 46708-453-10 |
| | | 46708-453-30 |
| | | 46708-453-71 |
| | | 46708-453-90 |
| Allergan, Inc | Byvalson (Nebivolol and Valsartan) 5mg/80mg Tablet | 0023-5874-30 |
| | | 0023-5874-32 |
| | | 0023-5874-07 |
| | | 0023-5874-31 |
| | | 0023-5874-84 |
| | | 0023-5874-90 |
| American Health Packaging | Valsartan 160mg Tablet | 60687-139-01 |
| | Valsartan 160mg Tablet | 60687-139-11 |
| | Valsartan 80mg Tablet | 60687-128-11 |
| | Valsartan 80mg Tablet | 60687-128-01 |
| Amneal Pharmaceuticals LLC | Valsartan 160mg Tablet | 65162-839-09 |
| | | 65162-839-11 |
| | | 65162-839-50 |
| | Valsartan 320mg Tablet | 65162-840-09 |
| | | 65162-840-11 |
| | | 65162-840-50 |
| | Valsartan 40mg Tablet | 65162-837-03 |
| | | 65162-837-06 |
| | | 65162-837-50 |
| | Valsartan 80mg Tablet | 65162-838-09 |
| | | 65162-838-11 |
| | | 65162-838-50 |
| Aphena Pharma Solutions (Repackager) | Diovan 160mg Tablet | 67544-404-30 |
| | | 67544-404-79 |
| | Diovan 80mg Tablet | 67544-403-30 |
| | | 67544-403-79 |
| | Valsartan 160mg Tablet | 43353-059-17 |
| | | 43353-059-30 |
| | Valsartan 320mg Tablet | 43353-067-83 |
| | | 43353-203-79 |
| | Valsartan 80mg Tablet | 43353-066-17 |
| | | 43353-066-30 |
| Apotex Corp. | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/12.5mg Tablet | 60505-3807-5 |
| | | 60505-3807-9 |

| Labeler Name | Proprietary Name | NDC Package Code |
|---|---|---|
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/25mg Tablet | 60505-3808-5 |
| | | 60505-3808-9 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/12.5mg Tablet | 60505-3809-5 |
| | | 60505-3809-9 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/25mg Tablet | 60505-3810-5 |
| | | 60505-3810-9 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 80mg/12.5mg Tablet | 60505-3806-5 |
| | | 60505-3806-9 |
| Aurobindo Pharma Limited | Amlodipine and Valsartan 10mg/160mg Tablet | 65862-739-03 |
| | | 65862-739-30 |
| | | 65862-739-90 |
| | Amlodipine and Valsartan 10mg/320mg Tablet | 65862-740-03 |
| | | 65862-740-30 |
| | | 65862-740-90 |
| | Amlodipine and Valsartan 5mg/160mg Tablet | 65862-737-03 |
| | | 65862-737-30 |
| | | 65862-737-90 |
| | Amlodipine and Valsartan 5mg/320mg Tablet | 65862-738-03 |
| | | 65862-738-30 |
| | | 65862-738-90 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 10mg/160mg/12.5mg Tablet | 65862-836-05 |
| | | 65862-836-30 |
| | | 65862-836-90 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 10mg/160mg/25mg Tablet | 65862-837-05 |
| | | 65862-837-30 |
| | | 65862-837-90 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 10mg/320mg/25mg Tablet | 65862-838-05 |
| | | 65862-838-30 |
| | | 65862-838-90 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 5mg/160mg/12.5mg Tablet | 65862-834-05 |
| | | 65862-834-30 |
| | | 65862-834-90 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 5mg/160mg/25mg Tablet | 65862-835-05 |
| | | 65862-835-30 |
| | | 65862-835-90 |
| | Valsartan 160mg Tablet | 65862-572-10 |
| | | 65862-572-90 |
| | | 65862-572-99 |

| Labeler Name | Proprietary Name | NDC Package Code |
|---|---|---|
| | Valsartan 320mg Tablet | 65862-573-05 |
| | | 65862-573-90 |
| | Valsartan 40mg Tablet | 65862-570-10 |
| | | 65862-570-30 |
| | | 65862-570-99 |
| | Valsartan 80mg Tablet | 65862-571-10 |
| | | 65862-571-90 |
| | | 65862-571-99 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/12.5mg Tablet | 65862-548-10 |
| | | 65862-548-90 |
| | | 65862-548-99 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/25mg Tablet | 65862-549-10 |
| | | 65862-549-90 |
| | | 65862-549-99 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/12.5mg Tablet | 65862-550-05 |
| | | 65862-550-90 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/25mg Tablet | 65862-551-05 |
| | | 65862-551-90 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 80mg/12.5mg Tablet | 65862-547-10 |
| | | 65862-547-90 |
| | | 65862-547-99 |
| AvPAK | Valsartan 160mg Tablet | 50268-785-11 |
| | Valsartan 320mg Tablet | 50268-786-11 |
| | Valsartan 40mg Tablet | 50268-783-11 |
| | Valsartan 80mg Tablet | 50268-784-11 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/12.5mg Tablet | 50268-791-15 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/12.5mg Tablet | 50268-791-11 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/25mg Tablet | 50268-792-11 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/25mg Tablet | 50268-792-15 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/12.5mg Tablet | 50268-793-11 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/12.5mg Tablet | 50268-793-15 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/25mg Tablet | 50268-794-11 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/25mg Tablet | 50268-794-15 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 80mg/12.5mg Tablet | 50268-790-11 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 80mg/12.5mg Tablet | 50268-790-15 |
| Camber Pharmaceuticals, Inc | Valsartan 160mg Tablet | 31722-747-05 |
| | | 31722-747-30 |
| | | 31722-747-31 |

| Labeler Name | Proprietary Name | NDC Package Code |
|---|---|---|
| | | 31722-747-32 |
| | Valsartan 320mg Tablet | 31722-748-05 |
| | | 31722-748-30 |
| | | 31722-748-31 |
| | | 31722-748-32 |
| | Valsartan 40mg Tablet | 31722-745-05 |
| | | 31722-745-31 |
| | | 31722-745-32 |
| | | 31722-745-90 |
| | Valsartan 80mg Tablet | 31722-746-05 |
| | | 31722-746-30 |
| | | 31722-746-31 |
| | | 31722-746-32 |
| Cardinal Health | Valsartan 160mg Tablet | 55154-4678-0 |
| | Valsartan 80mg Tablet | 55154-4676-0 |
| Carilion Materials Management | Diovan 40mg Tablet | 68151-5044-1 |
| | Diovan 80mg Tablet | 68151-4349-3 |
| Gavis Pharmaceuticals, LLC | Amlodipine and Valsartan 5mg/160mg Tablet | 43386-083-03 |
| | | 43386-083-09 |
| | Amlodipine and Valsartan 10mg/160mg Tablet | 43386-082-03 |
| | | 43386-082-09 |
| | Amlodipine and Valsartan 5mg/320mg Tablet | 43386-081-09 |
| | | 43386-081-03 |
| | Amlodipine and Valsartan 10mg/320mg Tablet | 43386-080-03 |
| | | 43386-080-09 |
| Jubilant Cadista Pharmaceuticals Inc. labeled as Cadista | Valsartan 160mg Tablet | 59746-362-03 |
| | | 59746-362-05 |
| | | 59746-362-30 |
| | | 59746-362-90 |
| | Valsartan 320mg Tablet | 59746-363-03 |
| | | 59746-363-05 |
| | | 59746-363-30 |
| | | 59746-363-90 |
| | Valsartan 40mg Tablet | 59746-360-03 |
| | | 59746-360-05 |
| | | 59746-360-30 |
| | | 59746-360-90 |
| | Valsartan 80mg Tablet | 59746-361-03 |

| Labeler Name | Proprietary Name | NDC Package Code |
|---|---|---|
| | | 59746-361-05 |
| | | 59746-361-30 |
| | | 59746-361-90 |
| Lucid Pharma | Valsartan 160mg Tablet | 52343-124-90 |
| | Valsartan 320mg Tablet | 52343-125-90 |
| | Valsartan 40mg Tablet | 52343-122-30 |
| | Valsartan 80mg Tablet | 52343-123-90 |
| Lupin | Amlodipine and Valsartan 10mg/160mg Tablet | 68180-765-02 |
| | | 68180-765-06 |
| | | 68180-765-09 |
| | | 68180-765-11 |
| | Amlodipine and Valsartan 10mg/320mg Tablet | 68180-767-02 |
| | | 68180-767-06 |
| | | 68180-767-09 |
| | | 68180-767-11 |
| | Amlodipine and Valsartan 5mg/160mg Tablet | 68180-764-02 |
| | | 68180-764-06 |
| | | 68180-764-09 |
| | | 68180-764-11 |
| | Amlodipine and Valsartan 5mg/320mg Tablet | 68180-766-02 |
| | | 68180-766-06 |
| | | 68180-766-09 |
| | | 68180-766-11 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 10mg/160mg/12.5mg Tablet | 68180-772-02 |
| | | 68180-772-06 |
| | | 68180-772-09 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 10mg/160mg/25mg Tablet | 68180-774-02 |
| | | 68180-774-06 |
| | | 68180-774-09 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 10mg/320mg/25mg Tablet | 68180-775-02 |
| | | 68180-775-06 |
| | | 68180-775-09 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 5mg/160mg/12.5mg Tablet | 68180-771-02 |
| | | 68180-771-06 |
| | | 68180-771-09 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 5mg/160mg/25mg Tablet | 68180-773-02 |
| | | 68180-773-06 |
| | | 68180-773-09 |

| Labeler Name | Proprietary Name | NDC Package Code |
|---|---|---|
| | Valsartan 160mg Tablet | 68180-278-03 |
| | | 68180-278-09 |
| | Valsartan 320mg Tablet | 68180-279-02 |
| | | 68180-279-09 |
| | Valsartan 40mg Tablet | 68180-276-01 |
| | | 68180-276-06 |
| | | 68180-276-11 |
| | Valsartan 80mg Tablet | 68180-277-03 |
| | | 68180-277-09 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/12.5mg Tablet | 68180-104-02 |
| | | 68180-104-03 |
| | | 68180-104-09 |
| | | 68180-104-11 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/25mg Tablet | 68180-105-02 |
| | | 68180-105-03 |
| | | 68180-105-09 |
| | | 68180-105-11 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/12.5mg Tablet | 68180-101-02 |
| | | 68180-101-09 |
| | | 68180-101-11 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/25mg Tablet | 68180-102-02 |
| | | 68180-102-09 |
| | | 68180-102-11 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 80mg/12.5mg Tablet | 68180-103-02 |
| | | 68180-103-03 |
| | | 68180-103-09 |
| | | 68180-103-11 |
| Macleods Pharmaceuticals USA | Valsartan 160mg Tablet | 33342-064-10 |
| | | 33342-064-15 |
| | Valsartan 320mg Tablet | 33342-065-10 |
| | | 33342-065-15 |
| | Valsartan 40mg Tablet | 33342-062-07 |
| | | 33342-062-44 |
| | Valsartan 80mg Tablet | 33342-063-10 |
| | | 33342-063-44 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/12.5mg Tablet | 33342-075-10 |
| | | 33342-075-15 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/25mg Tablet | 33342-076-10 |

| Labeler Name | Proprietary Name | NDC Package Code |
|---|---|---|
| | | 33342-076-15 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/12.5mg Tablet | 33342-077-10 |
| | | 33342-077-15 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/25mg Tablet | 33342-078-10 |
| | | 33342-078-15 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 80mg/12.5mg Tablet | 33342-074-10 |
| | | 33342-074-44 |
| Mylan | Amlodipine and Valsartan 10mg/160mg Tablet | 0378-1722-93 |
| | Amlodipine and Valsartan 10mg/320mg Tablet | 0378-1724-93 |
| | Amlodipine and Valsartan 5mg/160mg Tablet | 0378-1721-93 |
| | Amlodipine and Valsartan 5mg/320mg Tablet | 0378-1723-93 |
| | Valsartan 160mg Tablet | 0378-5814-77 |
| | Valsartan 320mg Tablet | 0378-5815-77 |
| | Valsartan 40mg Tablet | 0378-5807-93 |
| | Valsartan 80mg Tablet | 0378-5813-77 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/12.5mg Tablet | 0378-6322-05 |
| | | 0378-6322-77 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/25mg Tablet | 0378-6323-05 |
| | | 0378-6323-77 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/12.5mg Tablet | 0378-6324-05 |
| | | 0378-6324-77 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/25mg Tablet | 0378-6325-05 |
| | | 0378-6325-77 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 80mg/12.5mg Tablet | 0378-6321-05 |
| | | 0378-6321-77 |
| Northwind Pharmaceuticals | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/25mg Tablet | 51655-949-52 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/25mg Tablet | 51655-382-52 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/25mg Tablet | 51655-953-52 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/25mg Tablet | 51655-951-52 |
| Novartis Pharmaceuticals Corporation | Diovan 160mg Tablet | 0078-0359-34 |
| | Diovan 320mg Tablet | 0078-0360-34 |
| | Diovan 40mg Tablet | 0078-0423-15 |
| | Diovan 80mg Tablet | 0078-0358-34 |
| | Diovan HCT 160mg/12.5mg Tablet | 0078-0315-15 |
| | | 0078-0315-61 |
| | | 0078-0315-34 |
| | Diovan HCT 160mg/25mg Tablet | 0078-0383-15 |
| | | 0078-0383-61 |

| Labeler Name | Proprietary Name | NDC Package Code |
|---|---|---|
| | | 0078-0383-34 |
| | Diovan HCT 320mg/12.5mg Tablet | 0078-0471-15 |
| | | 0078-0471-61 |
| | | 0078-0471-34 |
| | Diovan HCT 320mg/25mg Tablet | 0078-0472-15 |
| | | 0078-0472-61 |
| | | 0078-0472-34 |
| | Diovan HCT 80mg/12.5mg Tablet | 0078-0314-34 |
| | ENTRESTO 24mg/26mg Tablet | 0078-0659-20 |
| | | 0078-0659-35 |
| | | 0078-0659-61 |
| | | 0078-0659-67 |
| | ENTRESTO 49mg/51mg Tablet | 0078-0777-20 |
| | | 0078-0777-35 |
| | | 0078-0777-61 |
| | | 0078-0777-67 |
| | ENTRESTO 97mg/103mg Tablet | 0078-0696-20 |
| | | 0078-0696-35 |
| | | 0078-0696-61 |
| | | 0078-0696-67 |
| | Exforge 10mg/160mg Tablet | 0078-0489-15 |
| | Exforge 10mg/320mg Tablet | 0078-0491-15 |
| | Exforge 5 mg/320mg Tablet | 0078-0490-15 |
| | Exforge 5mg/160mg Tablet | 0078-0488-15 |
| | Exforge HCT 10mg/160mg/12.5mg Tablet | 0078-0561-15 |
| | | 0078-0561-30 |
| | Exforge HCT 10mg/160mg/25mg Tablet | 0078-0562-15 |
| | | 0078-0562-30 |
| | Exforge HCT 10mg/320mg/25mg Tablet | 0078-0563-15 |
| | | 0078-0563-30 |
| | Exforge HCT 5mg/160mg/12.5mg Tablet | 0078-0559-15 |
| | | 0078-0559-30 |
| | Exforge HCT 5mg/160mg/25mg Tablet | 0078-0560-15 |
| | | 0078-0560-30 |
| Novel Laboratories, Inc. | Amlodipine and Valsartan 5mg/160mg Tablet | 40032-083-03 |
| | | 40032-083-09 |
| | Amlodipine and Valsartan 10mg/160mg Tablet | 40032-082-03 |
| | | 40032-082-09 |

| Labeler Name | Proprietary Name | NDC Package Code |
|---|---|---|
| | Amlodipine and Valsartan 5mg/320mg Tablet | 40032-081-03 |
| | | 40032-081-09 |
| | Amlodipine and Valsartan 10mg/320mg Tablet | 40032-080-03 |
| | | 40032-081-09 |
| Ohm Laboratories Inc. | Valsartan 160mg Tablet | 51660-142-03 |
| | | 51660-142-05 |
| | | 51660-142-90 |
| | Valsartan 320mg Tablet | 51660-143-03 |
| | | 51660-143-05 |
| | | 51660-143-90 |
| | Valsartan 40mg Tablet | 51660-140-03 |
| | | 51660-140-05 |
| | | 51660-140-30 |
| | Valsartan 80mg Tablet | 51660-141-03 |
| | | 51660-141-05 |
| | | 51660-141-90 |
| Par Pharmaceutical, Inc. | Amlodipine and Valsartan 10mg/160mg Tablet | 49884-575-09 |
| | | 49884-575-11 |
| | Amlodipine and Valsartan 10mg/320mg Tablet | 49884-577-09 |
| | | 49884-577-11 |
| | Amlodipine and Valsartan 5mg/160mg Tablet | 49884-574-09 |
| | | 49884-574-11 |
| | Amlodipine and Valsartan 5mg/320mg Tablet | 49884-576-09 |
| | | 49884-576-11 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 10mg/160mg/12.5mg Tablet | 49884-174-05 |
| | | 49884-174-09 |
| | | 49884-174-11 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 10mg/160mg/25mg Tablet | 49884-185-05 |
| | | 49884-185-09 |
| | | 49884-185-11 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 10mg/320mg/25mg Tablet | 49884-175-05 |
| | | 49884-175-09 |
| | | 49884-175-11 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 5mg/160mg/12.5mg Tablet | 49884-172-05 |
| | | 49884-172-09 |
| | | 49884-172-11 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 5mg/160mg/25mg Tablet | 49884-173-05 |
| | | 49884-173-09 |

| Labeler Name | Proprietary Name | NDC Package Code |
|---|---|---|
| | | 49884-173-11 |
| PD-Rx Pharmaceuticals, Inc. | Diovan 160mg Tablet | 55289-817-30 |
| | Diovan 320mg Tablet | 55289-876-30 |
| | Diovan 80mg Tablet | 55289-825-30 |
| | Diovan HCT 160mg/12.5mg Tablet | 55289-838-30 |
| | Diovan HCT 160mg/25mg Tablet | 55289-820-30 |
| Preferred Pharmaceuticals Inc. | Valsartan 320mg Tablet | 68788-6882-1 |
| | | 68788-6882-2 |
| | | 68788-6882-3 |
| | | 68788-6882-6 |
| | | 68788-6882-8 |
| | Valsartan 160mg Tablet | 68788-6814-1 |
| | | 68788-6814-2 |
| | | 68788-6814-3 |
| | | 68788-6814-6 |
| | | 68788-6814-8 |
| | | 68788-6814-9 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/12.5mg Tablet | 68788-6793-1 |
| | | 68788-6793-2 |
| | | 68788-6793-3 |
| | | 68788-6793-6 |
| | | 68788-6793-8 |
| | | 68788-6793-9 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/12.5mg Tablet | 68788-6813-1 |
| | | 68788-6813-2 |
| | | 68788-6813-3 |
| | | 68788-6813-6 |
| | | 68788-6813-8 |
| | | 68788-6813-9 |
| Proficient Rx LP | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/25mg Tablet | 71205-015-90 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/12.5mg Tablet | 71205-042-90 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 80mg/12.5mg Tablet | 63187-943-30 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/12.5mg Tablet | 63187-312-30 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/12.5mg Tablet | 63187-312-90 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/12.5mg Tablet | 63187-427-90 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/25mg Tablet | 63187-694-90 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 80mg/12.5mg Tablet | 63187-571-30 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 80mg/12.5mg Tablet | 63187-241-30 |

| Labeler Name | Proprietary Name | NDC Package Code |
|---|---|---|
| Sandoz Inc | Amlodipine and Valsartan 10mg/160mg Tablet | 0781-5628-31 |
| | Amlodipine and Valsartan 10mg/320mg Tablet | 0781-5643-31 |
| | Amlodipine and Valsartan 5mg/160mg Tablet | 0781-5615-31 |
| | Amlodipine and Valsartan 5mg/320mg Tablet | 0781-5639-31 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 10mg/160mg/12.5mg Tablet | 0781-5760-31 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 10mg/160mg/25mg Tablet | 0781-5787-31 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 10mg/320mg/25mg Tablet | 0781-5794-31 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 5mg/160mg/12.5mg Tablet | 0781-5756-31 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 5mg/160mg/25mg Tablet | 0781-5771-31 |
| | Valsartan 160mg Tablet | 0781-5618-92 |
| | Valsartan 320mg Tablet | 0781-5619-92 |
| | Valsartan 40mg Tablet | 0781-5607-31 |
| | Valsartan 80mg Tablet | 0781-5608-92 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/12.5mg Tablet | 0781-5949-10 |
| | | 0781-5949-64 |
| | | 0781-5949-84 |
| | | 0781-5949-92 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 160mg/25mg Tablet | 0781-5950-10 |
| | | 0781-5950-64 |
| | | 0781-5950-84 |
| | | 0781-5950-92 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/12.5mg Tablet | 0781-5951-10 |
| | | 0781-5951-37 |
| | | 0781-5951-64 |
| | | 0781-5951-92 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 320mg/25mg Tablet | 0781-5952-10 |
| | | 0781-5952-37 |
| | | 0781-5952-64 |
| | | 0781-5952-92 |
| | Valsartan and Hydrochlorothiazide (HCTZ) 80mg/12.5mg Tablet | 0781-5948-10 |
| | | 0781-5948-87 |
| | | 0781-5948-92 |
| Teva Pharmaceuticals USA, Inc. | Amlodipine and Valsartan 5mg/160mg Tablet | 0093-7690-56 |
| | | 0093-7690-98 |
| | Amlodipine and Valsartan 10mg/160mg Tablet | 0093-7691-56 |
| | | 0093-7691-98 |
| | Amlodipine and Valsartan 5mg/320mg Tablet | 0093-7692-56 |
| | | 0093-7692-98 |

| Labeler Name | Proprietary Name | NDC Package Code |
|---|---|---|
| | Amlodipine and Valsartan 10mg/320mg Tablet | 0093-7693-56 |
| | | 0093-7693-98 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 10mg/160mg/12.5mg Tablet | 0093-7810-56 |
| | | 0093-7810-98 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 10mg/160mg/25mg Tablet | 0093-7038-56 |
| | | 0093-7038-98 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 10mg/320mg/25mg Tablet | 0093-7809-56 |
| | | 0093-7809-98 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 5mg/160mg/12.5mg Tablet | 0093-7807-56 |
| | | 0093-7807-98 |
| | Amlodipine, Valsartan and Hydrochlorothiazide (HCTZ) 5mg/160mg/25mg Tablet | 0093-7037-56 |
| | | 0093-7037-98 |
| Unichem Pharmaceuticals (USA), Inc. | Valsartan 160mg Tablet | 29300-234-13 |
| | | 29300-234-10 |
| | | 29300-234-19 |
| | Valsartan 320mg Tablet | 29300-235-10 |
| | | 29300-235-13 |
| | | 29300-235-19 |
| | Valsartan 40mg Tablet | 29300-232-10 |
| | | 29300-232-19 |
| | | 29300-232-13 |
| | Valsartan 80mg Tablet | 29300-233-10 |
| | | 29300-233-13 |
| | | 29300-233-19 |